BEFORE: **E. THOMAS BOYLE**  DATE: August 11, 2009
UNITED STATES MAGISTRATE JUDGE   TIME: _____ TO _____

ASSIGNED JUDGE: Feuerstein

DOCKET NO. CV-07-1215   CASE: Carter v. Village of Ocean Beach

## CIVIL CONFERENCE  Telephone

Initial __ Status __ Discovery X Settlement __ Pre-Trial __

Motion Deposition Ruling   FTR= 3:49 - 3:54

Automatic Discovery: Has been (____) Has Not Been (____) Completed.

APPEARANCES:  Plaintiff   Defendant

Ariel Graff   Ken Novikoff (Village D's)
   Kevin Connolly (George B Hesse)

* Discovery completed by _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference _____

Pre-Trial Order filed by _____

Plaintiff _____

Defendant _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/interrogatories by _____

So ordered
E. Thomas Boyle
MJ

The non-party witness shall comply with the ruling placed on the record: i.e. answer all questions unless there is an applicable privilege asserted as a basis for refusal to answer — in which case counsel may challenge the refusal in a post depos[ition] motion returnable before me — on notice to all parties + the non-party involved.