ASSIGNED JUDGE: **FEUERSTEIN**

DOCKET NO. <u>**CV-07-1215**</u> CASE: **CARTER V. INC. VILLAGE OF OCEAN BEACH**

### CIVIL CONFERENCE

Initial_ _ Status__ Discovery____ Settlement _____ Final Pre-trial __X__

Motion _ ORAL ARGUMENT

Automatic Discovery: Has been (_____) Has Not Been (_____) Completed.

APPEARANCES:     <u>Plaintiff</u>                        <u>Defendant</u>

<u>Andrew S. Goodstadt</u>     <u>Rudolph M. Baptiste</u> – { Suffolk County George Hess }

Kevin W. Connolly (Hess)

Ken Novikoff { Village Ocean Beach

Michael P. Welch ( Defendants

* Discovery completed by     _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference    _____

Pre-Trial Order filed by     _____

         Plaintiff          _____

         Defendant          _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by     _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by     _____

2. The parties shall serve document production/interrogatory demands by     _____
   The parties shall respond to outstanding document production/
        interrogatories by _____

The parties are directed to comply with the rulings placed on the record for the reasons stated.

So ordered

/s/ E. Thomas Boyle, U.S.M.J.