# RIVKIN RADLER
## ATTORNEYS AT LAW

KENNETH A. NOVIKOFF
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

September 15, 2009

**VIA FACSIMILE (631) 712-5636**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
United States Courthouse
290 Federal Plaza
Central Islip, New York 11722-4437

Order
The application is:
___✓___ granted
_____ denied
_____ referred to Magistrate Judge _____ for
_____ decision
_____ report and recommendation

/s/ 9/15/09

Re: Carter v. Ocean Beach, et al.
Case No.: 07 Civ. 1215 (SJF)(ETB)

Your Honor:

This shall confirm that based upon various counsel's unavailability, the conference scheduled for Wednesday, September 16, 2009 at 11:00 a.m. has been adjourned. In accordance with my conversation with your Court Room Deputy, Brian Morabito, this afternoon, I will ascertain all counsel's availability for September 21, 24, 25 or 30, 2009 at 11:15 a.m.

Respectfully submitted,

RIVKIN RADLER LLP

Kenneth A. Novikoff

KAN:jas

cc: Andrew S. Goodstadt, Esq. (Via Fax)
Kevin W. Connolly, Esq. (Via Fax)
Arlene Zwilling, Esq. (Via Fax)

i/o
Peter P. McNamara, Esq.

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com