# CIVIL CAUSE FOR PRETRIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: October 16, 2009  **TIME**: 30 minutes

**CASE NUMBER**: 2:07-cv-01215-SJF-ETB

**CASE TITLE**: Carter et al v. Incorporated Village of Ocean Beach et al

**PLTFFS ATTY**: Andrew Scott Goodstadt
 X present  ___ not present

 Doug Wigdor
 X present  ___ not present

**DEFTS ATTY**: Kenneth A. Novikoff
 X present  ___ not present

 James M. Kelly
 X present  ___ not present

 Arlene S. Zwilling
 X present  ___ not present

**COURT REPORTER**: _____

**COURTROOM DEPUTY**: Mary Ryan

**OTHER**: _____

X   CASE CALLED.

_   ARGUMENT HEARD / CONT'D TO_____.

_   DECISION: ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER**: Jury Selection and Trial scheduled for 3/1/2010 at 10:00 a.m. Pretrial conference scheduled for 2/23/2010 at 11:15 a.m.