

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Andrew S. Goodstadt**
agoodstadt@twglaw.com

December 21, 2009

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

      Re:    *Carter, et al. v. Incorporated Village of Ocean Beach, et al.,*
              **No. 07 Civ. 1215 (SJF)(ETB)**

Dear Judge Feuerstein:

We represent Plaintiffs in the above-referenced matter, and write to respectfully request a five-day extension of Plaintiffs' deadline, from December 24, 2009 to December 29, 2009, to serve their oppositions to the Ocean Beach Defendants, Defendant Hesse and County Defendants' respective motions for summary judgment. All parties consent to this requested extension, which is Plaintiffs' first request for an extension of the briefing schedule for summary judgment. The requested extension will not affect any other scheduled deadlines, including Defendants' deadline to file and serve the fully briefed motions on January 14, 2010, and the trial of this case, which is scheduled to commence on March 1, 2010.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Andrew S. Goodstadt

cc:    Kenneth A. Novikoff, Esq. (*Attorney for Ocean Beach Defendants*)
       Michael P. Welch, Esq. (*Attorney for Ocean Beach Defendants*)
       Kevin W. Connolly, Esq. (*Attorney for Defendant George B. Hesse*)
       James M. Skelly, Esq. (*Attorney for Defendant George B. Hesse*)
       Arlene S. Zwilling, Esq. (*Attorney for Suffolk County Defendants*)
       Rudolph M. Baptiste, Esq. (*Attorney for Suffolk County Defendants*)