# EXHIBIT "J" (PART 1)

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 2 of 90 PageID #:
2173



**The Schwartz Report**

| | User Name | | |
|---|---|---|---|
| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | | | |
| Ocean Beach Police Corruption | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|



FREE EBOOK!
LESKO'S DEBT SEC
Eliminate Penalties, Work with Creditors, Save Y
LeskoDebtSecrets.com

**Post Reply** | Page 1 of 35 **1** 2 3 11 > Last »

Thread Tools ▽   Display Modes ▽

---

🔲 04-05-2006, 05:17 PM | #1

**GlassHouses** | Posts: n/a

📋 **Ocean Beach Police Corruption**

Seems our new 'Chief' at Ocean Beach PD is purging some men from his force. Isn't that right Chief ? Did you really think you could beat that guy senseless and the DA would not get involved? You and your guys are in for a rude awakening. Firing men just for kicks is not a good thing Chief, especially when you have skeletons. Does your wife know about your many, many one night stands conducted in the Ocean Beach Village barracks? Does she know about your Friend Finder account? More important, does Ocean Beach Village know that you identify yourself as an Ocean Beach PO on a sex/swinger website? They do now !!!!!!!!! They also know about the porno on your office computers. Why don't you tell everyone about how you took an officer to NYC for his bachelor party and went to the Hollywood Hotel and got an escort service (hookers) to entertain everyone and used the Ocean Beach PD PBA fund to pay for it all !!!!!

People who live in glass houses should not throw stones Chief. You have been warned....................



---

🔲 04-06-2006, 08:08 AM | #2

**GUEST770** | Posts: n/a

📋 **I LOVE IT**

I LOVE IT. IF IT IS TRUE, THEN PLEASE WRITE MORE. One of these days my 'friends' may throw a rock through their own window.

Hesse000012

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 3 of 90 PageID #: 2174



04-06-2006, 12:18 PM                                                                    #3

5 star jarhead                                                           Posts: n/a

 **hummm**

if this is true, please come work for the pd, I personnally would love to be nder your command



04-06-2006, 01:38 PM                                                                    #4

cant touch this                                                         Posts: n/a

**burning bridges**

Gee guys, seems it's pretty obvious who is writing this about the Chief... didn't anyone ever tell you about burning bridges? You guys look like nothing more than immature, resentful babies because your services were no longer wanted. You act like vengeful immature brats, no wonder OB doesnt want you on the force!! Anyone can tell tall tales, just because some guys feel burned and want to get back at someone, it doesnt mean anyone is going to take what you say seriously!!! Get over it, losers!! Move on. The only one who looks bad now is you!! Sore losers. Grow up.



04-06-2006, 02:09 PM                                                                    #5

Be Careful                                                              Posts: n/a

**OBPD**

People who have local gov't jobs or civil service jobs should be careful who they slander on these message boards. Anything and everything can be tracked. So before you throw stones at a glass house, you better be damn sure that you don't have any of your own skeletons. When I read you message post it sounds like you are a disgruntled sore loser.



04-06-2006, 02:12 PM                                                                    #6

OBPD Friend                                                             Posts: n/a

**Anonymous**

Let me ask you something. Do you accept anonymous police complaints? Stop hiding behind a message board and post your name. Be a man!!!



04-06-2006, 03:35 PM                                                                    #7

Hesse000013

**GUEST770**                                                    Posts: n/a

**IF THIS IS TRUE**

.......is how I prefaced my remarks. Fair enough? As far as being anonymous.....I think the person who wrote this opening post is known to those who have taken the Chief's side.

It is a small police department and the person can only hide behind a keyboard for so long.

What is the big deal.



---

04-06-2006, 05:49 PM                                           #8

oh yeah yeah                                                   Posts: n/a

dont be so sure



---

04-06-2006, 08:55 PM                                           #9

wash women                                                    Posts: n/a

**babies**

You guys just feed into this crap. You want all "the dirt"... <u>what a bunch of wash women</u>!! Dont you see this guy gets canned for doing a CRAP job, of course he is mad and wants to lash out, you are gonna actually believe anything this moron says??? I dont even know anyone involved, and it seems pretty clear that this revenge posting is all crap. How can you believe a word the guy says?? Anyone can say anything!!! Bottom line, he obviously is deficient in many ways which is WHY HE WAS PROBABLY CANNED IN THE FIRST PLACE!!! Get it?????

You guys wanna make up stories so bad, then pick up your fired asses and go apply for a job on Days of Our Lives, I hear they are hiring - **bitch**!



---

04-06-2006, 10:46 PM                                           #10

Be Careful                                                    Posts: n/a

**OBPD**

You must have been a brilliant Ocean Beach Police Officer...THAT GOT CANNED! Case Law...you have no idea....so let me inform you! How about Berkley vs Fulton County, Chasman vs Minor County, Brinks vs State of Georgia...do you want me to continue? These are all cases of slander brought on by public employees against empoyers or co-workers. So maybe ...just maybe, you should keep talking. IP address will tell exactly



Hesse000014

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 5 of 90 PageID #: 2176

when and where...the rest is just simple detective work...which apparently you know everything about. So as far as a warning... this is yours. Do your homework before you start yapping. People are listenting and apparently they are not on your side. In case you haven't noticed the Ocean Beach Police Dept. is in New York...the land where anyone can sue anyone for any reason.





Page 1 of 35 **1** 2 3 11 > Last »

« Previous Thread | Next Thread »

---

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

---

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



Police Issues (N/S)    Go

All times are GMT -5. The time now is 12:21 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000015

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 6 of 90 PageID #: 2177



| Long Island Nassau Suffolk County New York Political Forum | User Name | [User Name] | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | | | |
| **Ocean Beach Police Corruption** | Password | [        ] | Log In |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



FREE EBOOK! LESKO'S DEBT SE[...] Eliminate Penalties, Work with Creditors, Save Y[...]

LeskoDebtSecrets.com                                                                          Fee[...]

**Post Reply**                          Page 2 of 35  < 1 **2** 3 4 12 > Last » ▽

Thread Tools ▽   Display Modes ▽

---

04-06-2006, 10:55 PM                                                          #11

OB Res.                                                                   Posts: n/a

**RIDICULOUS**

I heard that it was some "Town Empoyees" that got fired? Which causes me to wonder what the town officials would think if they found out that these people were fired from a police dept? Hmmmm.

**Quote**

---

04-07-2006, 09:10 AM                                                          #12

VillageIdiot                                                              Posts: n/a

**Re: OBPD**

Quote:

> Originally Posted by **Be Careful**
> *You must have been a brilliant Ocean Beach Police Officer...THAT GOT CANNED! Case Law...you have no idea....so let me inform you! How about Berkley vs Fulton County, Chasman vs Minor County, Brinks vs State of Georgia...do you want me to continue? These are all cases of slander brought on by public employees against empoyers or co-workers. So maybe ...just maybe, you should keep talking. IP address will tell exactly when and where...the rest is just simple detective work...which apparently you know everything about. So as far as a warning... this is yours. Do your homework before you start yapping. People are listening and apparently they are not on your side. In case you haven't noticed the Ocean Beach Police Dept. is in New York...the land where anyone can sue anyone for any reason.*

Hesse000016

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 7 of 90 PageID #: 2178

Say Chief, can you look up IP addresses on your office computer, or does it only go to the Adultfriendfinder website? Keep flapping your gums dude, you made a HUGE mistake. I love how power drunk people who are in their last throws of power made outrageous statements!!! Who is going to track down IP addresses for you dude? Your Detective Division or your Brutality Division??? And you are right, people ARE listening, just the kind of people you guys DO NOT want poking around your little Village....

So Chief, track me down. Start with trying to get the IP address that posted this message. Once you have it, run it and find out who the IP address is registered to (what company), then get a subpoena and file it with the company who owns that IP address, attempting to force them to tell you the individual who that IP address is assigned to. Good luck, and Chief do us all a favor and wear some protection while you are shagging those drunk women!!!



---

04-07-2006, 12:22 PM                                                                        #13

As you were                                                                        Posts: n/a

OB

First of all who uses the word dude anymore? You seem so smart ...why exactly were you working in Ocean Beach anyway?



---

04-07-2006, 11:02 PM                                                                        #14

Guest P.O.                                                                        Posts: n/a

Ocean Beach Police corruption

Frank Fiorello, Kevin Lamm and Joe Noffi... The 3 of you were fired because of your blatent abuse of authority and your consitant abuse of the public. 150 summons's is not how you get compliance from the public. Nor is beating them and humiliating them by throwing cuffs on every person you come in contact with and drag them down to the station. Courtesy, and discretion is how you get the job done. You 3 rats went crying to civil service about your termination. You tried to tell them that most of the department was not civil service qualified. That may have been true a few years ago. But the Deputy chief had worked hard to correct shortcommings of the previous administration. How dare you throw stones from your glass house. By you guys being terminated, you just made this job safer for the rest of the department. Good luck trying to find another law enforcement job in this country



---

04-08-2006, 12:24 AM                                                                        #15

p.o.OBPD                                                                        Posts: n/a

ocean beach police corruption

You don't you ladies grow a pair and sign your name. You write and hide under anonimity. Just like you hid under your shield. Lucky for you public floggings are

Hesse000017

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 02/15/10   Page 8 of 90 PageID #: 2179

considered barbaric. I personally know of 30 other police officers that are trustworthy and reliable who would love nothing more than to flog you publicly.
Lucky for you we are here in the United States!!!



---

04-08-2006, 01:49 AM — #16

Posts: n/a

**Re: OBPD**

http://www.oceanbeachpoliceabuse.com/



---

04-08-2006, 04:23 AM — #17

Posts: n/a

That department is like all part timers anyway isnt it? Thats why they got canned so fast they dont have civil service protection.



---

04-08-2006, 06:16 AM — #18

Posts: n/a

And lets not forget the 2 town clowns from Islip. Ed and Tom. They too got canned for not doing their jobs. Do we need to brinng up the Halloween incident. They are lucky that they didn't get charged with official misconduct and falsely reporting an incident



---

04-09-2006, 07:40 AM — #19

VilliageIdiot

Posts: n/a

**Re: Ocean Beach Police corruption**

Quote:

Originally Posted by **Guest P.O.**
*Frank Fiorello, Kevin Lamm and Joe Noffi... The 3 of you were fired because of your blatent abuse of authority and your consitant abuse of the public. 150 summons's is not how you get compliance from the public. Nor is beating them and humiliating them by throwing cuffs on every person you come in contact with and drag them down to the station. Courtesy, and discretion is how you get the job done. You 3 rats went crying to civil service about your termination. You tried to tell them that most of the department was not civil service qualified. That may*

Hesse000018

Case 2:07-cv-01215-SJF-ETB  Document 145-14   Filed 02/15/10   Page 9 of 90 PageID #:
2180

*have been true a few years ago. But the Deputy chief had worked hard to correct shortcommings of the previous administration. How dare you throw stones from your glass house. By you guys being terminated, you just made this job safer for the rest of the department. Good luck trying to find another law enforcement job in this country*

Chief,Chief, Chief....what did you tell me about IP address tracing? Can't you keep your anger under control? Firing three men makes the Department safer? How so? Are you afraid they will rat you out for the Halloween incident and how you rehired the "twins", or is it the beating given out to that NYC business man? Either way, you are toast Chief. Say, your outbursts or anger, you didn't get the clap from one of those nasty drunken whores you bang in your office, did you? It would be a shame if your wife found out........



---

🖼 04-13-2006, 05:19 PM                                                                          #20

**excaliber**                                                                          Posts: n/a

🖼 **2 town clowns fired**



Quote:

> Originally Posted by **Anonymous**
> *And lets not forget the 2 town clowns from Islip. Ed and Tom. They too got canned for not doing their jobs. Do we need to brinng up the Halloween incident. They are lucky that they didn't get charged with official misconduct and falsely reporting an incident*

this is the Tom refered to in this post. firstly,just to set the record straight, Ed from the town was not working the night of the halloween incident. check out the payroll records for that week you will see that i am correct. secondly, Tom, that is to say me, was not"canned" or fired for not doing my job by the Dep. Chief at all. i assume the "they" you refer to is kevin frank & tom, as we were working the 12-08 shift in the village p.d. the night of the halloween party in houser's bar back in 2004. we didn't get "charged" with official misconduct/falsely reporting an incident, because there wasn't any official misconduct or falsely reporting an incident you idiot. where do you get your info bro? or do you just make it up to deflect attention away from yourself. also,let me just say this, whomever started this post just publicly aired the p.d. dirty laundry. now, everyone knows genius. the more you keep bringing up your past misdeeds and scandalous behavior publicly, the more "prying eyes"know.act like the" professional"you are paid to be. and lastly, dont slander me and call me names on this blog anonymously. say it to my face. you obviously know who i am, and where i work.you just gave away who you really are by stating this info bro. info only the personnel of the p.d. knows



---



Page 2 of 35   <   1   **2**   3   4   12   >   Last »   ▽

« Previous Thread | Next Thread »

Hesse000019

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 10 of 90 PageID #: 2181



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump



All times are GMT -5. The time now is 12:23 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000020

Case 2:07-cv-01215-SJF-ETB   Document 143-14   Filed 01/15/10   Page 11 of 90 PageID #: 2182



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > **Forums** > Police Issues (N/S) | | | |
| **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Become A Police Officer**
SWAT, K9, Narcotics, CSI & More. Online
Degrees For Police Careers
www.Public-Service.US/PoliceCareers

**Police Ringtones**
Send Complimentary Ringtones to your cell.
BestTones4U.info

**Police Lyrics**
Find more sources/options for
www.webcrawler.com

**Post Reply**

Page 3 of 35   <   1   2   **3**   4   5   13   >   Last »

Thread Tools ▽    Display Modes ▽

---

04-16-2006, 06:11 AM                                                                #21

**VillageIdiot**                                                          Posts: n/a

**Down by the Ole' fishin hole**

Say Chief, you might want to notify EnCon PD...Seems I was fishing the other day and
caught something other than a fish....no, not a tire or an old boot....can you guess what I
caught Chief??? Yes, that's right, I caught a bunch of old tapes from the camera
system...I wonder what they were doing at the bottom of the sea....Maybe the "twins"
know........

