# EXHIBIT "J" (PART 2)

> *How you feelin now George? Too bad the walls are caving in on you, and the rest of the 'cops' at OB. Looking back George, is there any one thing you wish you could have changed???*
>
> *No comment, huh?? From you of the Mayor.....Too bad the Mayor knew what happened on Halloween too George.....didn't he help in the coverup??*

My understanding is the findings are already in, and George and his buddies are sippin mariguertas waiting for Spota to stop pretending to investigate, because hes got a round of drinks waiting :lol:



---

| | |
|---|---|
| 12-22-2006, 06:33 PM | #177 |
| Guest. | Posts: n/a |

**DEFENSE OF JUSTICIATION**

When a Police Officer puts on that blue uniform it doesn't come with a big red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."



---

| | |
|---|---|
| 12-22-2006, 08:32 PM | #178 |
| guest229776 | Posts: n/a |

Hesse000101

2264

### Re: DEFENSE OF JUSTICIATION

Quote:

> Originally Posted by **Guest**.
> *When a Police Officer puts on that blue uniform it doesn't come with a big red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."*

**You sound smart for someone that must be really dumb, ignorant, or misinformed. The offense in this scenario was littering. I'm sure it took some real force to subdue *that* perp. By the way what is "JUSTICIATION" anyway? Keep up that lawyer nightschool - maybe you'll make it as a paralegal someday**



---

🖾 12-22-2006, 10:33 PM · #179

Posts: n/a

### Re: DEFENSE OF JUSTICIATION

Quote:

> Originally Posted by **guest229776**
> Quote:
>> Originally Posted by **Guest**.
>> *When a Police Officer puts on that blue uniform it doesn't come with a big*

Hesse000102

Case 2:07-cv-01215-SJF-ETB   Document 149-15   Filed 01/15/10   Page 4 of 54 PageID #:
2265

red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."

**You sound smart for someone that must be really dumb, ignorant, or misinformed. The offense in this scenario was littering. I'm sure it took some real force to subdue that perp. By the way what is "JUSTICIATION" anyway? Keep up that lawyer nightschool - maybe you'll make it as a paralegal someday**

right putz until he resisted arrest, then the offense is..resisting...der....you ever "subdue" a perp??
didnt think so



---

| 12-22-2006, 10:33 PM | #**180** |
|---|---|
| BeachPatrolBullies | Posts: n/a |

**HEEEEEEESSSSSSSSSSSSSSSS**

George is sitting back sipping drinks, huh?? Well, I guess Mitch ran out of coke for him and the boys..........

Hesse000103

Case 2:07-cv-01215-SJF-ETB Document 145-15 Filed 01/15/10 Page 5 of 54 PageID #: 2266



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| 🐾 > Forums > Police Issues (N/S) | | | |
| 🐾 **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**"How I Lost 55 Pounds"**
Amazing Chinese Weight Loss Secret. As Seen
On CNN, NBC, CBS & Fox News
www.Wu-YiSource.com

**Church Background Checks**
Have Piece Of Mind And Confidence In Your
Volunteers And Leaders.
www.ChurchVolunteerCentral.com

**Pennsylvania Private Ey**
In Need of a Background Chec
Professional Service.
www.ApiInvestigationsInc.con

**Post Reply**

Page 19 of 35 « First < 9 17 18 **19** 20 21 29 > Last » ▽

Thread Tools ▽   Display Modes ▽

---

12-22-2006, 10:37 PM                                                    **#181**

Posts: n/a

by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of
night school....

Quote

---

12-23-2006, 02:04 PM                                                    **#182**

BeachPatrolBullies                                                      Posts: n/a

**HEEEEEEEEESSSSSSSSSSSS**

Quote:

> Originally Posted by **Anonymous**
> *by the way..my guess JUSTICIATION...a typo...like you typing*
> *nightschool...instead of night school....*

HEEEEEEEEEESSSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!!

Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one
of those internet skanks you bang in your office can let you stay with them when your old
lady kicks you out of the house!!!

Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop
from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU
LOSE!!!!!!!!!!!!!!!!!!!!!

Hesse000104

Case 2:07-cv-01215-SJF-ETB Document 145-15 Filed 01/15/10 Page 6 of 54 PageID #: 2267

But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....



---

12-23-2006, 02:25 PM                                                                 **#183**

guest zzz                                                                      Posts: n/a

**Re: HEEEEEEEESSSSSSSSSSSS**

Quote:

> Originally Posted by **BeachPatrolBullies**
>> Quote:
>>
>> Originally Posted by **Anonymous**
>> *by the way..my guess JUSTICIATION...a typo...like you typing*
>> *nightschool...instead of night school....*
>
> *HEEEEEEEEESSSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!*
>
> *Pointing out spelling mistakes will not get you out of the hot water you are in. I*
> *hope one of those internet skanks you bang in your office can let you stay with*
> *them when your old lady kicks you out of the house!!!*
>
> *Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a*
> *retired cop from SCPD, being investigated by DA cops who are SCPD....do the*
> *math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!!*
>
> *But hey, don't worry Chief, I hear you are pretty open minded....So maybe you*
> *won't mind bending over for the soap....*

Why dont you mind your own business you were not there.People always make allegations does not mean it is true.Anyone who knows Hesse he has a heart of gold.So if you have nothing good to say dont say it....................................



---

12-24-2006, 11:19 PM                                                                 **#184**

So tired of the BS                                                            Posts: n/a

Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court.
Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all

Hesse000105

Case 2:07-cv-01215-SJF-ETB Document 148-15 Filed 01/15/10 Page 7 of 54 PageID #:
2268

the brave men and women who served and continue to serve on the Ocean Beach Police Department.
Good Night and Merry Christmas. E.P. 101



---

12-25-2006, 12:27 PM | #185

SantaGotBeatUpinOB | Posts: n/a

**Santa**

Quote:

> **Originally Posted by So tired of the BS**
> *Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court. Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.*
> *Good Night and Merry Christmas. E.P. 101*

I heard that Santa got beat up by OBPD because he made too much noise when he landed his sleigh!!!!

BRAVE men and women?????? Yeah, you have to be brave to beat up defenseless people and cooperate with the Village drug dealer

And there WAS hookers at his party, stop the lying, and we all know who (or I should shat what PBA..) paid for it. Don't worry guy, it will all come out in the wash,,,,,,,,,



---

12-26-2006, 08:16 AM | #186

Posts: n/a

**Re: HEEEEEEEESSSSSSSSSSS**

Quote:

> **Originally Posted by BeachPatrolBullies**
> Quote:
>> **Originally Posted by Anonymous**
>> *by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....*
>
> *HEEEEEEEEEESSSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!*

Hesse000106

Case 2:07-cv-01215-SJF-ETB   Document 143-15   Filed 01/15/10   Page 8 of 54 PageID #: 2269

*Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one of those internet skanks you bang in your office can let you stay with them when your old lady kicks you out of the house!!!*

*Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!*

*But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....*

oh but the funniest part??? I'm not a cop in obpd, hell I'm not even a cop,.....but I did spend the night at a holiday inn express



---

☐ 12-26-2006, 08:19 AM | #187

shes back!!!!!!!!!!!!!!!! | Posts: n/a

📄 **Re: Santa**

Quote:
> **Originally Posted by SantaGotBeatUpinOB**
> Quote:
>> **Originally Posted by So tired of the BS**
>> *Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court.*
>> *Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.*
>> *Good Night and Merry Christmas. E.P. 101*
>
> *I heard that Santa got beat up by OBPD because he made too much noise when he landed his sleigh!!!!*
>
> *BRAVE men and women?????? Yeah, you have to be brave to beat up defenseless people and cooperate with the Village drug dealer*
>
> *And there WAS hookers at his party, stop the lying, and we all know who (or I should shat what PBA..) paid for it. Don't worry guy, it will all come out in the wash,,,,,,,,,,*

Hesse000107

Case 2:07-cv-01215-SJF-ETB Document 145-15 Filed 01/15/10 Page 9 of 54 PageID #: 2270

yes there was a hooker there, her name was chatti patti if not her, her son in drag, hes actually got better legs, and better at the sucking part of fellatio



---

12-26-2006, 12:03 PM                                                                          #188

BeachBullies                                                                         Posts: n/a

**Re: Santa**

Quote:

> Originally Posted by **shes back!!!!!!!!!!!!!!!**
> Quote:
>> Originally Posted by **SantaGotBeatUpinOB**
>> Quote:
>>> Originally Posted by **So tired of the BS**
>>> *Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court.*
>>> *Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.*
>>> *Good Night and Merry Christmas. E.P. 101*
>>
>> *I heard that Santa got beat up by OBPD because he made too much noise when he landed his sleigh!!!!*
>>
>> *BRAVE men and women?????? Yeah, you have to be brave to beat up defenseless people and cooperate with the Village drug dealer*
>>
>> *And there WAS hookers at his party, stop the lying, and we all know who (or I should shat what PBA..) paid for it. Don't worry guy, it will all come out in the wash,,,,,,,,,*
>
> *yes there was a hooker there, her name was chatti patti if not her, her son in drag, hes actually got better legs, and better at the sucking part of fellatio*

Yeah, I heard it was George's significant other



---

12-26-2006, 01:11 PM                                                                          #189

Hesse000108

Posts: n/a

**Re: HEEEEEEEESSSSSSSSSSS**

Quote:

> Originally Posted by **BeachPatrolBullies**
>
> Quote:
>
> > Originally Posted by **Anonymous**
> > *by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....*
>
> *HEEEEEEEEESSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!*
>
> *Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one of those internet skanks you bang in your office can let you stay with them when your old lady kicks you out of the house!!!*
>
> *Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!*
>
> *But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....*

just wondering didnt you point out the spelling mistake 1st?? and theres no hot water, spota already has cleared everyone involved, hes just going thru the motions.



