# EXHIBIT "J" (PART 3)

Case 2:07-cv-01215-SJF-ETB   Document 145-16   Filed 01/15/10   Page 2 of 52 PageID #:
2317

## The Schwartz Report

| | | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|---|
Long Island Nassau Suffolk County New York Political Forum
> Forums > Police Issues (N/S)
**Ocean Beach Police Corruption** | | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



FREE EBOOK!
LESKO'S DEBT SE
Eliminate Penalties, Work with Creditors, Save

LeskoDebtSecrets.com

**Post Reply** | Page 27 of 35 « First < 17 25 26 **27** 28 29 > Last » ▽

Thread Tools ▽    Display Modes ▽

---

06-10-2007, 08:22 AM                                                           **#261**

**Unregisteredbecauseican**                                                    Posts: n/a

☺

when all one has is critique of spelling, actually simple typos, the argument is done.

remember this stupid statement when they are given real jail time because i will.

*Quote*

---

06-10-2007, 10:10 AM                                                           **#262**

**Unregisteredtothemax**                                                       Posts: n/a

> Quote:
>
> Originally Posted by **Unregisteredbecauseican** ▣
> *when all one has is critique of spelling, actually simple typos, the argument is done.*
>
> *remember this stupid statement when they are given real jail time because i will.*

What does jail time have to do with anything? I'm not going to jail....I'm not even employed by ocean beach..... could care less.....you are critiquing spelling during a argument which means you are no longer capable of debating the issues at hand. You certainly do not have any role in the criminal case, so it is not like whether there is a conviction or not what you state here matters.
P.S. Try capitalizing the "r" in remember, as that is the 1st word in a sentence, and "i" as

Hesse000154

Case 2:07-cv-01215-SJF-ETB   Document 145-16   Filed 01/15/10   Page 3 of 52 PageID #:
2318

you are using that in place of your own proper name, K Spelling bee champ????



---

06-12-2007, 12:04 PM #263

spell this                                         Posts: n/a



Ocean Beach
The Land Of No.

Unless Your The Police,
Then Its Beat You Down Before You Go.

I Can Not Wait To See
The Chief Take A Plea

Then The Beach Will Return To
The Place To Be.



---

06-13-2007, 02:39 AM #264

obviously you cant                                 Posts: n/a



Quote:

> Originally Posted by **spell this** 🖾
> *Ocean Beach*
> *The Land Of No.*
>
> *Unless Your The Police,*
> *Then Its Beat You Down Before You Go.*
>
> *I Can Not Wait To See*
> *The Chief Take A Plea*
>
> *Then The Beach Will Return To*
> *The Place To Be.*

your is incorrect, it should be you're as in you are



---

06-20-2007, 10:17 PM #265

**PETEDACOP** ⦿
Member

Join Date: Jun 2007
Posts: 48

Hesse000155

Case 2:07-cv-01215-SJF-ETB   Document 145-16   Filed 01/15/10   Page 4 of 52 PageID #: 2319

**Site Admin**

 **What About Scpd Complaints?**

THERE HAVE BEEN TWO RECENT SERIOUS COMPLAINTS MADE AGAINST SCPD. ONE WAS A 59 YR OLD HAIRDRESSER BEATEN SEVERLY IN CORAM WHILE ALLEGEDLY PROS CRUISING? I MEAN THE GUY WAS A JEWISH GUY WITH THE FIRST NAME OF RAFAEL, AND HE WAS A HAIRDRESSER?

Now what do you think are the chances are that he was not interested in girls. Straight hairdressers can get all the booty they want, and for free. This guy gets picked up at 5 30PM for cruising?

Spota has his boys out there right now - if he isn't tied up on Fire Island, and they are ready to go. First they have to check in with the PBA before doing their job.



---

06-21-2007, 10:45 AM                                                           **#266**

Unregistered1                                                                  Posts: n/a

 **Great**

Quote:

> Originally Posted by **PETEDACOP**
> *THERE HAVE BEEN TWO RECENT SERIOUS COMPLAINTS MADE AGAINST SCPD. ONE WAS A 59 YR OLD HAIRDRESSER BEATEN SEVERLY IN CORAM WHILE ALLEGEDLY PROS CRUISING? I MEAN THE GUY WAS A JEWISH GUY WITH THE FIRST NAME OF RAFAEL, AND HE WAS A HAIRDRESSER?*
>
> *Now what do you think are the chances are that he was not interested in girls. Straight hairdressers can get all the booty they want, and for free. This guy gets picked up at 5 30PM for cruising?*
>
> *Spota has his boys out there right now - if he isn't tied up on Fire Island, and they are ready to go. First they have to check in with the PBA before doing their job.*

LETS SEE IS THE UNTOUCHABLE SCPD GETS INDICTED



---

06-21-2007, 09:56 PM                                                           **#267**

Unregist                                                                       Posts: n/a

Quote:

> Originally Posted by **Unregistered1**
> *LETS SEE IS THE UNTOUCHABLE SCPD GETS INDICTED*

Hesse000156

Case 2:07-cv-01215-SJF-ETB Document 145-16 Filed 01/15/10 Page 5 of 52 PageID #: 2320

doesnt make sense want to rephrase??

---

06-26-2007, 01:08 PM                                              **#268**

5432123454321                                                    Posts: n/a

enjoy the summer.

---

07-15-2007, 01:58 AM                                              **#269**

Ididntdoit                                                       Posts: n/a

[quote= Why don't you tell everyone about how you took an officer to NYC for his bachelor party and went to the Hollywood Hotel and got an escort service (hookers) to entertain everyone and used the Ocean Beach PD PBA fund to pay for it all !!!!!.[/QUOTE]

Are you referring to the Hollywood Hotel...the one known as the "No Tell Motel" here on Long Island in Farmingdale...The one that was seized by the Feds because the owner pleaded guilty to selling drugs.

---

07-22-2007, 06:14 AM                                              **#270**

kevin the cunt                                                   Posts: n/a

> Quote:
> Originally Posted by **Ididntdoit** ▶
> *Are you referring to the Hollywood Hotel...the one known as the "No Tell Motel" here on Long Island in Farmingdale...The one that was seized by the Feds because the owner pleaded guilty to selling drugs.*

Go suck a dick kevin

---

**Post Reply**

« Previous Thread | Next Thread »

Hesse000157

Case 2:07-cv-01215-SJF-ETB Document 145-16 Filed 01/15/10 Page 6 of 52 PageID #: 2321



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
_____

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) ⏷  [Go]

All times are GMT -5. The time now is 01:19 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000158

Case 2:07-cv-01215-SJF-ETB Document 145-16 Filed 01/15/10 Page 7 of 52 PageID #: 2322



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | Password | | Log in |
| **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



# DIVORCE & FAMILY LA'
*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreemen*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Con**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC        (631) 3

www.NYfamilylaw.info                                                                                                    Feen

---

**Post Reply**

| Page 28 of 35 | « First | < | 18 | 26 | 27 | **28** | 29 | 30 | > | Last » | ▽ |

|  | Thread Tools ▽ | Display Modes ▽ |

---

☐ 08-14-2007, 08:33 AM                                                                                    **#271**

Unregisteredd                                                                                              Posts: n/a

> Quote:
> Originally Posted by **5432123454321** ▣
> *enjoy the summer.*

tnx

[Quote]

---

☐ 08-20-2007, 07:48 AM                                                                                    **#272**

Ocean Funny                                                                                               Posts: n/a

Nothing new here?

[Quote]

---

☐ 08-23-2007, 04:39 PM                                                                                    **#273**

**PETEDACOP** ⊙                                                          Join Date: Jun 2007
Member                                                                                      Posts: 48
**Site Admin**

📝 **One Down Three To Go**

Hesse000159

Case 2:07-cv-01215-SJF-ETB    Document 145-16    Filed 01/15/10    Page 8 of 52 PageID #:
2323

Newsday reported earlier today that Judge Kahn threw out the charges against PO
Embry, one of the OPD 4. There is NO evidence that tended to connect him with the
crime. So for all you wishful thinkers who are saying the guy is going to spill his guts -
well, it doesn't seem it is going to happen.



---

08-23-2007, 06:50 PM                                                          **#274**

nifong number 2                                                            Posts: n/a

**yeah**

> Quote:
> Originally Posted by **PETEDACOP**
> *Newsday reported earlier today that Judge Kahn threw out the charges against
> PO Embry, one of the OPD 4. There is NO evidence that tended to connect him
> with the crime. So for all you wishful thinkers who are saying the guy is going to
> spill his guts - well, it doesn't seem it is going to happen.*

Thats because nothing happened. DA made up charges and made up testimony to indict
these men thinking someone would roll. doesnt look like thats going to happen. Bye bye
tom spota.

tom, kevin, ed, joe and loser frank.. how do you think your case is going? niiiiiiiiiiiiccccccce



---

08-23-2007, 07:37 PM                                                          **#275**

what the f@&k?                                                              Posts: n/a

**losers**

Information is 6.5 hours old, and no response from the security guards? Nothing about
alleged drug dealers, nothing about how they were wrongfully terminated, and nothing
about how nobody wanted to work with them. I am curious about one thing; The
spokesman for the DA's office stated that 'The decision (Judge Kahn) is under review'. Do
they mean that the DA's office is reviewing the Courts decision for possible investigation.
Or are they reviewing their major f*#k up in the investigation and prosecution of this
case? Any feedback?



