# EXHIBIT "K"



# Collier County Sheriff's Office
3301 East Tamiami Trail
Naples, Fl 34112-4902
(239)-774-4434

## Employment Reference Prior Experience

APPLICANT: **Joseph NOFI**

EMPLOYER: **Ocean BCH Police Dept**

PERSON CONTACTED: **"Hesse**   TITLE: **Deputy Cheif**

ARE YOU RELATED TO THE APPLICANT? **—**

APPLICANT'S JOB TITLE: **Police Officer**

*IF POSSIBLE ATTACH A LIST OF THE DUTIES PERFORMED BY THE APPLICANT.

- DID THE APPLICANT HAVE FULL ARREST POWERS? **YES**
- IS THE APPLICANT SWORN / CERTIFIED IN YOUR STATE? **YES**
- DID THE APPLICANT WORK FULL OR PART-TIME? **Part-Time**
- IF THE APPLICANT WORKED FULL-TIME DID THE APPLICANT WORK AT LEAST ONE YEAR FULL-TIME? **No**
- DID THE APPLICANT HAVE CONTACT WITH INMATES? **—**

DATES OF EMPLOYMENT: FROM: **2000** TO: **2006**

APPLICANT'S REASON(S) FOR LEAVING EMPLOYMENT:

RESIGNED ___ LAID OFF ___ DISMISSED **✓** MUTUAL AGREEMENT ___

EXPLAIN: **Dismissed - Applicant presently suing the Police Dept for wrongful termination**

WOULD YOU RE-EMPLOY THE APPLICANT? **No-Comment**

RATE THE APPLICANT IN THE FOLLOWING AREAS:

| | EXCELLENT | GOOD | FAIR | POOR |
|---|---|---|---|---|
| PUNCTUALITY: | | ✓ | | |
| ATTENDANCE: | | ✓ | | |
| WORK PERFORMANCE: | ✓ | | | |

EXPLAIN ANY "POOR" RATINGS: _____

WOULD YOU RECOMMEND THE APPLICANT FOR A POSITION WITH THIS AGENCY? YES / NO (EXPLAIN) _____

APPLICANT'S NAME: __NOFI, Joseph__

CAN THE APPLICANT BE TRUSTED WITH CONFIDENTIAL MATTERS? YES / NO (EXPLAIN) _____

WOULD THE APPLICANT BE OK IN VOLATILE SITUATIONS? YES / NO (EXPLAIN) _____

IS THERE A RECORD OF ANY DISCIPLINARY ACTION SUCH AS; SUSPENSIONS, REPRIMANDS, OR INVESTIGATIONS AGAINST THE APPLICANT? YES (EXPLAIN) / NO _____

DID THE APPLICANT EVER INJURE THEMSELVES OR OTHERS ON THE JOB? YES (EXPLAIN) / NO _____

HOW DID THE APPLICANT GET ALONG WITH OTHER EMPLOYEES? _____

HAVE YOU HAD ANY PROBLEMS WITH THE APPLICANT TAKING COMPANY PROPERTY WITHOUT PERMISSION? YES (EXPLAIN) / NO _____

WAS THE APPLICANT HONEST AND TRUTHFUL? YES / NO (EXPLAIN) _____

DID THE APPLICANT EVER HAVE HIS / HER WAGES GARNISHED? YES (EXPLAIN) / NO _____

DID THE APPLICANT EVER USE DRUGS OR ALCOHOL ON THE JOB OR REPORT TO WORK UNDER THE INFLUENCE OF EITHER? YES (EXPLAIN) - NO _____

DO YOU KNOW OF ANY REASON (S) THE APPLICANT SHOULD NOT BE ALLOWED TO WORK WITH CHILDREN? _____

DID THE APPLICANT EVER SHOW ANY RACIAL, ETHNIC, RELIGIOUS, OR GENDER BIAS ON THE JOB? YES (EXPLAIN) / NO _____

DID THE APPLICANT EVER USE UNWARRANTED PHYSICAL FORCE OR THREATEN HARM TO ANOTHER ON THE JOB? YES (EXPLAIN) / NO _____

ARE YOU AWARE OF ANY DEROGATORY INFORMATION ABOUT THE APPLICANT? YES (EXPLAIN) / NO _____

PLEASE PROVIDE ANY ADDITIONAL INFORMATION THAT YOU FEEL IS IMPORTANT. _____
"Deputy Chief Hesse states 'His Police Dept is being sued by the applicant for "Wrongful (Job) Termination"' Chief Hesse states he cannot comment on the App's reason he

SIGNATURE: __Donato__   TITLE: __2254__   DATE: __09-15-2006__

- was let go OR His Job History at the PD due to the ongoing lawsuit."

CCSO 0150