# EXHIBIT "M"

Page 1

1

2                 UNITED STATES DISTRICT COURT

3                 EASTERN DISTRICT OF NEW YORK

4

5   EDWARD CARTER, FRANK FIORILLO,  )
    KEVIN LAMM, JOSEPH NOFI, and     )
6   THOMAS SNYDER,                   ) CV 07 1215
                                     )
7                  Plaintiffs,       )
                                     )
8              vs.                   )
                                     )
9   INCORPORATED VILLAGE OF OCEAN    )
    BEACH; MAYOR JOSEPH C. LOEFFLER,)
10  JR., individually and in his     )
    official capacity; former mayor )
11  NATALIE K. ROGERS, individually )
    and in her official capacity,    )
12  OCEAN BEACH POLICE DEPARTMENT;   )
    ACTING DEPUTY POLICE CHIEF       )
13  GEORGE B. HESSE, individually    )
    and in his official capacity;    )
14  SUFFOLK COUNTY; SUFFOLK COUNTY   )
    POLICE DEPARTMENT, SUFFOLK       )
15  COUNTY DEPARTMENT OF CIVIL       )
    SERVICE; and ALISON SANCHEZ,     )
16  individually and in her          )
    official capacity,               )
17                                   )
                   Defendants.       )
18  ------------------------------)

19

20            VIDEOTAPED DEPOSITION OF

21             JOSEPH C. LOEFFLER, JR.

22               New York, New York

23          Wednesday, February 25, 2009

24

    Reported by:
25  KRISTIN KOCH, RPR, RMR, CRR, CLR
    JOB NO. 20823

Page 2

```
1
2
3
4                    February 25, 2009
5                    10:04 a.m.
6
7
8
9          Deposition of JOSEPH C. LOEFFLER,
10   JR., held at the offices of Rivkin Radler
11   LLP, 926 RexCorp Plaza, Uniondale,
12   New York, before Kristin Koch, a Registered
13   Professional Reporter, Registered Merit
14   Reporter, Certified Realtime Reporter,
15   Certified Livenote Reporter and Notary
16   Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide      877-702-9580

Page 3

```
1
2   A P P E A R A N C E S :
3
4       THOMPSON WIGDOR & GILLY LLP
5       Attorneys for Plaintiffs
6           85 Fifth Avenue
7           New York, New York 10003
8       BY:  ARIEL Y. GRAFF, ESQ.
9
10      BEE READY FISHBEIN HATTER & DONOVAN, LLP
11      Attorneys for Incorporated Village of
12      Ocean Beach
13          170 Old Country Road
14          Mineola, New York 11501
15      BY:  JOSHUA JEMAL, ESQ.
16
17      RIVKIN RADLER LLP
18      Attorneys for Incorporated Village of
19      Ocean Beach, Joseph C. Loeffler Jr.,
20      Natalie K. Rogers and Ocean Beach Police
21      Department
22          926 RexCorp Plaza
23          Uniondale, New York 11556-0926
24      BY:  KENNETH A. NOVIKOFF, ESQ.
25           MICHAEL P. WELCH, ESQ.
```

TSG Reporting - Worldwide      877-702-9580

Page 4

```
1
2   A P P E A R A N C E S :  (Continued)
3
4
5       MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
6       Attorneys for George B. Hesse
7           530 Saw Mill River Road
8           Elmsford, New York 10523
9       BY:  KEVIN W. CONNOLLY, ESQ.
10
11
12
13   ALSO PRESENT:
14
15      SILVIO FACCHIN, Legal Video Specialist
16      FRANK FIORILLO
17      THOMAS SNYDER
18      JOSEPH NOFI
19      KEVIN LAMM
20
21
22
23
24
25
```

TSG Reporting - Worldwide      877-702-9580

Page 5

```
1
2          IT IS HEREBY STIPULATED AND AGREED
3    by and between the attorneys for the
4    respective parties herein, that filing and
5    sealing be and the same are hereby waived.
6          IT IS FURTHER STIPULATED AND AGREED
7    that all objections, except as to the form
8    of the question, shall be reserved to the
9    time of the trial.
10         IT IS FURTHER STIPULATED AND AGREED
11   that the within deposition may be sworn to
12   and signed before any officer authorized
13   to administer an oath, with the same
14   force and effect as if signed and sworn
15   to before the Court.
16
17
18
19               - oOo -
20
21
22
23
24
25
```

TSG Reporting - Worldwide      877-702-9580

Page 6

```
1
2        (Loeffler Exhibit 1, Confidential      09:50:33
3     Wage/Salary History, marked for          09:50:33
4     identification.)                          09:57:23
5        (Loeffler Exhibit 2, Ocean Beach       09:57:23
6     Defendants' Response to Plaintiffs' First  09:57:23
7     Set of Interrogatories, marked for        09:57:23
8     identification.)                          09:57:24
9           *   *   *                 10:03:38
10       THE VIDEOGRAPHER:  This is the tape    10:03:38
11    labeled number 1 of the videotaped         10:03:40
12    deposition of Mayor Joseph Loeffler in the 10:03:42
13    matter of Edward Carter, et al., versus    10:03:46
14    Incorporated Village of Ocean Beach, et al. 10:03:48
15       We are now going on the record.  The   10:03:51
16    time is 10:04 a.m.  Counsel will state     10:03:53
17    their appearances for the record.          10:03:56
18       MR. GRAFF:  Ari Graff from the law      10:03:58
19    firm of Thompson Wigdor & Gilly           10:03:59
20    representing the plaintiffs in this action, 10:04:01
21    three of whom are present with me here     10:04:03
22    today; Frank Fiorillo, Tom Snyder and Joe  10:04:05
23    Nofi.                            10:04:09
24       MR. NOVIKOFF:  And just for the        10:04:11
25    record, let the record reflect that        10:04:12
```
TSG Reporting - Worldwide      877-702-9580

Page 7

```
1
2     Mr. Fiorillo is not wearing a suit.        10:04:14
3        For all of the Village defendants       10:04:16
4     except Mr. Hesse, Ken Novikoff and Michael 10:04:18
5     Welch from the law firm of Rivkin Radler   10:04:22
6     LLP, and Joshua Jemal, general counsel to  10:04:25
7     the Village from the law firm of --        10:04:28
8        MR. JEMAL:  Bee Ready Fishbein          10:04:28
9     Hatter & Donovan.                   10:04:32
10       MR. CONNOLLY:  Kevin W. Connolly of     10:04:32
11    Marks, O'Neill, O'Brien & Courtney for the 10:04:34
12    defendant George Hesse.              10:04:36
13       THE VIDEOGRAPHER:  Will the court       10:04:37
14    reporter please swear in the witness.      10:04:38
15    J O S E P H   C.  L O E F F L E R ,  J R.,   10:04:46
16    called as a witness, having been duly sworn
17    by a Notary Public, was examined and
18    testified as follows:
19       MR. GRAFF:  This deposition will be     10:04:47
20    governed by the Federal Rules of Civil     10:04:50
21    Procedure and local civil rules for the    10:04:53
22    Eastern District of New York.            10:04:56
23       MR. NOVIKOFF:  Same stips as in        10:04:56
24    every other deposition that we have had?   10:04:58
25       MR. GRAFF:  Sure.                 10:04:59
```
TSG Reporting - Worldwide      877-702-9580

Page 8

```
1                Loeffler
2        MR. NOVIKOFF:  Okay.            10:05:00
3     EXAMINATION BY                     10:05:00
4     MR. GRAFF:                       10:05:00
5        Q.  Good morning, Mayor Loeffler.  As  10:05:00
6     you heard a moment ago, my name is Ari Graff, a 10:05:02
7     lawyer representing the plaintiffs.  I am going 10:05:05
8     to be asking you a series of questions today.  10:05:07
9        Do you understand that you are        10:05:11
10    testifying under oath in this deposition and 10:05:12
11    are legally obligated to tell the truth?   10:05:15
12       MR. NOVIKOFF:  You can move on.  The   10:05:17
13    witness is well aware what his obligations 10:05:19
14    are.  He just swore under oath.          10:05:21
15       MR. GRAFF:  Okay.  The witness can     10:05:22
16    indicate that in response to my question.  10:05:24
17       MR. NOVIKOFF:  Move on.  He is not     10:05:25
18    going to answer that question.          10:05:26
19       MR. GRAFF:  You are going to          10:05:27
20    instruct him not to answer?           10:05:28
21       MR. NOVIKOFF:  What's the point,      10:05:29
22    Ari?  He swore under oath.  Ask him does he 10:05:30
23    understand what the oath means.          10:05:33
24       Q.  Do you understand that the oath that 10:05:33
25    you took at the beginning of the deposition a 10:05:35
```
TSG Reporting - Worldwide      877-702-9580

Page 9

```
1                Loeffler
2     moment ago indicated that you are obligated to 10:05:38
3     tell the truth during this deposition?    10:05:41
4        A.  Yes, I do.            10:05:43
5        Q.  Thank you.  Have you ever testified 10:05:43
6     under oath before?               10:05:45
7        A.  Yes, I have.         10:05:47
8        Q.  And how many times have you        10:05:47
9     testified under oath before?          10:05:51
10       A.  Between 50 and 100 times.       10:05:53
11       Q.  In any of those cases when you     10:05:58
12    testified under oath, were you a party to the 10:06:01
13    proceeding?                     10:06:03
14       A.  Yes.               10:06:03
15       Q.  And what was the most recent time  10:06:14
16    that you testified under oath prior to today? 10:06:18
17       A.  About four years ago.         10:06:20
18       Q.  And in what context did you give   10:06:23
19    sworn testimony four years ago?         10:06:24
20       A.  It was in a federal trial in Central 10:06:26
21    Islip.                       10:06:30
22       Q.  And what was the nature of your    10:06:30
23    testimony in that case?             10:06:34
24       A.  It was referencing a gun arrest that 10:06:35
25    I had made while I was employed by the Suffolk 10:06:38
```
TSG Reporting - Worldwide      877-702-9580

## Page 10

Loeffler

1
2  County Police Department that was being          10:06:41
3  prosecuted in the federal court.          10:06:42
4      Q.  Other than testimony that you have          10:06:44
5  given in the context of your official police          10:06:46
6  duties, have you ever testified under oath in          10:06:49
7  any other context?          10:06:51
8      A.  Yes.          10:06:52
9      Q.  And in what context would that be?          10:06:52
10     A.  I had an EBT in an automobile          10:06:55
11  accident.          10:06:58
12     Q.  Other than the EBT, are there any          10:06:59
13  other times that you testified not in the          10:07:02
14  context of your official law enforcement          10:07:05
15  duties?          10:07:09
16     A.  Yes, at my divorce proceedings.          10:07:09
17     Q.  Other than that, are there any          10:07:13
18  others?          10:07:15
19     A.  No.          10:07:15
20     Q.  Have you ever been a plaintiff in          10:07:16
21  any lawsuit?          10:07:19
22     A.  No.          10:07:22
23     Q.  Have you ever been a defendant in          10:07:24
24  any lawsuit other than this lawsuit?          10:07:25
25     A.  Yes.          10:07:28

## Page 11

Loeffler

1
2      Q.  And in what cases have you been a          10:07:31
3  defendant?          10:07:33
4      MR. NOVIKOFF:  In his official          10:07:34
5  capacity or individual capacity?          10:07:36
6      MR. GRAFF:  In either.          10:07:37
7      MR. NOVIKOFF:  Why don't you break          10:07:38
8  it down, official and then individual.          10:07:39
9      Q.  We can break it down.  In what cases          10:07:40
10  have you testified as a named defendant in your          10:07:44
11  official capacity?          10:07:46
12     A.  I testified in federal court on a          10:07:48
13  case that I handled.          10:07:55
14     Q.  And what was the nature of that          10:07:57
15  case?          10:07:58
16     A.  That case was an allegation by a          10:07:59
17  defendant reference treatment that he received          10:08:04
18  while in custody.          10:08:08
19     Q.  And what was the official capacity          10:08:11
20  or position that you held at that time?          10:08:13
21     A.  I was a detective with the Suffolk          10:08:16
22  County Police Department.          10:08:18
23     Q.  And what was the nature of the          10:08:19
24  treatment that was the basis?          10:08:23
25     A.  We never got that far.  The case was          10:08:25

## Page 12

Loeffler

1
2  dismissed.          10:08:27
3      Q.  Other than that case, have there --          10:08:28
4  do you remember the name of the defendant in          10:08:30
5  that case?          10:08:32
6      A.  No, I do not.          10:08:32
7      Q.  Other than that case, have there          10:08:33
8  been any other cases where you have testified          10:08:35
9  in your official capacity as a named defendant?          10:08:37
10     A.  No.          10:08:39
11     Q.  Other than this case, have there          10:08:39
12  been any cases in which you have testified in          10:08:41
13  your individual capacity as a named defendant?          10:08:43
14     A.  No.          10:08:45
15     Q.  I know you have gone through this          10:08:46
16  many times before, but just to quickly go over          10:08:53
17  some of the protocols that we usually follow,          10:08:56
18  as you can see, there is a court reporter          10:08:58
19  here --          10:09:00
20     MR. NOVIKOFF:  What makes you think          10:09:00
21  he has gone over this many times before?          10:09:01
22     MR. GRAFF:  He has given testimony          10:09:03
23  before in the context of --          10:09:04
24     MR. NOVIKOFF:  So what makes you          10:09:06
25  think he has gone over whatever protocols?  10:09:07

## Page 13

Loeffler

1
2  Why don't you just ask questions.          10:09:07
3      MR. GRAFF:  Okay.          10:09:10
4      Q.  I will note that if you don't hear a          10:09:17
5  question or don't understand a question or a          10:09:20
6  word, please feel free to let me know and I'll          10:09:22
7  rephrase or repeat the question so that you can          10:09:24
8  understand it.          10:09:26
9      Also, if you would like to take a          10:09:27
10  break at any time, please just let me know and          10:09:29
11  we can do that, but I would usually ask that if          10:09:31
12  there is a question pending, you first answer          10:09:34
13  the question before the break.          10:09:35
14      Are you presently taking any          10:09:39
15  medications that could affect your ability to          10:09:42
16  testify fully and completely today?          10:09:44
17     A.  No.          10:09:47
18     Q.  Are you presently under a doctor's          10:09:48
19  care for any condition that could affect your          10:09:51
20  ability to testify fully and completely today?          10:09:53
21     A.  No.          10:09:55
22     Q.  Is there any reason you can think of          10:09:55
23  why you wouldn't be able to answer my questions          10:09:59
24  truthfully, fully and completely today?          10:10:01
25     MR. NOVIKOFF:  Objection.  I think          10:10:03

Page 14

```
1           Loeffler
2    you should ask the question about        10:10:05
3    truthfully, because if the question      10:10:07
4    encompasses "fully and completely," that 10:10:10
5    subsumes that your questions are clear, so 10:10:12
6    if you ask him if there is anything he can 10:10:13
7    think of that would prevent him from      10:10:16
8    answering honestly, that's a legitimate   10:10:18
9    question and he can answer that question. 10:10:20
10        MR. GRAFF:  Okay.                    10:10:02
11        Q.  I will note again that to the extent 10:10:21
12   that you are unclear about a question I am    10:10:22
13   asking, please tell me and I can repeat or   10:10:26
14   rephrase the question.                   10:10:28
15        MR. NOVIKOFF:  Counsel, I'm here to  10:10:29
16   object to the form of the question.  That's 10:10:32
17   my role.  Are you suggesting by that     10:10:34
18   instruction to the witness that he is    10:10:37
19   somehow waiving his rights under the     10:10:38
20   Federal Rules of Civil Procedure to review 10:10:41
21   his transcript at the conclusion and make 10:10:42
22   whatever changes he wants with any       10:10:45
23   explanation that he wants?               10:10:46
24        MR. GRAFF:  I am suggesting only    10:10:47
25   what I stated to the witness.  This      10:10:48
```

TSG Reporting - Worldwide      877-702-9580

Page 15

```
1           Loeffler
2    deposition is governed by the Federal Rules 10:10:50
3    of Civil Procedure.                      10:10:52
4        MR. NOVIKOFF:  I just want to make   10:10:52
5    that clear.                              10:10:55
6        MR. GRAFF:  Mr. Novikoff, are you    10:10:56
7    requesting the opportunity to review the 10:10:58
8    transcript?                              10:10:59
9        MR. NOVIKOFF:  I think -- if you     10:11:00
10   want to introduce it at trial, if this ever 10:11:01
11   gets to trial, you better show him the   10:11:03
12   transcript.                              10:11:05
13        MR. GRAFF:  Okay.  Pursuant to the  10:11:06
14   Federal Rules of Civil Procedure you have 10:11:08
15   the right to request that opportunity    10:11:09
16   before the completion of this deposition, 10:11:11
17   as you now have.                         10:11:13
18        Q.  Is there any reason, Mayor Loeffler, 10:11:14
19   that you can think of why you wouldn't be able 10:11:16
20   to answer my questions truthfully today? 10:11:18
21        A.  No.                             10:11:20
22        Q.  Is there any reason you can think of 10:11:21
23   why you wouldn't be able to answer my questions 10:11:23
24   fully and completely to the best of your 10:11:25
25   understanding and recollection?          10:11:27
```

TSG Reporting - Worldwide      877-702-9580

Page 16

```
1           Loeffler
2        A.  No.                             10:11:28
3        Q.  Who have you spoken with about this 10:11:29
4    lawsuit other than your counsel?         10:11:39
5        A.  My wife, my family, members of the 10:11:41
6    Village staff, news reporters, and some members 10:11:47
7    of the general public.                   10:11:52
8        Q.  Are you finished with that answer? 10:12:08
9        A.  Yes, I am.                       10:12:10
10        Q.  And what is your wife's name?    10:12:11
11        A.  Conde, C-O-N-D-E.               10:12:13
12        Q.  And how long have you been married 10:12:19
13   to Conde?                                10:12:20
14        A.  Eleven years.                   10:12:21
15        Q.  And prior to your marriage to Conde, 10:12:29
16   have you been married to anyone else?    10:12:32
17        A.  Yes, I was.                      10:12:33
18        Q.  And who else have you been married 10:12:34
19   to?                                      10:12:36
20        A.  Donna.                           10:12:36
21        Q.  And what have you discussed -- were 10:12:41
22   you referring to your current wife Conde as -- 10:12:43
23        A.  Yes.                             10:12:46
24        Q.  What have you discussed with Conde 10:12:46
25   about this lawsuit?                      10:12:49
```

TSG Reporting - Worldwide      877-702-9580

Page 17

```
1           Loeffler
2        MR. NOVIKOFF:  Objection.  Spousal   10:12:49
3    privilege.  You have to lay a much better 10:12:51
4    foundation to get him to answer about    10:12:54
5    communications he has with his wife about a 10:12:55
6    lawsuit in which he is named a party of. 10:12:59
7        MR. GRAFF:  We can come back to      10:13:01
8    that.                                    10:13:02
9        Q.  Which family members did you intend 10:13:02
10   to refer to as having -- as people who have 10:13:04
11   discussed this lawsuit with?             10:13:09
12        A.  My children, my brother.        10:13:10
13        Q.  And --                          10:13:16
14        A.  My mother.  That's about it.    10:13:17
15        Q.  Specifically which children?    10:13:21
16        A.  I have four children; Suzanne,  10:13:23
17   Christine, Michael and Jillian.          10:13:26
18        Q.  And have you spoken with all four of 10:13:30
19   your children about this lawsuit?        10:13:34
20        A.  Yes.                             10:13:35
21        Q.  And what have you discussed in   10:13:36
22   substance with your children concerning this 10:13:39
23   lawsuit?                                 10:13:41
24        A.  That I thought this --          10:13:41
25        MR. NOVIKOFF:  Go ahead.            10:13:43
```

TSG Reporting - Worldwide      877-702-9580

Page 18

Loeffler

2  A.  That I thought this was a frivolous   10:13:44
3  lawsuit and a waste of my time and that I was   10:13:45
4  very annoyed that I had to respond to these   10:13:48
5  questions and that it was taking a lot of my   10:13:51
6  time away from my family, this lawsuit has, and   10:13:55
7  I'm annoyed at that.   10:13:59
8  Q.  Other than your annoyance at the   10:14:00
9  lawsuit, is there anything else that you can   10:14:04
10  recall that you have discussed in substance   10:14:05
11  with any of your children?   10:14:08
12  MR. NOVIKOFF:  Objection to the   10:14:08
13  characterization of his testimony.  I think   10:14:09
14  he said more than he was merely annoyed   10:14:11
15  with the lawsuit.   10:14:13
16  Q.  Other than what you referred to in   10:14:14
17  your last response, have you discussed anything   10:14:16
18  else?   10:14:17
19  A.  That would be the sum and substance   10:14:17
20  of what I said.   10:14:19
21  Q.  And can you recall any specific   10:14:20
22  conversations with any of your children on that   10:14:21
23  subject?   10:14:23
24  A.  No, I can't.   10:14:24
25  MR. NOVIKOFF:  What subject?  The   10:14:25

TSG Reporting - Worldwide      877-702-9580

Page 19

Loeffler

2  lawsuit, his annoyance, the fact that it's   10:14:27
3  frivolous?  What?  You gotta be precise,   10:14:29
4  Ari.   10:14:32
5  Q.  Precise -- what you had testified to   10:14:34
6  before, including your annoyance.   10:14:36
7  MR. NOVIKOFF:  Objection to the   10:14:38
8  form.   10:14:38
9  A.  I'm confused.   10:14:39
10  MR. NOVIKOFF:  Yes, if you want to   10:14:40
11  break it down, break it down.   10:14:42
12  Q.  Can you recall when the last time   10:14:43
13  you discussed this lawsuit with Suzanne, your   10:14:44
14  daughter, was?   10:14:48
15  A.  Within the last month.  I discussed   10:14:48
16  it with all my children in the last month.   10:14:51
17  MR. NOVIKOFF:  Just answer the   10:14:53
18  question.   10:14:53
19  Q.  What members of the Village staff   10:14:54
20  have you discussed this lawsuit with?   10:14:55
21  MR. NOVIKOFF:  So we are off his   10:14:58
22  children now?   10:14:59
23  MR. GRAFF:  I am asking about the   10:15:00
24  Village staff right now.   10:15:01
25  MR. NOVIKOFF:  Okay, good.   10:15:02

TSG Reporting - Worldwide      877-702-9580

Page 20

Loeffler

2  A.  The members of the board.   10:15:04
3  Q.  And who are the members of the board   10:15:10
4  that you are referring to?   10:15:11
5  A.  It would be William Wingate, James   10:15:12
6  Mallott, Kenneth Klein and Steven Einig.   10:15:18
7  Q.  And what have you discussed with   10:15:32
8  William Wingate concerning this lawsuit?   10:15:34
9  MR. NOVIKOFF:  Now, if the witness   10:15:36
10  has addressed anything about this lawsuit   10:15:41
11  with a trustee member outside the presence   10:15:45
12  of counsel, I will permit him to answer.   10:15:48
13  If the witness has discussed with a trustee   10:15:50
14  in the presence of counsel, but not for the   10:15:53
15  purpose of seeking legal advice, I will   10:15:55
16  allow the witness to answer.  If he has in   10:15:58
17  a meeting with a trustee member with   10:16:01
18  counsel present seeking legal advice from   10:16:04
19  counsel, that I will object to and assert   10:16:07
20  privilege.   10:16:10
21  MR. GRAFF:  I understand.   10:16:10
22  MR. NOVIKOFF:  Okay.   10:16:11
23  A.  This matter has been discussed in --   10:16:11
24  at meetings, Village board meetings, and during   10:16:16
25  executive session with counsel present.   10:16:19

TSG Reporting - Worldwide      877-702-9580

Page 21

Loeffler

2  MR. NOVIKOFF:  See, now, if it's --   10:16:21
3  now, just for clarity, when you say board   10:16:23
4  meetings, it's open to the general public?   10:16:25
5  THE WITNESS:  Yes.   10:16:26
6  MR. NOVIKOFF:  Okay.  So if it's   10:16:27
7  open to the general public, you have to   10:16:28
8  answer.  If it was an executive session for   10:16:30
9  the purpose of seeking legal advice and   10:16:33
10  counsel, then I'm going to instruct you not   10:16:35
11  to answer.  Do you understand at least my   10:16:38
12  distinction?   10:16:41
13  THE WITNESS:  Yes, I do.   10:16:42
14  Q.  Okay.  And keeping Mr. Novikoff's   10:16:43
15  distinction in mind, what have you discussed   10:16:45
16  with William Wingate concerning this lawsuit?   10:16:48
17  A.  All the discussions I've had with   10:16:49
18  the Board of Trustees has been during executive   10:16:51
19  session.   10:16:53
20  Q.  So you have never had any   10:16:54
21  discussions with William Wingate individually   10:16:55
22  concerning this lawsuit?   10:16:58
23  A.  No sum and substance about this   10:16:58
24  lawsuit.  The only thing I have discussed is   10:17:00
25  the fact that I'd be responding to this EBT   10:17:02

TSG Reporting - Worldwide      877-702-9580

Page 22

```
1              Loeffler
2    today.                        10:17:06
3        Q.   And prior to -- strike that.      10:17:07
4             How long have you known William   10:17:17
5    Wingate?                       10:17:18
6        A.   25 years.             10:17:19
7        Q.   And what is the nature of your    10:17:21
8    relationship with Mr. Wingate?            10:17:24
9        A.   He is a friend.       10:17:27
10       Q.   And in what context did you first 10:17:37
11   meet Mr. Wingate?              10:17:39
12       A.   I bought a piece of property from 10:17:40
13   him, land.                     10:17:45
14       Q.   And is that land located in Ocean 10:17:48
15   Beach?                         10:17:50
16       A.   Yes, it is.           10:17:50
17       Q.   And in what year did you purchase 10:17:51
18   that land?                     10:17:53
19       A.   1985. 1984.           10:17:54
20       Q.   Have you -- what is the address of 10:17:59
21   that property that you are referring to?  10:18:02
22       A.   68 Ocean Road, Ocean Beach.    10:18:04
23       Q.   Other than that purchase of land 10:18:16
24   from Mr. Wingate, have you been involved in any 10:18:20
25   other real estate transactions in which he 10:18:22
```

TSG Reporting - Worldwide    877-702-9580

Page 23

```
1              Loeffler
2    played a part that you are aware of?     10:18:24
3        A.   No.                   10:18:26
4        Q.   Has Mr. Wingate ever loaned you any 10:18:27
5    money in connection with any real estate   10:18:29
6    transactions?                  10:18:31
7        A.   Yes.                  10:18:32
8        Q.   And on how many occasions has    10:18:34
9    Mr. Wingate loaned you money in connection with 10:18:37
10   a real estate transaction?               10:18:39
11       A.   Two.                  10:18:41
12       Q.   And what was the more recent of  10:18:42
13   those two occasions? When did that take place? 10:18:47
14       A.   Fifteen years ago.    10:18:49
15       Q.   And how much money did he loan you 10:18:50
16   at that time?                  10:18:52
17       A.   I don't know. I don't remember  10:18:53
18   exactly how much.              10:18:54
19       Q.   And what real estate was being   10:18:55
20   purchased at that time?            10:18:58
21       A.   29 Beachwold Walk in Seaview.   10:18:59
22       Q.   And what was the other real estate 10:19:05
23   transaction in connection with which     10:19:13
24   Mr. Wingate loaned you money?          10:19:15
25       A.   He had held a mortgage on the   10:19:16
```

TSG Reporting - Worldwide    877-702-9580

Page 24

```
1              Loeffler
2    property that I bought at 68 Ocean Road.  10:19:19
3        Q.   And how -- in what amount was the 10:19:21
4    mortgage?                      10:19:27
5        A.   I don't remember.     10:19:27
6        Q.   If I suggested that it was a hundred 10:19:27
7    thousand dollars, would that refresh your 10:19:30
8    recollection?                  10:19:31
9        A.   It could have been.   10:19:32
10       Q.   Have you ever been involved in any 10:19:32
11   purchase of real estate from Ocean Beach, that 10:19:40
12   is, the Village of Ocean Beach?          10:19:43
13       A.   Yes.                  10:19:47
14       Q.   And on how many occasions have you 10:19:47
15   been involved in purchasing real estate from 10:19:49
16   the Village of Ocean Beach?            10:19:51
17       A.   One.                  10:19:53
18       Q.   And when was that occasion?     10:19:53
19       A.   Approximately three years ago.  10:19:55
20       Q.   And what real estate did you     10:19:57
21   purchase at that time?             10:19:58
22       A.   I purchased a 4 by 50 foot right of 10:19:59
23   way from the Village of Ocean Beach.    10:20:04
24       Q.   And where is the -- that located, 10:20:06
25   the address?                   10:20:09
```

TSG Reporting - Worldwide    877-702-9580

Page 25

```
1              Loeffler
2        A.   68 Ocean Road.        10:20:09
3        Q.   And how much did you pay for that 10:20:11
4    real estate?                   10:20:14
5        A.   $1,500, I think.      10:20:14
6        Q.   And do you know what the assessed 10:20:18
7    value of the real estate was at the time that 10:20:21
8    you purchased it?              10:20:23
9        A.   It didn't have an assessed value, I 10:20:24
10   don't think.                   10:20:28
11       Q.   Subsequent to your purchase of that 10:20:29
12   piece of real estate, has it been assessed, to 10:20:32
13   your knowledge?                10:20:34
14       A.   No, it has not.       10:20:35
15       Q.   Do you know what the value of that 10:20:39
16   real estate is?                10:20:41
17       A.   No, I don't.          10:20:41
18       Q.   When did you first meet Trustee   10:20:50
19   James Mallott?                 10:20:53
20       A.   Thirty years ago.     10:20:55
21       Q.   And what's the nature of your    10:20:56
22   relationship with Mr. Mallott?            10:20:58
23       A.   Friend.               10:20:59
24       Q.   And is he a family friend? Do your 10:21:04
25   families interact socially?            10:21:08
```

TSG Reporting - Worldwide    877-702-9580

## Page 26

Loeffler

2    MR. NOVIKOFF: Objection. Form.    10:21:10
3  Q.  Do your families interact socially?   10:21:13
4  A.  No.    10:21:17
5  Q.  And when did you meet Trustee    10:21:18
6  Kenneth Klein?    10:21:20
7  A.  Five years ago.    10:21:23
8  Q.  And in what context did you meet    10:21:28
9  Mr. Klein?    10:21:30
10  A.  He was a member of the Zoning Board    10:21:31
11  of Appeals in the Incorporated Village of Ocean   10:21:32
12  Beach.    10:21:36
13  Q.  What's the nature of your    10:21:36
14  relationship with Mr. Klein?    10:21:37
15  A.  He is a friend.    10:21:38
16  Q.  And Trustee Steven Einig, when did   10:21:43
17  you first meet him?    10:21:46
18  A.  2003.    10:21:48
19  Q.  In what context did you first meet    10:21:52
20  Mr. Einig?    10:21:53
21  A.  He was a member of the sitting board   10:21:54
22  of the Village of Ocean Beach.    10:21:56
23  Q.  When you say "the city board," is    10:21:59
24  that --    10:22:01
25  A.  Sitting board.    10:22:01
TSG Reporting - Worldwide    877-702-9580

## Page 27

Loeffler

2  Q.  Sitting board?    10:22:01
3  A.  Sitting, S-I-T-T-I-N-G.    10:22:04
4  Q.  What's the nature of your    10:22:07
5  relationship with Mr. Einig?    10:22:09
6  A.  He is a friend.    10:22:10
7  Q.  Have any of your children ever been   10:22:11
8  employed by Ocean Beach?    10:22:19
9  A.  Yes.    10:22:20
10  Q.  And which children have been    10:22:20
11  employed by Ocean Beach?    10:22:23
12  A.  All of them.    10:22:24
13  Q.  What positions has Suzanne Loeffler   10:22:25
14  held with Ocean Beach?    10:22:29
15  A.  She worked in the Village office and   10:22:30
16  she was the director of the recreation    10:22:32
17  department.    10:22:34
18  Q.  And during what period of time did   10:22:34
19  she work in the Village office?    10:22:36
20  A.  I don't know the exact date.    10:22:37
21  Q.  Do you know the years?    10:22:44
22  A.  No, I don't.    10:22:45
23  Q.  And during what period of time, if   10:22:46
24  you know, did she work in the recreation    10:22:49
25  department?    10:22:52
TSG Reporting - Worldwide    877-702-9580

## Page 28

Loeffler

2  A.  Up until two years ago she worked    10:22:52
3  there -- three years ago she worked there.   10:22:55
4  Q.  And do you know how long she held    10:22:57
5  her position with that department?    10:22:59
6  A.  No, I don't.    10:23:00
7  Q.  And what positions has Jillian    10:23:01
8  Loeffler held with the Village of Ocean Beach?   10:23:07
9  A.  She is the seasonal director of the   10:23:10
10  recreation department.    10:23:13
11  Q.  And how long has she held that    10:23:13
12  position?    10:23:15
13  A.  Two years.    10:23:15
14  Q.  Did you have any role in her    10:23:16
15  obtaining that position?    10:23:18
16  A.  No, I did not.    10:23:19
17  Q.  And what positions has Mike Loeffler   10:23:20
18  held with Ocean Beach?    10:23:24
19  A.  He was a seasonal lifeguard.    10:23:25
20  Q.  During what period of time was he a   10:23:27
21  seasonal lifeguard?    10:23:30
22  A.  More than five years ago.    10:23:32
23  Q.  And what positions has Christine    10:23:39
24  Loeffler held with Ocean Beach?    10:23:41
25  A.  She worked for the -- this last    10:23:43
TSG Reporting - Worldwide    877-702-9580

## Page 29

Loeffler

2  summer for three months she worked at the   10:23:49
3  recreation department.    10:23:52
4  Q.  And that was after Suzanne Loeffler   10:23:58
5  no longer worked there?    10:24:02
6  A.  Correct.    10:24:03
7  Q.  Thank you.  Are you related to    10:24:03
8  Winnie or Winifred Loeffler?    10:24:09
9  A.  That's my mother.    10:24:10
10  Q.  Has your mother, Mrs. Loeffler, held   10:24:13
11  any positions with Ocean Beach?    10:24:16
12  A.  Yes, she has.    10:24:17
13  Q.  What positions has she held?    10:24:19
14  A.  She was the court clerk.    10:24:21
15  Q.  During what period of time was she   10:24:22
16  court clerk?    10:24:25
17  A.  Approximately 30 years.    10:24:25
18  Q.  And do you know what the nature of   10:24:30
19  her duties were as Village clerk -- court   10:24:32
20  clerk?  Excuse me.    10:24:35
21  A.  She worked in the court.    10:24:35
22  Q.  Other than the members of your    10:24:40
23  family who we have just been discussing, have   10:24:42
24  any other family members of yours ever been   10:24:45
25  employed by Ocean Beach?    10:24:47
TSG Reporting - Worldwide    877-702-9580

Page 30

```
 1          Loeffler
 2    A.  My father.              10:24:48
 3    Q.  And was your father the chief of    10:24:49
 4 police at Ocean Beach?              10:24:53
 5    A.  Yes, he was.          10:24:53
 6    Q.  And do you know during what period   10:24:54
 7 of time he was the police chief?        10:24:56
 8    A.  From 1956 until 1993 maybe.     10:24:58
 9    Q.  Have any other members of your     10:25:15
10 family been employed by Ocean Beach?     10:25:17
11    A.  My brother, Alan.          10:25:19
12    Q.  Alan Loeffler?           10:25:20
13    A.  Yes, sir.            10:25:21
14    Q.  What position has your brother held   10:25:22
15 with Ocean Beach?                10:25:24
16    A.  He was a police officer in the    10:25:25
17 Village Police Department.         10:25:26
18    Q.  And, to your knowledge, has Alan   10:25:30
19 Loeffler held any law enforcement positions  10:25:33
20 outside of Ocean Beach?             10:25:35
21    A.  Yes, he has.          10:25:37
22    Q.  And what law enforcement positions  10:25:38
23 has he held?                10:25:41
24    A.  He worked for the U.S. Marshal    10:25:41
25 Service and he worked for the Town of Islip.  10:25:43
```

TSG Reporting - Worldwide     877-702-9580

Page 31

```
 1          Loeffler
 2    Q.  Do you know what position he held in  10:25:50
 3 the Town of Islip?              10:25:51
 4    A.  He was harbor master.         10:25:52
 5    Q.  Is that a law enforcement position?  10:25:54
 6    A.  Yes, it is.          10:25:57
 7    Q.  Do you know during what period of   10:25:59
 8 time he held the position of harbor master in  10:26:01
 9 the Town of Islip?              10:26:04
10    A.  Thirty years.  For thirty years.  He  10:26:05
11 just retired, so that would be from, let's see,  10:26:07
12 1975 to 2005, something like that.      10:26:10
13    Q.  And did your brother, Alan Loeffler,  10:26:19
14 communicate to you why he was retiring in 2005?  10:26:23
15    A.  Because he had thirty years in the   10:26:25
16 department.                10:26:27
17    Q.  Have you ever been convicted of a   10:26:34
18 crime?                 10:26:36
19    A.  No.                10:26:36
20       MR. NOVIKOFF:  You don't want to ask  10:26:40
21 what position he had with the U.S. Marshal?  10:26:42
22       MR. GRAFF:  I will ask the questions  10:26:47
23 that I'd like to ask.           10:26:48
24       MR. NOVIKOFF:  All right.  I just   10:26:50
25 thought it was interesting that you only   10:26:51
```

TSG Reporting - Worldwide     877-702-9580

Page 32

```
 1          Loeffler
 2 asked about the Town of Islip and not the   10:26:52
 3 U.S. Marshal.               10:26:54
 4    Q.  Since your counsel has raised it,    10:26:55
 5 what position did Alan Loeffler hold at the   10:26:57
 6 U.S. Marshal?               10:26:59
 7    A.  He was a sky marshal during the    10:27:00
 8 early '70s working at Kennedy Airport.    10:27:02
 9    Q.  Have you had any conversations with  10:27:09
10 former Mayor Rogers concerning this lawsuit?  10:27:11
11    A.  No.             10:27:14
12       MR. NOVIKOFF:  Okay.  You can    10:27:16
13 answer.  Right, you can answer.  He     10:27:18
14 wouldn't have been an employee at the time.  10:27:19
15    A.  Would you repeat the question,     10:27:22
16 please.                  10:27:23
17    Q.  Have you had any conversations with  10:27:23
18 former Mayor Rogers concerning this lawsuit?  10:27:25
19       MR. NOVIKOFF:  Oh, actually, other   10:27:28
20 than in the presence of counsel.       10:27:29
21       MR. GRAFF:  Yes.          10:27:31
22    Q.  None of my questions today are     10:27:32
23 intended to get at anything that was     10:27:33
24 communicated by your counsel to you or by you  10:27:35
25 to your counsel or by anyone else in your   10:27:38
```

TSG Reporting - Worldwide     877-702-9580

Page 33

```
 1          Loeffler
 2 presence in the presence of counsel for the   10:27:41
 3 purpose of obtaining legal advice.      10:27:43
 4       With that in mind, have you had any   10:27:45
 5 conversations with former Mayor Rogers     10:27:47
 6 concerning this lawsuit?            10:27:49
 7    A.  Yes.             10:27:51
 8    Q.  On how many occasions have you    10:27:52
 9 spoken with Mayor Rogers concerning this   10:27:54
10 lawsuit?                 10:27:57
11    A.  Once.              10:27:57
12    Q.  And when did that conversation take  10:27:57
13 place?                 10:27:59
14    A.  About a year ago.          10:28:00
15    Q.  And in substance, can you tell me   10:28:03
16 what was discussed between the two of you in   10:28:05
17 that conversation?              10:28:08
18       MR. NOVIKOFF:  As long as it was   10:28:09
19 outside the presence of counsel.       10:28:11
20    A.  It was discussed that we were both   10:28:12
21 defendants in this lawsuit and that we were   10:28:14
22 going to pursue this lawsuit vigorously.   10:28:16
23    Q.  Have you had any conversations with  10:28:22
24 Mary Anne Minerva concerning this lawsuit?  10:28:25
25    A.  Yes.             10:28:27
```

TSG Reporting - Worldwide     877-702-9580

Page 34

Loeffler

1
2      Q.   And what's the most recent occasion   10:28:28
3  when you communicated with Ms. Minerva about   10:28:30
4  this lawsuit?                      10:28:33
5          MR. NOVIKOFF:  Now, I am only going   10:28:34
6  to direct the witness on two things.  One,   10:28:35
7  if your discussion with Ms. Minerva was in   10:28:37
8  the presence of counsel, you don't answer,   10:28:39
9  or if your discussion with Ms. Minerva was   10:28:42
10 at the request of counsel in order to   10:28:44
11 obtain information concerning this lawsuit,   10:28:48
12 then I would instruct you not to answer.   10:28:50
13 Other than that, go wild.       10:28:52
14     A.   I spoke to her last week informing   10:28:55
15 her that I would be at this EBT.      10:28:58
16     Q.   Other than that conversation and any   10:29:01
17 conversations, as your counsel noted, that were   10:29:04
18 in the presence of counsel or under the   10:29:07
19 direction of counsel in connection with   10:29:10
20 litigation of this case, have you had any other   10:29:13
21 communications with Ms. Minerva about this   10:29:15
22 lawsuit?                        10:29:18
23     A.   Yes.                10:29:18
24     Q.   And in substance what have you   10:29:18
25 discussed with Ms. Minerva about this lawsuit?   10:29:20

TSG Reporting - Worldwide    877-702-9580

Page 35

Loeffler

1
2      A.   I thought it was a waste of my time   10:29:22
3  and a frivolous lawsuit brought by some   10:29:24
4  disgruntled employees.            10:29:26
5      Q.   Did you have any conversations with   10:29:28
6  Ms. Minerva concerning her deposition in this   10:29:30
7  lawsuit?                        10:29:32
8          MR. NOVIKOFF:  Concerning the fact   10:29:33
9      that she was going to be deposed or   10:29:34
10     concerning anything she said at her   10:29:36
11     deposition after the fact?      10:29:38
12         MR. GRAFF:  Either.        10:29:39
13         MR. NOVIKOFF:  Then objection to   10:29:40
14     form.  Break it down.          10:29:41
15     A.   Would you please repeat the   10:29:44
16 question.                       10:29:45
17     Q.   Have you had any conversations with   10:29:45
18 Ms. Minerva concerning her deposition in this   10:29:47
19 lawsuit?                        10:29:49
20         MR. NOVIKOFF:  Objection to form.   10:29:49
21     You can answer.              10:29:50
22     A.   No, I have not.          10:29:51
23     Q.   And have you had any conversations   10:29:52
24 with Mayor Rogers -- former Mayor Rogers about   10:29:56
25 her deposition in this lawsuit?       10:30:00

TSG Reporting - Worldwide    877-702-9580

Page 36

Loeffler

1
2          MR. NOVIKOFF:  Objection to form.   10:30:01
3      A.   No, I have not.          10:30:02
4      Q.   Do you know who Patrick Cherry is?   10:30:10
5      A.   Yes, I do.              10:30:13
6      Q.   And who is Patrick Cherry?      10:30:14
7      A.   He is an employee of the   10:30:16
8  Incorporated Village of Ocean Beach.      10:30:18
9      Q.   And in what capacity is he employed?   10:30:19
10     A.   He is a dispatcher.        10:30:21
11     Q.   Is that a police dispatcher?      10:30:23
12     A.   Yes, he is.              10:30:24
13     Q.   Have you had any conversations with   10:30:25
14 Pat Cherry regarding this lawsuit?      10:30:27
15     (Kevin Lamm enters.)          10:30:29
16     A.   No, I have not.          10:30:29
17     Q.   Have you had any conversations with   10:30:31
18 George Hesse about this lawsuit?      10:30:48
19     A.   Yes, I have.            10:30:50
20         MR. NOVIKOFF:  I'm sorry, could you   10:30:58
21     just read that question?  Only because I   10:30:59
22     believe another plaintiff came into the   10:31:00
23     room in the course of the question, Kevin   10:31:01
24     Lamm, so I just want to note that, and if   10:31:02
25     you could just read the question back.   10:31:04

TSG Reporting - Worldwide    877-702-9580

Page 37

Loeffler

1
2      (Record read.)              10:31:11
3      Q.   And when is the most recent occasion   10:31:12
4  on which you had communication with George   10:31:14
5  Hesse about this lawsuit?            10:31:16
6      A.   About a week ago.          10:31:18
7      Q.   What did you discuss with George   10:31:23
8  Hesse in that conversation a week ago?      10:31:27
9      A.   That I would be attending this EBT.   10:31:28
10     Q.   Was anything else -- strike that.   10:31:31
11     Did he say anything to you in   10:31:33
12 response when you communicated that fact?   10:31:34
13     A.   He said "good luck."        10:31:35
14     Q.   Was anything else discussed between   10:31:37
15 the two of you in that conversation?      10:31:39
16     A.   No.                  10:31:40
17         MR. NOVIKOFF:  About this lawsuit?   10:31:40
18         MR. GRAFF:  No, in general.      10:31:41
19         MR. NOVIKOFF:  Oh, okay.        10:31:43
20     A.   I discussed how the weather was in   10:31:45
21 New York, I discussed how his family was,   10:31:47
22 talked to him about his boat.  General   10:31:49
23 conversation that friends talk about, but not   10:31:53
24 about this lawsuit.                10:31:56
25     Q.   And does George Hesse own a boat?   10:31:59

TSG Reporting - Worldwide    877-702-9580

Page 38

```
1              Loeffler
2    A.  Yes, he does.          10:32:02
3    Q.  What kind of boat does he have?    10:32:03
4    A.  32-foot Sea Ray.         10:32:05
5    Q.  Do you own any boats?        10:32:09
6    A.  Yes, I do.              10:32:10
7    Q.  Do you own more than one boat?    10:32:10
8    A.  No, I do not.           10:32:12
9    Q.  What kind of boat do you own?    10:32:14
10   A.  A 25-foot Contender.      10:32:15
11   Q.  Other than the conversation with   10:32:17
12  George Hesse that you have already referred to,  10:32:19
13  have you had any other communications with   10:32:21
14  Mr. Hesse concerning this lawsuit?       10:32:23
15   A.  No.                    10:32:25
16       MR. NOVIKOFF:  Concerning this   10:32:31
17  lawsuit after the Complaint was filed?   10:32:33
18       MR. GRAFF:  That's what initiated  10:32:37
19  the lawsuit, so yes.          10:32:39
20       MR. NOVIKOFF:  Well, your question  10:32:41
21  was a little bit vague, so I just wanted to  10:32:42
22  be clear that the witness is only        10:32:44
23  addressing conversations with Mr. Hesse   10:32:45
24  after the commencement of this lawsuit   10:32:47
25  concerning this lawsuit.        10:32:49
```
TSG Reporting - Worldwide      877-702-9580

Page 39

```
1              Loeffler
2        The question is other than what you   10:32:53
3    have just testified to, have you spoken   10:32:55
4    with Mr. Hesse concerning this lawsuit   10:32:57
5    after this lawsuit was filed?      10:33:01
6    A.  Yes.  That's what I said, didn't I?  10:33:04
7    Q.  And what was communicated in    10:33:08
8    substance between you and Mr. Hesse in those  10:33:10
9    conversations?              10:33:12
10   A.  Basically that I would be attending  10:33:13
11  a deposition, that the lawsuit was pending.  10:33:17
12  There was other discussions taking place about  10:33:23
13  other Village business, but not about this   10:33:27
14  lawsuit.                  10:33:30
15   Q.  Have you reviewed the Complaint that  10:33:30
16  was filed in federal court in this lawsuit?  10:33:32
17   A.  Yes, I have.           10:33:35
18   Q.  And did you discuss the Complaint   10:33:36
19  with George Hesse?            10:33:39
20   A.  Yes, I did.            10:33:40
21   Q.  And were there any specific    10:33:48
22  allegations in the Complaint that you can   10:33:49
23  recall discussing with George Hesse?      10:33:51
24   A.  I only discussed with him the      10:33:54
25  portions of the Complaint that were reference  10:33:56
```
TSG Reporting - Worldwide      877-702-9580

Page 40

```
1              Loeffler
2    to me.                   10:33:59
3        MR. NOVIKOFF:  So you didn't have a   10:34:02
4    long conversation, did you?        10:34:04
5        THE WITNESS:  No, sir.       10:34:05
6    Q.  And do you recall what was     10:34:06
7    communicated in substance between you and   10:34:10
8    Mr. Hesse about those portions of the   10:34:13
9    Complaint?                10:34:14
10   A.  That they were baseless and untrue.  10:34:15
11   Q.  Did you discuss any of the     10:34:17
12  allegations in the Complaint with former Mayor  10:34:26
13  Rogers?                  10:34:30
14       MR. NOVIKOFF:  Outside the presence  10:34:30
15  of counsel.               10:34:31
16   A.  No, I did not.          10:34:32
17   Q.  Have you had any communications with  10:34:33
18  any of the plaintiffs since this lawsuit was  10:34:37
19  filed?                   10:34:39
20   A.  No, I have not.         10:34:39
21   Q.  When did you first learn that the   10:34:44
22  plaintiffs were making allegations against   10:34:46
23  Ocean Beach concerning the subject matter of  10:34:48
24  this lawsuit?               10:34:50
25   A.  With the filing of the lawsuit.   10:34:51
```
TSG Reporting - Worldwide      877-702-9580

Page 41

```
1              Loeffler
2    Q.  And that's the federal lawsuit?    10:34:54
3    A.  Yes.  I believe that was in April   10:34:56
4    about.  I'm not sure of the exact date.   10:34:59
5    Q.  Do you know who Richard Bosetti is?  10:35:02
6    A.  Yes, I do.            10:35:08
7    Q.  Who is Richard Bosetti?      10:35:09
8    A.  He is a former police officer in the  10:35:11
9    Incorporated Village of Ocean Beach.   10:35:13
10   Q.  And when did he stop serving as a   10:35:14
11  police officer, if you know?       10:35:18
12   A.  Sometime this year.  I don't know if  10:35:20
13  it was '08 or '09.  I'm not positive.   10:35:23
14   Q.  Did you ever have any communications  10:35:27
15  with Richard Bosetti concerning the subject of  10:35:29
16  this lawsuit?               10:35:32
17   A.  No, I did not.          10:35:32
18   Q.  And do you know why Richard Bosetti  10:35:33
19  stopped working as a police officer with the  10:35:37
20  Incorporated Village of Ocean Beach?      10:35:39
21   A.  He resigned.          10:35:41
22   Q.  Do you know who Gary Bosetti is?    10:35:42
23   A.  Yes, I do.            10:35:49
24   Q.  Is that Richard Bosetti's brother?  10:35:49
25   A.  Yes, it is.           10:35:51
```
TSG Reporting - Worldwide      877-702-9580

Page 42

Loeffler

1
2      Q.   And was he also a police officer at   10:35:52
3  Ocean Beach?                    10:35:54
4      A.   Yes, he was.              10:35:54
5      Q.   And do you know during what period   10:35:55
6  of time he was a police officer with Ocean    10:35:57
7  Beach?                         10:35:59
8      A.   No, I do not.             10:35:59
9      Q.   Do you know when his service as a    10:36:00
10  police officer ended?              10:36:02
11      A.   '07, '08.               10:36:02
12      Q.   And do you know why Gary Bosetti's   10:36:09
13  service as a police officer ended at that time?  10:36:13
14      A.   He resigned.              10:36:14
15      Q.   Do you know anything about the      10:36:16
16  circumstances of his resignation?         10:36:18
17      A.   No, I don't.              10:36:20
18      Q.   And do you know anything about the   10:36:25
19  circumstances of Richard Bosetti's resignation?  10:36:28
20      A.   No, I do not.             10:36:31
21      Q.   Did you ever ask either Richard or   10:36:32
22  Gary Bosetti to resign?             10:36:34
23      A.   I did not.               10:36:35
24      Q.   Did you ever direct anyone else to   10:36:36
25  ask either Richard or Gary Bosetti to resign?   10:36:40

Page 43

Loeffler

1
2      A.   I did not.               10:36:42
3      Q.   Did you have any communications with   10:36:46
4  either Richard or Gary Bosetti concerning      10:36:49
5  either of their resignations?           10:36:53
6      A.   I did not.               10:36:54
7      Q.   Have you had any conversations with   10:36:55
8  either -- strike that -- with Gary Bosetti     10:36:57
9  concerning the subject of this lawsuit?      10:37:00
10      A.   I did not.               10:37:02
11      Q.   Do you know who Ty or Tyree Bacon    10:37:08
12  is?                         10:37:10
13      A.   Yes, I do.               10:37:11
14      Q.   And who is Tyree Bacon?         10:37:12
15      A.   He is a police officer in the      10:37:14
16  Village of Ocean Beach.             10:37:16
17      Q.   Have you had any conversations with   10:37:17
18  Tyree Bacon about this lawsuit?          10:37:19
19      A.   No, I have not.            10:37:22
20      Q.   Have you had any conversations with   10:37:23
21  Tyree Bacon about any of the allegations in the  10:37:25
22  Complaint?                     10:37:27
23      A.   No, I have not.            10:37:27
24      Q.   Are you currently a resident of    10:37:28
25  Ocean Beach?                    10:37:40

Page 44

Loeffler

1
2      A.   Yes.                  10:37:41
3         MR. NOVIKOFF:   Objection.       10:37:41
4         You can answer.            10:37:42
5      A.   Yes, I am.               10:37:44
6      Q.   And do you reside at 68 or 68-69    10:37:45
7  Ocean Road?                    10:37:48
8      A.   Yes, I do.               10:37:49
9      Q.   I have a few questions that just go   10:37:50
10  to your educational background.          10:37:56
11         Did you graduate high school?     10:37:59
12      A.   Yes, I did.               10:38:00
13      Q.   What high school did you attend?    10:38:01
14      A.   Bay Shore High School.        10:38:02
15      Q.   And what year did you graduate?     10:38:04
16      A.   1967.                 10:38:08
17      Q.   And did you attend any college or    10:38:09
18  university?                    10:38:12
19      A.   Yes, I did.               10:38:12
20      Q.   And what college or university did   10:38:13
21  you attend after high school?           10:38:16
22      A.   The State University College of     10:38:19
23  Potsdam.                      10:38:21
24      Q.   And did you obtain a degree from the  10:38:23
25  State University College of Potsdam?        10:38:25

Page 45

Loeffler

1
2      A.   No, I did not.             10:38:28
3      Q.   How many years did you attend the    10:38:29
4  State University College of Potsdam?        10:38:33
5      A.   Two. Two.               10:38:36
6      Q.   And other than those two years, have  10:38:38
7  you had any other formal coursework in        10:38:43
8  college or university?             10:38:47
9      A.   Yes.                  10:38:48
10      Q.   And could you identify that, please?  10:38:48
11      A.   Dowling College.           10:38:51
12      Q.   And what did you study at Dowling    10:38:53
13  College?                      10:38:55
14      A.   Business administration.       10:38:55
15      Q.   And did you attain any degree at    10:38:57
16  Dowling College?                 10:39:00
17      A.   Yes, I did.               10:39:01
18      Q.   What degree?              10:39:02
19      A.   Bachelor of business administration.  10:39:02
20      Q.   And in what year did you get that    10:39:05
21  degree?                       10:39:06
22      A.   Sometime in the '80s.         10:39:07
23      Q.   Have you attended any other colleges  10:39:12
24  or universities?                 10:39:15
25      A.   Farmingdale University.        10:39:16

---

Page 46

```
1              Loeffler
2       Q.  And what was the nature of your        10:39:19
3  study at Farmingdale University?               10:39:22
4       A.  Finance.                    10:39:24
5       Q.  Did you attain any degree from        10:39:26
6  Farmingdale University?                 10:39:29
7       A.  No, I did not.              10:39:30
8       Q.  How many years did you attend        10:39:31
9  Farmingdale?                     10:39:33
10      A.  Two.                   10:39:34
11      Q.  Have you attended any other colleges  10:39:34
12 or universities other than what we have already 10:39:37
13 discussed?                       10:39:40
14      A.  No.                    10:39:40
15      Q.  Why did you stop attending        10:39:40
16 Farmingdale University after two years?         10:39:42
17      A.  I only took some night courses   10:39:44
18 there.                         10:39:46
19      Q.  And was that in pursuit of any       10:39:47
20 certification or formal credential?            10:39:50
21      A.  Yes, it was.              10:39:52
22      Q.  And did you attain any kind of       10:39:53
23 certification or formal credential?            10:39:56
24      A.  Yes, I did.              10:39:58
25      Q.  And in what?                  10:39:59
      TSG Reporting - Worldwide      877-702-9580
```

Page 47

```
1              Loeffler
2       A.  I got a bachelor of business     10:40:01
3  administration from Dowling College and I used  10:40:03
4  those credits that I obtained in Farmingdale    10:40:05
5  towards the pursuit of that degree.            10:40:07
6       Q.  Thank you.  Other than the colleges 10:40:09
7  and universities that you have already         10:40:14
8  identified, have you attended any other        10:40:15
9  colleges or universities?                10:40:17
10      A.  No, I have not.              10:40:18
11      Q.  Have you attained any other degrees 10:40:20
12 or certifications?                    10:40:21
13      A.  Yes.  I received a certificate from  10:40:22
14 the Metropolitan Police Training Council as a   10:40:32
15 police officer of the Suffolk County Police     10:40:36
16 Department in 1973.                  10:40:40
17      Q.  Have you attained any other        10:40:43
18 certifications?                     10:40:46
19      A.  I attained -- I attended the FBI    10:40:47
20 Academy training as a hostage negotiator and    10:40:51
21 received a certificate for that.              10:40:57
22      Q.  And when did you receive that       10:40:58
23 certificate?                       10:40:59
24      A.  In 1987.                  10:40:59
25      Q.  Have you attained any other        10:41:03
      TSG Reporting - Worldwide      877-702-9580
```

Page 48

```
1              Loeffler
2  certifications?                      10:41:04
3       A.  No, I have not.              10:41:05
4       Q.  Other than this lawsuit, have you    10:41:10
5  been involved in any other lawsuits in the      10:41:22
6  context of your service at Ocean Beach?         10:41:26
7       MR. NOVIKOFF:  Objection to the form.  10:41:29
8  of the question.  I would think that as     10:41:30
9  mayor or trustee any time the Village was   10:41:33
10 sued, this witness would be involved, so I  10:41:36
11 am objecting to the form.  I think I have   10:41:44
12 given you a way to clean it up.           10:41:45
13      MR. GRAFF:  I will come back to     10:42:00
14 that.                        10:42:01
15      Q.  Have you ever sued or threatened to  10:42:01
16 sue any employer of yours?                10:42:03
17      MR. NOVIKOFF:  Wait a minute.      10:42:05
18 Can you read that question.            10:42:06
19      (Record read.)                10:42:11
20      MR. NOVIKOFF:  Any employer of --    10:42:12
21 okay.  I understand the question.        10:42:14
22 Objection to form.                10:42:15
23      A.  No, I have not.              10:42:17
24      Q.  Other than these plaintiffs, have   10:42:18
25 any employees of Ocean Beach ever sued or       10:42:24
      TSG Reporting - Worldwide      877-702-9580
```

Page 49

```
1              Loeffler
2  threatened to sue you personally?             10:42:27
3       MR. NOVIKOFF:  Objection to form.    10:42:29
4  That he is aware of?                 10:42:31
5       MR. GRAFF:  Yes.               10:42:32
6       MR. NOVIKOFF:  Okay.  I am still    10:42:33
7  going to object to form, but that at least  10:42:34
8  clears up part of the objection.         10:42:37
9       A.  No.                   10:42:38
10      Q.  Have any formal grievances ever been 10:42:38
11 filed against you personally during your        10:42:44
12 services at Ocean Beach?                 10:42:46
13      MR. NOVIKOFF:  Objection to the     10:42:48
14 phrase "formal grievances."  I don't know  10:42:50
15 what that means.                 10:42:51
16      Q.  Do you know what a grievance is?  Is 10:42:52
17 there a grievance in the context of Ocean       10:42:54
18 Beach?                         10:42:55
19      MR. NOVIKOFF:  Is it now grievance   10:42:55
20 or is it now formal grievance?  Your      10:42:56
21 question was formal grievance.           10:42:58
22      Q.  Would you know what I am referring   10:42:59
23 to by the phrase "formal grievance,"           10:43:01
24 Mr. Loeffler?                     10:43:04
25      A.  Not in the context you are asking   10:43:04
      TSG Reporting - Worldwide      877-702-9580
```

Page 50

```
 1            Loeffler
 2  the question, no.            10:43:06
 3      Q.  Is there another context in which --  10:43:07
 4          MR. NOVIKOFF:  There could be    10:43:10
 5  multiple contexts.             10:43:11
 6      Q.  Have you ever been disciplined by   10:43:14
 7  any employer?                  10:43:17
 8      A.  No, I have not.        10:43:17
 9      Q.  Have you ever been terminated from  10:43:18
10  any employment position?       10:43:20
11      A.  No, I have not.        10:43:22
12      Q.  Have you ever been asked to resign  10:43:23
13  from any position?             10:43:24
14      A.  No, I have not.        10:43:26
15      Q.  Have you ever been subject to any   10:43:27
16  discipline by any employer?    10:43:29
17      A.  I believe you already asked that   10:43:30
18  question.  I have not.         10:43:32
19      Q.  The answer is no.      10:43:33
20          Other than any conversations with  10:43:36
21  counsel, what, if anything, did you do to  10:43:38
22  prepare for this deposition today?  10:43:40
23          MR. NOVIKOFF:  And other than  10:43:43
24  meeting with counsel, meeting and speaking  10:43:45
25  with counsel?                  10:43:47
     TSG Reporting - Worldwide     877-702-9580
```

Page 51

```
 1            Loeffler
 2          MR. GRAFF:  Yes.       10:43:47
 3          MR. NOVIKOFF:  And anything that  10:43:50
 4  took place within that meeting, like  10:43:51
 5  looking at documents?  I mean, I think we  10:43:52
 6  have already established you can ask him if  10:43:55
 7  he looked at any documents to refresh his  10:43:57
 8  recollection, but I don't think it's  10:44:00
 9  appropriate for you to ask him if he looked  10:44:01
10  at any documents that I or Michael Welch or  10:44:03
11  Josh Jemal handed to him.  So that's why I  10:44:06
12  am just, you know, trying to figure out  10:44:09
13  exactly what you are asking.   10:44:10
14          MR. GRAFF:  Okay.       10:44:11
15      Q.  With that distinction in mind, what,  10:44:12
16  if anything, have you done to prepare for this  10:44:15
17  deposition?                    10:44:17
18      A.  Would you repeat that.  I don't  10:44:17
19  quite understand what you are asking.  10:44:19
20      Q.  Sure.  Other than anything that  10:44:20
21  happened in any meetings with counsel, what, if  10:44:21
22  anything, did you do to prepare for this  10:44:24
23  deposition?                    10:44:26
24      A.  I took a shower this morning, had  10:44:26
25  breakfast.                     10:44:30
     TSG Reporting - Worldwide     877-702-9580
```

Page 52

```
 1            Loeffler
 2      Q.  Have you reviewed any transcripts  10:44:31
 3  from any other depositions in this case?  10:44:33
 4      A.  No.                    10:44:35
 5          MR. NOVIKOFF:  Outside the    10:44:35
 6  presentation of counsel.       10:44:36
 7          MR. GRAFF:  No, in general.  10:44:37
 8          MR. NOVIKOFF:  I don't know if --  10:44:40
 9  and I think the answer is already given,  10:44:44
10  but if I showed him a transcript of a  10:44:47
11  witness, I don't know if that's  10:44:51
12  discoverable.  I think if he looked at a  10:44:54
13  transcript to refresh his recollection, at  10:44:57
14  least based upon what Judge Boyle has  10:45:00
15  already ruled, that would not be  10:45:02
16  objectionable.  So that's the distinction.  10:45:04
17          MR. GRAFF:  I understand the  10:45:06
18  distinction you are making.  I am asking if  10:45:07
19  he has reviewed any transcripts.  10:45:09
20          MR. NOVIKOFF:  Outside of the  10:45:10
21  presence --                    10:45:11
22          MR. GRAFF:  No.  I am asking if he  10:45:12
23  has reviewed any transcripts.  10:45:13
24          MR. NOVIKOFF:  He answered no.  10:45:17
25  I'm -- the answer is not waiving my right  10:45:20
     TSG Reporting - Worldwide     877-702-9580
```

Page 53

```
 1            Loeffler
 2  to object on the grounds of attorney/client  10:45:21
 3  privilege, but since you already answered  10:45:25
 4  "no," we might as well move on instead of  10:45:27
 5  fighting for ten minutes.      10:45:29
 6          MR. GRAFF:  Thank you.    10:45:30
 7      Q.  And the answer to that was no?  10:45:31
 8      A.  Yes.                   10:45:33
 9      Q.  Did you review any documents that  10:45:34
10  refreshed your recollection of anything in  10:45:36
11  connection with this deposition today?  10:45:41
12      A.  No, I have not.        10:45:42
13      Q.  Other than the law firm of Rivkin  10:45:43
14  Radler, have there been other law firms that  10:46:07
15  have represented you or the Village of Ocean  10:46:09
16  Beach in this lawsuit?         10:46:10
17          MR. NOVIKOFF:  And other than Josh  10:46:14
18  Jemal's law firm, which I think we can all  10:46:16
19  stipulate has been --          10:46:19
20          MR. GRAFF:  Yes.        10:46:19
21          MR. NOVIKOFF:  -- general counsel.  10:46:19
22      A.  I believe Mark Anash was    10:46:22
23  the first -- no, I don't -- no.  10:46:25
24          MR. NOVIKOFF:  If you can recall.  10:46:27
25  It's not a guessing game.      10:46:29
     TSG Reporting - Worldwide     877-702-9580
```

Page 54

Loeffler

2 A. I don't recall. No, I believe it's 10:46:30
3 been Rivkin Radler. 10:46:31
4 **Q. And just to be clear, is there 10:46:34**
5 **another law firm that the name you can't 10:46:36**
6 **remember now or you are --** 10:46:38
7 A. No. In this lawsuit, Rivkin Radler. 10:46:39
8 MR. NOVIKOFF: But, again, I mean, 10:46:41
9 this is a memory game, Ari, because I think 10:46:43
10 the record in the docket would reflect that 10:46:46
11 there was, in fact, another lawsuit that 10:46:48
12 appeared on behalf of Ocean Beach prior to 10:46:50
13 Rivkin Radler. 10:46:52
14 MR. GRAFF: I am asking now -- 10:46:52
15 MR. NOVIKOFF: I know, I mean, you 10:46:53
16 are asking -- 10:46:54
17 A. I don't know who it was. I don't 10:46:54
18 remember. 10:46:56
19 MR. GRAFF: I asked the court 10:47:01
20 reporter to mark as Exhibit 1 a one-page 10:47:02
21 document produced by Ocean Beach without 10:47:05
22 Bates number. I am going to pass that to 10:47:07
23 the witness. 10:47:09
24 I will note that Mr. Novikoff is 10:47:11
25 holding the document. 10:47:12

TSG Reporting - Worldwide 877-702-9580

Page 55

Loeffler

2 MR. NOVIKOFF: Because I would like 10:47:12
3 to look at it. 10:47:12
4 MR. GRAFF: I do have a copy for 10:47:13
5 you, Mr. Novikoff. 10:47:15
6 MR. NOVIKOFF: Thank you. And I 10:47:16
7 would like to compare it to the copy that 10:47:16
8 you provided me. Is there a question? Or 10:47:20
9 would you like the witness to look at it? 10:47:25
10 MR. GRAFF: I'd like the witness to 10:47:27
11 look at it first and to tell me if the 10:47:28
12 recognizes the document. 10:47:30
13 MR. NOVIKOFF: Fair enough. 10:47:30
14 There you go (handing). 10:47:31
15 (Document review.) 10:47:45
16 MR. NOVIKOFF: The only question is 10:47:54
17 do you recognize it. Not the information 10:47:54
18 that's on it -- 10:47:59
19 THE WITNESS: Okay. 10:47:59
20 MR. NOVIKOFF: -- just the document. 10:48:00
21 A. I've never seen this before. 10:48:00
22 **Q. Okay.** 10:48:02
23 A. This is the first time I am seeing 10:48:03
24 this. 10:48:05
25 **Q. The document is headed Confidential 10:48:05**

TSG Reporting - Worldwide 877-702-9580

Page 56

Loeffler

2 **Wage Salary/History, employee name is Joseph C. 10:48:09**
3 **Loeffler, Jr.** 10:48:12
4 **If you look towards the bottom of 10:48:13**
5 **the document, it indicates that you were mayor 10:48:15**
6 **from July 3rd, '06 and the end date it has here 10:48:16**
7 **is May 31st, '07.** 10:48:19
8 MR. NOVIKOFF: That's what the 10:48:21
9 document says, yes. 10:48:22
10 **Q. Is that the date that you began 10:48:23**
11 **serving as mayor?** 10:48:25
12 MR. NOVIKOFF: So the question is 10:48:26
13 did you start serving as mayor of Ocean 10:48:27
14 Beach on July 3rd, 2006? 10:48:29
15 MR. GRAFF: Yes. 10:48:31
16 A. Yes, I did. 10:48:32
17 **Q. And the document above mayor 10:48:33**
18 **indicates that you served as a trustee, it has 10:48:36**
19 **it on a number of lines, but the period of time 10:48:37**
20 **is from August 2002 through May 30 -- I'm 10:48:39**
21 **sorry, through July 2nd, 2006.** 10:48:43
22 **Is that the time that you served as 10:48:45**
23 **a trustee in Ocean Beach?** 10:48:47
24 A. Yes, that's correct. 10:48:49
25 **Q. And if it would be of assistance to 10:48:50**

TSG Reporting - Worldwide 877-702-9580

Page 57

Loeffler

2 **you in connection with these questions, I'm 10:48:52**
3 **sure Mr. Novikoff would be happy to let you see 10:48:54**
4 **the document.** 10:48:56
5 MR. NOVIKOFF: If Mr. Loeffler -- if 10:48:56
6 he needs to look at the document to refresh 10:48:58
7 his recollection, then he will so advise 10:48:59
8 me. 10:49:02
9 **Q. During the period that you were 10:49:02**
10 **trustee or mayor, did you hold any other 10:49:03**
11 **employment?** 10:49:07
12 MR. NOVIKOFF: With Ocean Beach? 10:49:08
13 MR. GRAFF: With anyone. 10:49:09
14 MR. NOVIKOFF: Okay. 10:49:11
15 A. I was employed by the Suffolk County 10:49:11
16 Police Department. 10:49:14
17 **Q. And what position did you hold at 10:49:15**
18 **the Suffolk County Police Department during 10:49:16**
19 **that period?** 10:49:18
20 A. I was a detective. 10:49:19
21 **Q. And who was your direct superior in 10:49:25**
22 **the Suffolk County Police Department during 10:49:29**
23 **that period?** 10:49:30
24 MR. NOVIKOFF: Objection to the 10:49:35
25 frame -- to the form. 10:49:36

TSG Reporting - Worldwide 877-702-9580

Page 58

```
1              Loeffler
2      A.   James -- Lieutenant James Maher.   10:49:38
3      Q.   Was he your supervisor during that   10:50:01
4  entire period?                 10:50:03
5      A.   What period is that?       10:50:04
6      Q.   The period when you were also     10:50:06
7  serving as trustee or mayor.         10:50:08
8      A.   I believe so.          10:50:09
9      Q.   Have you held any other employment   10:50:16
10 other than a Suffolk County detective during  10:50:17
11 the period that you served as trustee or mayor?  10:50:22
12     A.   No.                 10:50:25
13     Q.   Moving up on the document, it    10:50:25
14 indicates that you were a building inspector   10:50:30
15 from January 1st, 1980 through June 1st, 1980.  10:50:32
16 Do you recall that?             10:50:38
17     A.   Yes, I do.             10:50:39
18     Q.   Between the time that you finished  10:50:39
19 serving as a building inspector until you    10:50:42
20 became a trustee, what, if any, employment did  10:50:44
21 you hold?                  10:50:46
22         MR. NOVIKOFF: With the Village?  10:50:47
23         MR. GRAFF: With anyone. What, if  10:50:49
24 any, employment.              10:50:51
25     A.   I was employed by the Suffolk County  10:50:52
```

TSG Reporting - Worldwide    877-702-9580

Page 59

```
1              Loeffler
2  Police Department.             10:50:54
3      Q.   Any other employment?        10:50:54
4      A.   No.                 10:50:56
5      Q.   What about during those years when  10:50:56
6  you were a building inspector in 1980, did you  10:51:00
7  hold any other employment?          10:51:04
8      A.   No.                 10:51:04
9      Q.   Were you also employed by the    10:51:05
10 Suffolk County Police Department?        10:51:07
11     A.   Yes, oh, yes. I've been employed by  10:51:08
12 the Suffolk County Police Department from July  10:51:11
13 of 1973 through January of 2004.        10:51:13
14     Q.   And did you -- were you continuously  10:51:21
15 employed by the Suffolk County Police      10:51:22
16 Department during that entire period?      10:51:24
17     A.   Yes, I was.            10:51:25
18     Q.   Moving up on the document, it    10:51:26
19 indicates that you served as a police officer  10:51:32
20 at Ocean Beach from September 5th, 1970 through  10:51:34
21 July 7th, 1973. Is that accurate, to the best  10:51:40
22 of your recollection?            10:51:44
23     A.   Yes.                10:51:45
24     Q.   Other than the positions that I have  10:51:46
25 referred to on Exhibit 1 and your position with  10:51:52
```

TSG Reporting - Worldwide    877-702-9580

Page 60

```
1              Loeffler
2  the Suffolk County Police Department, have you  10:51:54
3  held any other employment during the period?   10:51:57
4      A.   Well, I think that I was a -- I    10:52:02
5  worked -- I picked up garbage. I worked in the  10:52:04
6  maintenance department for two summers while I  10:52:07
7  was in college.              10:52:09
8      Q.   And that was at Ocean Beach?     10:52:09
9      A.   Yes, it was.            10:52:11
10     Q.   Other than the employment positions  10:52:11
11 that we have just been discussing, have you   10:52:14
12 held any other employment?          10:52:16
13         MR. NOVIKOFF: Objection.      10:52:18
14     A.   I was chief of the Fire Department.  10:52:19
15     Q.   Is that the Fire Department in --   10:52:22
16     A.   Ocean Beach Fire Department.     10:52:24
17     Q.   During what period were you chief of  10:52:25
18 the Ocean Beach Fire Department?        10:52:27
19     A.   Early '80s. I'm not sure of the   10:52:29
20 dates.                   10:52:36
21     Q.   Is there currently a chief of the   10:52:37
22 Ocean Beach Fire Department?         10:52:40
23     A.   Yes, there is.           10:52:41
24     Q.   Who is that person?         10:52:41
25     A.   Robert Thornberg.          10:52:42
```

TSG Reporting - Worldwide    877-702-9580

Page 61

```
1              Loeffler
2      Q.   And when you became mayor of Ocean  10:52:50
3  Beach on July 3rd, 2006, did you also at that  10:52:55
4  time become police commissioner in Ocean Beach?  10:52:57
5          MR. NOVIKOFF: Objection. Form.  10:53:00
6      A.   I became the person in charge of the  10:53:05
7  Police Department, yes, I did.         10:53:06
8      Q.   And was there any formal title in   10:53:07
9  connection with your being the person in charge  10:53:10
10 of the Police Department?          10:53:11
11         MR. NOVIKOFF: Objection to form.  10:53:12
12     A.   Besides the title bestowed upon me  10:53:13
13 by Village law and general municipal law, no.  10:53:18
14     Q.   And what title are you referring to?  10:53:21
15     A.   Well, the mayor of the Village is   10:53:23
16 the chief operating officer of a Village    10:53:24
17 according to Village law and he is in charge of  10:53:26
18 all departments.              10:53:29
19     Q.   And at the time that you first    10:53:37
20 became mayor, other than yourself who was the  10:53:39
21 most senior official with responsibility for   10:53:43
22 the Ocean Beach Police Department?       10:53:46
23         MR. NOVIKOFF: Senior in terms of  10:53:47
24 age, senior in terms of years, senior in    10:53:48
25 terms of experience?            10:53:50
```

TSG Reporting - Worldwide    877-702-9580

## Page 62

```
 1            Loeffler
 2        MR. GRAFF:  Organizational      10:53:51
 3    hierarchy.                    10:53:53
 4        MR. NOVIKOFF:  All right.       10:53:54
 5    You can answer.               10:53:55
 6     A.  Chief Edward Paradiso was the chief   10:53:56
 7    of police.                    10:53:58
 8     Q.  And is Mr. Paradiso still the chief   10:53:59
 9    of police?                    10:54:01
10     A.  No, he is not.             10:54:01
11     Q.  When did he stop serving as chief of  10:54:02
12    police?                       10:54:04
13        MR. NOVIKOFF:  Objection to the   10:54:06
14    form.                         10:54:07
15        You can answer the question.   10:54:08
16     A.  He retired in 2008, I think.    10:54:09
17     Q.  And was Chief Paradiso actively   10:54:16
18    serving in the capacity of chief of police  10:54:19
19    through his retirement in July 2008?   10:54:21
20        MR. NOVIKOFF:  Objection to the form  10:54:22
21    of the question.  I don't know what you   10:54:23
22    mean by "actively."           10:54:26
23        MR. GRAFF:  On a day-to-day basis.   10:54:28
24        MR. NOVIKOFF:  Still, form.    10:54:29
25     Q.  Are you able to answer the question   10:54:35
   TSG Reporting - Worldwide    877-702-9580
```

## Page 63

```
 1            Loeffler
 2    as I have stated it?              10:54:36
 3     A.  Restate the question for me, please.  10:54:38
 4     Q.  Was Chief Paradiso actively serving   10:54:40
 5    in the capacity of chief of police on a   10:54:43
 6    day-to-day basis until his retirement in 2008?  10:54:46
 7        MR. NOVIKOFF:  Objection to the   10:54:49
 8    form.                         10:54:49
 9        You can answer.            10:54:50
10     A.  No, he was not.            10:54:50
11     Q.  At what point in time did he stop   10:54:52
12    actively serving on a day-to-day basis?   10:54:54
13     A.  I'm not sure it was '06 or '07, he   10:54:56
14    became injured in the line of duty.   10:55:03
15     Q.  Do you recall what the nature of his  10:55:07
16    injury was?                   10:55:09
17     A.  He had a torn Achilles tendon.   10:55:09
18     Q.  Do you know how he tore that   10:55:15
19    Achilles tendon?              10:55:16
20     A.  I am not positive of that.     10:55:17
21     Q.  Other than -- strike that.    10:55:18
22        Is there currently a chief of police   10:55:27
23    in Ocean Beach?               10:55:29
24     A.  No, there is not.          10:55:30
25     Q.  Other than yourself, who, if anyone,   10:55:31
   TSG Reporting - Worldwide    877-702-9580
```

## Page 64

```
 1            Loeffler
 2    in the Village of Ocean Beach would be the next  10:55:36
 3    highest-ranking official with oversight over   10:55:41
 4    the Police Department?        10:55:43
 5        MR. NOVIKOFF:  Presently?      10:55:44
 6        MR. GRAFF:  Presently.        10:55:45
 7        MR. NOVIKOFF:  As Mr. Loeffler sits   10:55:46
 8    here today.  Okay.             10:55:49
 9     A.  George Hesse.              10:55:50
10     Q.  And when you first became mayor, was  10:55:53
11    Chief Paradiso -- had he already sustained his  10:55:58
12    injury?                       10:56:01
13     A.  No.  I was a little quick to say   10:56:01
14    that.  I'm not positive.       10:56:08
15     Q.  During the period when Chief     10:56:09
16    Paradiso was actively serving as chief of   10:56:16
17    police, in what capacity was George Hesse   10:56:20
18    employed at the Ocean Beach Police Department?  10:56:23
19        MR. NOVIKOFF:  I am going to object   10:56:24
20    to the form of the question.   10:56:25
21        You can answer that.       10:56:26
22     A.  He was employed as a sergeant.   10:56:27
23     Q.  Is there currently anyone who is   10:56:37
24    employed as sergeant in the Ocean Beach Police  10:56:39
25    Department?                   10:56:42
   TSG Reporting - Worldwide    877-702-9580
```

## Page 65

```
 1            Loeffler
 2     A.  No, there is not.          10:56:42
 3     Q.  Is George Hesse still a sergeant   10:56:43
 4    with the Ocean Beach Police Department?   10:56:50
 5     A.  No, he is not.            10:56:51
 6     Q.  At what point in time did George   10:56:52
 7    Hesse stop serving in the capacity of sergeant?  10:56:54
 8     A.  I don't recall.           10:56:57
 9     Q.  Do you recall -- strike that.  Did   10:57:08
10    you participate -- strike that.    10:57:12
11        MR. NOVIKOFF:  I eagerly await the   10:57:28
12    question.                     10:57:30
13     Q.  Did George Hesse, to your knowledge,   10:57:32
14    voluntarily decide to stop serving as sergeant   10:57:35
15    at that time?                 10:57:38
16        MR. NOVIKOFF:  Objection.      10:57:40
17     A.  No, he did not.           10:57:40
18     Q.  Did you direct that George Hesse   10:57:49
19    should stop serving as police sergeant at that  10:57:52
20    time?                         10:57:55
21        MR. NOVIKOFF:  Again, if the    10:57:55
22    conversations involve an attorney present   10:58:00
23    at the time you had any communications with  10:58:04
24    Mr. Hesse, then I am going to instruct you   10:58:06
25    not to answer the question.    10:58:09
   TSG Reporting - Worldwide    877-702-9580
```

## Page 66

```
 1            Loeffler
 2     Q.   Other than in the presence of      10:58:12
 3 counsel, did you direct anyone in substance or  10:58:14
 4 to the effect that George Hesse should no    10:58:19
 5 longer continue to serve as police sergeant?  10:58:22
 6       MR. NOVIKOFF: I am going to object  10:58:25
 7 to the form of the question.         10:58:27
 8     A.   George Hesse was placed, I don't   10:58:28
 9 remember the date, on what I determined to be a  10:58:30
10 modified duty assignment.            10:58:33
11     Q.   And why did you place him on a    10:58:37
12 modified duty assignment at that time?      10:58:39
13       MR. NOVIKOFF: Objection. To the   10:58:41
14 extent the reasons entail communications    10:58:42
15 with counsel, I am going to instruct you    10:58:46
16 not to answer the question.          10:58:47
17     A.   It was done under advice of counsel.  10:58:49
18     Q.   Do you know when George Hesse began  10:58:51
19 working in the Ocean Beach Police Department?  10:58:55
20     A.   No, I do not.            10:58:58
21     Q.   Was George Hesse already working in  10:58:59
22 the Ocean Beach Police Department when you    10:59:03
23 began serving as trustee?           10:59:05
24     A.   Yes.               10:59:07
25     Q.   Was George Hesse ever promoted in   10:59:08
```
TSG Reporting - Worldwide    877-702-9580

## Page 67

```
 1            Loeffler
 2 connection with his employment at Ocean Beach  10:59:15
 3 subsequent to the time that you first became  10:59:18
 4 trustee?                    10:59:20
 5       MR. NOVIKOFF: Objection to the    10:59:20
 6 form. I don't know what the term       10:59:21
 7 "promoted" means. I mean, did his       10:59:28
 8 responsibilities increase, that's fine.    10:59:31
 9 Did his title change, that's fine. I'm not  10:59:32
10 sure what "promoted" means in the context  10:59:35
11 in which we are talking about.         10:59:37
12     Q.   Mayor Loeffler, did you        10:59:38
13 understand --                 10:59:39
14     A.   No, I do not.            10:59:40
15     Q.   Do you know what "promoted" means?  10:59:41
16     A.   Yes.               10:59:43
17     Q.   Okay. And what's your understanding  10:59:43
18 of "promoted," please?            10:59:46
19     A.   Elevated in rank.          10:59:47
20     Q.   And was George Hesse -- going with  10:59:49
21 that definition, was George Hesse promoted --  10:59:51
22     A.   George Hesse was given a different  10:59:54
23 rank, yes, he was.              10:59:56
24     Q.   And was it a higher rank than the  10:59:57
25 rank that he had held?            10:59:59
```
TSG Reporting - Worldwide    877-702-9580

## Page 68

```
 1            Loeffler
 2     A.   Yes.               11:00:00
 3     Q.   And from what rank to what rank did  11:00:01
 4 he move?                    11:00:04
 5     A.   He went from being a sergeant to   11:00:04
 6 being the deputy chief of police.       11:00:07
 7     Q.   And were you responsible for that  11:00:09
 8 promotion?                   11:00:12
 9     A.   Partially, yes.           11:00:13
10     Q.   And what was your role in connection  11:00:14
11 with that promotion?             11:00:16
12     A.   I made a motion to elevate him to  11:00:17
13 that level.                 11:00:19
14     Q.   Why did you make that motion?    11:00:19
15     A.   Because he had taken on the duties  11:00:22
16 and responsibilities of the police chief while  11:00:23
17 he was on 207C.               11:00:27
18       THE COURT REPORTER: I'm sorry,    11:00:32
19 "while he was on" --             11:00:32
20     A.   207C. Injured in the line of duty.  11:00:32
21       MR. NOVIKOFF: "He" being       11:00:35
22 Mr. Paradiso?                 11:00:37
23       THE WITNESS: Yes.          11:00:37
24     Q.   Prior to George Hesse -- you making  11:00:41
25 that motion to promote George Hesse, did you  11:00:45
```
TSG Reporting - Worldwide    877-702-9580

## Page 69

```
 1            Loeffler
 2 have any conversations with anyone concerning  11:00:48
 3 the possibility of giving him that promotion?  11:00:50
 4       MR. NOVIKOFF: Other than counsel,  11:00:52
 5 right?                     11:00:55
 6     A.   It was discussed during executive  11:00:56
 7 session with counsel present.         11:00:58
 8       MR. NOVIKOFF: Well, here is the    11:01:02
 9 delineation that Judge Boyle has made in   11:01:03
10 this case, and tell me if I am wrong. If  11:01:05
11 the discussion was had among trustees but  11:01:08
12 the purpose of the discussion was not to  11:01:12
13 seek legal counsel, then you have to answer  11:01:14
14 it. If the discussion was had for the    11:01:16
15 purpose of seeking legal counsel with    11:01:19
16 regard to any issue, then I am going to   11:01:21
17 instruct you not to answer.          11:01:24
18     A.   I think it was discussed that since  11:01:27
19 he was taking on the responsibility, we would  11:01:30
20 give him the designation.           11:01:31
21     Q.   And who specifically on the Board of  11:01:33
22 Trustees was involved in that discussion?   11:01:35
23     A.   Everyone.             11:01:37
24     Q.   And was it discussed by the Board of  11:01:39
25 Trustees on more than one occasion?      11:01:41
```
TSG Reporting - Worldwide    877-702-9580

Page 70

```
1              Loeffler
2      A.   Yes.                        11:01:43
3      Q.   On how many occasions was it      11:01:49
4  discussed by the Board of Trustees?        11:01:51
5      A.   Two that I remember.         11:01:54
6      Q.   And in substance, what was discussed  11:01:55
7  on the first occasion?                11:01:58
8      A.   The role that Chief Paradiso was   11:02:00
9  playing in the Police Department at that time,  11:02:06
10 that he wasn't available, and that George had   11:02:08
11 taken on the responsibilities of the Police   11:02:11
12 Department and that the thought was that we   11:02:18
13 would recognize those responsibilities through  11:02:23
14 elevating him to deputy chief of police, and at  11:02:26
15 the next meeting I believe we did that.     11:02:29
16     Q.   And who were the members of the   11:02:34
17 Board of Trustees during -- on the first   11:02:36
18 occasion?                          11:02:38
19     A.   The same ones that were there on the  11:02:38
20 second occasion.                    11:02:41
21     Q.   And can you identify those members,  11:02:42
22 please?                           11:02:43
23     A.   It was myself, Jim Mallott, Steve   11:02:44
24 Einig, Bill Wingate and Mayor Rogers was the  11:02:50
25 composition of the board at that time when the  11:02:56
```

TSG Reporting - Worldwide    877-702-9580

Page 71

```
1              Loeffler
2  decision was made.                  11:02:58
3      Q.   And were any of those members of the  11:03:01
4  Board of Trustees that you just identified at  11:03:03
5  that time serving as police commissioner in  11:03:06
6  Ocean Beach?                      11:03:09
7      A.   No, they were not.           11:03:09
8      Q.   Did any of those members of the   11:03:11
9  Board of Trustees that you have identified have  11:03:13
10 any responsibility with respect to the Ocean  11:03:17
11 Beach Police Department?              11:03:19
12     MR. NOVIKOFF:  Objection to the form  11:03:23
13 of the question.                   11:03:24
14     A.   I don't understand what you mean by  11:03:29
15 "responsibility."                   11:03:30
16     Q.   Let me ask a slightly different   11:03:31
17 question. Did any of the members of the Board  11:03:33
18 of Trustees have more responsibility than any  11:03:36
19 of the other members over the Ocean Beach  11:03:37
20 Police Department?                  11:03:40
21     MR. NOVIKOFF:  Same objection.     11:03:41
22     You can answer, if you understand   11:03:43
23 it.                         11:03:44
24     A.   No, no one had any more         11:03:47
25 responsibility.                    11:03:48
```

TSG Reporting - Worldwide    877-702-9580

Page 72

```
1              Loeffler
2      Q.   So Trustee Mallott didn't have any  11:03:49
3  more responsibility than any of the other  11:03:51
4  trustees?                         11:03:53
5      A.   Correct.                  11:03:53
6      Q.   And what, if any, was Mayor Rogers'  11:03:58
7  responsibility over the Police Department at  11:04:02
8  that time?                        11:04:04
9      MR. NOVIKOFF:  Objection to the    11:04:04
10 form.                        11:04:06
11     You can answer.               11:04:06
12     A.   As the chief operating officer of  11:04:07
13 the Village of Ocean Beach, Village law makes  11:04:10
14 her the ex facto head of all departments.   11:04:14
15     Q.   Are you aware of any investigation  11:04:28
16 conducted by any member of the Board of   11:04:31
17 Trustees concerning Edward Paradiso at or  11:04:34
18 around the time that George Hesse received that  11:04:38
19 promotion?                        11:04:40
20     MR. NOVIKOFF:  Objection to the form  11:04:41
21 of the question. There is a lot of    11:04:42
22 problems with that question.         11:04:48
23     A.   You have to be a little more     11:04:55
24 specific about the time frame, I believe. Do  11:04:57
25 you want to give me some dates?         11:04:59
```

TSG Reporting - Worldwide    877-702-9580

Page 73

```
1              Loeffler
2      Q.   In the year prior to the promotion,  11:05:05
3  if that would help.                 11:05:08
4      A.   In the year prior to promotion --  11:05:10
5      Q.   Are you aware of any investigation  11:05:13
6  conducted by any member of the Board of   11:05:16
7  Trustees concerning Ed Paradiso?       11:05:19
8      MR. NOVIKOFF:  Objection to the form  11:05:21
9  of the question.                   11:05:22
10     A.   I am not aware.             11:05:23
11     Q.   Are you aware of any investigation  11:05:25
12 conducted or overseen by Mayor Rogers with  11:05:28
13 respect to Chief Paradiso in the year leading  11:05:31
14 up to George Hesse's promotion?        11:05:34
15     MR. NOVIKOFF:  Objection.  Again,   11:05:36
16 I'm not trying to be difficult. Are you  11:05:38
17 asking about an investigation done by Mayor  11:05:40
18 Rogers as an individual or Mayor Rogers as  11:05:43
19 the mayor on behalf of the trustees or the  11:05:45
20 Village?                     11:05:48
21     MR. GRAFF:  Any investigation that  11:05:49
22 he is aware of by Mayor Rogers in her   11:05:50
23 individual or official capacities.      11:05:52
24     MR. NOVIKOFF:  I am going to object  11:05:54
25 to form.                     11:05:55
```

TSG Reporting - Worldwide    877-702-9580

Page 74

```
 1            Loeffler
 2       You can answer the question.        11:05:55
 3    A.   Yes.                              11:05:56
 4    Q.   And what investigation were you   11:05:57
 5 aware of?                                 11:05:59
 6    A.   Mayor Rogers conducted an         11:05:59
 7 investigation that was brought to her attention 11:06:01
 8 about some outside employment that Chief  11:06:04
 9 Paradiso was involved in while employed by the 11:06:07
10 Village of Ocean Beach.                    11:06:09
11    Q.   And is there any policy at Ocean  11:06:11
12 Beach that would prohibit an employee of Ocean 11:06:16
13 Beach from having contemporaneous employment 11:06:18
14 with another entity?                       11:06:21
15    A.   You have to give me a time frame.  11:06:23
16    Q.   At the time that we are discussing, 11:06:26
17 which is in the year leading up to --      11:06:29
18    A.   No, there was no prohibition.      11:06:31
19    Q.   Is there presently any prohibition? 11:06:36
20    A.   No prohibition, but there is -- now 11:06:39
21 there is a notification requirement.       11:06:41
22    Q.   And do you know who brought the   11:06:42
23 issue of George Hesse's dual employment to 11:06:50
24 Mayor Rogers' attention?                   11:06:54
25       MR. NOVIKOFF:  Unless it was through 11:06:56
```

TSG Reporting - Worldwide      877-702-9580

Page 75

```
 1            Loeffler
 2 counsel's communication --                 11:06:59
 3    A.   No, excuse me, George Hesse was not 11:07:00
 4 under -- Mayor Rogers didn't investigate George 11:07:02
 5 Hesse.                                      11:07:05
 6    Q.   I'm sorry, I believe I misspoke.   11:07:05
 7    A.   You did misspeak.                   11:07:07
 8    Q.   Okay.  Do you know who brought the  11:07:09
 9 issue of Ed Paradiso's dual employment to Mayor 11:07:10
10 Rogers's attention?                         11:07:14
11    A.   No.                                 11:07:14
12       MR. NOVIKOFF:  And the answer is yes  11:07:14
13 or no.                                      11:07:15
14    A.   I do not.                           11:07:16
15    Q.   And do you know what the nature of 11:07:17
16 the investigation was?                     11:07:22
17       MR. NOVIKOFF:  Again, yes or no.      11:07:25
18    A.   Yes.                                11:07:26
19    Q.   And what was the nature of the     11:07:26
20 investigation?                             11:07:28
21       MR. NOVIKOFF:  Objection to the      11:07:30
22 form.                                       11:07:31
23       You can answer.                       11:07:31
24    A.   There was some question about his   11:07:31
25 hours of employment conflicting with the hours 11:07:34
```

TSG Reporting - Worldwide      877-702-9580

Page 76

```
 1            Loeffler
 2 of employment at his second job.           11:07:36
 3    Q.   When you say "conflicting," do you 11:07:38
 4 mean that he was simultaneously working hours 11:07:40
 5 in both places?                            11:07:43
 6    A.   Is that what you are asking me?     11:07:44
 7    Q.   Yes.                               11:07:45
 8       MR. NOVIKOFF:  Objection to his      11:07:45
 9 knowledge of specifically what Mr. Paradiso 11:07:47
10 did or --                                   11:07:49
11       MR. GRAFF:  You know what, strike     11:07:50
12 that.                                       11:07:50
13    Q.   What is the nature of the          11:07:50
14 conflicting hours that you are referring to? 11:07:52
15       MR. NOVIKOFF:  Objection to the      11:07:53
16 extent you know specifically what the      11:07:54
17 conflicting hours were.                     11:07:56
18    A.   I don't.  I don't know what the     11:07:58
19 conflicting hours were.                     11:08:00
20    Q.   Do you know if there was any       11:08:02
21 conclusion on the basis of that investigation? 11:08:05
22       MR. NOVIKOFF:  Conclusion of what,   11:08:08
23 the investigation or anything else after   11:08:09
24 the investigation?                          11:08:11
25       MR. GRAFF:  Anything that was         11:08:11
```

TSG Reporting - Worldwide      877-702-9580

Page 77

```
 1            Loeffler
 2 concluded based on what was discovered      11:08:13
 3 during the investigation.                   11:08:15
 4       MR. NOVIKOFF:  I am going to object  11:08:17
 5 to the form.  Ari, you know what's going   11:08:19
 6 on.  I think the questions -- I mean, I am 11:08:21
 7 not objecting on the questions.  I am just 11:08:23
 8 saying you kind of know what has proceeded 11:08:25
 9 between Mr. Paradiso and the Village, I     11:08:27
10 would hope you know, so you could ask the  11:08:29
11 questions a little bit more focussed and   11:08:31
12 get the answers.  Objection to form.        11:08:33
13       You can answer.                       11:08:34
14    A.   I believe those were privileged    11:08:36
15 communications that transpired and I don't 11:08:39
16 think I am at liberty to speak about those. 11:08:41
17    Q.   So those were conversations that   11:08:44
18 happened in the presence of counsel for legal 11:08:45
19 advice?                                     11:08:47
20    A.   Absolutely.                         11:08:47
21    Q.   Okay.  Do you know whether anyone on 11:08:48
22 the Board of Trustees had any direct        11:08:51
23 communication with Ed Paradiso concerning that 11:08:54
24 investigation?                              11:08:56
25    A.   I do not.                           11:08:57
```

TSG Reporting - Worldwide      877-702-9580

Page 78

```
1            Loeffler
2      Q.  Do you know whether Ed Paradiso ever   11:08:59
3  expressed any opinion as to the promotion of   11:09:07
4  George Hesse to the position of sergeant at   11:09:12
5  that time?                    11:09:15
6      MR. NOVIKOFF:  Objection.      11:09:15
7      A.  He never expressed an opinion to me.  11:09:18
8      Q.  Did anyone ever communicate to you   11:09:21
9  that Ed Paradiso had expressed to them an   11:09:24
10  opinion about George Hesse's promotion?   11:09:27
11      MR. NOVIKOFF:  If you could follow   11:09:30
12  it, you could answer it.           11:09:31
13      A.  Did anyone ever express to me that   11:09:33
14  they talked to somebody that talked to Ed   11:09:37
15  Paradiso that may have had an opinion about   11:09:39
16  whether he was promoted?  Is that what you   11:09:40
17  asked me?                    11:09:43
18      Q.  Let me ask it more specifically.   11:09:43
19      A.  Okay.                11:09:45
20      Q.  Did Mayor Rogers indicate to you   11:09:46
21  that she was aware of Ed Paradiso's opinion   11:09:47
22  with respect to George Hesse's promotion?   11:09:50
23      A.  She never communicated with me.   11:09:52
24      Q.  At that time were you aware from any   11:09:54
25  source whether George -- whether Ed Paradiso   11:10:07
```

TSG Reporting - Worldwide      877-702-9580

Page 79

```
1            Loeffler
2  had an opinion concerning George Hesse's   11:10:12
3  promotion?                   11:10:14
4      MR. NOVIKOFF:  Objection.      11:10:15
5      A.  I think I already answered that.  I   11:10:15
6  have no --                  11:10:18
7      Q.  As you sit here today, do you know   11:10:18
8  what Ed Paradiso's opinion was at that time?   11:10:20
9      MR. NOVIKOFF:  At what time?  An   11:10:23
10  opinion about what?              11:10:25
11      MR. NOVIKOFF:  At the time of the   11:10:26
12  promotion, his opinion --           11:10:27
13      MR. NOVIKOFF:  About?          11:10:27
14      MR. GRAFF:  -- about the promotion.  11:10:28
15      MR. NOVIKOFF:  So you are asking   11:10:29
16  does this witness -- you know what, form.   11:10:30
17  Objection.                  11:10:33
18      You can answer.             11:10:33
19      A.  I don't know.            11:10:34
20      MR. GRAFF:  Can I ask the       11:10:42
21  videographer how much time we have left on   11:10:43
22  this tape?                  11:10:46
23      THE VIDEOGRAPHER:  About 22 minutes.  11:10:46
24      Q.  I had asked the court reporter to   11:10:54
25  mark as Loeffler Exhibit 2 a document in this   11:10:55
```

TSG Reporting - Worldwide      877-702-9580

Page 80

```
1            Loeffler
2  case that's headed Ocean Beach Defendants'   11:10:59
3  Response to Plaintiffs' First Set of       11:11:04
4  Interrogatories.  If I could ask you to take a   11:11:06
5  look at the document, Mayor Loeffler, and tell   11:11:08
6  me, please, if this is a document that you have   11:11:11
7  seen before.                 11:11:12
8      MR. NOVIKOFF:  Look at it as       11:11:19
9  thoroughly as you need to in order to      11:11:21
10  answer the question (handing).        11:11:23
11      While you are looking at the       11:12:03
12  document, I am going to get a cup of      11:12:05
13  coffee.                    11:12:08
14      (Document review.)          11:12:58
15      A.  Okay, I have reviewed it.      11:13:55
16      MR. NOVIKOFF:  And the question is   11:14:58
17  does he recognize the document?       11:14:59
18      MR. GRAFF:  Yes.            11:15:01
19      A.  As it's shown to me, yes, I      11:15:02
20  recognize it.                11:15:05
21      Q.  When did you see this document   11:15:06
22  first?                    11:15:07
23      MR. NOVIKOFF:  Objection.  He didn't  11:15:08
24  testify that he has seen it before today.  11:15:10
25  He just says he recognizes the document.   11:15:13
```

TSG Reporting - Worldwide      877-702-9580

Page 81

```
1            Loeffler
2      Q.  Did you see the document before   11:15:15
3  today?                    11:15:16
4      A.  I don't remember seeing this   11:15:17
5  document.  I didn't sign it, so I don't know if  11:15:18
6  I reviewed -- I don't know.  I don't remember   11:15:24
7  seeing that document.  I do now recall now that  11:15:27
8  we had a different law firm.         11:15:27
9      THE COURT REPORTER:  I can't hear   11:15:27
10  you.  I'm sorry.              11:15:27
11      A.  I do recall now after reading this   11:15:30
12  that we had a different law firm representing   11:15:32
13  us in the beginning.  Now I remember it was   11:15:34
14  Anthony Marino.              11:15:37
15      Q.  Okay.  There are some numbered   11:15:39
16  statements in the document.  If I could turn   11:15:41
17  your attention to the statement numbered 9.   11:15:43
18      MR. NOVIKOFF:  Okay.  What's the   11:15:45
19  question?                  11:15:46
20      MR. GRAFF:  I'd like to ask Mayor   11:15:47
21  Loeffler to please read it.         11:15:49
22      MR. NOVIKOFF:  The document speaks   11:15:50
23  for itself, Ari.  We don't need to read it   11:15:51
24  into the record and burden the transcript.  11:15:53
25      Q.  "The persons involved with the   11:15:56
```

TSG Reporting - Worldwide      877-702-9580

Page 82

```
 1          Loeffler
 2  decision to hire employees were the Suffolk   11:15:58
 3  County Civil Service Commission and the Ocean   11:15:59
 4  Beach Board of Trustees."           11:16:02
 5       Mayor Loeffler, during your service   11:16:03
 6  as trustee at Ocean Beach, was it the case that  11:16:05
 7  the persons involved with this decision to hire  11:16:08
 8  employees in Ocean Beach were the Suffolk   11:16:10
 9  County Civil Service Commission and Ocean Beach  11:16:13
10  Board of Trustees?               11:16:15
11       MR. NOVIKOFF: Hold on. I am going   11:16:16
12  to object to the form of the question and I   11:16:17
13  do think I need to explain why I am      11:16:19
14  objecting, because there is a number of    11:16:22
15  reasons and I don't know if this witness   11:16:24
16  could even answer the question in this    11:16:25
17  form.                     11:16:26
18       One, you have read into the record   11:16:27
19  an answer, but the document doesn't have   11:16:28
20  the question on it, so I think it would be   11:16:30
21  important if you are going to read       11:16:33
22  something in as an answer, to show the   11:16:34
23  question.                  11:16:36
24       Secondly, talking about persons     11:16:37
25  involved with the decision to hire       11:16:40
        TSG Reporting - Worldwide    877-702-9580
```

Page 83

```
 1          Loeffler
 2  employees. I don't know who employees     11:16:41
 3  refer to. If you are referring to some of  11:16:43
 4  the plaintiffs in this action, I think, if  11:16:45
 5  I understand the record correctly, some of  11:16:48
 6  the plaintiffs were hired back in the early  11:16:50
 7  1990s, so the question is whether this    11:16:53
 8  witness even has an understanding as to    11:16:55
 9  when at least some of these witnesses were  11:16:58
10  hired as to who was involved.          11:16:59
11       So that's the objection, but       11:17:01
12  proceed.                  11:17:03
13       Q.  Okay.  Well, since the document is   11:17:03
14  not in front of the witness, I am going to   11:17:04
15  represent that the question I am about to read  11:17:06
16  is the question to which the statement   11:17:08
17  responds.  Interrogatory No. 9. I'm reading  11:17:10
18  from Plaintiffs' First Set of Interrogatories  11:17:14
19  to Defendants' Incorporated Village of Ocean  11:17:16
20  Beach, Mayor Joseph C. Loeffler, Jr., Former  11:17:19
21  Mayor Natalie K. Rogers, and Ocean Beach Police  11:17:22
22  Department dated July 11th, 2007.         11:17:25
23       Interrogatory No. 9 reads:        11:17:29
24  "Identify each and every person responsible for  11:17:31
25  hiring employees including but not limited to  11:17:34
        TSG Reporting - Worldwide    877-702-9580
```

Page 84

```
 1          Loeffler
 2  police officers, police dispatchers and dock  11:17:37
 3  masters at Ocean Beach and/or OBPD from 2000 to  11:17:40
 4  the present, including the role of each person  11:17:47
 5  identified in your response."          11:17:49
 6       MR. NOVIKOFF: So now what's the     11:17:50
 7  question?                  11:17:51
 8       Q.  The question is, Mayor Loeffler, is  11:17:52
 9  it a -- as you understand it, is it an accurate  11:17:55
10  response that the persons involved with the  11:18:00
11  decision to hire employees were the Suffolk  11:18:02
12  County Civil Service Commission and the Ocean  11:18:04
13  Beach Board of Trustees?            11:18:06
14       MR. NOVIKOFF: You are asking this   11:18:07
15  witness to testify as to whether response  11:18:08
16  number 9 is accurate to the question that  11:18:14
17  you just presented?            11:18:16
18       MR. GRAFF: Yes.             11:18:18
19       MR. NOVIKOFF: I am going to object   11:18:19
20  to the form.                11:18:20
21       You can answer, if you want.       11:18:21
22  A.  Yes, it is true, it's accurate.       11:18:23
23       THE COURT REPORTER: I'm sorry?     11:18:23
24  A.  Yes, it is accurate.             11:18:33
25  Q.  Interrogatory No. 12 states:        11:18:33
        TSG Reporting - Worldwide    877-702-9580
```

Page 85

```
 1          Loeffler
 2  "Identify and describe any and all policies  11:18:36
 3  concerning the consumption of alcoholic    11:18:39
 4  beverages by on-duty or off-duty OBPD officers  11:18:42
 5  in Ocean Beach from 2000 to the present."   11:18:46
 6       The response states:  "There is a   11:18:49
 7  policy in place that prohibits the consumption  11:18:50
 8  of alcoholic beverages by officers on duty."  11:18:52
 9       Mayor Loeffler, are you familiar     11:18:56
10  with the policy in place in Ocean Beach that  11:18:58
11  prohibits the consumption of alcoholic    11:19:02
12  beverages by officers on duty?          11:19:03
13  A.  Yes, I am.               11:19:03
14  Q.  And can you describe that policy?     11:19:06
15  A.  It's the 2006 policy manual of the    11:19:07
16  Ocean Beach Police Department which prohibits  11:19:13
17  the consumption of alcoholic beverages on duty.  11:19:14
18  Q.  And when did that policy manual take  11:19:17
19  effect?                   11:19:20
20  A.  2006.                  11:19:20
21  Q.  Okay.  Prior to the implementation   11:19:21
22  of that policy in 2006, was there any policy  11:19:27
23  that prohibited the consumption of alcoholic  11:19:30
24  beverages by on- or off-duty officers in Ocean  11:19:33
25  Beach?                   11:19:35
        TSG Reporting - Worldwide    877-702-9580
```

Page 86

```
1            Loeffler
2        MR. NOVIKOFF: I am going to object   11:19:35
3    to the form of the question. Foundation.   11:19:36
4        You can answer.              11:19:39
5        A.  I don't know if I have ever read the  11:19:40
6    prior policy manual. I don't know if there was  11:19:44
7    one in existence, a policy manual for the Ocean  11:19:47
8    Beach Police Department.            11:19:49
9        Q.  Are you aware of any informal policy  11:19:50
10   that would have been applicable at that time?  11:19:52
11       MR. NOVIKOFF: Objection to the form  11:19:54
12   of the question.               11:19:55
13       You can answer.             11:19:57
14       A.  Informal policy? I don't know what  11:19:57
15   exactly you mean. Do --           11:20:05
16       MR. NOVIKOFF: No, no, no.        11:20:09
17       Q.  If you are unclear on the      11:20:10
18   question --                    11:20:13
19       A.  I am unclear.             11:20:13
20       MR. NOVIKOFF: He just said he     11:20:13
21   doesn't --                    11:20:14
22       Q.  Could you explain what part of the  11:20:14
23   question is unclear to you?          11:20:17
24       MR. NOVIKOFF: As opposed to the   11:20:18
25   entire question.               11:20:20
```
TSG Reporting - Worldwide        877-702-9580

Page 87

```
1            Loeffler
2        A.  I'm not familiar with the policy or  11:20:21
3    the policy manual that was in existence prior  11:20:24
4    to 2006. That's what you are asking me to   11:20:28
5    testify about; is that correct?        11:20:30
6        Q.  Yes, let me go on. Maybe I can be  11:20:31
7    more clear.                   11:20:33
8        Other than the policy manual that    11:20:34
9    you are referring to, is there any other    11:20:35
10   written policy applicable to the operations of  11:20:38
11   the Ocean Beach Police Department?       11:20:42
12       MR. NOVIKOFF: Wait. Now?        11:20:43
13       MR. GRAFF: Now, yes.          11:20:46
14       MR. NOVIKOFF: Are there any other  11:20:47
15   written policies applicable to the Ocean   11:20:48
16   Beach Police Department right now?      11:20:51
17       MR. GRAFF: To the operations of the  11:20:51
18   Police Department other than the policy   11:20:53
19   manual, yes.                  11:20:54
20       MR. NOVIKOFF: Okay.           11:20:55
21       A.  I have no knowledge of the sum and  11:20:57
22   substance of the policy manual prior to 2006.  11:21:00
23       Q.  Interrogatory No. 19, and if you  11:21:04
24   would like to follow it, the response also   11:21:07
25   number 19 in what's been marked as Loeffler 3,  11:21:11
```
TSG Reporting - Worldwide        877-702-9580

Page 88

```
1            Loeffler
2    interrogatory 19 reads: "Describe the    11:21:14
3    qualifications" --              11:21:16
4        MR. NOVIKOFF: Wait. Wait did you   11:21:18
5    just mark what you are reading as 3, as    11:21:19
6    Loeffler 3? Because all you have given me  11:21:22
7    is Loeffler 2.                 11:21:24
8        MR. GRAFF: I'm sorry, the response  11:21:25
9    is in Loeffler 2.               11:21:26
10       MR. NOVIKOFF: Okay. So you are    11:21:27
11   reading from another document?        11:21:28
12       MR. GRAFF: I am reading from      11:21:29
13   Plaintiffs' Interrogatories.         11:21:31
14       Q.  "Describe the qualifications, tests,  11:21:31
15   criteria, training, experience and      11:21:34
16   certifications including but not limited to  11:21:36
17   Civil Service certification necessary to become  11:21:38
18   and/or remain employed as a police officer at  11:21:42
19   OBPD."                     11:21:44
20       Mayor Loeffler, were you able to    11:21:46
21   follow the question that I just read?     11:21:47
22       A.  Yes.                  11:21:49
23       MR. NOVIKOFF: You mean was he able  11:21:50
24   to listen to what you just said?        11:21:51
25       MR. GRAFF: It was a long sentence.  11:21:53
```
TSG Reporting - Worldwide        877-702-9580

Page 89

```
1            Loeffler
2    I wanted to make sure that it was clear    11:21:54
3    from beginning to end.            11:21:56
4        MR. NOVIKOFF: Okay.           11:21:57
5        Q.  Response number 19 states: "All   11:21:57
6    officers are hired pursuant to the rules and  11:21:59
7    qualifications of the Suffolk County Civil   11:22:01
8    Service Department."             11:22:03
9        Mayor Loeffler, as of the date of    11:22:04
10   this response, November 9th, 2007, was that an  11:22:06
11   accurate statement?              11:22:09
12       MR. NOVIKOFF: Objection.        11:22:09
13       A.  Yes, it was.             11:22:11
14       Q.  And would that statement be accurate  11:22:14
15   with respect to the entire period during which  11:22:16
16   you served as trustee or mayor?        11:22:20
17       MR. NOVIKOFF: Note my objection.   11:22:22
18       A.  I don't know.            11:22:23
19       MR. NOVIKOFF: He is not an expert  11:22:27
20   on the Civil Service law.           11:22:28
21       MR. GRAFF: Okay.             11:22:30
22       Q.  Interrogatory No. 22 states:    11:22:31
23   "Describe Defendant Loeffler's role and/or   11:22:35
24   responsibilities concerning the OBPD from 2000  11:22:37
25   to the present."               11:22:40
```
TSG Reporting - Worldwide        877-702-9580

Page 90

```
1          Loeffler
2       The response -- well, let me first   11:22:42
3   ask you what were -- what was your role or   11:22:47
4   responsibilities concerning the OBPD from 2000   11:22:51
5   to the present, if any?       11:22:53
6       MR. NOVIKOFF: If any. Okay. Note   11:22:55
7   my objection.           11:22:56
8       You can answer.       11:22:57
9       A.  I was a trustee with the Village   11:22:57
10  from 2002 to 2006 and I was mayor from 2006   11:22:59
11  until the present day.       11:23:03
12      Q.  Okay. So response number 22, Mayor   11:23:04
13  Joseph C. Loeffler, Jr. had no role in the   11:23:07
14  operations of the Police Department other than   11:23:09
15  as a member of the Board of Trustees and   11:23:11
16  currently as mayor of the Village." Is that --   11:23:13
17      MR. NOVIKOFF: Object --    11:23:16
18      A.  Currently as mayor of the Village I   11:23:16
19  have a role and responsibility in the Police   11:23:18
20  Department.           11:23:20
21      Q.  Okay.          11:23:21
22      MR. NOVIKOFF: Was there a question?   11:23:23
23  Because I think you were about to ask a   11:23:26
24  question and then the witness started   11:23:28
25  answering.           11:23:29
```

TSG Reporting - Worldwide      877-702-9580

Page 91

```
1          Loeffler
2       THE WITNESS: Sorry.       11:23:30
3       MR. NOVIKOFF: So are you   11:23:30
4   done with -- have you completed your   11:23:31
5   question?           11:23:33
6       MR. GRAFF: There is not a question   11:23:33
7   pending at the moment.       11:23:34
8       MR. NOVIKOFF: Okay, that's fine.   11:23:35
9       THE VIDEOGRAPHER: Counselors, now   11:23:41
10  it's ten minutes until the end of tape.   11:23:45
11      MR. NOVIKOFF: Oh, that is so cool.   11:23:45
12      MR. GRAFF: Okay, so let's take a   11:23:46
13  break at this point.       11:23:49
14      THE VIDEOGRAPHER: We are now going   11:23:50
15  off the record. The time is 11:24 a.m.   11:23:53
16      (Recess was taken from 11:24 to   11:23:57
17  11:34.)           11:23:57
18      (Loeffler Exhibit 3, Incorporated   11:33:52
19  Village of Ocean Beach Board of Trustees   11:33:52
20  Meeting Held January 28, 2006, Bates   11:33:52
21  stamped 000028, marked for identification.) 11:34:07
22      THE VIDEOGRAPHER: We are back on   11:34:07
23  the record. The time is 11:34 a.m. This   11:34:13
24  is the beginning of the tape labeled   11:34:16
25  number 2.           11:34:18
```

TSG Reporting - Worldwide      877-702-9580

Page 92

```
1          Loeffler
2   BY MR. GRAFF:           11:34:20
3       Q.  During the break I asked the court   11:34:20
4   reporter to mark as Exhibit Loeffler 3 a   11:34:22
5   one-page document produced by Ocean Beach   11:34:24
6   bearing Bates number 28.       11:34:25
7       Mayor Loeffler, I am going to pass   11:34:28
8   you the document and when you have had a chance   11:34:30
9   to review the document, if you could tell me,   11:34:32
10  please, whether you have seen this document   11:34:34
11  before.           11:34:36
12      MR. GRAFF: Mr. Novikoff, are you   11:34:42
13  examining for accuracy?       11:34:44
14      MR. NOVIKOFF: I'm not the deponent   11:34:46
15  here. I am doing what a lawyer does, sir.   11:34:48
16  I am looking at what you have marked versus   11:34:50
17  what you have handed me, and I do note for   11:34:53
18  the record that there appears to be an   11:34:55
19  arrow handwritten in on this document and I   11:34:56
20  do not know whether that arrow was on the   11:34:59
21  document when it was produced or not, but   11:35:01
22  that could be verified.       11:35:03
23      MR. GRAFF: I can represent the   11:35:04
24  arrow was there. We didn't make that.   11:35:05
25      MR. NOVIKOFF: Okay. So the   11:35:07
```

TSG Reporting - Worldwide      877-702-9580

Page 93

```
1          Loeffler
2   question is you want him to look at this   11:35:08
3   and see if he recognizes it?       11:35:10
4       MR. GRAFF: If he has seen it   11:35:11
5   before, yes.           11:35:12
6       MR. NOVIKOFF: Okay, go ahead   11:35:13
7   (handing).           11:35:14
8       (Document review.)       11:35:25
9       Q.  Mayor Loeffler, have you had a   11:35:25
10  chance to look at the document?       11:35:27
11      A.  Yes, I have.       11:35:28
12      Q.  Do you recognize it?       11:35:29
13      MR. NOVIKOFF: Note for the record   11:35:30
14  it appears on the top of the document to be   11:35:31
15  page 8 of what apparently is minutes of a   11:35:33
16  Board of Trustee meeting held on January   11:35:36
17  28, 2006.           11:35:38
18      MR. GRAFF: And I will note that the   11:35:39
19  first seven pages weren't produced.   11:35:40
20      MR. NOVIKOFF: That's fine, just so   11:35:42
21  the record is clear what it is.       11:35:43
22      Q.  Mayor Loeffler, do you recognize   11:35:45
23  this document?           11:35:47
24      A.  Yes, I do.           11:35:47
25      Q.  And do you recognize it to be as   11:35:48
```

TSG Reporting - Worldwide      877-702-9580

Page 94

```
1              Loeffler
2   characterized by your counsel, minutes from a    11:35:50
3   Board of Trustees meeting held on January 28th,    11:35:53
4   '06, the 8th page?                    11:35:55
5        MR. NOVIKOFF:  That's not how I    11:35:57
6   characterized it.                11:35:58
7        Q.  Do you recognize it as I have    11:35:59
8   characterized it?                11:36:02
9        A.  It appears to be part of the minutes  11:36:02
10  from the board meeting of January 28th, 2006,    11:36:04
11  yes, it does.                11:36:07
12       Q.  Okay.  The section that's marked    11:36:08
13  with an arrow, the arrow is pointing to the    11:36:10
14  subheading designation of George Hesse as    11:36:14
15  deputy chief of police.            11:36:16
16       Do you recall whether George Hesse    11:36:17
17  was ever designated as deputy chief of police?    11:36:18
18       MR. NOVIKOFF:  Objection.    11:36:20
19  A.  Before this or by this document?    11:36:25
20       Q.  By this document or at this time.    11:36:27
21       MR. NOVIKOFF:  Doesn't the document    11:36:29
22  say designation of George Hesse as deputy    11:36:30
23  chief of police?            11:36:33
24  A.  That's what it says.        11:36:34
25       Q.  And was that -- is that consistent    11:36:35
```
TSG Reporting - Worldwide    877-702-9580

Page 95

```
1              Loeffler
2   with what you recall happening?        11:36:38
3        A.  Yes.                11:36:42
4        Q.  When the document says "Trustee    11:36:43
5   Loeffler made motion to designate George Hesse    11:36:44
6   as deputy chief of police with all power and    11:36:46
7   authority involved with that position," what is    11:36:49
8   the power and authority involved with the    11:36:51
9   position of deputy chief of police?        11:36:52
10       MR. NOVIKOFF:  Objection.    11:36:55
11       You can answer.            11:36:55
12  A.  It would be bestowing him the same    11:36:56
13  powers as the chief of police.        11:36:59
14       Q.  Thank you.            11:37:01
15       Was there a written motion that you    11:37:05
16  proposed or was this an oral motion?        11:37:07
17       MR. NOVIKOFF:  Objection.  Written    11:37:09
18  motion like what lawyers do?  I don't know    11:37:11
19  what you mean by "written motion."        11:37:15
20       Q.  When it says "Trustee Loeffler made    11:37:16
21  motion," is that something that you would have    11:37:19
22  done orally?                11:37:21
23       A.  Orally.                11:37:21
24       Q.  Then skip down two subheadings, it    11:37:24
25  says Executive Session, 12 p.m., "Trustee    11:37:27
```
TSG Reporting - Worldwide    877-702-9580

Page 96

```
1              Loeffler
2   Wingate moved to go into executive session for    11:37:29
3   purpose of discussing personnel and litigation    11:37:31
4   matters."                11:37:33
5        Do you recall what the personnel    11:37:35
6   matters that were discussed in that executive    11:37:36
7   session were?                11:37:38
8        MR. NOVIKOFF:  Again, if the    11:37:40
9   discussion was done for the purposes of    11:37:42
10  seeking legal advice with regard to any    11:37:46
11  issues, then I am going to have to instruct  11:37:48
12  him not to answer.  If they were just done    11:37:51
13  as overall discussions concerning Village    11:37:53
14  matters and merely -- and just the counsel    11:37:55
15  was present because the counsel is present,    11:37:57
16  then you can answer the question.        11:38:00
17  A.  I don't remember.        11:38:01
18       Q.  Okay.  We can put aside that    11:38:04
19  document.                11:38:07
20       Do you recall whether anyone    11:38:14
21  expressed any opposition on the Board of    11:38:15
22  Trustees to designating George Hesse as deputy    11:38:18
23  chief of police?                11:38:21
24  A.  Can I review that document?    11:38:23
25       MR. NOVIKOFF:  Sure.        11:38:25
```
TSG Reporting - Worldwide    877-702-9580

Page 97

```
1              Loeffler
2        Q.  That would refresh your    11:38:26
3   recollection?                11:38:27
4        A.  Well, I am trying to see if --    11:38:28
5        Q.  Sure.                11:38:29
6        A.  It says "upon call, all voted aye,"    11:38:31
7   so I guess that would indicate that there was    11:38:34
8   no opposition.                11:38:36
9        Q.  And before the actual voting did    11:38:37
10  anyone verbalize any objections or reservations    11:38:39
11  about designating George Hesse as --    11:38:41
12  A.  Are you asking me to testify about    11:38:43
13  this or about the actions at the meeting?    11:38:45
14       Q.  The actions at the meeting.    11:38:47
15       MR. NOVIKOFF:  I am going to object    11:38:48
16  to the question.  Objections and    11:38:49
17  reservations have two different meanings,    11:38:50
18  so if you want to break it down, then go    11:38:53
19  ahead.  I mean, I think it's clear your    11:38:55
20  Exhibit 3 indicates that it was a majority    11:38:57
21  vote, but I understand what you are asking    11:38:59
22  next, I just think the form is improper.    11:39:01
23       Q.  Did anyone on the Board of Trustees    11:39:03
24  express any concerns about the designation of    11:39:14
25  George Hesse as deputy chief of police?    11:39:18
```
TSG Reporting - Worldwide    877-702-9580

Page 98

```
1              Loeffler
2        MR. NOVIKOFF: Objection to the      11:39:20
3    form.                    11:39:21
4        You can answer.              11:39:21
5        A. I don't recall.            11:39:22
6        Q. Do you recall whether there was a    11:39:26
7    discussion of your motion?          11:39:27
8        MR. NOVIKOFF: Objection.        11:39:31
9    Discussion by whom?              11:39:31
10       Q. Discussion by the Board of Trustees  11:39:33
11   upon the making of the motion to designate  11:39:35
12   George Hesse.                11:39:37
13       MR. NOVIKOFF: Again, I don't want   11:39:38
14   to be difficult, but I would presume that a  11:39:40
15   vote is a discussion. So I am objecting to  11:39:43
16   form.                    11:39:48
17       A. The motion was presented. It was --  11:39:48
18   a roll call was taken, a vote was made, and a  11:39:52
19   motion passed.               11:39:56
20       Q. Okay. Between the making of the    11:39:56
21   motion and the vote, did anybody say anything  11:39:59
22   with respect to the substance of the motion?  11:40:01
23       A. I don't recall.            11:40:04
24       Q. Okay. Thank you.           11:40:05
25       Have you ever heard of an entity      11:40:12
           TSG Reporting - Worldwide    877-702-9580
```

Page 99

```
1              Loeffler
2    called the Ocean Beach Police Benevolent   11:40:14
3    Association?              11:40:18
4        A. Yes, I have.             11:40:18
5        Q. And what is that organization?    11:40:19
6        A. I'm not sure.            11:40:20
7        Q. When did you hear of it?       11:40:23
8        A. I believe I -- some point in time I  11:40:25
9    remember getting a solicitation for funds from  11:40:27
10   that organization.             11:40:30
11       Q. And were you a trustee at that time?  11:40:30
12       A. I don't believe so.         11:40:33
13       Q. Were you a mayor at that time?    11:40:37
14       A. I don't believe so.         11:40:38
15       Q. Other than receiving a solicitation,  11:40:39
16   have you in any other contexts encountered   11:40:43
17   something called Ocean Beach Police Benevolent 11:40:48
18   Association?              11:40:52
19       A. No.                 11:40:52
20       MR. NOVIKOFF: Objection. He never  11:40:52
21   said he encountered it.          11:40:53
22       MR. GRAFF: He encountered it on the  11:40:55
23   solicitation document.          11:40:57
24       MR. NOVIKOFF: If that's what you   11:40:58
25   mean by "encounter." Okay. I am going to   11:40:59
           TSG Reporting - Worldwide    877-702-9580
```

Page 100

```
1              Loeffler
2    object to form.             11:40:59
3        A. I have no knowledge of that     11:41:00
4    organization, truthfully.         11:41:01
5        Q. Did you respond to that solicitation  11:41:02
6    notice?                  11:41:05
7        A. I don't remember.          11:41:05
8        Q. To your knowledge, in your capacity  11:41:08
9    as mayor currently, is there in existence   11:41:11
10   something called the Ocean Beach Police    11:41:15
11   Benevolent Association?          11:41:18
12       A. I don't know.            11:41:18
13       Q. Do you know anybody by the name of  11:41:32
14   Sally Hess?               11:41:34
15       MR. NOVIKOFF: How do you spell the  11:41:36
16   last name?               11:41:37
17       MR. GRAFF: H-E-S-S.          11:41:38
18       A. No, I don't.             11:41:40
19       Q. Do you know anybody by the name of  11:41:43
20   Tina Hess?               11:41:45
21       A. No, I don't.             11:41:47
22       Q. Do you know anybody by the name of  11:41:57
23   Ronnie Hess?              11:42:01
24       A. No, I don't.             11:42:02
25       Q. Mayor Loeffler, how long have you   11:42:04
           TSG Reporting - Worldwide    877-702-9580
```

Page 101

```
1              Loeffler
2    been a resident of Ocean Beach?       11:42:06
3        MR. NOVIKOFF: Note my objection.   11:42:11
4        You can answer.              11:42:12
5        A. 50 years, 55 years.         11:42:16
6        MR. NOVIKOFF: Is that 5-5?       11:42:18
7        THE WITNESS: 5-5.           11:42:19
8        A. Most of my life.           11:42:20
9        Q. And are you -- during those 55    11:42:21
10   years, have you been a year-round resident of  11:42:28
11   Ocean Beach?              11:42:30
12       A. Yes.                 11:42:30
13       Q. Continuously for 55 years?      11:42:30
14       A. Uh-huh.               11:42:33
15       THE COURT REPORTER: You have to    11:42:33
16   answer verbally.             11:42:33
17       A. Yes.                 11:42:34
18       Q. To your knowledge, has any Ocean   11:42:36
19   Beach police officer ever discharged their   11:42:43
20   firearm in a line of duty?         11:42:46
21       MR. NOVIKOFF: As an Ocean Beach    11:42:48
22   police officer?             11:42:50
23       MR. GRAFF: Yes.            11:42:51
24       MR. NOVIKOFF: Okay.          11:42:51
25       To your knowledge.           11:42:53
           TSG Reporting - Worldwide    877-702-9580
```

Page 102

```
1              Loeffler
2      A.   None.  No, not to my knowledge.    11:42:54
3      Q.   Have you ever discharged your     11:42:57
4  firearm in the line of duty?              11:42:58
5          MR. NOVIKOFF:  As an Ocean Beach   11:43:00
6  police officer?                  11:43:01
7          MR. GRAFF:  Ever.          11:43:01
8          MR. NOVIKOFF:  Oh, okay.   11:43:01
9      A.   Yes.                    11:43:03
10     Q.   On how many occasions has that  11:43:05
11  happened?                       11:43:07
12     A.   One.                    11:43:08
13     Q.   And who were you shooting at on that  11:43:12
14  occasion?                       11:43:14
15     A.   A perpetrator.           11:43:16
16     Q.   When did that take place?    11:43:17
17     A.   1975.                   11:43:20
18     Q.   Have you ever shot anyone?   11:43:21
19         MR. NOVIKOFF:  Objection.  When you  11:43:32
20  mean shot at someone, you mean where the   11:43:34
21  bullet actually hit somebody --          11:43:37
22         MR. GRAFF:  Yes.           11:43:38
23         MR. NOVIKOFF:  -- or shot at  11:43:38
24  somebody?                       11:43:38
25         MR. GRAFF:  No, shot someone where  11:43:38
     TSG Reporting - Worldwide    877-702-9580
```

Page 103

```
1              Loeffler
2  the bullet hit them.                11:43:39
3          MR. NOVIKOFF:  Okay.        11:43:40
4      A.   Yes.                    11:43:41
5      Q.   Who have you shot?         11:43:42
6      A.   Perpetrator.             11:43:43
7      Q.   Other than that occasion in 1975,  11:43:45
8  have you shot anyone else?           11:43:48
9      A.   No.                     11:43:49
10     Q.   And just to be clear, have you shot  11:43:49
11  anyone else inadvertently not intending to  11:44:02
12  shoot them?                      11:44:05
13     A.   No.                     11:44:06
14         MR. NOVIKOFF:  Are you going to ask  11:44:16
15  about deer?                      11:44:17
16     Q.   During the period of your service as  11:44:26
17  trustee at Ocean Beach, did you ever discipline  11:44:28
18  any employees of Ocean Beach?        11:44:31
19         MR. NOVIKOFF:  Objection to the  11:44:33
20  form, "discipline."  I don't know what it  11:44:35
21  means.                          11:44:36
22     A.   No.                     11:44:38
23     Q.   What about during your service as  11:44:42
24  mayor, have you ever had occasion to discipline  11:44:44
25  any employee at Ocean Beach?         11:44:46
     TSG Reporting - Worldwide    877-702-9580
```

Page 104

```
1              Loeffler
2          MR. NOVIKOFF:  Same objection.  11:44:48
3      A.   Yes.                    11:44:49
4      Q.   On how many occasions have you  11:44:52
5  disciplined an employee at Ocean Beach?  11:44:55
6      A.   Two.                    11:44:57
7      Q.   Starting with the first of those  11:45:01
8  occasions, could you describe the     11:45:04
9  circumstances.                   11:45:07
10     A.   The first one was with -- both of  11:45:08
11  them were clerical staff in the Village office.  11:45:12
12     Q.   And what precipitated your  11:45:15
13  disciplining a member of the clerical staff on  11:45:21
14  the first occasion?              11:45:24
15     A.   I don't know the particulars of the  11:45:24
16  discipline, but they both received -- letters  11:45:26
17  of discipline were placed in their employee  11:45:28
18  jackets.                        11:45:31
19     Q.   Do you remember the name of the  11:45:31
20  individual member of the clerical staff on the  11:45:35
21  first occasion?                  11:45:38
22     A.   Susan Caffuco.            11:45:39
23     Q.   And on the second occasion, do you  11:45:45
24  remember the particular name of the clerical  11:45:54
25  staff?                          11:45:56
     TSG Reporting - Worldwide    877-702-9580
```

Page 105

```
1              Loeffler
2      A.   Arta Wejien.             11:45:56
3      Q.   Do you know what precipitated your  11:46:04
4  discipline of Arta Wejien?           11:46:08
5      A.   I don't remember.         11:46:10
6      Q.   And you also don't remember  11:46:10
7  why Susan Caffuco was --          11:46:12
8      A.   I don't remember the sum and  11:46:12
9  substance, but I know that there were two  11:46:13
10  letters -- I have issued two letters of  11:46:14
11  discipline.                      11:46:16
12     Q.   Other than those two letters, have  11:46:18
13  you disciplined any other members of Ocean  11:46:20
14  Beach, any other employees of Ocean Beach?  11:46:22
15         MR. NOVIKOFF:  Objection.  Asked and  11:46:24
16  answered.                       11:46:25
17     A.   No, I have not.           11:46:25
18     Q.   Have you ever directed anyone else  11:46:27
19  to discipline anyone, any employees of Ocean  11:46:30
20  Beach?                          11:46:33
21         MR. NOVIKOFF:  Objection to the  11:46:33
22  form.                           11:46:34
23     A.   No, I have not.           11:46:34
24     Q.   Have you ever terminated the  11:46:38
25  employment of any employees at Ocean Beach?  11:46:42
     TSG Reporting - Worldwide    877-702-9580
```

Page 106

```
1              Loeffler
2       MR. NOVIKOFF: Okay. I am going to    11:46:44
3   object only -- has this witness as mayor or  11:46:45
4   the trustee ever on his own accord said     11:46:51
5   "you're fired"?                  11:46:55
6       MR. GRAFF: Effectuated the       11:46:56
7   termination, either yourself or by      11:46:57
8   directing someone else to.          11:47:00
9       MR. NOVIKOFF: Okay, I am going to    11:47:01
10  object to the form, but you can answer.    11:47:04
11  A.  Define "termination" for me.       11:47:04
12      Q.  Do you understand what "termination"  11:47:10
13  means in the context of employment?     11:47:12
14  A.  No, I don't.               11:47:13
15      Q.  To discontinue the employment of a   11:47:14
16  person, to prevent that person from continuing  11:47:23
17  to work at Ocean Beach.            11:47:28
18      MR. NOVIKOFF: Those are the two      11:47:31
19  definitions of "terminate" that you are    11:47:32
20  asking this witness to answer on?       11:47:34
21      MR. GRAFF: Yes.             11:47:36
22      MR. NOVIKOFF: Okay. Objection to    11:47:37
23  the form of the question.           11:47:39
24  A.  No.                   11:47:41
25      Q.  To your knowledge, has any Ocean   11:47:41
         TSG Reporting - Worldwide    877-702-9580
```

Page 107

```
1              Loeffler
2   Beach police officer ever been terminated?   11:47:48
3   A.  No.                  11:47:50
4       Q.  To your knowledge, has any member of  11:47:53
5   the Ocean Beach Police Department ever been   11:48:12
6   subject to discipline?           11:48:14
7       MR. NOVIKOFF: Objection to the form  11:48:15
8   of the question. I think "discipline" is a  11:48:18
9   very broad word.               11:48:20
10      A.  And "anyone." Is that over the last  11:48:22
11  60 years or what are you talking about?    11:48:26
12      Q.  Yes.                11:48:27
13      MR. NOVIKOFF: Over the last 60      11:48:28
14  years?                  11:48:29
15      MR. GRAFF: That he is aware, yes.    11:48:29
16  A.  I have no --              11:48:31
17      MR. NOVIKOFF: Objection.        11:48:31
18  A.  No, I have no knowledge.         11:48:33
19      MR. GRAFF: I am going to ask the    11:48:52
20  court reporter to please mark as       11:48:53
21  Exhibit Loeffler 4 a one-page document    11:48:54
22  produced by Ocean Beach bearing Bates    11:48:56
23  number 001005.               11:48:58
24      (Loeffler Exhibit 4, memo dated     11:49:15
25  April 4, 2006, Bates stamped 001005, marked  11:49:15
         TSG Reporting - Worldwide    877-702-9580
```

Page 108

```
1              Loeffler
2   for identification.)             11:49:15
3       MR. NOVIKOFF: And you want him to    11:49:15
4   do what with this?              11:49:15
5       Q.  To review the document and to let me  11:49:34
6   know if this is a document that you have seen  11:49:36
7   before, Mayor Loeffler.            11:49:38
8       (Document review.)            11:49:39
9       MR. NOVIKOFF: So the question is     11:49:39
10  does he recognize this document?       11:49:54
11      MR. GRAFF: Yes.             11:49:55
12  A.  I don't remember seeing that       11:49:56
13  document.                  11:49:58
14      Q.  Okay. At the bottom of the      11:50:00
15  document, if you will note there is a CC and  11:50:05
16  there is two names who that document is CC'd  11:50:07
17  to.                  11:50:10
18      MR. NOVIKOFF: Let the record       11:50:10
19  reflect that it's CC'd to Natalie K.      11:50:11
20  Rogers/Mayor/Police Commissioner and Joseph  11:50:13
21  Loeffler/Trustee.              11:50:16
22      Q.  Mayor Loeffler, during the time that  11:50:18
23  you were a trustee at Ocean Beach, was Mayor  11:50:21
24  Rogers -- did Mayor Rogers ever serve as police  11:50:26
25  commissioner of Ocean Beach?          11:50:29
         TSG Reporting - Worldwide    877-702-9580
```

Page 109

```
1              Loeffler
2       MR. NOVIKOFF: Objection to the form  11:50:30
3   of the question.               11:50:30
4       A.  She by Village law would be the    11:50:31
5   department head for all departments. So the  11:50:36
6   term "police commissioner" could broadly be  11:50:40
7   used for that position.            11:50:42
8       Q.  If you look at the top left of the  11:50:44
9   document --                 11:50:46
10      MR. NOVIKOFF: Okay.           11:50:49
11      Q.  It says Natalie -- this is in the   11:50:50
12  header.                  11:50:51
13      MR. NOVIKOFF: It says Natalie C.    11:50:51
14  Rogers, Mayor/Police Commissioner. Okay.   11:50:53
15      Q.  Do you know why the designation with  11:50:56
16  the mayor/police commissioner specifically with  11:50:58
17  reference to the Police Department and not to  11:51:01
18  other departments in Ocean Beach?       11:51:03
19      MR. NOVIKOFF: Objection to the      11:51:04
20  form. I don't know if you have established  11:51:05
21  that this letterhead is different than any  11:51:08
22  other letterhead, so I am going to object   11:51:10
23  to the form of the question.         11:51:13
24      If you can answer, if you can       11:51:15
25  answer. If you need to look at the      11:51:17
         TSG Reporting - Worldwide    877-702-9580
```

Page 110

```
 1          Loeffler
 2    document --                 11:51:17
 3      A.  It looks -- it appears that it's   11:51:18
 4    police department stationery.  Other   11:51:19
 5    departments have different stationery.  I don't  11:51:21
 6    know.                        11:51:24
 7      Q.  Have you ever seen stationery that   11:51:24
 8    identified the mayor, whoever the mayor might  11:51:26
 9    have been at that time, as mayor/fire   11:51:29
10    commissioner.                11:51:31
11      A.  Not that I recall.        11:51:33
12      Q.  Do you recall ever seeing a document   11:51:39
13    that identified the mayor as mayor/sanitation  11:51:41
14    commissioner.                11:51:44
15         MR. NOVIKOFF:  The answer is just   11:51:45
16    yes, you recall, or no, you recall.   11:51:46
17      A.  No.                      11:51:48
18      Q.  Do you recall ever seeing a document   11:51:48
19    that identified the mayor as mayor slash any   11:51:51
20    department other than police followed by the   11:51:55
21    word "commissioner"?          11:51:58
22         MR. NOVIKOFF:  Again, it's just yes   11:51:59
23    if you recall --              11:52:00
24      A.  No.                      11:52:01
25      Q.  Do you recall if you have ever   11:52:07
```
TSG Reporting - Worldwide    877-702-9580

Page 111

```
 1          Loeffler
 2    during the time that you served as a trustee   11:52:09
 3    and Mayor Rogers was serving as mayor whether   11:52:12
 4    you ever received correspondence that was   11:52:14
 5    copied to Mayor Rogers and to yourself but to   11:52:17
 6    no other members of the Board of Trustees?   11:52:20
 7      A.  I don't recall.           11:52:22
 8      Q.  The document at the reference line   11:52:27
 9    is headed Termination of Employment.  The text   11:52:30
10    reads:  "For your information, the following   11:52:33
11    officers were let go and will not be returning   11:52:35
12    to work for the 2006 summer season."  Then it   11:52:37
13    lists certain names.          11:52:40
14         Mayor Loeffler, are you aware that   11:52:42
15    certain officers were let go and did not return   11:52:44
16    to work for the 2006 summer season as stated in   11:52:46
17    the document?                11:52:49
18         MR. NOVIKOFF:  Objection to the form   11:52:49
19    of the question.  I don't know what you   11:52:50
20    mean by "let go."            11:52:51
21         MR. GRAFF:  As stated in the   11:52:52
22    document, to the extent that he can   11:52:53
23    understand it.               11:52:55
24         MR. NOVIKOFF:  The document says   11:52:56
25    "let go."  I don't know if you have asked   11:52:57
```
TSG Reporting - Worldwide    877-702-9580

Page 112

```
 1          Loeffler
 2    this witness what his understanding, if   11:52:58
 3    any, of the frame -- word "let go" is as   11:53:00
 4    used by Mr. Hesse.  So I am going to object   11:53:03
 5    to the question.  I think you need to lay a   11:53:07
 6    foundation, Ari.             11:53:09
 7         MR. GRAFF:  Okay.          11:53:10
 8      Q.  Now if you could look at the   11:53:10
 9    document, do you understand what the document   11:53:12
10    is referring to?             11:53:13
11      A.  Yes, I do.              11:53:17
12      Q.  And what is the document referring   11:53:18
13    to?                          11:53:20
14      A.  It's referring to the fact that   11:53:20
15    there are one, two, three, four, five, six --   11:53:22
16    seven names of individuals that were not   11:53:27
17    rehired.                     11:53:29
18      Q.  And other than based on this   11:53:30
19    document, do you recall that these seven or   11:53:33
20    eight officers were not rehired at that time?   11:53:37
21      A.  Is it seven or is it eight?   11:53:40
22      Q.  Seven.                   11:53:42
23      A.  That's what I thought.     11:53:43
24         MR. NOVIKOFF:  So what's the   11:53:46
25    question?  Now that we have gotten the math   11:53:47
```
TSG Reporting - Worldwide    877-702-9580

Page 113

```
 1          Loeffler
 2    right.                       11:53:47
 3      Q.  If you have a recollection of this   11:53:47
 4    happening independent of this document.   11:53:50
 5      A.  No, I don't.             11:53:51
 6         MR. NOVIKOFF:  Wait, wait, was   11:53:52
 7    the -- objection to form.  Was the question   11:53:53
 8    does he have knowledge independent of this   11:53:55
 9    document that seven officers were not   11:53:58
10    rehired in April 2006?        11:54:00
11         That's the question.  Taking this   11:54:05
12    document aside, do you have knowledge that   11:54:07
13    in April 2006 seven officers were not   11:54:12
14    rehired?  That's the question.   11:54:15
15      A.  Yes, I do.              11:54:18
16      Q.  And how did you first learn that   11:54:19
17    seven officers --            11:54:23
18         MR. GRAFF:  I'll note, Mr. Novikoff,   11:54:25
19    we have got the conflicting terminology.   11:54:26
20    If we refer to --            11:54:29
21         MR. NOVIKOFF:  Yes, we all   11:54:30
22    understand that your position is that they   11:54:31
23    were terminated, our position is that they   11:54:32
24    were not rehired.  I'm not going to suggest   11:54:35
25    at trial that your use of the word one way   11:54:38
```
TSG Reporting - Worldwide    877-702-9580

Page 114

```
 1              Loeffler
 2      or the other changes your position and you  11:54:41
 3      are not going to use at the time of trial  11:54:43
 4      or in motion that my use of whatever phrase  11:54:45
 5      changes our position.            11:54:48
 6          MR. GRAFF:  Thank you.        11:54:49
 7      Q.   When did you first learn that seven  11:54:49
 8  officers were not rehired in 2006, Mayor  11:54:52
 9  Loeffler?                  11:54:56
10      A.   Sometime after April 4th of 2006.  11:54:56
11      Q.   And how did you come to learn of it  11:55:04
12  at that time?                11:55:06
13      A.   I believe Deputy Chief Hesse     11:55:06
14  informed the board that he would not be    11:55:12
15  rehiring these people.              11:55:13
16      Q.   And was that -- did he inform them  11:55:14
17  in person in a spoken communication?    11:55:18
18      A.   I don't recall.            11:55:20
19      Q.   Do you recall whether he informed  11:55:20
20  the board at any formal meeting of the board?  11:55:23
21          MR. NOVIKOFF:  I am going to object  11:55:28
22  to the form of the question.        11:55:29
23          You can answer, though.        11:55:30
24      A.   I don't recall.            11:55:31
25      Q.   Do you recall whether he provided  11:55:34
```
TSG Reporting - Worldwide    877-702-9580

Page 115

```
 1              Loeffler
 2  any reason why those officers were not being  11:55:35
 3  rehired when he informed the board?      11:55:38
 4      A.   If I don't recall him doing that, I  11:55:40
 5  couldn't recall any reasons.          11:55:43
 6      Q.   Do you recall ever having any    11:55:45
 7  conversations directly with George Hesse about  11:55:46
 8  the fact that certain officers were not rehired  11:55:48
 9  to work for the 2006 season?          11:55:51
10          MR. NOVIKOFF:  At what period of    11:55:52
11  time?                    11:55:54
12          MR. GRAFF:  At any period of time.  11:55:55
13      A.   Well, obviously five of those    11:55:57
14  officers are part of this lawsuit, so I do have  11:55:58
15  some knowledge that they were not rehired as  11:56:01
16  part of the filing of the documents by the  11:56:04
17  plaintiffs.                  11:56:07
18      Q.   Prior to the plaintiffs filing the  11:56:08
19  document in this lawsuit, did you have any  11:56:10
20  communications with George Hesse that you can  11:56:13
21  recall concerning officers not being rehired  11:56:16
22  for the 2006 season?            11:56:18
23      A.   No, I don't recall.          11:56:20
24      Q.   Do you know who William Powell is?  11:56:22
25      A.   No, I don't.            11:56:26
```
TSG Reporting - Worldwide    877-702-9580

Page 116

```
 1              Loeffler
 2      Q.   Do you know who John Dyer is?    11:56:27
 3      A.   No, I don't.            11:56:28
 4      Q.   At the time that George Hesse    11:56:30
 5  informed you that officers were not being  11:56:34
 6  rehired --                  11:56:37
 7      A.   No.                11:56:37
 8      Q.   Informed the board?  Is that what  11:56:40
 9  your hesitation was?            11:56:41
10      A.   Okay, yes.              11:56:42
11      Q.   Informed the board including    11:56:43
12  yourself that certain officers would not be  11:56:45
13  rehired for 2006, did you know who Edward  11:56:47
14  Carter was?                  11:56:51
15      A.   Yeah.                11:56:52
16          MR. NOVIKOFF:  Did he know who he  11:56:52
17  was or was he aware that there was a person  11:56:54
18  affiliated with Ocean Beach named Edward  11:56:56
19  Carter?                  11:56:59
20          MR. GRAFF:  Either way.        11:57:04
21          MR. NOVIKOFF:  Okay.  Objection to  11:57:04
22  the form.                  11:57:06
23      A.   I know who Edward Carter is.      11:57:06
24      Q.   And who did you know Edward Carter  11:57:08
25  to be at that time?            11:57:10
```
TSG Reporting - Worldwide    877-702-9580

Page 117

```
 1              Loeffler
 2      A.   A police officer.          11:57:11
 3      Q.   Had you ever had any communications  11:57:12
 4  with Edward Carter directly?          11:57:14
 5      A.   Once.                11:57:17
 6      Q.   On what occasion did you --      11:57:18
 7      A.   He showed up at a fire scene in the  11:57:20
 8  wintertime.  He was working a midnight tour.  11:57:22
 9  That's the only time I ever spoke to Edward  11:57:25
10  Carter.                  11:57:27
11      Q.   And in substance what did you -- or  11:57:27
12  what did you say to Ed Carter in that    11:57:29
13  conversation?                11:57:31
14      A.   "Thanks for coming."        11:57:31
15      Q.   And where was the location of that  11:57:35
16  fire scene?                11:57:37
17      A.   On Denhhoff Roadway in Ocean Beach.  11:57:39
18      Q.   And what structure, if any, was on  11:57:42
19  fire?                    11:57:45
20      A.   Four Seasons Hotel.          11:57:45
21      Q.   And do you know what Ed Carter did  11:57:53
22  when he arrived at that fire scene, what role  11:57:55
23  he played, if any?              11:57:58
24      A.   No, I don't.            11:57:59
25      Q.   As of April 2006 did you know who  11:58:01
```
TSG Reporting - Worldwide    877-702-9580

Page 118

```
1              Loeffler
2  Kevin Lamm was?                    11:58:04
3     A.  Yes.                11:58:05
4        MR. NOVIKOFF:  Objection.        11:58:05
5     Q.  And who did you know Kevin Lamm to   11:58:06
6  be?                         11:58:08
7     A.  A police officer within the Village  11:58:08
8  of Ocean Beach.                  11:58:10
9     Q.  Had you ever had any communications  11:58:10
10 with Mr. Lamm as of April of 2006?      11:58:12
11    A.  Yes, from time to time I would speak  11:58:14
12 with him.                     11:58:16
13    Q.  And can you recall anything of what  11:58:16
14 you discussed with Kevin Lamm as of April 2006?  11:58:19
15    A.  Small talk.  I would see him.  He   11:58:23
16 would meet the ferries a lot.  I guess that was  11:58:26
17 one of his jobs in the Police Department.  See  11:58:29
18 him on the street, just say "hi."        11:58:31
19    Q.  As of April 2006, did you have any   11:58:33
20 reason to believe that Kevin Lamm's performance  11:58:36
21 as a police officer was less than satisfactory?  11:58:39
22       MR. NOVIKOFF:  Objection.       11:58:41
23       You can answer.           11:58:42
24    A.  I had no knowledge of his        11:58:42
25 performance status.             11:58:47
   TSG Reporting - Worldwide     877-702-9580
```

Page 119

```
1              Loeffler
2     Q.  And what about Ed Carter, as of     11:58:48
3  April 2006 did you have any knowledge of his   11:58:53
4  performance status?               11:58:55
5        MR. NOVIKOFF:  Same objections.     11:58:56
6     A.  No.                 11:58:57
7        MR. NOVIKOFF:  Actually, I withdraw  11:59:01
8  the objection because the question was      11:59:03
9  changed.                     11:59:04
10    Q.  As of April 2006, did you know who   11:59:06
11 Joseph Nofi was?                11:59:08
12       MR. NOVIKOFF:  Objection.        11:59:09
13    A.  Yes.                11:59:10
14    Q.  And who did you know Joseph Nofi to  11:59:11
15 be?                         11:59:14
16    A.  A police officer with the Ocean     11:59:14
17 Beach Police Department.             11:59:15
18       MR. NOVIKOFF:  Ari, is your question  11:59:15
19 as of April 2006 or was it as of April 4th,   11:59:17
20 2006?  If your question is as of April      11:59:24
21 2006, that subsumes the entire month of     11:59:28
22 April, which I think this witness testified  11:59:31
23 that perhaps he and George Hesse --       11:59:32
24    Q.  With that clarification, prior to   11:59:34
25 the ending of his employment up to April 4th,  11:59:36
   TSG Reporting - Worldwide     877-702-9580
```

Page 120

```
1              Loeffler
2  2006, who did you know Joseph Nofi to be?    11:59:39
3        MR. NOVIKOFF:  Objection.        11:59:42
4     A.  A police officer in the Ocean Beach  11:59:43
5  Police Department.               11:59:45
6     Q.  Had you ever had any communications  11:59:46
7  with Joseph Nofi as of that time?        11:59:47
8     A.  Prior to that date, is that what you  11:59:50
9  are talking about?               11:59:52
10    Q.  Yes.                 11:59:52
11    A.  Yes.                11:59:53
12    Q.  And can you recall the substance of  11:59:53
13 anything that was communicated in those     11:59:55
14 conversations?                  11:59:56
15    A.  No, I can't.  Mostly small talk.    11:59:57
16    Q.  Do you recall whether you ever      12:00:00
17 discussed any issues with respect to the Ocean  12:00:03
18 Beach Police Department with Joseph Nofi?    12:00:07
19       MR. NOVIKOFF:  Objection to the     12:00:10
20    form.                   12:00:10
21    A.  I'm not clear on what you are      12:00:13
22 asking.                     12:00:15
23    Q.  Well, did any of the small talk    12:00:15
24 include anything concerning the Ocean Beach   12:00:17
25 Police Department?               12:00:20
   TSG Reporting - Worldwide     877-702-9580
```

Page 121

```
1              Loeffler
2        MR. NOVIKOFF:  Other than the fact   12:00:20
3  that Mr. Lamm was an officer at the time?    12:00:21
4        THE WITNESS:  No, we are talking    12:00:24
5  about Mr. Nofi, right?             12:00:25
6        MR. NOVIKOFF:  Mr. Nofi, I mean.    12:00:26
7        MR. GRAFF:  Right.          12:00:26
8        MR. NOVIKOFF:  Okay.  Objection to  12:00:27
9  the form.                    12:00:28
10    A.  No.                 12:00:29
11    Q.  Do you recall discussing any --     12:00:29
12 discussing with Joe Nofi any other officers at  12:00:31
13 the Ocean Beach Police Department?        12:00:33
14    A.  No.                 12:00:34
15    Q.  Do you recall ever discussing with  12:00:35
16 Kevin Lamm any other officers at the Ocean   12:00:36
17 Beach Police Department?             12:00:39
18    A.  No.                 12:00:39
19    Q.  As of April 4th, 2006, did you know  12:00:39
20 who Frank Fiorillo was?             12:00:44
21    A.  Yes.                12:00:45
22    Q.  Who did you know him to be?       12:00:45
23    A.  A police officer with the Ocean     12:00:47
24 Beach Police Department.             12:00:48
25    Q.  Had you ever had any communications  12:00:49
   TSG Reporting - Worldwide     877-702-9580
```

Page 122

Loeffler

1
2  with Frank Fiorillo as of that date?          12:00:50
3      A.   Yes.                     12:00:52
4      Q.   How many times would you say you     12:00:52
5  communicated with Frank Fiorillo?            12:00:54
6      A.   I don't know.                12:00:56
7      Q.   Can you recall the substance of any  12:00:58
8  of those communications?                 12:01:00
9      A.   Mostly small talk, "how are you       12:01:01
10 doing, how are things going."             12:01:03
11     Q.   Other than that small talk, can you   12:01:04
12 recall anything else that you communicated?    12:01:06
13     A.   No.                     12:01:07
14     Q.   Did you have any knowledge of Frank   12:01:08
15 Fiorillo's performance as a police officer as   12:01:11
16 of April 4th, 2006?                    12:01:14
17     A.   No.                     12:01:15
18     Q.   Do you recall ever discussing any    12:01:15
19 other officers at the Ocean Beach Police       12:01:28
20 Department with Frank Fiorillo?            12:01:30
21         MR. NOVIKOFF:  Objection.  You have    12:01:31
22     been asking these questions "do you recall"  12:01:32
23     and I have objected and I haven't objected.  12:01:36
24     When you say "do you recall," are you       12:01:38
25     asking him affirmatively did you have any    12:01:40

TSG Reporting - Worldwide      877-702-9580

Page 123

Loeffler

1
2  discussions with him?                   12:01:42
3         MR. GRAFF:  Yes.              12:01:43
4         MR. NOVIKOFF:  Okay.  So when you     12:01:44
5     say going forward, and you may want to      12:01:45
6     change your questions, "do you recall,"      12:01:48
7     this witness should assume that that means   12:01:50
8     did you ever?  Because there is two -- two   12:01:53
9     different meanings to those questions.       12:01:57
10        MR. GRAFF:  I would not want to       12:01:58
11     confuse the witness or the testimony.        12:02:00
12        MR. NOVIKOFF:  Okay.  Ask him did     12:02:01
13     you have any conversations with --          12:02:02
14     Q.   Did you have any conversations with   12:02:02
15 Frank Fiorillo prior to April 4th, 2006?        12:02:04
16     A.   Yes.                     12:02:07
17     Q.   Other than small talk, do you recall  12:02:08
18 anything specific that you discussed with Frank  12:02:12
19 Fiorillo?                        12:02:14
20     A.   No.                     12:02:14
21     Q.   Did you ever discuss any police      12:02:15
22 matters with Frank Fiorillo?               12:02:22
23     A.   No.                     12:02:23
24         MR. NOVIKOFF:  Objection.          12:02:24
25         THE WITNESS:  Sorry.           12:02:26

TSG Reporting - Worldwide      877-702-9580

Page 124

Loeffler

1
2         MR. NOVIKOFF:  No, you can answer,    12:02:27
3     that's fine.                    12:02:28
4     A.   No.                     12:02:29
5     Q.   As of April 4th, 2006, did you know  12:02:29
6  who Thomas Snyder was?                 12:02:32
7      A.   Yes.                     12:02:33
8      Q.   And who did you know him to be?     12:02:34
9      A.   A police officer of the Ocean Beach   12:02:35
10 Police Department.                   12:02:37
11     Q.   Do you have any knowledge of his     12:02:37
12 performance as a police officer?            12:02:40
13     A.   No, I do not.                12:02:41
14     Q.   Did you ever have any communications  12:02:42
15 with Tom Snyder?                    12:02:43
16     A.   I don't know if we ever actually --    12:02:45
17 very infrequent, if I did.  I don't remember.    12:02:56
18     Q.   Can you recall the substance of       12:02:58
19 anything communicated?                 12:02:59
20     A.   No.  No.                  12:02:59
21     Q.   Do you recall whether -- strike       12:03:03
22 that.                          12:03:05
23         Did you ever discuss any other       12:03:05
24 officers at the Ocean Beach Police Department    12:03:09
25 with Tom Snyder?                    12:03:11

TSG Reporting - Worldwide      877-702-9580

Page 125

Loeffler

1
2      A.   No, I did not.               12:03:12
3      Q.   Did you ever direct any of the five   12:03:14
4  plaintiffs in this lawsuit during their time    12:03:16
5  that they were police officers at Ocean Beach,   12:03:19
6  did you ever direct any of them to not issue a   12:03:21
7  citation to any particular person?           12:03:26
8         MR. NOVIKOFF:  Objection to the      12:03:28
9     form.  You have a wholesale lack of         12:03:29
10     foundation on that question.  You are       12:03:32
11     presuming that it was the mayor's          12:03:42
12     responsibility or authority to direct        12:03:44
13     police officers to --                12:03:47
14        MR. GRAFF:  I'm not assuming         12:03:48
15     anything.  I am asking if he did direct       12:03:49
16     them.                      12:03:51
17        MR. NOVIKOFF:  Well, I am objecting    12:03:51
18     to the form.                   12:03:52
19     A.   Direct them -- repeat the question     12:03:55
20 for me, please.                     12:04:00
21     Q.   I will ask it a slightly different    12:04:01
22 way.                          12:04:03
23         Did you ever ask any of the five      12:04:04
24 plaintiffs to not issue a citation or violation  12:04:05
25 to any particular person on any particular      12:04:09

TSG Reporting - Worldwide      877-702-9580

Page 126

```
1              Loeffler
2  occasion?                      12:04:11
3     A.  Not that I recall.        12:04:12
4     Q.  Did you ever ask any of the five   12:04:14
5  plaintiffs in this case to not arrest any   12:04:18
6  particular person on any particular occasion?   12:04:21
7     A.  No.                     12:04:23
8        MR. NOVIKOFF:  Do you have a good   12:04:27
9  faith basis to suggest that he did?   12:04:28
10       MR. GRAFF:  I do.         12:04:30
11       MR. NOVIKOFF:  Okay.  Can we hear   12:04:31
12  it?  Because I think what you just accused   12:04:33
13  the mayor of Ocean Beach of doing by virtue   12:04:37
14  of the question is that he did direct   12:04:40
15  someone not to arrest someone else and I   12:04:41
16  think that's a pretty serious accusation to   12:04:44
17  me.                          12:04:47
18       MR. GRAFF:  I will be more specific.   12:04:47
19       THE WITNESS:  Okay, that would be   12:04:49
20  great.                        12:04:49
21    Q.  Did you ever direct any of the   12:04:49
22  officers not to arrest or issue a citation to   12:04:51
23  Michael Loeffler?               12:04:54
24    A.  Oh, absolutely.  Absolutely, I did.   12:04:55
25    Q.  And when did that happen?   12:04:57
```
TSG Reporting - Worldwide     877-702-9580

Page 127

```
1              Loeffler
2     A.  When they attempted to issue him a   12:04:59
3  citation for a crime that he didn't commit.   12:05:01
4     Q.  When did that take place?   12:05:05
5     A.  I don't remember the date.   12:05:06
6     Q.  Do you remember the year?   12:05:07
7     A.  2005 maybe.  I'm not sure.   12:05:09
8     Q.  And which officer specifically are   12:05:13
9  you referring to?              12:05:15
10    A.  Officer Fiorillo, right here,   12:05:15
11  sitting right here.              12:05:17
12    Q.  And can you describe the context of   12:05:19
13  what you are referring to?       12:05:22
14    A.  Yes.  He wanted to issue my son a   12:05:22
15  summons for stealing a barbecue.   12:05:24
16       MR. NOVIKOFF:  Is there anything   12:05:31
17  more you want to add to that?    12:05:32
18       THE WITNESS:  Well, I have to more   12:05:33
19  answer to that, but that's...    12:05:34
20       MR. NOVIKOFF:  Okay.       12:05:35
21    Q.  If you could elaborate on that,   12:05:35
22  please.                       12:05:37
23    A.  Well, do you want --       12:05:37
24       MR. NOVIKOFF:  Do you want the   12:05:40
25  witness to --                 12:05:41
```
TSG Reporting - Worldwide     877-702-9580

Page 128

```
1              Loeffler
2        MR. GRAFF:  Yes.          12:05:42
3        MR. NOVIKOFF:  Testify as to   12:05:42
4  whatever you want to testify about the   12:05:43
5  incident.                     12:05:45
6     A.  There was an incident that occurred   12:05:45
7  at 31 Ocean Road where my son removed a   12:05:47
8  barbecue from that residence and took it to   12:05:50
9  Ocean Bay Park and Officer Fiorillo, I believe,   12:05:53
10 wanted to issue him a summons for stealing my   12:05:55
11 barbecue, but I own that house.  That's my   12:05:57
12 barbecue.  So I don't know what Officer   12:06:01
13 Fiorillo was going to commit, but he would have   12:06:03
14 committed a false arrest.  I was attempting to   12:06:05
15 stop him from doing that and allow him not to,   12:06:08
16 but I owned that house.  That was my barbecue.   12:06:11
17 Okay.  So in attempting to assist Officer   12:06:13
18 Fiorillo in not getting involved in a false   12:06:18
19 arrest suit, I did make that suggestion that he   12:06:20
20 not do that, because there would not be a   12:06:23
21 complainant at that house.       12:06:25
22    Q.  And was that house your residence?   12:06:26
23    A.  No, it was one of my rental houses   12:06:29
24 at the time.                   12:06:31
25    Q.  Was it occupied at the time?   12:06:32
```
TSG Reporting - Worldwide     877-702-9580

Page 129

```
1              Loeffler
2     A.  Sure, it was.             12:06:33
3     Q.  And did you recognize the specific   12:06:34
4  barbecue in question as being your property and   12:06:36
5  not something that the renting party had   12:06:38
6  brought?                      12:06:40
7     A.  Absolutely did.  It was my barbecue.   12:06:41
8     Q.  Other than that specific occasion,   12:06:43
9  did you ever direct any other Ocean Beach   12:06:45
10 police officers to refrain from arresting or   12:06:47
11 issuing a citation to Michael Loeffler?   12:06:51
12    A.  No.  I didn't advise him not to   12:06:54
13 arrest him.  He could have arrested him and   12:06:59
14 maybe he should have and then my son might have   12:07:01
15 a decent lawsuit against the police department   12:07:03
16 and Officer Fiorillo.  All I did was advise him   12:07:07
17 that that barbecue belonged to me.   12:07:09
18    Q.  And what, if anything, did Frank   12:07:11
19 Fiorillo do in response to that advice?   12:07:13
20    A.  I don't know.  Obviously he didn't   12:07:15
21 issue the summons.               12:07:17
22    Q.  Other than the officers who were not   12:07:32
23 rehired in the 2006 season, are you aware of   12:07:34
24 any other officers who were not rehired at any   12:07:37
25 other times during your service as mayor or   12:07:41
```
TSG Reporting - Worldwide     877-702-9580

Page 130

```
 1            Loeffler
 2  trustee?                        12:07:44
 3      A.  I don't recall.          12:07:50
 4      Q.  Have you -- when was the last time   12:08:06
 5  you spoke to Ed Paradiso?         12:08:08
 6      A.  About a year ago, I guess.   12:08:14
 7  Approximately a year.            12:08:22
 8      Q.  Do you recall what you spoke with Ed   12:08:23
 9  Paradiso about at that time?      12:08:26
10      A.  His father's funeral.     12:08:27
11      Q.  Have you ever had any conversations   12:08:29
12  with Ed Paradiso concerning this lawsuit?   12:08:31
13      A.  No, I have not.           12:08:33
14      Q.  Do you know whether there was any   12:08:34
15  Civil Service test that George Hesse was   12:08:44
16  required to take in order to attain the   12:08:46
17  position of police sergeant?      12:08:48
18      MR. NOVIKOFF:  Objection to the   12:08:50
19  form.  I don't know if this witness is an   12:08:51
20  expert in Civil Service law.      12:08:57
21      THE COURT REPORTER:  I can't hear   12:08:57
22  you.                             12:08:57
23      MR. NOVIKOFF:  I said i don't know   12:08:57
24  if this witness is -- and I know he is not   12:08:58
25  an expert on the Civil Service law, so you   12:08:59
```

TSG Reporting - Worldwide    877-702-9580

Page 131

```
 1            Loeffler
 2  can answer.                      12:09:01
 3      A.  Was -- a test that he was required   12:09:02
 4  to take?                         12:09:06
 5      Q.  Yes.                      12:09:06
 6      A.  I don't know.            12:09:07
 7      Q.  Do you know whether there was --   12:09:07
 8  strike that.                     12:09:09
 9          Do you know whether George Hesse   12:09:11
10  ever passed any Civil Service examination in   12:09:13
11  connection with the position of police   12:09:17
12  sergeant?                        12:09:19
13      A.  No, I do not.             12:09:19
14      Q.  Do you know whether George Hesse   12:09:20
15  passed any Civil Service exam in connection   12:09:22
16  with the position of deputy police chief?   12:09:25
17      A.  No, I do not.             12:09:28
18      Q.  Do you know what the Civil Service   12:09:29
19  requirements are with respect to the hiring of   12:09:38
20  police officers at Ocean Beach?   12:09:48
21      MR. NOVIKOFF:  All of the Civil   12:09:49
22  Service requirements?            12:09:50
23      MR. GRAFF:  Any.              12:09:51
24      MR. NOVIKOFF:  Objection to form.   12:09:52
25      A.  No, I do not.             12:09:53
```

TSG Reporting - Worldwide    877-702-9580

Page 132

```
 1            Loeffler
 2      Q.  Is there any particular individual   12:09:55
 3  or position at Ocean Beach that is responsible   12:10:01
 4  for overseeing compliance with applicable Civil   12:10:04
 5  Service requirements for employees?   12:10:08
 6      A.  Yes.                      12:10:09
 7      Q.  And who is that person?     12:10:09
 8      A.  Mary Anne Minerva.        12:10:12
 9      Q.  And what position does Mary Anne   12:10:15
10  Minerva hold?                    12:10:16
11      A.  She is the Village clerk.   12:10:16
12      Q.  And do you exercise any oversight   12:10:18
13  over Mary Anne Minerva's execution of those   12:10:20
14  responsibilities?                12:10:23
15      MR. NOVIKOFF:  Objection to the form   12:10:24
16  of the question.  Other than in his overall   12:10:25
17  capacity as mayor?               12:10:27
18      MR. GRAFF:  Well, does he in his   12:10:30
19  overall capacity as mayor or otherwise   12:10:31
20  exercise any oversight over Mary Anne   12:10:34
21  Minerva with respect to that.     12:10:37
22      MR. NOVIKOFF:  I think the mayor   12:10:38
23  would, as already testified --    12:10:40
24      A.  She would have general oversight   12:10:41
25  over everybody.                  12:10:42
```

TSG Reporting - Worldwide    877-702-9580

Page 133

```
 1            Loeffler
 2      Q.  Okay.  And in the context of your   12:10:44
 3  general oversight, have you ever done anything   12:10:45
 4  specific to oversee Mary Anne Minerva in   12:10:47
 5  connection with her execution or compliance   12:10:50
 6  with Civil Service requirements for employees?   12:10:57
 7      MR. NOVIKOFF:  Objection.      12:10:58
 8      You can answer.             12:11:00
 9      A.  That is within the realm of her   12:11:01
10  responsibility as Village clerk.  12:11:04
11      Q.  And do you have any information as   12:11:07
12  to whether Mary Anne Minerva has been effective   12:11:09
13  in fulfilling that responsibility?   12:11:14
14      A.  I believe she has.         12:11:17
15      Q.  And on what do you base that belief?   12:11:18
16      A.  I believe she has told me that the   12:11:22
17  payroll today is certified.       12:11:23
18      Q.  Do you know whether the payroll   12:11:27
19  for -- specifically with respect to payroll for   12:11:29
20  Ocean Beach police officers was certified   12:11:31
21  throughout the period that you have served as   12:11:34
22  mayor of Ocean Beach?            12:11:36
23      A.  I don't know.            12:11:37
24      Q.  Do you know whether the payroll was   12:11:40
25  certified at any point during the period that   12:11:42
```

TSG Reporting - Worldwide    877-702-9580

Page 134

```
 1            Loeffler
 2  you served as a trustee of Ocean Beach?        12:11:46
 3        MR. NOVIKOFF:  Objection to the form    12:11:49
 4  of the question.                    12:11:49
 5        You can answer.            12:11:50
 6     A.  I don't know.              12:11:51
 7     Q.  Other than Mary Anne Minerva, is    12:11:54
 8  there anyone else at Ocean Beach that you are  12:11:56
 9  aware of that has interactions with the Civil  12:11:59
10  Service Department?                12:12:04
11        MR. NOVIKOFF:  Wait a minute, anyone  12:12:04
12  at Ocean Beach that has interaction?      12:12:06
13  Wouldn't any police officer presumably have  12:12:08
14  interaction?                    12:12:11
15        MR. GRAFF:  Interaction with the    12:12:12
16  Civil Service Department with respect to    12:12:13
17  compliance with any applicable Civil      12:12:15
18  Service requirements for employees at Ocean  12:12:18
19  Beach.                      12:12:20
20        MR. NOVIKOFF:  I am going to object   12:12:20
21  to the form.  I would presume that every    12:12:21
22  employee at some point in time or another   12:12:23
23  should or had interaction with Civil      12:12:26
24  Service, so I am going to object to the    12:12:28
25  form of the question.  I think I know what  12:12:30
```
TSG Reporting - Worldwide        877-702-9580

Page 135

```
 1            Loeffler
 2  you are asking, but you didn't get there.    12:12:32
 3     A.  I have met with the Civil Service   12:12:35
 4  Commission as my -- within the realm of my time  12:12:37
 5  as being mayor.                  12:12:41
 6     Q.  And on how many occasions have you  12:12:42
 7  met with the Civil Service Commission?     12:12:44
 8     A.  Twice.                 12:12:46
 9     Q.  And who specifically did you meet    12:12:47
10  with?                      12:12:50
11     A.  Alan Schneider.            12:12:51
12     Q.  Did you meet with Alan Schneider on  12:12:54
13  both occasions?                 12:12:57
14     A.  Yes, I did.              12:12:57
15     Q.  When was the first occasion that you  12:12:58
16  met with Alan Schneider?            12:13:01
17     A.  Sometime after 2006.         12:13:03
18     Q.  And who requested that meeting?     12:13:04
19     A.  I did.                 12:13:08
20     Q.  Why did you request a meeting with    12:13:09
21  Alan Schneider at that time?          12:13:11
22     A.  Well, we were attempting to hire    12:13:12
23  some full-time police officers off a new list  12:13:14
24  that had been established.           12:13:21
25     Q.  And did you meet with Alan Schneider  12:13:27
```
TSG Reporting - Worldwide        877-702-9580

Page 136

```
 1            Loeffler
 2  at his office?                  12:13:29
 3     A.  Yes.                  12:13:29
 4     Q.  How long did that meeting last?     12:13:30
 5     A.  An hour, two.  I don't remember.    12:13:31
 6     Q.  What was discussed during that hour?  12:13:33
 7     A.  Qualifications for us hiring      12:13:35
 8  full-time police officers.           12:13:38
 9     Q.  Prior to that meeting, were there    12:13:40
10  any individuals employed as full-time police  12:13:43
11  officers in Ocean Beach?            12:13:47
12     A.  Yes.                  12:13:49
13     Q.  And who was employed as a full-time  12:13:49
14  police officer at Ocean Beach as of that    12:13:52
15  meeting?                    12:13:54
16     A.  Edward Paradiso, George Hesse, Paul  12:13:54
17  Trosko.  I think that might be all.  I'm not --  12:14:08
18  I think that's it.                12:14:19
19     Q.  Why were you looking to hire more    12:14:20
20  full-time police officers specifically at that  12:14:23
21  point in time?                  12:14:25
22     A.  Because it's my opinion that the    12:14:25
23  police department needs to move away from    12:14:29
24  seasonal and part-time police officers and hire  12:14:32
25  full-time police officers because they are more  12:14:34
```
TSG Reporting - Worldwide        877-702-9580

Page 137

```
 1            Loeffler
 2  responsive and more reliable than the ones we  12:14:38
 3  have been hiring.                12:14:40
 4     Q.  And can you identify any specific   12:14:41
 5  deficiencies with respect to seasonal police  12:15:09
 6  officers generally that would lead you to    12:15:12
 7  believe that Ocean Beach would be better served  12:15:18
 8  by full-time police officers?          12:15:19
 9        MR. NOVIKOFF:  Are you sure you want  12:15:22
10  to ask that question?              12:15:23
11     A.  In my opinion, full-time police     12:15:25
12  officers serve the community better, are less  12:15:27
13  apt to take time off to fulfill their job    12:15:30
14  requirements, and they put the Village first,  12:15:33
15  where seasonal or part-time police officers who  12:15:35
16  have full-time jobs would put their jobs first  12:15:38
17  before the Village of Ocean Beach.  So it is of  12:15:41
18  my opinion that the Village is better served by  12:15:43
19  hiring full-time police officers.        12:15:46
20     Q.  And in what ways would the seasonal   12:15:49
21  police officers not put Ocean Beach first?    12:15:52
22     A.  Well, if they had a conflict between  12:15:55
23  their full-time job and the seasonal job, I    12:15:57
24  would suspect that they would rely on taking   12:16:00
25  the seasonal -- the full-time job more      12:16:03
```
TSG Reporting - Worldwide        877-702-9580

Page 138

```
1              Loeffler
2  importantly than the seasonal job.        12:16:05
3     Q.  And did you review any kind of        12:16:08
4  attendance records or other documentation?      12:16:09
5     A.  I just told you it was my opinion.      12:16:12
6     Q.  In connection with forming that       12:16:14
7  opinion.                  12:16:15
8     A.  No, I did not.              12:16:16
9     Q.  And on what do you base that        12:16:17
10 opinion?                    12:16:19
11    A.  On other Police Departments.         12:16:20
12    Q.  Are you aware of any specific        12:16:24
13 officers who would -- any specific seasonal     12:16:26
14 officers who would not put Ocean Beach Police    12:16:32
15 Department first?              12:16:35
16    A.  No, I am not.             12:16:35
17    Q.  Did you have any discussions with     12:16:36
18 anybody else at Ocean Beach concerning your     12:16:40
19 opinion at that time?            12:16:43
20    A.  No.                  12:16:44
21    Q.  Did you have any discussions with     12:16:50
22 George Hesse about why you were seeking to hire 12:16:52
23 additional full-time police officers at that    12:16:55
24 time?                    12:16:56
25    A.  I told him that was what I was going 12:16:56
```

TSG Reporting - Worldwide    877-702-9580

Page 139

```
1              Loeffler
2  to do.                  12:16:59
3     Q.  Did he ask you why?           12:16:59
4     A.  Yes, and I told him exactly what I   12:17:00
5  told you.                  12:17:03
6     Q.  And did he say anything in response? 12:17:03
7     A.  No, he did not.            12:17:06
8     Q.  As far as you know, was George     12:17:10
9  Hesse's employment as a full-time police     12:17:12
10 officer in compliance with any applicable Civil 12:17:17
11 Service requirements at that time?        12:17:20
12        MR. NOVIKOFF:  Objection to the    12:17:21
13    form.                  12:17:22
14    A.  I believe he was.           12:17:23
15    Q.  Was that discussed at all at that   12:17:27
16 first meeting with Alan Schneider?        12:17:29
17    A.  Yes.                 12:17:32
18    Q.  And in substance what was discussed 12:17:34
19 with respect to that issue?          12:17:38
20    A.  Whether George Hesse could fulfill  12:17:39
21 the job category classification of supervisor. 12:17:43
22    Q.  And what, if anything, did       12:17:47
23 Mr. Schneider express on that topic?       12:17:52
24    A.  That he could not.          12:17:54
25    Q.  Did Mr. Schneider indicate whether  12:18:01
```

TSG Reporting - Worldwide    877-702-9580

Page 140

```
1              Loeffler
2  George Hesse could meet the requirements for   12:18:04
3  continued service as a full-time police     12:18:07
4  officer?                  12:18:09
5     A.  No, just -- we just spoke about    12:18:09
6  supervision.                12:18:12
7     Q.  And did you -- other than what you  12:18:13
8  have already testified to, what, if anything,  12:18:19
9  do you recall of the substance of the      12:18:22
10 discussion with Alan Schneider at that first   12:18:23
11 meeting?                  12:18:26
12        MR. NOVIKOFF:  Objection to asking  12:18:26
13    this witness to recall exactly what he has 12:18:27
14    testified to.             12:18:31
15    A.  Mr. Schneider allowed us to hire a  12:18:32
16 part-time -- seasonal police sergeant.      12:18:37
17    Q.  And who was hired as the seasonal   12:18:42
18 police sergeant?              12:18:52
19    A.  Richard -- I have to think of his   12:18:53
20 last name.  I can't think of it.  We hired   12:18:56
21 someone from the Police Department, from within 12:18:57
22 the Police Department that had been a       12:18:59
23 lieutenant with the New York City Police     12:19:01
24 Department and Civil Service allowed us to hire 12:19:04
25 him on a seasonal basis for the summer of 2007. 12:19:06
```

TSG Reporting - Worldwide    877-702-9580

Page 141

```
1              Loeffler
2     Q.  And when did Paul Trosko become a   12:19:15
3  full-time police officer, if you know?      12:19:18
4     A.  I don't know.            12:19:20
5     Q.  Was Mary Anne Minerva present at    12:19:20
6  that meeting with Alan Schneider?        12:19:23
7     A.  Yes, she was.            12:19:25
8     Q.  What, if anything, did Mary Anne    12:19:26
9  Minerva say during that meeting?         12:19:27
10    A.  I don't think she said anything.    12:19:29
11    Q.  Who else was present for that      12:19:31
12 meeting?                  12:19:34
13    A.  Peter Fishbein from the office of   12:19:35
14 Bee Ready Fishbein.             12:19:38
15    Q.  Anyone else?             12:19:41
16    A.  County attorney's office.  I don't  12:19:42
17 remember who she was.  A female county      12:19:45
18 attorney.                  12:19:48
19    Q.  If I said the name Arlene Zwilling, 12:19:48
20 would that refresh your recollection as to that 12:19:52
21 person's name?               12:19:53
22    A.  I don't remember.  It could.  I    12:19:54
23 don't -- I don't remember.  And there was    12:19:57
24 someone else from Civil Service, another     12:19:59
25 official.  Bettenhouse, Richard Bettenhouse.   12:20:06
```

TSG Reporting - Worldwide    877-702-9580

Page 142

```
1              Loeffler
2  I'm sorry.                    12:20:10
3       MR. NOVIKOFF: That's the name of    12:20:11
4  the --                        12:20:12
5       A.  That's the name of the officer we   12:20:12
6  appointed sergeant, temporary sergeant.   12:20:14
7       Q.  Do you know anybody at the Civil   12:20:19
8  Service -- Suffolk County Civil Service   12:20:23
9  Department by the name of Alison Sanchez?   12:20:25
10      A.  Yes.
11      Q.  And who do you know her to be?   12:20:28
12      MR. NOVIKOFF: Based upon what?   12:20:29
13  Before the filing of the Complaint?   12:20:30
14      MR. GRAFF: No, as he sits here   12:20:31
15  today.                        12:20:32
16      MR. NOVIKOFF: What's that?   12:20:33
17      MR. GRAFF: As he sits here today.   12:20:33
18      MR. NOVIKOFF: Yeah, but the   12:20:34
19  question is very broad.  Does he know --   12:20:34
20  you asked him, I think, essentially how   12:20:37
21  does he know her.  The question I think   12:20:39
22  should be did he know of her before the   12:20:40
23  filing of the Complaint or after the   12:20:42
24  filing.                       12:20:44
25      MR. GRAFF: I will clarify that.   12:20:44
   TSG Reporting - Worldwide    877-702-9580
```

Page 143

```
1              Loeffler
2       MR. NOVIKOFF: Okay.           12:20:46
3       Q.  Did you know who Alison Sanchez was   12:20:46
4  prior to the filing of the Complaint?   12:20:48
5       A.  No, I don't think so.        12:20:50
6       Q.  And would you have known the same   12:20:57
7  individual by the name Alison Chester?   12:20:59
8       A.  No, it was Alison Sanchez.    12:21:01
9       Q.  Do you recall how you first heard   12:21:06
10  the name Alison Sanchez?          12:21:07
11      A.  Yes.                     12:21:10
12      Q.  And in what context did you first   12:21:11
13  hear her name?                  12:21:13
14      A.  I was introduced to her.  She was in   12:21:14
15  the Village office reviewing payroll documents.   12:21:16
16      Q.  When did that happen?       12:21:19
17      A.  I don't remember.          12:21:20
18      Q.  Who was she reviewing the payroll   12:21:21
19  documents with?                 12:21:25
20      A.  Mary Anne Minerva.          12:21:25
21      Q.  Anyone else?              12:21:26
22      A.  Not that I recall.          12:21:27
23      Q.  How did you know what documents   12:21:28
24  Ms. Sanchez and Ms. Minerva were reviewing?   12:21:35
25      A.  They appeared to be payroll   12:21:38
   TSG Reporting - Worldwide    877-702-9580
```

Page 144

```
1              Loeffler
2  documents.                     12:21:40
3       Q.  Did you have any conversations with   12:21:41
4  Mary Anne Minerva about her meeting on that   12:21:42
5  occasion with Alison Sanchez?         12:21:45
6       A.  No.                     12:21:48
7       Q.  When was the second occasion that   12:21:49
8  you met with Mr. Schneider?          12:21:51
9       A.  Probably a year after, a year   12:21:56
10  following the appointment of Richard   12:22:01
11  Bettenhouse.                    12:22:03
12      Q.  And why did you meet with   12:22:04
13  Mr. Schneider on that occasion?       12:22:06
14      A.  Because we wished to continue that   12:22:07
15  position for another year.          12:22:09
16      Q.  And was that an in-person meeting?   12:22:11
17      A.  Yes, it was.              12:22:15
18      Q.  Was it also again at Mr. Schneider's   12:22:16
19  office?                        12:22:19
20      A.  Yes, it was.              12:22:19
21      Q.  Who else was present for the   12:22:20
22  meeting?                       12:22:21
23      A.  The same people that were at the   12:22:21
24  first meeting.                  12:22:25
25      Q.  And how long did that meeting last?   12:22:27
   TSG Reporting - Worldwide    877-702-9580
```

Page 145

```
1              Loeffler
2       A.  I don't recall.            12:22:29
3       Q.  And in substance what was discussed   12:22:31
4  during that meeting?             12:22:33
5       A.  The continuation of the position of   12:22:34
6  temporary sergeant for the Village of Ocean   12:22:36
7  Beach Police Department.            12:22:39
8       Q.  Were any other topics discussed?   12:22:39
9       A.  No.                     12:22:41
10      Q.  And in substance what did       12:22:42
11  Mr. Schneider communicate with respect to that   12:22:45
12  issue during that meeting?           12:22:47
13      A.  That they would allow it for one   12:22:48
14  more season, but they would not continue to   12:22:50
15  allow it.                      12:22:53
16      Q.  During either of your meetings with   12:22:59
17  Mr. Schneider did you take any notes during the   12:23:01
18  meeting?                       12:23:04
19      A.  No, I did not.             12:23:05
20      Q.  Do you know whether anyone took   12:23:06
21  notes during either of those meetings?   12:23:09
22      A.  I believe counsel did.        12:23:10
23      Q.  Would that be counsel for Ocean   12:23:11
24  Beach or counsel for the county?     12:23:15
25      A.  I believe both counsels did.   12:23:16
   TSG Reporting - Worldwide    877-702-9580
```

Page 146

```
 1            Loeffler
 2      Q.  As mayor of Ocean Beach do you have    12:23:18
 3  the authority to terminate the employment of    12:23:36
 4  police officers at Ocean Beach?                 12:23:39
 5      A.  I don't know.              12:23:40
 6      Q.  Do you know who, if anyone, at Ocean    12:23:44
 7  Beach has the authority to terminate police     12:23:46
 8  officers currently?                12:23:48
 9      A.  I would imagine the Village board    12:23:49
10  would have that authority and probably the    12:23:59
11  department heads can terminate people under    12:24:06
12  their guise as long as they meet the       12:24:08
13  termination requirements of Civil Service.    12:24:12
14      Q.  And would a department head at Ocean    12:24:13
15  Beach need to obtain approval from anyone else    12:24:17
16  at Ocean Beach in order to terminate an     12:24:18
17  employee under their supervision?            12:24:21
18      A.  No.  We allow them to hire and fire.    12:24:23
19      Q.  What about when George Hesse was    12:24:25
20  acting deputy chief, did he have hire and fire    12:24:29
21  authority over the Ocean Beach Police       12:24:32
22  Department?                      12:24:34
23      A.  Yes, he did.             12:24:34
24      MR. GRAFF:  I am going to ask the    12:24:51
25  court reporter to please mark as        12:24:53
    TSG Reporting - Worldwide    877-702-9580
```

Page 147

```
 1            Loeffler
 2  Exhibit Loeffler 5 a one-page document    12:24:54
 3  produced to us by the county without Bates    12:24:56
 4  number.                         12:24:59
 5      (Loeffler Exhibit 5, letter dated    12:25:08
 6  January 4, 2007, marked for           12:25:08
 7  identification.)                  12:25:26
 8      MR. NOVIKOFF:  And is there a      12:25:26
 9  question?  Do you want him to look at the    12:25:27
10  document?                       12:25:30
11      MR. GRAFF:  When you are done      12:25:30
12  reviewing it, Mr. Novikoff.           12:25:31
13      MR. NOVIKOFF:  I'm sorry.        12:25:31
14      Q.  If Mayor Loeffler could please look    12:25:32
15  at the document, and my first question is     12:25:34
16  whether you have seen the document before.    12:25:37
17      (Document review.)              12:25:53
18      A.  Yes, I have seen this document.    12:25:53
19      Q.  When did you first see the document?    12:25:55
20      A.  Sometime in January of '07.     12:25:57
21      Q.  Was the version of the document that    12:25:59
22  you saw signed?                   12:26:00
23      A.  I don't recall.            12:26:02
24      Q.  Did you receive it in the mail?    12:26:06
25      A.  I receive everything in the mail.    12:26:08
    TSG Reporting - Worldwide    877-702-9580
```

Page 148

```
 1            Loeffler
 2      Q.  So you received this Exhibit 5 in    12:26:11
 3  the mail?                       12:26:12
 4      A.  I would think -- I don't know.  I    12:26:13
 5  don't know how it got into my possession.    12:26:14
 6      Q.  Do you recall where you were when    12:26:17
 7  you saw the document?               12:26:18
 8      A.  I imagine I was in the Village    12:26:19
 9  office.                         12:26:21
10      Q.  At that time did you know who Alison    12:26:21
11  Sanchez was?                     12:26:23
12      A.  Yes.                    12:26:24
13      Q.  Had you ever received correspondence    12:26:26
14  from Alison Sanchez prior to this exhibit?    12:26:28
15      MR. NOVIKOFF:  That he is aware of.    12:26:30
16      MR. GRAFF:  That he is aware of.    12:26:31
17      A.  I don't recall.            12:26:34
18      Q.  Did you receive this document before    12:26:34
19  or after your first meeting with Alan    12:26:40
20  Schneider?                       12:26:42
21      MR. NOVIKOFF:  Do you need to look    12:26:45
22  at the document?                  12:26:47
23      THE WITNESS:  Yes, let me see it.    12:26:47
24      MR. NOVIKOFF:  (Handing).        12:26:49
25      A.  I believe before.           12:26:57
    TSG Reporting - Worldwide    877-702-9580
```

Page 149

```
 1            Loeffler
 2      Q.  Was this document -- strike that.    12:26:58
 3      When you received this document, did    12:27:09
 4  you have an understanding of what it was    12:27:10
 5  referring to with the first few sentences:    12:27:12
 6  "This department has become aware that Police    12:27:14
 7  Officer George Hesse has been working in a    12:27:16
 8  supervisory capacity.  Supervisory       12:27:18
 9  responsibility is a duty that is out of title    12:27:21
10  for a police officer"?               12:27:23
11      MR. NOVIKOFF:  Objection to the    12:27:24
12  form.  I think you are asking him if he had    12:27:25
13  an understanding as to what Alison Sanchez    12:27:27
14  meant and that's, I think, palpably       12:27:29
15  objectionable.  I think the appropriate    12:27:33
16  question would be does he have an         12:27:34
17  understanding as to what this letter means.    12:27:35
18      MR. GRAFF:  That's what I attempted    12:27:40
19  to ask.                         12:27:42
20      MR. NOVIKOFF:  Okay, because that's    12:27:42
21  not what you asked.                12:27:43
22      So do you have an understanding?    12:27:44
23      A.  Is that the question?        12:27:46
24      MR. NOVIKOFF:  Yes.  Not as to what    12:27:46
25  Alison Sanchez meant, but do you have an    12:27:48
    TSG Reporting - Worldwide    877-702-9580
```

Page 150

```
1          Loeffler
2   understanding.              12:27:50
3   A.   Yes, I do.             12:27:50
4   Q.   And at the time that you first read   12:27:51
5   this, did you have the same understanding?   12:27:53
6        MR. NOVIKOFF: I don't think you   12:27:56
7   have established that his understandings is   12:27:58
8   different.  He says he has an        12:28:00
9   understanding.                12:28:02
10  A.   That's my understanding of it, so...   12:28:03
11  Q.   And is your -- okay.          12:28:04
12       And what is your understanding of   12:28:06
13  the second sentence, "supervisory       12:28:07
14  responsibility is a duty that is out of title   12:28:09
15  for a police officer"?            12:28:11
16  A.   That a police officer is out of   12:28:12
17  title doing supervisory work.         12:28:15
18  Q.   And out of title, what does that   12:28:18
19  refer to in this context, as you understand it?   12:28:21
20  A.   Civil Service title.          12:28:23
21  Q.   And as of January 4, 2007, how long   12:28:25
22  had George Hesse been working in a supervisory   12:28:33
23  capacity at Ocean Beach?           12:28:36
24       MR. NOVIKOFF: Objection to the form   12:28:37
25  of the question.               12:28:38
```
TSG Reporting - Worldwide    877-702-9580

Page 151

```
1          Loeffler
2   A.   I don't know.             12:28:39
3   Q.   The second paragraph states: "Once   12:28:46
4   we have determined the proper position   12:28:47
5   classification, you may then act to appoint   12:28:49
6   Mr. Hesse to this title." I'm sorry, I skipped   12:28:52
7   a sentence.                  12:28:53
8        The third sentence of the first   12:28:54
9   paragraph: "To remedy this, we will need you   12:28:55
10  to submit a new duties statement and may   12:28:58
11  review the position and determine the proper   12:29:00
12  title."                    12:29:02
13       To your knowledge, was a new duty   12:29:02
14  statement for George Hesse ever submitted to   12:29:04
15  the Civil Service Department subsequent to your   12:29:07
16  receipt of this letter?           12:29:09
17  A.   Not to my knowledge.          12:29:10
18  Q.   The first sentence of the second   12:29:11
19  paragraph: "Once we have determined the proper   12:29:16
20  position classification, you may then act to   12:29:18
21  appoint Mr. Hesse to this title."       12:29:21
22       MR. NOVIKOFF: Okay.           12:29:26
23  Q.   To your knowledge, did the Civil   12:29:27
24  Service Department ever determine the proper   12:29:30
25  position classification for George Hesse?   12:29:31
```
TSG Reporting - Worldwide    877-702-9580

Page 152

```
1          Loeffler
2        MR. NOVIKOFF: You are asking him if   12:29:33
3   the Civil Service Department did something?   12:29:34
4        MR. GRAFF: That he is aware of,   12:29:37
5   yes.                      12:29:38
6        MR. NOVIKOFF: I am going to object.   12:29:39
7   You can answer.               12:29:40
8   A.   George Hesse was determined to be a   12:29:44
9   police officer.               12:29:46
10  Q.   Did George Hesse's position at the   12:29:57
11  Ocean Beach Police Department change subsequent   12:29:59
12  to your receipt of this letter?       12:30:02
13       MR. NOVIKOFF: Objection.        12:30:05
14  Q.   And to clarify the time period a   12:30:07
15  little better, after your receipt of this   12:30:10
16  letter but before he was placed on modified   12:30:11
17  duty.                      12:30:14
18       MR. NOVIKOFF: I am still going to   12:30:14
19  object, but at least that clarified one of   12:30:16
20  the issues.                  12:30:20
21  A.   Yes, George Hesse's title as       12:30:20
22  sergeant was not utilized after the receipt of   12:30:25
23  this letter.                 12:30:31
24  Q.   And did his duties in the Ocean   12:30:32
25  Beach Police Department change in connection   12:30:35
```
TSG Reporting - Worldwide    877-702-9580

Page 153

```
1          Loeffler
2   with that title no longer being utilized?   12:30:37
3   A.   Yes.                   12:30:39
4   Q.   And what duties were changed in   12:30:40
5   connection with that title change?       12:30:44
6   A.   He was directed to no longer perform   12:30:46
7   supervisory responsibilities with reference to   12:30:50
8   the Ocean Beach Police Department.       12:30:53
9   Q.   And who directed George Hesse to no   12:30:54
10  longer perform supervisory responsibilities?   12:30:58
11  A.   I did.                  12:31:01
12  Q.   And, to your knowledge, did George   12:31:01
13  Hesse adhere to that direction?        12:31:04
14  A.   Yes, he has.              12:31:06
15  Q.   And when did you direct George Hesse   12:31:07
16  to no longer exercise supervisory       12:31:11
17  responsibilities?              12:31:13
18  A.   Sometime after the receipt of that   12:31:14
19  letter.                    12:31:16
20  Q.   And that was prior to his being   12:31:16
21  placed on modified duty?           12:31:18
22  A.   I'm not sure when the directive --   12:31:20
23  do you have a copy of the directive for   12:31:22
24  modified duty assignment, the policy?    12:31:24
25  Q.   We might get to that later.  I am   12:31:25
```
TSG Reporting - Worldwide    877-702-9580

Page 154

```
1            Loeffler
2  just now --                  12:31:26
3     A.  Well, you know --      12:31:26
4        MR. NOVIKOFF:  The witness is asking  12:31:28
5     you to show him a document to help him   12:31:29
6     answer the question, so if you have it, you  12:31:32
7     should show it to him.  If not, I think   12:31:34
8     this line of questioning should end then.  12:31:35
9        MR. GRAFF:  I will ask a different   12:31:37
10    question now.              12:31:39
11    Q.  After you directed George Hesse to   12:31:42
12 no longer exercise supervisory responsibility,  12:31:44
13 who, if anyone, exercised supervisory     12:31:48
14 responsibility with respect to the Ocean Beach  12:31:51
15 Police Department?           12:31:53
16    A.  In the summer of '07 Richard   12:31:53
17 Bettenhouse did.             12:31:55
18    Q.  And did Richard Bettenhouse's     12:31:56
19 employment end at the end of summer '07?   12:32:02
20       MR. NOVIKOFF:  Objection to the form  12:32:04
21    of the question.           12:32:05
22    A.  Yes.                  12:32:11
23    Q.  And after the time that Richard   12:32:12
24 Bettenhouse's employment ended, who, if anyone,  12:32:14
25 exercised supervisory responsibility over the   12:32:16
```

TSG Reporting - Worldwide      877-702-9580

Page 155

```
1            Loeffler
2  Ocean Beach Police Department?         12:32:18
3     A.  I did.                12:32:19
4     Q.  Anyone else?          12:32:20
5     A.  No.                  12:32:21
6     Q.  And in what ways did you exercise  12:32:22
7  that supervisory responsibility?       12:32:25
8     A.  I supervised the issuance of   12:32:28
9  directives, policy, and the certifying -- or  12:32:34
10 the issuance of orders within the Police   12:32:42
11 Department.                  12:32:46
12    Q.  And what directives did you      12:32:46
13 supervise the issuance of?             12:32:51
14    A.  I issued a bunch of directives.  I  12:32:53
15 don't know --                12:32:55
16    Q.  Can you think of a single one?   12:32:56
17    A.  I can think of one directive that I  12:32:58
18 issued that when there are more than three   12:33:02
19 police officers working, one of them shall   12:33:05
20 be -- we set up station points and should be   12:33:07
21 responsible to patrol the residential area of  12:33:08
22 the Village.  That was one of the directives  12:33:12
23 that I wrote.                12:33:14
24    Q.  Why did you issue that directive?  12:33:14
25    A.  Because I wanted to have a better  12:33:16
```

TSG Reporting - Worldwide      877-702-9580

Page 156

```
1            Loeffler
2  police presence in the residential district  12:33:18
3  when there was at least three police officers  12:33:20
4  working.                   12:33:22
5     Q.  And what had been the practice until  12:33:22
6  the time that you --
7        MR. NOVIKOFF:  Wait, what had
8     been --
9        THE COURT REPORTER:  One at a time.
10       MR. NOVIKOFF:  What's the question?
11    Q.  What had been the practice up until  12:33:25
12 the time that you issued that directive?   12:33:29
13       MR. NOVIKOFF:  You mean going back  12:33:30
14    the 55 years that the mayor was in the   12:33:31
15    Village?                 12:33:33
16       MR. GRAFF:  Going back to the     12:33:34
17    beginning of your service as mayor.   12:33:35
18    A.  There was no direction.        12:33:37
19    Q.  And can you think of any other   12:33:40
20 directives that you issued?           12:33:43
21    A.  I just -- no, I don't --        12:33:45
22    Q.  What policies did you supervise the  12:33:48
23 issuance of?                 12:33:52
24    A.  I think the adoption of the policy  12:33:53
25 manual, I supervised that when it went into  12:34:04
```

TSG Reporting - Worldwide      877-702-9580

Page 157

```
1            Loeffler
2  place in 2006.               12:34:08
3     Q.  And what is that policy manual that  12:34:11
4  you are referring to?                12:34:13
5     A.  It's the policy manual for the   12:34:14
6  Village Police Department.             12:34:16
7     Q.  Who drafted it, authored it?   12:34:17
8     A.  It's a combination of a lot of   12:34:20
9  Police Departments.          12:34:23
10    Q.  And who compiled it?        12:34:23
11    A.  Paul Trosko had a lot to do with   12:34:25
12 compiling that before he left the employ of the  12:34:29
13 Police Department.           12:34:31
14    Q.  And did you oversee Paul Trosko's   12:34:32
15 compilation of the policy manual?        12:34:45
16    A.  Yes.                  12:34:45
17    Q.  Did you give Paul Trosko any      12:34:46
18 instructions with respect to his compilation of  12:34:48
19 the policy manual?               12:34:51
20    A.  Yes.                  12:34:52
21    Q.  What did you instruct Paul Trosko   12:34:52
22 with respect to that issue?            12:34:55
23    A.  "Do a good job."           12:34:56
24    Q.  And prior to the issuance of the   12:34:57
25 policy manual in 2006, what, if any, written   12:35:01
```

TSG Reporting - Worldwide      877-702-9580

Page 158

```
 1          Loeffler
 2 policies internal to Ocean Beach governed the    12:35:08
 3 conduct or operation of the Ocean Beach Police    12:35:11
 4 Department?                                        12:35:13
 5     A.  I don't -- I'm unaware that there          12:35:13
 6 was one.                                           12:35:15
 7     Q.  Why did you direct the compilation         12:35:16
 8 of the policy manual in 2006?  Why did you         12:35:22
 9 decide to do that at that time?                    12:35:24
10     A.  Because it hadn't been done.               12:35:25
11     Q.  And what was the purpose in doing it       12:35:27
12 if it hadn't been done until that point?           12:35:30
13         MR. NOVIKOFF:  Objection to the form       12:35:32
14 of the question.                                   12:35:32
15     A.  I felt the Police Department needed        12:35:33
16 a policy manual that could be referred to in       12:35:37
17 any police situation which needed to be            12:35:39
18 addressed by any police officer in the Village     12:35:42
19 of Ocean Beach and we would use it as a            12:35:44
20 reference to how to handle situations and what     12:35:47
21 the policies, goals and expectations of the        12:35:49
22 Police Department were.                            12:35:51
23     Q.  And is that based on your experience       12:35:52
24 as a police officer?                               12:35:55
25     A.  Absolutely.                                12:35:56
```
TSG Reporting - Worldwide      877-702-9580

Page 159

```
 1          Loeffler
 2     Q.  Is it based on anything else?              12:35:56
 3         MR. NOVIKOFF:  Other than his life         12:35:58
 4 experience?                                        12:36:00
 5     A.  It's based on my life experience as        12:36:00
 6 a police officer.                                  12:36:02
 7     Q.  And after that policy manual was           12:36:03
 8 issued in 2006, was it distributed to all the      12:36:05
 9 officers at the Ocean Beach Police Department?     12:36:08
10     A.  Yes, it was.                               12:36:09
11     Q.  And is it like a pocket guide or           12:36:10
12 something more weighty?                            12:36:14
13     A.  It's approximately a thousand pages.       12:36:15
14         MR. NOVIKOFF:  I don't think it's a        12:36:18
15 pocket guide.                                      12:36:19
16     Q.  Was any training provided to the           12:36:20
17 officers with respect to the policy manual?        12:36:21
18     A.  Yes.                                       12:36:23
19     Q.  What training?                             12:36:24
20     A.  The training was that they all had         12:36:24
21 to read it and sign that they had read it.         12:36:26
22     Q.  All one thousand pages?                    12:36:28
23     A.  Absolutely.                                12:36:30
24     Q.  Was there any quiz or test to              12:36:30
25 determine whether they had effectively             12:36:32
```
TSG Reporting - Worldwide      877-702-9580

Page 160

```
 1          Loeffler
 2 assimilated the material after reading it?         12:36:34
 3         MR. NOVIKOFF:  You mean did they put       12:36:36
 4 them in a chair with chalk and they had to         12:36:37
 5 write it out?                                      12:36:39
 6     A.  No, we just expected them to do            12:36:40
 7 that.  I read it.                                  12:36:43
 8     Q.  Was the policy manual issued in 2006       12:36:54
 9 subsequent to April 4th -- excuse me.  Strike      12:37:01
10 that.                                              12:37:06
11         Were any of the plaintiffs employed       12:37:12
12 as police officers at any time when the policy     12:37:14
13 manual was in effect?                              12:37:16
14     A.  No.                                        12:37:19
15     Q.  Did you ever discuss the substance         12:37:20
16 of the policy manual with any police officers      12:37:24
17 at Ocean Beach other than Paul Trosko?             12:37:27
18         MR. NOVIKOFF:  Prior to its issuance       12:37:30
19 or subsequent to its issuance?                     12:37:31
20         MR. GRAFF:  Subsequent to its              12:37:32
21 issuance.                                          12:37:33
22     A.  George Hesse.                              12:37:34
23     Q.  And do you recall in substance what        12:37:38
24 you discussed with George Hesse?                   12:37:41
25     A.  In making up the policy manual I           12:37:42
```
TSG Reporting - Worldwide      877-702-9580

Page 161

```
 1          Loeffler
 2 wanted his input in it.                            12:37:46
 3     Q.  And did he provide any input?              12:37:47
 4     A.  Yes, he did.                               12:37:49
 5     Q.  And what was the nature of his             12:37:50
 6 input?                                             12:37:51
 7     A.  He made many comments about input.        12:37:52
 8     Q.  Can you remember anything?                 12:37:55
 9     A.  No, I can't.                               12:37:56
10     Q.  Are you familiar with an Ocean Beach      12:37:57
11 employee handbook?                                 12:38:03
12     A.  Yes.                                       12:38:05
13         MR. GRAFF:  I don't want to make           12:38:08
14 this a memory game.  I am actually going to        12:38:09
15 mark the handbook so you can take a look.          12:38:12
16         If I could ask the court reporter to       12:38:26
17 please mark as Exhibit Loeffler 6 a                12:38:28
18 document with the title page Incorporated          12:38:31
19 Village of Ocean Beach Employee Handbook           12:38:34
20 produced by Ocean Beach Bates numbers 1            12:38:36
21 through 25.                                        12:38:38
22         (Loeffler Exhibit 6, The               12:38:42
23 Incorporated Village of Ocean Beach                12:38:42
24 Employee Handbook, Bates stamped 000001            12:38:42
25 through 000025, marked for identification.) 12:38:42
```
TSG Reporting - Worldwide      877-702-9580

Page 162

```
1              Loeffler
2        MR. GRAFF:  I will note that      12:39:01
3   Mr. Novikoff is comparing the 25 pages.  12:39:19
4        MR. NOVIKOFF:  Hey, it's your      12:39:22
5   exhibit.  Are you suggesting for a moment  12:39:24
6   that as competent counsel I shouldn't make  12:39:26
7   sure that what you are handing the witness  12:39:27
8   isn't what you are handing me?           12:39:29
9        MR. GRAFF:  Certainly not, but, as  12:39:30
10  you know, this deposition is being        12:39:30
11  videotaped.  You are not on camera.  I    12:39:31
12  wanted to explain the delay for the record.  12:39:33
13       MR. NOVIKOFF:  I don't see why it   12:39:35
14  needed to.  Did I explain the delay when   12:39:37
15  you were trying to get your exhibits       12:39:38
16  together prior to reconvening for the      12:39:40
17  second session of this deposition, counsel?  12:39:42
18  I don't think so.                         12:39:44
19       Here you go, Mayor (handing).       12:39:46
20       Q.   Mayor Loeffler, do you recognize  12:39:51
21  this document as the Ocean Beach employee   12:39:53
22  handbook?                                 12:39:54
23       A.   I haven't had a chance to review it  12:39:55
24  yet.                                      12:39:56
25       Q.   Please take as much time as you need  12:39:57
```

TSG Reporting - Worldwide    877-702-9580

Page 163

```
1              Loeffler
2   to answer that question.                 12:39:59
3        (Document review.)                  12:40:00
4        MR. GRAFF:  While Mr. Loeffler is   12:41:31
5   reviewing the document, could I ask the    12:41:32
6   videographer how much time we have on the  12:41:32
7   tape?                                     12:41:34
8        THE VIDEOGRAPHER:  We have 22       12:41:34
9   minutes.                                  12:41:37
10       (Document review.)                  12:42:39
11       Q.   Do you recognize this document as  12:43:02
12  the Ocean Beach Employee Handbook?        12:43:06
13       A.   At the time -- at this time, yes.  12:43:08
14       Q.   And you are referring to the page  12:43:11
15  marked --                                 12:43:13
16       A.   No, I am referring to the date, in  12:43:13
17  2005 it was.                              12:43:16
18       Q.   As marked on page 1 of the document?  12:43:17
19  It's stamped upside-down number 1.        12:43:21
20       A.   On page 1, yes.                12:43:23
21       MR. NOVIKOFF:  Cover page.          12:43:25
22       A.   Cover page.                    12:43:30
23       Q.   If I could go back to something we  12:43:30
24  had been talking about earlier, at the time  12:43:32
25  that you purchased a piece of real estate from  12:43:34
```

TSG Reporting - Worldwide    877-702-9580

Page 164

```
1              Loeffler
2   Ocean Beach, who specifically at Ocean Beach  12:43:35
3   did you deal with in connection with that   12:43:37
4   transaction?                             12:43:39
5        A.   Bee Ready Fishbein are the attorneys  12:43:40
6   for the Village.  Every resident in the Village  12:43:45
7   was given an opportunity to buy that piece of  12:43:47
8   property.  I wasn't the only one who bought it.  12:43:49
9   600 other people did too.                 12:43:52
10       Q.   Bought the same property?       12:43:54
11       A.   Yeah.                          12:43:55
12       Q.   Can you explain how that worked.  12:43:56
13       A.   Yes.  The piece of properties were  12:43:58
14  declared excess by the Village.  Some pieces of  12:44:01
15  property were right of way, some pieces of  12:44:04
16  property were easements.  They were in the  12:44:06
17  front of the houses and behind the houses.  12:44:08
18  They were 4-by-50 sections of property that the  12:44:10
19  Village decided that were not of use to them  12:44:12
20  and they sold them to each individual       12:44:14
21  homeowner.  As a homeowner I was entitled to  12:44:16
22  buy that piece of property and I did, as did  12:44:18
23  approximately 400 other people in the Village.  12:44:21
24       Q.   Other than counsel for the Village,  12:44:24
25  who at Ocean Beach was responsible for     12:44:26
```

TSG Reporting - Worldwide    877-702-9580

Page 165

```
1              Loeffler
2   administering or overseeing that purchase that  12:44:28
3   you have been describing?                 12:44:30
4        A.   Counsel did it, pretty much.  They  12:44:31
5   set up the deeds, the transfer documents,   12:44:33
6   insured the title reports.               12:44:37
7        Q.   And who proposed this real estate  12:44:39
8   purchase system?                         12:44:43
9        A.   I believe the -- it was before I was  12:44:44
10  on the Village board, so sometime before '02.  12:44:49
11       Q.   Do you know whether there was any  12:44:53
12  particular trustee who was overseeing this?  12:44:55
13       A.   No, I don't.                   12:44:57
14       Q.   If I could ask you to please turn to  12:44:59
15  what's stamped as page 4 of the handbook.  12:45:02
16       MR. NOVIKOFF:  Okay.  Is there      12:45:08
17  anything you would like the witness to do  12:45:09
18  with this?                               12:45:10
19       Q.   Do you recognize this particular  12:45:11
20  page?                                    12:45:13
21       MR. NOVIKOFF:  Okay (handing).      12:45:13
22       A.   I recognize it as page 4 of the  12:45:16
23  handbook.                                12:45:24
24       Q.   And it's headed acknowledgment --  12:45:25
25       A.   Is it page 4?  Bates statement --  12:45:29
```

TSG Reporting - Worldwide    877-702-9580

Page 166

1           Loeffler
2   stamp 4.                    12:45:31
3           MR. NOVIKOFF: Just let the record   12:45:33
4   reflect, counselor --              12:45:34
5       A.   It's an acknowledgment page.   12:45:35
6           MR. NOVIKOFF: -- that you got a   12:45:37
7   table of contents that's page 2, page 3,   12:45:39
8   and then page 4, which is Bates stamped   12:45:42
9   does not have a number on it.          12:45:46
10      Q.   Right. I am referring to the Bates   12:45:47
11  stamp.                    12:45:49
12          MR. NOVIKOFF: Okay.          12:45:50
13      Q.   To your knowledge, do employees at   12:45:50
14  Ocean Beach -- strike that.          12:45:51
15          During the period that you served as   12:45:53
16  a trustee at Ocean Beach, did employees at   12:45:54
17  Ocean Beach, to your knowledge, sign and return   12:45:57
18  this page of the handbook?          12:45:59
19      A.   I don't know.             12:46:00
20      Q.   Is this handbook -- strike that.   12:46:01
21          When the policy manual was issued in   12:46:10
22  2006, did this handbook continue to apply to   12:46:12
23  the employment of Ocean Beach employees in the   12:46:15
24  Police Department?             12:46:20
25          MR. NOVIKOFF: Objection to the form   12:46:20

Page 167

1           Loeffler
2   of the question.               12:46:21
3       A.   It was a supplement to the policy   12:46:23
4   manual.                    12:46:27
5       Q.   Thank you. If I could ask you to   12:46:30
6   please turn to what's stamped as page 10 of the   12:46:31
7   handbook.                    12:46:35
8           MR. NOVIKOFF: Bates stamp 10?   12:46:36
9       Q.   Numbered page 6, Bates stamp 10.   12:46:37
10          MR. NOVIKOFF: You got it. Okay.   12:46:40
11  (Handing). Any particular part of page 10?  12:46:42
12      Q.   If I could direct your attention to   12:46:45
13  the last subheading on the page, Employment of   12:46:47
14  Relatives, my question is are you familiar with   12:46:49
15  the policy that's set forth in that paragraph?   12:46:51
16      A.   Yes, I am.               12:46:53
17          MR. NOVIKOFF: Make sure.       12:46:53
18      A.   I am.                 12:46:53
19          MR. NOVIKOFF: Okay.          12:46:55
20      Q.   And at any point during your service   12:46:55
21  as trustee or mayor, did the employment of any   12:47:04
22  of your family members at Ocean Beach conflict   12:47:06
23  or violate this policy?             12:47:09
24      A.   No.                  12:47:10
25          MR. NOVIKOFF: In this witness'   12:47:10

Page 168

1           Loeffler
2   opinion?                    12:47:12
3           MR. GRAFF: Sure.          12:47:12
4       A.   In my opinion, no.          12:47:13
5           MR. NOVIKOFF: Is there an issue in   12:47:16
6   this lawsuit with regard to Mr. Loeffler's   12:47:17
7   family members being -- working for the   12:47:20
8   Village?                    12:47:22
9           MR. GRAFF: Mr. Novikoff, in this   12:47:24
10  deposition I ask the questions.          12:47:26
11          MR. NOVIKOFF: No, no, I understand   12:47:27
12  and I am giving -- it's not my place to   12:47:28
13  give you any latitude or give you broad   12:47:30
14  latitude. I am just saying that it seems   12:47:32
15  like that question went to an issue that is   12:47:35
16  so far removed from this case. I am not   12:47:37
17  going to tell him not to answer it.          12:47:39
18          MR. GRAFF: Well, he has answered it   12:47:40
19  and I have another question.          12:47:42
20          MR. NOVIKOFF: Okay.          12:47:43
21      Q.   This is on what's Bates stamped 11,   12:47:43
22  page number 7 of the handbook. The second to   12:47:45
23  last subheading is captioned Substance Abuse.   12:47:50
24          Mayor Loeffler, are you familiar   12:47:54
25  with the policy set forth underneath that   12:47:55

Page 169

1           Loeffler
2   caption?                    12:47:58
3       A.   As it's read -- as I read it, yes.   12:47:59
4       Q.   Now, I am looking for clarification   12:48:08
5   specifically on the last sentence of the   12:48:11
6   paragraph there: "Any employee who repeatedly   12:48:13
7   reports to work under the influence of alcohol   12:48:15
8   or drugs may have his or her employment   12:48:17
9   terminated immediately."             12:48:41
10          Do you understand what "repeatedly"   12:48:22
11  means in this context?             12:48:24
12      A.   More than once.             12:48:25
13          MR. NOVIKOFF: Are you going to ask   12:48:29
14  him what his understanding of the word   12:48:31
15  "may" means in this context? Are you going   12:48:32
16  to ask him if he is aware if any police   12:48:38
17  officer violated this policy?          12:48:41
18      Q.   To your knowledge, has any employee   12:48:42
19  of Ocean Beach employed in the Ocean Beach   12:48:45
20  Police Department ever been terminated for   12:48:48
21  violation of this policy?             12:48:50
22          MR. NOVIKOFF: Objection to the   12:48:51
23  form. You haven't established that any   12:48:52
24  employee of the Village's behavior ever   12:48:54
25  came within this policy.             12:48:57

Loeffler
You can answer. 12:48:58
A. I am not aware that anyone was. 12:49:02
**Q. Are you aware of any employee at 12:49:05 Ocean Beach generally who has ever been 12:49:07 terminated for violating this policy? 12:49:09**
MR. NOVIKOFF: Same objection. 12:49:11
A. I am unaware of anyone. 12:49:12
**Q. If I could ask you to turn to the 12:49:14 very last page of the document Bates stamped 12:49:21 25, no page number. 12:49:25**
MR. NOVIKOFF: Okay. Table of 12:49:27 Organization? 12:49:28
MR. GRAFF: Yes. 12:49:28
MR. NOVIKOFF: Got it. And is there 12:49:29 a question? 12:49:31
**Q. I am asking -- I have some questions 12:49:32 to clarify the Table of Organization. 12:49:34**
MR. NOVIKOFF: So ask him. 12:49:37
**Q. The mayor and the Board of Trustees 12:49:38 I understand. Superintendent of Public Works 12:49:40 and Village Administrator, is that one position 12:49:42 or two positions? 12:49:44**
A. Two positions. 12:49:45
**Q. And during your employment as or 12:49:47**

**Loeffler**
**service as a trustee, who was the 12:49:51 Superintendent of Public Works? 12:49:52**
A. Kevin Schielling. 12:49:54
**Q. And was he -- did he hold that 12:49:56 position continuously during your service as a 12:49:59 trustee? 12:50:02**
A. Yes. 12:50:02
**Q. Does he still hold that position? 12:50:02**
A. Yes, he does. 12:50:04
**Q. And who was the Village 12:50:05 administrator when you first became a trustee? 12:50:07**
A. Ethan -- what's Ethan's last name? 12:50:09 There was someone that was the Village 12:50:15 administrator. 12:50:18
**Q. And was Ms. Minerva the next Village 12:50:19 administrator after Ethan? 12:50:21**
A. Yes. 12:50:23
**Q. And the position that your mother 12:50:23 held, the court clerk, is that reflected 12:50:28 anywhere on this Table of Organization? 12:50:31**
A. No. 12:50:33
**Q. Did your mother hold any other 12:50:43 positions other than clerk of the court? 12:50:45**
A. No. 12:50:46

Loeffler
**Q. The department heads that are 12:50:51 identified here, water, sewer maintenance, 12:50:53 beaches, recreation and fire and police 12:50:56 departments, do each of those departments have 12:50:59 a department head? 12:51:00**
A. Yes. 12:51:01
**Q. During your -- strike that. 12:51:02**
MR. GRAFF: That's all I have for 12:51:19 the handbook. Counsel, would this be a 12:51:20 good time for you to break for lunch? 12:51:22
MR. NOVIKOFF: No, actually, I would 12:51:24 prefer to go on for another 45 minutes and 12:51:25 then maybe break for lunch then. I don't 12:51:27 think my witness is tired at all and I'm 12:51:28 certainly not tired. 12:51:31
MR. GRAFF: Okay. Why don't we at 12:51:32 least finish up this tape then. 12:51:33
**Q. Mayor Loeffler, who lives with you 12:51:46 at your residence in Ocean Beach? 12:51:48**
A. My wife. 12:51:49
**Q. Do any of your children live with 12:51:51 you? 12:51:53**
A. My daughter Jillian. 12:51:53
**Q. And other than Jillian, have any of 12:51:56**

**Loeffler**
**your other -- did any of your other children 12:51:57 live with you at any point during your service 12:51:59 as trustee or mayor? 12:52:01**
A. Yes. 12:52:02
**Q. Which children? 12:52:03**
A. All of them. 12:52:04
MR. NOVIKOFF: Are you just trying 12:52:06 to fill up the time until the tape is over? 12:52:07
MR. GRAFF: No. 12:52:10
MR. NOVIKOFF: Okay. 12:52:12
**Q. During what period of time did Mike 12:52:12 Loeffler live with you? 12:52:14**
A. On and off, most of his life. 12:52:16
MR. GRAFF: I will ask the 12:52:32 court reporter to please mark as 12:52:32 Exhibit Loeffler 7 a one-page document 12:52:34 produced by Ocean Beach bearing Bates 12:52:36 number 3780. 12:52:38
(Loeffler Exhibit 7, handwritten 12:52:41 document, Bates stamped 003780, marked for 12:52:41 identification.) 12:53:01
MR. NOVIKOFF: Is there a question? 12:53:01
MR. GRAFF: Yes. 12:53:03
**Q. When you have a chance to look at 12:53:03**

## Page 174

```
1            Loeffler
2  the document, can you identify it, please,    12:53:05
3  Mayor Loeffler.                  12:53:08
4        (Document review.)          12:53:15
5    Q.  Can you identify the document?    12:53:42
6    A.  It's a change of duty assignment    12:53:43
7  that I penned on March 27th, 2007.      12:53:46
8    Q.  And was this document that you    12:53:50
9  penned originally only one page?        12:53:54
10   A.  Yes.                    12:53:56
11   Q.  Why did you pen this document at    12:54:00
12 this time, at that time, March 27th, '07?    12:54:05
13       MR. NOVIKOFF:  Other than what's    12:54:06
14 already set forth in this document?      12:54:08
15       MR. GRAFF:  Yes.          12:54:09
16       MR. NOVIKOFF:  Okay.        12:54:10
17   Q.  What prompted you to pen this    12:54:10
18 document?                  12:54:12
19   A.  Advice of counsel.          12:54:12
20   Q.  And there is five numbered items    12:54:14
21 towards the bottom of the document.  Are those  12:54:18
22 items that you drafted on the advice of    12:54:19
23 counsel?                  12:54:23
24   A.  Yes.                  12:54:23
25   Q.  Did counsel speak to you on the    12:54:24
   TSG Reporting - Worldwide    877-702-9580
```

## Page 175

```
1            Loeffler
2  phone as you were drafting it?        12:54:27
3        MR. NOVIKOFF:  Objection.  Yeah, no,  12:54:28
4  no, that's -- no.              12:54:33
5    Q.  Number 5 --              12:54:38
6        MR. GRAFF:  You are going to    12:54:40
7  instruct the witness not to answer?      12:54:40
8        MR. NOVIKOFF:  On that one, yes.    12:54:41
9        MR. GRAFF:  Okay.          12:54:42
10   Q.  Number 5:  "The uniform of the day    12:54:42
11 will be proper casual attire."  What is proper  12:54:43
12 casual attire, as stated in this document that  12:54:46
13 you drafted?                12:54:48
14   A.  Non-uniform.              12:54:49
15   Q.  And number 3 says:  "Turn in any key  12:54:50
16 in your possession to any Police Department    12:55:03
17 vehicles and facilities."  To your knowledge,  12:55:05
18 did --                    12:55:07
19       MR. NOVIKOFF:  Number 3, okay.    12:55:08
20   Q.  Did George Hesse ever turn in keys    12:55:09
21 as stated in this paragraph, in this number?    12:55:12
22   A.  Yes, he did.              12:55:14
23   Q.  And what keys did he have that he    12:55:15
24 turned in at that time?            12:55:18
25       MR. NOVIKOFF:  You mean whether they  12:55:20
   TSG Reporting - Worldwide    877-702-9580
```

## Page 176

```
1            Loeffler
2  were metal or carbon or --          12:55:22
3        MR. GRAFF:  What were they keys to?  12:55:24
4        MR. NOVIKOFF:  Oh, okay.      12:55:25
5    A.  I believe he had copies of all the    12:55:25
6  keys for the Police Department and the    12:55:27
7  vehicles.                  12:55:29
8    Q.  And was -- I take it the handwritten  12:55:29
9  version is not what was presented to George    12:55:36
10 Hesse?                    12:55:38
11       MR. NOVIKOFF:  Why do you take that?  12:55:38
12 Why don't you just ask him the question.    12:55:40
13   Q.  Was this handwritten version ever    12:55:41
14 presented to George Hesse?          12:55:43
15   A.  I believe it was.  I believe it may    12:55:46
16 have been typed as well.            12:55:49
17   Q.  I, again, don't want to make this a    12:55:50
18 memory game.  I am going to ask --      12:55:52
19   A.  Then what are you playing around    12:55:54
20 here for?                  12:55:56
21       MR. NOVIKOFF:  I mean, if you have    12:55:56
22 the written memo, then show him the written  12:55:57
23 memo.                    12:55:59
24       MR. GRAFF:  Counsel, they could have  12:56:00
25   both been given to George Hesse.      12:56:01
   TSG Reporting - Worldwide    877-702-9580
```

## Page 177

```
1            Loeffler
2        MR. NOVIKOFF:  Then you should ask    12:56:03
3  that question instead of saying "I take    12:56:04
4  it."                    12:56:06
5        MR. GRAFF:  I'd like to ask the    12:56:08
6  court reporter to please mark as        12:56:10
7  Exhibit Loeffler 8 a one-page document    12:56:11
8  bearing Bates number 3778 produced by Ocean  12:56:13
9  Beach.                    12:56:16
10       (Loeffler Exhibit 8, memo dated    12:56:18
11 March 26, 2007, Bates stamped 003778,    12:56:18
12 marked for identification.)          12:56:36
13   Q.  Mayor Loeffler, when you have had a    12:56:39
14 chance to review the document marked Loeffler  12:56:41
15 8, can you tell me if you can identify the    12:56:44
16 document.                  12:56:47
17       MR. NOVIKOFF:  He is just giving you    12:56:47
18 that document.  If he wants you to compare    12:56:57
19 it, he will.                12:56:59
20       (Document review.)          12:57:21
21   A.  I have read it.            12:57:21
22   Q.  Can you identify the document,    12:57:22
23 please?                  12:57:24
24   A.  It's a document that's dated March    12:57:24
25 26, 2007 from myself to George Hesse signed by  12:57:27
   TSG Reporting - Worldwide    877-702-9580
```

Page 178

```
1            Loeffler
2  me and it's signed by George Hesse, 3-28-07.    12:57:31
3      Q.   And who typed the document?    12:57:35
4      A.   I don't see the person's initials    12:57:37
5  that typed it, but I didn't type it.  One of    12:57:43
6  the clerical person in the office typed it.    12:57:45
7      Q.   If I could ask you to compare    12:57:47
8  Loeffler 7 to Loeffler 8 for a moment, Loeffler    12:57:50
9  7 ends at the bottom with bullet number 5.    12:57:52
10 Loeffler 8 continues through bullet 8.  Did you   12:57:56
11 ever handwrite bullets 6 through 8 that appear    12:58:00
12 on Loeffler 8?                        12:58:04
13     A.   I don't know.  I don't recall.    12:58:05
14     Q.   Do you know who was responsible for   12:58:07
15 introducing numbers 6 through 8 into    12:58:10
16 Loeffler 8?                          12:58:12
17     A.   I was.                      12:58:13
18     Q.   You were?                    12:58:13
19     A.   Sure.                       12:58:14
20     Q.   Was that also at the advice of    12:58:14
21 counsel?                             12:58:16
22     A.   Absolutely.                  12:58:16
23          THE VIDEOGRAPHER:  Counselors, now   12:58:20
24 it's five minutes to the end.         12:58:21
25     Q.   Number 6 on the typewritten version:  12:58:24
```
TSG Reporting - Worldwide     877-702-9580

Page 179

```
1            Loeffler
2  "You shall refrain from any activities which   12:58:27
3  may cause you to interact with members of the   12:58:30
4  general public pertaining to police functions   12:58:32
5  or duties."                          12:58:34
6          Can you explain what you meant by    12:58:34
7  "pertaining to police functions or duties"?    12:58:40
8      A.   Taking police action.         12:58:42
9      Q.   Number 8 states:  "No verbal or    12:58:55
10 written communication shall be made with    12:58:58
11 reference to the police function of the    12:58:59
12 department or any other information pertaining   12:59:00
13 to the operation or policies of the Village of   12:59:02
14 Ocean Beach without first obtaining board    12:59:05
15 approval."                           12:59:07
16          To your knowledge, has George Hesse   12:59:08
17 ever obtained board approval to undertake    12:59:10
18 verbal or written communications as set forth   12:59:13
19 in this paragraph?                    12:59:15
20          MR. NOVIKOFF:  Objection.       12:59:16
21 Foundation.  You didn't establish that    12:59:17
22 George Hesse ever made the request to the    12:59:19
23 board for the board to give approval.    12:59:21
24 Objection.                           12:59:25
25     A.   I don't believe he ever applied for   12:59:26
```
TSG Reporting - Worldwide     877-702-9580

Page 180

```
1            Loeffler
2  permission.                          12:59:30
3      Q.   To your knowledge, has George Hesse   12:59:31
4  adhered to all the terms of this modified duty   12:59:33
5  statement 1 through 8?                12:59:37
6      A.   Yes.                        12:59:38
7      Q.   Are the terms of this statement    12:59:39
8  still in effect?                      12:59:40
9      A.   Yes.                        12:59:41
10     Q.   In your handwritten version,    12:59:43
11 Loeffler 7, the memo is addressed to Deputy    12:59:44
12 Police Chief George Hesse.  The typewritten    12:59:47
13 version, Loeffler 8, is addressed to George    12:59:49
14 Hesse.                               12:59:52
15          Do you know why the typewritten    12:59:53
16 version is not identical to your handwritten    12:59:54
17 version in that respect?              12:59:56
18          MR. NOVIKOFF:  If it's on advice of   12:59:57
19 counsel, just say "advice of counsel."    12:59:59
20     A.   It's on advice of counsel.    13:00:01
21     Q.   Did you have any discussions with   13:00:04
22 Mary Anne Minerva concerning Loeffler 7 or    13:00:06
23 Loeffler 8?                          13:00:09
24          MR. NOVIKOFF:  Any issue pertaining   13:00:10
25 to it or the actual formation of it?    13:00:11
```
TSG Reporting - Worldwide     877-702-9580

Page 181

```
1            Loeffler
2          MR. GRAFF:  The documents.  Either   13:00:14
3  of these specific texts.              13:00:15
4          MR. NOVIKOFF:  So is the question to   13:00:18
5  the mayor did he ever have a communication    13:00:19
6  with Mary Anne Minerva concerning the    13:00:21
7  drafting of this document as opposed to the    13:00:23
8  issues that may have been presented in this   13:00:27
9  document.                            13:00:29
10          MR. GRAFF:  If that would help the   13:00:29
11 witness, yes, concerning the drafting of    13:00:31
12 either of these two documents.        13:00:33
13     A.   I drafted the document.       13:00:34
14     Q.   Did you have any communications with   13:00:35
15 Mary Anne Minerva in the course of drafting the   13:00:37
16 document?                            13:00:39
17     A.   I did not.                   13:00:39
18     Q.   How did you communicate bullets 6    13:00:41
19 through 8 to whoever it is who typed the    13:00:43
20 document?                            13:00:46
21     A.   I don't recall.              13:00:46
22     Q.   On Loeffler 8 right underneath the   13:01:13
23 date it states:  "As of 0000 hour March 27,    13:01:15
24 2007 until further notice your assignment will   13:01:22
25 be changed from active to modified duty."    13:01:24
```
TSG Reporting - Worldwide     877-702-9580

Page 182

```
 1          Loeffler
 2      MR. NOVIKOFF: Yes.              13:01:31
 3      Q.  What, if anything, would prompt you   13:01:38
 4  to provide further notice with respect to this   13:01:40
 5  item to George Hesse?              13:01:42
 6      MR. NOVIKOFF: Objection. Form.   13:01:44
 7      A.  Ask -- would you repeat the question   13:01:49
 8  for me. I'm not quite grasping it.
 9      Q.  Why would you give further notice to   13:01:56
10  George Hesse that would alter his modified duty   13:01:58
11  statement?                         13:02:02
12      A.  No, it says "and until further   13:02:02
13  notice."                            13:02:04
14      Q.  Right. Were you contemplating any   13:02:04
15  circumstances that would lead you to provide   13:02:06
16  further notice in the future?        13:02:08
17      MR. NOVIKOFF: It's a yes-or-no   13:02:10
18  question.                          13:02:11
19      A.  No.                         13:02:12
20      THE VIDEOGRAPHER: Counselors, we   13:02:16
21  are at the end of the tape.          13:02:17
22      MR. GRAFF: Okay, so let's go off   13:02:18
23  the record, please.                  13:02:20
24      THE VIDEOGRAPHER: We are now going   13:02:21
25  off the record. The time is 1:02 p.m.   13:02:22
```

TSG Reporting - Worldwide    877-702-9580

Page 183

```
 1          Loeffler
 2      (Recess was taken from 1:02 to   13:02:25
 3  1:13.)                             13:02:25
 4      THE VIDEOGRAPHER: We are back on   13:11:26
 5  the record. The time is 1:13 p.m. This is   13:12:57
 6  the beginning of the tape labeled number 3.   13:13:00
 7  BY MR. GRAFF:                       13:13:03
 8      Q.  Mayor Loeffler, if I could ask you   13:13:04
 9  to please turn your attention back to   13:13:05
10  Exhibit Loeffler 8, the very last paragraph,   13:13:08
11  "please sign the original of this   13:13:11
12  correspondence and return it to the Village   13:13:12
13  office within 48 hours after receipt."   13:13:14
14      Would you mind reading the very next   13:13:19
15  sentence. I'm not sure if I can see all the   13:13:22
16  words.                             13:13:24
17      A.  "You accept" -- "your acceptance of   13:13:24
18  these conditions of modified stature are   13:13:26
19  required to maintain your employment. All   13:13:29
20  conditions are subject to change and review by   13:13:30
21  the Village, by the board of Trustees, and are   13:13:32
22  not to be viewed as an employment contract."   13:13:35
23      Q.  Okay.                       13:13:37
24      And have the conditions set forth in   13:13:41
25  this document been changed by the Board of   13:13:43
```

TSG Reporting - Worldwide    877-702-9580

Page 184

```
 1          Loeffler
 2  Trustees since March 26, 2007?        13:13:46
 3      A.  No.                         13:13:48
 4      Q.  And when it states that "your   13:13:49
 5  acceptance of these conditions of modified   13:13:52
 6  stature are required to maintain your   13:13:54
 7  employment," does that mean to Mr. Hesse's   13:13:57
 8  employment would end if he were to violate any   13:13:59
 9  of these terms?                     13:14:02
10      MR. NOVIKOFF: Objection. Calls for   13:14:03
11  speculation. Calls for possibly a legal   13:14:04
12  conclusion.                        13:14:07
13      If you can answer it, you can answer   13:14:07
14  it.                                13:14:09
15      A.  If -- I don't understand exactly.   13:14:10
16  What are you asking me?               13:14:15
17      Q.  What would the consequences be, if   13:14:16
18  any, if George Hesse were to violate the terms   13:14:19
19  of this document?                   13:14:19
20      MR. NOVIKOFF: Note my objection.   13:14:20
21  For example, are you asking if George Hesse   13:14:21
22  came one day with his police shirt on   13:14:23
23  instead of proper casual attire, what would   13:14:25
24  be the consequences?                 13:14:28
25      Q.  Let's ask about that specifically,   13:14:29
```

TSG Reporting - Worldwide    877-702-9580

Page 185

```
 1          Loeffler
 2  sure.                              13:14:31
 3      What if George Hesse failed to   13:14:32
 4  comply with the uniform of the day proper   13:14:34
 5  casual attire, what, if any, commences would   13:14:36
 6  there be?                          13:14:38
 7      MR. NOVIKOFF: Note my objection.   13:14:39
 8  Calls for speculation.               13:14:40
 9      You can answer.                  13:14:41
10      A.  I'd send him home to change.   13:14:42
11      Q.  And what about number 6, what, if   13:14:46
12  any, consequences would there be if George   13:14:50
13  Hesse were to interact with members of the   13:14:52
14  general public pertaining to police functions   13:14:54
15  or duties?                         13:14:57
16      MR. NOVIKOFF: Note my objection.   13:14:57
17      A.  I would remind him to refrain from   13:14:58
18  that, since he has agreed to it.      13:15:00
19      Q.  What about number 8?          13:15:02
20      MR. NOVIKOFF: Calls for            13:15:05
21  speculation.                       13:15:06
22      Q.  Okay. "No verbal or written   13:15:07
23  communication shall be made with reference to   13:15:09
24  police function of the department or any other   13:15:11
25  information pertaining to the operations or   13:15:12
```

TSG Reporting - Worldwide    877-702-9580

## Page 186

```
 1          Loeffler
 2  policies of the Village of Ocean Beach."      13:15:14
 3      MR. NOVIKOFF: Calls for      13:15:16
 4  speculation.                  13:15:17
 5      Q.  What, if any, consequences would   13:15:17
 6  there be if George Hesse were to violate that?  13:15:19
 7      MR. NOVIKOFF: Note my objection.   13:15:21
 8  Calls for speculation. Calls for a legal  13:15:22
 9  conclusion.                   13:15:24
10      A.  Until that happens I would have a   13:15:25
11  hard time telling you what would happen.    13:15:27
12      Q.  And as far as you know, George Hesse  13:15:28
13  has not violated any of these conditions 1     13:15:30
14  through 8?                    13:15:32
15      MR. NOVIKOFF: Asked and answered.   13:15:33
16  You can answer again.             13:15:33
17      A.  That's correct.           13:15:35
18      MR. GRAFF: I am going to ask the   13:15:53
19  court reporter to mark as          13:15:54
20  Exhibit Loeffler 9 a one-page document   13:15:55
21  produced by Ocean Beach bearing Bates   13:15:57
22  number 5875.                  13:15:59
23      (Loeffler Exhibit 9, Ratification   13:16:06
24  and Approval of Personnel, Bates stamped   13:16:06
25  005875, marked for identification.)    13:16:20
     TSG Reporting - Worldwide      877-702-9580
```

## Page 187

```
 1          Loeffler
 2      Q.  Mayor Loeffler, when Mr. Novikoff   13:16:20
 3  finishes examining and you have had a chance to  13:16:23
 4  review the document, could you tell me, please,  13:16:25
 5  if you can identify it.           13:16:27
 6      MR. NOVIKOFF: Note for the record   13:16:28
 7  that this is apparently a page 5 of a   13:16:29
 8  document.                     13:16:32
 9      You can answer the question as posed   13:16:34
10  now.                          13:16:36
11      MR. GRAFF: Before you get to that   13:16:40
12  question, I'd like to, just for clarity   13:16:41
13  sake, call for the production of any pages   13:16:44
14  of any of the meeting minutes that were   13:16:46
15  produced to us as single pages or without   13:16:48
16  all pages.                    13:16:52
17      MR. NOVIKOFF: I am not about to go   13:16:53
18  through our entire production to ascertain   13:16:54
19  what is complete or not complete. You tell  13:16:57
20  me what you want and I will take it under   13:16:59
21  advisement.                   13:17:01
22 RQ     MR. GRAFF: Sure. I want all the   13:17:02
23  pages of the document that's been marked as  13:17:04
24  Loeffler 9, all the pages of the document   13:17:06
25  that's been marked as Loeffler 3.     13:17:09
     TSG Reporting - Worldwide      877-702-9580
```

## Page 188

```
 1          Loeffler
 2      MR. NOVIKOFF: Take it under      13:17:11
 3  advisement.                   13:17:12
 4      (Document review.)            13:17:48
 5      A.  Yes.                  13:17:48
 6      Q.  Can you identify this document,   13:17:49
 7  please?                       13:17:50
 8      A.  It purports to be page 5 of the   13:17:50
 9  typed minutes of a Village board meeting.   13:17:55
10      Q.  Have you seen this document before?  13:17:57
11      MR. NOVIKOFF: This one particular   13:17:58
12  page?                         13:18:00
13      MR. GRAFF: Yes.               13:18:00
14      MR. NOVIKOFF: If you can answer it,  13:18:01
15  answer it.                    13:18:03
16      A.  I'm sure I have.           13:18:04
17      Q.  And when you saw it, did it have the  13:18:05
18  handwritten notations in the left-hand margin?  13:18:09
19      A.  I don't believe it did.      13:18:11
20      Q.  Can you identify the handwriting?   13:18:15
21      A.  No, I can't.             13:18:18
22      Q.  Can you make out any of the words   13:18:20
23  that are in the margin there?         13:18:23
24      A.  It says "Kara Arta" and then it says  13:18:25
25  "Arta." They are both employees of the Village  13:18:28
     TSG Reporting - Worldwide      877-702-9580
```

## Page 189

```
 1          Loeffler
 2  of Ocean Beach.                   13:18:31
 3      Q.  Are those two different people?     13:18:31
 4      A.  Yes.                  13:18:33
 5      Q.  Kara and Arta?            13:18:33
 6      A.  Yes.                  13:18:34
 7      Q.  Who is Kara?              13:18:35
 8      A.  Kara is a clerk in the office.   13:18:35
 9      Q.  And what is Kara's full name?     13:18:39
10      A.  Kara McKenna.             13:18:41
11      Q.  And what is Arta's full name?     13:18:46
12      A.  Wejien. It's W-E-J --I can get the   13:18:48
13  correct spelling for you. W-E-J-E-N-I-N or   13:18:56
14  something, I guess.               13:19:00
15      Q.  And what is Arta's position, Arta   13:19:01
16  Wejien?                       13:19:04
17      A.  She is the deputy treasurer. Deputy  13:19:05
18  treasurer. Accounts payable clerk too.   13:19:10
19      Q.  At the very top of this page of the  13:19:24
20  document: "Ratification approval of personnel,  13:19:26
21  Trustee Mallott moved as follows, whereas   13:19:29
22  Mary Anne Minerva, Village administrator, has  13:19:31
23  provided a report to the Board of Trustees   13:19:33
24  detailing and listing new hires, has requested  13:19:36
25  ratification and approval by the Board of   13:19:39
     TSG Reporting - Worldwide      877-702-9580
```

## Page 190

```
 1          Loeffler
 2  Trustees for said new hires."             13:19:41
 3          Mayor Loeffler, do you know what the  13:19:43
 4  report provided by Mary Anne Minerva as      13:19:45
 5  referenced in this document is?             13:19:47
 6      A.  No, I don't.                  13:19:49
 7      Q.  Do you recall Mary Anne Minerva   13:19:55
 8  delivering any kind of report with respect to  13:19:57
 9  this matter?                  13:20:00
10      A.  I don't recall, no.          13:20:01
11      Q.  The new hires that are identified  13:20:02
12  here, Trosko, Paul OBPD, F/T; underneath that,  13:20:08
13  Foti, Francis OBPD, F/T, are those the   13:20:13
14  full-time officers that were hired that were  13:20:18
15  discussed -- the hiring of which was discussed  13:20:20
16  at your first meeting with Mr. Schneider?   13:20:22
17      A.  No.  Let me correct myself.  It --  13:20:25
18  I'm not sure if they -- these gentlemen were  13:20:43
19  part-time employees who became full-time   13:20:48
20  employees.                  13:20:50
21      Q.  And did they become full-time   13:20:51
22  employees at or around the date of the    13:20:53
23  document, January 27th, '07?          13:20:57
24      A.  Yes, they did.              13:20:58
25      Q.  And do you know why they were made  13:20:59
```
TSG Reporting - Worldwide      877-702-9580

## Page 191

```
 1          Loeffler
 2  full-time employees at that time?          13:21:03
 3      A.  Because of the direction that I   13:21:05
 4  wanted the Police Department to go, to hire  13:21:13
 5  full-time employees instead of using part-time  13:21:15
 6  and seasonal employees.              13:21:17
 7      Q.  And did your meeting with       13:21:18
 8  Mr. Schneider take place before or after   13:21:20
 9  January 27th, 2007, the date of this document?  13:21:21
10      A.  Before.                  13:21:26
11      Q.  So was the hiring of these two   13:21:28
12  individuals as full-time officers in compliance  13:21:31
13  with whatever requirements were communicated to  13:21:34
14  you by Mr. Schneider?              13:21:36
15      A.  Yes, they were.              13:21:37
16      Q.  And as of the date of this document,  13:21:39
17  did you know who Paul Trosko was?          13:21:41
18      A.  Yes.                  13:21:44
19      Q.  In what context did you first meet  13:21:45
20  Paul Trosko?                  13:21:49
21      A.  He was a part-time police officer in  13:21:50
22  the Village of Ocean Beach.          13:21:52
23      Q.  And you met him during his       13:21:53
24  employment as a police officer?          13:21:55
25      A.  Yes.                  13:21:56
```
TSG Reporting - Worldwide      877-702-9580

## Page 192

```
 1          Loeffler
 2      Q.  What about Francis Foti?          13:21:56
 3      A.  The same.              13:21:58
 4      Q.  You also met him --          13:22:01
 5      A.  As a part-time police officer.      13:22:04
 6      Q.  Underneath that section, the very   13:22:05
 7  next section is adoption of Police Department  13:22:08
 8  rules and procedures.  It says: "Mayor    13:22:09
 9  Loeffler moved as follows.  Whereas the Village  13:22:11
10  of Ocean Beach has determined that it is in the  13:22:14
11  best interests of the Village to have a written  13:22:16
12  set of rules and procedures for the Ocean Beach  13:22:17
13  Police Department and whereas the Village has  13:22:19
14  undertaken to prepare a set of rules and    13:22:21
15  procedures, now, therefor it is hereby resolved  13:22:23
16  that the Village hereby adopts these submitted  13:22:26
17  Ocean Beach department rules and procedures."  13:22:28
18          Mayor Loeffler, do you know what the  13:22:31
19  rules and procedures referenced in this section  13:22:32
20  are?                  13:22:34
21      A.  Yes, the Ocean Beach Police      13:22:35
22  Department rules and procedures.          13:22:37
23      Q.  And is that the police manual that  13:22:38
24  was issued in 2006?              13:22:40
25      A.  Yes.  Well, it was -- a draft was  13:22:40
```
TSG Reporting - Worldwide      877-702-9580

## Page 193

```
 1          Loeffler
 2  issued in 2006.  It was finalized as of this  13:22:45
 3  date.                  13:22:48
 4      Q.  And at what point in relation to   13:22:48
 5  January 27, 2007 was it distributed to the   13:22:50
 6  Ocean Beach Police Department officers?   13:22:53
 7      A.  Upon its authorized issuance.   13:22:55
 8      Q.  Was there any discussion among the  13:22:58
 9  Board of Trustees upon your making of this   13:23:07
10  motion?                  13:23:10
11          MR. NOVIKOFF:  Objection to the   13:23:11
12      form.                  13:23:12
13      A.  There was discussion with the   13:23:15
14  trustees that was carried out in the executive  13:23:18
15  session with the advice of counsel, yes, with  13:23:20
16  reference to this policy manual.          13:23:24
17      Q.  Other than in conversations that   13:23:27
18  took place in the presence of counsel for the  13:23:29
19  purpose of obtaining legal advice, did you have  13:23:31
20  any conversations with any members of the Board  13:23:33
21  of Trustees concerning the adoption of the   13:23:36
22  Police Department manual?              13:23:40
23      A.  Yes.                  13:23:40
24      Q.  And which members of the Board of   13:23:41
25  Trustees did you discuss that with?          13:23:43
```
TSG Reporting - Worldwide      877-702-9580

Page 194

```
 1            Loeffler
 2    A.  All of them.              13:23:44
 3    Q.  Individually?             13:23:44
 4    A.  Together.  At the board meeting.   13:23:45
 5    Q.  And was that in executive session or   13:23:49
 6 general session?                 13:23:51
 7    A.  No, we discussed this in public.   13:23:52
 8    Q.  And what was discussed in public?   13:23:53
 9    A.  I expressed my -- need that I   13:23:55
10 felt that the Police Department needed to have   13:23:58
11 a written policy manual in place and that this   13:24:01
12 had taken a year to develop it and it was now   13:24:04
13 in the final stages, it had been reviewed, it   13:24:07
14 had been put into draft form, it had been   13:24:10
15 rereviewed, it had been updated, and it was in   13:24:12
16 a final document presentation form and at this   13:24:15
17 time I presented it to the board to be   13:24:18
18 finalized.                       13:24:20
19    Q.  Does the substance of the Police   13:24:21
20 Department -- if I say "manual," do we know   13:24:34
21 what --                          13:24:36
22    A.  We know it was filed.        13:24:37
23    Q.  Okay.  Does the substance of the   13:24:38
24 Police Department manual relate in any way to   13:24:39
25 any requirements of the Civil Service   13:24:42
```
TSG Reporting - Worldwide    877-702-9580

Page 195

```
 1            Loeffler
 2 Department with respect to the Ocean Beach   13:24:45
 3 Police Department?               13:24:46
 4    A.  No, it does not.           13:24:46
 5    Q.  Is the manual -- when it was   13:24:47
 6 distributed to Ocean Beach police officers, was   13:24:52
 7 it bound?                        13:24:54
 8    A.  Yes.                      13:24:55
 9    Q.  So was it sent to a printer and   13:24:55
10 published in a bound book-like form?   13:25:00
11        MR. NOVIKOFF:  Objection to the form   13:25:03
12 of the question.                 13:25:05
13    A.  It's in a ring binder form.   13:25:05
14    Q.  Binder.                   13:25:05
15 RQ     MR. GRAFF:  I'd also like to call   13:25:07
16 for the production of the complete manual.   13:25:09
17        MR. NOVIKOFF:  Take it under   13:25:11
18 advisement.                      13:25:11
19    Q.  Did you review any of the specific   13:25:16
20 policies set forth in the police manual with   13:25:19
21 any of the members of the Village board of   13:25:22
22 Trustees?                        13:25:26
23    A.  No.                       13:25:26
24    Q.  Other than yourself, were any   13:25:29
25 members of the Board of Trustees -- did any   13:25:32
```
TSG Reporting - Worldwide    877-702-9580

Page 196

```
 1            Loeffler
 2 members of the Board of Trustees contribute to   13:25:36
 3 the drafting or f authorship of the police   13:25:38
 4 manual?                          13:25:41
 5        MR. NOVIKOFF:  Objection to form.   13:25:41
 6    A.  I believe members of the board   13:25:42
 7 expressed concern and jubilance in the fact   13:25:50
 8 that we were taking a huge step into bringing   13:25:54
 9 the Police Department to a level that allowed   13:25:58
10 for some accountability in the actions of   13:26:00
11 police officers and that -- do you want me to   13:26:04
12 finish or do you want to interrupt me?   13:26:07
13    Q.  Please.                   13:26:08
14    A.  And I believe they reviewed the   13:26:09
15 policy manual prior to its adoption and were   13:26:12
16 grateful for my efforts and the efforts of the   13:26:16
17 Police Department and the officers for   13:26:18
18 producing such a document.       13:26:19
19    Q.  Are you done?             13:26:21
20    A.  Yes, I'm done.            13:26:22
21    Q.  I may have misheard earlier on.  Did   13:26:23
22 you say concern and jubilance?   13:26:26
23    A.  Yes.  Concern that we hadn't done   13:26:29
24 this before.                     13:26:31
25        MR. GRAFF:  Okay.  You can put aside   13:26:47
```
TSG Reporting - Worldwide    877-702-9580

Page 197

```
 1            Loeffler
 2 this document.  Thank you.       13:26:48
 3        MR. NOVIKOFF:  It's already been put   13:26:51
 4 aside.                           13:26:52
 5        MR. GRAFF:  Excuse me?       13:26:52
 6        MR. NOVIKOFF:  It's already been put   13:26:52
 7 aside.                           13:26:52
 8        MR. GRAFF:  I am going to ask the   13:26:57
 9 court reporter to please mark as   13:26:59
10 Exhibit Loeffler 10 a one-page document   13:27:03
11 produced to us by Ocean Beach bearing Bates   13:27:06
12 number 9809.                     13:27:08
13        (Loeffler Exhibit 10, Accept the NYS   13:27:11
14 Department of State's Proposed Responses on   13:27:11
15 the Local Waterfront Revitalization   13:27:11
16 Program, Bates stamped 009809, marked for   13:27:11
17 identification.)                 13:27:17
18        MR. NOVIKOFF:  And do you want the   13:27:34
19 witness to look at this document?   13:27:36
20    Q.  Yes.  As with all of the documents,   13:27:37
21 if you could take as much time to review it and   13:27:40
22 then let me know if you recognize it.   13:27:42
23        MR. NOVIKOFF:  And while the witness   13:27:43
24 is looking at it, just let the record   13:27:44
25 reflect that this is purportedly a page 3   13:27:46
```
TSG Reporting - Worldwide    877-702-9580

Page 198

Loeffler

1
2     of a document.                              13:27:49
3  RQ       MR. GRAFF:  And we will call for the  13:27:51
4     production of any other pages of this       13:27:52
5     document that exist.                         13:27:54
6         MR. NOVIKOFF:  Take it under            13:27:55
7     advisement.                                  13:27:56
8     Q.   Mayor Loeffler, can you identify the   13:28:06
9  document?                                       13:28:08
10    A.   It appears to be page 3 of a           13:28:09
11 production of the minutes of the Village board  13:28:15
12 meeting that occurred on June 23rd, 2007.       13:28:17
13    Q.   If I could direct your attention to    13:28:21
14 the last subheading on the document, Adoption   13:28:24
15 of Police Department Rules and Procedures       13:28:27
16 Update, "Trustee Mallott moved as follows."     13:28:28
17        Do you recall anything of the events    13:28:31
18 that are described in the following paragraph   13:28:35
19 there?                                          13:28:37
20        MR. NOVIKOFF:  Oh, you want him to      13:28:37
21    read the events of what transpired after    13:28:39
22    Trustee Mallott moved as follows --          13:28:42
23        MR. GRAFF:  Yes.                         13:28:42
24        MR. NOVIKOFF:  -- and tell you if he    13:28:43
25    recalls any of it?                           13:28:44

TSG Reporting - Worldwide      877-702-9580

---

Page 199

Loeffler

1
2         MR. GRAFF:  That's exactly what I      13:28:44
3     asked.                                       13:28:46
4         MR. NOVIKOFF:  Sure.                    13:28:46
5     Go ahead.                                    13:28:47
6     (Document review.)                           13:28:59
7     A.   Okay.                                   13:28:59
8     Q.   Do you recall any of the events that   13:29:08
9  are described here?                             13:29:10
10    A.   Yes, I do.                              13:29:11
11    Q.   One of things that's described here    13:29:13
12 is an update that had been prepared pertaining  13:29:19
13 to domestic incidents and domestic violence.    13:29:22
14 Do you recall what that refers to?              13:29:25
15    A.   Yes, I do.                              13:29:26
16    Q.   What does that refer to?               13:29:27
17    A.   It refers to the handling of           13:29:27
18 domestic incident and domestic violence calls   13:29:28
19 which was updated in the policy manual.  The    13:29:31
20 policy manual is a living, breathing document   13:29:33
21 that is constantly updated as circumstances     13:29:35
22 require that to be.  If there was a shortfall   13:29:38
23 in the document and we notice it, we make a     13:29:41
24 modification to it.  The document then is       13:29:44
25 presented to the Village board as an addendum   13:29:46

TSG Reporting - Worldwide      877-702-9580

---

Page 200

Loeffler

1
2  or an amendment to the policy manual, it's     13:29:49
3  inserted, and then a copy of that addendum is   13:29:52
4  given to all the people that signed for it, all 13:29:55
5  the officers that signed for that document to   13:29:58
6  be inserted into their copy of the policy       13:29:59
7  manual.                                          13:30:01
8     Q.   And who prepared this update that's    13:30:02
9  referenced here?                                13:30:04
10    A.   I believe it may have been -- I        13:30:06
11 don't know whether it was George Hesse or Paul  13:30:14
12 Trosko.                                          13:30:16
13    Q.   Did you direct either of those         13:30:17
14 people to prepare this update?                  13:30:19
15    A.   What I directed them to do was the     13:30:21
16 Ocean Beach Police Department is attempting to  13:30:23
17 become an accredited police agency.  It's a     13:30:25
18 defined term in the State of New York.  And in  13:30:29
19 doing so there are certain requirements that    13:30:32
20 need to be done.  One of them is to constantly  13:30:34
21 update and keep the policy manual in conformity 13:30:37
22 with state law and provisions of the law and    13:30:40
23 that's what they do.  From time to time this    13:30:43
24 has been -- this is not the only update, I      13:30:44
25 believe, that's been done to the manual.        13:30:46

TSG Reporting - Worldwide      877-702-9580

---

Page 201

Loeffler

1
2     Q.   And with respect to this particular    13:30:48
3  update, was it updating an existing section     13:30:50
4  pertaining to domestic incidents and domestic   13:30:53
5  violence, or was that a new section?            13:30:56
6     A.   I believe it was updating an           13:31:00
7  existing.                                        13:31:03
8     Q.   Was Trustee Mallott involved at all    13:31:04
9  in this update to the department manual?        13:31:07
10    A.   No.                                     13:31:11
11    Q.   Do you know why Trustee Mallott made   13:31:11
12 the motion for this update?                     13:31:13
13        MR. NOVIKOFF:  Other than wanting to   13:31:15
14    approve it?  I mean, objection to the form. 13:31:16
15    A.   I guess because it was his turn to     13:31:21
16 read.                                            13:31:23
17    Q.   Let's put aside Loeffler 10.           13:31:28
18        MR. NOVIKOFF:  With pleasure.           13:31:28
19    Q.   Do you recall who determined that      13:31:34
20 that section should be updated?                 13:31:35
21    A.   No.                                     13:31:36
22    Q.   Did you have any discussions with      13:31:37
23 anyone other than Paul Trosko or George Hesse   13:31:42
24 or members of the Board of Trustees concerning  13:31:45
25 this update?                                    13:31:47

TSG Reporting - Worldwide      877-702-9580

Page 202

```
 1            Loeffler
 2     A.  No.                    13:31:47
 3     Q.  Did you have any discussion with    13:31:48
 4  members of the Board of Trustees concerning    13:31:50
 5  this update?                  13:31:52
 6     A.  Probably not.          13:31:53
 7     Q.  Are you aware of any specific    13:31:57
 8  incidents of domestic abuse or violence that    13:32:03
 9  were handled by the Ocean Beach Police    13:32:07
10  Department during your service as trustee?    13:32:08
11     A.  No, I am not.           13:32:10
12     Q.  What about during your service as    13:32:11
13  mayor?                       13:32:14
14     A.  The Ocean Beach Police Department    13:32:14
15  has responded to incidents of domestic violence 13:32:18
16  since I've been mayor from 2006 to the present.  13:32:22
17     Q.  Are you aware of any specific    13:32:24
18  instances?                   13:32:26
19     A.  I am not aware of any specific    13:32:27
20  instance.                    13:32:28
21        MR. GRAFF:  I am going to ask the    13:32:36
22  court reporter to please mark as    13:32:37
23  Exhibit Loeffler 11 a document produced to    13:32:39
24  us by Ocean Beach bearing Bates numbers    13:32:41
25  2652 through 2661.            13:32:44
    TSG Reporting - Worldwide    877-702-9580
```

Page 203

```
 1            Loeffler
 2        (Loeffler Exhibit 12, Section 1:    13:32:47
 3     Discipline/Charges and Specifications,    13:32:47
 4     Bates stamped 2652 through 2661, marked for  13:32:47
 5     identification.)             13:33:09
 6     Q.  Mayor Loeffler, when you have had a    13:33:09
 7  chance to review the document, I am not going    13:33:12
 8  to ask about any specific provisions.  My only    13:33:13
 9  question is if you can tell me what this    13:33:16
10  document is, where it comes from.    13:33:18
11        MR. NOVIKOFF:  So are you asking the  13:33:20
12  witness once I review it to review it    13:33:22
13  himself?                     13:33:25
14        MR. GRAFF:  As much as he needs to    13:33:25
15  to tell me if he recognizes it and what it    13:33:27
16  is.                          13:33:29
17        MR. NOVIKOFF:  Okay.  You got it.    13:33:29
18  Here you go (handing).  Read away.    13:33:30
19     Q.  Actually, if I could be more    13:33:38
20  specific, I am going to ask now just about the    13:33:40
21  first page of the document, 2652.    13:33:42
22        MR. NOVIKOFF:  So you don't want the  13:33:45
23  witness to review it to see if he    13:33:46
24  recognizes the document?        13:33:47
25     Q.  I am going to start with the first    13:33:48
    TSG Reporting - Worldwide    877-702-9580
```

Page 204

```
 1            Loeffler
 2  page of the document.  If you could review the    13:33:50
 3  very first page and tell me if you can -- if    13:33:51
 4  you recognize it.             13:33:53
 5        MR. NOVIKOFF:  Recognize the first    13:33:53
 6  page?                        13:33:54
 7        MR. GRAFF:  The first page.    13:33:55
 8        MR. NOVIKOFF:  Independent of the    13:33:55
 9  other eight pages?            13:33:57
10        MR. GRAFF:  Yes.         13:33:58
11     A.  I don't think I can do that.  Right  13:33:59
12  from here I don't -- I would need to review the  13:34:01
13  whole document.              13:34:03
14     Q.  Okay, if you need to review the full  13:34:03
15  document, please do.          13:34:06
16     A.  It's only...            13:34:07
17        (Document review.)        13:34:16
18     Q.  Mayor Loeffler, can you tell me what  13:35:35
19  this document is?             13:35:37
20     A.  I'm not positive, no, I'm not.  Do    13:35:38
21  you want to tell me what it is?  13:35:41
22     Q.  I don't know.  That's why I am    13:35:43
23  asking you.                  13:35:44
24     A.  Oh.  It may be --         13:35:45
25        MR. NOVIKOFF:  Don't guess.    13:35:46
    TSG Reporting - Worldwide    877-702-9580
```

Page 205

```
 1            Loeffler
 2     A.  I'm not positive without seeing this  13:35:47
 3  in its proper context.        13:35:49
 4  RQ     MR. GRAFF:  It's like to call for    13:35:51
 5     the production of the balance of whatever    13:35:52
 6     this document came from.    13:35:53
 7        THE WITNESS:  It's the policy    13:35:55
 8     manual.                   13:35:56
 9     Q.  Is it possible that this is part of    13:35:56
10  the Police Department policy manual?    13:35:59
11     A.  Yes, it is.            13:36:00
12        MR. NOVIKOFF:  Objection.    13:36:01
13        You can answer.  Is it possible?    13:36:01
14     A.  Yes, it is.            13:36:02
15     Q.  Do you recognize any specific page    13:36:03
16  of it as part of the policy manual?    13:36:05
17        MR. NOVIKOFF:  I mean, the question    13:36:07
18  I have, Ari, is you have asked me on behalf    13:36:10
19  of my client to produce the entirety of    13:36:12
20  this document of which the mayor is not    13:36:14
21  absolutely sure what it is and certainly I    13:36:17
22  don't know what it is.  So I will endeavor    13:36:19
23  upon taking your request under advisement    13:36:22
24  to look for something that this may be    13:36:25
25  included in, but I can't tell you that I    13:36:30
    TSG Reporting - Worldwide    877-702-9580
```

Page 206

```
1              Loeffler
2      would know where to begin to look or my      13:36:32
3      client would know where to begin to look.    13:36:35
4          MR. GRAFF:  Okay.  I believe I noted      13:36:37
5      for the record, but this document was one     13:36:40
6      produced by Ocean Beach which is why --       13:36:42
7          MR. NOVIKOFF:  No, I understand           13:36:44
8      that.  I'm not -- I'm not questioning for a   13:36:45
9      moment that we produced it, but I can't       13:36:49
10     tell you for certainty right now where this   13:36:52
11     came from, so, I mean, I am going to do       13:36:55
12     what I have to do as I am required under      13:36:58
13     the federal rules, but I think the request   13:37:00
14     is a little bit broad to ask me as counsel   13:37:02
15     to request that my client search for the     13:37:04
16     document in which this document is           13:37:09
17     contained in, but I'll take it under         13:37:11
18     advisement.                                  13:37:13
19     A.  It --                                    13:37:15
20         MR. NOVIKOFF:  Don't guess.  No          13:37:17
21     question pending.  Don't worry.              13:37:19
22     Q.  If you could please say what you had     13:37:19
23  started saying.                                 13:37:22
24         MR. NOVIKOFF:  No.  There is no          13:37:22
25     question pending.                            13:37:24
```
TSG Reporting - Worldwide       877-702-9580

Page 207

```
1              Loeffler
2          MR. GRAFF:  That's the question.         13:37:25
3          MR. NOVIKOFF:  Say what you were         13:37:25
4      going to say?                                13:37:26
5          MR. GRAFF:  What you had started         13:37:27
6      saying, yes.                                 13:37:28
7          MR. NOVIKOFF:  How about if he was       13:37:28
8      going to say he thought your questions were  13:37:30
9      foolish, do you want him to say that?        13:37:32
10     Q.  Is that what you were going to say?      13:37:32
11     A.  No.                                       13:37:34
12     Q.  Could you please finish saying what      13:37:35
13  you had started saying?                         13:37:37
14     A.  I was under the impression that this    13:37:38
15     may be part of the policy manual, but I -- not 13:37:40
16     seeing it in this context and reading it, I  13:37:43
17     don't -- I can't be sure of that, but it may 13:37:46
18     be.                                          13:37:49
19     Q.  Okay.  Thank you, Mayor Loeffler.        13:37:49
20  We could put aside Loeffler 11.                 13:37:51
21     A.  12.  I'm sorry.  It says 12 on it.       13:37:55
22         MR. GRAFF:  Loeffler 12.  Excuse me.    13:37:57
23     Where is the stamped copy of
24     Loeffler 11?
25         MR. NOVIKOFF:  I do not know.
```
TSG Reporting - Worldwide       877-702-9580

Page 208

```
1              Loeffler
2          MR. JEMAL:  I think we skipped one.
3          THE COURT REPORTER:  Can we go off
4      the record for a second.
5          MR. GRAFF:  Yes, please.
6          THE VIDEOGRAPHER:  Going off the
7      record.  The time is 1:38 p.m.
8          (Discussion off the record.)           13:39:11
9          THE VIDEOGRAPHER:  We are back on       13:39:11
10     the record.  The time is 1:39 p.m.          13:39:18
11         MR. GRAFF:  And to clarify for the      13:39:20
12     record, the last document that had been     13:39:22
13     presented to the witness I had indicated    13:39:24
14     that it should be marked as 11, but it's    13:39:25
15     actually marked Loeffler 12.  It bears      13:39:28
16     Bates numbers 2652 to 2661.                 13:39:30
17     And if I could now ask the court            13:39:34
18     reporter to please mark as Exhibit Loeffler 13:39:35
19     11 a one-page document produced by Ocean    13:39:36
20     Beach bearing Bates number 9810.            13:39:38
21     (Loeffler Exhibit 11, Resolution No.        13:40:02
22     2008-18, Bates stamped 009810, marked for   13:40:02
23     identification.)                            13:40:25
24     Q.  Mayor Loeffler, when you have had a     13:40:25
25  chance to look at the document, could you tell 13:40:26
```
TSG Reporting - Worldwide       877-702-9580

Page 209

```
1              Loeffler
2      me, please, what the document is?           13:40:28
3      A.  It's a copy of the board resolution     13:40:30
4      2008-18 dated March 8th of 2008 and attested to 13:40:33
5      by Mary Anne Minerva, Village administrator, 13:40:41
6      clerk and treasurer.                        13:40:44
7      Q.  The document relates to additional      13:40:45
8  updates to the police manual; is that correct? 13:40:46
9      A.  That's what it -- yes.                   13:40:49
10     Q.  Who prepared the updates that are       13:40:49
11  referenced in this document?                   13:40:51
12         MR. NOVIKOFF:  Who typed them, who     13:40:53
13     drafted them?                               13:40:55
14     Q.  Who drafted those sections that are     13:40:56
15  updated?                                       13:40:57
16     A.  I would imagine they came from --       13:40:58
17     they came from the Police Department.       13:41:07
18     Q.  Which Police Department?                13:41:08
19     A.  Ocean Beach Police Department.          13:41:10
20     Q.  Do you know who specifically at the     13:41:11
21  Ocean Beach Police Department?                 13:41:14
22     A.  I don't recall.                         13:41:15
23     Q.  Do you recall whether you reviewed      13:41:16
24  these sections before they were updated?       13:41:18
25     A.  Absolutely.                             13:41:20
```
TSG Reporting - Worldwide       877-702-9580

Page 210

```
 1           Loeffler
 2      Q.  Do you recall what any of these    13:41:21
 3  sections relate to?              13:41:23
 4      MR. NOVIKOFF:  As he sits here    13:41:24
 5  today?                13:41:25
 6      MR. GRAFF:  Yes.              13:41:25
 7  A.  Absolutely not.              13:41:26
 8      MR. GRAFF:  Okay, let's put aside   13:41:31
 9  Loeffler 11.              13:41:33
10      Can I ask the videographer what time  13:41:41
11  it is?                13:41:43
12      THE VIDEOGRAPHER:  It is 1:42 p.m.   13:41:44
13      MR. NOVIKOFF:  Your call.  We can   13:41:47
14  stop now, if you want.              13:41:48
15      MR. GRAFF:  Could I ask the court   13:41:50
16  reporter --                13:41:52
17      MR. NOVIKOFF:  I think she wanted to  13:41:52
18  stop about an hour ago.              13:41:54
19      MR. GRAFF:  Yes.  Why don't we break  13:41:56
20  for lunch at this point.  The time is 1:42.  13:41:57
21  Counsel, when would you like to resume?    13:42:00
22      MR. NOVIKOFF:  Between 2:30 and   13:42:02
23  2:45.                13:42:04
24      MR. GRAFF:  Great.              13:42:04
25      THE VIDEOGRAPHER:  Going off the   13:42:05
  TSG Reporting - Worldwide    877-702-9580
```

Page 211

```
 1           Loeffler
 2  record.  The time is 1:42 p.m.        13:42:05
 3      (Mr. Novikoff exits.)        13:42:07
 4      (Lunch recess was taken from 1:42 to  13:42:07
 5  2:37.)                13:42:08
 6      THE VIDEOGRAPHER:  We are back on   14:36:05
 7  the record.  The time is 2:37 p.m.        14:36:30
 8  CONTINUED EXAMINATION BY              14:36:30
 9  MR. GRAFF:              14:36:34
10      Q.  Good afternoon, again, Mayor   14:36:35
11  Loeffler.              14:36:37
12      A.  Good afternoon.              14:36:37
13      Q.  Prior to the time when Ed Paradiso  14:36:38
14  sustained the injury that led to him going out  14:36:44
15  on disability leave, did you have any knowledge  14:36:46
16  with respect to his performance as police chief  14:36:48
17  in Ocean Beach?              14:36:51
18      MR. WELCH:  Objection.  Form.    14:36:54
19      You can answer.        14:36:55
20      A.  I guess he was doing a pretty good  14:36:56
21  job.              14:37:03
22      Q.  Did you ever -- as you sit here   14:37:04
23  today, do you have any knowledge with respect  14:37:11
24  to Gary Bosetti's performance as a police   14:37:13
25  officer in Ocean Beach?              14:37:15
  TSG Reporting - Worldwide    877-702-9580
```

Page 212

```
 1           Loeffler
 2      A.  No, I don't.        14:37:16
 3      Q.  As you sit here today, do you have  14:37:17
 4  any knowledge with respect to Richard Bosetti's  14:37:18
 5  performance as a police officer in Ocean Beach?  14:37:21
 6      A.  No, I don't know.  I do not.     14:37:23
 7      Q.  Do you know whether Richard Bosetti  14:37:24
 8  was ever disciplined formally or informally for  14:37:26
 9  sleeping on the job while on duty as a police   14:37:31
10  officer in Ocean Beach?              14:37:33
11      MR. WELCH:  Objection.  Form.    14:37:34
12      You can answer.        14:37:35
13      A.  Was it Richard or Gary?  One of them  14:37:36
14  was.              14:37:42
15      Q.  And could you describe the context  14:37:42
16  in which one of them was disciplined for that?  14:37:46
17      MR. WELCH:  Objection.        14:37:49
18      You can answer.        14:37:51
19      A.  One morning I went into the   14:37:52
20  hall, which is near the police station, and I   14:37:56
21  thought it was Gary, maybe it was Richie, was   14:38:00
22  lying on the couch watching TV.  Apparently it  14:38:04
23  looked to me like he was sleeping, 9:00 in the  14:38:08
24  morning.  I startled him.  I got the ice out of  14:38:11
25  the ice machine, because I was going to go out  14:38:15
  TSG Reporting - Worldwide    877-702-9580
```

Page 213

```
 1           Loeffler
 2  fishing, and he got up.  Went back to the    14:38:19
 3  Village office.  I told George Hesse to come   14:38:22
 4  over with Officer Bosetti and I explained to   14:38:25
 5  him when he got there that his conduct was   14:38:30
 6  unacceptable and we were having enough problems  14:38:34
 7  in Ocean Beach without having police officers   14:38:36
 8  who were sleeping on the job, which I thought   14:38:37
 9  he was doing, and that if this conduct were to  14:38:41
10  continue, you know, there would be some   14:38:46
11  consequences to it and I told George Hesse at   14:38:49
12  the time that -- of the incident and what   14:38:54
13  happened and he said he would handle it.    14:38:58
14      Q.  And do you have any information with  14:39:00
15  respect to how or whether George Hesse handled  14:39:02
16  that situation after that conversation?    14:39:05
17      A.  I'm not sure what he did.        14:39:07
18      Q.  Do you know how long -- for what   14:39:09
19  period of time following that conversation the  14:39:16
20  Bosetti at issue continued to work as a police  14:39:20
21  officer in Ocean Beach?              14:39:24
22      A.  No, I don't.  It wasn't a long   14:39:25
23  period of time after that.        14:39:27
24      Q.  Did the Bosetti at issue indicate   14:39:28
25  why he might have been sleeping at 9 in the   14:39:34
  TSG Reporting - Worldwide    877-702-9580
```

## Page 214

```
 1          Loeffler
 2 morning that day?                    14:39:36
 3     MR. WELCH: Object to the form.    14:39:37
 4     You can answer.                   14:39:39
 5  A.  I believe he told me he was just 14:39:42
 6 catching up on the news on the television, he 14:39:45
 7 wasn't really sleeping.  I didn't -- the   14:39:47
 8 answer, to me, didn't portray that he was   14:39:50
 9 catching up on the news.  I thought he was  14:39:52
10 sleeping.                            14:39:54
11  Q.  Do you know whether there was any  14:39:55
12 event or function involving the Ocean Beach  14:40:01
13 Police Department the day or the night prior to 14:40:03
14 the incident?                        14:40:06
15  A.  I don't know.                    14:40:08
16  Q.  Do you know whether there was a   14:40:08
17 event in connection with fund-raising for a  14:40:12
18 legal defense fund involving the Ocean Beach 14:40:15
19 Police Department the night before?  14:40:18
20  A.  No, I don't.                    14:40:19
21  Q.  To your knowledge, has the Ocean  14:40:21
22 Beach Police Department ever participated in  14:40:23
23 any fund-raising activities for any legal  14:40:24
24 defense fund that you are aware of?  14:40:28
25     MR. WELCH: Objection.  Do you have 14:40:30
```
TSG Reporting - Worldwide    877-702-9580

## Page 215

```
 1          Loeffler
 2 a time frame?                        14:40:30
 3  Q.  During the period of your service as 14:40:31
 4 mayor of Ocean Beach.                14:40:34
 5  A.  There is -- there is a legal defense 14:40:35
 6 fund that's not -- it's not associated with the 14:40:37
 7 Police Department, that was set up to raise  14:40:40
 8 money for the defense of certain police  14:40:42
 9 officers.                            14:40:45
10  Q.  And was it set up to serve for the 14:40:45
11 defense of certain specific police officers? 14:40:48
12  A.  No.                            14:40:50
13  Q.  Who administers that fund?       14:40:50
14  A.  I believe George Rehn, who is a CPA, 14:40:53
15 is the administer of that fund.  He has an  14:41:01
16 office in Ocean Beach.               14:41:04
17  Q.  Do you know when that fund was  14:41:05
18 created?                             14:41:07
19  A.  '07, I'd say.                  14:41:07
20  Q.  Have you ever contributed to that 14:41:12
21 fund?                                14:41:14
22  A.  Yes, I have.                   14:41:15
23  Q.  How many different contributions 14:41:17
24 have you made to that fund?          14:41:20
25     MR. WELCH: Objection to form.    14:41:21
```
TSG Reporting - Worldwide    877-702-9580

## Page 216

```
 1          Loeffler
 2     You can answer.                   14:41:22
 3  A.  Two contributions.              14:41:24
 4  Q.  And what was the amount of the first 14:41:25
 5 contribution?                        14:41:27
 6  A.  I am trying to think.  I'd have to  14:41:27
 7 check my checkbook to make sure.     14:41:36
 8  Q.  Could you say whether it was more  14:41:38
 9 than a thousand dollars?             14:41:40
10  A.  No, it was not more than a thousand 14:41:41
11 dollars.                             14:41:42
12  Q.  What about the second contribution? 14:41:42
13  A.  Neither one were more than a     14:41:44
14 thousand dollars.                    14:41:45
15  Q.  And do you know who has received  14:41:46
16 funds from the legal defense fund for legal  14:41:48
17 defense?                             14:41:51
18  A.  No, I don't.                   14:41:52
19  Q.  Do you know whether there is any  14:41:52
20 video surveillance system within the Ocean  14:42:01
21 Beach Police Department facility?    14:42:05
22     MR. WELCH: Today?  Or at any time? 14:42:06
23  Q.  At any time during your service as 14:42:09
24 mayor.                               14:42:11
25     MR. WELCH: As mayor.             14:42:12
```
TSG Reporting - Worldwide    877-702-9580

## Page 217

```
 1          Loeffler
 2  A.  Absolutely, yes.               14:42:14
 3  Q.  And what about during your service 14:42:15
 4 as trustee?                          14:42:17
 5  A.  I don't know.                  14:42:18
 6  Q.  Have you ever seen any video     14:42:20
 7 surveillance footage recorded by a camera in 14:42:22
 8 the Ocean Beach Police Department?   14:42:25
 9  A.  Yes, I have.                   14:42:26
10  Q.  And what area of the Police      14:42:27
11 Department was depicted in that video? 14:42:29
12  A.  The station house, the desk area,  14:42:32
13 the cell area and the squad room.    14:42:39
14  Q.  Were you able to determine how many 14:42:41
15 cameras were -- strike that.         14:42:44
16     Why did you review video from the  14:42:52
17 surveillance camera in the Ocean Beach Police 14:42:54
18 Department?                          14:42:57
19  A.  Because I had the Police Department 14:42:57
20 purchase it.                         14:42:59
21  Q.  And why did you have it purchased? 14:42:59
22  A.  Because the equipment that they had 14:43:02
23 prior to this I was told was not functioning  14:43:04
24 properly, so I had to -- I authorized the  14:43:08
25 Police Department to buy all new equipment. 14:43:10
```
TSG Reporting - Worldwide    877-702-9580

Page 218

```
1              Loeffler
2      Q.   And when did they -- when did you      14:43:13
3  authorize that?                    14:43:14
4      A.   2006.                    14:43:15
5      Q.   And do you recall any specific      14:43:19
6  conduct that was depicted in the video that you   14:43:21
7  reviewed?                        14:43:25
8      A.   No, I just reviewed its set-up.      14:43:25
9      Q.   Did George Hesse ever show you any    14:43:33
10  video that had been recorded from the      14:43:36
11  surveillance cameras inside the --        14:43:38
12     A.   Yes.                    14:43:38
13     Q.   What video did George Hesse show     14:43:39
14  you?                        14:43:41
15     A.   I saw some video of -- in one      14:43:41
16  Memorial Day someone stole the memorial wreaths 14:43:46
17  that were delivered to the Village to be put at  14:43:50
18  the memorial site and they had surveillance    14:43:52
19  cameras in the waiting area for the ferry      14:43:56
20  terminal now and those cameras depicted the    14:43:59
21  person stealing those items and I saw that    14:44:04
22  video.                      14:44:06
23     Q.   Did George Hesse show you any other   14:44:09
24  videos?                      14:44:11
25     A.   No, I haven't seen any other videos.  14:44:11
```

TSG Reporting - Worldwide      877-702-9580

Page 219

```
1              Loeffler
2      Q.   Do you have any information at all    14:44:23
3  concerning a video recording that depicts      14:44:24
4  George Hesse in a cell with a detainee?      14:44:27
5      MR. WELCH:  Objection.          14:44:30
6      A.   I've never seen any.          14:44:31
7      Q.   Have you heard anything like that    14:44:33
8  discussed?                      14:44:35
9      A.   I have not.                14:44:35
10     Q.   Okay.  Do you know who -- strike     14:44:36
11  that.                        14:44:42
12     A.   Could you speak up just a little    14:44:42
13  bit.                        14:44:44
14     Q.   Sure.  Do you know a former police   14:44:44
15  officer at Ocean Beach by the name of Dave    14:44:46
16  Gerdon?                      14:44:48
17     A.   Yes.                    14:44:49
18     Q.   And when did you first hear the name  14:44:49
19  Dave Gerdon?                    14:44:53
20     A.   I have known Dave for twenty years.  14:44:54
21     Q.   And is he currently a police officer  14:44:56
22  at Ocean Beach?                  14:44:58
23     A.   No, he is not.              14:44:59
24     Q.   Do you know when his employment     14:45:00
25  ended?                      14:45:01
```

TSG Reporting - Worldwide      877-702-9580

Page 220

```
1              Loeffler
2      A.   No, I'm not sure.            14:45:02
3      Q.   Do you know why it ended?        14:45:03
4      A.   I believe he was taking materials   14:45:04
5  from the police station, unauthorized materials  14:45:12
6  from the police station.              14:45:15
7      Q.   And what is the basis for that      14:45:16
8  belief?                      14:45:18
9      A.   I believe it was on video        14:45:18
10  surveillance tape.                14:45:21
11     Q.   Did you ever see that video        14:45:22
12  surveillance tape?                14:45:23
13     A.   No, I did not.              14:45:23
14     Q.   Did anyone report to you that that   14:45:24
15  surveillance tape existed?            14:45:26
16     A.   Yes.                    14:45:27
17     Q.   Who reported that to you?        14:45:28
18     A.   George Hesse.              14:45:28
19     Q.   Did George Hesse communicate to you  14:45:29
20  what the nature of the materials that      14:45:31
21  Mr. Gerdon had taken without authorization    14:45:33
22  were?                        14:45:34
23     A.   No, he did not.              14:45:34
24     Q.   Did you ask?                14:45:35
25     A.   No, I did not.              14:45:35
```

TSG Reporting - Worldwide      877-702-9580

Page 221

```
1              Loeffler
2      Q.   Do you know whether -- strike that.  14:45:37
3      Did you learn about this incident      14:45:38
4  prior to the ending of Mr. Gerdon's employment  14:45:45
5  as a police officer?                14:45:48
6      A.   Yes.                    14:45:49
7      MR. WELCH:  Objection to the form.    14:45:49
8      A.   Yes.                    14:45:50
9      Q.   Did you direct that any action      14:45:51
10  should be undertaken in response to that      14:45:53
11  incident?                      14:45:55
12     A.   Yes.                    14:45:55
13     MR. WELCH:  Objection to the form.    14:45:55
14     Q.   What action did you direct should be  14:45:57
15  undertaken?                    14:45:59
16     A.   All the videotapes were turned over  14:46:00
17  to the District Attorney's office for their    14:46:02
18  investigation.                    14:46:07
19     Q.   Do you know whether that        14:46:08
20  investigation ever reached any conclusions?    14:46:09
21     MR. WELCH:  Objection.  To your      14:46:11
22  knowledge.                      14:46:12
23     A.   No, I don't know.            14:46:13
24     Q.   Do you know whether any charges were  14:46:14
25  ever brought against Mr. Gerdon?          14:46:15
```

TSG Reporting - Worldwide      877-702-9580

Page 222

```
1              Loeffler
2    A.  I do not.                    14:46:17
3    Q.  Did anyone ever describe to you the   14:46:18
4  nature of the materials that Mr. Gerdon    14:46:20
5  purportedly had taken from the police office?  14:46:22
6    A.  No.                          14:46:24
7    Q.  Did you ever ask anyone?        14:46:25
8    A.  No.                          14:46:27
9    Q.  Did you ever discuss it with anyone?  14:46:27
10   A.  I was instructed not to.       14:46:29
11   Q.  And who instructed you not to?   14:46:30
12   A.  The District Attorney's office.   14:46:32
13   Q.  When did you get that instruction?  14:46:33
14   A.  When the District Attorney said that  14:46:35
15  they were going to conduct the investigation.  14:46:36
16   Q.  And who specifically in the District  14:46:38
17  Attorney's office?                 14:46:40
18   A.  It came through our attorney's   14:46:41
19  office from ADA -- what's his name?   14:46:42
20       MR. WELCH:  If you don't recall, you  14:46:42
21  don't recall.                      14:46:49
22   Q.  Could it be ADA Spoda?         14:46:53
23   A.  No.  It was Bian --           14:46:56
24   Q.  Biancavilla?                  14:47:10
25   A.  Biancavilla.                  14:47:13
    TSG Reporting - Worldwide    877-702-9580
```

Page 223

```
1              Loeffler
2    Q.  Earlier today you had indicated that  14:47:21
3  you had communications with members of the news  14:47:23
4  media concerning this lawsuit. Do you recall  14:47:26
5  what I am referring to?              14:47:28
6       MR. WELCH:  Objection.          14:47:30
7       You can answer.               14:47:31
8    A.  Yes.                         14:47:32
9    Q.  On how many occasions did you speak  14:47:32
10  with the news media about this lawsuit?  14:47:34
11   A.  On one specific day I spoke to   14:47:35
12  two -- I spoke to Newsday and I spoke to the  14:47:44
13  AP.                               14:47:32
14   Q.  And did you speak to them        14:47:47
15  simultaneously?                    14:47:49
16   A.  No.                          14:47:49
17   Q.  Did a reporter from Newsday request  14:47:50
18  to speak to you?                   14:47:56
19   A.  Yes.                         14:47:57
20   Q.  And did you have an in-person    14:47:57
21  conversation with the reporter for Newsday?  14:48:01
22   A.  Excuse me?                    14:48:03
23   Q.  Did you have an in-person       14:48:03
24  conversation?                      14:48:05
25   A.  No.                          14:48:05
    TSG Reporting - Worldwide    877-702-9580
```

Page 224

```
1              Loeffler
2    Q.  What about the reporter from AP, did  14:48:06
3  that reporter request to speak with you?  14:48:08
4    A.  Yes.                         14:48:09
5    Q.  And did you have an in-person    14:48:10
6  conversation with that reporter?      14:48:12
7    A.  No.                          14:48:12
8    Q.  Do you remember who the reporter was  14:48:13
9  from the AP?                       14:48:14
10   A.  No.                          14:48:15
11   Q.  Do you remember who the reporter was  14:48:15
12  from Newsday?                      14:48:16
13   A.  Sandra Peddie.                 14:48:18
14   Q.  In substance, do you recall what was  14:48:23
15  communicated between you and Sandra Peddie on  14:48:25
16  that occasion?                     14:48:28
17   A.  I think the conversation was that we  14:48:30
18  would have no comment on the ongoing litigation  14:48:33
19  and refer them to our attorneys.     14:48:35
20   Q.  Did you ever make any comments to  14:48:37
21  any reporter for Newsday to the effect that you  14:48:40
22  vowed to create a kinder and gentler Ocean  14:48:45
23  Beach police force?                14:48:50
24       MR. WELCH:  Objection to form.   14:48:51
25       You can answer.               14:48:54
    TSG Reporting - Worldwide    877-702-9580
```

Page 225

```
1              Loeffler
2    A.  I had made that announcement at a  14:48:54
3  board meeting that a Newsday reporter was  14:48:56
4  present at, but I didn't make that presentation  14:48:58
5  to the Newsday reporter.             14:49:00
6    Q.  Okay.  And what was the substance of  14:49:01
7  that announcement?                 14:49:02
8    A.  It was that the crux of the -- or  14:49:04
9  the demeanor of the Police Department was going  14:49:09
10  to change to more of a service-oriented  14:49:11
11  Police Department as opposed to an   14:49:16
12  enforcement-oriented Police Department.  14:49:19
13   Q.  Did you have any conversations with  14:49:20
14  any members of the Village Board of Trustees  14:49:23
15  concerning the subject of that statement prior  14:49:25
16  to your making it at that meeting?   14:49:29
17   A.  Yes.                         14:49:30
18   Q.  And who did you discuss it with?  14:49:31
19   A.  With the entire board before I made  14:49:33
20  the comment.                       14:49:34
21   Q.  And did anyone on the board express  14:49:35
22  any opinions as to the appropriateness of that  14:49:38
23  comment?                          14:49:40
24   A.  They thought it was appropriate.  14:49:41
25   Q.  Did every member of the board    14:49:42
    TSG Reporting - Worldwide    877-702-9580
```

## Page 226

Loeffler

1
2  express that they thought it was appropriate?     14:49:43
3    A.  Yes.                              14:49:45
4    Q.  Do you recall whether Trustee Einig   14:49:45
5  has at any point during your service as mayor   14:49:47
6  or trustee expressed any views as to the     14:49:50
7  enforcement practices of the Ocean Beach Police  14:49:53
8  Department?
9        MR. WELCH:  Object to the form.     14:49:55
10       Do you understand the question?   14:49:57
11       THE WITNESS:  No, I don't.      14:49:58
12   Q.  Has Trustee Einig ever expressed any   14:49:59
13  views that you are aware of during your service  14:50:01
14  as mayor or trustee concerning the strictness   14:50:04
15  of the enforcement policies of the Ocean Beach  14:50:11
16  Police Department?                   14:50:14
17       MR. WELCH:  Object to the form.    14:50:14
18       You can answer, if you understand   14:50:16
19  it.                              14:50:17
20   A.  Yes, he has.                    14:50:17
21   Q.  And what has he said about that    14:50:18
22  subject?                          14:50:20
23   A.  Trustee Einig believes that we      14:50:20
24  should take a stronger position with reference   14:50:23
25  to enforcement than we do at the present time.   14:50:26

TSG Reporting - Worldwide     877-702-9580

## Page 227

Loeffler

1
2    Q.  And has he expressed that view in    14:50:28
3  meetings at the Board of Trustees?         14:50:30
4    A.  Yes, he has.                    14:50:31
5    Q.  Have other members of the Board of   14:50:32
6  Trustees indicated that they share that view?   14:50:34
7        MR. WELCH:  To the extent that these   14:50:36
8  conversations were had in executive session     14:50:38
9  and were -- and counsel was present and        14:50:41
10  counsel was present for the purposes of         14:50:43
11  providing legal advice and legal advice was      14:50:47
12  sought during those conversations, then I       14:50:49
13  would direct you not to answer those            14:50:50
14  questions, but if they weren't, then you       14:50:52
15  can answer.                        14:50:54
16   A.  He has made it known at public       14:50:55
17  meetings.                         14:50:58
18   Q.  Have any other members of the Board   14:51:00
19  of Trustees indicated at those meetings that    14:51:02
20  they shared his view?                  14:51:04
21   A.  No.                           14:51:06
22   Q.  Do you recall having any discussions   14:51:08
23  individually with Trustee Einig about his view   14:51:15
24  on the subject?                     14:51:18
25   A.  Yes.                          14:51:19

TSG Reporting - Worldwide     877-702-9580

## Page 228

Loeffler

1
2    Q.  And do you recall in substance what   14:51:19
3  you discussed with Trustee Einig?          14:51:23
4    A.  No, not really.                  14:51:25
5    Q.  Did you share Trustee Einig's view    14:51:27
6  on the subject?                     14:51:30
7        MR. WELCH:  I am going to object.    14:51:31
8  There is no foundation, and also it's a        14:51:35
9  totally irrelevant line of questioning, but    14:51:38
10  to the extent that you can answer that         14:51:40
11  question, feel free.                  14:51:42
12   A.  I don't share his feelings.         14:51:44
13   Q.  Did you explain ever to Trustee      14:51:46
14  Einig why you did not share his view on that    14:51:49
15  subject?                          14:51:52
16   A.  Yes.                          14:51:52
17   Q.  And what did you express?           14:51:52
18   A.  That I don't share his feelings.     14:51:54
19   Q.  Did you give any reasons why?        14:51:55
20   A.  No.                           14:51:57
21   Q.  Does Trustee Einig still a member of   14:51:58
22  the Board of Trustees at the time that you made  14:52:04
23  the statement that was reported by Newsday at   14:52:06
24  the board meeting concerning a kinder and      14:52:09
25  gentler police force?                 14:52:11

TSG Reporting - Worldwide     877-702-9580

## Page 229

Loeffler

1
2        MR. WELCH:  I am going to object to   14:52:12
3  the form.  There has been absolutely no       14:52:14
4  evidence or foundation laid as to when this    14:52:15
5  time frame was, whether he was the mayor or    14:52:16
6  as the trustee.  Can you just establish       14:52:19
7  when the time frame was of this?           14:52:25
8        MR. GRAFF:  Sure.               14:52:27
9    Q.  When did you make that statement     14:52:27
10  that was reported in Newsday?            14:52:28
11   A.  I don't remember.                14:52:29
12   Q.  What position did you hold at Ocean   14:52:30
13  Beach at the time?                   14:52:32
14   A.  I was the mayor.                 14:52:32
15       MR. WELCH:  So this was after then    14:52:34
16  you became mayor?                   14:52:36
17       THE WITNESS:  Yes, after.         14:52:36
18       MR. WELCH:  After '07.            14:52:37
19       THE WITNESS:  '06.               14:52:39
20   Q.  Was Trustee Einig then a member of   14:52:42
21  the Board of Trustees?                 14:52:44
22   A.  Yes, he was.                    14:52:45
23   Q.  Did he express support for the      14:52:46
24  statement that you made about the kinder and   14:52:53
25  gentler police force?                 14:52:55

TSG Reporting - Worldwide     877-702-9580

Page 230

```
 1          Loeffler
 2       MR. WELCH: Objection. Asked and     14:52:57
 3   answered.                14:52:57
 4       You can answer it again.        14:52:57
 5   A.   For that statement he did. He may   14:52:59
 6   not have totally agreed with my position, but   14:53:02
 7   he believed that -- he did support me in that   14:53:05
 8   statement.             14:53:08
 9   Q.   Was George Hesse present at that   14:53:09
10   meeting?              14:53:11
11   A.   I don't believe so.          14:53:11
12   Q.   Do you recall whether there was a   14:53:14
13   point in time during your service as trustee   14:53:19
14   when George Hesse was transferred either to or   14:53:23
15   from the day shift to the night shift?   14:53:32
16   A.   No, I don't remember that.       14:53:35
17   Q.   On the occasion when you advised   14:53:37
18   Frank Fiorillo not to arrest or serve a   14:53:47
19   citation to Mike Loeffler, did you know how   14:53:50
20   Frank Fiorillo -- strike that.       14:53:58
21       Do you know if there was a report to   14:54:07
22   the Police Department that the barbecue in   14:54:08
23   question had been stolen?         14:54:10
24   A.   I don't know.           14:54:11
25   Q.   Did you ever have any conversation   14:54:12
```

TSG Reporting - Worldwide    877-702-9580

Page 231

```
 1          Loeffler
 2   with Frank Fiorillo, whether or not others were   14:54:19
 3   present, did you ever speak with Frank Fiorillo   14:54:22
 4   about Richard Bosetti?          14:54:25
 5       MR. WELCH: Objection. Asked and     14:54:26
 6   answered.                14:54:27
 7       You can answer it again.        14:54:27
 8   A.   No.               14:54:28
 9   Q.   Did you ever speak with Frank      14:54:29
10   Fiorillo about Gary Bosetti?        14:54:30
11   A.   No.               14:54:31
12   Q.   Did you ever speak with any of the   14:54:32
13   plaintiffs in this lawsuit about either of   14:54:34
14   those individuals?            14:54:36
15   A.   No.               14:54:36
16   Q.   Other than your service as mayor and   14:54:37
17   police commissioner, have you ever served in   14:54:55
18   any other capacity in Ocean Beach, whether as a   14:54:57
19   volunteer or for pay?           14:55:00
20   A.   No.               14:55:01
21   Q.   Do you ever drive an Ocean Beach   14:55:02
22   rescue vehicle?             14:55:06
23   A.   Absolutely. You just said for pay,   14:55:07
24   didn't you?               14:55:10
25   Q.   Whether or not for pay.        14:55:10
```

TSG Reporting - Worldwide    877-702-9580

Page 232

```
 1          Loeffler
 2   A.   I didn't hear you say "whether or   14:55:11
 3   not." I'm sorry. Yes, I'm a member of the   14:55:13
 4   Fire Department.            14:55:14
 5       MR. WELCH: Is that a volunteer   14:55:15
 6   position?               14:55:17
 7       THE WITNESS: It's a volunteer   14:55:18
 8   position.               14:55:19
 9   Q.   Do you recall ever responding in the   14:55:19
10   Ocean Beach rescue vehicle to an incident   14:55:24
11   involving domestic violence wherein the male   14:55:27
12   and the female and a small baby were in the   14:55:33
13   Ocean Beach police station together?   14:55:36
14       MR. WELCH: Object to the form.   14:55:38
15   Compound.               14:55:39
16       You can answer.           14:55:39
17   A.   No, I don't recall.          14:55:40
18       MR. GRAFF: I'd like to ask the   14:55:53
19   court reporter to please mark as     14:55:55
20   Exhibit Loeffler 13 a one-page document   14:55:59
21   produced to us by Ocean Beach bearing Bates   14:56:01
22   number 5419.              14:56:03
23       (Loeffler Exhibit 13, letter dated   14:56:21
24   April 6, 2007, Bates stamped 005419, marked   14:56:21
25   for identification.)           14:56:39
```

TSG Reporting - Worldwide    877-702-9580

Page 233

```
 1          Loeffler
 2   Q.   After your counsel is finished   14:56:39
 3   comparing your version and his version of the   14:56:41
 4   document, if you could please take a look at   14:56:43
 5   the document and tell me if this is something   14:56:45
 6   you have seen before.          14:56:47
 7       MR. WELCH: Have you seen this   14:56:48
 8   before, yes or no?            14:56:49
 9       (Document review.)          14:56:54
10   A.   Yes, I have.            14:57:04
11   Q.   And when did you first see the   14:57:07
12   document?               14:57:10
13   A.   I guess in April of '07.       14:57:11
14   Q.   The document is dated April 6, 2007?   14:57:18
15   A.   Yes.               14:57:21
16   Q.   The document states: "Dear Officer   14:57:22
17   Hardman, due to the impending litigation and   14:57:30
18   under advice of counsel, the Village cannot   14:57:32
19   rehire you for the 2007 summer season."   14:57:34
20       Do you know what the impending   14:57:36
21   litigation referenced in this document is?   14:57:39
22   A.   I wouldn't -- I don't know. I don't   14:57:41
23   want to guess at it.          14:57:50
24   Q.   And would you be guessing between   14:57:52
25   multiple possibilities that you believe it   14:57:56
```

TSG Reporting - Worldwide    877-702-9580

Page 234

```
 1          Loeffler
 2 could be, or is there only one that you think   14:57:57
 3 it could?                     14:57:59
 4      MR. WELCH:  Well, he said he is    14:58:00
 5 going to be guessing.  he is not going to   14:58:01
 6 guess at any possibility, so...      14:58:03
 7   A.  I'm not gonna guess.  I don't know.   14:58:05
 8   Q.   Okay.  I will continue reading.  "All   14:58:06
 9 department equipment must be secured and turned   14:58:07
10 in by April 20th, 2006.  All contact must be   14:58:10
11 through officer Paul Trosko.  He will give you   14:58:12
12 a detailed receipt for all equipment.  I     14:58:15
13 apologize for any inconvenience this has caused   14:58:17
14 and if there is anything I can do, please call.   14:58:18
15 Keep the faith, respectfully, George B. Hesse."   14:58:20
16 CC Joseph Loeffler, Mayor/Police Commissioner,   14:58:24
17 Mary Anne Minerva, Kenneth Gray, Village     14:58:25
18 Attorney.                   14:58:27
19      Did you have any conversations with   14:58:28
20 George Hesse concerning what's set forth in   14:58:31
21 this document?               14:58:33
22   A.  Yes, I did, but those conversations   14:58:34
23 were during executive session with the presence   14:58:39
24 of counsel that we used to advise us on the   14:58:42
25 issue.                     14:58:45
```
TSG Reporting - Worldwide    877-702-9580

Page 235

```
 1          Loeffler
 2   Q.   Then I won't ask you to testify to   14:58:46
 3 those matters.               14:58:49
 4      If you look up to the top right-hand   14:58:49
 5 corner of the document in the header it says   14:58:51
 6 George B. Hesse, Chief of Police.     14:58:54
 7      Was George Hesse ever the chief of   14:58:55
 8 police in Ocean Beach?          14:58:57
 9   A.  No, he was not.           14:58:57
10   Q.   What was George Hesse's position in   14:59:02
11 the Ocean Beach Police Department on April 6,   14:59:04
12 2007?                     14:59:06
13   A.  I don't know if that was after that   14:59:06
14 letter I wrote or not.          14:59:06
15      THE COURT REPORTER:  I can't hear   14:59:06
16 you.                      14:59:06
17      THE WITNESS:  Oh, I'm sorry.     14:59:06
18   A.  I don't know if that was after the   14:59:27
19 order that I gave to him removing him from duty   14:59:29
20 or not.                   14:59:32
21   Q.   Are you referring to Loeffler 8?   14:59:33
22 Maybe if I could put that in front of you to --   14:59:35
23 is that the order you are referring to?   14:59:41
24   A.  Yes.                14:59:43
25   Q.   And that order is dated March 26,   14:59:43
```
TSG Reporting - Worldwide    877-702-9580

Page 236

```
 1          Loeffler
 2 2007?                     14:59:45
 3   A.  Yes, it is.            14:59:45
 4   Q.   And April 6, 2007 is obviously    14:59:46
 5 subsequent to March 26, 2007; correct?   14:59:49
 6   A.  Yes, it is.            14:59:51
 7   Q.   Does George Hesse having written   14:59:52
 8 this letter concerning Officer Hardman's   14:59:56
 9 employment under the heading George B. Hesse,   14:59:58
10 Chief of Police, does that in any way violate   15:00:01
11 the terms of Loeffler 8, as you understand   15:00:03
12 them?                     15:00:06
13      MR. WELCH:  Objection to the extent   15:00:07
14 that it calls for a legal conclusion, and   15:00:09
15 also there is no foundation whatsoever and   15:00:12
16 that this witness didn't actually draft   15:00:15
17 this document and -- but to that extent you   15:00:18
18 can answer the question.        15:00:22
19   A.  I believe the document was drafted   15:00:25
20 by George at the direction of counsel and the   15:00:27
21 board.                     15:00:31
22   Q.   Do you recall whether George Hesse   15:00:31
23 obtained board approval before sending this   15:00:34
24 document?                  15:00:36
25   A.  It was done at the direction of the   15:00:37
```
TSG Reporting - Worldwide    877-702-9580

Page 237

```
 1          Loeffler
 2 board, so I would assume that meant it must be   15:00:38
 3 approved.                  15:00:41
 4   Q.   Have any of the things that we have   15:00:54
 5 been discussing in the last several minutes   15:00:56
 6 refreshed your recollection as to the nature of   15:00:58
 7 the impending litigation that's referenced in   15:01:00
 8 Loeffler 13?               15:01:01
 9      MR. WELCH:  Objection to the form.   15:01:02
10 And I don't know what you are referring to   15:01:09
11 but if the witness was referring to, as far   15:01:10
12 as the last several minutes of your      15:01:12
13 conversation, you can answer the question.   15:01:14
14 If you don't, then you can ask him to     15:01:16
15 rephrase it.               15:01:18
16      Is your recollection refreshed by   15:01:22
17 your prior conversation this past few     15:01:24
18 minutes?                  15:01:24
19   Q.   You know what, to avoid any     15:01:25
20 ambiguity, do you, as you sit here now, recall   15:01:27
21 what the nature of the impending litigation   15:01:30
22 referenced in Loeffler 13 is?     15:01:33
23   A.  It was the --            15:01:35
24      MR. WELCH:  Objection.  Asked and   15:01:36
25 answered.                  15:01:37
```
TSG Reporting - Worldwide    877-702-9580

Page 238

```
1              Loeffler
2          You can answer it.          15:01:37
3      A.   Probably I don't want "probably."  15:01:38
4   It was the arrest of certain police officers  15:01:47
5   within the Police Department.       15:01:50
6      Q.   Which police officers?      15:01:52
7      A.   Hardman and Hesse.          15:01:53
8      Q.   Were any other officers arrested as  15:01:56
9   part of that impending litigation?  15:01:59
10     A.   Emburey and Carollo.        15:02:00
11         MR. GRAFF:  I am going to ask the  15:02:14
12  court reporter to please mark as    15:02:15
13  Exhibit Loeffler 14 a one-page document  15:02:17
14  produced by Ocean Beach bearing Bates  15:02:19
15  number 4431.                       15:02:21
16     (Loeffler Exhibit 14, letter dated  15:02:50
17  August 6, 2007, Bates stamped 004431,  15:02:50
18  marked for identification.)         15:02:50
19     Q.   Mayor Loeffler, when your counsel is  15:02:59
20  finished reviewing the document, if you could  15:03:01
21  please review the document yourself and let me  15:03:02
22  know if this is a document you have seen  15:03:04
23  before?                            15:03:06
24         MR. WELCH:  Have you seen this  15:03:06
25  before?                            15:03:07
```
TSG Reporting - Worldwide    877-702-9580

Page 239

```
1              Loeffler
2          (Document review.)          15:03:08
3      A.   Yes, sir.                   15:03:08
4      Q.   Is this a letter that you wrote?  15:03:22
5      A.   Yes, it is.                 15:03:24
6      Q.   Why did you write this letter?  15:03:25
7         MR. WELCH:  To the extent that it  15:03:27
8   may call for privilege with counsel,  15:03:28
9   attorney/client privilege.  If it doesn't,  15:03:32
10  you can answer.  If it does, to the extent  15:03:35
11  that you drafted this as a result of  15:03:37
12  conversations with counsel, then I direct  15:03:38
13  you not to answer the question.     15:03:40
14     A.   This was done under advice of  15:03:41
15  counsel.  This letter was written under the  15:03:43
16  advice of counsel.                 15:03:47
17     Q.   Was Paul Carollo arrested, to your  15:03:48
18  knowledge, at the same time as Officer Hardman?  15:03:52
19     A.   Yes.                        15:03:54
20     Q.   And, to your knowledge, was Paul  15:03:56
21  Carollo rehired in the 2007 season?  15:04:00
22     A.   I don't know.               15:04:04
23     Q.   When you write:  "Dear Officer  15:04:08
24  Carollo, Civil Service rules and regulations  15:04:10
25  require you to work at least one tour during  15:04:13
```
TSG Reporting - Worldwide    877-702-9580

Page 240

```
1              Loeffler
2   the calendar year," what is the source of your  15:04:15
3   knowledge about those civil service rules and  15:04:18
4   regulations?                       15:04:20
5         MR. WELCH:  To the extent you did  15:04:21
6   not learn it -- to the extent you learned  15:04:22
7   that outside of conversations with counsel,  15:04:23
8   you can answer.                    15:04:24
9          Do you have an independent --  15:04:26
10     A.   I would think it came from counsel.  15:04:28
11  I would believe it came from counsel.  I'm not  15:04:32
12  versed on Civil Service law.        15:04:33
13     Q.   When you wrote:  "You may work one  15:04:35
14  tour for the Village under modified duty  15:04:40
15  assignment to fulfill the requirement and  15:04:42
16  maintain your status," what status were you  15:04:44
17  referring to?                      15:04:46
18     A.   Police officer.             15:04:47
19     Q.   And when you refer to modified duty  15:04:48
20  assignment, what was the nature of the modified  15:04:50
21  duty assignment?                   15:04:53
22     A.   It would be without your weapon, it  15:04:54
23  would be of a clerical nature, no weapon, no  15:04:57
24  badge, civilian clothes.  The same restrictions  15:05:01
25  that were put onto Patrolman Hesse.  15:05:04
```
TSG Reporting - Worldwide    877-702-9580

Page 241

```
1              Loeffler
2          THE COURT REPORTER:  "Put onto" --  15:05:04
3          THE WITNESS:  Police Officer Hesse.  15:05:09
4      Q.   When you wrote:  "Hopefully you will  15:05:09
5   take advantage of this opportunity.  Upon the  15:05:11
6   successful completion of court actions, we  15:05:13
7   would like to reinstate you to your previous  15:05:16
8   assignment," what were the court actions that  15:05:16
9   you are referring to?               15:05:18
10     A.   The arrest.                 15:05:19
11     Q.   Do you know what charges, if any,  15:05:25
12  were brought against Paul Carollo?  15:05:27
13     A.   Paul Carollo was arrested, but I  15:05:30
14  don't know what the charges were.   15:05:32
15     Q.   Do you know -- strike that.  15:05:33
16          Do you know why this letter to Paul  15:05:50
17  Carollo was from you rather than from George  15:05:52
18  Hesse?                             15:05:54
19         MR. WELCH:  Objection.  To the  15:05:55
20  extent it calls for conversations you may  15:05:55
21  have had with counsel or at the direction  15:05:57
22  of counsel or on advice of counsel, I  15:05:59
23  direct you not to answer, but to the extent  15:06:01
24  that it is outside of that, those caveats,  15:06:03
25  you can answer.                    15:06:05
```
TSG Reporting - Worldwide    877-702-9580

Page 242

```
1              Loeffler
2      A.  I would -- obviously I was directed   15:06:07
3  by counsel to do this and that's what I did.   15:06:09
4      Q.  Do you know whether Officer Carollo   15:06:14
5  worked one tour under modified duty assignment  15:06:17
6  subsequent to your drafting of this letter?   15:06:20
7      A.  I don't know that.          15:06:22
8      Q.  Did you ever have any conversations   15:06:24
9  with Paul Carollo about this letter?      15:06:25
10     A.  No, sir.           15:06:27
11     Q.  Did you have any conversations with   15:06:27
12 Paul Carollo subsequent to August 6, 2007?   15:06:29
13     A.  No.            15:06:32
14     Q.  None at all?           15:06:32
15     A.  None at all.           15:06:33
16     Q.  What about Officer Hardman, did you   15:06:38
17 have any conversations with him subsequent to   15:06:40
18 April 6, 2007?           15:06:42
19     A.  No.            15:06:43
20     Q.  Did you have any conversations with   15:06:44
21 George Hesse about his arrest?        15:06:59
22     A.  Yes.            15:07:00
23     Q.  How many times have you spoken with   15:07:06
24 George Hesse about his arrest?        15:07:08
25     A.  I don't know.          15:07:12
```
TSG Reporting - Worldwide    877-702-9580

Page 243

```
1              Loeffler
2      Q.  Can you recall anything that was    15:07:17
3  discussed between the two of you about his   15:07:20
4  arrest?            15:07:21
5      MR. WELCH:  Just the arrest?  Is    15:07:23
6  that all you are asking about?       15:07:24
7      MR. GRAFF:  The arrest and any     15:07:26
8  charges that were brought against him.    15:07:28
9      A.  The charges were false and he was   15:07:29
10 going to be exonerated.  That's what he   15:07:31
11 believed.           15:07:31
12     THE COURT REPORTER:  I'm sorry?     15:07:31
13     A.  That the charges were false and he  15:07:34
14 would be fully exonerated.  That was his   15:07:35
15 belief.  That's what he expressed to me.   15:07:38
16     Q.  Did he communicate to you what those  15:07:40
17 charges were?           15:07:43
18     A.  No.            15:07:43
19     Q.  Do you have any understanding of   15:07:43
20 what those charges are, as you sit here today?  15:07:45
21     MR. WELCH:  Objection.        15:07:49
22     You can answer.          15:07:50
23     A.  He was charged with an assault.    15:07:50
24     Q.  Did you have any conversations with  15:07:52
25 George Hesse concerning the incident that was  15:07:55
```
TSG Reporting - Worldwide    877-702-9580

Page 244

```
1              Loeffler
2  charged as an assault?          15:07:57
3      A.  No.            15:07:58
4      MR. WELCH:  Objection.        15:07:59
5      A.  No, I did not.          15:08:00
6      Q.  Did you ever learn from anyone other  15:08:07
7  than your counsel any information about the   15:08:09
8  events that were charged as an assault?    15:08:13
9      A.  I don't understand the question.    15:08:15
10     Q.  Well, presumably something happened  15:08:18
11 and on the basis of that George Hesse was   15:08:23
12 charged with an assault.  I'm asking now if you  15:08:25
13 are aware of what it was that happened that led  15:08:28
14 him to be charged with an assault.      15:08:30
15     MR. WELCH:  Objection.  Form.     15:08:34
16 Foundation.  Why don't you just ask him if   15:08:34
17 he is aware of whatever incident was the   15:08:35
18 underlying result of the indictment of    15:08:37
19 George Hesse.  Just ask him.       15:08:39
20     Q.  Are you aware?          15:08:41
21     A.  Yes.            15:08:41
22     Q.  What is the underlying incident?    15:08:42
23     A.  There is an allegation that there   15:08:43
24 was an assault that took place within the   15:08:45
25 police station and George Hesse was the    15:08:47
```
TSG Reporting - Worldwide    877-702-9580

Page 245

```
1              Loeffler
2  perpetrator of that assault.        15:08:50
3      Q.  Did you ever discuss the purported   15:08:51
4  assault with George Hesse?        15:08:53
5      A.  No, I have not.          15:08:55
6      Q.  Did you ever discuss it with any    15:08:56
7  officers at the Ocean Beach Police Department?  15:08:57
8      A.  No.            15:08:57
9      Q.  Did you ever discuss it with any    15:08:58
10 employee of Ocean Beach?        15:09:00
11     A.  No, I have not.          15:09:01
12     Q.  Is that incident the first incident   15:09:13
13 that you are aware of wherein George Hesse has  15:09:14
14 been accused of assaulting a civilian in the   15:09:22
15 course of his duties as an employee of the   15:09:22
16 Ocean Beach Police Department?       15:09:24
17     MR. WELCH:  Objection to the form.    15:09:25
18     You can answer.          15:09:26
19     A.  No, it's not.          15:09:30
20     Q.  How many prior incidents are you    15:09:31
21 aware of?           15:09:33
22     A.  One.            15:09:33
23     Q.  And what incident are you referring  15:09:34
24 to?             15:09:36
25     A.  Prisco V Ocean Beach, there is a   15:09:36
```
TSG Reporting - Worldwide    877-702-9580

Page 246

```
1            Loeffler
2  pending lawsuit.                    15:09:40
3     Q.  Did you ever have any discussions   15:09:41
4  with George Hesse about that lawsuit?   15:09:43
5     A.  Nope.                        15:09:44
6     Q.  Do you know what's alleged in that   15:09:44
7  lawsuit?                            15:09:47
8     A.  I am trying to think if I read the   15:09:47
9  allegations.  No, I don't think I ever read   15:09:54
10 that one.                           15:09:58
11    Q.  When George Hesse expressed to you   15:09:58
12 that the charges in the more recent lawsuit   15:10:02
13 were without merit and he would be exonerated,   15:10:05
14 do you believe that they are without merit and   15:10:12
15 will be -- and he will be exonerated?   15:10:14
16    MR. WELCH:  Objection.         15:10:17
17    MR. CONNOLLY:  Objection.      15:10:18
18    MR. WELCH:  Why don't you ask him if   15:10:18
19 he has any personal knowledge of the   15:10:19
20 incident.  That would be an appropriate   15:10:22
21 question.  Otherwise it's an entirely   15:10:23
22 irrelevant line of inquiry as to what he   15:10:24
23 believes as far as the legitimacy or merit   15:10:26
24 to the allegations as against Mr. Hesse.   15:10:27
25    MR. GRAFF:  Let me ask a different   15:10:29
```

TSG Reporting - Worldwide    877-702-9580

Page 247

```
1            Loeffler
2  question.                           15:10:30
3     MR. WELCH:  Is that question      15:10:31
4  withdrawn?  Are you withdrawing that   15:10:32
5  question?                           15:10:32
6     MR. GRAFF:  I am asking a different   15:10:32
7  question than that question.        15:10:33
8     MR. WELCH:  So then withdrawn.  You   15:10:34
9  can answer his next question.       15:10:36
10    MR. GRAFF:  Presumably you will want   15:10:37
11 to wait to hear it, but...          15:10:38
12    MR. WELCH:  We are all waiting.   15:10:41
13    Q.  Did you ever make any statements to   15:10:43
14 anyone else to the effect that the charges   15:10:49
15 against George Hesse were without merit and   15:10:51
16 that he would be exonerated?        15:10:53
17    MR. WELCH:  Objection.          15:10:55
18    You can answer.                15:10:56
19    A.  Yeah, I did.                15:10:58
20    Q.  And who did you make such   15:11:00
21 statements --                       15:11:00
22    A.  Everybody I know.            15:11:01
23    Q.  Did you ever make such statements to   15:11:03
24 the press?                          15:11:05
25    A.  I don't recall.              15:11:05
```

TSG Reporting - Worldwide    877-702-9580

Page 248

```
1            Loeffler
2     Q.  When you made those statements, did   15:11:09
3  you believe them to be true?        15:11:11
4     A.  Yes, I did.                  15:11:12
5     Q.  As you sit here today, do you   15:11:13
6  believe them to be true?            15:11:15
7     A.  Yes, I do.                   15:11:16
8     MR. WELCH:  Objection.          15:11:17
9     You can answer.                15:11:17
10    Q.  Mayor Loeffler, just to go back very   15:11:36
11 quickly to something that we had touched on   15:11:38
12 earlier, did you ever accidentally shoot your   15:11:40
13 brother, Alan Loeffler?             15:11:43
14    MR. WELCH:  Objection.          15:11:44
15    You can answer.                15:11:45
16    A.  Yes.                        15:11:45
17    Q.  So when I asked you earlier today if   15:11:46
18 you had ever shot anyone inadvertently, why   15:11:51
19 didn't you tell me that you had accidentally   15:11:54
20 shot your brother, Alan Loeffler?   15:11:56
21    A.  I was five years old.  I forgot   15:11:58
22 about that.                         15:12:00
23    Q.  You were five years old at the time   15:12:01
24 of that shooting?                   15:12:03
25    A.  Uh-huh.                      15:12:03
```

TSG Reporting - Worldwide    877-702-9580

Page 249

```
1            Loeffler
2     MR. WELCH:  Is that a yes?        15:12:04
3     A.  Yes, I was five years old.  Six.  He   15:12:05
4  was five.                           15:12:07
5     Q.  Do you know whether your brother,   15:12:08
6  Alan Loeffler, sustained any permanent   15:12:09
7  injuries from --                    15:12:14
8     MR. WELCH:  Objection.  Ari, what is   15:12:14
9  the relevance of this line of inquiry?   15:12:15
10 This is palpably improper and now you are   15:12:17
11 harassing Mr. Loeffler.             15:12:20
12    MR. GRAFF:  This is really my last   15:12:20
13 question on that --                 15:12:22
14    MR. WELCH:  That's your only   15:12:22
15 question, because I am not going to allow   15:12:23
16 him to answer that question.        15:12:25
17    MR. GRAFF:  You are instructing him   15:12:25
18 not to --                           15:12:25
19    MR. WELCH:  I am instructing him not   15:12:25
20 to answer that question.  You can call the   15:12:26
21 court right now if you want to ask him when   15:12:28
22 he may have shot his brother accidentally   15:12:29
23 when his brother was five years old, when   15:12:30
24 he was five years old, which was what, how   15:12:32
25 many years, fifty years ago approximately?   15:12:32
```

TSG Reporting - Worldwide    877-702-9580

Page 250

```
1              Loeffler
2       THE WITNESS:  Fifty-five years ago.   15:12:36
3       MR. WELCH:  Fifty-five years ago.   15:12:36
4       MR. GRAFF:  I can ask a more   15:12:37
5  specific question.   15:12:38
6       Q.  Do you know whether as a result of   15:12:39
7  being shot on that occasion there was any   15:12:40
8  impact on Alan Loeffler's ability to serve as a   15:12:42
9  police officer as an adult?   15:12:46
10      A.  No.   15:12:49
11      MR. WELCH:  Objection to form.   15:12:49
12      A.  No.   15:12:50
13      Q.  Are you aware that the Complaint in   15:12:58
14  this lawsuit includes certain allegations about   15:12:59
15  an incident that occurred at Houser's Bar on   15:13:02
16  Halloween 2004?   15:13:04
17      A.  Yes.   15:13:06
18      MR. WELCH:  Objection.   15:13:07
19      You can answer.   15:13:08
20      Q.  If I refer to the Halloween   15:13:09
21  incident, will you understand what I am   15:13:11
22  referring to?   15:13:12
23      A.  Yes.   15:13:13
24      Q.  When did you first learn any   15:13:14
25  information about any events involved in the   15:13:19
```
TSG Reporting - Worldwide      877-702-9580

Page 251

```
1              Loeffler
2  Halloween incident?   15:13:22
3      A.  The night of the incident.   15:13:23
4      Q.  And how did you come to learn of the   15:13:28
5  incident on that night?   15:13:30
6      A.  I was driving the Ocean Beach   15:13:31
7  volunteer Fire Department ambulance.  We were   15:13:34
8  toned out by Yaphank fire central to respond to   15:13:37
9  the Ocean Beach police station referencing an   15:13:42
10  assault.  So I responded to the firehouse, I'm   15:13:49
11  a chauffeur for the ambulance, and I drove the   15:13:54
12  ambulance to the police station.   15:13:57
13      Q.  Did you get out of the ambulance?   15:13:58
14      A.  Yes.   15:14:00
15      Q.  Did you go into the police station?   15:14:00
16      A.  Yes.   15:14:02
17      Q.  Could you describe as much as you   15:14:02
18  remember of what happened from the time you   15:14:04
19  entered the police station until you exited it.   15:14:06
20      A.  I carried in -- I parked the vehicle   15:14:10
21  in front of the police station.  The paramedics   15:14:14
22  got out of the vehicle.  I carried in the jump   15:14:18
23  bag or the paramedic bag.  I was greeted at the   15:14:21
24  entrance to the squad room by Kevin Lamm.   15:14:25
25  Kevin Lamm said to me "we've got a guy here hit   15:14:29
```
TSG Reporting - Worldwide      877-702-9580

Page 252

```
1              Loeffler
2  in the head with a pool cue." I said to Kevin,   15:14:35
3  Officer Lamm, "sounds like you might have an   15:14:39
4  assault 2, you should call a third squad." I   15:14:42
5  put the bag done and I went outside.   15:14:46
6      Q.  Do you recall where you were   15:14:49
7  standing when you made the comment to Officer   15:14:50
8  Lamm about assault 2?   15:14:52
9      A.  Right in the doorway.   15:14:53
10      Q.  Were you leaning on the doorway?   15:14:55
11      A.  No.  He was.   15:14:57
12      Q.  And what happened when you left the   15:15:03
13  police station?   15:15:07
14      A.  I went out in the ambulance and sat   15:15:07
15  in the ambulance.   15:15:09
16      Q.  And at a certain point did you do   15:15:10
17  something else?   15:15:13
18      MR. WELCH:  Objection to the form.   15:15:14
19      You can answer.   15:15:16
20      A.  I wait -- I waited for the   15:15:16
21  paramedics to complete their assignment and   15:15:19
22  the -- they placed the subject on a police boat   15:15:27
23  for transportation to the mainland and we   15:15:29
24  packed up the rig and went home.   15:15:32
25      Q.  Other than the brief communication   15:15:34
```
TSG Reporting - Worldwide      877-702-9580

Page 253

```
1              Loeffler
2  with Officer Lamm that you have already   15:15:37
3  testified to, did you speak with anybody else   15:15:39
4  that night?   15:15:41
5      A.  No.   15:15:41
6      Q.  The next day did you speak to   15:15:42
7  anybody else -- to anybody at all about the   15:15:48
8  events of the night before?   15:15:51
9      A.  No.   15:15:52
10      Q.  When was the first time, if at all,   15:15:52
11  that you spoke to anybody about the events of   15:15:56
12  that night?   15:15:57
13      A.  Maybe Monday or Tuesday.   15:15:58
14      Q.  What day of the week was the   15:16:03
15  Halloween incident?   15:16:04
16      A.  I believe it was a Saturday.   15:16:05
17      Q.  And who is the first person who you   15:16:08
18  spoke to about that incident?   15:16:10
19      A.  Mary Anne Minerva.   15:16:11
20      Q.  What did you say to Mary Anne   15:16:12
21  Minerva?   15:16:14
22      A.  She told me that there was an   15:16:14
23  incident that took place at the Halloween -- at   15:16:16
24  Houser's Hotel and it involved the Bosetti   15:16:19
25  brothers.   15:16:22
```
TSG Reporting - Worldwide      877-702-9580

Page 254

```
1           Loeffler
2     Q.   On the night of the incident, were      15:16:22
3  you aware that it involved the Bosetti           15:16:24
4  brothers?                                        15:16:27
5     A.  No.                                       15:16:27
6     Q.   Did you have any information on the      15:16:27
7  night of the incident as to who was involved?   15:16:30
8     A.  No.                               15:16:33
9     Q.   Were you then serving as a member of    15:16:33
10  the Village Board of Trustees?                  15:16:39
11    A.  Yes.                              15:16:40
12    Q.   And the mayor at that time was Mayor     15:16:41
13  Rogers?                                         15:16:47
14    A.  Yes.                              15:16:47
15    Q.   Did you ever have any conversations      15:16:48
16  with Mayor Rogers about the Halloween incident? 15:16:49
17    A.  Not that I recall.               15:16:52
18    Q.   After your conversation with            15:16:58
19  Mary Anne Minerva, do you recall who you spoke  15:17:00
20  to next about the Halloween incident?           15:17:02
21        MR. WELCH:  If anyone.           15:17:04
22    A.  Yes.                             15:17:06
23    Q.   Who is the next person you spoke to?     15:17:11
24    A.  George Hesse.                    15:17:13
25    Q.   And when did you have that             15:17:16
```
TSG Reporting - Worldwide    877-702-9580

Page 255

```
1           Loeffler
2  conversation with George Hesse?                  15:17:19
3     A.  A couple of days later.          15:17:20
4     Q.   In substance, what was discussed         15:17:22
5  between you and George Hesse?                    15:17:24
6     A.  I asked him what was going on and he  15:17:25
7  said that Chief Paradiso had instructed him to  15:17:28
8  conduct an investigation, that the             15:17:33
9  investigation that was done that night was      15:17:34
10  improper, and that Chief Paradiso had           15:17:36
11  instructed him to conduct an investigation to   15:17:38
12  find out exactly what happened, and that's what 15:17:41
13  he was going to do.                            15:17:43
14    Q.   Did you ask him in what way the         15:17:44
15  investigation conducted on the night of was     15:17:46
16  improper?                                       15:17:49
17    A.  No, I did not.                  15:17:49
18    Q.   Did you think you understood what he     15:17:50
19  was talking about?                             15:17:51
20        MR. WELCH:  Objection.           15:17:52
21        You can answer.                 15:17:53
22    A.  No, I don't know what he was talking  15:17:54
23  about.                                 15:17:55
24    Q.   Were you a detective with the          15:17:55
25  Suffolk County Police Department at that time?  15:17:57
```
TSG Reporting - Worldwide    877-702-9580

Page 256

```
1           Loeffler
2     A.  Yes, I was.                      15:17:58
3     Q.   Other than what you have already        15:17:59
4  testified to about that conversation with       15:18:08
5  George Hesse, was anything else communicated    15:18:09
6  between the two of you in that conversation?     15:18:11
7     A.  No.                             15:18:13
8     Q.   Who, if anyone, did you speak to        15:18:13
9  about the Halloween incident following that     15:18:13
10  conversation with George Hesse?                 15:18:18
11    A.  I don't recall who I spoke to, if   15:18:23
12  anybody.                               15:18:30
13    Q.   Did you ever speak to anybody about     15:18:31
14  the Halloween incident for the purpose of       15:18:35
15  obtaining further information about what        15:18:37
16  happened that night?                           15:18:38
17        MR. WELCH:  Object to the form.   15:18:39
18        You can answer.                 15:18:40
19    A.  No.                             15:18:42
20    Q.   Between the conversation with George    15:18:43
21  Hesse that you testified to and today, have you 15:18:47
22  had any conversations that you can recall with  15:18:52
23  anybody about the Halloween incident other than 15:18:54
24  your counsel?                                   15:18:56
25    A.  Yes.                             15:18:57
```
TSG Reporting - Worldwide    877-702-9580

Page 257

```
1           Loeffler
2     Q.   And who can you recall having           15:18:57
3  conversations with about that incident?          15:18:59
4     A.  The Suffolk County District           15:19:00
5  Attorney's office.                             15:19:02
6     Q.   Who specifically?                      15:19:02
7     A.  ADA Biancavilla.                 15:19:03
8     Q.   And did you speak with that ADA on     15:19:08
9  more than one occasion?                         15:19:12
10    A.  No, just once.                   15:19:12
11    Q.   And did he initiate that             15:19:13
12  communication?                                 15:19:16
13    A.  Yes, he did.                     15:19:16
14    Q.   Did he call you?                      15:19:17
15    A.  He called my counsel.            15:19:18
16    Q.   And did you ever speak with him        15:19:20
17  directly?                                       15:19:22
18    A.  Yes.                             15:19:23
19    Q.   Did you understand why he was          15:19:23
20  seeking to speak with you?                      15:19:28
21        MR. WELCH:  Objection as to what his  15:19:29
22        understanding is, your knowledge of his  15:19:30
23        understanding of why he was speaking to  15:19:32
24        you, but if you know, you can answer.  15:19:34
25    A.  The reason for the conference was  15:19:36
```
TSG Reporting - Worldwide    877-702-9580

Page 258

```
 1          Loeffler
 2  not that particular incident.              15:19:38
 3     Q.  Was that incident discussed in that  15:19:42
 4  conference?                                 15:19:44
 5     A.  Yes, it was.                         15:19:44
 6     Q.  And in substance what was           15:19:45
 7  discussed -- actually, strike that.  What  15:19:48
 8  did --                                      15:19:50
 9          MR. JEMAL:  I need to take a quick  15:19:52
10  break to speak with Mike.                   15:19:54
11          MR. GRAFF:  Is this for privilege   15:19:56
12  purposes?                                   15:19:57
13          MR. JEMAL:  It is for privilege     15:19:57
14  purposes.                                   15:19:59
15          MR. WELCH:  It is to discuss        15:19:59
16  privilege.                                  15:19:59
17          MR. GRAFF:  Let's go off the record  15:19:59
18          THE VIDEOGRAPHER:  Going off the    15:20:01
19  record.  The time is 3:20 p.m.              15:20:02
20          (Recess was taken from 3:20 to      15:20:04
21  3:24.)                                      15:20:04
22          THE VIDEOGRAPHER:  We are back on   15:22:56
23  the record.  The time is 3:24 p.m.  This    15:23:38
24  is the beginning of the tape labeled        15:23:41
25  number 4.                                   15:23:43
```
TSG Reporting - Worldwide    877-702-9580

Page 259

```
 1          Loeffler
 2  BY MR. GRAFF:                               15:23:45
 3     Q.  Mayor Loeffler, was the Halloween   15:23:45
 4  incident discussed in that conference with ADA  15:23:48
 5  Biancavilla?                                15:23:51
 6     A.  Yes, it was.                         15:23:51
 7     Q.  And what do you recall ADA          15:23:52
 8  Biancavilla saying about the Halloween incident  15:23:54
 9  in that conversation?                       15:23:56
10     A.  He asked me what I knew about it.   15:23:56
11     Q.  And what did you say in response?   15:23:58
12     A.  The same sum and substance that I   15:24:00
13  told you already.                           15:24:02
14     Q.  Was anything else about the         15:24:03
15  Halloween incident discussed in that        15:24:04
16  conversation?                               15:24:06
17     A.  No, there was not.                   15:24:06
18     Q.  Did you ask you any follow-up       15:24:07
19  questions?                                  15:24:08
20     A.  With reference to --                 15:24:09
21     Q.  The Halloween incident.             15:24:10
22     A.  No.                                  15:24:12
23     Q.  What else, if anything, was         15:24:13
24  discussed in that conference?               15:24:14
25     A.  There were some questions -- he     15:24:17
```
TSG Reporting - Worldwide    877-702-9580

Page 260

```
 1          Loeffler
 2  asked me questions about the Gilbert incident  15:24:22
 3  and he asked me questions -- general questions  15:24:28
 4  about Village government and how it was run.  15:24:34
 5     Q.  Do you recall any of the specific   15:24:38
 6  questions he asked you about how the Village  15:24:41
 7  government is run?                          15:24:43
 8     A.  He just asked me, you know, when I  15:24:44
 9  became mayor, when I was a trustee, what, in  15:24:46
10  fact, was my role with the Police Department.  15:24:51
11  That was about it.                          15:24:54
12     Q.  And in substance what did you say in  15:24:55
13  response to those questions about the Village  15:24:57
14  government?                                 15:24:59
15          MR. WELCH:  Why don't we break it  15:24:59
16  down into which parts of the questions he   15:25:01
17  responded to.                               15:25:03
18     Q.  About your role in the Police       15:25:04
19  Department, what did you say in response to his  15:25:06
20  question on that subject?                   15:25:08
21     A.  That my role with the Police        15:25:09
22  Department only started when I became mayor in  15:25:10
23  2006.  Before that I had no -- limited      15:25:12
24  involvement with the Police Department.     15:25:16
25     Q.  Did ADA Biancavilla ask you         15:25:17
```
TSG Reporting - Worldwide    877-702-9580

Page 261

```
 1          Loeffler
 2  questions about any other employees of Ocean  15:25:27
 3  Beach in that conference?                   15:25:28
 4     A.  No.                                  15:25:30
 5     Q.  And what, if anything, did ADA      15:25:32
 6  Biancavilla ask you about the Gilbert incident  15:25:39
 7  in that conference?                         15:25:41
 8     A.  He asked me what I knew about it.   15:25:43
 9     Q.  And what did you say in response to  15:25:47
10  that?                                       15:25:49
11     A.  I said I didn't know very much about  15:25:49
12  it.  That there was someone who was hurt in the  15:25:51
13  police station and that George Hesse was    15:25:55
14  arrested for that incident.                 15:25:56
15     Q.  And I think the Gilbert incident    15:26:04
16  hadn't been identified yet in your testimony.  15:26:06
17          Just to be clear, there is the     15:26:08
18  Prisco incident that you referred to, the   15:26:10
19  Gilbert incident and the Halloween incident,  15:26:12
20  three separate incidents?                   15:26:14
21     A.  Yes.                                 15:26:15
22     Q.  What else, if anything, was         15:26:16
23  discussed in that conference with ADA       15:26:19
24  Biancavilla?                                15:26:20
25     A.  That was all.                        15:26:21
```
TSG Reporting - Worldwide    877-702-9580

Page 262

```
1              Loeffler
2       Q.  Did you have any further discussions  15:26:22
3   with ADA Biancavilla after that?        15:26:24
4       A.  No, I have not.              15:26:26
5       Q.  Have you had any further discussions  15:26:27
6   with anyone from the District Attorney's    15:26:29
7   office?                   15:26:31
8       A.  No, I have not.              15:26:31
9       Q.  Prior to that conversation with ADA  15:26:32
10  Biancavilla had you had any conversations with  15:26:33
11  anyone from the District Attorney's office?  15:26:36
12      A.  No, I have not.              15:26:38
13      Q.  After that conference with ADA    15:26:39
14  Biancavilla, did you have any discussions with  15:26:46
15  anybody else about that conference?      15:26:49
16      A.  Yes.                 15:26:51
17      Q.  Who did you speak with about that    15:26:54
18  conference?                 15:26:55
19          MR. WELCH:  Aside from counsel.  15:26:56
20      A.  My attorneys, counsel.       15:26:57
21      Q.  Other than counsel, did you --    15:26:58
22      A.  Oh, no.              15:26:58
23      Q.  -- discuss it with anyone else?    15:26:59
24      A.  No.                 15:27:00
25      Q.  After that conversation with ADA    15:27:00
```
TSG Reporting - Worldwide    877-702-9580

Page 263

```
1              Loeffler
2   Biancavilla, who else, if anyone, did you    15:27:09
3   thereafter speak with about the Halloween    15:27:13
4   incident?                15:27:14
5          MR. WELCH:  Objection.  Asked and    15:27:14
6   answered.                  15:27:14
7          You can answer it again.       15:27:15
8       A.  No one.  I haven't spoken to anybody  15:27:16
9   about that.               15:27:18
10      Q.  Did you ever review any statements   15:27:20
11  that were taken in the course of any      15:27:23
12  investigation into the Halloween incident?    15:27:24
13      A.  No, I have not.            15:27:26
14      Q.  Did you take any notes during that   15:27:29
15  conference with ADA Biancavilla?        15:27:31
16      A.  No, I did not.            15:27:33
17      Q.  Other than what you have already    15:27:34
18  testified to today, is there any other    15:27:39
19  information that you can think of that you have  15:27:42
20  concerning the Halloween incident?      15:27:44
21          MR. WELCH:  Objection to the form.    15:27:46
22          You can answer to the extent you    15:27:48
23  haven't already.              15:27:51
24      A.  What information are you talking   15:27:52
25  about?                  15:27:55
```
TSG Reporting - Worldwide    877-702-9580

Page 264

```
1              Loeffler
2       Q.  Did you ever obtain from any other   15:27:55
3   source any further information about the    15:27:58
4   Halloween incident?             15:27:59
5       A.  No.                 15:28:00
6       Q.  How did you first learn about the   15:28:02
7   Gilberd incident?             15:28:04
8       A.  I believe it was a newspaper     15:28:05
9   article.                 15:28:12
10      Q.  Do you recall what that newspaper   15:28:13
11  was?                   15:28:15
12      A.  It would either be Newsday or the    15:28:15
13  Daily News, because those are the two papers  15:28:20
14  that I read every day.           15:28:22
15      Q.  Do you subscribe to those      15:28:23
16  newspapers?                15:28:26
17      A.  No.                 15:28:26
18      Q.  Do you purchase them?        15:28:27
19      A.  Yes.                15:28:28
20      Q.  Do you read them online ever?     15:28:28
21      A.  No.                 15:28:30
22      Q.  Do you use the Internet personally?  15:28:31
23      A.  Yes.                15:28:34
24      Q.  Do you have an e-mail address in    15:28:34
25  your capacity as mayor of Ocean Beach?    15:28:35
```
TSG Reporting - Worldwide    877-702-9580

Page 265

```
1              Loeffler
2       A.  Yes, I do.             15:28:37
3       Q.  Is that an official e-mail address?  15:28:38
4       A.  Yes, it is.            15:28:40
5       Q.  What is that address, please?    15:28:40
6       A.  J-L-O-E-F-F-L-E-R at Village of    15:28:42
7   Ocean Beach, all one word, dot-org.      15:28:46
8       Q.  Did you have an e-mail address at    15:28:50
9   the Village of Ocean Beach during any of the  15:28:52
10  time that you served as trustee at Ocean Beach?  15:28:54
11      A.  No.                 15:28:56
12      Q.  To your knowledge, does anybody else  15:28:57
13  have an e-mail address that ends in Village of  15:29:00
14  Ocean Beach dot-org?             15:29:03
15      A.  Yes.                15:29:05
16      Q.  Who else?             15:29:06
17      A.  There are numerous people in the    15:29:07
18  Village that have that.           15:29:09
19      Q.  Do you know when those e-mail     15:29:10
20  addresses were first created or assigned?    15:29:14
21          MR. WELCH:  Objection to the form.    15:29:17
22          You can answer.          15:29:20
23      A.  No, I don't know exactly when.    15:29:20
24      Q.  Do you know whether Ed Paradiso --   15:29:25
25  do you know approximately when, like if you    15:29:28
```
TSG Reporting - Worldwide    877-702-9580

Page 266

```
1            Loeffler
2  could approximate by year?            15:29:31
3     A.  It was after we developed our    15:29:33
4  website, so I don't know when that was.    15:29:34
5     Q.  Was that during your service as    15:29:37
6  trustee?                    15:29:39
7     A.  I'm not sure when the website was    15:29:40
8  developed.                    15:29:46
9     Q.  Do you know whether Ed Paradiso had    15:29:47
10  an official Ocean Beach e-mail address?    15:29:49
11     A.  No, I do not.                15:29:51
12     Q.  Do you know whether anyone at the    15:29:52
13  Ocean Beach Police Department had at any point  15:29:54
14  an official Ocean Beach e-mail address?    15:29:56
15     A.  No, I do not.                15:29:58
16     Q.  Do you know whether today anybody at  15:29:59
17  the Ocean Beach Police Department has an    15:30:00
18  official Ocean Beach e-mail address?    15:30:02
19     A.  No, I do not.                15:30:03
20     Q.  Do you know whether George Hesse    15:30:04
21  ever had an official Ocean Beach e-mail    15:30:06
22  address?                    15:30:08
23        MR. WELCH:  Objection.  Asked and    15:30:08
24  answered.                    15:30:09
25        You can answer again.            15:30:09
```
TSG Reporting - Worldwide      877-702-9580

Page 267

```
1            Loeffler
2     A.  No, I don't.                15:30:09
3     Q.  Have you ever exchanged e-mail with  15:30:10
4  George Hesse?                15:30:12
5     A.  No.                    15:30:12
6     Q.  Are there any policies that you are    15:30:12
7  aware of governing the use of official Ocean    15:30:22
8  Beach e-mail accounts?            15:30:29
9     A.  Yes.                    15:30:30
10     Q.  And what are the nature of those    15:30:30
11  policies?                    15:30:33
12        MR. WELCH:  Objection.            15:30:33
13        You can answer.                15:30:34
14     A.  There is a written directive that    15:30:34
15  all employees were given with reference to the  15:30:36
16  use of the internet and Village equipment.    15:30:38
17     Q.  Do you know whether there is any    15:30:43
18  rule or policy concerning the use of personal    15:30:46
19  e-mail addresses in connection with any    15:30:50
20  official business for Ocean Beach?        15:30:54
21        MR. WELCH:  Objection to the form.    15:30:57
22        You can answer.                15:30:58
23     A.  I don't have the -- I don't know if  15:30:59
24  you have a copy of the Village's Internet    15:31:01
25  policy.                    15:31:04
```
TSG Reporting - Worldwide      877-702-9580

Page 268

```
1            Loeffler
2     Q.  Unless was that in the handbook    15:31:04
3  perhaps?                    15:31:06
4     A.  No, there is a policy.  I'm not    15:31:06
5  familiar -- without reading it to you right    15:31:09
6  here, I couldn't answer that question.  I don't  15:31:11
7  know exactly what it says, but there is an    15:31:13
8  Internet policy that's in place in the Village    15:31:15
9  of Ocean Beach.                15:31:18
10     Q.  After reading about the Gilberd    15:31:20
11  incident in the newspaper, who, if anyone, did  15:31:22
12  you speak to about that incident?        15:31:26
13     A.  George Hesse.                15:31:28
14     Q.  Was he the first person you spoke to  15:31:31
15  after reading about it in the newspaper?    15:31:34
16     A.  Uh-huh.                    15:31:37
17     Q.  How long after reading about it --    15:31:37
18        THE COURT REPORTER:  You have to    15:31:37
19  answer verbally.                15:31:37
20        THE WITNESS:  Oh, I'm sorry.        15:31:37
21     A.  Yes.                    15:31:37
22     Q.  How long after reading about it did    15:31:37
23  you speak with George Hesse?            15:31:39
24     A.  A couple days after I read it, I    15:31:40
25  believe.                    15:31:43
```
TSG Reporting - Worldwide      877-702-9580

Page 269

```
1            Loeffler
2     Q.  Why did you wait a couple of days to  15:31:43
3  speak to him?                15:31:46
4     A.  I don't believe --            15:31:46
5        MR. WELCH:  Objection.            15:31:46
6        You can answer.                15:31:47
7     A.  I don't believe he was working.    15:31:47
8     Q.  Have you ever called George Hesse on  15:31:49
9  his cell phone?                15:31:52
10     A.  Yes, I have.                15:31:57
11     Q.  Have you ever called George Hesse on  15:32:00
12  his home phone?                15:32:02
13     A.  No, I have not.                15:32:02
14     Q.  What did you say to George Hesse    15:32:04
15  when you first communicated with him about the  15:32:08
16  Gilberd incident?                15:32:08
17     A.  I asked him what happened.        15:32:12
18     Q.  Did he respond to that question?    15:32:15
19     A.  Yes.                    15:32:17
20     Q.  What did he say?                15:32:17
21     A.  He said a guy got hurt in the police  15:32:18
22  station.                    15:32:20
23     Q.  Did he give any further detail than  15:32:21
24  what you just stated?            15:32:23
25     A.  No.                    15:32:24
```
TSG Reporting - Worldwide      877-702-9580

Page 270

Loeffler

2   Q.   Did you ask him for any further   15:32:24
3   information?   15:32:26
4      A.   The only information I did say to   15:32:26
5   him was, you know, that "I think that you   15:32:28
6   should look to see if there is film for that."   15:32:32
7      Q.   And by "film," you mean video   15:32:38
8   surveillance footage?   15:32:40
9      A.   Video surveillance footage.   15:32:41
10     Q.   And do you know whether there was   15:32:43
11  film from it?   15:32:48
12     A.   There was not.   15:32:49
13     Q.   Was that -- did the Gilbert incident   15:32:49
14  take place prior to the upgrade of the   15:32:52
15  department's electronic surveillance?   15:32:54
16     A.   Yes.   15:32:56
17     Q.   Do you know who is responsible for   15:32:58
18  maintaining video surveillance footage from the   15:33:00
19  Ocean Beach Police Department?   15:33:04
20        MR. WELCH:  Objection to the form.   15:33:05
21        You can answer.   15:33:07
22     A.   Right now today?   15:33:07
23     Q.   Let's start with today, please, yes.   15:33:09
24     A.   The officer on duty every day checks   15:33:12
25  the cameras to make sure that they are   15:33:14

TSG Reporting - Worldwide     877-702-9580

Page 271

Loeffler

2   operational and logs that into a log, as he   15:33:16
3   does the phone record.  There is a phone   15:33:19
4   recorder also on the -- that's logged in every   15:33:21
5   day to make sure it's operational.  There is a   15:33:23
6   logbook for that as well.   15:33:26
7      Q.   When did the phone -- when was   15:33:28
8   the -- excuse me.   15:33:28
9        When was the phone recorder   15:33:28
10  installed?   15:33:32
11     A.   I'm not sure.   15:33:33
12     Q.   Do you know whether there was a   15:33:36
13  phone recorder in place during your service as   15:33:39
14  trustee?   15:33:42
15     A.   I don't believe there was.   15:33:42
16     Q.   Have you ever heard any phone   15:33:44
17  recordings from that phone recorder?   15:33:46
18     A.   No, I have not.   15:33:48
19     Q.   Do you know whether the video   15:33:50
20  surveillance footage is saved on those tapes   15:33:55
21  that it's recorded on or are they recorded over   15:34:01
22  again?   15:34:04
23     A.   It's not on tape.   15:34:04
24     Q.   How -- and what medium are --   15:34:06
25     A.   Digital.   15:34:08

TSG Reporting - Worldwide     877-702-9580

Page 272

Loeffler

2        MR. CONNOLLY:  Ari, just so we are   15:34:11
3   clear, we are talking about the system as   15:34:11
4   it exists today?   15:34:11
5        THE WITNESS:  As exists today.   15:34:11
6        MR. GRAFF:  As exists today.   15:34:12
7      Q.   Prior to the upgrade of the system,   15:34:15
8   do you know in what medium the surveillance   15:34:18
9   footage was stored?   15:34:20
10     A.   VHS tapes.   15:34:21
11     Q.   And were those VHS tapes kept in a   15:34:23
12  library or were they reused?   15:34:26
13     A.   I don't know.   15:34:28
14     Q.   Have you ever seen any video library   15:34:28
15  from those -- consisting of those VHS tapes?   15:34:31
16     A.   No, I have not.   15:34:35
17     Q.   Do you know how many hours of video   15:34:38
18  footage can be stored on the DVR that's part of   15:34:43
19  the current system?   15:34:46
20        MR. WELCH:  Objection to the form.   15:34:47
21        Is it a DVR system or is it something else?   15:34:49
22     A.   It's a DVR system.  Well, it's a   15:34:52
23  surveillance camera system.   15:34:54
24     Q.   And by DVR, just so it's clear for   15:34:56
25  the record, I was referring to digital video   15:34:59

TSG Reporting - Worldwide     877-702-9580

Page 273

Loeffler

2   recording.   15:35:00
3      A.   Uh-huh.   15:35:00
4        THE COURT REPORTER:  You have to   15:35:00
5   answer verbally.   15:35:00
6      A.   Yes.   15:35:05
7      Q.   Do you recall whether when you read   15:35:06
8   about the Gilberd --   15:35:08
9      A.   Do you want me to answer the   15:35:09
10  question?  You asked me a question.  I didn't   15:35:10
11  answer it.  You asked me how many days it was   15:35:11
12  stored there.   15:35:12
13     Q.   Oh.  Do you know how many?   15:35:13
14     A.   Yes, I do.   15:35:14
15     Q.   How many?   15:35:15
16     A.   Ninety days.   15:35:15
17     Q.   Other than checking to make sure   15:35:19
18  that the system is working and logging that it   15:35:21
19  is, do you know whether anyone actually reviews   15:35:24
20  the recordings on a routine basis?   15:35:26
21     A.   No, I don't.   15:35:29
22     Q.   When you read about the Gilberd   15:35:32
23  incident for the first time in the newspaper,   15:35:46
24  could you describe for us now what you recall   15:35:50
25  of the description of that incident?   15:35:54

TSG Reporting - Worldwide     877-702-9580

Page 274

```
 1        Loeffler
 2        MR. WELCH:  You want him to describe   15:35:56
 3   now an article that he read about the      15:35:57
 4   incident?  Do you want him to describe to   15:35:59
 5   you an article that essentially involves a  15:36:02
 6   hearsay statement from what reporters,      15:36:05
 7   whomever is writing about this incident?    15:36:07
 8        MR. GRAFF:  Yes.            15:36:07
 9        MR. WELCH:  What he recalls about   15:36:09
10   that?                       15:36:10
11        MR. GRAFF:  About the information    15:36:10
12   that he read about in that article.    15:36:12
13        MR. WELCH:  Okay.  From whatever  15:36:13
14   sources they got it from, whatever he   15:36:14
15   recalls from that newspaper?         15:36:16
16        MR. GRAFF:  I am asking about what  15:36:17
17   he recalls from what he read in the    15:36:19
18   newspaper.                  15:36:20
19        MR. CONNOLLY:  Okay, that's fine.   15:36:21
20        Go ahead.  You can answer.      15:36:21
21        Can you recall reading from that   15:36:21
22   newspaper article?              15:36:25
23        A.  No, I can't -- I don't recall the   15:36:27
24   sum and substance of what I read.  It's a   15:36:29
25   couple years ago.              15:36:31
```
TSG Reporting - Worldwide    877-702-9580

Page 275

```
 1           Loeffler
 2        Q.  After that conversation with George   15:36:32
 3   Hesse about the Gilberd incident that you   15:36:41
 4   referred to -- well, first of all, was anything   15:36:43
 5   further communicated between the two of you in   15:36:45
 6   that conversation?              15:36:49
 7        A.  No.                15:36:49
 8        Q.  Did you ever follow up with George   15:36:49
 9   Hesse to find out whether there was video of   15:36:52
10   the incident?                15:36:54
11        A.  Not with George Hesse, no.     15:36:56
12        Q.  Did you ever follow up with anyone   15:36:57
13   to find out?                 15:36:59
14        A.  Yes.                15:37:00
15        Q.  Who did you follow up with?     15:37:00
16        A.  Chief Ed Paradiso.          15:37:02
17        Q.  And what did chief Ed Paradiso say   15:37:03
18   when you asked him about that?       15:37:05
19        A.  The system was malfunctioning.    15:37:05
20        Q.  Other than the conversation with   15:37:12
21   George -- well, strike that.  Excuse me.    15:37:13
22        Other than discussing the video    15:37:15
23   malfunction with Ed Paradiso, did you have any   15:37:18
24   other conversation with Ed Paradiso about the   15:37:20
25   Gilberd incident?              15:37:23
```
TSG Reporting - Worldwide    877-702-9580

Page 276

```
 1           Loeffler
 2        A.  No.                15:37:24
 3        Q.  Other than the conversation that you   15:37:25
 4   have already referred to with George Hesse, did   15:37:27
 5   you have any further conversations with George   15:37:29
 6   Hesse about the Gilbert incident?      15:37:31
 7        A.  No.                15:37:33
 8        MR. WELCH:  Objection.  Asked and   15:37:33
 9   answered.                  15:37:34
10        MR. CONNOLLY:  Objection.       15:37:34
11        A.  No.                15:37:35
12        Q.  Other than the fact that there was   15:37:35
13   an injury in the police station, as you sit   15:37:42
14   here today do you have any other information as   15:37:44
15   to the facts involved in the Gilberd incident?   15:37:46
16        MR. WELCH:  Objection.        15:37:48
17        You can answer.           15:37:49
18        A.  No, I don't.            15:37:49
19        Q.  Did George Hesse ever indicate to   15:37:51
20   you that the injury to Mr. Gilberd was   15:37:52
21   sustained when a clock hit him on the head?   15:37:54
22        A.  No.                15:37:57
23        Q.  Do you know what the nature of the   15:37:58
24   injuries sustained by Mr. Gilberd were?   15:38:00
25        MR. WELCH:  Do you have personal   15:38:03
```
TSG Reporting - Worldwide    877-702-9580

Page 277

```
 1           Loeffler
 2   knowledge of what the injuries to      15:38:09
 3   Mr. Gilberd are?              15:38:11
 4        A.  I believe it was a lacerated     15:38:13
 5   bladder, but I'm not positive.       15:38:15
 6        Q.  Do you know what the nature of the   15:38:23
 7   injuries sustained by Mr. Prisco were?   15:38:24
 8        A.  No, I do not.            15:38:26
 9        MR. WELCH:  Objection to the form of   15:38:30
10   that question.               15:38:31
11        Q.  Do you know the names of any of the   15:38:32
12   civilians who were involved in the Halloween   15:38:36
13   incident are?                15:38:38
14        A.  No, I do not.            15:38:39
15        Q.  Do you know the nature of the     15:38:41
16   injuries sustained by anyone in connection with   15:38:42
17   that incident?               15:38:45
18        A.  No, I do not.            15:38:45
19        Q.  After the Halloween incident what is   15:38:50
20   the first time that you can recall having any   15:38:51
21   communication with either Gary or Richey   15:38:53
22   Bosetti?                   15:38:56
23        A.  I never spoke to them about that   15:38:58
24   incident.                   15:38:59
25        Q.  Did you ever learn that either of   15:39:00
```
TSG Reporting - Worldwide    877-702-9580

Page 278

```
1          Loeffler
2  them were or were not involved in the incident    15:39:05
3  either way?                          15:39:08
4      A.  I believe I did -- I'm not -- I am    15:39:08
5  trying to think how I learned.  I did learn    15:39:25
6  that they were involved in the incident, but it    15:39:27
7  wasn't from George Hesse.  I am trying to    15:39:29
8  think.  I don't know.  I don't know.  I don't    15:39:34
9  recall.                              15:39:37
10     Q.  Do you recall if not who    15:39:37
11 communicated to you that you were involved, do    15:39:42
12 you recall what the nature of their involvement    15:39:45
13 was that was communicated?          15:39:47
14     A.  No, that they were involved.  That's    15:39:48
15 all I remember.                      15:39:50
16     Q.  And do you recall learning that    15:39:50
17 anyone else in particular was involved in the    15:39:51
18 incident?                            15:39:55
19     A.  No.                          15:39:56
20     Q.  Other than the conversations with Ed    15:39:56
21 Paradiso and George Hesse that you have already    15:40:00
22 referred to, can you recall any other    15:40:03
23 conversations that you had with anyone other    15:40:05
24 than counsel about the Halloween incident?    15:40:06
25         MR. WELCH:  Objection.  Asked and    15:40:08
```

TSG Reporting - Worldwide    877-702-9580

Page 279

```
1          Loeffler
2  answered.                        15:40:09
3     You can answer it again.        15:40:09
4     A.  No.                        15:40:10
5     Q.  Did you discuss the Halloween    15:40:10
6  incident with any of your children?    15:40:12
7     A.  No.                        15:40:13
8     Q.  Did you ever make a statement to    15:40:14
9  George Hesse to the effect of "we have to turn    15:40:36
10 this around" with reference to the Halloween    15:40:38
11 incident?                          15:40:40
12     A.  No.                        15:40:42
13     Q.  Did you ever make a statement to    15:40:43
14 that effect to anyone with reference to the    15:40:44
15 Halloween incident?                  15:40:49
16     A.  No.                        15:40:50
17     Q.  Do you recall whether the events    15:41:07
18 that led to Officer Gerdon's termination were    15:41:10
19 captured by any video surveillance system?    15:41:14
20     A.  Yes, they were.              15:41:18
21     Q.  And did you ever review that video?    15:41:21
22         MR. WELCH:  Objection.  Asked and    15:41:23
23 answered.                          15:41:23
24     A.  No, I did not.              15:41:24
25     Q.  And I may have already asked the    15:41:25
```

TSG Reporting - Worldwide    877-702-9580

Page 280

```
1          Loeffler
2  question --                        15:41:29
3     A.  You did.                    15:41:30
4     Q.  Yes.  At this point do you recall    15:41:31
5  anything of the specific conduct that led to    15:41:32
6  Officer Gerdon's termination?        15:41:35
7         MR. WELCH:  Objection.        15:41:39
8     A.  I already answered that.        15:41:40
9         MR. WELCH:  He answered that    15:41:40
10 question.                          15:41:45
11     Q.  Do you know an individual by the    15:41:45
12 name of Jean Jaeger is?              15:41:47
13     A.  Yes, I know who Jean Jaeger is.    15:41:56
14     Q.  Who is Jean Jaeger?            15:41:59
15     A.  She was married to Bud Jaeger, who    15:42:00
16 is deceased now, and they ran the movie    15:42:03
17 theater.                           15:42:07
18     Q.  Do you know Mr. Jean Jaeger was    15:42:07
19 involved in any way in the Halloween incident?    15:42:14
20     A.  No, I don't.                15:42:15
21     Q.  Have you ever had any conversations    15:42:16
22 with Jean Jaeger concerning the Halloween    15:42:19
23 incident?                          15:42:22
24     A.  No.                        15:42:23
25     Q.  Other than running the movie    15:42:23
```

TSG Reporting - Worldwide    877-702-9580

Page 281

```
1          Loeffler
2  theater, do you know if Bud Jaeger held any    15:42:26
3  other employment?                    15:42:28
4     A.  He was a New York City fireman.    15:42:30
5     Q.  Do you know what position he held at    15:42:32
6  the New York City Fire Department?    15:42:34
7     A.  He was a lieutenant.          15:42:36
8     Q.  Do you know whether he was ever a    15:42:37
9  captain?                           15:42:39
10     A.  Oh, maybe he was.  I don't -- could    15:42:39
11 have been.                          15:42:42
12     Q.  Is Bud Jaeger ever referred to as    15:42:42
13 Steven Jaeger?  Is that the same person?    15:42:46
14     A.  Yes.                        15:42:48
15     Q.  What was the nature of your    15:42:49
16 relationship with Jean Jaeger?        15:42:51
17         MR. WELCH:  Objection.        15:42:53
18     To the extent you have one.        15:42:54
19     A.  She is Bud's wife.  No relationship.    15:42:57
20 They worked the movie theater.        15:43:00
21     Q.  Were you ever -- were you friends    15:43:02
22 with Bud Jaeger when he was living?    15:43:05
23     A.  No.                        15:43:06
24     Q.  Do you know an individual by the    15:43:07
25 name of Sean O'Rourke?              15:43:09
```

TSG Reporting - Worldwide    877-702-9580

Page 282

```
1              Loeffler
2      A.   Sean O'Rourke?  Yes.        15:43:12
3      Q.   And who is Sean O'Rourke?        15:43:13
4      A.   He is resident of the Village.    15:43:16
5      Q.   Do you know where he works?     15:43:19
6      A.   In construction.  In construction.   15:43:21
7      Q.   And do you know whether his    15:43:26
8   construction work is based in Ocean Beach?    15:43:27
9      A.   Fire Island, yes.            15:43:29
10     Q.   And what, if any, relationship do    15:43:31
11  you have with Sean O'Rourke?         15:43:36
12     A.   He is a captain of the Fire    15:43:37
13  Department.  I saw him last night at a fire.    15:43:39
14     Q.   Do you know whether Sean O'Rourke    15:43:41
15  had any involvement in the Halloween incident?   15:43:42
16     A.   No, I don't.              15:43:45
17     Q.   Did you ever discuss the Halloween    15:43:46
18  incident with Sean O'Rourke?         15:43:48
19     A.   No.                   15:43:50
20     Q.   Have you ever heard of an individual   15:43:51
21  named Ian Levine?              15:43:56
22     A.   Yes.                  15:43:57
23     Q.   Who is Ian Levine?           15:43:58
24     A.   Resident of the Village of Ocean    15:43:59
25  Beach.                    15:44:01
```
TSG Reporting - Worldwide    877-702-9580

Page 283

```
1              Loeffler
2      Q.   Do you know where Ian Levine works?   15:44:01
3      A.   He runs the community garden center   15:44:05
4   business in the Village of Ocean Beach.    15:44:10
5      Q.   And what, if any, relationship do    15:44:11
6   you have with Ian Levine?         15:44:14
7      A.   I saw him last night at the fire    15:44:15
8   too.  He is a member of the Fire Department.    15:44:18
9      Q.   And when you are referring to seeing   15:44:20
10  people last night at the Fire Department, can    15:44:21
11  you explain what the context of that  was?    15:44:24
12     A.   We had a fire alarm last night and    15:44:25
13  they showed up.              15:44:28
14     Q.   Do you know whether Ian Levine had    15:44:29
15  any involvement in the Halloween incident?    15:44:31
16     A.   No, I do not.             15:44:32
17     Q.   Did you ever discuss it with Ian    15:44:33
18  Levine?                   15:44:34
19     A.   No, I have not.            15:44:34
20     Q.   Do you know an individual by the    15:44:36
21  name of Elyse Miller.            15:44:38
22         THE COURT REPORTER:  I'm sorry?    15:44:38
23         MR. GRAFF:  Elyse Miller.       15:44:40
24  E-L-Y-S-E.                 15:44:42
25     A.   No, I don't know that name.     15:44:42
```
TSG Reporting - Worldwide    877-702-9580

Page 284

```
1              Loeffler
2      Q.   Do you know an individual by the    15:44:44
3   name of Douglas Wykoff?          15:44:51
4      A.   Yes.                  15:44:53
5      Q.   Who is Douglas Wykoff?         15:44:54
6      A.   A resident of the Village of Ocean    15:44:55
7   Beach.                    15:44:58
8      Q.   How long have you known Doug Wykoff?   15:44:58
9      A.   Thirty years, forty year.  I don't    15:45:01
10  know how old Doug is.  Forty years.       15:45:05
11     Q.   And how would you describe your    15:45:06
12  relationship with Doug Wykoff?       15:45:09
13     A.   He was my kid's kindergarten    15:45:11
14  teacher.                   15:45:15
15     Q.   And were you friendly with Doug    15:45:15
16  Wykoff's family?              15:45:20
17     A.   Yes.                  15:45:22
18     Q.   Does he live with his family in    15:45:23
19  Ocean Beach?                15:45:25
20     A.   Yes.                  15:45:25
21     Q.   What is Doug Wykoff's wife's name?    15:45:25
22     A.   This is a question and answer.     15:45:31
23  Dale.  Dale Wykoff.            15:45:33
24     Q.   With a D?               15:45:34
25     A.   With a D, yes.            15:45:36
```
TSG Reporting - Worldwide    877-702-9580

Page 285

```
1              Loeffler
2      Q.   And what is Dale Wykoff's employment  15:45:37
3   in Ocean Beach, if any?          15:45:42
4      A.   She is employed by the U.S. Postal    15:45:42
5   Service.                  15:45:45
6      Q.   Do you know whether the Wykoffs have   15:45:45
7   any children?               15:45:53
8      A.   Yes.                  15:45:54
9      Q.   How many children do they have?    15:45:55
10     A.   They had two.  One is living.  One    15:45:56
11  is deceased.               15:46:03
12     Q.   What's the name of the child who is    15:46:04
13  living?                   15:46:08
14     A.   Marissa.               15:46:09
15         MR. WELCH:  I don't know if this is   15:46:10
16  relevant, Ari.              15:46:12
17     A.   She is a New York City police    15:46:15
18  officer.                  15:46:16
19     Q.   Do you recall that earlier today I    15:46:17
20  had asked you about any investigations or about   15:46:18
21  certain investigation concerning Ed Paradiso's   15:46:21
22  dual employment?              15:46:25
23     A.   Yes.                  15:46:25
24     Q.   Do you know whether Dale Wykoff    15:46:26
25  played any role in that investigation?    15:46:30
```
TSG Reporting - Worldwide    877-702-9580

Page 286

Loeffler

1
2     MR. WELCH: Objection to the form.    15:46:32
3     Objection to the use of the term    15:46:34
4     "investigation." That wasn't your question 15:46:35
5     earlier today. Your earlier question    15:46:39
6     involved Mayor Rogers' investigation.    15:46:41
7         So to the extent that you can answer  15:46:43
8     the question, I am noting my objection, you 15:46:46
9     can.    15:46:48
10    A.   Ask the question again.    15:46:49
11    Q.   Do you know whether Dale Wykoff    15:46:52
12    played any role in the investigation by Mayor    15:46:54
13    Rogers involving Ed Paradiso's dual employment?  15:46:59
14        MR. WELCH: Objection. The question  15:47:01
15    is did you play a role in the    15:47:02
16    investigation.    15:47:05
17    A.   No, I don't know that.    15:47:06
18    Q.   Do you know whether Dale Wykoff ever 15:47:07
19    conducted her own investigation into that    15:47:10
20    matter?    15:47:12
21    A.   No, I do not.    15:47:12
22    Q.   How old is Marissa Wykoff?    15:47:14
23    A.   She has got to be in her thirties.    15:47:23
24    Q.   And what was the name of Wykoffs'    15:47:26
25    child that passed away?    15:47:28

TSG Reporting - Worldwide    877-702-9580

Page 287

Loeffler

1
2     MR. WELCH: Objection. Ari, this is  15:47:29
3     very irrelevant.    15:47:31
4     A.   Douglas Junior.    15:47:32
5     Q.   And how old was Douglas -- when did  15:47:34
6     Douglas Junior pass away?    15:47:37
7     A.   Let's see. He was 18. My son is    15:47:39
8     25. About seven, eight years ago maybe. Maybe 15:47:54
9     eight years ago.    15:47:57
10    Q.   Was Douglas Junior, to your    15:47:57
11    knowledge, friends with Mike Loeffler?    15:48:04
12    A.   Yes. They were Boy Scouts together.  15:48:05
13    Q.   What, if anything, do you know about  15:48:18
14    the circumstances of Doug Wykoff Junior's    15:48:21
15    death?    15:48:23
16        MR. WELCH: Objection. Ari, what is  15:48:23
17    the relevance of this to any of the    15:48:25
18    allegations in this Complaint? Unless you  15:48:26
19    can articulate that to me, I am going to    15:48:28
20    direct the witness not to answer that    15:48:30
21    question. And you can take it up with the  15:48:32
22    judge, if you want. You can call the judge 15:48:35
23    right now. We have time.    15:48:37
24    Q.   Do you know whether Michael Loeffler  15:48:43
25    was ever questioned at all by any member of the  15:48:53

TSG Reporting - Worldwide    877-702-9580

Page 288

Loeffler

1
2     Ocean Beach Police Department in connection  15:48:58
3     with the circumstances of Doug Wykoff Junior's  15:49:00
4     death?    15:49:03
5         MR. WELCH: Objection. I am going    15:49:03
6     to direct the witness not to answer that    15:49:04
7     question. Next question.    15:49:05
8     Q.   Did you ever have any communications  15:49:06
9     with any of the plaintiffs in this lawsuit    15:49:08
10    concerning the circumstances of Doug Wykoff    15:49:10
11    Junior's death?    15:49:12
12    A.   No.    15:49:13
13    Q.   Did you have any conversations with  15:49:13
14    any Ocean Beach police officers concerning the  15:49:17
15    circumstances of Doug Wykoff Junior's death?  15:49:19
16    A.   No.    15:49:21
17    Q.   Did you have any communications ever  15:49:22
18    with Mike Loeffler concerning the circumstances  15:49:25
19    of Doug Wykoff Junior's death?    15:49:26
20        MR. WELCH: Objection. I am going    15:49:28
21    to direct the witness not to answer the    15:49:29
22    question.    15:49:30
23    Q.   Do you know an individual by the    15:49:31
24    name of Mitch Burns?    15:49:33
25    A.   No.    15:49:33

TSG Reporting - Worldwide    877-702-9580

Page 289

Loeffler

1
2     Q.   Have you heard that name prior to    15:49:34
3     today?    15:49:36
4     A.   Yes.    15:49:37
5     Q.   When did you first hear that name?  15:49:38
6     A.   It was mentioned -- I believe it's    15:49:40
7     in the lawsuit.    15:49:41
8     Q.   Other than any reference to it in    15:49:45
9     the lawsuit, do you recall ever hearing Mitch  15:49:48
10    Burns' name in another context?    15:49:53
11    A.   Never met the man. Never met the    15:49:54
12    man.    15:49:58
13    Q.   Did you ever hear his name other    15:49:58
14    than in connection with this lawsuit?    15:50:00
15    A.   No.    15:50:01
16    Q.   And what reference is there to Mitch  15:50:02
17    Burns in this lawsuit?    15:50:14
18        MR. WELCH: Objection. Ari, why    15:50:15
19    don't you show him the Complaint and ask    15:50:16
20    him if he recalls the specific allegation.  15:50:18
21    Q.   Do you recall any allegations    15:50:18
22    involving Mitch Burns?    15:50:20
23    A.   No, I don't recall the allegation.  15:50:20
24    I just remember -- I remember the name.    15:50:24
25    Q.   And you remember the name from    15:50:25

TSG Reporting - Worldwide    877-702-9580

Page 290

```
1           Loeffler
2  reviewing the Complaint in this lawsuit?        15:50:33
3      A.  Yeah, I think so.            15:50:34
4      Q.  If I showed you the Complaint, do      15:50:43
5  you think you could find the spot?             15:50:45
6      A.  No, I probably couldn't.              15:50:46
7      Q.  Did you ever review the answer that   15:50:49
8  was filed to this Complaint in federal court,  15:50:53
9  that is, these Plaintiffs' Complaint?          15:50:56
10     A.  Is that the one you showed me today?  15:50:59
11     Q.  No.  The Answer to the Complaint,     15:51:01
12 not to the Interrogatories.                    15:51:07
13     A.  Well, I'm not an attorney, so I       15:51:09
14 don't know exactly what you are asking me.     15:51:11
15     Q.  Do you have any information           15:51:21
16 concerning an incident involving one of the    15:51:22
17 Bosettis and an evidence locker on the Great   15:51:24
18 South Bay?                                     15:51:28
19     A.  No.                                   15:51:28
20     Q.  Do you recall reading an allegation   15:51:29
21 involving those three matters in the Complaint? 15:51:31
22         MR. WELCH:  Objection.  Did you say   15:51:34
23     "three matters"?  Maybe I misunderstood the 15:51:36
24     question.  Can you repeat the question.    15:51:40
25         (Record read.)                        15:51:54
```
TSG Reporting - Worldwide    877-702-9580

Page 291

```
1           Loeffler
2          MR. WELCH:  So I am going to object   15:51:56
3      to the form.  It's compound.  If you could 15:51:58
4      just break down those three matters so we  15:52:00
5      can get a clear record, I'd appreciate it. 15:52:01
6      Q.  Do you recall any allegation in the   15:52:02
7  Complaint that involved all three of those     15:52:03
8  matters?                                       15:52:05
9      A.  What matters is that?                  15:52:05
10     Q.  An evidence locker, a Bosetti, and    15:52:07
11 the Great South Bay.                           15:52:09
12     A.  No.                                   15:52:10
13     Q.  Would your answer be the same if I    15:52:11
14 changed evidence locker to file cabinet?       15:52:25
15         MR. WELCH:  Objection to the form.    15:52:29
16     His answer is his answer.  What he        15:52:31
17     testified to earlier --                   15:52:32
18     A.  I don't know what you are talking     15:52:33
19 about, so I'm sorry.                           15:52:34
20     Q.  When George Hesse communicated to    15:53:07
21 you that there was going to be a follow-up or  15:53:10
22 a second investigation of the Halloween        15:53:15
23 incident, do you recall what I am referring to? 15:53:16
24         MR. WELCH:  I am going to object to   15:53:18
25     the form of the question.  It's           15:53:19
```
TSG Reporting - Worldwide    877-702-9580

Page 292

```
1           Loeffler
2      mischaracterizing the testimony.          15:53:21
3         If you can answer it, go ahead.        15:53:22
4      A.  Would you ask that again, please.     15:53:24
5      Q.  I believe you had earlier indicated   15:53:27
6  that George Hesse had communicated to you that 15:53:29
7  the investigation of the Halloween incident    15:53:31
8  conducted on the night of the incident was     15:53:33
9  improper and that another investigation would  15:53:35
10 be conducted.                                  15:53:36
11     A.  He was instructed by Ed Paradiso to   15:53:37
12 do that, yes.                                  15:53:40
13     Q.  Did you ever speak about that         15:53:41
14 subject with Ed Paradiso?                      15:53:43
15         MR. WELCH:  Objection.  Asked and     15:53:46
16     answered.                                 15:53:46
17         You can answer it again.              15:53:46
18     A.  No, I never did.                      15:53:47
19     Q.  And did you ever have any further     15:53:49
20 conversations with George Hesse about that     15:53:50
21 investigation that you referred to?            15:53:51
22         MR. WELCH:  Objection.  Asked and     15:53:53
23     answered.                                 15:53:54
24         You can answer it again.              15:53:54
25     A.  No.                                   15:53:55
```
TSG Reporting - Worldwide    877-702-9580

Page 293

```
1           Loeffler
2          MR. GRAFF:  How much time, if I       15:53:55
3      could ask the videographer, is left on this 15:54:02
4      tape?                                     15:54:04
5          THE VIDEOGRAPHER:  59 minutes.        15:54:04
6          MR. GRAFF:  I'd like to take a brief  15:54:10
7      break.                                    15:54:12
8          MR. WELCH:  Five minutes?             15:54:14
9          MR. GRAFF:  Yes.                      15:54:15
10         THE VIDEOGRAPHER:  Going off the      15:54:16
11     record.  The time is 3:54 p.m.            15:54:17
12         (Recess was taken from 3:54 to        15:54:19
13     4:04.)                                    15:54:20
14         THE VIDEOGRAPHER:  We are back on     16:02:20
15     the record.  The time is 4:04 p.m.        16:03:53
16 BY MR. GRAFF:                                  16:03:58
17     Q.  When I left earlier, I had asked you  16:03:58
18 if you knew who Mitch Burns is.                16:04:01
19     A.  Yes.                                  16:04:03
20     Q.  And your answer was you do not know   16:04:04
21 who Mitch Burns is?                            16:04:05
22     A.  No, I don't.                          16:04:06
23     Q.  The Complaint makes reference to a    16:04:07
24 known drug dealer.  Is that the reference to   16:04:09
25 Mitch Burns that you were referring to earlier? 16:04:12
```
TSG Reporting - Worldwide    877-702-9580

Page 294

```
1          Loeffler
2          MR. WELCH: Objection to the form.   16:04:14
3      You can answer.                          16:04:15
4      A.  I don't know.  I don't know who      16:04:17
5  Mitch -- I've heard the name, but I don't know  16:04:18
6  who he is.  I have never met the man.       16:04:20
7      Q.  Have you heard what his employment,  16:04:24
8  if any, is?                                 16:04:26
9      A.  No.  I don't know him.  I just said  16:04:27
10 I never met the man, never spoke to the man.  I  16:04:28
11 don't know who he is.                        16:04:31
12     Q.  Other than possibly reading his name  16:04:32
13 in the Complaint, do you have any idea where  16:04:33
14 else you would have heard the name?         16:04:35
15     A.  No.  No, I don't.                    16:04:38
16     Q.  Do you know if Ed Paradiso has ever  16:04:48
17 sued the Incorporated Village of Ocean Beach?  16:04:52
18     A.  Yes.  Yes, he has.                    16:04:54
19     Q.  And has he sued Ocean Beach on more  16:04:56
20 than one occasion?                           16:05:00
21     A.  One that I'm aware of.               16:05:01
22     Q.  And what was -- what were the nature  16:05:04
23 of the allegations against Ocean Beach that Ed  16:05:07
24 Paradiso made on that occasion that you are  16:05:09
25 aware of?                                    16:05:11
```
TSG Reporting - Worldwide    877-702-9580

Page 295

```
1          Loeffler
2      A.  It's ongoing litigation with        16:05:12
3  reference to a wage dispute.                 16:05:14
4      Q.  So that litigation has not been      16:05:17
5  resolved?                                    16:05:21
6      A.  No, it has not.                       16:05:22
7      Q.  And when did Ed Paradiso initiate    16:05:23
8  that litigation?                             16:05:25
9      A.  While he was out injured in the line  16:05:26
10 of duty.                                     16:05:28
11     Q.  And what is he alleging in           16:05:29
12 connection with the wage dispute?           16:05:32
13         MR. WELCH: That you are aware of.   16:05:34
14 Objection to form, but you can answer.      16:05:36
15     A.  He is alleging that he is entitled   16:05:37
16 to certain benefits that we don't feel he is  16:05:39
17 entitled to.                                 16:05:43
18     Q.  And what benefits?                   16:05:43
19     A.  Monetary benefits.                    16:05:45
20     Q.  And how much money is at issue?      16:05:46
21     A.  I don't know.                         16:05:49
22     Q.  Do you know if you were named as an  16:05:52
23 individual defendant in that lawsuit?       16:05:54
24     A.  No, I was not.                        16:05:55
25     Q.  And who is representing the Village  16:05:57
```
TSG Reporting - Worldwide    877-702-9580

Page 296

```
1          Loeffler
2  in connection with that lawsuit?            16:06:00
3      A.  Bee Ready Fishbein Hatter Donovan.   16:06:01
4      Q.  Other than this lawsuit, is the law  16:06:04
5  firm -- has the law firm of Rivkin Radler    16:06:06
6  represented the Village of Ocean Beach in any  16:06:08
7  other case that you are aware of?           16:06:10
8          MR. WELCH: I am going to object to   16:06:13
9  the form.                                    16:06:14
10         If you know.  Do you know?           16:06:16
11     A.  I'm not sure.  I'm not sure.         16:06:17
12 Because I think you guys might represent us in  16:06:23
13 another case.  You do.  That's -- the Gilberd  16:06:25
14 case.  I think you have that now.           16:06:29
15         MR. WELCH: Do you know?  If you     16:06:31
16 don't know, you don't know.                  16:06:32
17     A.  Yes, you do.  Rivkin Radler does    16:06:33
18 represent us in another case.               16:06:37
19         MR. JEMAL: Just by Village counsel,  16:06:39
20 that's something that was recently          16:06:41
21 transferred to this firm, representation of  16:06:42
22 the Village on the Samuel Gilberd case      16:06:44
23 against the Incorporated Village of Ocean   16:06:47
24 Beach.                                       16:06:50
25     Q.  And the Samuel Gilberd case against  16:06:50
```
TSG Reporting - Worldwide    877-702-9580

Page 297

```
1          Loeffler
2  the Incorporated Village of Ocean Beach, that's  16:06:53
3  a civil lawsuit?                             16:06:53
4      A.  Yes, it is.                           16:06:54
5      Q.  Do you know -- have you reviewed the  16:06:55
6  Complaint that was filed in that lawsuit?    16:06:57
7      A.  Yes, I have, but I don't remember    16:06:58
8  when or where.  I have read it.             16:07:06
9      Q.  And can you describe as best you can  16:07:08
10 recall what Samuel Gilberd's allegations     16:07:11
11 against Ocean Beach are?                     16:07:13
12         MR. WELCH: As he remembers from     16:07:14
13 reading the Complaint?                       16:07:16
14         MR. GRAFF: From any source.         16:07:16
15         MR. WELCH: Or any personal          16:07:17
16 knowledge of, which he has already          16:07:18
17 testified to?  Not any source.  I am asking  16:07:19
18 you to clarify the question, please.  He    16:07:21
19 has already testified to his knowledge of   16:07:24
20 the Gilberd incident, his personal          16:07:26
21 knowledge of it, which he didn't have.  So  16:07:27
22 now you are asking for knowledge that he    16:07:29
23 gained from reading somebody else's         16:07:30
24 Complaint?                                   16:07:32
25         MR. GRAFF: Yes.                      16:07:32
```
TSG Reporting - Worldwide    877-702-9580

Page 298

```
1            Loeffler
2        MR. WELCH:  Do you have any          16:07:32
3   knowledge about the incident from reading   16:07:33
4   about somebody else's Complaint?          16:07:35
5      A.  He -- to the best of my            16:07:37
6   recollection, he makes an allegation that he   16:07:40
7   was injured while in custody.  That's the sum   16:07:43
8   and substance of what I can remember the     16:07:48
9   Complaint to be.                           16:07:49
10      Q.  Do you know if you are an individual   16:07:50
11   defendant in that lawsuit?                16:07:51
12      A.  I don't believe I am.             16:07:52
13      Q.  Do you know whether you have been   16:07:56
14   named as an individual defendant in any   16:08:02
15   lawsuits other than this lawsuit in connection   16:08:04
16   with your service at Ocean Beach?        16:08:06
17        MR. WELCH:  Objection.  Asked and   16:08:08
18   answered over five hours ago, but you can   16:08:09
19   answer it again.                          16:08:11
20      A.  No.                               16:08:11
21      Q.  Do you know whether former Mayor   16:08:12
22   Rogers has been named as an individual   16:08:16
23   defendant in any other lawsuit other than this   16:08:19
24   lawsuit in connection with her service at Ocean   16:08:19
25   Beach?                                    16:08:21
```
TSG Reporting - Worldwide      877-702-9580

Page 299

```
1            Loeffler
2      A.  No, I do not.                      16:08:21
3      Q.  Do you know whether Alan Loeffler   16:08:23
4   has been named as an individual defendant in   16:08:29
5   any lawsuit in connection with carrying out any   16:08:31
6   law enforcement duties that he has?      16:08:39
7        MR. WELCH:  Objection to the form,   16:08:41
8   and Alan Loeffler it's been established he   16:08:46
9   is not working for the Village anymore, so   16:08:48
10   he doesn't have any continuing duties.   16:08:50
11        MR. GRAFF:  I said any law          16:08:52
12   enforcement duties that he has.          16:08:53
13        MR. WELCH:  That he has.  He doesn't   16:08:55
14   work for the Village anymore.  You are   16:08:56
15   saying if he is still employed in a law   16:08:57
16   enforcement capacity?                     16:08:57
17        MR. GRAFF:  Yes.                     16:08:59
18        MR. WELCH:  You need to establish   16:09:01
19   that foundation if he is still employed in   16:09:02
20   law enforcement.  I don't think you have.   16:09:04
21        MR. GRAFF:  Okay.  I am asking now   16:09:04
22   if Mayor Loeffler knows whether his      16:09:06
23   brother, Alan Loeffler, has been named as   16:09:08
24   an individual defendant in connection with   16:09:10
25   the execution of any law enforcement duties   16:09:12
```
TSG Reporting - Worldwide      877-702-9580

Page 300

```
1            Loeffler
2   that he may have in his capacity as an     16:09:14
3   employee of any employer.                 16:09:17
4        MR. WELCH:  Ever?  Or right now?  If   16:09:18
5   he is still employed is there a lawsuit   16:09:20
6   pending against him or is he a defendant in   16:09:22
7   a lawsuit?                                16:09:24
8        MR. GRAFF:  Has he ever been a       16:09:24
9   defendant in a lawsuit in connection with   16:09:25
10   his execution of law enforcement duties   16:09:27
11   that Mayor Loeffler is aware of.          16:09:30
12        MR. WELCH:  Ever.                    16:09:32
13        MR. GRAFF:  Yes.                     16:09:32
14      A.  Yes.                              16:09:33
15      Q.  Has he been involved in more than   16:09:33
16   one such lawsuit that you are aware of?   16:09:35
17      A.  I don't know.                     16:09:37
18      Q.  And the one lawsuit that you are   16:09:39
19   aware of, is that still pending?         16:09:42
20      A.  Yes.                              16:09:44
21      Q.  And do you know who the plaintiff is   16:09:44
22   in that lawsuit?                          16:09:45
23      A.  No.                               16:09:46
24      Q.  And do you know what the nature of   16:09:46
25   the allegations against Alan Loeffler are in   16:09:48
```
TSG Reporting - Worldwide      877-702-9580

Page 301

```
1            Loeffler
2   that lawsuit?                             16:09:49
3      A.  No, I do not.                      16:09:50
4      Q.  Do you know whether it's alleged   16:09:51
5   that Alan Loeffler --                     16:09:53
6      A.  I just said I didn't know.  So it   16:09:54
7   doesn't matter.                           16:09:56
8      Q.  You don't know any of the         16:09:56
9   allegations?                              16:09:57
10      A.  No, I don't know any of the       16:09:57
11   allegations.                             16:09:57
12      Q.  Have you ever discussed it with Alan   16:09:58
13   Loeffler?                                 16:09:59
14      A.  I know he has a pending lawsuit.   16:10:00
15   That's all I know.                        16:10:01
16      Q.  Do you know when that lawsuit was   16:10:02
17   commenced?                                16:10:04
18      A.  No.                               16:10:04
19      Q.  Do you know whether that lawsuit was   16:10:05
20   commenced prior to Alan Loeffler's retirement?   16:10:12
21      A.  Retirement from where?            16:10:18
22      Q.  From Ocean Beach.                 16:10:22
23      A.  No.  I don't -- he didn't -- I    16:10:26
24   don't -- no, I don't know that.          16:10:30
25      Q.  Did Alan Loeffler ever work at Ocean   16:10:31
```
TSG Reporting - Worldwide      877-702-9580

Page 302

```
 1              Loeffler
 2  Beach?                          16:10:33
 3      A.   He absolutely did.          16:10:33
 4      Q.   As a police officer?        16:10:34
 5      A.   Absolutely did.         16:10:35
 6      Q.   Do you know when he retired from      16:10:36
 7  that position?                  16:10:37
 8      A.   He never retired from that position.  16:10:38
 9      Q.   Is he still working as a police     16:10:39
10  officer?                         16:10:43
11      A.   No.                   16:10:43
12      Q.   But his employment as a police      16:10:46
13  officer at Ocean Beach is not ongoing; is that  16:10:48
14  correct?                        16:10:50
15      A.   That's correct.           16:10:51
16      Q.   Okay.  Mayor Loeffler, are you aware  16:10:52
17  that plaintiffs' allegations in this case      16:11:03
18  include the claims against George Hesse for     16:11:05
19  defamation?                      16:11:12
20      A.   Yes.                  16:11:13
21      Q.   And do you know what plaintiffs     16:11:14
22  have -- in what way plaintiffs have alleged    16:11:17
23  that George Hesse defamed them?          16:11:19
24      A.   No, I don't.            16:11:21
25      Q.   Have you ever discussed those       16:11:21
```
TSG Reporting - Worldwide      877-702-9580

Page 303

```
 1              Loeffler
 2  allegations with George Hesse?         16:11:23
 3      A.   No, I have not.         16:11:24
 4      Q.   Have you ever discussed those       16:11:25
 5  allegations with anyone other than your        16:11:26
 6  counsel?                         16:11:27
 7      A.   No, I have not.         16:11:27
 8      MR. GRAFF:  I am going to ask the       16:11:33
 9  court reporter to please mark as           16:11:35
10  Exhibit Loeffler 15 a three-page document   16:11:36
11  bearing Bates number 10182 through 10184.   16:11:48
12      (Loeffler Exhibit 15, Pending       16:11:59
13  Claims, Bates stamped 010182 through       16:11:59
14  010184, marked for identification.)      16:12:01
15      Q.   Mayor Loeffler, while your counsel   16:12:29
16  is looking at those documents, geographically,   16:12:30
17  what is the distance between the Town of Islip   16:12:37
18  and Ocean Beach?  That is, how would one --    16:12:44
19  strike that.                     16:12:48
20      How would one travel from the Town     16:12:49
21  of Islip to Ocean Beach?               16:12:51
22      A.   Ocean Beach is in the Town of Islip.  16:12:52
23      Q.   Okay.  And the Town of Islip Harbor  16:12:57
24  Police, do you know what their jurisdiction is?  16:13:02
25      A.   The Town of Islip.       16:13:04
```
TSG Reporting - Worldwide      877-702-9580

Page 304

```
 1              Loeffler
 2      Q.   And does that include Ocean Beach?   16:13:05
 3      A.   The waters in front of -- yes, the   16:13:08
 4  waters in Ocean Beach, yes, it would.      16:13:11
 5      Q.   And just so I'm clear, does the Town  16:13:13
 6  of Islip have overlapping jurisdiction with   16:13:20
 7  Ocean Beach Police Department or are they      16:13:21
 8  separate?                        16:13:24
 9      MR. WELCH:  Objection to the form of     16:13:24
10  the question.  To the extent it also calls   16:13:25
11  for a legal conclusion.                16:13:27
12      You can answer the question.        16:13:28
13      A.   I don't know exactly what their     16:13:30
14  jurisdiction is.                  16:13:31
15      Q.   Do you know who the chief or head of  16:13:32
16  the Town of Islip Harbor Police Department is?   16:13:37
17      A.   Robert Sgroi.           16:13:42
18      Q.   And do you know who preceded him in   16:13:43
19  that position?                   16:13:45
20      A.   My brother, Alan Loeffler.       16:13:45
21      Q.   And what position does Alan Loeffler  16:13:48
22  currently hold with the Town of Islip Harbor   16:13:51
23  Police?                          16:13:54
24      A.   None.                 16:13:54
25      Q.   Is Alan Loeffler currently employed  16:13:56
```
TSG Reporting - Worldwide      877-702-9580

Page 305

```
 1              Loeffler
 2  by any employer?                 16:13:59
 3      A.   No.                   16:14:00
 4      Q.   Do you know why he stopped serving   16:14:01
 5  as chief of the Harbor -- Town of Islip Harbor   16:14:03
 6  Police?                          16:14:09
 7      A.   Yes.                  16:14:09
 8      Q.   And why?                16:14:09
 9      A.   Because he spent thirty years here   16:14:10
10  and he retired.                   16:14:12
11      Q.   Mayor Loeffler, when you have had a   16:14:16
12  chance to review the document that's been     16:14:23
13  marked Loeffler 15, could you tell me, please,   16:14:25
14  if you have ever seen it before?           16:14:27
15      MR. WELCH:  The question is have you   16:14:29
16  seen this before.                  16:14:30
17      (Document review.)            16:14:48
18      A.   I've never seen this document.      16:14:48
19      Q.   Let's put it aside.       16:14:50
20      Have you ever heard of a person        16:14:52
21  named Harriet Beizer before, B-E-I-Z-E-R?      16:14:54
22      A.   Yes.                  16:14:57
23      Q.   And who is Harriet Beizer?       16:14:58
24      A.   She is a resident of the Village of   16:14:59
25  Ocean Beach.                      16:15:01
```
TSG Reporting - Worldwide      877-702-9580

Page 306

```
1            Loeffler
2      Q.   And when did you first meet Harriet   16:15:02
3   Beizer?                    16:15:04
4      A.   I've never met Harriet Beizer.    16:15:05
5      Q.   How do you know who she is?      16:15:06
6      A.   She filed a lawsuit against the    16:15:08
7   Village.                   16:15:09
8      Q.   And what is she alleging as a basis   16:15:10
9   for her lawsuit?              16:15:13
10     A.   I believe the lawsuit has been    16:15:13
11  settled and there is a confidentiality    16:15:16
12  agreement on that lawsuit, so I don't know if I  16:15:19
13  could pierce that.             16:15:21
14         MR. WELCH:  Do you need to step   16:15:23
15  outside and speak with counsel about it?   16:15:24
16         MR. GRAFF:  I would like to follow   16:15:26
17  up on that.  If you guys need to confer,   16:15:28
18  please do.                 16:15:30
19         MR. WELCH:  Yes, we will take a    16:15:30
20  minute.                    16:15:32
21         THE VIDEOGRAPHER:  Going off the   16:15:32
22  record.  The time is 4:16 p.m.        16:15:33
23         (Recess was taken from 4:16 to    16:15:35
24  4:29.)                     16:15:36
25         THE VIDEOGRAPHER:  We are back on   16:23:00
          TSG Reporting - Worldwide    877-702-9580
```

Page 307

```
1            Loeffler
2   the record.  The time is 4:29 p.m.  This is   16:28:47
3   the beginning of the tape labeled number 5.  16:28:51
4         (Mr. Novikoff enters.)        16:28:51
5         MR. GRAFF:  If the court reporter    16:28:56
6   could please read back my last question    16:28:57
7   before the break.             16:28:59
8         (Record read.)           16:29:12
9         MR. NOVIKOFF:  Yeah, the position we   16:29:13
10  are going to take is that to Mr. -- Mayor   16:29:14
11  Loeffler's recollection and belief the    16:29:18
12  confidentiality provision prevents him from   16:29:21
13  testifying in this -- on this issue without   16:29:24
14  a court order, so if it's something you    16:29:27
15  want to take up with the judge at a later   16:29:29
16  date and the judge rules that it's       16:29:32
17  relevant, then Mr. Loeffler has to testify   16:29:34
18  or otherwise produce a copy of the      16:29:36
19  confidentiality agreement, then obviously   16:29:38
20  we will comply with any court order, but --  16:29:40
21         MR. GRAFF:  Okay, and without     16:29:43
22  reference to the confidentiality agreement,  16:29:44
23  is your position that he can't answer    16:29:46
24  questions about the allegations at all in   16:29:47
25  that case?                 16:29:49
          TSG Reporting - Worldwide    877-702-9580
```

Page 308

```
1            Loeffler
2         MR. NOVIKOFF:  I think they are    16:29:49
3   palpably irrelevant and I don't know the   16:29:51
4   scope of the confidentiality agreement,    16:29:52
5   quite frankly, and I don't know how far it   16:29:54
6   goes.  I don't know if it says you can't    16:29:56
7   discuss anything about the lawsuit.  I     16:29:58
8   would think it would, because it's      16:30:00
9   presumably, I don't know, a settlement    16:30:02
10  agreement, and I think the safer approach   16:30:04
11  would be to mark it and take it up with the   16:30:08
12  judge and if the judge finds it, one,    16:30:11
13  relevant and, two, that he could testify    16:30:15
14  pursuant to the confidentiality agreement,  16:30:17
15  then we will do it.            16:30:19
16  RL       MR. GRAFF:  Let's just mark the    16:30:20
17  transcript for ease at this point.      16:30:21
18         MR. NOVIKOFF:  Yes.         16:30:21
19         MR. GRAFF:  I won't press on that    16:30:23
20  issue if you haven't seen the        16:30:25
21  confidentiality --             16:30:26
22         MR. NOVIKOFF:  Yeah, I haven't seen   16:30:27
23  it.  I would suggest perhaps in the future,   16:30:29
24  not in this case, in another case, if you   16:30:31
25  think you are going to go into a line of   16:30:34
          TSG Reporting - Worldwide    877-702-9580
```

Page 309

```
1            Loeffler
2   questioning where there was a settlement    16:30:34
3   agreement with a municipality, you give us   16:30:36
4   some notice and we could then find a      16:30:38
5   confidentiality agreement and maybe avoid   16:30:40
6   this issue, but...             16:30:42
7         MR. GRAFF:  Counsel, I didn't know   16:30:44
8   that the case had been settled until --   16:30:45
9         MR. NOVIKOFF:  No, I understand.  I   16:30:47
10  understand.                16:30:48
11  BY MR. GRAFF:                16:30:51
12     Q.   Mayor Loeffler, are you familiar    16:30:51
13  with a business in Ocean Beach called the   16:30:53
14  Island Mermaid Corporation?         16:30:56
15     A.   Yes.               16:30:58
16     Q.   And what is the nature of that    16:30:59
17  business?                  16:31:00
18     A.   It's a bar/restaurant.       16:31:00
19     Q.   And, to your knowledge, has the    16:31:02
20  Island Mermaid Corporation brought any lawsuit   16:31:03
21  against Ocean Beach during your service as   16:31:05
22  trustee or mayor?             16:31:07
23     A.   Yes.               16:31:08
24     Q.   And do you know what the nature of   16:31:08
25  the allegations in that lawsuit are?     16:31:10
          TSG Reporting - Worldwide    877-702-9580
```

Page 310

```
1              Loeffler
2     A.  No, I'm not familiar with it.    16:31:11
3     Q.  Mayor Loeffler, how many properties  16:31:13
4  do you own in the Village of Ocean Beach?     16:31:33
5     A.  One.          16:31:36
6     Q.  And what address is that property    16:31:37
7  located at?            16:31:39
8     A.  68 Ocean Road.        16:31:40
9     Q.  And is there an address 69 Ocean    16:31:42
10  Road?            16:31:44
11    A.  It's 68-69.  It's two lots.    16:31:44
12    Q.  Other than that property, do you own  16:31:49
13  any other properties?        16:31:50
14    A.  Not in the Village of Ocean Beach,    16:31:51
15  no, I do not.          16:31:53
16    Q.  What about outside the Village of    16:31:53
17  Ocean Beach?          16:31:55
18    A.  Yes, I do.        16:31:55
19    Q.  And how many properties do you own  16:31:56
20  outside of the Village of Ocean Beach?    16:31:57
21    A.  One.          16:31:59
22    Q.  And where is that property located?    16:31:59
23    A.  In Seaview.        16:32:02
24    Q.  And is that a rental property?      16:32:03
25    A.  Yes, it is.        16:32:07
```

TSG Reporting - Worldwide    877-702-9580

Page 311

```
1              Loeffler
2     Q.  And where is that property located?    16:32:08
3     A.  29 Beachwold Walk, Seaview.    16:32:11
4     Q.  Do you own any properties in the    16:32:21
5  state of Florida?        16:32:23
6     A.  Yes, I do.        16:32:24
7     Q.  And how many properties do you own    16:32:25
8  in Florida?          16:32:28
9     A.  I own one.        16:32:29
10    Q.  And where is that property located?  16:32:30
11    A.  2921 South Ocean Boulevard, Highland  16:32:32
12  Beach, Florida.        16:32:37
13    Q.  And do you know what the assessed    16:32:38
14  value of that property is?      16:32:39
15    A.  No, I do not.        16:32:41
16    Q.  Do you know what the assessed value  16:32:41
17  of the property that you own in Ocean Beach is?  16:32:42
18    A.  No, I do not.        16:32:44
19    Q.  Do you know what the assessed value  16:32:45
20  of the property that you referenced outside of  16:32:46
21  Ocean Beach that you own?      16:32:51
22    A.  No, I don't.        16:32:52
23    Q.  Other than those three properties,    16:32:52
24  do you own any other properties?      16:32:54
25    A.  I own a piece of property, a lot, in  16:32:56
```

TSG Reporting - Worldwide    877-702-9580

Page 312

```
1              Loeffler
2  Crystal River, Florida, a piece of vacant land.  16:33:01
3     Q.  And when did you acquire that land?    16:33:07
4     A.  25 years ago.        16:33:09
5     Q.  Do you know what the current    16:33:12
6  assessed value of that land is?      16:33:13
7     A.  The taxes are $28, so I don't know    16:33:15
8  what the assessment is.  It wasn't one of my    16:33:19
9  best deals.          16:33:26
10    Q.  And was that the property at 2921 --  16:33:30
11    A.  No.  No.  It's a lot in Crystal    16:33:33
12  River, Florida.  I don't even know what the    16:33:37
13  address is.          16:33:39
14    Q.  Other than the properties that you    16:33:40
15  have already identified, do you own any other  16:33:48
16  properties?          16:33:50
17    A.  No.          16:33:50
18    Q.  Have you sold any properties that    16:33:51
19  you owned within the last five years?    16:33:58
20    A.  Yes.          16:34:01
21    Q.  And how many properties have you    16:34:02
22  sold?            16:34:04
23    A.  One.          16:34:04
24    Q.  Where is that property located?      16:34:04
25    A.  In the incorporated Village of Ocean  16:34:06
```

TSG Reporting - Worldwide    877-702-9580

Page 313

```
1              Loeffler
2  Beach.            16:34:08
3     Q.  And what's the address?      16:34:08
4     A.  31 Ocean Road.        16:34:09
5     Q.  Are there any other properties that    16:34:15
6  you own that you haven't identified today?      16:34:16
7     A.  No.          16:34:18
8     Q.  Are there any other properties that    16:34:18
9  you are a part owner of?        16:34:19
10    A.  No.          16:34:22
11    Q.  Are there any properties that your    16:34:23
12  wife owns in her name?        16:34:27
13    A.  Yes.          16:34:29
14    Q.  How many such properties?      16:34:31
15    A.  I don't know.        16:34:32
16      MR. NOVIKOFF:  I think I may stop    16:34:48
17  you talking about his wife's properties    16:34:49
18  unless they are jointly owned.      16:34:52
19    Q.  Other than the one boat that you    16:34:59
20  referenced earlier today, do you own any other  16:35:01
21  boats?            16:35:03
22    A.  No.          16:35:03
23    Q.  Other than the property that you    16:35:04
24  referenced earlier today that the mortgage was  16:35:08
25  secured through Trustee Wingate, have you    16:35:11
```

TSG Reporting - Worldwide    877-702-9580

Page 314

```
 1            Loeffler
 2   acquired any other properties through private   16:35:16
 3   lenders?                         16:35:20
 4       A.   No.                    16:35:20
 5       Q.   Has the mortgage on the property    16:35:21
 6   where the mortgager was Trustee Wingate, has   16:35:30
 7   that mortgage been repaid?         16:35:32
 8       A.   Yes.              16:35:33
 9       Q.   When was that mortgage repaid?     16:35:34
10       A.   Around ten years ago.    16:35:36
11       Q.   Do you own any businesses?    16:36:00
12       A.   No.                   16:36:02
13            MR. GRAFF:  If I could ask the court   16:36:07
14   reporter to please mark as Exhibit Loeffler  16:36:12
15   16 a copy of the Complaint in this case.    16:36:14
16            (Loeffler Exhibit 16, Complaint and  16:36:25
17   Jury Demand, marked for identification.)   16:36:25
18            MR. NOVIKOFF:  Okay.  Do you want   16:36:46
19   him to look at it and see if he recognizes   16:36:47
20   it?              16:36:50
21            MR. GRAFF:  Yes.         16:36:50
22       Q.   If you could look at it as much as   16:36:50
23   you need to to tell me if this is the document   16:36:52
24   that you recognize as the federal Complaint in   16:36:54
25   this lawsuit that you reviewed.         16:36:56
```
TSG Reporting - Worldwide      877-702-9580

Page 315

```
 1            Loeffler
 2       (Document review.)           16:37:02
 3            MR. NOVIKOFF:  We will stipulate   16:37:12
 4   that it's the Complaint. I mean, do you    16:37:12
 5   want him to --              16:37:18
 6       A.   Do you want me to go through this   16:37:19
 7   page by page?              16:37:21
 8            MR. NOVIKOFF:  If you want to go   16:37:22
 9   page by page, he will. I am trying to    16:37:22
10   short -- okay. Go ahead.          16:37:23
11       Q.   And as you are flipping, Mayor    16:37:26
12   Loeffler, if you could please let me know if    16:37:28
13   you find the point in the Complaint where it    16:37:29
14   references Mitch Burns.             16:37:32
15            MR. NOVIKOFF:  Well, you know what,   16:37:33
16   this is not a hunt and peck process. Why   16:37:34
17   don't you tell him what paragraph to look   16:37:37
18   at, because I gotta tell you, I'd probably   16:37:39
19   take five, ten minutes trying to find Mitch   16:37:41
20   Burns in there. So, you know, again, if    16:37:45
21   there is a paragraph number you want to   16:37:48
22   refer him to, then by all means, do so.    16:37:50
23            MR. GRAFF:  There is not.       16:37:50
24            MR. NOVIKOFF:  There is not? Does   16:37:52
25   the name Mitch Burns appear in there?    16:37:53
```
TSG Reporting - Worldwide      877-702-9580

Page 316

```
 1            Loeffler
 2            MR. GRAFF:  Mayor Loeffler indicated   16:37:56
 3   that he heard the name. He believed he saw   16:37:57
 4   it in the Complaint.            16:37:59
 5            MR. NOVIKOFF:  Okay, you know what,   16:38:00
 6   then look through and see if Mitch Burns   16:38:01
 7   appears in the Complaint. He has got seven   16:38:03
 8   hours.              16:38:18
 9       (Document review.)           16:38:47
10            MR. NOVIKOFF:  Ari, I have no    16:38:47
11   problem while the mayor is looking page by   16:38:48
12   page for Mitch Burns' name, but if the end   16:38:50
13   result of this is that the mayor is going   16:38:53
14   to say he was mistaken, that Mitch Burns'   16:38:54
15   name does not appear in the Complaint,   16:38:56
16   where does that get you other than wasting   16:38:58
17   five minutes of time? But it's your   16:39:00
18   deposition. I just...         16:39:03
19       (Document review.)           16:39:22
20       Q.   Mayor Loeffler, rather than taking   16:39:27
21   the time now, why don't we mark the transcript   16:39:29
22   and if on your review of the transcript you do   16:39:31
23   remember where you saw the name Mitch Burns,   16:39:36
24   you can just fill it in there.         16:39:38
25       A.   So what does that mean?       16:39:40
```
TSG Reporting - Worldwide      877-702-9580

Page 317

```
 1            Loeffler
 2            MR. NOVIKOFF:  That means you don't   16:39:41
 3   have to read any more of the Complaint.    16:39:43
 4   TO BE FURNISHED:_____.  16:39:44
 5       Q.   If I could turn, please, to       16:39:44
 6   paragraph 60 of the Complaint.         16:39:46
 7            MR. NOVIKOFF:  Is there       16:39:58
 8   anything you would like the mayor to do   16:39:59
 9   with paragraph 60?          16:40:01
10            MR. GRAFF:  If he could read it,    16:40:02
11   please.              16:40:03
12            MR. NOVIKOFF:  Read the whole    16:40:03
13   paragraph to himself? Okay.          16:40:04
14            MR. GRAFF:  Yes.         16:40:05
15            MR. NOVIKOFF:  Sure.         16:40:06
16       (Document review.)           16:40:21
17       A.   Okay.              16:40:46
18       Q.   Did you discuss the allegations in    16:40:47
19   paragraph 60 of the Complaint with anyone other   16:40:50
20   than counsel?              16:40:52
21       A.   I don't remember that, reading that,   16:40:53
22   but --              16:40:56
23            MR. NOVIKOFF:  So that's your    16:40:57
24   answer.              16:40:58
25       Q.   After reading that do you recall   16:40:59
```
TSG Reporting - Worldwide      877-702-9580

Page 318

```
1            Loeffler
2  whether other than in the context of this      16:41:02
3  Complaint you have any information concerning   16:41:04
4  any of the allegations set forth in paragraph   16:41:06
5  60?                          16:41:08
6        MR. NOVIKOFF:  Whoa, counselor,    16:41:08
7  there is a lot going on in paragraph 60.    16:41:11
8  You got paragraph 60 saying that Fiorillo   16:41:13
9  was en route to the police station.  So    16:41:16
10 that's one issue.  And that Fiorillo    16:41:18
11 observed Bosetti drinking.  That's another  16:41:20
12 issue.  That then Bosetti approaching -- I   16:41:22
13 mean, you have 25 issues saying that Fiorillo 60   16:41:24
14 that you are asking this witness to opine   16:41:27
15 about.                       16:41:29
16    Q.  Let me --               16:41:29
17       MR. NOVIKOFF:  Be more specific.    16:41:31
18    Q.  Do you have any information    16:41:32
19 concerning the incident involving a cabinet   16:41:34
20 thrown into the Great South Bay that's alleged  16:41:38
21 in this paragraph?              16:41:40
22    A.  I do not have any information with   16:41:41
23 reference to this incident.         16:41:43
24    Q.  If you could turn, please, to page   16:41:44
25 16, paragraph 63.               16:41:49
        TSG Reporting - Worldwide    877-702-9580
```

Page 319

```
1            Loeffler
2        MR. NOVIKOFF:  Would you like the   16:41:55
3  witness to read paragraph 63 to himself?   16:41:56
4        MR. GRAFF:  Let me first ask the    16:41:59
5  question and then he can read as much as he  16:42:00
6  needs to to answer it.              16:42:02
7        MR. NOVIKOFF:  Okay.          16:42:02
8    Q.  The allegations under the subheading   16:42:03
9  The Halloween Incident run from paragraph 63   16:42:05
10 and end before the next subheading in    16:42:08
11 paragraph 70.                  16:42:10
12       MR. NOVIKOFF:  I will stipulate to   16:42:11
13 that.                         16:42:12
14    Q.  My question is whether, Mayor    16:42:13
15 Loeffler, you discussed any of the allegations   16:42:15
16 in these paragraphs with anyone other than   16:42:16
17 counsel?                     16:42:18
18       MR. NOVIKOFF:  You know -- okay.    16:42:18
19 You are talking -- you are asking the    16:42:22
20 witness without even reading --       16:42:24
21       MR. GRAFF:  No.            16:42:24
22       MR. NOVIKOFF:  -- the paragraph.  So   16:42:26
23 you want him now to read 63 through 70 and   16:42:26
24 then ask the question whether or not he    16:42:29
25 read -- he had discussed any issues that   16:42:31
        TSG Reporting - Worldwide    877-702-9580
```

Page 320

```
1            Loeffler
2  could possibly have been referred to in    16:42:34
3  these eight, nine paragraphs with anyone   16:42:37
4  other than counsel?  If that's what you    16:42:38
5  want him to do, I will provide -- fine.   16:42:41
6  Read 63 through 70 and then I will ask the   16:42:44
7  court reporter to repeat the question so    16:42:47
8  it's absolutely clear and in case I need to   16:42:48
9  make an objection.                16:42:52
10       THE WITNESS:  Do you want me to read   16:42:52
11 it out loud?                  16:42:52
12       MR. NOVIKOFF:  No, to yourself.    16:43:09
13 (Document review.)                16:43:09
14       MR. NOVIKOFF:  Once you have read   16:43:27
15 it, tell me when you are done.         16:43:28
16 (Document review.)                16:43:28
17       MR. NOVIKOFF:  Okay.  Stop.  You   16:44:49
18 want him to just read up to paragraph 70;   16:44:50
19 right?                      16:44:53
20       MR. GRAFF:  Yes.           16:44:53
21       MR. NOVIKOFF:  Okay, now, can the   16:44:53
22 court reporter please read the question    16:44:55
23 that Mr. Graff is asking the witness.    16:44:56
24 (Record read.)                  16:45:09
25       MR. NOVIKOFF:  I am going to object   16:45:11
        TSG Reporting - Worldwide    877-702-9580
```

Page 321

```
1            Loeffler
2  to the form, because there are a number of   16:45:12
3  allegations in all of these and I will go   16:45:16
4  sentence by sentence then.          16:45:19
5    Q.  Were there any sentences in these   16:45:21
6  paragraphs that you can recall specifically   16:45:23
7  discussing with anyone?           16:45:25
8    A.  Yes, one.                16:45:26
9    Q.  Which sentence?             16:45:28
10    A.  Paragraph 69, Defendant Loeffler,   16:45:29
11 then serving in his capacity as Village board   16:45:40
12 member, and I don't know what official police   16:45:43
13 liaison is, was present in the station house   16:45:44
14 and said that he believed the injuries to   16:45:47
15 Vankoot constituted assault in the second   16:45:52
16 degree with a dangerous instrument.  I already   16:45:56
17 testified that that's exactly what I said.   16:45:59
18    Q.  And did you discuss that statement   16:46:00
19 with anyone other than your counsel?      16:46:02
20    A.  No.  Well, I did with you.    16:46:03
21    Q.  Thank you.  And have you ever heard   16:46:05
22 the term in any of your law enforcement    16:46:09
23 positions "official police liaison"?      16:46:11
24    A.  No.                   16:46:14
25    Q.  Is the first time you encountered   16:46:14
        TSG Reporting - Worldwide    877-702-9580
```

Page 322

```
 1          Loeffler
 2 that term in this Complaint?          16:46:18
 3    A.  Yes.                     16:46:19
 4    Q.  Mayor Loeffler, I know this is a      16:46:30
 5 sensitive topic and I don't want to keep     16:46:32
 6 returning to it, but very briefly, did Dale or  16:46:34
 7 Doug Wykoff Senior ever indicate to you that   16:46:39
 8 they blamed Ed Paradiso in any way for the    16:46:41
 9 death of their son?                16:46:44
10    MR. NOVIKOFF:  No.  Ari, I mean,   16:46:45
11 what possible relevance -- and I don't even   16:46:51
12 know what the answer is, but what possible   16:46:54
13 relevance could that have to this lawsuit    16:46:56
14 about apparently Mr. Wykoff's son --       16:47:00
15    THE WITNESS:  Committed suicide.   16:47:03
16    MR. NOVIKOFF:  -- committed suicide? 16:47:03
17    MR. GRAFF:  Could I perhaps just    16:47:05
18 speak to you off the record privately?      16:47:06
19    MR. NOVIKOFF:  Sure, I would be     16:47:07
20 happy to.                     16:47:08
21    THE VIDEOGRAPHER:  Going off the   16:47:09
22 record.  The time is 4:47 p.m.          16:47:10
23    (Recess was taken from 4:47 to     16:47:13
24 4:57.)                      16:47:13
25    THE VIDEOGRAPHER:  We are back on  16:56:39
TSG Reporting - Worldwide      877-702-9580
```

Page 323

```
 1          Loeffler
 2 the record.  The time is 4:57 p.m.       16:56:44
 3    MR. GRAFF:  Could the court reporter  16:56:50
 4 please read back my last question to the    16:56:51
 5 witness.                     16:56:53
 6    (Record read.)               16:57:18
 7    A.  No.                   16:57:20
 8    Q.  Mayor Loeffler, do you know whether 16:57:35
 9 Mike Loeffler was in the company of Doug Wykoff 16:57:36
10 Junior on the night that he passed away?     16:57:39
11    A.  I don't know that.  I don't know    16:57:42
12 whether he was or not.  They are cousins, you  16:57:49
13 know.  He is related to me, Douglas.       16:57:51
14    Q.  I didn't know that.  What's the    16:57:53
15 relation?                     16:57:54
16    A.  It's kind of involved, but Dale's -- 16:57:55
17 Dale's mother and Doug's -- Dale's mother    16:58:00
18 and -- Dale's mother was sister to my      16:58:08
19 brother-in-law's who married my -- it gets very 16:58:10
20 involved, but they are second cousins, Doug and 16:58:15
21 my son.                      16:58:18
22    Q.  But you don't know if he was     16:58:21
23 specifically with his company in --        16:58:23
24    A.  I don't know that.            16:58:24
25    Q.  Do you know whether Mike Loeffler  16:58:25
TSG Reporting - Worldwide      877-702-9580
```

Page 324

```
 1          Loeffler
 2 had consumed drugs or narcotics on the night of 16:58:36
 3 Doug Junior's death?               16:58:41
 4    A.  I don't know that.            16:58:42
 5    Q.  Did you ever have any conversations  16:58:43
 6 with anyone at Ocean Beach Police Department   16:58:49
 7 concerning that subject?             16:58:51
 8    A.  No, I did not.  That investigation   16:58:53
 9 was handled by the Suffolk County Homicide    16:58:57
10 Division, Doug's death.             16:58:59
11    Q.  And were you ever a part of that    16:59:02
12 division as the Suffolk County detective?     16:59:03
13    A.  Yes, I was.               16:59:07
14    Q.  Were you involved at all in that    16:59:07
15 investigation?                   16:59:09
16    A.  No, I was not.             16:59:10
17    Q.  Mayor Loeffler, prior to your     16:59:36
18 election as mayor, did you ever state to anyone 16:59:37
19 in substance that you intended to terminate   16:59:42
20 either of the Bosettis' employment as police   16:59:46
21 officers in the event that you were elected    16:59:49
22 mayor?                      16:59:50
23    A.  No, I did not.              16:59:50
24    Q.  Do you know whether the Suffolk    16:59:56
25 County Police Department has jurisdiction over  16:59:59
TSG Reporting - Worldwide      877-702-9580
```

Page 325

```
 1          Loeffler
 2 to enforce law in the Incorporated Village of   17:00:08
 3 Ocean Beach?                   17:00:10
 4    A.  They have concurrent jurisdiction,   17:00:11
 5 yes, they do.                   17:00:13
 6    Q.  And in practice do they ever carry   17:00:14
 7 out law enforcement activities that you are    17:00:16
 8 aware of in Ocean Beach?             17:00:18
 9    A.  Some investigative activities, but   17:00:19
10 not day-to-day law enforcement activities.    17:00:21
11    Q.  As a Suffolk County detective have   17:00:23
12 you ever carried out any of your duties within  17:00:25
13 the territory of the Incorporated Village --    17:00:28
14    A.  I was not -- I was not assigned to   17:00:31
15 the precinct that handles that jurisdiction.   17:00:32
16    Q.  What precinct were you assigned to?  17:00:35
17    A.  The first precinct.           17:00:36
18    Q.  And have you been assigned to the   17:00:37
19 first precinct --                 17:00:39
20    A.  As a detective for 19 years.      17:00:41
21    Q.  And that would be throughout your   17:00:43
22 service as mayor and police commissioner?     17:00:45
23    A.  Yes.                   17:00:47
24    MR. GRAFF:  Mayor Loeffler, thank   17:00:54
25 you very much for your time and answering    17:00:56
TSG Reporting - Worldwide      877-702-9580
```

## Page 326

```
 1              Loeffler
 2     my questions today.  I am concluded for      17:00:57
 3     today, although I would note that we would   17:01:00
 4     reserve our right to reopen, if necessary,   17:01:03
 5     upon production of the financial             17:01:07
 6     statements.                         17:01:10
 7          MR. NOVIKOFF:  I don't know if I        17:01:11
 8     necessarily agree with that, but you have    17:01:13
 9     stated your position on the record.  Okay.   17:01:15
10          MR. GRAFF:  Does anyone have cross?     17:01:17
11          MR. NOVIKOFF:  No.  Kevin?             17:01:20
12          MR. CONNOLLY:  No.                      17:01:20
13          MR. GRAFF:  Thank you.                  17:01:22
14          THE VIDEOGRAPHER:  We are now going    17:01:22
15     off the record.  The time is 5:01 p.m.       17:01:24
16     This is the end of the tape labeled          17:01:27
17     number 5 to this videotaped deposition.      17:01:28
18          (Time noted:  5:01 p.m.)               17:01:32
19                             17:01:32
20          ---------------------
21          JOSEPH C. LOEFFLER, JR.
22
23     Subscribed and sworn to before me
24     this        day of            2009.
25     ---------------------------------------
```

TSG Reporting - Worldwide      877-702-9580

## Page 327

```
 1
 2          C E R T I F I C A T E
 3
 4     STATE OF NEW YORK   )
 5                        ) ss.:
 6     COUNTY OF NASSAU    )
 7
 8          I, KRISTIN KOCH, a Notary Public within
 9     and for the State of New York, do hereby
10     certify:
11          That JOSEPH C. LOEFFLER, JR., the
12     witness whose deposition is hereinbefore
13     set forth, was duly sworn by me and that
14     such deposition is a true record of the
15     testimony given by such witness.
16          I further certify that I am not
17     related to any of the parties to this
18     action by blood or marriage; and that I am
19     in no way interested in the outcome of this
20     matter.
21          IN WITNESS WHEREOF, I have hereunto
22     set my hand this 9th day of March, 2009.
23          ------------------------
24          KRISTIN KOCH, RPR, RMR, CRR, CLR
25
```

TSG Reporting - Worldwide      877-702-9580

## Page 328

```
 1
 2     --------------I N D E X----------------
 3
       WITNESS       EXAMINATION BY     PAGE
 4
 5     JOSEPH C. LOEFFLER, JR.   MR. GRAFF     7
 6     RULING: 308
 7     ------------------EXHIBITS------------------
       LOEFFLER        PAGE LINE
 8                         6   2
 9     Exhibit 1
10     Confidential Wage/Salary History.....
                           6   5
11     Exhibit 2
       Ocean Beach Defendants' Response to
12     Plaintiffs' First Set of
       Interrogatories......................
13                          91  18
       Exhibit 3
14     Incorporated Village of Ocean Beach
       Board of Trustees Meeting Held
15     January 28, 2006, Bates stamped
       000028............................
16                         107  24
       Exhibit 4
17     Memo dated April 4, 2006, Bates
       stamped 001005.....................
18                         147   5
       Exhibit 5
19     Letter dated January 4, 2007.........
                          161  22
20     Exhibit 6
       The Incorporated Village of Ocean
21     Beach Employee Handbook, Bates
       stamped 000001 through 000025.......
22                         173  20
       Exhibit 7
23     Handwritten document, Bates stamped
       003780...............................
24                         177  10
       Exhibit 8
25     Memo dated March 26, 2007, Bates
       stamped 003778......................
```

TSG Reporting - Worldwide      877-702-9580

## Page 329

```
 1
 2     ------------------EXHIBITS------------------
 3
       LOEFFLER         PAGE LINE
 4                         186  23
 5     Exhibit 9
       Ratification and Approval of
 6     Personnel, Bates stamped 005875......
                           197  13
 7     Exhibit 10
       Accept the NYS Department of
 8     State's Proposed Responses on the
       Local Waterfront Revitalization
 9     Program, Bates stamped 009809........
                           203   2
10     Exhibit 12
       Section 1:  Discipline/Charges and
11     Specifications, Bates stamped 2652
       through 2661.........................
12                         208  21
       Exhibit 11
13     Resolution No. 2008-18, Bates
       stamped 009810.......................
14                         232  23
       Exhibit 13
15     Letter dated April 6, 2007, Bates
       stamped 005419.......................
16                         238  16
       Exhibit 14
17     Letter dated August 6, 2007, Bates
       stamped 004431.......................
18                         303  12
       Exhibit 15
19     Pending Claims, Bates stamped
       010182 through 010184...............
20                         314  16
       Exhibit 16
21     Complaint and Jury Demand.............
22
       ----------------DOCUMENT REQUESTS-------------
23
24     PAGE 187  All pages of Loeffler 9 and all
             pages of Loeffler 3
25
```

TSG Reporting - Worldwide      877-702-9580

Page 330

```
1
2    ----------------DOCUMENT REQUESTS------------
3
     PAGE 195   Complete manual
4
         198   All pages of Loeffler 10
5
         205   All pages of Loeffler 12
6
7    ----------INFORMATION TO BE FURNISHED--------
8
     PAGE  317  Location of Mitch Burns' name
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
     TSG Reporting - Worldwide      877-702-9580
```

Page 331

```
1
2        ERRATA SHEET FOR THE TRANSCRIPT OF:
3    Case Name:      Carter v. Ocean Beach
     Dep. Date:      February 25, 2009
4    Deponent:      Joseph C. Loeffler, Jr.
5        CORRECTIONS:
6    Pg. Ln.  Now Reads      Should Read    Reason
7    ____ ____  _____  _____  _____
8    ____ ____  _____  _____  _____
9    ____ ____  _____  _____  _____
10   ____ ____  _____  _____  _____
11   ____ ____  _____  _____  _____
12   ____ ____  _____  _____  _____
13   ____ ____  _____  _____  _____
14   ____ ____  _____  _____  _____
15   ____ ____  _____  _____  _____
16   ____ ____  _____  _____  _____
17   ____ ____  _____  _____  _____
18
19        _____
20        Signature of Deponent
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS____DAY OF_____, 2009.
23
24   _____
25   (Notary Public) MY COMMISSION EXPIRES:_____
     TSG Reporting - Worldwide      877-702-9580
```

**A**

**ability (3)**
13:15,20 250:8
**able (7)**
13:23 15:19,23 62:25
88:20,23 217:14
**absolutely (16)**
77:20 126:24,24
129:7 158:25
159:23 178:22
205:21 209:25
210:7 217:2 229:3
231:23 302:3,5
320:8
**abuse (2)**
168:23 202:8
**Academy (1)**
47:20
**accept (3)**
183:17 197:13 329:7
**acceptance (2)**
183:17 184:5
**accident (1)**
10:11
**accidentally (3)**
248:12,19 249:22
**accord (1)**
106:4
**accountability (1)**
196:10
**accounts (2)**
189:18 267:8
**accredited (1)**
200:17
**accuracy (1)**
92:13
**accurate (7)**
59:21 84:9,16,22,24
89:11,14
**accusation (1)**
126:16
**accused (2)**
126:12 245:14
**Achilles (2)**
63:17,19
**acknowledgment (2)**
165:24 166:5
**acquire (1)**
312:3
**acquired (1)**
314:2

**act (2)**
151:5,20
**acting (2)**
1:12 146:20
**action (6)**
6:20 83:4 179:8 221:9
221:14 327:18
**actions (5)**
97:13,14 196:10
241:6,8
**active (1)**
181:25
**actively (5)**
62:17,22 63:4,12
64:16
**activities (5)**
179:2 214:23 325:7,9
325:10
**actual (2)**
97:9 180:25
**ADA (14)**
222:19,22 257:7,8
259:4,7 260:25
261:5,23 262:3,9,13
262:25 263:15
**add (1)**
127:17
**addendum (2)**
199:25 200:3
**additional (2)**
138:23 209:7
**address (15)**
22:20 24:25 264:24
265:3,5,8,13 266:10
266:14,18,22 310:6
310:9 312:13 313:3
**addressed (4)**
20:10 158:18 180:11
180:13
**addresses (2)**
265:20 267:19
**addressing (1)**
38:23
**adhere (1)**
153:13
**adhered (1)**
180:4
**administer (2)**
5:13 215:15
**administering (1)**
165:2

**administers (1)**
215:13
**administration (3)**
45:14,19 47:3
**administrator (6)**
170:22 171:12,15,17
189:22 209:5
**adoption (5)**
156:24 192:7 193:21
196:15 198:14
**adopts (1)**
192:16
**adult (1)**
250:9
**advantage (1)**
241:5
**advice (22)**
20:15,18 21:9 33:3
66:17 77:19 96:10
129:19 174:19,22
178:20 180:18,19
180:20 193:15,19
227:11,11 233:18
239:14,16 241:22
**advise (4)**
57:7 129:12,16
234:24
**advised (1)**
230:17
**advisement (6)**
187:21 188:3 195:18
198:7 205:23
206:18
**affect (2)**
13:15,19
**affiliated (1)**
116:18
**affirmatively (1)**
122:25
**afternoon (2)**
211:10,12
**age (1)**
61:24
**agency (1)**
200:17
**ago (25)**
8:6 9:2,17,19 23:14
24:19 25:20 26:7
28:2,3,22 33:14
37:6,8 130:6 210:18
249:25 250:2,3

274:25 287:8,9
298:18 312:4
314:10
**agree (1)**
326:8
**agreed (5)**
5:2,6,10 185:18 230:6
**agreement (8)**
306:12 307:19,22
308:4,10,14 309:3,5
**ahead (7)**
17:25 93:6 97:19
199:5 274:20 292:3
315:10
**Airport (1)**
32:8
**al (2)**
6:13,14
**Alan (29)**
30:11,12,18 31:13
32:5 135:11,12,16
135:21,25 139:16
140:10 141:6
148:19 248:13,20
249:6 250:8 299:3,8
299:23 300:25
301:5,12,20,25
304:20,21,25
**alarm (1)**
283:12
**alcohol (1)**
169:7
**alcoholic (5)**
85:3,8,11,17,23
**Alison (11)**
1:15 142:9 143:3,7,8
143:10 144:5
148:10,14 149:13
149:25
**allegation (7)**
11:16 244:23 289:20
289:23 290:20
291:6 298:6
**allegations (24)**
39:22 40:12,22 43:21
246:9,24 250:14
287:18 289:21
294:23 297:10
300:25 301:9,11
302:17 303:2,5
307:24 309:25

317:18 318:4 319:8
319:15 321:3
**alleged (4)**
246:6 301:4 302:22
318:20
**alleging (3)**
295:11,15 306:8
**allow (6)**
20:16 128:15 145:13
145:15 146:18
249:15
**allowed (3)**
140:15,24 196:9
**alter (1)**
182:10
**ambiguity (1)**
237:20
**ambulance (6)**
251:7,11,12,13
252:14,15
**amendment (1)**
200:2
**amount (2)**
24:3 216:4
**Anash (1)**
53:22
**and/or (3)**
84:3 88:18 89:23
**Anne (23)**
33:24 132:8,9,13,20
133:4,12 134:7
141:5,8 143:20
144:4 180:22 181:6
181:15 189:22
190:4,7 209:5
234:17 253:19,20
254:19
**announcement (2)**
225:2,7
**annoyance (3)**
18:8 19:2,6
**annoyed (3)**
18:4,7,14
**answer (155)**
8:18,20 13:12,23 14:9
15:20,23 16:8 17:4
19:17 20:12,16 21:8
21:11 32:13,13 34:8
34:12 35:21 44:4
50:19 52:9,25 53:7
62:5,15,25 63:9

64:21 65:25 66:16
69:13,17 71:22
72:11 74:2 75:12,23
77:13 78:12 79:18
80:10 82:16,19,22
84:21 86:4,13 90:8
95:11 96:12,16 98:4
101:4,16 106:10,20
109:24,25 110:15
114:23 118:23
124:2 127:19 131:2
133:8 134:5 152:7
154:6 163:2 168:17
170:2 175:7 184:13
184:13 185:9
186:16 187:9
188:14,15 205:13
211:19 212:12,18
214:4,8 216:2 223:7
224:25 226:18
227:13,15 228:10
230:4 231:7 232:16
236:18 237:13
238:2 239:10,13
240:8 241:23,25
243:22 245:18
247:9,18 248:9,15
249:16,20 250:19
252:19 255:21
256:18 257:24
263:7,22 265:22
266:25 267:13,22
268:6,19 269:6
270:21 273:5,9,11
274:20 276:17
279:3 284:22 286:7
287:20 288:6,21
290:7,11 291:13,16
291:16 292:3,17,24
293:20 294:3
295:14 298:19
304:12 307:23
317:24 319:6
322:12
**answered (19)**
52:24 53:3 79:5
105:16 168:18
186:15 230:3 231:6
237:25 263:6
266:24 276:9 279:2
279:23 280:8,9

292:16,23 298:18
**answering (3)**
14:8 90:25 325:25
**answers (1)**
77:12
**Anthony (1)**
81:14
**anybody (17)**
98:21 100:13,19,22
138:18 142:7 253:3
253:7,7,11 256:12
256:13,23 262:15
263:8 265:12
266:16
**anymore (2)**
299:9,14
**AP (3)**
223:13 224:2,9
**apologize (1)**
234:13
**apparently (4)**
93:15 187:7 212:22
322:14
**Appeals (1)**
26:11
**appear (3)**
178:11 315:25 316:15
**appearances (1)**
6:17
**appeared (2)**
54:12 143:25
**appears (6)**
92:18 93:14 94:9
110:3 198:10 316:7
**applicable (6)**
86:10 87:10,15 132:4
134:17 139:10
**applied (1)**
179:25
**apply (1)**
166:22
**appoint (2)**
151:5,21
**appointed (1)**
142:6
**appointment (1)**
144:10
**appreciate (1)**
291:5
**approach (1)**
308:10

**approaching (1)**
318:12
**appropriate (5)**
51:9 149:15 225:24
226:2 246:20
**appropriateness (1)**
225:22
**approval (9)**
146:15 179:15,17,23
186:24 189:20,25
236:23 329:5
**approve (1)**
201:14
**approved (1)**
237:3
**approximate (1)**
266:2
**approximately (7)**
24:19 29:17 130:7
159:13 164:23
249:25 265:25
**April (30)**
41:3 107:25 113:10
113:13 114:10
117:25 118:10,14
118:19 119:3,10,19
119:19,20,22,25
121:19 122:16
123:15 124:5 160:9
232:24 233:13,14
234:10 235:11
236:4 242:18
328:17 329:15
**apt (1)**
137:13
**area (5)**
155:21 217:10,12,13
218:19
**Ari (18)**
6:18 8:6,22 19:4 54:9
77:5 81:23 112:6
119:18 205:18
249:8 272:2 285:16
287:2,16 289:18
316:10 322:10
**ARIEL (1)**
3:8
**Arlene (1)**
141:19
**arrest (15)**
9:24 126:5,15,22

128:14,19 129:13
230:18 238:4
241:10 242:21,24
243:4,5,7
**arrested (5)**
129:13 238:8 239:17
241:13 261:14
**arresting (1)**
129:10
**arrived (1)**
117:22
**arrow (5)**
92:19,20,24 94:13,13
**Arta (6)**
105:2,4 188:24,25
189:5,15
**Arta's (2)**
189:11,15
**article (5)**
264:9 274:3,5,12,22
**articulate (1)**
287:19
**ascertain (1)**
187:18
**aside (10)**
96:18 113:12 196:25
197:4,7 201:17
207:20 210:8
262:19 305:19
**asked (40)**
32:2 50:12,17 54:19
78:17 79:24 92:3
105:15 111:25
142:20 149:21
186:15 199:3
205:18 230:2 231:5
237:24 248:17
255:6 259:10 260:2
260:3,6,8 261:8
263:5 266:23
269:17 273:10,11
275:18 276:8
278:25 279:22,25
285:20 292:15,22
293:17 298:17
**asking (43)**
8:8 14:13 19:23 49:25
51:13,19 52:18,22
54:14,16 73:17 76:6
79:15 84:14 87:4
97:12,21 106:20

120:22 122:22,25
125:15 135:2
140:12 149:12
152:2 154:4 170:17
184:16,21 203:11
204:23 243:6
244:12 247:6
274:16 290:14
297:17,22 299:21
318:14 319:19
320:23
**assault (12)**
243:23 244:2,8,12,14
244:24 245:2,4
251:10 252:4,8
321:15
**assaulting (1)**
245:14
**assert (1)**
20:19
**assessed (7)**
25:6,9,12 311:13,16
311:19 312:6
**assessment (1)**
312:8
**assigned (4)**
265:20 325:14,16,18
**assignment (11)**
66:10,12 153:24
174:6 181:24
240:15,20,21 241:8
242:5 252:21
**assimilated (1)**
160:2
**assist (1)**
128:17
**assistance (1)**
56:25
**associated (1)**
215:6
**Association (3)**
99:3,18 100:11
**assume (2)**
123:7 237:2
**assuming (1)**
125:14
**attain (4)**
45:15 46:5,22 130:16
**attained (4)**
47:11,17,19,25
**attempted (2)**

Page  3

127:2 149:18
**attempting (4)**
128:14,17 135:22
200:16
**attend (5)**
44:13,17,21 45:3 46:8
**attendance (1)**
138:4
**attended (4)**
45:23 46:11 47:8,19
**attending (3)**
37:9 39:10 46:15
**attention (7)**
74:7,24 75:10 81:17
167:12 183:9
198:13
**attested (1)**
209:4
**attire (4)**
175:11,12 184:23
185:5
**attorney (5)**
65:22 141:18 222:14
234:18 290:13
**attorneys (8)**
3:5,11,18 4:6 5:3
164:5 224:19
262:20
**attorney's (8)**
141:16 221:17 222:12
222:17,18 257:5
262:6,11
**attorney/client (2)**
53:2 239:9
**August (4)**
56:20 238:17 242:12
329:17
**authored (1)**
157:7
**authority (7)**
95:7,8 125:12 146:3,7
146:10,21
**authorization (1)**
220:21
**authorize (1)**
218:3
**authorized (3)**
5:12 193:7 217:24
**authorship (1)**
196:3
**automobile (1)**

10:10
**available (1)**
70:10
**Avenue (1)**
3:6
**avoid (2)**
237:19 309:5
**await (1)**
65:11
**aware (47)**
8:13 23:2 49:4 72:15
73:5,10,11,22 74:5
78:21,24 86:9
107:15 111:14
116:17 129:23
134:9 138:12
148:15,16 149:6
152:4 169:16 170:3
170:4 202:7,17,19
214:24 226:13
244:13,17,20
245:13,21 250:13
254:3 267:7 294:21
294:25 295:13
296:7 300:11,16,19
302:16 325:8
**aye (1)**
97:6
**a.m (4)**
2:6 6:16 91:15,23

───────  B  ───────

**B (5)**
1:13 4:6 234:15 235:6
236:9
**baby (1)**
232:12
**bachelor (2)**
45:19 47:2
**back (20)**
17:7 36:25 48:13 83:6
91:22 156:13,16
163:23 183:4,9
208:9 211:6 213:2
248:10 258:22
293:14 306:25
307:6 322:25 323:4
**background (1)**
44:10
**Bacon (4)**
43:11,14,18,21

**badge (1)**
240:24
**bag (1)**
251:23,23 252:5
**balance (1)**
205:5
**Bar (1)**
250:15
**barbecue (9)**
127:15 128:8,11,12
128:16 129:4,7,17
230:22
**bar/restaurant (1)**
309:18
**base (2)**
133:15 138:9
**based (8)**
52:14 77:2 112:18
142:12 158:23
159:2,5 282:8
**baseless (1)**
40:10
**Basically (1)**
39:10
**basis (11)**
11:24 62:23 63:6,12
76:21 126:9 140:25
220:7 244:11
273:20 306:8
**Bates (46)**
54:22 91:20 92:6
107:22,25 147:3
161:20,24 165:25
166:8,10 167:8,9
168:21 170:10
173:18,21 177:8,11
186:21,24 197:11
197:16 202:24
203:4 208:16,20,22
232:21,24 238:14
238:17 303:11,13
328:15,17,21,23,25
329:6,9,11,13,15,17
329:19
**Bay (5)**
44:14 128:9 290:18
291:11 318:20
**Beach (294)**
1:9,12 3:12,19,20 6:5
6:14 22:15,22 24:11
24:12,16,23 26:12

26:22 27:8,11,14
28:8,18,24 29:11,25
30:4,10,15,20 36:8
40:23 41:9,20 42:3
42:7 43:16,25 48:6
48:25 49:12,18
53:16 54:12,21
56:14,23 57:12
59:20 60:8,16,18,22
61:3,4,22 63:23
64:2,18,24 65:4
66:19,22 67:2 71:6
71:11,19 72:13
74:10,12,13 80:2
82:4,6,8,9 83:20,21
84:3,13 85:5,10,16
85:25 86:8 87:11,16
91:19 92:5 99:2,17
100:10 101:2,11,19
101:21 102:5
103:17,18,25 104:5
105:14,14,20,25
106:17 107:2,5,22
108:23,25 109:18
116:18 117:17
118:8 119:17 120:4
120:18,24 121:13
121:17,24 122:19
124:9,24 125:5
126:13 129:9
131:20 132:3
133:20,22 134:2,8
134:12,19 136:11
136:14 137:7,17,21
138:14,18 145:7,24
146:2,4,7,15,16,21
150:23 152:11,25
153:8 154:14 155:2
158:2,3,19 159:9
160:17 161:10,19
161:20,23 162:21
163:12 164:2,2,25
166:14,16,17,23
167:22 169:19,19
170:5 172:20
173:18 177:9
179:14 186:2,21
189:2 191:22
192:10,12,17,21
193:6 195:2,6
197:11 200:16

202:9,14,24 206:6
208:20 209:19,21
211:17,25 212:5,10
213:7,21 214:12,18
214:22 215:4,16
216:21 217:8,17
219:15,22 224:23
226:7,15 229:13
231:18,21 232:10
232:13,21 235:8,11
238:14 245:7,10,16
245:25 251:6,9
261:3 264:25 265:7
265:9,10,14 266:10
266:13,14,17,18,21
267:8,20 268:9
270:19 282:8,25
283:4 284:7,19
285:3 288:2,14
294:17,19,23 296:6
296:24 297:2,11
298:16,25 301:22
302:2,13 303:18,21
303:22 304:2,4,7
305:25 309:13,21
310:4,14,17,20
311:12,17,21 313:2
324:6 325:3,8
328:11,14,21 331:3
**beaches (1)**
172:4
**Beachwold (2)**
23:21 311:3
**bearing (11)**
92:6 107:22 173:18
177:8 186:21
197:11 202:24
208:20 232:21
238:14 303:11
**bears (1)**
208:15
**Bee (5)**
3:10 7:8 141:14 164:5
296:3
**began (3)**
56:10 66:18,23
**beginning (8)**
8:25 81:13 89:3 91:24
156:17 183:6
258:24 307:3
**behalf (3)**

54:12 73:19 205:18
**behavior (1)**
169:24
**Beizer (4)**
305:21,23 306:3,4
**belief (4)**
133:15 220:8 243:15
307:11
**believe (58)**
36:22 41:3 50:17
53:22 54:2 58:8
70:15 72:24 75:6
77:14 99:8,12,14
114:13 118:20
128:9 133:14,16
137:7 139:14
145:22,25 148:25
165:9 176:5,15,15
179:25 188:19
196:6,14 200:10,25
201:6 206:4 214:5
215:14 220:4,9
230:11 233:25
236:19 240:11
246:14 248:3,6
253:16 264:8
268:25 269:4,7
271:15 277:4 278:4
289:6 292:5 298:12
306:10
**believed (4)**
230:7 243:11 316:3
321:14
**believes (2)**
226:23 246:23
**belonged (1)**
129:17
**benefits (3)**
295:16,18,19
**Benevolent (3)**
99:2,17 100:11
**best (6)**
15:24 59:21 192:11
297:9 298:5 312:9
**bestowed (1)**
61:12
**bestowing (1)**
95:12
**Bettenhouse (4)**
141:25,25 144:11
154:17

**Bettenhouse's (2)**
154:18,24
**better (7)**
15:11 17:3 137:7,12
137:18 152:15
155:25
**beverages (5)**
85:4,8,12,17,24
**Bian (1)**
222:23
**Biancavilla (13)**
222:24,25 257:7
259:5,8 260:25
261:6,24 262:3,10
262:14 263:2,15
**Bill (1)**
70:24
**binder (2)**
195:13,14
**bit (4)**
38:21 77:11 206:14
219:13
**bladder (1)**
277:5
**blamed (1)**
322:8
**blood (1)**
327:18
**board (82)**
20:2,3,24 21:3,18
26:10,21,23,25 27:2
69:21,24 70:4,17,25
71:4,9,17 72:16
73:6 77:22 82:4,10
84:13 90:15 91:19
93:16 94:3,10 96:21
97:23 98:10 111:6
114:14,20,20 115:3
116:8,11 146:9
165:10 170:20
179:14,17,23,23
183:21,25 188:9
189:23,25 193:9,20
193:24 194:4,17
195:21,25 196:2,6
198:11 199:25
201:24 202:4 209:3
225:3,14,19,21,23
227:3,5,18 228:22
228:24 229:21
236:21,23 237:2

254:10 321:11
328:14
**boat (7)**
37:22,25 38:3,7,9
252:22 313:19
**boats (2)**
38:5 313:21
**book-like (1)**
195:10
**Bosetti (21)**
41:5,7,15,18,22 42:22
42:25 43:4,8 212:7
213:4,20,24 231:4
231:10 253:24
254:3 277:22
291:10 318:11,12
**Bosettis (2)**
290:17 324:20
**Bosetti's (5)**
41:24 42:12,19
211:24 212:4
**bottom (4)**
56:4 108:14 174:21
178:9
**bought (4)**
22:12 24:2 164:8,10
**Boulevard (1)**
311:11
**bound (2)**
195:7,10
**Boy (1)**
287:12
**Boyle (2)**
52:14 69:9
**break (18)**
11:7,9 13:10,13 19:11
19:11 35:14 91:13
92:3 97:18 172:11
172:14 210:19
258:10 260:15
291:4 293:7 307:7
**breakfast (1)**
51:25
**breathing (1)**
199:20
**brief (2)**
252:25 293:6
**briefly (1)**
322:6
**bringing (1)**
196:8

**broad (4)**
107:9 142:19 168:13
206:14
**broadly (1)**
109:6
**brother (12)**
17:12 30:11,14 31:13
41:24 248:13,20
249:5,22,23 299:23
304:20
**brothers (2)**
253:25 254:4
**brother-in-law's (1)**
323:19
**brought (9)**
35:3 74:7,22 75:8
129:6 221:25
241:12 243:8
309:20
**Bud (4)**
280:15 281:2,12,22
**Bud's (1)**
281:19
**building (3)**
58:14,19 59:6
**bullet (4)**
102:21 103:2 178:9
178:10
**bullets (2)**
178:11 181:18
**bunch (1)**
155:14
**burden (1)**
81:24
**Burns (15)**
288:24 289:10,17,22
293:18,21,25
315:14,20,25 316:6
316:12,14,23 330:8
**business (8)**
39:13 45:14,19 47:2
267:20 283:4
309:13,17
**businesses (1)**
314:11
**buy (3)**
164:7,22 217:25
**B-E-I-Z-E-R (1)**
305:21

_____
**C**
_____

**C (17)**
1:9,21 2:9 3:2,19 4:2
7:15 56:2 83:20
90:13 109:13
326:21 327:2,2,11
328:5 331:4
**cabinet (2)**
291:14 318:19
**Caffuco (2)**
104:22 105:7
**calendar (1)**
240:2
**call (13)**
97:6 98:18 187:13
195:15 198:3 205:4
210:13 234:14
239:8 249:20 252:4
257:14 287:22
**called (8)**
7:16 99:2,17 100:10
257:15 269:8,11
309:13
**calls (11)**
184:10,11 185:8,20
186:3,8,8 199:18
236:14 241:20
304:10
**camera (4)**
162:11 217:7,17
272:23
**cameras (5)**
217:15 218:11,19,20
270:25
**capacities (1)**
73:23
**capacity (25)**
1:10,11,13,16 11:5,5
11:11,19 12:9,13
36:9 62:18 63:5
64:17 65:7 100:8
132:17,19 149:8
150:23 231:18
264:25 299:16
300:2 321:11
**captain (2)**
281:9 282:12
**caption (1)**
169:2
**captioned (1)**
168:23
**captured (1)**

279:19
**carbon (1)**
176:2
**care (1)**
13:19
**Carollo (10)**
238:10 239:17,21,24
241:12,13,17 242:4
242:9,12
**carried (4)**
193:14 251:20,22
325:12
**carry (1)**
325:6
**carrying (1)**
299:5
**Carter (12)**
1:5 6:13 116:14,19,23
116:24 117:4,10,12
117:21 119:2 331:3
**case (30)**
9:23 11:13,15,16,25
12:3,5,7,11 34:20
52:3 69:10 80:2
82:6 126:5 168:16
296:7,13,14,18,22
296:25 302:17
307:25 308:24,24
309:8 314:15 320:8
331:3
**cases (5)**
9:11 11:2,9 12:8,12
**casual (4)**
175:11,12 184:23
185:5
**catching (2)**
214:6,9
**category (1)**
139:21
**cause (1)**
179:3
**caused (1)**
234:13
**caveats (1)**
241:24
**CC (2)**
108:15 234:16
**CC'd (2)**
108:16,19
**cell (3)**
217:13 219:4 269:9

**center (1)**
283:3
**central (2)**
9:20 251:8
**certain (12)**
111:13,15 115:8
116:12 200:19
215:8,11 238:4
250:14 252:16
285:21 295:16
**certainly (3)**
162:9 172:16 205:21
**certainty (1)**
206:10
**certificate (3)**
47:13,21,23
**certification (3)**
46:20,23 88:17
**certifications (4)**
47:12,18 48:2 88:16
**certified (5)**
2:14,15 133:17,20,25
**certify (2)**
327:10,16
**certifying (1)**
155:9
**chair (1)**
160:4
**chalk (1)**
160:4
**chance (9)**
92:8 93:10 162:23
173:25 177:14
187:3 203:7 208:25
305:12
**change (9)**
67:9 123:6 152:11,25
153:5 174:6 183:20
185:10 225:10
**changed (5)**
119:9 153:4 181:25
183:25 291:14
**changes (3)**
14:22 114:2,5
**characterization (1)**
18:13
**characterized (3)**
94:2,6,8
**charge (3)**
61:6,9,17
**charged (5)**

243:23 244:2,8,12,14
**charges (10)**
221:24 241:11,14
243:8,9,13,17,20
246:12 247:14
**chauffeur (1)**
251:11
**check (1)**
216:7
**checkbook (1)**
216:7
**checking (1)**
273:17
**checks (1)**
270:24
**Cherry (3)**
36:4,6,14
**Chester (1)**
143:7
**chief (48)**
1:12 30:3,7 60:14,17
60:21 61:16 62:6,6
62:8,11,17,18 63:4
63:5,22 64:11,15,16
68:6,16 70:8,14
72:12 73:13 74:8
94:15,17,23 95:6,9
95:13 96:23 97:25
114:13 131:16
146:20 180:12
211:16 235:6,7
236:10 255:7,10
275:16,17 304:15
305:5
**child (2)**
285:12 286:25
**children (17)**
17:12,15,16,19,22
18:11,22 19:16,22
27:7,10 172:22
173:2,6 279:6 285:7
285:9
**Christine (2)**
17:17 28:23
**circumstances (10)**
42:16,19 104:9
182:15 199:21
287:14 288:3,10,15
288:18
**citation (6)**
125:7,24 126:22

127:3 129:11
230:19
**city (5)**
26:23 140:23 281:4,6
285:17
**civil (42)**
1:15 7:20,21 14:20
15:3,14 82:3,9
84:12 88:17 89:7,20
130:15,20,25
131:10,15,18,21
132:4 133:6 134:9
134:16,17,23 135:3
135:7 139:10
140:24 141:24
142:7,8 146:13
150:20 151:15,23
152:3 194:25
239:24 240:3,12
297:3
**civilian (2)**
240:24 245:14
**civilians (1)**
277:12
**claims (3)**
302:18 303:13 329:19
**clarification (2)**
119:24 169:4
**clarified (1)**
152:19
**clarify (5)**
142:25 152:14 170:18
208:11 297:18
**clarity (2)**
21:3 187:12
**classification (4)**
139:21 151:5,20,25
**clean (1)**
48:12
**clear (16)**
14:5 15:5 38:22 54:4
87:7 89:2 93:21
97:19 103:10
120:21 261:17
272:3,24 291:5
304:5 320:8
**clears (1)**
49:8
**clerical (6)**
104:11,13,20,24
178:6 240:23

**clerk (11)**
29:14,16,19,20
132:11 133:10
171:20,24 189:8,18
209:6
**client (3)**
205:19 206:3,15
**clock (1)**
276:21
**clothes (1)**
240:24
**CLR (2)**
1:25 327:24
**coffee (1)**
80:13
**college (11)**
44:17,20,22,25 45:4,8
45:11,13,16 47:3
60:7
**colleges (4)**
45:23 46:11 47:6,9
**combination (1)**
157:8
**come (5)**
17:7 48:13 114:11
213:3 251:4
**comes (1)**
203:10
**coming (1)**
117:14
**commenced (2)**
301:17,20
**commencement (1)**
38:24
**commences (1)**
185:5
**comment (4)**
224:18 225:20,23
252:7
**comments (2)**
161:7 224:20
**Commission (6)**
82:3,9 84:12 135:4,7
331:25
**commissioner (13)**
61:4 71:5 108:20,25
109:6,14,16 110:10
110:14,21 231:17
234:16 325:22
**commit (2)**
127:3 128:13

committed (3)
128:14 322:15,16
communicate (6)
31:14 78:8 145:11
181:18 220:19
243:16
communicated (19)
32:24 34:3 37:12 39:7
40:7 78:23 120:13
122:5,12 124:19
191:13 224:15
256:5 269:15 275:5
278:11,13 291:20
292:6
communication (10)
37:4 75:2 77:23
114:17 179:10
181:5 185:23
252:25 257:12
277:21
communications (21)
17:5 34:21 38:13
40:17 41:14 43:3
65:23 66:14 77:15
115:20 117:3 118:9
120:6 121:25 122:8
124:14 179:18
181:14 223:3 288:8
288:17
community (2)
137:12 283:3
company (2)
323:9,23
compare (3)
55:7 177:18 178:7
comparing (2)
162:3 233:3
competent (1)
162:6
compilation (3)
157:15,18 158:7
compiled (1)
157:10
compiling (1)
157:12
complainant (1)
128:21
Complaint (42)
38:17 39:15,18,22,25
40:9,12 43:22
142:13,23 143:4

250:13 287:18
289:19 290:2,4,8,9
290:11,21 291:17
293:23 294:13
297:6,13,24 298:4,9
314:15,16,24 315:4
315:13 316:4,7,15
317:3,6,19 318:3
322:2 329:21
complete (5)
187:19,19 195:16
252:21 330:3
completed (1)
91:4
completely (5)
13:16,20,24 14:4
15:24
completion (2)
15:16 241:6
compliance (5)
132:4 133:5 134:17
139:10 191:12
comply (2)
185:4 307:20
composition (1)
70:25
compound (2)
232:15 291:3
concern (3)
196:7,22,23
concerning (60)
17:22 20:8 21:16,22
32:10,18 33:6,9,24
34:11 35:6,8,10,18
38:14,16,25 39:4
40:23 41:15 43:4,9
69:2 72:17 73:7
77:23 79:2 85:3
89:24 90:4 96:13
115:21 120:24
130:12 138:18
180:22 181:6,11
193:21 201:24
202:4 219:3 223:4
225:15 226:14
228:24 234:20
236:8 243:25
263:20 267:18
280:22 285:21
288:10,14,18
290:16 318:3,19

324:7
concerns (1)
97:24
concluded (2)
77:2 326:2
conclusion (7)
14:21 76:21,22
184:12 186:9
236:14 304:11
conclusions (1)
221:20
concurrent (1)
325:4
Conde (5)
16:11,13,15,22,24
condition (1)
13:19
conditions (5)
183:18,20,24 184:5
186:13
conduct (8)
158:3 213:5,9 218:6
222:15 255:8,11
280:5
conducted (8)
72:16 73:6,12 74:6
255:15 286:19
292:8,10
confer (1)
306:17
conference (11)
257:25 258:4 259:4
259:24 261:3,7,23
262:13,15,18
263:15
Confidential (3)
6:2 55:25 328:10
confidentiality (8)
306:11 307:12,19,22
308:4,14,21 309:5
conflict (2)
137:22 167:22
conflicting (6)
75:25 76:3,14,17,19
113:19
conformity (1)
200:21
confuse (1)
123:11
confused (1)
19:9

connection (28)
23:5,9,23 34:19 53:11
57:2 61:9 67:2
68:10 131:11,15
133:5 138:6 152:25
153:5 164:3 214:17
267:19 277:16
288:2 289:14
295:12 296:2
298:15,24 299:5,24
300:9
Connolly (8)
4:9 7:10,10 246:17
272:2 274:19
276:10 326:12
consequences (5)
184:17,24 185:12
186:5 213:11
consistent (1)
94:25
consisting (1)
272:15
constantly (2)
199:21 200:20
constituted (1)
321:15
construction (3)
282:6,6,8
consumed (1)
324:2
consumption (5)
85:3,7,11,17,23
contact (1)
234:10
contained (1)
206:17
contemplating (1)
182:14
contemporaneous (1)
74:13
Contender (1)
38:10
contents (1)
166:7
context (28)
9:18 10:5,7,9,14
12:23 22:10 26:8,19
48:6 49:17,25 50:3
67:10 106:13
127:12 133:2
143:12 150:19

169:11,15 191:19
205:3 207:16
212:15 283:11
289:10 318:2
contexts (2)
50:9 99:16
continuation (1)
145:5
continue (6)
66:5 144:14 145:14
166:22 213:10
234:8
continued (4)
4:2 140:3 211:8
213:20
continues (1)
178:10
continuing (2)
106:16 299:10
continuously (3)
59:14 101:13 171:6
contract (1)
183:22
contribute (1)
196:2
contributed (1)
215:20
contribution (2)
216:5,12
contributions (2)
215:23 216:3
conversation (33)
33:12,17 34:16 37:8
37:15,23 38:11 40:4
117:13 213:16,19
223:21,24 224:6,17
230:25 237:13,17
254:18 255:2 256:4
256:6,10,20 259:9
259:16 262:9,25
275:2,6,20,24 276:3
conversations (52)
18:22 32:9,17 33:5,23
34:17 35:5,17,23
36:13,17 38:23 39:9
43:7,17,20 50:20
65:22 69:2 77:17
115:7 120:14
123:13,14 130:11
144:3 193:17,20
225:13 227:8,12

234:19,22 239:12
240:7 241:20 242:8
242:11,17,20
243:24 254:15
256:22 257:3
262:10 276:5
278:20,23 280:21
288:13 292:20
324:5
**convicted (1)**
31:17
**cool (1)**
91:11
**copied (1)**
111:5
**copies (1)**
176:5
**copy (10)**
55:4,7 153:23 200:3,6
207:23 209:3
267:24 307:18
314:15
**corner (1)**
235:5
**Corporation (2)**
309:14,20
**correct (11)**
29:6 56:24 72:5 87:5
186:17 189:13
190:17 209:8 236:5
302:14,15
**CORRECTIONS (1)**
331:5
**correctly (1)**
83:5
**correspondence (3)**
111:4 148:13 183:12
**couch (1)**
212:22
**Council (1)**
47:14
**counsel (93)**
6:16 7:6 14:15 16:4
20:12,14,18,19,25
21:10 32:4,20,24,25
33:2,19 34:8,10,17
34:18,19 40:15
50:21,24,25 51:21
52:6 53:21 66:3,15
66:17 69:4,7,13,15
77:18 94:2 96:14,15

145:22,23,24 162:6
162:17 164:24
165:4 172:10
174:19,23,25
176:24 178:21
180:19,19,20
193:15,18 206:14
210:21 227:9,10
233:2,18 234:24
236:20 238:19
239:8,12,15,16
240:7,10,11 241:21
241:22,22 242:3
244:7 256:24
257:15 262:19,20
262:21 278:24
296:19 303:6,15
306:15 309:7
317:20 319:17
320:4 321:19
**counselor (2)**
166:4 318:6
**Counselors (3)**
91:9 178:23 182:20
**counsels (1)**
145:25
**counsel's (1)**
75:2
**Country (1)**
3:13
**county (31)**
1:14,14,15 10:2 11:22
47:15 57:15,18,22
58:10,25 59:10,12
59:15 60:2 82:3,9
84:12 89:7 141:16
141:17 142:8
145:24 147:3
255:25 257:4 324:9
324:12,25 325:11
327:6
**couple (4)**
255:3 268:24 269:2
274:25
**course (4)**
36:23 181:15 245:15
263:11
**courses (1)**
46:17
**coursework (1)**
45:7

**court (53)**
1:2 5:15 7:13 10:3
11:12 12:18 29:14
29:16,19,21 39:16
54:19 68:18 79:24
81:9 84:23 92:3
101:15 107:20
130:21 146:25
156:9 161:16
171:20,24 173:16
177:6 186:19 197:9
202:22 208:3,17
210:15 232:19
235:15 238:12
241:2,6,8 243:12
249:21 268:18
273:4 283:22 290:8
303:9 307:5,14,20
314:13 320:7,22
323:3
**Courtney (2)**
4:5 7:11
**cousins (2)**
323:12,20
**Cover (2)**
163:21,22
**CPA (1)**
215:14
**create (1)**
224:22
**created (2)**
215:18 265:20
**credential (2)**
46:20,23
**credits (1)**
47:4
**crime (2)**
31:18 127:3
**criteria (1)**
88:15
**cross (1)**
326:10
**CRR (2)**
1:25 327:24
**crux (1)**
225:8
**Crystal (2)**
312:2,11
**cue (1)**
252:2
**cup (1)**
428:14

80:12
**current (3)**
16:22 272:19 312:5
**currently (11)**
43:24 60:21 63:22
64:23 90:16,18
100:9 146:8 219:21
304:22,25
**custody (2)**
11:18 298:7
**CV (1)**
1:6
**C-O-N-D-E (1)**
16:11

_____
**D**
_____
**D (3)**
284:24,25 328:2
**Daily (1)**
264:13
**Dale (7)**
284:23,23 285:2,24
286:11,18 322:6
**Dale's (4)**
323:16,17,17,18
**dangerous (1)**
321:16
**date (17)**
27:20 41:4 56:6,10
66:9 89:9 120:8
122:2 127:5 163:16
181:23 190:22
191:9,16 193:3
307:16 331:3
**dated (15)**
83:22 107:24 147:5
177:10,24 209:4
232:23 233:14
235:25 238:16
328:17,19,25
329:15,17
**dates (2)**
60:20 72:25
**daughter (2)**
19:14 172:24
**Dave (3)**
219:15,19,20
**day (17)**
90:11 175:10 184:22
185:4 214:2,13
218:16 223:11

230:15 253:6,14
264:14 270:24
271:5 326:24
327:22 331:22
**days (5)**
255:3 268:24 269:2
273:11,16
**day-to-day (4)**
62:23 63:6,12 325:10
**deal (1)**
164:3
**dealer (1)**
293:24
**deals (1)**
312:9
**Dear (2)**
233:16 239:23
**death (8)**
287:15 288:4,11,15
288:19 322:9 324:3
324:10
**deceased (2)**
280:16 285:11
**decent (1)**
129:15
**decide (2)**
65:14 158:9
**decided (1)**
164:19
**decision (5)**
71:2 82:2,7,25 84:11
**declared (1)**
164:14
**deeds (1)**
165:5
**deer (1)**
103:15
**defamation (1)**
302:19
**defamed (1)**
302:23
**defendant (17)**
7:12 10:23 11:3,10,17
12:9,13 89:23
295:23 298:11,14
298:23 299:4,24
300:6,9 321:10
**defendants (7)**
1:17 6:6 7:3 33:21
80:2 83:19 328:11
**defense (7)**

214:18,24 215:5,8
215:11 216:16,17
**deficiencies (1)**
137:5
**Define (1)**
106:11
**defined (1)**
200:18
**definition (1)**
67:21
**definitions (1)**
106:19
**degree (7)**
44:24 45:15,18,21
46:5 47:5 321:16
**degrees (1)**
47:11
**delay (2)**
162:12,14
**delineation (1)**
69:9
**delivered (1)**
218:17
**delivering (1)**
190:8
**Demand (2)**
314:17 329:21
**demeanor (1)**
225:9
**Denhnoff (1)**
117:17
**Dep (1)**
331:3
**department (170)**
1:12,14,15 3:21 10:2
11:22 27:17,25 28:5
28:10 29:3 30:17
31:16 47:16 57:16
57:18,22 59:2,10,12
59:16 60:2,6,14,15
60:16,18,22 61:7,10
61:22 64:4,18,25
65:4 66:19,22 70:9
70:12 71:11,20 72:7
83:22 85:16 86:8
87:11,16,18 89:8
90:14,20 107:5
109:5,17 110:4,20
118:17 119:17
120:5,18,25 121:13
121:17,24 122:20

124:10,24 129:15
134:10,16 136:23
138:15 140:21,22
140:24 142:9 145:7
146:11,14,22 149:6
151:15,24 152:3,11
152:25 153:8
154:15 155:2,11
157:6,13 158:4,15
158:22 159:9
166:24 169:20
172:2,6 175:16
176:6 179:12
185:24 191:4 192:7
192:13,17,22 193:6
193:22 194:10,20
194:24 195:2,3
196:9,17 197:14
198:15 200:16
201:9 202:10,14
205:10 209:17,18
209:19,21 214:13
214:19,22 215:7
216:21 217:8,11,18
217:19,25 225:9,11
225:12 226:8,16
230:22 232:4 234:9
235:11 238:5 245:7
245:16 251:7
255:25 260:10,19
260:22,24 266:13
266:17 270:19
281:6 282:13 283:8
283:10 288:2 304:7
304:16 324:6,25
329:7
**departments (9)**
61:18 72:14 109:5,18
110:5 138:11 157:9
172:5,5
**department's (1)**
270:15
**depicted (3)**
217:11 218:6,20
**depicts (1)**
219:3
**deponent (3)**
92:14 331:4,20
**deposed (1)**
35:9
**deposition (27)**

1:20 2:9 5:11 6:12
7:19,24 8:10,25 9:3
15:2,16 35:6,11,18
35:25 39:11 50:22
51:17,23 53:11
162:10,17 168:10
316:18 326:17
327:12,14
**depositions (1)**
52:3
**deputy (16)**
1:12 68:6 70:14 94:15
94:17,22 95:6,9
96:22 97:25 114:13
131:16 146:20
180:11 189:17,17
**describe (15)**
85:2,14 88:2,14 89:23
104:8 127:12
212:15 222:3
251:17 273:24
274:2,4 284:11
297:9
**described (3)**
198:18 199:9,11
**describing (1)**
165:3
**description (1)**
273:25
**designate (2)**
95:5 98:11
**designated (1)**
94:17
**designating (2)**
96:22 97:11
**designation (5)**
69:20 94:14,22 97:24
109:15
**desk (1)**
217:12
**detail (1)**
269:23
**detailed (1)**
234:12
**detailing (1)**
189:24
**detainee (1)**
219:4
**detective (7)**
11:21 57:20 58:10
255:24 324:12

325:11,20
**determine (4)**
151:11,24 159:25
217:14
**determined (6)**
66:9 151:4,19 152:8
192:10 201:19
**develop (1)**
194:12
**developed (2)**
266:3,8
**different (15)**
67:22 71:16 81:8,12
97:17 109:21 110:5
123:9 125:21 150:8
154:9 189:3 215:23
246:25 247:6
**difficult (2)**
73:16 98:14
**digital (2)**
271:25 272:25
**direct (27)**
34:6 42:24 57:21
65:18 66:3 77:22
125:3,6,12,15,19
126:14,21 129:9
153:15 158:7
167:12 198:13
200:13 221:9,14
227:13 239:12
241:23 287:20
288:6,21
**directed (6)**
105:18 153:6,9
154:11 200:15
242:2
**directing (1)**
106:8
**direction (7)**
34:19 153:13 156:18
191:3 236:20,25
241:21
**directive (6)**
153:22,23 155:17,24
156:12 267:14
**directives (5)**
155:9,12,14,22
156:20
**directly (3)**
115:7 117:4 257:17
**director (2)**

27:16 28:9
**disability (1)**
211:15
**discharged (2)**
101:19 102:3
**discipline (11)**
50:16 103:17,20,24
104:16,17 105:4,11
105:19 107:6,8
**disciplined (5)**
50:6 104:5 105:13
212:8,16
**Discipline/Charges ...**
203:3 329:10
**disciplining (1)**
104:13
**discontinue (1)**
106:15
**discoverable (1)**
52:12
**discovered (1)**
77:2
**discuss (20)**
37:7 39:18 40:11
123:21 124:23
160:15 193:25
222:9 225:18 245:3
245:6,9 258:15
262:23 279:5
282:17 283:17
308:7 317:18
321:18
**discussed (56)**
16:21,24 17:11,21
18:10,17 19:13,15
19:20 20:7,13,23
21:15,24 33:16,20
34:25 37:14,20,21
39:24 46:13 69:6,18
69:24 70:4,6 96:6
118:14 120:17
123:18 136:6
139:15,18 145:3,8
160:24 190:15,15
194:7,8 219:8 228:3
243:3 255:4 258:3,7
259:4,15,24 261:23
301:12 302:25
303:4 319:15,25
**discussing (12)**
29:23 39:23 60:11

74:16 96:3 121:11
121:12,15 122:18
237:5 275:22 321:7
**discussion (16)**
34:7,9 69:11,12,14,22
96:9 98:7,9,10,15
140:10 193:8,13
202:3 208:8
**discussions (14)**
21:17,21 39:12 96:13
123:2 138:17,21
180:21 201:22
227:22 246:3 262:2
262:5,14
**disgruntled (1)**
35:4
**dismissed (1)**
12:2
**dispatcher (2)**
36:10,11
**dispatchers (1)**
84:2
**dispute (2)**
295:3,12
**distance (1)**
303:17
**distinction (5)**
21:12,15 51:15 52:16
52:18
**distributed (3)**
159:8 193:5 195:6
**district (11)**
1:2,3 7:22 156:2
221:17 222:12,14
222:16 257:4 262:6
262:11
**division (2)**
324:10,12
**divorce (1)**
10:16
**dock (1)**
84:2
**docket (1)**
54:10
**doctor's (1)**
13:18
**document (198)**
54:21,25 55:12,15,20
55:25 56:5,9,17
57:4,6 58:13 59:18
79:25 80:5,6,12,14

80:17,21,25 81:2,5
81:7,16,22 82:19
83:13 88:11 92:5,8
92:9,10,19,21 93:8
93:10,14,23 94:19
94:20,21 95:4 96:19
96:24 99:23 107:21
108:5,6,8,10,13,15
108:16 109:9 110:2
110:12,18 111:8,17
111:22,24 112:9,9
112:12,19 113:4,9
113:12 115:19
147:2,10,15,16,17
147:18,19,21 148:7
148:18,22 149:2,3
154:5 161:18
162:21 163:3,5,10
163:11,18 170:10
173:17,21 174:2,4,5
174:8,11,14,18,21
175:12 177:7,14,16
177:18,20,22,24
178:3 181:7,9,13,16
181:20 183:25
184:19 186:20
187:4,8,23,24 188:4
188:6,10 189:20
190:5,23 191:9,16
194:16 196:18
197:2,10,19 198:2,5
198:9,14 199:6,20
199:23,24 200:5
202:23 203:7,10,21
203:24 204:2,13,15
204:17,19 205:6,20
206:5,16,16 208:12
208:19,25 209:2,7
209:11 232:20
233:4,5,9,12,14,16
233:21 234:21
235:5 236:17,19,24
238:13,20,21,22
239:2 303:10
305:12,17,18
314:23 315:2 316:9
316:19 317:16
320:13,16 328:23
329:22 330:2
**documentation (1)**
138:4

**documents (14)**
51:5,7,10 53:9 115:16
143:15,19,23 144:2
165:5 181:2,12
197:20 303:16
**doing (10)**
92:15 115:4 122:10
126:13 128:15
150:17 158:11
200:19 211:20
213:9
**dollars (4)**
24:7 216:9,11,14
**domestic (9)**
199:13,13,18,18
201:4,4 202:8,15
232:11
**Donna (1)**
16:20
**Donovan (3)**
3:10 7:9 296:3
**doorway (2)**
252:9,10
**dot-org (2)**
265:7,14
**Doug (14)**
284:8,10,12,15,21
287:14 288:3,10,15
288:19 322:7 323:9
323:20 324:3
**Douglas (7)**
284:3,5 287:4,5,6,10
323:13
**Doug's (2)**
323:17 324:10
**Dowling (4)**
45:11,12,16 47:3
**draft (3)**
192:25 194:14 236:16
**drafted (8)**
157:7 174:22 175:13
181:13 209:13,14
236:19 239:11
**drafting (6)**
175:2 181:7,11,15
196:3 242:6
**drinking (1)**
318:11
**drive (1)**
231:21
**driving (1)**

251:6
**drove (1)**
251:11
**drug (1)**
293:24
**drugs (2)**
169:8 324:2
**dual (4)**
74:23 75:9 285:22
286:13
**due (1)**
233:17
**duly (2)**
7:16 327:13
**duties (17)**
10:6,15 29:19 68:15
151:10 152:24
153:4 179:5,7
185:15 245:15
299:6,10,12,25
300:10 325:12
**duty (27)**
63:14 66:10,12 68:20
85:8,12,17 101:20
102:4 149:9 150:14
151:13 152:17
153:21,24 174:6
180:4 181:25
182:10 212:9
235:19 240:14,19
240:21 242:5
270:24 295:10
**DVR (4)**
272:18,21,22,24
**Dyer (1)**
116:2

---

**E**

**E (10)**
3:2,2 4:2,2 7:15,15,15
327:2,2 328:2
**eagerly (1)**
65:11
**earlier (14)**
163:24 196:21 223:2
248:12,17 285:19
286:5,5 291:17
292:5 293:17,25
313:20,24
**early (3)**
32:8 60:19 83:6

**ease (1)**
308:17
**easements (1)**
164:16
**Eastern (2)**
1:3 7:22
**EBT (5)**
10:10,12 21:25 34:15
37:9
**Ed (31)**
73:7 75:9 77:23 78:2
78:9,14,21,25 79:8
117:12,21 119:2
130:5,8,12 211:13
265:24 266:9
275:16,17,23,24
278:20 285:21
286:13 292:11,14
294:16,23 295:7
322:8
**educational (1)**
44:10
**Edward (11)**
1:5 6:13 62:6 72:17
116:13,18,23,24
117:4,9 136:16
**effect (9)**
5:14 66:4 85:19
160:13 180:8
224:21 247:14
279:9,14
**effective (1)**
133:12
**effectively (1)**
159:25
**Effectuated (1)**
106:6
**efforts (2)**
196:16,16
**eight (6)**
112:20,21 204:9
287:8,9 320:3
**Einig (13)**
20:6 26:16,20 27:5
70:24 226:4,12,23
227:23 228:3,14,21
229:20
**Einig's (1)**
228:5
**either (21)**
11:6 35:12 42:21,25

43:4,5,8 106:7
116:20 145:16,21
181:2,12 200:13
230:14 231:13
264:12 277:21,25
278:3 324:20
**elaborate (1)**
127:21
**elected (1)**
324:21
**election (1)**
324:18
**electronic (1)**
270:15
**elevate (1)**
68:12
**Elevated (1)**
67:19
**elevating (1)**
70:14
**Eleven (1)**
16:14
**Elmsford (1)**
4:8
**else's (2)**
297:23 298:4
**Elyse (2)**
283:21,23
**Emburey (1)**
238:10
**employ (1)**
157:12
**employed (25)**
9:25 27:8,11 29:25
30:10 36:9 57:15
58:25 59:9,11,15
64:18,22,24 74:9
88:18 136:10,13
160:11 169:19
285:4 299:15,19
300:5 304:25
**employee (22)**
32:14 36:7 56:2 74:12
103:25 104:5,17
134:22 146:17
161:11,19,24
162:21 163:12
169:6,18,24 170:4
245:10,15 300:3
328:21
**employees (27)**

35:4 48:25 82:2,8
83:2,2,25 84:11
103:18 105:14,19
105:25 132:5 133:6
134:18 166:13,16
166:23 188:25
190:19,20,22 191:2
191:5,6 261:2
267:15
**employer (6)**
48:16,20 50:7,16
300:3 305:2
**employment (46)**
50:10 57:11 58:9,20
58:24 59:3,7 60:3
60:10,12 67:2 74:8
74:13,23 75:9,25
76:2 105:25 106:13
106:15 111:9
119:25 139:9 146:3
154:19,24 166:23
167:13,21 169:8
170:25 183:19,22
184:7,8 191:24
219:24 221:4 236:9
281:3 285:2,22
286:13 294:7
302:12 324:20
**en (1)**
318:9
**encompasses (1)**
14:4
**encounter (1)**
99:25
**encountered (4)**
99:16,21,22 321:25
**endeavor (1)**
205:22
**ended (5)**
42:10,13 154:24
219:25 220:3
**ends (2)**
178:9 265:13
**enforce (1)**
325:2
**enforcement (16)**
10:14 30:19,22 31:5
226:7,15,25 299:6
299:12,16,20,25
300:10 321:22
325:7,10

**enforcement-orient...**
225:12
**entail (1)**
66:14
**entered (1)**
251:19
**enters (2)**
36:15 307:4
**entire (7)**
58:4 59:16 86:25
89:15 119:21
187:18 225:19
**entirely (1)**
246:21
**entirety (1)**
205:19
**entitled (3)**
164:21 295:15,17
**entity (2)**
74:14 98:25
**entrance (1)**
251:24
**equipment (5)**
217:22,25 234:9,12
267:16
**ERRATA (1)**
331:2
**ESQ (5)**
3:8,15,24,25 4:9
**essentially (2)**
142:20 274:5
**establish (3)**
179:21 229:6 299:18
**established (6)**
51:6 109:20 135:24
150:7 169:23 299:8
**estate (14)**
22:25 23:5,10,19,22
24:11,15,20 25:4,7
25:12,16 163:25
165:7
**et (2)**
6:13,14
**Ethan (2)**
171:13,17
**Ethan's (1)**
171:13
**event (3)**
214:12,17 324:21
**events (8)**
198:17,21 199:8

244:8 250:25 253:8
253:11 279:17
**everybody (2)**
132:25 247:22
**evidence (4)**
229:4 290:17 291:10
291:14
**ex (1)**
72:14
**exact (2)**
27:20 41:4
**exactly (13)**
23:18 51:13 86:15
139:4 140:13
184:15 199:2
255:12 265:23
268:7 290:14
304:13 321:17
**exam (1)**
131:15
**examination (4)**
8:3 131:10 211:8
328:3
**examined (1)**
7:17
**examining (2)**
92:13 187:3
**example (1)**
184:21
**excess (1)**
164:14
**exchanged (1)**
267:3
**excuse (8)**
29:20 75:3 160:9
197:5 207:22
223:22 271:8
275:21
**execution (4)**
132:13 133:5 299:25
300:10
**executive (11)**
20:25 21:8,18 69:6
95:25 96:2,6 193:14
194:5 227:8 234:23
**exercise (5)**
132:12,20 153:16
154:12 155:6
**exercised (2)**
154:13,25
**exhibit (54)**

6:2,5 54:20 59:25
79:25 91:18 92:4
97:20 107:21,24
147:2,5 148:2,14
161:17,22 162:5
173:17,20 177:7,10
183:10 186:20,23
197:10,13 202:23
203:2 208:18,21
232:20,23 238:13
238:16 303:10,12
314:14,16 328:9,11
328:13,16,18,20,22
328:24 329:5,7,10
329:12,14,16,18,20
**exhibits (3)**
162:15 328:7 329:2
**exist (1)**
198:5
**existed (1)**
220:15
**existence (3)**
86:7 87:3 100:9
**existing (2)**
201:3,7
**exists (3)**
272:4,5,6
**exited (1)**
251:19
**exits (1)**
211:3
**exonerated (3)**
243:10,14 246:13,15
247:16
**expectations (1)**
158:21
**expected (1)**
160:6
**experience (5)**
61:25 88:15 158:23
159:4,5
**expert (3)**
89:19 130:20,25
**EXPIRES (1)**
331:25
**explain (8)**
82:13 86:22 162:12
162:14 164:12
179:6 228:13
283:11
**explained (1)**

213:4
**explanation (1)**
14:23
**express (7)**
78:13 97:24 139:23
225:21 226:2
228:17 229:23
**expressed (11)**
78:3,7,9 96:21 194:9
196:7 226:6,12
227:2 243:15
246:11
**extent (18)**
14:11 66:14 76:16
111:22 227:7
228:10 236:13,17
239:7,10 240:5,6
241:20,23 263:22
281:18 286:7
304:10
**E-L-Y-S-E (1)**
283:24
**e-mail (12)**
264:24 265:3,8,13,19
266:10,14,18,21
267:3,8,19

_____
**F**
**f (4)**
7:15,15 196:3 327:2
**FACCHIN (1)**
4:15
**facilities (1)**
175:17
**facility (1)**
216:21
**fact (12)**
19:2 21:25 35:8,11
37:12 54:11 112:14
115:8 121:2 196:7
260:10 276:12
**facto (1)**
72:14
**facts (1)**
276:15
**failed (1)**
185:3
**Fair (1)**
55:13
**faith (2)**
126:9 234:15

**false (4)**
128:14,18 243:9,13
**familiar (8)**
85:9 87:2 161:10
167:14 168:24
268:5 309:12 310:2
**families (2)**
25:25 26:3
**family (12)**
16:5 17:9 18:6 25:24
29:23,24 30:10
37:21 167:22 168:7
284:16,18
**far (7)**
11:25 139:8 168:16
186:12 237:11
246:23 308:5
**Farmingdale (6)**
45:25 46:3,6,9,16
47:4
**father (2)**
30:2,3
**father's (1)**
130:10
**FBI (1)**
47:19
**February (3)**
1:23 2:5 331:3
**federal (12)**
7:20 9:20 10:3 11:12
14:20 15:2,14 39:16
41:2 206:13 290:8
314:24
**feel (3)**
13:6 228:11 295:16
**feelings (2)**
228:12,18
**felt (2)**
158:15 194:10
**female (2)**
141:17 232:12
**ferries (1)**
118:16
**ferry (1)**
218:19
**Fifteen (1)**
23:14
**Fifth (1)**
3:6
**fifty (1)**
249:25

**Fifty-five (2)**
250:2,3
**fighting (1)**
53:5
**figure (1)**
51:12
**file (1)**
291:14
**filed (9)**
38:17 39:5,16 40:19
49:11 194:22 290:8
297:6 306:6
**filing (8)**
5:4 40:25 115:16,18
142:13,23,24 143:4
**fill (2)**
173:9 316:24
**film (3)**
270:6,7,11
**final (2)**
194:13,16
**finalized (2)**
193:2 194:18
**Finance (1)**
46:4
**financial (1)**
326:5
**find (7)**
255:12 275:9,13
290:5 309:4 315:13
315:19
**finds (1)**
308:12
**fine (7)**
67:8,9 91:8 93:20
124:3 274:19 320:5
**finish (3)**
172:18 196:12 207:12
**finished (4)**
16:8 58:18 233:2
238:20
**finishes (1)**
187:3
**Fiorillo (24)**
1:5 4:16 6:22 7:2
121:20 122:2,5,20
123:15,19,22
127:10 128:9,13,18
129:16,19 230:18
230:20 231:2,3,10
318:8,10

**Fiorillo's (1)**
122:15
**fire (24)**
60:14,15,16,18,22
117:7,16,19,22
146:18,20 172:4
212:19 232:4 251:7
251:8 281:6 282:9
282:12,13 283:7,8
283:10,12
**firearm (2)**
101:20 102:4
**fired (1)**
106:5
**firehouse (1)**
251:10
**fireman (1)**
281:4
**firm (11)**
6:19 7:5,7 53:13,18
54:5 81:8,12 296:5
296:5,21
**firms (1)**
53:14
**first (73)**
6:6 13:12 22:10 25:18
26:17,19 40:21
53:23 55:11,23
61:19 64:10 67:3
70:7,17 80:3,22
83:18 90:2 93:19
104:7,10,14,21
113:16 114:7
135:15 137:14,16
137:21 138:15
139:16 140:10
143:9,12 144:24
147:15,19 148:19
149:5 150:4 151:8
151:18 171:12
179:14 190:16
191:19 203:21,25
204:3,5,7 216:4
219:18 233:11
245:12 250:24
253:10,17 264:6
265:20 268:14
269:15 273:23
275:4 277:20 289:5
325:17,19 328:12

**Fishbein (6)**
3:10 7:8 141:13,14
164:5 296:3
**fishing (1)**
213:2
**five (20)**
26:7 28:22 112:15
115:13 125:3,23
126:4 174:20
178:24 248:21,23
249:3,4,23,24 293:8
298:18 312:19
315:19 316:17
**flipping (1)**
315:11
**Florida (5)**
311:5,8,12 312:2,12
**focussed (1)**
77:11
**follow (8)**
12:17 78:11 87:24
88:21 275:8,12,15
306:16
**followed (1)**
110:20
**following (5)**
111:10 144:10 198:18
213:19 256:9
**follows (5)**
7:18 189:21 192:9
198:16,22
**follow-up (2)**
259:18 291:21
**foolish (1)**
207:9
**foot (1)**
24:22
**footage (7)**
217:7 270:8,9,18
271:20 272:9,18
**force (4)**
5:14 224:23 228:25
229:25
**forgot (1)**
248:21
**form (111)**
5:7 14:16 19:8 26:2
35:14,20 36:2 48:7
48:11,22 49:3,7
57:25 61:5,11 62:14
62:20,24 63:8 64:20

66:7 67:6 71:12
72:10,20 73:8,25
75:22 77:5,12 79:16
82:12,17 84:20 86:3
86:11 97:22 98:3,16
100:2 103:20
105:22 106:10,23
107:7 109:2,20,23
111:18 113:7
114:22 116:22
120:20 121:9 125:9
125:18 130:19
131:24 132:15
134:3,21,25 139:13
149:12 150:24
154:20 158:13
166:25 169:23
182:6 193:12
194:14,16 195:10
195:11,13 196:5
201:14 211:18
212:11 214:3
215:25 221:7,13
224:24 226:9,17
229:3 232:14 237:9
244:15 245:17
250:11 252:18
256:17 263:21
265:21 267:21
270:20 272:20
277:9 286:2 291:3
291:15,25 294:2
295:14 296:9 299:7
304:9 321:2
**formal (10)**
45:7 46:20,23 49:10
49:14,20,21,23 61:8
114:20
**formally (1)**
212:8
**formation (1)**
180:25
**former (10)**
1:10 32:10,18 33:5
35:24 40:12 41:8
83:20 219:14
298:21
**forming (1)**
138:6
**forth (9)**
167:15 168:25 174:14

179:18 183:24
195:20 234:20
318:4 327:13
**forty (2)**
284:9,10
**forward (1)**
123:5
**Foti (2)**
190:13 192:2
**foundation (10)**
17:4 86:3 112:6
125:10 179:21
228:8 229:4 236:15
244:16 299:19
**four (6)**
9:17,19 17:16,18
112:15 117:20
**frame (7)**
57:25 72:24 74:15
112:3 215:2 229:5,7
**Francis (2)**
190:13 192:2
**Frank (17)**
1:5 4:16 6:22 121:20
122:2,5,14,20
123:15,18,22
129:18 230:18,20
231:2,3,9
**frankly (1)**
308:5
**free (2)**
13:6 228:11
**friend (5)**
22:9 25:23,24 26:15
27:6
**friendly (1)**
284:15
**friends (3)**
37:23 281:21 287:11
**frivolous (3)**
18:2 19:3 35:3
**front (5)**
83:14 164:17 235:22
251:21 304:3
**fulfill (3)**
137:13 139:20 240:15
**fulfilling (1)**
133:13
**full (3)**
189:9,11 204:14
**fully (6)**

13:16,20,24 14:4
15:24 243:14
**full-time (22)**
135:23 136:8,10,13
136:20,25 137:8,11
137:16,19,23,25
138:23 139:9 140:3
141:3 190:14,19,21
191:2,5,12
**function (3)**
179:11 185:24 214:12
**functioning (1)**
217:23
**functions (3)**
179:4,7 185:14
**fund (9)**
214:18,24 215:6,13
215:15,17,21,24
216:16
**funds (2)**
99:9 216:16
**fund-raising (2)**
214:17,23
**funeral (1)**
130:10
**FURNISHED (2)**
317:4 330:7
**further (17)**
5:6,10 181:24 182:4,9
182:12,16 256:15
262:2,5 264:3
269:23 270:2 275:5
276:5 292:19
327:16
**future (2)**
182:16 308:23
**F/T (2)**
190:12,13

---
**G**
---
**gained (1)**
297:23
**game (4)**
53:25 54:9 161:14
176:18
**garbage (1)**
60:5
**garden (1)**
283:3
**Gary (11)**
41:22 42:12,22,25

43:4,8 211:24
212:13,21 231:10
277:21
**general (15)**
7:6 16:7 21:4,7 37:18
37:22 52:7 53:21
61:13 132:24 133:3
179:4 185:14 194:6
260:3
**generally (2)**
137:6 170:5
**gentlemen (1)**
190:18
**gentler (3)**
224:22 228:25 229:25
**geographically (1)**
303:16
**George (155)**
1:13 4:6 7:12 36:18
37:4,7,25 38:12
39:19,23 64:9,17
65:3,6,13,18 66:4,8
66:18,21,25 67:20
67:21,22 68:24,25
70:10 72:18 73:14
74:23 75:3,4 78:4
78:10,22,25 79:2
94:14,16,22 95:5
96:22 97:11,25
98:12 115:7,20
116:4 119:23
130:15 131:9,14
136:16 138:22
139:8,20 140:2
146:19 149:7
150:22 151:14,25
152:8,10,21 153:9
153:12,15 154:11
160:22,24 175:20
176:9,14,25 177:25
178:2 179:16,22
180:3,12,13 182:5
182:10 184:18,21
185:3,12 186:6,12
200:11 201:23
213:3,11,15 215:14
218:9,13,23 219:4
220:18,19 230:9,14
234:15,20 235:6,7
235:10 236:7,9,20
236:22 241:17

242:21,24 243:25
244:11,19,25 245:4
245:13 246:4,11
247:15 254:24
255:2,5 256:5,10,20
261:13 266:20
267:4 268:13,23
269:8,11,14 275:2,8
275:11,21 276:4,5
276:19 278:7,21
279:9 291:20 292:6
292:20 302:18,23
303:2
**Gerdon (5)**
219:16,19 220:21
221:25 222:4
**Gerdon's (3)**
221:4 279:18 280:6
**getting (2)**
99:9 128:18
**Gilberd (21)**
260:2 261:6,15,19
264:7 268:10
269:16 270:13
273:8,22 275:3,25
276:6,15,20,24
277:3 296:13,22,25
297:20
**Gilberd's (1)**
297:10
**Gilly (2)**
3:4 6:19
**give (13)**
9:18 69:20 72:25
74:15 157:17
168:13,13 179:23
182:9 228:19
234:11 269:23
309:3
**given (11)**
10:5 12:22 48:12 52:9
67:22 88:6 164:7
176:25 200:4
267:15 327:15
**giving (3)**
69:3 168:12 177:17
**go (34)**
12:16 17:25 34:13
44:9 55:14 87:6
93:6 96:2 97:18
111:11,15,20,25

112:3 162:19
163:23 172:13
182:22 187:17
191:4 199:5 203:18
208:3 212:25
248:10 251:15
258:17 274:20
292:3 308:25 315:6
315:8,10 321:3
**goals (1)**
158:21
**goes (1)**
308:6
**going (100)**
6:15 8:7,18,19 21:10
33:22 34:5 35:9
49:7 54:22 64:19
65:24 66:6,15 67:20
69:16 73:24 77:4,5
80:12 82:11,21
83:14 84:19 86:2
91:14 92:7 96:11
97:15 99:25 103:14
106:2,9 107:19
109:22 112:4
113:24 114:3,21
122:10 123:5
128:13 134:20,24
138:25 146:24
152:6,18 156:13,16
161:14 168:17
169:13,15 175:6
176:18 182:24
186:18 197:8
202:21 203:7,20,25
206:11 207:4,8,10
208:6 210:25
211:14 212:25
222:15 225:9 228:7
229:2 234:5,5
238:11 243:10
249:15 255:6,13
258:18 287:19
288:5,20 291:2,21
291:24 293:10
296:8 303:8 306:21
307:10 308:25
316:13 318:7
320:25 322:21
326:14
**gonna (1)**

234:7
**good (9)**
8:5 19:25 37:13 126:8
157:23 172:11
211:10,12,20
**gotta (2)**
19:3 315:18
**gotten (1)**
112:25
**governed (3)**
7:20 15:2 158:2
**governing (1)**
267:7
**government (3)**
260:4,7,14
**graduate (2)**
44:11,15
**Graff (207)**
3:8 6:18,18 7:19,25
8:4,6,15,19 11:6
12:22 13:3 14:10,24
15:6,13 17:7 19:23
20:21 31:22 32:21
35:12 37:18 38:18
48:13 49:5 51:2,14
52:7,17,22 53:6,20
54:14,19 55:4,10
56:15 57:13 58:23
62:2,23 64:6 73:21
76:11,25 79:11,14
79:20 80:18 81:20
84:18 87:13,17 88:8
88:12,25 89:21 91:6
91:12 92:2,12,23
93:4,18 99:22
100:17 101:23
102:7,22,25 106:6
106:21 107:15,19
108:11 111:21
112:7 113:18 114:6
115:12 116:20
121:7 123:3,10
125:14 126:10,18
128:2 131:23
132:18 134:15
142:14,17,25
146:24 147:11
148:16 149:18
152:4 154:9 156:16
160:20 161:13
162:2,9 163:4 168:3

168:9,18 170:14
172:9,17 173:10,15
173:24 174:15
175:6,9 176:3,24
177:5 181:2,10
182:22 183:7
186:18 187:11,22
188:13 195:15
196:25 197:5,8
198:3,23 199:2
202:21 203:14
204:7,10 205:4
206:4 207:2,5,22
208:5,11 210:6,8,15
210:19,24 211:9
229:8 232:18
238:11 243:7
246:25 247:6,10
249:12,17 250:4
258:11,17 259:2
272:6 274:8,11,16
283:23 293:2,6,9,16
297:14,25 299:11
299:17,21 300:8,13
303:8 306:16 307:5
307:21 308:16,19
309:7,11 314:13,21
315:23 316:2
317:10,14 319:4,21
320:20,23 322:17
323:3 325:24
326:10,13 328:5
**grasping (1)**
182:8
**grateful (1)**
196:16
**Gray (1)**
234:17
**great (5)**
126:20 210:24 290:17
291:11 318:20
**greeted (1)**
251:23
**grievance (6)**
49:16,17,19,20,21,23
**grievances (2)**
49:10,14
**grounds (1)**
53:2
**guess (12)**
97:7 118:16 130:6

189:14 201:15
204:25 206:20
211:20 233:13,23
234:6,7
**guessing (3)**
53:25 233:24 234:5
**guide (2)**
159:11,15
**guise (1)**
146:12
**gun (1)**
9:24
**guy (2)**
251:25 269:21
**guys (2)**
296:12 306:17

---
**H**
---

**H (1)**
7:15
**hall (1)**
212:20
**Halloween (33)**
250:16,20 251:2
253:15,23 254:16
254:20 256:9,14,23
259:3,8,15,21
261:19 263:3,12,20
264:4 277:12,19
278:24 279:5,10,15
280:19,22 282:15
282:17 283:15
291:22 292:7 319:9
**hand (1)**
327:22
**handbook (16)**
161:11,15,19,24
162:22 163:12
165:15,23 166:18
166:20,22 167:7
168:22 172:10
268:2 328:21
**handed (2)**
51:11 92:17
**handing (10)**
55:14 80:10 93:7
148:24 162:7,8,19
165:21 167:11
203:18
**handle (2)**
158:20 213:13

**handled (4)**
11:13 202:9 213:15
324:9
**handles (1)**
325:15
**handling (1)**
199:17
**handwrite (1)**
178:11
**handwriting (1)**
188:20
**handwritten (8)**
92:19 173:20 176:8
176:13 180:10,16
188:18 328:23
**happen (3)**
126:25 143:16 186:11
**happened (11)**
51:21 77:18 102:11
213:13 244:10,13
251:18 252:12
255:12 256:16
269:17
**happening (2)**
95:2 113:4
**happens (1)**
186:10
**happy (2)**
57:3 322:20
**harassing (1)**
249:11
**harbor (7)**
31:4,8 303:23 304:16
304:22 305:5,5
**hard (1)**
186:11
**Hardman (4)**
233:17 238:7 239:18
242:16
**Hardman's (1)**
236:8
**Harriet (4)**
305:21,23 306:2,4
**Hatter (3)**
3:10 7:9 296:3
**head (7)**
72:14 109:5 146:14
172:6 252:2 276:21
304:15
**headed (4)**
55:25 80:2 111:9

165:24
**header (2)**
109:12 235:5
**heading (1)**
236:9
**heads (2)**
146:11 172:2
**hear (12)**
13:4 81:9 99:7 126:11
130:21 143:13
219:18 232:2
235:15 247:11
289:5,13
**heard (13)**
8:6 98:25 143:9 219:7
271:16 282:20
289:2 294:5,7,14
305:20 316:3
321:21
**hearing (1)**
289:9
**hearsay (1)**
274:6
**held (27)**
2:10 11:20 23:25
27:14 28:4,8,11,18
28:24 29:10,13
30:14,19,23 31:2,8
58:9 60:3,12 67:25
91:20 93:16 94:3
171:20 281:2,5
328:14
**help (3)**
73:3 154:5 181:10
**hereinbefore (1)**
327:12
**hereunto (1)**
327:21
**hesitation (1)**
116:9
**Hess (3)**
100:14,20,23
**Hesse (156)**
1:13 4:6 7:4,12 36:18
37:5,8,25 38:12,14
38:23 39:4,8,19,23
40:8 64:9,17 65:3,7
65:13,18,24 66:4,8
66:18,21,25 67:20
67:21,22 68:24,25
72:18 75:3,5 78:4

94:14,16,22 95:5
96:22 97:11,25
98:12 112:4 114:13
115:7,20 116:4
119:23 130:15
131:9,14 136:16
138:22 139:20
140:2 146:19 149:7
150:22 151:6,14,21
151:25 152:8 153:9
153:13,15 154:11
160:22,24 175:20
176:10,14,25
177:25 178:2
179:16,22 180:3,12
180:14 182:5,10
184:18,21 185:3,13
186:6,12 200:11
201:23 213:3,11,15
218:9,13,23 219:4
220:18,19 230:9,14
234:15,20 235:6,7
236:7,9,22 238:7
240:25 241:3,18
242:21,24 243:25
244:11,19,25 245:4
245:13 246:4,11,24
247:15 254:24
255:2,5 256:5,10,21
261:13 266:20
267:4 268:13,23
269:8,11,14 275:3,9
275:11 276:4,6,19
278:7,21 279:9
291:20 292:6,20
302:18,23 303:2
**Hesse's (10)**
73:14 74:23 78:10,22
79:2 139:9 152:10
152:21 184:7
235:10
**Hey (1)**
162:4
**hi (1)**
118:18
**hierarchy (1)**
62:3
**high (4)**
44:11,13,14,21
**higher (1)**
67:24

**highest-ranking (1)**
64:3
**Highland (1)**
311:11
**hire (13)**
82:2,7,25 84:11
135:22 136:19,24
138:22 140:15,24
146:18,20 191:4
**hired (6)**
83:6,10 89:6 140:17
140:20 190:14
**hires (3)**
189:24 190:2,11
**hiring (7)**
83:25 131:19 136:7
137:3,19 190:15
191:11
**History (2)**
6:3 328:10
**hit (4)**
102:21 103:2 251:25
276:21
**hold (12)**
32:5 57:10,17 58:21
59:7 82:11 132:10
171:5,9,23 229:12
304:22
**holding (1)**
54:25
**home (3)**
185:10 252:24 269:12
**homeowner (2)**
164:21,21
**Homicide (1)**
324:9
**honestly (1)**
14:8
**hope (1)**
77:10
**Hopefully (1)**
241:4
**hostage (1)**
47:20
**Hotel (2)**
117:20 253:24
**hour (4)**
136:5,6 181:23
210:18
**hours (10)**
75:25,25 76:4,14,17

76:19 183:13
272:17 298:18
316:8
**house (6)**
128:11,16,21,22
217:12 321:13
**Houser's (2)**
250:15 253:24
**houses (3)**
128:23 164:17,17
**huge (1)**
196:8
**hundred (1)**
24:6
**hunt (1)**
315:16
**hurt (2)**
261:12 269:21
**H-E-S-S (1)**
100:17

---

**I**

**Ian (6)**
282:21,23 283:2,6,14
283:17
**ice (2)**
212:24,25
**idea (1)**
294:13
**identical (1)**
180:16
**identification (16)**
6:4,8 91:21 108:2
147:7 161:25
173:22 177:12
186:25 197:17
203:5 208:23
232:25 238:18
303:14 314:17
**identified (12)**
47:8 71:4,9 84:5
110:8,13,19 172:3
190:11 261:16
312:15 313:6
**identify (13)**
45:10 70:21 83:24
85:2 137:4 174:2,5
177:15,22 187:5
188:6,20 198:8
**imagine (3)**
146:9 148:8 209:16

**immediately (1)**
169:9
**impact (1)**
250:8
**impending (5)**
233:17,20 237:7,21
238:9
**implementation (1)**
85:21
**important (1)**
82:21
**importantly (1)**
138:2
**impression (1)**
207:14
**improper (5)**
97:22 249:10 255:10
255:16 292:9
**inadvertently (2)**
103:11 248:18
**incident (87)**
128:5,6 199:18
213:12 214:14
221:3,11 232:10
243:25 244:17,22
245:12,12,23
246:20 250:15,21
251:2,3,5 253:15,18
253:23 254:2,7,16
254:20 256:9,14,23
257:3 258:2,3 259:4
259:8,15,21 260:2
261:6,14,15,18,19
261:19 263:4,12,20
264:4,7 268:11,12
269:16 270:13
273:23,25 274:4,7
275:3,10,25 276:6
276:15 277:13,17
277:19,24 278:2,6
278:18,24 279:6,11
279:15 280:19,23
282:15,18 283:15
290:16 291:23
292:7,8 297:20
298:3 318:19,23
319:9
**incidents (6)**
199:13 201:4 202:8
202:15 245:20
261:20

**include (3)**
120:24 302:18 304:2
**included (1)**
205:25
**includes (1)**
250:14
**including (5)**
19:6 83:25 84:4 88:16
116:11
**inconvenience (1)**
234:13
**incorporated (20)**
1:9 3:11,18 6:14
26:11 36:8 41:9,20
83:19 91:18 161:18
161:23 294:17
296:23 297:2
312:25 325:2,13
328:14,20
**increase (1)**
67:8
**independent (4)**
113:4,8 204:8 240:9
**indicate (7)**
8:16 78:20 97:7
139:25 213:24
276:19 322:7
**indicated (7)**
9:2 208:13 223:2
227:6,19 292:5
316:2
**indicates (5)**
56:5,18 58:14 59:19
97:20
**indictment (1)**
244:18
**individual (21)**
11:5,8 12:13 73:18,23
104:20 132:2 143:7
164:20 280:11
281:24 282:20
283:20 284:2
288:23 295:23
298:10,14,22 299:4
299:24
**individually (7)**
1:10,11,13,16 21:21
194:3 227:23
**individuals (4)**
112:16 136:10 191:12
231:14

**influence (1)**
169:7
**inform (1)**
114:16
**informal (2)**
86:9,14
**informally (1)**
212:8
**information (24)**
34:11 55:17 111:10
133:11 179:12
185:25 213:14
219:2 244:7 250:25
254:6 256:15
263:19,24 264:3
270:3,4 274:11
276:14 290:15
318:3,18,22 330:7
**informed (6)**
114:14,19 115:3
116:5,8,11
**informing (1)**
34:14
**infrequent (1)**
124:17
**initials (1)**
178:4
**initiate (2)**
257:11 295:7
**initiated (1)**
38:18
**injured (4)**
63:14 68:20 295:9
298:7
**injuries (6)**
249:7 276:24 277:2,7
277:16 321:14
**injury (5)**
63:16 64:12 211:14
276:13,20
**input (4)**
161:2,3,6,7
**inquiry (3)**
246:22 249:9
**inserted (2)**
200:3,6
**inside (1)**
218:11
**inspector (3)**
58:14,19 59:6
**installed (1)**

271:10
**instance (1)**
202:20
**instances (1)**
202:18
**instruct (9)**
8:20 21:10 34:12
65:24 66:15 69:17
96:11 157:21 175:7
**instructed (5)**
222:10,11 255:7,11
292:11
**instructing (2)**
249:17,19
**instruction (2)**
14:18 222:13
**instructions (1)**
157:18
**instrument (1)**
321:16
**insured (1)**
165:6
**intend (1)**
17:9
**intended (2)**
32:23 324:19
**intending (1)**
103:11
**interact (4)**
25:25 26:3 179:3
185:13
**interaction (4)**
134:12,14,15,23
**interactions (1)**
134:9
**interested (1)**
327:19
**interesting (1)**
31:25
**interests (1)**
192:11
**internal (1)**
158:2
**internet (4)**
264:22 267:16,24
268:8
**Interrogatories (6)**
6:7 80:4 83:18 88:13
290:12 328:12
**interrogatory (6)**
83:17,23 84:25 87:23

88:2 89:22
**interrupt (1)**
196:12
**introduce (1)**
15:10
**introduced (1)**
143:14
**introducing (1)**
178:15
**investigate (1)**
75:4
**investigation (35)**
72:15 73:5,11,17,21
74:4,7 75:16,20
76:21,23,24 77:3,24
221:18,20 222:15
255:8,9,11,15
263:12 285:21,25
286:4,6,12,16,19
291:22 292:7,9,21
324:8,15
**investigations (1)**
285:20
**investigative (1)**
325:9
**involve (1)**
65:22
**involved (34)**
22:24 24:10,15 48:5
48:10 69:22 74:9
81:25 82:7,25 83:10
84:10 95:7,8 128:18
201:8 250:25
253:24 254:3,7
276:15 277:12
278:2,6,11,14,17
280:19 286:6 291:7
300:15 323:16,20
324:14
**involvement (4)**
260:24 278:12 282:15
283:15
**involves (1)**
274:5
**involving (8)**
214:12,18 232:11
286:13 289:22
290:16,21 318:19
**in-person (4)**
144:16 223:20,23
224:5

**irrelevant (4)**
228:9 246:22 287:3
308:3
**Island (3)**
282:9 309:14,20
**Islip (14)**
9:21 30:25 31:3,9
32:2 303:17,21,22
303:23,25 304:6,16
304:22 305:5
**issuance (9)**
155:8,10,13 156:23
157:24 160:18,19
160:21 193:7
**issue (26)**
69:16 74:23 75:9
125:6,24 126:22
127:2,14 128:10
129:21 139:19
145:12 155:24
157:22 168:5,15
180:24 213:20,24
234:25 295:20
307:13 308:20
309:6 318:10,12
**issued (10)**
105:10 155:14,18
156:12,20 159:8
160:8 166:21
192:24 193:2
**issues (6)**
96:11 120:17 152:20
181:8 318:13
319:25
**issuing (1)**
129:11
**item (1)**
182:5
**items (3)**
174:20,22 218:21

---

**J**

**J (2)**
7:15,15
**jackets (1)**
104:18
**Jaeger (11)**
280:12,13,14,15,18
280:22 281:2,12,13
281:16,22
**James (4)**

20:5 25:19 58:2,2
**January (14)**
  58:15 59:13 91:20
  93:16 94:3,10 147:6
  147:20 150:21
  190:23 191:9 193:5
  328:15,19
**Jean (6)**
  280:12,13,14,18,22
  281:16
**Jemal (8)**
  3:15 7:6,8 51:11
  208:2 258:9,13
  296:19
**Jemal's (1)**
  53:18
**Jillian (4)**
  17:17 28:7 172:24,25
**Jim (1)**
  70:23
**job (12)**
  1:25 76:2 137:13,23
  137:23,25 138:2
  139:21 157:23
  211:21 212:9 213:8
**jobs (3)**
  118:17 137:16,16
**Joe (2)**
  6:22 121:12
**John (1)**
  116:2
**jointly (1)**
  313:18
**Joseph (21)**
  1:5,9,21 2:9 3:19 4:18
  6:12 56:2 83:20
  90:13 108:20
  119:11,14 120:2,7
  120:18 234:16
  326:21 327:11
  328:5 331:4
**Josh (2)**
  51:11 53:17
**Joshua (2)**
  3:15 7:6
**Jr (11)**
  1:10,21 2:10 3:19
  56:3 83:20 90:13
  326:21 327:11
  328:5 331:4
**jubilance (2)**

196:7,22
**judge (8)**
  52:14 69:9 287:22,22
  307:15,16 308:12
  308:12
**July (8)**
  56:6,14,21 59:12,21
  61:3 62:19 83:22
**jump (1)**
  251:22
**June (2)**
  58:15 198:12
**Junior (4)**
  287:4,6,10 323:10
**Junior's (6)**
  287:14 288:3,11,15
  288:19 324:3
**jurisdiction (6)**
  303:24 304:6,14
  324:25 325:4,15
**Jury (2)**
  314:17 329:21
**J-L-O-E-F-F-L-E-...**
  265:6

---
### K
**K (4)**
  1:11 3:20 83:21
  108:19
**Kara (5)**
  188:24 189:5,7,8,10
**Kara's (1)**
  189:9
**keep (3)**
  200:21 234:15 322:5
**keeping (1)**
  21:14
**Ken (1)**
  7:4
**Kennedy (1)**
  32:8
**Kenneth (4)**
  3:24 20:6 26:6 234:17
**kept (1)**
  272:11
**Kevin (16)**
  1:5 4:9,19 7:10 36:15
  36:23 118:2,5,14,20
  121:16 171:4
  251:24,25 252:2
  326:11

**key (1)**
  175:15
**keys (4)**
  175:20,23 176:3,6
**kid's (1)**
  284:13
**kind (7)**
  38:3,9 46:22 77:8
  138:3 190:8 323:16
**kinder (3)**
  224:22 228:24 229:24
**kindergarten (1)**
  284:13
**Klein (4)**
  20:6 26:6,9,14
**knew (3)**
  259:10 261:8 293:18
**know (326)**
  12:15 13:6,10 23:17
  25:6,15 27:20,21,24
  28:4 29:18 30:6
  31:2,7 36:4 41:5,11
  41:12,18,22 42:5,9
  42:12,15,18 43:11
  49:14,16,22 51:12
  52:8,11 54:15,17
  62:21 63:18 66:18
  67:6,15 74:22 75:8
  75:15 76:11,16,18
  76:20 77:5,8,10,21
  78:2 79:7,16,19
  81:5,6 82:15 83:2
  86:5,6,14 89:18
  92:20 95:18 100:12
  100:13,19,22
  103:20 104:15
  105:3,9 108:6
  109:15,20 110:6
  111:19,25 115:24
  116:2,13,16,23,24
  117:21,25 118:5
  119:10,14 120:2
  121:19,22 122:6
  124:5,8,16 128:12
  129:20 130:14,19
  130:23,24 131:6,7,9
  131:14,18 133:18
  133:23,24 134:6,25
  139:8 141:3,4 142:7
  142:11,19,21,22
  143:3,23 145:20

146:5,6 148:4,5,10
  151:2 154:3 155:15
  162:10 165:11
  166:19 178:13,14
  180:15 186:12
  190:3,25 191:17
  192:18 194:20,22
  197:22 200:11
  201:11 204:22
  205:22 206:2,3
  207:25 209:20
  212:6,7 213:10,18
  214:11,15,16
  215:17 216:15,19
  217:5 219:10,14,24
  220:3 221:2,19,23
  221:24 230:19,21
  230:24 233:20,22
  234:7 235:13,18
  237:10,19 238:22
  239:22 241:11,14
  241:15,16 242:4,7
  242:25 246:6
  247:22 249:5 250:6
  255:22 257:24
  260:8 261:11
  265:19,23,24,25
  266:4,9,12,16,20
  267:17,23 268:7
  270:5,10,17 271:12
  271:19 272:8,13,17
  273:13,19 276:23
  277:6,11,15 278:8,8
  280:11,13,18 281:2
  281:5,8,24 282:5,7
  282:14 283:2,14,20
  283:25 284:2,10
  285:6,15,24 286:11
  286:17,18 287:13
  287:24 288:23
  290:14 291:18
  293:20 294:4,4,5,9
  294:11,16 295:21
  295:22 296:10,10
  296:15,16,16 297:5
  298:10,13,21 299:3
  300:17,21,24 301:4
  301:6,8,10,14,15,16
  301:19,24 302:6,21
  303:24 304:13,15
  304:18 305:4 306:5

306:12 308:3,5,6,9
  309:7,24 311:13,16
  311:19 312:5,7,12
  313:15 315:12,15
  315:20 316:5
  319:18 321:12
  322:4,12 323:8,11
  323:11,13,14,22,24
  323:25 324:4,24
  326:7
**knowledge (49)**
  25:13 30:18 65:13
  76:9 87:21 100:3,8
  101:18,25 102:2
  106:25 107:4,18
  113:8,12 115:15
  118:24 119:3
  122:14 124:11
  151:13,17,23
  153:12 166:13,17
  169:18 175:17
  179:16 180:3
  211:15,23 212:4
  214:21 221:22
  239:18,20 240:3
  246:19 257:22
  265:12 277:2
  287:11 297:16,19
  297:21,22 298:3
  309:19
**known (6)**
  22:4 143:6 219:20
  227:16 284:8
  293:24
**knows (1)**
  299:22
**Koch (4)**
  1:25 2:12 327:8,24
**Kristin (4)**
  1:25 2:12 327:8,24

---
### L
**L (2)**
  7:15,15
**labeled (6)**
  6:11 91:24 183:6
  258:24 307:3
  326:16
**lacerated (1)**
  277:4
**lack (1)**

125:9
**laid (1)**
229:4
**Lamm (15)**
1:5 4:19 36:15,24
118:2,5,10,14 121:3
121:16 251:24,25
252:3,8 253:2
**Lamm's (1)**
118:20
**land (7)**
22:13,14,18,23 312:2
312:3,6
**latitude (2)**
168:13,14
**law (36)**
6:18 7:5,7 10:14
30:19,22 31:5 53:13
53:14,18 54:5 61:13
61:13,17 72:13 81:8
81:12 89:20 109:4
130:20,25 200:22
200:22 240:12
296:4,5 299:6,11,15
299:20,25 300:10
321:22 325:2,7,10
**lawsuit (111)**
10:21,24,24 16:4,25
17:6,11,19,23 18:3
18:6,9,15 19:2,13
19:20 20:8,10 21:16
21:22,24 32:10,18
33:6,10,21,22,24
34:4,11,22,25 35:3
35:7,19,25 36:14,18
37:5,17,24 38:14,17
38:19,24,25 39:4,5
39:11,14,16 40:18
40:24,25 41:2,16
43:9,18 48:4 53:16
54:7,11 115:14,19
125:4 129:15
130:12 168:6 223:4
223:10 231:13
246:2,4,7,12 250:14
288:9 289:7,9,14,17
290:2 295:23 296:2
296:4 297:3,6
298:11,15,23,24
299:5 300:5,7,9,16
300:18,22 301:2,14

301:16,19 306:6,9
306:10,12 308:7
309:20,25 314:25
322:13
**lawsuits (2)**
48:5 298:15
**lawyer (2)**
8:7 92:15
**lawyers (1)**
95:18
**lay (2)**
17:3 112:5
**lead (2)**
137:6 182:15
**leading (2)**
73:13 74:17
**leaning (1)**
252:10
**learn (12)**
40:21 113:16 114:7
114:11 221:3 240:6
244:6 250:24 251:4
264:6 277:25 278:5
**learned (2)**
240:6 278:5
**learning (1)**
278:16
**leave (1)**
211:15
**led (4)**
211:14 244:13 279:18
280:5
**left (6)**
79:21 109:8 157:12
252:12 293:3,17
**left-hand (1)**
188:18
**legal (21)**
4:15 20:15,18 21:9
33:3 69:13,15 77:18
96:10 184:11 186:8
193:19 214:18,23
215:5 216:16,16
227:11,11 236:14
304:11
**legally (1)**
8:11
**legitimacy (1)**
246:23
**legitimate (1)**
14:8

**lenders (1)**
314:3
**letter (20)**
147:5 149:17 151:16
152:12,16,23
153:19 232:23
235:14 236:8
238:16 239:4,6,15
241:16 242:6,9
328:19 329:15,17
**letterhead (2)**
109:21,22
**letters (4)**
104:16 105:10,10,12
**let's (11)**
31:11 91:12 182:22
184:25 201:17
210:8 258:17
270:23 287:7
305:19 308:16
**level (2)**
68:13 196:9
**Levine (6)**
282:21,23 283:2,6,14
283:18
**liaison (2)**
321:13,23
**liberty (1)**
77:16
**library (2)**
272:12,14
**lieutenant (3)**
58:2 140:23 281:7
**life (4)**
101:8 159:3,5 173:14
**lifeguard (2)**
28:19,21
**limited (3)**
83:25 88:16 260:23
**line (13)**
63:14 68:20 101:20
102:4 111:8 154:8
228:9 246:22 249:9
295:9 308:25 328:8
329:3
**lines (1)**
56:19
**list (1)**
135:23
**listen (1)**
88:24

**listing (1)**
189:24
**lists (1)**
111:13
**litigation (11)**
34:20 96:3 224:18
233:17,21 237:7,21
238:9 295:2,4,8
**little (7)**
38:21 64:13 72:23
77:11 152:15
206:14 219:12
**live (4)**
172:22 173:3,13
284:18
**Livenote (1)**
2:15
**lives (1)**
172:19
**living (4)**
199:20 281:22 285:10
285:13
**LLP (5)**
2:11 3:4,10,17 7:6
**Ln (1)**
331:6
**loan (1)**
23:15
**loaned (3)**
23:4,9,24
**local (3)**
7:21 197:15 329:8
**located (7)**
22:14 24:24 310:7,22
311:2,10 312:24
**location (2)**
117:15 330:8
**locker (3)**
290:17 291:10,14
**Loeffler (494)**
1:9,21 2:9 3:19 6:2,5
6:12 8:1,5 9:1 10:1
11:1 12:1 13:1 14:1
15:1,18 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1,13 28:1,8
28:17,24 29:1,4,8
29:10 30:1,12,19
31:1,13 32:1,5 33:1
34:1 35:1 36:1 37:1

38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
49:24 50:1 51:1
52:1 53:1 54:1 55:1
56:1,3 57:1,5 58:1
59:1 60:1 61:1 62:1
63:1 64:1,7 65:1
66:1 67:1,12 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1,25
80:1,5 81:1,21 82:1
82:5 83:1,20 84:1,8
85:1,9 86:1 87:1,25
88:1,6,7,9,20 89:1,9
90:1,13 91:1,18
92:1,4,7 93:1,9,22
94:1 95:1,5,20 96:1
97:1 98:1 99:1
100:1,25 101:1
102:1 103:1 104:1
105:1 106:1 107:1
107:21,24 108:1,7
108:22 109:1 110:1
111:1,14 112:1
113:1 114:1,9 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1,23
127:1 128:1 129:1
129:11 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1,2,5,14 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1,17,22 162:1
162:20 163:1,4
164:1 165:1 166:1
167:1 168:1,24
169:1 170:1 171:1
172:1,19 173:1,13
173:17,20 174:1,3
175:1 176:1 177:1,7

177:10,13,14 178:1
178:8,8,8,10,12,16
179:1 180:1,11,13
180:22,23 181:1,22
182:1 183:1,8,10
184:1 185:1 186:1
186:20,23 187:1,2
187:24,25 188:1
189:1 190:1,3 191:1
192:1,9,18 193:1
194:1 195:1 196:1
197:1,10,13 198:1,8
199:1 200:1 201:1
201:17 202:1,23
203:1,2,6 204:1,18
205:1 206:1 207:1
207:19,20,22,24
208:1,15,18,21,24
209:1 210:1,9 211:1
211:11 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1,19
231:1 232:1,20,23
233:1 234:1,16
235:1,21 236:1,11
237:1,8,22 238:1,13
238:16,19 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
248:10,13,20 249:1
249:6,11 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1,3
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1,11,24 288:1
288:18 289:1 290:1
291:1 292:1 293:1

294:1 295:1 296:1
297:1 298:1 299:1,3
299:8,22,23 300:1
300:11,25 301:1,5
301:13,25 302:1,16
303:1,10,12,15
304:1,20,21,25
305:1,11,13 306:1
307:1,17 308:1
309:1,12 310:1,3
311:1 312:1 313:1
314:1,14,16 315:1
315:12 316:1,2,20
317:1 318:1 319:1
319:15 320:1 321:1
321:10 322:1,4
323:1,8,9,25 324:1
324:17 325:1,24
326:1,21 327:11
328:5,8 329:3,24,24
330:4,5 331:4
**Loeffler's (5)**
89:23 168:6 250:8
301:20 307:11
**Loeffler/Trustee (1)**
108:21
**log (1)**
271:2
**logbook (1)**
271:6
**logged (1)**
271:4
**logging (1)**
273:18
**logs (1)**
271:2
**long (17)**
16:12 22:4 28:4,11
33:18 40:4 88:25
100:25 136:4
144:25 146:12
150:21 213:18,22
268:17,22 284:8
**longer (7)**
29:5 66:5 153:2,6,10
153:16 154:12
**look (29)**
55:3,9,11 56:4 57:6
80:5,8 93:2,10
109:8,25 112:8
147:9,14 148:21

161:15 173:25
197:19 205:24
206:2,3 208:25
233:4 235:4 270:6
314:19,22 315:17
316:6
**looked (4)**
51:7,9 52:12 212:23
**looking (8)**
51:5 80:11 92:16
136:19 169:4
197:24 303:16
316:11
**looks (1)**
110:3
**lot (8)**
18:5 72:21 118:16
157:8,11 311:25
312:11 318:7
**lots (1)**
310:11
**loud (1)**
320:11
**luck (1)**
37:13
**lunch (4)**
172:11,14 210:20
211:4
**lying (1)**
212:22

_____

## M

**machine (1)**
212:25
**Maher (1)**
58:2
**mail (3)**
147:24,25 148:3
**mainland (1)**
252:23
**maintain (3)**
183:19 184:6 240:16
**maintaining (1)**
270:18
**maintenance (2)**
60:6 172:3
**majority (1)**
97:20
**making (8)**
40:22 52:18 68:24
98:11,20 160:25

193:9 225:16
**male (1)**
232:11
**malfunction (1)**
275:23
**malfunctioning (1)**
275:19
**Mallott (10)**
20:6 25:19,22 70:23
72:2 189:21 198:16
198:22 201:8,11
**man (5)**
289:11,12 294:6,10
294:10
**manual (48)**
85:15,18 86:6,7 87:3
87:8,19,22 156:25
157:3,5,15,19,25
158:8,16 159:7,17
160:8,13,16,25
166:21 167:4
192:23 193:16,22
194:11,20,24 195:5
195:16,20 196:4,15
199:19,20 200:2,7
200:21,25 201:9
205:8,10,16 207:15
209:8 330:3
**March (11)**
174:7,12 177:11,24
181:23 184:2 209:4
235:25 236:5
327:22 328:25
**margin (2)**
188:18,23
**Marino (1)**
81:14
**Marissa (2)**
285:14 286:22
**mark (22)**
53:22 54:20 79:25
88:5 92:4 107:20
146:25 161:15,17
173:16 177:6
186:19 197:9
202:22 208:18
232:19 238:12
303:9 308:11,16
314:14 316:21
**marked (27)**
6:3,7 87:25 91:21

92:16 94:12 107:25
147:6 161:25
163:15,18 173:21
177:12,14 186:25
187:23,25 197:16
203:4 208:14,15,22
232:24 238:18
303:14 305:13
314:17
**Marks (2)**
4:5 7:11
**marriage (2)**
16:15 327:18
**married (5)**
16:12,16,18 280:15
323:19
**marshal (5)**
30:24 31:21 32:3,6,7
**Mary (23)**
33:24 132:8,9,13,20
133:4,12 134:7
141:5,8 143:20
144:4 180:22 181:6
181:15 189:22
190:4,7 209:5
234:17 253:19,20
254:19
**master (2)**
31:4,8
**masters (1)**
84:3
**material (1)**
160:2
**materials (4)**
220:4,5,20 222:4
**math (1)**
112:25
**matter (7)**
6:13 20:23 40:23
190:9 286:20 301:7
327:20
**matters (10)**
96:4,6,14 123:22
235:3 290:21,23
291:4,8,9
**mayor (152)**
1:9,10 6:12 8:5 15:18
32:10,18 33:5,9
35:24,24 40:12 48:9
56:5,11,13,17 57:10
58:7,11 61:2,15,20

64:10 67:12 70:24
72:6 73:12,17,18,19
73:22 74:6,24 75:4
75:9 78:20 80:5
81:20 82:5 83:20,21
84:8 85:9 88:20
89:9,16 90:10,12,16
90:18 92:7 93:9,22
99:13 100:9,25
103:24 106:3 108:7
108:22,23,24 110:8
110:8,13,19,19
111:3,3,5,14 114:8
126:13 129:25
132:17,19,22
133:22 135:5 146:2
147:14 156:14,17
162:19,20 167:21
168:24 170:20
172:19 173:4 174:3
177:13 181:5 183:8
187:2 190:3 192:8
192:18 198:8
202:13,16 203:6
204:18 205:20
207:19 208:24
211:10 215:4
216:24,25 226:5,14
229:5,14,16 231:16
238:19 248:10
254:12,12,16 259:3
260:9,22 264:25
286:6,12 298:21
299:22 300:11
302:16 303:15
305:11 307:10
309:12,22 310:3
315:11 316:2,11,13
316:20 317:8
319:14 322:4 323:8
324:17,18,22
325:22,24
**mayor's (1)**
125:11
**mayor/fire (1)**
110:9
**mayor/police (3)**
109:14,16 234:16
**mayor/sanitation (1)**
110:13
**McKenna (1)**

189:10
**mean (30)**
51:5 54:8,15 62:22
67:7 71:14 76:4
77:6 86:15 88:23
95:19 97:19 99:25
102:20,20 111:20
121:6 156:13 160:3
175:25 176:21
184:7 201:14
205:17 206:11
270:7 315:4 316:25
318:13 322:10
**meanings (2)**
97:17 123:9
**means (13)**
8:23 49:15 67:7,10,15
103:21 106:13
123:7 149:17
169:11,15 315:22
317:2
**meant (4)**
149:14,25 179:6
237:2
**media (2)**
223:4,10
**medications (1)**
13:15
**medium (2)**
271:24 272:8
**meet (15)**
22:11 25:18 26:5,8,17
26:19 118:16 135:9
135:12,25 140:2
144:12 146:12
191:19 306:2
**meeting (42)**
20:17 50:24,24 51:4
70:15 91:20 93:16
94:3,10 97:13,14
114:20 135:18,20
136:4,9,15 139:16
140:11 141:6,9,12
144:4,16,22,24,25
145:4,12,18 148:19
187:14 188:9
190:16 191:7 194:4
198:12 225:3,16
228:24 230:10
328:14
**meetings (9)**

20:24,24 21:4 51:21
145:16,21 227:3,17
227:19
**member (18)**
20:11,17 26:10,21
72:16 73:6 90:15
104:13,20 107:4
225:25 228:21
229:20 232:3 254:9
283:8 287:25
321:12
**members (33)**
16:5,6 17:9 19:19
20:2,3 29:22,24
30:9 70:16,21 71:3
71:8,17,19 105:13
111:6 167:22 168:7
179:3 185:13
193:20,24 195:21
195:25 196:2,6
201:24 202:4 223:3
225:14 227:5,18
**memo (7)**
107:24 176:22,23
177:10 180:11
328:17,25
**memorial (3)**
218:16,16,18
**memory (3)**
54:9 161:14 176:18
**mentioned (1)**
289:6
**merely (2)**
18:14 96:14
**merit (5)**
2:13 246:13,14,23
247:15
**Mermaid (1)**
309:14,20
**met (11)**
135:3,7,16 144:8
191:23 192:4
289:11,11 294:6,10
306:4
**metal (1)**
176:2
**Metropolitan (1)**
47:14
**Michael (7)**
3:25 7:4 17:17 51:10
126:23 129:11

287:24
**midnight (1)**
117:8
**Mike (8)**
28:17 173:12 230:19
258:10 287:11
288:18 323:9,25
**Mill (1)**
4:7
**Miller (2)**
283:21,23
**mind (4)**
21:15 33:4 51:15
183:14
**Mineola (1)**
3:14
**Minerva (31)**
33:24 34:3,7,9,21,25
35:6,18 132:8,10,21
133:4,12 134:7
141:5,9 143:20,24
144:4 171:16
180:22 181:6,15
189:22 190:4,7
209:5 234:17
253:19,21 254:19
**Minerva's (1)**
132:13
**minute (3)**
48:17 134:11 306:20
**minutes (19)**
53:5 79:23 91:10
93:15 94:2,9 163:9
172:13 178:24
187:14 188:9
198:11 237:5,12,18
293:5,8 315:19
316:17
**mischaracterizing (1)**
292:2
**misheard (1)**
196:21
**misspeak (1)**
75:7
**misspoke (1)**
75:6
**mistaken (1)**
316:14
**misunderstood (1)**
290:23
**Mitch (16)**

288:24 289:9,16,22
293:18,21,25 294:5
315:14,19,25 316:6
316:12,14,23 330:8
**modification (1)**
199:24
**modified (14)**
66:10,12 152:16
153:21,24 180:4
181:25 182:10
183:18 184:5
240:14,19,20 242:5
**moment (6)**
8:6 9:2 91:7 162:5
178:8 206:9
**Monday (1)**
253:13
**Monetary (1)**
295:19
**money (6)**
23:5,9,15,24 215:8
295:20
**month (3)**
19:15,16 119:21
**months (1)**
29:2
**morning (5)**
8:5 51:24 212:19,24
214:2
**mortgage (6)**
23:25 24:4 313:24
314:5,7,9
**mortgager (1)**
314:6
**mother (8)**
17:14 29:9,10 171:19
171:23 323:17,17
323:18
**motion (18)**
68:12,14,25 95:5,15
95:16,18,19,21 98:7
98:11,17,19,21,22
114:4 193:10
201:12
**move (5)**
8:12,17 53:4 68:4
136:23
**moved (5)**
96:2 189:21 192:9
198:16,22
**movie (3)**

280:16,25 281:20
**Moving (2)**
58:13 59:18
**multiple (2)**
50:5 233:25
**municipal (1)**
61:13
**municipality (1)**
309:3

_____

**N**

**N (3)**
3:2 4:2 328:2
**name (52)**
8:6 12:4 16:10 54:5
56:2 100:13,16,19
100:22 104:19,24
140:20 141:19,21
142:3,5,9 143:7,10
143:13 171:13
189:9,11 219:15,18
222:19 280:12
281:25 283:21,25
284:3,21 285:12
286:24 288:24
289:2,5,10,13,24,25
294:5,12,14 313:12
315:25 316:3,12,15
316:23 330:8 331:3
**named (12)**
11:10 12:9,13 17:6
116:18 282:21
295:22 298:14,22
299:4,23 305:21
**names (4)**
108:16 111:13 112:16
277:11
**narcotics (1)**
324:2
**NASSAU (1)**
327:6
**Natalie (6)**
1:11 3:20 83:21
108:19 109:11,13
**nature (30)**
9:22 11:14,23 22:7
25:21 26:13 27:4
29:18 46:2 63:15
75:15,19 76:13
161:5 220:20 222:4
237:6,21 240:20,23

267:10 276:23
277:6,15 278:12
281:15 294:22
300:24 309:16,24
**near (1)**
212:20
**necessarily (1)**
326:8
**necessary (2)**
88:17 326:4
**need (19)**
80:9 81:23 82:13
109:25 112:5
146:15 148:21
151:9 162:25 194:9
200:20 204:12,14
258:9 299:18
306:14,17 314:23
320:8
**needed (4)**
158:15,17 162:14
194:10
**needs (4)**
57:6 136:23 203:14
319:6
**negotiator (1)**
47:20
**Neither (1)**
216:13
**never (17)**
11:25 21:20 55:21
78:7,23 99:20 219:6
277:23 289:11,11
292:18 294:6,10,10
302:8 305:18 306:4
**new (27)**
1:3,22,22 2:12,16 3:7
3:7,14,23 4:8 7:22
37:21 135:23
140:23 151:10,13
189:24 190:2,11
200:18 201:5
217:25 281:4,6
285:17 327:4,9
**news (6)**
16:6 214:6,9 223:3,10
264:13
**Newsday (10)**
223:12,17,21 224:12
224:21 225:3,5
228:23 229:10

264:12
**newspaper (8)**
264:8,10 268:11,15
273:23 274:15,18
274:22
**newspapers (1)**
264:16
**night (21)**
46:17 214:13,19
230:15 251:3,5
253:4,8,12 254:2,7
255:9,15 256:16
282:13 283:7,10,12
292:8 323:10 324:2
**nine (1)**
320:3
**Ninety (1)**
273:16
**Nofi (11)**
1:5 4:18 6:23 119:11
119:14 120:2,7,18
121:5,6,12
**Non-uniform (1)**
175:14
**Nope (1)**
246:5
**Notary (4)**
2:15 7:17 327:8
331:25
**notations (1)**
188:18
**note (19)**
13:4 14:11 36:24
54:24 89:17 90:6
92:17 93:13,18
101:3 108:15
113:18 162:2
184:20 185:7,16
186:7 187:6 326:3
**noted (3)**
34:17 206:4 326:18
**notes (3)**
145:17,21 263:14
**notice (8)**
100:6 181:24 182:4,9
182:13,16 199:23
309:4
**notification (1)**
74:21
**noting (1)**
286:8

**November (1)**
89:10
**Novikoff (414)**
3:24 6:24 7:4,23 8:2
8:12,17,21 11:4,7
12:20,24 13:25
14:15 15:4,6,9 17:2
17:25 18:12,25 19:7
19:10,17,21,25 20:9
20:22 21:2,6 26:2
31:20,24 32:12,19
33:18 34:5 35:8,13
35:20 36:2,20 37:17
37:19 38:16,20 40:3
40:14 44:3 48:7,17
48:20 49:3,6,13,19
50:4,23 51:3 52:5,8
52:20,24 53:17,21
53:24 54:8,15,24
55:2,5,6,13,16,20
56:8,12 57:3,5,12
57:14,24 58:22
60:13 61:5,11,23
62:4,13,20,24 63:7
64:5,7,19 65:11,16
65:21 66:6,13 67:5
68:21 69:4,8 71:12
71:21 72:9,20 73:8
73:15,24 74:25
75:12,17,21 76:8,15
76:22 77:4 78:6,11
79:4,9,13,15 80:8
80:16,23 81:18,22
82:11 84:6,14,19
86:2,11,16,20,24
87:12,14,20 88:4,10
88:23 89:4,12,17,19
90:6,17,22 91:3,8
91:11 92:12,14,25
93:6,13,20 94:5,18
94:21 95:10,17 96:8
96:25 97:15 98:2,8
98:13 99:20,24
100:15 101:3,6,21
101:24 102:5,8,19
102:23 103:3,14,19
104:2 105:15,21
106:2,9,18,22 107:7
107:13,17 108:3,9
108:18 109:2,10,13
109:19 110:15,22

111:18,24 112:24
113:6,18,21 114:21
115:10 116:16,21
118:4,22 119:5,7,12
119:18 120:3,19
121:2,6,8 122:21
123:4,12,24 124:2
125:8,17 126:8,11
127:16,20,24 128:3
130:18,23 131:21
131:24 132:15,22
133:7 134:3,11,20
137:9 139:12
140:12 142:3,12,16
142:18 143:2 147:8
147:12,13 148:15
148:21,24 149:11
149:20,24 150:6,24
151:22 152:2,6,13
152:18 154:4,20
156:7,10,13 158:13
159:3,14 160:3,18
162:3,4,13 163:21
165:16,21 166:3,6
166:12,25 167:8,10
167:17,19,25 168:5
168:9,11,20 169:13
169:22 170:7,12,15
170:19 172:12
173:8,11,23 174:13
174:16 175:3,8,19
175:25 176:4,11,21
177:2,17 179:20
180:18,24 181:4
182:2,6,17 184:10
184:20 185:7,16,20
186:3,7,15 187:2,6
187:17 188:2,11,14
193:11 195:11,17
196:5 197:3,6,18,23
198:6,20,24 199:4
201:13,18 203:11
203:17,22 204:5,8
204:25 205:12,17
206:7,20,24 207:3,7
207:25 209:12
210:4,13,17,22
211:3 307:4,9 308:2
308:18,22 309:9
313:16 314:18
315:3,8,15,24 316:5

316:10 317:2,7,12
317:15,23 318:6,17
319:2,7,12,18,22
320:12,14,17,21,25
322:10,16,19 326:7
326:11
**Novikoff's (1)**
21:14
**number (40)**
6:11 54:22 56:19
82:14 84:16 87:25
89:5 90:12 91:25
92:6 107:23 147:4
163:19 166:9
168:22 170:11
173:19 175:5,10,15
175:19,21 177:8
178:9,25 179:9
183:6 185:11,19
186:22 197:12
208:20 232:22
238:15 258:25
303:11 307:3
315:21 321:2
326:17
**numbered (4)**
81:15,17 167:9
174:20
**numbers (4)**
161:20 178:15 202:24
208:16
**numerous (1)**
265:17
**NYS (2)**
197:13 329:7

---

**O**

**O (2)**
7:15,15
**oath (11)**
5:13 8:10,14,22,23,24
9:6,9,12,16 10:6
**object (34)**
14:16 20:19 49:7 53:2
64:19 66:6 73:24
77:4 82:12 84:19
86:2 90:17 97:15
100:2 106:3,10
109:22 112:4
114:21 134:20,24
152:6,19 214:3

226:9,17 228:7
229:2 232:14
256:17 291:2,24
296:8 320:25
**objected (2)**
122:23,23
**objecting (5)**
48:11 77:7 82:14
98:15 125:17
**objection (170)**
13:25 17:2 18:12 19:7
26:2 35:13,20 36:2
44:3 48:7,22 49:3,8
49:13 57:24 60:13
61:5,11 62:13,20
63:7 65:16 66:13
67:5 71:12,21 72:9
72:20 73:8,15 75:21
76:8,15 77:12 78:6
79:4,17 80:23 83:11
86:11 89:12,17 90:7
94:18 95:10,17 98:2
98:8 99:20 101:3
102:19 103:19
104:2 105:15,21
106:22 107:7,17
109:2,19 111:18
113:7 116:21 118:4
118:22 119:8,12
120:3,19 121:8
122:21 123:24
125:8 130:18
131:24 132:15
133:7 134:3 139:12
140:12 149:11
150:24 152:13
154:20 158:13
166:25 169:22
170:7 175:3 179:20
179:24 182:6
184:10,20 185:7,16
186:7 193:11
195:11 196:5
201:14 205:12
211:18 212:11,17
214:25 215:25
219:5 221:7,13,21
223:6 224:24 230:2
231:5 236:13 237:9
237:24 241:19
243:21 244:4,15

245:17 246:16,17
247:17 248:8,14
249:8 250:11,18
252:18 255:20
257:21 263:5,21
265:21 266:23
267:12,21 269:5
270:20 272:20
276:8,10,16 277:9
278:25 279:22
280:7 281:17 286:2
286:3,8,14 287:2,16
288:5,20 289:18
290:22 291:15
292:15,22 294:2
295:14 298:17
299:7 304:9 320:9
**objectionable (2)**
52:16 149:15
**objections (4)**
5:7 97:10,16 119:5
**obligated (2)**
8:11 9:2
**obligations (1)**
8:13
**OBPD (7)**
84:3 85:4 88:19 89:24
90:4 190:12,13
**observed (1)**
318:11
**obtain (4)**
34:11 44:24 146:15
264:2
**obtained (3)**
47:4 179:17 236:23
**obtaining (5)**
28:15 33:3 179:14
193:19 256:15
**obviously (5)**
115:13 129:20 236:4
242:2 307:19
**occasion (27)**
24:18 34:2 37:3 69:25
70:7,18,20 102:14
103:7,24 104:14,21
104:23 117:6 126:2
126:6 129:8 135:15
144:5,7,13 224:16
230:17 250:7 257:9
294:20,24
**occasions (11)**

23:8,13 24:14 33:8
70:3 102:10 104:4,8
135:6,13 223:9
**occupied (1)**
128:25
**occurred (3)**
128:6 198:12 250:15
**Ocean (303)**
1:9,12 3:12,19,20 6:5
6:14 22:14,22,22
24:2,11,12,16,23
25:2 26:11,22 27:8
27:11,14 28:8,18,24
29:11,25 30:4,10,15
30:20 36:8 40:23
41:9,20 42:3,6
43:16,25 44:7 48:6
48:25 49:12,17
53:15 54:12,21
56:13,23 57:12
59:20 60:8,16,18,22
61:2,4,22 63:23
64:2,18,24 65:4
66:19,22 67:2 71:6
71:10,19 72:13
74:10,11,12 80:2
82:3,6,8,9 83:19,21
84:3,12 85:5,10,16
85:24 86:7 87:11,15
91:19 92:5 99:2,17
100:10 101:2,11,18
101:21 102:5
103:17,18,25 104:5
105:13,14,19,25
106:17,25 107:5,22
108:23,25 109:18
116:18 117:17
118:8 119:16 120:4
120:17,24 121:13
121:16,23 122:19
124:9,24 125:5
126:13 128:7,9
129:9 131:20 132:3
133:20,22 134:2,8
134:12,18 136:11
136:14 137:7,17,21
138:14,18 145:6,23
146:2,4,6,14,16,21
150:23 152:11,24
153:8 154:14 155:2
158:2,3,19 159:9

160:17 161:10,19
161:20,23 162:21
163:12 164:2,2,25
166:14,16,17,23
167:22 169:19,19
170:5 172:20
173:18 177:8
179:14 186:2,21
189:2 191:22
192:10,12,17,21
193:6 195:2,6
197:11 200:16
202:9,14,24 206:6
208:19 209:19,21
211:17,25 212:5,10
213:7,21 214:12,18
214:21 215:4,16
216:20 217:8,17
219:15,22 224:22
226:7,15 229:12
231:18,21 232:10
232:13,21 235:8,11
238:14 245:7,10,16
245:25 251:6,9
261:2 264:25 265:7
265:9,10,14 266:10
266:13,14,17,18,21
267:7,20 268:9
270:19 282:8,24
283:4 284:6,19
285:3 288:2,14
294:17,19,23 296:6
296:23 297:2,11
298:16,24 301:22
301:25 302:13
303:18,21,22 304:2
304:4,7 305:25
309:13,21 310:4,8,9
310:14,17,20
311:11,17,21
312:25 313:4 324:6
325:3,8 328:11,14
328:20 331:3
**office (22)**
27:15,19 104:11
136:2 141:13,16
143:15 144:19
148:9 178:6 183:13
189:8 213:3 215:16
221:17 222:5,12,17
222:19 257:5 262:7

262:11
**officer (81)**
5:12 30:16 41:8,11,19
42:2,6,10,13 43:15
47:15 59:19 61:16
72:12 88:18 101:19
101:22 102:6 107:2
117:2 118:7,21
119:16 120:4 121:3
121:23 122:15
124:9,12 127:8,10
128:9,12,17 129:16
134:13 136:14
139:10 140:4 141:3
142:5 149:7,10
150:15,16 152:9
158:18,24 159:6
169:17 191:21,24
192:5 211:25 212:5
212:10 213:4,21
219:15,21 221:5
233:16 234:11
236:8 239:18,23
240:18 241:3 242:4
242:16 250:9 252:3
252:7 253:2 270:24
279:18 280:6
285:18 302:4,10,13
**officers (70)**
84:2 85:4,8,12,24
89:6 111:11,15
112:20 113:9,13,17
114:8 115:2,8,14,21
116:5,12 121:12,16
122:19 124:24
125:5,13 126:22
129:10,22,24
131:20 133:20
135:23 136:8,11,20
136:24,25 137:6,8
137:12,15,19,21
138:13,14,23 146:4
146:8 155:19 156:3
159:9,17 160:12,16
190:14 191:12
193:6 195:6 196:11
196:17 200:5 213:7
215:9,11 238:4,6,8
245:7 288:14
324:21
**offices (1)**

2:10
**official (24)**
1:10,11,13,16 10:5,14
11:4,8,11,19 12:9
61:21 64:3 73:23
141:25 265:3
266:10,14,18,21
267:7,20 321:12,23
**off-duty (2)**
85:4,24
**oh (14)**
32:19 37:19 59:11
91:11 102:8 126:24
176:4 198:20
204:24 235:17
262:22 268:20
273:13 281:10
**okay (112)**
8:2,15 13:3 14:10
15:13 19:25 20:22
21:6,14 32:12 37:19
48:21 49:6 51:14
55:19,22 57:14
59:18 64:8 67:17
75:8 77:21 78:19
80:15 81:15,18
83:13 85:21 87:20
88:10 89:4,21 90:6
90:12,21 91:8,12
92:25 93:6 94:12
96:18 98:20,24
99:25 101:24 102:8
103:3 106:2,9,22
108:14 109:10,14
112:7 116:10,21
121:8 123:4,12
126:11,19 127:20
128:17 133:2 143:2
149:20 150:11
151:22 165:16,21
166:12 167:10,19
168:20 170:12
172:17 173:11
174:16 175:9,19
176:4 182:22
183:23 185:22
194:23 196:25
199:7 203:17
204:14 206:4
207:19 210:8
219:10 225:6 234:8

274:13,19 299:21
302:16 303:23
307:21 314:18
315:10 316:5 317:7
317:13,17 319:7,18
320:17,21 326:9
**old (9)**
3:13 248:21,23 249:3
249:23,24 284:10
286:22 287:5
**once (8)**
33:11 117:5 151:3,19
169:12 203:12
257:10 320:14
**ones (2)**
70:19 137:2
**one-page (11)**
54:20 92:5 107:21
147:2 173:17 177:7
186:20 197:10
208:19 232:20
238:13
**ongoing (3)**
224:18 295:2 302:13
**online (1)**
264:20
**on-duty (1)**
85:4
**oOo (1)**
5:19
**open (2)**
21:4,7
**operating (2)**
61:16 72:12
**operation (2)**
158:3 179:13
**operational (2)**
271:2,5
**operations (4)**
87:10,17 90:14
185:25
**opine (1)**
318:14
**opinion (18)**
78:3,7,10,15,21 79:2
79:8,10,12 136:22
137:11,18 138:5,7
138:10,19 168:2,4
**opinions (1)**
225:22
**opportunity (4)**

15:7,15 164:7 241:5
**opposed (3)**
86:24 181:7 225:11
**opposition (2)**
96:21 97:8
**oral (1)**
95:16
**orally (2)**
95:22,23
**order (9)**
34:10 80:9 130:16
146:16 235:19,23
235:25 307:14,20
**orders (1)**
155:10
**organization (6)**
99:5,10 100:4 170:13
170:18 171:21
**Organizational (1)**
62:2
**original (1)**
183:11
**originally (1)**
174:9
**outcome (1)**
327:19
**outside (14)**
20:11 30:20 33:19
40:14 52:5,20 74:8
240:7 241:24 252:5
306:15 310:16,20
311:20
**overall (3)**
96:13 132:16,19
**overlapping (1)**
304:6
**oversee (2)**
133:4 157:14
**overseeing (3)**
132:4 165:2,12
**overseen (1)**
73:12
**oversight (5)**
64:3 132:12,20,24
133:3
**owned (3)**
128:16 312:19 313:18
**owner (1)**
313:9
**owns (1)**
313:12

**O'Brien (2)**
4:5 7:11
**O'Neill (2)**
4:5 7:11
**O'Rourke (6)**
281:25 282:2,3,11,14
282:18

_____
**P**

**P (6)**
3:2,2,25 4:2,2 7:15
**packed (1)**
252:24
**page (50)**
93:15 94:4 161:18
163:14,18,20,21,22
165:15,20,22,25
166:5,7,7,8,18
167:6,9,11,13
168:22 170:10,11
174:9 187:7 188:8
188:12 189:19
197:25 198:10
203:21 204:2,3,6,7
205:15 315:7,7,9,9
316:11,12 318:24
328:3,8 329:3,24
330:3,8
**pages (15)**
93:19 159:13,22
162:3 187:13,15,16
187:23,24 198:4
204:9 329:24,24
330:4,5
**palpably (3)**
149:14 249:10 308:3
**papers (1)**
264:13
**Paradiso (39)**
62:6,8,17 63:4 64:11
64:16 68:22 70:8
72:17 73:7,13 74:9
76:9 77:9,23 78:2,9
78:15,25 130:5,9,12
136:16 211:13
255:7,10 265:24
266:9 275:16,17,23
275:24 278:21
292:11,14 294:16
294:24 295:7 322:8
**Paradiso's (5)**

75:9 78:21 79:8
285:21 286:13
**paragraph (27)**
151:3,9,19 167:15
169:6 175:21
179:19 183:10
198:18 315:17,21
317:6,9,13,19 318:4
318:7,8,13,21,25
319:3,9,11,22
320:18 321:10
**paragraphs (3)**
319:16 320:3 321:6
**paramedic (1)**
251:23
**paramedics (2)**
251:21 252:21
**Park (1)**
128:9
**parked (1)**
251:20
**part (14)**
23:2 49:8 86:22 94:9
115:14,16 167:11
205:9,16 207:15
238:9 272:18 313:9
324:11
**Partially (1)**
68:9
**participate (1)**
65:10
**participated (1)**
214:22
**particular (14)**
104:24 125:7,25,25
126:6,6 132:2
165:12,19 167:11
188:11 201:2 258:2
278:17
**particulars (1)**
104:15
**parties (2)**
5:4 327:17
**parts (1)**
260:16
**party (3)**
9:12 17:6 129:5
**part-time (7)**
136:24 137:15 140:16
190:19 191:5,21
192:5

**pass (3)**
54:22 92:7 287:6
**passed (5)**
98:19 131:10,15
286:25 323:10
**Pat (1)**
36:14
**Patrick (2)**
36:4,6
**patrol (1)**
155:21
**Patrolman (1)**
240:25
**Paul (20)**
136:16 141:2 157:11
157:14,17,21
160:17 190:12
191:17,20 200:11
201:23 234:11
239:17,20 241:12
241:13,16 242:9,12
**pay (4)**
25:3 231:19,23,25
**payable (1)**
189:18
**payroll (7)**
133:17,18,19,24
143:15,18,25
**peck (1)**
315:16
**Peddie (2)**
224:13,15
**pen (2)**
174:11,17
**pending (11)**
13:12 39:11 91:7
206:21,25 246:2
300:6,19 301:14
303:12 329:19
**penned (2)**
174:7,9
**people (11)**
17:10 114:15 144:23
146:11 164:9,23
189:3 200:4,14
265:17 283:10
**perform (2)**
153:6,10
**performance (8)**
118:20,25 119:4
122:15 124:12

211:16,24 212:5
**period (31)**
27:18,23 28:20 29:15
30:6 31:7 42:5
56:19 57:9,19,23
58:4,5,6,11 59:16
60:3,17 64:15 89:15
103:16 115:10,12
133:21,25 152:14
166:15 173:12
213:19,23 215:3
**permanent (1)**
249:6
**permission (1)**
180:2
**permit (1)**
20:12
**perpetrator (3)**
102:15 103:6 245:2
**person (20)**
60:24 61:6,9 83:24
84:4 106:16,16
114:17 116:17
125:7,25 126:6
132:7 178:6 218:21
253:17 254:23
268:14 281:13
305:20
**personal (5)**
246:19 267:18 276:25
297:15,20
**personally (3)**
49:2,11 264:22
**personnel (5)**
96:3,5 186:24 189:20
329:6
**persons (4)**
81:25 82:7,24 84:10
**person's (2)**
141:21 178:4
**pertaining (8)**
179:4,7,12 180:24
185:14,25 199:12
201:4
**Peter (1)**
141:13
**Pg (1)**
331:6
**phone (10)**
175:2 269:9,12 271:3
271:3,7,9,13,16,17

**phrase (3)**
49:14,23 114:4
**picked (1)**
60:5
**piece (8)**
22:12 25:12 163:25
164:7,13,22 311:25
312:2
**pieces (2)**
164:14,15
**pierce (1)**
306:13
**place (19)**
23:13 33:13 39:12
51:4 66:11 85:7,10
102:16 127:4 157:2
168:12 191:8
193:18 194:11
244:24 253:23
268:8 270:14
271:13
**placed (5)**
66:8 104:17 152:16
153:21 252:22
**places (1)**
76:5
**plaintiff (4)**
10:20 12:4 36:22
300:21
**plaintiffs (26)**
1:7 3:5 6:6,20 8:7
40:18,22 48:24 80:3
83:4,6,18 88:13
115:17,18 125:4,24
126:5 160:11
231:13 288:9 290:9
302:17,21,22
328:12
**play (1)**
286:15
**played (4)**
23:2 117:23 285:25
286:12
**playing (2)**
70:9 176:19
**Plaza (2)**
2:11 3:22
**please (60)**
7:14 13:6,10 14:13
32:16 35:15 45:10
63:3 67:18 70:22

80:6 81:21 92:10
107:20 125:20
127:22 146:25
147:14 161:17
162:25 165:14
167:6 173:16 174:2
177:6,23 182:23
183:9,11 187:4
188:7 196:13 197:9
202:22 204:15
206:22 207:12
208:5,18 209:2
232:19 233:4
234:14 238:12,21
265:5 270:23 292:4
297:18 303:9
305:13 306:18
307:6 314:14
315:12 317:5,11
318:24 320:22
323:4
**pleasure (1)**
201:18
**pocket (2)**
159:11,15
**point (20)**
8:21 63:11 65:6 91:13
99:8 133:25 134:22
136:21 158:12
167:20 173:3 193:4
210:20 226:5
230:13 252:16
266:13 280:4
308:17 315:13
**pointing (1)**
94:13
**points (1)**
155:20
**police (309)**
1:12,12,14 3:20 10:2
10:5 11:22 30:4,7
30:16,17 36:11 41:8
41:11,19 42:2,6,10
42:13 43:15 47:14
47:15,15 57:16,18
57:22 59:2,10,12,15
59:19 60:2 61:4,7
61:10,22 62:7,9,12
62:18 63:5,22 64:4
64:17,18,24 65:4,19
66:5,19,22 68:6,16

70:9,11,14 71:5,11
71:20 72:7 83:21
84:2,2 85:16 86:8
87:11,16,18 88:18
90:14,19 94:15,17
94:23 95:6,9,13
96:23 97:25 99:2,17
100:10 101:19,22
102:6 107:2,5
108:24 109:6,17
110:4,20 117:2
118:7,17,21 119:16
119:17 120:4,5,18
120:25 121:13,17
121:23,24 122:15
122:19 123:21
124:9,10,12,24
125:5,13 129:10,15
130:17 131:11,16
131:20 133:20
134:13 135:23
136:8,10,14,20,23
136:24,25 137:5,8
137:11,15,19,21
138:11,14,23 139:9
140:3,16,18,21,22
140:23 141:3 145:7
146:4,7,21 149:6,10
150:15,16 152:9,11
152:25 153:8
154:15 155:2,10,19
156:2,3 157:6,9,13
158:3,15,17,18,22
158:24 159:6,9
160:12,16 166:24
169:16,20 172:4
175:16 176:6 179:4
179:7,8,11 180:12
184:22 185:14,24
191:4,21,24 192:5,7
192:13,21,23 193:6
193:22 194:10,19
194:24 195:3,6,20
196:3,9,11,17
198:15 200:16,17
202:9,14 205:10
209:8,17,18,19,21
211:16,24 212:5,9
212:20 213:7,20
214:13,19,22 215:7
215:8,11 216:21

217:8,10,17,19,25
219:14,21 220:5,6
221:5 222:5 224:23
225:9,11,12 226:7
226:16 228:25
229:25 230:22
231:17 232:13
235:6,8,11 236:10
238:4,5,6 240:18
241:3 244:25 245:7
245:16 250:9 251:9
251:12,15,19,21
252:13,22 255:25
260:10,18,21,24
261:13 266:13,17
269:21 270:19
276:13 285:17
288:2,14 302:4,9,12
303:24 304:7,16,23
305:6 318:9 321:12
321:23 324:6,20,25
325:22
policies (11)
85:2 87:15 156:22
158:2,21 179:13
186:2 195:20
226:15 267:6,11
policy (59)
74:11 85:7,10,14,15
85:18,22,22 86:6,7
86:9,14 87:2,3,8,10
87:18,22 153:24
155:9 156:24 157:3
157:5,15,19,25
158:8,16 159:7,17
160:8,12,16,25
166:21 167:3,15,23
168:25 169:17,21
169:25 170:6
193:16 194:11
196:15 199:19,20
200:2,6,21 205:7,10
205:16 207:15
267:18,25 268:4,8
pool (1)
252:2
portions (2)
39:25 40:8
portray (1)
214:8
posed (1)

187:9
position (53)
11:20 28:5,12,15
30:14 31:2,5,8,21
32:5 50:10,13 57:17
59:25 78:4 95:7,9
109:7 113:22,23
114:2,5 130:17
131:11,16 132:3,9
144:15 145:5 151:4
151:11,20,25
152:10 170:22
171:6,9,19 189:15
226:24 229:12
230:6 232:6,8
235:10 281:5 302:7
302:8 304:19,21
307:9,23 326:9
positions (14)
27:13 28:7,17,23
29:11,13 30:19,22
59:24 60:10 170:23
170:24 171:24
321:23
positive (6)
41:13 63:20 64:14
204:20 205:2 277:5
possession (2)
148:5 175:16
possibilities (1)
233:25
possibility (2)
69:3 234:6
possible (4)
205:9,13 322:11,12
possibly (3)
184:11 294:12 320:2
Postal (1)
285:4
Potsdam (3)
44:23,25 45:4
Powell (1)
115:24
power (2)
95:6,8
powers (1)
95:13
practice (3)
156:5,11 325:6
practices (1)
226:7

preceded (1)
304:18
precinct (4)
325:15,16,17,19
precipitated (2)
104:12 105:3
precise (2)
19:3,5
prefer (1)
172:13
prepare (5)
50:22 51:16,22
192:14 200:14
prepared (3)
199:12 200:8 209:10
presence (15)
20:11,14 32:20 33:2,2
33:19 34:8,18 40:14
52:21 66:2 77:18
156:2 193:18
234:23
present (24)
4:13 6:21 20:18,25
65:22 69:7 84:4
85:5 89:25 90:5,11
96:15,15 141:5,11
144:21 202:16
225:4 226:25 227:9
227:10 230:9 231:3
321:13
presentation (3)
52:6 194:16 225:4
presented (8)
84:17 98:17 176:9,14
181:8 194:17
199:25 208:13
presently (5)
13:14,18 64:5,6 74:19
press (2)
247:24 308:19
presumably (4)
134:13 244:10 247:10
308:9
presume (2)
98:14 134:21
presuming (1)
125:11
pretty (3)
126:16 165:4 211:20
prevent (2)
14:7 106:16

prevents (1)
307:12
previous (1)
241:7
printer (1)
195:9
prior (36)
9:16 16:15 22:3 54:12
68:24 73:2,4 85:21
86:6 87:3,22 115:18
119:24 120:8
123:15 136:9 143:4
148:14 153:20
157:24 160:18
162:16 196:15
211:13 214:13
217:23 221:4
225:15 237:17
245:20 262:9
270:14 272:7 289:2
301:20 324:17
Prisco (3)
245:25 261:18 277:7
private (1)
314:2
privately (1)
322:18
privilege (8)
17:3 20:20 53:3 239:8
239:9 258:11,13,16
privileged (1)
77:14
probably (7)
144:9 146:10 202:6
238:3,3 290:6
315:18
problem (1)
316:11
problems (2)
72:22 213:6
Procedure (4)
7:21 14:20 15:3,14
procedures (7)
192:8,12,15,17,19,22
198:15
proceed (1)
83:12
proceeded (1)
77:8
proceeding (1)
9:13

**proceedings (1)**
10:16
**process (1)**
315:16
**produce (2)**
205:19 307:18
**produced (18)**
54:21 92:5,21 93:19
107:22 147:3
161:20 173:18
177:8 186:21
187:15 197:11
202:23 206:6,9
208:19 232:21
238:14
**producing (1)**
196:18
**production (7)**
187:13,18 195:16
198:4,11 205:5
326:5
**Professional (1)**
2:13
**Program (2)**
197:16 329:9
**prohibit (1)**
74:12
**prohibited (1)**
85:23
**prohibition (3)**
74:18,19,20
**prohibits (3)**
85:7,11,16
**promote (1)**
68:25
**promoted (7)**
66:25 67:7,10,15,18
67:21 78:16
**promotion (13)**
68:8,11 69:3 72:19
73:2,4,14 78:3,10
78:22 79:3,12,14
**prompt (1)**
182:3
**prompted (1)**
174:17
**proper (9)**
151:4,11,19,24
175:11,11 184:23
185:4 205:3
**properly (1)**

217:24
**properties (18)**
164:13 310:3,13,19
311:4,7,23,24
312:14,16,18,21
313:5,8,11,14,17
314:2
**property (24)**
22:12,21 24:2 129:4
164:8,10,15,16,18
164:22 310:6,12,22
310:24 311:2,10,14
311:17,20,25
312:10,24 313:23
314:5
**proposed (4)**
95:16 165:7 197:14
329:8
**prosecuted (1)**
10:3
**protocols (2)**
12:17,25
**provide (4)**
161:3 182:4,15 320:5
**provided (5)**
55:8 114:25 159:16
189:23 190:4
**providing (1)**
227:11
**provision (1)**
307:12
**provisions (2)**
200:22 203:8
**public (14)**
2:16 7:17 16:7 21:4,7
170:21 171:3 179:4
185:14 194:7,8
227:16 327:8
331:25
**published (1)**
195:10
**purchase (9)**
22:17,23 24:11,21
25:11 165:2,8
217:20 264:18
**purchased (5)**
23:20 24:22 25:8
163:25 217:21
**purchasing (1)**
24:15
**purported (1)**

245:3
**purportedly (2)**
197:25 222:5
**purports (1)**
188:8
**purpose (9)**
20:15 21:9 33:3 69:12
69:15 96:3 158:11
193:19 256:14
**purposes (4)**
96:9 227:10 258:12
258:14
**pursuant (3)**
15:13 89:6 308:14
**pursue (1)**
33:22
**pursuit (2)**
46:19 47:5
**put (19)**
96:18 137:14,16,21
138:14 160:3
194:14 196:25
197:3,6 201:17
207:20 210:8
218:17 235:22
240:25 241:2 252:5
305:19
**P.C (1)**
4:5
**p.m (18)**
95:25 182:25 183:5
208:7,10 210:12
211:2,7 258:19,23
293:11,15 306:22
307:2 322:22 323:2
326:15,18

**Q**

**qualifications (4)**
88:3,14 89:7 136:7
**question (180)**
5:8 8:16,18 13:5,5,7
13:12,13 14:2,3,9,9
14:12,14,16 19:18
32:15 35:16 36:21
36:23,25 38:20 39:2
48:8,18,21 49:21
50:2,18 55:8,16
56:12 62:15,21,25
63:3 64:20 65:12,25
66:7,16 71:13,17

72:21,22 73:9 74:2
75:24 80:10,16
81:19 82:12,16,20
82:23 83:7,15,16
84:7,8,16 86:3,12
86:18,23,25 88:21
90:22,24 91:5,6
93:2 96:16 97:16
106:23 107:8 108:9
109:3,23 111:19
112:5,25 113:7,11
113:14 114:22
119:8,18,20 125:10
125:19 126:14
129:4 132:16 134:4
134:25 137:10
142:19,21 147:9,15
149:16,23 150:25
154:6,10,21 156:10
158:14 163:2 167:2
167:14 168:15,19
170:16 173:23
176:12 177:3 181:4
182:7,18 187:9,12
195:12 203:9
205:17 206:21,25
207:2 226:10
228:11 230:23
236:18 237:13
239:13 244:9
246:21 247:2,3,5,7
247:7,9 249:13,15
249:16,20 250:5
260:20 268:6
269:18 273:10,10
277:10 280:2,10
284:22 286:4,5,8,10
286:14 287:21
288:7,7,22 290:24
290:24 291:25
297:18 304:10,12
305:15 307:6 319:5
319:14,24 320:7,22
323:4
**questioned (1)**
287:25
**questioning (4)**
154:8 206:8 228:9
309:2
**questions (32)**
8:8 13:2,23 14:5

15:20,23 18:5 31:22
32:22 44:9 57:2
77:6,7,11 122:22
123:6,9 168:10
170:17 207:8
227:14 259:19,25
260:2,3,3,6,13,16
261:2 307:24 326:2
**quick (2)**
64:13 258:9
**quickly (2)**
12:16 248:11
**quite (3)**
51:19 182:8 308:5
**quiz (1)**
159:24

**R**

**R (5)**
3:2 4:2 7:15,15 327:2
**Radler (9)**
2:10 3:17 7:5 53:14
54:3,7,13 296:5,17
**raise (1)**
215:7
**raised (1)**
32:4
**ran (1)**
280:16
**rank (6)**
67:19,23,24,25 68:3,3
**ratification (4)**
186:23 189:20,25
329:5
**Ray (1)**
38:4
**reached (1)**
221:20
**read (53)**
36:21,25 37:2 48:18
48:19 81:21,23
82:18,21 83:15 86:5
88:21 150:4 159:21
159:21 160:7 169:3
169:3 177:21
198:21 201:16
203:18 246:8,9
264:14,20 268:24
273:7,22 274:3,12
274:17,24 290:25
297:8 307:6,8 317:3

317:10,12 319:3,5
319:23,25 320:6,10
320:14,18,22,24
323:4,6 331:6
**reading (23)**
81:11 83:17 88:5,11
88:12 160:2 183:14
207:16 234:8 268:5
268:10,15,17,22
274:21 290:20
294:12 297:13,23
298:3 317:21,25
319:20
**reads (4)**
83:23 88:2 111:10
331:6
**Ready (5)**
3:10 7:8 141:14 164:5
296:3
**real (14)**
22:25 23:5,10,19,22
24:11,15,20 25:4,7
25:12,16 163:25
165:7
**really (3)**
214:7 228:4 249:12
**realm (2)**
133:9 135:4
**Realtime (1)**
2:14
**reason (7)**
13:22 15:18,22 115:2
118:20 257:25
331:6
**reasons (4)**
66:14 82:15 115:5
228:19
**recall (121)**
18:10,21 19:12 39:23
40:6 53:24 54:2
58:16 63:15 65:8,9
81:7,11 94:16 95:2
96:5,20 98:5,6,23
110:11,12,16,16,18
110:23,25 111:7
112:19 114:18,19
114:24,25 115:4,5,6
115:21,23 118:13
120:12,16 121:11
121:15 122:7,12,18
122:22,24 123:6,17

124:18,21 126:3
130:3,8 140:9,13
143:9,22 145:2
147:23 148:6,17
160:23 178:13
181:21 190:7,10
198:17 199:8,14
201:19 209:22,23
210:2 218:5 222:20
222:21 223:4
224:14 226:4
227:22 228:2
230:12 232:9,17
236:22 237:20
243:2 247:25 252:6
254:17,19 256:11
256:22 257:2 259:7
260:5 264:10 273:7
273:24 274:21,23
277:20 278:9,10,12
278:16,22 279:17
280:4 285:19 289:9
289:21,23 290:20
291:6,23 297:10
317:25 321:6
**recalls (5)**
198:25 274:9,15,17
289:20
**receipt (7)**
151:16 152:12,15,22
153:18 183:13
234:12
**receive (4)**
47:22 147:24,25
148:18
**received (10)**
11:17 47:13,21 72:18
104:16 111:4 148:2
148:13 149:3
216:15
**receiving (1)**
99:15
**recess (7)**
91:16 183:2 211:4
258:20 293:12
306:23 322:23
**recognize (19)**
55:17 70:13 80:17,20
93:12,22,25 94:7
108:10 129:3
162:20 163:11

165:19,22 197:22
204:4,5 205:15
314:24
**recognizes (6)**
55:12 80:25 93:3
203:15,24 314:19
**recollection (14)**
15:25 24:8 51:8 52:13
53:10 57:7 59:22
97:3 113:3 141:20
237:6,16 298:6
307:11
**reconvening (1)**
162:16
**record (51)**
6:15,17,25,25 37:2
48:19 54:10 81:24
82:18 83:5 91:15,23
92:18 93:13,21
108:18 162:12
166:3 182:23,25
183:5 187:6 197:24
206:5 208:4,7,8,10
208:12 211:2,7
258:17,19,23 271:3
272:25 290:25
291:5 293:11,15
306:22 307:2,8
320:24 322:18,22
323:2,6 326:9,15
327:14
**recorded (4)**
217:7 218:10 271:21
271:21
**recorder (4)**
271:4,9,13,17
**recording (2)**
219:3 273:2
**recordings (2)**
271:17 273:20
**records (1)**
138:4
**recreation (5)**
27:16,24 28:10 29:3
172:4
**refer (9)**
17:10 83:3 113:20
150:19 199:16
224:19 240:19
250:20 315:22
**reference (21)**

11:17 39:25 109:17
111:8 153:7 158:20
179:11 185:23
193:16 226:24
259:20 267:15
279:10,14 289:8,16
293:23,24 295:3
307:22 318:23
**referenced (10)**
190:5 192:19 200:9
209:11 233:21
237:7,22 311:20
313:20,24
**references (1)**
315:14
**referencing (2)**
9:24 251:9
**referred (11)**
18:16 38:12 59:25
158:16 261:18
275:4 276:4 278:22
281:12 292:21
320:2
**referring (31)**
16:22 20:4 22:21
49:22 61:14 76:14
83:3 87:9 112:10,12
112:14 127:9,13
149:5 157:4 163:14
163:16 166:10
223:5 235:21,23
237:10,11 240:17
241:9 245:23
250:22 272:25
283:9 291:23
293:25
**refers (2)**
199:14,17
**reflect (5)**
6:25 54:10 108:19
166:4 197:25
**reflected (1)**
171:20
**refrain (3)**
129:10 179:2 185:17
**refresh (6)**
24:7 51:7 52:13 57:6
97:2 141:20
**refreshed (3)**
53:10 237:6,16
**regard (3)**

69:16 96:10 168:6
**regarding (1)**
36:14
**Registered (2)**
2:12,13
**regulations (2)**
239:24 240:4
**rehire (1)**
233:19
**rehired (15)**
112:17,20 113:10,14
113:24 114:8 115:3
115:8,15,21 116:6
116:13 129:23,24
239:21
**rehiring (1)**
114:15
**Rehn (1)**
215:14
**reinstate (1)**
241:7
**relate (2)**
194:24 210:3
**related (3)**
29:7 323:13 327:17
**relates (1)**
209:7
**relation (2)**
193:4 323:15
**relationship (9)**
22:8 25:22 26:14 27:5
281:16,19 282:10
283:5 284:12
**Relatives (1)**
167:14
**relevance (4)**
249:9 287:17 322:11
322:13
**relevant (3)**
285:16 307:17 308:13
**reliable (1)**
137:2
**rely (1)**
137:24
**remain (1)**
88:18
**remedy (1)**
151:9
**remember (41)**
12:4 23:17 24:5 54:6
54:18 66:9 70:5

81:4,6,13 96:17
99:9 100:7 104:19
104:24 105:5,6,8
108:12 124:17
127:5,6 136:5
141:17,22,23
143:17 161:8 224:8
224:11 229:11
230:16 251:18
278:15 289:24,24
289:25 297:7 298:8
316:23 317:21
**remembers (1)**
297:12
**remind (1)**
185:17
**removed (2)**
128:7 168:16
**removing (1)**
235:19
**rental (2)**
128:23 310:24
**renting (1)**
129:5
**reopen (1)**
326:4
**repaid (2)**
314:7,9
**repeat (9)**
13:7 14:13 32:15
35:15 51:18 125:19
182:7 290:24 320:7
**repeatedly (2)**
169:6,10
**rephrase (3)**
13:7 14:14 237:15
**report (5)**
189:23 190:4,8
220:14 230:21
**reported (4)**
1:24 220:17 228:23
229:10
**reporter (50)**
2:13,14,14,15 7:14
12:18 54:20 68:18
79:24 81:9 84:23
92:4 101:15 107:20
130:21 146:25
156:9 161:16
173:16 177:6
186:19 197:9

202:22 208:3,18
210:16 223:17,21
224:2,3,6,8,11,21
225:3,5 232:19
235:15 238:12
241:2 243:12
268:18 273:4
283:22 303:9 307:5
314:14 320:7,22
323:3
**reporters (2)**
16:6 274:6
**reports (2)**
165:6 169:7
**represent (4)**
83:15 92:23 296:12
296:18
**representation (1)**
296:21
**represented (2)**
53:15 296:6
**representing (4)**
6:20 8:7 81:12 295:25
**request (9)**
15:15 34:10 135:20
179:22 205:23
206:13,15 223:17
224:3
**requested (2)**
135:18 189:24
**requesting (1)**
15:7
**REQUESTS (2)**
329:22 330:2
**require (2)**
199:22 239:25
**required (5)**
130:16 131:3 183:19
184:6 206:12
**requirement (2)**
74:21 240:15
**requirements (12)**
131:19,22 132:5
133:6 134:18
137:14 139:11
140:2 146:13
191:13 194:25
200:19
**rereviewed (1)**
194:15
**rescue (2)**

231:22 232:10
**reservations (2)**
97:10,17
**reserve (1)**
326:4
**reserved (1)**
5:8
**reside (1)**
44:6
**residence (3)**
128:8,22 172:20
**resident (8)**
43:24 101:2,10 164:6
282:4,24 284:6
305:24
**residential (2)**
155:21 156:2
**resign (3)**
42:22,25 50:12
**resignation (2)**
42:16,19
**resignations (1)**
43:5
**resigned (2)**
41:21 42:14
**resolution (3)**
208:21 209:3 329:13
**resolved (2)**
192:15 295:5
**respect (26)**
71:10 73:13 78:22
89:15 98:22 120:17
131:19 132:21
133:19 134:16
137:5 139:19
145:11 154:14
157:18,22 159:17
180:17 182:4 190:8
195:2 201:2 211:16
211:23 212:4
213:15
**respectfully (1)**
234:15
**respective (1)**
5:4
**respond (4)**
18:4 100:5 251:8
269:18
**responded (3)**
202:15 251:10 260:17
**responding (2)**

21:25 232:9
**responds (1)**
83:17
**response (23)**
6:6 8:16 18:17 37:12
80:3 84:5,10,15
85:6 87:24 88:8
89:5,10 90:2,12
129:19 139:6
221:10 259:11
260:13,19 261:9
328:11
**Responses (2)**
197:14 329:8
**responsibilities (10)**
67:8 68:16 70:11,13
89:24 90:4 132:14
153:7,10,17
**responsibility (18)**
61:21 69:19 71:10,15
71:18,25 72:3,7
90:19 125:12
133:10,13 149:9
150:14 154:12,14
154:25 155:7
**responsible (7)**
68:7 83:24 132:3
155:21 164:25
178:14 270:17
**responsive (1)**
137:2
**Restate (1)**
63:3
**restrictions (1)**
240:24
**result (4)**
239:11 244:18 250:6
316:13
**resume (1)**
210:21
**retired (5)**
31:11 62:16 302:6,8
305:10
**retirement (4)**
62:19 63:6 301:20,21
**retiring (1)**
31:14
**return (3)**
111:15 166:17 183:12
**returning (2)**
111:11 322:6

**reused (1)**
272:12
**review (49)**
14:20 15:7 53:9 55:15
80:14 92:9 93:8
96:24 108:5,8 138:3
147:17 151:11
162:23 163:3,10
174:4 177:14,20
183:20 187:4 188:4
195:19 197:21
199:6 203:7,12,12
203:23 204:2,12,14
204:17 217:16
233:9 238:21 239:2
263:10 279:21
290:7 305:12,17
315:12 316:9,19,22
317:16 320:13,16
**reviewed (13)**
39:15 52:2,19,23
80:15 81:6 194:13
196:14 209:23
218:7,8 297:5
314:25
**reviewing (7)**
143:15,18,24 147:12
163:5 238:20 290:2
**reviews (1)**
273:19
**Revitalization (2)**
197:15 329:8
**RexCorp (2)**
2:11 3:22
**Richard (19)**
41:5,7,15,18,24 42:19
42:21,25 43:4
140:19 141:25
144:10 154:16,18
154:23 212:4,7,13
231:4
**Richey (1)**
277:21
**Richie (1)**
212:21
**rig (1)**
252:24
**right (28)**
15:15 19:24 24:22
31:24 32:13 52:25
62:4 69:5 87:16

113:2 121:5,7
127:10,11 164:15
166:10 181:22
182:14 204:11
206:10 249:21
252:9 268:5 270:22
287:23 300:4
320:19 326:4
**rights (1)**
14:19
**right-hand (1)**
235:4
**ring (1)**
195:13
**River (3)**
4:7 312:2,12
**Rivkin (9)**
2:10 3:17 7:5 53:13
54:3,7,13 296:5,17
**RL (1)**
308:16
**RMR (2)**
1:25 327:24
**Road (10)**
3:13 4:7 22:22 24:2
25:2 44:7 128:7
310:8,10 313:4
**Roadway (1)**
117:17
**Robert (2)**
60:25 304:17
**Rogers (30)**
1:11 3:20 32:10,18
33:5,9 35:24,24
40:13 70:24 72:6
73:12,18,18,22 74:6
74:24 75:4 78:20
83:21 108:24,24
109:14 111:3,5
254:13,16 286:6,13
298:22
**Rogers's (1)**
75:10
**Rogers/Mayor/Poli...**
108:20
**role (16)**
14:17 28:14 68:10
70:8 84:4 89:23
90:3,13,19 117:22
260:10,18,21
285:25 286:12,15

**roll (1)**
98:18
**Ronnie (1)**
100:23
**room (3)**
36:23 217:13 251:24
**route (1)**
318:9
**routine (1)**
273:20
**RPR (2)**
1:25 327:24
**RQ (4)**
187:22 195:15 198:3
205:4
**rule (1)**
267:18
**ruled (1)**
52:15
**rules (17)**
7:20,21 14:20 15:2,14
89:6 192:8,12,14,17
192:19,22 198:15
206:13 239:24
240:3 307:16
**RULING (1)**
328:6
**run (3)**
260:4,7 319:9
**running (1)**
280:25
**runs (1)**
283:3

──────────
S
──────────

**S (3)**
3:2 4:2 7:15
**safer (1)**
308:10
**sake (1)**
187:13
**Salary/History (1)**
56:2
**Sally (1)**
100:14
**Samuel (3)**
296:22,25 297:10
**Sanchez (11)**
1:15 142:9 143:3,8,10
143:24 144:5
148:11,14 149:13

149:25
**Sandra (2)**
224:13,15
**sat (1)**
252:14
**satisfactory (1)**
118:21
**Saturday (1)**
253:16
**saved (1)**
271:20
**saw (10)**
4:7 147:22 148:7
188:17 218:15,21
282:13 283:7 316:3
316:23
**saying (10)**
77:8 168:14 177:3
206:23 207:6,12,13
259:8 299:15 318:8
**says (20)**
56:9 80:25 94:24 95:4
95:20,25 97:6
109:11,13 111:24
150:8 175:15
182:12 188:24,24
192:8 207:21 235:5
268:7 308:6
**scene (3)**
117:7,16,22
**Schielling (1)**
171:4
**Schneider (19)**
135:11,12,16,21,25
139:16,23,25
140:10,15 141:6
144:8,13 145:11,17
148:20 190:16
191:8,14
**Schneider's (1)**
144:18
**school (4)**
44:11,13,14,21
**scope (1)**
308:4
**Scouts (1)**
287:12
**Sea (1)**
38:4
**sealing (1)**
5:5

**Sean (6)**
281:25 282:2,3,11,14
282:18
**search (1)**
206:15
**season (8)**
111:12,16 115:9,22
129:23 145:14
233:19 239:21
**seasonal (15)**
28:9,19,21 136:24
137:5,15,20,23,25
138:2,13 140:16,17
140:25 191:6
**Seasons (1)**
117:20
**Seaview (3)**
23:21 310:23 311:3
**second (14)**
70:20 76:2 104:23
144:7 150:13 151:3
151:18 162:17
168:22 208:4
216:12 291:22
321:15 323:20
**Secondly (1)**
82:24
**section (9)**
94:12 192:6,7,19
201:3,5,20 203:2
329:10
**sections (4)**
164:18 209:14,24
210:3
**secured (2)**
234:9 313:25
**see (22)**
12:18 21:2 31:11 57:3
80:21 81:2 93:3
97:4 118:15,17
147:19 148:23
162:13 178:4
183:15 203:23
220:11 233:11
270:6 287:7 314:19
316:6
**seeing (9)**
55:23 81:4,7 108:12
110:12,18 205:2
207:16 283:9
**seek (1)**

69:13
**seeking (7)**
20:15,18 21:9 69:15
96:10 138:22
257:20
**seen (23)**
55:21 80:7,24 92:10
93:4 108:6 110:7
147:16,18 188:10
217:6 218:25 219:6
233:6,7 238:22,24
272:14 305:14,16
305:18 308:20,22
**send (1)**
185:10
**sending (1)**
236:23
**senior (5)**
61:21,23,24,24 322:7
**sensitive (1)**
322:5
**sent (1)**
195:9
**sentence (10)**
88:25 150:13 151:7,8
151:18 169:5
183:15 321:4,4,9
**sentences (2)**
149:5 321:5
**separate (2)**
261:20 304:8
**September (1)**
59:20
**sergeant (17)**
64:22,24 65:3,7,14,19
66:5 68:5 78:4
130:17 131:12
140:16,18 142:6,6
145:6 152:22
**series (1)**
8:8
**serious (1)**
126:16
**serve (6)**
66:5 108:24 137:12
215:10 230:18
250:8
**served (13)**
56:18,22 58:11 59:19
89:16 111:2 133:21
134:2 137:7,18

settled (2)
  306:11 309:8
settlement (2)
  308:9 309:2
set-up (1)
  218:8
seven (11)
  93:19 112:16,19,21
    112:22 113:9,13,17
    114:7 287:8 316:7
sewer (1)
  172:3
Sgroi (1)
  304:17
share (5)
  227:6 228:5,12,14,18
shared (1)
  227:20
SHEET (1)
  331:2
shift (2)
  230:15,15
shirt (1)
  184:22
shoot (2)
  103:12 248:12
shooting (2)
  102:13 248:24
Shore (1)
  44:14
short (1)
  315:10
shortfall (1)
  199:22
shot (11)
  102:18,20,23,25
    103:5,8,10 248:18
    248:20 249:22
    250:7
show (9)
  15:11 82:22 154:5,7
    176:22 218:9,13,23
    289:19
showed (5)
  52:10 117:7 283:13
    290:4,10
shower (1)
  51:24
shown (1)
  80:19
sign (4)

service (66)
  1:15 30:25 42:9,13
    48:6 82:3,5,9 84:12
    88:17 89:8,20
    103:16,23 129:25
    130:15,20,25
    131:10,15,18,22
    132:5 133:6 134:10
    134:16,18,24 135:3
    135:7 139:11 140:3
    140:24 141:24
    142:8,8 146:13
    150:20 151:15,24
    152:3 156:17
    167:20 171:2,6
    173:3 194:25
    202:10,12 215:3
    216:23 217:3 226:5
    226:13 230:13
    231:16 239:24
    240:3,12 266:5
    271:13 285:5
    298:16,24 309:21
    325:22
services (1)
  49:12
service-oriented (1)
  225:10
serving (19)
  41:10 56:11,13 58:7
    58:19 62:11,18 63:4
    63:12 64:16 65:7,14
    65:19 66:23 71:5
    111:3 254:9 305:4
    321:11
session (13)
  20:25 21:8,19 69:7
    95:25 96:2,7 162:17
    193:15 194:5,6
    227:8 234:23
set (20)
  6:7 80:3 83:18 155:20
    165:5 167:15
    168:25 174:14
    179:18 183:24
    192:12,14 195:20
    215:7,10 234:20
    318:4 327:13,22
    328:12

166:15 231:17
  265:10

81:5 159:21 166:17
  183:11
Signature (1)
  331:20
signed (7)
  5:12,14 147:22
    177:25 178:2 200:4
    200:5
SILVIO (1)
  4:15
simultaneously (2)
  76:4 223:15
single (2)
  155:16 187:15
sir (5)
  30:13 40:5 92:15
    239:3 242:10
sister (1)
  323:18
sit (7)
  79:7 211:22 212:3
    237:20 243:20
    248:5 276:13
site (1)
  218:18
sits (4)
  64:7 142:14,17 210:4
sitting (5)
  26:21,25 27:2,3
    127:11
situation (2)
  158:17 213:16
situations (1)
  158:20
six (2)
  112:15 249:3
skip (1)
  95:24
skipped (2)
  151:6 208:2
sky (1)
  32:7
slash (1)
  110:19
sleeping (6)
  212:9,23 213:8,25
    214:7,10
slightly (2)
  71:16 125:21
small (7)
  118:15 120:15,23

122:9,11 123:17
  232:12
Snyder (6)
  1:6 4:17 6:22 124:6
    124:15,25
socially (2)
  25:25 26:3
sold (3)
  164:20 312:18,22
solicitation (4)
  99:9,15,23 100:5
somebody (5)
  78:14 102:21,24
    297:23 298:4
son (7)
  127:14 128:7 129:14
    287:7 322:9,14
    323:21
sorry (19)
  36:20 56:21 68:18
    75:6 81:10 84:23
    88:8 91:2 123:25
    142:2 147:13 151:6
    207:21 232:3
    235:17 243:12
    268:20 283:22
    291:19
sought (1)
  227:12
sounds (1)
  252:3
source (5)
  78:25 240:2 264:3
    297:14,17
sources (1)
  274:14
South (4)
  290:18 291:11 311:11
    318:20
speak (27)
  77:16 118:11 174:25
    219:12 223:9,14,18
    224:3 231:3,9,12
    253:3,6 256:8,13
    257:8,16,20 258:10
    262:17 263:3
    268:12,23 269:3
    292:13 306:15
    322:18
speaking (2)
  50:24 257:23

speaks (1)
  81:22
Specialist (1)
  4:15
specific (27)
  18:21 39:21 72:24
    123:18 126:18
    129:3,8 133:4 137:4
    138:12,13 181:3
    195:19 202:7,17,19
    203:8,20 205:15
    215:11 218:5
    223:11 250:5 260:5
    280:5 289:20
    318:17
specifically (18)
  17:15 69:21 76:9,16
    78:18 109:16 127:8
    133:19 135:9
    136:20 164:2 169:5
    184:25 209:20
    222:16 257:6 321:6
    323:23
Specifications (2)
  203:3 329:11
speculation (5)
  184:11 185:8,21
    186:4,8
spell (1)
  100:15
spelling (1)
  189:13
spent (1)
  305:9
Spoda (1)
  222:22
spoke (15)
  34:14 130:5,8 140:5
    223:11,12,12
    253:11,18 254:19
    254:23 256:11
    268:14 277:23
    294:10
spoken (8)
  16:3 17:18 33:9 39:3
    114:17 117:9
    242:23 263:8
spot (1)
  290:5
Spousal (1)
  17:2

squad (3)
217:13 251:24 252:4
ss (1)
327:5
staff (7)
16:6 19:19,24 104:11
104:13,20,25
stages (1)
194:13
stamp (4)
166:2,11 167:8,9
stamped (31)
91:21 107:25 161:24
163:19 165:15
166:8 167:6 168:21
170:10 173:21
177:11 186:24
197:16 203:4
207:23 208:22
232:24 238:17
303:13 328:15,17
328:21,23,25 329:6
329:9,11,13,15,17
329:19
standing (1)
252:7
start (3)
56:13 203:25 270:23
started (5)
90:24 206:23 207:5
207:13 260:22
Starting (1)
104:7
startled (1)
212:24
state (11)
2:16 6:16 44:22,25
45:4 200:18,22
311:5 324:18 327:4
327:9
stated (8)
14:25 63:2 111:16,21
175:12,21 269:24
326:9
statement (20)
81:17 83:16 89:11,14
151:10,14 165:25
180:5,7 182:11
225:15 228:23
229:9,24 230:5,8
274:6 279:8,13

321:18
statements (7)
81:16 247:13,21,23
248:2 263:10 326:6
states (10)
1:2 84:25 85:6 89:5
89:22 151:3 179:9
181:23 184:4
233:16
State's (2)
197:14 329:8
station (18)
155:20 212:20 217:12
220:5,6 232:13
244:25 251:9,12,15
251:19,21 252:13
261:13 269:22
276:13 318:9
321:13
stationery (3)
110:4,5,7
stature (2)
183:18 184:6
status (4)
118:25 119:4 240:16
240:16
stealing (3)
127:15 128:10 218:21
step (2)
196:8 306:14
Steve (1)
70:23
Steven (3)
20:6 26:16 281:13
stips (1)
7:23
stipulate (3)
53:19 315:3 319:12
STIPULATED (3)
5:2,6,10
stole (1)
218:16
stolen (1)
230:23
stop (12)
41:10 46:15 62:11
63:11 65:7,14,19
128:15 210:14,18
313:16 320:17
stopped (2)
41:19 305:4

stored (3)
272:9,18 273:12
street (1)
118:18
strictness (1)
226:14
strike (22)
22:3 37:10 43:8 63:21
65:9,10 76:11
124:21 131:8 149:2
160:9 166:14,20
172:8 217:15
219:10 221:2
230:20 241:15
258:7 275:21
303:19
stronger (1)
226:24
structure (1)
117:18
study (2)
45:12 46:3
subheading (6)
94:14 167:13 168:23
198:14 319:8,10
subheadings (1)
95:24
subject (17)
18:23,25 40:23 41:15
43:9 50:15 107:6
183:20 225:15
226:22 227:24
228:6,15 252:22
260:20 292:14
324:7
submit (1)
151:10
submitted (2)
151:14 192:16
subscribe (1)
264:15
Subscribed (2)
326:23 331:21
subsequent (11)
25:11 67:3 151:15
152:11 160:9,19,20
236:5 242:6,12,17
substance (36)
17:22 18:10,19 21:23
33:15 34:24 39:8
40:7 66:3 70:6

87:22 98:22 105:9
117:11 120:12
122:7 124:18
139:18 140:9 145:3
145:10 160:15,23
168:23 194:19,23
224:14 225:6 228:2
255:4 258:6 259:12
260:12 274:24
298:8 324:19
subsumes (2)
14:5 119:21
successful (1)
241:6
sue (2)
48:16 49:2
sued (5)
48:10,15,25 294:17
294:19
Suffolk (26)
1:14,14,14 9:25 11:21
47:15 57:15,18,22
58:10,25 59:10,12
59:15 60:2 82:2,8
84:11 89:7 142:8
255:25 257:4 324:9
324:12,24 325:11
suggest (3)
113:24 126:9 308:23
suggested (1)
24:6
suggesting (3)
14:17,24 162:5
suggestion (1)
128:19
suicide (2)
322:15,16
suit (2)
7:2 128:19
sum (7)
18:19 21:23 87:21
105:8 259:12
274:24 298:7
summer (7)
29:2 111:12,16
140:25 154:16,19
233:19
summers (1)
60:6
summons (3)
127:15 128:10 129:21

Superintendent (2)
170:21 171:3
superior (1)
57:21
supervise (2)
155:13 156:22
supervised (2)
155:8 156:25
supervision (2)
140:6 146:17
supervisor (2)
58:3 139:21
supervisory (12)
149:8,8 150:13,17,22
153:7,10,16 154:12
154:13,25 155:7
supplement (1)
167:3
support (2)
229:23 230:7
sure (41)
7:25 41:4 51:20 57:3
60:19 63:13 67:10
89:2 96:25 97:5
99:6 127:7 129:2
137:9 153:22 162:7
167:17 168:3
178:19 183:15
185:2 187:22
188:16 190:18
199:4 205:21
207:17 213:17
216:7 219:14 220:2
229:8 266:7 270:25
271:5,11 273:17
296:11,11 317:15
322:19
surveillance (16)
216:20 217:7,17
218:11,18 220:10
220:12,15 270:8,9
270:15,18 271:20
272:8,23 279:19
Susan (2)
104:22 105:7
suspect (1)
137:24
sustained (7)
64:11 211:14 249:6
276:21,24 277:7,16
Suzanne (4)

17:16 19:13 27:13
29:4
**swear (1)**
7:14
**swore (2)**
8:14,22
**sworn (7)**
5:11,14 7:16 9:19
326:23 327:13
331:21
**system (11)**
165:8 216:20 272:3,7
272:19,21,22,23
273:18 275:19
279:19
**S-I-T-T-I-N-G (1)**
27:3

---

**T**

**T (2)**
327:2,2
**table (4)**
166:7 170:12,18
171:21
**take (37)**
13:9 23:13 33:12 80:4
85:18 91:12 102:16
127:4 130:16 131:4
137:13 145:17
161:15 162:25
176:8,11 177:3
187:20 188:2 191:8
195:17 197:21
198:6 206:17
226:24 233:4 241:5
258:9 263:14
270:14 287:21
293:6 306:19
307:10,15 308:11
315:19
**taken (14)**
68:15 70:11 91:16
98:18 183:2 194:12
211:4 220:21 222:5
258:20 263:11
293:12 306:23
322:23
**talk (3)**
37:23 118:15 120:15
120:23 122:9,11
123:17

**talked (3)**
37:22 78:14,14
**talking (13)**
67:11 82:24 107:11
120:9 121:4 163:24
255:19,22 263:24
272:3 291:18
313:17 319:19
**tape (17)**
6:10 79:22 91:10,24
163:7 172:18 173:9
182:21 183:6
220:10,12,15
258:24 271:23
293:4 307:3 326:16
**tapes (4)**
271:20 272:10,11,15
**taxes (1)**
312:7
**teacher (1)**
284:14
**television (1)**
214:6
**tell (28)**
8:11 9:3 14:13 33:15
55:11 69:10 80:5
92:9 168:17 177:15
187:4,19 198:24
203:9,15 204:3,18
204:21 205:25
206:10 208:25
233:5 248:19
305:13 314:23
315:17,18 320:15
**telling (1)**
186:11
**temporary (2)**
142:6 145:6
**ten (4)**
53:5 91:10 314:10
315:19
**tendon (2)**
63:17,19
**term (6)**
67:6 109:6 200:18
286:3 321:22 322:2
**terminal (1)**
218:20
**terminate (6)**
106:19 146:3,7,11,16
324:19

**terminated (7)**
50:9 105:24 107:2
113:23 169:9,20
170:6
**termination (7)**
106:7,11,12 111:9
146:13 279:18
280:6
**terminology (1)**
113:19
**terms (8)**
61:23,24,25 180:4,7
184:9,18 236:11
**territory (1)**
325:13
**test (3)**
130:15 131:3 159:24
**testified (25)**
7:18 9:5,9,12,16 10:6
10:13 11:10,12 12:8
12:12 19:5 39:3
119:22 132:23
140:8,14 253:3
256:4,21 263:18
291:17 297:17,19
321:17
**testify (11)**
13:16,20 80:24 84:15
87:5 97:12 128:3,4
235:2 307:17
308:13
**testifying (2)**
8:10 307:13
**testimony (9)**
9:19,23 10:4 12:22
18:13 123:11
261:16 292:2
327:15
**tests (1)**
88:14
**text (1)**
111:9
**texts (1)**
181:3
**thank (14)**
9:5 29:7 47:6 53:6
55:6 95:14 98:24
114:6 167:5 197:2
207:19 321:21
325:24 326:13
**Thanks (1)**

117:14
**theater (3)**
280:17 281:2,20
**therefor (1)**
192:15
**thing (1)**
21:24
**things (4)**
34:6 122:10 199:11
237:4
**think (85)**
12:20,25 13:22,25
14:7 15:9,19,22
18:13 25:5,10 48:8
48:11 51:5,8 52:9
52:12 53:18 54:9
60:4 62:16 69:18
77:6,16 79:5 82:13
82:20 83:4 90:23
97:19,22 107:8
112:5 119:22
126:12,16 132:22
134:25 136:17,18
140:19,20 141:10
142:20,21 143:5
148:4 149:12,14,15
150:6 154:7 155:16
155:17 156:19,24
159:14 162:18
172:15 204:11
206:13 208:2
210:17 216:6
224:17 234:2
240:10 246:8,9
255:18 261:15
263:19 270:5 278:5
278:8 290:3,5
296:12,14 299:20
308:2,8,10,25
313:16
**third (2)**
151:8 252:4
**thirties (1)**
286:23
**thirty (6)**
25:20 31:10,10,15
284:9 305:9
**Thomas (3)**
1:6 4:17 124:6
**Thompson (2)**
3:4 6:19

**Thornberg (1)**
60:25
**thoroughly (1)**
80:9
**thought (12)**
17:24 18:2 31:25 35:2
70:12 112:23 207:8
212:21 213:8 214:9
225:24 226:2
**thousand (6)**
24:7 159:13,22 216:9
216:10,14
**threatened (2)**
48:15 49:2
**three (13)**
6:21 24:19 28:3 29:2
112:15 155:18
156:3 261:20
290:21,23 291:4,7
311:23
**three-page (1)**
303:10
**thrown (1)**
318:20
**time (157)**
5:9 6:16 9:15 11:20
13:10 18:3,6 19:12
23:16,20 24:21 25:7
27:18,23 28:20
29:15 30:7 31:8
32:14 35:2 42:6,13
48:9 55:23 56:19,22
58:18 61:4,19 63:11
65:6,15,20,23 66:12
67:3 70:9,25 71:5
72:8,18,24 74:15,16
78:5,24 79:8,9,11
79:21 86:10 91:15
91:23 94:20 99:8,11
99:13 108:22 110:9
111:2 112:20 114:3
114:12 115:11,12
116:4,25 117:9
118:11,11 120:7
121:3 125:4 128:24
128:25 130:4,9
134:22 135:4,21
136:21 137:13
138:19,24 139:11
148:10 150:4
152:14 154:23

156:6,9,12 158:9
160:12 162:25
163:6,13,13,24
172:11 173:9,12
174:12,12 175:24
182:25 183:5
186:11 191:2
194:17 197:21
200:23,23 208:7,10
210:10,20 211:2,7
211:13 213:12,19
213:23 215:2
216:22,23 226:25
228:22 229:5,7,13
230:13 239:18
248:23 251:18
253:10 254:12
255:25 258:19,23
265:10 273:23
277:20 287:23
293:2,11,15 306:22
307:2 316:17,21
321:25 322:22
323:2 325:25
326:15,18
**times (8)**
9:8,10 10:13 12:16,21
122:4 129:25
242:23
**Tina (1)**
100:20
**tired (2)**
172:15,16
**title (17)**
61:8,12,14 67:9 149:9
150:14,17,18,20
151:6,12,21 152:21
153:2,5 161:18
165:6
**today (44)**
6:22 8:8 9:16 13:16
13:20,24 15:20 22:2
32:22 50:22 53:11
64:8 79:7 80:24
81:3 133:17 142:15
142:17 210:5
211:23 212:3
216:22 223:2
243:20 248:5,17
256:21 263:18
266:16 270:22,23

272:4,5,6 276:14
285:19 286:5 289:3
290:10 313:6,20,24
326:2,3
**told (11)**
133:16 138:5,25
139:4,5 213:3,11
214:5 217:23
253:22 259:13
**Tom (3)**
6:22 124:15,25
**toned (1)**
251:8
**top (4)**
93:14 109:8 189:19
235:4
**topic (2)**
139:23 322:5
**topics (1)**
145:8
**tore (1)**
63:18
**torn (1)**
63:17
**totally (2)**
228:9 230:6
**touched (1)**
248:11
**tour (4)**
117:8 239:25 240:14
242:5
**Town (13)**
30:25 31:3,9 32:2
303:17,20,22,23,25
304:5,16,22 305:5
**training (6)**
47:14,20 88:15
159:16,19,20
**transaction (3)**
23:10,23 164:4
**transactions (2)**
22:25 23:6
**transcript (10)**
14:21 15:8,12 52:10
52:13 81:24 308:17
316:21,22 331:2
**transcripts (3)**
52:2,19,23
**transfer (1)**
165:5
**transferred (2)**

230:14 296:21
**transpired (2)**
77:15 198:21
**transportation (1)**
252:23
**travel (1)**
303:20
**treasurer (3)**
189:17,18 209:6
**treatment (2)**
11:17,24
**trial (6)**
5:9 9:20 15:10,11
113:25 114:3
**Trosko (12)**
136:17 141:2 157:11
157:17,21 160:17
190:12 191:17,20
200:12 201:23
234:11
**Trosko's (1)**
157:14
**true (4)**
84:22 248:3,6 327:14
**trustee (64)**
20:11,13,17 25:18
26:5,16 48:9 56:18
56:23 57:10 58:7,11
58:20 66:23 67:4
72:2 82:6 89:16
90:9 93:16 95:4,20
95:25 99:11 103:17
106:4 108:23 111:2
130:2 134:2 165:12
166:16 167:21
171:2,7,12 173:4
189:21 198:16,22
201:8,11 202:10
217:4 226:4,6,12,14
226:23 227:23
228:3,5,13,21 229:6
229:20 230:13
260:9 265:10 266:6
271:14 309:22
313:25 314:6
**trustees (46)**
21:18 69:11,22,25
70:4,17 71:4,9,18
72:4,17 73:7,19
77:22 82:4,10 84:13
90:15 91:19 94:3

96:22 97:23 98:10
111:6 170:20
183:21 184:2
189:23 190:2 193:9
193:14,21,25
195:22,25 196:2
201:24 202:4
225:14 227:3,6,19
228:22 229:21
254:10 328:14
**truth (2)**
8:11 9:3
**truthfully (4)**
13:24 14:3 15:20
100:4
**trying (11)**
51:12 73:16 97:4
162:15 173:8 216:6
246:8 278:5,7 315:9
315:19
**Tuesday (1)**
253:13
**turn (11)**
81:16 165:14 167:6
170:9 175:15,20
183:9 201:15 279:9
317:5 318:24
**turned (3)**
175:24 221:16 234:9
**TV (1)**
212:22
**twenty (1)**
219:20
**Twice (1)**
135:8
**two (40)**
23:11,13 28:2,13
33:16 34:6 37:15
45:5,5,6 46:10,16
60:6 70:5 95:24
97:17 104:6 105:9
105:10,12 106:18
108:16 112:15
123:8,8 136:5
170:23,24 181:12
189:3 191:11 216:3
223:12 243:3 256:6
264:13 275:5
285:10 308:13
310:11
**Ty (1)**

43:11
**type (1)**
178:5
**typed (7)**
176:16 178:3,5,6
181:19 188:9
209:12
**typewritten (3)**
178:25 180:12,15
**Tyree (4)**
43:11,14,18,21

_____
                U
**Uh-huh (4)**
101:14 248:25 268:16
273:3
**unacceptable (1)**
213:6
**unauthorized (1)**
220:5
**unaware (2)**
158:5 170:8
**unclear (4)**
14:12 86:17,19,23
**underlying (2)**
244:18,22
**underneath (4)**
168:25 181:22 190:12
192:6
**understand (34)**
8:9,23,24 13:5,8
20:21 21:11 48:21
51:19 52:17 67:13
71:14,22 83:5 84:9
97:21 106:12
111:23 112:9
113:22 150:19
168:11 169:10
170:21 184:15
206:7 226:10,18
236:11 244:9
250:21 257:19
309:9,10
**understanding (17)**
15:25 67:17 83:8
112:2 149:4,13,17
149:22 150:2,5,9,10
150:12 169:14
243:19 257:22,23
**understandings (1)**
150:7

understood (1)
255:18
undertake (1)
179:17
undertaken (3)
192:14 221:10,15
uniform (2)
175:10 185:4
Uniondale (2)
2:11 3:23
UNITED (1)
1:2
universities (4)
45:24 46:12 47:7,9
university (10)
44:18,20,22,25 45:4,8
45:25 46:3,6,16
untrue (1)
40:10
update (11)
198:16 199:12 200:8
200:14,21,24 201:3
201:9,12,25 202:5
updated (6)
194:15 199:19,21
201:20 209:15,24
updates (2)
209:8,10
updating (2)
201:3,6
upgrade (2)
270:14 272:7
upside-down (1)
163:19
use (10)
113:25 114:3,4
158:19 164:19
264:22 267:7,16,18
286:3
usually (2)
12:17 13:11
utilized (2)
152:22 153:2
U.S (5)
30:24 31:21 32:3,6
285:4

_____
V
_____

v (2)
245:25 331:3
vacant (1)

312:2
vague (1)
38:21
value (7)
25:7,9,15 311:14,16
311:19 312:6
Vankoot (1)
321:15
vehicle (4)
231:22 232:10 251:20
251:22
vehicles (2)
175:17 176:7
verbal (3)
179:9,18 185:22
verbalize (1)
97:10
verbally (3)
101:16 268:19 273:5
verified (1)
92:22
versed (1)
240:12
version (10)
147:21 176:9,13
178:25 180:10,13
180:16,17 233:3,3
versus (2)
6:13 92:16
VHS (3)
272:10,11,15
video (24)
4:15 216:20 217:6,11
217:16 218:6,10,13
218:15,22 219:3
220:9,11 270:7,9,18
271:19 272:14,17
272:25 275:9,22
279:19,21
videographer (30)
6:10 7:13 79:21,23
91:9,14,22 163:6,8
178:23 182:20,24
183:4 208:6,9
210:10,12,25 211:6
258:18,22 293:3,5
293:10,14 306:21
306:25 322:21,25
326:14
videos (2)
218:24,25

videotaped (4)
1:20 6:11 162:11
326:17
videotapes (1)
221:16
view (6)
227:2,6,20,23 228:5
228:14
viewed (1)
183:22
views (2)
226:6,13
vigorously (1)
33:22
Village (131)
1:9 3:11,18 6:14 7:3,7
16:6 19:19,24 20:24
24:12,16,23 26:11
26:22 27:15,19 28:8
29:19 30:17 36:8
39:13 41:9,20 43:16
48:9 53:15 58:22
61:13,15,16,17 64:2
72:13,13 73:20
74:10 77:9 83:19
90:9,16,18 91:19
96:13 104:11 109:4
118:7 132:11
133:10 137:14,17
137:18 143:15
145:6 146:9 148:8
155:22 156:15
157:6 158:18
161:19,23 164:6,6
164:14,19,23,24
165:10 168:8
170:22 171:11,14
171:16 179:13
183:12,21 186:2
188:9,25 189:22
191:22 192:9,11,13
192:16 195:21
198:11 199:25
209:5 213:3 218:17
225:14 233:18
234:17 240:14
254:10 260:4,6,13
265:6,9,13,18
267:16 268:8 282:4
282:24 283:4 284:6
294:17 295:25

296:6,19,22,23
297:2 299:9,14
305:24 306:7 310:4
310:14,16,20
312:25 321:11
325:2,13 328:14,20
Village's (2)
169:24 267:24
violate (5)
167:23 184:8,18
186:6 236:10
violated (2)
169:17 186:13
violating (1)
170:6
violation (2)
125:24 169:21
violence (6)
199:13,18 201:5
202:8,15 232:11
virtue (1)
126:13
voluntarily (1)
65:14
volunteer (4)
231:19 232:5,7 251:7
vote (4)
97:21 98:15,18,21
voted (1)
97:6
voting (1)
97:9
vowed (1)
224:22
vs (1)
1:8

_____
W
_____

W (2)
4:9 7:10
wage (3)
56:2 295:3,12
Wage/Salary (2)
6:3 328:10
wait (11)
48:17 87:12 88:4,4
113:6,6 134:11
156:7 247:11
252:20 269:2
waited (1)
252:20

waiting (2)
218:19 247:12
waived (1)
5:5
waiving (2)
14:19 52:25
Walk (2)
23:21 311:3
want (50)
15:4,10 19:10 31:20
36:24 72:25 84:21
93:2 97:18 98:13
108:3 123:5,10
127:17,23,24 128:4
137:9 147:9 161:13
176:17 187:20,22
196:11,12 197:18
198:20 203:22
204:21 207:9
210:14 233:23
238:3 247:10
249:21 273:9 274:2
274:4 287:22
307:15 314:18
315:5,6,8,21 319:23
320:5,10,18 322:5
wanted (9)
38:21 89:2 127:14
128:10 155:25
161:2 162:12 191:4
210:17
wanting (1)
201:13
wants (3)
14:22,23 177:18
wasn't (7)
70:10 164:8 213:22
214:7 278:7 286:4
312:8
waste (2)
18:3 35:2
wasting (1)
316:16
watching (1)
212:22
water (1)
172:3
Waterfront (2)
197:15 329:8
waters (2)
304:3,4

**way (14)**
24:23 48:12 113:25
116:20 125:22
164:15 194:24
236:10 255:14
278:3 280:19
302:22 322:8
327:19
**ways (2)**
137:20 155:6
**weapon (2)**
240:22,23
**wearing (1)**
7:2
**weather (1)**
37:20
**website (2)**
266:4,7
**Wednesday (1)**
1:23
**week (4)**
34:14 37:6,8 253:14
**weighty (1)**
159:12
**Wejien (4)**
105:2,4 189:12,16
**Welch (119)**
3:25 7:5 51:10 211:18
212:11,17 214:3,25
215:25 216:22,25
219:5 221:7,13,21
222:20 223:6
224:24 226:9,17
227:7 228:7 229:2
229:15,18 230:2
231:5 232:5,14
233:7 234:4 236:13
237:9,24 238:24
239:7 240:5 241:19
243:5,21 244:4,15
245:17 246:16,18
247:3,8,12,17 248:8
248:14 249:2,8,14
249:19 250:3,11,18
252:18 254:21
255:20 256:17
257:21 258:15
260:15 262:19
263:5,21 265:21
266:23 267:12,21
269:5 270:20

272:20 274:2,9,13
276:8,16,25 277:9
278:25 279:22
280:7,9 281:17
285:15 286:2,14
287:2,16 288:5,20
289:18 290:22
291:2,15,24 292:15
292:22 293:8 294:2
295:13 296:8,15
297:12,15 298:2,17
299:7,13,18 300:4
300:12 304:9
305:15 306:14,19
**went (8)**
68:5 156:25 168:15
212:19 213:2 252:5
252:14,24
**weren't (2)**
93:19 227:14
**we've (2)**
251:25
**whatsoever (1)**
236:15
**WHEREOF (1)**
327:21
**Whoa (1)**
318:6
**wholesale (1)**
125:9
**wife (6)**
16:5,22 17:5 172:21
281:19 313:12
**wife's (3)**
16:10 284:21 313:17
**Wigdor (2)**
3:4 6:19
**wild (1)**
34:13
**William (6)**
20:5,8 21:16,21 22:4
115:24
**Wingate (15)**
20:5,8 21:16,21 22:5
22:8,11,24 23:4,9
23:24 70:24 96:2
313:25 314:6
**Winifred (1)**
29:8
**Winnie (1)**
29:8

**wintertime (1)**
117:8
**wished (1)**
144:14
**withdraw (1)**
119:7
**withdrawing (1)**
247:4
**withdrawn (2)**
247:4,8
**witness (82)**
7:14,16 8:13,15 14:18
14:25 20:9,13,16
21:5,13 34:6 38:22
40:5 48:10 52:11
54:23 55:9,10,19
68:23 79:16 82:15
83:8,14 84:15 90:24
91:2 101:7 106:3,20
112:2 119:22 121:4
123:7,11,25 126:19
127:18,25 130:19
130:24 140:13
148:23 154:4 162:7
165:17 167:25
172:15 175:7
181:11 197:19,23
203:12,23 205:7
208:13 226:11
229:17,19 232:7
235:17 236:16
237:11 241:3 250:2
268:20 272:5
287:20 288:6,21
318:14 319:3,20
320:10,23 322:15
323:5 327:12,15,21
328:3
**witnesses (1)**
83:9
**word (7)**
13:6 107:9 110:21
112:3 113:25
169:14 265:7
**words (2)**
183:16 188:22
**work (14)**
27:19,24 106:17
111:12,16 115:9
150:17 169:7
213:20 239:25

240:13 282:8
299:14 301:25
**worked (14)**
27:15 28:2,3,25 29:2
29:5,21 30:24,25
60:5,5 164:12 242:5
281:20
**working (15)**
32:8 41:19 66:19,21
76:4 117:8 149:7
150:22 155:19
156:4 168:7 269:7
273:18 299:9 302:9
**works (4)**
170:21 171:3 282:5
283:2
**worry (1)**
206:21
**wouldn't (6)**
13:23 15:19,23 32:14
134:13 233:22
**wreaths (1)**
218:16
**write (3)**
160:5 239:6,23
**writing (1)**
274:7
**written (16)**
87:10,15 95:15,17,19
157:25 176:22,22
179:10,18 185:22
192:11 194:11
236:7 239:15
267:14
**wrong (1)**
69:10
**wrote (5)**
155:23 235:14 239:4
240:13 241:4
**Wykoff (16)**
284:3,5,8,12,23
285:24 286:11,18
286:22 287:14
288:3,10,15,19
322:7 323:9
**Wykoffs (2)**
285:6 286:24
**Wykoff's (4)**
284:16,21 285:2
322:14
**W-E-J (1)**

189:12
**W-E-J-E-N-I-N (1)**
189:13

_____
**X**

**X (1)**
328:2

_____
**Y**

**Y (1)**
3:8
**Yaphank (1)**
251:8
**Yeah (8)**
116:15 142:18 164:11
175:3 247:19 290:3
307:9 308:22
**year (19)**
22:17 33:14 41:12
44:15 45:20 73:2,4
73:13 74:17 127:6
130:6,7 144:9,9,15
194:12 240:2 266:2
284:9
**years (50)**
9:17,19 16:14 22:6
23:14 24:19 25:20
26:7 27:21 28:2,3
28:13,22 29:17
31:10,10,15 45:3,6
46:8,16 59:5 61:24
101:5,5,10,13
107:11,14 156:14
219:20 248:21,23
249:3,23,24,25,25
250:2,3 274:25
284:9,10 287:8,9
305:9 312:4,19
314:10 325:20
**year-round (1)**
101:10
**yes-or-no (1)**
182:17
**York (19)**
1:3,22,22 2:12,16 3:7
3:7,14,23 4:8 7:22
37:21 140:23
200:18 281:4,6
285:17 327:4,9

_____
**Z**

**Zoning (1)**
26:10
**Zwilling (1)**
141:19

_____
**$**
**$1,500 (1)**
25:5
**$28 (1)**
312:7

_____
**0**
**0000 (1)**
181:23
**000001 (2)**
161:24 328:21
**000025 (2)**
161:25 328:21
**000028 (2)**
91:21 328:15
**001005 (3)**
107:23,25 328:17
**003778 (2)**
177:11 328:25
**003780 (2)**
173:21 328:23
**004431 (2)**
238:17 329:17
**005419 (2)**
232:24 329:15
**005875 (2)**
186:25 329:6
**009809 (2)**
197:16 329:9
**009810 (2)**
208:22 329:13
**010182 (2)**
303:13 329:19
**010184 (2)**
303:14 329:19
**02 (1)**
165:10
**06 (4)**
56:6 63:13 94:4
229:19
**07 (12)**
1:6 42:11 56:7 63:13
147:20 154:16,19
174:12 190:23
215:19 229:18
233:13

**08 (2)**
41:13 42:11
**09 (1)**
41:13
**09:50:33 (2)**
6:2,3
**09:57:23 (4)**
6:4,5,6,7
**09:57:24 (1)**
6:8

_____
**1**
**1 (13)**
6:2,11 54:20 59:25
161:20 163:18,19
163:20 180:5
186:13 203:2 328:9
329:10
**1st (2)**
58:15,15
**1:02 (2)**
182:25 183:2
**1:13 (2)**
183:3,5
**1:38 (1)**
208:7
**1:39 (1)**
208:10
**1:42 (4)**
210:12,20 211:2,4
**10 (10)**
167:6,8,9,11 197:10
197:13 201:17
328:24 329:7 330:4
**10:03:38 (2)**
6:9,10
**10:03:40 (1)**
6:11
**10:03:42 (1)**
6:12
**10:03:46 (1)**
6:13
**10:03:48 (1)**
6:14
**10:03:51 (1)**
6:15
**10:03:53 (1)**
6:16
**10:03:56 (1)**
6:17
**10:03:58 (1)**

6:18
**10:03:59 (1)**
6:19
**10:04 (2)**
2:6 6:16
**10:04:01 (1)**
6:20
**10:04:03 (1)**
6:21
**10:04:05 (1)**
6:22
**10:04:09 (1)**
6:23
**10:04:11 (1)**
6:24
**10:04:12 (1)**
6:25
**10:04:14 (1)**
7:2
**10:04:16 (1)**
7:3
**10:04:18 (1)**
7:4
**10:04:22 (1)**
7:5
**10:04:25 (1)**
7:6
**10:04:28 (2)**
7:7,8
**10:04:32 (2)**
7:9,10
**10:04:34 (1)**
7:11
**10:04:36 (1)**
7:12
**10:04:37 (1)**
7:13
**10:04:38 (1)**
7:14
**10:04:46 (1)**
7:15
**10:04:47 (1)**
7:19
**10:04:50 (1)**
7:20
**10:04:53 (1)**
7:21
**10:04:56 (2)**
7:22,23
**10:04:58 (1)**
7:24

**10:04:59 (1)**
7:25
**10:05:00 (4)**
8:2,3,4,5
**10:05:02 (1)**
8:6
**10:05:05 (1)**
8:7
**10:05:07 (1)**
8:8
**10:05:11 (1)**
8:9
**10:05:12 (1)**
8:10
**10:05:15 (1)**
8:11
**10:05:17 (1)**
8:12
**10:05:19 (1)**
8:13
**10:05:21 (1)**
8:14
**10:05:22 (1)**
8:15
**10:05:24 (1)**
8:16
**10:05:25 (1)**
8:17
**10:05:26 (1)**
8:18
**10:05:27 (1)**
8:19
**10:05:28 (1)**
8:20
**10:05:29 (1)**
8:21
**10:05:30 (1)**
8:22
**10:05:33 (2)**
8:23,24
**10:05:35 (1)**
8:25
**10:05:38 (1)**
9:2
**10:05:41 (1)**
9:3
**10:05:43 (2)**
9:4,5
**10:05:45 (1)**
9:6
**10:05:47 (2)**

9:7,8
**10:05:51 (1)**
9:9
**10:05:53 (1)**
9:10
**10:05:58 (1)**
9:11
**10:06:01 (1)**
9:12
**10:06:03 (2)**
9:13,14
**10:06:14 (1)**
9:15
**10:06:18 (1)**
9:16
**10:06:20 (1)**
9:17
**10:06:23 (1)**
9:18
**10:06:24 (1)**
9:19
**10:06:26 (1)**
9:20
**10:06:30 (2)**
9:21,22
**10:06:34 (1)**
9:23
**10:06:35 (1)**
9:24
**10:06:38 (1)**
9:25
**10:06:41 (1)**
10:2
**10:06:42 (1)**
10:3
**10:06:44 (1)**
10:4
**10:06:46 (1)**
10:5
**10:06:49 (1)**
10:6
**10:06:51 (1)**
10:7
**10:06:52 (2)**
10:8,9
**10:06:55 (1)**
10:10
**10:06:58 (1)**
10:11
**10:06:59 (1)**
10:12

| | | | | |
|---|---|---|---|---|
| **10:07:02 (1)** | 11:16 | **10:09:01 (1)** | 13:24 | **10:10:52 (2)** |
| 10:13 | **10:08:04 (1)** | 12:21 | **10:10:03 (1)** | 15:3,4 |
| **10:07:05 (1)** | 11:17 | **10:09:03 (1)** | 13:25 | **10:10:55 (1)** |
| 10:14 | **10:08:08 (1)** | 12:22 | **10:10:05 (1)** | 15:5 |
| **10:07:09 (2)** | 11:18 | **10:09:04 (1)** | 14:2 | **10:10:56 (1)** |
| 10:15,16 | **10:08:11 (1)** | 12:23 | **10:10:07 (1)** | 15:6 |
| **10:07:13 (1)** | 11:19 | **10:09:06 (1)** | 14:3 | **10:10:58 (1)** |
| 10:17 | **10:08:13 (1)** | 12:24 | **10:10:10 (1)** | 15:7 |
| **10:07:15 (2)** | 11:20 | **10:09:07 (2)** | 14:4 | **10:10:59 (1)** |
| 10:18,19 | **10:08:16 (1)** | 12:25 13:2 | **10:10:12 (1)** | 15:8 |
| **10:07:16 (1)** | 11:21 | **10:09:10 (1)** | 14:5 | **10:11:00 (1)** |
| 10:20 | **10:08:18 (1)** | 13:3 | **10:10:13 (1)** | 15:9 |
| **10:07:19 (1)** | 11:22 | **10:09:17 (1)** | 14:6 | **10:11:01 (1)** |
| 10:21 | **10:08:19 (1)** | 13:4 | **10:10:16 (1)** | 15:10 |
| **10:07:22 (1)** | 11:23 | **10:09:20 (1)** | 14:7 | **10:11:03 (1)** |
| 10:22 | **10:08:23 (1)** | 13:5 | **10:10:18 (1)** | 15:11 |
| **10:07:24 (1)** | 11:24 | **10:09:22 (1)** | 14:8 | **10:11:05 (1)** |
| 10:23 | **10:08:25 (1)** | 13:6 | **10:10:20 (1)** | 15:12 |
| **10:07:25 (1)** | 11:25 | **10:09:24 (1)** | 14:9 | **10:11:06 (1)** |
| 10:24 | **10:08:27 (1)** | 13:7 | **10:10:21 (2)** | 15:13 |
| **10:07:28 (1)** | 12:2 | **10:09:26 (1)** | 14:10,11 | **10:11:08 (1)** |
| 10:25 | **10:08:28 (1)** | 13:8 | **10:10:22 (1)** | 15:14 |
| **10:07:31 (1)** | 12:3 | **10:09:27 (1)** | 14:12 | **10:11:09 (1)** |
| 11:2 | **10:08:30 (1)** | 13:9 | **10:10:26 (1)** | 15:15 |
| **10:07:33 (1)** | 12:4 | **10:09:29 (1)** | 14:13 | **10:11:11 (1)** |
| 11:3 | **10:08:32 (2)** | 13:10 | **10:10:28 (1)** | 15:16 |
| **10:07:34 (1)** | 12:5,6 | **10:09:31 (1)** | 14:14 | **10:11:13 (1)** |
| 11:4 | **10:08:33 (1)** | 13:11 | **10:10:29 (1)** | 15:17 |
| **10:07:36 (1)** | 12:7 | **10:09:34 (1)** | 14:15 | **10:11:14 (1)** |
| 11:5 | **10:08:35 (1)** | 13:12 | **10:10:32 (1)** | 15:18 |
| **10:07:37 (1)** | 12:8 | **10:09:35 (1)** | 14:16 | **10:11:16 (1)** |
| 11:6 | **10:08:37 (1)** | 13:13 | **10:10:34 (1)** | 15:19 |
| **10:07:38 (1)** | 12:9 | **10:09:39 (1)** | 14:17 | **10:11:18 (1)** |
| 11:7 | **10:08:39 (2)** | 13:14 | **10:10:37 (1)** | 15:20 |
| **10:07:39 (1)** | 12:10,11 | **10:09:42 (1)** | 14:18 | **10:11:20 (1)** |
| 11:8 | **10:08:41 (1)** | 13:15 | **10:10:38 (1)** | 15:21 |
| **10:07:40 (1)** | 12:12 | **10:09:44 (1)** | 14:19 | **10:11:21 (1)** |
| 11:9 | **10:08:43 (1)** | 13:16 | **10:10:41 (1)** | 15:22 |
| **10:07:44 (1)** | 12:13 | **10:09:47 (1)** | 14:20 | **10:11:23 (1)** |
| 11:10 | **10:08:45 (1)** | 13:17 | **10:10:42 (1)** | 15:23 |
| **10:07:46 (1)** | 12:14 | **10:09:48 (1)** | 14:21 | **10:11:25 (1)** |
| 11:11 | **10:08:46 (1)** | 13:18 | **10:10:45 (1)** | 15:24 |
| **10:07:48 (1)** | 12:15 | **10:09:51 (1)** | 14:22 | **10:11:27 (1)** |
| 11:12 | **10:08:53 (1)** | 13:19 | **10:10:46 (1)** | 15:25 |
| **10:07:55 (1)** | 12:16 | **10:09:53 (1)** | 14:23 | **10:11:28 (1)** |
| 11:13 | **10:08:56 (1)** | 13:20 | **10:10:47 (1)** | 16:2 |
| **10:07:57 (1)** | 12:17 | **10:09:55 (2)** | 14:24 | **10:11:29 (1)** |
| 11:14 | **10:08:58 (1)** | 13:21,22 | **10:10:48 (1)** | 16:3 |
| **10:07:58 (1)** | 12:18 | **10:09:59 (1)** | 14:25 | **10:11:39 (1)** |
| 11:15 | **10:09:00 (2)** | 13:23 | **10:10:50 (1)** | 16:4 |
| **10:07:59 (1)** | 12:19,20 | **10:10:01 (1)** | 15:2 | **10:11:41 (1)** |

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| 16:5 | **10:13:09 (1)** | 18:14 | **10:14:55 (1)** | 20:22,23 |
| **10:11:47 (1)** | 17:11 | **10:14:13 (1)** | 19:20 | **10:16:16 (1)** |
| 16:6 | **10:13:10 (1)** | 18:15 | **10:14:58 (1)** | 20:24 |
| **10:12:02 (1)** | 17:12 | **10:14:14 (1)** | 19:21 | **10:16:19 (1)** |
| 16:7 | **10:13:16 (1)** | 18:16 | **10:14:59 (1)** | 20:25 |
| **10:12:08 (1)** | 17:13 | **10:14:16 (1)** | 19:22 | **10:16:21 (1)** |
| 16:8 | **10:13:17 (1)** | 18:17 | **10:15:00 (1)** | 21:2 |
| **10:12:10 (1)** | 17:14 | **10:14:17 (2)** | 19:23 | **10:16:23 (1)** |
| 16:9 | **10:13:21 (1)** | 18:18,19 | **10:15:01 (1)** | 21:3 |
| **10:12:11 (1)** | 17:15 | **10:14:19 (1)** | 19:24 | **10:16:25 (1)** |
| 16:10 | **10:13:23 (1)** | 18:20 | **10:15:02 (1)** | 21:4 |
| **10:12:13 (1)** | 17:16 | **10:14:20 (1)** | 19:25 | **10:16:26 (1)** |
| 16:11 | **10:13:26 (1)** | 18:21 | **10:15:04 (1)** | 21:5 |
| **10:12:19 (1)** | 17:17 | **10:14:21 (1)** | 20:2 | **10:16:27 (1)** |
| 16:12 | **10:13:30 (1)** | 18:22 | **10:15:10 (1)** | 21:6 |
| **10:12:20 (1)** | 17:18 | **10:14:23 (1)** | 20:3 | **10:16:28 (1)** |
| 16:13 | **10:13:34 (1)** | 18:23 | **10:15:11 (1)** | 21:7 |
| **10:12:21 (1)** | 17:19 | **10:14:24 (1)** | 20:4 | **10:16:30 (1)** |
| 16:14 | **10:13:35 (1)** | 18:24 | **10:15:12 (1)** | 21:8 |
| **10:12:29 (1)** | 17:20 | **10:14:25 (1)** | 20:5 | **10:16:33 (1)** |
| 16:15 | **10:13:36 (1)** | 18:25 | **10:15:18 (1)** | 21:9 |
| **10:12:32 (1)** | 17:21 | **10:14:27 (1)** | 20:6 | **10:16:35 (1)** |
| 16:16 | **10:13:39 (1)** | 19:2 | **10:15:32 (1)** | 21:10 |
| **10:12:33 (1)** | 17:22 | **10:14:29 (1)** | 20:7 | **10:16:38 (1)** |
| 16:17 | **10:13:41 (2)** | 19:3 | **10:15:34 (1)** | 21:11 |
| **10:12:34 (1)** | 17:23,24 | **10:14:32 (1)** | 20:8 | **10:16:41 (1)** |
| 16:18 | **10:13:43 (1)** | 19:4 | **10:15:36 (1)** | 21:12 |
| **10:12:36 (2)** | 17:25 | **10:14:34 (1)** | 20:9 | **10:16:42 (1)** |
| 16:19,20 | **10:13:44 (1)** | 19:5 | **10:15:41 (1)** | 21:13 |
| **10:12:41 (1)** | 18:2 | **10:14:36 (1)** | 20:10 | **10:16:43 (1)** |
| 16:21 | **10:13:45 (1)** | 19:6 | **10:15:45 (1)** | 21:14 |
| **10:12:43 (1)** | 18:3 | **10:14:38 (2)** | 20:11 | **10:16:45 (1)** |
| 16:22 | **10:13:48 (1)** | 19:7,8 | **10:15:48 (1)** | 21:15 |
| **10:12:46 (2)** | 18:4 | **10:14:39 (1)** | 20:12 | **10:16:48 (1)** |
| 16:23,24 | **10:13:51 (1)** | 19:9 | **10:15:50 (1)** | 21:16 |
| **10:12:49 (2)** | 18:5 | **10:14:40 (1)** | 20:13 | **10:16:49 (1)** |
| 16:25 17:2 | **10:13:55 (1)** | 19:10 | **10:15:53 (1)** | 21:17 |
| **10:12:51 (1)** | 18:6 | **10:14:42 (1)** | 20:14 | **10:16:51 (1)** |
| 17:3 | **10:13:59 (1)** | 19:11 | **10:15:55 (1)** | 21:18 |
| **10:12:54 (1)** | 18:7 | **10:14:43 (1)** | 20:15 | **10:16:53 (1)** |
| 17:4 | **10:14:00 (1)** | 19:12 | **10:15:58 (1)** | 21:19 |
| **10:12:55 (1)** | 18:8 | **10:14:44 (1)** | 20:16 | **10:16:54 (1)** |
| 17:5 | **10:14:04 (1)** | 19:13 | **10:16:01 (1)** | 21:20 |
| **10:12:59 (1)** | 18:9 | **10:14:48 (2)** | 20:17 | **10:16:55 (1)** |
| 17:6 | **10:14:05 (1)** | 19:14,15 | **10:16:04 (1)** | 21:21 |
| **10:13:01 (1)** | 18:10 | **10:14:51 (1)** | 20:18 | **10:16:58 (2)** |
| 17:7 | **10:14:08 (2)** | 19:16 | **10:16:07 (1)** | 21:22,23 |
| **10:13:02 (2)** | 18:11,12 | **10:14:53 (2)** | 20:19 | **10:17:00 (1)** |
| 17:8,9 | **10:14:09 (1)** | 19:17,18 | **10:16:10 (2)** | 21:24 |
| **10:13:04 (1)** | 18:13 | **10:14:54 (1)** | 20:20,21 | **10:17:02 (1)** |
| 17:10 | **10:14:11 (1)** | 19:19 | **10:16:11 (2)** | 21:25 |

| | | | | |
|---|---|---|---|---|
| **10:17:06 (1)** | 23:4 | **10:19:31 (1)** | 25:14 | **10:21:48 (1)** |
| 22:2 | **10:18:29 (1)** | 24:8 | **10:20:39 (1)** | 26:18 |
| **10:17:07 (1)** | 23:5 | **10:19:32 (2)** | 25:15 | **10:21:52 (1)** |
| 22:3 | **10:18:31 (1)** | 24:9,10 | **10:20:41 (2)** | 26:19 |
| **10:17:17 (1)** | 23:6 | **10:19:40 (1)** | 25:16,17 | **10:21:53 (1)** |
| 22:4 | **10:18:32 (1)** | 24:11 | **10:20:50 (1)** | 26:20 |
| **10:17:18 (1)** | 23:7 | **10:19:43 (1)** | 25:18 | **10:21:54 (1)** |
| 22:5 | **10:18:34 (1)** | 24:12 | **10:20:53 (1)** | 26:21 |
| **10:17:19 (1)** | 23:8 | **10:19:47 (2)** | 25:19 | **10:21:56 (1)** |
| 22:6 | **10:18:37 (1)** | 24:13,14 | **10:20:55 (1)** | 26:22 |
| **10:17:21 (1)** | 23:9 | **10:19:49 (1)** | 25:20 | **10:21:59 (1)** |
| 22:7 | **10:18:39 (1)** | 24:15 | **10:20:56 (1)** | 26:23 |
| **10:17:24 (1)** | 23:10 | **10:19:51 (1)** | 25:21 | **10:22:01 (3)** |
| 22:8 | **10:18:41 (1)** | 24:16 | **10:20:58 (1)** | 26:24,25 27:2 |
| **10:17:27 (1)** | 23:11 | **10:19:53 (2)** | 25:22 | **10:22:04 (1)** |
| 22:9 | **10:18:42 (1)** | 24:17,18 | **10:20:59 (1)** | 27:3 |
| **10:17:37 (1)** | 23:12 | **10:19:55 (1)** | 25:23 | **10:22:07 (1)** |
| 22:10 | **10:18:47 (1)** | 24:19 | **10:21:04 (1)** | 27:4 |
| **10:17:39 (1)** | 23:13 | **10:19:57 (1)** | 25:24 | **10:22:09 (1)** |
| 22:11 | **10:18:49 (1)** | 24:20 | **10:21:08 (1)** | 27:5 |
| **10:17:40 (1)** | **10:18:50 (1)** | **10:19:58 (1)** | 25:25 | **10:22:10 (1)** |
| 22:12 | 23:15 | 24:21 | **10:21:10 (1)** | 27:6 |
| **10:17:45 (1)** | **10:18:52 (1)** | **10:19:59 (1)** | 26:2 | **10:22:11 (1)** |
| 22:13 | 23:16 | 24:22 | **10:21:13 (1)** | 27:7 |
| **10:17:48 (1)** | **10:18:53 (1)** | **10:20:04 (1)** | 26:3 | **10:22:19 (1)** |
| 22:14 | 23:17 | 24:23 | **10:21:17 (1)** | 27:8 |
| **10:17:50 (2)** | **10:18:54 (1)** | **10:20:06 (1)** | 26:4 | **10:22:20 (2)** |
| 22:15,16 | 23:18 | 24:24 | **10:21:18 (1)** | 27:9,10 |
| **10:17:51 (1)** | **10:18:55 (1)** | **10:20:09 (2)** | 26:5 | **10:22:23 (1)** |
| 22:17 | 23:19 | 24:25 25:2 | **10:21:20 (1)** | 27:11 |
| **10:17:53 (1)** | **10:18:58 (1)** | **10:20:11 (1)** | 26:6 | **10:22:24 (1)** |
| 22:18 | 23:20 | 25:3 | **10:21:23 (1)** | 27:12 |
| **10:17:54 (1)** | **10:18:59 (1)** | **10:20:14 (2)** | 26:7 | **10:22:25 (1)** |
| 22:19 | 23:21 | 25:4,5 | **10:21:28 (1)** | 27:13 |
| **10:17:59 (1)** | **10:19:05 (1)** | **10:20:18 (1)** | 26:8 | **10:22:29 (1)** |
| 22:20 | 23:22 | 25:6 | **10:21:30 (1)** | 27:14 |
| **10:18:02 (1)** | **10:19:13 (1)** | **10:20:21 (1)** | 26:9 | **10:22:30 (1)** |
| 22:21 | 23:23 | 25:7 | **10:21:31 (1)** | 27:15 |
| **10:18:04 (1)** | **10:19:15 (1)** | **10:20:23 (1)** | 26:10 | **10:22:32 (1)** |
| 22:22 | 23:24 | 25:8 | **10:21:32 (1)** | 27:16 |
| **10:18:16 (1)** | **10:19:16 (1)** | **10:20:24 (1)** | 26:11 | **10:22:34 (2)** |
| 22:23 | 23:25 | 25:9 | **10:21:36 (2)** | 27:17,18 |
| **10:18:20 (1)** | **10:19:19 (1)** | **10:20:28 (1)** | 26:12,13 | **10:22:36 (1)** |
| 22:24 | 24:2 | 25:10 | **10:21:37 (1)** | 27:19 |
| **10:18:22 (1)** | **10:19:21 (1)** | **10:20:29 (1)** | 26:14 | **10:22:37 (1)** |
| 22:25 | 24:3 | 25:11 | **10:21:38 (1)** | 27:20 |
| **10:18:24 (1)** | **10:19:27 (3)** | **10:20:32 (1)** | 26:15 | **10:22:44 (1)** |
| 23:2 | 24:4,5,6 | 25:12 | **10:21:43 (1)** | 27:21 |
| **10:18:26 (1)** | **10:19:30 (1)** | **10:20:34 (1)** | 26:16 | **10:22:45 (1)** |
| 23:3 | 24:7 | 25:13 | **10:21:46 (1)** | 27:22 |
| **10:18:27 (1)** | | **10:20:35 (1)** | 26:17 | **10:22:46 (1)** |

| | | | | |
|---|---|---|---|---|
| 27:23 | **10:23:58 (1)** | 30:9 | **10:26:10 (1)** | 32:14 |
| **10:22:49 (1)** | 29:4 | **10:25:17 (1)** | 31:12 | **10:27:22 (1)** |
| 27:24 | **10:24:02 (1)** | 30:10 | **10:26:19 (1)** | 32:15 |
| **10:22:52 (2)** | 29:5 | **10:25:19 (1)** | 31:13 | **10:27:23 (2)** |
| 27:25 28:2 | **10:24:03 (2)** | 30:11 | **10:26:23 (1)** | 32:16,17 |
| **10:22:55 (1)** | 29:6,7 | **10:25:20 (1)** | 31:14 | **10:27:25 (1)** |
| 28:3 | **10:24:09 (1)** | 30:12 | **10:26:25 (1)** | 32:18 |
| **10:22:57 (1)** | 29:8 | **10:25:21 (1)** | 31:15 | **10:27:28 (1)** |
| 28:4 | **10:24:10 (1)** | 30:13 | **10:26:27 (1)** | 32:19 |
| **10:22:59 (1)** | 29:9 | **10:25:22 (1)** | 31:16 | **10:27:29 (1)** |
| 28:5 | **10:24:13 (1)** | 30:14 | **10:26:34 (1)** | 32:20 |
| **10:23:00 (1)** | 29:10 | **10:25:24 (1)** | 31:17 | **10:27:31 (1)** |
| 28:6 | **10:24:16 (1)** | 30:15 | **10:26:36 (2)** | 32:21 |
| **10:23:01 (1)** | 29:11 | **10:25:25 (1)** | 31:18,19 | **10:27:32 (1)** |
| 28:7 | **10:24:17 (1)** | 30:16 | **10:26:40 (1)** | 32:22 |
| **10:23:07 (1)** | 29:12 | **10:25:26 (1)** | 31:20 | **10:27:33 (1)** |
| 28:8 | **10:24:19 (1)** | 30:17 | **10:26:42 (1)** | 32:23 |
| **10:23:10 (1)** | 29:13 | **10:25:30 (1)** | 31:21 | **10:27:35 (1)** |
| 28:9 | **10:24:21 (1)** | 30:18 | **10:26:47 (1)** | 32:24 |
| **10:23:13 (2)** | 29:14 | **10:25:33 (1)** | 31:22 | **10:27:38 (1)** |
| 28:10,11 | **10:24:22 (1)** | 30:19 | **10:26:48 (1)** | 32:25 |
| **10:23:15 (2)** | 29:15 | **10:25:35 (1)** | 31:23 | **10:27:41 (1)** |
| 28:12,13 | **10:24:25 (2)** | 30:20 | **10:26:50 (1)** | 33:2 |
| **10:23:16 (1)** | 29:16,17 | **10:25:37 (1)** | 31:24 | **10:27:43 (1)** |
| 28:14 | **10:24:30 (1)** | 30:21 | **10:26:51 (1)** | 33:3 |
| **10:23:18 (1)** | 29:18 | **10:25:38 (1)** | 31:25 | **10:27:45 (1)** |
| 28:15 | **10:24:32 (1)** | 30:22 | **10:26:52 (1)** | 33:4 |
| **10:23:19 (1)** | 29:19 | **10:25:41 (2)** | 32:2 | **10:27:47 (1)** |
| 28:16 | **10:24:35 (2)** | 30:23,24 | **10:26:54 (1)** | 33:5 |
| **10:23:20 (1)** | 29:20,21 | **10:25:43 (1)** | 32:3 | **10:27:49 (1)** |
| 28:17 | **10:24:40 (1)** | 30:25 | **10:26:55 (1)** | 33:6 |
| **10:23:24 (1)** | 29:22 | **10:25:50 (1)** | 32:4 | **10:27:51 (1)** |
| 28:18 | **10:24:42 (1)** | 31:2 | **10:26:57 (1)** | 33:7 |
| **10:23:25 (1)** | 29:23 | **10:25:51 (1)** | 32:5 | **10:27:52 (1)** |
| 28:19 | **10:24:45 (1)** | 31:3 | **10:26:59 (1)** | 33:8 |
| **10:23:27 (1)** | 29:24 | **10:25:52 (1)** | 32:6 | **10:27:54 (1)** |
| 28:20 | **10:24:47 (1)** | 31:4 | **10:27:00 (1)** | 33:9 |
| **10:23:30 (1)** | 29:25 | **10:25:54 (1)** | 32:7 | **10:27:57 (3)** |
| 28:21 | **10:24:48 (1)** | 31:5 | **10:27:02 (1)** | 33:10,11,12 |
| **10:23:32 (1)** | 30:2 | **10:25:57 (1)** | 32:8 | **10:27:59 (1)** |
| 28:22 | **10:24:49 (1)** | 31:6 | **10:27:09 (1)** | 33:13 |
| **10:23:39 (1)** | 30:3 | **10:25:59 (1)** | 32:9 | **10:28:00 (1)** |
| 28:23 | **10:24:53 (2)** | 31:7 | **10:27:11 (1)** | 33:14 |
| **10:23:41 (1)** | 30:4,5 | **10:26:01 (1)** | 32:10 | **10:28:03 (1)** |
| 28:24 | **10:24:54 (1)** | 31:8 | **10:27:14 (1)** | 33:15 |
| **10:23:43 (1)** | 30:6 | **10:26:04 (1)** | 32:11 | **10:28:05 (1)** |
| 28:25 | **10:24:56 (1)** | 31:9 | **10:27:16 (1)** | 33:16 |
| **10:23:49 (1)** | 30:7 | **10:26:05 (1)** | 32:12 | **10:28:08 (1)** |
| 29:2 | **10:24:58 (1)** | 31:10 | **10:27:18 (1)** | 33:17 |
| **10:23:52 (1)** | 30:8 | **10:26:07 (1)** | 32:13 | **10:28:09 (1)** |
| 29:3 | **10:25:15 (1)** | 31:11 | **10:27:19 (1)** | 33:18 |

| | | | | |
|---|---|---|---|---|
| **10:28:11 (1)** | 34:20 | **10:30:01 (1)** | 37:4 | **10:32:12 (1)** |
| 33:19 | **10:29:15 (1)** | 36:2 | **10:31:16 (1)** | 38:8 |
| **10:28:12 (1)** | 34:21 | **10:30:02 (1)** | 37:5 | **10:32:14 (1)** |
| 33:20 | **10:29:18 (3)** | 36:3 | **10:31:18 (1)** | 38:9 |
| **10:28:14 (1)** | 34:22,23,24 | **10:30:10 (1)** | 37:6 | **10:32:15 (1)** |
| 33:21 | **10:29:20 (1)** | 36:4 | **10:31:23 (1)** | 38:10 |
| **10:28:16 (1)** | 34:25 | **10:30:13 (1)** | 37:7 | **10:32:17 (1)** |
| 33:22 | **10:29:22 (1)** | 36:5 | **10:31:27 (1)** | 38:11 |
| **10:28:22 (1)** | 35:2 | **10:30:14 (1)** | 37:8 | **10:32:19 (1)** |
| 33:23 | **10:29:24 (1)** | 36:6 | **10:31:28 (1)** | 38:12 |
| **10:28:25 (1)** | 35:3 | **10:30:16 (1)** | 37:9 | **10:32:21 (1)** |
| 33:24 | **10:29:26 (1)** | 36:7 | **10:31:31 (1)** | 38:13 |
| **10:28:27 (1)** | 35:4 | **10:30:18 (1)** | 37:10 | **10:32:23 (1)** |
| 33:25 | **10:29:28 (1)** | 36:8 | **10:31:33 (1)** | 38:14 |
| **10:28:28 (1)** | 35:5 | **10:30:19 (1)** | 37:11 | **10:32:25 (1)** |
| 34:2 | **10:29:30 (1)** | 36:9 | **10:31:34 (1)** | 38:15 |
| **10:28:30 (1)** | 35:6 | **10:30:21 (1)** | 37:12 | **10:32:31 (1)** |
| 34:3 | **10:29:32 (1)** | 36:10 | **10:31:35 (1)** | 38:16 |
| **10:28:33 (1)** | 35:7 | **10:30:23 (1)** | 37:13 | **10:32:33 (1)** |
| 34:4 | **10:29:33 (1)** | 36:11 | **10:31:37 (1)** | 38:17 |
| **10:28:34 (1)** | 35:8 | **10:30:24 (1)** | 37:14 | **10:32:37 (1)** |
| 34:5 | **10:29:34 (1)** | 36:12 | **10:31:39 (1)** | 38:18 |
| **10:28:35 (1)** | 35:9 | **10:30:25 (1)** | 37:15 | **10:32:39 (1)** |
| 34:6 | **10:29:36 (1)** | 36:13 | **10:31:40 (2)** | 38:19 |
| **10:28:37 (1)** | 35:10 | **10:30:27 (1)** | 37:16,17 | **10:32:41 (1)** |
| 34:7 | **10:29:38 (1)** | 36:14 | **10:31:41 (1)** | 38:20 |
| **10:28:39 (1)** | 35:11 | **10:30:29 (2)** | 37:18 | **10:32:42 (1)** |
| 34:8 | **10:29:39 (1)** | 36:15,16 | **10:31:43 (1)** | 38:21 |
| **10:28:42 (1)** | 35:12 | **10:30:31 (1)** | 37:19 | **10:32:44 (1)** |
| 34:9 | **10:29:40 (1)** | 36:17 | **10:31:45 (1)** | 38:22 |
| **10:28:44 (1)** | 35:13 | **10:30:48 (1)** | 37:20 | **10:32:45 (1)** |
| 34:10 | **10:29:41 (1)** | 36:18 | **10:31:47 (1)** | 38:23 |
| **10:28:48 (1)** | 35:14 | **10:30:50 (1)** | 37:21 | **10:32:47 (1)** |
| 34:11 | **10:29:44 (1)** | 36:19 | **10:31:49 (1)** | 38:24 |
| **10:28:50 (1)** | 35:15 | **10:30:58 (1)** | 37:22 | **10:32:49 (1)** |
| 34:12 | **10:29:45 (2)** | 36:20 | **10:31:53 (1)** | 38:25 |
| **10:28:52 (1)** | 35:16,17 | **10:30:59 (1)** | 37:23 | **10:32:53 (1)** |
| 34:13 | **10:29:47 (1)** | 36:21 | **10:31:56 (1)** | 39:2 |
| **10:28:55 (1)** | 35:18 | **10:31:00 (1)** | 37:24 | **10:32:55 (1)** |
| 34:14 | **10:29:49 (2)** | 36:22 | **10:31:59 (1)** | 39:3 |
| **10:28:58 (1)** | 35:19,20 | **10:31:01 (1)** | 37:25 | **10:32:57 (1)** |
| 34:15 | **10:29:50 (1)** | 36:23 | **10:32:02 (1)** | 39:4 |
| **10:29:01 (1)** | 35:21 | **10:31:02 (1)** | 38:2 | **10:33:01 (1)** |
| 34:16 | **10:29:51 (1)** | 36:24 | **10:32:03 (1)** | 39:5 |
| **10:29:04 (1)** | 35:22 | **10:31:04 (1)** | 38:3 | **10:33:04 (1)** |
| 34:17 | **10:29:52 (1)** | 36:25 | **10:32:05 (1)** | 39:6 |
| **10:29:08 (1)** | 35:23 | **10:31:11 (1)** | 38:4 | **10:33:08 (1)** |
| 34:18 | **10:29:56 (1)** | 37:2 | **10:32:09 (1)** | 39:7 |
| **10:29:10 (1)** | 35:24 | **10:31:12 (1)** | 38:5 | **10:33:10 (1)** |
| 34:19 | **10:30:00 (1)** | 37:3 | **10:32:10 (2)** | 39:8 |
| **10:29:13 (1)** | 35:25 | **10:31:14 (1)** | 38:6,7 | **10:33:12 (1)** |

| | | | | |
|---|---|---|---|---|
| 39:9 | **10:34:26 (1)** | 41:15 | **10:36:34 (1)** | 43:24 |
| **10:33:13 (1)** | 40:12 | **10:35:32 (2)** | 42:22 | **10:37:40 (1)** |
| 39:10 | **10:34:30 (2)** | 41:16,17 | **10:36:35 (1)** | 43:25 |
| **10:33:17 (1)** | 40:13,14 | **10:35:33 (1)** | 42:23 | **10:37:41 (2)** |
| 39:11 | **10:34:31 (1)** | 41:18 | **10:36:36 (1)** | 44:2,3 |
| **10:33:23 (1)** | 40:15 | **10:35:37 (1)** | 42:24 | **10:37:42 (1)** |
| 39:12 | **10:34:32 (1)** | 41:19 | **10:36:40 (1)** | 44:4 |
| **10:33:27 (1)** | 40:16 | **10:35:39 (1)** | 42:25 | **10:37:44 (1)** |
| 39:13 | **10:34:33 (1)** | 41:20 | **10:36:42 (1)** | 44:5 |
| **10:33:30 (2)** | 40:17 | **10:35:41 (1)** | 43:2 | **10:37:45 (1)** |
| 39:14,15 | **10:34:37 (1)** | 41:21 | **10:36:46 (1)** | 44:6 |
| **10:33:32 (1)** | 40:18 | **10:35:42 (1)** | 43:3 | **10:37:48 (1)** |
| 39:16 | **10:34:39 (2)** | 41:22 | **10:36:49 (1)** | 44:7 |
| **10:33:35 (1)** | 40:19,20 | **10:35:49 (2)** | 43:4 | **10:37:49 (1)** |
| 39:17 | **10:34:44 (1)** | 41:23,24 | **10:36:53 (1)** | 44:8 |
| **10:33:36 (1)** | 40:21 | **10:35:51 (1)** | 43:5 | **10:37:50 (1)** |
| 39:18 | **10:34:46 (1)** | 41:25 | **10:36:54 (1)** | 44:9 |
| **10:33:39 (1)** | 40:22 | **10:35:52 (1)** | 43:6 | **10:37:56 (1)** |
| 39:19 | **10:34:48 (1)** | 42:2 | **10:36:55 (1)** | 44:10 |
| **10:33:40 (1)** | 40:23 | **10:35:54 (2)** | 43:7 | **10:37:59 (1)** |
| 39:20 | **10:34:50 (1)** | 42:3,4 | **10:36:57 (1)** | 44:11 |
| **10:33:48 (1)** | 40:24 | **10:35:55 (1)** | 43:8 | **10:38:00 (1)** |
| 39:21 | **10:34:51 (1)** | 42:5 | **10:37:00 (1)** | 44:12 |
| **10:33:49 (1)** | 40:25 | **10:35:57 (1)** | 43:9 | **10:38:01 (1)** |
| 39:22 | **10:34:54 (1)** | 42:6 | **10:37:02 (1)** | 44:13 |
| **10:33:51 (1)** | 41:2 | **10:35:59 (2)** | 43:10 | **10:38:02 (1)** |
| 39:23 | **10:34:56 (1)** | 42:7,8 | **10:37:08 (1)** | 44:14 |
| **10:33:54 (1)** | 41:3 | **10:36:00 (1)** | 43:11 | **10:38:04 (1)** |
| 39:24 | **10:34:59 (1)** | 42:9 | **10:37:10 (1)** | 44:15 |
| **10:33:56 (1)** | 41:4 | **10:36:02 (2)** | 43:12 | **10:38:08 (1)** |
| 39:25 | **10:35:02 (1)** | 42:10,11 | **10:37:11 (1)** | 44:16 |
| **10:33:59 (1)** | 41:5 | **10:36:09 (1)** | 43:13 | **10:38:09 (1)** |
| 40:2 | **10:35:08 (1)** | 42:12 | **10:37:12 (1)** | 44:17 |
| **10:34:02 (1)** | 41:6 | **10:36:13 (1)** | 43:14 | **10:38:12 (2)** |
| 40:3 | **10:35:09 (1)** | 42:13 | **10:37:14 (1)** | 44:18,19 |
| **10:34:04 (1)** | 41:7 | **10:36:14 (1)** | 43:15 | **10:38:13 (1)** |
| 40:4 | **10:35:11 (1)** | 42:14 | **10:37:16 (1)** | 44:20 |
| **10:34:05 (1)** | 41:8 | **10:36:16 (1)** | 43:16 | **10:38:16 (1)** |
| 40:5 | **10:35:13 (1)** | 42:15 | **10:37:17 (1)** | 44:21 |
| **10:34:06 (1)** | 41:9 | **10:36:18 (1)** | 43:17 | **10:38:19 (1)** |
| 40:6 | **10:35:14 (1)** | 42:16 | **10:37:19 (1)** | 44:22 |
| **10:34:10 (1)** | 41:10 | **10:36:20 (1)** | 43:18 | **10:38:21 (1)** |
| 40:7 | **10:35:18 (1)** | 42:17 | **10:37:22 (1)** | 44:23 |
| **10:34:13 (1)** | 41:11 | **10:36:25 (1)** | 43:19 | **10:38:23 (1)** |
| 40:8 | **10:35:20 (1)** | 42:18 | **10:37:23 (1)** | 44:24 |
| **10:34:14 (1)** | 41:12 | **10:36:28 (1)** | 43:20 | **10:38:25 (1)** |
| 40:9 | **10:35:23 (1)** | 42:19 | **10:37:25 (1)** | 44:25 |
| **10:34:15 (1)** | 41:13 | **10:36:31 (1)** | 43:21 | **10:38:28 (1)** |
| 40:10 | **10:35:27 (1)** | 42:20 | **10:37:27 (2)** | 45:2 |
| **10:34:17 (1)** | 41:14 | **10:36:32 (1)** | 43:22,23 | **10:38:29 (1)** |
| 40:11 | **10:35:29 (1)** | 42:21 | **10:37:28 (1)** | 45:3 |

| | | | | |
|---|---|---|---|---|
| **10:38:33 (1)** | 46:8 | **10:40:22 (1)** | 48:16 | **10:42:56 (1)** |
| 45:4 | **10:39:33 (1)** | 47:13 | **10:42:05 (1)** | 49:20 |
| **10:38:36 (1)** | 46:9 | **10:40:32 (1)** | 48:17 | **10:42:58 (1)** |
| 45:5 | **10:39:34 (2)** | 47:14 | **10:42:06 (1)** | 49:21 |
| **10:38:38 (1)** | 46:10,11 | **10:40:36 (1)** | 48:18 | **10:42:59 (1)** |
| 45:6 | **10:39:37 (1)** | 47:15 | **10:42:11 (1)** | 49:22 |
| **10:38:43 (1)** | 46:12 | **10:40:40 (1)** | 48:19 | **10:43:01 (1)** |
| 45:7 | **10:39:40 (3)** | 47:16 | **10:42:12 (1)** | 49:23 |
| **10:38:47 (1)** | 46:13,14,15 | **10:40:43 (1)** | 48:20 | **10:43:04 (2)** |
| 45:8 | **10:39:42 (1)** | 47:17 | **10:42:14 (1)** | 49:24,25 |
| **10:38:48 (2)** | 46:16 | **10:40:46 (1)** | 48:21 | **10:43:06 (1)** |
| 45:9,10 | **10:39:44 (1)** | 47:18 | **10:42:15 (1)** | 50:2 |
| **10:38:51 (1)** | 46:17 | **10:40:47 (1)** | 48:22 | **10:43:07 (1)** |
| 45:11 | **10:39:46 (1)** | 47:19 | **10:42:17 (1)** | 50:3 |
| **10:38:53 (1)** | 46:18 | **10:40:51 (1)** | 48:23 | **10:43:10 (1)** |
| 45:12 | **10:39:47 (1)** | 47:20 | **10:42:18 (1)** | 50:4 |
| **10:38:55 (2)** | 46:19 | **10:40:57 (1)** | 48:24 | **10:43:11 (1)** |
| 45:13,14 | **10:39:50 (1)** | 47:21 | **10:42:24 (1)** | 50:5 |
| **10:38:57 (1)** | 46:20 | **10:40:58 (1)** | 48:25 | **10:43:14 (1)** |
| 45:15 | **10:39:52 (1)** | 47:22 | **10:42:27 (1)** | 50:6 |
| **10:39:00 (1)** | 46:21 | **10:40:59 (2)** | 49:2 | **10:43:17 (2)** |
| 45:16 | **10:39:53 (1)** | 47:23,24 | **10:42:29 (1)** | 50:7,8 |
| **10:39:01 (1)** | 46:22 | **10:41:03 (1)** | 49:3 | **10:43:18 (1)** |
| 45:17 | **10:39:56 (1)** | 47:25 | **10:42:31 (1)** | 50:9 |
| **10:39:02 (2)** | 46:23 | **10:41:04 (1)** | 49:4 | **10:43:20 (1)** |
| 45:18,19 | **10:39:58 (1)** | 48:2 | **10:42:32 (1)** | 50:10 |
| **10:39:05 (1)** | 46:24 | **10:41:05 (1)** | 49:5 | **10:43:22 (1)** |
| 45:20 | **10:39:59 (1)** | 48:3 | **10:42:33 (1)** | 50:11 |
| **10:39:06 (1)** | 46:25 | **10:41:10 (1)** | 49:6 | **10:43:23 (1)** |
| 45:21 | **10:40:01 (1)** | 48:4 | **10:42:34 (1)** | 50:12 |
| **10:39:07 (1)** | 47:2 | **10:41:22 (1)** | 49:7 | **10:43:24 (1)** |
| 45:22 | **10:40:03 (1)** | 48:5 | **10:42:37 (1)** | 50:13 |
| **10:39:12 (1)** | 47:3 | **10:41:26 (1)** | 49:8 | **10:43:26 (1)** |
| 45:23 | **10:40:05 (1)** | 48:6 | **10:42:38 (2)** | 50:14 |
| **10:39:15 (1)** | 47:4 | **10:41:29 (1)** | 49:9,10 | **10:43:27 (1)** |
| 45:24 | **10:40:07 (1)** | 48:7 | **10:42:44 (1)** | 50:15 |
| **10:39:16 (1)** | 47:5 | **10:41:30 (1)** | 49:11 | **10:43:29 (1)** |
| 45:25 | **10:40:09 (1)** | 48:8 | **10:42:46 (1)** | 50:16 |
| **10:39:19 (1)** | 47:6 | **10:41:33 (1)** | 49:12 | **10:43:30 (1)** |
| 46:2 | **10:40:14 (1)** | 48:9 | **10:42:48 (1)** | 50:17 |
| **10:39:22 (1)** | 47:7 | **10:41:36 (1)** | 49:13 | **10:43:32 (1)** |
| 46:3 | **10:40:15 (1)** | 48:10 | **10:42:50 (1)** | 50:18 |
| **10:39:24 (1)** | 47:8 | **10:41:44 (1)** | 49:14 | **10:43:33 (1)** |
| 46:4 | **10:40:17 (1)** | 48:11 | **10:42:51 (1)** | 50:19 |
| **10:39:26 (1)** | 47:9 | **10:41:45 (1)** | 49:15 | **10:43:36 (1)** |
| 46:5 | **10:40:18 (1)** | 48:12 | **10:42:52 (1)** | 50:20 |
| **10:39:29 (1)** | 47:10 | **10:42:00 (1)** | 49:16 | **10:43:38 (1)** |
| 46:6 | **10:40:20 (1)** | 48:13 | **10:42:54 (1)** | 50:21 |
| **10:39:30 (1)** | 47:11 | **10:42:01 (2)** | 49:17 | **10:43:40 (1)** |
| 46:7 | **10:40:21 (1)** | 48:14,15 | **10:42:55 (2)** | 50:22 |
| **10:39:31 (1)** | 47:12 | **10:42:03 (1)** | 49:18,19 | **10:43:43 (1)** |

| | | | | |
|---|---|---|---|---|
| 50:23 | **10:44:35 (2)** | 53:6 | **10:46:45 (1)** | 55:18,19 |
| **10:43:45 (1)** | 52:4,5 | **10:45:31 (1)** | 54:10 | **10:48:00 (2)** |
| 50:24 | **10:44:36 (1)** | 53:7 | **10:46:48 (1)** | 55:20,21 |
| **10:43:47 (2)** | 52:6 | **10:45:33 (1)** | 54:11 | **10:48:02 (1)** |
| 50:25 51:2 | **10:44:37 (1)** | 53:8 | **10:46:50 (1)** | 55:22 |
| **10:43:50 (1)** | 52:7 | **10:45:34 (1)** | 54:12 | **10:48:03 (1)** |
| 51:3 | **10:44:40 (1)** | 53:9 | **10:46:52 (2)** | 55:23 |
| **10:43:51 (1)** | 52:8 | **10:45:36 (1)** | 54:13,14 | **10:48:05 (2)** |
| 51:4 | **10:44:44 (1)** | 53:10 | **10:46:53 (1)** | 55:24,25 |
| **10:43:52 (1)** | 52:9 | **10:45:41 (1)** | 54:15 | **10:48:09 (1)** |
| 51:5 | **10:44:47 (1)** | 53:11 | **10:46:54 (2)** | 56:2 |
| **10:43:55 (1)** | 52:10 | **10:45:42 (1)** | 54:16,17 | **10:48:12 (1)** |
| 51:6 | **10:44:51 (1)** | 53:12 | **10:46:56 (1)** | 56:3 |
| **10:43:57 (1)** | 52:11 | **10:45:43 (1)** | 54:18 | **10:48:13 (1)** |
| 51:7 | **10:44:55 (1)** | 53:13 | **10:47:01 (1)** | 56:4 |
| **10:44:00 (1)** | 52:12 | **10:46:07 (1)** | 54:19 | **10:48:15 (1)** |
| 51:8 | **10:44:57 (1)** | 53:14 | **10:47:02 (1)** | 56:5 |
| **10:44:01 (1)** | 52:13 | **10:46:09 (1)** | 54:20 | **10:48:16 (1)** |
| 51:9 | **10:45:00 (1)** | 53:15 | **10:47:05 (1)** | 56:6 |
| **10:44:03 (1)** | 52:14 | **10:46:10 (1)** | 54:21 | **10:48:19 (1)** |
| 51:10 | **10:45:02 (1)** | 53:16 | **10:47:07 (1)** | 56:7 |
| **10:44:06 (1)** | 52:15 | **10:46:14 (1)** | 54:22 | **10:48:21 (1)** |
| 51:11 | **10:45:04 (1)** | 53:17 | **10:47:09 (1)** | 56:8 |
| **10:44:09 (1)** | 52:16 | **10:46:16 (1)** | 54:23 | **10:48:22 (1)** |
| 51:12 | **10:45:06 (1)** | 53:18 | **10:47:11 (1)** | 56:9 |
| **10:44:10 (1)** | 52:17 | **10:46:19 (3)** | 54:24 | **10:48:23 (1)** |
| 51:13 | **10:45:07 (1)** | 53:19,20,21 | **10:47:12 (3)** | 56:10 |
| **10:44:11 (1)** | 52:18 | **10:46:22 (1)** | 54:25 55:2,3 | **10:48:25 (1)** |
| 51:14 | **10:45:09 (1)** | 53:22 | **10:47:13 (1)** | 56:11 |
| **10:44:12 (1)** | 52:19 | **10:46:25 (1)** | 55:4 | **10:48:26 (1)** |
| 51:15 | **10:45:10 (1)** | 53:23 | **10:47:15 (1)** | 56:12 |
| **10:44:15 (1)** | 52:20 | **10:46:27 (1)** | 55:5 | **10:48:27 (1)** |
| 51:16 | **10:45:11 (1)** | 53:24 | **10:47:16 (2)** | 56:13 |
| **10:44:17 (2)** | 52:21 | **10:46:29 (1)** | 55:6,7 | **10:48:29 (1)** |
| 51:17,18 | **10:45:12 (1)** | 53:25 | **10:47:20 (1)** | 56:14 |
| **10:44:19 (1)** | 52:22 | **10:46:30 (1)** | 55:8 | **10:48:31 (1)** |
| 51:19 | **10:45:13 (1)** | 54:2 | **10:47:25 (1)** | 56:15 |
| **10:44:20 (1)** | 52:23 | **10:46:31 (1)** | 55:9 | **10:48:32 (1)** |
| 51:20 | **10:45:17 (1)** | 54:3 | **10:47:27 (1)** | 56:16 |
| **10:44:21 (1)** | 52:24 | **10:46:34 (1)** | 55:10 | **10:48:33 (1)** |
| 51:21 | **10:45:20 (1)** | 54:4 | **10:47:28 (1)** | 56:17 |
| **10:44:24 (1)** | 52:25 | **10:46:36 (1)** | 55:11 | **10:48:36 (1)** |
| 51:22 | **10:45:21 (1)** | 54:5 | **10:47:30 (2)** | 56:18 |
| **10:44:26 (2)** | 53:2 | **10:46:38 (1)** | 55:12,13 | **10:48:37 (1)** |
| 51:23,24 | **10:45:25 (1)** | 54:6 | **10:47:31 (1)** | 56:19 |
| **10:44:30 (1)** | 53:3 | **10:46:39 (1)** | 55:14 | **10:48:39 (1)** |
| 51:25 | **10:45:27 (1)** | 54:7 | **10:47:45 (1)** | 56:20 |
| **10:44:31 (1)** | 53:4 | **10:46:41 (1)** | 55:15 | **10:48:43 (1)** |
| 52:2 | **10:45:29 (1)** | 54:8 | **10:47:54 (2)** | 56:21 |
| **10:44:33 (1)** | 53:5 | **10:46:43 (1)** | 55:16,17 | **10:48:45 (1)** |
| 52:3 | **10:45:30 (1)** | 54:9 | **10:47:59 (2)** | 56:22 |

| | | | | |
|---|---|---|---|---|
| **10:48:47 (1)** | 58:3 | **10:51:07 (1)** | 60:13 | **10:53:24 (1)** |
| 56:23 | **10:50:03 (1)** | 59:10 | **10:52:19 (1)** | 61:16 |
| **10:48:49 (1)** | 58:4 | **10:51:08 (1)** | 60:14 | **10:53:26 (1)** |
| 56:24 | **10:50:04 (1)** | 59:11 | **10:52:22 (1)** | 61:17 |
| **10:48:50 (1)** | 58:5 | **10:51:11 (1)** | 60:15 | **10:53:29 (1)** |
| 56:25 | **10:50:06 (1)** | 59:12 | **10:52:24 (1)** | 61:18 |
| **10:48:52 (1)** | 58:6 | **10:51:13 (1)** | 60:16 | **10:53:37 (1)** |
| 57:2 | **10:50:08 (1)** | 59:13 | **10:52:25 (1)** | 61:19 |
| **10:48:54 (1)** | 58:7 | **10:51:21 (1)** | 60:17 | **10:53:39 (1)** |
| 57:3 | **10:50:09 (1)** | 59:14 | **10:52:27 (1)** | 61:20 |
| **10:48:56 (2)** | 58:8 | **10:51:22 (1)** | 60:18 | **10:53:43 (1)** |
| 57:4,5 | **10:50:16 (1)** | 59:15 | **10:52:29 (1)** | 61:21 |
| **10:48:58 (1)** | 58:9 | **10:51:24 (1)** | 60:19 | **10:53:46 (1)** |
| 57:6 | **10:50:17 (1)** | 59:16 | **10:52:36 (1)** | 61:22 |
| **10:48:59 (1)** | 58:10 | **10:51:25 (1)** | 60:20 | **10:53:47 (1)** |
| 57:7 | **10:50:22 (1)** | 59:17 | **10:52:37 (1)** | 61:23 |
| **10:49:02 (2)** | 58:11 | **10:51:26 (1)** | 60:21 | **10:53:48 (1)** |
| 57:8,9 | **10:50:25 (2)** | 59:18 | **10:52:40 (1)** | 61:24 |
| **10:49:03 (1)** | 58:12,13 | **10:51:32 (1)** | 60:22 | **10:53:50 (1)** |
| 57:10 | **10:50:30 (1)** | 59:19 | **10:52:41 (2)** | 61:25 |
| **10:49:07 (1)** | 58:14 | **10:51:34 (1)** | 60:23,24 | **10:53:51 (1)** |
| 57:11 | **10:50:32 (1)** | 59:20 | **10:52:42 (1)** | 62:2 |
| **10:49:08 (1)** | 58:15 | **10:51:40 (1)** | 60:25 | **10:53:53 (1)** |
| 57:12 | **10:50:38 (1)** | 59:21 | **10:52:50 (1)** | 62:3 |
| **10:49:09 (1)** | 58:16 | **10:51:44 (1)** | 61:2 | **10:53:54 (1)** |
| 57:13 | **10:50:39 (2)** | 59:22 | **10:52:55 (1)** | 62:4 |
| **10:49:11 (2)** | 58:17,18 | **10:51:45 (1)** | 61:3 | **10:53:55 (1)** |
| 57:14,15 | **10:50:42 (1)** | 59:23 | **10:52:57 (1)** | 62:5 |
| **10:49:14 (1)** | 58:19 | **10:51:46 (1)** | 61:4 | **10:53:56 (1)** |
| 57:16 | **10:50:44 (1)** | 59:24 | **10:53:00 (1)** | 62:6 |
| **10:49:15 (1)** | 58:20 | **10:51:52 (1)** | 61:5 | **10:53:58 (1)** |
| 57:17 | **10:50:46 (1)** | 59:25 | **10:53:05 (1)** | 62:7 |
| **10:49:16 (1)** | 58:21 | **10:51:54 (1)** | 61:6 | **10:53:59 (1)** |
| 57:18 | **10:50:47 (1)** | 60:2 | **10:53:06 (1)** | 62:8 |
| **10:49:18 (1)** | 58:22 | **10:51:57 (1)** | 61:7 | **10:54:01 (2)** |
| 57:19 | **10:50:49 (1)** | 60:3 | **10:53:07 (1)** | 62:9,10 |
| **10:49:19 (1)** | 58:23 | **10:52:02 (1)** | 61:8 | **10:54:02 (1)** |
| 57:20 | **10:50:51 (1)** | 60:4 | **10:53:10 (1)** | 62:11 |
| **10:49:25 (1)** | 58:24 | **10:52:04 (1)** | 61:9 | **10:54:04 (1)** |
| 57:21 | **10:50:52 (1)** | 60:5 | **10:53:11 (1)** | 62:12 |
| **10:49:29 (1)** | 58:25 | **10:52:07 (1)** | 61:10 | **10:54:06 (1)** |
| 57:22 | **10:50:54 (2)** | 60:6 | **10:53:12 (1)** | 62:13 |
| **10:49:30 (1)** | 59:2,3 | **10:52:09 (2)** | 61:11 | **10:54:07 (1)** |
| 57:23 | **10:50:56 (2)** | 60:7,8 | **10:53:13 (1)** | 62:14 |
| **10:49:35 (1)** | 59:4,5 | **10:52:11 (2)** | 61:12 | **10:54:08 (1)** |
| 57:24 | **10:51:00 (1)** | 60:9,10 | **10:53:18 (1)** | 62:15 |
| **10:49:36 (1)** | 59:6 | **10:52:14 (1)** | 61:13 | **10:54:09 (1)** |
| 57:25 | **10:51:04 (2)** | 60:11 | **10:53:21 (1)** | 62:16 |
| **10:49:38 (1)** | 59:7,8 | **10:52:16 (1)** | 61:14 | **10:54:16 (1)** |
| 58:2 | **10:51:05 (1)** | 60:12 | **10:53:22 (1)** | 62:17 |
| **10:50:01 (1)** | 59:9 | **10:52:18 (1)** | 61:15 | **10:54:19 (1)** |

62:18
**10:54:21 (1)**
62:19
**10:54:22 (1)**
62:20
**10:54:23 (1)**
62:21
**10:54:26 (1)**
62:22
**10:54:28 (1)**
62:23
**10:54:29 (1)**
62:24
**10:54:35 (1)**
62:25
**10:54:36 (1)**
63:2
**10:54:38 (1)**
63:3
**10:54:40 (1)**
63:4
**10:54:43 (1)**
63:5
**10:54:46 (1)**
63:6
**10:54:49 (2)**
63:7,8
**10:54:50 (2)**
63:9,10
**10:54:52 (1)**
63:11
**10:54:54 (1)**
63:12
**10:54:56 (1)**
63:13
**10:55:03 (1)**
63:14
**10:55:07 (1)**
63:15
**10:55:09 (2)**
63:16,17
**10:55:15 (1)**
63:18
**10:55:16 (1)**
63:19
**10:55:17 (1)**
63:20
**10:55:18 (1)**
63:21
**10:55:27 (1)**
63:22

**10:55:29 (1)**
63:23
**10:55:30 (1)**
63:24
**10:55:31 (1)**
63:25
**10:55:36 (1)**
64:2
**10:55:41 (1)**
64:3
**10:55:43 (1)**
64:4
**10:55:44 (1)**
64:5
**10:55:45 (1)**
64:6
**10:55:46 (1)**
64:7
**10:55:49 (1)**
64:8
**10:55:50 (1)**
64:9
**10:55:53 (1)**
64:10
**10:55:58 (1)**
64:11
**10:56:01 (2)**
64:12,13
**10:56:08 (1)**
64:14
**10:56:09 (1)**
64:15
**10:56:16 (1)**
64:16
**10:56:20 (1)**
64:17
**10:56:23 (1)**
64:18
**10:56:24 (1)**
64:19
**10:56:25 (1)**
64:20
**10:56:26 (1)**
64:21
**10:56:27 (1)**
64:22
**10:56:37 (1)**
64:23
**10:56:39 (1)**
64:24
**10:56:42 (2)**

64:25 65:2
**10:56:43 (1)**
65:3
**10:56:50 (1)**
65:4
**10:56:51 (1)**
65:5
**10:56:52 (1)**
65:6
**10:56:54 (1)**
65:7
**10:56:57 (1)**
65:8
**10:57:08 (1)**
65:9
**10:57:12 (1)**
65:10
**10:57:28 (1)**
65:11
**10:57:30 (1)**
65:12
**10:57:32 (1)**
65:13
**10:57:35 (1)**
65:14
**10:57:38 (1)**
65:15
**10:57:40 (1)**
65:16
**10:57:48 (1)**
65:17
**10:57:49 (1)**
65:18
**10:57:52 (1)**
65:19
**10:57:55 (2)**
65:20,21
**10:58:00 (1)**
65:22
**10:58:04 (1)**
65:23
**10:58:06 (1)**
65:24
**10:58:09 (1)**
65:25
**10:58:12 (1)**
66:2
**10:58:14 (1)**
66:3
**10:58:19 (1)**
66:4

**10:58:22 (1)**
66:5
**10:58:25 (1)**
66:6
**10:58:27 (1)**
66:7
**10:58:28 (1)**
66:8
**10:58:30 (1)**
66:9
**10:58:33 (1)**
66:10
**10:58:37 (1)**
66:11
**10:58:39 (1)**
66:12
**10:58:41 (1)**
66:13
**10:58:42 (1)**
66:14
**10:58:46 (1)**
66:15
**10:58:47 (1)**
66:16
**10:58:49 (1)**
66:17
**10:58:51 (1)**
66:18
**10:58:55 (1)**
66:19
**10:58:58 (1)**
66:20
**10:58:59 (1)**
66:21
**10:59:03 (1)**
66:22
**10:59:05 (1)**
66:23
**10:59:07 (1)**
66:24
**10:59:08 (1)**
66:25
**10:59:15 (1)**
67:2
**10:59:18 (1)**
67:3
**10:59:20 (2)**
67:4,5
**10:59:21 (1)**
67:6
**10:59:28 (1)**

67:7
**10:59:31 (1)**
67:8
**10:59:32 (1)**
67:9
**10:59:35 (1)**
67:10
**10:59:37 (1)**
67:11
**10:59:38 (1)**
67:12
**10:59:39 (1)**
67:13
**10:59:40 (1)**
67:14
**10:59:41 (1)**
67:15
**10:59:43 (2)**
67:16,17
**10:59:46 (1)**
67:18
**10:59:47 (1)**
67:19
**10:59:49 (1)**
67:20
**10:59:51 (1)**
67:21
**10:59:54 (1)**
67:22
**10:59:56 (1)**
67:23
**10:59:57 (1)**
67:24
**10:59:59 (1)**
67:25
**100 (1)**
9:10
**10003 (1)**
3:7
**10182 (1)**
303:11
**10184 (1)**
303:11
**10523 (1)**
4:8
**107 (1)**
328:16
**11 (9)**
168:21 202:23 207:20
207:24 208:14,19
208:21 210:9

| | | | | |
|---|---|---|---|---|
| 329:12 | **11:00:58 (1)** | 70:8 | **11:03:23 (1)** | 72:16 |
| **11th (1)** | 69:7 | **11:02:06 (1)** | 71:12 | **11:04:34 (1)** |
| 83:22 | **11:01:02 (1)** | 70:9 | **11:03:24 (1)** | 72:17 |
| **11:00:00 (1)** | 69:8 | **11:02:08 (1)** | 71:13 | **11:04:38 (1)** |
| 68:2 | **11:01:03 (1)** | 70:10 | **11:03:29 (1)** | 72:18 |
| **11:00:01 (1)** | 69:9 | **11:02:11 (1)** | 71:14 | **11:04:40 (1)** |
| 68:3 | **11:01:05 (1)** | 70:11 | **11:03:30 (1)** | 72:19 |
| **11:00:04 (2)** | 69:10 | **11:02:18 (1)** | 71:15 | **11:04:41 (1)** |
| 68:4,5 | **11:01:08 (1)** | 70:12 | **11:03:31 (1)** | 72:20 |
| **11:00:07 (1)** | 69:11 | **11:02:23 (1)** | 71:16 | **11:04:42 (1)** |
| 68:6 | **11:01:12 (1)** | 70:13 | **11:03:33 (1)** | 72:21 |
| **11:00:09 (1)** | 69:12 | **11:02:26 (1)** | 71:17 | **11:04:48 (1)** |
| 68:7 | **11:01:14 (1)** | 70:14 | **11:03:36 (1)** | 72:22 |
| **11:00:12 (1)** | 69:13 | **11:02:29 (1)** | 71:18 | **11:04:55 (1)** |
| 68:8 | **11:01:16 (1)** | 70:15 | **11:03:37 (1)** | 72:23 |
| **11:00:13 (1)** | 69:14 | **11:02:34 (1)** | 71:19 | **11:04:57 (1)** |
| 68:9 | **11:01:19 (1)** | 70:16 | **11:03:40 (1)** | 72:24 |
| **11:00:14 (1)** | 69:15 | **11:02:36 (1)** | 71:20 | **11:04:59 (1)** |
| 68:10 | **11:01:21 (1)** | 70:17 | **11:03:41 (1)** | 72:25 |
| **11:00:16 (1)** | 69:16 | **11:02:38 (2)** | 71:21 | **11:05:05 (1)** |
| 68:11 | **11:01:24 (1)** | 70:18,19 | **11:03:43 (1)** | 73:2 |
| **11:00:17 (1)** | 69:17 | **11:02:41 (1)** | 71:22 | **11:05:08 (1)** |
| 68:12 | **11:01:27 (1)** | 70:20 | **11:03:44 (1)** | 73:3 |
| **11:00:19 (2)** | 69:18 | **11:02:42 (1)** | 71:23 | **11:05:10 (1)** |
| 68:13,14 | **11:01:30 (1)** | 70:21 | **11:03:47 (1)** | 73:4 |
| **11:00:22 (1)** | 69:19 | **11:02:43 (1)** | 71:24 | **11:05:13 (1)** |
| 68:15 | **11:01:31 (1)** | 70:22 | **11:03:48 (1)** | 73:5 |
| **11:00:23 (1)** | 69:20 | **11:02:44 (1)** | 71:25 | **11:05:16 (1)** |
| 68:16 | **11:01:33 (1)** | 70:23 | **11:03:49 (1)** | 73:6 |
| **11:00:27 (1)** | 69:21 | **11:02:50 (1)** | 72:2 | **11:05:19 (1)** |
| 68:17 | **11:01:35 (1)** | 70:24 | **11:03:51 (1)** | 73:7 |
| **11:00:32 (3)** | 69:22 | **11:02:56 (1)** | 72:3 | **11:05:21 (1)** |
| 68:18,19,20 | **11:01:37 (1)** | 70:25 | **11:03:53 (2)** | 73:8 |
| **11:00:35 (1)** | 69:23 | **11:02:58 (1)** | 72:4,5 | **11:05:22 (1)** |
| 68:21 | **11:01:39 (1)** | 71:2 | **11:03:58 (1)** | 73:9 |
| **11:00:37 (2)** | 69:24 | **11:03:01 (1)** | 72:6 | **11:05:23 (1)** |
| 68:22,23 | **11:01:41 (1)** | 71:3 | **11:04:02 (1)** | 73:10 |
| **11:00:41 (1)** | 69:25 | **11:03:03 (1)** | 72:7 | **11:05:25 (1)** |
| 68:24 | **11:01:43 (1)** | 71:4 | **11:04:04 (2)** | 73:11 |
| **11:00:45 (1)** | 70:2 | **11:03:06 (1)** | 72:8,9 | **11:05:28 (1)** |
| 68:25 | **11:01:49 (1)** | 71:5 | **11:04:06 (2)** | 73:12 |
| **11:00:48 (1)** | 70:3 | **11:03:09 (2)** | 72:10,11 | **11:05:31 (1)** |
| 69:2 | **11:01:51 (1)** | 71:6,7 | **11:04:07 (1)** | 73:13 |
| **11:00:50 (1)** | 70:4 | **11:03:11 (1)** | 72:12 | **11:05:34 (1)** |
| 69:3 | **11:01:54 (1)** | 71:8 | **11:04:10 (1)** | 73:14 |
| **11:00:52 (1)** | 70:5 | **11:03:13 (1)** | 72:13 | **11:05:36 (1)** |
| 69:4 | **11:01:55 (1)** | 71:9 | **11:04:14 (1)** | 73:15 |
| **11:00:55 (1)** | 70:6 | **11:03:17 (1)** | 72:14 | **11:05:38 (1)** |
| 69:5 | **11:01:58 (1)** | 71:10 | **11:04:28 (1)** | 73:16 |
| **11:00:56 (1)** | 70:7 | **11:03:19 (1)** | 72:15 | **11:05:40 (1)** |
| 69:6 | **11:02:00 (1)** | 71:11 | **11:04:31 (1)** | 73:17 |

**11:05:43 (1)**
73:18
**11:05:45 (1)**
73:19
**11:05:48 (1)**
73:20
**11:05:49 (1)**
73:21
**11:05:50 (1)**
73:22
**11:05:52 (1)**
73:23
**11:05:54 (1)**
73:24
**11:05:55 (2)**
73:25 74:2
**11:05:56 (1)**
74:3
**11:05:57 (1)**
74:4
**11:05:59 (2)**
74:5,6
**11:06:01 (1)**
74:7
**11:06:04 (1)**
74:8
**11:06:07 (1)**
74:9
**11:06:09 (1)**
74:10
**11:06:11 (1)**
74:11
**11:06:16 (1)**
74:12
**11:06:18 (1)**
74:13
**11:06:21 (1)**
74:14
**11:06:23 (1)**
74:15
**11:06:26 (1)**
74:16
**11:06:29 (1)**
74:17
**11:06:31 (1)**
74:18
**11:06:36 (1)**
74:19
**11:06:39 (1)**
74:20
**11:06:41 (1)**

74:21
**11:06:42 (1)**
74:22
**11:06:50 (1)**
74:23
**11:06:54 (1)**
74:24
**11:06:56 (1)**
74:25
**11:06:59 (1)**
75:2
**11:07:00 (1)**
75:3
**11:07:02 (1)**
75:4
**11:07:05 (2)**
75:5,6
**11:07:07 (1)**
75:7
**11:07:09 (1)**
75:8
**11:07:10 (1)**
75:9
**11:07:14 (3)**
75:10,11,12
**11:07:15 (1)**
75:13
**11:07:16 (1)**
75:14
**11:07:17 (1)**
75:15
**11:07:22 (1)**
75:16
**11:07:25 (1)**
75:17
**11:07:26 (2)**
75:18,19
**11:07:28 (1)**
75:20
**11:07:30 (1)**
75:21
**11:07:31 (3)**
75:22,23,24
**11:07:34 (1)**
75:25
**11:07:36 (1)**
76:2
**11:07:38 (1)**
76:3
**11:07:40 (1)**
76:4

**11:07:43 (1)**
76:5
**11:07:44 (1)**
76:6
**11:07:45 (2)**
76:7,8
**11:07:47 (1)**
76:9
**11:07:49 (1)**
76:10
**11:07:50 (3)**
76:11,12,13
**11:07:52 (1)**
76:14
**11:07:53 (1)**
76:15
**11:07:54 (1)**
76:16
**11:07:56 (1)**
76:17
**11:07:58 (1)**
76:18
**11:08:00 (1)**
76:19
**11:08:02 (1)**
76:20
**11:08:05 (1)**
76:21
**11:08:08 (1)**
76:22
**11:08:09 (1)**
76:23
**11:08:11 (2)**
76:24,25
**11:08:13 (1)**
77:2
**11:08:15 (1)**
77:3
**11:08:17 (1)**
77:4
**11:08:19 (1)**
77:5
**11:08:21 (1)**
77:6
**11:08:23 (1)**
77:7
**11:08:25 (1)**
77:8
**11:08:27 (1)**
77:9
**11:08:29 (1)**

77:10
**11:08:31 (1)**
77:11
**11:08:33 (1)**
77:12
**11:08:34 (1)**
77:13
**11:08:36 (1)**
77:14
**11:08:39 (1)**
77:15
**11:08:41 (1)**
77:16
**11:08:44 (1)**
77:17
**11:08:45 (1)**
77:18
**11:08:47 (2)**
77:19,20
**11:08:48 (1)**
77:21
**11:08:51 (1)**
77:22
**11:08:54 (1)**
77:23
**11:08:56 (1)**
77:24
**11:08:57 (1)**
77:25
**11:08:59 (1)**
78:2
**11:09:07 (1)**
78:3
**11:09:12 (1)**
78:4
**11:09:15 (2)**
78:5,6
**11:09:18 (1)**
78:7
**11:09:21 (1)**
78:8
**11:09:24 (1)**
78:9
**11:09:27 (1)**
78:10
**11:09:30 (1)**
78:11
**11:09:31 (1)**
78:12
**11:09:33 (1)**
78:13

**11:09:37 (1)**
78:14
**11:09:39 (1)**
78:15
**11:09:40 (1)**
78:16
**11:09:43 (2)**
78:17,18
**11:09:45 (1)**
78:19
**11:09:46 (1)**
78:20
**11:09:47 (1)**
78:21
**11:09:50 (1)**
78:22
**11:09:52 (1)**
78:23
**11:09:54 (1)**
78:24
**11:10:07 (1)**
78:25
**11:10:12 (1)**
79:2
**11:10:14 (1)**
79:3
**11:10:15 (2)**
79:4,5
**11:10:18 (2)**
79:6,7
**11:10:20 (1)**
79:8
**11:10:23 (1)**
79:9
**11:10:25 (1)**
79:10
**11:10:26 (1)**
79:11
**11:10:27 (2)**
79:12,13
**11:10:28 (1)**
79:14
**11:10:29 (1)**
79:15
**11:10:30 (1)**
79:16
**11:10:33 (2)**
79:17,18
**11:10:34 (1)**
79:19
**11:10:42 (1)**

| | | | | |
|---|---|---|---|---|
| 79:20 | 11:15:08 (1) | 82:3 | 11:16:48 (1) | 84:7 |
| 11:10:43 (1) | 80:23 | 11:16:02 (1) | 83:5 | 11:17:52 (1) |
| 79:21 | 11:15:10 (1) | 82:4 | 11:16:50 (1) | 84:8 |
| 11:10:46 (2) | 80:24 | 11:16:03 (1) | 83:6 | 11:17:55 (1) |
| 79:22,23 | 11:15:13 (1) | 82:5 | 11:16:53 (1) | 84:9 |
| 11:10:54 (1) | 80:25 | 11:16:05 (1) | 83:7 | 11:18:00 (1) |
| 79:24 | 11:15:15 (1) | 82:6 | 11:16:55 (1) | 84:10 |
| 11:10:55 (1) | 81:2 | 11:16:08 (1) | 83:8 | 11:18:02 (1) |
| 79:25 | 11:15:16 (1) | 82:7 | 11:16:58 (1) | 84:11 |
| 11:10:59 (1) | 81:3 | 11:16:10 (1) | 83:9 | 11:18:04 (1) |
| 80:2 | 11:15:17 (1) | 82:8 | 11:16:59 (1) | 84:12 |
| 11:11:04 (1) | 81:4 | 11:16:13 (1) | 83:10 | 11:18:06 (1) |
| 80:3 | 11:15:18 (1) | 82:9 | 11:17:01 (1) | 84:13 |
| 11:11:06 (1) | 81:5 | 11:16:15 (1) | 83:11 | 11:18:07 (1) |
| 80:4 | 11:15:24 (1) | 82:10 | 11:17:03 (2) | 84:14 |
| 11:11:08 (1) | 81:6 | 11:16:16 (1) | 83:12,13 | 11:18:08 (1) |
| 80:5 | 11:15:27 (4) | 82:11 | 11:17:04 (1) | 84:15 |
| 11:11:11 (1) | 81:7,8,9,10 | 11:16:17 (1) | 83:14 | 11:18:14 (1) |
| 80:6 | 11:15:30 (1) | 82:12 | 11:17:06 (1) | 84:16 |
| 11:11:12 (1) | 81:11 | 11:16:19 (1) | 83:15 | 11:18:16 (1) |
| 80:7 | 11:15:32 (1) | 82:13 | 11:17:08 (1) | 84:17 |
| 11:11:19 (1) | 81:12 | 11:16:22 (1) | 83:16 | 11:18:18 (1) |
| 80:8 | 11:15:34 (1) | 82:14 | 11:17:10 (1) | 84:18 |
| 11:11:21 (1) | 81:13 | 11:16:24 (1) | 83:17 | 11:18:19 (1) |
| 80:9 | 11:15:37 (1) | 82:15 | 11:17:14 (1) | 84:19 |
| 11:11:23 (1) | 81:14 | 11:16:25 (1) | 83:18 | 11:18:20 (1) |
| 80:10 | 11:15:39 (1) | 82:16 | 11:17:16 (1) | 84:20 |
| 11:12:03 (1) | 81:15 | 11:16:26 (1) | 83:19 | 11:18:21 (1) |
| 80:11 | 11:15:41 (1) | 82:17 | 11:17:19 (1) | 84:21 |
| 11:12:05 (1) | 81:16 | 11:16:27 (1) | 83:20 | 11:18:23 (2) |
| 80:12 | 11:15:43 (1) | 82:18 | 11:17:22 (1) | 84:22,23 |
| 11:12:08 (1) | 81:17 | 11:16:28 (1) | 83:21 | 11:18:33 (2) |
| 80:13 | 11:15:45 (1) | 82:19 | 11:17:25 (1) | 84:24,25 |
| 11:12:58 (1) | 81:18 | 11:16:30 (1) | 83:22 | 11:18:36 (1) |
| 80:14 | 11:15:46 (1) | 82:20 | 11:17:29 (1) | 85:2 |
| 11:13:55 (1) | 81:19 | 11:16:33 (1) | 83:23 | 11:18:39 (1) |
| 80:15 | 11:15:47 (1) | 82:21 | 11:17:31 (1) | 85:3 |
| 11:14:58 (1) | 81:20 | 11:16:34 (1) | 83:24 | 11:18:42 (1) |
| 80:16 | 11:15:49 (1) | 82:22 | 11:17:34 (1) | 85:4 |
| 11:14:59 (1) | 81:21 | 11:16:36 (1) | 83:25 | 11:18:46 (1) |
| 80:17 | 11:15:50 (1) | 82:23 | 11:17:37 (1) | 85:5 |
| 11:15:01 (1) | 81:22 | 11:16:37 (1) | 84:2 | 11:18:49 (1) |
| 80:18 | 11:15:51 (1) | 82:24 | 11:17:40 (1) | 85:6 |
| 11:15:02 (1) | 81:23 | 11:16:40 (1) | 84:3 | 11:18:50 (1) |
| 80:19 | 11:15:53 (1) | 82:25 | 11:17:47 (1) | 85:7 |
| 11:15:05 (1) | 81:24 | 11:16:41 (1) | 84:4 | 11:18:52 (1) |
| 80:20 | 11:15:56 (1) | 83:2 | 11:17:49 (1) | 85:8 |
| 11:15:06 (1) | 81:25 | 11:16:43 (1) | 84:5 | 11:18:56 (1) |
| 80:21 | 11:15:58 (1) | 83:3 | 11:17:50 (1) | 85:9 |
| 11:15:07 (1) | 82:2 | 11:16:45 (1) | 84:6 | 11:18:58 (1) |
| 80:22 | 11:15:59 (1) | 83:4 | 11:17:51 (1) | 85:10 |

| | | | | |
|---|---|---|---|---|
| **11:19:02 (1)** | 86:16 | **11:21:00 (1)** | 88:24 | **11:22:51 (1)** |
| 85:11 | **11:20:10 (1)** | 87:22 | **11:21:53 (1)** | 90:4 |
| **11:19:03 (2)** | 86:17 | **11:21:04 (1)** | 88:25 | **11:22:53 (1)** |
| 85:12,13 | **11:20:13 (3)** | 87:23 | **11:21:54 (1)** | 90:5 |
| **11:19:06 (1)** | 86:18,19,20 | **11:21:07 (1)** | 89:2 | **11:22:55 (1)** |
| 85:14 | **11:20:14 (2)** | 87:24 | **11:21:56 (1)** | 90:6 |
| **11:19:07 (1)** | 86:21,22 | **11:21:11 (1)** | 89:3 | **11:22:56 (1)** |
| 85:15 | **11:20:17 (1)** | 87:25 | **11:21:57 (2)** | 90:7 |
| **11:19:13 (1)** | 86:23 | **11:21:14 (1)** | 89:4,5 | **11:22:57 (2)** |
| 85:16 | **11:20:18 (1)** | 88:2 | **11:21:59 (1)** | 90:8,9 |
| **11:19:14 (1)** | 86:24 | **11:21:16 (1)** | 89:6 | **11:22:59 (1)** |
| 85:17 | **11:20:20 (1)** | 88:3 | **11:22:01 (1)** | 90:10 |
| **11:19:17 (1)** | 86:25 | **11:21:18 (1)** | 89:7 | **11:23:03 (1)** |
| 85:18 | **11:20:21 (1)** | 88:4 | **11:22:03 (1)** | 90:11 |
| **11:19:20 (2)** | 87:2 | **11:21:19 (1)** | 89:8 | **11:23:04 (1)** |
| 85:19,20 | **11:20:24 (1)** | 88:5 | **11:22:04 (1)** | 90:12 |
| **11:19:21 (1)** | 87:3 | **11:21:22 (1)** | 89:9 | **11:23:07 (1)** |
| 85:21 | **11:20:28 (1)** | 88:6 | **11:22:06 (1)** | 90:13 |
| **11:19:27 (1)** | 87:4 | **11:21:24 (1)** | 89:10 | **11:23:09 (1)** |
| 85:22 | **11:20:30 (1)** | 88:7 | **11:22:09 (2)** | 90:14 |
| **11:19:30 (1)** | 87:5 | **11:21:25 (1)** | 89:11,12 | **11:23:11 (1)** |
| 85:23 | **11:20:31 (1)** | 88:8 | **11:22:11 (1)** | 90:15 |
| **11:19:33 (1)** | 87:6 | **11:21:26 (1)** | 89:13 | **11:23:13 (1)** |
| 85:24 | **11:20:33 (1)** | 88:9 | **11:22:14 (1)** | 90:16 |
| **11:19:35 (2)** | 87:7 | **11:21:27 (1)** | 89:14 | **11:23:16 (2)** |
| 85:25 86:2 | **11:20:34 (1)** | 88:10 | **11:22:16 (1)** | 90:17,18 |
| **11:19:36 (1)** | 87:8 | **11:21:28 (1)** | 89:15 | **11:23:18 (1)** |
| 86:3 | **11:20:35 (1)** | 88:11 | **11:22:20 (1)** | 90:19 |
| **11:19:39 (1)** | 87:9 | **11:21:29 (1)** | 89:16 | **11:23:20 (1)** |
| 86:4 | **11:20:38 (1)** | 88:12 | **11:22:22 (1)** | 90:20 |
| **11:19:40 (1)** | 87:10 | **11:21:31 (2)** | 89:17 | **11:23:21 (1)** |
| 86:5 | **11:20:42 (1)** | 88:13,14 | **11:22:23 (1)** | 90:21 |
| **11:19:44 (1)** | 87:11 | **11:21:34 (1)** | 89:18 | **11:23:23 (1)** |
| 86:6 | **11:20:43 (1)** | 88:15 | **11:22:27 (1)** | 90:22 |
| **11:19:47 (1)** | 87:12 | **11:21:36 (1)** | 89:19 | **11:23:26 (1)** |
| 86:7 | **11:20:46 (1)** | 88:16 | **11:22:28 (1)** | 90:23 |
| **11:19:49 (1)** | 87:13 | **11:21:38 (1)** | 89:20 | **11:23:28 (1)** |
| 86:8 | **11:20:47 (1)** | 88:17 | **11:22:30 (1)** | 90:24 |
| **11:19:50 (1)** | 87:14 | **11:21:42 (1)** | 89:21 | **11:23:29 (1)** |
| 86:9 | **11:20:48 (1)** | 88:18 | **11:22:31 (1)** | 90:25 |
| **11:19:52 (1)** | 87:15 | **11:21:44 (1)** | 89:22 | **11:23:30 (2)** |
| 86:10 | **11:20:51 (2)** | 88:19 | **11:22:35 (1)** | 91:2,3 |
| **11:19:54 (1)** | 87:16,17 | **11:21:46 (1)** | 89:23 | **11:23:31 (1)** |
| 86:11 | **11:20:53 (1)** | 88:20 | **11:22:37 (1)** | 91:4 |
| **11:19:55 (1)** | 87:18 | **11:21:47 (1)** | 89:24 | **11:23:33 (2)** |
| 86:12 | **11:20:54 (1)** | 88:21 | **11:22:40 (1)** | 91:5,6 |
| **11:19:57 (2)** | 87:19 | **11:21:49 (1)** | 89:25 | **11:23:34 (1)** |
| 86:13,14 | **11:20:55 (1)** | 88:22 | **11:22:42 (1)** | 91:7 |
| **11:20:05 (1)** | 87:20 | **11:21:50 (1)** | 90:2 | **11:23:35 (1)** |
| 86:15 | **11:20:57 (1)** | 88:23 | **11:22:47 (1)** | 91:8 |
| **11:20:09 (1)** | 87:21 | **11:21:51 (1)** | 90:3 | **11:23:41 (1)** |

| | | | | |
|---|---|---|---|---|
| 91:9 | **11:34:46 (1)** | 93:16 | **11:36:27 (1)** | 95:22,23 |
| **11:23:43 (1)** | 92:14 | **11:35:38 (1)** | 94:20 | **11:37:24 (1)** |
| 91:10 | **11:34:48 (1)** | 93:17 | **11:36:29 (1)** | 95:24 |
| **11:23:45 (1)** | 92:15 | **11:35:39 (1)** | 94:21 | **11:37:27 (1)** |
| 91:11 | **11:34:50 (1)** | 93:18 | **11:36:30 (1)** | 95:25 |
| **11:23:46 (1)** | 92:16 | **11:35:40 (1)** | 94:22 | **11:37:29 (1)** |
| 91:12 | **11:34:53 (1)** | 93:19 | **11:36:33 (1)** | 96:2 |
| **11:23:49 (1)** | 92:17 | **11:35:42 (1)** | 94:23 | **11:37:31 (1)** |
| 91:13 | **11:34:55 (1)** | 93:20 | **11:36:34 (1)** | 96:3 |
| **11:23:50 (1)** | 92:18 | **11:35:43 (1)** | 94:24 | **11:37:33 (1)** |
| 91:14 | **11:34:56 (1)** | 93:21 | **11:36:35 (1)** | 96:4 |
| **11:23:53 (1)** | 92:19 | **11:35:45 (1)** | 94:25 | **11:37:35 (1)** |
| 91:15 | **11:34:59 (1)** | 93:22 | **11:36:38 (1)** | 96:5 |
| **11:23:57 (2)** | 92:20 | **11:35:47 (2)** | 95:2 | **11:37:36 (1)** |
| 91:16,17 | **11:35:01 (1)** | 93:23,24 | **11:36:42 (1)** | 96:6 |
| **11:24 (2)** | 92:21 | **11:35:48 (1)** | 95:3 | **11:37:38 (1)** |
| 91:15,16 | **11:35:03 (1)** | 93:25 | **11:36:43 (1)** | 96:7 |
| **11:33:52 (3)** | 92:22 | **11:35:50 (1)** | 95:4 | **11:37:40 (1)** |
| 91:18,19,20 | **11:35:04 (1)** | 94:2 | **11:36:44 (1)** | 96:8 |
| **11:34 (2)** | 92:23 | **11:35:53 (1)** | 95:5 | **11:37:42 (1)** |
| 91:17,23 | **11:35:05 (1)** | 94:3 | **11:36:46 (1)** | 96:9 |
| **11:34:07 (2)** | 92:24 | **11:35:55 (1)** | 95:6 | **11:37:46 (1)** |
| 91:21,22 | **11:35:07 (1)** | 94:4 | **11:36:49 (1)** | 96:10 |
| **11:34:13 (1)** | 92:25 | **11:35:57 (1)** | 95:7 | **11:37:48 (1)** |
| 91:23 | **11:35:08 (1)** | 94:5 | **11:36:51 (1)** | 96:11 |
| **11:34:16 (1)** | 93:2 | **11:35:58 (1)** | 95:8 | **11:37:51 (1)** |
| 91:24 | **11:35:10 (1)** | 94:6 | **11:36:52 (1)** | 96:12 |
| **11:34:18 (1)** | 93:3 | **11:35:59 (1)** | 95:9 | **11:37:53 (1)** |
| 91:25 | **11:35:11 (1)** | 94:7 | **11:36:55 (2)** | 96:13 |
| **11:34:20 (2)** | 93:4 | **11:36:02 (2)** | 95:10,11 | **11:37:55 (1)** |
| 92:2,3 | **11:35:12 (1)** | 94:8,9 | **11:36:56 (1)** | 96:14 |
| **11:34:22 (1)** | 93:5 | **11:36:04 (1)** | 95:12 | **11:37:57 (1)** |
| 92:4 | **11:35:13 (1)** | 94:10 | **11:36:59 (1)** | 96:15 |
| **11:34:24 (1)** | 93:6 | **11:36:07 (1)** | 95:13 | **11:38:00 (1)** |
| 92:5 | **11:35:14 (1)** | 94:11 | **11:37:01 (1)** | 96:16 |
| **11:34:25 (1)** | 93:7 | **11:36:08 (1)** | 95:14 | **11:38:01 (1)** |
| 92:6 | **11:35:25 (2)** | 94:12 | **11:37:05 (1)** | 96:17 |
| **11:34:28 (1)** | 93:8,9 | **11:36:10 (1)** | 95:15 | **11:38:04 (1)** |
| 92:7 | **11:35:27 (1)** | 94:13 | **11:37:07 (1)** | 96:18 |
| **11:34:30 (1)** | 93:10 | **11:36:14 (1)** | 95:16 | **11:38:07 (1)** |
| 92:8 | **11:35:28 (1)** | 94:14 | **11:37:09 (1)** | 96:19 |
| **11:34:32 (1)** | 93:11 | **11:36:16 (1)** | 95:17 | **11:38:14 (1)** |
| 92:9 | **11:35:29 (1)** | 94:15 | **11:37:11 (1)** | 96:20 |
| **11:34:34 (1)** | 93:12 | **11:36:17 (1)** | 95:18 | **11:38:15 (1)** |
| 92:10 | **11:35:30 (1)** | 94:16 | **11:37:15 (1)** | 96:21 |
| **11:34:36 (1)** | 93:13 | **11:36:18 (1)** | 95:19 | **11:38:18 (1)** |
| 92:11 | **11:35:31 (1)** | 94:17 | **11:37:16 (1)** | 96:22 |
| **11:34:42 (1)** | 93:14 | **11:36:20 (1)** | 95:20 | **11:38:21 (1)** |
| 92:12 | **11:35:33 (1)** | 94:18 | **11:37:19 (1)** | 96:23 |
| **11:34:44 (1)** | 93:15 | **11:36:25 (1)** | 95:21 | **11:38:23 (1)** |
| 92:13 | **11:35:36 (1)** | 94:19 | **11:37:21 (2)** | 96:24 |

| | | | | |
|---|---|---|---|---|
| **11:38:25 (1)** | 98:2 | **11:40:27 (1)** | 100:16 | **11:42:50 (1)** |
| 96:25 | **11:39:21 (2)** | 99:9 | **11:41:38 (1)** | 101:22 |
| **11:38:26 (1)** | 98:3,4 | **11:40:30 (2)** | 100:17 | **11:42:51 (2)** |
| 97:2 | **11:39:22 (1)** | 99:10,11 | **11:41:40 (1)** | 101:23,24 |
| **11:38:27 (1)** | 98:5 | **11:40:33 (1)** | 100:18 | **11:42:53 (1)** |
| 97:3 | **11:39:26 (1)** | 99:12 | **11:41:43 (1)** | 101:25 |
| **11:38:28 (1)** | 98:6 | **11:40:37 (1)** | 100:19 | **11:42:54 (1)** |
| 97:4 | **11:39:27 (1)** | 99:13 | **11:41:45 (1)** | 102:2 |
| **11:38:29 (1)** | 98:7 | **11:40:38 (1)** | 100:20 | **11:42:57 (1)** |
| 97:5 | **11:39:31 (2)** | 99:14 | **11:41:47 (1)** | 102:3 |
| **11:38:31 (1)** | 98:8,9 | **11:40:39 (1)** | 100:21 | **11:42:58 (1)** |
| 97:6 | **11:39:33 (1)** | 99:15 | **11:41:57 (1)** | 102:4 |
| **11:38:34 (1)** | 98:10 | **11:40:43 (1)** | 100:22 | **11:43:00 (1)** |
| 97:7 | **11:39:35 (1)** | 99:16 | **11:42:01 (1)** | 102:5 |
| **11:38:36 (1)** | 98:11 | **11:40:48 (1)** | 100:23 | **11:43:01 (3)** |
| 97:8 | **11:39:37 (1)** | 99:17 | **11:42:02 (1)** | 102:6,7,8 |
| **11:38:37 (1)** | 98:12 | **11:40:52 (3)** | 100:24 | **11:43:03 (1)** |
| 97:9 | **11:39:38 (1)** | 99:18,19,20 | **11:42:04 (1)** | 102:9 |
| **11:38:39 (1)** | 98:13 | **11:40:53 (1)** | 100:25 | **11:43:05 (1)** |
| 97:10 | **11:39:40 (1)** | 99:21 | **11:42:06 (1)** | 102:10 |
| **11:38:41 (1)** | 98:14 | **11:40:55 (1)** | 101:2 | **11:43:07 (1)** |
| 97:11 | **11:39:43 (1)** | 99:22 | **11:42:11 (1)** | 102:11 |
| **11:38:43 (1)** | 98:15 | **11:40:57 (1)** | 101:3 | **11:43:08 (1)** |
| 97:12 | **11:39:48 (2)** | 99:23 | **11:42:12 (1)** | 102:12 |
| **11:38:45 (1)** | 98:16,17 | **11:40:58 (1)** | 101:4 | **11:43:12 (1)** |
| 97:13 | **11:39:52 (1)** | 99:24 | **11:42:16 (1)** | 102:13 |
| **11:38:47 (1)** | 98:18 | **11:40:59 (2)** | 101:5 | **11:43:14 (1)** |
| 97:14 | **11:39:56 (2)** | 99:25 100:2 | **11:42:18 (1)** | 102:14 |
| **11:38:48 (1)** | 98:19,20 | **11:41:00 (1)** | 101:6 | **11:43:16 (1)** |
| 97:15 | **11:39:59 (1)** | 100:3 | **11:42:19 (1)** | 102:15 |
| **11:38:49 (1)** | 98:21 | **11:41:01 (1)** | 101:7 | **11:43:17 (1)** |
| 97:16 | **11:40:01 (1)** | 100:4 | **11:42:20 (1)** | 102:16 |
| **11:38:50 (1)** | 98:22 | **11:41:02 (1)** | 101:8 | **11:43:20 (1)** |
| 97:17 | **11:40:04 (1)** | 100:5 | **11:42:21 (1)** | 102:17 |
| **11:38:53 (1)** | 98:23 | **11:41:05 (2)** | 101:9 | **11:43:21 (1)** |
| 97:18 | **11:40:05 (1)** | 100:6,7 | **11:42:28 (1)** | 102:18 |
| **11:38:55 (1)** | 98:24 | **11:41:08 (1)** | 101:10 | **11:43:32 (1)** |
| 97:19 | **11:40:12 (1)** | 100:8 | **11:42:30 (3)** | 102:19 |
| **11:38:57 (1)** | 98:25 | **11:41:11 (1)** | 101:11,12,13 | **11:43:34 (1)** |
| 97:20 | **11:40:14 (1)** | 100:9 | **11:42:33 (3)** | 102:20 |
| **11:38:59 (1)** | 99:2 | **11:41:15 (1)** | 101:14,15,16 | **11:43:37 (1)** |
| 97:21 | **11:40:18 (2)** | 100:10 | **11:42:34 (1)** | 102:21 |
| **11:39:01 (1)** | 99:3,4 | **11:41:18 (2)** | 101:17 | **11:43:38 (4)** |
| 97:22 | **11:40:19 (1)** | 100:11,12 | **11:42:36 (1)** | 102:22,23,24,25 |
| **11:39:03 (1)** | 99:5 | **11:41:32 (1)** | 101:18 | **11:43:39 (1)** |
| 97:23 | **11:40:20 (1)** | 100:13 | **11:42:43 (1)** | 103:2 |
| **11:39:14 (1)** | 99:6 | **11:41:34 (1)** | 101:19 | **11:43:40 (1)** |
| 97:24 | **11:40:23 (1)** | 100:14 | **11:42:46 (1)** | 103:3 |
| **11:39:18 (1)** | 99:7 | **11:41:36 (1)** | 101:20 | **11:43:41 (1)** |
| 97:25 | **11:40:25 (1)** | 100:15 | **11:42:48 (1)** | 103:4 |
| **11:39:20 (1)** | 99:8 | **11:41:37 (1)** | 101:21 | **11:43:42 (1)** |

| | | | | |
|---|---|---|---|---|
| 103:5 | **11:45:04 (1)** | 105:14 | **11:47:32 (1)** | 107:23 |
| **11:43:43 (1)** | 104:8 | **11:46:24 (1)** | 106:19 | **11:49:15 (5)** |
| 103:6 | **11:45:07 (1)** | 105:15 | **11:47:34 (1)** | 107:24,25 108:2,3,4 |
| **11:43:45 (1)** | 104:9 | **11:46:25 (2)** | 106:20 | **11:49:34 (1)** |
| 103:7 | **11:45:08 (1)** | 105:16,17 | **11:47:36 (1)** | 108:5 |
| **11:43:48 (1)** | 104:10 | **11:46:27 (1)** | 106:21 | **11:49:36 (1)** |
| 103:8 | **11:45:12 (1)** | 105:18 | **11:47:37 (1)** | 108:6 |
| **11:43:49 (2)** | 104:11 | **11:46:30 (1)** | 106:22 | **11:49:38 (1)** |
| 103:9,10 | **11:45:15 (1)** | 105:19 | **11:47:39 (1)** | 108:7 |
| **11:44:02 (1)** | 104:12 | **11:46:33 (2)** | 106:23 | **11:49:39 (2)** |
| 103:11 | **11:45:21 (1)** | 105:20,21 | **11:47:41 (2)** | 108:8,9 |
| **11:44:05 (1)** | 104:13 | **11:46:34 (2)** | 106:24,25 | **11:49:54 (1)** |
| 103:12 | **11:45:24 (2)** | 105:22,23 | **11:47:48 (1)** | 108:10 |
| **11:44:06 (1)** | 104:14,15 | **11:46:38 (1)** | 107:2 | **11:49:55 (1)** |
| 103:13 | **11:45:26 (1)** | 105:24 | **11:47:50 (1)** | 108:11 |
| **11:44:16 (1)** | 104:16 | **11:46:42 (1)** | 107:3 | **11:49:56 (1)** |
| 103:14 | **11:45:28 (1)** | 105:25 | **11:47:53 (1)** | 108:12 |
| **11:44:17 (1)** | 104:17 | **11:46:44 (1)** | 107:4 | **11:49:58 (1)** |
| 103:15 | **11:45:31 (2)** | 106:2 | **11:48:12 (1)** | 108:13 |
| **11:44:26 (1)** | 104:18,19 | **11:46:45 (1)** | 107:5 | **11:50:00 (1)** |
| 103:16 | **11:45:35 (1)** | 106:3 | **11:48:14 (1)** | 108:14 |
| **11:44:28 (1)** | 104:20 | **11:46:51 (1)** | 107:6 | **11:50:05 (1)** |
| 103:17 | **11:45:38 (1)** | 106:4 | **11:48:15 (1)** | 108:15 |
| **11:44:31 (1)** | 104:21 | **11:46:55 (1)** | 107:7 | **11:50:07 (1)** |
| 103:18 | **11:45:39 (1)** | 106:5 | **11:48:18 (1)** | 108:16 |
| **11:44:33 (1)** | 104:22 | **11:46:56 (1)** | 107:8 | **11:50:10 (2)** |
| 103:19 | **11:45:45 (1)** | 106:6 | **11:48:20 (1)** | 108:17,18 |
| **11:44:35 (1)** | 104:23 | **11:46:57 (1)** | 107:9 | **11:50:11 (1)** |
| 103:20 | **11:45:54 (1)** | 106:7 | **11:48:22 (1)** | 108:19 |
| **11:44:36 (1)** | 104:24 | **11:47:00 (1)** | 107:10 | **11:50:13 (1)** |
| 103:21 | **11:45:56 (2)** | 106:8 | **11:48:26 (1)** | 108:20 |
| **11:44:38 (1)** | 104:25 105:2 | **11:47:01 (1)** | 107:11 | **11:50:16 (1)** |
| 103:22 | **11:46:04 (1)** | 106:9 | **11:48:27 (1)** | 108:21 |
| **11:44:42 (1)** | 105:3 | **11:47:02 (1)** | 107:12 | **11:50:18 (1)** |
| 103:23 | **11:46:08 (1)** | 106:10 | **11:48:28 (1)** | 108:22 |
| **11:44:44 (1)** | 105:4 | **11:47:04 (1)** | 107:13 | **11:50:21 (1)** |
| 103:24 | **11:46:10 (2)** | 106:11 | **11:48:29 (2)** | 108:23 |
| **11:44:46 (1)** | 105:5,6 | **11:47:10 (1)** | 107:14,15 | **11:50:26 (1)** |
| 103:25 | **11:46:12 (2)** | 106:12 | **11:48:31 (2)** | 108:24 |
| **11:44:48 (1)** | 105:7,8 | **11:47:12 (1)** | 107:16,17 | **11:50:29 (1)** |
| 104:2 | **11:46:13 (1)** | 106:13 | **11:48:33 (1)** | 108:25 |
| **11:44:49 (1)** | 105:9 | **11:47:13 (1)** | 107:18 | **11:50:30 (2)** |
| 104:3 | **11:46:14 (1)** | 106:14 | **11:48:52 (1)** | 109:2,3 |
| **11:44:52 (1)** | 105:10 | **11:47:14 (1)** | 107:19 | **11:50:31 (1)** |
| 104:4 | **11:46:16 (1)** | 106:15 | **11:48:53 (1)** | 109:4 |
| **11:44:55 (1)** | 105:11 | **11:47:23 (1)** | 107:20 | **11:50:36 (1)** |
| 104:5 | **11:46:18 (1)** | 106:16 | **11:48:54 (1)** | 109:5 |
| **11:44:57 (1)** | 105:12 | **11:47:28 (1)** | 107:21 | **11:50:40 (1)** |
| 104:6 | **11:46:20 (1)** | 106:17 | **11:48:56 (1)** | 109:6 |
| **11:45:01 (1)** | 105:13 | **11:47:31 (1)** | 107:22 | **11:50:42 (1)** |
| 104:7 | **11:46:22 (1)** | 106:18 | **11:48:58 (1)** | 109:7 |

| | | | | |
|---|---|---|---|---|
| **11:50:44 (1)** | 110:12 | **11:52:44 (1)** | 112:19 | **11:54:32 (1)** |
| 109:8 | **11:51:41 (1)** | 111:15 | **11:53:37 (1)** | 113:23 |
| **11:50:46 (1)** | 110:13 | **11:52:46 (1)** | 112:20 | **11:54:35 (1)** |
| 109:9 | **11:51:44 (1)** | 111:16 | **11:53:40 (1)** | 113:24 |
| **11:50:49 (1)** | 110:14 | **11:52:49 (2)** | 112:21 | **11:54:38 (1)** |
| 109:10 | **11:51:45 (1)** | 111:17,18 | **11:53:42 (1)** | 113:25 |
| **11:50:50 (1)** | 110:15 | **11:52:50 (1)** | 112:22 | **11:54:41 (1)** |
| 109:11 | **11:51:46 (1)** | 111:19 | **11:53:43 (1)** | 114:2 |
| **11:50:51 (2)** | 110:16 | **11:52:51 (1)** | 112:23 | **11:54:43 (1)** |
| 109:12,13 | **11:51:48 (2)** | 111:20 | **11:53:46 (1)** | 114:3 |
| **11:50:53 (1)** | 110:17,18 | **11:52:52 (1)** | 112:24 | **11:54:45 (1)** |
| 109:14 | **11:51:51 (1)** | 111:21 | **11:53:47 (3)** | 114:4 |
| **11:50:56 (1)** | 110:19 | **11:52:53 (1)** | 112:25 113:2,3 | **11:54:48 (1)** |
| 109:15 | **11:51:55 (1)** | 111:22 | **11:53:50 (1)** | 114:5 |
| **11:50:58 (1)** | 110:20 | **11:52:55 (1)** | 113:4 | **11:54:49 (2)** |
| 109:16 | **11:51:58 (1)** | 111:23 | **11:53:51 (1)** | 114:6,7 |
| **11:51:01 (1)** | 110:21 | **11:52:56 (1)** | 113:5 | **11:54:52 (1)** |
| 109:17 | **11:51:59 (1)** | 111:24 | **11:53:52 (1)** | 114:8 |
| **11:51:03 (1)** | 110:22 | **11:52:57 (1)** | 113:6 | **11:54:56 (2)** |
| 109:18 | **11:52:00 (1)** | 111:25 | **11:53:53 (1)** | 114:9,10 |
| **11:51:04 (1)** | 110:23 | **11:52:58 (1)** | 113:7 | **11:55:04 (1)** |
| 109:19 | **11:52:01 (1)** | 112:2 | **11:53:55 (1)** | 114:11 |
| **11:51:05 (1)** | 110:24 | **11:53:00 (1)** | 113:8 | **11:55:06 (2)** |
| 109:20 | **11:52:07 (1)** | 112:3 | **11:53:58 (1)** | 114:12,13 |
| **11:51:08 (1)** | 110:25 | **11:53:03 (1)** | 113:9 | **11:55:12 (1)** |
| 109:21 | **11:52:09 (1)** | 112:4 | **11:54:00 (1)** | 114:14 |
| **11:51:10 (1)** | 111:2 | **11:53:07 (1)** | 113:10 | **11:55:13 (1)** |
| 109:22 | **11:52:12 (1)** | 112:5 | **11:54:05 (1)** | 114:15 |
| **11:51:13 (1)** | 111:3 | **11:53:09 (1)** | 113:11 | **11:55:14 (1)** |
| 109:23 | **11:52:14 (1)** | 112:6 | **11:54:07 (1)** | 114:16 |
| **11:51:15 (1)** | 111:4 | **11:53:10 (2)** | 113:12 | **11:55:18 (1)** |
| 109:24 | **11:52:17 (1)** | 112:7,8 | **11:54:12 (1)** | 114:17 |
| **11:51:17 (2)** | 111:5 | **11:53:12 (1)** | 113:13 | **11:55:20 (2)** |
| 109:25 110:2 | **11:52:20 (1)** | 112:9 | **11:54:15 (1)** | 114:18,19 |
| **11:51:18 (1)** | 111:6 | **11:53:13 (1)** | 113:14 | **11:55:23 (1)** |
| 110:3 | **11:52:22 (1)** | 112:10 | **11:54:18 (1)** | 114:20 |
| **11:51:19 (1)** | 111:7 | **11:53:17 (1)** | 113:15 | **11:55:28 (1)** |
| 110:4 | **11:52:27 (1)** | 112:11 | **11:54:19 (1)** | 114:21 |
| **11:51:21 (1)** | 111:8 | **11:53:18 (1)** | 113:16 | **11:55:29 (1)** |
| 110:5 | **11:52:30 (1)** | 112:12 | **11:54:23 (1)** | 114:22 |
| **11:51:24 (2)** | 111:9 | **11:53:20 (2)** | 113:17 | **11:55:30 (1)** |
| 110:6,7 | **11:52:33 (1)** | 112:13,14 | **11:54:25 (1)** | 114:23 |
| **11:51:26 (1)** | 111:10 | **11:53:22 (1)** | 113:18 | **11:55:31 (1)** |
| 110:8 | **11:52:35 (1)** | 112:15 | **11:54:26 (1)** | 114:24 |
| **11:51:29 (1)** | 111:11 | **11:53:27 (1)** | 113:19 | **11:55:34 (1)** |
| 110:9 | **11:52:37 (1)** | 112:16 | **11:54:29 (1)** | 114:25 |
| **11:51:31 (1)** | 111:12 | **11:53:29 (1)** | 113:20 | **11:55:35 (1)** |
| 110:10 | **11:52:40 (1)** | 112:17 | **11:54:30 (1)** | 115:2 |
| **11:51:33 (1)** | 111:13 | **11:53:30 (1)** | 113:21 | **11:55:38 (1)** |
| 110:11 | **11:52:42 (1)** | 112:18 | **11:54:31 (1)** | 115:3 |
| **11:51:39 (1)** | 111:14 | **11:53:33 (1)** | 113:22 | **11:55:40 (1)** |

| | | | | |
|---|---|---|---|---|
| 115:4 | **11:56:37 (2)** | 117:12 | **11:58:36 (1)** | 119:24 |
| **11:55:43 (1)** | 116:6,7 | **11:57:31 (2)** | 118:20 | **11:59:36 (1)** |
| 115:5 | **11:56:40 (1)** | 117:13,14 | **11:58:39 (1)** | 119:25 |
| **11:55:45 (1)** | 116:8 | **11:57:35 (1)** | 118:21 | **11:59:39 (1)** |
| 115:6 | **11:56:41 (1)** | 117:15 | **11:58:41 (1)** | 120:2 |
| **11:55:46 (1)** | 116:9 | **11:57:37 (1)** | 118:22 | **11:59:42 (1)** |
| 115:7 | **11:56:42 (1)** | 117:16 | **11:58:42 (2)** | 120:3 |
| **11:55:48 (1)** | 116:10 | **11:57:39 (1)** | 118:23,24 | **11:59:43 (1)** |
| 115:8 | **11:56:43 (1)** | 117:17 | **11:58:47 (1)** | 120:4 |
| **11:55:51 (1)** | 116:11 | **11:57:42 (1)** | 118:25 | **11:59:45 (1)** |
| 115:9 | **11:56:45 (1)** | 117:18 | **11:58:48 (1)** | 120:5 |
| **11:55:52 (1)** | 116:12 | **11:57:45 (2)** | 119:2 | **11:59:46 (1)** |
| 115:10 | **11:56:47 (1)** | 117:19,20 | **11:58:53 (1)** | 120:6 |
| **11:55:54 (1)** | 116:13 | **11:57:53 (1)** | 119:3 | **11:59:47 (1)** |
| 115:11 | **11:56:51 (1)** | 117:21 | **11:58:55 (1)** | 120:7 |
| **11:55:55 (1)** | 116:14 | **11:57:55 (1)** | 119:4 | **11:59:50 (1)** |
| 115:12 | **11:56:52 (2)** | 117:22 | **11:58:56 (1)** | 120:8 |
| **11:55:57 (1)** | 116:15,16 | **11:57:58 (1)** | 119:5 | **11:59:52 (2)** |
| 115:13 | **11:56:54 (1)** | 117:23 | **11:58:57 (1)** | 120:9,10 |
| **11:55:58 (1)** | 116:17 | **11:57:59 (1)** | 119:6 | **11:59:53 (2)** |
| 115:14 | **11:56:56 (1)** | 117:24 | **11:59:01 (1)** | 120:11,12 |
| **11:56:01 (1)** | 116:18 | **11:58:01 (1)** | 119:7 | **11:59:55 (1)** |
| 115:15 | **11:56:59 (1)** | 117:25 | **11:59:03 (1)** | 120:13 |
| **11:56:04 (1)** | 116:19 | **11:58:04 (1)** | 119:8 | **11:59:56 (1)** |
| 115:16 | **11:57:04 (2)** | 118:2 | **11:59:04 (1)** | 120:14 |
| **11:56:07 (1)** | 116:20,21 | **11:58:05 (2)** | 119:9 | **11:59:57 (1)** |
| 115:17 | **11:57:06 (2)** | 118:3,4 | **11:59:06 (1)** | 120:15 |
| **11:56:08 (1)** | 116:22,23 | **11:58:06 (1)** | 119:10 | **11501 (1)** |
| 115:18 | **11:57:08 (1)** | 118:5 | **11:59:08 (1)** | 3:14 |
| **11:56:10 (1)** | 116:24 | **11:58:08 (2)** | 119:11 | **11556-0926 (1)** |
| 115:19 | **11:57:10 (1)** | 118:6,7 | **11:59:09 (1)** | 3:23 |
| **11:56:13 (1)** | 116:25 | **11:58:10 (2)** | 119:12 | **12 (10)** |
| 115:20 | **11:57:11 (1)** | 118:8,9 | **11:59:10 (1)** | 84:25 95:25 203:2 |
| **11:56:16 (1)** | 117:2 | **11:58:12 (1)** | 119:13 | 207:21,21,22 |
| 115:21 | **11:57:12 (1)** | 118:10 | **11:59:11 (1)** | 208:15 329:10,18 |
| **11:56:18 (1)** | 117:3 | **11:58:14 (1)** | 119:14 | 330:5 |
| 115:22 | **11:57:14 (1)** | 118:11 | **11:59:14 (2)** | **12:00:00 (1)** |
| **11:56:20 (1)** | 117:4 | **11:58:16 (2)** | 119:15,16 | 120:16 |
| 115:23 | **11:57:17 (1)** | 118:12,13 | **11:59:15 (2)** | **12:00:03 (1)** |
| **11:56:22 (1)** | 117:5 | **11:58:19 (1)** | 119:17,18 | 120:17 |
| 115:24 | **11:57:18 (1)** | 118:14 | **11:59:17 (1)** | **12:00:07 (1)** |
| **11:56:26 (1)** | 117:6 | **11:58:23 (1)** | 119:19 | 120:18 |
| 115:25 | **11:57:20 (1)** | 118:15 | **11:59:24 (1)** | **12:00:10 (1)** |
| **11:56:27 (1)** | 117:7 | **11:58:26 (1)** | 119:20 | 120:19,20 |
| 116:2 | **11:57:22 (1)** | 118:16 | **11:59:28 (1)** | **12:00:13 (1)** |
| **11:56:28 (1)** | 117:8 | **11:58:29 (1)** | 119:21 | 120:21 |
| 116:3 | **11:57:25 (1)** | 118:17 | **11:59:31 (1)** | **12:00:15 (2)** |
| **11:56:30 (1)** | 117:9 | **11:58:31 (1)** | 119:22 | 120:22,23 |
| 116:4 | **11:57:27 (2)** | 118:18 | **11:59:32 (1)** | **12:00:17 (1)** |
| **11:56:34 (1)** | 117:10,11 | **11:58:33 (1)** | 119:23 | 120:24 |
| 116:5 | **11:57:29 (1)** | 118:19 | **11:59:34 (1)** | **12:00:20 (2)** |

| | | | | |
|---|---|---|---|---|
| 120:25 121:2 | **12:01:03 (1)** | 123:12 | **12:02:58 (1)** | 125:22 |
| **12:00:21 (1)** | 122:10 | **12:02:02 (2)** | 124:18 | **12:04:04 (1)** |
| 121:3 | **12:01:04 (1)** | 123:13,14 | **12:02:59 (2)** | 125:23 |
| **12:00:24 (1)** | 122:11 | **12:02:04 (1)** | 124:19,20 | **12:04:05 (1)** |
| 121:4 | **12:01:06 (1)** | 123:15 | **12:03:03 (1)** | 125:24 |
| **12:00:25 (1)** | 122:12 | **12:02:07 (1)** | 124:21 | **12:04:09 (1)** |
| 121:5 | **12:01:07 (1)** | 123:16 | **12:03:05 (2)** | 125:25 |
| **12:00:26 (2)** | 122:13 | **12:02:08 (1)** | 124:22,23 | **12:04:11 (1)** |
| 121:6,7 | **12:01:08 (1)** | 123:17 | **12:03:09 (1)** | 126:2 |
| **12:00:27 (1)** | 122:14 | **12:02:12 (1)** | 124:24 | **12:04:12 (1)** |
| 121:8 | **12:01:11 (1)** | 123:18 | **12:03:11 (1)** | 126:3 |
| **12:00:28 (1)** | 122:15 | **12:02:14 (2)** | 124:25 | **12:04:14 (1)** |
| 121:9 | **12:01:14 (1)** | 123:19,20 | **12:03:12 (1)** | 126:4 |
| **12:00:29 (2)** | 122:16 | **12:02:15 (1)** | 125:2 | **12:04:18 (1)** |
| 121:10,11 | **12:01:15 (2)** | 123:21 | **12:03:14 (1)** | 126:5 |
| **12:00:31 (1)** | 122:17,18 | **12:02:22 (1)** | 125:3 | **12:04:21 (1)** |
| 121:12 | **12:01:28 (1)** | 123:22 | **12:03:16 (1)** | 126:6 |
| **12:00:33 (1)** | 122:19 | **12:02:23 (1)** | 125:4 | **12:04:23 (1)** |
| 121:13 | **12:01:30 (1)** | 123:23 | **12:03:19 (1)** | 126:7 |
| **12:00:34 (1)** | 122:20 | **12:02:24 (1)** | 125:5 | **12:04:27 (1)** |
| 121:14 | **12:01:31 (1)** | 123:24 | **12:03:21 (1)** | 126:8 |
| **12:00:35 (1)** | 122:21 | **12:02:26 (1)** | 125:6 | **12:04:28 (1)** |
| 121:15 | **12:01:32 (1)** | 123:25 | **12:03:26 (1)** | 126:9 |
| **12:00:36 (1)** | 122:22 | **12:02:27 (1)** | 125:7 | **12:04:30 (1)** |
| 121:16 | **12:01:36 (1)** | 124:2 | **12:03:28 (1)** | 126:10 |
| **12:00:39 (3)** | 122:23 | **12:02:28 (1)** | 125:8 | **12:04:31 (1)** |
| 121:17,18,19 | **12:01:38 (1)** | 124:3 | **12:03:29 (1)** | 126:11 |
| **12:00:44 (1)** | 122:24 | **12:02:29 (2)** | 125:9 | **12:04:33 (1)** |
| 121:20 | **12:01:40 (1)** | 124:4,5 | **12:03:32 (1)** | 126:12 |
| **12:00:45 (2)** | 122:25 | **12:02:32 (1)** | 125:10 | **12:04:37 (1)** |
| 121:21,22 | **12:01:42 (1)** | 124:6 | **12:03:42 (1)** | 126:13 |
| **12:00:47 (1)** | 123:2 | **12:02:33 (1)** | 125:11 | **12:04:40 (1)** |
| 121:23 | **12:01:43 (1)** | 124:7 | **12:03:44 (1)** | 126:14 |
| **12:00:48 (1)** | 123:3 | **12:02:34 (1)** | 125:12 | **12:04:41 (1)** |
| 121:24 | **12:01:44 (1)** | 124:8 | **12:03:47 (1)** | 126:15 |
| **12:00:49 (1)** | 123:4 | **12:02:35 (1)** | 125:13 | **12:04:44 (1)** |
| 121:25 | **12:01:45 (1)** | 124:9 | **12:03:48 (1)** | 126:16 |
| **12:00:50 (1)** | 123:5 | **12:02:37 (2)** | 125:14 | **12:04:47 (2)** |
| 122:2 | **12:01:48 (1)** | 124:10,11 | **12:03:49 (1)** | 126:17,18 |
| **12:00:52 (2)** | 123:6 | **12:02:40 (1)** | 125:15 | **12:04:49 (3)** |
| 122:3,4 | **12:01:50 (1)** | 124:12 | **12:03:51 (2)** | 126:19,20,21 |
| **12:00:54 (1)** | 123:7 | **12:02:41 (1)** | 125:16,17 | **12:04:51 (1)** |
| 122:5 | **12:01:53 (1)** | 124:13 | **12:03:52 (1)** | 126:22 |
| **12:00:56 (1)** | 123:8 | **12:02:42 (1)** | 125:18 | **12:04:54 (1)** |
| 122:6 | **12:01:57 (1)** | 124:14 | **12:03:55 (1)** | 126:23 |
| **12:00:58 (1)** | 123:9 | **12:02:43 (1)** | 125:19 | **12:04:55 (1)** |
| 122:7 | **12:01:58 (1)** | 124:15 | **12:04:00 (1)** | 126:24 |
| **12:01:00 (1)** | 123:10 | **12:02:45 (1)** | 125:20 | **12:04:57 (1)** |
| 122:8 | **12:02:00 (1)** | 124:16 | **12:04:01 (1)** | 126:25 |
| **12:01:01 (1)** | 123:11 | **12:02:56 (1)** | 125:21 | **12:04:59 (1)** |
| 122:9 | **12:02:01 (1)** | 124:17 | **12:04:03 (1)** | 127:2 |

| | | | | |
|---|---|---|---|---|
| **12:05:01 (1)** | 128:10 | **12:06:54 (1)** | 130:13 | **12:09:49 (1)** |
| 127:3 | **12:05:57 (1)** | 129:12 | **12:08:34 (1)** | 131:21 |
| **12:05:05 (1)** | 128:11 | **12:06:59 (1)** | 130:14 | **12:09:50 (1)** |
| 127:4 | **12:06:01 (1)** | 129:13 | **12:08:44 (1)** | 131:22 |
| **12:05:06 (1)** | 128:12 | **12:07:01 (1)** | 130:15 | **12:09:51 (1)** |
| 127:5 | **12:06:03 (1)** | 129:14 | **12:08:46 (1)** | 131:23 |
| **12:05:07 (1)** | 128:13 | **12:07:03 (1)** | 130:16 | **12:09:52 (1)** |
| 127:6 | **12:06:05 (1)** | 129:15 | **12:08:48 (1)** | 131:24 |
| **12:05:09 (1)** | 128:14 | **12:07:07 (1)** | 130:17 | **12:09:53 (1)** |
| 127:7 | **12:06:08 (1)** | 129:16 | **12:08:50 (1)** | 131:25 |
| **12:05:13 (1)** | 128:15 | **12:07:09 (1)** | 130:18 | **12:09:55 (1)** |
| 127:8 | **12:06:11 (1)** | 129:17 | **12:08:51 (1)** | 132:2 |
| **12:05:15 (2)** | 128:16 | **12:07:11 (1)** | 130:19 | **12:10:01 (1)** |
| 127:9,10 | **12:06:13 (1)** | 129:18 | **12:08:57 (4)** | 132:3 |
| **12:05:17 (1)** | 128:17 | **12:07:13 (1)** | 130:20,21,22,23 | **12:10:04 (1)** |
| 127:11 | **12:06:18 (1)** | 129:19 | **12:08:58 (1)** | 132:4 |
| **12:05:19 (1)** | 128:18 | **12:07:15 (1)** | 130:24 | **12:10:08 (1)** |
| 127:12 | **12:06:20 (1)** | 129:20 | **12:08:59 (1)** | 132:5 |
| **12:05:22 (2)** | 128:19 | **12:07:17 (1)** | 130:25 | **12:10:09 (2)** |
| 127:13,14 | **12:06:23 (1)** | 129:21 | **12:09:01 (1)** | 132:6,7 |
| **12:05:24 (1)** | 128:20 | **12:07:32 (1)** | 131:2 | **12:10:12 (1)** |
| 127:15 | **12:06:25 (1)** | 129:22 | **12:09:02 (1)** | 132:8 |
| **12:05:31 (1)** | 128:21 | **12:07:34 (1)** | 131:3 | **12:10:15 (1)** |
| 127:16 | **12:06:26 (1)** | 129:23 | **12:09:06 (2)** | 132:9 |
| **12:05:32 (1)** | 128:22 | **12:07:37 (1)** | 131:4,5 | **12:10:16 (2)** |
| 127:17 | **12:06:29 (1)** | 129:24 | **12:09:07 (2)** | 132:10,11 |
| **12:05:33 (1)** | 128:23 | **12:07:41 (1)** | 131:6,7 | **12:10:18 (1)** |
| 127:18 | **12:06:31 (1)** | 129:25 | **12:09:09 (1)** | 132:12 |
| **12:05:34 (1)** | 128:24 | **12:07:44 (1)** | 131:8 | **12:10:20 (1)** |
| 127:19 | **12:06:32 (1)** | 130:2 | **12:09:11 (1)** | 132:13 |
| **12:05:35 (2)** | 128:25 | **12:07:50 (1)** | 131:9 | **12:10:23 (1)** |
| 127:20,21 | **12:06:33 (1)** | 130:3 | **12:09:13 (1)** | 132:14 |
| **12:05:37 (2)** | 129:2 | **12:08:06 (1)** | 131:10 | **12:10:24 (1)** |
| 127:22,23 | **12:06:34 (1)** | 130:4 | **12:09:17 (1)** | 132:15 |
| **12:05:40 (1)** | 129:3 | **12:08:08 (1)** | 131:11 | **12:10:25 (1)** |
| 127:24 | **12:06:36 (1)** | 130:5 | **12:09:19 (2)** | 132:16 |
| **12:05:41 (1)** | 129:4 | **12:08:14 (1)** | 131:12,13 | **12:10:27 (1)** |
| 127:25 | **12:06:38 (1)** | 130:6 | **12:09:20 (1)** | 132:17 |
| **12:05:42 (2)** | 129:5 | **12:08:22 (1)** | 131:14 | **12:10:30 (1)** |
| 128:2,3 | **12:06:40 (1)** | 130:7 | **12:09:22 (1)** | 132:18 |
| **12:05:43 (1)** | 129:6 | **12:08:23 (1)** | 131:15 | **12:10:31 (1)** |
| 128:4 | **12:06:41 (1)** | 130:8 | **12:09:25 (1)** | 132:19 |
| **12:05:45 (2)** | 129:7 | **12:08:26 (1)** | 131:16 | **12:10:34 (1)** |
| 128:5,6 | **12:06:43 (1)** | 130:9 | **12:09:28 (1)** | 132:20 |
| **12:05:47 (1)** | 129:8 | **12:08:27 (1)** | 131:17 | **12:10:37 (1)** |
| 128:7 | **12:06:45 (1)** | 130:10 | **12:09:29 (1)** | 132:21 |
| **12:05:50 (1)** | 129:9 | **12:08:29 (1)** | 131:18 | **12:10:38 (1)** |
| 128:8 | **12:06:47 (1)** | 130:11 | **12:09:38 (1)** | 132:22 |
| **12:05:53 (1)** | 129:10 | **12:08:31 (1)** | 131:19 | **12:10:40 (1)** |
| 128:9 | **12:06:51 (1)** | 130:12 | **12:09:48 (1)** | 132:23 |
| **12:05:55 (1)** | 129:11 | **12:08:33 (1)** | 131:20 | **12:10:41 (1)** |

| | | | | |
|---|---|---|---|---|
| 132:24 | **12:11:46 (1)** | 135:6 | **12:13:43 (1)** | 137:14 |
| **12:10:42 (1)** | 134:2 | **12:12:44 (1)** | 136:10 | **12:15:35 (1)** |
| 132:25 | **12:11:49 (2)** | 135:7 | **12:13:47 (1)** | 137:15 |
| **12:10:44 (1)** | 134:3,4 | **12:12:46 (1)** | 136:11 | **12:15:38 (1)** |
| 133:2 | **12:11:50 (1)** | 135:8 | **12:13:49 (2)** | 137:16 |
| **12:10:45 (1)** | 134:5 | **12:12:47 (1)** | 136:12,13 | **12:15:41 (1)** |
| 133:3 | **12:11:51 (1)** | 135:9 | **12:13:52 (1)** | 137:17 |
| **12:10:47 (1)** | 134:6 | **12:12:50 (1)** | 136:14 | **12:15:43 (1)** |
| 133:4 | **12:11:54 (1)** | 135:10 | **12:13:54 (2)** | 137:18 |
| **12:10:50 (1)** | 134:7 | **12:12:51 (1)** | 136:15,16 | **12:15:46 (1)** |
| 133:5 | **12:11:56 (1)** | 135:11 | **12:14:08 (1)** | 137:19 |
| **12:10:57 (1)** | 134:8 | **12:12:54 (1)** | 136:17 | **12:15:49 (1)** |
| 133:6 | **12:11:59 (1)** | 135:12 | **12:14:19 (1)** | 137:20 |
| **12:10:58 (1)** | 134:9 | **12:12:57 (2)** | 136:18 | **12:15:52 (1)** |
| 133:7 | **12:12:04 (2)** | 135:13,14 | **12:14:20 (1)** | 137:21 |
| **12:11:00 (1)** | 134:10,11 | **12:12:58 (1)** | 136:19 | **12:15:54 (1)** |
| 133:8 | **12:12:06 (1)** | 135:15 | **12:14:23 (1)** | 137:22 |
| **12:11:01 (1)** | 134:12 | **12:13:01 (1)** | 136:20 | **12:15:57 (1)** |
| 133:9 | **12:12:08 (1)** | 135:16 | **12:14:25 (2)** | 137:23 |
| **12:11:04 (1)** | 134:13 | **12:13:03 (1)** | 136:21,22 | **12:16:00 (1)** |
| 133:10 | **12:12:11 (1)** | 135:17 | **12:14:29 (1)** | 137:24 |
| **12:11:07 (1)** | 134:14 | **12:13:04 (1)** | 136:23 | **12:16:03 (1)** |
| 133:11 | **12:12:12 (1)** | 135:18 | **12:14:32 (1)** | 137:25 |
| **12:11:09 (1)** | 134:15 | **12:13:08 (1)** | 136:24 | **12:16:05 (1)** |
| 133:12 | **12:12:13 (1)** | 135:19 | **12:14:34 (1)** | 138:2 |
| **12:11:14 (1)** | 134:16 | **12:13:09 (1)** | 136:25 | **12:16:08 (1)** |
| 133:13 | **12:12:15 (1)** | 135:20 | **12:14:38 (1)** | 138:3 |
| **12:11:17 (1)** | 134:17 | **12:13:11 (1)** | 137:2 | **12:16:09 (1)** |
| 133:14 | **12:12:18 (1)** | 135:21 | **12:14:40 (1)** | 138:4 |
| **12:11:18 (1)** | 134:18 | **12:13:12 (1)** | 137:3 | **12:16:12 (1)** |
| 133:15 | **12:12:20 (2)** | 135:22 | **12:14:41 (1)** | 138:5 |
| **12:11:22 (1)** | 134:19,20 | **12:13:14 (1)** | 137:4 | **12:16:14 (1)** |
| 133:16 | **12:12:21 (1)** | 135:23 | **12:15:09 (1)** | 138:6 |
| **12:11:23 (1)** | 134:21 | **12:13:21 (1)** | 137:5 | **12:16:15 (1)** |
| 133:17 | **12:12:23 (1)** | 135:24 | **12:15:12 (1)** | 138:7 |
| **12:11:27 (1)** | 134:22 | **12:13:27 (1)** | 137:6 | **12:16:16 (1)** |
| 133:18 | **12:12:26 (1)** | 135:25 | **12:15:18 (1)** | 138:8 |
| **12:11:29 (1)** | 134:23 | **12:13:29 (2)** | 137:7 | **12:16:17 (1)** |
| 133:19 | **12:12:28 (1)** | 136:2,3 | **12:15:19 (1)** | 138:9 |
| **12:11:31 (1)** | 134:24 | **12:13:30 (1)** | 137:8 | **12:16:19 (1)** |
| 133:20 | **12:12:30 (1)** | 136:4 | **12:15:22 (1)** | 138:10 |
| **12:11:34 (1)** | 134:25 | **12:13:31 (1)** | 137:9 | **12:16:20 (1)** |
| 133:21 | **12:12:32 (1)** | 136:5 | **12:15:23 (1)** | 138:11 |
| **12:11:36 (1)** | 135:2 | **12:13:33 (1)** | 137:10 | **12:16:24 (1)** |
| 133:22 | **12:12:35 (1)** | 136:6 | **12:15:25 (1)** | 138:12 |
| **12:11:37 (1)** | 135:3 | **12:13:35 (1)** | 137:11 | **12:16:26 (1)** |
| 133:23 | **12:12:37 (1)** | 136:7 | **12:15:27 (1)** | 138:13 |
| **12:11:40 (1)** | 135:4 | **12:13:38 (1)** | 137:12 | **12:16:32 (1)** |
| 133:24 | **12:12:41 (1)** | 136:8 | **12:15:30 (1)** | 138:14 |
| **12:11:42 (1)** | 135:5 | **12:13:40 (1)** | 137:13 | **12:16:35 (2)** |
| 133:25 | **12:12:42 (1)** | 136:9 | **12:15:33 (1)** | 138:15,16 |

| | | | | |
|---|---|---|---|---|
| **12:16:36 (1)** | 139:21 | **12:19:06 (1)** | 142:4,5 | **12:21:10 (1)** |
| 138:17 | **12:17:47 (1)** | 140:25 | **12:20:14 (1)** | 143:11 |
| **12:16:40 (1)** | 139:22 | **12:19:15 (1)** | 142:6 | **12:21:11 (1)** |
| 138:18 | **12:17:52 (1)** | 141:2 | **12:20:19 (1)** | 143:12 |
| **12:16:43 (1)** | 139:23 | **12:19:18 (1)** | 142:7 | **12:21:13 (1)** |
| 138:19 | **12:17:54 (1)** | 141:3 | **12:20:23 (1)** | 143:13 |
| **12:16:44 (1)** | 139:24 | **12:19:20 (2)** | 142:8 | **12:21:14 (1)** |
| 138:20 | **12:18:01 (1)** | 141:4,5 | **12:20:25 (1)** | 143:14 |
| **12:16:50 (1)** | 139:25 | **12:19:23 (1)** | 142:9 | **12:21:16 (1)** |
| 138:21 | **12:18:04 (1)** | 141:6 | **12:20:27 (1)** | 143:15 |
| **12:16:52 (1)** | 140:2 | **12:19:25 (1)** | 142:10 | **12:21:19 (1)** |
| 138:22 | **12:18:07 (1)** | 141:7 | **12:20:28 (1)** | 143:16 |
| **12:16:55 (1)** | 140:3 | **12:19:26 (1)** | 142:11 | **12:21:20 (1)** |
| 138:23 | **12:18:09 (2)** | 141:8 | **12:20:29 (1)** | 143:17 |
| **12:16:56 (2)** | 140:4,5 | **12:19:27 (1)** | 142:12 | **12:21:21 (1)** |
| 138:24,25 | **12:18:12 (1)** | 141:9 | **12:20:30 (1)** | 143:18 |
| **12:16:59 (2)** | 140:6 | **12:19:29 (1)** | 142:13 | **12:21:25 (2)** |
| 139:2,3 | **12:18:13 (1)** | 141:10 | **12:20:31 (1)** | 143:19,20 |
| **12:17:00 (1)** | 140:7 | **12:19:31 (1)** | 142:14 | **12:21:26 (1)** |
| 139:4 | **12:18:19 (1)** | 141:11 | **12:20:32 (1)** | 143:21 |
| **12:17:03 (2)** | 140:8 | **12:19:34 (1)** | 142:15 | **12:21:27 (1)** |
| 139:5,6 | **12:18:22 (1)** | 141:12 | **12:20:33 (2)** | 143:22 |
| **12:17:06 (1)** | 140:9 | **12:19:35 (1)** | 142:16,17 | **12:21:28 (1)** |
| 139:7 | **12:18:23 (1)** | 141:13 | **12:20:34 (2)** | 143:23 |
| **12:17:10 (1)** | 140:10 | **12:19:38 (1)** | 142:18,19 | **12:21:35 (1)** |
| 139:8 | **12:18:26 (2)** | 141:14 | **12:20:37 (1)** | 143:24 |
| **12:17:12 (1)** | 140:11,12 | **12:19:41 (1)** | 142:20 | **12:21:38 (1)** |
| 139:9 | **12:18:27 (1)** | 141:15 | **12:20:39 (1)** | 143:25 |
| **12:17:17 (1)** | 140:13 | **12:19:42 (1)** | 142:21 | **12:21:40 (1)** |
| 139:10 | **12:18:31 (1)** | 141:16 | **12:20:40 (1)** | 144:2 |
| **12:17:20 (1)** | 140:14 | **12:19:45 (1)** | 142:22 | **12:21:41 (1)** |
| 139:11 | **12:18:32 (1)** | 141:17 | **12:20:42 (1)** | 144:3 |
| **12:17:21 (1)** | 140:15 | **12:19:48 (2)** | 142:23 | **12:21:42 (1)** |
| 139:12 | **12:18:37 (1)** | 141:18,19 | **12:20:44 (2)** | 144:4 |
| **12:17:22 (1)** | 140:16 | **12:19:52 (1)** | 142:24,25 | **12:21:45 (1)** |
| 139:13 | **12:18:42 (1)** | 141:20 | **12:20:46 (2)** | 144:5 |
| **12:17:23 (1)** | 140:17 | **12:19:53 (1)** | 143:2,3 | **12:21:48 (1)** |
| 139:14 | **12:18:52 (1)** | 141:21 | **12:20:48 (1)** | 144:6 |
| **12:17:27 (1)** | 140:18 | **12:19:54 (1)** | 143:4 | **12:21:49 (1)** |
| 139:15 | **12:18:53 (1)** | 141:22 | **12:20:50 (1)** | 144:7 |
| **12:17:29 (1)** | 140:19 | **12:19:57 (1)** | 143:5 | **12:21:51 (1)** |
| 139:16 | **12:18:56 (1)** | 141:23 | **12:20:57 (1)** | 144:8 |
| **12:17:32 (1)** | 140:20 | **12:19:59 (1)** | 143:6 | **12:21:56 (1)** |
| 139:17 | **12:18:57 (1)** | 141:24 | **12:20:59 (1)** | 144:9 |
| **12:17:34 (1)** | 140:21 | **12:20:06 (1)** | 143:7 | **12:22:01 (1)** |
| 138:18 | **12:18:59 (1)** | 141:25 | **12:21:01 (1)** | 144:10 |
| **12:17:38 (1)** | 140:22 | **12:20:10 (1)** | 143:8 | **12:22:03 (1)** |
| 139:19 | **12:19:01 (1)** | 142:2 | **12:21:06 (1)** | 144:11 |
| **12:17:39 (1)** | 140:23 | **12:20:11 (1)** | 143:9 | **12:22:04 (1)** |
| 139:20 | **12:19:04 (1)** | 142:3 | **12:21:07 (1)** | 144:12 |
| **12:17:43 (1)** | 140:24 | **12:20:12 (2)** | 143:10 | **12:22:06 (1)** |

| | | | | |
|---|---|---|---|---|
| 144:13 | **12:23:04 (1)** | 146:19 | **12:26:12 (1)** | 149:7 |
| **12:22:07 (1)** | 145:18 | **12:24:29 (1)** | 148:3 | **12:27:18 (1)** |
| 144:14 | **12:23:05 (1)** | 146:20 | **12:26:13 (1)** | 149:8 |
| **12:22:09 (1)** | 145:19 | **12:24:32 (1)** | 148:4 | **12:27:21 (1)** |
| 144:15 | **12:23:06 (1)** | 146:21 | **12:26:14 (1)** | 149:9 |
| **12:22:11 (1)** | 145:20 | **12:24:34 (2)** | 148:5 | **12:27:23 (1)** |
| 144:16 | **12:23:09 (1)** | 146:22,23 | **12:26:17 (1)** | 149:10 |
| **12:22:15 (1)** | 145:21 | **12:24:51 (1)** | 148:6 | **12:27:24 (1)** |
| 144:17 | **12:23:10 (1)** | 146:24 | **12:26:18 (1)** | 149:11 |
| **12:22:16 (1)** | 145:22 | **12:24:53 (1)** | 148:7 | **12:27:25 (1)** |
| 144:18 | **12:23:11 (1)** | 146:25 | **12:26:19 (1)** | 149:12 |
| **12:22:19 (2)** | 145:23 | **12:24:54 (1)** | 148:8 | **12:27:27 (1)** |
| 144:19,20 | **12:23:15 (1)** | 147:2 | **12:26:21 (2)** | 149:13 |
| **12:22:20 (1)** | 145:24 | **12:24:56 (1)** | 148:9,10 | **12:27:29 (1)** |
| 144:21 | **12:23:16 (1)** | 147:3 | **12:26:23 (1)** | 149:14 |
| **12:22:21 (2)** | 145:25 | **12:24:59 (1)** | 148:11 | **12:27:33 (1)** |
| 144:22,23 | **12:23:18 (1)** | 147:4 | **12:26:24 (1)** | 149:15 |
| **12:22:25 (1)** | 146:2 | **12:25:08 (2)** | 148:12 | **12:27:34 (1)** |
| 144:24 | **12:23:36 (1)** | 147:5,6 | **12:26:26 (1)** | 149:16 |
| **12:22:27 (1)** | 146:3 | **12:25:26 (2)** | 148:13 | **12:27:36 (1)** |
| 144:25 | **12:23:39 (1)** | 147:7,8 | **12:26:28 (1)** | 149:17 |
| **12:22:29 (1)** | 146:4 | **12:25:27 (1)** | 148:14 | **12:27:40 (1)** |
| 145:2 | **12:23:40 (1)** | 147:9 | **12:26:30 (1)** | 149:18 |
| **12:22:31 (1)** | 146:5 | **12:25:30 (2)** | 148:15 | **12:27:42 (2)** |
| 145:3 | **12:23:44 (1)** | 147:10,11 | **12:26:31 (1)** | 149:19,20 |
| **12:22:33 (1)** | 146:6 | **12:25:31 (2)** | 148:16 | **12:27:43 (1)** |
| 145:4 | **12:23:46 (1)** | 147:12,13 | **12:26:34 (2)** | 149:21 |
| **12:22:34 (1)** | 146:7 | **12:25:32 (1)** | 148:17,18 | **12:27:44 (1)** |
| 145:5 | **12:23:48 (1)** | 147:14 | **12:26:40 (1)** | 149:22 |
| **12:22:36 (1)** | 146:8 | **12:25:34 (1)** | 148:19 | **12:27:46 (2)** |
| 145:6 | **12:23:49 (1)** | 147:15 | **12:26:42 (1)** | 149:23,24 |
| **12:22:39 (2)** | 146:9 | **12:25:37 (1)** | 148:20 | **12:27:48 (1)** |
| 145:7,8 | **12:23:59 (1)** | 147:16 | **12:26:45 (1)** | 149:25 |
| **12:22:41 (1)** | 146:10 | **12:25:53 (2)** | 148:21 | **12:27:50 (2)** |
| 145:9 | **12:24:06 (1)** | 147:17,18 | **12:26:47 (2)** | 150:2,3 |
| **12:22:42 (1)** | 146:11 | **12:25:55 (1)** | 148:22,23 | **12:27:51 (1)** |
| 145:10 | **12:24:08 (1)** | 147:19 | **12:26:49 (1)** | 150:4 |
| **12:22:45 (1)** | 146:12 | **12:25:57 (1)** | 148:24 | **12:27:53 (1)** |
| 145:11 | **12:24:12 (1)** | 147:20 | **12:26:57 (1)** | 150:5 |
| **12:22:47 (1)** | 146:13 | **12:25:59 (1)** | 148:25 | **12:27:56 (1)** |
| 145:12 | **12:24:13 (1)** | 147:21 | **12:26:58 (1)** | 150:6 |
| **12:22:48 (1)** | 146:14 | **12:26:00 (1)** | 149:2 | **12:27:58 (1)** |
| 145:13 | **12:24:17 (1)** | 147:22 | **12:27:09 (1)** | 150:7 |
| **12:22:50 (1)** | 146:15 | **12:26:02 (1)** | 149:3 | **12:28:00 (1)** |
| 145:14 | **12:24:18 (1)** | 147:23 | **12:27:10 (1)** | 150:8 |
| **12:22:53 (1)** | 146:16 | **12:26:06 (1)** | 149:4 | **12:28:02 (1)** |
| 145:15 | **12:24:21 (1)** | 147:24 | **12:27:12 (1)** | 150:9 |
| **12:22:59 (1)** | 146:17 | **12:26:08 (1)** | 149:5 | **12:28:03 (1)** |
| 145:16 | **12:24:23 (1)** | 147:25 | **12:27:14 (1)** | 150:10 |
| **12:23:01 (1)** | 146:18 | **12:26:11 (1)** | 149:6 | **12:28:04 (1)** |
| 145:17 | **12:24:25 (1)** | 148:2 | **12:27:16 (1)** | 150:11 |

| | | | | |
|---|---|---|---|---|
| **12:28:06 (1)** | 151:14 | **12:30:11 (1)** | 153:22 | **12:32:18 (1)** |
| 150:12 | **12:29:07 (1)** | 152:16 | **12:31:22 (1)** | 155:2 |
| **12:28:07 (1)** | 151:15 | **12:30:14 (2)** | 153:23 | **12:32:19 (1)** |
| 150:13 | **12:29:09 (1)** | 152:17,18 | **12:31:24 (1)** | 155:3 |
| **12:28:09 (1)** | 151:16 | **12:30:16 (1)** | 153:24 | **12:32:20 (1)** |
| 150:14 | **12:29:10 (1)** | 152:19 | **12:31:25 (1)** | 155:4 |
| **12:28:11 (1)** | 151:17 | **12:30:20 (2)** | 153:25 | **12:32:21 (1)** |
| 150:15 | **12:29:11 (1)** | 152:20,21 | **12:31:26 (2)** | 155:5 |
| **12:28:12 (1)** | 151:18 | **12:30:25 (1)** | 154:2,3 | **12:32:22 (1)** |
| 150:16 | **12:29:16 (1)** | 152:22 | **12:31:28 (1)** | 155:6 |
| **12:28:15 (1)** | 151:19 | **12:30:31 (1)** | 154:4 | **12:32:25 (1)** |
| 150:17 | **12:29:18 (1)** | 152:23 | **12:31:29 (1)** | 155:7 |
| **12:28:18 (1)** | 151:20 | **12:30:32 (1)** | 154:5 | **12:32:28 (1)** |
| 150:18 | **12:29:21 (1)** | 152:24 | **12:31:32 (1)** | 155:8 |
| **12:28:21 (1)** | 151:21 | **12:30:35 (1)** | 154:6 | **12:32:34 (1)** |
| 150:19 | **12:29:26 (1)** | 152:25 | **12:31:34 (1)** | 155:9 |
| **12:28:23 (1)** | 151:22 | **12:30:37 (1)** | 154:7 | **12:32:42 (1)** |
| 150:20 | **12:29:27 (1)** | 153:2 | **12:31:35 (1)** | 155:10 |
| **12:28:25 (1)** | 151:23 | **12:30:39 (1)** | 154:8 | **12:32:46 (2)** |
| 150:21 | **12:29:30 (1)** | 153:3 | **12:31:37 (1)** | 155:11,12 |
| **12:28:33 (1)** | 151:24 | **12:30:40 (1)** | 154:9 | **12:32:51 (1)** |
| 150:22 | **12:29:31 (1)** | 153:4 | **12:31:39 (1)** | 155:13 |
| **12:28:36 (1)** | 151:25 | **12:30:44 (1)** | 154:10 | **12:32:53 (1)** |
| 150:23 | **12:29:33 (1)** | 153:5 | **12:31:42 (1)** | 155:14 |
| **12:28:37 (1)** | 152:2 | **12:30:46 (1)** | 154:11 | **12:32:55 (1)** |
| 150:24 | **12:29:34 (1)** | 153:6 | **12:31:44 (1)** | 155:15 |
| **12:28:38 (1)** | 152:3 | **12:30:50 (1)** | 154:12 | **12:32:56 (1)** |
| 150:25 | **12:29:37 (1)** | 153:7 | **12:31:48 (1)** | 155:16 |
| **12:28:39 (1)** | 152:4 | **12:30:53 (1)** | 154:13 | **12:32:58 (1)** |
| 151:2 | **12:29:38 (1)** | 153:8 | **12:31:51 (1)** | 155:17 |
| **12:28:46 (1)** | 152:5 | **12:30:54 (1)** | 154:14 | **12:33:02 (1)** |
| 151:3 | **12:29:39 (1)** | 153:9 | **12:31:53 (2)** | 155:18 |
| **12:28:47 (1)** | 152:6 | **12:30:58 (1)** | 154:15,16 | **12:33:05 (1)** |
| 151:4 | **12:29:40 (1)** | 153:10 | **12:31:55 (1)** | 155:19 |
| **12:28:49 (1)** | 152:7 | **12:31:01 (2)** | 154:17 | **12:33:07 (1)** |
| 151:5 | **12:29:44 (1)** | 153:11,12 | **12:31:56 (1)** | 155:20 |
| **12:28:52 (1)** | 152:8 | **12:31:04 (1)** | 154:18 | **12:33:08 (1)** |
| 151:6 | **12:29:46 (1)** | 153:13 | **12:32:02 (1)** | 155:21 |
| **12:28:53 (1)** | 152:9 | **12:31:06 (1)** | 154:19 | **12:33:12 (1)** |
| 151:7 | **12:29:57 (1)** | 153:14 | **12:32:04 (1)** | 155:22 |
| **12:28:54 (1)** | 152:10 | **12:31:07 (1)** | 154:20 | **12:33:14 (2)** |
| 151:8 | **12:29:59 (1)** | 153:15 | **12:32:05 (1)** | 155:23,24 |
| **12:28:55 (1)** | 152:11 | **12:31:11 (1)** | 154:21 | **12:33:16 (1)** |
| 151:9 | **12:30:02 (1)** | 153:16 | **12:32:11 (1)** | 155:25 |
| **12:28:58 (1)** | 152:12 | **12:31:14 (2)** | 154:22 | **12:33:18 (1)** |
| 151:10 | **12:30:05 (1)** | 153:17,18 | **12:32:12 (1)** | 156:2 |
| **12:29:00 (1)** | 152:13 | **12:31:16 (2)** | 154:23 | **12:33:20 (1)** |
| 151:11 | **12:30:07 (1)** | 153:19,20 | **12:32:14 (1)** | 156:3 |
| **12:29:02 (2)** | 152:14 | **12:31:18 (1)** | 154:24 | **12:33:22 (2)** |
| 151:12,13 | **12:30:10 (1)** | 153:21 | **12:32:16 (1)** | 156:4,5 |
| **12:29:04 (1)** | 152:15 | **12:31:20 (1)** | 154:25 | **12:33:25 (1)** |

| | | | | |
|---|---|---|---|---|
| 156:11 | **12:34:32 (1)** | 158:18 | **12:36:30 (2)** | 160:25 |
| **12:33:29 (1)** | 157:14 | **12:35:44 (1)** | 159:23,24 | **12:37:46 (1)** |
| 156:12 | **12:34:38 (1)** | 158:19 | **12:36:32 (1)** | 161:2 |
| **12:33:30 (1)** | 157:15 | **12:35:47 (1)** | 159:25 | **12:37:47 (1)** |
| 156:13 | **12:34:45 (1)** | 158:20 | **12:36:34 (1)** | 161:3 |
| **12:33:31 (1)** | 157:16 | **12:35:49 (1)** | 160:2 | **12:37:49 (1)** |
| 156:14 | **12:34:46 (1)** | 158:21 | **12:36:36 (1)** | 161:4 |
| **12:33:33 (1)** | 157:17 | **12:35:51 (1)** | 160:3 | **12:37:50 (1)** |
| 156:15 | **12:34:48 (1)** | 158:22 | **12:36:37 (1)** | 161:5 |
| **12:33:34 (1)** | 157:18 | **12:35:52 (1)** | 160:4 | **12:37:51 (1)** |
| 156:16 | **12:34:51 (1)** | 158:23 | **12:36:39 (1)** | 161:6 |
| **12:33:35 (1)** | 157:19 | **12:35:55 (1)** | 160:5 | **12:37:52 (1)** |
| 156:17 | **12:34:52 (2)** | 158:24 | **12:36:40 (1)** | 161:7 |
| **12:33:37 (1)** | 157:20,21 | **12:35:56 (2)** | 160:6 | **12:37:55 (1)** |
| 156:18 | **12:34:55 (1)** | 158:25 159:2 | **12:36:43 (1)** | 161:8 |
| **12:33:40 (1)** | 157:22 | **12:35:58 (1)** | 160:7 | **12:37:56 (1)** |
| 156:19 | **12:34:56 (1)** | 159:3 | **12:36:54 (1)** | 161:9 |
| **12:33:43 (1)** | 157:23 | **12:36:00 (2)** | 160:8 | **12:37:57 (1)** |
| 156:20 | **12:34:57 (1)** | 159:4,5 | **12:37:01 (1)** | 161:10 |
| **12:33:45 (1)** | 157:24 | **12:36:02 (1)** | 160:9 | **12:38:03 (1)** |
| 156:21 | **12:35:01 (1)** | 159:6 | **12:37:06 (1)** | 161:11 |
| **12:33:48 (1)** | 157:25 | **12:36:03 (1)** | 160:10 | **12:38:05 (1)** |
| 156:22 | **12:35:08 (1)** | 159:7 | **12:37:12 (1)** | 161:12 |
| **12:33:52 (1)** | 158:2 | **12:36:05 (1)** | 160:11 | **12:38:08 (1)** |
| 156:23 | **12:35:11 (1)** | 159:8 | **12:37:14 (1)** | 161:13 |
| **12:33:53 (1)** | 158:3 | **12:36:08 (1)** | 160:12 | **12:38:09 (1)** |
| 156:24 | **12:35:13 (2)** | 159:9 | **12:37:16 (1)** | 161:14 |
| **12:34:04 (1)** | 158:4,5 | **12:36:09 (1)** | 160:13 | **12:38:12 (1)** |
| 156:25 | **12:35:15 (1)** | 159:10 | **12:37:19 (1)** | 161:15 |
| **12:34:08 (1)** | 158:6 | **12:36:10 (1)** | 160:14 | **12:38:26 (1)** |
| 157:2 | **12:35:16 (1)** | 159:11 | **12:37:20 (1)** | 161:16 |
| **12:34:11 (1)** | 158:7 | **12:36:14 (1)** | 160:15 | **12:38:28 (1)** |
| 157:3 | **12:35:22 (1)** | 159:12 | **12:37:24 (1)** | 161:17 |
| **12:34:13 (1)** | 158:8 | **12:36:15 (1)** | 160:16 | **12:38:31 (1)** |
| 157:4 | **12:35:24 (1)** | 159:13 | **12:37:27 (1)** | 161:18 |
| **12:34:14 (1)** | 158:9 | **12:36:18 (1)** | 160:17 | **12:38:34 (1)** |
| 157:5 | **12:35:25 (1)** | 159:14 | **12:37:30 (1)** | 161:19 |
| **12:34:16 (1)** | 158:10 | **12:36:19 (1)** | 160:18 | **12:38:36 (1)** |
| 157:6 | **12:35:27 (1)** | 159:15 | **12:37:31 (1)** | 161:20 |
| **12:34:17 (1)** | 158:11 | **12:36:20 (1)** | 160:19 | **12:38:38 (1)** |
| 157:7 | **12:35:30 (1)** | 159:16 | **12:37:32 (1)** | 161:21 |
| **12:34:20 (1)** | 158:12 | **12:36:21 (1)** | 160:20 | **12:38:42 (4)** |
| 157:8 | **12:35:32 (2)** | 159:17 | **12:37:33 (1)** | 161:22,23,24,25 |
| **12:34:23 (2)** | 158:13,14 | **12:36:23 (1)** | 160:21 | **12:39:01 (1)** |
| 157:9,10 | **12:35:33 (1)** | 159:18 | **12:37:34 (1)** | 162:2 |
| **12:34:25 (1)** | 158:15 | **12:36:24 (2)** | 160:22 | **12:39:19 (1)** |
| 157:11 | **12:35:37 (1)** | 159:19,20 | **12:37:38 (1)** | 162:3 |
| **12:34:29 (1)** | 158:16 | **12:36:26 (1)** | 160:23 | **12:39:22 (1)** |
| 157:12 | **12:35:39 (1)** | 159:21 | **12:37:41 (1)** | 162:4 |
| **12:34:31 (1)** | 158:17 | **12:36:28 (1)** | 160:24 | **12:39:24 (1)** |
| 157:13 | **12:35:42 (1)** | 159:22 | **12:37:42 (1)** | 162:5 |

| | | | | |
|---|---|---|---|---|
| **12:39:26 (1)** | 163:10 | **12:44:01 (1)** | 165:15 | **12:46:00 (1)** |
| 162:6 | **12:43:02 (1)** | 164:14 | **12:45:08 (1)** | 166:19 |
| **12:39:27 (1)** | 163:11 | **12:44:04 (1)** | 165:16 | **12:46:01 (1)** |
| 162:7 | **12:43:06 (1)** | 164:15 | **12:45:09 (1)** | 166:20 |
| **12:39:29 (1)** | 163:12 | **12:44:06 (1)** | 165:17 | **12:46:10 (1)** |
| 162:8 | **12:43:08 (1)** | 164:16 | **12:45:10 (1)** | 166:21 |
| **12:39:30 (2)** | 163:13 | **12:44:08 (1)** | 165:18 | **12:46:12 (1)** |
| 162:9,10 | **12:43:11 (1)** | 164:17 | **12:45:11 (1)** | 166:22 |
| **12:39:31 (1)** | 163:14 | **12:44:10 (1)** | 165:19 | **12:46:15 (1)** |
| 162:11 | **12:43:13 (2)** | 164:18 | **12:45:13 (2)** | 166:23 |
| **12:39:33 (1)** | 163:15,16 | **12:44:12 (1)** | 165:20,21 | **12:46:20 (2)** |
| 162:12 | **12:43:16 (1)** | 164:19 | **12:45:16 (1)** | 166:24,25 |
| **12:39:35 (1)** | 163:17 | **12:44:15 (1)** | 165:22 | **12:46:21 (1)** |
| 162:13 | **12:43:17 (1)** | 164:20 | **12:45:24 (1)** | 167:2 |
| **12:39:37 (1)** | 163:18 | **12:44:16 (1)** | 165:23 | **12:46:23 (1)** |
| 162:14 | **12:43:21 (1)** | 164:21 | **12:45:25 (1)** | 167:3 |
| **12:39:38 (1)** | 163:19 | **12:44:18 (1)** | 165:24 | **12:46:27 (1)** |
| 162:15 | **12:43:23 (1)** | 164:22 | **12:45:29 (1)** | 167:4 |
| **12:39:40 (1)** | 163:20 | **12:44:21 (1)** | 165:25 | **12:46:30 (1)** |
| 162:16 | **12:43:25 (1)** | 164:23 | **12:45:31 (1)** | 167:5 |
| **12:39:42 (1)** | 163:21 | **12:44:24 (1)** | 166:2 | **12:46:31 (1)** |
| 162:17 | **12:43:30 (2)** | 164:24 | **12:45:33 (1)** | 167:6 |
| **12:39:44 (1)** | 163:22,23 | **12:44:26 (1)** | 166:3 | **12:46:35 (1)** |
| 162:18 | **12:43:32 (1)** | 164:25 | **12:45:34 (1)** | 167:7 |
| **12:39:46 (1)** | 163:24 | **12:44:28 (1)** | 166:4 | **12:46:36 (1)** |
| 162:19 | **12:43:34 (1)** | 165:2 | **12:45:35 (1)** | 167:8 |
| **12:39:51 (1)** | 163:25 | **12:44:30 (1)** | 166:5 | **12:46:37 (1)** |
| 162:20 | **12:43:35 (1)** | 165:3 | **12:45:37 (1)** | 167:9 |
| **12:39:53 (1)** | 164:2 | **12:44:31 (1)** | 166:6 | **12:46:40 (1)** |
| 162:21 | **12:43:37 (1)** | 165:4 | **12:45:39 (1)** | 167:10 |
| **12:39:54 (1)** | 164:3 | **12:44:33 (1)** | 166:7 | **12:46:42 (1)** |
| 162:22 | **12:43:39 (1)** | 165:5 | **12:45:42 (1)** | 167:11 |
| **12:39:55 (1)** | 164:4 | **12:44:37 (1)** | 166:8 | **12:46:45 (1)** |
| 162:23 | **12:43:40 (1)** | 165:6 | **12:45:46 (1)** | 167:12 |
| **12:39:56 (1)** | 164:5 | **12:44:39 (1)** | 166:9 | **12:46:47 (1)** |
| 162:24 | **12:43:45 (1)** | 165:7 | **12:45:47 (1)** | 167:13 |
| **12:39:57 (1)** | 164:6 | **12:44:43 (1)** | 166:10 | **12:46:49 (1)** |
| 162:25 | **12:43:47 (1)** | 165:8 | **12:45:49 (1)** | 167:14 |
| **12:39:59 (1)** | 164:7 | **12:44:44 (1)** | 166:11 | **12:46:51 (1)** |
| 163:2 | **12:43:49 (1)** | 165:9 | **12:45:50 (2)** | 167:15 |
| **12:40:00 (1)** | 164:8 | **12:44:49 (1)** | 166:12,13 | **12:46:53 (3)** |
| 163:3 | **12:43:52 (1)** | 165:10 | **12:45:51 (1)** | 167:16,17,18 |
| **12:41:31 (1)** | 164:9 | **12:44:53 (1)** | 166:14 | **12:46:55 (2)** |
| 163:4 | **12:43:54 (1)** | 165:11 | **12:45:53 (1)** | 167:19,20 |
| **12:41:32 (2)** | 164:10 | **12:44:55 (1)** | 166:15 | **12:47:04 (1)** |
| 163:5,6 | **12:43:55 (1)** | 165:12 | **12:45:54 (1)** | 167:21 |
| **12:41:34 (2)** | 164:11 | **12:44:57 (1)** | 166:16 | **12:47:06 (1)** |
| 163:7,8 | **12:43:56 (1)** | 165:13 | **12:45:57 (1)** | 167:22 |
| **12:41:37 (1)** | 164:12 | **12:44:59 (1)** | 166:17 | **12:47:09 (1)** |
| 163:9 | **12:43:58 (1)** | 165:14 | **12:45:59 (1)** | 167:23 |
| **12:42:39 (1)** | 164:13 | **12:45:02 (1)** | 166:18 | **12:47:10 (2)** |

| | | | | |
|---|---|---|---|---|
| 167:24,25 | **12:48:13 (1)** | 170:7 | **12:50:07 (1)** | 172:14 |
| **12:47:12 (2)** | 169:6 | **12:49:12 (1)** | 171:12 | **12:51:28 (1)** |
| 168:2,3 | **12:48:15 (1)** | 170:8 | **12:50:09 (1)** | 172:15 |
| **12:47:13 (1)** | 169:7 | **12:49:14 (1)** | 171:13 | **12:51:31 (1)** |
| 168:4 | **12:48:17 (1)** | 170:9 | **12:50:15 (1)** | 172:16 |
| **12:47:16 (1)** | 169:8 | **12:49:21 (1)** | 171:14 | **12:51:32 (1)** |
| 168:5 | **12:48:20 (1)** | 170:10 | **12:50:18 (1)** | 172:17 |
| **12:47:17 (1)** | 169:9 | **12:49:25 (1)** | 171:15 | **12:51:33 (1)** |
| 168:6 | **12:48:22 (1)** | 170:11 | **12:50:19 (1)** | 172:18 |
| **12:47:20 (1)** | 169:10 | **12:49:27 (1)** | 171:16 | **12:51:46 (1)** |
| 168:7 | **12:48:24 (1)** | 170:12 | **12:50:21 (1)** | 172:19 |
| **12:47:24 (2)** | 169:11 | **12:49:28 (2)** | 171:17 | **12:51:48 (1)** |
| 168:8,9 | **12:48:25 (1)** | 170:13,14 | **12:50:23 (2)** | 172:20 |
| **12:47:26 (1)** | 169:12 | **12:49:29 (1)** | 171:18,19 | **12:51:49 (1)** |
| 168:10 | **12:48:29 (1)** | 170:15 | **12:50:28 (1)** | 172:21 |
| **12:47:27 (1)** | 169:13 | **12:49:31 (1)** | 171:20 | **12:51:51 (1)** |
| 168:11 | **12:48:31 (1)** | 170:16 | **12:50:31 (1)** | 172:22 |
| **12:47:28 (1)** | 169:14 | **12:49:32 (1)** | 171:21 | **12:51:53 (2)** |
| 168:12 | **12:48:32 (1)** | 170:17 | **12:50:33 (1)** | 172:23,24 |
| **12:47:30 (1)** | 169:15 | **12:49:34 (1)** | 171:22 | **12:51:56 (1)** |
| 168:13 | **12:48:38 (1)** | 170:18 | **12:50:43 (1)** | 172:25 |
| **12:47:32 (1)** | 169:16 | **12:49:37 (1)** | 171:23 | **12:51:57 (1)** |
| 168:14 | **12:48:41 (1)** | 170:19 | **12:50:45 (1)** | 173:2 |
| **12:47:35 (1)** | 169:17 | **12:49:38 (1)** | 171:24 | **12:51:59 (1)** |
| 168:15 | **12:48:42 (1)** | 170:20 | **12:50:46 (1)** | 173:3 |
| **12:47:37 (1)** | 169:18 | **12:49:40 (1)** | 171:25 | **12:52:01 (1)** |
| 168:16 | **12:48:45 (1)** | 170:21 | **12:50:51 (1)** | 173:4 |
| **12:47:39 (1)** | 169:19 | **12:49:42 (1)** | 172:2 | **12:52:02 (1)** |
| 168:17 | **12:48:48 (1)** | 170:22 | **12:50:53 (1)** | 173:5 |
| **12:47:40 (1)** | 169:20 | **12:49:44 (1)** | 172:3 | **12:52:03 (1)** |
| 168:18 | **12:48:50 (1)** | 170:23 | **12:50:56 (1)** | 173:6 |
| **12:47:42 (1)** | 169:21 | **12:49:45 (1)** | 172:4 | **12:52:04 (1)** |
| 168:19 | **12:48:51 (1)** | 170:24 | **12:50:59 (1)** | 173:7 |
| **12:47:43 (2)** | 169:22 | **12:49:47 (1)** | 172:5 | **12:52:06 (1)** |
| 168:20,21 | **12:48:52 (1)** | 170:25 | **12:51:00 (1)** | 173:8 |
| **12:47:45 (1)** | 169:23 | **12:49:51 (1)** | 172:6 | **12:52:07 (1)** |
| 168:22 | **12:48:54 (1)** | 171:2 | **12:51:01 (1)** | 173:9 |
| **12:47:50 (1)** | 169:24 | **12:49:52 (1)** | 172:7 | **12:52:10 (1)** |
| 168:23 | **12:48:57 (1)** | 171:3 | **12:51:02 (1)** | 173:10 |
| **12:47:54 (1)** | 169:25 | **12:49:54 (1)** | 172:8 | **12:52:12 (2)** |
| 168:24 | **12:48:58 (1)** | 171:4 | **12:51:19 (1)** | 173:11,12 |
| **12:47:55 (1)** | 170:2 | **12:49:56 (1)** | 172:9 | **12:52:14 (1)** |
| 168:25 | **12:49:02 (1)** | 171:5 | **12:51:20 (1)** | 173:13 |
| **12:47:58 (1)** | 170:3 | **12:49:59 (1)** | 172:10 | **12:52:16 (1)** |
| 169:2 | **12:49:05 (1)** | 171:6 | **12:51:22 (1)** | 173:14 |
| **12:47:59 (1)** | 170:4 | **12:50:02 (3)** | 172:11 | **12:52:32 (2)** |
| 169:3 | **12:49:07 (1)** | 171:7,8,9 | **12:51:24 (1)** | 173:15,16 |
| **12:48:08 (1)** | 170:5 | **12:50:04 (1)** | 172:12 | **12:52:34 (1)** |
| 169:4 | **12:49:09 (1)** | 171:10 | **12:51:25 (1)** | 173:17 |
| **12:48:11 (1)** | 170:6 | **12:50:05 (1)** | 172:13 | **12:52:36 (1)** |
| 169:5 | **12:49:11 (1)** | 171:11 | **12:51:27 (1)** | 173:18 |

| | | | | |
|---|---|---|---|---|
| **12:52:38 (1)** | 175:2 | **12:55:29 (2)** | 177:12,13 | **12:58:14 (2)** |
| 173:19 | **12:54:28 (1)** | 176:7,8 | **12:56:41 (1)** | 178:19,20 |
| **12:52:41 (2)** | 175:3 | **12:55:36 (1)** | 177:14 | **12:58:16 (2)** |
| 173:20,21 | **12:54:33 (1)** | 176:9 | **12:56:44 (1)** | 178:21,22 |
| **12:53:01 (2)** | 175:4 | **12:55:38 (2)** | 177:15 | **12:58:20 (1)** |
| 173:22,23 | **12:54:38 (1)** | 176:10,11 | **12:56:47 (2)** | 178:23 |
| **12:53:03 (2)** | 175:5 | **12:55:40 (1)** | 177:16,17 | **12:58:21 (1)** |
| 173:24,25 | **12:54:40 (2)** | 176:12 | **12:56:57 (1)** | 178:24 |
| **12:53:05 (1)** | 175:6,7 | **12:55:41 (1)** | 177:18 | **12:58:24 (1)** |
| 174:2 | **12:54:41 (1)** | 176:13 | **12:56:59 (1)** | 178:25 |
| **12:53:08 (1)** | 175:8 | **12:55:43 (1)** | 177:19 | **12:58:27 (1)** |
| 174:3 | **12:54:42 (2)** | 176:14 | **12:57:21 (2)** | 179:2 |
| **12:53:15 (1)** | 175:9,10 | **12:55:46 (1)** | 177:20,21 | **12:58:30 (1)** |
| 174:4 | **12:54:43 (1)** | 176:15 | **12:57:22 (1)** | 179:3 |
| **12:53:42 (1)** | 175:11 | **12:55:49 (1)** | 177:22 | **12:58:32 (1)** |
| 174:5 | **12:54:46 (1)** | 176:16 | **12:57:24 (2)** | 179:4 |
| **12:53:43 (1)** | 175:12 | **12:55:50 (1)** | 177:23,24 | **12:58:34 (2)** |
| 174:6 | **12:54:48 (1)** | 176:17 | **12:57:27 (1)** | 179:5,6 |
| **12:53:46 (1)** | 175:13 | **12:55:52 (1)** | 177:25 | **12:58:40 (1)** |
| 174:7 | **12:54:49 (1)** | 176:18 | **12:57:31 (1)** | 179:7 |
| **12:53:50 (1)** | 175:14 | **12:55:54 (1)** | 178:2 | **12:58:42 (1)** |
| 174:8 | **12:54:50 (1)** | 176:19 | **12:57:35 (1)** | 179:8 |
| **12:53:54 (1)** | 175:15 | **12:55:56 (2)** | 178:3 | **12:58:55 (1)** |
| 174:9 | **12:55:03 (1)** | 176:20,21 | **12:57:37 (1)** | 179:9 |
| **12:53:56 (1)** | 175:16 | **12:55:57 (1)** | 178:4 | **12:58:58 (1)** |
| 174:10 | **12:55:05 (1)** | 176:22 | **12:57:43 (1)** | 179:10 |
| **12:54:00 (1)** | 175:17 | **12:55:59 (1)** | 178:5 | **12:58:59 (1)** |
| 174:11 | **12:55:07 (1)** | 176:23 | **12:57:45 (1)** | 179:11 |
| **12:54:05 (1)** | 175:18 | **12:56:00 (1)** | 178:6 | **12:59:00 (1)** |
| 174:12 | **12:55:08 (1)** | 176:24 | **12:57:47 (1)** | 179:12 |
| **12:54:06 (1)** | 175:19 | **12:56:01 (1)** | 178:7 | **12:59:02 (1)** |
| 174:13 | **12:55:09 (1)** | 176:25 | **12:57:50 (1)** | 179:13 |
| **12:54:08 (1)** | 175:20 | **12:56:03 (1)** | 178:8 | **12:59:05 (1)** |
| 174:14 | **12:55:12 (1)** | 177:2 | **12:57:52 (1)** | 179:14 |
| **12:54:09 (1)** | 175:21 | **12:56:04 (1)** | 178:9 | **12:59:07 (1)** |
| 174:15 | **12:55:14 (1)** | 177:3 | **12:57:56 (1)** | 179:15 |
| **12:54:10 (2)** | 175:22 | **12:56:06 (1)** | 178:10 | **12:59:08 (1)** |
| 174:16,17 | **12:55:15 (1)** | 177:4 | **12:58:00 (1)** | 179:16 |
| **12:54:12 (2)** | 175:23 | **12:56:08 (1)** | 178:11 | **12:59:10 (1)** |
| 174:18,19 | **12:55:18 (1)** | 177:5 | **12:58:04 (1)** | 179:17 |
| **12:54:14 (1)** | 175:24 | **12:56:10 (1)** | 178:12 | **12:59:13 (1)** |
| 174:20 | **12:55:20 (1)** | 177:6 | **12:58:05 (1)** | 179:18 |
| **12:54:18 (1)** | 175:25 | **12:56:11 (1)** | 178:13 | **12:59:15 (1)** |
| 174:21 | **12:55:22 (1)** | 177:7 | **12:58:07 (1)** | 179:19 |
| **12:54:19 (1)** | 176:2 | **12:56:13 (1)** | 178:14 | **12:59:16 (1)** |
| 174:22 | **12:55:24 (1)** | 177:8 | **12:58:10 (1)** | 179:20 |
| **12:54:23 (2)** | 176:3 | **12:56:16 (1)** | 178:15 | **12:59:17 (1)** |
| 174:23,24 | **12:55:25 (2)** | 177:9 | **12:58:12 (1)** | 179:21 |
| **12:54:24 (1)** | 176:4,5 | **12:56:18 (2)** | 178:16 | **12:59:19 (1)** |
| 174:25 | **12:55:27 (1)** | 177:10,11 | **12:58:13 (2)** | 179:22 |
| **12:54:27 (1)** | 176:6 | **12:56:39 (2)** | 178:17,18 | **12:59:21 (1)** |

179:23
**12:59:25 (1)**
179:24
**12:59:26 (1)**
179:25
**12:59:30 (1)**
180:2
**12:59:31 (1)**
180:3
**12:59:33 (1)**
180:4
**12:59:37 (1)**
180:5
**12:59:38 (1)**
180:6
**12:59:39 (1)**
180:7
**12:59:40 (1)**
180:8
**12:59:41 (1)**
180:9
**12:59:43 (1)**
180:10
**12:59:44 (1)**
180:11
**12:59:47 (1)**
180:12
**12:59:49 (1)**
180:13
**12:59:52 (1)**
180:14
**12:59:53 (1)**
180:15
**12:59:54 (1)**
180:16
**12:59:56 (1)**
180:17
**12:59:57 (1)**
180:18
**12:59:59 (1)**
180:19
**1215 (1)**
1:6
**13 (6)**
232:20,23 237:8,22
329:6,14
**13:00:01 (1)**
180:20
**13:00:04 (1)**
180:21
**13:00:06 (1)**

180:22
**13:00:09 (1)**
180:23
**13:00:10 (1)**
180:24
**13:00:11 (1)**
180:25
**13:00:14 (1)**
181:2
**13:00:15 (1)**
181:3
**13:00:18 (1)**
181:4
**13:00:19 (1)**
181:5
**13:00:21 (1)**
181:6
**13:00:23 (1)**
181:7
**13:00:27 (1)**
181:8
**13:00:29 (2)**
181:9,10
**13:00:31 (1)**
181:11
**13:00:33 (1)**
181:12
**13:00:34 (1)**
181:13
**13:00:35 (1)**
181:14
**13:00:37 (1)**
181:15
**13:00:39 (2)**
181:16,17
**13:00:41 (1)**
181:18
**13:00:43 (1)**
181:19
**13:00:46 (2)**
181:20,21
**13:01:13 (1)**
181:22
**13:01:15 (1)**
181:23
**13:01:22 (1)**
181:24
**13:01:24 (1)**
181:25
**13:01:31 (1)**
182:2

**13:01:38 (1)**
182:3
**13:01:40 (1)**
182:4
**13:01:42 (1)**
182:5
**13:01:44 (1)**
182:6
**13:01:49 (1)**
182:7
**13:01:54 (1)**
182:8
**13:01:56 (1)**
182:9
**13:01:58 (1)**
182:10
**13:02:02 (2)**
182:11,12
**13:02:04 (2)**
182:13,14
**13:02:06 (1)**
182:15
**13:02:08 (1)**
182:16
**13:02:10 (1)**
182:17
**13:02:11 (1)**
182:18
**13:02:12 (1)**
182:19
**13:02:16 (1)**
182:20
**13:02:17 (1)**
182:21
**13:02:18 (1)**
182:22
**13:02:20 (1)**
182:23
**13:02:21 (1)**
182:24
**13:02:22 (1)**
182:25
**13:02:25 (2)**
183:2,3
**13:11:26 (1)**
183:4
**13:12:57 (1)**
183:5
**13:13:00 (1)**
183:6
**13:13:03 (1)**

183:7
**13:13:04 (1)**
183:8
**13:13:05 (1)**
183:9
**13:13:08 (1)**
183:10
**13:13:11 (1)**
183:11
**13:13:12 (1)**
183:12
**13:13:14 (1)**
183:13
**13:13:19 (1)**
183:14
**13:13:22 (1)**
183:15
**13:13:24 (2)**
183:16,17
**13:13:26 (1)**
183:18
**13:13:29 (1)**
183:19
**13:13:30 (1)**
183:20
**13:13:32 (1)**
183:21
**13:13:35 (1)**
183:22
**13:13:37 (1)**
183:23
**13:13:41 (1)**
183:24
**13:13:43 (1)**
183:25
**13:13:46 (1)**
184:2
**13:13:48 (1)**
184:3
**13:13:49 (1)**
184:4
**13:13:52 (1)**
184:5
**13:13:54 (1)**
184:6
**13:13:57 (1)**
184:7
**13:13:59 (1)**
184:8
**13:14:02 (1)**
184:9

**13:14:03 (1)**
184:10
**13:14:04 (1)**
184:11
**13:14:07 (2)**
184:12,13
**13:14:09 (1)**
184:14
**13:14:10 (1)**
184:15
**13:14:15 (1)**
184:16
**13:14:16 (1)**
184:17
**13:14:19 (2)**
184:18,19
**13:14:20 (1)**
184:20
**13:14:21 (1)**
184:21
**13:14:23 (1)**
184:22
**13:14:25 (1)**
184:23
**13:14:28 (1)**
184:24
**13:14:29 (1)**
184:25
**13:14:31 (1)**
185:2
**13:14:32 (1)**
185:3
**13:14:34 (1)**
185:4
**13:14:36 (1)**
185:5
**13:14:38 (1)**
185:6
**13:14:39 (1)**
185:7
**13:14:40 (1)**
185:8
**13:14:41 (1)**
185:9
**13:14:42 (1)**
185:10
**13:14:46 (1)**
185:11
**13:14:50 (1)**
185:12
**13:14:52 (1)**

| | | | | |
|---|---|---|---|---|
| 185:13 | **13:15:53 (1)** | 187:21 | **13:18:31 (2)** | 190:6 |
| **13:14:54 (1)** | 186:18 | **13:17:02 (1)** | 189:2,3 | **13:19:55 (1)** |
| 185:14 | **13:15:54 (1)** | 187:22 | **13:18:33 (2)** | 190:7 |
| **13:14:57 (2)** | 186:19 | **13:17:04 (1)** | 189:4,5 | **13:19:57 (1)** |
| 185:15,16 | **13:15:55 (1)** | 187:23 | **13:18:34 (1)** | 190:8 |
| **13:14:58 (1)** | 186:20 | **13:17:06 (1)** | 189:6 | **13:20:00 (1)** |
| 185:17 | **13:15:57 (1)** | 187:24 | **13:18:35 (2)** | 190:9 |
| **13:15:00 (1)** | 186:21 | **13:17:09 (1)** | 189:7,8 | **13:20:01 (1)** |
| 185:18 | **13:15:59 (1)** | 187:25 | **13:18:39 (1)** | 190:10 |
| **13:15:02 (1)** | 186:22 | **13:17:11 (1)** | 189:9 | **13:20:02 (1)** |
| 185:19 | **13:16:06 (2)** | 188:2 | **13:18:41 (1)** | 190:11 |
| **13:15:05 (1)** | 186:23,24 | **13:17:12 (1)** | 189:10 | **13:20:08 (1)** |
| 185:20 | **13:16:20 (2)** | 188:3 | **13:18:46 (1)** | 190:12 |
| **13:15:06 (1)** | 186:25 187:2 | **13:17:48 (2)** | 189:11 | **13:20:13 (1)** |
| 185:21 | **13:16:23 (1)** | 188:4,5 | **13:18:48 (1)** | 190:13 |
| **13:15:07 (1)** | 187:3 | **13:17:49 (1)** | 189:12 | **13:20:18 (1)** |
| 185:22 | **13:16:25 (1)** | 188:6 | **13:18:56 (1)** | 190:14 |
| **13:15:09 (1)** | 187:4 | **13:17:50 (2)** | 189:13 | **13:20:20 (1)** |
| 185:23 | **13:16:27 (1)** | 188:7,8 | **13:19:00 (1)** | 190:15 |
| **13:15:11 (1)** | 187:5 | **13:17:55 (1)** | 189:14 | **13:20:22 (1)** |
| 185:24 | **13:16:28 (1)** | 188:9 | **13:19:01 (1)** | 190:16 |
| **13:15:12 (1)** | 187:6 | **13:17:57 (1)** | 189:15 | **13:20:25 (1)** |
| 185:25 | **13:16:29 (1)** | 188:10 | **13:19:04 (1)** | 190:17 |
| **13:15:14 (1)** | 187:7 | **13:17:58 (1)** | 189:16 | **13:20:43 (1)** |
| 186:2 | **13:16:32 (1)** | 188:11 | **13:19:05 (1)** | 190:18 |
| **13:15:16 (1)** | 187:8 | **13:18:00 (2)** | 189:17 | **13:20:48 (1)** |
| 186:3 | **13:16:34 (1)** | 188:12,13 | **13:19:10 (1)** | 190:19 |
| **13:15:17 (2)** | 187:9 | **13:18:01 (1)** | 189:18 | **13:20:50 (1)** |
| 186:4,5 | **13:16:36 (1)** | 188:14 | **13:19:24 (1)** | 190:20 |
| **13:15:19 (1)** | 187:10 | **13:18:03 (1)** | 189:19 | **13:20:51 (1)** |
| 186:6 | **13:16:40 (1)** | 188:15 | **13:19:26 (1)** | 190:21 |
| **13:15:21 (1)** | 187:11 | **13:18:04 (1)** | 189:20 | **13:20:53 (1)** |
| 186:7 | **13:16:41 (1)** | 188:16 | **13:19:29 (1)** | 190:22 |
| **13:15:22 (1)** | 187:12 | **13:18:05 (1)** | 189:21 | **13:20:57 (1)** |
| 186:8 | **13:16:44 (1)** | 188:17 | **13:19:31 (1)** | 190:23 |
| **13:15:24 (1)** | 187:13 | **13:18:09 (1)** | 189:22 | **13:20:58 (1)** |
| 186:9 | **13:16:46 (1)** | 188:18 | **13:19:33 (1)** | 190:24 |
| **13:15:25 (1)** | 187:14 | **13:18:11 (1)** | 189:23 | **13:20:59 (1)** |
| 186:10 | **13:16:48 (1)** | 188:19 | **13:19:36 (1)** | 190:25 |
| **13:15:27 (1)** | 187:15 | **13:18:15 (1)** | 189:24 | **13:21:03 (1)** |
| 186:11 | **13:16:52 (1)** | 188:20 | **13:19:39 (1)** | 191:2 |
| **13:15:28 (1)** | 187:16 | **13:18:18 (1)** | 189:25 | **13:21:05 (1)** |
| 186:12 | **13:16:53 (1)** | 188:21 | **13:19:41 (1)** | 191:3 |
| **13:15:30 (1)** | 187:17 | **13:18:20 (1)** | 190:2 | **13:21:13 (1)** |
| 186:13 | **13:16:54 (1)** | 188:22 | **13:19:43 (1)** | 191:4 |
| **13:15:32 (1)** | 187:18 | **13:18:23 (1)** | 190:3 | **13:21:15 (1)** |
| 186:14 | **13:16:57 (1)** | 188:23 | **13:19:45 (1)** | 191:5 |
| **13:15:33 (2)** | 187:19 | **13:18:25 (1)** | 190:4 | **13:21:17 (1)** |
| 186:15,16 | **13:16:59 (1)** | 188:24 | **13:19:47 (1)** | 191:6 |
| **13:15:35 (1)** | 187:20 | **13:18:28 (1)** | 190:5 | **13:21:18 (1)** |
| 186:17 | **13:17:01 (1)** | 188:25 | **13:19:49 (1)** | 191:7 |

| | | | | |
|---|---|---|---|---|
| **13:21:20 (1)** | 192:10 | **13:23:18 (1)** | 194:17 | **13:25:32 (1)** |
| 191:8 | **13:22:16 (1)** | 193:14 | **13:24:20 (1)** | 195:25 |
| **13:21:21 (1)** | 192:11 | **13:23:20 (1)** | 194:18 | **13:25:36 (1)** |
| 191:9 | **13:22:17 (1)** | 193:15 | **13:24:21 (1)** | 196:2 |
| **13:21:26 (1)** | 192:12 | **13:23:24 (1)** | 194:19 | **13:25:38 (1)** |
| 191:10 | **13:22:19 (1)** | 193:16 | **13:24:34 (1)** | 196:3 |
| **13:21:28 (1)** | 192:13 | **13:23:27 (1)** | 194:20 | **13:25:41 (2)** |
| 191:11 | **13:22:21 (1)** | 193:17 | **13:24:36 (1)** | 196:4,5 |
| **13:21:31 (1)** | 192:14 | **13:23:29 (1)** | 194:21 | **13:25:42 (1)** |
| 191:12 | **13:22:23 (1)** | 193:18 | **13:24:37 (1)** | 196:6 |
| **13:21:34 (1)** | 192:15 | **13:23:31 (1)** | 194:22 | **13:25:50 (1)** |
| 191:13 | **13:22:26 (1)** | 193:19 | **13:24:38 (1)** | 196:7 |
| **13:21:36 (1)** | 192:16 | **13:23:33 (1)** | 194:23 | **13:25:54 (1)** |
| 191:14 | **13:22:28 (1)** | 193:20 | **13:24:39 (1)** | 196:8 |
| **13:21:37 (1)** | 192:17 | **13:23:36 (1)** | 194:24 | **13:25:58 (1)** |
| 191:15 | **13:22:31 (1)** | 193:21 | **13:24:42 (1)** | 196:9 |
| **13:21:39 (1)** | 192:18 | **13:23:40 (2)** | 194:25 | **13:26:00 (1)** |
| 191:16 | **13:22:32 (1)** | 193:22,23 | **13:24:45 (1)** | 196:10 |
| **13:21:41 (1)** | 192:19 | **13:23:41 (1)** | 195:2 | **13:26:04 (1)** |
| 191:17 | **13:22:34 (1)** | 193:24 | **13:24:46 (2)** | 196:11 |
| **13:21:44 (1)** | 192:20 | **13:23:43 (1)** | 195:3,4 | **13:26:07 (1)** |
| 191:18 | **13:22:35 (1)** | 193:25 | **13:24:47 (1)** | 196:12 |
| **13:21:45 (1)** | 192:21 | **13:23:44 (2)** | 195:5 | **13:26:08 (1)** |
| 191:19 | **13:22:37 (1)** | 194:2,3 | **13:24:52 (1)** | 196:13 |
| **13:21:49 (1)** | 192:22 | **13:23:45 (1)** | 195:6 | **13:26:09 (1)** |
| 191:20 | **13:22:38 (1)** | 194:4 | **13:24:54 (1)** | 196:14 |
| **13:21:50 (1)** | 192:23 | **13:23:49 (1)** | 195:7 | **13:26:12 (1)** |
| 191:21 | **13:22:40 (2)** | 194:5 | **13:24:55 (2)** | 196:15 |
| **13:21:52 (1)** | 192:24,25 | **13:23:51 (1)** | 195:8,9 | **13:26:16 (1)** |
| 191:22 | **13:22:45 (1)** | 194:6 | **13:25:00 (1)** | 196:16 |
| **13:21:53 (1)** | 193:2 | **13:23:52 (1)** | 195:10 | **13:26:18 (1)** |
| 191:23 | **13:22:48 (2)** | 194:7 | **13:25:03 (1)** | 196:17 |
| **13:21:55 (1)** | 193:3,4 | **13:23:53 (1)** | 195:11 | **13:26:19 (1)** |
| 191:24 | **13:22:50 (1)** | 194:8 | **13:25:05 (3)** | 196:18 |
| **13:21:56 (2)** | 193:5 | **13:23:55 (1)** | 195:12,13,14 | **13:26:21 (1)** |
| 191:25 192:2 | **13:22:53 (1)** | 194:9 | **13:25:07 (1)** | 196:19 |
| **13:21:58 (1)** | 193:6 | **13:23:58 (1)** | 195:15 | **13:26:22 (1)** |
| 192:3 | **13:22:55 (1)** | 194:10 | **13:25:09 (1)** | 196:20 |
| **13:22:01 (1)** | 193:7 | **13:24:01 (1)** | 195:16 | **13:26:23 (1)** |
| 192:4 | **13:22:58 (1)** | 194:11 | **13:25:11 (2)** | 196:21 |
| **13:22:04 (1)** | 193:8 | **13:24:04 (1)** | 195:17,18 | **13:26:26 (1)** |
| 192:5 | **13:23:07 (1)** | 194:12 | **13:25:16 (1)** | 196:22 |
| **13:22:05 (1)** | 193:9 | **13:24:07 (1)** | 195:19 | **13:26:29 (1)** |
| 192:6 | **13:23:10 (1)** | 194:13 | **13:25:19 (1)** | 196:23 |
| **13:22:08 (1)** | 193:10 | **13:24:10 (1)** | 195:20 | **13:26:31 (1)** |
| 192:7 | **13:23:11 (1)** | 194:14 | **13:25:22 (1)** | 196:24 |
| **13:22:09 (1)** | 193:11 | **13:24:12 (1)** | 195:21 | **13:26:47 (1)** |
| 192:8 | **13:23:12 (1)** | 194:15 | **13:25:26 (2)** | 196:25 |
| **13:22:11 (1)** | 193:12 | **13:24:15 (1)** | 195:22,23 | **13:26:48 (1)** |
| 192:9 | **13:23:15 (1)** | 194:16 | **13:25:29 (1)** | 197:2 |
| **13:22:14 (1)** | 193:13 | **13:24:18 (1)** | 195:24 | **13:26:51 (1)** |

| | | | | |
|---|---|---|---|---|
| 197:3 | **13:28:17 (1)** | 199:19 | **13:30:37 (1)** | 201:24 |
| **13:26:52 (4)** | 198:12 | **13:29:33 (1)** | 200:21 | **13:31:47 (2)** |
| 197:4,5,6,7 | **13:28:21 (1)** | 199:20 | **13:30:40 (1)** | 201:25 202:2 |
| **13:26:57 (1)** | 198:13 | **13:29:35 (1)** | 200:22 | **13:31:48 (1)** |
| 197:8 | **13:28:24 (1)** | 199:21 | **13:30:43 (1)** | 202:3 |
| **13:26:59 (1)** | 198:14 | **13:29:38 (1)** | 200:23 | **13:31:50 (1)** |
| 197:9 | **13:28:27 (1)** | 199:22 | **13:30:44 (1)** | 202:4 |
| **13:27:03 (1)** | 198:15 | **13:29:41 (1)** | 200:24 | **13:31:52 (1)** |
| 197:10 | **13:28:28 (1)** | 199:23 | **13:30:46 (1)** | 202:5 |
| **13:27:06 (1)** | 198:16 | **13:29:44 (1)** | 200:25 | **13:31:53 (1)** |
| 197:11 | **13:28:31 (1)** | 199:24 | **13:30:48 (1)** | 202:6 |
| **13:27:08 (1)** | 198:17 | **13:29:46 (1)** | 201:2 | **13:31:57 (1)** |
| 197:12 | **13:28:35 (1)** | 199:25 | **13:30:50 (1)** | 202:7 |
| **13:27:11 (5)** | 198:18 | **13:29:49 (1)** | 201:3 | **13:32:03 (1)** |
| 197:13,14,15,16,17 | **13:28:37 (2)** | 200:2 | **13:30:53 (1)** | 202:8 |
| **13:27:34 (1)** | 198:19,20 | **13:29:52 (1)** | 201:4 | **13:32:07 (1)** |
| 197:18 | **13:28:39 (1)** | 200:3 | **13:30:56 (1)** | 202:9 |
| **13:27:36 (1)** | 198:21 | **13:29:55 (1)** | 201:5 | **13:32:08 (1)** |
| 197:19 | **13:28:42 (2)** | 200:4 | **13:31:00 (1)** | 202:10 |
| **13:27:37 (1)** | 198:22,23 | **13:29:58 (1)** | 201:6 | **13:32:10 (1)** |
| 197:20 | **13:28:43 (1)** | 200:5 | **13:31:03 (1)** | 202:11 |
| **13:27:40 (1)** | 198:24 | **13:29:59 (1)** | 201:7 | **13:32:11 (1)** |
| 197:21 | **13:28:44 (2)** | 200:6 | **13:31:04 (1)** | 202:12 |
| **13:27:42 (1)** | 198:25 199:2 | **13:30:01 (1)** | 201:8 | **13:32:14 (2)** |
| 197:22 | **13:28:46 (2)** | 200:7 | **13:31:07 (1)** | 202:13,14 |
| **13:27:43 (1)** | 199:3,4 | **13:30:02 (1)** | 201:9 | **13:32:18 (1)** |
| 197:23 | **13:28:47 (1)** | 200:8 | **13:31:11 (2)** | 202:15 |
| **13:27:44 (1)** | 199:5 | **13:30:04 (1)** | 201:10,11 | **13:32:22 (1)** |
| 197:24 | **13:28:59 (2)** | 200:9 | **13:31:13 (1)** | 202:16 |
| **13:27:46 (1)** | 199:6,7 | **13:30:06 (1)** | 201:12 | **13:32:24 (1)** |
| 197:25 | **13:29:08 (1)** | 200:10 | **13:31:15 (1)** | 202:17 |
| **13:27:49 (1)** | 199:8 | **13:30:14 (1)** | 201:13 | **13:32:26 (1)** |
| 198:2 | **13:29:10 (1)** | 200:11 | **13:31:16 (1)** | 202:18 |
| **13:27:51 (1)** | 199:9 | **13:30:16 (1)** | 201:14 | **13:32:27 (1)** |
| 198:3 | **13:29:11 (1)** | 200:12 | **13:31:21 (1)** | 202:19 |
| **13:27:52 (1)** | 199:10 | **13:30:17 (1)** | 201:15 | **13:32:28 (1)** |
| 198:4 | **13:29:13 (1)** | 200:13 | **13:31:23 (1)** | 202:20 |
| **13:27:54 (1)** | 199:11 | **13:30:19 (1)** | 201:16 | **13:32:36 (1)** |
| 198:5 | **13:29:19 (1)** | 200:14 | **13:31:28 (2)** | 202:21 |
| **13:27:55 (1)** | 199:12 | **13:30:21 (1)** | 201:17,18 | **13:32:37 (1)** |
| 198:6 | **13:29:22 (1)** | 200:15 | **13:31:34 (1)** | 202:22 |
| **13:27:56 (1)** | 199:13 | **13:30:23 (1)** | 201:19 | **13:32:39 (1)** |
| 198:7 | **13:29:25 (1)** | 200:16 | **13:31:35 (1)** | 202:23 |
| **13:28:06 (1)** | 199:14 | **13:30:25 (1)** | 201:20 | **13:32:41 (1)** |
| 198:8 | **13:29:26 (1)** | 200:17 | **13:31:36 (1)** | 202:24 |
| **13:28:08 (1)** | 199:15 | **13:30:29 (1)** | 201:21 | **13:32:44 (1)** |
| 198:9 | **13:29:27 (2)** | 200:18 | **13:31:37 (1)** | 202:25 |
| **13:28:09 (1)** | 199:16,17 | **13:30:32 (1)** | 201:22 | **13:32:47 (3)** |
| 198:10 | **13:29:28 (1)** | 200:19 | **13:31:42 (1)** | 203:2,3,4 |
| **13:28:15 (1)** | 199:18 | **13:30:34 (1)** | 201:23 | **13:33:09 (2)** |
| 198:11 | **13:29:31 (1)** | 200:20 | **13:31:45 (1)** | 203:5,6 |

**13:33:12 (1)**
203:7
**13:33:13 (1)**
203:8
**13:33:16 (1)**
203:9
**13:33:18 (1)**
203:10
**13:33:20 (1)**
203:11
**13:33:22 (1)**
203:12
**13:33:25 (2)**
203:13,14
**13:33:27 (1)**
203:15
**13:33:29 (2)**
203:16,17
**13:33:30 (1)**
203:18
**13:33:38 (1)**
203:19
**13:33:40 (1)**
203:20
**13:33:42 (1)**
203:21
**13:33:45 (1)**
203:22
**13:33:46 (1)**
203:23
**13:33:47 (1)**
203:24
**13:33:48 (1)**
203:25
**13:33:50 (1)**
204:2
**13:33:51 (1)**
204:3
**13:33:53 (2)**
204:4,5
**13:33:54 (1)**
204:6
**13:33:55 (2)**
204:7,8
**13:33:57 (1)**
204:9
**13:33:58 (1)**
204:10
**13:33:59 (1)**
204:11
**13:34:01 (1)**

204:12
**13:34:03 (2)**
204:13,14
**13:34:06 (1)**
204:15
**13:34:07 (1)**
204:16
**13:34:16 (1)**
204:17
**13:35:35 (1)**
204:18
**13:35:37 (1)**
204:19
**13:35:38 (1)**
204:20
**13:35:41 (1)**
204:21
**13:35:43 (1)**
204:22
**13:35:44 (1)**
204:23
**13:35:45 (1)**
204:24
**13:35:46 (1)**
204:25
**13:35:47 (1)**
205:2
**13:35:49 (1)**
205:3
**13:35:51 (1)**
205:4
**13:35:52 (1)**
205:5
**13:35:53 (1)**
205:6
**13:35:55 (1)**
205:7
**13:35:56 (2)**
205:8,9
**13:35:59 (1)**
205:10
**13:36:00 (1)**
205:11
**13:36:01 (2)**
205:12,13
**13:36:02 (1)**
205:14
**13:36:03 (1)**
205:15
**13:36:05 (1)**
205:16

**13:36:07 (1)**
205:17
**13:36:10 (1)**
205:18
**13:36:12 (1)**
205:19
**13:36:14 (1)**
205:20
**13:36:17 (1)**
205:21
**13:36:19 (1)**
205:22
**13:36:22 (1)**
205:23
**13:36:25 (1)**
205:24
**13:36:30 (1)**
205:25
**13:36:32 (1)**
206:2
**13:36:35 (1)**
206:3
**13:36:37 (1)**
206:4
**13:36:40 (1)**
206:5
**13:36:42 (1)**
206:6
**13:36:44 (1)**
206:7
**13:36:45 (1)**
206:8
**13:36:49 (1)**
206:9
**13:36:52 (1)**
206:10
**13:36:55 (1)**
206:11
**13:36:58 (1)**
206:12
**13:37:00 (1)**
206:13
**13:37:02 (1)**
206:14
**13:37:04 (1)**
206:15
**13:37:09 (1)**
206:16
**13:37:11 (1)**
206:17
**13:37:13 (1)**

206:18
**13:37:15 (1)**
206:19
**13:37:17 (1)**
206:20
**13:37:19 (2)**
206:21,22
**13:37:22 (2)**
206:23,24
**13:37:24 (1)**
206:25
**13:37:25 (2)**
207:2,3
**13:37:26 (1)**
207:4
**13:37:27 (1)**
207:5
**13:37:28 (2)**
207:6,7
**13:37:30 (1)**
207:8
**13:37:32 (2)**
207:9,10
**13:37:34 (1)**
207:11
**13:37:35 (1)**
207:12
**13:37:37 (1)**
207:13
**13:37:38 (1)**
207:14
**13:37:40 (1)**
207:15
**13:37:43 (1)**
207:16
**13:37:46 (1)**
207:17
**13:37:49 (2)**
207:18,19
**13:37:51 (1)**
207:20
**13:37:55 (1)**
207:21
**13:37:57 (1)**
207:22
**13:39:11 (2)**
208:8,9
**13:39:18 (1)**
208:10
**13:39:20 (1)**
208:11

**13:39:22 (1)**
208:12
**13:39:24 (1)**
208:13
**13:39:25 (1)**
208:14
**13:39:28 (1)**
208:15
**13:39:30 (1)**
208:16
**13:39:34 (1)**
208:17
**13:39:35 (1)**
208:18
**13:39:36 (1)**
208:19
**13:39:38 (1)**
208:20
**13:40:02 (2)**
208:21,22
**13:40:25 (2)**
208:23,24
**13:40:26 (1)**
208:25
**13:40:28 (1)**
209:2
**13:40:30 (1)**
209:3
**13:40:33 (1)**
209:4
**13:40:41 (1)**
209:5
**13:40:44 (1)**
209:6
**13:40:45 (1)**
209:7
**13:40:46 (1)**
209:8
**13:40:49 (2)**
209:9,10
**13:40:51 (1)**
209:11
**13:40:53 (1)**
209:12
**13:40:55 (1)**
209:13
**13:40:56 (1)**
209:14
**13:40:57 (1)**
209:15
**13:40:58 (1)**

| | | | | |
|---|---|---|---|---|
| 209:16 | **13:41:57 (1)** | 211:25 | **14:38:25 (1)** | 214:5 |
| **13:41:07 (1)** | 210:20 | **14:37:16 (1)** | 213:4 | **14:39:45 (1)** |
| 209:17 | **13:42:00 (1)** | 212:2 | **14:38:30 (1)** | 214:6 |
| **13:41:08 (1)** | 210:21 | **14:37:17 (1)** | 213:5 | **14:39:47 (1)** |
| 209:18 | **13:42:02 (1)** | 212:3 | **14:38:34 (1)** | 214:7 |
| **13:41:10 (1)** | 210:22 | **14:37:18 (1)** | 213:6 | **14:39:50 (1)** |
| 209:19 | **13:42:04 (2)** | 212:4 | **14:38:36 (1)** | 214:8 |
| **13:41:11 (1)** | 210:23,24 | **14:37:21 (1)** | 213:7 | **14:39:52 (1)** |
| 209:20 | **13:42:05 (2)** | 212:5 | **14:38:37 (1)** | 214:9 |
| **13:41:14 (1)** | 210:25 211:2 | **14:37:23 (1)** | 213:8 | **14:39:54 (1)** |
| 209:21 | **13:42:07 (2)** | 212:6 | **14:38:41 (1)** | 214:10 |
| **13:41:15 (1)** | 211:3,4 | **14:37:24 (1)** | 213:9 | **14:39:55 (1)** |
| 209:22 | **13:42:08 (1)** | 212:7 | **14:38:46 (1)** | 214:11 |
| **13:41:16 (1)** | 211:5 | **14:37:26 (1)** | 213:10 | **14:40:01 (1)** |
| 209:23 | **14 (3)** | 212:8 | **14:38:49 (1)** | 214:12 |
| **13:41:18 (1)** | 238:13,16 329:16 | **14:37:31 (1)** | 213:11 | **14:40:03 (1)** |
| 209:24 | **14:36:05 (1)** | 212:9 | **14:38:54 (1)** | 214:13 |
| **13:41:20 (1)** | 211:6 | **14:37:33 (1)** | 213:12 | **14:40:06 (1)** |
| 209:25 | **14:36:30 (2)** | 212:10 | **14:38:58 (1)** | 214:14 |
| **13:41:21 (1)** | 211:7,8 | **14:37:34 (1)** | 213:13 | **14:40:08 (2)** |
| 210:2 | **14:36:34 (1)** | 212:11 | **14:39:00 (1)** | 214:15,16 |
| **13:41:23 (1)** | 211:9 | **14:37:35 (1)** | 213:14 | **14:40:12 (1)** |
| 210:3 | **14:36:35 (1)** | 212:12 | **14:39:02 (1)** | 214:17 |
| **13:41:24 (1)** | 211:10 | **14:37:36 (1)** | 213:15 | **14:40:15 (1)** |
| 210:4 | **14:36:37 (2)** | 212:13 | **14:39:05 (1)** | 214:18 |
| **13:41:25 (2)** | 211:11,12 | **14:37:42 (2)** | 213:16 | **14:40:18 (1)** |
| 210:5,6 | **14:36:38 (1)** | 212:14,15 | **14:39:07 (1)** | 214:19 |
| **13:41:26 (1)** | 211:13 | **14:37:46 (1)** | 213:17 | **14:40:19 (1)** |
| 210:7 | **14:36:44 (1)** | 212:16 | **14:39:09 (1)** | 214:20 |
| **13:41:31 (1)** | 211:14 | **14:37:49 (1)** | 213:18 | **14:40:21 (1)** |
| 210:8 | **14:36:46 (1)** | 212:17 | **14:39:16 (1)** | 214:21 |
| **13:41:33 (1)** | 211:15 | **14:37:51 (1)** | 213:19 | **14:40:23 (1)** |
| 210:9 | **14:36:48 (1)** | 212:18 | **14:39:20 (1)** | 214:22 |
| **13:41:41 (1)** | 211:16 | **14:37:52 (1)** | 213:20 | **14:40:24 (1)** |
| 210:10 | **14:36:51 (1)** | 212:19 | **14:39:24 (1)** | 214:23 |
| **13:41:43 (1)** | 211:17 | **14:37:56 (1)** | 213:21 | **14:40:28 (1)** |
| 210:11 | **14:36:54 (1)** | 212:20 | **14:39:25 (1)** | 214:24 |
| **13:41:44 (1)** | 211:18 | **14:38:00 (1)** | 213:22 | **14:40:30 (2)** |
| 210:12 | **14:36:55 (1)** | 212:21 | **14:39:27 (1)** | 214:25 215:2 |
| **13:41:47 (1)** | 211:19 | **14:38:04 (1)** | 213:23 | **14:40:31 (1)** |
| 210:13 | **14:36:56 (1)** | 212:22 | **14:39:28 (1)** | 215:3 |
| **13:41:48 (1)** | 211:20 | **14:38:08 (1)** | 213:24 | **14:40:34 (1)** |
| 210:14 | **14:37:03 (1)** | 212:23 | **14:39:34 (1)** | 215:4 |
| **13:41:50 (1)** | 211:21 | **14:38:11 (1)** | 213:25 | **14:40:35 (1)** |
| 210:15 | **14:37:04 (1)** | 212:24 | **14:39:36 (1)** | 215:5 |
| **13:41:52 (2)** | 211:22 | **14:38:15 (1)** | 214:2 | **14:40:37 (1)** |
| 210:16,17 | **14:37:11 (1)** | 212:25 | **14:39:37 (1)** | 215:6 |
| **13:41:54 (1)** | 211:23 | **14:38:19 (1)** | 214:3 | **14:40:40 (1)** |
| 210:18 | **14:37:13 (1)** | 213:2 | **14:39:39 (1)** | 215:7 |
| **13:41:56 (1)** | 211:24 | **14:38:22 (1)** | 214:4 | **14:40:42 (1)** |
| 210:19 | **14:37:15 (1)** | 213:3 | **14:39:42 (1)** | 215:8 |

| | | | | |
|---|---|---|---|---|
| **14:40:45 (2)** | 216:15 | **14:42:57 (2)** | 218:24,25 | **14:45:16 (1)** |
| 215:9,10 | **14:41:48 (1)** | 217:18,19 | **14:44:23 (1)** | 220:7 |
| **14:40:48 (1)** | 216:16 | **14:42:59 (2)** | 219:2 | **14:45:18 (2)** |
| 215:11 | **14:41:51 (1)** | 217:20,21 | **14:44:24 (1)** | 220:8,9 |
| **14:40:50 (2)** | 216:17 | **14:43:02 (1)** | 219:3 | **14:45:21 (1)** |
| 215:12,13 | **14:41:52 (2)** | 217:22 | **14:44:27 (1)** | 220:10 |
| **14:40:53 (1)** | 216:18,19 | **14:43:04 (1)** | 219:4 | **14:45:22 (1)** |
| 215:14 | **14:42:01 (1)** | 217:23 | **14:44:30 (1)** | 220:11 |
| **14:41:01 (1)** | 216:20 | **14:43:08 (1)** | 219:5 | **14:45:23 (2)** |
| 215:15 | **14:42:05 (1)** | 217:24 | **14:44:31 (1)** | 220:12,13 |
| **14:41:04 (1)** | 216:21 | **14:43:10 (1)** | 219:6 | **14:45:24 (1)** |
| 215:16 | **14:42:06 (1)** | 217:25 | **14:44:33 (1)** | 220:14 |
| **14:41:05 (1)** | 216:22 | **14:43:13 (1)** | 219:7 | **14:45:26 (1)** |
| 215:17 | **14:42:09 (1)** | 218:2 | **14:44:35 (2)** | 220:15 |
| **14:41:07 (2)** | 216:23 | **14:43:14 (1)** | 219:8,9 | **14:45:27 (1)** |
| 215:18,19 | **14:42:11 (1)** | 218:3 | **14:44:36 (1)** | 220:16 |
| **14:41:12 (1)** | 216:24 | **14:43:15 (1)** | 219:10 | **14:45:28 (2)** |
| 215:20 | **14:42:12 (1)** | 218:4 | **14:44:42 (2)** | 220:17,18 |
| **14:41:14 (1)** | 216:25 | **14:43:19 (1)** | 219:11,12 | **14:45:29 (1)** |
| 215:21 | **14:42:14 (1)** | 218:5 | **14:44:44 (2)** | 220:19 |
| **14:41:15 (1)** | 217:2 | **14:43:21 (1)** | 219:13,14 | **14:45:31 (1)** |
| 215:22 | **14:42:15 (1)** | 218:6 | **14:44:46 (1)** | 220:20 |
| **14:41:17 (1)** | 217:3 | **14:43:25 (2)** | 219:15 | **14:45:33 (1)** |
| 215:23 | **14:42:17 (1)** | 218:7,8 | **14:44:48 (1)** | 220:21 |
| **14:41:20 (1)** | 217:4 | **14:43:33 (1)** | 219:16 | **14:45:34 (2)** |
| 215:24 | **14:42:18 (1)** | 218:9 | **14:44:49 (2)** | 220:22,23 |
| **14:41:21 (1)** | 217:5 | **14:43:36 (1)** | 219:17,18 | **14:45:35 (2)** |
| 215:25 | **14:42:20 (1)** | 218:10 | **14:44:53 (1)** | 220:24,25 |
| **14:41:22 (1)** | 217:6 | **14:43:38 (2)** | 219:19 | **14:45:37 (1)** |
| 216:2 | **14:42:22 (1)** | 218:11,12 | **14:44:54 (1)** | 221:2 |
| **14:41:24 (1)** | 217:7 | **14:43:39 (1)** | 219:20 | **14:45:38 (1)** |
| 216:3 | **14:42:25 (1)** | 218:13 | **14:44:56 (1)** | 221:3 |
| **14:41:25 (1)** | 217:8 | **14:43:41 (2)** | 219:21 | **14:45:45 (1)** |
| 216:4 | **14:42:26 (1)** | 218:14,15 | **14:44:58 (1)** | 221:4 |
| **14:41:27 (2)** | 217:9 | **14:43:46 (1)** | 219:22 | **14:45:48 (1)** |
| 216:5,6 | **14:42:27 (1)** | 218:16 | **14:44:59 (1)** | 221:5 |
| **14:41:36 (1)** | 217:10 | **14:43:50 (1)** | 219:23 | **14:45:49 (2)** |
| 216:7 | **14:42:29 (1)** | 218:17 | **14:45:00 (1)** | 221:6,7 |
| **14:41:38 (1)** | 217:11 | **14:43:52 (1)** | 219:24 | **14:45:50 (1)** |
| 216:8 | **14:42:32 (1)** | 218:18 | **14:45:01 (1)** | 221:8 |
| **14:41:40 (1)** | 217:12 | **14:43:56 (1)** | 219:25 | **14:45:51 (1)** |
| 216:9 | **14:42:39 (1)** | 218:19 | **14:45:02 (1)** | 221:9 |
| **14:41:41 (1)** | 217:13 | **14:43:59 (1)** | 220:2 | **14:45:53 (1)** |
| 216:10 | **14:42:41 (1)** | 218:20 | **14:45:03 (1)** | 221:10 |
| **14:41:42 (2)** | 217:14 | **14:44:04 (1)** | 220:3 | **14:45:55 (3)** |
| 216:11,12 | **14:42:44 (1)** | 218:21 | **14:45:04 (1)** | 221:11,12,13 |
| **14:41:44 (1)** | 217:15 | **14:44:06 (1)** | 220:4 | **14:45:57 (1)** |
| 216:13 | **14:42:52 (1)** | 218:22 | **14:45:12 (1)** | 221:14 |
| **14:41:45 (1)** | 217:16 | **14:44:09 (1)** | 220:5 | **14:45:59 (1)** |
| 216:14 | **14:42:54 (1)** | 218:23 | **14:45:15 (1)** | 221:15 |
| **14:41:46 (1)** | 217:17 | **14:44:11 (2)** | 220:6 | **14:46:00 (1)** |

| | | | | |
|---|---|---|---|---|
| 221:16 | **14:46:42 (2)** | 224:3 | **14:49:04 (1)** | 226:11 |
| **14:46:02 (1)** | 222:19,20 | **14:48:09 (1)** | 225:8 | **14:49:59 (1)** |
| 221:17 | **14:46:49 (1)** | 224:4 | **14:49:09 (1)** | 226:12 |
| **14:46:07 (1)** | 222:21 | **14:48:10 (1)** | 225:9 | **14:50:01 (1)** |
| 221:18 | **14:46:53 (1)** | 224:5 | **14:49:11 (1)** | 226:13 |
| **14:46:08 (1)** | 222:22 | **14:48:12 (2)** | 225:10 | **14:50:04 (1)** |
| 221:19 | **14:46:56 (1)** | 224:6,7 | **14:49:16 (1)** | 226:14 |
| **14:46:09 (1)** | 222:23 | **14:48:13 (1)** | 225:11 | **14:50:11 (1)** |
| 221:20 | **14:47:10 (1)** | 224:8 | **14:49:19 (1)** | 226:15 |
| **14:46:11 (1)** | 222:24 | **14:48:14 (1)** | 225:12 | **14:50:14 (2)** |
| 221:21 | **14:47:13 (1)** | 224:9 | **14:49:20 (1)** | 226:16,17 |
| **14:46:12 (1)** | 222:25 | **14:48:15 (2)** | 225:13 | **14:50:16 (1)** |
| 221:22 | **14:47:21 (1)** | 224:10,11 | **14:49:23 (1)** | 226:18 |
| **14:46:13 (1)** | 223:2 | **14:48:16 (1)** | 225:14 | **14:50:17 (2)** |
| 221:23 | **14:47:23 (1)** | 224:12 | **14:49:25 (1)** | 226:19,20 |
| **14:46:14 (1)** | 223:3 | **14:48:18 (1)** | 225:15 | **14:50:18 (1)** |
| 221:24 | **14:47:26 (1)** | 224:13 | **14:49:29 (1)** | 226:21 |
| **14:46:15 (1)** | 223:4 | **14:48:23 (1)** | 225:16 | **14:50:20 (2)** |
| 221:25 | **14:47:28 (1)** | 224:14 | **14:49:30 (1)** | 226:22,23 |
| **14:46:17 (1)** | 223:5 | **14:48:25 (1)** | 225:17 | **14:50:23 (1)** |
| 222:2 | **14:47:30 (1)** | 224:15 | **14:49:31 (1)** | 226:24 |
| **14:46:18 (1)** | 223:6 | **14:48:28 (1)** | 225:18 | **14:50:26 (1)** |
| 222:3 | **14:47:31 (1)** | 224:16 | **14:49:33 (1)** | 226:25 |
| **14:46:20 (1)** | 223:7 | **14:48:30 (1)** | 225:19 | **14:50:28 (1)** |
| 222:4 | **14:47:32 (2)** | 224:17 | **14:49:34 (1)** | 227:2 |
| **14:46:22 (1)** | 223:8,9 | **14:48:33 (1)** | 225:20 | **14:50:30 (1)** |
| 222:5 | **14:47:34 (1)** | 224:18 | **14:49:35 (1)** | 227:3 |
| **14:46:24 (1)** | 223:10 | **14:48:35 (1)** | 225:21 | **14:50:31 (1)** |
| 222:6 | **14:47:35 (1)** | 224:19 | **14:49:38 (1)** | 227:4 |
| **14:46:25 (1)** | 223:11 | **14:48:37 (1)** | 225:22 | **14:50:32 (1)** |
| 222:7 | **14:47:44 (1)** | 224:20 | **14:49:40 (1)** | 227:5 |
| **14:46:27 (2)** | 223:12 | **14:48:40 (1)** | 225:23 | **14:50:34 (1)** |
| 222:8,9 | **14:47:47 (2)** | 224:21 | **14:49:41 (1)** | 227:6 |
| **14:46:29 (1)** | 223:13,14 | **14:48:45 (1)** | 225:24 | **14:50:36 (1)** |
| 222:10 | **14:47:49 (2)** | 224:22 | **14:49:42 (1)** | 227:7 |
| **14:46:30 (1)** | 223:15,16 | **14:48:50 (1)** | 225:25 | **14:50:38 (1)** |
| 222:11 | **14:47:50 (1)** | 224:23 | **14:49:43 (1)** | 227:8 |
| **14:46:32 (1)** | 223:17 | **14:48:51 (1)** | 226:2 | **14:50:41 (1)** |
| 222:12 | **14:47:56 (1)** | 224:24 | **14:49:45 (2)** | 227:9 |
| **14:46:33 (1)** | 223:18 | **14:48:54 (2)** | 226:3,4 | **14:50:43 (1)** |
| 222:13 | **14:47:57 (2)** | 224:25 225:2 | **14:49:47 (1)** | 227:10 |
| **14:46:35 (1)** | 223:19,20 | **14:48:56 (1)** | 226:5 | **14:50:47 (1)** |
| 222:14 | **14:48:01 (1)** | 225:3 | **14:49:50 (1)** | 227:11 |
| **14:46:36 (1)** | 223:21 | **14:48:58 (1)** | 226:6 | **14:50:49 (1)** |
| 222:15 | **14:48:03 (2)** | 225:4 | **14:49:53 (1)** | 227:12 |
| **14:46:38 (1)** | 223:22,23 | **14:49:00 (1)** | 226:7 | **14:50:50 (1)** |
| 222:16 | **14:48:05 (2)** | 225:5 | **14:49:55 (2)** | 227:13 |
| **14:46:40 (1)** | 223:24,25 | **14:49:01 (1)** | 226:8,9 | **14:50:52 (1)** |
| 222:17 | **14:48:06 (1)** | 225:6 | **14:49:57 (1)** | 227:14 |
| **14:46:41 (1)** | 224:2 | **14:49:03 (1)** | 226:10 | **14:50:54 (1)** |
| 222:18 | **14:48:08 (1)** | 225:7 | **14:49:58 (1)** | 227:15 |

| | | | | |
|---|---|---|---|---|
| **14:50:55 (1)** | 228:20 | **14:52:55 (1)** | 231:5 | **14:55:27 (1)** |
| 227:16 | **14:51:58 (1)** | 229:25 | **14:54:27 (2)** | 232:11 |
| **14:50:58 (1)** | 228:21 | **14:52:57 (3)** | 231:6,7 | **14:55:33 (1)** |
| 227:17 | **14:52:04 (1)** | 230:2,3,4 | **14:54:28 (1)** | 232:12 |
| **14:51:00 (1)** | 228:22 | **14:52:59 (1)** | 231:8 | **14:55:36 (1)** |
| 227:18 | **14:52:06 (1)** | 230:5 | **14:54:29 (1)** | 232:13 |
| **14:51:02 (1)** | 228:23 | **14:53:02 (1)** | 231:9 | **14:55:38 (1)** |
| 227:19 | **14:52:09 (1)** | 230:6 | **14:54:30 (1)** | 232:14 |
| **14:51:04 (1)** | 228:24 | **14:53:05 (1)** | 231:10 | **14:55:39 (2)** |
| 227:20 | **14:52:11 (1)** | 230:7 | **14:54:31 (1)** | 232:15,16 |
| **14:51:06 (1)** | 228:25 | **14:53:08 (1)** | 231:11 | **14:55:40 (1)** |
| 227:21 | **14:52:12 (1)** | 230:8 | **14:54:32 (1)** | 232:17 |
| **14:51:08 (1)** | 229:2 | **14:53:09 (1)** | 231:12 | **14:55:53 (1)** |
| 227:22 | **14:52:14 (1)** | 230:9 | **14:54:34 (1)** | 232:18 |
| **14:51:15 (1)** | 229:3 | **14:53:11 (2)** | 231:13 | **14:55:55 (1)** |
| 227:23 | **14:52:15 (1)** | 230:10,11 | **14:54:36 (2)** | 232:19 |
| **14:51:18 (1)** | 229:4 | **14:53:14 (1)** | 231:14,15 | **14:55:59 (1)** |
| 227:24 | **14:52:16 (1)** | 230:12 | **14:54:37 (1)** | 232:20 |
| **14:51:19 (2)** | 229:5 | **14:53:19 (1)** | 231:16 | **14:56:01 (1)** |
| 227:25 228:2 | **14:52:19 (1)** | 230:13 | **14:54:55 (1)** | 232:21 |
| **14:51:23 (1)** | 229:6 | **14:53:23 (1)** | 231:17 | **14:56:03 (1)** |
| 228:3 | **14:52:25 (1)** | 230:14 | **14:54:57 (1)** | 232:22 |
| **14:51:25 (1)** | 229:7 | **14:53:32 (1)** | 231:18 | **14:56:21 (2)** |
| 228:4 | **14:52:27 (2)** | 230:15 | **14:55:00 (1)** | 232:23,24 |
| **14:51:27 (1)** | 229:8,9 | **14:53:35 (1)** | 231:19 | **14:56:39 (2)** |
| 228:5 | **14:52:28 (1)** | 230:16 | **14:55:01 (1)** | 232:25 233:2 |
| **14:51:30 (1)** | 229:10 | **14:53:37 (1)** | 231:20 | **14:56:41 (1)** |
| 228:6 | **14:52:29 (1)** | 230:17 | **14:55:02 (1)** | 233:3 |
| **14:51:31 (1)** | 229:11 | **14:53:47 (1)** | 231:21 | **14:56:43 (1)** |
| 228:7 | **14:52:30 (1)** | 230:18 | **14:55:06 (1)** | 233:4 |
| **14:51:35 (1)** | 229:12 | **14:53:50 (1)** | 231:22 | **14:56:45 (1)** |
| 228:8 | **14:52:32 (2)** | 230:19 | **14:55:07 (1)** | 233:5 |
| **14:51:38 (1)** | 229:13,14 | **14:53:58 (1)** | 231:23 | **14:56:47 (1)** |
| 228:9 | **14:52:34 (1)** | 230:20 | **14:55:10 (2)** | 233:6 |
| **14:51:40 (1)** | 229:15 | **14:54:07 (1)** | 231:24,25 | **14:56:48 (1)** |
| 228:10 | **14:52:36 (2)** | 230:21 | **14:55:11 (1)** | 233:7 |
| **14:51:42 (1)** | 229:16,17 | **14:54:08 (1)** | 232:2 | **14:56:49 (1)** |
| 228:11 | **14:52:37 (1)** | 230:22 | **14:55:13 (1)** | 233:8 |
| **14:51:44 (1)** | 229:18 | **14:54:10 (1)** | 232:3 | **14:56:54 (1)** |
| 228:12 | **14:52:39 (1)** | 230:23 | **14:55:14 (1)** | 233:9 |
| **14:51:46 (1)** | 229:19 | **14:54:11 (1)** | 232:4 | **14:57:04 (1)** |
| 228:13 | **14:52:42 (1)** | 230:24 | **14:55:15 (1)** | 233:10 |
| **14:51:49 (1)** | 229:20 | **14:54:12 (1)** | 232:5 | **14:57:07 (1)** |
| 228:14 | **14:52:44 (1)** | 230:25 | **14:55:17 (1)** | 233:11 |
| **14:51:52 (3)** | 229:21 | **14:54:19 (1)** | 232:6 | **14:57:10 (1)** |
| 228:15,16,17 | **14:52:45 (1)** | 231:2 | **14:55:18 (1)** | 233:12 |
| **14:51:54 (1)** | 229:22 | **14:54:22 (1)** | 232:7 | **14:57:11 (1)** |
| 228:18 | **14:52:46 (1)** | 231:3 | **14:55:19 (2)** | 233:13 |
| **14:51:55 (1)** | 229:23 | **14:54:25 (1)** | 232:8,9 | **14:57:18 (1)** |
| 228:19 | **14:52:53 (1)** | 231:4 | **14:55:24 (1)** | 233:14 |
| **14:51:57 (1)** | 229:24 | **14:54:26 (1)** | 232:10 | **14:57:21 (1)** |

| | | | | |
|---|---|---|---|---|
| 233:15 | **14:58:25 (1)** | **14:59:45 (2)** | **15:00:41 (1)** | 238:6 |
| **14:57:22 (1)** | 234:17 | 236:2,3 | 237:3 | **15:01:53 (1)** |
| 233:16 | **14:58:27 (1)** | **14:59:46 (1)** | **15:00:54 (1)** | 238:7 |
| **14:57:30 (1)** | 234:18 | 236:4 | 237:4 | **15:01:56 (1)** |
| 233:17 | **14:58:28 (1)** | **14:59:49 (1)** | **15:00:56 (1)** | 238:8 |
| **14:57:32 (1)** | 234:19 | 236:5 | 237:5 | **15:01:59 (1)** |
| 233:18 | **14:58:31 (1)** | **14:59:51 (1)** | **15:00:58 (1)** | 238:9 |
| **14:57:34 (1)** | 234:20 | 236:6 | 237:6 | **15:02:00 (1)** |
| 233:19 | **14:58:33 (1)** | **14:59:52 (1)** | **15:01:00 (1)** | 238:10 |
| **14:57:36 (1)** | 234:21 | 236:7 | 237:7 | **15:02:14 (1)** |
| 233:20 | **14:58:34 (1)** | **14:59:56 (1)** | **15:01:01 (1)** | 238:11 |
| **14:57:39 (1)** | 234:22 | 236:8 | 237:8 | **15:02:15 (1)** |
| 233:21 | **14:58:39 (1)** | **14:59:58 (1)** | **15:01:02 (1)** | 238:12 |
| **14:57:41 (1)** | 234:23 | 236:9 | 237:9 | **15:02:17 (1)** |
| 233:22 | **14:58:42 (1)** | **147 (1)** | **15:01:09 (1)** | 238:13 |
| **14:57:50 (1)** | 234:24 | 328:18 | 237:10 | **15:02:19 (1)** |
| 233:23 | **14:58:45 (1)** | **15 (4)** | **15:01:10 (1)** | 238:14 |
| **14:57:52 (1)** | 234:25 | 303:10,12 305:13 | 237:11 | **15:02:21 (1)** |
| 233:24 | **14:58:46 (1)** | 329:18 | **15:01:12 (1)** | 238:15 |
| **14:57:56 (1)** | 235:2 | **15:00:01 (1)** | 237:12 | **15:02:50 (2)** |
| 233:25 | **14:58:49 (2)** | 236:10 | **15:01:14 (1)** | 238:16,17 |
| **14:57:57 (1)** | 235:3,4 | **15:00:03 (1)** | 237:13 | **15:02:59 (2)** |
| 234:2 | **14:58:51 (1)** | 236:11 | **15:01:16 (1)** | 238:18,19 |
| **14:57:59 (1)** | 235:5 | **15:00:06 (1)** | 237:14 | **15:03:01 (1)** |
| 234:3 | **14:58:54 (1)** | 236:12 | **15:01:18 (1)** | 238:20 |
| **14:58:00 (1)** | 235:6 | **15:00:07 (1)** | 237:15 | **15:03:02 (1)** |
| 234:4 | **14:58:55 (1)** | 236:13 | **15:01:22 (1)** | 238:21 |
| **14:58:01 (1)** | 235:7 | **15:00:09 (1)** | 237:16 | **15:03:04 (1)** |
| 234:5 | **14:58:57 (2)** | 236:14 | **15:01:24 (2)** | 238:22 |
| **14:58:03 (1)** | 235:8,9 | **15:00:12 (1)** | 237:17,18 | **15:03:06 (2)** |
| 234:6 | **14:59:02 (1)** | 236:15 | **15:01:25 (1)** | 238:23,24 |
| **14:58:05 (1)** | 235:10 | **15:00:15 (1)** | 237:19 | **15:03:07 (1)** |
| 234:7 | **14:59:04 (1)** | 236:16 | **15:01:27 (1)** | 238:25 |
| **14:58:06 (1)** | 235:11 | **15:00:18 (1)** | 237:20 | **15:03:08 (2)** |
| 234:8 | **14:59:06 (6)** | 236:17 | **15:01:30 (1)** | 239:2,3 |
| **14:58:07 (1)** | 235:12,13,14,15,16 | **15:00:22 (1)** | 237:21 | **15:03:22 (1)** |
| 234:9 | 235:17 | 236:18 | **15:01:33 (1)** | 239:4 |
| **14:58:10 (1)** | **14:59:27 (1)** | **15:00:25 (1)** | 237:22 | **15:03:24 (1)** |
| 234:10 | 235:18 | 236:19 | **15:01:35 (1)** | 239:5 |
| **14:58:12 (1)** | **14:59:29 (1)** | **15:00:27 (1)** | 237:23 | **15:03:25 (1)** |
| 234:11 | 235:19 | 236:20 | **15:01:36 (1)** | 239:6 |
| **14:58:15 (1)** | **14:59:32 (1)** | **15:00:31 (2)** | 237:24 | **15:03:27 (1)** |
| 234:12 | 235:20 | 236:21,22 | **15:01:37 (2)** | 239:7 |
| **14:58:17 (1)** | **14:59:33 (1)** | **15:00:34 (1)** | 237:25 238:2 | **15:03:28 (1)** |
| 234:13 | 235:21 | 236:23 | **15:01:38 (1)** | 239:8 |
| **14:58:18 (1)** | **14:59:35 (1)** | **15:00:36 (1)** | 238:3 | **15:03:32 (1)** |
| 234:14 | 235:22 | 236:24 | **15:01:47 (1)** | 239:9 |
| **14:58:20 (1)** | **14:59:41 (1)** | **15:00:37 (1)** | 238:4 | **15:03:35 (1)** |
| 234:15 | 235:23 | 236:25 | **15:01:50 (1)** | 239:10 |
| **14:58:24 (1)** | **14:59:43 (2)** | **15:00:38 (1)** | 238:5 | **15:03:37 (1)** |
| 234:16 | 235:24,25 | 237:2 | **15:01:52 (1)** | 239:11 |

**15:03:38 (1)**
239:12
**15:03:40 (1)**
239:13
**15:03:41 (1)**
239:14
**15:03:43 (1)**
239:15
**15:03:47 (1)**
239:16
**15:03:48 (1)**
239:17
**15:03:52 (1)**
239:18
**15:03:54 (1)**
239:19
**15:03:56 (1)**
239:20
**15:04:00 (1)**
239:21
**15:04:04 (1)**
239:22
**15:04:08 (1)**
239:23
**15:04:10 (1)**
239:24
**15:04:13 (1)**
239:25
**15:04:15 (1)**
240:2
**15:04:18 (1)**
240:3
**15:04:20 (1)**
240:4
**15:04:21 (1)**
240:5
**15:04:22 (1)**
240:6
**15:04:23 (1)**
240:7
**15:04:24 (1)**
240:8
**15:04:26 (1)**
240:9
**15:04:28 (1)**
240:10
**15:04:32 (1)**
240:11
**15:04:33 (1)**
240:12
**15:04:35 (1)**

240:13
**15:04:40 (1)**
240:14
**15:04:42 (1)**
240:15
**15:04:44 (1)**
240:16
**15:04:46 (1)**
240:17
**15:04:47 (1)**
240:18
**15:04:48 (1)**
240:19
**15:04:50 (1)**
240:20
**15:04:53 (1)**
240:21
**15:04:54 (1)**
240:22
**15:04:57 (1)**
240:23
**15:05:01 (1)**
240:24
**15:05:04 (2)**
240:25 241:2
**15:05:09 (2)**
241:3,4
**15:05:11 (1)**
241:5
**15:05:13 (1)**
241:6
**15:05:14 (1)**
241:7
**15:05:16 (1)**
241:8
**15:05:18 (1)**
241:9
**15:05:19 (1)**
241:10
**15:05:25 (1)**
241:11
**15:05:27 (1)**
241:12
**15:05:30 (1)**
241:13
**15:05:32 (1)**
241:14
**15:05:33 (1)**
241:15
**15:05:50 (1)**
241:16

**15:05:52 (1)**
241:17
**15:05:54 (1)**
241:18
**15:05:55 (2)**
241:19,20
**15:05:57 (1)**
241:21
**15:05:59 (1)**
241:22
**15:06:01 (1)**
241:23
**15:06:03 (1)**
241:24
**15:06:05 (1)**
241:25
**15:06:07 (1)**
242:2
**15:06:09 (1)**
242:3
**15:06:14 (1)**
242:4
**15:06:17 (1)**
242:5
**15:06:20 (1)**
242:6
**15:06:22 (1)**
242:7
**15:06:24 (1)**
242:8
**15:06:25 (1)**
242:9
**15:06:27 (2)**
242:10,11
**15:06:29 (1)**
242:12
**15:06:32 (2)**
242:13,14
**15:06:33 (1)**
242:15
**15:06:38 (1)**
242:16
**15:06:40 (1)**
242:17
**15:06:42 (1)**
242:18
**15:06:43 (1)**
242:19
**15:06:44 (1)**
242:20
**15:06:59 (1)**

242:21
**15:07:00 (1)**
242:22
**15:07:06 (1)**
242:23
**15:07:08 (1)**
242:24
**15:07:12 (1)**
242:25
**15:07:17 (1)**
243:2
**15:07:20 (1)**
243:3
**15:07:21 (1)**
243:4
**15:07:23 (1)**
243:5
**15:07:24 (1)**
243:6
**15:07:26 (1)**
243:7
**15:07:28 (1)**
243:8
**15:07:29 (1)**
243:9
**15:07:31 (3)**
243:10,11,12
**15:07:34 (1)**
243:13
**15:07:35 (1)**
243:14
**15:07:38 (1)**
243:15
**15:07:40 (1)**
243:16
**15:07:43 (3)**
243:17,18,19
**15:07:45 (1)**
243:20
**15:07:49 (1)**
243:21
**15:07:50 (2)**
243:22,23
**15:07:52 (1)**
243:24
**15:07:55 (1)**
243:25
**15:07:57 (1)**
244:2
**15:07:58 (1)**
244:3

**15:07:59 (1)**
244:4
**15:08:00 (1)**
244:5
**15:08:07 (1)**
244:6
**15:08:09 (1)**
244:7
**15:08:13 (1)**
244:8
**15:08:15 (1)**
244:9
**15:08:18 (1)**
244:10
**15:08:23 (1)**
244:11
**15:08:25 (1)**
244:12
**15:08:28 (1)**
244:13
**15:08:30 (1)**
244:14
**15:08:32 (1)**
244:15
**15:08:34 (1)**
244:16
**15:08:35 (1)**
244:17
**15:08:37 (1)**
244:18
**15:08:39 (1)**
244:19
**15:08:41 (2)**
244:20,21
**15:08:42 (1)**
244:22
**15:08:43 (1)**
244:23
**15:08:45 (1)**
244:24
**15:08:47 (1)**
244:25
**15:08:50 (1)**
245:2
**15:08:51 (1)**
245:3
**15:08:53 (1)**
245:4
**15:08:55 (1)**
245:5
**15:08:56 (1)**

| | | | | |
|---|---|---|---|---|
| 245:6 | **15:10:12 (1)** | 247:18 | **15:12:03 (2)** | 250:10,11 |
| **15:08:57 (2)** | 246:14 | **15:10:58 (1)** | 248:24,25 | **15:12:50 (1)** |
| 245:7,8 | **15:10:14 (1)** | 247:19 | **15:12:04 (1)** | 250:12 |
| **15:08:58 (1)** | 246:15 | **15:11:00 (2)** | 249:2 | **15:12:58 (1)** |
| 245:9 | **15:10:17 (1)** | 247:20,21 | **15:12:05 (1)** | 250:13 |
| **15:09:00 (1)** | 246:16 | **15:11:01 (1)** | 249:3 | **15:12:59 (1)** |
| 245:10 | **15:10:18 (2)** | 247:22 | **15:12:07 (1)** | 250:14 |
| **15:09:01 (1)** | 246:17,18 | **15:11:03 (1)** | 249:4 | **15:13:02 (1)** |
| 245:11 | **15:10:19 (1)** | 247:23 | **15:12:08 (1)** | 250:15 |
| **15:09:13 (1)** | 246:19 | **15:11:05 (2)** | 249:5 | **15:13:04 (1)** |
| 245:12 | **15:10:22 (1)** | 247:24,25 | **15:12:09 (1)** | 250:16 |
| **15:09:14 (1)** | 246:20 | **15:11:09 (1)** | 249:6 | **15:13:06 (1)** |
| 245:13 | **15:10:23 (1)** | 248:2 | **15:12:14 (2)** | 250:17 |
| **15:09:17 (1)** | 246:21 | **15:11:11 (1)** | 249:7,8 | **15:13:07 (1)** |
| 245:14 | **15:10:24 (1)** | 248:3 | **15:12:15 (1)** | 250:18 |
| **15:09:22 (1)** | 246:22 | **15:11:12 (1)** | 249:9 | **15:13:08 (1)** |
| 245:15 | **15:10:26 (1)** | 248:4 | **15:12:17 (1)** | 250:19 |
| **15:09:24 (1)** | 246:23 | **15:11:13 (1)** | 249:10 | **15:13:09 (1)** |
| 245:16 | **15:10:27 (1)** | 248:5 | **15:12:20 (2)** | 250:20 |
| **15:09:25 (1)** | 246:24 | **15:11:15 (1)** | 249:11,12 | **15:13:11 (1)** |
| 245:17 | **15:10:29 (1)** | 248:6 | **15:12:22 (2)** | 250:21 |
| **15:09:26 (1)** | 246:25 | **15:11:16 (1)** | 249:13,14 | **15:13:12 (1)** |
| 245:18 | **15:10:30 (1)** | 248:7 | **15:12:23 (1)** | 250:22 |
| **15:09:30 (1)** | 247:2 | **15:11:17 (2)** | 249:15 | **15:13:13 (1)** |
| 245:19 | **15:10:31 (1)** | 248:8,9 | **15:12:25 (4)** | 250:23 |
| **15:09:31 (1)** | 247:3 | **15:11:36 (1)** | 249:16,17,18,19 | **15:13:14 (1)** |
| 245:20 | **15:10:32 (3)** | 248:10 | **15:12:26 (1)** | 250:24 |
| **15:09:33 (2)** | 247:4,5,6 | **15:11:38 (1)** | 249:20 | **15:13:19 (1)** |
| 245:21,22 | **15:10:33 (1)** | 248:11 | **15:12:28 (1)** | 250:25 |
| **15:09:34 (1)** | 247:7 | **15:11:40 (1)** | 249:21 | **15:13:22 (1)** |
| 245:23 | **15:10:34 (1)** | 248:12 | **15:12:29 (1)** | 251:2 |
| **15:09:36 (2)** | 247:8 | **15:11:43 (1)** | 249:22 | **15:13:23 (1)** |
| 245:24,25 | **15:10:36 (1)** | 248:13 | **15:12:30 (1)** | 251:3 |
| **15:09:40 (1)** | 247:9 | **15:11:44 (1)** | 249:23 | **15:13:28 (1)** |
| 246:2 | **15:10:37 (1)** | 248:14 | **15:12:32 (2)** | 251:4 |
| **15:09:41 (1)** | 247:10 | **15:11:45 (2)** | 249:24,25 | **15:13:30 (1)** |
| 246:3 | **15:10:38 (1)** | 248:15,16 | **15:12:36 (2)** | 251:5 |
| **15:09:43 (1)** | 247:11 | **15:11:46 (1)** | 250:2,3 | **15:13:31 (1)** |
| 246:4 | **15:10:41 (1)** | 248:17 | **15:12:37 (1)** | 251:6 |
| **15:09:44 (2)** | 247:12 | **15:11:51 (1)** | 250:4 | **15:13:34 (1)** |
| 246:5,6 | **15:10:43 (1)** | 248:18 | **15:12:38 (1)** | 251:7 |
| **15:09:47 (2)** | 247:13 | **15:11:54 (1)** | 250:5 | **15:13:37 (1)** |
| 246:7,8 | **15:10:49 (1)** | 248:19 | **15:12:39 (1)** | 251:8 |
| **15:09:54 (1)** | 247:14 | **15:11:56 (1)** | 250:6 | **15:13:42 (1)** |
| 246:9 | **15:10:51 (1)** | 248:20 | **15:12:40 (1)** | 251:9 |
| **15:09:58 (2)** | 247:15 | **15:11:58 (1)** | 250:7 | **15:13:49 (1)** |
| 246:10,11 | **15:10:53 (1)** | 248:21 | **15:12:42 (1)** | 251:10 |
| **15:10:02 (1)** | 247:16 | **15:12:00 (1)** | 250:8 | **15:13:54 (1)** |
| 246:12 | **15:10:55 (1)** | 248:22 | **15:12:46 (1)** | 251:11 |
| **15:10:05 (1)** | 247:17 | **15:12:01 (1)** | 250:9 | **15:13:57 (1)** |
| 246:13 | **15:10:56 (1)** | 248:23 | **15:12:49 (2)** | 251:12 |

| | | | | |
|---|---|---|---|---|
| **15:13:58 (1)** | 252:17 | **15:16:16 (1)** | 255:5 | **15:18:18 (1)** |
| 251:13 | **15:15:14 (1)** | 253:23 | **15:17:25 (1)** | 256:10 |
| **15:14:00 (2)** | 252:18 | **15:16:19 (1)** | 255:6 | **15:18:23 (1)** |
| 251:14,15 | **15:15:16 (2)** | 253:24 | **15:17:28 (1)** | 256:11 |
| **15:14:02 (2)** | 252:19,20 | **15:16:22 (2)** | 255:7 | **15:18:30 (1)** |
| 251:16,17 | **15:15:19 (1)** | 253:25 254:2 | **15:17:33 (1)** | 256:12 |
| **15:14:04 (1)** | 252:21 | **15:16:24 (1)** | 255:8 | **15:18:31 (1)** |
| 251:18 | **15:15:27 (1)** | 254:3 | **15:17:34 (1)** | 256:13 |
| **15:14:06 (1)** | 252:22 | **15:16:27 (3)** | 255:9 | **15:18:35 (1)** |
| 251:19 | **15:15:29 (1)** | 254:4,5,6 | **15:17:36 (1)** | 256:14 |
| **15:14:10 (1)** | 252:23 | **15:16:30 (1)** | 255:10 | **15:18:37 (1)** |
| 251:20 | **15:15:32 (1)** | 254:7 | **15:17:38 (1)** | 256:15 |
| **15:14:14 (1)** | 252:24 | **15:16:33 (2)** | 255:11 | **15:18:38 (1)** |
| 251:21 | **15:15:34 (1)** | 254:8,9 | **15:17:41 (1)** | 256:16 |
| **15:14:18 (1)** | 252:25 | **15:16:39 (1)** | 255:12 | **15:18:39 (1)** |
| 251:22 | **15:15:37 (1)** | 254:10 | **15:17:43 (1)** | 256:17 |
| **15:14:21 (1)** | 253:2 | **15:16:40 (1)** | 255:13 | **15:18:40 (1)** |
| 251:23 | **15:15:39 (1)** | 254:11 | **15:17:44 (1)** | 256:18 |
| **15:14:25 (1)** | 253:3 | **15:16:41 (1)** | 255:14 | **15:18:42 (1)** |
| 251:24 | **15:15:41 (2)** | 254:12 | **15:17:46 (1)** | 256:19 |
| **15:14:29 (1)** | 253:4,5 | **15:16:47 (2)** | 255:15 | **15:18:43 (1)** |
| 251:25 | **15:15:42 (1)** | 254:13,14 | **15:17:49 (2)** | 256:20 |
| **15:14:35 (1)** | 253:6 | **15:16:48 (1)** | 255:16,17 | **15:18:47 (1)** |
| 252:2 | **15:15:48 (1)** | 254:15 | **15:17:50 (1)** | 256:21 |
| **15:14:39 (1)** | 253:7 | **15:16:49 (1)** | 255:18 | **15:18:52 (1)** |
| 252:3 | **15:15:51 (1)** | 254:16 | **15:17:51 (1)** | 256:22 |
| **15:14:42 (1)** | 253:8 | **15:16:52 (1)** | 255:19 | **15:18:54 (1)** |
| 252:4 | **15:15:52 (2)** | 254:17 | **15:17:52 (1)** | 256:23 |
| **15:14:46 (1)** | 253:9,10 | **15:16:58 (1)** | 255:20 | **15:18:56 (1)** |
| 252:5 | **15:15:56 (1)** | 254:18 | **15:17:53 (1)** | 256:24 |
| **15:14:49 (1)** | 253:11 | **15:17:00 (1)** | 255:21 | **15:18:57 (2)** |
| 252:6 | **15:15:57 (1)** | 254:19 | **15:17:54 (1)** | 256:25 257:2 |
| **15:14:50 (1)** | 253:12 | **15:17:02 (1)** | 255:22 | **15:18:59 (1)** |
| 252:7 | **15:15:58 (1)** | 254:20 | **15:17:55 (2)** | 257:3 |
| **15:14:52 (1)** | 253:13 | **15:17:04 (1)** | 255:23,24 | **15:19:00 (1)** |
| 252:8 | **15:16:03 (1)** | 254:21 | **15:17:57 (1)** | 257:4 |
| **15:14:53 (1)** | 253:14 | **15:17:06 (1)** | 255:25 | **15:19:02 (2)** |
| 252:9 | **15:16:04 (1)** | 254:22 | **15:17:58 (1)** | 257:5,6 |
| **15:14:55 (1)** | 253:15 | **15:17:11 (1)** | 256:2 | **15:19:03 (1)** |
| 252:10 | **15:16:05 (1)** | 254:23 | **15:17:59 (1)** | 257:7 |
| **15:14:57 (1)** | 253:16 | **15:17:13 (1)** | 256:3 | **15:19:08 (1)** |
| 252:11 | **15:16:08 (1)** | 254:24 | **15:18:08 (1)** | 257:8 |
| **15:15:03 (1)** | 253:17 | **15:17:16 (1)** | 256:4 | **15:19:12 (2)** |
| 252:12 | **15:16:10 (1)** | 254:25 | **15:18:09 (1)** | 257:9,10 |
| **15:15:07 (2)** | 253:18 | **15:17:19 (1)** | 256:5 | **15:19:13 (1)** |
| 252:13,14 | **15:16:11 (1)** | 255:2 | **15:18:11 (1)** | 257:11 |
| **15:15:09 (1)** | 253:19 | **15:17:20 (1)** | 256:6 | **15:19:16 (2)** |
| 252:15 | **15:16:12 (1)** | 255:3 | **15:18:13 (2)** | 257:12,13 |
| **15:15:10 (1)** | 253:20 | **15:17:22 (1)** | 256:7,8 | **15:19:17 (1)** |
| 252:16 | **15:16:14 (2)** | 255:4 | **15:18:16 (1)** | 257:14 |
| **15:15:13 (1)** | 253:21,22 | **15:17:24 (1)** | 256:9 | **15:19:18 (1)** |

| | | | | |
|---|---|---|---|---|
| 257:15 | **15:23:41 (1)** | 260:5 | **15:25:43 (1)** | 262:11 |
| **15:19:20 (1)** | 258:24 | **15:24:41 (1)** | 261:8 | **15:26:38 (1)** |
| 257:16 | **15:23:43 (1)** | 260:6 | **15:25:47 (1)** | 262:12 |
| **15:19:22 (1)** | 258:25 | **15:24:43 (1)** | 261:9 | **15:26:39 (1)** |
| 257:17 | **15:23:45 (2)** | 260:7 | **15:25:49 (2)** | 262:13 |
| **15:19:23 (2)** | 259:2,3 | **15:24:44 (1)** | 261:10,11 | **15:26:46 (1)** |
| 257:18,19 | **15:23:48 (1)** | 260:8 | **15:25:51 (1)** | 262:14 |
| **15:19:28 (1)** | 259:4 | **15:24:46 (1)** | 261:12 | **15:26:49 (1)** |
| 257:20 | **15:23:51 (2)** | 260:9 | **15:25:55 (1)** | 262:15 |
| **15:19:29 (1)** | 259:5,6 | **15:24:51 (1)** | 261:13 | **15:26:51 (1)** |
| 257:21 | **15:23:52 (1)** | 260:10 | **15:25:56 (1)** | 262:16 |
| **15:19:30 (1)** | 259:7 | **15:24:54 (1)** | 261:14 | **15:26:54 (1)** |
| 257:22 | **15:23:54 (1)** | 260:11 | **15:26:04 (1)** | 262:17 |
| **15:19:32 (1)** | 259:8 | **15:24:55 (1)** | 261:15 | **15:26:55 (1)** |
| 257:23 | **15:23:56 (2)** | 260:12 | **15:26:06 (1)** | 262:18 |
| **15:19:34 (1)** | 259:9,10 | **15:24:57 (1)** | 261:16 | **15:26:56 (1)** |
| 257:24 | **15:23:58 (1)** | 260:13 | **15:26:08 (1)** | 262:19 |
| **15:19:36 (1)** | 259:11 | **15:24:59 (2)** | 261:17 | **15:26:57 (1)** |
| 257:25 | **15:24:00 (1)** | 260:14,15 | **15:26:10 (1)** | 262:20 |
| **15:19:38 (1)** | 259:12 | **15:25:01 (1)** | 261:18 | **15:26:58 (2)** |
| 258:2 | **15:24:02 (1)** | 260:16 | **15:26:12 (1)** | 262:21,22 |
| **15:19:42 (1)** | 259:13 | **15:25:03 (1)** | 261:19 | **15:26:59 (1)** |
| 258:3 | **15:24:03 (1)** | 260:17 | **15:26:14 (1)** | 262:23 |
| **15:19:44 (2)** | 259:14 | **15:25:04 (1)** | 261:20 | **15:27:00 (2)** |
| 258:4,5 | **15:24:04 (1)** | 260:18 | **15:26:15 (1)** | 262:24,25 |
| **15:19:45 (1)** | 259:15 | **15:25:06 (1)** | 261:21 | **15:27:09 (1)** |
| 258:6 | **15:24:06 (2)** | 260:19 | **15:26:16 (1)** | 263:2 |
| **15:19:48 (1)** | 259:16,17 | **15:25:08 (1)** | 261:22 | **15:27:13 (1)** |
| 258:7 | **15:24:07 (1)** | 260:20 | **15:26:19 (1)** | 263:3 |
| **15:19:50 (1)** | 259:18 | **15:25:09 (1)** | 261:23 | **15:27:14 (3)** |
| 258:8 | **15:24:08 (1)** | 260:21 | **15:26:20 (1)** | 263:4,5,6 |
| **15:19:52 (1)** | 259:19 | **15:25:10 (1)** | 261:24 | **15:27:15 (1)** |
| 258:9 | **15:24:09 (1)** | 260:22 | **15:26:21 (1)** | 263:7 |
| **15:19:54 (1)** | 259:20 | **15:25:12 (1)** | 261:25 | **15:27:16 (1)** |
| 258:10 | **15:24:10 (1)** | 260:23 | **15:26:22 (1)** | 263:8 |
| **15:19:56 (1)** | 259:21 | **15:25:16 (1)** | 262:2 | **15:27:18 (1)** |
| 258:11 | **15:24:12 (1)** | 260:24 | **15:26:24 (1)** | 263:9 |
| **15:19:57 (2)** | 259:22 | **15:25:17 (1)** | 262:3 | **15:27:20 (1)** |
| 258:12,13 | **15:24:13 (1)** | 260:25 | **15:26:26 (1)** | 263:10 |
| **15:19:59 (4)** | 259:23 | **15:25:27 (1)** | 262:4 | **15:27:23 (1)** |
| 258:14,15,16,17 | **15:24:14 (1)** | 261:2 | **15:26:27 (1)** | 263:11 |
| **15:20:01 (1)** | 259:24 | **15:25:28 (1)** | 262:5 | **15:27:24 (1)** |
| 258:18 | **15:24:17 (1)** | 261:3 | **15:26:29 (1)** | 263:12 |
| **15:20:02 (1)** | 259:25 | **15:25:30 (1)** | 262:6 | **15:27:26 (1)** |
| 258:19 | **15:24:22 (1)** | 261:4 | **15:26:31 (2)** | 263:13 |
| **15:20:04 (2)** | 260:2 | **15:25:32 (1)** | 262:7,8 | **15:27:29 (1)** |
| 258:20,21 | **15:24:28 (1)** | 261:5 | **15:26:32 (1)** | 263:14 |
| **15:22:56 (1)** | 260:3 | **15:25:39 (1)** | 262:9 | **15:27:31 (1)** |
| 258:22 | **15:24:34 (1)** | 261:6 | **15:26:33 (1)** | 263:15 |
| **15:23:38 (1)** | 260:4 | **15:25:41 (1)** | 262:10 | **15:27:33 (1)** |
| 258:23 | **15:24:38 (1)** | 261:7 | **15:26:36 (1)** | 263:16 |

| | | | | |
|---|---|---|---|---|
| **15:27:34 (1)** | 264:22 | **15:29:33 (1)** | 267:9,10 | **15:31:37 (7)** |
| 263:17 | **15:28:34 (2)** | 266:3 | **15:30:33 (2)** | 268:16,17,18,19,20 |
| **15:27:39 (1)** | 264:23,24 | **15:29:34 (1)** | 267:11,12 | 268:21,22 |
| 263:18 | **15:28:35 (1)** | 266:4 | **15:30:34 (2)** | **15:31:39 (1)** |
| **15:27:42 (1)** | 264:25 | **15:29:37 (1)** | 267:13,14 | 268:23 |
| 263:19 | **15:28:37 (1)** | 266:5 | **15:30:36 (1)** | **15:31:40 (1)** |
| **15:27:44 (1)** | 265:2 | **15:29:39 (1)** | 267:15 | 268:24 |
| 263:20 | **15:28:38 (1)** | 266:6 | **15:30:38 (1)** | **15:31:43 (2)** |
| **15:27:46 (1)** | 265:3 | **15:29:40 (1)** | 267:16 | 268:25 269:2 |
| 263:21 | **15:28:40 (2)** | 266:7 | **15:30:43 (1)** | **15:31:46 (3)** |
| **15:27:48 (1)** | 265:4,5 | **15:29:46 (1)** | 267:17 | 269:3,4,5 |
| 263:22 | **15:28:42 (1)** | 266:8 | **15:30:46 (1)** | **15:31:47 (2)** |
| **15:27:51 (1)** | 265:6 | **15:29:47 (1)** | 267:18 | 269:6,7 |
| 263:23 | **15:28:46 (1)** | 266:9 | **15:30:50 (1)** | **15:31:49 (1)** |
| **15:27:52 (1)** | 265:7 | **15:29:49 (1)** | 267:19 | 269:8 |
| 263:24 | **15:28:50 (1)** | 266:10 | **15:30:54 (1)** | **15:31:52 (1)** |
| **15:27:55 (2)** | 265:8 | **15:29:51 (1)** | 267:20 | 269:9 |
| 263:25 264:2 | **15:28:52 (1)** | 266:11 | **15:30:57 (1)** | **15:31:57 (1)** |
| **15:27:58 (1)** | 265:9 | **15:29:52 (1)** | 267:21 | 269:10 |
| 264:3 | **15:28:54 (1)** | 266:12 | **15:30:58 (1)** | **15:32:00 (1)** |
| **15:27:59 (1)** | 265:10 | **15:29:54 (1)** | 267:22 | 269:11 |
| 264:4 | **15:28:56 (1)** | 266:13 | **15:30:59 (1)** | **15:32:02 (1)** |
| **15:28:00 (1)** | 265:11 | **15:29:56 (1)** | 267:23 | 269:12,13 |
| 264:5 | **15:28:57 (1)** | 266:14 | **15:31:01 (1)** | **15:32:04 (1)** |
| **15:28:02 (1)** | 265:12 | **15:29:58 (1)** | 267:24 | 269:14 |
| 264:6 | **15:29:00 (1)** | 266:15 | **15:31:04 (2)** | **15:32:08 (1)** |
| **15:28:04 (1)** | 265:13 | **15:29:59 (1)** | 267:25 268:2 | 269:15 |
| 264:7 | **15:29:03 (1)** | 266:16 | **15:31:06 (2)** | **15:32:11 (1)** |
| **15:28:05 (1)** | 265:14 | **15:30:00 (1)** | 268:3,4 | 269:16 |
| 264:8 | **15:29:05 (1)** | 266:17 | **15:31:09 (1)** | **15:32:12 (1)** |
| **15:28:12 (1)** | 265:15 | **15:30:02 (1)** | 268:5 | 269:17 |
| 264:9 | **15:29:06 (1)** | 266:18 | **15:31:11 (1)** | **15:32:15 (1)** |
| **15:28:13 (1)** | 265:16 | **15:30:03 (1)** | 268:6 | 269:18 |
| 264:10 | **15:29:07 (1)** | 266:19 | **15:31:13 (1)** | **15:32:17 (2)** |
| **15:28:15 (2)** | 265:17 | **15:30:04 (1)** | 268:7 | 269:19,20 |
| 264:11,12 | **15:29:09 (1)** | 266:20 | **15:31:15 (1)** | **15:32:18 (1)** |
| **15:28:20 (1)** | 265:18 | **15:30:06 (1)** | 268:8 | 269:21 |
| 264:13 | **15:29:10 (1)** | 266:21 | **15:31:18 (1)** | **15:32:20 (1)** |
| **15:28:22 (1)** | 265:19 | **15:30:08 (2)** | 268:9 | 269:22 |
| 264:14 | **15:29:14 (1)** | 266:22,23 | **15:31:20 (1)** | **15:32:21 (1)** |
| **15:28:23 (1)** | 265:20 | **15:30:09 (3)** | 268:10 | 269:23 |
| 264:15 | **15:29:17 (1)** | 266:24,25 267:2 | **15:31:22 (1)** | **15:32:23 (1)** |
| **15:28:26 (2)** | 265:21 | **15:30:10 (1)** | 268:11 | 269:24 |
| 264:16,17 | **15:29:20 (2)** | 267:3 | **15:31:26 (1)** | **15:32:24 (2)** |
| **15:28:27 (1)** | 265:22,23 | **15:30:12 (3)** | 268:12 | 269:25 270:2 |
| 264:18 | **15:29:25 (1)** | 267:4,5,6 | **15:31:28 (1)** | **15:32:26 (2)** |
| **15:28:28 (2)** | 265:24 | **15:30:22 (1)** | 268:13 | 270:3,4 |
| 264:19,20 | **15:29:28 (1)** | 267:7 | **15:31:31 (1)** | **15:32:28 (1)** |
| **15:28:30 (1)** | 265:25 | **15:30:29 (1)** | 268:14 | 270:5 |
| 264:21 | **15:29:31 (1)** | 267:8 | **15:31:34 (1)** | **15:32:32 (1)** |
| **15:28:31 (1)** | 266:2 | **15:30:30 (2)** | 268:15 | 270:6 |

Page 80

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 |
|---|---|---|---|---|
| **15:32:38 (1)** | 271:12 | **15:34:47 (1)** | 273:25 | **15:36:52 (1)** |
| 270:7 | **15:33:39 (1)** | 272:20 | **15:35:56 (1)** | 275:9 |
| **15:32:40 (1)** | 271:13 | **15:34:49 (1)** | 274:2 | **15:36:54 (1)** |
| 270:8 | **15:33:42 (2)** | 272:21 | **15:35:57 (1)** | 275:10 |
| **15:32:41 (1)** | 271:14,15 | **15:34:52 (1)** | 274:3 | **15:36:56 (1)** |
| 270:9 | **15:33:44 (1)** | 272:22 | **15:35:59 (1)** | 275:11 |
| **15:32:43 (1)** | 271:16 | **15:34:54 (1)** | 274:4 | **15:36:57 (1)** |
| 270:10 | **15:33:46 (1)** | 272:23 | **15:36:02 (1)** | 275:12 |
| **15:32:48 (1)** | 271:17 | **15:34:56 (1)** | 274:5 | **15:36:59 (1)** |
| 270:11 | **15:33:48 (1)** | 272:24 | **15:36:05 (1)** | 275:13 |
| **15:32:49 (2)** | 271:18 | **15:34:59 (1)** | 274:6 | **15:37:00 (2)** |
| 270:12,13 | **15:33:50 (1)** | 272:25 | **15:36:07 (2)** | 275:14,15 |
| **15:32:52 (1)** | 271:19 | **15:35:00 (4)** | 274:7,8 | **15:37:02 (1)** |
| 270:14 | **15:33:55 (1)** | 273:2,3,4,5 | **15:36:09 (1)** | 275:16 |
| **15:32:54 (1)** | 271:20 | **15:35:05 (1)** | 274:9 | **15:37:03 (1)** |
| 270:15 | **15:34:01 (1)** | 273:6 | **15:36:10 (2)** | 275:17 |
| **15:32:56 (1)** | 271:21 | **15:35:06 (1)** | 274:10,11 | **15:37:05 (2)** |
| 270:16 | **15:34:04 (2)** | 273:7 | **15:36:12 (1)** | 275:18,19 |
| **15:32:58 (1)** | 271:22,23 | **15:35:08 (1)** | 274:12 | **15:37:12 (1)** |
| 270:17 | **15:34:06 (1)** | 273:8 | **15:36:13 (1)** | 275:20 |
| **15:33:00 (1)** | 271:24 | **15:35:09 (1)** | 274:13 | **15:37:13 (1)** |
| 270:18 | **15:34:08 (1)** | 273:9 | **15:36:14 (1)** | 275:21 |
| **15:33:04 (1)** | 271:25 | **15:35:10 (1)** | 274:14 | **15:37:15 (1)** |
| 270:19 | **15:34:11 (4)** | 273:10 | **15:36:16 (1)** | 275:22 |
| **15:33:05 (1)** | 272:2,3,4,5 | **15:35:11 (1)** | 274:15 | **15:37:18 (1)** |
| 270:20 | **15:34:12 (1)** | 273:11 | **15:36:17 (1)** | 275:23 |
| **15:33:07 (2)** | 272:6 | **15:35:12 (1)** | 274:16 | **15:37:20 (1)** |
| 270:21,22 | **15:34:15 (1)** | 273:12 | **15:36:19 (1)** | 275:24 |
| **15:33:09 (1)** | 272:7 | **15:35:13 (1)** | 274:17 | **15:37:23 (1)** |
| 270:23 | **15:34:18 (1)** | 273:13 | **15:36:20 (1)** | 275:25 |
| **15:33:12 (1)** | 272:8 | **15:35:14 (1)** | 274:18 | **15:37:24 (1)** |
| 270:24 | **15:34:20 (1)** | 273:14 | **15:36:21 (3)** | 276:2 |
| **15:33:14 (1)** | 272:9 | **15:35:15 (2)** | 274:19,20,21 | **15:37:25 (1)** |
| 270:25 | **15:34:21 (1)** | 273:15,16 | **15:36:25 (1)** | 276:3 |
| **15:33:16 (1)** | 272:10 | **15:35:19 (1)** | 274:22 | **15:37:27 (1)** |
| 271:2 | **15:34:23 (1)** | 273:17 | **15:36:27 (1)** | 276:4 |
| **15:33:19 (1)** | 272:11 | **15:35:21 (1)** | 274:23 | **15:37:29 (1)** |
| 271:3 | **15:34:26 (1)** | 273:18 | **15:36:29 (1)** | 276:5 |
| **15:33:21 (1)** | 272:12 | **15:35:24 (1)** | 274:24 | **15:37:31 (1)** |
| 271:4 | **15:34:28 (2)** | 273:19 | **15:36:31 (1)** | 276:6 |
| **15:33:23 (1)** | 272:13,14 | **15:35:26 (1)** | 274:25 | **15:37:33 (2)** |
| 271:5 | **15:34:31 (1)** | 273:20 | **15:36:32 (1)** | 276:7,8 |
| **15:33:26 (1)** | 272:15 | **15:35:29 (1)** | 275:2 | **15:37:34 (2)** |
| 271:6 | **15:34:35 (1)** | 273:21 | **15:36:41 (1)** | 276:9,10 |
| **15:33:28 (3)** | 272:16 | **15:35:32 (1)** | 275:3 | **15:37:35 (2)** |
| 271:7,8,9 | **15:34:38 (1)** | 273:22 | **15:36:43 (1)** | 276:11,12 |
| **15:33:32 (1)** | 272:17 | **15:35:46 (1)** | 275:4 | **15:37:42 (1)** |
| 271:10 | **15:34:43 (1)** | 273:23 | **15:36:45 (1)** | 276:13 |
| **15:33:33 (1)** | 272:18 | **15:35:50 (1)** | 275:5 | **15:37:44 (1)** |
| 271:11 | **15:34:46 (1)** | 273:24 | **15:36:49 (3)** | 276:14 |
| **15:33:36 (1)** | 272:19 | **15:35:54 (1)** | 275:6,7,8 | **15:37:46 (1)** |

| | | | | |
|---|---|---|---|---|
| 276:15 | **15:38:50 (1)** | 278:24 | **15:41:32 (1)** | 281:11,12 |
| **15:37:48 (1)** | 277:19 | **15:40:08 (1)** | 280:5 | **15:42:46 (1)** |
| 276:16 | **15:38:51 (1)** | 278:25 | **15:41:35 (1)** | 281:13 |
| **15:37:49 (2)** | 277:20 | **15:40:09 (2)** | 280:6 | **15:42:48 (1)** |
| 276:17,18 | **15:38:53 (1)** | 279:2,3 | **15:41:39 (1)** | 281:14 |
| **15:37:51 (1)** | 277:21 | **15:40:10 (2)** | 280:7 | **15:42:49 (1)** |
| 276:19 | **15:38:56 (1)** | 279:4,5 | **15:41:40 (2)** | 281:15 |
| **15:37:52 (1)** | 277:22 | **15:40:12 (1)** | 280:8,9 | **15:42:51 (1)** |
| 276:20 | **15:38:58 (1)** | 279:6 | **15:41:45 (2)** | 281:16 |
| **15:37:54 (1)** | 277:23 | **15:40:13 (1)** | 280:10,11 | **15:42:53 (1)** |
| 276:21 | **15:38:59 (1)** | 279:7 | **15:41:47 (1)** | 281:17 |
| **15:37:57 (1)** | 277:24 | **15:40:14 (1)** | 280:12 | **15:42:54 (1)** |
| 276:22 | **15:39:00 (1)** | 279:8 | **15:41:56 (1)** | 281:18 |
| **15:37:58 (1)** | 277:25 | **15:40:36 (1)** | 280:13 | **15:42:57 (1)** |
| 276:23 | **15:39:05 (1)** | 279:9 | **15:41:59 (1)** | 281:19 |
| **15:38:00 (1)** | 278:2 | **15:40:38 (1)** | 280:14 | **15:43:00 (1)** |
| 276:24 | **15:39:08 (2)** | 279:10 | **15:42:00 (1)** | 281:20 |
| **15:38:03 (1)** | 278:3,4 | **15:40:40 (1)** | 280:15 | **15:43:02 (1)** |
| 276:25 | **15:39:25 (1)** | 279:11 | **15:42:03 (1)** | 281:21 |
| **15:38:09 (1)** | 278:5 | **15:40:42 (1)** | 280:16 | **15:43:05 (1)** |
| 277:2 | **15:39:27 (1)** | 279:12 | **15:42:07 (2)** | 281:22 |
| **15:38:11 (1)** | 278:6 | **15:40:43 (1)** | 280:17,18 | **15:43:06 (1)** |
| 277:3 | **15:39:29 (1)** | 279:13 | **15:42:14 (1)** | 281:23 |
| **15:38:13 (1)** | 278:7 | **15:40:44 (1)** | 280:19 | **15:43:07 (1)** |
| 277:4 | **15:39:34 (1)** | 279:14 | **15:42:15 (1)** | 281:24 |
| **15:38:15 (1)** | 278:8 | **15:40:49 (1)** | 280:20 | **15:43:09 (1)** |
| 277:5 | **15:39:37 (2)** | 279:15 | **15:42:16 (1)** | 281:25 |
| **15:38:23 (1)** | 278:9,10 | **15:40:50 (1)** | 280:21 | **15:43:12 (1)** |
| 277:6 | **15:39:42 (1)** | 279:16 | **15:42:19 (1)** | 282:2 |
| **15:38:24 (1)** | 278:11 | **15:41:07 (1)** | 280:22 | **15:43:13 (1)** |
| 277:7 | **15:39:45 (1)** | 279:17 | **15:42:22 (1)** | 282:3 |
| **15:38:26 (1)** | 278:12 | **15:41:10 (1)** | 280:23 | **15:43:16 (1)** |
| 277:8 | **15:39:47 (1)** | 279:18 | **15:42:23 (2)** | 282:4 |
| **15:38:30 (1)** | 278:13 | **15:41:14 (1)** | 280:24,25 | **15:43:19 (1)** |
| 277:9 | **15:39:48 (1)** | 279:19 | **15:42:26 (1)** | 282:5 |
| **15:38:31 (1)** | 278:14 | **15:41:18 (1)** | 281:2 | **15:43:21 (1)** |
| 277:10 | **15:39:50 (2)** | 279:20 | **15:42:28 (1)** | 282:6 |
| **15:38:32 (1)** | 278:15,16 | **15:41:21 (1)** | 281:3 | **15:43:26 (1)** |
| 277:11 | **15:39:51 (1)** | 279:21 | **15:42:30 (1)** | 282:7 |
| **15:38:36 (1)** | 278:17 | **15:41:23 (2)** | 281:4 | **15:43:27 (1)** |
| 277:12 | **15:39:55 (1)** | 279:22,23 | **15:42:32 (1)** | 282:8 |
| **15:38:38 (1)** | 278:18 | **15:41:24 (1)** | 281:5 | **15:43:29 (1)** |
| 277:13 | **15:39:56 (2)** | 279:24 | **15:42:34 (1)** | 282:9 |
| **15:38:39 (1)** | 278:19,20 | **15:41:25 (1)** | 281:6 | **15:43:31 (1)** |
| 277:14 | **15:40:00 (1)** | 279:25 | **15:42:36 (1)** | 282:10 |
| **15:38:41 (1)** | 278:21 | **15:41:29 (1)** | 281:7 | **15:43:36 (1)** |
| 277:15 | **15:40:03 (1)** | 280:2 | **15:42:37 (1)** | 282:11 |
| **15:38:42 (1)** | 278:22 | **15:41:30 (1)** | 281:8 | **15:43:37 (1)** |
| 277:16 | **15:40:05 (1)** | 280:3 | **15:42:39 (1)** | 282:12 |
| **15:38:45 (2)** | 278:23 | **15:41:31 (1)** | 281:9,10 | **15:43:39 (1)** |
| 277:17,18 | **15:40:06 (1)** | 280:4 | **15:42:42 (2)** | 282:13 |

| | | | | |
|---|---|---|---|---|
| **15:43:41 (1)** | 283:16 | **15:45:36 (1)** | 286:5 | **15:47:54 (1)** |
| 282:14 | **15:44:33 (1)** | 284:25 | **15:46:41 (1)** | 287:8 |
| **15:43:42 (1)** | 283:17 | **15:45:37 (1)** | 286:6 | **15:47:57 (2)** |
| 282:15 | **15:44:34 (2)** | 285:2 | **15:46:43 (1)** | 287:9,10 |
| **15:43:45 (1)** | 283:18,19 | **15:45:42 (2)** | 286:7 | **15:48:04 (1)** |
| 282:16 | **15:44:36 (1)** | 285:3,4 | **15:46:46 (1)** | 287:11 |
| **15:43:46 (1)** | 283:20 | **15:45:45 (2)** | 286:8 | **15:48:05 (1)** |
| 282:17 | **15:44:38 (2)** | 285:5,6 | **15:46:48 (1)** | 287:12 |
| **15:43:48 (1)** | 283:21,22 | **15:45:53 (1)** | 286:9 | **15:48:18 (1)** |
| 282:18 | **15:44:40 (1)** | 285:7 | **15:46:49 (1)** | 287:13 |
| **15:43:50 (1)** | 283:23 | **15:45:54 (1)** | 286:10 | **15:48:21 (1)** |
| 282:19 | **15:44:42 (2)** | 285:8 | **15:46:52 (1)** | 287:14 |
| **15:43:51 (1)** | 283:24,25 | **15:45:55 (1)** | 286:11 | **15:48:23 (2)** |
| 282:20 | **15:44:44 (1)** | 285:9 | **15:46:54 (1)** | 287:15,16 |
| **15:43:56 (1)** | 284:2 | **15:45:56 (1)** | 286:12 | **15:48:25 (1)** |
| 282:21 | **15:44:51 (1)** | 285:10 | **15:46:59 (1)** | 287:17 |
| **15:43:57 (1)** | 284:3 | **15:46:03 (1)** | 286:13 | **15:48:26 (1)** |
| 282:22 | **15:44:53 (1)** | 285:11 | **15:47:01 (1)** | 287:18 |
| **15:43:58 (1)** | 284:4 | **15:46:04 (1)** | 286:14 | **15:48:28 (1)** |
| 282:23 | **15:44:54 (1)** | 285:12 | **15:47:02 (1)** | 287:19 |
| **15:43:59 (1)** | 284:5 | **15:46:08 (1)** | 286:15 | **15:48:30 (1)** |
| 282:24 | **15:44:55 (1)** | 285:13 | **15:47:05 (1)** | 287:20 |
| **15:44:01 (2)** | 284:6 | **15:46:09 (1)** | 286:16 | **15:48:32 (1)** |
| 282:25 283:2 | **15:44:58 (2)** | 285:14 | **15:47:06 (1)** | 287:21 |
| **15:44:05 (1)** | 284:7,8 | **15:46:10 (1)** | 286:17 | **15:48:35 (1)** |
| 283:3 | **15:45:01 (1)** | 285:15 | **15:47:07 (1)** | 287:22 |
| **15:44:10 (1)** | 284:9 | **15:46:12 (1)** | 286:18 | **15:48:37 (1)** |
| 283:4 | **15:45:05 (1)** | 285:16 | **15:47:10 (1)** | 287:23 |
| **15:44:11 (1)** | 284:10 | **15:46:15 (1)** | 286:19 | **15:48:43 (1)** |
| 283:5 | **15:45:06 (1)** | 285:17 | **15:47:12 (2)** | 287:24 |
| **15:44:14 (1)** | 284:11 | **15:46:16 (1)** | 286:20,21 | **15:48:53 (1)** |
| 283:6 | **15:45:09 (1)** | 285:18 | **15:47:14 (1)** | 287:25 |
| **15:44:15 (1)** | 284:12 | **15:46:17 (1)** | 286:22 | **15:48:58 (1)** |
| 283:7 | **15:45:11 (1)** | 285:19 | **15:47:23 (1)** | 288:2 |
| **15:44:18 (1)** | 284:13 | **15:46:18 (1)** | 286:23 | **15:49:00 (1)** |
| 283:8 | **15:45:15 (2)** | 285:20 | **15:47:26 (1)** | 288:3 |
| **15:44:20 (1)** | 284:14,15 | **15:46:21 (1)** | 286:24 | **15:49:03 (2)** |
| 283:9 | **15:45:20 (1)** | 285:21 | **15:47:28 (1)** | 288:4,5 |
| **15:44:21 (1)** | 284:16 | **15:46:25 (2)** | 286:25 | **15:49:04 (1)** |
| 283:10 | **15:45:22 (1)** | 285:22,23 | **15:47:29 (1)** | 288:6 |
| **15:44:24 (1)** | 284:17 | **15:46:26 (1)** | 287:2 | **15:49:05 (1)** |
| 283:11 | **15:45:23 (1)** | 285:24 | **15:47:31 (1)** | 288:7 |
| **15:44:25 (1)** | 284:18 | **15:46:30 (1)** | 287:3 | **15:49:06 (2)** |
| 283:12 | **15:45:25 (3)** | 285:25 | **15:47:32 (1)** | 288:8 |
| **15:44:28 (1)** | 284:19,20,21 | **15:46:32 (1)** | 287:4 | **15:49:08 (1)** |
| 283:13 | **15:45:31 (1)** | 286:2 | **15:47:34 (1)** | 288:9 |
| **15:44:29 (1)** | 284:22 | **15:46:34 (1)** | 287:5 | **15:49:10 (1)** |
| 283:14 | **15:45:33 (1)** | 286:3 | **15:47:37 (1)** | 288:10 |
| **15:44:31 (1)** | 284:23 | **15:46:35 (1)** | 287:6 | **15:49:12 (1)** |
| 283:15 | **15:45:34 (1)** | 286:4 | **15:47:39 (1)** | 288:11 |
| **15:44:32 (1)** | 284:24 | **15:46:39 (1)** | 287:7 | **15:49:13 (2)** |

| | | | | |
|---|---|---|---|---|
| 288:12,13 | **15:50:14 (1)** | 290:21 | **15:53:18 (1)** | 293:6 |
| **15:49:17 (1)** | 289:17 | **15:51:34 (1)** | 291:24 | **15:54:12 (1)** |
| 288:14 | **15:50:15 (1)** | 290:22 | **15:53:19 (1)** | 293:7 |
| **15:49:19 (1)** | 289:18 | **15:51:36 (1)** | 291:25 | **15:54:14 (1)** |
| 288:15 | **15:50:16 (1)** | 290:23 | **15:53:21 (1)** | 293:8 |
| **15:49:21 (1)** | 289:19 | **15:51:40 (1)** | 292:2 | **15:54:15 (1)** |
| 288:16 | **15:50:18 (2)** | 290:24 | **15:53:22 (1)** | 293:9 |
| **15:49:22 (1)** | 289:20,21 | **15:51:54 (1)** | 292:3 | **15:54:16 (1)** |
| 288:17 | **15:50:20 (2)** | 290:25 | **15:53:24 (1)** | 293:10 |
| **15:49:25 (1)** | 289:22,23 | **15:51:56 (1)** | 292:4 | **15:54:17 (1)** |
| 288:18 | **15:50:24 (1)** | 291:2 | **15:53:27 (1)** | 293:11 |
| **15:49:26 (1)** | 289:24 | **15:51:58 (1)** | 292:5 | **15:54:19 (1)** |
| 288:19 | **15:50:25 (1)** | 291:3 | **15:53:29 (1)** | 293:12 |
| **15:49:28 (1)** | 289:25 | **15:52:00 (1)** | 292:6 | **15:54:20 (1)** |
| 288:20 | **15:50:33 (1)** | 291:4 | **15:53:31 (1)** | 293:13 |
| **15:49:29 (1)** | 290:2 | **15:52:01 (1)** | 292:7 | **16 (6)** |
| 288:21 | **15:50:34 (1)** | 291:5 | **15:53:33 (1)** | 314:15,16 318:25 |
| **15:49:30 (1)** | 290:3 | **15:52:02 (1)** | 292:8 | 329:16,20,20 |
| 288:22 | **15:50:43 (1)** | 291:6 | **15:53:35 (1)** | **16:02:20 (1)** |
| **15:49:31 (1)** | 290:4 | **15:52:03 (1)** | 292:9 | 293:14 |
| 288:23 | **15:50:45 (1)** | 291:7 | **15:53:36 (1)** | **16:03:53 (1)** |
| **15:49:33 (2)** | 290:5 | **15:52:05 (2)** | 292:10 | 293:15 |
| 288:24,25 | **15:50:46 (1)** | 291:8,9 | **15:53:37 (1)** | **16:03:58 (2)** |
| **15:49:34 (1)** | 290:6 | **15:52:07 (1)** | 292:11 | 293:16,17 |
| 289:2 | **15:50:49 (1)** | 291:10 | **15:53:40 (1)** | **16:04:01 (1)** |
| **15:49:36 (1)** | 290:7 | **15:52:09 (1)** | 292:12 | 293:18 |
| 289:3 | **15:50:53 (1)** | 291:11 | **15:53:41 (1)** | **16:04:03 (1)** |
| **15:49:37 (1)** | 290:8 | **15:52:10 (1)** | 292:13 | 293:19 |
| 289:4 | **15:50:56 (1)** | 291:12 | **15:53:43 (1)** | **16:04:04 (1)** |
| **15:49:38 (1)** | 290:9 | **15:52:11 (1)** | 292:14 | 293:20 |
| 289:5 | **15:50:59 (1)** | 291:13 | **15:53:46 (3)** | **16:04:05 (1)** |
| **15:49:40 (1)** | 290:10 | **15:52:25 (1)** | 292:15,16,17 | 293:21 |
| 289:6 | **15:51:01 (1)** | 291:14 | **15:53:47 (1)** | **16:04:06 (1)** |
| **15:49:41 (1)** | 290:11 | **15:52:29 (1)** | 292:18 | 293:22 |
| 289:7 | **15:51:07 (1)** | 291:15 | **15:53:49 (1)** | **16:04:07 (1)** |
| **15:49:45 (1)** | 290:12 | **15:52:31 (1)** | 292:19 | 293:23 |
| 289:8 | **15:51:09 (1)** | 291:16 | **15:53:50 (1)** | **16:04:09 (1)** |
| **15:49:48 (1)** | 290:13 | **15:52:32 (1)** | 292:20 | 293:24 |
| 289:9 | **15:51:11 (1)** | 291:17 | **15:53:51 (1)** | **16:04:12 (1)** |
| **15:49:53 (1)** | 290:14 | **15:52:33 (1)** | 292:21 | 293:25 |
| 289:10 | **15:51:21 (1)** | 291:18 | **15:53:53 (1)** | **16:04:14 (1)** |
| **15:49:54 (1)** | 290:15 | **15:52:34 (1)** | 292:22 | 294:2 |
| 289:11 | **15:51:22 (1)** | 291:19 | **15:53:54 (2)** | **16:04:15 (1)** |
| **15:49:58 (2)** | 290:16 | **15:53:07 (1)** | 292:23,24 | 294:3 |
| 289:12,13 | **15:51:24 (1)** | 291:20 | **15:53:55 (2)** | **16:04:17 (1)** |
| **15:50:00 (1)** | 290:17 | **15:53:10 (1)** | 292:25 293:2 | 294:4 |
| 289:14 | **15:51:28 (2)** | 291:21 | **15:54:02 (1)** | **16:04:18 (1)** |
| **15:50:01 (1)** | 290:18,19 | **15:53:15 (1)** | 293:3 | 294:5 |
| 289:15 | **15:51:29 (1)** | 291:22 | **15:54:04 (2)** | **16:04:20 (1)** |
| **15:50:02 (1)** | 290:20 | **15:53:16 (1)** | 293:4,5 | 294:6 |
| 289:16 | **15:51:31 (1)** | 291:23 | **15:54:10 (1)** | **16:04:24 (1)** |

| | | | | |
|---|---|---|---|---|
| 294:7 | **16:05:26 (1)** | 296:11 | **16:07:18 (1)** | 298:19,20 |
| **16:04:26 (1)** | 295:9 | **16:06:23 (1)** | 297:16 | **16:08:12 (1)** |
| 294:8 | **16:05:28 (1)** | 296:12 | **16:07:19 (1)** | 298:21 |
| **16:04:27 (1)** | 295:10 | **16:06:25 (1)** | 297:17 | **16:08:16 (1)** |
| 294:9 | **16:05:29 (1)** | 296:13 | **16:07:21 (1)** | 298:22 |
| **16:04:28 (1)** | 295:11 | **16:06:29 (1)** | 297:18 | **16:08:17 (1)** |
| 294:10 | **16:05:32 (1)** | 296:14 | **16:07:24 (1)** | 298:23 |
| **16:04:31 (1)** | 295:12 | **16:06:31 (1)** | 297:19 | **16:08:19 (1)** |
| 294:11 | **16:05:34 (1)** | 296:15 | **16:07:25 (1)** | 298:24 |
| **16:04:32 (1)** | 295:13 | **16:06:32 (1)** | 297:20 | **16:08:21 (2)** |
| 294:12 | **16:05:36 (1)** | 296:16 | **16:07:27 (1)** | 298:25 299:2 |
| **16:04:33 (1)** | 295:14 | **16:06:33 (1)** | 297:21 | **16:08:23 (1)** |
| 294:13 | **16:05:37 (1)** | 296:17 | **16:07:29 (1)** | 299:3 |
| **16:04:35 (1)** | 295:15 | **16:06:37 (1)** | 297:22 | **16:08:29 (1)** |
| 294:14 | **16:05:39 (1)** | 296:18 | **16:07:30 (1)** | 299:4 |
| **16:04:38 (1)** | 295:16 | **16:06:39 (1)** | 297:23 | **16:08:31 (1)** |
| 294:15 | **16:05:43 (2)** | 296:19 | **16:07:32 (3)** | 299:5 |
| **16:04:48 (1)** | 295:17,18 | **16:06:41 (1)** | 297:24,25 298:2 | **16:08:39 (1)** |
| 294:16 | **16:05:45 (1)** | 296:20 | **16:07:33 (1)** | 299:6 |
| **16:04:52 (1)** | 295:19 | **16:06:42 (1)** | 298:3 | **16:08:41 (1)** |
| 294:17 | **16:05:46 (1)** | 296:21 | **16:07:35 (1)** | 299:7 |
| **16:04:54 (1)** | 295:20 | **16:06:44 (1)** | 298:4 | **16:08:46 (1)** |
| 294:18 | **16:05:49 (1)** | 296:22 | **16:07:37 (1)** | 299:8 |
| **16:04:56 (1)** | 295:21 | **16:06:47 (1)** | 298:5 | **16:08:48 (1)** |
| 294:19 | **16:05:52 (1)** | 296:23 | **16:07:40 (1)** | 299:9 |
| **16:05:00 (1)** | 295:22 | **16:06:50 (2)** | 298:6 | **16:08:50 (1)** |
| 294:20 | **16:05:54 (1)** | 296:24,25 | **16:07:43 (1)** | 299:10 |
| **16:05:01 (1)** | 295:23 | **16:06:53 (2)** | 298:7 | **16:08:52 (1)** |
| 294:21 | **16:05:55 (1)** | 297:2,3 | **16:07:48 (1)** | 299:11 |
| **16:05:04 (1)** | 295:24 | **16:06:54 (1)** | 298:8 | **16:08:53 (1)** |
| 294:22 | **16:05:57 (1)** | 297:4 | **16:07:49 (1)** | 299:12 |
| **16:05:07 (1)** | 295:25 | **16:06:55 (1)** | 298:9 | **16:08:55 (1)** |
| 294:23 | **16:06:00 (1)** | 297:5 | **16:07:50 (1)** | 299:13 |
| **16:05:09 (1)** | 296:2 | **16:06:57 (1)** | 298:10 | **16:08:56 (1)** |
| 294:24 | **16:06:01 (1)** | 297:6 | **16:07:51 (1)** | 299:14 |
| **16:05:11 (1)** | 296:3 | **16:06:58 (1)** | 298:11 | **16:08:57 (2)** |
| 294:25 | **16:06:04 (1)** | 297:7 | **16:07:52 (1)** | 299:15,16 |
| **16:05:12 (1)** | 296:4 | **16:07:06 (1)** | 298:12 | **16:08:59 (1)** |
| 295:2 | **16:06:06 (1)** | 297:8 | **16:07:56 (1)** | 299:17 |
| **16:05:14 (1)** | 296:5 | **16:07:08 (1)** | 298:13 | **16:09:01 (1)** |
| 295:3 | **16:06:08 (1)** | 297:9 | **16:08:02 (1)** | 299:18 |
| **16:05:17 (1)** | 296:6 | **16:07:11 (1)** | 298:14 | **16:09:02 (1)** |
| 295:4 | **16:06:10 (1)** | 297:10 | **16:08:04 (1)** | 299:19 |
| **16:05:21 (1)** | 296:7 | **16:07:13 (1)** | 298:15 | **16:09:04 (2)** |
| 295:5 | **16:06:13 (1)** | 297:11 | **16:08:06 (1)** | 299:20,21 |
| **16:05:22 (1)** | 296:8 | **16:07:14 (1)** | 298:16 | **16:09:06 (1)** |
| 295:6 | **16:06:14 (1)** | 297:12 | **16:08:08 (1)** | 299:22 |
| **16:05:23 (1)** | 296:9 | **16:07:16 (2)** | 298:17 | **16:09:08 (1)** |
| 295:7 | **16:06:16 (1)** | 297:13,14 | **16:08:09 (1)** | 299:23 |
| **16:05:25 (1)** | 296:10 | **16:07:17 (1)** | 298:18 | **16:09:10 (1)** |
| 295:8 | **16:06:17 (1)** | 297:15 | **16:08:11 (2)** | 299:24 |

Page  85

| | | | | |
|---|---|---|---|---|
| **16:09:12 (1)** | 301:7,8 | **16:10:51 (1)** | 303:19 | **16:13:54 (2)** |
| 299:25 | **16:09:57 (3)** | 302:15 | **16:12:49 (1)** | 304:23,24 |
| **16:09:14 (1)** | 301:9,10,11 | **16:10:52 (1)** | 303:20 | **16:13:56 (1)** |
| 300:2 | **16:09:58 (1)** | 302:16 | **16:12:51 (1)** | 304:25 |
| **16:09:17 (1)** | 301:12 | **16:11:03 (1)** | 303:21 | **16:13:59 (1)** |
| 300:3 | **16:09:59 (1)** | 302:17 | **16:12:52 (1)** | 305:2 |
| **16:09:18 (1)** | 301:13 | **16:11:05 (1)** | 303:22 | **16:14:00 (1)** |
| 300:4 | **16:10:00 (1)** | 302:18 | **16:12:57 (1)** | 305:3 |
| **16:09:20 (1)** | 301:14 | **16:11:12 (1)** | 303:23 | **16:14:01 (1)** |
| 300:5 | **16:10:01 (1)** | 302:19 | **16:13:02 (1)** | 305:4 |
| **16:09:22 (1)** | 301:15 | **16:11:13 (1)** | 303:24 | **16:14:03 (1)** |
| 300:6 | **16:10:02 (1)** | 302:20 | **16:13:04 (1)** | 305:5 |
| **16:09:24 (2)** | 301:16 | **16:11:14 (1)** | 303:25 | **16:14:09 (3)** |
| 300:7,8 | **16:10:04 (2)** | 302:21 | **16:13:05 (1)** | 305:6,7,8 |
| **16:09:25 (1)** | 301:17,18 | **16:11:17 (1)** | 304:2 | **16:14:10 (1)** |
| 300:9 | **16:10:05 (1)** | 302:22 | **16:13:08 (1)** | 305:9 |
| **16:09:27 (1)** | 301:19 | **16:11:19 (1)** | 304:3 | **16:14:12 (1)** |
| 300:10 | **16:10:12 (1)** | 302:23 | **16:13:11 (1)** | 305:10 |
| **16:09:30 (1)** | 301:20 | **16:11:21 (2)** | 304:4 | **16:14:16 (1)** |
| 300:11 | **16:10:18 (1)** | 302:24,25 | **16:13:13 (1)** | 305:11 |
| **16:09:32 (2)** | 301:21 | **16:11:23 (1)** | 304:5 | **16:14:23 (1)** |
| 300:12,13 | **16:10:22 (1)** | 303:2 | **16:13:20 (1)** | 305:12 |
| **16:09:33 (2)** | 301:22 | **16:11:24 (1)** | 304:6 | **16:14:25 (1)** |
| 300:14,15 | **16:10:26 (1)** | 303:3 | **16:13:21 (1)** | 305:13 |
| **16:09:35 (1)** | 301:23 | **16:11:25 (1)** | 304:7 | **16:14:27 (1)** |
| 300:16 | **16:10:30 (1)** | 303:4 | **16:13:24 (2)** | 305:14 |
| **16:09:37 (1)** | 301:24 | **16:11:26 (1)** | 304:8,9 | **16:14:29 (1)** |
| 300:17 | **16:10:31 (1)** | 303:5 | **16:13:25 (1)** | 305:15 |
| **16:09:39 (1)** | 301:25 | **16:11:27 (2)** | 304:10 | **16:14:30 (1)** |
| 300:18 | **16:10:33 (2)** | 303:6,7 | **16:13:27 (1)** | 305:16 |
| **16:09:42 (1)** | 302:2,3 | **16:11:33 (1)** | 304:11 | **16:14:48 (2)** |
| 300:19 | **16:10:34 (1)** | 303:8 | **16:13:28 (1)** | 305:17,18 |
| **16:09:44 (2)** | 302:4 | **16:11:35 (1)** | 304:12 | **16:14:50 (1)** |
| 300:20,21 | **16:10:35 (1)** | 303:9 | **16:13:30 (1)** | 305:19 |
| **16:09:45 (1)** | 302:5 | **16:11:36 (1)** | 304:13 | **16:14:52 (1)** |
| 300:22 | **16:10:36 (1)** | 303:10 | **16:13:31 (1)** | 305:20 |
| **16:09:46 (2)** | 302:6 | **16:11:48 (1)** | 304:14 | **16:14:54 (1)** |
| 300:23,24 | **16:10:37 (1)** | 303:11 | **16:13:32 (1)** | 305:21 |
| **16:09:48 (1)** | 302:7 | **16:11:59 (2)** | 304:15 | **16:14:57 (1)** |
| 300:25 | **16:10:38 (1)** | 303:12,13 | **16:13:37 (1)** | 305:22 |
| **16:09:49 (1)** | 302:8 | **16:12:01 (1)** | 304:16 | **16:14:58 (1)** |
| 301:2 | **16:10:39 (1)** | 303:14 | **16:13:42 (1)** | 305:23 |
| **16:09:50 (1)** | 302:9 | **16:12:29 (1)** | 304:17 | **16:14:59 (1)** |
| 301:3 | **16:10:43 (2)** | 303:15 | **16:13:43 (1)** | 305:24 |
| **16:09:51 (1)** | 302:10,11 | **16:12:30 (1)** | 304:18 | **16:15:01 (1)** |
| 301:4 | **16:10:46 (1)** | 303:16 | **16:13:45 (2)** | 305:25 |
| **16:09:53 (1)** | 302:12 | **16:12:37 (1)** | 304:19,20 | **16:15:02 (1)** |
| 301:5 | **16:10:48 (1)** | 303:17 | **16:13:48 (1)** | 306:2 |
| **16:09:54 (1)** | 302:13 | **16:12:44 (1)** | 304:21 | **16:15:04 (1)** |
| 301:6 | **16:10:50 (1)** | 303:18 | **16:13:51 (1)** | 306:3 |
| **16:09:56 (2)** | 302:14 | **16:12:48 (1)** | 304:22 | **16:15:05 (1)** |

| | | | | |
|---|---|---|---|---|
| 306:4 | **16:29:14 (1)** | 308:12 | **16:31:00 (2)** | 310:24 |
| **16:15:06 (1)** | 307:10 | **16:30:15 (1)** | 309:17,18 | **16:32:07 (1)** |
| 306:5 | **16:29:18 (1)** | 308:13 | **16:31:02 (1)** | 310:25 |
| **16:15:08 (1)** | 307:11 | **16:30:17 (1)** | 309:19 | **16:32:08 (1)** |
| 306:6 | **16:29:21 (1)** | 308:14 | **16:31:03 (1)** | 311:2 |
| **16:15:09 (1)** | 307:12 | **16:30:19 (1)** | 309:20 | **16:32:11 (1)** |
| 306:7 | **16:29:24 (1)** | 308:15 | **16:31:05 (1)** | 311:3 |
| **16:15:10 (1)** | 307:13 | **16:30:20 (1)** | 309:21 | **16:32:21 (1)** |
| 306:8 | **16:29:27 (1)** | 308:16 | **16:31:07 (1)** | 311:4 |
| **16:15:13 (2)** | 307:14 | **16:30:21 (2)** | 309:22 | **16:32:23 (1)** |
| 306:9,10 | **16:29:29 (1)** | 308:17,18 | **16:31:08 (2)** | 311:5 |
| **16:15:16 (1)** | 307:15 | **16:30:23 (1)** | 309:23,24 | **16:32:24 (1)** |
| 306:11 | **16:29:32 (1)** | 308:19 | **16:31:10 (1)** | 311:6 |
| **16:15:19 (1)** | 307:16 | **16:30:25 (1)** | 309:25 | **16:32:25 (1)** |
| 306:12 | **16:29:34 (1)** | 308:20 | 310:2 | 311:7 |
| **16:15:21 (1)** | 307:17 | **16:30:26 (1)** | **16:31:13 (1)** | **16:32:28 (1)** |
| 306:13 | **16:29:36 (1)** | 308:21 | 310:3 | 311:8 |
| **16:15:23 (1)** | 307:18 | **16:30:27 (1)** | **16:31:33 (1)** | **16:32:29 (1)** |
| 306:14 | **16:29:38 (1)** | 308:22 | 310:4 | 311:9 |
| **16:15:24 (1)** | 307:19 | **16:30:29 (1)** | **16:31:36 (1)** | **16:32:30 (1)** |
| 306:15 | **16:29:40 (1)** | 308:23 | 310:5 | 311:10 |
| **16:15:26 (1)** | 307:20 | **16:30:31 (1)** | **16:31:37 (1)** | **16:32:32 (1)** |
| 306:16 | **16:29:43 (1)** | 308:24 | 310:6 | 311:11 |
| **16:15:28 (1)** | 307:21 | **16:30:34 (1)** | **16:31:39 (1)** | **16:32:37 (1)** |
| 306:17 | **16:29:44 (1)** | 308:25 309:2 | 310:7 | 311:12 |
| **16:15:30 (2)** | 307:22 | **16:30:36 (1)** | **16:31:40 (1)** | **16:32:38 (1)** |
| 306:18,19 | **16:29:46 (1)** | 309:3 | 310:8 | 311:13 |
| **16:15:32 (2)** | 307:23 | **16:30:38 (1)** | **16:31:42 (1)** | **16:32:39 (1)** |
| 306:20,21 | **16:29:47 (1)** | 309:4 | 310:9 | 311:14 |
| **16:15:33 (1)** | 307:24 | **16:30:40 (1)** | **16:31:44 (2)** | **16:32:41 (2)** |
| 306:22 | **16:29:49 (2)** | 309:5 | 310:10,11 | 311:15,16 |
| **16:15:35 (1)** | 307:25 308:2 | **16:30:42 (1)** | **16:31:49 (1)** | **16:32:42 (1)** |
| 306:23 | **16:29:51 (1)** | 309:6 | 310:12 | 311:17 |
| **16:15:36 (1)** | 308:3 | **16:30:44 (1)** | **16:31:50 (1)** | **16:32:44 (1)** |
| 306:24 | **16:29:52 (1)** | 309:7 | 310:13 | 311:18 |
| **16:23:00 (1)** | 308:4 | **16:30:45 (1)** | **16:31:51 (1)** | **16:32:45 (1)** |
| 306:25 | **16:29:54 (1)** | 309:8 | 310:14 | 311:19 |
| **16:28:47 (1)** | 308:5 | **16:30:47 (1)** | **16:31:53 (2)** | **16:32:46 (1)** |
| 307:2 | **16:29:56 (1)** | 309:9 | 310:15,16 | 311:20 |
| **16:28:51 (2)** | 308:6 | **16:30:48 (1)** | **16:31:55 (2)** | **16:32:51 (1)** |
| 307:3,4 | **16:29:58 (1)** | 309:10 | 310:17,18 | 311:21 |
| **16:28:56 (1)** | 308:7 | **16:30:51 (2)** | **16:31:56 (1)** | **16:32:52 (2)** |
| 307:5 | **16:30:00 (1)** | 309:11,12 | 310:19 | 311:22,23 |
| **16:28:57 (1)** | 308:8 | **16:30:53 (1)** | **16:31:57 (1)** | **16:32:54 (1)** |
| 307:6 | 308:9 | 309:13 | 310:20 | 311:24 |
| **16:28:59 (1)** | **16:30:04 (1)** | **16:30:56 (1)** | **16:31:59 (2)** | **16:32:56 (1)** |
| 307:7 | 308:10 | 309:14 | 310:21,22 | 311:25 |
| **16:29:12 (1)** | **16:30:08 (1)** | **16:30:58 (1)** | **16:32:02 (1)** | **16:33:01 (1)** |
| 307:8 | 308:11 | 309:15 | 310:23 | 312:2 |
| **16:29:13 (1)** | **16:30:11 (1)** | **16:30:59 (1)** | **16:32:03 (1)** | **16:33:07 (1)** |
| 307:9 | | 309:16 | | 312:3 |

Page 87

**16:33:09 (1)**
312:4
**16:33:12 (1)**
312:5
**16:33:13 (1)**
312:6
**16:33:15 (1)**
312:7
**16:33:19 (1)**
312:8
**16:33:26 (1)**
312:9
**16:33:30 (1)**
312:10
**16:33:33 (1)**
312:11
**16:33:37 (1)**
312:12
**16:33:39 (1)**
312:13
**16:33:40 (1)**
312:14
**16:33:48 (1)**
312:15
**16:33:50 (2)**
312:16,17
**16:33:51 (1)**
312:18
**16:33:58 (1)**
312:19
**16:34:01 (1)**
312:20
**16:34:02 (1)**
312:21
**16:34:04 (3)**
312:22,23,24
**16:34:06 (1)**
312:25
**16:34:08 (2)**
313:2,3
**16:34:09 (1)**
313:4
**16:34:15 (1)**
313:5
**16:34:16 (1)**
313:6
**16:34:18 (2)**
313:7,8
**16:34:19 (1)**
313:9
**16:34:22 (1)**

313:10
**16:34:23 (1)**
313:11
**16:34:27 (1)**
313:12
**16:34:29 (1)**
313:13
**16:34:31 (1)**
313:14
**16:34:32 (1)**
313:15
**16:34:48 (1)**
313:16
**16:34:49 (1)**
313:17
**16:34:52 (1)**
313:18
**16:34:59 (1)**
313:19
**16:35:01 (1)**
313:20
**16:35:03 (2)**
313:21,22
**16:35:04 (1)**
313:23
**16:35:08 (1)**
313:24
**16:35:11 (1)**
313:25
**16:35:16 (1)**
314:2
**16:35:20 (2)**
314:3,4
**16:35:21 (1)**
314:5
**16:35:30 (1)**
314:6
**16:35:32 (1)**
314:7
**16:35:33 (1)**
314:8
**16:35:34 (1)**
314:9
**16:35:36 (1)**
314:10
**16:36:00 (1)**
314:11
**16:36:02 (1)**
314:12
**16:36:07 (1)**
314:13

**16:36:12 (1)**
314:14
**16:36:14 (1)**
314:15
**16:36:25 (2)**
314:16,17
**16:36:46 (1)**
314:18
**16:36:47 (1)**
314:19
**16:36:50 (3)**
314:20,21,22
**16:36:52 (1)**
314:23
**16:36:54 (1)**
314:24
**16:36:56 (1)**
314:25
**16:37:02 (1)**
315:2
**16:37:12 (2)**
315:3,4
**16:37:18 (1)**
315:5
**16:37:19 (1)**
315:6
**16:37:21 (1)**
315:7
**16:37:22 (2)**
315:8,9
**16:37:23 (1)**
315:10
**16:37:26 (1)**
315:11
**16:37:28 (1)**
315:12
**16:37:29 (1)**
315:13
**16:37:32 (1)**
315:14
**16:37:33 (1)**
315:15
**16:37:34 (1)**
315:16
**16:37:37 (1)**
315:17
**16:37:39 (1)**
315:18
**16:37:41 (1)**
315:19
**16:37:45 (1)**

315:20
**16:37:48 (1)**
315:21
**16:37:50 (2)**
315:22,23
**16:37:52 (1)**
315:24
**16:37:53 (1)**
315:25
**16:37:56 (1)**
316:2
**16:37:57 (1)**
316:3
**16:37:59 (1)**
316:4
**16:38:00 (1)**
316:5
**16:38:01 (1)**
316:6
**16:38:03 (1)**
316:7
**16:38:18 (1)**
316:8
**16:38:47 (2)**
316:9,10
**16:38:48 (1)**
316:11
**16:38:50 (1)**
316:12
**16:38:53 (1)**
316:13
**16:38:54 (1)**
316:14
**16:38:56 (1)**
316:15
**16:38:58 (1)**
316:16
**16:39:00 (1)**
316:17
**16:39:03 (1)**
316:18
**16:39:22 (1)**
316:19
**16:39:27 (1)**
316:20
**16:39:29 (1)**
316:21
**16:39:31 (1)**
316:22
**16:39:36 (1)**
316:23

**16:39:38 (1)**
316:24
**16:39:40 (1)**
316:25
**16:39:41 (1)**
317:2
**16:39:43 (1)**
317:3
**16:39:44 (2)**
317:4,5
**16:39:46 (1)**
317:6
**16:39:58 (1)**
317:7
**16:39:59 (1)**
317:8
**16:40:01 (1)**
317:9
**16:40:02 (1)**
317:10
**16:40:03 (2)**
317:11,12
**16:40:04 (1)**
317:13
**16:40:05 (1)**
317:14
**16:40:06 (1)**
317:15
**16:40:21 (1)**
317:16
**16:40:46 (1)**
317:17
**16:40:47 (1)**
317:18
**16:40:50 (1)**
317:19
**16:40:52 (1)**
317:20
**16:40:53 (1)**
317:21
**16:40:56 (1)**
317:22
**16:40:57 (1)**
317:23
**16:40:58 (1)**
317:24
**16:40:59 (1)**
317:25
**16:41:02 (1)**
318:2
**16:41:04 (1)**

| | | | | |
|---|---|---|---|---|
| 318:3 | **16:42:03 (1)** | 320:15,16 | **16:46:03 (1)** | 322:23,24 |
| **16:41:06 (1)** | 319:8 | **16:44:49 (1)** | 321:20 | **16:56:39 (1)** |
| 318:4 | **16:42:05 (1)** | 320:17 | **16:46:05 (1)** | 322:25 |
| **16:41:08 (2)** | 319:9 | **16:44:50 (1)** | 321:21 | **16:56:44 (1)** |
| 318:5,6 | **16:42:08 (1)** | 320:18 | **16:46:09 (1)** | 323:2 |
| **16:41:11 (1)** | 319:10 | **16:44:53 (3)** | 321:22 | **16:56:50 (1)** |
| 318:7 | **16:42:10 (1)** | 320:19,20,21 | **16:46:11 (1)** | 323:3 |
| **16:41:13 (1)** | 319:11 | **16:44:55 (1)** | 321:23 | **16:56:51 (1)** |
| 318:8 | **16:42:11 (1)** | 320:22 | **16:46:14 (2)** | 323:4 |
| **16:41:16 (1)** | 319:12 | **16:44:56 (1)** | 321:24,25 | **16:56:53 (1)** |
| 318:9 | **16:42:12 (1)** | 320:23 | **16:46:18 (1)** | 323:5 |
| **16:41:18 (1)** | 319:13 | **16:45:09 (1)** | 322:2 | **16:57:18 (1)** |
| 318:10 | **16:42:13 (1)** | 320:24 | **16:46:19 (1)** | 323:6 |
| **16:41:20 (1)** | 319:14 | **16:45:11 (1)** | 322:3 | **16:57:20 (1)** |
| 318:11 | **16:42:15 (1)** | 320:25 | **16:46:30 (1)** | 323:7 |
| **16:41:22 (1)** | 319:15 | **16:45:12 (1)** | 322:4 | **16:57:35 (1)** |
| 318:12 | **16:42:16 (1)** | 321:2 | **16:46:32 (1)** | 323:8 |
| **16:41:24 (1)** | 319:16 | **16:45:16 (1)** | 322:5 | **16:57:36 (1)** |
| 318:13 | **16:42:18 (2)** | 321:3 | **16:46:34 (1)** | 323:9 |
| **16:41:27 (1)** | 319:17,18 | **16:45:19 (1)** | 322:6 | **16:57:39 (1)** |
| 318:14 | **16:42:22 (1)** | 321:4 | **16:46:39 (1)** | 323:10 |
| **16:41:29 (2)** | 319:19 | **16:45:21 (1)** | 322:7 | **16:57:42 (1)** |
| 318:15,16 | **16:42:24 (2)** | 321:5 | **16:46:41 (1)** | 323:11 |
| **16:41:31 (1)** | 319:20,21 | **16:45:23 (1)** | 322:8 | **16:57:49 (1)** |
| 318:17 | **16:42:26 (2)** | 321:6 | **16:46:44 (1)** | 323:12 |
| **16:41:32 (1)** | 319:22,23 | **16:45:25 (1)** | 322:9 | **16:57:51 (1)** |
| 318:18 | **16:42:29 (1)** | 321:7 | **16:46:45 (1)** | 323:13 |
| **16:41:34 (1)** | 319:24 | **16:45:26 (1)** | 322:10 | **16:57:53 (1)** |
| 318:19 | **16:42:31 (1)** | 321:8 | **16:46:51 (1)** | 323:14 |
| **16:41:38 (1)** | 319:25 | **16:45:28 (1)** | 322:11 | **16:57:54 (1)** |
| 318:20 | **16:42:34 (1)** | 321:9 | **16:46:54 (1)** | 323:15 |
| **16:41:40 (1)** | 320:2 | **16:45:29 (1)** | 322:12 | **16:57:55 (1)** |
| 318:21 | **16:42:37 (1)** | 321:10 | **16:46:56 (1)** | 323:16 |
| **16:41:41 (1)** | 320:3 | **16:45:40 (1)** | 322:13 | **16:58:00 (1)** |
| 318:22 | **16:42:38 (1)** | 321:11 | **16:47:00 (1)** | 323:17 |
| **16:41:43 (1)** | 320:4 | **16:45:43 (1)** | 322:14 | **16:58:08 (1)** |
| 318:23 | **16:42:41 (1)** | 321:12 | **16:47:03 (2)** | 323:18 |
| **16:41:44 (1)** | 320:5 | **16:45:44 (1)** | 322:15,16 | **16:58:10 (1)** |
| 318:24 | **16:42:44 (1)** | 321:13 | **16:47:05 (1)** | 323:19 |
| **16:41:49 (1)** | 320:6 | **16:45:47 (1)** | 322:17 | **16:58:15 (1)** |
| 318:25 | **16:42:47 (1)** | 321:14 | **16:47:06 (1)** | 323:20 |
| **16:41:55 (1)** | 320:7 | **16:45:52 (1)** | 322:18 | **16:58:18 (1)** |
| 319:2 | **16:42:48 (1)** | 321:15 | **16:47:07 (1)** | 323:21 |
| **16:41:56 (1)** | 320:8 | **16:45:56 (1)** | 322:19 | **16:58:21 (1)** |
| 319:3 | **16:42:52 (3)** | 321:16 | **16:47:08 (1)** | 323:22 |
| **16:41:59 (1)** | 320:9,10,11 | **16:45:59 (1)** | 322:20 | **16:58:23 (1)** |
| 319:4 | **16:43:09 (2)** | 321:17 | **16:47:09 (1)** | 323:23 |
| **16:42:00 (1)** | 320:12,13 | **16:46:00 (1)** | 322:21 | **16:58:24 (1)** |
| 319:5 | **16:43:27 (1)** | 321:18 | **16:47:10 (1)** | 323:24 |
| **16:42:02 (2)** | 320:14 | **16:46:02 (1)** | 322:22 | **16:58:25 (1)** |
| 319:6,7 | **16:43:28 (2)** | 321:19 | **16:47:13 (2)** | 323:25 |

Page 89

| | | | | |
|---|---|---|---|---|
| **16:58:36 (1)** | 325:4 | **17:01:10 (1)** | **198 (1)** | 117:25 118:10,14 |
| 324:2 | **17:00:13 (1)** | 326:6 | 330:4 | 118:19 119:3,10,19 |
| **16:58:41 (1)** | 325:5 | **17:01:11 (1)** | **1980 (3)** | 119:20,21 120:2 |
| 324:3 | **17:00:14 (1)** | 326:7 | 58:15,15 59:6 | 121:19 122:16 |
| **16:58:42 (1)** | 325:6 | **17:01:13 (1)** | **1984 (1)** | 123:15 124:5 |
| 324:4 | **17:00:16 (1)** | 326:8 | 22:19 | 129:23 135:17 |
| **16:58:43 (1)** | 325:7 | **17:01:15 (1)** | **1985 (1)** | 157:2,25 158:8 |
| 324:5 | **17:00:18 (1)** | 326:9 | 22:19 | 159:8 160:8 166:22 |
| **16:58:49 (1)** | 325:8 | **17:01:17 (1)** | **1987 (1)** | 192:24 193:2 |
| 324:6 | **17:00:19 (1)** | 326:10 | 47:24 | 202:16 218:4 |
| **16:58:51 (1)** | 325:9 | **17:01:20 (2)** | **1990s (1)** | 234:10 260:23 |
| 324:7 | **17:00:21 (1)** | 326:11,12 | 83:7 | 328:15,17 |
| **16:58:53 (1)** | 325:10 | **17:01:22 (2)** | **1993 (1)** | **2007 (28)** |
| 324:8 | **17:00:23 (1)** | 326:13,14 | 30:8 | 83:22 89:10 140:25 |
| **16:58:57 (1)** | 325:11 | **17:01:24 (1)** | | 147:6 150:21 174:7 |
| 324:9 | 325:12 | 326:15 | **2** | 177:11,25 181:24 |
| **16:58:59 (1)** | **17:00:28 (1)** | **17:01:27 (1)** | **2 (11)** | 184:2 191:9 193:5 |
| **16:59:02 (1)** | 325:13 | 326:16 | 6:5 79:25 88:7,9 | 198:12 232:24 |
| 324:11 | **17:00:31 (1)** | **17:01:28 (1)** | 91:25 166:7 252:4,8 | 233:14,19 235:12 |
| **16:59:03 (1)** | 325:14 | 326:17 | 328:9,11 329:9 | 236:2,4,5 238:17 |
| 324:12 | **17:00:32 (1)** | **17:01:32 (2)** | **2nd (1)** | 239:21 242:12,18 |
| **16:59:07 (2)** | 325:15 | 326:18,19 | 56:21 | 328:19,25 329:15 |
| 324:13,14 | **17:00:35 (1)** | **170 (1)** | **2:30 (1)** | 329:17 |
| **16:59:09 (1)** | 325:16 | 3:13 | 210:22 | **2008 (4)** |
| 324:15 | **17:00:36 (1)** | **173 (1)** | **2:37 (2)** | 62:16,19 63:6 209:4 |
| **16:59:10 (1)** | 325:17 | 328:22 | 211:5,7 | **2008-18 (3)** |
| 324:16 | **17:00:37 (1)** | **177 (1)** | **2:45 (1)** | 208:22 209:4 329:13 |
| **16:59:36 (1)** | 325:18 | 328:24 | 210:23 | **2009 (6)** |
| 324:17 | **17:00:39 (1)** | **18 (2)** | **20 (1)** | 1:23 2:5 326:24 |
| **16:59:37 (1)** | 325:19 | 287:7 328:13 | 328:22 | 327:22 331:3,22 |
| 324:18 | **17:00:41 (1)** | **186 (1)** | **20th (1)** | **203 (1)** |
| **16:59:42 (1)** | 325:20 | 329:4 | 234:10 | 329:9 |
| 324:19 | **17:00:43 (1)** | **187 (1)** | **2000 (4)** | **205 (1)** |
| **16:59:46 (1)** | 325:21 | 329:24 | 84:3 85:5 89:24 90:4 | 330:5 |
| 324:20 | **17:00:45 (1)** | **19 (5)** | **2002 (2)** | **207C (2)** |
| **16:59:49 (1)** | 325:22 | 87:23,25 88:2 89:5 | 56:20 90:10 | 68:17,20 |
| 324:21 | **17:00:47 (1)** | 325:20 | **2003 (1)** | **208 (1)** |
| **16:59:50 (2)** | 325:23 | **195 (1)** | 26:18 | 329:12 |
| 324:22,23 | **17:00:54 (1)** | 330:3 | **2004 (2)** | **20823 (1)** |
| **16:59:56 (1)** | 325:24 | **1956 (1)** | 59:13 250:16 | 1:25 |
| 324:24 | **17:00:56 (1)** | 30:8 | **2005 (4)** | **21 (1)** |
| **16:59:59 (1)** | 325:25 | **1967 (1)** | 31:12,14 127:7 | 329:12 |
| 324:25 | **17:00:57 (1)** | 44:16 | 163:17 | **22 (5)** |
| **161 (1)** | 326:2 | **197 (1)** | **2006 (53)** | 79:23 89:22 90:12 |
| 328:19 | **17:01:00 (1)** | 329:6 | 56:14,21 61:3 85:15 | 163:8 328:19 |
| **17:00:08 (1)** | 326:3 | **1970 (1)** | 85:20,22 87:4,22 | **23 (2)** |
| 325:2 | **17:01:03 (1)** | 59:20 | 90:10,10 91:20 | 329:4,14 |
| **17:00:10 (1)** | 326:4 | **1973 (3)** | 93:17 94:10 107:25 | **23rd (1)** |
| 325:3 | **17:01:07 (1)** | 47:16 59:13,21 | 111:12,16 113:10 | 198:12 |
| **17:00:11 (1)** | 326:5 | **1975 (3)** | 113:13 114:8,10 | **232 (1)** |
| | | 31:12 102:17 103:7 | 115:9,22 116:13 | 329:14 |

**238 (1)**
329:16
**24 (1)**
328:16
**25 (10)**
1:23 2:5 22:6 161:21
162:3 170:11 287:8
312:4 318:13 331:3
**25-foot (1)**
38:10
**26 (6)**
177:11,25 184:2
235:25 236:5
328:25
**2652 (5)**
202:25 203:4,21
208:16 329:11
**2661 (4)**
202:25 203:4 208:16
329:11
**27 (2)**
181:23 193:5
**27th (4)**
174:7,12 190:23
191:9
**28 (4)**
91:20 92:6 93:17
328:15
**28th (2)**
94:3,10
**29 (2)**
23:21 311:3
**2921 (2)**
311:11 312:10

_____ **3** _____

**3 (15)**
87:25 88:5,6 91:18
92:4 97:20 166:7
175:15,19 183:6
187:25 197:25
198:10 328:13
329:24
**3rd (3)**
56:6,14 61:3
**3-28-07 (1)**
178:2
**3:20 (2)**
258:19,20
**3:24 (2)**
258:21,23

**3:54 (2)**
293:11,12
**30 (2)**
29:17 56:20
**303 (1)**
329:18
**308 (1)**
328:6
**31 (2)**
128:7 313:4
**31st (1)**
56:7
**314 (1)**
329:20
**317 (1)**
330:8
**32-foot (1)**
38:4
**3778 (1)**
177:8
**3780 (1)**
173:19

_____ **4** _____

**4 (15)**
24:22 107:21,24,25
147:6 150:21
165:15,22,25 166:2
166:8 258:25
328:16,17,19
**4th (8)**
114:10 119:19,25
121:19 122:16
123:15 124:5 160:9
**4-by-50 (1)**
164:18
**4:04 (2)**
293:13,15
**4:16 (2)**
306:22,23
**4:29 (2)**
306:24 307:2
**4:47 (2)**
322:22,23
**4:57 (2)**
322:24 323:2
**400 (1)**
164:23
**4431 (1)**
238:15
**45 (1)**

172:13
**48 (1)**
183:13

_____ **5** _____

**5 (13)**
147:2,5 148:2 175:5
175:10 178:9 187:7
188:8 307:3 326:17
328:10,18,18
**5th (1)**
59:20
**5-5 (2)**
101:6,7
**5:01 (2)**
326:15,18
**50 (3)**
9:10 24:22 101:5
**530 (1)**
4:7
**5419 (1)**
232:22
**55 (4)**
101:5,9,13 156:14
**5875 (1)**
186:22
**59 (1)**
293:5

_____ **6** _____

**6 (20)**
161:17,22 167:9
178:11,15,25
181:18 185:11
232:24 233:14
235:11 236:4
238:17 242:12,18
328:9,10,20 329:15
329:17
**60 (9)**
107:11,13 317:6,9,19
318:5,7,8,13
**600 (1)**
164:9
**63 (5)**
318:25 319:3,9,23
320:6
**68 (5)**
22:22 24:2 25:2 44:6
310:8
**68-69 (2)**

44:6 310:11
**69 (2)**
310:9 321:10

_____ **7** _____

**7 (9)**
168:22 173:17,20
178:8,9 180:11,22
328:5,22
**7th (1)**
59:21
**70 (4)**
319:11,23 320:6,18
**70s (1)**
32:8

_____ **8** _____

**8 (23)**
93:15 177:7,10,15
178:8,10,10,11,12
178:15,16 179:9
180:5,13,23 181:19
181:22 183:10
185:19 186:14
235:21 236:11
328:24
**8th (2)**
94:4 209:4
**80s (2)**
45:22 60:19
**85 (1)**
3:6

_____ **9** _____

**9 (10)**
81:17 83:17,23 84:16
186:20,23 187:24
213:25 329:5,24
**9th (2)**
89:10 327:22
**9:00 (1)**
212:23
**91 (1)**
328:13
**926 (2)**
2:11 3:22
**9809 (1)**
197:12
**9810 (1)**
208:20