# EXHIBIT "N" (PART 1)

Page 1

```
1
2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
3      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
       EDWARD CARTER, FRANK FIORILLO,    )
4      KEVIN LAMM, JOSEPH NOFI, and      )
       THOMAS SNYDER,                    )
5                                        )
                    Plaintiffs,          )
6                                        )
       -against-                         )
7                                        ) Index No.
                                         ) CV 07 1215
8      INCORPORATED VILLAGE OF OCEAN     )
       BEACH; MAYOR JOSEPH C.            )
9      LOEFFLER, JR., individually       )
       and in his Official capacity;     )
10     former mayor NATALIE K.ROGERS,    )
       individually and in her           )
11     official capacity, OCEAN BEACH    )
       POLICE DEPARTMENT; ACTING         )
12     DEPUTY POLICE CHIEF GEORGE B.     )
       HESSE, individually and in his    )
13     official capacity; SUFFOLK        )
       COUNTY; SUFFOLK COUNTY POLICE     )
14     DEPARTMENT OF CIVIL SERVICE;      )
       and ALLISON SANCHEZ,              )
15     individually and in her           )
       official capacity,               )
16                                       )
                    Defendants.          )
17     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
18              DEPOSITION OF GEORGE HESSE
                  Uniondale, New York
19                  June 3, 2009
20
21
22
23     Reported by:
       Judi Johnson, RPR, CRR, CLR
24     Job No.: 23057
25
```

Page 2

```
 1
 2                926 RexCorp Plaza
                  Uniondale, New York
 3
 4                June 3, 2009
                  10:00 A.M.
 5
 6
 7
 8
 9
10
11
12
13        Deposition of GEORGE HESSE, held at
14   the offices of RIVKIN RADLER, LLP, 926
15   RexCorp Plaza, Uniondale, New York, pursuant
16   to Notice, before Judi Johnson, a Registered
17   Professional Reporter, a Certified Realtime
18   Reporter, a Certified LiveNote Reporter and
19   Notary Public of the State of New York.
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 3

```
 1                    GEORGE HESSE
 2   APPEARANCES:
 3      THOMPSON WIGDOR & GILLY, LLP
 4      Attorneys for the Plaintiffs
 5      85 Fifth Avenue
 6      New York, New York 10003
 7
        BY: ANDREW S. GOODSTADT, ESQ.
 8          ARIEL GRAFF, ESQ.
 9
10      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11      Attorneys for GEORGE B. HESSE
12      530 Saw Mill Road
13      Elmsford, New York 10523
14
        BY: KEVIN W. CONNOLLY, ESQ.
15
16
17
18      RIVKIN RADLER, LLP
19      Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
20      JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
21      POLICE DEPARTMENT
22      926 RexCorp Plaza
23      Uniondale, New York 11556-0926
24
        BY: KENNETH A. NOVIKOFF, ESQ.
25          MICHAEL WELCH, ESQ.
```

TSG Reporting - Worldwide   (877) 702-9580

Page 4

```
 1                    GEORGE HESSE
 2
 3
 4
 5   BEE READY FISHBEIN HATTER & DONOVAN, LLP
 6   Attorneys for SUFFOLK COUNTY
 7   170 Old Country Road
 8   Mineola, New York 11501
 9
     BY: KENNETH A. GRAY (A.M. SESSION ONLY)
10
11
12
13   SUFFOLK COUNTY DEPARTMENT OF LAW
14   Attorneys for the County
15   100 Veterans Memorial Highway
16   Hauppauge, New York 11788
17
     BY: BRIAN P. CALLAHAN, ESQ.
18
19   ALSO PRESENT:
20   STEVE SAN PIETRO - LEGAL VIDEO SPECIALIST
21   FRANK FIORILLO
22   KEVIN LAMM - AM SESSION ONLY
23   ED CARTER - AM SESSION ONLY
24   TOM SNYDER
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 5

```
 1                    GEORGE HESSE
 2           IT IS HEREBY STIPULATED AND AGREED by
 3   and between the attorneys for the respective
 4   parties herein, that filing and sealing and
 5   the same are hereby waived.
 6           IT IS FURTHER STIPULATED AND AGREED
 7   that all objections, except as to the form
 8   of the question, shall be reserved to the
 9   time of the trial.
10           IT IS FURTHER STIPULATED AND AGREED
11   that the within deposition may be sworn to
12   and signed before any officer authorized to
13   administer an oath, with the same force and
14   effect as if signed and sworn to before the
15   Court.
16
17                    - o0o -
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 6

1          GEORGE HESSE
2   GEORGE HESSE,
3        Called as a witness herein, having
4        first been duly sworn, was examined and
5        testified as follows:
6   BY THE REPORTER:
7        Q   Please state your name and address for
8   the record.
9        A   George Hesse, 623 Bay Walk, P.O. Box
10   425, Ocean Beach, New York 11770.
11          THE VIDEOGRAPHER:  This is the start   10:04:10AM
12   of the tape labeled Number 1 of the
13   videotaped deposition of George Hesse in the
14   matter of Carter Fiorello, et al versus the
15   Incorporated Village of Ocean Beach.  This
16   deposition is taking place at 926 RexCorp
17   Plaza, Uniondale, New York on Wednesday,
18   June the 3rd, 2009 at approximately
19   10:04 a.m.
20          My name is Steve San Pietro from TSG,   10:04:37AM
21   and I am the legal video specialist.  The
22   court reporter today is Judi Johnson in
23   association with TSG Reporting.
24          Will counsel please introduce          10:04:47AM
25   yourselves for the record.

TSG Reporting - Worldwide   (877) 702-9580

Page 7

1          GEORGE HESSE
2        MR. GOODSTADT:  Andrew Goodstadt,        10:04:50AM
3   Thompson Wigdor & Gilly, on behalf of the
4   plaintiffs.  And with me is Ariel Graff,
5   G-R-A-F-F, from my office.
6        MR. CONNOLLY:  Kevin W. Connolly of       10:05:05AM
7   Marks, O'Neil, O'Brien & Courtney, counsel
8   for the defendant Hesse.
9        MR. NOVIKOFF:  Ken Novikoff, Rivkin      10:05:12AM
10   Radler, on behalf of all the village
11   defendants and Mayor Rogers, Mayor Loeffler
12   in their official and individual capacities.
13   With me is Michael Welch from my office.
14        MR. CALLAHAN:  Brian Callahan from the   10:05:23AM
15   office of Christine Malafi for the County of
16   Suffolk, Suffolk County PD and Allison
17   Sanchez.
18   EXAMINATION                                   10:05:30AM
19   BY MR. GOODSTADT:                             10:05:36AM
20        Q   Good morning, Mr. Hesse.            10:05:41AM
21        A   Good morning.                        10:05:42AM
22        Q   My name is Andrew Goodstadt Thompson.  10:05:43AM
23   I'm an attorney at the law firm of Thompson,
24   Wigdor & Gilly, and my firm represents the
25   plaintiffs in this matter, Frank Fiorillo, Ed

TSG Reporting - Worldwide   (877) 702-9580

Page 8

1          GEORGE HESSE
2   Carter, Kevin Lamm, Tom Snyder and Joe Nofi.
3   And we're here today to ask you some questions
4   about the allegations in the complaint.
5          What is your current address?          10:06:00AM
6        A   My current address, my official      10:06:03AM
7   address is 315 Bay Walk, P.O. Box 371 Ocean
8   Beach, New York 11770.
9        Q   What do you mean by official address?  10:06:15AM
10        A   I also have a second residence of     10:06:17AM
11   191 The Helm, East Islip, New York 11730.
12        Q   And which address do you live at?    10:06:26AM
13        A   I mostly live at 191 The Helm, and I  10:06:29AM
14   do sleep at my apartment in Ocean Beach.
15        Q   How many days a year do you --       10:06:37AM
16   approximately, do you sleep at The Helm versus
17   your Ocean Beach residence?
18        A   I'd say the majority of the year.    10:06:43AM
19   Most of the summer, I stay in Ocean Beach.
20        Q   And when did you start living at Ocean  10:06:53AM
21   Beach during the summers?
22        A   About, I'd say, three years ago I    10:06:57AM
23   started staying weekends at the beach.
24        Q   Who else lives with you at that      10:07:08AM
25   address at the beach?

TSG Reporting - Worldwide   (877) 702-9580

Page 9

1          GEORGE HESSE
2        A   It's a shared address. It's the Ocean  10:07:11AM
3   Beach police barracks, and I have a room within
4   the barracks.
5        Q   Anyone else live there?              10:07:18AM
6        A   There are other police officers that   10:07:20AM
7   do stay overnight there, but I wouldn't say they
8   live there.
9        Q   Would you say that you live there?    10:07:26AM
10        A   No, but it's one of my official      10:07:28AM
11   addresses.
12        Q   Why do use that as an official address  10:07:32AM
13   if you don't live there?
14        MR. NOVIKOFF:  Objection.                10:07:36AM
15        MR. CONNOLLY:  Objection.                10:07:37AM
16        MR. NOVIKOFF:  Argumentative.            10:07:39AM
17        A   It's on my driver's license. That's  10:07:40AM
18   where I vote.  That's where I'm registered to
19   vote.  That's my legal address.
20        Q   Do you pay taxes out of there?       10:07:45AM
21        A   No.                                   10:07:47AM
22        MR. NOVIKOFF:  Objection. Vague.         10:07:48AM
23   BY MR. GOODSTADT:                             10:07:49AM
24        Q   What address do you pay taxes from?  10:07:51AM
25        MR. NOVIKOFF:  Objection.                10:07:54AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 10

GEORGE HESSE

```
1              GEORGE HESSE
2     A   I don't.              10:07:54AM
3     Q   You don't pay taxes?         10:07:54AM
4     A   Of course I pay taxes.       10:07:57AM
5         MR. CONNOLLY:  Andrew, what do you --  10:08:00AM
6  BY MR. GOODSTADT:              10:08:02AM
7     Q   What address do you list on your tax  10:08:02AM
8  returns?
9         MR. NOVIKOFF:  Oh, okay.    10:08:05AM
10    A   In Ocean Beach.         10:08:07AM
11    Q   And who lives at the 191 The Helm  10:08:13AM
12 address?
13    A   My wife, my two children, my father  10:08:16AM
14 and his girlfriend.
15    Q   What's your wife's name?      10:08:25AM
16    A   Shannon.              10:08:26AM
17    Q   What are your children's ages?     10:08:28AM
18    A   My daughter Lauren is 12.  Megan is  10:08:30AM
19 eight.
20    Q   And your father's name is?     10:08:37AM
21    A   Dan.                 10:08:39AM
22    Q   Same last name?            10:08:40AM
23    A   Yes.                 10:08:42AM
24    Q   And his girlfriend's name?      10:08:42AM
25    A   Denise.              10:08:44AM
```

---

Page 11

GEORGE HESSE

```
1              GEORGE HESSE
2     Q   Who owns that address?       10:08:48AM
3     A   My father.              10:08:50AM
4     Q   And what's Denise's last name?     10:09:01AM
5     A   Czarneki, C-Z-A-R-N-E-K-I.  Close  10:09:04AM
6  enough.
7     Q   How long has she lived there?     10:09:10AM
8     A   14 years.             10:09:12AM
9     Q   Did you use the Ocean Beach address  10:09:20AM
10 prior to three seasons ago when you started
11 staying overnight there?
12    A   Yes.                 10:09:27AM
13        MR. NOVIKOFF:  Can we just have for  10:09:28AM
14 the record what season are you referring to,
15 2006, 2007, 2005?
16 BY MR. GOODSTADT:              10:09:36AM
17    Q   Well, what season did you start  10:09:36AM
18 staying there?
19    A   2006, I started staying there on a  10:09:40AM
20 regular basis on the weekends.
21        MR. NOVIKOFF:  Do you want to define  10:09:46AM
22 the season, Andrew?  It's been defined
23 before by other witnesses.
24 BY MR. GOODSTADT:              10:09:50AM
25    Q   When you use the word "season," why  10:09:51AM
```

---

Page 12

GEORGE HESSE

```
1              GEORGE HESSE
2  don't you tell us what you mean so we're both of
3  the same page.
4     A   The summer season of 2006 would start,  10:09:55AM
5  say, May and end in September.
6     Q   Is that somewhere before Memorial Day  10:10:05AM
7  to somewhere just after Labor Day?
8     A   Yeah.  Two weeks before Memorial Day  10:10:10AM
9  to two weeks after Labor Day is an official
10 season, but I usually started staying around
11 Memorial Day right to Labor Day.
12    Q   And prior to 2006, were you using that  10:10:19AM
13 Ocean Beach address as your official address?
14    A   Yes.                 10:10:24AM
15    Q   How come?             10:10:24AM
16    A   Well, I actually did live there back  10:10:26AM
17 in 2005 for about a year and a half, but not
18 directly at that address of 315 Bay Walk.
19    Q   What address did you live in?     10:10:38AM
20    A   The physical address was 146 Bungalow  10:10:40AM
21 Walk, and that's in Ocean Beach.
22    Q   Was that --              10:10:48AM
23    A   It's a house.            10:10:49AM
24    Q   Who owns that house?         10:10:50AM
25    A   Right now, someone named Joe     10:10:53AM
```

---

Page 13

GEORGE HESSE

```
1              GEORGE HESSE
2  Housworth.
3     Q   Who owned it when you lived there in  10:10:56AM
4  '05?
5     A   Oh, God.  Last name was Reusch.  I  10:11:00AM
6  think it was R-E-U-S-C-H.
7     Q   Did you rent it from Reusch?      10:11:08AM
8     A   Yes.                 10:11:10AM
9     Q   Did you pay for that or did the beach  10:11:10AM
10 pay for it?
11    A   I paid for it.            10:11:14AM
12    Q   Who did you live with in '05 for a  10:11:14AM
13 year and a half there?
14    A   I lived with my wife; and then for a  10:11:18AM
15 short time, when my daughter was born, she lived
16 there with us.
17    Q   And prior to '05, had you ever used  10:11:27AM
18 the Ocean Beach address as your address or any
19 Ocean Beach address as your address?
20        MR. NOVIKOFF:  Objection to form.    10:11:37AM
21    A   I don't know -- I'm thinking in 2004,  10:11:38AM
22 I may have established the address of 315 Bay
23 Walk.
24    Q   How about prior to 2004, did you ever  10:11:53AM
25 use an Ocean Beach address as your address?
```

Page 14

```
1              GEORGE HESSE
2         MR. NOVIKOFF: Objection to form.    10:11:57AM
3    A    No.                          10:11:58AM
4    Q    So prior to 2004, you never lived at  10:12:02AM
5    Ocean Beach?
6         MR. NOVIKOFF: Same objection.       10:12:06AM
7    A    In -- I'm sorry, did I say 2004?  I   10:12:07AM
8    meant '94, 1994.  My first summer in Ocean Beach
9    was in '93, and I actually lived in the barracks
10   five days a week for my first season in Ocean
11   Beach.
12   Q    Were you a full-time officer or      10:12:30AM
13   part-time officer?
14   A    I was part-time or seasonal at that  10:12:32AM
15   time.
16   Q    And you lived in the barracks five   10:12:37AM
17   days a week?
18   A    Five days a week, correct.          10:12:39AM
19   Q    Did you pay any rent?               10:12:40AM
20   A    No.                          10:12:42AM
21   Q    So why did you live there?          10:12:44AM
22        MR. NOVIKOFF: I'm going to object.  10:12:48AM
23   BY MR. GOODSTADT:                        10:12:49AM
24   Q    Why did you live at Ocean Beach during  10:12:49AM
25   five days a week?
```

TSG Reporting - Worldwide   (877) 702-9580

Page 15

```
1              GEORGE HESSE
2    A    I don't know.  I was 23 years old and  10:12:53AM
3    I just took this job in Ocean Beach, and they
4    offered us -- not just me, but several police
5    officers the opportunity to stay there.  I was
6    working late-night shifts; and to get a good
7    night's sleep, instead of going all the way home
8    and back, I stayed in the barracks.
9    Q    So just start.  So '94, you         10:13:12AM
10   established that as an official address?
11   A    That's correct, yes.              10:13:16AM
12   Q    What was the next official address   10:13:17AM
13   that you used after '94?
14        MR. NOVIKOFF: Objection to form.    10:13:21AM
15   A    I guess when I moved to 191 The Helm.  10:13:24AM
16   Q    When was that?                    10:13:27AM
17   A    You gotta figure -- let's see.  I    10:13:30AM
18   think it was at the end of '97.
19   Q    And how long did you live at 191 The  10:13:45AM
20   Helm?
21   A    From '97 to present.              10:13:48AM
22   Q    Did you ever use 191 The Helm as your  10:13:53AM
23   official address?
24        MR. NOVIKOFF: Objection.           10:13:58AM
25   A    No.                          10:13:58AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 16

```
1              GEORGE HESSE
2    Q    So it was always Ocean Beach?       10:13:58AM
3    A    Correct.                      10:14:01AM
4    Q    So how about from '97 until 2005, did  10:14:02AM
5    you live in Ocean Beach at any time during that
6    period at all?
7         MR. NOVIKOFF: Objection to form.    10:14:08AM
8    A    I would stay in Ocean Beach on       10:14:09AM
9    occasion.
10   Q    What do you mean by on occasion?    10:14:12AM
11   A    Well, back in the day, between -- I   10:14:13AM
12   got hired full-time in '95.  So '95 through
13   maybe 2000, we worked some really whacked-out
14   tours, in the winter especially.  We did two
15   days on with four days off, and I would stay
16   there my entire 48 hours.  And we were allowed
17   to sleep, eat and stay in our apartments, the
18   barracks, during my tour after my patrol
19   function was done.
20   Q    So how many days a week were you     10:14:49AM
21   living there between '97, when you moved out,
22   and 2005, when you said you lived there for a
23   year and a half?
24   A    You gotta figure it was 48-hour      10:14:57AM
25   shifts.  It was two days straight, four days
```

TSG Reporting - Worldwide   (877) 702-9580

Page 17

```
1              GEORGE HESSE
2    off.  Sometimes I would stay an extra day;
3    sometimes I would go to 191 The Helm.
4    Q    And why were you using the Ocean Beach  10:15:11AM
5    address as your official address during that
6    period even though you were only staying there
7    two days a week?
8         MR. NOVIKOFF: Objection to form.    10:15:19AM
9         MR. CONNOLLY: Which period, again,   10:15:21AM
10   are we speaking of?
11        MR. GOODSTADT: That period between   10:15:25AM
12   '97, when he moved to 191 The Helm, and
13   2005, when he moved to 146 Bungalow Walk.
14   A    Will you repeat the question, please.  10:15:34AM
15   Q    Why did you use the Ocean Beach      10:15:36AM
16   address as your official address during that
17   period, when you were only staying there two
18   days a week?
19        MR. NOVIKOFF: Objection to form.    10:15:44AM
20   A    I always kept it because I always    10:15:45AM
21   thought I would officially move to Ocean Beach
22   on a permanent basis.
23   Q    So it was in anticipation of moving to  10:15:51AM
24   Ocean Beach?
25   A    Correct.                      10:15:54AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 18

GEORGE HESSE

1
2       Q    But you didn't actually live there on  10:15:54AM
3   a permanent basis, correct?
4       A    For almost two years, I did.       10:15:59AM
5       Q    But not during the period between '97  10:16:01AM
6   and '04, correct?
7       A    No.                     10:16:05AM
8       Q    Was there a residency requirement to  10:16:05AM
9   be a full-time officer in Ocean Beach?
10      A    Yes.                    10:16:09AM
11      Q    Is that why you use Ocean Beach as the  10:16:10AM
12  address?
13      A    At the time when I got hired, yes.    10:16:11AM
14      Q    And when did you become a full-time   10:16:14AM
15  officer?
16      A    '95. I believe it was November of     10:16:17AM
17  '95.
18      Q    So the period between '97 and '05 that  10:16:22AM
19  you didn't live there, you used the Ocean Beach
20  address because of the residency requirement?
21      A    No.                     10:16:31AM
22      Q    You used it because you anticipated   10:16:32AM
23  that you'd eventually live there?
24      A    Correct.                10:16:35AM
25      Q    Even though you weren't at the time,  10:16:36AM

TSG Reporting - Worldwide   (877) 702-9580

Page 19

GEORGE HESSE

1
2   for all those years?
3       A    Yes.                    10:16:40AM
4       Q    I just want to go over some ground    10:16:48AM
5   rules before we get started.
6            MR. NOVIKOFF: I thought we just got  10:16:52AM
7   started.
8            MR. CONNOLLY: Continue.         10:16:56AM
9            MR. GOODSTADT: Was that an objection  10:16:57AM
10  or just an obnoxious comment?
11           MR. NOVIKOFF: It was a comment. You  10:17:01AM
12  said you were going to go over the ground
13  rules before we got started, but we've just
14  now spent 15 minutes on a residency issue.
15           MR. GOODSTADT: Now we're wasting time  10:17:08AM
16  on your inappropriate comments.
17           MR. NOVIKOFF: If you'd like to        10:17:12AM
18  continue the conversation, I'd be happy to.
19  BY MR. GOODSTADT:                    10:17:16AM
20      Q    Do you understand that you're         10:17:16AM
21  testifying under oath today?
22      A    Yes.                    10:17:19AM
23      Q    And that you're legally obligated to  10:17:19AM
24  tell the truth?
25      A    Yes.                    10:17:22AM

TSG Reporting - Worldwide   (877) 702-9580

Page 20

GEORGE HESSE

1
2       Q    And failure to do so is potentially   10:17:22AM
3   punishable as a criminal sanction?
4       A    Yes.                    10:17:24AM
5       Q    Have you ever testified under oath    10:17:25AM
6   before --
7       A    Yes.                    10:17:27AM
8       Q    Let me finish the question.          10:17:29AM
9            Have you ever testified under oath    10:17:30AM
10  before outside of your capacity as an arresting
11  officer?
12      A    No.                     10:17:38AM
13      Q    So you never testified in a civil     10:17:39AM
14  action?
15      A    Yes.                    10:17:42AM
16      Q    So since this is the first time you're  10:17:47AM
17  testifying under oath in a civil action, I just
18  want to make sure that --
19           MR. NOVIKOFF: Objection. He          10:17:54AM
20  testified, I believe, that he testified in a
21  civil action.
22           MR. GOODSTADT: I said he's never      10:18:00AM
23  testified in a civil action, and he said
24  yes.
25

TSG Reporting - Worldwide   (877) 702-9580

Page 21

GEORGE HESSE

1
2   BY MR. GOODSTADT:                    10:18:05AM
3       Q    Have you ever testified in a civil    10:18:06AM
4   action?
5       A    Yes.                    10:18:07AM
6       Q    How many times?               10:18:08AM
7       A    Four, maybe five.            10:18:17AM
8       Q    So why don't we start from today, not  10:18:22AM
9   including today, going in reverse chronological
10  order. When was the most recent time you
11  testified under oath in a civil action?
12      A    The last time may have been around   10:18:38AM
13  1999.
14      Q    And were you a party to that civil    10:18:44AM
15  action?
16      A    You know, I don't remember if I was   10:18:49AM
17  particularly sued, but there was a police
18  officer within the department that was sued.
19      Q    And what was that matter -- strike    10:18:56AM
20  that.
21           Who was the plaintiff in that matter?  10:19:01AM
22      A    Christopher Cuneen, C-U-N-E-E-N.      10:19:03AM
23      Q    And who were the defendants?         10:19:10AM
24      A    I don't remember if I was a named     10:19:12AM
25  defendant, but Sergeant Bob Golopi and of course

TSG Reporting - Worldwide   (877) 702-9580

Page 22

GEORGE HESSE

1
2    the Ocean Beach Police Department and the
3    Village of Ocean Beach.
4        Q    And what was Mr. Cuneen alleging in   10:19:21AM
5    his lawsuit?
6        A    That he was brutally beaten up, false   10:19:27AM
7    arrest, violation of civil rights.
8        Q    Who did he allege beat him up?        10:19:35AM
9        A    He may have alleged myself and        10:19:39AM
10   Sergeant Golopi.
11       Q    And you testified under oath in a     10:19:53AM
12   deposition or in some other form?
13       A    In a deposition.                      10:19:57AM
14       Q    Who represented you in that matter?   10:19:59AM
15       A    I don't recall.                       10:20:01AM
16       Q    Did you testify at a trial in that    10:20:04AM
17   matter?
18       A    No.                                   10:20:06AM
19       Q    Did that matter get to a trial?       10:20:07AM
20       A    No.                                   10:20:09AM
21       Q    Do you know how that case was         10:20:09AM
22   resolved?
23       A    I believe there was a settlement.     10:20:11AM
24       Q    Do you know what the settlement was   10:20:14AM
25   for?

TSG Reporting - Worldwide   (877) 702-9580

---

Page 23

GEORGE HESSE

1
2        MR. NOVIKOFF:  Objection only to the   10:20:16AM
3    extent if you are aware if there was a
4    confidentiality agreement.  If you have no
5    knowledge one way or of the other, then
6    answer the question.
7        MR. GOODSTADT:  Don't you know a        10:20:26AM
8    confidentiality agreement doesn't trump his
9    obligation to testify under oath?
10       MR. NOVIKOFF:  I don't know what the    10:20:30AM
11   confidentiality agreement says.  I'm not
12   going to take your representation of what
13   the law is.
14       MR. GOODSTADT:  Well, that is the law.  10:20:37AM
15       MR. NOVIKOFF:  I'm asking the witness,  10:20:39AM
16   since I represent the village, that if he's
17   aware of whether or not there's a
18   confidentiality agreement, he should say so.
19   If he's not, he can answer the question.
20       MR. CONNOLLY:  You can answer the       10:20:48AM
21   question.
22       A    I'm not aware.                      10:20:50AM
23       Q    You're not aware of what it settled 10:20:51AM
24   for?
25       A    I'm not aware, no.                  10:20:54AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 24

GEORGE HESSE

1
2        MR. GOODSTADT:  Ken, if you could just  10:21:28AM
3    put your microphone back on so all this
4    stuff is on the record.
5        MR. NOVIKOFF:  I think it is on the     10:21:31AM
6    record.  The stenographer and I believe the
7    videographer nodded with approval when I
8    took the mic off, indicating, at least to
9    me, that he could hear me.
10       MR. GOODSTADT:  Is it picking up?       10:21:41AM
11   Yeah, because I think we had one deposition
12   where it didn't.
13   BY MR. GOODSTADT:                           10:21:47AM
14       Q    Now, prior to the 1999 case with   10:21:47AM
15   Mr. Cuneen, when was the time before that that
16   you testified under oath in a civil matter?
17       A    I believe the one prior to that -- 10:21:56AM
18   actually, you know what, I'm mistaken.  There
19   might have been one just prior to that -- before
20   that one, working our way back.  Bruce Mancada.
21       Q    Do you know how to spell Mancada?  10:22:11AM
22       A    It's M-A-N-C-A-D-A.                 10:22:14AM
23       Q    And Mr. Mancada was a plaintiff in the 10:22:22AM
24   matter that you testified in?
25       A    Yes.                                10:22:25AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 25

GEORGE HESSE

1
2        Q    Were you a defendant in that case?  10:22:26AM
3        A    Yes.                                10:22:27AM
4        Q    Where was that case filed, do you   10:22:27AM
5    know?
6        A    I believe in Suffolk County.        10:22:29AM
7        Q    Where was the Cuneen case filed, do 10:22:34AM
8    you know?
9        A    Also, I believe, Suffolk County.    10:22:37AM
10       Q    And who were the defendants in      10:22:43AM
11   Mr. Mancada's case?
12       A    That would be me and a Billy Powell. 10:22:46AM
13       Q    And what were the allegations that  10:22:54AM
14   Mr. Mancada made against you and Mr. Powell?
15       A    Excessive force, violation of civil 10:22:59AM
16   rights.
17       MR. NOVIKOFF:  I'm sorry, Andrew.  Did   10:23:10AM
18   we establish this was before or after the
19   first case that he talked about?
20       MR. GOODSTADT:  He believed it was      10:23:16AM
21   closer to today --
22       MR. NOVIKOFF:  Okay.  Got it.           10:23:19AM
23       MR. GOODSTADT:  -- than the Cuneen      10:23:20AM
24   matter.
25       MR. CONNOLLY:  At or about 1999.        10:23:23AM

TSG Reporting - Worldwide   (877) 702-9580

Page 26

```
 1            GEORGE HESSE
 2        THE WITNESS:  I believe it was 2000,  10:23:26AM
 3   2001.  I'm not really sure.
 4   BY MR. GOODSTADT:                    10:23:29AM
 5        Q    And you testified under oath in a  10:23:30AM
 6   deposition or was it some other form in that
 7   matter?
 8        A    A deposition.              10:23:35AM
 9        Q    Did you testify at trial in that  10:23:35AM
10   matter?
11        A    No.                        10:23:37AM
12        Q    Was there a trial in that matter?  10:23:37AM
13        A    No.                        10:23:39AM
14        Q    Do you know how that case was    10:23:39AM
15   resolved?
16        A    No.                        10:23:41AM
17        Q    You don't know if there was a    10:23:42AM
18   settlement?
19        A    No.                        10:23:44AM
20        Q    Who represented you in that matter?  10:23:45AM
21        A    I don't recall.            10:23:47AM
22        Q    In connection with the Cuneen matter,  10:23:52AM
23   were there any criminal charges brought against
24   you?
25        A    No.                        10:23:57AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 27

```
 1            GEORGE HESSE
 2        Q    Were there any criminal charges    10:23:57AM
 3   brought against Mr. Cuneen?
 4        A    Yes.                       10:24:01AM
 5        Q    What were the charges brought against  10:24:02AM
 6   Mr. Cuneen?
 7        A    I wouldn't say criminal -- it was --  10:24:05AM
 8   actually, there were two incidents with
 9   Mr. Cuneen.  One dealt with me, where he was
10   trespassing on private property, and he was
11   arrested for that.  And then later he was
12   rearrested for harassment, maybe.  I don't know
13   the particulars of the charges, but he was
14   rearrested later, when I wasn't present.
15        Q    Do you know whether he was convicted  10:24:35AM
16   on any of those arrests?
17        A    I don't know.              10:24:43AM
18        Q    And who arrested him for trespassing?  10:24:44AM
19        A    I was the arresting officer.  10:24:46AM
20        Q    And who was the arresting officer for  10:24:48AM
21   the harassment or other crime?
22        A    Bob Golopi, Sergeant Bob Golopi.  10:24:54AM
23        Q    And Bob Golopi was one of the    10:24:59AM
24   defendants in that matter?
25        A    Yes.                       10:25:05AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 28

```
 1            GEORGE HESSE
 2        Q    And he was alleged to have physically  10:25:05AM
 3   beaten Mr. Cuneen?
 4        A    He was alleged, yes.       10:25:09AM
 5        Q    And now the Mancada matter.  Were    10:25:11AM
 6   there any criminal charges brought against you?
 7        A    No.                        10:25:17AM
 8        Q    Were there any criminal charges    10:25:17AM
 9   brought against Mr. Mancada?
10        A    Yes.                       10:25:21AM
11        Q    What were the charges brought against  10:25:22AM
12   Mr. Mancada?
13        A    They were disorderly conduct and    10:25:25AM
14   resisting arrest.
15        Q    After being arrested -- after being  10:25:37AM
16   arrested for that, was he actually charged with
17   those --
18        A    Yes.                       10:25:42AM
19        Q    -- with two allegations?       10:25:43AM
20        Was there a trial?             10:25:45AM
21        A    No.                        10:25:46AM
22        Q    Did he plead?              10:25:48AM
23        A    I don't know.              10:25:49AM
24        Q    Who was the arresting officer of    10:25:50AM
25   Mr. Mancada?
```

TSG Reporting - Worldwide   (877) 702-9580

Page 29

```
 1            GEORGE HESSE
 2        A    I was.                     10:25:53AM
 3        Q    What did Mr. Mancada allege you to    10:25:58AM
 4   have done?
 5        A    I believe just an excessive use of    10:26:04AM
 6   force and violated his civil rights.  I don't
 7   really recall the whole complaint.
 8        Q    Do you recall anything that he alleged  10:26:12AM
 9   that you had done to him that he believed was
10   excessive force?
11        A    No.                        10:26:16AM
12        Q    So you don't know if he was convicted  10:26:22AM
13   for anything --
14        A    I don't recall.            10:26:25AM
15        Q    -- in connection with that matter?   10:26:25AM
16        How about -- and I think you testified  10:26:29AM
17   that -- did you testify that Golopi was a
18   sergeant at the time?
19        A    Yes, I did.                10:26:38AM
20        MR. NOVIKOFF:  Objection.  Asked and  10:26:40AM
21   answered.
22        A    Yes.                       10:26:41AM
23        Q    He was?  You reported to him at that  10:26:41AM
24   time?
25        A    I reported to him?  Yes.       10:26:46AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 30

GEORGE HESSE

1
2       Q    Then how about the time before the     10:26:51AM
3    Cuneen testimony, when did that happen?
4            MR. NOVIKOFF: Objection to form.       10:26:57AM
5    BY MR. GOODSTADT:                              10:26:58AM
6       Q    The time prior to the Cuneen matter,   10:26:58AM
7    when was the closest in time to that that you
8    testified under oath in a civil matter?
9            MR. NOVIKOFF: Objection to form.       10:27:08AM
10           MR. CONNOLLY: You can answer.          10:27:08AM
11      A    I really don't understand the          10:27:10AM
12   question.
13      Q    Right. We're going in reverse          10:27:12AM
14   chronological on your civil testimony, correct?
15      A    Right.                                 10:27:15AM
16      Q    So you have Mancada is the most        10:27:16AM
17   recent, other than for today.
18      A    Okay.                                  10:27:20AM
19      Q    Then Cuneen?                           10:27:21AM
20      A    Correct.                               10:27:22AM
21      Q    Okay. And now going in reverse         10:27:22AM
22   chronological order, when was the time before
23   that that you testified in a civil matter?
24      A    I believe -- I don't know the exact    10:27:28AM
25   date. It could be in or around 95, '96.

TSG Reporting - Worldwide   (877) 702-9580

Page 31

GEORGE HESSE

1
2       Q    And who was the plaintiff in that      10:27:41AM
3    matter?
4       A    Kenneth Ryan.                          10:27:43AM
5       Q    Were you a defendant in that matter?   10:27:48AM
6       A    Yes.                                   10:27:50AM
7       Q    Who were the other defendants?         10:27:51AM
8       A    I might have been the only one. I'm    10:27:52AM
9    not sure. I don't recall.
10      Q    What was the allegation that Mr. Ryan  10:27:57AM
11   made against you in that matter?
12      A    Excessive force, violation of civil    10:28:01AM
13   rights.
14      Q    Just so we're clear, the Cuneen        10:28:08AM
15   matter, Golopi was a defendant. Was the beach
16   also a defendant in that matter?
17      A    Yes.                                   10:28:18AM
18      Q    And the same thing with Mancada        10:28:19AM
19   matter. It was you, Powell. The beach also was
20   a defendant?
21      A    Correct.                               10:28:24AM
22      Q    Were any other individuals that were   10:28:24AM
23   defendants in that matter?
24      A    In which one?                          10:28:27AM
25      Q    Mancada.                               10:28:28AM

TSG Reporting - Worldwide   (877) 702-9580

Page 32

GEORGE HESSE

1
2       A    Not that I recall.                     10:28:29AM
3       Q    How about in Cuneen?                   10:28:30AM
4       A    Not that I recall.                     10:28:32AM
5       Q    And Ryan, was the beach a defendant?   10:28:33AM
6       A    Yes.                                   10:28:40AM
7       Q    Who represented you in the Ryan        10:28:40AM
8    matter?
9       A    I don't recall.                        10:28:43AM
10      Q    When you testified, was it at a        10:28:43AM
11   deposition or some other forum?
12      A    A deposition.                          10:28:49AM
13      Q    And what were the allegations that     10:28:51AM
14   Mr. Ryan made that led him to claim that you
15   used excessive force and violated his civil
16   rights?
17      A    Repeat that.                           10:29:00AM
18      Q    Yes.                                   10:29:01AM
19           What -- what conduct did Mr. Ryan      10:29:02AM
20   allege that you engaged in that amounted to
21   excessive force and a violation of his civil
22   rights?
23           MR. NOVIKOFF: Alleged in the           10:29:12AM
24   complaint?
25           MR. GOODSTADT: Correct.                10:29:14AM

TSG Reporting - Worldwide   (877) 702-9580

Page 33

GEORGE HESSE

1
2       A    I think he alleged that I hit him in   10:29:14AM
3    the face with a baton and that I falsely
4    arrested him.
5       Q    Did that matter go to trial?           10:29:25AM
6       A    No.                                    10:29:27AM
7       Q    Do you know how that matter was        10:29:28AM
8    disposed of or resolved?
9       A    No.                                    10:29:31AM
10      Q    You don't know if there was a          10:29:32AM
11   settlement in that matter?
12      A    I don't know.                          10:29:35AM
13      Q    Were any criminal charges brought      10:29:48AM
14   against you in connection with the Ryan matter?
15      A    No.                                    10:29:54AM
16      Q    Were there any criminal -- well,       10:29:54AM
17   strike that.
18           Was he arrested at all in connection   10:29:54AM
19   with that matter?
20      A    Yes.                                   10:29:57AM
21      Q    What was he arrested for?              10:29:57AM
22      A    Disorderly conduct and resisting       10:29:59AM
23   arrest.
24      Q    And who was the arresting officer in   10:30:05AM
25   that matter?

TSG Reporting - Worldwide   (877) 702-9580

Page 34

GEORGE HESSE

1
2     A   I was.                          10:30:08AM
3     Q   Was he actually charged with those    10:30:09AM
4  crimes after being arrested?
5     A   Yes.                            10:30:13AM
6     Q   Was there a trial?                  10:30:14AM
7     A   No.                             10:30:18AM
8     Q   Did he take a plea?                10:30:19AM
9     A   Yes.                            10:30:21AM
10    Q   Do you know what he pled to?       10:30:21AM
11    A   He may have pled to the disorderly   10:30:24AM
12  conduct, and he allocuted.
13    Q   And how about the time before Kenneth  10:30:35AM
14  Ryan in which you testified in a civil matter,
15  when was that?
16    A   The next one.                     10:30:44AM
17    Q   In reverse chronological order, the   10:30:46AM
18  time that you testified in a civil matter prior
19  to the Ryan matter.
20    A   It may have been '93 or '94.         10:30:52AM
21    Q   And who was the plaintiff in that     10:30:54AM
22  matter?
23    A   Michael Bloomberg.               10:30:56AM
24        MR. NOVIKOFF:  The mayor?         10:30:58AM
25        THE WITNESS:  No.                10:31:01AM

TSG Reporting - Worldwide   (877) 702-9580

Page 35

GEORGE HESSE

1
2  BY MR. GOODSTADT:                      10:31:02AM
3     Q   Were you a defendant?             10:31:02AM
4     A   Say that again.                    10:31:04AM
5     Q   Were you a defendant?             10:31:04AM
6     A   Yes.                            10:31:06AM
7     Q   Who were the other defendants?     10:31:06AM
8     A   I would believe just the Village of   10:31:09AM
9  Ocean Beach.  I don't know if there were any
10  others.
11    Q   And what did Mr. Bloomberg allege in   10:31:16AM
12  his complaint?
13    A   Excessive use of force and violating   10:31:19AM
14  his civil rights.
15    Q   And what did -- what conduct did he   10:31:32AM
16  allege that you engaged in that amounted to
17  excessive force and a violation of his civil
18  rights?
19    A   What amount of conduct did I do?    10:31:41AM
20    Q   Well, what conduct did he allege that  10:31:44AM
21  you did that amounted to excessive force and a
22  violation of his civil rights?
23        MR. NOVIKOFF:  In the complaint?    10:31:51AM
24        MR. GOODSTADT:  What was he alleging  10:31:52AM
25    in the complaint.

TSG Reporting - Worldwide   (877) 702-9580

Page 36

GEORGE HESSE

1
2     A   I don't really recall exactly.       10:31:56AM
3     Q   Was there a trial in that matter?    10:31:59AM
4     A   No.                             10:32:01AM
5     Q   Do you know how that matter was     10:32:01AM
6  resolved or disposed of?
7     A   No.                             10:32:05AM
8     Q   You don't know if there was a        10:32:05AM
9  settlement?
10    A   No.                             10:32:08AM
11    Q   Who represented you in connection with  10:32:10AM
12  that matter?
13    A   I don't recall.                     10:32:12AM
14    Q   Do you know where that matter was    10:32:12AM
15  filed?
16    A   Maybe Suffolk County.             10:32:14AM
17    Q   How about the Ryan matter, do you know  10:32:16AM
18  where that was filed?
19    A   Maybe Suffolk County also.         10:32:19AM
20    Q   Were there any times that you        10:32:23AM
21  testified in a civil matter other than for today
22  and the four that you just testified to?
23    A   Not that I recall.                  10:32:30AM
24    Q   Well, we're doing a good job so far,   10:32:36AM
25  but it's important that you give verbal answers

TSG Reporting - Worldwide   (877) 702-9580

Page 37

GEORGE HESSE

1
2  so we can get a written record as well as a
3  videotaped transmission of this deposition; is
4  that okay?
5     A   I understand.                     10:32:48AM
6     Q   If I ask a question that you don't    10:32:49AM
7  understand or you don't hear, just ask me to
8  repeat it or rephrase it, okay?
9     A   Okay.                           10:32:58AM
10    Q   If I use a term that you don't       10:32:58AM
11  understand or you don't hear, again, just ask me
12  to repeat it or rephrase it, okay?
13    A   Okay.                           10:33:05AM
14    Q   Because if you do answer a question,   10:33:07AM
15  I'm going to assume that you both understood it
16  and that you heard it.
17    A   Okay.                           10:33:12AM
18        MR. NOVIKOFF:  Note my objection.   10:33:13AM
19  BY MR. GOODSTADT:                      10:33:14AM
20    Q   It's important that you let me finish   10:33:14AM
21  my question, just as it's important that I let
22  you finish your answer.  It's just again so we
23  have a clean record; is that okay?
24    A   Yes.                            10:33:19AM
25    Q   If there's any point in time that you   10:33:20AM

TSG Reporting - Worldwide   (877) 702-9580

Page 38

GEORGE HESSE

1        GEORGE HESSE
2   feel that you need to take a break or you want
3   to take a recess, just let me know.  I'll be
4   happy to accommodate that, okay?
5        A    Yes.                    10:33:28AM
6        Q    Are you presently taking any      10:33:28AM
7   medications?
8        A    No.                     10:33:32AM
9        Q    Is there anything that can think of    10:33:32AM
10  that would prevent you from testifying fully and
11  truthfully today?
12       A    No.                     10:33:38AM
13       Q    Are you sick at all today?    10:33:39AM
14       A    No.                     10:33:40AM
15       Q    Are you represented by an attorney in 10:33:44AM
16  connection with this matter?
17       A    Yes.                    10:33:48AM
18       Q    Who is that?            10:33:48AM
19       A    Kevin Connolly.         10:33:49AM
20       Q    And he's sitting right next to you,    10:33:50AM
21  correct?
22       A    Correct.                10:33:53AM
23       Q    When did you first learn that the    10:33:53AM
24  plaintiffs were making allegations against Ocean
25  Beach and you in connection with this matter?

Page 39

GEORGE HESSE

1        GEORGE HESSE
2        MR. NOVIKOFF:  Objection.        10:34:01AM
3        Just allegations in the complaint or  10:34:02AM
4   just allegations at all?
5        MR. GOODSTADT:  Allegations generally. 10:34:06AM
6        MR. NOVIKOFF:  Okay.  Objection to   10:34:09AM
7   form.
8        MR. CONNOLLY:  Allegations that would 10:34:11AM
9   have been ultimately contained in the
10  complaint.
11       MR. NOVIKOFF:  Yeah, I don't        10:34:15AM
12  understand the question.
13  BY MR. GOODSTADT:                    10:34:17AM
14       Q    Do you understand what I mean by     10:34:18AM
15  allegations?
16       A    Just repeat the question, please.    10:34:=
    19AM
17       Q    When did you first learn that the    10:34:21AM
18  plaintiffs in this case were making allegations
19  against the beach and you?
20       MR. NOVIKOFF:  Objection.  Form.    10:34:27AM
21       A    I don't recall the date.    10:34:29AM
22       Q    Do you recall how you learned of it? 10:34:30AM
23       A    I believe I received a notice of claim 10:34:34AM
24  at some point.  I don't remember the date.
25       Q    How did you receive that notice of    10:34:41AM

Page 40

GEORGE HESSE

1        GEORGE HESSE
2   claim?
3        A    I don't recall.          10:34:46AM
4        Q    You don't recall whether it was      10:34:48AM
5   delivered by mail, by hand, overnight, E-mail,
6   fax?
7        A    I don't recall.          10:34:54AM
8        Q    Do you recall where you were when you 10:34:55AM
9   received it?
10       A    I don't recall.          10:34:58AM
11       Q    Who did you speak with about the     10:35:03AM
12  notice of claim when you received it?
13       MR. NOVIKOFF:  Objection.       10:35:08AM
14       A    I believe the first person I had     10:35:09AM
15  spoken to was Maryann Minerva.
16       Q    Who's she?               10:35:17AM
17       A    She's the village administrator.  10:35:18AM
18       Q    Did you reach out to her or did she  10:35:26AM
19  reach out to you in connection with that
20  discussion?
21       A    I don't know.            10:35:31AM
22       MR. NOVIKOFF:  Objection.  Form.    10:35:33AM
23       A    I don't recall.          10:35:34AM
24       Q    Was it on the phone or in person or  10:35:34AM
25  some other means?

Page 41

GEORGE HESSE

1        GEORGE HESSE
2        MR. NOVIKOFF:  Objection.  Form.    10:35:37AM
3        A    I don't recall.          10:35:38AM
4        Q    What did you discuss with her?    10:35:41AM
5        A    We may have read the complaint      10:35:47AM
6   together and may have made some opinions about
7   it.
8        MR. CONNOLLY:  Are we speaking of the 10:35:56AM
9   complaint or the notice of claim?
10       THE WITNESS:  Notice of claim.      10:36:00AM
11  BY MR. GOODSTADT:                    10:36:01AM
12       Q    And tell me the substance of the     10:36:01AM
13  conversation.
14       A    I really don't recall the substance. 10:36:04AM
15       Q    What opinions did you guys reach at   10:36:06AM
16  that time?
17       MR. NOVIKOFF:  Objection.  Form.    10:36:10AM
18       A    I was upset.             10:36:13AM
19       Q    How come?                10:36:16AM
20       A    Because I thought it was baseless.   10:36:18AM
21       Q    Did you discuss that with Ms. Minerva 10:36:22AM
22  at the time?
23       A    Yes.                    10:36:25AM
24       Q    What did you tell her about your     10:36:25AM
25  belief that it was baseless?

Page 42

GEORGE HESSE

1
2      A    I figured that the entire complaint    10:36:30AM
3  was out of line and it was just based on lies.
4      Q    Did you tell her why you thought it    10:36:39AM
5  was based on lies?
6      A    I don't recall.                        10:36:42AM
7      Q    What did she say to you in that        10:36:44AM
8  conversation?
9          MR. NOVIKOFF:  Objection.               10:36:47AM
10     A    She agreed with me.                     10:36:47AM
11     Q    Do you recall anything else that she    10:36:52AM
12 said other than for saying I agree with you?
13     A    No.                                     10:36:55AM
14     Q    Do you recall anything else that was    10:36:56AM
15 stated during that conversation other than what
16 you've testified to?
17     A    I don't recall at this time.            10:37:01AM
18     Q    Is there anything that you can think    10:37:02AM
19 of that would refresh your recollection?
20     A    No.                                     10:37:06AM
21     Q    Did you take any notes of the           10:37:07AM
22 conversation?
23     A    No.                                     10:37:08AM
24     Q    Was anyone else there?                  10:37:08AM
25     A    No.                                     10:37:10AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 43

GEORGE HESSE

1
2      Q    How long did the conversation last?    10:37:10AM
3      A    I don't recall.                        10:37:12AM
4      Q    Did you speak to -- well, strike that. 10:37:16AM
5          Who else did you speak with about the   10:37:19AM
6  notice of claim?
7          MR. NOVIKOFF:  Objection.  Form.        10:37:23AM
8      A    I'm sure at some point I spoke to      10:37:25AM
9  Joseph Loeffler.
10     Q    Do you actually recall speaking with   10:37:33AM
11 him?
12     A    Not particularly, no.                   10:37:36AM
13     Q    So you don't know whether you actually 10:37:38AM
14 spoke with him?
15     A    I don't recall.                         10:37:43AM
16     Q    Can you think of anything that would   10:37:45AM
17 refresh your recollection?
18     A    No.                                     10:37:47AM
19     Q    What led you to believe that you       10:37:47AM
20 likely spoke with him?
21     A    Well, at the time, he was a trustee.   10:37:52AM
22 And I don't remember how we got into contact
23 with each other, but I'm sure at some point we
24 did speak about it.
25     Q    Did you speak with any other trustees  10:38:07AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 44

GEORGE HESSE

1
2  other than for Mr. Loeffler about the notice of
3  claim?
4      A    No trustees, no.                        10:38:11AM
5      Q    Why would you speak to Loeffler as     10:38:13AM
6  opposed to the other trustees?
7      A    I believe at that point, when he was a 10:38:20AM
8  trustee and Mayor Loeffler was -- Mayor Rogers
9  was in office, I don't want to say that he was a
10 liaison, but I think he understood the police
11 department's operation better than she would, so
12 I think he would just kind of interpret things
13 for her.
14     Q    Did he have a title of police liaison  10:38:41AM
15 at the time?
16     A    No.                                     10:38:45AM
17     Q    Does that title exist?                  10:38:45AM
18     A    Not that I'm aware of, no.              10:38:47AM
19     Q    You don't recall any of the substance  10:38:54AM
20 of that conversation?
21     A    I don't recall, no.                     10:38:57AM
22     Q    Did you speak with Mayor Rogers about  10:38:58AM
23 the notice of claim?
24     A    Yes.                                    10:39:01AM
25     Q    And when was that?                      10:39:01AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 45

GEORGE HESSE

1
2      A    Repeat that.                            10:39:03AM
3      Q    When was that conversation?            10:39:04AM
4      A    I don't recall the date.                10:39:05AM
5      Q    Was that in person or on the phone?    10:39:06AM
6      A    In person.                              10:39:09AM
7      Q    Just going back to the Loeffler        10:39:09AM
8  discussion, was that in person or on the phone?
9      A    In person.                              10:39:14AM
10     Q    Was anyone else there?                  10:39:15AM
11     A    Not that I recall.                      10:39:17AM
12     Q    Did you ever refer to Loeffler as the  10:39:20AM
13 police liaison?
14     A    Nothing official that I can recall.    10:39:25AM
15     Q    How about unofficially, did you ever   10:39:29AM
16 refer to him as the police liaison?
17     A    Not that I recall.                      10:39:34AM
18     Q    So it's possible that you did?         10:39:34AM
19     A    Yeah.                                   10:39:36AM
20          MR. NOVIKOFF:  Objection.               10:39:37AM
21 BY MR. GOODSTADT:                                10:39:38AM
22     Q    When did you speak with Rogers, was    10:39:41AM
23 that before or after speaking with Loeffler,
24 about the notice of claim?
25     A    I don't recall if it was before or     10:39:48AM

TSG Reporting - Worldwide   (877) 702-9580

Page 46

GEORGE HESSE

1
2  after.
3     Q    What did you discuss with Mayor Rogers 10:39:53AM
4  about the notice of claim?
5     A    Just that, in my opinion, it was      10:39:57AM
6  baseless.
7     Q    And what did she say?              10:40:00AM
8     A    I don't remember her reaction.     10:40:03AM
9     Q    Do you remember anything she said to 10:40:04AM
10  you in that conversation?
11     A    Not in reference to the notice of   10:40:12AM
12  claim.
13        (Whereupon, the referred to portion  10:40:18AM
14     was read back by the court reporter: Q, Do
15     you remember anything she said to you in
16     that conversation? A, Not in reference to
17     the notice of claim.)
18  BY MR. GOODSTADT:                         10:40:27AM
19     Q    How about in reference to any of the 10:40:27AM
20  allegations in the notice of claim?
21        MR. NOVIKOFF: Objection. Form.      10:40:31AM
22     A    Not that I recall.                 10:40:32AM
23     Q    Do you recall anything she said to you 10:40:33AM
24  during that conversation?
25     A    Yes.                              10:40:36AM

TSG Reporting - Worldwide   (877) 702-9580

Page 47

GEORGE HESSE

1
2     Q    What did she say you to during the  10:40:36AM
3  conversation that you recall?
4     A    She had brought up Ed Paradiso.    10:40:40AM
5     Q    What did she say about Ed Paradiso? 10:40:43AM
6     A    That she was disappointed in him.  10:40:45AM
7     Q    Did she tell you she was disappointed 10:40:50AM
8  in Ed Paradiso?
9     A    Because he just kind of fell off the 10:40:55AM
10  face of the earth and really had no
11  participation in anything that was happening to
12  the police department, and that was it.
13     Q    Was Ed Paradiso on active duty at the 10:41:05AM
14  time?
15     A    At that point, no.                 10:41:11AM
16     Q    So she was referring to him not     10:41:14AM
17  participating in anything while he was not
18  active?
19        MR. NOVIKOFF: Objection.            10:41:18AM
20     A    He was on medical leave, I guess. I 10:41:20AM
21  don't know what the terminology is they
22  officially used, but he was out.
23     Q    But that's what she was saying, she 10:41:29AM
24  was disappointed that he wasn't participating in
25  anything at that time, while he was on the

TSG Reporting - Worldwide   (877) 702-9580

Page 48

GEORGE HESSE

1
2  medical or whatever the term is?
3        MR. NOVIKOFF: Objection to form.     10:41:38AM
4     A    That's correct.                    10:41:39AM
5     Q    Did she say anything else about Ed  10:41:40AM
6  Paradiso?
7     A    Not that I recall.                 10:41:42AM
8     Q    Did you respond to her disappointment 10:41:43AM
9  about Paradiso?
10     A    I agreed with her.                 10:41:46AM
11     Q    Did you expect Paradiso to participate 10:41:49AM
12  while he was out on medical leave?
13        MR. NOVIKOFF: Objection.            10:41:54AM
14     A    I would -- yes, I expected him to   10:41:55AM
15  participate in something.
16     Q    What did you expect him to participate 10:41:58AM
17  in?
18     A    He was still the chief of the police 10:42:02AM
19  department. He has some liabilities involved in
20  everything that we were doing.
21     Q    Do you recall anything else that you 10:42:14AM
22  discussed with Ms. Rogers during that
23  conversation?
24     A    No.                               10:42:18AM
25     Q    And when she said that Ed Paradiso  10:42:21AM

TSG Reporting - Worldwide   (877) 702-9580

Page 49

GEORGE HESSE

1
2  wasn't participating in anything, was she
3  talking about the stuff that was set forth in
4  the notice of claim or just generally wasn't
5  participating?
6     A    I think generally.                 10:42:31AM
7     Q    Did you ever speak to Ed Paradiso   10:42:35AM
8  about the notice of claim?
9     A    Yes.                              10:42:39AM
10     Q    When was that?                    10:42:40AM
11     A    I don't recall.                    10:42:42AM
12     Q    Was that before or after you spoke  10:42:44AM
13  with Rogers?
14     A    I don't recall.                    10:42:47AM
15     Q    Was it in person or on the phone?   10:42:49AM
16     A    On the phone.                      10:42:51AM
17     Q    Did you call him or he called you?  10:42:52AM
18     A    He called me.                      10:42:54AM
19     Q    Did he call you at home or at the   10:42:55AM
20  station or elsewhere?
21     A    At the station.                    10:43:00AM
22     Q    Approximately how long after you    10:43:02AM
23  received the notice of claim did he call you to
24  discuss it?
25     A    I don't recall.                    10:43:07AM

TSG Reporting - Worldwide   (877) 702-9580

Page 50

```
1              GEORGE HESSE
2      Q    And tell me everything you recall from 10:43:09AM
3   that conversation.
4      A    I expressed my disappointment in him   10:43:18AM
5   as the chief and that I believed that the
6   majority of what was going on with me in
7   reference to the job was his fault.
8      Q    What do you mean by that?        10:43:29AM
9      A    Just that I'm getting blamed for     10:43:32AM
10  absolutely everything, and he's chief of police.
11     Q    Do you recall what he said in response 10:43:42AM
12  to that?
13     A    Just a lot of, oh, I understand,      10:43:45AM
14  Georgie.
15     Q    Do you recall anything else you said  10:43:48AM
16  other than for the fact that you were getting
17  blamed for everything and he's the chief of
18  police?
19     A    Repeat that.              10:43:56AM
20     Q    Did you discuss anything else other   10:43:57AM
21  than for telling him that you're getting blamed
22  for everything even though he's the chief of
23  police?
24     A    No.                  10:44:05AM
25     Q    Did you discuss the substance of the  10:44:05AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 51

```
1              GEORGE HESSE
2   claims in the notice of claim with him?
3      A    No.                  10:44:09AM
4      Q    Have you ever discussed the substance 10:44:11AM
5   of the allegations in the notice of claim or the
6   complaint in this lawsuit with Ed Paradiso?
7          MR. NOVIKOFF: Objection to form.   10:44:20AM
8      A    No. I don't recall.          10:44:21AM
9      Q    What was the everything that you    10:44:29AM
10  thought you were getting blamed for?
11     A    Just the overall operation of the    10:44:34AM
12  police department.  Everything was just falling
13  onto my lap.  I was carrying the burden of
14  everything that happened to be going wrong.
15     Q    Was there anything going wrong other  10:44:44AM
16  than for receiving a notice of claim from the
17  plaintiff in this matter?
18         MR. NOVIKOFF: Objection to form.   10:44:51AM
19     A    We had some internal issues.       10:44:52AM
20     Q    What were those.            10:44:54AM
21         MR. NOVIKOFF: Well, were you done  10:44:56AM
22  with your answer?
23  BY MR. GOODSTADT:                 10:44:59AM
24     Q    You can finish. I'm sorry. We have 10:44:59AM
25  that understanding that we're going to let each
```

TSG Reporting - Worldwide   (877) 702-9580

Page 52

```
1              GEORGE HESSE
2   other finish.
3      A    We were having some internal issues, 10:45:04AM
4   and I believe also the -- an incident that I was
5   involved with later.
6      Q    Anything other than for the notice of 10:45:21AM
7   claim, the internal issues and that incident
8   that you're referring to when you told Chief
9   Paradiso that you were getting blamed for
10  everything?
11         MR. NOVIKOFF: Note my objection to  10:45:30AM
12  the form.
13     A    I don't recall.            10:45:32AM
14     Q    What internal issues were you      10:45:33AM
15  referring to?
16     A    We had an incident back in 2004, and 10:45:37AM
17  we all know it here at this table, called the
18  Halloween incident.  There was a lot of
19  animosity within the police department that
20  needed to be rectified that was never done.
21     Q    Animosity between who?         10:45:58AM
22     A    Employees.              10:46:00AM
23     Q    Who were the employees that there was 10:46:01AM
24  animosity between?
25     A    That would be Kevin Lamm, Frank    10:46:04AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 53

```
1              GEORGE HESSE
2   Fiorillo, Tom Snyder, Gary Bosetti, Richard
3   Bosetti.  There may have been some others that I
4   don't recall at this time.
5      Q    Do you recall anyone else that there  10:46:17AM
6   was animosity between that you're referring to?
7      A    Repeat that.              10:46:21AM
8      Q    Anyone else that there was animosity  10:46:22AM
9   between that you're referring when you say there
10  was animosity in the department?
11     A    I don't recall at this time.       10:46:26AM
12     Q    Ty Bacon?               10:46:28AM
13     A    There may have been. I don't know.   10:46:31AM
14     Q    Patrick Cherry?            10:46:32AM
15     A    No.                  10:46:34AM
16     Q    John Dyer?               10:46:37AM
17     A    No.                  10:46:39AM
18     Q    And when you say there was animosity, 10:46:43AM
19  it was between Lamm, Fiorillo and Snyder on one
20  side and the Bosettis on the other?
21         MR. NOVIKOFF: Objection to form.   10:46:52AM
22     A    Yes.                 10:46:53AM
23     Q    Was there animosity between you and   10:46:55AM
24  the Bosettis in connection with the Halloween
25  incident?
```

TSG Reporting - Worldwide   (877) 702-9580

Page 54

GEORGE HESSE

1
2     A    No.                    10:47:00AM
3     Q    Was there animosity between you and   10:47:01AM
4  Fiorillo, Snyder and Lamm?
5     A    No.                    10:47:04AM
6     Q    When did that animosity start?    10:47:13AM
7     A    Probably right -- right away, in 2004, 10:47:18AM
8  October 31st.
9     Q    So before that, there was no animosity 10:47:23AM
10 between the Bosettis and those three plaintiffs
11 that you're referring to?
12    A    Not that I'm aware of.       10:47:30AM
13       MR. NOVIKOFF:  Objection.      10:47:32AM
14 BY MR. GOODSTADT:                 10:47:32AM
15    Q    Were any other -- and we'll discuss  10:47:35AM
16 Halloween a little bit later.  But were there
17 any other internal issues that you're referring
18 to other than for the Halloween incident?
19    A    There was some regular insubordination 10:47:45AM
20 from some members of the police department and
21 myself.
22    Q    And who was that?           10:47:51AM
23    A    That would be Frank Fiorillo and Kevin 10:47:52AM
24 Lamm.
25    Q    Anyone else?               10:47:58AM
   TSG Reporting - Worldwide   (877) 702-9580

Page 55

GEORGE HESSE

1
2     A    Not that I recall.         10:48:00AM
3     Q    And what insubordination are you    10:48:03AM
4  referring to with respect to Fiorillo?
5     A    There are some particular times where 10:48:08AM
6  he was asked to do something and flat-out
7  refused.
8     Q    And what were those things he was    10:48:15AM
9  asked to do that he refused?
10    A    Well, there was one incident where I 10:48:19AM
11 asked him to just take a little Windex and
12 squirt one of the windows on the police car, and
13 I was told to go fuck myself, he wasn't gonna do
14 it.
15    Q    Did you write him up for that?    10:48:31AM
16    A    Yes, I did.               10:48:33AM
17    Q    Any other incidents that you're     10:48:39AM
18 referring to other than for squirting the Windex
19 on the police window?
20    A    Yeah.  There was a time where he and 10:48:46AM
21 Kevin Lamm came to me and asked me if they
22 could -- when they're writing summons, if they
23 could take bail out on the street in a police
24 car, and I told them no, you cannot do that;
25 it's called station house bail for a reason.
   TSG Reporting - Worldwide   (877) 702-9580

Page 56

GEORGE HESSE

1
2       They went over my head.  They went to 10:49:01AM
3  Judge Russell at the time.  Judge Russell, not
4  being a criminal judge but a civil judge or
5  attorney, gave them wrong information,
6  misinformation, and told them that they can do
7  it.
8       They asked me again.  I told them    10:49:17AM
9  again, no, you cannot do it, and I actually
10 caught them taking money from somebody they were
11 writing up in the police car just outside the
12 police department, and they tried to hide it
13 from me, because they hid the bail book in -- I
14 believe Kevin Lamm came in, grabbed the bail
15 book and went outside and tried to take bail.
16    Q    Were you upset that they went to Judge 10:49:41AM
17 Powell?  Is that his name?
18    A    Russell.                  10:49:45AM
19    Q    Russell.  Were you upset that they   10:49:46AM
20 went to Judge Russell?
21    A    No, I wasn't upset.  It was just    10:49:50AM
22 incorrect procedure.
23    Q    It's a break in the chain of command? 10:49:55AM
24    A    You could say that.          10:49:57AM
25    Q    Would you say that?          10:49:58AM
   TSG Reporting - Worldwide   (877) 702-9580

Page 57

GEORGE HESSE

1
2     A    No.                    10:49:59AM
3     Q    You wouldn't say that's a break in the 10:49:59AM
4  chain of command?
5     A    No.  Judge is not part of the chain of 10:50:02AM
6  command.
7     Q    So it would be breaking the chain of 10:50:05AM
8  command?
9       MR. NOVIKOFF:  Objection.  Form.    10:50:09AM
10    A    He's not part of the chain of command. 10:50:10AM
11    Q    So they went outside the chain of    10:50:13AM
12 command?
13    A    Yes.                   10:50:16AM
14    Q    Is that improper?          10:50:16AM
15    A    That's improper, yes.       10:50:17AM
16    Q    Did you write them up for that     10:50:21AM
17 incident?
18    A    No.                    10:50:24AM
19    Q    How come?                 10:50:25AM
20    A    I counseled them right on the spot.  10:50:26AM
21    Q    Did you memorialize that incident in  10:50:30AM
22 writing in any way?
23    A    No.                    10:50:34AM
24    Q    Any other incidents of insubordination 10:50:36AM
25 that you're referring to with respect to Lamm or
   TSG Reporting - Worldwide   (877) 702-9580

Page 58

GEORGE HESSE

1
2     Fiorillo?
3         A    With Lamm, he had a habit of putting   10:50:45AM
4     handcuffs on somebody urinating in public and
5     dragging them down through town and bringing
6     them to the police department, and he was told
7     not to do that.  Just write the summons on the
8     spot.
9         Q    Did you write him up for that?    10:51:02AM
10        A    No.                  10:51:04AM
11        Q    Did he violate your direction of just   10:51:05AM
12    writing them up on the spot?
13        A    On a few occasions, yes.       10:51:11AM
14        Q    Even though he was allegedly       10:51:14AM
15    insubordinate on a few occasions, you didn't
16    write him up for it at all?
17        A    No.  I counseled him.          10:51:21AM
18        Q    Did you memorialize it in writing in   10:51:22AM
19    any way?
20        A    No.                  10:51:25AM
21        Q    Did any of the -- strike that.     10:51:25AM
22             Any other incidents of insubordination   10:51:35AM
23    that you're referring to when you testified a
24    moment ago about insubordination with respect to
25    Fiorillo and Lamm?

TSG Reporting - Worldwide   (877) 702-9580

Page 59

GEORGE HESSE

1
2             MR. NOVIKOFF: Objection. Form.       10:51:43AM
3         A    Right now, I don't recall.        10:51:44AM
4         Q    Any other internal issues other than   10:51:45AM
5     for the Halloween incident and the
6     insubordination by Fiorillo and Lamm?
7         A    As of right now, I don't recall.     10:51:53AM
8         Q    Anything that would refresh your     10:51:55AM
9     recollection?
10        A    I don't recall.  I don't know.     10:51:57AM
11        Q    Do you have any notes anywhere --     10:51:58AM
12        A    I have no notes.             10:51:59AM
13        Q    -- in a file?             10:52:00AM
14             And then you testified that you're   10:52:04AM
15    referring to an incident that you were involved
16    with later when you were talking about being
17    blamed for everything.  What were referring to
18    when you said the incident that you were
19    involved in later?
20        A    Repeat that.             10:52:17AM
21        Q    Yeah, I believe before you     10:52:19AM
22    testified -- when I asked you what was the
23    everything that you thought you were getting
24    blamed for, you said it was the notice of claim,
25    internal issues and the incident that you were

TSG Reporting - Worldwide   (877) 702-9580

Page 60

GEORGE HESSE

1
2     involved in later.  What was the incident that
3     you were involved in later that you were
4     referring to?
5         A    The Gilbert incident.  Sam Gilbert.   10:52:31AM
6         Q    And what was that?          10:52:34AM
7         A    That was an arrest that was made.    10:52:35AM
8         Q    That you made?             10:52:45AM
9         A    I was an assist on the arrest, but   10:52:49AM
10    another police officer made the arrest.
11        Q    And what do you mean by "incident"?   10:52:57AM
12    Was it anything more than just an arrest?
13        A    No.                  10:53:01AM
14        Q    Did Mr. Gilbert sue you?        10:53:03AM
15        A    Yes.                 10:53:05AM
16        Q    For what?               10:53:05AM
17        A    Excessive force -- he alleged that we   10:53:06AM
18    brutally beat him -- and false arrest, violating
19    his civil rights.
20        Q    And that matter is still pending,    10:53:19AM
21    correct?
22        A    The civil matter, yes.        10:53:21AM
23        Q    Who represents you in the civil     10:53:23AM
24    matter?
25        A    I believe his name is Mark Anesh.    10:53:25AM

TSG Reporting - Worldwide   (877) 702-9580

Page 61

GEORGE HESSE

1
2         Q    Mr. Anesh is at Wilson, Elser,     10:53:34AM
3     Moskowitz, Edelman and Dicker?
4         A    It's possible.  I don't recall.    10:53:39AM
5             And there is another attorney that is   10:53:40AM
6     on the case.  I believe her last name is Slim,
7     S-L-I-M.  I don't remember her first name.  I've
8     only spoken to her once.
9         Q    Who are the other defendants in that   10:53:52AM
10    matter?
11             MR. NOVIKOFF: On the civil or on the   10:53:56AM
12    criminal?
13             MR. GOODSTADT: On the civil matter.   10:53:57AM
14    That's what we're talking about.
15        A    On the civil? I believe that would be   10:54:00AM
16    myself.  There was Arnold Hardman, possibly --
17    well, the Village of Ocean Beach.  To tell you
18    the truth, I don't recall who else is named on
19    the suit itself.
20        Q    And you were indicted for that?     10:54:22AM
21        A    That's correct.             10:54:23AM
22        Q    And you were tried for that?       10:54:24AM
23        A    That's correct.             10:54:25AM
24        Q    And you were acquitted, correct?    10:54:26AM
25        A    That's correct.             10:54:29AM

TSG Reporting - Worldwide   (877) 702-9580

Page 62

GEORGE HESSE

1
2    Q    Did you testify in the criminal trial? 10:54:29AM
3    A    No.                            10:54:32AM
4    Q    And other than for this matter, the   10:54:39AM
5    Gilbert matter, the other matters that you
6    testified to that you testified in a deposition,
7    have you ever been sued civilly?
8         MR. CONNOLLY:  Objection, Andrew, only 10:54:53AM
9    that I don't believe there's been any
10   testimony that he testified in the Gilbert
11   matter.
12        MR. GOODSTADT:  Well, I'm asking now  10:54:59AM
13   has he been sued in any matter.
14   BY MR. GOODSTADT:                    10:55:02AM
15   Q    Other than for Gilbert, this incident 10:55:02AM
16   and perhaps the other four -- I know you don't
17   know if you were actually sued in the other
18   four.  But putting those four aside, Gilbert and
19   this matter, have you ever been sued civilly?
20   A    Yes.  I do have one other one.   10:55:11AM
21   Q    And what's the other one?        10:55:13AM
22   A    Jesse Prisco.  Actually, I forgot 10:55:15AM
23   about that one.
24   Q    And what is Mr. Prisco suing you for? 10:55:23AM
25   A    Excessive force and maybe violating 10:55:25AM

TSG Reporting - Worldwide   (877) 702-9580

Page 63

GEORGE HESSE

1
2    his civil rights.  I don't recall what else.
3    Q    So let's go back to Gilbert quickly,  10:55:38AM
4    and we'll get into that in some more detail
5    later.  In Gilbert, you testified already that
6    you were indicted on that matter and tried and
7    acquitted.  Was Gilbert charged with any
8    criminal conduct with respect to that arrest?
9    A    Yes.                           10:55:54AM
10   Q    And what was he charged with?    10:55:54AM
11   A    Resisting arrest and -- did I say -- I 10:55:56AM
12   said resisting arrest.  Disorderly conduct,
13   resisting arrest, and he was also issued a
14   littering ticket.
15   Q    And who was the arresting officer?  10:56:11AM
16   A    Arnold Hardman.                 10:56:13AM
17   Q    And was he charged with those crimes 10:56:24AM
18   that he was arrested for?
19   A    Mr. Gilbert?                    10:56:29AM
20   Q    Yes.                           10:56:30AM
21   A    Yes.                           10:56:30AM
22   Q    And was there a trial in that matter? 10:56:31AM
23   A    No.                            10:56:33AM
24   Q    Do you know how that -- those charges 10:56:34AM
25   were resolved, if at all?

TSG Reporting - Worldwide   (877) 702-9580

Page 64

GEORGE HESSE

1
2    A    I believe he pled guilty to the  10:56:38AM
3    littering and they dismissed the other charges
4    in satisfaction.
5    Q    Okay.  So there's no criminal charges 10:56:50AM
6    against him still pending, correct?
7    A    No.                            10:56:55AM
8    Q    Let's go to Prisco.  Who represents  10:56:55AM
9    you in the Prisco matter?
10   A    I don't recall his name.         10:57:00AM
11   Q    And who is Mr. Prisco suing other than 10:57:07AM
12   for you?
13   A    I'm sure the Village of Ocean Beach.  10:57:10AM
14   I don't recall who else is listed.  I'm sure
15   there's a bunch of John Does, but I don't know.
16   Q    And what is Mr. Prisco suing you and  10:57:19AM
17   the beach for?
18   A    I believe I said that already.   10:57:24AM
19   Q    Excessive force?                10:57:25AM
20   A    Excessive use of force and civil right 10:57:25AM
21   violation.
22   Q    You did say that.  I apologize.  10:57:30AM
23        What did Mr. Prisco allege that you 10:57:32AM
24   did that amounted to excessive force and
25   violations of his civil rights?

TSG Reporting - Worldwide   (877) 702-9580

Page 65

GEORGE HESSE

1
2         MR. NOVIKOFF:  In the complaint?  10:57:39AM
3         MR. GOODSTADT:  In the complaint.  10:57:41AM
4    A    He said that I dragged him down a  10:57:41AM
5    flight of stairs and that I beat him on the
6    street and falsely arrested him.
7    Q    And were any criminal charges brought 10:57:51AM
8    against Mr. Prisco with respect to that matter?
9    A    Yes.                           10:57:56AM
10   Q    What were those charges?         10:57:56AM
11   A    There was an assault second.  There  10:57:57AM
12   was disorderly conduct, resisting arrest.  I
13   believe there was some sort of a noise violation
14   under the village code.
15   Q    Was he charged with those crimes that 10:58:08AM
16   he was arrested for?
17   A    Yes.                           10:58:12AM
18   Q    And what was the outcome of those  10:58:12AM
19   charges?
20   A    I believe he pled to, I want to say  10:58:15AM
21   disorderly conduct, but I don't recall.
22   Q    Were there any criminal charges  10:58:27AM
23   brought against you or any other employees of
24   the village --
25   A    No.                            10:58:33AM

TSG Reporting - Worldwide   (877) 702-9580

Page 66

GEORGE HESSE

1
2      Q   -- with respect to that case?        10:58:34AM
3          Now, you didn't testify under oath at  10:58:36AM
4  all in the Prisco or the Gilbert matter, the
5  civil suits, right?
6      A   No.  Right.              10:58:43AM
7      Q   Now, just going back to what we     10:58:47AM
8  discussed before about your discussions with
9  people when you received the notice of claim.
10 Did you discuss the notice of claim at all with
11 Gary Bosetti?
12     A   I may have.               10:58:56AM
13     Q   And when did you discuss it with him? 10:58:58AM
14     A   I don't recall.            10:59:00AM
15     Q   Do you recall where you were when you 10:59:00AM
16 discussed it?
17     A   No.                  10:59:02AM
18         MR. NOVIKOFF:  Objection.       10:59:03AM
19 BY MR. GOODSTADT:                10:59:04AM
20     Q   Do you recall the substance of the   10:59:07AM
21 discussion that you had with him with respect to
22 the notice of claim?
23         MR. NOVIKOFF:  Objection.       10:59:15AM
24         MR. CONNOLLY:  Objection.       10:59:16AM
25     A   No.                  10:59:17AM

TSG Reporting - Worldwide   (877) 702-9580

Page 67

GEORGE HESSE

1
2      Q   How about Richard Bosetti, did you   10:59:17AM
3  discuss the notice of claim with him?
4      A   I don't recall.            10:59:21AM
5      Q   Have you discussed the complaint in  10:59:21AM
6  this lawsuit or any of the allegations in the
7  complaint with Gary Bosetti?
8          MR. CONNOLLY:  Objection, Andrew, to 10:59:27AM
9  the extent that I don't know if we've gone
10 through whether Mr. Hesse had received a
11 copy of the complaint.
12 BY MR. GOODSTADT:               10:59:34AM
13     Q   You were served with a copy of the   10:59:35AM
14 complaint in this lawsuit, correct?
15     A   I believe so.             10:59:38AM
16     Q   Have you read the complaint in this  10:59:39AM
17 lawsuit?
18     A   Yes.                 10:59:41AM
19     Q   Did you ever discuss the complaint or 10:59:42AM
20 any allegations in the complaint with Gary
21 Bosetti subsequent to you receiving it?
22     A   I don't recall.            10:59:49AM
23     Q   Did you ever discuss the complaint or 10:59:50AM
24 any allegations in the complaint with Richard
25 Bosetti subsequent to your receiving it?

TSG Reporting - Worldwide   (877) 702-9580

Page 68

GEORGE HESSE

1
2      A   I don't recall.            10:59:56AM
3      Q   Did you ever discuss the complaint or 10:59:56AM
4  any allegation in the complaint with yo Loeffler
5  subsequent to you receiving it?
6      A   Yes.                 11:00:03AM
7      Q   How many times?            11:00:04AM
8      A   I don't recall.            11:00:05AM
9      Q   Approximately how many times?     11:00:05AM
10     A   I really don't know.          11:00:07AM
11     Q   Do you recall the substance of any of 11:00:09AM
12 those conversations that you had with Joe
13 Loeffler about the complaint?
14     A   That we both felt that it was     11:00:14AM
15 baseless.
16     Q   Did you discuss why you felt it was  11:00:17AM
17 baseless with Joe Loeffler?
18     A   Just it's all lies.          11:00:21AM
19     Q   But did you discuss what you thought  11:00:23AM
20 were lies?
21     A   The whole thing.           11:00:25AM
22     Q   Every word in the complaint you think 11:00:31AM
23 is a lie?
24     A   Yes.                 11:00:33AM
25     Q   Do you recall anything that       11:00:36AM

TSG Reporting - Worldwide   (877) 702-9580

Page 69

GEORGE HESSE

1
2  Mr. Loeffler said during those conversations?
3      A   I don't recall.            11:00:41AM
4      Q   You don't recall anything he said?   11:00:42AM
5      A   I don't recall.            11:00:45AM
6      Q   Do you have anything that would     11:00:46AM
7  refresh your recollection that you can think of?
8      A   At this time, no.           11:00:51AM
9      Q   Do you have any notes?  Did you ever  11:00:51AM
10 have any written correspondence with him about
11 this matter?
12     A   Not that I'm aware of.         11:00:55AM
13     Q   Did you ever discuss Mitch Burns with 11:00:57AM
14 Joe Loeffler?
15     A   No.                  11:01:01AM
16         MR. NOVIKOFF:  Objection only as to  11:01:01AM
17 time frame.
18         MR. GOODSTADT:  Ever.        11:01:04AM
19     A   No.                  11:01:05AM
20     Q   Did you ever discuss the complaint or 11:01:09AM
21 any allegations in the complaint with Patrick
22 Cherry?
23     A   Yes.                 11:01:15AM
24     Q   And when I say Patrick Cherry, I'm   11:01:16AM
25 referring to Patrick Cherry, Sr.  Is that fair?

TSG Reporting - Worldwide   (877) 702-9580

Page 70

```
1              GEORGE HESSE
2       A   Yes.                    11:01:21AM
3       Q   How many times did you discuss the   11:01:22AM
4   complaint or the allegations of the complaint
5   with Pat Cherry?
6          MR. NOVIKOFF: Objection again. Only   11:01:27AM
7   once he received the complaint?
8          MR. GOODSTADT: Subsequent to          11:01:30AM
9   receiving the complaint.
10      A   How many times?          11:01:31AM
11      Q   Yes.                     11:01:31AM
12      A   I don't recall.          11:01:32AM
13      Q   Approximately how many times?      11:01:32AM
14      A   I really don't recall.   11:01:34AM
15      Q   More than five?          11:01:34AM
16      A   It's possible.           11:01:35AM
17      Q   More than 10?            11:01:36AM
18      A   I don't know.            11:01:37AM
19      Q   When do you recall the first time    11:01:42AM
20  speaking with Cherry about the lawsuit?
21      A   I don't recall.          11:01:45AM
22      Q   Was it within six months of receiving   11:01:46AM
23  it?
24      A   Safe to say, yes.        11:01:53AM
25      Q   Do you recall the substance of any of   11:01:54AM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 71

```
1              GEORGE HESSE
2   your conversations with Cherry about the
3   complaint or any allegations of the complaint?
4       A   Just that it's baseless.        11:02:00AM
5       Q   Did you discuss what you thought was   11:02:01AM
6   baseless about it?
7       A   The whole thing.         11:02:04AM
8       Q   Did you discuss specifically, other   11:02:05AM
9   than for saying the whole thing, any specific
10  allegations?
11         MR. NOVIKOFF: Objection as to form.   11:02:11AM
12      A   Just the basics.         11:02:12AM
13      Q   Did you discuss the basis of why you   11:02:14AM
14  thought it was baseless with him?
15      A   Based on lies.           11:02:15AM
16      Q   That's it? You didn't discuss the    11:02:16AM
17  actual specific claims at all with him?
18      A   No.                      11:02:21AM
19      Q   Did you ever discuss the complaint or   11:02:25AM
20  any of the allegations in the complaint with
21  anyone from the Rivkin Radler law firm?
22      A   No.                      11:02:33AM
23      Q   Did you ever discuss the complaint or   11:02:37AM
24  the allegations in the complaint with Natalie
25  Rogers?
```
TSG Reporting - Worldwide   (877) 702-9580

Page 72

```
1              GEORGE HESSE
2       A   Yes. We went over that.        11:02:42AM
3       Q   No. I think we went over the notice   11:02:45AM
4   of claim with Natalie Rogers. Now I'm talking
5   about the complaint.
6          MR. NOVIKOFF: Your deposition, and   11:02:50AM
7   this doesn't count to your time, but I think
8   the witness should know that there's a
9   difference between a notice of claim and a
10  complaint, because maybe his prior answers,
11  there was some confusion.
12  BY MR. GOODSTADT:                      11:03:02AM
13      Q   Do you understand the difference     11:03:03AM
14  between the two?
15      A   Yes.                     11:03:05AM
16      Q   I mean, certainly you've received    11:03:06AM
17  complaints in the past. You've now testified to
18  six or seven times you've been sued, correct?
19      A   Uh-huh.                  11:03:13AM
20      Q   And did you receive notices of claims   11:03:14AM
21  in those cases, as well?
22         MR. CONNOLLY: Objection.          11:03:14AM
23      A   Yes.                     11:03:14AM
24      Q   So you know the difference between the   11:03:15AM
25  two, correct?
```
TSG Reporting - Worldwide   (877) 702-9580

Page 73

```
1              GEORGE HESSE
2       A   Yes.                     11:03:18AM
3       Q   So now I'm just focused on the       11:03:19AM
4   complaint which was filed in federal court in
5   this lawsuit.
6          Did you ever discuss the complaint or   11:03:24AM
7   any of the allegations in the complaint with
8   Natalie Rogers?
9       A   I don't recall.          11:03:33AM
10      Q   You don't recall one way or the other?   11:03:34AM
11      A   No, I don't.             11:03:37AM
12      Q   Is there anything that you can think   11:03:40AM
13  of that would refresh your recollection as to
14  whether you spoke with her?
15      A   No.                      11:03:45AM
16      Q   Did you ever discuss the complaint or   11:03:45AM
17  any allegations in the complaint with Ty Bacon?
18      A   Yes.                     11:03:50AM
19      Q   How many times?          11:03:50AM
20      A   I don't know.            11:03:52AM
21      Q   Approximately how many times?      11:03:52AM
22      A   A couple times, maybe.   11:03:54AM
23      Q   More than five?          11:03:56AM
24      A   I wouldn't say -- I'd say no.   11:03:57AM
25      Q   So somewhere between two and five?   11:04:00AM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 74

GEORGE HESSE

1
2    A   It's possible, yes.          11:04:02AM
3    Q   Did you discuss it with him within the 11:04:04AM
4  first six months of receiving it?
5    A   I don't recall.             11:04:08AM
6    Q   What did you discuss with Ty Bacon    11:04:12AM
7  about the complaint or the allegations in the
8  complaint?
9    A   It was baseless.            11:04:16AM
10   Q   Did you discuss any of the specific    11:04:17AM
11  allegations?
12   A   I don't recall.             11:04:20AM
13   Q   Did you tell him what you believe was 11:04:20AM
14  baseless in the complaint?
15   A   Specifically, I don't recall.    11:04:23AM
16   Q   Anything that would refresh your     11:04:26AM
17  recollection?
18   A   Not as of right now, no.        11:04:28AM
19   Q   What did he say about the complaint,  11:04:30AM
20  if anything?
21   A   He agreed with me. Thought it was    11:04:33AM
22  baseless.
23   Q   Do you know whether he read the      11:04:36AM
24  complaint?
25   A   You know, I don't know.         11:04:38AM

TSG Reporting - Worldwide   (877) 702-9580

Page 75

GEORGE HESSE

1
2    Q   Did you show him a copy of the       11:04:39AM
3  complaint?
4    A   No.                       11:04:40AM
5    Q   So do you know where he was concluding 11:04:41AM
6  it was baseless if you -- do you know how he
7  reached the conclusion that it was baseless if
8  you don't even know that he read the complaint?
9        MR. NOVIKOFF: Objection to form.   11:05:01AM
10   A   Because of where it came from.    11:05:05AM
11   Q   What do you mean by that?       11:05:07AM
12   A   By the officers who filed it.    11:05:08AM
13   Q   So your understanding is that he     11:05:13AM
14  reached the conclusion it was baseless just
15  because it was filed by the five plaintiffs in
16  this case?
17   A   It's my opinion, yes.         11:05:21AM
18   Q   Did you ever ask him if he knew what 11:05:22AM
19  they were alleging?
20   A   No.                       11:05:24AM
21   Q   Did you ever tell him what they were 11:05:24AM
22  alleging?
23   A   I don't recall.             11:05:27AM
24   Q   Did you ever show him a copy of the 11:05:27AM
25  complaint?

TSG Reporting - Worldwide   (877) 702-9580

Page 76

GEORGE HESSE

1
2        MR. NOVIKOFF: Objection. Asked and 11:05:30AM
3  answered.
4    A   No.                       11:05:31AM
5    Q   Did you show any current or former   11:05:32AM
6  police officers in Ocean Beach a copy of the
7  complaint after you received it?
8    A   No.                       11:05:40AM
9    Q   What was your first law enforcement  11:05:47AM
10  job?
11   A   Ocean Beach Police Department.   11:05:51AM
12   Q   And when were you hired in the Ocean 11:05:52AM
13  Beach Police Department?
14   A   I was sworn in in December of 1992. I 11:05:56AM
15  attended the police academy through '93,
16  graduated in May of '93 and started working that
17  summer.
18   Q   Did you attend full-time academy?    11:06:09AM
19   A   No, the part-time seasonal police    11:06:12AM
20  academy of Suffolk County.
21   Q   How many months is that academy?    11:06:20AM
22   A   March, April, May, 5 months.     11:06:24AM
23   Q   What's the difference between a      11:06:27AM
24  part-time seasonal academy and a full-time
25  academy?

TSG Reporting - Worldwide   (877) 702-9580

Page 77

GEORGE HESSE

1
2    A   It's really the hours involved in the 11:06:32AM
3  training.
4    Q   There's more hours with the full-time? 11:06:35AM
5    A   Correct.                  11:06:37AM
6    Q   So it's more training?         11:06:38AM
7    A   Yes.                      11:06:39AM
8    Q   When you were sworn in in December   11:06:46AM
9  '92, I assume you had already applied for the
10  job prior to then?
11   A   Yes.                      11:06:53AM
12   Q   When did you apply for the job?    11:06:53AM
13   A   I believe it was the end of the summer 11:06:55AM
14  of '92. My interview took place someplace in
15  the winter of '92 or the fall.
16   Q   How did you learn about the job?    11:07:07AM
17   A   Through a friend -- a friend of my   11:07:10AM
18  father's who was a Suffolk County Marine Bureau
19  police officer.
20   Q   And who was that? Who was the friend 11:07:18AM
21  of your father?
22   A   His name was Freddy DeSantis.    11:07:21AM
23   Q   Did you know anyone working in the   11:07:28AM
24  Ocean Beach Police Department prior to
25  submitting the application?

TSG Reporting - Worldwide   (877) 702-9580

Page 78

```
 1            GEORGE HESSE
 2     A   No.                  11:07:34AM
 3     Q   Who did you interview with?   11:07:36AM
 4     A   Bob Golopi.           11:07:39AM
 5     Q   Anyone else?          11:07:42AM
 6     A   I believe I met the chief, Ed   11:07:43AM
 7  Paradiso, for a little -- a little while, but --
 8     Q   So at the time, Bop Golopi was a   11:07:50AM
 9  sergeant and Paradiso was the chief?
10     A   No, I think Bob was just a police   11:07:57AM
11  officer at the time.
12     Q   What do you mean by just a police   11:07:59AM
13  officer?
14     A   I don't think he was a sergeant at the 11:08:01AM
15  time when I first met him.
16     Q   At some point, he was elevated to   11:08:06AM
17  sergeant?
18     A   Yes.                  11:08:09AM
19     Q   Did he have to go through any tests to 11:08:09AM
20  be elevated to sergeant?
21        MR. NOVIKOFF:  Objection.   11:08:14AM
22     A   I don't know what he did at that time. 11:08:14AM
23     Q   Do you know whether it was a   11:08:18AM
24  requirement to go through any tests at that time
25  to be elevated to sergeant?
```
TSG Reporting - Worldwide   (877) 702-9580

Page 79

```
 1            GEORGE HESSE
 2        MR. NOVIKOFF:  Objection.   11:08:23AM
 3     A   At that time, I don't know.   11:08:24AM
 4     Q   Was there a sergeant at the time you  11:08:27AM
 5  interviewed?
 6     A   That I was aware of at that time?   11:08:30AM
 7     Q   Yes.                  11:08:33AM
 8     A   No.                  11:08:33AM
 9     Q   So you interviewed with Golopi and   11:08:38AM
10  Paradiso.  Did you interview with anyone else?
11     A   No.                  11:08:43AM
12     Q   And who offered you the job?   11:08:43AM
13     A   I believe I received a phone call from 11:08:46AM
14  Bob Golopi that said they were going to accept
15  my application and sponsor me to go to the
16  police academy.
17     Q   Did you have any jobs prior to that,  11:08:57AM
18  outside of law enforcement?
19     A   Yes.                  11:09:02AM
20     Q   What did you do just prior to starting 11:09:02AM
21  the academy?
22     A   I worked in a delicatessen.   11:09:08AM
23     Q   Did you apply for a certain position  11:09:11AM
24  at Ocean Beach?
25     A   I believe it was just seasonal police 11:09:23AM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 80

```
 1            GEORGE HESSE
 2  officer.
 3     Q   And were you hired for a seasonal   11:09:30AM
 4  police officer position?
 5     A   Yes.                  11:09:33AM
 6     Q   What's your understanding of what a   11:09:35AM
 7  seasonal police officer is?
 8     A   The classification of a seasonal   11:09:39AM
 9  police officer is a police officer that works
10  between the time frame of two weeks prior to
11  Memorial Day to two weeks after Labor Day.
12     Q   And that's the job that you had when  11:09:50AM
13  you were first were hired there?
14     A   That's what I was told, yes.   11:09:54AM
15     Q   So you graduated the academy.  Did you 11:09:55AM
16  have to take any other tests before you were
17  able to be certified as a police officer?
18     A   Just what the academy provided.   11:10:03AM
19     Q   And what were the tests in the   11:10:04AM
20  academy?
21     A   At the time, I believe there was --  11:10:08AM
22  there's a battery of tests.  You have a laws of
23  arrest test.  You had a search and seizure test.
24  You have a deadly physical force test that you
25  have to pass.  Then I believe at the time we
```
TSG Reporting - Worldwide   (877) 702-9580

Page 81

```
 1            GEORGE HESSE
 2  only had three comp tests that included just
 3  everything to do with anything from penal law to
 4  criminal procedure law, physical -- some
 5  physical training.  Just had to pass a battery
 6  of tests.
 7     Q   Did you have to pass any tests   11:10:40AM
 8  administered by Suffolk County Civil Service?
 9     A   Prior to going to the academy, yes.  11:10:46AM
10     Q   What did you have to pass prior to   11:10:49AM
11  going to the academy?
12     A   A Physical agility, a medical and a   11:10:52AM
13  psychological.
14     Q   Did you have to take a polygraph?   11:10:59AM
15     A   At that time, no, it wasn't a   11:11:01AM
16  requirement.
17     Q   So which of those three tests did you  11:11:03AM
18  take first, the agility, medical or
19  psychological?
20     A   Oh, I don't recall.           11:11:09AM
21     Q   Did you pass the psychological?   11:11:11AM
22     A   Yes.                  11:11:13AM
23     Q   First time you took it?   11:11:14AM
24     A   Yes.                  11:11:15AM
25     Q   Did you pass the medical?   11:11:15AM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 82

GEORGE HESSE

```
1              GEORGE HESSE
2      A    Yes.                    11:11:16AM
3      Q    First file you took it?      11:11:17AM
4      A    Yes.                    11:11:18AM
5      Q    Did you pass the agility?     11:11:18AM
6      A    Yes.                    11:11:20AM
7      Q    The first time you took it?   11:11:20AM
8      A    Yes.                    11:11:22AM
9      Q    What's your understanding of the    11:11:33AM
10  purpose of having to take an agility test?
11          MR. NOVIKOFF: Objection.     11:11:40AM
12     A    Purpose? I don't understand the    11:11:41AM
13  question.
14     Q    Who requires you to take a physical    11:11:45AM
15  agility test prior to going to the academy?
16          MR. NOVIKOFF: Objection.     11:11:50AM
17     A    I believe it's Civil Service.    11:11:50AM
18     Q    Do you understand why you have to take 11:11:52AM
19  an agility test prior to going to the academy?
20          MR. CONNOLLY: Objection.     11:11:58AM
21          MR. NOVIKOFF: Objection.     11:11:58AM
22     A    No, I don't.              11:11:59AM
23     Q    Do you know the reason for it?    11:12:00AM
24     A    No.                     11:12:01AM
25          MR. NOVIKOFF: Objection.     11:12:03AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 83

GEORGE HESSE

```
1              GEORGE HESSE
2   BY MR. GOODSTADT:                 11:12:03AM
3      Q    How about the medical test, do you    11:12:03AM
4   know the reason why you have to take a medical
5   test?
6          MR. NOVIKOFF: Objection.     11:12:07AM
7      A    I guess they want to know if you're    11:12:07AM
8   physically able to handle the physical training
9   part of being a police officer. That I can
10  understand.
11     Q    How about the psychological, do you   11:12:14AM
12  know why you need to take a psychological test
13  prior to going to the academy?
14          MR. NOVIKOFF: Objection.     11:12:21AM
15          MR. CONNOLLY: Objection.     11:12:21AM
16     A    Well, as a police officer, I'm sure    11:12:22AM
17  you're going to see a lot of bad things. They
18  want to make sure you can handle it, I guess.
19     Q    At the time, you didn't need a    11:12:29AM
20  polygraph; is that correct?
21          MR. NOVIKOFF: Objection.     11:12:29AM
22     A    That's correct.            11:12:30AM
23     Q    Did there come a point in time where a 11:12:29AM
24  polygraph was a requirement to be certified as a
25  police officer in Suffolk County?
```

TSG Reporting - Worldwide   (877) 702-9580

Page 84

GEORGE HESSE

```
1              GEORGE HESSE
2      A    I believe there was.          11:12:34AM
3          MR. NOVIKOFF: Objection.     11:12:39AM
4          MR. CALLAHAN: Objection.     11:12:43AM
5          MR. CONNOLLY: Wait a second before   11:12:44AM
6   you answer. This way, if anyone is going to
7   object, we can get it on the record.
8   BY MR. GOODSTADT:                 11:13:11AM
9      Q    At the time that you went to the    11:13:11AM
10  academy, there was no requirement from Suffolk
11  County Civil Service to take a polygraph,
12  correct?
13          MR. NOVIKOFF: Objection.     11:13:19AM
14     A    Correct.                  11:13:20AM
15     Q    Did there come a point in time where   11:13:22AM
16  that requirement was put into place by Suffolk
17  County Civil Service?
18          MR. NOVIKOFF: Objection.     11:13:28AM
19     A    I believe so.              11:13:29AM
20     Q    Do you know when that happened?    11:13:30AM
21     A    No.                     11:13:33AM
22     Q    Do you know approximately what year it 11:13:33AM
23  was?
24     A    No.                     11:13:35AM
25     Q    Do you know the reason why a potential 11:13:36AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 85

GEORGE HESSE

```
1              GEORGE HESSE
2   police officer needs to take a polygraph to be
3   certified in Suffolk County?
4          MR. CONNOLLY: Objection.     11:13:47AM
5          MR. NOVIKOFF: Objection.     11:13:48AM
6      A    I don't know why.           11:13:49AM
7      Q    Do you know whether those tests are    11:13:50AM
8   required by Civil Service law?
9          MR. NOVIKOFF: Objection.     11:13:54AM
10     A    No. I don't know if they're required. 11:13:56AM
11     Q    You don't know one way or the other?  11:13:57AM
12     A    No.                     11:14:00AM
13     Q    How about a background test, did you   11:14:01AM
14  have to go through a background check?
15     A    Yes.                    11:14:05AM
16     Q    Is that a Civil Service requirement?   11:14:06AM
17          MR. NOVIKOFF: Objection.     11:14:08AM
18     A    You know, I don't know.       11:14:10AM
19     Q    How about now? Do you know if a    11:14:12AM
20  background check is required to be certified as
21  a police officer in Suffolk County?
22          MR. NOVIKOFF: Objection.     11:14:21AM
23          MR. CALLAHAN: Objection.     11:14:22AM
24     A    I don't know.              11:14:23AM
25     Q    Have you ever worked any other jobs    11:14:28AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 86

```
1              GEORGE HESSE
2   during your employment at Ocean Beach?
3       A   Yes.              11:14:31AM
4       Q   What other jobs have you worked while 11:14:32AM
5   employed as an Ocean Beach police officer?
6       A   I worked part-time for the Town of    11:14:36AM
7   Islip with their harbor police unit.
8       Q   When did you do that?       11:14:44AM
9       A   I may have started there in '94 or '95 11:14:49AM
10  at some point, and then I took a leave of
11  absence for a little while from that job and
12  then I went back. I don't remember the exact
13  year I went back. I'd have to look at some
14  records or something.
15      Q   Did you have any other jobs other than 11:15:13AM
16  for the part-time Town of Islip Harbor Police
17  job while you were employed by Ocean Beach?
18      A   I worked with a local carpenter for a  11:15:21AM
19  little while in Ocean Beach.
20      Q   Who was that?            11:15:25AM
21      A   His name was Tommy or Thomas Nolter,  11:15:26AM
22  N-O-L-T-E-R.
23      Q   What years did you do that?     11:15:32AM
24      A   I believe it was '95 through '97.   11:15:35AM
25      Q   Did he pay you to do that?     11:15:41AM
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 87

```
1              GEORGE HESSE
2       A   Yes.                 11:15:43AM
3       Q   Did you pay taxes on that money?   11:15:44AM
4       A   No, I believe it was cash.      11:15:46AM
5       Q   I just want to -- just so I'm clear.  11:15:58AM
6   I know that it was cash, but did you declare it
7   on your tax returns that you made that cash?
8       A   No.              11:16:07AM
9       Q   How come?           11:16:07AM
10          MR. CONNOLLY: Objection.      11:16:08AM
11          You can answer.          11:16:10AM
12      A   I don't recall why I didn't, but I   11:16:14AM
13  didn't.
14      Q   Have you ever been disciplined in your 11:16:22AM
15  employment at Ocean Beach?
16          MR. NOVIKOFF: Objection.      11:16:26AM
17      A   No.              11:16:27AM
18      Q   Ever been suspended?       11:16:30AM
19      A   No.              11:16:32AM
20      Q   Do you know who F. Ethan Repp is?   11:16:33AM
21      A   Yes.              11:16:39AM
22      Q   Who is that?           11:16:39AM
23      A   He was, I think, a superintendent of  11:16:40AM
24  the village for a short period.
25      Q   Did you ever have any interaction with 11:17:13AM
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 88

```
1              GEORGE HESSE
2   Mr. Repp?
3       A   Yes.              11:17:15AM
4       Q   And what interaction did you have with 11:17:16AM
5   Mr. Repp?
6       A   He was in charge of the village.   11:17:19AM
7       Q   Do you recall Mr. Repp asked you for a 11:17:21AM
8   set of keys to the barracks?
9       A   Yes, I do now.          11:17:27AM
10      Q   What do you mean, you do now?    11:17:31AM
11      A   I do remember having a slight incident 11:17:33AM
12  with him.
13      Q   And what was the slight incident you  11:17:36AM
14  had?
15      A   He wanted a key to the barracks, and I 11:17:38AM
16  refused to give him one.
17      Q   Why?              11:17:44AM
18      A   Because the chief wasn't there to   11:17:44AM
19  authorize me to give him a key.
20      Q   How many times did he request a key?  11:17:50AM
21      A   I don't recall.          11:17:52AM
22      Q   Do you know whether he wrote you up   11:17:56AM
23  for that?
24      A   Yes.              11:18:01AM
25      Q   He did write you up?        11:18:02AM
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 89

```
1              GEORGE HESSE
2       A   Yes, he did.            11:18:03AM
3       Q   So you -- do you consider that    11:18:04AM
4   discipline?
5       A   Yes.              11:18:07AM
6       Q   So going back to my question before,  11:18:08AM
7   you actually have been disciplined, correct?
8       A   Yes.              11:18:13AM
9       Q   Any other incidents of discipline   11:18:13AM
10  during your employment at Ocean Beach?
11      A   Not that I recall.         11:18:17AM
12          MR. NOVIKOFF: Case is over.    11:18:25AM
13          MR. GOODSTADT: What was that?    11:18:26AM
14          MR. NOVIKOFF: I'm just talking to   11:18:28AM
15      Mike.
16  BY MR. GOODSTADT:                11:18:31AM
17      Q   You were hired for a seasonal police  11:18:33AM
18  officer position, correct?
19          MR. NOVIKOFF: Objection.      11:18:38AM
20      A   Originally, yes.          11:18:39AM
21      Q   So at any point in time, did that   11:18:40AM
22  title change?
23      A   Yes.              11:18:45AM
24      Q   When did that title change for the   11:18:46AM
25  first time?
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 90

GEORGE HESSE

1
2    A   I believe it was November of '95.      11:18:48AM
3    Q   And what did your seasonal title      11:18:53AM
4  change to in November of '95?
5    A   Full-time police officer.      11:18:56AM
6    Q   So how many seasons did you work as a  11:19:02AM
7  seasonal police officer?
8    A   Two.      11:19:07AM
9    Q   Did you work the off season during     11:19:07AM
10  those two years?
11    A   Yes.      11:19:10AM
12    Q   So were you a part-time police officer 11:19:11AM
13  at any point between the seasonal position when
14  you were first hired and the change to full-time
15  in '95?
16       MR. NOVIKOFF: Objection to form.     11:19:19AM
17    A   Yes.      11:19:20AM
18    Q   What did it change to, part-time?     11:19:21AM
19    A   At that time, I didn't know.  I just  11:19:25AM
20  continued service.
21    Q   Was there a lieutenant for the     11:19:37AM
22  department at all during your employment there?
23    A   No.      11:19:43AM
24    Q   What paperwork did you fill out when  11:19:54AM
25  you first started working there in connection

TSG Reporting - Worldwide   (877) 702-9580

---

Page 91

GEORGE HESSE

1
2  with your employment, when you first started
3  working at Ocean Beach or just prior to it?
4    A   Paperwork?  I believe there was some   11:20:08AM
5  kind of questionnaire I had to fill out, an
6  application.
7    Q   Are you aware of something called the  11:20:13AM
8  Ocean Beach Police Department applicant
9  investigation section?
10    A   Yeah, that would be me.      11:20:18AM
11    Q   What is that?      11:20:20AM
12    A   That was just some title that I gave   11:20:21AM
13  myself because we had -- I was dealing with
14  Suffolk County at that point to process new
15  applicants that were coming in.
16    Q   When did you give yourself that title? 11:20:31AM
17    A   I don't know the date.      11:20:34AM
18    Q   Do you recall what year it was?     11:20:35AM
19    A   Maybe 2005.      11:20:40AM
20    Q   Was there an applicant investigation  11:20:44AM
21  section in Ocean Beach prior to you giving
22  yourself that title?
23    A   No.      11:20:50AM
24    Q   Did you have any training for that?   11:20:50AM
25    A   No.      11:20:53AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 92

GEORGE HESSE

1
2    Q   Is that -- was that a Civil Service    11:20:55AM
3  title?
4    A   No.      11:20:58AM
5    Q   Did you ever alert anybody that you    11:20:59AM
6  gave yourself that title?
7    A   No.      11:21:03AM
8    Q   Did you -- did the Board of Trustees   11:21:06AM
9  in Ocean Beach pass any resolution awarding that
10  title?
11    A   No.      11:21:12AM
12       MR. NOVIKOFF: Objection.      11:21:13AM
13  BY MR. GOODSTADT:      11:21:13AM
14    Q   Why did you give yourself that title? 11:21:17AM
15    A   Because I was the new applicant     11:21:19AM
16  investigation unit for the Ocean Beach Police
17  Department.
18    Q   Well, who did the new applicant      11:21:24AM
19  investigations prior to you awarding yourself
20  that title?
21    A   Suffolk County PD.      11:21:30AM
22    Q   Did you alert the Suffolk County PD   11:21:32AM
23  that you now awarded yourself that title?
24    A   No.      11:21:37AM
25    Q   What were you investigating as the    11:21:39AM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 93

GEORGE HESSE

1
2  Ocean Beach Police Department applicant
3  investigation section?
4    A   Just new police officers.      11:21:47AM
5    Q   What did you do to investigate?     11:21:49AM
6    A   I had them fill out a questionnaire.   11:21:52AM
7  It required a ton of documentation.  I reviewed
8  the documents.  I sent out letters to previous
9  employers that they had for responses to see
10  what their work -- you know, if they were in
11  good standing with their previous jobs.  I had
12  to send out a mental health release form to the
13  New York State Department of Health Services to
14  see if they had any previous mental health
15  issues that would stop them from becoming a
16  police officer.  I'm sure there's a lot of other
17  assorted things, but I don't have an application
18  in front of me to go through.
19    Q   Where did you get the questionnaire    11:22:38AM
20  that you distributed to new applicants?
21    A   Some of it was from Suffolk County PD  11:22:43AM
22  and their applicant investigation unit.  They
23  sent me a copy.  I went online.  I found other
24  applications from other police departments that
25  I thought would help out in having people fill

TSG Reporting - Worldwide   (877) 702-9580

Page 94

```
1              GEORGE HESSE
2    out these applications.
3         Q   Did anyone from the county approve the 11:22:59AM
4    packet that you put together?
5         A   No.                 11:23:03AM
6         Q   Did you create the questionnaire    11:23:03AM
7    packet?
8         A   Yes.                11:23:06AM
9         Q   Was it only distributed to new     11:23:08AM
10   applicants?
11        A   Yes.                11:23:12AM
12        Q   Did you do a criminal background    11:23:20AM
13   check?
14        A   Yes.                11:23:22AM
15        Q   Anything else other than what you  11:23:24AM
16   testified to and now the criminal background
17   check that you did to investigate new
18   applicants?
19        A   I don't know.           11:23:32AM
20        Q   Did people who previously worked at  11:23:40AM
21   Ocean Beach have to go through the applicant
22   investigation section?
23        A   Current -- officers that were    11:23:47AM
24   currently employed?
25        Q   Yes.                11:23:50AM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 95

```
1              GEORGE HESSE
2         A   No.               11:23:50AM
3         Q   Including full-time, part-time,   11:23:54AM
4    seasonal guys who had already been employed?
5         A   There was only one that had to redo  11:24:00AM
6    his application.
7         Q   Who was that?           11:24:04AM
8         A   Ty Bacon.              11:24:05AM
9         Q   Why did he have to redo the      11:24:05AM
10   application?
11        A   Because I believe Civil Service had  11:24:08AM
12   made a mistake with his certification to be a
13   police officer in Suffolk County, and they
14   required that he had to take the battery of
15   tests that are required before employment.
16        Q   Did Gary Bosetti have to fill it out? 11:24:27AM
17        A   Yes.                11:24:29AM
18        Q   How come?             11:24:30AM
19        A   Technically, he was a new hire, and he 11:24:31AM
20   had to take the polygraph.  The polygraph is
21   based on the application.
22        Q   What do you mean by technically he was 11:24:40AM
23   a new hire?
24        A   Because he was hired by the village,  11:24:42AM
25   and apparently there was some sort of confusion
```
TSG Reporting - Worldwide   (877) 702-9580

Page 96

```
1              GEORGE HESSE
2    with his status to become a police officer
3    within Suffolk County; and in order to get
4    through Suffolk County Civil Service's battery
5    of tests, he had to fill out this application.
6         Q   Do you know when that was?       11:25:01AM
7         A   It might have been 2005.        11:25:02AM
8         Q   But he had worked there prior to 2005, 11:25:03AM
9    right?
10        A   Yes.                11:25:06AM
11        Q   So he had worked there prior to    11:25:06AM
12   passing the battery of tests?
13        A   Yes.                11:25:10AM
14        Q   Anyone else fit that same category of 11:25:10AM
15   people who had worked there prior but still
16   needed to fill out your applicant investigation
17   section report?
18        A   Yes.                11:25:19AM
19        Q   Who else what was that?        11:25:19AM
20        A   I believe there was Rich Bosetti,   11:25:21AM
21   Tommy Shaw.  I already mentioned Ty Bacon.  Who
22   else at that time?  There was someone that --
23   oh, John Dyer.  What was his name?  There was a
24   gentleman that retired from New York City PD as
25   a lieutenant.  I can't think of his name.  Maybe
```
TSG Reporting - Worldwide   (877) 702-9580

Page 97

```
1              GEORGE HESSE
2    there was Pat Cherry also, but he chose not to
3    resume as a police officer with Ocean Beach.
4         Q   Pat Cherry, Sr.?          11:26:09AM
5         A   Correct.              11:26:11AM
6         Q   There was one other you said?     11:26:11AM
7         A   Yeah.  I can't think of his name.   11:26:13AM
8         Q   Is there anything that would help   11:26:14AM
9    refresh your recollection?
10        A   I'm sure you have a list of every   11:26:18AM
11   police officer that worked in Ocean Beach.  If
12   you give me the list, I'm sure I can find it.
13        Q   We'll give you the list in a bit.   11:26:26AM
14        A   Excuse me.             11:26:28AM
15        Q   Does a police officer have to graduate 11:26:34AM
16   the academy prior to being certified to be a
17   police officer?
18            MR. NOVIKOFF:  Objection.     11:26:40AM
19        A   To my recollection, there are some   11:26:43AM
20   technicalities with that.
21        Q   What are the technicalities?      11:26:47AM
22        A   I believe you could be hired as a   11:26:48AM
23   police officer, but within that calendar year at
24   some point you have to graduate a police
25   academy.
```
TSG Reporting - Worldwide   (877) 702-9580

Page 98

GEORGE HESSE

1
2      Q    Okay.  Any other technicalities?    11:26:57AM
3      A    Not that I'm aware of.          11:26:59AM
4      Q    Does it have to be the Suffolk County  11:27:00AM
5  police academy?
6      A    No.                      11:27:03AM
7      Q    So it can be New York City police    11:27:03AM
8  academy?
9      A    Correct.                   11:27:06AM
10     Q    It could be Nassau County police    11:27:07AM
11 academy?
12     A    Correct.                  11:27:11AM
13     Q    Are there different radio codes in New 11:27:11AM
14 York City than Suffolk County?
15         MR. CONNOLLY:  What time frame?    11:27:17AM
16         MR. GOODSTADT:  Any point in time.   11:27:18AM
17     A    Yes.                    11:27:19AM
18     Q    So why don't we focus on 2002 to 2006. 11:27:19AM
19 Were there different radio codes?
20     A    I believe so.              11:27:23AM
21     Q    Do the officers in Ocean Beach need to 11:27:25AM
22 know the Suffolk County radio codes?
23     A    They should be aware of them, yes.   11:27:29AM
24     Q    It's important that they're aware of  11:27:31AM
25 them?

TSG Reporting - Worldwide   (877) 702-9580

Page 99

GEORGE HESSE

1
2      A    Yeah, to a point.             11:27:33AM
3      Q    Do you think it's important to the    11:27:35AM
4  public safety that the police officers are aware
5  of the radio codes?
6         MR. NOVIKOFF:  Objection to the form. 11:27:40AM
7  I don't know what you mean by public safety.
8  Are you using it in the context of a 740
9  claim or just a general definition?
10         MR. GOODSTADT:  Both.           11:27:49AM
11         MR. NOVIKOFF:  Objection to form.    11:27:50AM
12     A    Repeat the question.           11:27:51AM
13         MR. NOVIKOFF:  Calls for a legal    11:27:53AM
14 conclusion as well.
15 BY MR. GOODSTADT:                    11:27:55AM
16     Q    Do you think it's important to the    11:27:55AM
17 public's safety that police officers in Ocean
18 Beach know the radio codes?
19         MR. NOVIKOFF:  Note my objection.    11:28:01AM
20     A    I think they should be familiaried   11:28:02AM
21 with them, yes.
22     Q    Do you think it's important to public 11:28:05AM
23 safety?
24         MR. NOVIKOFF:  Note my objection.    11:28:06AM
25     A    It's not detrimental, no.         11:28:07AM

TSG Reporting - Worldwide   (877) 702-9580

Page 100

GEORGE HESSE

1
2      Q    It's not detrimental to public safety 11:28:09AM
3  for police officers --
4      A    No.                      11:28:13AM
5      Q    You don't think it's detrimental to   11:28:13AM
6  the public's safety if police officers don't
7  know the radio codes that are being addressed to
8  them?
9         MR. NOVIKOFF:  Objection to the form  11:28:22AM
10 of the question.
11 BY MR. GOODSTADT:                    11:28:23AM
12     Q    Is that your testimony?         11:28:24AM
13     A    There's more to it, but yeah.      11:28:25AM
14     Q    What do you mean there's more to it?  11:28:27AM
15     A    Because since 2001, FEMA has      11:28:29AM
16 established the plain-talk doctrine since 2001.
17 You say the 10 code or any code, and then you
18 say what the actual call is.
19     Q    And that's in place in Ocean Beach?  11:28:46AM
20     A    That's in place, correct.        11:28:48AM
21     Q    What's the sense of having a radio    11:28:55AM
22 code if you're doing the public talk now?
23         MR. NOVIKOFF:  Objection to the form  11:28:59AM
24 of the question.
25         MR. CONNOLLY:  Objection.  You can   11:29:02AM

TSG Reporting - Worldwide   (877) 702-9580

Page 101

GEORGE HESSE

1
2  answer.
3      A    Repeat that.               11:29:05AM
4      Q    Yeah.  Why would you need a radio code 11:29:06AM
5  if you have a public-talk doctrine?
6         MR. NOVIKOFF:  Objection to the form. 11:29:13AM
7      A    To tell you the truth, at this point I 11:29:14AM
8  don't know why.
9      Q    At any point in time, did you know    11:29:17AM
10 why?
11         MR. NOVIKOFF:  Objection to form.    11:29:20AM
12     A    I have an opinion.            11:29:21AM
13     Q    What's your opinion?           11:29:22AM
14     A    My opinion was it's to shorten      11:29:23AM
15 communications on the radio.
16     Q    I'm saying if you have -- why would   11:29:26AM
17 you still need radio codes since 2001 if you're
18 required to also say public talk?
19         MR. NOVIKOFF:  Objection as to form.  11:29:37AM
20 Foundation.
21         MR. CONNOLLY:  Objection.          11:29:39AM
22     A    I don't know.               11:29:40AM
23         MR. GOODSTADT:  And when I say "public 11:29:42AM
24 talk," I mean plain talk.  I don't know if
25 that's the basis of the objection.  That's

TSG Reporting - Worldwide   (877) 702-9580

Page 102

```
           GEORGE HESSE
 1
 2     what I mean.
 3   BY MR. GOODSTADT:              11:29:49AM
 4     Q   I'm assuming you know understood what  11:29:49AM
 5   I meant, correct?
 6         MR. CONNOLLY: Why don't we repeat the  11:29:52AM
 7     question using plain talk.
 8     A   I don't recall.            11:29:56AM
 9     Q   Since 2001, there's a plain talk   11:29:57AM
10   doctrine, correct?
11     A   Yes.                      11:30:01AM
12     Q   So when a radio code is sent over the  11:30:01AM
13   radio, they say, you know, 10/1 officer in need
14   of -- you know, officer's life in danger.  Is
15   that what they say, something like that?
16         MR. NOVIKOFF: Objection.    11:30:14AM
17   BY MR. GOODSTADT:              11:30:15AM
18     Q   Is that what you mean by public talk?  11:30:16AM
19         MR. NOVIKOFF: Objection.    11:30:19AM
20     A   I think everybody knows what a 10/1  11:30:19AM
21   is.  I don't care where you come from.  But you
22   could tell from somebody's tone of voice on the
23   radio that they need assistance.
24     Q   What do you mean by everyone knows   11:30:31AM
25   what a 10/1 is?
```

TSG Reporting - Worldwide   (877) 702-9580

Page 103

```
           GEORGE HESSE
 1
 2     A   Everybody knows what a 10/1 is on this  11:30:34AM
 3   job.
 4     Q   Isn't it true that Arnold Hardman   11:30:38AM
 5   failed to respond to a 10/1 by Nofi?
 6         MR. NOVIKOFF: Objection. Leading.   11:30:46AM
 7   Foundation. Form.
 8     A   No.                       11:30:50AM
 9     Q   It's not true?             11:30:51AM
10     A   I don't believe so.        11:30:53AM
11     Q   Nofi never complained to you that   11:30:57AM
12   Hardman didn't know what the code was, he
13   thought it was a threat to him?
14         MR. NOVIKOFF: Objection. Leading.   11:31:05AM
15   Form.
16     A   No.                       11:31:06AM
17     Q   Since 2001 in Ocean Beach, do all   11:31:12AM
18   radio codes that have been sent out over the
19   radio include the code and then the plain talk?
20         MR. NOVIKOFF: Objection. Form.    11:31:21AM
21   Foundation.
22     A   Repeat the question, please.   11:31:23AM
23     Q   Yeah.  Since 2001, when FEMA put in   11:31:25AM
24   their plain talk doctrine, do all radio codes
25   that are sent to the Ocean Beach police officers
```

TSG Reporting - Worldwide   (877) 702-9580

Page 104

```
           GEORGE HESSE
 1
 2   over the radio include both the code and the
 3   plain talk?
 4     A   Yes.                      11:31:37AM
 5         MR. NOVIKOFF: Objection. Is the   11:31:38AM
 6     question is that a requirement or does he
 7     know if every single one that has been
 8     transmitted even outside his presence had
 9     that?
10   BY MR. GOODSTADT:              11:31:46AM
11     Q   Well, have you ever heard one that was  11:31:47AM
12   transmitted without the plain talk?
13     A   No.                       11:31:51AM
14     Q   Just going back. You don't recall   11:31:55AM
15   Nofi complaining to you that Hardman didn't
16   respond to his 10/1?
17         MR. CONNOLLY: Objection.    11:32:02AM
18     A   No.                       11:32:02AM
19         MR. NOVIKOFF: Just note my objection  11:32:08AM
20     to that last question.
21   BY MR. GOODSTADT:              11:32:22AM
22     Q   We discussed before that there was a  11:32:23AM
23   battery of tests that you have to pass before
24   going to the police academy to be certified as a
25   police officer.
```

TSG Reporting - Worldwide   (877) 702-9580

Page 105

```
           GEORGE HESSE
 1
 2     Who in Ocean Beach since 2000 has been  11:32:30AM
 3   charged with ensuring that the officers who are
 4   hired have actually passed those tests?
 5         MR. NOVIKOFF: Objection. Foundation.  11:32:39AM
 6     Form.
 7         MR. CONNOLLY: Time frame.    11:32:43AM
 8     A   Since 2000?               11:32:45AM
 9     Q   Since 2000, that's the time frame.   11:32:45AM
10     A   Since 2000 till the present?   11:32:48AM
11     Q   Yes.                      11:32:50AM
12     A   From 2000 through 2006 would be Ed   11:32:51AM
13   Paradiso. From 2006 till present would be me.
14         MR. GOODSTADT: Okay, we can --   11:32:59AM
15         THE VIDEOGRAPHER:  That the is end of  11:33:01AM
16   Tape Number 1.
17     The time is now 11:33 a.m.  We are now  11:33:03AM
18   off the record.
19     (Whereupon, a discussion was held off  11:33:07AM
20   the record.)
21         THE VIDEOGRAPHER:  This is the start  11:49:25AM
22   of Tape Number 2.
23     The time is now 11:49 a.m.  We are now  11:49:27AM
24   back on the record.
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 106

```
1            GEORGE HESSE
2    BY MR. GOODSTADT:            11:49:31AM
3     Q   Sir, before we went off the record,  11:49:31AM
4    I'd asked you a question about jobs that you had
5    while you were employed by Ocean Beach, and you
6    told me about a harbor job and you told me about
7    a job with a carpenter, correct?
8     A   Yes.               11:49:46AM
9     Q   Did you also work for Ian Levine at  11:49:47AM
10   Sky Cable?
11    A   Yes.               11:49:51AM
12    Q   And when did you work for Ian Levine  11:49:51AM
13   at Sky Cable?
14    A   I believe I worked for him from -- I'm  11:50:00AM
15   really going to be guessing, but maybe '97
16   through a little bit of 2000. I'm not real sure
17   exactly what the dates are.
18    Q   And did he pay you for that work?   11:50:18AM
19    A   Yes.               11:50:19AM
20    Q   Did you pay taxes on the pay that you  11:50:20AM
21   received from Mr. Levine?
22    A   No.               11:50:24AM
23    Q   So he paid you cash as well?      11:50:24AM
24    A   Yes.               11:50:26AM
25    Q   And you didn't declare that on your  11:50:26AM
```
TSG Reporting - Worldwide  (877) 702-9580

Page 107

```
1            GEORGE HESSE
2    income tax returns?
3     A   No.               11:50:29AM
4     Q   How come?            11:50:30AM
5     A   Just didn't.           11:50:32AM
6        MR. NOVIKOFF: Objection.      11:50:35AM
7    BY MR. GOODSTADT:            11:50:36AM
8     Q   So other than for the Sky Cable job,  11:50:39AM
9    the carpenter job and the harbor job, did you
10   have any other jobs while you were employed by
11   Ocean Beach?
12    A   In the beginning, I worked for the   11:50:48AM
13   deli, I guess from '93 to -- from '93 to
14   somewhere in '95 maybe.
15    Q   That same deli you had worked at    11:50:59AM
16   beforehand?
17    A   I worked at a couple of different    11:51:02AM
18   delis, yes.
19    Q   Is Ian Levine a resident of Ocean   11:51:10AM
20   Beach?
21        MR. NOVIKOFF: Objection. Form.    11:51:13AM
22   Foundation.
23    A   Yes.               11:51:15AM
24    Q   Where is his home or property?     11:51:16AM
25    A   I'm trying to think of the exact     11:51:23AM
```
TSG Reporting - Worldwide  (877) 702-9580

Page 108

```
1            GEORGE HESSE
2    address. He owns a home with his wife on Ocean
3    Breeze. I don't know the exact address.
4     Q   Have you ever been to his home?    11:51:33AM
5     A   Yes.               11:51:35AM
6     Q   Does he live there full time in Ocean  11:51:36AM
7    Beach?
8     A   He does, yes.          11:51:39AM
9     Q   How many times have you been to his  11:51:40AM
10   house?
11    A   Numerous times.        11:51:45AM
12    Q   Ever been there on non-police     11:51:47AM
13   business?
14    A   Yes.               11:51:50AM
15    Q   Social visits?          11:51:51AM
16    A   Once or twice, yes.       11:51:52AM
17    Q   Are you friends with Ian Levine?    11:51:54AM
18    A   We're acquaintances.       11:51:58AM
19    Q   Now, you testified before about your  11:52:01AM
20   harbor job. Who did you report to in your
21   harbor job?
22    A   Al Loeffler. He was the chief.     11:52:06AM
23    Q   He was the chief. What was the title  11:52:09AM
24   there?
25        MR. NOVIKOFF: His title or      11:52:12AM
```
TSG Reporting - Worldwide  (877) 702-9580

Page 109

```
1            GEORGE HESSE
2    Mr. Loeffler's?
3    BY MR. GOODSTADT:            11:52:15AM
4     Q   What was Mr. Loeffler's title there?  11:52:15AM
5     A   He was chief, but his exact Civil    11:52:18AM
6    Service title, I don't know.
7     Q   But you called him chief?       11:52:21AM
8     A   I called him chief on occasion, yes.  11:52:23AM
9     Q   You reported to him at that job?    11:52:29AM
10    A   Yes.               11:52:32AM
11    Q   Did he work as a police officer on   11:52:32AM
12   Ocean Beach at any time?
13    A   Yes.               11:52:36AM
14    Q   When did he work as an officer on   11:52:37AM
15   Ocean Beach?
16    A   From 1973 till maybe 2002 or '3 or '4.  11:52:40AM
17   I don't know.
18    Q   Did he report to you in his job as a  11:52:54AM
19   police officer in Ocean Beach?
20    A   At some point, yes.        11:52:59AM
21    Q   At the same time you had the harbor  11:53:01AM
22   job and you were reporting to him, was he also
23   reporting to you in the beach job?
24    A   There was a time, yes.       11:53:09AM
25    Q   Is he related to Mayor Joe Loeffler at  11:53:10AM
```
TSG Reporting - Worldwide  (877) 702-9580

Page 110

GEORGE HESSE

1
2      all?
3      A    Yes.                           11:53:14AM
4      Q    What's the relationship?       11:53:15AM
5      A    Brothers.                      11:53:17AM
6      Q    And how long did you work the harbor  11:53:24AM
7      job?  When did you stop working there?
8      A    I believe I started somewhere around  11:53:28AM
9      the end of '94, maybe somewhere in '95.  I
10     worked maybe two, three years, at the most.
11     Then I took a leave for some time, and then I
12     went back maybe 2002.  I'm not real sure.
13     Q    2002 until when?               11:53:52AM
14     A    Until I got indicted.         11:53:53AM
15     Q    And what happened when you got  11:54:00AM
16     indicted?
17     A    March 27th, I got a phone call from  11:54:03AM
18     Bob Scroi, and I was told I was suspended.
19     Q    Who is Bob Scroi?              11:54:10AM
20     A    He is now the current chief of the  11:54:12AM
21     Islip harbor police.
22     Q    When did Allen Loeffler stop being the  11:54:16AM
23     chief?
24     A    It's possible 2005.            11:54:20AM
25     Q    After he had left the Ocean Beach  11:54:24AM

TSG Reporting - Worldwide   (877) 702-9580

Page 111

GEORGE HESSE

1
2      police force?
3      A    He may have stayed on for a short  11:54:28AM
4      period after he left the town job.  I really
5      don't know.
6      Q    Who is Bob Scroi?  Is that the name  11:54:39AM
7      you used?
8      A    Uh-huh.                        11:54:44AM
9      Q    Who is he?                     11:54:44AM
10     A    He's the chief of the Islip harbor  11:54:44AM
11     police now.
12     Q    And he told you that you were  11:54:47AM
13     suspended when you got indicted?
14     A    Yes.                           11:54:51AM
15     Q    Are you still currently suspended?  11:54:51AM
16     A    Yes.                           11:54:53AM
17     Q    Have you applied to get the job back  11:54:54AM
18     there at the harbor?
19     A    We've spoken about it, yes.    11:54:58AM
20     Q    You spoke to who about it?     11:55:01AM
21     A    Bob Scroi.                     11:55:03AM
22     Q    What was the substance of the  11:55:04AM
23     conversation?
24     A    He is -- he said he was looking into  11:55:06AM
25     it.  I believe public safety just got a new

TSG Reporting - Worldwide   (877) 702-9580

Page 112

GEORGE HESSE

1
2      commissioner; and I met the commissioner, and we
3      just talked about possibly coming back.  Nothing
4      solid, but we talked about possibly coming back
5      to work.
6      Q    Has a decision been made one way or  11:55:23AM
7      the other?
8           MR. NOVIKOFF:  Objection.     11:55:28AM
9      A    Not that I'm aware of.         11:55:29AM
10     Q    Did you fill out any paperwork to get  11:55:30AM
11     the job back?
12     A    No.                            11:55:33AM
13     Q    I just want to go back to the FEMA  11:55:34AM
14     doctrine, because I was a little bit confused as
15     to what it was.  The FEMA doctrine, the plain --
16     what is it, the plain talk?
17     A    It's the plain-talk doctrine.  11:55:43AM
18     Q    The plain-talk doctrine?       11:55:45AM
19     A    Uh-huh.                        11:55:48AM
20     Q    Is that -- the plain-talk doctrine,  11:55:48AM
21     does that apply to interagency transmissions or
22     is that also within an agency that the
23     plain-talk doctrine applies to?
24          MR. NOVIKOFF:  Objection to form.  11:56:00AM
25     A    It's my understanding it applies to  11:56:00AM

TSG Reporting - Worldwide   (877) 702-9580

Page 113

GEORGE HESSE

1
2      all jobs now.
3      Q    And when did it apply to all jobs?  11:56:03AM
4      When did that start?
5           MR. NOVIKOFF:  Objection to form.  11:56:07AM
6      A    I don't know the exact date.   11:56:08AM
7      Q    Had it always applied to all jobs?  11:56:10AM
8           MR. NOVIKOFF:  Objection.     11:56:13AM
9      A    Not that I'm aware of.         11:56:14AM
10     Q    Well, I guess I'm trying to just get a  11:56:18AM
11     timeline.
12          It was put in sometime after   11:56:21AM
13     September 11th, correct?
14     A    Correct.                       11:56:25AM
15     Q    2001?                          11:56:26AM
16     A    Correct.                       11:56:26AM
17     Q    Then when it was first put in, did it  11:56:27AM
18     apply to all jobs or did it originally just
19     apply interagency?
20     A    I don't know.                  11:56:36AM
21     Q    And when Suffolk County would relay a  11:56:39AM
22     code over the radio since 2001 to Ocean Beach
23     radios, they gave the code and plain talk or
24     just the code?
25          MR. NOVIKOFF:  Objection.  Form.  11:56:53AM

TSG Reporting - Worldwide   (877) 702-9580

Page 114

```
1              GEORGE HESSE
2    Foundation.
3    A    They do now.              11:56:59AM
4    Q    When did that start?         11:57:00AM
5         MR. NOVIKOFF: Objection.       11:57:02AM
6    A    I don't recall.            11:57:03AM
7    Q    Was it within the last year?    11:57:04AM
8         MR. NOVIKOFF: Objection.       11:57:06AM
9    A    I don't recall.            11:57:09AM
10   Q    How about in '02, did they do it in   11:57:09AM
11   '02?
12        MR. NOVIKOFF: Objection.       11:57:13AM
13   A    I don't know.             11:57:13AM
14   Q    '03?                   11:57:14AM
15        MR. NOVIKOFF: Objection.       11:57:15AM
16   A    I don't know.             11:57:16AM
17   Q    '04?                   11:57:16AM
18        MR. NOVIKOFF: Objection.       11:57:18AM
19   A    I don't know.             11:57:18AM
20   Q    When you sent a code over the radio in   11:57:19AM
21   '02, did you do the radio code and the plain
22   talk or just the radio code?
23   A    As far back as I can remember in Ocean   11:57:30AM
24   Beach, we've always put a 10 code over and
25   pretty much said what it was afterwards, so --
```

TSG Reporting - Worldwide   (877) 702-9580

Page 115

```
1              GEORGE HESSE
2    Q    What do you mean by "pretty much"?    11:57:40AM
3    A    It's pretty much been that way for a   11:57:42AM
4    long time for Ocean Beach.
5    Q    How long is a long time?       11:57:45AM
6    A    It could be from the beginning of when   11:57:49AM
7    I started working there.
8    Q    Okay.  Have you ever transmitted a 10   11:57:53AM
9    code without plain talk?
10   A    Yeah.  Sure.              11:58:00AM
11   Q    Since 2001?              11:58:01AM
12   A    Sure.                  11:58:02AM
13   Q    Were you in violation of the FEMA     11:58:05AM
14   doctrine?
15   A    I may have been.            11:58:07AM
16   Q    But you don't know one way or of the   11:58:09AM
17   other?
18   A    No.                   11:58:11AM
19   Q    And before, I think you defined what a   11:58:13AM
20   seasonal police officer was in Suffolk County.
21   Could you define what a part-time police officer
22   is in Suffolk County?
23        MR. CALLAHAN: Objection to form.    11:58:24AM
24        MR. NOVIKOFF: Objection.       11:58:26AM
25        MR. CONNOLLY: Objection.       11:58:26AM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 116

```
1              GEORGE HESSE
2    A    Can I answer?             11:58:29AM
3         MR. CONNOLLY: Yes.          11:58:30AM
4    A    Part-time status, it could be year   11:58:33AM
5    round.  It could be -- you know, this is not my
6    definition, but it's the definition, I believe,
7    that Civil Service puts out.  It's my
8    understanding that a part-time police officer
9    does not work more than 20 hours a week.  It
10   could be year round or it could be from two
11   weeks after Labor Day to two weeks prior to
12   Memorial Day.
13   Q    Can a seasonal officer work after the   11:58:59AM
14   period two weeks after Labor Day through the
15   period of two weeks before Memorial Day, meaning
16   in the off season?
17   A    No.                   11:59:09AM
18        MR. NOVIKOFF: Objection to the form   11:59:10AM
19   of that question.
20   BY MR. GOODSTADT:               11:59:12AM
21   Q    So was Ed Carter a part-time officer   11:59:12AM
22   or a seasonal officer?
23        MR. CONNOLLY: When?          11:59:16AM
24        MR. GOODSTADT: At any point in time   11:59:17AM
25   during his employment.
```

TSG Reporting - Worldwide   (877) 702-9580

Page 117

```
1              GEORGE HESSE
2         MR. NOVIKOFF: Objection.       11:59:21AM
3    A    I don't know.             11:59:21AM
4    Q    Well, did Ed ever work on the off   11:59:23AM
5    season --
6    A    Sure.                  11:59:27AM
7    Q    -- based on the definition we had?   11:59:27AM
8         So he couldn't have been a seasonal   11:59:29AM
9    officer, according to your definition and
10   understanding, correct?  So the fact that he
11   worked -- the fact that he worked during the off
12   season based on the definition that you've given
13   us, he couldn't have been a seasonal officer,
14   correct?  He had to have been part-time?
15        MR. NOVIKOFF: Objection to form.    11:59:49AM
16   A    His title is not controlled by me, so   11:59:49AM
17   I don't know what his title was.
18   Q    Well, his title is controlled by what?   11:59:54AM
19        MR. NOVIKOFF: Objection to form.    11:59:57AM
20   Calls for a legal conclusion.
21   BY MR. GOODSTADT:               12:00:01PM
22   Q    What's your understanding of what his   12:00:01PM
23   title is controlled by?
24        MR. NOVIKOFF: Objection to form.    12:00:05PM
25   A    Well, my understanding is that the   12:00:06PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 118

```
1            GEORGE HESSE
2   village, the village office, somebody within the
3   village office has to fill out some sort of
4   documentation changing his status or any
5   officer's status.
6       Q   Just for your understanding, if he was   12:00:23PM
7   working in the off season, then he couldn't have
8   been properly classified as a seasonal officer;
9   is that your understanding?
10          MR. NOVIKOFF: Objection.
11      A   His classification could have been   12:00:42PM
12  still seasonal. I really don't know.
13      Q   But then he's working outside of   12:00:46PM
14  class, correct?
15          MR. NOVIKOFF: Objection.   12:00:50PM
16      A   Oh, yeah. Yes.   12:00:51PM
17      Q   So just so I'm clear. I just want to   12:00:54PM
18  make sure I'm clear in my understanding. So
19  either he was classified as part-time or he was
20  misclassified if he was classified as seasonal,
21  correct?
22          MR. NOVIKOFF: Objection to form.   12:01:05PM
23          MR. CALLAHAN: Objection to form.   12:01:07PM
24          MR. CONNOLLY: Objection.   12:01:08PM
25      A   Yes.   12:01:08PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 119

```
1            GEORGE HESSE
2       Q   Okay. So there came a point in time   12:01:09PM
3   that you testified you became a full-time
4   officer, correct?
5       A   Yes.   12:01:18PM
6       Q   Was there any kind of canvass letter   12:01:19PM
7   or list that you had to come off of to get that
8   position?
9       A   Yes.   12:01:24PM
10      Q   And you were on the Ocean Beach list;   12:01:25PM
11  is that how it works?
12      A   It's a preferred list, yes.   12:01:29PM
13      Q   What do you mean by "preferred list"?   12:01:30PM
14      A   It's a residents list.   12:01:32PM
15      Q   So the residents of Ocean Beach get   12:01:38PM
16  preference over other people who may be
17  eligible?
18      A   Yes.   12:01:44PM
19      Q   Is that one of the reasons why you use   12:01:45PM
20  the Ocean Beach residence as an address?
21          MR. NOVIKOFF: Objection. Asked and   12:01:51PM
22  answered in the first 10 minutes of the
23  deposition.
24          MR. CONNOLLY: Objection.   12:01:54PM
25      A   Repeat the question.   12:01:56PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 120

```
1            GEORGE HESSE
2       Q   Is one of the reasons why you used   12:01:57PM
3   Ocean Beach as your address to get onto that
4   preferred list?
5           MR. NOVIKOFF: Objection.   12:02:04PM
6       A   At the time, yes.   12:02:05PM
7       Q   How long did you hold the title of   12:02:15PM
8   full-time police officer?
9       A   From November of '95 till present.   12:02:21PM
10      Q   So your title is police officer?   12:02:30PM
11      A   Correct.   12:02:31PM
12      Q   That's the same title Ed Carter had   12:02:32PM
13  when he worked there?
14          MR. NOVIKOFF: Objection.   12:02:36PM
15      A   No.   12:02:36PM
16      Q   He wasn't a police officer?   12:02:37PM
17      A   Yes.   12:02:38PM
18      Q   Well, you're full-time, he's   12:02:40PM
19  part-time?
20      A   That's correct.   12:02:43PM
21          MR. NOVIKOFF: Objection.   12:02:44PM
22  BY MR. GOODSTADT:   12:02:44PM
23      Q   And you had the same title as the   12:02:45PM
24  other full-time police officers in Ocean Beach?
25      A   Yes.   12:02:49PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 121

```
1            GEORGE HESSE
2       Q   Did you ever get the title of   12:02:50PM
3   sergeant?
4       A   Yes.   12:02:52PM
5       Q   When was that?   12:02:52PM
6       A   I believe in 2001.   12:02:53PM
7       Q   When did you first request the title   12:02:55PM
8   of sergeant?
9       A   Maybe in 1999.   12:03:04PM
10      Q   And how did you go about requesting   12:03:05PM
11  the title of sergeant?
12      A   I believe I wrote a memo to Ed   12:03:09PM
13  Paradiso.
14      Q   When was the last time you looked at   12:03:12PM
15  that memo?
16      A   I may have looked at it yesterday. I   12:03:19PM
17  didn't read it. I just kind of looked at it. I
18  just knew what it was.
19      Q   To prepare for today's deposition, you   12:03:24PM
20  looked at it?
21      A   Yes.   12:03:27PM
22      Q   Where did you look at it?   12:03:27PM
23      A   In Mr. Connolly's office in   12:03:28PM
24  Westchester.
25          MR. GOODSTADT: Please mark that as   12:03:37PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 122

```
1              GEORGE HESSE
2    Hesse 1.
3         (Whereupon, Bates document 3856 was    12:03:40PM
4    marked as Plaintiff's Exhibit 1 for
5    identification, as of this date.)
6         MR. NOVIKOFF:  This is Hesse 1?        12:04:09PM
7         MR. GOODSTADT:  It is.                 12:04:10PM
8         I've placed in front of Mr. Hesse      12:04:15PM
9    what's now been marked as Hesse 1.  It's a
10   one-page exhibit bearing Bates No. 3856.
11   (Handing.)
12   BY MR. GOODSTADT:                           12:04:22PM
13      Q    Mr. Hesse, is this the memo that    12:04:22PM
14   you're referring to that you wrote to Paradiso
15   in '99?
16      A    I believe so.                       12:04:31PM
17      Q    Is that your signature on the bottom? 12:04:31PM
18      A    Yes.                                12:04:33PM
19      Q    And do you see on the bottom under  12:04:33PM
20   your typed signature line it says "PO103." what
21   does that stand for?
22      A    Police officer.                     12:04:40PM
23      Q    Right.                              12:04:43PM
24      A    Then my shield number is 103.       12:04:43PM
25      Q    And what is the slash 8900?         12:04:45PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 123

```
1              GEORGE HESSE
2       A    And that would be our command number.  12:04:48PM
3       Q    What do you mean by command number?    12:04:50PM
4       A    It's a number designating our police   12:04:52PM
5    department within the County of Suffolk.
6       Q    And you see the CC on the bottom,      12:04:58PM
7    Chief Paradiso correspondence file and original
8    to your personnel file.
9         Do you see that?                         12:05:04PM
10      A    Yes.                                   12:05:05PM
11      Q    Do you know who wrote that?            12:05:05PM
12      A    No.                                    12:05:06PM
13      Q    That's not your handwriting?           12:05:07PM
14      A    No.                                    12:05:08PM
15      Q    And then you see a stamp on the bottom 12:05:09PM
16   that says "Received February 18th, 1999."
17        Do you see that?                         12:05:13PM
18      A    Yes.                                   12:05:14PM
19      Q    Do you know who stamped that?          12:05:14PM
20      A    No.                                    12:05:16PM
21      Q    How did you deliver this to the chief? 12:05:16PM
22      A    I may have just left it on his desk.   12:05:20PM
23      Q    Was this the letterhead of Ocean Beach 12:05:23PM
24   at the time?
25      A    At the time, yes.                      12:05:27PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 124

```
1              GEORGE HESSE
2       Q    Do you know who created the letterhead 12:05:28PM
3    for Ocean Beach?
4       A    No.                                    12:05:31PM
5       Q    Okay.  And now you asked for a         12:05:32PM
6    provisional appointment to sergeant.
7         Do you see that?                          12:05:37PM
8       A    Yes.                                   12:05:38PM
9       Q    What does that mean, a provisional     12:05:38PM
10   appointment?
11      A    I believe that you could be appointed  12:05:42PM
12   provisionally to a certain position pending the
13   taking of the next scheduled test.
14      Q    What's the basis of your belief on     12:05:49PM
15   that?
16      A    Somebody, I think, told me that.       12:05:53PM
17      Q    Do you know who told you that?         12:05:55PM
18      A    I don't recall.                        12:05:56PM
19      Q    And so as of 1999, you had not taken   12:05:59PM
20   the sergeant's test?
21      A    I don't recall.  I may have tried to   12:06:07PM
22   have taken the test at one time.
23      Q    At one time prior to '99?              12:06:11PM
24      A    It's possible.  I don't know.          12:06:13PM
25      Q    How many times have you taken the      12:06:14PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 125

```
1              GEORGE HESSE
2    sergeant's test?
3       A    I was assigned to take it four times.  12:06:17PM
4    I believe I took it three times.  I was a
5    no-show on one other.
6       Q    Did you pass it on any of the three    12:06:30PM
7    times you took it?
8       A    No.                                    12:06:33PM
9       Q    So you failed the sergeant's test      12:06:33PM
10   three times?
11      A    Yes.                                   12:06:36PM
12      Q    When was the first time you took it?   12:06:37PM
13      A    I don't recall.                        12:06:38PM
14      Q    You don't recall what year it was?     12:06:39PM
15      A    No.                                    12:06:41PM
16      Q    When was the second time you took it?  12:06:42PM
17      A    I don't recall.                        12:06:44PM
18      Q    Do you recall when the last time you   12:06:44PM
19   took it?
20      A    I took it in June of '07.              12:06:46PM
21      Q    Do you recall what your score was?     12:06:52PM
22      A    65.                                    12:06:53PM
23      Q    And what was the required score?       12:06:54PM
24      A    70.                                    12:06:55PM
25      Q    Do you recall what your scores were    12:06:58PM
```

TSG Reporting - Worldwide   (877) 702-9580

## Page 126

GEORGE HESSE
2  the other two times you took it?
3    A    No, I don't recall.            12:07:02PM
4    Q    Do you need to pass a sergeant's test 12:07:05PM
5  to be a sergeant?
6        MR. NOVIKOFF:  Objection.       12:07:10PM
7        MR. CONNOLLY:  Objection.       12:07:10PM
8    A    I believe so, yes.             12:07:11PM
9    Q    And what's your basis of that belief? 12:07:12PM
10    A    It's a promotional exam to sergeant. 12:07:14PM
11    Q    And then you write in your memo    12:07:19PM
12  here -- well, strike that, before the memo.
13        When were you a no-show to the test? 12:07:26PM
14    A    I don't recall.               12:07:29PM
15    Q    Do you recall what year it was?  12:07:31PM
16    A    Nope.                         12:07:32PM
17    Q    Why didn't you show up?        12:07:34PM
18    A    I don't recall.               12:07:40PM
19    Q    Do you have to provide a reason why 12:07:44PM
20  you don't show up to the county?
21    A    No.                           12:07:47PM
22    Q    You don't recall being out the night 12:07:53PM
23  before drinking that you didn't show up?
24        MR. NOVIKOFF:  Again, I didn't   12:07:57PM
25    understand the question.  You kind of
TSG Reporting - Worldwide   (877) 702-9580

## Page 127

GEORGE HESSE
2  mumbled and tailed off.
3  BY MR. GOODSTADT:                     12:08:02PM
4    Q    I said, you don't recall being out 12:08:02PM
5  drinking the night before that you were a
6  no-show?
7        MR. NOVIKOFF:  Objection to form. 12:08:08PM
8        MR. CONNOLLY:  Objection.       12:08:09PM
9    A    No.                           12:08:10PM
10    Q    Did you ever report to anybody at the 12:08:10PM
11  beach the fact that you had failed the
12  sergeant's test each time?
13    A    No.                           12:08:16PM
14    Q    How were you alerted to the fact of 12:08:22PM
15  your score?  Was it posted somewhere?  Did you
16  get a letter or something?
17        MR. NOVIKOFF:  Objection.       12:08:28PM
18    A    I received a letter.           12:08:28PM
19    Q    Each time?                     12:08:32PM
20    A    Yes.                          12:08:33PM
21    Q    Did you keep copies of those letters? 12:08:46PM
22    A    No.                           12:08:48PM
23    Q    Did you throw them out?         12:08:48PM
24    A    Yeah.                         12:08:49PM
25    Q    As a police officer, as a full-time 12:08:55PM
TSG Reporting - Worldwide   (877) 702-9580

## Page 128

GEORGE HESSE
2  police officer, are there any restrictions on
3  supervisory powers that you're entitled to have?
4        MR. NOVIKOFF:  Objection to form.   12:09:05PM
5    A    Repeat the question.           12:09:15PM
6    Q    Yeah.                         12:09:16PM
7        As a full-time police officer, as 12:09:16PM
8  opposed to any of the promotional roles,
9  sergeant, lieutenant, chief, is there any
10  restriction on the supervisory power that you're
11  entitled to have?
12        MR. CALLAHAN:  Objection to form.   12:09:29PM
13        MR. CONNOLLY:  Yeah, same objection. 12:09:30PM
14        MR. NOVIKOFF:  Objection.       12:09:32PM
15    A    No.                           12:09:34PM
16    Q    So you're not aware of any      12:09:36PM
17  restrictions on powers that you can have in a
18  supervisor role?
19        MR. NOVIKOFF:  Note my objection. 12:09:42PM
20    A    No.                           12:09:43PM
21    Q    And you see in the memo, if you look 12:09:47PM
22  down on the second line --
23    A    Uh-huh.                       12:09:53PM
24    Q    -- the last word says -- that sentence 12:09:53PM
25  says, "The undersigned officer feels since I
TSG Reporting - Worldwide   (877) 702-9580

## Page 129

GEORGE HESSE
2  already assumed the role of a supervisor, that
3  this appointment will help the police department
4  as a whole," et cetera.
5        Do you see that line?           12:10:05PM
6    A    Yes, I do.                     12:10:06PM
7    Q    What were you referring to when you 12:10:07PM
8  said "since I already assumed the role of a
9  supervisor"?
10    A    I was a full-time police officer, I 12:10:13PM
11  was a senior officer, according to being
12  full-time, and Chief Paradiso already had
13  established that I was in charge of the shifts.
14    Q    In charge of which shifts?      12:10:25PM
15    A    The shifts that I was on, working. 12:10:27PM
16    Q    Did you have a set assigned shift in 12:10:30PM
17  or around '99?
18    A    I pretty much worked the standard 12:10:35PM
19  schedule, yes.
20    Q    What standard schedule?  What's the 12:10:38PM
21  hours of that shift?
22    A    For a long time, I worked Fridays and 12:10:42PM
23  Saturdays from 9 at night until 5 in the
24  morning, and then on Sundays I worked a 4 to 12,
25  and then on Mondays and Tuesdays I worked from
TSG Reporting - Worldwide   (877) 702-9580

Page 130

```
1              GEORGE HESSE
2    8:00 a.m. till 4 p.m.
3       Q    Were there any other full-time    12:10:57PM
4    officers in '99 other than for you and
5    Paradiso --
6       A    No.                               12:11:02PM
7       Q    -- at Ocean Beach?                12:11:02PM
8       A    No.                               12:11:04PM
9       Q    And what were Paradiso's hours?   12:11:06PM
10      A    He pretty much worked straight day  12:11:09PM
11   tours.  He worked, I believe, from Wednesday
12   till Sunday, 8 till 4.
13      Q    Did that ever change, those regular  12:11:24PM
14   tours for Paradiso?
15      A    At some point, yes.               12:11:29PM
16      Q    When did it change?               12:11:30PM
17           And I don't mean once he went on leave 12:11:34PM
18   and he didn't have any more tours.  I'm talking
19   about until he went on leave.
20      A    I'm not sure of the date.  It might  12:11:41PM
21   have been 2001, 2002.
22      Q    And what did his tours change to?  12:11:45PM
23      A    He -- he was told to work the night  12:11:49PM
24   tours on Fridays and Saturdays and holiday
25   Sundays.
```
TSG Reporting - Worldwide   (877) 702-9580

Page 131

```
1              GEORGE HESSE
2       Q    Who told him that?                12:12:04PM
3       A    The mayor.  Mayor Rogers, to be exact. 12:12:05PM
4       Q    Do you know why she told him that?  12:12:09PM
5       A    Yes.                              12:12:11PM
6       Q    And why did she tell him that?    12:12:11PM
7       A    It was a form of disciplinary action 12:12:15PM
8    against Ed Paradiso.
9       Q    And what was he being disciplined for? 12:12:19PM
10      A    I believe it was for double-dipping.  12:12:23PM
11      Q    And how did you learn that that was a 12:12:29PM
12   form of disciplinary action against Paradiso?
13      A    Because I knew a complaint was filed 12:12:33PM
14   against Paradiso by somebody in the village, and
15   I believe it was very slightly investigated and
16   he was switched to the night tours.
17      Q    Who filed a complaint?            12:12:50PM
18      A    I believe it was a Dale Wyckoff.  12:12:52PM
19      Q    Wyckoff?                          12:12:58PM
20      A    W-Y-C-K-O-F-F.                    12:13:01PM
21      Q    Is that a male or a female, Dale  12:13:06PM
22   Wyckoff?
23      A    Female.                           12:13:09PM
24      Q    Any relation to Doug Wyckoff?     12:13:10PM
25      A    Yes.                              12:13:13PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 132

```
1              GEORGE HESSE
2       Q    What's the relationship?          12:13:13PM
3       A    Well, there's Doug senior, who is her 12:13:14PM
4    ex-husband, and her son.
5       Q    Any relationship to a Marissa Wyckoff? 12:13:22PM
6       A    That would be her daughter.       12:13:24PM
7       Q    Marissa Wyckoff worked for you at some 12:13:25PM
8    point --
9       A    Yes.                              12:13:29PM
10      Q    -- in the police department?      12:13:29PM
11           There was a Doug Wyckoff at the   12:13:39PM
12   Halloween incident, correct?
13      A    Yes.                              12:13:43PM
14      Q    Was that senior or is that the son?  12:13:43PM
15      A    Senior.                           12:13:46PM
16      Q    So -- and is Doug Wyckoff the father  12:13:52PM
17   of Marissa Wyckoff?
18      A    Doug senior, yes.                 12:13:59PM
19      Q    How did you learn of the complaint  12:14:03PM
20   filed against Paradiso?
21      A    Dale Wyckoff told me.             12:14:10PM
22      Q    Did you ever see a copy of the    12:14:12PM
23   complaint?
24      A    No.                               12:14:15PM
25      Q    And who told that you he was being -- 12:14:15PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 133

```
1              GEORGE HESSE
2    that Paradiso was being disciplined for the
3    double-dipping allegation?
4       A    I don't recall.                   12:14:22PM
5       Q    Did you speak to Mayor Rogers about  12:14:23PM
6    it?
7       A    I don't recall.                   12:14:26PM
8       Q    And who performed the slight      12:14:28PM
9    investigation -- I think you called it a slight
10   investigation.  Who performed the slight
11   investigation?
12      A    It was -- I believe it was Peter Bee  12:14:36PM
13   from Bee, Ready & Fishbein.
14      Q    And how do you know that Peter Bee  12:14:45PM
15   performed this investigation?
16      A    That's what I was told.           12:14:50PM
17      Q    By who?                           12:14:51PM
18      A    I don't recall.                   12:14:52PM
19      Q    Did Mayor Rogers tell you that?   12:14:52PM
20      A    I don't recall.                   12:14:55PM
21      Q    Do you know what the results of the  12:14:55PM
22   investigation were?
23      A    I believe it was confirmed that he was 12:14:57PM
24   double-dipping.
25      Q    Do you know what led to that      12:15:05PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 134

```
1              GEORGE HESSE
2   conclusion?
3       A   I believe it was his time sheets in   12:15:08PM
4   Ocean Beach and his time sheets in East Islip
5   School District.
6       Q   And so he was put onto your tours or   12:15:20PM
7   at least the Friday, Saturday tours that you
8   testified to before?
9       A   Yes.                          12:15:25PM
10      Q   And you were put on different tours?   12:15:26PM
11      A   Yes.                          12:15:29PM
12      Q   What tours were you put on when that   12:15:31PM
13  happened?
14      A   I was put on the day tour, which was   12:15:33PM
15  an 8 a.m. till 4 p.m.
16      Q   Did you ever discuss this change in   12:15:40PM
17  shift with Paradiso?
18      A   Yes.                          12:15:47PM
19      Q   When?                         12:15:48PM
20      A   I'm sure right after it happened, but   12:15:51PM
21  I don't recall the date.
22      Q   Did you discuss the reasons for the   12:15:54PM
23  change in shift with Paradiso?
24      A   You know, I don't recall.          12:16:00PM
25      Q   Did you ever discuss with Paradiso the   12:16:02PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 135

```
1              GEORGE HESSE
2   alleged time overlap or double-dipping I think
3   you called it?
4       A   I don't recall.                12:16:08PM
5       Q   You don't recall one way or the other?   12:16:09PM
6       A   No.                           12:16:11PM
7       Q   Again, just I know I asked the        12:16:14PM
8   question.  I just don't remember the question.
9           Who told you that the reason why the   12:16:18PM
10  tours were being shifted was a form of
11  discipline?
12      A   I don't recall.                12:16:23PM
13      Q   Do you have anything that would        12:16:25PM
14  refresh your recollection?
15      A   Not that I'm aware of.             12:16:27PM
16      Q   Did you ever discuss with Paradiso   12:16:28PM
17  that he was being disciplined?
18      A   I don't recall.                12:16:35PM
19      Q   Did you ever discuss with any other   12:16:35PM
20  current or former Ocean Beach police officers
21  that that shift in the tours was a form of
22  discipline for Paradiso?
23          MR. NOVIKOFF:  Objection to form.   12:16:45PM
24      A   I don't recall.                12:16:48PM
25      Q   Do you know if anything was put in his   12:16:50PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 136

```
1              GEORGE HESSE
2   personnel file reflecting his being disciplined?
3       A   I never -- I have never seen anything.   12:16:55PM
4   I don't know.
5       Q   Who made the decision to discipline   12:16:58PM
6   him in this way?
7       A   I believe it was the mayor, but        12:17:02PM
8   that's -- I'm just guessing.
9       Q   What's the basis of that belief?      12:17:07PM
10      A   She was his boss.                 12:17:09PM
11      Q   Do you know who Ms. Wyckoff complained   12:17:15PM
12  to?
13          MR. CONNOLLY:  You're referring to --   12:17:23PM
14          MR. GOODSTADT:  Dale Wyckoff, yes.   12:17:27PM
15          MR. CONNOLLY:  Right.            12:17:28PM
16      A   I believe she took her written        12:17:29PM
17  complaint and filed it with the village office
18  or the Board of Trustees.  I just don't know.
19      Q   Do you know if the Board of Trustees   12:17:36PM
20  ever discussed it?
21      A   I don't know.                   12:17:39PM
22      Q   Do you know whether the Board of      12:17:42PM
23  Trustees ever voted on the issue of whether or
24  not to discipline Paradiso in the way that
25  you've testified to?
```
TSG Reporting - Worldwide   (877) 702-9580

Page 137

```
1              GEORGE HESSE
2       A   I don't know.                   12:17:55PM
3       Q   Have you ever been in a Board of      12:17:57PM
4   Trustees meeting?
5       A   Yes.                          12:18:00PM
6       Q   Are you required to go to Board of    12:18:01PM
7   Trustees meetings?
8           MR. NOVIKOFF:  Objection to form.    12:18:05PM
9       A   No.                           12:18:06PM
10      Q   So you sent this memo to Paradiso, and   12:18:14PM
11  the first sentence, it says, "As per our
12  conversation."
13          Do you see that?                12:18:20PM
14      A   Yes.                          12:18:21PM
15      Q   What did you and Paradiso discuss in   12:18:21PM
16  that conversation?
17      A   I don't recall.                12:18:26PM
18      Q   Do you recall anything that you       12:18:28PM
19  discussed?
20      A   No.                           12:18:29PM
21      Q   You don't recall whether you discussed   12:18:31PM
22  the actual test, the sergeant's test with
23  Paradiso by that time?
24      A   I don't recall.                12:18:36PM
25      Q   Was anything decided with respect to   12:18:38PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 138

GEORGE HESSE

1
2  this request for a provisional appointment in
3  '99?
4      A   I don't recall.          12:18:46PM
5      Q   Did you actually make a proposal to   12:18:47PM
6  the village for this position?
7      A   I don't recall.          12:18:52PM
8      Q   Do you have anything that would   12:18:54PM
9  refresh your recollection?
10     A   There might be. I don't know.     12:18:56PM
11     Q   Anything that you can think of that   12:18:57PM
12  would refresh your recollection?
13     A   No.                12:19:01PM
14     Q   Did you communicate this request with   12:19:04PM
15  any trustees in 1999?
16     A   I don't recall.          12:19:11PM
17     Q   Anything that would refresh your     12:19:11PM
18  recollection?
19     A   I don't know.            12:19:13PM
20     Q   Did you receive an appointment to the   12:19:18PM
21  provisional sergeant's position?
22        MR. CALLAHAN: Objection to form.   12:19:23PM
23        MR. NOVIKOFF: I join in it.       12:19:25PM
24        MR. GOODSTADT: I'll strike that.   12:19:28PM
25

TSG Reporting - Worldwide   (877) 702-9580

---

Page 139

GEORGE HESSE

1
2  BY MR. GOODSTADT:             12:19:29PM
3      Q   Did you receive a provisional      12:19:30PM
4  appointment to sergeant in 1999?
5      A   No.                12:19:34PM
6      Q   Was this request denied?       12:19:34PM
7      A   I believe so.            12:19:37PM
8      Q   Who denied it?            12:19:38PM
9      A   It may have been the chief.      12:19:40PM
10     Q   Do you know why he denied it?      12:19:44PM
11     A   No.                12:19:45PM
12     Q   Did you ever speak to him about him   12:19:45PM
13  denying it?
14     A   I don't recall.          12:19:48PM
15     Q   How did you learn that it was denied?  12:19:49PM
16     A   I believe was told.        12:19:51PM
17     Q   By who?              12:19:52PM
18     A   By the chief.            12:19:52PM
19     Q   Did he give you the reason as to why   12:19:53PM
20  he was denying it?
21     A   I don't recall.          12:19:57PM
22     Q   You don't recall if he gave you the   12:19:57PM
23  reason or you don't recall what the reason was?
24     A   I don't know.  I'm thinking there was   12:20:02PM
25  something in writing that he may have given me,

TSG Reporting - Worldwide   (877) 702-9580

---

Page 140

GEORGE HESSE

1
2  but I don't recall.
3      Q   Did you keep a copy of what he gave to   12:20:17PM
4  you in writing?
5      A   I don't recall.          12:20:21PM
6      Q   Do you know if it was put in your     12:20:22PM
7  personnel file?
8      A   I don't know.            12:20:24PM
9      Q   When was the last time you looked at   12:20:25PM
10  your personnel file?
11     A   Last time I looked in my personal    12:20:32PM
12  file? You know, I don't recall.
13     Q   Last time you looked through it, do   12:20:39PM
14  you recall seeing anything in writing with
15  respect to a denial of your request in 1999?
16     A   No.                12:20:46PM
17     Q   Did you ever make a follow-up request   12:20:48PM
18  for that same promotion?
19     A   I may have.            12:20:54PM
20     Q   Do you recall actually doing it?     12:20:55PM
21     A   I don't recall.          12:20:57PM
22        MR. GOODSTADT: I apologize, that   12:21:23PM
23  corner's ripped.
24        (Whereupon, Bates document 3847 was   12:21:27PM
25  marked as Plaintiff's Exhibit 2 for

TSG Reporting - Worldwide   (877) 702-9580

---

Page 141

GEORGE HESSE

1
2  identification, as of this date.)
3        MR. CONNOLLY:  Andrew, is this a     12:21:49PM
4  separate exhibit or is it part --
5        MR. GOODSTADT:  It is.  This is going   12:21:53PM
6  to be Hesse 2.  It's a separate exhibit.
7        I've placed in front of Mr. Hesse     12:22:14PM
8  what's now been marked as Hesse 2.  It is a
9  one-page document that is marked Bates
10  No. 3847.  (Handing.)
11  BY MR. GOODSTADT:             12:22:25PM
12     Q   Mr. Hesse, have you ever seen this   12:22:26PM
13  document that's been marked as Hesse 2?
14     A   Yes.                12:22:30PM
15     Q   Is that your signature at the bottom   12:22:30PM
16  left corner?
17     A   Yes.                12:22:33PM
18     Q   And does this refresh your        12:22:35PM
19  recollection as to whether you made a subsequent
20  request for this provisional appointment
21  promotion?
22     A   Yes.                12:22:45PM
23     Q   And this is dated March 25th, 2001,   12:22:45PM
24  correct?
25     A   Correct.              12:22:49PM

TSG Reporting - Worldwide   (877) 702-9580

Page 142

```
1              GEORGE HESSE
2      Q    Do you recall how you submitted this  12:22:49PM
3   to the chief?
4      A    I may have just laid it on his desk.  12:22:54PM
5      Q    And in the second paragraph, you     12:23:02PM
6   reference, "The last time we spoke of this, you
7   stated 'look at what they did to Bob Golopi.'"
8          Do you see that?          12:23:10PM
9   A    Yes.                        12:23:11PM
10     Q    Do you recall the conversation that  12:23:12PM
11  you're referring to, the last time we spoke of
12  that, when that last conversation was?
13     A    I don't recall.          12:23:19PM
14     Q    Was that the conversation in '99 that 12:23:19PM
15  you testified to already or is that some
16  subsequent conversation?
17     A    I don't recall.          12:23:24PM
18     Q    Do you know what you're referring to  12:23:26PM
19  or what Paradiso was referring to when he said
20  "look at what they did to Bob Golopi"?
21     A    You know, I don't recall.  12:23:35PM
22     Q    The next sentence says, "Bob got what 12:23:37PM
23  he wanted and/or deserved."
24          Do you see that?          12:23:41PM
25     A    Yes.                     12:23:42PM
      TSG Reporting - Worldwide   (877) 702-9580
```

Page 143

```
1              GEORGE HESSE
2      Q    What were you referring to there?   12:23:43PM
3      A    I believe he -- well, he moved off the 12:23:46PM
4   beach and he got a vehicle.  And I'm
5   speculating.  But I really -- I really don't
6   recall.
7      Q    You don't recall what you're referring 12:23:57PM
8   to there?
9      A    No.  The "deserved" part, no.     12:24:00PM
10     Q    The next sentence says, "He always    12:24:02PM
11  made deals with the village without first
12  consulting you."
13          Do you see that?          12:24:07PM
14     A    Yes.                     12:24:08PM
15     Q    What are you referring to there?     12:24:08PM
16     A    Bob was always scamming, trying to   12:24:10PM
17  scam over the chief.  He wanted to be the chief.
18  He wanted to be in charge.  He was always
19  playing me and Paradiso and the mayor --
20  actually, the previous mayor, Natalie Rogers,
21  against each other.  And he was just -- I think
22  he was just ploying for leadership.
23     Q    What did he do to make you believe    12:24:35PM
24  that he was ploying for leadership?
25     A    He was always badmouthing Ed Paradiso 12:24:41PM
      TSG Reporting - Worldwide   (877) 702-9580
```

Page 144

```
1              GEORGE HESSE
2   and always trying to get him into trouble for
3   things that Ed may have done or not done.  I
4   don't know.  But he was always trying to be in
5   charge of everything.
6      Q    Was that inappropriate --    12:24:54PM
7          MR. NOVIKOFF:  Objection.   12:24:57PM
8   BY MR. GOODSTADT:               12:24:58PM
9      Q    -- in your mind?          12:24:59PM
10     A    Yes.                     12:25:00PM
11     Q    Did he ever go outside the chain of   12:25:01PM
12  command and complain about Paradiso?
13         MR. NOVIKOFF:  Objection.   12:25:06PM
14  BY MR. GOODSTADT:               12:25:07PM
15     Q    Did Golopi ever go outside the chain  12:25:07PM
16  of command to complain about Paradiso?
17         MR. NOVIKOFF:  Objection.   12:25:13PM
18  A    I don't know.               12:25:14PM
19     Q    Is going to the village and          12:25:16PM
20  complaining about him without first going to
21  Paradiso, is that going outside the chain of
22  command?
23     A    Well, if he felt there was an issue   12:25:24PM
24  with Paradiso, the next step would be the mayor,
25  who was our police commissioner.  So that is not
      TSG Reporting - Worldwide   (877) 702-9580
```

Page 145

```
1              GEORGE HESSE
2   going out of the chain of command.
3      Q    Is that what he did?  When you say    12:25:34PM
4   "deals with the village," you're referring to
5   the mayor?
6      A    Yes.                     12:25:43PM
7      Q    And the chain of the command, should  12:25:45PM
8   he first have gone to Paradiso --
9          MR. NOVIKOFF:  Objection to form.    12:25:50PM
10  BY MR. GOODSTADT:               12:25:51PM
11     Q    -- with a complaint he had about     12:25:52PM
12  Paradiso?
13     A    Yes.                     12:25:54PM
14     Q    The next paragraph, the second       12:25:56PM
15  sentence says, "All I asked for is the title of
16  sergeant."
17          Do you see that?          12:26:04PM
18     A    Yes.                     12:26:04PM
19     Q    Is the sergeant, is that a competitive 12:26:04PM
20  position, where there needs to be a canvass
21  letter?
22         MR. NOVIKOFF:  Objection.   12:26:12PM
23         MR. CALLAHAN:  Objection.   12:26:13PM
24         MR. CONNOLLY:  Objection.   12:26:14PM
25  A    On most jobs, yes.          12:26:14PM
      TSG Reporting - Worldwide   (877) 702-9580
```

Page 146

```
              GEORGE HESSE
1
2       Q    How about at Ocean Beach?        12:26:16PM
3       A    Well, if I'm the only one taking the 12:26:18PM
4   test, it's just a promotion. It's not
5   comparative.
6       Q    What do you mean by "on most jobs,   12:26:24PM
7   yes"?
8       A    Say if it was Suffolk County PD and  12:26:27PM
9   you got 600 guys taking the sergeant's test and
10  there are four positions open, it's a
11  competitive promotion.
12      Q    So here there wouldn't have been a   12:26:37PM
13  canvass letter for that title, because you're
14  the only person going for it?
15          MR. NOVIKOFF:  Objection.          12:26:39PM
16      A    You know, I don't know.            12:26:40PM
17      Q    Then the last sentence of that     12:26:44PM
18  paragraph, "Even Mayor Rogers refers to me as
19  the sergeant when she speaks to me."
20          Do you see that?                    12:26:51PM
21      A    Yes.                  12:26:51PM
22      Q    What did you mean by that?         12:26:51PM
23      A    She would call me Sergeant Hesse.  12:26:53PM
24      Q    Really?  For how long was she calling 12:26:56PM
25  you Sergeant Hesse?
```

Page 147

```
              GEORGE HESSE
1
2       A    Probably for as long as she's been the 12:27:00PM
3   mayor.
4       Q    Did she ever call you Chief Hesse?   12:27:03PM
5       A    Yes.                    12:27:05PM
6       Q    When did that start?               12:27:06PM
7       A    When I was designated the deputy    12:27:07PM
8   chief.
9       Q    And then the first sentence of this  12:27:10PM
10  last paragraph says -- well, the next-to-last
11  paragraph, "I understand I did not do well
12  enough to pass the last exam."
13          Do you see that?                    12:27:21PM
14      A    Yes.                    12:27:22PM
15      Q    So does that refresh your recollection 12:27:22PM
16  as to when you took the first test?
17      A    No.                     12:27:27PM
18      Q    But at least as of '01, you had taken 12:27:30PM
19  one and failed it, correct?
20      A    Correct.                12:27:34PM
21      Q    And when you say "the last exam,"    12:27:36PM
22  you're referring to the sergeant's exam?
23      A    Yes.                    12:27:41PM
24      Q    Did you take it again after this 2001, 12:27:47PM
25  do you know, the test?
```

Page 148

```
              GEORGE HESSE
1
2       A    Yes.                    12:27:50PM
3       Q    Two more times after that?         12:27:52PM
4       A    No.                     12:27:54PM
5       Q    One more time after '01 you took it?  12:27:55PM
6       A    Yes.                    12:27:57PM
7       Q    So you had taken it twice before you  12:27:58PM
8   wrote this letter and once after?
9       A    To the best of my recollection, yes.  12:28:02PM
10      Q    Okay.  So to the best of your       12:28:04PM
11  recollection, you took it in '07.  We discussed
12  that.
13          When did you take it prior to '07,   12:28:08PM
14  going in reverse chronological order?
15      A    I don't recall.                12:28:15PM
16      Q    You don't recall what year it was?  12:28:15PM
17      A    No.                     12:28:17PM
18      Q    And you don't recall the first time  12:28:18PM
19  you took it?
20      A    No.                     12:28:22PM
21      Q    But it's your belief that you had    12:28:23PM
22  taken it twice by '01, though, correct?
23      A    Yes.                    12:28:26PM
24      Q    Is there a limit on the amount of    12:28:27PM
25  times you can take a test for sergeant?
```

Page 149

```
              GEORGE HESSE
1
2          MR. NOVIKOFF:  Objection.          12:28:31PM
3       A    Not that I'm aware of.             12:28:32PM
4       Q    Now, you write in the next-to-last   12:28:43PM
5   sentence in that paragraph, "According to Civil
6   Service, you can stay in a provisional position
7   pending two exams."
8          Do you see that?                    12:28:51PM
9       A    Yes.                    12:28:51PM
10      Q    What's your basis for making that    12:28:51PM
11  statement?
12      A    I believe I was told that.         12:28:54PM
13      Q    By who?                     12:28:56PM
14      A    I don't recall.                12:28:56PM
15      Q    And what did you mean by that?  What's 12:29:00PM
16  your understanding of "you can stay in the
17  provisional position pending two exams"?
18      A    I believe my understanding was if you 12:29:07PM
19  took the test and failed it, you could remain in
20  that position until you take it again and
21  hopefully pass it.
22      Q    And what happens after the second time 12:29:15PM
23  you fail it, your understanding?
24      A    I don't know.  I would assume they   12:29:19PM
25  remove you from the provisional appointment.
```

Page 150

```
                GEORGE HESSE
 1
 2      Q    Then you said, "That gives me at least 12:29:26PM
 3   four to five years to pass the test."
 4        Do you see that?              12:29:30PM
 5      A    Yes.                 12:29:31PM
 6      Q    How often was the test given, at least 12:29:32PM
 7   at that time?
 8      A    It's given in two-year increments.    12:29:36PM
 9      Q    Every two years?              12:29:38PM
10      A    Every two years, yes.         12:29:39PM
11      Q    And then the last sentence says, "I   12:29:43PM
12   hope you reconsider your last decision, and I
13   thank you for your time in this matter."
14        Do you see that?              12:29:57PM
15      A    Yes.                 12:29:57PM
16      Q    Did Paradiso ever reconsider his     12:29:57PM
17   decision the last time?
18      A    Yes.                 12:30:01PM
19      Q    Okay.  And what did he do this time in 12:30:02PM
20   response to this letter?
21      A    I believe he gave my proposal to the  12:30:09PM
22   village board, and it was approved.
23      Q    Were you at the -- strike that.    12:30:25PM
24        Was it approved at a board meeting?   12:30:27PM
25      A    To my understanding, it was approved  12:30:29PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 151

```
                GEORGE HESSE
 1
 2   in executive session at a board meeting.
 3      Q    You weren't at the executive session?  12:30:36PM
 4      A    No.                   12:30:38PM
 5      Q    So how did you learn that it was     12:30:39PM
 6   approved at the executive session?
 7      A    Paradiso had told me.          12:30:42PM
 8      Q    Do you know when that was approved?   12:30:47PM
 9      A    The date is -- the year was 2001.  To 12:30:49PM
10   tell you the truth, I don't know the exact time
11   frame.  It was definitely before the summer of
12   2001.
13      Q    And did that -- was the approval for  12:31:02PM
14   the provisional appointment or did they appoint
15   you sergeant?
16      A    It might have just been sergeant.  I  12:31:09PM
17   don't know what the exact --
18      Q    Did you ever receive any -- a       12:31:14PM
19   confirmation of it in a letter saying
20   congratulations, you received X position?
21      A    No, I don't recall.           12:31:21PM
22      Q    Did you receive a raise when you got  12:31:22PM
23   the promotion?
24      A    I don't recall.             12:31:28PM
25      Q    Did you receive any additional      12:31:29PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 152

```
                GEORGE HESSE
 1
 2   authority when you got the position?
 3      A    I was the sergeant, that -- sergeant. 12:31:35PM
 4      Q    Did that -- did that grant you with   12:31:39PM
 5   any additional authority that you didn't have
 6   prior to being sergeant?
 7        MR. NOVIKOFF: Objection.  Form.     12:31:45PM
 8      A    No.                   12:31:46PM
 9      Q    Do you have the authority to hire or  12:31:48PM
10   fire officers?
11      A    No.                   12:31:51PM
12      Q    Did Paradiso have that authority?    12:31:55PM
13      A    Yes.                  12:31:59PM
14      Q    Do you know whether he needed board   12:31:59PM
15   approval to hire or fire an officer?
16        MR. NOVIKOFF: Objection.        12:32:03PM
17      A    I don't believe so.          12:32:06PM
18      Q    Do you know whether he needed approval 12:32:09PM
19   from Civil Service to hire and fire an officer?
20        MR. NOVIKOFF: Objection.  Form.    12:32:14PM
21   Foundation.
22      A    Yes.                  12:32:16PM
23      A    He needed approval from Civil Service? 12:32:18PM
24      A    Yes.                  12:32:20PM
25      Q    Do you know whether he needed approval 12:32:25PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 153

```
                GEORGE HESSE
 1
 2   from anyone else other than for Civil Service
 3   before he could hire or fire?
 4      A    I'm not aware of any.          12:32:33PM
 5      Q    What's the basis of your understanding 12:32:36PM
 6   that he needed approval from Civil Service
 7   before hiring or firing an officer?
 8      A    Well, for the position, any person   12:32:41PM
 9   within a municipality who is going to be hired,
10   you have to meet the minimum requirements that
11   Civil Service designates.
12      Q    And how about for terminations, did he 12:32:55PM
13   need approval from Civil Service before firing a
14   police officer?
15        MR. NOVIKOFF: Objection.  Form.     12:33:05PM
16        MR. CALLAHAN:  Objection.        12:33:07PM
17      A    I don't believe so.          12:33:07PM
18      Q    Did you actually appear before the   12:33:11PM
19   board to make a proposal for this position?
20        MR. NOVIKOFF:  His position?       12:33:16PM
21   BY MR. GOODSTADT:                  12:33:17PM
22      Q    For the provisional appointment     12:33:17PM
23   position or just a sergeant position whichever
24   one you actually were promoted to.
25        MR. NOVIKOFF:  As referred to in    12:33:24PM
```

TSG Reporting - Worldwide   (877) 702-9580

## Page 154

```
 1            GEORGE HESSE
 2    Hesse 2?
 3        MR. GOODSTADT:  This is the request.   12:33:27PM
 4    He doesn't know exactly what the actual
 5    promotion was.  It was either sergeant or a
 6    provisional appointment as sergeant.
 7    BY MR. GOODSTADT:              12:33:35PM
 8      Q    Did you actually propose a promotion  12:33:35PM
 9    to the board?
10        MR. CONNOLLY:  Did he?      12:33:38PM
11    BY MR. GOODSTADT:              12:33:39PM
12      Q    Yeah, did you physically go there and  12:33:39PM
13    make a proposal to them?
14      A    No.                     12:33:42PM
15      Q    Did you know that Paradiso had   12:33:45PM
16    forwarded your request on to the board?
17      A    I don't recall how it was done.   12:33:52PM
18      Q    Do you know whether he supported that  12:33:53PM
19    promotion at the time when he forwarded it on to
20    the board?
21      A    I don't know what his thoughts were.  12:34:00PM
22      Q    Did you ever see the letter that he   12:34:03PM
23    sent or the transmission that he sent with your
24    proposal to the board?
25      A    I may have.  I don't recall.     12:34:10PM
      TSG Reporting - Worldwide   (877) 702-9580
```

## Page 155

```
 1            GEORGE HESSE
 2        MR. GOODSTADT:  Could you mark that as  12:34:16PM
 3    Hesse 3.
 4        (Whereupon, Bates document 3845-46 was  12:34:18PM
 5    marked as Plaintiff's Exhibit 3 for
 6    identification, as of this date.)
 7        MR. CALLAHAN:  How is this being   12:34:47PM
 8    marked?
 9        MR. GOODSTADT:  Hesse 3.      12:34:49PM
10    I've placed in front of Mr. Hesse   12:34:53PM
11    what's been marked as Hesse 3.  It is a
12    two-page document bearing Bates Nos. 3845
13    and 3846.  (Handing.)
14    BY MR. GOODSTADT:              12:35:02PM
15      Q    Mr. Hesse, have you ever seen the   12:35:03PM
16    exhibit that's been marked as Hesse 3?
17      A    Yes.                    12:35:07PM
18      Q    Does this refresh your recollection as  12:35:08PM
19    to whether he forwarded on your document with
20    the recommendation?
21      A    Yes.                    12:35:14PM
22      Q    Did you ever discuss with him that he  12:35:14PM
23    was going to recommend you for the position?
24        MR. NOVIKOFF:  Objection.  It was a   12:35:22PM
25    little confusing.
      TSG Reporting - Worldwide   (877) 702-9580
```

## Page 156

```
 1            GEORGE HESSE
 2    BY MR. GOODSTADT:              12:35:24PM
 3      Q    At that time, before he sent this on,  12:35:25PM
 4    did you ever discuss with him that he was going
 5    to forward your request on with his
 6    recommendation?
 7      A    I don't recall.             12:35:34PM
 8      Q    Did you discuss the test with him at  12:35:34PM
 9    that point in time, the sergeant's test?
10      A    I don't recall.             12:35:38PM
11      Q    And it's your understanding that the  12:35:43PM
12    board voted on it and approved it in executive
13    session?
14        MR. NOVIKOFF:  Objection.  Asked and  12:35:48PM
15    answered.
16    BY MR. GOODSTADT:              12:35:49PM
17      Q    Is that correct?            12:35:49PM
18      A    Yes.                    12:35:50PM
19      Q    Did you ever see any minutes that    12:35:51PM
20    reflect that?
21      A    No.                     12:35:56PM
22      Q    Did you ever speak to any of the    12:35:57PM
23    trustees about their approval of that
24    appointment?
25      A    Yes.                    12:36:03PM
      TSG Reporting - Worldwide   (877) 702-9580
```

## Page 157

```
 1            GEORGE HESSE
 2      Q    Who did you speak with?      12:36:03PM
 3      A    Andrew Miller.             12:36:05PM
 4      Q    Anyone else?              12:36:06PM
 5      A    Not that I recall.           12:36:08PM
 6      Q    And what did Mr. Miller and you    12:36:12PM
 7    discuss?
 8      A    I don't recall.             12:36:17PM
 9      Q    Do you recall anything that you    12:36:18PM
10    discussed with him about the appointment?
11      A    I don't recall.             12:36:23PM
12      Q    Did he tell you that it was      12:36:24PM
13    provisional as opposed to just sergeant?
14      A    I don't recall.             12:36:30PM
15      Q    Do you know whether the promotion was  12:36:36PM
16    reported to Civil Service?
17      A    No, I don't.               12:36:43PM
18      Q    Do you know if it was reported to the  12:36:45PM
19    State of New York?
20      A    No, I don't.               12:36:48PM
21      Q    Did you ever attend any supervisory   12:36:57PM
22    schools administered by the Suffolk County
23    Police?
24        MR. NOVIKOFF:  Objection to form.   12:37:03PM
25    Foundation.
      TSG Reporting - Worldwide   (877) 702-9580
```

Page 158

```
1            GEORGE HESSE
2        MR. CALLAHAN:  Same objection.      12:37:05PM
3     A   No.                    12:37:07PM
4     Q   Is that a requirement to become a     12:37:08PM
5   sergeant to attend a supervisory school?
6        MR. NOVIKOFF:  Objection.  Form.    12:37:14PM
7        MR. CALLAHAN:  Same.            12:37:18PM
8        MR. CONNOLLY:  Same.           12:37:18PM
9     A   I don't know.               12:37:20PM
10    Q   You don't know one way or the other?  12:37:20PM
11    A   No.                    12:37:20PM
12    Q   Do you know what I mean when I say    12:37:21PM
13  supervisory school administrated by the Suffolk
14  County Police?
15    A   Yes.                   12:37:27PM
16    Q   What is that, in your understanding.   12:37:28PM
17    A   I just know of a course that Suffolk   12:37:30PM
18  County offers as a supervisor school.
19    Q   And you never took that course?    12:37:38PM
20    A   No.                    12:37:40PM
21    Q   And you don't know one way or the    12:37:40PM
22  other whether it's required to be a sergeant to
23  take that course, correct?
24        MR. NOVIKOFF:  Objection.  Form.    12:37:47PM
25        MR. CALLAHAN:  Same.            12:37:48PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 159

```
1            GEORGE HESSE
2     A   I don't know.               12:37:49PM
3     Q   Did you receive any training from    12:37:50PM
4   Suffolk County to be a sergeant?
5     A   No.                    12:37:56PM
6     Q   Did you go to any training -- other   12:37:58PM
7   than for it being on the job, did you go to any
8   formal training to be a sergeant?
9     A   No.                    12:38:07PM
10    Q   Did you have a business card at that   12:38:09PM
11  time?
12    A   I believe I did.               12:38:12PM
13    Q   Did you change your business card to  12:38:13PM
14  reflect sergeant?
15    A   I'm sure I did.               12:38:16PM
16    Q   Did it say provisional in there at    12:38:18PM
17  all?
18    A   Not that I'm aware of, no.         12:38:22PM
19    Q   Did you create your own business card 12:38:24PM
20  or did somebody -- or did someone at Ocean Beach
21  who was responsible for creating the business
22  cards?
23        MR. NOVIKOFF:  Objection.  Form.    12:38:32PM
24    A   I believe I created it.           12:38:33PM
25    Q   And you went out and got somebody to  12:38:35PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 160

```
1            GEORGE HESSE
2   print them up?
3     A   No.                    12:38:39PM
4     Q   You printed them up yourself?     12:38:40PM
5     A   Yes.                   12:38:42PM
6     Q   Did you have a change in your uniform 12:38:45PM
7   to reflect the fact that you had been promoted
8   to sergeant?
9     A   Yes.                   12:38:52PM
10    Q   What did you have, the three chevron  12:38:52PM
11  patch or something that reflected your
12  promotion?
13    A   Yes.                   12:38:57PM
14    Q   Is that what you had, a three chevron 12:38:57PM
15  patch?
16    A   Yes.                   12:39:00PM
17    Q   And where did you get that patch from? 12:39:01PM
18    A   I believe it was ordered from the    12:39:04PM
19  uniform supply store.
20    Q   And you wore that on your sleeve?   12:39:10PM
21    A   Yes.                   12:39:13PM
22    Q   Was there any change to your shield   12:39:16PM
23  that reflects that you're a sergeant?
24    A   Yes.                   12:39:20PM
25    Q   What was the change on your shield   12:39:20PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 161

```
1            GEORGE HESSE
2   that reflected a sergeant?
3     A   I was issued a sergeant's shield.     12:39:23PM
4     Q   By who?                 12:39:25PM
5     A   Ed Paradiso.               12:39:26PM
6     Q   And when were you issued that shield? 12:39:31PM
7     A   I believe it had to be ordered, so I   12:39:37PM
8   don't really recall the exact date.
9     Q   Sometime in or around 2001?      12:39:41PM
10    A   Yes.                   12:39:44PM
11    Q   Did you hold yourself out to anybody  12:39:47PM
12  outside of the beach as a sergeant?
13        MR. CALLAHAN:  Objection to form.   12:39:54PM
14        MR. NOVIKOFF:  Yeah, objection.     12:39:55PM
15        MR. CONNOLLY:  Objection.         12:39:56PM
16    A   Yes.                   12:39:56PM
17    Q   Who did you hold yourself out to be -- 12:39:57PM
18  who did you hold yourself out to as a sergeant
19  outside of Ocean Beach?
20    A   The world.               12:40:05PM
21    Q   So it wasn't your understanding that  12:40:06PM
22  this was some internal title, correct?
23        MR. NOVIKOFF:  Objection.          12:40:11PM
24        MR. CONNOLLY:  Objection.         12:40:12PM
25    A   I was the sergeant. I was promoted   12:40:14PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 162

GEORGE HESSE

1           GEORGE HESSE
2    internally, yes.
3        Q   So if I were to tell you that there   12:40:18PM
4    was some testimony by a village official that
5    this was just an internal title, would that be
6    news to you?
7        A   No.                     12:40:28PM
8        Q   It wouldn't?            12:40:29PM
9        A   No.                     12:40:30PM
10       Q   So you've been told in the past that   12:40:30PM
11   this is an internal title?
12       A   Recently, yes.          12:40:34PM
13       Q   How recently -- how about at the time?  12:40:35PM
14       A   At the time, no.        12:40:37PM
15       Q   When were you told it was just an      12:40:38PM
16   internal title?
17       A   Probably within the last two years     12:40:42PM
18   now.
19       Q   Uh-huh.  Who told you that?    12:40:45PM
20       A   Mayor Joe Loeffler.     12:40:47PM
21       Q   When did he tell you that in the last  12:40:48PM
22   two years?
23       A   I don't recall.         12:40:51PM
24       Q   Do you recall what year it was?   12:40:51PM
25       A   It was within the last two years.   12:40:53PM

TSG Reporting - Worldwide   (877) 702-9580

Page 163

GEORGE HESSE

1           GEORGE HESSE
2        Q   And were you sergeant at the time he   12:40:55PM
3    told you that or had you received another
4    promotion since then?
5        A   I received another promotion since     12:41:01PM
6    then.
7        Q   Did anyone ever tell you that the      12:41:04PM
8    sergeant title was just internal?
9        A   No.                     12:41:08PM
10       Q   So even Joe Loeffler didn't tell you   12:41:08PM
11   the sergeant title was internal?
12       A   Joe Loeffler wasn't a trustee at the   12:41:14PM
13   time.
14       Q   At what time?           12:41:17PM
15       A   At the time when I was given the       12:41:18PM
16   sergeant's.
17       Q   So at the time you held the sergeant   12:41:21PM
18   title and held yourself out to the world as a
19   sergeant, did anybody tell you that it was just
20   an internal title?
21       A   No.                     12:41:29PM
22           MR. CALLAHAN:  Objection to form.   12:41:31PM
23           MR. NOVIKOFF:  I join in.  I don't    12:41:33PM
24   like anyone to be alone.
25           MR. CALLAHAN:  Thank you.   12:41:43PM

TSG Reporting - Worldwide   (877) 702-9580

Page 164

GEORGE HESSE

1           GEORGE HESSE
2    BY MR. GOODSTADT:              12:41:56PM
3        Q   So before, I asked you whether you had  12:41:57PM
4    the same title currently, your Civil Service
5    a full-time police officer and you told me it
6    was.  And then I asked you was it the same title
7    as Ed Carter, and you told me it wasn't.  But do
8    you and Ed Carter hold the same police
9    certificate?
10           MR. NOVIKOFF:  Objection.   12:42:19PM
11           MR. CONNOLLY:  Objection.    12:42:19PM
12       A   Yes.                    12:42:20PM
13       Q   Same thing with Mr. Fiorillo,   12:42:21PM
14   Mr. Lamm, Mr. Snyder?
15           MR. NOVIKOFF:  Same objection.   12:42:26PM
16       A   Yes.                    12:42:27PM
17       Q   Mr. Nofi?               12:42:28PM
18           MR. NOVIKOFF:  Same objection.   12:42:30PM
19       A   Yes.                    12:42:30PM
20       Q   Yes?                    12:42:31PM
21       A   Yes.                    12:42:32PM
22       Q   Did there come a point in time that   12:42:32PM
23   you were promoted from the sergeant title?
24       A   Yes.                    12:42:37PM
25       Q   And when did that happen?   12:42:38PM

TSG Reporting - Worldwide   (877) 702-9580

Page 165

GEORGE HESSE

1           GEORGE HESSE
2        A   I believe the date was January 18th,   12:42:41PM
3    2006.
4        Q   And what title did you receive a       12:42:48PM
5    promotion to in January of 2006?
6        A   Acting deputy chief.    12:42:58PM
7        Q   And is that something that you applied  12:43:10PM
8    for or put in a request for like you had done
9    for the sergeant position?
10       A   No.                     12:43:16PM
11       Q   Did you actually have to fill out any  12:43:17PM
12   work, any paperwork when you got the sergeant
13   position to reflect that change?
14       A   Not that I recall.      12:43:25PM
15       Q   Did you have to fill out any   12:43:26PM
16   application for that position other than for the
17   two letters that we've seen?
18       A   Not that I recall.      12:43:32PM
19       Q   Now, the -- so the deputy -- acting    12:43:35PM
20   deputy chief, is that what you said?
21       A   Correct.                12:43:40PM
22       Q   How did you learn that you were up for  12:43:41PM
23   that position?
24       A   I was approached by Joe Loeffler, and  12:43:44PM
25   he said she was going to make that suggestion to

TSG Reporting - Worldwide   (877) 702-9580

Page 166

```
1            GEORGE HESSE
2    the board.
3        Q    And is that a position that a canvass  12:43:54PM
4    letter would ordinarily go out to?
5            MR. CALLAHAN:  Objection to form.       12:43:59PM
6    A    I don't know.                   12:44:00PM
7    Q    You don't know one way or the other?  12:44:01PM
8    A    No.                        12:44:04PM
9    Q    When did Mr. Loeffler approach you to  12:44:04PM
10   tell you that he was going to make that proposal
11   to the board?
12   A    I don't recall any specific date.     12:44:09PM
13   Q    What was his title at the time?     12:44:10PM
14   A    Trustee.                    12:44:12PM
15   Q    Do you recall what year it was that he  12:44:15PM
16   told you this?
17   A    It had to be in 2005 at some point.   12:44:17PM
18   Q    Do you recall what month it was?    12:44:23PM
19   A    No, I don't.                  12:44:25PM
20   Q    What did he tell you?          12:44:27PM
21   A    Well, at that point, Paradiso had    12:44:34PM
22   taken his leave, and he felt that the police
23   department still needs to move forward and
24   needed a certain sort of leadership and that he
25   was going to make the recommendation to the
```

TSG Reporting - Worldwide   (877) 702-9580

Page 167

```
1            GEORGE HESSE
2    board for my new position.
3        Q    Do you know whether -- do you know    12:44:52PM
4    when the recommendation was made to the board?
5    A    I don't know.                 12:44:57PM
6    Q    Were you at the meeting at which it   12:44:58PM
7    was made?
8    A    No.                        12:45:00PM
9    Q    Do you know whether it was reported to  12:45:03PM
10   the public prior to the board proposal?
11   A    Not that I'm aware of.           12:45:07PM
12   Q    And how are you aware that he actually  12:45:12PM
13   was going to move forward and make that
14   proposal?
15   A    He told me.                  12:45:20PM
16   Q    And that was in '05?            12:45:22PM
17   A    Yes.                       12:45:23PM
18   Q    Did he tell you when he was going to   12:45:24PM
19   make that proposal?
20   A    Not exactly, no.              12:45:27PM
21   Q    Did you take on the role prior to the  12:45:28PM
22   proposal being made, like, for example, he told
23   you in '05 he was going to make the proposal.
24   According to you it was done in 06 in January.
25   During the period from when he told you until
```

TSG Reporting - Worldwide   (877) 702-9580

Page 168

```
1            GEORGE HESSE
2    the time the proposal was made, had you
3    taken on the role of deputy chief of police
4    or -- deputy chief of police or acting deputy
5    chief of police.
6            MR. NOVIKOFF:  Objection to form.    12:45:56PM
7            MR. CONNOLLY:  Objection to form.    12:45:57PM
8            MR. CALLAHAN:  Objection.         12:45:59PM
9    A    I don't know if I assumed the role.  I 12:46:00PM
10   did the job.
11   Q    And do you know whether the proposal  12:46:05PM
12   was actually made to the board?
13   A    No.                        12:46:10PM
14   Q    Did you ever see any documentation    12:46:11PM
15   that demonstrates that it was?
16   A    After I was approved, I did.       12:46:16PM
17   Q    And how did you learn that it was made 12:46:18PM
18   and approved?
19   A    Well, I was at the board meeting when  12:46:21PM
20   they made the appointment.
21   Q    So you were there when they proposed  12:46:25PM
22   it and voted on it?
23   A    Yes.  It was in a public forum.  Yes.  12:46:28PM
24   Q    Did you have to present anything to   12:46:32PM
25   the board in that meeting?
```

TSG Reporting - Worldwide   (877) 702-9580

Page 169

```
1            GEORGE HESSE
2    A    No.                        12:46:35PM
3    Q    Did anyone speak on your behalf when  12:46:37PM
4    the proposal was made?
5    A    I believe Trustee Loeffler did.     12:46:41PM
6    Q    Do you recall what he said?        12:46:45PM
7    A    Not exactly, no.              12:46:46PM
8    Q    Who was the mayor at the time?      12:46:49PM
9    A    Natalie Rogers.               12:46:51PM
10   Q    Did you ever speak to Chief Paradiso  12:46:55PM
11   about the proposal that you'd be made deputy
12   chief or acting deputy chief of police?
13   A    No.                        12:47:06PM
14   Q    Did you ever learn of a conversation  12:47:08PM
15   that Paradiso had with Rogers about that
16   appointment?
17   A    I vaguely remember something, yes.   12:47:18PM
18   Q    What do you remember?           12:47:20PM
19   A    That he felt that I wasn't right for  12:47:21PM
20   the job.
21   Q    Do you know why he felt that?       12:47:24PM
22   A    I'm sure he was threatened.       12:47:26PM
23   Q    Did you ever discuss with him --     12:47:28PM
24   A    No.                        12:47:30PM
25   Q    -- his position on that?          12:47:30PM
```

TSG Reporting - Worldwide   (877) 702-9580

## Page 170

```
1              GEORGE HESSE
2    A   No.              12:47:31PM
3        MR. NOVIKOFF: I'm sorry, what was his 12:47:32PM
4    answer before that last question?
5        MR. GOODSTADT: He thought he was    12:47:36PM
6    threatened.
7        MR. NOVIKOFF: Paradiso thought he was 12:47:38PM
8    threatened?
9        MR. GOODSTADT: Yes.           12:47:40PM
10   A   Not physically, but his job.    12:47:42PM
11   Q   That's just your speculation, right?  12:47:43PM
12   You never spoke to him about that?
13   A   No.              12:47:47PM
14   Q   Did you ever speak to Rogers about   12:47:49PM
15   Paradiso's position with respect to your
16   promotion?
17   A   I don't recall.         12:47:56PM
18   Q   How did you learn of that conversation 12:47:57PM
19   that Paradiso had with Rogers?
20   A   I don't recall.         12:48:02PM
21   Q   Who was the police commissioner at the 12:48:04PM
22   time?
23       MR. NOVIKOFF: Objection.       12:48:06PM
24   A   Natalie Rogers.          12:48:08PM
25   Q   Was there a police liaison at the    12:48:14PM
```
TSG Reporting - Worldwide  (877) 702-9580

## Page 171

```
1              GEORGE HESSE
2    time?
3        MR. NOVIKOFF: Objection to the form  12:48:20PM
4    of the question.
5    A   Not that I'm aware of.       12:48:23PM
6    Q   Just you had it referred to Loeffler, 12:48:25PM
7    but you don't know if it was official or not?
8    A   That's correct.         12:48:29PM
9    Q   Who is the police commissioner today? 12:48:30PM
10   A   Joseph Loeffler.         12:48:32PM
11   Q   Was Paradiso still working at this   12:48:38PM
12   time?
13       MR. NOVIKOFF: Objection. Form.    12:48:42PM
14       MR. CONNOLLY: Presumably you're     12:48:46PM
15   talking about the beach.
16       MR. GOODSTADT: At the beach. At the 12:48:49PM
17   beach.
18   A   No.              12:48:50PM
19   Q   So he was already out on his leave or 12:48:50PM
20   whatever he was out on?
21       MR. NOVIKOFF: Objection.        12:48:54PM
22   A   Yes.              12:48:55PM
23   Q   Yes?              12:48:55PM
24   A   Yes.              12:48:56PM
25   Q   Did you ever see the resolution that 12:48:56PM
```
TSG Reporting - Worldwide  (877) 702-9580

## Page 172

```
1              GEORGE HESSE
2    approved your appointment?
3    A   I may have.           12:49:02PM
4    Q   Was the appointment at the meeting in 12:49:06PM
5    January of '06, was that made to acting deputy
6    chief of police or deputy chief of police?
7    A   I think there's some terminology    12:49:15PM
8    problems there, but I've seen it as acting and
9    I've seen it as deputy chief.
10   Q   Well, which one was it?        12:49:22PM
11   A   To tell you the truth, I don't even  12:49:24PM
12   know.
13   Q   Is there a Civil Service test that's 12:49:26PM
14   required to get that promotion --
15       MR. NOVIKOFF: Objection.        12:49:29PM
16   BY MR. GOODSTADT:               12:49:31PM
17   Q   -- to deputy chief of police?     12:49:31PM
18       MR. CALLAHAN: Same.          12:49:33PM
19   A   No.              12:49:34PM
20   Q   Is there a Civil Service test to be  12:49:34PM
21   chief of police?
22       MR. NOVIKOFF: Objection.        12:49:40PM
23       MR. CALLAHAN: Same.          12:49:41PM
24   A   There is one.          12:49:41PM
25   Q   Do you know whether you can be     12:49:42PM
```
TSG Reporting - Worldwide  (877) 702-9580

## Page 173

```
1              GEORGE HESSE
2    promoted to chief or deputy chief without first
3    passing the sergeant's test --
4        MR. NOVIKOFF: Objection.        12:49:49PM
5    BY MR. GOODSTADT:               12:49:50PM
6    Q   -- on your Civil Service level?    12:49:50PM
7        MR. NOVIKOFF: Objection.        12:49:52PM
8    A   I don't know.          12:49:52PM
9    Q   You don't know one way or the other? 12:49:53PM
10   A   I don't know.          12:49:56PM
11       MR. GOODSTADT: Mark this.       12:49:58PM
12       (Whereupon, Bates document 28 was   12:49:58PM
13   marked as Plaintiff's Exhibit 4 for
14   identification, as of this date.)
15       MR. GOODSTADT: I've placed in front 12:50:26PM
16   of Mr. Hesse what's now been marked as
17   Hesse 4. It's a one-page exhibit bearing
18   Bates No. 28. (Handing.)
19   BY MR. GOODSTADT:               12:50:34PM
20   Q   Mr. Hesse, have you ever seen the    12:50:34PM
21   document that's been marked as Hesse 4?
22   A   Yes.              12:50:38PM
23   Q   And this is the resolution that    12:50:38PM
24   demonstrates that you have been designated as
25   deputy chief of police.
```
TSG Reporting - Worldwide  (877) 702-9580

## Page 174

GEORGE HESSE

1
2    Do you see that?                    12:50:46PM
3    A   Yes.                           12:50:47PM
4    Q   So does this refresh your recollection 12:50:51PM
5    as to whether it was a designation to acting
6    versus deputy, just plain deputy chief of
7    police.
8        MR. NOVIKOFF:  Objection to form.    12:50:59PM
9    A   It says deputy.                 12:51:00PM
10   Q   Is that a Civil Service title, deputy 12:51:01PM
11   chief of police?
12       MR. NOVIKOFF:  Objection.         12:51:05PM
13   A   Yes.                           12:51:05PM
14   Q   Do you know whether this promotion was 12:51:10PM
15   reported to Civil Service?
16   A   Not that I'm aware of.          12:51:13PM
17   Q   Did you receive a pay increase with 12:51:15PM
18   this promotion?
19   A   I don't think so.              12:51:21PM
20   Q   Do you know whether this promotion was 12:51:23PM
21   approved by Civil Service?
22       MR. CALLAHAN:  Objection to form.  12:51:28PM
23   A   I am unaware.                  12:51:29PM
24   Q   Is deputy chief of police, is that an 12:51:31PM
25   open competitive position?

TSG Reporting - Worldwide   (877) 702-9580

## Page 175

GEORGE HESSE

1
2        MR. NOVIKOFF:  Objection.        12:51:35PM
3    A   It may be.  I don't know.       12:51:36PM
4    Q   Do you know whether a canvass letter 12:51:38PM
5    was distributed to anybody?
6        MR. NOVIKOFF:  Objection.        12:51:42PM
7    A   I am unaware.                  12:51:42PM
8    Q   And if you see on Hesse 4, do you see 12:51:45PM
9    where the arrow is that says "designation of
10   George Hesse"?
11   A   Uh-huh.                        12:51:54PM
12   Q   Do you see that?               12:51:53PM
13   A   Yes.                           12:51:55PM
14   Q   On the second line, it says, "Trustee 12:51:55PM
15   Loeffler made motion to designate George Hesse
16   as deputy chief of police with all power and
17   authority involved with that position."
18       Do you see that?               12:52:05PM
19   A   Yes.                           12:52:06PM
20   Q   Do you know what power and authority 12:52:06PM
21   is involved with that position?
22       MR. NOVIKOFF:  Note my objection.  12:52:13PM
23       MR. CALLAHAN:  Objection to form also. 12:52:14PM
24       MR. NOVIKOFF:  Yeah.            12:52:17PM
25   A   I would assume that I am in charge of 12:52:17PM

TSG Reporting - Worldwide   (877) 702-9580

## Page 176

GEORGE HESSE

1
2    all aspects of the police department.
3    Q   And did your role change at all when 12:52:23PM
4    you received that promotion?
5    A   Slightly.                      12:52:28PM
6        MR. NOVIKOFF:  Objection.        12:52:29PM
7    BY MR. GOODSTADT:                    12:52:29PM
8    Q   What do you mean by slightly?   12:52:29PM
9    A   I now had the powers to hire and 12:52:31PM
10   remove.
11   Q   Okay.  Who did you report to in this 12:52:38PM
12   position?
13   A   The mayor and the mayor alone.  12:52:40PM
14   Q   Okay.  So you got more power in terms 12:52:42PM
15   of the ability to hire and fire.  Your reporting
16   relationship changed too, correct?  You were
17   reporting to Paradiso, and now you're reporting
18   only to the mayor?
19   A   Yes.                           12:52:55PM
20   Q   Any other changes to your duties or 12:52:55PM
21   responsibilities with this promotion?
22   A   No.                            12:53:03PM
23   Q   This position is senior to the  12:53:05PM
24   position of sergeant, correct?
25   A   Yes.                           12:53:08PM

TSG Reporting - Worldwide   (877) 702-9580

## Page 177

GEORGE HESSE

1
2    Q   Did any sergeant replace you?   12:53:08PM
3    A   No.                            12:53:14PM
4    Q   To this day, has anybody replaced you 12:53:14PM
5    in the sergeant role?  Is there a sergeant in
6    the Ocean Beach Police Department?
7    A   No.                            12:53:20PM
8    Q   Has there been one since        12:53:21PM
9    January 28th of 2006?
10   A   No.                            12:53:24PM
11   Q   Now that you have -- since January 20, 12:53:29PM
12   2006, you had the authority to hire and fire,
13   did you need board approval to do that?
14   A   No.                            12:53:37PM
15   Q   Did you need approval of anyone to 12:53:41PM
16   hire and fire?
17       MR. CONNOLLY:  Objection.        12:53:43PM
18       MR. NOVIKOFF:  Yeah, I'm going to 12:53:44PM
19   object to that one.
20   A   No.                            12:53:47PM
21   Q   When you became chief or deputy chief, 12:53:53PM
22   did your uniform change at all?
23   A   Yes.                           12:54:01PM
24   Q   How did your uniform change?    12:54:01PM
25   A   I removed the sergeant stripes and 12:54:03PM

TSG Reporting - Worldwide   (877) 702-9580

Page 178

GEORGE HESSE

1
2    instead of a sergeant shield, I wore a chief
3    shield and stars on my collar.
4        Q     And when did you change your uniform? 12:54:18PM
5        A     Right after this designation.         12:54:24PM
6        Q     Do you know who an Officer Betenhauser 12:54:33PM
7    is?
8        A     Yes, I do.                            12:54:36PM
9        Q     And what is Officer Betenhauser's     12:54:38PM
10   title?
11       A     Part-time seasonal police officer.    12:54:42PM
12       Q     Has that always been his title at     12:54:45PM
13   Ocean Beach?
14       A     No.                                   12:54:47PM
15       Q     What other titles has Officer         12:54:47PM
16   Betenhauser held within Ocean Beach?
17       A     Betenhauser?                          12:54:52PM
18       Q     Betenhauser, yes.                     12:54:55PM
19       A     Actually, yes.  Thanks for reminding  12:54:57PM
20   me.  He was promoted to a sergeant for six
21   months.
22       Q     Who promoted him?                     12:55:05PM
23       A     I believe it was at a trustee's       12:55:07PM
24   meeting, they took a vote on it, but it came
25   from Loeffler, Joe Loeffler.

TSG Reporting - Worldwide   (877) 702-9580

---

Page 179

GEORGE HESSE

1
2        Q     Did he pass the sergeant's test,      12:55:17PM
3    Betenhauser?
4            MR. NOVIKOFF:  Objection.               12:55:22PM
5        A     Yes.                                  12:55:22PM
6        Q     How come he only had the position for 12:55:23PM
7    six months?
8        A     Because that's all that, I think,     12:55:26PM
9    Civil Service would allow in a part-time
10   seasonal position.
11       Q     What's the basis of your understanding 12:55:31PM
12   of that?
13       A     That's what I was told.               12:55:34PM
14       Q     Did there come a point in time when   12:55:38PM
15   Civil Service questioned your role in a
16   supervisory capacity as being outside the title
17   of police officer?
18           MR. CALLAHAN:  Objection to form.       12:55:48PM
19           MR. NOVIKOFF:  Yeah, I join in.         12:55:50PM
20       A     I'm aware of some discrepancies, but I 12:55:54PM
21   don't know exactly what it was.
22       Q     When did you become aware of that?    12:56:01PM
23       A     I believe a lot of it happened after  12:56:04PM
24   March 27th of 2007.
25       Q     How did you become aware of it?       12:56:11PM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 180

GEORGE HESSE

1
2        A     I believe I was sitting in an office  12:56:14PM
3    with Mayor Loeffler and Maryann Minerva in her
4    office, and I believe that Mayor Loeffler had
5    told me about some problems with the titles and
6    title issuing.
7        Q     What did he tell you?                 12:56:29PM
8        A     I really -- I really don't recall     12:56:36PM
9    other than the fact that there was -- there's a
10   problem with the titles, my supervisory role.
11       Q     What titles are you referring to?     12:56:45PM
12       A     Deputy chief.                         12:56:47PM
13       Q     What problem did he tell you there    12:56:49PM
14   was?
15       A     That -- technically, that the village 12:56:52PM
16   couldn't do what they did.
17       Q     Okay.  Just deputy chief or that      12:57:00PM
18   included sergeant promotion as well?
19           MR. NOVIKOFF:  Objection.               12:57:04PM
20       A     That included that also.              12:57:05PM
21       Q     And he told you that?                 12:57:06PM
22       A     I don't recall.                       12:57:09PM
23       Q     Was anything done to rectify the      12:57:10PM
24   problem, the title problem?
25           MR. NOVIKOFF:  Objection.               12:57:14PM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 181

GEORGE HESSE

1
2        A     No.                                   12:57:15PM
3        Q     Did he ever show you -- strike that.  12:57:21PM
4            Who had questioned or who had raised    12:57:24PM
5    the problem with the village with respect to the
6    titles?
7            MR. NOVIKOFF:  Who was Mr. Hesse        12:57:31PM
8    advised of as to raising the issue?
9            MR. GOODSTADT:  Yes.                    12:57:37PM
10   BY MR. GOODSTADT:                               12:57:37PM
11       Q     Do you know how the village learned of 12:57:37PM
12   this alleged problem?
13       A     I believe Civil Service.              12:57:40PM
14       Q     And what's the basis of that belief?  12:57:42PM
15       A     I believe that the mayor and maybe    12:57:44PM
16   even Ken Gray himself went to a meeting with the
17   county attorney and Civil Service, members of
18   Civil Service.
19       Q     How did you learn of that meeting?    12:57:58PM
20       A     I was told.                           12:57:59PM
21       Q     By who?                               12:58:00PM
22       A     Joe Loeffler.                         12:58:01PM
23       Q     What were you told was discussed at   12:58:02PM
24   that meeting?
25       A     I don't recall, other than maybe my   12:58:05PM

TSG Reporting - Worldwide   (877) 702-9580

Page 182

GEORGE HESSE

1
2 title issue.
3     Q    Do you know when the meeting was held? 12:58:11PM
4     A    I don't recall.                12:58:13PM
5     Q    What was discussed with respect to    12:58:15PM
6 your title issue?  What did they tell you was
7 discussed?
8         MR. CALLAHAN: Objection to form.      12:58:21PM
9     A    Yeah, I don't -- that there's just a   12:58:23PM
10 problem with the supervisory role that they had
11 put me in.
12    Q    Did they tell you it was out of title 12:58:35PM
13 to have the supervisory role?
14        MR. CALLAHAN: Objection.            12:58:42PM
15        MR. NOVIKOFF: Yeah, I just want to    12:58:44PM
16 caution you, Mr. Hesse, that any
17 conversations that you had with Mr. Gray in
18 his capacity as a village lawyer, I'm taking
19 the position as being confidential and
20 attorney-client privileged.
21        You can question him as to whether or 12:59:00PM
22 not it's appropriate, but --
23        MR. GOODSTADT: I'm not sure -- it may 12:59:06PM
24 be privileged.  I'm not sure about
25 confidential.

TSG Reporting - Worldwide  (877) 702-9580

Page 183

GEORGE HESSE

1
2        MR. NOVIKOFF: Well, then, fine,       12:59:12PM
3 privilege.
4        MR. GOODSTADT: There may be a certain 12:59:14PM
5 attorney-client privilege, which again I'm
6 not sure how appropriate it would be.
7 BY MR. GOODSTADT:                     12:59:17PM
8     Q    But just going back to the question -- 12:59:17PM
9        MR. GOODSTADT: Could you repeat the   12:59:19PM
10 question?
11        (Whereupon, the referred to portion   12:59:21PM
12 was read back by the court reporter:  Did
13 they tell you it was out of title to have
14 the supervisory role?)
15    A    Yes, that's the correct terminology. 12:59:34PM
16    Q    Who told you that?               12:59:37PM
17    A    I believe Joe Loeffler.            12:59:38PM
18    Q    Did he tell you anything else about  12:59:42PM
19 the title problem other than for the fact that
20 your supervisory role was out of title?
21    A    That's all I recall.             12:59:52PM
22    Q    Did he show you the letter that came 12:59:53PM
23 or any letter that came from Civil Service with
24 respect to this issue?
25    A    No.                         12:59:59PM

TSG Reporting - Worldwide  (877) 702-9580

Page 184

GEORGE HESSE

1
2     Q    Do you recall -- you mentioned       12:59:59PM
3 March 27, 2007 this all came out.  Why is that
4 date relevant?
5     A    That's the date that I turned myself  1:00:08PM
6 in to the Suffolk County D.A.'s office for my
7 indictment.
8     Q    When did you learn you were indicted?  1:00:13PM
9     A    I believe within the week preceding   1:00:19PM
10 March 27th I had received a phone call from my
11 attorney.
12    Q    Okay.  And do you believe that the    1:00:26PM
13 issue with respect to the supervisory role being
14 out of title was connected with your indictment?
15        MR. CALLAHAN: Objection to form.     1:00:36PM
16        MR. NOVIKOFF: Objection.  Same.      1:00:37PM
17        MR. CONNOLLY: Same.               1:00:38PM
18    A    Yes.                         1:00:39PM
19        MR. GOODSTADT: Mark that, please.    1:00:41PM
20        (Whereupon, A letter dated January    1:00:42PM
21 2007 was marked as Plaintiff's Exhibit 5 for
22 identification, as of this date.)
23        MR. GOODSTADT: I've placed in front   1:01:22PM
24 of Mr. Hesse what's been marked as Hesse 5.
25 It is a one-page letter from Allison Sanchez

TSG Reporting - Worldwide  (877) 702-9580

Page 185

GEORGE HESSE

1
2 to Joseph Loeffler, Mayor, dated
3 January 4th, 2007.  I don't believe it
4 contains a Bates number.  (Handing.)
5 BY MR. GOODSTADT:                     1:01:42PM
6     Q    Mr. Hesse, have you ever seen the    1:01:43PM
7 letter marked as Hesse 5?
8     A    No.                         1:01:49PM
9     Q    So in January of '07 -- well, strike  1:01:50PM
10 that.
11        Do you recall whether this issue     1:01:53PM
12 reflected in this letter, being that your
13 supervisory capacity is outside of title, being
14 raised with you in January of '07?
15    A    I don't recall.                 1:02:06PM
16    Q    So seeing the fact that this letter   1:02:07PM
17 came in January of '07, does that change your
18 belief that your indictment had something to do
19 with it?
20    A    Well, according to the date, correct. 1:02:17PM
21    Q    Did you ever speak with -- strike    1:02:19PM
22 that.
23        Do you know who Allison Sanchez is?  1:02:22PM
24    A    Yes, I do.                     1:02:24PM
25    Q    Who was that?                  1:02:25PM

TSG Reporting - Worldwide  (877) 702-9580

Page 186

GEORGE HESSE

1
2    A    She was the, I guess, account manager  1:02:25PM
3  in Civil Service that handled Ocean Beach.
4    Q    Did you deal with her regularly with  1:02:31PM
5  respect to Civil Service matters in connection
6  with Ocean Beach?
7        MR. NOVIKOFF:  Objection to form.  1:02:39PM
8        MR. CALLAHAN:  Same.          1:02:41PM
9        MR. CONNOLLY:  Same.          1:02:41PM
10   A    Yes.                        1:02:42PM
11   Q    How frequently did you speak or    1:02:42PM
12  communicate with her starting in 2005 -- strike
13  that -- starting in January 2006, when you
14  received the deputy chief position?
15       MR. CALLAHAN:  Objection to form.  1:02:57PM
16   A    Actually, I was dealing with Allison  1:02:58PM
17  earlier than 2006.
18   Q    Okay.  When did you start dealing with  1:03:03PM
19  Allison Sanchez?
20   A    I believe I started dealing with her    1:03:06PM
21  sometime in 2005.
22   Q    With respect to what?          1:03:11PM
23   A    The hiring and also correction of some  1:03:13PM
24  of the discrepancies with some of the police
25  officers that were working for us.

TSG Reporting - Worldwide   (877) 702-9580

---

Page 187

GEORGE HESSE

1
2    Q    Okay.  And we'll discuss those    1:03:24PM
3  discrepancies going forward.
4        But did you ever discuss this issue in  1:03:28PM
5  this letter, the supervisory capacity being
6  outside of title with Allison Sanchez?
7    A    I don't recall.              1:03:36PM
8    Q    Now, as of January 4, 2007, your title  1:03:38PM
9  within the village or at least the one that you
10  had been appointed to, was it still deputy chief
11  or had you been promoted again at some point
12  after that?
13   A    No.  I think it was just always deputy  1:03:53PM
14  chief.
15   Q    How about today, what's your title?  1:03:57PM
16   A    It's still, I would assume, deputy    1:03:59PM
17  chief.
18   Q    Have you ever been promoted to chief?  1:04:02PM
19   A    Not officially, no.          1:04:04PM
20   Q    Have you ever held yourself out to be  1:04:05PM
21  chief of police?
22   A    Yes.                        1:04:08PM
23   Q    To the public?              1:04:08PM
24   A    Yes.                        1:04:09PM
25   Q    People outside of Ocean Beach?    1:04:10PM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 188

GEORGE HESSE

1
2    A    Yes.                        1:04:12PM
3    Q    To the State of New York, to      1:04:12PM
4  registries?
5    A    Yes.                        1:04:14PM
6    Q    Why would you hold yourself out to the  1:04:19PM
7  State of New York registries as chief of police
8  when that's not your title?
9        MR. CONNOLLY:  Objection to the form.  1:04:25PM
10       You can answer.              1:04:27PM
11   A    The village gave me the designation as  1:04:30PM
12  deputy chief, therefore I'm a chief.
13   Q    There's no difference between deputy  1:04:36PM
14  chief and chief of police?
15       MR. NOVIKOFF:  Objection to form.    1:04:41PM
16       MR. CALLAHAN:  Objection to form also.  1:04:43PM
17       MR. CONNOLLY:  Join.          1:04:44PM
18   A    There is a difference.          1:04:45PM
19   Q    So why would you hold yourself out as  1:04:46PM
20  chief of police if the village designated you as
21  deputy chief?
22   A    There's nobody to be the deputy to, so  1:04:49PM
23  therefore I am the chief.
24   Q    So you appointed yourself chief    1:04:54PM
25  because nobody is the chief; is that correct?

TSG Reporting - Worldwide   (877) 702-9580

---

Page 189

GEORGE HESSE

1
2        MR. NOVIKOFF:  Objection to form.  1:04:58PM
3        MR. CONNOLLY:  Join.          1:05:00PM
4    A    Everybody calls me the chief.      1:05:01PM
5    Q    So just going back to my question    1:05:04PM
6  before.  Have you ever spoken with Allison
7  Sanchez about this issue?
8        MR. CALLAHAN:  Objection to form.    1:05:11PM
9        MR. CONNOLLY:  We're referring to the  1:05:12PM
10  out-of-title issue?
11       MR. GOODSTADT:  Yeah, the out-of-title  1:05:14PM
12  issue that's reflected in Hesse 5.
13   A    I don't recall.              1:05:17PM
14   Q    Have you ever had any communication  1:05:18PM
15  with her about the out-of-title issue?
16       MR. CALLAHAN:  As in 5?          1:05:24PM
17       MR. GOODSTADT:  As in 5, yeah.      1:05:25PM
18   A    With me?  Pertaining to --      1:05:27PM
19   Q    With respect to your supervisory    1:05:29PM
20  capacity being outside of your title?
21   A    I don't recall.              1:05:34PM
22   Q    Do you still have your supervisory    1:05:35PM
23  capacity?
24   A    Yes.                        1:05:38PM
25   Q    So has anything ever been done to    1:05:39PM

TSG Reporting - Worldwide   (877) 702-9580

Page 190

```
 1            GEORGE HESSE
 2   correct the problem that they're raising in
 3   Hesse 5?
 4         MR. CALLAHAN:  Objection to form.    1:05:45PM
 5         MR. NOVIKOFF:  Objection to form.    1:05:47PM
 6         MR. CONNOLLY:  Objection.            1:05:48PM
 7   A   As of right now, no.                  1:05:49PM
 8   Q   Is anything scheduled to happen?      1:05:50PM
 9         MR. CALLAHAN:  Objection to form.    1:05:53PM
10   A   I hope so.                            1:05:54PM
11   Q   What's scheduled to happen?           1:05:55PM
12   A   Next -- what is it?  June 14th is     1:05:56PM
13   the next sergeant's test.
14   Q   Is there a chief's test?              1:06:00PM
15   A   There is.                             1:06:02PM
16   Q   Are you scheduled to take that as     1:06:05PM
17   well?
18   A   That just passed.  No.                1:06:07PM
19   Q   So you're in the chief role -- I just 1:06:12PM
20   want to be clear for the record.  You're in the
21   chief role at Ocean Beach without ever passing
22   the sergeant's test and without ever passing the
23   chief's test, correct?
24         MR. CALLAHAN:  Objection to form.    1:06:24PM
25   A   Yes.                                  1:06:25PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 191

```
 1            GEORGE HESSE
 2   Q   Do you know whether Civil Service has  1:06:26PM
 3   approved the continuation of your supervisory
 4   capacity being outside of title?
 5         MR. CALLAHAN:  Objection to form.    1:06:39PM
 6   A   Unaware.                              1:06:40PM
 7   Q   You don't know one way or the other?  1:06:40PM
 8   A   No.                                   1:06:40PM
 9   Q   Have you ever spoken to anyone in     1:06:41PM
10   Civil Service about that issue?
11   A   No.                                   1:06:45PM
12   Q   Just to be clear.  It's your          1:06:55PM
13   understanding that subsequent to January 2006,
14   when you were designated deputy chief of police,
15   that you haven't been designated in any other
16   title by the board; is that correct?
17   A   My employment status had changed as of 1:07:08PM
18   March 27th, 2007.
19   Q   What did that change to?              1:07:15PM
20   A   I was put on modified duty.           1:07:16PM
21   Q   By who?                               1:07:19PM
22   A   I believe I received a letter from the 1:07:22PM
23   village, the village board, maybe Mayor Loeffler
24   himself.
25   Q   And what did the modified duty change  1:07:31PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 192

```
 1            GEORGE HESSE
 2   with respect to your position at Ocean Beach?
 3   A   Technically nothing.                  1:07:42PM
 4   Q   What do you mean by technically       1:07:45PM
 5   nothing?
 6   A   I was still in charge of the police   1:07:49PM
 7   department.  The only function I did not
 8   regularly do was go on patrol.  I was not to
 9   wear a uniform.  I turned in my weapon.  And I
10   basically have done all the administrative work
11   in the department.
12   Q   Did you ever put on your uniform       1:08:05PM
13   during the time that you were on modified duty?
14   A   Yes.                                  1:08:12PM
15   Q   How many times?                       1:08:13PM
16   A   Twice.                                1:08:15PM
17   Q   How come?                             1:08:15PM
18   A   One was for a graduation ceremony for 1:08:17PM
19   three part-time seasonal police officers I was
20   hiring at the time.
21   Q   Was that Mills, Clemmons and Zois?     1:08:26PM
22   A   No.  It was Mills, Zois and I believe  1:08:31PM
23   Richard Tomanelli.
24   Q   And what was the other time?          1:08:37PM
25   A   The day that I hired or they got sworn 1:08:40PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 193

```
 1            GEORGE HESSE
 2   in, Mills, Clemmons, and Zois was promoted to
 3   full-time.
 4   Q   And other than for those two          1:08:51PM
 5   occasions, did you put your uniform on at all
 6   during the modified duty period?
 7   A   I don't recall if I did for any other 1:08:57PM
 8   reason.
 9   Q   Did your title change during that     1:09:00PM
10   period?
11   A   No.                                   1:09:03PM
12   Q   Did Loeffler take over any of your    1:09:05PM
13   duties?
14   A   No.                                   1:09:10PM
15   Q   Do you still hold yourself out as     1:09:35PM
16   chief of police during the modified duty period?
17   A   Yes.                                  1:09:41PM
18   Q   And the village of Ocean Beach Police 1:09:43PM
19   Department, the letterhead, that identifies you
20   as chief of police?
21   A   No.  It just says police department   1:09:55PM
22   now under my name.
23   Q   Did it ever identify you as chief of  1:09:57PM
24   police?
25   A   Yes.                                  1:10:00PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 194

GEORGE HESSE

1
2    Q    And who created that letterhead?    1:10:00PM
3    A    I did.                        1:10:02PM
4    Q    Did anyone approve it?            1:10:02PM
5    A    No.                         1:10:04PM
6    Q    And you sent letters out on that    1:10:04PM
7    letterhead outside of Ocean Beach?
8    A    Yes.                        1:10:08PM
9    Q    And why is it changed now to police    1:10:09PM
10   department as opposed to chief of police?
11   A    Well, I was advised by Mayor Loeffler    1:10:15PM
12   that maybe I should take that off.
13   Q    Did he tell you why you should take    1:10:19PM
14   that off?
15   A    Because I'm working out of class.    1:10:22PM
16   Q    When did he tell you that?        1:10:27PM
17   A    I don't recall.                 1:10:28PM
18   Q    When did you change the letterhead?    1:10:29PM
19   A    I don't recall.                 1:10:32PM
20   Q    Is there anything that would refresh    1:10:35PM
21   your recollection?  Do you have a date on your
22   computer that you actually changed it?
23   A    No.                         1:10:42PM
24   Q    Did you physically make the change?    1:10:43PM
25   A    Yes.                        1:10:45PM

TSG Reporting - Worldwide   (877) 702-9580

Page 195

GEORGE HESSE

1
2    Q    And what computer did you make the    1:10:46PM
3    change on?
4    A    I don't know.                 1:10:50PM
5    Q    Was it in your office?            1:10:51PM
6    A    Well, it's a shared office.        1:10:53PM
7    Q    But it wasn't a computer at home, it    1:10:55PM
8    was one within the police department?
9    A    Correct.                     1:11:00PM
10   Q    How many computers are in the office?    1:11:01PM
11   A    Three.                       1:11:02PM
12   Q    Do you have one on your desk?        1:11:03PM
13   A    Yes.                        1:11:04PM
14   Q    Where are the other two located?    1:11:05PM
15   A    One is at the front desk and one is on    1:11:07PM
16   the back desk.
17   Q    Do other officers have authority or    1:11:15PM
18   permission to use your computer?
19        MR. NOVIKOFF:  Objection.        1:11:20PM
20   BY MR. GOODSTADT:                1:11:21PM
21   Q    The one that's on your desk?        1:11:21PM
22        MR. NOVIKOFF:  Compound.        1:11:24PM
23   A    Sometimes.                    1:11:24PM
24   Q    Do they have to ask you first?        1:11:25PM
25   A    Yes.                        1:11:27PM

TSG Reporting - Worldwide   (877) 702-9580

Page 196

GEORGE HESSE

1
2    Q    Did you ever search that computer for    1:11:34PM
3    documents that may be relevant to this
4    litigation?
5        MR. NOVIKOFF:  Objection to the form.    1:11:43PM
6        MR. CONNOLLY:  Same objection.    1:11:44PM
7        MR. NOVIKOFF:  Are you asking him to    1:11:46PM
8    form a legal conclusion as to what may be
9    relevant?
10   BY MR. GOODSTADT:                1:11:51PM
11   Q    Did you ever search the computer in    1:11:51PM
12   connection with this case?
13   A    I may have.                   1:11:55PM
14   Q    You don't recall one way or the other?    1:11:57PM
15   A    No.                         1:11:59PM
16   Q    Do you know whether anybody searched    1:11:59PM
17   your computer to see if there were documents
18   that were relevant to this matter?
19   A    No.                         1:12:04PM
20        MR. NOVIKOFF:  Objection.        1:12:05PM
21   A    No.                         1:12:06PM
22   Q    Did anyone ever ask you to search your    1:12:07PM
23   computer?
24        MR. NOVIKOFF:  In connection with this    1:12:10PM
25   lawsuit?

TSG Reporting - Worldwide   (877) 702-9580

Page 197

GEORGE HESSE

1
2        MR. GOODSTADT:  In connection with    1:12:13PM
3    this matter, yeah.
4        MR. NOVIKOFF:  Sure.            1:12:15PM
5    A    No.                         1:12:16PM
6    Q    Did you ever search your E-mail in    1:12:28PM
7    connection with this matter?
8    A    I don't believe so.             1:12:34PM
9    Q    Anyone ever ask you to search your    1:12:34PM
10   E-mail in connection with this matter?
11   A    No.                         1:12:38PM
12        MR. CONNOLLY:  We're talking about his    1:12:39PM
13   work E-mail, correct?
14   BY MR. GOODSTADT:                1:12:41PM
15   Q    Well, what's your work E-mail address?    1:12:42PM
16   A    OBPD@villageofOceanBeach.org.        1:12:47PM
17   Q    How long did you have that E-mail    1:12:53PM
18   address?
19   A    You know, I don't know.  I don't    1:12:56PM
20   recall.
21   Q    Did you have an E-mail address for    1:13:00PM
22   work prior to OBPD@villageofOceanBeach.org?
23   A    I had one that I used, yes.        1:13:10PM
24   Q    What was that E-mail address?        1:13:10PM
25   A    That was OBPD103@aol.com.        1:13:11PM

TSG Reporting - Worldwide   (877) 702-9580

Page 198

GEORGE HESSE

1
2      Q    And when did you have that E-mail    1:13:17PM
3   address?  What was the file period?
4      A    Probably from -- it's possible from    1:13:21PM
5   '95, when I got promoted.  That's was shield
6   number, 103.  Until the present.
7      Q    Oh, so you still use that?    1:13:33PM
8      A    Yes.    1:13:34PM
9      Q    And you use the other one, too,    1:13:34PM
10  OBPD@villageofOceanBeach.org?
11     A    Yes.    1:13:43PM
12     Q    Did you search the OBPD103@aol    1:13:43PM
13  account --
14     A    No.    1:13:45PM
15     Q    -- in connection with this case?    1:13:45PM
16     A    No.    1:13:47PM
17     Q    Did you search the    1:13:47PM
18  OBPD@villageofOceanBeach.org E-mail in
19  connection with this matter?
20     A    I don't believe so.    1:13:52PM
21     Q    Do you know if anyone did?    1:13:52PM
22     A    No, I don't know.    1:13:54PM
23     Q    Do you use either of those    1:13:56PM
24  passwords from a home computer -- strike that.
25         Do you use either of those E-mail    1:14:00PM

TSG Reporting - Worldwide   (877) 702-9580

Page 199

GEORGE HESSE

1
2   addresses from a home computer?
3      A    Just the OBPD103.  It's a personal    1:14:02PM
4   account.
5      Q    Did you ever use any other personal    1:14:11PM
6   E-mail addresses?
7      A    Sure.    1:14:15PM
8      Q    Which ones?    1:14:15PM
9      A    I have one that it's    1:14:17PM
10  BeachCop03@aol.com.
11     Q    Any others?    1:14:28PM
12     A    I have BeachCop03@yahoo.com.    1:14:30PM
13     Q    Any others?    1:14:40PM
14     A    Yeah.  I had something for an    1:14:42PM
15  investigation.  It's ILUVFI159@yahoo.com.
16     Q    Does that stand for I love Fire    1:15:03PM
17  Island?
18     A    Yes.    1:15:07PM
19     Q    And what is the 159?    1:15:08PM
20     A    I don't know.  I just made up a    1:15:09PM
21  number.
22     Q    Does anyone have a shield 159 at Ocean  1:15:11PM
23  Beach?
24     A    No.    1:15:15PM
25     Q    Any other E-mail addresses that you've  1:15:15PM

TSG Reporting - Worldwide   (877) 702-9580

Page 200

GEORGE HESSE

1
2   used in the last 10 years, personal E-mail
3   addresses?
4      A    I don't recall.    1:15:21PM
5      Q    Did you search the BeachCop03@aol    1:15:21PM
6   E-mail address in connection with this case?
7      A    No.    1:15:28PM
8      Q    Did you search the    1:15:28PM
9   BeachCop03@yahoo.com in connection with this
10  matter?
11     A    No.    1:15:34PM
12     Q    Did you search the ILUVFI159@yahoo.com  1:15:34PM
13  E-mail address in connection with this matter?
14     A    No.    1:15:43PM
15     Q    Did anyone ask you to search those    1:15:43PM
16  three E-mail accounts?
17     A    No.    1:15:47PM
18         MR. GOODSTADT:  It's a good time to    1:16:01PM
19  take a break.
20         THE VIDEOGRAPHER:  That is the end of  1:16:04PM
21  Tape No. 2.  The time is now 1:16 p.m.
22         We are now off the record.    1:16:08PM
23         (Whereupon, a discussion was held off  1:16:09PM
24  the record.)
25         THE VIDEOGRAPHER:  This is the start    2:04:42PM

TSG Reporting - Worldwide   (877) 702-9580

Page 201

GEORGE HESSE

1
2   ever Tape No. 3.
3         The time is now 2:06 p.m.  We are now  2:05:50PM
4   back on the record.
5   BY MR. GOODSTADT:    2:05:54PM
6      Q    Mr. Hesse, prior to us breaking for    2:05:55PM
7   lunch, we discussed a Sergeant Betenhause.
8         Do you remember that?    2:06:02PM
9      A    Betenhauser, yes.    2:06:04PM
10     Q    Betenhauser.    2:06:05PM
11         And you indicated that he passed the    2:06:05PM
12  sergeant's test; is that correct?
13     A    Yes.    2:06:10PM
14     Q    Did he pass the Suffolk County    2:06:10PM
15  sergeant's test or New York City sergeant's
16  test?
17         MR. NOVIKOFF:  Objection.    2:06:16PM
18     A    New York City.    2:06:16PM
19     Q    Do you know whether that satisfies the  2:06:17PM
20  requirement to pass the test to be a sergeant in
21  Suffolk County?
22         MR. CALLAHAN:  Objection to form.    2:06:21PM
23         MR. NOVIKOFF:  Objection.    2:06:22PM
24     A    I don't know.    2:06:23PM
25     Q    So you don't know one way or the    2:06:24PM

TSG Reporting - Worldwide   (877) 702-9580

Page 202

GEORGE HESSE

2  other?
3    A   No.                           2:06:26PM
4    Q   I believe you testified that your    2:06:34PM
5  wife's name is Sharon, did you say?
6    A   Shannon.                      2:06:38PM
7    Q   I apologize for that. Shannon.    2:06:38PM
8       How long have you been married?    2:06:40PM
9    A   A little over 13 years.      2:06:41PM
10   Q   Is she your first wife?      2:06:45PM
11   A   Yes.                         2:06:46PM
12   Q   Have you ever cheated on her?    2:06:49PM
13      MR. CONNOLLY:  Objection.      2:06:52PM
14      MR. NOVIKOFF:  Whoa.  Whoa.    2:06:53PM
15      MR. GOODSTADT:  It's part of the    2:06:56PM
16  allegations in the case.  You know it is.
17      MR. NOVIKOFF:  Well, just because you  2:06:58PM
18  allege it in the case doesn't make it
19  relevant.  But he's not my witness, so I
20  can't tell him not to answer or not.
21      MR. CONNOLLY:  Objection.  Do you want  2:07:05PM
22  to -- objection.
23      MR. GOODSTADT:  You can mark it as    2:07:08PM
24  confidential, you can do what you want, but
25  it's certainly relevant.

TSG Reporting - Worldwide   (877) 702-9580

---

Page 203

GEORGE HESSE

2       MR. NOVIKOFF:  Well, like I said, it's  2:07:14PM
3  not my witness.  I can't say anything.
4       MR. CONNOLLY:  In terms of the    2:07:18PM
5  complaint?
6       MR. GOODSTADT:  In terms of the    2:07:21PM
7  complaint.
8       MR. CONNOLLY:  On duty?         2:07:22PM
9       MR. GOODSTADT:  There are several    2:07:25PM
10  allegations with respect to that, yes.
11      MR. CONNOLLY:  As to -- why don't you  2:07:29PM
12  ask him the allegation, you know, as
13  contained in the complaint.
14      MR. GOODSTADT:  Well, because I'm    2:07:38PM
15  going to work my way to that.  As
16  Mr. Novikoff likes to do, set a foundation.
17  Then I'll have an objection on foundation
18  grounds now.
19      MR. NOVIKOFF:  Well, you could ask    2:07:51PM
20  him -- well, first of all, I'm staying out
21  of this.
22       You're not my witness.  I would never  2:07:55PM
23  let you answer it, but it's not for me to
24  make that decision.
25      MR. CONNOLLY:  Why don't we do it this  2:08:03PM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 204

GEORGE HESSE

2  way.  I'm going to object.  It's something
3  we can bring up to the judge when we bring
4  up other items.  Why don't we continue.
5  He's coming back.  You'll have an
6  opportunity.
7       MR. NOVIKOFF:  And we do have an    2:08:17PM
8  appearance now on June 11th.
9       MR. GOODSTADT:  Right.  I saw that.  I  2:08:21PM
10  saw that.
11       So you're instructing him not to    2:08:23PM
12  answer pending a --
13      MR. CONNOLLY:  Guidance from the    2:08:26PM
14  court.
15      MR. GOODSTADT:  Guidance from the    2:08:28PM
16  court?
17      MR. CONNOLLY:  I mean, we do have a    2:08:29PM
18  lot of get through here.
19      MR. GOODSTADT:  I understand.  I    2:08:38PM
20  certainly understand that.  I'm just trying
21  to figure out if we want to get on the phone
22  with the court right now.  I think it's
23  relevant to this whole next line of
24  questioning.
25      MR. CONNOLLY:  And again, this next    2:08:47PM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 205

GEORGE HESSE

2  line of questioning, I'm sure, is a portion
3  of a much further line of questioning that
4  we could segregate and address at a later
5  time if need be.
6       MR. GOODSTADT:  Let me just ask him    2:09:01PM
7  questions, and then we'll figure out if I
8  need to get back to that question.
9       MR. NOVIKOFF:  Okay.  Okay.      2:09:06PM
10  BY MR. GOODSTADT:                   2:09:13PM
11   Q   Mr. Hesse, have you ever posted on any  2:09:14PM
12  social networking sites?
13   A   Yes.                          2:09:19PM
14   Q   Okay.  Which ones?            2:09:20PM
15   A   Adult Friend Finder.  Ashley    2:09:23PM
16  Madison.com.  And I don't recall, there may have
17  been others.  You know what, there is one more.
18  Loveinuniform.com.
19   Q   L-O-V-E-I-N-U-N-I-F-O-R-M?      2:09:53PM
20   A   Spell it again.               2:09:59PM
21   Q   L-O-V-E-I-N-U-N-I-F-O-R-M.com?    2:10:00PM
22   A   That sounds right.            2:10:06PM
23   Q   Any others?                   2:10:07PM
24      MR. CONNOLLY:  Just note my continuing  2:10:08PM
25  objection to this line of questioning.

TSG Reporting - Worldwide   (877) 702-9580

Page 206

| | GEORGE HESSE | |
|---|---|---|
| 1 | | |
| 2 | MR. GOODSTADT:  Sure. | 2:10:11PM |
| 3 | A   Not that I recall.  I don't know. | 2:10:11PM |
| 4 | Q   Did you post on a site called -- I | 2:10:13PM |
| 5 | don't know how to pronounce it.  It's spelled | |
| 6 | M-I-G-E-N-T-E.com? | |
| 7 | A   What is it? | 2:10:20PM |
| 8 | Q   Migente, M-I-G-E-N-T-E.com? | 2:10:23PM |
| 9 | A   Yes, actually I did for a short period | 2:10:26PM |
| 10 | of time. | |
| 11 | Q   How about on a website called | 2:10:31PM |
| 12 | Fubar.com, F-U-B-A-R? | |
| 13 | A   Yes. | 2:10:36PM |
| 14 | Q   How about on any Yahoo age-restricted | 2:10:39PM |
| 15 | groups? | |
| 16 | MR. CONNOLLY:  Objection. | 2:10:47PM |
| 17 | MR. NOVIKOFF:  Yeah, I don't know what | 2:10:48PM |
| 18 | that means. | |
| 19 | BY MR. GOODSTADT: | 2:10:50PM |
| 20 | Q   A Solena_party Yahoo group, do you | 2:10:50PM |
| 21 | recall posting on that?  S-O-L-E-N-A_party. | |
| 22 | A   It's not a post.  It's a group. | 2:11:03PM |
| 23 | Q   Have you ever posted on that site? | 2:11:05PM |
| 24 | A   No. | 2:11:07PM |
| 25 | Q   Sure about that? | 2:11:08PM |

TSG Reporting - Worldwide   (877) 702-9580

Page 207

| | GEORGE HESSE | |
|---|---|---|
| 1 | | |
| 2 | A   I never posted anything that I recall | 2:11:11PM |
| 3 | other than joining the group. | |
| 4 | Q   You don't recall posting any messages | 2:11:18PM |
| 5 | on that site? | |
| 6 | A   I don't recall. | 2:11:21PM |
| 7 | Q   Okay.  How about any AOL social groups | 2:11:21PM |
| 8 | or networking groups? | |
| 9 | A   I don't know if AOL has any social | 2:11:30PM |
| 10 | networking groups.  It's a -- it's just a user | |
| 11 | site.  They have chat rooms and stuff like that. | |
| 12 | Q   What was the user name you used on | 2:11:40PM |
| 13 | Adult Friend Finder? | |
| 14 | A   You know, I don't recall. | 2:11:45PM |
| 15 | Q   What E-mail address did you use? | 2:11:48PM |
| 16 | A   BeachCop03. | 2:11:51PM |
| 17 | MR. NOVIKOFF:  BeachCop what? | 2:11:55PM |
| 18 | THE WITNESS:  BeachCop03. | 2:11:57PM |
| 19 | BY MR. GOODSTADT: | 2:11:59PM |
| 20 | Q   @aol.com? | 2:11:59PM |
| 21 | A   Yes. | 2:12:01PM |
| 22 | Q   What name did you use on | 2:12:02PM |
| 23 | AshleySabrina.com? | |
| 24 | A   It wasn't Ashley Sabrina. | 2:12:09PM |
| 25 | Q   Oh, it wasn't?  Ashley Madison.  I | 2:12:12PM |

TSG Reporting - Worldwide   (877) 702-9580

Page 208

| | GEORGE HESSE | |
|---|---|---|
| 1 | | |
| 2 | apologize for that. | |
| 3 | What user name did you use on that? | 2:12:19PM |
| 4 | A   It might be Copper103. | 2:12:24PM |
| 5 | Q   C-O-P-P-E-R 103? | 2:12:28PM |
| 6 | A   Yes. | 2:12:30PM |
| 7 | Q   And what E-mail address did you use? | 2:12:31PM |
| 8 | A   BeachCop103. | 2:12:33PM |
| 9 | Q   What user name did you use on | 2:12:36PM |
| 10 | loveinuniform.com? | |
| 11 | A   That is, I believe BeachCopp with two | 2:12:43PM |
| 12 | Ps at the end. | |
| 13 | Q   What E-mail address did you use? | 2:12:48PM |
| 14 | A   BeachCop03@aol.com. | 2:12:50PM |
| 15 | MR. CONNOLLY:  Andrew, I'm going to | 2:12:58PM |
| 16 | cut this off at this point. | |
| 17 | MR. GOODSTADT:  How come? | 2:13:01PM |
| 18 | MR. CONNOLLY:  Where are you going | 2:13:03PM |
| 19 | with it?  There are allegations contained in | |
| 20 | the complaint regarding chauffeuring my | |
| 21 | client around. | |
| 22 | MR. GOODSTADT:  Yeah, to different | 2:13:12PM |
| 23 | sexual escapades, right.  I'm setting a | |
| 24 | foundation that he's engaged in sexual | |
| 25 | escapades.  It certainly leads a lot of | |

TSG Reporting - Worldwide   (877) 702-9580

Page 209

| | GEORGE HESSE | |
|---|---|---|
| 1 | | |
| 2 | credibility toward the allegations, correct? | |
| 3 | You have to -- | |
| 4 | MR. CONNOLLY:  Why don't you ask him | 2:13:28PM |
| 5 | questions limited to the complaint; and if | |
| 6 | you need to, we'll bring this before the | |
| 7 | court. | |
| 8 | MR. GOODSTADT:  Well, let me just go | 2:13:36PM |
| 9 | back. | |
| 10 | MR. NOVIKOFF:  My only comment would | 2:13:39PM |
| 11 | be that to the extent it's even relevant, | |
| 12 | it's certainly not relevant after the date | |
| 13 | that these officers were either not rehired | |
| 14 | or fired, however we term that date to be. | |
| 15 | But like I said, that's my only comment. | |
| 16 | BY MR. GOODSTADT: | 2:13:56PM |
| 17 | Q   Well, did you ever post on any of | 2:13:57PM |
| 18 | these social network sites from the police | |
| 19 | station computers? | |
| 20 | A   I've checked E-mails. | 2:14:03PM |
| 21 | Q   Did you ever post any pictures of | 2:14:07PM |
| 22 | yourself on these sites? | |
| 23 | A   Yes. | 2:14:10PM |
| 24 | Q   In uniform? | 2:14:10PM |
| 25 | A   Yes. | 2:14:11PM |

TSG Reporting - Worldwide   (877) 702-9580

Page 210

GEORGE HESSE

1
2    Q    In the Ocean Beach police uniform?    2:14:11PM
3    A    Yes.                                  2:14:13PM
4    Q    Did you notify anybody in the beach   2:14:20PM
5    that you were posting pictures of yourself on
6    these social websites in uniform?
7          MR. NOVIKOFF:  Note my objection to  2:14:27PM
8    that question.
9          MR. CONNOLLY:  Objection also.       2:14:28PM
10    A    Did I -- I don't understand the       2:14:31PM
11    question.
12    Q    Did you notify anyone at the beach,   2:14:32PM
13    the mayor, the board, Chief Paradiso when he was
14    there?
15    A    No.                                   2:14:38PM
16    Q    Do you know if there are any rules    2:14:41PM
17    regarding pictures of yourself in a uniform
18    anywhere or posing in a uniform for anything?
19    A    Are there rules?                      2:14:52PM
20    Q    Are there any rules?                  2:14:54PM
21    A    Not that I'm aware of.                2:14:55PM
22    Q    Did you ever send or respond to any   2:14:57PM
23    E-mails that you checked from the Ocean Beach
24    police computer?
25    A    Yes.                                  2:15:23PM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 211

GEORGE HESSE

1
2    Q    How many times?                       2:15:24PM
3    A    Oh, I don't know.                      2:15:26PM
4    Q    What years?                           2:15:26PM
5    A    I don't know.                          2:15:28PM
6    Q    Do you know when it started that you  2:15:29PM
7    first started checking E-mails at the police
8    station on any of these social network websites?
9    A    When it started, no.                  2:15:36PM
10    Q    You don't recall what year?           2:15:38PM
11    A    No.                                    2:15:40PM
12    Q    Do you still check E-mails from any of 2:15:42PM
13    these websites?
14    A    Yes.                                   2:15:45PM
15    Q    Which ones?                           2:15:45PM
16    A    Ashley Madison and the loveinuniform  2:15:48PM
17    and Fubar.
18          MR. CONNOLLY:  Objection to any      2:16:01PM
19    questioning since April 2nd, 2006 in this
20    regard.
21          MR. GOODSTADT:  The objection, I don't 2:16:08PM
22    think it's a -- relevance is not a basis to
23    instruct the witness not to answer, you
24    know.  We're more than willing to have your
25    objection on the record.  We can bring it up

TSG Reporting - Worldwide   (877) 702-9580

---

Page 212

GEORGE HESSE

1
2    to the court when we raise all these other
3    issues.
4          MR. CONNOLLY:  It will be brought up  2:16:24PM
5    to the court.
6          MR. GOODSTADT:  Right.  Okay.         2:16:26PM
7    Now I'll suspended the questioning on          2:16:53PM
8    this.  I just want to ask him what E-mail
9    addresses he used, and then I'll suspend
10    other questions on this pending our
11    discussion with the court.  I just want on
12    the record what E-mail address were used, if
13    that's all right with you.
14          MR. CONNOLLY:  Why don't we just refer 2:17:09PM
15    the questions to the court and move on.
16    We're coming back on the 16th.  It's not
17    your only shot at the apple.
18          MR. GOODSTADT:  I know.  Why don't you 2:17:27PM
19    just give me a minute off the record just to
20    think about it and see how it plays into the
21    next set of questions.
22          THE VIDEOGRAPHER:  The time is        2:17:39PM
23    2:17 p.m.  We are now off the record.
24          (Whereupon, a discussion was held off 2:17:43PM
25    the record.)

TSG Reporting - Worldwide   (877) 702-9580

---

Page 213

GEORGE HESSE

1
2          THE VIDEOGRAPHER:  The time is now    2:28:13PM
3    2:28 p.m.  We are now back on the record.
4          MR. GOODSTADT:  Okay.  Before we took 2:28:18PM
5    that break, Mr. Connolly and I conferred off
6    the record and decided that on this subject
7    I was going to ask just a limited number of
8    questions that we've agreed to, and it's
9    going to be certain topics that will be
10    subject to further discussion with the
11    court.
12    Is that acceptable, Mr. Connolly?           2:28:36PM
13          MR. CONNOLLY:  That's acceptable.    2:28:38PM
14    BY MR. GOODSTADT:                           2:28:39PM
15    Q    Now, Mr. Hesse, have you ever met any 2:28:39PM
16    of the people that you've posted with or
17    E-mailed with on any social network site in
18    person?
19    A    Yes.                                   2:28:51PM
20          MR. NOVIKOFF:  Objection.            2:28:52PM
21          MR. CONNOLLY:  Continuing objection.  2:28:53PM
22    BY MR. GOODSTADT:                           2:28:54PM
23    Q    And did you ever meet with any of     2:28:55PM
24    those people that you've E-mailed with or posted
25    with on these social network sites on Fire

TSG Reporting - Worldwide   (877) 702-9580

Page 214

GEORGE HESSE

1
2    Island?
3    A    No.                              2:29:06PM
4    Q    So it was off of Fire Island?      2:29:14PM
5    A    Yes.                            2:29:16PM
6         MR. NOVIKOFF: Objection.       2:29:17PM
7         MR. CONNOLLY: Objection.       2:29:18PM
8         MR. NOVIKOFF: If it's not on.    2:29:20PM
9         MR. GOODSTADT: I just want to make   2:29:21PM
10   sure.
11   BY MR. GOODSTADT:                    2:29:24PM
12   Q    And the pictures that you posted on   2:29:27PM
13   these sites, did you ever post them from the
14   police station computer? I just want to know
15   physically where you uploaded them from.
16        MR. CONNOLLY: Objection.        2:29:37PM
17   A    I may have.                     2:29:39PM
18   Q    Okay.                          2:29:40PM
19        MR. GOODSTADT: And again, the rest of   2:29:43PM
20   the questions will just be subject to motion
21   or discussion with the court.
22   BY MR. GOODSTADT:                    2:29:52PM
23   Q    Have you ever posted on Facebook?   2:29:53PM
24   A    Yes. Yes.                       2:29:55PM
25   Q    Did you ever change any of your    2:29:55PM

TSG Reporting - Worldwide   (877) 702-9580

Page 215

GEORGE HESSE

1
2    privacy settings in Facebook in your posting?
3    A    Yes.                           2:30:00PM
4    Q    What did you change your privacy    2:30:00PM
5    settings to?
6    A    From public to private.         2:30:03PM
7    Q    And did you ever post on My Space?   2:30:14PM
8    A    Yes.                           2:30:16PM
9    Q    Did you ever change your privacy    2:30:17PM
10   settings on myspace.com?
11   A    I don't know if they had a way that   2:30:23PM
12   you can do that. I'm not sure.
13   Q    What did you do, if anything, to    2:30:42PM
14   prepare for today's deposition?
15   A    I met with my attorney on Monday and   2:30:47PM
16   Tuesday.
17   Q    When you say your attorney, who are   2:30:50PM
18   you referring to?
19   A    Mr. Connolly.                   2:30:57PM
20   Q    And where did you meet with him?    2:30:58PM
21   A    In Westchester, at his office.    2:31:00PM
22   Q    Who was present at the meeting?    2:31:03PM
23   A    Just he and I.                  2:31:05PM
24   Q    How long did you meet with him?    2:31:08PM
25   Without telling me anything that you said to him

TSG Reporting - Worldwide   (877) 702-9580

Page 216

GEORGE HESSE

1
2    or he said to you, how long did you meet with
3    him on each of those days?
4         MR. CONNOLLY: Exclusive of lunch,    2:31:17PM
5    breaks?
6         MR. GOODSTADT: Yeah. Just meeting    2:31:21PM
7    time. Either inclusive or exclusive.
8    A    On Monday, I arrived at 9:30, and at   2:31:26PM
9    some point we took lunch, and I believe I left
10   somewhere around 5:00.
11   Q    How about Tuesday?             2:31:36PM
12   A    Tuesday I arrived at 9:30, and I    2:31:37PM
13   believe I left at 4:00.
14   Q    Were you on the clock at the beach at   2:31:48PM
15   the time?
16   A    Yes.                           2:31:50PM
17   Q    So you got paid for that -- those two   2:31:51PM
18   days?
19   A    Yes.                           2:31:53PM
20   Q    Are you on the clock today for the    2:31:54PM
21   beach?
22   A    Yes.                           2:31:56PM
23   Q    So you're getting paid for today as    2:31:56PM
24   well?
25   A    Yes.                           2:31:58PM

TSG Reporting - Worldwide   (877) 702-9580

Page 217

GEORGE HESSE

1
2    Q    And again, don't tell me anything that   2:32:04PM
3    you said to your attorney or your attorney said
4    to you. But did you review any documents in
5    preparation for today's deposition?
6    A    Yes.                           2:32:13PM
7    Q    Did any of those documents refresh    2:32:14PM
8    your recollection as to any of the facts or
9    events that happened or that are alleged to have
10   happened in this case?
11   A    No.                            2:32:27PM
12   Q    Did you speak with -- well, strike    2:32:36PM
13   that.
14        Have you ever -- other than for today,   2:32:39PM
15   sitting in this room, have you ever spoken to
16   any lawyers from Rivkin Radler in connection
17   with this matter?
18        MR. NOVIKOFF: Objection. Asked and   2:32:48PM
19   answered.
20   A    No.                            2:32:49PM
21   Q    Did you speak with anybody -- any    2:32:52PM
22   current or former Ocean Beach employees in
23   preparation for today's deposition?
24   A    No.                            2:33:00PM
25   Q    Did you tell anybody at the beach that   2:33:03PM

TSG Reporting - Worldwide   (877) 702-9580

Page 218

GEORGE HESSE

```
1            GEORGE HESSE
2   you were coming today for the deposition?
3       A   Yes.                      2:33:06PM
4       Q   Who did you tell?         2:33:07PM
5       A   Ty Bacon, John -- Pat Cherry, Pat    2:33:10PM
6   Cherry, Jr., Joe Dediminico, Billy Bambrick,
7   Hank Clemmons, Michael Mills, John Zois.  It's
8   possible a few other.
9       Q   Did you tell Joe Loeffler?    2:33:43PM
10      A   I told him I was scheduled for today,  2:33:47PM
11  yes.
12      Q   Did you discuss anything else with him  2:33:55PM
13  about this case in that conversation --
14      A   No.                        2:33:59PM
15      Q   -- other than the fact that you were   2:33:59PM
16  scheduled to come for a deposition?
17      A   No.                        2:34:03PM
18      Q   How did you tell the other people,   2:34:04PM
19  Bacon, Cherry, Cherry junior, Dediminico, et
20  cetera?  Did you tell them verbally or did you
21  send out an E-mail or a letter or memo or some
22  other way?
23      A   Verbal.                    2:34:16PM
24      Q   Did you tell them all together or    2:34:16PM
25  separately?
```

TSG Reporting - Worldwide   (877) 702-9580

Page 219

GEORGE HESSE

```
1            GEORGE HESSE
2       A   Separately.                2:34:19PM
3       Q   What did Bacon say when you told him   2:34:20PM
4   you were coming in for the deposition?
5       A   Good luck.                 2:34:25PM
6       Q   Did you discuss the substance of the   2:34:26PM
7   claims at all with Bacon?
8       A   No.                        2:34:29PM
9       Q   Did you ever discuss with Bacon    2:34:29PM
10  anything about his deposition that was taken in
11  this case?
12      A   Just the fact that he had come and was  2:34:=
    34PM
13  deposed.
14      Q   Do you recall what he said about that?  2:34:37PM
15      A   No.                        2:34:41PM
16      Q   So you don't recall anything   2:34:46PM
17  substantive about what he said other than for
18  the fact that he was deposed?
19      A   No substance.              2:34:52PM
20      Q   Did you ever review his transcript or   2:34:53PM
21  any excerpts of his transcript from this
22  deposition?
23      A   No.                        2:34:59PM
24      Q   And when you told Pat Cherry that you  2:34:59PM
25  were coming in today, what did he say in that
```

TSG Reporting - Worldwide   (877) 702-9580

Page 220

GEORGE HESSE

```
1            GEORGE HESSE
2   conversation?
3       A   Good luck.                 2:35:04PM
4       Q   Anything else?             2:35:05PM
5       A   No.                        2:35:06PM
6       Q   Did you discuss the substance of the   2:35:06PM
7   claims or allegations in this case with Pat?
8       A   No.                        2:35:11PM
9       Q   Did you ever discuss with Pat Cherry   2:35:11PM
10  anything about his deposition that was taken in
11  this case?
12      A   No.                        2:35:17PM
13      Q   Did he tell you that he was coming for  2:35:19PM
14  a deposition?
15      A   Yes.                       2:35:21PM
16      Q   Did you speak to him after his   2:35:22PM
17  deposition?
18      A   Yes.                       2:35:24PM
19      Q   About the deposition?          2:35:24PM
20      A   Yes.                       2:35:25PM
21      Q   And what did he say about it?    2:35:25PM
22      A   He said it went all right.     2:35:27PM
23      Q   Anything else?             2:35:29PM
24      A   No.                        2:35:29PM
25      Q   Did you discuss the substance at all,   2:35:30PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 221

GEORGE HESSE

```
1            GEORGE HESSE
2   any of the questions that were asked?
3       A   No.                        2:35:34PM
4       Q   Did you ever review his transcript or   2:35:35PM
5   any excerpts from his transcript from the
6   deposition in this case?
7       A   Yes.                       2:35:41PM
8       Q   When did you do that?          2:35:42PM
9       A   I don't know the exact date, but I had  2:35:44PM
10  requested since I wasn't going to be present for
11  the depositions, if Mr. Connolly could send me a
12  copy so I could just look at them.
13      Q   Of just Cherry's or everybody's?   2:35:55PM
14      A   Of everybody's.            2:35:58PM
15      Q   So you reviewed everybody's deposition  2:35:59PM
16  transcripts in this case?
17      A   No.                        2:36:02PM
18      Q   Which ones have you reviewed?    2:36:03PM
19      A   I have read Mr. Snyder's.  I've read   2:36:04PM
20  Kevin Lamm's.  I read Joe Nofi's.  I read Eddie
21  Carter's.  I read Maryann Minerva's.  I read I
22  think the first half of Natalie Rogers.  That
23  may be it.
24      Q   Did you read Joe Loeffler's?   2:36:41PM
25      A   No.                        2:36:44PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 222

```
1                GEORGE HESSE
2      Q    Did you read Allison Sanchez?     2:36:44PM
3      A    No.                    2:36:46PM
4      Q    Did you speak with Minerva about her  2:36:47PM
5  deposition?
6          MR. NOVIKOFF: Before or after?    2:36:51PM
7          MR. GOODSTADT: Either.           2:36:52PM
8          MR. NOVIKOFF: Okay.              2:36:54PM
9          MR. GOODSTADT: I'm trying to truncate 2:36:55PM
10  some of the questions.
11     A    Yes.                   2:36:57PM
12     Q    Before or after?          2:36:58PM
13     A    Before and after.          2:36:59PM
14     Q    What did you discuss with her before 2:36:59PM
15  her deposition?
16     A    Just the fact that she was coming.  2:37:02PM
17     Q    Have you ever discussed -- before her 2:37:04PM
18  deposition, did you ever discuss the substance
19  of any of the allegations made in the complaint?
20     A    Just like I said previous, that it was 2:37:11PM
21  baseless.
22     Q    But nothing specific about any of the 2:37:13PM
23  specific allegations?
24     A    Nothing specific, no.       2:37:17PM
25     Q    Okay.  And did you speak with her   2:37:18PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 223

```
1                GEORGE HESSE
2  after the deposition --
3      A    Yes.                   2:37:23PM
4      Q    -- as well?               2:37:23PM
5          And when did you speak with her after 2:37:24PM
6  her deposition?
7      A    Maybe a day or two after.    2:37:27PM
8      Q    And what did she say in that   2:37:29PM
9  conversation?
10     A    Other than she had to go to the city,  2:37:34PM
11  she had a headache and that she felt slightly
12  intimidated by Mr. Fiorillo, that was it.
13     Q    Did she tell you anything      2:37:45PM
14  substantively about her deposition?
15     A    No.                    2:37:48PM
16     Q    How about Natalie Rogers, did you ever 2:37:52PM
17  speak to her about her deposition?
18     A    No.                    2:37:57PM
19     Q    Did you ever speak with Joe Loeffler  2:37:59PM
20  about his deposition?
21     A    No, other than the fact that he came  2:38:03PM
22  and took -- and gave his deposition.
23     Q    You didn't speak anything       2:38:07PM
24  substantive -- you didn't speak anything with
25  him about the substance of his deposition?
```
TSG Reporting - Worldwide   (877) 702-9580

Page 224

```
1                GEORGE HESSE
2      A    No.                    2:38:13PM
3      Q    Did you speak with -- strike that.  2:38:15PM
4          Did you read the transcript of Gary  2:38:18PM
5  Bosetti's deposition?
6      A    No.  How about Richard Bosetti's  2:38:21PM
7  deposition?
8      A    No.  I haven't received them.    2:38:24PM
9      Q    Have you spoken with either of them   2:38:25PM
10  about their depositions?
11     A    Just Gary, as far as him just coming   2:38:28PM
12  to give his deposition.  And Richie also.  I'm
13  sorry, yes.
14     Q    Before they took their depositions or  2:38:36PM
15  after?
16     A    I believe they -- Gary had called me  2:38:38PM
17  just to advise me that he was coming in and Gary
18  himself called me again to tell me that Richie
19  was going in, and then he called me to tell me
20  that either he was done or his brother was done.
21     Q    Did he tell you anything substantively 2:38:53PM
22  about their depositions?
23     A    No.                    2:38:57PM
24     Q    Did you see the Bosettis in the   2:38:57PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 225

```
1                GEORGE HESSE
2  hospital after Rich Bosetti was in a motorcycle
3  accident?
4      A    Yes, I did.               2:39:04PM
5      Q    Did you discuss anything at all about 2:39:05PM
6  this case with them at that time?
7      A    No.                    2:39:09PM
8      Q    Did you discuss anything about their  2:39:10PM
9  depositions with them at that time?
10     A    No.                    2:39:12PM
11     Q    Did you ever read Allison Sanchez's  2:39:16PM
12  transcript?
13     A    I don't believe I received hers   2:39:21PM
14  either.
15     Q    Have you spoken with Ms. Sanchez at   2:39:22PM
16  all about her deposition?
17     A    Very briefly, yes.           2:39:26PM
18     Q    When did you speak to her?     2:39:27PM
19     A    I ran into her in Riverhead court one  2:39:29PM
20  day.  I don't remember the specific day.  And
21  she just said that he had come to the
22  deposition, and that was it.  I introduced her
23  to my wife, and we just chatted for a little
24  bit.
25     Q    Did you tell her -- strike that.  2:39:43PM
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 226

GEORGE HESSE

1
2          Did she tell you anything substantive  2:39:45PM
3   about her deposition?
4      A   The only thing that she did mention   2:39:48PM
5   was the part about sexual relations between me
6   and her, and she said she threw up in her mouth
7   and she laughed.
8      MR. NOVIKOFF:  She actually did throw  2:39:58PM
9   up.
10     A   She thought it was a joke.          2:40:01PM
11     Q   Did she say anything else about her   2:40:05PM
12  deposition?
13     A   No.  Our conversation was actually   2:40:08PM
14  pretty brief.  She had a -- she's a parole
15  officer now.  So she had to move on and do her
16  job, I guess.  I don't know.
17     Q   After you received the complaint in  2:40:20PM
18  this case, did you ever discuss the substantive
19  allegations with Allison Sanchez?
20     A   I believe that we did discuss the    2:40:27PM
21  allegation of us having a sexual relationship.
22  That would be it.
23     Q   When did you have that discussion?   2:40:33PM
24     A   I don't recall.                      2:40:34PM
25     Q   What was the substance of that       2:40:39PM

TSG Reporting - Worldwide   (877) 702-9580

## Page 227

GEORGE HESSE

1
2   discussion?
3      A   How funny it was that somebody would  2:40:42PM
4   make an allegation like that.
5      Q   Anything else that you discussed about  2:40:49PM
6   that allegation?
7      A   Yeah.  She said that she couldn't    2:40:56PM
8   believe that the allegation was made by these
9   individuals, especially since they were in her
10  office and they saw pictures of her partner on
11  the wall, that these guys must not be very good
12  investigators.
13     Q   What do you mean by that, saw pictures  2:41:12PM
14  of her on the wall?
15     MR. NOVIKOFF:  What does he mean by   2:41:18PM
16  that?
17  BY MR. GOODSTADT:                            2:41:20PM
18     Q   Do you know what she meant by that?  2:41:20PM
19     MR. CALLAHAN:  Objection to form.      2:41:23PM
20     A   By the fact that they were in her    2:41:24PM
21  office and she had pictures of her partner all
22  over the place.
23     Q   And how did she reach the conclusion,  2:41:31PM
24  if you know, that they weren't very good
25  investigators?

TSG Reporting - Worldwide   (877) 702-9580

## Page 228

GEORGE HESSE

1
2      MR. CALLAHAN:  Objection to form.      2:41:42PM
3      MR. NOVIKOFF:  Yeah, I join in.        2:41:43PM
4      A   She flat out said that she didn't    2:41:44PM
5   think they were smart cops.
6      Q   And her conclusion was based on the  2:41:48PM
7   fact that --
8      MR. CALLAHAN:  Objection to form.      2:41:52PM
9      MR. GOODSTADT:  We're objecting now    2:41:54PM
10  before questions are even asked?
11     MR. CALLAHAN:  I thought you were      2:42:11PM
12  done.
13     MR. GOODSTADT:  No, I wasn't.          2:42:12PM
14     MR. NOVIKOFF:  Just note my objection  2:42:15PM
15  to all the questions.
16     MR. CALLAHAN:  Welch can step in.      2:42:21PM
17  BY MR. GOODSTADT:                            2:42:28PM
18     Q   Do you know what her conclusion was  2:42:28PM
19  based on?
20     MR. CALLAHAN:  Objection to form.      2:42:31PM
21     MR. NOVIKOFF:  I join.                 2:42:33PM
22     A   I would say it was based on the fact  2:42:34PM
23  that they made this allegation that I had sexual
24  relations with her, when she was, in fact, a
25  lesbian.

TSG Reporting - Worldwide   (877) 702-9580

## Page 229

GEORGE HESSE

1
2      Q   Does the fact that she's a lesbian   2:42:44PM
3   preclude that allegation from being true?
4      MR. CALLAHAN:  Objection to form.      2:42:45PM
5      MR. NOVIKOFF:  Physically?            2:42:46PM
6      MR. GOODSTADT:  Yeah.                 2:42:48PM
7      MR. NOVIKOFF:  I think the record     2:42:48PM
8   could reflect that we can all stipulate that
9   lesbians can have sex with men.
10     MR. GOODSTADT:  Okay.                 2:42:55PM
11  BY MR. GOODSTADT:                            2:42:55PM
12     Q   You testified when you were a        2:43:00PM
13  sergeant, that your tours were on Friday,
14  Saturday nights; is that correct?
15     A   Correct.                            2:43:09PM
16     Q   And you were the most senior officer  2:43:10PM
17  on that tour?
18     A   Yes.                                2:43:13PM
19     Q   Now, if an officer on your tour had a  2:43:16PM
20  problem or a complaint in the chain of the
21  command, would they come to you with that
22  problem or complaint?
23     A   If they were working a tour with me  2:43:26PM
24  they would probably come right to me first.
25     Q   That's the way the chain of command  2:43:31PM

TSG Reporting - Worldwide   (877) 702-9580

Page 230

GEORGE HESSE

```
1              GEORGE HESSE
2    works?
3       A    Sure.                    2:43:33PM
4       Q    And did you ever hear Paradiso tell    2:43:37PM
5    the officers in Ocean Beach or any officer in
6    Ocean Beach that what happens on my tour, I'm
7    handling; what happens on officer Hesse's tour
8    he handles?
9       A    I never heard that.          2:43:51PM
10      Q    You never heard that.         2:43:53PM
11           Was there a set -- let's go to 2003.  2:44:03PM
12   Was there a set group of guys that were on your
13   tour?
14      A    I would say yes, but it fluctuated    2:44:13PM
15   from day to day.
16      Q    Who generally would be on your tour,  2:44:16PM
17   the core group?
18      A    2003, I'd have to look at the       2:44:19PM
19   schedule.  I don't know.
20      Q    Was Ed Carter on your tour a lot in   2:44:24PM
21   '03?
22      A    Sometimes.                   2:44:29PM
23      Q    How about Tom Snyder?           2:44:29PM
24      A    Sometimes.                   2:44:31PM
25      Q    Joe Nofi?                    2:44:33PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 231

GEORGE HESSE

```
1              GEORGE HESSE
2       A    Sometimes.                   2:44:34PM
3       Q    Kevin Lamm?                   2:44:35PM
4       A    Sometimes.                   2:44:36PM
5       Q    How about Frank Fiorillo?       2:44:38PM
6       A    And sometimes, yeah.          2:44:39PM
7       Q    How about in '04, was Carter on your  2:44:42PM
8    tour a lot?
9           MR. NOVIKOFF:  Objection.       2:44:46PM
10          What do you mean by a lot?        2:44:48PM
11          MR. GOODSTADT:  Well, I think I asked  2:44:50PM
12   if there was a set group of guys, and he
13   said generally there were, but it
14   fluctuated.
15   BY MR. GOODSTADT:
16      Q    So would Carter be one of the general  2:44:56PM
17   group of guys that were on your tour in '04?
18      A    Sometimes.                   2:45:03PM
19      Q    How about Snyder?            2:45:03PM
20      A    Sometimes.                   2:45:04PM
21      Q    Nofi?                        2:45:05PM
22      A    Sometimes.                   2:45:05PM
23      Q    Lamm?                        2:45:06PM
24      A    Sometimes.                   2:45:07PM
25      Q    Fiorillo?                    2:45:08PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 232

GEORGE HESSE

```
1              GEORGE HESSE
2       A    Sometimes.                   2:45:08PM
3       Q    How about in '03, would Gary Bosetti?  2:45:09PM
4       A    Very rarely, but sometimes, yeah.   2:45:12PM
5       Q    How about Rich Bosetti?        2:45:14PM
6       A    Same thing, sometimes.        2:45:16PM
7       Q    What tour did they generally work in  2:45:17PM
8    '03?
9       A    They always worked -- they pretty much  2:45:21PM
10   always worked 4 to 12s.
11      Q    And was your tour in '03 generally on  2:45:27PM
12   Fridays and Saturdays?
13      A    Friday and Saturday, 9 at night until  2:45:31PM
14   5 in the morning.
15      Q    So your tours would overlap --     2:45:34PM
16      A    Sometimes.                   2:45:34PM
17      Q    -- generally?                 2:45:34PM
18          What was Carter's tour generally in  2:45:35PM
19   '03?
20      A    Most of the time, I believe he worked  2:45:38PM
21   midnights from -- sorry.  From midnight till
22   eight in the morning.
23      Q    So, again, you'd overlap with him?   2:45:46PM
24      A    Sure.                        2:45:48PM
25      Q    Snyder, do you know what his tour    2:45:49PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 233

GEORGE HESSE

```
1              GEORGE HESSE
2    generally was in '03?
3       A    Generally it was midnights.     2:45:52PM
4       Q    How about Nofi?              2:45:53PM
5       A    Nofi fluctuated around a little bit.  2:45:56PM
6    Sometimes it was nine at night till five in the
7    morning.  Sometimes it was four to 12.
8    Sometimes it was midnights.
9       Q    So sometimes he had the same tour as  2:46:06PM
10   you and sometimes he overlapped?
11      A    Sometimes.                   2:46:12PM
12      Q    How about Lamm?              2:46:13PM
13      A    Lamm also worked a majority of       2:46:14PM
14   midnights, midnight to eight in the morning.
15   Sometimes he worked at nine at night till five
16   in the morning.
17      Q    And Fiorillo?                2:46:23PM
18      A    Fiorillo worked some doubles, I      2:46:25PM
19   believe.  He did some maybe some 4 to 12s.  He
20   did some day tours.  He did night tours.  He was
21   on the schedule quite often.
22          MR. NOVIKOFF:  And we're talking about  2:46:39PM
23   in season now.
24          MR. GOODSTADT:  In season, yeah.    2:46:41PM
25
```
TSG Reporting - Worldwide   (877) 702-9580

Page 234

```
1              GEORGE HESSE
2   BY MR. GOODSTADT:              2:46:42PM
3      Q   How about in '04, did that change at  2:46:43PM
4   all?
5      A   No.                     2:46:45PM
6      Q   Same thing with Gary and Rich Bosetti,  2:46:46PM
7   generally they worked the 4-to-12 tour?
8      A   Yeah.                   2:46:49PM
9      Q   How about '05, did that change at all?  2:46:49PM
10     A   No.                     2:46:52PM
11     Q   In '03, '04 and '05, you generally did  2:46:52PM
12  the 9 to 5?
13     A   On Fridays and Saturdays.  2:46:57PM
14     Q   Fridays and Saturdays?   2:46:59PM
15     A   Yes.                    2:47:01PM
16     Q   When was the change?  That was in '02?  2:47:02PM
17     A   Which change?           2:47:04PM
18     Q   I think you testified before that  2:47:06PM
19  Paradiso was flipped to your tours, you were
20  flipped to his tours due to some discipline of
21  his?
22     A   Yeah, it might have been 2002.  I'd  2:47:16PM
23  have to go through the records and the schedules
24  to see exactly what the dates were.  I don't
25  know.
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 235

```
1              GEORGE HESSE
2      Q   You never heard that that switch was  2:47:24PM
3   done to discipline you?
4      A   Absolutely not.          2:47:28PM
5          MR. NOVIKOFF:  Andrew, I think -- your  2:47:39PM
6   question was did he ever hear that switch --
7          MR. GOODSTADT:  Did anyone tell him.  2:47:42PM
8          MR. NOVIKOFF:  -- or was, in his  2:47:43PM
9   opinion, the switch?
10         MR. GOODSTADT:  Well, did anyone ever  2:47:45PM
11  tell him that the switch was due to
12  discipline.
13         MR. NOVIKOFF:  And I think the witness  2:47:47PM
14  answered my latter question as opposed to
15  the first question.
16         MR. GOODSTADT:  Okay.    2:47:51PM
17  BY MR. GOODSTADT:              2:47:52PM
18     Q   Did you ever hear -- did anyone ever  2:47:52PM
19  tell you that the switch was done to discipline
20  you as opposed to disciplining Paradiso?
21     A   No.                     2:48:02PM
22     Q   Have you ever heard that allegation  2:48:03PM
23  made?
24     A   No.                     2:48:05PM
25     Q   And I assume that means that your  2:48:10PM
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 236

```
1              GEORGE HESSE
2   opinion was the reason that you testified
3   before, that it was to discipline Paradiso,
4   correct?
5      A   Correct.                 2:48:15PM
6      Q   Now, let's go back to Allison Sanchez.  2:48:22PM
7   She was also called Allison Chester at one
8   point, right?
9      A   Yes.                    2:48:27PM
10     Q   Okay.  So when I say Allison Sanchez,  2:48:26PM
11  I'm referring to the same person regardless of
12  what her last name is; is that fair?
13     A   Understood.             2:48:31PM
14     Q   Did you generally deal with her over  2:48:32PM
15  the phone, in person, E-mail, letters, or which
16  way is it generally?
17         MR. NOVIKOFF:  Objection to form.  2:48:40PM
18         MR. CALLAHAN:  Objection to form.  2:48:42PM
19     A   On the phone.           2:48:44PM
20     Q   How many times did you interact with  2:48:46PM
21  her in person?
22     A   Three, four times.       2:48:58PM
23     Q   Why don't we just start with the first  2:49:04PM
24  time.  Where was it?
25     A   At her office.          2:49:08PM
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 237

```
1              GEORGE HESSE
2      Q   Do you recall when that was, what  2:49:12PM
3   year?
4      A   It was probably in 2005.  2:49:16PM
5      Q   Had you ever met her prior to that  2:49:23PM
6   time?
7      A   No.                     2:49:26PM
8      Q   Had you ever spoken to her prior to  2:49:27PM
9   that meeting in the office in '05?
10     A   I believe by then we had a  2:49:31PM
11  professional rapport on the phone.
12     Q   And had you ever seen her prior to  2:49:37PM
13  that?  I know you may not have met her, but had
14  you ever seen her around or in passing?
15     A   No.                     2:49:45PM
16     Q   So you didn't recognize her when you  2:49:45PM
17  first saw her in '05 in her office?
18         MR. NOVIKOFF:  Objection.  2:49:50PM
19         MR. GOODSTADT:  Yeah, I shouldn't say  2:49:51PM
20  when you first saw her.
21         MR. NOVIKOFF:  I mean, I would presume  2:49:54PM
22  that if he met her in her office, she has a
23  name plate saying Allison Sanchez.
24         MR. GOODSTADT:  I'm talking about  2:49:59PM
25  recognizing the face.
        TSG Reporting - Worldwide   (877) 702-9580
```

Page 238

```
1              GEORGE HESSE
2    BY MR. GOODSTADT:           2:50:00PM
3       Q    Did you recognize the face when you   2:50:01PM
4    went into her office in 2005 as someone that you
5    may have seen around?
6       A    No.                 2:50:06PM
7       Q    And what were you dealing with her    2:50:11PM
8    when you met in her office in '05?
9       A    I believe I had to go there to drop   2:50:14PM
10   off some paperwork, have some paperwork signed.
11      Q    With respect to what?   2:50:20PM
12      A    There are forms that have to be signed 2:50:21PM
13   by the -- I forget what the actual name of the
14   form is, but it's a form that gets sent to the
15   New York State registry for police officers.
16   The police officer signs it that's getting
17   hired.  The supervisor of the police department
18   signs it.  A representative from Civil Service
19   signs it.  And I believe the oath of office,
20   which I believe at that time was Maryann Minerva
21   would have to sign that form.
22      Q    And you signed that form that you     2:50:52PM
23   dropped off?
24      A    Yes.                 2:50:54PM
25      Q    Did you sign it as chief of police?   2:50:54PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 239

```
1              GEORGE HESSE
2       A    At that time, no.    2:50:57PM
3       Q    Deputy chief of police?   2:50:57PM
4       A    No.                  2:50:59PM
5       Q    Sergeant?            2:50:59PM
6       A    Sergeant.            2:51:00PM
7       Q    Why did you sign as opposed to   2:51:01PM
8    Paradiso?
9       A    Because he told me to take care of the  2:51:06PM
10   paperwork, so that's what I did.
11      Q    So at least as of 2005, Allison   2:51:13PM
12   Sanchez was on notice that you had the title
13   sergeant; is that correct?
14           MR. CALLAHAN:  Objection to form.   2:51:21PM
15           MR. NOVIKOFF:  Objection.   2:51:22PM
16           MR. CONNOLLY:  Objection.   2:51:23PM
17      A    Am I aware if she was aware?   2:51:25PM
18      Q    You had the paperwork that you showed  2:51:27PM
19   her, correct?
20      A    Yeah.               2:51:29PM
21      Q    You had signed off as sergeant,   2:51:30PM
22   correct?
23      A    Correct.            2:51:32PM
24      Q    Had you sent any other paperwork to   2:51:32PM
25   her prior to that signing off as sergeant?
```
TSG Reporting - Worldwide   (877) 702-9580

Page 240

```
1              GEORGE HESSE
2       A    I don't know if I sent anything   2:51:38PM
3    through the mail to her.
4       Q    Had you ever sent her any memos or   2:51:45PM
5    E-mails where you signed off as sergeant,
6    whether it's through the mail or not?
7       A    I may have.  I don't recall.   2:51:53PM
8       Q    Did you ever send her any paperwork   2:51:55PM
9    that had you signed off as chief, whether it be
10   on the letterhead or your signature block?
11      A    I don't know.  That might have been --  2:52:03PM
12   I might have been appointed after she was gone.
13   I don't know.
14      Q    When was the second time you met with  2:52:09PM
15   her in person?
16      A    I believe she came to the village one  2:52:13PM
17   day.
18      Q    When was that?  What year?   2:52:15PM
19      A    It might have been in 2005.   2:52:17PM
20      Q    And did she come to see you or did she  2:52:25PM
21   just happen to be there?
22           MR. CALLAHAN:  Objection to form.   2:52:29PM
23      A    She did not come to see me, no.   2:52:30PM
24      Q    She just was visiting Ocean Beach?   2:52:32PM
25           MR. CALLAHAN:  Objection to form.   2:52:35PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 241

```
1              GEORGE HESSE
2       A    She was there on business.   2:52:36PM
3       Q    On business?         2:52:37PM
4       A    Yes.                2:52:38PM
5       Q    And you met with her when she was   2:52:38PM
6    there on business?
7       A    I ran into her.      2:52:42PM
8       Q    Did you have any conversation with   2:52:43PM
9    her?
10      A    Just there was probably -- I remember  2:52:44PM
11   there was a brief hello.
12      Q    Do you recall the substance of that   2:52:48PM
13   conversation at all?
14      A    Hello.              2:52:50PM
15      Q    Other than for hello?   2:52:50PM
16      A    No.                 2:52:51PM
17      Q    That was it?  Where did you run into   2:52:52PM
18   her?
19      A    In the village office.   2:52:54PM
20      Q    Do you know what she was doing on the  2:52:57PM
21   beach, what business she was there for?
22      A    I believe she was there for some other  2:53:02PM
23   Civil Service issues that required her
24   attention, and she was meeting with Mary Ann
25   Minerva.
```
TSG Reporting - Worldwide   (877) 702-9580

Page 242

GEORGE HESSE

1
2     Q    Do you know what the issues were?     2:53:14PM
3     A    No.                    2:53:15PM
4     Q    So how did you know she was meeting     2:53:18PM
5  with Maryann Minerva to discuss Civil Service
6  issues?
7     A    She was an employee of Civil Service,   2:53:25PM
8  she was there on business and Maryann Minerva is
9  the superintendent of the village.
10    Q    Did you ask Maryann what the issues     2:53:31PM
11 were that she was there for?
12    A    I don't recall.            2:53:31PM
13    Q    Do you recall what month in '05 this    2:53:34PM
14 was?
15    A    I don't.                2:53:36PM
16    Q    Did you ask Sanchez what she was doing  2:53:37PM
17 there?
18    A    I don't recall.            2:53:41PM
19    Q    And sitting here today, you don't know  2:53:43PM
20 what they were discussing?
21       MR. NOVIKOFF:  Objection.        2:53:47PM
22    A    No.                    2:53:47PM
23    Q    What was the third time you dealt with  2:53:49PM
24 her face to face?
25    A    I ran into her one day.         2:53:53PM

TSG Reporting - Worldwide   (877) 702-9580

Page 243

GEORGE HESSE

1
2     Q    Where was that?            2:53:56PM
3     A    It was in Cherry Grove, Fire Island.   2:53:57PM
4     Q    Was she there on business?       2:54:04PM
5     A    No.                    2:54:06PM
6     Q    She was there for pleasure?       2:54:06PM
7     A    Yes.                   2:54:07PM
8     Q    And did you speak with her at all when  2:54:08PM
9  you ran into her?
10    A    Yes.                   2:54:12PM
11    Q    What was the substance of that      2:54:12PM
12 conversation?
13    A    I don't recall.            2:54:16PM
14    Q    When was the conversation?       2:54:17PM
15    A    It was -- I don't have the exact date.  2:54:19PM
16    Q    What year was it?           2:54:24PM
17    A    It was in August of 2005, the first    2:54:27PM
18 Wednesday in August of 2005.
19    Q    And what was the substance of the     2:54:51PM
20 conversation you had with her?
21    A    It was purely social.         2:54:54PM
22    Q    Do you recall what you discussed?    2:54:56PM
23    A    No.                    2:54:57PM
24    Q    Do you recall anything you discussed?  2:54:58PM
25    A    No.                    2:54:59PM

TSG Reporting - Worldwide   (877) 702-9580

Page 244

GEORGE HESSE

1
2     Q    How long was the conversation?     2:54:59PM
3     A    Half hour, 45 minutes.         2:55:04PM
4     Q    Where was it?  I know it was in Cherry  2:55:10PM
5  Grove, but where in Cherry Grove?
6     A    It was at a bar, Ice Palace.       2:55:14PM
7     Q    Were you on duty?           2:55:24PM
8     A    No.                    2:55:25PM
9     Q    Did you have any alcoholic beverages   2:55:30PM
10 while you were there?
11    A    Yes.                   2:55:33PM
12    Q    How many?               2:55:34PM
13    A    I don't know.  Four.          2:55:36PM
14    Q    Did she have any alcoholic beverages?  2:55:38PM
15    A    Yes.                   2:55:40PM
16    Q    How many?               2:55:40PM
17    A    I don't know.             2:55:41PM
18    Q    More than one?             2:55:43PM
19    A    It's possible.             2:55:46PM
20    Q    More than two?             2:55:47PM
21    A    It's possible.             2:55:48PM
22    Q    More than three?           2:55:48PM
23    A    It's possible.             2:55:49PM
24    Q    More than four?            2:55:50PM
25    A    Maybe.                 2:55:52PM

TSG Reporting - Worldwide   (877) 702-9580

Page 245

GEORGE HESSE

1
2     Q    You don't know?            2:55:53PM
3     A    I don't know.             2:55:54PM
4     Q    Were you with anyone else?       2:55:56PM
5     A    Yes.                   2:55:58PM
6       MR. CALLAHAN:  Objection to form.     2:56:00PM
7  BY MR. GOODSTADT:              2:56:00PM
8     Q    Who were you with?           2:56:01PM
9     A    I was with Walter Muller.  I was with  2:56:02PM
10 a Carl Muller.  I don't know if anybody else
11 came with us.  I think that was it.
12    Q    Is Carl Muller and Walter Muller     2:56:16PM
13 related?
14    A    No.                    2:56:20PM
15    Q    And was she with anybody else?     2:56:21PM
16    A    Yes.                   2:56:23PM
17    Q    Who was she with?           2:56:23PM
18    A    Her partner.              2:56:24PM
19    Q    Anyone else?              2:56:28PM
20    A    Not that I know of.          2:56:29PM
21    Q    Did you eat any food while you were    2:56:30PM
22 there?
23    A    Yes.                   2:56:33PM
24    Q    And what was it, a meal?        2:56:34PM
25    A    Lunch.                 2:56:37PM

TSG Reporting - Worldwide   (877) 702-9580

Page 246

```
1              GEORGE HESSE
2     Q    Lunch.  Who paid for that meal?     2:56:38PM
3     A    I believe the three gentlemen, all of  2:56:41PM
4   us together, we split it.
5     Q    So Allison Sanchez and her partner   2:56:48PM
6   didn't pay anything?
7     A    She didn't have lunch with us.    2:56:52PM
8     Q    They didn't eat with you?    2:56:55PM
9     A    No.                  2:56:57PM
10    Q    And when was the fourth time that you  2:56:57PM
11  had a face-to-face interaction with her?
12    A    I believe I had to get some more     2:57:02PM
13  papers signed at her office, and we went to
14  lunch.
15    Q    When was that?           2:57:18PM
16    A    It was probably later in 2005.  I    2:57:19PM
17  don't know the exact date.
18    Q    How long did that interaction last?   2:57:25PM
19    A    Hour and a half.           2:57:27PM
20    Q    What paperwork were you bringing?   2:57:32PM
21    A    More of those forms I stated earlier.  2:57:34PM
22    Q    Was anyone else there?        2:57:50PM
23    A    No.                 2:57:51PM
24    Q    Have you ever discussed any of the    2:57:54PM
25  plaintiffs with Allison Sanchez --
```
TSG Reporting - Worldwide   (877) 702-9580

Page 247

```
1              GEORGE HESSE
2     A    -- Yes.               2:57:59PM
3     Q    -- or anything about the plaintiffs?   2:57:59PM
4         When was the first time you discussed   2:58:01PM
5   anything about the plaintiffs with Allison
6   Sanchez?
7     A    March of 2006.           2:58:10PM
8     Q    Was it in person or on the phone?    2:58:19PM
9     A    Phone.                2:58:22PM
10    Q    Do you recall when in March?      2:58:22PM
11    A    No.                  2:58:24PM
12    Q    Did you call her or did she call you?  2:58:24PM
13    A    Called her.              2:58:27PM
14    Q    Just to discuss the plaintiffs or to   2:58:29PM
15  discuss other things as well?
16        MR. CALLAHAN:  Objection to form.    2:58:34PM
17    A    I don't recall.            2:58:35PM
18    Q    And tell me everything you recall from  2:58:37PM
19  that phone conversation with respect to
20  plaintiffs.
21    A    I called her to ask advice in       2:58:41PM
22  reference to -- regarding employment with some
23  of the part-time seasonal officers, what their
24  rights were, what my rights -- what the
25  department's rights were and what the village's
```
TSG Reporting - Worldwide   (877) 702-9580

Page 248

```
1              GEORGE HESSE
2   rights were if I were to decide to let someone
3   go.
4     Q    Did you tell her who you were deciding  2:59:05PM
5   to let go?
6     A    No.                  2:59:08PM
7     Q    What did she tell you?        2:59:09PM
8     A    She said that she would find out.  She  2:59:10PM
9   would ask her boss, and she'd get back to me.
10    Q    Did you discuss anything else with her  2:59:20PM
11  on that call about the plaintiffs?
12    A    No.                  2:59:24PM
13    Q    How long did that call last?      2:59:27PM
14    A    I don't recall.            2:59:29PM
15    Q    Did you discuss anything else other    2:59:30PM
16  than what you testified to with her on that
17  call?
18    A    I don't recall.            2:59:34PM
19    Q    Did she ever get back to you?     2:59:34PM
20    A    Yes.                 2:59:36PM
21    Q    She called you?           2:59:37PM
22    A    Yes.                 2:59:38PM
23    Q    And when was that?  How long after the  2:59:38PM
24  first call?
25    A    I don't recall.            2:59:44PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 249

```
1              GEORGE HESSE
2     Q    And what did she tell you?       2:59:44PM
3     A    She -- I believe she said she spoke to  2:59:47PM
4   Stan Pelk, but she explained to me that
5   part-time and seasonal employees, employees,
6   police officers are at-will employees and that
7   we could release them at any time without cause.
8     Q    Did she tell you what she was relying  3:00:12PM
9   on?
10    A    Just from what she was told by her    3:00:15PM
11  boss.
12    Q    Did she cite to you any provisions of  3:00:17PM
13  the Civil Service law that provided that?
14    A    No.                  3:00:22PM
15    Q    Did you discuss anything else with her  3:00:24PM
16  on that call?
17    A    I don't recall.            3:00:27PM
18    Q    Did you discuss that issue about what  3:00:32PM
19  your rights were with anyone other than for
20  Allison Sanchez in March 2006?
21    A    As far as the rights, no.       3:00:40PM
22    Q    So I guess that covers the first two   3:00:44PM
23  times you spoke to her about the plaintiffs.
24        Did you speak with her about the     3:00:48PM
25  plaintiffs at any time subsequent to that?
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 250

GEORGE HESSE

```
1           GEORGE HESSE
2     A    Yes.                         3:00:52PM
3     Q    When?                        3:00:53PM
4     A    I believe it was April 4th or 5th.   3:00:56PM
5   I'm not exactly sure on the date.  She had
6   called me to say specifically that Frank
7   Fiorillo and, I believe it was Joe Nofi and
8   Kevin Lamm had come to her office to file a
9   complaint against the Village of Ocean Beach and
10  me for, you know, terminating them, and I
11  believe they wanted to know what their rights
12  were.
13    Q    Did she tell you what they're alleging 3:01:28PM
14  or the underlying allegation of the complaint?
15    A    Basically she told me that they wanted 3:01:38PM
16  to know what their rights were as police
17  officers and did I have a right to do what I
18  did; and I believe when she told them that they
19  didn't have any rights, I think Frank might have
20  gotten a little ornery with her, and he started
21  spouting off other stuff about, you know,
22  uncertified, unqualified police officers working
23  in Ocean Beach.  And I believe she told him,
24  don't worry about what they're doing, you don't
25  have a leg to stand on.
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 251

GEORGE HESSE

```
1           GEORGE HESSE
2     Q    She told you that she said that?    3:02:21PM
3     A    Yes.                         3:02:22PM
4     Q    And it was your understanding that she 3:02:32PM
5   was referring to -- when she said you don't have
6   a leg to stand on, it was your understanding
7   that she was referring to what his rights were?
8         MR. CALLAHAN: Objection to form.
9         MR. NOVIKOFF: Yeah, objection.   3:02:42PM
10        MR. CONNOLLY: Objection.       3:02:43PM
11    A    Yeah, that's what I believe.    3:02:43PM
12    Q    That was your understanding?    3:02:44PM
13    A    Yeah.                        3:02:46PM
14    Q    Did she tell you anything else about 3:02:46PM
15  that conversation?
16    A    I don't recall.               3:02:49PM
17    Q    What did you say to her during that  3:02:51PM
18  conversation?
19    A    I don't recall, other than -- that's 3:03:00PM
20  it.  I don't recall anything else.
21    Q    Were you in the -- were you in the  3:03:09PM
22  police station during this call?
23    A    I believe so.                3:03:12PM
24    Q    Was anyone else on the line at your  3:03:18PM
25  end?
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 252

GEORGE HESSE

```
1           GEORGE HESSE
2     A    No, not that I'm aware of.      3:03:22PM
3     Q    Did you tell anybody, any current or  3:03:24PM
4   former employees of Ocean Beach, about Snyder,
5   Lamm -- strike that.
6         About Nofi, Lamm and Fiorillo's   3:03:31PM
7   decision to go file a complaint against you and
8   the beach?
9     A    Subsequent to that?          3:03:40PM
10    Q    Yeah.                        3:03:41PM
11    A    You know, I don't recall.      3:03:42PM
12    Q    Did you ever discuss that with Joe  3:03:44PM
13  Loeffler, the fact that Sanchez alerted you to
14  their decision to come file a complaint against
15  you and the beach?
16        MR. CALLAHAN: Objection to form.  3:03:55PM
17    A    I don't recall.               3:03:56PM
18    Q    Is there anything that would refresh  3:03:57PM
19  your recollection as to whether you did or not?
20    A    Unless you have something, no.  3:04:01PM
21    Q    When was the next time you spoke with 3:04:06PM
22  Allison Sanchez about the plaintiffs, about any
23  of the plaintiffs?
24        Again, when I say "speak," I mean  3:04:18PM
25  communicate with her, whether it's verbally, in
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 253

GEORGE HESSE

```
1           GEORGE HESSE
2   writing.
3     A    Uh-huh.                      3:04:26PM
4         I don't recall.  I mean, I know I've  3:04:29PM
5   spoken to her after that.  I just don't know in
6   regards to what.
7     Q    Do you recall the substance of any of 3:04:35PM
8   those conversations?
9     A    I think later on, when there was an  3:04:41PM
10  allegation made that I was having sexual
11  relations with her, that we talked about that a
12  little bit, and I think she laughed at the fact
13  that somebody would make that allegation.
14    Q    Well, did you ever tell Ed Carter that 3:04:59PM
15  you took her out to lunch?
16    A    Not that I recall.            3:05:03PM
17    Q    Did you ever tell Ed Carter that you  3:05:04PM
18  slept with her?
19    A    Definitely not.               3:05:07PM
20    Q    Did you tell Joe Nofi that you banged 3:05:08PM
21  her?
22    A    Definitely not.               3:05:11PM
23    Q    Did you ever see her other than for  3:05:12PM
24  the -- well, strike that.
25        Have you ever seen her in Ocean Beach 3:05:17PM
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 254

GEORGE HESSE

1
2 other than for the one time that she was meeting
3 with Minerva?
4    A    No.                          3:05:22PM
5       MR. CALLAHAN: I'm going to object to  3:05:29PM
6 the form. You have testimony that's not
7 supported -- your question is not supported
8 by the testimony.
9       MR. GOODSTADT: Okay. I'm not sure  3:05:43PM
10 what that means, but okay.
11 BY MR. GOODSTADT:                     3:05:47PM
12    Q    Now, we touched upon before an issue  3:05:47PM
13 about uncertified police officers working at the
14 beach.
15       Do you recall that?            3:05:56PM
16    A    Yes.                         3:05:57PM
17    Q    Now, were there officers working at  3:06:02PM
18 the beach that hadn't passed the battery of
19 tests that you and I discussed early this
20 morning?
21    A    Yes.                         3:06:09PM
22    Q    And who was that? Who are those  3:06:10PM
23 officers?
24    A    There was a Bill Walsh, Gary and  3:06:13PM
25 Richie Bosetti, Tommy Shaw, John Dyer, Pat

TSG Reporting - Worldwide   (877) 702-9580

## Page 255

GEORGE HESSE

1
2 Cherry. That officer, I can't think of his
3 name. There may be some others.
4    Q    You said John Dyer?          3:06:47PM
5    A    Uh-huh.                      3:06:49PM
6    Q    Arnie Hardman?               3:06:57PM
7    A    Yes, Arnie Hardman. And there was  3:06:58PM
8 another one.
9    Q    John Bullis?                 3:07:11PM
10    A    Yes.                        3:07:15PM
11    Q    Is that who you were thinking of?  3:07:16PM
12    A    No.                         3:07:19PM
13    Q    Daniel Shook?                3:07:24PM
14    A    That's him, Daniel Shook.     3:07:26PM
15    Q    And is it your understanding that if  3:07:38PM
16 you don't pass those battery of tests, that you
17 can't be a police officer in Suffolk County?
18       MR. NOVIKOFF: Objection.       3:07:44PM
19    A    Correct.                     3:07:45PM
20    Q    So if you don't pass those tests,  3:07:46PM
21 you're a civilian, correct?
22       MR. NOVIKOFF: Objection. I don't  3:07:50PM
23 know what you mean by "civilian."
24       MR. CONNOLLY: Objection.       3:07:52PM
25       MR. CALLAHAN: Objection.       3:07:53PM

TSG Reporting - Worldwide   (877) 702-9580

## Page 256

GEORGE HESSE

1
2 BY MR. GOODSTADT:                     3:07:54PM
3    Q    Do you know what I mean when I say  3:07:54PM
4 "civilian"? You've heard that word?
5    A    Yes.                         3:07:57PM
6    Q    Do you know what I mean?       3:07:58PM
7    A    Yeah, I know what you mean.    3:08:00PM
8    Q    So I'll reask the question.    3:08:02PM
9       Is it your understanding that if you  3:08:03PM
10 don't pass those tests, then you are a civilian?
11       MR. NOVIKOFF: Objection.       3:08:09PM
12       MR. CALLAHAN: Objection to form.  3:08:11PM
13    A    It's a technicality, but yes.  3:08:13PM
14    Q    So those list of people we just went  3:08:17PM
15 over, during the time period that they were
16 working and being paid as police officers in
17 Ocean Beach, they were actually civilians,
18 correct?
19       MR. NOVIKOFF: Objection.       3:08:29PM
20       MR. CALLAHAN: Objection to form.  3:08:30PM
21       MR. CONNOLLY: Objection.       3:08:31PM
22    A    No.                          3:08:31PM
23    Q    They weren't civilians?       3:08:32PM
24    A    No.                          3:08:33PM
25    Q    So which ones weren't civilians?  3:08:33PM

TSG Reporting - Worldwide   (877) 702-9580

## Page 257

GEORGE HESSE

1
2    A    All of them were sworn in as police  3:08:37PM
3 officers.
4    Q    So it's your understanding that if  3:08:39PM
5 you're sworn in, that you're certified to be a
6 police officer?
7       MR. NOVIKOFF: Objection. It's not  3:08:45PM
8 his testimony.
9       MR. CALLAHAN: Objection.       3:08:49PM
10       MR. CONNOLLY: Objection.       3:08:51PM
11 BY MR. GOODSTADT:                     3:08:51PM
12    Q    Is that your understanding?    3:08:51PM
13    A    They were all retired police officers.  3:08:53PM
14    Q    Any of them retired from Suffolk  3:08:57PM
15 County police department?
16    A    None of them, no.            3:08:59PM
17    Q    So in terms of being in Suffolk  3:09:02PM
18 County, were they all civilians?
19       MR. NOVIKOFF: Objection. Asked and  3:09:07PM
20 answered.
21    A    It's a technicality, but, you know,  3:09:09PM
22 I'll agree with you, yes.
23    Q    Yes, they were?              3:09:13PM
24       When did you first learn of an issue  3:09:15PM
25 with respect to this group of guys' lack of

TSG Reporting - Worldwide   (877) 702-9580

Page 258

```
             GEORGE HESSE
 1
 2   certification?
 3       A   I don't recall a specific date.      3:09:27PM
 4       Q   Do you recall what year it was?      3:09:30PM
 5       A   It was probably the end of 2004,     3:09:34PM
 6   maybe.
 7       Q   How did you learn about it?          3:09:44PM
 8       A   I don't remember.                    3:09:47PM
 9       Q   So when you heard about it at the end 3:09:54PM
10   of 2004 -- I believe I asked this question a
11   while ago; I'll just put it in a time frame --
12   ed Paradiso was the person in Ocean Beach
13   responsible for making sure that everybody that
14   was being paid as a police officer was
15   certified?
16           MR. NOVIKOFF:  Objection.            3:10:11PM
17       A   You know, I don't know if it was     3:10:13PM
18   really his job to make sure, but he was sure in
19   charge of hiring.
20       Q   But when before I asked you who was in 3:10:21PM
21   charge for making sure that the people who are
22   hired are certified, you said up until January
23   of '06, it was Paradiso, and after that it was
24   you.
25           MR. NOVIKOFF:  Objection.  I don't   3:10:34PM
```

TSG Reporting - Worldwide   (877) 702-9580

Page 259

```
             GEORGE HESSE
 1
 2   know if that was your question.  But if you
 3   had asked the question already, then it's in
 4   the record.  So why are we fighting with
 5   him?
 6           MR. GOODSTADT:  I just want to make   3:10:41PM
 7   sure that I understood his testimony.
 8           MR. NOVIKOFF:  Well, ask him again.   3:10:45PM
 9   I'll object, but he'll still answer.
10   BY MR. GOODSTADT:                            3:10:48PM
11       Q   Is the way I characterized it your   3:10:49PM
12   understanding?
13           MR. NOVIKOFF:  Objection.            3:10:52PM
14       A   I understand where you're coming from. 3:10:53PM
15   But I believe it's the Village of Ocean Beach,
16   Maryann Minerva who fills out the Civil Service
17   paperwork to make sure that it's accurate.
18       Q   Okay.  So it's your understanding that 3:11:07PM
19   Miss Minerva was the person responsible for
20   making sure that the people who are hired and
21   paid as police officers were certified to be in
22   that position?
23           MR. NOVIKOFF:  Objection to the form, 3:11:18PM
24   more particularly to the word "responsible."
25   You're assuming that anyone was responsible
```

TSG Reporting - Worldwide   (877) 702-9580

Page 260

```
             GEORGE HESSE
 1
 2   in that period of time.
 3           MR. CONNOLLY:  Objection.            3:11:30PM
 4   You can answer.                              3:11:30PM
 5       A   You're going to have to repeat the   3:11:31PM
 6   question.  I'm sorry.
 7           MR. GOODSTADT:  Yeah, why don't you   3:11:38PM
 8   read it back.  That would be great.
 9           (Whereupon, the requested portion was 3:11:41PM
10   read back by the court reporter:  Okay.  So
11   it's your understanding that Miss Minerva
12   was the person responsible for making sure
13   that the people who are hired and paid as
14   police officers were certified to be in that
15   position?)
16           MR. NOVIKOFF:  Can we take a five     3:11:59PM
17   minute break?
18           MR. GOODSTADT:  So you objected to a  3:12:06PM
19   word that wasn't even in the question.
20           MR. CONNOLLY:  I thought he said      3:12:06PM
21   "responsible."
22           MR. GOODSTADT:  Responsible for making 3:12:06PM
23   sure.
24           MR. NOVIKOFF:  I have a problem with  3:12:09PM
25   the word "responsible" only because we
```

TSG Reporting - Worldwide   (877) 702-9580

Page 261

```
             GEORGE HESSE
 1
 2   haven't established that anyone was
 3   responsible, because clearly there was a
 4   problem.
 5           But note my objection.  You can --    3:12:16PM
 6       A   That is my belief.                    3:12:19PM
 7       Q   What's the basis of that belief?      3:12:21PM
 8       A   Because all applications and paperwork 3:12:23PM
 9   is submitted to her for her approval; and
10   because it's a municipality, they have to report
11   to Civil Service and they have to report those
12   names to Civil Service.
13       Q   Does the chief of police have any     3:12:36PM
14   obligation with respect to that reporting
15   requirement?
16           MR. NOVIKOFF:  Objection.            3:12:42PM
17       A   I believe he has some responsibility. 3:12:43PM
18       Q   What is that responsibility?          3:12:46PM
19       A   To make sure that these men, these    3:12:48PM
20   officers are certified.
21           MR. NOVIKOFF:  Could we take that     3:12:54PM
22   break?
23           MR. GOODSTADT:  Yep.                  3:12:56PM
24           THE VIDEOGRAPHER:  The time is now    3:12:57PM
25   3:13 p.m.  We are now off the record.
```

TSG Reporting - Worldwide   (877) 702-9580

Page 262

GEORGE HESSE

```
1              GEORGE HESSE
2         (Whereupon, a discussion was held off  3:13:01PM
3    the record.)
4         THE VIDEOGRAPHER:  The time is now    3:29:04PM
5    3:29 p.m.  We are now back on the record.
6    BY MR. GOODSTADT:                           3:29:07PM
7    Q   Now, just to go back to the issue with  3:29:10PM
8    the uncertified officers working in Ocean Beach.
9    How did you learn about the fact that there was
10   this problem?
11   A   I don't remember -- I think I stated I  3:29:23PM
12   don't remember how I found out.
13   Q   Did you ever speak with Ms. Minerva     3:29:30PM
14   about the issue?
15   A   Yes.                         3:29:34PM
16   Q   When was the first time you spoke with  3:29:35PM
17   her about this issue?
18   A   I don't recall.                   3:29:37PM
19   Q   Do you recall what year it was?         3:29:39PM
20   A   It may have been the end of 2004 into   3:29:41PM
21   2005. I don't know.
22   Q   And when were the Bosettis hired?       3:29:49PM
23   A   I believe they came on in -- this is    3:29:52PM
24   off the top of my head, 2003.
25   Q   Is it possible it was 2002?            3:29:57PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 263

GEORGE HESSE

```
1              GEORGE HESSE
2    A   It's possible, yes.               3:30:00PM
3    Q   Were you at the -- were you at the      3:30:06PM
4    preseason meeting?  When I say that, do you know
5    what that mean when I say a preseason meeting?
6    A   Yes.                         3:30:13PM
7    Q   Of the department?                3:30:13PM
8    A   Yes.                         3:30:14PM
9    Q   Were you at the preseason meeting the   3:30:15PM
10   first year the Bosettis were hired?
11   A   I would say yes.                  3:30:18PM
12   Q   And did you tell the Bosettis in front  3:30:20PM
13   of the group that they would have to take their
14   tests?
15   A   I don't recall.                   3:30:28PM
16   Q   Did you ever speak with Catherine       3:30:38PM
17   Spies?  Do you know who that is, Catherine
18   Spies?
19   A   Yes.                         3:30:43PM
20   Q   Who is she?                    3:30:43PM
21   A   She was the deputy clerk. She's not     3:30:45PM
22   there anymore.
23   Q   Did you ever speak with her about this  3:30:49PM
24   issue?
25   A   Yes.                         3:30:51PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 264

GEORGE HESSE

```
1              GEORGE HESSE
2    Q   When was the first time you spoke with  3:30:52PM
3    her about the issue?
4         MR. NOVIKOFF:  About the issue, the    3:30:54PM
5    certification?
6         MR. GOODSTADT:  About the             3:30:57PM
7    certification issue, yes.
8    A   I don't recall.                   3:30:58PM
9    Q   Did you ever speak with Joe Loeffler    3:31:04PM
10   about the certification issue?
11   A   Yes.                         3:31:07PM
12   Q   When was the first time you spoke with  3:31:09PM
13   him?
14   A   I don't recall.                   3:31:11PM
15   Q   Who did you speak with first out of     3:31:13PM
16   those three people, Minerva, Loeffler, Spias,
17   about the issue?
18   A   I don't recall.                   3:31:23PM
19   Q   You're sure you didn't speak with       3:31:30PM
20   Minerva in December of '03 about this
21   certification issue?
22   A   Yeah.                        3:31:37PM
23        MR. NOVIKOFF:  Objection to the form.  3:31:38PM
24   A   It could've been.                 3:31:39PM
25   Q   So it's possible that you knew about    3:31:40PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 265

GEORGE HESSE

```
1              GEORGE HESSE
2    the fact that there were uncertified officers
3    working as early as December of '03?
4         MR. NOVIKOFF:  Objection to the form   3:31:48PM
5    of the question.
6    A   Possible.                      3:31:50PM
7    Q   Did you ever speak with Paradiso about  3:31:54PM
8    the issue?
9    A   Yes.                         3:31:56PM
10   Q   When is the first time you spoke with   3:31:57PM
11   him about the issue?
12   A   I don't recall.                   3:32:01PM
13   Q   Did you ever speak with any other       3:32:07PM
14   trustees other than for Loeffler about the
15   issue?
16        MR. NOVIKOFF:  Objection. He didn't    3:32:13PM
17   say he talked to Loeffler.
18   BY MR. GOODSTADT:                          3:32:15PM
19   Q   Did you ever speak to any trustees      3:32:16PM
20   about the issue?
21        MR. CONNOLLY:  When they were          3:32:20PM
22   trustees?
23        MR. GOODSTADT:  When they were         3:32:21PM
24   trustees, yeah.
25   A   Just Trustee Loeffler, I believe. I    3:32:23PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 266

| | GEORGE HESSE |
|---|---|
| 1 | GEORGE HESSE |
| 2 | don't recall if I would've talked to anybody |
| 3 | else. |
| 4 | Q   Did you ever speak to Natalie Rogers   3:32:28PM |
| 5 | about the issue? |
| 6 | A   You know, I don't recall.   3:32:31PM |
| 7 | Q   You don't recall one way or the other?   3:32:32PM |
| 8 | A   No.   3:32:35PM |
| 9 | Q   Was there a plan put in place to fix   3:32:35PM |
| 10 | the problem when you first learned of it? |
| 11 | MR. NOVIKOFF:  Objection.   3:32:42PM |
| 12 | MR. GOODSTADT:  Strike that.  Strike   3:32:43PM |
| 13 | that. |
| 14 | BY MR. GOODSTADT:   3:32:44PM |
| 15 | Q   Was there a plan put in place to fix   3:32:44PM |
| 16 | the problem? |
| 17 | MR. NOVIKOFF:  Same objection.   3:32:48PM |
| 18 | A   I wouldn't say there was a plan.  I   3:32:49PM |
| 19 | would say there was a suggestion to fix the |
| 20 | problem. |
| 21 | Q   Who made the suggestion?   3:32:53PM |
| 22 | A   I don't know where it came from, but   3:32:58PM |
| 23 | it filtered to me. |
| 24 | Q   How did it filter to you?   3:33:05PM |
| 25 | A   Paradiso asked me to look into the   3:33:07PM |

TSG Reporting - Worldwide   (877) 702-9580

Page 267

| | GEORGE HESSE |
|---|---|
| 1 | GEORGE HESSE |
| 2 | matter and see what I could do to correct it. |
| 3 | Q   Do you know when that conversation   3:33:15PM |
| 4 | occurred? |
| 5 | A   I don't recall.   3:33:17PM |
| 6 | Q   And did you do anything to correct the   3:33:20PM |
| 7 | matter? |
| 8 | A   Yes.   3:33:25PM |
| 9 | Q   How long after Paradiso told you that   3:33:26PM |
| 10 | did you do something to correct the matter? |
| 11 | A   I'm sure I started working on it right   3:33:30PM |
| 12 | away. |
| 13 | Q   And at that point in time, when   3:33:33PM |
| 14 | Paradiso told you to correct the matter, had you |
| 15 | known there was a problem or was that the first |
| 16 | time you learned there was a problem? |
| 17 | A   I don't recall.   3:33:41PM |
| 18 | Q   What did you do to fix the problem?   3:33:42PM |
| 19 | A   I believe I contacted Civil Service   3:33:46PM |
| 20 | and had to find out what these officers had to |
| 21 | do. |
| 22 | Q   Who at Civil Service did you speak   3:33:53PM |
| 23 | with -- strike that. |
| 24 | Did you contact Civil Service?   3:33:57PM |
| 25 | A   I may have.   3:33:58PM |

TSG Reporting - Worldwide   (877) 702-9580

Page 268

| | GEORGE HESSE |
|---|---|
| 1 | GEORGE HESSE |
| 2 | Q   Do you recall actually contacting   3:33:59PM |
| 3 | Civil Service? |
| 4 | A   I don't recall.   3:34:02PM |
| 5 | Q   Do you recall speaking to anyone at   3:34:02PM |
| 6 | Civil Service about what they had to do to |
| 7 | correct the problem? |
| 8 | A   At some point, I was in touch with   3:34:08PM |
| 9 | Allison Chester or Sanchez to correct the |
| 10 | problem. |
| 11 | Q   Do you recall when that was?   3:34:16PM |
| 12 | A   I don't recall.   3:34:17PM |
| 13 | Q   Do you recall how long after Paradiso   3:34:19PM |
| 14 | suggested that you fix the problem, the time gap |
| 15 | between that and the time you spoke with Sanchez |
| 16 | about it? |
| 17 | A   I'm not positive, no.   3:34:31PM |
| 18 | Q   Was it days, weeks, months years?   3:34:34PM |
| 19 | A   I don't recall.   3:34:37PM |
| 20 | Q   Other than for you, who else was   3:34:39PM |
| 21 | involved with the plan to fix the problem? |
| 22 | A   Maryann Minerva.   3:34:43PM |
| 23 | Q   Anyone else in the village involved   3:34:49PM |
| 24 | with the plan to fix it? |
| 25 | MR. NOVIKOFF:  Objection.   3:34:54PM |

TSG Reporting - Worldwide   (877) 702-9580

Page 269

| | GEORGE HESSE |
|---|---|
| 1 | GEORGE HESSE |
| 2 | A   Kathy Spies was part of it.   3:34:55PM |
| 3 | Q   Anyone else?   3:35:06PM |
| 4 | MR. NOVIKOFF:  Note my objection.   3:35:10PM |
| 5 | A   I don't know when Kara a McKenna   3:35:14PM |
| 6 | started, but she also involved with the Civil |
| 7 | Service stuff, so -- |
| 8 | Q   What was Minerva's role in the plan to   3:35:23PM |
| 9 | fix it? |
| 10 | MR. NOVIKOFF:  Objection to the form.   3:35:27PM |
| 11 | A   I don't know what her role was.   3:35:28PM |
| 12 | Q   Do you know anything that she did to   3:35:29PM |
| 13 | help fix the problem? |
| 14 | A   I don't know what she did, no.   3:35:35PM |
| 15 | Q   What was Spies's role?   3:35:37PM |
| 16 | MR. NOVIKOFF:  Objection.   3:35:39PM |
| 17 | A   I know she was in contact with Civil   3:35:40PM |
| 18 | Service.  I know there were some forms that |
| 19 | needed to be filled out. |
| 20 | Q   How do you know she was contact with   3:35:45PM |
| 21 | Civil Service? |
| 22 | A   She told me.   3:35:49PM |
| 23 | Q   Do you recall when she told you, what   3:35:55PM |
| 24 | year it was? |
| 25 | A   I don't recall.   3:35:57PM |

TSG Reporting - Worldwide   (877) 702-9580

Page 270

```
                 GEORGE HESSE
 1
 2      Q    Did she fill out the forms?
 3           MR. NOVIKOFF:  Objection.        3:36:04PM
 4      A    I believe she typed and hand writ some  3:36:04PM
 5  of them.  I don't know if she signs off on them
 6  or Maryann Minerva signs off on them.
 7      Q    How long did the process take from the  3:36:20PM
 8  time that you learned of the problem to the time
 9  that -- well, strike that.
10           Was the problem ever rectified?   3:36:25PM
11      A    Yes.                            3:36:27PM
12      Q    How was it rectified?  What was done?  3:36:28PM
13      A    All our officers are now certified by  3:36:31PM
14  Civil Service.
15      Q    And the ones who weren't certified   3:36:35PM
16  stepped down or were fired or --
17      A    Yes.                            3:36:39PM
18      Q    -- took different positions; is that   3:36:40PM
19  what happened?
20      A    Yes.                            3:36:42PM
21      Q    Okay.  How long between the time that  3:36:42PM
22  you learned of the problem until rectifying the
23  problem?
24      A    It may have taken a year and a half,   3:36:52PM
25  almost two years to correct.
```
TSG Reporting - Worldwide   (877) 702-9580

Page 271

```
                 GEORGE HESSE
 1
 2      Q    And during that period of a year and a  3:37:04PM
 3  half to two years, these people who were not
 4  certified were still being paid as police
 5  officers or did you suspend them for that
 6  period?
 7           MR. NOVIKOFF:  Objection again to the  3:37:16PM
 8  form.
 9           When you say "you," are you saying    3:37:17PM
10  Hesse or the village?
11           MR. GOODSTADT:  Good question.      3:37:21PM
12           MR. NOVIKOFF:  Because Hesse has said  3:37:22PM
13  at the time that he had no authority to hire
14  or fire.
15  BY MR. GOODSTADT:                          3:37:27PM
16      Q    Were these people employed by the   3:37:28PM
17  village as police officers and paid by the
18  village as police officers during that period?
19      A    Yes.                           3:37:32PM
20      Q    Do you know whether anyone alerted    3:37:35PM
21  Civil Service to that fact?
22           MR. NOVIKOFF:  Objection.           3:37:44PM
23      A    I don't know.                    3:37:45PM
24      Q    When was Arnold Hardman certified?   3:37:55PM
25      A    He never completed certification.    3:37:58PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 272

```
                 GEORGE HESSE
 1
 2      Q    And when was he employed up until as a  3:38:09PM
 3  police officer?
 4      A    I don't know the exact date when he   3:38:18PM
 5  was no longer employed.  I don't know the exact
 6  date.
 7      Q    Do you know what year it was?       3:38:24PM
 8      A    It may -- I'm just guessing, but --  3:38:26PM
 9  no, I don't recall.  I don't recall.
10      Q    Did he work at all in the season of   3:38:31PM
11  2006?
12      A    Yes.                           3:38:35PM
13      Q    Okay.  So he was still working at the  3:38:36PM
14  beach as an uncertified police officer after the
15  plaintiffs in this case were let go?
16      A    Yes.                           3:38:45PM
17      Q    And at that point in time, did you    3:38:47PM
18  know that he was not certified?
19      A    Yes.                           3:38:51PM
20      Q    So the problem actually wasn't fully  3:38:58PM
21  rectified in the year and a half to two years,
22  correct?
23           MR. NOVIKOFF:  Objection to form.   3:39:03PM
24           MR. CALLAHAN:  Objection to the form.  3:39:06PM
25      A    It depends on when we started it.    3:39:07PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 273

```
                 GEORGE HESSE
 1
 2           MR. NOVIKOFF:  Exactly.          3:39:09PM
 3      A    But I don't know exactly what the    3:39:10PM
 4  start date was, but I think it took somewhere in
 5  the range of a year and a half to two years to
 6  rectify it.
 7      Q    Why did you let Arnold Hardman go if   3:39:19PM
 8  he wasn't certified --
 9           MR. NOVIKOFF:  Prior objection.     3:39:25PM
10  BY MR. GOODSTADT:                          3:39:26PM
11      Q    -- prior to the season of 2006?    3:39:26PM
12           MR. NOVIKOFF:  Now objection to     3:39:30PM
13  foundation because he testified that he had
14  no hiring or firing authority until he was
15  appointed deputy chief.
16           MR. GOODSTADT:  Which was January of   3:39:36PM
17  '06.  Now I'm talking about April '06.
18           MR. NOVIKOFF:  No.  I think you      3:39:39PM
19  mentioned before the season.
20           MR. GOODSTADT:  Yeah.            3:39:44PM
21           MR. NOVIKOFF:  Okay, I understand.   3:39:44PM
22  Okay, you're right.
23           MR. GOODSTADT:  The decision was made  3:39:45PM
24  after he was deputy chief.
25           MR. NOVIKOFF:  You're right.  You're  3:39:47PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 274

1           GEORGE HESSE
2    right.
3           MR. CONNOLLY:  I'm just going to ask   3:39:48PM
4    that we read the question back now.
5           MR. GOODSTADT:  Okay.          3:39:51PM
6           MR. CONNOLLY:  Or you can repeat it.   3:39:51PM
7           MR. GOODSTADT:  It's been so long ago,   3:39:51PM
8    I'm not even sure what the question was.
9    BY MR. GOODSTADT:                     3:40:04PM
10      Q    So why didn't you let Arnold Hardman   3:40:05PM
11   go at the same time that you let the plaintiffs
12   go if you knew that he was not certified?
13          MR. NOVIKOFF:  Objection, only to the   3:40:14PM
14   extent that we have the same stipulation.
15          MR. GOODSTADT:  We do.          3:40:18PM
16          MR. NOVIKOFF:  You say let go, we say   3:40:19PM
17   not rehired.
18          MR. GOODSTADT:  It's also the word   3:40:23PM
19   that he used in the memo.
20          MR. NOVIKOFF:  That's different,   3:40:26PM
21   Andrew.
22      A    Ready?                        3:40:28PM
23      Q    Yes.                          3:40:29PM
24      A    He was in the process of completing   3:40:30PM
25   his battery of tests.  He had one test to go,
     TSG Reporting - Worldwide   (877) 702-9580

Page 275

1           GEORGE HESSE
2    which would be the polygraph; and for unknown
3    circumstances, polygraph would not let him take
4    the test.
5       Q    What do you mean by that?       3:40:46PM
6       A    We feel there was some interference   3:40:50PM
7    from the D.A.'s office, and they didn't permit
8    him to take the polygraph test.
9       Q    When did he apply to take the   3:41:02PM
10   polygraph test, if you know?
11      A    I don't know the exact date, but we   3:41:08PM
12   had three tentative dates set up.  We went to
13   two of them and we were turned away.
14      Q    What's the basis of your belief that   3:41:22PM
15   the D.A. interfered?
16      A    They wouldn't give us a reason why   3:41:25PM
17   they wouldn't let him take the test, and we were
18   under investigation at that point.
19      Q    So what leads you to the conclusion   3:41:31PM
20   that the D.A. actually interfered with the
21   ability of Mr. Hardman to take the test?
22      A    Because that's my feeling.     3:41:38PM
23      Q    Do you recall when he was scheduled,   3:41:41PM
24   what year it was he was scheduled to go take the
25   test?
     TSG Reporting - Worldwide   (877) 702-9580

Page 276

1           GEORGE HESSE
2       A    I don't know the exact dates.  No.   3:41:46PM
3       Q    Do you recall what year it was?   3:41:52PM
4       A    2006.                         3:41:53PM
5       Q    2006?                         3:41:54PM
6       A    Yeah.                         3:41:54PM
7       Q    Did he apply to take the test -- well,   3:42:01PM
8    strike that.
9           When was he hired?             3:42:04PM
10      A    2003, 2004 possibly.           3:42:06PM
11      Q    And when in 2006, was it before the   3:42:15PM
12   season or after the season that he applied?
13      A    Actually, I'm mistaken on the dates.   3:42:19PM
14   There was -- there was an opportunity for him to
15   take it in 2005; but then I think he couldn't
16   make that date, so I rescheduled someone else to
17   take it on that date.  And he may have been
18   rescheduled at a later date.  I don't know the
19   exact date.
20      Q    So he failed to appear in '05?   3:42:37PM
21      A    I wouldn't say he failed to appear.   3:42:40PM
22   It was a reschedule.
23      Q    And what date in '06 was he   3:42:47PM
24   rescheduled for?  Was it before the season or
25   after the season?
     TSG Reporting - Worldwide   (877) 702-9580

Page 277

1           GEORGE HESSE
2       A    It was in the heart of the season.  I   3:42:53PM
3    believe it might have been in the latter of
4    July, you know, one of the scheduled dates.
5    That might have been one of the last time that
6    we even tried.
7       Q    How often does the county administer   3:43:06PM
8    polygraph tests?
9           MR. NOVIKOFF:  Objection.      3:43:11PM
10   BY MR. GOODSTADT:                     3:43:11PM
11      Q    Back then, in '05.            3:43:12PM
12          MR. NOVIKOFF:  Same objection.   3:43:13PM
13      A    It's by appointment.          3:43:14PM
14      Q    Do they administer it all year round?   3:43:16PM
15          MR. NOVIKOFF:  Objection.      3:43:19PM
16      A    Yes.                          3:43:20PM
17      Q    So you can call and get on the   3:43:20PM
18   schedule any time of the year?
19          MR. NOVIKOFF:  Objection.      3:43:24PM
20   BY MR. GOODSTADT:                     3:43:25PM
21      Q    Or fill out a form and schedule any   3:43:27PM
22   time of the year?
23          MR. NOVIKOFF:  Objection.      3:43:31PM
24      A    I'm sure they could perform the test   3:43:32PM
25   at any time of the year.  It depends on their
     TSG Reporting - Worldwide   (877) 702-9580

Page 278

```
1              GEORGE HESSE
2    availability.
3        Q    Did you -- when you say that you --   3:43:39PM
4    strike that.
5        Did you actually call and reschedule   3:43:42PM
6    someone in for Hardman's spot that he couldn't
7    make?
8        A    Yes.                          3:43:49PM
9        Q    Did you at that time ask to have him   3:43:49PM
10   rescheduled?
11       A    I don't know if I did or not.   3:43:53PM
12       Q    Do you know when the first time   3:43:54PM
13   somebody reached out to the county to reschedule
14   him after he didn't appear in the '05 test?
15       A    Repeat that.                   3:44:02PM
16           MR. GOODSTADT:  Could you read that   3:44:04PM
17   back.
18           (Whereupon, the requested portion was   3:44:05PM
19       read back by the court reporter:  Do you
20       know when the first time somebody reached
21       out to the county to reschedule him after he
22       didn't appear in the '05 test?)
23       A    Read that one more time, I'm sorry.   3:44:19PM
24       Q    I'll reask it.                 3:44:21PM
25       Do you know when the first time either   3:44:22PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 279

```
1              GEORGE HESSE
2    he or someone on his behalf reached out to the
3    county to reschedule the test after he didn't
4    appear in '05?
5        A    I don't know.  I would've been the   3:44:31PM
6    only one that would have rescheduled his test,
7    so I don't recall.
8        Q    Do you have anything that would   3:44:38PM
9    refresh your recollection?  Take any notes of
10   these calls?
11       A    Not that I recall.             3:44:42PM
12       Q    How did you alert the officers when   3:44:43PM
13   their scheduled dates were coming up?
14       A    Just by cell phone -- by telephone.   3:44:48PM
15       Q    So you would call them?        3:44:50PM
16       A    Yeah.                          3:44:52PM
17       Q    Did you ever do anything in writing,   3:44:52PM
18   either by E-mail or a memo or a letter?
19       A    Sometimes I would write it right on   3:44:55PM
20   the front of their application pack.  Maybe I'd
21   just write it down on a note.
22       Q    Do you know whether you wrote anything   3:45:02PM
23   down with respect to Hardman?
24       A    I may have wrote something on the face   3:45:05PM
25   of his application, but I did that sometimes.  I
```
TSG Reporting - Worldwide   (877) 702-9580

Page 280

```
1              GEORGE HESSE
2    didn't do it all the time.  I don't know.
3        Q    When you say "application," that was   3:45:13PM
4    the applicant investigation section that you
5    were running at the time?
6        A    Yes.                           3:45:17PM
7        Q    Okay.  Who replaced Hardman in the '05   3:45:18PM
8    spot?
9        A    I believe it was Greg Keghlian.   3:45:24PM
10   K-E-G-H-L-I-A-N, Keghlian.
11       Q    Was Keghlian a new hire in '05 or had   3:45:33PM
12   he been a person who had been working there not
13   certified?
14       A    He wasn't a new hire in '05.  He   3:45:43PM
15   started in, I believe, '06.  But I might have
16   given his spot to Keghlian or it might have been
17   Bill Embry.  It might have even been Joe
18   Dediminico.  I'm not real sure.
19       Q    Other than for -- well, strike that.   3:46:05PM
20       Which people who served as police   3:46:09PM
21   officers that were uncertified eventually did
22   not pass the test to become certified?  You
23   testified Hardman.  I think you testified Cherry
24   decided that he would drop down because he
25   didn't want to take the test.  Who else
```
TSG Reporting - Worldwide   (877) 702-9580

Page 281

```
1              GEORGE HESSE
2    eventually did not become certified?
3        A    Danny Shook, John Dyer.  Bill Walsh,   3:46:28PM
4    he was never scheduled to do anything.  He just
5    went on to work at the D.A.'s office in Nassau.
6        I said John Dyer?  Did I say him?   3:46:46PM
7        Q    You did.                       3:46:49PM
8        A    Bullis decided not to take the battery   3:46:51PM
9    of tests.  He stepped down.  I'm not sure who
10   else.
11       Q    What happened to Dyer?  Did he step   3:47:00PM
12   down or was he fired?
13       A    I let him go.                  3:47:03PM
14       Q    When did that happen?          3:47:04PM
15       A    In 2006.                       3:47:12PM
16       Q    When did you let him go in 2006?   3:47:15PM
17       A    Because he failed the polygraph.   3:47:17PM
18       Q    When did you let him go?        3:47:19PM
19       A    Well, he didn't work the whole winter   3:47:23PM
20   of '05 in through '06.  So I think officially
21   might have been April 4th by memo to the village
22   office.
23       Q    If he failed the polygraph, would he   3:47:44PM
24   have the opportunity to take it again?
25       A    Yes.                           3:47:49PM
```
TSG Reporting - Worldwide   (877) 702-9580

Page 282

GEORGE HESSE

1
2    Q    And he elected not to or you        3:47:49PM
3    terminated him just because he failed it?
4    A    He pretty much elected not to do it    3:47:52PM
5    again.
6    Q    How about Dan Shook, did he step down,  3:47:55PM
7    did you let him go or did something else happen
8    with him?
9    A    He -- he moved -- well, he took a      3:48:03PM
10   different position within the police department.
11   Q    What position did he take?          3:48:07PM
12   A    Dispatcher.                         3:48:08PM
13   Q    How about Walsh?  Was he the one who  3:48:08PM
14   moved to the D.A.?
15   A    Yes.                                3:48:12PM
16   Q    How about Bullis?                   3:48:12PM
17   A    Dispatcher.                         3:48:14PM
18   Q    Did you get a copy of the           3:48:27PM
19   pre-polygraph questionnaire for your officers
20   prior to them taking the polygraph?
21   A    The pre-polygraph questionnaire is    3:48:34PM
22   part of the original packet.
23   Q    It's part of the packet?  How did you  3:48:38PM
24   get the pre-polygraph questionnaire?
25   A    That was part of -- when I was      3:48:43PM

TSG Reporting - Worldwide   (877) 702-9580

Page 283

GEORGE HESSE

1
2    arranging this application, I found it online
3    for another job.  I don't remember what the
4    other job was.
5    Q    Eddie Carter didn't get you a copy of  3:48:50PM
6    that from somebody in Quogue?
7    A    That?  You know what, I don't know.  I  3:48:55PM
8    think I got it online.
9    Q    Did you ever allow any of the        3:49:03PM
10   uncertified officers to review the polygraph
11   questionnaire from Frank Fiorillo's personnel
12   jacket?
13   A    No.                                 3:49:13PM
14   Q    Are the police officer personnel     3:49:16PM
15   jackets kept in the station?
16   A    Yes.                                3:49:20PM
17   Q    Where in the station?               3:49:20PM
18   A    Now they're kept in a locked filing   3:49:21PM
19   cabinet.
20   Q    How about in '05?                   3:49:24PM
21   A    In '05, they were kept in a filing    3:49:26PM
22   cabinet.
23   Q    Unlocked?                           3:49:29PM
24   A    Unlocked.                           3:49:29PM
25   Q    Did Allen Loeffler pass all tests that  3:49:41PM

TSG Reporting - Worldwide   (877) 702-9580

Page 284

GEORGE HESSE

1
2    are required to be a police officer?
3    A    He's been a cop since 1973.  I would   3:49:45PM
4    assume so.
5    Q    Do you know whether he took the basic  3:49:49PM
6    course for police officers?
7    A    Yes, he did.                        3:49:52PM
8    Q    Do you know whether anyone looked in   3:50:03PM
9    Frank's jacket to look at the polygraph
10   questions?
11   A    Not that I recall.                  3:50:09PM
12       (Whereupon, Bates document 5773 was   3:50:16PM
13   marked as Plaintiff's Exhibit 6 for
14   identification, as of this date.)
15       MR. NOVIKOFF:  Hesse 6?              3:50:46PM
16       MR. GOODSTADT:  Hesse 6.             3:50:48PM
17       I've placed in front of Mr. Hesse    3:50:56PM
18   what's been marked as Hesse 6.  It's a
19   one-page document bearing Bates No. 5773.
20   (Handing.)
21   BY MR. GOODSTADT:                        3:51:05PM
22   Q    Mr. Hesse, have you ever seen this    3:51:05PM
23   document?
24   A    I may have.                         3:51:07PM
25   Q    You see in the second paragraph -- and  3:51:08PM

TSG Reporting - Worldwide   (877) 702-9580

Page 285

GEORGE HESSE

1
2    this is a letter from the State of New York,
3    Division of Criminal Justice Services.  Second
4    paragraph, it says, "We've conducted a search of
5    our registry" records -- "registry and training
6    records, finding that Police Officer Allen
7    Loeffler, who is registered as a police officer
8    with the Ocean Beach Village Police Department,
9    has not successfully completed the basic course
10   for police officers."
11       Do you see that?                     3:51:32PM
12   A    Yes.                                3:51:33PM
13   Q    Do you know what that refers to?    3:51:34PM
14   A    It's stating that they say that he   3:51:35PM
15   never completed the police academy.
16   Q    Do you know whether this was ever    3:51:42PM
17   resolved one way or the other?
18       MR. NOVIKOFF:  Objection.  You haven't  3:51:46PM
19   asked him yet whether or not he was ever
20   aware of this since it was sent.  It went to
21   Paradiso.
22   BY MR. GOODSTADT:                        3:51:51PM
23   Q    Well, have you ever heard of that    3:51:52PM
24   issue?
25   A    Yes.                                3:51:53PM

TSG Reporting - Worldwide   (877) 702-9580

```
                                   Page 286
 1            GEORGE HESSE
 2        MR. NOVIKOFF: Okay.          3:51:54PM
 3   BY MR. GOODSTADT:                 3:51:55PM
 4     Q   When did you hear of it?    3:51:55PM
 5     A   I don't recall.             3:51:56PM
 6     Q   It was not in connection with this  3:51:58PM
 7   case, right?
 8        MR. NOVIKOFF: Objection. Form.  3:52:01PM
 9     A   No.                         3:52:02PM
10     Q   So you learned about it before this  3:52:03PM
11   case?
12     A   Yes.                        3:52:05PM
13     Q   Okay.  Do you know whether this issue  3:52:05PM
14   was ever resolved one way or the other?
15     A   I believe there was an attempt to  3:52:10PM
16   resolve it; but in my recollection, it has never
17   been resolved.
18     Q   Do you know whether -- well, strike  3:52:21PM
19   that.
20        When did Loeffler stop working for the  3:52:24PM
21   beach?
22     A   Off the top of my head, I don't know  3:52:26PM
23   what year.
24     Q   He stop working because of this issue?  3:52:30PM
25        MR. NOVIKOFF: Objection.       3:52:32PM
     TSG Reporting - Worldwide  (877) 702-9580
```

```
                                   Page 287
 1            GEORGE HESSE
 2     A   I'm not sure.               3:52:32PM
 3     Q   What was the attempt that was made to  3:52:41PM
 4   resolve the issue?
 5        MR. NOVIKOFF: Objection. Foundation.  3:52:44PM
 6        Go ahead.                    3:52:45PM
 7        MR. CONNOLLY: Objection.      3:52:47PM
 8        You can answer.              3:52:48PM
 9     A   Okay.  I actually called the police  3:52:49PM
10   academy -- academy to see if they could pull
11   some records from back then, 1973; and out of
12   all the class files, they could not the class
13   that he was in.
14     Q   Uh-huh.  So to this day, do you know  3:53:07PM
15   whether there's ever been any confirmation,
16   official confirmation that he graduated the
17   academy?
18     A   None that I've received.      3:53:17PM
19     Q   Did you ever discuss with Allen  3:53:41PM
20   Loeffler why he stopped working as a police
21   officer in Ocean Beach?
22     A   I don't recall.             3:53:49PM
23     Q   How many years did he work on the  3:53:51PM
24   Ocean Beach force?
25     A   I'd like to say on and off since 1970.  3:53:59PM
     TSG Reporting - Worldwide  (877) 702-9580
```

```
                                   Page 288
 1            GEORGE HESSE
 2     Q   If he did not pass the academy or  3:54:02PM
 3   graduate the academy, do you know whether that
 4   would be a violation of New York State Civil
 5   Service law?
 6        MR. NOVIKOFF: Objection.      3:54:17PM
 7        MR. CALLAHAN: Objection.      3:54:18PM
 8        MR. CONNOLLY: Objection.      3:54:19PM
 9     A   I have no idea.             3:54:19PM
10        MR. GOODSTADT: Please mark that.  3:54:26PM
11        (Whereupon, Bates document 5769 was  3:54:27PM
12   marked as Plaintiff's Exhibit 7 for
13   identification, as of this date.)
14        MR. NOVIKOFF: I've placed in front  3:54:52PM
15   of Mr. Hesse what's been marked as Hesse 7.
16   It's a one-page exhibit bearing Bates
17   No. 5769.  (Handing.)
18   BY MR. GOODSTADT:                 3:55:00PM
19     Q   Mr. Hesse, have you ever seen this  3:55:01PM
20   letter from the Suffolk County Department of
21   Civil Service?
22     A   I may have.                 3:55:09PM
23     Q   And do you see on the second paragraph  3:55:16PM
24   where it says, "Unless we receive notification
25   that Mr. Loeffler has satisfied the criteria for
     TSG Reporting - Worldwide  (877) 702-9580
```

```
                                   Page 289
 1            GEORGE HESSE
 2   police officer certification, our records would
 3   indicate that his appointment was disapproved.
 4   Continued employment would be a violation of New
 5   York State Civil Service law."
 6        Do you see that?             3:55:34PM
 7     A   Yes.                        3:55:36PM
 8        MR. NOVIKOFF: Are you going to read  3:55:37PM
 9   the next sentence?
10   BY MR. GOODSTADT:                 3:55:39PM
11     Q   "It is our understanding that  3:55:39PM
12   Mr. Loeffler is no longer employed by the
13   village, but that his termination has not been
14   reported to us."
15        MR. NOVIKOFF: Okay. Thank you.  3:55:46PM
16   BY MR. GOODSTADT:                 3:55:47PM
17     Q   The question is: Does this refresh  3:55:48PM
18   your recollection as to whether it would be a
19   Civil Service violation if he had worked there
20   without passing or without graduating the
21   academy?
22        MR. NOVIKOFF: I'm going to object to  3:55:57PM
23   the question as to form, and the basis for
24   my objection is he didn't say he doesn't
25   recall.  He says I have no clue.  So I'm
     TSG Reporting - Worldwide  (877) 702-9580
```

Page 290

GEORGE HESSE

1           GEORGE HESSE
2     objecting to the form of the question.
3           MR. CONNOLLY:  Similar objection.      3:56:07PM
4           Please answer the question.            3:56:10PM
5     A    I wouldn't know.                         3:56:11PM
6     Q    Do you know how this certification      3:56:29PM
7  issue was brought to the Civil Service
8  attention?
9           MR. NOVIKOFF:  Objection to form. No  3:56:36PM
10  foundation.
11           MR. CALLAHAN:  Same.                   3:56:39PM
12     A    On Allen Loeffler specifically?        3:56:41PM
13     Q    No, just generally, that there were    3:56:44PM
14  people at Ocean Beach working as police officers
15  who were not certified.
16           MR. NOVIKOFF:  Same objection.         3:56:50PM
17     A    I have an idea, yes.                     3:56:51PM
18     Q    And what's your idea?                   3:56:52PM
19     A    There was an issue with -- we picked   3:56:55PM
20  up a couple of police officers that once worked
21  for the state park police as part-time seasonal
22  police officers.  It should be seasonal.  They
23  were strictly seasonal.  And the New York State
24  park police decided to do away with their
25  part-time seasonal program, and a bunch of those

TSG Reporting - Worldwide   (877) 702-9580

Page 291

GEORGE HESSE

1           GEORGE HESSE
2  seasonal part-time, whatever you want to call
3  them, were let go.  They all were seeking other
4  part-time seasonal police jobs.  And I believe
5  we hired two of them.  And from what I recall
6  was that because Ocean Beach just employed them
7  and put them on, that other villages that came
8  in contact with these officers had made a gripe
9  that we, Ocean Beach, just employed these guys
10  without having to go through a battery of Civil
11  Service tests, and they protested it.  So I
12  believe someone contacted Civil Service and
13  said, well, if Ocean Beach doesn't do it, why do
14  we have to do it.
15     Q    So you believe it was another village  3:58:15PM
16  police department?
17     A    I believe so, yes.                       3:58:19PM
18     Q    Did you ever hear anyone allege that   3:58:20PM
19  it was Tommy Snyder who tipped off Civil Service
20  to that problem?
21     A    I've heard allegations of such, but    3:58:27PM
22  not about Tom Snyder.
23     Q    Who did you hear allegations about     3:58:31PM
24  that tipped off Civil Service?
25     A    Eddie Carter.                            3:58:35PM

TSG Reporting - Worldwide   (877) 702-9580

Page 292

GEORGE HESSE

1           GEORGE HESSE
2     Q    Who told you that Ed Carter tipped off 3:58:44PM
3  Civil Service?
4     A    I don't recall.                          3:58:47PM
5     Q    You don't recall who -- strike that.    3:58:48PM
6           Where were you when you learned about  3:58:51PM
7  that?
8     A    I don't recall.                          3:58:53PM
9     Q    Was it people on the department who     3:58:54PM
10  mentioned that to you?
11     A    It may have been, yes.                   3:58:57PM
12     Q    Did you ever discuss that issue with   3:59:00PM
13  the Bosettis?
14           MR. NOVIKOFF:  What issue?             3:59:02PM
15           MR. GOODSTADT:  That Ed Carter tipped  3:59:03PM
16  off Civil Service, the claim that Ed Carter
17  tipped off the Civil Service to the fact
18  that there were uncertified officers working
19  there.
20           MR. NOVIKOFF:  I object to the form.   3:59:14PM
21     A    There were protests made by other      3:59:15PM
22  part-time seasonal police officers to that fact,
23  but I let it be known where I actually heard it
24  from.
25     Q    Who issued or lodged these protests?   3:59:22PM

TSG Reporting - Worldwide   (877) 702-9580

Page 293

GEORGE HESSE

1           GEORGE HESSE
2     A    Gary Bosetti, Ty Bacon.  I don't        3:59:28PM
3  recall if anybody else ever really protested it.
4     Q    Did you ever hear either Bosetti or     3:59:37PM
5  Bacon refer to Ed Carter as a rat?
6     A    I don't recall.                          3:59:44PM
7     Q    Did you ever hear them refer to Ed      3:59:45PM
8  Carter as a Civil Service rat?
9     A    I don't recall.                          3:59:49PM
10     Q    Did you ever hear them, either of       3:59:50PM
11  them, refer to any of the plaintiffs as a rat?
12     A    I don't recall.                          3:59:54PM
13     Q    Did you ever hear them refer to any of 3:59:55PM
14  the plaintiffs as a Civil Service rat?
15     A    I really don't recall.                   4:00:01PM
16     Q    Did you ever hear anyone refer to the  4:00:03PM
17  plaintiffs or any of the plaintiffs as a rat?
18     A    I don't recall.                          4:00:07PM
19     Q    Did you ever hear anyone refer to any  4:00:07PM
20  of the plaintiffs as a Civil Service rat?
21     A    I don't recall.                          4:00:12PM
22     Q    Do you have anything that would        4:00:12PM
23  refresh your recollection?
24     A    No.                                      4:00:15PM
25     Q    Did you ever refer to any of the       4:00:15PM

TSG Reporting - Worldwide   (877) 702-9580

Page  294

```
1              GEORGE HESSE
2    plaintiffs as a rat?
3         A    Yes.                      4:00:22PM
4         Q    Which plaintiffs did you refer to as a  4:00:22PM
5    rat?
6         A    Frank Fiorillo.           4:00:25PM
7         Q    When did you refer to him as a rat?  4:00:28PM
8         A    I believe it was on a blog.   4:00:30PM
9         Q    So you posted on the blog referring to  4:00:38PM
10   Frank Fiorillo as a rat?
11        A    Yes.                      4:00:41PM
12        Q    Which blog?               4:00:42PM
13        A    The Schwartz report,      4:00:43PM
14   LongIslandpolitics.com.
15        Q    What name did you post under?  4:00:49PM
16        A    For that entry, I don't know.  4:00:54PM
17        Q    How many times did you post on the  4:00:56PM
18   Schwartz report?
19        A    Oh God, 25, 30 times, maybe.  4:01:01PM
20        Q    Under what names have you posted  4:01:05PM
21   under?
22        A    Still Employed was one.  Maybe Still  4:01:15PM
23   Employed 2.  Dirty, Dirty 1, with the number
24   one, and maybe some other variations of that.
25   Others, I don't recall.
     TSG Reporting - Worldwide   (877) 702-9580
```

Page  295

```
1              GEORGE HESSE
2         Q    Do you have a list anywhere of names  4:01:34PM
3    that you posted under?
4         A    I don't currently have a list, no.   4:01:38PM
5         Q    Did you ever have a list?   4:01:40PM
6         A    Just what was on the blog.   4:01:41PM
7         Q    And what -- where did you post these  4:01:43PM
8    25 to 30 -- I know you posted them on the
9    Schwartz report.  But where physically were you
10   when you were posting these 25 to 30 posts?
11        A    From my house.            4:01:53PM
12        Q    Did you ever post from the Ocean Beach  4:01:54PM
13   Police Department?
14        A    A couple.                 4:01:57PM
15        Q    How many times did you post from the  4:02:02PM
16   police department?
17        A    I don't recall.           4:02:05PM
18        Q    Which house did you post from?  4:02:06PM
19        A    191 The Helm.             4:02:08PM
20        Q    Are you aware of any other current or  4:02:17PM
21   former Ocean Beach police officers who post on
22   the blog?
23        A    Nobody that's openly admitted to me,  4:02:25PM
24   no.
25        Q    Did you ever see anyone post on the  4:02:29PM
     TSG Reporting - Worldwide   (877) 702-9580
```

Page  296

```
1              GEORGE HESSE
2    blog in the police station, other than for
3    yourself?
4         A    No.                       4:02:34PM
5         MR. GOODSTADT:  Tape's over.   4:02:37PM
6         THE VIDEOGRAPHER:  Yeah.  The time is  4:02:39PM
7    now 4:02 p.m.  We are now off the record.
8         (Whereupon, a discussion was held off  4:02:59PM
9    the record.)
10        MR. GOODSTADT:  Back on the record.   4:04:20PM
11        Well, due to a scheduling problem,   4:04:25PM
12   we've decided to break for the day, but
13   Mr. Connolly has agreed to bring his client
14   back for an additional day, not a full day,
15   on another occasion to complete the
16   deposition.  I still have two hours and 35
17   minutes under the federal rules.  We plan to
18   make a motion to the court, unless we can
19   agree to some additional time prior to that.
20        MR. CONNOLLY:  That is my       4:04:49PM
21   understanding.
22        MR. GOODSTADT:  I also want to put on  4:04:50PM
23   the record, to the extent that Mr. Hesse has
24   not reviewed his E-mail accounts, which I
25   think he was required to do under the
     TSG Reporting - Worldwide   (877) 702-9580
```

Page  297

```
1              GEORGE HESSE
2    discovery in his personal and professional
3    capacities, just to make sure nothing gets
4    destroyed, everything is preserved from here
5    on in his E-mails.
6         MR. CONNOLLY:  That will be taken  4:05:12PM
7    under advisement.  I'll look into that.
8         MR. GOODSTADT:  Great.          4:05:15PM
9         MR. NOVIKOFF:  And so we're clear with  4:05:17PM
10   regard to Mr. Hesse, we are coming back on
11   the 16th to complete his deposition, at
12   least complete the deposition of plaintiffs
13   of Mr. Hesse up to seven hours, unless
14   before that date the court grants more time
15   or there's an agreement.  And in addition,
16   certainly the village will have its
17   opportunity on the 16th or a date
18   thereafter to continue, and I presume the
19   county as well.
20        MR. GOODSTADT:  And his own lawyer,  4:05:49PM
21   for that matter.
22        (Continued on the next page to include  4:05:53PM
23   jurat.)
24
25
     TSG Reporting - Worldwide   (877) 702-9580
```

## Page 298

```
 1              GEORGE HESSE
 2        MR. NOVIKOFF:  And his own lawyer, for  4:05:53PM
 3    that matter.
 4        MR. GOODSTADT:  I have no objections   4:05:53PM
 5    to any of that.
 6        (Time noted 4:05 p.m.)          4:05:55PM
 7        _____
 8              GEORGE HESSE
 9
      Subscribed and sworn to before me
10    this      day of        , 2009
11    _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 299

```
 1              PROCEEDINGS
 2            C E R T I F I C A T E
 3
 4       I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Publi
 5    and for the State of New York, do hereby certify:
 6       THAT the witness whose testimony is hereinbefo
 7    set forth, was duly sworn by me; and
 8       THAT the within transcript is a true record
 9    of the testimony given by said witness.  I further
10    certify that I am not related, either by blood or
11    marriage, to any of the parties to this action; and
12       THAT I am in no way interested in the outcome
13    this matter.
14       IN WITNESS WHEREOF, I have hereunto set
15    my hand this 8th day of June, 2009.
16
17        _____
18           JUDI JOHNSON, RPR, CRR, CLR
19
20
21
22
23
24
25
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 300

```
 1              PROCEEDINGS
 2               INDEX
 3    ATTORNEY                    PAGE
 4        By Mr. Goodstadt          7
 5
 6
 7
 8
 9
10
11
12          INDEX OF HESSE EXHIBITS
13    I.D.        DESCRIPTION         PAGE
14    Exhibit 1  Bates document 3856      122
15    Exhibit 2  Bates document 3847      140
16    Exhibit 3  Bates document 3845-46   155
17    Exhibit 4  Bates document 28        173
18    Exhibit 5  A letter dated January 2007  184
19    Exhibit 6  Bates document 5773      284
20    Exhibit 7  Bates document 5769      288
21
22
23
24
25
```
TSG Reporting - Worldwide   (877) 702-9580

## Page 301

```
 1              ERRATA SHEET
 2    NAME OF CASE:  CARTER V. OCEAN BEACH
 3    DATE OF DEPOSITION: June 3, 2009
 4    NAME OF WITNESS:  GEORGE HESSE
 5
 6    Reason codes:
 7        1. To clarify the record.
 8        2. To conform to the facts
 9        3. To correct the transcription
10           errors.
11    Page _____ Line _____ Reason _____
12    From _____ to _____
13    Page _____ Line _____ Reason _____
14    From _____ to _____
15    Page _____ Line _____ Reason _____
16    From _____ to _____
17    Page _____ Line _____ Reason _____
18    From _____ to _____
19    Page _____ Line _____ Reason _____
20    From _____ to _____
21    Page _____ Line _____ Reason _____
22    From _____ to _____
23
24    _____
      GEORGE HESSE
25
```
TSG Reporting - Worldwide   (877) 702-9580

**A**

**ability (2)**
176:15 275:21
**able (2)**
80:17 83:8
**absence (1)**
86:11
**absolutely (2)**
50:10 235:4
**academy (30)**
76:15,18,20,21,24,25
79:16,21 80:15,18
80:20 81:9,11 82:15
82:19 83:13 84:10
97:16,25 98:5,8,11
104:24 285:15
287:10,10,17 288:2
288:3 289:21
**accept (1)**
79:14
**acceptable (2)**
213:12,13
**accident (1)**
225:3
**accommodate (1)**
38:4
**account (3)**
186:2 198:13 199:4
**accounts (2)**
200:16 296:24
**accurate (1)**
259:17
**acquaintances (1)**
108:18
**acquitted (2)**
61:24 63:7
**acting (8)**
1:11 165:6,19 168:4
169:12 172:5,8
174:5
**action (10)**
20:14,17,21,23 21:4
21:11,15 131:7,12
299:11
**active (2)**
47:13,18
**actual (5)**
71:17 100:18 137:22
154:4 238:13
**addition (1)**
297:15

**additional (4)**
151:25 152:5 296:14
296:19
**address (52)**
6:7 8:5,6,7,9,12,25
9:2,12,19,24 10:7
10:12 11:2,9 12:13
12:13,18,19,20
13:18,18,19,19,22
13:25,25 15:10,12
15:23 17:5,5,16,16
18:12,20 108:2,3
119:20 120:3
197:15,18,21,24
198:3 200:6,13
205:4 207:15 208:7
208:13 212:12
**addressed (1)**
100:7
**addresses (6)**
9:11 199:2,6,25 200:3
212:9
**administer (3)**
5:13 277:7,14
**administered (2)**
81:8 157:22
**administrated (1)**
158:13
**administrative (1)**
192:10
**administrator (1)**
40:17
**admitted (1)**
295:23
**Adult (2)**
205:15 207:13
**advice (1)**
247:21
**advise (1)**
224:18
**advised (2)**
181:8 194:11
**advisement (1)**
297:7
**agency (1)**
112:22
**ages (1)**
10:17
**age-restricted (1)**
206:14
**agility (6)**

81:12,18 82:5,10,15
82:19
**ago (5)**
8:22 11:10 58:24
258:11 274:7
**agree (3)**
42:12 257:22 296:19
**agreed (8)**
5:2,6,10 42:10 48:10
74:21 213:8 296:13
**agreement (5)**
23:4,8,11,18 297:15
**ahead (1)**
287:6
**al (2)**
6:14 108:22
**alcoholic (2)**
244:9,14
**alert (3)**
92:5,22 279:12
**alerted (3)**
127:14 252:13 271:20
**allegation (14)**
31:10 68:4 133:3
203:12 226:21
227:4,6,8 228:23
229:3 235:22
250:14 253:10,13
**allegations (36)**
8:4 25:13 28:19 32:13
38:24 39:3,4,5,8,15
39:18 46:20 51:5
67:6,20,24 69:21
70:4 71:3,10,20,24
73:7,17 74:7,11
202:16 203:10
208:19 209:2 220:7
222:19,23 226:19
291:21,23
**allege (9)**
22:8 29:3 32:20 35:11
35:16,20 64:23
202:18 291:18
**alleged (10)**
22:9 28:2,4 29:8
32:23 33:2 60:17
135:2 181:12 217:9
**allegedly (1)**
58:14
**alleging (5)**
22:4 35:24 75:19,22

250:13
**Allen (5)**
110:22 283:25 285:6
287:19 290:12
**Allison (22)**
1:14 7:16 184:25
185:23 186:16,19
187:6 189:6 222:2
225:11 226:19
236:6,7,10 237:23
239:11 246:5,25
247:5 249:20
252:22 268:9
**allocuted (1)**
34:12
**allow (2)**
179:9 283:9
**allowed (1)**
16:16
**amount (2)**
35:19 148:24
**amounted (4)**
32:20 35:16,21 64:24
**Andrew (13)**
3:7 7:2,22 10:5 11:22
25:17 62:8 67:8
141:3 157:3 208:15
235:5 274:21
**and/or (1)**
142:23
**Anesh (2)**
60:25 61:2
**animosity (11)**
52:19,21,24 53:6,8,10
53:18,23 54:3,6,9
**Ann (1)**
241:24
**answer (21)**
23:6,19,20 30:10
37:14,22 51:22 84:6
87:11 101:2 116:2
170:4 188:10
202:20 203:23
204:12 211:23
259:9 260:4 287:8
290:4
**answered (7)**
29:21 76:3 119:22
156:15 217:19
235:14 257:20
**answers (2)**

36:25 72:10
**anticipated (1)**
18:22
**anticipation (1)**
17:23
**anybody (15)**
92:5 127:10 161:11
163:19 175:5 177:4
196:16 210:4
217:21,25 245:10
245:15 252:3 266:2
293:3
**anymore (1)**
263:22
**AOL (2)**
207:7,9
**aol.com (1)**
207:20
**apartment (1)**
8:14
**apartments (1)**
16:17
**apologize (4)**
64:22 140:22 202:7
208:2
**apparently (1)**
95:25
**appear (6)**
153:18 276:20,21
278:14,22 279:4
**appearance (1)**
204:8
**APPEARANCES (1)**
3:2
**apple (1)**
212:17
**applicant (9)**
91:8,20 92:15,18 93:2
93:22 94:21 96:16
280:4
**applicants (4)**
91:15 93:20 94:10,18
**application (13)**
77:25 79:15 91:6
93:17 95:6,10,21
96:5 165:16 279:20
279:25 280:3 283:2
**applications (3)**
93:24 94:2 261:8
**applied (5)**
77:9 111:17 113:7

165:7 276:12
**applies (2)**
112:23,25
**apply (8)**
77:12 79:23 112:21
113:3,18,19 275:9
276:7
**appoint (1)**
151:14
**appointed (5)**
124:11 187:10 188:24
240:12 273:15
**appointment (19)**
124:6,10 129:3 138:2
138:20 139:4
141:20 149:25
151:14 153:22
154:6 156:24
157:10 168:20
169:16 172:2,4
277:13 289:3
**approach (1)**
166:9
**approached (1)**
165:24
**appropriate (2)**
182:22 183:6
**approval (12)**
24:7 151:13 152:15
152:18,23,25 153:6
153:13 156:23
177:13,15 261:9
**approve (2)**
94:3 194:4
**approved (11)**
150:22,24,25 151:6,8
156:12 168:16,18
172:2 174:21 191:3
**approximately (7)**
6:18 8:16 49:22 68:9
70:13 73:21 84:22
**April (5)**
76:22 211:19 250:4
273:17 281:21
**Argumentative (1)**
9:16
**Ariel (2)**
3:8 7:4
**Arnie (2)**
255:6,7
**Arnold (6)**

61:16 63:16 103:4
271:24 273:7
274:10
**arranging (1)**
283:2
**arrest (14)**
22:7 28:14 33:23 60:7
60:9,10,12,18 63:8
63:11,12,13 65:12
80:23
**arrested (11)**
27:11,18 28:15,16
33:4,18,21 34:4
63:18 65:6,16
**arresting (6)**
20:10 27:19,20 28:24
33:24 63:15
**arrests (1)**
27:16
**arrived (2)**
216:8,12
**arrow (1)**
175:9
**Ashley (4)**
205:15 207:24,25
211:16
**AshleySabrina.com...**
207:23
**aside (1)**
62:18
**asked (27)**
29:20 55:6,9,11,21
56:8 59:22 76:2
88:7 106:4 119:21
124:5 135:7 145:15
156:14 164:3,6
217:18 221:2
228:10 231:11
257:19 258:10,20
259:3 266:25
285:19
**asking (3)**
23:15 62:12 196:7
**aspects (1)**
176:2
**assault (1)**
65:11
**assigned (2)**
125:3 129:16
**assist (1)**
60:9

**assistance (1)**
102:23
**association (1)**
6:23
**assorted (1)**
93:17
**assume (7)**
37:15 77:9 149:24
175:25 187:16
235:25 284:4
**assumed (3)**
129:2,8 168:9
**assuming (2)**
102:4 259:25
**attempt (2)**
286:15 287:3
**attend (3)**
76:18 157:21 158:5
**attended (1)**
76:15
**attention (2)**
241:24 290:8
**attorney (11)**
7:23 38:15 56:5 61:5
181:17 184:11
215:15,17 217:3,3
300:3
**attorneys (6)**
3:4,11,19 4:6,14 5:3
**attorney-client (2)**
182:20 183:5
**at-will (1)**
249:6
**August (2)**
243:17,18
**authority (10)**
152:2,5,9,12 175:17
175:20 177:12
195:17 271:13
273:14
**authorize (1)**
88:19
**authorized (1)**
5:12
**availability (1)**
278:2
**Avenue (1)**
3:5
**awarded (1)**
92:23
**awarding (2)**

92:9,19
**aware (34)**
23:3,17,22,23,25
44:18 54:12 69:12
79:6 91:7 98:3,23
98:24 99:4 112:9
113:9 128:16
135:15 149:3 153:4
159:18 167:11,12
171:5 174:16
179:20,22,25
210:21 239:17,17
252:2 285:20
295:20
**a.m (7)**
2:4 4:9 6:19 105:17
105:23 130:2
134:15

---

**B**

**B (2)**
1:12 3:11
**back (47)**
12:16 15:8 16:11 24:3
24:20 45:7 46:14
52:16 63:3 66:7
86:12,13 89:6
104:14 105:24
110:12 111:17
112:3,4,11,13
114:23 183:8,12
189:5 195:16 201:4
204:5 205:8 209:9
212:16 213:3 236:6
248:9,19 260:8,10
262:5,7 274:4
277:11 278:17,19
287:11 296:10,14
297:10
**background (5)**
85:13,14,20 94:12,16
**Bacon (12)**
53:12 73:17 74:6 95:8
96:21 218:5,19
219:3,7,9 293:2,5
**bad (1)**
83:17
**badmouthing (1)**
143:25
**bail (5)**
55:23,25 56:13,14,15

**Bambrick (1)**
218:6
**banged (1)**
253:20
**bar (1)**
244:6
**barracks (8)**
9:3,4 14:9,16 15:8
16:18 88:8,15
**based (9)**
42:3,5 71:15 95:21
117:7,12 228:6,19
228:22
**baseless (15)**
41:20,25 46:6 68:15
68:17 71:4,6,14
74:9,14,22 75:6,7
75:14 222:21
**basic (2)**
284:5 285:9
**basically (2)**
192:10 250:15
**basics (1)**
71:12
**basis (16)**
11:20 17:22 18:3
71:13 101:25
124:14 126:9 136:9
149:10 153:5
179:11 181:14
211:22 261:7
275:14 289:23
**Bates (19)**
122:3,10 140:24
141:9 155:4,12
173:12,18 185:4
284:12,19 288:11
288:16 300:14,15
300:16,17,19,20
**baton (1)**
33:3
**battery (11)**
80:22 81:5 95:14 96:4
96:12 104:23
254:18 255:16
274:25 281:8
291:10
**Bay (4)**
6:9 8:7 12:18 13:22
**beach (152)**
1:8,11 3:19,20 6:10

6:15 8:8,14,17,19
8:21,23,25 9:3
10:10 11:9 12:13,21
13:9,18,19,25 14:5
14:8,11,24 15:3
16:2,5,8 17:4,15,21
17:24 18:9,11,19
22:2,3 31:15,19
32:5 35:9 38:25
39:19 61:17 64:13
64:17 76:6,11,13
77:24 79:24 86:2,5
86:17,19 87:15
89:10 91:3,8,21
92:9,16 93:2 94:21
97:3,11 98:21 99:18
100:19 103:17,25
105:2 106:5 107:11
107:20 108:7
109:12,15,19,23
110:25 113:22
114:24 115:4
119:10,15,20 120:3
120:24 123:23
124:3 127:11 130:7
134:4 135:20 143:4
146:2 159:20
161:12,19 171:15
171:16,17 177:6
178:13,16 186:3,6
187:25 190:21
192:2 193:18 194:7
199:23 210:2,4,12
210:23 216:14,21
217:22,25 230:5,6
240:24 241:21
250:9,23 252:4,8,15
253:25 254:14,18
256:17 258:12
259:15 262:8
272:14 285:8
286:21 287:21,24
290:14 291:6,9,13
295:12,21 301:2
**BeachCop (1)**
207:17
**BeachCopp (1)**
208:11
**BeachCop03 (2)**
207:16,18
**BeachCop03@aol (1)**

200:5
**BeachCop03@aol.c...**
199:10 208:14
**BeachCop03@yaho...**
199:12 200:9
**BeachCop103 (1)**
208:8
**bearing (5)**
122:10 155:12 173:17
284:19 288:16
**beat (3)**
22:8 60:18 65:5
**beaten (2)**
22:6 28:3
**becoming (1)**
93:15
**Bee (4)**
4:5 133:12,13,14
**beginning (2)**
107:12 115:6
**behalf (4)**
7:3,10 169:3 279:2
**belief (10)**
41:25 124:14 126:9
136:9 148:21
181:14 185:18
261:6,7 275:14
**believe (137)**
18:16 20:20 22:23
24:6,17 25:6,9 26:2
29:5 30:24 35:8
39:23 40:14 43:19
44:7 52:4 56:14
59:21 60:25 61:6,15
62:9 64:2,18 65:13
65:20 67:15 74:13
77:13 78:6 79:13,25
80:21,25 82:17 84:2
84:19 86:24 87:4
90:2 91:4 95:11
96:20 97:22 98:20
103:10 106:14
110:8 111:25 116:6
121:6,12 122:16
124:11 125:4 126:8
130:11 131:10,15
131:18 133:12,23
134:3 136:7,16
139:7,16 143:3,23
149:12,18 150:21
152:17 153:17

159:12,24 160:18
161:7 165:2 169:5
178:23 179:23
180:2,4 181:13,15
183:17 184:9,12
185:3 186:20
191:22 192:22
197:8 198:20 202:4
208:11 216:9,13
224:17 225:13
226:20 227:8
232:20 233:19
237:10 238:9,19,20
240:16 241:22
246:3,12 249:3
250:4,7,11,18,23
251:11,23 258:10
259:15 261:17
262:23 265:25
267:19 270:4 277:3
280:9,15 286:15
291:4,12,15,17
294:8
**believed (3)**
25:20 29:9 50:5
**best (2)**
148:9,10
**Betenhause (1)**
201:7
**Betenhauser (7)**
178:6,16,17,18 179:3
201:9,10
**Betenhauser's (1)**
178:9
**better (1)**
44:11
**beverages (2)**
244:9,14
**Bill (3)**
254:24 280:17 281:3
**Billy (2)**
25:12 218:6
**bit (7)**
54:16 97:13 106:16
112:14 225:24
233:5 253:12
**blamed (7)**
50:9,17,21 51:10 52:9
59:17,24
**block (1)**
240:10

**blog (6)**
294:8,9,12 295:6,22
296:2
**blood (1)**
299:10
**Bloomberg (2)**
34:23 35:11
**board (28)**
92:8 136:18,19,22
137:3,6 150:22,24
151:2 152:14
153:19 154:9,16,20
154:24 156:12
166:2,11 167:2,4,10
168:12,19,25
177:13 191:16,23
210:13
**Bob (15)**
21:25 27:22,22,23
78:4,10 79:14
110:18,19 111:6,21
142:7,20,22 143:16
**book (2)**
56:13,15
**Bop (1)**
78:8
**born (1)**
13:15
**Bosetti (16)**
53:2,3 66:11 67:2,7
67:21,25 95:16
96:20 225:2 232:3,5
234:6 254:25 293:2
293:4
**Bosettis (8)**
53:20,24 54:10
224:25 262:22
263:10,12 292:13
**Bosetti's (2)**
224:5,7
**boss (1)**
136:10 248:9 249:11
**bottom (5)**
122:17,19 123:6,15
141:15
**Box (2)**
6:9 8:7
**break (8)**
38:2 56:23 57:3
200:19 213:5
260:17 261:22

296:12
**breaking (2)**
57:7 201:6
**breaks (1)**
216:5
**Breeze (1)**
108:3
**Brian (2)**
4:17 7:14
**brief (2)**
226:14 241:11
**briefly (1)**
225:17
**bring (5)**
204:3,3 209:6 211:25
296:13
**bringing (2)**
58:5 246:20
**brother (1)**
224:21
**Brothers (1)**
110:5
**brought (12)**
26:23 27:3,5 28:6,9
28:11 33:13 47:4
65:7,23 212:4 290:7
**Bruce (1)**
24:20
**brutally (2)**
22:6 60:18
**Bullis (3)**
255:9 281:8 282:16
**bunch (2)**
64:15 290:25
**Bungalow (2)**
12:20 17:13
**burden (1)**
51:13
**Bureau (1)**
77:18
**Burns (1)**
69:13
**business (11)**
108:13 159:10,13,19
159:21 241:2,3,6,21
242:8 243:4

---
**C**

**C (3)**
1:8 299:2,2
**cabinet (2)**

283:19,22
**Cable (3)**
106:10,13 107:8
**calendar (1)**
97:23
**call (21)**
49:17,19,23 79:13
100:18 110:17
146:23 147:4
184:10 247:12,12
248:11,13,17,24
249:16 251:22
277:17 278:5
279:15 291:2
**Callahan (60)**
4:17 7:14,14 84:4
85:23 115:23
118:23 128:12
138:22 145:23
153:16 155:7 158:2
158:7,25 161:13
163:22,25 166:5
168:8 172:18,23
174:22 175:23
179:18 182:8,14
184:15 186:8,15
188:16 189:8,16
190:4,9,24 191:5
201:22 227:19
228:2,8,11,20 229:4
236:18 239:14
240:22,25 245:6
247:16 251:8
252:16 254:5
255:25 256:12,20
257:9 272:24 288:7
290:11
**called (21)**
6:3 49:17,18 52:17
55:25 91:7 109:7,8
133:9 135:3 206:4
206:11 224:17,19
224:20 236:7
247:13,21 248:21
250:6 287:9
**calling (1)**
146:24
**calls (4)**
99:13 117:20 189:4
279:10
**canvass (5)**

119:6 145:20 146:13
166:3 175:4
**capacities (2)**
7:12 297:3
**capacity (12)**
1:9,11,13,15 20:10
179:16 182:18
185:13 187:5
189:20,23 191:4
**car (3)**
55:12,24 56:11
**card (3)**
159:10,13,19
**cards (1)**
159:22
**care (2)**
102:21 239:9
**Carl (2)**
245:10,12
**carpenter (3)**
86:18 106:7 107:9
**carrying (1)**
51:13
**Carter (21)**
1:3 4:23 6:14 8:2
116:21 120:12
164:7,8 230:20
231:7,16 253:14,17
283:5 291:25 292:2
292:15,16 293:5,8
301:2
**Carter's (2)**
221:21 232:18
**case (31)**
22:21 24:14 25:2,4,7
25:11,19 26:14
39:18 61:6 66:2
75:16 89:12 196:12
198:15 200:6
202:16,18 217:10
218:13 219:11
220:7,11 221:6,16
225:6 226:18
272:15 286:7,11
301:2
**cases (1)**
72:21
**cash (2)**
87:4,6,7 106:23
**category (1)**
96:14

**Catherine (2)**
263:16,17
**caught (1)**
56:10
**cause (1)**
249:7
**caution (1)**
182:16
**CC (1)**
123:6
**cell (1)**
279:14
**ceremony (1)**
192:18
**certain (5)**
79:23 124:12 166:24
183:4 213:9
**certainly (6)**
72:16 202:25 204:20
208:25 209:12
297:16
**certificate (1)**
164:9
**certification (9)**
95:12 258:2 264:5,7
264:10,21 271:25
289:2 290:6
**certified (25)**
2:17,18 80:17 83:24
85:3,20 97:16
104:24 257:5
258:15,22 259:21
260:14 261:20
270:13,15 271:4,24
272:18 273:8
274:12 280:13,22
281:2 290:15
**certify (2)**
299:5,10
**cetera (2)**
129:4 218:20
**chain (13)**
56:23 57:4,5,7,10,11
144:11,15,21 145:2
145:7 229:20,25
**change (33)**
89:22,24 90:4,14,18
130:13,16,22
134:16,23 159:13
160:6,22,25 165:13
176:3 177:22,24

178:4 185:17
191:19,25 193:9
194:18,24 195:3
214:25 215:4,9
234:3,9,16,17
**changed (4)**
176:16 191:17 194:9
194:22
**changes (1)**
176:20
**changing (1)**
118:4
**characterized (1)**
259:11
**charge (9)**
88:6 129:13,14
143:18 144:5
175:25 192:6
258:19,21
**charged (7)**
28:16 34:3 63:7,10,17
65:15 105:3
**charges (15)**
26:23 27:2,5,13 28:6
28:8,11 33:13 63:24
64:3,5 65:7,10,19
65:22
**chat (1)**
207:11
**chatted (1)**
225:23
**chauffeuring (1)**
208:20
**cheated (1)**
202:12
**check (5)**
85:14,20 94:13,17
211:12
**checked (2)**
209:20 210:23
**checking (1)**
211:7
**Cherry (20)**
53:14 69:22,24,25
70:5,20 71:2 97:2,4
218:5,6,19,19
219:24 220:9 243:3
244:4,5 255:2
280:23
**Cherry's (1)**
221:13

**Chester (2)**
236:7 268:9
**chevron (2)**
160:10,14
**chief (85)**
1:12 48:18 50:5,10,17
50:22 52:8 78:6,9
88:18 108:22,23
109:5,7,8 110:20,23
111:10 123:7,21
128:9 129:12 139:9
139:18 142:3
143:17,17 147:4,8
165:6,20 168:3,4,5
169:10,12,12 172:6
172:6,9,17,21 173:2
173:2,25 174:6,11
174:24 175:16
177:21,21 178:2
180:12,17 186:14
187:10,14,17,18,21
188:7,12,12,14,14
188:20,21,23,24,25
189:4 190:19,21
191:14 193:16,20
193:23 194:10
210:13 238:25
239:3 240:9 261:13
273:15,24
**chief's (2)**
190:14,23
**children (1)**
10:13
**children's (1)**
10:17
**chose (1)**
97:2
**Christine (1)**
7:15
**Christopher (1)**
21:22
**chronological (5)**
21:9 30:14,22 34:17
148:14
**circumstances (1)**
275:3
**cite (1)**
249:12
**city (6)**
96:24 98:7,14 201:15
201:18 223:10

**civil (104)**
1:14 20:13,17,21,23
21:3,11,14 22:7
24:16 25:15 29:6
30:8,14,23 31:12
32:15,21 34:14,18
35:14,17,22 36:21
56:4 60:19,22,23
61:11,13,15 63:2
64:20,25 66:5 81:8
82:17 84:11,17 85:8
85:16 92:2 95:11
96:4 109:5 116:7
149:5 152:19,23
153:2,6,11,13
157:16 164:4
172:13,20 173:6
174:10,15,21 179:9
179:15 181:13,17
181:18 183:23
186:3,5 191:2,10
238:18 241:23
242:5,7 249:13
259:16 261:11,12
267:19,22,24 268:3
268:6 269:6,17,21
270:14 271:21
288:4,21 289:5,19
290:7 291:10,12,19
291:24 292:3,16,17
293:8,14,20
**civilian (4)**
255:21,23 256:4,10
**civilians (4)**
256:17,23,25 257:18
**civilly (2)**
62:7,19
**claim (30)**
32:14 39:23 40:2,12
41:9,10 43:6 44:3
44:23 45:24 46:4,12
46:17,20 49:4,8,23
51:2,5,16 52:7
59:24 66:9,10,22
67:3 72:4,9 99:9
292:16
**claims (5)**
51:2 71:17 72:20
219:7 220:7
**clarify (1)**
301:7

**class (4)**
118:14 194:15 287:12
287:12
**classification (2)**
80:8 118:11
**classified (3)**
118:8,19,20
**clean (1)**
37:23
**clear (7)**
31:14 87:5 118:17,18
190:20 191:12
297:9
**clearly (1)**
261:3
**Clemmons (3)**
192:21 193:2 218:7
**clerk (1)**
263:21
**client (2)**
208:21 296:13
**clock (2)**
216:14,20
**Close (1)**
11:5
**closer (1)**
25:21
**closest (1)**
30:7
**CLR (3)**
1:23 299:4,18
**clue (1)**
289:25
**code (17)**
65:14 100:17,17,22
101:4 102:12
103:12,19 104:2
113:22,23,24
114:20,21,22,24
115:9
**codes (10)**
98:13,19,22 99:5,18
100:7 101:17
103:18,24 301:6
**collar (1)**
178:3
**come (24)**
12:15 41:19 57:19
83:23 84:15 87:9
95:18 102:21 107:4
119:7 164:22 179:6

179:14 192:17
208:17 218:16
219:12 225:21
229:21,24 240:20
240:23 250:8
252:14
**coming (15)**
91:15 112:3,4 204:5
212:16 218:2 219:4
219:25 220:13
222:16 224:12,18
259:14 279:13
297:10
**command (15)**
56:23 57:4,6,8,10,12
123:2,3 144:12,16
144:22 145:2,7
229:21,25
**comment (4)**
19:10,11 209:10,15
**comments (1)**
19:16
**commissioner (5)**
112:2,2 144:25
170:21 171:9
**communicate (3)**
138:14 186:12 252:25
**communication (1)**
189:14
**communications (1)**
101:15
**comp (1)**
81:2
**comparative (1)**
146:5
**competitive (3)**
145:19 146:11 174:25
**complain (2)**
144:12,16
**complained (2)**
103:11 136:11
**complaining (2)**
104:15 144:20
**complaint (74)**
8:4 29:7 32:24 35:12
35:23,25 39:3,10
41:5,9 42:2 51:6
65:2,3 67:5,7,11,14
67:16,19,20,23,24
68:3,4,13,22 69:20
69:21 70:4,4,7,9

71:3,3,19,20,23,24
72:5,10 73:4,6,7,16
73:17 74:7,8,14,19
74:24 75:3,8,25
76:7 131:13,17
132:19,23 136:17
145:11 203:5,7,13
208:20 209:5
222:19 226:17
229:20,22 250:9,14
252:7,14
**complaints (1)**
72:17
**complete (3)**
296:15 297:11,12
**completed (3)**
271:25 285:9,15
**completing (1)**
274:24
**Compound (1)**
195:22
**computer (12)**
194:22 195:2,7,18
196:2,11,17,23
198:24 199:2
210:24 214:14
**computers (2)**
195:10 209:19
**concluding (1)**
75:5
**conclusion (10)**
75:7,14 99:14 117:20
134:2 196:8 227:23
228:6,18 275:19
**conduct (11)**
28:13 32:19 33:22
34:12 35:15,19,20
63:8,12 65:12,21
**conducted (1)**
285:4
**conferred (1)**
213:5
**confidential (3)**
182:19,25 202:24
**confidentiality (4)**
23:4,8,11,18
**confirmation (3)**
151:19 287:15,16
**confirmed (1)**
133:23
**conform (1)**

301:8
**confused (1)**
112:14
**confusing (1)**
155:25
**confusion (2)**
72:11 95:25
**congratulations (1)**
151:20
**connected (1)**
184:14
**connection (23)**
26:22 29:15 33:14,18
36:11 38:16,25
40:19 53:24 90:25
186:5 196:12,24
197:2,7,10 198:15
198:19 200:6,9,13
217:16 286:6
**Connolly (100)**
3:14 7:6,6 9:15 10:5
17:9 19:8 23:20
25:25 30:10 38:19
39:8 41:8 62:8
66:24 67:8 72:22
82:20 83:15 84:5
85:4 87:10 98:15
100:25 101:21
102:6 104:17 105:7
115:25 116:3,23
118:24 119:24
126:7 127:8 128:13
136:13,15 141:3
145:24 154:10
158:8 161:15,24
164:11 168:7
171:14 177:17
184:17 186:9 188:9
188:17 189:3,9
190:6 196:6 197:12
202:13,21 203:4,8
203:11,25 204:13
204:17,25 205:24
206:16 208:15,18
209:4 210:9 211:18
212:4,14 213:5,12
213:13,21 214:7,16
215:19 216:4
221:11 239:16
251:10 255:24
256:21 257:10

260:3,20 265:21
274:3,6 287:7 288:8
290:3 296:13,20
297:6
**Connolly's (1)**
121:23
**consider (1)**
89:3
**consulting (1)**
143:12
**contact (5)**
43:22 267:24 269:17
269:20 291:8
**contacted (2)**
267:19 291:12
**contacting (1)**
268:2
**contained (3)**
39:9 203:13 208:19
**contains (1)**
185:4
**context (1)**
99:8
**continuation (1)**
191:3
**continue (4)**
19:8,18 204:4 297:18
**continued (3)**
90:20 289:4 297:22
**continuing (2)**
205:24 213:21
**controlled (3)**
117:16,18,23
**conversation (37)**
19:18 41:13 42:8,15
42:22 43:2 44:20
45:3 46:10,16,24
47:3 48:23 50:3
111:23 137:12,16
142:10,12,14,16
169:14 170:18
218:13 220:2 223:9
226:13 241:8,13
243:12,14,20 244:2
247:19 251:15,18
267:3
**conversations (5)**
68:12 69:2 71:2
182:17 253:8
**convicted (2)**
27:15 29:12

**cop (1)**
284:3
**copies (1)**
127:21
**Copper103 (1)**
208:4
**cops (1)**
228:5
**copy (11)**
67:11,13 75:2,24 76:6
93:23 132:22 140:3
221:12 282:18
283:5
**core (1)**
230:17
**corner (1)**
141:16
**corner's (1)**
140:23
**correct (90)**
14:18 15:11 16:3
17:25 18:3,6,24
30:14,20 31:21
32:25 38:21,22 48:4
60:21 61:21,23,24
61:25 64:6 67:14
72:18,25 77:5 83:20
83:22 84:12,14 89:7
89:18 97:5 98:9,12
100:20 102:5,10
106:7 113:13,14,16
117:10,14 118:14
118:21 119:4
120:11,20 132:12
141:24,25 147:19
147:20 148:22
156:17 158:23
161:22 165:21
171:8 176:16,24
183:15 185:20
188:25 190:2,23
191:16 195:9
197:13 201:12
209:2 229:14,15
236:4,5 239:13,19
239:22,23 255:19
255:21 256:18
267:2,6,10,14 268:7
268:9 270:25
272:22 301:9
**correction (1)**

186:23
**correspondence (2)**
69:10 123:7
**could've (1)**
264:24
**counsel (2)**
6:24 7:7
**counseled (2)**
57:20 58:17
**count (1)**
72:7
**Country (1)**
4:7
**county (54)**
1:13,13 4:6,13,14
7:15,16 25:6,9
36:16,19 76:20
77:18 81:8 83:25
84:11,17 85:3,21
91:14 92:21,22
93:21 94:3 95:13
96:3,4 98:4,10,14
98:22 113:21
115:20,22 123:5
126:20 146:8
157:22 158:14,18
159:4 181:17 184:6
201:14,21 255:17
257:15,18 277:7
278:13,21 279:3
288:20 297:19
**couple (4)**
73:22 107:17 290:20
295:14
**course (7)**
10:4 21:25 158:17,19
158:23 284:6 285:9
**court (21)**
1:2 5:15 6:22 46:14
73:4 183:12 204:14
204:16,22 209:7
212:2,5,11,15
213:11 214:21
225:19 260:10
278:19 296:16
297:14
**Courtney (2)**
3:10 7:7
**covers (1)**
249:22
**create (2)**

94:6 159:19
**created (3)**
124:2 159:24 194:2
**creating (1)**
159:21
**credibility (1)**
209:2
**crime (1)**
27:21
**crimes (3)**
34:4 63:17 65:15
**criminal (19)**
20:3 26:23 27:2,7
28:6,8 33:13,16
56:4 61:12 62:2
63:8 64:5 65:7,22
81:4 94:12,16 285:3
**criteria (1)**
288:25
**CRR (3)**
1:23 299:4,18
**Cuneen (15)**
21:22 22:4 24:15 25:7
25:23 26:22 27:3,6
27:9 28:3 30:3,6,19
31:14 32:3
**current (9)**
8:5,6 76:5 94:23
110:20 135:20
217:22 252:3
295:20
**currently (4)**
94:24 111:15 164:4
295:4
**cut (1)**
208:16
**CV (1)**
1:7
**Czarneki (1)**
11:5
**C-O-P-P-E-R (1)**
208:5
**C-U-N-E-E-N (1)**
21:22
**C-Z-A-R-N-E-K-I (1)**
11:5

_____
**D**
_____
**Dale (4)**
131:18,21 132:21
136:14

**Dan (2)**
10:21 282:6
**danger (1)**
102:14
**Daniel (2)**
255:13,14
**Danny (1)**
281:3
**date (42)**
30:25 39:21,24 45:4
91:17 113:6 122:5
130:20 134:21
141:2 151:9 155:6
161:8 165:2 166:12
173:14 184:4,5,22
185:20 194:21
209:12,14 221:9
243:15 246:17
250:5 258:3 272:4,6
273:4 275:11
276:16,17,18,19,23
284:14 288:13
297:14,17 301:3
**dated (4)**
141:23 184:20 185:2
300:18
**dates (7)**
106:17 234:24 275:12
276:2,13 277:4
279:13
**daughter (3)**
10:18 13:15 132:6
**day (32)**
12:6,7,8,9,11,11
16:11 17:2 80:11,11
116:11,12,14,15
130:10 134:14
177:4 192:25 223:7
225:20,20 230:15
230:15 233:20
240:17 242:25
287:14 296:12,14
296:14 298:10
299:15
**days (15)**
8:15 14:10,17,18,25
16:15,15,20,25,25
17:7,18 216:3,18
268:18
**deadly (1)**
80:24

**deal (2)**
186:4 236:14
**dealing (5)**
91:13 186:16,18,20
238:7
**deals (2)**
143:11 145:4
**dealt (2)**
27:9 242:23
**December (4)**
76:14 77:8 264:20
265:3
**decide (1)**
248:2
**decided (6)**
137:25 213:6 280:24
281:8 290:24
296:12
**deciding (1)**
248:4
**decision (8)**
112:6 136:5 150:12
150:17 203:24
252:7,14 273:23
**declare (2)**
87:6 106:25
**Dediminico (3)**
218:6,19 280:18
**defendant (10)**
7:8 21:25 25:2 31:5
31:15,16,20 32:5
35:3,5
**defendants (9)**
1:16 7:11 21:23 25:10
27:24 31:7,23 35:7
61:9
**define (2)**
11:21 115:21
**defined (2)**
11:22 115:19
**definitely (3)**
151:11 253:19,22
**definition (6)**
99:9 116:6,6 117:7,9
117:12
**deli (2)**
107:13,15
**delicatessen (1)**
79:22
**delis (1)**
107:18

**deliver (1)**
123:21
**delivered (1)**
40:5
**demonstrates (2)**
168:15 173:24
**denial (1)**
140:15
**denied (4)**
139:6,8,10,15
**Denise (1)**
10:25
**Denise's (1)**
11:4
**denying (2)**
139:13,20
**department (44)**
1:11,14 3:21 4:13
21:18 22:2 47:12
48:19 51:12 52:19
53:10 54:20 56:12
58:6 76:11,13 77:24
90:22 91:8 92:17
93:2,13 123:5 129:3
132:10 166:23
176:2 177:6 192:7
192:11 193:19,21
194:10 195:8
238:17 257:15
263:7 282:10 285:8
288:20 291:16
292:9 295:13,16
**departments (1)**
93:24
**department's (2)**
44:11 247:25
**depends (2)**
272:25 277:25
**deposed (2)**
219:13,18
**deposition (52)**
1:18 2:13 5:11 6:13
6:16 22:12,13 24:11
26:6,8 32:11,12
37:3 62:6 72:6
119:23 121:19
215:14 217:5,23
218:2,16 219:4,10
219:22 220:10,14
220:17,19 221:6,15
222:5,15,18 223:2,6

223:14,17,20,22,25
224:5,8,13 225:16
225:22 226:3,12
296:16 297:11,12
301:3
**depositions (5)**
221:11 224:11,15,23
225:9
**deputy (38)**
1:12 147:7 165:6,19
165:20 168:3,4,4
169:11,12 172:5,6,9
172:17 173:2,25
174:6,6,9,10,24
175:16 177:21
180:12,17 186:14
187:10,13,16
188:12,13,21,22
191:14 239:3
263:21 273:15,24
**DeSantis (1)**
77:22
**DESCRIPTION (1)**
300:13
**deserved (2)**
142:23 143:9
**designate (1)**
175:15
**designated (5)**
147:7 173:24 188:20
191:14,15
**designates (1)**
153:11
**designating (1)**
123:4
**designation (4)**
174:5 175:9 178:5
188:11
**desk (6)**
123:22 142:4 195:12
195:15,16,21
**destroyed (1)**
297:4
**detail (1)**
63:4
**detrimental (3)**
99:25 100:2,5
**Dicker (1)**
61:3
**difference (6)**
72:9,13,24 76:23

188:13,18
**different (8)**
98:13,19 107:17
134:10 208:22
270:18 274:20
282:10
**direction (1)**
58:11
**directly (1)**
12:18
**Dirty (2)**
294:23,23
**disappointed (3)**
47:6,7,24
**disappointment (2)**
48:8 50:4
**disapproved (1)**
289:3
**disciplinary (2)**
131:7,12
**discipline (11)**
89:4,9 135:11,22
136:5,24 234:20
235:3,12,19 236:3
**disciplined (6)**
87:14 89:7 131:9
133:2 135:17 136:2
**disciplining (1)**
235:20
**discovery (1)**
297:2
**discrepancies (3)**
179:20 186:24 187:3
**discuss (64)**
41:4,21 46:3 49:24
50:20,25 54:15
66:10,13 67:3,19,23
68:3,16,19 69:13,20
70:3 71:5,8,13,16
71:19,23 73:6,16
74:3,6,10 134:16,22
134:25 135:16,19
137:15 155:22
156:4,8 157:7
169:23 187:2,4
218:12 219:6,9
220:6,9,25 222:14
222:18 225:5,8
226:18,20 242:5
247:14,15 248:10
248:15 249:15,18

252:12 287:19
292:12
**discussed (22)**
48:22 51:4 66:8,16
67:5 104:22 136:20
137:19,21 148:11
157:10 181:23
182:5,7 201:7
222:17 227:5
243:22,24 246:24
247:4 254:19
**discussing (1)**
242:20
**discussion (13)**
40:20 45:8 66:21
105:19 200:23
212:11,24 213:10
214:21 226:23
227:2 262:2 296:8
**discussions (1)**
66:8
**dismissed (1)**
64:3
**disorderly (6)**
28:13 33:22 34:11
63:12 65:12,21
**Dispatcher (2)**
282:12,17
**disposed (2)**
33:8 36:6
**distributed (3)**
93:20 94:9 175:5
**District (3)**
1:2,2 134:5
**Division (1)**
285:3
**doctrine (11)**
100:16 101:5 102:10
103:24 112:14,15
112:17,18,20,23
115:14
**document (19)**
122:3 140:24 141:9
141:13 155:4,12,19
173:12,21 284:12
284:19,23 288:11
300:14,15,16,17,19
300:20
**documentation (3)**
93:7 118:4 168:14
**documents (5)**

93:8 196:3,17 217:4
217:7
**doing (7)**
36:24 48:20 100:22
140:20 241:20
242:16 250:24
**DONOVAN (1)**
4:5
**doubles (1)**
233:18
**double-dipping (4)**
131:10 133:3,24
135:2
**Doug (5)**
131:24 132:3,11,16
132:18
**dragged (1)**
65:4
**dragging (1)**
58:5
**drinking (2)**
126:23 127:5
**driver's (1)**
9:17
**drop (2)**
238:9 280:24
**dropped (1)**
238:23
**due (3)**
234:20 235:11 296:11
**duly (2)**
6:4 299:7
**duties (2)**
176:20 193:13
**duty (8)**
47:13 191:20,25
192:13 193:6,16
203:8 244:7
**Dyer (7)**
53:16 96:23 254:25
255:4 281:3,6,11
**D.A (6)**
184:6 275:7,15,20
281:5 282:14

_____
E

**E (2)**
299:2,2
**earlier (2)**
186:17 246:21
**early (2)**

254:19 265:3
**earth (1)**
47:10
**East (2)**
8:11 134:4
**EASTERN (1)**
1:2
**eat (3)**
16:17 245:21 246:8
**ed (31)**
4:23 7:25 47:4,5,8,13
48:5,25 49:7 51:6
78:6 105:12 116:21
117:4 120:12
121:12 131:8
143:25 144:3 161:5
164:7,8 230:20
253:14,17 258:12
292:2,15,16 293:5,7
**Eddie (3)**
221:20 283:5 291:25
**Edelman (1)**
61:3
**EDWARD (1)**
1:3
**effect (1)**
5:14
**eight (3)**
10:19 232:22 233:14
**either (15)**
118:19 154:5 198:23
198:25 209:13
216:7 222:7 224:10
224:21 225:14
278:25 279:18
293:4,10 299:10
**elected (2)**
282:2,4
**elevated (3)**
78:16,20,25
**eligible (1)**
119:17
**Elmsford (1)**
3:13
**Elser (1)**
61:2
**Embry (1)**
280:17
**employed (14)**
86:5,17 94:24 95:4
106:5 107:10

271:16 272:2,5
289:12 291:6,9
294:22,23
**employee (1)**
242:7
**employees (8)**
52:22,23 65:23
217:22 249:5,5,6
252:4
**employers (1)**
93:9
**employment (10)**
86:2 87:15 89:10
90:22 91:2 95:15
116:25 191:17
247:22 289:4
**enforcement (2)**
76:9 79:18
**engaged (3)**
32:20 35:16 208:24
**ensuring (1)**
105:3
**entire (2)**
16:16 42:2
**entitled (2)**
128:3,11
**entry (1)**
294:16
**ERRATA (1)**
301:1
**errors (1)**
301:10
**escapades (2)**
208:23,25
**especially (2)**
16:14 227:9
**ESQ (6)**
3:7,8,14,24,25 4:17
**establish (1)**
25:18
**established (5)**
13:22 15:10 100:16
129:13 261:2
**et (3)**
6:14 129:4 218:19
**Ethan (1)**
87:20
**events (1)**
217:9
**eventually (3)**
18:23 280:21 281:2

**everybody (4)**
102:20 103:2 189:4
258:13
**everybody's (3)**
221:13,14,15
**exact (18)**
30:24 86:12 107:25
108:3 109:5 113:6
131:3 151:10,17
161:8 221:9 243:15
246:17 272:4,5
275:11 276:2,19
**exactly (10)**
36:2 106:17 154:4
167:20 169:7
179:21 234:24
250:5 273:2,3
**exam (4)**
126:10 147:12,21,22
**EXAMINATION (1)**
7:18
**examined (1)**
6:4
**example (1)**
167:22
**exams (2)**
149:7,17
**excerpts (2)**
219:21 221:5
**excessive (14)**
25:15 29:5,10 31:12
32:15,21 35:13,17
35:21 60:17 62:25
64:19,20,24
**exclusive (2)**
216:4,7
**Excuse (1)**
97:14
**executive (4)**
151:2,3,6 156:12
**exhibit (20)**
122:4,10 140:25
141:4,6 155:5,16
173:13,17 184:21
284:13 288:12,16
300:14,15,16,17,18
300:19,20
**EXHIBITS (1)**
300:12
**exist (1)**
44:17

**expect (2)**
48:11,16
**expected (1)**
48:14
**explained (1)**
249:4
**expressed (1)**
50:4
**extent (5)**
23:3 67:9 209:11
274:14 296:23
**extra (1)**
17:2
**ex-husband (1)**
132:4
**E-mail (26)**
40:5 197:6,10,13,15
197:17,21,24 198:2
198:18,25 199:6,25
200:2,6,13,16
207:15 208:7,13
212:8,12 218:21
236:15 279:18
296:24
**E-mailed (2)**
213:17,24
**E-mails (6)**
209:20 210:23 211:7
211:12 240:5 297:5

_____
F

**F (2)**
87:20 299:2
**face (7)**
33:3 47:10 237:25
238:3 242:24,24
279:24
**Facebook (2)**
214:23 215:2
**face-to-face (1)**
246:11
**fact (26)**
50:16 117:10,11
127:11,14 160:7
180:9 183:19
185:16 218:15
219:12,18 222:16
223:21 227:20
228:7,22,24 229:2
252:13 253:12
262:9 265:2 271:21

**facts (2)**
217:8 301:8
**fail (1)**
149:23
**failed (10)**
103:5 125:9 127:11
147:19 149:19
276:20,21 281:17
281:23 282:3
**failure (1)**
20:2
**fair (2)**
69:25 236:12
**fall (1)**
77:15
**falling (1)**
51:12
**false (2)**
22:6 60:18
**falsely (2)**
33:3 65:6
**familiarized (1)**
99:20
**far (4)**
36:24 114:23 224:12
249:21
**father (4)**
10:13 11:3 77:21
132:16
**father's (2)**
10:20 77:18
**fault (1)**
50:7
**fax (1)**
40:6
**February (1)**
123:16
**federal (2)**
73:4 296:17
**feel (2)**
38:2 275:6
**feeling (1)**
275:22
**feels (1)**
128:25
**fell (1)**
47:9
**felt (7)**
68:14,16 144:23
166:22 169:19,21
223:11

**FEMA (5)**
100:15 103:23 112:13
112:15 115:13
**female (2)**
131:21,23
**Fifth (1)**
3:5
**fighting (1)**
259:4
**figure (4)**
15:17 16:24 204:21
205:7
**figured (1)**
42:2
**file (12)**
59:13 82:3 123:7,8
136:2 140:7,10,12
198:3 250:8 252:7
252:14
**filed (11)**
25:4,7 36:15,18 73:4
75:12,15 131:13,17
132:20 136:17
**files (1)**
287:12
**filing (3)**
5:4 283:18,21
**fill (13)**
90:24 91:5 93:6,25
95:16 96:5,16
112:10 118:3
165:11,15 270:2
277:21
**filled (1)**
269:19
**fills (1)**
259:16
**filter (1)**
266:24
**filtered (1)**
266:23
**find (3)**
97:12 248:8 267:20
**Finder (2)**
205:15 207:13
**finding (1)**
285:6
**fine (1)**
183:2
**finish (5)**
20:8 37:20,22 51:24

52:2
**Fiorello (1)**
6:14
**Fiorillo (20)**
1:3 4:21 7:25 53:2,19
54:4,23 55:4 58:2
58:25 59:6 164:13
223:12 231:5,25
233:17,18 250:7
294:6,10
**Fiorillo's (2)**
252:6 283:11
**fire (12)**
152:10,15,19 153:3
176:15 177:12,16
199:16 213:25
214:4 243:3 271:14
**fired (3)**
209:14 270:16 281:12
**firing (3)**
153:7,13 273:14
**firm (3)**
7:23,24 71:21
**first (60)**
6:4 14:8,10 20:16
25:19 38:23 39:17
40:14 61:7 70:19
74:4 76:9 78:15
80:13 81:18,23 82:3
82:7 89:25 90:14,25
91:2 113:17 119:22
121:7 125:12
137:11 143:11
144:20 145:8 147:9
147:16 148:18
173:2 195:24
202:10 203:20
211:7 221:22
229:24 235:15
236:23 237:17,20
243:17 247:4
248:24 249:22
257:24 262:16
263:10 264:2,12,15
265:10 266:10
267:15 278:12,20
278:25
**Fishbein (2)**
4:5 133:13
**fit (1)**
96:14

**five (13)**
14:10,16,18,25 21:7
70:15 73:23,25
75:15 150:3 233:6
233:15 260:16
**fix (9)**
266:9,15,19 267:18
268:14,21,24 269:9
269:13
**flat (1)**
228:4
**flat-out (1)**
55:6
**flight (1)**
65:5
**flipped (2)**
234:19,20
**fluctuated (3)**
230:14 231:14 233:5
**focus (1)**
98:18
**focused (1)**
73:3
**follows (1)**
6:5
**follow-up (1)**
140:17
**food (1)**
245:21
**force (18)**
5:13 25:15 29:6,10
31:12 32:15,21
35:13,17,21 60:17
62:25 64:19,20,24
80:24 111:2 287:24
**forget (1)**
238:13
**forgot (1)**
62:22
**form (131)**
5:7 13:20 14:2 15:14
16:7 17:8,19 22:12
26:6 30:4,9 39:7,20
40:22 41:2,17 43:7
46:21 48:3 51:7,18
52:12 53:21 57:9
59:2 71:11 75:9
90:16 93:12 99:6,11
100:9,23 101:6,11
101:19 103:7,15,20
105:6 107:21

112:24 113:5,25
115:23 116:18
117:15,19,24
118:22,23 127:7
128:4,12 131:7,12
135:10,21,23 137:8
138:22 145:9 152:7
152:20 153:15
157:24 158:6,24
159:23 161:13
163:22 166:5 168:6
168:7 171:3,13
174:8,22 175:23
179:18 182:8
184:15 186:7,15
188:9,15,16 189:2,8
190:4,5,9,24 191:5
196:5,8 201:22
227:19 228:2,8,20
229:4 236:17,18
238:14,14,21,22
239:14 240:22,25
245:6 247:16 251:8
252:16 254:6
256:12,20 259:23
264:23 265:4
269:10 271:8
272:23,24 277:21
286:8 289:23 290:2
290:9 292:20
**formal (1)**
159:8
**former (6)**
1:10 76:5 135:20
217:22 252:4
295:21
**forms (4)**
238:12 246:21 269:18
270:2
**forth (2)**
49:3 299:7
**forum (2)**
32:11 168:23
**forward (4)**
156:5 166:23 167:13
187:3
**forwarded (3)**
154:16,19 155:19
**found (3)**
93:23 262:12 283:2
**foundation (14)**

101:20 103:7,21
105:5 107:22 114:2
152:21 157:25
203:16,17 208:24
273:13 287:5
290:10
**four (14)**
16:15,25 21:7 36:22
62:16,18,18 125:3
146:10 150:3 233:7
236:22 244:13,24
**fourth (1)**
246:10
**frame (7)**
69:17 80:10 98:15
105:7,9 151:11
258:11
**Frank (11)**
1:3 4:21 7:25 52:25
54:23 231:5 250:6
250:19 283:11
294:6,10
**Frank's (1)**
284:9
**Freddy (1)**
77:22
**frequently (1)**
186:11
**Friday (3)**
134:7 229:13 232:13
**Fridays (5)**
129:22 130:24 232:12
234:13,14
**friend (5)**
77:17,17,20 205:15
207:13
**friends (1)**
108:17
**front (11)**
93:18 122:8 141:7
155:10 173:15
184:23 195:15
263:12 279:20
284:17 288:14
**Fubar (1)**
211:17
**Fubar.com (1)**
206:12
**fuck (1)**
55:13
**full (2)**

108:6 296:14
**fully (2)**
38:10 272:20
**full-time (21)**
14:12 16:12 18:9,14
76:18,24 77:4 90:5
90:14 95:3 119:3
120:8,18,24 127:25
128:7 129:10,12
130:3 164:5 193:3
**function (2)**
16:19 192:7
**funny (1)**
227:3
**further (5)**
5:6,10 205:3 213:10
299:9
**F-U-B-A-R (1)**
206:12

——————————
G
——————————

**gap (1)**
268:14
**Gary (13)**
53:2 66:11 67:7,20
95:16 224:4,12,17
224:18 232:3 234:6
254:24 293:2
**general (2)**
99:9 231:16
**generally (16)**
39:5 49:4,6 230:16
231:13 232:7,11,17
232:18 233:2,3
234:7,11 236:14,16
290:13
**gentleman (1)**
96:24
**gentlemen (1)**
246:3
**George (308)**
1:12,18 2:13 3:1,11
4:1 5:1 6:1,2,9,13
7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1

39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1,10,15
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1

206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1,8
301:4,24
**Georgie (1)**
50:14
**getting (8)**
50:9,16,21 51:10 52:9
59:23 216:23
238:16
**Gilbert (12)**
60:5,5,14 62:5,10,15
62:18 63:3,5,7,19
66:4
**Gilly (3)**
3:3 7:3,24
**girlfriend (1)**
10:14
**girlfriend's (1)**
10:24
**give (11)**
36:25 88:16,19 91:16
92:14 97:12,13

139:19 212:19
224:13 275:16
**given (7)**
117:12 139:25 150:6
150:8 163:15
280:16 299:9
**gives (1)**
150:2
**giving (1)**
91:21
**go (47)**
17:3 19:4,12 33:5
55:13 63:3 64:8
78:19,24 79:15
85:14 93:18 94:21
112:13 121:10
137:6 144:11,15
154:12 159:6,7
166:4 192:8 209:8
223:10 230:11
234:23 236:6 238:9
248:3,5 252:7 262:7
272:15 273:7
274:11,12,16,25
275:24 281:13,16
281:18 282:7 287:6
291:3,10
**God (2)**
13:5 294:19
**going (59)**
14:22 15:7 19:12 21:9
23:12 30:13,21
37:15 45:7 50:6
51:14,15,25 66:7
79:14 81:9,11 82:15
82:19 83:13,17 84:6
89:6 104:14,24
106:15 141:5
144:19,20,21 145:2
146:14 148:14
153:9 155:23 156:4
165:25 166:10,25
167:13,18,23
177:18 183:8 187:3
189:5 203:15 204:2
208:15,18 213:7,9
221:10 224:20
254:5 260:5 274:3
289:8,22
**Golopi (14)**
21:25 22:10 27:22,22

27:23 29:17 31:15
78:4,8 79:9,14
142:7,20 144:15
**gonna (1)**
55:13
**good (11)**
7:20,21 15:6 36:24
93:11 200:18 219:5
220:3 227:11,24
271:11
**Goodstadt (213)**
3:7 7:2,2,19,22 9:23
10:6 11:16,24 14:23
17:11 19:9,15,19
20:22 21:2 23:7,14
24:2,10,13 25:20,23
26:4 30:5 32:25
35:2,24 37:19 39:5
39:13 41:11 45:21
46:18 51:23 54:14
61:13 62:12,14 65:3
66:19 67:12 69:18
70:8 72:12 83:2
84:8 89:13,16 92:13
98:16 99:10,15
100:11 101:23
102:3,17 104:10,21
105:14 106:2 107:7
109:3 116:20,24
117:21 120:22
121:25 122:7,12
127:3 136:14
138:24 139:2
140:22 141:5,11
144:8,14 145:10
153:21 154:3,7,11
155:2,9,14 156:2,16
164:2 170:5,9
171:16 172:16
173:5,11,15,19
176:7 181:9,10
182:23 183:4,7,9
184:19,23 185:5
189:11,17 195:20
196:10 197:2,14
200:18 201:5
202:15,23 203:6,9
203:14 204:9,15,19
205:6,10 206:2,19
207:19 208:17,22
209:8,16 211:21

212:6,18 213:4,14
213:22 214:9,11,19
214:22 216:6 222:7
222:9 227:17 228:9
228:13,16,17 229:6
229:10,11 231:11
231:15 233:24
234:2 235:7,10,16
235:17 237:19,24
238:2 245:7 254:9
254:11 256:2
257:11 259:6,10
260:7,18,22 261:23
262:6 264:6 265:18
265:23 266:12,14
271:11,15 273:10
273:16,20,23 274:5
274:7,9,15,18
277:10,20 278:16
284:16,21 285:22
286:3 288:10,14,18
289:10,16 292:15
296:5,10,22 297:8
297:20 298:4 300:4
**gotta (2)**
15:17 16:24
**gotten (1)**
250:20
**grabbed (1)**
56:14
**graduate (3)**
97:15,24 288:3
**graduated (3)**
76:16 80:15 287:16
**graduating (1)**
289:20
**graduation (1)**
192:18
**Graff (2)**
3:8 7:4
**grant (1)**
152:4
**grants (1)**
297:14
**Gray (3)**
4:9 181:16 182:17
**great (2)**
260:8 297:8
**Greg (1)**
280:9
**gripe (1)**

291:8
**ground (2)**
19:4,12
**grounds (1)**
203:18
**group (9)**
206:20,22 207:3
   230:12,17 231:12
   231:17 257:25
   263:13
**groups (4)**
206:15 207:7,8,10
**Grove (3)**
243:3 244:5,5
**guess (9)**
15:15 47:20 83:7,18
   107:13 113:10
   186:2 226:16
   249:22
**guessing (3)**
106:15 136:8 272:8
**Guidance (2)**
204:13,15
**guilty (1)**
64:2
**guys (9)**
41:15 95:4 146:9
   227:11 230:12
   231:12,17 257:25
   291:9
**G-R-A-F-F (1)**
7:5

---

**H**

**habit (1)**
58:3
**half (10)**
12:17 13:13 16:23
   221:22 244:3
   246:19 270:24
   271:3 272:21 273:5
**Halloween (6)**
52:18 53:24 54:16,18
   59:5 132:12
**hand (3)**
40:5 270:4 299:15
**handcuffs (1)**
58:4
**Handing (7)**
122:11 141:10 155:13
   173:18 185:4

284:20 288:17
**handle (2)**
83:8,18
**handled (1)**
186:3
**handles (1)**
230:8
**handling (1)**
230:7
**handwriting (1)**
123:13
**Hank (1)**
218:7
**happen (7)**
30:3 164:25 190:8,11
   240:21 281:14
   282:7
**happened (10)**
51:14 84:20 110:15
   134:13,20 179:23
   217:9,10 270:19
   281:11
**happening (1)**
47:11
**happens (3)**
149:22 230:6,7
**happy (2)**
19:18 38:4
**harassment (2)**
27:12,21
**harbor (11)**
86:7,16 106:6 107:9
   108:20,21 109:21
   110:6,21 111:10,18
**Hardman (14)**
61:16 63:16 103:4,12
   104:15 255:6,7
   271:24 273:7
   274:10 275:21
   279:23 280:7,23
**Hardman's (1)**
278:6
**HATTER (1)**
4:5
**Hauppauge (1)**
4:16
**head (3)**
56:2 262:24 286:22
**headache (1)**
223:11
**health (3)**

93:12,13,14
**hear (15)**
24:9 37:7,11 230:4
   235:6,18 286:4
   291:18,23 293:4,7
   293:10,13,16,19
**heard (11)**
37:16 104:11 230:9
   230:10 235:2,22
   256:4 258:9 285:23
   291:21 292:23
**heart (1)**
277:2
**held (11)**
2:13 105:19 163:17
   163:18 178:16
   182:3 187:20
   200:23 212:24
   262:2 296:8
**hello (3)**
241:11,14,15
**Helm (10)**
8:11,13,16 10:11
   15:15,20,22 17:3,12
   295:19
**help (4)**
93:25 97:8 129:3
   269:13
**hereinbefo (1)**
299:6
**hereunto (1)**
299:14
**Hesse (361)**
1:12,18 2:13 3:1,11
   4:1 5:1 6:1,2,9,13
   7:1,8,20 8:1 9:1
   10:1 11:1 12:1 13:1
   14:1 15:1 16:1 17:1
   18:1 19:1 20:1 21:1
   22:1 23:1 24:1 25:1
   26:1 27:1 28:1 29:1
   30:1 31:1 32:1 33:1
   34:1 35:1 36:1 37:1
   38:1 39:1 40:1 41:1
   42:1 43:1 44:1 45:1
   46:1 47:1 48:1 49:1
   50:1 51:1 52:1 53:1
   54:1 55:1 56:1 57:1
   58:1 59:1 60:1 61:1
   62:1 63:1 64:1 65:1
   66:1 67:1,10 68:1

| | | | |
|---|---|---|---|
| 69:1 70:1 71:1 72:1 | 210:1 211:1 212:1 | 80:3,13 89:17 90:14 | 284:14 288:13 | 111:13 184:8 |

69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1,2,6,8,9
122:13 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1,6,7,8
141:12,13 142:1
143:1 144:1 145:1
146:1,23,25 147:1,4
148:1 149:1 150:1
151:1 152:1 153:1
154:1,2 155:1,3,9
155:10,11,15,16
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
173:16,17,20,21
174:1 175:1,8,10,15
176:1 177:1 178:1
179:1 180:1 181:1,7
182:1,16 183:1
184:1,24,24 185:1,6
185:7 186:1 187:1
188:1 189:1,12
190:1,3 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1,6
202:1 203:1 204:1
205:1,11 206:1
207:1 208:1 209:1

210:1 211:1 212:1
213:1,15 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
271:10,12 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
284:15,16,17,18,22
285:1 286:1 287:1
288:1,15,15,19
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1,23
297:1,10,13 298:1,8
300:12 301:4,24
**Hesse's (1)**
230:7
**he'll (1)**
259:9
**hid (1)**
56:13
**hide (1)**
56:12
**Highway (1)**
4:15
**hire (13)**
95:19,23 152:9,15,19
153:3 176:9,15
177:12,16 271:13
280:11,14
**hired (20)**
16:12 18:13 76:12

80:3,13 89:17 90:14
95:24 97:22 105:4
153:9 192:25
238:17 258:22
259:20 260:13
262:22 263:10
276:9 291:5
**hiring (5)**
153:7 186:23 192:20
258:19 273:14
**hit (1)**
33:2
**hold (8)**
120:7 161:11,17,18
164:8 188:6,19
193:15
**holiday (1)**
130:24
**home (8)**
15:7 49:19 107:24
108:2,4 195:7
198:24 199:2
**hope (2)**
150:12 190:10
**hopefully (1)**
149:21
**hospital (1)**
225:2
**hour (2)**
244:3 246:19
**hours (8)**
16:16 77:2,4 116:9
129:21 130:9
296:16 297:13
**house (6)**
12:23,24 55:25
108:10 295:11,18
**Housworth (1)**
13:2

_____
**I**
**Ian (4)**
106:9,12 107:19
108:17
**Ice (1)**
244:6
**idea (3)**
288:9 290:17,18
**identification (7)**
122:5 141:2 155:6
173:14 184:22

284:14 288:13
**identifies (1)**
193:19
**identify (1)**
193:23
**ILUVFI159@yaho...**
199:15 200:12
**important (7)**
36:25 37:20,21 98:24
99:3,16,22
**improper (2)**
57:14,15
**inappropriate (2)**
19:16 144:6
**incident (20)**
52:4,7,16,18 53:25
54:18 55:10 57:17
57:21 59:5,15,18,25
60:2,5,11 62:15
88:11,13 132:12
**incidents (5)**
27:8 55:17 57:24
58:22 89:9
**include (3)**
103:19 104:2 297:22
**included (3)**
81:2 180:18,20
**including (2)**
21:9 95:3
**inclusive (1)**
216:7
**income (1)**
107:2
**Incorporated (3)**
1:8 3:19 6:15
**incorrect (1)**
56:22
**increase (1)**
174:17
**increments (1)**
150:8
**Index (3)**
1:7 300:2,12
**indicate (1)**
289:3
**indicated (1)**
201:11
**indicating (1)**
24:8
**indicted (6)**
61:20 63:6 110:14,16

111:13 184:8
**indictment (3)**
184:7,14 185:18
**individual (1)**
7:12
**individually (4)**
1:9,10,12,15
**individuals (2)**
31:22 227:9
**information (1)**
56:5
**instruct (1)**
211:23
**instructing (1)**
204:11
**insubordinate (1)**
58:15
**insubordination (6)**
54:19 55:3 57:24
58:22,24 59:6
**interact (1)**
236:20
**interaction (4)**
87:25 88:4 246:11,18
**interagency (2)**
112:21 113:19
**interested (1)**
299:12
**interfered (2)**
275:15,20
**interference (1)**
275:6
**internal (14)**
51:19 52:3,7,14 54:17
59:4,25 161:22
162:5,11,16 163:8
163:11,20
**internally (1)**
162:2
**interpret (1)**
44:12
**interview (3)**
77:14 78:3 79:10
**interviewed (2)**
79:5,9
**intimidated (1)**
223:12
**introduce (1)**
6:24
**introduced (1)**
225:22

**investigate (2)**
93:5 94:17
**investigated (1)**
131:15
**investigating (1)**
92:25
**investigation (15)**
91:9,20 92:16 93:3,22
94:22 96:16 133:9
133:10,11,15,22
199:15 275:18
280:4
**investigations (1)**
92:19
**investigators (2)**
227:12,25
**involved (12)**
48:19 52:5 59:15,19
60:2,3 77:2 175:17
175:21 268:21,23
269:6
**Island (4)**
199:17 214:2,4 243:3
**Islip (6)**
8:11 86:7,16 110:21
111:10 134:4
**issue (41)**
19:14 136:23 144:23
181:8 182:2,6
183:24 184:13
185:11 187:4 189:7
189:10,12,15
191:10 249:18
254:12 257:24
262:7,14,17 263:24
264:3,4,7,10,17,21
265:8,11,15,20
266:5 285:24
286:13,24 287:4
290:7,19 292:12,14
**issued (4)**
63:13 161:3,6 292:25
**issues (13)**
51:19 52:3,7,14 54:17
59:4,25 93:15 212:3
241:23 242:2,6,10
**issuing (1)**
180:6
**items (1)**
204:4
**I.D (1)**

300:13

———————
**J**
**jacket (2)**
283:12 284:9
**jackets (1)**
283:15
**January (17)**
165:2,5 167:24 172:5
177:9,11 184:20
185:3,9,14,17
186:13 187:8
191:13 258:22
273:16 300:18
**Jesse (1)**
62:22
**job (36)**
1:24 15:3 36:24 50:7
76:10 77:10,12,16
79:12 80:12 86:11
86:17 103:3 106:6,7
107:8,9,9 108:20,21
109:9,18,22,23
110:7 111:4,17
112:11 159:7
168:10 169:20
170:10 226:16
258:18 283:3,4
**jobs (14)**
79:17 85:25 86:4,15
93:11 106:4 107:10
113:2,3,7,18 145:25
146:6 291:4
**Joe (24)**
8:2 12:25 68:12,17
69:14 109:25
162:20 163:10,12
165:24 178:25
181:22 183:17
218:6,9 221:20,24
223:19 230:25
250:7 252:12
253:20 264:9
280:17
**John (10)**
53:16 64:15 96:23
218:5,7 254:25
255:4,9 281:3,6
**Johnson (5)**
1:23 2:16 6:22 299:4
299:18

**join (7)**
138:23 163:23 179:19
188:17 189:3 228:3
228:21
**joining (1)**
207:3
**joke (1)**
226:10
**Joseph (6)**
1:4,8 3:20 43:9
171:10 185:2
**Jr (2)**
1:9 218:6
**judge (8)**
56:3,3,4,4,16,20 57:5
204:3
**Judi (5)**
1:23 2:16 6:22 299:4
299:18
**July (1)**
277:4
**June (8)**
1:19 2:4 6:18 125:20
190:12 204:8
299:15 301:3
**junior (1)**
218:19
**jurat (1)**
297:23
**Justice (1)**
285:3

———————
**K**
**Kara (1)**
269:5
**Kathy (1)**
269:2
**keep (2)**
127:21 140:3
**Keghlian (4)**
280:9,10,11,16
**Ken (3)**
7:9 24:2 181:16
**Kenneth (4)**
3:24 4:9 31:4 34:13
**kept (4)**
17:20 283:15,18,21
**Kevin (13)**
1:4 3:14 4:22 7:6 8:2
38:19 52:25 54:23
55:21 56:14 221:20

231:3 250:8
**key (3)**
88:15,19,20
**keys (1)**
88:8
**kind (6)**
44:12 47:9 91:5 119:6
121:17 126:25
**knew (5)**
75:18 121:18 131:13
264:25 274:12
**know (297)**
13:21 15:2 21:16
22:21,24 23:7,10
24:18,21 25:5,8
26:14,17 27:12,15
27:17 28:23 29:12
30:24 33:7,10,12
34:10 35:9 36:5,8
36:14,17 38:3 40:21
43:13 47:21 52:17
53:13 59:10 62:16
62:17 63:24 64:15
67:9 68:10 70:18
72:8,24 73:20 74:23
74:25,25 75:5,6,8
77:23 78:22,23 79:3
82:23 83:4,7,12
84:20,22,25 85:6,7
85:10,11,18,18,19
85:24 87:6,20 88:22
90:19 91:17 93:10
94:19 96:6 98:22
99:7,18 100:7 101:8
101:9,22,24 102:4
102:13,14 103:12
104:7 108:3 109:6
109:17 111:5 113:6
113:20 114:13,16
114:19 115:16
116:5 117:3,17
118:12 123:11,19
124:2,17,24 131:4
133:14,21,25
134:24 135:7,25
136:4,11,18,19,21
136:22 137:2
138:10,19 139:10
139:24 140:6,8,12
142:18,21 144:4,18
146:16,16 147:25

149:24 151:8,10,17
152:14,18,25 154:4
154:15,18,21
157:15,18 158:9,10
158:12,17,21 159:2
166:6,7 167:3,3,5,9
168:9,11 169:21
171:7 172:12,25
173:8,9,10 174:14
174:20 175:3,4,20
178:6 179:21
181:11 182:3
185:23 191:2,7
195:4 196:16
197:19,19 198:21
198:22 199:20
201:19,24,25
202:16 203:12
205:17 206:3,5,17
207:9,14 210:16
211:3,5,6,24 212:18
214:14 215:11
221:9 226:16
227:18,24 228:18
230:19 232:25
234:25 237:13
240:2,1,13 241:20
242:2,4,19 244:4,13
244:17 245:2,3,10
245:20 246:17
250:10,11,16,21
252:11 253:4,5
255:23 256:3,6,7
257:21 258:17,17
259:2 262:21 263:4
263:17 266:6,22
267:3 269:5,11,12
269:14,17,18,20
270:5 271:20,23
272:4,5,7,18 273:3
275:10,11 276:2,18
278:25 279:5,22
280:2 283:7,7 284:5
284:8 285:13,16
286:13,18,22
287:14 288:3 290:5
290:6 294:16 295:8
**knowledge (1)**
23:5
**known (2)**

267:15 292:23
**knows (3)**
102:20,24 103:2
**K-E-G-H-L-I-A-N (...**
280:10
**K.ROGERS (1)**
1:10

_____
**L**
**labeled (1)**
6:12
**Labor (6)**
12:7,9,11 80:11
116:11,14
**lack (1)**
257:25
**laid (1)**
142:4
**Lamm (21)**
1:4 4:22 8:2 52:25
53:19 54:4,24 55:21
56:14 57:25 58:3,25
59:6 164:14 231:3
231:23 233:12,13
250:8 252:5,6
**Lamm's (1)**
221:20
**lap (1)**
51:13
**late-night (1)**
15:6
**laughed (2)**
226:7 253:12
**Lauren (1)**
10:18
**law (13)**
4:13 7:23 23:13,14
71:21 76:9 79:18
81:3,4 85:8 249:13
288:5 289:5
**laws (1)**
80:22
**lawsuit (8)**
22:5 51:6 67:6,14,17
70:20 73:5 196:25
**lawyer (3)**
182:18 297:20 298:2
**lawyers (1)**
217:16
**leadership (3)**
143:22,24 166:24

**Leading (2)**
103:6,14
**leads (2)**
208:25 275:19
**learn (16)**
38:23 39:17 77:16
131:11 132:19
139:15 151:5
165:22 168:17
169:14 170:18
181:19 184:8
257:24 258:7 262:9
**learned (8)**
39:22 181:11 266:10
267:16 270:8,22
286:10 292:6
**leave (8)**
47:20 48:12 86:10
110:11 130:17,19
166:22 171:19
**led (3)**
32:14 43:19 133:25
**left (6)**
110:25 111:4 123:22
141:16 216:9,13
**leg (2)**
250:25 251:6
**legal (6)**
4:20 6:21 9:19 99:13
117:20 196:8
**legally (1)**
19:23
**lesbian (2)**
228:25 229:2
**lesbians (1)**
229:9
**letter (25)**
119:6 127:16,18
145:21 146:13
148:8 150:20
151:19 154:22
166:4 175:4 183:22
183:23 184:20,25
185:7,12,16 187:5
191:22 218:21
279:18 285:2
288:20 300:18
**letterhead (7)**
123:23 124:2 193:19
194:2,7,18 240:10
**letters (5)**

93:8 127:21 165:17
194:6 236:15
**let's (5)**
15:17 63:3 64:8
230:11 236:6
**level (1)**
173:6
**Levine (5)**
106:9,12,21 107:19
108:17
**liabilities (1)**
48:19
**liaison (5)**
44:10,14 45:13,16
170:25
**license (1)**
9:17
**lie (1)**
68:23
**lies (5)**
42:3,5 68:18,20 71:15
**lieutenant (3)**
90:21 96:25 128:9
**life (1)**
102:14
**likes (1)**
203:16
**limit (1)**
148:24
**limited (2)**
209:5 213:7
**line (16)**
42:3 122:20 128:22
129:5 175:14
204:23 205:2,3,25
251:24 301:11,13
301:15,17,19,21
**list (14)**
10:7 97:10,12,13
119:7,10,12,13,14
120:4 256:14 295:2
295:4,5
**listed (1)**
64:14
**litigation (1)**
196:4
**littering (1)**
63:14 64:3
**little (14)**
54:16 55:11 78:7,7
86:11,19 106:16

112:14 155:25
202:9 225:23 233:5
250:20 253:12
**live (17)**
8:12,13 9:5,8,9,13
12:16,19 13:12
14:21,24 15:19 16:5
18:2,19,23 108:6
**lived (8)**
11:7 13:3,14,15 14:4
14:9,16 16:22
**LiveNote (1)**
2:18
**lives (2)**
8:24 10:11
**living (2)**
8:20 16:21
**LLP (4)**
2:14 3:3,18 4:5
**local (1)**
86:18
**located (1)**
195:14
**locked (1)**
283:18
**lodged (1)**
292:25
**Loeffler (52)**
1:9 3:20 7:11 43:9
44:2,5,8 45:7,12,23
68:4,13,17 69:2,14
108:22 109:25
110:22 162:20
163:10,12 165:24
166:9 169:5 171:6
171:10 175:15
178:25,25 180:3,4
181:22 183:17
185:2 191:23
193:12 194:11
218:9 223:19
252:13 264:9,16
265:14,17,25
283:25 285:7
286:20 287:20
288:25 289:12
290:12
**Loeffler's (3)**
109:2,4 221:24
**long (25)**
11:7 15:19 43:2 49:22

110:6 115:4,5,5
120:7 129:22
146:24 147:2
197:17 202:8
215:24 216:2 244:2
246:18 248:13,23
267:9 268:13 270:7
270:21 274:7
**longer (2)**
272:5 289:12
**LongIslandpolitics....**
294:14
**look (10)**
86:13 121:22 128:21
142:7,20 221:12
230:18 266:25
284:9 297:7
**looked (8)**
121:14,16,17,20
140:9,11,13 284:8
**looking (1)**
111:24
**lot (10)**
50:13 52:18 83:17
93:16 179:23
204:18 208:25
230:20 231:8,10
**love (1)**
199:16
**loveinuniform (1)**
211:16
**loveinuniform.com ...**
205:18 208:10
**luck (2)**
219:5 220:3
**lunch (8)**
201:7 216:4,9 245:25
246:2,7,14 253:15
**L-O-V-E-I-N-U-N-...**
205:19
**L-O-V-E-I-N-U-N-...**
205:21

_____
**M**
**Madison (2)**
207:25 211:16
**Madison.com (1)**
205:16
**mail (3)**
40:5 240:3,6
**majority (3)**

8:18 50:6 233:13
**making (8)**
38:24 39:18 149:10
258:13,21 259:20
260:12,22
**Malafi (1)**
7:15
**male (1)**
131:21
**manager (1)**
186:2
**Mancada (12)**
24:20,21,23 25:14
28:5,9,12,25 29:3
30:16 31:18,25
**Mancada's (1)**
25:11
**March (10)**
76:22 110:17 141:23
179:24 184:3,10
191:18 247:7,10
249:20
**Marine (1)**
77:18
**Marissa (3)**
132:5,7,17
**mark (7)**
60:25 121:25 155:2
173:11 184:19
202:23 288:10
**marked (20)**
122:4,9 140:25 141:8
141:9,13 155:5,8,11
155:16 173:13,16
173:21 184:21,24
185:7 284:13,18
288:12,15
**Marks (2)**
3:10 7:7
**marriage (1)**
299:11
**married (1)**
202:8
**Mary (1)**
241:24
**Maryann (10)**
40:15 180:3 221:21
238:20 242:5,8,10
259:16 268:22
270:6
**matter (80)**

6:14 7:25 21:19,21
22:14,17,19 24:16
24:24 25:24 26:7,10
26:12,20,22 27:24
28:5 29:15 30:6,8
30:23 31:3,5,11,15
31:16,19,23 32:8
33:5,7,11,14,19,25
34:14,18,19,22 36:3
36:5,12,14,17,21
38:16,25 51:17
60:20,22,24 61:10
61:13 62:4,5,11,13
62:19 63:6,22 64:9
65:8 66:4 69:11
150:13 196:18
197:3,7,10 198:19
200:10,13 217:17
267:2,7,10,14
297:21 298:3
299:13
**matters (2)**
62:5 186:5
**mayor (33)**
1:8,10 7:11,11 34:24
44:8,8,22 46:3
109:25 131:3,3
133:5,19 136:7
143:19,20 144:24
145:5 146:18 147:3
162:20 169:8
176:13,13,18 180:3
180:4 181:15 185:2
191:23 194:11
210:13
**McKenna (1)**
269:5
**meal (2)**
245:24 246:2
**mean (41)**
8:9 12:2 16:10 39:14
50:8 60:11 72:16
75:11 78:12 88:10
95:22 99:7 100:14
101:24 102:2,18,24
115:2 119:13 123:3
124:9 130:17 146:6
146:22 149:15
158:12 176:8 192:4
204:17 227:13,15
231:10 237:21

252:24 253:4
255:23 256:3,6,7
263:5 275:5
**meaning (1)**
116:15
**means (4)**
40:25 206:18 235:25
254:10
**meant (3)**
14:8 102:5 227:18
**medical (8)**
47:20 48:2,12 81:12
81:18,25 83:3,4
**medications (1)**
38:7
**meet (5)**
153:10 213:23 215:20
215:24 216:2
**meeting (21)**
137:4 150:24 151:2
167:6 168:19,25
172:4 178:24
181:16,19,24 182:3
215:22 216:6 237:9
241:24 242:4 254:2
263:4,5,9
**meetings (1)**
137:7
**Megan (1)**
10:18
**members (2)**
54:20 181:17
**memo (11)**
121:12,15 122:13
126:11,12 128:21
137:10 218:21
274:19 279:18
281:21
**Memorial (7)**
4:15 12:6,8,11 80:11
116:12,15
**memorialize (2)**
57:21 58:18
**memos (1)**
240:4
**men (2)**
229:9 261:19
**mental (2)**
93:12,14
**mention (1)**
226:4

**mentioned (4)**
96:21 184:2 273:19
292:10
**messages (1)**
207:4
**met (11)**
78:6,15 112:2 213:15
215:15 237:5,13,22
238:8 240:14 241:5
**mic (1)**
24:8
**Michael (4)**
3:25 7:13 34:23 218:7
**microphone (1)**
24:3
**midnight (2)**
232:21 233:14
**midnights (4)**
232:21 233:3,8,14
**Migente (1)**
206:8
**Mike (1)**
89:15
**Mill (1)**
3:12
**Miller (2)**
157:3,6
**Mills (4)**
192:21,22 193:2
218:7
**mind (1)**
144:9
**Mineola (1)**
4:8
**Minerva (17)**
40:15 41:21 180:3
222:4 238:20
241:25 242:5,8
254:3 259:16,19
260:11 262:13
264:16,20 268:22
270:6
**Minerva's (2)**
221:21 269:8
**minimum (1)**
153:10
**minute (2)**
212:19 260:17
**minutes (5)**
19:14 119:22 156:19
244:3 296:17

**misclassified (1)**
118:20
**misinformation (1)**
56:6
**mistake (1)**
95:12
**mistaken (2)**
24:18 276:13
**Mitch (1)**
69:13
**modified (5)**
191:10,25 192:13
193:6,16
**moment (1)**
58:24
**Monday (2)**
215:15 216:8
**Mondays (1)**
129:25
**money (2)**
56:10 87:3
**month (2)**
166:18 242:13
**months (7)**
70:22 74:4 76:21,22
178:21 179:7
268:18
**morning (9)**
7:20,21 129:24
232:14,22 233:7,14
233:16 254:20
**Moskowitz (1)**
61:3
**motion (3)**
175:15 214:20 296:18
**motorcycle (1)**
225:2
**mouth (1)**
226:6
**move (5)**
17:21 166:23 167:13
212:15 226:15
**moved (7)**
15:15 16:21 17:12,13
143:3 282:9,14
**moving (1)**
17:23
**Muller (4)**
245:9,10,12,12
**mumbled (1)**
127:2

**municipality (2)**
153:9 261:10
**myspace.com (1)**
215:10
**M-A-N-C-A-D-A (1)**
24:22
**M-I-G-E-N-T-E.co... **
206:6,8

**N**
**name (33)**
6:7,20 7:22 10:15,20
10:22,24 11:4 13:5
56:17 60:25 61:6,7
64:10 77:22 86:21
96:23,25 97:7 111:6
193:22 202:5
207:12,22 208:3,9
236:12 237:23
238:13 255:3
294:15 301:2,4
**named (3)**
12:25 21:24 61:18
**names (3)**
261:12 294:20 295:2
**Nassau (2)**
98:10 281:5
**Natalie (11)**
1:10 3:20 71:24 72:4
73:8 143:20 169:9
170:24 221:22
223:16 266:4
**need (15)**
38:2 83:12,19 98:21
101:4,17 102:13,23
126:4 153:13
177:13,15 205:5,8
209:6
**needed (9)**
52:20 96:16 152:14
152:18,23,25 153:6
166:24 269:19
**needs (3)**
85:2 145:20 166:23
**network (4)**
209:18 211:8 213:17
213:25
**networking (3)**
205:12 207:8,10
**never (18)**
14:4 20:13,22 52:20

103:11 136:3,3
158:19 170:12
203:22 207:2 230:9
230:10 235:2
271:25 281:4
285:15 286:16
**new (43)**
1:2,18 2:2,15,19 3:6,6
3:13,23 4:8,16 6:10
6:17 8:8,11 91:14
92:15,18 93:4,13,20
94:9,17 95:19,23
96:24 98:7,13
111:25 157:19
167:2 188:3,7
201:15,18 238:15
280:11,14 285:2
288:4 289:4 290:23
299:5
**news (1)**
162:6
**next-to-last (2)**
147:10 149:4
**night (9)**
126:22 127:5 129:23
130:23 131:16
232:13 233:6,15,20
**nights (1)**
229:14
**night's (1)**
15:7
**nine (2)**
233:6,15
**nodded (1)**
24:7
**Nofi (13)**
1:4 8:2 103:5,11
104:15 164:17
230:25 231:21
233:4,5 250:7 252:6
253:20
**Nofi's (1)**
221:20
**noise (1)**
65:13
**Nolter (1)**
86:21
**non-police (1)**
108:12
**Nope (1)**
126:16

**Nos (1)**
155:12
**Notary (2)**
2:19 299:4
**note (13)**
37:18 52:11 99:19,24
104:19 128:19
175:22 205:24
210:7 228:14 261:5
269:4 279:21
**noted (1)**
298:6
**notes (5)**
42:21 59:11,12 69:9
279:9
**notice (29)**
2:16 39:23,25 40:12
41:9,10 43:6 44:2
44:23 45:24 46:4,11
46:17,20 49:4,8,23
51:2,5,16 52:6
59:24 66:9,10,22
67:3 72:3,9 239:12
**notices (1)**
72:20
**notification (1)**
288:24
**notify (2)**
210:4,12
**November (4)**
18:16 90:2,4 120:9
**Novikoff (307)**
3:24 7:9,9 9:14,16,22
9:25 10:9 11:13,21
13:20 14:2,6,22
15:14,24 16:7 17:8
17:19 19:6,11,17
20:19 23:2,10,15
24:5 25:17,22 29:20
30:4,9 32:23 34:24
35:23 37:18 39:2,6
39:11,20 40:13,22
41:2,17 42:9 43:7
45:20 46:21 47:19
48:3,13 51:7,18,21
52:11 53:21 54:13
57:9 59:2 61:11
65:2 66:18,23 69:16
70:6 71:11 72:6
75:9 76:2 78:21
79:2 82:11,16,21,25

83:6,14,21 84:3,13
84:18 85:5,9,17,22
87:16 89:12,14,19
90:16 92:12 97:18
99:6,11,13,19,24
100:9,23 101:6,11
101:19 102:16,19
103:6,14,20 104:5
104:19 105:5 107:6
107:21 108:25
112:8,24 113:5,8,25
114:5,8,12,15,18
115:24 116:18
117:2,15,19,24
118:10,15,22
119:21 120:5,14,21
122:6 126:6,24
127:7,17 128:4,14
128:19 135:23
137:8 138:23 144:7
144:13,17 145:9,22
146:15 149:2 152:7
152:16,20 153:15
153:20,25 155:24
156:14 157:24
158:6,24 159:23
161:14,23 163:23
164:10,15,18 168:6
170:3,7,23 171:3,13
171:21 172:15,22
173:4,7 174:8,12
175:2,6,22,24 176:6
177:18 179:4,19
180:19,25 181:7
182:15 183:2
184:16 186:7
188:15 189:2 190:5
195:19,22 196:5,7
196:20,24 197:4
201:17,23 202:14
202:17 203:2,16,19
204:7 205:9 206:17
207:17 209:10
210:7 213:20 214:6
214:8 217:18 222:6
222:8 226:8 227:15
228:3,14,21 229:5,7
231:9 233:22 235:5
235:8,13 236:17
237:18,21 239:15
242:21 251:9

255:18,22 256:11
256:19 257:7,19
258:16,25 259:8,13
259:23 260:16,24
261:16,21 264:4,23
265:4,16 266:11,17
268:25 269:4,10,16
270:3 271:7,12,22
272:23 273:2,9,12
273:18,21,25
274:13,16,20 277:9
277:12,15,19,23
284:15 285:18
286:2,8,25 287:5
288:6 289:8,15,22
290:9,16 292:14,20
297:9 298:2
**no-show (3)**
125:5 126:13 127:6
**number (12)**
6:12 105:16,22
122:24 123:2,3,4
185:4 198:6 199:21
213:7 294:23
**Numerous (1)**
108:11
**N-O-L-T-E-R (1)**
86:22

**O**
**oath (13)**
5:13 19:21 20:5,9,17
21:11 22:11 23:9
24:16 26:5 30:8
66:3 238:19
**object (8)**
14:22 84:7 177:19
204:2 254:5 259:9
289:22 292:20
**objected (1)**
260:18
**objecting (2)**
228:9 290:2
**objection (315)**
9:14,15,22,25 13:20
14:2,6 15:14,24
16:7 17:8,19 19:9
20:19 23:2 29:20
30:4,9 37:18 39:2,6
39:20 40:13,22 41:2
41:17 42:9 43:7

45:20 46:21 47:19
48:3,13 51:7,18
52:11 53:21 54:13
57:9 59:2 62:8
66:18,23,24 67:8
69:16 70:6 71:11
72:22 75:9 76:2
78:21 79:2 82:11,16
82:20,21,25 83:6,14
83:15,21 84:3,4,13
84:18 85:4,5,9,17
85:22,23 87:10,16
89:19 90:16 92:12
97:18 99:6,11,19,24
100:9,23,25 101:6
101:11,19,21,25
102:16,19 103:6,14
103:20 104:5,17,19
105:5 107:6,21
112:8,24 113:5,8,25
114:5,8,12,15,18
115:23,24,25
116:18 117:2,15,19
117:24 118:10,15
118:22,23,24
119:21,24 120:5,14
120:21 126:6,7
127:7,8,17 128:4,12
128:13,14,19
135:23 137:8
138:22 144:7,13,17
145:9,22,23,24
146:15 149:2 152:7
152:16,20 153:15
153:16 155:24
156:14 157:24
158:2,6,24 159:23
161:13,14,15,23,24
163:22 164:10,11
164:15,18 166:5
168:6,7,8 170:23
171:3,13,21 172:15
172:22 173:4,7
174:8,12,22 175:2,6
175:22,23 176:6
177:17 179:4,18
180:19,25 182:8,14
184:15,16 186:7,15
188:9,15,16 189:2,8
190:4,5,6,9,24
191:5 195:19 196:5

196:6,20 201:17,22
201:23 202:13,21
202:22 203:17
205:25 206:16
210:7,9 211:18,21
211:25 213:20,21
214:6,7,16 217:18
227:19 228:2,8,14
228:20 229:4 231:9
236:17,18 237:18
239:14,15,16
240:22,25 242:21
245:6 247:16 251:8
251:9,10 252:16
255:18,22,24,25
256:11,12,19,20,21
257:7,9,10,19
258:16,25 259:13
259:23 260:3 261:5
261:16 264:23
265:4,16 266:11,17
268:25 269:4,10,16
270:3 271:7,22
272:23,24 273:9,12
274:13 277:9,12,15
277:19,23 285:18
286:8,25 287:5,7
288:6,7,8 289:24
290:3,9,16
**objections (2)**
5:7 298:4
**obligated (1)**
19:23
**obligation (2)**
23:9 261:14
**obnoxious (1)**
19:10
**OBPD@villageofO...**
197:16,22 198:10,18
**OBPD103 (1)**
199:3
**OBPD103@aol (1)**
198:12
**OBPD103@aol.co...**
197:25
**occasion (4)**
16:9,10 109:8 296:15
**occasions (3)**
58:13,15 193:5
**occurred (1)**
267:4

**Ocean (126)**
1:8,11 3:19,20 6:10
6:15 8:7,14,17,19
8:20 9:2 10:10 11:9
12:13,21 13:18,19
13:25 14:5,8,10,24
15:3 16:2,5,8 17:4
17:15,21,24 18:9,11
18:19 22:2,3 35:9
38:24 61:17 64:13
76:6,11,12 77:24
79:24 86:2,5,17,19
87:15 89:10 91:3,8
91:21 92:9,16 93:2
94:21 97:3,11 98:21
99:17 100:19
103:17,25 105:2
106:5 107:11,19
108:2,6 109:12,15
109:19 110:25
113:22 114:23
115:4 119:10,15,20
120:3,24 123:23
124:3 130:7 134:4
135:20 146:2
159:20 161:19
177:6 178:13,16
186:3,6 187:25
190:21 192:2
193:18 194:7
199:22 210:2,23
217:22 230:5,6
240:24 250:9,23
252:4 253:25
256:17 258:12
259:15 262:8 285:8
287:21,24 290:14
291:6,9,13 295:12
295:21 301:2
**October (1)**
54:8
**offered (2)**
15:4 79:12
**offers (1)**
158:18
**office (30)**
7:5,13,15 44:9 118:2
118:3 121:23
136:17 180:2,4
184:6 195:5,6,10
215:21 227:10,21

236:25 237:9,17,22
238:4,8,19 241:19
246:13 250:8 275:7
281:5,22
**officer (93)**
5:12 14:12,13 18:9,15
20:11 21:18 27:19
27:20 28:24 33:24
60:10 63:15 77:19
78:11,13 80:2,4,7,9
80:9,17 83:9,16,25
85:2,21 86:5 89:18
90:5,7,12 93:16
95:13 96:2 97:3,11
97:15,17,23 102:13
104:25 109:11,14
109:19 115:20,21
116:8,13,21,22
117:9,13 118:8
119:4 120:8,10,16
122:22 127:25
128:2,7,25 129:10
129:11 152:15,19
153:7,14 164:5
178:6,9,11,15
179:17 226:15
229:16,19 230:5,7
238:16 255:2,17
257:6 258:14 272:3
272:14 283:14
284:2 285:6,7
287:21 289:2
**officers (56)**
9:6 15:5 75:12 76:6
93:4 94:23 98:21
99:4,17 100:3,6
103:25 105:3
120:24 130:4
135:20 152:10
186:25 192:19
195:17 209:13
230:5 238:15
247:23 249:6
250:17,22 254:13
254:17,23 256:16
257:3,13 259:21
260:14 261:20
262:8 265:2 267:20
270:13 271:5,17,18
279:12 280:21
282:19 283:10

284:6 285:10
290:14,20,22 291:8
292:18,22 295:21
**officer's (2)**
102:14 118:5
**offices (1)**
2:14
**official (20)**
1:9,11,13,15 7:12 8:6
8:9 9:10,12 12:9,13
15:10,12,23 17:5,16
45:14 162:4 171:7
287:16
**officially (4)**
17:21 47:22 187:19
281:20
**oh (10)**
10:9 13:5 50:13 81:20
96:23 118:16 198:7
207:25 211:3
294:19
**okay (53)**
10:9 25:22 30:18,21
37:4,8,9,12,13,17
37:23 38:4 39:6
64:5 98:2 105:14
115:8 119:2 124:5
148:10 150:19
176:11,14 180:17
184:12 186:18
187:2 205:9,9,14
207:7 212:6 213:4
214:18 222:8,25
229:10 235:16
236:10 254:9,10
259:18 260:10
270:21 272:13
273:21,22 274:5
280:7 286:2,13
287:9 289:15
**old (2)**
4:7 15:2
**once (6)**
61:8 70:7 108:16
130:17 148:8
290:20
**ones (6)**
199:8 205:14 211:15
221:18 256:25
270:15
**one-page (6)**

122:10 141:9
173:17 184:25
284:19 288:16
**online (3)**
93:23 283:2,8
**open (2)**
146:10 174:25
**openly (1)**
295:23
**operation (2)**
44:11 51:11
**opinion (7)**
46:5 75:17 101:12,13
101:14 235:9 236:2
**opinions (2)**
41:6,15
**opportunity (5)**
15:5 204:6 276:14
281:24 297:17
**opposed (7)**
44:6 128:8 157:13
194:10 235:14,20
239:7
**order (5)**
21:10 30:22 34:17
96:3 148:14
**ordered (2)**
160:18 161:7
**ordinarily (1)**
166:4
**original (2)**
123:7 282:22
**originally (2)**
89:20 113:18
**ornery (1)**
250:20
**outcome (2)**
65:18 299:12
**outside (19)**
20:10 56:11,15 57:11
79:18 104:8 118:13
144:11,15,21
161:12,19 179:16
185:13 187:6,25
189:20 191:4 194:7
**out-of-title (3)**
189:10,11,15
**overall (1)**
51:11
**overlap (3)**
135:2 232:15,23

**overlapped (1)**
233:10
**overnight (3)**
9:7 11:11 40:5
**owned (1)**
13:3
**owns (3)**
11:2 12:24 108:2
**O'Brien (2)**
3:10 7:7
**O'Neil (1)**
7:7
**O'NEILL (1)**
3:10
**o0o (1)**
5:17

_____
**P**
**P (1)**
4:17
**pack (1)**
279:20
**packet (4)**
94:4,7 282:22,23
**page (10)**
12:3 297:22 300:3,13
301:11,13,15,17,19
301:21
**paid (11)**
13:11 106:23 216:17
216:23 246:2
256:16 258:14
259:21 260:13
271:4,17
**Palace (1)**
244:6
**papers (1)**
246:13
**paperwork (13)**
90:24 91:4 112:10
165:12 238:10,10
239:10,18,24 240:8
246:20 259:17
261:8
**Paradiso (70)**
47:4,5,8,13 48:6,9,11
48:25 49:7 51:6
52:9 78:7,9 79:10
105:13 121:13
122:14 123:7
129:12 130:5,14

131:8,12,14 132:20
133:2 134:17,23,25
135:16,22 136:24
137:10,15,23
142:19 143:19,25
144:12,16,21,24
145:8,12 150:16
151:7 152:12
154:15 161:5
166:21 169:10,15
170:7,19 171:11
176:17 210:13
230:4 234:19
235:20 236:3 239:8
258:12,23 265:7
266:25 267:9,14
268:13 285:21
**Paradiso's (2)**
130:9 170:15
**paragraph (9)**
142:5 145:14 146:18
147:10,11 149:5
284:25 285:4
288:23
**park (2)**
290:21,24
**parole (1)**
226:14
**part (11)**
57:5,10 83:9 141:4
143:9 202:15 226:5
269:2 282:22,23,25
**participate (3)**
48:11,15,16
**participating (4)**
47:17,24 49:2,5
**participation (1)**
47:11
**particular (1)**
55:5
**particularly (3)**
21:17 43:12 259:24
**particulars (1)**
27:13
**parties (2)**
5:4 299:11
**partner (4)**
227:10,21 245:18
246:5
**party (1)**
21:14

**part-time (26)**
14:13,14 76:19,24
86:6,16 90:12,18
95:3 115:21 116:4,8
116:21 117:14
118:19 120:19
178:11 179:9
192:19 247:23
249:5 290:21,25
291:2,4 292:22
**pass (23)**
80:25 81:5,7,10,21,25
82:5 92:9 104:23
125:6 126:4 147:12
149:21 150:3 179:2
201:14,20 255:16
255:20 256:10
280:22 283:25
288:2
**passed (4)**
105:4 190:18 201:11
254:18
**passing (6)**
96:12 173:3 190:21
190:22 237:14
289:20
**passwords (1)**
198:24
**Pat (8)**
70:5 97:2,4 218:5,5
219:24 220:9
254:25
**patch (3)**
160:11,15,17
**Patrick (4)**
53:14 69:21,24,25
**patrol (2)**
16:18 192:8
**pay (14)**
9:20,24 10:3,4 13:9
13:10 14:19 86:25
87:3 106:18,20,20
174:17 246:6
**PD (6)**
7:16 92:21,22 93:21
96:24 146:8
**Pelk (1)**
249:4
**penal (1)**
81:3
**pending (7)**

60:20 64:6 124:12
149:7,17 204:12
212:10
**people (19)**
66:9 93:25 94:20
96:15 119:16
187:25 213:16,24
218:18 256:14
258:21 259:20
260:13 264:16
271:3,16 280:20
290:14 292:9
**perform (1)**
277:24
**performed (3)**
133:8,10,15
**period (22)**
16:6 17:6,9,11,17
18:5,18 87:24 111:4
116:14,15 167:25
193:6,10,16 198:3
206:9 256:15 260:2
271:2,6,18
**permanent (2)**
17:22 18:3
**permission (1)**
195:18
**permit (1)**
275:7
**person (19)**
40:14,24 45:5,6,8,9
49:15 146:14 153:8
213:18 236:11,15
236:21 240:15
247:8 258:12
259:19 260:12
280:12
**personal (5)**
140:11 199:3,5 200:2
297:2
**personnel (6)**
123:8 136:2 140:7,10
283:11,14
**Pertaining (1)**
189:18
**Peter (2)**
133:12,14
**phone (16)**
40:24 45:5,8 49:15,16
79:13 110:17
184:10 204:21

236:15,19 237:11
247:8,9,19 279:14
**physical (7)**
12:20 80:24 81:4,5,12
82:14 83:8
**physically (8)**
28:2 83:8 154:12
170:10 194:24
214:15 229:5 295:9
**picked (1)**
290:19
**picking (1)**
24:10
**pictures (7)**
209:21 210:5,17
214:12 227:10,13
227:21
**Pietro (2)**
4:20 6:20
**place (8)**
6:16 77:14 84:16
100:19,20 227:22
266:9,15
**placed (7)**
122:8 141:7 155:10
173:15 184:23
284:17 288:14
**plain (13)**
101:24 102:7,9
103:19,24 104:3,12
112:15,16 113:23
114:21 115:9 174:6
**plaintiff (5)**
21:21 24:23 31:2
34:21 51:17
**plaintiffs (28)**
1:5 3:4 7:4,25 38:24
39:18 54:10 75:15
246:25 247:3,5,14
247:20 248:11
249:23,25 252:22
252:23 272:15
274:11 293:11,14
293:17,17,20 294:2
294:4 297:12
**Plaintiff's (7)**
122:4 140:25 155:5
173:13 184:21
284:13 288:12
**plain-talk (5)**
100:16 112:17,18,20

112:23
**plan (7)**
266:9,15,18 268:21
268:24 269:8
296:17
**plate (1)**
237:23
**playing (1)**
143:19
**plays (1)**
212:20
**Plaza (4)**
2:2,15 3:22 6:17
**plea (1)**
34:8
**plead (1)**
28:22
**please (9)**
6:7,24 17:14 39:16
103:22 121:25
184:19 288:10
290:4
**pleasure (1)**
243:6
**pled (4)**
34:10,11 64:2 65:20
**ploying (2)**
143:22,24
**point (36)**
37:25 39:24 43:8,23
44:7 47:15 78:16
83:23 84:15 86:10
89:21 90:13 91:14
97:24 98:16 99:2
101:7,9 109:20
116:24 119:2
130:15 132:8 156:9
164:22 166:17,21
179:14 187:11
208:16 216:9 236:8
267:13 268:8
272:17 275:18
**police (199)**
1:11,12,13 3:21 9:3,6
15:4 21:17 22:2
44:10,14 45:13,16
47:12 48:18 50:10
50:18,23 51:12
52:19 54:20 55:12
55:19,23 56:11,12
58:6 60:10 76:6,11

76:13,15,19 77:19
77:24 78:10,12
79:16,25 80:4,7,9,9
80:17 83:9,16,25
85:2,21 86:5,7,16
89:17 90:5,7,12
91:8 92:16 93:2,4
93:16,24 95:13 96:2
97:3,11,15,17,23,24
98:5,7,10 99:4,17
100:3,6 103:25
104:24,25 109:11
109:19 110:21
111:2,11 115:20,21
116:8 120:8,10,16
120:24 122:22
123:4 127:25 128:2
128:7 129:3,10
132:10 135:20
144:25 153:14
157:23 158:14
164:5,8 166:22
168:3,4,5 169:12
170:21,25 171:9
172:6,6,17,21
173:25 174:7,11,24
175:16 176:2 177:6
178:11 179:17
186:24 187:21
188:7,14,20 191:14
192:6,19 193:16,18
193:20,21,24 194:9
194:10 195:8
209:18 210:2,24
211:7 214:14
238:15,16,17,25
239:3 249:6 250:16
250:22 251:22
254:13 255:17
256:16 257:2,6,13
257:15 258:14
259:21 260:14
261:13 271:4,17,18
272:3,14 280:20
282:10 283:14
284:2,6 285:6,7,8
285:10,15 287:9,20
289:2 290:14,20,21
290:22,24 291:4,16
292:22 295:13,16
295:21 296:2

**polygraph (17)**
81:14 83:20,24 84:11
85:2 95:20,20 275:2
275:3,8,10 277:8
281:17,23 282:20
283:10 284:9
**portion (5)**
46:13 183:11 205:2
260:9 278:18
**posing (1)**
210:18
**position (43)**
79:23 80:4 89:18
90:13 119:8 124:12
138:6,21 145:20
149:6,17,20 151:20
152:2 153:8,19,20
153:23,23 155:23
165:9,13,16,23
166:3 167:2 169:25
170:15 174:25
175:17,21 176:12
176:23,24 179:6,10
182:19 186:14
192:2 259:22
260:15 282:10,11
**positions (2)**
146:10 270:18
**positive (1)**
268:17
**possible (15)**
45:18 61:4 70:16 74:2
110:24 124:24
198:4 218:8 244:19
244:21,23 262:25
263:2 264:25 265:6
**possibly (4)**
61:16 112:3,4 276:10
**post (14)**
206:4,22 209:17,21
214:13 215:7
294:15,17 295:7,12
295:15,18,21,25
**posted (12)**
127:15 205:11 206:23
207:2 213:16,24
214:12,23 294:9,20
295:3,8
**posting (5)**
206:21 207:4 210:5
215:2 295:10

**posts (1)**
295:10
**potential (1)**
84:25
**potentially (1)**
20:2
**Powell (4)**
25:12,14 31:19 56:17
**power (4)**
128:10 175:16,20
176:14
**powers (3)**
128:3,17 176:9
**PO103 (1)**
122:20
**preceding (1)**
184:9
**preclude (1)**
229:3
**preference (1)**
119:16
**preferred (3)**
119:12,13 120:4
**preparation (2)**
217:5,23
**prepare (2)**
121:19 215:14
**preseason (3)**
263:4,5,9
**presence (1)**
104:8
**present (10)**
4:19 15:21 27:14
105:10,13 120:9
168:24 198:6
215:22 221:10
**presently (1)**
38:6
**preserved (1)**
297:4
**Presumably (1)**
171:14
**presume (2)**
237:21 297:18
**pretty (8)**
114:25 115:2,3
129:18 130:10
226:14 232:9 282:4
**prevent (1)**
38:10
**previous (5)**

93:8,11,14 143:20
222:20
**previously (1)**
94:20
**pre-polygraph (3)**
282:19,21,24
**print (1)**
160:2
**printed (1)**
160:4
**prior (44)**
11:10 12:12 13:17,24
14:4 24:14,17,19
30:6 34:18 72:10
77:10,24 79:17,20
80:10 81:9,10 82:15
82:19 83:13 91:3,21
92:19 96:8,11,15
97:16 116:11
124:23 148:13
152:6 167:10,21
197:22 201:6 237:5
237:8,12 239:25
273:9,11 282:20
296:19
**Prisco (9)**
62:22,24 64:8,9,11,16
64:23 65:8 66:4
**privacy (3)**
215:2,4,9
**private (2)**
27:10 215:6
**privilege (2)**
183:3,5
**privileged (2)**
182:20,24
**probably (9)**
54:7 147:2 162:17
198:4 229:24 237:4
241:10 246:16
258:5
**problem (32)**
180:10,13,24,24
181:5,12 182:10
183:19 190:2
229:20,22 260:24
261:4 262:10
266:10,16,20
267:15,16,18 268:7
268:10,14,21
269:13 270:8,10,22

270:23 272:20
291:20 296:11
**problems (2)**
172:8 180:5
**procedure (2)**
56:22 81:4
**PROCEEDINGS (2)**
299:1 300:1
**process (3)**
91:14 270:7 274:24
**professional (3)**
2:17 237:11 297:2
**program (1)**
290:25
**promoted (11)**
153:24 160:7 161:25
164:23 173:2
178:20,22 187:11
187:18 193:2 198:5
**promotion (21)**
140:18 141:21 146:4
146:11 151:23
154:5,8,19 157:15
160:12 163:4,5
165:5 170:16
172:14 174:14,18
174:20 176:4,21
180:18
**promotional (2)**
126:10 128:8
**pronounce (1)**
206:5
**properly (1)**
118:8
**property (2)**
27:10 107:24
**proposal (15)**
138:5 150:21 153:19
154:13,24 166:10
167:10,14,19,22,23
168:2,11 169:4,11
**propose (1)**
154:8
**proposed (1)**
168:21
**protested (2)**
291:11 293:3
**protests (2)**
292:21,25
**provide (1)**
126:19

**provided (2)**
80:18 249:13
**provisional (14)**
124:6,9 138:2,21
139:3 141:20 149:6
149:17,25 151:14
153:22 154:6
157:13 159:16
**provisionally (1)**
124:12
**provisions (1)**
249:12
**Ps (1)**
208:12
**psychological (5)**
81:13,19,21 83:11,12
**Publi (1)**
299:4
**public (15)**
2:19 58:4 99:4,7,22
100:2,22 101:18,23
102:18 111:25
167:10 168:23
187:23 215:6
**public's (2)**
99:17 100:6
**public-talk (1)**
101:5
**pull (1)**
287:10
**punishable (1)**
20:3
**purely (1)**
243:21
**purpose (2)**
82:10,12
**pursuant (1)**
2:15
**put (23)**
24:3 84:16 94:4
103:23 113:12,17
114:24 134:6,10,12
134:14 135:25
140:6 165:8 182:11
191:20 192:12
193:5 258:11 266:9
266:15 291:7
296:22
**puts (1)**
116:7
**putting (2)**

58:3 62:18
**P.C (1)**
3:10
**p.m (10)**
130:2 134:15 200:21
201:3 212:23 213:3
261:25 262:5 296:7
298:6
**P.O (2)**
6:9 8:7

---
**Q**
---
**question (55)**
5:8 17:14 20:8 23:6
23:19,21 30:12 37:6
37:14,21 39:12,16
82:13 89:6 99:12
100:10,24 102:7
103:22 104:6,20
106:4 116:19
119:25 126:25
128:5 135:8,8 170:4
171:4 182:21 183:8
183:10 189:5 205:8
210:8,11 235:6,14
235:15 254:7 256:8
258:10 259:2,3
260:6,19 265:5
271:11 274:4,8
289:17,23 290:2,4
**questioned (2)**
179:15 181:4
**questioning (6)**
204:24 205:2,3,25
211:19 212:7
**questionnaire (8)**
91:5 93:6,19 94:6
282:19,21,24
283:11
**questions (13)**
8:3 205:7 209:5
212:10,15,21 213:8
214:20 221:2
222:10 228:10,15
284:10
**quickly (1)**
63:3
**quite (1)**
233:21
**Quogue (1)**
283:6

---
**R**
---
**R (1)**
299:2
**radio (21)**
98:13,19,22 99:5,18
100:7,21 101:4,15
101:17 102:12,13
102:23 103:18,19
103:24 104:2
113:22 114:20,21
114:22
**radios (1)**
113:23
**Radler (5)**
2:14 3:18 7:10 71:21
217:16
**raise (2)**
151:22 212:2
**raised (2)**
181:4 185:14
**raising (2)**
181:8 190:2
**ran (4)**
225:19 241:7 242:25
243:9
**range (1)**
273:5
**rapport (1)**
237:11
**rarely (1)**
232:4
**rat (10)**
293:5,8,11,14,17,20
294:2,5,7,10
**reach (4)**
40:18,19 41:15
227:23
**reached (5)**
75:7,14 278:13,20
279:2
**reaction (1)**
46:8
**read (24)**
41:5 46:14 67:16
74:23 75:8 121:17
183:12 221:19,19
221:20,20,21,21,24
222:2 224:4 225:11
260:8,10 274:4
278:16,19,23 289:8
**Ready (3)**

4:5 133:13 274:22
**real (3)**
106:16 110:12 280:18
**really (22)**
16:13 26:3 29:7 30:11
  36:2 41:14 47:10
  68:10 70:14 77:2
  106:15 111:4
  118:12 143:5,5
  146:24 161:8 180:8
  180:8 258:18 293:3
  293:15
**Realtime (1)**
2:17
**rearrested (2)**
27:12,14
**reask (2)**
256:8 278:24
**reason (19)**
55:25 82:23 83:4
  84:25 126:19 135:9
  139:19,23,23 193:8
  236:2 275:16 301:6
  301:11,13,15,17,19
  301:21
**reasons (3)**
119:19 120:2 134:22
**recall (269)**
22:15 26:21 29:7,8,14
  31:9 32:2,4,9 36:2
  36:13,23 39:21,22
  40:3,4,7,8,10,23
  41:3,14 42:6,11,14
  42:17 43:3,10,15
  44:19,21 45:4,11,14
  45:17,25 46:22,23
  47:3 48:7,21 49:11
  49:14,25 50:2,11,15
  51:8 52:13 53:4,5
  53:11 55:2 59:3,7
  59:10 61:4,18 63:2
  64:10,14 65:21
  66:14,15,20 67:4,22
  68:2,8,11,25 69:3,4
  69:5 70:12,14,19,21
  70:25 73:9,10 74:5
  74:12,15 75:23
  81:20 87:12 88:7,21
  89:11 91:18 102:8
  104:14 114:6,9
  124:18,21 125:13
125:14,17,18,21,25
126:3,14,15,18,22
127:4 133:4,7,18,20
134:21,24 135:4,5
135:12,18,24
137:17,18,21,24
138:4,7,16 139:14
139:21,22,23 140:2
140:5,12,14,20,21
142:2,10,13,17,21
143:6,7 148:15,16
148:18 149:14
151:21,24 154:17
154:25 156:7,10
157:5,8,9,11,14
161:8 162:23,24
165:14,18 166:12
166:15,18 169:6
170:17,20 180:8,22
181:25 182:4
183:21 184:2
185:11,15 187:7
189:13,21 193:7
194:17,19 196:14
197:20 200:4
205:16 206:3,21
207:2,4,6,14 211:10
219:14,16 226:24
237:2 240:7 241:12
242:12,13,18
243:13,22,24
247:10,17,18
248:14,18,25
249:17 251:16,19
251:20 252:11,17
253:4,7,16 254:15
258:3,4 262:18,19
263:15 264:8,14,18
265:12 266:2,6,7
267:5,17 268:2,4,5
268:11,12,13,19
269:23,25 272:9,9
275:23 276:3 279:7
279:11 284:11
286:5 287:22
289:25 291:5 292:4
292:5,8 293:3,6,9
293:12,15,18,21
294:25 295:17
**receive (11)**
39:25 72:20 138:20
139:3 151:18,22,25
159:3 165:4 174:17
288:24
**received (24)**
39:23 40:9,12 49:23
  66:9 67:10 70:7
  72:16 76:7 79:13
  106:21 123:16
  127:18 151:20
  163:3,5 176:4
  184:10 186:14
  191:22 224:9
  225:13 226:17
  287:18
**receiving (7)**
51:16 67:21,25 68:5
  70:9,22 74:4
**recess (1)**
38:3
**recognize (2)**
237:16 238:3
**recognizing (1)**
237:25
**recollection (25)**
42:19 43:17 59:9 69:7
  73:13 74:17 97:9,19
  135:14 138:9,12,18
  141:19 147:15
  148:9,11 155:18
  174:4 194:21 217:8
  252:19 279:9
  286:16 289:18
  293:23
**recommend (1)**
155:23
**recommendation (4)**
155:20 156:6 166:25
  167:4
**reconsider (2)**
150:12,16
**record (34)**
6:8,25 11:14 24:4,6
  37:2,23 84:7 105:18
  105:20,24 106:3
  190:20 200:22,24
  201:4 211:25
  212:12,19,23,25
  213:3,6 229:7 259:4
  261:25 262:3,5
  296:7,9,10,23 299:8
  301:7
**records (6)**
86:14 234:23 285:5,6
  287:11 289:2
**rectified (4)**
52:20 270:10,12
  272:21
**rectify (2)**
180:23 273:6
**rectifying (1)**
270:22
**redo (2)**
95:5,9
**refer (12)**
45:12,16 212:14
  293:5,7,11,13,16,19
  293:25 294:4,7
**reference (6)**
46:11,16,19 50:7
  142:6 247:22
**referred (4)**
46:13 153:25 171:6
  183:11
**referring (34)**
11:14 47:16 52:8,15
  53:6,9 54:11,17
  55:4,18 57:25 58:23
  59:15,17 60:4 69:25
  122:14 129:7
  136:13 142:11,18
  142:19 143:2,7,15
  145:4 147:22
  180:11 189:9
  215:18 236:11
  251:5,7 294:9
**refers (2)**
146:18 285:13
**reflect (5)**
156:20 159:14 160:7
  165:13 229:8
**reflected (4)**
160:11 161:2 185:12
  189:12
**reflecting (1)**
136:2
**reflects (1)**
160:23
**refresh (21)**
42:19 43:17 59:8 69:7
  73:13 74:16 97:9
  135:14 138:9,12,17
  141:18 147:15
155:18 174:4
194:20 217:7
252:18 279:9
289:17 293:23
**refused (3)**
55:7,9 88:16
**regard (2)**
211:20 297:10
**regarding (3)**
208:20 210:17 247:22
**regardless (1)**
236:11
**regards (1)**
253:6
**registered (3)**
2:16 9:18 285:7
**registries (2)**
188:4,7
**registry (3)**
238:15 285:5,5
**regular (3)**
11:20 54:19 130:13
**regularly (2)**
186:4 192:8
**rehired (2)**
209:13 274:17
**related (3)**
109:25 245:13 299:10
**relation (1)**
131:24
**relations (3)**
226:5 228:24 253:11
**relationship (5)**
110:4 132:2,5 176:16
  226:21
**relay (1)**
113:21
**release (2)**
93:12 249:7
**relevance (1)**
211:22
**relevant (9)**
184:4 196:3,9,18
  202:19,25 204:23
  209:11,12
**relying (1)**
249:8
**remain (1)**
149:19
**remember (21)**
21:16,24 39:24 43:22

21:16,24 39:24
43:22 46:8,9,15
61:7 86:12 88:11
114:23 135:8
169:17,18 201:8
225:20 241:10
258:8 262:11,12
283:3
**reminding (1)**
178:19
**remove (2)**
149:25 176:10
**removed (1)**
177:25
**rent (2)**
13:7 14:19
**repeat (19)**
17:14 32:17 37:8,12
39:16 45:2 50:19
53:7 59:20 99:12
101:3 102:6 103:22
119:25 128:5 183:9
260:5 274:6 278:15
**rephrase (2)**
37:8,12
**replace (1)**
177:2
**replaced (2)**
177:4 280:7
**report (10)**
96:17 108:20 109:18
127:10 176:11
261:10,11 294:13
294:18 295:9
**reported (9)**
1:23 29:23,25 109:9
157:16,18 167:9
174:15 289:14
**reporter (9)**
2:17,18,18 6:6,22
46:14 183:12
260:10 278:19
**reporting (7)**
6:23 109:22,23
176:15,17,17
261:14
**Repp (4)**
87:20 88:2,5,7
**represent (1)**
23:16
**representation (1)**

23:12
**representative (1)**
238:18
**represented (5)**
22:14 26:20 32:7
36:11 38:15
**represents (3)**
7:24 60:23 64:8
**request (12)**
88:20 121:7 138:2,14
139:6 140:15,17
141:20 154:3,16
156:5 165:8
**requested (3)**
221:10 260:9 278:18
**requesting (1)**
121:10
**required (14)**
85:8,10,20 93:7 95:14
95:15 101:18
125:23 137:6
158:22 172:14
241:23 284:2
296:25
**requirement (12)**
18:8,20 78:24 81:16
83:24 84:10,16
85:16 104:6 158:4
201:20 261:15
**requirements (1)**
153:10
**requires (1)**
82:14
**reschedule (5)**
276:22 278:5,13,21
279:3
**rescheduled (5)**
276:16,18,24 278:10
279:6
**reserved (1)**
5:8
**residence (3)**
8:10,17 119:20
**residency (3)**
18:8,20 19:14
**resident (1)**
107:19
**residents (2)**
119:14,15
**resisting (6)**
28:14 33:22 63:11,12

63:13 65:12
**resolution (3)**
92:9 171:25 173:23
**resolve (2)**
286:16 287:4
**resolved (8)**
22:22 26:15 33:8 36:6
63:25 285:17
286:14,17
**respect (24)**
55:4 57:25 58:24 63:8
65:8 66:2,21 137:25
140:15 170:15
181:5 182:5 183:24
184:13 186:5,22
189:19 192:2
203:10 238:11
247:19 257:25
261:14 279:23
**respective (1)**
5:3
**respond (4)**
48:8 103:5 104:16
210:22
**response (2)**
50:11 150:20
**responses (1)**
93:9
**responsibilities (1)**
176:21
**responsibility (2)**
261:17,18
**responsible (10)**
159:21 258:13 259:19
259:24,25 260:12
260:21,22,25 261:3
**rest (1)**
214:19
**restriction (1)**
128:10
**restrictions (2)**
128:2,17
**results (1)**
133:21
**resume (1)**
97:3
**retired (3)**
96:24 257:13,14
**returns (3)**
10:8 87:7 107:2
**Reusch (2)**

13:5,7
**reverse (5)**
21:9 30:13,21 34:17
148:14
**review (4)**
217:4 219:20 221:4
283:10
**reviewed (4)**
93:7 221:15,18
296:24
**RexCorp (4)**
2:2,15 3:22 6:16
**Rich (4)**
96:20 225:2 232:5
234:6
**Richard (5)**
53:2 67:2,24 192:23
224:7
**Richie (3)**
224:13,19 254:25
**right (38)**
12:11,25 30:13,15
38:20 54:7,7 57:20
59:3,7 64:20 66:5,6
74:18 96:9 122:23
134:20 136:15
169:19 170:11
178:5 190:7 204:9
204:22 205:22
208:23 212:6,13
220:22 229:24
236:8 250:17
267:11 273:22,25
274:2 279:19 286:7
**rights (22)**
22:7 25:16 29:6 31:13
32:16,22 35:14,18
35:22 60:19 63:2
64:25 247:24,24,25
248:2 249:19,21
250:11,16,19 251:7
**ripped (1)**
140:23
**Riverhead (1)**
225:19
**Rivkin (5)**
2:14 3:18 7:9 71:21
217:16
**Road (2)**
3:12 4:7
**Rogers (24)**

3:20 7:11 44:8,22
45:22 46:3 48:22
49:13 71:25 72:4
73:8 131:3 133:5,19
143:20 146:18
169:9,15 170:14,19
170:24 221:22
223:16 266:4
**role (20)**
128:18 129:2,8
167:21 168:3,9
176:3 177:5 179:15
180:10 182:10,13
183:14,20 184:13
190:19,21 269:8,11
269:15
**roles (1)**
128:8
**room (2)**
9:3 217:15
**rooms (1)**
207:11
**round (3)**
116:5,10 277:14
**RPR (3)**
1:23 299:4,18
**rules (6)**
19:5,13 210:16,19,20
296:17
**run (1)**
241:17
**running (1)**
280:5
**Russell (5)**
56:3,3,18,19,20
**Ryan (10)**
31:4,10 32:5,7,14,19
33:14 34:14,19
36:17
**R-E-U-S-C-H (1)**
13:6

_____
**S**
_____

**s (4)**
3:7 184:6 275:7 281:5
**Sabrina (1)**
207:24
**Safe (1)**
70:24
**safety (7)**
99:4,7,17,23 100:2,6

**Sam (1)**
60:5
**San (2)**
4:20 6:20
**Sanchez (23)**
1:14 7:17 184:25
185:23 186:19
187:6 189:7 222:2
225:15 226:19
236:6,10 237:23
239:12 242:16
246:5,25 247:6
249:20 252:13,22
268:9,15
**Sanchez's (1)**
225:11
**sanction (1)**
20:3
**satisfaction (1)**
64:4
**satisfied (1)**
288:25
**satisfies (1)**
201:19
**Saturday (3)**
134:7 229:14 232:13
**Saturdays (5)**
129:23 130:24 232:12
234:13,14
**saw (7)**
3:12 204:9,10 227:10
227:13 237:17,20
**saying (7)**
42:12 47:23 71:9
101:16 151:19
237:23 271:9
**says (18)**
23:11 122:20 123:16
128:24,25 137:11
142:22 143:10
145:15 147:10
150:11 174:9 175:9
175:14 193:21
285:4 288:24
289:25
**scam (1)**
143:17
**scamming (1)**
143:16
**schedule (6)**
129:19,20 230:19

233:21 277:18,21
**scheduled (11)**
124:13 190:8,11,16
218:10,16 275:23
275:24 277:4
279:13 281:4
**schedules (1)**
234:23
**scheduling (1)**
296:11
**school (4)**
134:5 158:5,13,18
**schools (1)**
157:22
**Schwartz (3)**
294:13,18 295:9
**score (3)**
125:21,23 127:15
**scores (1)**
125:25
**Scroi (4)**
110:18,19 111:6,21
**sealing (1)**
5:4
**search (13)**
80:23 196:2,11,22
197:6,9 198:12,17
200:5,8,12,15 285:4
**searched (1)**
196:16
**season (22)**
11:14,17,22,25 12:4
12:10 14:10 90:9
116:16 117:5,12
118:7 233:23,24
272:10 273:11,19
276:12,12,24,25
277:2
**seasonal (32)**
14:14 76:19,24 79:25
80:3,7,8 89:17 90:3
90:7,13 95:4 115:20
116:13,22 117:8,13
118:8,12,20 178:11
179:10 192:19
247:23 249:5
290:21,22,23,25
291:2,4 292:22
**seasons (2)**
11:10 90:6
**second (13)**

8:10 65:11 84:5
125:16 128:22
142:5 145:14
149:22 175:14
240:14 284:25
285:3 288:23
**section (6)**
91:9,21 93:3 94:22
96:17 280:4
**see (46)**
15:17 83:17 93:9,14
122:19 123:6,9,15
123:17 124:7
128:21 129:5
132:22 137:13
142:8,24 143:13
145:17 146:20
147:13 149:8 150:4
150:14 154:22
156:19 168:14
171:25 174:2 175:8
175:8,12,18 196:17
212:20 224:25
234:24 240:20,23
253:23 267:2
284:25 285:11
287:10 288:23
289:6 295:25
**seeing (2)**
140:14 185:16
**seeking (1)**
291:3
**seen (14)**
136:3 141:12 155:15
165:17 172:8,9
173:20 185:6
237:12,14 238:5
253:25 284:22
288:19
**segregate (1)**
205:4
**seizure (1)**
80:23
**send (5)**
93:12 210:22 218:21
221:11 240:8
**senior (7)**
129:11 132:3,14,15
132:18 176:23
229:16
**sense (1)**

100:21
**sent (16)**
93:8,23 102:12
103:18,25 114:20
137:10 154:23,23
156:3 194:6 238:14
239:24 240:2,4
285:20
**sentence (10)**
128:24 137:11 142:22
143:10 145:15
146:17 147:9 149:5
150:11 289:9
**separate (2)**
141:4,6
**separately (2)**
218:25 219:2
**September (2)**
12:5 113:13
**sergeant (69)**
21:25 22:10 27:22
29:18 78:9,14,17,20
78:25 79:4 121:3,8
121:11 124:6 126:5
126:10 128:9 139:4
145:16,19 146:19
146:23,25 148:25
151:15,16 152:3,3,6
153:23 154:5,6
157:13 158:5,22
159:4,8,14 160:8,23
161:2,12,18,25
163:2,8,11,17,19
164:23 165:9,12
176:24 177:2,5,5,25
178:2,20 180:18
201:7,20 229:13
239:5,6,13,21,25
240:5
**sergeant's (19)**
124:20 125:2,9 126:4
127:12 137:22
138:21 146:9
147:22 156:9 161:3
163:16 173:3 179:2
190:13,22 201:12
201:15,15
**served (2)**
67:13 280:20
**service (70)**
1:14 81:8 82:17 84:11

84:17 85:8,16 90:20
92:1 95:11 109:6
116:7 149:6 152:19
152:23 153:2,6,11
153:13 157:16
164:4 172:13,20
173:6 174:10,15,21
179:9,15 181:13,17
181:18 183:23
186:3,5 191:2,10
238:18 241:23
242:5,7 249:13
259:16 261:11,12
267:19,22,24 268:3
268:6 269:7,18,21
270:14 271:21
288:5,21 289:5,19
290:7 291:11,12,19
291:24 292:3,16,17
293:8,14,20
**Services (2)**
93:13 285:3
**Service's (1)**
96:4
**session (7)**
4:9,22,23 151:2,3,6
156:13
**set (11)**
49:3 88:8 129:16
203:16 212:21
230:11,12 231:12
275:12 299:7,14
**setting (1)**
208:23
**settings (3)**
215:2,5,10
**settled (1)**
23:23
**settlement (5)**
22:23,24 26:18 33:11
36:9
**seven (2)**
72:18 297:13
**sex (1)**
229:9
**sexual (6)**
208:23,24 226:5,21
228:23 253:10
**Shannon (3)**
10:16 202:6,7
**shared (2)**

9:2 195:6
**Sharon (1)**
202:5
**Shaw (2)**
96:21 254:25
**SHEET (1)**
301:1
**sheets (2)**
134:3,4
**she'd (1)**
248:9
**shield (9)**
122:24 160:22,25
   161:3,6 178:2,3
   198:5 199:22
**shift (5)**
129:16,21 134:17,23
   135:21
**shifted (1)**
135:10
**shifts (5)**
15:6 16:25 129:13,14
   129:15
**Shook (4)**
255:13,14 281:3
   282:6
**short (4)**
13:15 87:24 111:3
   206:9
**shorten (1)**
101:14
**shot (1)**
212:17
**show (8)**
75:2,24 76:5 126:17
   126:20,23 181:3
   183:22
**showed (1)**
239:18
**sick (1)**
38:13
**side (1)**
53:20
**sign (3)**
238:21,25 239:7
**signature (4)**
122:17,20 141:15
   240:10
**signed (9)**
5:12,14 238:10,12,22
   239:21 240:5,9

246:13
**signing (1)**
239:25
**signs (5)**
238:16,18,19 270:5,6
**Similar (1)**
290:3
**single (1)**
104:7
**Sir (1)**
106:3
**site (5)**
206:4,23 207:5,11
   213:17
**sites (5)**
205:12 209:18,22
   213:25 214:13
**sitting (4)**
38:20 180:2 217:15
   242:19
**six (5)**
70:22 72:18 74:4
   178:20 179:7
**Sky (3)**
106:10,13 107:8
**slash (1)**
122:25
**sleep (4)**
8:14,16 15:7 16:17
**sleeve (1)**
160:20
**slept (1)**
253:18
**slight (5)**
88:11,13 133:8,9,10
**slightly (4)**
131:15 176:5,8
   223:11
**Slim (1)**
61:6
**smart (1)**
228:5
**Snyder (13)**
1:4 4:24 8:2 53:2,19
   54:4 164:14 230:23
   231:19 232:25
   252:4 291:19,22
**Snyder's (1)**
221:19
**social (10)**
108:15 205:12 207:7

207:9 209:18 210:6
   211:8 213:17,25
   243:21
**Solena_party (1)**
206:20
**solid (1)**
112:4
**somebody (12)**
56:10 58:4 118:2
   124:16 131:14
   159:20,25 227:3
   253:13 278:13,20
   283:6
**somebody's (1)**
102:22
**someplace (1)**
77:14
**son (2)**
132:4,14
**sorry (8)**
14:7 25:17 51:24
   170:3 224:14
   232:21 260:6
   278:23
**sort (4)**
65:13 95:25 118:3
   166:24
**sounds (1)**
205:22
**Space (1)**
215:7
**speak (44)**
40:11 43:4,5,24,25
   44:5,22 45:22 49:7
   133:5 139:12
   156:22 157:2 169:3
   169:10 170:14
   185:21 186:11
   217:12,21 220:16
   222:4,25 223:5,17
   223:19,23,24 224:3
   225:18 243:8
   249:24 252:24
   262:13 263:16,23
   264:9,15,19 265:7
   265:13,19 266:4
   267:22
**speaking (6)**
17:10 41:8 43:10
   45:23 70:20 268:5
**speaks (1)**

146:19
**specialist (2)**
4:20 6:21
**specific (9)**
71:9,17 74:10 166:12
   222:22,23,24
   225:20 258:3
**specifically (4)**
71:8 74:15 250:6
   290:12
**speculating (1)**
143:5
**speculation (1)**
170:11
**spell (2)**
24:21 205:20
**spelled (1)**
206:5
**spent (1)**
19:14
**Spias (1)**
264:16
**Spies (3)**
263:17,18 269:2
**Spies's (1)**
269:15
**split (1)**
246:4
**spoke (17)**
43:8,14,20 49:12
   73:14 111:20 142:6
   142:11 170:12
   249:3,23 252:21
   262:16 264:2,12
   265:10 268:15
**spoken (10)**
40:15 61:8 111:19
   189:6 191:9 217:15
   224:10 225:15
   237:8 253:5
**sponsor (1)**
79:15
**spot (6)**
57:20 58:8,12 278:6
   280:8,16
**spouting (1)**
250:21
**squirt (1)**
55:12
**squirting (1)**
55:18

**Sr (2)**
69:25 97:4
**stairs (1)**
65:5
**stamp (1)**
123:15
**stamped (1)**
123:19
**Stan (1)**
249:4
**stand (4)**
122:21 199:16 250:25
   251:6
**standard (2)**
129:18,20
**standing (1)**
93:11
**stars (1)**
178:3
**start (15)**
6:11 8:20 11:17 12:4
   15:9 21:8 54:6
   105:21 113:4 114:4
   147:6 186:18
   200:25 236:23
   273:4
**started (22)**
8:23 11:10,19 12:10
   19:5,7,13 76:16
   86:9 90:25 91:2
   110:8 115:7 186:20
   211:6,7,9 250:20
   267:11 269:6
   272:25 280:15
**starting (3)**
79:20 186:12,13
**state (13)**
2:19 6:7 93:13 157:19
   188:3,7 238:15
   285:2 288:4 289:5
   290:21,23 299:5
**stated (4)**
42:15 142:7 246:21
   262:11
**statement (1)**
149:11
**STATES (1)**
1:2
**stating (1)**
285:14
**station (10)**

49:20,21 55:25
209:19 211:8
214:14 251:22
283:15,17 296:2
**status (5)**
96:2 116:4 118:4,5
191:17
**stay (9)**
8:19 9:7 15:5 16:8,15
16:17 17:2 149:6,16
**stayed (2)**
15:8 111:3
**staying (8)**
8:23 11:11,18,19
12:10 17:6,17
203:20
**stenographer (1)**
24:6
**step (4)**
144:24 228:16 281:11
282:6
**stepped (2)**
270:16 281:9
**Steve (2)**
4:20 6:20
**stipulate (1)**
229:8
**STIPULATED (3)**
5:2,6,10
**stipulation (1)**
274:14
**stop (5)**
93:15 110:7,22
286:20,24
**stopped (1)**
287:20
**store (1)**
160:19
**straight (2)**
16:25 130:10
**street (2)**
55:23 65:6
**strictly (1)**
290:23
**strike (26)**
21:19 33:17 43:4
58:21 126:12
138:24 150:23
181:3 185:9,21
186:12 198:24
217:12 224:3

225:25 252:5
253:24 266:12,12
267:23 270:9 276:8
278:4 280:19
286:18 292:5
**stripes (1)**
177:25
**stuff (5)**
24:4 49:3 207:11
250:21 269:7
**subject (3)**
213:6,10 214:20
**submitted (2)**
142:2 261:9
**submitting (1)**
77:25
**Subscribed (1)**
298:9
**subsequent (9)**
67:21,25 68:5 70:8
141:19 142:16
191:13 249:25
252:9
**substance (20)**
41:12,14 44:19 50:25
51:4 66:20 68:11
70:25 111:22 219:6
219:19 220:6,25
222:18 223:25
226:25 241:12
243:11,19 253:7
**substantive (4)**
219:17 223:24 226:2
226:18
**substantively (2)**
223:14 224:22
**successfully (1)**
285:9
**sue (1)**
60:14
**sued (7)**
21:17,18 62:7,13,17
62:19 72:18
**Suffolk (44)**
1:13,13 4:6,13 7:16
7:16 25:6,9 36:16
36:19 76:20 77:18
81:8 83:25 84:10,16
85:3,21 91:14 92:21
92:22 93:21 95:13
96:3,4 98:4,14,22

113:21 115:20,22
123:5 146:8 157:22
158:13,17 159:4
184:6 201:14,21
255:17 257:14,17
288:20
**suggested (1)**
268:14
**suggestion (3)**
165:25 266:19,21
**suing (3)**
62:24 64:11,16
**suit (1)**
61:19
**suits (1)**
66:5
**summer (6)**
8:19 12:4 14:8 76:17
77:13 151:11
**summers (1)**
8:21
**summons (2)**
55:22 58:7
**Sunday (1)**
130:12
**Sundays (2)**
129:24 130:25
**superintendent (2)**
87:23 242:9
**supervisor (5)**
128:18 129:2,9
158:18 238:17
**supervisory (17)**
128:3,10 157:21
158:5,13 179:16
180:10 182:10,13
183:14,20 184:13
185:13 187:5
189:19,22 191:3
**supply (1)**
160:19
**supported (3)**
154:18 254:7,7
**sure (54)**
20:18 26:3 31:9 43:8
43:23 64:13,14
83:16,18 93:16
97:10,12 106:16
110:12 115:10,12
117:6 118:18
130:20 134:20

159:15 169:22
182:23,24 183:6
197:4 199:7 205:2
206:2,25 214:10
215:12 230:3
232:24 250:5 254:9
258:13,18,18,21
259:7,17,20 260:12
260:23 261:19
264:19 267:11
274:8 277:24
280:18 281:9 287:2
297:3
**suspend (2)**
212:9 271:5
**suspended (5)**
87:18 110:18 111:13
111:15 212:7
**switch (5)**
235:2,6,9,11,19
**switched (1)**
131:16
**sworn (10)**
5:11,14 6:4 76:14
77:8 192:25 257:2,5
298:9 299:7
**S-L-I-M (1)**
61:7
**S-O-L-E-N-A_part...**
206:21

**T**

**T (2)**
299:2,2
**table (1)**
52:17
**tailed (1)**
127:2
**take (51)**
23:12 34:8 38:2,3
42:21 55:11,23
56:15 80:16 81:14
81:18 82:10,14,18
83:4,12 84:11 85:2
95:14,20 125:3
147:24 148:13,25
149:20 158:23
167:21 190:16
193:12 194:12,13
200:19 239:9
260:16 261:21

263:13 270:7 275:3
275:8,9,17,21,24
276:7,15,17 279:9
280:25 281:8,24
282:11
**taken (12)**
124:19,22,25 147:18
148:7,22 166:22
168:3 219:10
220:10 270:24
297:6
**talk (15)**
100:22 101:18,24,24
102:7,9,18 103:19
103:24 104:3,12
112:16 113:23
114:22 115:9
**talked (6)**
25:19 112:3,4 253:11
265:17 266:2
**talking (11)**
49:3 59:16 61:14 72:4
89:14 130:18
171:15 197:12
233:22 237:24
273:17
**tape (5)**
6:12 105:16,22
200:21 201:2
**Tape's (1)**
296:5
**tax (3)**
10:7 87:7 107:2
**taxes (6)**
9:20,24 10:3,4 87:3
106:20
**technicalities (3)**
97:20,21 98:2
**technicality (2)**
256:13 257:21
**technically (5)**
95:19,22 180:15
192:3,4
**telephone (1)**
279:14
**tell (64)**
12:2 19:24 41:12,24
42:4 47:7 50:2
61:17 74:13 75:21
101:7 102:22 131:6
133:19 151:10

157:12 162:3,21
163:7,10,19 166:10
166:20 167:18
172:11 180:7,13
182:6,12 183:13,18
194:13,16 202:20
217:2,25 218:4,9,18
218:20,24 220:13
223:13 224:19,20
224:22 225:25
226:2 230:4 235:7
235:11,19 247:18
248:4,7 249:2,8
250:13 251:14
252:3 253:14,17,20
263:12
**telling (2)**
50:21 215:25
**tentative (1)**
275:12
**term (3)**
37:10 48:2 209:14
**terminated (1)**
282:3
**terminating (1)**
250:10
**termination (1)**
289:13
**terminations (1)**
153:12
**terminology (3)**
47:21 172:7 183:15
**terms (4)**
176:14 203:4,6
257:17
**test (57)**
80:23,23,24 82:10,15
82:19 83:3,5,12
85:13 124:13,20,22
125:2,9 126:4,13
127:12 137:22,22
146:4,9 147:16,25
148:25 149:19
150:3,6 156:8,9
172:13,20 173:3
179:2 190:13,14,22
190:23 201:12,15
201:16,20 274:25
275:4,8,10,17,21,25
276:7 277:24
278:14,22 279:3,6

280:22,25
**testified (44)**
6:5 20:5,9,13,20,20
20:23 21:3,11 22:11
24:16,24 26:5 29:16
30:8,23 32:10 34:14
34:18 36:21,22
42:16 58:23 59:14
59:22 62:6,6,10
63:5 72:17 94:16
108:19 119:3 134:8
136:25 142:15
202:4 229:12
234:18 236:2
248:16 273:13
280:23,23
**testify (6)**
22:16 23:9 26:9 29:17
62:2 66:3
**testifying (3)**
19:21 20:17 38:10
**testimony (11)**
30:3,14 62:10 100:12
162:4 254:6,8 257:8
259:7 299:6,9
**tests (25)**
78:19,24 80:16,19,22
81:2,6,7,17 85:7
95:15 96:5,12
104:23 105:4
254:19 255:16,20
256:10 263:14
274:25 277:8 281:9
283:25 291:11
**thank (3)**
150:13 163:25 289:15
**Thanks (1)**
178:19
**thing (8)**
31:18 68:21 71:7,9
164:13 226:4 232:6
234:6
**things (6)**
44:12 55:8 83:17
93:17 144:3 247:15
**think (62)**
13:6 15:18 24:5,11
29:16 33:2 38:9
42:18 43:16 44:10
44:12 49:6 68:22
69:7 72:3,7 73:12

78:10,14 87:23
96:25 97:7 99:3,16
99:20,22 100:5
102:20 107:25
115:19 124:16
133:9 135:2 138:11
143:21 172:7
174:19 179:8
187:13 204:22
211:22 212:20
221:22 228:5 229:7
231:11 234:18
235:5,13 245:11
250:19 253:9,12
255:2 262:11 273:4
273:18 276:15
280:23 281:20
283:8 296:25
**thinking (3)**
13:21 139:24 255:11
**third (1)**
242:23
**Thomas (2)**
1:4 86:21
**Thompson (4)**
3:3 7:3,22,23
**thought (17)**
17:21 19:6 41:20 42:4
51:10 59:23 68:19
71:5,14 74:21 93:25
103:13 170:5,7
226:10 228:11
260:20
**thoughts (1)**
154:21
**threat (1)**
103:13
**threatened (3)**
169:22 170:6,8
**three (19)**
8:22 11:10 54:10 81:2
81:17 110:10 125:4
125:6,10 160:10,14
192:19 195:11
200:16 236:22
244:22 246:3
264:16 275:12
**threw (1)**
226:6
**throw (2)**
127:23 226:8

**ticket (1)**
63:14
**till (11)**
105:10,13 109:16
120:9 130:2,12,12
134:15 232:21
233:6,15
**time (182)**
5:9 13:15 14:15 16:5
18:13,25 19:15
20:16 21:10,12
24:15 29:18,24 30:2
30:6,7,22 34:13,18
37:25 41:16,22
42:17 43:21 44:15
47:14,25 53:4,11
55:20 56:3 69:8,17
70:19 72:7 78:8,11
78:15,22,24 79:3,4
79:6 80:10,21,25
81:15,23 82:7 83:19
83:23 84:9,15 89:21
89:25 90:19 96:22
98:15,16 101:9
105:7,9,17,23 108:6
109:12,21,24
110:11 115:4,5
116:24 119:2 120:6
121:14 123:24,25
124:22,23 125:12
125:16,18 127:12
127:19 129:22
134:3,4 135:2
137:23 140:9,11,13
142:6,11 148:5,18
149:22 150:7,13,17
150:19 151:10
154:19 156:3,9
159:11 162:13,14
163:2,13,14,15,17
164:22 166:13
168:2 169:8 170:22
171:2,12 179:14
192:13,20,24
200:18,21 201:3
205:5 206:10
212:22 213:2 216:7
216:15 225:6,9
232:20 236:24
237:6 238:20 239:2
240:14 242:23

246:10 247:4 249:7
249:25 252:21
254:2 256:15
258:11 260:2
261:24 262:4,16
264:2,12 265:10
267:13,16 268:14
268:15 270:8,8,21
271:13 272:17
274:11 277:5,18,22
277:25 278:9,12,20
278:23,25 280:2,5
296:6,19 297:14
298:6
**timeline (1)**
113:11
**times (31)**
21:6 36:20 55:5 68:7
68:9 70:3,10,13
72:18 73:19,21,22
88:20 108:9,11
124:25 125:3,4,7,10
126:2 148:3,25
192:15 211:2
236:20,22 249:23
294:17,19 295:15
**tipped (5)**
291:19,24 292:2,15
292:17
**title (67)**
44:14,17 89:22,24
90:3 91:12,16,22
92:3,6,10,14,20,23
108:23,25 109:4,6
117:16,17,18,23
120:7,10,12,23
121:2,7,11 145:15
146:13 161:22
162:5,11,16 163:8
163:11,18,20 164:4
164:6,23 165:4
166:13 174:10
178:10,12 179:16
180:6,24 182:2,6,12
183:13,19,20
184:14 185:13
187:6,8,15 188:8
189:20 191:4,16
193:9 239:12
**titles (5)**
178:15 180:5,10,11

181:6
**today (19)**
6:22 8:3 19:21 21:8,9
25:21 30:17 36:21
38:11,13 171:9
187:15 216:20,23
217:14 218:2,10
219:25 242:19
**today's (4)**
121:19 215:14 217:5
217:23
**told (53)**
52:8 55:13,24 56:6,8
58:6 80:14 106:6,6
110:18 111:12
124:16,17 130:23
131:2,4 132:21,25
133:16 135:9
139:16 149:12
151:7 162:10,15,19
163:3 164:5,7
166:16 167:15,22
167:25 179:13
180:5,21 181:20,23
183:16 218:10
219:3,24 239:9
249:10 250:15,18
250:23 251:2 267:9
267:14 269:22,23
292:2
**Tom (5)**
4:24 8:2 53:2 230:23
291:22
**Tomanelli (1)**
192:23
**Tommy (4)**
86:21 96:21 254:25
291:19
**ton (1)**
93:7
**tone (1)**
102:22
**top (2)**
262:24 286:22
**topics (1)**
213:9
**touch (1)**
268:8
**touched (1)**
254:12
**tour (18)**

16:18 134:14 229:17
229:19,23 230:6,7
230:13,16,20 231:8
231:17 232:7,11,18
232:25 233:9 234:7
**tours (19)**
16:14 130:11,14,18
130:22,24 131:16
134:6,7,10,12
135:10,21 229:13
232:15 233:20,20
234:19,20
**town (4)**
58:5 86:6,16 111:4
**training (9)**
77:3,6 81:5 83:8
91:24 159:3,6,8
285:5
**transcript (7)**
219:20,21 221:4,5
224:4 225:12 299:8
**transcription (1)**
301:9
**transcripts (1)**
221:16
**transmission (2)**
37:3 154:23
**transmissions (1)**
112:21
**transmitted (3)**
104:8,12 115:8
**trespassing (2)**
27:10,18
**trial (11)**
5:9 22:16,19 26:9,12
28:20 33:5 34:6
36:3 62:2 63:22
**tried (6)**
56:12,15 61:22 63:6
124:21 277:6
**trouble (1)**
144:2
**true (4)**
103:4,9 229:3 299:8
**trump (1)**
23:8
**truncate (1)**
222:9
**trustee (7)**
43:21 44:8 163:12
166:14 169:5

175:14 265:25
**trustees (15)**
43:25 44:4,6 92:8
136:18,19,23 137:4
137:7 138:15
156:23 265:14,19
265:22,24
**trustee's (1)**
178:23
**truth (5)**
19:24 61:18 101:7
151:10 172:11
**truthfully (1)**
38:11
**trying (7)**
107:25 113:10 143:16
144:2,4 204:20
222:9
**TSG (2)**
6:20,23
**Tuesday (3)**
215:16 216:11,12
**Tuesdays (1)**
129:25
**turned (3)**
184:5 192:9 275:13
**twice (4)**
108:16 148:7,22
192:16
**two (46)**
10:13 12:8,9 16:14,25
17:7,17 18:4 27:8
28:19 72:14,25
73:25 80:10,11 90:8
90:10 110:10
116:10,11,14,15
126:2 148:3 149:7
149:17 150:9,10
162:17,22,25
165:17 193:4
195:14 208:11
216:17 223:7
244:20 249:22
270:25 271:3
272:21 273:5
275:13 291:5
296:16
**two-page (1)**
155:12
**two-year (1)**
150:8

**Ty (7)**
53:12 73:17 74:6 95:8
96:21 218:5 293:2
**typed (2)**
122:20 270:4

_____
**U**

**Uh-huh (9)**
72:19 111:8 112:19
128:23 162:19
175:11 253:3 255:5
287:14
**ultimately (1)**
39:9
**unaware (3)**
174:23 175:7 191:6
**uncertified (8)**
250:22 254:13 262:8
265:2 272:14
280:21 283:10
292:18
**underlying (1)**
250:14
**undersigned (1)**
128:25
**understand (19)**
19:20 30:11 37:5,7,11
39:12,14 50:13
72:13 82:12,18
83:10 126:25
147:11 204:19,20
210:10 259:14
273:21
**understanding (34)**
51:25 75:13 80:6 82:9
112:25 116:8
117:10,22,25 118:6
118:9,18 149:16,18
149:23 150:25
153:5 156:11
158:16 161:21
179:11 191:13
251:4,6,12 255:15
256:9 257:4,12
259:12,18 260:11
289:11 296:21
**understood (5)**
37:15 44:10 102:4
236:13 259:7
**uniform (13)**
160:6,19 177:22,24

178:4 192:9,12
193:5 209:24 210:2
210:6,17,18
**Uniondale (5)**
1:18 2:2,15 3:23 6:17
**unit (3)**
86:7 92:16 93:22
**UNITED (1)**
1:2
**unknown (1)**
275:2
**Unlocked (2)**
283:23,24
**unofficially (1)**
45:15
**unqualified (1)**
250:22
**uploaded (1)**
214:15
**upset (4)**
41:18 56:16,19,21
**urinating (1)**
58:4
**use (24)**
9:12 11:9,25 13:25
15:22 17:15 18:11
29:5 35:13 37:10
64:20 119:19
195:18 198:7,9,23
198:25 199:5
207:15,22 208:3,7,9
208:13
**user (4)**
207:10,12 208:3,9
**usually (1)**
12:10

_____
**V**

**V (1)**
301:2
**Vague (1)**
9:22
**vaguely (1)**
169:17
**variations (1)**
294:24
**vehicle (1)**
143:4
**verbal (2)**
36:25 218:23
**verbally (2)**

218:20 252:25
**versus (3)**
6:14 8:16 174:6
**Veterans (1)**
4:15
**video (2)**
4:20 6:21
**videographer (11)**
6:11 24:7 105:15,21
200:20,25 212:22
213:2 261:24 262:4
296:6
**videotaped (2)**
6:13 37:3
**village (50)**
1:8 3:19 6:15 7:10
22:3 23:16 35:8
40:17 61:17 64:13
65:14,24 87:24 88:6
95:24 118:2,2,3
131:14 136:17
138:6 143:11
144:19 145:4
150:22 162:4
180:15 181:5,11
182:18 187:9
188:11,20 191:23
191:23 193:18
240:16 241:19
242:9 250:9 259:15
268:23 271:10,17
271:18 281:21
285:8 289:13
291:15 297:16
**villages (1)**
291:7
**village's (1)**
247:25
**violate (1)**
58:11
**violated (2)**
29:6 32:15
**violating (3)**
35:13 60:18 62:25
**violation (12)**
22:7 25:15 31:12
32:21 35:17,22
64:21 65:13 115:13
288:4 289:4,19
**violations (1)**
64:25

**visiting (1)**
240:24
**visits (1)**
108:15
**voice (1)**
102:22
**vote (3)**
9:18,19 178:24
**voted (3)**
136:23 156:12 168:22

_____

## W

**W (2)**
3:14 7:6
**Wait (1)**
84:5
**waived (1)**
5:5
**Walk (6)**
6:9 8:7 12:18,21
13:23 17:13
**wall (2)**
227:11,14
**Walsh (3)**
254:24 281:3 282:13
**Walter (2)**
245:9,12
**want (24)**
11:21 19:4 20:18 38:2
44:9 65:20 83:7,18
87:5 112:13 118:17
182:15 190:20
202:21,24 204:21
212:8,11 214:9,14
259:6 280:25 291:2
296:22
**wanted (6)**
88:15 142:23 143:17
143:18 250:11,15
**wasn't (22)**
27:14 47:24 49:2,4
55:13 56:21 81:15
88:18 120:16
161:21 163:12
164:7 169:19 195:7
207:24,25 221:10
228:13 260:19
272:20 273:8
280:14
**wasting (1)**
19:15

**way (32)**
15:7 23:5 24:20 57:22
58:19 73:10 84:6
85:11 112:6 115:3
115:16 135:5 136:6
136:24 158:10,21
166:7 173:9 191:7
196:14 201:25
203:15 204:2
215:11 218:22
229:25 236:16
259:11 266:7
285:17 286:14
299:12
**weapon (1)**
192:9
**wear (1)**
192:9
**website (1)**
206:11
**websites (3)**
210:6 211:8,13
**Wednesday (3)**
6:17 130:11 243:18
**week (9)**
14:10,17,18,25 16:20
17:7,18 116:9 184:9
**weekends (2)**
8:23 11:20
**weeks (9)**
12:8,9 80:10,11
116:11,11,14,15
268:18
**Welch (3)**
3:25 7:13 228:16
**went (25)**
56:2,2,15,16,20 57:11
72:2,3 84:9 86:12
86:13 93:23 106:3
110:12 130:17,19
159:25 181:16
220:22 238:4
246:13 256:14
275:12 281:5
285:20
**weren't (6)**
18:25 151:3 227:24
256:23,25 270:15
**Westchester (2)**
121:24 215:21
**we'll (6)**

54:15 63:4 97:13
187:2 205:7 209:6
**we're (16)**
8:3 12:2 19:15 30:13
31:14 36:24 51:25
61:14 108:18 189:9
197:12 211:24
212:16 228:9
233:22 297:9
**we've (8)**
19:13 67:9 111:19
114:24 165:17
213:8 285:4 296:12
**whacked-out (1)**
16:13
**WHEREOF (1)**
299:14
**whichever (1)**
153:23
**Whoa (2)**
202:14,14
**wife (5)**
10:13 13:14 108:2
202:10 225:23
**wife's (2)**
10:15 202:5
**Wigdor (3)**
3:3 7:3,24
**willing (1)**
211:24
**Wilson (1)**
61:2
**Windex (2)**
55:11,18
**window (1)**
55:19
**windows (1)**
55:12
**winter (3)**
16:14 77:15 281:19
**witness (16)**
6:3 23:15 26:2 34:25
41:10 72:8 202:19
203:3,22 207:18
211:23 235:13
299:6,9,14 301:4
**witnesses (1)**
11:23
**word (8)**
11:25 68:22 128:24
256:4 259:24

260:19,25 274:18
**wore (2)**
160:20 178:2
**work (25)**
90:6,9 93:10 106:9,12
106:18 109:11,14
110:6 112:5 116:9
116:13 117:4
130:23 165:12
192:10 197:13,15
197:22 203:15
232:7 272:10 281:5
281:19 287:23
**worked (35)**
16:13 79:22 85:25
86:4,6,18 94:20
96:8,11,15 97:11
106:14 107:12,15
107:17 110:10
117:11,11 120:13
129:18,22,24,25
130:10,11 132:7
232:9,10,20 233:13
233:15,18 234:7
289:19 290:20
**working (29)**
15:6 24:20 76:16
77:23 90:25 91:3
110:7 115:7 118:7
118:13 129:15
171:11 186:25
194:15 229:23
250:22 254:13,17
256:16 262:8 265:3
267:11 272:13
280:12 286:20,24
287:20 290:14
292:18
**works (3)**
80:9 119:11 230:2
**world (2)**
161:20 163:18
**worry (1)**
250:24
**wouldn't (11)**
9:7 27:7 57:3 73:24
146:12 162:8
266:18 275:16,17
276:21 290:5
**would've (2)**
266:2 279:5

| | | | |
|---|---|---|---|
| **writ (1)** | 256:7 260:7 264:22 | 147:18 148:5,22 | 184:20 |
| 270:4 | 265:24 273:20 | **02 (4)** | **1:01:22PM (1)** |
| **write (10)** | 276:6 279:16 296:6 | 114:10,11,21 234:16 | 184:23 |
| 55:15 57:16 58:7,9,16 | **year (38)** | **03 (10)** | **1:01:42PM (1)** |
| 88:25 126:11 149:4 | 8:15,18 12:17 13:13 | 114:14 230:21 232:3 | 185:5 |
| 279:19,21 | 16:23 84:22 86:13 | 232:8,11,19 233:2 | **1:01:43PM (1)** |
| **writing (10)** | 91:18 97:23 114:7 | 234:11 264:20 | 185:6 |
| 55:22 56:11 57:22 | 116:4,10 125:14 | 265:3 | **1:01:49PM (1)** |
| 58:12,18 139:25 | 126:15 148:16 | **04 (6)** | 185:8 |
| 140:4,14 253:2 | 151:9 162:24 | 18:6 114:17 231:7,17 | **1:01:50PM (1)** |
| 279:17 | 166:15 211:10 | 234:3,11 | 185:9 |
| **written (3)** | 237:3 240:18 | **05 (23)** | **1:01:53PM (1)** |
| 37:2 69:10 136:16 | 243:16 258:4 | 13:4,12,17 18:18 | 185:11 |
| **wrong (3)** | 262:19 263:10 | 167:16,23 234:9,11 | **1:02:06PM (1)** |
| 51:14,15 56:5 | 269:24 270:24 | 237:9,17 238:8 | 185:15 |
| **wrote (7)** | 271:2 272:7,21 | 242:13 276:20 | **1:02:07PM (1)** |
| 88:22 121:12 122:14 | 273:5 275:24 276:3 | 277:11 278:14,22 | 185:16 |
| 123:11 148:8 | 277:14,18,22,25 | 279:4 280:7,11,14 | **1:02:17PM (1)** |
| 279:22,24 | 286:23 | 281:20 283:20,21 | 185:20 |
| **Wyckoff (12)** | **years (23)** | **06 (8)** | **1:02:19PM (1)** |
| 131:18,19,22,24 | 8:22 11:8 15:2 18:4 | 167:24 172:5 258:23 | 185:21 |
| 132:5,7,11,16,17,21 | 19:2 86:23 90:10 | 273:17,17 276:23 | **1:02:22PM (1)** |
| 136:11,14 | 110:10 150:3,9,10 | 280:15 281:20 | 185:23 |
| **W-Y-C-K-O-F-F (1)** | 162:17,22,25 200:2 | **07 (7)** | **1:02:24PM (1)** |
| 131:20 | 202:9 211:4 268:18 | 1:7 125:20 148:11,13 | 185:24 |
| | 270:25 271:3 | 185:9,14,17 | **1:02:25PM (2)** |
| ——————— | 272:21 273:5 | | 185:25 186:2 |
| **X** | 287:23 | ——————— | **1:02:31PM (1)** |
| **X (3)** | **Yep (1)** | **1** | 186:4 |
| 1:3,17 151:20 | 261:23 | **1 (9)** | **1:02:39PM (1)** |
| | **yesterday (1)** | 6:12 105:16 122:2,4,6 | 186:7 |
| ——————— | 121:16 | 122:9 294:23 | **1:02:41PM (2)** |
| **Y** | **yo (1)** | 300:14 301:7 | 186:8,9 |
| **Yahoo (2)** | 68:4 | **1:00:08PM (1)** | **1:02:42PM (2)** |
| 206:14,20 | **York (30)** | 184:5 | 186:10,11 |
| **yeah (53)** | 1:2,18 2:2,15,19 3:6,6 | **1:00:13PM (1)** | **1:02:57PM (1)** |
| 12:8 24:11 39:11 | 3:13,23 4:8,16 6:10 | 184:8 | 186:15 |
| 45:19 55:20 59:21 | 6:17 8:8,11 93:13 | **1:00:19PM (1)** | **1:02:58PM (1)** |
| 91:10 97:7 99:2 | 96:24 98:7,14 | 184:9 | 186:16 |
| 100:13 101:4 | 157:19 188:3,7 | **1:00:26PM (1)** | **1:03:03PM (1)** |
| 103:23 115:10 | 201:15,18 238:15 | 184:12 | 186:18 |
| 118:16 127:24 | 285:2 288:4 289:5 | **1:00:36PM (1)** | **1:03:06PM (1)** |
| 128:6,13 154:12 | 290:23 299:5 | 184:15 | 186:20 |
| 161:14 175:24 | | **1:00:37PM (1)** | **1:03:11PM (1)** |
| 177:18 179:19 | ——————— | 184:16 | 186:22 |
| 182:9,15 189:11,17 | **Z** | **1:00:38PM (1)** | **1:03:13PM (1)** |
| 197:3 199:14 | **Zois (4)** | 184:17 | 186:23 |
| 206:17 208:22 | 192:21,22 193:2 | **1:00:39PM (1)** | **1:03:24PM (1)** |
| 216:6 227:7 228:3 | 218:7 | 184:18 | 187:2 |
| 229:6 231:6 232:4 | | **1:00:41PM (1)** | **1:03:28PM (1)** |
| 233:24 234:8,22 | ——————— | 184:19 | 187:4 |
| 237:19 239:20 | **0** | **1:00:42PM (1)** | |
| 251:9,11,13 252:10 | **01 (3)** | | |

| | |
|---|---|
| | **1:03:36PM (1)** |
| | 187:7 |
| | **1:03:38PM (1)** |
| | 187:8 |
| | **1:03:53PM (1)** |
| | 187:13 |
| | **1:03:57PM (1)** |
| | 187:15 |
| | **1:03:59PM (1)** |
| | 187:16 |
| | **1:04:02PM (1)** |
| | 187:18 |
| | **1:04:04PM (1)** |
| | 187:19 |
| | **1:04:05PM (1)** |
| | 187:20 |
| | **1:04:08PM (2)** |
| | 187:22,23 |
| | **1:04:09PM (1)** |
| | 187:24 |
| | **1:04:10PM (1)** |
| | 187:25 |
| | **1:04:12PM (2)** |
| | 188:2,3 |
| | **1:04:14PM (1)** |
| | 188:5 |
| | **1:04:19PM (1)** |
| | 188:6 |
| | **1:04:25PM (1)** |
| | 188:9 |
| | **1:04:27PM (1)** |
| | 188:10 |
| | **1:04:30PM (1)** |
| | 188:11 |
| | **1:04:36PM (1)** |
| | 188:13 |
| | **1:04:41PM (1)** |
| | 188:15 |
| | **1:04:43PM (1)** |
| | 188:16 |
| | **1:04:44PM (1)** |
| | 188:17 |
| | **1:04:45PM (1)** |
| | 188:18 |
| | **1:04:46PM (1)** |
| | 188:19 |
| | **1:04:49PM (1)** |
| | 188:22 |
| | **1:04:54PM (1)** |
| | 188:24 |
| | **1:04:58PM (1)** |

| | | | | |
|---|---|---|---|---|
| 189:2 | **1:06:00PM (1)** | 192:16,17 | **1:10:28PM (1)** | 196:2 |
| **1:05:00PM (1)** | 190:14 | **1:08:17PM (1)** | 194:17 | **1:11:43PM (1)** |
| 189:3 | **1:06:02PM (1)** | 192:18 | **1:10:29PM (1)** | 196:5 |
| **1:05:01PM (1)** | 190:15 | **1:08:26PM (1)** | 194:18 | **1:11:44PM (1)** |
| 189:4 | **1:06:05PM (1)** | 192:21 | **1:10:32PM (1)** | 196:6 |
| **1:05:04PM (1)** | 190:16 | **1:08:31PM (1)** | 194:19 | **1:11:46PM (1)** |
| 189:5 | **1:06:07PM (1)** | 192:22 | **1:10:35PM (1)** | 196:7 |
| **1:05:11PM (1)** | 190:18 | **1:08:37PM (1)** | 194:20 | **1:11:51PM (2)** |
| 189:8 | **1:06:12PM (1)** | 192:24 | **1:10:42PM (1)** | 196:10,11 |
| **1:05:12PM (1)** | 190:19 | **1:08:40PM (1)** | 194:23 | **1:11:55PM (1)** |
| 189:9 | **1:06:24PM (1)** | 192:25 | **1:10:43PM (1)** | 196:13 |
| **1:05:14PM (1)** | 190:24 | **1:08:51PM (1)** | 194:24 | **1:11:57PM (1)** |
| 189:11 | **1:06:25PM (1)** | 193:4 | **1:10:45PM (1)** | 196:14 |
| **1:05:17PM (1)** | 190:25 | **1:08:57PM (1)** | 194:25 | **1:11:59PM (2)** |
| 189:13 | **1:06:26PM (1)** | 193:7 | **1:10:46PM (1)** | 196:15,16 |
| **1:05:18PM (1)** | 191:2 | **1:09:00PM (1)** | 195:2 | **1:12:04PM (1)** |
| 189:14 | **1:06:39PM (1)** | 193:9 | **1:10:50PM (1)** | 196:19 |
| **1:05:24PM (1)** | 191:5 | **1:09:03PM (1)** | 195:4 | **1:12:05PM (1)** |
| 189:16 | **1:06:40PM (3)** | 193:11 | **1:10:51PM (1)** | 196:20 |
| **1:05:25PM (1)** | 191:6,7,8 | **1:09:05PM (1)** | 195:5 | **1:12:06PM (1)** |
| 189:17 | **1:06:41PM (1)** | 193:12 | **1:10:53PM (1)** | 196:21 |
| **1:05:27PM (1)** | 191:9 | **1:09:10PM (1)** | 195:6 | **1:12:07PM (1)** |
| 189:18 | **1:06:45PM (1)** | 193:14 | **1:10:55PM (1)** | 196:22 |
| **1:05:29PM (1)** | 191:11 | **1:09:35PM (1)** | 195:7 | **1:12:10PM (1)** |
| 189:19 | **1:06:55PM (1)** | 193:15 | **1:11:00PM (1)** | 196:24 |
| **1:05:34PM (1)** | 191:12 | **1:09:41PM (1)** | 195:9 | **1:12:13PM (1)** |
| 189:21 | **1:07:08PM (1)** | 193:17 | **1:11:01PM (1)** | 197:2 |
| **1:05:35PM (1)** | 191:17 | **1:09:43PM (1)** | 195:10 | **1:12:15PM (1)** |
| 189:22 | **1:07:15PM (1)** | 193:18 | **1:11:02PM (1)** | 197:4 |
| **1:05:38PM (1)** | 191:19 | **1:09:55PM (1)** | 195:11 | **1:12:16PM (1)** |
| 189:24 | **1:07:16PM (1)** | 193:21 | **1:11:03PM (1)** | 197:5 |
| **1:05:39PM (1)** | 191:20 | **1:09:57PM (1)** | 195:12 | **1:12:28PM (1)** |
| 189:25 | **1:07:19PM (1)** | 193:23 | **1:11:04PM (1)** | 197:6 |
| **1:05:45PM (1)** | 191:21 | **1:10:00PM (2)** | 195:13 | **1:12:34PM (2)** |
| 190:4 | **1:07:22PM (1)** | 193:25 194:2 | **1:11:05PM (1)** | 197:8,9 |
| **1:05:47PM (1)** | 191:22 | **1:10:02PM (2)** | 195:14 | **1:12:38PM (1)** |
| 190:5 | **1:07:31PM (1)** | 194:3,4 | **1:11:07PM (1)** | 197:11 |
| **1:05:48PM (1)** | 191:25 | **1:10:04PM (2)** | 195:15 | **1:12:39PM (1)** |
| 190:6 | **1:07:42PM (1)** | 194:5,6 | **1:11:15PM (1)** | 197:12 |
| **1:05:49PM (1)** | 192:3 | **1:10:08PM (1)** | 195:17 | **1:12:41PM (1)** |
| 190:7 | **1:07:45PM (1)** | 194:8 | **1:11:20PM (1)** | 197:14 |
| **1:05:50PM (1)** | 192:4 | **1:10:09PM (1)** | 195:19 | **1:12:42PM (1)** |
| 190:8 | **1:07:49PM (1)** | 194:9 | **1:11:21PM (2)** | 197:15 |
| **1:05:53PM (1)** | 192:6 | **1:10:15PM (1)** | 195:20,21 | **1:12:47PM (1)** |
| 190:9 | **1:08:05PM (1)** | 194:11 | **1:11:24PM (2)** | 197:16 |
| **1:05:54PM (1)** | 192:12 | **1:10:19PM (1)** | 195:22,23 | **1:12:53PM (1)** |
| 190:10 | **1:08:12PM (1)** | 194:13 | **1:11:25PM (1)** | 197:17 |
| **1:05:55PM (1)** | 192:14 | **1:10:22PM (1)** | 195:24 | **1:12:56PM (1)** |
| 190:11 | **1:08:13PM (1)** | 194:15 | **1:11:27PM (1)** | 197:19 |
| **1:05:56PM (1)** | 192:15 | **1:10:27PM (1)** | 195:25 | **1:13:00PM (1)** |
| 190:12 | **1:08:15PM (2)** | 194:16 | **1:11:34PM (1)** | 197:21 |

**1:13:10PM (2)**
197:23,24
**1:13:11PM (1)**
197:25
**1:13:17PM (1)**
198:2
**1:13:21PM (1)**
198:4
**1:13:33PM (1)**
198:7
**1:13:34PM (2)**
198:8,9
**1:13:43PM (2)**
198:11,12
**1:13:45PM (2)**
198:14,15
**1:13:47PM (2)**
198:16,17
**1:13:52PM (2)**
198:20,21
**1:13:54PM (1)**
198:22
**1:13:56PM (1)**
198:23
**1:14:00PM (1)**
198:25
**1:14:02PM (1)**
199:3
**1:14:11PM (1)**
199:5
**1:14:15PM (2)**
199:7,8
**1:14:17PM (1)**
199:9
**1:14:28PM (1)**
199:11
**1:14:30PM (1)**
199:12
**1:14:40PM (1)**
199:13
**1:14:42PM (1)**
199:14
**1:15:03PM (1)**
199:16
**1:15:07PM (1)**
199:18
**1:15:08PM (1)**
199:19
**1:15:09PM (1)**
199:20
**1:15:11PM (1)**

199:22
**1:15:15PM (2)**
199:24,25
**1:15:21PM (2)**
200:4,5
**1:15:28PM (2)**
200:7,8
**1:15:34PM (2)**
200:11,12
**1:15:43PM (2)**
200:14,15
**1:15:47PM (1)**
200:17
**1:16 (1)**
200:21
**1:16:01PM (1)**
200:18
**1:16:04PM (1)**
200:20
**1:16:08PM (1)**
200:22
**1:16:09PM (1)**
200:23
**10 (6)**
70:17 100:17 114:24
  115:8 119:22 200:2
**10/1 (6)**
102:13,20,25 103:2,5
  104:16
**10:00 (1)**
2:4
**10:04 (1)**
6:19
**10:04:10AM (1)**
6:11
**10:04:37AM (1)**
6:20
**10:04:47AM (1)**
6:24
**10:04:50AM (1)**
7:2
**10:05:05AM (1)**
7:6
**10:05:12AM (1)**
7:9
**10:05:23AM (1)**
7:14
**10:05:30AM (1)**
7:18
**10:05:36AM (1)**
7:19

**10:05:41AM (1)**
7:20
**10:05:42AM (1)**
7:21
**10:05:43AM (1)**
7:22
**10:06:00AM (1)**
8:5
**10:06:03AM (1)**
8:6
**10:06:15AM (1)**
8:9
**10:06:17AM (1)**
8:10
**10:06:26AM (1)**
8:12
**10:06:29AM (1)**
8:13
**10:06:37AM (1)**
8:15
**10:06:43AM (1)**
8:18
**10:06:53AM (1)**
8:20
**10:06:57AM (1)**
8:22
**10:07:08AM (1)**
8:24
**10:07:11AM (1)**
9:2
**10:07:18AM (1)**
9:5
**10:07:20AM (1)**
9:6
**10:07:26AM (1)**
9:9
**10:07:28AM (1)**
9:10
**10:07:32AM (1)**
9:12
**10:07:36AM (1)**
9:14
**10:07:37AM (1)**
9:15
**10:07:39AM (1)**
9:16
**10:07:40AM (1)**
9:17
**10:07:45AM (1)**
9:20
**10:07:47AM (1)**

9:21
**10:07:48AM (1)**
9:22
**10:07:49AM (1)**
9:23
**10:07:51AM (1)**
9:24
**10:07:54AM (3)**
9:25 10:2,3
**10:07:57AM (1)**
10:4
**10:08:00AM (1)**
10:5
**10:08:02AM (2)**
10:6,7
**10:08:05AM (1)**
10:9
**10:08:07AM (1)**
10:10
**10:08:13AM (1)**
10:11
**10:08:16AM (1)**
10:13
**10:08:25AM (1)**
10:15
**10:08:26AM (1)**
10:16
**10:08:28AM (1)**
10:17
**10:08:30AM (1)**
10:18
**10:08:37AM (1)**
10:20
**10:08:39AM (1)**
10:21
**10:08:40AM (1)**
10:22
**10:08:42AM (2)**
10:23,24
**10:08:44AM (1)**
10:25
**10:08:48AM (1)**
11:2
**10:08:50AM (1)**
11:3
**10:09:01AM (1)**
11:4
**10:09:04AM (1)**
11:5
**10:09:10AM (1)**
11:7

**10:09:12AM (1)**
11:8
**10:09:20AM (1)**
11:9
**10:09:27AM (1)**
11:12
**10:09:28AM (1)**
11:13
**10:09:36AM (2)**
11:16,17
**10:09:40AM (1)**
11:19
**10:09:46AM (1)**
11:21
**10:09:50AM (1)**
11:24
**10:09:51AM (1)**
11:25
**10:09:55AM (1)**
12:4
**10:10:05AM (1)**
12:6
**10:10:10AM (1)**
12:8
**10:10:19AM (1)**
12:12
**10:10:24AM (2)**
12:14,15
**10:10:26AM (1)**
12:16
**10:10:38AM (1)**
12:19
**10:10:40AM (1)**
12:20
**10:10:48AM (1)**
12:22
**10:10:49AM (1)**
12:23
**10:10:50AM (1)**
12:24
**10:10:53AM (1)**
12:25
**10:10:56AM (1)**
13:3
**10:11:00AM (1)**
13:5
**10:11:08AM (1)**
13:7
**10:11:10AM (2)**
13:8,9
**10:11:14AM (2)**

13:11,12
**10:11:18AM (1)**
13:14
**10:11:27AM (1)**
13:17
**10:11:37AM (1)**
13:20
**10:11:38AM (1)**
13:21
**10:11:53AM (1)**
13:24
**10:11:57AM (1)**
14:2
**10:11:58AM (1)**
14:3
**10:12:02AM (1)**
14:4
**10:12:06AM (1)**
14:6
**10:12:07AM (1)**
14:7
**10:12:30AM (1)**
14:12
**10:12:32AM (1)**
14:14
**10:12:37AM (1)**
14:16
**10:12:39AM (1)**
14:18
**10:12:40AM (1)**
14:19
**10:12:42AM (1)**
14:20
**10:12:44AM (1)**
14:21
**10:12:48AM (1)**
14:22
**10:12:49AM (2)**
14:23,24
**10:12:53AM (1)**
15:2
**10:13:12AM (1)**
15:9
**10:13:16AM (1)**
15:11
**10:13:17AM (1)**
15:12
**10:13:21AM (1)**
15:14
**10:13:24AM (1)**
15:15

**10:13:27AM (1)**
15:16
**10:13:30AM (1)**
15:17
**10:13:45AM (1)**
15:19
**10:13:48AM (1)**
15:21
**10:13:53AM (1)**
15:22
**10:13:58AM (3)**
15:24,25 16:2
**10:14:01AM (1)**
16:3
**10:14:02AM (1)**
16:4
**10:14:08AM (1)**
16:7
**10:14:09AM (1)**
16:8
**10:14:12AM (1)**
16:10
**10:14:13AM (1)**
16:11
**10:14:49AM (1)**
16:20
**10:14:57AM (1)**
16:24
**10:15:11AM (1)**
17:4
**10:15:19AM (1)**
17:8
**10:15:21AM (1)**
17:9
**10:15:25AM (1)**
17:11
**10:15:34AM (1)**
17:14
**10:15:36AM (1)**
17:15
**10:15:44AM (1)**
17:19
**10:15:45AM (1)**
17:20
**10:15:51AM (1)**
17:23
**10:15:54AM (2)**
17:25 18:2
**10:15:59AM (1)**
18:4
**10:16:01AM (1)**

18:5
**10:16:05AM (2)**
18:7,8
**10:16:09AM (1)**
18:10
**10:16:10AM (1)**
18:11
**10:16:11AM (1)**
18:13
**10:16:14AM (1)**
18:14
**10:16:17AM (1)**
18:16
**10:16:22AM (1)**
18:18
**10:16:31AM (1)**
18:21
**10:16:32AM (1)**
18:22
**10:16:35AM (1)**
18:24
**10:16:36AM (1)**
18:25
**10:16:40AM (1)**
19:3
**10:16:48AM (1)**
19:4
**10:16:52AM (1)**
19:6
**10:16:56AM (1)**
19:8
**10:16:57AM (1)**
19:9
**10:17:01AM (1)**
19:11
**10:17:08AM (1)**
19:15
**10:17:12AM (1)**
19:17
**10:17:16AM (2)**
19:19,20
**10:17:19AM (2)**
19:22,23
**10:17:22AM (2)**
19:25 20:2
**10:17:24AM (1)**
20:4
**10:17:25AM (1)**
20:5
**10:17:27AM (1)**
20:7

**10:17:29AM (1)**
20:8
**10:17:30AM (1)**
20:9
**10:17:38AM (1)**
20:12
**10:17:39AM (1)**
20:13
**10:17:42AM (1)**
20:15
**10:17:47AM (1)**
20:16
**10:17:54AM (1)**
20:19
**10:18:00AM (1)**
20:22
**10:18:05AM (1)**
21:2
**10:18:06AM (1)**
21:3
**10:18:07AM (1)**
21:5
**10:18:08AM (1)**
21:6
**10:18:17AM (1)**
21:7
**10:18:22AM (1)**
21:8
**10:18:38AM (1)**
21:12
**10:18:44AM (1)**
21:14
**10:18:49AM (1)**
21:16
**10:18:56AM (1)**
21:19
**10:19:01AM (1)**
21:21
**10:19:03AM (1)**
21:22
**10:19:10AM (1)**
21:23
**10:19:12AM (1)**
21:24
**10:19:21AM (1)**
22:4
**10:19:27AM (1)**
22:6
**10:19:35AM (1)**
22:8
**10:19:39AM (1)**

22:9
**10:19:53AM (1)**
22:11
**10:19:57AM (1)**
22:13
**10:19:59AM (1)**
22:14
**10:20:01AM (1)**
22:15
**10:20:04AM (1)**
22:16
**10:20:06AM (1)**
22:18
**10:20:07AM (1)**
22:19
**10:20:09AM (2)**
22:20,21
**10:20:11AM (1)**
22:23
**10:20:14AM (1)**
22:24
**10:20:16AM (1)**
23:2
**10:20:26AM (1)**
23:7
**10:20:30AM (1)**
23:10
**10:20:37AM (1)**
23:14
**10:20:39AM (1)**
23:15
**10:20:48AM (1)**
23:20
**10:20:50AM (1)**
23:22
**10:20:51AM (1)**
23:23
**10:20:54AM (1)**
23:25
**10:21:28AM (1)**
24:2
**10:21:31AM (1)**
24:5
**10:21:41AM (1)**
24:10
**10:21:47AM (2)**
24:13,14
**10:21:56AM (1)**
24:17
**10:22:11AM (1)**
24:21

**10:22:14AM (1)**
24:22
**10:22:22AM (1)**
24:23
**10:22:25AM (1)**
24:25
**10:22:26AM (1)**
25:2
**10:22:27AM (2)**
25:3,4
**10:22:29AM (1)**
25:6
**10:22:34AM (1)**
25:7
**10:22:37AM (1)**
25:9
**10:22:43AM (1)**
25:10
**10:22:46AM (1)**
25:12
**10:22:54AM (1)**
25:13
**10:22:59AM (1)**
25:15
**10:23:10AM (1)**
25:17
**10:23:16AM (1)**
25:20
**10:23:19AM (1)**
25:22
**10:23:20AM (1)**
25:23
**10:23:23AM (1)**
25:25
**10:23:26AM (1)**
26:2
**10:23:29AM (1)**
26:4
**10:23:30AM (1)**
26:5
**10:23:35AM (2)**
26:8,9
**10:23:37AM (2)**
26:11,12
**10:23:39AM (2)**
26:13,14
**10:23:41AM (1)**
26:16
**10:23:42AM (1)**
26:17
**10:23:44AM (1)**

26:19
**10:23:45AM (1)**
26:20
**10:23:47AM (1)**
26:21
**10:23:52AM (1)**
26:22
**10:23:57AM (2)**
26:25 27:2
**10:24:01AM (1)**
27:4
**10:24:02AM (1)**
27:5
**10:24:05AM (1)**
27:7
**10:24:35AM (1)**
27:15
**10:24:43AM (1)**
27:17
**10:24:44AM (1)**
27:18
**10:24:46AM (1)**
27:19
**10:24:48AM (1)**
27:20
**10:24:54AM (1)**
27:22
**10:24:59AM (1)**
27:23
**10:25:05AM (2)**
27:25 28:2
**10:25:09AM (1)**
28:4
**10:25:11AM (1)**
28:5
**10:25:17AM (2)**
28:7,8
**10:25:21AM (1)**
28:10
**10:25:22AM (1)**
28:11
**10:25:25AM (1)**
28:13
**10:25:37AM (1)**
28:15
**10:25:42AM (1)**
28:18
**10:25:43AM (1)**
28:19
**10:25:45AM (1)**
28:20

**10:25:46AM (1)**
28:21
**10:25:48AM (1)**
28:22
**10:25:49AM (1)**
28:23
**10:25:50AM (1)**
28:24
**10:25:53AM (1)**
29:2
**10:25:58AM (1)**
29:3
**10:26:04AM (1)**
29:5
**10:26:12AM (1)**
29:8
**10:26:16AM (1)**
29:11
**10:26:22AM (1)**
29:12
**10:26:25AM (2)**
29:14,15
**10:26:29AM (1)**
29:16
**10:26:38AM (1)**
29:19
**10:26:40AM (1)**
29:20
**10:26:41AM (2)**
29:22,23
**10:26:46AM (1)**
29:25
**10:26:51AM (1)**
30:2
**10:26:57AM (1)**
30:4
**10:26:58AM (2)**
30:5,6
**10:27:08AM (2)**
30:9,10
**10:27:10AM (1)**
30:11
**10:27:12AM (1)**
30:13
**10:27:15AM (1)**
30:15
**10:27:16AM (1)**
30:16
**10:27:20AM (1)**
30:18
**10:27:21AM (1)**

30:19
**10:27:22AM (2)**
30:20,21
**10:27:28AM (1)**
30:24
**10:27:41AM (1)**
31:2
**10:27:43AM (1)**
31:4
**10:27:48AM (1)**
31:5
**10:27:50AM (1)**
31:6
**10:27:51AM (1)**
31:7
**10:27:52AM (1)**
31:8
**10:27:57AM (1)**
31:10
**10:28:01AM (1)**
31:12
**10:28:08AM (1)**
31:14
**10:28:18AM (1)**
31:17
**10:28:19AM (1)**
31:18
**10:28:24AM (2)**
31:21,22
**10:28:27AM (1)**
31:24
**10:28:28AM (1)**
31:25
**10:28:29AM (1)**
32:2
**10:28:30AM (1)**
32:3
**10:28:32AM (1)**
32:4
**10:28:33AM (1)**
32:5
**10:28:40AM (2)**
32:6,7
**10:28:43AM (2)**
32:9,10
**10:28:49AM (1)**
32:12
**10:28:51AM (1)**
32:13
**10:29:00AM (1)**
32:17

**10:29:01AM (1)**
32:18
**10:29:02AM (1)**
32:19
**10:29:12AM (1)**
32:23
**10:29:14AM (2)**
32:25 33:2
**10:29:25AM (1)**
33:5
**10:29:27AM (1)**
33:6
**10:29:28AM (1)**
33:7
**10:29:31AM (1)**
33:9
**10:29:32AM (1)**
33:10
**10:29:35AM (1)**
33:12
**10:29:48AM (1)**
33:13
**10:29:54AM (3)**
33:15,16,18
**10:29:57AM (2)**
33:20,21
**10:29:59AM (1)**
33:22
**10:30:05AM (1)**
33:24
**10:30:08AM (1)**
34:2
**10:30:09AM (1)**
34:3
**10:30:13AM (1)**
34:5
**10:30:14AM (1)**
34:6
**10:30:18AM (1)**
34:7
**10:30:19AM (1)**
34:8
**10:30:21AM (2)**
34:9,10
**10:30:24AM (1)**
34:11
**10:30:35AM (1)**
34:13
**10:30:44AM (1)**
34:16
**10:30:46AM (1)**

34:17
**10:30:52AM (1)**
34:20
**10:30:54AM (1)**
34:21
**10:30:56AM (1)**
34:23
**10:30:58AM (1)**
34:24
**10:31:01AM (1)**
34:25
**10:31:02AM (2)**
35:2,3
**10:31:04AM (2)**
35:4,5
**10:31:06AM (2)**
35:6,7
**10:31:09AM (1)**
35:8
**10:31:16AM (1)**
35:11
**10:31:19AM (1)**
35:13
**10:31:32AM (1)**
35:15
**10:31:41AM (1)**
35:19
**10:31:44AM (1)**
35:20
**10:31:51AM (1)**
35:23
**10:31:52AM (1)**
35:24
**10:31:56AM (1)**
36:2
**10:31:59AM (1)**
36:3
**10:32:01AM (2)**
36:4,5
**10:32:05AM (2)**
36:7,8
**10:32:08AM (1)**
36:10
**10:32:10AM (1)**
36:11
**10:32:12AM (2)**
36:13,14
**10:32:14AM (1)**
36:16
**10:32:16AM (1)**
36:17

**10:32:19AM (1)**
36:19
**10:32:23AM (1)**
36:20
**10:32:30AM (1)**
36:23
**10:32:36AM (1)**
36:24
**10:32:48AM (1)**
37:5
**10:32:49AM (1)**
37:6
**10:32:58AM (2)**
37:9,10
**10:33:05AM (1)**
37:13
**10:33:07AM (1)**
37:14
**10:33:12AM (1)**
37:17
**10:33:13AM (1)**
37:18
**10:33:14AM (2)**
37:19,20
**10:33:19AM (1)**
37:24
**10:33:20AM (1)**
37:25
**10:33:28AM (2)**
38:5,6
**10:33:32AM (2)**
38:8,9
**10:33:38AM (1)**
38:12
**10:33:39AM (1)**
38:13
**10:33:40AM (1)**
38:14
**10:33:44AM (1)**
38:15
**10:33:48AM (2)**
38:17,18
**10:33:49AM (1)**
38:19
**10:33:50AM (1)**
38:20
**10:33:53AM (2)**
38:22,23
**10:34 (1)**
39:16
**10:34:01AM (1)**

39:2
**10:34:02AM (1)**
39:3
**10:34:06AM (1)**
39:5
**10:34:09AM (1)**
39:6
**10:34:11AM (1)**
39:8
**10:34:15AM (1)**
39:11
**10:34:17AM (1)**
39:13
**10:34:18AM (1)**
39:14
**10:34:21AM (1)**
39:17
**10:34:27AM (1)**
39:20
**10:34:29AM (1)**
39:21
**10:34:30AM (1)**
39:22
**10:34:34AM (1)**
39:23
**10:34:41AM (1)**
39:25
**10:34:46AM (1)**
40:3
**10:34:48AM (1)**
40:4
**10:34:54AM (1)**
40:7
**10:34:55AM (1)**
40:8
**10:34:58AM (1)**
40:10
**10:35:03AM (1)**
40:11
**10:35:08AM (1)**
40:13
**10:35:09AM (1)**
40:14
**10:35:17AM (1)**
40:16
**10:35:18AM (1)**
40:17
**10:35:26AM (1)**
40:18
**10:35:31AM (1)**
40:21

**10:35:33AM (1)**
40:22
**10:35:34AM (2)**
40:23,24
**10:35:37AM (1)**
41:2
**10:35:38AM (1)**
41:3
**10:35:41AM (1)**
41:4
**10:35:47AM (1)**
41:5
**10:35:56AM (1)**
41:8
**10:36:00AM (1)**
41:10
**10:36:01AM (2)**
41:11,12
**10:36:04AM (1)**
41:14
**10:36:06AM (1)**
41:15
**10:36:10AM (1)**
41:17
**10:36:13AM (1)**
41:18
**10:36:16AM (1)**
41:19
**10:36:18AM (1)**
41:20
**10:36:22AM (1)**
41:21
**10:36:25AM (2)**
41:23,24
**10:36:30AM (1)**
42:2
**10:36:39AM (1)**
42:4
**10:36:42AM (1)**
42:6
**10:36:44AM (1)**
42:7
**10:36:47AM (2)**
42:9,10
**10:36:52AM (1)**
42:11
**10:36:55AM (1)**
42:13
**10:36:56AM (1)**
42:14
**10:37:01AM (1)**

42:17
**10:37:02AM (1)**
42:18
**10:37:06AM (1)**
42:20
**10:37:07AM (1)**
42:21
**10:37:08AM (2)**
42:23,24
**10:37:10AM (2)**
42:25 43:2
**10:37:12AM (1)**
43:3
**10:37:16AM (1)**
43:4
**10:37:19AM (1)**
43:5
**10:37:23AM (1)**
43:7
**10:37:25AM (1)**
43:8
**10:37:33AM (1)**
43:10
**10:37:36AM (1)**
43:12
**10:37:38AM (1)**
43:13
**10:37:43AM (1)**
43:15
**10:37:45AM (1)**
43:16
**10:37:47AM (2)**
43:18,19
**10:37:52AM (1)**
43:21
**10:38:07AM (1)**
43:25
**10:38:11AM (1)**
44:4
**10:38:13AM (1)**
44:5
**10:38:20AM (1)**
44:7
**10:38:41AM (1)**
44:14
**10:38:45AM (2)**
44:16,17
**10:38:47AM (1)**
44:18
**10:38:54AM (1)**
44:19

**10:38:57AM (1)**
44:21
**10:38:58AM (1)**
44:22
**10:39:01AM (2)**
44:24,25
**10:39:03AM (1)**
45:2
**10:39:04AM (1)**
45:3
**10:39:05AM (1)**
45:4
**10:39:06AM (1)**
45:5
**10:39:09AM (2)**
45:6,7
**10:39:14AM (1)**
45:9
**10:39:15AM (1)**
45:10
**10:39:17AM (1)**
45:11
**10:39:20AM (1)**
45:12
**10:39:25AM (1)**
45:14
**10:39:29AM (1)**
45:15
**10:39:34AM (2)**
45:17,18
**10:39:36AM (1)**
45:19
**10:39:37AM (1)**
45:20
**10:39:38AM (1)**
45:21
**10:39:41AM (1)**
45:22
**10:39:48AM (1)**
45:25
**10:39:53AM (1)**
46:3
**10:39:57AM (1)**
46:5
**10:40:00AM (1)**
46:7
**10:40:03AM (1)**
46:8
**10:40:04AM (1)**
46:9
**10:40:12AM (1)**

46:11
**10:40:18AM (1)**
46:13
**10:40:27AM (2)**
46:18,19
**10:40:31AM (1)**
46:21
**10:40:32AM (1)**
46:22
**10:40:33AM (1)**
46:23
**10:40:36AM (2)**
46:25 47:2
**10:40:40AM (1)**
47:4
**10:40:43AM (1)**
47:5
**10:40:45AM (1)**
47:6
**10:40:50AM (1)**
47:7
**10:40:55AM (1)**
47:9
**10:41:05AM (1)**
47:13
**10:41:11AM (1)**
47:15
**10:41:14AM (1)**
47:16
**10:41:18AM (1)**
47:19
**10:41:20AM (1)**
47:20
**10:41:29AM (1)**
47:23
**10:41:38AM (1)**
48:3
**10:41:39AM (1)**
48:4
**10:41:40AM (1)**
48:5
**10:41:42AM (1)**
48:7
**10:41:43AM (1)**
48:8
**10:41:46AM (1)**
48:10
**10:41:49AM (1)**
48:11
**10:41:54AM (1)**
48:13

**10:41:55AM (1)**
48:14
**10:41:58AM (1)**
48:16
**10:42:02AM (1)**
48:18
**10:42:14AM (1)**
48:21
**10:42:18AM (1)**
48:24
**10:42:21AM (1)**
48:25
**10:42:31AM (1)**
49:6
**10:42:35AM (1)**
49:7
**10:42:39AM (1)**
49:9
**10:42:40AM (1)**
49:10
**10:42:42AM (1)**
49:11
**10:42:44AM (1)**
49:12
**10:42:47AM (1)**
49:14
**10:42:49AM (1)**
49:15
**10:42:51AM (1)**
49:16
**10:42:52AM (1)**
49:17
**10:42:54AM (1)**
49:18
**10:42:55AM (1)**
49:19
**10:43:00AM (1)**
49:21
**10:43:02AM (1)**
49:22
**10:43:07AM (1)**
49:25
**10:43:09AM (1)**
50:2
**10:43:18AM (1)**
50:4
**10:43:29AM (1)**
50:8
**10:43:32AM (1)**
50:9
**10:43:42AM (1)**

50:11
**10:43:45AM (1)**
50:13
**10:43:48AM (1)**
50:15
**10:43:56AM (1)**
50:19
**10:43:57AM (1)**
50:20
**10:44:05AM (2)**
50:24,25
**10:44:09AM (1)**
51:3
**10:44:11AM (1)**
51:4
**10:44:20AM (1)**
51:7
**10:44:21AM (1)**
51:8
**10:44:29AM (1)**
51:9
**10:44:34AM (1)**
51:11
**10:44:44AM (1)**
51:15
**10:44:51AM (1)**
51:18
**10:44:52AM (1)**
51:19
**10:44:54AM (1)**
51:20
**10:44:56AM (1)**
51:21
**10:44:59AM (2)**
51:23,24
**10:45:04AM (1)**
52:3
**10:45:21AM (1)**
52:6
**10:45:30AM (1)**
52:11
**10:45:32AM (1)**
52:13
**10:45:33AM (1)**
52:14
**10:45:37AM (1)**
52:16
**10:45:58AM (1)**
52:21
**10:46:00AM (1)**
52:22

**10:46:01AM (1)**
52:23
**10:46:04AM (1)**
52:25
**10:46:17AM (1)**
53:5
**10:46:21AM (1)**
53:7
**10:46:22AM (1)**
53:8
**10:46:26AM (1)**
53:11
**10:46:28AM (1)**
53:12
**10:46:31AM (1)**
53:13
**10:46:32AM (1)**
53:14
**10:46:34AM (1)**
53:15
**10:46:37AM (1)**
53:16
**10:46:39AM (1)**
53:17
**10:46:43AM (1)**
53:18
**10:46:52AM (1)**
53:21
**10:46:53AM (1)**
53:22
**10:46:55AM (1)**
53:23
**10:47:00AM (1)**
54:2
**10:47:01AM (1)**
54:3
**10:47:04AM (1)**
54:5
**10:47:13AM (1)**
54:6
**10:47:18AM (1)**
54:7
**10:47:23AM (1)**
54:9
**10:47:30AM (1)**
54:12
**10:47:32AM (2)**
54:13,14
**10:47:35AM (1)**
54:15
**10:47:45AM (1)**

54:19
**10:47:51AM (1)**
54:22
**10:47:52AM (1)**
54:23
**10:47:58AM (1)**
54:25
**10:48:00AM (1)**
55:2
**10:48:03AM (1)**
55:3
**10:48:08AM (1)**
55:5
**10:48:15AM (1)**
55:8
**10:48:19AM (1)**
55:10
**10:48:31AM (1)**
55:15
**10:48:33AM (1)**
55:16
**10:48:39AM (1)**
55:17
**10:48:46AM (1)**
55:20
**10:49:01AM (1)**
56:2
**10:49:17AM (1)**
56:8
**10:49:41AM (1)**
56:16
**10:49:45AM (1)**
56:18
**10:49:46AM (1)**
56:19
**10:49:50AM (1)**
56:21
**10:49:55AM (1)**
56:23
**10:49:57AM (1)**
56:24
**10:49:58AM (1)**
56:25
**10:49:59AM (2)**
57:2,3
**10:50:02AM (1)**
57:5
**10:50:05AM (1)**
57:7
**10:50:09AM (1)**
57:9

**10:50:10AM (1)**
57:10
**10:50:13AM (1)**
57:11
**10:50:16AM (2)**
57:13,14
**10:50:17AM (1)**
57:15
**10:50:21AM (1)**
57:16
**10:50:24AM (1)**
57:18
**10:50:25AM (1)**
57:19
**10:50:26AM (1)**
57:20
**10:50:30AM (1)**
57:21
**10:50:34AM (1)**
57:23
**10:50:36AM (1)**
57:24
**10:50:45AM (1)**
58:3
**10:51:02AM (1)**
58:9
**10:51:04AM (1)**
58:10
**10:51:05AM (1)**
58:11
**10:51:11AM (1)**
58:13
**10:51:14AM (1)**
58:14
**10:51:21AM (1)**
58:17
**10:51:22AM (1)**
58:18
**10:51:25AM (2)**
58:20,21
**10:51:35AM (1)**
58:22
**10:51:43AM (1)**
59:2
**10:51:44AM (1)**
59:3
**10:51:45AM (1)**
59:4
**10:51:53AM (1)**
59:7
**10:51:55AM (1)**

59:8
**10:51:57AM (1)**
59:10
**10:51:58AM (1)**
59:11
**10:51:59AM (1)**
59:12
**10:52:00AM (1)**
59:13
**10:52:04AM (1)**
59:14
**10:52:17AM (1)**
59:20
**10:52:19AM (1)**
59:21
**10:52:31AM (1)**
60:5
**10:52:34AM (1)**
60:6
**10:52:35AM (1)**
60:7
**10:52:45AM (1)**
60:8
**10:52:49AM (1)**
60:9
**10:52:57AM (1)**
60:11
**10:53:01AM (1)**
60:13
**10:53:03AM (1)**
60:14
**10:53:05AM (2)**
60:15,16
**10:53:06AM (1)**
60:17
**10:53:19AM (1)**
60:20
**10:53:21AM (1)**
60:22
**10:53:23AM (1)**
60:23
**10:53:25AM (1)**
60:25
**10:53:34AM (1)**
61:2
**10:53:39AM (1)**
61:4
**10:53:40AM (1)**
61:5
**10:53:52AM (1)**
61:9

**10:53:56AM (1)**
61:11
**10:53:57AM (1)**
61:13
**10:54:00AM (1)**
61:15
**10:54:22AM (1)**
61:20
**10:54:23AM (1)**
61:21
**10:54:24AM (1)**
61:22
**10:54:25AM (1)**
61:23
**10:54:26AM (1)**
61:24
**10:54:29AM (2)**
61:25 62:2
**10:54:32AM (1)**
62:3
**10:54:39AM (1)**
62:4
**10:54:53AM (1)**
62:8
**10:54:59AM (1)**
62:12
**10:55:02AM (2)**
62:14,15
**10:55:11AM (1)**
62:20
**10:55:13AM (1)**
62:21
**10:55:15AM (1)**
62:22
**10:55:23AM (1)**
62:24
**10:55:25AM (1)**
62:25
**10:55:38AM (1)**
63:3
**10:55:54AM (2)**
63:9,10
**10:55:56AM (1)**
63:11
**10:56:11AM (1)**
63:15
**10:56:13AM (1)**
63:16
**10:56:24AM (1)**
63:17
**10:56:29AM (1)**

63:19
**10:56:30AM (2)**
63:20,21
**10:56:31AM (1)**
63:22
**10:56:33AM (1)**
63:23
**10:56:34AM (1)**
63:24
**10:56:38AM (1)**
64:2
**10:56:50AM (1)**
64:5
**10:56:55AM (2)**
64:7,8
**10:57:00AM (1)**
64:10
**10:57:07AM (1)**
64:11
**10:57:10AM (1)**
64:13
**10:57:19AM (1)**
64:16
**10:57:24AM (1)**
64:18
**10:57:25AM (2)**
64:19,20
**10:57:30AM (1)**
64:22
**10:57:32AM (1)**
64:23
**10:57:39AM (1)**
65:2
**10:57:41AM (2)**
65:3,4
**10:57:51AM (1)**
65:7
**10:57:56AM (1)**
65:9,10
**10:57:57AM (1)**
65:11
**10:58:08AM (1)**
65:15
**10:58:12AM (2)**
65:17,18
**10:58:15AM (1)**
65:20
**10:58:27AM (1)**
65:22
**10:58:33AM (1)**
65:25

**10:58:34AM (1)**
66:2
**10:58:36AM (1)**
66:3
**10:58:43AM (1)**
66:6
**10:58:47AM (1)**
66:7
**10:58:56AM (1)**
66:12
**10:58:58AM (1)**
66:13
**10:59:00AM (2)**
66:14,15
**10:59:02AM (1)**
66:17
**10:59:03AM (1)**
66:18
**10:59:04AM (1)**
66:19
**10:59:07AM (1)**
66:20
**10:59:15AM (1)**
66:23
**10:59:16AM (1)**
66:24
**10:59:17AM (2)**
66:25 67:2
**10:59:21AM (2)**
67:4,5
**10:59:27AM (1)**
67:8
**10:59:34AM (1)**
67:12
**10:59:35AM (1)**
67:13
**10:59:38AM (1)**
67:15
**10:59:39AM (1)**
67:16
**10:59:41AM (1)**
67:18
**10:59:42AM (1)**
67:19
**10:59:49AM (1)**
67:22
**10:59:50AM (1)**
67:23
**10:59:56AM (2)**
68:2,3
**100 (1)**

4:15
**10003 (1)**
3:6
**103 (3)**
122:24 198:6 208:5
**10523 (1)**
3:13
**11th (2)**
113:13 204:8
**11:00:03AM (1)**
68:6
**11:00:04AM (1)**
68:7
**11:00:05AM (2)**
68:8,9
**11:00:07AM (1)**
68:10
**11:00:09AM (1)**
68:11
**11:00:14AM (1)**
68:14
**11:00:17AM (1)**
68:16
**11:00:21AM (1)**
68:18
**11:00:23AM (1)**
68:19
**11:00:25AM (1)**
68:21
**11:00:31AM (1)**
68:22
**11:00:33AM (1)**
68:24
**11:00:36AM (1)**
68:25
**11:00:41AM (1)**
69:3
**11:00:42AM (1)**
69:4
**11:00:45AM (1)**
69:5
**11:00:46AM (1)**
69:6
**11:00:51AM (2)**
69:8,9
**11:00:55AM (1)**
69:12
**11:00:57AM (1)**
69:13
**11:01:01AM (2)**
69:15,16

**11:01:04AM (1)**
69:18
**11:01:05AM (1)**
69:19
**11:01:09AM (1)**
69:20
**11:01:15AM (1)**
69:23
**11:01:16AM (1)**
69:24
**11:01:21AM (1)**
70:2
**11:01:22AM (1)**
70:3
**11:01:27AM (1)**
70:6
**11:01:30AM (1)**
70:8
**11:01:31AM (2)**
70:10,11
**11:01:32AM (2)**
70:12,13
**11:01:34AM (2)**
70:14,15
**11:01:35AM (1)**
70:16
**11:01:36AM (1)**
70:17
**11:01:37AM (1)**
70:18
**11:01:42AM (1)**
70:19
**11:01:45AM (1)**
70:21
**11:01:46AM (1)**
70:22
**11:01:53AM (1)**
70:24
**11:01:54AM (1)**
70:25
**11:02:00AM (1)**
71:4
**11:02:01AM (1)**
71:5
**11:02:04AM (1)**
71:7
**11:02:05AM (1)**
71:8
**11:02:11AM (1)**
71:11
**11:02:12AM (1)**

71:12
**11:02:14AM (1)**
71:13
**11:02:15AM (1)**
71:15
**11:02:16AM (1)**
71:16
**11:02:21AM (1)**
71:18
**11:02:25AM (1)**
71:19
**11:02:33AM (1)**
71:22
**11:02:37AM (1)**
71:23
**11:02:42AM (1)**
72:2
**11:02:45AM (1)**
72:3
**11:02:50AM (1)**
72:6
**11:03:02AM (1)**
72:12
**11:03:03AM (1)**
72:13
**11:03:05AM (1)**
72:15
**11:03:06AM (1)**
72:16
**11:03:13AM (1)**
72:19
**11:03:14AM (3)**
72:20,22,23
**11:03:15AM (1)**
72:24
**11:03:18AM (1)**
73:2
**11:03:19AM (1)**
73:3
**11:03:24AM (1)**
73:6
**11:03:33AM (1)**
73:9
**11:03:34AM (1)**
73:10
**11:03:37AM (1)**
73:11
**11:03:40AM (1)**
73:12
**11:03:45AM (2)**
73:15,16

**11:03:50AM (2)**
73:18,19
**11:03:52AM (2)**
73:20,21
**11:03:54AM (1)**
73:22
**11:03:56AM (1)**
73:23
**11:03:57AM (1)**
73:24
**11:04:00AM (1)**
73:25
**11:04:02AM (1)**
74:2
**11:04:04AM (1)**
74:3
**11:04:08AM (1)**
74:5
**11:04:12AM (1)**
74:6
**11:04:16AM (1)**
74:9
**11:04:17AM (1)**
74:10
**11:04:20AM (2)**
74:12,13
**11:04:23AM (1)**
74:15
**11:04:26AM (1)**
74:16
**11:04:28AM (1)**
74:18
**11:04:30AM (1)**
74:19
**11:04:33AM (1)**
74:21
**11:04:36AM (1)**
74:23
**11:04:38AM (1)**
74:25
**11:04:39AM (1)**
75:2
**11:04:40AM (1)**
75:4
**11:04:41AM (1)**
75:5
**11:05:01AM (1)**
75:9
**11:05:05AM (1)**
75:10
**11:05:07AM (1)**

75:11
**11:05:08AM (1)**
75:12
**11:05:13AM (1)**
75:13
**11:05:21AM (1)**
75:17
**11:05:22AM (1)**
75:18
**11:05:24AM (2)**
75:20,21
**11:05:27AM (2)**
75:23,24
**11:05:30AM (1)**
76:2
**11:05:31AM (1)**
76:4
**11:05:32AM (1)**
76:5
**11:05:40AM (1)**
76:8
**11:05:47AM (1)**
76:9
**11:05:51AM (1)**
76:11
**11:05:52AM (1)**
76:12
**11:05:56AM (1)**
76:14
**11:06:09AM (1)**
76:18
**11:06:12AM (1)**
76:19
**11:06:20AM (1)**
76:21
**11:06:24AM (1)**
76:22
**11:06:27AM (1)**
76:23
**11:06:32AM (1)**
77:2
**11:06:35AM (1)**
77:4
**11:06:37AM (1)**
77:5
**11:06:38AM (1)**
77:6
**11:06:39AM (1)**
77:7
**11:06:46AM (1)**
77:8

**11:06:53AM (2)**
77:11,12
**11:06:55AM (1)**
77:13
**11:07:07AM (1)**
77:16
**11:07:10AM (1)**
77:17
**11:07:18AM (1)**
77:20
**11:07:21AM (1)**
77:22
**11:07:28AM (1)**
77:23
**11:07:34AM (1)**
78:2
**11:07:36AM (1)**
78:3
**11:07:39AM (1)**
78:4
**11:07:42AM (1)**
78:5
**11:07:43AM (1)**
78:6
**11:07:50AM (1)**
78:8
**11:07:57AM (1)**
78:10
**11:07:59AM (1)**
78:12
**11:08:01AM (1)**
78:14
**11:08:06AM (1)**
78:16
**11:08:09AM (2)**
78:18,19
**11:08:14AM (2)**
78:21,22
**11:08:18AM (1)**
78:23
**11:08:23AM (1)**
79:2
**11:08:24AM (1)**
79:3
**11:08:27AM (1)**
79:4
**11:08:30AM (1)**
79:6
**11:08:33AM (2)**
79:7,8
**11:08:38AM (1)**

79:9
**11:08:43AM (2)**
79:11,12
**11:08:46AM (1)**
79:13
**11:08:57AM (1)**
79:17
**11:09:02AM (2)**
79:19,20
**11:09:08AM (1)**
79:22
**11:09:11AM (1)**
79:23
**11:09:23AM (1)**
79:25
**11:09:30AM (1)**
80:3
**11:09:33AM (1)**
80:5
**11:09:35AM (1)**
80:6
**11:09:39AM (1)**
80:8
**11:09:50AM (1)**
80:12
**11:09:54AM (1)**
80:14
**11:09:55AM (1)**
80:15
**11:10:03AM (1)**
80:18
**11:10:04AM (1)**
80:19
**11:10:08AM (1)**
80:21
**11:10:40AM (1)**
81:7
**11:10:46AM (1)**
81:9
**11:10:49AM (1)**
81:10
**11:10:52AM (1)**
81:12
**11:10:59AM (1)**
81:14
**11:11:01AM (1)**
81:15
**11:11:03AM (1)**
81:17
**11:11:09AM (1)**
81:20

**11:11:11AM (1)**
81:21
**11:11:13AM (1)**
81:22
**11:11:14AM (1)**
81:23
**11:11:15AM (2)**
81:24,25
**11:11:16AM (1)**
82:2
**11:11:17AM (1)**
82:3
**11:11:18AM (2)**
82:4,5
**11:11:20AM (2)**
82:6,7
**11:11:22AM (1)**
82:8
**11:11:33AM (1)**
82:9
**11:11:40AM (1)**
82:11
**11:11:41AM (1)**
82:12
**11:11:45AM (1)**
82:14
**11:11:50AM (2)**
82:16,17
**11:11:52AM (1)**
82:18
**11:11:58AM (2)**
82:20,21
**11:11:59AM (1)**
82:22
**11:12:00AM (1)**
82:23
**11:12:01AM (1)**
82:24
**11:12:03AM (3)**
82:25 83:2,3
**11:12:07AM (2)**
83:6,7
**11:12:14AM (1)**
83:11
**11:12:21AM (2)**
83:14,15
**11:12:22AM (1)**
83:16
**11:12:29AM (3)**
83:19,21,23
**11:12:30AM (1)**

83:22
**11:12:34AM (1)**
84:2
**11:12:39AM (1)**
84:3
**11:12:43AM (1)**
84:4
**11:12:44AM (1)**
84:5
**11:13:11AM (2)**
84:8,9
**11:13:19AM (1)**
84:13
**11:13:20AM (1)**
84:14
**11:13:22AM (1)**
84:15
**11:13:28AM (1)**
84:18
**11:13:29AM (1)**
84:19
**11:13:30AM (1)**
84:20
**11:13:33AM (2)**
84:21,22
**11:13:35AM (1)**
84:24
**11:13:36AM (1)**
84:25
**11:13:47AM (1)**
85:4
**11:13:48AM (1)**
85:5
**11:13:49AM (1)**
85:6
**11:13:50AM (1)**
85:7
**11:13:54AM (1)**
85:9
**11:13:56AM (1)**
85:10
**11:13:57AM (1)**
85:11
**11:14:00AM (1)**
85:12
**11:14:01AM (1)**
85:13
**11:14:05AM (1)**
85:15
**11:14:06AM (1)**
85:16

**11:14:08AM (1)**
85:17
**11:14:10AM (1)**
85:18
**11:14:12AM (1)**
85:19
**11:14:21AM (1)**
85:22
**11:14:22AM (1)**
85:23
**11:14:23AM (1)**
85:24
**11:14:28AM (1)**
85:25
**11:14:31AM (1)**
86:3
**11:14:32AM (1)**
86:4
**11:14:36AM (1)**
86:6
**11:14:44AM (1)**
86:8
**11:14:49AM (1)**
86:9
**11:15:13AM (1)**
86:15
**11:15:21AM (1)**
86:18
**11:15:25AM (1)**
86:20
**11:15:26AM (1)**
86:21
**11:15:32AM (1)**
86:23
**11:15:35AM (1)**
86:24
**11:15:41AM (1)**
86:25
**11:15:43AM (1)**
87:2
**11:15:44AM (1)**
87:3
**11:15:46AM (1)**
87:4
**11:15:58AM (1)**
87:5
**11:16:07AM (2)**
87:8,9
**11:16:08AM (1)**
87:10
**11:16:10AM (1)**

87:11
**11:16:14AM (1)**
87:12
**11:16:22AM (1)**
87:14
**11:16:26AM (1)**
87:16
**11:16:27AM (1)**
87:17
**11:16:30AM (1)**
87:18
**11:16:32AM (1)**
87:19
**11:16:33AM (1)**
87:20
**11:16:39AM (2)**
87:21,22
**11:16:40AM (1)**
87:23
**11:17:13AM (1)**
87:25
**11:17:15AM (1)**
88:3
**11:17:16AM (1)**
88:4
**11:17:19AM (1)**
88:6
**11:17:21AM (1)**
88:7
**11:17:27AM (1)**
88:9
**11:17:31AM (1)**
88:10
**11:17:33AM (1)**
88:11
**11:17:36AM (1)**
88:13
**11:17:38AM (1)**
88:15
**11:17:44AM (2)**
88:17,18
**11:17:50AM (1)**
88:20
**11:17:52AM (1)**
88:21
**11:17:56AM (1)**
88:22
**11:18:01AM (1)**
88:24
**11:18:02AM (1)**
88:25

**11:18:03AM (1)**
89:2
**11:18:04AM (1)**
89:3
**11:18:07AM (1)**
89:5
**11:18:08AM (1)**
89:6
**11:18:13AM (2)**
89:8,9
**11:18:17AM (1)**
89:11
**11:18:25AM (1)**
89:12
**11:18:26AM (1)**
89:13
**11:18:28AM (1)**
89:14
**11:18:31AM (1)**
89:16
**11:18:33AM (1)**
89:17
**11:18:38AM (1)**
89:19
**11:18:39AM (1)**
89:20
**11:18:40AM (1)**
89:21
**11:18:45AM (1)**
89:23
**11:18:46AM (1)**
89:24
**11:18:48AM (1)**
90:2
**11:18:53AM (1)**
90:3
**11:18:56AM (1)**
90:5
**11:19:02AM (1)**
90:6
**11:19:07AM (2)**
90:8,9
**11:19:10AM (1)**
90:11
**11:19:11AM (1)**
90:12
**11:19:19AM (1)**
90:16
**11:19:20AM (1)**
90:17
**11:19:21AM (1)**

90:18
**11:19:25AM (1)**
90:19
**11:19:37AM (1)**
90:21
**11:19:43AM (1)**
90:23
**11:19:54AM (1)**
90:24
**11:20:08AM (1)**
91:4
**11:20:13AM (1)**
91:7
**11:20:18AM (1)**
91:10
**11:20:20AM (1)**
91:11
**11:20:21AM (1)**
91:12
**11:20:31AM (1)**
91:16
**11:20:34AM (1)**
91:17
**11:20:35AM (1)**
91:18
**11:20:40AM (1)**
91:19
**11:20:44AM (1)**
91:20
**11:20:50AM (2)**
91:23,24
**11:20:53AM (1)**
91:25
**11:20:55AM (1)**
92:2
**11:20:58AM (1)**
92:4
**11:20:59AM (1)**
92:5
**11:21:03AM (1)**
92:7
**11:21:06AM (1)**
92:8
**11:21:12AM (1)**
92:11
**11:21:13AM (2)**
92:12,13
**11:21:17AM (1)**
92:14
**11:21:19AM (1)**
92:15

**11:21:24AM (1)**
92:18
**11:21:30AM (1)**
92:21
**11:21:32AM (1)**
92:22
**11:21:37AM (1)**
92:24
**11:21:39AM (1)**
92:25
**11:21:47AM (1)**
93:4
**11:21:49AM (1)**
93:5
**11:21:52AM (1)**
93:6
**11:22:38AM (1)**
93:19
**11:22:43AM (1)**
93:21
**11:22:59AM (1)**
94:3
**11:23:03AM (2)**
94:5,6
**11:23:06AM (1)**
94:8
**11:23:08AM (1)**
94:9
**11:23:12AM (1)**
94:11
**11:23:20AM (1)**
94:12
**11:23:22AM (1)**
94:14
**11:23:24AM (1)**
94:15
**11:23:32AM (1)**
94:19
**11:23:40AM (1)**
94:20
**11:23:47AM (1)**
94:23
**11:23:50AM (2)**
94:25 95:2
**11:23:54AM (1)**
95:3
**11:24:00AM (1)**
95:5
**11:24:04AM (1)**
95:7
**11:24:05AM (2)**

| | | | | |
|---|---|---|---|---|
| 95:8,9 | 11:26:48AM (1) | 99:22 | 11:29:37AM (1) | 103:22 |
| 11:24:08AM (1) | 97:22 | 11:28:06AM (1) | 101:19 | 11:31:25AM (1) |
| 95:11 | 11:26:57AM (1) | 99:24 | 11:29:39AM (1) | 103:23 |
| 11:24:27AM (1) | 98:2 | 11:28:07AM (1) | 101:21 | 11:31:37AM (1) |
| 95:16 | 11:26:59AM (1) | 99:25 | 11:29:40AM (1) | 104:4 |
| 11:24:29AM (1) | 98:3 | 11:28:09AM (1) | 101:22 | 11:31:38AM (1) |
| 95:17 | 11:27:00AM (1) | 100:2 | 11:29:42AM (1) | 104:5 |
| 11:24:30AM (1) | 98:4 | 11:28:13AM (2) | 101:23 | 11:31:46AM (1) |
| 95:18 | 11:27:03AM (2) | 100:4,5 | 11:29:49AM (2) | 104:10 |
| 11:24:31AM (1) | 98:6,7 | 11:28:22AM (1) | 102:3,4 | 11:31:47AM (1) |
| 95:19 | 11:27:06AM (1) | 100:9 | 11:29:52AM (1) | 104:11 |
| 11:24:40AM (1) | 98:9 | 11:28:23AM (1) | 102:6 | 11:31:51AM (1) |
| 95:22 | 11:27:07AM (1) | 100:11 | 11:29:56AM (1) | 104:13 |
| 11:24:42AM (1) | 98:10 | 11:28:24AM (1) | 102:8 | 11:31:55AM (1) |
| 95:24 | 11:27:11AM (2) | 100:12 | 11:29:57AM (1) | 104:14 |
| 11:25:01AM (1) | 98:12,13 | 11:28:25AM (1) | 102:9 | 11:32:02AM (2) |
| 96:6 | 11:27:17AM (1) | 100:13 | 11:30:01AM (2) | 104:17,18 |
| 11:25:02AM (1) | 98:15 | 11:28:27AM (1) | 102:11,12 | 11:32:08AM (1) |
| 96:7 | 11:27:18AM (1) | 100:14 | 11:30:14AM (1) | 104:19 |
| 11:25:03AM (1) | 98:16 | 11:28:29AM (1) | 102:16 | 11:32:22AM (1) |
| 96:8 | 11:27:19AM (2) | 100:15 | 11:30:15AM (1) | 104:21 |
| 11:25:06AM (2) | 98:17,18 | 11:28:46AM (1) | 102:17 | 11:32:23AM (1) |
| 96:10,11 | 11:27:23AM (1) | 100:19 | 11:30:16AM (1) | 104:22 |
| 11:25:10AM (2) | 98:20 | 11:28:48AM (1) | 102:18 | 11:32:30AM (1) |
| 96:13,14 | 11:27:25AM (1) | 100:20 | 11:30:19AM (2) | 105:2 |
| 11:25:19AM (2) | 98:21 | 11:28:55AM (1) | 102:19,20 | 11:32:39AM (1) |
| 96:18,19 | 11:27:29AM (1) | 100:21 | 11:30:31AM (1) | 105:5 |
| 11:25:21AM (1) | 98:23 | 11:28:59AM (1) | 102:24 | 11:32:43AM (1) |
| 96:20 | 11:27:31AM (1) | 100:23 | 11:30:34AM (1) | 105:7 |
| 11:26:09AM (1) | 98:24 | 11:29:02AM (1) | 103:2 | 11:32:45AM (2) |
| 97:4 | 11:27:33AM (1) | 100:25 | 11:30:38AM (1) | 105:8,9 |
| 11:26:11AM (2) | 99:2 | 11:29:05AM (1) | 103:4 | 11:32:48AM (1) |
| 97:5,6 | 11:27:35AM (1) | 101:3 | 11:30:46AM (1) | 105:10 |
| 11:26:13AM (1) | 99:3 | 11:29:06AM (1) | 103:6 | 11:32:50AM (1) |
| 97:7 | 11:27:40AM (1) | 101:4 | 11:30:50AM (1) | 105:11 |
| 11:26:14AM (1) | 99:6 | 11:29:13AM (1) | 103:8 | 11:32:51AM (1) |
| 97:8 | 11:27:49AM (1) | 101:6 | 11:30:51AM (1) | 105:12 |
| 11:26:18AM (1) | 99:10 | 11:29:14AM (1) | 103:9 | 11:32:59AM (1) |
| 97:10 | 11:27:50AM (1) | 101:7 | 11:30:53AM (1) | 105:14 |
| 11:26:26AM (1) | 99:11 | 11:29:17AM (1) | 103:10 | 11:33 (1) |
| 97:13 | 11:27:51AM (1) | 101:9 | 11:30:57AM (1) | 105:17 |
| 11:26:28AM (1) | 99:12 | 11:29:20AM (1) | 103:11 | 11:33:01AM (1) |
| 97:14 | 11:27:53AM (1) | 101:11 | 11:31:05AM (1) | 105:15 |
| 11:26:34AM (1) | 99:13 | 11:29:21AM (1) | 103:14 | 11:33:03AM (1) |
| 97:15 | 11:27:55AM (2) | 101:12 | 11:31:06AM (1) | 105:17 |
| 11:26:40AM (1) | 99:15,16 | 11:29:22AM (1) | 103:16 | 11:33:07AM (1) |
| 97:18 | 11:28:01AM (1) | 101:13 | 11:31:12AM (1) | 105:19 |
| 11:26:43AM (1) | 99:19 | 11:29:23AM (1) | 103:17 | 11:49 (1) |
| 97:19 | 11:28:02AM (1) | 101:14 | 11:31:21AM (1) | 105:23 |
| 11:26:47AM (1) | 99:20 | 11:29:26AM (1) | 103:20 | 11:49:25AM (1) |
| 97:21 | 11:28:05AM (1) | 101:16 | 11:31:23AM (1) | 105:21 |

| | | | | |
|---|---|---|---|---|
| **11:49:27AM (1)** | 108:4 | **11:52:59AM (1)** | 111:19 | **11:56:36AM (1)** |
| 105:23 | **11:51:35AM (1)** | 109:20 | **11:55:01AM (1)** | 113:20 |
| **11:49:31AM (2)** | 108:5 | **11:53:01AM (1)** | 111:20 | **11:56:39AM (1)** |
| 106:2,3 | **11:51:36AM (1)** | 109:21 | **11:55:03AM (1)** | 113:21 |
| **11:49:46AM (1)** | 108:6 | **11:53:09AM (1)** | 111:21 | **11:56:53AM (1)** |
| 106:8 | **11:51:39AM (1)** | 109:24 | **11:55:04AM (1)** | 113:25 |
| **11:49:47AM (1)** | 108:8 | **11:53:10AM (1)** | 111:22 | **11:56:59AM (1)** |
| 106:9 | **11:51:40AM (1)** | 109:25 | **11:55:06AM (1)** | 114:3 |
| **11:49:51AM (2)** | 108:9 | **11:53:14AM (1)** | 111:24 | **11:57:00AM (1)** |
| 106:11,12 | **11:51:45AM (1)** | 110:3 | **11:55:23AM (1)** | 114:4 |
| **11:50:00AM (1)** | 108:11 | **11:53:15AM (1)** | 112:6 | **11:57:02AM (1)** |
| 106:14 | **11:51:47AM (1)** | 110:4 | **11:55:28AM (1)** | 114:5 |
| **11:50:18AM (1)** | 108:12 | **11:53:17AM (1)** | 112:8 | **11:57:03AM (1)** |
| 106:18 | **11:51:50AM (1)** | 110:5 | **11:55:29AM (1)** | 114:6 |
| **11:50:19AM (1)** | 108:14 | **11:53:24AM (1)** | 112:9 | **11:57:04AM (1)** |
| 106:19 | **11:51:51AM (1)** | 110:6 | **11:55:30AM (1)** | 114:7 |
| **11:50:20AM (1)** | 108:15 | **11:53:28AM (1)** | 112:10 | **11:57:06AM (1)** |
| 106:20 | **11:51:52AM (1)** | 110:8 | **11:55:33AM (1)** | 114:8 |
| **11:50:24AM (2)** | 108:16 | **11:53:52AM (1)** | 112:12 | **11:57:09AM (2)** |
| 106:22,23 | **11:51:54AM (1)** | 110:13 | **11:55:34AM (1)** | 114:9,10 |
| **11:50:26AM (2)** | 108:17 | **11:53:53AM (1)** | 112:13 | **11:57:13AM (2)** |
| 106:24,25 | **11:51:58AM (1)** | 110:14 | **11:55:43AM (1)** | 114:12,13 |
| **11:50:29AM (1)** | 108:18 | **11:54:00AM (1)** | 112:17 | **11:57:14AM (1)** |
| 107:3 | **11:52:01AM (1)** | 110:15 | **11:55:45AM (1)** | 114:14 |
| **11:50:30AM (1)** | 108:19 | **11:54:03AM (1)** | 112:18 | **11:57:15AM (1)** |
| 107:4 | **11:52:06AM (1)** | 110:17 | **11:55:48AM (2)** | 114:15 |
| **11:50:32AM (1)** | 108:22 | **11:54:10AM (1)** | 112:19,20 | **11:57:16AM (2)** |
| 107:5 | **11:52:09AM (1)** | 110:19 | **11:56:00AM (2)** | 114:16,17 |
| **11:50:35AM (1)** | 108:23 | **11:54:12AM (1)** | 112:24,25 | **11:57:18AM (2)** |
| 107:6 | **11:52:12AM (1)** | 110:20 | **11:56:03AM (1)** | 114:18,19 |
| **11:50:36AM (1)** | 108:25 | **11:54:16AM (1)** | 113:3 | **11:57:19AM (1)** |
| 107:7 | **11:52:15AM (2)** | 110:22 | **11:56:07AM (1)** | 114:20 |
| **11:50:39AM (1)** | 109:3,4 | **11:54:20AM (1)** | 113:5 | **11:57:30AM (1)** |
| 107:8 | **11:52:18AM (1)** | 110:24 | **11:56:08AM (1)** | 114:23 |
| **11:50:48AM (1)** | 109:5 | **11:54:24AM (1)** | 113:6 | **11:57:40AM (1)** |
| 107:12 | **11:52:21AM (1)** | 110:25 | **11:56:10AM (1)** | 115:2 |
| **11:50:59AM (1)** | 109:7 | **11:54:28AM (1)** | 113:7 | **11:57:42AM (1)** |
| 107:15 | **11:52:23AM (1)** | 111:3 | **11:56:13AM (1)** | 115:3 |
| **11:51:02AM (1)** | 109:8 | **11:54:39AM (1)** | 113:8 | **11:57:45AM (1)** |
| 107:17 | **11:52:29AM (1)** | 111:6 | **11:56:14AM (1)** | 115:5 |
| **11:51:10AM (1)** | 109:9 | **11:54:44AM (3)** | 113:9 | **11:57:49AM (1)** |
| 107:19 | **11:52:32AM (2)** | 111:8,9,10 | **11:56:18AM (1)** | 115:6 |
| **11:51:13AM (1)** | 109:10,11 | **11:54:47AM (1)** | 113:10 | **11:57:53AM (1)** |
| 107:21 | **11:52:36AM (1)** | 111:12 | **11:56:21AM (1)** | 115:8 |
| **11:51:15AM (1)** | 109:13 | **11:54:51AM (2)** | 113:12 | **11:58:00AM (1)** |
| 107:23 | **11:52:37AM (1)** | 111:14,15 | **11:56:25AM (1)** | 115:10 |
| **11:51:16AM (1)** | 109:14 | **11:54:53AM (1)** | 113:14 | **11:58:01AM (1)** |
| 107:24 | **11:52:40AM (1)** | 111:16 | **11:56:26AM (2)** | 115:11 |
| **11:51:23AM (1)** | 109:16 | **11:54:54AM (1)** | 113:15,16 | **11:58:02AM (1)** |
| 107:25 | **11:52:54AM (1)** | 111:17 | **11:56:27AM (1)** | 115:12 |
| **11:51:33AM (1)** | 109:18 | **11:54:58AM (1)** | 113:17 | **11:58:05AM (1)** |

| | | | | |
|---|---|---|---|---|
| 115:13 | **11770 (2)** | 119:15 | **12:03:04PM (1)** | 123:12 |
| **11:58:07AM (1)** | 6:10 8:8 | **12:01:44PM (1)** | 121:9 | **12:05:07PM (1)** |
| 115:15 | **11788 (1)** | 119:18 | **12:03:05PM (1)** | 123:13 |
| **11:58:09AM (1)** | 4:16 | **12:01:45PM (1)** | 121:10 | **12:05:08PM (1)** |
| 115:16 | **12 (3)** | 119:19 | **12:03:09PM (1)** | 123:14 |
| **11:58:11AM (1)** | 10:18 129:24 233:7 | **12:01:51PM (1)** | 121:12 | **12:05:09PM (1)** |
| 115:18 | **12s (2)** | 119:21 | **12:03:12PM (1)** | 123:15 |
| **11:58:13AM (1)** | 232:10 233:19 | **12:01:54PM (1)** | 121:14 | **12:05:13PM (1)** |
| 115:19 | **12:00:01PM (2)** | 119:24 | **12:03:19PM (1)** | 123:17 |
| **11:58:24AM (1)** | 117:21,22 | **12:01:56PM (1)** | 121:16 | **12:05:14PM (2)** |
| 115:23 | **12:00:05PM (1)** | 119:25 | **12:03:24PM (1)** | 123:18,19 |
| **11:58:26AM (2)** | 117:24 | **12:01:57PM (1)** | 121:19 | **12:05:16PM (2)** |
| 115:24,25 | **12:00:06PM (1)** | 120:2 | **12:03:27PM (2)** | 123:20,21 |
| **11:58:29AM (1)** | 117:25 | **12:02:04PM (1)** | 121:21,22 | **12:05:20PM (1)** |
| 116:2 | **12:00:23PM (1)** | 120:5 | **12:03:28PM (1)** | 123:22 |
| **11:58:30AM (1)** | 118:6 | **12:02:05PM (1)** | 121:23 | **12:05:23PM (1)** |
| 116:3 | **12:00:35PM (1)** | 120:6 | **12:03:37PM (1)** | 123:23 |
| **11:58:33AM (1)** | 118:10 | **12:02:15PM (1)** | 121:25 | **12:05:27PM (1)** |
| 116:4 | **12:00:42PM (1)** | 120:7 | **12:03:40PM (1)** | 123:25 |
| **11:58:59AM (1)** | 118:11 | **12:02:21PM (1)** | 122:3 | **12:05:28PM (1)** |
| 116:13 | **12:00:46PM (1)** | 120:9 | **12:04:09PM (1)** | 124:2 |
| **11:59:09AM (1)** | 118:13 | **12:02:30PM (1)** | 122:6 | **12:05:31PM (1)** |
| 116:17 | **12:00:50PM (1)** | 120:10 | **12:04:10PM (1)** | 124:4 |
| **11:59:10AM (1)** | 118:15 | **12:02:31PM (1)** | 122:7 | **12:05:32PM (1)** |
| 116:18 | **12:00:51PM (1)** | 120:11 | **12:04:15PM (1)** | 124:5 |
| **11:59:12AM (2)** | 118:16 | **12:02:32PM (1)** | 122:8 | **12:05:37PM (1)** |
| 116:20,21 | **12:00:54PM (1)** | 120:12 | **12:04:22PM (2)** | 124:7 |
| **11:59:16AM (1)** | 118:17 | **12:02:36PM (2)** | 122:12,13 | **12:05:38PM (1)** |
| 116:23 | **12:01:05PM (1)** | 120:14,15 | **12:04:31PM (2)** | 124:8,9 |
| **11:59:17AM (1)** | 118:22 | **12:02:37PM (1)** | 122:16,17 | **12:05:42PM (1)** |
| 116:24 | **12:01:07PM (1)** | 120:16 | **12:04:33PM (2)** | 124:11 |
| **11:59:21AM (2)** | 118:23 | **12:02:38PM (1)** | 122:18,19 | **12:05:49PM (1)** |
| 117:2,3 | **12:01:08PM (2)** | 120:17 | **12:04:40PM (1)** | 124:14 |
| **11:59:23AM (1)** | 118:24,25 | **12:02:40PM (1)** | 122:22 | **12:05:53PM (1)** |
| 117:4 | **12:01:09PM (1)** | 120:18 | **12:04:43PM (2)** | 124:16 |
| **11:59:27AM (2)** | 119:2 | **12:02:43PM (1)** | 122:23,24 | **12:05:55PM (1)** |
| 117:6,7 | **12:01:18PM (1)** | 120:20 | **12:04:45PM (1)** | 124:17 |
| **11:59:29AM (1)** | 119:5 | **12:02:44PM (2)** | 122:25 | **12:05:56PM (1)** |
| 117:8 | **12:01:19PM (1)** | 120:21,22 | **12:04:48PM (1)** | 124:18 |
| **11:59:49AM (2)** | 119:6 | **12:02:45PM (1)** | 123:2 | **12:05:59PM (1)** |
| 117:15,16 | **12:01:24PM (1)** | 120:23 | **12:04:50PM (1)** | 124:19 |
| **11:59:54AM (1)** | 119:9 | **12:02:49PM (1)** | 123:3 | **12:06:07PM (1)** |
| 117:18 | **12:01:25PM (1)** | 120:25 | **12:04:52PM (1)** | 124:21 |
| **11:59:57AM (1)** | 119:10 | **12:02:50PM (1)** | 123:4 | **12:06:11PM (1)** |
| 117:19 | **12:01:29PM (1)** | 121:2 | **12:04:58PM (1)** | 124:23 |
| **11501 (1)** | 119:12 | **12:02:52PM (2)** | 123:6 | **12:06:13PM (1)** |
| 4:8 | **12:01:30PM (1)** | 121:4,5 | **12:05:04PM (1)** | 124:24 |
| **11556-0926 (1)** | 119:13 | **12:02:53PM (1)** | 123:9 | **12:06:14PM (1)** |
| 3:23 | **12:01:32PM (1)** | 121:6 | **12:05:05PM (2)** | 124:25 |
| **11730 (1)** | 119:14 | **12:02:55PM (1)** | 123:10,11 | **12:06:17PM (1)** |
| 8:11 | **12:01:38PM (1)** | 121:7 | **12:05:06PM (1)** | 125:3 |

| | | | | |
|---|---|---|---|---|
| **12:06:30PM (1)** | 126:15 | **12:09:32PM (1)** | 130:17 | **12:13:39PM (1)** |
| 125:6 | **12:07:32PM (1)** | 128:14 | **12:11:41PM (1)** | 132:11 |
| **12:06:33PM (2)** | 126:16 | **12:09:34PM (1)** | 130:20 | **12:13:43PM (2)** |
| 125:8,9 | **12:07:34PM (1)** | 128:15 | **12:11:45PM (1)** | 132:13,14 |
| **12:06:36PM (1)** | 126:17 | **12:09:36PM (1)** | 130:22 | **12:13:46PM (1)** |
| 125:11 | **12:07:40PM (1)** | 128:16 | **12:11:49PM (1)** | 132:15 |
| **12:06:37PM (1)** | 126:18 | **12:09:42PM (1)** | 130:23 | **12:13:52PM (1)** |
| 125:12 | **12:07:44PM (1)** | 128:19 | **12:12:04PM (1)** | 132:16 |
| **12:06:38PM (1)** | 126:19 | **12:09:43PM (1)** | 131:2 | **12:13:59PM (1)** |
| 125:13 | **12:07:47PM (1)** | 128:20 | **12:12:05PM (1)** | 132:18 |
| **12:06:39PM (1)** | 126:21 | **12:09:47PM (1)** | 131:3 | **12:14:03PM (1)** |
| 125:14 | **12:07:53PM (1)** | 128:21 | **12:12:09PM (1)** | 132:19 |
| **12:06:41PM (1)** | 126:22 | **12:09:53PM (2)** | 131:4 | **12:14:10PM (1)** |
| 125:15 | **12:07:57PM (1)** | 128:23,24 | **12:12:11PM (2)** | 132:21 |
| **12:06:42PM (1)** | 126:24 | **12:10:05PM (1)** | 131:5,6 | **12:14:12PM (1)** |
| 125:16 | **12:08:02PM (2)** | 129:5 | **12:12:15PM (1)** | 132:22 |
| **12:06:43PM (1)** | 127:3,4 | **12:10:06PM (1)** | 131:7 | **12:14:15PM (2)** |
| 125:17 | **12:08:08PM (1)** | 129:6 | **12:12:19PM (1)** | 132:24,25 |
| **12:06:44PM (1)** | 127:7 | **12:10:07PM (1)** | 131:9 | **12:14:22PM (1)** |
| 125:18 | **12:08:09PM (1)** | 129:7 | **12:12:23PM (1)** | 133:4 |
| **12:06:46PM (1)** | 127:8 | **12:10:13PM (1)** | 131:10 | **12:14:23PM (1)** |
| 125:20 | **12:08:10PM (2)** | 129:10 | **12:12:29PM (1)** | 133:5 |
| **12:06:52PM (1)** | 127:9,10 | **12:10:25PM (1)** | 131:11 | **12:14:26PM (1)** |
| 125:21 | **12:08:16PM (1)** | 129:14 | **12:12:33PM (1)** | 133:7 |
| **12:06:53PM (1)** | 127:13 | **12:10:27PM (1)** | 131:13 | **12:14:28PM (1)** |
| 125:22 | **12:08:22PM (1)** | 129:15 | **12:12:50PM (1)** | 133:8 |
| **12:06:54PM (1)** | 127:14 | **12:10:30PM (1)** | 131:17 | **12:14:36PM (1)** |
| 125:23 | **12:08:28PM (2)** | 129:16 | **12:12:52PM (1)** | 133:12 |
| **12:06:55PM (1)** | 127:17,18 | **12:10:35PM (1)** | 131:18 | **12:14:45PM (1)** |
| 125:24 | **12:08:32PM (1)** | 129:18 | **12:12:58PM (1)** | 133:14 |
| **12:06:58PM (1)** | 127:19 | **12:10:38PM (1)** | 131:19 | **12:14:50PM (1)** |
| 125:25 | **12:08:33PM (1)** | 129:20 | **12:13:01PM (1)** | 133:16 |
| **12:07:02PM (1)** | 127:20 | **12:10:42PM (1)** | 131:20 | **12:14:51PM (1)** |
| 126:3 | **12:08:46PM (1)** | 129:22 | **12:13:06PM (1)** | 133:17 |
| **12:07:05PM (1)** | 127:21 | **12:10:57PM (1)** | 131:21 | **12:14:52PM (2)** |
| 126:4 | **12:08:48PM (2)** | 130:3 | **12:13:09PM (1)** | 133:18,19 |
| **12:07:10PM (2)** | 127:22,23 | **12:11:02PM (2)** | 131:23 | **12:14:55PM (2)** |
| 126:6,7 | **12:08:49PM (1)** | 130:6,7 | **12:13:10PM (1)** | 133:20,21 |
| **12:07:11PM (1)** | 127:24 | **12:11:04PM (1)** | 131:24 | **12:14:57PM (1)** |
| 126:8 | **12:08:55PM (1)** | 130:8 | **12:13:13PM (2)** | 133:23 |
| **12:07:12PM (1)** | 127:25 | **12:11:06PM (1)** | 131:25 132:2 | **12:15:05PM (1)** |
| 126:9 | **12:09:05PM (1)** | 130:9 | **12:13:14PM (1)** | 133:25 |
| **12:07:14PM (1)** | 128:4 | **12:11:09PM (1)** | 132:3 | **12:15:08PM (1)** |
| 126:10 | **12:09:15PM (1)** | 130:10 | **12:13:22PM (1)** | 134:3 |
| **12:07:19PM (1)** | 128:5 | **12:11:24PM (1)** | 132:5 | **12:15:20PM (1)** |
| 126:11 | **12:09:16PM (2)** | 130:13 | **12:13:24PM (1)** | 134:6 |
| **12:07:26PM (1)** | 128:6,7 | **12:11:29PM (1)** | 132:6 | **12:15:25PM (1)** |
| 126:13 | **12:09:29PM (1)** | 130:15 | **12:13:25PM (1)** | 134:9 |
| **12:07:29PM (1)** | 128:12 | **12:11:30PM (1)** | 132:7 | **12:15:26PM (1)** |
| 126:14 | **12:09:30PM (1)** | 130:16 | **12:13:29PM (2)** | 134:10 |
| **12:07:31PM (1)** | 128:13 | **12:11:34PM (1)** | 132:9,10 | **12:15:29PM (1)** |

| | | | | |
|---|---|---|---|---|
| 134:11 | **12:17:07PM (1)** | 138:4 | **12:19:53PM (1)** | 141:22,23 |
| **12:15:31PM (1)** | 136:9 | **12:18:47PM (1)** | 139:19 | **12:22:49PM (2)** |
| 134:12 | **12:17:09PM (1)** | 138:5 | **12:19:57PM (2)** | 141:25 142:2 |
| **12:15:33PM (1)** | 136:10 | **12:18:52PM (1)** | 139:21,22 | **12:22:54PM (1)** |
| 134:14 | **12:17:15PM (1)** | 138:7 | **12:20:02PM (1)** | 142:4 |
| **12:15:40PM (1)** | 136:11 | **12:18:54PM (1)** | 139:24 | **12:23:02PM (1)** |
| 134:16 | **12:17:23PM (1)** | 138:8 | **12:20:17PM (1)** | 142:5 |
| **12:15:47PM (1)** | 136:13 | **12:18:56PM (1)** | 140:3 | **12:23:10PM (1)** |
| 134:18 | **12:17:27PM (1)** | 138:10 | **12:20:21PM (1)** | 142:8 |
| **12:15:48PM (1)** | 136:14 | **12:18:57PM (1)** | 140:5 | **12:23:11PM (1)** |
| 134:19 | **12:17:28PM (1)** | 138:11 | **12:20:22PM (1)** | 142:9 |
| **12:15:51PM (1)** | 136:15 | **12:19:01PM (1)** | 140:6 | **12:23:12PM (1)** |
| 134:20 | **12:17:29PM (1)** | 138:13 | **12:20:24PM (1)** | 142:10 |
| **12:15:54PM (1)** | 136:16 | **12:19:04PM (1)** | 140:8 | **12:23:19PM (2)** |
| 134:22 | **12:17:36PM (1)** | 138:14 | **12:20:25PM (1)** | 142:13,14 |
| **12:16:00PM (1)** | 136:19 | **12:19:11PM (2)** | 140:9 | **12:23:24PM (1)** |
| 134:24 | **12:17:39PM (1)** | 138:16,17 | **12:20:32PM (1)** | 142:17 |
| **12:16:02PM (1)** | 136:21 | **12:19:13PM (1)** | 140:11 | **12:23:26PM (1)** |
| 134:25 | **12:17:42PM (1)** | 138:19 | **12:20:39PM (1)** | 142:18 |
| **12:16:08PM (1)** | 136:22 | **12:19:18PM (1)** | 140:13 | **12:23:35PM (1)** |
| 135:4 | **12:17:55PM (1)** | 138:20 | **12:20:46PM (1)** | 142:21 |
| **12:16:09PM (1)** | 137:2 | **12:19:23PM (1)** | 140:16 | **12:23:37PM (1)** |
| 135:5 | **12:17:57PM (1)** | 138:22 | **12:20:48PM (1)** | 142:22 |
| **12:16:11PM (1)** | 137:3 | **12:19:25PM (1)** | 140:17 | **12:23:41PM (1)** |
| 135:6 | **12:18:00PM (1)** | 138:23 | **12:20:54PM (1)** | 142:24 |
| **12:16:14PM (1)** | 137:5 | **12:19:28PM (1)** | 140:19 | **12:23:42PM (1)** |
| 135:7 | **12:18:01PM (1)** | 138:24 | **12:20:55PM (1)** | 142:25 |
| **12:16:18PM (1)** | 137:6 | **12:19:29PM (1)** | 140:20 | **12:23:43PM (1)** |
| 135:9 | **12:18:05PM (1)** | 139:2 | **12:20:57PM (1)** | 143:2 |
| **12:16:23PM (1)** | 137:8 | **12:19:30PM (1)** | 140:21 | **12:23:46PM (1)** |
| 135:12 | **12:18:06PM (1)** | 139:3 | **12:21:23PM (1)** | 143:3 |
| **12:16:25PM (1)** | 137:9 | **12:19:34PM (2)** | 140:22 | **12:23:57PM (1)** |
| 135:13 | **12:18:14PM (1)** | 139:5,6 | **12:21:27PM (1)** | 143:7 |
| **12:16:27PM (1)** | 137:10 | **12:19:37PM (1)** | 140:24 | **12:24:00PM (1)** |
| 135:15 | **12:18:20PM (1)** | 139:7 | **12:21:49PM (1)** | 143:9 |
| **12:16:28PM (1)** | 137:13 | **12:19:38PM (1)** | 141:3 | **12:24:02PM (1)** |
| 135:16 | **12:18:21PM (2)** | 139:8 | **12:21:53PM (1)** | 143:10 |
| **12:16:35PM (2)** | 137:14,15 | **12:19:40PM (1)** | 141:5 | **12:24:07PM (1)** |
| 135:18,19 | **12:18:26PM (1)** | 139:9 | **12:22:14PM (1)** | 143:13 |
| **12:16:45PM (1)** | 137:17 | **12:19:44PM (1)** | 141:7 | **12:24:08PM (2)** |
| 135:23 | **12:18:28PM (1)** | 139:10 | **12:22:25PM (1)** | 143:14,15 |
| **12:16:48PM (1)** | 137:18 | **12:19:45PM (2)** | 141:11 | **12:24:10PM (1)** |
| 135:24 | **12:18:29PM (1)** | 139:11,12 | **12:22:26PM (1)** | 143:16 |
| **12:16:50PM (1)** | 137:20 | **12:19:48PM (1)** | 141:12 | **12:24:35PM (1)** |
| 135:25 | **12:18:31PM (1)** | 139:14 | **12:22:30PM (2)** | 143:23 |
| **12:16:55PM (1)** | 137:21 | **12:19:49PM (1)** | 141:14,15 | **12:24:41PM (1)** |
| 136:3 | **12:18:36PM (1)** | 139:15 | **12:22:33PM (1)** | 143:25 |
| **12:16:58PM (1)** | 137:24 | **12:19:51PM (1)** | 141:17 | **12:24:54PM (1)** |
| 136:5 | **12:18:38PM (1)** | 139:16 | **12:22:35PM (1)** | 144:6 |
| **12:17:02PM (1)** | 137:25 | **12:19:52PM (2)** | 141:18 | **12:24:57PM (1)** |
| 136:7 | **12:18:46PM (1)** | 139:17,18 | **12:22:45PM (2)** | 144:7 |

**12:24:58PM (1)**
144:8
**12:24:59PM (1)**
144:9
**12:25:00PM (1)**
144:10
**12:25:01PM (1)**
144:11
**12:25:06PM (1)**
144:13
**12:25:07PM (2)**
144:14,15
**12:25:13PM (1)**
144:17
**12:25:14PM (1)**
144:18
**12:25:16PM (1)**
144:19
**12:25:24PM (1)**
144:23
**12:25:34PM (1)**
145:3
**12:25:43PM (1)**
145:6
**12:25:45PM (1)**
145:7
**12:25:50PM (1)**
145:9
**12:25:51PM (1)**
145:10
**12:25:52PM (1)**
145:11
**12:25:54PM (1)**
145:13
**12:25:56PM (1)**
145:14
**12:26:04PM (3)**
145:17,18,19
**12:26:12PM (1)**
145:22
**12:26:13PM (1)**
145:23
**12:26:14PM (2)**
145:24,25
**12:26:16PM (1)**
146:2
**12:26:18PM (1)**
146:3
**12:26:24PM (1)**
146:6
**12:26:27PM (1)**

146:8
**12:26:37PM (1)**
146:12
**12:26:39PM (1)**
146:15
**12:26:40PM (1)**
146:16
**12:26:44PM (1)**
146:17
**12:26:51PM (3)**
146:20,21,22
**12:26:53PM (1)**
146:23
**12:26:56PM (1)**
146:24
**12:27:00PM (1)**
147:2
**12:27:03PM (1)**
147:4
**12:27:05PM (1)**
147:5
**12:27:06PM (1)**
147:6
**12:27:07PM (1)**
147:7
**12:27:10PM (1)**
147:9
**12:27:21PM (1)**
147:13
**12:27:22PM (2)**
147:14,15
**12:27:27PM (1)**
147:17
**12:27:30PM (1)**
147:18
**12:27:34PM (1)**
147:20
**12:27:36PM (1)**
147:21
**12:27:41PM (1)**
147:23
**12:27:47PM (1)**
147:24
**12:27:50PM (1)**
148:2
**12:27:52PM (1)**
148:3
**12:27:54PM (1)**
148:4
**12:27:55PM (1)**
148:5

**12:27:57PM (1)**
148:6
**12:27:58PM (1)**
148:7
**12:28:02PM (1)**
148:9
**12:28:04PM (1)**
148:10
**12:28:08PM (1)**
148:13
**12:28:15PM (2)**
148:15,16
**12:28:17PM (1)**
148:17
**12:28:18PM (1)**
148:18
**12:28:22PM (1)**
148:20
**12:28:23PM (1)**
148:21
**12:28:26PM (1)**
148:23
**12:28:27PM (1)**
148:24
**12:28:31PM (1)**
149:2
**12:28:32PM (1)**
149:3
**12:28:43PM (1)**
149:4
**12:28:51PM (3)**
149:8,9,10
**12:28:54PM (1)**
149:12
**12:28:56PM (2)**
149:13,14
**12:29:00PM (1)**
149:15
**12:29:07PM (1)**
149:18
**12:29:15PM (1)**
149:22
**12:29:19PM (1)**
149:24
**12:29:26PM (1)**
150:2
**12:29:30PM (1)**
150:4
**12:29:31PM (1)**
150:5
**12:29:32PM (1)**

150:6
**12:29:36PM (1)**
150:8
**12:29:38PM (1)**
150:9
**12:29:39PM (1)**
150:10
**12:29:43PM (1)**
150:11
**12:29:57PM (3)**
150:14,15,16
**12:30:01PM (1)**
150:18
**12:30:02PM (1)**
150:19
**12:30:09PM (1)**
150:21
**12:30:25PM (1)**
150:23
**12:30:27PM (1)**
150:24
**12:30:29PM (1)**
150:25
**12:30:36PM (1)**
151:3
**12:30:38PM (1)**
151:4
**12:30:39PM (1)**
151:5
**12:30:42PM (1)**
151:7
**12:30:47PM (1)**
151:8
**12:30:49PM (1)**
151:9
**12:31:02PM (1)**
151:13
**12:31:09PM (1)**
151:16
**12:31:14PM (1)**
151:18
**12:31:21PM (1)**
151:21
**12:31:22PM (1)**
151:22
**12:31:28PM (1)**
151:24
**12:31:29PM (1)**
151:25
**12:31:35PM (1)**
152:3

**12:31:39PM (1)**
152:4
**12:31:45PM (1)**
152:7
**12:31:46PM (1)**
152:8
**12:31:48PM (1)**
152:9
**12:31:51PM (1)**
152:11
**12:31:55PM (1)**
152:12
**12:31:59PM (2)**
152:13,14
**12:32:03PM (1)**
152:16
**12:32:06PM (1)**
152:17
**12:32:09PM (1)**
152:18
**12:32:14PM (1)**
152:20
**12:32:16PM (1)**
152:22
**12:32:18PM (1)**
152:23
**12:32:20PM (1)**
152:24
**12:32:25PM (1)**
152:25
**12:32:33PM (1)**
153:4
**12:32:36PM (1)**
153:5
**12:32:41PM (1)**
153:8
**12:32:55PM (1)**
153:12
**12:33:05PM (1)**
153:15
**12:33:07PM (2)**
153:16,17
**12:33:11PM (1)**
153:18
**12:33:16PM (1)**
153:20
**12:33:17PM (2)**
153:21,22
**12:33:24PM (1)**
153:25
**12:33:27PM (1)**

154:3
**12:33:35PM (2)**
154:7,8
**12:33:38PM (1)**
154:10
**12:33:39PM (2)**
154:11,12
**12:33:42PM (1)**
154:14
**12:33:45PM (1)**
154:15
**12:33:52PM (1)**
154:17
**12:33:53PM (1)**
154:18
**12:34:00PM (1)**
154:21
**12:34:03PM (1)**
154:22
**12:34:10PM (1)**
154:25
**12:34:16PM (1)**
155:2
**12:34:18PM (1)**
155:4
**12:34:47PM (1)**
155:7
**12:34:49PM (1)**
155:9
**12:34:53PM (1)**
155:10
**12:35:02PM (1)**
155:14
**12:35:03PM (1)**
155:15
**12:35:07PM (1)**
155:17
**12:35:08PM (1)**
155:18
**12:35:14PM (2)**
155:21,22
**12:35:22PM (1)**
155:24
**12:35:24PM (1)**
156:2
**12:35:25PM (1)**
156:3
**12:35:34PM (2)**
156:7,8
**12:35:38PM (1)**
156:10

**12:35:43PM (1)**
156:11
**12:35:48PM (1)**
156:14
**12:35:49PM (2)**
156:16,17
**12:35:50PM (1)**
156:18
**12:35:51PM (1)**
156:19
**12:35:56PM (1)**
156:21
**12:35:57PM (1)**
156:22
**12:36:03PM (2)**
156:25 157:2
**12:36:05PM (1)**
157:3
**12:36:06PM (1)**
157:4
**12:36:08PM (1)**
157:5
**12:36:12PM (1)**
157:6
**12:36:17PM (1)**
157:8
**12:36:18PM (1)**
157:9
**12:36:23PM (1)**
157:11
**12:36:24PM (1)**
157:12
**12:36:30PM (1)**
157:14
**12:36:36PM (1)**
157:15
**12:36:43PM (1)**
157:17
**12:36:45PM (1)**
157:18
**12:36:48PM (1)**
157:20
**12:36:57PM (1)**
157:21
**12:37:03PM (1)**
157:24
**12:37:05PM (1)**
158:2
**12:37:07PM (1)**
158:3
**12:37:08PM (1)**

158:4
**12:37:14PM (1)**
158:6
**12:37:18PM (2)**
158:7,8
**12:37:20PM (3)**
158:9,10,11
**12:37:21PM (1)**
158:12
**12:37:27PM (1)**
158:15
**12:37:28PM (1)**
158:16
**12:37:30PM (1)**
158:17
**12:37:38PM (1)**
158:19
**12:37:40PM (2)**
158:20,21
**12:37:47PM (1)**
158:24
**12:37:48PM (1)**
158:25
**12:37:49PM (1)**
159:2
**12:37:50PM (1)**
159:3
**12:37:56PM (1)**
159:5
**12:37:58PM (1)**
159:6
**12:38:07PM (1)**
159:9
**12:38:09PM (1)**
159:10
**12:38:12PM (1)**
159:12
**12:38:13PM (1)**
159:13
**12:38:16PM (1)**
159:15
**12:38:18PM (1)**
159:16
**12:38:22PM (1)**
159:18
**12:38:24PM (1)**
159:19
**12:38:32PM (1)**
159:23
**12:38:33PM (1)**
159:24

**12:38:35PM (1)**
159:25
**12:38:39PM (1)**
160:3
**12:38:40PM (1)**
160:4
**12:38:42PM (1)**
160:5
**12:38:45PM (1)**
160:6
**12:38:52PM (2)**
160:9,10
**12:38:57PM (2)**
160:13,14
**12:39:00PM (1)**
160:16
**12:39:01PM (1)**
160:17
**12:39:04PM (1)**
160:18
**12:39:10PM (1)**
160:20
**12:39:13PM (1)**
160:21
**12:39:16PM (1)**
160:22
**12:39:20PM (2)**
160:24,25
**12:39:23PM (1)**
161:3
**12:39:25PM (1)**
161:4
**12:39:26PM (1)**
161:5
**12:39:31PM (1)**
161:6
**12:39:37PM (1)**
161:7
**12:39:41PM (1)**
161:9
**12:39:44PM (1)**
161:10
**12:39:47PM (1)**
161:11
**12:39:54PM (1)**
161:13
**12:39:55PM (1)**
161:14
**12:39:56PM (2)**
161:15,16
**12:39:57PM (1)**

161:17
**12:40:05PM (1)**
161:20
**12:40:06PM (1)**
161:21
**12:40:11PM (1)**
161:23
**12:40:12PM (1)**
161:24
**12:40:14PM (1)**
161:25
**12:40:18PM (1)**
162:3
**12:40:28PM (1)**
162:7
**12:40:29PM (1)**
162:8
**12:40:30PM (2)**
162:9,10
**12:40:34PM (1)**
162:12
**12:40:35PM (1)**
162:13
**12:40:37PM (1)**
162:14
**12:40:38PM (1)**
162:15
**12:40:42PM (1)**
162:17
**12:40:45PM (1)**
162:19
**12:40:47PM (1)**
162:20
**12:40:48PM (1)**
162:21
**12:40:51PM (2)**
162:23,24
**12:40:53PM (1)**
162:25
**12:40:55PM (1)**
163:2
**12:41:01PM (1)**
163:5
**12:41:04PM (1)**
163:7
**12:41:08PM (2)**
163:9,10
**12:41:14PM (1)**
163:12
**12:41:17PM (1)**
163:14

**12:41:18PM (1)**
163:15
**12:41:21PM (1)**
163:17
**12:41:29PM (1)**
163:21
**12:41:31PM (1)**
163:22
**12:41:33PM (1)**
163:23
**12:41:43PM (1)**
163:25
**12:41:56PM (1)**
164:2
**12:41:57PM (1)**
164:3
**12:42:19PM (2)**
164:10,11
**12:42:20PM (1)**
164:12
**12:42:21PM (1)**
164:13
**12:42:26PM (1)**
164:15
**12:42:27PM (1)**
164:16
**12:42:28PM (1)**
164:17
**12:42:30PM (2)**
164:18,19
**12:42:31PM (1)**
164:20
**12:42:32PM (2)**
164:21,22
**12:42:37PM (1)**
164:24
**12:42:38PM (1)**
164:25
**12:42:41PM (1)**
165:2
**12:42:48PM (1)**
165:4
**12:42:58PM (1)**
165:6
**12:43:10PM (1)**
165:7
**12:43:16PM (1)**
165:10
**12:43:17PM (1)**
165:11
**12:43:25PM (1)**

165:14
**12:43:26PM (1)**
165:15
**12:43:32PM (1)**
165:18
**12:43:35PM (1)**
165:19
**12:43:40PM (1)**
165:21
**12:43:41PM (1)**
165:22
**12:43:44PM (1)**
165:24
**12:43:54PM (1)**
166:3
**12:43:59PM (1)**
166:5
**12:44:00PM (1)**
166:6
**12:44:01PM (1)**
166:7
**12:44:04PM (2)**
166:8,9
**12:44:09PM (1)**
166:12
**12:44:10PM (1)**
166:13
**12:44:12PM (1)**
166:14
**12:44:15PM (1)**
166:15
**12:44:17PM (1)**
166:17
**12:44:23PM (1)**
166:18
**12:44:25PM (1)**
166:19
**12:44:27PM (1)**
166:20
**12:44:34PM (1)**
166:21
**12:44:52PM (1)**
167:3
**12:44:57PM (1)**
167:5
**12:44:58PM (1)**
167:6
**12:45:00PM (1)**
167:8
**12:45:03PM (1)**
167:9

**12:45:07PM (1)**
167:11
**12:45:12PM (1)**
167:12
**12:45:20PM (1)**
167:15
**12:45:22PM (1)**
167:16
**12:45:23PM (1)**
167:17
**12:45:24PM (1)**
167:18
**12:45:27PM (1)**
167:20
**12:45:28PM (1)**
167:21
**12:45:56PM (1)**
168:6
**12:45:57PM (1)**
168:7
**12:45:59PM (1)**
168:8
**12:46:00PM (1)**
168:9
**12:46:05PM (1)**
168:11
**12:46:10PM (1)**
168:13
**12:46:11PM (1)**
168:14
**12:46:16PM (1)**
168:16
**12:46:18PM (1)**
168:17
**12:46:21PM (1)**
168:19
**12:46:25PM (1)**
168:21
**12:46:28PM (1)**
168:23
**12:46:32PM (1)**
168:24
**12:46:35PM (1)**
169:2
**12:46:37PM (1)**
169:3
**12:46:41PM (1)**
169:5
**12:46:45PM (1)**
169:6
**12:46:47PM (1)**

169:7
**12:46:49PM (1)**
169:8
**12:46:51PM (1)**
169:9
**12:46:55PM (1)**
169:10
**12:47:06PM (1)**
169:13
**12:47:08PM (1)**
169:14
**12:47:18PM (1)**
169:17
**12:47:20PM (1)**
169:18
**12:47:21PM (1)**
169:19
**12:47:24PM (1)**
169:21
**12:47:26PM (1)**
169:22
**12:47:28PM (1)**
169:23
**12:47:30PM (2)**
169:24,25
**12:47:31PM (1)**
170:2
**12:47:32PM (1)**
170:3
**12:47:36PM (1)**
170:5
**12:47:38PM (1)**
170:7
**12:47:40PM (1)**
170:9
**12:47:42PM (1)**
170:10
**12:47:43PM (1)**
170:11
**12:47:47PM (1)**
170:13
**12:47:49PM (1)**
170:14
**12:47:56PM (1)**
170:17
**12:47:57PM (1)**
170:18
**12:48:02PM (1)**
170:20
**12:48:04PM (1)**
170:21

**12:48:06PM (1)**
170:23
**12:48:08PM (1)**
170:24
**12:48:14PM (1)**
170:25
**12:48:20PM (1)**
171:3
**12:48:23PM (1)**
171:5
**12:48:25PM (1)**
171:6
**12:48:29PM (1)**
171:8
**12:48:30PM (1)**
171:9
**12:48:32PM (1)**
171:10
**12:48:38PM (1)**
171:11
**12:48:42PM (1)**
171:13
**12:48:46PM (1)**
171:14
**12:48:49PM (1)**
171:16
**12:48:50PM (2)**
171:18,19
**12:48:54PM (1)**
171:21
**12:48:55PM (1)**
171:22,23
**12:48:56PM (2)**
171:24,25
**12:49:02PM (1)**
172:3
**12:49:06PM (1)**
172:4
**12:49:15PM (1)**
172:7
**12:49:22PM (1)**
172:10
**12:49:24PM (1)**
172:11
**12:49:26PM (1)**
172:13
**12:49:29PM (1)**
172:15
**12:49:31PM (1)**
172:16,17
**12:49:33PM (1)**

| | | | | |
|---|---|---|---|---|
| 172:18 | **12:51:28PM (1)** | 176:23 | **12:55:05PM (1)** | 180:21 |
| **12:49:34PM (2)** | 174:22 | **12:53:08PM (2)** | 178:22 | **12:57:09PM (1)** |
| 172:19,20 | **12:51:29PM (1)** | 176:25 177:2 | **12:55:07PM (1)** | 180:22 |
| **12:49:40PM (1)** | 174:23 | **12:53:14PM (2)** | 178:23 | **12:57:10PM (1)** |
| 172:22 | **12:51:31PM (1)** | 177:3,4 | **12:55:17PM (1)** | 180:23 |
| **12:49:41PM (1)** | 174:24 | **12:53:20PM (1)** | 179:2 | **12:57:14PM (1)** |
| 172:23,24 | **12:51:35PM (1)** | 177:7 | **12:55:22PM (2)** | 180:25 |
| **12:49:42PM (1)** | 175:2 | **12:53:21PM (1)** | 179:4,5 | **12:57:15PM (1)** |
| 172:25 | **12:51:36PM (1)** | 177:8 | **12:55:23PM (1)** | 181:2 |
| **12:49:49PM (1)** | 175:3 | **12:53:24PM (1)** | 179:6 | **12:57:21PM (1)** |
| 173:4 | **12:51:38PM (1)** | 177:10 | **12:55:26PM (1)** | 181:3 |
| **12:49:50PM (2)** | 175:4 | **12:53:29PM (1)** | 179:8 | **12:57:24PM (1)** |
| 173:5,6 | **12:51:42PM (2)** | 177:11 | **12:55:31PM (1)** | 181:4 |
| **12:49:52PM (2)** | 175:6,7 | **12:53:37PM (1)** | 179:11 | **12:57:31PM (1)** |
| 173:7,8 | **12:51:45PM (1)** | 177:14 | **12:55:34PM (1)** | 181:7 |
| **12:49:53PM (1)** | 175:8 | **12:53:41PM (1)** | 179:13 | **12:57:37PM (3)** |
| 173:9 | **12:51:53PM (1)** | 177:15 | **12:55:38PM (1)** | 181:9,10,11 |
| **12:49:56PM (1)** | 175:12 | **12:53:43PM (1)** | 179:14 | **12:57:40PM (1)** |
| 173:10 | **12:51:54PM (1)** | 177:17 | **12:55:48PM (1)** | 181:13 |
| **12:49:58PM (2)** | 175:11 | **12:53:44PM (1)** | 179:18 | **12:57:42PM (1)** |
| 173:11,12 | **12:51:55PM (2)** | 177:18 | **12:55:50PM (1)** | 181:14 |
| **12:50:26PM (1)** | 175:13,14 | **12:53:47PM (1)** | 179:19 | **12:57:44PM (1)** |
| 173:15 | **12:52:05PM (1)** | 177:20 | **12:55:54PM (1)** | 181:15 |
| **12:50:34PM (2)** | 175:18 | **12:53:53PM (1)** | 179:20 | **12:57:58PM (1)** |
| 173:19,20 | **12:52:06PM (2)** | 177:21 | **12:56:01PM (1)** | 181:19 |
| **12:50:38PM (2)** | 175:19,20 | **12:54:01PM (2)** | 179:22 | **12:57:59PM (1)** |
| 173:22,23 | **12:52:13PM (1)** | 177:23,24 | **12:56:04PM (1)** | 181:20 |
| **12:50:46PM (1)** | 175:22 | **12:54:03PM (1)** | 179:23 | **12:58:00PM (1)** |
| 174:2 | **12:52:14PM (1)** | 177:25 | **12:56:11PM (1)** | 181:21 |
| **12:50:47PM (1)** | 175:23 | **12:54:18PM (1)** | 179:25 | **12:58:01PM (1)** |
| 174:3 | **12:52:17PM (2)** | 178:4 | **12:56:14PM (1)** | 181:22 |
| **12:50:51PM (1)** | 175:24,25 | **12:54:24PM (1)** | 180:2 | **12:58:02PM (1)** |
| 174:4 | **12:52:23PM (1)** | 178:5 | **12:56:29PM (1)** | 181:23 |
| **12:50:59PM (1)** | 176:3 | **12:54:33PM (1)** | 180:7 | **12:58:05PM (1)** |
| 174:8 | **12:52:28PM (1)** | 178:6 | **12:56:36PM (1)** | 181:25 |
| **12:51:00PM (1)** | 176:5 | **12:54:36PM (1)** | 180:8 | **12:58:11PM (1)** |
| 174:9 | **12:52:29PM (3)** | 178:8 | **12:56:45PM (1)** | 182:3 |
| **12:51:01PM (1)** | 176:6,7,8 | **12:54:38PM (1)** | 180:11 | **12:58:13PM (1)** |
| 174:10 | **12:52:31PM (1)** | 178:9 | **12:56:47PM (1)** | 182:4 |
| **12:51:05PM (2)** | 176:9 | **12:54:42PM (1)** | 180:12 | **12:58:15PM (1)** |
| 174:12,13 | **12:52:38PM (1)** | 178:11 | **12:56:49PM (1)** | 182:5 |
| **12:51:10PM (1)** | 176:11 | **12:54:45PM (1)** | 180:13 | **12:58:21PM (1)** |
| 174:14 | **12:52:40PM (1)** | 178:12 | **12:56:52PM (1)** | 182:8 |
| **12:51:13PM (1)** | 176:13 | **12:54:47PM (2)** | 180:15 | **12:58:23PM (1)** |
| 174:16 | **12:52:42PM (1)** | 178:14,15 | **12:57:00PM (1)** | 182:9 |
| **12:51:15PM (1)** | 176:14 | **12:54:52PM (1)** | 180:17 | **12:58:35PM (1)** |
| 174:17 | **12:52:55PM (2)** | 178:17 | **12:57:04PM (1)** | 182:12 |
| **12:51:21PM (1)** | 176:19,20 | **12:54:55PM (1)** | 180:19 | **12:58:42PM (1)** |
| 174:19 | **12:53:03PM (1)** | 178:18 | **12:57:05PM (1)** | 182:14 |
| **12:51:23PM (1)** | 176:22 | **12:54:57PM (1)** | 180:20 | **12:58:44PM (1)** |
| 174:20 | **12:53:05PM (1)** | 178:19 | **12:57:06PM (1)** | 182:15 |

**12:59:00PM (1)**
182:21
**12:59:06PM (1)**
182:23
**12:59:12PM (1)**
183:2
**12:59:14PM (1)**
183:4
**12:59:17PM (2)**
183:7,8
**12:59:19PM (1)**
183:9
**12:59:21PM (1)**
183:11
**12:59:34PM (1)**
183:15
**12:59:37PM (1)**
183:16
**12:59:38PM (1)**
183:17
**12:59:42PM (1)**
183:18
**12:59:52PM (1)**
183:21
**12:59:53PM (1)**
183:22
**12:59:59PM (2)**
183:25 184:2
**1215 (1)**
1:7
**122 (1)**
300:14
**13 (1)**
202:9
**14 (1)**
11:8
**14th (1)**
190:12
**140 (1)**
300:15
**146 (2)**
12:20 17:13
**15 (1)**
19:14
**155 (1)**
300:16
**159 (2)**
199:19,22
**16th (3)**
212:16 297:11,17
**170 (1)**

4:7
**173 (1)**
300:17
**18th (2)**
123:16 165:2
**184 (1)**
300:18
**19AM (1)**
39:16
**191 (9)**
8:11,13 10:11 15:15
15:19,22 17:3,12
295:19
**1970 (1)**
287:25
**1973 (3)**
109:16 284:3 287:11
**1992 (1)**
76:14
**1994 (1)**
14:8
**1999 (9)**
21:13 24:14 25:25
121:9 123:16
124:19 138:15
139:4 140:15

_____
**2**

**2 (10)**
105:22 140:25 141:6
141:8,13 154:2
200:21 294:23
300:15 301:8
**2nd (1)**
211:19
**2:04:42PM (1)**
200:25
**2:05:50PM (1)**
201:3
**2:05:54PM (1)**
201:5
**2:05:55PM (1)**
201:6
**2:06 (1)**
201:3
**2:06:02PM (1)**
201:8
**2:06:04PM (1)**
201:9
**2:06:05PM (2)**
201:10,11

**2:06:10PM (2)**
201:13,14
**2:06:16PM (2)**
201:17,18
**2:06:17PM (1)**
201:19
**2:06:21PM (1)**
201:22
**2:06:22PM (1)**
201:23
**2:06:23PM (1)**
201:24
**2:06:24PM (1)**
201:25
**2:06:26PM (1)**
202:3
**2:06:34PM (1)**
202:4
**2:06:38PM (2)**
202:6,7
**2:06:40PM (1)**
202:8
**2:06:41PM (1)**
202:9
**2:06:45PM (1)**
202:10
**2:06:46PM (1)**
202:11
**2:06:49PM (1)**
202:12
**2:06:52PM (1)**
202:13
**2:06:53PM (1)**
202:14
**2:06:56PM (1)**
202:15
**2:06:58PM (1)**
202:17
**2:07:05PM (1)**
202:21
**2:07:08PM (1)**
202:23
**2:07:14PM (1)**
203:2
**2:07:18PM (1)**
203:4
**2:07:21PM (1)**
203:6
**2:07:22PM (1)**
203:8
**2:07:25PM (1)**

203:9
**2:07:29PM (1)**
203:11
**2:07:38PM (1)**
203:14
**2:07:51PM (1)**
203:19
**2:07:55PM (1)**
203:22
**2:08:03PM (1)**
203:25
**2:08:17PM (1)**
204:7
**2:08:21PM (1)**
204:9
**2:08:23PM (1)**
204:11
**2:08:26PM (1)**
204:13
**2:08:28PM (1)**
204:15
**2:08:29PM (1)**
204:17
**2:08:38PM (1)**
204:19
**2:08:47PM (1)**
204:25
**2:09:01PM (1)**
205:6
**2:09:06PM (1)**
205:9
**2:09:13PM (1)**
205:10
**2:09:14PM (1)**
205:11
**2:09:19PM (1)**
205:13
**2:09:20PM (1)**
205:14
**2:09:23PM (1)**
205:15
**2:09:53PM (1)**
205:19
**2:09:59PM (1)**
205:20
**2:10:00PM (1)**
205:21
**2:10:06PM (1)**
205:22
**2:10:07PM (1)**
205:23

**2:10:08PM (1)**
205:24
**2:10:11PM (2)**
206:2,3
**2:10:13PM (1)**
206:4
**2:10:20PM (1)**
206:7
**2:10:23PM (1)**
206:8
**2:10:26PM (1)**
206:9
**2:10:31PM (1)**
206:11
**2:10:36PM (1)**
206:13
**2:10:39PM (1)**
206:14
**2:10:47PM (1)**
206:16
**2:10:48PM (1)**
206:17
**2:10:50PM (2)**
206:19,20
**2:11:03PM (1)**
206:22
**2:11:05PM (1)**
206:23
**2:11:07PM (1)**
206:24
**2:11:08PM (1)**
206:25
**2:11:11PM (1)**
207:2
**2:11:18PM (1)**
207:4
**2:11:21PM (2)**
207:6,7
**2:11:30PM (1)**
207:9
**2:11:40PM (1)**
207:12
**2:11:45PM (1)**
207:14
**2:11:48PM (1)**
207:15
**2:11:51PM (1)**
207:16
**2:11:55PM (1)**
207:17
**2:11:57PM (1)**

| | | | | |
|---|---|---|---|---|
| 207:18 | **2:14:07PM (1)** | 211:16 | **2:29:18PM (1)** | 215:23 |
| **2:11:59PM (2)** | 209:21 | **2:16:01PM (1)** | 214:7 | **2:31:08PM (1)** |
| 207:19,20 | **2:14:10PM (2)** | 211:18 | **2:29:20PM (1)** | 215:24 |
| **2:12:01PM (1)** | 209:23,24 | **2:16:08PM (1)** | 214:8 | **2:31:17PM (1)** |
| 207:21 | **2:14:11PM (2)** | 211:21 | **2:29:21PM (1)** | 216:4 |
| **2:12:02PM (1)** | 209:25 210:2 | **2:16:24PM (1)** | 214:9 | **2:31:21PM (1)** |
| 207:22 | **2:14:13PM (1)** | 212:4 | **2:29:24PM (1)** | 216:6 |
| **2:12:09PM (1)** | 210:3 | **2:16:26PM (1)** | 214:11 | **2:31:26PM (1)** |
| 207:24 | **2:14:20PM (1)** | 212:6 | **2:29:27PM (1)** | 216:8 |
| **2:12:12PM (1)** | 210:4 | **2:16:53PM (1)** | 214:12 | **2:31:36PM (1)** |
| 207:25 | **2:14:27PM (1)** | 212:7 | **2:29:37PM (1)** | 216:11 |
| **2:12:19PM (1)** | 210:7 | **2:17 (1)** | 214:16 | **2:31:37PM (1)** |
| 208:3 | **2:14:28PM (1)** | 212:23 | **2:29:39PM (1)** | 216:12 |
| **2:12:24PM (1)** | 210:9 | **2:17:09PM (1)** | 214:17 | **2:31:48PM (1)** |
| 208:4 | **2:14:31PM (1)** | 212:14 | **2:29:40PM (1)** | 216:14 |
| **2:12:28PM (1)** | 210:10 | **2:17:27PM (1)** | 214:18 | **2:31:50PM (1)** |
| 208:5 | **2:14:32PM (1)** | 212:18 | **2:29:43PM (1)** | 216:16 |
| **2:12:30PM (1)** | 210:12 | **2:17:39PM (1)** | 214:19 | **2:31:51PM (1)** |
| 208:6 | **2:14:38PM (1)** | 212:22 | **2:29:52PM (1)** | 216:17 |
| **2:12:31PM (1)** | 210:15 | **2:17:43PM (1)** | 214:22 | **2:31:53PM (1)** |
| 208:7 | **2:14:41PM (1)** | 212:24 | **2:29:53PM (1)** | 216:19 |
| **2:12:33PM (1)** | 210:16 | **2:28 (1)** | 214:23 | **2:31:54PM (1)** |
| 208:8 | **2:14:52PM (1)** | 213:3 | **2:29:55PM (2)** | 216:20 |
| **2:12:36PM (1)** | 210:19 | **2:28:13PM (1)** | 214:24,25 | **2:31:56PM (2)** |
| 208:9 | **2:14:54PM (1)** | 213:2 | **2:30:00PM (2)** | 216:22,23 |
| **2:12:43PM (1)** | 210:20 | **2:28:18PM (1)** | 215:3,4 | **2:31:58PM (1)** |
| 208:11 | **2:14:55PM (1)** | 213:4 | **2:30:03PM (1)** | 216:25 |
| **2:12:48PM (1)** | 210:21 | **2:28:36PM (1)** | 215:6 | **2:32:04PM (1)** |
| 208:13 | **2:14:57PM (1)** | 213:12 | **2:30:14PM (1)** | 217:2 |
| **2:12:50PM (1)** | 210:22 | **2:28:38PM (1)** | 215:7 | **2:32:13PM (1)** |
| 208:14 | **2:15:23PM (1)** | 213:13 | **2:30:16PM (1)** | 217:6 |
| **2:12:58PM (1)** | 210:25 | **2:28:39PM (2)** | 215:8 | **2:32:14PM (1)** |
| 208:15 | **2:15:24PM (1)** | 213:14,15 | **2:30:17PM (1)** | 217:7 |
| **2:13:01PM (1)** | 211:2 | **2:28:51PM (1)** | 215:9 | **2:32:27PM (1)** |
| 208:17 | **2:15:26PM (2)** | 213:19 | **2:30:23PM (1)** | 217:11 |
| **2:13:03PM (1)** | 211:3,4 | **2:28:52PM (1)** | 215:11 | **2:32:36PM (1)** |
| 208:18 | **2:15:28PM (1)** | 213:20 | **2:30:42PM (1)** | 217:12 |
| **2:13:12PM (1)** | 211:5 | **2:28:53PM (1)** | 215:13 | **2:32:39PM (1)** |
| 208:22 | **2:15:29PM (1)** | 213:21 | **2:30:47PM (1)** | 217:14 |
| **2:13:28PM (1)** | 211:6 | **2:28:54PM (1)** | 215:15 | **2:32:48PM (1)** |
| 209:4 | **2:15:36PM (1)** | 213:22 | **2:30:50PM (1)** | 217:18 |
| **2:13:36PM (1)** | 211:9 | **2:28:55PM (1)** | 215:17 | **2:32:49PM (1)** |
| 209:8 | **2:15:38PM (1)** | 213:23 | **2:30:57PM (1)** | 217:20 |
| **2:13:39PM (1)** | 211:10 | **2:29:06PM (1)** | 215:19 | **2:32:52PM (1)** |
| 209:10 | **2:15:40PM (1)** | 214:3 | **2:30:58PM (1)** | 217:21 |
| **2:13:56PM (1)** | 211:11 | **2:29:14PM (1)** | 215:20 | **2:33:00PM (1)** |
| 209:16 | **2:15:42PM (1)** | 214:4 | **2:31:00PM (1)** | 217:24 |
| **2:13:57PM (1)** | 211:12 | **2:29:16PM (1)** | 215:21 | **2:33:03PM (1)** |
| 209:17 | **2:15:45PM (2)** | 214:5 | **2:31:03PM (1)** | 217:25 |
| **2:14:03PM (1)** | 211:14,15 | **2:29:17PM (1)** | 215:22 | **2:33:06PM (1)** |
| 209:20 | **2:15:48PM (1)** | 214:6 | **2:31:05PM (1)** | 218:3 |

| | | | | |
|---|---|---|---|---|
| **2:33:07PM (1)** | 220:12 | **2:36:54PM (1)** | 224:4 | **2:40:05PM (1)** |
| 218:4 | **2:35:19PM (1)** | 222:8 | **2:38:21PM (1)** | 226:11 |
| **2:33:10PM (1)** | 220:13 | **2:36:55PM (1)** | 224:6 | **2:40:08PM (1)** |
| 218:5 | **2:35:21PM (1)** | 222:9 | **2:38:22PM (1)** | 226:13 |
| **2:33:43PM (1)** | 220:15 | **2:36:57PM (1)** | 224:7 | **2:40:20PM (1)** |
| 218:9 | **2:35:22PM (1)** | 222:11 | **2:38:24PM (1)** | 226:17 |
| **2:33:47PM (1)** | 220:16 | **2:36:58PM (1)** | 224:9 | **2:40:27PM (1)** |
| 218:10 | **2:35:24PM (2)** | 222:12 | **2:38:25PM (1)** | 226:20 |
| **2:33:55PM (1)** | 220:18,19 | **2:36:59PM (2)** | 224:10 | **2:40:33PM (1)** |
| 218:12 | **2:35:25PM (2)** | 222:13,14 | **2:38:28PM (1)** | 226:23 |
| **2:33:59PM (2)** | 220:20,21 | **2:37:02PM (1)** | 224:12 | **2:40:34PM (1)** |
| 218:14,15 | **2:35:27PM (1)** | 222:16 | **2:38:36PM (1)** | 226:24 |
| **2:34 (1)** | 220:22 | **2:37:04PM (1)** | 224:15 | **2:40:39PM (1)** |
| 219:12 | **2:35:29PM (2)** | 222:17 | **2:38:38PM (1)** | 226:25 |
| **2:34:03PM (1)** | 220:23,24 | **2:37:11PM (1)** | 224:17 | **2:40:42PM (1)** |
| 218:17 | **2:35:30PM (1)** | 222:20 | **2:38:53PM (1)** | 227:3 |
| **2:34:04PM (1)** | 220:25 | **2:37:13PM (1)** | 224:22 | **2:40:49PM (1)** |
| 218:18 | **2:35:34PM (1)** | 222:22 | **2:38:57PM (2)** | 227:5 |
| **2:34:16PM (2)** | 221:3 | **2:37:17PM (1)** | 224:24,25 | **2:40:56PM (1)** |
| 218:23,24 | **2:35:35PM (1)** | 222:24 | **2:39:04PM (1)** | 227:7 |
| **2:34:19PM (1)** | 221:4 | **2:37:18PM (1)** | 225:4 | **2:41:12PM (1)** |
| 219:2 | **2:35:41PM (1)** | 222:25 | **2:39:05PM (1)** | 227:13 |
| **2:34:20PM (1)** | 221:7 | **2:37:23PM (2)** | 225:5 | **2:41:18PM (1)** |
| 219:3 | **2:35:42PM (1)** | 223:3,4 | **2:39:09PM (1)** | 227:15 |
| **2:34:25PM (1)** | 221:8 | **2:37:24PM (1)** | 225:7 | **2:41:20PM (2)** |
| 219:5 | **2:35:44PM (1)** | 223:5 | **2:39:10PM (1)** | 227:17,18 |
| **2:34:26PM (1)** | 221:9 | **2:37:27PM (1)** | 225:8 | **2:41:23PM (1)** |
| 219:6 | **2:35:55PM (1)** | 223:7 | **2:39:12PM (1)** | 227:19 |
| **2:34:29PM (2)** | 221:13 | **2:37:29PM (1)** | 225:10 | **2:41:24PM (1)** |
| 219:8,9 | **2:35:58PM (1)** | 223:8 | **2:39:16PM (1)** | 227:20 |
| **2:34:37PM (1)** | 221:14 | **2:37:34PM (1)** | 225:11 | **2:41:31PM (1)** |
| 219:14 | **2:35:59PM (1)** | 223:10 | **2:39:21PM (1)** | 227:23 |
| **2:34:41PM (1)** | 221:15 | **2:37:45PM (1)** | 225:13 | **2:41:42PM (1)** |
| 219:15 | **2:36:02PM (1)** | 223:13 | **2:39:22PM (1)** | 228:2 |
| **2:34:46PM (1)** | 221:17 | **2:37:48PM (1)** | 225:15 | **2:41:43PM (1)** |
| 219:16 | **2:36:03PM (1)** | 223:15 | **2:39:26PM (1)** | 228:3 |
| **2:34:52PM (1)** | 221:18 | **2:37:52PM (1)** | 225:17 | **2:41:44PM (1)** |
| 219:19 | **2:36:04PM (1)** | 223:16 | **2:39:27PM (1)** | 228:4 |
| **2:34:53PM (1)** | 221:19 | **2:37:57PM (1)** | 225:18 | **2:41:48PM (1)** |
| 219:20 | **2:36:41PM (1)** | 223:18 | **2:39:29PM (1)** | 228:6 |
| **2:34:59PM (2)** | 221:24 | **2:37:59PM (1)** | 225:19 | **2:41:52PM (1)** |
| 219:23,24 | **2:36:44PM (2)** | 223:19 | **2:39:43PM (1)** | 228:8 |
| **2:35:04PM (1)** | 221:25 222:2 | **2:38:03PM (1)** | 225:25 | **2:41:54PM (1)** |
| 220:3 | **2:36:46PM (1)** | 223:21 | **2:39:45PM (1)** | 228:9 |
| **2:35:05PM (1)** | 222:3 | **2:38:07PM (1)** | 226:2 | **2:42:11PM (1)** |
| 220:4 | **2:36:47PM (1)** | 223:23 | **2:39:48PM (1)** | 228:11 |
| **2:35:06PM (2)** | 222:4 | **2:38:13PM (1)** | 226:4 | **2:42:12PM (1)** |
| 220:5,6 | **2:36:51PM (1)** | 224:2 | **2:39:58PM (1)** | 228:13 |
| **2:35:11PM (2)** | 222:6 | **2:38:15PM (1)** | 226:8 | **2:42:15PM (1)** |
| 220:8,9 | **2:36:52PM (1)** | 224:3 | **2:40:01PM (1)** | 228:14 |
| **2:35:17PM (1)** | 222:7 | **2:38:18PM (1)** | 226:10 | **2:42:21PM (1)** |

| | | | | |
|---|---|---|---|---|
| 228:16 | **2:44:29PM (2)** | 232:11 | **2:46:59PM (1)** | 236:17 |
| **2:42:28PM (2)** | 230:22,23 | **2:45:31PM (1)** | 234:14 | **2:48:42PM (1)** |
| 228:17,18 | **2:44:31PM (1)** | 232:13 | **2:47:01PM (1)** | 236:18 |
| **2:42:31PM (1)** | 230:24 | **2:45:34PM (3)** | 234:15 | **2:48:44PM (1)** |
| 228:20 | **2:44:33PM (1)** | 232:15,16,17 | **2:47:02PM (1)** | 236:19 |
| **2:42:33PM (1)** | 230:25 | **2:45:35PM (1)** | 234:16 | **2:48:46PM (1)** |
| 228:21 | **2:44:34PM (1)** | 232:18 | **2:47:04PM (1)** | 236:20 |
| **2:42:34PM (1)** | 231:2 | **2:45:38PM (1)** | 234:17 | **2:48:58PM (1)** |
| 228:22 | **2:44:35PM (1)** | 232:20 | **2:47:06PM (1)** | 236:22 |
| **2:42:44PM (1)** | 231:3 | **2:45:46PM (1)** | 234:18 | **2:49:04PM (1)** |
| 229:2 | **2:44:36PM (1)** | 232:23 | **2:47:16PM (1)** | 236:23 |
| **2:42:45PM (1)** | 231:4 | **2:45:48PM (1)** | 234:22 | **2:49:08PM (1)** |
| 229:4 | **2:44:38PM (1)** | 232:24 | **2:47:24PM (1)** | 236:25 |
| **2:42:46PM (1)** | 231:5 | **2:45:49PM (1)** | 235:2 | **2:49:12PM (1)** |
| 229:5 | **2:44:39PM (1)** | 232:25 | **2:47:28PM (1)** | 237:2 |
| **2:42:48PM (2)** | 231:6 | **2:45:52PM (1)** | 235:4 | **2:49:16PM (1)** |
| 229:6,7 | **2:44:42PM (1)** | 233:3 | **2:47:39PM (1)** | 237:4 |
| **2:42:55PM (2)** | 231:7 | **2:45:53PM (1)** | 235:5 | **2:49:23PM (1)** |
| 229:10,11 | **2:44:46PM (1)** | 233:4 | **2:47:42PM (1)** | 237:5 |
| **2:43:00PM (1)** | 231:9 | **2:45:56PM (1)** | 235:7 | **2:49:26PM (1)** |
| 229:12 | **2:44:48PM (1)** | 233:5 | **2:47:43PM (1)** | 237:7 |
| **2:43:09PM (1)** | 231:10 | **2:46:06PM (1)** | 235:8 | **2:49:27PM (1)** |
| 229:15 | **2:44:50PM (1)** | 233:9 | **2:47:45PM (1)** | 237:8 |
| **2:43:10PM (1)** | 231:11 | **2:46:12PM (1)** | 235:10 | **2:49:31PM (1)** |
| 229:16 | **2:44:56PM (2)** | 233:11 | **2:47:47PM (1)** | 237:10 |
| **2:43:13PM (1)** | 231:15,16 | **2:46:13PM (1)** | 235:13 | **2:49:37PM (1)** |
| 229:18 | **2:45:03PM (2)** | 233:12 | **2:47:51PM (1)** | 237:12 |
| **2:43:16PM (1)** | 231:18,19 | **2:46:14PM (1)** | 235:16 | **2:49:45PM (2)** |
| 229:19 | **2:45:04PM (1)** | 233:13 | **2:47:52PM (2)** | 237:15,16 |
| **2:43:26PM (1)** | 231:20 | **2:46:23PM (1)** | 235:17,18 | **2:49:50PM (1)** |
| 229:23 | **2:45:05PM (2)** | 233:17 | **2:48:02PM (1)** | 237:18 |
| **2:43:31PM (1)** | 231:21,22 | **2:46:25PM (1)** | 235:21 | **2:49:51PM (1)** |
| 229:25 | **2:45:06PM (1)** | 233:18 | **2:48:03PM (1)** | 237:19 |
| **2:43:33PM (1)** | 231:23 | **2:46:39PM (1)** | 235:22 | **2:49:54PM (1)** |
| 230:3 | **2:45:07PM (1)** | 233:22 | **2:48:05PM (1)** | 237:21 |
| **2:43:37PM (1)** | 231:24 | **2:46:41PM (1)** | 235:24 | **2:49:59PM (1)** |
| 230:4 | **2:45:08PM (2)** | 233:24 | **2:48:10PM (1)** | 237:24 |
| **2:43:51PM (1)** | 231:25 232:2 | **2:46:42PM (1)** | 235:25 | **2:50:00PM (1)** |
| 230:9 | **2:45:09PM (1)** | 234:2 | **2:48:15PM (1)** | 238:2 |
| **2:43:53PM (1)** | 232:3 | **2:46:43PM (1)** | 236:5 | **2:50:01PM (1)** |
| 230:10 | **2:45:12PM (1)** | 234:3 | **2:48:22PM (1)** | 238:3 |
| **2:44:03PM (1)** | 232:4 | **2:46:45PM (1)** | 236:6 | **2:50:06PM (1)** |
| 230:11 | **2:45:14PM (1)** | 234:5 | **2:48:26PM (1)** | 238:6 |
| **2:44:13PM (1)** | 232:5 | **2:46:46PM (1)** | 236:10 | **2:50:11PM (1)** |
| 230:14 | **2:45:16PM (1)** | 234:6 | **2:48:27PM (1)** | 238:7 |
| **2:44:16PM (1)** | 232:6 | **2:46:49PM (2)** | 236:9 | **2:50:14PM (1)** |
| 230:16 | **2:45:17PM (1)** | 234:8,9 | **2:48:31PM (1)** | 238:9 |
| **2:44:19PM (1)** | 232:7 | **2:46:52PM (2)** | 236:13 | **2:50:20PM (1)** |
| 230:18 | **2:45:21PM (1)** | 234:10,11 | **2:48:32PM (1)** | 238:11 |
| **2:44:24PM (1)** | 232:9 | **2:46:57PM (1)** | 236:14 | **2:50:21PM (1)** |
| 230:20 | **2:45:27PM (1)** | 234:13 | **2:48:40PM (1)** | 238:12 |

**2:50:52PM (1)**
238:22
**2:50:54PM (2)**
238:24,25
**2:50:57PM (2)**
239:2,3
**2:50:59PM (2)**
239:4,5
**2:51:00PM (1)**
239:6
**2:51:01PM (1)**
239:7
**2:51:06PM (1)**
239:9
**2:51:13PM (1)**
239:11
**2:51:21PM (1)**
239:14
**2:51:22PM (1)**
239:15
**2:51:23PM (1)**
239:16
**2:51:25PM (1)**
239:17
**2:51:27PM (1)**
239:18
**2:51:29PM (1)**
239:20
**2:51:30PM (1)**
239:21
**2:51:32PM (2)**
239:23,24
**2:51:38PM (1)**
240:2
**2:51:45PM (1)**
240:4
**2:51:53PM (1)**
240:7
**2:51:55PM (1)**
240:8
**2:52:03PM (1)**
240:11
**2:52:09PM (1)**
240:14
**2:52:13PM (1)**
240:16
**2:52:15PM (1)**
240:18
**2:52:17PM (1)**
240:19
**2:52:25PM (1)**

240:20
**2:52:29PM (1)**
240:22
**2:52:30PM (1)**
240:23
**2:52:32PM (1)**
240:24
**2:52:35PM (1)**
240:25
**2:52:36PM (1)**
241:2
**2:52:37PM (1)**
241:3
**2:52:38PM (2)**
241:4,5
**2:52:42PM (1)**
241:7
**2:52:43PM (1)**
241:8
**2:52:44PM (1)**
241:10
**2:52:48PM (1)**
241:12
**2:52:50PM (2)**
241:14,15
**2:52:51PM (1)**
241:16
**2:52:52PM (1)**
241:17
**2:52:54PM (1)**
241:19
**2:52:57PM (1)**
241:20
**2:53:02PM (1)**
241:22
**2:53:14PM (1)**
242:2
**2:53:15PM (1)**
242:3
**2:53:18PM (1)**
242:4
**2:53:25PM (1)**
242:7
**2:53:31PM (2)**
242:10,12
**2:53:34PM (1)**
242:13
**2:53:36PM (1)**
242:15
**2:53:37PM (1)**
242:16

**2:53:41PM (1)**
242:18
**2:53:43PM (1)**
242:19
**2:53:47PM (2)**
242:21,22
**2:53:49PM (1)**
242:23
**2:53:53PM (1)**
242:25
**2:53:56PM (1)**
243:2
**2:53:57PM (1)**
243:3
**2:54:04PM (1)**
243:4
**2:54:06PM (2)**
243:5,6
**2:54:07PM (1)**
243:7
**2:54:08PM (1)**
243:8
**2:54:12PM (2)**
243:10,11
**2:54:16PM (1)**
243:13
**2:54:17PM (1)**
243:14
**2:54:19PM (1)**
243:15
**2:54:24PM (1)**
243:16
**2:54:27PM (1)**
243:17
**2:54:51PM (1)**
243:19
**2:54:54PM (1)**
243:21
**2:54:56PM (1)**
243:22
**2:54:57PM (1)**
243:23
**2:54:58PM (1)**
243:24
**2:54:59PM (2)**
243:25 244:2
**2:55:04PM (1)**
243:3
**2:55:10PM (1)**
244:4
**2:55:14PM (1)**

244:6
**2:55:24PM (1)**
244:7
**2:55:25PM (1)**
244:8
**2:55:30PM (1)**
244:9
**2:55:33PM (1)**
244:11
**2:55:34PM (1)**
244:12
**2:55:36PM (1)**
244:13
**2:55:38PM (1)**
244:14
**2:55:40PM (2)**
244:15,16
**2:55:41PM (1)**
244:17
**2:55:43PM (1)**
244:18
**2:55:46PM (1)**
244:19
**2:55:47PM (1)**
244:20
**2:55:48PM (2)**
244:21,22
**2:55:49PM (1)**
244:23
**2:55:50PM (1)**
244:24
**2:55:52PM (1)**
244:25
**2:55:53PM (1)**
245:2
**2:55:54PM (1)**
245:3
**2:55:56PM (1)**
245:4
**2:55:58PM (1)**
245:5
**2:56:00PM (2)**
245:6,7
**2:56:01PM (1)**
245:8
**2:56:02PM (1)**
245:9
**2:56:16PM (1)**
245:12
**2:56:20PM (1)**
245:14

**2:56:21PM (1)**
245:15
**2:56:23PM (2)**
245:16,17
**2:56:24PM (1)**
245:18
**2:56:28PM (1)**
245:19
**2:56:29PM (1)**
245:20
**2:56:30PM (1)**
245:21
**2:56:33PM (1)**
245:23
**2:56:34PM (1)**
245:24
**2:56:37PM (1)**
245:25
**2:56:38PM (1)**
246:2
**2:56:41PM (1)**
246:3
**2:56:48PM (1)**
246:5
**2:56:52PM (1)**
246:7
**2:56:55PM (1)**
246:8
**2:56:57PM (2)**
246:9,10
**2:57:02PM (1)**
246:12
**2:57:18PM (1)**
246:15
**2:57:19PM (1)**
246:16
**2:57:25PM (1)**
246:18
**2:57:27PM (1)**
246:19
**2:57:32PM (1)**
246:20
**2:57:34PM (1)**
246:21
**2:57:50PM (1)**
246:22
**2:57:51PM (1)**
246:23
**2:57:54PM (1)**
246:24
**2:57:59PM (2)**

Page 54

| | | | | |
|---|---|---|---|---|
| 247:2,3 | **2:59:47PM (1)** | **23 (1)** | **3:00:53PM (1)** | 252:16 |
| **2:58:01PM (1)** | 249:3 | 15:2 | 250:3 | **3:03:56PM (1)** |
| 247:4 | **20 (2)** | **23057 (1)** | **3:00:56PM (1)** | 252:17 |
| **2:58:10PM (1)** | 116:9 177:11 | 1:24 | 250:4 | **3:03:57PM (1)** |
| 247:7 | **2000 (8)** | **25 (3)** | **3:01:28PM (1)** | 252:18 |
| **2:58:19PM (1)** | 16:13 26:2 105:2,8,9 | 294:19 295:8,10 | 250:13 | **3:04:01PM (1)** |
| 247:8 | 105:10,12 106:16 | **25th (1)** | **3:01:38PM (1)** | 252:20 |
| **2:58:22PM (2)** | **2001 (17)** | 141:23 | 250:15 | **3:04:06PM (1)** |
| 247:9,10 | 26:3 100:15,16 | **27 (1)** | **3:02:21PM (1)** | 252:21 |
| **2:58:24PM (2)** | 101:17 102:9 | 184:3 | 251:2 | **3:04:18PM (1)** |
| 247:11,12 | 103:17,23 113:15 | **27th (4)** | **3:02:22PM (1)** | 252:24 |
| **2:58:27PM (1)** | 113:22 115:11 | 110:17 179:24 184:10 | 251:3 | **3:04:26PM (1)** |
| 247:13 | 121:6 130:21 | 191:18 | **3:02:32PM (1)** | 253:3 |
| **2:58:29PM (1)** | 141:23 147:24 | **28 (3)** | 251:4 | **3:04:29PM (1)** |
| 247:14 | 151:9,12 161:9 | 173:12,18 300:17 | **3:02:41PM (1)** | 253:4 |
| **2:58:34PM (1)** | **2002 (7)** | **28th (1)** | 251:8 | **3:04:35PM (1)** |
| 247:16 | 98:18 109:16 110:12 | 177:9 | **3:02:42PM (1)** | 253:7 |
| **2:58:35PM (1)** | 110:13 130:21 | **284 (1)** | 251:9 | **3:04:41PM (1)** |
| 247:17 | 234:22 262:25 | 300:19 | **3:02:43PM (2)** | 253:9 |
| **2:58:37PM (1)** | **2003 (4)** | **288 (1)** | 251:10,11 | **3:04:59PM (1)** |
| 247:18 | 230:11,18 262:24 | 300:20 | **3:02:44PM (1)** | 253:14 |
| **2:58:41PM (1)** | 276:10 | | 251:12 | **3:05:03PM (1)** |
| 247:21 | **2004 (10)** | **3** | **3:02:46PM (2)** | 253:16 |
| **2:59:05PM (1)** | 13:21,24 14:4,7 52:16 | **3 (12)** | 251:13,14 | **3:05:04PM (1)** |
| 248:4 | 54:7 258:5,10 | 1:19 2:4 109:16 155:3 | **3:02:49PM (1)** | 253:17 |
| **2:59:08PM (1)** | 262:20 276:10 | 155:5,9,11,16 201:2 | 251:16 | **3:05:07PM (1)** |
| 248:6 | **2005 (21)** | 300:16 301:3,9 | **3:02:51PM (1)** | 253:19 |
| **2:59:09PM (1)** | 11:15 12:17 16:4,22 | **3rd (1)** | 251:17 | **3:05:08PM (1)** |
| 248:7 | 17:13 91:19 96:7,8 | 6:18 | **3:03:00PM (1)** | 253:20 |
| **2:59:10PM (1)** | 110:24 166:17 | **3:00:12PM (1)** | 251:19 | **3:05:11PM (1)** |
| 248:8 | 186:12,21 237:4 | 249:8 | **3:03:09PM (1)** | 253:22 |
| **2:59:20PM (1)** | 238:4 239:11 | **3:00:15PM (1)** | 251:21 | **3:05:12PM (1)** |
| 248:10 | 240:19 243:17,18 | 249:10 | **3:03:12PM (1)** | 253:23 |
| **2:59:24PM (1)** | 246:16 262:21 | **3:00:17PM (1)** | 251:23 | **3:05:17PM (1)** |
| 248:12 | 276:15 | 249:12 | **3:03:18PM (1)** | 253:25 |
| **2:59:27PM (1)** | **2006 (24)** | **3:00:22PM (1)** | 251:24 | **3:05:22PM (1)** |
| 248:13 | 11:15,19 12:4,12 | 249:14 | **3:03:22PM (1)** | 254:4 |
| **2:59:29PM (1)** | 98:18 105:12,13 | **3:00:24PM (1)** | 252:2 | **3:05:29PM (1)** |
| 248:14 | 165:3,5 177:9,12 | 249:15 | **3:03:24PM (1)** | 254:5 |
| **2:59:30PM (1)** | 186:13,17 191:13 | **3:00:27PM (1)** | 252:3 | **3:05:43PM (1)** |
| 248:15 | 211:19 247:7 | 249:17 | **3:03:31PM (1)** | 254:9 |
| **2:59:34PM (2)** | 249:20 272:11 | **3:00:32PM (1)** | 252:6 | **3:05:47PM (2)** |
| 248:18,19 | 273:11 276:4,5,11 | 249:18 | **3:03:40PM (1)** | 254:11,12 |
| **2:59:36PM (1)** | 281:15,16 | **3:00:40PM (1)** | 252:9 | **3:05:56PM (1)** |
| 248:20 | **2007 (8)** | 249:21 | **3:03:41PM (1)** | 254:15 |
| **2:59:37PM (1)** | 11:15 179:24 184:3 | **3:00:44PM (1)** | 252:10 | **3:05:57PM (1)** |
| 248:21 | 184:21 185:3 187:8 | 249:22 | **3:03:42PM (1)** | 254:16 |
| **2:59:38PM (2)** | 191:18 300:18 | **3:00:48PM (1)** | 252:11 | **3:06:02PM (1)** |
| 248:22,23 | **2009 (6)** | 249:24 | **3:03:44PM (1)** | 254:17 |
| **2:59:44PM (2)** | 1:19 2:4 6:18 298:10 | **3:00:52PM (1)** | 252:12 | **3:06:09PM (1)** |
| 248:25 249:2 | 299:15 301:3 | 250:2 | **3:03:55PM (1)** | 254:21 |

| | | | | |
|---|---|---|---|---|
| **3:06:10PM (1)** | 256:11 | **3:09:47PM (1)** | 261:13 | **3:30:13PM (2)** |
| 254:22 | **3:08:11PM (1)** | 258:8 | **3:12:42PM (1)** | 263:6,7 |
| **3:06:13PM (1)** | 256:12 | **3:09:54PM (1)** | 261:16 | **3:30:14PM (1)** |
| 254:24 | **3:08:13PM (1)** | 258:9 | **3:12:43PM (1)** | 263:8 |
| **3:06:47PM (1)** | 256:13 | **3:10:11PM (1)** | 261:17 | **3:30:15PM (1)** |
| 255:4 | **3:08:17PM (1)** | 258:16 | **3:12:46PM (1)** | 263:9 |
| **3:06:49PM (1)** | 256:14 | **3:10:13PM (1)** | 261:18 | **3:30:18PM (1)** |
| 255:5 | **3:08:29PM (1)** | 258:17 | **3:12:48PM (1)** | 263:11 |
| **3:06:57PM (1)** | 256:19 | **3:10:21PM (1)** | 261:19 | **3:30:20PM (1)** |
| 255:6 | **3:08:30PM (1)** | 258:20 | **3:12:54PM (1)** | 263:12 |
| **3:06:58PM (1)** | 256:20 | **3:10:34PM (1)** | 261:21 | **3:30:28PM (1)** |
| 255:7 | **3:08:31PM (2)** | 258:25 | **3:12:56PM (1)** | 263:15 |
| **3:07:11PM (1)** | 256:21,22 | **3:10:41PM (1)** | 261:23 | **3:30:38PM (1)** |
| 255:9 | **3:08:32PM (1)** | 259:6 | **3:12:57PM (1)** | 263:16 |
| **3:07:15PM (1)** | 256:23 | **3:10:45PM (1)** | 261:24 | **3:30:43PM (2)** |
| 255:10 | **3:08:33PM (2)** | 259:8 | **3:13 (1)** | 263:19,20 |
| **3:07:16PM (1)** | 256:24,25 | **3:10:48PM (1)** | 261:25 | **3:30:45PM (1)** |
| 255:11 | **3:08:37PM (1)** | 259:10 | **3:13:01PM (1)** | 263:21 |
| **3:07:19PM (1)** | 257:2 | **3:10:49PM (1)** | 262:2 | **3:30:49PM (1)** |
| 255:12 | **3:08:39PM (1)** | 259:11 | **3:29 (1)** | 263:23 |
| **3:07:24PM (1)** | 257:4 | **3:10:52PM (1)** | 262:5 | **3:30:51PM (1)** |
| 255:13 | **3:08:45PM (1)** | 259:13 | **3:29:04PM (1)** | 263:25 |
| **3:07:26PM (1)** | 257:7 | **3:10:53PM (1)** | 262:4 | **3:30:52PM (1)** |
| 255:14 | **3:08:49PM (1)** | 259:14 | **3:29:07PM (1)** | 264:2 |
| **3:07:38PM (1)** | 257:9 | **3:11:07PM (1)** | 262:6 | **3:30:54PM (1)** |
| 255:15 | **3:08:51PM (3)** | 259:18 | **3:29:10PM (1)** | 264:4 |
| **3:07:44PM (1)** | 257:10,11,12 | **3:11:18PM (1)** | 262:7 | **3:30:57PM (1)** |
| 255:18 | **3:08:53PM (1)** | 259:23 | **3:29:23PM (1)** | 264:6 |
| **3:07:45PM (1)** | 257:13 | **3:11:30PM (2)** | 262:11 | **3:30:58PM (1)** |
| 255:19 | **3:08:57PM (1)** | 260:3,4 | **3:29:30PM (1)** | 264:8 |
| **3:07:46PM (1)** | 257:14 | **3:11:31PM (1)** | 262:13 | **3:31:04PM (1)** |
| 255:20 | **3:08:59PM (1)** | 260:5 | **3:29:34PM (1)** | 264:9 |
| **3:07:50PM (1)** | 257:16 | **3:11:38PM (1)** | 262:15 | **3:31:07PM (1)** |
| 255:22 | **3:09:02PM (1)** | 260:7 | **3:29:35PM (1)** | 264:11 |
| **3:07:52PM (1)** | 257:17 | **3:11:41PM (1)** | 262:16 | **3:31:09PM (1)** |
| 255:24 | **3:09:07PM (1)** | 260:9 | **3:29:37PM (1)** | 264:12 |
| **3:07:53PM (1)** | 257:19 | **3:11:59PM (1)** | 262:18 | **3:31:11PM (1)** |
| 255:25 | **3:09:09PM (1)** | 260:16 | **3:29:39PM (1)** | 264:14 |
| **3:07:54PM (2)** | 257:21 | **3:12:06PM (3)** | 262:19 | **3:31:13PM (1)** |
| 256:2,3 | **3:09:13PM (1)** | 260:18,20,22 | **3:29:41PM (1)** | 264:15 |
| **3:07:57PM (1)** | 257:23 | **3:12:09PM (1)** | 262:20 | **3:31:23PM (1)** |
| 256:5 | **3:09:15PM (1)** | 260:24 | **3:29:49PM (1)** | 264:18 |
| **3:07:58PM (1)** | 257:24 | **3:12:16PM (1)** | 262:22 | **3:31:30PM (1)** |
| 256:6 | **3:09:27PM (1)** | 261:5 | **3:29:52PM (1)** | 264:19 |
| **3:08:00PM (1)** | 258:3 | **3:12:19PM (1)** | 262:23 | **3:31:37PM (1)** |
| 256:7 | **3:09:30PM (1)** | 261:6 | **3:29:57PM (1)** | 264:22 |
| **3:08:02PM (1)** | 258:4 | **3:12:21PM (1)** | 262:25 | **3:31:38PM (1)** |
| 256:8 | **3:09:34PM (1)** | 261:7 | **3:30:00PM (1)** | 264:23 |
| **3:08:03PM (1)** | 258:5 | **3:12:23PM (1)** | 263:2 | **3:31:39PM (1)** |
| 256:9 | **3:09:44PM (1)** | 261:8 | **3:30:06PM (1)** | 264:24 |
| **3:08:09PM (1)** | 258:7 | **3:12:36PM (1)** | 263:3 | **3:31:40PM (1)** |

| | | | | |
|---|---|---|---|---|
| 264:25 | **3:33:07PM (1)** | 268:23 | **3:36:39PM (1)** | 272:17 |
| **3:31:48PM (1)** | 266:25 | **3:34:54PM (1)** | 270:17 | **3:38:51PM (1)** |
| 265:4 | **3:33:15PM (1)** | 268:25 | **3:36:40PM (1)** | 272:19 |
| **3:31:50PM (1)** | 267:3 | **3:34:55PM (1)** | 270:18 | **3:38:58PM (1)** |
| 265:6 | **3:33:17PM (1)** | 269:2 | **3:36:42PM (2)** | 272:20 |
| **3:31:54PM (1)** | 267:5 | **3:35:06PM (1)** | 270:20,21 | **3:39:03PM (1)** |
| 265:7 | **3:33:20PM (1)** | 269:3 | **3:36:52PM (1)** | 272:23 |
| **3:31:56PM (1)** | 267:6 | **3:35:10PM (1)** | 270:24 | **3:39:06PM (1)** |
| 265:9 | **3:33:25PM (1)** | 269:4 | **3:37:04PM (1)** | 272:24 |
| **3:31:57PM (1)** | 267:8 | **3:35:14PM (1)** | 271:2 | **3:39:07PM (1)** |
| 265:10 | **3:33:26PM (1)** | 269:5 | **3:37:16PM (1)** | 272:25 |
| **3:32:01PM (1)** | 267:9 | **3:35:23PM (1)** | 271:7 | **3:39:09PM (1)** |
| 265:12 | **3:33:30PM (1)** | 269:8 | **3:37:17PM (1)** | 273:2 |
| **3:32:07PM (1)** | 267:11 | **3:35:27PM (1)** | 271:9 | **3:39:10PM (1)** |
| 265:13 | **3:33:33PM (1)** | 269:10 | **3:37:21PM (1)** | 273:3 |
| **3:32:13PM (1)** | 267:13 | **3:35:28PM (1)** | 271:11 | **3:39:19PM (1)** |
| 265:16 | **3:33:41PM (1)** | 269:11 | **3:37:22PM (1)** | 273:7 |
| **3:32:15PM (1)** | 267:17 | **3:35:29PM (1)** | 271:12 | **3:39:25PM (1)** |
| 265:18 | **3:33:42PM (1)** | 269:12 | **3:37:27PM (1)** | 273:9 |
| **3:32:16PM (1)** | 267:18 | **3:35:35PM (1)** | 271:15 | **3:39:26PM (2)** |
| 265:19 | **3:33:46PM (1)** | 269:14 | **3:37:28PM (1)** | 273:10,11 |
| **3:32:20PM (1)** | 267:19 | **3:35:37PM (1)** | 271:16 | **3:39:30PM (1)** |
| 265:21 | **3:33:53PM (1)** | 269:15 | **3:37:32PM (1)** | 273:12 |
| **3:32:21PM (1)** | 267:22 | **3:35:39PM (1)** | 271:19 | **3:39:36PM (1)** |
| 265:23 | **3:33:57PM (1)** | 269:16 | **3:37:35PM (1)** | 273:16 |
| **3:32:23PM (1)** | 267:24 | **3:35:40PM (1)** | 271:20 | **3:39:39PM (1)** |
| 265:25 | **3:33:58PM (1)** | 269:17 | **3:37:44PM (1)** | 273:18 |
| **3:32:28PM (1)** | 267:25 | **3:35:45PM (1)** | 271:22 | **3:39:44PM (2)** |
| 266:4 | **3:33:59PM (1)** | 269:20 | **3:37:45PM (1)** | 273:20,21 |
| **3:32:31PM (1)** | 268:2 | **3:35:49PM (1)** | 271:23 | **3:39:45PM (1)** |
| 266:6 | **3:34:02PM (2)** | 269:22 | **3:37:55PM (1)** | 273:23 |
| **3:32:32PM (1)** | 268:4,5 | **3:35:55PM (1)** | 271:24 | **3:39:47PM (1)** |
| 266:7 | **3:34:08PM (1)** | 269:23 | **3:37:58PM (1)** | 273:25 |
| **3:32:35PM (2)** | 268:8 | **3:35:57PM (1)** | 271:25 | **3:39:48PM (1)** |
| 266:8,9 | **3:34:16PM (1)** | 269:25 | **3:38:09PM (1)** | 274:3 |
| **3:32:42PM (1)** | 268:11 | **3:35:59PM (1)** | 272:2 | **3:39:51PM (3)** |
| 266:11 | **3:34:17PM (1)** | 270:2 | **3:38:18PM (1)** | 274:5,6,7 |
| **3:32:43PM (1)** | 268:12 | **3:36:04PM (2)** | 272:4 | **3:40:04PM (1)** |
| 266:12 | **3:34:19PM (1)** | 270:3,4 | **3:38:24PM (1)** | 274:9 |
| **3:32:44PM (2)** | 268:13 | **3:36:20PM (1)** | 272:7 | **3:40:05PM (1)** |
| 266:14,15 | **3:34:31PM (1)** | 270:7 | **3:38:26PM (1)** | 274:10 |
| **3:32:48PM (1)** | 268:17 | **3:36:25PM (1)** | 272:8 | **3:40:14PM (1)** |
| 266:17 | **3:34:34PM (1)** | 270:10 | **3:38:31PM (1)** | 274:13 |
| **3:32:49PM (1)** | 268:18 | **3:36:27PM (1)** | 272:10 | **3:40:18PM (1)** |
| 266:18 | **3:34:37PM (1)** | 270:11 | **3:38:35PM (1)** | 274:15 |
| **3:32:53PM (1)** | 268:19 | **3:36:28PM (1)** | 272:12 | **3:40:19PM (1)** |
| 266:21 | **3:34:39PM (1)** | 270:12 | **3:38:36PM (1)** | 274:16 |
| **3:32:58PM (1)** | 268:20 | **3:36:31PM (1)** | 272:13 | **3:40:23PM (1)** |
| 266:22 | **3:34:43PM (1)** | 270:13 | **3:38:45PM (1)** | 274:18 |
| **3:33:05PM (1)** | 268:22 | **3:36:35PM (1)** | 272:16 | **3:40:26PM (1)** |
| 266:24 | **3:34:49PM (1)** | 270:15 | **3:38:47PM (1)** | 274:20 |

| | | | | |
|---|---|---|---|---|
| **3:40:28PM (1)** | 277:7 | **3:44:42PM (1)** | 281:17 | **3:49:41PM (1)** |
| 274:22 | **3:43:11PM (2)** | 279:11 | **3:47:19PM (1)** | 283:25 |
| **3:40:29PM (1)** | 277:9,10 | **3:44:43PM (1)** | 281:18 | **3:49:45PM (1)** |
| 274:23 | **3:43:12PM (1)** | 279:12 | **3:47:23PM (1)** | 284:3 |
| **3:40:30PM (1)** | 277:11 | **3:44:48PM (1)** | 281:19 | **3:49:49PM (1)** |
| 274:24 | **3:43:13PM (1)** | 279:14 | **3:47:44PM (1)** | 284:5 |
| **3:40:46PM (1)** | 277:12 | **3:44:50PM (1)** | 281:23 | **3:49:52PM (1)** |
| 275:5 | **3:43:14PM (1)** | 279:15 | **3:47:49PM (2)** | 284:7 |
| **3:40:50PM (1)** | 277:13 | **3:44:52PM (2)** | 281:25 282:2 | **3:50:03PM (1)** |
| 275:6 | **3:43:16PM (1)** | 279:16,17 | **3:47:52PM (1)** | 284:8 |
| **3:41:02PM (1)** | 277:14 | **3:44:55PM (1)** | 282:4 | **3:50:09PM (1)** |
| 275:9 | **3:43:19PM (1)** | 279:19 | **3:47:55PM (1)** | 284:11 |
| **3:41:08PM (1)** | 277:15 | **3:45:02PM (1)** | 282:6 | **3:50:16PM (1)** |
| 275:11 | **3:43:20PM (2)** | 279:22 | **3:48:03PM (1)** | 284:12 |
| **3:41:22PM (1)** | 277:16,17 | **3:45:05PM (1)** | 282:9 | **3:50:46PM (1)** |
| 275:14 | **3:43:24PM (1)** | 279:24 | **3:48:07PM (1)** | 284:15 |
| **3:41:25PM (1)** | 277:19 | **3:45:13PM (1)** | 282:11 | **3:50:48PM (1)** |
| 275:16 | **3:43:25PM (1)** | 280:3 | **3:48:08PM (2)** | 284:16 |
| **3:41:31PM (1)** | 277:20 | **3:45:17PM (1)** | 282:12,13 | **3:50:56PM (1)** |
| 275:19 | **3:43:27PM (1)** | 280:6 | **3:48:12PM (2)** | 284:17 |
| **3:41:38PM (1)** | 277:21 | **3:45:18PM (1)** | 282:15,16 | **3:51:05PM (2)** |
| 275:22 | **3:43:31PM (1)** | 280:7 | **3:48:14PM (1)** | 284:21,22 |
| **3:41:41PM (1)** | 277:23 | **3:45:24PM (1)** | 282:17 | **3:51:07PM (1)** |
| 275:23 | **3:43:32PM (1)** | 280:9 | **3:48:27PM (1)** | 284:24 |
| **3:41:46PM (1)** | 277:24 | **3:45:33PM (1)** | 282:18 | **3:51:08PM (1)** |
| 276:2 | **3:43:39PM (1)** | 280:11 | **3:48:34PM (1)** | 284:25 |
| **3:41:52PM (1)** | 278:3 | **3:45:43PM (1)** | 282:21 | **3:51:32PM (1)** |
| 276:3 | **3:43:42PM (1)** | 280:14 | **3:48:38PM (1)** | 285:11 |
| **3:41:53PM (1)** | 278:5 | **3:46:05PM (1)** | 282:23 | **3:51:33PM (1)** |
| 276:4 | **3:43:49PM (2)** | 280:19 | **3:48:43PM (1)** | 285:12 |
| **3:41:54PM (2)** | 278:8,9 | **3:46:09PM (1)** | 282:25 | **3:51:34PM (1)** |
| 276:5,6 | **3:43:53PM (1)** | 280:20 | **3:48:50PM (1)** | 285:13 |
| **3:42:01PM (1)** | 278:11 | **3:46:28PM (1)** | 283:5 | **3:51:35PM (1)** |
| 276:7 | **3:43:54PM (1)** | 281:3 | **3:48:55PM (1)** | 285:14 |
| **3:42:04PM (1)** | 278:12 | **3:46:46PM (1)** | 283:7 | **3:51:42PM (1)** |
| 276:9 | **3:44:02PM (1)** | 281:6 | **3:49:03PM (1)** | 285:16 |
| **3:42:06PM (1)** | 278:15 | **3:46:49PM (1)** | 283:9 | **3:51:46PM (1)** |
| 276:10 | **3:44:04PM (1)** | 281:7 | **3:49:13PM (1)** | 285:18 |
| **3:42:15PM (1)** | 278:16 | **3:46:51PM (1)** | 283:13 | **3:51:51PM (1)** |
| 276:11 | **3:44:05PM (1)** | 281:8 | **3:49:16PM (1)** | 285:22 |
| **3:42:19PM (1)** | 278:18 | **3:47:00PM (1)** | 283:14 | **3:51:52PM (1)** |
| 276:13 | **3:44:19PM (1)** | 281:11 | **3:49:20PM (2)** | 285:23 |
| **3:42:37PM (1)** | 278:23 | **3:47:03PM (1)** | 283:16,17 | **3:51:53PM (1)** |
| 276:20 | **3:44:21PM (1)** | 281:13 | **3:49:21PM (1)** | 285:25 |
| **3:42:40PM (1)** | 278:24 | **3:47:04PM (1)** | 283:18 | **3:51:54PM (1)** |
| 276:21 | **3:44:22PM (1)** | 281:14 | **3:49:24PM (1)** | 286:2 |
| **3:42:47PM (1)** | 278:25 | **3:47:12PM (1)** | 283:20 | **3:51:55PM (2)** |
| 276:23 | **3:44:31PM (1)** | 281:15 | **3:49:26PM (1)** | 286:3,4 |
| **3:42:53PM (1)** | 279:5 | **3:47:15PM (1)** | 283:21 | **3:51:56PM (1)** |
| 277:2 | **3:44:38PM (1)** | 281:16 | **3:49:29PM (2)** | 286:5 |
| **3:43:06PM (1)** | 279:8 | **3:47:17PM (1)** | 283:23,24 | **3:51:58PM (1)** |

| | | | | |
|---|---|---|---|---|
| 286:6 | **3:54:19PM (2)** | 290:17 | **3:59:49PM (1)** | 293:21,22 |
| **3:52:01PM (1)** | 288:8,9 | **3:56:52PM (1)** | 293:9 | **4:00:15PM (2)** |
| 286:8 | **3:54:26PM (1)** | 290:18 | **3:59:50PM (1)** | 293:24,25 |
| **3:52:02PM (1)** | 288:10 | **3:56:55PM (1)** | 293:10 | **4:00:22PM (1)** |
| 286:9 | **3:54:27PM (1)** | 290:19 | **3:59:54PM (1)** | 294:3,4 |
| **3:52:03PM (1)** | 288:11 | **3:58:15PM (1)** | 293:12 | **4:00:25PM (1)** |
| 286:10 | **3:54:52PM (1)** | 291:15 | **3:59:55PM (1)** | 294:6 |
| **3:52:05PM (2)** | 288:14 | **3:58:19PM (1)** | 293:13 | **4:00:28PM (1)** |
| 286:12,13 | **3:55:00PM (1)** | 291:17 | **30 (3)** | 294:7 |
| **3:52:10PM (1)** | 288:18 | **3:58:20PM (1)** | 294:19 295:8,10 | **4:00:30PM (1)** |
| 286:15 | **3:55:01PM (1)** | 291:18 | **31st (1)** | 294:8 |
| **3:52:21PM (1)** | 288:19 | **3:58:27PM (1)** | 54:8 | **4:00:38PM (1)** |
| 286:18 | **3:55:09PM (1)** | 291:21 | **315 (3)** | 294:9 |
| **3:52:24PM (1)** | 288:22 | **3:58:31PM (1)** | 8:7 12:18 13:22 | **4:00:41PM (1)** |
| 286:20 | **3:55:16PM (1)** | 291:23 | **34PM (1)** | 294:11 |
| **3:52:26PM (1)** | 288:23 | **3:58:35PM (1)** | 219:12 | **4:00:42PM (1)** |
| 286:22 | **3:55:34PM (1)** | 291:25 | **35 (1)** | 294:12 |
| **3:52:30PM (1)** | 289:6 | **3:58:44PM (1)** | 296:16 | **4:00:43PM (1)** |
| 286:24 | **3:55:36PM (1)** | 292:2 | **371 (1)** | 294:13 |
| **3:52:32PM (2)** | 289:7 | **3:58:47PM (1)** | 8:7 | **4:00:49PM (1)** |
| 286:25 287:2 | **3:55:37PM (1)** | 292:4 | **3845 (1)** | 294:15 |
| **3:52:41PM (1)** | 289:8 | **3:58:48PM (1)** | 155:12 | **4:00:54PM (1)** |
| 287:3 | **3:55:39PM (2)** | 292:5 | **3845-46 (2)** | 294:16 |
| **3:52:44PM (1)** | 289:10,11 | **3:58:51PM (1)** | 155:4 300:16 | **4:00:56PM (1)** |
| 287:5 | **3:55:46PM (1)** | 292:6 | **3846 (1)** | 294:17 |
| **3:52:45PM (1)** | 289:15 | **3:58:53PM (1)** | 155:13 | **4:01:01PM (1)** |
| 287:6 | **3:55:47PM (1)** | 292:8 | **3847 (1)** | 294:19 |
| **3:52:47PM (1)** | 289:16 | **3:58:54PM (1)** | 140:24 141:10 300:15 | **4:01:05PM (1)** |
| 287:7 | **3:55:48PM (1)** | 292:9 | **3856 (3)** | 294:20 |
| **3:52:48PM (1)** | 289:17 | **3:58:57PM (1)** | 122:3,10 300:14 | **4:01:15PM (1)** |
| 287:8 | **3:55:57PM (1)** | 292:11 | | 294:22 |
| **3:52:49PM (1)** | 289:22 | **3:59:00PM (1)** | **4** | **4:01:34PM (1)** |
| 287:9 | **3:56:07PM (1)** | 292:12 | **4 (13)** | 295:2 |
| **3:53:07PM (1)** | 290:3 | **3:59:02PM (1)** | 109:16 129:24 130:2 | **4:01:38PM (1)** |
| 287:14 | **3:56:10PM (1)** | 292:14 | 130:12 134:15 | 295:4 |
| **3:53:17PM (1)** | 290:4 | **3:59:03PM (1)** | 173:13,17,21 175:8 | **4:01:40PM (1)** |
| 287:18 | **3:56:11PM (1)** | 292:15 | 187:8 232:10 | 295:5 |
| **3:53:41PM (1)** | 290:5 | **3:59:14PM (1)** | 233:19 300:17 | **4:01:41PM (1)** |
| 287:19 | **3:56:29PM (1)** | 292:20 | **4th (3)** | 295:6 |
| **3:53:49PM (1)** | 290:6 | **3:59:15PM (1)** | 185:3 250:4 281:21 | **4:01:43PM (1)** |
| 287:22 | **3:56:36PM (1)** | 292:21 | **4-to-12 (1)** | 295:7 |
| **3:53:51PM (1)** | 290:9 | **3:59:22PM (1)** | 234:7 | **4:01:53PM (1)** |
| 287:23 | **3:56:39PM (1)** | 292:25 | **4:00 (1)** | 295:11 |
| **3:53:59PM (1)** | 290:11 | **3:59:28PM (1)** | 216:13 | **4:01:54PM (1)** |
| 287:25 | **3:56:41PM (1)** | 293:2 | **4:00:01PM (1)** | 295:12 |
| **3:54:02PM (1)** | 290:12 | **3:59:37PM (1)** | 293:15 | **4:01:57PM (1)** |
| 288:2 | **3:56:44PM (1)** | 293:4 | **4:00:03PM (1)** | 295:14 |
| **3:54:17PM (1)** | 290:13 | **3:59:44PM (1)** | 293:16 | **4:02 (1)** |
| 288:6 | **3:56:50PM (1)** | 293:6 | **4:00:07PM (2)** | 296:7 |
| **3:54:18PM (1)** | 290:16 | **3:59:45PM (1)** | 293:18,19 | **4:02:02PM (1)** |
| 288:7 | **3:56:51PM (1)** | 293:7 | **4:00:12PM (2)** | 295:15 |

**4:02:05PM (1)**
295:17
**4:02:06PM (1)**
295:18
**4:02:08PM (1)**
295:19
**4:02:17PM (1)**
295:20
**4:02:25PM (1)**
295:23
**4:02:29PM (1)**
295:25
**4:02:34PM (1)**
296:4
**4:02:37PM (1)**
296:5
**4:02:39PM (1)**
296:6
**4:02:59PM (1)**
296:8
**4:04:20PM (1)**
296:10
**4:04:25PM (1)**
296:11
**4:04:49PM (1)**
296:20
**4:04:50PM (1)**
296:22
**4:05 (1)**
298:6
**4:05:12PM (1)**
297:6
**4:05:15PM (1)**
297:8
**4:05:17PM (1)**
297:9
**4:05:49PM (1)**
297:20
**4:05:53PM (3)**
297:22 298:2,4
**4:05:55PM (1)**
298:6
**425 (1)**
6:10
**45 (1)**
244:3
**48 (1)**
16:16
**48-hour (1)**
16:24

---
**5**
---
**5 (12)**
76:22 129:23 184:21
184:24 185:7
189:12,16,17 190:3
232:14 234:12
300:18
**5th (1)**
250:4
**5:00 (1)**
216:10
**530 (1)**
3:12
**5769 (3)**
288:11,17 300:20
**5773 (3)**
284:12,19 300:19

---
**6**
---
**6 (5)**
284:13,15,16,18
300:19
**600 (1)**
146:9
**623 (1)**
6:9
**65 (1)**
125:22

---
**7**
---
**7 (4)**
288:12,15 300:4,20
**70 (1)**
125:24
**740 (1)**
99:8

---
**8**
---
**8 (2)**
130:12 134:15
**8th (1)**
299:15
**8:00 (1)**
130:2
**85 (1)**
3:5
**8900 (1)**
122:25

---
**9**
---
**9 (3)**

129:23 232:13 234:12
**9:30 (2)**
216:8,12
**92 (3)**
77:9,14,15
**926 (4)**
2:2,14 3:22 6:16
**93 (6)**
14:9 34:20 76:15,16
107:13,13
**94 (6)**
14:8 15:9,13 34:20
86:9 110:9
**95 (14)**
16:12,12 18:16,17
30:25 86:9,24 90:2
90:4,15 107:14
110:9 120:9 198:5
**96 (1)**
30:25
**97 (9)**
15:18,21 16:4,21
17:12 18:5,18 86:24
106:15
**99 (6)**
122:15 124:23 129:17
130:4 138:3 142:14