# EXHIBIT "N" (PART 2)

Page 302

1

2     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
3     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
      EDWARD CARTER, FRANK FIORILO,    )
4     KEVIN LAMM, JOSEPH NOFI, and     )
      THOMAS SNYDER,                   )
5                                      )
                     Plaintiffs,       )
6                                      )
      -against-                        )
7                                      ) Index No.
                                       ) CV 07 1215
8     INCORPORATED VILLAGE OF OCEAN    )
      BEACH; MAYOR JOSEPH C.           )
9     LOEFFLER, JR., individually      )
      and in his Official capacity;    )
10    former mayor NATALIE K.ROGERS,   )
      individually and in her          )
11    official capacity, OCEAN BEACH   )
      POLICE DEPARTMENT; ACTING        )
12    DEPUTY POLICE CHIEF GEORGE B.    )
      HESSE, individually and in his   )
13    official capacity; SUFFOLK       )
      COUNTY; SUFFOLK COUNTY POLICE    )
14    DEPARTMENT OF CIVIL SERVICE;     )
      and ALLISON SANCHEZ,             )
15    individually and in her          )
      official capacity,               )
16                                     )
                     Defendants.       )
17    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
18                 ***VOLUME II***
19        CONTINUED DEPOSITION OF GEORGE HESSE
                 Uniondale, New York
20                 June 16, 2009
21

22

23

24    Reported by:
      Judi Johnson, RPR, CRR, CLR
25    Job No.: 23331

Page 303

1
2       926 RexCorp Plaza
        Uniondale, New York
3
4       June 16, 2009
        10:00 A.M.
5
6
7
8
9
10
11
12
13      Deposition of GEORGE HESSE, held at
14  the offices of RIVKIN RADLER, LLP, 926
15  RexCorp Plaza, Uniondale, New York, pursuant
16  to Notice, before Judi Johnson, a Registered
17  Professional Reporter, a Certified Realtime
18  Reporter, a Certified LiveNote Reporter and
19  Notary Public of the State of New York.
20
21
22
23
24
25
        TSG Reporting - Worldwide  (877) 702-9580

Page 304

1           GEORGE HESSE
2   APPEARANCES:
3       THOMPSON WIGDOR & GILLY, LLP
4       Attorneys for the Plaintiffs
5       85 Fifth Avenue
6       New York, New York 10003
7
        BY: ANDREW S. GOODSTADT, ESQ.
8
9       MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
10      Attorneys for GEORGE B. HESSE
11      530 Saw Mill Road
12      Elmsford, New York 10523
13
        BY: KEVIN W. CONNOLLY, ESQ.
14
15
16      RIVKIN RADLER, LLP
17
18      Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
19      JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
20      POLICE DEPARTMENT
21      926 RexCorp Plaza
22      Uniondale, New York 11556-0926
23
        BY: KENNETH A. NOVIKOFF, ESQ.
24          MICHAEL SCHNEPPER, ESQ. (A.M. SESSION ONLY)
25
        TSG Reporting - Worldwide  (877) 702-9580

Page 305

1           GEORGE HESSE
2
3   BEE READY FISHBEIN HATTER & DONOVAN, LLP
4
5   Attorneys for SUFFOLK COUNTY
6   170 Old Country Road
7   Mineola, New York 11501
8
    BY: (NOT PRESENT)
9
10
11  SUFFOLK COUNTY DEPARTMENT OF LAW
12
13  Attorneys for the County
14  100 Veterans Memorial Highway
15  Hauppauge, New York 11788
16
    BY: CHRIS TERMINI, ESQ.
17
18  ALSO PRESENT:
19  JORDAN MUMMERT - LEGAL VIDEO SPECIALIST
20  FRANK FIORILLO
21  KEVIN LAMM
22  JOE NOFI - A.M. SESSION ONLY
23
24
25
        TSG Reporting - Worldwide  (877) 702-9580

Page 306

1           GEORGE HESSE
2           IT IS HEREBY STIPULATED AND AGREED by
3   and between the attorneys for the respective
4   parties herein, that filing and sealing and
5   the same are hereby waived.
6           IT IS FURTHER STIPULATED AND AGREED
7   that all objections, except as to the form
8   of the question, shall be reserved to the
9   time of the trial.
10          IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be sworn to
12  and signed before any officer authorized to
13  administer an oath, with the same force and
14  effect as if signed and sworn to before the
15  Court.
16
17              - o0o -
18
19
20
21
22
23
24
25
        TSG Reporting - Worldwide  (877) 702-9580

Page 307

```
1              GEORGE HESSE
2  GEORGE HESSE,
3         Called as a witness herein, having
4     first been duly sworn, was examined and
5     testified as follows:
6  BY THE REPORTER:
7     Q    Please state your name and address for
8  the record.
9     A    George Hesse, 623 Bay Walk, P.O. Box
10 425, Ocean Beach, New York 11770.
11        THE VIDEOGRAPHER:  This is the start   10:27:46AM
12 of the tape labeled Number 1 of the         10:27:47AM
13 continuation of the videotaped deposition of 10:27:49AM
14 George Hesse in the matter Carter, Fiorillo   10:27:52AM
15 versus Incorporated Village of Ocean Beach.  10:27:56AM
16 This deposition is being held at 92006        10:28:00AM
17 RexCorp Plaza in Uniondale, New York on       10:28:06AM
18 June 16th, 2009, at approximately            10:28:11AM
19 10:30 a.m.                                    10:28:12AM
20        My name is Jordan Mummert from TSG     10:28:13AM
21 Reporting, Inc.  I'm the legal video         10:28:16AM
22 specialist.  The court reporter is Judi      10:28:18AM
23 Johnson, in association with TGS Reporting.  10:28:19AM
24        Would counsel please introduce        10:28:20AM
25 yourself.                                     10:28:20AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 308

```
1              GEORGE HESSE
2     MR. GOODSTADT:  Andrew Goodstadt,      10:28:20AM
3  Thompson, Wigdor & Gilly, on behalf of the  10:28:25AM
4  plaintiffs.                                  10:28:28AM
5     MR. CONNOLLY:  Kevin W. Connolly of     10:28:28AM
6  Marks, O'Neill, O'Brien & Courtney, on       10:28:29AM
7  behalf of the Defendant Hesse.              10:28:31AM
8     MR. NOVIKOFF:  On behalf of the         10:28:33AM
9  village defendants, Ken Novikoff, and with   10:28:33AM
10 me is Michael Schnepper, Rivkin Radler.      10:28:35AM
11    MR. TERMINI:  And for Suffolk County     10:28:39AM
12 and the Suffolk County defendants, Assistant 10:28:40AM
13 County Attorney Chris P. Termini.            10:28:41AM
14    MR. NOVIKOFF:  Andrew, same stips as    10:28:55AM
15 in every other deposition?                   10:28:57AM
16    MR. GOODSTADT:  Yes.                     10:28:59AM
17    MR. NOVIKOFF:  And same agreement with  10:29:01AM
18 regard to the phrase of rehire versus        10:29:02AM
19 termination in your questioning and my       10:29:04AM
20 questioning?                                 10:29:06AM
21    MR. GOODSTADT:  Until we establish      10:29:08AM
22 something different possibly.                10:29:09AM
23    MR. NOVIKOFF:  Yes.                      10:29:10AM
24    MR. CONNOLLY:  And objection by one     10:29:13AM
25 counsel is an objection by all?              10:29:15AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 309

```
1              GEORGE HESSE
2     MR. NOVIKOFF:  Sure.  I'm fine with     10:29:18AM
3  that.                                        10:29:19AM
4     Are you fine with that?                  10:29:20AM
5     MR. GOODSTADT:  Yeah, I'm fine with     10:29:21AM
6  that.  All objections other than as to form 10:29:22AM
7  are preserved.                               10:29:26AM
8  EXAMINATION                                  10:29:27AM
9  BY MR. GOODSTADT:                            10:29:28AM
10    Q    Good morning, Mr. Hesse.            10:29:29AM
11    A    Good morning.                       10:29:30AM
12    Q    Thank you for returning.            10:29:31AM
13        I just want to remind you that you are 10:29:32AM
14 under oath and that you're sworn to tell the 10:29:33AM
15 truth, and failure to do so can result in some 10:29:34AM
16 criminal sanctions.                          10:29:36AM
17        Do you understand that?              10:29:36AM
18    A    I do.                               10:29:37AM
19    Q    Between the first day of your       10:29:38AM
20 deposition on June 3rd and today, did you review 10:29:41AM
21 the transcript of your first deposition?     10:29:44AM
22    A    No.                                 10:29:47AM
23    Q    Did you review any excerpts of your 10:29:47AM
24 transcript --                                10:29:48AM
25    A    No.                                 10:29:50AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 310

```
1              GEORGE HESSE
2     Q    -- of your first deposition?        10:29:50AM
3         I just want to remind you to let me  10:29:52AM
4  finish my question before you answers, and I'll 10:29:54AM
5  let you finish your answer.  Okay?           10:29:56AM
6     A    Yes.                                10:29:56AM
7     Q    Did you do anything to prepare for  10:29:57AM
8  today's deposition?                          10:29:58AM
9     A    Yes.                                10:30:00AM
10    Q    What did you do to prepare for today's 10:30:00AM
11 deposition?                                  10:30:03AM
12    A    I met with my attorney, Kevin       10:30:03AM
13 Connolly, yesterday.                         10:30:05AM
14    Q    For how long?                       10:30:07AM
15    A    Maybe four hours.                   10:30:09AM
16    Q    Where did you meet with him?        10:30:10AM
17    A    In Westchester -- Elmsford, at his  10:30:12AM
18 office.                                      10:30:14AM
19    Q    And who was present during that     10:30:15AM
20 meeting?                                     10:30:17AM
21    A    Just he and I.                      10:30:17AM
22    Q    Did you review any documents during 10:30:18AM
23 that meeting?                                10:30:21AM
24    A    Yes.                                10:30:23AM
25    Q    How many documents did you review?  10:30:24AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 311

GEORGE HESSE

2   A   Maybe five.                         10:30:28AM
3   Q   Which ones?                         10:30:29AM
4   A   They pertained to an incident that  10:30:31AM
5   took place October 31st of 2004 that dealt   10:30:33AM
6   with -- we all call the Halloween incident.   10:30:37AM
7   There may have been a couple of statements, a   10:30:43AM
8   few statements.                         10:30:46AM
9   Q   Any other documents other than for the   10:30:47AM
10  statements from the Halloween incident that you   10:30:50AM
11  reviewed in preparation for today's deposition?   10:30:53AM
12  A   No.                                 10:30:54AM
13  Q   Did you take the sergeant's test on   10:30:55AM
14  June 14th?                             10:30:57AM
15  A   Yes, I did.                         10:30:58AM
16  Q   And when do you find out what your   10:30:59AM
17  score is, whether you passed or failed?   10:31:01AM
18  A   I'm not really sure.  Maybe November.   10:31:04AM
19  Q   So you don't know as of today whether   10:31:07AM
20  you passed or failed?                   10:31:08AM
21  A   No.                                 10:31:10AM
22  Q   During your employment at Ocean Beach,   10:31:10AM
23  have you received any written performance   10:31:12AM
24  evaluations?                           10:31:14AM
25  A   Have I received any?                10:31:16AM

TSG Reporting - Worldwide  (877) 702-9580

Page 312

GEORGE HESSE

2   Q   Yes.                               10:31:17AM
3      MR. NOVIKOFF:  Objection.           10:31:18AM
4      Has he seen them or is he aware that   10:31:19AM
5   he's gotten any?                       10:31:21AM
6   BY MR. GOODSTADT:                       10:31:23AM
7   Q   Well, why don't we start with have you   10:31:23AM
8   seen any written performance evaluations.   10:31:25AM
9   A   For myself, no.                     10:31:28AM
10  Q   Have you ever -- are you aware any of   10:31:30AM
11  performance evaluations that have ever been   10:31:34AM
12  prepared for you?                      10:31:36AM
13  A   No.                                10:31:37AM
14     MR. GOODSTADT:  Just mark this.     10:31:41AM
15     (Whereupon, Bates document 4547-488   10:31:43AM
16  was marked as Plaintiff's Exhibit 8 for   10:31:43AM
17  identification, as of this date.)       10:31:43AM
18     MR. GOODSTADT:  I've placed in front   10:32:19AM
19  of Mr. Hesse what's been marked as Hesse 8.   10:32:21AM
20  It is a two-page exhibit bearing Bates   10:32:24AM
21  numbers 4547 and 4548.                  10:32:26AM
22  BY MR. GOODSTADT:                       10:32:29AM
23  Q   Mr. Hesse, have you ever seen this   10:32:30AM
24  document that's been marked as Hesse 8?   10:32:32AM
25  A   I've seen the document, but not this   10:32:35AM

TSG Reporting - Worldwide  (877) 702-9580

Page 313

GEORGE HESSE

particular document.                      10:32:37AM
3   Q   You've seen the form?               10:32:37AM
4   A   I've seen the form, correct.        10:32:39AM
5   Q   What's is this form?                10:32:40AM
6   A   It's a yearly performance report.   10:32:41AM
7   Q   Is this something that you've        10:32:43AM
8   completed for other officers at Ocean Beach?   10:32:45AM
9   A   Yes.                               10:32:46AM
10  Q   What year did you start completing   10:32:47AM
11  these for other officers in Ocean Beach?   10:32:49AM
12  A   I started in 2007.                  10:32:51AM
13  Q   And prior to 2007, do you know whether   10:32:53AM
14  there were any written performance evaluations   10:32:56AM
15  provided to any officers in Ocean Beach?   10:33:00AM
16  A   I am unaware of any forms.          10:33:02AM
17  Q   Who made the decision to start       10:33:06AM
18  providing officers with yearly performance   10:33:09AM
19  evaluations?                           10:33:11AM
20     MR. NOVIKOFF:  Objection to form.   10:33:13AM
21  A   I did.                             10:33:14AM
22  Q   And why did you make that decision?   10:33:15AM
23  A   Well, in light of recent events, I   10:33:17AM
24  thought it would be good to have some sort of a   10:33:20AM
25  documentation of officers' yearly performance.   10:33:24AM

TSG Reporting - Worldwide  (877) 702-9580

Page 314

GEORGE HESSE

2   Q   What do you mean in light of recent   10:33:29AM
3   events?                                10:33:30AM
4   A   Of this lawsuit.                    10:33:32AM
5   Q   Does Ocean Beach have a policy with   10:33:36AM
6   respect to written performance evaluations?   10:33:38AM
7      MR. NOVIKOFF:  Objection.           10:33:42AM
8   A   You know, I believe something just   10:33:45AM
9   came up recently about doing yearly performance   10:33:47AM
10  reports for every employee in the village.  I   10:33:53AM
11  just received a copy of a new form that the   10:33:56AM
12  village would like to use.              10:33:59AM
13  Q   When did you receive that?          10:34:01AM
14  A   I believe last week.               10:34:02AM
15  Q   Who did you receive it from?        10:34:05AM
16  A   Maryanne Minerva.                   10:34:06AM
17  Q   Other than for the form that you    10:34:11AM
18  received, do you know whether there's any   10:34:12AM
19  policy -- strike that.                 10:34:14AM
20     Between 2000 and 2006, do you know   10:34:16AM
21  whether there was any policy in Ocean Beach with   10:34:19AM
22  respect to written performance evaluations?   10:34:21AM
23     MR. NOVIKOFF:  Objection.           10:34:25AM
24  A   None that I'm aware of.             10:34:26AM
25  Q   Do you know whether Hesse 8, which   10:34:28AM

TSG Reporting - Worldwide  (877) 702-9580

Page 315

GEORGE HESSE

1
2  appears to be a yearly performance report for   10:34:30AM
3  you, do you know whether that was ever            10:34:33AM
4  completed?                                        10:34:35AM
5     A   I don't think so, no.         10:34:35AM
6     Q   Do you know who created this Hesse 8   10:34:37AM
7  that has your name and the year 2007 on there?   10:34:40AM
8     A   Yes.                          10:34:42AM
9     Q   Who created that?             10:34:43AM
10    A   Paul Trosco.                  10:34:44AM
11    Q   Did he create them for all the   10:34:49AM
12 officers for '07?                    10:34:51AM
13    MR. NOVIKOFF: Objection.          10:34:53AM
14    A   Yes.                          10:34:53AM
15    MR. CONNOLLY: By "create", do you   10:35:01AM
16 mean fill in the officers' names?    10:35:01AM
17    MR. GOODSTADT: The names, exactly.   10:35:04AM
18 BY MR. GOODSTADT:                    10:35:06AM
19    Q   Who actually created this form, if you   10:35:06AM
20 know?                                10:35:10AM
21    A   Paul Trosco.                  10:35:10AM
22    Q   Was that your suggestion, that he   10:35:13AM
23 create a form?                       10:35:14AM
24    A   Yes.                          10:35:15AM
25    Q   And who actually filled out the   10:35:21AM

TSG Reporting - Worldwide  (877) 702-9580

Page 316

GEORGE HESSE

1
2  evaluations for each of the officers in '07?   10:35:24AM
3     A   I did.                        10:35:27AM
4     Q   Did anyone else have any input?   10:35:28AM
5     A   No.                           10:35:31AM
6     MR. GOODSTADT: Can you mark this.   10:36:04AM
7     (Whereupon, Bates document 8189 and   10:36:06AM
8  5326 was marked as Plaintiff's Exhibit 9 for   10:36:06AM
9  identification, as of this date.)    10:36:06AM
10    MR. GOODSTADT: I've placed in front   10:36:46AM
11 of Mr. Hesse what's now been marked as   10:36:46AM
12 Hesse 9. It is a two-page exhibit, bearing   10:36:49AM
13 Bates numbers 8189 and 5326. And I    10:36:53AM
14 represent these are not consecutively   10:36:57AM
15 paginated, and they appear to be two   10:37:00AM
16 separate performance evaluations, but I've   10:37:02AM
17 marked as a single exhibit.          10:37:04AM
18    MR. NOVIKOFF: One is G. Bosetti and   10:37:06AM
19 the other one is Kevin Nowaski?      10:37:08AM
20    MR. GOODSTADT: Yes.               10:37:14AM
21 BY MR. GOODSTADT:                    10:37:16AM
22    Q   Mr. Hesse, do you recognize the   10:37:16AM
23 documents that have been marked as Hesse 9?   10:37:18AM
24    A   Yes.                          10:37:21AM
25    Q   And what are these documents?   10:37:21AM

TSG Reporting - Worldwide  (877) 702-9580

Page 317

GEORGE HESSE

1
2     A   Yearly performance reports for Gary   10:37:23AM
3  Bosetti and Kevin Nowaski.          10:37:27AM
4     Q   If you look at the first page of   10:37:32AM
5  Hesse 9, 8189.                      10:37:32AM
6     A   Yes.                          10:37:35AM
7     Q   Is this your handwriting on the   10:37:36AM
8  document?                           10:37:38AM
9     A   Yes.                          10:37:38AM
10    Q   Is there anybody else's handwriting on   10:37:38AM
11 the document or is it all yours?     10:37:41AM
12    A   It is all mine.               10:37:43AM
13    Q   And if you look at the bottom, it says   10:37:43AM
14 "supervisor's signature." Is that your   10:37:46AM
15 signature?                          10:37:48AM
16    A   That is correct.              10:37:49AM
17    Q   And it's dated 1-31-08.        10:37:49AM
18    Do you see that?                  10:37:52AM
19    A   Yes.                          10:37:53AM
20    Q   Is that the date that you completed   10:37:53AM
21 this?                               10:37:54AM
22    A   Okay.                         10:37:55AM
23    Q   What was your title at that time?   10:37:55AM
24    MR. NOVIKOFF: Objection.          10:37:57AM
25    A   Deputy chief of police.       10:38:01AM

TSG Reporting - Worldwide  (877) 702-9580

Page 318

GEORGE HESSE

1
2     Q   And again, just so the record is   10:38:06AM
3  clear, by that time, you had not passed your   10:38:08AM
4  sergeant's test or your chief's test?   10:38:11AM
5     MR. NOVIKOFF: Objection.          10:38:15AM
6     A   That's correct.               10:38:16AM
7     Q   If you look up at the top, it's Gary   10:38:16AM
8  Bosetti.                            10:38:19AM
9     Do you see that?                  10:38:19AM
10    A   Yes, sir.                     10:38:20AM
11    Q   And what was Mr. Bosetti's position in   10:38:20AM
12 the department at that time?         10:38:21AM
13    A   Part-time seasonal police officer.   10:38:23AM
14    Q   And if you look under the -- on the   10:38:26AM
15 first set of lines that has your handwriting on   10:38:30AM
16 it, the second line says, "Needs to write more   10:38:32AM
17 summons."                           10:38:36AM
18    Do you see that?                  10:38:37AM
19    A   Yes.                          10:38:37AM
20    Q   What did you mean by that?      10:38:38AM
21    A   I think he only wrote two for the   10:38:39AM
22 year, and I thought -- I expect him to write   10:38:42AM
23 more.                               10:38:44AM
24    Q   Did you ever tell -- other than for   10:38:45AM
25 this written evaluation, did you ever tell the   10:38:46AM

TSG Reporting - Worldwide  (877) 702-9580

Page 319

GEORGE HESSE

1
2  officers in Ocean Beach that they need to write 10:38:49AM
3  more summons?                              10:38:52AM
4        MR. NOVIKOFF: Objection to form.      10:38:54AM
5   A   Yes.                        10:38:55AM
6   Q   Do you know whether Chief Paradiso    10:38:55AM
7  ever told the officers at any time between 2000 10:38:58AM
8  and 2006 that they need to write more summons?  10:39:01AM
9   A   I don't know.                10:39:04AM
10  Q   You never heard him say that?      10:39:04AM
11  A   I don't recall.              10:39:06AM
12  Q   Do you recall ever being in a meeting 10:39:08AM
13  where the chief put up on a board the number of 10:39:09AM
14  summons that people wrote?               10:39:12AM
15  A   I don't recall that.            10:39:15AM
16  Q   If you look at the second page of this 10:39:27AM
17  exhibit, 5226.                      10:39:29AM
18       Do you see that?             10:39:32AM
19  A   Yes.                       10:39:32AM
20  Q   Is this your handwriting again on this 10:39:33AM
21  document?                         10:39:34AM
22  A   Yes.                       10:39:35AM
23  Q   And that's your signature under    10:39:35AM
24  "supervisor's signature"?                10:39:36AM
25  A   Yes.                        10:39:38AM

TSG Reporting - Worldwide  (877) 702-9580

Page 320

GEORGE HESSE

1
2   Q   And again, you're telling Mr. Nowaski 10:39:38AM
3  that he needs to write more summons as well,   10:39:42AM
4  correct?                          10:39:45AM
5   A   Yes.                       10:39:45AM
6   Q   Was that a problem in the department, 10:39:46AM
7  that officers weren't writing enough summonses? 10:39:47AM
8        MR. NOVIKOFF: Objection. Form.     10:39:50AM
9   A   I wouldn't say it was a problem, but I 10:39:51AM
10  thought guys needed to step up some of their  10:39:54AM
11  work.                          10:39:56AM
12  Q   And what was Mr. Nowaski's position in 10:39:57AM
13  2007?                           10:40:01AM
14  A   Part-time seasonal police officer.   10:40:01AM
15  Q   Did you actually deliver these reports 10:40:03AM
16  to the different officers -- strike that.      10:40:06AM
17       Did you actually deliver Gary      10:40:09AM
18  Bosetti's report to him?                10:40:11AM
19  A   I don't -- what do you mean by      10:40:16AM
20  "deliver"?                        10:40:18AM
21  Q   Actually sit down, go over it him, let 10:40:18AM
22  him see a copy of it, discuss it with him.    10:40:22AM
23  A   No.                        10:40:25AM
24  Q   Did he actually ever see a copy    10:40:25AM
25  of this?                        10:40:27AM

TSG Reporting - Worldwide  (877) 702-9580

Page 321

GEORGE HESSE

1
2   A   I don't know.               10:40:27AM
3   Q   So you never showed him a copy of it? 10:40:28AM
4   A   I really -- I don't recall if I did.  10:40:30AM
5   Q   What did you do with that after you  10:40:32AM
6  filled it out?                     10:40:34AM
7   A   It went right into their employee    10:40:35AM
8  packets, their folders.               10:40:37AM
9   Q   Personnel files?               10:40:40AM
10  A   Yes.                       10:40:40AM
11  Q   How about Mr. Nowaski, did you deliver 10:40:42AM
12  a copy of this to Mr. Nowaski?            10:40:44AM
13  A   No.                        10:40:46AM
14  Q   Did you deliver a copy of the annual  10:40:47AM
15  reports to any of the officers in '07?      10:40:49AM
16  A   I don't recall if I did.         10:40:53AM
17  Q   Did you ever receive an employee    10:40:57AM
18  handbook at Ocean Beach?                10:40:59AM
19  A   I did, yes.                  10:41:01AM
20  Q   When did you receive it?           10:41:03AM
21       MR. NOVIKOFF: Objection. Form.     10:41:05AM
22  A   Officially, in -- I'd like to say    10:41:14AM
23  '97ish.                         10:41:22AM
24  Q   What do you mean by officially?    10:41:24AM
25  A   I believe it was a document that was 10:41:28AM

TSG Reporting - Worldwide  (877) 702-9580

Page 322

GEORGE HESSE

1
2  formulated by someone in the village and it was 10:41:28AM
3  floating around for a while. It was never     10:41:28AM
4  officially approved. And then one day it just  10:41:32AM
5  kind of showed up. I still don't know if it was 10:41:35AM
6  approved. And to tell you, to this date, I    10:41:38AM
7  don't think it was approved until somewhere in  10:41:40AM
8  early 2000, 2001, '2.                 10:41:43AM
9   Q   Approved by who?              10:41:46AM
10  A   By the village board.           10:41:47AM
11  Q   The board actually voted on it,    10:41:49AM
12  approved it somewhere in 2000, 2002?         10:41:51AM
13  A   I'm guessing. I don't recall.      10:41:53AM
14       MR. GOODSTADT: Let's mark this.     10:41:58AM
15       (Whereupon, Bates document 1-25 was  10:41:59AM
16  marked as Plaintiff's Exhibit 10 for       10:41:59AM
17  identification, as of this date.)          10:41:59AM
18       MR. GOODSTADT: I've placed in front  10:42:34AM
19  of Mr. Hesse what's been marked as Hesse 10.  10:42:35AM
20  It is a multiple-page exhibit bearing Bates   10:42:37AM
21  Numbers 1 through 25. (Handing.)          10:42:41AM
22  BY MR. GOODSTADT:                    10:42:45AM
23  Q   Mr. Hesse, do you recognize this    10:42:46AM
24  document?                         10:42:51AM
25  A   Yes.                       10:42:51AM

TSG Reporting - Worldwide  (877) 702-9580

Page 323

GEORGE HESSE

1
2     Q    And is this the handbook that you    10:42:52AM
3  testified that you received?    10:42:53AM
4     A    It appears to be.    10:42:54AM
5     Q    Do you know whether this handbook was    10:42:56AM
6  distributed to all officers in Ocean Beach?    10:42:58AM
7        MR. NOVIKOFF:  Objection.    10:43:01AM
8     A    I don't believe so.    10:43:05AM
9     Q    Do you know if it was distributed to    10:43:05AM
10 any officers in Ocean Beach?    10:43:06AM
11       MR. NOVIKOFF:  Objection.    10:43:08AM
12    A    I believe it was only distributed to    10:43:09AM
13 full-time persons of the village.    10:43:10AM
14    Q    So it's your understanding that it was    10:43:15AM
15 not distributed to any of the part-time    10:43:17AM
16 officers?    10:43:19AM
17    A    To the best of my recollection, no.    10:43:20AM
18    Q    Or any of the seasonal officers?    10:43:22AM
19    A    No.    10:43:23AM
20    Q    How come?    10:43:24AM
21       MR. CONNOLLY:  Objection.    10:43:25AM
22       MR. NOVIKOFF:  Objection.    10:43:26AM
23    A    I don't know.    10:43:27AM
24    Q    Who distributed it to the full-time    10:43:31AM
25 officers?    10:43:32AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 324

GEORGE HESSE

1
2     A    The -- I believe Maryanne Minerva.    10:43:33AM
3     Q    Do you know whether the policies in    10:43:37AM
4  this handbook covered part-time or seasonal    10:43:38AM
5  employees?    10:43:41AM
6     A    I think very vaguely.  I'd have to    10:43:41AM
7  read through it.    10:43:43AM
8     Q    You don't know one way or the other,    10:43:44AM
9  sitting here?    10:43:45AM
10       MR. NOVIKOFF:  Objection.  Asked and    10:43:48AM
11 answered.    10:43:50AM
12    A    Right now, no.    10:43:50AM
13    Q    If you turn to Page 5 -- it's Page 5    10:43:55AM
14 of the book, but it's Bates numbered 9.    10:43:59AM
15    A    (Witness complies.) Uh-huh.    10:44:02AM
16       Okay.    10:44:04AM
17    Q    Do you have that page?    10:44:08AM
18    A    Yes.    10:44:09AM
19    Q    Do you see up top where it says    10:44:10AM
20 "unacceptable job performance/disciplinary    10:44:11AM
21 action"?    10:44:15AM
22    A    Yes, I do.    10:44:16AM
23       MR. NOVIKOFF:  Are we on Page 5?    10:44:16AM
24       MR. GOODSTADT:  Bates stamped 9, but    10:44:19AM
25 it's Page 5 of the book.    10:44:20AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 325

GEORGE HESSE

1
2        MR. NOVIKOFF:  Bates stamped 9, but    10:44:23AM
3  Page 5 of the book?  Okay.  I got it.    10:44:28AM
4  BY MR. GOODSTADT:    10:44:30AM
5     Q    Now, do you see the second paragraph    10:44:30AM
6  down, it goes through a progressive disciplinary    10:44:31AM
7  system?    10:44:36AM
8     A    Yes.    10:44:38AM
9     Q    Says, "It upholds and maintains a    10:44:38AM
10 progressive disciplinary system which may    10:44:43AM
11 include all or part of the following steps    10:44:43AM
12 unless otherwise covered by law."    10:44:46AM
13       Do you see that?    10:44:49AM
14    A    Yes.    10:44:50AM
15    Q    Did you implement this disciplinary    10:44:50AM
16 system?    10:44:52AM
17       MR. NOVIKOFF:  Objection.    10:44:53AM
18    A    Yes.    10:44:53AM
19    Q    Do you know whether anyone in the    10:44:54AM
20 police department ever implemented this    10:44:56AM
21 disciplinary system?    10:45:00AM
22    A    I am unaware.    10:45:01AM
23    Q    So you don't know one way or the    10:45:02AM
24 other?    10:45:03AM
25    A    No.    10:45:05AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 326

GEORGE HESSE

1
2     Q    If you look at Page 6 of the book,    10:45:05AM
3  Bates stamp 10, do you see the employee    10:45:08AM
4  performance appraisals paragraph?  It's like    10:45:12AM
5  halfway down the page.    10:45:15AM
6        Do you see that?    10:45:16AM
7     A    Yes.    10:45:19AM
8     Q    Okay.  It says, "Newly hired employees    10:45:20AM
9  may receive performance appraisals after 30    10:45:22AM
10 days."    10:45:26AM
11       Do you see that?    10:45:26AM
12    A    Yes.    10:45:27AM
13    Q    Did you ever administer performance    10:45:27AM
14 appraisals to any of your newly hired officers    10:45:30AM
15 after 30 days?    10:45:33AM
16       MR. NOVIKOFF:  Objection.  Foundation.    10:45:35AM
17    A    No.    10:45:37AM
18       MR. NOVIKOFF:  Form.    10:45:38AM
19 BY MR. GOODSTADT:    10:45:38AM
20    Q    Do you know whether any performance    10:45:39AM
21 appraisals were ever given to newly hired    10:45:41AM
22 officers after 30 days?    10:45:44AM
23       MR. NOVIKOFF:  Form.    10:45:46AM
24    A    No.    10:45:46AM
25    Q    And it says "and a more formal    10:45:47AM

TSG Reporting - Worldwide  (877) 702-9580

Page 327

GEORGE HESSE

2  evaluation at the end of six months."        10:45:49AM
3        Do you see that?                        10:45:52AM
4  A   Yes.                                      10:45:52AM
5  Q   Did you ever give a performance          10:45:53AM
6  appraisal to any of the officers at the end of  10:45:55AM
7  six months?                                   10:45:58AM
8        MR. NOVIKOFF: Objection. Foundation. 10:46:00AM
9  A   No.                                       10:46:01AM
10  Q   Do you know whether any officers were  10:46:01AM
11  ever any performance appraisals at the end of  10:46:02AM
12  six months?                                  10:46:06AM
13       MR. NOVIKOFF: Objection. Foundation. 10:46:07AM
14  A   No.                                      10:46:08AM
15  Q   The last sentence says, "Thereafter,    10:46:09AM
16  all employees may receive a performance      10:46:11AM
17  appraisal annually."                         10:46:13AM
18       Do you see that?                        10:46:15AM
19  A   Yes.                                     10:46:16AM
20  Q   And to your knowledge, that had not     10:46:17AM
21  been implemented until -- in the police      10:46:20AM
22  department until 2007; is that correct?      10:46:22AM
23       MR. NOVIKOFF: Objection. Form.          10:46:26AM
24  Foundation.                                  10:46:27AM
25  A   Correct.                                 10:46:28AM

TSG Reporting - Worldwide  (877) 702-9580

Page 328

GEORGE HESSE

2  Q   If you look at -- strike that.          10:46:33AM
3        Before you look at the next section    10:46:36AM
4  I'll ask you to look at.                      10:46:37AM
5        Did Ocean Beach Police Department or  10:46:39AM
6  the village have a policy with respect to     10:46:41AM
7  officers drinking on duty?                    10:46:45AM
8        MR. NOVIKOFF: Form. Foundation.        10:46:47AM
9  A   Repeat that question.                     10:46:48AM
10  Q   Yeah. Did the Ocean Beach Police      10:46:50AM
11  Department or the village have any policy with  10:46:51AM
12  respect to officers drinking while on duty?   10:46:55AM
13       MR. NOVIKOFF: Objection. Same.          10:46:58AM
14  A   No policy.                               10:46:59AM
15  Q   No policy?                               10:47:00AM
16  A   Nothing writing -- in writing.           10:47:01AM
17  Q   Do you know whether the police         10:47:05AM
18  department had any policy -- the police      10:47:06AM
19  department or the village had any policy with  10:47:08AM
20  respect to off-duty police officers drinking in  10:47:11AM
21  Ocean Beach?                                 10:47:16AM
22       MR. NOVIKOFF: Objection.                10:47:16AM
23  A   Nothing formal.                          10:47:17AM
24  Q   So you don't recall any directives     10:47:19AM
25  ever being posted with respect to officers who  10:47:20AM

TSG Reporting - Worldwide  (877) 702-9580

Page 329

GEORGE HESSE

2  were off duty drinking in Ocean Beach?        10:47:24AM
3  A   I don't recall.                           10:47:27AM
4  Q   Do you know whether the beach had or    10:47:32AM
5  the department had any policy with respect to  10:47:34AM
6  officers who show up to work under the influence  10:47:40AM
7  of alcohol?                                   10:47:42AM
8  A   There was no written policies.            10:47:44AM
9  Q   Okay. Do you know whether there was     10:47:45AM
10  ever any verbal policies with respect to     10:47:49AM
11  officers drinking on duty?                   10:47:51AM
12       MR. NOVIKOFF: Note my objection.        10:47:53AM
13  A   Well, I'm sure it would be frowned       10:47:56AM
14  upon if somebody showed up intoxicated. I don't  10:47:59AM
15  think that was ever an issue. I believe      10:48:03AM
16  Paradiso, Chief Paradiso might have put out   10:48:06AM
17  there that he referred -- preferred that guys  10:48:08AM
18  didn't drink in the village off duty.        10:48:14AM
19  Q   When did he put that out there?         10:48:16AM
20  A   I don't recall. You know, that was      10:48:17AM
21  like a give-and-take type thing over the many  10:48:19AM
22  years I've been there.                       10:48:21AM
23  Q   When do you recall him actually        10:48:23AM
24  putting it out there, though, what years?    10:48:25AM
25  A   I don't recall which years.              10:48:28AM

TSG Reporting - Worldwide  (877) 702-9580

Page 330

GEORGE HESSE

2  Q   When you say give and take, what did   10:48:29AM
3  you mean by that?                             10:48:30AM
4  A   When I first started there, there was   10:48:34AM
5  a policy that we were not supposed to be      10:48:36AM
6  drinking in the bars after we got off duty; but  10:48:38AM
7  then, I guess Ed Paradiso had lightened up on  10:48:45AM
8  that, and that was that.                      10:48:49AM
9  Q   What do you mean by Ed Paradiso        10:48:52AM
10  lightened up on that?                        10:48:53AM
11  A   You know, because guys would go out    10:48:54AM
12  for drinks after work. You know, we were a   10:48:56AM
13  little more mature, a little more adult than  10:48:59AM
14  police officers that they had there in the past  10:49:00AM
15  that worked there that couldn't control      10:49:01AM
16  themselves. And, you know, he would join us   10:49:03AM
17  sometimes, so...                             10:49:07AM
18  Q   When did he lighten up on it?          10:49:09AM
19  A   Probably around '95.                     10:49:12AM
20  Q   Did he ever get harder on that policy  10:49:16AM
21  and reinstate it?                            10:49:21AM
22  A   Not that I recall.                       10:49:21AM
23  Q   So from '95 until his last day of      10:49:25AM
24  employment at the beach, you don't recall him  10:49:28AM
25  ever verbally telling police officers that he  10:49:30AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 331

GEORGE HESSE

```
1            GEORGE HESSE
2    preferred that they not go out and drink in the  10:49:35AM
3    bars off duty?                           10:49:38AM
4        MR. NOVIKOFF: Objection. Form.       10:49:39AM
5    A   I don't recall any.                   10:49:40AM
6    Q   Do you recall Paradiso ever expressing 10:49:41AM
7    that preference or policy when the Bosettis were 10:49:47AM
8    working?                                 10:49:50AM
9        MR. NOVIKOFF: Objection.             10:49:52AM
10   A   I don't recall that.                  10:49:53AM
11   Q   Did you ever hear him tell the        10:49:54AM
12   Bosettis that they shouldn't be going drinking 10:49:56AM
13   in bars in Ocean Beach when they're off duty?  10:49:59AM
14   A   I've never heard him tell them that.  10:50:02AM
15   Q   Did you ever tell the Bosettis that?  10:50:04AM
16   A   I don't recall if I did.              10:50:06AM
17   Q   Did you ever have a policy with       10:50:07AM
18   respect to -- a verbal policy with respect to  10:50:08AM
19   officers drinking in Ocean Beach while they're  10:50:12AM
20   off duty?                                10:50:15AM
21   A   I never had a policy, no.             10:50:16AM
22   Q   Did you ever have a policy with       10:50:18AM
23   respect to officers drinking while they're on  10:50:20AM
24   duty, a verbal policy?                    10:50:23AM
25       MR. NOVIKOFF: Objection.             10:50:25AM
```

TSG Reporting - Worldwide  (877) 702-9580

---

Page 332

GEORGE HESSE

```
1            GEORGE HESSE
2    A   I would've liked to think that they   10:50:31AM
3    wouldn't do that.  I don't know of any policy  10:50:33AM
4    that was out there.                       10:50:36AM
5    Q   Did you ever speak to anybody or      10:50:37AM
6    discuss that issue with anybody, any officers?  10:50:39AM
7    A   About drinking on duty?               10:50:41AM
8    Q   Yes.                                 10:50:43AM
9    A   I don't recall any conversation of    10:50:43AM
10   such.                                    10:50:45AM
11   Q   Do you ever recall any directives     10:50:49AM
12   being posted regarding drinking at the bars,  10:50:51AM
13   whether on duty or off duty?              10:50:54AM
14   A   I don't recall any policies that were  10:50:56AM
15   posted.                                  10:50:58AM
16   Q   I asked for directive.  Are you using  10:51:01AM
17   the term "policy" interchange- --         10:51:03AM
18   A   Policy or directive.  I understand    10:51:06AM
19   what you're saying.  No, not that I recall any  10:51:06AM
20   being posted.                            10:51:08AM
21   Q   But just to be clear, those two terms  10:51:09AM
22   are interchangeable, a directive and a policy?  10:51:09AM
23       MR. NOVIKOFF: Objection.             10:51:12AM
24   BY MR. GOODSTADT:                         10:51:12AM
25   Q   So if I use policy, that's going to   10:51:13AM
```

TSG Reporting - Worldwide  (877) 702-9580

---

Page 333

GEORGE HESSE

```
1            GEORGE HESSE
2    cover directive?  If I use directly, it will  10:51:15AM
3    cover policy?                            10:51:15AM
4        MR. NOVIKOFF: Objection.             10:51:16AM
5    A   Actually, they can mean two different  10:51:17AM
6    things.                                  10:51:19AM
7    Q   Did you ever have any alcoholic       10:51:27AM
8    beverages while on duty?                  10:51:28AM
9    A   No.                                  10:51:30AM
10   Q   Did you ever have any alcoholic       10:51:31AM
11   beverages while in uniform?               10:51:33AM
12   A   Yes.                                 10:51:35AM
13   Q   How many times?                      10:51:35AM
14   A   I'd say in the range of six times.    10:51:44AM
15   Q   Where were you during those six times? 10:51:47AM
16   A   At least three times in the parade in  10:51:51AM
17   New York City for St. Patty's Day, and I think  10:51:54AM
18   the other three were funerals.            10:51:59AM
19   Q   Did you ever have an alcoholic        10:52:05AM
20   beverage in the station?                  10:52:07AM
21   A   Yes.                                 10:52:08AM
22   Q   While in uniform?                    10:52:08AM
23   A   No.                                  10:52:10AM
24   Q   While on duty?                       10:52:11AM
25   A   No.                                  10:52:12AM
```

TSG Reporting - Worldwide  (877) 702-9580

---

Page 334

GEORGE HESSE

```
1            GEORGE HESSE
2    Q   What alcoholic beverages have you had  10:52:14AM
3    in the station?                          10:52:16AM
4    A   I've had a beer, and I had something  10:52:17AM
5    called a rocket fuel once or twice.       10:52:22AM
6    Q   Any other alcoholic beverages that you 10:52:29AM
7    drank in the station?                     10:52:32AM
8    A   No, not that I recall.               10:52:33AM
9    Q   Were you in uniform those times in the 10:52:34AM
10   station?                                 10:52:36AM
11       MR. NOVIKOFF: Objection.  Asked and  10:52:36AM
12   answered.                                10:52:37AM
13   A   No.                                  10:52:38AM
14   Q   When did you have the rocket fuels in  10:52:39AM
15   the station?  What years were they?       10:52:41AM
16   A   2005, 2004.  Maybe 2003.             10:52:47AM
17   Q   Where did you get the rocket fuels    10:52:55AM
18   from?                                    10:52:57AM
19   A   A bar called CJ's.                   10:52:57AM
20   Q   Did they deliver them?  Someone picked 10:53:03AM
21   them up?  How did they get to the station?  10:53:05AM
22   A   On occasion, sometimes they would just 10:53:09AM
23   deliver them at the end of -- the close of the  10:53:11AM
24   bar.                                     10:53:13AM
25   Q   Who would deliver them?              10:53:15AM
```

TSG Reporting - Worldwide  (877) 702-9580

---

Page 335

GEORGE HESSE

1
2    A    One of the barbacks.                10:53:16AM
3    Q    What was the name?                  10:53:18AM
4    A    I believe one of the kids was Brian, 10:53:21AM
5  and another one -- another kid had the name of 10:53:24AM
6  Paul.                                      10:53:30AM
7    Q    Paul Conway?                        10:53:31AM
8    A    If that's his last name.  I don't   10:53:33AM
9  know.                                      10:53:34AM
10   Q    Do you know Brian's last name?      10:53:36AM
11   A    Esop.                               10:53:38AM
12   Q    Did they charge you for the rocket  10:53:43AM
13 fuels?                                     10:53:45AM
14   A    Sometimes.                          10:53:45AM
15   Q    But sometimes they didn't?          10:53:46AM
16   A    Right.                              10:53:48AM
17   Q    Who else drank rocket fuels with you 10:53:49AM
18 in the police station?                     10:53:51AM
19   A    Let's see.  I guess when we were    10:53:54AM
20 getting off duty, Dave Gurden.  Who else?  You 10:53:56AM
21 know, I don't recall anybody else because it 10:54:05AM
22 wasn't a very popular drink.                10:54:08AM
23   Q    Do you recall Gary Bosetti drinking 10:54:13AM
24 rocket fuel at the station?                 10:54:15AM
25   A    No, I don't recall any.             10:54:16AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 336

GEORGE HESSE

1
2    Q    How about Rich Bosetti?            10:54:17AM
3    A    I don't recall.                    10:54:19AM
4    Q    Ty Bacon?                          10:54:20AM
5    A    No.                                10:54:21AM
6    Q    No, you don't recall or you definitely 10:54:23AM
7  did not see him?                           10:54:25AM
8    A    I've never seen him drink.         10:54:26AM
9    Q    At any point, you've never seen him 10:54:28AM
10 drink?                                     10:54:30AM
11   A    Yeah, you know what, yeah, you're  10:54:30AM
12 right.  At a party, I've seen him have a beer or 10:54:32AM
13 something, but not in the station house, no. 10:54:35AM
14   Q    How about Walter Moeller, did you ever 10:54:37AM
15 see him drink a rocket fuel in the station? 10:54:40AM
16   A    No.                                10:54:42AM
17   Q    Did you ever see him drink in the  10:54:43AM
18 station?                                   10:54:44AM
19   A    No.                                10:54:44AM
20   Q    Did you ever see him drink on duty? 10:54:45AM
21   A    No.                                10:54:47AM
22   Q    Do you know whether he's ever drank on 10:54:50AM
23 duty?                                      10:54:52AM
24   A    I don't know.                       10:54:53AM
25   Q    Did there ever come a time where   10:54:56AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 337

GEORGE HESSE

1
2  Moeller got into a car accident right after 10:54:59AM
3  leaving the beach?                          10:55:03AM
4    A    Yes.                                10:55:04AM
5    Q    Do you recall what year that was?  10:55:05AM
6    A    Was it 2004?  No, it couldn't have 10:55:13AM
7  been 2004.  Maybe 2006.                    10:55:17AM
8    Q    How long after his tour was the    10:55:27AM
9  accident?                                  10:55:30AM
10   A    Maybe a half hour.                  10:55:32AM
11   Q    And you were called to the scene?  10:55:37AM
12   A    I got a phone call, yes.           10:55:39AM
13   Q    Who called you?                    10:55:41AM
14   A    It might have been Walter Moeller  10:55:44AM
15 himself.                                   10:55:46AM
16   Q    Do you know why he called you?     10:55:47AM
17   A    He said he was just in a car accident. 10:55:49AM
18 And he couldn't find his shield; and he had his 10:55:51AM
19 weapon on him, and he was going to the hospital. 10:55:58AM
20 So he wanted me to come down and secure it. 10:56:01AM
21   Q    So you went -- did you go to the scene 10:56:04AM
22 of the accident?                           10:56:05AM
23   A    I went right to the scene, yes.    10:56:05AM
24   Q    Where was the accident?            10:56:07AM
25   A    It was at the corner of, I believe, 10:56:09AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 338

GEORGE HESSE

1
2  Fifth Avenue and Montauk Highway, in front of 10:56:11AM
3  St. Pat's church.                           10:56:15AM
4    Q    Was anyone injured in the accident? 10:56:16AM
5    A    Just him.                          10:56:18AM
6    Q    And did you take his weapon from him? 10:56:19AM
7    A    Yes, I did.                        10:56:21AM
8    Q    Did you ever find his shield?      10:56:22AM
9    A    Yes, I did.                        10:56:24AM
10   Q    Was Walter Moeller drinking prior to 10:56:26AM
11 that accident?                             10:56:29AM
12   A    No, not that I know of.            10:56:30AM
13   Q    Did you ever see the PCR -- do you 10:56:32AM
14 know what a PCR is?                        10:56:34AM
15   A    Yes.                               10:56:37AM
16   Q    What is a PCR?                     10:56:37AM
17   A    A pre-hospital care report.        10:56:40AM
18   Q    Did you ever see the PCR with respect 10:56:41AM
19 to that accident?                          10:56:41AM
20   A    No.                                10:56:42AM
21   Q    So you don't know one way or the other 10:56:41AM
22 whether the PCR indicated that he had alcohol on 10:56:42AM
23 his breath?                                10:56:44AM
24   A    I have no idea.                     10:56:45AM
25   Q    Have you ever seen any officers in 10:57:01AM

TSG Reporting - Worldwide  (877) 702-9580

Page 339

GEORGE HESSE

1
2      Ocean Beach drink while they're on duty?      10:57:03AM
3      A    No.                    10:57:05AM
4      Q    Has anybody ever complained to you    10:57:10AM
5  that other officers were drinking while they    10:57:12AM
6  were on duty?                      10:57:14AM
7      A    Never.                  10:57:15AM
8      Q    Is it true that Ed Carter complained  10:57:20AM
9  to you that he had to get the cell phone from  10:57:22AM
10  the Bosettis in CJ's?              10:57:26AM
11      A    Never.                  10:57:28AM
12      Q    Did you ever see Arnold Hardman drink 10:57:31AM
13  the rocket fuel?                    10:57:34AM
14      MR. NOVIKOFF: Objection. Asked and 10:57:36AM
15  answered.                      10:57:37AM
16      A    Arnold Hardman? Not that I recall,  10:57:38AM
17  no.                        10:57:40AM
18      Q    Did you ever see Hardman drink while 10:57:42AM
19  he was on duty?                    10:57:44AM
20      A    Never.                  10:57:45AM
21      Q    Would you agree that if officers were 10:57:50AM
22  drinking on duty, it would pose a public safety 10:57:53AM
23  threat?                      10:57:56AM
24      MR. NOVIKOFF: Objection.        10:57:57AM
25      MR. CONNOLLY: Objection.        10:57:57AM

Page 340

GEORGE HESSE

1
2      A    I do, in my opinion, yes.      10:57:58AM
3      Q    What public safety threat would it  10:58:03AM
4  pose?                      10:58:05AM
5      MR. NOVIKOFF: Objection.        10:58:05AM
6      A    It would severely hinder your    10:58:09AM
7  judgment, I think, to many respects on the job. 10:58:12AM
8      Q    It would be a public safety threat if 10:58:16AM
9  officers were drinking on duty and they were  10:58:19AM
10  carrying a weapon?                  10:58:21AM
11      MR. NOVIKOFF: Objection.        10:58:22AM
12      A    Yes.                  10:58:23AM
13      Q    Would you pose a public safety threat 10:58:27AM
14  if officers on duty were in the bars instead of 10:58:30AM
15  patrolling the neighborhood?            10:58:33AM
16      MR. NOVIKOFF: Objection. How about 10:58:35AM
17  if they were in the bars performing --    10:58:41AM
18      MR. GOODSTADT: In the bars drinking. 10:58:43AM
19      MR. NOVIKOFF: You didn't ask that.  10:58:45AM
20  In the bars drinking off duty?          10:58:46AM
21      MR. GOODSTADT: No, on duty.      10:58:49AM
22      MR. NOVIKOFF: Oh, okay.        10:58:51AM
23      A    You might as well repeat the entire  10:58:52AM
24  question.                      10:58:55AM
25      Q    The question is: Do you agree with me 10:58:55AM

Page 341

GEORGE HESSE

1
2  that it would be a public safety threat if    10:58:57AM
3  officers were drinking in the bars while on duty 10:59:01AM
4  instead of patrolling the village?          10:59:02AM
5      MR. NOVIKOFF: Objection.        10:59:03AM
6      A    In my opinion, yes.          10:59:03AM
7      Q    Do you think it would -- strike that. 10:59:10AM
8      Do you think it undermines police    10:59:12AM
9  officers' authority to be drinking off duty in  10:59:15AM
10  the bars in Ocean Beach?              10:59:19AM
11      MR. NOVIKOFF: Objection.        10:59:20AM
12      A    Undermines your authority? I don't  10:59:25AM
13  think so, no.                    10:59:26AM
14      Q    You don't think there's a public    10:59:27AM
15  perception problem if officers off duty are    10:59:29AM
16  drinking in the bars that they are required to  10:59:34AM
17  patrol on duty?                    10:59:39AM
18      MR. NOVIKOFF: Objection.        10:59:41AM
19      MR. CONNOLLY: Objection.        10:59:41AM
20      A    You're asking me to --        10:59:42AM
21      Q    I'm asking your opinion on that.    10:59:44AM
22      A    Yeah, I don't know.          10:59:46AM
23      MR. NOVIKOFF: Which is pantingly  10:59:49AM
24  irrelevant.                    10:59:52AM
25      What was your answer?          10:59:55AM

Page 342

GEORGE HESSE

1
2      THE WITNESS: I have no idea if it    10:59:56AM
3  would.                      10:59:57AM
4      MR. NOVIKOFF: Me either.        10:59:58AM
5      MR. GOODSTADT: Luckily you're not the 11:00:01AM
6  witness today.                    11:00:02AM
7  BY MR. GOODSTADT:                    11:00:03AM
8      Q    Isn't it true that Tommy Snyder    11:00:03AM
9  complained to you that the Bosettis took the  11:00:06AM
10  cell phone from him and went to the bars while  11:00:08AM
11  they were on duty?                  11:00:10AM
12      MR. NOVIKOFF: Objection. Leading.  11:00:13AM
13      A    He never complained to me.      11:00:14AM
14      Q    He never complained to you about    11:00:16AM
15  anything or just about that issue?        11:00:19AM
16      A    Never.                  11:00:20AM
17      MR. NOVIKOFF: Your question was any  11:00:21AM
18  issue --                      11:00:22AM
19      MR. GOODSTADT: I was going to ask him 11:00:22AM
20  if he meant just about that issue or any    11:00:22AM
21  issue.                      11:00:22AM
22      MR. CONNOLLY: Well, it wasn't    11:00:23AM
23  responsive to your question.            11:00:24AM
24      MR. GOODSTADT: And that's why I was  11:00:25AM
25  asking him to clarify.              11:00:26AM

Page 343

GEORGE HESSE

```
1            GEORGE HESSE
2    A   Repeat the question.         11:00:28AM
3    Q   Sure.                        11:00:29AM
4        You said he never complained to me.   11:00:31AM
5    My question -- my follow-up question was he   11:00:34AM
6    never complained to you about that issue or he   11:00:34AM
7    never complained to you about anything?        11:00:36AM
8    A   I gotta say, he's never complained to   11:00:38AM
9    me about anything.  Specifically that issue.   11:00:40AM
10   Q   Would you agree with me that if        11:00:50AM
11   officers took the police cell phone into a bar   11:00:52AM
12   and were not answering the cell phone, that it   11:00:56AM
13   would pose a public safety threat?         11:00:59AM
14       MR. NOVIKOFF:  Objection.         11:01:02AM
15   I could speculate, yeah, it would be   11:01:02AM
16   an issue.                         11:01:04AM
17   Q   Is it your testimony that Snyder never   11:01:10AM
18   complained to you that there were messages that   11:01:14AM
19   went unanswered on the cell phone when the   11:01:17AM
20   Bosettis returned the cell phone back to him?   11:01:20AM
21       MR. CONNOLLY:  Objection.        11:01:23AM
22       MR. NOVIKOFF:  You didn't   11:01:23AM
23   answer ask him that question, so how could   11:01:25AM
24   it be his testimony.              11:01:27AM
25       MR. GOODSTADT:  He said he never   11:01:28AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 344

GEORGE HESSE

```
1    complained to him.               11:01:30AM
2        MR. NOVIKOFF:  Well, then that would   11:01:31AM
3    cover everything.  Objection to the form.   11:01:31AM
4    A   I don't recall anything of that nature   11:01:33AM
5    at all.                          11:01:35AM
6    Q   Is it true that Frank Fiorillo   11:01:42AM
7    complained to you that he had to relieve the   11:01:44AM
8    Bosettis on the next tour in the bar?   11:01:46AM
9        MR. NOVIKOFF:  Objection.  Form.   11:01:49AM
10   Leading.                         11:01:50AM
11   A   No.                          11:01:51AM
12   Q   Isn't it true that Ed Carter   11:01:54AM
13   complained about that as well?       11:01:55AM
14       MR. NOVIKOFF:  Objection.  Form.   11:01:57AM
15   A   No.                          11:01:58AM
16   Q   Did any of the plaintiffs in this case   11:02:01AM
17   ever complain to you about officers drinking in   11:02:03AM
18   the bars in Ocean Beach?           11:02:05AM
19       MR. NOVIKOFF:  Objection.  Asked and   11:02:07AM
20   answered.                        11:02:07AM
21   A   No.                          11:02:09AM
22   Q   Did Ed Carter ever complain to you   11:02:22AM
23   about officers bringing alcohol into the   11:02:24AM
24   station?                         11:02:26AM
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 345

GEORGE HESSE

```
1    A   No.                          11:02:27AM
2    Q   Did Ed Carter ever complain about   11:02:30AM
3    officers drinking rocket fuel in the station?   11:02:32AM
4    A   No.                          11:02:34AM
5    Q   Did Ed Carter ever complain that he   11:02:34AM
6    was required to clean up after officers who were   11:02:36AM
7    drinking rocket fuels in the station?   11:02:39AM
8    A   Never.                        11:02:41AM
9    Q   Did anyone ever complain to you that   11:02:49AM
10   officers left dock masters in the station to   11:02:51AM
11   cover their shifts while they went out to the   11:02:54AM
12   bars?                            11:02:57AM
13   A   Never.                        11:02:57AM
14   Q   Did Joe Nofi complain to you that dock   11:03:09AM
15   masters were covering for officers?   11:03:13AM
16   A   Never.                        11:03:15AM
17   Q   Would you agree with me that it would   11:03:17AM
18   be inappropriate for dock masters to be covering   11:03:18AM
19   police officers' shifts?           11:03:22AM
20       MR. NOVIKOFF:  Objection.  Form.   11:03:24AM
21       MR. CONNOLLY:  What do you mean?   11:03:26AM
22   Define "shift."                  11:03:28AM
23       MR. NOVIKOFF:  Define "appropriate."   11:03:30AM
24
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 346

GEORGE HESSE

```
1    BY MR. GOODSTADT:                11:03:31AM
2    Q   To cover for them while they were --   11:03:32AM
3    you know, while they were supposed to be on   11:03:34AM
4    duty?                            11:03:36AM
5        MR. NOVIKOFF:  Objection.         11:03:37AM
6    A   To what respect?  You know, a dock   11:03:38AM
7    master is not a police officer.  He can't cover   11:03:41AM
8    the shift.                       11:03:44AM
9    Q   So it would be inappropriate for a   11:03:45AM
10   dock master to cover a police shift, right?   11:03:46AM
11   A   Yeah.                         11:03:49AM
12       MR. NOVIKOFF:  Objection.         11:03:50AM
13   BY MR. GOODSTADT:                11:03:50AM
14   Q   Is it appropriate to dispatch a   11:04:03AM
15   dock master?                     11:04:09AM
16   A   Was it appropriate?            11:04:11AM
17   Q   Yes.                          11:04:12AM
18       MR. NOVIKOFF:  Objection.         11:04:13AM
19   A   It was only used in extreme         11:04:15AM
20   situations.                      11:04:17AM
21   Q   How about in -- well, what do you mean   11:04:18AM
22   by in extreme situations?          11:04:20AM
23   A   Whereas if we were shorthanded or   11:04:23AM
24   something on the street and we had a police   11:04:24AM
```

TSG Reporting - Worldwide  (877) 702-9580

## Page 347

GEORGE HESSE

1
2  officer sitting on the desk and something, an   11:04:27AM
3  incident occurred in the street that required   11:04:29AM
4  some extra assistance, we would call the dock   11:04:30AM
5  master in to answer the phones.   11:04:33AM
6      Q   How about outside of that extreme   11:04:35AM
7  situation, would it be appropriate for a dock   11:04:37AM
8  master to dispatch?   11:04:39AM
9          MR. NOVIKOFF:  Objection.   11:04:41AM
10     A   It was used on occasion just so it   11:04:43AM
11 could free up a police officer.   11:04:45AM
12     Q   In case of an emergency?   11:04:47AM
13     A   Most of the time, yes.   11:04:49AM
14     Q   How about outside of an emergency?   11:04:51AM
15     A   Not that I recall any.   11:04:53AM
16     Q   But I'm asking whether it would be   11:04:54AM
17 appropriate --   11:04:56AM
18         MR. NOVIKOFF:  Objection.   11:04:56AM
19 BY MR. GOODSTADT:   11:04:57AM
20     Q   -- to have a dock master dispatch   11:04:57AM
21 outside of an emergency.   11:04:59AM
22         MR. NOVIKOFF:  Objection.   11:05:02AM
23     A   It's tough answering the phones. It   11:05:03AM
24 really didn't matter.   11:05:05AM
25     Q   What do you mean?   11:05:06AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 348

GEORGE HESSE

1
2     A   Just somebody answering the phones.   11:05:08AM
3     Q   A dock master is trained to dispatch?   11:05:10AM
4     A   No.   11:05:14AM
5     Q   A dock master is certified by Civil   11:05:15AM
6  Service to be on a dispatch position?   11:05:18AM
7     A   I don't think there's really a   11:05:22AM
8  certification for it, but no.   11:05:23AM
9     Q   Did Carter complain to you Labor Day   11:05:31AM
10 weekend 2005 that officers were drinking in the   11:05:34AM
11 bar?   11:05:37AM
12     A   Did he complain?  I don't recall any   11:05:39AM
13 complaint, no.   11:05:41AM
14         MR. NOVIKOFF:  I'm sorry, what   11:05:42AM
15 weekend?   11:05:43AM
16         MR. GOODSTADT:  Labor Day 2005.   11:05:44AM
17         MR. NOVIKOFF:  Okay.   11:05:47AM
18 BY MR. GOODSTADT:   11:05:47AM
19     Q   Did Kevin Lamm ever complain to you   11:05:52AM
20 that officers were drinking in the bar?   11:05:54AM
21         MR. NOVIKOFF:  Objection.  Asked and   11:05:57AM
22 answered.   11:05:58AM
23         MR. CONNOLLY:  Objection.   11:05:58AM
24     A   No.   11:05:59AM
25     Q   Did Lamm ever complain to you about   11:05:59AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 349

GEORGE HESSE

1
2  officers drinking whether it was in the bars or   11:06:01AM
3  the station or anywhere else?   11:06:04AM
4     A   He never complained to me about that   11:06:05AM
5  stuff, no.   11:06:10AM
6     Q   Did any officers ever drink while off   11:06:11AM
7  duty prior to going on shift?   11:06:15AM
8         MR. NOVIKOFF:  Objection.  Foundation.   11:06:18AM
9     A   I don't know.   11:06:20AM
10     Q   So you're not aware of any officers   11:06:21AM
11 drinking in the bar and then going on the eight   11:06:22AM
12 to four?   11:06:24AM
13         MR. NOVIKOFF:  Note my objection.   11:06:25AM
14     A   No.   11:06:26AM
15         MR. NOVIKOFF:  Unless he's present or   11:06:28AM
16 was told, I don't know how he would answer   11:06:29AM
17 that question.   11:06:31AM
18         MR. GOODSTADT:  Maybe he was answered   11:06:32AM
19 or told.   11:06:35AM
20         MR. NOVIKOFF:  Ask that question.   11:06:37AM
21 That's my objection.   11:06:37AM
22         MR. GOODSTADT:  If he's aware of it,   11:06:37AM
23 that would be a way he's aware of it.  Maybe   11:06:37AM
24 he's aware of it some other way.  I want to   11:06:37AM
25 know if he's aware of it.   11:06:40AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 350

GEORGE HESSE

1
2  BY MR. GOODSTADT:   11:06:42AM
3     Q   Did anyone ever complain to you about   11:06:42AM
4  officers drinking in bars and then going on the   11:06:44AM
5  eight-to-four shift?   11:06:48AM
6     A   Never.   11:06:49AM
7         MR. NOVIKOFF:  Eight to four would   11:06:51AM
8  just be eight at night to four in the   11:06:52AM
9  morning, right?   11:06:55AM
10         MR. GOODSTADT:  Eight in the   11:06:56AM
11 morning till -- who were drinking at night,   11:06:56AM
12 getting on the eight in the morning shift   11:06:58AM
13 and getting on tour.   11:07:00AM
14         MR. NOVIKOFF:  Got it.  Okay.  I just   11:07:01AM
15 wanted to clarify.   11:07:01AM
16         MR. CONNOLLY:  Why don't we reask the   11:07:01AM
17 question.   11:07:03AM
18 BY MR. GOODSTADT:   11:07:03AM
19     Q   Did anyone ever complain to you that   11:07:04AM
20 officers were going out and drinking and then   11:07:07AM
21 working the 8 a.m. to 4 p.m. shift?   11:07:08AM
22     A   No.   11:07:11AM
23     Q   What was done with beer that was   11:07:16AM
24 confiscated at Ocean Beach?   11:07:19AM
25     A   What was done with it?  Most of the   11:07:22AM

TSG Reporting - Worldwide  (877) 702-9580

GEORGE HESSE

1    GEORGE HESSE
2    time it would just sit -- it depended on how    11:07:25AM
3    much was taken, I guess, but most of the time it    11:07:28AM
4    would just sit in the station house.    11:07:31AM
5        Q    Was there a process by which the beer    11:07:33AM
6    would have to be either, you know, memorialized    11:07:36AM
7    that beer had been taken or any evidence or    11:07:44AM
8    anything else that would have to be done with    11:07:47AM
9    the beer?    11:07:49AM
10        MR. NOVIKOFF:  Object to the form.    11:07:50AM
11        MR. CONNOLLY:  Objection to form.    11:07:52AM
12    A    I don't think there was anything in    11:07:53AM
13    place that really said what we had to do with    11:07:55AM
14    it.    11:07:58AM
15        Q    Was it appropriate for officers to    11:08:00AM
16    drink beer that was confiscated?    11:08:01AM
17    A    Sometimes we did.    11:08:04AM
18        Q    So you've drank beer that was    11:08:06AM
19    confiscated?    11:08:08AM
20    A    Stuff that was in the refrigerator, I    11:08:09AM
21    didn't know if it was confiscated or not.    11:08:11AM
22        Q    If it was confiscated, would it be    11:08:14AM
23    appropriate to drink that beer?    11:08:17AM
24        MR. NOVIKOFF:  Objection to form.    11:08:19AM
25    A    It was disposed of.    11:08:19AM

TSG Reporting - Worldwide  (877) 702-9580

1    GEORGE HESSE
2        Q    That wasn't the question, sir.  The    11:08:21AM
3    question was whether it was appropriate to drink    11:08:23AM
4    beer that was confiscated.    11:08:25AM
5        MR. NOVIKOFF:  Objection to form.    11:08:28AM
6    A    I don't know if it was appropriate.    11:08:29AM
7        Q    So as the chief of police, you don't    11:08:32AM
8    have an opinion one way or the other?    11:08:34AM
9    A    At that time?    11:08:38AM
10        Q    Or as sergeant.  As a sergeant of the    11:08:38AM
11    Ocean Beach Police Department, you have no    11:08:40AM
12    opinion or had no opinion one way or the other    11:08:42AM
13    whether it was appropriate to drink beer that    11:08:47AM
14    was confiscated?    11:08:49AM
15        MR. NOVIKOFF:  Objection.    11:08:50AM
16    A    I don't think -- no.    11:08:51AM
17        Q    It was not appropriate or it was    11:08:52AM
18    appropriate?    11:08:54AM
19        MR. NOVIKOFF:  You asked if he had an    11:08:55AM
20    opinion, and he said no.    11:08:56AM
21    BY MR. GOODSTADT:    11:08:57AM
22        Q    So you don't have an opinion one way    11:08:58AM
23    or the other?    11:09:00AM
24    A    I really don't, no.    11:09:01AM
25        Q    Did you ever drink beer that you knew    11:09:02AM

TSG Reporting - Worldwide  (877) 702-9580

1    GEORGE HESSE
2    was confiscated?    11:09:04AM
3    A    I believe I did, yeah.    11:09:06AM
4        Q    Did you ever tell any of the    11:09:07AM
5    plaintiffs what brands of beer to confiscate?    11:09:08AM
6    A    No.    11:09:11AM
7        Q    Do you know whether any officers told    11:09:11AM
8    the plaintiffs what brands of beer to    11:09:13AM
9    confiscate?    11:09:15AM
10    A    No.    11:09:16AM
11        Q    Have you ever disciplined or    11:09:24AM
12    reprimanded any officers for drinking on duty?    11:09:26AM
13        MR. NOVIKOFF:  Objection.    11:09:30AM
14    A    No.    11:09:31AM
15        Q    Have you ever disciplined or    11:09:31AM
16    reprimanded any officers for drinking off duty    11:09:33AM
17    in Ocean Beach?    11:09:36AM
18        MR. NOVIKOFF:  Objection.    11:09:38AM
19    A    Not that I recall any, no.    11:09:38AM
20        Q    Did you ever tell officers that it was    11:09:44AM
21    inappropriate to drink in the bars while off    11:09:47AM
22    duty?    11:09:50AM
23        MR. NOVIKOFF:  Objection. Form.    11:09:51AM
24    Foundation.    11:09:52AM
25    A    I don't recall.  I may have.  I don't    11:09:53AM

TSG Reporting - Worldwide  (877) 702-9580

1    GEORGE HESSE
2    know.    11:09:55AM
3        Q    What's in a rocket fuel?    11:10:06AM
4    A    It's a souped-up pina colada.  I    11:10:09AM
5    believe it has -- it has some rum in it.  It has    11:10:17AM
6    151 rum in it, and I believe it's topped    11:10:20AM
7    off with, I believe, amaretto.  I'm not really    11:10:22AM
8    sure.    11:10:26AM
9        Q    Did you ever collect money from other    11:10:27AM
10    officers to pay for the rocket fuels?    11:10:29AM
11    A    Not that I recall.    11:10:31AM
12        Q    Is there any policy in Ocean Beach or    11:10:36AM
13    in the police department with respect to    11:10:39AM
14    drinking alcohol in the police truck?    11:10:41AM
15        MR. NOVIKOFF:  Objection.    11:10:44AM
16    A    No.    11:10:46AM
17        Q    So it was okay for officers to drink    11:10:48AM
18    in the police truck?    11:10:50AM
19        MR. NOVIKOFF:  Objection.  Is that a    11:10:52AM
20    question or a statement?    11:10:54AM
21        MR. GOODSTADT:  I asked was it okay --    11:10:56AM
22        MR. NOVIKOFF:  Well, objection to    11:10:58AM
23    form.    11:10:59AM
24        MR. GOODSTADT:  -- for officers to    11:10:59AM
25    drink in the police truck.    11:11:01AM

TSG Reporting - Worldwide  (877) 702-9580

Page 355

```
 1              GEORGE HESSE
 2       MR. NOVIKOFF:  Okay.          11:11:03AM
 3    A   No.                  11:11:03AM
 4    Q   How about if they're off duty on their 11:11:04AM
 5  way to the lighthouse, would it be appropriate 11:11:07AM
 6  for an officer to have a drink in the police   11:11:09AM
 7  truck?                          11:11:12AM
 8       MR. NOVIKOFF:  Objection.        11:11:13AM
 9    A   No, not really.           11:11:13AM
10    Q   Did you ever speak to any officers   11:11:14AM
11  about that?                      11:11:16AM
12    A   No.                 11:11:16AM
13    Q   Any of the plaintiffs ever complain to 11:11:17AM
14  you that officers were drinking in the police  11:11:18AM
15  truck?                         11:11:21AM
16    A   No.                 11:11:21AM
17    Q   Any of the plaintiffs ever complain to 11:11:22AM
18  you that they had to clean up the police truck 11:11:24AM
19  with beer bottles, caps and other refuse from  11:11:27AM
20  alcoholic beverages?            11:11:32AM
21    A   Never.              11:11:34AM
22    Q   Was it appropriate for police officers 11:11:37AM
23  to drink in the barracks?        11:11:40AM
24       MR. NOVIKOFF:  Objection.        11:11:42AM
25    A   Yes.                11:11:44AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 356

```
 1              GEORGE HESSE
 2    Q   It was appropriate?        11:11:45AM
 3    A   Sure.               11:11:46AM
 4    Q   Is there any policy with respect to   11:11:48AM
 5  drinking in the barracks?        11:11:50AM
 6       MR. NOVIKOFF:  Objection.        11:11:52AM
 7    A   No.                 11:11:52AM
 8       MR. CONNOLLY:  Again, are we making a 11:11:53AM
 9  distinction between off duty and on duty?  11:11:55AM
10  BY MR. GOODSTADT:                11:11:58AM
11    Q   Well, on duty, was it appropriate to  11:11:58AM
12  drink in the barracks?           11:12:00AM
13    A   No.                 11:12:01AM
14    Q   How about before your tour, was it    11:12:01AM
15  appropriate to drink in the barracks?    11:12:04AM
16       MR. NOVIKOFF:  Objection.        11:12:06AM
17    A   I'd say no.          11:12:07AM
18       MR. NOVIKOFF:  When you say before   11:12:09AM
19  tour, you mean within a few hours.    11:12:10AM
20       MR. GOODSTADT:  Yeah, within a few 11:12:12AM
21  hours of your tour.              11:12:14AM
22  BY MR. GOODSTADT:                11:12:15AM
23    Q   Was it appropriate to have any    11:12:15AM
24  alcoholic beverages within a few hours of your 11:12:17AM
25  tour?                          11:12:19AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 357

```
 1              GEORGE HESSE
 2       MR. NOVIKOFF:  Objection.        11:12:20AM
 3    A   My opinion is no.         11:12:20AM
 4    Q   Were there any policies with respect  11:12:23AM
 5  to drinking before coming on duty?       11:12:25AM
 6       MR. NOVIKOFF:  Note my objection.    11:12:29AM
 7    A   There were no policies.   11:12:30AM
 8    Q   If you turn to Hesse 10, Page 7 of the 11:12:31AM
 9  book, Bates Number 11.           11:12:40AM
10       MR. NOVIKOFF:  Okay.          11:12:42AM
11  BY MR. GOODSTADT:                11:12:48AM
12    Q   Do you see under "substance abuse"?   11:12:49AM
13    A   Yes, I do.           11:12:51AM
14    Q   It says, "Incorporated Village of     11:12:52AM
15  Ocean Beach will not tolerate any substance   11:12:52AM
16  abuse on its premises.  Any employee reporting 11:12:56AM
17  for work under the influence of alcohol or     11:13:00AM
18  controlled drugs will be asked to leave    11:13:03AM
19  immediately."                    11:13:06AM
20       Do you see that?           11:13:06AM
21    A   Yes.                11:13:07AM
22    Q   Did you ever ask any officers who     11:13:07AM
23  reported under the influence of alcohol to     11:13:09AM
24  leave?                         11:13:11AM
25       MR. NOVIKOFF:  Objection.  Foundation. 11:13:12AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 358

```
 1              GEORGE HESSE
 2  I don't think that he's testified that there 11:13:13AM
 3  were ever officers that reported under the  11:13:15AM
 4  influence.                  11:13:16AM
 5    A   Yeah, I believe I was asked that  11:13:18AM
 6  question, and no.                11:13:20AM
 7       MR. GOODSTADT:  Could I just see that 11:13:35AM
 8  question back.                   11:13:36AM
 9  BY MR. GOODSTADT:                11:13:46AM
10    Q   Did Tom Snyder ever complain to you   11:13:47AM
11  that officers were coming out to the checkpoint 11:13:48AM
12  late when he had to come in for his shift?     11:13:53AM
13    A   No.                 11:13:57AM
14    Q   Were firearms kept in the barracks?   11:14:05AM
15    A   I believe sometimes, yes.    11:14:08AM
16    Q   Okay.  So even though firearms were   11:14:11AM
17  kept in the barracks, you thought it was       11:14:13AM
18  appropriate for officers to drink in the       11:14:15AM
19  barracks?                        11:14:17AM
20       MR. NOVIKOFF:  Objection to the form  11:14:18AM
21  of the question.                 11:14:18AM
22    A   Sure.               11:14:19AM
23    Q   Did any of the plaintiffs ever        11:14:31AM
24  complain to you that the barracks were unsecure? 11:14:33AM
25    A   Unsecure in what manner?     11:14:39AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 359

GEORGE HESSE

```
1              GEORGE HESSE
2     Q    Door unlocked?              11:14:44AM
3     A    Yeah, I believe I had one complaint.  11:14:47AM
4     Q    Who complained about that?       11:14:50AM
5     A    I think it was Nofi, Joe Nofi, Tom  11:14:52AM
6  Snyder.  I believe there was a dock master up  11:14:56AM
7  there that left the door unlocked once.    11:14:58AM
8     Q    When was that?               11:15:01AM
9     A    I don't recall the year or time frame. 11:15:01AM
10    Q    And it was Nofi and Snyder who     11:15:03AM
11 complained?                       11:15:05AM
12    A    Yeah.  I believe so, yeah.     11:15:06AM
13    Q    What did they state in their    11:15:08AM
14 complaint?                        11:15:09AM
15    A    I believe that they said Dock Master  11:15:09AM
16 Hirsch, if I'm remembering his name correctly,  11:15:13AM
17 may have left the door open or unlocked.     11:15:17AM
18    Q    Did you do anything to discipline   11:15:22AM
19 Hirsch in response to that complaint?        11:15:26AM
20        MR. NOVIKOFF:  Objection to form.    11:15:28AM
21    A    I don't recall a conversation I had   11:15:30AM
22 with him, but dock masters were banned from the 11:15:31AM
23 barracks after that point.              11:15:34AM
24    Q    So prior to that point, they weren't  11:15:36AM
25 banned; after that point, they were banned?    11:15:39AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 360

GEORGE HESSE

```
1              GEORGE HESSE
2     A    That's correct.               11:15:41AM
3     Q    And banning them, was that in response 11:15:42AM
4  to the complaint by Snyder and Nofi?        11:15:44AM
5     A    Yes.                       11:15:46AM
6     Q    Did Carter ever complain to you about  11:15:46AM
7  the barracks being unsecured?            11:15:48AM
8     A    Not that I'm aware of, no.        11:15:50AM
9     Q    Nofi and Snyder's complaint, was that 11:15:52AM
10 in writing or verbal?                11:15:55AM
11    A    I believe it was in writing.      11:15:57AM
12    Q    And it's your testimony that Carter   11:15:59AM
13 never complained about that?            11:16:00AM
14    A    Not that I'm aware of, that I recall. 11:16:01AM
15        MR. GOODSTADT:  Let's mark this,     11:16:13AM
16 please.                          11:16:14AM
17        (Whereupon, Bates document 2750 was  11:16:15AM
18 marked as Plaintiff's Exhibit 11 for        11:16:15AM
19 identification, as of this date.)          11:16:15AM
20        MR. GOODSTADT:  I've placed in front  11:16:48AM
21 of Mr. Hesse what's been marked as Hesse 11.  11:16:49AM
22 It is a one-page document bearing Bates       11:16:52AM
23 Number 2750.  (Handing.)               11:16:54AM
24 BY MR. GOODSTADT:                   11:16:57AM
25    Q    Mr. Hesse, do you recognize this    11:16:57AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 361

GEORGE HESSE

```
1              GEORGE HESSE
2  document marked as Hesse 11?              11:16:59AM
3     A    Actually, I don't -- I recognize it,  11:17:01AM
4  but I don't recall it.                11:17:02AM
5     Q    What do you recognize this as?      11:17:05AM
6     A    As an Ocean Beach Police Department   11:17:07AM
7  internal correspondence, a 2042.          11:17:10AM
8     Q    And this doesn't refresh your      11:17:14AM
9  recollection as to whether Carter complained to 11:17:16AM
10 you about the barracks being unsecure?       11:17:19AM
11        MR. CONNOLLY:  Objection.         11:17:22AM
12        MR. NOVIKOFF:  Yeah.           11:17:24AM
13    A    Yeah, I don't recall this document.  11:17:25AM
14        MR. CONNOLLY:  Also, this appears to  11:17:31AM
15 be a field report of some sort, not a        11:17:32AM
16 complaint.                        11:17:34AM
17        MR. GOODSTADT:  Okay.          11:17:36AM
18        MR. NOVIKOFF:  Well, I guess the     11:17:37AM
19 definition of complaint is what we're going   11:17:38AM
20 to be debating in the summary judgment       11:17:39AM
21 motion.                          11:17:41AM
22        THE WITNESS:  And it's not signed   11:17:42AM
23 either.  So I don't know where it came from.  11:17:44AM
24        MR. NOVIKOFF:  This establishes that  11:17:51AM
25 they knew how to write complaints.         11:17:53AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 362

GEORGE HESSE

```
1              GEORGE HESSE
2  BY MR. GOODSTADT:                   11:18:05AM
3     Q    Did you ever direct any of the      11:18:11AM
4  plaintiffs to drive you on social visits in the 11:18:12AM
5  village while you were on duty?           11:18:19AM
6     A    No.                       11:18:21AM
7     Q    Did you ever direct plaintiffs to    11:18:22AM
8  drive any off-duty officers while they were in  11:18:23AM
9  the village?                       11:18:27AM
10        MR. NOVIKOFF:  Objection to form.    11:18:32AM
11    A    What?                      11:18:32AM
12    Q    Did you ever direct plaintiffs to    11:18:33AM
13 drive any off-duty officers to the checkpoint?  11:18:35AM
14    A    Yes.                       11:18:38AM
15        MR. NOVIKOFF:  Objection to form.    11:18:39AM
16 The answer was yes?                  11:18:40AM
17        THE WITNESS:  Yes.             11:18:42AM
18 BY MR. GOODSTADT:                   11:18:43AM
19    Q    While they were on duty, the       11:18:44AM
20 plaintiffs?                        11:18:45AM
21        MR. NOVIKOFF:  Is the question did he 11:18:46AM
22 ever direct plaintiffs while on duty to      11:18:46AM
23 drive off-duty police officers to the       11:18:48AM
24 checkpoint?                       11:18:51AM
25        MR. GOODSTADT:  Yes.           11:18:51AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 363

GEORGE HESSE

```
1              GEORGE HESSE
2        MR. NOVIKOFF: Objection to form.    11:18:53AM
3     A  I may have, yes.              11:18:53AM
4     Q  Did you ever direct them to drive   11:18:55AM
5  off-duty officers after they came out of the   11:18:56AM
6  bars drinking to the checkpoint while the   11:19:00AM
7  plaintiffs were on duty?            11:19:04AM
8        MR. NOVIKOFF: Objection to form and   11:19:06AM
9  foundation.                      11:19:06AM
10    A  I may have.                   11:19:07AM
11    Q  You don't recall one way or the other? 11:19:08AM
12    A  Specifically, no.             11:19:10AM
13    Q  Did plaintiffs ever complain to you   11:19:11AM
14 about having to do that?            11:19:13AM
15    A  No.                         11:19:14AM
16    Q  Plaintiffs ever complain to you that  11:19:14AM
17 they were leaving the village short on officers 11:19:16AM
18 when they had to drive out to the checkpoint to 11:19:18AM
19 drive off-duty officers who had been drinking to 11:19:21AM
20 the checkpoint?                   11:19:23AM
21    A  Never.                      11:19:25AM
22    Q  Did you ever direct Joe Nofi to take  11:19:30AM
23 Walter Moeller, Walter Moeller's girlfriend and 11:19:33AM
24 their dog to the checkpoint after they'd been   11:19:38AM
25 drinking?                        11:19:41AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 364

GEORGE HESSE

```
1     A  I don't recall that.           11:19:42AM
2        MR. NOVIKOFF: Is the dog the problem? 11:19:47AM
3        MR. GOODSTADT: No, it's leaving the  11:19:48AM
4  village unsecure is the problem.       11:19:49AM
5        MR. NOVIKOFF: Oh, okay.          11:19:52AM
6  BY MR. GOODSTADT:                  11:19:59AM
7     Q  Did Ed Carter ever complain to you the 11:20:00AM
8  village was left short of personnel when he was 11:20:02AM
9  required to chauffeur intoxicated off-duty   11:20:05AM
10 officers?                        11:20:09AM
11       MR. NOVIKOFF: Objection -- no, no   11:20:10AM
12 objection.                       11:20:12AM
13    A  He's never complained, no.        11:20:13AM
14    Q  Did you ever require off-duty officers 11:20:16AM
15 to wait until 5 a.m. to be taken to the   11:20:23AM
16 checkpoint?                      11:20:28AM
17    A  I have done that, yes.          11:20:28AM
18    Q  When was -- strike that.          11:20:30AM
19       Was that a policy that you instituted 11:20:32AM
20 at some point?                    11:20:34AM
21    A  No.                         11:20:35AM
22    Q  And why did you require people to wait 11:20:36AM
23 until 5 a.m. to be taken to the checkpoint?   11:20:39AM
24    A  It may have been a busy night and   11:20:43AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 365

GEORGE HESSE

```
1  instead of taking one of my police officers and 11:20:45AM
2  sending them on a -- you know, out of the   11:20:48AM
3  village for a little while, I would let them   11:20:51AM
4  wait until we were making our relief, and they  11:20:53AM
5  could wait until our relief time.      11:20:56AM
6     Q  What do you mean by "our relief time"? 11:20:58AM
7     A  When guys were going off duty, they   11:21:01AM
8  could wait for the officers who were driving off 11:21:03AM
9  to go off duty.                   11:21:07AM
10    Q  And the request to require the police  11:21:11AM
11 officers to wait until 5 a.m. to be driven off, 11:21:16AM
12 it's your testimony that was in response to   11:21:20AM
13 Carter complaining about having to drive   11:21:22AM
14 intoxicated officers off duty --       11:21:26AM
15    A  No.                         11:21:29AM
16    Q  -- off the island?              11:21:29AM
17    A  No.                         11:21:32AM
18    Q  It's your testimony that Carter on the 11:21:44AM
19 July 4th weekend 2005 didn't complain to you   11:21:46AM
20 about being required to chauffeur civilians   11:21:50AM
21 around while he was on duty?         11:21:53AM
22       MR. NOVIKOFF: I don't know. I don't 11:21:55AM
23 think he's testified to that around yet.  11:21:56AM
24 Objection to form.                 11:21:58AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 366

GEORGE HESSE

```
1     A  Chauffeur civilians around? I don't  11:22:01AM
2  know what you're talking about. I don't recall 11:22:04AM
3  that.                           11:22:05AM
4     Q  Did Carter ever complain to you that  11:22:05AM
5  he was required to chauffeur civilians around   11:22:07AM
6  and it left the village shorthanded?    11:22:07AM
7        MR. NOVIKOFF: Objection. Form.     11:22:10AM
8     A  No.                         11:22:11AM
9     Q  Did you ever put Carter on the back   11:22:12AM
10 streets to patrol?                 11:22:14AM
11    A  I'm sure he's done that, yes.      11:22:16AM
12    Q  Is being put on the back streets a   11:22:18AM
13 form of discipline?                11:22:21AM
14    A  No.                         11:22:22AM
15    Q  How do you determine who patrols the  11:22:27AM
16 back streets?                     11:22:30AM
17    A  Sometimes I would ask for volunteers. 11:22:32AM
18    Q  How else?                     11:22:35AM
19    A  Sometimes I would just post you there. 11:22:37AM
20    Q  Was the back streets a less desirable 11:22:39AM
21 post than the other areas of the village?   11:22:41AM
22       MR. CONNOLLY: Objection.          11:22:44AM
23    A  In my opinion, yeah.            11:22:45AM
24    Q  Did you ever require Frank Fiorillo   11:22:50AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 367

GEORGE HESSE

1
2  while he was on duty to drive you to Mitch          11:22:52AM
3  Burns' house?                                       11:22:54AM
4     A   Not that I recall.                           11:22:55AM
5     Q   Who's Mitch Burns?                           11:22:56AM
6     A   Just a homeowner in the village.             11:22:58AM
7     Q   You're friends with Mr. Burns?               11:23:00AM
8     A   I'm an acquaintance.                         11:23:02AM
9     Q   Have you ever been over his house?           11:23:03AM
10    A   Yeah.                                        11:23:05AM
11    Q   In the village?                              11:23:06AM
12    A   Yeah.                                        11:23:07AM
13    Q   Where's his house located in the             11:23:08AM
14 village?                                            11:23:10AM
15    A   It's on Evergreen Walk.                      11:23:10AM
16    Q   How many times have you been to his          11:23:13AM
17 house?                                              11:23:15AM
18    A   A handful of times.                          11:23:16AM
19    Q   How many is a handful?                       11:23:17AM
20    A   Five, six times.  I don't know.              11:23:19AM
21    Q   Were any of those five or six times on       11:23:21AM
22 police business?                                    11:23:23AM
23    A   Yeah.                                        11:23:24AM
24    Q   What did you go to his house on police        11:23:26AM
25 business for?                                       11:23:28AM

TSG Reporting - Worldwide  (877) 702-9580

Page 368

GEORGE HESSE

1
2     A   I've been to his house for a noise           11:23:29AM
3  complaint or two.                                   11:23:31AM
4     Q   Did you ever issue him a summons?            11:23:32AM
5     A   No.                                          11:23:34AM
6     Q   Did you ever issue a noise complaint         11:23:38AM
7  summons to anyone in the village?                   11:23:40AM
8     A   Oh, sure.                                    11:23:43AM
9     Q   And why didn't you issue a summons to        11:23:44AM
10 Mitch Burns for the couple times that you were      11:23:47AM
11 called to his house for a noise violation?          11:23:49AM
12    A   I don't think it required a summons.         11:23:52AM
13    Q   What do you mean by that?                    11:23:53AM
14    A   It wasn't as loud as it would normally       11:23:55AM
15 be to require a summons.                            11:24:00AM
16    Q   Is there a certain decibel level or          11:24:02AM
17 something that requires a summons?                  11:24:06AM
18    A   You could judge it by that, but no.          11:24:08AM
19    Q   Did you judge it that way?                   11:24:10AM
20    A   It's a matter of discretion.  No, I          11:24:12AM
21 didn't judge it by decibel levels.                  11:24:15AM
22    Q   Have you ever been at his house on           11:24:24AM
23 non-police business?                                11:24:26AM
24    A   Yes.                                         11:24:28AM
25    Q   How many times?                              11:24:29AM

TSG Reporting - Worldwide  (877) 702-9580

Page 369

GEORGE HESSE

1
2     A   Couple times.                                11:24:31AM
3     Q   How many is a couple?                        11:24:32AM
4     A   Two, three times maybe.                      11:24:34AM
5     Q   And what were you at his house for on        11:24:37AM
6  non-police business?                                11:24:39AM
7     A   My wife and I was invited over for a         11:24:41AM
8  barbecue.                                           11:24:44AM
9     Q   Two or three times?                          11:24:45AM
10    A   Yeah.                                        11:24:46AM
11    Q   How about other than for a barbecue,         11:24:51AM
12 have you ever been over his house on non-police      11:24:53AM
13 business?                                           11:24:55AM
14    A   Not that I recall.                           11:24:56AM
15    Q   Have you ever been to his apartment in       11:24:58AM
16 Manhattan?                                          11:25:02AM
17    A   Yes.                                         11:25:03AM
18    Q   How many times?                              11:25:04AM
19    A   Once.                                        11:25:05AM
20    Q   On police business or non-police             11:25:06AM
21 business?                                           11:25:08AM
22    A   Non-police business.                         11:25:08AM
23    Q   Where's his apartment in Manhattan           11:25:09AM
24 that you've been to?                                11:25:12AM
25    A   I don't know the exact address.              11:25:13AM

TSG Reporting - Worldwide  (877) 702-9580

Page 370

GEORGE HESSE

1
2     Q   Was it on the Upper East Side?               11:25:15AM
3     A   It may have been.  I don't know.             11:25:17AM
4     Q   When were you at his apartment on            11:25:20AM
5  non-police business?                                11:25:22AM
6     A   It was around Christmastime, God, I          11:25:24AM
7  don't know, maybe 2003ish.                          11:25:28AM
8     Q   What were you at his apartment for?          11:25:31AM
9     A   We were meeting he and his wife to go        11:25:33AM
10 to a show and then to get drinks afterwards.         11:25:37AM
11        MR. CONNOLLY:  Who's "we"?                   11:25:41AM
12        THE WITNESS:  My wife and I and he and        11:25:42AM
13 his wife.                                           11:25:45AM
14 BY MR. GOODSTADT:                                   11:25:46AM
15    Q   Was anybody else there?                      11:25:46AM
16    A   No.                                          11:25:48AM
17    Q   What year was that?                          11:25:49AM
18    A   I don't really recall.                       11:25:50AM
19    Q   Did you go to a show with him and his        11:25:52AM
20 wife?                                               11:25:54AM
21    A   Yes.                                         11:25:55AM
22    Q   Did you guys go out drinking                 11:25:55AM
23 afterwards?                                         11:25:57AM
24    A   Yeah.                                        11:25:59AM
25    Q   Did you ever tell Frank Fiorillo with        11:26:02AM

TSG Reporting - Worldwide  (877) 702-9580

Page 371

GEORGE HESSE

1
2      respect to Mitch Burns' place in Ocean Beach   11:26:05AM
3      that whatever happens here between the drugs and 11:26:08AM
4      the girls, we look the other way?            11:26:12AM
5      A    Never.              11:26:15AM
6      Q    Is it true that you told officers that 11:26:19AM
7      you slept with Elyse Miller in Mitch Burns' hot 11:26:22AM
8      tub?                  11:26:26AM
9          MR. NOVIKOFF:  Objection.       11:26:28AM
10     A    Never.              11:26:28AM
11     Q    Did you ever sleep with Elyse Miller   11:26:29AM
12     in Mitch Burns' hot tub?          11:26:30AM
13     A    Never.              11:26:33AM
14     Q    Have you ever been over Mitch Burns'   11:26:33AM
15     house while Elyse Miller was there as well?   11:26:34AM
16     A    Yes.              11:26:41AM
17     Q    How many times?          11:26:42AM
18     A    One time.            11:26:43AM
19     Q    When was that?          11:26:43AM
20     A    I don't recall.            11:26:44AM
21     Q    How did you get home from there the   11:26:47AM
22     day that Elyse Miller was there?        11:26:49AM
23     A    I don't know.  I believe my wife and I 11:26:50AM
24     walked down Evergreen northbound to Bay Walk,   11:26:52AM
25     made a left and got on the ferry and went home. 11:26:57AM

TSG Reporting - Worldwide  (877) 702-9580

Page 372

GEORGE HESSE

1
2      Q    Did you ever have Frank Fiorillo pick 11:27:01AM
3      you up from Mitch Burns' house?        11:27:03AM
4      A    Never.              11:27:06AM
5      Q    Did you ever sleep over his apartment 11:27:14AM
6      in New York City?            11:27:16AM
7      A    Never.              11:27:17AM
8      Q    Do you know whether he's ever sold any 11:27:23AM
9      narcotics?                11:27:25AM
10     A    I don't know.            11:27:26AM
11     Q    Did you ever hear that he was selling 11:27:27AM
12     narcotics?                11:27:29AM
13     A    No.              11:27:30AM
14     Q    Did you ever hear he was selling     11:27:30AM
15     Fentanyl lollipops?            11:27:32AM
16     A    No. I don't even know what that is. 11:27:34AM
17     Q    Do you know what Fentanyl is?      11:27:36AM
18     A    No.              11:27:39AM
19     Q    Who is Andrea Nimburger?        11:27:40AM
20     A    That's a woman who owns a house in the 11:27:42AM
21     village.                11:27:45AM
22     Q    Where is her house in the village?   11:27:46AM
23     A    I believe it's on Wilmot Walk,     11:27:48AM
24     W-I-L-M-O-T.              11:27:51AM
25     Q    Have you ever been over her house?   11:28:00AM

TSG Reporting - Worldwide  (877) 702-9580

Page 373

GEORGE HESSE

1
2      A    Yes.              11:28:02AM
3      Q    How many times?          11:28:02AM
4      A    A handful of times.          11:28:03AM
5      Q    Have you ever been over there on   11:28:05AM
6      non-police business?            11:28:07AM
7      A    Yes.              11:28:10AM
8      Q    How many times?          11:28:11AM
9      A    Handful of times.          11:28:13AM
10     Q    How many is a handful?        11:28:14AM
11     A    Five or six.            11:28:16AM
12     Q    What years did you go to her house on 11:28:18AM
13     non-police business?            11:28:21AM
14     A    God, over 16 years, you know, I don't 11:28:23AM
15     know.                  11:28:26AM
16     Q    You don't know?          11:28:28AM
17     A    Could be more than five or six times. 11:28:28AM
18     Q    Did you ever require Frank Fiorillo to 11:28:31AM
19     take her -- take you to her house for non-police 11:28:32AM
20     business?                11:28:36AM
21     A    Not that I recall, no.        11:28:37AM
22     Q    Do you know her son, Andrea      11:28:41AM
23     Nimburger's son?            11:28:43AM
24     A    Yeah.              11:28:45AM
25     Q    Did you ever have a sexual        11:28:45AM

TSG Reporting - Worldwide  (877) 702-9580

Page 374

GEORGE HESSE

1
2      relationship with Andrea Nimburger?      11:28:47AM
3          MR. CONNOLLY:  Objection.      11:28:49AM
4      A    No.              11:28:50AM
5      Q    Isn't it true that you told Frank   11:28:51AM
6      Fiorillo that you did?          11:28:52AM
7          MR. CONNOLLY:  Objection.      11:28:53AM
8      A    No.              11:28:54AM
9      Q    It's not true?          11:28:54AM
10     A    It's not true.            11:28:55AM
11     Q    Is it true that Fiorillo complained to 11:28:58AM
12     you that the village was being left short when 11:29:00AM
13     he had to chauffeur you over there?      11:29:03AM
14     A    Never.              11:29:05AM
15     Q    Did you ever tell Ed Carter that you 11:29:19AM
16     gave someone the, quote, German sausage?     11:29:21AM
17         MR. CONNOLLY:  Objection.      11:29:25AM
18     A    Never.              11:29:25AM
19     Q    Did you ever use that phrase, German 11:29:26AM
20     sausage?                11:29:28AM
21     A    Yes.              11:29:29AM
22         MR. NOVIKOFF:  You mean from a deli? 11:29:30AM
23     A    Yes, I have.            11:29:31AM
24     Q    What did you mean by German sausage? 11:29:32AM
25     A    I don't know.  I read it in the    11:29:33AM

TSG Reporting - Worldwide  (877) 702-9580

---

GEORGE HESSE

1   GEORGE HESSE
2   newspaper in the Post, and so now I use it on a   11:29:36AM
3   regular basis.                                11:29:37AM
4   **Q     You use it on a regular basis?      11:29:38AM**
5   A   Yeah, as a joke.                         11:29:41AM
6   **Q     Referring to what?                   11:29:41AM**
7   A   As the German sausage.                   11:29:41AM
8   **Q     What are you referring to as a German   11:29:43AM**
9   **sausage?                                   11:29:44AM**
10  I guess my penis.                            11:29:44AM
11      MR. NOVIKOFF: I was thinking a           11:29:47AM
12  sandwich. Could be.                          11:29:49AM
13      MR. GOODSTADT: I don't want to think     11:29:51AM
14  of anything.                                 11:29:51AM
15  BY MR. GOODSTADT:                            11:30:10AM
16  **Q     Did you ever refer to Kevin Lamm as   11:30:11AM**
17  **being gay or homosexual?                  11:30:15AM**
18  A   I have not, no.                          11:30:18AM
19  **Q     Did you ever refer to Kevin Lamm as   11:30:27AM**
20  **Kevina, either in writing or verbally?    11:30:29AM**
21  A   Not that I recall, no.                   11:30:35AM
22  **Q     Did you ever refer to Kevin Lamm as   11:30:36AM**
23  **his last name Lambo --                    11:30:38AM**
24  A   Oh, sure.                                11:30:42AM
25  **Q     -- either in writing or verbally?    11:30:43AM**

---

1   **GEORGE HESSE**
2   A   Verbal, yeah.                            11:30:45AM
3   **Q     Is that his nickname, Lambo?        11:30:46AM**
4   A   Yeah. Lambo Rambo, yeah.                 11:30:49AM
5   **Q     Did you ever give him a business card   11:30:51AM**
6   **that said Kevin Lambo?                    11:30:57AM**
7   A   No.                                      11:30:59AM
8       (Whereupon, Bates document P 925 was   11:31:10AM
9   marked as Plaintiff's Exhibit 12 for        11:31:10AM
10  identification, as of this date.)           11:31:10AM
11  BY MR. GOODSTADT:                            11:31:34AM
12  **Q     I've placed in front of Hesse what's   11:31:41AM**
13  **been marked as Hesse 12. It's a one-page   11:31:42AM**
14  **exhibit Bates numbered P 925. (Handing.)   11:31:45AM**
15      **Mr. Hesse, have you ever seen what's   11:31:50AM**
16  **now been marked as Hesse 12?              11:31:52AM**
17  A   Yes.                                     11:31:54AM
18  **Q     Where did you see this?             11:31:55AM**
19  A   Actually, yesterday. One of the          11:31:56AM
20  documents I forgot that I reviewed with my   11:31:59AM
21  attorney, Mr. Connolly.                      11:32:01AM
22  **Q     Did you create this --              11:32:03AM**
23  A   No.                                      11:32:05AM
24  **Q     -- business card?                   11:32:05AM**
25      **Did you ever create business cards on   11:32:06AM**

---

1   **GEORGE HESSE**
2   the police computer?                         11:32:08AM
3   A   Yes.                                     11:32:09AM
4   **Q     For other officers?                 11:32:10AM**
5   A   Everyone had access to it to make       11:32:12AM
6   whatever they wanted.                        11:32:15AM
7   **Q     My question is, did you ever make them   11:32:17AM**
8   **for other officers?                       11:32:19AM**
9   A   I may have.                              11:32:20AM
10  **Q     You don't recall one way or the other?   11:32:20AM**
11  A   I don't recall, no.                      11:32:23AM
12  **Q     Which computer do you make the      11:32:25AM**
13  **business cards on?                        11:32:28AM**
14  A   They were made on one of the station    11:32:30AM
15  house computers way back then on a program. I  11:32:31AM
16  think it was Microsoft Publisher at the time.  11:32:34AM
17  **Q     Who created the template for the Ocean   11:32:39AM**
18  **Beach business card?                      11:32:43AM**
19  A   I may have.                              11:32:44AM
20  **Q     Is this the template for the Ocean   11:32:45AM**
21  **Beach business card? The top half of this, is   11:32:46AM**
22  **that the template?                        11:32:49AM**
23  A   It could've been back in the day.       11:32:51AM
24  This is old.                                 11:32:53AM
25  **Q     So you don't recall one way or the   11:32:54AM**

---

1   **GEORGE HESSE**
2   other whether that was the template?         11:32:56AM
3   A   It may have been.                        11:32:58AM
4   **Q     And is that the phone number of the   11:32:59AM**
5   **station house?                            11:33:02AM**
6   A   No.                                      11:33:03AM
7       MR. CONNOLLY: When?                      11:33:03AM
8   **Q     Is that the address of the station   11:33:05AM**
9   **house?                                    11:33:08AM**
10  A   Yes.                                     11:33:08AM
11  **Q     Is that the fax number or was the fax   11:33:09AM**
12  **number of the station house?              11:33:09AM**
13  A   It was, I guess, when 516 was the area   11:33:11AM
14  code. This is really old.                    11:33:14AM
15  **Q     And was that the telephone number?   11:33:16AM**
16  A   Back in the day, yeah.                   11:33:18AM
17  **Q     Isn't it true that you handed this   11:33:21AM**
18  **card to Kevin Lamm?                       11:33:22AM**
19      MR. NOVIKOFF: Objection.                 11:33:24AM
20  A   I didn't hand this to Kevin Lamm, no.   11:33:24AM
21  **Q     Do you believe that Kevin Lamm is   11:33:35AM**
22  **homosexual?                               11:33:37AM**
23      MR. NOVIKOFF: Objection.                 11:33:38AM
24      MR. CONNOLLY: Objection.                 11:33:39AM
25      MR. NOVIKOFF: Objection.                 11:33:40AM

## Page 379

GEORGE HESSE

1
2     MR. CONNOLLY: What's the relevance?  11:33:40AM
3     MR. GOODSTADT: Well, the relevance   11:33:42AM
4  is, you know --                         11:33:43AM
5     MR. NOVIKOFF: Are you making a claim  11:33:44AM
6  of discrimination based on sexual        11:33:45AM
7  orientation?                            11:33:47AM
8     MR. GOODSTADT: No. We're making a    11:33:49AM
9  claim of defamation. We're making a claim 11:33:50AM
10 of slander. And if we have to amend the   11:33:52AM
11 complaint, we will.                     11:33:55AM
12    MR. NOVIKOFF: I look forward to you   11:33:57AM
13 amending the complaint, obviously.       11:33:58AM
14    It's your witness.                   11:34:01AM
15    MR. CONNOLLY: I agree, but you can    11:34:03AM
16 answer.                                 11:34:04AM
17    MR. GOODSTADT: And your objections,  11:34:05AM
18 as we've gone over thousands of times,    11:34:06AM
19 patently irrelevant, are reserved.       11:34:08AM
20    MR. NOVIKOFF: Sometimes yes,         11:34:12AM
21 sometimes no.                           11:34:12AM
22    MR. CONNOLLY: If you have an opinion. 11:34:14AM
23 A   I don't believe he is, but I don't   11:34:18AM
24 have an opinion, really.                11:34:19AM
25 Q   Did you ever call Kevin Lamm a rat?  11:34:25AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 380

GEORGE HESSE

1
2  A   I may have.                          11:34:28AM
3  Q   How many times?                      11:34:31AM
4  A   I don't know.                        11:34:32AM
5  Q   What's your understanding of what a  11:34:35AM
6  rat is in police terminology?           11:34:36AM
7     MR. NOVIKOFF: Objection.             11:34:39AM
8     MR. CONNOLLY: In police terminology? 11:34:42AM
9     MR. GOODSTADT: Yeah.                 11:34:44AM
10 BY MR. GOODSTADT:                       11:34:44AM
11 Q   You know, when you call another police 11:34:44AM
12 officer a rat, what does that mean?      11:34:46AM
13    MR. NOVIKOFF: Objection.             11:34:48AM
14    MR. CONNOLLY: Objection.             11:34:49AM
15 A   It could be a tattletale. It could be 11:34:50AM
16 vermin, low, dirty down. You know.       11:34:53AM
17 Q   How about a mutt, did you ever use   11:34:57AM
18 that term?                              11:34:59AM
19 A   Yes.                                 11:35:00AM
20 Q   What does a mutt mean?               11:35:00AM
21    MR. NOVIKOFF: In police parlance?    11:35:04AM
22    MR. GOODSTADT: Yeah, in police       11:35:06AM
23 parlance.                               11:35:07AM
24    MR. NOVIKOFF: Objection.             11:35:08AM
25 A   Dirtbag.                             11:35:09AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 381

GEORGE HESSE

1
2  Q   Is it different than a rat?          11:35:09AM
3     MR. NOVIKOFF: In police parlance?    11:35:12AM
4     MR. GOODSTADT: Yes.                  11:35:14AM
5     MR. NOVIKOFF: Objection.             11:35:15AM
6  A   I guess you could use it different   11:35:16AM
7  ways, but yes. They're a little different. 11:35:17AM
8  Q   In police parlance, what's the      11:35:20AM
9  difference between a rat and a mutt?     11:35:22AM
10    MR. NOVIKOFF: Objection.             11:35:26AM
11 A   To differentiate the difference, a rat 11:35:26AM
12 could be a tattletale.                  11:35:27AM
13 Q   Right.                              11:35:29AM
14 A   A rat could be just vermin. And a    11:35:30AM
15 mutt could just be a dirtbag. I don't know. 11:35:34AM
16 Q   When you say you could've called Kevin 11:35:47AM
17 Lamm a rat, is there any incident that you're 11:35:49AM
18 referring to?                           11:35:52AM
19 A   I may have written something on the  11:35:52AM
20 blog or something like that.             11:35:54AM
21 Q   What did you write on the blog?      11:35:56AM
22 A   I don't know. I'd have to go through 11:35:58AM
23 the blog.                               11:35:59AM
24 Q   Did you ever verbally call Kevin Lamm 11:36:05AM
25 a rat?                                  11:36:07AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 382

GEORGE HESSE

1
2  A   Not that I recall, no.              11:36:08AM
3  Q   Do you recall what your posting name 11:36:19AM
4  was on the blog when you called Kevin Lamm a 11:36:21AM
5  rat?                                    11:36:24AM
6  A   Specifically, no.                    11:36:24AM
7  Q   The last time you testified to four  11:36:25AM
8  names that thought that you used, Still   11:36:27AM
9  Employed, Still Employed 2, Dirty and Dirty 1. 11:36:29AM
10 A   Uh-huh.                              11:36:32AM
11 Q   Any other names that you can think of 11:36:33AM
12 that you used on the blog?               11:36:35AM
13 A   There are others, but I don't recall 11:36:36AM
14 them at this time.                      11:36:38AM
15 Q   Did you ever use Rat Hater?          11:36:48AM
16 A   I don't think so.                    11:36:50AM
17    MR. NOVIKOFF: On the blog?           11:36:52AM
18    MR. GOODSTADT: On the blog.          11:36:53AM
19 BY MR. GOODSTADT:                       11:36:55AM
20 Q   Did you ever use Forever Employed?   11:36:55AM
21 A   I don't know. I'd have to look at the 11:36:57AM
22 post.                                   11:36:59AM
23 Q   Did you ever use Guest with 15 ones  11:36:59AM
24 after it?                               11:37:03AM
25 A   No, I don't think so.               11:37:04AM

TSG Reporting - Worldwide  (877) 702-9580

Page 383

```
                  GEORGE HESSE
1
2     Q    Or just the handle just 15 ones?    11:37:04AM
3     A    No, I don't think so.          11:37:07AM
4     Q    Did you ever use Guest 11770 or just  11:37:08AM
5   the number 11770?                   11:37:12AM
6     A    No.                      11:37:16AM
7     Q    Did you use Free the Four?        11:37:16AM
8     A    I may have.                  11:37:18AM
9        MR. NOVIKOFF:  Is it Free T-H-E    11:37:24AM
10  F-O-U-R?                         11:37:25AM
11       MR. GOODSTADT:  Yes.           11:37:29AM
12  BY MR. GOODSTADT:                   11:37:31AM
13    Q    Did you ever use Just the Facts Ma'am? 11:37:32AM
14    A    I don't think so, no.          11:37:34AM
15    Q    Did you ever use Your Turn Boys?    11:37:36AM
16    A    I don't think so.             11:37:38AM
17    Q    Did you ever use Misconduct?       11:37:39AM
18    A    No.                      11:37:41AM
19    Q    Did you ever use Frank the Fag?     11:37:42AM
20    A    No.                      11:37:44AM
21    Q    Did you ever use Miss You Guys?     11:37:44AM
22    A    No.                      11:37:47AM
23    Q    Did you ever use Hate the Five?     11:37:48AM
24    A    I don't think so, no.          11:37:50AM
25    Q    Did you ever use On the Level?     11:37:52AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 384

```
                  GEORGE HESSE
1
2     A    No.                      11:37:54AM
3     Q    Did you ever use Man Up Jerk-offs?   11:37:55AM
4     A    No.                      11:37:58AM
5     Q    Did you ever post --            11:37:58AM
6        MR. NOVIKOFF:  On the blog?       11:38:00AM
7        MR. GOODSTADT:  On the blog.      11:38:01AM
8   BY MR. GOODSTADT:                   11:38:03AM
9     Q    Did you ever use no name and just post 11:38:03AM
10  without putting in a name?            11:38:07AM
11    A    I don't think it lets you do that, but 11:38:08AM
12  no. I don't think so, no.             11:38:10AM
13    Q    Have you ever seen Joe Nofi, Frank   11:38:17AM
14  Fiorillo or Kevin Lamm come into contact with  11:38:20AM
15  somebody who they did not beat up?        11:38:24AM
16    A    What?                   11:38:27AM
17       MR. NOVIKOFF:  Wait, wait. Hold on. 11:38:28AM
18       MR. CONNOLLY:  Objection.        11:38:30AM
19       MR. NOVIKOFF:  You know, that may not 11:38:30AM
20  be objectionable to form.  I just want to  11:38:32AM
21  hear the question.                 11:38:34AM
22       If you can repeat that back for me.  11:38:35AM
23       (Whereupon, the referred to portion  11:38:45AM
24  was read back by the court reporter:  Have  11:38:45AM
25  you ever seen Joe Nofi, Frank Fiorillo or  11:38:45AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 385

```
                  GEORGE HESSE
1
2   Kevin Lamm come into contact with somebody  11:38:45AM
3   who they did not beat up?)            11:38:45AM
4        MR. NOVIKOFF:  You mean other than the 11:38:46AM
5   people at this table?               11:38:52AM
6        MR. GOODSTADT:  While they were police 11:38:52AM
7   officers.                      11:38:53AM
8        MR. CONNOLLY:  That's a simple yes or 11:38:57AM
9   no.                         11:38:59AM
10       THE WITNESS:  Yeah, I know.  I'm just 11:38:59AM
11  trying to figure that one out.          11:39:01AM
12    A    Yeah, I guess.                11:39:03AM
13    Q    So a statement that the three of them  11:39:05AM
14  beat up everyone they came into contact with  11:39:08AM
15  would be false, correct?              11:39:11AM
16    A    Yeah.                    11:39:14AM
17    Q    Did you ever state or insinuate on the 11:39:18AM
18  blog that any of the plaintiffs were gay or  11:39:20AM
19  homosexual?                      11:39:23AM
20    A    I may have.                  11:39:25AM
21    Q    Do you recall which plaintiff you    11:39:27AM
22  stated that about on the blog?          11:39:29AM
23    A    I don't recall.               11:39:31AM
24    Q    Was it Kevin Lamm?             11:39:33AM
25    A    I might have.                11:39:34AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 386

```
                  GEORGE HESSE
1
2     Q    Frank Fiorillo?              11:39:35AM
3     A    I might have.                11:39:36AM
4     Q    Do you believe Frank Fiorillo to be  11:39:38AM
5   gay or homosexual?                  11:39:40AM
6     A    Nah.                    11:39:42AM
7     Q    Any other plaintiffs you insinuated  11:39:46AM
8   were gay or homosexual other than Mr. Fiorillo 11:39:49AM
9   or Mr. Lamm?                     11:39:52AM
10    A    I'm sure all five of the plaintiffs at 11:39:54AM
11  some point.                     11:39:56AM
12    Q    Do you believe that any of the five   11:39:57AM
13  plaintiffs are gay or homosexual?         11:39:58AM
14    A    No, I don't.                 11:40:00AM
15    Q    Did you ever call any of the        11:40:14AM
16  plaintiffs a mutt?                  11:40:15AM
17       MR. NOVIKOFF:  On the blog?        11:40:16AM
18       MR. GOODSTADT:  At any point.  On the 11:40:18AM
19  blog, off the blog, verbally, in writing.  11:40:20AM
20    A    Yeah.                    11:40:23AM
21    Q    When?                   11:40:24AM
22    A    I don't recall.               11:40:25AM
23       MR. GOODSTADT:  Mark that.        11:40:54AM
24       (Whereupon, picture of writing on the 11:40:56AM
25  wall was marked as Plaintiff's Exhibit 13  11:40:56AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 387

GEORGE HESSE

```
1           GEORGE HESSE
2      for identification, as of this date.)    11:40:56AM
3           MR. GOODSTADT:  I've placed in front  11:41:48AM
4   of Mr. Hesse what's now been marked as       11:41:49AM
5   Hesse 13.  It is a two-page exhibit.  I      11:41:51AM
6   don't believe it bears any Bates numbers.    11:41:55AM
7   BY MR. GOODSTADT:                            11:41:57AM
8      Q    Mr. Hesse, have you ever seen the    11:41:58AM
9   first page of what's been marked as Hesse 13?  11:42:00AM
10     A    Yes.                                 11:42:03AM
11     Q    Okay.  And what is this depicting?   11:42:03AM
12     A    I believe it was in our bathroom stall  11:42:05AM
13  in the police station on a wood wall that you  11:42:08AM
14  would face.  If you were a man standing up and  11:42:13AM
15  urinating into the toilet, you could see      11:42:17AM
16  straight in front of you what was written on the  11:42:19AM
17  wall.                                        11:42:23AM
18     Q    Do you know who wrote this?          11:42:23AM
19     A    I have no idea.                       11:42:24AM
20     Q    Did Snyder ever complain to you about  11:42:25AM
21  the first page of Hesse 13?                   11:42:27AM
22     A    It was never complained, no.          11:42:29AM
23     Q    And were you the author of what's on  11:42:34AM
24  Hesse 13?                                    11:42:37AM
25     A    Absolutely not.                      11:42:38AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 388

GEORGE HESSE

```
1           GEORGE HESSE
2      Q    How about Page 2 of Hesse 13, did you  11:42:38AM
3   ever see this?                               11:42:41AM
4      A    Yes.                                 11:42:42AM
5      Q    And was this -- where was this --    11:42:43AM
6   strike that.                                 11:42:46AM
7           What is Page 2 of Hesse 13?           11:42:47AM
8      A    Basically just what I described, same  11:42:51AM
9   exact thing in the same area, writing on the  11:42:53AM
10  wall in the bathroom.                         11:42:56AM
11     Q    Were you the author of what's depicted  11:42:58AM
12  on the second page of Hesse 13?               11:42:59AM
13     A    Absolutely not, no.                   11:43:01AM
14     Q    Do you know who wrote what was on the  11:43:02AM
15  second page of Hesse 13?                      11:43:04AM
16     A    No, I don't.                          11:43:05AM
17     Q    Did you ever speak to any of the     11:43:07AM
18  officers about marking up the walls in the   11:43:09AM
19  bathroom?                                    11:43:11AM
20     A    At some point, I believe I wrote on  11:43:15AM
21  the wall and said "stop writing on the wall,"  11:43:17AM
22  and I told everybody to stop writing on the   11:43:19AM
23  wall.                                        11:43:22AM
24     Q    What do you mean, you wrote "stop    11:43:22AM
25  writing on the wall"?  Was it a directive you  11:43:22AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 389

GEORGE HESSE

```
1           GEORGE HESSE
2   posted or you actually wrote it --           11:43:23AM
3      A    No.  I wrote it right underneath all  11:43:25AM
4   this stuff.  I said, "Stop writing on the wall,  11:43:27AM
5   103."                                        11:43:31AM
6      Q    And who did you tell to stop writing  11:43:32AM
7   on the wall?                                 11:43:32AM
8      A    I believe I made a general statement  11:43:33AM
9   to everybody that was working in the department.  11:43:35AM
10     Q    Do you recall when that was?         11:43:37AM
11     A    I don't, no.                          11:43:39AM
12     Q    And when was the two pictures that are  11:43:39AM
13  depicted in Hesse 13, when were those things  11:43:43AM
14  written on the wall?                          11:43:46AM
15     A    You know, I don't know.  I know -- I  11:43:47AM
16  believe Laminated and Snyderized was up for   11:43:50AM
17  quite a while.                               11:43:56AM
18     Q    Did you ever take any steps to have it  11:43:58AM
19  removed?                                     11:44:01AM
20     A    Oh, I've removed it but, you know, not  11:44:01AM
21  then.                                        11:44:05AM
22     Q    I'm talking about then.  Did you ever  11:44:06AM
23  take any steps to have it removed?  You said it  11:44:08AM
24  was there quite a while.                      11:44:10AM
25     A    Yeah.  No.                            11:44:12AM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 390

GEORGE HESSE

```
1           GEORGE HESSE
2           MR. NOVIKOFF:  Objection.  That wasn't  11:44:13AM
3   what you asked him when he responded "quite   11:44:14AM
4   a while."  Objection to form, but --          11:44:17AM
5   BY MR. GOODSTADT:                            11:44:19AM
6      Q    How long is quite a while?            11:44:19AM
7           MR. NOVIKOFF:  He said he saw it quite  11:44:22AM
8   a while ago, I believe.                       11:44:23AM
9           MR. GOODSTADT:  Can you go back to the  11:44:26AM
10  answer "quite a while."                       11:44:27AM
11          MR. CONNOLLY:  Ask him.               11:44:29AM
12          MR. GOODSTADT:  I want to see what he  11:44:30AM
13  said.                                        11:44:31AM
14  BY MR. GOODSTADT:                            11:45:01AM
15     Q    You testified that it was up for quite  11:45:01AM
16  a while.                                     11:45:03AM
17     A    Uh-huh.                              11:45:04AM
18          MR. NOVIKOFF:  I don't recall it that  11:45:05AM
19  way, but it is what it is.                    11:45:05AM
20          MR. GOODSTADT:  I have the transcript.  11:45:08AM
21  You can play the video, if you want.          11:45:08AM
22          MR. NOVIKOFF:  I don't see a           11:45:15AM
23  transcript.  It's on the video.              11:45:15AM
24          My objection stands.                  11:45:15AM
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 391

GEORGE HESSE

BY MR. GOODSTADT:                                    11:45:17AM
3    Q   So during the -- strike that.          11:45:17AM
4        What did you mean by quite a while,    11:45:19AM
5    how long?                                   11:45:22AM
6        A   I believe it was years. I believe  11:45:22AM
7    that this stuff was on the wall for years.  11:45:24AM
8    Q   And during those years, did you ever   11:45:27AM
9    do anything to take it down other than for write  11:45:28AM
10   "stop writing on the walls, 103"?          11:45:32AM
11       A   No.                                 11:45:35AM
12   Q   Did Kevin Lamm ever complain to you    11:45:36AM
13   about Page 2 of Hesse 13?                   11:45:37AM
14       A   No.                                 11:45:42AM
15       MR. GOODSTADT: I want to take a        11:45:55AM
16   five-minute break here.                     11:45:56AM
17       MR. NOVIKOFF: You got it.              11:45:58AM
18       THE VIDEOGRAPHER: The time is 11:47.   11:45:59AM
19   We're off the record.                       11:46:00AM
20       (Whereupon, a discussion was held off  11:46:03AM
21   the record.)                                11:46:03AM
22       THE VIDEOGRAPHER: The time is 12:04.   12:02:16PM
23   We're on the record.                        12:02:17PM
24   BY MR. GOODSTADT:                          12:02:20PM
25   Q   Mr. Hesse, do you know who Frank       12:02:21PM

TSG Reporting - Worldwide  (877) 702-9580

Page 392

GEORGE HESSE

2    Tutone is?                                  12:02:24PM
3        A   Yes.                                12:02:25PM
4    Q   Who is Frank Tutone?                    12:02:25PM
5        A   He's a local resident of Ocean Beach. 12:02:27PM
6    Q   Have you ever been to Mr. Tutone's     12:02:34PM
7    residence?                                  12:02:37PM
8        MR. CONNOLLY: In what capacity?        12:02:38PM
9        MR. GOODSTADT: At any time.            12:02:40PM
10       A   Yes.                                12:02:40PM
11   Q   How many times have you been to his    12:02:42PM
12   residence?                                  12:02:44PM
13       A   Maybe four times.                   12:02:47PM
14   Q   Have you ever been there on non-police 12:02:49PM
15   business?                                   12:02:51PM
16       A   Never.                              12:02:52PM
17   Q   So all four times was on police        12:02:54PM
18   business?                                   12:02:56PM
19       A   Yes.                                12:02:56PM
20   Q   And what was the police business at    12:02:57PM
21   Mr. Tutone's residence that you were there for? 12:02:59PM
22       A   To arrest him.                      12:03:02PM
23   Q   All four times?                         12:03:03PM
24       A   I believe so, yes.                  12:03:04PM
25   Q   What was he arrested for?              12:03:05PM

TSG Reporting - Worldwide  (877) 702-9580

Page 393

GEORGE HESSE

2    A   Hmm, God, so many things. Aggravated   12:03:08PM
3    harassment on several occasions. Domestic   12:03:11PM
4    violence type stuff.                        12:03:18PM
5    Q   And domestic violence against whom?    12:03:27PM
6        A   That would be his on-and-off        12:03:29PM
7    girlfriend, Lisa Campbell.                  12:03:32PM
8    Q   Are you aware of a time where          12:03:38PM
9    Ms. Campbell was in the station and Richard 12:03:42PM
10   Bosetti was giving her wine to drink?      12:03:45PM
11       MR. NOVIKOFF: Objection to form.       12:03:53PM
12       A   You know, I don't know. I've heard 12:03:55PM
13   the rumor, but I don't know for sure if that was 12:03:57PM
14   true or not.                                12:04:00PM
15   Q   When did you hear that rumor?          12:04:01PM
16       A   You know what, it may been when    12:04:05PM
17   this proceeding started.                    12:04:08PM
18   Q   You hadn't heard the rumor prior to    12:04:09PM
19   the proceeding?                             12:04:11PM
20       A   No. Not that I'm aware of.         12:04:12PM
21   Q   And if Mr. Bosetti had given her wine  12:04:16PM
22   to drink while she was there to file a domestic 12:04:22PM
23   violence complaint, would that have been    12:04:25PM
24   appropriate?                                12:04:28PM
25       MR. NOVIKOFF: Objection.                12:04:28PM

TSG Reporting - Worldwide  (877) 702-9580

Page 394

GEORGE HESSE

2    A   In my opinion, it's inappropriate.     12:04:29PM
3    Q   Inappropriate?                          12:04:31PM
4        A   Yeah.                               12:04:31PM
5    Q   It's something that would result in    12:04:32PM
6    discipline?                                 12:04:37PM
7        MR. CONNOLLY: Objection.                12:04:38PM
8        MR. NOVIKOFF: Objection. Calls for     12:04:39PM
9    speculation.                                12:04:39PM
10       A   No. Not necessarily.               12:04:40PM
11   Q   What do you mean by not necessarily?   12:04:43PM
12       A   I would probably just advise him not 12:04:45PM
13   to do that again.                           12:04:47PM
14   Q   Have you ever spoken to Richard        12:04:48PM
15   Bosetti about that incident?                12:04:50PM
16       MR. NOVIKOFF: Foundation.              12:04:53PM
17       A   I don't recall if I did or not.    12:04:54PM
18   Q   You don't recall one way or the other? 12:04:55PM
19       A   No.                                 12:04:56PM
20   Q   Have you ever spoken with anybody,    12:04:57PM
21   either former or current police officers at 12:04:59PM
22   Ocean Beach, with respect to that incident? 12:05:02PM
23       A   I don't recall if I did or not.    12:05:04PM
24   Q   So you don't know one way or the      12:05:05PM
25   other?                                      12:05:06PM

TSG Reporting - Worldwide  (877) 702-9580

Page 395

GEORGE HESSE

1
2  A   No.                          12:05:08PM
3  Q   Did you ever speak to Kenny Bockelman 12:05:09PM
4  about that incident?              12:05:12PM
5  A   You know, I don't recall.     12:05:14PM
6  Q   Do you know who Kenny Bockelman is?  12:05:15PM
7  A   Oh, sure.                     12:05:17PM
8  Q   Who is that?                  12:05:18PM
9  A   He's a current part-time seasonal   12:05:18PM
10 police officer.  B-O-C-K-E-L-M-A-N.  12:05:21PM
11 Q   Have you ever disciplined Rich   12:05:49PM
12 Bosetti?                          12:05:51PM
13 A   Yes.                          12:05:51PM
14 Q   What did you discipline Rich Bosetti 12:05:52PM
15 for?                              12:05:55PM
16 A   A couple of different things.  One   12:05:55PM
17 time I felt that he wasn't getting to his post 12:06:01PM
18 in time, and we had a little bit of an argument. 12:06:04PM
19 So he was disciplined for that and sent home for 12:06:09PM
20 his tour of duty.  I believe there was another  12:06:13PM
21 time where he was caught sleeping by the mayor. 12:06:15PM
22 He was disciplined by the mayor and then me, and 12:06:20PM
23 then he was sent home for the tour of duty.  And 12:06:26PM
24 then he was pretty much not asked back for   12:06:29PM
25 employment proceeding that.       12:06:32PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 396

GEORGE HESSE

1
2  Q   What was the incident about what you  12:06:37PM
3  guys had the argument over Bosetti not being at 12:06:40PM
4  his post on time?                 12:06:43PM
5  A   That night, early morning we had a   12:06:45PM
6  huge fire.  A building burnt to the ground.  And 12:06:48PM
7  that morning I had to call extra personnel in to 12:06:52PM
8  relieve some of the officers that were on all   12:06:55PM
9  night long.  They were soaking wet.  They had   12:06:58PM
10 debris all over them.  And I wanted him to get   12:07:02PM
11 to his post to relief one of those officers   12:07:05PM
12 to -- so they can go home, rest, change, shower, 12:07:09PM
13 whatever it is.  And I left the scene to go to   12:07:14PM
14 the police station for something, paperwork or   12:07:18PM
15 something.  And Rich Bosetti was sitting there   12:07:21PM
16 enjoying a cup of coffee and eating a bagel, and 12:07:24PM
17 I found that to be inappropriate under the   12:07:27PM
18 circumstances.                    12:07:30PM
19 Q   When was that incident?        12:07:31PM
20 A   I don't recall the exact date.  I'm   12:07:36PM
21 sure you could show me something that will help 12:07:38PM
22 me recollect.                     12:07:42PM
23 Q   Do you know what year it was?    12:07:43PM
24 A   I believe it was 2007.  It may have   12:07:44PM
25 been in June.  June or July.  I'm not real   12:07:48PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 397

GEORGE HESSE

1
2  positive.                         12:07:51PM
3  Q   And what was the incident where the  12:07:51PM
4  mayor caught him sleeping?        12:07:53PM
5  A   I don't recall the exact date, but I 12:07:57PM
6  came into work about, I don't know, 9:30ish, and 12:08:01PM
7  I believe I asked the dispatcher where everybody 12:08:07PM
8  was.  Everybody was on patrol.  And all of a   12:08:10PM
9  sudden, I guess Rich Bosetti just comes   12:08:13PM
10 strolling into the police station.  And then I   12:08:16PM
11 get a phone call from the mayor that he wants to 12:08:18PM
12 see Rich Bosetti and myself in his office at   12:08:21PM
13 whatever time he designated, and we reported to 12:08:26PM
14 his office.                       12:08:30PM
15 Q   Okay.  When was that?          12:08:30PM
16 A   I don't remember the exact date of   12:08:32PM
17 that either.  I believe it's written down in his 12:08:33PM
18 personnel file somewhere.          12:08:37PM
19 Q   And I believe you testified that he  12:08:38PM
20 was sent home on that tour?        12:08:40PM
21 A   Yes, eventually he was sent home for 12:08:42PM
22 tour of duty.                     12:08:45PM
23 Q   Who made the decision to send him   12:08:46PM
24 home?                             12:08:48PM
25 A   I did.                         12:08:49PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 398

GEORGE HESSE

1
2                                    12:08:49PM
3  Q   And then was his employment terminated 12:08:59PM
4  after that?                       12:09:01PM
5  A   Yeah.  There were no hours available 12:09:02PM
6  for him.  It was the end of the season.   12:09:04PM
7  Q   What do you mean, yeah, but there were 12:09:07PM
8  no hours available for him?        12:09:09PM
9  A   I chose not to give him any more   12:09:11PM
10 hours.                            12:09:13PM
11 Q   Who made that decision to end his   12:09:13PM
12 employment?                       12:09:15PM
13 A   I did.                         12:09:16PM
14 Q   Did you have any -- did you have to   12:09:16PM
15 get any approval to end his employment?   12:09:19PM
16 A   No.                           12:09:22PM
17 Q   Did you seek anyone's approval to end 12:09:23PM
18 his employment?                   12:09:25PM
19 A   I don't recall if I did.       12:09:26PM
20 Q   Did you speak to anybody about that  12:09:27PM
21 decision prior to implementing it?   12:09:29PM
22 A   I don't recall if I did.       12:09:31PM
23 Q   Do you recall, did you speak with Joe 12:09:32PM
24 Loeffler about it?                 12:09:35PM
25 A   I may have.  I don't recall.     12:09:36PM

TSG Reporting - Worldwide  (877) 702-9580

Page 399

GEORGE HESSE

```
 1              GEORGE HESSE
 2      Q    Did you speak to anyone in Civil    12:09:39PM
 3   Service about it?                           12:09:41PM
 4      A    No.                    12:09:44PM
 5      Q    At that time, did you have the     12:09:45PM
 6   authority to terminate his employment?     12:09:46PM
 7          MR. NOVIKOFF: Objection. Form.      12:09:48PM
 8      A    I believe I did.          12:09:50PM
 9      Q    And what's the basis of that belief?  12:09:54PM
10      A    By my title and position.     12:09:56PM
11      Q    Your title was at that time?      12:09:59PM
12      A    Deputy acting -- acting -- who knows.  12:10:01PM
13          MR. CONNOLLY: Deputy acting chief.  12:10:06PM
14      A    Deputy acting chief of police.    12:10:08PM
15      Q    But you testified last time that you  12:10:10PM
16   held yourself out to be chief, correct?    12:10:13PM
17      A    Yes.                  12:10:15PM
18          MR. NOVIKOFF: Objection.         12:10:16PM
19   BY MR. GOODSTADT:                    12:10:17PM
20      Q    So during that period time?      12:10:17PM
21      A    2007, no.  Paradiso was still employed  12:10:19PM
22   by the village, so I would be the deputy chief.  12:10:21PM
23      Q    When did the change happen between  12:10:25PM
24   deputy chief and chief?               12:10:27PM
25      A    I believe he retired officially July  12:10:29PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 400

GEORGE HESSE

```
 1              GEORGE HESSE
 2   of 2008.                     12:10:34PM
 3      Q    Did you need Paradiso's approval to  12:10:39PM
 4   terminate Mr. Bosetti's employment at that time?  12:10:42PM
 5      A    No.                  12:10:46PM
 6      Q    Did you get his approval to terminate  12:10:46PM
 7   Mr. Bosetti's employment at that time?      12:10:49PM
 8          MR. NOVIKOFF: Objection to form.   12:10:51PM
 9      A    No.                  12:10:52PM
10      Q    Did you discuss the decision with   12:10:52PM
11   Paradiso either before implementing it or after?  12:10:54PM
12          MR. NOVIKOFF: Objection to form.   12:10:57PM
13      A    No.                  12:10:58PM
14      Q    Sitting here today, you never     12:10:59PM
15   discussed that incident or decision to terminate  12:11:01PM
16   Rich Bosetti's employment with Chief Paradiso?  12:11:04PM
17          MR. NOVIKOFF: Objection to form.   12:11:08PM
18      A    No.                  12:11:09PM
19      Q    Now, there came a point in time where  12:11:35PM
20   there was a -- I believe you called it a    12:11:39PM
21   Halloween incident; is that correct?      12:11:40PM
22      A    Yes.                  12:11:41PM
23      Q    And that was -- just so we're clear,  12:11:42PM
24   that was the night of October 30th into the   12:11:44PM
25   morning of October 31, 2004?           12:11:47PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 401

GEORGE HESSE

```
 1              GEORGE HESSE
 2      A    Yes.                  12:11:50PM
 3      Q    Where did the Halloween incident take  12:11:51PM
 4   place?                       12:11:53PM
 5      A    At a bar called Houser's.     12:11:53PM
 6      Q    Where is Houser's located?      12:11:56PM
 7      A    It's on Bay Walk, and it's between   12:11:57PM
 8   Ocean Breeze walk and Evergreen Walk.      12:12:02PM
 9      Q    Had you ever been in Houser's prior to  12:12:07PM
10   the Halloween incident?               12:12:09PM
11      A    Yes.                  12:12:10PM
12      Q    Had you ever been in there on      12:12:11PM
13   non-police business prior to the Halloween    12:12:14PM
14   incident?                     12:12:17PM
15      A    Yes.                  12:12:17PM
16      Q    Had you ever drank at Houser's prior  12:12:18PM
17   to the Halloween incident?            12:12:20PM
18          MR. NOVIKOFF: Objection to form.   12:12:23PM
19          On police business or not on police  12:12:24PM
20   business?                     12:12:26PM
21   BY MR. GOODSTADT:                    12:12:27PM
22      Q    Did you ever drink on police business  12:12:27PM
23   or while you were on duty at Houser's prior to  12:12:28PM
24   October 31st, 2004?                12:12:29PM
25      A    Never.                 12:12:31PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 402

GEORGE HESSE

```
 1              GEORGE HESSE
 2      Q    How about subsequent to October 31st,  12:12:32PM
 3   2004?                        12:12:33PM
 4      A    Never.                 12:12:36PM
 5      Q    Did you ever drink off duty in     12:12:36PM
 6   Houser's prior to October 31, 2004?       12:12:38PM
 7      A    Yes.                  12:12:40PM
 8      Q    Did you ever drink off duty subsequent  12:12:42PM
 9   to October 31, 2004?               12:12:45PM
10      A    Yes.                  12:12:46PM
11      Q    Who was the owner of Houser's at the  12:12:47PM
12   time of the Halloween incident?          12:12:50PM
13      A    I believe there's partners involved in  12:12:51PM
14   the bar.  I think the major principals are Brian  12:12:53PM
15   O'Hanley and Alan Stillman.            12:12:58PM
16      Q    Did you know Mr. O'Hanley prior to   12:13:09PM
17   October 31, 2004?                 12:13:13PM
18      A    Yes.                  12:13:14PM
19      Q    Were you friendly with him?      12:13:16PM
20      A    Not really.             12:13:18PM
21      Q    Did you ever issue any summonses to  12:13:19PM
22   Houser's at any point in time?          12:13:21PM
23      A    Yes.                  12:13:23PM
24      Q    How many times?           12:13:23PM
25      A    Maybe three times.          12:13:27PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 403

GEORGE HESSE

2  Q   Were they prior to Halloween '04 or   12:13:29PM
3  after?                              12:13:31PM
4  A   Prior.                          12:13:31PM
5  Q   Are you friends with Mr. Stillman?   12:13:34PM
6  A   No.                             12:13:36PM
7  Q   Did you know him prior to Halloween   12:13:37PM
8  2004?                               12:13:38PM
9  A   Yes.                            12:13:39PM
10  Q   Did you ever socialize with either of   12:13:42PM
11  them?                              12:13:44PM
12  A   No.                            12:13:45PM
13  Q   Okay.  Where were you the night of the   12:13:45PM
14  Halloween incident?                 12:13:51PM
15  A   I was at a wedding.  I was in a   12:13:52PM
16  wedding party for a friend of mine.    12:13:54PM
17  Q   Where was that wedding?          12:13:58PM
18  A   Good question.  I believe the church   12:14:02PM
19  might have been in -- let me see, Bayport.  And   12:14:04PM
20  then the reception was Port Jeff somewhere.    12:14:10PM
21  Q   So you were in Suffolk County at the   12:14:18PM
22  time?                              12:14:19PM
23  A   Yes.                           12:14:19PM
24  Q   Were you in Ocean Beach at all that   12:14:22PM
25  day or night, October 30th?          12:14:24PM

TSG Reporting - Worldwide  (877) 702-9580

Page 404

GEORGE HESSE

2  A   No.                 12:14:26PM
3  Q   And what was your title at that time?   12:14:33PM
4  A   Sergeant.                      12:14:37PM
5  Q   How did you first learn that there was   12:14:49PM
6  an incident on Halloween of 2004?     12:14:50PM
7  A   The early evening of Sunday, I   12:14:55PM
8  believe, the 31st, I received a call from Ed   12:14:58PM
9  Paradiso telling me that he had fired Gary   12:15:01PM
10  Bosetti for an incident that had taken place in   12:15:06PM
11  the bar, that Gary had gone berserk with a pool   12:15:09PM
12  cue and was hitting patrons of the bar.   12:15:14PM
13  Q   Do you recall anything else that was   12:15:18PM
14  discussed during that phone call?     12:15:19PM
15  A   I asked him what makes him think that   12:15:21PM
16  Gary went nuts and why, and he didn't know why.   12:15:23PM
17  Q   Did he tell you what made him think   12:15:30PM
18  that Gary went nuts?                 12:15:33PM
19  A   No.  He just said that he was involved   12:15:34PM
20  in a fight, that he believes he was involved in   12:15:36PM
21  a fight, and that he picked up a pool stick and   12:15:39PM
22  just started hitting people with it.    12:15:42PM
23  Q   Was anything else discussed during   12:15:45PM
24  that phone call?                    12:15:46PM
25  A   Yes.  He said that when I get in on   12:15:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 405

GEORGE HESSE

2  Monday morning, he wants me to investigate what   12:15:50PM
3  was going on.                        12:15:54PM
4  Q   Anything else that was discussed   12:16:01PM
5  during that call?                   12:16:02PM
6  A   Not that I recall.              12:16:04PM
7  Q   Did you speak with anybody else about   12:16:09PM
8  the Halloween incident prior to going in that   12:16:11PM
9  Monday morning?                     12:16:15PM
10  A   Yes.                          12:16:16PM
11  Q   Who did you speak with?          12:16:16PM
12  A   Frank Fiorillo and Kevin Lamm.    12:16:17PM
13  Q   Okay.  When did you speak with --   12:16:20PM
14  well, strike that.                  12:16:23PM
15     Who did you speak with first, Frank   12:16:24PM
16  Fiorillo or Kevin Lamm?             12:16:26PM
17  A   Kevin Lamm, I believe.           12:16:27PM
18  Q   And when did you speak with him?   12:16:28PM
19  A   I'm sure it was shortly after I spoke   12:16:30PM
20  to Ed Paradiso.  I was standing in Home Depot   12:16:32PM
21  parking lot in Bay Shore when I made contact   12:16:37PM
22  with Kevin.                         12:16:40PM
23  Q   It was on the phone you made contact   12:16:41PM
24  with him?                           12:16:44PM
25  A   Yeah.                          12:16:44PM

TSG Reporting - Worldwide  (877) 702-9580

Page 406

GEORGE HESSE

2  Q   Did you reach out to him or did he   12:16:45PM
3  reach out to you?                   12:16:45PM
4  A   I called him.                 12:16:46PM
5  Q   Where was he located?            12:16:46PM
6  A   I have no idea.                12:16:46PM
7  Q   Did you call him on his cell phone,   12:16:47PM
8  his house phone, station phone?       12:16:49PM
9  A   I believe it was his cell phone.    12:16:52PM
10  Q   Tell me everything you recall being   12:16:55PM
11  discussed in that conversation.       12:16:57PM
12  A   I basically remember asking him what   12:16:58PM
13  had happened and, you know, what made him think   12:17:00PM
14  that Gary went berserk with the pool stick, and   12:17:05PM
15  he kept saying he didn't know why.  He kept   12:17:08PM
16  saying, I don't know.               12:17:12PM
17  Q   Well, did he tell you that Gary went   12:17:14PM
18  berserk with a pool stick or is that something   12:17:17PM
19  that Paradiso said?                 12:17:20PM
20  A   I might be conflicting on the two, but   12:17:22PM
21  he did say that Gary struck these individuals.   12:17:24PM
22  I don't know if he named them specifically, but   12:17:28PM
23  he hit somebody with the pool stick.    12:17:30PM
24  Q   When you say didn't know the name of   12:17:32PM
25  the individuals, the people who were struck or   12:17:35PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 407

GEORGE HESSE

1
2      did he name Gary?                          12:17:38PM
3      A   The people that were struck.          12:17:40PM
4      Q   And what else did he say during that   12:17:42PM
5      call?                                      12:17:44PM
6      A   He just kept saying he didn't know     12:17:45PM
7      what had happened.                         12:17:46PM
8      Q   Did he give you any other details      12:17:49PM
9      about what had happened other than just telling   12:17:51PM
10     you that he had struck some people with a pool   12:18:03PM
11     cue?                                       12:18:06PM
12     A   That's it.  And he said the rest he    12:18:07PM
13     didn't know.                               12:18:09PM
14     Q   And what did you say during that       12:18:13PM
15     conversation?                              12:18:14PM
16     A   Okay.                                  12:18:16PM
17     Q   How long did the conversation last?    12:18:17PM
18     A   A few minutes.  Not long.              12:18:19PM
19     Q   Did you take any notes of that         12:18:22PM
20     conversation?                              12:18:23PM
21     A   No.                                    12:18:23PM
22     Q   Now, I believe you testified that you  12:18:27PM
23     spoke with Frank Fiorillo as well prior to   12:18:29PM
24     coming in that Monday?                     12:18:31PM
25     A   Yes.                                   12:18:33PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 408

GEORGE HESSE

1
2      Q   How long after the Lamm call was the   12:18:33PM
3      Fiorillo discussion?                       12:18:35PM
4      A   Within minutes.                        12:18:37PM
5      Q   Did you reach out to Fiorillo or did   12:18:38PM
6      he reach out to you?                       12:18:40PM
7      A   I believe I called him.                12:18:41PM
8      Q   Uh-huh.  What phone did you call him   12:18:43PM
9      on?                                        12:18:45PM
10     A   You know, I don't recall.              12:18:46PM
11     Q   Do you know where he was at the time?  12:18:49PM
12     A   No.                                    12:18:51PM
13     Q   Was he on duty at the time?            12:18:52PM
14     A   When I called him, I don't believe so. 12:18:54PM
15     Q   Was Lamm on duty when you spoke with   12:18:56PM
16     him?                                       12:18:57PM
17     A   I don't believe so.                    12:18:58PM
18     Q   Okay.  Tell me everything you recall   12:18:59PM
19     in your discussion with Fiorillo.          12:19:01PM
20     A   The phone conversation was pretty much 12:19:04PM
21     the same.  They just -- Fiorillo said that he   12:19:06PM
22     just didn't know what had happened.        12:19:10PM
23     Q   Did he give you any details?           12:19:17PM
24     A   Not that I recall specifically other   12:19:20PM
25     than he didn't know what had happened.     12:19:21PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 409

GEORGE HESSE

1
2      Q   What did you say other than for what   12:19:23PM
3      happened?                                  12:19:25PM
4      A   I really didn't say anything else.  I  12:19:27PM
5      just had asked him what had happened.      12:19:29PM
6      Q   He said he didn't know?                12:19:32PM
7      A   Right.                                 12:19:33PM
8      Q   Anything else discussed in that phone  12:19:33PM
9      call?                                      12:19:35PM
10     A   Not that I recall, no.                 12:19:35PM
11     Q   Did you take any notes of that call?   12:19:37PM
12     A   No.                                    12:19:38PM
13     Q   How long did that call last?           12:19:40PM
14     A   Few minutes.                           12:19:42PM
15     Q   So during those few minutes, you don't 12:19:46PM
16     recall anything other than for you saying what   12:19:48PM
17     happened and him saying I don't know what   12:19:50PM
18     happened?                                  12:19:52PM
19         MR. CONNOLLY:  Objection to the form.  12:19:52PM
20     A   Pretty much.                           12:19:54PM
21     Q   Did you take any notes of that call?   12:19:57PM
22         MR. NOVIKOFF:  Objection.  Asked and   12:19:59PM
23     answered.                                  12:20:00PM
24     A   No.                                    12:20:00PM
25     Q   Did you speak with anybody else about  12:20:04PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 410

GEORGE HESSE

1
2      the Halloween incident prior to coming in on   12:20:05PM
3      Monday morning?                            12:20:09PM
4      A   No.                                    12:20:10PM
5      Q   Did you have any other follow-up calls 12:20:11PM
6      with Paradiso prior to coming in Monday morning?   12:20:12PM
7      A   No.                                    12:20:15PM
8      Q   Did you speak with Pat Cherry prior to 12:20:16PM
9      coming in Monday morning?                  12:20:19PM
10     A   I don't believe so, no.                12:20:20PM
11     Q   Did you speak with Gary Bosetti prior  12:20:21PM
12     to coming in Monday morning?               12:20:23PM
13     A   No.                                    12:20:25PM
14     Q   Did you speak with Rich Bosetti prior  12:20:26PM
15     to coming in Monday morning?               12:20:27PM
16     A   No.                                    12:20:29PM
17     Q   Did you have any communications or     12:20:39PM
18     correspondence with anybody about the Halloween   12:20:41PM
19     incident other than what you've testified to   12:20:43PM
20     prior to coming in that Monday morning?    12:20:45PM
21     A   Not that I recall, no.                 12:20:47PM
22     Q   And then you came to work that Monday? 12:20:53PM
23     A   Correct.                               12:20:55PM
24     Q   Okay.  What was the first thing you    12:20:55PM
25     did with respect to the Halloween incident when   12:20:57PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 411

GEORGE HESSE

1
2      you got to work that Monday?                    12:20:59PM
3          A   I read over the statements that were   12:21:01PM
4      taken by Officer Fiorillo, Lamm and Snyder and   12:21:04PM
5      the field report that was generated by Snyder.   12:21:07PM
6          Q   Okay.  Did you have a reaction to       12:21:15PM
7      statements in the field report?                 12:21:17PM
8              MR. NOVIKOFF:  Objection.               12:21:20PM
9          A   A reaction?  No, I wouldn't say I had   12:21:21PM
10     a reaction.                                     12:21:27PM
11         Q   What did you do after reviewing the     12:21:28PM
12     statements in the field report with respect to  12:21:30PM
13     the Halloween incident?                         12:21:32PM
14         A   I basically just sat there for a        12:21:33PM
15     little while, mulling them over, scratching my  12:21:35PM
16     head, reading them over and over again.  Just   12:21:38PM
17     waiting for something to pop.                   12:21:41PM
18         Q   Did you speak with anybody else at      12:21:44PM
19     that time?                                      12:21:47PM
20         A   That morning?  I received a call from   12:21:47PM
21     Chief Paradiso that morning.                    12:21:51PM
22         Q   Do you know what time?                  12:21:53PM
23         A   I'd like to say 8:30ish.                12:21:55PM
24         Q   What time did you get there?            12:21:58PM
25         A   I was there by 8.                       12:21:59PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 412

GEORGE HESSE

1
2          Q   Okay.  So between 8 and 8:30, had you  12:22:01PM
3      already read the statements in the field report? 12:22:03PM
4          A   Yes.                                    12:22:06PM
5          Q   And you were waiting for something to   12:22:07PM
6      pop during that period?                         12:22:09PM
7          A   Yeah.                                   12:22:11PM
8          Q   Between 8 and 8:30, did you speak with  12:22:11PM
9      anybody prior to this call from Paradiso coming 12:22:14PM
10     in about the Halloween incident?                12:22:18PM
11         A   No.                                     12:22:20PM
12         Q   What do you recall -- tell me the       12:22:24PM
13     details of your call with Paradiso that morning. 12:22:26PM
14         A   Well, he called me, and I basically     12:22:29PM
15     said to him that there's not really much to go  12:22:33PM
16     on yet, you know.  The field report really      12:22:36PM
17     didn't contain many names other than the three  12:22:38PM
18     individuals that were claiming they were hit    12:22:42PM
19     with a pool stick.                              12:22:45PM
20         Q   Anything else that was discussed        12:22:48PM
21     between you and Paradiso during that call?      12:22:50PM
22         A   Not that I recall.                      12:22:52PM
23         Q   How long did that call last?            12:22:53PM
24         A   A few minutes.                          12:22:55PM
25         Q   Do you recall anything he said during  12:22:58PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 413

GEORGE HESSE

1
2      that call?                                      12:22:59PM
3          A   I don't recall exactly what he said,    12:23:00PM
4      no.                                             12:23:02PM
5          Q   How about generally, sum and           12:23:02PM
6      substance?                                      12:23:04PM
7          A   He just said investigate it and see    12:23:05PM
8      what you can come up with.                      12:23:06PM
9          Q   Okay.  What was the next thing you did 12:23:08PM
10     with respect to the Halloween incident after    12:23:13PM
11     that 8:30 call with Paradiso?                   12:23:15PM
12         A   I took a walk down to Houser's to see   12:23:17PM
13     if anybody was around.                          12:23:21PM
14         Q   Did you go with anybody?                12:23:23PM
15         A   No.                                     12:23:25PM
16         Q   Who was on duty that morning?           12:23:28PM
17         A   I was alone.                            12:23:30PM
18         Q   And you took a walk down to Houser's.  12:23:40PM
19     What was the next thing you did?                12:23:42PM
20         A   I peered in the windows, looked around 12:23:44PM
21     to see if anybody was there.  Nobody was around, 12:23:46PM
22     and I just basically went back to the police    12:23:49PM
23     station.                                        12:23:52PM
24         Q   Okay.  What was the next thing you did 12:23:56PM
25     with respect to Halloween?                      12:23:58PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 414

GEORGE HESSE

1
2          A   I sat in the station, and I think I    12:24:02PM
3      read the statements and everything again.  And  12:24:04PM
4      shortly thereafter, I believe it was around     12:24:08PM
5      9:30, I had received a fax from a gentlemen      12:24:11PM
6      named Bud Yager.                                12:24:16PM
7          Q   Had you known Bud Yager prior to        12:24:24PM
8      receiving that fax?                             12:24:28PM
9          A   Yeah.  Yes.                             12:24:29PM
10         Q   Who was he?                             12:24:29PM
11         A   He was a local resident that -- he      12:24:30PM
12     worked in the -- I think he and his wife ran the 12:24:33PM
13     movie theater.  He was a projectionist for the  12:24:37PM
14     movie theater.                                  12:24:41PM
15         Q   Had you spoken to Bud Yager about       12:24:43PM
16     Halloween prior to receiving the fax?           12:24:46PM
17         A   No.                                     12:24:48PM
18         Q   Had you known that Bud Yager was even   12:24:48PM
19     in the bar prior to receiving that fax?         12:24:50PM
20         A   No.                                     12:24:53PM
21         Q   And the fax came to the police         12:24:59PM
22     station?                                        12:25:00PM
23         A   Yes.                                    12:25:01PM
24         Q   And what was the sum and substance of  12:25:01PM
25     that fax?                                       12:25:03PM

TSG Reporting - Worldwide  (877) 702-9580

Page 415

GEORGE HESSE

1
2     A   I guess he had heard that Gary Bosetti 12:25:03PM
3  was fired for the incident, and he felt that the 12:25:06PM
4  decision to fire Gary was incorrect.  He felt   12:25:11PM
5  that Gary Bosetti was a hero for saving his wife 12:25:13PM
6  from injury or possible injury from a man that  12:25:18PM
7  had attacked his wife.              12:25:22PM
8     Q   Prior to getting that fax, did you   12:25:24PM
9  know that his wife was at the bar?     12:25:26PM
10    A   No, I didn't.  No.       12:25:29PM
11    Q   What did you do with that fax other   12:25:41PM
12 than for reading it?  Did you disseminate it to 12:25:42PM
13 anybody else?                12:25:45PM
14    A   No.  I believe I called him --     12:25:46PM
15 actually, I tried to call him.  Turns out he's a 12:25:48PM
16 New York City fireman, and I tried to call him  12:25:52PM
17 at the number that was listed on the fax.  I got 12:25:55PM
18 no response.  And what I did is took a piece of  12:25:58PM
19 paper and I wrote, you know, Bud, it's George    12:26:01PM
20 from the police department.  I just received     12:26:04PM
21 your fax or something like that.  Call me at     12:26:06PM
22 this number.  And I faxed it to the number that  12:26:09PM
23 the fax came from.            12:26:12PM
24    Q   Did the fax go through?          12:26:15PM
25    A   Yeah, I think so.        12:26:17PM

TSG Reporting - Worldwide  (877) 702-9580

Page 416

GEORGE HESSE

1
2     Q   Did you keep a copy of that responding 12:26:18PM
3  fax that you sent?              12:26:21PM
4     A   No, I don't think I did.      12:26:23PM
5     Q   What did you do with it?       12:26:24PM
6     A   I don't remember.          12:26:26PM
7     Q   What was the next thing that you did  12:26:32PM
8  with respect to Halloween after sending the fax 12:26:34PM
9  back to Bud Yager?              12:26:36PM
10    A   I believe I got a call back within 5  12:26:39PM
11 or 10 minutes from Bud Yager, and we just talked 12:26:43PM
12 about what he had sent me.          12:26:50PM
13    Q   Okay.  What did Bud Yager tell you in 12:26:51PM
14 that call?                 12:26:53PM
15    A   Basically, he reiterated what was in  12:26:54PM
16 his letter to the police department; and I asked 12:26:57PM
17 if I could speak to his wife, if she would call  12:27:01PM
18 me.                    12:27:04PM
19    Q   Did you take any notes of that call   12:27:09PM
20 with Bud Yager?              12:27:11PM
21    A   No.             12:27:12PM
22    Q   Why not?              12:27:12PM
23    A   I didn't.            12:27:14PM
24    Q   How come?              12:27:15PM
25        MR. CONNOLLY:  Objection.      12:27:21PM

TSG Reporting - Worldwide  (877) 702-9580

Page 417

GEORGE HESSE

1
2       You can answer.             12:27:22PM
3     A   I didn't think it was necessary to   12:27:23PM
4  take notes.  I had his letter in front of me.   12:27:24PM
5     Q   Did you consider that call as part of 12:27:28PM
6  your investigation?            12:27:31PM
7     A   Yeah.              12:27:32PM
8     Q   Do you recall anything else that was  12:27:36PM
9  discussed in that phone call?        12:27:38PM
10    A   I wanted to speak to his wife.    12:27:41PM
11    Q   Did you know his wife?        12:27:44PM
12    A   Just vaguely.          12:27:46PM
13    Q   How did you know her?         12:27:48PM
14    A   Like I said, he and his wife ran the  12:27:50PM
15 movie theater, and I just knew them in passing.  12:27:53PM
16    Q   Did you ask Bud Yager whether he had  12:28:10PM
17 been drinking that night?         12:28:14PM
18    A   I don't recall.  I don't think so.   12:28:17PM
19    Q   Would that be important to know,    12:28:19PM
20 whether somebody who sent you a facsimile    12:28:20PM
21 reiterating a story that happened was drinking? 12:28:24PM
22        MR. NOVIKOFF:  Was what?      12:28:27PM
23        MR. GOODSTADT:  Whether it was    12:28:28PM
24 important to know whether a person who faxed 12:28:29PM
25 you a story reiterating what happened,      12:28:32PM

TSG Reporting - Worldwide  (877) 702-9580

Page 418

GEORGE HESSE

1
2  whether that person was drinking or not.   12:28:34PM
3        MR. NOVIKOFF:  Objection to form.   12:28:37PM
4        MR. CONNOLLY:  I'm assuming drinking 12:28:38PM
5  alcoholic beverages.          12:28:40PM
6        MR. GOODSTADT:  Yeah.       12:28:42PM
7        MR. CONNOLLY:  To the point of    12:28:43PM
8  intoxication.              12:28:44PM
9        MR. GOODSTADT:  Just drinking at all. 12:28:44PM
10    A   It may have been important.      12:28:45PM
11    Q   Why didn't you ask him?        12:28:47PM
12    A   I don't know why I didn't ask him.   12:28:49PM
13    Q   In fact, if he had been drinking to  12:28:51PM
14 the point of intoxication, it could've affected 12:28:52PM
15 his ability to recollect facts, correct?    12:28:55PM
16        MR. NOVIKOFF:  Objection.      12:28:58PM
17    A   It may have.           12:28:59PM
18    Q   Did Bud Yager mention anything about  12:29:01PM
19 Gary Bosetti using a pool cue?       12:29:05PM
20    A   No.  I don't recall.      12:29:09PM
21    Q   Did Bud Yager indicate that he     12:29:12PM
22 actually saw the altercation?        12:29:14PM
23    A   I believe he said that he did not see 12:29:16PM
24 the actual altercation in the beginning or the  12:29:18PM
25 beginning part of the altercation.      12:29:22PM

TSG Reporting - Worldwide  (877) 702-9580

Page 419

GEORGE HESSE

2  Q   When you say the beginning part, what 12:29:24PM
3  part are you referring to?            12:29:26PM
4  A   The part where his wife was choked.   12:29:27PM
5  Q   Did you ask him where he got the   12:29:35PM
6  information from that his wife was being choked? 12:29:37PM
7  MR. NOVIKOFF: Objection to form.    12:29:40PM
8  You mean to the extent it wasn't    12:29:41PM
9  contained in the statement?           12:29:42PM
10  MR. GOODSTADT: He didn't personally  12:29:44PM
11  see it, so I want to know --          12:29:46PM
12  MR. NOVIKOFF: Well, I'm saying to the 12:29:46PM
13  extent that that answer was not contained  12:29:47PM
14  within the statement.                 12:29:49PM
15  MR. GOODSTADT: Whether it is or     12:29:50PM
16  isn't, did you ask him the question.  12:29:51PM
17  MR. NOVIKOFF: Fair enough.          12:29:54PM
18  A   He said his wife had told him what had 12:29:55PM
19  happened.                              12:29:57PM
20  Q   Did you ask whether his wife was   12:30:01PM
21  drinking?                              12:30:03PM
22  A   No, I don't think so.              12:30:05PM
23  Q   Sitting here today, do you know    12:30:07PM
24  whether Bud Yager was drinking that night?  12:30:08PM
25  A   I don't know.                      12:30:11PM

TSG Reporting - Worldwide  (877) 702-9580

Page 420

GEORGE HESSE

2  Q   Do you know whether Jeanne Yager was 12:30:11PM
3  drinking that night?                   12:30:14PM
4  A   I don't know.                      12:30:15PM
5  Q   Did he tell you he witnessed any part 12:30:15PM
6  of the altercation or the Halloween incident? 12:30:18PM
7  A   I don't recall.                    12:30:22PM
8  Q   Did you ask him whether he witnessed 12:30:25PM
9  any of it?                             12:30:27PM
10  A   I believe I did.                  12:30:28PM
11  Q   And you don't recall what his answer 12:30:29PM
12  was?                                  12:30:31PM
13  A   No, I don't.                      12:30:31PM
14  Q   How many investigations had you    12:30:32PM
15  performed prior to investigating the Halloween 12:30:34PM
16  incident?                             12:30:37PM
17  A   I don't know.                     12:30:38PM
18  Q   Had you performed any investigations 12:30:40PM
19  prior to the Halloween incident?      12:30:42PM
20  A   Sure, I had.                      12:30:43PM
21  Q   Did you ever investigate any incident 12:30:44PM
22  dealing with an off-duty police officer? 12:30:47PM
23  A   I don't think so, no.             12:30:51PM
24  Q   Had you ever investigated a fight? 12:30:52PM
25  A   Yes.                              12:30:57PM

TSG Reporting - Worldwide  (877) 702-9580

Page 421

GEORGE HESSE

2  Q   How many times?                    12:30:58PM
3  A   Hundreds.                          12:30:59PM
4  Q   Hundreds of times?                 12:31:00PM
5  A   Hundreds of fights.                12:31:02PM
6  Q   Did you ever investigate any fights 12:31:04PM
7  not at the scene but afterwards?       12:31:07PM
8  MR. NOVIKOFF: Objection to form. I  12:31:10PM
9  have no idea what that question means. 12:31:11PM
10  BY MR. GOODSTADT:                     12:31:13PM
11  Q   Well, your investigation didn't happen 12:31:14PM
12  at the scene, right?                  12:31:16PM
13  A   Yes.                              12:31:18PM
14  Q   It happened afterwards?            12:31:18PM
15  A   Right.                            12:31:18PM
16  Q   Do you understand the question I was 12:31:20PM
17  asking?                               12:31:21PM
18  A   I understand.                     12:31:21PM
19  MR. NOVIKOFF: Well, I think that an 12:31:22PM
20  investigation can only take place after the 12:31:23PM
21  event occurred.                       12:31:26PM
22  MR. GOODSTADT: Or at the scene.     12:31:28PM
23  MR. NOVIKOFF: After the event       12:31:30PM
24  occurred.                             12:31:31PM
25  MR. GOODSTADT: Right.               12:31:31PM

TSG Reporting - Worldwide  (877) 702-9580

Page 422

GEORGE HESSE

2  MR. NOVIKOFF: Right. Okay.          12:31:31PM
3  A   Repeat your question.             12:31:31PM
4  Q   How many of those investigations   12:31:34PM
5  happened not at the scene but afterwards? 12:31:36PM
6  MR. NOVIKOFF: Objection.            12:31:40PM
7  A   I'd say a majority.               12:31:40PM
8  Q   A majority?                        12:31:42PM
9  A   Yeah.                             12:31:43PM
10  Q   Does Ocean Beach have an internal  12:31:43PM
11  affairs?                              12:31:45PM
12  A   No.                               12:31:48PM
13  Q   Does --                           12:31:49PM
14  MR. CONNOLLY: Department, I assume. 12:31:50PM
15  MR. GOODSTADT: Department, yeah.    12:31:51PM
16  Bureau or whatever it is.             12:31:52PM
17  BY MR. GOODSTADT:                     12:31:53PM
18  Q   Is there any -- does Suffolk County 12:31:54PM
19  internal affairs oversee Ocean Beach? 12:31:59PM
20  A   No. Not that I'm aware of, no.    12:32:06PM
21  Q   Do you know whether there's ever been 12:32:09PM
22  an internal affairs investigation with respect 12:32:10PM
23  to any current or former officer in Ocean Beach? 12:32:12PM
24  A   With the internal affairs unit of  12:32:17PM
25  Suffolk County PD? No.                12:32:20PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 423

GEORGE HESSE

2  Q   Or any internal affairs unit.   12:32:21PM
3  A   Not that I'm aware of.   12:32:24PM
4  Q   Did you call anybody at Suffolk County 12:32:26PM
5  Police with respect to the Halloween incident? 12:32:28PM
6  MR. NOVIKOFF: Objection to form.   12:32:32PM
7  A   No.   12:32:33PM
8  Q   Did you involve Suffolk County Police 12:32:34PM
9  at all with respect to Halloween incident?   12:32:35PM
10  MR. NOVIKOFF: Objection. Foundation. 12:32:38PM
11  A   No.   12:32:39PM
12  Q   Did you involve the D.A., County   12:32:40PM
13  District Attorney, with respect to the Halloween 12:32:43PM
14  incident?   12:32:45PM
15  MR. NOVIKOFF: Objection.   12:32:46PM
16  A   Yes.   12:32:46PM
17  Q   In what capacity?   12:32:47PM
18  A   At the completion of the   12:32:48PM
19  investigation, I turned all documents over to 12:32:49PM
20  the D.A.'s office, the prosecutor that's   12:32:51PM
21  assigned to the village for review.   12:32:54PM
22  Q   Who was the prosecutor assigned to the 12:32:56PM
23  village at the time?   12:32:59PM
24  A   It may -- you know, I think it was -- 12:33:02PM
25  it's coming to me. Natalie -- no. Any other   12:33:09PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 424

GEORGE HESSE

2  day I can remember her name. Mallory Sullivan. 12:33:15PM
3  Q   She was an investigator or is she an 12:33:29PM
4  assistant District Attorney?   12:33:30PM
5  A   She's an ADA. ADA.   12:33:32PM
6  You know what, I'm sorry. It may have 12:33:37PM
7  been Beth Grasso. Because they kind of work   12:33:39PM
8  back to back, but I think it was Beth Grasso.   12:33:45PM
9  Q   Were there any District Attorney   12:33:48PM
10  investigators involved in the Halloween   12:33:51PM
11  incident?   12:33:53PM
12  MR. NOVIKOFF: Objection.   12:33:54PM
13  A   Not that I'm aware of.   12:33:55PM
14  MR. CONNOLLY: Andrew, after you   12:34:11PM
15  complete this line of questioning, it's   12:34:12PM
16  12:30.   12:34:14PM
17  MR. NOVIKOFF: I don't think he's   12:34:17PM
18  completing this line of questioning for a   12:34:18PM
19  couple of hours.   12:34:20PM
20  MR. GOODSTADT: Yeah. Let me just   12:34:21PM
21  finish on Mr. Yager, and then we'll take our 12:34:23PM
22  break, call the court and do what we have to 12:34:26PM
23  do.   12:34:30PM
24  BY MR. GOODSTADT:   12:34:38PM
25  Q   What was the next thing that happened 12:34:38PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 425

GEORGE HESSE

2  with respect to the Halloween incident after you 12:34:39PM
3  told Bud Yager that you'd like to speak with his 12:34:42PM
4  wife?   12:34:46PM
5  A   I believe his wife had called me.   12:34:46PM
6  Q   Okay. And when was that?   12:34:48PM
7  A   That same day. The time frame,   12:34:50PM
8  though, from when I was talking to him until she 12:34:52PM
9  called may have been within an hour.   12:34:56PM
10  Q   Okay.   12:34:58PM
11  MR. GOODSTADT: Mark this, please.   12:35:01PM
12  (Whereupon, Bates document 3180 was   12:35:03PM
13  marked as Plaintiff's Exhibit 14 for   12:35:03PM
14  identification, as of this date.)   12:35:03PM
15  MR. GOODSTADT: I've placed in front 12:35:54PM
16  of Mr. Hesse what's been marked as Hesse 14. 12:35:55PM
17  It's a one-page exhibit bearing Bates 3180. 12:35:57PM
18  (Handing.)   12:36:01PM
19  BY MR. GOODSTADT:   12:36:02PM
20  Q   Mr. Hesse, is this the fax that you   12:36:03PM
21  received or a copy of the fax that you received 12:36:04PM
22  from Bud Yager?   12:36:06PM
23  A   It looks like it, yes.   12:36:08PM
24  Q   And this is the document you testified 12:36:09PM
25  to before that you had reviewed before calling 12:36:12PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 426

GEORGE HESSE

2  him?   12:36:15PM
3  A   Yes.   12:36:15PM
4  Q   Or before faxing it over -- before   12:36:16PM
5  faxing a request for him to call you?   12:36:17PM
6  A   Yes.   12:36:20PM
7  Q   And the -- if you look at the whole -- 12:36:21PM
8  just the first paragraph up until the last four 12:36:25PM
9  lines, do you see that? Did you read that?   12:36:31PM
10  A   Which part?   12:36:35PM
11  Q   The part that starts -- you know, on 12:36:36PM
12  the first line that says "on Saturday night,"   12:36:38PM
13  all the way through to four lines up from the   12:36:40PM
14  end of that first paragraph.   12:36:43PM
15  MR. CONNOLLY: You mean second   12:36:46PM
16  sentence?   12:36:47PM
17  MR. GOODSTADT: All of the sentences, 12:36:48PM
18  starting on the second sentences.   12:36:50PM
19  A   That entire paragraph you're talking 12:36:54PM
20  about?   12:36:55PM
21  Q   Yeah, yeah. Up until the sentence   12:36:56PM
22  that ends with the parenthetical that says "to 12:36:56PM
23  go to the ladies' room."   12:36:59PM
24  A   "Then she knocked on the door." Okay. 12:37:04PM
25  Q   Okay. You read that whole paragraph 12:37:07PM

TSG Reporting - Worldwide  (877) 702-9580

Page 427

GEORGE HESSE

1
2  up until that line?                    12:37:11PM
3      A   You're talking about from "on    12:37:13PM
4  Saturday" to "she knocked on the door"?  Or you 12:37:14PM
5  want me to read the entire paragraph?   12:37:18PM
6      Q   Yeah, keep going.               12:37:20PM
7      A   Okay.                           12:37:37PM
8      Q   Now, up until that sentence that ends 12:37:38PM
9  "to go to the ladies' room" -- do you see that? 12:37:40PM
10  Bud Yager told you he did not witness any of  12:37:44PM
11  that, correct?                         12:37:46PM
12      MR. NOVIKOFF:  Objection.           12:37:48PM
13      A   Yeah, I believe that's what he said to 12:37:50PM
14  me.                                     12:37:51PM
15      Q   And then the next sentence that says, 12:37:52PM
16  "With that, this man lunged at my wife with his 12:37:53PM
17  hands on my wife's throat.  Jeanne was knocked  12:37:55PM
18  into the men's room door."             12:37:57PM
19      Do you see that?                    12:37:59PM
20      A   Yes.                            12:37:59PM
21      Q   Again, he did not -- he told you he 12:38:00PM
22  did not witness that, correct?          12:38:02PM
23      A   Right.                          12:38:03PM
24      Q   Then next sentence says, "Ocean Beach 12:38:04PM
25  Police Officer Gary Bosetti saw the situation 12:38:05PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 428

GEORGE HESSE

1
2  and immediately took action."           12:38:12PM
3      Do you see that?                    12:38:13PM
4      A   Uh-huh.  Yes.                    12:38:14PM
5      Q   Did he tell you that he actually    12:38:14PM
6  saw -- did Bud Yager tell you he actually saw  12:38:16PM
7  Gary Bosetti take action?              12:38:17PM
8      A   No.                             12:38:18PM
9      Q   Did he tell you he didn't see Gary   12:38:18PM
10  Bosetti take action?                   12:38:21PM
11      A   I believe he said he didn't see the  12:38:22PM
12  incident.                               12:38:24PM
13      Q   And the next sentence says, "He   12:38:25PM
14  subdued this drunken individual."       12:38:27PM
15      Do you see that?                    12:38:29PM
16      A   Yes.                            12:38:29PM
17      Q   Did he tell you that he saw Gary   12:38:29PM
18  Bosetti subdue the drunken individual?  12:38:30PM
19      A   I believe he didn't.            12:38:33PM
20      Q   He told you that he did not see him?  12:38:33PM
21      A   He did not.                     12:38:36PM
22      Q   So is there any -- any facts that he's 12:38:37PM
23  stating about what happened the night before did 12:38:43PM
24  he actually see?                       12:38:48PM
25      A   I believe no.                   12:38:50PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 429

GEORGE HESSE

1
2      MR. CONNOLLY:  Based upon what he told 12:38:51PM
3  you?                                    12:38:53PM
4      THE WITNESS:  Correct.              12:38:53PM
5  BY MR. GOODSTADT:                       12:38:55PM
6      Q   Did you ask him whether he saw Gary  12:38:55PM
7  Bosetti use a pool cue at any point?    12:38:59PM
8      A   I don't recall if I did or not.   12:39:01PM
9      Q   Did he mention anything about a pool 12:39:03PM
10  cue in your discussions?               12:39:04PM
11      A   I don't recall if he did or not.  12:39:06PM
12      Q   Did you ask Bud Yager why he hadn't 12:39:12PM
13  spoken to any of the police officers who showed 12:39:17PM
14  up that night?                         12:39:19PM
15      MR. NOVIKOFF:  Objection to form.   12:39:20PM
16  BY MR. GOODSTADT:                       12:39:21PM
17      Q   The on-duty police officers?     12:39:21PM
18      MR. NOVIKOFF:  Objection to form.   12:39:24PM
19      A   I don't recall if I asked him that or 12:39:25PM
20  not.                                    12:39:27PM
21      Q   Did you ask him why he didn't give a 12:39:27PM
22  statement that night to the police?     12:39:29PM
23      MR. NOVIKOFF:  Objection to form.   12:39:32PM
24      A   I don't recall if I did or not.   12:39:33PM
25      Q   Do you know whether he gave a     12:39:35PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 430

GEORGE HESSE

1
2  statement that night to the police?     12:39:37PM
3      A   I'm assuming no, because there's   12:39:39PM
4  though statement.                       12:39:41PM
5      Q   Now, I see that this memo is addressed 12:39:45PM
6  to Chief Paradiso.                      12:39:47PM
7      Do you see that?                    12:39:48PM
8      A   Yes.                            12:39:49PM
9      Q   Did you inform Chief Paradiso that  12:39:50PM
10  this memo came in?                     12:39:51PM
11      A   Yes.                            12:39:53PM
12      Q   When?                          12:39:54PM
13      A   I don't recall when.            12:39:54PM
14      Q   Was it on that day?            12:39:55PM
15      A   Yes.                            12:39:56PM
16      Q   Was it before you faxed back to Bud 12:39:56PM
17  Yager, please call me?                 12:40:00PM
18      A   I think it was after.           12:40:02PM
19      Q   Do you recall Paradiso's response when 12:40:04PM
20  you told him this fax came in?          12:40:06PM
21      A   I don't remember his response.    12:40:08PM
22      Q   Did you tell Paradiso about it before 12:40:10PM
23  or after you actually spoke with Bud Yager? 12:40:12PM
24      A   It may have been after I spoke to Bud. 12:40:16PM
25      Q   Did you ask him how he heard that Rich 12:40:21PM

TSG Reporting - Worldwide  (877) 702-9580

GEORGE HESSE

1
2  Bosetti lost his job -- strike that.        12:40:23PM
3        Did you ask him how he learned that   12:40:26PM
4  Gary Bosetti lost his job?                   12:40:29PM
5        MR. NOVIKOFF:  You're talking about   12:40:32PM
6  Bud Yager now?                               12:40:33PM
7        MR. GOODSTADT:  Bud Yeager.           12:40:34PM
8        MR. NOVIKOFF:  Okay.                  12:40:35PM
9   A   Now, I don't recall if I did.          12:40:35PM
10  Q   Did you tell you how he learned that?  12:40:36PM
11  A   I don't recall.                         12:40:40PM
12  Q   Do you know whether anyone asked him   12:40:41PM
13  to send in a statement?                     12:40:43PM
14  A   No.                                     12:40:46PM
15  Q   Did you take any notes of your phone   12:40:47PM
16  call with Yager?                            12:40:49PM
17        MR. CONNOLLY:  Objection.  Asked and 12:40:50PM
18  answered.                                   12:40:51PM
19        MR. NOVIKOFF:  Objection.  Asked and 12:40:52PM
20  answered.                                   12:40:53PM
21  A   No.                                     12:40:54PM
22  Q   You didn't?                             12:40:54PM
23        How long did that call last?          12:40:56PM
24        MR. CONNOLLY:  Objection.  Asked and 12:40:57PM
25  answered.                                   12:40:58PM

GEORGE HESSE

1
2  But you can answer.                          12:40:58PM
3   A   It was several minutes.  I don't        12:41:00PM
4  really recall how long it was.               12:41:01PM
5   Q   Did you ask him what he did after       12:41:15PM
6  leaving Houser's that night?                 12:41:18PM
7   A   You know, I don't recall if I did or    12:41:20PM
8  not.                                         12:41:22PM
9   Q   Did he tell you what he did after he    12:41:22PM
10  left Houser's?                              12:41:25PM
11  A   I don't recall.                          12:41:26PM
12  Q   Did you credit his statement as part    12:41:32PM
13  of your investigation?                       12:41:34PM
14  A   Did I credit?                            12:41:36PM
15  Q   Yeah.  Did you believe the statement?  12:41:38PM
16  A   I believed it, yes.                      12:41:41PM
17  Q   Did you give it any weight in terms of  12:41:43PM
18  reaching a conclusion to your investigation? 12:41:45PM
19        MR. NOVIKOFF:  Objection to form.     12:41:48PM
20  A   It gave me a way to go.                  12:41:49PM
21  Q   What do you mean by that?               12:41:51PM
22  A   It gave me a lead on what may have       12:41:52PM
23  transpired that night to precipitate what    12:41:55PM
24  everybody was claiming about Gary Bosetti.   12:42:00PM
25  Q   And other than for that one phone       12:42:05PM

GEORGE HESSE

1
2  call, did you ever speak with Bud Yager on any  12:42:06PM
3  other occasion about Halloween?                  12:42:09PM
4        MR. NOVIKOFF:  About the Halloween     12:42:11PM
5  incident.                                    12:42:12PM
6        MR. GOODSTADT:  Yeah.                  12:42:13PM
7        MR. NOVIKOFF:  Okay.                   12:42:16PM
8   A   You know, I don't believe I spoke to    12:42:17PM
9  him again after that day.                     12:42:18PM
10  Q   About anything?                         12:42:23PM
11  A   Yeah, I don't believe so.               12:42:25PM
12  Q   As the investigator -- strike that.     12:42:27PM
13        Were you the only investigator at this 12:42:30PM
14  time on the case?                            12:42:31PM
15  A   At this point, yes.                      12:42:32PM
16  Q   Okay.  As the sole investigator, how    12:42:33PM
17  come you didn't take any notes with respect to 12:42:36PM
18  your interaction with Mr. Yager?              12:42:38PM
19        MR. NOVIKOFF:  Objection to form.  I  12:42:41PM
20  think it's asked and answered, but form as   12:42:42PM
21  well.                                        12:42:44PM
22  A   Yeah, like I said, I didn't think it     12:42:45PM
23  was necessary because all I would've been doing 12:42:46PM
24  was rewriting basically what he had already sent 12:42:49PM
25  me.                                          12:42:53PM

GEORGE HESSE

1
2        MR. GOODSTADT:  This would be a good   12:42:53PM
3  time to take that break.                     12:42:54PM
4        MR. CONNOLLY:  Sure.                   12:42:55PM
5        MR. NOVIKOFF:  Okay.                   12:42:56PM
6        THE VIDEOGRAPHER:  The time is 12:44.  12:42:57PM
7  We're off the record.                        12:42:59PM
8        (Whereupon, a lunch break was taken.)  12:43:00PM
9        THE VIDEOGRAPHER:  The time is 1:47.   1:45:52PM
10  We're on the record.                        1:45:52PM
11  BY MR. GOODSTADT:                            1:45:55PM
12  Q   Mr. Hesse, before our break, you had    1:45:56PM
13  mentioned that on the Sunday before going back  1:45:59PM
14  to the beach on Monday after Halloween, that you 1:46:02PM
15  reached out to Fiorillo, you spoke with him, and 1:46:07PM
16  you reached out to Lamm and spoke with him,     1:46:09PM
17  correct?                                     1:46:13PM
18  A   Correct.                                 1:46:13PM
19  Q   Okay.  Did you reach out to Snyder?     1:46:13PM
20  A   I believe I tried.  I was unable to      1:46:15PM
21  get into contact with him.                   1:46:20PM
22  Q   So did you speak with him at all        1:46:21PM
23  before coming back to the beach that Monday?  1:46:23PM
24  A   I don't recall.                          1:46:26PM
25  Q   You don't recall one way or the other?  1:46:26PM

Page 435

GEORGE HESSE

1
2     A    No.                                  1:46:28PM
3     Q    Okay.  And I just point you back to   1:46:29PM
4  Hesse 14.  Do you see that there's an indicated  1:46:32PM
5  copy to Natalie Rogers?                       1:46:36PM
6          Do you see that?                      1:46:37PM
7     A    Yes, I do.                            1:46:38PM
8     Q    Do you know whether she ever received  1:46:39PM
9  a copy of this memo?                          1:46:41PM
10    A    I do not.                             1:46:43PM
11    Q    Did you ever speak to her about this  1:46:43PM
12 memo?                                         1:46:45PM
13    A    I don't think, no.                    1:46:46PM
14    Q    Did you ever speak with Natalie Rogers  1:46:47PM
15 at all about the Halloween incident?          1:46:49PM
16    A    I don't recall.                       1:46:52PM
17    Q    So you don't recall one way or the    1:46:53PM
18 other?                                        1:46:54PM
19    A    No.                                   1:46:55PM
20    Q    Did you ever speak with Joe Loeffler   1:46:55PM
21 about the Halloween incident?                 1:46:57PM
22    A    Yes.                                  1:46:59PM
23    Q    When did you speak with him about     1:47:01PM
24 Halloween?                                    1:47:02PM
25    A    I think it was a week after.          1:47:05PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 436

GEORGE HESSE

1
2     Q    Was that on the phone or in person?   1:47:09PM
3     A    I believe it was in person.           1:47:11PM
4     Q    Where were you located?               1:47:13PM
5     A    In the police station.                1:47:15PM
6     Q    Was he there specifically to speak    1:47:19PM
7  about the Halloween incident or was he there on  1:47:21PM
8  some other business?                          1:47:24PM
9          MR. NOVIKOFF:  Objection.             1:47:26PM
10    A    I don't recall.                       1:47:27PM
11    Q    Tell me everything you recall         1:47:29PM
12 discussing with Joe Loeffler during that      1:47:30PM
13 conversation.                                 1:47:33PM
14    A    I think I just pretty much told him    1:47:33PM
15 the story of what was going on with the incident  1:47:36PM
16 and basically what I had found out, and that was  1:47:40PM
17 pretty much it.  He just said good job, pretty   1:47:46PM
18 much, and walked out.                         1:47:49PM
19    Q    Did he tell you that he was at the    1:47:50PM
20 police station that night?                    1:47:52PM
21    A    You know, I don't recall if he did.   1:47:54PM
22    Q    Did you ever discuss with him the fact  1:47:56PM
23 that he was at the police station that night?  1:47:58PM
24    A    Yes.                                  1:48:00PM
25    Q    When did you discuss that with him?   1:48:01PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 437

GEORGE HESSE

1
2     A    Probably -- it was within the last two  1:48:08PM
3  years at some point.  I don't know specifically  1:48:09PM
4  with the dates.                               1:48:11PM
5     Q    After you were served with the        1:48:12PM
6  complaint in this lawsuit or before?          1:48:14PM
7     A    I think so, yes.                      1:48:16PM
8     Q    What did he say about that?           1:48:17PM
9     A    He said that he was in the police     1:48:19PM
10 station.  I guess he was running rescue that   1:48:20PM
11 night and he was the ambulance driver, and he  1:48:23PM
12 was inside the police station at some point.   1:48:25PM
13    Q    Did he tell you anything he witnessed  1:48:28PM
14 inside the police station or anything that was  1:48:29PM
15 said?                                         1:48:31PM
16    A    Not that I recall, no.                1:48:32PM
17    Q    What did he say to you about his       1:48:33PM
18 experience being at the police station that    1:48:35PM
19 night?                                        1:48:36PM
20    A    He basically just said he walked in    1:48:37PM
21 and dropped off some bags, and he went back out  1:48:39PM
22 into the rig to watch the rig, just to watch the  1:48:42PM
23 ambulance.  He's the driver, so...            1:48:47PM
24    Q    Did he discuss with you at all the    1:48:49PM
25 injuries that were sustained by anybody who was  1:48:51PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 438

GEORGE HESSE

1
2  in the altercation?                           1:48:53PM
3          MR. NOVIKOFF:  Objection.  Form.      1:48:55PM
4     A    Not that I recall.                    1:48:56PM
5     Q    During the break that we just took,   1:49:04PM
6  did you speak with Ken Novikoff at all?       1:49:06PM
7     A    I think so, yeah.                     1:49:10PM
8     Q    What was discussed between you and    1:49:11PM
9  Mr. Novikoff?                                 1:49:13PM
10    A    I don't recall, to tell you the truth.  1:49:15PM
11 Small talk.                                   1:49:17PM
12    Q    You don't recall anything that was    1:49:18PM
13 discussed in small talk?                      1:49:20PM
14    A    No.                                   1:49:21PM
15    Q    So you don't recall a conversation    1:49:22PM
16 that happened between 10 and 40 minutes ago?  1:49:23PM
17    A    No.  I think we were just talking     1:49:28PM
18 about allowing you more time and calling the  1:49:30PM
19 judge.  Most of the conversation was between   1:49:33PM
20 counsel.                                      1:49:34PM
21    Q    Anything else you recall of a         1:49:37PM
22 discussion between you and Mr. Novikoff?      1:49:39PM
23    A    No.                                   1:49:43PM
24    Q    So after you spoke with Bud Yager, you  1:49:47PM
25 testified that his wife called back an hour   1:49:52PM

TSG Reporting - Worldwide  (877) 702-9580

Page 439

GEORGE HESSE

1
2   later, approximately; is that correct?        1:49:55PM
3       A   I think it was within an hour.        1:49:56PM
4       Q   Okay.  Did you do anything with        1:49:58PM
5   respect to the Halloween incident between the    1:49:59PM
6   time you hung up with Bud Yager and the time     1:50:01PM
7   that Jeanne Yager called?                        1:50:04PM
8       A   I believe I said I had walked down       1:50:05PM
9   to -- no, no, that was before Bud's fax.  No.  I  1:50:07PM
10  think I just -- I was waiting for her phone       1:50:10PM
11  call.                                            1:50:15PM
12      Q   Did you reach out to Snyder at all       1:50:19PM
13  during that period?                              1:50:21PM
14      A   No.                              1:50:22PM
15      Q   When was the first time that another     1:50:24PM
16  officer came on duty that morning?               1:50:26PM
17      A   I don't believe one did.                 1:50:28PM
18      Q   And then at some point Jeanne Yager      1:50:36PM
19  called you?                                      1:50:39PM
20      A   Yes.                            1:50:39PM
21      Q   Tell me everything you recall during     1:50:40PM
22  that phone conversation.                         1:50:41PM
23      A   I basically just told her to tell me     1:50:43PM
24  what her story was, what happened.  She          1:50:46PM
25  explained to me what had occurred, and I asked   1:50:50PM

TSG Reporting - Worldwide  (877) 702-9580

Page 440

GEORGE HESSE

1
2   her to put that down in writing and fax it to me  1:50:54PM
3   if she could.                                    1:50:56PM
4       Q   Did you take any notes of what she       1:51:01PM
5   explained to you occurred?                       1:51:04PM
6       A   No.                              1:51:05PM
7       Q   How long was the call?                   1:51:05PM
8       A   It was over the course of several        1:51:07PM
9   minutes.                                         1:51:09PM
10      Q   Just so I'm clear, you're the sole       1:51:11PM
11  investigator on the case, you have a phone       1:51:14PM
12  conversation with an alleged victim of a         1:51:17PM
13  choking, and you didn't take any notes; is that  1:51:20PM
14  correct?                                         1:51:22PM
15      A   That's correct.                          1:51:23PM
16          MR. CONNOLLY:  Objection.                1:51:24PM
17  BY MR. GOODSTADT:                                1:51:25PM
18      Q   What did she tell you on that call?      1:51:25PM
19      A   She basically said that she was          1:51:29PM
20  standing first in line for the women's bathroom.  1:51:30PM
21  That she was waiting for a long time, several    1:51:35PM
22  minutes, maybe 15 minutes.  She kept knocking on  1:51:37PM
23  the door with no response.  A line had developed  1:51:41PM
24  behind her of other women waiting to go to the   1:51:44PM
25  bathroom.  Eventually, the door flew open.  A    1:51:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 441

GEORGE HESSE

1
2   young lady came out and said something about     1:51:52PM
3   killing you, you old bitch or something like     1:51:54PM
4   that, to that effect, or you should die,         1:51:57PM
5   something like that.  And then apparently a      1:52:01PM
6   boyfriend, a friend of this young female, had    1:52:05PM
7   come out of the bathroom and didn't say          1:52:08PM
8   anything, was holding onto the door, I believe,  1:52:12PM
9   and then lunged at Jeanne, grabbed her by the    1:52:14PM
10  throat and threw her into the wall or door of    1:52:18PM
11  the men's room and was banging her off the wall.  1:52:21PM
12          Then she said that Gary Bosetti came     1:52:25PM
13  over, grabbed the person off of her, put him     1:52:27PM
14  down on the floor and stopped him from choking   1:52:31PM
15  her.                                             1:52:34PM
16      Q   Did she actually see Gary Bosetti put    1:52:35PM
17  him down on the floor?                           1:52:37PM
18          MR. NOVIKOFF:  Objection.                1:52:39PM
19      A   I don't know.  I'd have to read her      1:52:40PM
20  statement again.                                 1:52:42PM
21      Q   Well, sitting here, do you recall one    1:52:42PM
22  way or the other whether she told you that?      1:52:44PM
23      A   No, I don't recall.                      1:52:46PM
24      Q   Did you ask her whether she was          1:52:47PM
25  drinking that night?                             1:52:49PM

TSG Reporting - Worldwide  (877) 702-9580

Page 442

GEORGE HESSE

1
2       A   No, I don't recall if I did or not.      1:52:50PM
3       Q   Why wouldn't you ask her that?           1:52:52PM
4       A   I didn't think it was relevant.          1:52:55PM
5       Q   You don't think it was relevant that     1:52:57PM
6   somebody is giving you an eyewitness statement,  1:52:59PM
7   you don't think it was relevant whether that     1:53:01PM
8   person had been drinking during the incident     1:53:03PM
9   that they were giving you an eyewitness          1:53:05PM
10  statement about?                                 1:53:07PM
11          MR. CONNOLLY:  Objection.  Asked and     1:53:07PM
12  answered.                                        1:53:08PM
13      A   I didn't ask her that.                   1:53:09PM
14      Q   I just want to be -- make sure I'm       1:53:10PM
15  clear that's your answer there?                  1:53:10PM
16          MR. NOVIKOFF:  Oh, I think he's been     1:53:12PM
17  crystal clear three times already.               1:53:12PM
18          MR. CONNOLLY:  Objection.                1:53:14PM
19  BY MR. GOODSTADT:                                1:53:14PM
20      Q   You didn't think it was relevant; is     1:53:14PM
21  that correct?                                    1:53:16PM
22      A   I did not ask her.                       1:53:16PM
23          MR. CONNOLLY:  Objection.                1:53:17PM
24          MR. NOVIKOFF:  Objection.                1:53:17PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 443

GEORGE HESSE

BY MR. GOODSTADT:                            1:53:17PM

3    Q   You didn't think it was relevant?  You  1:53:18PM
4  can answer.                                1:53:18PM
5        MR. NOVIKOFF:  Objection.           1:53:18PM
6        You can answer.                     1:53:18PM
7    A   I didn't think it was relevant, I    1:53:19PM
8  guess.                                     1:53:20PM
9    Q   And similar to the question I asked   1:53:22PM
10  you about her husband, do you think it could've  1:53:24PM
11  been -- that could have affected -- whether she  1:53:28PM
12  was drinking alcohol or not may have affected  1:53:29PM
13  her ability to recall events?             1:53:32PM
14        MR. CONNOLLY:  Objection to form.    1:53:34PM
15        You can answer.                     1:53:34PM
16    A   It may have.                        1:53:35PM
17    Q   Did she eventually fax something to  1:53:41PM
18  you?                                       1:53:43PM
19    A   Yes.                                1:53:44PM
20    Q   How long after you spoke with her did  1:53:45PM
21  she fax something to you?                 1:53:47PM
22    A   I don't recall.                     1:53:48PM
23    Q   Was it handwritten or typed, what she  1:53:49PM
24  faxed to you?                             1:53:52PM
25    A   Handwritten.                        1:53:53PM

TSG Reporting - Worldwide  (877) 702-9580

Page 444

GEORGE HESSE

2    Q   Was it addressed to you, the fax?    1:53:54PM
3    A   You know, I don't recall if it was or  1:53:55PM
4  not.                                       1:53:57PM
5    Q   Do you recall anything else that was  1:54:03PM
6  discussed in the phone conversation that you had  1:54:04PM
7  with Jeanne Yager that you testified to before?  1:54:08PM
8    A   I don't recall at this time.         1:54:11PM
9    Q   Is there anything you can think of   1:54:13PM
10  that would refresh your recollection?     1:54:15PM
11    A   No.                                 1:54:16PM
12        (Whereupon, Bates document 3181-3182  1:54:29PM
13  was marked as Plaintiff's Exhibit 15 for  1:54:29PM
14  identification, as of this date.)         1:54:29PM
15  BY MR. GOODSTADT:                         1:54:48PM
16    Q   Did Jeanne Yager tell you whether she  1:54:51PM
17  was in the bar when the on-duty officers  1:54:54PM
18  arrived?                                   1:54:56PM
19    A   I don't recall.  I'd have to read her  1:55:00PM
20  statement.                                 1:55:03PM
21    Q   Did you ask her whether she was at the  1:55:03PM
22  bar when the on-duty officers arrived?    1:55:05PM
23    A   You know, I believe I did.          1:55:10PM
24    Q   Do you recall what she said?        1:55:12PM
25    A   I believe -- I remember her saying  1:55:15PM

TSG Reporting - Worldwide  (877) 702-9580

Page 445

GEORGE HESSE

2  that she was standing by the bathrooms when the  1:55:17PM
3  police officers walked through the bar with one  1:55:20PM
4  of the individuals in the altercation, but  1:55:23PM
5  that's all I recall about that.           1:55:27PM
6    Q   Did you ask her why she didn't give a  1:55:29PM
7  statement to the police officers that night?  1:55:31PM
8        MR. NOVIKOFF:  Objection. Form.     1:55:34PM
9    A   Yeah, later on.  I believe she       1:55:35PM
10  attempted to walk to the police station; but  1:55:37PM
11  there was ambulance there, and she didn't want  1:55:39PM
12  to interfere.  She felt that she didn't want to  1:55:41PM
13  bother anybody.                            1:55:45PM
14    Q   She told you that?                   1:55:47PM
15    A   That's -- yeah, that's what I recall.  1:55:48PM
16    Q   When did she tell you that?          1:55:51PM
17    A   I don't recall when, but I remember  1:55:52PM
18  her saying something to that effect.      1:55:54PM
19    Q   Was it during that phone conversation?  1:55:55PM
20    A   No.  No, it was after.              1:55:57PM
21    Q   How many times after that first phone  1:55:59PM
22  conversation did you speak with Jeanne Yager  1:56:01PM
23  about the Halloween incident?             1:56:03PM
24    A   Over the course of four and a half   1:56:05PM
25  years, I don't know, 20 times.            1:56:08PM

TSG Reporting - Worldwide  (877) 702-9580

Page 446

GEORGE HESSE

2    Q   And when was the first time she told  1:56:14PM
3  you that she didn't want to bother anybody?  1:56:16PM
4    A   It may have been at her house when   1:56:19PM
5  John Cherry and myself were there.        1:56:19PM
6    Q   Did she tell you who she tried to go  1:56:36PM
7  to the police station with, if anyone?    1:56:38PM
8    A   Yeah, I believe Rich Bosetti.       1:56:41PM
9    Q   She tried to go with Rich Bosetti?  1:56:43PM
10    A   Yes.                                1:56:45PM
11    Q   Did she tell you where she went when  1:56:46PM
12  she didn't want to bother anyone and stop into  1:56:49PM
13  the police station?                       1:56:51PM
14    A   Well, I think her and her husband had  1:56:52PM
15  walked down to CJ's.  And Richie, I believe,  1:56:54PM
16  approached them and said, you know, you should  1:56:57PM
17  really go tell the officers what had happened.  1:57:00PM
18  And they attempted to do so, and then they saw  1:57:02PM
19  the ambulance; and I think they just said, well,  1:57:06PM
20  we'll do it later or something.  I'm       1:57:08PM
21  speculating, but --                       1:57:10PM
22        MR. CONNOLLY:  Don't speculate.     1:57:11PM
23        THE WITNESS:  Sorry.               1:57:13PM
24        MR. CONNOLLY:  Just testify upon your  1:57:13PM
25  knowledge.                                 1:57:14PM

TSG Reporting - Worldwide  (877) 702-9580

Page 447

GEORGE HESSE

1
2    A    Yeah, they just turned around.        1:57:15PM
3    Q    Did she tell you how long after the    1:57:16PM
4    alleged choke that she tried to go to the police  1:57:19PM
5    station?                        1:57:22PM
6    A    No, I don't recall.                1:57:22PM
7    Q    Did you ask her whether she had any    1:57:23PM
8    drinks in CJ's?                    1:57:25PM
9    A    No, I don't recall.                1:57:28PM
10   Q    Did you ask her why she didn't try to    1:57:43PM
11   give a statement to the officers when she was in  1:57:46PM
12   the bar and the on-duty officers walked through   1:57:48PM
13   the bar?                        1:57:51PM
14   A    Yeah.  At some point, Rich Bosetti had  1:57:53PM
15   gone outside to make contact with the three     1:57:55PM
16   police officers that were on duty, Fiorillo,     1:57:58PM
17   Lamm and Snyder, to address them and say that    1:58:01PM
18   Jean Yager was choked inside the bar, that they  1:58:03PM
19   may want to talk to them.  And I believe the     1:58:07PM
20   response was no one was choked.  I could never   1:58:09PM
21   ascertain who said it.  Tom Snyder denied it,    1:58:15PM
22   and Chris -- they said that Christopher        1:58:18PM
23   Shallick, who was one of the individuals        1:58:23PM
24   involved in this incident, said it.            1:58:25PM
25   Q    Said what?                    1:58:27PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 448

GEORGE HESSE

1
2    A    That no one was choked.            1:58:28PM
3    Q    Okay.                        1:58:30PM
4    A    But I was told that Snyder said it.    1:58:30PM
5    Q    But just -- I guess I don't get what    1:58:33PM
6    you meant.  Richard Bosetti went out and tried   1:58:35PM
7    to make contact with the on-duty officers?  How  1:58:40PM
8    do you know that?                   1:58:43PM
9    A    Because that's what I was told.        1:58:44PM
10   Q    By who?                      1:58:46PM
11   A    By the three of them at some point and  1:58:47PM
12   by Rich Bosetti.                    1:58:49PM
13   Q    Do you know if Rich Bosetti was        1:58:51PM
14   drinking that night?                 1:58:53PM
15   A    I don't know for sure.            1:58:53PM
16   Q    Did you ask him?                 1:58:55PM
17   A    I don't recall.                1:58:56PM
18   Q    Okay.  And so Rich Bosetti tried to    1:58:56PM
19   make contact with them.  Did he make contact, to 1:58:59PM
20   your understanding?                 1:59:02PM
21   A    Yes.                        1:59:03PM
22   Q    How did you know he made contact?      1:59:03PM
23   A    I was told.                    1:59:05PM
24   Q    By who?                      1:59:06PM
25   A    By Officer Fiorillo and Gary Bos- --   1:59:07PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 449

GEORGE HESSE

1
2    Rich Bosetti.                    1:59:09PM
3    Q    Okay.  And what was the conversation   1:59:10PM
4    that was had outside the bar?            1:59:12PM
5    A    I believe Frank had said that we're    1:59:14PM
6    handling it, we'll take care of it.  And then    1:59:19PM
7    Richie had spoke to Snyder and tried to explain  1:59:23PM
8    to him that someone was choked.  I don't know if 1:59:26PM
9    he specifically used her name or not.  And the   1:59:30PM
10   term -- and, you know, someone blurted out, no   1:59:33PM
11   one was choked.  Now, Rich Bosetti says it was   1:59:37PM
12   Snyder that said it; and Snyder denies it, and   1:59:40PM
13   Snyder thinks that Christopher Shallick may have 1:59:43PM
14   said it.                        1:59:47PM
15   Q    And what's the basis of your belief    1:59:47PM
16   that Snyder denied it and said Christopher       1:59:49PM
17   Shallick said it?                   1:59:52PM
18   A    That's what they had told me.        1:59:53PM
19   Q    Who told you that?                1:59:56PM
20   A    I believe Snyder told me that.        1:59:57PM
21   Q    Did Snyder tell you that Rich          1:59:58PM
22   Bosetti -- that Snyder asked Rich Bosetti who    1:59:59PM
23   was choked?                      2:00:00PM
24   A    I don't remember specifically.        2:00:01PM
25   Q    Did Rich Bosetti tell you that he      2:00:02PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 450

GEORGE HESSE

1
2    identified who was choked?            2:00:05PM
3    A    I don't remember specifically.        2:00:07PM
4    Q    Now, if you look at Hesse 15, is this   2:00:12PM
5    the facsimile that came in?            2:00:15PM
6    A    Yes.                        2:00:19PM
7    Q    If you look at the top corner, it says 2:00:19PM
8    10-29-04.                        2:00:22PM
9         Do you see that?                2:00:23PM
10   A    Right.                        2:00:24PM
11   Q    That date is not accurate, is it?      2:00:25PM
12   A    No, that can't be.                2:00:28PM
13   Q    That's before the incident actually    2:00:29PM
14   happened, right?                    2:00:30PM
15   A    Yes.                        2:00:31PM
16   Q    Do you recall what time it actually    2:00:32PM
17   came in?                        2:00:33PM
18   A    I don't recall, no.                2:00:34PM
19        MR. NOVIKOFF:  Well, there is that    2:00:34PM
20   underlining line that appears --            2:00:36PM
21        THE WITNESS:  Oh, there is, yes.      2:00:38PM
22        MR. NOVIKOFF: -- it says 10/3.  Can't  2:00:38PM
23   really make out the next space.            2:00:40PM
24   A    2964 and a 1951.                2:00:44PM
25        MR. GOODSTADT:  Either way, it doesn't 2:00:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 451

GEORGE HESSE

1
2    make sense, because that Monday was after    2:00:48PM
3    10-30 or 31.                    2:00:50PM
4        MR. NOVIKOFF: Maybe the machine was    2:00:52PM
5    broken.                    2:00:53PM
6    BY MR. GOODSTADT:                2:00:55PM
7        Q   Do you know why she wrote it to Ed  2:00:55PM
8    Paradiso instead of you?            2:01:00PM
9        A   I don't know.            2:01:02PM
10       Q   Did you ever ask her?        2:01:02PM
11       A   No.                2:01:03PM
12       Q   So this fax was in response to your  2:01:07PM
13   asking her to fax something in?        2:01:09PM
14       A   Yes.                2:01:11PM
15       Q   Did she mention who else she was with  2:01:19PM
16   on that line?                2:01:21PM
17       A   I believe she did, but she didn't know  2:01:26PM
18   who they were by name.            2:01:27PM
19       Q   So when you spoke to her, she told you  2:01:31PM
20   she didn't know who she was with by name?    2:01:33PM
21       A   She wasn't with anybody in particular,  2:01:36PM
22   just other women waiting on line.        2:01:38PM
23       Q   Okay. That's what she told you?    2:01:40PM
24       A   That's what I recall.        2:01:44PM
25       Q   Do you know whether she sought medical  2:01:50PM

TSG Reporting - Worldwide  (877) 702-9580

Page 452

GEORGE HESSE

1
2    attention that night?                2:01:53PM
3        A   Repeat that.            2:01:56PM
4        Q   Did she -- did she indicate whether  2:01:58PM
5    she sought medical attention that night?    2:02:00PM
6        A   She did not.            2:02:02PM
7        Q   She did not.            2:02:03PM
8            Did you ask Richie Bosetti why he    2:02:04PM
9    didn't bring her into the station that night?    2:02:08PM
10       A   I believe I was told that they were  2:02:11PM
11   going to wait until the ambulance had left, but  2:02:17PM
12   then I don't think -- it never happened anyway,  2:02:20PM
13   so I don't know.                2:02:22PM
14       Q   So when the ambulance left, they    2:02:24PM
15   didn't go back; is that your testimony?    2:02:25PM
16       A   Right.                2:02:27PM
17       Q   Okay. Do you know why they didn't go  2:02:28PM
18   back?                    2:02:30PM
19       A   I don't -- I don't know.        2:02:30PM
20       Q   Did you ask Rich Bosetti why?    2:02:32PM
21       A   I don't recall if I did.        2:02:33PM
22       Q   Did you ask Jean Yager why?    2:02:34PM
23       A   I don't recall if I did or not.    2:02:38PM
24       Q   Did you ask Bud Yager why?    2:02:40PM
25       A   I don't recall if I did or not.    2:02:43PM

TSG Reporting - Worldwide  (877) 702-9580

Page 453

GEORGE HESSE

1
2        Q   Did you ask Rich Bosetti why he didn't  2:02:52PM
3    bring Jeanne Yager over to the on-duty officers  2:02:54PM
4    at Houser's?                2:02:58PM
5        A   I don't recall if I did or not.    2:02:59PM
6        Q   So you don't know one way or the    2:03:02PM
7    other?                    2:03:03PM
8        A   No, I don't.            2:03:05PM
9        Q   Did he tell you why he didn't bring  2:03:06PM
10   her over to them at Houser's?        2:03:08PM
11       A   No.                2:03:10PM
12       MR. CONNOLLY: "Them" being the    2:03:10PM
13   officers at the scene?            2:03:11PM
14   BY MR. GOODSTADT:                2:03:12PM
15       Q   Rich Bosetti didn't bring Jean Yager  2:03:12PM
16   over to the on-duty officers at the scene.    2:03:15PM
17       A   Yeah, I don't recall.        2:03:18PM
18       Q   Did you ask him?        2:03:18PM
19       A   I don't recall if I did or not.    2:03:20PM
20       MR. GOODSTADT: Why don't we take a    2:03:32PM
21   break here and try to get in touch with the  2:03:33PM
22   judge.                    2:03:35PM
23       THE VIDEOGRAPHER: The time is 2:05.  2:03:36PM
24   We're off the record.            2:03:37PM
25       (Whereupon, a discussion was held off  2:03:40PM

TSG Reporting - Worldwide  (877) 702-9580

Page 454

GEORGE HESSE

1
2    the record.)                2:03:40PM
3        THE VIDEOGRAPHER: The time is 2:09.    2:07:43PM
4    We're on the record.            2:07:44PM
5    BY MR. GOODSTADT:                2:07:49PM
6        Q   Now, when this fax came in from Jeanne  2:07:49PM
7    Yager, did you discuss it with anybody on that  2:07:52PM
8    day, other than for what you already testified  2:07:55PM
9    to with your conversation with her?        2:07:58PM
10       A   I don't recall.            2:08:01PM
11       Q   Did you speak to her after she faxed  2:08:02PM
12   it in on that day?                2:08:05PM
13       A   I don't recall.            2:08:07PM
14       Q   And at the time this fax came in, had  2:08:09PM
15   you put anybody else on the investigation with  2:08:13PM
16   you or were you still the sole investigator?    2:08:15PM
17       A   I was still alone.            2:08:18PM
18       Q   And after this fax came in, what was  2:08:20PM
19   the next -- well, strike that.        2:08:24PM
20           How long was it between you got off  2:08:26PM
21   the phone with her and the fax came in?    2:08:29PM
22       A   I don't recall.            2:08:31PM
23       Q   Did you do anything with respect to  2:08:31PM
24   the investigation between getting off the phone  2:08:32PM
25   with Jeanne Yager and Hesse 15 being faxed in?  2:08:35PM

TSG Reporting - Worldwide  (877) 702-9580

Page 455

GEORGE HESSE

1
2     A    I don't remember.              2:08:41PM
3     Q    So what was the next thing you recall  2:08:42PM
4     doing with respect to the Halloween incident  2:08:45PM
5     after receiving this fax?          2:08:47PM
6     A    You know what, I really don't recall  2:09:02PM
7     what I did right after.            2:09:04PM
8     Q    Do you recall anything else you did on  2:09:05PM
9     that day?                          2:09:07PM
10    A    I believe -- I think I called either  2:09:09PM
11    Bud or Jeanne back at some point, and I asked if  2:09:12PM
12    they remember if anybody else was at the bar and  2:09:17PM
13    who it was, who was bartending.    2:09:20PM
14    Q    You don't recall which person you  2:09:25PM
15    called back and asked that to?     2:09:27PM
16    A    It was probably Jeanne, because I  2:09:29PM
17    couldn't get in touch with Bud from the  2:09:30PM
18    beginning, so...                   2:09:33PM
19    Q    And what did she say in response to  2:09:36PM
20    that question?                     2:09:38PM
21    A    She gave me some names.       2:09:39PM
22    Q    What name did she give you?   2:09:42PM
23    A    I believe Dan McKenna was the  2:09:43PM
24    bartender. She said Ian Levine was there. She  2:09:46PM
25    said Cara McKenna was there. I don't recall too  2:09:56PM

TSG Reporting - Worldwide  (877) 702-9580

Page 456

GEORGE HESSE

1
2     many other names. She said she didn't know a  2:09:59PM
3     lot of people there.               2:10:03PM
4     Q    And had you known Don McKenna before  2:10:04PM
5     that time?                         2:10:08PM
6     A    Dan.                         2:10:09PM
7     Q    Dan McKenna? I apologize.     2:10:10PM
8     A    Yeah, I knew Dan.            2:10:11PM
9     Q    From being a bartender there or were  2:10:12PM
10    you personal friends?              2:10:15PM
11         MR. NOVIKOFF: Objection.      2:10:16PM
12         MR. CONNOLLY: Objection, or something  2:10:17PM
13    else.                              2:10:19PM
14    A    I'm not personal friends with Dan  2:10:19PM
15    McKenna. He's a member of the fire service over  2:10:19PM
16    there, ambulance corps.            2:10:23PM
17    Q    Had you known Cara McKenna prior to  2:10:24PM
18    then?                              2:10:27PM
19    A    Yes.                         2:10:28PM
20    Q    How did you know her?         2:10:29PM
21    A    She is a long-time resident. She's  2:10:30PM
22    been born there. She has her parents. She also  2:10:32PM
23    works in the village office. She's also a  2:10:35PM
24    member of the fire service and ambulance corps.  2:10:38PM
25    Q    What did she do in the village office?  2:10:40PM

TSG Reporting - Worldwide  (877) 702-9580

Page 457

GEORGE HESSE

1
2     A    Secretarial.                 2:10:43PM
3     Q    And Ian Levine you knew before then,  2:10:48PM
4     correct?                           2:10:51PM
5     A    Yes.                         2:10:51PM
6     Q    He's the same Ian Levine that you  2:10:52PM
7     worked for at Sky Cable?           2:10:54PM
8     A    Yes.                         2:10:56PM
9     Q    Did she tell you anything else during  2:10:56PM
10    that phone conversation other than for those  2:10:57PM
11    couple names?                      2:11:00PM
12    A    Not that I recall, no.        2:11:01PM
13    Q    Do you recall anything else that was  2:11:03PM
14    discussed between the two of you during that  2:11:04PM
15    phone conversation?                2:11:06PM
16    A    I don't recall.              2:11:07PM
17    Q    Did you take any notes of that phone  2:11:07PM
18    conversation?                      2:11:09PM
19         MR. NOVIKOFF: The second conversation  2:11:12PM
20    with Jeanne Yager?                 2:11:13PM
21         MR. GOODSTADT: When he called her  2:11:15PM
22    back.                              2:11:17PM
23         MR. NOVIKOFF: Got it.        2:11:18PM
24         MR. GOODSTADT: We already went  2:11:18PM
25    through the first, was no notes.   2:11:18PM

TSG Reporting - Worldwide  (877) 702-9580

Page 458

GEORGE HESSE

1
2     A    Yeah, I don't recall if I took notes.  2:11:18PM
3     Q    If you took some notes, where would  2:11:20PM
4     they be kept?                      2:11:22PM
5     A    They should be in the file. If I took  2:11:24PM
6     any notes, they would be in the file.  2:11:26PM
7     Q    Did you keep like a notebook in  2:11:28PM
8     connection with this investigation?  2:11:30PM
9     A    No.                          2:11:31PM
10    Q    So what would you have taken notes on?  2:11:33PM
11    A    Maybe just a piece of scrap paper or  2:11:35PM
12    something.                         2:11:38PM
13    Q    Sitting here today, you don't recall  2:11:42PM
14    one way or the other whether there were notes of  2:11:43PM
15    that conversation?                 2:11:45PM
16    A    No, I don't recall.          2:11:46PM
17    Q    What was the next thing you did after  2:11:50PM
18    speaking with Jeanne Yager that day with respect  2:11:52PM
19    to Halloween incident?             2:11:54PM
20    A    Repeat that question. I'm sorry.  2:11:58PM
21    Q    Yeah, after you spoke with Jeanne  2:12:00PM
22    Yager for the second time, what was the next  2:12:02PM
23    thing you did that day with respect to the  2:12:05PM
24    Halloween investigation?           2:12:08PM
25    A    I believe I reached out to Ian Levine  2:12:10PM

TSG Reporting - Worldwide  (877) 702-9580

Page 459

GEORGE HESSE

2  to find out if he had seen anything.        2:12:12PM
3  **Q   Did you get in touch with him?       2:12:19PM**
4  A   Yes.                                   2:12:20PM
5  **Q   You called him or you went to him   2:12:22PM**
6  **in person?                               2:12:25PM**
7  A   I called him.                          2:12:25PM
8  **Q   Okay.  Tell me everything you recall  2:12:26PM**
9  **on that phone conversation.              2:12:27PM**
10  A   I asked him about the night, if he had  2:12:30PM
11  seen anything.  He said that he remembers that  2:12:32PM
12  one of the Bosetti brothers -- a lot of people  2:12:40PM
13  had a hard time telling between the two Bosetti  2:12:43PM
14  brothers.  But he said one of the Bosetti  2:12:46PM
15  brothers was in a fight.  He called the police  2:12:46PM
16  department's direct number to get somebody down  2:12:48PM
17  there quick to help out either Richie or Gary.  2:12:50PM
18  And he said the fight was getting broken up  2:12:53PM
19  after he hung up the phone.  He said  2:12:58PM
20  approximately, I think, 10 minutes had gone by  2:13:01PM
21  before the police had arrived.  And that's all I  2:13:03PM
22  recall at this time.  I know he gave a  2:13:06PM
23  statement.                                 2:13:08PM
24  **Q   Did he tell you that he witnessed any  2:13:09PM**
25  **part of the fight?                       2:13:10PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 460

GEORGE HESSE

2  A   Just the end part.  He didn't see the  2:13:11PM
3  beginning.                                 2:13:15PM
4  **Q   What end part did he tell you he    2:13:15PM**
5  **witnessed?                               2:13:18PM**
6  A   That Bosetti was over -- either       2:13:19PM
7  standing over or squatting over.  I'd have to  2:13:24PM
8  read his statement to recall.  He remembers  2:13:26PM
9  seeing his shield out, and that's all I recall  2:13:28PM
10  at this time.                              2:13:30PM
11  **Q   Did he tell you that he saw one of the  2:13:31PM**
12  **Bosettis use a pool cue?                 2:13:34PM**
13  A   Not that I recall.                    2:13:36PM
14  **Q   Did you ask him whether he was      2:13:44PM**
15  **drinking that night?                     2:13:45PM**
16  A   No.                                   2:13:46PM
17  **Q   How come?                           2:13:47PM**
18  A   I don't recall why.                   2:13:48PM
19  **Q   Do you think it would be relevant if  2:13:50PM**
20  **an eyewitness who was giving you a statement was  2:13:51PM**
21  **drinking that night?                     2:13:53PM**
22  MR. NOVIKOFF:  Objection.              2:13:55PM
23  It could have been.                     2:13:55PM
24  **Q   Did you take any notes of the phone  2:13:57PM**
25  **call you had with Mr. Levine?           2:13:58PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 461

GEORGE HESSE

2  A   I don't believe I did.                2:14:00PM
3  **Q   How come?                           2:14:01PM**
4  A   Because I knew he was going to come in  2:14:01PM
5  and give a statement, and it was just I didn't  2:14:03PM
6  need to take notes.                        2:14:05PM
7  **Q   Tell me everything else you recall  2:14:14PM**
8  **about the conversation you had with Mr. Levine  2:14:15PM**
9  **on the phone that day.                   2:14:17PM**
10  A   I believe I asked him if he knew of  2:14:19PM
11  anybody else that was there that he remembers.  2:14:21PM
12  I think he gave me a couple more names.  2:14:26PM
13  **Q   What names did he give you?         2:14:29PM**
14  A   I believe he gave me Sean O'Rourke,  2:14:31PM
15  Doug Wyckoff, I think he also -- because I  2:14:34PM
16  asked who was -- if there were any other  2:14:37PM
17  bartenders besides Dan.  I don't recall offhand  2:14:38PM
18  if he told me anybody else's names.        2:14:44PM
19  **Q   Did you ask him why he didn't give a  2:14:48PM**
20  **statement to the police that night?      2:14:50PM**
21  A   I don't recall.                       2:14:55PM
22  **Q   Was he at the bar when the on-duty  2:14:56PM**
23  **police officers arrived?                 2:14:58PM**
24  A   Yes.                                  2:15:02PM
25  MR. NOVIKOFF:  Was he told that by     2:15:04PM

TSG Reporting - Worldwide  (877) 702-9580

Page 462

GEORGE HESSE

2  Mr. Levine if he was at the bar.           2:15:06PM
3  MR. GOODSTADT:  Yeah.                   2:15:09PM
4  BY MR. GOODSTADT:                            2:15:09PM
5  **Q   Did he tell you that he was there when  2:15:09PM**
6  **the on-duty police officers arrived?     2:15:11PM**
7  A   Yes.                                  2:15:12PM
8  **Q   Do you know whether he spoke with the  2:15:13PM**
9  **on-duty police officers?                 2:15:14PM**
10  A   I don't recall.                       2:15:15PM
11  **Q   Did you ask whether he spoke with the  2:15:15PM**
12  **on-duty police officers?                 2:15:17PM**
13  A   I don't recall.                       2:15:19PM
14  **Q   Just so I'm clear, to your          2:15:22PM**
15  **understanding or knowledge, he never reached out  2:15:24PM**
16  **to give a witness statement; you're the one that  2:15:29PM**
17  **reached out to him, correct?            2:15:31PM**
18  A   That's correct, yes.                  2:15:33PM
19  **Q   Do you recall anything else that was  2:15:39PM**
20  **discussed during that phone conversation?  2:15:40PM**
21  A   I don't recall.                       2:15:46PM
22  **Q   How did you know he was going to come  2:15:48PM**
23  **in and give a statement?                 2:15:49PM**
24  A   Because I asked him to.               2:15:51PM
25  **Q   Did he ever come in and give a       2:15:53PM**

TSG Reporting - Worldwide  (877) 702-9580

GEORGE HESSE

1
2   statement?                               2:15:55PM
3   A   Yes.                        2:15:55PM
4   Q   When?                                2:15:55PM
5   A   I don't know the exact date. It may   2:15:56PM
6   have been the next day.            2:15:58PM
7   Q   That Tuesday?                        2:16:00PM
8   A   It may have been. I don't know. I    2:16:01PM
9   know you have the statements, so...      2:16:02PM
10  Q   It's your recollection it was that   2:16:05PM
11  Tuesday?                                 2:16:07PM
12  A   No. I don't recall.           2:16:07PM
13  Q   Did you ask him whether he saw Gary  2:16:13PM
14  Bosetti use a pool cue?                  2:16:16PM
15  A   I didn't -- I didn't take his   2:16:18PM
16  statement, so I don't recall, no.        2:16:21PM
17  Q   During the phone conversation you had.   2:16:22PM
18  A   You know, I don't recall.        2:16:25PM
19  Q   So after the phone conversation you  2:16:34PM
20  had with Ian Levine, what was the next thing   2:16:35PM
21  that you did in connection with the      2:16:38PM
22  investigation?                           2:16:40PM
23  A   Now that I knew Doug Wyckoff was   2:16:41PM
24  there, I think I tried to locate him.    2:16:44PM
25  Q   Okay. And this is Doug Wyckoff, the   2:16:47PM

GEORGE HESSE

1
2   husband of Dale Wyckoff, the former husband of   2:16:50PM
3   Dale Wyckoff, father of Marissa Wyckoff, who   2:16:54PM
4   worked in the police department; is that   2:16:58PM
5   correct?                                 2:16:59PM
6   A   Yes.                        2:17:00PM
7   Q   And did you reach out to Mr. Wyckoff?   2:17:01PM
8   A   I don't remember how I got in touch   2:17:07PM
9   with him. I think I ran into him.        2:17:08PM
10  Q   You ran into him?                    2:17:11PM
11  A   Yeah.                       2:17:13PM
12  Q   Where?                               2:17:13PM
13  A   Outside the police station.       2:17:14PM
14  Q   So the next thing you did, you're    2:17:17PM
15  going to reach out to Doug Wyckoff and you just   2:17:19PM
16  happen to run into him?                  2:17:22PM
17  A   It's a small village. Yeah.      2:17:25PM
18  Q   Did you go outside looking for him?   2:17:26PM
19  A   You know, I don't recall.        2:17:29PM
20  Q   Was anyone else with you when you ran   2:17:32PM
21  into Doug Wyckoff?                       2:17:33PM
22  A   I don't believe so, no.          2:17:35PM
23  Q   Was anyone else with him when you ran   2:17:36PM
24  into Doug Wyckoff?                       2:17:38PM
25  A   I don't know. I don't recall.     2:17:40PM

GEORGE HESSE

1
2   Q   And did you speak with Doug Wyckoff   2:17:40PM
3   when you ran into him?                   2:17:42PM
4   A   Yes.                        2:17:44PM
5   Q   Tell me everything you recall that was   2:17:44PM
6   stated during that discussion.           2:17:46PM
7   A   I asked him if he witnessed any of the   2:17:49PM
8   events of that night. He said yes, that he   2:17:51PM
9   actually got involved. And I asked if he would   2:17:54PM
10  be willing to give a statement, and he said yes.   2:17:59PM
11  And he came in and gave a statement.     2:18:01PM
12  Q   Did he tell you any of the events    2:18:03PM
13  during the conversation outside that he   2:18:07PM
14  witnessed?                               2:18:09PM
15  A   I don't recall if he told me      2:18:11PM
16  specifics.                           2:18:14PM
17  Q   And had he come forward with a       2:18:17PM
18  statement prior to you seeing him that   2:18:20PM
19  morning -- strike that.                  2:18:22PM
20      What time of day was it?             2:18:23PM
21  A   I don't recall what time.        2:18:25PM
22  Q   But it was still that same Monday?   2:18:26PM
23  A   I believe so, yeah.          2:18:28PM
24  Q   And prior to you running into him, had   2:18:29PM
25  he reached out to the police department at all,   2:18:31PM

GEORGE HESSE

1
2   do you know, to give a statement?        2:18:34PM
3   A   Not that I know of.          2:18:36PM
4   Q   And had he given a statement prior to   2:18:37PM
5   that?                                    2:18:39PM
6   A   Not that I know of.          2:18:39PM
7   Q   Did you ask him whether he was in the   2:18:45PM
8   bar at the time the on-duty officers got there?   2:18:46PM
9   A   I don't recall if I asked him that   2:18:51PM
10  specific question.                       2:18:53PM
11  Q   Did you ask him why he didn't give a   2:18:53PM
12  statement that night?                    2:18:56PM
13  A   You know what, I think I did, and he   2:18:58PM
14  said that no one asked him what happened.   2:19:00PM
15  Q   Did you ask him why he didn't go to   2:19:02PM
16  the police station?                      2:19:04PM
17  A   I don't recall if I did or not.   2:19:06PM
18      MR. GOODSTADT: Let's go off the   2:19:18PM
19  record for one second.                   2:19:18PM
20      THE VIDEOGRAPHER: The time is 2:21.   2:19:20PM
21  We're off the record.                    2:19:21PM
22      (Whereupon, a discussion was held off   2:22:14PM
23  the record.)                         2:22:14PM
24      THE VIDEOGRAPHER: The time is 2:24.   2:22:16PM
25  We're on the record.                     2:22:17PM

## Page 467

GEORGE HESSE

BY MR. GOODSTADT:

2:22:21PM

3    Q    Do you recall anything else that was    2:22:21PM

4  discussed between you and Mr. Wyckoff in that    2:22:22PM

5  conversation outside?    2:22:25PM

6    A    Specifically, no.    2:22:26PM

7    Q    Did you take any notes of that    2:22:28PM

8  conversation?    2:22:30PM

9    A    No.    2:22:30PM

10    Q    Why not?    2:22:30PM

11    A    I think I took his statement.    2:22:32PM

12    Q    You took his statement outside?    2:22:33PM

13    A    No. I think we walked right into the    2:22:35PM

14  police station.    2:22:37PM

15    Q    Okay. So you took his statement on    2:22:38PM

16  that day?    2:22:40PM

17    A    You know, I don't recall if it was    2:22:40PM

18  that day, to tell you the truth.    2:22:42PM

19    Q    So your statement that we just walked    2:22:43PM

20  back to the police station and took his    2:22:43PM

21  statement may not be true?    2:22:43PM

22    MR. NOVIKOFF: Objection.    2:22:48PM

23    MR. CONNOLLY: Objection.    2:22:48PM

24    A    I don't recall four and a half years    2:22:50PM

25  ago.    2:22:52PM

## Page 468

GEORGE HESSE

2    Q    You don't recall what day it was?    2:22:59PM

3    A    No.    2:23:01PM

4    Q    Did he definitely come into the police    2:23:07PM

5  station on the day that you saw him outside?    2:23:09PM

6    A    You know, I don't recall. I'm not    2:23:12PM

7  going to guess.    2:23:15PM

8    Q    Did you ask whether he was drinking?    2:23:18PM

9    A    I don't recall.    2:23:22PM

10    Q    You don't recall one way or the other?    2:23:23PM

11    A    No.    2:23:25PM

12    Q    Do you think that would be an    2:23:27PM

13  important fact to know, whether Mr. Wyckoff was    2:23:28PM

14  drinking that night?    2:23:31PM

15    MR. NOVIKOFF: Objection.    2:23:32PM

16    A    Could be.    2:23:33PM

17    Q    What do you mean, it could be?    2:23:35PM

18    A    It could be relevant.    2:23:37PM

19    Q    Why would it be relevant?    2:23:40PM

20    MR. NOVIKOFF: Objection.    2:23:42PM

21    A    May impair his judgment or his    2:23:43PM

22  recollection.    2:23:50PM

23    Q    So don't you think it of would have    2:23:54PM

24  been important to ask him that question?    2:23:56PM

25    MR. NOVIKOFF: Objection.    2:23:58PM

## Page 469

GEORGE HESSE

2    MR. CONNOLLY: Objection.    2:23:59PM

3    A    It could've been.    2:23:59PM

4    MR. GOODSTADT: Just mark that.    2:24:02PM

5    (Whereupon, Bates document 3165-3166    2:24:03PM

6  was marked as Plaintiff's Exhibit 16 for    2:24:03PM

7  identification, as of this date.)    2:24:03PM

8    MR. GOODSTADT: I've placed in front    2:24:26PM

9  of Mr. Hesse what's now been marked as    2:24:27PM

10  Hesse 16. It is a two-page exhibit bearing    2:24:30PM

11  Bates 3165 and 3166. (Handing.)    2:24:35PM

12  BY MR. GOODSTADT:    2:24:38PM

13    Q    Mr. Hesse, is this the witness    2:24:39PM

14  statement that you took of Mr. Wyckoff?    2:24:40PM

15    A    Yes.    2:24:42PM

16    Q    Do you see on the bottom left it has    2:24:45PM

17  "name of preparing officer"?    2:24:46PM

18    Do you see that?    2:24:48PM

19    A    Yes.    2:24:48PM

20    Q    Is that your handwriting and    2:24:50PM

21  signature?    2:24:51PM

22    A    Yes.    2:24:52PM

23    Q    And you were sergeant at the time?    2:24:55PM

24    A    Yes.    2:24:57PM

25    Q    Okay. And the -- on the bottom right,    2:24:57PM

## Page 470

GEORGE HESSE

2  you see he signed it 11-2-04.    2:25:01PM

3    Do you see that?    2:25:04PM

4    A    Yes.    2:25:05PM

5    Q    Is that the date that you actually    2:25:05PM

6  took the statement?    2:25:07PM

7    A    Yes.    2:25:08PM

8    Q    Does that refresh your recollection as    2:25:09PM

9  to whether that was the Monday?    2:25:12PM

10    A    That would have to be Tuesday, then.    2:25:14PM

11    Q    Tuesday. Okay.    2:25:17PM

12    So just so I get a time line correct    2:25:17PM

13  here, did you have the conversation with him    2:25:19PM

14  outside the police station on Monday or Tuesday?    2:25:21PM

15    A    I don't recall.    2:25:24PM

16    Q    Okay.    2:25:25PM

17    MR. NOVIKOFF: I'm sorry, is two    2:25:26PM

18  minutes up?    2:25:29PM

19    THE REPORTER: Yeah.    2:25:31PM

20    MR. NOVIKOFF: I want to put on the    2:25:33PM

21  record that I believe Mr. Goodstadt's seven    2:25:33PM

22  hours has ended, but then again, I leave    2:25:34PM

23  that to Mr. Connolly to decide what to do    2:25:37PM

24  going forward.    2:25:41PM

25    MR. CONNOLLY: Mr. Goodstadt, you can    2:25:42PM

## Page 471

GEORGE HESSE

1
2     finish questioning regarding this exhibit.   2:25:44PM
3          MR. GOODSTADT:  Okay.  Four and a half  2:25:47PM
4     hours on this exhibit, are you okay with     2:25:50PM
5     that?                    2:25:52PM
6          MR. NOVIKOFF:  All right then.          2:25:55PM
7          MR. CONNOLLY:  Yes, four and a half     2:25:56PM
8     hours limited to this exhibit.       2:25:58PM
9     BY MR. GOODSTADT:                2:26:00PM
10     Q    So it's possible that there was a gap   2:26:01PM
11    of a day between your conversation outside and  2:26:03PM
12    the day you took his statement, correct?     2:26:05PM
13     A    Sure.                    2:26:08PM
14     Q    Okay.  Did you ask Mr. Wyckoff why he  2:26:08PM
15    didn't give a statement at the bar that night?  2:26:13PM
16          MR. NOVIKOFF:  Objection.  Asked and   2:26:15PM
17    answered.                    2:26:16PM
18     A    I believe he said to me that no one    2:26:20PM
19    approached him or asked him what happened.   2:26:22PM
20     Q    Did you ask him whether he saw the    2:26:24PM
21    on-duty officers there that night?   2:26:26PM
22     A    I don't recall.              2:26:28PM
23     Q    Did you ask him whether any of the    2:26:29PM
24    officers went back into the bar and asked a   2:26:31PM
25    general question to everyone in the bar, did  2:26:33PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 472

GEORGE HESSE

1
2     anyone see what happened this evening?       2:26:36PM
3     A    Repeat that.             2:26:38PM
4     Q    Did you ask him whether about of the  2:26:39PM
5     on-duty officers went back into the bar that  2:26:40PM
6     evening and asked generally to everyone that was  2:26:44PM
7     there, did anyone see what happened?         2:26:46PM
8     A    I don't recall anything like that, no. 2:26:49PM
9     Q    Did you ever hear that Tom Snyder went  2:26:50PM
10    back in the bar and asked that question?     2:26:53PM
11     A    No.                      2:26:56PM
12     Q    Snyder never told you that?          2:26:58PM
13     A    No.                      2:26:59PM
14     Q    If you look down -- well, strike that. 2:27:00PM
15          Is this the -- this is the witness    2:27:03PM
16    statement that he gave you?          2:27:04PM
17     A    Yes.                     2:27:05PM
18     Q    And is this your handwriting?  I know  2:27:06PM
19    that may be his signature on the bottom right.  2:27:06PM
20    But other than that, is this your handwriting?  2:27:08PM
21     A    Yes.                     2:27:12PM
22     Q    Second page also, other than for his   2:27:12PM
23    signature, is that your handwriting?   2:27:14PM
24     A    Yes.                     2:27:16PM
25     Q    Was anyone else there when you took   2:27:16PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 473

GEORGE HESSE

1
2     his statement?               2:27:18PM
3     A    I don't recall either way.       2:27:19PM
4     Q    Do you recall what time on the 2nd he  2:27:20PM
5     gave you this statement?             2:27:23PM
6     A    No, I don't recall.          2:27:23PM
7     Q    Do you recall what other statements   2:27:24PM
8     you had prior to Wyckoff giving you this      2:27:26PM
9     statement?                   2:27:28PM
10     A    Say that again.              2:27:28PM
11     Q    Do you recall what other -- which     2:27:29PM
12    other witness statements you had prior to taking  2:27:30PM
13    Wyckoff's?                   2:27:32PM
14     A    At this time, I don't recall, no.    2:27:33PM
15     Q    Is there anything that you can think  2:27:35PM
16    of that would refresh your recollection?     2:27:36PM
17     A    The entire Halloween file.       2:27:38PM
18     Q    Anything else?               2:27:41PM
19     A    No.                      2:27:42PM
20     Q    Then if you look down the fourth line  2:27:45PM
21    down in the text there on Page 1 of Hesse 16, it  2:27:48PM
22    says, "I observed a large male, built like a   2:27:54PM
23    fireplug, now known to me as Christopher       2:27:57PM
24    Shallick."                   2:28:00PM
25          Do you see that?             2:28:00PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 474

GEORGE HESSE

1
2     A    Yes.                     2:28:01PM
3     Q    "Of 63 Maple Place Huntington, New    2:28:02PM
4     York."                       2:28:07PM
5          Do you see that?             2:28:07PM
6     A    Yes.                     2:28:07PM
7     Q    How did he learn that that was        2:28:09PM
8     Christopher Shallick of 63 Maple Place,       2:28:09PM
9     Huntington, New York?                2:28:09PM
10     A    I laid out a couple of licenses that  2:28:10PM
11    these officers had photo- -- I think         2:28:13PM
12    photocopied, and he said that was the guy right  2:28:15PM
13    there.                       2:28:18PM
14     Q    Okay.  So the fact that you laid out  2:28:18PM
15    licenses and had like sort of a license       2:28:22PM
16    lineup --                    2:28:25PM
17     A    Pretty much.                 2:28:26PM
18     Q    -- that's not reflected anywhere in   2:28:27PM
19    here, is it?                 2:28:29PM
20     A    No.                      2:28:30PM
21     Q    In the statement?                2:28:30PM
22     A    No.                      2:28:30PM
23     Q    How come?                    2:28:31PM
24     A    I don't know.                2:28:33PM
25     Q    It says on this Page 2 of Exhibit    2:28:44PM

TSG Reporting - Worldwide  (877) 702-9580

Page 475

GEORGE HESSE

1
2      Hesse 16, the one, two, three, four, fifth line   2:28:53PM
3      down, it says, "The doorman, Sean O'Rourke."   2:28:56PM
4           Do you see that?                2:28:58PM
5      A   Yes.                    2:28:59PM
6      Q   "Doorman, Sean O'Rourke, came over to   2:28:59PM
7      help keep Christopher out of the bar."   2:29:03PM
8           Do you see that?                2:29:05PM
9      A   Yes.                    2:29:06PM
10     Q   It says, "Sean phoned the police."   2:29:07PM
11          Do you see that?                2:29:09PM
12     A   Yes.                    2:29:10PM
13     Q   Is it your understanding that Sean   2:29:11PM
14     O'Rourke called the police that night?   2:29:13PM
15     A   Yes.                    2:29:15PM
16     Q   And that's a separate call than Ian   2:29:16PM
17     Levine's?                   2:29:19PM
18     A   Yes.                    2:29:21PM
19     Q   And then the last sentence says,   2:29:21PM
20     "They never asked me or anyone if I could see   2:29:23PM
21     any questions about what happened."   2:29:26PM
22          Do you see that?                2:29:29PM
23     A   Yeah.                    2:29:30PM
24     Q   Is that the statement that you   2:29:31PM
25     testified to before, that no one had asked him   2:29:32PM

Page 476

GEORGE HESSE

1
2      what happened?                2:29:34PM
3           MR. NOVIKOFF:  Objection.    2:29:35PM
4      A   That's what I recall.  That's what he   2:29:36PM
5      told me.                    2:29:37PM
6      Q   And then in response to that, you did   2:29:38PM
7      or did not ask him why he didn't proactively   2:29:41PM
8      seek to give a statement to the on-duty   2:29:44PM
9      officers?                   2:29:46PM
10          MR. CONNOLLY:  Objection to form.   2:29:47PM
11          MR. NOVIKOFF:  Objection.    2:29:49PM
12     A   I don't recall.               2:29:49PM
13     Q   You don't recall whether you did?   2:29:49PM
14     A   No.                     2:29:51PM
15          MR. GOODSTADT:  I think I'm done with   2:30:07PM
16     this exhibit for now.              2:30:08PM
17          MR. CONNOLLY:  Okay.  Why don't we   2:30:09PM
18     take a two-minute break and figure out what   2:30:10PM
19     we're going to do.               2:30:12PM
20          THE VIDEOGRAPHER:  The time is 2:32.   2:30:15PM
21     We're off the record.              2:30:16PM
22          (Whereupon, a discussion was held off   2:30:18PM
23     the record.)                  2:30:18PM
24          (Whereupon, Magistrate Boyle was   2:30:18PM
25     called.)                    2:30:18PM

Page 477

GEORGE HESSE

1
2          MR. GOODSTADT:  We are -- as you   3:03:01PM
3      recall, we had made a motion to extend the   3:03:03PM
4      time to take Defendant George Hesse's   3:03:07PM
5      deposition beyond the seven hours.   3:03:09PM
6          THE COURT:  Yes.              3:03:11PM
7          MR. GOODSTADT:  And you had denied   3:03:12PM
8      that without prejudice with the right to   3:03:13PM
9      renew when we reached the seven-hour point.   3:03:16PM
10     And we've now reached the seven-hour point,   3:03:18PM
11     and we'd like to renew our request for an   3:03:21PM
12     additional four and a half hours.   3:03:24PM
13          THE COURT:  These are really elaborate   3:03:26PM
14     motions because you really have to justify   3:03:26PM
15     your -- what you have to cover and why you   3:03:30PM
16     didn't cover it in the time allotted.  And   3:03:34PM
17     I've done opinions on this, and, you know,   3:03:38PM
18     that's why I tried to set up a conference   3:03:42PM
19     call last week to urge you to do some kind   3:03:45PM
20     of a conference just to eliminate the   3:03:49PM
21     paperwork.  But if you can't agree on it,   3:03:53PM
22     make your motion.  But do your research on   3:03:55PM
23     it.  These are simple issues that you made   3:03:57PM
24     in your motion; and if you use your same old   3:04:02PM
25     motion, it would be denied.          3:04:04PM

Page 478

GEORGE HESSE

1
2          MR. GOODSTADT:  Okay.  So we'll be   3:04:07PM
3      happy to submit a brief on the issue.   3:04:10PM
4          THE COURT:  Read the case.  Are the   3:04:15PM
5      defendants there?               3:04:16PM
6          MR. CONNOLLY:  Yes, we are, Your   3:04:17PM
7      Honor.                     3:04:17PM
8          THE COURT:  Is there any way you'll   3:04:18PM
9      consent to like an extension of two hours or   3:04:20PM
10     something?  The defense should speak up to   3:04:22PM
11     that.                     3:04:22PM
12          MR. CONNOLLY:  Your Honor, we had   3:04:25PM
13     offered earlier an extension of 90 minutes.   3:04:26PM
14     We're already 20 minutes beyond the seven   3:04:29PM
15     hours, and my understanding is we've already   3:04:31PM
16     gotten 475 pages of deposition transcript.   3:04:31PM
17          THE COURT:  So you did your seven   3:04:37PM
18     hours, did you?                3:04:40PM
19          MR. CONNOLLY:  And seven hours and 20   3:04:41PM
20     minutes.                   3:04:42PM
21          THE COURT:  My suggestion would be to   3:04:45PM
22     see how you can work it out.  Do you have   3:04:46PM
23     any offer at all or do you want to go   3:04:49PM
24     through a motion?  Because you're probably   3:04:53PM
25     going to end up submitting your second   3:04:54PM

Page 479

GEORGE HESSE

1          GEORGE HESSE
2   deposition.                    3:04:58PM
3       MR. CONNOLLY: Your Honor, we did    3:04:58PM
4   offer --                       3:04:58PM
5       THE COURT: The issue being -- you    3:04:58PM
6   know, being the length of time.      3:04:59PM
7       MR. CONNOLLY: Your Honor, the     3:05:01PM
8   defendant did offer an additional     3:05:02PM
9   90 minutes.                     3:05:04PM
10      THE COURT: Is that anything you're   3:05:08PM
11  interested in?                   3:05:09PM
12      MR. GOODSTADT: Well, Your Honor, any  3:05:10PM
13  extra time certainly helps, but this is, as  3:05:12PM
14  we wrote in our letter, certainly the most  3:05:14PM
15  important witness in the entire case, who is  3:05:16PM
16  involved with almost each and every     3:05:19PM
17  allegation in the 193-paragraph complaint.  3:05:21PM
18  There's thousands of pages of documents,   3:05:24PM
19  most of which relate to this witness. I   3:05:26PM
20  believe I've been, you know, pretty good   3:05:29PM
21  about getting through a lot of the topics.  3:05:33PM
22  I don't think that I've delayed or     3:05:35PM
23  procrastinated or spent much time on     3:05:37PM
24  anything that would be irrelevant, and    3:05:40PM
25  there's just a lot of to go through. I   3:05:41PM

TSG Reporting - Worldwide  (877) 702-9580

Page 480

GEORGE HESSE

1   mean, even Mr. Novikoff's letter to the    3:05:44PM
2   Court from weeks ago requesting extension of  3:05:46PM
3   the discovery schedule demonstrated that   3:05:48PM
4   this is a very important witness who -- you  3:05:51PM
5   know, who defendants plan to spend several  3:05:53PM
6   hours with as well questioning.       3:05:56PM
7       MR. NOVIKOFF: Your Honor, this is    3:05:58PM
8   Mr. Novikoff.                   3:05:59PM
9       I was going to hopefully remain quiet  3:06:00PM
10  for once in my life because Mr. Hesse is not  3:06:03PM
11  my client. But since I've been brought into  3:06:05PM
12  this, the only thing I will say is I've    3:06:08PM
13  taken each of the plaintiffs' depositions on  3:06:10PM
14  the same allegations in under seven hours,  3:06:12PM
15  and I have not asked for one extension of   3:06:14PM
16  time for any of the plaintiffs. And also in  3:06:16PM
17  my respectful opinion, Mr. Goodstadt has   3:06:19PM
18  spent a considerable amount of time on    3:06:22PM
19  either irrelevant issues or issues that   3:06:25PM
20  really were not in dispute in terms of what  3:06:27PM
21  he believes are relevant facts in this case.  3:06:31PM
22  But it's Mr. Connolly's client, so other   3:06:34PM
23  than just saying that, I'm out of it.     3:06:37PM
24                             3:06:37PM
25      THE COURT: Mr. Connolly, do you want  3:06:41PM

TSG Reporting - Worldwide  (877) 702-9580

Page 481

GEORGE HESSE

1   to say something?                 3:06:42PM
2       MR. CONNOLLY: Yes, Your Honor. I    3:06:43PM
3   feel what we've offered to do is more than  3:06:44PM
4   fair. And, you know, there's been no claim  3:06:47PM
5   that the questioning was impeded in any    3:06:49PM
6   manner, and I feel that if it was structured  3:06:51PM
7   in a different way, we could've been done   3:06:54PM
8   under the seven.                  3:06:56PM
9       THE COURT: All right. My only      3:06:58PM
10  suggestion to you -- and I'm just stating   3:07:00PM
11  the obvious, so it's not going to be any    3:07:01PM
12  surprise. The plaintiff is looking for    3:07:04PM
13  another four and a half. You're offering   3:07:07PM
14  90 minutes. Why don't you split it down to  3:07:09PM
15  the middle and do two and a quarter hours,  3:07:12PM
16  and you can save yourselves a lot of     3:07:14PM
17  paperwork and indefiniteness and you can   3:07:17PM
18  wind this up today.                3:07:21PM
19      MR. CONNOLLY: Well, Your Honor, while  3:07:22PM
20  I appreciate the Court's suggestion, I feel  3:07:24PM
21  beyond 90 minutes --              3:07:30PM
22      THE COURT: You don't even have to    3:07:33PM
23  comment, okay. I can't do anything else   3:07:34PM
24  right now. So go ahead and make your motion  3:07:36PM

TSG Reporting - Worldwide  (877) 702-9580

Page 482

GEORGE HESSE

1   if you can't resolve it.            3:07:39PM
2       MR. GOODSTADT: Thank you, Your Honor.  3:07:41PM
3       MR. CONNOLLY: Thank you.         3:07:42PM
4       MR. NOVIKOFF: Thank you.         3:07:44PM
5       (Whereupon, a discussion was held off  3:07:44PM
6   the record.)                    3:07:44PM
7       MR. GOODSTADT: After the conference   3:25:41PM
8   call we had with the Court where the Court  3:25:43PM
9   suggest we try to work something out without  3:25:46PM
10  having the need to submit written motions,  3:25:49PM
11  we have not been able to work out an     3:25:52PM
12  agreeable extension for Mr. Hesse's     3:25:56PM
13  deposition. So we plan to make a motion to  3:25:58PM
14  the Court for additional time pursuant to   3:26:00PM
15  the Judge's directive. And I guess based on  3:26:02PM
16  what the court rules, we'll determine when  3:26:06PM
17  and for how long we reconvene.        3:26:09PM
18      MR. NOVIKOFF: Just so it's clear, you  3:26:13PM
19  are keeping the deposition open.       3:26:14PM
20      MR. GOODSTADT: Yes.             3:26:16PM
21      MR. NOVIKOFF: You're not ending it,  3:26:16PM
22  and it's open subject to your application to  3:26:18PM
23  Judge Boyle for additional time. And     3:26:20PM
24  therefore, on behalf of the village     3:26:23PM

TSG Reporting - Worldwide  (877) 702-9580

Page 483

1           GEORGE HESSE
2    defendants, I reserve my right to question    3:26:25PM
3    Mr. Hesse until such time as the deposition   3:26:28PM
4    is officially closed either by Mr. Goodstadt  3:26:31PM
5    indicating such or the Court indicating that  3:26:35PM
6    Mr. Goodstadt has no additional time.         3:26:36PM
7        MR. CONNOLLY:  And so the record is       3:26:39PM
8    clear, at this juncture, we have gone on for  3:26:41PM
9    seven hours and 20 minutes.       3:26:44PM
10       MR. GOODSTADT:  The record will           3:26:46PM
11   reflect how long we've gone on for.           3:26:47PM
12       MR. TERMINI:  I would just simply         3:26:51PM
13   reserve any rights when it finally becomes    3:26:52PM
14   the County of Suffolk's turn.        3:26:55PM
15       (Time noted 3:26 p.m.)          3:26:59PM
16         _____          3:26:59PM
17           GEORGE HESSE         3:26:59PM
18                                 3:26:59PM
     Subscribed and sworn to before me            3:26:59PM
19   this       day of      , 2009    3:26:59PM
                                        3:26:59PM
20   _____         3:26:59PM
21                                 3:26:59PM
22
23
24
25

           TSG Reporting - Worldwide  (877) 702-9580

Page 484

1            PROCEEDINGS
2          C E R T I F I C A T E
3
4       I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Public in
5    and for the State of New York, do hereby certify:
6       THAT the witness whose testimony is hereinbefore
7    set forth, was duly sworn by me; and
8       THAT the within transcript is a true record
9    of the testimony given by said witness.  I further
10   certify that I am not related, either by blood or
11   marriage, to any of the parties to this action; and
12      THAT I am in no way interested in the outcome of
13   this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15   my hand this 26th day of June, 2009.
16
17        _____
18        JUDI JOHNSON, RPR, CRR, CLR
19
20
21
22
23
24
25

           TSG Reporting - Worldwide  (877) 702-9580

Page 485

1              PROCEEDINGS
2                INDEX
3    ATTORNEY                        PAGE
4        By Mr. Goodstadt            309
5
6
7
8
9          INDEX OF HESSE EXHIBITS
10   I.D.         DESCRIPTION          PAGE
11   Exhibit 8   Bates document 4547-488      312
12   Exhibit 9   Bates document 8189 and 5326  316
13   Exhibit 10  Bates document 1-25          322
14   Exhibit 11  Bates document 2750          360
15   Exhibit 12  Bates document P 925         376
16   Exhibit 13  Picture of writing on the wall  386
17   Exhibit 14  Bates Document 3180          425
18   Exhibit 15  Bates document 3181-3182     444
19   Exhibit 16  Bates document 3165-3166     469
20
21
22
23
24
25

           TSG Reporting - Worldwide  (877) 702-9580

Page 486

1              ERRATA SHEET
2    NAME OF CASE:  CARTER V. OCEAN BEACH
3    DATE OF DEPOSITION: JUNE 16, 2009
4    NAME OF WITNESS:  GEORGE HESSE
5
6    Reason codes:
7       1. To clarify the record.
8       2. To conform to the facts
9       3. To correct the transcription
10        errors.
11   Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
14   From _____ to _____
15   Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
20   From _____ to _____
21   Page _____ Line _____ Reason _____
22   From _____ to _____
23
24   _____
25   GEORGE HESSE

           TSG Reporting - Worldwide  (877) 702-9580

**A**

**ability (2)**
418:15 443:13
**able (1)**
482:12
**Absolutely (2)**
387:25 388:13
**abuse (2)**
357:12,16
**access (1)**
377:5
**accident (8)**
337:2,9,17,22,24
338:4,11,19
**accurate (1)**
450:11
**acquaintance (1)**
367:8
**acting (5)**
302:11 399:12,12,13
399:14
**action (5)**
324:21 428:2,7,10
484:11
**actual (1)**
418:24
**ADA (2)**
424:5,5
**additional (5)**
477:12 479:8 482:15
482:24 483:6
**address (4)**
307:7 369:25 378:8
447:17
**addressed (2)**
430:5 444:2
**administer (2)**
306:13 326:13
**adult (1)**
330:13
**advise (1)**
394:12
**affairs (5)**
422:11,19,22,24
423:2
**Aggravated (1)**
393:2
**ago (4)**
390:8 438:16 467:25
480:3
**agree (6)**
339:21 340:25 343:10
345:18 379:15
477:21
**agreeable (1)**
482:13
**AGREED (3)**
306:2,6,10

**agreement (1)**
308:17
**ahead (1)**
481:25
**Alan (1)**
402:15
**alcohol (7)**
329:7 338:22 344:24
354:14 357:17,23
443:12
**alcoholic (8)**
333:7,10,19 334:2,6
355:20 356:24
418:5
**allegation (1)**
479:17
**allegations (1)**
480:15
**alleged (2)**
440:12 447:4
**ALLISON (1)**
302:14
**allotted (1)**
477:16
**allowing (1)**
438:18
**altercation (6)**
418:22,24,25 420:6
438:2 445:4
**amaretto (1)**
354:7
**ambulance (8)**
437:11,23 445:11
446:19 452:11,14
456:16,24
**amend (1)**
379:10
**amending (1)**
379:13
**amount (1)**
480:19
**Andrea (3)**
372:19 373:22 374:2
**Andrew (4)**
304:7 308:2,14
424:14
**annual (1)**
321:14
**annually (1)**
327:17
**answer (16)**
310:5 341:25 343:23
347:5 349:16
362:16 379:16
390:10 417:2
419:13 420:11
432:2 442:15 443:4
443:6,15

**answered (13)**
324:11 334:12 339:15
344:21 348:22
349:18 409:23
431:18,20,25
433:20 442:12
471:17
**answering (3)**
343:12 347:23 348:2
**answers (1)**
310:4
**anybody (27)**
317:10 332:5,6
335:21 339:4
370:15 394:20
398:20 405:7
409:25 410:18
411:18 412:9
413:13,14,21
415:13 423:4
437:25 445:13
446:3 451:21 454:7
454:15 455:12
461:11,18
**anyone's (1)**
398:17
**anyway (1)**
452:12
**apartment (5)**
369:15,23 370:4,8
372:5
**apologize (1)**
456:7
**apparently (1)**
441:5
**appear (1)**
316:15
**APPEARANCES (1)**
304:2
**appears (4)**
315:2 323:4 361:14
450:20
**application (1)**
482:23
**appraisal (2)**
327:6,17
**appraisals (5)**
326:4,9,14,21 327:11
**appreciate (1)**
481:21
**approached (2)**
446:16 471:19
**appropriate (20)**
345:24 346:15,17
347:7,17 351:15,23
352:3,6,13,17,18
355:5,22 356:2,11
356:15,23 358:18
393:24

**approval (4)**
398:15,17 400:3,6
**approved (5)**
322:4,6,7,9,12
**approximately (3)**
307:18 439:2 459:20
**area (2)**
378:13 388:9
**areas (1)**
366:22
**argument (2)**
395:18 396:3
**Arnold (2)**
339:12,16
**arrest (1)**
392:22
**arrested (1)**
392:25
**arrived (5)**
444:18,22 459:21
461:23 462:6
**ascertain (1)**
447:21
**asked (45)**
324:10 332:16 334:11
339:14 344:20
348:21 352:19
354:21 357:18
358:5 390:3 395:24
397:7 404:15 409:5
409:22 416:16
429:19 431:12,17
431:19,24 433:20
439:25 442:11
443:9 449:22
455:11,15 459:10
461:10,16 462:24
465:7,9 466:9,14
471:16,19,24 472:6
472:10 475:20,25
480:16
**asking (7)**
341:20,21 342:25
347:16 406:12
421:17 451:13
**assigned (2)**
423:21,22
**assistance (1)**
347:4
**assistant (2)**
308:12 424:4
**association (1)**
307:23
**assume (1)**
422:14
**assuming (2)**
418:4 430:3
**attacked (1)**
415:7

**attempted (2)**
445:10 446:18
**attention (2)**
452:2,5
**attorney (7)**
308:13 310:12 376:21
423:13 424:4,9
485:3
**attorneys (6)**
304:4,10,18 305:5,13
306:3
**author (2)**
387:23 388:11
**authority (3)**
341:9,12 399:6
**authorized (1)**
306:12
**available (2)**
398:5,8
**Avenue (2)**
304:5 338:2
**aware (15)**
312:4,10 314:24
349:10,22,23,24,25
360:8,14 393:8,20
422:20 423:3
424:13
**a.m (8)**
303:4 304:24 305:22
307:19 350:21
364:16,24 365:12

**B**

**B (2)**
302:12 304:10
**back (33)**
343:20 358:8 366:10
366:13,17,21
377:15,23 378:16
384:22,24 390:9
395:24 413:22
416:9,10 424:8,8
430:16 434:13,23
435:3 437:21
438:25 452:15,18
455:11,15 457:22
467:20 471:24
472:5,10
**Bacon (1)**
336:4
**bagel (1)**
396:16
**bags (1)**
437:21
**banging (1)**
441:11
**banned (3)**
359:22,25,25
**banning (1)**

360:3
**bar (30)**
334:19,24 343:11
344:9 348:11,20
349:11 401:5
402:14 404:11,12
414:19 415:9
444:17,22 445:3
447:12,13,18 449:4
455:12 461:22
462:2 466:8 471:15
471:24,25 472:5,10
475:7
**barbacks (1)**
335:2
**barbecue (2)**
369:8,11
**barracks (11)**
355:23 356:5,12,15
358:14,17,19,24
359:23 360:7
361:10
**bars (18)**
330:6 331:3,13
332:12 340:14,17
340:18,20 341:3,10
341:16 342:10
344:19 345:13
349:2 350:4 353:21
363:6
**bartender (2)**
455:24 456:9
**bartenders (1)**
461:17
**bartending (1)**
455:13
**based (3)**
379:6 429:2 482:16
**basically (11)**
388:8 406:12 411:14
412:14 413:22
416:15 433:24
436:16 437:20
439:23 440:19
**basis (4)**
375:3,4 399:9 449:15
**Bates (29)**
312:15,20 316:7,13
322:15,20 324:14
324:24 325:2 326:3
357:9 360:17,22
376:8,14 387:6
425:12,17 444:12
469:5,11 485:11,12
485:13,14,15,17,18
485:19
**bathroom (6)**
387:12 388:10,19
440:20,25 441:7

**bathrooms (1)**
445:2
**Bay (4)**
307:9 371:24 401:7
405:21
**Bayport (1)**
403:19
**beach (47)**
302:8,11 304:18,19
307:10,15 311:22
313:8,11,15 314:5
314:21 319:2
321:18 323:6,10
328:5,10,21 329:2,4
330:24 331:13,19
337:3 339:2 341:10
344:19 350:24
352:11 353:17
354:12 357:15
361:6 371:2 377:18
377:21 392:5
394:22 403:24
422:10,19,23
427:24 434:14,23
486:2
**bearing (2)**
312:20 316:12 322:20
360:22 425:17
469:10
**bears (1)**
387:6
**beat (3)**
384:15 385:3,14
**BEE (1)**
305:3
**beer (15)**
334:4 336:12 350:23
351:5,7,9,16,18,23
352:4,13,25 353:5,8
355:19
**beginning (5)**
418:24,25 419:2
455:18 460:3
**behalf (4)**
308:3,7,8 482:25
**belief (2)**
399:9 449:15
**believe (92)**
314:8,14 321:25
323:8,12 324:2
329:15 335:4
337:25 353:3 354:5
354:6,7 358:5,15
359:3,6,12,15
360:11 371:23
372:23 378:21
379:23 386:4,12
387:6,12 388:20
389:8,16 390:8

391:6,6 392:24
395:20 396:24
397:7,17,19 399:8
399:25 400:20
402:13 403:18
404:8 405:17 406:9
407:22 408:7,14,17
410:10 414:4
415:14 416:10
418:23 420:10
425:5 427:13
428:11,19,25
432:15 433:8,11
434:20 436:3 439:8
439:17 441:8
444:23,25 445:9
446:8,15 447:19
449:5,20 451:17
452:10 455:10,23
458:25 461:2,10,14
464:22 465:23
470:21 471:18
479:20
**believed (1)**
432:16
**believes (2)**
404:20 480:22
**berserk (3)**
404:11 406:14,18
**best (1)**
323:17
**Beth (2)**
424:7,8
**beverage (1)**
333:20
**beverages (7)**
333:8,11 334:2,6
355:20 356:24
418:5
**beyond (3)**
477:5 478:14 481:22
**bit (1)**
395:18
**bitch (1)**
441:3
**blog (14)**
381:20,21,23 382:4
382:12,17,18 384:6
384:7 385:18,22
386:17,19,19
**blood (1)**
484:10
**blurted (1)**
449:10
**board (3)**
319:13 322:10,11
**Bockelman (2)**
395:3,6
**book (5)**

324:14,25 325:3
326:2 357:9
**born (1)**
456:22
**Bos (1)**
448:25
**Bosetti (51)**
316:18 317:3 318:8
335:23 336:2
393:10,21 394:15
395:12,14 396:3,15
397:9,12 404:10
410:11,14 415:2,5
418:19 427:25
428:7,10,18 429:7
431:2,4 432:24
441:12,16 446:8,9
447:14 448:6,12,13
448:18 449:2,11,22
449:22,25 452:8,20
453:2,15 459:12,13
459:14 460:6
463:14
**Bosettis (8)**
331:7,12,15 339:10
342:9 343:20 344:9
460:12
**Bosetti's (5)**
318:11 320:18 400:4
400:7,16
**bother (3)**
445:13 446:3,12
**bottles (1)**
355:19
**bottom (4)**
317:13 469:16,25
472:19
**Box (1)**
307:9
**boyfriend (1)**
441:6
**Boyle (2)**
476:24 482:24
**Boys (1)**
383:15
**brands (2)**
353:5,8
**break (8)**
391:16 424:22 434:3
434:8,12 438:5
453:21 476:18
**breath (1)**
338:23
**Breeze (1)**
401:8
**Brian (2)**
335:4 402:14
**Brian's (1)**
335:10

**brief (1)**
478:3
**bring (4)**
452:9 453:3,9,15
**bringing (1)**
344:24
**broken (2)**
451:5 459:18
**brothers (3)**
459:12,14,15
**brought (1)**
480:12
**Bud (29)**
414:6,7,15,18 415:19
416:9,11,13,20
417:16 418:18,21
419:24 425:3,22
427:10 428:6
429:12 430:16,23
430:24 431:6,7
433:2 438:24 439:6
452:24 455:11,17
**Bud's (1)**
439:9
**building (1)**
396:6
**built (1)**
473:22
**Bureau (1)**
422:16
**Burns (9)**
367:3,5,7 368:10
371:2,7,12,14 372:3
**burnt (1)**
396:6
**business (26)**
367:22,25 368:23
369:6,13,20,21,22
370:5 373:6,13,20
376:5,24,25 377:13
377:18,21 392:15
392:18,20 401:13
401:19,20,22 436:8
**busy (1)**
364:25
**B-O-C-K-E-L-M-A...**
395:10

_____
            **C**
_____

**C (3)**
302:8 484:2,2
**Cable (1)**
457:7
**call (51)**
311:6 337:12 347:4
379:25 380:11
381:24 386:15
396:7 397:11 404:8
404:14,24 405:5

406:7 407:5 408:2,8
409:9,11,13,21
411:20 412:9,13,21
412:23 413:2,11
415:15,16,21
416:10,14,17,19
417:5,9 423:4
424:22 426:5
430:17 431:16,23
433:2 439:11 440:7
440:18 460:25
475:16 477:19
482:9
**called (29)**
307:3 334:5,19
337:11,13,16
368:11 381:16
382:4 400:20 401:5
406:4 408:7,14
412:14 415:14
425:5,9 438:25
439:7,19 455:10,15
457:21 459:5,7,15
475:14 476:25
**calling (2)**
425:25 438:18
**calls (2)**
394:8 410:5
**Campbell (2)**
393:7,9
**capacity (6)**
302:9,11,13,15 392:8
423:17
**caps (1)**
355:19
**car (2)**
337:2,17
**Cara (2)**
455:25 456:17
**card (5)**
376:5,24 377:18,21
378:18
**cards (2)**
376:25 377:13
**care (2)**
338:17 449:6
**carrying (1)**
340:10
**Carter (18)**
302:3 307:14 339:8
344:13,23 345:3,6
348:9 360:6,12
361:9 364:8 365:14
365:19 366:5,10
374:15 486:2
**case (8)**
344:17 347:12 433:14
440:11 478:4
479:15 480:22

486:2
**caught (2)**
395:21 397:4
**cell (8)**
339:9 342:10 343:11
343:12,19,20 406:7
406:9
**certain (1)**
368:16
**certainly (2)**
479:13,14
**certification (1)**
348:8
**certified (3)**
303:17,18 348:5
**certify (2)**
484:5,10
**change (2)**
396:12 399:23
**charge (1)**
335:12
**chauffeur (5)**
364:10 365:21 366:2
366:6 374:13
**checkpoint (9)**
358:11 362:13,24
363:6,18,20,24
364:17,24
**Cherry (2)**
410:8 446:5
**chief (16)**
302:12 317:25 319:6
319:13 329:16
352:7 399:13,14,16
399:22,24,24
400:16 411:21
430:6,9
**chief's (1)**
318:4
**choke (1)**
447:4
**choked (9)**
419:4,6 447:18,20
448:2 449:8,11,23
450:2
**choking (2)**
440:13 441:14
**chose (1)**
398:9
**Chris (3)**
305:16 308:13 447:22
**Christmastime (1)**
370:6
**Christopher (6)**
447:22 449:13,16
473:23 474:8 475:7
**church (2)**
338:3 403:18

**circumstances (1)**
396:18
**City (3)**
333:17 372:6 415:16
**Civil (3)**
302:14 348:5 399:2
**civilians (3)**
365:21 366:2,6
**CJ's (4)**
334:19 339:10 446:15
447:8
**claim (4)**
379:5,9,9 481:5
**claiming (2)**
412:18 432:24
**clarify (2)**
342:25 350:15 486:7
**clean (2)**
345:7 355:18
**clear (9)**
318:3 332:21 400:23
440:10 442:15,17
462:14 482:19
483:8
**client (2)**
480:12,23
**close (1)**
334:23
**closed (1)**
483:4
**CLR (3)**
302:24 484:4,18
**code (1)**
378:14
**codes (1)**
486:6
**coffee (1)**
396:16
**colada (1)**
354:4
**collect (1)**
354:9
**come (18)**
323:20 336:25 337:20
358:12 384:14
385:2 413:8 416:24
433:17 441:7
460:17 461:3,4
462:22,25 465:17
464:8 474:23
**comes (1)**
397:9
**coming (12)**
357:5 358:11 407:24
410:2,6,9,12,15,20
412:9 423:25
434:23
**comment (1)**

481:24
**communications (1)**
410:17
**complain (24)**
344:18,23 345:3,6,10
345:15 348:9,12,19
348:25 350:3,19
355:13,17 358:10
358:24 360:6
363:13,16 364:8
365:20 366:5
387:20 391:12
**complained (21)**
339:4,8 342:9,13,14
343:4,6,7,8,18
344:2,8,14 349:4
359:4,11 360:13
361:9 364:14
374:11 387:22
**complaining (1)**
365:14
**complaint (15)**
348:13 359:3,14,19
360:4,9 361:16,19
368:3,6 379:11,13
393:23 437:6
479:17
**complaints (1)**
361:25
**complete (1)**
424:15
**completed (3)**
313:8 315:4 317:20
**completing (2)**
313:10 424:18
**completion (1)**
423:18
**complies (1)**
324:15
**computer (2)**
377:2,12
**computers (1)**
377:15
**conclusion (1)**
432:18
**conference (3)**
477:18,20 482:8
**confiscate (2)**
353:5,9
**confiscated (8)**
350:24 351:16,19,21
351:22 352:4,14
353:2
**conflicting (1)**
406:20
**conform (1)**
486:8
**connection (2)**
458:8 463:21

**Connolly (74)**
304:13 308:5,5,24
310:13 315:15
323:21 339:25
341:19 342:22
343:21 345:22
348:23 350:16
351:11 356:8
361:11,14 366:23
370:11 374:3,7,17
376:21 378:7,24
379:2,15,22 380:8
380:14 384:18
385:8 390:11 392:8
394:7 399:13
409:19 416:25
418:4,7 422:14
424:14 426:15
429:2 431:17,24
434:4 440:16
442:11,18,23
443:14 446:22,24
453:12 456:12
467:23 469:2
470:23,25 471:7
476:10,17 478:6,12
478:19 479:3,7
480:25 481:3,20
482:4 483:7
**Connolly's (1)**
480:23
**consecutively (1)**
316:14
**consent (1)**
478:9
**consider (1)**
417:5
**considerable (1)**
480:19
**contact (11)**
384:14 385:2,14
405:21,23 434:21
447:15 448:7,19,19
448:22
**contain (1)**
412:17
**contained (2)**
419:9,13
**continuation (1)**
307:13
**CONTINUED (1)**
302:19
**control (1)**
330:15
**controlled (1)**
357:18
**conversation (32)**
332:9 359:21 406:11
407:15,17,20

408:20 436:13
438:15,19 439:22
440:12 444:6
445:19,22 449:3
454:9 457:10,15,18
457:19 458:15
459:9 461:8 462:20
463:17,19 465:13
467:5,8 470:13
471:11
**Conway (1)**
335:7
**copy (10)**
314:11 320:22,24
321:3,12,14 416:2
425:21 435:5,9
**corner (2)**
337:25 450:7
**corps (2)**
456:16,24
**correct (28)**
313:4 317:16 318:6
320:4 327:22,25
360:2 385:15
399:16 400:21
410:23 418:15
427:11,22 429:4
434:17,18 439:2
440:14,15 442:21
457:4 462:17,18
464:5 470:12
471:12 486:9
**correctly (1)**
359:16
**correspondence (2)**
361:7 410:18
**could've (6)**
377:23 381:16 418:14
443:10 469:3 481:8
**counsel (3)**
307:24 308:25 438:20
**Country (1)**
305:6
**County (15)**
302:13,13 305:5,11
305:13 308:11,12
308:13 403:21
422:18,25 423:4,8
423:12 483:14
**couple (9)**
311:7 368:10 369:2,3
395:16 424:19
457:11 461:12
474:10
**course (2)**
440:8 445:24
**court (22)**
302:2 306:15 307:22
384:24 424:22

477:6,13 478:4,8,17
478:21 479:5,10
480:3,25 481:10,23
482:9,9,15,17 483:5
**Courtney (2)**
304:9 308:6
**Court's (1)**
481:21
**cover (9)**
333:2,3 344:4 345:12
346:3,8,11 477:15
477:16
**covered (2)**
324:4 325:12
**covering (2)**
345:16,19
**create (5)**
315:11,15,23 376:22
376:25
**created (4)**
315:6,9,19 377:17
**credit (2)**
432:12,14
**criminal (1)**
309:16
**CRR (3)**
302:24 484:4,18
**crystal (1)**
442:17
**cue (7)**
404:12 407:11 418:19
429:7,10 460:12
463:14
**cup (1)**
396:16
**current (3)**
394:21 395:9 422:23
**CV (1)**
302:7

———————————
**D**
———————————
**Dale (2)**
464:2,3
**Dan (6)**
455:23 456:6,7,8,14
461:17
**date (18)**
312:17 316:9 317:20
322:6,17 360:19
376:10 387:2
396:20 397:5,16
425:14 444:14
450:11 463:5 469:7
470:5 486:3
**dated (1)**
317:17
**dates (1)**
437:4

**Dave (1)**
335:20
**day (30)**
309:19 322:4 330:23
333:17 348:9,16
371:22 377:23
378:16 403:25
424:2 425:7 430:14
433:9 454:8,12
455:9 458:18,23
461:9 463:6 465:20
467:16,18 468:2,5
471:11,12 483:19
484:15
**days (3)**
326:10,15,22
**dealing (1)**
420:22
**dealt (1)**
311:5
**debating (1)**
361:20
**debris (1)**
396:10
**decibel (2)**
368:16,21
**decide (1)**
470:23
**decision (8)**
313:17,22 397:23
398:11,21 400:10
400:15 415:4
**defamation (1)**
379:9
**defendant (3)**
308:7 477:4 479:8
**defendants (6)**
302:16 308:9,12
478:5 480:6 483:2
**defense (1)**
478:10
**Define (2)**
345:23,24
**definitely (2)**
336:6 468:4
**definition (1)**
361:19
**delayed (1)**
479:22
**deli (1)**
374:22
**deliver (8)**
320:15,17,20 321:11
321:14 334:20,23
334:25
**demonstrated (1)**
480:4
**denied (4)**

447:21 449:16 477:7
477:25
**denies (1)**
449:12
**department (23)**
302:11,14 304:20
305:11 318:12
320:6 325:20
327:22 328:5,11,18
328:19 329:5
352:11 354:13
361:6 389:9 415:20
416:16 422:14,15
464:4 465:25
**department's (1)**
459:16
**depended (1)**
351:2
**depicted (2)**
388:11 389:13
**depicting (1)**
387:11
**deposition (19)**
302:19 303:13 306:11
307:13,16 308:15
309:20,21 310:2,8
310:11 311:11
477:5 478:16 479:2
482:14,20 483:3
486:3
**depositions (1)**
480:14
**Depot (1)**
405:20
**deputy (7)**
302:12 317:25 399:12
399:13,14,22,24
**described (1)**
388:8
**DESCRIPTION (1)**
485:10
**designated (1)**
397:13
**desirable (1)**
366:21
**desk (1)**
347:2
**details (3)**
407:8 408:23 412:13
**determine (2)**
366:16 482:17
**developed (1)**
440:23
**die (1)**
441:4
**difference (2)**
381:9,11
**different (8)**
308:22 320:16 333:5

381:2,6,7 395:16
481:8
**differentiate (1)**
381:11
**direct (7)**
362:3,7,12,22 363:4
363:22 459:16
**directive (6)**
332:16,18,22 333:2
388:25 482:16
**directives (2)**
328:24 332:11
**directly (1)**
333:2
**dirtbag (2)**
380:25 381:15
**dirty (3)**
380:16 382:9,9
**disciplinary (4)**
325:6,10,15,21
**discipline (4)**
359:18 366:14 394:6
395:14
**disciplined (5)**
353:11,15 395:11,19
395:22
**discovery (1)**
480:4
**discretion (1)**
368:20
**discrimination (1)**
379:6
**discuss (7)**
320:22 332:6 400:10
436:22,25 437:24
454:7
**discussed (14)**
400:15 404:14,23
405:4 406:11 409:8
412:20 417:9 438:8
438:13 444:6
457:14 462:20
467:4
**discussing (1)**
436:12
**discussion (9)**
391:20 408:3,19
438:22 453:25
465:6 466:22
476:22 482:6
**discussions (1)**
429:10
**dispatch (5)**
346:15 347:8,20
348:3,6
**dispatcher (1)**
397:7
**disposed (1)**
351:25

**dispute (1)**
480:21
**disseminate (1)**
415:12
**distinction (1)**
356:9
**distributed (5)**
323:6,9,12,15,24
**District (5)**
302:2,2 423:13 424:4
424:9
**dock (14)**
345:11,15,19 346:7
346:11,16 347:4,7
347:20 348:3,5
359:6,15,22
**document (28)**
312:15,24,25 313:2
316:7 317:8,11
319:21 321:25
322:15,24 360:17
360:22 361:2,13
376:8 425:12,24
444:12 469:5
485:11,12,13,14,15
485:17,18,19
**documentation (1)**
313:25
**documents (8)**
310:22,25 311:9
316:23,25 376:20
423:19 479:18
**dog (2)**
363:24 364:3
**doing (1)**
314:9 433:23 455:4
**domestic (3)**
393:3,5,22
**Don (1)**
456:4
**DONOVAN (1)**
305:3
**door (10)**
359:2,7,17 426:24
427:4,18 440:23,25
441:8,10
**doorman (2)**
475:3,6
**Doug (7)**
461:15 463:23,25
464:15,21,24 465:2
**drank (5)**
334:7 335:17 336:22
351:18 401:16
**drink (30)**
329:18 331:2 335:22
336:8,10,15,17,20
339:2,12,18 349:6
351:16,23 352:3,13

352:25 353:21
354:17,25 355:6,23
356:12,15 358:18
393:10,22 401:22
402:5,8
**drinking (58)**
328:7,12,20 329:2,11
330:6 331:12,19,23
332:7,12 335:23
338:10 339:5,22
340:9,18,20 341:3,9
341:16 344:18
345:4,8 348:10,20
349:2,11 350:4,11
350:20 353:12,16
354:14 355:14
356:5 357:5 363:6
363:19,25 370:22
417:17,21 418:2,4,9
418:13 419:21,24
420:3 441:25 442:8
443:12 448:14
460:15,21 468:8,14
**drinks (3)**
330:12 370:10 447:8
**drive (9)**
362:4,8,13,23 363:4
363:18,19 365:14
367:2
**driven (1)**
365:12
**driver (2)**
437:11,23
**driving (1)**
365:9
**dropped (1)**
437:21
**drugs (2)**
357:18 371:3
**drunken (2)**
428:14,18
**duly (2)**
307:4 484:7
**duty (61)**
328:7,12 329:2,11,18
330:6 331:3,13,20
331:24 332:7,13,13
333:8,24 335:20
336:20,23 339:2,6
339:19,22 340:9,14
340:20,21 341:3,9
341:15,17 342:11
346:5 349:7 353:12
353:16,22 355:4
356:9,9,11 357:5
362:5,19,22 363:7
365:8,10,15,22
367:2 395:20,23
397:22 401:23

402:5,8 408:13,15
413:16 439:16
447:16
**D.A (2)**
423:12,20

**E**

**E (2)**
484:2,2
**earlier (1)**
478:13
**early (3)**
322:8 396:5 404:7
**East (1)**
370:2
**EASTERN (1)**
302:2
**eating (1)**
396:16
**Ed (12)**
330:7,9 339:8 344:13
344:23 345:3,6
364:8 374:15 404:8
405:20 451:7
**EDWARD (1)**
302:3
**effect (3)**
306:14 441:4 445:18
**eight (5)**
349:11 350:7,8,10,12
**eight-to-four (1)**
350:5
**either (17)**
342:4 351:6 361:23
375:20,25 394:21
397:17 400:11
403:10 450:25
455:10 459:17
460:6 473:3 480:20
483:4 484:10
**elaborate (1)**
477:13
**eliminate (1)**
477:20
**Elmsford (2)**
304:12 310:17
**else's (2)**
317:10 461:18
**Elyse (4)**
371:7,11,15,22
**emergency (3)**
347:12,14,21
**employed (4)**
382:9,9,20 399:21
**employee (5)**
314:10 321:7,17
326:3 357:16
**employees (3)**

324:5 326:8 327:16
**employment (11)**
311:22 330:24 395:25
398:3,12,15,18
399:6 400:4,7,16
**ended (1)**
470:22
**ends (2)**
426:22 427:8
**enjoying (1)**
396:16
**entire (5)**
340:23 426:19 427:5
473:17 479:15
**ERRATA (1)**
486:1
**errors (1)**
486:10
**Esop (1)**
335:11
**ESQ (5)**
304:7,13,23,24
305:16
**establish (1)**
308:21
**establishes (1)**
361:24
**evaluation (2)**
318:25 327:2
**evaluations (9)**
311:24 312:8,11
313:14,19 314:6,22
316:2,16
**evening (3)**
404:7 472:2,6
**event (2)**
421:21,23
**events (5)**
313:23 314:3 443:13
465:8,12
**eventually (3)**
397:21 440:25 443:17
**Evergreen (3)**
367:15 371:24 401:8
**everybody (5)**
388:22 389:9 397:7,8
432:24
**evidence (1)**
351:7
**exact (6)**
369:25 388:9 396:20
397:5,16 463:5
**exactly (2)**
315:17 413:3
**EXAMINATION (1)**
309:8
**examined (1)**
307:4

**excerpts (1)**
309:23
**exhibit (32)**
312:16,20 316:8,12
316:17 319:17
322:16,20 360:18
376:9,14 386:25
387:5 425:13,17
444:13 469:6,10
471:2,4,8 474:25
476:16 485:11,12
485:13,14,15,16,17
485:18,19
**EXHIBITS (1)**
485:9
**expect (1)**
318:22
**experience (1)**
437:18
**explain (1)**
449:7
**explained (2)**
439:25 440:5
**expressing (1)**
331:6
**extend (1)**
477:3
**extension (5)**
478:9,13 480:3,16
482:13
**extent (2)**
419:8,13
**extra (3)**
347:4 396:7 479:13
**extreme (3)**
346:20,23 347:6
**eyewitness (3)**
442:6,9 460:20

**F**

**F (1)**
484:2
**face (1)**
387:14
**facsimile (2)**
417:20 450:5
**fact (4)**
418:13 436:22 468:13
474:14
**facts (5)**
383:13 418:15 428:22
480:22 486:8
**Fag (1)**
383:19
**failed (2)**
311:17,20
**failure (1)**
309:15

**fair (2)**
419:17 481:5
**false (1)**
385:15
**father (1)**
464:3
**fax (31)**
378:11,11 414:5,8,16
414:19,21,25 415:8
415:11,17,21,23,24
416:3,8 425:20,21
430:20 439:9 440:2
443:17,21 444:2
451:12,13 454:6,14
454:18,21 455:5
**faxed (6)**
415:22 417:24 430:16
443:24 454:11,25
**faxing (2)**
426:4,5
**feel (3)**
481:4,7,21
**felt (4)**
395:17 415:3,4
445:12
**female (1)**
441:6
**Fentanyl (2)**
372:15,17
**ferry (1)**
371:25
**field (6)**
361:15 411:5,7,12
412:3,16
**fifth (3)**
304:5 338:2 475:2
**fight (6)**
404:20,21 420:24
459:15,18,25
**fights (2)**
421:5,6
**figure (2)**
385:11 476:18
**file (5)**
393:22 397:18 458:5
458:6 473:17
**files (1)**
321:9
**filing (1)**
306:4
**fill (1)**
315:16
**filled (2)**
315:25 321:6
**finally (1)**
483:13
**find (4)**
311:16 337:18 338:8

459:2
**fine (3)**
309:2,4,5
**finish (4)**
310:4,5 424:21 471:2
**Fiorillo (25)**
305:20 307:14 344:7
366:25 370:25
372:2 373:18 374:6
374:11 384:14,25
386:2,4,8 405:12,16
407:23 408:3,5,19
408:21 411:4
434:15 447:16
448:25
**FIORILO (1)**
302:3
**fire (4)**
396:6 415:4 456:15
456:24
**firearms (2)**
358:14,16
**fired (2)**
404:9 415:3
**fireman (1)**
415:16
**fireplug (1)**
473:23
**first (20)**
307:4 309:19,21
310:2 317:4 318:15
330:4 387:9,21
404:5 405:15
410:24 426:8,12,14
439:15 440:20
445:21 446:2
457:25
**FISHBEIN (1)**
305:3
**five (8)**
311:2 367:20,21
373:11,17 383:23
386:10,12
**five-minute (1)**
391:16
**flew (1)**
440:25
**floating (1)**
322:3
**floor (2)**
441:14,17
**folders (1)**
321:8
**following (1)**
325:11
**follows (1)**
307:5
**follow-up (2)**
343:5 410:5

**force (1)**
306:13
**Forever (1)**
382:20
**forgot (1)**
376:20
**form (60)**
306:7 309:6 313:3,4,5
313:20 314:11,17
315:19,23 319:4
320:8 321:21
326:18,23 327:23
328:8 331:4 344:4
344:10,15 345:21
351:10,11,24 352:5
353:23 354:23
358:20 359:20
362:10,15 363:2,8
365:25 366:8,14
384:20 390:4
393:11 399:7 400:8
400:12,17 401:18
409:19 418:3 419:7
421:8 423:6 429:15
429:18,23 432:19
433:19,20 438:3
443:14 445:8
476:10
**formal (2)**
326:25 328:23
**former (4)**
302:10 394:21 422:23
464:2
**forms (1)**
313:16
**formulated (1)**
322:2
**forth (1)**
484:7
**forward (3)**
379:12 465:17 470:24
**found (2)**
396:17 436:16
**foundation (11)**
326:16 327:8,13,24
328:8 349:8 353:24
357:25 363:9
394:16 423:10
**four (18)**
310:15 349:12 350:7
350:8 382:7 383:7
392:13,17,23 426:8
426:13 445:24
467:24 471:3,7
475:2 477:12
481:14
**fourth (1)**
473:20
**frame (2)**

359:9 425:7
**Frank (19)**
302:3 305:20 344:7
366:25 370:25
372:2 373:18 374:5
383:19 384:13,25
386:2,4 391:25
392:4 405:12,15
407:23 449:5
**free (3)**
347:11 383:7,9
**friend (2)**
403:16 441:6
**friendly (1)**
402:19
**friends (4)**
367:7 403:5 456:10
456:14
**front (11)**
312:18 316:10 322:18
338:2 360:20
376:12 387:3,16
417:4 425:15 469:8
**frowned (1)**
329:13
**fuel (6)**
334:5 335:24 336:15
339:13 345:4 354:3
**fuels (6)**
334:14,17 335:13,17
345:8 354:10
**full-time (2)**
323:13,24
**funerals (1)**
333:18
**further (3)**
306:6,10 484:9
**F-O-U-R (1)**
383:10

——— G ———

**G (1)**
316:18
**gap (1)**
471:10
**Gary (29)**
317:2 318:7 320:17
335:23 404:9,11,16
404:18 406:14,17
406:21 407:2
410:11 415:2,4,5
418:19 427:25
428:7,9,17 429:6
431:4 432:24
441:12,16 448:25
459:17 463:13
**gay (5)**
375:17 385:18 386:5
386:8,13

**general (2)**
389:8 471:25
**generally (2)**
413:5 472:6
**generated (1)**
411:5
**gentlemen (1)**
414:5
**George (192)**
302:12,19 303:13
304:1,10 305:1
306:1 307:1,2,9,14
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1 348:1 349:1
350:1 351:1 352:1
353:1 354:1 355:1
356:1 357:1 358:1
359:1 360:1 361:1
362:1 363:1 364:1
365:1 366:1 367:1
368:1 369:1 370:1
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
415:19 416:1 417:1
418:1 419:1 420:1
421:1 422:1 423:1
424:1 425:1 426:1
427:1 428:1 429:1
430:1 431:1 432:1
433:1 434:1 435:1
436:1 437:1 438:1
439:1 440:1 441:1
442:1 443:1 444:1
445:1 446:1 447:1

448:1 449:1 450:1
451:1 452:1 453:1
454:1 455:1 456:1
457:1 458:1 459:1
460:1 461:1 462:1
463:1 464:1 465:1
466:1 467:1 468:1
469:1 470:1 471:1
472:1 473:1 474:1
475:1 476:1 477:1,4
478:1 479:1 480:1
481:1 482:1 483:1
483:17 486:4,24
**German (5)**
374:16,19,24 375:7,8
**getting (8)**
335:20 350:12,13
395:17 415:8
454:24 459:18
479:21
**Gilly (2)**
304:3 308:3
**girlfriend (2)**
363:23 393:7
**girls (1)**
371:4
**give (22)**
327:5 330:2 376:5
398:9 407:8 408:23
429:21 432:17
445:6 447:11
455:22 461:5,13,19
462:16,23,25
465:10 466:2,11
471:15 476:8
**given (4)**
326:21 393:21 466:4
484:9
**give-and-take (1)**
329:21
**giving (5)**
393:10 442:6,9
460:20 473:8
**go (33)**
320:21 330:11 331:2
337:21 365:10
367:24 370:9,19,22
373:12 381:22
390:9 396:12,13
412:15 413:14
415:24 426:23
427:9 432:20
440:24 446:6,9,17
447:4 452:15,17
464:18 466:15,18
478:23 479:25
481:25
**God (3)**
370:6 373:14 393:2

**goes (1)**
325:6
**going (25)**
331:12 332:25 337:19
342:19 349:7,11
350:4,20 361:19
365:8 405:3,8 427:6
434:13 436:15
452:11 461:4
462:22 464:15
468:7 470:24
476:19 478:25
480:10 481:12
**good (7)**
309:10,11 313:24
403:18 434:2
436:17 479:20
**Goodstadt (148)**
304:7 308:2,2,16,21
309:5,9 312:6,14,18
312:22 315:17,18
316:6,10,20,21
322:14,18,22
324:24 325:4
326:19 332:24
340:18,21 342:5,7
342:19,24 343:25
346:2,14 347:19
348:16,18 349:18
349:22 350:2,10,18
352:21 354:21,24
356:10,20,22
357:11 358:7,9
360:15,20,24
361:17 362:2,18,25
364:4,7 370:14
375:13,15 376:11
379:3,8,17 380:9,10
380:22 381:4
382:18,19 383:11
383:12 384:7,8
385:6 386:18,23
387:3,7 390:5,9,12
390:14,20 391:2,15
391:24 392:9
399:19 401:21
417:23 418:6,9
419:10,15 421:10
421:22,25 422:15
422:17 424:20,24
425:11,15,19
426:17 429:5,16
431:7 433:6 434:2
434:11 440:17
442:19 443:2
444:15 450:25
451:6 453:14,20
454:5 457:21,24
462:3,4 466:18

467:2 469:4,8,12
470:25 471:3,9
476:15 477:2,7
478:2 479:12
480:18 482:3,8,21
483:4,6,10 485:4
**Goodstadt's (1)**
470:21
**gotta (1)**
343:8
**gotten (2)**
312:5 478:16
**grabbed (2)**
441:9,13
**Grasso (2)**
424:7,8
**ground (1)**
396:6
**guess (15)**
330:7 335:19 351:3
361:18 375:10
378:13 381:6
385:12 397:9 415:2
437:10 443:8 448:5
468:7 482:16
**guessing (1)**
322:13
**Guest (2)**
382:23 383:4
**Gurden (1)**
335:20
**guy (1)**
474:12
**guys (7)**
320:10 329:17 330:11
365:8 370:22
383:21 396:3

---

**H**

**half (8)**
337:10 377:21 445:24
467:24 471:3,7
477:12 481:14
**halfway (1)**
326:5
**Halloween (43)**
311:6,10 400:21
401:3,10,13,17
402:12 403:2,7,14
404:6 405:8 410:2
410:18,25 411:13
412:10 413:10,25
414:16 416:8 420:6
420:15,19 423:5,9
423:13 424:10
425:2 433:3,4
434:14 435:15,21
435:24 436:7 439:5
445:23 455:4

458:19,24 473:17
**hand (2)**
378:20 484:15
**handbook (4)**
321:18 323:2,5 324:4
**handed (1)**
378:17
**handful (5)**
367:18,19 373:4,9,10
**Handing (5)**
322:21 360:23 376:14
425:18 469:11
**handle (1)**
383:2
**handling (1)**
449:6
**hands (1)**
427:17
**handwriting (8)**
317:7,10 318:15
319:20 469:20
472:18,20,23
**handwritten (2)**
443:23,25
**happen (3)**
399:23 421:11 464:16
**happened (27)**
406:13 407:7,9
408:22,25 409:3,5
409:17,18 417:21
417:25 419:19
421:14 422:5
424:25 428:23
438:16 439:24
446:17 450:14
452:12 466:14
471:19 472:2,7
475:21 476:2
**happens (1)**
371:3
**happy (1)**
478:3
**harassment (1)**
393:3
**hard (1)**
459:13
**harder (1)**
330:20
**Hardman (3)**
339:12,16,18
**Hate (1)**
383:23
**Hater (1)**
382:15
**HATTER (1)**
305:3
**Hauppauge (1)**
305:15

**head (1)**
411:16
**hear (6)**
331:11 372:11,14
384:21 393:15
472:9
**heard (6)**
319:10 331:14 393:12
393:18 415:2
430:25
**held (8)**
303:13 307:16 391:20
399:16 453:25
466:22 476:22
482:6
**help (3)**
396:21 459:17 475:7
**helps (1)**
479:13
**hereinbefore (1)**
484:6
**hereunto (1)**
484:14
**hero (1)**
415:5
**Hesse (243)**
302:12,19 303:13
304:1,10 305:1
306:1 307:1,2,9,14
308:1,7 309:1,10
310:1 311:1 312:1
312:19,19,23,24
313:1 314:1,25
315:1,6 316:1,11,12
316:22,23 317:1,5
318:1 319:1 320:1
321:1 322:1,19,19
322:23 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1 357:1,8
358:1 359:1 360:1
360:21,21,25 361:1
361:2 362:1 363:1
364:1 365:1 366:1
367:1 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1,12,13,15,16
377:1 378:1 379:1
380:1 381:1 382:1

383:1 384:1 385:1
386:1 387:1,4,5,8,9
387:21,24 388:1,2,7
388:12,15 389:1,13
390:1 391:1,13,25
392:1 393:1 394:1
395:1 396:1 397:1
398:1 399:1 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1 414:1 415:1
416:1 417:1 418:1
419:1 420:1 421:1
422:1 423:1 424:1
425:1,16,16,20
426:1 427:1 428:1
429:1 430:1 431:1
432:1 433:1 434:1
434:12 435:1,4
436:1 437:1 438:1
439:1 440:1 441:1
442:1 443:1 444:1
445:1 446:1 447:1
448:1 449:1 450:1,4
451:1 452:1 453:1
454:1,25 455:1
456:1 457:1 458:1
459:1 460:1 461:1
462:1 463:1 464:1
465:1 466:1 467:1
468:1 469:1,9,10,13
470:1 471:1 472:1
473:1,21 474:1
475:1,2 476:1 477:1
478:1 479:1 480:1
480:11 481:1 482:1
483:1,3,17 485:9
486:4,24

**Hesse's (2)**
477:4 482:13
**Highway (2)**
305:14 338:2
**hinder (1)**
340:6
**hired (3)**
326:8,14,21
**Hirsch (2)**
359:16,19
**hit (2)**
406:23 412:18
**hitting (2)**
404:12,22
**Hmm (1)**
393:2
**Hold (1)**
384:17
**holding (1)**

441:8
**home (9)**
371:21,25 395:19,23
396:12 397:20,21
397:24 405:20
**homeowner (1)**
367:6
**homosexual (6)**
375:17 378:22 385:19
386:5,8,13
**Honor (9)**
478:7,12 479:3,7,12
480:8 481:3,20
482:3
**hopefully (1)**
480:10
**hospital (1)**
337:19
**hot (2)**
371:7,12
**hour (4)**
337:10 425:9 438:25
439:3
**hours (21)**
310:15 356:19,21,24
398:5,8,10 424:19
470:22 471:4,8
477:5,12 478:9,15
478:18,19 480:7,15
481:16 483:9
**house (25)**
336:13 351:4 367:3,9
367:13,17,24 368:2
368:11,22 369:5,12
371:15 372:3,20,22
372:25 373:12,19
377:15 378:5,9,12
406:8 446:4
**Houser's (14)**
401:5,6,9,16,23 402:6
402:11,22 413:12
413:18 432:6,10
453:4,10
**huge (1)**
396:6
**Hundreds (3)**
421:3,4,5
**hung (2)**
439:6 459:19
**Huntington (2)**
474:3,9
**husband (4)**
443:10 446:14 464:2
464:2

_____
**I**
**Ian (6)**
455:24 457:3,6
458:25 463:20

475:16
**idea (5)**
338:24 342:2 387:19
406:6 421:9
**identification (9)**
312:17 316:9 322:17
360:19 376:10
387:2 425:14
444:14 469:7
**identified (1)**
450:2
**II (1)**
302:18
**immediately (2)**
357:19 428:2
**impair (1)**
468:21
**impeded (1)**
481:6
**implement (1)**
325:15
**implemented (2)**
325:20 327:21
**implementing (2)**
398:21 400:11
**important (7)**
417:19,24 418:10
468:13,24 479:15
480:5
**inappropriate (6)**
345:19 346:10 353:21
394:2,3 396:17
**incident (51)**
311:4,6,10 347:3
381:17 394:15,22
395:4 396:2,19
397:3 400:15,21
401:3,10,14,17
402:12 403:14
404:6,10 405:8
410:2,19,25 411:13
412:10 413:10
415:3 420:6,16,19
420:21 423:5,9,14
424:11 425:2
428:12 433:5
435:15,21 436:7,15
439:5 442:8 445:23
447:24 450:13
455:4 458:19
**include (1)**
325:11
**Incorporated (4)**
302:8 304:18 307:15
357:14
**incorrect (1)**
415:4
**indefiniteness (1)**
481:18

**Index (3)**
302:7 485:2,9
**indicate (2)**
418:21 452:4
**indicated (2)**
338:22 435:4
**indicating (2)**
483:5,5
**individual (2)**
428:14,18
**individually (4)**
302:9,10,12,15
**individuals (5)**
406:21,25 412:18
445:4 447:23
**influence (4)**
329:6 357:17,23
358:4
**inform (1)**
430:9
**information (1)**
419:6
**injured (1)**
338:4
**injuries (1)**
437:25
**injury (2)**
415:6,6
**input (1)**
316:4
**inside (3)**
437:12,14 447:18
**insinuate (1)**
385:17
**insinuated (1)**
386:7
**instituted (1)**
364:20
**interaction (1)**
433:18
**interchange (1)**
332:17
**interchangeable (1)**
332:22
**interested (2)**
479:11 484:12
**interfere (1)**
445:12
**internal (6)**
361:7 422:10,19,22
422:24 423:2
**intoxicated (3)**
329:14 364:10 365:15
**intoxication (2)**
418:8,14
**introduce (1)**
307:24
**investigate (4)**

405:2 413:7 420:21
421:6
**investigated (1)**
420:24
**investigating (1)**
420:15
**investigation (12)**
417:6 421:11,20
422:22 423:19
432:13,18 454:15
454:24 458:8,24
463:22
**investigations (3)**
420:14,18 422:4
**investigator (6)**
424:3 433:12,13,16
440:11 454:16
**investigators (1)**
424:10
**invited (1)**
369:7
**involve (2)**
423:8,12
**involved (7)**
402:13 404:19,20
424:10 447:24
465:9 479:16
**irrelevant (4)**
341:24 379:19 479:24
480:20
**island (1)**
365:17
**issue (15)**
329:15 332:6 342:15
342:18,20,21 343:6
343:9,16 368:4,6,9
402:21 478:3 479:5
**issues (3)**
477:23 480:20,20
**I.D (1)**
485:10

_____
**J**
**Jean (3)**
447:18 452:22 453:15
**Jeanne (16)**
420:2 427:17 439:7
439:18 441:9 444:7
444:16 445:22
453:3 454:6,25
455:11,16 457:20
458:18,21
**Jeff (1)**
403:20
**Jerk-offs (1)**
384:3
**job (6)**
302:25 324:20 340:7
431:2,4 436:17

**Joe (9)**
305:22 345:15 359:5
363:22 384:13,25
398:23 435:20
436:12
**John (1)**
446:5
**Johnson (5)**
302:24 303:16 307:23
484:4,18
**join (1)**
330:16
**joke (1)**
375:5
**Jordan (2)**
305:19 307:20
**JOSEPH (3)**
302:4,8 304:19
**JR (1)**
302:9
**judge (6)**
368:18,19,21 438:19
453:22 482:24
**Judge's (1)**
482:16
**judgment (3)**
340:7 361:20 468:21
**Judi (5)**
302:24 303:16 307:22
484:4,18
**July (3)**
365:20 396:25 399:25
**juncture (1)**
483:8
**June (9)**
302:20 303:4 307:18
309:20 311:14
396:25,25 484:15
486:3
**justify (1)**
477:14

**K**

**keep (4)**
416:2 427:6 458:7
475:7
**keeping (1)**
482:20
**Ken (2)**
308:9 438:6
**KENNETH (1)**
304:23
**Kenny (2)**
395:3,6
**kept (7)**
358:14,17 406:15,15
407:6 440:22 458:4
**Kevin (27)**

302:4 304:13 305:21
308:5 310:12
316:19 317:3
348:19 375:16,19
375:22 376:6
378:18,20,21
379:25 381:16,24
382:4 384:14 385:2
385:24 391:12
405:12,16,17,22
**Kevina (1)**
375:20
**kid (1)**
335:5
**kids (1)**
335:4
**killing (1)**
441:3
**kind (3)**
322:5 424:7 477:19
**knew (8)**
352:25 361:25 417:15
456:8 457:3 461:4
461:10 463:23
**knocked (3)**
426:24 427:4,17
**knocking (1)**
440:22
**know (183)**
311:19 313:13 314:8
314:18,20,25 315:3
315:6,20 319:6,9
321:2 322:5 323:5,9
323:23 324:3,8
325:19,23 326:20
327:10 328:17
329:4,9,20 330:11
330:12,16 332:3
335:9,10,21 336:11
336:22,24 337:16
338:12,14,21
341:22 346:4,7
349:9,16,25 351:6
351:21 352:6 353:7
354:2 361:23 365:3
365:23 366:3
367:20 369:25
370:3,7 371:23
372:8,10,16,17
373:14,15,16,22
374:25 379:4 380:4
380:11,16 381:15
381:22 382:21
384:19 385:10
387:18 388:14
389:15,15,15,20
391:25 393:12,12
393:13,16 394:24
395:5,6 396:23

397:6 402:16 403:7
404:16 406:13,15
406:16,22,24 407:6
407:13 408:10,11
408:22,25 409:6,17
411:22 412:16
415:9,19 417:11,13
417:19,24 418:12
419:11,23,25 420:2
420:4,17 422:21
423:24 424:6
426:11 429:25
431:12 432:7 433:8
435:8 436:21 437:3
441:19 444:3,23
445:25 446:16
448:8,13,15,22
449:8,10 451:7,9,17
451:20,25 452:13
452:17,19 453:6
455:6 456:2,20,22
459:22 462:8,22
463:5,8,9,18 464:19
464:25 466:2,3,6,13
467:17 468:6,13
472:18 474:24
477:17 479:6,20
480:6 481:5
**knowledge (1)**
327:20 446:25 462:15
**known (5)**
414:7,18 456:4,17
473:23
**knows (1)**
399:12
**K.ROGERS (1)**
302:10

**L**

**labeled (1)**
307:12
**Labor (2)**
348:9,16
**ladies (2)**
426:23 427:9
**lady (1)**
441:2
**laid (2)**
474:10,14
**Lambo (4)**
375:23 376:3,4,6
**Laminated (1)**
389:16
**Lamm (27)**
302:4 305:21 348:19
348:25 375:16,19
375:22 378:18,20
378:21 379:25
381:17,24 382:4

384:14 385:2,24
386:9 391:12
405:12,16,17 408:2
408:15 411:4
434:16 447:17
**large (1)**
473:22
**late (1)**
358:12
**law (2)**
305:11 325:12
**lawsuit (2)**
314:4 437:6
**lead (1)**
432:22
**Leading (2)**
342:12 344:11
**learn (2)**
404:5 474:7
**learned (2)**
431:3,10
**leave (3)**
357:18,24 470:22
**leaving (4)**
337:3 363:17 364:4
432:6
**left (12)**
345:11 359:7,17
364:9 366:7 371:25
374:12 396:13
432:10 452:11,14
469:16
**legal (2)**
305:19 307:21
**length (1)**
479:6
**letter (4)**
416:16 417:4 479:14
480:2
**Let's (4)**
322:14 335:19 360:15
466:18
**level (2)**
368:16 383:25
**levels (1)**
368:21
**Levine (8)**
455:24 457:3,6
458:25 460:25
461:8 462:2 463:20
**Levine's (1)**
475:17
**license (1)**
474:15
**licenses (2)**
474:10,15
**life (1)**
480:11

**light (2)**
313:23 314:2
**lighten (1)**
330:18
**lightened (2)**
330:7,10
**lighthouse (1)**
355:5
**liked (1)**
332:2
**limited (1)**
471:8
**line (19)**
318:16 424:15,18
426:12 427:2
440:20,23 450:20
451:16,22 470:12
473:20 475:2
486:11,13,15,17,19
486:21
**lines (3)**
318:15 426:9,13
**lineup (1)**
474:16
**Lisa (1)**
393:7
**listed (1)**
415:17
**little (6)**
330:13,13 365:4
381:7 395:18
411:15
**LiveNote (1)**
303:18
**LLP (4)**
303:14 304:3,16
305:3
**local (2)**
392:5 414:11
**locate (1)**
463:24
**located (4)**
367:13 401:6 406:5
436:4
**Loeffler (5)**
302:9 304:19 398:24
435:20 436:12
**lollipops (1)**
372:15
**long (19)**
310:14 337:8 390:6
391:5 396:9 407:17
407:18 408:2
409:13 412:23
431:23 432:4 440:7
440:21 443:20
447:3 454:20
482:18 483:11
**long-time (1)**

456:21
**look (17)**
317:4,13 318:7,14
  319:16 326:2 328:2
  328:3,4 371:4
  379:12 382:21
  426:7 450:4,7
  472:14 473:20
**looked (1)**
413:20
**looking (2)**
464:18 481:13
**looks (1)**
425:23
**lost (2)**
431:2,4
**lot (6)**
405:21 456:3 459:12
  479:21,25 481:17
**loud (1)**
368:14
**low (1)**
380:16
**Luckily (1)**
342:5
**lunch (1)**
434:8
**lunged (2)**
427:16 441:9

**M**

**machine (1)**
451:4
**Magistrate (1)**
476:24
**maintains (1)**
325:9
**major (1)**
402:14
**majority (2)**
422:7,8
**making (5)**
356:8 365:5 379:5,8,9
**male (1)**
473:22
**Mallory (1)**
424:2
**man (4)**
384:3 387:14 415:6
  427:16
**Manhattan (2)**
369:16,23
**manner (2)**
358:25 481:7
**Maple (2)**
474:3,8
**Marissa (1)**
464:3

**mark (7)**
312:14 316:6 322:14
  360:15 386:23
  425:11 469:4
**marked (23)**
312:16,19,24 316:8
  316:11,17,23
  322:16,19 360:18
  360:21 361:2 376:9
  376:13,16 386:25
  387:4,9 425:13,16
  444:13 469:6,9
**marking (1)**
388:18
**Marks (2)**
304:9 308:6
**marriage (1)**
484:11
**Maryanne (2)**
314:16 324:2
**master (10)**
346:8,11,16 347:5,8
  347:20 348:3,5
  359:6,15
**masters (4)**
345:11,16,19 359:22
**matter (4)**
307:14 347:24 368:20
  484:13
**mature (1)**
330:13
**mayor (6)**
302:8,10 395:21,22
  397:4,11
**Ma'am (1)**
383:13
**McKenna (6)**
455:23,25 456:4,7,15
  456:17
**mean (28)**
314:2 315:16 318:20
  320:19 321:24
  330:3,9 333:5
  345:22 346:22
  347:25 356:19
  365:7 368:13
  374:22,24 380:12
  380:20 385:4
  388:24 391:4
  394:11 398:7 419:8
  426:15 432:21
  468:17 480:2
**means (1)**
421:9
**meant (2)**
342:20 448:6
**medical (2)**
451:25 452:5
**meet (1)**

310:16
**meeting (4)**
310:20,23 319:12
  370:9
**member (2)**
456:15,24
**memo (4)**
430:5,10 435:9,12
**Memorial (1)**
305:14
**memorialized (1)**
351:6
**mention (3)**
418:18 429:9 451:15
**mentioned (1)**
434:13
**men's (2)**
427:18 441:11
**messages (1)**
343:18
**met (1)**
310:12
**Michael (2)**
304:24 308:10
**Microsoft (1)**
377:16
**middle (1)**
481:16
**Mill (1)**
304:11
**Miller (4)**
371:7,11,15,22
**mine (2)**
317:12 403:16
**Mineola (1)**
305:7
**Minerva (2)**
314:16 324:2
**minutes (20)**
407:18 408:4 409:14
  409:15 412:24
  416:11 432:3
  438:16 440:9,22,22
  459:20 470:18
  478:13,14,20 479:9
  481:15,22 483:9
**Misconduct (1)**
383:17
**Mitch (8)**
367:2,5 368:10 371:2
  371:7,12,14 372:3
**Moeller (5)**
336:14 337:2,14
  338:10 363:23
**Moeller's (1)**
363:23
**Monday (17)**
405:2,9 407:24 410:3

410:6,9,12,15,20,22
411:2 434:14,23
451:2 465:22 470:9
470:14
**money (1)**
354:9
**Montauk (1)**
338:2
**months (3)**
327:2,7,12
**morning (22)**
309:10,11 350:9,11
350:12 396:5,7
400:25 405:2,9
410:3,6,9,12,15,20
411:20,21 412:13
413:16 439:16
465:19
**motion (8)**
361:21 477:3,22,24
477:25 478:24
481:25 482:14
**motions (2)**
477:14 482:11
**movie (3)**
414:13,14 417:15
**mulling (1)**
411:15
**multiple-page (1)**
322:20
**Mummert (2)**
305:19 307:20
**mutt (5)**
380:17,20 381:9,15
386:16

**N**

**Nah (1)**
386:6
**name (22)**
307:7,20 315:7 335:3
335:5,8,10 359:16
375:23 382:3 384:9
384:10 406:24
407:2 424:2 449:9
451:18,20 455:22
469:17 486:2,4
**named (2)**
406:22 414:6
**names (11)**
315:16,17 382:8,11
412:17 455:21
456:2 457:11
461:12,13,18
**narcotics (2)**
372:9,12
**Natalie (5)**
302:10 304:19 423:25
435:5,14

**nature (1)**
344:5
**necessarily (2)**
394:10,11
**necessary (2)**
417:3 433:23
**need (5)**
319:2,8 400:3 461:6
482:11
**needed (1)**
320:10
**needs (2)**
318:16 320:3
**neighborhood (1)**
340:15
**never (45)**
319:10 321:3 322:3
331:14,21 336:8,9
339:7,11,20 342:13
342:14,16 343:4,6,7
343:8,17,25 345:9
345:14,17 349:4
350:6 355:21
360:13 363:21
364:14 371:5,10,13
372:4,7 374:14,18
387:22 392:16
400:14 401:25
402:4 447:20
452:12 462:15
472:12 475:20
**new (20)**
302:2,19 303:2,15,19
304:6,6,12,22 305:7
305:15 307:10,17
314:11 333:17
372:6 415:16 474:3
474:9 484:5
**newly (3)**
326:8,14,21
**newspaper (1)**
375:2
**nickname (1)**
376:3
**night (38)**
350:8,11 364:25
396:5,9 400:24
403:13,25 417:17
419:24 420:3
426:12 428:23
429:14,22 430:2
432:6,23 436:20,23
437:11,19 441:25
445:7 448:14 452:2
452:5,9 459:10
460:15,21 461:20
465:8 466:12
468:14 471:15,21
475:14

**Nimburger (2)**
372:19 374:2
**Nimburger's (1)**
373:23
**Nofi (11)**
302:4 305:22 345:15
359:5,5,10 360:4,9
363:22 384:13,25
**noise (3)**
368:2,6,11
**non-police (11)**
368:23 369:6,12,20
369:22 370:5 373:6
373:13,19 392:14
401:13
**normally (1)**
368:14
**northbound (1)**
371:24
**Notary (2)**
303:19 484:4
**Note (3)**
329:12 349:13 357:6
**notebook (1)**
458:7
**noted (1)**
483:15
**notes (19)**
407:19 409:11,21
416:19 417:4
431:15 433:17
440:4,13 457:17,25
458:2,3,6,10,14
460:24 461:6 467:7
**Notice (1)**
303:16
**November (1)**
311:18
**Novikoff (215)**
304:23 308:8,9,14,17
308:23 309:2 312:3
313:20 314:7,23
315:13 316:18
317:24 318:5 319:4
320:8 321:21 323:7
323:11,22 324:10
324:23 325:2,17
326:16,18,23 327:8
327:13,23 328:8,13
328:22 329:12
331:4,9,25 332:23
333:4 334:11
339:14,24 340:5,11
340:16,19,22 341:5
341:11,18,23 342:4
342:12,17 343:14
343:22 344:3,10,15
344:20 345:21,24
346:6,13,19 347:9

347:18,22 348:14
348:17,21 349:8,13
349:15,20 350:7,14
351:10,24 352:5,15
352:19 353:13,18
353:23 354:15,19
354:22 355:2,8,24
356:6,16,18 357:2,6
357:10,25 358:20
359:20 361:12,18
361:24 362:10,15
362:21 363:2,8
364:3,6,12 365:21
366:8 371:9 374:22
375:11 378:19,23
378:25 379:5,12,20
380:7,13,21,24
381:3,5,10 382:17
383:9 384:6,17,19
385:4 386:17 390:2
390:7,18,22 391:17
393:11,25 394:8,16
399:7,18 400:8,12
400:17 401:18
409:22 411:8
417:22 418:3,16
419:7,12,17 421:8
421:19,23 422:2,6
423:6,10,15 424:12
424:17 427:12
429:15,18,23 431:5
431:8,19 432:19
433:4,7,19 434:5
436:9 438:3,6,9,22
441:18 442:16,24
443:5 445:8 450:19
450:22 451:4
456:11 457:19,23
460:22 461:25
467:22 468:15,20
468:25 470:17,20
471:6,16 476:3,11
480:8,9 482:5,19,22
**Novikoff's (1)**
480:2
**Nowaski (5)**
316:19 317:3 320:2
321:11,12
**Nowaski's (1)**
320:12
**number (13)**
307:12 319:13 357:9
360:23 378:4,11,12
378:15 383:5
415:17,22,22
459:16
**numbered (2)**
324:14 376:14
**numbers (4)**

312:21 316:13 322:21
387:6
**nuts (2)**
404:16,18

_____

**O**

**oath (2)**
306:13 309:14
**Object (1)**
351:10
**objection (164)**
308:24,25 312:3
313:20 314:7,23
315:13 317:24
318:5 319:4 320:8
321:21 323:7,11,21
323:22 324:10
325:17 326:16
327:8,13,23 328:13
328:22 329:12
331:4,9,25 332:23
333:4 334:11
339:14,24,25 340:5
340:11,16 341:5,11
341:18,19 342:12
343:14,21,22 344:4
344:10,15,20
345:21 346:6,13,19
347:9,18,22 348:21
348:23 349:8,13,21
351:11,24 352:5,15
353:13,18,23
354:15,19,22 355:8
355:24 356:6,16
357:2,6,25 358:20
359:20 361:11
362:10,15 363:2,8
364:12,13 365:25
366:8,23 371:9
374:3,7,17 378:19
378:23,24,25 380:7
380:13,14,24 381:5
381:10 384:18
390:2,4,24 393:11
393:25 394:7,8
399:7,18 400:8,12
400:17 401:18
409:19,22 411:8
416:25 418:3,16
419:7 421:8 422:6
423:6,10,15 424:12
427:12 429:15,18
429:23 431:17,19
431:24 432:19
433:19 436:9 438:3
440:16 441:18
442:11,18,23,24
443:5,14 445:8
456:11,12 460:22

467:22,23 468:15
468:20,25 469:2
471:16 476:3,10,11
**objectionable (1)**
384:20
**objections (3)**
306:7 309:6 379:17
**observed (1)**
473:22
**obvious (1)**
481:12
**obviously (1)**
379:13
**occasion (3)**
334:22 347:10 433:3
**occasions (1)**
393:3
**occurred (5)**
347:3 421:21,24
439:25 440:5
**Ocean (43)**
302:8,11 304:18,19
307:10,15 311:22
313:8,11,15 314:5
314:21 319:2
321:18 323:6,10
328:5,10,21 329:2
331:13,19 339:2
341:10 344:19
350:24 352:11
353:17 354:12
357:15 361:6 371:2
377:17,20 392:5
394:22 401:8
403:24 422:10,19
422:23 427:24
486:2
**October (9)**
311:5 400:24,25
401:24 402:2,6,9,17
403:25
**offer (3)**
478:23 479:4,8
**offered (2)**
478:13 481:4
**offering (1)**
481:14
**offhand (1)**
461:17
**office (6)**
310:18 397:12,14
423:20 456:23,25
**officer (16)**
306:12 318:13 320:14
346:8 347:2,11
355:6 380:12
395:10 411:4
420:22 422:23
427:25 439:16

448:25 469:17
**officers (115)**
313:8,11,15,18,25
315:12,16 316:2
319:2,7 320:7,16
321:15 323:6,10,16
323:18,25 326:14
326:22 327:6,10
328:7,12,20,25
329:6,11 330:14,25
331:19,23 332:6
338:25 339:5,21
340:9,14 341:3,9,15
343:11 344:18,24
345:4,7,11,16,20
348:10,20 349:2,6
349:10 350:4,20
351:15 353:7,12,16
353:20 354:10,17
354:24 355:10,14
355:22 357:22
358:3,11,18 362:8
362:13,23 363:5,17
363:19 364:11,15
365:2,9,12,15 371:6
377:4,8 385:7
388:18 394:21
396:8,11 429:13,17
444:17,22 445:3,7
446:17 447:11,12
447:16 448:7 453:3
453:13,16 461:23
462:6,9,12 466:8
471:21,24 472:5
474:11 476:9
**offices (1)**
303:14
**official (4)**
302:9,11,13,15
**officially (5)**
321:22,24 322:4
399:25 483:4
**off-duty (9)**
328:20 362:8,13,23
363:5,19 364:10,15
420:22
**Oh (8)**
340:22 364:6 368:8
375:24 389:20
395:7 442:16
450:21
**okay (59)**
310:5 317:22 324:16
325:3 326:8 329:9
340:22 348:17
350:14 354:17,21
355:2 357:10
358:16 361:17
364:6 387:11

397:15 403:13
405:13 407:16
408:18 410:24
411:6 412:2 413:9
413:24 416:13
422:2 425:6,10
426:24,25 427:7
431:8 433:7,16
434:5,19 435:3
439:4 448:3,18
449:3 451:23
452:17 459:8
463:25 467:15
469:25 470:11,16
471:3,4,14 474:14
476:17 478:2
481:24
**old (5)**
305:6 377:24 378:14
441:3 477:24
**once (4)**
334:5 359:7 369:19
480:11
**ones (3)**
311:3 382:23 383:2
**one-page (1)**
360:22 376:13 425:17
**on-and-off (1)**
393:6
**on-duty (15)**
429:17 444:17,22
447:12 448:7 453:3
453:16 461:22
462:6,9,12 466:8
471:21 472:5 476:8
**open (4)**
359:17 440:25 482:20
482:23
**opinion (14)**
340:2 341:6,21 352:8
352:12,12,20,22
357:3 366:24
379:22,24 394:2
480:18
**opinions (1)**
477:17
**orientation (1)**
379:7
**outcome (1)**
484:12
**outside (13)**
347:6,14,21 447:15
449:4 464:13,18
465:13 467:5,12
468:5 470:14
471:11
**oversee (1)**
422:19
**owner (1)**

402:11
**owns (1)**
372:20
**O'Brien (2)**
304:9 308:6
**O'Hanley (2)**
402:15,16
**O'Neill (2)**
304:9 308:6
**O'Rourke (4)**
461:14 475:3,6,14
**o0o (1)**
306:17

——————————
**P**
——————————
**P (4)**
308:13 376:8,14
485:15
**packets (1)**
321:8
**page (29)**
317:4 319:16 324:13
324:13,17,23,25
325:3 326:2,5 357:8
387:9,21 388:2,7,12
388:15 391:13
472:22 473:21
474:25 485:3,10
486:11,13,15,17,19
486:21
**pages (2)**
478:16 479:18
**paginated (1)**
316:15
**pantingly (1)**
341:23
**paper (2)**
415:19 458:11
**paperwork (3)**
396:14 477:21 481:18
**parade (1)**
333:16
**Paradiso (22)**
319:6 329:16,16
330:7,9 331:6
399:21 400:11,16
404:9 405:20
406:19 410:6
411:21 412:9,13,21
413:11 430:6,9,22
451:8
**Paradiso's (2)**
400:3 430:19
**paragraph (7)**
325:5 326:4 426:8,14
426:19,25 427:5
**parenthetical (1)**
426:22

**parents (1)**
456:22
**parking (1)**
405:21
**parlance (4)**
380:21,23 381:3,8
**part (13)**
325:11 417:5 418:25
419:2,3,4 420:5
426:10,11 432:12
459:25 460:2,4
**particular (2)**
313:2 451:21
**parties (2)**
306:4 484:11
**partners (1)**
402:13
**party (2)**
336:12 403:16
**part-time (5)**
318:13 320:14 323:15
324:4 395:9
**passed (3)**
311:17,20 318:3
**passing (1)**
417:15
**Pat (1)**
410:8
**patently (1)**
379:19
**patrol (3)**
341:17 366:11 397:8
**patrolling (2)**
340:15 341:4
**patrols (1)**
366:16
**patrons (1)**
404:12
**Patty's (1)**
333:17
**Pat's (1)**
338:3
**Paul (4)**
315:10,21 335:6,7
**pay (1)**
354:10
**PCR (5)**
338:13,14,16,18,22
**PD (1)**
422:25
**peered (1)**
413:20
**penis (1)**
375:10
**people (9)**
319:14 364:23 385:5
404:22 406:25
407:3,10 456:3

459:12
**perception (1)**
341:15
**performance (20)**
311:23 312:8,11
313:6,14,18,25
314:6,9,22 315:2
316:16 317:2 326:4
326:9,13,20 327:5
327:11,16
**performance/discip...**
324:20
**performed (2)**
420:15,18
**performing (1)**
340:17
**period (3)**
399:20 412:6 439:13
**person (8)**
417:24 418:2 436:2,3
441:13 442:8
455:14 459:6
**personal (2)**
456:10,14
**personally (1)**
419:10
**personnel (4)**
321:9 364:9 396:7
397:18
**persons (1)**
323:13
**pertained (1)**
311:4
**phone (41)**
337:12 339:9 342:10
343:11,12,19,20
378:4 397:11
404:14,24 405:23
406:7,8,8,9 408:8
408:20 409:8 417:9
431:15 432:25
436:2 439:10,22
440:11 444:6
445:19,21 454:21
454:24 457:10,15
457:17 459:9,19
460:24 461:9
462:20 463:17,19
**phoned (1)**
475:10
**phones (3)**
347:5,23 348:2
**photo (1)**
474:11
**photocopied (1)**
474:12
**phrase (2)**
308:18 374:19
**pick (1)**

372:2
**picked (2)**
334:20 404:21
**picture (2)**
386:24 485:16
**pictures (1)**
389:12
**piece (2)**
415:18 458:11
**pina (1)**
354:4
**place (8)**
311:5 351:13 371:2
401:4 404:10
421:20 474:3,8
**placed (8)**
312:18 316:10 322:18
360:20 376:12
387:3 425:15 469:8
**plaintiff (2)**
385:21 481:13
**plaintiffs (24)**
302:5 304:4 308:4
344:17 353:5,8
355:13,17 358:23
362:4,7,12,20,22
363:7,13,16 385:18
386:7,10,13,16
480:14,17
**Plaintiff's (9)**
312:16 316:8 322:16
360:18 376:9
386:25 425:13
444:13 469:6
**plan (2)**
480:6 482:14
**play (1)**
390:21
**Plaza (4)**
303:2,15 304:21
307:17
**please (5)**
307:7,24 360:16
425:11 430:17
**point (23)**
336:9 359:23,24,25
364:21 386:11,18
388:20 400:19
402:22 418:7,14
429:7 433:15 435:3
437:3,12 439:18
447:14 448:11
455:11 477:9,10
**police (104)**
302:11,12,13 304:20
317:25 318:13
320:14 325:20
327:21 328:5,10,17
328:18,20 330:14

330:25 335:18
341:8 343:11
345:20 346:8,11,25
347:11 352:7,11
354:13,14,18,25
355:6,14,18,22
361:6 362:23 365:2
365:11 367:22,24
369:20 377:2 380:6
380:8,11,21,22
381:3,8 385:6
387:13 392:17,20
394:21 395:10
396:14 397:10
399:14 401:19,19
401:22 413:22
414:21 415:20
416:16 420:22
423:5,8 427:25
429:13,17,22 430:2
436:5,20,23 437:9
437:12,14,18 445:3
445:7,10 446:7,13
447:4,16 459:15,21
461:20,23 462:6,9
462:12 464:4,13
465:25 466:16
467:14,20 468:4
470:14 475:10,14
**policies (6)**
324:3 329:8,10
332:14 357:4,7
**policy (27)**
314:5,19,21 328:6,11
328:14,15,18,19
329:5 330:5,20
331:7,17,18,21,22
331:24 332:3,17,18
332:22,25 333:3
354:12 356:4
364:20
**pool (12)**
404:11,21 406:14,18
406:23 407:10
412:19 418:19
429:7,9 460:12
463:14
**pop (2)**
411:17 412:6
**popular (1)**
335:22
**Port (1)**
403:20
**portion (1)**
384:23
**pose (4)**
339:22 340:4,13
343:13
**position (4)**

318:11 320:12 348:6
399:10
**positive (1)**
397:2
**possible (2)**
415:6 471:10
**possibly (1)**
308:22
**post (9)**
366:20,22 375:2
382:22 384:5,9
395:17 396:4,11
**posted (5)**
328:25 332:12,15,20
389:2
**posting (1)**
382:3
**precipitate (1)**
432:23
**preference (1)**
331:7
**preferred (2)**
329:17 331:2
**prejudice (1)**
477:8
**premises (1)**
357:16
**preparation (1)**
311:11
**prepare (2)**
310:7,10
**prepared (1)**
312:12
**preparing (1)**
469:17
**present (4)**
305:8,18 310:19
349:15
**preserved (1)**
309:7
**pretty (8)**
395:24 408:20 409:20
436:14,17,17
474:17 479:20
**pre-hospital (1)**
338:17
**principals (1)**
402:14
**prior (36)**
313:13 338:10 349:7
359:24 393:18
398:21 401:9,13,16
401:23 402:6,16
403:2,4,7 405:8
407:23 410:2,6,8,11
410:14,20 412:9
414:7,16,19 415:8
420:15,19 456:17
465:18,24 466:4

473:8,12
**proactively (1)**
476:7
**probably (5)**
330:19 394:12 437:2
455:16 478:24
**problem (5)**
320:6,9 341:15 364:3
364:5
**proceeding (3)**
393:17,19 395:25
**PROCEEDINGS (2)**
484:1 485:1
**process (1)**
351:5
**procrastinated (1)**
479:23
**Professional (1)**
303:17
**program (1)**
377:15
**progressive (2)**
325:6,10
**projectionist (1)**
414:13
**prosecutor (2)**
423:20,22
**provided (1)**
313:15
**providing (1)**
313:18
**public (9)**
303:19 339:22 340:3
340:8,13 341:2,14
343:13 484:4
**Publisher (1)**
377:16
**pursuant (2)**
303:15 482:15
**put (10)**
319:13 329:16,19
366:10,13 440:2
441:13,16 454:15
470:20
**putting (2)**
329:24 384:10
**P.C (1)**
304:9
**p.m (2)**
350:21 483:15
**P.O (1)**
307:9

___

## Q

**quarter (1)**
481:16
**question (36)**
306:8 310:4 328:9

340:24,25 342:17
342:23 343:2,5,5,23
349:17,20 350:17
352:2,3 354:20
358:6,8,21 362:21
377:7 384:21
403:18 419:16
421:9,16 422:3
443:9 455:20
458:20 466:10
468:24 471:25
472:10 483:2
**questioning (7)**
308:19,20 424:15,18
471:2 480:7 481:6
**questions (1)**
475:21
**quick (1)**
459:17
**quiet (1)**
480:10
**quite (8)**
389:17,24 390:3,6,7
390:10,15 391:4
**quote (1)**
374:16

___

## R

**R (1)**
484:2
**Radler (3)**
303:14 304:16 308:10
**Rambo (1)**
376:4
**ran (7)**
414:12 417:14 464:9
464:10,20,23 465:3
**range (1)**
333:14
**rat (11)**
379:25 380:6,12
381:2,9,11,14,17,25
382:5,15
**reach (8)**
406:2,3 408:5,6
434:19 439:12
464:7,15
**reached (8)**
434:15,16 458:25
462:15,17 465:25
477:9,10
**reaching (1)**
432:18
**reaction (3)**
411:6,9,10
**read (13)**
324:7 374:25 384:24
411:3 412:3 414:3
426:9,25 427:5

441:19 444:19
460:8 478:4
**reading (2)**
411:16 415:12
**READY (1)**
305:3
**real (1)**
396:25
**really (22)**
311:18 321:4 347:24
348:7 351:13
352:24 354:7 355:9
370:18 378:14
379:24 402:20
409:4 412:15,16
432:4 446:17
450:23 455:6
477:13,14 480:21
**Realtime (1)**
303:17
**reask (1)**
350:16
**Reason (7)**
486:6,11,13,15,17,19
486:21
**recall (195)**
319:11,12,15 321:4
321:16 322:13
328:24 329:3,20,23
329:25 330:22,24
331:5,6,10,16 332:9
332:11,14,19 334:8
335:21,23,25 336:3
336:6 337:5 339:16
344:5 347:15
348:12 353:19,25
354:11 359:9,21
360:14 361:4,13
363:11 364:2 366:3
367:4 369:14
370:18 371:20
373:21 375:21
377:10,11,25 382:2
382:3,13 385:21,23
386:22 389:10
390:18 394:17,18
394:23 395:5
396:20 397:5
398:19,22,23,25
404:13 405:6
406:10 408:10,18
408:24 409:10,16
410:21 412:12,22
412:25 413:3 417:8
417:18 418:20
420:7,11 429:8,11
429:19,24 430:13
430:19 431:9,11
432:4,7,11 434:24

434:25 435:16,17
436:10,11,21
437:16 438:4,10,12
438:15,21 439:21
441:21,23 442:2
443:13,22 444:3,5,8
444:19,24 445:5,15
445:17 447:6,9
448:17 450:16,18
451:24 452:21,23
452:25 453:5,17,19
454:10,13,22 455:3
455:6,8,14,25
457:12,13,16 458:2
458:13,16 459:8,22
460:8,9,13,18 461:7
461:17,21 462:10
462:13,19,21
463:12,16,18
464:19,25 465:5,15
465:21 466:9,17
467:3,17,24 468:2,6
468:9,10 470:15
471:22 472:8 473:3
473:4,6,7,11,14
476:4,12,13 477:3
**receive (6)**
314:13,15 321:17,20
326:9 327:16
**received (12)**
311:23,25 314:11,18
323:3 404:8 411:20
414:5 415:20
425:21,21 435:8
**receiving (4)**
414:8,16,19 455:5
**reception (1)**
403:20
**recognize (5)**
316:22 322:23 360:25
361:3,5
**recollect (2)**
396:22 418:15
**recollection (7)**
323:17 361:9 444:10
463:10 468:22
470:8 473:16
**reconvene (1)**
482:18
**record (22)**
307:8 318:2 391:19
391:21,23 434:7,10
453:24 454:2,4
466:19,21,23,25
470:21 476:21,23
482:7 483:7,10
484:8 486:7
**refer (3)**
375:16,19,22

**referred (2)**
329:17 384:23
**referring (4)**
375:6,8 381:18 419:3
**reflect (1)**
483:11
**reflected (1)**
474:18
**refresh (4)**
361:8 444:10 470:8
473:16
**refrigerator (1)**
351:20
**refuse (1)**
355:19
**regard (1)**
308:18
**regarding (2)**
332:12 471:2
**Registered (1)**
303:16
**regular (2)**
375:3,4
**rehire (1)**
308:18
**reinstate (1)**
330:21
**reiterated (1)**
416:15
**reiterating (2)**
417:21,25
**relate (1)**
479:19
**related (1)**
484:10
**relationship (1)**
374:2
**relevance (2)**
379:2,3
**relevant (10)**
442:4,5,7,20 443:3,7
460:19 468:18,19
480:22
**relief (4)**
365:5,6,7 396:11
**relieve (1)**
344:8 396:8
**remain (1)**
480:10
**remember (12)**
397:16 406:12 416:6
424:2 430:21
444:25 445:17
449:24 450:3 455:2
455:12 464:8
**remembering (1)**
359:16
**remembers (3)**

459:11 460:8 461:11
**remind (2)**
309:13 310:3
**removed (3)**
389:19,20,23
**renew (2)**
477:9,11
**repeat (8)**
328:9 340:23 343:2
384:22 422:3 452:3
458:20 472:3
**report (10)**
313:6 315:2 320:18
338:17 361:15
411:5,7,12 412:3,16
**reported (4)**
302:24 357:23 358:3
397:13
**reporter (7)**
303:17,18,18 307:6
307:22 384:24
470:19
**reporting (3)**
307:21,23 357:16
**reports (4)**
314:10 317:2 320:15
321:15
**represent (1)**
316:14
**reprimanded (2)**
353:12,16
**request (3)**
365:11 426:5 477:11
**requesting (1)**
480:3
**require (6)**
364:15,23 365:11
366:25 368:15
373:18
**required (7)**
341:16 345:7 347:3
364:10 365:21
366:6 368:12
**requires (1)**
368:17
**rescue (1)**
437:10
**research (1)**
477:22
**reserve (2)**
483:2,13
**reserved (2)**
306:8 379:19
**residence (3)**
392:7,12,21
**resident (3)**
392:5 414:11 456:21
**resolve (1)**

482:2
**respect (34)**
314:6,22 328:6,12,20
328:25 329:5,10
331:18,18,23
338:18 346:7
354:13 356:4 357:4
371:2 394:22
410:25 411:12
413:10,25 416:8
422:22 423:5,9,13
425:2 433:17 439:5
454:23 455:4
458:18,23
**respectful (1)**
480:18
**respective (1)**
306:3
**respects (1)**
340:7
**responded (1)**
390:3
**responding (1)**
416:2
**response (11)**
359:19 360:3 365:13
415:18 430:19,21
440:23 447:20
451:12 455:19
476:6
**responsive (1)**
342:23
**rest (2)**
396:12 407:12
**result (2)**
309:15 394:5
**retired (1)**
399:25
**returned (1)**
343:20
**returning (1)**
309:12
**review (5)**
309:20,23 310:22,25
423:21
**reviewed (3)**
311:11 376:20 425:25
**reviewing (1)**
411:11
**rewriting (1)**
433:24
**RexCorp (4)**
303:2,15 304:21
307:17
**Rich (23)**
336:2 395:11,14
396:15 397:9,12
400:16 410:14
430:25 446:8,9

447:14 448:12,13
448:18 449:2,11,21
449:22,25 452:20
453:2,15
**Richard (3)**
393:9 394:14 448:6
**Richie (4)**
446:15 449:7 452:8
459:17
**rig (2)**
437:22,22
**right (29)**
321:7 324:12 335:16
336:12 337:2,23
346:11 350:9
381:13 389:3 409:7
421:12,15,25 422:2
427:23 450:10,14
452:16 455:7
467:13 469:25
471:6 472:19
474:12 477:8
481:10,25 483:2
**rights (1)**
483:13
**Rivkin (3)**
303:14 304:16 308:10
**Road (2)**
304:11 305:6
**rocket (12)**
334:5,14,17 335:12
335:17,24 336:15
339:13 345:4,8
354:3,10
**Rogers (3)**
304:19 435:5,14
**room (2)**
426:23 427:9,18
441:11
**RPR (3)**
302:24 484:4,18
**rules (1)**
482:17
**rum (2)**
354:5,6
**rumor (3)**
393:13,15,18
**run (1)**
464:16
**running (2)**
437:10 465:24

―――――――――
**S**
―――――――――

**s (2)**
304:7 423:20
**safety (3)**
339:22 340:3,8,13
341:2 343:13
**SANCHEZ (1)**

302:14
**sanctions (1)**
309:16
**sandwich (1)**
375:12
**sat (2)**
411:14 414:2
**Saturday (2)**
426:12 427:4
**sausage (5)**
374:16,20,24 375:7,9
**save (1)**
481:17
**saving (1)**
415:5
**saw (13)**
304:11 390:7 418:22
427:25 428:6,6,17
429:6 446:18
460:11 463:13
468:5 471:20
**saying (10)**
332:19 406:15,16
407:6 409:16,17
419:12 444:25
445:18 480:24
**says (21)**
317:13 318:16 324:19
325:9 326:8,25
327:15 357:14
426:12,22 427:15
427:24 428:13
449:11 450:7,22
473:22 474:25
475:3,10,19
**scene (10)**
337:11,21,23 396:13
421:7,12,22 422:5
453:13,16
**schedule (1)**
480:4
**Schnepper (2)**
304:24 308:10
**score (1)**
311:17
**scrap (1)**
458:11
**scratching (1)**
411:15
**sealing (1)**
306:4
**Sean (5)**
461:14 475:3,6,10,13
**season (1)**
398:6
**seasonal (5)**
318:13 320:14 323:18
324:4 395:9
**second (12)**

318:16 319:16 325:5
388:12,15 426:15
426:18 457:19
458:22 466:19
472:22 478:25
**Secretarial (1)**
457:2
**section (1)**
328:3
**secure (1)**
337:20
**see (68)**
317:18 318:9,18
319:18 320:22,24
324:19 325:5,13
326:3,6,11 327:3,18
335:19 336:7,15,17
336:20 338:13,18
339:12,18 357:12
357:20 358:7
376:18 387:15
388:3 390:12,22
397:12 403:19
413:7,12,21 418:23
419:11 426:9 427:9
427:19 428:3,9,11
428:15,20,24 430:5
430:7 435:4,6
441:16 450:9 460:2
469:16,18 470:2,3
472:2,7 473:25
474:5 475:4,8,11,20
475:22 478:22
**seeing (2)**
460:9 465:18
**seek (2)**
398:17 476:8
**seen (16)**
312:4,8,23,25 313:3,4
336:8,9,12 338:25
376:15 384:13,25
387:8 459:2,11
**selling (2)**
372:11,14
**send (2)**
397:23 431:13
**sending (2)**
365:3 416:8
**sense (1)**
451:2
**sent (8)**
395:19,23 397:20,21
416:3,12 417:20
433:24
**sentence (8)**
327:15 426:16,21
427:8,15,24 428:13
475:19
**sentences (2)**

426:17,18
**separate (2)**
316:16 475:16
**sergeant (4)**
352:10,10 404:4
469:23
**sergeant's (2)**
311:13 318:4
**served (1)**
437:5
**service (5)**
302:14 348:6 399:3
456:15,24
**SESSION (2)**
304:24 305:22
**set (4)**
318:15 477:18 484:7
484:14
**seven (8)**
470:21 477:5 478:14
478:17,19 480:15
481:9 483:9
**seven-hour (2)**
477:9,10
**severely (1)**
340:6
**sexual (2)**
373:25 379:6
**Shallick (5)**
447:23 449:13,17
473:24 474:8
**SHEET (1)**
486:1
**shield (3)**
337:18 338:8 460:9
**shift (8)**
345:23 346:9,11
349:7 350:5,12,21
358:12
**shifts (2)**
345:12,20
**Shore (1)**
405:21
**short (3)**
363:17 364:9 374:12
**shorthanded (2)**
346:24 366:7
**shortly (2)**
405:19 414:4
**show (4)**
329:6 370:10,19
396:21
**showed (4)**
321:3 322:5 329:14
429:13
**shower (1)**
396:12
**Side (1)**

370:2
**signature (7)**
317:14,15 319:23,24
469:21 472:19,23
**signed (4)**
306:12,14 361:22
470:2
**similar (1)**
443:9
**simple (2)**
385:8 477:23
**simply (1)**
483:12
**single (1)**
316:17
**sir (2)**
318:10 352:2
**sit (3)**
320:21 351:2,4
**sitting (7)**
324:9 347:2 396:15
400:14 419:23
441:21 458:13
**situation (2)**
347:7 427:25
**situations (2)**
346:21,23
**six (9)**
327:2,7,12 333:14,15
367:20,21 373:11
373:17
**Sky (1)**
457:7
**slander (1)**
379:10
**sleep (2)**
371:11 372:5
**sleeping (2)**
395:21 397:4
**slept (1)**
371:7
**small (3)**
438:11,13 464:17
**Snyder (25)**
302:4 342:8 343:17
358:10 359:6,10
360:4 387:20 411:4
411:5 434:19
439:12 447:17,21
448:4 449:7,12,12
449:13,16,20,21,22
472:9,12
**Snyderized (1)**
389:16
**Snyder's (1)**
360:9
**soaking (1)**
396:9

**social (1)**
362:4
**socialize (1)**
403:10
**sold (1)**
372:8
**sole (3)**
433:16 440:10 454:16
**somebody (8)**
329:14 348:2 384:15
385:2 406:23
417:20 442:6
459:16
**son (2)**
373:22,23
**sorry (5)**
348:14 424:6 446:23
458:20 470:17
**sort (3)**
313:24 361:15 474:15
**sought (2)**
451:25 452:5
**souped-up (1)**
354:4
**space (1)**
450:23
**speak (33)**
332:5 355:10 388:17
395:3 398:20,23
399:2 405:7,11,13
405:15,18 409:25
410:8,11,14 411:18
412:8 416:17
417:10 425:3 433:2
434:22 435:11,14
435:20,23 436:6
438:6 445:22
454:11 465:2
478:10
**speaking (1)**
458:18
**specialist (2)**
305:19 307:22
**specific (1)**
466:10
**specifically (11)**
343:9 363:12 382:6
406:22 408:24
436:6 437:3 449:9
449:24 450:3 467:6
**specifics (1)**
465:16
**speculate (2)**
343:15 446:22
**speculating (1)**
446:21
**speculation (1)**
394:9
**spend (1)**

480:6
**spent (2)**
479:23 480:19
**split (1)**
481:15
**spoke (15)**
405:19 407:23 408:15
430:23,24 433:8
434:15,16 438:24
443:20 449:7
451:19 458:21
462:8,11
**spoken (4)**
394:14,20 414:15
429:13
**squatting (1)**
460:7
**St (2)**
333:17 338:3
**stall (1)**
387:12
**stamp (1)**
326:3
**stamped (2)**
324:24 325:2
**standing (5)**
387:14 405:20 440:20
445:2 460:7
**stands (1)**
390:24
**start (4)**
307:11 312:7 313:10
313:17
**started (4)**
313:12 330:4 393:17
404:22
**starting (1)**
426:18
**starts (1)**
426:11
**state (5)**
303:19 307:7 359:13
385:17 484:5
**stated (2)**
385:22 465:6
**statement (48)**
354:20 385:13 389:8
419:9,14 429:22
430:2,4 431:13
432:12,15 441:20
442:6,10 444:20
445:7 447:11
459:23 460:8,20
461:5,20 462:16,23
463:2,16 465:10,11
465:18 466:2,4,12
467:11,12,15,19,21
469:14 470:6
471:12,15 472:16

473:2,5,9 474:21
475:24 476:8
**statements (2)**
311:7,8,10 411:3,7,12
412:3 414:3 463:9
473:7,12
**STATES (1)**
302:2
**stating (2)**
428:23 481:11
**station (47)**
333:20 334:3,7,10,15
334:21 335:18,24
336:13,15,18
344:25 345:4,8,11
349:3 351:4 377:14
378:5,8,12 387:13
393:9 396:14
397:10 406:8
413:23 414:2,22
436:5,20,23 437:10
437:12,14,18
445:10 446:7,13
447:5 452:9 464:13
466:16 467:14,20
468:5 470:14
**step (1)**
320:10
**steps (3)**
325:11 389:18,23
**stick (5)**
404:21 406:14,18,23
412:19
**Stillman (2)**
402:15 403:5
**stips (1)**
308:14
**STIPULATED (3)**
306:2,6,10
**stop (7)**
388:21,22,24 389:4,6
391:10 446:12
**stopped (1)**
441:14
**story (4)**
417:21,25 436:15
439:24
**straight (1)**
387:16
**street (2)**
346:25 347:3
**streets (4)**
366:11,13,17,21
**strike (13)**
314:19 320:16 328:2
341:7 364:19 388:6
391:3 405:14 431:2
433:12 454:19
465:19 472:14

**strolling (1)**
397:10
**struck (4)**
406:21,25 407:3,10
**structured (1)**
481:7
**stuff (5)**
349:5 351:20 389:4
391:7 393:4
**subdue (1)**
428:18
**subdued (1)**
428:14
**subject (1)**
482:23
**submit (2)**
478:3 482:11
**submitting (1)**
478:25
**Subscribed (1)**
483:18
**subsequent (2)**
402:2,8
**substance (4)**
357:12,15 413:6
414:24
**sudden (1)**
397:9
**Suffolk (11)**
302:13,13 305:5,11
308:11,12 403:21
422:18,25 423:4,8
**Suffolk's (1)**
483:14
**suggest (1)**
482:10
**suggestion (4)**
315:22 478:21 481:11
481:21
**Sullivan (1)**
424:2
**sum (2)**
413:5 414:24
**summary (1)**
361:20
**summons (11)**
318:17 319:3,8,14
320:3 368:4,7,9,12
368:15,17
**summonses (2)**
320:7 402:21
**Sunday (2)**
404:7 434:13
**supervisor's (2)**
317:14 319:24
**supposed (2)**
330:5 346:4
**sure (20)**

309:2 311:18 329:13
343:3 354:8 356:3
358:22 366:12
368:8 375:24
386:10 393:13
395:7 396:21
405:19 420:20
434:4 442:14
448:15 471:13
**surprise (1)**
481:13
**sustained (1)**
437:25
**sworn (6)**
306:11,14 307:4
309:14 483:18
484:7
**system (4)**
325:7,10,16,21

———————————

**T**

**T (2)**
484:2,2
**table (1)**
385:5
**take (34)**
311:13 330:2 338:6
363:22 373:19,19
389:18,23 391:9,15
401:3 407:19
409:11,21 416:19
417:4 421:20
424:21 428:7,10
431:15 433:17
434:3 440:4,13
449:6 453:20
457:17 460:24
461:6 463:15 467:7
476:18 477:4
**taken (9)**
351:3,7 364:16,24
404:10 411:4 434:8
458:10 480:14
**talk (3)**
438:11,13 447:19
**talked (1)**
416:11
**talking (7)**
366:3 389:22 425:8
426:19 427:3 431:5
438:17
**tape (1)**
307:12
**tattletale (2)**
380:15 381:12
**telephone (1)**
378:15
**tell (52)**
309:14 318:24,25

322:6 331:11,14,15
353:4,20 370:25
374:15 389:6
404:17 406:10,17
408:18 412:12
416:13 420:5 428:5
428:6,9,17 430:22
431:10 432:9
436:11,19 437:13
438:10 439:21,23
440:18 444:16
445:16 446:6,11,17
447:3 449:21,25
453:9 457:9 459:8
459:24 460:4,11
461:7 462:5 465:5
465:12 467:18
**telling (5)**
320:2 330:25 404:9
407:9 459:13
**template (1)**
377:17,20,22 378:2
**term (3)**
332:17 380:18 449:10
**terminate (4)**
399:6 400:4,6,15
**terminated (1)**
398:3
**termination (1)**
308:19
**Termini (4)**
305:16 308:11,13
483:12
**terminology (2)**
380:6,8
**terms (3)**
332:21 432:17 480:21
**test (3)**
311:13 318:4,4
**testified (15)**
307:5 323:3 358:2
365:24 382:7
390:15 397:19
399:15 407:22
410:19 425:24
438:25 444:7 454:8
475:25
**testify (1)**
446:24
**testimony (8)**
343:17,24 360:12
365:13,19 452:15
484:6,9
**text (1)**
473:21
**TGS (1)**
307:23
**Thank (4)**
309:12 482:3,4,5

**theater (3)**
414:13,14 417:15
**they'd (1)**
363:24
**thing (14)**
329:21 388:9 410:24
413:9,19,24 416:7
424:25 455:3
458:17,23 463:20
464:14 480:13
**things (4)**
333:6 389:13 393:2
395:16
**think (85)**
315:5 318:21 322:7
324:6 329:15 332:2
333:17 340:7 341:7
341:8,13,14 348:7
351:12 352:16
358:2 359:5 365:24
368:12 375:13
377:16 382:11,16
382:25 383:3,14,16
383:24 384:11,12
402:14 404:15,17
406:13 414:2,12
415:25 416:4 417:3
417:18 419:22
420:23 421:19
423:24 424:8,17
430:18 433:20,22
435:13,25 436:14
437:7 438:7,17
439:3,10 442:4,5,7
442:16,20 443:3,7
443:10 444:9
446:14,19 452:12
455:10 459:20
460:19 461:12,15
463:24 464:9
466:13 467:11,13
468:12,23 473:15
474:11 476:15
479:22
**thinking (1)**
375:11
**thinks (1)**
449:13
**THOMAS (1)**
302:4
**Thompson (2)**
304:3 308:3
**thought (5)**
313:24 318:22 320:10
358:17 382:8
**thousands (2)**
379:18 479:18
**threat (6)**
339:23 340:3,8,13

341:2 343:13
**three (11)**
333:16,18 369:4,9
385:13 402:25
412:17 442:17
447:15 448:11
475:2
**threw (1)**
441:10
**throat (2)**
427:17 441:10
**till (1)**
350:11
**time (86)**
306:9 317:23 318:3
318:12 319:7
336:25 347:13
351:2,3 352:9 359:9
365:6,7 371:18
377:16 382:7,14
391:18,22 392:9
393:8 395:17,18,21
396:4 397:13 399:5
399:11,15,20 400:4
400:7,19 402:12,22
403:22 404:3
408:11,13 411:19
411:22,24 423:23
425:7 433:14 434:3
434:6,9 438:18
439:6,6,15 440:21
444:8 446:2 450:16
453:23 454:3,14
456:5 458:22
459:13,22 460:10
465:20,21 466:8,20
466:24 469:23
470:12 473:4,14
476:20 477:4,16
479:6,13,23 480:17
480:19 482:15,24
483:3,6,15
**times (34)**
333:13,14,15,16
334:9 367:16,18,20
367:21 368:10,25
369:2,4,9,18 371:17
373:3,4,8,9,17
379:18 380:3
392:11,13,17,23
402:24,25 421:2,4
442:17 445:21,25
**title (4)**
317:23 399:10,11
404:3
**today (7)**
309:20 311:19 342:6
400:14 419:23
458:13 481:19

**today's (3)**
310:8,10 311:11
**toilet (1)**
387:15
**told (33)**
319:7 349:16,19
353:7 371:6 374:5
388:22 419:18
425:3 427:10,21
428:20 429:2
430:20 436:14
439:23 441:22
445:14 446:2 448:4
448:9,23 449:18,19
449:20 451:19,23
452:10 461:18,25
465:15 472:12
476:5
**tolerate (1)**
357:15
**Tom (4)**
358:10 359:5 447:21
472:9
**Tommy (1)**
342:8
**top (4)**
318:7 324:19 377:21
450:7
**topics (1)**
479:21
**topped (1)**
354:6
**touch (4)**
453:21 455:17 459:3
464:8
**tough (1)**
347:23
**tour (11)**
337:8 344:9 350:13
356:14,19,21,25
395:20,23 397:20
397:22
**trained (1)**
348:3
**transcript (6)**
309:21,24 390:20,23
478:16 484:8
**transcription (1)**
486:9
**transpired (1)**
432:23
**trial (1)**
306:9
**tried (11)**
415:15,16 434:20
446:6,9 447:4 448:6
448:18 449:7
463:24 477:18
**Trosco (2)**

315:10,21
**truck (6)**
354:14,18,25 355:7
355:15,18
**true (13)**
339:8 342:8 344:7,13
371:6 374:5,9,10,11
378:17 393:14
467:21 484:8
**truth (3)**
309:15 438:10 467:18
**try (3)**
447:10 453:21 482:10
**trying (1)**
385:11
**TSG (1)**
307:20
**tub (2)**
371:8,12
**Tuesday (5)**
463:7,11 470:10,11
470:14
**turn (4)**
324:13 357:8 383:15
483:14
**turned (2)**
423:19 447:2
**Turns (1)**
415:15
**Tutone (2)**
392:2,4
**Tutone's (2)**
392:6,21
**twice (1)**
334:5
**two (16)**
316:15 318:21 332:21
333:5 368:3 369:4,9
389:12 406:20
437:2 457:14
459:13 470:17
475:2 478:9 481:16
**two-minute (1)**
476:18
**two-page (4)**
312:20 316:12 387:5
469:10
**Ty (1)**
336:4
**type (2)**
329:21 393:4
**typed (1)**
443:23
**T-H-E (1)**
383:9

_____
**U**
**Uh-huh (5)**

324:15 382:10 390:17
408:8 428:4
**unable (1)**
434:20
**unacceptable (1)**
324:20
**unanswered (1)**
343:19
**unaware (2)**
313:16 325:22
**underlining (1)**
450:20
**undermines (2)**
341:8,12
**underneath (1)**
389:3
**understand (4)**
309:17 332:18 421:16
421:18
**understanding (6)**
323:14 380:5 448:20
462:15 475:13
478:15
**uniform (3)**
333:11,22 334:9
**Uniondale (5)**
302:19 303:2,15
304:22 307:17
**unit (2)**
422:24 423:2
**UNITED (1)**
302:2
**unlocked (3)**
359:2,7,17
**unsecure (4)**
358:24,25 361:10
364:5
**unsecured (1)**
360:7
**upholds (1)**
325:9
**Upper (1)**
370:2
**urge (1)**
477:19
**urinating (1)**
387:15
**use (26)**
314:12 332:25 333:2
374:19 375:2,4
380:17 381:6
382:15,20,23 383:4
383:7,13,15,17,19
383:21,23,25 384:3
384:9 429:7 460:12
463:14 477:24

_____
**V**

**V (1)**
486:2
**vaguely (2)**
324:6 417:12
**verbal (5)**
329:10 331:18,24
360:10 376:2
**verbally (5)**
330:25 375:20,25
381:24 386:19
**vermin (2)**
380:16 381:14
**versus (2)**
307:15 308:18
**Veterans (1)**
305:14
**victim (1)**
440:12
**video (4)**
305:19 307:21 390:21
390:23
**VIDEOGRAPHER...**
307:11 391:18,22
434:6,9 453:23
454:3 466:20,24
476:20
**videotaped (1)**
307:13
**village (37)**
302:8 304:18 307:15
308:9 314:10,12
322:2,10 323:13
328:6,11,19 329:18
341:4 357:14 362:5
362:9 363:17 364:5
364:9 365:4 366:7
366:22 367:6,11,14
368:7 372:21,22
374:12 399:22
423:21,23 456:23
456:25 464:17
482:25
**violation (1)**
368:11
**violence (3)**
393:4,5,23
**visits (1)**
362:4
**VOLUME (1)**
302:18
**volunteers (1)**
366:18
**voted (1)**
322:11

**W**

**W (2)**
304:13 308:5

**wait (9)**
364:16,23 365:5,6,9
365:12 384:17,17
452:11
**waiting (6)**
411:17 412:5 439:10
440:21,24 451:22
**waived (1)**
306:5
**walk (10)**
307:9 367:15 371:24
372:23 401:7,8,8
413:12,18 445:10
**walked (9)**
371:24 436:18 437:20
439:8 445:3 446:15
447:12 467:13,19
**wall (15)**
386:25 387:13,17
388:10,21,21,23,25
389:4,7,14 391:7
441:10,11 485:16
**walls (2)**
388:18 391:10
**Walter (5)**
336:14 337:14 338:10
363:23,23
**want (19)**
309:13 310:3 349:24
375:13 384:20
390:12,21 391:15
419:11 427:5
442:14 445:11,12
446:3,12 447:19
470:20 478:23
480:25
**wanted (5)**
337:20 350:15 377:6
396:10 417:10
**wants (2)**
397:11 405:2
**wasn't (4)**
335:22 342:22 352:2
368:14 390:2
395:17 419:8
451:21
**watch (2)**
437:22,22
**way (31)**
324:8 325:23 338:21
349:23,24 352:8,12
352:22 355:5
363:11 368:19
371:4 377:10,15,25
390:19 394:18,24
426:13 432:20
434:25 435:17
441:22 450:25
453:6 458:14

468:10 473:3 478:8
481:8 484:12
**ways (1)**
381:7
**weapon (3)**
337:19 338:6 340:10
**wedding (3)**
403:15,16,17
**week (3)**
314:14 435:25 477:19
**weekend (3)**
348:10,15 365:20
**weeks (1)**
480:3
**weight (1)**
432:17
**went (21)**
321:7 337:21,23
342:10 343:19
345:12 371:25
404:16,18 406:14
406:17 413:22
437:21 446:5,11
448:6 457:24 459:5
471:24 472:5,9
**weren't (2)**
320:7 359:24
**Westchester (1)**
310:17
**wet (1)**
396:9
**we'll (5)**
424:21 446:20 449:6
478:2 482:17
**we're (16)**
361:19 379:8,9
391:19,23 400:23
434:7,10 449:5
453:24 454:4
466:21,25 476:19
476:21 478:14
**we've (5)**
379:18 477:10 478:15
481:4 483:11
**WHEREOF (1)**
484:14
**wife (22)**
369:7 370:9,12,13,20
371:23 414:12
415:5,7,9 416:17
417:10,11,14 419:4
419:6,18,20 425:4,5
427:16 438:25
**wife's (1)**
427:17
**Wigdor (2)**
304:3 308:3
**willing (1)**
465:10

**Wilmot (1)**
372:23
**wind (1)**
481:19
**windows (1)**
413:20
**wine (2)**
393:10,21
**witness (25)**
307:3 324:15 342:2,6
361:22 362:17
370:12 379:14
385:10 427:10,22
429:4 446:23
450:21 462:16
469:13 472:15
473:12 479:15,19
480:5 484:6,9,14
486:4
**witnessed (7)**
420:5,8 437:13
459:24 460:5 465:7
465:14
**woman (1)**
372:20
**women (2)**
440:24 451:22
**women's (1)**
440:20
**wood (1)**
387:13
**work (11)**
320:11 329:6 330:12
357:17 397:6
410:22 411:2 424:7
478:22 482:10,12
**worked (4)**
330:15 414:12 457:7
464:4
**working (3)**
331:8 350:21 389:9
**works (1)**
456:23
**wouldn't (4)**
320:9 332:3 411:9
442:3
**would've (2)**
332:2 433:23
**write (8)**
318:16,22 319:2,8
320:3 361:25
381:21 391:9
**writing (18)**
320:7 328:16,16
360:10,11 375:20
375:25 386:19,24
388:9,21,22,25
389:4,6 391:10
440:2 485:16

**written (12)**
311:23 312:8 313:14
314:6,22 318:25
329:8 381:19
387:16 389:14
397:17 482:11
**wrote (11)**
318:21 319:14 387:18
388:14,20,24 389:2
389:3 415:19 451:7
479:14
**Wyckoff (16)**
461:15 463:23,25
464:2,3,3,7,15,21
464:24 465:2 467:4
468:13 469:14
471:14 473:8
**Wyckoff's (1)**
473:13
**W-I-L-M-O-T (1)**
372:24

**X**

**X (2)**
302:3,17

**Y**

**Yager (42)**
414:6,7,15,18 416:9
416:11,13,20
417:16 418:18,21
419:24 420:2
424:21 425:3,22
427:10 428:6
429:12 430:17,23
431:6,16 433:2,18
438:24 439:6,7,18
444:7,16 445:22
447:18 452:22,24
453:3,15 454:7,25
457:20 458:18,22
**Yeager (1)**
431:7
**yeah (70)**
309:5 328:10 336:11
336:11 341:22
343:15 346:12
353:3 356:20 358:5
359:3,12,12 361:12
361:13 366:24
367:10,12,23
369:10 370:24
373:24 375:5 376:2
376:4,4 378:16
380:9,22 385:10,12
385:16 386:20
389:25 394:4 398:5
398:7 405:25 412:7
414:9 415:25 417:7

| | | | |
|---|---|---|---|
| 418:6 422:9,15 | **1:46:07PM (1)** | **1:47:02PM (1)** | **1:48:14PM (1)** | **1:49:17PM (1)** |

418:6 422:9,15
424:20 426:21,21
427:6,13 432:15
433:6,11,22 438:7
445:9,15 446:8
447:2,14 453:17
456:8 458:2,21
462:3 464:11,17
465:23 470:19
475:23
**year (7)**
313:10 315:7 318:22
337:5 359:9 370:17
396:23
**yearly (6)**
313:6,18,25 314:9
315:2 317:2
**years (12)**
329:22,24,25 334:15
373:12,14 391:6,7,8
437:3 445:25
467:24
**yesterday (2)**
310:13 376:11
**York (19)**
302:2,19 303:2,15,19
304:6,6,12,22 305:7
305:15 307:10,17
333:17 372:6
415:16 474:4,9
484:5
**young (2)**
441:2,6

_____
**0**
**04 (1)**
403:2
**07 (4)**
302:7 315:12 316:2
321:15

_____
**1**
**1 (5)**
307:12 322:21 382:9
473:21 486:7
**1-25 (2)**
322:15 485:13
**1-31-08 (1)**
317:17
**1:45:52PM (2)**
434:9,10
**1:45:55PM (1)**
434:11
**1:45:56PM (1)**
434:12
**1:45:59PM (1)**
434:13
**1:46:02PM (1)**
434:14

**1:46:07PM (1)**
434:15
**1:46:09PM (1)**
434:16
**1:46:13PM (3)**
434:17,18,19
**1:46:15PM (1)**
434:20
**1:46:20PM (1)**
434:21
**1:46:21PM (1)**
434:22
**1:46:23PM (1)**
434:23
**1:46:26PM (2)**
434:24,25
**1:46:28PM (1)**
435:2
**1:46:29PM (1)**
435:3
**1:46:32PM (1)**
435:4
**1:46:36PM (1)**
435:5
**1:46:37PM (1)**
435:6
**1:46:38PM (1)**
435:7
**1:46:39PM (1)**
435:8
**1:46:41PM (1)**
435:9
**1:46:43PM (2)**
435:10,11
**1:46:45PM (1)**
435:12
**1:46:46PM (1)**
435:13
**1:46:47PM (1)**
435:14
**1:46:49PM (1)**
435:15
**1:46:52PM (1)**
435:16
**1:46:53PM (1)**
435:17
**1:46:54PM (1)**
435:18
**1:46:55PM (2)**
435:19,20
**1:46:57PM (1)**
435:21
**1:46:59PM (1)**
435:22
**1:47 (1)**
434:9
**1:47:01PM (1)**
435:23

**1:47:02PM (1)**
435:24
**1:47:05PM (1)**
435:25
**1:47:09PM (1)**
436:2
**1:47:11PM (1)**
436:3
**1:47:13PM (1)**
436:4
**1:47:15PM (1)**
436:5
**1:47:19PM (1)**
436:6
**1:47:21PM (1)**
436:7
**1:47:24PM (1)**
436:8
**1:47:26PM (1)**
436:9
**1:47:27PM (1)**
436:10
**1:47:29PM (1)**
436:11
**1:47:30PM (1)**
436:12
**1:47:33PM (2)**
436:13,14
**1:47:36PM (1)**
436:15
**1:47:40PM (1)**
436:16
**1:47:46PM (1)**
436:17
**1:47:49PM (1)**
436:18
**1:47:50PM (1)**
436:19
**1:47:52PM (1)**
436:20
**1:47:54PM (1)**
436:21
**1:47:56PM (1)**
436:22
**1:47:58PM (1)**
436:23
**1:48:00PM (1)**
436:24
**1:48:01PM (1)**
436:25
**1:48:08PM (1)**
437:2
**1:48:09PM (1)**
437:3
**1:48:11PM (1)**
437:4
**1:48:12PM (1)**
437:5

**1:48:14PM (1)**
437:6
**1:48:16PM (1)**
437:7
**1:48:17PM (1)**
437:8
**1:48:19PM (1)**
437:9
**1:48:20PM (1)**
437:10
**1:48:23PM (1)**
437:11
**1:48:25PM (1)**
437:12
**1:48:28PM (1)**
437:13
**1:48:29PM (1)**
437:14
**1:48:31PM (1)**
437:15
**1:48:32PM (1)**
437:16
**1:48:33PM (1)**
437:17
**1:48:35PM (1)**
437:18
**1:48:36PM (1)**
437:19
**1:48:37PM (1)**
437:20
**1:48:39PM (1)**
437:21
**1:48:42PM (1)**
437:22
**1:48:47PM (1)**
437:23
**1:48:49PM (1)**
437:24
**1:48:51PM (1)**
437:25
**1:48:53PM (1)**
438:2
**1:48:55PM (1)**
438:3
**1:48:56PM (1)**
438:4
**1:49:04PM (1)**
438:5
**1:49:06PM (1)**
438:6
**1:49:10PM (1)**
438:7
**1:49:11PM (1)**
438:8
**1:49:13PM (1)**
438:9
**1:49:15PM (1)**
438:10

**1:49:17PM (1)**
438:11
**1:49:18PM (1)**
438:12
**1:49:20PM (1)**
438:13
**1:49:21PM (1)**
438:14
**1:49:22PM (1)**
438:15
**1:49:23PM (1)**
438:16
**1:49:28PM (1)**
438:17
**1:49:30PM (1)**
438:18
**1:49:33PM (1)**
438:19
**1:49:34PM (1)**
438:20
**1:49:37PM (1)**
438:21
**1:49:39PM (1)**
438:22
**1:49:43PM (1)**
438:23
**1:49:47PM (1)**
438:24
**1:49:52PM (1)**
438:25
**1:49:55PM (1)**
439:2
**1:49:56PM (1)**
439:3
**1:49:58PM (1)**
439:4
**1:49:59PM (1)**
439:5
**1:50:01PM (1)**
439:6
**1:50:04PM (1)**
439:7
**1:50:05PM (1)**
439:8
**1:50:07PM (1)**
439:9
**1:50:10PM (1)**
439:10
**1:50:15PM (1)**
439:11
**1:50:19PM (1)**
439:12
**1:50:21PM (1)**
439:13
**1:50:22PM (1)**
439:14
**1:50:24PM (1)**
439:15

| | | | | |
|---|---|---|---|---|
| **1:50:26PM (1)** | **1:51:44PM (1)** | **1:52:59PM (1)** | **1:53:52PM (1)** | **1:55:34PM (1)** |
| 439:16 | 440:24 | 442:6 | 443:24 | 445:8 |
| **1:50:28PM (1)** | **1:51:47PM (1)** | **1:53:01PM (1)** | **1:53:53PM (1)** | **1:55:35PM (1)** |
| 439:17 | 440:25 | 442:7 | 443:25 | 445:9 |
| **1:50:36PM (1)** | **1:51:52PM (1)** | **1:53:03PM (1)** | **1:53:54PM (1)** | **1:55:37PM (1)** |
| 439:18 | 441:2 | 442:8 | 444:2 | 445:10 |
| **1:50:39PM (2)** | **1:51:54PM (1)** | **1:53:05PM (1)** | **1:53:55PM (1)** | **1:55:39PM (1)** |
| 439:19,20 | 441:3 | 442:9 | 444:3 | 445:11 |
| **1:50:40PM (1)** | **1:51:57PM (1)** | **1:53:07PM (2)** | **1:53:57PM (1)** | **1:55:41PM (1)** |
| 439:21 | 441:4 | 442:10,11 | 444:4 | 445:12 |
| **1:50:41PM (1)** | **1:52:01PM (1)** | **1:53:08PM (1)** | **1:54:03PM (1)** | **1:55:45PM (1)** |
| 439:22 | 441:5 | 442:12 | 444:5 | 445:13 |
| **1:50:43PM (1)** | **1:52:05PM (1)** | **1:53:09PM (1)** | **1:54:04PM (1)** | **1:55:47PM (1)** |
| 439:23 | 441:6 | 442:13 | 444:6 | 445:14 |
| **1:50:46PM (1)** | **1:52:08PM (1)** | **1:53:10PM (2)** | **1:54:08PM (1)** | **1:55:48PM (1)** |
| 439:24 | 441:7 | 442:14,15 | 444:7 | 445:15 |
| **1:50:50PM (1)** | **1:52:12PM (1)** | **1:53:12PM (2)** | **1:54:11PM (1)** | **1:55:51PM (1)** |
| 439:25 | 441:8 | 442:16,17 | 444:8 | 445:16 |
| **1:50:54PM (1)** | **1:52:14PM (1)** | **1:53:14PM (3)** | **1:54:13PM (1)** | **1:55:52PM (1)** |
| 440:2 | 441:9 | 442:18,19,20 | 444:9 | 445:17 |
| **1:50:56PM (1)** | **1:52:18PM (1)** | **1:53:16PM (2)** | **1:54:15PM (1)** | **1:55:54PM (1)** |
| 440:3 | 441:10 | 442:21,22 | 444:10 | 445:18 |
| **1:51:01PM (1)** | **1:52:21PM (1)** | **1:53:17PM (3)** | **1:54:16PM (1)** | **1:55:55PM (1)** |
| 440:4 | 441:11 | 442:23,24 443:2 | 444:11 | 445:19 |
| **1:51:04PM (1)** | **1:52:25PM (1)** | **1:53:18PM (4)** | **1:54:29PM (3)** | **1:55:57PM (1)** |
| 440:5 | 441:12 | 443:3,4,5,6 | 444:12,13,14 | 445:20 |
| **1:51:05PM (2)** | **1:52:27PM (1)** | **1:53:19PM (1)** | **1:54:48PM (1)** | **1:55:59PM (1)** |
| 440:6,7 | 441:13 | 443:7 | 444:15 | 445:21 |
| **1:51:07PM (1)** | **1:52:31PM (1)** | **1:53:20PM (1)** | **1:54:51PM (1)** | **1:56:01PM (1)** |
| 440:8 | 441:14 | 443:8 | 444:16 | 445:22 |
| **1:51:09PM (1)** | **1:52:34PM (1)** | **1:53:22PM (1)** | **1:54:54PM (1)** | **1:56:03PM (1)** |
| 440:9 | 441:15 | 443:9 | 444:17 | 445:23 |
| **1:51:11PM (1)** | **1:52:35PM (1)** | **1:53:24PM (1)** | **1:54:56PM (1)** | **1:56:05PM (1)** |
| 440:10 | 441:16 | 443:10 | 444:18 | 445:24 |
| **1:51:14PM (1)** | **1:52:37PM (1)** | **1:53:28PM (1)** | **1:55:00PM (1)** | **1:56:08PM (1)** |
| 440:11 | 441:17 | 443:11 | 444:19 | 445:25 |
| **1:51:17PM (1)** | **1:52:39PM (1)** | **1:53:29PM (1)** | **1:55:03PM (2)** | **1:56:14PM (1)** |
| 440:12 | 441:18 | 443:12 | 444:20,21 | 446:2 |
| **1:51:20PM (1)** | **1:52:40PM (1)** | **1:53:32PM (1)** | **1:55:05PM (1)** | **1:56:16PM (1)** |
| 440:13 | 441:19 | 443:13 | 444:22 | 446:3 |
| **1:51:22PM (1)** | **1:52:42PM (2)** | **1:53:34PM (2)** | **1:55:10PM (1)** | **1:56:19PM (1)** |
| 440:14 | 441:20,21 | 443:14,15 | 444:23 | 446:4 |
| **1:51:23PM (1)** | **1:52:44PM (1)** | **1:53:35PM (1)** | **1:55:12PM (1)** | **1:56:25PM (1)** |
| 440:15 | 441:22 | 443:16 | 444:24 | 446:5 |
| **1:51:24PM (1)** | **1:52:46PM (1)** | **1:53:41PM (1)** | **1:55:15PM (1)** | **1:56:36PM (1)** |
| 440:16 | 441:23 | 443:17 | 444:25 | 446:6 |
| **1:51:25PM (2)** | **1:52:47PM (1)** | **1:53:43PM (1)** | **1:55:17PM (1)** | **1:56:38PM (1)** |
| 440:17,18 | 441:24 | 443:18 | 445:2 | 446:7 |
| **1:51:29PM (1)** | **1:52:49PM (1)** | **1:53:44PM (1)** | **1:55:20PM (1)** | **1:56:41PM (1)** |
| 440:19 | 441:25 | 443:19 | 445:3 | 446:8 |
| **1:51:30PM (1)** | **1:52:50PM (1)** | **1:53:45PM (1)** | **1:55:23PM (1)** | **1:56:43PM (1)** |
| 440:20 | 442:2 | 443:20 | 445:4 | 446:9 |
| **1:51:35PM (1)** | **1:52:52PM (1)** | **1:53:47PM (1)** | **1:55:27PM (1)** | **1:56:45PM (1)** |
| 440:21 | 442:3 | 443:21 | 445:5 | 446:10 |
| **1:51:37PM (1)** | **1:52:55PM (1)** | **1:53:48PM (1)** | **1:55:29PM (1)** | **1:56:46PM (1)** |
| 440:22 | 442:4 | 443:22 | 445:6 | 446:11 |
| **1:51:41PM (1)** | **1:52:57PM (1)** | **1:53:49PM (1)** | **1:55:31PM (1)** | **1:56:49PM (1)** |
| 440:23 | 442:5 | 443:23 | 445:7 | 446:12 |

| | | | | |
|---|---|---|---|---|
| **1:56:51PM (1)** | **1:58:09PM (1)** | **1:59:14PM (1)** | 307:16 | 308:25 |
| 446:13 | 447:20 | 449:5 | **10:28:06AM (1)** | **10:29:18AM (1)** |
| **1:56:52PM (1)** | **1:58:15PM (1)** | **1:59:19PM (1)** | 307:17 | 309:2 |
| 446:14 | 447:21 | 449:6 | **10:28:11AM (1)** | **10:29:19AM (1)** |
| **1:56:54PM (1)** | **1:58:18PM (1)** | **1:59:23PM (1)** | 307:18 | 309:3 |
| 446:15 | 447:22 | 449:7 | **10:28:12AM (1)** | **10:29:20AM (1)** |
| **1:56:57PM (1)** | **1:58:23PM (1)** | **1:59:26PM (1)** | 307:19 | 309:4 |
| 446:16 | 447:23 | 449:8 | **10:28:13AM (1)** | **10:29:21AM (1)** |
| **1:57:00PM (1)** | **1:58:25PM (1)** | **1:59:30PM (1)** | 307:20 | 309:5 |
| 446:17 | 447:24 | 449:9 | **10:28:16AM (1)** | **10:29:22AM (1)** |
| **1:57:02PM (1)** | **1:58:27PM (1)** | **1:59:33PM (1)** | 307:21 | 309:6 |
| 446:18 | 447:25 | 449:10 | **10:28:18AM (1)** | **10:29:26AM (1)** |
| **1:57:06PM (1)** | **1:58:28PM (1)** | **1:59:37PM (1)** | 307:22 | 309:7 |
| 446:19 | 448:2 | 449:11 | **10:28:19AM (1)** | **10:29:27AM (1)** |
| **1:57:08PM (1)** | **1:58:30PM (2)** | **1:59:40PM (1)** | 307:23 | 309:8 |
| 446:20 | 448:3,4 | 449:12 | **10:28:20AM (3)** | **10:29:28AM (1)** |
| **1:57:10PM (1)** | **1:58:33PM (1)** | **1:59:43PM (1)** | 307:24,25 308:2 | 309:9 |
| 446:21 | 448:5 | 449:13 | **10:28:25AM (1)** | **10:29:29AM (1)** |
| **1:57:11PM (1)** | **1:58:35PM (1)** | **1:59:47PM (2)** | 308:3 | 309:10 |
| 446:22 | 448:6 | 449:14,15 | **10:28:28AM (2)** | **10:29:30AM (1)** |
| **1:57:13PM (2)** | **1:58:40PM (1)** | **1:59:49PM (1)** | 308:4,5 | 309:11 |
| 446:23,24 | 448:7 | 449:16 | **10:28:29AM (1)** | **10:29:31AM (1)** |
| **1:57:14PM (1)** | **1:58:43PM (1)** | **1:59:52PM (1)** | 308:6 | 309:12 |
| 446:25 | 448:8 | 449:17 | **10:28:31AM (1)** | **10:29:32AM (1)** |
| **1:57:15PM (1)** | **1:58:44PM (1)** | **1:59:53PM (1)** | 308:7 | 309:13 |
| 447:2 | 448:9 | 449:18 | **10:28:33AM (2)** | **10:29:33AM (1)** |
| **1:57:16PM (1)** | **1:58:46PM (1)** | **1:59:56PM (1)** | 308:8,9 | 309:14 |
| 447:3 | 448:10 | 449:19 | **10:28:35AM (1)** | **10:29:34AM (1)** |
| **1:57:19PM (1)** | **1:58:47PM (1)** | **1:59:57PM (1)** | 308:10 | 309:15 |
| 447:4 | 448:11 | 449:20 | **10:28:39AM (1)** | **10:29:36AM (2)** |
| **1:57:22PM (2)** | **1:58:49PM (1)** | **1:59:58PM (1)** | 308:11 | 309:16,17 |
| 447:5,6 | 448:12 | 449:21 | **10:28:40AM (1)** | **10:29:37AM (1)** |
| **1:57:23PM (1)** | **1:58:51PM (1)** | **1:59:59PM (1)** | 308:12 | 309:18 |
| 447:7 | 448:13 | 449:22 | **10:28:41AM (1)** | **10:29:38AM (1)** |
| **1:57:25PM (1)** | **1:58:53PM (2)** | **10 (8)** | 308:13 | 309:19 |
| 447:8 | 448:14,15 | 322:16,19 326:3 | **10:28:55AM (1)** | **10:29:41AM (1)** |
| **1:57:28PM (1)** | **1:58:55PM (1)** | 357:8 416:11 | 308:14 | 309:20 |
| 447:9 | 448:16 | 438:16 459:20 | **10:28:57AM (1)** | **10:29:44AM (1)** |
| **1:57:43PM (1)** | **1:58:56PM (2)** | 485:13 | 308:15 | 309:21 |
| 447:10 | 448:17,18 | **10-29-04 (1)** | **10:28:59AM (1)** | **10:29:47AM (2)** |
| **1:57:46PM (1)** | **1:58:59PM (1)** | 450:8 | 308:16 | 309:22,23 |
| 447:11 | 448:19 | **10-30 (1)** | **10:29:01AM (1)** | **10:29:48AM (1)** |
| **1:57:48PM (1)** | **1:59:02PM (1)** | 451:3 | 308:17 | 309:24 |
| 447:12 | 448:20 | **10/3 (1)** | **10:29:02AM (1)** | **10:29:50AM (2)** |
| **1:57:51PM (1)** | **1:59:03PM (2)** | 450:22 | 308:18 | 309:25 310:2 |
| 447:13 | 448:21,22 | **10:00 (1)** | **10:29:04AM (1)** | **10:29:52AM (1)** |
| **1:57:53PM (1)** | **1:59:05PM (1)** | 303:4 | 308:19 | 310:3 |
| 447:14 | 448:23 | **10:27:46AM (1)** | **10:29:06AM (1)** | **10:29:54AM (1)** |
| **1:57:55PM (1)** | **1:59:06PM (1)** | 307:11 | 308:20 | 310:4 |
| 447:15 | 448:24 | **10:27:47AM (1)** | **10:29:08AM (1)** | **10:29:56AM (2)** |
| **1:57:58PM (1)** | **1:59:07PM (1)** | 307:12 | 308:21 | 310:5,6 |
| 447:16 | 448:25 | **10:27:49AM (1)** | **10:29:09AM (1)** | **10:29:57AM (1)** |
| **1:58:01PM (1)** | **1:59:09PM (1)** | 307:13 | 308:22 | 310:7 |
| 447:17 | 449:2 | **10:27:52AM (1)** | **10:29:10AM (1)** | **10:29:58AM (1)** |
| **1:58:03PM (1)** | **1:59:10PM (1)** | 307:14 | 308:23 | 310:8 |
| 447:18 | 449:3 | **10:27:56AM (1)** | **10:29:13AM (1)** | **10:30 (1)** |
| **1:58:07PM (1)** | **1:59:12PM (1)** | 307:15 | 308:24 | 307:19 |
| 447:19 | 449:4 | **10:28:00AM (1)** | **10:29:15AM (1)** | **10:30:00AM (2)** |

| | | | | |
|---|---|---|---|---|
| 310:9,10 | 311:17 | 313:2,3 | 314:8 | 315:13,14 |
| **10:30:03AM (2)** | **10:31:04AM (1)** | **10:32:39AM (1)** | **10:33:47AM (1)** | **10:35:01AM (2)** |
| 310:11,12 | 311:18 | 313:4 | 314:9 | 315:15,16 |
| **10:30:05AM (1)** | **10:31:07AM (1)** | **10:32:40AM (1)** | **10:33:53AM (1)** | **10:35:04AM (1)** |
| 310:13 | 311:19 | 313:5 | 314:10 | 315:17 |
| **10:30:07AM (1)** | **10:31:08AM (1)** | **10:32:41AM (1)** | **10:33:56AM (1)** | **10:35:06AM (1)** |
| 310:14 | 311:20 | 313:6 | 314:11 | 315:18,19 |
| **10:30:09AM (1)** | **10:31:10AM (2)** | **10:32:43AM (1)** | **10:33:59AM (1)** | **10:35:10AM (2)** |
| 310:15 | 311:21,22 | 313:7 | 314:12 | 315:20,21 |
| **10:30:10AM (1)** | **10:31:12AM (1)** | **10:32:45AM (1)** | **10:34:01AM (1)** | **10:35:13AM (1)** |
| 310:16 | 311:23 | 313:8 | 314:13 | 315:22 |
| **10:30:12AM (1)** | **10:31:14AM (1)** | **10:32:46AM (1)** | **10:34:02AM (1)** | **10:35:14AM (1)** |
| 310:17 | 311:24 | 313:9 | 314:14 | 315:23 |
| **10:30:14AM (1)** | **10:31:16AM (1)** | **10:32:47AM (1)** | **10:34:05AM (1)** | **10:35:15AM (1)** |
| 310:18 | 311:25 | 313:10 | 314:15 | 315:24 |
| **10:30:15AM (1)** | **10:31:17AM (1)** | **10:32:49AM (1)** | **10:34:06AM (1)** | **10:35:21AM (1)** |
| 310:19 | 312:2 | 313:11 | 314:16 | 315:25 |
| **10:30:17AM (2)** | **10:31:18AM (1)** | **10:32:51AM (1)** | **10:34:11AM (1)** | **10:35:24AM (1)** |
| 310:20,21 | 312:3 | 313:12 | 314:17 | 316:2 |
| **10:30:18AM (1)** | **10:31:19AM (1)** | **10:32:53AM (1)** | **10:34:12AM (1)** | **10:35:27AM (1)** |
| 310:22 | 312:4 | 313:13 | 314:18 | 316:3 |
| **10:30:21AM (1)** | **10:31:21AM (1)** | **10:32:56AM (1)** | **10:34:14AM (1)** | **10:35:28AM (1)** |
| 310:23 | 312:5 | 313:14 | 314:19 | 316:4 |
| **10:30:23AM (1)** | **10:31:23AM (2)** | **10:33:00AM (1)** | **10:34:16AM (1)** | **10:35:31AM (1)** |
| 310:24 | 312:6,7 | 313:15 | 314:20 | 316:5 |
| **10:30:24AM (1)** | **10:31:25AM (1)** | **10:33:02AM (1)** | **10:34:19AM (1)** | **10:36:04AM (1)** |
| 310:25 | 312:8 | 313:16 | 314:21 | 316:6 |
| **10:30:28AM (1)** | **10:31:28AM (1)** | **10:33:06AM (1)** | **10:34:21AM (1)** | **10:36:06AM (3)** |
| 311:2 | 312:9 | 313:17 | 314:22 | 316:7,8,9 |
| **10:30:29AM (1)** | **10:31:30AM (1)** | **10:33:09AM (1)** | **10:34:25AM (1)** | **10:36:46AM (2)** |
| 311:3 | 312:10 | 313:18 | 314:23 | 316:10,11 |
| **10:30:31AM (1)** | **10:31:34AM (1)** | **10:33:11AM (1)** | **10:34:26AM (1)** | **10:36:49AM (1)** |
| 311:4 | 312:11 | 313:19 | 314:24 | 316:12 |
| **10:30:33AM (1)** | **10:31:36AM (1)** | **10:33:13AM (1)** | **10:34:28AM (1)** | **10:36:53AM (1)** |
| 311:5 | 312:12 | 313:20 | 314:25 | 316:13 |
| **10:30:37AM (1)** | **10:31:37AM (1)** | **10:33:14AM (1)** | **10:34:30AM (1)** | **10:36:57AM (1)** |
| 311:6 | 312:13 | 313:21 | 315:2 | 316:14 |
| **10:30:43AM (1)** | **10:31:41AM (1)** | **10:33:15AM (1)** | **10:34:33AM (1)** | **10:37:00AM (1)** |
| 311:7 | 312:14 | 313:22 | 315:3 | 316:15 |
| **10:30:46AM (1)** | **10:31:43AM (3)** | **10:33:17AM (1)** | **10:34:35AM (1)** | **10:37:02AM (1)** |
| 311:8 | 312:15,16,17 | 313:23 | 315:4 | 316:16 |
| **10:30:47AM (1)** | **10:32:19AM (1)** | **10:33:20AM (1)** | **10:34:36AM (1)** | **10:37:04AM (1)** |
| 311:9 | 312:18 | 313:24 | 315:5 | 316:17 |
| **10:30:50AM (1)** | **10:32:21AM (1)** | **10:33:24AM (1)** | **10:34:37AM (1)** | **10:37:06AM (1)** |
| 311:10 | 312:19 | 313:25 | 315:6 | 316:18 |
| **10:30:53AM (1)** | **10:32:24AM (1)** | **10:33:29AM (1)** | **10:34:40AM (1)** | **10:37:08AM (1)** |
| 311:11 | 312:20 | 314:2 | 315:7 | 316:19 |
| **10:30:54AM (1)** | **10:32:26AM (1)** | **10:33:30AM (1)** | **10:34:42AM (1)** | **10:37:14AM (1)** |
| 311:12 | 312:21 | 314:3 | 315:8 | 316:20 |
| **10:30:55AM (1)** | **10:32:29AM (1)** | **10:33:32AM (1)** | **10:34:43AM (1)** | **10:37:16AM (2)** |
| 311:13 | 312:22 | 314:4 | 315:9 | 316:21,22 |
| **10:30:57AM (1)** | **10:32:30AM (1)** | **10:33:36AM (1)** | **10:34:44AM (1)** | **10:37:18AM (1)** |
| 311:14 | 312:23 | 314:5 | 315:10 | 316:23 |
| **10:30:58AM (1)** | **10:32:32AM (1)** | **10:33:38AM (1)** | **10:34:49AM (1)** | **10:37:21AM (2)** |
| 311:15 | 312:24 | 314:6 | 315:11 | 316:24,25 |
| **10:30:59AM (1)** | **10:32:35AM (1)** | **10:33:42AM (1)** | **10:34:51AM (1)** | **10:37:23AM (1)** |
| 311:16 | 312:25 | 314:7 | 315:12 | 317:2 |
| **10:31:01AM (1)** | **10:32:37AM (2)** | **10:33:45AM (1)** | **10:34:53AM (2)** | **10:37:27AM (1)** |

| | | | | |
|---|---|---|---|---|
| 317:3 | 318:18,19 | 320:6 | 321:16 | 323:2 |
| **10:37:32AM (2)** | **10:38:38AM (1)** | **10:39:47AM (1)** | **10:40:57AM (1)** | **10:42:53AM (1)** |
| 317:4,5 | 318:20 | 320:7 | 321:17 | 323:3 |
| **10:37:35AM (1)** | **10:38:39AM (1)** | **10:39:50AM (1)** | **10:40:59AM (1)** | **10:42:54AM (1)** |
| 317:6 | 318:21 | 320:8 | 321:18 | 323:4 |
| **10:37:36AM (1)** | **10:38:42AM (1)** | **10:39:51AM (1)** | **10:41:01AM (1)** | **10:42:56AM (1)** |
| 317:7 | 318:22 | 320:9 | 321:19 | 323:5 |
| **10:37:38AM (3)** | **10:38:44AM (1)** | **10:39:54AM (1)** | **10:41:03AM (1)** | **10:42:58AM (1)** |
| 317:8,9,10 | 318:23 | 320:10 | 321:20 | 323:6 |
| **10:37:41AM (1)** | **10:38:45AM (1)** | **10:39:56AM (1)** | **10:41:05AM (1)** | **10:43:01AM (1)** |
| 317:11 | 318:24 | 320:11 | 321:21 | 323:7 |
| **10:37:43AM (2)** | **10:38:46AM (1)** | **10:39:57AM (1)** | **10:41:14AM (1)** | **10:43:05AM (2)** |
| 317:12,13 | 318:25 | 320:12 | 321:22 | 323:8,9 |
| **10:37:46AM (1)** | **10:38:49AM (1)** | **10:40:01AM (2)** | **10:41:22AM (1)** | **10:43:06AM (1)** |
| 317:14 | 319:2 | 320:13,14 | 321:23 | 323:10 |
| **10:37:48AM (1)** | **10:38:52AM (1)** | **10:40:03AM (1)** | **10:41:24AM (1)** | **10:43:08AM (1)** |
| 317:15 | 319:3 | 320:15 | 321:24 | 323:11 |
| **10:37:49AM (2)** | **10:38:54AM (1)** | **10:40:06AM (1)** | **10:41:28AM (3)** | **10:43:09AM (1)** |
| 317:16,17 | 319:4 | 320:16 | 321:25 322:2,3 | 323:12 |
| **10:37:52AM (1)** | **10:38:55AM (2)** | **10:40:09AM (1)** | **10:41:32AM (1)** | **10:43:10AM (1)** |
| 317:18 | 319:5,6 | 320:17 | 322:4 | 323:13 |
| **10:37:53AM (2)** | **10:38:58AM (1)** | **10:40:11AM (1)** | **10:41:35AM (1)** | **10:43:15AM (1)** |
| 317:19,20 | 319:7 | 320:18 | 322:5 | 323:14 |
| **10:37:54AM (1)** | **10:39:01AM (1)** | **10:40:16AM (1)** | **10:41:38AM (1)** | **10:43:17AM (1)** |
| 317:21 | 319:8 | 320:19 | 322:6 | 323:15 |
| **10:37:55AM (2)** | **10:39:04AM (2)** | **10:40:18AM (2)** | **10:41:40AM (1)** | **10:43:19AM (1)** |
| 317:22,23 | 319:9,10 | 320:20,21 | 322:7 | 323:16 |
| **10:37:57AM (1)** | **10:39:06AM (1)** | **10:40:22AM (1)** | **10:41:43AM (1)** | **10:43:20AM (1)** |
| 317:24 | 319:11 | 320:22 | 322:8 | 323:17 |
| **10:38:01AM (1)** | **10:39:08AM (1)** | **10:40:25AM (2)** | **10:41:46AM (1)** | **10:43:22AM (1)** |
| 317:25 | 319:12 | 320:23,24 | 322:9 | 323:18 |
| **10:38:06AM (1)** | **10:39:09AM (1)** | **10:40:27AM (2)** | **10:41:47AM (1)** | **10:43:23AM (1)** |
| 318:2 | 319:13 | 320:25 321:2 | 322:10 | 323:19 |
| **10:38:08AM (1)** | **10:39:12AM (1)** | **10:40:28AM (1)** | **10:41:49AM (1)** | **10:43:24AM (1)** |
| 318:3 | 319:14 | 321:3 | 322:11 | 323:20 |
| **10:38:11AM (1)** | **10:39:15AM (1)** | **10:40:30AM (1)** | **10:41:51AM (1)** | **10:43:25AM (1)** |
| 318:4 | 319:15 | 321:4 | 322:12 | 323:21 |
| **10:38:15AM (1)** | **10:39:27AM (1)** | **10:40:32AM (1)** | **10:41:53AM (1)** | **10:43:26AM (1)** |
| 318:5 | 319:16 | 321:5 | 322:13 | 323:22 |
| **10:38:16AM (2)** | **10:39:29AM (1)** | **10:40:34AM (1)** | **10:41:58AM (1)** | **10:43:27AM (1)** |
| 318:6,7 | 319:17 | 321:6 | 322:14 | 323:23 |
| **10:38:19AM (2)** | **10:39:32AM (2)** | **10:40:35AM (1)** | **10:41:59AM (3)** | **10:43:31AM (1)** |
| 318:8,9 | 319:18,19 | 321:7 | 322:15,16,17 | 323:24 |
| **10:38:20AM (2)** | **10:39:33AM (1)** | **10:40:37AM (1)** | **10:42:34AM (1)** | **10:43:32AM (1)** |
| 318:10,11 | 319:20 | 321:8 | 322:18 | 323:25 |
| **10:38:21AM (1)** | **10:39:34AM (1)** | **10:40:40AM (2)** | **10:42:35AM (1)** | **10:43:33AM (1)** |
| 318:12 | 319:21 | 321:9,10 | 322:19 | 324:2 |
| **10:38:23AM (1)** | **10:39:35AM (2)** | **10:40:42AM (1)** | **10:42:37AM (1)** | **10:43:37AM (1)** |
| 318:13 | 319:22,23 | 321:11 | 322:20 | 324:3 |
| **10:38:26AM (1)** | **10:39:36AM (1)** | **10:40:44AM (1)** | **10:42:41AM (1)** | **10:43:38AM (1)** |
| 318:14 | 319:24 | 321:12 | 322:21 | 324:4 |
| **10:38:30AM (1)** | **10:39:38AM (2)** | **10:40:46AM (1)** | **10:42:45AM (1)** | **10:43:41AM (2)** |
| 318:15 | 319:25 320:2 | 321:13 | 322:22 | 324:5,6 |
| **10:38:32AM (1)** | **10:39:42AM (1)** | **10:40:47AM (1)** | **10:42:46AM (1)** | **10:43:43AM (1)** |
| 318:16 | 320:3 | 321:14 | 322:23 | 324:7 |
| **10:38:36AM (1)** | **10:39:45AM (1)** | **10:40:49AM (1)** | **10:42:51AM (2)** | **10:43:44AM (1)** |
| 318:17 | 320:4,5 | 321:15 | 322:24,25 | 324:8 |
| **10:38:37AM (2)** | **10:39:46AM (1)** | **10:40:53AM (1)** | **10:42:52AM (1)** | **10:43:45AM (1)** |

| | | | | |
|---|---|---|---|---|
| 324:9 | 325:21 | 327:8 | 328:14 | 329:20 |
| **10:43:48AM (1)** | **10:45:01AM (1)** | **10:46:01AM (2)** | **10:47:00AM (1)** | **10:48:19AM (1)** |
| 324:10 | 325:22 | 327:9,10 | 328:15 | 329:21 |
| **10:43:50AM (2)** | **10:45:02AM (1)** | **10:46:02AM (1)** | **10:47:01AM (1)** | **10:48:21AM (1)** |
| 324:11,12 | 325:23 | 327:11 | 328:16 | 329:22 |
| **10:43:55AM (1)** | **10:45:03AM (1)** | **10:46:06AM (1)** | **10:47:05AM (1)** | **10:48:23AM (1)** |
| 324:13 | 325:24 | 327:12 | 328:17 | 329:23 |
| **10:43:59AM (1)** | **10:45:05AM (2)** | **10:46:07AM (1)** | **10:47:06AM (1)** | **10:48:25AM (1)** |
| 324:14 | 325:25 326:2 | 327:13 | 328:18 | 329:24 |
| **10:44:02AM (1)** | **10:45:08AM (1)** | **10:46:08AM (1)** | **10:47:08AM (1)** | **10:48:28AM (1)** |
| 324:15 | 326:3 | 327:14 | 328:19 | 329:25 |
| **10:44:04AM (1)** | **10:45:12AM (1)** | **10:46:09AM (1)** | **10:47:11AM (1)** | **10:48:29AM (1)** |
| 324:16 | 326:4 | 327:15 | 328:20 | 330:2 |
| **10:44:08AM (1)** | **10:45:15AM (1)** | **10:46:11AM (1)** | **10:47:16AM (2)** | **10:48:30AM (1)** |
| 324:17 | 326:5 | 327:16 | 328:21,22 | 330:3 |
| **10:44:09AM (1)** | **10:45:16AM (1)** | **10:46:13AM (1)** | **10:47:17AM (1)** | **10:48:34AM (1)** |
| 324:18 | 326:6 | 327:17 | 328:23 | 330:4 |
| **10:44:10AM (1)** | **10:45:19AM (1)** | **10:46:15AM (1)** | **10:47:19AM (1)** | **10:48:36AM (1)** |
| 324:19 | 326:7 | 327:18 | 328:24 | 330:5 |
| **10:44:11AM (1)** | **10:45:20AM (1)** | **10:46:16AM (1)** | **10:47:20AM (1)** | **10:48:38AM (1)** |
| 324:20 | 326:8 | 327:19 | 328:25 | 330:6 |
| **10:44:15AM (1)** | **10:45:22AM (1)** | **10:46:17AM (1)** | **10:47:24AM (1)** | **10:48:45AM (1)** |
| 324:21 | 326:9 | 327:20 | 329:2 | 330:7 |
| **10:44:16AM (2)** | **10:45:26AM (2)** | **10:46:20AM (1)** | **10:47:27AM (1)** | **10:48:49AM (1)** |
| 324:22,23 | 326:10,11 | 327:21 | 329:3 | 330:8 |
| **10:44:19AM (1)** | **10:45:27AM (2)** | **10:46:22AM (1)** | **10:47:32AM (1)** | **10:48:52AM (1)** |
| 324:24 | 326:12,13 | 327:22 | 329:4 | 330:9 |
| **10:44:20AM (1)** | **10:45:30AM (1)** | **10:46:26AM (1)** | **10:47:34AM (1)** | **10:48:53AM (1)** |
| 324:25 | 326:14 | 327:23 | 329:5 | 330:10 |
| **10:44:23AM (1)** | **10:45:33AM (1)** | **10:46:27AM (1)** | **10:47:40AM (1)** | **10:48:54AM (1)** |
| 325:2 | 326:15 | 327:24 | 329:6 | 330:11 |
| **10:44:28AM (1)** | **10:45:35AM (1)** | **10:46:28AM (1)** | **10:47:42AM (1)** | **10:48:56AM (1)** |
| 325:3 | 326:16 | 327:25 | 329:7 | 330:12 |
| **10:44:30AM (2)** | **10:45:37AM (1)** | **10:46:33AM (1)** | **10:47:44AM (1)** | **10:48:59AM (1)** |
| 325:4,5 | 326:17 | 328:2 | 329:8 | 330:13 |
| **10:44:31AM (1)** | **10:45:38AM (2)** | **10:46:36AM (1)** | **10:47:45AM (1)** | **10:49:00AM (1)** |
| 325:6 | 326:18,19 | 328:3 | 329:9 | 330:14 |
| **10:44:36AM (1)** | **10:45:39AM (1)** | **10:46:37AM (1)** | **10:47:49AM (1)** | **10:49:01AM (1)** |
| 325:7 | 326:20 | 328:4 | 329:10 | 330:15 |
| **10:44:38AM (2)** | **10:45:41AM (1)** | **10:46:39AM (1)** | **10:47:51AM (1)** | **10:49:03AM (1)** |
| 325:8,9 | 326:21 | 328:5 | 329:11 | 330:16 |
| **10:44:43AM (2)** | **10:45:44AM (1)** | **10:46:41AM (1)** | **10:47:53AM (1)** | **10:49:07AM (1)** |
| 325:10,11 | 326:22 | 328:6 | 329:12 | 330:17 |
| **10:44:46AM (1)** | **10:45:46AM (2)** | **10:46:45AM (1)** | **10:47:56AM (1)** | **10:49:09AM (1)** |
| 325:12 | 326:23,24 | 328:7 | 329:13 | 330:18 |
| **10:44:49AM (1)** | **10:45:47AM (1)** | **10:46:47AM (1)** | **10:47:59AM (1)** | **10:49:12AM (1)** |
| 325:13 | 326:25 | 328:8 | 329:14 | 330:19 |
| **10:44:50AM (2)** | **10:45:49AM (1)** | **10:46:48AM (1)** | **10:48:03AM (1)** | **10:49:16AM (1)** |
| 325:14,15 | 327:2 | 328:9 | 329:15 | 330:20 |
| **10:44:52AM (1)** | **10:45:52AM (2)** | **10:46:50AM (1)** | **10:48:06AM (1)** | **10:49:21AM (1)** |
| 325:16 | 327:3,4 | 328:10 | 329:16 | 330:21 |
| **10:44:53AM (2)** | **10:45:53AM (1)** | **10:46:51AM (1)** | **10:48:08AM (1)** | **10:49:23AM (1)** |
| 325:17,18 | 327:5 | 328:11 | 329:17 | 330:22 |
| **10:44:54AM (1)** | **10:45:55AM (1)** | **10:46:55AM (1)** | **10:48:14AM (1)** | **10:49:25AM (1)** |
| 325:19 | 327:6 | 328:12 | 329:18 | 330:23 |
| **10:44:56AM (1)** | **10:45:58AM (1)** | **10:46:58AM (1)** | **10:48:16AM (1)** | **10:49:28AM (1)** |
| 325:20 | 327:7 | 328:13 | 329:19 | 330:24 |
| **10:45:00AM (1)** | **10:46:00AM (1)** | **10:46:59AM (1)** | **10:48:17AM (1)** | **10:49:30AM (1)** |

| | | | | |
|---|---|---|---|---|
| 330:25 | 332:6 | 333:17 | 334:25 | 336:7 |
| **10:49:35AM (1)** | **10:50:41AM (1)** | **10:51:59AM (1)** | **10:53:16AM (1)** | **10:54:26AM (1)** |
| 331:2 | 332:7 | 333:18 | 335:2 | 336:8 |
| **10:49:38AM (1)** | **10:50:43AM (2)** | **10:52:05AM (1)** | **10:53:18AM (1)** | **10:54:28AM (1)** |
| 331:3 | 332:8,9 | 333:19 | 335:3 | 336:9 |
| **10:49:39AM (1)** | **10:50:45AM (1)** | **10:52:07AM (1)** | **10:53:21AM (1)** | **10:54:30AM (2)** |
| 331:4 | 332:10 | 333:20 | 335:4 | 336:10,11 |
| **10:49:40AM (1)** | **10:50:49AM (1)** | **10:52:08AM (2)** | **10:53:24AM (1)** | **10:54:32AM (1)** |
| 331:5 | 332:11 | 333:21,22 | 335:5 | 336:12 |
| **10:49:41AM (1)** | **10:50:51AM (1)** | **10:52:10AM (1)** | **10:53:30AM (1)** | **10:54:35AM (1)** |
| 331:6 | 332:12 | 333:23 | 335:6 | 336:13 |
| **10:49:47AM (1)** | **10:50:54AM (1)** | **10:52:11AM (1)** | **10:53:31AM (1)** | **10:54:37AM (1)** |
| 331:7 | 332:13 | 333:24 | 335:7 | 336:14 |
| **10:49:50AM (1)** | **10:50:56AM (1)** | **10:52:12AM (1)** | **10:53:33AM (1)** | **10:54:40AM (1)** |
| 331:8 | 332:14 | 333:25 | 335:8 | 336:15 |
| **10:49:52AM (1)** | **10:50:58AM (1)** | **10:52:14AM (1)** | **10:53:34AM (1)** | **10:54:42AM (1)** |
| 331:9 | 332:15 | 334:2 | 335:9 | 336:16 |
| **10:49:53AM (1)** | **10:51:01AM (1)** | **10:52:16AM (1)** | **10:53:36AM (1)** | **10:54:43AM (1)** |
| 331:10 | 332:16 | 334:3 | 335:10 | 336:17 |
| **10:49:54AM (1)** | **10:51:03AM (1)** | **10:52:17AM (1)** | **10:53:38AM (1)** | **10:54:44AM (2)** |
| 331:11 | 332:17 | 334:4 | 335:11 | 336:18,19 |
| **10:49:56AM (1)** | **10:51:06AM (2)** | **10:52:22AM (1)** | **10:53:43AM (1)** | **10:54:45AM (1)** |
| 331:12 | 332:18,19 | 334:5 | 335:12 | 336:20 |
| **10:49:59AM (1)** | **10:51:08AM (1)** | **10:52:29AM (1)** | **10:53:45AM (2)** | **10:54:47AM (1)** |
| 331:13 | 332:20 | 334:6 | 335:13,14 | 336:21 |
| **10:50:02AM (1)** | **10:51:09AM (2)** | **10:52:32AM (1)** | **10:53:46AM (1)** | **10:54:50AM (1)** |
| 331:14 | 332:21,22 | 334:7 | 335:15 | 336:22 |
| **10:50:04AM (1)** | **10:51:12AM (2)** | **10:52:33AM (1)** | **10:53:48AM (1)** | **10:54:52AM (1)** |
| 331:15 | 332:23,24 | 334:8 | 335:16 | 336:23 |
| **10:50:06AM (1)** | **10:51:13AM (1)** | **10:52:34AM (1)** | **10:53:49AM (1)** | **10:54:53AM (1)** |
| 331:16 | 332:25 | 334:9 | 335:17 | 336:24 |
| **10:50:07AM (1)** | **10:51:15AM (2)** | **10:52:36AM (2)** | **10:53:51AM (1)** | **10:54:56AM (1)** |
| 331:17 | 333:2,3 | 334:10,11 | 335:18 | 336:25 |
| **10:50:08AM (1)** | **10:51:16AM (1)** | **10:52:37AM (1)** | **10:53:54AM (1)** | **10:54:59AM (1)** |
| 331:18 | 333:4 | 334:12 | 335:19 | 337:2 |
| **10:50:12AM (1)** | **10:51:17AM (1)** | **10:52:38AM (1)** | **10:53:56AM (1)** | **10:55:03AM (1)** |
| 331:19 | 333:5 | 334:13 | 335:20 | 337:3 |
| **10:50:15AM (1)** | **10:51:19AM (1)** | **10:52:39AM (1)** | **10:54:05AM (1)** | **10:55:04AM (1)** |
| 331:20 | 333:6 | 334:14 | 335:21 | 337:4 |
| **10:50:16AM (1)** | **10:51:27AM (1)** | **10:52:41AM (1)** | **10:54:08AM (1)** | **10:55:05AM (1)** |
| 331:21 | 333:7 | 334:15 | 335:22 | 337:5 |
| **10:50:18AM (1)** | **10:51:28AM (1)** | **10:52:47AM (1)** | **10:54:13AM (1)** | **10:55:13AM (1)** |
| 331:22 | 333:8 | 334:16 | 335:23 | 337:6 |
| **10:50:20AM (1)** | **10:51:30AM (1)** | **10:52:55AM (1)** | **10:54:15AM (1)** | **10:55:17AM (1)** |
| 331:23 | 333:9 | 334:17 | 335:24 | 337:7 |
| **10:50:23AM (1)** | **10:51:31AM (1)** | **10:52:57AM (2)** | **10:54:16AM (1)** | **10:55:27AM (1)** |
| 331:24 | 333:10 | 334:18,19 | 335:25 | 337:8 |
| **10:50:25AM (1)** | **10:51:33AM (1)** | **10:53:03AM (1)** | **10:54:17AM (1)** | **10:55:30AM (1)** |
| 331:25 | 333:11 | 334:20 | 336:2 | 337:9 |
| **10:50:31AM (1)** | **10:51:35AM (2)** | **10:53:05AM (1)** | **10:54:19AM (1)** | **10:55:32AM (1)** |
| 332:2 | 333:12,13 | 334:21 | 336:3 | 337:10 |
| **10:50:33AM (1)** | **10:51:44AM (1)** | **10:53:09AM (1)** | **10:54:20AM (1)** | **10:55:37AM (1)** |
| 332:3 | 333:14 | 334:22 | 336:4 | 337:11 |
| **10:50:36AM (1)** | **10:51:47AM (1)** | **10:53:11AM (1)** | **10:54:21AM (1)** | **10:55:39AM (1)** |
| 332:4 | 333:15 | 334:23 | 336:5 | 337:12 |
| **10:50:37AM (1)** | **10:51:51AM (1)** | **10:53:13AM (1)** | **10:54:23AM (1)** | **10:55:41AM (1)** |
| 332:5 | 333:16 | 334:24 | 336:6 | 337:13 |
| **10:50:39AM (1)** | **10:51:54AM (1)** | **10:53:15AM (1)** | **10:54:25AM (1)** | **10:55:44AM (1)** |

| | | | | |
|---|---|---|---|---|
| 337:14 | 338:24 | 340:7 | 341:14 | **11:00:19AM (1)** |
| **10:55:46AM (1)** | **10:57:01AM (1)** | **10:58:16AM (1)** | **10:59:29AM (1)** | 342:15 |
| 337:15 | 338:25 | 340:8 | 341:15 | **11:00:20AM (1)** |
| **10:55:47AM (1)** | **10:57:03AM (1)** | **10:58:19AM (1)** | **10:59:34AM (1)** | 342:16 |
| 337:16 | 339:2 | 340:9 | 341:16 | **11:00:21AM (1)** |
| **10:55:49AM (1)** | **10:57:05AM (1)** | **10:58:21AM (1)** | **10:59:39AM (1)** | 342:17 |
| 337:17 | 339:3 | 340:10 | 341:17 | **11:00:22AM (4)** |
| **10:55:51AM (1)** | **10:57:10AM (1)** | **10:58:22AM (2)** | **10:59:41AM (2)** | 342:18,19,20,21 |
| 337:18 | 339:4 | 340:11 | 341:18,19 | **11:00:23AM (1)** |
| **10:55:58AM (1)** | **10:57:12AM (1)** | **10:58:23AM (1)** | **10:59:42AM (1)** | 342:22 |
| 337:19 | 339:5 | 340:12 | 341:20 | **11:00:24AM (1)** |
| **10:56:01AM (1)** | **10:57:14AM (1)** | **10:58:27AM (1)** | **10:59:44AM (1)** | 342:23 |
| 337:20 | 339:6 | 340:13 | 341:21 | **11:00:25AM (1)** |
| **10:56:04AM (1)** | **10:57:15AM (1)** | **10:58:30AM (1)** | **10:59:46AM (1)** | 342:24 |
| 337:21 | 339:7 | 340:14 | 341:22 | **11:00:26AM (1)** |
| **10:56:05AM (2)** | **10:57:20AM (1)** | **10:58:33AM (1)** | **10:59:49AM (1)** | 342:25 |
| 337:22,23 | 339:8 | 340:15 | 341:23 | **11:00:28AM (1)** |
| **10:56:07AM (1)** | **10:57:22AM (1)** | **10:58:35AM (1)** | **10:59:52AM (1)** | 343:2 |
| 337:24 | 339:9 | 340:16 | 341:24 | **11:00:29AM (1)** |
| **10:56:09AM (1)** | **10:57:26AM (1)** | **10:58:41AM (1)** | **10:59:55AM (1)** | 343:3 |
| 337:25 | 339:10 | 340:17 | 341:25 | **11:00:31AM (1)** |
| **10:56:11AM (1)** | **10:57:28AM (1)** | **10:58:43AM (1)** | **10:59:56AM (1)** | 343:4 |
| 338:2 | 339:11 | 340:18 | 342:2 | **11:00:33AM (1)** |
| **10:56:15AM (1)** | **10:57:31AM (1)** | **10:58:45AM (1)** | **10:59:57AM (1)** | 343:5 |
| 338:3 | 339:12 | 340:19 | 342:3 | **11:00:34AM (1)** |
| **10:56:16AM (1)** | **10:57:34AM (1)** | **10:58:46AM (1)** | **10:59:58AM (1)** | 343:6 |
| 338:4 | 339:13 | 340:20 | 342:4 | **11:00:36AM (1)** |
| **10:56:18AM (1)** | **10:57:36AM (1)** | **10:58:49AM (1)** | **100 (1)** | 343:7 |
| 338:5 | 339:14 | 340:21 | 305:14 | **11:00:38AM (1)** |
| **10:56:19AM (1)** | **10:57:37AM (1)** | **10:58:51AM (1)** | **10003 (1)** | 343:8 |
| 338:6 | 339:15 | 340:22 | 304:6 | **11:00:40AM (1)** |
| **10:56:21AM (1)** | **10:57:38AM (1)** | **10:58:52AM (1)** | **103 (2)** | 343:9 |
| 338:7 | 339:16 | 340:23 | 389:5 391:10 | **11:00:50AM (1)** |
| **10:56:22AM (1)** | **10:57:40AM (1)** | **10:58:55AM (2)** | **10523 (1)** | 343:10 |
| 338:8 | 339:17 | 340:24,25 | 304:12 | **11:00:52AM (1)** |
| **10:56:24AM (1)** | **10:57:42AM (1)** | **10:58:57AM (1)** | **11 (5)** | 343:11 |
| 338:9 | 339:18 | 341:2 | 357:9 360:18,21 | **11:00:56AM (1)** |
| **10:56:26AM (1)** | **10:57:44AM (1)** | **10:59:01AM (1)** | 361:2 485:14 | 343:12 |
| 338:10 | 339:19 | 341:3 | **11-2-04 (1)** | **11:00:59AM (1)** |
| **10:56:29AM (1)** | **10:57:45AM (1)** | **10:59:02AM (1)** | 470:2 | 343:13 |
| 338:11 | 339:20 | 341:4 | **11:00:01AM (1)** | **11:01:02AM (2)** |
| **10:56:30AM (1)** | **10:57:50AM (1)** | **10:59:03AM (2)** | 342:5 | 343:14,15 |
| 338:12 | 339:21 | 341:5,6 | **11:00:02AM (1)** | **11:01:04AM (1)** |
| **10:56:32AM (1)** | **10:57:53AM (1)** | **10:59:10AM (1)** | 342:6 | 343:16 |
| 338:13 | 339:22 | 341:7 | **11:00:03AM (2)** | **11:01:10AM (1)** |
| **10:56:34AM (1)** | **10:57:56AM (1)** | **10:59:12AM (1)** | 342:7,8 | 343:17 |
| 338:14 | 339:23 | 341:8 | **11:00:06AM (1)** | **11:01:14AM (1)** |
| **10:56:37AM (2)** | **10:57:57AM (2)** | **10:59:15AM (1)** | 342:9 | 343:18 |
| 338:15,16 | 339:24,25 | 341:9 | **11:00:08AM (1)** | **11:01:17AM (1)** |
| **10:56:40AM (1)** | **10:57:58AM (1)** | **10:59:19AM (1)** | 342:10 | 343:19 |
| 338:17 | 340:2 | 341:10 | **11:00:10AM (1)** | **11:01:20AM (1)** |
| **10:56:41AM (3)** | **10:58:03AM (1)** | **10:59:20AM (1)** | 342:11 | 343:20 |
| 338:18,19,21 | 340:3 | 341:11 | **11:00:13AM (1)** | **11:01:23AM (2)** |
| **10:56:42AM (2)** | **10:58:05AM (2)** | **10:59:25AM (1)** | 342:12 | 343:21,22 |
| 338:20,22 | 340:4,5 | 341:12 | **11:00:14AM (1)** | **11:01:25AM (1)** |
| **10:56:44AM (1)** | **10:58:09AM (1)** | **10:59:26AM (1)** | 342:13 | 343:23 |
| 338:23 | 340:6 | 341:13 | **11:00:16AM (1)** | **11:01:27AM (1)** |
| **10:56:45AM (1)** | **10:58:12AM (1)** | **10:59:27AM (1)** | 342:14 | 343:24 |

| | | | | |
|---|---|---|---|---|
| **11:01:28AM (1)** 343:25 | **11:02:41AM (1)** 345:9 | **11:04:11AM (1)** 346:17 | **11:05:05AM (1)** 347:24 | **11:06:18AM (1)** 349:8 |
| **11:01:30AM (1)** 344:2 | **11:02:49AM (1)** 345:10 | **11:04:12AM (1)** 346:18 | **11:05:06AM (1)** 347:25 | **11:06:20AM (1)** 349:9 |
| **11:01:31AM (2)** 344:3,4 | **11:02:51AM (1)** 345:11 | **11:04:13AM (1)** 346:19 | **11:05:08AM (1)** 348:2 | **11:06:21AM (1)** 349:10 |
| **11:01:33AM (1)** 344:5 | **11:02:54AM (1)** 345:12 | **11:04:15AM (1)** 346:20 | **11:05:10AM (1)** 348:3 | **11:06:22AM (1)** 349:11 |
| **11:01:35AM (1)** 344:6 | **11:02:57AM (2)** 345:13,14 | **11:04:17AM (1)** 346:21 | **11:05:14AM (1)** 348:4 | **11:06:24AM (1)** 349:12 |
| **11:01:42AM (1)** 344:7 | **11:03:09AM (1)** 345:15 | **11:04:18AM (1)** 346:22 | **11:05:15AM (1)** 348:5 | **11:06:25AM (1)** 349:13 |
| **11:01:44AM (1)** 344:8 | **11:03:13AM (1)** 345:16 | **11:04:20AM (1)** 346:23 | **11:05:18AM (1)** 348:6 | **11:06:26AM (1)** 349:14 |
| **11:01:46AM (1)** 344:9 | **11:03:15AM (1)** 345:17 | **11:04:23AM (1)** 346:24 | **11:05:22AM (1)** 348:7 | **11:06:28AM (1)** 349:15 |
| **11:01:49AM (1)** 344:10 | **11:03:17AM (1)** 345:18 | **11:04:24AM (1)** 346:25 | **11:05:23AM (1)** 348:8 | **11:06:29AM (1)** 349:16 |
| **11:01:50AM (1)** 344:11 | **11:03:18AM (1)** 345:19 | **11:04:27AM (1)** 347:2 | **11:05:31AM (1)** 348:9 | **11:06:31AM (1)** 349:17 |
| **11:01:51AM (1)** 344:12 | **11:03:22AM (1)** 345:20 | **11:04:29AM (1)** 347:3 | **11:05:34AM (1)** 348:10 | **11:06:32AM (1)** 349:18 |
| **11:01:54AM (1)** 344:13 | **11:03:24AM (1)** 345:21 | **11:04:30AM (1)** 347:4 | **11:05:37AM (1)** 348:11 | **11:06:35AM (1)** 349:19 |
| **11:01:55AM (1)** 344:14 | **11:03:26AM (1)** 345:22 | **11:04:33AM (1)** 347:5 | **11:05:39AM (1)** 348:12 | **11:06:37AM (5)** 349:20,21,22,23,24 |
| **11:01:57AM (1)** 344:15 | **11:03:28AM (1)** 345:23 | **11:04:35AM (1)** 347:6 | **11:05:41AM (1)** 348:13 | **11:06:40AM (1)** 349:25 |
| **11:01:58AM (1)** 344:16 | **11:03:30AM (1)** 345:24 | **11:04:37AM (1)** 347:7 | **11:05:42AM (1)** 348:14 | **11:06:42AM (2)** 350:2,3 |
| **11:02:01AM (1)** 344:17 | **11:03:31AM (1)** 346:2 | **11:04:39AM (1)** 347:8 | **11:05:43AM (1)** 348:15 | **11:06:44AM (1)** 350:4 |
| **11:02:03AM (1)** 344:18 | **11:03:32AM (1)** 346:3 | **11:04:41AM (1)** 347:9 | **11:05:44AM (1)** 348:16 | **11:06:48AM (1)** 350:5 |
| **11:02:05AM (1)** 344:19 | **11:03:34AM (1)** 346:4 | **11:04:43AM (1)** 347:10 | **11:05:47AM (2)** 348:17,18 | **11:06:49AM (1)** 350:6 |
| **11:02:07AM (2)** 344:20,21 | **11:03:36AM (1)** 346:5 | **11:04:45AM (1)** 347:11 | **11:05:52AM (1)** 348:19 | **11:06:51AM (1)** 350:7 |
| **11:02:09AM (1)** 344:22 | **11:03:37AM (1)** 346:6 | **11:04:47AM (1)** 347:12 | **11:05:54AM (1)** 348:20 | **11:06:52AM (1)** 350:8 |
| **11:02:22AM (1)** 344:23 | **11:03:38AM (1)** 346:7 | **11:04:49AM (1)** 347:13 | **11:05:57AM (1)** 348:21 | **11:06:55AM (1)** 350:9 |
| **11:02:24AM (1)** 344:24 | **11:03:41AM (1)** 346:8 | **11:04:51AM (1)** 347:14 | **11:05:58AM (2)** 348:22,23 | **11:06:56AM (2)** 350:10,11 |
| **11:02:26AM (1)** 344:25 | **11:03:44AM (1)** 346:9 | **11:04:53AM (1)** 347:15 | **11:05:59AM (2)** 348:24,25 | **11:06:58AM (1)** 350:12 |
| **11:02:27AM (1)** 345:2 | **11:03:45AM (1)** 346:10 | **11:04:54AM (1)** 347:16 | **11:06:01AM (1)** 349:2 | **11:07:00AM (1)** 350:13 |
| **11:02:30AM (1)** 345:3 | **11:03:46AM (1)** 346:11 | **11:04:56AM (2)** 347:17,18 | **11:06:04AM (1)** 349:3 | **11:07:01AM (3)** 350:14,15,16 |
| **11:02:32AM (1)** 345:4 | **11:03:49AM (1)** 346:12 | **11:04:57AM (2)** 347:19,20 | **11:06:05AM (1)** 349:4 | **11:07:03AM (2)** 350:17,18 |
| **11:02:34AM (2)** 345:5,6 | **11:03:50AM (2)** 346:13,14 | **11:04:59AM (1)** 347:21 | **11:06:07AM (1)** 349:5 | **11:07:04AM (1)** 350:19 |
| **11:02:36AM (1)** 345:7 | **11:04:03AM (1)** 346:15 | **11:05:02AM (1)** 347:22 | **11:06:11AM (1)** 349:6 | **11:07:07AM (1)** 350:20 |
| **11:02:39AM (1)** 345:8 | **11:04:09AM (1)** 346:16 | **11:05:03AM (1)** 347:23 | **11:06:15AM (1)** 349:7 | **11:07:08AM (1)** 350:21 |

| | | | | |
|---|---|---|---|---|
| **11:07:11AM (1)** 350:22 | **11:08:25AM (1)** 352:4 | **11:09:24AM (1)** 353:11 | **11:10:50AM (1)** 354:18 | **11:11:48AM (1)** 356:4 |
| **11:07:16AM (1)** 350:23 | **11:08:28AM (1)** 352:5 | **11:09:26AM (1)** 353:12 | **11:10:52AM (1)** 354:19 | **11:11:50AM (1)** 356:5 |
| **11:07:19AM (1)** 350:24 | **11:08:29AM (1)** 352:6 | **11:09:30AM (1)** 353:13 | **11:10:54AM (1)** 354:20 | **11:11:52AM (2)** 356:6,7 |
| **11:07:22AM (1)** 350:25 | **11:08:32AM (1)** 352:7 | **11:09:31AM (2)** 353:14,15 | **11:10:56AM (1)** 354:21 | **11:11:53AM (1)** 356:8 |
| **11:07:25AM (1)** 351:2 | **11:08:34AM (1)** 352:8 | **11:09:33AM (1)** 353:16 | **11:10:58AM (1)** 354:22 | **11:11:55AM (1)** 356:9 |
| **11:07:28AM (1)** 351:3 | **11:08:38AM (2)** 352:9,10 | **11:09:36AM (1)** 353:17 | **11:10:59AM (2)** 354:23,24 | **11:11:58AM (2)** 356:10,11 |
| **11:07:31AM (1)** 351:4 | **11:08:40AM (1)** 352:11 | **11:09:38AM (2)** 353:18,19 | **11:11:01AM (1)** 354:25 | **11:12:00AM (1)** 356:12 |
| **11:07:33AM (1)** 351:5 | **11:08:42AM (1)** 352:12 | **11:09:44AM (1)** 353:20 | **11:11:03AM (2)** 355:2,3 | **11:12:01AM (2)** 356:13,14 |
| **11:07:36AM (1)** 351:6 | **11:08:47AM (1)** 352:13 | **11:09:47AM (1)** 353:21 | **11:11:04AM (1)** 355:4 | **11:12:04AM (1)** 356:15 |
| **11:07:44AM (1)** 351:7 | **11:08:49AM (1)** 352:14 | **11:09:50AM (1)** 353:22 | **11:11:07AM (1)** 355:5 | **11:12:06AM (1)** 356:16 |
| **11:07:47AM (1)** 351:8 | **11:08:50AM (1)** 352:15 | **11:09:51AM (1)** 353:23 | **11:11:09AM (1)** 355:6 | **11:12:07AM (1)** 356:17 |
| **11:07:49AM (1)** 351:9 | **11:08:51AM (1)** 352:16 | **11:09:52AM (1)** 353:24 | **11:11:12AM (1)** 355:7 | **11:12:09AM (1)** 356:18 |
| **11:07:50AM (1)** 351:10 | **11:08:52AM (1)** 352:17 | **11:09:53AM (1)** 353:25 | **11:11:13AM (2)** 355:8,9 | **11:12:10AM (1)** 356:19 |
| **11:07:52AM (1)** 351:11 | **11:08:54AM (1)** 352:18 | **11:09:55AM (1)** 354:2 | **11:11:14AM (1)** 355:10 | **11:12:12AM (1)** 356:20 |
| **11:07:53AM (1)** 351:12 | **11:08:55AM (1)** 352:19 | **11:10:06AM (1)** 354:3 | **11:11:16AM (2)** 355:11,12 | **11:12:14AM (1)** 356:21 |
| **11:07:55AM (1)** 351:13 | **11:08:56AM (1)** 352:20 | **11:10:09AM (1)** 354:4 | **11:11:17AM (1)** 355:13 | **11:12:15AM (2)** 356:22,23 |
| **11:07:58AM (1)** 351:14 | **11:08:57AM (1)** 352:21 | **11:10:17AM (1)** 354:5 | **11:11:18AM (1)** 355:14 | **11:12:17AM (1)** 356:24 |
| **11:08:00AM (1)** 351:15 | **11:08:58AM (1)** 352:22 | **11:10:20AM (1)** 354:6 | **11:11:21AM (2)** 355:15,16 | **11:12:19AM (1)** 356:25 |
| **11:08:01AM (1)** 351:16 | **11:09:00AM (1)** 352:23 | **11:10:22AM (1)** 354:7 | **11:11:22AM (1)** 355:17 | **11:12:20AM (2)** 357:2,3 |
| **11:08:04AM (1)** 351:17 | **11:09:01AM (1)** 352:24 | **11:10:26AM (1)** 354:8 | **11:11:24AM (1)** 355:18 | **11:12:23AM (1)** 357:4 |
| **11:08:06AM (1)** 351:18 | **11:09:02AM (1)** 352:25 | **11:10:27AM (1)** 354:9 | **11:11:27AM (1)** 355:19 | **11:12:25AM (1)** 357:5 |
| **11:08:08AM (1)** 351:19 | **11:09:04AM (1)** 353:2 | **11:10:29AM (1)** 354:10 | **11:11:32AM (1)** 355:20 | **11:12:29AM (1)** 357:6 |
| **11:08:09AM (1)** 351:20 | **11:09:06AM (1)** 353:3 | **11:10:31AM (1)** 354:11 | **11:11:34AM (1)** 355:21 | **11:12:30AM (1)** 357:7 |
| **11:08:11AM (1)** 351:21 | **11:09:07AM (1)** 353:4 | **11:10:36AM (1)** 354:12 | **11:11:37AM (1)** 355:22 | **11:12:31AM (1)** 357:8 |
| **11:08:14AM (1)** 351:22 | **11:09:08AM (1)** 353:5 | **11:10:39AM (1)** 354:13 | **11:11:40AM (1)** 355:23 | **11:12:40AM (1)** 357:9 |
| **11:08:17AM (1)** 351:23 | **11:09:11AM (2)** 353:6,7 | **11:10:41AM (1)** 354:14 | **11:11:42AM (1)** 355:24 | **11:12:42AM (1)** 357:10 |
| **11:08:19AM (2)** 351:24,25 | **11:09:13AM (1)** 353:8 | **11:10:44AM (1)** 354:15 | **11:11:44AM (1)** 355:25 | **11:12:48AM (1)** 357:11 |
| **11:08:21AM (1)** 352:2 | **11:09:15AM (1)** 353:9 | **11:10:46AM (1)** 354:16 | **11:11:45AM (1)** 356:2 | **11:12:49AM (1)** 357:12 |
| **11:08:23AM (1)** 352:3 | **11:09:16AM (1)** 353:10 | **11:10:48AM (1)** 354:17 | **11:11:46AM (1)** 356:3 | **11:12:51AM (1)** 357:13 |

| | | | | |
|---|---|---|---|---|
| **11:12:52AM (2)** 357:14,15 | **11:14:31AM (1)** 358:23 | **11:15:48AM (1)** 360:7 | **11:17:32AM (1)** 361:15 | **11:18:46AM (2)** 362:21,22 |
| **11:12:56AM (1)** 357:16 | **11:14:33AM (1)** 358:24 | **11:15:50AM (1)** 360:8 | **11:17:34AM (1)** 361:16 | **11:18:48AM (1)** 362:23 |
| **11:13:00AM (1)** 357:17 | **11:14:39AM (1)** 358:25 | **11:15:52AM (1)** 360:9 | **11:17:36AM (1)** 361:17 | **11:18:51AM (2)** 362:24,25 |
| **11:13:03AM (1)** 357:18 | **11:14:44AM (1)** 359:2 | **11:15:55AM (1)** 360:10 | **11:17:37AM (1)** 361:18 | **11:18:53AM (2)** 363:2,3 |
| **11:13:06AM (2)** 357:19,20 | **11:14:47AM (1)** 359:3 | **11:15:57AM (1)** 360:11 | **11:17:38AM (1)** 361:19 | **11:18:55AM (1)** 363:4 |
| **11:13:07AM (2)** 357:21,22 | **11:14:50AM (1)** 359:4 | **11:15:59AM (1)** 360:12 | **11:17:39AM (1)** 361:20 | **11:18:56AM (1)** 363:5 |
| **11:13:09AM (1)** 357:23 | **11:14:52AM (1)** 359:5 | **11:16:00AM (1)** 360:13 | **11:17:41AM (1)** 361:21 | **11:19:00AM (1)** 363:6 |
| **11:13:11AM (1)** 357:24 | **11:14:56AM (1)** 359:6 | **11:16:01AM (1)** 360:14 | **11:17:42AM (1)** 361:22 | **11:19:04AM (1)** 363:7 |
| **11:13:12AM (1)** 357:25 | **11:14:58AM (1)** 359:7 | **11:16:13AM (1)** 360:15 | **11:17:44AM (1)** 361:23 | **11:19:06AM (2)** 363:8,9 |
| **11:13:13AM (1)** 358:2 | **11:15:01AM (2)** 359:8,9 | **11:16:14AM (1)** 360:16 | **11:17:51AM (1)** 361:24 | **11:19:07AM (1)** 363:10 |
| **11:13:15AM (1)** 358:3 | **11:15:03AM (1)** 359:10 | **11:16:15AM (3)** 360:17,18,19 | **11:17:53AM (1)** 361:25 | **11:19:08AM (1)** 363:11 |
| **11:13:16AM (1)** 358:4 | **11:15:05AM (1)** 359:11 | **11:16:48AM (1)** 360:20 | **11:18:05AM (1)** 362:2 | **11:19:10AM (1)** 363:12 |
| **11:13:18AM (1)** 358:5 | **11:15:06AM (1)** 359:12 | **11:16:49AM (1)** 360:21 | **11:18:11AM (1)** 362:3 | **11:19:11AM (1)** 363:13 |
| **11:13:20AM (1)** 358:6 | **11:15:08AM (1)** 359:13 | **11:16:52AM (1)** 360:22 | **11:18:12AM (1)** 362:4 | **11:19:13AM (1)** 363:14 |
| **11:13:35AM (1)** 358:7 | **11:15:09AM (2)** 359:14,15 | **11:16:54AM (1)** 360:23 | **11:18:19AM (1)** 362:5 | **11:19:14AM (2)** 363:15,16 |
| **11:13:36AM (1)** 358:8 | **11:15:13AM (1)** 359:16 | **11:16:57AM (2)** 360:24,25 | **11:18:21AM (1)** 362:6 | **11:19:16AM (1)** 363:17 |
| **11:13:46AM (1)** 358:9 | **11:15:17AM (1)** 359:17 | **11:16:59AM (1)** 361:2 | **11:18:22AM (1)** 362:7 | **11:19:18AM (1)** 363:18 |
| **11:13:47AM (1)** 358:10 | **11:15:22AM (1)** 359:18 | **11:17:01AM (1)** 361:3 | **11:18:23AM (1)** 362:8 | **11:19:21AM (1)** 363:19 |
| **11:13:48AM (1)** 358:11 | **11:15:26AM (1)** 359:19 | **11:17:02AM (1)** 361:4 | **11:18:27AM (1)** 362:9 | **11:19:23AM (1)** 363:20 |
| **11:13:53AM (1)** 358:12 | **11:15:28AM (1)** 359:20 | **11:17:05AM (1)** 361:5 | **11:18:32AM (2)** 362:10,11 | **11:19:25AM (1)** 363:21 |
| **11:13:57AM (1)** 358:13 | **11:15:30AM (1)** 359:21 | **11:17:07AM (1)** 361:6 | **11:18:33AM (1)** 362:12 | **11:19:30AM (1)** 363:22 |
| **11:14:05AM (1)** 358:14 | **11:15:31AM (1)** 359:22 | **11:17:10AM (1)** 361:7 | **11:18:35AM (1)** 362:13 | **11:19:33AM (1)** 363:23 |
| **11:14:08AM (1)** 358:15 | **11:15:34AM (1)** 359:23 | **11:17:14AM (1)** 361:8 | **11:18:38AM (1)** 362:14 | **11:19:38AM (1)** 363:24 |
| **11:14:11AM (1)** 358:16 | **11:15:36AM (1)** 359:24 | **11:17:16AM (1)** 361:9 | **11:18:39AM (1)** 362:15 | **11:19:41AM (1)** 363:25 |
| **11:14:13AM (1)** 358:17 | **11:15:39AM (1)** 359:25 | **11:17:19AM (1)** 361:10 | **11:18:40AM (1)** 362:16 | **11:19:42AM (1)** 364:2 |
| **11:14:15AM (1)** 358:18 | **11:15:41AM (1)** 360:2 | **11:17:22AM (1)** 361:11 | **11:18:42AM (1)** 362:17 | **11:19:47AM (1)** 364:3 |
| **11:14:17AM (1)** 358:19 | **11:15:42AM (1)** 360:3 | **11:17:24AM (1)** 361:12 | **11:18:43AM (1)** 362:18 | **11:19:48AM (1)** 364:4 |
| **11:14:18AM (2)** 358:20,21 | **11:15:44AM (1)** 360:4 | **11:17:25AM (1)** 361:13 | **11:18:44AM (1)** 362:19 | **11:19:49AM (1)** 364:5 |
| **11:14:19AM (1)** 358:22 | **11:15:46AM (2)** 360:5,6 | **11:17:31AM (1)** 361:14 | **11:18:45AM (1)** 362:20 | **11:19:52AM (1)** 364:6 |

| | | | | |
|---|---|---|---|---|
| **11:19:59AM (1)** 364:7 | **11:21:20AM (1)** 365:13 | **11:22:39AM (1)** 366:21 | **11:23:31AM (1)** 368:3 | **11:24:44AM (1)** 369:8 |
| **11:20:00AM (1)** 364:8 | **11:21:22AM (1)** 365:14 | **11:22:41AM (1)** 366:22 | **11:23:32AM (1)** 368:4 | **11:24:45AM (1)** 369:9 |
| **11:20:02AM (1)** 364:9 | **11:21:26AM (1)** 365:15 | **11:22:44AM (1)** 366:23 | **11:23:34AM (1)** 368:5 | **11:24:46AM (1)** 369:10 |
| **11:20:05AM (1)** 364:10 | **11:21:29AM (2)** 365:16,17 | **11:22:45AM (1)** 366:24 | **11:23:38AM (1)** 368:6 | **11:24:51AM (1)** 369:11 |
| **11:20:09AM (1)** 364:11 | **11:21:32AM (1)** 365:18 | **11:22:50AM (1)** 366:25 | **11:23:40AM (1)** 368:7 | **11:24:53AM (1)** 369:12 |
| **11:20:10AM (1)** 364:12 | **11:21:44AM (1)** 365:19 | **11:22:52AM (1)** 367:2 | **11:23:43AM (1)** 368:8 | **11:24:55AM (1)** 369:13 |
| **11:20:12AM (1)** 364:13 | **11:21:46AM (1)** 365:20 | **11:22:54AM (1)** 367:3 | **11:23:44AM (1)** 368:9 | **11:24:56AM (1)** 369:14 |
| **11:20:13AM (1)** 364:14 | **11:21:50AM (1)** 365:21 | **11:22:55AM (1)** 367:4 | **11:23:47AM (1)** 368:10 | **11:24:58AM (1)** 369:15 |
| **11:20:16AM (1)** 364:15 | **11:21:53AM (1)** 365:22 | **11:22:56AM (1)** 367:5 | **11:23:49AM (1)** 368:11 | **11:25:02AM (1)** 369:16 |
| **11:20:23AM (1)** 364:16 | **11:21:55AM (1)** 365:23 | **11:22:58AM (1)** 367:6 | **11:23:52AM (1)** 368:12 | **11:25:03AM (1)** 369:17 |
| **11:20:28AM (2)** 364:17,18 | **11:21:56AM (1)** 365:24 | **11:23:00AM (1)** 367:7 | **11:23:53AM (1)** 368:13 | **11:25:04AM (1)** 369:18 |
| **11:20:30AM (1)** 364:19 | **11:21:58AM (1)** 365:25 | **11:23:02AM (1)** 367:8 | **11:23:55AM (1)** 368:14 | **11:25:05AM (1)** 369:19 |
| **11:20:32AM (1)** 364:20 | **11:22:01AM (1)** 366:2 | **11:23:03AM (1)** 367:9 | **11:24:00AM (1)** 368:15 | **11:25:06AM (1)** 369:20 |
| **11:20:34AM (1)** 364:21 | **11:22:04AM (1)** 366:3 | **11:23:05AM (1)** 367:10 | **11:24:02AM (1)** 368:16 | **11:25:08AM (2)** 369:21,22 |
| **11:20:35AM (1)** 364:22 | **11:22:05AM (2)** 366:4,5 | **11:23:06AM (1)** 367:11 | **11:24:06AM (1)** 368:17 | **11:25:09AM (1)** 369:23 |
| **11:20:36AM (1)** 364:23 | **11:22:07AM (2)** 366:6,7 | **11:23:07AM (1)** 367:12 | **11:24:08AM (1)** 368:18 | **11:25:12AM (1)** 369:24 |
| **11:20:39AM (1)** 364:24 | **11:22:10AM (1)** 366:8 | **11:23:08AM (1)** 367:13 | **11:24:10AM (1)** 368:19 | **11:25:13AM (1)** 369:25 |
| **11:20:43AM (1)** 364:25 | **11:22:11AM (1)** 366:9 | **11:23:10AM (2)** 367:14,15 | **11:24:12AM (1)** 368:20 | **11:25:15AM (1)** 370:2 |
| **11:20:45AM (1)** 365:2 | **11:22:12AM (1)** 366:10 | **11:23:13AM (1)** 367:16 | **11:24:15AM (1)** 368:21 | **11:25:17AM (1)** 370:3 |
| **11:20:48AM (1)** 365:3 | **11:22:14AM (1)** 366:11 | **11:23:15AM (1)** 367:17 | **11:24:24AM (1)** 368:22 | **11:25:20AM (1)** 370:4 |
| **11:20:51AM (1)** 365:4 | **11:22:16AM (1)** 366:12 | **11:23:16AM (1)** 367:18 | **11:24:26AM (1)** 368:23 | **11:25:22AM (1)** 370:5 |
| **11:20:53AM (1)** 365:5 | **11:22:18AM (1)** 366:13 | **11:23:17AM (1)** 367:19 | **11:24:28AM (1)** 368:24 | **11:25:24AM (1)** 370:6 |
| **11:20:56AM (1)** 365:6 | **11:22:21AM (1)** 366:14 | **11:23:19AM (1)** 367:20 | **11:24:29AM (1)** 368:25 | **11:25:28AM (1)** 370:7 |
| **11:20:58AM (1)** 365:7 | **11:22:22AM (1)** 366:15 | **11:23:21AM (1)** 367:21 | **11:24:31AM (1)** 369:2 | **11:25:31AM (1)** 370:8 |
| **11:21:01AM (1)** 365:8 | **11:22:27AM (1)** 366:16 | **11:23:23AM (1)** 367:22 | **11:24:32AM (1)** 369:3 | **11:25:33AM (1)** 370:9 |
| **11:21:03AM (1)** 365:9 | **11:22:30AM (1)** 366:17 | **11:23:24AM (1)** 367:23 | **11:24:34AM (1)** 369:4 | **11:25:37AM (1)** 370:10 |
| **11:21:07AM (1)** 365:10 | **11:22:32AM (1)** 366:18 | **11:23:26AM (1)** 367:24 | **11:24:37AM (1)** 369:5 | **11:25:41AM (1)** 370:11 |
| **11:21:11AM (1)** 365:11 | **11:22:35AM (1)** 366:19 | **11:23:28AM (1)** 367:25 | **11:24:39AM (1)** 369:6 | **11:25:42AM (1)** 370:12 |
| **11:21:16AM (1)** 365:12 | **11:22:37AM (1)** 366:20 | **11:23:29AM (1)** 368:2 | **11:24:41AM (1)** 369:7 | **11:25:45AM (1)** 370:13 |

| | | | | |
|---|---|---|---|---|
| **11:25:46AM (2)** 370:14,15 | **11:26:52AM (1)** 371:24 | **11:28:10AM (1)** 373:7 | **11:29:19AM (1)** 374:15 | **11:30:43AM (1)** 375:25 |
| **11:25:48AM (1)** 370:16 | **11:26:57AM (1)** 371:25 | **11:28:11AM (1)** 373:8 | **11:29:21AM (1)** 374:16 | **11:30:45AM (1)** 376:2 |
| **11:25:49AM (1)** 370:17 | **11:27:01AM (1)** 372:2 | **11:28:13AM (1)** 373:9 | **11:29:25AM (2)** 374:17,18 | **11:30:46AM (1)** 376:3 |
| **11:25:50AM (1)** 370:18 | **11:27:03AM (1)** 372:3 | **11:28:14AM (1)** 373:10 | **11:29:26AM (1)** 374:19 | **11:30:49AM (1)** 376:4 |
| **11:25:52AM (1)** 370:19 | **11:27:06AM (1)** 372:4 | **11:28:16AM (1)** 373:11 | **11:29:28AM (1)** 374:20 | **11:30:51AM (1)** 376:5 |
| **11:25:54AM (1)** 370:20 | **11:27:14AM (1)** 372:5 | **11:28:18AM (1)** 373:12 | **11:29:29AM (1)** 374:21 | **11:30:57AM (1)** 376:6 |
| **11:25:55AM (2)** 370:21,22 | **11:27:16AM (1)** 372:6 | **11:28:21AM (1)** 373:13 | **11:29:30AM (1)** 374:22 | **11:30:59AM (1)** 376:7 |
| **11:25:57AM (1)** 370:23 | **11:27:17AM (1)** 372:7 | **11:28:23AM (1)** 373:14 | **11:29:31AM (1)** 374:23 | **11:31:10AM (3)** 376:8,9,10 |
| **11:25:59AM (1)** 370:24 | **11:27:23AM (1)** 372:8 | **11:28:26AM (1)** 373:15 | **11:29:32AM (1)** 374:24 | **11:31:34AM (1)** 376:11 |
| **11:26:02AM (1)** 370:25 | **11:27:25AM (1)** 372:9 | **11:28:28AM (2)** 373:16,17 | **11:29:33AM (1)** 374:25 | **11:31:41AM (1)** 376:12 |
| **11:26:05AM (1)** 371:2 | **11:27:26AM (1)** 372:10 | **11:28:31AM (1)** 373:18 | **11:29:36AM (1)** 375:2 | **11:31:42AM (1)** 376:13 |
| **11:26:08AM (1)** 371:3 | **11:27:27AM (1)** 372:11 | **11:28:32AM (1)** 373:19 | **11:29:37AM (1)** 375:3 | **11:31:45AM (1)** 376:14 |
| **11:26:12AM (1)** 371:4 | **11:27:29AM (1)** 372:12 | **11:28:36AM (1)** 373:20 | **11:29:38AM (1)** 375:4 | **11:31:50AM (1)** 376:15 |
| **11:26:15AM (1)** 371:5 | **11:27:30AM (2)** 372:13,14 | **11:28:37AM (1)** 373:21 | **11:29:41AM (3)** 375:5,6,7 | **11:31:52AM (1)** 376:16 |
| **11:26:19AM (1)** 371:6 | **11:27:32AM (1)** 372:15 | **11:28:41AM (1)** 373:22 | **11:29:43AM (1)** 375:8 | **11:31:54AM (1)** 376:17 |
| **11:26:22AM (1)** 371:7 | **11:27:34AM (1)** 372:16 | **11:28:43AM (1)** 373:23 | **11:29:44AM (2)** 375:9,10 | **11:31:55AM (1)** 376:18 |
| **11:26:26AM (1)** 371:8 | **11:27:36AM (1)** 372:17 | **11:28:45AM (2)** 373:24,25 | **11:29:47AM (1)** 375:11 | **11:31:56AM (1)** 376:19 |
| **11:26:28AM (2)** 371:9,10 | **11:27:39AM (1)** 372:18 | **11:28:47AM (1)** 374:2 | **11:29:49AM (1)** 375:12 | **11:31:59AM (1)** 376:20 |
| **11:26:29AM (1)** 371:11 | **11:27:40AM (1)** 372:19 | **11:28:49AM (1)** 374:3 | **11:29:51AM (2)** 375:13,14 | **11:32:01AM (1)** 376:21 |
| **11:26:30AM (1)** 371:12 | **11:27:42AM (1)** 372:20 | **11:28:50AM (1)** 374:4 | **11:30:10AM (1)** 375:15 | **11:32:03AM (1)** 376:22 |
| **11:26:33AM (2)** 371:13,14 | **11:27:45AM (1)** 372:21 | **11:28:51AM (1)** 374:5 | **11:30:11AM (1)** 375:16 | **11:32:05AM (2)** 376:23,24 |
| **11:26:34AM (1)** 371:15 | **11:27:46AM (1)** 372:22 | **11:28:52AM (1)** 374:6 | **11:30:15AM (1)** 375:17 | **11:32:06AM (1)** 376:25 |
| **11:26:41AM (1)** 371:16 | **11:27:48AM (1)** 372:23 | **11:28:53AM (1)** 374:7 | **11:30:18AM (1)** 375:18 | **11:32:08AM (1)** 377:2 |
| **11:26:42AM (1)** 371:17 | **11:27:51AM (1)** 372:24 | **11:28:54AM (2)** 374:8,9 | **11:30:27AM (1)** 375:19 | **11:32:09AM (1)** 377:3 |
| **11:26:43AM (2)** 371:18,19 | **11:28:00AM (1)** 372:25 | **11:28:55AM (1)** 374:10 | **11:30:29AM (1)** 375:20 | **11:32:10AM (1)** 377:4 |
| **11:26:44AM (1)** 371:20 | **11:28:02AM (2)** 373:2,3 | **11:28:58AM (1)** 374:11 | **11:30:35AM (1)** 375:21 | **11:32:12AM (1)** 377:5 |
| **11:26:47AM (1)** 371:21 | **11:28:03AM (1)** 373:4 | **11:29:00AM (1)** 374:12 | **11:30:36AM (1)** 375:22 | **11:32:15AM (1)** 377:6 |
| **11:26:49AM (1)** 371:22 | **11:28:05AM (1)** 373:5 | **11:29:03AM (1)** 374:13 | **11:30:38AM (1)** 375:23 | **11:32:17AM (1)** 377:7 |
| **11:26:50AM (1)** 371:23 | **11:28:07AM (1)** 373:6 | **11:29:05AM (1)** 374:14 | **11:30:42AM (1)** 375:24 | **11:32:19AM (1)** 377:8 |

| | | | | |
|---|---|---|---|---|
| **11:32:20AM (2)** 377:9,10 | **11:33:22AM (1)** 378:18 | **11:34:28AM (1)** 380:2 | **11:35:27AM (1)** 381:12 | **11:36:55AM (2)** 382:19,20 |
| **11:32:23AM (1)** 377:11 | **11:33:24AM (2)** 378:19,20 | **11:34:31AM (1)** 380:3 | **11:35:29AM (1)** 381:13 | **11:36:57AM (1)** 382:21 |
| **11:32:25AM (1)** 377:12 | **11:33:35AM (1)** 378:21 | **11:34:32AM (1)** 380:4 | **11:35:30AM (1)** 381:14 | **11:36:59AM (2)** 382:22,23 |
| **11:32:28AM (1)** 377:13 | **11:33:37AM (1)** 378:22 | **11:34:35AM (1)** 380:5 | **11:35:34AM (1)** 381:15 | **11:37:03AM (1)** 382:24 |
| **11:32:30AM (1)** 377:14 | **11:33:38AM (1)** 378:23 | **11:34:36AM (1)** 380:6 | **11:35:47AM (1)** 381:16 | **11:37:04AM (2)** 382:25 383:2 |
| **11:32:31AM (1)** 377:15 | **11:33:39AM (1)** 378:24 | **11:34:39AM (1)** 380:7 | **11:35:49AM (1)** 381:17 | **11:37:07AM (1)** 383:3 |
| **11:32:34AM (1)** 377:16 | **11:33:40AM (2)** 378:25 379:2 | **11:34:42AM (1)** 380:8 | **11:35:52AM (2)** 381:18,19 | **11:37:08AM (1)** 383:4 |
| **11:32:39AM (1)** 377:17 | **11:33:42AM (1)** 379:3 | **11:34:44AM (3)** 380:9,10,11 | **11:35:54AM (1)** 381:20 | **11:37:12AM (1)** 383:5 |
| **11:32:43AM (1)** 377:18 | **11:33:43AM (1)** 379:4 | **11:34:46AM (1)** 380:12 | **11:35:56AM (1)** 381:21 | **11:37:16AM (2)** 383:6,7 |
| **11:32:44AM (1)** 377:19 | **11:33:44AM (1)** 379:5 | **11:34:48AM (1)** 380:13 | **11:35:58AM (1)** 381:22 | **11:37:18AM (1)** 383:8 |
| **11:32:45AM (1)** 377:20 | **11:33:45AM (1)** 379:6 | **11:34:49AM (1)** 380:14 | **11:35:59AM (1)** 381:23 | **11:37:24AM (1)** 383:9 |
| **11:32:46AM (1)** 377:21 | **11:33:47AM (1)** 379:7 | **11:34:50AM (1)** 380:15 | **11:36:05AM (1)** 381:24 | **11:37:25AM (1)** 383:10 |
| **11:32:49AM (1)** 377:22 | **11:33:49AM (1)** 379:8 | **11:34:53AM (1)** 380:16 | **11:36:07AM (1)** 381:25 | **11:37:29AM (1)** 383:11 |
| **11:32:51AM (1)** 377:23 | **11:33:50AM (1)** 379:9 | **11:34:57AM (1)** 380:17 | **11:36:08AM (1)** 382:2 | **11:37:31AM (1)** 383:12 |
| **11:32:53AM (1)** 377:24 | **11:33:52AM (1)** 379:10 | **11:34:59AM (1)** 380:18 | **11:36:19AM (1)** 382:3 | **11:37:32AM (1)** 383:13 |
| **11:32:54AM (1)** 377:25 | **11:33:55AM (1)** 379:11 | **11:35:00AM (2)** 380:19,20 | **11:36:21AM (1)** 382:4 | **11:37:34AM (1)** 383:14 |
| **11:32:56AM (1)** 378:2 | **11:33:57AM (1)** 379:12 | **11:35:04AM (1)** 380:21 | **11:36:24AM (2)** 382:5,6 | **11:37:36AM (1)** 383:15 |
| **11:32:58AM (1)** 378:3 | **11:33:58AM (1)** 379:13 | **11:35:06AM (1)** 380:22 | **11:36:25AM (1)** 382:7 | **11:37:38AM (1)** 383:16 |
| **11:32:59AM (1)** 378:4 | **11:34:01AM (1)** 379:14 | **11:35:07AM (1)** 380:23 | **11:36:27AM (1)** 382:8 | **11:37:39AM (1)** 383:17 |
| **11:33:02AM (1)** 378:5 | **11:34:03AM (1)** 379:15 | **11:35:08AM (1)** 380:24 | **11:36:29AM (1)** 382:9 | **11:37:41AM (1)** 383:18 |
| **11:33:03AM (2)** 378:6,7 | **11:34:04AM (1)** 379:16 | **11:35:09AM (2)** 380:25 381:2 | **11:36:32AM (1)** 382:10 | **11:37:42AM (1)** 383:19 |
| **11:33:05AM (1)** 378:8 | **11:34:05AM (1)** 379:17 | **11:35:12AM (1)** 381:3 | **11:36:33AM (1)** 382:11 | **11:37:44AM (1)** 383:20,21 |
| **11:33:08AM (2)** 378:9,10 | **11:34:06AM (1)** 379:18 | **11:35:14AM (1)** 381:4 | **11:36:35AM (1)** 382:12 | **11:37:47AM (1)** 383:22 |
| **11:33:09AM (2)** 378:11,12 | **11:34:08AM (1)** 379:19 | **11:35:15AM (1)** 381:5 | **11:36:36AM (1)** 382:13 | **11:37:48AM (1)** 383:23 |
| **11:33:11AM (1)** 378:13 | **11:34:12AM (2)** 379:20,21 | **11:35:16AM (1)** 381:6 | **11:36:38AM (1)** 382:14 | **11:37:50AM (1)** 383:24 |
| **11:33:14AM (1)** 378:14 | **11:34:14AM (1)** 379:22 | **11:35:17AM (1)** 381:7 | **11:36:48AM (1)** 382:15 | **11:37:52AM (1)** 383:25 |
| **11:33:16AM (1)** 378:15 | **11:34:18AM (1)** 379:23 | **11:35:20AM (1)** 381:8 | **11:36:50AM (1)** 382:16 | **11:37:54AM (1)** 384:2 |
| **11:33:18AM (1)** 378:16 | **11:34:19AM (1)** 379:24 | **11:35:22AM (1)** 381:9 | **11:36:52AM (1)** 382:17 | **11:37:55AM (1)** 384:3 |
| **11:33:21AM (1)** 378:17 | **11:34:25AM (1)** 379:25 | **11:35:26AM (2)** 381:10,11 | **11:36:53AM (1)** 382:18 | **11:37:58AM (2)** 384:4,5 |

| | | | | |
|---|---|---|---|---|
| **11:38:00AM (1)** 384:6 | **11:39:20AM (1)** 385:18 | **11:40:54AM (1)** 386:23 | **11:42:53AM (1)** 388:9 | **11:43:58AM (1)** 389:18 |
| **11:38:01AM (1)** 384:7 | **11:39:23AM (1)** 385:19 | **11:40:56AM (3)** 386:24,25 387:2 | **11:42:56AM (1)** 388:10 | **11:44:01AM (2)** 389:19,20 |
| **11:38:03AM (2)** 384:8,9 | **11:39:25AM (1)** 385:20 | **11:41:48AM (1)** 387:3 | **11:42:58AM (1)** 388:11 | **11:44:05AM (1)** 389:21 |
| **11:38:07AM (1)** 384:10 | **11:39:27AM (1)** 385:21 | **11:41:49AM (1)** 387:4 | **11:42:59AM (1)** 388:12 | **11:44:06AM (1)** 389:22 |
| **11:38:08AM (1)** 384:11 | **11:39:29AM (1)** 385:22 | **11:41:51AM (1)** 387:5 | **11:43:01AM (1)** 388:13 | **11:44:08AM (1)** 389:23 |
| **11:38:10AM (1)** 384:12 | **11:39:31AM (1)** 385:23 | **11:41:55AM (1)** 387:6 | **11:43:02AM (1)** 388:14 | **11:44:10AM (1)** 389:24 |
| **11:38:17AM (1)** 384:13 | **11:39:33AM (1)** 385:24 | **11:41:57AM (1)** 387:7 | **11:43:04AM (1)** 388:15 | **11:44:12AM (1)** 389:25 |
| **11:38:20AM (1)** 384:14 | **11:39:34AM (1)** 385:25 | **11:41:58AM (1)** 387:8 | **11:43:05AM (1)** 388:16 | **11:44:13AM (1)** 390:2 |
| **11:38:24AM (1)** 384:15 | **11:39:35AM (1)** 386:2 | **11:42:00AM (1)** 387:9 | **11:43:07AM (1)** 388:17 | **11:44:14AM (1)** 390:3 |
| **11:38:27AM (1)** 384:16 | **11:39:36AM (1)** 386:3 | **11:42:03AM (2)** 387:10,11 | **11:43:09AM (1)** 388:18 | **11:44:17AM (1)** 390:4 |
| **11:38:28AM (1)** 384:17 | **11:39:38AM (1)** 386:4 | **11:42:05AM (1)** 387:12 | **11:43:11AM (1)** 388:19 | **11:44:19AM (2)** 390:5,6 |
| **11:38:30AM (2)** 384:18,19 | **11:39:40AM (1)** 386:5 | **11:42:08AM (1)** 387:13 | **11:43:15AM (1)** 388:20 | **11:44:22AM (1)** 390:7 |
| **11:38:32AM (1)** 384:20 | **11:39:42AM (1)** 386:6 | **11:42:13AM (1)** 387:14 | **11:43:17AM (1)** 388:21 | **11:44:23AM (1)** 390:8 |
| **11:38:34AM (1)** 384:21 | **11:39:46AM (1)** 386:7 | **11:42:17AM (1)** 387:15 | **11:43:19AM (1)** 388:22 | **11:44:26AM (1)** 390:9 |
| **11:38:35AM (1)** 384:22 | **11:39:49AM (1)** 386:8 | **11:42:19AM (1)** 387:16 | **11:43:22AM (3)** 388:23,24,25 | **11:44:27AM (1)** 390:10 |
| **11:38:45AM (5)** 384:23,24,25 385:2,3 | **11:39:52AM (1)** 386:9 | **11:42:23AM (2)** 387:17,18 | **11:43:23AM (1)** 389:2 | **11:44:29AM (1)** 390:11 |
| **11:38:46AM (1)** 385:4 | **11:39:54AM (1)** 386:10 | **11:42:24AM (1)** 387:19 | **11:43:25AM (1)** 389:3 | **11:44:30AM (1)** 390:12 |
| **11:38:47AM (1)** 385:5 | **11:39:56AM (1)** 386:11 | **11:42:25AM (1)** 387:20 | **11:43:27AM (1)** 389:4 | **11:44:31AM (1)** 390:13 |
| **11:38:52AM (1)** 385:6 | **11:39:57AM (1)** 386:12 | **11:42:27AM (1)** 387:21 | **11:43:31AM (1)** 389:5 | **11:45:01AM (2)** 390:14,15 |
| **11:38:53AM (1)** 385:7 | **11:39:58AM (1)** 386:13 | **11:42:29AM (1)** 387:22 | **11:43:32AM (2)** 389:6,7 | **11:45:03AM (1)** 390:16 |
| **11:38:57AM (1)** 385:8 | **11:40:00AM (1)** 386:14 | **11:42:34AM (1)** 387:23 | **11:43:33AM (1)** 389:8 | **11:45:04AM (1)** 390:17 |
| **11:38:59AM (2)** 385:9,10 | **11:40:14AM (1)** 386:15 | **11:42:37AM (1)** 387:24 | **11:43:35AM (1)** 389:9 | **11:45:05AM (2)** 390:18,19 |
| **11:39:01AM (1)** 385:11 | **11:40:15AM (1)** 386:16 | **11:42:38AM (2)** 387:25 388:2 | **11:43:37AM (1)** 389:10 | **11:45:08AM (2)** 390:20,21 |
| **11:39:03AM (1)** 385:12 | **11:40:16AM (1)** 386:17 | **11:42:41AM (1)** 388:3 | **11:43:39AM (2)** 389:11,12 | **11:45:15AM (3)** 390:22,23,24 |
| **11:39:05AM (1)** 385:13 | **11:40:18AM (1)** 386:18 | **11:42:42AM (1)** 388:4 | **11:43:43AM (1)** 389:13 | **11:45:17AM (2)** 391:2,3 |
| **11:39:08AM (1)** 385:14 | **11:40:20AM (1)** 386:19 | **11:42:43AM (1)** 388:5 | **11:43:46AM (1)** 389:14 | **11:45:19AM (1)** 391:4 |
| **11:39:11AM (1)** 385:15 | **11:40:23AM (1)** 386:20 | **11:42:46AM (1)** 388:6 | **11:43:47AM (1)** 389:15 | **11:45:22AM (2)** 391:5,6 |
| **11:39:14AM (1)** 385:16 | **11:40:24AM (1)** 386:21 | **11:42:47AM (1)** 388:7 | **11:43:50AM (1)** 389:16 | **11:45:24AM (1)** 391:7 |
| **11:39:18AM (1)** 385:17 | **11:40:25AM (1)** 386:22 | **11:42:51AM (1)** 388:8 | **11:43:56AM (1)** 389:17 | **11:45:27AM (1)** 391:8 |

| | | | | |
|---|---|---|---|---|
| **11:45:28AM (1)** 391:9 | **12:02:42PM (1)** 392:11 | **12:04:05PM (1)** 393:16 | **12:05:05PM (1)** 394:24 | **12:06:55PM (1)** 396:8 |
| **11:45:32AM (1)** 391:10 | **12:02:44PM (1)** 392:12 | **12:04:08PM (1)** 393:17 | **12:05:06PM (1)** 394:25 | **12:06:58PM (1)** 396:9 |
| **11:45:35AM (1)** 391:11 | **12:02:47PM (1)** 392:13 | **12:04:09PM (1)** 393:18 | **12:05:08PM (1)** 395:2 | **12:07:02PM (1)** 396:10 |
| **11:45:36AM (1)** 391:12 | **12:02:49PM (1)** 392:14 | **12:04:11PM (1)** 393:19 | **12:05:09PM (1)** 395:3 | **12:07:05PM (1)** 396:11 |
| **11:45:37AM (1)** 391:13 | **12:02:51PM (1)** 392:15 | **12:04:12PM (1)** 393:20 | **12:05:12PM (1)** 395:4 | **12:07:09PM (1)** 396:12 |
| **11:45:42AM (1)** 391:14 | **12:02:52PM (1)** 392:16 | **12:04:16PM (1)** 393:21 | **12:05:14PM (1)** 395:5 | **12:07:14PM (1)** 396:13 |
| **11:45:55AM (1)** 391:15 | **12:02:54PM (1)** 392:17 | **12:04:21PM (1)** 393:22 | **12:05:15PM (1)** 395:6 | **12:07:18PM (1)** 396:14 |
| **11:45:56AM (1)** 391:16 | **12:02:56PM (2)** 392:18,19 | **12:04:25PM (1)** 393:23 | **12:05:17PM (1)** 395:7 | **12:07:21PM (1)** 396:15 |
| **11:45:58AM (1)** 391:17 | **12:02:57PM (1)** 392:20 | **12:04:28PM (2)** 393:24,25 | **12:05:18PM (2)** 395:8,9 | **12:07:24PM (1)** 396:16 |
| **11:45:59AM (1)** 391:18 | **12:02:59PM (1)** 392:21 | **12:04:29PM (1)** 394:2 | **12:05:21PM (1)** 395:10 | **12:07:27PM (1)** 396:17 |
| **11:46:00AM (1)** 391:19 | **12:03:02PM (1)** 392:22 | **12:04:31PM (2)** 394:3,4 | **12:05:49PM (1)** 395:11 | **12:07:30PM (1)** 396:18 |
| **11:46:03AM (2)** 391:20,21 | **12:03:03PM (1)** 392:23 | **12:04:32PM (1)** 394:5 | **12:05:51PM (2)** 395:12,13 | **12:07:31PM (1)** 396:19 |
| **11:47 (1)** 391:18 | **12:03:04PM (1)** 392:24 | **12:04:37PM (1)** 394:6 | **12:05:52PM (1)** 395:14 | **12:07:36PM (1)** 396:20 |
| **11501 (1)** 305:7 | **12:03:05PM (1)** 392:25 | **12:04:38PM (1)** 394:7 | **12:05:55PM (2)** 395:15,16 | **12:07:38PM (1)** 396:21 |
| **11556-0926 (1)** 304:22 | **12:03:08PM (1)** 393:2 | **12:04:39PM (2)** 394:8,9 | **12:06:01PM (1)** 395:17 | **12:07:42PM (1)** 396:22 |
| **11770 (3)** 307:10 383:4,5 | **12:03:11PM (1)** 393:3 | **12:04:40PM (1)** 394:10 | **12:06:04PM (1)** 395:18 | **12:07:43PM (1)** 396:23 |
| **11788 (1)** 305:15 | **12:03:18PM (1)** 393:4 | **12:04:43PM (1)** 394:11 | **12:06:09PM (1)** 395:19 | **12:07:44PM (1)** 396:24 |
| **12 (4)** 376:9,13,16 485:15 | **12:03:27PM (1)** 393:5 | **12:04:45PM (1)** 394:12 | **12:06:13PM (1)** 395:20 | **12:07:48PM (1)** 396:25 |
| **12:02:16PM (1)** 391:22 | **12:03:29PM (1)** 393:6 | **12:04:47PM (1)** 394:13 | **12:06:15PM (1)** 395:21 | **12:07:51PM (2)** 397:2,3 |
| **12:02:17PM (1)** 391:23 | **12:03:32PM (1)** 393:7 | **12:04:48PM (1)** 394:14 | **12:06:20PM (1)** 395:22 | **12:07:53PM (1)** 397:4 |
| **12:02:20PM (1)** 391:24 | **12:03:38PM (1)** 393:8 | **12:04:50PM (1)** 394:15 | **12:06:26PM (1)** 395:23 | **12:07:57PM (1)** 397:5 |
| **12:02:21PM (1)** 391:25 | **12:03:42PM (1)** 393:9 | **12:04:53PM (1)** 394:16 | **12:06:29PM (1)** 395:24 | **12:08:01PM (1)** 397:6 |
| **12:02:24PM (1)** 392:2 | **12:03:45PM (1)** 393:10 | **12:04:54PM (1)** 394:17 | **12:06:32PM (1)** 395:25 | **12:08:07PM (1)** 397:7 |
| **12:02:25PM (2)** 392:3,4 | **12:03:53PM (1)** 393:11 | **12:04:55PM (1)** 394:18 | **12:06:37PM (1)** 396:2 | **12:08:10PM (1)** 397:8 |
| **12:02:27PM (1)** 392:5 | **12:03:55PM (1)** 393:12 | **12:04:56PM (1)** 394:19 | **12:06:40PM (1)** 396:3 | **12:08:13PM (1)** 397:9 |
| **12:02:34PM (1)** 392:6 | **12:03:57PM (1)** 393:13 | **12:04:57PM (1)** 394:20 | **12:06:43PM (1)** 396:4 | **12:08:16PM (1)** 397:10 |
| **12:02:37PM (1)** 392:7 | **12:04 (1)** 391:22 | **12:04:59PM (1)** 394:21 | **12:06:45PM (1)** 396:5 | **12:08:18PM (1)** 397:11 |
| **12:02:38PM (1)** 392:8 | **12:04:00PM (1)** 393:14 | **12:05:02PM (1)** 394:22 | **12:06:48PM (1)** 396:6 | **12:08:21PM (1)** 397:12 |
| **12:02:40PM (2)** 392:9,10 | **12:04:01PM (1)** 393:15 | **12:05:04PM (1)** 394:23 | **12:06:52PM (1)** 396:7 | **12:08:26PM (1)** 397:13 |

| | | | | |
|---|---|---|---|---|
| **12:08:30PM (2)**<br>397:14,15 | **12:09:32PM (1)**<br>398:23 | **12:10:46PM (2)**<br>400:5,6 | **12:12:14PM (1)**<br>401:13 | **12:13:19PM (1)**<br>402:21 |
| **12:08:32PM (1)**<br>397:16 | **12:09:35PM (1)**<br>398:24 | **12:10:49PM (1)**<br>400:7 | **12:12:17PM (2)**<br>401:14,15 | **12:13:21PM (1)**<br>402:22 |
| **12:08:33PM (1)**<br>397:17 | **12:09:36PM (1)**<br>398:25 | **12:10:51PM (1)**<br>400:8 | **12:12:18PM (1)**<br>401:16 | **12:13:23PM (2)**<br>402:23,24 |
| **12:08:37PM (1)**<br>397:18 | **12:09:39PM (1)**<br>399:2 | **12:10:52PM (2)**<br>400:9,10 | **12:12:20PM (1)**<br>401:17 | **12:13:27PM (1)**<br>402:25 |
| **12:08:38PM (1)**<br>397:19 | **12:09:41PM (1)**<br>399:3 | **12:10:54PM (1)**<br>400:11 | **12:12:23PM (1)**<br>401:18 | **12:13:29PM (1)**<br>403:2 |
| **12:08:40PM (1)**<br>397:20 | **12:09:44PM (1)**<br>399:4 | **12:10:57PM (1)**<br>400:12 | **12:12:24PM (1)**<br>401:19 | **12:13:31PM (2)**<br>403:3,4 |
| **12:08:42PM (1)**<br>397:21 | **12:09:45PM (1)**<br>399:5 | **12:10:58PM (1)**<br>400:13 | **12:12:26PM (1)**<br>401:20 | **12:13:34PM (1)**<br>403:5 |
| **12:08:45PM (1)**<br>397:22 | **12:09:46PM (1)**<br>399:6 | **12:10:59PM (1)**<br>400:14 | **12:12:27PM (2)**<br>401:21,22 | **12:13:36PM (1)**<br>403:6 |
| **12:08:46PM (1)**<br>397:23 | **12:09:48PM (1)**<br>399:7 | **12:11:01PM (1)**<br>400:15 | **12:12:28PM (1)**<br>401:23 | **12:13:37PM (1)**<br>403:7 |
| **12:08:48PM (1)**<br>397:24 | **12:09:50PM (1)**<br>399:8 | **12:11:04PM (1)**<br>400:16 | **12:12:29PM (1)**<br>401:24 | **12:13:38PM (1)**<br>403:8 |
| **12:08:49PM (2)**<br>397:25 398:2 | **12:09:54PM (1)**<br>399:9 | **12:11:08PM (1)**<br>400:17 | **12:12:31PM (1)**<br>401:25 | **12:13:39PM (1)**<br>403:9 |
| **12:08:59PM (1)**<br>398:3 | **12:09:56PM (1)**<br>399:10 | **12:11:09PM (1)**<br>400:18 | **12:12:32PM (1)**<br>402:2 | **12:13:42PM (1)**<br>403:10 |
| **12:09:01PM (1)**<br>398:4 | **12:09:59PM (1)**<br>399:11 | **12:11:35PM (1)**<br>400:19 | **12:12:33PM (1)**<br>402:3 | **12:13:44PM (1)**<br>403:11 |
| **12:09:02PM (1)**<br>398:5 | **12:10:01PM (1)**<br>399:12 | **12:11:39PM (1)**<br>400:20 | **12:12:36PM (2)**<br>402:4,5 | **12:13:45PM (2)**<br>403:12,13 |
| **12:09:04PM (1)**<br>398:6 | **12:10:06PM (1)**<br>399:13 | **12:11:40PM (1)**<br>400:21 | **12:12:38PM (1)**<br>402:6 | **12:13:51PM (1)**<br>403:14 |
| **12:09:07PM (1)**<br>398:7 | **12:10:08PM (1)**<br>399:14 | **12:11:41PM (1)**<br>400:22 | **12:12:40PM (1)**<br>402:7 | **12:13:52PM (1)**<br>403:15 |
| **12:09:09PM (1)**<br>398:8 | **12:10:10PM (1)**<br>399:15 | **12:11:42PM (1)**<br>400:23 | **12:12:42PM (1)**<br>402:8 | **12:13:54PM (1)**<br>403:16 |
| **12:09:11PM (1)**<br>398:9 | **12:10:13PM (1)**<br>399:16 | **12:11:44PM (1)**<br>400:24 | **12:12:45PM (1)**<br>402:9 | **12:13:58PM (1)**<br>403:17 |
| **12:09:13PM (2)**<br>398:10,11 | **12:10:15PM (1)**<br>399:17 | **12:11:47PM (1)**<br>400:25 | **12:12:46PM (1)**<br>402:10 | **12:14:02PM (1)**<br>403:18 |
| **12:09:15PM (1)**<br>398:12 | **12:10:16PM (1)**<br>399:18 | **12:11:50PM (1)**<br>401:2 | **12:12:47PM (1)**<br>402:11 | **12:14:04PM (1)**<br>403:19 |
| **12:09:16PM (2)**<br>398:13,14 | **12:10:17PM (2)**<br>399:19,20 | **12:11:51PM (1)**<br>401:3 | **12:12:50PM (1)**<br>402:12 | **12:14:10PM (1)**<br>403:20 |
| **12:09:19PM (1)**<br>398:15 | **12:10:19PM (1)**<br>399:21 | **12:11:53PM (2)**<br>401:4,5 | **12:12:51PM (1)**<br>402:13 | **12:14:18PM (1)**<br>403:21 |
| **12:09:22PM (1)**<br>398:16 | **12:10:21PM (1)**<br>399:22 | **12:11:56PM (1)**<br>401:6 | **12:12:53PM (1)**<br>402:14 | **12:14:19PM (2)**<br>403:22,23 |
| **12:09:23PM (1)**<br>398:17 | **12:10:25PM (1)**<br>399:23 | **12:11:57PM (1)**<br>401:7 | **12:12:58PM (1)**<br>402:15 | **12:14:22PM (1)**<br>403:24 |
| **12:09:25PM (1)**<br>398:18 | **12:10:27PM (1)**<br>399:24 | **12:12:02PM (1)**<br>401:8 | **12:13:09PM (1)**<br>402:16 | **12:14:24PM (1)**<br>403:25 |
| **12:09:26PM (1)**<br>398:19 | **12:10:29PM (1)**<br>399:25 | **12:12:07PM (1)**<br>401:9 | **12:13:13PM (1)**<br>402:17 | **12:14:26PM (1)**<br>404:2 |
| **12:09:27PM (1)**<br>398:20 | **12:10:34PM (1)**<br>400:2 | **12:12:09PM (1)**<br>401:10 | **12:13:14PM (1)**<br>402:18 | **12:14:33PM (1)**<br>404:3 |
| **12:09:29PM (1)**<br>398:21 | **12:10:39PM (1)**<br>400:3 | **12:12:10PM (1)**<br>401:11 | **12:13:16PM (1)**<br>402:19 | **12:14:37PM (1)**<br>404:4 |
| **12:09:31PM (1)**<br>398:22 | **12:10:42PM (1)**<br>400:4 | **12:12:11PM (1)**<br>401:12 | **12:13:18PM (1)**<br>402:20 | **12:14:49PM (1)**<br>404:5 |

| | | | | |
|---|---|---|---|---|
| **12:14:50PM (1)**<br>404:6 | **12:16:17PM (1)**<br>405:12 | **12:17:24PM (1)**<br>406:21 | **12:18:37PM (1)**<br>408:4 | **12:19:37PM (1)**<br>409:11 |
| **12:14:55PM (1)**<br>404:7 | **12:16:20PM (1)**<br>405:13 | **12:17:28PM (1)**<br>406:22 | **12:18:38PM (1)**<br>408:5 | **12:19:38PM (1)**<br>409:12 |
| **12:14:58PM (1)**<br>404:8 | **12:16:23PM (1)**<br>405:14 | **12:17:30PM (1)**<br>406:23 | **12:18:40PM (1)**<br>408:6 | **12:19:40PM (1)**<br>409:13 |
| **12:15:01PM (1)**<br>404:9 | **12:16:24PM (1)**<br>405:15 | **12:17:32PM (1)**<br>406:24 | **12:18:41PM (1)**<br>408:7 | **12:19:42PM (1)**<br>409:14 |
| **12:15:06PM (1)**<br>404:10 | **12:16:26PM (1)**<br>405:16 | **12:17:35PM (1)**<br>406:25 | **12:18:43PM (1)**<br>408:8 | **12:19:46PM (1)**<br>409:15 |
| **12:15:09PM (1)**<br>404:11 | **12:16:27PM (1)**<br>405:17 | **12:17:38PM (1)**<br>407:2 | **12:18:45PM (1)**<br>408:9 | **12:19:48PM (1)**<br>409:16 |
| **12:15:14PM (1)**<br>404:12 | **12:16:28PM (1)**<br>405:18 | **12:17:40PM (1)**<br>407:3 | **12:18:46PM (1)**<br>408:10 | **12:19:50PM (1)**<br>409:17 |
| **12:15:18PM (1)**<br>404:13 | **12:16:30PM (1)**<br>405:19 | **12:17:42PM (1)**<br>407:4 | **12:18:49PM (1)**<br>408:11 | **12:19:52PM (2)**<br>409:18,19 |
| **12:15:19PM (1)**<br>404:14 | **12:16:32PM (1)**<br>405:20 | **12:17:44PM (1)**<br>407:5 | **12:18:51PM (1)**<br>408:12 | **12:19:54PM (1)**<br>409:20 |
| **12:15:21PM (1)**<br>404:15 | **12:16:37PM (1)**<br>405:21 | **12:17:45PM (1)**<br>407:6 | **12:18:52PM (1)**<br>408:13 | **12:19:57PM (1)**<br>409:21 |
| **12:15:23PM (1)**<br>404:16 | **12:16:40PM (1)**<br>405:22 | **12:17:46PM (1)**<br>407:7 | **12:18:54PM (1)**<br>408:14 | **12:19:59PM (1)**<br>409:22 |
| **12:15:30PM (1)**<br>404:17 | **12:16:41PM (1)**<br>405:23 | **12:17:49PM (1)**<br>407:8 | **12:18:56PM (1)**<br>408:15 | **12:20:00PM (2)**<br>409:23,24 |
| **12:15:33PM (1)**<br>404:18 | **12:16:44PM (2)**<br>405:24,25 | **12:17:51PM (1)**<br>407:9 | **12:18:57PM (1)**<br>408:16 | **12:20:04PM (1)**<br>409:25 |
| **12:15:34PM (1)**<br>404:19 | **12:16:45PM (2)**<br>406:2,3 | **12:18:03PM (1)**<br>407:10 | **12:18:58PM (1)**<br>408:17 | **12:20:05PM (1)**<br>410:2 |
| **12:15:36PM (1)**<br>404:20 | **12:16:46PM (3)**<br>406:4,5,6 | **12:18:06PM (1)**<br>407:11 | **12:18:59PM (1)**<br>408:18 | **12:20:09PM (1)**<br>410:3 |
| **12:15:39PM (1)**<br>404:21 | **12:16:47PM (1)**<br>406:7 | **12:18:07PM (1)**<br>407:12 | **12:19:01PM (1)**<br>408:19 | **12:20:10PM (1)**<br>410:4 |
| **12:15:42PM (1)**<br>404:22 | **12:16:49PM (1)**<br>406:8 | **12:18:09PM (1)**<br>407:13 | **12:19:04PM (1)**<br>408:20 | **12:20:11PM (1)**<br>410:5 |
| **12:15:45PM (1)**<br>404:23 | **12:16:52PM (1)**<br>406:9 | **12:18:13PM (1)**<br>407:14 | **12:19:06PM (1)**<br>408:21 | **12:20:12PM (1)**<br>410:6 |
| **12:15:46PM (1)**<br>404:24 | **12:16:55PM (1)**<br>406:10 | **12:18:14PM (1)**<br>407:15 | **12:19:10PM (1)**<br>408:22 | **12:20:15PM (1)**<br>410:7 |
| **12:15:47PM (1)**<br>404:25 | **12:16:57PM (1)**<br>406:11 | **12:18:16PM (1)**<br>407:16 | **12:19:17PM (1)**<br>408:23 | **12:20:16PM (1)**<br>410:8 |
| **12:15:50PM (1)**<br>405:2 | **12:16:58PM (1)**<br>406:12 | **12:18:17PM (1)**<br>407:17 | **12:19:20PM (1)**<br>408:24 | **12:20:19PM (1)**<br>410:9 |
| **12:15:54PM (1)**<br>405:3 | **12:17:00PM (1)**<br>406:13 | **12:18:19PM (1)**<br>407:18 | **12:19:21PM (1)**<br>408:25 | **12:20:20PM (1)**<br>410:10 |
| **12:16:01PM (1)**<br>405:4 | **12:17:05PM (1)**<br>406:14 | **12:18:22PM (1)**<br>407:19 | **12:19:23PM (1)**<br>409:2 | **12:20:21PM (1)**<br>410:11 |
| **12:16:02PM (1)**<br>405:5 | **12:17:08PM (1)**<br>406:15 | **12:18:23PM (2)**<br>407:20,21 | **12:19:25PM (1)**<br>409:3 | **12:20:23PM (1)**<br>410:12 |
| **12:16:04PM (1)**<br>405:6 | **12:17:12PM (1)**<br>406:16 | **12:18:27PM (1)**<br>407:22 | **12:19:27PM (1)**<br>409:4 | **12:20:25PM (1)**<br>410:13 |
| **12:16:09PM (1)**<br>405:7 | **12:17:14PM (1)**<br>406:17 | **12:18:29PM (1)**<br>407:23 | **12:19:29PM (1)**<br>409:5 | **12:20:26PM (1)**<br>410:14 |
| **12:16:11PM (1)**<br>405:8 | **12:17:17PM (1)**<br>406:18 | **12:18:31PM (1)**<br>407:24 | **12:19:32PM (1)**<br>409:6 | **12:20:27PM (1)**<br>410:15 |
| **12:16:15PM (1)**<br>405:9 | **12:17:20PM (1)**<br>406:19 | **12:18:33PM (2)**<br>407:25 408:2 | **12:19:33PM (2)**<br>409:7,8 | **12:20:29PM (1)**<br>410:16 |
| **12:16:16PM (2)**<br>405:10,11 | **12:17:22PM (1)**<br>406:20 | **12:18:35PM (1)**<br>408:3 | **12:19:35PM (2)**<br>409:9,10 | **12:20:39PM (1)**<br>410:17 |

| | | | | |
|---|---|---|---|---|
| **12:20:41PM (1)** 410:18 | **12:21:59PM (1)** 411:25 | **12:23:06PM (1)** 413:8 | **12:24:41PM (1)** 414:14 | **12:26:09PM (1)** 415:22 |
| **12:20:43PM (1)** 410:19 | **12:22:01PM (1)** 412:2 | **12:23:08PM (1)** 413:9 | **12:24:43PM (1)** 414:15 | **12:26:12PM (1)** 415:23 |
| **12:20:45PM (1)** 410:20 | **12:22:03PM (1)** 412:3 | **12:23:13PM (1)** 413:10 | **12:24:46PM (1)** 414:16 | **12:26:15PM (1)** 415:24 |
| **12:20:47PM (1)** 410:21 | **12:22:06PM (1)** 412:4 | **12:23:15PM (1)** 413:11 | **12:24:48PM (2)** 414:17,18 | **12:26:17PM (1)** 415:25 |
| **12:20:53PM (1)** 410:22 | **12:22:07PM (1)** 412:5 | **12:23:17PM (1)** 413:12 | **12:24:50PM (1)** 414:19 | **12:26:18PM (1)** 416:2 |
| **12:20:55PM (2)** 410:23,24 | **12:22:09PM (1)** 412:6 | **12:23:21PM (1)** 413:13 | **12:24:53PM (1)** 414:20 | **12:26:21PM (1)** 416:3 |
| **12:20:57PM (1)** 410:25 | **12:22:11PM (2)** 412:7,8 | **12:23:23PM (1)** 413:14 | **12:24:59PM (1)** 414:21 | **12:26:23PM (1)** 416:4 |
| **12:20:59PM (1)** 411:2 | **12:22:14PM (1)** 412:9 | **12:23:25PM (1)** 413:15 | **12:25:00PM (1)** 414:22 | **12:26:24PM (1)** 416:5 |
| **12:21:01PM (1)** 411:3 | **12:22:18PM (1)** 412:10 | **12:23:28PM (1)** 413:16 | **12:25:01PM (2)** 414:23,24 | **12:26:26PM (1)** 416:6 |
| **12:21:04PM (1)** 411:4 | **12:22:20PM (1)** 412:11 | **12:23:30PM (1)** 413:17 | **12:25:03PM (2)** 414:25 415:2 | **12:26:32PM (1)** 416:7 |
| **12:21:07PM (1)** 411:5 | **12:22:24PM (1)** 412:12 | **12:23:40PM (1)** 413:18 | **12:25:06PM (1)** 415:3 | **12:26:34PM (1)** 416:8 |
| **12:21:15PM (1)** 411:6 | **12:22:26PM (1)** 412:13 | **12:23:42PM (1)** 413:19 | **12:25:11PM (1)** 415:4 | **12:26:36PM (1)** 416:9 |
| **12:21:17PM (1)** 411:7 | **12:22:29PM (1)** 412:14 | **12:23:44PM (1)** 413:20 | **12:25:13PM (1)** 415:5 | **12:26:39PM (1)** 416:10 |
| **12:21:20PM (1)** 411:8 | **12:22:33PM (1)** 412:15 | **12:23:46PM (1)** 413:21 | **12:25:18PM (1)** 415:6 | **12:26:43PM (1)** 416:11 |
| **12:21:21PM (1)** 411:9 | **12:22:36PM (1)** 412:16 | **12:23:49PM (1)** 413:22 | **12:25:22PM (1)** 415:7 | **12:26:50PM (1)** 416:12 |
| **12:21:27PM (1)** 411:10 | **12:22:38PM (1)** 412:17 | **12:23:52PM (1)** 413:23 | **12:25:24PM (1)** 415:8 | **12:26:51PM (1)** 416:13 |
| **12:21:28PM (1)** 411:11 | **12:22:42PM (1)** 412:18 | **12:23:56PM (1)** 413:24 | **12:25:26PM (1)** 415:9 | **12:26:53PM (1)** 416:14 |
| **12:21:30PM (1)** 411:12 | **12:22:45PM (1)** 412:19 | **12:23:58PM (1)** 413:25 | **12:25:29PM (1)** 415:10 | **12:26:54PM (1)** 416:15 |
| **12:21:32PM (1)** 411:13 | **12:22:48PM (1)** 412:20 | **12:24:02PM (1)** 414:2 | **12:25:41PM (1)** 415:11 | **12:26:57PM (1)** 416:16 |
| **12:21:33PM (1)** 411:14 | **12:22:50PM (1)** 412:21 | **12:24:04PM (1)** 414:3 | **12:25:42PM (1)** 415:12 | **12:27:01PM (1)** 416:17 |
| **12:21:35PM (1)** 411:15 | **12:22:52PM (1)** 412:22 | **12:24:08PM (1)** 414:4 | **12:25:45PM (1)** 415:13 | **12:27:04PM (1)** 416:18 |
| **12:21:38PM (1)** 411:16 | **12:22:53PM (1)** 412:23 | **12:24:11PM (1)** 414:5 | **12:25:46PM (1)** 415:14 | **12:27:09PM (1)** 416:19 |
| **12:21:41PM (1)** 411:17 | **12:22:55PM (1)** 412:24 | **12:24:16PM (1)** 414:6 | **12:25:48PM (1)** 415:15 | **12:27:11PM (1)** 416:20 |
| **12:21:44PM (1)** 411:18 | **12:22:58PM (1)** 412:25 | **12:24:24PM (1)** 414:7 | **12:25:52PM (1)** 415:16 | **12:27:12PM (2)** 416:21,22 |
| **12:21:47PM (2)** 411:19,20 | **12:22:59PM (1)** 413:2 | **12:24:28PM (1)** 414:8 | **12:25:55PM (1)** 415:17 | **12:27:14PM (1)** 416:23 |
| **12:21:51PM (1)** 411:21 | **12:23:00PM (1)** 413:3 | **12:24:29PM (2)** 414:9,10 | **12:25:58PM (1)** 415:18 | **12:27:15PM (1)** 416:24 |
| **12:21:53PM (1)** 411:22 | **12:23:02PM (2)** 413:4,5 | **12:24:30PM (1)** 414:11 | **12:26:01PM (1)** 415:19 | **12:27:21PM (1)** 416:25 |
| **12:21:55PM (1)** 411:23 | **12:23:04PM (1)** 413:6 | **12:24:33PM (1)** 414:12 | **12:26:04PM (1)** 415:20 | **12:27:22PM (1)** 417:2 |
| **12:21:58PM (1)** 411:24 | **12:23:05PM (1)** 413:7 | **12:24:37PM (1)** 414:13 | **12:26:06PM (1)** 415:21 | **12:27:23PM (1)** 417:3 |

| | | | | |
|---|---|---|---|---|
| **12:27:24PM (1)** 417:4 | **12:28:45PM (1)** 418:10 | **12:29:51PM (1)** 419:16 | **12:30:51PM (1)** 420:23 | **12:31:48PM (1)** 422:12 |
| **12:27:28PM (1)** 417:5 | **12:28:47PM (1)** 418:11 | **12:29:54PM (1)** 419:17 | **12:30:52PM (1)** 420:24 | **12:31:49PM (1)** 422:13 |
| **12:27:31PM (1)** 417:6 | **12:28:49PM (1)** 418:12 | **12:29:55PM (1)** 419:18 | **12:30:57PM (1)** 420:25 | **12:31:50PM (1)** 422:14 |
| **12:27:32PM (1)** 417:7 | **12:28:51PM (1)** 418:13 | **12:29:57PM (1)** 419:19 | **12:30:58PM (1)** 421:2 | **12:31:51PM (1)** 422:15 |
| **12:27:36PM (1)** 417:8 | **12:28:52PM (1)** 418:14 | **12:30 (1)** 424:16 | **12:30:59PM (1)** 421:3 | **12:31:52PM (1)** 422:16 |
| **12:27:38PM (1)** 417:9 | **12:28:55PM (1)** 418:15 | **12:30:01PM (1)** 419:20 | **12:31:00PM (1)** 421:4 | **12:31:53PM (1)** 422:17 |
| **12:27:41PM (1)** 417:10 | **12:28:58PM (1)** 418:16 | **12:30:03PM (1)** 419:21 | **12:31:02PM (1)** 421:5 | **12:31:54PM (1)** 422:18 |
| **12:27:44PM (1)** 417:11 | **12:28:59PM (1)** 418:17 | **12:30:05PM (1)** 419:22 | **12:31:04PM (1)** 421:6 | **12:31:59PM (1)** 422:19 |
| **12:27:46PM (1)** 417:12 | **12:29:01PM (1)** 418:18 | **12:30:07PM (1)** 419:23 | **12:31:07PM (1)** 421:7 | **12:32:06PM (1)** 422:20 |
| **12:27:48PM (1)** 417:13 | **12:29:05PM (1)** 418:19 | **12:30:08PM (1)** 419:24 | **12:31:10PM (1)** 421:8 | **12:32:09PM (1)** 422:21 |
| **12:27:50PM (1)** 417:14 | **12:29:09PM (1)** 418:20 | **12:30:11PM (2)** 419:25 420:2 | **12:31:11PM (1)** 421:9 | **12:32:10PM (1)** 422:22 |
| **12:27:53PM (1)** 417:15 | **12:29:12PM (1)** 418:21 | **12:30:14PM (1)** 420:3 | **12:31:13PM (1)** 421:10 | **12:32:12PM (1)** 422:23 |
| **12:28:10PM (1)** 417:16 | **12:29:14PM (1)** 418:22 | **12:30:15PM (2)** 420:4,5 | **12:31:14PM (1)** 421:11 | **12:32:17PM (1)** 422:24 |
| **12:28:14PM (1)** 417:17 | **12:29:16PM (1)** 418:23 | **12:30:18PM (1)** 420:6 | **12:31:16PM (1)** 421:12 | **12:32:20PM (1)** 422:25 |
| **12:28:17PM (1)** 417:18 | **12:29:18PM (1)** 418:24 | **12:30:22PM (1)** 420:7 | **12:31:18PM (3)** 421:13,14,15 | **12:32:21PM (1)** 423:2 |
| **12:28:19PM (1)** 417:19 | **12:29:22PM (1)** 418:25 | **12:30:25PM (1)** 420:8 | **12:31:20PM (1)** 421:16 | **12:32:24PM (1)** 423:3 |
| **12:28:20PM (1)** 417:20 | **12:29:24PM (1)** 419:2 | **12:30:27PM (1)** 420:9 | **12:31:21PM (2)** 421:17,18 | **12:32:26PM (1)** 423:4 |
| **12:28:24PM (1)** 417:21 | **12:29:26PM (1)** 419:3 | **12:30:28PM (1)** 420:10 | **12:31:22PM (1)** 421:19 | **12:32:28PM (1)** 423:5 |
| **12:28:27PM (1)** 417:22 | **12:29:27PM (1)** 419:4 | **12:30:29PM (1)** 420:11 | **12:31:23PM (1)** 421:20 | **12:32:32PM (1)** 423:6 |
| **12:28:28PM (1)** 417:23 | **12:29:35PM (1)** 419:5 | **12:30:31PM (2)** 420:12,13 | **12:31:26PM (1)** 421:21 | **12:32:33PM (1)** 423:7 |
| **12:28:29PM (1)** 417:24 | **12:29:37PM (1)** 419:6 | **12:30:32PM (1)** 420:14 | **12:31:28PM (1)** 421:22 | **12:32:34PM (1)** 423:8 |
| **12:28:32PM (1)** 417:25 | **12:29:40PM (1)** 419:7 | **12:30:34PM (1)** 420:15 | **12:31:30PM (1)** 421:23 | **12:32:35PM (1)** 423:9 |
| **12:28:34PM (1)** 418:2 | **12:29:41PM (1)** 419:8 | **12:30:37PM (1)** 420:16 | **12:31:31PM (4)** 421:24,25 422:2,3 | **12:32:38PM (1)** 423:10 |
| **12:28:37PM (1)** 418:3 | **12:29:42PM (1)** 419:9 | **12:30:38PM (1)** 420:17 | **12:31:34PM (1)** 422:4 | **12:32:39PM (1)** 423:11 |
| **12:28:38PM (1)** 418:4 | **12:29:44PM (1)** 419:10 | **12:30:40PM (1)** 420:18 | **12:31:36PM (1)** 422:5 | **12:32:40PM (1)** 423:12 |
| **12:28:40PM (1)** 418:5 | **12:29:46PM (2)** 419:11,12 | **12:30:42PM (1)** 420:19 | **12:31:40PM (2)** 422:6,7 | **12:32:43PM (1)** 423:13 |
| **12:28:42PM (1)** 418:6 | **12:29:47PM (1)** 419:13 | **12:30:43PM (1)** 420:20 | **12:31:42PM (1)** 422:8 | **12:32:45PM (1)** 423:14 |
| **12:28:43PM (1)** 418:7 | **12:29:49PM (1)** 419:14 | **12:30:44PM (1)** 420:21 | **12:31:43PM (2)** 422:9,10 | **12:32:46PM (2)** 423:15,16 |
| **12:28:44PM (2)** 418:8,9 | **12:29:50PM (1)** 419:15 | **12:30:47PM (1)** 420:22 | **12:31:45PM (1)** 422:11 | **12:32:47PM (1)** 423:17 |

| | | | | |
|---|---|---|---|---|
| **12:32:48PM (1)**<br>423:18 | **12:34:30PM (1)**<br>424:23 | **12:36:31PM (1)**<br>426:9 | **12:37:52PM (1)**<br>427:15 | **12:38:53PM (2)**<br>429:3,4 |
| **12:32:49PM (1)**<br>423:19 | **12:34:38PM (2)**<br>424:24,25 | **12:36:35PM (1)**<br>426:10 | **12:37:53PM (1)**<br>427:16 | **12:38:55PM (2)**<br>429:5,6 |
| **12:32:51PM (1)**<br>423:20 | **12:34:39PM (1)**<br>425:2 | **12:36:36PM (1)**<br>426:11 | **12:37:55PM (1)**<br>427:17 | **12:38:59PM (1)**<br>429:7 |
| **12:32:54PM (1)**<br>423:21 | **12:34:42PM (1)**<br>425:3 | **12:36:38PM (1)**<br>426:12 | **12:37:57PM (1)**<br>427:18 | **12:39:01PM (1)**<br>429:8 |
| **12:32:56PM (1)**<br>423:22 | **12:34:46PM (2)**<br>425:4,5 | **12:36:40PM (1)**<br>426:13 | **12:37:59PM (2)**<br>427:19,20 | **12:39:03PM (1)**<br>429:9 |
| **12:32:59PM (1)**<br>423:23 | **12:34:48PM (1)**<br>425:6 | **12:36:43PM (1)**<br>426:14 | **12:38:00PM (1)**<br>427:21 | **12:39:04PM (1)**<br>429:10 |
| **12:33:02PM (1)**<br>423:24 | **12:34:50PM (1)**<br>425:7 | **12:36:46PM (1)**<br>426:15 | **12:38:02PM (1)**<br>427:22 | **12:39:06PM (1)**<br>429:11 |
| **12:33:09PM (1)**<br>423:25 | **12:34:52PM (1)**<br>425:8 | **12:36:47PM (1)**<br>426:16 | **12:38:03PM (1)**<br>427:23 | **12:39:12PM (1)**<br>429:12 |
| **12:33:15PM (1)**<br>424:2 | **12:34:56PM (1)**<br>425:9 | **12:36:48PM (1)**<br>426:17 | **12:38:04PM (1)**<br>427:24 | **12:39:17PM (1)**<br>429:13 |
| **12:33:29PM (1)**<br>424:3 | **12:34:58PM (1)**<br>425:10 | **12:36:50PM (1)**<br>426:18 | **12:38:05PM (1)**<br>427:25 | **12:39:19PM (1)**<br>429:14 |
| **12:33:30PM (1)**<br>424:4 | **12:35:01PM (1)**<br>425:11 | **12:36:54PM (1)**<br>426:19 | **12:38:12PM (1)**<br>428:2 | **12:39:20PM (1)**<br>429:15 |
| **12:33:32PM (1)**<br>424:5 | **12:35:03PM (3)**<br>425:12,13,14 | **12:36:55PM (1)**<br>426:20 | **12:38:13PM (1)**<br>428:3 | **12:39:21PM (2)**<br>429:16,17 |
| **12:33:37PM (1)**<br>424:6 | **12:35:54PM (1)**<br>425:15 | **12:36:56PM (2)**<br>426:21,22 | **12:38:14PM (3)**<br>428:4,5,6 | **12:39:24PM (1)**<br>429:18 |
| **12:33:39PM (1)**<br>424:7 | **12:35:55PM (1)**<br>425:16 | **12:36:59PM (1)**<br>426:23 | **12:38:17PM (1)**<br>428:7 | **12:39:25PM (1)**<br>429:19 |
| **12:33:45PM (1)**<br>424:8 | **12:35:57PM (1)**<br>425:17 | **12:37:04PM (1)**<br>426:24 | **12:38:18PM (2)**<br>428:8,9 | **12:39:27PM (2)**<br>429:20,21 |
| **12:33:48PM (1)**<br>424:9 | **12:36:01PM (1)**<br>425:18 | **12:37:07PM (1)**<br>426:25 | **12:38:21PM (1)**<br>428:10 | **12:39:29PM (1)**<br>429:22 |
| **12:33:51PM (1)**<br>424:10 | **12:36:02PM (1)**<br>425:19 | **12:37:11PM (1)**<br>427:2 | **12:38:22PM (1)**<br>428:11 | **12:39:32PM (1)**<br>429:23 |
| **12:33:53PM (1)**<br>424:11 | **12:36:03PM (1)**<br>425:20 | **12:37:13PM (1)**<br>427:3 | **12:38:24PM (1)**<br>428:12 | **12:39:33PM (1)**<br>429:24 |
| **12:33:54PM (1)**<br>424:12 | **12:36:04PM (1)**<br>425:21 | **12:37:14PM (1)**<br>427:4 | **12:38:25PM (1)**<br>428:13 | **12:39:35PM (1)**<br>429:25 |
| **12:33:55PM (1)**<br>424:13 | **12:36:06PM (1)**<br>425:22 | **12:37:18PM (1)**<br>427:5 | **12:38:27PM (1)**<br>428:14 | **12:39:37PM (1)**<br>430:2 |
| **12:34:11PM (1)**<br>424:14 | **12:36:08PM (1)**<br>425:23 | **12:37:20PM (1)**<br>427:6 | **12:38:29PM (3)**<br>428:15,16,17 | **12:39:39PM (1)**<br>430:3 |
| **12:34:12PM (1)**<br>424:15 | **12:36:09PM (1)**<br>425:24 | **12:37:37PM (1)**<br>427:7 | **12:38:30PM (1)**<br>428:18 | **12:39:41PM (1)**<br>430:4 |
| **12:34:14PM (1)**<br>424:16 | **12:36:12PM (1)**<br>425:25 | **12:37:38PM (1)**<br>427:8 | **12:38:33PM (2)**<br>428:19,20 | **12:39:45PM (1)**<br>430:5 |
| **12:34:17PM (1)**<br>424:17 | **12:36:15PM (2)**<br>426:2,3 | **12:37:40PM (1)**<br>427:9 | **12:38:36PM (1)**<br>428:21 | **12:39:47PM (1)**<br>430:6 |
| **12:34:18PM (1)**<br>424:18 | **12:36:16PM (1)**<br>426:4 | **12:37:44PM (1)**<br>427:10 | **12:38:37PM (1)**<br>428:22 | **12:39:48PM (1)**<br>430:7 |
| **12:34:20PM (1)**<br>424:19 | **12:36:17PM (1)**<br>426:5 | **12:37:46PM (1)**<br>427:11 | **12:38:43PM (1)**<br>428:23 | **12:39:49PM (1)**<br>430:8 |
| **12:34:21PM (1)**<br>424:20 | **12:36:20PM (1)**<br>426:6 | **12:37:48PM (1)**<br>427:12 | **12:38:48PM (1)**<br>428:24 | **12:39:50PM (1)**<br>430:9 |
| **12:34:23PM (1)**<br>424:21 | **12:36:21PM (1)**<br>426:7 | **12:37:50PM (1)**<br>427:13 | **12:38:50PM (1)**<br>428:25 | **12:39:51PM (1)**<br>430:10 |
| **12:34:26PM (1)**<br>424:22 | **12:36:25PM (1)**<br>426:8 | **12:37:51PM (1)**<br>427:14 | **12:38:51PM (1)**<br>429:2 | **12:39:53PM (1)**<br>430:11 |

**12:39:54PM (2)**
430:12,13
**12:39:55PM (1)**
430:14
**12:39:56PM (2)**
430:15,16
**12:40:00PM (1)**
430:17
**12:40:02PM (1)**
430:18
**12:40:04PM (1)**
430:19
**12:40:06PM (1)**
430:20
**12:40:08PM (1)**
430:21
**12:40:10PM (1)**
430:22
**12:40:12PM (1)**
430:23
**12:40:16PM (1)**
430:24
**12:40:21PM (1)**
430:25
**12:40:23PM (1)**
431:2
**12:40:26PM (1)**
431:3
**12:40:29PM (1)**
431:4
**12:40:32PM (1)**
431:5
**12:40:33PM (1)**
431:6
**12:40:34PM (1)**
431:7
**12:40:35PM (2)**
431:8,9
**12:40:36PM (1)**
431:10
**12:40:40PM (1)**
431:11
**12:40:41PM (1)**
431:12
**12:40:43PM (1)**
431:13
**12:40:46PM (1)**
431:14
**12:40:47PM (1)**
431:15
**12:40:49PM (1)**
431:16
**12:40:50PM (1)**
431:17
**12:40:51PM (1)**
431:18
**12:40:52PM (1)**
431:19

**12:40:53PM (1)**
431:20
**12:40:54PM (2)**
431:21,22
**12:40:56PM (1)**
431:23
**12:40:57PM (1)**
431:24
**12:40:58PM (2)**
431:25 432:2
**12:41:00PM (1)**
432:3
**12:41:01PM (1)**
432:4
**12:41:15PM (1)**
432:5
**12:41:18PM (1)**
432:6
**12:41:20PM (1)**
432:7
**12:41:22PM (2)**
432:8,9
**12:41:25PM (1)**
432:10
**12:41:26PM (1)**
432:11
**12:41:32PM (1)**
432:12
**12:41:34PM (1)**
432:13
**12:41:36PM (1)**
432:14
**12:41:38PM (1)**
432:15
**12:41:41PM (1)**
432:16
**12:41:43PM (1)**
432:17
**12:41:45PM (1)**
432:18
**12:41:48PM (1)**
432:19
**12:41:49PM (1)**
432:20
**12:41:51PM (1)**
432:21
**12:41:52PM (1)**
432:22
**12:41:55PM (1)**
432:23
**12:42:00PM (1)**
432:24
**12:42:05PM (1)**
432:25
**12:42:06PM (1)**
432:2
**12:42:09PM (1)**
433:3

**12:42:11PM (1)**
433:4
**12:42:12PM (1)**
433:5
**12:42:13PM (1)**
433:6
**12:42:16PM (1)**
433:7
**12:42:17PM (1)**
433:8
**12:42:18PM (1)**
433:9
**12:42:23PM (1)**
433:10
**12:42:25PM (1)**
433:11
**12:42:27PM (1)**
433:12
**12:42:30PM (1)**
433:13
**12:42:31PM (1)**
433:14
**12:42:32PM (1)**
433:15
**12:42:33PM (1)**
433:16
**12:42:36PM (1)**
433:17
**12:42:38PM (1)**
433:18
**12:42:41PM (1)**
433:19
**12:42:42PM (1)**
433:20
**12:42:44PM (1)**
433:21
**12:42:45PM (1)**
433:22
**12:42:46PM (1)**
433:23
**12:42:49PM (1)**
433:24
**12:42:53PM (2)**
433:25 434:2
**12:42:54PM (1)**
434:3
**12:42:55PM (1)**
434:4
**12:42:56PM (1)**
434:5
**12:42:57PM (1)**
434:6
**12:42:59PM (1)**
434:7
**12:43:00PM (1)**
434:8
**12:44 (1)**
434:6

**1215 (1)**
302:7
**13 (12)**
386:25 387:5,9,21,24
388:2,7,12,15
389:13 391:13
485:16
**14 (4)**
425:13,16 435:4
485:17
**14th (1)**
311:14
**15 (7)**
382:23 383:2 440:22
444:13 450:4
454:25 485:18
**151 (1)**
354:6
**16 (9)**
302:20 303:4 373:14
469:6,10 473:21
475:2 485:19 486:3
**16th (1)**
307:18
**170 (1)**
305:6
**193-paragraph (1)**
479:17
**1951 (1)**
450:24

—————————————
**2**

**2 (7)**
322:8 382:9 388:2,7
391:13 474:25
486:8
**2nd (1)**
473:4
**2:00:00PM (1)**
449:23
**2:00:01PM (1)**
449:24
**2:00:02PM (1)**
449:25
**2:00:05PM (1)**
450:2
**2:00:07PM (1)**
450:3
**2:00:12PM (1)**
450:4
**2:00:15PM (1)**
450:5
**2:00:19PM (2)**
450:6,7
**2:00:22PM (1)**
450:8
**2:00:23PM (1)**
450:9

**2:00:24PM (1)**
450:10
**2:00:25PM (1)**
450:11
**2:00:28PM (1)**
450:12
**2:00:29PM (1)**
450:13
**2:00:30PM (1)**
450:14
**2:00:31PM (1)**
450:15
**2:00:32PM (1)**
450:16
**2:00:33PM (1)**
450:17
**2:00:34PM (2)**
450:18,19
**2:00:36PM (1)**
450:20
**2:00:38PM (2)**
450:21,22
**2:00:40PM (1)**
450:23
**2:00:44PM (1)**
450:24
**2:00:47PM (1)**
450:25
**2:00:48PM (1)**
451:2
**2:00:50PM (1)**
451:3
**2:00:52PM (1)**
451:4
**2:00:53PM (1)**
451:5
**2:00:55PM (2)**
451:6,7
**2:01:00PM (1)**
451:8
**2:01:02PM (2)**
451:9,10
**2:01:03PM (1)**
451:11
**2:01:07PM (1)**
451:12
**2:01:09PM (1)**
451:13
**2:01:11PM (1)**
451:14
**2:01:19PM (1)**
451:15
**2:01:21PM (1)**
451:16
**2:01:26PM (1)**
451:17
**2:01:27PM (1)**
451:18

| | | | | |
|---|---|---|---|---|
| **2:01:31PM (1)** 451:19 | **2:02:43PM (1)** 452:25 | **2:08:01PM (1)** 454:10 | **2:09:27PM (1)** 455:15 | **2:10:32PM (1)** 456:22 |
| **2:01:33PM (1)** 451:20 | **2:02:52PM (1)** 453:2 | **2:08:02PM (1)** 454:11 | **2:09:29PM (1)** 455:16 | **2:10:35PM (1)** 456:23 |
| **2:01:36PM (1)** 451:21 | **2:02:54PM (1)** 453:3 | **2:08:05PM (1)** 454:12 | **2:09:30PM (1)** 455:17 | **2:10:38PM (1)** 456:24 |
| **2:01:38PM (1)** 451:22 | **2:02:58PM (1)** 453:4 | **2:08:07PM (1)** 454:13 | **2:09:33PM (1)** 455:18 | **2:10:40PM (1)** 456:25 |
| **2:01:40PM (1)** 451:23 | **2:02:59PM (1)** 453:5 | **2:08:09PM (1)** 454:14 | **2:09:36PM (1)** 455:19 | **2:10:43PM (1)** 457:2 |
| **2:01:44PM (1)** 451:24 | **2:03:02PM (1)** 453:6 | **2:08:13PM (1)** 454:15 | **2:09:38PM (1)** 455:20 | **2:10:48PM (1)** 457:3 |
| **2:01:50PM (1)** 451:25 | **2:03:03PM (1)** 453:7 | **2:08:15PM (1)** 454:16 | **2:09:39PM (1)** 455:21 | **2:10:51PM (2)** 457:4,5 |
| **2:01:53PM (1)** 452:2 | **2:03:05PM (1)** 453:8 | **2:08:18PM (1)** 454:17 | **2:09:42PM (1)** 455:22 | **2:10:52PM (1)** 457:6 |
| **2:01:56PM (1)** 452:3 | **2:03:06PM (1)** 453:9 | **2:08:20PM (1)** 454:18 | **2:09:43PM (1)** 455:23 | **2:10:54PM (1)** 457:7 |
| **2:01:58PM (1)** 452:4 | **2:03:08PM (1)** 453:10 | **2:08:24PM (1)** 454:19 | **2:09:46PM (1)** 455:24 | **2:10:56PM (2)** 457:8,9 |
| **2:02:00PM (1)** 452:5 | **2:03:10PM (2)** 453:11,12 | **2:08:26PM (1)** 454:20 | **2:09:56PM (1)** 455:25 | **2:10:57PM (1)** 457:10 |
| **2:02:02PM (1)** 452:6 | **2:03:11PM (1)** 453:13 | **2:08:29PM (1)** 454:21 | **2:09:59PM (1)** 456:2 | **2:11:00PM (1)** 457:11 |
| **2:02:03PM (1)** 452:7 | **2:03:12PM (2)** 453:14,15 | **2:08:31PM (2)** 454:22,23 | **2:10:03PM (1)** 456:3 | **2:11:01PM (1)** 457:12 |
| **2:02:04PM (1)** 452:8 | **2:03:15PM (1)** 453:16 | **2:08:32PM (1)** 454:24 | **2:10:04PM (1)** 456:4 | **2:11:03PM (1)** 457:13 |
| **2:02:08PM (1)** 452:9 | **2:03:18PM (2)** 453:17,18 | **2:08:35PM (1)** 454:25 | **2:10:08PM (1)** 456:5 | **2:11:04PM (1)** 457:14 |
| **2:02:11PM (1)** 452:10 | **2:03:20PM (1)** 453:19 | **2:08:41PM (1)** 455:2 | **2:10:09PM (1)** 456:6 | **2:11:06PM (1)** 457:15 |
| **2:02:17PM (1)** 452:11 | **2:03:32PM (1)** 453:20 | **2:08:42PM (1)** 455:3 | **2:10:10PM (1)** 456:7 | **2:11:07PM (2)** 457:16,17 |
| **2:02:20PM (1)** 452:12 | **2:03:33PM (1)** 453:21 | **2:08:45PM (1)** 455:4 | **2:10:11PM (1)** 456:8 | **2:11:09PM (1)** 457:18 |
| **2:02:22PM (1)** 452:13 | **2:03:35PM (1)** 453:22 | **2:08:47PM (1)** 455:5 | **2:10:12PM (1)** 456:9 | **2:11:12PM (1)** 457:19 |
| **2:02:24PM (1)** 452:14 | **2:03:36PM (1)** 453:23 | **2:09 (1)** 454:3 | **2:10:15PM (1)** 456:10 | **2:11:13PM (1)** 457:20 |
| **2:02:25PM (1)** 452:15 | **2:03:37PM (1)** 453:24 | **2:09:02PM (1)** 455:6 | **2:10:16PM (1)** 456:11 | **2:11:15PM (1)** 457:21 |
| **2:02:27PM (1)** 452:16 | **2:03:40PM (2)** 453:25 454:2 | **2:09:04PM (1)** 455:7 | **2:10:17PM (1)** 456:12 | **2:11:17PM (1)** 457:22 |
| **2:02:28PM (1)** 452:17 | **2:05 (1)** 453:23 | **2:09:05PM (1)** 455:8 | **2:10:19PM (3)** 456:13,14,15 | **2:11:18PM (4)** 457:23,24,25 458:2 |
| **2:02:30PM (2)** 452:18,19 | **2:07:43PM (1)** 454:3 | **2:09:07PM (1)** 455:9 | **2:10:23PM (1)** 456:16 | **2:11:20PM (1)** 458:3 |
| **2:02:32PM (1)** 452:20 | **2:07:44PM (1)** 454:4 | **2:09:09PM (1)** 455:10 | **2:10:24PM (1)** 456:17 | **2:11:22PM (1)** 458:4 |
| **2:02:33PM (1)** 452:21 | **2:07:49PM (2)** 454:5,6 | **2:09:12PM (1)** 455:11 | **2:10:27PM (1)** 456:18 | **2:11:24PM (1)** 458:5 |
| **2:02:34PM (1)** 452:22 | **2:07:52PM (1)** 454:7 | **2:09:17PM (1)** 455:12 | **2:10:28PM (1)** 456:19 | **2:11:26PM (1)** 458:6 |
| **2:02:38PM (1)** 452:23 | **2:07:55PM (1)** 454:8 | **2:09:20PM (1)** 455:13 | **2:10:29PM (1)** 456:20 | **2:11:28PM (1)** 458:7 |
| **2:02:40PM (1)** 452:24 | **2:07:58PM (1)** 454:9 | **2:09:25PM (1)** 455:14 | **2:10:30PM (1)** 456:21 | **2:11:30PM (1)** 458:8 |

| | | | | |
|---|---|---|---|---|
| **2:11:31PM (1)** 458:9 | **2:12:48PM (1)** 459:16 | **2:13:55PM (2)** 460:22,23 | **2:15:12PM (1)** 462:7 | **2:16:21PM (1)** 463:16 |
| **2:11:33PM (1)** 458:10 | **2:12:50PM (1)** 459:17 | **2:13:57PM (1)** 460:24 | **2:15:13PM (1)** 462:8 | **2:16:22PM (1)** 463:17 |
| **2:11:35PM (1)** 458:11 | **2:12:53PM (1)** 459:18 | **2:13:58PM (1)** 460:25 | **2:15:14PM (1)** 462:9 | **2:16:25PM (1)** 463:18 |
| **2:11:38PM (1)** 458:12 | **2:12:58PM (1)** 459:19 | **2:14:00PM (1)** 461:2 | **2:15:15PM (2)** 462:10,11 | **2:16:34PM (1)** 463:19 |
| **2:11:42PM (1)** 458:13 | **2:13:01PM (1)** 459:20 | **2:14:01PM (2)** 461:3,4 | **2:15:17PM (1)** 462:12 | **2:16:35PM (1)** 463:20 |
| **2:11:43PM (1)** 458:14 | **2:13:03PM (1)** 459:21 | **2:14:03PM (1)** 461:5 | **2:15:19PM (1)** 462:13 | **2:16:38PM (1)** 463:21 |
| **2:11:45PM (1)** 458:15 | **2:13:06PM (1)** 459:22 | **2:14:05PM (1)** 461:6 | **2:15:22PM (1)** 462:14 | **2:16:40PM (1)** 463:22 |
| **2:11:46PM (1)** 458:16 | **2:13:08PM (1)** 459:23 | **2:14:14PM (1)** 461:7 | **2:15:24PM (1)** 462:15 | **2:16:41PM (1)** 463:23 |
| **2:11:50PM (1)** 458:17 | **2:13:09PM (1)** 459:24 | **2:14:15PM (1)** 461:8 | **2:15:29PM (1)** 462:16 | **2:16:44PM (1)** 463:24 |
| **2:11:52PM (1)** 458:18 | **2:13:10PM (1)** 459:25 | **2:14:17PM (1)** 461:9 | **2:15:31PM (1)** 462:17 | **2:16:47PM (1)** 463:25 |
| **2:11:54PM (1)** 458:19 | **2:13:11PM (1)** 460:2 | **2:14:19PM (1)** 461:10 | **2:15:33PM (1)** 462:18 | **2:16:50PM (1)** 464:2 |
| **2:11:58PM (1)** 458:20 | **2:13:15PM (2)** 460:3,4 | **2:14:21PM (1)** 461:11 | **2:15:39PM (1)** 462:19 | **2:16:54PM (1)** 464:3 |
| **2:12:00PM (1)** 458:21 | **2:13:18PM (1)** 460:5 | **2:14:26PM (1)** 461:12 | **2:15:40PM (1)** 462:20 | **2:16:58PM (1)** 464:4 |
| **2:12:02PM (1)** 458:22 | **2:13:19PM (1)** 460:6 | **2:14:29PM (1)** 461:13 | **2:15:46PM (1)** 462:21 | **2:16:59PM (1)** 464:5 |
| **2:12:05PM (1)** 458:23 | **2:13:24PM (1)** 460:7 | **2:14:31PM (1)** 461:14 | **2:15:48PM (1)** 462:22 | **2:17:00PM (1)** 464:6 |
| **2:12:08PM (1)** 458:24 | **2:13:26PM (1)** 460:8 | **2:14:34PM (1)** 461:15 | **2:15:49PM (1)** 462:23 | **2:17:01PM (1)** 464:7 |
| **2:12:10PM (1)** 458:25 | **2:13:28PM (1)** 460:9 | **2:14:37PM (1)** 461:16 | **2:15:51PM (1)** 462:24 | **2:17:07PM (1)** 464:8 |
| **2:12:12PM (1)** 459:2 | **2:13:30PM (1)** 460:10 | **2:14:38PM (1)** 461:17 | **2:15:53PM (1)** 462:25 | **2:17:08PM (1)** 464:9 |
| **2:12:19PM (1)** 459:3 | **2:13:31PM (1)** 460:11 | **2:14:44PM (1)** 461:18 | **2:15:55PM (3)** 463:2,3,4 | **2:17:11PM (1)** 464:10 |
| **2:12:20PM (1)** 459:4 | **2:13:34PM (1)** 460:12 | **2:14:48PM (1)** 461:19 | **2:15:56PM (1)** 463:5 | **2:17:13PM (2)** 464:11,12 |
| **2:12:22PM (1)** 459:5 | **2:13:36PM (1)** 460:13 | **2:14:50PM (1)** 461:20 | **2:15:58PM (1)** 463:6 | **2:17:14PM (1)** 464:13 |
| **2:12:25PM (2)** 459:6,7 | **2:13:44PM (1)** 460:14 | **2:14:55PM (1)** 461:21 | **2:16:00PM (1)** 463:7 | **2:17:17PM (1)** 464:14 |
| **2:12:26PM (1)** 459:8 | **2:13:45PM (1)** 460:15 | **2:14:56PM (1)** 461:22 | **2:16:01PM (1)** 463:8 | **2:17:19PM (1)** 464:15 |
| **2:12:27PM (1)** 459:9 | **2:13:46PM (1)** 460:16 | **2:14:58PM (1)** 461:23 | **2:16:02PM (1)** 463:9 | **2:17:22PM (1)** 464:16 |
| **2:12:30PM (1)** 459:10 | **2:13:47PM (1)** 460:17 | **2:15:02PM (1)** 461:24 | **2:16:05PM (1)** 463:10 | **2:17:25PM (1)** 464:17 |
| **2:12:32PM (1)** 459:11 | **2:13:48PM (1)** 460:18 | **2:15:04PM (1)** 461:25 | **2:16:07PM (2)** 463:11,12 | **2:17:26PM (1)** 464:18 |
| **2:12:40PM (1)** 459:12 | **2:13:50PM (1)** 460:19 | **2:15:06PM (1)** 462:2 | **2:16:13PM (1)** 463:13 | **2:17:29PM (1)** 464:19 |
| **2:12:43PM (1)** 459:13 | **2:13:51PM (1)** 460:20 | **2:15:09PM (3)** 462:3,4,5 | **2:16:16PM (1)** 463:14 | **2:17:32PM (1)** 464:20 |
| **2:12:46PM (2)** 459:14,15 | **2:13:53PM (1)** 460:21 | **2:15:11PM (1)** 462:6 | **2:16:18PM (1)** 463:15 | **2:17:33PM (1)** 464:21 |

| | | | | |
|---|---|---|---|---|
| **2:17:35PM (1)**<br>464:22 | **2:18:39PM (2)**<br>466:5,6 | **2:22:40PM (2)**<br>467:16,17 | **2:23:58PM (1)**<br>468:25 | **2:25:17PM (2)**<br>470:11,12 |
| **2:17:36PM (1)**<br>464:23 | **2:18:45PM (1)**<br>466:7 | **2:22:42PM (1)**<br>467:18 | **2:23:59PM (2)**<br>469:2,3 | **2:25:19PM (1)**<br>470:13 |
| **2:17:38PM (1)**<br>464:24 | **2:18:46PM (1)**<br>466:8 | **2:22:43PM (3)**<br>467:19,20,21 | **2:24 (1)**<br>466:24 | **2:25:21PM (1)**<br>470:14 |
| **2:17:40PM (2)**<br>464:25 465:2 | **2:18:51PM (1)**<br>466:9 | **2:22:48PM (2)**<br>467:22,23 | **2:24:02PM (1)**<br>469:4 | **2:25:24PM (1)**<br>470:15 |
| **2:17:42PM (1)**<br>465:3 | **2:18:53PM (2)**<br>466:10,11 | **2:22:50PM (1)**<br>467:24 | **2:24:03PM (3)**<br>469:5,6,7 | **2:25:25PM (1)**<br>470:16 |
| **2:17:44PM (2)**<br>465:4,5 | **2:18:56PM (1)**<br>466:12 | **2:22:52PM (1)**<br>467:25 | **2:24:26PM (1)**<br>469:8 | **2:25:26PM (1)**<br>470:17 |
| **2:17:46PM (1)**<br>465:6 | **2:18:58PM (1)**<br>466:13 | **2:22:59PM (1)**<br>468:2 | **2:24:27PM (1)**<br>469:9 | **2:25:29PM (1)**<br>470:18 |
| **2:17:49PM (1)**<br>465:7 | **2:19:00PM (1)**<br>466:14 | **2:23:01PM (1)**<br>468:3 | **2:24:30PM (1)**<br>469:10 | **2:25:31PM (1)**<br>470:19 |
| **2:17:51PM (1)**<br>465:8 | **2:19:02PM (1)**<br>466:15 | **2:23:07PM (1)**<br>468:4 | **2:24:35PM (1)**<br>469:11 | **2:25:33PM (2)**<br>470:20,21 |
| **2:17:54PM (1)**<br>465:9 | **2:19:04PM (1)**<br>466:16 | **2:23:09PM (1)**<br>468:5 | **2:24:38PM (1)**<br>469:12 | **2:25:34PM (1)**<br>470:22 |
| **2:17:59PM (1)**<br>465:10 | **2:19:06PM (1)**<br>466:17 | **2:23:12PM (1)**<br>468:6 | **2:24:39PM (1)**<br>469:13 | **2:25:37PM (1)**<br>470:23 |
| **2:18:01PM (1)**<br>465:11 | **2:19:18PM (2)**<br>466:18,19 | **2:23:15PM (1)**<br>468:7 | **2:24:40PM (1)**<br>469:14 | **2:25:41PM (1)**<br>470:24 |
| **2:18:03PM (1)**<br>465:12 | **2:19:20PM (1)**<br>466:20 | **2:23:18PM (1)**<br>468:8 | **2:24:42PM (1)**<br>469:15 | **2:25:42PM (1)**<br>470:25 |
| **2:18:07PM (1)**<br>465:13 | **2:19:21PM (1)**<br>466:21 | **2:23:22PM (1)**<br>468:9 | **2:24:45PM (1)**<br>469:16 | **2:25:44PM (1)**<br>471:2 |
| **2:18:09PM (1)**<br>465:14 | **2:21 (1)**<br>466:20 | **2:23:23PM (1)**<br>468:10 | **2:24:46PM (1)**<br>469:17 | **2:25:47PM (1)**<br>471:3 |
| **2:18:11PM (1)**<br>465:15 | **2:22:14PM (2)**<br>466:22,23 | **2:23:25PM (1)**<br>468:11 | **2:24:48PM (2)**<br>469:18,19 | **2:25:50PM (1)**<br>471:4 |
| **2:18:14PM (1)**<br>465:16 | **2:22:16PM (1)**<br>466:24 | **2:23:27PM (1)**<br>468:12 | **2:24:50PM (1)**<br>469:20 | **2:25:52PM (1)**<br>471:5 |
| **2:18:17PM (1)**<br>465:17 | **2:22:17PM (1)**<br>466:25 | **2:23:28PM (1)**<br>468:13 | **2:24:51PM (1)**<br>469:21 | **2:25:55PM (1)**<br>471:6 |
| **2:18:20PM (1)**<br>465:18 | **2:22:21PM (2)**<br>467:2,3 | **2:23:31PM (1)**<br>468:14 | **2:24:52PM (1)**<br>469:22 | **2:25:56PM (1)**<br>471:7 |
| **2:18:22PM (1)**<br>465:19 | **2:22:22PM (1)**<br>467:4 | **2:23:32PM (1)**<br>468:15 | **2:24:55PM (1)**<br>469:23 | **2:25:58PM (1)**<br>471:8 |
| **2:18:23PM (1)**<br>465:20 | **2:22:25PM (1)**<br>467:5 | **2:23:33PM (1)**<br>468:16 | **2:24:57PM (2)**<br>469:24,25 | **2:26:00PM (1)**<br>471:9 |
| **2:18:25PM (1)**<br>465:21 | **2:22:26PM (1)**<br>467:6 | **2:23:35PM (1)**<br>468:17 | **2:25:01PM (1)**<br>470:2 | **2:26:01PM (1)**<br>471:10 |
| **2:18:26PM (1)**<br>465:22 | **2:22:28PM (1)**<br>467:7 | **2:23:37PM (1)**<br>468:18 | **2:25:04PM (1)**<br>470:3 | **2:26:03PM (1)**<br>471:11 |
| **2:18:28PM (1)**<br>465:23 | **2:22:30PM (3)**<br>467:8,9,10 | **2:23:40PM (1)**<br>468:19 | **2:25:05PM (2)**<br>470:4,5 | **2:26:05PM (1)**<br>471:12 |
| **2:18:29PM (1)**<br>465:24 | **2:22:32PM (1)**<br>467:11 | **2:23:42PM (1)**<br>468:20 | **2:25:07PM (1)**<br>470:6 | **2:26:08PM (2)**<br>471:13,14 |
| **2:18:31PM (1)**<br>465:25 | **2:22:33PM (1)**<br>467:12 | **2:23:43PM (1)**<br>468:21 | **2:25:08PM (1)**<br>470:7 | **2:26:13PM (1)**<br>471:15 |
| **2:18:34PM (1)**<br>466:2 | **2:22:35PM (1)**<br>467:13 | **2:23:50PM (1)**<br>468:22 | **2:25:09PM (1)**<br>470:8 | **2:26:15PM (1)**<br>471:16 |
| **2:18:36PM (1)**<br>466:3 | **2:22:37PM (1)**<br>467:14 | **2:23:54PM (1)**<br>468:23 | **2:25:12PM (1)**<br>470:9 | **2:26:16PM (1)**<br>471:17 |
| **2:18:37PM (1)**<br>466:4 | **2:22:38PM (1)**<br>467:15 | **2:23:56PM (1)**<br>468:24 | **2:25:14PM (1)**<br>470:10 | **2:26:20PM (1)**<br>471:18 |

| | | | | |
|---|---|---|---|---|
| **2:26:22PM (1)** 471:19 | **2:27:19PM (1)** 473:3 | **2:28:25PM (1)** 474:16 | **2:29:32PM (1)** 475:25 | 400:25 401:24 402:3,6,9,17 403:8 404:6 |
| **2:26:24PM (1)** 471:20 | **2:27:20PM (1)** 473:4 | **2:28:26PM (1)** 474:17 | **2:29:34PM (1)** 476:2 | **2005 (4)** 334:16 348:10,16 365:20 |
| **2:26:26PM (1)** 471:21 | **2:27:23PM (2)** 473:5,6 | **2:28:27PM (1)** 474:18 | **2:29:35PM (1)** 476:3 | **2006 (3)** 314:20 319:8 337:7 |
| **2:26:28PM (1)** 471:22 | **2:27:24PM (1)** 473:7 | **2:28:29PM (1)** 474:19 | **2:29:36PM (1)** 476:4 | **2007 (7)** 313:12,13 315:7 |
| **2:26:29PM (1)** 471:23 | **2:27:26PM (1)** 473:8 | **2:28:30PM (3)** 474:20,21,22 | **2:29:37PM (1)** 476:5 | 320:13 327:22 396:24 399:21 |
| **2:26:31PM (1)** 471:24 | **2:27:28PM (2)** 473:9,10 | **2:28:31PM (1)** 474:23 | **2:29:38PM (1)** 476:6 | **2008 (1)** 400:2 |
| **2:26:33PM (1)** 471:25 | **2:27:29PM (1)** 473:11 | **2:28:33PM (1)** 474:24 | **2:29:41PM (1)** 476:7 | **2009 (6)** 302:20 303:4 307:18 |
| **2:26:36PM (1)** 472:2 | **2:27:30PM (1)** 473:12 | **2:28:44PM (1)** 474:25 | **2:29:44PM (1)** 476:8 | 483:19 484:15 486:3 |
| **2:26:38PM (1)** 472:3 | **2:27:32PM (1)** 473:13 | **2:28:53PM (1)** 475:2 | **2:29:46PM (1)** 476:9 | **2042 (1)** 361:7 |
| **2:26:39PM (1)** 472:4 | **2:27:33PM (1)** 473:14 | **2:28:56PM (1)** 475:3 | **2:29:47PM (1)** 476:10 | **23331 (1)** 302:25 |
| **2:26:40PM (1)** 472:5 | **2:27:35PM (1)** 473:15 | **2:28:58PM (1)** 475:4 | **2:29:49PM (3)** 476:11,12,13 | **25 (1)** 322:21 |
| **2:26:44PM (1)** 472:6 | **2:27:36PM (1)** 473:16 | **2:28:59PM (2)** 475:5,6 | **2:29:51PM (1)** 476:14 | **26th (1)** 484:15 |
| **2:26:46PM (1)** 472:7 | **2:27:38PM (1)** 473:17 | **2:29:03PM (1)** 475:7 | **2:30:07PM (1)** 476:15 | **2750 (3)** 360:17,23 485:14 |
| **2:26:49PM (1)** 472:8 | **2:27:41PM (1)** 473:18 | **2:29:05PM (1)** 475:8 | **2:30:08PM (1)** 476:16 | **2964 (1)** 450:24 |
| **2:26:50PM (1)** 472:9 | **2:27:42PM (1)** 473:19 | **2:29:06PM (1)** 475:9 | **2:30:09PM (1)** 476:17 | |
| **2:26:53PM (1)** 472:10 | **2:27:45PM (1)** 473:20 | **2:29:07PM (1)** 475:10 | **2:30:10PM (1)** 476:18 | ————————— **3** |
| **2:26:56PM (1)** 472:11 | **2:27:48PM (1)** 473:21 | **2:29:09PM (1)** 475:11 | **2:30:12PM (1)** 476:19 | **3 (1)** 486:9 |
| **2:26:58PM (1)** 472:12 | **2:27:54PM (1)** 473:22 | **2:29:10PM (1)** 475:12 | **2:30:15PM (1)** 476:20 | **3rd (1)** 309:20 |
| **2:26:59PM (1)** 472:13 | **2:27:57PM (1)** 473:23 | **2:29:11PM (1)** 475:13 | **2:30:16PM (1)** 476:21 | **3:03:01PM (1)** 477:2 |
| **2:27:00PM (1)** 472:14 | **2:28:00PM (2)** 473:24,25 | **2:29:13PM (1)** 475:14 | **2:30:18PM (4)** 476:22,23,24,25 | **3:03:03PM (1)** 477:3 |
| **2:27:03PM (1)** 472:15 | **2:28:01PM (1)** 474:2 | **2:29:15PM (1)** 475:15 | **2:32 (1)** 476:20 | **3:03:07PM (1)** 477:4 |
| **2:27:04PM (1)** 472:16 | **2:28:02PM (1)** 474:3 | **2:29:16PM (1)** 475:16 | **20 (4)** 445:25 478:14,19 483:9 | **3:03:09PM (1)** 477:5 |
| **2:27:05PM (1)** 472:17 | **2:28:07PM (3)** 474:4,5,6 | **2:29:19PM (1)** 475:17 | **2000 (4)** 314:20 319:7 322:8 322:12 | **3:03:11PM (1)** 477:6 |
| **2:27:06PM (2)** 472:18,19 | **2:28:09PM (3)** 474:7,8,9 | **2:29:21PM (2)** 475:18,19 | **2001 (1)** 322:8 | **3:03:12PM (1)** 477:7 |
| **2:27:08PM (1)** 472:20 | **2:28:10PM (1)** 474:10 | **2:29:23PM (1)** 475:20 | **2002 (1)** 322:12 | **3:03:13PM (1)** 477:8 |
| **2:27:12PM (2)** 472:21,22 | **2:28:13PM (1)** 474:11 | **2:29:26PM (1)** 475:21 | **2003 (1)** 334:16 | **3:03:16PM (1)** 477:9 |
| **2:27:14PM (1)** 472:23 | **2:28:15PM (1)** 474:12 | **2:29:29PM (1)** 475:22 | **2003ish (1)** 370:7 | **3:03:18PM (1)** 477:10 |
| **2:27:16PM (2)** 472:24,25 | **2:28:18PM (2)** 474:13,14 | **2:29:30PM (1)** 475:23 | **2004 (12)** 311:5 334:16 337:6,7 | **3:03:21PM (1)** 477:11 |
| **2:27:18PM (1)** 473:2 | **2:28:22PM (1)** 474:15 | **2:29:31PM (1)** 475:24 | | **3:03:24PM (1)** 477:12 |

**3:03:26PM (2)**
477:13,14
**3:03:30PM (1)**
477:15
**3:03:34PM (1)**
477:16
**3:03:38PM (1)**
477:17
**3:03:42PM (1)**
477:18
**3:03:45PM (1)**
477:19
**3:03:49PM (1)**
477:20
**3:03:53PM (1)**
477:21
**3:03:55PM (1)**
477:22
**3:03:57PM (1)**
477:23
**3:04:02PM (1)**
477:24
**3:04:04PM (1)**
477:25
**3:04:07PM (1)**
478:2
**3:04:10PM (1)**
478:3
**3:04:15PM (1)**
478:4
**3:04:16PM (1)**
478:5
**3:04:17PM (2)**
478:6,7
**3:04:18PM (1)**
478:8
**3:04:20PM (1)**
478:9
**3:04:22PM (2)**
478:10,11
**3:04:25PM (1)**
478:12
**3:04:26PM (1)**
478:13
**3:04:29PM (1)**
478:14
**3:04:31PM (2)**
478:15,16
**3:04:37PM (1)**
478:17
**3:04:40PM (1)**
478:18
**3:04:41PM (1)**
478:19
**3:04:42PM (1)**
478:20
**3:04:45PM (1)**
478:21

**3:04:46PM (1)**
478:22
**3:04:49PM (1)**
478:23
**3:04:53PM (1)**
478:24
**3:04:54PM (1)**
478:25
**3:04:58PM (4)**
479:2,3,4,5
**3:04:59PM (1)**
479:6
**3:05:01PM (1)**
479:7
**3:05:02PM (1)**
479:8
**3:05:04PM (1)**
479:9
**3:05:08PM (1)**
479:10
**3:05:09PM (1)**
479:11
**3:05:10PM (1)**
479:12
**3:05:12PM (1)**
479:13
**3:05:14PM (1)**
479:14
**3:05:16PM (1)**
479:15
**3:05:19PM (1)**
479:16
**3:05:21PM (1)**
479:17
**3:05:24PM (1)**
479:18
**3:05:26PM (1)**
479:19
**3:05:29PM (1)**
479:20
**3:05:33PM (1)**
479:21
**3:05:35PM (1)**
479:22
**3:05:37PM (1)**
479:23
**3:05:40PM (1)**
479:24
**3:05:41PM (1)**
479:25
**3:05:44PM (1)**
480:2
**3:05:46PM (1)**
480:3
**3:05:48PM (1)**
480:4
**3:05:51PM (1)**
480:5

**3:05:53PM (1)**
480:6
**3:05:56PM (1)**
480:7
**3:05:58PM (1)**
480:8
**3:05:59PM (1)**
480:9
**3:06:00PM (1)**
480:10
**3:06:03PM (1)**
480:11
**3:06:05PM (1)**
480:12
**3:06:08PM (1)**
480:13
**3:06:10PM (1)**
480:14
**3:06:12PM (1)**
480:15
**3:06:14PM (1)**
480:16
**3:06:16PM (1)**
480:17
**3:06:19PM (1)**
480:18
**3:06:22PM (1)**
480:19
**3:06:25PM (1)**
480:20
**3:06:27PM (1)**
480:21
**3:06:31PM (1)**
480:22
**3:06:34PM (1)**
480:23
**3:06:37PM (1)**
480:24
**3:06:41PM (1)**
480:25
**3:06:42PM (1)**
481:2
**3:06:43PM (1)**
481:3
**3:06:44PM (1)**
481:4
**3:06:47PM (1)**
481:5
**3:06:49PM (1)**
481:6
**3:06:51PM (1)**
481:7
**3:06:54PM (1)**
481:8
**3:06:56PM (1)**
481:9
**3:06:58PM (1)**
481:10

**3:07:00PM (1)**
481:11
**3:07:01PM (1)**
481:12
**3:07:04PM (1)**
481:13
**3:07:07PM (1)**
481:14
**3:07:09PM (1)**
481:15
**3:07:12PM (1)**
481:16
**3:07:14PM (1)**
481:17
**3:07:17PM (1)**
481:18
**3:07:21PM (1)**
481:19
**3:07:22PM (1)**
481:20
**3:07:24PM (1)**
481:21
**3:07:30PM (1)**
481:22
**3:07:33PM (1)**
481:23
**3:07:34PM (1)**
481:24
**3:07:36PM (1)**
481:25
**3:07:39PM (1)**
482:2
**3:07:41PM (1)**
482:3
**3:07:42PM (1)**
482:4
**3:07:44PM (3)**
482:5,6,7
**3:25:41PM (1)**
482:8
**3:25:43PM (1)**
482:9
**3:25:46PM (1)**
482:10
**3:25:49PM (1)**
482:11
**3:25:52PM (1)**
482:12
**3:25:56PM (1)**
482:13
**3:25:58PM (1)**
482:14
**3:26 (1)**
483:15
**3:26:00PM (1)**
482:15
**3:26:02PM (1)**
482:16

**3:26:06PM (1)**
482:17
**3:26:09PM (1)**
482:18
**3:26:13PM (1)**
482:19
**3:26:14PM (1)**
482:20
**3:26:16PM (2)**
482:21,22
**3:26:18PM (1)**
482:23
**3:26:20PM (1)**
482:24
**3:26:23PM (1)**
482:25
**3:26:25PM (1)**
483:2
**3:26:28PM (1)**
483:3
**3:26:31PM (1)**
483:4
**3:26:35PM (1)**
483:5
**3:26:36PM (1)**
483:6
**3:26:39PM (1)**
483:7
**3:26:41PM (1)**
483:8
**3:26:44PM (1)**
483:9
**3:26:46PM (1)**
483:10
**3:26:47PM (1)**
483:11
**3:26:51PM (1)**
483:12
**3:26:52PM (1)**
483:13
**3:26:55PM (1)**
483:14
**3:26:59PM (9)**
483:15,16,17,18,18
483:19,19,20,21
**30 (3)**
326:9,15,22
**30th (2)**
400:24 403:25
**309 (1)**
485:4
**31 (5)**
400:25 402:6,9,17
451:3
**31st (4)**
311:5 401:24 402:2
404:8
**312 (1)**

485:11
**316 (1)**
485:12
**3165 (1)**
469:11
**3165-3166 (2)**
469:5 485:19
**3166 (1)**
469:11
**3180 (3)**
425:12,17 485:17
**3181-3182 (2)**
444:12 485:18
**322 (1)**
485:13
**360 (1)**
485:14
**376 (1)**
485:15
**386 (1)**
485:16

---
**4**
---

**4 (1)**
350:21
**4th (1)**
365:20
**40 (1)**
438:16
**425 (2)**
307:10 485:17
**444 (1)**
485:18
**4547 (1)**
312:21
**4547-488 (2)**
312:15 485:11
**4548 (1)**
312:21
**469 (1)**
485:19
**475 (1)**
478:16

---
**5**
---

**5 (9)**
324:13,13,23,25
  325:3 364:16,24
  365:12 416:10
**516 (1)**
378:13
**5226 (1)**
319:17
**530 (1)**
304:11
**5326 (3)**
316:8,13 485:12

---
**6**
---

**6 (1)**
326:2
**623 (1)**
307:9
**63 (2)**
474:3,8

---
**7**
---

**7 (1)**
357:8

---
**8**
---

**8 (10)**
312:16,19,24 314:25
  315:6 350:21
  411:25 412:2,8
  485:11
**8:30 (3)**
412:2,8 413:11
**8:30ish (1)**
411:23
**8189 (4)**
316:7,13 317:5
  485:12
**85 (1)**
304:5

---
**9**
---

**9 (8)**
316:8,12,23 317:5
  324:14,24 325:2
  485:12
**9:30 (1)**
414:5
**9:30ish (1)**
397:6
**90 (4)**
478:13 479:9 481:15
  481:22
**92006 (1)**
307:16
**925 (3)**
  376:8,14 485:15
**926 (3)**
  303:2,14 304:21
**95 (2)**
330:19,23
**97ish (1)**
  321:23