**Quote**

---

04-16-2006, 08:53 AM                                                                #22

**Still employed** ⊙                                              Join Date: Apr 2006
Junior Member                                                    Posts: 2

**jackass**

Hey VillageIdiot, you got one part right, you are an IDIOT... Why would you want to
bring the EnCon Police in to this? Do you need more cops to rat on? Haven't you done
enough of that already... Oh thats right, once a rat always a rat...So, you want to bring
up the holloween incident...hmmm, lets talk about it...the only cover up there was how
bad a job you did investigating it. Did you ever wonder why no one would talk to you
guys during your shitty investigation. Everyone hates you. Everyone knew then you were
a rat. Did you know that when the case was ran through the DAs office they wanted to
investigate you and your rat partners? Did you know that it was the sergeant who
protected you from being investigated? How about the time you and your asshole partner
beat up those 3 girls and 1 of them got away in handcuffs...that was real funny you
moron...what a lawsuit that was going to be, but wait, it was the sergeant once again

Hesse000021

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 12 of 90 PageID #:
2183

who protected your asses, amazing, truly amazing. This sergeant i talk of is currently the acting chief. Do you know why he's the acting chief? Its because he knows how to protect his men, the department and the village and cares enough to do so. The previous administration (Chief) doesn't care about you, the police department or the village. so suck up the fact that your were let go and get on with yourself... see you around, oh wait, no i wont



---

| 04-16-2006, 11:46 AM | #23 |
|---|---|

Ocean Beach Funnies    Posts: n/a



Tis a nice place;
for scum of the universe.
Lets play pish pasha amongst oursleves.



---

| 04-17-2006, 12:19 AM | #24 |
|---|---|

VillageIdiot    Posts: n/a

 **Re: jackass**

---

Quote:

> Originally Posted by **Still employed**
> *Hey VillageIdiot, you got one part right, you are an IDIOT... Why would you want to bring the EnCon Police in to this? Do you need more cops to rat on? Haven't you done enough of that already... Oh thats right, once a rat always a rat...So, you want to bring up the holloween incident...hmmm, lets talk about it...the only cover up there was how bad a job you did investigating it. Did you ever wonder why no one would talk to you guys during your shitty investigation. Everyone hates you. Everyone knew then you were a rat. Did you know that when the case was ran through the DAs office they wanted to investigate you and your rat partners? Did you know that it was the sergeant who protected you from being investigated? How about the time you and your xxxxxyy partner beat up those 3 girls and 1 of them got away in handcuffs...that was real funny you moron...what a lawsuit that was going to be, but wait, it was the sergeant once again who protected your asses, amazing, truly amazing. This sergeant i talk of is currently the acting chief. Do you know why he's the acting chief? Its because he knows how to protect his men, the department and the village and cares enough to do so. The previous administration (Chief) doesn't care about you, the police department or the village. so suck up the fact that your were let go and get on with yourself... see you around, oh wait, no i wont*

So Chief, after those 3 girls got away, did you bring them into your office and bang them?? So your two city butt buddies didnt beat that guy senseless?? Didnt the previous Chief fire them, only to have you bring your own cronie in to investigate, then they get hired back?? How about the cops that associate with known drug dealers?? How about the cover up of the beating of the NYC Business man?? You can't hide everything Chief.

Hesse000022

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 13 of 90 PageID #: 2184

the walls are closing in. What are you going to do when your wife finds out about your whores at work?



---

04-17-2006, 07:59 AM                                                          #25

## Still employed ●
Junior Member

Join Date: Apr 2006
Posts: 2

**Grasping at straws**

Just so you know IDIOT, this is not the chief. He would not stoop this low to entertain anything you had to say so lets get that straight. I'll do it for him and since you are a chicken shit and refuse to identify yourself, i will do the same for the time being. We all know how hard it is for you to come out of the closet. Whoops, did i let that slip out. Thats why you BEAT those girls isn't it. you were jealous of them, they were prettier then you, awwwwww.. Now lets talk about the so called "TWINS" again. They we fired because of the previous chiefs incompetence to investigate anything, and for what its worth he believed the incompitence of you 3 morons. I mean really, did you read the paperwork you put together, i know i did. what a joke. and as far as cronies go, if you want to call the DA a cronie of the chief, i'm sure he'll take that as a compliment. They cleared the case stupid. So you want to talk about known drug dealers. What would you know about that? when was the last time or if ever you made an arrest for drugs? do you even know what cocaine looks like? i doubt you would. Any one that writes as many summonses as you and comes into contact with as many people as you and never made an arrest. but watch out, someone is eating peanuts on the beach, i better get her. oh my!!, look a red gatorade, i better kick his ass. LOSER!!! did you you write your mother a ticket yet? WAIT!! someones pissing, theres the felon. OH 10-1, 10-1 i maced myself again... HA HA HA HA HA HA HA HA....HE's RESISTING!!!!! and lets get another thing straight, the only walls that are closing in are the ones around your short feeble law enforcement career....



---

04-17-2006, 01:30 PM                                                          #26

## Concerned for you ●
Junior Member

Join Date: Apr 2006
Posts: 2

**Thats great...**

What a great post Still employed. Thats so funny i remember that night. Hes resisting Hes resisting!!!! I cant wait to find out who you are so i can shake your hand. The "twins" are awesome. Everyone loves them. The rat pack is just jealous because the twins actually have a personality and are actually able to make friends and as far as the acting chief goes, there are no word to describe. Hes the cops cop. He knows how to take care of his men even the jerkoffs.





---

04-17-2006, 02:10 PM                                                          #27

VillageIdiot                                                                 Posts: n/a

Hesse000023

📝 **Da Chief**

Yeah, he knows how to take care of his men alright :evil: Just ask the guys at the bachelor party where he spent PBA funds on hookers!!! Whoops, should not leave a paper trail "Chief". I hear he knows how to take care of the ladies too.....The walls are closing in Chief, your time at the Beach is drawing to a close, just a matter of time before the Village finds out about you and your misdeeds. Now..telling everyone at MacArthur Airport that their newest officer is a rat...that IS slander !!! The Twins are two skells that the Chief protects even when they are hanging out with known drug dealers and criminals. Isn't that what happened the Halloween night Chief? Why did one of those jerks run away and hide? You might be good to them and help them cover stuff up, but it is going to catch up to you. And your hook in Civil Service (are you banging her too?) can't bail you out either Chief. How many times did you FAIL the Sgt's test?? People higher than her now know about how your Correction Officer buddies NEVER took a polygraph test...Seems you told Civil Service that they were POLICE OFFICERS with the SCSD..WRONG!!! They are Peace Officers, so they HAVE TO take the polygraph....And speaking of Police Officers.....did you hear the one about the OBPD cop that was never actually a police officer??? Seems the Village had this guy working there for years without ever actually going through a Police Academy..Did you overlook this because he also gives you a job Chief??? Time to shut down OBPD for good......

Say Chief, how are you making out tracing down my IP address ???
Remember to turn off the AdultFriendFinder page before you do it



---

🔲 04-18-2006, 09:22 PM                                                                    **#28**

Sick of the rats                                                               Posts: n/a

📝 **OBPD corruption**

**Frank and Kevin**, listen you two loser rats. Just cut the crap. You were let go because of your gross incompitence and unproffessionalism. All you have to hang your hat on is this web blog. You don't even have a credible reputation to hang your hat on. I don't know how you look at yourselves in the mirror and not want to cut your own neck when you shave. My guess is you are to much of a coward. Just like your very brief police careers. If you have a valid complaint I suggest you take it somewhere so it can be addressed. But here on a blog page just shows that you are full of crap. My God am I glad you guys are gone. I am tired of working hard to regain the trust of the public after you guys ruined that!!!



---

🔲 04-19-2006, 07:52 AM                                                                    **#29**

VillageIdiot                                                                  Posts: n/a

📝 **Re: OBPD corruption**

Quote:

> Originally Posted by **Sick of the rats**
> *Frank and Kevin, listen you two loser rats. Just cut the crap. You were let go*

Hesse000024

*because of your gross incompitence and improffessionalism. All you have to hang
your hat on is this web blog. You don't even have a credible reputation to hang
your hat on. I don't know how you look at yourselves in the mirror and not want
to cut your own neck when you shave. My guess is you are to much of a coward.
Just like your very brief police careers. If you have a valid complaint I suggest
you take it somewhere so it can be addressed. But here on a blog page just
shows that you are full of crap. My God am I glad you guys are gone. I am tired
of working hard to regain the trust of the public after you guys ruined that!!!*

Blah Blah Blah....regaining the trust of the public?? How, by beating the crap out of
people? And I assume you are a competant boss huh ? How many times did you fail the
test GEORGE?? You had better be careful or I will spew EVERYTHING I know...Tick
tock...you better get yourself a good divorce attorney my man, maybe the guy that is
representing that NYC Businessman you abused....



---

☐ 04-19-2006, 08:03 AM                                                      #30

VillageIdiot                                                          Posts: n/a

📝 **Trouble**

"103 to all units...10-1 10-1"

"What is it Chief?"

"Someone respond to HQ forthwith and get a rubber out of my desk drawer"

"Are you controlled Chief?"

"Negative, I have a nasty drunken skank in the Barracks and I need protection ASAP!!"

"10-4 Chief"

"103, be advised your wife is here....."

"10-4..I'll be done in a second. keep her off the computer!!"



---

 | Page 3 of 35   <   1   2   **3**   4   5   13   >   Last »   ▽

« Previous Thread | Next Thread »

---

┌─────────────────────────────────────┐
│ **Posting Rules**                    🔘 │
│                                         │
│ You **may** post new threads           │
│ You **may** post replies               │
│ You **may not** post attachments       │
│ You **may not** edit your posts        │
│ ─────────────────────────────────      │
│ vB code is **On**                      │
└─────────────────────────────────────┘

Hesse000025

Case 2:07-cv-01213-SJF-ETB   Document 145-14   Filed 01/15/10   Page 16 of 90 PageID #: 2187

Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S) | Go

All times are GMT -5. The time now is 12:29 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000026

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 17 of 90 PageID #: 2188



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | | | |
| Ocean Beach Police Corruption | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Become A Police Officer**
SWAT, K9, Narcotics, CSI & More.
Online Degrees For Police Careers
www.Public-Service.US/PoliceCaree

**Police Ringtones**
Send Complimentary Ringtones to
your cell.
BestTones4U.info

**All Police Records ®**
Find any Police Record in 5 Secs!
Using The Database of
Government.
GovernementRegistry.org

**Police Officer Tr**
Earn a degree in C
and work as a Pol
www.uphoenixonl

Post Reply    Page 4 of 35  « First  <  2  3  **4**  5  6  14  >  Last »

Thread Tools ▽    Display Modes ▽

---

04-20-2006, 06:07 PM                                                           #31

**makefunofchief123** ○                    Join Date: Apr 2006
Junior Member                                Posts: 1

**POLICE CRAP!**

:twisted:

**all u losers that were fired, from the OBPD, if u have a beef with the acting chief, or the "twins" bring it on!!!! mwa ha ha ha ha! Y R U hiding behind computer bull@#$%! If i was as pissed as u sound, i wouldn't make idol threats, i would just bring on the evidence!!!! ur not getting ur jobs back! so y r u whining! huh! huh! like little BABY COPS! ha ha ha! so if u have something.....produce it, or did u lose ur balls when u lost ur OBPD badges??? huh huh huh!**

Quote

---

04-21-2006, 10:55 AM                                                           #32

The Hessemeister                                                   Posts: n/a

H E S S E

Quote

---

04-24-2006, 09:23 PM                                                           #33

Posts: n/a

Hesse000027

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 18 of 90 PageID #: 2189

**FYI**

FYI you ignorant idiots, SC correction officers do not need to take the SC qualifying exams to be PT police, as per civil service. Get your facts straight... you guys just look dumber and dumber



---

04-26-2006, 12:14 AM                                                                 **#34**

OBPD Lover                                                                            Posts: n/a

**RESIDENT**

I am a long time Ocean Beach resident, just so you know I live on Ocean Breeze near Ocean Walk (maybe youknow me). Not only can I not believe what I am reading, I don't have to. To the new Chief, CONGRATS, you fired the right guys. The simple fact that anyone who was, is, or thinks they are a police officer would not air this B.S.. To the guys who keep this blog going....keep it going. No one believes you. Stop making idle threats if you have legit info act on it...if you have something to act on which I am sure you don't. Don't you think that any D.A. is going to ask you...why didn't you say something about this corruption. Since you seem to know so much about it. Come on, even if it were all true, you have incriminated yourself so badly you would end up in jail right next to them. My advice...END THIS! Get over it. You got fired and honestly I have spoken to other residents they don't care. GIVE UP!!!! Let me be the first to say I won't be anonymous Greg Hunstal. O.B. Resident. Have any question email me. GHunstal408@Hotmail.com



---

04-26-2006, 04:59 AM                                                                 **#35**

                                                                                     Posts: n/a

**Re: RESIDENT**

Quote:
_____

Originally Posted by **OBPD Lover**
*I am a wong time Ocean Beach wesident, just so you know I wive on Ocean Bweeze neaw Ocean Wawk (maybe youknow me). Not onwy can I not bewieve what I am weading, I don't have to. To the new Chief, CONGWATS, you fiwed the wight guys. Oh, dat scwewy wabbit! De simpwe fact that anyone who was, is, ow thinks they awe a powice officew wouwd not aiw this B.S. Oh, dat scwewy wabbit! . To the guys who keep this bwog going....keep it going. No one bewieves you. Stop making idwe thweats if you have wegit info act on it...if you have something to act on which I am suwe you don't. Don't you think that any D.A. is going to ask you...why didn't you say something about this cowwuption, uh-hah-hah-hah. Since you seem to know so much about it. Come on, even if it wewe aww twue, you have incwiminated youwsewf so badwy you wouwd end up in jaiw wight next to them. My advice...END DIS! Get ovew it. You got fiwed and honestwy I have spoken to othew wesidents they don't cawe. GIVE UP!!!! Wet me be the fiwst to say I won't be anonymous Gweg Hunstaw. O.B. Wesident. Have any qwestion emaiw me. GHunstal408@Hotmail.com*

Hesse000028

Case 2:07-cv-01213-SJF-ETB    Document 145-14    Filed 01/15/10    Page 19 of 90    PageID #: 2190

Can the corn, Gweg.