---

☐ 12-28-2006, 08:23 AM                                                    #190

English 101                                                          Posts: n/a

**Re: DEFENSE OF JUSTICIATION**

Quote:

> Originally Posted by **guest229776**
>
> Quote:
>
> > Originally Posted by **Guest.**
> > *When a Police Officer puts on that blue uniform it doesn't come with a big red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the*

Hesse000109

Case 2:07-cv-01213-SJF-ETB Document 145-15 Filed 01/15/10 Page 11 of 54 PageID #: 2272

*person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."*

**You sound smart for someone that must be really dumb, ignorant, or misinformed. The offense in this scenario was littering. I'm sure it took some real force to subdue that perp. By the way what is "JUSTICIATION" anyway? Keep up that lawyer nightschool - maybe you'll make it as a paralegal someday**

I guess you don't know how to read...check your spelling again jackass





Page 19 of 35 « First < 9 17 18 **19** 20 21 29 > Last » ▽

« Previous Thread | Next Thread »

**Posting Rules** Ⓐ

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S) ▼ 

All times are GMT -5. The time now is 01:14 PM.

Hesse000110

Case 2:07-cv-01215-SJF-ETB   Document 145-15   Filed 01/15/10   Page 12 of 54 PageID #: 2273

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000111

Case 2:07-cv-01215-SJF-ETB   Document 145-15   Filed 01/15/10   Page 13 of 54 PageID #: 2274



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |

 > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**                    Password [          ] [ Log In ]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Clean porn off computers**
Drive cleaner software finds porn and removes unwanted material now
www.hyperdynesoftware.com

**Womens Photo Personals**
Find Fun, Romance, Love & More! Safely & Securely. Meet Someone Now
www.MatchTrust.com

**Is Your Computer Dying?**
Fix PC. Remove Errors. Clean System Complete Scan. Takes 6 Mins!
www.PcFixReview.com

**Cymphonix**
Get Content Filter in 1 network appli demo.
www.cymphonix.c

[ Post Reply ]

Page 20 of 35   « First   <   10   18   19   **20**   21   22   30   >   Last »  ▽

Thread Tools ▽   Display Modes ▽

Hesse000112

Case 2:07-cv-01215-SJF-ETB   Document 145-15   Filed 01/15/10   Page 14 of 54 PageID #:
2275

12-28-2006, 08:25 AM | #191

**NICCCCCE** | Posts: n/a

**Re: HEEEEEEEESSSSSSSSSSS**

Quote:

> Originally Posted by **BeachPatrolBullies**
>
> Quote:
>
> > Originally Posted by **Anonymous**
> > *by the way..my guess JUSTICIATION...a typo...like you typing*
> > *nightschool...instead of night school....*
>
> *HEEEEEEEEESSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!*
>
> *Pointing out spelling mistakes will not get you out of the hot water you are in. I*
> *hope one of those internet skanks you bang in your office can let you stay with*
> *them when your old lady kicks you out of the house!!!*
>
> *Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a*
> *retired cop from SCPD, being investigated by DA cops who are SCPD....do the*
> *math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!!*
>
>
> *SKANKS RULE!!!!!!!*
> *But hey, don't worry Chief, I hear you are pretty open minded....So maybe you*
> *won't mind bending over for the soap....*



12-29-2006, 08:41 AM | #192

**NICCCEEE** | Posts: n/a



Quote:

> Originally Posted by **So tired of the BS**
> *Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can*
> *say whatever they want and the cops have to say no comment. The police can*
> *not defend themselves in the press or on TV. They are told by there lawyers not*
> *to comment. The Newsday article states something from 10 years ago. Well*
> *there's some pattern there! Give the cops a break! Page three, a full page!*
> *Insurance companies settle these cases because it's cheaper than going to court.*
> *Also leave Andy out of this, There were no hookers at his stag party and*
> *everyone paid for themselves. Let's end this babble and let this blog die as a*
> *christmas present to all the brave men and women who served and continue to*
> *serve on the Ocean Beach Police Department.*
> *Good Night and Merry Christmas. E.P. 101*

Hesse000113

Case 2:07-cv-01215-SJF-ETB  Document 145-15  Filed 01/15/10  Page 15 of 54 PageID #: 2276

You're tired of the BS...easy to say from the sidelines..where were you when all this happened? enough is enough is right. time to move on.

Quote

☐ 12-31-2006, 02:28 PM

#193

so tired of the b.s.

Posts: n/a

Fine! Slice yourselves up ! Happy New Year.

Quote

☐ 01-10-2007, 08:44 AM

#194

NAH NAH NAH

Posts: n/a

**NAH NAH NAH**

:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol:

Quote

☐ 01-18-2007, 11:48 AM

#195

guest99011

Posts: n/a

**re.**

are these guys still hiring part time police officers?

Quote

☐ 01-18-2007, 12:34 PM

#196

Posts: n/a

**Re: re.**

Quote:

> Originally Posted by **guest99011**
> *are these guys still hiring part time police officers?*

According to one loser they all got fired and arrested......oh wait that was his pubic little wet dream

Quote

☐ 01-19-2007, 08:49 PM

#197

Guest13

Posts: n/a

Hesse000114

### 📋 Hiring?

Posted: Thu Jan 18, 2007 12:48 pm

--------------------------------------------------------------------------------

are these guys still hiring part time police officers?


You can check with the Chief, they usually have positions if you already have your police certificate from BMP or DCJS, whatever they call themselves these days.

If you are looking to be sponsored to go into the part-time academy that usually starts in the fall, you should also contact the department to begin to gather the things needed for the screening process. It takes a while, so start your contacts now, so you can have things scheduled and completed before the start date of the academy. Nothing worse than going half way into the training, and get bounced out for something that should have been addressed before you put in the time.



---

📄 01-20-2007, 06:20 AM                                                    **#198**

BeachBullies420                                                       Posts: n/a

### 📋 Re: Hiring?

Quote:

> **Originally Posted by Guest13**
> *Posted: Thu Jan 18, 2007 12:48 pm*
>
> *--------------------------------------------------------------------------------*
>
> *are these guys still hiring part time police officers?*
>
>
> *You can check with the Chief, they usually have positions if you already have your police certificate from BMP or DCJS, whatever they call themselves these days.*
>
> *If you are looking to be sponsored to go into the part-time academy that usually starts in the fall, you should also contact the department to begin to gather the things needed for the screening process. It takes a while, so start your contacts now, so you can have things scheduled and completed before the start date of the academy. Nothing worse than going half way into the training, and get bounced out for something that should have been addressed before you put in the time.*

Already be certified???? Nah, you don't need that!! Just ask AJ, he worked for years as a PO in Ocean Beach and was NEVER a certified police officer!! Right AJ, tell them how you

Hesse000115

did it.......



---

03-15-2007, 10:45 PM         **#199**

HesssssGasoline        Posts: n/a

**Oh Yeah!!**

HEEEEESSSSSSSSSSSSSSSSS !!!!!!!!!!!

How have you been Chief? Summer is coming, you ready for another season of surf and skanks? George, do us all a favor and use an air freshner when you bang these nasty pigs, the station stinks!!!!



---

03-24-2007, 11:31 PM         **#200**

       Posts: n/a

**Re: burning bridges**

> Quote:
>
> Originally Posted by **cant touch this**
> *Gee guys, seems it's pretty obvious who is writing this about the Chief... didn't anyone ever tell you about burning bridges? You guys look like nothing more than immature, resentful babies because your services were no longer wanted. You act like vengeful immature brats, no wonder OB doesnt want you on the force!! Anyone can tell tall tales, just because some guys feel burned and want to get back at someone, it doesnt mean anyone is going to take what you say seriously!!! Get over it, losers!! Move on. The only one who looks bad now is you!! Sore losers. Grow up.*

Looks like the fired cops have moved on AND grown up.

If the charges they are making are proven in court, let's hope the perps-in-blue are arrested and prosecuted to the fullest extent allowed by law.

And when the trial is over I have a feeling you are going to owe the fired cops an apology.