---

08-23-2007, 09:34 PM                                                          **#276**

**PETEDACOP**                                                    Join Date: Jun 2007
Member                                                             Posts: 48
**Site Admin**

**Not Fair To Nifong**

Shame on the poster for calling Spota Nifong 2. Nifong doesn't deserve to be in that

Case 2:07-cv-01215-SJF-ETB   Document 145-16   Filed 01/15/10   Page 9 of 52 PageID #: 2324

company. It is like saying Mother Teresa is Hitler II.

The case is under 'review'. I think Judge Kahn has finally realized that she is really a judge and judge's don't have to take their orders and make their rulings before consulting with the DA. I am sure Tom is furious and is already making plans to have the judge transferred to a civil term.

I am really shocked she had the onions to make this ruling. Not only do the people have to place a defendant at a scene of the crime, they must show independant evidence that the person was there and committed a crime. It would have been far easier for her to strictly interpret the law as she saw it and deny the motion. A tip of the hat to the judge who followed her oath of office and did what she thought was right.

This will be a major blow to the district attorney's prestige, if you can believe he has any beyond Rte 110. Why do you think 31 former prosecutor's signed the Amicus Brief for Marty Tankleff, and many other respected members of the legal community lent their names to the defense of Tankleff. Because they know Spota is a BUM!



---

08-24-2007, 07:51 AM                                                          #277

**PETEDACOP** ⊙                                        Join Date: Jun 2007
Member                                                        Posts: 48
Site Admin

📖 **Fantasy Island-the Plane, The Plane**

> Quote:
> ┌─────────────────────────────────────────────────────────┐
> │ Originally Posted by **nifong number 2**  │
> │ *Thats because nothing happened. DA made up charges and made up testimony* │
> │ *to indict these men thinking someone would roll. doesnt look like thats going to* │
> │ *happen. Bye bye tom spota.* │
> │ │
> │ *tom, kevin, ed, joe and loser frank.. how do you think your case is going?* │
> │ *niiiiiiiiiiiiccccccce* │
> └─────────────────────────────────────────────────────────┘

In the updated version of the TV series Fantasy Island we have Tom and Jim in the role of Ricardo Montenbalm and Herve Vilicheze(sic). Tom is Tatu who is in the form of a Troll, and Jim is like the Devil in the movie "The Passion of The Christ". Always lurking around in the background, hiding behind Olive Trees. Letting it all play out. Something like the guy who sets up the jobs for others to do with little risk to himself, and then shares in the profits.

So when anytime the DA needs a Fantasy Island scenario we have Tommy Tatu yelling out to Jimmy the Devil - The plane, the plane, the plane, boss, the plane. And they both swing into action writing their next fiction screenplay.



---

08-24-2007, 08:43 AM                                                          #278

Hesse000161

Case 2:07-cv-01215-SJF-ETB Document 145-16 Filed 01/15/10 Page 10 of 52 PageID #: 2325

## PETEDACOP 

Member
Site Admin

Join Date: Jun 2007
Posts: 48

**Tom Is Great Story Teller.**

Tommy Boy has a lot of experience in making things up as he goes along. He can reach back to the days where he was in charge of the MOUSEKETEERS, and bring some of his people back for an encore.

They could call the show: Have Lie, Will Tell It.

---

08-24-2007, 06:10 PM #279

## PETEDACOP 

Member
Site Admin

Join Date: Jun 2007
Posts: 48

**The State Of Affairs In Suffolk County**

> Quote:
>
> Originally Posted by **nifong number 2**
> *Thats because nothing happened. DA made up charges and made up testimony to indict these men thinking someone would roll. doesnt look like thats going to happen. Bye bye tom spota.*
>
> *tom, kevin, ed, joe and loser frank.. how do you think your case is going? niiiiiiiiiiicccccce*

IMHO, the decision where the appellate court reversed the murder conviction of the person convicted of stabbing another person to death was a no-brainer for the court to decide – that is if I interpret the law correctly. It seems very clear to me that the trial judge was obligated to inform the jury that intoxication is an affirmative defense for a person accused of a murder. It all has to do with intent. And it was the intent that was the basis for the conviction. The sad thing is that had the judge charged the jury properly I believe the defendant would have been convicted anyway.

In the Ocean Beach PD case of brutality, I believe the judge ruled properly on that case as well. It isn't often a judge would dismiss an indictment, especially in Suffolk County, and it such a high profile case. Judges don't do such things in any court, much less Suffolk.

Many, many confessions have been allowed into evidence even though judges have to believe the testimony they are hearing is not believable. As long as the police officer doesn't make it impossible for the judge to rule the confession inadmissible, it isn't going to happen.

In this particular case I believe the judge had more than sufficient excuse to let the indictment stand without too much criticism. Judges don't usually like to be reversed. In Suffolk County it doesn't appear to this observer that they could care less as long as they stay in favor with the district attorney and the public. In this case it seems as though the

Hesse000162

Case 2:07-cv-01215-SJF-ETB Document 145-16 Filed 01/15/10 Page 11 of 52 PageID #: 2326

judge followed the law and properly dismissed the indictment.

In the case I was involved in there were two judges who handled the case. It was Judge Kahn who handled most of the pre-trial motions –not well, I might add. It was Judge Hudson who handled the pre trial motions, including the sweetheart deal with the informant, and then at the trial.

In this case the prosecution put in at least 6 requests for Molineux material to be introduced for trial. They call this tactic as offering the judge to pick a menu from. The judge is made to look like not such a bad guy as he will deny most of the motions and allow only the best in for evidence. In doesn't matter a bit if ALL of them are crap, but he looks like a reasonable person, and who can argue with a reasonable person.

The judge would give the prosecution two pieces of garbage to improperly influence the jury by piling on accusations of criminal activity with no proof. It would be the basis for the appeal that is still pending in the appellate court.

The judge would allow in a burglary of a Bay Shore company on 10/8/99, and no proof would be offered into evidence other than the fact the already perjured informant would say the defendant was there. No proof, no corroboration, nothing, other than the fact the defendant was working that evening. They can't determine what time it happened because there was no alarm. They would have to carefully fit it in just right, or the only time the defendant had, or possibly had to be a lookout for them as he was engaged with others the entire evening. But, the judge would put this crap in because he is told to put it in by the DA – or else.

He would go a step further when the DA will start poking into one of those items he gave on the menu to the judge to digest and the judge would tell him, on the record, and very clearly, " I know where you are going with this and if you do I am going to call a mistrial." The DA would respond, "I understand your instructions judge, but I am going to do it anyway." And, of course he did and the judge didn't call a mistrial. Oh, sure, the next day he 'scolded' the DA. Not in front of the jury, of course, but he went on the record.

The judge would hear the witness lie and lie, and learn he lied to him when he allowed the witness to go free. He would hear it in the courtroom in the testimony. He would tell the defense attorney, "This isn't the first time the DA sold me a false bill of goods." And he would do nothing. He would not consider dismissing the case when the prosecution rested, he would not dismiss the case after the defense rested.

He would hear the lies. He must have heard more lies by the DA when they were negotiating for the release of their star witness, lies we would never know of or hear of.

So if anyone doesn't believe what Judge Kahn did with her decision wasn't something monumental in Suffolk County history, think again – it was huge.



---

08-25-2007, 05:15 PM     #280

**Straightup Cop** ●
Junior Member
**Site Admin**

Join Date: Jan 2005
Posts: 1

Hesse000163

Case 2:07-cv-01215-SJF-ETB   Document 145-16   Filed 01/15/10   Page 12 of 52 PageID #:
2327



This is unbelievable.

John Menso finally admits his holy war against Sgt. Robert Piampiano and the Old Brookville Police Department was a HOAX.

http://tinyurl.com/2p7pay - OBPD



        Page 28 of 35   « First   <   18   26   27   **28**   29   30   >   Last »   ▽

« Previous Thread | Next Thread »

**Posting Rules**                                                    

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
―――――――――――――――
vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
| Police Issues (N/S) ▼ |  

All times are GMT -5. The time now is 01:21 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000164

Case 2:07-cv-01215-SJF-ETB   Document 145-16   Filed 01/15/10   Page 13 of 52 PageID #: 2328



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| 🖳 > Forums > Police Issues (N/S) | Password | | Log in |
| 🖳 **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|

**Correction Officer**
Go Further Faster As An NYC Correction
Officer. Apply Today!
www.NYBoldest.com

**Long Island Investigators**
Get Free Consulting for Background Checks,
Spouse Surveillance & More!
SouthShoreInvestigations.com

**Police Ringtones**
Send Complimentary Ringtone
BestTones4U.info

🔽🔽

**Post Reply**

Page 29 of 35  « First  <  19  27  28  **29**  30  31  >  Last »  🔽

Thread Tools 🔽   Display Modes 🔽

---

📄 08-27-2007, 10:15 PM                                                    **#281**

Free the four                                                              Posts: n/a

📝 **one free, three to go!!!**

Oh well,

Kevin the fag, Ed the fat basterd, Tom the angry man, Joe the moron and Frank the
abuser. I bet you are all upset to see that justice is finally being served. I know it is going
to break your little blood thirsty, cock sucking hearts when George is finally cleared. It is
just a matter of time. And lets see if you lying pricks will just have to sit back and watch
the money roll in. What are you going to do when you finally have your day in court. You
know you wont be able to keep lying under oath. That is called perjury. And yes it is a
crime. I cant wait for you all to face everyone who will come in as witnesses to all of your
nonsense. Trust me there is a line a mile long.