---

04-26-2006, 07:34 AM | #36

**norm abelman** | Posts: n/a

Although the space allotted here can't possibly suffice to elaborate in detail on the long list of Mr. Greg Hunstal's coprophagous revenge fantasies -- including the larcenous, the laughable, the self-centered, and especially the brutal -- I'll use what little space I have to argue about Mr. Hunstal's squibs. Permit me this forum to rant. I would be grateful if Mr. Hunstal would take a little time from his rigorous schedule to make efforts directed towards broad, long-term social change. Of course, pigs will grow wings and fly before that ever happens.

I frequently wish to tell Mr. Hunstal that he is calling for blind, impulsive action for the sake of action, for the sake of making himself feel good. But being a generally genteel person, however, I always bite my tongue. To restate the obvious: He must have some sort of problem with reading comprehension. That's the only explanation I can come up with as to why he accuses me of admitting that diseases can be defeated not through standard medical research but through the creation of a new language, one that does not stigmatize certain groups and behaviors. What I actually said is that to say that black is white and night is day is mendacious nonsense and untrue to boot. Mr. Hunstal has remarked that he never engages in intrusive, stinking, or grotesque politics. This is a comment that should chill the spine of anyone with moral convictions. To make sure you understand, I'll spell it out for you. For starters, Mr. Hunstal's accusations are geared toward the continuation of social stratification under the rubric of "tradition". Funny, that was the same term that his drones once used to make a mockery of the term "thyroparathyroidectomize".

Mr. Hunstal is dead set on defending his position against what I have to say, regardless of what I have to say. Let me try to explain what I mean by that in a single sentence: Mr. Hunstal recently stated that his way of life is correct and everyone else's isn't. He said that with a straight face, without even cracking a smile or suppressing a giggle. He said it as if he meant it. That's scary, because we must punish him for his naive lamentations. That's our situation today, in very rough outline. Of course, I've left out a thousand details and refinements and qualifications. I've not mentioned that Mr. Greg Hunstal unquestionably needs a healthy dose of conflict-resolution and peer-mediation training. And I've ignored phallocentrism altogether. I've simply pointed out one key fact: He is utterly -- and I mean utterly -- stultiloquent.



---

04-26-2006, 07:46 AM | #37

**VillageIdiot103** | Posts: n/a

**Re: RESIDENT**

Quote:

Hesse000029

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 20 of 90 PageID #: 2191

> Originally Posted by **OBPD Lover**
> *I am a long time Ocean Beach resident, just so you know I live on Ocean Breeze near Ocean Walk (maybe youknow me). Not only can I not believe what I am reading, I don't have to. To the new Chief, CONGRATS, you fired the right guys. The simple fact that anyone who was, is, or thinks they are a police officer would not air this B.S.. To the guys who keep this blog going....keep it going. No one believes you. Stop making idle threats if you have legit info act on it...if you have something to act on which I am sure you don't. Don't you think that any D.A. is going to ask you...why didn't you say something about this corruption. Since you seem to know so much about it. Come on, even if it were all true, you have inciminated yourself so badly you would end up in jail right next to them. My advice...END THIS! Get over it. You got fired and honestly I have spoken to other residents they don't care. GIVE UP!!!! Let me be the first to say I won't be anonymous Greg Hunstal. O.B. Resident. Have any question email me. GHunstal408@Hotmail.com*

So, how has the Chief helped you out there Greg? Wait a sec....did he find you on AdultFriend Finder also? Does the Chief go both ways? I guess his wife will have to find that out...

Say Chief, do you still have a good supply of wine at HQ? I was worrying that you might have used it all on the female domestic violence victim. Now that is professional!! Encouraging a female domestic victim to drink wine, in the police station!!! Did she drunk enough to actually bang you Chief?

Do any more SLA checks George? Why is is that only certain bars get checked while others have no worries at all? Any chance it has to do with the fact that they let you eat and DRINK booze while on duty, for free??

And Greg, how would an idiot like you even know about this Board? I guess the 'Chief' is getting so nervouse he is enlisting the help of jagoff residents like you to help him. My advice to you is to keep an eye on the Chief and make sure he isn't banging YOUR wife!!!

And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....



---

04-26-2006, 09:44 AM                                                        **#38**

Posts: n/a

exactly how many village idiots do we have in o.b...or is that the surname assigned to all who live there?

Hesse000030

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 21 of 90 PageID #:
2192

04-26-2006, 10:32 AM                                                    **#39**

Posts: n/a

Quote:

> Originally Posted by **Anonymous**
> *exactly how many village idiots do we have in o.b...or is that the surname assigned to all who live there?*

Not all of us, just the trolls trying to be amusing on this web board



---

04-26-2006, 09:24 PM                                                    **#40**

Posts: n/a

**Re: RESIDENT**

Quote:

> Originally Posted by **VillageIdiot103**
> *And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....*

Ah, morons and more morons... you think you know so much, yet you know so F'ing little...
The Suffolk County CO's are given a WAIVER from taking the lie detector test, because they are already SC CO's, and obviously they are trusted enough to be such, and therefore do not have to take that exam! Stop being such a know-nothing and call civil service yourself if you dont believe it. Then you will see just how dumb you really are, moron!



         Page 4 of 35   « First   <   2   3   **4**   5   6   14   >   Last »   ▽

« Previous Thread | Next Thread »

**Posting Rules**                                              

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**

Hesse000031

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 22 of 90 PageID #: 2193

Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
| Police Issues (N/S) ▾ | Go |

All times are GMT -5. The time now is 12:29 PM.

**Contact Us** – **The Schwartz Report Political Forum** – **Archive** – **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000032



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | | | |
| **Ocean Beach Police Corruption** | Password | | Log In |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



Have You Been Hurt In A Truck Accident?
We Can Help   1-800-864-8144
Suffolk Truck Accident Lawyers

SuffolkCountyAccidentLawyers.com

**Post Reply**   Page 5 of 35  « First  <  3  4  **5**  6  7  15  >  Last »  ▽

Thread Tools ▽    Display Modes ▽

---

04-26-2006, 09:27 PM                                                     **#41**

Posts: n/a

🗒 **Stud?**

You guys talk like the chief is banging everyone... reality check, he aint all that. But then again if you seem to think he is, then I suppose that says something about you, now doesn't it?? Maybe you should be hanging out at Cherry Grove instead of OB.

[Quote]

---

04-27-2006, 07:10 AM                                                     **#42**

Posts: n/a

🗒 **Re: Stud?**

Quote:

> Originally Posted by **Anonymous**
> *You guys talk like the chief is banging everyone... reality check, he aint all that. But then again if you seem to think he is, then I suppose that says something about you, now doesn't it?? Maybe you should be hanging out at Cherry Grove instead of OB.*

Fact is the chief isnt banging anyone, hes sporting a colostomy bag, lost his unit 12 years ago.

[Quote]

---

04-27-2006, 10:16 AM                                                     **#43**

Hesse000033

Case 2:07-cv-01213-SJF-ETB   Document 145-14   Filed 01/15/10   Page 24 of 90 PageID #: 2195

Posts: n/a

📄 **Re: RESIDENT**

Quote:

---

**Originally Posted by VillageIdiot103**
*So, how has the Chief helped you out there Greg? Wait a sec....did he find you on AdultFriend Finder also? Does the Chief go both ways? I guess his wife will have to find that out...*

*Say Chief, do you still have a good supply of wine at HQ? I was worrying that you might have used it all on the female domestic violence victim. Now that is professional!! Encouraging a female domestic victim to drink wine, in the police station!!! Did she drunk enough to actually bang you Chief?*

*Do any more SLA checks George? Why is is that only certain bars get checked while others have no worries at all? Any chance it has to do with the fact that they let you eat and DRINK booze while on duty, for free??*

*And Greg, how would an idiot like you even know about this Board? I guess the 'Chief' is getting so nervouse he is enlisting the help of jagoff residents like you to help him. My advice to you is to keep an eye on the Chief and make sure he isn't banging YOUR wife!!!*

*And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....*

---

This reads like something my 15 year old would write, listen troll, just because your bimbo is a badge bunny who worked her way up the ladder to a chief, doesnt mean anyone else with 1% of class would do the same. I understand it must hurt but posting it here isnt helping you, go get some pro counselling and get on with your misery..i mean life.



---

| 04-28-2006, 06:44 AM | #44 |
|---|---|
| | Posts: n/a |

📄

YOU ALL SOUND LIKE A BUNCH OF IDIOTS. NO WONDER THAT POLICE DEPARTMENT SUCKS AND EVERYONE IS IN TROUBLE.



---

| 04-28-2006, 06:45 AM | #45 |
|---|---|
| | Posts: n/a |

Hesse000034

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 25 of 90 PageID #: 2196

Hey Norm...what the hell are you babbling about?

Quote

---

04-28-2006, 06:49 AM                                                    #46

Posts: n/a

Hey Villageidiot, i like how you put the 103 after your name now. Nice touch.. Its a shame all of us CO's are still working for the beach. I like how you tried to get us in trouble with Civil Service. Its a shame you'll never work as a cop again. Not only did you screw the public, now you're trying to screw the people you worked with that have nothing to do with you being let go. You're an ass...

Quote

---

04-28-2006, 06:10 PM                                                    #47

Posts: n/a

Who the hell is norm?......

Quote

---

04-28-2006, 06:11 PM                                                    #48

Posts: n/a

VillageIdiot103 wrote:

And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....


Ah, morons and more morons... you think you know so much, yet you know so F'ing little...
The Suffolk County CO's are given a WAIVER from taking the lie detector test, because they are already SC CO's, and obviously they are trusted enough to be such, and therefore do not have to take that exam! Stop being such a know-nothing and call civil service yourself if you dont believe it. Then you will see just how dumb you really are, moron!

Hesse000035

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 26 of 90 PageID #: 2197



the 3 rats already went to Civil Service to rat on all of us. They were turned away.

`Quote`

04-28-2006, 06:12 PM                                                    #49

Posts: n/a

Nice Try....RAT

`Quote`

04-28-2006, 06:14 PM                                                    #50

Posts: n/a

Hey rat..you can go to NYS Civil Service....Thats not going to get you anywhere either.....Ha hahahhahahahahaha

`Quote`



Page 5 of 35   « First   <   3   4   **5**   6   7   15   >   Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
────────────────────
vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



All times are GMT -5. The time now is 12:30 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000036

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 27 of 90 PageID #: 2198





The Schwartz Report

| Long Island Nassau Suffolk County New York Political Forum | User Name | [User Name] ☐ Remember Me? |
| > Forums > Police Issues (N/S) | | |
| Ocean Beach Police Corruption | Password | [          ] [Log in] |

Register     FAQ     Members List     Calendar     Today's Posts     Search

FREE EBOOK!
LESKO'S DEBT SE(
Eliminate Penalties, Work with Creditors, Save
LeskoDebtSecrets.com

Post Reply    | Page 6 of 35 « First < 4 5 **6** 7 8 16 > Last » ▽ |

Thread Tools ▽   Display Modes ▽

04-29-2006, 07:08 PM                                                    #51

Posts: n/a

Quote:

> Originally Posted by **Anonymous**
> *Hey rat..you can go to NYS Civil Service....Thats not going to get you anywhere either.....Ha hahahhahahahahaha*

NYS Civil Service is more liberal then suffolk...all cops in NYS would be aloud to work with no testing...penis....nice try....loser

[Quote]

04-29-2006, 09:33 PM                                                    #52

Posts: n/a

here's a rat, there's a rat, everyone goes rat rat, old mcdonald had a farm, E I, E I....OOOOOOO

[Quote]

04-29-2006, 09:38 PM                                                    #53

Hesse000037

Posts: n/a

Hey, norm...what the hell are you talking about...you're talking to a bunch of retarded cops

Quote

---

05-02-2006, 10:25 AM                                                                    #54

VillageIdiots                                                                    Posts: n/a

**Wife**

So 'Chief'....is this the day your wife finds out about all of your whores? How will she find out...will it be an anonymous letter? A phone call? A visit by an 'old friend'? What will you do when she confronts you with your AdultFriendFinder profile? Yes Chief, I saved it and printed it out for her!!! I figuered it would be a nice gift for the both of you, seeing as how you are so generous to others.

Remember Chief...Anticipation of your wife finding out is worse than your wife actually finding out!!!!!!!!!!!!!!!!!!!!!!!!!

Tick Tock Chief................

Quote

---

05-03-2006, 08:17 PM                                                                    #55

Posts: n/a

Why is this post even allowed to remain on a Police site. These bozo's aren't even cops? So sad sack got fired and now he's going after the Chief for past indescretions - we don't care. Why don't you WANNA BE'S, and FIRED USED TO BE WANNA BE'S, take your conversation where it belongs - out to the parking lot like real men would.

Quote

---

05-04-2006, 06:17 PM                                                                    #56

Posts: n/a

Any moron can post on this site and this thread, even you and I.

Quote

---

05-04-2006, 07:26 PM                                                                    #57

**redstone14** ⊙                                                        Join Date: Apr 2006
Junior Member                                                          Posts: 1

Hesse000038

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 29 of 90 PageID #: 2200

> **Quote:**
>
> | Originally Posted by **Anonymous**
> | *Why is this post even allowed to remain on a Police site.*

This is NOT a police site. It is a PUBLIC site that invites EVERYONE to write their comments or opinions

> **Quote:**
>
> | These bozo's aren't even cops?

When you write "**these** Bozo's" are you sure there is more than one person posting here?

> **Quote:**
>
> | So sad sack got fired and now he's going after the Chief for past indescretions -

If the OBPD police chief has "past indiscretions," this is the place to post em. Sounds fair to me.

> **Quote:**
>
> | we don't care.

Speak for yourself. I find the disgraced cop's comments and replies to his comments somewhat entertaining.

> **Quote:**
>
> | Why don't you WANNA BE'S, and FIRED USED TO BE WANNA BE'S, take your
> | conversation where it belongs - out to the parking lot like real men would.

Are you suggesting resorting to violence?

`Quote`

---

☐ 05-05-2006, 06:33 AM                                    **#58**

Posts: n/a

> **Quote:**
>
> | When you write "these Bozo's" are you sure there is more than one person
> | posting here

Village Idiot
VillageIdiot

Hesse000039

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 30 of 90 PageID #:
2201

VillageIdiot103
VillageIdiots
seems like moe than one person to me.



---

 05-06-2006, 02:31 PM                                    **#59**

Pay Scale 7                                                        Posts: n/a

What are the salaries of the cops and bosses here?