---

Post Reply      Page 20 of 35 « First < 10 18 19 **20** 21 22 30 > Last »

« Previous Thread | Next Thread »

Hesse000116

Case 2:07-cv-02211-DRH-ETB Document 13 Filed 08/08/2008 Page 18 of 54 2279



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
_____

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) ▾  Go

All times are GMT -5. The time now is 01:14 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000117



| Long Island Nassau Suffolk County New York Political Forum | User Name | [User Name] | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | Password | [        ] | [Log In] |
| **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Molestation**
Get aggressive help from America's Criminal
Defense Group. Call now.
AmericasCriminalDefense.com

**Sexual Abuse Attorneys**
Find Local Sexual Abuse Attorneys in your area
at Superpages.com
www.Superpages.com

**Sex Offenders Near You**
Use This Free Public Service T
Offenders Near You!
www.PeopleFinders.com

[Post Reply]    Page 21 of 35 « First < 11 19 20 **21** 22 23 31 > Last »

Thread Tools ▽   Display Modes ▽

03-25-2007, 08:13 AM     **#201**

Posts: n/a

**Re: burning bridges**

Quote:

> Originally Posted by **Anonymous**
>> Quote:
>>
>> Originally Posted by **cant touch this**
>> *Gee guys, seems it's pretty obvious who is writing this about the Chief...*
>> *didn't anyone ever tell you about burning bridges? You guys look like*
>> *nothing more than immature, resentful babies because your services*
>> *were no longer wanted. You act like vengeful immature brats, no wonder*
>> *OB doesnt want you on the force!! Anyone can tell tall tales, just because*
>> *some guys feel burned and want to get back at someone, it doesnt mean*
>> *anyone is going to take what you say seriously!!! Get over it, losers!!*
>> *Move on. The only one who looks bad now is you!! Sore losers. Grow up.*
>
> *Looks like the fired cops have moved on AND grown up.*
>
> *If the charges they are making are proven in court, let's hope the perps-in-blue*
> *are arrested and prosecuted to the fullest extent allowed by law.*
>
> *And when the trial is over I have a feeling you are going to owe the fired cops an*
> *apology.*

Hesse000118

Civil suit, you cannot arrest based on what happens there, if they werent looking for a payout...they would have taken charges to DA. Even if it did happen like they say, it looks like disgruntled cops suing because they lost their jobs.

This happens all the time, ncpd,scpd etc has 1000s of lawsuits from its recruits and probationary officers who are fired. All kinds of allegations of wrongdoing. There was even a recruit who sued the County because he failed the qualifiying mile+1/2 run got a drs note that he couldnt run a oval track outside or something.



---

| 03-25-2007, 05:26 PM | #202 |
|---|---|
| | Posts: n/a |

who cares about this BS civil suit. Seasonal/part time Skells shouldnt be working and taking O/T away in the first place. They have no rights to keep working, they can be cut loose at the direction of the department any time they want to. There's no vested interest in these part timers.

Quote

---

| 03-26-2007, 12:23 AM | #203 |
|---|---|
| | Posts: n/a |

Quote:

> Originally Posted by **Anonymous**
> *who cares about this BS civil suit. Seasonal/part time Skells shouldnt be working and taking O/T away in the first place. They have no rights to keep working, they can be cut loose at the direction of the department any time they want to. There's no vested interest in these part timers.*

I'm not well versed in the organizational structure of OBPD, but please correct me if I'm wrong. Isn't there only 2 fulltime positions in OB? So any officer who serves there is a part timer. Or am I just misinformed?

Quote

---

| 03-26-2007, 09:11 AM | #204 |
|---|---|
| BeachPatrolBullies | Posts: n/a |

**Yes.**

Quote:

> Originally Posted by **Anonymous**
> Quote:

Hesse000119

> Originally Posted by **Anonymous**
> *who cares about this BS civil suit. Seasonal/part time Skells shouldnt be working and taking O/T away in the first place. They have no rights to keep working, they can be cut loose at the direction of the department any time they want to. There's no vested interest in these part timers.*
>
> *I'm not well versed in the organizational structure of OBPD, but please correct me if I'm wrong. Isn't there only 2 fulltime positions in OB? So any officer who serves there is a part timer. Or am I just misinformed?*

Yes, you are right...

HEEEEEEEEEEEESSSSSSSSSSSSSSSSSSSS!!!!!!!!!!!!!!!!!!

Chief, how did your wife react to the stories of you boning those beach tramps in your office?? And hanging out with Mitch the drug dealer??

Your crimes will soon be brought to light, and you and your lackeys (including J.L.) will be collared. BTW, why did you let an UNCERTIFIED person (never certified by MPTC as a police officer) wear a uniform and sidearm???? Maybe because of who his family is????



---

03-26-2007, 01:06 PM                                                    #205

                                                                    Posts: n/a



And I'm sure the trolling on this site will be brought up in court, and shown to the jurors, kinda hurts the credibility of the plaintiffs



---

03-27-2007, 07:13 AM                                                    #206

                                                                    Posts: n/a



Four Ocean Beach cops expected to surrender
BY SANDRA PEDDIE
sandra.peddie@newsday.com


March 27, 2007, 12:01 AM EDT

Four members of the Ocean Beach Police Department have been ordered to surrender in Suffolk County Court in Riverhead Tuesday morning on criminal charges, the Suffolk County district attorney's office said Monday

Hesse000120

night.

DA spokesman Robert Clifford would not offer names or more details, but sources familiar with the investigation said one of the men to be charged is **Acting Police Chief George Hesse.**

The department has been the subject of a Suffolk County grand jury probe since December. District Attorney Thomas Spota said at the time that he had "serious concerns about the conduct and supervision of the Ocean Beach Police Department."

Last week, five former Ocean Beach police officers claimed in a federal lawsuit that they were wrongfully fired by Hesse after he and his allies on the force covered up police brutality, associated with drug dealers and drank while on duty.

They also alleged in their suit that while on duty Hesse had sex with women and ordered on-duty officers to chauffeur him to and from his encounters.

"We wouldn't go along with his games over there," said one of the officers, Thomas Snyder. "We wanted to do the job the right way."

Hesse could not be reached for comment Monday night, but last week denied any wrongdoing. "I'm just blown away by this," he said of the lawsuit.

The village's attorney could not be reached for comment.

There are only 24 members of the police force; all but two of them are seasonal.

Spota said in December that his office had fielded complaints about the department since 2003. The investigation picked up steam after a New Jersey man, Samuel Gilberd, suffered a ruptured bladder after what he said was a beating by Ocean Beach police in August 2005.

At least seven federal and state lawsuits alleging unprovoked attacks by the police have been filed against the department since 1995. Six resulted in confidential settlements, according to records. Gilberd's suit is pending.

At the time, Ocean Beach Mayor Joseph Loeffler said the settlements did not indicate wrongdoing on the part of the Police Department, but were "an economic decision."

Hesse000121

The tiny village on Fire Island, known for its quirky prohibitions, spans 10 blocks. Its year-round population is only 138, according to the 2000 U.S. Census, but that number swells to 5,000 to 6,000 in the summer months.

Some village residents expressed their support for Hesse and the Police Department following news of last week's lawsuit.

Doug Meyer, a contractor who said he has lived in Ocean Beach for 30 years, said, "Any time I call these guys up, they were right there, all the time. There was never any time I had to wait."

He added, "I've never even thought about a hint of corruption with George. I've never been approached, and I work all over the village."

Jeanne Jaeger, who runs the community theater with her husband, described Hesse as even-handed and easy-going. "Ocean Beach is the Land of No. With George, it's 'We'd rather you didn't.'"

Douglas Wigdor, the lawyer representing the five former officers, offered a different view. He said his clients were "extremely happy" about the grand jury indictments. "It's definitely a step in the right direction."



---

 03-27-2007, 07:49 AM                                                                                    **#207**

gnarls barkley succinct                                                                           Posts: n/a

Article Search Mar 27, 2007 Jobs | Cars | Real Estate | Apartments | ShopLocal | Place An Ad 47° F | Forecast am New York

Site IndexLocal NewsLong Island NewsNew York City NewsNation | WorldSchools | PoliticsState / RegionHealth / ScienceColumnists CorrectionsObituariesHomepageSports | High SchoolBusinessEntertainmentExplore Long IslandHealth/ScienceOpinion | Letters ObituariesBlogs | ColumnistsThe PaperToday's EditionLast 7 DaysContestsRegister | Log inBecome an InsiderE-Mail NewslettersWireless | RSSClassifiedsJobs | CarsReal EstateApartmentsShopLocal | DatingGrocery CouponsPetsEvent TicketsHow2GuideServicesAbout | Contact usRegister | Log inHow to advertiseCommunityCareer with usBuy photosArchivesContests"The Good Shepherd" DVD"Happy Feet" DVD Long IslandFour Ocean Beach cops expected to surrender
BY SANDRA PEDDIE
sandra.peddie@newsday.com

Email this story

Printer friendly format
March 27, 2007, 12:01 AM EDT

Hesse000122

Case 2:07-cv-01215-JFB-ETB  Document 148-15  Filed 01/15/10  Page 24 of 54 PageID #: 2285

Four members of the Ocean Beach Police Department have been ordered to surrender in Suffolk County Court in Riverhead Tuesday morning on criminal charges, the Suffolk County district attorney's office said Monday night.

DA spokesman Robert Clifford would not offer names or more details, but sources familiar with the investigation said one of the men to be charged is Acting Police Chief George Hesse.

The department has been the subject of a Suffolk County grand jury probe since December. District Attorney Thomas Spota said at the time that he had "serious concerns about the conduct and supervision of the Ocean Beach Police Department."

Last week, five former Ocean Beach police officers claimed in a federal lawsuit that they were wrongfully fired by Hesse after he and his allies on the force covered up police brutality, associated with drug dealers and drank while on duty.

They also alleged in their suit that while on duty Hesse had sex with women and ordered on-duty officers to chauffeur him to and from his encounters.