I cant wait to see you all named in counter suits!!! LOL

**Quote**

---

📄 08-27-2007, 10:18 PM                                                    **#282**

Free the four                                                              Posts: n/a

📝 **The truth**

Just remember, the truth is the truth. No matter how you try to pervert it. F**k you 5
losers. Lets see what Dave the deaf guy with the wire has to say now??? Oh thats right
he will flip flop again I am sure!!!

**Quote**

---

Hesse000165

Case 2:07-cv-01215-SJF-ETB Document 148-16 Filed 01/15/10 Page 14 of 52 PageID #: 2329

---

08-28-2007, 01:22 PM          **#283**

stop taking my O/T          Posts: n/a

**seasonal skells...**

> Quote:
>
> > Originally Posted by **Free the four** 
> > *Oh well,*
> >
> > *Kevin the fag, Ed the fat basterd, Tom the angry man, Joe the moron and Frank the abuser. I bet you are all upset to see that justice is finally being served. I know it is going to break your little blood thirsty, cock sucking hearts when George is finally cleared. It is just a matter of time. And lets see if you lying pricks will just have to sit back and watch the money roll in. What are you going to do when you finally have your day in court. You know you wont be able to keep lying under oath. That is called perjury. And yes it is a crime. I cant wait for you all to face everyone who will come in as witnesses to all of your nonsense. Trust me there is a line a mile long.*
> >
> > *I cant wait to see you all named in counter suits!!! LOL*

thats ok. Im sure they will get off. Lets not forget though that their career in law enforcement in this state and probably everywhere else is over. No investigator is going to clear some seasonal skell who got involved in a stink up of this magnitude. So good, let the seasonals stay right where they are..not knowing a thing about being a cop. That protects our reputation as full time career cops..ill take that everytime!!



---

08-28-2007, 05:54 PM          **#284**

Unregistered3456789          Posts: n/a

**Maybe Spota Will Hire Them?**

He has plenty of compromised people doing his investigations. He has one who was involved in a stock scheme that took the SCPD suckers, and others for about 1 1/4 million dollars. Another one was his informant in a murder case. Throw in a couple of guys he represented while he was a private attorney. I am sure Tom can find a place for them in his crew.

The Job pays well. Make a $100K a year, a car, free gas, and all the privileges at the local bars. And you can even run a private investigation business if you aren't too tied up with corruption investigations.

These OPD cops sound like perfect candidates for his office.



---

09-03-2007, 10:41 PM          **#285**

holy crap 214          Posts: n/a

Hesse000166

 **who is this?**

> Quote:
> 
> Originally Posted by **Guest P.O.** 
> *Frank Fiorello, Kevin Lamm and Joe Noffi... The 3 of you were fired because of your blatent abuse of authority and your consitant abuse of the public. 150 summons's is not how you get compliance from the public. Nor is beating them and humiliating them by throwing cuffs on every person you come in contact with and drag them down to the station. Courtesy, and discretion is how you get the job done. You 3 rats went crying to civil service about your termination. You tried to tell them that most of the department was not civil service qualified. That may have been true a few years ago. But the Deputy chief had worked hard to correct shortcommings of the previous administration. How dare you throw stones from your glass house. By you guys being terminated, you just made this job safer for the rest of the department. Good luck trying to find another law enforcement job in this country*

Lets see how many people recognize me?
http://www.flickr.com/photos/pollyt/130852118/

**Quote**

---

09-04-2007, 12:02 AM                                                          **#286**

go figure lol                                                                 Posts: n/a

 **what comes around goes around**

> Quote:
> 
> Originally Posted by **holy crap 214** 
> *Lets see how many people recognize me?*
> *http://www.flickr.com/photos/pollyt/130852118/*

Talk about lying hypocrites. perfection. Wait till that gets to the attorney. Who ever posted that is F>>CKING AWESOME..

**Quote**

---

09-04-2007, 03:21 AM

scuttlebutt

Who are the guys in blue...and what are their wives names?

Hesse000167

Case 2:07-cv-01215-SJF-ETB   Document 145-16   Filed 01/15/10   Page 16 of 52 PageID #:
2331



09-04-2007, 07:26 AM                                                                    #288

Unregistered8888888                                                           Posts: n/a

**Sounds Like The Da Case Is In The Crapper**

THE RULES OF POLICE ARE SIMPLE: You don't give up another cop by exposing them for
personal reasons involving their wives. Not even the worst of the worst. NEVER BRING

Hesse000168

Case 2:07-cv-01213-SJF-ETB    Document 145-16    Filed 01/15/10    Page 17 of 52 PageID #:
2332

FAMILY INTO IT.

You will all have a cozy and warm place in Hell when you cross over to the other side.



---

09-04-2007, 09:54 AM                                                        **#289**

Unregistered235698                                                      Posts: n/a

**wow!!**

Quote:

> Originally Posted by **Unregistered8888888**
> *THE RULES OF POLICE ARE SIMPLE: You don't give up another cop by exposing
> them for personal reasons involving their wives. Not even the worst of the worst.
> NEVER BRING FAMILY INTO IT.*
>
> *You will all have a cozy and warm place in Hell when you cross over to the other
> side.*

the 2 in the pic are the officers who started the lies about ocean beach police and who
are suing for 325mil. looks like they made up the lies off their own indiscretions.



---

09-04-2007, 10:03 AM                                                        **#290**

Unregistered88                                                          Posts: n/a

**fine**

Quote:

> Originally Posted by **Unregistered235698**
> *the 2 in the pic are the officers who started the lies about ocean beach police and
> who are suing for 325mil. looks like they made up the lies off their own
> indiscretions.*

not sure what u are saying, but the rule is absolute no matter the sc*mbags involved.
Unless, of course, these guys aren't married, etc., But it was intended to upset their
family life.

BTW, I have, nor ever had ANY romance skeletons in my closet. My enemies have, and I
have never considered using it to get back at them. NEVER.



---



« Previous Thread | Next Thread »

Hesse000169

**Posting Rules** 

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
_____

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
 Police Issues (N/S)    Go

All times are GMT -5. The time now is 01:21 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000170



The Schwartz Report

| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| --- | --- | --- | --- |
| > Forums > Police Issues (N/S) | Password | | Log in |
| Ocean Beach Police Corruption | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



# DIVORCE & FAMILY LAW

*Including Property Division, Maintenance, Child Support, Custody, Pre-Nuptial Agreements*
**Serving Nassau & Suffolk Counties, 15 Years Experience, Personal Service, Free Cons**
LAW OFFICES OF CLIFFORD J. PETROSKE, PC        (631) 3


www.NYfamilylaw.info                                                                                                  Fee

**Post Reply**

| Page 30 of 35  « First  <  20  28  29  **30**  31  32  >  Last »  ▽ |

Thread Tools ▽    Display Modes ▽

---

☐ 09-04-2007, 02:29 PM                                                      #291

Free the Four                                                              Posts: n/a

📝 **Hey A**holes**

Your F***ing retard Joe nofi, werent you the one who was quoted as saying the the Chief and is boys act like its Marti Gras??? Hmmm Looks like you were the one acting like that. And you F***ing scumbag Frank Fiorello, you were quoted as saying that they placed the public at risk by drinking and carrying guns around children. Well looks like you were the guilty on. Good luck with your civil suite as for being fired with out merrit and for being wistle blowers!



---

☐ 09-04-2007, 03:23 PM                                                      #292

Unregistered235698                                                        Posts: n/a

📝 **dah...are you kidding**

> Quote:
>
> Originally Posted by **Unregistered88** 📷
> *not sure what u are saying, but the rule is absolute no matter the sc\*mbags involved. Unless, of course, these guys aren't married, etc., But it was intended to upset their family life.*
>
> *BTW, I have, nor ever had ANY romance skeletons in my closet. My enemies have, and I have never considered using it to get back at them. NEVER.*

unregistered88 are you retarded.. the guys in the photo are the ones who attacked

Hesse000171

wives. no one else. they are the ones that said all the ocean beach cops were involved in many indescretions. they are the ones that said the ocean beach police would get drunk and carry guns. hmmm..looks like a photo is worth a million dollars to me or at tleast a house in vermont. what does everyone else think? boy this is going to be great when that photo hits newsday. niiiiicccccce



---

09-04-2007, 11:11 PM                                                    **#293**

Lensman                                                                Posts: n/a

> Quote:
>
> Originally Posted by **Unregistered8888888**
> *THE RULES OF POLICE ARE SIMPLE: You don't give up another cop by exposing them for personal reasons involving their wives. Not even the worst of the worst. NEVER BRING FAMILY INTO IT.*

You speak like a cop who after being married for 2 weeks was still getting blowjobs from sluts you pick up at your fav club.