---

05-10-2006, 04:02 PM                                            **#60**

Rat hater                                                        Posts: n/a

Kevin Lamm and Frank Fiorello, Why don't you 2 take your lumps like real men and move on. The Deputy Chief let you go because you guys abuse the public. That is not how we do bussiness in this department. He was a gentleman about it and assured you guys he would give favorable references. You were well with in your right to go to civil service to inquire about yout rights, and if you could be let go. But when you started to throw accusations around that was yet another case of you guys crossing the line. Just like so many times in the past. And now you wonder why you are on the outside looking in. You are at will employees, well I mean were. Now you have even less credibility than you did before. Congratulations for truely earning the title "**RAT**" Niether of you will ever work another law enforcement job here in the United States. Maybe if you are lucky you can get a job working in Iraq, I hear they will take anyone over there. But you may become canon fodder! Good luck you rat bastards!



---

     Page 6 of 35  « First  <  4  5  **6**  7  8  16  >  Last »  ▽

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)      Go

All times are GMT -5. The time now is 12:30 PM.

Hesse000040

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000041

Case 2:07-cv-01215-SJF-ETB   Document 149-14   Filed 01/15/10   Page 32 of 90   PageID #: 2203



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | Password | | Log in |
| 🔲 **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



# Do you feel safe with Bush as president?

## YES    NO

## Vote now for a chance to WIN $50,000 in CASH

www.Predicto.com

**Post Reply**    | Page 7 of 35  « First  <  5  6  **7**  8  9  17  >  Last »  ▽ |

| | Thread Tools ▽ | Display Modes ▽ |

---

🔲 05-10-2006, 11:32 PM                                          **#61**

Posts: n/a

you guys are all done....pathetic little men...

Watching you leave with your head between your legs from the meeting..amuzing..

watching you get on the water taxi with your head between your legs.. funny

going to civil service to be a rat and getting no play.. hysterical..

trying to get a job with another law enforcement agency and not getting one.. pricless

**Quote**

---

🔲 05-10-2006, 11:35 PM                                          **#62**

Posts: n/a

all of you should get a life....enough with this crap...i think you are all losers...nice department

**Quote**

---

🔲 05-10-2006, 11:37 PM                                          **#63**

Posts: n/a

Hesse000042

Iraq wont take them either....the Iraqis will send them back with a bomb attached to them

`Quote`

---

05-10-2006, 11:39 PM #64

Posts: n/a

**Re: PAY SCALE**

Quote:

> Originally Posted by **PAY CHK**
> *PAY SCALE IS SAD- JUST LOOK WHO'S POSTING.*
> *ONE FULL TIME PO ( IDIOT,AKA SGT, AKA WANNA BE DEPUTY CHIEF)*
> *$58,000 + ALL DRUNKIN WHORES, BOOZES HE WANTS. FOR GODS SAKE*
> *AT LEAST PASS A TEST JERKOFF!!! HAHAHA WAIT ALISON AT CIVIL*
> *SERVICE WILL HELP YOU!!! WINK WINK :lol: :lol:*
> *ONE SEMI-RETIRED CHIEF $85,000., CHIEF ALSO GETS AN APARTMENT.*
> *15-20 SEASONAL PO'S $19.65 HRLY*
> *LOOKING TO HIRE TWO FULLTIME PO'S $45000 EACH PLUS WHORES*
> *AND BOOZE :wink: :wink:*

Check your facts again jack....how are those new job investigations going....

`Quote`

---

05-11-2006, 12:29 PM #65

FormerOBemployee Posts: n/a

I find it funny that at no time did the Deputy Chief or whatever title he has right now ever make a comment regarding your personal lives, Yet thats all the villageidiot keeps talking about. It's time to grow up and accept what has happened and move on.

`Quote`

---

05-12-2006, 07:17 AM #66

Posts: n/a

which village idiot seems there are 20 or so?

`Quote`

---

05-12-2006, 09:36 AM #67

Posts: n/a

Hesse000043

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 34 of 90 PageID #: 2205

they'er all the same IDIOT

Quote

---

05-12-2006, 10:16 AM                                                   **#68**

Posts: n/a

Quote:

| Originally Posted by **Anonymous** |
| *they'er all the same IDIOT* |

thats what i thought, but the dead end never uses the same stupid name twice, I'm thinking its just trolls....well I know its trolls, but losers who have nothing else to do with themselves...well that describes him too...oh you know what I mean.

Quote

---

05-12-2006, 10:32 AM                                                   **#69**

GeorgeBangsWhores                                          Posts: n/a

**oh Chief**

Quote:

| Originally Posted by **Anonymous** |
| Quote: |
| Originally Posted by **Anonymous** |
| *they'er all the same IDIOT* |
| |
| *thats what i thought, but the dead end never uses the same stupid name twice, I'm thinking its just trolls....well I know its trolls, but losers who have nothing else to do with themselves...well that describes him too...oh you know what I mean.* |

Can't think clearly Chief? Too much booze and X last night? Is that why you cant pass the test Chief? Still sweating when you walk into the house George? Any day now my man......Say, why didn't you hire the 'other Chief' back??? Anything to do with him not actually EVER BEING A POLICE OFFICER?

Quote

---

05-12-2006, 12:00 PM                                                   **#70**

Posts: n/a

**Re: oh Chief**

Hesse000044

Quote:

Originally Posted by **GeorgeBangsWhores**

> Quote:
>
> Originally Posted by **Anonymous**
>
> > Quote:
> >
> > Originally Posted by **Anonymous**
> > *they'er all the same IDIOT*
>
> *thats what i thought, but the dead end never uses the same stupid name twice, I'm thinking its just trolls....well I know its trolls, but losers who have nothing else to do with themselves...well that describes him too...oh you know what I mean.*

*Can't think clearly Chief? Too much booze and X last night? Is that why you cant pass the test Chief? Still sweating when you walk into the house George? Any day now my man......Say, why didn't you hire the 'other Chief' back??? Anything to do with him not actually EVER BEING A POLICE OFFICER?*

wrong,I'm not your chief, do not even work over there, I happen to be a Scpd investigator, assigned to the recruit training staff (think back ground check), so if you are on the list, and I'm not going to check, since that would incriminate me, let me tell you, dont bother showing up for orientation. We arent interested.
By the way we've had many commissioners and other non-sworn members who arent police officers in scpd, so what?





| Page 7 of 35 | « First | < | 5 | 6 | 7 | 8 | 9 | 17 | > | Last » | ▽ |

**« Previous Thread | Next Thread »**

**Posting Rules**                                        ⊛

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump
Police Issues (N/S)   ▼   Go

All times are GMT -5. The time now is 12:30 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5

Hesse000045

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 36 of 90 PageID #: 2207

Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000046

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 37 of 90 PageID #: 2208



The Schwartz Report

| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | Password | | Log in |
| 🐾 **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**FREE EBOOK!**
**LESKO'S DEBT SE...**
Eliminate Penalties, Work with Creditors, Save Y...
LeskoDebtSecrets.com



**Post Reply**

Page 8 of 35  « First  <  6  7  **8**  9  10  18  >  Last »

Thread Tools ▽   Display Modes ▽

---

🗎 05-12-2006, 12:30 PM                                                      #71

                                                              Posts: n/a

🖹

Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?
Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.

**Quote**

---

🗎 05-12-2006, 04:19 PM                                                      #72

                                                              Posts: n/a

🖹

Quote:

> Originally Posted by **Anonymous**
> *they'er all the same IDIOT*

He can try and use different VILLAGEIDIOT names, but we all know its the same guy....how was it driving your truck last night....isn't it a shame to know thats all your going to be...a truck driver for the rest of your life....and lets quote kevin..NICCCE!

**Quote**

---

🗎 05-12-2006, 04:38 PM                                                      **#73**

Hesse000047

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 38 of 90 PageID #: 2209

**Manny de la Torriente**                                                Posts: n/a

> Quote:
> > Originally Posted by **Anonymous**
> > *Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?*
> > *Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.*
>
> Let's be honest. Is there one seasoned cop posting here who can claim he has not committed some kind of serious offense or violated some rule that would have resulted in him being seriously jammed up or fired if his offense was detected by a straight up supervisor?

---

05-13-2006, 08:09 AM                                                        #74

**9311111**                                                              Posts: n/a

> Quote:
> > Originally Posted by **Manny de la Torriente**
> > > Quote:
> > > Originally Posted by **Anonymous**
> > > *Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?*
> > > *Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.*
> >
> > *Let's be honest. Is there one seasoned cop posting here who has not committed some kind of serious offense or violated some rule that would have resulted in him being seriously jammed up or fired if his offense was detected by a straight up supervisor?*
>
> I like to hit the bong, repeatedly, and I was fired now I'm here trolling because I drive a taxi

---

05-13-2006, 09:09 AM                                                        #75

Posts: n/a

> Quote:

Hesse000048

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 39 of 90 PageID #: 2210

Originally Posted by **Manny de la Torriente**

Quote:

> Originally Posted by **Anonymous**
> *Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?*
> *Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.*

*Let's be honest. Is there one seasoned cop posting here who can claim he has not committed some kind of serious offense or violated some rule that would have resulted in him being seriously jammed up or fired if his offense was detected by a straight up supervisor?*

The difference between us and you and your drug using perp hairbag cronies, yes, for 99.99999999% of us, the biggest offense is not signing off our memo book when our tour is over, sorry johnny boy times have changed, cops have alot more to lose, and cannot just drive a taxi and break even.



---

05-17-2006, 09:52 AM                                    #76

KING GEORGE                                             Posts: n/a

📝 **TIMES A RUNNING OUT**

:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: **TICK-TOCK-TICK-TOCK!!!!**
**WHENS SHANNON GONNA FIND OUT? :P :P :P :?: :?: :?:** 😊😊 o
:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :wink: :wink: :wink: :wink:



Hesse000049

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 40 of 90 PageID #: 2211

---

05-17-2006, 03:07 PM | **#77**
--- | ---
| Posts: n/a

**Re: TIMES A RUNNING OUT**

Quote:

> Originally Posted by **KING GEORGE**
> :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: TICK-TOCK-TICK-TOCK!!!!
> **WHENS SHANNON GONNA FIND OUT? :P :P :P :?: :?: :?:** 😊 😊 o
> :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :wink: :wink: :wink: :wink:

who ever shannon is unless she reads this anon drivel my guess is never...actually she probably doesnt give a rats ass anyway. I'm sure she knows whatever your big secret is, and has many more in her closet.lol

---

05-18-2006, 02:40 AM | **#78**
--- | ---
| Posts: n/a

shannon knows all hate to burst your bubble, shes known for a long time what kind of freak he is...how do you think they met?

---

05-18-2006, 08:16 PM | **#79**
--- | ---
| Posts: n/a

I dont know anything about this except what I read in the paper but I'll say this.....enough with this post if you got canned for doing something wrong then suck it up and be a man about it and stop posting silly things in here. Get another job and move on with your life

---

05-19-2006, 06:01 PM | **#80**
--- | ---
| Posts: n/a

Quote:

> Originally Posted by **Anonymous**
> *I dont know anything about this except what I read in the paper but I'll say this.....enough with this post if you got canned for doing something wrong then*

---

Hesse000050

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 41 of 90 PageID #:
2212

> *suck it up and be a man about it and stop posting silly things in here. Get*
> *another job and move on with your life*

Really or actually do all the stupid crap you are threatening to do, posting it here isnt
scaring anyone, only idiots read this...except me of course



---



| Page 8 of 35 | « First | < | 6 | 7 | **8** | 9 | 10 | 18 | > | Last » | ▽ |

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


All times are GMT -5. The time now is 12:30 PM.

Contact Us – The Schwartz Report Political Forum – Archive – Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000051

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 42 of 90 PageID #: 2213



**The Schwartz Report**

| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | | | |
| **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|

**FREE EBOOK!**
**LESKO'S DEBT SE**
Eliminate Penalties, Work with Creditors, Save
LeskoDebtSecrets.com

Post Reply

| Page 9 of 35 « First < 7 8 **9** 10 11 19 > Last » ▽ |
|---|

Thread Tools ▽    Display Modes ▽

---

05-20-2006, 05:15 AM                                    **#81**

Posts: n/a

Quote:

> Originally Posted by **Anonymous**
>
> > Quote:
> >
> > Originally Posted by **Anonymous**
> > *I dont know anything about this except what I read in the paper but I'll say this.....enough with this post if you got canned for doing something wrong then suck it up and be a man about it and stop posting silly things in here. Get another job and move on with your life*
> >
> > *Really or actually do all the stupid crap you are threatening to do, posting it here isnt scaring anyone, only idiots read this...except me of course*

yeah me too, everyone else who reads this is a loser

 Quote

---

05-20-2006, 10:29 PM                                    **#82**

VillageIdiotisBack                                      Posts: n/a

**tick tock**

Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?

Hesse000052

Case 2:07-cv-01215-SJF-ETB    Document 149-14    Filed 01/15/10    Page 43 of 90 PageID #: 2214

Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!

The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.



---

☐ 05-21-2006, 03:53 AM                                                               **#83**

Posts: n/a

🖹 **Re: tickity tock you didnt scare koc**

Quote:

> Originally Posted by **VillageIdiotisBack**
> *Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?*
>
> *Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!*
>
> *The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.*

get a life weinie boy...we all knew you were blowing hot air, you got nothing, its time to evaluate your existence, you critique people on anon web message boards and tell them not to slander anyone. You threaten to reveal "dark" secrets to their loved ones, you got no stroke, not here, and certainly not in life, no one was scared, no one cared, now go move somewhere and start over.
buh bye weinie



---

☐ 05-21-2006, 07:24 PM                                                               **#84**

Posts: n/a

🖹

Exactly.....move on. Apparently none of these things bothered you before you got in trouble.



---

Hesse000053

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 44 of 90 PageID #: 2215

---

05-22-2006, 09:25 AM | #85

Posts: n/a

You talk about slander.. you mention the chiefs wife by name..whats wrong with you...you have lost all sense of reality...