"We wouldn't go along with his games over there," said one of the officers, Thomas Snyder. "We wanted to do the job the right way."

Hesse could not be reached for comment Monday night, but last week denied any wrongdoing. "I'm just blown away by this," he said of the lawsuit.

The village's attorney could not be reached for comment.

There are only 24 members of the police force; all but two of them are seasonal.

Spota said in December that his office had fielded complaints about the department since 2003. The investigation picked up steam after a N

Hesse000123



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | Password | | Log in |
| **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

---

**Post Reply**  |  Page 22 of 35  « First  <  12  20  21  **22**  23  24  32  >  Last »  ▽

Thread Tools ▽   Display Modes ▽

---

☐ 03-28-2007, 03:02 PM                                                      **#211**

                                                                      Posts: n/a

I've know George for many years and I consider him a very good friend of mine. LEAVE HIM ALONE! He his a very kind, caring, strong man. The OBPD runs accordingly and accurately since he made chief!

Quote

---

☐ 03-28-2007, 05:43 PM                                                      **#212**

by george                                                             Posts: n/a

fire him and maul him now!

Quote

---

☐ 03-29-2007, 12:40 PM                                                      **#213**

guest1234                                                             Posts: n/a

**Ed Paradiso**

In all this, Where is Ed Paradiso the Chief of Police. I never see a mention of him or Natalie Rogers. They were in charge. Not Hesse and not Loeffler. I bet those 2 are sitting scared right now. All this should fall on them. They left this bag of crap to be sorted and fixed by other people. Are they not accountable. Natalie rogers lied and protected Paradiso all these years. Now its catching up. They are the corrupt. They let these 5 cops

Hesse000124

get out of control. They should all be in jail.



---

□ 03-30-2007, 10:48 AM                                          **#214**

Posts: n/a



NATALIE IS RETIRED YOU IDIOT! AND ED IS GONE! YOU OBVIOUSLY ARE NOT FROM OB SO GO BARK UP ON ANOTHER MESSAGE BOARD! YOU HAVE NO CLUE WHAT YOU ARE TALKING ABOUT!



---

□ 03-30-2007, 01:30 PM                                          **#215**

BeachBullies                                                   Posts: n/a

 **Hesss**

Quote:

> Originally Posted by **Anonymous**
> *NATALIE IS RETIRED YOU IDIOT! AND ED IS GONE! YOU OBVIOUSLY ARE NOT FROM OB SO GO BARK UP ON ANOTHER MESSAGE BOARD! YOU HAVE NO CLUE WHAT YOU ARE TALKING ABOUT!*

Heeeeeeeeeeeeessssssssssssssss!!!

Good thing you made bail...How did you come up with 100 large???



---

□ 03-31-2007, 03:52 PM                                          **#216**

dah1234                                                        Posts: n/a

 **loser**

Quote:

> Originally Posted by **Anonymous**
> *NATALIE IS RETIRED YOU IDIOT! AND ED IS GONE! YOU OBVIOUSLY ARE NOT FROM OB SO GO BARK UP ON ANOTHER MESSAGE BOARD! YOU HAVE NO CLUE WHAT YOU ARE TALKING ABOUT!*

They may be, but they are still accountable jacka$$...



---

□ 04-01-2007, 05:19 PM                                          **#217**

Hesse000125

theagentmrsmith                                                    Posts: n/a

this post is for the retard who wrote we shouldnt comment on OB cause we dont live there. I dont think you have to personally know these cops or live on ocean beach to realize there is a serious problem there!! I blame the part time police officer program as much as the department as a whole. Its no wonder you have part time war heros heavy handling people for 3 months a year and then flipping burgers in the winter time. No union, no accountability, and limited training for these rejects. IM NOT SURPRISED THEY ARE ALL OVER THE PAPER !!!



---

📄 04-03-2007, 10:44 AM                                             **#218**

kent                                                               Posts: n/a

📓 **small town police**

I have no dog in this fight. I'm 53 years old and a retired finacial guy. I can tell you personally from village mayors that these constables are lazy and greedy and will band against anybody who denies the 3 day workweek or
100g plus salary. I have openly seen them mock the mayors. This is the hubris of their culture. Maybe this is not the case here because I'm sure the
deal with many intoxicated egotists that think their Ceasar's wife. My advice
is to get it on film and refrain from beating this people despite the fact it
may be deserved. There are good cops and the idiots who act like horses asses.
I try very hard not to laugh in there face. Just tell me your class rank officer?
High School or college will due? And than duck! The guys on the expressway
have some of the most outdated and hysterical acts I have ever seen! They
even got hayseeds getting into the act. Only in NY!



---

📄 04-07-2007, 02:48 PM                                             **#219**

guest111111111111111                                               Posts: n/a



Lamm failed his psych three times and has the handwriting ability of a five year old. Fiorello thought he was fighting a war against invading bike riders from OBP. Snyder is just not very smart. Carter, well, I always thought he was a good guy. Too bad. He lost a few friends. As for the other ones, very poor social skills, professionally and personally. All this was known by the people who live and work in OB, BUT they were too decent to make someone feel bad and reject them. That's what you get for being nice. When it became apparent that nobody wanted to work with them, there was suddenly a corruption problem. Lamm and Fiorello, with the combined police experience of three years and less then ten arrests between them (none of which were for serious misdemeanors or felonies), thought they knew the profession of being a police officer. Any 'real' policeman will tell you that learning this profession never stops. I guess, these two knew it all. To sum it all up, Lamm and Fiorello were under the impression that they worked in a high crime area where, at any minute, lives would be lost by some random, violent act. They treated the public, and by 'public' i mean hard-working, tax paying

Hesse000126

Case 2:07-cv-02215-LDW-ETB Document 181-13 Filed 01/15/10 Page 28 of 54 PageID #: 2289

people on VACATION, like they committed a crime by having a cocktail, riding their bikes, or laughing too loud at a joke in the back streets. Synder lives his life by just trying to accomplish something. Rest assure, the Islip Town Parks are safe from all the crime that plagues these natural refuges. I'm surprised at Carter because I have seen him do the right thing on numerous occasions. I am truly disappointed. As for NOFI, just interview him about anything, you'll see what I mean.



---

04-07-2007, 07:29 PM                                                            #220

Free the Four                                                            Posts: n/a

**The presumption of innocence**

I thank God that in the United States of America we have the presumption of innocence.

The D.A. recieved a complaint and brought it to the grand jury. The grand jury based on the information they were presented indicted. Remember the grand jury is all one sided. The officers appeared before the court and were arraigned. The officers plead not guilty and want their day in court. They have a right to have their case heard before a jury of their peers. If found guilty by the jury and only if,,, they will stand convicted. But not by the meer allegations of Mr. Gilbard, The D.A. or the media

Now lets keep in mind that the complaintant had a .33 blood alcohol level, was thrown out of 3 different bars before having any contact with the police. I am quite sure he had a phisical confrontation with another drunk or two that night before the police allegedly beat him. EMS had administered narcan because he appeared to be a violent overdose victim as well.

Then we had the D.A's investigator/henchmen do their half witted job of an investigation. Who did they inetrview, Dave Gerden the deaf, blind retired detective who is only worried about his pension. Who isnt beyond perjury to to keep himself out of the spotlight. He not only worked with these dirtbag investigators. But used to brag about how they all used to brutalize people and get confessions. How ironic!

Of course one of the investigators has a personal axe to grind in Ocean Beach. Since his son has been arrested and had many contacts with the local police. Isnt that so Mr. Tortaglia? But it must be the Ocean Beach Storm Trooper Police not your son hu???

So lets keep in mind the presumption of innocence that these officers are afforded. When they are aquitted I am sure newsday will only have a small article on page five and not the front page.

So lets wait and see what all the witnesses have to say under oath and what the jury vote is!!!



---



« Previous Thread | Next Thread »

Hesse000127



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
————————————————
vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
| Police Issues (N/S) ▼ | Go |

All times are GMT -5. The time now is 01:15 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000128

Case 2:01-cv-11230-ETB Document 18-13 Filed 05/18/10 Page 30 of 54 Page ID #: 2291



| Long Island Nassau Suffolk County New York Political Forum | User Name | [User Name] ☐ Remember Me? |
| --- | --- | --- |

🏠 > Forums > Police Issues (N/S)

└ 🏠 **Ocean Beach Police Corruption**

Password [          ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
| --- | --- | --- | --- | --- | --- |



## DIVORCE & FAMILY LA℣

*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreeme*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Con**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC          **(631) 9**



www.NYfamilylaw.info                                                              Fee

[Post Reply]                                          | Page 23 of 35 |

Hesse000129



The Schwartz Report

| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | | | |
| 🐾 **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

# DIVORCE & FAMILY LA
**CJP**
*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreemen*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Con**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC    (631) 3
www.NYfamilylaw.info                                                            Fee

**Post Reply**

| Page 23 of 35 « First < 13 21 22 **23** 24 25 33 > Last » ▼ |

Thread Tools ▽    Display Modes ▽

---

☐ 04-08-2007, 02:31 AM                                    **#221**

143W866                                              Posts: n/a

🖹

Kent, what the f*#k are you talking about? Is this Lamm's mother going bonkers again? Kevin Lamm=Norman Bates. Thirty something year old guy, still lives with mommy? COME ON PEOPLE. He lives in the basement and plays with Chinese Stars and Nunchucks. As they say in Suffolk, 10-26 to Stony Brook. As for Fiorello, he was made in a lab, f&$king freak!