When I found out my neighbor the married Suffolk cop was banging a waitress at the restuarant where he gets his free daily meals while in uniform, I parked my boss's van across the street from the restuarant with my Minolta and captured his unfaithfulness on film.

3 days after mailing the pics to his wife I noticed he was packing a rented van with his belongings and I have not seen him since.

If he was not such a rude and arrogant piece of ... I probably would have minded my own business. Isn't there a law that says married guys can't be humping women who they are not married to?



---

09-04-2007, 11:15 PM

just the facts mamm

**dahhh dah dah dah dahhhhhhhh**

> Quote:
>
> Originally Posted by **scuttlebutt**
> *Who are the guys in blue...and what are their wives names?*

Hesse000172

Case 2:07-cv-01215-SJF-ETB   Document 143-16   Filed 01/15/10   Page 21 of 52 PageID #: 2336



hiring an attorney (per dium), civil law suit (325mil), having a picture of the men accusing yo
picture for the world to see (PRICELESS)!!!!

my god frank. you must be joking. and poor retarded joe was stupid enough to follow you an
joe, how sick are you now? i watched all your press conferences again today on your lawyers
the lies all the lies. hey ed, you talk about it being a public safety issue. must have been tuff
what was going on in the village while joe and frank were with all these women drinking. and
dont have a job. you crack me up.
i love how you all say the chief made you change reports to cover other police officers. whene

Hesse000173

your embarassing original reports let the boss know. oh wait. hes not your boss anymore. we ready. see you in hell!!

---

09-04-2007, 11:20 PM | #295

oh my, one more | Posts: n/a

**we know it was you**

> Quote:
>
> Originally Posted by **holy crap 214** 
> *Lets see how many people recognize me?*
> *http://www.flickr.com/photos/pollyt/130852118/*

photo taken by the same woman. i guess it never ends frank
http://www.flickr.com/photos/pollyt/44485973/



---

09-04-2007, 11:52 PM | #296

and another 414 | Posts: n/a

**out of control**

> Quote:
>
> Originally Posted by **oh my, one more** 
> *photo taken by the same woman. i guess it never ends frank*
> *http://www.flickr.com/photos/pollyt/44485973/*

http://www.flickr.com/photos/pollyt/44496281/



---

09-05-2007, 09:59 AM | #297

Unregistered887 | Posts: n/a

**I Don't Know Who Those Guys Are**

AND I DON'T CARE IF THEY ARE THE BIGGEST SC\*MBAGS ALIVE. You just don't do this. I have a few guys I would like to hang by the feet and cut their throats. But this is VERBOTEN. Family is OUT! When you post a picture like this you hurt the family. Let the guy do it himself, he doesn't need your help.

I hope Mr.Minolta is proud of himself. A job well done. sicko.

Like I said I don't even know who those guys are in the photograph. I might wish them to hell. No, I am not retarded, I made my opinions on what I saw.

Hesse000174

I worked with guys I hated. Would run them over if I could. But if I ever met (and I have) a member of their family who asked me do you know so and so, my dad, brother, or whatever, I would say oh, sure, great guy. And walk away mumbling under my breath motherf---r.



---

☐ 09-05-2007, 10:21 AM  #298

Unrergistered  Posts: n/a

Quote:

> **Originally Posted by Unregistered887** ☒
> *AND I DON'T CARE IF THEY ARE THE BIGGEST SC\*MBAGS ALIVE. You just don't do this. I have a few guys I would like to hang by the feet and cut their throats. But this is VERBOTEN. Family is OUT! When you post a picture like this you hurt the family. Let the guy do it himself, he doesn't need your help.*
>
> *I hope Mr.Minolta is proud of himself. A job well done. sicko.*
>
> *Like I said I don't even know who those guys are in the photograph. I might wish them to hell. No, I am not retarded, I made my opinions on what I saw.*
>
> *I worked with guys I hated. Would run them over if I could. But if I ever met (and I have) a member of their family who asked me do you know so and so, my dad, brother, or whatever, I would say oh, sure, great guy. And walk away mumbling under my breath motherf---r.*

I believe these "guys" are fired cops, currently suing the dept, nothing more. They were a disgrace to the dept. Save your breath for cops not perps

---

☐ 09-05-2007, 01:54 PM  #299

glass houses...nice  Posts: n/a

📄 **talk about glass housees**

Tide Is Turning

---

☐ 09-05-2007, 10:38 PM  #300

homo  Posts: n/a

📄 **homo**

Quote:

Hesse000175

Case 2:07-cv-02215-SJF-ETB Document 130-16 Filed 01/25/10 Page 24 of 52 PageID #: 2339

Originally Posted by **Unregistered887** 
*AND I DON'T CARE IF THEY ARE THE BIGGEST SC\*MBAGS ALIVE. You just don't do this. I have a few guys I would like to hang by the feet and cut their throats. But this is VERBOTEN. Family is OUT! When you post a picture like this you hurt the family. Let the guy do it himself, he doesn't need your help.*

*I hope Mr.Minolta is proud of himself. A job well done. sicko.*

*Like I said I don't even know who those guys are in the photograph. I might wish them to hell. No, I am not retarded, I made my opinions on what I saw.*

*I worked with guys I hated. Would run them over if I could. But if I ever met (and I have) a member of their family who asked me do you know so and so, my dad, brother, or whatever, I would say oh, sure, great guy. And walk away mumbling under my breath motherf---r.*

homo

 Quote

 Post Reply

Page 30 of 35 « First < 20 28 29 **30** 31 32 > Last » ▽

« Previous Thread | Next Thread »

**Posting Rules** 

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S) ▾  Go

All times are GMT -5. The time now is 01:21 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000176

# The Schwartz Report

| | Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|---|
| | > Forums > Police Issues (N/S) | Password | | Log in |
| | **Ocean Beach Police Corruption** | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



**FREE EBOOK!**
**LESKO'S DEBT SEC**
Eliminate Penalties, Work with Creditors, Save

LeskoDebtSecrets.com

**Post Reply** | Page 31 of 35 « First < 21 29 30 **31** 32 33 > Last » ▽

Thread Tools ▽ | Display Modes ▽

09-05-2007, 10:40 PM | **#301**

FREE THE THREE | Posts: n/a

**ME**

Quote:

> Originally Posted by **just the facts mamm**
> *hiring an attorney (per dium), civil law suit (325mil), having a picture of the men accusing you of what they're doing in the picture for the world to see (PRICELESS)!!!!*
>
> *my god frank. you must be joking. and poor retarded joe was stupid enough to follow you and have his photo taken. hey joe, how sick are you now? i watched all your press conferences again today on your lawyers web site. you are all pathetic. the lies all the lies. hey ed, you talk about it being a public safety issue. must have been tuff patroling from your bunk. what was going on in the village while joe and frank were with all these women drinking. and you all want to know why you dont have a job. you crack me up.*
> *i love how you all say the chief made you change reports to cover other police officers. whenever you're ready to read all your embarassing original reports let the boss know. oh wait. hes not your boss anymore. well FOIL them when you're ready. see you in hell!!*

BOY, FRANK ARE YOU LUCKY YOU'RE NOT MARRIED...BUT STILL, SCREWING AROUND ON DUTY IS FROUND UPON.



09-06-2007, 01:23 PM

Hesse000177

Case 2:07-cv-01215-SJF-ETB Document 148-16 Filed 01/15/10 Page 26 of 52 PageID #: 2341

**Unregistered999999**

Posts: n/a

🖼 **Slappy**

What do you expect. These guys were never cops. They went through the SCPD Academy and then got part-time seasonal work in paradise. They have no idea how to deal with people or what loyality means. They tainted all the good and hardworking cops that work there.



---

🗐 09-06-2007, 05:39 PM

#303

**Unregistered me**

Posts: n/a

🖼 **so true**

> Quote:
>
> Originally Posted by **Unregistered999999** 🗐
> *What do you expect. These guys were never cops. They went through the SCPD Academy and then got part-time seasonal work in paradise. They have no idea how to deal with people or what loyality means. They tainted all the good and hardworking cops that work there.*

So true..Lucky this village has resolve and tons of support for the men who are accused and currently working there



---

🗐 09-06-2007, 09:04 PM

#304

**Your Turn Boys**

Posts: n/a

😊 **Ed Carter you fat redheaded clown f**k**

Ed Carter,

You fat readheaded clown f**ck! Your next, what are you going to do when the DA looks into your time sheets from both the Town of Islip and Ocean Beach. Boy I sure hope you signed out and werent double dipping. The same goes for you you lying bald headed prick Tom Snyder. Lets see what happens when the DA squad crawls up your ass with a microscope.

Burn in hell you lying scumbags!!!

Cant wait to see what other photos show up. After all it is a public safety issue right???