Quote

---

05-23-2006, 11:52 PM | #86

Posts: n/a

**Re: tick tock**

Quote:

> Originally Posted by **VillageIdiotisBack**
> *Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?*
>
> *Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!*
>
> *The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.*

you did it to yourself....scumbag

Quote

---

05-27-2006, 08:12 AM | #87

ratt hater | Posts: n/a

**Kevin the rat**

Kevin Lamm, are you still a half a fag? Or are you sucking dick out in the open now as an out of the closet fag? No matter how you look at it you will always be a rat! 😊

Quote

---

05-29-2006, 08:52 PM | #88

FUNNY U SAY THAT | Posts: n/a

Quote:

---

Hesse000054

Originally Posted by **Rat hater**
*Kevin Lamm and Frank Fiorello, Why don't you 2 take your lumps like real men and move on. The Deputy Chief let you go because you guys abuse the public. That is not how we do bussiness in this department. He was a gentleman about it and assured you guys he would give favorable references. You were well with in your right to go to civil service to inquire about yout rights, and if you could be let go. But when you started to throw accusations around that was yet another case of you guys crossing the line. Just like so many times in the past. And now you wonder why you are on the outside looking in. You are at will employees, well I mean were. Now you have even less credibility than you did before. Congratulations for truely earning the title "RAT" Niether of you will ever work another law enforcement job here in the United States. Maybe if you are lucky you can get a job working in Iraq, I hear they will take anyone over there. But you may become canon fodder! Good luck you rat bastards!*



---

🖾 05-29-2006, 09:09 PM                                                                 **#89**

FUNNY TWO                                                                    Posts: n/a



ABOUT IRAQ- WHO KNOWS WHILE I'M OVER THERE WILL I RUN INTO THE MARINE YOU AND TY( THE WANNA BE ARMY MEDIC/RIGHT-NYPD WANNA BE) TUNED UP FOR HAVING A BEER WHILE ON THE FERRY LINE CHIEF!! YOU REMEMBER THE ONE WHO WAS WITH HIS GIRLFRIEND FROM LINDENHURST- YES CHIEF YOU AND YOUR SIDE KICK TY TUNED HIM UP AND THEN YOU WROTE HIM AN ALCOHOL TICKET. BUT YOU WERE GOOD THIS WEEKEND BLOTTER SHOWS NO ABUSE- NO FOUND MOMMYS DEHYDRATED ON THE BEACH CHIEF--DON'T WORRY GEORGE YOU STILL HAVE TIME TOO SEE YOUR MOMMY THIS SUMMER.



---

🖾 05-29-2006, 09:10 PM                                                                 **#90**

FUNNY TWO                                                                    Posts: n/a



ABOUT IRAQ- WHO KNOWS WHILE I'M OVER THERE WILL I RUN INTO THE MARINE YOU AND TY( THE WANNA BE ARMY MEDIC/RIGHT-NYPD WANNA BE) TUNED UP FOR HAVING A BEER WHILE ON THE FERRY LINE CHIEF!! YOU REMEMBER THE ONE WHO WAS WITH HIS GIRLFRIEND FROM LINDENHURST- YES CHIEF YOU AND YOUR SIDE KICK TY TUNED HIM UP AND THEN YOU WROTE HIM AN ALCOHOL TICKET. BUT YOU WERE GOOD THIS WEEKEND BLOTTER SHOWS NO ABUSE- NO FOUND MOMMYS DEHYDRATED ON THE BEACH CHIEF--DON'T WORRY GEORGE YOU STILL HAVE TIME TOO SEE YOUR MOMMY THIS SUMMER.



---



Hesse000055

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 46 of 90 PageID #: 2217

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump



Police Issues (N/S) ▼   Go

All times are GMT -5. The time now is 12:31 PM.

**Contact Us** – **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000056

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 47 of 90 PageID #: 2218



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | Password | | Log in |
| Ocean Beach Police Corruption | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

# Be a Changemaker

## Social Entrepreneurs are changing the world. Learn how through Asho

www.ashoka.org

Public Ser

**Post Reply**   Page 10 of 35 « First < 8 9 **10** 11 12 20 > Last »

Thread Tools ▽   Display Modes ▽

---

☐ 05-29-2006, 09:16 PM                                              **#91**

OH S                                                            Posts: n/a

CALL CHIEF THEY'RE ON AGAIN! NO HE'S WITH COMPANY--YOU KNOW THE SKANK FROM SOCIAL SERVICES.HE'S GONNA BE MADDD PROBABLY MAKE US WASH THE TRUCK AGAIN!!!

Quote

---

☐ 05-30-2006, 11:58 AM                                             **#92**

squeek squeek                                                  Posts: n/a

i hear cheese eaters

Quote

---

☐ 05-30-2006, 10:39 PM                                             **#93**

Forever employed                                               Posts: n/a

**You wish**

Quote:

Originally Posted by **FUNNY TWO**
*ABOUT IRAQ- WHO KNOWS WHILE I'M OVER THERE WILL I RUN INTO THE MARINE YOU AND TY( THE WANNA BE ARMY MEDIC/RIGHT-NYPD WANNA BF)*

Hesse000057

Case 2:07-cv-02215-SJF-ETB   Document 148-14   Filed 01/15/10   Page 48 of 90 PageID #: 2219

> *TUNED UP FOR HAVING A BEER WHILE ON THE FERRY LINE CHIEF!! YOU REMEMBER THE ONE WHO WAS WITH HIS GIRLFRIEND FROM LINDENHURST-YES CHIEF YOU AND YOUR SIDE KICK TY TUNED HIM UP AND THEN YOU WROTE HIM AN ALCOHOL TICKET. BUT YOU WERE GOOD THIS WEEKEND BLOTTER SHOWS NO ABUSE- NO FOUND MOMMYS DEHYDRATED ON THE BEACH CHIEF--DON'T WORRY GEORGE YOU STILL HAVE TIME TOO SEE YOUR MOMMY THIS SUMMER.*

First, you couldn't handle being in Iraq. Second, you would be shot by your own men. Third, It was the Seargeant, now Chief that had to restrain you, Kevin Lamm, From beating the marine you talk about. He never touched the guy. HOMO!!!! Hows the airport square badges treating you these days you RAT!



---

05-30-2006, 10:43 PM                                                    **#94**

Homo says What                                                    Posts: n/a

📖 **how you doin?**

Quote:

> Originally Posted by **OH S**
> *CALL CHIEF THEY'RE ON AGAIN! NO HE'S WITH COMPANY--YOU KNOW THE SKANK FROM SOCIAL SERVICES.HE'S GONNA BE MADDD PROBABLY MAKE US WASH THE TRUCK AGAIN!!!*

Like you ever did anything RAT!



---

05-30-2006, 10:51 PM                                                    **#95**

YOU LOSER                                                         Posts: n/a

📖 **tick tock lick my cock**

Quote:

> Originally Posted by **VillageIdiotisBack**
> *Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?*
>
> *Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!*
>
> *The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't*

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 49 of 90 PageID #: 2220

> *be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.*

The only slander here is what you did to the chief and his wife. You started this scumbag. no one else. You talk about someone selling X. How would you know, you never made an arrest unless it was someone peeing. Nice one.

So, whats wrong? Only doing this to scare the chief?..lol like was scared. Whats wrong? your balls creeping up into your throat? oh thats right, you don't have any balls. Let me ask you this. How does it feel knowing you will never be a cop?...ha ha ha ha ha



---

📧 06-06-2006, 11:00 PM                                              **#96**

sandlover                                                          Posts: n/a

🖃

you never know who has been watching, the one with the least to lose may have the most to gain. Trust the cops you work with but watch the weakest link. Just one tumble and the entire deck of cards falls on you. Pictures are worth a 1000 words. It all depends who are in the pictures. oops :?:

---

📧 06-07-2006, 05:20 PM                                              **#97**

                                                                  Posts: n/a

🖃

You guys are all a bunch of misfits and rejects. I have heard stories about your guys getting beat up, other guys trying to write a summons and being thrown into the water, etc. etc. You are all a bunch of wanna be wimps, just get off the computer and stop embarrassing yourselves even more than before. Also, try taking a good look at your applicants before you hire them.

---

📧 06-07-2006, 05:55 PM                                              **#98**

                                                                  Posts: n/a

🖃

Quote:

> Originally Posted by **Anonymous**
> *You guys are all a bunch of misfits and rejects. I have heard stories about your guys getting beat up, other guys trying to write a summons and being thrown into the water, etc. etc. You are all a bunch of wanna be wimps, just get off the computer and stop embarrassing yourselves even more than before. Also, try taking a good look at your applicants before you hire them.*

Hesse000059



'k jeffrey

Quote

06-07-2006, 06:05 PM                                                    #99
                                                              Posts: n/a

Quote:

Originally Posted by **sandlover**
*you never know who has been watching, the one with the least to lose may have the most to gain. Trust the cops you work with but watch the weakest link. Just one tumble and the entire deck of cards falls on you. Pictures are worth a 1000 words. It all depends who are in the pictures. oops :?:*

wah wah wah polly prissy pants. get lost in traffic already MARY!!!!!!!!!!

Quote

06-10-2006, 09:41 AM                                                   #100
                                                              Posts: n/a

Go to Fire Departments (N/S) then Check out page 20 and 21 of, "Fire Commissioners of the Selden Fire District" This Firemen trying to fix a problem.

Quote



Page 10 of 35   « First   <   8   9   **10**   11   12   20   >   Last »   ▽

« Previous Thread | Next Thread »

Posting Rules                                              ⚙

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump
Police Issues (N/S)   ▾   Go

All times are GMT -5. The time now is 12:31 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Hesse000060

Case 2:07-cv-01215-SJF-ETB   Document 149-14   Filed 01/15/10   Page 51 of 90 PageID #: 2222

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000061

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 32 of 90 PageID #: 2223



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | | | |
| 🔲 **Ocean Beach Police Corruption** | Password | | Log in |

| **Register** | **FAQ** | **Members List** | **Calendar** | **Today's Posts** | **Search** |





DIVORCE & FAMILY LAW
*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreemen*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Con**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC          (631) 3
www.NYfamilylaw.info                                                              Fee

**Post Reply**

Page 11 of 35  « First  <  9  10  **11**  12  13  21  >  Last »

**Thread Tools** ▽   **Display Modes** ▽

---

☐ 06-13-2006, 10:19 PM                                              **#101**

**policeman77** ◉                           Join Date: Jun 2006
Junior Member                               Posts: 1

🔲 **chief of obpd**

Does the fat fuck still think he is a comedian?

**Quote**

---

☐ 06-16-2006, 10:03 PM                                              **#102**

StomachCramps                                              Posts: n/a

🔲 **Da Chief is scared!**

I hear the Chief is having stomach problems these days...Whats the matter George, afraid of whats coming down the pike?

Bad George Bad George, whatcha gonna do, whatcha gonna do when they come for you??

I hope those cramps are from you being nervous Chief, and not from some STD you caught from one of these pigs you were banging in your office...Say Chief, hows Mitch doin these days?? Score any coke?

**Quote**

---

☐ 06-17-2006, 03:49 AM                                              **#103**

                                                           Posts: n/a

Hesse000062

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 53 of 90 PageID #: 2224

### Re: Da Chief is scared!

Quote:

> **Originally Posted by StomachCramps**
> *I hear the Chief is having stomach problems these days...Whats the matter George, afraid of whats coming down the pike?*
>
> *Bad George Bad George, whatcha gonna do, whatcha gonna do when they come for you??*
>
> *I hope those cramps are from you being nervous Chief, and not from some STD you caught from one of these pigs you were banging in your office...Say Chief, hows Mitch doin these days?? Score any coke?*

wah wah wah polly prissy pants...Grow up troll



---

06-17-2006, 05:28 AM                                                          **#104**

Posts: n/a

### Re: Da Chief is scared!

Quote:

> **Originally Posted by StomachCramps**
> *I hear the Chief is having stomach problems these days...Whats the matter George, afraid of whats coming down the pike?*
>
> *Bad George Bad George, whatcha gonna do, whatcha gonna do when they come for you??*
>
> *I hope those cramps are from you being nervous Chief, and not from some STD you caught from one of these pigs you were banging in your office...Say Chief, hows Mitch doin these days?? Score any coke?*

Hey Kevina, hows your career? Hows the shopping carts at Compare foods? Hows your bills? Hows it feel to be blacklisted in every law enforcement job, and dont bother with the summit security application, they already know. Wait til the winter...you're gonna wish you got stockgirl job instead.



Hesse000063

Case 2:07-cv-01215-SJF-ETB   Document 149-14   Filed 01/15/10   Page 54 of 90 PageID #: 2225

| | |
|---|---|
| 06-17-2006, 07:36 AM | **#105** |
| | Posts: n/a |

kevin you are a dick homo fag loser

---

| | |
|---|---|
| 06-17-2006, 09:47 AM | **#106** |
| | Posts: n/a |

its funny the "chief" doesnt even think about you but you know when he has intestinal distress? You are a f u c k i n g loser you c o c k sucking fag, you must be half a man, you dick lover, forget the chief, go find some new ass to obsess about homo fag querr # # # # # # # # # dicklicking loser

---

| | |
|---|---|
| 06-17-2006, 10:47 AM | **#107** |
| | Posts: n/a |

> **Quote:**
>
> Originally Posted by **Anonymous**
> *its funny the "chief" doesnt even think about you but you know when he has intestinal distress? You are a f u c k i n g loser you c o c k sucking fag, you must be half a man, you dick lover, forget the chief, go find some new ass to obsess about homo fag querr # # # # # # # # # dicklicking loser*

the banned is a s s s u c k i n g ba l l eating unemployed r u m p rider

---

| | |
|---|---|
| 06-17-2006, 06:37 PM | **#108** |
| HAPPY 2BE ME | Posts: n/a |

**gUESS YOUR WRONG ANDY! APPEARS THE FAT BANNED COMEDIAN GEORGE HESSE THINKS OF ME OFTEN-LIKE THE REST OF YOU LOSERS. :lol: :lol: :lol: :lol: MAYBE I SHOULD TELL MARIE OF YOUR BACHOLAR PARTY? YOU KNOW THE ONE AT THAT MOTEL THE VILLAGE OFFICIAL GAVE YOU A BREAK ON! :P :P :P YES PRTOSITUTE INCLUDED. GOOD LUCK :shock: :shock: :shock: WATCHA GONNA DO WHEN SPOTA COLLARS YOU? BAD GEORGE BAD GEORGE :wink: :wink: :wink:**

Hesse000064

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 55 of 90 PageID #: 2226



06-17-2006, 06:44 PM

**#109**

STATION HOUSE WHORE

Posts: n/a

**CHIEF YOU 10-46? YEP HE'S POSTING AGAIN! PLEASE DON'T YELL AT ME HAVE ANDY TRACK HIM!! NO NOT THAT CHIEF :cry: :cry: DON'T MAKE ME BEND OVER AGAIN! TY WILL BE IN SOON-- YOU KNOW YOUR LAP PUPPET!!! :roll: :roll: :roll: I'M JUST THE MESSENGER!**

06-17-2006, 08:21 PM

**#110**

curious 1

Posts: n/a

whats a TY? ISN'T IT A COMPANY THAT MAKES A SMALL TOY CALLED A BEANIE BABY.