[Quote]

---

☐ 04-08-2007, 10:15 AM                                    **#222**

Rat hater                                            Posts: n/a

🖹 **Lamm and Fiorello**

Hmmmm why didnt Frank Fiorello get onto the FBI. Perhaps it was the orders of protection from his ex wife?. Lamm and Fiorello make a great couple now dont they.

[Quote]

---

☐ 04-08-2007, 11:14 AM                                    **#223**

                                                      Posts: n/a

🖹

Hey I think your right. What a great couple Frank and Kevin make. They are angry, unstable liars who like to abuse the public. And wow, they both got fired from a police job

together. They are two peas in a pod, they just have to come out of the closet. When they do I bet they will be holding hands!



---

04-08-2007, 03:44 PM | #224

Free the Four | Posts: n/a

**The presumption of innocence**

I thank God that in the United States of America we have the presumption of innocence.

The D.A. recieved a complaint and brought it to the grand jury. The grand jury based on the information they were presented indicted. Remember the grand jury is all one sided. The officers appeared before the court and were arraigned. The officers plead not quilty and want their day in court. They have a right to have their case heard before a jury of their peers. If found guilty by the jury and only if,,, they will stand convicted. But not by the meer allegations of Mr. Gilbard, The D.A. or the media

Now lets keep in mind that the complaintant had a .33 blood alcohol level, was thrown out of 3 different bars before having any contact with the police. I am quite sure he had a phisical confrontation with another drunk or two that night before the police allegedly beat him. EMS had administered narcan because he appeared to be a violent overdose victim as well.

Then we had the D.A's investigator/henchmen do their half witted job of an investigation. Who did they inetrview, Dave Gerden the deaf, blind retired detective who is only worried about his pension. Who isnt beyond perjury to to keep himself out of the spotlight. He not only worked with these dirtbag investigators. But used to brag about how they all used to brutalize people and get confessions. How ironic!

Of course one of the investigators has a personal axe to grind in Ocean Beach. Since his son has been arrested and had many contacts with the local police. Isnt that so Mr. Tortaglia? But it must be the Ocean Beach Storm Trooper Police not your son hu???

So lets keep in mind the presumption of innocence that these officers are afforded. When they are aquitted I am sure newsday will only have a small article on page five and not the front page.

So lets wait and see what all the witnesses have to say under oath and what the jury vote is!!!



---

04-09-2007, 10:21 AM | #225

GUEST111117 | Posts: n/a

**FREE THE FOUR**

SIR, how can you impugn the celebrated integrity of the Suffolk County District Attorney's Office by suggesting one of it's investigators, Mr Pete Tartaglia would compromise his oath of office by seeking revenge on those who have arrested his son?

Hesse000131

The Suffolk County District Attorney's Office has the finest collection of lawyers, civilian investigators, and Suffolk County police detectives under one roof that would make even the FBI and Scotland Yard drool with envy.

Look how District Attorney Spota has been unearthing the long buried bodies of corruption and has brought the guilty to justice, and has done so without fear or favor to past allegiances.

The DA is a breath of fresh air in Suffolk County - just don't stand down wind of him.

Mr. Spota has gone beyond what others before him have done to ensure quality performance in his office.

He has drawn deep from his early days in the District Attorney's Office when he was a homicide prosecutor, and brought into his office the informants he used in a celebrated case who is now a ranking SCPD police officer. That young man, now older man is in charge of ALL the investigations that come to the attention of the District Attorney.

Mr. Spota should be commended for his courage that he could be crticized by those who would question his sanity by hiring on as his chief investigator who was once his informant, and is reported to have a checkered record while a Suffolk police officer.

It is justice and only justice that Mr.Spota courageously concerns himself with and nothing else. What else would a prosecutor who once said to a news reporter, and documented in an article - in substance: ' I am not concerned with becoming a judge as those before me have done, but want to be the DA because it gives me the power of depriving persons of their liberty.

The man is a nut who has surrounded himself with people as crazy and as morally corrupted as he is.



---

04-09-2007, 01:22 PM    #226

**theagentmrsmith**    Posts: n/a



Oh please, enough of the reciting of the preamble to the constitution with all this babble about there innocence and there day in court!! It is absolutely the job of the DA to make alligations of criminality..uh hello, thats what the DA's office does. I dont care if they are guilty or not. I want to know how a part time nobody was aloud to spin out of control. Why wasnt any of these seasonals explained that if they get jammed up doing something stupid, they werent going to have any backing. Seems to me some of these part timers have a "Training Day" picture in there little minds about what full time policing is all about....and like the movies, ITS COMPLETELY WRONG !!



---

04-09-2007, 01:53 PM    #227

GUEST11111117    Posts: n/a

Hesse000132

### 📄 I AGREE AGENT SMITH

I, TOO, am concerned with the question how those who have been charged have been allowed to spin out of control for so long. Yes, that is the question that needs to be asked. Mr. Spota has been in office for more than five years, and he suddenly discovers this?

Things that have been charged in the indictment can ONLY happen IF misconduct has been ignored over a long period of time.

I have said in other Forums that I have no idea if the charges are true or not. I have also offered an uniformed opinion based on experience that if I had to make a choice as to guilt or innocence, I would give in a 70-30 leaning towards guilty.

The poster FREE THE FOUR if he believes this matter with find truth a trial. Not with a Suffolk County jury and a friendly judge presiding.

The problems of Suffolk County "Justice" are systemic to the system and it has been passed down from prosecutor to prosecutor without interruption since the brief tenure of DA Henry O' Brien.

Mr. O'Brien was removed from office with the able assistance of the then police commissioner and his detectives from his homicide unit by gathering evidence to defame him by attempting to gather evidence of his alleged homosexuality. That much I am a witness to as I was asked to assist in that endeavor by an organized crime capo who was helping the detectives under the direction of the then police commissioner. the organized crime figure believed he was working on the side of the police and told me they needed to get rid of him because " He ( O'Brien ) didn't work well with them )

Should there come a time I may be asked to swear to a lawful body that what I have said is true, I would do so without a grant of immunity as I know it to be true as I know it. I just won't say it to any Suffolk County grand jury under the control of a Suffolk District Attorney.

These charges that I have made were in part addressed by the NYS Commission of Investigation Report of April 1989, when the Commission reported that there had been a long-standing fued between the police department and District Attorney O'Brien.

May I also point out that a Lt.James Hickey, who testified at the trial of the case that causes me to write my many postings of the charges I have made of the lack of integrity of the district attorney's office and the police department had been accused of Suffolk County Judge Namm in 1992 of being a police officer who tortured and permanently maimed to get a 'confession' from a suspect in a suspect. That matter was brought to the attention of the police department and was not investigated by the police department or the then district attorney, although the suspect was later awarded 85K in a civil trial regarding this matter.

No, I am not making this up, it is a matter of record. Judge Namm is no longer a judge and is retired in North Carolina as he didn't receive his own party's nomination for re-election. That was accomplsihed by the SCPD PBA, and a private attorney named Thomas J. Spota, who was at the time the counsel for one of the Detectives Union.

It is not the charges made by the District Attorney, regarding the OBPD police officers that concern me, as they may be meritorous, it is the conduct and motives of the ~district~

Hesse000133

Case 2:07-cv-02296-ETB Document 18-13 Filed 06/13/10 Page 35 of 54 PageID #: 2296

attorney I question.



---

04-10-2007, 09:12 PM     **#228**

Free the Four     Posts: n/a

**The dirty DA and his dirtbag henchmen**

Wow,

Thank you all for filling me in on Mr Spotta and his henchmen. As I have figured through out this, was that there is a hidden agenda. Yes I believe in that truth and justice will prevail. But you are confirming my doubts about the DA investigators. Perhaps the State AG or the FBI need to look into look into him and his henchmen? I know these brutal ex cops and detectives in his office have a super high rate of confessions. Maybe it is from beating people routinely far more brutally than the Ocean Beach Officers stand accused of. But that is why Suffolk County also has the distinction of haveing the highest rate over overturned convictions in the state as well.

Now I am sure that Mr. Tartaglia dosent have his finger prints on any of the investigation. You can bet your bottom dollar that he called the shots from the sidleines for his dirty cronies. Why because of his local joe shitbag son who has had many dealing with the local police.

Maybe I am a bit naive, But I do believe in our justice system. Regardless of how the DA and his henchmen pervert it. That is why we have appeals, and they are not heard in the same court as that has jurisdiction over the case.