---

🗐 09-07-2007, 08:04 AM

#305

next step

🖼

Hesse000178

Case 2:07-cv-02215-SJF-ETB Document 18-16 Filed 01/29/10 Page 27 of 52 PageID #: 2342

Quote:

Originally Posted by **Your Turn Boys** 
*Ed Carter,*

*You fat readheaded clown f\*\*ck! Your next, what are you going to do when the DA looks into your time sheets from both the Town of Islip and Ocean Beach. Boy I sure hope you signed out and werent double dipping. The same goes for you you lying bald headed prick Tom Snyder. Lets see what happens when the DA squad crawls up your ass with a microscope.*

*Burn in hell you lying scumbags!!!*

*Cant wait to see what other photos show up. After all it is a public safety issue right???*

i think there should be charges against those 2 women for using the police scooter...uumv, and..... well the putz who allowed it was canned already. After they are charged we can give them a sweetheart deal to roll all the dirt they got. No doubt plenty. Also we should find these other women and inquire as to what day and time those cops were hanging out in a private home and how much booze was consumed.



---

09-07-2007, 09:00 AM                                                                #306

da's notified                                                            Posts: n/a



Quote:

Originally Posted by **next step** 
*i think there should be charges against those 2 women for using the police scooter...uumv, and..... well the putz who allowed it was canned already. After they are charged we can give them a sweetheart deal to roll all the dirt they got. No doubt plenty.*
*Also we should find these other women and inquire as to what day and time those cops were hanging out in a private home and how much booze was consumed.*

Good idea!!!!!!!!!!! Never thought of that.
Just emailed a couple people this forum's web address.
Who d have thunk it? This thread could seal their fate



---

09-07-2007, 06:58 PM                                                                #307

F\*\*k em all                                                            Posts: n/a

**I hope they hang themselves**

Hesse000179

Case 2:07-cv-02215-SJF-ETB    Document 195-16    Filed 06/23/10    Page 28 of 52    PageID #: 2343

The best thing these 5 losers could do is kill themselves. They are useless scumbags. I cant wait till you have your day before your maker!



| 09-08-2007, 12:54 AM | #308 |
|---|---|

Unregistered234565432                                    Posts: n/a

 **what happened?**

Why haven't the five former officers made any comment regarding the dismissal of Bill's case or the discovery of the photograph depicting Frank (I'll never be a cop again) Fiorello and Joe (I'm a retard, who can't spell my own name) Nofi attending a party while on duty?

When Frank is doing mall security somewhere, real cops will take bets on whether he was; A) PD Reject, or, B) Former Prisoner. The d*@kbag never did one minute of real police work. He is a damned disgrace.

And Nofi, well, we all know he is just really, really, dumb.



| 09-08-2007, 07:36 AM | #309 |
|---|---|

Unregistered7475664                                      Posts: n/a

 **How Can So Little Do So Much?**

How many OPD cops are there who work In-Season? They seem to have done everything wrong since Pearl Harbor. I think the folks of Suffolk County may ask themselves if so few can do so much wrong - how much is going on with SCPD? It goes on in a lot of places, including SCPD. Boys will be boys.

It shouldn't happen, but it does. All posting pictures does is to give someone an idea - hey, I got a few myself. Digital pictures - boom.

take a look at the idiot cops at the West Indian Day Parade You Tube clips. One is standing there getting the 'grind', and the other cop decides to join in and does his own thing.

You guys are asking for trouble. All it is going to take is ONCE for a wild pic to be posted and you will all be in the soup.

Any old time NYPD cop who did summer duty in the Rockaways knows the cops rented bungalows for the season. It was party time for many of them. On or Off-Duty - it made no difference. You could just as easily been in uniform as not. It was just one long celebration.

Suffolk County policing is like what happened at the end of the War with the Japanese. We were finding Japanese soldiers in caves 20 years after the war was over thinking the war was still on. Some of you folks out there believe you are policing in the 1940's.

STOP THROWING STONES AT EACH OTHER.

Hesse000180



09-08-2007, 11:48 AM                                                                            #310

1 step behind                                                                           Posts: n/a



Quote:

> Originally Posted by **Unregistered7475664**
> *How . I think the folks of Suffolk County may ask themselves if so few can do so much wrong - how much is going on with SCPD? It goes on in a lot of places, including SCPD. Boys will be boys.*
>
> *It shouldn't happen, but it does. All posting pictures does is to give someone an idea - hey, I got a few myself. Digital pictures - boom.*

Thats why you are a putz my boy. We've dealt with video cams and now cell phone cams for years. You think you just struck gold????? There is a entire block of training in the scpd academy on dealing with the public. A good % of one day is how the public can use these devices against you. Scpd always assume they are on tape, thats why the incidence are few and far between out here. Oh they've happened and will happen, there have been "wild pics" its nothing new, maybe to you but after all you are just a web board groupie. But its rare and will remain rare.....Notice you mention west indy, and rockaways.
As far as comparing opd to scpd....opd has parttimers...scpd doesnt. opd serve a tiny high end area,roughly the size of a small village that doesnt welcome outsiders and is notoriously tough on them, scpd is a 5 town dept.
Stupid comparison .
I do have to say I'm impressed with how every post, whether debating town or sheriff or whatever, there is always at least one poster who comes back to SCPD.
Infatuation



        Page 31 of 35  « First  <  21  29  30  **31**  32  33  >  Last »  ▽

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts
————————————————
vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) ▾ Go

Hesse000181

Case 2:07-cv-02219-SJF-ETB   Document 133-10   Filed 01/13/10   Page 30 of 52 PageID #: 2345

All times are GMT -5. The time now is 01:21 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000182

Case 2:07-cv-01215-SJF-ETB Document 145-16 Filed 01/15/10 Page 31 of 52 PageID #: 2346



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
|---|---|---|---|
| > Forums > Police Issues (N/S) | | | |
| **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Become A Police Officer**
SWAT, K9, Narcotics, CSI & More. Online
Degrees For Police Careers
www.Public-Service.US/PoliceCareers

**Police Ringtones**
Send Complimentary Ringtones to your cell.
BestTones4U.info

**All Police Records ®**
Find any Police Record in 1 Mi
Database of Government!
Gov-Records.com

V V

**Post Reply** | Page 32 of 35 « First < 22 30 31 **32** 33 34 > Last »

Thread Tools ▽ | Display Modes ▽

09-08-2007, 01:03 PM | **#311**

stop taking my O/T | Posts: n/a

Quote:

Originally Posted by **Unregistered7475664** ▷
*How many OPD cops are there who work In-Season? They seem to have done everything wrong since Pearl Harbor. I think the folks of Suffolk County may ask themselves if so few can do so much wrong - how much is going on with SCPD? It goes on in a lot of places, including SCPD. Boys will be boys.*

*It shouldn't happen, but it does. All posting pictures does is to give someone an idea - hey, I got a few myself. Digital pictures - boom.*

*take a look at the idiot cops at the West Indian Day Parade You Tube clips. One is standing there getting the 'grind', and the other cop decides to join in and does his own thing.*

*You guys are asking for trouble. All it is going to take is ONCE for a wild pic to be posted and you will all be in the soup.*

*Any old time NYPD cop who did summer duty in the Rockaways knows the cops rented bungalows for the season. It was party time for many of them. On or Off-Duty - it made no difference. You could just as easily been in uniform as not. It was just one long celebration.*

*Suffolk County policing is like what happened at the end of the War with the Japanese. We were finding Japanese soldiers in caves 20 years after the war was over thinking the war was still on. Some of you folks out there believe you are*

Hesse000183

> *policing in the 1940's.*
>
> *STOP THROWING STONES AT EACH OTHER.*

hello..bing bong..is anyone else shaking there head at this rediculous babble!! We are talking about part time skells who have NO professional conduct because its a summer job looking at tits and ass and playing cop to get as many phone numbers as they can. THEY ARE NOT the representation of full time police officers in Suffolk, Nassau, or New York City. They are a farse and an embarrasment to ALL FULL TIME police officers. So save your ramblings about WW2 and the japs and germans for the history channel!!



---

09-08-2007, 01:59 PM                                                    **#312**

morons all                                                              Posts: n/a

**retarded**

Quote:

> Originally Posted by **stop taking my O/T**
> *hello..bing bong..is anyone else shaking there head at this rediculous babble!! We are talking about part time skells who have NO professional conduct because its a summer job looking at tits and ass and playing cop to get as many phone numbers as they can. THEY ARE NOT the representation of full time police officers in Suffolk, Nassau, or New York City. They are a farse and an embarrasment to ALL FULL TIME police officers. So save your ramblings about WW2 and the japs and germans for the history channel!!*

do asses realize that most of the cops are retired nypd, suffolk and nassau cops. you are attacking your own.



---

09-13-2007, 05:51 PM                                                    **#313**

stop taking my O/T                                                      Posts: n/a

Quote:

> Originally Posted by **morons all**
> *do asses realize that most of the cops are retired nypd, suffolk and nassau cops. you are attacking your own.*

Im coming against any part time skell thats taking my O/T away from me..and if you are retired and working part time..then you ought to know better and stop being buff. Without any facts as to the history of where all the part timers came from, i wont comment on how many are retired cops, but I seriously DOUBT the number is as high as you think. Besides, the part timers jammed up arent retired cops to my knowledge.