Page 11 of 35  « First  <  9  10  **11**  12  13  21  >  Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)  Go

All times are GMT -5. The time now is 12:31 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000065

Case 2:07-cv-01215-SJF-ETB Document 143-14 Filed 01/15/10 Page 56 of 90 PageID #: 2227



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | | | |
| **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|



Have You Been Hurt In A Truck Accident? We Can Help 1-800-864-8144
Suffolk Truck Accident Lawyers
SuffolkCountyAccidentLawyers.com

**Post Reply**

Page 12 of 35 « First < 2 10 11 **12** 13 14 22 > Last » ▽

Thread Tools ▽    Display Modes ▽

---

06-17-2006, 09:02 PM                                          #111

CHEESE EATER                                                 Posts: n/a

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol: 😳 😳 😳

**Quote**

---

06-17-2006, 09:03 PM                                          #112

CHEESE EATER                                                 Posts: n/a

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol: 😳 😳 😳

**Quote**

---

06-17-2006, 09:03 PM                                          #113

CHEESE EATER                                                 Posts: n/a

Hesse000066

Case 2:07-cv-01215-SJF-ETB Document 143-14 Filed 01/15/10 Page 57 of 90 PageID #: 2228

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol:



---

06-17-2006, 09:04 PM     **#114**

CHEESE EATER     Posts: n/a



:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol:



---

06-17-2006, 09:05 PM     **#115**

CHEESE EATER     Posts: n/a



:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol:



---

06-18-2006, 12:35 AM     **#116**

ONE-UNDER     Posts: n/a

SOUNDS LIKE SOMEBODY'S REALLY-REALLY MAD!



---

06-18-2006, 03:47 AM     **#117**

BACHOLAR     Posts: n/a

Hesse000067

Quote:

> Originally Posted by **HAPPY 2BE ME**
> g**UESS YOUR WRONG ANDY! APPEARS THE FAT BANNED COMEDIAN GEORGE HESSE THINKS OF ME OFTEN-LIKE THE REST OF YOU LOSERS.**
> **:lol: :lol: :lol: :lol:**
> **MAYBE I SHOULD TELL MARIE OF YOUR BACHOLAR PARTY?**
> **YOU KNOW THE ONE AT THAT MOTEL THE VILLAGE OFFICIAL GAVE YOU A BREAK ON! :P :P :P YES PRTOSITUTE INCLUDED.**
> **GOOD LUCK :shock: :shock: :shock:**
> **WATCHA GONNA DO WHEN SPOTA COLLARS YOU?**
> **BAD GEORGE BAD GEORGE :wink: :wink: :wink:**

hah you troll, im not even a cop, just like flipping you off, believe me all these people you hate, forgot you a long time ago, they dont come here and they dont read your scribble. thanks for the chuckles



---

06-18-2006, 03:49 AM                                         #118

                                                             Posts: n/a

Quote:

> Originally Posted by **STATION HOUSE WHORE**
> **CHIEF YOU 10-46? YEP HE'S POSTING AGAIN! PLEASE DON'T YELL AT ME HAVE ANDY TRACK HIM!! NO NOT THAT CHIEF :cry: :cry: DON'T MAKE ME BEND OVER AGAIN! TY WILL BE IN SOON-- YOU KNOW YOUR LAP PUPPET!!! :roll: :roll: :roll: I'M JUST THE MESSENGER!**

I'm your chief kevina, and I'm 10-03..what ever that means bigboy(relax its a nickname...tinyweinie)



---

06-19-2006, 05:13 PM                                         #119

                                                             Posts: n/a

 **Kevin the queer**

Kevin Lamm, are you still trolling the park and rides for cock? Or did you take up sucking dick at the airport



---

06-19-2006, 06:19 PM                                         #120

                                                             Posts: n/a

Hesse000068

Case 2:07-cv-01213-SJF-ETB Document 145-14 Filed 01/15/10 Page 59 of 90 PageID #: 2230

 **Re: Kevin the queer**

Quote:

> Originally Posted by **Anonymous**
> *Kevin Lamm, are you still trolling the park and rides for cock? Or did you take up sucking dick at the airport*

sounds like he's here crying how unfair life was, and making all kinds of threats to expose people that he has no intention of pursuing, sounds like a cry for help...whats really sad is he's still calling the chief..CHIEF, like he still works for him, kevin move on, relocate, I hear most disgraced cops head to the carolinas to drive cabs...





Page 12 of 35 « First < 2 10 11 **12** 13 14 22 > Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)  Go

All times are GMT -5. The time now is 12:31 PM.

Contact Us - The Schwartz Report Political Forum - Archive - To|

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000069

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 60 of 90 PageID #: 2231



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | Password | | Log in |
| Ocean Beach Police Corruption | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**FREE EBOOK!**
**LESKO'S DEBT SE(**
Eliminate Penalties, Work with Creditors, Save Y

LeskoDebtSecrets.com

**Post Reply**

Page 13 of 35  « First  <  3  11  12  **13**  14  15  23  >  Last »  ▼

Thread Tools ▽   Display Modes ▽

---

☐ 06-20-2006, 06:19 PM

**#121**

Posts: n/a

This whole post needs to go its just ridiculous. Go meet in a garage somewhere and have it out instead of this......post the results

**Quote**

---

☐ 06-20-2006, 07:43 PM

**#122**

poppin corn

Posts: n/a

july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!! :twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol: 😊 😊 😊

**Quote**

---

☐ 06-20-2006, 08:06 PM

**#123**

Posts: n/a

Quote:

Originally Posted by **poppin corn**
*july 28th is not too far away! hey george u want me to pop some popcorn for u*

Hesse000070

Case 2:07-cv-01213-SJF-ETB   Document 145-14   Filed 01/15/10   Page 61 of 90 PageID #: 2232

> *or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!*
> *:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol:* 😃 😃 😃

oh no george is scared now...pinstripes for george, shopping carts for kevina, who the f' cares...hey what is a skang? why dont you go find some skangs and challenge them to a fight, then tell them repetively that you are going to tell on them?



---

☐ 06-21-2006, 06:35 AM                                            **#124**

Posts: n/a



yeah me too, what out whatever your name is, i know all, you'll get yours, what and see, and your wife will find out blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



---

☐ 06-22-2006, 02:14 PM                                            **#125**

still employed2                                                    Posts: n/a

 **eat me**

The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up

Hesse000071

you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE



---

☐ 06-28-2006, 08:45 AM                                      **#126**

WONDERING WHY2                                          Posts: n/a

☐

THIS BOARD POSTING :shock: IS VERRRRRY QUIET LATELY!



---

☐ 06-29-2006, 01:24 PM                                      **#127**

wonder777                                              Posts: n/a

☐ **Re: eat me**

> Quote:
> **Originally Posted by still employed2**
> *The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE*

what is a holoween?spit the dick out of your mouth and learn how to spell loser! :wink:



---

☐ 06-29-2006, 03:43 PM                                      **#128**

                                                        Posts: n/a

☐ **Re: eat me**

> Quote:
> **Originally Posted by wonder777**
> > Quote:
> > **Originally Posted by still employed2**
> > *The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it*

Hesse000072

Case 2:07-cv-01215-SJF-ETB   Document 149-14   Filed 01/15/10   Page 63 of 90 PageID #:
2234

> *had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE*
>
> *what is a holoween?spit the dick out of your mouth and learn how to spell loser! :wink:*

how about you learn how to quote loser!



---

| 📧 06-30-2006, 07:27 PM | #129 |
|---|---|
| **THE INSIDER** | Posts: n/a |



DEPUTY DICK GEORGE CAN'T HELP BUT WONDER WHY YOU ALWAYS TRASH KEVIN AND FRANK? YOU SEEM TO FORGET HOW YOU FUCKED SEVERAL OTHER MEN AND WOMAN WITH YOUR" I'M GOD ATTITUDE",YOU TRASH THE REAL CHIEF EDDIE AS IF YOU ALREADY TOOK HIS POSITION. WAIT GEORGE IN ALL GOOD TIME IT WILL COME OUT-HOW YOU USED YOUR AUTHORITY TO TRY TO RUIN INNOCENT CIVILIANS AND PO'S LIVES AND CAREERS BY YOUR MANY LIES! YES YOU CAN'T EVEN TELL YOURSELF WHATS TRUE OR NOT ANYMORE. THE GOOD PEOPLE OF OCEAN BEACH WILL REVOLT AND THROW YOUR SORRY ASS OUT" REMEMBER YOUR JUST A LONELY LITTLE PANSY ASS PO! NOT A SERGEANT- YOU FAILED THE TEST TWICE! AND CERTAINLY NOT A DEPUTY CHIEF! YOU MAY BE ABLE TO THROW SMOKE IN THE EYES OF THE VILLAGE TRUSTEES WITH YOUR MANY LIES AND ACCUSATIONS, BUT I WILL ALWAYS REMEMBER WHAT YOU SAID AT THE DEPARTMENT MEETING ABOUT CHIEF 101 AND THE MEN YOU FIRED, THINGS WILL CHANGE WHEN EDDIE COMES BACK TO WORK. HE WILL BE CLEARED OF ALL YOUR ACCUSATIONS YOU MADE BEHIND HIS BACK TO THE PAST ADMINISTRATION AND THE PRESENT BOARD MEMBERS, HE WILL RISE TO THE OCCASSION AND FIRE ALL THE CORRUPT THUGS YOU PAL AROUND WITH. HE MAY EVEN MAKE YOU WEAR YOUR WHITE SHIRT AGAIN, WALK THE BEACH OR STAND IN THE MARINA- WHERE HE COULD WATCH YOU BY CAMERA..
BY NOW GEORGE YOU SHOULD KNOW WHO I AM? RUN THE IP ADDRESS IT WILL COME BACK TO THE VILLAGES ACCOUNT. WAIT YOUR NOT SMART ENOUGH TO DO THAT- THEN HAVE SOMEONE WITH SOME COMPUTER KNOWLEDGE DO IT FOR YOU!!!



---

| 📧 06-30-2006, 07:35 PM | #130 |
|---|---|
| **COP OUT** | Posts: n/a |

" U WILL BE BANNED" ? DYING TO KNOW WHAT COULD NOT BE PRINTED!!

Hesse000073

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 64 of 90 PageID #: 2235



« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

―――――――――――――――

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)    Go

All times are GMT -5. The time now is 12:31 PM.

**Contact Us** – **The Schwartz Report Political Forum** – **Archive** – **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000074

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 65 of 90 PageID #: 2236



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| 📁 > Forums > Police Issues (N/S) | Password | | Log in |
| 🐾 **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|

**FREE EBOOK!**
**LESKO'S DEBT SEC**
Eliminate Penalties, Work with Creditors, Save Y

LeskoDebtSecrets.com

---

**Post Reply**     Page 13 of 35 « First < 3 11 12 **13** 14 15 23 > Last » ▼

Thread Tools ▽     Display Modes ▽

---

📄 06-20-2006, 06:19 PM                                                    **#121**

Posts: n/a

This whole post needs to go its just ridiculous. Go meet in a garage somewhere and have it out instead of this......post the results

**Quote**

---

📄 06-20-2006, 07:43 PM                                                    **#122**

poppin corn                                                               Posts: n/a

july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!
:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol: 😊 😊 😊

**Quote**

---

📄 06-20-2006, 08:06 PM                                                    **#123**

Posts: n/a

Quote:

Originally Posted by **poppin corn**
*july 28th is not too far away! hey george u want me to pop some popcorn for u*

---

Hesse000075

Case 2:07-cv-01213-SJF-ETB   Document 145-14   Filed 01/15/10   Page 66 of 90 PageID #: 2237

> *or any of your skangs?; who knows i'll be there for all the surprises? hint:*
> *pinstripes for you!!!!!!!!*
> *:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol:* 😄 😄 😄

oh no george is scared now...pinstripes for george, shopping carts for kevina, who the f' cares...hey what is a skang? why dont you go find some skangs and challenge them to a fight, then tell them repetively that you are going to tell on them?



---

 06-21-2006, 06:35 AM                                                    **#124**

Posts: n/a

yeah me too, what out whatever your name is, i know all, you'll get yours, what and see, and your wife will find out blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



---

 06-22-2006, 02:14 PM                                                    **#125**

still employed2                                                                Posts: n/a

eat me

The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up

Hesse000076

Case 2:07-cv-01215-SJF-ETB  Document 145-14  Filed 01/15/10  Page 67 of 90 PageID #: 2238

you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE



---

06-28-2006, 08:45 AM | #126

WONDERING WHY2 | Posts: n/a

THIS BOARD POSTING :shock: IS VERRRRRY QUIET LATELY!



---

06-29-2006, 01:24 PM | #127

wonder777 | Posts: n/a

**Re: eat me**

> Quote:
> ---
> Originally Posted by **still employed2**
> *The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE*

what is a holoween?spit the dick out of your mouth and learn how to spell loser! :wink:



---

06-29-2006, 03:43 PM | #128

| Posts: n/a

**Re: eat me**

> Quote:
> ---
> Originally Posted by **wonder777**
> > Quote:
> > ---
> > Originally Posted by **still employed2**
> > *The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it*

Hesse000077

Case 2:07-cv-01213-SJF-ETB   Document 145-14   Filed 01/15/10   Page 68 of 90 PageID #: 2239

> *had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE*
>
> *what is a holoween?spit the dick out of your mouth and learn how to spell loser! :wink:*

how about you learn how to quote loser!