---

04-11-2007, 07:31 AM     **#229**

Posts: n/a



hope the truth comes out



---

04-11-2007, 04:40 PM     **#230**

GUEST111117     Posts: n/a

**HE CHANGED THE EMAIL ADDRESS**

REAL OPEN MINDED FELLOW. CHANGES THE EMAIL ADDRESS I ENTERED. IT WAS HOTMAIL.COM



---



Page 23 of 35   « First   <   13   21   22   **23**   24   25   33   >   Last »   ▽

Hesse000134

Case 2:07-cv-01215-SDF-ETB    Document 129-15    Filed 01/15/10    Page 36 of 54 PageID #: 2297

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S) [Go]

All times are GMT -5. The time now is 01:15 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000135

Case 2:07-cv-01215-SJF-ETB Document 145-15 Filed 01/15/10 Page 37 of 54 PageID #: 2298



Long Island Nassau Suffolk County New York Political Forum
> Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | Log in

Register    FAQ    Members List    Calendar    Today's Posts    Search



## DIVORCE & FAMILY LAW

*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreeme*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Con**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC    (631) 3


www.NYfamilylaw.info

Post Reply

Page 24 of 35  « First  <  14  22  23  **24**  25  26  34  >  Last »  ▼

Thread Tools ▽    Display Modes ▽

---

📄 04-11-2007, 09:14 PM                                                    #231

Free the Four                                                         Posts: n/a

📄 **Mr Spota take notice of North Carolina**

Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.

Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!

Oh thats right there is no abuse here, and this isnt a witch hunt either? LOL



---

📄 04-12-2007, 01:09 AM                                                    #232

GUEST111117                                                          Posts: n/a

📄 **OBPD**

FREE THE FOUR, My posts were directed to you and I put my contact email on the board and it was changed.

I also posted another long message that disappeard after I saw it posted...



---

📄 04-12-2007, 02:37 AM                                                    #233

guest11770                                                           Posts: n/a

Hesse000136

**Heeeeeessssssssss!!!!**

Hi Frank,
That is you posting the 'Heeeesssssssssseeeee!!!!!!' responses, isn't it you sly devil??? Say how-do-you-spell your last name Frank? F-E-L-L-A-I-T-O ? I thought so.

What's with the attacks on George's wife? Did you forget to get your rabies shot? Or are you hot for her? Never did see you hanging out with any ladies at the beach, figured that were because you must have been hanging out with Keven Lamm, so I don't think that you were hot for her, or any GIRLS...lol.Even the Mafia doesn't attack families.

Guess getting bumped up from an auxiliary cop to a seasonal/rent-a-cop was pretty heady for you...must have cost you a fortune to pass the psychological test. You looked pretty sharp writing all of those tickets though, your version of COMSTAT? Keeping OB safe from grime? Guess that you were working on getting bumped up to 'meter maid?' I figure that they forgot to tell you in the academy that being the top producer in a police department doesn't give you any validation to be insubordinate to your boss (Sgt. Hesse) even though you surely did display this type of behavior. Yep, Georgie did make some mistakes; he should have documented your behavior and started a supervisor's paper trail then.

You guys weren't fired, but not asked back (big difference). Had you applied for other part time positions at other police agencies you would have receive a letter of reference from OB...don't think so now,. Must have been tough not getting that position with the FBI. What was it again...'truck driver?'

You looked smoking on TV being interviewed. Seems that you accused your brother officers of (to use you words)..."Cops were drinking at night and going to work the next morning."
...yep, sounds very much like you were accusing them of having "Hangovers!!!"
A
nd the part where you stated that..."They were carrying guns around little kids." ??? So were you for that matter. But as one wag remarked "at least the guns weren't loaded!" We all know where YOU want to unload your gun after that statement, don't we?

Too bad that you don't get it, thanks to the fearless five corruption fighters, who only brought their complainants to the surface after they were not asked back (they worked at OB forever, and never noticed corruption before this?) have played into the hands of the DA. He does have complaints going back a number of years, but none of those officers work at OB anymore, the new guys are going to pay for the sins of the past so that the DA can put a few notches on his gun. The only cops that were here then are you guys and the chief, E.P., Sgt George The fat, bald guy Lonnie, and Andy. That was some bachelors party...never saw sp many girls ? On the beach that is.

I'd be careful about saying that George hung around with a known drug dealer...who's that, everyone in town? OK we all know who the DD allegedly is, don't we? Problem is that he's been over there forever, he's never been arrested and he has no convictions as a druggie. Leaving yourself open for a libel suit there Frankie if you try to name, names. Gee Frank all those people who ever got a ticket, or hate cops or even 'Fulltime' cops who hate part timers for stealing their over time are watching and laughing their heads off. Never thought that one malcontent could bring so much discredit down on the heads of his co-workers who are trying to accomplish a difficult job, Wow. We'll see you later, can't wait to see more of your writings...

Hesse000137

Ocean Beach Police Corruption - Page 24 - Long Island Nassau Suffolk County New Yor 2300 Page 39 of 54 Page 1 of 6



04-14-2007, 11:56 AM                                                    **#234**

Love the OBPD                                                          Posts: n/a

📝 **Re: Mr Spota take notice of North Carolina**

Quote:

> **Originally Posted by Free the Four**
> *Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.*
>
> *Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!*
>
> *Oh thats right there is no abuse here, and this isnt a witch hunt either? LOL*

DUKE! DUKE! DUKE! DUKE! DUKE! DUKE!



---

04-14-2007, 12:05 PM                                                    **#235**

DUKE DUKE DUKE                                                        Posts: n/a

 **Re: Mr Spota take notice of North Carolina**

Quote:

> **Originally Posted by Love the OBPD**
> Quote:
>
> > **Originally Posted by Free the Four**
> > *Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.*
> >
> > *Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!*
> >
> > *Oh thats right there is no abuse here, and this isnt a witch hunt either? LOL*
>
> *DUKE! DUKE! DUKE! DUKE! DUKE! DUKE!*

This sounds like the same type of polictical abuse. Lets not interview anyone and speculate everything. All I want are HEADLINES. Lets try and ruin this department. What do we care. They are nobody and know no one. They don't have the money to fight these

Hesse000138

charges. Lets get the department abolished and suck the town dry of all its tax money so they can pay me and my men for these bullsh--t investigations. I want to be more popular :evil:

Hey Mr. Spota. You're liable for your statements too. Don't think you can hide behind your detectives piss poor investigation and try and blame them. You are responsible for their actions. This sounds like a vandeta to me. You are going to looooooose.



---

📧 04-15-2007, 09:02 AM       **#236**

GUEST1111117       Posts: n/a

📝 **UNTIL THE FACTS ARE HEARD**

My friends, some of you say wait until the facts are heard before forming an opinion. that would be OK in a normal society. But I will tell you that the Pope could come in and testify, and the Big Guy himself can come in floating over the floor and testify in this case, and it may not make a twit of difference to a brain dead jury.

Folks, I have seen it up close and personal.

Many of those in the DA office that call themselves investigators have been drawn from the ranks of Spota's legions of his campaign army.

Something like that HBO comedy ENTOURAGE. They hangers on are like those little fish that attach themselves to whales and sharks and get a scrap of food from time to time.

Just don't count on justice in Suffolk County.



---

📧 04-20-2007, 10:03 AM       **#237**

theagentmrsmith       Posts: n/a

📝

I think you just ruined your point when you tried to relate real life justice and politics with an HBO tv show !!!



---

📧 04-21-2007, 08:19 AM       **#238**

guest1111111117       Posts: n/a

📝 **how so?**

Quote:

> **Originally Posted by theagentmrsmith**
> *I think you just ruined your point when you tried to relate real life justice and politics with an HBO tv show !!!*

Hesse000139

how did I ruin my point? I was speaking of people who hang on and then make important decisions. the point is that there are many hangers-on in Spota's office that are now doing his investigations and locking up a lot of people who maybe shouldn't have been arrested in the first place. And I think you know who I am talking about by NOW! And there is more than ONE.

One fellow, in particular, could have walked a half of block to the east and visit his chum the burglar. He could walk one block to the north and visit his other friend the burglar, and fellow snitch in that BIG case 28 years ago.

That fellow always seems to be an 'on the spot(a)' character for the DA to use when he needs him.

Don't be surprised if Spota is or wasn't trying to position this fellow to be the next police commissioner. I hope he tries it because that will make the poop fly. If you know how the police department works, then you will know the stories will be leaked like the water over Niagra Falls.



---

📅 04-24-2007, 08:12 PM | **#239**

Posts: n/a

📝 **test**

---

t!



---

📅 04-25-2007, 09:12 AM | **#240**

Posts: n/a

📝 **Re: Mr Spota take notice of North Carolina**

---

Quote:



Originally Posted by **DUKE DUKE DUKE**

Quote:

Originally Posted by **Love the OBPD**

Quote:

Originally Posted by **Free the Four**
*Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.*

*Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!*

*Oh thats right there is no abuse here, and this isnt a witch hunt*

Hesse000140

> *either? LOL*

> *DUKE! DUKE! DUKE! DUKE! DUKE! DUKE!*

> *This sounds like the same type of polictical abuse. Lets not interview anyone and speculate everything. All I want are HEADLINES. Lets try and ruin this department. What do we care. They are nobody and know no one. They don't have the money to fight these charges. Lets get the department abolished and suck the town dry of all its tax money so they can pay me and my men for these bullsh--t investigations. I want to be more popular :evil:*

> *Hey Mr. Spota. You're liable for your statements too. Don't think you can hide behind your detectives piss poor investigation and try and blame them. You are responsisble for their actions. This sounds like a vandeta to me. You are going to loooooooose.*

Indictment of officers page 1, big photo, 3 pages of allegations

2 years later aquittal of officers, small paragraph pge 23





| Page 24 of 35 | « First | < | 14 | 22 | 23 | **24** | 25 | 26 | 34 | > | Last » |  |

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
————————————————
vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S) ▼  Go

All times are GMT -5. The time now is 01:19 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000141

http://www.theschwartzreport.com/vb/showthread.php?t=3790&page=24                6/3/2008



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | | | |
| **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Work as a Bodyguard**
Earn a degree in Criminal Justice online!
A.A.S. and B.S. degrees.
www.kaplandegrees-online.com

**Security Guard Services**
Professional-Licensed-Bonded Uniform-Event-
Executive Protection
strikeforceprotectiveservices.com

**10 Rules to Flatten Belly**
Lose 9 lbs Every 11 Days By S
These 10 Easy Rules.
www.FatLoss4Idiots.com

∇∇

**Post Reply**

| Page 25 of 35 | « First | < | 15 | 23 | 24 | **25** | 26 | 27 | > | Last » | ∇ |

Thread Tools ∇    Display Modes ∇

---

04-26-2007, 02:08 AM                                                    **#241**

speedy trial                                                         Posts: n/a

📄 **Re: Mr Spota take notice of North Carolina**

Quote:

> Originally Posted by **Anonymous**
> *Indictment of officers page 1, big photo, 3 pages of allegations*
>
> *2 years later aquittal of officers, small paragraph pge 23*

If you were innocent man charged with committing a criminal act, would you wait 2 years (or even 2 minutes) to go to trial?