Hesse000184



---

09-14-2007, 12:29 AM                                                    #314

Unregistered-OLD TIMER-                                           Posts: n/a

**There are alway a few.....**

Quote:

> Originally Posted by **stop taking my O/T**
> *Im coming against any part time skell thats taking my O/T away from me..and if*
> *you are retired and working part time..then you ought to know better and stop*
> *being buff. Without any facts as to the history of where all the part timers came*
> *from, i wont comment on how many are retired cops, but I seriously DOUBT the*
> *number is as high as you think. Besides, the part timers jammed up arent retired*
> *cops to my knowledge.*

There are always a few. Every job has them. It doesn't matter if they're on the job for five minutes or twenty years. They think they know everything, about everything and are always bitching about something. Instead of getting the facts they spout off without having a clue of what they're talking about. Two of the four Ocean Beach cops indicted are retired NYC cops. One has had the case against him dismissed. The other cases are pending and motions are being heard at this time. When the case goes to trial, then all the FACTS will be heard and a jury will decide the outcome. Until then, don't judge those indicted. It's a big leap from probable cause to beyond a reasonable doubt. There are only three full time officers in the Ocean Beach P.D. One is the Chief, who has been out on sick leave for two years; one is the Acting Chief, who was indicted and is on modified duty, and one is a police officer. There are about twenty eight or so part time and seasonal officers, all Civil Service qualified, and most with law enforcement experience, who do a great job under difficult circumstances and take overtime away from no one. Right now, five are retired NYC police officers, each with at least twenty years on the job, working to supplement their retirement. They are not buffing, they're working. There are five civilian dispatchers, three of which are retired Nassau detectives with about ninety odd years combined experience. They take overtime away from no one. There are cops from NYC, Nassau and Suffolk, who stop by the station every day asking what they have to do to get a job on the beach when they retire. Mr. Stop Taking My Overtime, no one from Ocean Beach is taking your overtime. Get back in your P.D., patrol your post, keep your eyes and ears open, stay alert, watch out for your partners, don't get complacent and unless you know what your talking about keep you mouth shut so you don't sound like an ass. And get this straight kid, a cop, is a cop, is a cop. Anything can happen to any cop, on any job, at any time. Show some respect for your fellow officers no matter where they work. In other words, be a professional, do your job, take care of yourself, and mind your own business. If you do find it necessary to comment on something, get the facts first. Isn't that what cops are suppose to do?



---

09-16-2007, 07:06 PM                                                    #315

lalalalalal                                                      Posts: n/a

Hesse000185

I thought we just got facts from Newsday... They would never lie or make up a story would they? ☺



---

| 09-21-2007, 10:12 AM | #316 |

Just Another Flatfoot

Posts: n/a



Quote:

> Originally Posted by **Unregistered-OLD TIMER-**
> *There are always a few. Every job has them. It doesn't matter if they're on the job for five minutes or twenty years. They think they know everything, about everything and are always bitching about something. Instead of getting the facts they spout off without having a clue of what they're talking about. Two of the four Ocean Beach cops indicted are retired NYC cops. One has had the case against him dismissed. The other cases are pending and motions are being heard at this time. When the case goes to trial, then all the FACTS will be heard and a jury will decide the outcome. Until then, don't judge those indicted. It's a big leap from probable cause to beyond a reasonable doubt. There are only three full time officers in the Ocean Beach P.D. One is the Chief, who has been out on sick leave for two years; one is the Acting Chief, who was indicted and is on modified duty, and one is a police officer. There are about twenty eight or so part time and seasonal officers, all Civil Service qualified, and most with law enforcement experience, who do a great job under difficult circumstances and take overtime away from no one. Right now, five are retired NYC police officers, each with at least twenty years on the job, working to suppliment their retirement. They are not buffing, they're working. There are five civilian dispatchers, three of which are retired Nassau detectives with about ninety odd years combined experience. They take overtime away from no one. There are cops from NYC, Nassau and Suffolk, who stop by the station every day asking what they have to do to get a job on the beach when they retire. Mr. Stop Taking My Overtime, no one from Ocean Beach is taking your overtime. Get back in your P.D., patrol your post, keep your eyes and ears open, stay alert, watch out for your partners, don't get complacent and unless you know what your talking about keep you mouth shut so you don't sound like an ass. And get this straight kid, a cop, is a cop, is a cop. Anything can happen to any cop, on any job, at any time. Show some respect for your fellow officers no matter where they work. In other words, be a professional, do your job, take care of yourself, and mind your own business. If you do find it necessary to comment on something, get the facts first. Isn't that what cops are suppose to do?*

The guy who posts under the name "Stop Taking My O/T" is a complete waste of the skin suite he resides in. The guy is constantly posting about other agencies. He writes crap that is inconsistent with the truth on almost all occasions. He posts opinions that are so one sided that you almost have to pinch yourself to keep from laughing out loud. I personally do not think he is a cop, I think he reads what we write, he learns a few catch phrases and off he goes on another fantasy adventure with the boys in blue. If he is a cop, he could be that idiot Sgt from either Quogue Village or Southold Town. If you ever

Hesse000186

Ocean Beach Police Corruption - Page 32 - Long Island Nassau Suffolk County New York    Page 35 of 52    Page ID #: 2350

meet the guy at a dinner, Claudio's etc. you will never forget him. A big doufie looking, loud mouthed, opinionated moron. Cant understand why they hired him, or better yet why they promoted him? Civil Service at it's best moment? Not sure it is him, but all the stuff he writes lead me in that direction. So him, or TROLL - your guess is as good as mine.

Whichever the case may be, just ignore him. There are plenty of municipalities where they can not afford to hire full time police officers, so they supliment a few full time guys with seasonal help. In the case of Ocean Beach, it doesn't take much to figure out that for five months out of the year the place is hopping, for the other seven it's a freaking ghost town. So they cant hire ALL full time cops. It's like that on the East end Departments as well. They go from 600,000. people in May to over 1.6 million for June, July, August and September. There is no way they could justify hiring enough PO's to Police during the Summer months on a full time basis without going broke. But this idiot will come on here and talk about HIS O/T. I make a good salary on my job, I work incidental OT when it involves staying for an arrest, a no show, a bang in, etc. but if this idiot is relying on O/T to live then shame on him and shame on his union for not getting these guys a decent salary to live on. This is the same moron who took issue with the sheriff's office coming out on holidays for parades and functions to assist them with the crowds, traffic etc. He b!tched that they were taking his O/T, yet when you talk to other guys in his Department they tell me he's a moron and that whenever these events take place everybody is taking off and calling in so they don't have to work the holiday anyway. So who's O/T are they taking? NOBODY'S ! This guy is always off the mark.



---

| 02-03-2008, 07:14 PM | #317 |
|---|---|
| Unregistered747578383 | Posts: n/a |

**Spota Has Some Work To Do.**

He should stop with the OBD nonsense and take on the case where the handcuffed guy took a beating in the police station with at least five witnesses present. I don't think Spota can call the witnesses nefarious scoundrels as they have badges in their pockets.

---

| 04-07-2008, 10:36 AM | #318 |
|---|---|
| Unregistereddddddddd | Posts: n/a |

What is going on in OB, did everything finally get resolved?

---

| 04-07-2008, 11:24 AM | #319 |
|---|---|
| Unregistered999989 | Posts: n/a |

**how about that, spota**

Quote:

Hesse000187

> Originally Posted by **Unregistered747578383** 
> *He should stop with the OBD nonsense and take on the case where the*
> *handcuffed guy took a beating in the police station with at least five witnesses*
> *present. I don't think Spota can call the witnesses nefarious scoundrels as they*
> *have badges in their pockets.*

The man is a certifiable dope. Calling a federal agent not worthy of belief with an ax to
grind is more Spota horsemanure. The only ax to grind here is that a SCPD detective
beat the bejesus out of his witness that he brought to the SCPD for slaughter.

Quote

---

 04-09-2008, 12:42 PM     **#320**

Unregistered678910     Posts: n/a

Quote:

> Originally Posted by **Unregistereddddddddd** 
> *What is going on in OB, did everything finally get resolved?*

The case is still being litigated in the court, going into hearings.

Quote

---

 Post Reply     Page 32 of 35 « First

Hesse000188



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | | | |
| 🐞 **Ocean Beach Police Corruption** | Password | | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Police Ringtones**
Send Complimentary Ringtones to your cell.
BestTones4U.info

**Suffolk Truck Accidents**
Suffolk Truck Accident Lawyers Win Largest
Verdict In NYS History.
SuffolkCountyAccidentLawyers.Com

**Ny Police**
Want a career In Law Enforcer
everything you need for free
www.PoliceLink.com

**Post Reply**

| Page 33 of 35 « First < 23 31 32 **33** 34 35 > ▽ |

Thread Tools ▽    Display Modes ▽

---

🗐 05-10-2008, 07:18 PM                                                    **#321**

CuriousGeorge                                                            Posts: n/a

🗐 **Ocean Beach Update**

Quote:

| Originally Posted by **Unregistered678910** 🔳 |
| *The case is still being litigated in the court, going into hearings.* |

So, as we have all heard, Suffolk PD Marine Bureau will not be staffing Fire Island with additional cops this summer...So I guess it will be up to George "The Chief" to assist in patrolling the Island. If SCPD needs an assist, Im sure George and his crew of thugs will respond...unless...

"Headquarters to any Ocean Beach unit to respond to a 10-1 in the Pines..."