---

🗐 06-30-2006, 07:27 PM                                                                        **#129**

THE INSIDER                                                                        Posts: n/a



DEPUTY DICK GEORGE CAN'T HELP BUT WONDER WHY YOU ALWAYS TRASH KEVIN AND FRANK? YOU SEEM TO FORGET HOW YOU FUCKED SEVERAL OTHER MEN AND WOMAN WITH YOUR" I'M GOD ATTITUDE",YOU TRASH THE REAL CHIEF EDDIE AS IF YOU ALREADY TOOK HIS POSITION. WAIT GEORGE IN ALL GOOD TIME IT WILL COME OUT- HOW YOU USED YOUR AUTHORITY TO TRY TO RUIN INNOCENT CIVILIANS AND PO'S LIVES AND CAREERS BY YOUR MANY LIES! YES YOU CAN'T EVEN TELL YOURSELF WHATS TRUE OR NOT ANYMORE. THE GOOD PEOPLE OF OCEAN BEACH WILL REVOLT AND THROW YOUR SORRY ASS OUT" REMEMBER YOUR JUST A LONELY LITTLE PANSY ASS PO! NOT A SERGEANT- YOU FAILED THE TEST TWICE! AND CERTAINLY NOT A DEPUTY CHIEF! YOU MAY BE ABLE TO THROW SMOKE IN THE EYES OF THE VILLAGE TRUSTEES WITH YOUR MANY LIES AND ACCUSATIONS, BUT I WILL ALWAYS REMEMBER WHAT YOU SAID AT THE DEPARTMENT MEETING ABOUT CHIEF 101 AND THE MEN YOU FIRED, THINGS WILL CHANGE WHEN EDDIE COMES BACK TO WORK. HE WILL BE CLEARED OF ALL YOUR ACCUSATIONS YOU MADE BEHIND HIS BACK TO THE PAST ADMINISTRATION AND THE PRESENT BOARD MEMBERS, HE WILL RISE TO THE OCCASSION AND FIRE ALL THE CORRUPT THUGS YOU PAL AROUND WITH. HE MAY EVEN MAKE YOU WEAR YOUR WHITE SHIRT AGAIN, WALK THE BEACH OR STAND IN THE MARINA- WHERE HE COULD WATCH YOU BY CAMERA..
BY NOW GEORGE YOU SHOULD KNOW WHO I AM? RUN THE IP ADDRESS IT WILL COME BACK TO THE VILLAGES ACCOUNT. WAIT YOUR NOT SMART ENOUGH TO DO THAT- THEN HAVE SOMEONE WITH SOME COMPUTER KNOWLEDGE DO IT FOR YOU!!!



---

🗐 06-30-2006, 07:35 PM                                                                        **#130**

COP OUT                                                                        Posts: n/a

🗐

" U WILL BE BANNED" ? DYING TO KNOW WHAT COULD NOT BE PRINTED!!

Hesse000078

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 69 of 90 PageID #:
2240



  Page 13 of 35  « First  <  3  11  12  **13**  14  15  23  >  Last »  ▽

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


All times are GMT -5. The time now is 12:31 PM.

**Contact Us** - **The Schwartz Report Political Forum** - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000079

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 70 of 90 PageID #: 2241



| Long Island Nassau Suffolk County New York Political Forum | User Name | [User Name] | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | Password | [        ] | [Log in] |
| **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|



**DIVORCE & FAMILY LAW**
*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreement*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Con**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC          (631) 3

www.NYfamilylaw.info

---

**Post Reply**   |   Page 14 of 35  « First  <  4  12  13  **14**  15  16  24  >  Last »

Thread Tools ▽   Display Modes ▽

---

06-30-2006, 07:39 PM                                                          **#131**

INSIDER 1                                                                Posts: n/a

IT BLOCKED OUT" DESTROYED" WHY WHO KNOWS MAYBE GEORGE IS CHECKING THE IP AS I SPEAK AT HOME- DOUBT IT!- HES MUST LIKELY RUBBING ONE OUT IN FRONT OF HIS COMPUTER!!!

Quote

---

06-30-2006, 07:48 PM                                                          **#132**

OOOOPS                                                                   Posts: n/a

SOUNDS LIKE A LITTLE VERBERAL COUNSELING GOING ON!!!!!

Quote

---

06-30-2006, 09:53 PM                                                          **#133**

I IDOLIZE THE REAL CHIEF                                                 Posts: n/a

IT'S ABOUT TIME SOMEONE WROTE SOMETHING GOOD ABOUT ED. HE GAVE HIS ALL TO THE DEPARTMENT AND RELIED ON HIS SECONDARY SUPERVISOR AND MEN TO KEEP HIM ADVISED OF HAPPENINGS. UNFORTUNATELY A COUPLE OF CORRUPT OVER JEALOUS COLLAGUES DESTROYED HIS REPUTATION AND GOOD STANDINGS WITH THE VILLAGE BY MISINFORMING HIM OF EVENTS AND BAD MOUTHING HIM TO EACH OTHER

Hesse000080

Case 2:07-cv-01213-SJF-ETB   Document 145-14   Filed 01/15/10   Page 71 of 90 PageID #: 2242

I CAN ONLY HOPE THAT EACH AND EVERY PERSON WHO TRIED TO HURT ED IN THEIR OWN WAY GETS THERES!!!!!



---

07-01-2006, 03:45 AM                                                    #134

THE INSIDER                                                          Posts: n/a



EMPTY WORDSblah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



---

07-01-2006, 03:52 AM                                                    #135

INSIDER 1                                                            Posts: n/a

**I'm kevin see me homeless**

EMPTY WORDSblah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah

Hesse000081

Case 2:07-cv-01215-SJF-ETB Document 175-14 Filed 01/15/10 Page 72 of 90 PageID #:
2243

blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



---

07-01-2006, 03:59 AM    **#136**

**I IDOLIZE THE REAL CHIEF**    Posts: n/a



---

EMPTY WORDSblah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



---

07-01-2006, 04:45 AM    **#137**

**words of wisedom**    Posts: n/a



---

EMPTY WORDS FROM EMPTY MINDS!! :roll: :roll: :roll: :roll: :!: :!: :!: :!: :!:

PRICELESS :!: :!: :!: :!: :!:



---

07-01-2006, 04:55 AM    **#138**

**OB PATROL**    Posts: n/a

Hesse000082

Case 2:07-cv-01215-SJF-ETB   Document 143-14   Filed 01/15/10   Page 73 of 90 PageID #: 2244

**TROLLING TROLLING TROLLING TROLLING TROLLING :x :evil: :evil: :evil: :evil: :evil: :evil: :evil: :evil: :evil:**



---

07-01-2006, 03:14 PM

**#139**

Posts: n/a

Quote:

> Originally Posted by **words of wisedom**
> *EMPTY WORDS FROM EMPTY MINDS!! :roll: :roll: :roll: :roll: :!: :!: :!: :!:*
>
> *PRICELESS :!: :!: :!: :!:*

WISEDOM....GUFFAW

You do mean wisdom, right empty minded one? Dont worry you fit right in here with li'l kevina



---

07-02-2006, 05:33 AM

**#140**

Posts: n/a

Quote:

> Originally Posted by **I IDOLIZE THE REAL CHIEF**
> *IT'S ABOUT TIME SOMEONE WROTE SOMETHING GOOD ABOUT ED. HE GAVE HIS ALL TO THE DEPARTMENT AND RELIED ON HIS SECONDARY SUPERVISOR AND MEN TO KEEP HIM ADVISED OF HAPPENINGS. UNFORTUNATELY A COUPLE OF CORRUPT OVER JEALOUS COLLAGUES DESTROYED HIS REPUTATION AND GOOD STANDINGS WITH THE VILLAGE BY MISINFORMING HIM OF EVENTS AND BAD MOUTHING HIM TO EACH OTHER. I CAN ONLY HOPE THAT EACH AND EVERY PERSON WHO TRIED TO HURT ED IN THEIR OWN WAY GETS THERES!!!!!*

too bad ed thinks you are a mary, kevin.





Page 14 of 35   « First   <   4   12   13   **14**   15   16   24   >   Last »   ▽

« Previous Thread | Next Thread »

Hesse000083



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

─────────────────────

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump
Police Issues (N/S)     Go

All times are GMT -5. The time now is 01:08 PM.

**Contact Us** – **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000084

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 75 of 90 PageID #: 2246



Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 76 of 90 PageID #: 2247

> surprises? hint: pinstripes for you!!!!!!!!
> :twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol: 😀 😀 😀
>
> *Hey penis breath. the 28th is the criminal trial for gilberd....dah...i'm kevina...*

what the hell is a skang??? moron

---

**07-02-2006, 03:19 PM**                                                  **#143**

Posts: n/a

**Re: I is a moron**

Quote:

> Originally Posted by **Anonymous**
>
> Quote:
>
> > Originally Posted by **poppin corn**
> > *july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!*
> > *:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol:* 😀 😀 😀
>
> *Hey penis breath. the 28th is the criminal trial for gilberd....dah...i'm kevina...*

no I'm kevina see me pushing the shopping carts?

---

**07-03-2006, 07:18 PM**                                                  **#144**

Posts: n/a

HOW DOES IT FEEL

HICKORY DICKORY DOCK YOU WANNA BE CHIEF! NO MORE GIRLS WILL BE SUCKING YOUR C :lol: CK!!!

---

**07-03-2006, 07:53 PM**                                                  **#145**

Posts: n/a

kevinaforfeitshispension

Quote:

> Originally Posted by **HOW DOES IT FEEL**

Hesse000086

> *HICKORY DICKORY DOCK YOU WANNA BE CHIEF! NO MORE GIRLS WILL BE SUCKING YOUR C :lol: CK!!!*

its upsetting chief that you cannot rhyme chief and c@ck dont rhyme, kevina you tool.Stick to what you do best EMPTY WORDS blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blahblah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



| 07-03-2006, 07:59 PM | #146 |
| --- | --- |
| MEALAUGHIN | Posts: n/a |

Hesse000087

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 78 of 90 PageID #:
2249

**MY STOMACHE :!: IT'S IN KNOTS-I TELL YOU :idea: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :P :P :P :P :P :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol:**

---

07-03-2006, 08:01 PM                                                 #147

DON'TCOUNTONIT!                                                Posts: n/a

**:shock: :shock: WHAT GOES AROUND COMES AROUND :lol: :lol: :lol: :lol: :lol: :lol: :lol:**

---

07-03-2006, 10:29 PM                                                 #148

the troll                                                     Posts: n/a

TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING :?: :?: OOPS I MEAN PATROLLING GEORGE :!:

---

07-03-2006, 10:46 PM                                                 #149

REALITY CHECK103                                              Posts: n/a

> Quote:
> Originally Posted by **Anonymous**
> *This whole post needs to go its just ridiculous. Go meet in a garage somewhere and have it out instead of this......post the results*

POST STARTED OUT INTERESTING, IT KNOW APPEARS TO BE A TRUE RUMOR BOARD. LETS FACE IT IF ALL OR ANY PART OF THIS WAS TRUE,AN INTERNAL AFFAIRS UNIT WOULD BE INVESTIGATING THE ALLOCATTIONS. THOUGH WOULDN'T MIND WORKING FOR THIS CHIEF-CLOWN HESSE.

Hesse000088

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 79 of 90 PageID #: 2250



**FREE EBOOK!**
**LESKO'S DEBT SE**
Eliminate Penalties, Work with Creditors, Save Y
LeskoDebtSecrets.com

| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| 🏠 > **Forums** > **Police Issues (N/S)** | | | |
| 📁 **Ocean Beach Police Corruption** | Password | | Log in |

| **Register** | **FAQ** | **Members List** | **Calendar** | **Today's Posts** | **Search** |

---

**Post Reply**

Page 16 of 35 « First < 6 14 15 **16** 17 18 26 > Last »

Thread Tools ▽    Display Modes ▽

---

📄 07-12-2006, 11:24 PM                                              **#151**

grilled                                                             Posts: n/a

📋

What happened all you boys kiss and make up?

                                                                   **Quote**

---

📄 08-03-2006, 07:21 PM                                              **#152**

ooooooooh                                                          Posts: n/a

📋 ?

????

                                                                   **Quote**

---

📄 08-14-2006, 10:04 PM                                              **#153**

hdhty6r                                                            Posts: n/a

📋

:twisted: :twisted: :twisted: 8) 8) 8) :x :x :!: :!: :idea: :x :evil: 😊 🎯 🎯

                                                                   **Quote**

---

📄 08-14-2006, 10:23 PM                                              **#154**

                                                                   Posts: n/a

Hesse000089

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 80 of 90 PageID #:
2251

Maybe they finally sobered up or more shocking dealt with their issues in the real world instead.

*Quote*

---

08-30-2006, 01:38 PM                                              #155

wonderman                                                         Posts: n/a

Did you really think you could beat that guy senseless and the DA would not get involved?

*Quote*

---

09-16-2006, 08:39 PM                                              #156

Posts: n/a

Maybe the guy was sensless already?

*Quote*

---

09-17-2006, 12:27 AM                                              #157

Posts: n/a

I agree....anyone ever hear of someone getting beaten by the police when they weren't doing something stupid? " the cop walked up to me in the library and his me with his asp while I was reading War and Peace"

*Quote*

---

09-19-2006, 03:53 AM                                              #158

Posts: n/a

Quote:

> Originally Posted by **Anonymous**
> *I agree....anyone ever hear of someone getting beaten by the police when they weren't doing something stupid? "*

Yes I have. I've also seen people beaten by the police when they were simply engaging in their right to free speech.

Hesse000090

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 81 of 90 PageID #: 2252

Quite a few cops are dangerous violent people.

Quote

| 09-21-2006, 12:52 AM | #159 |
| | Posts: n/a |

Quote:

Originally Posted by **Anonymous**

Quote:

Originally Posted by **Anonymous**

*Yes I have. I've also seen people beaten by the police when they were simply engaging in their right to free speech.*

*Quite a few cops are dangerous violent people.*

I would hate to be you and have to live in a world of my own creation where cops just go

Hesse000091

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 82 of 90 PageID #: 2253



| | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| Long Island Nassau Suffolk County New York Political Forum | | | |
| 🖱 > Forums > Police Issues (N/S) | Password | | Log in |
| 🖂 **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|



**DIVORCE & FAMILY LA**
*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreeme*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Con**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC        (631) 9



www.NYfamilylaw.info                                                                    Feer

[Post Reply]    Page 17 of 35  « First  <  7  15  16  **17**  18  19  27  >  Last »  ⌄

| | Thread Tools ▽ | Display Modes ▽ |
|---|---|---|

---

🖃 10-01-2006, 10:34 AM                                                              **#161**

Longtime Fire Islander                                                        Posts: n/a

📝 **Hitting the fan**

The dirty laundry that is going to come out about some of the Ocean Beach police is going to change the minds of most of their defenders [at least the intelligent ones] and really upset the residents of Ocean Beach, whose tax dollars have been subsidizing their corrupt and immoral behavior. What I can't understand is that many of those cops are still employed by Ocean Beach. The trustees of the Village better get their heads out of the sand, or wherever their heads are.