**Quote**

---

04-26-2007, 07:14 AM                                                    **#242**

                                                                    Posts: n/a

📄 **Re: Mr Spota take notice of North Carolina**

Quote:

Originally Posted by **speedy trial**
    Quote:

Case 2:07-cv-02215-JFB-ETB Document 181-13 Filed 08/15/10 Page 44 of 54 PageID #: 2305

> Originally Posted by **Anonymous**
> *Indictment of officers page 1, big photo, 3 pages of allegations*
>
> *2 years later aquittal of officers, small paragraph pge 23*

*If you were innocent man charged with committing a criminal act, would you wait 2 years (or even 2 minutes) to go to trial?*

You dont have a say, its a matter of going to grand jury, any and all hearings involving the case, selecting the jurors, and awaiting your court date. I've never gone to a hearing or testified in trial the same year as the arrest I made took place in.



---

04-26-2007, 07:21 AM      #243

PETERF      Posts: n/a

### WHAT DOES YOUR QUESTION MEAN?

I fail to understand the meaning of the question of the above post? In Suffolk County I would wait 200years to go to trial if I was innocent. On the other hand I would want it to be over in 2 minutes.

Two hundred years is just about right to get from the DA what they have, or supposed to have on you.

They will and have hid everything they possibly could so you can't get a fair trial. They hid it because the DA, his detectives, and their witnesses were lying.



---

04-26-2007, 08:29 AM      #244

PETERF      Posts: n/a

### THE DA LIES ALL THE TIME

Here are some words of advice:

If you have ANY potential witnesses in this case that aren't already secured by the defense team, I would strongly suggest you try to put them on one page and interview them as quickly as you can. The minute you ask for a witness list they will shut you down. They will send their goons out to intimidate witnesses not to speak to you. If it isn't too late already.

Ask for everything you can think of. Nothing is too small. Document your asking for it as it may come in handy some day if you should need an appeal.

Hesse000143

In all candor, I have to say I have no very strong opinions as to the guilt or innocence of the OBPD cops. I do have strong opinions about the DA that if he has his way you will NOT get a fair trial.

These first class humps will bend and twist the law to keep exculpatory evidence away from you. If you get too close they will try to figure out a way to stop you from doing so.

I can give you a list of what they have done in the case I have been posting about and how they hid evidence under the color of law. It will take up some of your time just to read it.

At least know this: If the OBPD cops are guilty – take some comfort in the fact that your accusers are worse than you are.

We had to fight for everything we got, and we still didn't get it in time to properly defend the case. In fact one lying critical witness I called early on resulted in a phone call from a Detective Lewis of Spota's DA squad telling me I intimidated his witness and not to speak to him again without a letterhead from an attorney, or a subpoena. The guy lied and the lies were kept from us until it was too late to gather up the witness who would 100% confirm that. He fled the very next day I went for a person to person visit after speaking to him on the phone the previous night.

There more, much more like that of willfully hiding evidence for no other reason than not to give you a fair trial.



---

🖼 04-26-2007, 09:17 AM    **#245**

PETERF    Posts: n/a

📋 **READ THE 1989 SIC REPORT**

If you really want to know what you are up against. The SIC brought in a drug informant under a grant of immunity and he testified as to how he lied at the encouragement of the DA and detectives. His name is Kevin Eason. His testimony only supported what some decent and not so decent cops testified to about the wrongdoing of the DA office.

The DA recaptures Mr. Eason, gives him immunity and puts him before their own grand jury and Eason testifies that he LIED before the SIC.

Naturally, the SIC wants to speak to this fellow again to find out just what is going on. It is obvious, of course. When the go to look for him they find Eason has been moved out of NYS at the expense of the DA office, or more directly, the taxpayer. He went MIA.

There may be some to jump up and say that is ancient history. Well, my friends, history usually gives valuable lessons. The lesson it has given the DA and SCPD is that you can do most anything and get away with it. When the dust settles it will only make the criminals hiding behind the law more bolder and outrageous than they already were. And they have now had 18 years to 'improve' on it.



---

🖼 04-26-2007, 11:34 AM    **#246**

Hesse000144

Ocean Beach Police Corruption - Page 25 - Long Island Nassau Suffolk County New York    Page 4 of 7
Case Beach Police Corruption - Page 25 - Long Island Nassau Suffolk County New York    Page 46 of 54

2307

PETERF                                                                                          Posts: n/a

📧 **YOU HAVE MET SATAN**

Beware latest victims of DA Spota- you will soon enter into the middle of hell without a asbestos suit.

They will do everything legal and illegal to keep evidence away from you so you cannot properly defend yourselves.

In the case I refer to they did the following:

Although the DA would allege the crime kicked off at 12:10AM, they only supplied us with the police radio transmissions beginning at 1:11AM.

They only gave us the 3rd Pct radio band and fought as long as they could NOT to give us the countywide band that would have identified a police witness on the scene that would give favorable evidence for the defense.

When we got the countywide band, they hid the identity of the police officer from us as the defendant could not recognize the voice as it was six or more years earlier.

They refused to give us the police roll call for the night in question so we couldn't identify that cop.

When they were ordered to give us the roll call they did so with ALL the names crossed out, save one, and he wasn't the witness we were looking for.

When we received the radio taped transmissions in the discovery portion of the case we received them WITHOUT the time stamping CAD reports that are always given to the person that issues a subpoena for those records. In this case it was the DA, and he did not give them to us.

When we did receive the CAD reports, and only after the DA was caught lying by our lawyer, the DA requested that the time reports be not entered into evidence for the jury to compare as to the conversations and when they were made.

The DA could only provide the court with a condensed version of the radio transmissions as they are digital and only tape to sound. Critical conversations that would strongly tend to support the defense would be drastically altered to give a jury the appearance that something very wrong was going on. In one particular instance of the DA distorting the evidence is two conversations that were separated by 80 seconds of actual running time. It tended to support to support the DA 's theory, and not even at that as 80 seconds was too long a time. The time span was actually 8 mins and 59 seconds.

The DA held back vital grand jury testimony of a witness who did nothing but lie. The DA and police own radio transmissions supported that beyond ANY Question of ANY doubt. The fact is the witness didn't tell a lie per se, he only told the lie the DA and cops wanted him to tell. The witness would say a critical event actually occurred at 12:15 and NOT at 12 52 which was evidenced by at least three radio transmissions and the police officer who they tried to keep his identity from us. Had they given us this information in a timely manner, and not told me NOT to speak to their witness, I would have had time to secure a witness who would have totally debunked the lies of the lying witness.

Hesse000145

This is only a small portion of what they are capable of.

These people you will meet are not only sc******gs, they are reusable ones that are pulled off and handed to the next guy and the next guy to used to have sex with sheep.

Each time you have to go to court the first thing you should do is to take a very hot and very long shower and burn the clothes before bringing them into your homes.



---

 04-30-2007, 08:46 AM                                                    **#247**

OBBeatdowncrew                                                           Posts: n/a

**Re: OBPD**

> Quote:
>
> Originally Posted by **GUEST111117**
> *FREE THE FOUR, My posts were directed to you and I put my contact email on the board and it was changed.*
>
> *I also posted another long message that disappeard after I saw it posted...*

I was just looking at the SCDA press release regarding these 4 crooks. DAMN!!!! What an ugly bunch of people. Hardman looks like a messed up Harvey Keitel and Emburey looks like...well, I don't know what he looks like!! And you George......WOW!! Those OB sluts you were (and probably still are) bangin must have been really, really drunk. You look like some fat, bloated seal. Those pigs must have been really desparate to let them put your grimy, fat little paws on them. Good thing Mitch could hook you up with some coke or maybe even some roofies if the girl had second thoughts.
How's things going with your wife there George? Remember...even if she swears up and down that she believes you that you didn't bang those whores on Adult Friend Finder...shes LYING !!!!!!!!! Deep down she knows what you did, and she will get payback, of you know what I mean.