"Ocean Beach to Headquarters, sorry, we cant respond to the 10-1, the Chief has Company, and our other officers are tied up at CJ's doing an SLA check!!"

Hey, maybe now that all those Suffolk guys are gone, Mitch can spread out and expand his drug operations, right Chief?? You can turn your head when that goes on, right? Especially when Mitch gives you a little Mexican Jumping Powder, eh??

Chief, how is the AdultFriendFinder going? Any new dates???

**Quote**

---

🗐 05-11-2008, 06:16 AM                                                    **#322**

Unregisteredd                                                            Posts: n/a

Hesse000189

Quote:

**Originally Posted by just the facts mamm** ⊠
*hiring an attorney (per dium), civil law suit (325mil), having a picture of the men accusing you of what they're doing in the picture for the world to see (PRICELESS)!!!!*

*my god frank. you must be joking. and poor retarded joe was stupid enough to follow you and have his photo taken. hey joe, how sick are you now? i watched all your press conferences again today on your lawyers web site. you are all pathetic. the lies all the lies. hey ed, you talk about it being a public safety issue. must have been tuff patroling from your bunk. what was going on in the village while joe and frank were with all these women drinking. and you all want to know why you dont have a job. you crack me up.*
*i love how you all say the chief made you change reports to cover other police officers. whenever you're ready to read all your embarassing original reports let the boss know. oh wait. hes not your boss anymore. well FOIL them when you're ready. see you in hell!!*

lol

Quote

---

05-11-2008, 06:54 AM

Unregisteredsmile

Quote:

**Originally Posted by scuttlebutt** ⊠
*Who are the guys in blue...and what are their wives names?*

Hesse000190

Case 2:07-cv-01215-SJF-ETB   Document 19-10   Filed 01/15/10   Page 39 of 52 PageID #: 2354



05-11-2008, 10:30 AM

Unregistered67890



#324

Posts: n/a

Hesse000191

http://www.theschwartzreport.com/vb/showthread.php?t=3790&page=33                6/3/2008

> **Quote:**
>
> Originally Posted by **CuriousGeorge** 
> *So, as we have all heard, Suffolk PD Marine Bureau will not be staffing Fire Island with additional cops this summer...So I guess it will be up to George "The Chief" to assist in patrolling the Island. If SCPD needs an assist, Im sure George and his crew of thugs will respond...unless...*
>
> *"Headquarters to any Ocean Beach unit to respond to a 10-1 in the Pines..."*
>
> *"Ocean Beach to Headquarters, sorry, we cant respond to the 10-1, the Chief has Company, and our other officers are tied up at CJ's doing an SLA check!!"*
>
> *Hey, maybe now that all those Suffolk guys are gone, Mitch can spread out and expand his drug operations, right Chief?? You can turn your head when that goes on, right? Especially when Mitch gives you a little Mexican Jumping Powder, eh??*
>
> *Chief, how is the AdultFriendFinder going? Any new dates???*

Some guys don't no when to keep their mouth shut, do they. Sad.

---

📭 05-11-2008, 04:05 PM     **#325**

Unregisteredsdf     Posts: n/a

📝 **Hi Chief**

> **Quote:**
>
> Originally Posted by **Unregistered67890** 
> *Some guys don't no when to keep their mouth shut, do they. Sad.*

Oh Chief, thanks for digging up old memories! Now I remember that after that picture was taken, they took turns on your old lady in the bathroom while you were jerking off to AdultFriendFinder

Say Chief, how many of those date rape lollipops did Mitch give you???

---

📭 05-11-2008, 04:37 PM     **#326**

Unregisteredlol..lol     Posts: n/a

📝

> **Quote:**
>
> Originally Posted by **and another 414** ▶
> *http://www.flickr.com/photos/pollyt/44496281/*

Hesse000192

lol

Quote

---

☐ 05-11-2008, 05:10 PM                                              **#327**

Unregisteredcsvd                                              Posts: n/a

📋 **Chief Lollypop**

Quote:

Originally Posted by **Unregisteredlol..lol** ▣
*lol*

Was that one of the girls who had her face buried in Shannons clam as the rest of the guys took their turn inside her??

Quote

---

☐ 05-11-2008, 05:27 PM                                              **#328**

cop no more kevvy                                              Posts: n/a

📋 **real professional**

Quote:

Originally Posted by **holy crap 214** ▣
*Lets see how many people recognize me?*
*http://www.flickr.com/photos/pollyt/130852118/*

more lol....struck a nerve huh?

Quote

---

☐ 05-11-2008, 06:59 PM                                              **#329**

ShannonLicker                                              Posts: n/a

📋 **she tastes good**

Quote:

Originally Posted by **cop no more kevvy** ▣
*more lol....struck a nerve huh?*

Chief, Shannon has such a tight little box, why do you troll the internet looking for nasty dirty whores to slip date rape drugs to??

Quote

---

☐ 05-11-2008, 07:12 PM                                              **#330**



**Shannon Go Creative**

Posts: n/a

Oh yeah! Oh yeah! I love u so.

Page 33 of 35  « First  <  23  31  32  **33**  34  35  >

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)   Go

All times are GMT -5. The time now is 01:22 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.

Powered by SetNine Web Development

Hesse000194



| Long Island Nassau Suffolk County New York Political Forum | User Name | User Name | ☐ Remember Me? |
| > Forums > Police Issues (N/S) | Password | | Log In |
| Ocean Beach Police Corruption | | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

# Microfinance Empowers
## Join us in enabling the poorest of the poor to improve their own lives
### www.GrameenFoundation.org

Public Ser

**Post Reply**

Page 34 of 35 « First < 24 32 33 **34** 35 >

Thread Tools ▽  Display Modes ▽

05-12-2008, 05:26 AM

Unregisteredendofkev

Quote:

---

Originally Posted by **scuttlebutt**
*Who are the guys in blue...and what are their wives names?*

Hesse000195

Ocean Beach Police Corruption FTP Forum - Long Island Nassau Suffolk County New York Page 44 of 52



"Yup I'm the man in this neck o the woods"

---

05-12-2008, 09:02 AM                                    #332

**Special Agent**                                       Posts: n/a

📋 **Ready to Serve**

Hesse000196

Soory to hear of the termination. That said I was looking for a part-time job. I was a painter on ocean beach for years. I could help with buiding the new station. I don't get in anyones business so the chief and my co workers can do their thing without concern (if you know what I mean). I 'll stop by the station to get an application one night this week. How soon can I get a gun and badge? I really need it soon! The job that is!



---

☐ 05-12-2008, 10:28 AM                                          **#333**

**Unapplication**                                               Posts: n/a



Quote:

> Originally Posted by **Special Agent**
> *Soory to hear of the termination. That said I was looking for a part-time job. I was a painter on ocean beach for years. I could help with buiding the new station. I don't get in anyones business so the chief and my co workers can do their thing without concern (if you know what I mean). I 'll stop by the station to get an application one night this week. How soon can I get a gun and badge? I really need it soon! The job that is!*

Ask kevin for the specifics, but 1st you need to bring your wife down for us to bang. If no wife your sister or mother might do. We dont care if shes ugly. Kevins sister was so ugly we just bagged her face. His mother wasnt much better.
Of all, kevin sucked the best cock, but we didnt want him, not that being queer is bad or anything. He never understood that.



---

☐ 05-12-2008, 08:14 PM                                          **#334**

**Shannonlovesblacks**                                          Posts: n/a

 **Bbc**

Quote:

> Originally Posted by **Unapplication**
> *Ask kevin for the specifics, but 1st you need to bring your wife down for us to bang. If no wife your sister or mother might do. We dont care if shes ugly. Kevins sister was so ugly we just bagged her face. His mother wasnt much better.*
> *Of all, kevin sucked the best cock, but we didnt want him, not that being queer is bad or anything. He never understood that.*

So I hear SHannon loves having big black bulls fill her nasty cunt while the Chief is at work. Sweet!!

Chief, how much does Mitch pay you to look the other way? How old are those girls you pick up at the bars? I hear one of them was 15..

Hesse000197

Quote

☐ 05-13-2008, 06:30 AM                                                    **#335**

Unregisteredlaugh                                                    Posts: n/a

Quote:

> Originally Posted by **Shannonlovesblacks** ⧉
> *So I hear SHannon loves having big black bulls fill her nasty cunt while the Chief is at work. Sweet!!*
>
> *Chief, how much does Mitch pay you to look the other way? How old are those girls you pick up at the bars? I hear one of them was 15....*

Who told shannon, your momma???? Cuz your momma told me the same thing.

Quote

☐ 05-14-2008, 10:25 AM                                                    **#336**

New PO                                                               Posts: n/a

☐ **Want it All**

Dam that's just like cop land! Where can I apply for your job! The city sucks!
Quote:

> Originally Posted by **Unregisteredendofkev** ⧉
> *"Yup I'm the man in this neck o the woods"*

Quote

☐ 05-14-2008, 12:04 PM                                                    **#337**

Unregistered777789                                                   Posts: n/a

☐ **You Guys Are Terrible**

how can you bring wives into this and all the other stuff. Stop, already because you guys are showing your dark side. Let it be. Either they get hung for the brutality or they don't.