---

🖃 10-01-2006, 11:20 AM                                                              **#162**

Also long time fire islan                                                     Posts: n/a

📝 **Re: Hitting the fan**

Quote:

> Originally Posted by **Longtime Fire Islander**
> *The dirty laundry that is going to come out about some of the Ocean Beach police is going to change the minds of most of their defenders [at least the intelligent ones] and really upset the residents of Ocean Beach, whose tax dollars have been subsidizing their corrupt and immoral behavior. What I can't understand is that many of those cops are still employed by Ocean Beach. The trustees of the Village better get their heads out of the sand, or wherever their heads are.*

No problem...all the corrupt cops have been let go and one more was fired last

Hesse000092

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 83 of 90 PageID #: 2254

week...department gets better every day...the ocean beach police (now) are the most professional i've ever seen... Good job to all of them.. See you next summer...



---

☐ 10-04-2006, 03:41 PM | **#163**

Longtime Fire Islander | Posts: n/a

 **Re: Recent firing**

The problem is that the wrong guys were fired. The real bad actors are still there. And they know who they are. If you have any doubts, you'll see.



---

☐ 10-11-2006, 01:08 AM | **#164**

| Posts: n/a



Lighten up francis....drink your beer in the bar from now on



---

☐ 10-26-2006, 09:26 PM | **#165**

ocean beach | Posts: n/a

 **charges dropped, huh?**

Hey Georgie I heard they dropped those fake trumped up charges against the kid. I would really hate to be you right now. you sleeping at night?

Bad boys bad boys watcha gonna do?



---

☐ 10-28-2006, 06:04 PM | **#166**

CURIOUS GEORGIE | Posts: n/a



JUST FOUND THE ARTICLE PRINTED ON 10/05/06
WOW! DA NEVER DROPS A RESISTING ARREST CHARGE-UNLESS THE PROFESSIONAL THUGS TRUMPED IT UP!
FEEL BAD FOR PROPERTY OWNERS- WHO'S THIS GEORGIE GUY?
AND WHAT WAS HIS PART IN THE INCIDENT?



---

☐ 12-18-2006, 02:04 PM | **#167**

Hesse000093

Case 2:07-cv-01215-SJF-ETB Document 145-14 Filed 01/15/10 Page 84 of 90 PageID #: 2255

diploma

Posts: n/a

**Subject2**

high school diploma

ase22

Quote

---

12-18-2006, 03:35 PM

#168

Posts: n/a

yeah what happened to the impending doom from this turd??? hes been pretty quite lately..guess hes gotten over his angry little person feelings. not one arrest or firing...hmmm

Quote

---

12-18-2006, 08:35 PM

#169

Posts: n/a

Happy Holidays and a Happy New Year to all of Ocean Beach's Finest. Great job this year guys, keep up the good work !!!

Quote

---

12-18-2006, 10:38 PM

#170

Posts: n/a

How does OBPD hire for new PO's? Is it a civil service test or do they take their part timers or do they take prior service guys? Anyone?

Quote

---

Post Reply

Page 17 of 35 « First < 7 15 16 **17** 18 19 27 > Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments

Hesse000094

Case 2:07-cv-01215-SJF-ETB   Document 143-14   Filed 01/15/10   Page 85 of 90 PageID #: 2256

You **may not** edit your posts
_____

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)   ▾   Go

All times are GMT -5. The time now is 12:34 PM.

**Contact Us** – **The Schwartz Report Political Forum** – **Archive** – **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000095



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| 🖳 > Forums > Police Issues (N/S) | | | |
| 🖳 **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Free Police Records**
National Public Records Registry.
Unlimited Online Report Lookups!
USInfoRegistry.com/Police_Records

**Find a Person in 1 Minute**
• Get Current Names, Phone,
Address • No Hit - No Fee. Find
Anyone Now!
2008.Public-records-now.com

**Expunge Criminal Records**
Search multiple engines at once
for expunge criminal records
www.webcrawler.com

**Criminal Record**
Breakthrough Gui
Record, Totally Fr
all-explained.com

Ⅴ Ⅴ

**Post Reply**

Page 18 of 35 « First < 8 16 17 **18** 19 20 28 > Last »

Thread Tools ▽   Display Modes ▽

---

🗔 12-19-2006, 01:37 PM                                                    **#171**

**guest 17**                                                        Posts: n/a

🖺

Quote:

> Originally Posted by **Anonymous**
> *How does OBPD hire for new PO's? Is it a civil service test or do they take their part timers or do they take prior service guys? Anyone?*

Full timers are civil svc. test and part-timers they sponsor you through the academy.They also take prior service guys.

**Quote**

---

🗔 12-20-2006, 06:27 AM                                                   **#172**

**yeah yeah scare me yeah**                                          Posts: n/a

🖺

Article Search Dec 20, 2006 Jobs | Cars | Real Estate | Apartments | ShopLocal | Place An Ad 25° F | Forecast am New York

Site IndexLocal NewsLong Island NewsNew York City NewsNation | WorldSchools | PoliticsState / RegionHealth / ScienceColumnists CorrectionsObituariesHomepageSports | High SchoolBusinessEntertainmentExplore Long IslandHealth/ScienceOpinion | Letters ObituariesBlogs | ColumnistsThe Paper Today's EditionSubscribeLast 7 DaysE-Mail AlertsWireless | RSSClassifiedsJobs | CarsReal EstateApartmentsShopLocal | DatingGrocery CouponsPetsEvent TicketsHow2GuideServicesAbout | Contact usRegister |

Hesse000096

Log inHow to advertiseCommunityCareer with usBuy photosMinority job
conferenceArchivesContests"A Star Is Born" DVD Giveaway"Little Miss Sunshine" DVD
Giveaway Long IslandBeach brutality?
Suffolk DA probes claims that police in Ocean Beach beat tourists; lawyer for two men
says cops have "storm trooper's mentality"
BY SANDRA PEDDIE
NEWSDAY INVESTIGATIONS TEAM

December 20, 2006

The Suffolk district attorney's office is investigating alleged brutality and other
questionable activities in the police department of Ocean Beach, a small community on
Fire Island, attorneys and village officials confirmed.

Detectives served subpoenas yesterday seeking information about excessive force and
the police officers' civil service qualifications. People familiar with the investigation say
police had beaten tourists visiting Ocean Beach, which draws thousands of visitors from
Long Island and Manhattan every summer.

Complaints about the department going back several years prompted the probe in 2003,
Suffolk District Attorney Thomas Spota said. The investigation picked up momentum after
a New Jersey man, Samuel Gilberd, said he was beaten and suffered a ruptured bladder
after being arrested for littering in August 2005.

Acting Village Police Chief George Hesse said he could not comment on the subpoenas
until the investigation was completed. Village Mayor Joseph Loeffler, who took office in
July, said he was aware of the investigation but could not comment on the allegations.

"I think we have a very good police department," he said. "I think they do a very good
job. I think we have very few problems."

Dubbed the "Land of No" for its quirky prohibitions - the village once banned eating a
cookie on a walkway - Ocean Beach has only two police officers full time in the winter
months. The force expands in the summer, with 24 seasonal officers with varied
experience and four dispatchers.

Anthony Colleluori, a Woodbury attorney who represented two men whose lawsuits
resulted in confidential settlements, said of the department, "They have a storm trooper's
mentality."

The investigation is the first of a police department by Spota since taking office in 2001.
In an interview, he asked that anyone who experienced or witnessed excessive force to
contact his office.

"I have serious concerns about the conduct and supervision of the Ocean Beach police
department," Spota said. "And as a consequence, I'm going to ask a grand jury to
conduct a robust probe into all aspects of this police department so that we can get to
the bottom of what's occurring there."

Spota declined further comment, but people with knowledge of the investigation said

Hesse000097

Case 2:07-cv-01215-SJF-ETB    Document 145-14    Filed 01/15/10    Page 88 of 90 PageID #: 2259

current and former officers were cooperating.

While the department's supporters say police have to cope with drunken summertime revelers, court records contain allegations of excessive police force. At least seven federal and state lawsuits have been filed against the department since 1995, records show. Six resulted in confidential settlements, according to the records.

The lawsuits examined by Newsday allege what the plaintiffs described as unprovoked attacks. Amityville construction supervisor Phillip Gallina alleged that he suffered a bruised trachea after being choked by an officer in May 1995. He said he had been with a friend, Anthony Esposito, who had been arrested.

"They beat the hell out of me," Esposito said. "I said, 'I'm a lawyer. This is crazy!' It was like being in a Communist country. You had no rights." Both men were released and returned home. But Gallina saw a doctor, who told him his trachea was bruised, he said. Both men sued. Village officials denied the allegations, and their cases were settled. Gallina received $90,000 and Esposito $15,000, they said.

In the Gilberd case, filed earlier this year, Gilberd said he was beaten after being arrested for littering in August 2005. In an interview, his wife, Kana Manglapus, said she found him bleeding on the floor of the police department.

"He was completely unconscious and laying on his stomach," she said. "I asked what happened. Police said that he got upset and a clock fell on him and that they called paramedics."

Gilberd was rushed to the hospital for emergency surgery on a ruptured bladder. She said he remembered little of what happened to him, except "that they were kicking him very, very hard."

Police charged Gilberd with riotous conduct, but that charge was later dropped.

E-mail Sandra Peddie at Sandra.Peddie@Newsday.com

Ocean Beach

Size: A quarter-mile wide and 10 blocks long

Year-Round Population: 138

Summer Population: 5,000-6,000 plus day trippers

Number of Homes: 600

Government: A village in the Town of Islip

Nickname: "Land of No"

Getting There: Driving permits from the Town Of Islip

are required to drive on and off the barrier island. Those without permits take the ferry, which runs twice a day in the offseason.

Schools: Students attend school on Fire Island through

Hesse000098

Case 2:07-cv-01215-SJF-ETB   Document 145-14   Filed 01/15/10   Page 89 of 90 PageID #: 2260

6th grade and then commute to the mainland.

Police Force: 2 fulltime and 24 part-time seasonal officers, 4 dispatchers.



---

12-20-2006, 06:20 PM                                               **#173**

LAST2KNOW                                                          Posts: n/a



SOUNDS LIKE ACTING VILLAGE CHIEF HUMPTEY DUMPTEY'S ABOUT TO FALL, AND ALL THE VILLAGE OFFICALS AND HIS OTHER CRONNYS WON'T BE ABLE TO SAVE HIM!!! FULL STEAM AHEAD DA SPOTA!! :lol: :lol: :lol: `



---

12-21-2006, 10:13 AM                                               **#174**

support our police!!!!!!!                                          Posts: n/a



Ocean Beach's year-round residents defended their police department Wednesday, a day after attorneys and village officials confirmed the Suffolk district attorney is investigating complaints of brutality.

"I think it's overblown," said Joel Silverberg, chairman of the Fire Island community's architectural review board, and an Ocean Beach resident for 35 years. "I think it's a mountain out of a miniature molehill."

Silverberg and other residents acknowledged that while "periodically something happens in the summertime," locally, the police department has a positive reputation.

"Occasionally, someone gets hurt and decides to sue the police department for whatever reason," said Gerard Stoddard, president of the Fire Island Association. With the influx of summer residents and drinking, "that's going to happen," he said.

"To me, they understand what the problems are, and are reasonable about trying to keep the peace and strike the balance," Stoddard said.

The complaints against the tiny Ocean Beach police department stretch back to 2003. Among them: a New Jersey man who suffered a ruptured bladder after being arrested for littering in 2005, and an Amityville construction supervisor who says his trachea was bruised after an officer choked him.

Acting Village Police Chief George Hesse and Village Mayor Joseph Loeffler did not return calls seeking comment Wednesday. Both have declined comment, citing the ongoing investigation.

Hesse000099

Case 2:07-cv-01213-SJF-ETB   Document 145-14   Filed 01/15/10   Page 90 of 90 PageID #:
2261

In addition to questions of excessive force, the district attorney is probing the police officers' civil qualifications. Year-round police officers must take a civil service exam in addition to fulfilling other requirements. The 24 officers who work on a seasonal basis don't have to take a civil service exam but must possess a Police Officer Training Certificate and pass other evaluations.

In the eyes of local residents, Ocean Beach has never been able to escape its reputation as the "Land of No." Stoddard said that after drugs became prevalent in the 1960s and '70s, officials decided to crack down by getting tough on the small things. For a time, even eating a cookie on a walkway was prohibited. The "Land of No" name stuck.

"And there's a lot of built-in antagonism that resulted," Stoddard said.

Ocean Beach, one of the island's two largest communities, had a year-round population of just 146 in 2005, according to census figures. But in the summer, those numbers swell to 6,000 in Ocean Beach and about 25,000 islandwide.

At the only store open in Ocean Beach during the winter months, CJ's general store and restaurant, one resident, who did not want to be identified, said, "I've never seen one cop out of line. It's coming from a bunch of people that come out here on the weekends and get all liquored up and think they can do whatever they want."



---

12-22-2006, 10:39 AM                                                              **#175**

BeachPatrolBullies                                                                Posts: n/a

**HEEEEEEEEEEEEEEESSSSSSSSSSSSSSSs**

HEEEEEEEEEESSSSSSS!!!!!!!!!!!!!!!!!!!!

How you feelin now George? Too bad the walls are caving in on you, and the rest of the 'cops' at OB. Looking back George, is there any one thing you wish you could have changed???

No comment, huh?? From you of the Mayor.....Too bad the Mayor knew what happened on Halloween too George.....didn't he help in the coverup??



---

12-22-2006, 11:37 AM                                                              **#176**

                                                                                  Posts: n/a

**Re: HEEEEEEEEEEEEEEESSSSSSSSSSSSSSSs**

Quote:

Originally Posted by **BeachPatrolBullies**
*HEEEEEEEEEESSSSSSS!!!!!!!!!!!!!!!!!!!!*

Hesse000100