I must say that I admire the Village for standing by you idiots though...Most politicians would have thrown you to the wolves right away..Then again, maybe it has something to do with the Mayors involvement.......

Oh yeah..One last thing "Chief"...How come you and Arnie and Paul all have your next court appearance on May 10th, but Emburey has his on the 11th.........OH OH Chief, I think someone has been telling the DA what really happened, and might be getting a reduced plea....THINK ABOUT IT
Emburey was working his first shift at OBPD...Why on Earth would he lie for you three perps? He won't......Sleep well Chief...that is, after you kick the skunk out of your bed.

HHHHHHHHHEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEEESSSSSSSSSSSSSS SSSSSS!!!!!!!!!



---

 04-30-2007, 10:28 AM                                                    **#248**

                                                                        Posts: n/a

Hesse000146

Case 2:07-cv-2215-JFB-ETB Document 18-15 Filed 05/13/10 Page 48 of 54 PageID #: 2309



Quote:

> was just looking at the SCDA press release regarding these 4 crooks. DAMN!!!!
> What an ugly bunch of people. Hardman looks like a messed up Harvey Keitel
> and Emburey looks like...well, I don't know what he looks like!! And you
> George......WOW!! Those OB sluts you were (and probably still are) bangin must
> have been really, really drunk. You look like some fat, bloated seal. Those pigs
> must have been really desparate to let them put your grimy, fat little paws on
> them. Good thing Mitch could hook you up with some coke or maybe even some
> roofies if the girl had second thoughts

Yeah looks count in a court of law. Thanks for the pertinent info troll



---

 05-06-2007, 06:42 PM

**#249**

Posts: n/a

id really like to read some of these posts...but for the love of GOD..can u keep it under 10 million words !!!!



---

05-09-2007, 09:52 PM

**#250**

Posts: n/a

Free the Four

 **Frank the fag**

Frankie, Frankie, Frankie (Frank Fiorello) why are you so angry? Is it that you cant abuse the public anymore? What are you doing with all that pent up rage? are you brutalizing some poor helpless animals in your in your back yard?



---

 Post Reply

| Page 25 of 35 « First < 15 23 24 **25** 26 27 > Last » ⌄ |

« Previous Thread | Next Thread »

Posting Rules 

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**

**Forum Jump**

Hesse000147

Case 2:07-cv-02305-ETB   Document 13   Filed 03/03/2008   Page 49 of 54   Page ID #:
2310

| HTML code is **Off** |
|---|

| Police Issues (N/S) ▾ | Go |
|---|---|

All times are GMT -5. The time now is 01:19 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000148

Case 2:07-cv-02211-ETB   Document 131-13   Filed 01/15/10   Page 50 of 54   PageID #: 2311



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| 📓 > Forums > Police Issues (N/S) | Password | | Log in |
| 📓 **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Hate Cable Companies?**
Fight Back. Get Faster Internet and Better TV for Less. Here's How...
FiberOffers.com/Switch

**Comcast – Official Site**
Get Comcast Internet for $19.99 A Month for 6 Months. Sign Up Now!
www.Comcast.com/HighSpeedOffer

**Fix Windows XP**
Fix PC. Remove Errors. Clean Complete Scan. Takes 6 Mins.
www.RegSweep.com

Post Reply

Page 26 of 35  « First  <  16  24  25  **26**  27  28  >  Last »

Thread Tools ▽   Display Modes ▽

---

📰 05-11-2007, 06:01 PM                                          #251

**Jesus of Islip**                                              Posts: n/a

📄

You're kidding?

Quote

---

📰 05-12-2007, 11:26 AM                                          #252

**Ocean Bleach**                                                Posts: n/a

📄

I wanna be a cop in this shithole.

Quote

05-13-2007, 11:36 PM | #**253**
Posts: n/a

**trolling**

so what are the odds of a plea deal??????

10 to 1... 5 to 1

will it happen soon?

Quote

---

05-14-2007, 08:37 AM | #**254**
Posts: n/a

**OBBeatDownCrew**

**Oh Yes**

> Quote:
>
> Originally Posted by **trolling**
> *so what are the odds of a plea deal??????*
>
> *10 to 1... 5 to 1*
>
> *will it happen soon?*

Sooner than later boys and girls, the new guy is singing like a bird. George, you should start looking up guys named Bubba in Sing Sing instead of skanks on AdultFriendFinder!! Man are they gonna love you..A convicted felon wanna be real cop. Don't worry though Chief, we will take of things at home, if you know what we mean!!!!!!!

Quote

---

05-17-2007, 09:01 PM | #**255**
Posts: n/a

**Free the four**

**The liars who used to be cops**

Kevin Lamm and Frank Fiorello,

Just think about it, you have much more at stake here than the accused four. You seey our lies and half truths will come home to roost. While the accused will eventually be free when the truth comes out. You guys will be held accountable for you lies. It is called perjury, it is a crime and punishable by jail time. Not to forget the civil suit that will follow.

Oh and the whistle blower act that you are trying to hide behind. That may work if you came forward with anything of subtsance. But you decieded come forward with allegations that were non existant. This was after you were not invited back for your gross incompitence.

Hesse000150

There are plenty credible people who will shoot holes through you nonsensical story of non belief.



---

 05-18-2007, 10:33 AM

**#256**

spell check pls.

Posts: n/a

I can not take this post seriously since you type like a five year old without spell check. What is the matter this thread got your fingers and hands shaking??? Could you be next???
IT IS see NOT seey
IT IS substance NOT subtsance
IT IS decided NOT decieded
IT IS existent NOT existant
IT IS incompetence NOT incompitence

> Quote:
>
> Originally Posted by **Free the four** 
> *Kevin Lamm and Frank Fiorello,*
>
> *Just think about it, you have much more at stake here than the accused four. You seey our lies and half truths will come home to roost. While the accused will eventually be free when the truth comes out. You guys will be held accountable for you lies. It is called perjury, it is a crime and punishable by jail time. Not to forget the civil suit that will follow.*
>
> *Oh and the whistle blower act that you are trying to hide behind. That may work if you came forward with anything of subtsance. But you decieded come forward with allegations that were non existant. This was after you were not invited back for your gross incompitence.*
>
> *There are plenty credible people who will shoot holes through you nonsensical story of non belief.*



---

 05-27-2007, 06:02 AM

**#257**

Five0Felons

Posts: n/a

**Heeeeessssss**

Heeeeeeeesssssssssssss.............what a mess!!!!!!!!

Looks like Fuchs puked!!!!

Oh oh Chief, what are you gonna do now?

Tell us Chief, being so freakin ugly, what photo did you use for your Adultfriendfinder

Hesse000151

Case 2:07-cv-02211-DRH-ETB Document 19-13 Filed 01/15/10 Page 53 of 54 PageID #: 2314

account? Even drunken nasty OB crack skanks would steer clear of that face...Did you put a different photo on there to lure them in, then roofie them up good before you banged them? Or I guess Mitch could have gave you some blow to give to them....



---

☐ 06-07-2007, 07:41 PM                                                    **#258**

o beach                                                         Posts: n/a

oh!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!



---

☐ 06-08-2007, 07:50 AM                                                    **#259**

Unregisteredtothemax                                          Posts: n/a

> Quote:
>
> Originally Posted by **spell check pls.**
> *I can not take this post seriously since you type like a five year old without spell check.*
> *What is the matter this thread got your fingers and hands shaking??? Could you be next???*
> *IT IS see NOT seey*
> *IT IS substance NOT subtsance*
> *IT IS decided NOT decieded*
> *IT IS existent NOT existant*
> *IT IS incompetence NOT incompitence*

when all one has is critique of spelling, actually simple typos, the argument is done.

---

☐ 06-09-2007, 08:30 PM                                                    **#260**

guest1111111                                                  Posts: n/a

📝 **Impossible To Lie For The Da**

> Quote:
>
> Originally Posted by **Free the four**
> *Kevin Lamm and Frank Fiorello,*
>
> *Just think about it, you have much more at stake here than the accused four. You seey our lies and half truths will come home to roost. While the accused will eventually be free when the truth comes out. You guys will be held accountable for you lies. It is called perjury, it is a crime and punishable by jail time. Not to*

Hesse000152

Case 2:07-cv-02211-TCP-ARL Document 13 Filed 06/13/08 Page 54 of 54 PageID #: 2315

> *forget the civil suit that will follow.*
>
> *Oh and the whistle blower act that you are trying to hide behind. That may work if you came forward with anything of subtsance. But you decieded come forward with allegations that were non existant. This was after you were not invited back for your gross incompitence.*
>
> *There are plenty credible people who will shoot holes through you nonsensical story of non belief.*

THEY CAN ONLY BE PERJURERS IF THEY LIE FOR THE DEFENSE. LYING FOR THE DA IS OK.

WRONG! IF THEY ARE WITNESSES FOR THE DA IT IS IMPOSSIBLE FOR THEM TO BE LIARS. YOU CAN'T BE A LIAR IF YOU ARE TESTIFYING FOR THEM.

The only way they can become liars is if they recant. Forget about it if they don't.



  Page 26 of 35  « First  <  16  24  25  **26**  27  28  >  Last »  ▽

« Previous Thread | Next Thread »

**Posting Rules** 

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)  ▼  Go

Contact Us - **The Schwartz Report Political Forum** - Archive - Top 

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000153