Quote

☐ 05-14-2008, 07:27 PM                                                    **#338**

bcv                                                                  Posts: n/a

☐ **shannon**

Quote:

Hesse000198

> **Originally Posted by Unregistered777789** 
> *how can you bring wives into this and all the other stuff. Stop, already because you guys are showing your dark side. Let it be. Either they get hung for the brutality or they don't.*

shannon knows about hung!! All those big black bulls that come over to daddys house when chief is away brutaly beating innocent people. They open her up good so chiefy comes home to a total mess

---

 05-15-2008, 07:11 AM    **#339**

**bahsaidthelamb**    Posts: n/a

Quote:

> **Originally Posted by bcv** 
> *shannon knows about hung!! All those big black bulls that come over to daddys house when chief is away brutaly beating innocent people. They open her up good so chiefy comes home to a total mess*

You seem obsessed with the black schlong...how much time did you spend inthe slammer????

---

05-15-2008, 10:09 AM    **#340**

**shannoneatsloads**    Posts: n/a

 **not as much**

Quote:

> **Originally Posted by bahsaidthelamb** 
> *You seem obsessed with the black schlong...how much time did you spend inthe slammer????*

not as much as your gonna spend behind bars chief, for beating innocent people and having sex with young girls. Yeah, they know about you, Mitch, and the lollipops chief, your gonna hang for that one too!!!

And Chief, pleeeeeaaasssseee tell Shannon to wash that nasty box every now and then, it really stinks!!

---



| Page 34 of 35 | « First | < | 24 | 32 | 33 | **34** | 35 | > |

« Previous Thread | N

Hesse000199

Hesse000200

Case 2:07-cv-02215-JFB-ETB   Document 143-10   Filed 05/15/19   Page 49 of 52   PageID #: 2364



The Schwartz Report

| | User Name | [ User Name ] □ Remember Me? |
|---|---|---|
| Long Island Nassau Suffolk County New York Political Forum | | |
| > Forums > Police Issues (N/S) | Password | [ ] [ Log In ] |
| **Ocean Beach Police Corruption** | | |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|

**Volunteers Needed Abroad**
Compare Programs To Take You Abroad &
Save. Experience The World Now!
www.StudyAbroad.com

**Coffee Exposed** ☞
A shocking secret coffee co's don't want you to
know.
www.coffeefool.com

**Ethical Volunteering**
Affordable community volunte
worldwide
www.globalteer.org

**Post Reply**

Page 35 of 35 « First < 25 33 34 **35** ▽

Thread Tools ▽   Display Modes ▽

---

05-15-2008, 11:25 AM                                      **#341**

kevineatsloads                                            Posts: n/a

> Quote:
>
> Originally Posted by **shannoneatsloads** ▷
> *not as much as your gonna spend behind bars chief, for beating innocent people
> and having sex with young girls. Yeah, they know about you, Mitch, and the
> lollipops chief, your gonna hang for that one too!!!*
>
> *And Chief, pleeeeeaaasssseee tell Shannon to wash that nasty box every now
> and then, it really stinks!!*

So you do like black schlong???
you queerboy

[ Quote ]

---

05-15-2008, 03:00 PM                                      **#342**

The Zhuzh                                                 Posts: n/a

> Quote:
>
> Originally Posted by **kevineatsloads** ▷
> *So you do like black schlong???*
> *you queerboy*

Hesse000201

Case 2:07-cv-01215-SJF-ETB  Document 145-16  Filed 01/15/10  Page 50 of 52 PageID #: 2365

Typical maturity of LI cop scum.



---

🖼 05-16-2008, 07:32 AM                                                                    **#343**

UnregisDSztered                                                                          Posts: n/a



---

Quote:

> Originally Posted by **The Zhuzh** 🖼
> *Typical maturity of LI cop scum.*

Really, they should be wishing ncpd hq blown up, or talking about nambla or pretending they have a job...big babies



---

🖼 05-27-2008, 09:20 PM                                                                    **#344**

Another clown caper                                                                      Posts: n/a

🖼 **Is it Kevin, Ed, tom, Frank or Joe???**

Ok, Ok I want to know who it is that is so angry because they aren't cops any more??? I am guessing that Kevin Lamm I wearing an Eddie Carter red clown wig while getting banged by Frank Fiorello, Tom Snyder is pushing from behind like the angry bitch that he is. The retard Joe Noffi is laughing while jeking off to the whole circus act!!! One thing still hasnt chanaged,,, Bitches. You still aren't cops, you never were.

See you in court assholes!!!



---

🖼 05-31-2008, 07:14 AM                                                                    **#345**

Idiots                                                                                   Posts: n/a

🖼 **Careful what you wish for**

Ed Carter & Tom Snyder Islip Town Park Rangers, Kevin Lamm Islip MacArthur Airport Security Guard, Joe Nofie Smithtown Park Ranger and Frank Fiorello Square Badge Store Detective. Be careful of what you wish for. You see all of you are screw ups in your daily lives. That is why you are no longer cops. But when you make bogus allegations an investigation will be conducted. Now your past present and futures are all up for review. That will all come out if your case ever goes to trial. Your life of lies will come to light. You will be the ones paying the price in the end and you did it all to yourselves! You could could have just walked away like gentleman, but no. Remember, the truth is the truth!!!



---

Hesse000202

🖼 05-31-2008, 04:36 PM                                     **#346**

Unregisteredgd                                         Posts: n/a

📝 **hmm**

---

Quote:

> Originally Posted by **Another clown caper**
> *Ok, Ok I want to know who it is that is so angry because they aren't cops any more??? I am guessing that Kevin Lamm I wearing an Eddie Carter red clown wig while getting banged by Frank Fiorello, Tom Snyder is pushing from behind like the angry bitch that he is. The retard Joe Noffi is laughing while jeking off to the whole circus act!!! One thing still hasnt chanaged,,, Bitches. You still aren't cops, you never were.*
>
> *See you in court assholes!!!*

Another thing hasn't changed either Chief...Your still under indictment for your crimes. You know, if you had actually did your job instead of banging all those nasty skanks in your office (did you actually verify their age, or was it dont ask dont tell??), maybe this would not be happening. Knowingly employing men as police officers who never actually were is a serious offense Chief. How long did Al walk around the Beach, never actually being a police officer??? And cmon Chief, if you think you are a real cop....please. In the end, you will burn for what you did, and the Beach will fold up shop. They will have to pay for your crimes, and you will be going to jail. This is AMERICA you scumbag, people have a right to not be beaten by the "police" for no reason!!



🖼 05-31-2008, 05:39 PM                                     **#347**

Unregistered6777878                                    Posts: n/a

📝 **When Is The Case Coming To Trial?**

---

Quote:

> Originally Posted by **Unregisteredgd**
> *Another thing hasn't changed either Chief...Your still under indictment for your crimes. You know, if you had actually did your job instead of banging all those nasty skanks in your office (did you actually verify their age, or was it dont ask dont tell??), maybe this would not be happening. Knowingly employing men as police officers who never actually were is a serious offense Chief. How long did Al walk around the Beach, never actually being a police officer??? And cmon Chief, if you think you are a real cop....please. In the end, you will burn for what you did, and the Beach will fold up shop. They will have to pay for your crimes, and you will be going to jail. This is AMERICA you scumbag, people have a right to not be beaten by the "police" for no reason!!*

DOES ANYONE know when the case is coming to trial? Any idea why it hasn't already?



Hesse000203

 06-01-2008, 08:10 PM                                                                                #348

Blow me you idiot                                                                          Posts: n/a

**kiss my ass**

Hey jerk off, maybe the case hasn't gone to trial yet because the Suffolk DA has gotten
himself into a pickle. This case and the Martin Tankleff case and many others are being
reviewed by the department of justice because of improprieties with in the Suffolk DA's
office with many of it's cases therein. Do you remember the Duke Lacross team case???
Trust me when the DOJ gets done the duke case will look like nursery school. Besides
why isnt the DA's office pushing to go to trial. They anounced ready at the arraignment.
Oh thats right one of the indictments have already been tossed by the judge. The others
will get tossed soon.

So Kevin Lamm, Frank Fiorello, Joe Noffi, Ed Carter and Tom Snyder, why dont you all go
back to your circle jerk and tell each other how good it feels not to be cops anymore!

Cant wait to see you in court!



---

 06-01-2008, 08:46 PM                                                               #349

UnregisteredCurious                                                                        Posts: n/a

**Does Anybody Know**

I searched WebCrims and could find no cases pending relating to Lamm, Fiorello, Carter,
Noffi, of Snyder. One of them should have an appearence date on the court record?
anyone explain?

The previous post about the DOJ seems as though someone knows what they are talking
about.

You should have seen 60 Minutes earlier. The FED went tooth and nail after the Chicago,
PD, and are taking no prisoners. The question is if Suffolk County is big enough to get
their attention.

If that wasn't enough, a dummy in SCPD goes and commits a crime in front of a federal
agent. same kind of crime the OPD cops have been indicted for.

Tom Spota stonewalls it by saying no such thing happened and the federal agent is not
credible!!!

Suffolk observors familar with the system have often told me that what brought Spota to
power - the cops, are going to be the same people that will bring him down.



---

 06-01-2008, 10:51 PM

lammmmed

Hesse000204