# EXHIBIT "N" (PART 3)

1

2                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK
3

   EDWARD CARTER, FRANK FIORILLO, )
4  KEVIN LAMM, JOSEPH NOFI and    )
   THOMAS SNYDER,                 )
5                                 )
                 Plaintiffs,      )
6                                 )
                 vs.              ) CV 07 1215
7                                 )
   INCORPORATED VILLAGE OF OCEAN  )
8  BEACH; MAYOR JOSEPH C. LOEFFLER)
   JR., individually and in his   )
9  Official capacity; former Mayor)
   NATALIE K. ROGERS, individually)
10 and in her official capacity,  )
   OCEAN BEACH POLICE DEPARTMENT; )
11 ACTING DEPUTY POLICE CHIEF     )
   GEORGE B. HESSE, individually  )
12 And in his official capacity;  )
   SUFFOLK COUNTY; SUFFOLK COUNTY )
13 POLICE DEPARTMENT, SUFFOLK     )
   COUNTY DEPARTMENT OF CIVIL     )
14 SERVICE; and ALLISON SANCHEZ,  )
   Individually and in her        )
15 Official capacity,             )
                                  )
16               Defendants.      )
   ------------------------------)
17

18

19         CONTINUED VIDEOTAPED DEPOSITION OF
20                  GEORGE HESSE
21               Uniondale, New York
22             Thursday, August 6, 2009
23

24 Reported by:
   Philip Rizzuti
25 JOB NO. 24143

Page 488

```
1
2
3
4                   August 6, 2009
5                    9:07 a.m.
6
7        Continued videotaped deposition
8    of GEORGE HESSE, held at the offices
9    of Rivkin Radler, 926 Rexcorp Plaza,
10   Uniondale, New York, pursuant to
11   subpoena, before Philip Rizzuti, a
12   Notary Public of the State of New York
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 489

```
1
2    A P P E A R A N C E S:
3
4        THOMPSON WIGDOR & GILLY, LLP
5        Attorneys for Plaintiffs
6            85 Fifth Avenue
7            New York, New York 10003
8        BY:  ANDREW S. GOODSTADT, ESQ.
9
10       MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11       Attorneys for George B. Hesse
12           530 Saw Mill Road
13           Elmsford, New York 10523
14       BY:  KEVIN W. CONNOLLY, ESQ.
15
16       RIVKIN RADLER, LLP
17       Attorneys for Incorporated Village of
18       Ocean Beach, Joseph Loeffler, Natalie
19       Rogers and Ocean Beach Police Department
20           926 RexCorp Plaza
21           Uniondale, New York 11556
22       BY:  KENNETH A. NOVIKOFF, ESQ.
23
24
25
```

Page 490

```
1
2    A P P E A R A N C E S:
3
4        RUDOLPH M. BAPTISTE, ESQ.
5        Assistant County Attorney
6        Suffolk County, State of New York
7            H. Lee Dennison Building, 6th Floor
8            100 Veterans Memorial Highway - P.O. Box 6100
9            Hauppauge, New York 11788-0099
10
11   ALSO PRESENT:
12       FRANK FIORILLO
13       KEVIN LAMM
14       THOMAS SNYDER
15       JORDAN MUMMERT, Videographer
16
17
18
19
20
21
22
23
24
25
```

Page 491

```
1                Hesse
2            THE VIDEOGRAPHER:  This is the
3        start of the tape labeled number 1 of the
4        continuation of the videotape deposition
5        of George Hesse in the matter of Carter    09:07:56
6        and Fiorillo versus Incorporated Village
7        of Ocean Beach.  The date is August 6,
8        2009, the time is approximately 9:09 a.m.
9            We are on the record.
10   G E O R G E   H E S S E, called as a         09:08:12
11       witness, having been previously duly
12       sworn by a Notary Public, was examined
13       and testified as follows:
14   EXAMINATION BY
15   MR. GOODSTADT:                                09:08:14
16       Q.   Good morning, Mr. Hesse.
17       A.   Good morning.
18       Q.   Thank you for coming back.  I want
19   to remind you that you are still under oath
20   from last time and that you are still sworn to 09:08:21
21   tell the truth.  Do you understand that?
22       A.   Yes.
23       Q.   The last time we were here you had
24   testified briefly about drinking Rocket Fuels
25   in the police station, do you recall that?    09:08:32
```

Page 492

Hesse

1      A.  Uh-hum.
3      Q.  You testified that there were
4   times where people who worked in the bar, I
5   believe you identified Brian Easop and Paul    09:08:39
6   Conway as having delivered it to the police
7   station; is that correct?
8         MR. NOVIKOFF:  Objection to the
9      form.
10     A.  Yes.                        09:08:48
11     Q.  They worked at CJ's?
12     A.  Yes.
13     Q.  Did CJ's have a license to serve
14   alcohol outside their premises?
15     A.  They had a license to sell outside  09:08:57
16   of the premise, yes, they had like an all
17   premise sale license.
18     Q.  So they were entitled to sell
19   alcohol or deliver alcohol to the police
20   station without violating their license?    09:09:09
21        MR. NOVIKOFF:  Objection to the
22     form.
23     A.  I am not so sure about that, but
24   they were able to sell closed containers off
25   premises.                         09:09:20

Page 493

Hesse

2      Q.  Well did the Rocket Fuels come in
3   a closed container?
4      A.  They did, yes.
5      Q.  When you say you are not so sure    09:09:23
6   about that, what are you not sure about?
7      A.  Well, like selling
8   over-the-counter, taking an open container
9   outside the bar, that is illegal to drink
10   outside of the -- in public, that is what I am  09:09:35
11   thinking along those lines.  But they could
12   sell alcohol over-the-counter and by the case,
13   by the bottle for off premises consumption.
14     Q.  How about a mixed drink?
15        MR. NOVIKOFF:  Objection.        09:09:51
16     A.  That is alcohol.
17     Q.  They could sell that off premises?
18     A.  I believe so.
19     Q.  What is the basis of your belief?
20     A.  I believe once I looked up their    09:09:58
21   license a while back, I don't recall what year
22   or when or why, but they do -- they had at
23   that time off premise sale license.
24     Q.  When did you look up their
25   license?                          09:10:10

Page 494

Hesse

2         MR. NOVIKOFF:  Objection.
3      Q.  Do you recall what year it was?
4      A.  I don't remember.
5      Q.  Last time -- strike that.          09:10:14
6         Just so I am clear you never wrote
7   CJ's or Mr. Easop or Mr. Conway a ticket for
8   delivering the alcohol, did you?
9         MR. NOVIKOFF:  Objection.
10        MR. CONNOLLY:  Objection.        09:10:32
11        (Record read.)
12     A.  No.
13     Q.  That is correct?
14     A.  That is correct.
15     Q.  The last time when we were here we  09:10:46
16   were discussing the Halloween incident, do you
17   recall that?
18     A.  Yes.
19     Q.  I believe that you testified, the
20   last thing you testified to was a statement, a  09:11:00
21   witness statement you had taken from Doug
22   Wyckoff, do you recall that?
23        MR. NOVIKOFF:  Objection to the
24     form.
25     A.  Yes.                        09:11:08

Page 495

Hesse

2      Q.  Do you recall testifying that that
3   was on that next Tuesday morning?
4         MR. NOVIKOFF:  Objection to the
5      form.  His testimony is what it is.      09:11:28
6      A.  Yes, I believe it was the Tuesday
7   after the incident.
8      Q.  What do you recall doing in
9   connection with your investigation of the
10   Halloween incident after taking that witness   09:11:38
11   statement?
12        MR. CONNOLLY:  The next step?
13        MR. GOODSTADT:  Yes.  I believe he
14   walked us through his memory of the next
15   step.  So I want to know what the next     09:11:49
16   step is.
17     A.  I don't recall exactly what I did,
18   but I think I looked for more witnesses.
19     Q.  How did you go about doing that?
20     A.  I believe I asked Doug Wyckoff who  09:11:57
21   may have been there that he recalls.
22     Q.  Do you recall who if anybody he
23   told you may have been there?
24     A.  Off the top of my head, no.
25     Q.  Do you recall what you did after    09:12:10

Page 496

```
 1              Hesse
 2   asking him that question who may have been
 3   there?
 4       A.  I don't recall.
 5       Q.  Did there come a point in time    09:12:16
 6   where you asked Pat Cherry to assist in the
 7   investigation?
 8       A.  Yes.
 9       Q.  When was that?
10       A.  I don't know exactly.          09:12:30
11       Q.  Was it before or after the Tuesday
12   morning in which you spoke with Mr. Wyckoff?
13       A.  I don't recall.
14       Q.  How did you go about asking him;
15   ask you see him, call him, E-mail him, some  09:12:43
16   other form?
17       A.  I believe I called him.
18       Q.  Why did you call him?
19       A.  Because I thought he was a good
20   candidate to help me out.            09:12:51
21       Q.  You made the decision to appoint
22   him to the investigation?
23       A.  I believe I called Chief Paradiso
24   and asked him if it would be all right.
25       Q.  When did you call Chief Paradiso  09:12:59
```

Page 497

```
 1              Hesse
 2   to ask if it would be all right?
 3       A.  I don't recall.
 4       Q.  What was Chief Paradiso's
 5   response?                          09:13:07
 6       A.  I think he thought it was a good
 7   idea.
 8       Q.  Do you recall what he said?
 9       A.  No.
10       Q.  Was Pat Cherry scheduled to have a  09:13:13
11   tour on the days or times that he helped with
12   the investigation or did he come in
13   specifically to assist with the investigation?
14           MR. CONNOLLY:  Objection.
15           MR. NOVIKOFF:  Objection.      09:13:30
16       A.  I don't recall.
17       Q.  Was he paid for his time taking
18   part in the investigation?
19       A.  Yes.
20       Q.  Cherry was not on duty Halloween  09:13:35
21   night; is that correct?
22       A.  Correct.
23       Q.  Did the board have to approve
24   Cherry's involvement in the investigation?
25           MR. CONNOLLY:  Objection to the  09:13:48
```

Page 498

```
 1              Hesse
 2   form.
 3       A.  No.
 4       Q.  Did the board approve his
 5   assistance in the investigation?      09:13:53
 6           MR. CONNOLLY:  Objection to the
 7   form.
 8       A.  I don't know.
 9       Q.  Did you speak to anybody on the
10   board prior to asking Mr. Cherry to     09:14:01
11   investigate?
12       A.  No.
13           MR. NOVIKOFF:  Objection to the
14   form.
15       Q.  At that point in time Mr. Cherry  09:14:08
16   had not passed all the civil service tests; is
17   that correct?
18       A.  Correct.
19       Q.  Did you alert anybody at civil
20   service with respect to Cherry's -- strike  09:14:31
21   that.
22           Did you alert anybody at civil
23   service about your decision to ask Mr. Cherry
24   to assist in the investigation?
25           MR. NOVIKOFF:  Objection to the  09:14:42
```

Page 499

```
 1              Hesse
 2   form.
 3           MR. BAPTISTE:  Objection.
 4       A.  No.
 5       Q.  By that point in time, that     09:14:47
 6   Tuesday morning, had you spoken with anybody
 7   on the board of trustees of Ocean Beach about
 8   the Halloween incident?
 9       A.  Not that I recall.
10       Q.  Did you speak with the mayor prior  09:14:56
11   to that Tuesday morning about the Halloween
12   incident?
13           MR. NOVIKOFF:  Objection to the
14   form.
15       A.  No.  Not that I recall.        09:15:04
16       Q.  Who was the mayor at the time?
17       A.  Natalie Rogers.
18       Q.  Did you draft a plan for an
19   investigation prior to commencing your
20   investigation?                      09:15:16
21       A.  No.
22       Q.  Did you take any notes in
23   preparation for your investigation?
24       A.  No.  Not that I recall.
25       Q.  Do you recall what day -- strike  09:15:26
```

Page 500

**Hesse**

1  that.
2        **Did Pat Cherry ever come to the**
3  **island in connection with his assistance in**
4  **the investigation?**                        09:15:38
5        A.   Yes.
6        Q.   Do you recall what day or days he
7  came to the island to assist in the
8  investigation?
9        A.   I don't recall, no.            09:15:44
10       Q.   Did you provide any documents to
11  Mr. Cherry before he commenced his role in the
12  investigation?
13       A.   I believe he reviewed all the
14  documents that we already had.          09:15:55
15       Q.   What documents were those?
16       A.   I believe it was, there were at
17  least three statements that were taken by the
18  officers that were on duty that night.  There
19  was a field report that was drafted that night 09:16:09
20  by Officer Snyder.  And I don't know if I had
21  any documents that I had drafted up.  Any
22  statements that I took he may have read one or
23  two that maybe that I took at that time.  And
24  I believe there was the letter from Budd   09:16:25

Page 501

Hesse

1  Jaeger, the fax, and some notes that were
2  faxed to me by his wife.
3        Q.   Any other documentation that you
4  provided to Mr. Cherry prior to him commencing 09:16:41
5  his role in the investigation?
6        A.   Not that I recall.
7        Q.   What did you explain to Mr. Cherry
8  about the assignment?
9        A.   I don't recall exactly how I    09:16:53
10  explained it to him.
11       Q.   Do you recall anything that you
12  explained to him?
13       A.   No.
14       Q.   Were you ever told that one of the 09:17:02
15  people who were involved in the altercation
16  with Mr. Bosetti had claimed that he was
17  afraid there was going to be a cover up, had
18  you ever heard that?
19           MR. NOVIKOFF:  Objection.     09:17:32
20           MR. CONNOLLY:  At any time?
21       Q.   At any time?
22       A.   I don't specifically recall, no.
23       Q.   And did Cherry take any -- did Pat
24  Cherry take any witness statements as part of 09:17:47

Page 502

**Hesse**

1  his role in the investigation?
2        A.   Yes.
3        Q.   How many witness statements did he
4  take?                                       09:17:55
5        A.   Possibly three.
6        Q.   Do you know whose witness
7  statements Mr. Cherry took?
8        A.   He did Jeannie Jaeger, the victim.
9  He did Sean O'Rourke, and I believe he    09:18:11
10  interviewed Elyse Miller over the phone.
11       Q.   Where did the interview with
12  Jeannie Jaeger take place?
13       A.   At her house in Smithtown.
14       Q.   Do you know when that interview    09:18:35
15  took place?
16       A.   The statement is dated, so it
17  would be on the date that is on the statement
18  itself.  I don't recall the actual date.
19       Q.   Did you attend the interview?    09:18:49
20       A.   Yes, I did.
21       Q.   Did you ask any questions during
22  the interview?
23       A.   I don't recall if I did.
24       Q.   Did Mr. Cherry ask any questions 09:18:59

Page 503

Hesse

1  during the interview?
2        A.   Specifically I don't really think
3  so.
4        Q.   Do you recall anything that you    09:19:11
5  said during that interview?
6        A.   No, I don't recall.
7        Q.   Do you recall anything that
8  Mr. Cherry said during that interview?
9        A.   Yes.  In his own words I think he  09:19:18
10  asked her to say in her own words what
11  happened.
12       Q.   Did he say anything else during
13  that interview?
14       A.   Not that I recall specifically,    09:19:27
15  no.
16       Q.   So you don't recall if he had
17  asked her any questions?
18       A.   Not specifically, no.
19       Q.   What was Ed Paradiso's role in the 09:19:39
20  investigation?
21       A.   I don't think he had a role.
22       Q.   He was not involved at all?
23       A.   I think in the early, early stages
24  his involvement dealt with -- you know, to    09:19:55

Page 504

Hesse

1
2 tell you the truth I don't know.  I mean he --
3 I know he spoke to Elyse Miller, he attempted
4 to talk to Gary Bosetti and Rich Bosetti.
5 Other than that he called me Sunday evening     09:20:13
6 and said investigate this.
7     Q.   What exactly did he say when he --
8 what exactly did he say when he called you
9 Sunday evening and told you that he wanted you
10 to investigate it?                  09:20:29
11     A.   He basically, you know, he told me
12 what he was told I guess what had happened
13 that night and said that when I come in Monday
14 morning he is going to put some documents for
15 me to read and try to figure out what     09:20:44
16 happened.
17     Q.   What did he tell you about what
18 had happened that night?
19          MR. CONNOLLY:  Read back the
20 question.                   09:21:02
21          (Record read.)
22          MR. CONNOLLY:  Objection.  But you
23 can answer.
24     A.   He said something about Gary
25 Bosetti possibly went crazy in a bar and     09:21:09

Page 505

Hesse

1
2 started hitting people with a pool stick, and
3 that he had fired him, and that when I come in
4 Monday morning just figure out what happened.
5     Q.   Did he tell you where he learned     09:21:25
6 those facts from?
7          MR. NOVIKOFF:  Objection to the
8 form.
9     A.   I don't remember specifically if
10 he did.                     09:21:34
11     Q.   He told you that he fired Gary
12 Bosetti?
13     A.   He told me he fired Gary Bosetti.
14     Q.   Did he tell you why he fired Gary
15 Bosetti?                    09:21:45
16     A.   I don't recall specifically why.
17     Q.   Did you have any role in the
18 decision to fire Gary Bosetti?
19     A.   No.
20     Q.   Did you know about it prior to it     09:21:50
21 happening?
22     A.   No.
23     Q.   When Mr. Cherry came in as part of
24 the investigation did you tell him that Gary
25 Bosetti had been fired?              09:22:05

Page 506

Hesse

1
2     A.   I don't recall specifically if I
3 told him when he came in.
4     Q.   How long did the investigation
5 take?                       09:22:15
6          MR. NOVIKOFF:  Before they -- take
7 before what?
8          MR. CONNOLLY:  Objection.
9     Q.   How long did your investigation
10 take?                       09:22:25
11          MR. NOVIKOFF:  Objection.
12     A.   Well, to get to the bottom of
13 things maybe five days, but from start to
14 finish to prosecution, it took a couple of
15 months.                     09:22:42
16     Q.   What do you mean by to get to the
17 bottom of things?
18     A.   To kind of figure out what really
19 happened.
20     Q.   So you were able to reach a     09:22:49
21 conclusion as to what really happened within
22 five days?
23     A.   I believe it was about five days,
24 yes.
25          MR. CONNOLLY:  Objection.     09:22:56

Page 507

Hesse

1
2     Q.   During those five days did you
3 speak with Kevin Lamm at all about his
4 involvement in the incident, or his
5 involvement in investigating that incident?     09:23:12
6          MR. NOVIKOFF:  Objection to the
7 form.  Foundation.
8     A.   Yes.
9     Q.   When did you speak with Lamm?
10     A.   Like I stated a few weeks ago,     09:23:20
11 when I got the phone call from Ed Paradiso
12 that he had fired Gary and that this incident
13 had happened, I called Kevin Lamm on his cell
14 phone and asked him what happened.
15     Q.   Did you speak to him at any time     09:23:38
16 after that call that you testified to already?
17     A.   Yes.  I believe I spoke to him one
18 other time.
19     Q.   When was that?
20     A.   I don't know the exact date.     09:23:47
21     Q.   Was it in person or on the phone?
22     A.   On the phone I believe.
23     Q.   Tell me everything that you recall
24 that was discussed between you and Mr. Lamm
25 during that telephone conference?     09:23:57

Page 508

Hesse

1
2    A.  I don't specifically remember the
3    contents of the phone call, but I asked him to
4    put a 42 together, a statement regarding what
5    he believes took place.              09:24:07
6        Q.  Do you recall anything else that
7    was discussed during that call?
8        A.  Not specifically, no.
9        Q.  Do you know whether Cherry ever
10   spoke with Lamm as part of his role in the    09:24:17
11   investigation?
12       A.  I don't know.
13       Q.  How many times did you speak with
14   Mr. Fiorillo in connection with the
15   investigation?                       09:24:29
16       A.  Over the course of a couple of
17   years?
18       Q.  No, within the five day period
19   until you reached the conclusion?
20       A.  Like I stated with Kevin Lamm, I   09:24:39
21   also called Frank that Sunday, that Sunday
22   evening, early evening.  I asked him basically
23   the same thing that I asked Kevin, what had
24   happened, what he thought what had happened.
25           I don't specifically recall what   09:24:56

Page 509

Hesse

1
2    he said and I asked him to just put a
3    statement together, a 42, just to tell me what
4    happened.
5        Q.  Do you recall anything that was    09:25:05
6    discussed, any of the details of what was
7    discussed?
8        A.  No, I don't recall the details
9    exactly, no.
10       Q.  Did you speak with Mr. Fiorillo at   09:25:13
11   any other time during the five day period in
12   which it took you to investigate and reach a
13   conclusion?
14           MR. CONNOLLY:  Objection.
15       A.  I believe one other time, yes.     09:25:26
16       Q.  When was that?
17       A.  I think I saw him in person at
18   the -- at the lighthouse parking lot where we
19   make our relief.  I believe he handed me a
20   handwritten 42.                      09:25:37
21       Q.  Do you recall anything that was
22   stated by either you or Mr. Fiorillo during
23   that -- during that incident in which you met
24   with him at the lighthouse?
25       A.  I don't recall specifically        09:25:56

Page 510

Hesse

1
2    anything.
3        Q.  How about generally, do you recall
4    anything generally that was discussed?
5        A.  No, not really.                  09:26:01
6        Q.  How about Mr. Snyder, how many
7    times did you speak with him during the five
8    day period in which you investigated and
9    reached a conclusion?
10           MR. CONNOLLY:  Objection.         09:26:12
11       A.  You know what, I don't think I
12   spoke to him at all that I can recall.
13       Q.  Did you try to speak to him?
14       A.  I believe I did, but I am not
15   sure, I can't speculate.              09:26:23
16       Q.  So you don't recall any efforts
17   that you made to speak to Mr. Snyder?
18       A.  I don't recall.
19       Q.  Do you know whether Mr. Cherry
20   spoke with Mr. Fiorillo at all?       09:26:31
21       A.  I don't know.
22       Q.  Do you know whether Mr. Cherry
23   spoke with Mr. Snyder at all?
24       A.  I don't know.
25       Q.  Do you think it would have been   09:26:37

Page 511

Hesse

1
2    important for him to speak with either Mr.
3    Fiorillo, Mr. Lamm or Mr. Snyder in connection
4    with his role in the investigation?
5            MR. CONNOLLY:  Objection.         09:26:50
6            MR. NOVIKOFF:  Objection.
7        A.  No.
8        Q.  Why not?
9        A.  We already had statements that
10   were taken by these individuals and I asked    09:26:54
11   them already to write me up a 42 what they
12   thought happened, so there was no need to
13   speak to them further.
14       Q.  Did you speak to anybody from
15   Ocean Beach Rescue who was on duty that night   09:27:07
16   of the Halloween incident during your five day
17   period of investigating?
18           MR. CONNOLLY:  Objection.
19       A.  I don't recall.
20       Q.  Did you speak to Joe Loeffler     09:27:15
21   during that period; when I say Joe Loeffler I
22   mean Joe Loeffler Jr.?
23       A.  I don't recall specifically
24   speaking to him.
25       Q.  Did you speak with any of the     09:27:28

Page 512

Hesse

1
2  three people who provided a witness statement
3  to the on duty officers that night?
4      A.   At any time?
5      Q.   During the five day period in        09:27:39
6  which you reached a conclusion as to what
7  happened?
8          MR. CONNOLLY:  Objection.
9      A.   No.
10      Q.   Did you try to speak with any of   09:27:44
11  the three of them?
12      A.   No.
13      Q.   Why not?
14      A.   I had their statements.
15      Q.   You didn't have any follow up      09:27:53
16  questions from those statements?
17      A.   No.
18      Q.   So their statements were complete
19  in your mind?
20      A.   Yes.                        09:28:01
21      Q.   Just so I am clear you didn't deem
22  it necessary to speak with the other side, the
23  other individuals that were involved in the
24  fight?
25          MR. NOVIKOFF:  Objection.       09:28:14

Page 513

Hesse

1
2          MR. CONNOLLY:  Objection.
3      A.   They were already spoken to.
4      Q.   You didn't think it was necessary
5  or important to speak with them yourself?     09:28:20
6          MR. NOVIKOFF:  Objection.
7          MR. CONNOLLY:  Objection.
8      A.   No.
9      Q.   Do you believe that the on duty
10  officers did a sufficient job in taking their   09:28:28
11  statements?
12          MR. NOVIKOFF:  Objection to the
13  form.
14      A.   No.
15      Q.   Why not?                    09:28:34
16      A.   They were somewhat incoherent.
17  They were purely written.
18      Q.   Did they provide any other
19  statements other than the ones that they gave
20  to the three on duty officers?              09:28:59
21      A.   I believe they made some verbal
22  comments the next day to Paradiso.
23      Q.   How did you learn of those verbal
24  comments?
25      A.   I believe when I was called that   09:29:11

Page 514

Hesse

1
2  night by Ed Paradiso, now thinking about it,
3  he did tell me that they came back early that
4  Sunday morning to file a complaint I guess
5  against Officer Bosetti.              09:29:24
6      Q.   Do you know whether they actually
7  filed a complaint against Officer Bosetti?
8      A.   I think it was all done verbally.
9      Q.   What was the basis of that belief?
10      A.   I was told that by Ed Paradiso.   09:29:37
11      Q.   Do you recall what Ed Paradiso
12  told you that they stated to him that Sunday
13  morning?
14      A.   I believe he told them that he had
15  already fired Officer Bosetti and an      09:29:47
16  investigation would be conducted.
17      Q.   Did he tell you anything that they
18  stated happened at the Halloween incident?
19      A.   I don't recall.
20      Q.   So I believe that you testified   09:29:59
21  that you thought that their statements were
22  complete is that correct, is what you
23  testified to?
24          MR. CONNOLLY:  Objection.
25      A.   Yes.                        09:30:08

Page 515

Hesse

1
2      Q.   You testified that the statements
3  that you read were incoherent and purely
4  written; correct?
5      A.   Yes.                        09:30:15
6      Q.   So how do you reconcile those two?
7      A.   I don't understand the question.
8      Q.   What was incoherent about the
9  statements?
10      A.   They just were just belligerent   09:30:21
11  lies from an intox person?
12      Q.   And did you know that as soon as
13  you read those statements that they were
14  belligerent lies from an intox person?
15      A.   You could tell just by reading    09:30:38
16  them.
17      Q.   So you didn't think it was
18  important for you to further question them
19  after you believed what they had given as a
20  statement were lies?                    09:30:47
21      A.   No.
22      Q.   Why not?
23      A.   Because a victim came forward,
24  told me what really had happened.  And the
25  fact that the statements reflected the fact   09:30:59

Page 516

Hesse

2 that Gary Bosetti identified himself as a
3 police officer led me to believe that there
4 was no further questions I needed to ask these
5 individuals because they already knew what      09:31:12
6 they had done.
7    Q.   What does the fact that Gary
8 Bosetti identified himself as a police officer
9 lead you to that conclusion?
10    A.   One of the statements stated that  09:31:21
11 Gary Bosetti who identified himself as a
12 police officer at least ten times, I think
13 that is what the statement says.
14    Q.   What did that lead you to believe
15 that -- why did that lead you to believe that  09:31:34
16 you didn't need to speak with them any
17 further?
18    A.   Because flat out they admitted
19 what they had done.
20    Q.   So it is your conclusion that      09:31:46
21 their witness statements is an admission as to
22 what they had done; is that your testimony?
23          MR. CONNOLLY:  Objection.
24          MR. NOVIKOFF:  Objection.
25    A.   Yeah.                              09:31:55

Page 517

Hesse

2    Q.   Did you run a background check on
3 any of the three of them?
4    A.   I may have, I don't recall
5 specifically.                              09:32:07
6    Q.   Did you run a background check on
7 anybody other than for the three of them in
8 connection with the investigation of the
9 Halloween incident?
10          MR. CONNOLLY:  Objection.        09:32:15
11    A.   I don't specifically recall.
12    Q.   Why would you run a background
13 check on the three of them?
14    A.   Because they were suspects.
15    Q.   When did they become suspects?    09:32:23
16    A.   Probably after I had spoken to
17 Budd Jaeger and Jeannie Jaeger.
18    Q.   So they became suspects based on
19 the statements of Budd Jaeger and Jeannie
20 Jaeger?                                    09:32:43
21    A.   Yes.
22    Q.   Was Gary Bosetti considered a
23 suspect in your mind?
24          MR. NOVIKOFF:  Objection as to
25 timeframe.                                09:32:51

Page 518

Hesse

2    Q.   While you were investigating?
3          MR. CONNOLLY:  Same objection.
4          MR. NOVIKOFF:  Objection.
5    A.   In the early stages I was not      09:32:56
6 sure.  It was possible, yes.
7    Q.   Did you attempt to speak with him
8 during the five days that you were
9 investigating?
10    A.   Speak with who?                   09:33:06
11    Q.   Start with Gary Bosetti, did you
12 attempt to speak with Gary Bosetti during the
13 five days of your investigation?
14    A.   No.
15          MR. CONNOLLY:  Objection.        09:33:15
16    Q.   Did you attempt to speak with Rich
17 Bosetti during the five days of your
18 investigation?
19    A.   No.
20          MR. CONNOLLY:  Objection.        09:33:23
21    Q.   Did you speak with either of them
22 during those five days?
23          MR. CONNOLLY:  Objection.
24    A.   No.
25    Q.   Why didn't you attempt to speak   09:33:29

Page 519

Hesse

2 with them?
3    A.   Because they too in the early
4 stages were suspect to possibly some
5 wrongdoing.                                09:33:38
6    Q.   Was it your policy not to speak to
7 anybody who was suspect of doing wrongdoing?
8    A.   Well I wanted to find some
9 independent witnesses to find out what had
10 happened.                                 09:33:52
11    Q.   You didn't answer the question.
12 The question was whether it was a policy at
13 any time not to speak to anybody who was a
14 suspect of doing wrongdoing?
15          MR. CONNOLLY:  Objection.        09:34:01
16          MR. NOVIKOFF:  Objection.
17    A.   I found it not necessary to speak
18 to anybody at that time.
19    Q.   Do you know what the three people
20 who gave witness statements that night were  09:34:10
21 drinking?
22          MR. CONNOLLY:  You are talking
23 about the three --
24    Q.   Schalik, Van Koot and Tesori.  The
25 question was do you know what they were       09:34:29

9 (Pages 516 to 519)

Page 520

```
 1              Hesse
 2  drinking?
 3       MR. CONNOLLY:  Got it?
 4    A.  I don't specifically recall, no.
 5    Q.  Do you know how many drinks they   09:34:35
 6  had?
 7    A.  No.
 8    Q.  What was the basis of your belief
 9  that they were intoxicated?
10    A.  I was told by the three officers   09:34:43
11  that were there.
12    Q.  Which are the three officers told
13  you?
14    A.  Fiorillo, Snyder and Lamm.
15    Q.  The fact that they were          09:34:51
16  intoxicated, did that have any role in your
17  assessment of their credibility?
18    A.  No.
19    Q.  Why did you testify before -- you
20  testified before that they were belligerent   09:35:06
21  lies by intox; is that correct?
22    A.  Uh-hum.
23    Q.  What does the fact that they were
24  intoxicated have to do with anything about the
25  belligerent lies, if anything?          09:35:16
```

Page 521

```
 1              Hesse
 2    A.  Poor judgment maybe.  I don't
 3  know.
 4    Q.  Was Jeannie Jaeger drinking that
 5  night?                              09:35:21
 6    A.  I don't recall.
 7    Q.  Do you know whether Cherry asked
 8  her that as part of her interview?
 9    A.  I don't recall.
10    Q.  Did you ask her that when you      09:35:28
11  spoke with her?
12    A.  I don't believe I did.
13    Q.  Do you think that that was a
14  question that should have been asked as part
15  of the investigation?               09:35:40
16       MR. NOVIKOFF:  Objection.
17    A.  Not specifically, no.
18    Q.  Do you think that if she was drunk
19  it could have affected her judgment?
20    A.  Being a victim, no.             09:35:49
21    Q.  Could it have affected her ability
22  to recall facts?
23       MR. NOVIKOFF:  Objection.
24    A.  I don't know.
25    Q.  You don't think if she is        09:36:00
```

Page 522

```
 1              Hesse
 2  intoxicated it may have affected her ability
 3  to recall facts?
 4       MR. NOVIKOFF:  Objection.
 5    A.  It is speculating.  It is         09:36:10
 6  possible.
 7    Q.  Well as a police officer for a
 8  long time, in your experience as a police
 9  officer do you believe that intoxicated
10  people -- strike that.              09:36:26
11       Do you believe that intoxication
12  can affect a witness' ability to recall facts?
13       MR. CONNOLLY:  Objection.
14       MR. NOVIKOFF:  Objection.
15    A.  I believe so, yes.              09:36:34
16    Q.  But yet you still didn't ask her
17  if she was drinking?
18       MR. CONNOLLY:  Objection.
19    A.  I don't specifically recall.
20       MR. NOVIKOFF:  Before you ask the  09:36:46
21    next question, just to make clear on the
22    record, an objection by one party is an
23    objection for all?
24       MR. GOODSTADT:  Yes.
25       MR. NOVIKOFF:  Right.            09:36:59
```

Page 523

```
 1              Hesse
 2    Q.  Are you aware of the injuries to
 3  Brian Van Koot from that night?
 4    A.  Partially, yes.
 5    Q.  What do you mean by partially?     09:37:05
 6    A.  I partially recall.
 7    Q.  You partially recall now or you
 8  were partially aware at the time; I am not
 9  sure what you mean by partially?
10       MR. CONNOLLY:  Objection.  Re-ask  09:37:19
11    the question.
12    Q.  At the time during those five days
13  were you aware of the injuries to Brian Van
14  Koot?
15       MR. CONNOLLY:  Objection.  If you  09:37:32
16    understand the question.
17    A.  I know why he went to the
18  hospital, but I don't believe there were any
19  injuries sustained from what I recall.
20    Q.  Did you see any pictures of Brian  09:37:41
21  Van Koot from that night?
22       MR. CONNOLLY:  At any juncture?
23    Q.  At any juncture?
24    A.  Yes.
25    Q.  When did you see those?          09:37:52
```

Page 524

Hesse

1
2    A.   I may have saw them the day I came
3    in.  I don't specifically recall.
4       Q.   You testified that you don't
5    believe there were any injuries sustained by   09:38:10
6    Mr. Van Koot.  What did you mean by that?
7       A.   He came in the next morning and I
8    believe he was okay.
9       MR. GOODSTADT:  Would you mark
10   this as Hesse Exhibit 17, photocopy of   09:38:28
11   photographs.
12       (Hesse Exhibit 17, photocopy of
13   photographs, marked for
14   identification, as of this date.)
15       Q.   I placed in front of Mr. Hesse   09:38:41
16   what has now been marked as Hesse 17,
17   three-page exhibit bearing Bates numbers 3187
18   through 3188, 3189.
19       Mr. Hesse, are these the pictures
20   that you saw the next morning?   09:39:14
21       MR. CONNOLLY:  Objection.
22       A.   Yes, I have seen these pictures,
23   yes.
24       Q.   Did you hear that at that time
25   that Mr. Van Koot had suffered an unaligned   09:39:27

Page 525

Hesse

1
2    trachea, or disaligned trachea as a result of
3    the Halloween incident?
4       MR. NOVIKOFF:  Objection to the
5    form.   09:39:44
6       A.   Yes, I did hear that he had a
7    either deviated trachea or something, what the
8    EMT suspected, yes.
9       Q.   What do you mean by what the EMT
10   suspected?   09:40:00
11       A.   If he had a deviated trachea I
12   doubt he would have been out of the hospital
13   within a couple of hours.  It was a
14   precautionary measure.
15       Q.   So do you know whether he actually   09:40:10
16   suffered that injury?
17       A.   I don't believe he did.
18       Q.   That was on the basis of your
19   understanding that he was out of the hospital
20   and came to the police station the next   09:40:19
21   morning?
22       MR. NOVIKOFF:  Objection to the
23   form.
24       A.   Yes.
25       Q.   Did you ever check to see whether   09:40:22

Page 526

Hesse

1
2    he had actually suffered those injuries?
3       MR. NOVIKOFF:  Objection.
4    Foundation.
5       A.   I don't recall.   09:40:30
6       Q.   Did you ever speak -- strike that.
7       How did you know that the EMT
8    suspected that?
9       A.   I think I read it on the PCR.
10      Q.   Did you ever speak with anyone who   09:40:44
11   was on EMT that night about those injuries?
12      A.   I don't recall if I did.
13      Q.   When was the first time that you
14   spoke with Joe Loeffler Jr. about the
15   Halloween incident?   09:40:57
16      A.   I don't recall when.
17      Q.   Do you recall how long after those
18   five days it was?
19      A.   I don't.
20      Q.   Joe Loeffler was part of the EMT   09:41:04
21   that night; is that correct?
22      A.   I believe he was, yes.
23      Q.   Did you ever hear the fact that he
24   stated that it was an assault second with a
25   dangerous instrument at the police station   09:41:15

Page 527

Hesse

1
2    that night?
3       MR. CONNOLLY:  Objection.
4       MR. NOVIKOFF:  Objection.
5       A.   I heard a rumor about that, yes.   09:41:19
6       Q.   Who did you hear the rumor from?
7       A.   I don't recall.
8       Q.   Did you ever speak with
9    Mr. Loeffler about that statement?
10      A.   I don't recall.   09:41:26
11      Q.   Did you ever speak with any of the
12   on duty officers that night about that
13   statement?
14       MR. NOVIKOFF:  Objection.
15      Q.   The three on duty officers that   09:41:36
16   were on duty that night --
17       MR. CONNOLLY:  The three officers
18   that went to the scene?
19       MR. NOVIKOFF:  Objection to the
20   form.   09:41:45
21      Q.   Yes.
22      A.   I don't recall if I did
23   specifically.
24      Q.   Do you recall specifically
25   speaking to anybody about that statement being   09:41:51

Page 528

Hesse

1  made?
3      MR. NOVIKOFF: Objection to the
4  form.
5      A.   Specifically no.            09:41:54
6      Q.   Did you review the on duty
7  officers field report from that evening?
8      A.   Yes.
9      Q.   When did you review that for the
10 first time?                          09:42:12
11     A.   I believe it was that Monday
12 morning.
13     Q.   And what was your reaction to
14 reading that report?
15     A.   I don't know if I really had a    09:42:22
16 reaction.  I don't really recall what I had
17 thought.
18     Q.   Did you read that at the same time
19 that you read the witness statements that had
20 been taken the night of the Halloween    09:42:39
21 incident?
22     A.   Yes, I read them as a packet.
23     Q.   And the photos that have been
24 marked as Hesse Exhibit 17, they were part of
25 that packet?                          09:42:52

Page 529

Hesse

1
2      A.   You know I don't recall if they
3  were or not.  I do remember seeing them.  I
4  don't remember when I first saw them though.
5      Q.   Were there any handwritten notes    09:43:01
6  or notes or documents prepared by Ed Paradiso
7  in that packet that you received?
8      A.   I don't recall if there was.
9      MR. GOODSTADT: Would you mark
10 this document as Hesse Exhibit 18,    09:43:17
11 incident report.
12     (Hesse Exhibit 18, incident
13 report, marked for identification, as
14 of this date.)
15     MR. GOODSTADT: Off the record for 09:43:40
16 one minute.
17     THE VIDEOGRAPHER: The time is
18 9:45, we are off the record.
19     (Recess taken.)
20     THE VIDEOGRAPHER: The time is    09:51:48
21 9:53, we are on the record.
22     Q.   Mr. Hesse, I want to go back to
23 your discussions with Jeannie Jaeger both on
24 the phone and when you went to her house with
25 Mr. Cherry.  Did you ever ask her why she    09:52:06

Page 530

Hesse

1
2  didn't provide a statement that night to the
3  on duty police officers?
4      A.   Yes, she felt that because she saw
5  an ambulance in front of the police station,    09:52:21
6  that she felt that they were busy and she
7  didn't want to bother anybody.
8      Q.   Do you know where she went after
9  Hauser's that night?
10     A.   I don't recall where she went.    09:52:38
11     Q.   You never heard that she went to
12 CJ's after Hauser's?
13     A.   I don't recall.  She might have.
14     Q.   Do you have to pass the police
15 station to get from Hauser's to CJ's?    09:52:49
16     A.   Yes.
17     Q.   Do you have to pass the police
18 station to get from CJ's back from their
19 residence?
20     A.   No.                          09:52:57
21     Q.   How far is CJ's from the police
22 station?
23     A.   Maybe 50 steps.
24     Q.   50 steps?
25     A.   Maybe.                       09:53:03

Page 531

Hesse

1
2      Q.   Did you ask her whether the --
3  strike that.
4      You never spoke to her about
5  whether she was at CJ's that night after    09:53:08
6  Hauser's?
7      MR. CONNOLLY: Objection.
8      A.   I don't recall.
9      Q.   Did you ask her why she didn't
10 give a statement to the on duty officers at    09:53:16
11 Hauser's?
12     MR. CONNOLLY: Objection.
13     MR. NOVIKOFF: Objection.
14     A.   I don't recall.
15     Q.   Do you know whether -- strike    09:53:24
16 that.
17     Did she tell you that she didn't
18 want to bother anybody when she saw the
19 ambulance, did she tell you that during the
20 phone call or did she tell you that during the 09:53:35
21 visit to her house?
22     A.   I don't recall.
23     Q.   Do you know whether it was
24 incorporated into her witness statement?
25     A.   I don't recall if it was or not.    09:53:44

12 (Pages 528 to 531)

Page 532

Hesse

1
2      Q.   Do you think that is an important
3  fact that should be incorporated into a
4  witness statement?
5          MR. NOVIKOFF:  Objection.        09:53:55
6      A.   May have.
7      Q.   It may have been important to
8  incorporate in a witness statement?
9      A.   May have.
10     Q.   What do you mean by that?      09:54:02
11     A.   We just told her to tell us what
12  happened.  You know, it is funny, I don't
13  recall whether or not she told me within those
14  first five days or when we took the statement
15  or after.  I must have seen her a hundred      09:54:18
16  times since then, so I don't recall.
17     Q.   So it is possible that you didn't
18  even ask her that during the five days?
19     A.   I don't recall.
20     Q.   The witness statements that were   09:54:28
21  prepared by, written by you and Mr. Cherry,
22  are those considered police property?
23          MR. NOVIKOFF:  Objection to the
24  form.
25     A.   I would say yes.          09:54:42

Page 533

Hesse

1
2      Q.   Would they be confidential?
3      A.   To a point.
4      Q.   What do you mean by to a point?
5      A.   They are not for the general    09:54:49
6  public to look at.
7      Q.   Were they for other officers to
8  look at other than for you and Mr. Cherry?
9      A.   I don't think I would have hid
10  them from anybody.          09:55:02
11     Q.   Did you leave them out for anybody
12  to look at?
13     A.   Not specifically that I recall.
14     Q.   Did you ever show them to Gary
15  Bosetti?          09:55:11
16     A.   Yes.
17     Q.   When did you show them to Gary
18  Bosetti?
19     A.   I don't recall when.
20     Q.   Did you show them before or after  09:55:16
21  he provided his statement?
22     A.   It might have been after.
23     Q.   You don't recall showing them to
24  him before?
25     A.   No.          09:55:24

Page 534

Hesse

1
2      Q.   Would it have been improper for
3  him to review the other witness' statements
4  before giving his own witness statement?
5          MR. CONNOLLY:  Objection.      09:55:33
6          MR. NOVIKOFF:  Objection.
7      A.   I don't believe so.
8      Q.   So you think it would have been
9  proper for him to review everybody else's
10  witness statement prior to his statement being  09:55:39
11  taken?
12          MR. NOVIKOFF:  Objection.
13     A.   You know at that point I don't
14  think it really would have mattered.
15     Q.   Why not?          09:55:50
16     A.   Because we felt that his actions
17  were correct.
18     Q.   So why did you ask him for a
19  statement?
20     A.   Because we actually wanted to see  09:55:57
21  what he had to say.
22     Q.   So again prior to actually seeing
23  what he had to say do you think it would have
24  been proper to show him all the other eye
25  witness statements that had been taken?      09:56:10

Page 535

Hesse

1
2          MR. CONNOLLY:  Objection.
3      A.   Yeah, I don't recall whether or
4  not he did.  To tell you the truth I don't
5  believe he did until afterwards.      09:56:19
6      Q.   I am not asking whether he did or
7  didn't, I am asking whether it would have been
8  proper to have provided him with the other
9  witness statements prior to finding out what
10  he had to say?          09:56:28
11          MR. NOVIKOFF:  Note my objection.
12          MR. CONNOLLY:  Objection.
13     A.   I don't think it would have been
14  proper, but like I said I don't recall whether
15  he did or not.  I don't think he did.      09:56:40
16     Q.   Would it have been proper for him
17  to just make photocopies of the statements and
18  take them home with him?
19     A.   I don't --
20          MR. NOVIKOFF:  Objection.      09:56:53
21     A.   I don't believe he did.
22     Q.   The question wasn't whether he did
23  or didn't.  The question was whether it would
24  have been proper for him to do so?
25          MR. NOVIKOFF:  Objection.      09:56:59

13  (Pages 532 to 535)

Page 536

Hesse

1
2       A.   If he asked permission I don't
3   think it would have been improper.
4       Q.   How about if he didn't ask
5   permission?                    09:57:05
6       A.   I think that would be improper.
7       Q.   Would it be grounds for
8   termination?
9       A.   Not specifically.
10       Q.   Why not?              09:57:12
11       A.   Why should he be; I don't know.
12       Q.   Did you terminate David Gerbin
13   (phonetic) for making photocopies of police
14   documents?
15       A.   He did more than that.    09:57:28
16       Q.   Was that one of the reasons that
17   you terminated him?
18       A.   Yes.
19       Q.   What were the other reasons that
20   you terminated Gerbin?            09:57:35
21       A.   He was in my desk going through my
22   personal documents, not just a file that was
23   left on a desk.
24       Q.   Anything else that Gerbin did that
25   you terminated him for?           09:57:46

Page 537

Hesse

1
2       A.   He went through people's personnel
3   files and took copies of that stuff too, I
4   don't find that to be proper.
5       Q.   Anything else that you fired    09:57:54
6   Gerbin for?
7       A.   I believe that was it.
8       Q.   And that was -- you saw that on
9   the videotape, Gerbin taking the stuff?
10       A.   Yes.                  09:58:17
11       Q.   Did you keep a copy of that tape?
12       A.   Yes.
13       Q.   I believe you testified that
14   Mr. Paradiso had spoken to Elyse Miller; is
15   that correct?                   09:58:30
16          MR. NOVIKOFF:  Objection.
17       A.   Yes.
18       Q.   How did you learn that he spoke
19   with Elyse Miller?
20       A.   I believe he had stated to me that 09:58:43
21   he did and Elyse Miller had said that he came
22   up to the house.
23       Q.   What house is that?
24       A.   I don't specifically remember.
25       Q.   You don't know -- so she told you 09:58:49

Page 538

Hesse

1
2   that she spoke with Ed Paradiso when he came
3   up to the house?
4       A.   Yes, where she was staying that
5   night.                          09:59:01
6       Q.   Did she tell you which house it
7   was?
8       A.   If I recall correctly I think it
9   was Michael Miller's house on Barberry Walk.
10       Q.   Was Gary Bosetti staying there    09:59:11
11   that night?
12       A.   I don't recall.
13       Q.   Did you ever ask him?
14       A.   I don't recall if I did or not.
15       Q.   Do you know whether Richard     09:59:18
16   Bosetti was staying there that night?
17       A.   I don't recall.
18       Q.   Did you ever ask him?
19       A.   Actually he made a statement that
20   he stayed in the barracks.        09:59:29
21       Q.   Do you know whether he was
22   planning to stay at Michael Miller's house
23   that evening?
24       A.   I don't know.
25       Q.   Did Ms. Miller provide -- strike 09:59:40

Page 539

Hesse

1
2   that.
3          What else did Mr. Paradiso tell
4   you if anything about his discussion with
5   Ms. Miller?                     09:59:49
6       A.   I don't recall.
7       Q.   Do you recall anything he told you
8   about his discussion with Ms. Miller other
9   than the fact that he spoke with her?
10       A.   No, I don't recall.      09:59:58
11       Q.   When was the first time that you
12   spoke with Elyse Miller about Halloween?
13       A.   I don't remember the exact date,
14   but I believe it was over the telephone.
15       Q.   Was it prior to or after your    10:00:10
16   discussion on that Monday or on that Tuesday
17   with Doug Wyckoff?
18       A.   Well, I know Officer Cherry was
19   present when I spoke to her on the phone
20   because he was listening in.  Actually I was 10:00:28
21   listening in to him.  So it had to be a couple
22   of days after.
23       Q.   So your discussion with Ms. Miller
24   was a couple of days after that Tuesday?
25       A.   A day or two possibly, I don't    10:00:41

Page 540

1          Hesse
2   know.
3       Q.  So your recollection it was either
4   Wednesday or Thursday?
5       A.  It is possible, I don't know.     10:00:48
6       Q.  Did you call her or did she call
7   you?
8       A.  I don't remember.
9       Q.  Tell me everything that you recall
10  that she said about what happened on Halloween  10:01:01
11  during that phone call?
12          MR. CONNOLLY:  That phone call
13  being?
14      Q.  The one that you testified to the
15  first time that you spoke with her?     10:01:09
16      A.  I think we just basically asked
17  her what she observed, and she said she was
18  waiting on line for the bathroom.  She
19  remembers being on line for quite a while,
20  possibly fifteen minutes or more.  She was    10:01:20
21  standing behind who she now knows as Jeannie
22  Jaeger who was the first one on line.  I guess
23  they were having a discussion about how long
24  they were waiting on line.
25          They kept knocking on the door.  I 10:01:34

Page 541

1          Hesse
2   remember her saying that then a male and a
3   female came out of the bathroom.  Next thing
4   you know a fight broke out and her and Jeannie
5   somehow got themselves into the bathroom to    10:01:51
6   stay away from the fight.  That is basically
7   what I recall.  I don't remember specifics.
8       Q.  And who was -- who was on that
9   call?
10      A.  I believe it was myself and John    10:02:04
11  Cherry, Pat Cherry.
12      Q.  Did you ask -- strike that.
13          Do you know whether Ms. Miller was
14  drinking that evening?
15      A.  I don't recall.          10:02:13
16      Q.  Did you ask her?
17      A.  I don't recall.
18      Q.  Do you think that would have been
19  an important question to ask Ms. Miller?
20          MR. NOVIKOFF:  Objection.     10:02:22
21      A.  May have.
22      Q.  What do you mean by may have?
23      A.  It just may have.  I think it was
24  irrelevant, but I don't recall her if we asked
25  her or not.              10:02:32

Page 542

1          Hesse
2       Q.  Why would it be irrelevant about
3   whether an alleged eyewitness was drinking?
4       A.  Because what she told us is what
5   we believed happened, so.  And she was not    10:02:42
6   intoxicated when we were asking her those
7   questions.
8       Q.  But if she was intoxicated at the
9   time it could have affected her judgment?
10      A.  It is possible.          10:02:55
11      Q.  Could it have affected her ability
12  to recall facts?
13          MR. NOVIKOFF:  Objection.
14      A.  It is possible.
15      Q.  Could it have affected her    10:03:06
16  perception?
17          MR. NOVIKOFF:  Objection.
18      A.  Sure.
19      Q.  Yet you still think it is
20  irrelevant?              10:03:15
21      A.  Yes.
22      Q.  Did she ever provide a witness
23  statement in writing?
24      A.  Yes.
25      Q.  Before we get to that, did you    10:03:22

Page 543

1          Hesse
2   take any notes of that phone conversation?
3       A.  I don't believe we did.
4       Q.  How come?
5       A.  I think we just asked her to write  10:03:31
6   down her recollection of what happened and
7   send it to us.
8       Q.  But she had already given you a
9   verbal recollection; is that correct?
10      A.  Yes.          10:03:40
11      Q.  You didn't take any notes of what
12  she said verbally?
13          MR. CONNOLLY:  Objection.
14      A.  I specifically didn't.  I am
15  unaware if John Cherry did, or Patrick Cherry  10:03:47
16  he is known as.
17      Q.  Don't you think it would have been
18  important to write down what she said to you
19  in case her written statement contradicted it?
20      A.  No.          10:04:00
21          MR. GOODSTADT:  Would you mark
22  this document as Hesse Exhibit 19,
23  handwritten statement dated November 1,
24  2004.
25          (Hesse Exhibit 19, handwritten    10:04:09

Page 544

Hesse

1
2      statement dated November 1, 2004,
3      marked for identification, as of this
4      date.)
5          Q.   I placed in front of Mr. Hesse      10:04:40
6      what has been marked as Hesse Exhibit 19.  It
7      is a multiple page exhibit bearing Bates
8      numbers 3169 through 3175.
9          Mr. Hesse, do you recall ever
10     reading or seeing the document that has been    10:05:02
11     marked as Hesse Exhibit 19?
12         A.   Yes.
13         Q.   This is -- what is this document?
14         A.   This is Elyse Miller's
15     recollection of what happened that night.      10:05:16
16         Q.   Do you see on the first page dated
17     November 1, 2004, do you see that?
18         A.   Yes.
19         Q.   That was actually Monday; is that
20     correct?                              10:05:24
21         A.   Yes.
22         Q.   Does this refresh your
23     recollection as to who when you spoke with
24     Ms. Miller?
25         A.   No.                          10:05:30

Page 545

Hesse

1
2          Q.   Any reason to believe that it was
3      not provided to you on that Monday?
4          A.   Say that again.
5          Q.   Any reason to believe that this      10:05:44
6      was not provided to you on that Monday?
7          A.   No.
8          Q.   Was Pat Cherry assisting you by
9      that Monday?
10         A.   You know, I don't recall if he       10:05:52
11     came in Monday, Tuesday or Wednesday.
12         Q.   How did this statement come into
13     the station?
14         A.   I believe originally it may have
15     been faxed first and then we asked her to take  10:06:05
16     it to a notary, have it notarized and send us
17     the original.
18         Q.   It came to the fax machine in the
19     police station?
20         MR. CONNOLLY:  Objection.           10:06:24
21         A.   I believe so.
22         Q.   Did you -- strike that.
23         Did she ever mention to you
24     anything about Gary Bosetti using a pool cue
25     to strike somebody?                   10:06:40

Page 546

Hesse

1
2          A.   I don't recall if she did or not,
3      I would have to read this whole thing again.
4          Q.   I represent to you that there is
5      nothing in this statement that mentioned     10:06:49
6      anything about a pool cue.
7          A.   Okay.
8          Q.   Did you think that that would be
9      strange that an eyewitness who allegedly saw
10     the whole incident would leave out the fact   10:06:58
11     that Gary Bosetti used a pool cue to strike
12     somebody?
13         MR. CONNOLLY:  Objection.
14         MR. NOVIKOFF:  Objection.
15         A.   I never said that she saw the       10:07:04
16     whole incident, and we asked her in her best
17     recollection to give us a statement on what
18     she observed.
19         Q.   Out of all the witness statements
20     that you took do you recall any of the alleged 10:07:19
21     eyewitnesses mentioning that Gary Bosetti used
22     a pool cue to strike somebody?
23         A.   You know I don't think anybody
24     ever mentioned a pool cue.
25         Q.   Did you think that that was        10:07:32

Page 547

Hesse

1
2      strange that nobody mentioned a pool cue?
3          MR. CONNOLLY:  Objection.
4          MR. NOVIKOFF:  Objection.
5          A.   Yes.                         10:07:36
6          Q.   It is an important fact that was
7      omitted by all the eyewitness statements that
8      you had taken?
9          MR. NOVIKOFF:  Objection.
10         A.   Everything was done in their      10:07:45
11     words, I am not going to put words in their
12     mouth.
13         Q.   Did you weigh -- strike that.
14         Did you use the fact that nobody
15     mentioned Gary Bosetti using a pool cue as      10:07:55
16     part of your credibility analysis?
17         A.   Credibility of who?
18         MR. NOVIKOFF:  Objection.
19         Q.   Of the eyewitnesses?
20         MR. NOVIKOFF:  Objection.          10:08:07
21         A.   Their statements are their
22     statements.
23         Q.   But you had to make a credibility
24     assessment as to whose statements were
25     accurate and whose were not; is that correct?  10:08:15

Page 548

**Hesse**

2    A.  Their statements were this
3 statements.
4    **Q.  Well did you make a credibility**
5 **assessment as part of your investigation?**    10:08:21
6    A.  Not that I specifically recall.
7    **Q.  Well, you already testified that**
8 **you thought that the three people who were**
9 **involved with the fight that gave statements**
10 **that night had blatant lies in their**    10:08:37
11 **statements; correct?**
12      MR. CONNOLLY:  Objection.
13    A.  That is what I felt.
14    **Q.  So that was making a credibility**
15 **determination about the three of them;**    10:08:44
16 **correct?**
17      MR. NOVIKOFF:  Objection.
18    A.  In your opinion, yes.
19    **Q.  How about your opinion?**
20    A.  I thought they were lying.    10:08:52
21    **Q.  And you didn't believe their**
22 **statements; right?**
23    A.  Yes.
24    **Q.  You did not believe they were**
25 **credible; is that correct?**    10:09:00

Page 549

**Hesse**

2      MR. CONNOLLY:  Objection.
3    A.  Correct.
4    **Q.  So I will go back to the same**
5 **question. So you did make a credibility**    10:09:04
6 **assessment as to the three people who gave**
7 **statements the night of the incident; correct?**
8    A.  If you say so, yes.
9    **Q.  I am not asking about what I say,**
10 **I am asking about you?**    10:09:16
11    A.  I believe that they were lies.
12    **Q.  Did you believe that any other**
13 **witnesses provided any lies in their**
14 **statements?**
15    A.  Not that I recall, no.    10:09:32
16    **Q.  So you view them as credible?**
17    A.  Yes.
18    **Q.  So I will go back to the question**
19 **again. You did make a credibility assessment**
20 **as part of your investigation; is that**    10:09:44
21 **correct?**
22      MR. NOVIKOFF:  Objection.
23    A.  At that time I don't recall.
24    **Q.  And were you friends with Elyse**
25 **Miller at the time?**    10:09:59

Page 550

**Hesse**

2    A.  We were acquaintances.
3    **Q.  Was she ever a friend of yours on**
4 **Face Book?**
5    A.  Yes, at one time.    10:10:06
6    **Q.  What do you mean by at one time?**
7    A.  I deleted her as a friend.
8    **Q.  How come?**
9    A.  Because we are not friends.
10    **Q.  Were you friends during the period**    10:10:16
11 **that she was a friend on Face Book?**
12    A.  No.
13    **Q.  So why did you delete her --**
14 **strike that.**
15      **The reason that you deleted her is**    10:10:25
16 **because you are not friends?**
17    A.  Correct.
18    **Q.  So why didn't you delete her --**
19 **strike that?**
20      **How long was she a friend of yours**    10:10:32
21 **on Face Book?**
22    A.  I barely had been on Face Book for
23 a year. I just didn't find it necessary for
24 her to be a friend of mine on Face Book.
25    **Q.  Anything else happen between the**    10:10:44

Page 551

**Hesse**

2 **two of you that caused you to delete her as a**
3 **friend in Face Book?**
4      MR. BAPTISTE:  This is a surreal
5    line of questioning, but I am not    10:10:54
6    objecting.
7    A.  No.
8    **Q.  Was she a friend of yours on your**
9 **My Space account?**
10    A.  You know I don't think so.    10:11:02
11    **Q.  Was she a friend of yours or an**
12 **acquaintance or whatever they call it on any**
13 **other social networking Internet site?**
14    A.  No.
15    **Q.  Did you ask her why she didn't**    10:11:21
16 **give a statement the night of the incident?**
17    A.  I don't recall.
18    **Q.  Did she tell you why she didn't**
19 **give a statement the night of the incident?**
20    A.  I don't recall.    10:11:30
21    **Q.  Did you ask her why she didn't go**
22 **to the police station that evening?**
23    A.  I don't recall if we did or not.
24    **Q.  Is it your testimony that you**
25 **don't know whether Gary Bosetti stayed at the**    10:11:42

Page 552

```
 1              Hesse
 2  same house as Elyse Miller that night?
 3      A.  I don't know.
 4      Q.  If he did do you believe that that
 5  would factor on her credibility at all?   10:11:53
 6      A.  No.
 7      Q.  Were they friends?
 8      A.  I believe they are friends.
 9      Q.  Did they have a sexual
10  relationship?                  10:12:02
11          MR. NOVIKOFF:  Objection.
12      A.  I don't know.
13          MR. NOVIKOFF:  If you are going to
14  ask him did he personally witness or did
15  Gary tell him, that is fine.        10:12:10
16      Q.  Did you ever hear that they had a
17  sexual relationship?
18      A.  No.
19      Q.  Do you know whether -- well strike
20  that.                          10:12:19
21          Did you ever take a witness
22  statement from Ian Levine about that evening?
23      A.  Yes.
24      Q.  You took his statement?
25      A.  I think I did.          10:12:28
```

Page 553

```
 1              Hesse
 2      Q.  Who else was there at the time of
 3  the statement?
 4      A.  I don't recall.
 5      Q.  What day did you take his      10:12:36
 6  statement?
 7      A.  I don't recall.
 8      Q.  Do you recall, do you know whether
 9  Mr. Levine was drinking that evening?
10      A.  I don't know.            10:12:49
11      Q.  Did you ask him?
12      A.  I don't recall.
13      Q.  Is this the same Ian Levine that
14  you had worked for installing cable?
15      A.  Yes.                  10:12:58
16      Q.  You testified I think the first
17  day of your deposition that he paid you in
18  cash; is that correct?
19      A.  Correct.
20      Q.  That you didn't pay taxes on that  10:13:09
21  money; right?
22      A.  Right.
23          MR. GOODSTADT:  Would you mark
24  this document as Hesse Exhibit 20,
25  handwritten statement dated November 2,   10:13:24
```

Page 554

```
 1              Hesse
 2  2004.
 3          (Hesse Exhibit 20, handwritten
 4      statement dated November 2, 2004,
 5      marked for identification, as of this   10:13:25
 6      date.)
 7      Q.  I place in front of Mr. Hesse what
 8  is marked as Hesse Exhibit 20.  It is a
 9  two-page exhibit bearing Bates 3176 and 3177.
10          Mr. Hesse, do you recognize the   10:13:58
11  document marked as Hesse Exhibit 20?
12      A.  Yes.
13      Q.  What is this document?
14      A.  This is a statement by Ian Levine
15  that was taken by John Cherry.      10:14:04
16      Q.  Does this refresh your
17  recollection as to whether you took his
18  statement?
19      A.  Yes.
20      Q.  Were you with Mr. Cherry and    10:14:12
21  Mr. Levine at the time that this statement was
22  provided?
23      A.  No.
24      Q.  So your recollection before about
25  taking a witness statement from Mr. Levine is  10:14:19
```

Page 555

```
 1              Hesse
 2  incorrect, or did you take a separate
 3  statement?
 4      A.  You are correct, I was mistaken.
 5      Q.  Did you review this witness      10:14:30
 6  statement as part of your investigation?
 7      A.  Yes, at some point I did read it.
 8      Q.  And again you don't know if he was
 9  drinking that evening?
10      A.  I don't know.            10:14:39
11      Q.  Did you take a statement of one
12  Mr. Sean O'Rourke as part of your
13  investigation?
14      A.  We did, but I did not do it
15  personally.                    10:14:57
16      Q.  Who took that statement?
17      A.  John Cherry, Pat Cherry.
18      Q.  Is Mr. O'Rourke -- who is Sean
19  O'Rourke?
20      A.  Just a local resident.        10:15:14
21      Q.  Does he work anywhere in the
22  village?
23          MR. CONNOLLY:  Now?
24      Q.  At the time?
25      A.  At the time, yes, he did a lot of  10:15:20
```

Page 556

```
 1              Hesse
 2  different things.
 3      Q.   Was he working the night of the
 4  Halloween incident?
 5      A.   I believe he was the doorman.    10:15:26
 6      Q.   The doorman of where?
 7      A.   Hauser's.
 8      Q.   Did you review his witness
 9  statement as part of your investigation?
10      A.   I believe I did.           10:15:36
11      Q.   Was Mr. O'Rourke arrested for
12  cocaine possession?
13      A.   At some point, yes.
14      Q.   Was he prosecuted?
15      A.   Yes, he was.               10:15:45
16      Q.   Was he found guilty?
17      A.   Yes, he was.
18      Q.   Was it just for possession or was
19  there any other crimes?
20      A.   It was intent to sell and       10:15:51
21  possession.
22      Q.   Intent to sell was based on the
23  quantity or based on the fact that he had some
24  paraphernalia for selling or what was the
25  basis?                           10:16:02
```

Page 557

```
 1              Hesse
 2      A.   It was based on a lot of things.
 3  It was based on the packaging, the amount and
 4  the paraphernalia.
 5      Q.   When was that arrest?        10:16:11
 6      A.   Good question.  It was in the
 7  month of January, I don't know, 2004, 2005.
 8      Q.   Was it before or after you took
 9  his statement?
10      A.   I don't know.  You know what, it   10:16:26
11  was definitely before the statement.
12      Q.   So at the time the statement was
13  taken you had known that he was a convicted
14  drug dealer; is that correct?
15      A.   Yes.                       10:16:40
16      Q.   What was he actually convicted
17  for?
18          MR. CONNOLLY:  Objection to the
19      extent that we know that he was arrested
20      before.  I don't know if it was       10:16:45
21      established that he was convicted.
22      Q.   Do you know when the conviction
23  was?
24      A.   I don't remember exactly what the
25  date was.                        10:16:53
```

Page 558

```
 1              Hesse
 2      Q.   Was it before or after the
 3  Halloween statement that he gave to you?
 4      A.   The conviction was possibly before
 5  this also.                        10:16:58
 6      Q.   What was he convicted for?
 7      A.   You know, I don't remember the
 8  exact plea deal, what he was convicted on.  I
 9  don't remember exactly.
10      Q.   But it was a drug related       10:17:09
11  conviction?
12      A.   Yes.
13      Q.   So at the time he gave you this
14  witness statement you knew he had been
15  convicted of a drug related crime?     10:17:17
16      A.   Yes.
17      Q.   Did you -- did his statement play
18  any role in your conclusion that you reached
19  within those five days?
20      A.   Did it play a role; to what     10:17:32
21  extent; I don't recall.
22      Q.   Well did you believe his statement
23  to be credible?
24      A.   Sure.
25      Q.   Do you know whether Mr. O'Rourke   10:17:44
```

Page 559

```
 1              Hesse
 2  was drinking that night?
 3      A.   I don't recall.
 4      Q.   Did you ask him?
 5      A.   I don't recall.            10:17:49
 6      Q.   Do you know whether Mr. O'Rourke
 7  was doing drugs that night?
 8      A.   I don't know, I didn't interview
 9  him, so I don't know.
10      Q.   Do you know whether Mr. Cherry    10:17:56
11  asked him whether he was doing drugs that
12  night?
13      A.   I don't know.
14      Q.   Do you know whether Mr. Cherry
15  asked him if he was drinking that night?   10:18:02
16      A.   I don't know.
17      Q.   Do you think it would have been
18  important to find out whether or not a
19  eyewitness was doing drugs on the night of the
20  alleged incident?                 10:18:10
21          MR. NOVIKOFF:  Objection.
22      A.   Sure, I guess we could have asked.
23      Q.   Particularly after he has already
24  been convicted of a drug crime?
25          MR. NOVIKOFF:  Objection.      10:18:19
```

Page 560

1           Hesse
2      A.   I didn't interview him.
3      Q.   I am asking you whether you think
4 it was important to ask that question?
5           MR. NOVIKOFF:  Objection.        10:18:25
6      A.   It may have been.
7      Q.   You think it would have been
8 important to ask him whether he was drinking
9 that night?
10          MR. NOVIKOFF:  Objection.        10:18:30
11     A.   It could have been, yes.
12     Q.   I believe you testified before
13 that you got a statement from Gary Bosetti; is
14 that correct?
15     A.   At some point, yes.         10:18:39
16     Q.   When was that?
17     A.   I don't remember the exact date.
18     Q.   Was it before or after you had
19 gotten the statement from Sean O'Rourke?
20     A.   I believe it was after.      10:18:50
21     Q.   At some point was Gary rehired?
22     A.   Yes.
23     Q.   Who rehired him?
24     A.   Ed Paradiso.
25     Q.   Do you recall when that took     10:18:59

Page 561

1           Hesse
2 place?
3      A.   Specifically no.
4      Q.   Were you there when it happened?
5      A.   Yes.                10:19:09
6      Q.   Where was it?
7      A.   Police station.
8      Q.   Who was there?
9      A.   John Cherry was there, but he was
10 sitting at the front desk, myself, Gary     10:19:16
11 Bosetti, Richie Bosetti and Ed Paradiso was in
12 the squad room.
13     Q.   I believe you testified that you
14 got his statement because you wanted to hear
15 what he had to say; is that correct?      10:19:34
16     A.   Yes.
17     Q.   How come you did -- strike that.
18          Do you recall taking it during the
19 first five days in which you reached your
20 conclusions?               10:19:45
21     A.   I don't recall whether I did or
22 not.
23          MR. GOODSTADT:  Would you mark
24 this document as Hesse Exhibit 21,
25 internal correspondence, November 12,     10:20:09

Page 562

1           Hesse
2 2004.
3          (Hesse Exhibit 21, internal
4 correspondence, November 12, 2004,
5 marked for identification, as of this     10:20:10
6 date.)
7      Q.   I placed in front of Mr. Hesse
8 what is marked as Exhibit 21, Bates number
9 3158.  Mr. Hesse, do you recognize this
10 document?                10:20:45
11     A.   Yes.
12     Q.   What is this document?
13     A.   Typed statement given by Gary
14 Bosetti.
15     Q.   You see it is dated November 12,   10:20:51
16 2004, do you see that?
17     A.   Yes.
18     Q.   Do you know whether he provided
19 a -- strike that.
20          How did you receive this     10:21:01
21 statement?
22     A.   I believe he did this in the
23 police station.  I think we had him come to
24 the station house.
25     Q.   He typed it up in the police     10:21:11

Page 563

1           Hesse
2 station?
3      A.   I don't recall if I typed it as he
4 said it or if he typed it himself.
5      Q.   But to your recollection there was 10:21:19
6 no handwritten version of this from you or him
7 or somebody else?
8      A.   No.
9      Q.   You see it is dated November 12,
10 2004?                 10:21:31
11     A.   Yes.
12     Q.   That is now just about two weeks
13 after the incident?
14     A.   Yes.
15     Q.   Why did you wait about two weeks   10:21:36
16 to get his statement?
17     A.   I don't know why.
18     Q.   Did you ask him why he didn't give
19 a statement the night of the incident?
20     A.   I think he was -- I believe I did  10:21:47
21 ask him why he didn't approach one of the
22 three officers, and you know, I remember him
23 saying that he was dazed from the fight
24 itself.  That Richie attempted to -- Rich
25 Bosetti, his brother, attempted to talk to the 10:22:03

Page 564

1        Hesse
2    three and none of them wanted to talk to him.
3        Q.   Did you ask him why he didn't come
4    to the police station the next day to give a
5    statement?                        10:22:15
6        A.   Well, in his opinion I think he
7    felt he was being railroaded --
8        MR. CONNOLLY:  That is not the
9    question.
10       A.   So he didn't want to talk to      10:22:25
11   anybody, he left.
12       Q.   He left.  What do you mean by he
13   left?
14       A.   I think he left the beach.
15       Q.   As a retired 20 year veteran of    10:22:34
16   the New York City Police Department who was
17   involved in an altercation, was it appropriate
18   that he left the beach without giving a
19   statement?
20       MR. CONNOLLY:  Objection.        10:22:48
21       MR. NOVIKOFF:  Objection.
22       A.   He felt it was, yes.
23       Q.   I am not asking what he felt.  I
24   am asking whether you felt that a 20 year
25   New York City veteran police officer at the   10:22:55

Page 565

1        Hesse
2    time a current police officer in the Village
3    of Ocean Beach, do you think it was
4    appropriate for him to leave the island
5    without giving a statement?           10:23:08
6        MR. NOVIKOFF:  Objection.
7        A.   I felt it was inappropriate, and I
8    felt he should have come to either myself or
9    the chief.
10       Q.   Did you ever write him up for not  10:23:13
11   doing?
12       MR. NOVIKOFF:  Objection.
13       A.   No.
14       Q.   Did you ever discipline him for
15   not doing that?                     10:23:20
16       MR. NOVIKOFF:  Objection.
17       A.   I did talk to him about it.
18       Q.   When did you speak to him about
19   it?
20       A.   I don't remember exactly.        10:23:25
21       Q.   Was it before or after November
22   12, 2004?
23       A.   I don't remember exactly, no.
24       Q.   Did you memorialize the fact that
25   you spoke to him about that?           10:23:37

Page 566

1        Hesse
2        A.   No.
3        Q.   What was your reaction when you
4    heard that he had left the island without
5    giving a statement?                 10:23:47
6        A.   I don't know if I had a reaction.
7    I don't recall.
8        Q.   Do you know whether he was
9    drinking that night?
10       A.   I don't know.               10:23:58
11       Q.   Did you ever ask him?
12       A.   I may have, I don't know.
13       Q.   And he took police action that
14   night?
15       MR. NOVIKOFF:  Objection.        10:24:07
16       MR. CONNOLLY:  Objection.
17       Q.   Do you believe he took police
18   action that night?
19       A.   In my opinion, yes.
20       Q.   Was he the first officer at the   10:24:11
21   scene?
22       MR. NOVIKOFF:  Objection.
23       A.   He was already there.
24       Q.   So how come he didn't make an
25   arrest that night; did you ever ask him?   10:24:23

Page 567

1        Hesse
2        A.   I may have asked him, I don't
3    recall specifically.
4        Q.   Do you recall what his response
5    was?                             10:24:31
6        A.   Not specifically, no.
7        Q.   Did it surprise you that he didn't
8    make an arrest after what you now believe to
9    be the truth?
10       MR. NOVIKOFF:  Objection.        10:24:45
11       A.   Was I surprised; I wouldn't say I
12   was surprised.
13       Q.   Did you ever ask him why he left
14   the ocean without giving a statement?
15       MR. BAPTISTE:  Why he left the     10:25:07
16   bar or why he left --
17       Q.   The beach without giving a
18   statement?
19       A.   I don't specifically remember.
20       Q.   Did you ever ask him why he left   10:25:13
21   the bar without giving a statement?
22       MR. NOVIKOFF:  Objection.  Asked
23   and answered.
24       A.   I believe he was inside the bar
25   and Rich Bosetti went out to talk to the three  10:25:23

Page 568

Hesse

1 police officers, and they said they will take
2
3 care of it, they will do whatever,
4 specifically I don't recall.
5     Frank -- I believe it was Frank   10:25:33
6 Fiorillo had said to Rich specifically we are
7 handling it. So Richie went back into the
8 bar. So I don't know why they specifically
9 didn't talk to them.
10    Q.   And by November 12th you had      10:25:44
11 already reached a conclusion as to what
12 happened; correct?
13    A.   Yes.
14    Q.   By that point in time had any
15 other witness mentioned to you that Gary      10:25:56
16 Bosetti used a pool cue?
17        MR. CONNOLLY: Objection.
18        MR. NOVIKOFF: Objection to the
19 form.
20    A.   I don't believe any witness came   10:26:03
21 forward and said anything about a pool cue.
22    Q.   Did you ever take a statement from
23 Richard Bosetti?
24    A.   Yes.
25    Q.   When did you take that statement?  10:26:14

Page 569

Hesse

1    A.   I don't specifically remember.
2    Q.   Was it before or after Gary's?
3    A.   I don't know.
4    Q.   Did you ask him to provide a       10:26:23
5 statement or did he come forward voluntarily
6 to do it?
7    A.   I believe I asked him to write
8 something up.
9    Q.   When did you ask him that?         10:26:29
10    A.   I don't specifically remember.
11    Q.   Do you recall approximately when
12 it was?
13    A.   No. I don't.
14    Q.   Do you recall what month it was?   10:26:36
15    A.   It was probably in November.
16    Q.   Why would you think that?
17    A.   Well, the incident took place on
18 the 31st, preceding month is November.
19        MR. GOODSTADT: Would you mark       10:27:00
20 this document, internal correspondence,
21 December 10, 2004, as Hesse Exhibit 22,
22        (Hesse Exhibit 22, internal
23 correspondence, December 10, 2004,
24 marked for identification, as of this   10:27:02

Page 570

Hesse

1 date.)
2    Q.   I placed in front of Mr. Hesse
3 what has been marked as Hesse Exhibit 22, it
4 is a multiple page exhibit bearing Bates      10:27:38
5 numbers 3200 through 3204.
6        Do you recognize the exhibit that
7 has been marked as Hesse Exhibit 22?
8    A.   Yes.
9    Q.   What is this?                       10:27:54
10    A.   Statement that I took from Rich
11 Bosetti.
12    Q.   And the last three pages are, is
13 that your handwriting?
14    A.   Yes, that is my handwriting.       10:28:03
15    Q.   How come Rich Bosetti didn't sign
16 the statement, the last three page written
17 statement?
18    A.   I don't recall.
19    Q.   Do you usually have a witness sign  10:28:11
20 a statement that they give?
21    A.   Always, yes.
22    Q.   Do you know whether he actually
23 signed the handwritten statement at any point?
24    A.   According to this no, I don't      10:28:22

Page 571

Hesse

1 recall.
2    Q.   Who typed the first two pages?
3    A.   I think I went back and I typed it
4 up after I wrote it.                          10:28:32
5    Q.   Why would you type it up?
6    A.   Just so it was easier to read, no
7 other reason.
8    Q.   You see the date, December 10,
9 2004?                                         10:28:42
10    A.   Yes.
11    Q.   Does that now refresh your
12 recollection as to when you took Rich
13 Bosetti's statement?
14    A.   Not specifically, no.              10:28:46
15    Q.   Any reason to believe it was not
16 December 10, 2004?
17    A.   No.
18    Q.   Why would you wait six weeks to
19 take a statement?                            10:28:55
20        MR. NOVIKOFF: Almost six weeks.
21    Q.   Approximately six weeks.
22        MR. CONNOLLY: Objection to the
23 form. You can answer.
24    A.   I don't specifically recall why.   10:29:03

22 (Pages 568 to 571)

Page 572

Hesse

1
2    Q.   Do you think that six week time
3  lapse could affect his ability to recall the
4  events that night?
5    A.   It could have.          10:29:14
6    Q.   Did you ask him whether he was
7  drinking that night?
8    A.   Not specifically, I don't
9  remember.
10    Q.   Do you know whether he was     10:29:20
11  drinking that night?
12    A.   I don't know.
13    Q.   Do you think it would have been
14  important to ask him?
15        MR. CONNOLLY:  Objection.     10:29:26
16    A.   Sure.
17    Q.   Did you ask Rich Bosetti if he
18  tried to get any statements from any
19  eyewitnesses that night?
20    A.   I don't recall if I did.     10:29:48
21    Q.   Do you know how Rich Bosetti got
22  off the island that next morning?
23    A.   I don't recall.
24    Q.   Do you know how Gary Bosetti got
25  off the island on the morning of the 31st?  10:30:02

Page 573

Hesse

1
2    A.   I don't recall.
3    Q.   I believe you testified before
4  about asking the on duty officers that evening
5  to put together 42's; is that correct?     10:30:17
6        MR. CONNOLLY:  Objection.  Do you
7  mean the officers who were on the scene?
8    Q.   Who were on duty that night?
9        MR. CONNOLLY:  We have not
10  established there were any other officers  10:30:28
11  on duty.  I know you are making reference
12  to the three officers that went to the
13  scene.
14        MR. GOODSTADT:  I will rephrase.
15        MR. NOVIKOFF:  I believe this     10:30:35
16  witness testified today that he asked
17  Mr. Lamm and Mr. Fiorillo for 42's.  I
18  don't believe he made any reference to a
19  42 for Mr. Snyder.
20    Q.   So did you ask Mr. Fiorillo to     10:30:48
21  provide a 42?
22    A.   Yes.
23    Q.   A 42 is what?
24    A.   Just a memo.
25    Q.   Did you ask Lamm to provide a 42?  10:30:54

Page 574

Hesse

1
2    A.   Yes.
3    Q.   Did you ask Snyder to provide a
4  42?
5    A.   At some point I did.     10:31:01
6    Q.   Do you recall when you asked
7  Snyder to provide a 42?
8    A.   I don't recall.
9    Q.   Is it possible that it was October
10  31st that you asked him to provide a 42?     10:31:09
11        MR. NOVIKOFF:  Objection.
12    A.   I don't think so.
13    Q.   When was the first time that you
14  recall speaking to Snyder about the Halloween
15  incident?          10:31:25
16    A.   I don't recall.
17    Q.   Do you recall approximately how
18  many days after the event?
19    A.   No, I don't.
20    Q.   Do you recall when Snyder provided  10:31:25
21  his 42?
22    A.   I don't.
23    Q.   Do you recall how Snyder provided
24  his 42?
25    A.   I think he put it in writing.     10:31:37

Page 575

Hesse

1
2    Q.   Do you recall how you received it?
3    A.   I don't know.  I don't know if it
4  was by E-mail or if he faxed it.
5    Q.   Do you recall whether -- was it     10:31:47
6  handwritten or typed?
7    A.   My best recollection is it was
8  typed.
9    Q.   Did you ever receive the 42 from
10  Lamm?          10:31:58
11    A.   Yes.
12    Q.   Do you recall when that was
13  received?
14    A.   I don't recall, no.
15    Q.   Did you ever receive a 42 from Mr.  10:32:02
16  Fiorillo?
17    A.   Yes.
18    Q.   Do you recall how that was
19  received by you?
20    A.   Like I stated earlier I believe he  10:32:10
21  handed me a handwritten 42.
22    Q.   Why did you ask them for 42's?
23    A.   I just wanted to see what their
24  recollection of the night was.
25    Q.   I believe you testified that prior  10:32:31

Page 576

Hesse

1
2   to asking for the 42 you discussed the
3   incident with Mr. Fiorillo and Mr. Lamm on the
4   telephone; is that correct?
5       A.   Yes.                    10:32:43
6       Q.   Do you recall whether you spoke
7   with Mr. Snyder at all about Halloween before
8   getting his 42?
9       A.   I must have if I asked for his 42.
10  I don't specifically -- specifically I don't    10:32:57
11  recall.
12      Q.   Did he tell you that Richard
13  Bosetti refused to answer questions that
14  evening?
15      A.   I don't recall.           10:33:06
16      Q.   Did he tell you that the people
17  who came to the station that night, Schalik,
18  Tesori or Van Koot claimed that they thought
19  the incident was going to be covered up?
20      MR. NOVIKOFF:  Objection.       10:33:28
21      MR. CONNOLLY:  Objection as to
22  timeframe.
23      Q.   At any point in time?
24      MR. NOVIKOFF:  My objection went
25  beyond that.                       10:33:34

Page 577

Hesse

1
2       A.   I don't recall specifically, but
3   that came up a couple of times.  I don't know
4   when specifically though.
5       Q.   Who brought it up?         10:33:39
6       A.   I don't remember specifically.
7       Q.   Do you remember when you learned
8   of that allegation?
9       A.   No, I think it was a rumor that
10  was just circulating.               10:33:49
11      Q.   Did you learn that rumor during
12  the five days in which you reached your
13  conclusion?
14      MR. CONNOLLY:  Objection.
15      A.   I don't recall.           10:33:57
16      MR. GOODSTADT:  Would you mark
17  this document as Hesse Exhibit 23,
18  typewritten document dated 11/5/04 to
19  George Hesse.
20      (Hesse Exhibit 23, typewritten    10:34:24
21  document dated 11/5/04 to George Hesse,
22  marked for identification, as of this
23  date.)
24      Q.   I place in front of Mr. Hesse what
25  has been marked as Hesse Exhibit 23, a    10:35:01

Page 578

Hesse

1
2   three-page exhibit bearing Bates numbers
3   3196, 3197 and 3198.
4       Mr. Hesse, do you recognize the
5   document marked as Hesse Exhibit 23?    10:35:13
6       A.   Yes.
7       Q.   What is this document?
8       A.   This is the statement or 42 from
9   Thomas Snyder to me.
10      Q.   Dated 11/5/04?            10:35:26
11      A.   Yes.
12      Q.   Do you recall if you actually
13  received it on 11/5/04?
14      A.   The fax is showing it is
15  11/6/2004.                         10:35:42
16      Q.   Do you recall if that is the date
17  that you received it?
18      A.   I don't recall, no.
19      Q.   Does this -- did you speak with
20  Snyder before he provided the 42?       10:35:50
21      A.   I don't recall specifically.  I
22  believe I did though.
23      Q.   You had asked him to provide it,
24  right?
25      A.   Yes.  I already stated that.    10:36:01

Page 579

Hesse

1
2       MR. NOVIKOFF:  Objection.  Without
3   telling him what to testify to, I would
4   presume that he has testified that he
5   asked for a 42 of Snyder, that he had to    10:36:08
6   have at least had a conversation as to
7   that.
8       MR. CONNOLLY:  I believe he
9   actually testified to that.
10      MR. GOODSTADT:  I believe he also    10:36:16
11  testified that he didn't speak to Snyder
12  during the five days.  I wanted to
13  refresh his recollection.  I want to get
14  a time line.
15      Q.   Does this refresh your          10:36:24
16  recollection as to whether you spoke with Mr.
17  Snyder during the five day interval in which
18  you reached your conclusions?
19      A.   No.
20      MR. NOVIKOFF:  Also let the record    10:36:35
21  reflect that I think his testimony wasn't
22  five days, I think he believes it was
23  around five days.
24      Q.   Does this refresh your
25  recollection -- strike that.          10:36:47

Page 580

Hesse

1
2      Sitting here now do you recall
3  anything that was discussed between you and
4  Mr. Snyder other than for asking him to
5  provide a 42?                    10:36:57
6      A.   I don't recall.
7      Q.   Do you recall telling him that Joe
8  Loeffler wanted you to turn around the
9  investigation?
10     A.   No.                    10:37:05
11     Q.   Do you recall telling Tom Snyder
12 that you were going to wrap up the
13 investigation on the day that he faxed in his
14 42?
15         MR. NOVIKOFF:  Objection.     10:37:17
16     A.   I don't recall.
17     Q.   What was your reaction when you
18 received Mr. Snyder's statement?
19         MR. CONNOLLY:  Objection.
20         MR. NOVIKOFF:  If any.       10:37:34
21     Q.   If any?
22     A.   I don't recall having any
23 reaction.
24     Q.   Did you think his statements was
25 accurate?                       10:37:43

Page 581

Hesse

1
2         MR. NOVIKOFF:  Objection.
3         MR. CONNOLLY:  Objection.
4      A.   I had no reason to believe it was
5  not.                           10:37:49
6      Q.   Did you believe that Mr. Snyder
7  was not telling the truth in his statement?
8         MR. CONNOLLY:  Objection.
9         MR. NOVIKOFF:  Objection.
10     A.   No.                    10:37:59
11     Q.   Did you believe that Mr. Snyder
12 was corrupt based on this statement?
13     A.   No.
14     Q.   Did you speak to him at all about
15 his statement?                   10:38:07
16     A.   I don't specifically recall.
17     Q.   Do you recall telling Mr. Snyder
18 that there were discrepancies between what he
19 and Richard Bosetti had stated?
20     A.   I don't specifically recall.  10:38:16
21     Q.   So you don't recall one way or the
22 other?
23     A.   No.
24         MR. NOVIKOFF:  When did Bosetti
25 provide this statement; object to that   10:38:34

Page 582

Hesse

1
2  last question because I think Bosetti
3  provided it after this.  Foundation
4  objection.
5      Q.   Do you ever recall telling Mr.   10:38:37
6  Snyder that there were discrepancies between
7  what his statement said and what Mr. Bosetti
8  claimed?
9         MR. CONNOLLY:  At any time?
10     Q.   Yes.                    10:38:47
11     A.   I specifically don't recall.
12     Q.   You don't recall one way or the
13 other?
14     A.   No.
15     Q.   Do you recall speaking to Ed    10:38:51
16 Carter about Tommy Snyder's statement?
17     A.   No.
18     Q.   You don't recall one way or the
19 other?
20     A.   No.                    10:38:59
21     Q.   You don't recall telling
22 Mr. Carter that Tommy Snyder needed to protect
23 the Bosetti's rather than the victims?
24     A.   No.
25     Q.   You don't recall telling Mr. Frank  10:39:11

Page 583

Hesse

1
2  Fiorillo that Tommy Snyder needed to protect
3  the Bosetti's rather than the victims?
4         MR. NOVIKOFF:  Objection.
5      A.   No.                    10:39:27
6      Q.   Isn't it true that you told
7  Mr. Carter that Snyder's report made you sick?
8      A.   No.
9      Q.   Isn't it true that -- strike that.
10 Did Frank Fiorillo -- how did Frank Fiorillo   10:39:39
11 provide his statement to you?
12     A.   For the third time he handed it to
13 me.
14     Q.   Where was that?
15     A.   It was at the checkpoint at the   10:39:48
16 lighthouse.
17     Q.   Isn't it true that when he handed
18 it to you that you told Mr. Fiorillo that
19 Tommy Snyder's report made you sick?
20     A.   No.                    10:40:00
21     Q.   Isn't it true that you told him
22 that Tommy Snyder's 42 was a piece of shit?
23     A.   No.
24         MR. NOVIKOFF:  Objection.
25     Q.   Isn't it true that you told them   10:40:07

Page 584

Hesse

1                 **Hesse**
2 that -- that you told Mr. Carter and Mr.
3 Snyder that you thought that Tommy Snyder had
4 it in for the Bosetti's?
5       MR. CONNOLLY:  Objection.  Them    10:40:20
6 being Mr. Carter?
7     **Q.  Yes.  That Mr. Hesse told**
8 **Mr. Carter and Mr. Snyder -- strike that.**
9        **Isn't it true that you told Mr.**
10 **Fiorillo and Mr. Carter that Tommy Snyder had**   10:40:32
11 **it in for the Bosetti's?**
12     A.  No.
13     **Q.  Did you believe that Tommy Snyder**
14 **had it in for the Bosetti's?**
15     A.  No.            10:40:42
16     **Q.  Did the Bosetti's and Mr. Snyder**
17 **get along prior to the Halloween incident?**
18       MR. CONNOLLY:  Objection.
19     A.  I don't think specifically, no,
20 they didn't get along.     10:40:55
21     **Q.  Had you heard a rumor prior to the**
22 **Halloween incident that Tommy Snyder is the**
23 **one who alerted Civil Service the summer**
24 **before to the fact that there were uncertified**
25 **officers at Ocean Beach?**     10:41:07

Page 585

1                 **Hesse**
2       MR. BAPTISTE:  Objection.
3       MR. CONNOLLY:  Objection.
4       MR. NOVIKOFF:  Just read back the
5 question.  I want to see if I have a    10:41:20
6 basis to object.
7     (Record read.)
8       MR. NOVIKOFF:  Actually that is
9 one of your few good questions, I have no
10 objection.          10:41:47
11     A.  No.
12     **Q.  Do you know whether Tom Snyder**
13 **ever spoke with anyone at the District**
14 **Attorney's office about the Halloween**
15 **incident?**     10:41:59
16       MR. CONNOLLY:  At any time?
17     **Q.  At any time?**
18       MR. CONNOLLY:  Does he know?
19     **Q.  Do you know whether Tom Snyder**
20 **ever spoke to anybody at the District**   10:42:05
21 **Attorney's office about the Halloween**
22 **incident?**
23       MR. CONNOLLY:  Does he have
24 personal knowledge?
25       MR. GOODSTADT:  Did he ever learn  10:42:13

Page 586

1                 Hesse
2 from anyone --
3       MR. CONNOLLY:  Different question.
4       MR. BAPTISTE:  Objection.
5     A.  Ask the question again.    10:42:19
6     **Q.  Had you ever heard that Tom Snyder**
7 **spoke to anyone at the District Attorney's**
8 **office about the Halloween incident?**
9     A.  I don't think I specifically
10 heard, I think I read it somewhere.   10:42:30
11     **Q.  Where did you read it?**
12     A.  In one of their depositions.
13     **Q.  What did you think of Tommy**
14 **Snyder's statement?**
15     A.  Which statement?    10:42:56
16     **Q.  The 42.**
17     A.  I don't know if I really thought
18 anything of it other than this is his
19 recollection of what happened that night.
20     **Q.  Did you think it was a complete 42**  10:43:10
21 **or a complete statement of what happened that**
22 **night?**
23       MR. NOVIKOFF:  Objection.
24       MR. CONNOLLY:  Objection.
25     A.  In his opinion.    10:43:17

Page 587

1                 Hesse
2     **Q.  How about in your opinion, did you**
3 **think that was a complete 42?**
4       MR. CONNOLLY:  His opinion when?
5     **Q.  His opinion when you read it?**   10:43:25
6     A.  I think it was complete to the
7 best of Mr. Snyder's knowledge of what
8 happened that night.
9     **Q.  Did you doubt any of the**
10 **credibility of any of the statements in the 42**  10:43:39
11 **that Snyder provided?**
12       MR. NOVIKOFF:  Objection.
13       MR. CONNOLLY:  Again you are
14 talking about when he first read it?
15       MR. GOODSTADT:  Yes.    10:43:48
16     A.  I don't specifically remember.
17     **Q.  How about sitting here today do**
18 **you doubt the credibility of any of the**
19 **statements made in the statement?**
20     A.  I would have to read it entirely  10:43:59
21 again.
22       MR. CONNOLLY:  Objection.  You
23 want him to do so?
24       MR. GOODSTADT:  Maybe later.
25     **Q.  I believe you testified that**   10:44:12

Page 588

**Hesse**

2   **Fiorillo handed you a statement, correct, a**
3   **42?**
4       A.   From what I recall, yes.
5       **Q.   Do you recall what date that was?  10:44:21**
6       A.   No.
7           MR. GOODSTADT:  Would you mark
8   this document as Hesse Exhibit 24,
9   internal correspondence, November 7,
10  2004.                              10:44:35
11          (Hesse Exhibit 24, internal
12      correspondence, November 7, 2004,
13      marked for identification, as of this
14      date.)
15          THE VIDEOGRAPHER:  The time is    10:44:56
16      10:46, we are off the record.
17          (Recess taken.)
18          THE VIDEOGRAPHER:  The time is
19      11:08, we are on the record.
20      **Q.   Mr. Hesse, I placed in front of    11:06:25**
21  **you what is marked Exhibit 24, a multiple page**
22  **exhibit bearing Bates 3194 and 3195.  Do you**
23  **recognize the document marked as Hesse Exhibit**
24  **24?**
25      A.   Yes.                          11:06:38

Page 589

Hesse

2       **Q.   What is this?**
3       A.   This is Frank Fiorillo's
4   statement.
5       **Q.   The handwritten statement on page  11:06:44**
6   **3195, is that the statement that he handed to**
7   **you at the checkpoint?**
8       A.   I believe it is.
9       **Q.   Who typed up the first page of**
10  **this exhibit?                        11:06:55**
11      A.   I did.
12      **Q.   How come?**
13      A.   Because the piece of paper that he
14  had written it on, it was like crammed on, so
15  I thought to be able to read it a little    11:07:03
16  better I would read it and type it out in case
17  I had to refer to it for anything.
18      **Q.   Did you ever speak to Mr. Fiorillo**
19  **about his statement?**
20      A.   Specifically I don't recall.     11:07:12
21          MR. NOVIKOFF:  You mean after --
22      **Q.   After he gave it to him.**
23          MR. NOVIKOFF:  Right.
24      **Q.   Isn't it true that you told him**
25  **that he needed to file a new statement to    11:07:28**

Page 590

1       **Hesse**
2   **protect the Bosetti's?**
3       A.   Absolutely not.
4           MR. CONNOLLY:  Objection.
5           I withdraw the objection.     11:07:36
6       A.   Absolutely not.
7       **Q.   And you don't recall one way or**
8   **the other whether you actually ever spoke to**
9   **Mr. Fiorillo about his statement; is that**
10  **correct?                             11:07:49**
11      A.   Correct.
12      **Q.   So had you spoken to him, if you**
13  **had spoken to him you wouldn't recall anything**
14  **that was stated during that conversation; is**
15  **that correct?                        11:07:56**
16          MR. CONNOLLY:  Objection.
17          MR. NOVIKOFF:  Objection.
18      A.   You asked me a specific question
19  of the statement I possibly made, and there is
20  no way I asked him to rewrite this.     11:08:01
21      **Q.   That wasn't my question now.  The**
22  **question now was had you in fact spoken with**
23  **him, sitting here today you don't recall**
24  **anything that was discussed between the two of**
25  **you?                                 11:08:13**

Page 591

1       **Hesse**
2       A.   I don't recall specifically when,
3   where, why or what.  I remember receiving this
4   and reading it.
5       **Q.   I am not talking about you       11:08:22**
6   **receiving this and reading it.  I am talking**
7   **about any conversations you had with Mr.**
8   **Fiorillo about his statement after you read it**
9   **and received it?**
10      A.   Specifically no.              11:08:29
11      **Q.   Did you ever show Mr. Fiorillo's**
12  **statement to Mr. Snyder?**
13      A.   I don't recall if I did.
14      **Q.   You don't recall one way or the**
15  **other?                               11:08:42**
16      A.   No.
17      **Q.   Do you recall telling Mr. Snyder**
18  **that it was similar to the piece of shit that**
19  **he had filed?**
20          MR. NOVIKOFF:  Objection to the    11:08:50
21      form.
22      A.   No.
23          MR. NOVIKOFF:  Is the question
24      does he recall stating that or did he say
25      that?                            11:08:57

Page 596

Hesse

1
2    Q.   How about generally?
3    A.   No.  He just seemed very angry.
4    Q.   What do you mean by that?
5    A.   He just seemed like it was a joke.  11:12:00
6    Q.   What did he do that led you to
7    believe that he was angry?
8    A.   He took it and he looked at it
9    briefly and he said I am not reading that.
10   Q.   Did you respond to him when he        11:12:13
11   said that?
12   A.   Specifically I don't remember what
13   I said.
14   Q.   How about generally?
15   A.   Even generally I don't remember    11:12:20
16   anything else.
17   Q.   What made you believe or led you
18   to believe that he thought it was a joke?
19   A.   That is exactly what he said.
20   Q.   He said it is a joke?           11:12:28
21   A.   Yes, he said it is a joke.
22   Q.   What did you understand him to
23   mean when he said this was a joke?
24       MR. CONNOLLY:  Objection.
25   A.   I specifically remember him saying 11:12:42

Page 597

Hesse

1
2    that we are going to sweep this one under the
3    rug too.
4    Q.   When did he say that?
5    A.   During this little conversation    11:12:51
6    that we had when I asked him to read through
7    the investigative pack.
8    Q.   Do you know what he meant by that
9    when he said we are going to sweep this one
10   under the rug too?                    11:12:49
11   A.   I think he felt that there was a
12   cover up.
13   Q.   So he was claiming that there was
14   a cover up at that time?
15       MR. CONNOLLY:  Objection.       11:13:08
16   A.   There were rumors that that is --
17   that he especially suspected.
18   Q.   I am not talking about rumors, I
19   am talking about what he said to you right
20   now?                             11:13:15
21   A.   Well he said that we were going to
22   sweep this under the rug.
23   Q.   That led you to believe that he
24   was claiming that it was being covered up?
25   A.   Yes.                         11:13:22

Page 598

Hesse

1
2    Q.   How about Mr. Snyder, did you ever
3    have a sit down with Mr. Snyder?
4    A.   At some point I did, yes.
5    Q.   When was that?              11:13:29
6    A.   I don't remember the specific
7    date.
8    Q.   When was the sit down with Lamm?
9    A.   It was around the same time I did
10   with Mr. Fiorillo.  I think it was early in  11:13:37
11   the season of 2005.
12   Q.   Now, when was the sit down with
13   Mr. Snyder?
14   A.   It was later, much later.  I don't
15   remember the date specifically.  But I thought 11:13:53
16   it would be a good idea that he come in with
17   both Bosetti brothers and have a sit down and
18   try to hash out some of this.
19   Q.   Was that after Mr. Snyder was let
20   go?                             11:14:20
21   A.   I think it was just before.
22   Q.   Just before he was let go?
23   A.   Yes.
24       MR. NOVIKOFF:  When you say let
25   go, we have the same agreement --     11:14:38

Page 599

Hesse

1
2       MR. GOODSTADT:  We have the same
3    agreement.  Hopefully we will have time
4    to go through when Mr. Hesse said --
5       MR. NOVIKOFF:  Yes.          11:14:53
6       MR. GOODSTADT:  Would you mark
7    this document as Hesse Exhibit 25, Ocean
8    Beach Police Department, document dated
9    11/5/2004.
10      (Hesse Exhibit 25, Ocean Beach   11:15:02
11   Police Department, document dated
12   11/5/2004, marked for identification,
13   as of this date.)
14   Q.   Do you recall when you received
15   Mr. Lamm's 42?                  11:15:41
16   A.   I don't.
17   Q.   Why did you ask him to put this on
18   a 42?
19   A.   I just wanted him to write it down
20   and just give me an idea of what they thought 11:15:48
21   happened.
22   Q.   Is it standard to have a report of
23   an investigation done on a 42?
24   A.   They could have wrote it on a 42,
25   they could have wrote it on a blank piece of 11:16:04

29  (Pages 596 to 599)

Page 600

1                 Hesse
2   paper.  I just wanted to know what they
3   thought happened.
4       Q.   Do you recall when you received
5   Mr. Lamm's statement?           11:16:11
6       A.   I don't.
7       Q.   Was it before or after you
8   received Fiorillo's?
9       A.   I don't recall.
10       Q.   How about was it before or after   11:16:15
11  you received Snyder's?
12       A.   I don't recall.
13      Q.   Do you recall how you received it?
14      A.   It might have been through E-mail
15  or fax, I am not sure.         11:16:23
16      Q.   I place in front of Mr. Hesse what
17  was marked as Hesse Exhibit 25, it is a
18  two-page exhibit bearing Bates 3192 and 3193.
19      Do you recognize the document
20  marked as Hesse Exhibit 25?      11:16:39
21       A.   Yes.
22      Q.   What is this?
23       A.   This is Mr. Lamm's statement.
24      Q.   It came in by E-mail?
25       A.   Yes.             11:16:52

Page 601

1                 Hesse
2      Q.   That beach cop 03, that is your
3   E-mail address?
4       A.   Yes.
5      Q.   Do you recall it coming in around  11:16:56
6   November 5, 2004?
7       A.   I guess that is the date that I
8  received it, or he sent it, I am not sure.
9      Q.   What was your reaction when you
10  read Mr. Lamm's statement, if any?     11:17:09
11       A.   I don't remember having a
12  reaction.
13      Q.   Did you ever speak with Mr. Lamm
14  about his statement after you received it?
15       A.   I don't specifically remember.    11:17:18
16      Q.   You don't recall one way or the
17  other?
18       A.   No.
19      Q.   So if you had that conversation
20  with him, sitting here today you don't recall  11:17:26
21  anything that was stated?
22       A.   Not specifically about his
23  statement, no.
24      Q.   How about generally?
25       A.   I don't know.       11:17:32

Page 602

1                 Hesse
2      Q.   What did you think of Mr. Lamm's
3  statement when you received it?
4       MR. CONNOLLY:  In what regard?
5      Q.   In any regard?         11:17:51
6       A.   Repeat that.
7      Q.   What did you think of his
8  statement when you received it?
9       MR. NOVIKOFF:  Objection.
10       A.   I took it for what it was worth.   11:17:58
11  I read it and added it to the pile of papers
12  that was part of the investigation.
13      Q.   What do you mean for what it was
14  worth?
15       A.   This is what his account was of   11:18:10
16  what happened that night.
17      Q.   Did you think it was worth
18  anything?
19       A.   I don't recall.  I would have to
20  read it again.            11:18:16
21      Q.   Sitting here today you don't
22  recall whether at that time you thought it was
23  worth anything?
24       A.   I specifically don't remember.
25      Q.   I believe you testified that at   11:18:23

Page 603

1                 Hesse
2  some point around five days of investigating
3  you reached a conclusion as to what happened;
4  is that correct?
5       MR. CONNOLLY:  Objection.     11:18:32
6       A.   I had an idea of what was going
7  on.
8      Q.   Did you prepare any report?
9       A.   At some point I think I did
10  another field report.         11:18:42
11      Q.   When did you do that?
12       A.   I don't specifically remember the
13  date.
14      Q.   Was it after you reached your
15  conclusion?            11:18:54
16       A.   I don't recall.
17      Q.   Why would you do another field
18  report?
19       A.   Just to add to the investigation.
20      Q.   Just so we are clear, the      11:19:01
21  additional field report that you did is
22  something different than what has been marked
23  as -- what number was the field report?
24       A.   The original one?
25      Q.   Yes, the one that we marked today.  11:19:19

Page 604

Hesse

1          A.  It was number 18.
2          Q.  Just so it is clear for the
3   record, you did a field report that was
4   different than the one that has been marked as  11:19:35
5   Hesse Exhibit 18?
6          A.  Yes, it was a separate field
7   report.
8          Q.  Do you know where that field
9   report is kept?                    11:19:53
10         A.  What do you mean where it is kept?
11         Q.  Where it is stored?
12         A.  It is stored as an electronic
13  document in the computer.
14             MR. GOODSTADT:  Would you mark as  11:20:14
15  Hesse Exhibit 26, incident report,
16  12/11/2004.
17             (Hesse Exhibit 26, incident
18         report, 12/11/2004, marked for
19         identification, as of this date.)      11:20:46
20         Q.  I placed in front of Mr. Hesse
21  what is marked as Hesse Exhibit 26, one-page
22  exhibit bearing Bates 3150.  Mr. Hesse, is
23  this the field report that you are referring
24  to?                                11:20:58

Page 605

Hesse

1          A.  Yes.
2          Q.  So other than for the -- well,
3   strike that.
4              This field report doesn't reflect  11:21:04
5   the conclusions of your investigation, does
6   it?
7          A.  You mean our findings?
8          Q.  Yes.
9          A.  No.                        11:21:17
10         Q.  So when I ask you if you prepared
11  a report, I was referring to -- maybe you
12  misunderstood or I didn't ask the question
13  clearly.  Did you prepare a report that set
14  forth your findings or your conclusions?       11:21:29
15         A.  No.
16         Q.  How come?
17         A.  I don't specifically know why we
18  had to do that.
19         Q.  I am asking why you didn't?         11:21:39
20             MR. CONNOLLY:  Objection.
21         A.  I don't think it was what we
22  normally did.
23         Q.  Again just so I am clear for the
24  record, when you said another field report,    11:21:52

Page 606

Hesse

1   you are referring to Hesse Exhibit 26 and not
2   some other document?
3          A.  That is correct.
4          Q.  Now, other than for the witness    11:21:57
5   statements, the 42's that we went over, the
6   photos, the statements that were taken that
7   night from Schalik, to Tesori and Van Koot,
8   was there anything else that was placed into
9   the Halloween file?                        11:22:17
10             MR. CONNOLLY:  Objection.
11         A.  Not that I specifically know.
12         Q.  Isn't it true that you told Lamm
13  that what was in his statement wasn't what
14  happened?                            11:22:40
15             MR. CONNOLLY:  Objection.
16         A.  I don't recall that.
17         Q.  Isn't it true that you asked
18  Mr. Lamm to amend his statement?
19         A.  No.                        11:22:49
20         Q.  It is not true or you don't
21  recall?
22         A.  It is not true.
23         Q.  There came a point in time where
24  you -- strike that.                      11:23:05

Page 607

Hesse

1              There came a point in time where
2   the five plaintiffs in this matter were
3   terminated from Ocean Beach; is that correct?
4          A.  Yes.                        11:23:16
5          Q.  When was that?
6          A.  I believe they -- April 2nd for
7   four of them and it was later for Mr. Snyder.
8          Q.  Do you recall when Mr. Snyder was
9   terminated?                          11:23:31
10         A.  Specifically I don't know the
11  date, no.
12         Q.  Do you recall how many -- was it
13  weeks, days, months after April 2nd that Mr.
14  Snyder was terminated?                   11:23:42
15         A.  It may have been a couple of
16  weeks, I am not specifically sure.
17         Q.  Who made the decision to terminate
18  their employment?
19         A.  I did.                      11:23:55
20         Q.  Did you consult with anybody in
21  making that decision?
22         A.  I don't think so.
23         Q.  When did you make the decision to
24  terminate their employment?              11:24:04

Page 608

Hesse

2    A.   Sometime in I guess January of
3  '06.
4        Q.   When did you first alert somebody
5  about the decision to terminate their      11:24:22
6  employment that you made in January of '06?
7        A.   I believe what I did is, I didn't
8  know how to go about it, so I called Civil
9  Service and I asked them for a little
10  direction.                    11:24:37
11       Q.   Who in Civil Service did you call?
12       A.   I believe it was Allison Chester
13  at the time.
14       Q.   And she was the person in Civil
15  Service assigned to the Ocean Beach account?   11:24:54
16       A.   Yes.
17       Q.   You dealt with her in the past on
18  Civil Service issues?
19       A.   In the past, yes.
20       Q.   When was that call?          11:25:00
21       A.   I don't specifically know the
22  date.
23       Q.   Do you recall what month it was?
24       A.   It could have been January,
25  February, even March, I am not positive.    11:25:12

Page 609

Hesse

2        Q.   Is there anything that you can
3  think of that would refresh your recollection?
4        A.   No.
5        Q.   Did you take any notes of the      11:25:20
6  call?
7        A.   No.
8        Q.   Did you put it on any calendar or
9  diary?
10       A.   No.                  11:25:25
11       Q.   Tell me what you recall about that
12  call?
13       A.   I believe I stated it on the first
14  day of testimony that I called her.  I asked
15  her what their rights were as seasonal police  11:25:35
16  officers.  I asked her what the Village's
17  rights were and what my rights would be.
18       Q.   What did she respond?
19       A.   She said that she would have to
20  speak to her supervisor and find out some    11:25:50
21  details and that she would get back to me.
22       Q.   Did she ever get back to you?
23       A.   Yes.
24       Q.   Do you recall who the supervisor
25  was that she had to get in touch with?      11:25:59

Page 610

Hesse

2        A.   I don't know.
3        Q.   What did she tell you when she got
4  back to you?
5        A.   She told me that all part-time      11:26:06
6  seasonal officers are at will employees, and
7  that you could terminate or not rehire or just
8  not ask them back for any reason without
9  cause.
10       Q.   Did she tell you that there are   11:26:23
11  any reasons that couldn't form the basis of
12  the decision to terminate their employment?
13       A.   No.
14       Q.   Just so I am clear at that point
15  in time what was your title?           11:26:43
16       A.   At that time I was the -- I was
17  appointed Acting Deputy Chief.
18       MR. CONNOLLY:  We are talking
19  about when you are saying at that point
20  in --                   11:26:53
21       MR. GOODSTADT:  When he had this
22  conversation.
23       MR. CONNOLLY:  Yes.
24       Q.   Just so I am clear for the record
25  at no point were you the mayor of Ocean Beach;  11:26:59

Page 611

Hesse

2  correct?
3        A.   No.
4        Q.   At no point were you the acting
5  mayor?                     11:27:03
6        MR. NOVIKOFF:  We can stipulate to
7  that.
8        A.   No.
9        MR. GOODSTADT:  We have some
10  testimony from Civil Service as to who   11:27:10
11  can make these decisions.
12       MR. NOVIKOFF:  But we can
13  stipulate that he was never the mayor,
14  acting mayor, trustee, acting trustee
15  member or clerk.               11:27:18
16       Q.   Were you ever the clerk of the
17  Village of Ocean Beach?
18       A.   No.
19       Q.   Acting clerk of the Village of
20  Ocean Beach?                  11:27:24
21       A.   No.
22       Q.   Do you recall anything else in
23  that conversation that you had with
24  Ms. Chester, the second conversation?
25       A.   No.                  11:27:33

Page 612

```
 1            Hesse
 2      Q.   When was the first time that you
 3  alerted anybody who was either an employee of
 4  the Village of Ocean Beach or a member of the
 5  Board of Trustees of Ocean Beach about your   11:27:46
 6  decision to terminate the five plaintiffs?
 7      A.   I believe I wrote a memo to the
 8  Village Clerk and to I think I cc'd it to the
 9  mayor and Trustee Loeffler.
10      Q.   Do you recall when that was?      11:28:03
11      A.   The specific date that I wrote it,
12  April 4th, somewhere in there.
13      Q.   It was after you had already
14  notified four of the five plaintiffs that they
15  were terminated?                  11:28:16
16      A.   Yes.
17           MR. GOODSTADT:  Would you mark
18      this document as Hesse Exhibit 27, letter
19      dated March 11, 2006.
20           (Hesse Exhibit 27, letter dated   11:28:20
21      March 11, 2006, marked for
22      identification, as of this date.)
23      Q.   I place in front of Mr. Hesse what
24  has been marked as Hesse Exhibit 27, a
25  one-page exhibit bearing Bates 2662.      11:28:55
```

Page 613

```
 1            Hesse
 2           Mr. Hesse, do you recognize the
 3  document that has been marked as Hesse Exhibit
 4  27?
 5      A.   Yes.                   11:29:07
 6      Q.   What is this document?
 7      A.   This was a memo sent out to all
 8  officers of the department to come for a
 9  meeting.
10      Q.   Did you send this to the five   11:29:18
11  plaintiffs?
12      A.   Yes.
13      Q.   Why did you send it to the five
14  plaintiffs if you made the decision to
15  terminate their employment?         11:29:23
16      A.   Because I wanted them to come to
17  the meeting with all their equipment.
18      Q.   You see in the fourth line down in
19  this memo it says new ID will be issued to
20  all?                        11:29:37
21      A.   Yes.
22      Q.   Why did you send that to the
23  plaintiffs saying that new ID would be issued
24  to all?
25      A.   It was a generic letter that I   11:29:44
```

Page 614

```
 1            Hesse
 2  sent to all members of the department.
 3      Q.   So you didn't mean that new ID
 4  would be issued to all of the people who were
 5  invited to the meeting; is that correct?   11:29:54
 6      A.   Yes.  You are correct.
 7      Q.   Did you speak with any other --
 8  strike that.
 9           Did you alert any other police
10  officers at Ocean Beach that the plaintiffs   11:30:07
11  were going to be terminated prior to April 2,
12  2006?
13      A.   Yes.
14      Q.   Who did you speak with?
15      A.   Only one, Paul Trosko, who was my   11:30:14
16  full-time police officer.
17      Q.   What did you tell Paul Trosko?
18      A.   I told him what I was going to do.
19      Q.   Did you tell him why you were
20  going to do it?                  11:30:26
21      A.   I don't remember specifically.
22      Q.   This April 2006, that is the first
23  year, the first season in which you were the
24  Deputy Chief?
25           MR. NOVIKOFF:  Objection to the   11:30:37
```

Page 615

```
 1            Hesse
 2  form only to the extent that the question
 3  implies that April 2nd is part of the
 4  season.
 5      Q.   That is a good point.      11:30:47
 6           The meeting on April 2nd, that was
 7  the first preseason meeting that you presided
 8  over as Deputy Chief or Acting Deputy Chief?
 9      A.   Yes.
10      Q.   In all the other prior seasons Ed   11:30:59
11  Paradiso was still actively working as the
12  chief?
13      A.   Yes.
14      Q.   And as you understand it this was
15  the first year, 2006, in which you had the   11:31:13
16  authority to hire and fire?
17      A.   That is what I believed, yes.
18      Q.   Did you notify Ed Paradiso that
19  you had terminated the five plaintiffs
20  employment prior to telling them on April 2nd?  11:31:31
21           MR. CONNOLLY:  Objection to the
22      form.
23      A.   I don't think I did.
24      Q.   Why not?
25      A.   Well we were really not on   11:31:39
```

Page 616

1          Hesse
2  speaking terms at that point.
3      Q.  What do you mean by that?
4      A.  We just didn't see eye-to-eye on
5  certain things, and I was told that I was put  11:31:57
6  in charge of the Police Department because he
7  was not expected to come back and I was in
8  charge.  I didn't have to check in with him.
9      Q.  Who told you that he was not
10 expected to come back?                 11:32:06
11     A.  It was everybody's belief, the
12 village board, the mayors, everybody.
13     Q.  You said that you were told that
14 you were in charge of the police station, he
15 wasn't expected back.  Who told you that?    11:32:14
16     A.  It might have been Trustee
17 Loeffler.
18     Q.  When you say Trustee Loeffler,
19 Joseph Loeffler, Jr.?
20     A.  Yes.              11:32:21
21     Q.  Did he tell you that you didn't
22 need to check in with Ed Paradiso on decisions
23 affecting the police station?
24     MR. CONNOLLY:  Objection.
25     A.  Specifically no.         11:32:34

Page 617

1          Hesse
2      Q.  Did you invite Ed Paradiso to the
3  meeting?
4      A.  No.
5      Q.  How come?               11:32:40
6      A.  I don't know.
7      Q.  Why did you terminate Frank
8  Fiorillo?
9      A.  Because of his regular
10 insubordination and I felt that now that I was  11:32:56
11 the chief that he would continue with his
12 insubordination.
13     Q.  Any other reasons?
14     A.  No.
15     Q.  What incidents of insubordination  11:33:10
16 led you to terminate him?
17     A.  Like I stated on the first day,
18 specifically one incident that sticks out is
19 we were driving in to work, it was myself,
20 John Dwyer, Paul Corolla and Mr. Fiorillo in  11:33:27
21 the car.  I had given an order to John Dwyer
22 who was a paramedic at the time to please go
23 over all the medical gear in the station house
24 to make sure that we have all our equipment
25 up-to-date, and I turned around and I asked  11:33:47

Page 618

1          Hesse
2  Mr. Fiorillo if he could please wash the
3  windows, the front windshield of the car when
4  we got back to the station house, and he flat
5  out told me no.            11:34:00
6      I turned around, I said what do
7  you mean no.  His phrase to me is I am not
8  fucking doing it.  Get somebody else to do it.
9  I do enough around here.  I stopped the
10 vehicle and I said if he chose not to do it he  11:34:17
11 can go home.  He shut up and we drove the rest
12 of the way into work and then I told him not
13 to do it and I put him on a post.
14     Q.  Was Frank Fiorillo on duty when
15 you told him to wash the windows?    11:34:33
16     A.  Yes.
17     MR. NOVIKOFF:  Was he on duty when
18 he made the request in the car, or was he not
19 on duty when he was asked to actually
20 wash the car?         11:34:46
21     Q.  Was he on duty when you made the
22 request in the car?
23     A.  Yes.
24     Q.  Was he on duty at the time that
25 you wanted him to actually perform the washing  11:34:52

Page 619

1          Hesse
2  of the window?
3      A.  He would have been on duty, yes.
4      Q.  Was he getting paid for that time?
5      A.  Yes.              11:35:00
6      MR. NOVIKOFF:  Objection.
7      MR. CONNOLLY:  Which time?
8      Q.  Was he getting paid for the time
9  that you wanted him to wash the window?
10     A.  Yes.              11:35:10
11     Q.  Was he getting paid at the time
12 that you had directed him not to wash the
13 window?
14     A.  Yes.
15     Q.  Are you sure about that?       11:35:16
16     A.  We were in the police car.
17     Q.  Did you write Mr. Fiorillo up for
18 that?
19     A.  Yes, I did.
20     Q.  Did you put it in his personnel  11:35:27
21 file?
22     A.  Yes.
23 RQ  Q.  I would like to mark the record to
24 request the production of the alleged
25 write-up, I don't think we have it.    11:35:42

Page 620

Hesse

1       Hesse
2           MR. CONNOLLY:  I am sure it was
3       requested?
4           THE WITNESS:  It was.
5       Q.   Did you report Mr. Fiorillo to Ed   11:35:50
6       Paradiso?
7       A.   Yes.
8       Q.   Do you know whether Mr. Fiorillo
9       reported the incident to Ed Paradiso?
10      A.   Yes, he did.      11:36:01
11      Q.   Did Ed Paradiso tell you that
12      Fiorillo had complained to him about the
13      incident?
14      A.   Yes, he did.
15      Q.   Is it true that you placed Mr.      11:36:12
16      Fiorillo in the same post for three straight
17      tours and told him he couldn't move in
18      response to his complaint to Mr. Paradiso?
19      A.   No, I did not.
20          MR. NOVIKOFF:  Your question was   11:36:27
21      kind of compound.  I didn't object, I
22      will take his answer, but you may want to
23      clarify.
24      Q.   Did you ever place Mr. Fiorillo at
25      the same post for three straight tours and   11:36:35

Page 621

Hesse

1       Hesse
2       direct him not to move?
3           MR. CONNOLLY:  At any time?
4       Q.   At any time?
5       A.   Pretty much the same compound      11:36:42
6       question, but he was put on a post for three
7       days, but he can move around.
8       Q.   What post?
9       A.   The corner of Denhoff and Bay
10      Walk.                    11:36:55
11      Q.   Was that in response to his
12      complaint to Mr. Paradiso?
13      A.   No.
14      Q.   Was it at or about the same time
15      or shortly after his complaint to Mr.      11:37:04
16      Paradiso?
17      A.   No.
18      Q.   Was it before or after the
19      complaint to Mr. Paradiso that he was placed
20      on that corner?            11:37:12
21      A.   It was before.
22      Q.   Was it before or after he was told
23      to wash the windows?
24      A.   It was after.
25      Q.   So you put him at that post on      11:37:22

Page 622

Hesse

1       Hesse
2       Denhoff in response to his refusal to wash the
3       windows?
4       A.   Yes.
5       Q.   Did you tell him that?         11:37:31
6       A.   Yes.
7       Q.   Is that reflected in your write-up
8       of him?
9       A.   I don't specifically remember.
10      Q.   Did you tell anybody that you were   11:37:39
11      placing him, other than Mr. Fiorillo, did you
12      tell anyone else that you were placing him at
13      that corner for refusing to wash the windows?
14      A.   I don't recall.
15      Q.   What was the reason that you told   11:37:51
16      Mr. Fiorillo that he was being terminated?
17      A.   Mr. Fiorillo's regular patrol duty
18      was the use of a G.E.M. car and residential
19      patrol, that was like his favorite thing to
20      do, and so I took it away from him and I put   11:38:09
21      him on a foot post.
22          MR. CONNOLLY:  Different question.
23      Q.   My question is what reason did you
24      tell Mr. Fiorillo on April 2, 2006 was the
25      reason for his termination?         11:38:22

Page 623

Hesse

1       Hesse
2           MR. NOVIKOFF:  Objection to the
3       form.
4       Q.   At some point on April 2, 2006 you
5       told Mr. Fiorillo -- at some point on April 2,   11:38:31
6       2006 you told Mr. Fiorillo that he was being
7       terminated; correct?
8       A.   Yes, I told him he was not coming
9       back to work.
10      Q.   What reason did you give him for   11:38:41
11      making that decision to terminate his
12      employment?
13      A.   I flat out told him because of his
14      insubordination on a regular basis is why I
15      felt it necessary that he did not any longer   11:38:55
16      work for us or me.
17      Q.   You didn't tell him that it was
18      due to budget cuts?
19      A.   Absolutely not.
20      Q.   And other than for the one         11:39:06
21      incident that you testified to what other
22      incidents of insubordination led you to
23      terminate his employment?
24      A.   There were other incidents that
25      were not written up because I felt it      11:39:15

Page 624

Hesse

1    justified enough to speak to the individual
2    officer.  But one that -- there was one night
3    in particular, I don't remember the date, it
4    was probably in 2004, we had a possible rape    11:39:27
5    investigation going on, we were backed up on
6    paperwork and I asked him stop writing
7    summonses, you are backing up the log, you are
8    tying up the radio.
9            I had to take him off his post,    11:39:42
10   take a post in front of the police station,
11   and he subsequently started to write more
12   summonses.  He just -- that was a regular type
13   of situation that would go on with Mr.
14   Fiorillo.                                 11:39:58
15       Q.   When was that incident?
16       A.   It might have been in 2004.
17       Q.   And did you ever speak to Chief
18   Paradiso about that?
19       A.   About that specifically, no.    11:40:04
20       Q.   How come?
21       A.   Because I didn't find it
22   necessary.
23       Q.   But that was one of the reasons
24   that you terminated his employed?         11:40:11

Page 625

Hesse

1        MR. NOVIKOFF:  Objection.
2        A.   Why I didn't ask him back, yes.
3        Q.   I think you said you didn't write
4    him up; correct?                          11:40:19
5        A.   That is correct.
6        Q.   Any other alleged incidents of
7    insubordination that led you to terminate his
8    employment?
9        A.   There were others, but           11:40:24
10   specifically I can't recall.
11       Q.   So the only two that you can
12   recall are the two that you testified to?
13       A.   Right now, yes.
14       Q.   Did you tell him that those two    11:40:35
15   specific instances led to his termination?
16       A.   I don't know if I said those two
17   incidents specifically, but I told him about
18   his insubordination.  I told him that it was
19   best that he just move on with his life.   11:40:47
20       Q.   Anything else discussed during
21   that conversation that you had with Mr.
22   Fiorillo on April 2nd?
23       A.   Yes, he proceeded to state that he
24   would do whatever I asked him to do, and I    11:40:56

Page 626

Hesse

1    told him I didn't believe him, and that he
2    should just move on and we shook hands and
3    parted ways.
4        Q.   Anything else discussed during    11:41:08
5    that meeting?
6        A.   No.
7        Q.   Where was that meeting held?
8        A.   That was a one-on-one conversation
9    that he and I had in the what is called the    11:41:14
10   boat house in Ocean Beach.
11       Q.   So there was nobody else during
12   that conversation?
13       A.   Not inside the room, no.
14       Q.   What did you tell Mr. Carter the    11:41:28
15   reason for his layoff?
16       A.   Well, Mr. Carter did want a leave
17   of absence which he took on his own and, you
18   know, I explained to him that his -- he would
19   sleep on duty regularly and he would brag    11:41:53
20   about it.  And I explained to you, you just
21   had twins, you have a full-time job, then you
22   come into Ocean Beach to sleep.  It is not
23   fair to me and the other officers, that he
24   would brag about it and everything else.    11:42:10

Page 627

Hesse

1        I just told him, I said maybe it
2    is best that you just concentrate on your
3    family life, concentrate on your job and just
4    move on.                                  11:42:19
5        Q.   Did you ever witness him sleeping
6    on the job?
7        A.   Yes.
8        Q.   How many times?
9        A.   Over 16 years of working with him,   11:42:24
10   I don't know, a handful.
11       Q.   Did you ever write him up for it?
12       A.   No.
13       Q.   How come?
14       A.   Because I didn't find it necessary   11:42:33
15   to write him up for it.
16       Q.   Did you ever speak with Ed
17   Paradiso about Mr. Carter's sleeping on the
18   job?
19       A.   I don't specifically recall.    11:42:45
20       Q.   Did you ever speak with any of the
21   prior chiefs that you worked under -- did you
22   work under any other prior chiefs?
23       A.   No.
24       Q.   So you don't recall ever speaking   11:42:53

Page 628

1          Hesse
2    with Mr. Paradiso about your allegation that
3    Mr. Carter slept?
4        A.  No.
5        Q.  Did you ever counsel him about his   11:43:01
6    sleeping.
7        A.  I spoke to him about it.
8        Q.  How many times?
9        A.  I don't recall.
10       Q.  Was anybody present during these   11:43:09
11   alleged conversations?
12       A.  No.
13       Q.  Is that the reason why you
14   terminated Ed Carter?
15       A.  That is the reason why I let him   11:43:20
16   go, yes.
17       Q.  Isn't it true that you told him
18   that he was being terminated because of
19   directives?
20       MR. CONNOLLY:  Objection.      11:43:31
21       A.  Well the directives being sleeping
22   on duty, yes.
23       Q.  You explained to him that that was
24   the directive that he was being terminated
25   for?                    11:43:40

Page 629

1          Hesse
2        A.  Specifically yes, he should not be
3    sleeping on duty.
4        Q.  I am asking is that what you told
5    him specifically?             11:43:49
6        MR. CONNOLLY:  Using that specific
7    word.
8        A.  I may have used the word
9    directive, failed to follow directive of not
10   to sleep on duty.  I may have said that, yes.  11:43:56
11       Q.  I just want to be clear, you told
12   him that his sleeping was the reason why you
13   were terminating him?
14       A.  Yes.
15       Q.  Was anybody else there when you   11:44:06
16   told him that?
17       A.  No, that was a one-on-one
18   conversation.
19       Q.  Did you tell Paul Trosko that
20   was the reason that you were terminating Ed   11:44:16
21   Carter?
22       A.  Yes.
23       Q.  Did you tell Paul Trosko that that
24   was the reason why you were terminating Mr.
25   Fiorillo?                  11:44:29

Page 630

1          Hesse
2        A.  Yes.
3        Q.  Did you tell anyone on the Board
4    of Trustees to whom you sent the memo to that
5    the reason that you fired Ed Carter was   11:44:35
6    because he was sleeping?
7        A.  I don't know if I specifically.
8        Q.  Did you tell anyone on the Board
9    of Trustees that the reason why you fired
10   Frank Fiorillo was due to his insubordination?  11:44:45
11       MR. CONNOLLY:  Again making
12   reference to the memo?
13       Q.  The people that you sent the memo
14   to?
15       A.  Specifically I didn't write it in  11:44:52
16   the memo, no.
17       Q.  How about in any other way did you
18   communicate to the trustees to whom you wrote
19   that memo to that the reason that you fired
20   Fiorillo was due to his alleged        11:45:05
21   insubordination?
22       MR. CONNOLLY:  Again at any time?
23       A.  I believe I did.
24       Q.  Who did you tell that to?
25       A.  Trustee Loeffler and Mayor Rogers,  11:45:13

Page 631

1          Hesse
2    and I believe in conversation I had said
3    something to Maryann Minerva, the Village
4    Clerk.
5        Q.  As to the reason why?       11:45:28
6        A.  Yes.
7        Q.  When was that?
8        A.  I don't recall the dates.
9        Q.  Was it before or after you told
10   them that you were terminating him?       11:45:35
11       A.  I believe it was after.
12       Q.  How long after?
13       A.  I don't know.
14       Q.  Was it days, weeks, months, years?
15       A.  It could have been.       11:45:40
16       Q.  Which one?
17       A.  It could have been all of them
18   over the course, time after time of talking
19   about this.  I don't know.
20       Q.  When was the first time that you   11:45:49
21   informed Maryann Minerva of the reasons that
22   you terminated the five plaintiffs?
23       A.  Probably after I wrote the memo
24   and sent the memo on to them.
25       Q.  How long after?           11:46:04

Page 632

|   | **Hesse** |
|---|---|
| 1 | |
| 2 | A.   I don't recall. |
| 3 | **Q.   Why did you terminate Kevin Lamm?** |
| 4 | A.   You know, Kevin is -- that is a |
| 5 | unique situation.  This guy left on his own,   11:46:14 |
| 6 | never put anything in writing, took a |
| 7 | full-time job somewhere else.  I kind of heard |
| 8 | that he got a full-time job.  He didn't work |
| 9 | for six or eight months.  You know, he is an |
| 10 | angry individual.  He abuses the people that   11:46:31 |
| 11 | he deals with, that he came in contact with. |
| 12 | He was another one that could be |
| 13 | insubordinate every once in a while.  I just |
| 14 | thought that it was best that he moved on with |
| 15 | his career and stayed at his full-time job.   11:46:46 |
| 16 | **Q.   Did you ever report to Ed Paradiso** |
| 17 | **that Kevin Lamm allegedly abused people who he** |
| 18 | **came in contact with?** |
| 19 | A.   Specifically no, I don't remember. |
| 20 | **Q.   Do you think that would have been   11:46:57** |
| 21 | **important to tell the Chief of Police that one** |
| 22 | **of his police officers was abusing people?** |
| 23 | A.   Yes, we had conversations, we had |
| 24 | these conversations.  But Ed Paradiso kind of |
| 25 | liked these guys and had a soft spot for them.  11:47:11 |

Page 633

|   | Hesse |
|---|---|
| 1 | |
| 2 | So I guess he thought it wasn't a big deal, I |
| 3 | don't know. |
| 4 | **Q.   When was the first time that Kevin** |
| 5 | **Lamm abused somebody?**                    **11:47:21** |
| 6 | A.   I don't know.  I don't recall. |
| 7 | **Q.   How come you didn't ask for his** |
| 8 | **termination at that point in time?** |
| 9 | A.   I worked with Kevin when I was |
| 10 | just a PO, it was not my job.          11:47:33 |
| 11 | **Q.   How about when you became a** |
| 12 | **supervisor?** |
| 13 | A.   We had some conversations. |
| 14 | **Q.   How come you didn't ask for his** |
| 15 | **termination at that time?**             **11:47:41** |
| 16 | A.   Because I didn't find it necessary |
| 17 | and it was not my job to terminate him. |
| 18 | **Q.   Has Kevin ever been sued for any** |
| 19 | **alleged abuse?** |
| 20 | A.   I don't know.              11:47:50 |
| 21 | **Q.   What was the reason that you told** |
| 22 | **Kevin Lamm that you were terminating him?** |
| 23 | A.   Just exactly how I explained it to |
| 24 | you.  He left, he didn't put anything in |
| 25 | writing.  He took a full-time job and I   11:48:03 |

Page 634

|   | Hesse |
|---|---|
| 1 | |
| 2 | thought it was best that he just move on. |
| 3 | **Q.   Is it true that you told him that** |
| 4 | **it was due to budget cuts?** |
| 5 | A.   No.                    11:48:13 |
| 6 | **Q.   Were there budget cuts that year?** |
| 7 | A.   No. |
| 8 | **Q.   Had you ever spoken to Ed Paradiso** |
| 9 | **that you wanted to terminate Kevin Lamm?** |
| 10 | A.   You know specifically I don't   11:48:30 |
| 11 | remember. |
| 12 | **Q.   Why did you terminate Tom Snyder?** |
| 13 | A.   You know, Tommy at the end, at the |
| 14 | end of his employment he wasn't showing up to |
| 15 | work, he was giving other guys his tours   11:48:44 |
| 16 | without calling in.  I think he had some |
| 17 | personal issues going on and, you know, it is |
| 18 | funny because I never had a specific |
| 19 | conversation with Tommy about saying that I |
| 20 | was letting him go or anything.  He just kind  11:49:00 |
| 21 | of faded away, and I had no hours available |
| 22 | for him, and I just didn't put him back on the |
| 23 | schedule.  So we never had an official |
| 24 | conversation. |
| 25 | **Q.   Did you ever write Kevin Lamm up   11:49:14** |

Page 635

|   | **Hesse** |
|---|---|
| 1 | |
| 2 | for his alleged abuse? |
| 3 | A.   I don't recall specifically.  I |
| 4 | don't think so. |
| 5 | **Q.   Did you ever write him up for   11:49:22** |
| 6 | **insubordination?** |
| 7 | A.   I don't think so. |
| 8 | **Q.   Did you ever write him up for** |
| 9 | **being angry?** |
| 10 | A.   I don't think so, no.       11:49:29 |
| 11 | **Q.   When did you tell Mr. Snyder that** |
| 12 | **he was being terminated?** |
| 13 | A.   I think I just stated, I don't |
| 14 | think I ever actually told him that. |
| 15 | **Q.   Did you meet with him on the dock   11:49:55** |
| 16 | **one night and asked for his shield and weapon?** |
| 17 | A.   Yeah, we actually met up when I |
| 18 | was working for the harbor police and he was |
| 19 | working for the town.  I actually met him at |
| 20 | the Maple Avenue dock.  I needed -- I actually  11:50:11 |
| 21 | needed his weapon back so I could get somebody |
| 22 | else qualified on the Glock, because I was |
| 23 | short weapons.  But I don't know if he |
| 24 | specifically turned in his shield that day |
| 25 | either.                    11:50:29 |

Page 636

Hesse

1
2      Q.   Did you schedule to meet him
3   there?
4      A.   I think it was like a chance
5   thing, that he was working, I was working and   11:50:35
6   we met up.
7      Q.   Did you run into each other?
8      A.   No, I think we communicated
9   somehow, because I might have asked him that I
10  needed the weapon back and he knew that I was   11:50:45
11  working this particular day, so we met up and
12  he handed over his weapon.
13     Q.   Why did you tell him that you were
14  terminating him?
15     A.   Well for the third time I don't   11:50:57
16  think I ever told him that he was being
17  terminated.
18     Q.   Isn't it true that you told him
19  that it was because he was the guy who ratted
20  to Civil Service about the uncertified   11:51:06
21  officers?
22     A.   Absolutely not.
23     Q.   Did he hand over his shield that
24  day?
25     A.   I don't remember.   11:51:22

Page 637

Hesse

1
2      Q.   Why did you terminate Joe Nofi?
3      A.   Joe Nofi, he was a unique person.
4   He just could never concentrate on one thing.
5   His summonses were poor, his appearance was   11:51:38
6   poor.  It was always a scheduling conflict
7   with him.  You know, he would be scheduled to
8   work, he wouldn't show up, he would have
9   somebody else take his tour.  I just didn't
10  want to tolerate it any more, so I asked him   11:51:55
11  to move on also.
12     Q.   What were the reasons that you
13  told him that he was being terminated?
14     A.   I just explained that, I gave him
15  the same jargon that I just give you.  That   11:52:05
16  his appearance was poor, his work was poor,
17  his attitude was poor.  His interaction with
18  people was really poor.
19     Q.   Did you ever write him up for his
20  poor summonses?   11:52:23
21     A.   No.
22     Q.   Did you ever write him up for a
23  poor appearance?
24     A.   No.
25     Q.   Did you ever write him up for   11:52:29

Page 638

Hesse

1
2   scheduling conflicts?
3      A.   He has been written up for that.
4   I wouldn't say written up, but advised not to
5   do that.   11:52:37
6      Q.   In writing?
7      A.   Yes.
8   RQ   Q.   I would like to mark the record to
9   request production of any alleged written
10  warning or writings that --   11:52:45
11     A.   It has been produced.
12     Q.   Did you ever write him up for his
13  poor interaction with people?
14     A.   No.
15     Q.   Did you ever discuss any of those   11:52:55
16  issues with Ed Paradiso?
17     A.   Yes.
18     Q.   Which ones?
19     A.   All of them.
20     Q.   What was Ed Paradiso's response?   11:53:03
21     A.   You know, I don't really recall.
22     Q.   Isn't it true that you told Joe
23  Nofi that he was being terminated due to
24  budget cuts?
25     A.   No.   11:53:19

Page 639

Hesse

1
2      Q.   Isn't it true that you told him on
3   that day that he is not like the other four
4   assholes that you were terminating?
5      A.   No way.   11:53:30
6      Q.   You told him he was a good man and
7   a good father?
8      A.   No.
9      Q.   Was anyone else present when you
10  told Joe Nofi the reasons for his termination?   11:53:37
11     A.   No.
12     MR. NOVIKOFF:  I don't think you
13  asked that question with regard to the
14  other plaintiffs.
15     Q.   Was anyone else present when you   11:53:43
16  informed Mr. Lamm that he was terminated?
17     A.   No.
18     Q.   Was anyone else present when you
19  told Mr. Fiorillo that he was terminated?
20     A.   No.   11:53:57
21     Q.   Was anyone else present on the
22  docks the night that you spoke to Mr. Snyder
23  about returning his weapon and shield?
24     A.   It was a day shift, but no.
25     Q.   Was anyone else present at the   11:54:07

Page 640

```
 1            Hesse
 2  time that you told Carter the reasons for his
 3  termination?
 4      A.  No.
 5      Q.  Why did you wait for them to come  11:54:12
 6  to the meeting on April 2nd to tell them that
 7  you were terminating their employment?
 8      A.  I thought it was the best way to
 9  just get all the equipment back and be able to
10  just have a sit down with them and tell them  11:54:29
11  what was going on.
12      Q.  Did you think that it would be
13  humiliating in front of the other officers who
14  were assembled for the meeting?
15      A.  At the time, no.           11:54:39
16      Q.  How about now, do you think it was
17  humiliating?
18      A.  In retrospect I should have done
19  it a better way.
20      Q.  When did you decide to terminate  11:54:47
21  Snyder?
22      A.  You know, I always liked Tommy, he
23  is a good guy.  I always thought he was a hard
24  worker.  But I thought at the end he just had
25  some personal issues that were affecting his  11:55:06
```

Page 641

```
 1            Hesse
 2  job performance.  He seemed to be angry with
 3  some of the other employees, and I thought it
 4  was just best that he move on at that time.
 5      Q.  Which other employees was he angry  11:55:16
 6  with?
 7      A.  Oh God.  Ty Bacon, the Bosetti
 8  brothers, Arnie Hardman.  Anybody that came on
 9  from the City job that came on to our job for
10  some reason he had some kind of disdain toward  11:55:32
11  City cops, and it was just becoming an issue.
12      Q.  Is that one of the reasons that
13  you terminated him?
14      A.  It was one of the reasons why,
15  yes.                       11:55:43
16      Q.  Did he tell you why he didn't like
17  the Bosetti's or Bacon or Hardman?
18      A.  Well there were comments being
19  made by him and Carter about City cops because
20  I think their boss on their job was a retired  11:55:54
21  City cop that just got in trouble on their
22  job, and for some reason they just hated City
23  cops.
24      Q.  They told you that?
25      A.  Who is they?           11:56:09
```

Page 642

```
 1            Hesse
 2      Q.  Mr. Snyder and I guess Ed Carter?
 3      A.  Yes, they had told me that.
 4      Q.  And they told you that they didn't
 5  like the Bosetti's because of that reason?  11:56:19
 6      A.  I don't know if it was entirely
 7  specifically that reason, but that was
 8  definitely part of it.
 9      Q.  Did you ever speak to the
10  Bosetti's about their feelings for Snyder?  11:56:27
11          MR. NOVIKOFF:  Objection.
12  Foundation.
13      A.  I think it was known.
14      Q.  What was known?
15      A.  That they did not get along.  They  11:56:36
16  didn't like each other.
17      Q.  Why didn't the Bosetti's like
18  Snyder?
19          MR. CONNOLLY:  Objection.
20          MR. NOVIKOFF:  Objection.   11:56:44
21      A.  I think the Bosetti's felt that
22  Tommy Snyder and -- Tommy Snyder specifically
23  with the Halloween incident, they thought it
24  was a set up on them to get them into trouble.
25      Q.  Did you think it was a set up on  11:56:58
```

Page 643

```
 1            Hesse
 2  them?
 3      A.  No.
 4      Q.  When did the Bosetti's let you
 5  know that they thought it was a set up?    11:57:03
 6      A.  I think when I finally started to
 7  talk to them about the Halloween incident,
 8  they kept feeling that they were being set up.
 9      Q.  Do you recall when the first time
10  that they told you that?            11:57:22
11      A.  Specifically no.  I brushed it
12  off.
13      Q.  Did there come a point in time
14  where you announced to the department the
15  termination of the five plaintiffs?      11:57:40
16      A.  No.
17      Q.  Did you tell them that day that
18  the five plaintiffs were being terminated?
19          MR. CONNOLLY:  They being those
20  present at the meeting.           11:57:48
21          MR. GOODSTADT:  Yes.  Right.
22          MR. NOVIKOFF:  Well actually your
23  question I think he testified that he had
24  not made the decision about Snyder prior
25  to April 2nd.                  11:57:58
```

## Page 644

Hesse

2 Q.   Did you announce to the officers
3 who were at the meeting that you had
4 terminated some of the plaintiffs?
5     A.   I don't know --          11:58:09
6     Q.   Or all of the plaintiffs?
7     A.   I don't think I made an
8 announcement.
9     Q.   Did you tell them, did you tell
10 anybody there that day that any of the      11:58:17
11 plaintiffs had been terminated?
12     A.   I think I was specifically asked
13 and I said that they are going to move on with
14 their lives.
15     Q.   Did you tell them why?       11:58:26
16     A.   No.
17     Q.   Isn't it true that you told the
18 assembled officers that you terminated Carter
19 and Snyder because you thought they were going
20 to wear a wire for the DA?          11:58:36
21     A.   No.
22     Q.   Do you recall what Gary Bosetti's
23 reaction was when you told him that the
24 plaintiffs were terminated?
25     A.   What his specific reaction was,    11:58:49

## Page 645

Hesse

2 no.
3     Q.   What Richard Bosetti's reaction
4 was?
5     A.   I don't know.          11:58:51
6     Q.   Isn't it true that they said its
7 about time that you got rid of those assholes?
8     A.   No.
9     Q.   Isn't it true that you told Gary
10 Bosetti that he owed you hours for making that  11:59:00
11 decision?
12     A.   I don't understand what you mean
13 by that.
14     Q.   That he owed you hours to work,
15 extra tours for terminating the plaintiffs?    11:59:11
16     A.   That he, Gary, owes me hours?
17     Q.   Yes.
18     A.   I don't know what you mean by
19 that, no.
20     Q.   Were other part-time officers      11:59:21
21 hired, newly hired for that summer?
22     A.   Yes.
23     Q.   How many?
24     A.   Three I believe.
25     Q.   Was Chris Moran at the meeting of  11:59:29

## Page 646

Hesse

2 the remaining department?
3     A.   I think so.
4     Q.   Were any full-time officers hired
5 that year?              11:59:44
6     A.   Yes.
7     Q.   How many?
8     A.   I think just one.
9     Q.   Who was hired that year?
10     A.   I think that was Paul Trosko.    11:59:50
11     Q.   When was he hired?
12     A.   I don't remember the exact date.
13     Q.   Do you recall when he started
14 working?
15     A.   I would have to look back in the    12:00:04
16 records, no.
17     MR. GOODSTADT:  Off the record.
18     MR. CONNOLLY:  The calendar year
19 2006, when you said that year?
20     MR. GOODSTADT:  Yes, I mean that    12:00:18
21 year, 2006.  Off the record for two
22 seconds.
23     THE VIDEOGRAPHER:  The time is
24 12:02, we are off the record.
25     (Recess taken.)        12:00:28

## Page 647

Hesse

2     THE VIDEOGRAPHER:  The time is
3 12:15, we are on the record.
4     Q.   Is there something that you wanted
5 to add?              12:13:45
6     A.   You had asked about hiring
7 full-time police officers?
8     Q.   Right.
9     A.   Trosko was one, but we hired
10 another officer, Frank Foti, he might have    12:13:53
11 been at the end of 2006 or 2007.
12     Q.   Sir, isn't it true that after you
13 terminated the plaintiffs that you threatened
14 that Kevin Lamm, Frank Fiorillo and Joe Nofi's
15 law enforcement careers are over?       12:14:17
16     MR. NOVIKOFF:  That day or
17 subsequent?
18     Q.   At any point?
19     MR. NOVIKOFF:  Objection to the
20 form of the question.          12:14:25
21     MR. CONNOLLY:  Objection.
22     A.   Yes, I did say that.
23     Q.   When did you say that?
24     A.   I believe I said it to Eddie
25 Carter on the phone.          12:14:34

Page 648

Hesse

1
2    Q.   When was that?
3    A.   I don't remember the date.
4    Q.   Why did you tell him that?
5    A.   I was just angry at their actions.  12:14:40
6    Q.   What actions?
7    A.   Going to Civil Service, trying to
8    get me in trouble.  You know, when is enough
9    enough.
10   Q.   I want to play the audio just to   12:14:54
11   identify that that is what you are referring
12   to.  This has been previously produced in this
13   case.
14       (Audio played).
15       Do you recognize the voices in     12:15:24
16   that conversation?
17   A.   Yes.
18   Q.   Who are those voices?
19   A.   That would be Eddie Carter and
20   myself.                              12:15:33
21   Q.   Did you ever call Mr. Fiorillo,
22   Mr. Nofi and Mr. Snyder mutts?
23   A.   Yes.  I think in my second day of
24   testimony I might have said that.
25   Q.   Why did you call them mutts?     12:15:52

Page 649

Hesse

1
2    A.   Because I didn't like them very
3    much at that point.
4    Q.   Who did you call them mutts to?
5    A.   I don't recall.  I don't know.   12:16:02
6    Q.   I am going to play an audio again,
7    previously produced, I want to identify the
8    voices on the audio.
9        (Audio played.)
10   Q.   Do you recognize the voices on   12:16:38
11   that audio recording?
12   A.   Was that me, it didn't really
13   sound like me.
14       MR. CONNOLLY:  Can you play that
15   again?                              12:16:47
16   A.   You got to turn that up a little
17   bit.
18   Q.   Sure.
19       (Audio played.)
20   Q.   Do you recognize the voices in   12:17:15
21   that audio?
22   A.   Yes, it was Eddie Carter.
23   Q.   And who else?
24   A.   I believe it was me.
25   Q.   Any reason to believe it is not  12:17:30

Page 650

Hesse

1
2    you?
3    A.   No.
4    Q.   Did you ever provide any
5    references, good or bad, for any of the   12:17:34
6    plaintiffs in the case subsequent to their
7    employment at Ocean Beach?
8        MR. NOVIKOFF:  Or neutral?
9    Q.   Or neutral?
10       MR. CONNOLLY:  Or did he respond   12:17:49
11   to any request for references?
12   Q.   Yes, or actively provide any
13   references.
14       MR. CONNOLLY:  Objection to the
15   form either way.                    12:17:59
16   A.   Boy that is confusing.
17       Yes, I believe all my responses
18   were neutral.
19   Q.   How many responses did you provide
20   on behalf of Frank Fiorillo?        12:18:06
21   A.   Specifically maybe two.
22   Q.   Do you recall what jobs they were
23   for?
24   A.   Southhampton either village or
25   town.  Maybe Riverhead.  I don't specifically  12:18:22

Page 651

Hesse

1
2    remember.
3    Q.   Who did you speak with in
4    Southampton with respect to Mr. Fiorillo?
5    A.   I believe there was a sergeant    12:18:32
6    that I spoke to.
7    Q.   Do you remember his name?
8    A.   No.
9    Q.   Was it Scott Foster, does that
10   ring a bell?                        12:18:38
11   A.   No.
12   Q.   What did you state to the sergeant
13   in Southampton about Mr. Fiorillo?
14   A.   I didn't state anything.  He had
15   asked me about him and I said that I cannot   12:18:45
16   give him any information.  I will only confirm
17   dates of employment.  And he asked me I think
18   to put that in writing which I did, and I sent
19   that out to Southampton.
20   Q.   Did you tell him that Mr. Fiorillo  12:19:01
21   was terminated?
22   A.   I don't think I did, no.
23   Q.   Did you tell him that Mr. Fiorillo
24   was suing you?
25   A.   No.                            12:19:11

Page 652

Hesse

2  Q. Do you recall anything else that
3  you discussed with the sergeant from
4  Southampton?
5  A. No.                    12:19:19
6  Q. Do you recall when that
7  conversation happened?
8  A. No, I don't.
9  Q. Do you recall whether it was days,
10 weeks, months, years after you terminated Mr. 12:19:28
11 Fiorillo?
12  A. Definitely was not years. It
13 could have been a few weeks maybe. I don't
14 know. I don't recall.
15  Q. Who at the Riverhead Police     12:19:39
16 Department did you speak with with respect to
17 Mr. Fiorillo?
18  A. Like I said specifically Riverhead
19 I wasn't real positive about. For some reason
20 I feel that I had a message from the Chief of  12:19:54
21 the Riverhead Police Department that I
22 responded back to. I don't think I spoke to
23 him, it might have been a sergeant or a
24 lieutenant, I don't remember specifically.
25  Q. Do you recall what you stated in  12:20:07

Page 653

Hesse

2  that conversation to the sergeant or
3  lieutenant who you spoke with?
4  A. The conversations were very brief
5  and I stated dates of employment only, that is  12:20:16
6  it. I don't believe I put anything in writing
7  for them.
8  Q. Did you tell them that Mr.
9  Fiorillo was terminated?
10  A. No.                   12:20:28
11  Q. Did you explain to him why you
12 couldn't provide any additional information?
13  A. No.
14  Q. Did you explain to the person at
15 Southampton that you spoke with why you       12:20:35
16 wouldn't provide any additional information?
17  A. I don't believe I ever did.
18  Q. Did you ever speak to anyone or
19 communicate with anyone in the Northport Bay
20 Police Department with respect to Mr.         12:20:48
21 Fiorillo?
22  A. Northport, no.
23  Q. How about Huntington Bay Police
24 Department?
25  A. Mr. Fiorillo, no.        12:20:54

Page 654

Hesse

2  Q. How about Quogue Village Police
3  Department?
4  A. No. Quogue, no.
5  Q. How about anyone with respect to  12:21:04
6  the Village of Babylon?
7  A. No.
8  Q. Code Enforcement Officer?
9  A. No.
10  Q. Did you ever speak with anyone at  12:21:11
11 the Town of Brookhaven with respect to Mr.
12 Fiorillo?
13  A. No.
14  Q. Did you ever provide any
15 references or respond to any request for      12:21:24
16 references on behalf of Mr. Snyder?
17  A. I don't believe I got any from Mr.
18 Snyder.
19  Q. How about with respect to the John
20 T. Mather Memorial Hospital?         12:21:41
21  A. I never got anything from them.
22  Q. How about the Town of Brookhaven?
23  A. I don't believe I got anything
24 from them either.
25  Q. I am not asking whether you got  12:21:54

Page 655

Hesse

2  anything. I am asking whether you ever
3  communicated with anyone over there with
4  respect to Mr. Snyder?
5  MR. NOVIKOFF: Objection to the    12:22:00
6  form.
7  Q. With respect to a potential
8  employment opportunity for Mr. Snyder?
9  MR. NOVIKOFF: Foundation.
10  Objection.                12:22:05
11  A. I understand what you are asking,
12 but when I say I have not gotten anything, I
13 don't think I received a phone call or any
14 documentation that said that he was applying
15 for the job.                   12:22:15
16  Q. How about the Suffolk County Park
17 Rangers?
18  A. Suffolk County Park Rangers; no.
19  Q. Did you ever provide any reference
20 or respond to any request for a reference on  12:22:26
21 of Ed Carter?
22  A. I believe there was only one thing
23 that came up with Mr. Carter.
24  Q. What came up with Mr. Carter?
25  A. He called me to ask me if I would  12:22:37

Page 656

```
                  Hesse
1
2    give him a reference, it had something to do
3    with the town and Chief Greg Decanio from the
4    Islip Airport Police was going to call me in
5    reference to something to do with Eddie        12:22:57
6    Carter, and I told Eddie that I would only
7    tell them the truth of why he was let go.
8        Q.  Did you speak to Decanio?
9        A.  At some point I did, yes.
10           MR. NOVIKOFF:  Can you spell that? 12:23:14
11           THE WITNESS:  I have no idea.
12           MR. NOVIKOFF:  D-E-C-A-N-I-O.
13       Q.  Did you speak with Decanio before
14   or after you spoke to Carter about Decanio?
15       A.  After.                 12:23:35
16       Q.  So Ed didn't call you before and
17   say you need to speak with Decanio?
18       A.  I don't think so.  He called me
19   first and said that Greg would be calling me
20   or to have me call Greg, and I talked to Greg 12:23:44
21   Decanio after I spoke to Ed Carter.
22       Q.  What did you tell Greg Decanio?
23       A.  I told Greg that Eddie Carter is a
24   good guy, that the reason why I had let him go
25   was because of his sleeping on duty.  I said  12:24:00
```

Page 657

```
                 Hesse
1
2    that once again just like I reiterated before,
3    that he had just had twins, I think he over
4    exerted himself.  I think he was doing too
5    much.  That the best thing was to just move   12:24:13
6    on.
7        Q.  How come you told Decanio details
8    of why you terminated Carter, but didn't tell
9    for example the Southampton Police Department
10   details of your termination of Fiorillo?      12:24:26
11       A.  I know Greg, I am not going to
12   sugar coat it with Greg.  Greg I know a long
13   time.  We have done some training together,
14   and upon Eddie Carter's request I called him.
15       Q.  You called Decanio or he called   12:24:41
16   you?
17       A.  I believe I reached out to him.  I
18   don't believe Greg ever called me.
19       Q.  Did you ever submit anything in
20   writing to Decanio?                12:24:52
21       A.  No.
22       Q.  Did you ever submit anything in
23   writing with respect to Ed Carter at all in
24   connection with a reference or in response to
25   a reference to anyone?             12:25:05
```

Page 658

```
                  Hesse
1
2        A.  No.
3        Q.  Did you ever provide any
4    references or respond to any reference
5    requests with respect to Kevin Lamm?     12:25:10
6        A.  None.
7        Q.  Never spoke with anyone or
8    communicated with anyone at the Lloyd Harbor
9    Police Department?
10       A.  I did get a phone call from the   12:25:19
11   Chief in Lloyd Harbor.
12       Q.  So when you said none it is not
13   correct?
14       A.  It is correct.
15       Q.  You never spoke with the chief?  12:25:26
16       A.  I spoke to the chief.
17       Q.  Tell me about your call, tell me
18   everything you recall in that discussion with
19   the chief from Lloyd Harbor?
20       A.  I think he was served with a      12:25:36
21   subpoena in reference to this case, and he
22   wanted some details about what was going on,
23   he didn't understand why.  I said that I was
24   being sued for some wrongful termination.  And
25   I said these were the names that were involved 12:25:53
```

Page 659

```
                 Hesse
1
2    with the suit, and he recognized I believe
3    Kevin Lamm's because I think Kevin was on
4    their list for a full-time position.  And they
5    gave it to somebody else, but that was      12:26:07
6    previous to me speaking to them.
7        Q.  Had you spoken to anyone at Lloyd
8    Harbor prior to them calling you about the
9    subpoena?
10       A.  No.                12:26:20
11       Q.  Did you tell them the reasons why
12   you were being sued other than for generically
13   wrongful termination?
14           MR. NOVIKOFF:  Objection to the
15   form.                   12:26:27
16       A.  No.
17       Q.  What else did you discuss with the
18   Lloyd Harbor Chief at that time?
19       A.  I forget what his name is, but it
20   turns out that he had his start in Ocean Beach 12:26:34
21   when he was a seasonal police officer.  So we
22   talked about the good old days with Joe
23   Loeffler as chief and the things that went on
24   back in the day.
25       Q.  Anything else?            12:26:58
```

44  (Pages 656 to 659)

Page 660

Hesse

2  A.  No.
3  Q.  Did you speak to anyone at
4  Huntington Bay Police Department about Kevin
5  Lamm?                          12:27:08
6  A.  No.
7  Q.  Did you speak to anyone in the
8  Ashroken Village Police Department?
9  A.  No.
10  Q.  How about Suffolk County Police   12:27:15
11  Department with respect to Kevin Lamm?
12  A.  I believe his investigator had
13  called me and wanted me to put something in
14  writing on why he no longer worked for the
15  department, and I told her the only thing that   12:27:29
16  I would do is confirm dates of employment.
17  Q.  Did you do that in writing?
18  A.  I don't believe I ever did, no.
19  Q.  How come?
20  A.  I don't think that is what she   12:27:38
21  wanted, so I wound up not doing it.
22  Q.  Did you ever submit anything in
23  writing to Suffolk County Police Department
24  with respect to Kevin Lamm?
25  A.  No.                          12:27:51

Page 661

Hesse

2  Q.  How about the Southampton Village
3  Police Department, did you ever communicate
4  with them with respect to Kevin Lamm?
5  A.  No.                          12:28:02
6  Q.  How about the Northport Village
7  Police Department, did you ever communicate
8  with them or anyone there with respect to
9  Kevin Lamm?
10  A.  No.                          12:28:06
11  Q.  Did you ever communicate with
12  anyone at the Town of Islip Airport security
13  guard group with respect to Kevin Lamm?
14  A.  No.
15  Q.  How about Joe Nofi, did you ever   12:28:19
16  communicate with anyone with respect to a
17  reference or respond to a request for a
18  reference for Joe Nofi?
19  A.  Yes.
20  Q.  Who did you respond to or speak   12:28:28
21  with?
22  A.  I believe I spoke to an
23  investigator from the Collier County Sheriff's
24  Department in Florida.
25  Q.  Who did you speak with there?   12:28:42

Page 662

Hesse

2  A.  I don't recall his name.
3  Q.  How long was the conversation?
4  A.  A couple of minutes.
5  Q.  Tell me everything that you recall   12:28:51
6  that you spoke to him about?
7  A.  Well I was faxed a request to fill
8  out some kind of form for reference, and all I
9  did was confirm dates of employment and faxed
10  it back.                          12:29:12
11  Q.  Did you fill in any other
12  sections?
13  A.  Specifically I don't recall if I
14  filled out anything else other than that.
15  Q.  Did you cross out any of the   12:29:23
16  sections?
17  A.  No.
18  Q.  Did you ever speak with anyone
19  from Collier County?
20  A.  After I responded back by fax   12:30:03
21  there was an investigator who did call me.
22  Q.  Do you recall that investigators
23  name?
24  A.  No.
25  Q.  What did you discuss with the   12:30:10

Page 663

Hesse

2  investigator?
3  A.  He had asked me if there was any
4  other information that I could provide.  I
5  told him no, but I did advise him about the   12:30:17
6  lawsuit against me.
7  Q.  Why did you advise him about the
8  lawsuit against you?
9  A.  Because I thought it was pertinent
10  to advise him.                  12:30:29
11  Q.  Why?
12  A.  Because it is public information
13  that I am being sued by this individual.
14  Q.  So is it your understanding that
15  at the time you spoke with the investigator   12:30:40
16  that it was public information that you were
17  being sued?
18  A.  Yes, it was.
19  Q.  You actually had been served with
20  a copy of the lawsuit?                  12:30:51
21  A.  Yes.
22  Q.  Positive about that?
23  A.  I am pretty sure, yes.
24  MR. GOODSTADT:  Would you mark
25  this document as Hesse Exhibit 28,   12:31:03

45  (Pages 660 to 663)

Page 664

Hesse

1
2      Employment, Collier County Sheriff's
3      Office, Employment Reference Prior
4      Experience.
5          (Hesse Exhibit 28, Employment,    12:31:04
6      Collier County Sheriff's Office,
7      Employment Reference Prior Experience,
8      marked for identification, as of this
9      date.)
10     Q.   I placed in front of Mr. Hesse    12:31:39
11   what has been marked as Exhibit 28, a
12   four-page exhibit bearing Bates CCSO 147
13   through 150.  I ask you to look at pages 149
14   and 150?
15     A.   Okay.                    12:32:02
16     Q.   Do you recall, turn to page 150,
17   do you see a signature there?
18     A.   A signature.
19     Q.   On the bottom left, do you see
20   that, it says Denado or Donohoe, do you see    12:32:14
21   that signature?
22     A.   Yes, I do.
23     Q.   Does that refresh your
24   recollection as to the name of the person that
25   you spoke with?                12:32:29

Page 665

Hesse

1
2     A.   Yes.
3     Q.   Was it Donohoe?
4     A.   Yes.
5     Q.   He has a date of 9/15/2006, do you    12:32:31
6   see that?
7     A.   Yes.
8          MR. NOVIKOFF:  Where is that?
9          MR. GOODSTADT:  On the right side
10   next to Donohoe's signature; I am talking    12:32:42
11   about 150.
12         MR. NOVIKOFF:  I don't see a copy
13   on 150.
14         MR. GOODSTADT:  Let me see your
15   copy.                      12:32:54
16         MR. NOVIKOFF:  I see the comment,
17   I don't see the signature.  Okay, you got
18   it.
19     Q.   You see it is dated 9/15/2006, do
20   you see that?                12:33:09
21     A.   Yes.
22     Q.   Any reason to believe that that
23   was not the date that you spoke with him?
24     A.   I don't know.
25     Q.   In fact 9/15/2006 was six months    12:33:15

Page 666

Hesse

1
2   before you were actually sued; is that
3   correct?
4          MR. NOVIKOFF:  Objection to the
5      form of the question.  To what you mean    12:33:25
6      by actually sued.
7     Q.   Sued by Mr. Nofi?
8          MR. CONNOLLY:  Same objection.
9     A.   Sued or served with a notice of
10   claim, I put them together.          12:33:36
11     Q.   Did you testify two times, two
12   sessions ago that you know the difference
13   between a lawsuit and a notice of claim?
14     A.   I might have put them together as
15   far as being served a notice of claim as being 12:33:47
16   sued.
17     Q.   Is a notice of claim publicly
18   available information?
19     A.   I don't know.
20     Q.   So what did you mean before when    12:33:53
21   you said I thought it was relevant because it
22   was publicly available information?
23     A.   Everybody was knowing about it,
24   everybody knew about it at that point.
25     Q.   Who is everybody?          12:34:02

Page 667

Hesse

1
2     A.   I don't know, it was on the news,
3   it was everywhere.
4     Q.   It is your testimony that it was
5   on the news that by the time that you spoke    12:34:10
6   with Mr. Donohoe that you were being sued by
7   Joe Nofi; is that your testimony?
8     A.   I knew it was coming at least.
9     Q.   The question, sir, is at the time
10   that you spoke with Mr. Donohoe was it on the  12:34:23
11   news that you were being sued by Joe Nofi?
12     A.   You know what, I just don't
13   recall.
14     Q.   And here you testified -- here you
15   wrote or told him at least that you had    12:34:34
16   dismissed Mr. Nofi; is that correct?
17         MR. CONNOLLY:  Objection.
18         MR. NOVIKOFF:  Objection.
19     A.   No.
20     Q.   If you look on page 149, he checks  12:34:41
21   off dismissed?
22         MR. NOVIKOFF:  Okay, 149.
23         MR. GOODSTADT:  Yes.
24         MR. NOVIKOFF:  I will stipulate
25   that on 149 there is a check mark that    12:34:54

Page 668

| | |
|---|---|
| 1 | Hesse |
| 2 | says dismissed. |
| 3 | **Q.   Do you recall telling him that you** |
| 4 | **dismissed Joe Nofi?** |
| 5 | A.   No.                        12:35:00 |
| 6 | **Q.   Then the explanation you see he** |
| 7 | **writes, dismissed, applicant presently suing** |
| 8 | **the Police Department for wrongful** |
| 9 | **termination.  Do you see that?** |
| 10 | A.   I do see that, yes.            12:35:08 |
| 11 | **Q.   Do you recall telling him that you** |
| 12 | **dismissed Mr. Nofi and that he is presently** |
| 13 | **suing the Police Department for wrongful** |
| 14 | **termination?** |
| 15 | MR. NOVIKOFF: Objection.       12:35:20 |
| 16 | Compound. |
| 17 | MR. CONNOLLY:  Objection. |
| 18 | A.   That is not what I recall telling |
| 19 | him. |
| 20 | **Q.   What do you recall telling him?    12:35:24** |
| 21 | A.   I told him that he no longer works |
| 22 | for the department, and I will confirm dates |
| 23 | of employment, and that he is suing the |
| 24 | department for wrongful termination.  But that |
| 25 | is not the reason why he was terminated, that  12:35:35 |

Page 669

| | |
|---|---|
| 1 | Hesse |
| 2 | is not what I told him. |
| 3 | MR. NOVIKOFF:  You can add one |
| 4 | more minute based upon what I am about to |
| 5 | say.  But I would think it would be       12:35:45 |
| 6 | logical that if one is no longer working |
| 7 | at the department and one is suing for |
| 8 | wrongful termination, that that person |
| 9 | has been dismissed or otherwise |
| 10 | constructively discharged.          12:35:58 |
| 11 | You can have one more minute based |
| 12 | on the colloquy. |
| 13 | MR. GOODSTADT:  I don't know why |
| 14 | you added the colloquy. |
| 15 | MR. NOVIKOFF:  I couldn't help    12:36:07 |
| 16 | myself. |
| 17 | **Q.   Did you ever speak with Nofi about** |
| 18 | **your discussion with Donohoe or anyone at the** |
| 19 | **Collier County Sheriff's office?** |
| 20 | A.   No.                        12:36:20 |
| 21 | **Q.   Did you ever let Nofi know that** |
| 22 | **someone had reached out to you to request a** |
| 23 | **reference on his before?** |
| 24 | MR. NOVIKOFF:  Objection. |
| 25 | A.   No.                        12:36:32 |

Page 670

| | |
|---|---|
| 1 | Hesse |
| 2 | **Q.   Did you ever submit anything in** |
| 3 | **writing to Collier County with respect to** |
| 4 | **Mr. Nofi?** |
| 5 | A.   I was sent a one-page reference,    12:36:45 |
| 6 | questionnaire, and I think I only put on there |
| 7 | that I confirmed dates of employment. |
| 8 | **Q.   Did you ever speak with** |
| 9 | **Mr. Donohoe other than that one telephone** |
| 10 | **conference that you already testified to?    12:37:12** |
| 11 | A.   No.  I believe that was the only |
| 12 | time. |
| 13 | **Q.   Did you ever speak to anyone else** |
| 14 | **from Collier County on behalf of Mr. Nofi?** |
| 15 | A.   No.                        12:37:23 |
| 16 | **Q.   Did you ever speak to anyone in** |
| 17 | **the Suffolk County Department of Health with** |
| 18 | **respect to Joe Nofi?** |
| 19 | A.   Yes. |
| 20 | **Q.   When?                        12:37:29** |
| 21 | A.   I don't know when. |
| 22 | **Q.   After his termination?** |
| 23 | A.   Yes. |
| 24 | **Q.   What did you speak to -- strike** |
| 25 | **that.                        12:37:38** |

Page 671

| | |
|---|---|
| 1 | **Hesse** |
| 2 | **Do you know what year it was that** |
| 3 | **you spoke with that person?** |
| 4 | A.   No. |
| 5 | **Q.   Who was it that you spoke with?    12:37:41** |
| 6 | A.   It was a female, I believe -- I |
| 7 | don't know if they were in actual health |
| 8 | services or cigarette and tobacco section. |
| 9 | They wanted me to give a reference over the |
| 10 | phone which I didn't do, and I asked them if    12:38:03 |
| 11 | they want a reference they would have to put |
| 12 | something on department letterhead and mail it |
| 13 | to me, and that was the extent of the |
| 14 | conversation. |
| 15 | **Q.   Have you ever given a reference    12:38:17** |
| 16 | **for any officers other than for the five** |
| 17 | **plaintiffs?** |
| 18 | A.   I may have over the years. |
| 19 | **Q.   Have you ever given any other** |
| 20 | **information other than for dates of        12:38:25** |
| 21 | **employment?** |
| 22 | A.   I may have. |
| 23 | **Q.   Did you provide Paul Trosko with a** |
| 24 | **reference?** |
| 25 | A.   I may have.                12:38:33 |

Page 672

Hesse

2    Q.   Substantive reference other than
3    for dates of employment?
4    A.   I may have.
5    Q.   Was it a positive reference?    12:38:38
6    A.   I would think so, yes.
7    Q.   Did you ever have any
8    communications with anyone in the Suffolk
9    County Police Department with respect to Joe
10   Nofi?                                  12:38:49
11   A.   In the Suffolk County Police
12   Department?
13   Q.   Yes.
14        MR. NOVIKOFF:  Independent of a
15   reference --                           12:38:54
16        MR. GOODSTADT:  No, in connection
17   with a reference.
18   A.   No.
19   Q.   How about anyone in the
20   Easthampton Bay Constable Police Department?    12:39:02
21   A.   No.
22   Q.   How about the Easthampton Marine
23   Patrol?
24   A.   No.
25   Q.   How about the Suffolk County SPCA?  12:39:11

Page 673

Hesse

2    A.   I think somebody called in from
3    there too, but no reference was given.
4    Q.   Tell me everything you recall on
5    the conversation you had with the Suffolk    12:39:27
6    County SPCA with respect to Nofi?
7    A.   I just vaguely remember something
8    about him applying for the -- whatever it is,
9    SPCA.  But you know what, to tell you the
10   truth I don't think anybody called me directly  12:39:42
11   in reference to a reference.
12   Q.   Did you ever provide a reference?
13   A.   No.
14   Q.   How about the Riverhead Police
15   Department, did you ever speak with anyone    12:39:57
16   there with respect to Joe Nofi?
17   A.   I think somebody did call in.
18   Q.   Tell me everything that you recall
19   about that conversation?
20   A.   Just the fact that there was a    12:40:09
21   call.  I think it was the same time with Frank
22   Fiorillo, and no reference was given.
23   Q.   What did you tell the person?
24   A.   You know, I believe there was a
25   message left for me to call the chief back and  12:40:20

Page 674

Hesse

2    when I -- called back, I didn't get the
3    chief and I never got a call back.  So I don't
4    think anything was ever said or done.
5    Q.   So you never spoke with anyone?    12:40:31
6    A.   No.
7        MR. CONNOLLY:  Who is this?
8    Q.   Riverhead Police Department.
9    A.   I don't really recall any
10   conversations that took place with them.    12:40:41
11   Q.   Now about the Northport Police
12   Department with respect to Joe Nofi?
13   A.   No.
14   Q.   How about the Smithtown Bay
15   Constable with respect to Joe Nofi?    12:40:53
16   A.   No.  Never.
17   Q.   How about with the Shelter Island
18   Police with respect to Joe Nofi?
19   A.   No.
20   Q.   How about the Amtrak Police with    12:41:00
21   respect to Joe Nofi?
22   A.   No, nothing.
23   Q.   How about the Quogue Police with
24   respect to Joe Nofi?
25   A.   Nothing.              12:41:11

Page 675

Hesse

2    Q.   How about the North Hempstead Bay
3    Constable with respect to Joe Nofi?
4    A.   Nothing.
5    Q.   How about the Babylon Bay    12:41:21
6    Constable?
7    A.   Nothing.
8    Q.   Any others that you can recall and
9    any other potential employers that you can
10   recall discussing Joe Nofi with?    12:41:30
11   A.   No.
12   Q.   How about Frank Fiorillo, do you
13   recall anybody else other than for the ones
14   that I asked you about?
15   A.   No.              12:41:40
16   Q.   How about with respect to Ed
17   Carter, do you recall anybody else other than
18   for Decanio?
19   A.   No.
20   Q.   How about Kevin Lamm, do you    12:41:48
21   recall speaking with anybody on behalf of
22   Kevin Lamm's application for a job?
23   A.   Other than Suffolk County Police
24   Department, no.
25   Q.   How about Tommy Snyder?    12:42:00

48  (Pages 672 to 675)

Page 676

Hesse

1
2      A.   Never.
3          Q.   I think we touched upon last time
4      your post on the blog.  Do you know what I
5      mean when I say the blog?            12:42:21
6          A.   Yes.
7          Q.   Subsequently you provided
8      information in response to interrogatories
9      identifying this post that you made; is that
10     correct?                             12:42:30
11         A.   Yes.
12         Q.   Is that all the posts that you
13     made, the ones that were in response to the
14     interrogatories?
15         A.   Yes.                        12:42:36
16             MR. NOVIKOFF:  How much time is
17     left.
18             THE VIDEOGRAPHER:  Eight minutes.
19             MR. NOVIKOFF:  Have you hit the
20     250 yet.                             12:42:53
21             MR. GOODSTADT:  I don't know.
22             MR. NOVIKOFF:  Off the record.
23             THE VIDEOGRAPHER:  The time is
24     12:44, we are off the record.
25             (Recess taken.)               12:43:09

Page 677

Hesse

1
2              THE VIDEOGRAPHER:  The time is
3      12:45, we are on the record.
4          Q.   Mr. Hesse, you have posted on the
5      blog from your home computer; is that correct?  12:43:36
6          A.   Yes.
7          Q.   Do you know if anyone else has
8      posted on the blog from your home computer
9      other than for you?
10         A.   Not that I am aware of.        12:43:44
11         Q.   And the same thing about the Ocean
12     Beach Police Department computer, you posted
13     there on the blog?
14         A.   I may have, yes.
15         Q.   Are you aware of anybody else     12:43:53
16     posting on the blog from the Ocean Beach
17     Police Department computer other than for
18     yourself?
19         A.   Not yet.
20         Q.   What do you mean by not yet?     12:44:02
21         A.   I am assuming I will find out.
22             MR. GOODSTADT:  I have nothing
23     further at this time.
24             MR. CONNOLLY:  You can ask one
25     more, his responses are based upon his     12:44:13

Page 678

Hesse

1
2      recollection of blog entries.
3              MR. GOODSTADT:  Okay.
4              MR. NOVIKOFF:  Its up to Andrew if
5      he wants to ask that question.         12:44:26
6              MR. GOODSTADT:  I am going to
7      leave his responses where they are and go
8      through what I need to on redirect if
9      necessary.
10             THE VIDEOGRAPHER:  The time is    12:44:38
11     12:46, we are off the record.
12             (Time noted 12:46 p.m.)
13             (Lunch recess taken.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 679

Hesse

1
2      A F T E R N O O N   S E S S I O N
3          (Time noted: 1:38 p.m.)
4      G E O R G E   H E S S E,   resumed and
5          testified as follows:
6      EXAMINATION BY (Cont'd.)
7      MR. NOVIKOFF:
8              THE VIDEOGRAPHER:  The time is
9      1:38, we are on the record.
10         Q.   Good afternoon, Mr. Hesse, how are  13:36:34
11     you?
12         A.   Good.
13         Q.   As you probably are aware I
14     represent all the Village defendants besides
15     you.  As you are probably aware I represent    13:36:43
16     all the Village defendants except you, you are
17     aware of that?
18         A.   Yes.
19         Q.   Have you and I ever had
20     discussions about the substance or the merits  13:37:00
21     or lack thereof of the action that brings us
22     here today?
23         A.   No.
24         Q.   Have we ever exchanged written
25     communications?                        13:37:08

49  (Pages 676 to 679)

Page 680

```
 1            Hesse
 2      A.  No.
 3      Q.  I am going to ask you a series of
 4  questions, I want to start off with asking you
 5  some questions about the blog, but since Mr.    13:37:19
 6  Goodstadt didn't ask you about any specific
 7  blog entries, I am not going to.  But let me
 8  just ask you a few questions about the blog.
 9        To the extent that you entered,
10  you made blog entries subsequent to the April  13:37:37
11  2nd meeting, and you understand what I am
12  talking about by the April 2nd meeting?
13      A.  Yes.
14      Q.  April 2, 2006?
15      A.  Yes.                13:37:51
16      Q.  Let me rephrase the question.
17        To the extent that you made blog
18  entries in the Schwartz Report subsequent to
19  April 2, 2006, were you doing that as part of
20  your official duties as Acting Chief of        13:38:03
21  Police?
22      A.  No.
23      Q.  With regard to any entries in the
24  Schwartz Report or any other blog concerning
25  Ocean Beach subsequent to April 2, 2006 were   13:38:14
```

Page 681

```
 1            Hesse
 2  you doing it in any capacity associated with
 3  your position as Acting Chief of Police?
 4        MR. GOODSTADT:  Objection.
 5      A.  No.                 13:38:25
 6      Q.  Did you advise Mayor Rogers while
 7  she was still mayor but subsequent to April 2,
 8  2006 that you were entering blog entries?
 9      A.  No.
10      Q.  Did you advise Trustee Loeffler    13:38:37
11  subsequent to April 2nd and while he was still
12  a trustee member that you were entering blog
13  entries on the Schwartz Report concerning
14  Ocean Beach issues?
15      A.  No.                 13:38:55
16      Q.  To your knowledge was anyone, to
17  your knowledge was any trustee ever aware
18  between April 2nd and the time that Mayor
19  Loeffler was -- withdrawn.
20        Between April 2nd and the time      13:39:12
21  that Mayor Loeffler was started as mayor in
22  the summer of 2006 are you aware of any
23  trustee that was aware that you were blogging
24  on the Schwartz Report concerning Ocean Beach?
25        MR. GOODSTADT:  Objection.          13:39:28
```

Page 682

```
 1            Hesse
 2      A.  I was not aware of anybody that
 3  would know, no.
 4      Q.  You certainly didn't tell anyone,
 5  did you?                     13:39:33
 6      A.  No.
 7      Q.  Well, since there is an objection
 8  let me rephrase the question.
 9        Did you tell any trustee between
10  April 2nd and the date that Mayor Loeffler    13:39:40
11  started as mayor that you were blogging on the
12  Schwartz Report concerning Ocean Beach?
13      A.  No.
14      Q.  Prior to receiving the -- prior to
15  being served with the complaint, the Federal   13:39:57
16  court complaint in this matter did you ever
17  advise mayor -- former Mayor Rogers that you
18  were blogging on the Schwartz Report
19  concerning Ocean Beach?
20      A.  No.                 13:40:10
21      Q.  Did you ever advise Mayor Loeffler
22  prior to serving -- getting served with the
23  summons and complaint in the action that you
24  were blogging on the Schwartz Report
25  concerning Ocean Beach?         13:40:26
```

Page 683

```
 1            Hesse
 2      A.  No.
 3      Q.  Did you advise any trustee member
 4  prior to the time that you served with
 5  the summons and complaint that you were        13:40:31
 6  blogging on the Schwartz Report concerning
 7  Ocean Beach?
 8      A.  No.
 9      Q.  Let's look at the exhibit that Mr.
10  Goodstadt showed you, Exhibit 28, Deposition   13:41:09
11  Exhibit 28, CCSO 147 through CCSO 150.
12  Specifically let's look at 149 and 150?
13      A.  Yes.
14      Q.  Did you draft this document?
15      A.  No.                 13:41:34
16      Q.  Prior to today have you seen this
17  document?
18      A.  No.
19      Q.  So let's be more specific, the
20  line:  Rate the applicant in the following     13:41:44
21  areas.  You didn't draw that line; right?
22      A.  No.
23      Q.  Now, Mr. Goodstadt asked you a
24  question as to when you did this, when you
25  spoke -- when you spoke to the investigator,   13:42:02
```

Page 684

Hesse

1
2   when you filled out whatever form you
3   indicated that you filled out.  Do you recall
4   those questions?
5       A.  Yes.                          13:42:09
6       Q.  Now, the date of this document,
7   150, is 9/15/2006.  Would you agree with me
8   that given the fact that the Federal lawsuit
9   was not filed until March 2007, that you had
10  your conversation with Collier County prior to  13:42:30
11  the filing of the Federal lawsuit?
12      A.  Yes.
13      Q.  And if I represented to you that
14  the date of the notice of claim was on or
15  about June 30, 2006, would you agree with me  13:42:43
16  that based upon that representation you would
17  have had a conversation with Collier County
18  after becoming aware of the notice of claim?
19      A.  Yes.
20      Q.  In fact the notice of claim was in  13:42:56
21  part a claim that the five plaintiffs were
22  unlawfully terminated; correct?
23          MR. GOODSTADT:  Objection.
24      A.  Yes.
25      Q.  What was your -- what is your    13:43:04

Page 685

Hesse

1
2   knowledge as you sit here today as to what
3   claims if any any of the plaintiffs were
4   making in their respective notice of claims?
5       A.  It was my belief that it was for  13:43:14
6   some kind of illegal termination of sorts, and
7   then many other accusations that just didn't
8   make sense.
9       Q.  A notice of claim is filed with
10  the village; correct?                 13:43:36
11      A.  Yes.
12      Q.  And a notice of claim is filed
13  specifically with the clerk of the village; is
14  that correct?
15          MR. GOODSTADT:  Objection.    13:43:43
16      A.  Yes.
17      Q.  To your knowledge is a notice of
18  claim a document that an individual could file
19  a FOIA request to ascertain?
20          MR. GOODSTADT:  Objection.    13:43:56
21          MR. CONNOLLY:  Objection.
22      A.  You know, I believe they can.
23      Q.  Are you aware of any law that
24  requires a notice of claim be kept
25  confidential and hidden from the public?  13:44:08

Page 686

Hesse

1
2       A.  Not that I am aware of.
3          MR. GOODSTADT:  Objection.
4       Q.  Now, let's look at page 150?
5       A.  Uh-hum.                      13:44:40
6       Q.  Whoever wrote this document states
7   under the line:  Please provide any additional
8   information that you feel is important.
9          And they write as follows:  Deputy
10  Chief Hesse states quote, his Police    13:44:52
11  Department is being sued by the applicant for
12  quote wrongful (job) termination close quote.
13          Do you see that?
14      A.  Yes.
15      Q.  Did you state to whomever you    13:45:07
16  spoke to at Collier County that the Police
17  Department was being sued?
18      A.  Yes.
19      Q.  Did you state to the investigator
20  or whomever you spoke to at Collier County  13:45:17
21  that Mr. Nofi was suing the department for
22  wrongful termination?
23      A.  Yes.
24      Q.  Whoever wrote this document then
25  goes on to say:  Chief Hesse states that he  13:45:28

Page 687

Hesse

1
2   cannot comment on the applicant's reason he
3   was let go or his job history at the PD due to
4   the ongoing lawsuit.
5          Do you see that?             13:45:40
6       A.  Yes.
7       Q.  Now, did you tell whomever you
8   spoke to at Collier County that you can't
9   comment on the applicant's reasons as to why
10  he was let go?                       13:45:51
11      A.  Yes.
12      Q.  Did you tell whomever you spoke to
13  at Collier County that you can't comment on
14  the applicant's job history at the Police
15  Department?                          13:46:00
16      A.  Yes.
17      Q.  And did you tell whomever you
18  spoke to at Collier County that you could not
19  discuss the reasons Mr. Nofi was let go or his
20  job history due to the ongoing lawsuit?  13:46:12
21      A.  Yes.
22      Q.  Now, did you speak with any lawyer
23  prior to giving this information to Collier
24  County as to what you could say with regard to
25  a reference request?                 13:46:28

Page 688

```
 1                    Hesse
 2        A.   No.
 3        Q.   Did you speak with Mayor Loeffler?
 4        A.   No.
 5        Q.   Did you speak with former Mayor     13:46:33
 6   Rogers?
 7        A.   No.
 8        Q.   Did you speak with any trustee?
 9        A.   No.
10        Q.   Now, you indicated in response to  13:46:38
11   Mr. Goodstadt's question that in your opinion
12   you gave neutral references; is that correct?
13        A.   Uh-hum.
14             MR. GOODSTADT:  Objection.  His
15        testimony is what it is.          13:46:50
16             MR. NOVIKOFF:  Okay.
17        Q.   Let me state this.  In your
18   opinion the references that you gave with
19   regard -- putting aside Mr. Carter for the
20   time being, the references that you gave with  13:46:59
21   regard to the other four plaintiffs, to the
22   extent that you gave any references -- you
23   know, withdrawn, reference is a bad word.
24             To the extent that you had any
25   communications with regard to any prospective  13:47:11
```

Page 689

```
 1                    Hesse
 2   employers of the plaintiffs with the exception
 3   of Mr. Carter, would you characterize your
 4   comments as being neutral?
 5             MR. GOODSTADT:  Objection.     13:47:22
 6        A.   Yes.
 7        Q.   Sir, if in fact you wanted to give
 8   a negative reference with regard to for
 9   example to Frank Fiorillo, what would you have
10   said to a prospective employer?          13:47:31
11             MR. GOODSTADT:  Objection.
12        A.   I would have said that he was
13   insubordinate and I would have gave him -- I
14   probably would have given him an example or
15   two.                           13:47:44
16        Q.   The same thing with regard to Mr.
17   Nofi, if you were to give a negative reference
18   with regard to Mr. Nofi what would you have
19   said?
20             MR. GOODSTADT:  Objection.     13:47:55
21        A.   I would have said that, like I
22   stated earlier, he had poor work performance,
23   poor appearance and so on, along those lines.
24        Q.   Let's stay with Mr. Nofi for a
25   minute.  To the extent and I don't recall your  13:48:09
```

Page 690

```
 1                    Hesse
 2   testimony, I am not going to try to repeat it
 3   here, to the extent that you gave any
 4   references at all with regard to Mr. Nofi
 5   subsequent to April 2, 2006, did you give that  13:48:19
 6   type of a negative reference?
 7        A.   No.
 8             MR. CONNOLLY:  Objection.
 9        Q.   Did you give any type of negative
10   reference?                       13:48:31
11        A.   No.
12        Q.   Same question with regard to Mr.
13   Fiorillo?
14             MR. GOODSTADT:  Objection.
15        A.   No.                   13:48:37
16        Q.   With regard to Mr. Snyder, to the
17   extent that you gave any, made any
18   communications with any prospective employers
19   of Mr. Snyder after April 2, 2006, if you were
20   going to give a negative reference what would  13:48:51
21   you have said?
22             MR. GOODSTADT:  Objection.
23        A.   I would have said that he had
24   somewhat of a poor attitude.  His work
25   performance was slipping.  That tours that he  13:49:01
```

Page 691

```
 1                    Hesse
 2   was scheduled for he was not showing up for.
 3        Q.   Did you give that type of -- did
 4   you communicate those opinions to any
 5   prospective employer to the best of your      13:49:13
 6   recollection?
 7        A.   No.
 8        Q.   How about with regard to Mr. Lamm,
 9   to the extent that you had any communications
10   with a prospective employer after April 2,    13:49:21
11   2006 and you were inclined to give a negative
12   reference, what would that negative have been?
13             MR. GOODSTADT:  Objection.
14        A.   I would have said that he had a
15   poor attitude, shows no discretion, generally  13:49:36
16   angry, and insubordinate.
17        Q.   Did you make -- did you
18   communicate those opinions to any prospective
19   employer that you were aware of?
20        A.   No.                   13:49:54
21        Q.   So let's go back to what Mr.
22   Goodstadt brought out from you during his
23   testimony.  You acknowledged, and correct me
24   if I am wrong, that at least that on those
25   tapes -- withdrawn.                13:50:06
```

52 (Pages 688 to 691)

Page 692

Hesse

1
2           You acknowledged on those tapes
3    that Mr. Goodstadt played for you, for us in
4    the morning, that you did make statements
5    concerning Lamm, Fiorillo and Nofi's law        13:50:17
6    enforcement careers; correct?
7        A.   Yes.
8        Q.   And in fact in sum or substance
9    you had said to whoever you were speaking to
10   that those -- that their law enforcement        13:50:31
11   careers were over; is that correct?
12       A.   Yes.
13       Q.   What did you mean by that as you
14   heard it on the tape?
15           MR. GOODSTADT:  Objection.       13:50:40
16       A.   I was angry.
17           MR. CONNOLLY:  Objection.
18       Q.   I understand.
19       A.   I was angry at the things, at the
20   acquisitions that they were making.  But as      13:50:47
21   far as their law enforcement careers are over,
22   they are just going to remain where they are
23   and that is what I hoped.  And really that was
24   it.  There was no threats made.  I didn't do
25   anything that would hurt them.  I never said     13:51:00

Page 693

Hesse

1
2    anything about them to any prospective
3    employer.  So, you know, I was just angry at
4    that moment.
5           MR. GOODSTADT:  Do we have an       13:51:12
6    agreement that I don't have to move to
7    strike anything?
8           MR. NOVIKOFF:  Yes, until such
9    time as you need to.
10          MR. GOODSTADT:  Well it is        13:51:21
11   preserved.  I don't have to do it today.
12          MR. NOVIKOFF:  Yes.
13       Q.   To the extent Mr. Goodstadt
14   believes that you were threatening to do
15   something in those tapes with regard to their   13:51:31
16   law enforcement careers, did you take any
17   action in furtherance of that?
18          MR. CONNOLLY:  Objection.
19          MR. GOODSTADT:  Objection.
20       A.   No.                           13:51:43
21       Q.   Was it your intent on those tapes
22   to communicate that you were going to
23   affirmatively take any action to harm their
24   careers?
25       A.   No.                           13:51:55

Page 694

Hesse

1
2        Q.   Now, Mr. Goodstadt inquired with
3    you with regard to various eyewitness
4    statements that had been filed with the
5    village concerning the Halloween incident, do   13:52:42
6    you recall that?
7        A.   Yes.
8        Q.   I think he said, he asked you did
9    you think it was strange that no one who put
10   in an eyewitness statement made reference to a   13:52:53
11   pool cue; correct?
12       A.   Yes.
13       Q.   I don't recall what your answer is
14   and frankly for purposes of my question I
15   don't care what your answer was.  Let's look    13:53:03
16   at the Exhibit 14?
17          MR. GOODSTADT:  Which is Exhibit
18   14?
19       Q.   This is the memo from Steve Jaeger
20   to Ed Paradiso?                         13:53:34
21          MR. CONNOLLY:  You are going to
22   have to give him a copy.
23          MR. NOVIKOFF:  I thought the
24   reporter would have brought it.  So we
25   are continuing.                        13:53:54

Page 695

Hesse

1
2           MR. GOODSTADT:  I don't know.
3           MR. NOVIKOFF:  Do you have a clean
4    copy?
5           MR. CONNOLLY:  It has my        13:54:02
6    handwriting on it.
7           MR. NOVIKOFF:  It says Exhibit 14.
8    Can you show Mr. Goodstadt, I just --
9           MR. GOODSTADT:  That is fine.
10       Q.   I am going to show you what I       13:54:17
11   represent to be marked as Exhibit 14, I will
12   note for the record that Mr. -- your counsel's
13   handwriting is on the bottom of that page
14   indicating that it is Exhibit 14.
15          Now, would you characterize this   13:54:29
16   as an eyewitness statement, or would you
17   characterize this as a complaint to the chief
18   concerning an action taken against Gary
19   Bosetti by the chief?
20       A.   I took it as a complaint filed to  13:54:43
21   the chief about the actions that the chief
22   took against Gary Bosetti.
23       Q.   Does Mr. Jaeger in this letter
24   indicate at all that he was a witness to the
25   entirety of the altercation involving those    13:54:56

Page 696

1            **Hesse**
2 three individuals and Mr. Gary Bosetti?
3         MR. GOODSTADT:  Objection.
4     A.  No.
5     Q.  Does he indicate anywhere in this  13:55:04
6 letter that he was an eyewitness to anything
7 involving Gary Bosetti fighting these -- any
8 individual?
9         MR. GOODSTADT:  Objection.
10    A.  No.                          13:55:15
11    Q.  Now let's look at Exhibit 16?
12        MR. CONNOLLY:  Which we are going
13 to have the same problem.
14        MR. NOVIKOFF:  Yes.
15    Q.  It is the Doug Wyckoff, 3165 and   13:55:35
16 3166.
17        MR. GOODSTADT:  Looks good to me.
18    Q.  I am going to ask you to read,
19 same representation that what I am showing you
20 is 3165 and 3166.  I represent that it was   13:56:04
21 marked as Exhibit 16 at your deposition
22 earlier and your counsel is handing you a copy
23 of his.
24        MR. CONNOLLY:  Which again notes
25    that it is Exhibit 16 in my handwriting?  13:56:15

Page 697

1            Hesse
2     Q.  Now I am just going to ask you to
3 read Mr. Wyckoff's statement to yourself, on
4 the front and then it continues on the back.
5 Then I am going to ask you a series of        13:56:24
6 questions about that.
7     A.  Okay.
8     Q.  Did Mr. Wyckoff indicate in his
9 statement that he was a witness from the
10 entire altercation involving Gary Bosetti from  13:57:22
11 the moment it started to the moment it ended?
12        MR. GOODSTADT:  Objection.
13    A.  With Gary himself -- not entirely,
14 no.
15    Q.  In fact am I correct in my reading  13:57:34
16 of this that at some point in time Mr. Wyckoff
17 said that being that he was a bouncer for many
18 years he went and grabbed one of the alleged
19 victims and forced him out the front door;
20 yes?                              13:57:52
21    A.  Yes.
22    Q.  So I am correct in reading, that
23 is what I read?
24    A.  Yes.
25        MR. GOODSTADT:  Objection.        13:57:59

Page 698

1            Hesse
2     Q.  Would you agree then that had he
3 been taking one of the individuals out the
4 front door while the altercation was still
5 going on involving Gary Bosetti that he might   13:58:07
6 not have seen Mr. Bosetti using a pool cue?
7         MR. GOODSTADT:  Objection.
8     A.  Yes.
9     Q.  Did Mr. Bosetti ever deny ever
10 using a pool cue?                    13:58:21
11    A.  No.
12    Q.  And in fact if I recall correctly
13 in his witness statement he acknowledged
14 specifically that he hit Mr. Schalik, or he
15 hit somebody with a pool cue; right?      13:58:28
16    A.  Yes.
17    Q.  Now, let's look at Exhibit 15, and
18 if Mr. Connolly doesn't mind I would like to
19 have him show to the extent that there is no
20 extraneous handwriting other than the exhibit  13:58:44
21 number.
22        Again I represent that Exhibit 15,
23 what I am handing you is document 3181 through
24 3182?
25    A.  Correct.                    13:59:04

Page 699

1            Hesse
2     Q.  And it was marked as Exhibit 15 by
3 Mr. Goodstadt when he was questioning you.  I
4 am going to ask you to read this one and then
5 tell me when you are done?              13:59:15
6     A.  Okay.
7         MR. CONNOLLY:  Just let me see it
8 for a second.  Okay.
9     Q.  Now, I have showed you Exhibit 15,
10 and whose signature -- whose eyewitness      14:01:20
11 statement is that; that is Jeannie Jaeger; is
12 that correct?
13    A.  Yes.
14    Q.  Does Ms. Jaeger in this eyewitness
15 statement or this statement indicate that at   14:01:29
16 some point in time she went into the woman's
17 bathroom after the altercation began?
18        MR. GOODSTADT:  Objection.
19    A.  Yes.
20    Q.  Why don't you tell the court what  14:01:41
21 Ms. Jaeger is saying with regard to when she
22 went back into the bathroom?
23    A.  You want me to read it?
24    Q.  Yes, please.
25        MR. GOODSTADT:  Objection.      14:01:50

54 (Pages 696 to 699)

Page 700

Hesse

1
2     A.    "The man then lunged towards Gary
3  and fell into the corner with the parking
4  meter, taking the girl dressed as a cop with
5  him.  They were both down and not moving when  14:02:08
6  I grabbed Elyse and ducked into the ladies
7  room."
8     Q.    Would you agree with me that if
9  Ms. Jaeger was in the ladies room at the time
10  that Mr. Bosetti had used the pool cue and the  14:02:23
11  bathroom door was closed, she could not have
12  seen Mr. Bosetti use the pool cue?
13        MR. GOODSTADT:  Objection.
14     A.  Yes.
15     Q.    Would you agree with me that if    14:02:33
16  she put in this statement that she put, that
17  she saw Mr. Bosetti use a pool cue when in
18  fact she didn't, she would be committing a
19  perjurious act?
20     A.  Yes, she would be lying, yes.    14:02:45
21        MR. GOODSTADT:  Objection.
22     Q.    Does it seem strange to you that
23  based upon the fact that Ms. Jaeger went into
24  the ladies room at some point in time during
25  the altercation and she didn't put down in her  14:03:01

Page 701

Hesse

1
2  statement that she saw Mr. Bosetti use a pool
3  cue?
4     A.  No, I don't find it strange.
5     Q.    The same thing with Mr. Wyckoff,    14:03:12
6  given the fact that Mr. Wyckoff indicated that
7  at some point in time in the statement he took
8  one of the alleged victims and forced him out
9  of the bar, does it seem strange to you that
10  Mr. Wyckoff didn't see Mr. Bosetti use a pool  14:03:27
11  cue?
12     A.  No, I don't find it strange.
13     Q.    In fact if Mr. Wyckoff said he saw
14  Mr. Bosetti use a pool cue when in fact he
15  didn't, Mr. Wyckoff would be committing a    14:03:39
16  perjurious act; is that correct?
17     A.  Yes, he would be lying.
18     Q.    Let's look at Mr. Steven Jaeger.
19  Now if Mr. Steve Jaeger indicated in his
20  letter of complaint to Chief Paradiso that he  14:03:51
21  knew that Gary Bosetti used a pool cue when in
22  fact he never was an eyewitness to that, he
23  would be lying as well?
24     A.  Correct.
25     Q.    So to the extent that Mr.    14:04:06

Page 702

Hesse

1
2  Goodstadt showed you this letter of complaint
3  as a purported eyewitness statement, does it
4  seem strange to you now -- does it seem
5  strange to you that Mr. Budd Jaeger made no    14:04:18
6  reference to Gary Bosetti using a pool cue?
7        MR. GOODSTADT:  Objection.
8     A.  No.  At this time, no.
9     Q.    Let's look at Exhibit 19, and this
10  one I think he showed you today?    14:04:41
11     A.  Yes, it is somewhere in here.
12     Q.    Now, Exhibit 19 is a statement of
13  Elyse Miller; is that correct?
14     A.  Yes.
15     Q.    At least it purports to be a    14:04:57
16  statement of Elyse Miller?
17     A.  Yes.
18     Q.    Mr. Goodstadt asked you a series
19  of questions about that, do you recall?
20     A.  Yes.    14:05:03
21     Q.    Let's go to the third page of this
22  document, 3171?
23     A.  Okay.
24     Q.    Actually it starts, the part I
25  want to focus on starts on 3170?    14:05:17

Page 703

Hesse

1
2     A.  Yes.
3     Q.    I am going to read it into the
4  record:  "At that point the guy in the orange
5  jump suit reached for Jean's throat, he was    14:05:28
6  going to choke her.  Jean was trapped.  The
7  wall to the men's room was behind her and
8  there was no place to move in that little
9  bathroom waiting area.  I started to grab for
10  his wrist trying to get him off, but    14:05:45
11  thankfully Gary appeared and pushed him to the
12  ground and away from Jean.  The guy fell down
13  bringing Gary and the girl with him.  Suddenly
14  another guy appeared, I believe he had on a
15  gray shirt.  Gary told the guy that he was a    14:06:01
16  cop, telling him to step back, get out of the
17  way and to stay out of it.  But the guy said
18  he didn't care who Gary was and he went to
19  kick Gary in the head.  Gary blocked the kick
20  and Jean and I were pushed further back in the  14:06:16
21  tight space now trapped.  Jean pulled me into
22  the ladies room for safety."
23        Do you see that?
24     A.  Yes.
25     Q.    Let's assume, I wasn't there, you  14:06:26

Page 704

Hesse

1
2 were not there, no one in this room was there.
3 The only people -- well, actually none of the
4 police officers were there.
5        Let's assume for the purpose of    14:06:35
6 this question that Gary Bosetti used the pool
7 cue while Elyse Miller was in the bathroom,
8 and let's assume that the door was closed.
9 Could Elyse Miller have seen Gary Bosetti use
10 the pool cue while she was in the bathroom    14:06:52
11 with the door closed?
12        MR. GOODSTADT: Objection.
13    A.  No.
14    Q.  Let's assume for the purpose of my
15 question that in fact Gary Bosetti used the    14:06:59
16 pool cue while Elyse Miller was in the
17 bathroom with the door closed.  Would it be
18 strange to you that Elyse Miller didn't put
19 down in her statement that Gary Bosetti had
20 used a pool cue?                14:07:13
21    A.  No.
22    Q.  In fact if Gary Bosetti had used
23 a pool cue -- I'm sorry, and in fact had Elyse
24 Miller put down in her statement that Gary
25 Bosetti had used a pool cue, when in fact she    14:07:22

Page 705

Hesse

1
2 didn't see him use a pool cue, that would have
3 been a perjurious statement; correct?
4    A.  Yes.  She would have been lying.
5        MR. GOODSTADT: You don't want to    14:07:34
6 discuss the part when she opens the door
7 and discusses the rest of it?
8        MR. NOVIKOFF: No.  You may.
9    Q.  Now let's look at Exhibit 20,
10 because you know these things happen in the    14:07:51
11 blink of an eye.
12        MR. GOODSTADT: Recollections are
13 sketchy, right, they become snapshots.
14        MR. NOVIKOFF: They do, especially
15 if there is alcohol involved.        14:08:02
16        MR. GOODSTADT: Read the statement
17 yourself.
18    Q.  You know what, before we get to
19 that, you are looking at an exhibit with one
20 of the alleged victims that Mr. Goodstadt    14:08:12
21 showed you; right?
22    A.  Yes.
23    Q.  What exhibit number was that?
24    A.  17.
25    Q.  Is there a picture there with a    14:08:17

Page 706

Hesse

1
2 neck brace on?
3    A.  Yes.
4    Q.  Is that standard procedure for a
5 victim that you believe have injuries when you  14:08:23
6 want to move them to put them in a neck brace?
7        MR. GOODSTADT: Objection.
8    A.  No.
9    Q.  Do you think he went to the bar
10 with a neck brace?                14:08:33
11    A.  No.
12    Q.  So at some point in time after he
13 left the bar that night somebody put him in a
14 neck brace?
15    A.  At some point, yes.        14:08:40
16    Q.  Do you know who did?
17    A.  I believe one of the EMTs did.
18    Q.  Let's go back to Exhibit 20, Ian
19 Levine, and read Mr. Levine's statement to
20 yourself and then tell me when you are done?    14:08:52
21    A.  I need a magnifying glass.
22        Okay.
23    Q.  Now, Mr. Levine makes no mention
24 of the fact that Gary Bosetti used a pool cue
25 at any time?                14:10:46

Page 707

Hesse

1
2    A.  No, he did not.
3    Q.  Did Mr. Levine indicate in this
4 thing that he saw the entirety of the
5 altercation involving Mr. Gary Bosetti?    14:10:52
6        MR. GOODSTADT: Objection.
7    A.  No.
8    Q.  In fact isn't it true that at
9 least in this statement Mr. Levine said at
10 some point in time after the altercation    14:11:06
11 started he used his cell phone to make a call
12 to the police?
13        MR. GOODSTADT: Objection.
14    A.  Yes, he did.
15        MR. NOVIKOFF: Leading?    14:11:15
16        MR. GOODSTADT: The document
17 speaks for itself.
18        MR. CONNOLLY: And going forward
19 so we don't have any talk overs and drive
20 the reporter crazy, wait a second or two  14:11:22
21 to allow for any objections.
22    Q.  So now hypothetically, sir, if Mr.
23 Levine took his eyes away from the altercation
24 while he went to get his cell phone, dial the
25 number for the police, talked to whomever he    14:11:37

Page 708

Hesse

1
2  talked to on the police, hang up the cell
3  phone and put the cell phone back wherever it
4  was, had he taken his eyes off the altercation
5  he may not have seen Mr. Bosetti use a pool    14:11:58
6  cue; correct?
7      A.  That is correct.
8          MR. GOODSTADT:  Objection.
9      Q.  Hypothetically?
10     A.  Yes.                    14:11:58
11     Q.  And you would agree with me then
12 that if Mr. Levine, had he not seen Gary
13 Bosetti use a pool cue, put in the statement
14 that he in fact did use a pool cue, that would
15 have been a perjurious statement?       14:12:10
16     A.  Yes.
17     Q.  Now based upon your review of Mr.
18 Levine's statement and the fact that he used a
19 cell phone to call the police at some point in
20 time after the altercation started, does it   14:12:21
21 seem strange that he didn't see Gary Bosetti
22 use a pool cue?
23     A.  No.
24     Q.  Now, a whole lot of questions
25 about a cover up involving the Halloween    14:12:36

Page 709

Hesse

1
2  incident.  Do you recall questions about that?
3      A.  Yes.
4      Q.  Have you read the complaint in
5  this matter?                    14:12:42
6      A.  Yes.
7      Q.  There is a whole lot of -- in fact
8  there is about 26 allegations I think about
9  you covering up or the Ocean Beach Police
10 Department covering up something with regard   14:12:53
11 to the Halloween incident; correct?
12     A.  Yes.
13     Q.  And you had rumors that some of
14 the plaintiffs here thought that there was a
15 cover up; correct?                14:13:01
16     A.  Yes.
17     Q.  Let me ask you these questions,
18 did you cover up anything involving the
19 Halloween incident?
20     A.  Absolutely not.          14:13:06
21     Q.  Did Chief Paradiso cover up
22 anything?
23     A.  Absolutely not.
24     Q.  To your knowledge did Mr. Cherry
25 cover up anything?                14:13:13

Page 710

Hesse

1
2      A.  Absolutely not.
3      Q.  To your knowledge did any trustee
4  member instruct you to cover up anything?
5      A.  No.             14:13:19
6      Q.  To your knowledge did Mayor Rogers
7  instruct you to cover up anything involving
8  the Halloween incident?
9      A.  No.
10     Q.  To your knowledge was the issue of  14:13:25
11 covering up anything involving the Halloween
12 incident ever mentioned between you and any
13 person higher in authority than you?
14     A.  No.
15         MR. GOODSTADT:  Objection.   14:13:44
16     Q.  Did the issue of -- withdrawn.
17         At some point in time there were
18 arrests made with regard to the Halloween
19 incident; is that correct?
20     A.  Yes.             14:13:57
21     Q.  Was Gary Bosetti arrested?
22     A.  No.
23     Q.  Who was arrested?
24     A.  Brian Van Koot and Christopher
25 Schalik.                    14:14:05

Page 711

Hesse

1
2      Q.  And what was Brian Van Koot
3  arrested for?
4      A.  Harassment on Jean Jaeger for
5  choking her, and assault third on Gary    14:14:11
6  Bosetti.
7      Q.  What was the -- who was the other
8  individual?
9      A.  Christopher Schalik.
10     Q.  So we have Van Koot and Schalik?   14:14:18
11     A.  Yes.
12     Q.  What was Mr. Schalik arrested for?
13     A.  Assault on Gary Bosetti.
14     Q.  Now, an arrest is a serious
15 matter; correct?                14:14:35
16         MR. GOODSTADT:  Objection.
17     A.  Yes.
18     Q.  Just could you tell I guess the
19 jury may one day, hopefully not, but maybe one
20 day see this videotape with your deposition,   14:14:43
21 could you tell the jury what takes place after
22 someone is arrested?
23         MR. CONNOLLY:  Objection.
24         MR. GOODSTADT:  Objection.
25     Q.  In terms of the process and the   14:14:58

Page 712

```
             Hesse
 1
 2   procedure?
 3       A.   There is a process.
 4       Q.   Okay.
 5       A.   Information that we have to get    14:15:01
 6   from the defendant, pedigree information, past
 7   arrest information.  There are fingerprints
 8   taken, pictures taken, and then subsequently
 9   charges are drawn up and then therefore they
10   are arraigned on those charges.          14:15:16
11       Q.   Who draws up the charges?
12       A.   We do.
13       Q.   When you say they are arraigned,
14   what do you mean?
15       A.   They go before the judge and plead  14:15:25
16   guilty or not guilty.
17       Q.   Does the Village of Ocean Beach
18   have their own type of District Attorney's
19   office?
20       A.   We have our own village court.   14:15:37
21       Q.   Okay.
22       A.   And we have district attorneys
23   appointed by the District Attorney's office of
24   Suffolk County to prosecute.
25       Q.   Now is it up to the -- based upon  14:15:46
```

Page 713

```
             Hesse
 1
 2   your experience at Ocean Beach -- is it up to
 3   the Suffolk County District Attorney
 4   Prosecutor's office to decide ultimately
 5   whether or not to prosecute someone who is    14:15:58
 6   arrested?
 7       A.   Yes.
 8       Q.   So if I understand correctly,
 9   merely because Van Koot and Schalik were
10   arrested didn't automatically mean that they   14:16:07
11   were going to be prosecuted by the District
12   Attorney's office?
13       A.   Well, we could back up a little
14   bit if I may.
15       Q.   Okay.  Answer that question --    14:16:16
16   answer the way you want.  If Mr. Goodstadt
17   objects or makes a motion to strike later on
18   we will don't with it.
19       A.   They were not arrested until I had
20   the approval of the District Attorney's      14:16:30
21   office.
22       Q.   That is interesting.  I never knew
23   that, so let me then ask you this question.
24           Prior to arresting Van Koot and
25   Schalik did you seek the approval from any law 14:16:42
```

Page 714

```
             Hesse
 1
 2   enforcement entity or District Attorney's
 3   office?
 4       A.   Yes.
 5           MR. BAPTISTE:  Objection.  General  14:16:51
 6   objection.
 7           MR. NOVIKOFF:  To form?
 8           MR. BAPTISTE:  Yes.
 9       Q.   Let me try to narrow it down a
10   little bit.  Prior to arresting Van Koot and   14:17:06
11   Schalik did you have any communications with
12   the Suffolk County District Attorney's office
13   concerning arresting either of these two
14   individuals?
15       A.   Yes.                     14:17:20
16       Q.   Can you describe for the jury and
17   the court what communications you had
18   concerning arresting Van Koot and Schalik
19   prior to actually arresting them?
20       A.   I told them what I had.  I said I  14:17:32
21   had a lot of documents I would like to fax
22   over for review to make sure that this is
23   going correctly.  I faxed them over.  I spoke
24   to -- it was not Beth Grosso who was appointed
25   to us -- Mallory Sullivan was the prosecutor I  14:17:52
```

Page 715

```
             Hesse
 1
 2   believe on this case, and I faxed everything
 3   to her, she read it over.  She said she needed
 4   to speak to her bureau chief which in turn she
 5   did.  She got back to me and she said the     14:18:08
 6   charges look good.  And then I filed the
 7   charges with the court.
 8       Q.   How long was the process between
 9   your first communication with Ms. Sullivan and
10   then her advising you as you just testified    14:18:21
11   that the charges looked good?
12       A.   Couple of days maybe.
13       Q.   You only had two conversations
14   with Mallory prior to arresting?
15       A.   That was it, yeah.          14:18:33
16       Q.   What did you fax over to her?
17       A.   The entire package.  It was all of
18   the plaintiff's statements.  Their reports, my
19   reports.  The charges that I was going to
20   draft up, the assault and harassment.  I      14:18:47
21   believe Officer Bosetti's statement, Rich
22   Bosetti's statements.  Basically every kit and
23   caboodle that you see her in front, all these
24   statements, I sent everything.
25       Q.   Did Ms. Sullivan ever advise you   14:19:05
```

Page 716

Hesse

1
2 that she thought any of the witness statements
3 were strange?
4     A.   No.
5     Q.   Did she ever question you as to     14:19:12
6 why no witness statement other than perhaps
7 the Bosetti's, Mr. Gary Bosetti's indicated --
8 didn't indicate a pool cue being used?
9     A.   Never asked.
10     Q.   Did she ever indicate to you that   14:19:30
11 she thought the charges were suspect?
12     A.   Not at all.
13     Q.   Did she ever indicate to you by
14 any words that she used that you all were
15 engaging in a cover up to protect Gary Bosetti 14:19:42
16 or Richie Bosetti?
17     A.   Absolutely not.
18     Q.   Has any district attorney involved
19 in the arrest and prosecution of Van Koot and
20 Schalik ever advised you that they thought   14:19:57
21 that there was a cover up?
22     A.   Never.
23     Q.   Now, this was October of 2004;
24 right?
25     A.   Yes.                  14:20:07

Page 717

Hesse

1
2     Q.   And we are now August of 2009, so
3 almost five years removed.  To your knowledge
4 have you ever been brought up on charges
5 concerning a cover up of the Halloween     14:20:17
6 incident?
7     A.   No.
8     Q.   Has anyone been brought up on
9 charges concerning the Halloween incident?
10     A.   No.                  14:20:26
11     Q.   To your knowledge has the village
12 been sued by Van Koot or Schalik concerning
13 the events surrounding that evening?
14     A.   No, they did not.
15     Q.   Are you aware if the District   14:20:34
16 Attorney is investigating you or the Ocean
17 Beach Police Department with regard to a cover
18 up of the Halloween incident?
19     A.   Am I aware of an investigation?
20     Q.   Yes.                14:20:43
21     A.   I believe there is an
22 investigation done.
23     Q.   You believe that that
24 investigation has concluded?
25         MR. GOODSTADT:  Objection.    14:20:49

Page 718

Hesse

1
2     A.   I don't know.
3     Q.   But this is now five years ago;
4 correct?
5     A.   This was five years ago, yes.   14:20:55
6     Q.   What is the basis for your belief
7 that the Suffolk County District Attorney's
8 office was investigating an alleged cover up?
9     A.   Just from the plaintiff's comments
10 in their depositions, that they turned all   14:21:08
11 their stuff over to file a complaint that
12 there was a cover up.
13     Q.   So other than what you saw in the
14 depositions and what you read in the
15 depositions are you aware from any other   14:21:18
16 source that the District Attorney is
17 investigating the alleged cover up of anything
18 involving the Halloween incident?
19     A.   No.
20     Q.   So what happened after        14:21:33
21 Ms. Sullivan gave you the green light to
22 arrest Schalik and Van Koot?
23     A.   I took all the paperwork, I filed
24 it with the court.  The three -- I think it
25 was three court informations.  One harassment, 14:21:47

Page 719

Hesse

1
2 one assault for Van Koot, one assault for
3 Schalik.  I filed it with the court clerk.
4 She subsequently issued criminal summonses for
5 their appearance signed by the judge, and they 14:22:00
6 turned themselves in.
7     Q.   So if I understand your testimony
8 correctly, the judge had to sign off on the
9 criminal summonses; right?
10     A.   Yes.                14:22:13
11     Q.   And presumably if the judge didn't
12 think that there was enough good cause he or
13 she would not have signed the summonses?
14         MR. GOODSTADT:  Objection.
15     A.   I would suspect, yeah.       14:22:20
16     Q.   You would suspect yes?
17     A.   Yes.
18     Q.   So now we have before the arrest
19 were made and correct me if I am wrong, the
20 DA -- you had done your investigation?    14:22:31
21     A.   Yes.
22     Q.   The DA had looked at whatever you
23 sent them?
24     A.   Yes.
25     Q.   And they gave you the green light? 14:22:39

Page 720

**Hesse**

1
2      A.   Yes.
3      Q.   **And the judge gave you the green**
4  **light?**
5      A.   Yes.                          14:22:43
6      Q.   **What happened after the judge gave**
7  **you the green light?**
8      A.   They came into court I believe in
9  December sometime, and they were arraigned and
10  they showed with an attorney.  And from that   14:22:54
11  point on they plea bargained and end of story.
12  They pled guilty, they allocuted and --
13      Q.   **Let's break it down.**
14           **Did you arrest them after the**
15  **judge gave you the green light?**          14:23:15
16      A.   No.  After -- when they turned
17  themselves in and they were arraigned they
18  were remanded to police custody for pedigree
19  information, arrest paperwork and
20  fingerprints, pictures.                     14:23:29
21      Q.   **So if I understand the sequence of**
22  **events, after the judge gave you a green light**
23  **there was some type of communication made with**
24  **them that they were in fact charged with**
25  **certain crimes and they were offered an**   14:23:40

Page 721

**Hesse**

1
2  **opportunity to come present themselves to the**
3  **court, and they did?**
4      A.   Which they did, yes.
5      Q.   **So no officer went to their house**   14:23:50
6  **to arrest them?**
7      A.   No.
8      Q.   **No one put them in handcuffs and**
9  **took them in a boat back to Ocean Beach;**
10  **right?**                                  14:23:59
11      A.   No.
12      Q.   **And so they came into court, they**
13  **were arraigned.  How were they arraigned, were**
14  **you there?**
15      A.   Yes.                           14:24:07
16      Q.   **Describe for the court what took**
17  **place?**
18      A.   Its funny because that year for
19  whatever reason the courtroom was shut down,
20  we had to use the village office which was    14:24:17
21  close to do the public except for court
22  purposes.  We set up a table, the judge sat
23  behind the table.  They stood before the judge
24  and they pled guilty.
25      Q.   **So the charges were read against**   14:24:32

Page 722

**Hesse**

1
2  **them?**
3      A.   Yes.
4      Q.   **Who read the charges against them?**
5      A.   The judge.                      14:24:37
6      Q.   **And they were represented by**
7  **counsel?**
8      A.   By counsel, yes.
9      Q.   **By one or two counsel?**
10      A.   I believe at that time it was two.  14:24:43
11      Q.   **So each one of them had their own**
12  **counsel?**
13      A.   Yes.
14      Q.   **The charges were read against them**
15  **and they pled not guilty?**              14:24:50
16      A.   Correct.
17      Q.   **When did that take place?**
18      A.   I believe in December.  I don't
19  know the exact date.
20      Q.   **You indicated in a prior answer**   14:24:58
21  **that they took a plea at some point in time**
22  **thereafter?**
23      A.   Yes.
24      Q.   **When did they take the plea?**
25      A.   I don't know.                   14:25:08

Page 723

Hesse

1
2      Q.   **Weeks later, months later?**
3      A.   It was probably a month or two.
4  It could have been longer.
5      Q.   **Had you had any communication with**  14:25:17
6  **the District Attorney's office between the**
7  **time of the arraignment and the time of the**
8  **plea?**
9      A.   No.
10      Q.   **Were you aware at all that there**   14:25:24
11  **were plea discussions going on?**
12      A.   I was aware, but I didn't know
13  what they were.
14      Q.   **How were you aware?**
15      A.   I know because they had to make    14:25:31
16  motions for discovery and everything else.  So
17  I know they were communicating back and forth,
18  but other than an actual plea deal, I don't
19  know if I knew so until towards the end.
20      Q.   **To your knowledge the defendant's**   14:25:44
21  **counsel made motions to get discovery?**
22      A.   Sure.
23      Q.   **What was your involvement?**
24      A.   At this point?
25      Q.   **How did you learn that they made**   14:25:52

Page 724

```
1              Hesse
2    motions for discovery?
3        A.  I was in court when they made the
4    motions.  They were speaking to the judge and
5    working out what they needed to do.      14:26:01
6        Q.  Pursuant to that motion did the
7    village -- or did the District Attorney to
8    your knowledge produce any discovery?
9        A.  Yes.
10       Q.  Do you know what the District      14:26:09
11   Attorney produced?
12       A.  I believe all these documents that
13   are sitting in front of us too.
14       Q.  So at least to your knowledge now
15   the District Attorney had an opportunity to   14:26:17
16   look at the witness statements and everything
17   else that was in the file, and Van Koot and
18   Schalik's attorneys had the opportunity to
19   look at those same documents; right?
20       A.  Yes.                      14:26:30
21       Q.  Were you notified before the plea
22   was taken that there was going to be a plea?
23       A.  I don't recall whether I was
24   notified or not.
25       Q.  How did you learn that there was a  14:26:44
```

Page 725

```
1              Hesse
2    plea taken?
3        A.  I remember sitting in court and
4    listening to the plea and the allocution?
5        Q.  What did Van Koot to the best of   14:26:54
6    your recollection plea to?
7        A.  You know what, I don't know.
8    Disorderly conduct maybe.
9        Q.  Do you know what he allocuted to?
10       A.  He did admit to choking Jean      14:27:08
11   Jaeger.  He did admit to holding Gary Bosetti
12   while Chris Schalik kicked him in the face.
13       Q.  And what did Chris Schalik plea to
14   to the best of your recollection?
15       A.  Probably the same type of         14:27:26
16   disorderly conduct.
17       Q.  What did to the best of your
18   recollection Chris Schalik allocute to?
19       A.  He stated that he did kick Police
20   Officer Gary Bosetti, or attempted to kick him  14:27:37
21   in the face.
22       Q.  Now did these witnesses to your
23   recollection advise Officer Lamm that evening
24   that Schalik had in fact kicked Bosetti in the
25   face while Van Koot had him on the ground?    14:27:56
```

Page 726

```
1              Hesse
2        A.  Did Christopher Schalik advise him
3    that he did --
4        Q.  According to any statement that
5    Lamm provided you did he ever indicate in that  14:28:05
6    statement that Schalik admitted to kicking
7    Bosetti in the face while Van Koot had him on
8    the ground?
9        A.  No.
10       Q.  In any statement that you saw Lamm  14:28:17
11   provide you during the course of the
12   investigation or even from that evening did he
13   ever advise in that statement that Van Koot
14   admitted to holding Bosetti down while Schalik
15   kicked him in the face?               14:28:30
16       A.  No.
17       Q.  How about with regard to Snyder,
18   in any statement that Snyder presented to you
19   with regard to the Halloween incident did he
20   ever make reference in there to Van Koot       14:28:39
21   acknowledging that he held Bosetti down while
22   Schalik kicked him?
23       A.  No.
24       Q.  Did he ever acknowledge in that
25   statement that Schalik admitted to kicking     14:28:48
```

Page 727

```
1              Hesse
2    Bosetti while Van Koot held him down?
3        A.  No.
4        Q.  Same question with regard to Nofi.
5    In any statement that Nofi ever -- Snyder,     14:28:58
6    excuse me.
7        A.  Nofi was not there.
8        Q.  With regard to Snyder -- excuse
9    me, Fiorillo.  With regard to Fiorillo, in any
10   statement that Fiorillo provided you did he     14:29:12
11   ever state in there that Van Koot acknowledged
12   that he held Bosetti down while Schalik kicked
13   him?
14       A.  No.
15       Q.  Same question now, did Fiorillo     14:29:27
16   ever acknowledge -- did Fiorillo ever state in
17   any statement that he gave you or any report
18   that he gave you that Schalik admitted to
19   kicking Gary Bosetti while he was being held
20   down by Van Koot?                   14:29:42
21       A.  No.
22       Q.  So would you agree with me that
23   assuming that Van Koot and Schalik truthfully
24   allocuted to the events that took place that
25   evening, that they had lied to the officers    14:29:56
```

Page 728

Hesse

2 that evening?
3      MR. GOODSTADT: Objection.
4      A.   Yes.
5      Q.   How would you describe, I am going   14:30:07
6 to go officer by officer now, and I am only
7 referring specifically to the hours
8 immediately after the incident took place. So
9 from the time that the officers were called to
10 go to Hauser's to the time that Chief Paradiso   14:30:28
11 came into the station that morning, how would
12 you describe Fiorillo's investigation of the
13 events that took place?
14      MR. GOODSTADT: Objection.
15      MR. CONNOLLY: Objection.          14:30:43
16      Q.   You can answer.
17      A.   I just believe it was poorly done.
18      Q.   With regard to Fiorillo now why do
19 you believe it was poorly done?
20      A.   I just -- I don't believe that he   14:30:56
21 was aggressive enough to talk to the people he
22 thought were the complainant. I don't think
23 that he was aggressive enough to go into the
24 bar and just get names and phone numbers. You
25 know, where is the pool cue; nobody gathered   14:31:24

Page 729

Hesse

2 evidence. No names, no phone numbers, they
3 didn't secure the premise, they could have
4 shut the doors, turn the lights on, turn the
5 music on. I think there was just a lot of bad   14:31:35
6 decisions made throughout the course of the
7 entire incident.
8      Q.   Now, how about Snyder -- well,
9 when I asked you about Fiorillo, do you
10 include Snyder and Lamm into that description   14:31:46
11 as well, or I could just ask you the questions
12 one by one if you want?
13      A.   Yes, I do.
14      Q.   So when you say you thought that
15 there were bad decisions made you are          14:31:55
16 referring to Fiorillo, Lamm and Snyder?
17      A.   Yes.
18      Q.   I'm going to try to do this
19 without boring everyone to death and going
20 line by line through the complaint for the   14:32:36
21 sake of expediency. Did any of the plaintiffs
22 ever complain to you about having to drive you
23 to anyplace in Ocean Beach for something
24 unrelated to official duties?
25      A.   No.                          14:33:00

Page 730

Hesse

2      MR. CONNOLLY: Objection.
3      Q.   Did the plaintiffs ever drive you
4 anywhere in Ocean Beach for duties unrelated
5 to you being a police officer?          14:33:06
6      A.   No.
7      Q.   Did any of the plaintiffs ever
8 drive you to anyplace off the beach for
9 reasons unrelated to official police duty?
10      A.   No.                          14:33:22
11      MR. GOODSTADT: When you say off
12 the beach you are referring to outside of
13 Ocean Beach or off of Fire Island?
14      MR. NOVIKOFF: No, outside of
15 Ocean Beach which would include outside   14:33:28
16 of Fire Island as well, but it would also
17 include other towns on Fire Island.
18      A.   Never.
19      Q.   Did any of the plaintiffs ever
20 complain to you that any decision you made   14:33:39
21 created a public safety issue?
22      MR. GOODSTADT: Objection.
23      A.   Never.
24      Q.   Okay. Did any of the plaintiffs
25 ever complain to you that they witnessed any   14:33:59

Page 731

Hesse

2 officers drinking in bars while in uniform?
3      A.   No.
4      Q.   Did any of the plaintiffs ever
5 complain to you with regard to their          14:34:11
6 eyewitnessing any officers drinking in the
7 bars when off duty?
8      A.   Not a complaint, but I knew.
9      Q.   All I care about is what the
10 plaintiffs said to you.                   14:34:27
11      A.   There was never a complaint.
12      Q.   That is what I am asking. So
13 let's break it down a little bit and go back
14 so the record is clear. Did any of the
15 plaintiffs ever complain to you about any   14:34:35
16 officers while off duty drinking in bars in
17 Ocean Beach?
18      A.   No complaints.
19      Q.   Did any of the plaintiffs ever
20 complain to you about the subject of you   14:34:57
21 selectively enforcing the laws?
22      A.   No.
23      Q.   Did any of the plaintiffs ever
24 complain to you about treating them
25 differently than any other police officer?   14:35:14

Page 732

|  | Hesse |
|---|---|
| 1 |  |
| 2 | A.   No. |
| 3 | Q.   Do you recall any complaints that |
| 4 | Mr. Fiorillo ever made to you concerning |
| 5 | anything involving the conduct of any police   14:35:33 |
| 6 | officer including him at Ocean Beach other |
| 7 | than him complaining to you about washing the |
| 8 | windows? |
| 9 | A.   No. |
| 10 | Q.   Were there any other examples of   14:35:39 |
| 11 | insubordination that you can think of with |
| 12 | regard to Frank Fiorillo other than what you |
| 13 | have testified to? |
| 14 | A.   Yes, there was you know at lunch I |
| 15 | started thinking about it a little bit and   14:35:50 |
| 16 | there was one other incident that he and Kevin |
| 17 | Lamm both came to me and asked for whatever |
| 18 | reason if they could take bail, station house |
| 19 | bail outside the station house, and I told |
| 20 | them no.  That is why it is called station   14:36:13 |
| 21 | house bail.  You bring somebody in, you are |
| 22 | going to bail them.  You do it inside the |
| 23 | confines of the station house.  You fill out a |
| 24 | receipt, you put it on the summons, you attach |
| 25 | both with the cash and you drop it in the lock 14:36:29 |

Page 733

|  | Hesse |
|---|---|
| 1 |  |
| 2 | box. |
| 3 | For whatever reason they disagreed |
| 4 | with me and they went to our judge at the |
| 5 | time, Joe Russell, who sat as a criminal judge 14:36:37 |
| 6 | in our court, but was a civil attorney.  I |
| 7 | guess they asked him the same question, and he |
| 8 | was like sure, you can do that.  So they went |
| 9 | over my head to somebody else that is not part |
| 10 | of the Police Department to ask them   14:36:55 |
| 11 | permission to do it, and subsequently they |
| 12 | started doing it. |
| 13 | One evening I caught them outside |
| 14 | the Police Department in the police car behind |
| 15 | closed doors taking cash off of somebody for   14:37:07 |
| 16 | bail.  Now the money was accounted for, so |
| 17 | there was no suspect that they were stealing |
| 18 | or anything.  But as far as my previous wish |
| 19 | that they do not do it, they were told not to |
| 20 | do it, they did it anyway.  And I have caught  14:37:25 |
| 21 | them since doing it. |
| 22 | So they were reprimanded, |
| 23 | counseled in personal by me. |
| 24 | Q.   Did Lamm ever complain to you |
| 25 | about anything going on concerning the Ocean   14:37:42 |

Page 734

|  | Hesse |
|---|---|
| 1 |  |
| 2 | Beach Police Department? |
| 3 | MR. GOODSTADT:  Objection. |
| 4 | A.   That is a little broad, but no, no |
| 5 | complaints.                     14:37:53 |
| 6 | Q.   I tried to make it as broad as I |
| 7 | can make it.  Did Lamm ever complain to you |
| 8 | about the Bosetti's? |
| 9 | A.   No. |
| 10 | Q.   Did Fiorillo ever complain to you  14:38:04 |
| 11 | about the Bosetti's? |
| 12 | A.   No. |
| 13 | Q.   Did Snyder ever complain to you |
| 14 | about anything involving the conduct of any |
| 15 | person affiliated with the Ocean Beach Police 14:38:19 |
| 16 | Department? |
| 17 | A.   No. |
| 18 | Q.   Same question with regard to |
| 19 | Carter? |
| 20 | A.   No.                     14:38:24 |
| 21 | Q.   Same question with regard to Nofi? |
| 22 | A.   No. |
| 23 | Q.   Did any of the plaintiffs ever |
| 24 | advise you that they were aware that there was |
| 25 | an individual in town selling -- carrying   14:38:38 |

Page 735

|  | Hesse |
|---|---|
| 1 |  |
| 2 | lollipops that were laced with drugs? |
| 3 | A.   No, I never heard of that before. |
| 4 | Q.   Did the plaintiffs ever complain |
| 5 | to you that the bars in Ocean Beach were   14:38:55 |
| 6 | permitting under age individuals drinking? |
| 7 | A.   Not specifically, no. |
| 8 | Q.   What about generally? |
| 9 | A.   We knew that it goes on, it is |
| 10 | just a matter of catching them.       14:39:11 |
| 11 | Q.   What if anything did the Ocean |
| 12 | Beach Police Department do prior to April 2, |
| 13 | 2006 to enforce the laws concerning under age |
| 14 | drinking in the bars on Ocean Beach? |
| 15 | A.   Specifically nothing.  It was a   14:39:23 |
| 16 | case-by-case.  If you caught them, you did. |
| 17 | If you didn't, you didn't.  It was one of |
| 18 | those things. |
| 19 | Q.   If you saw what you believed -- |
| 20 | not you, but police officers were instructed  14:39:35 |
| 21 | that if they saw what they believed to be |
| 22 | under age drinking going on either in or out |
| 23 | of the bars they were to enforce the laws? |
| 24 | A.   Absolutely. |
| 25 | Q.   Did any of the plaintiffs ever   14:39:49 |

Page 736

```
 1            Hesse
 2   complain to you that the Bosetti's weren't
 3   enforcing the laws with regard to under age
 4   drinking?
 5        A.   No.                    14:39:54
 6        Q.   Let me rephrase the question.
 7             Did any of the plaintiffs ever
 8   complain you to that the Bosetti's were not
 9   enforcing the laws as it pertained to under
10   age drinking?                    14:40:10
11        A.   No.
12        Q.   How about with -- did the
13   plaintiffs ever complain to you that any other
14   police officer wasn't enforcing the laws as to
15   under age drinking?               14:40:20
16        A.   No.
17        Q.   Did they ever complain to you that
18   you were not enforcing the laws as to under
19   age drinking?
20        A.   No.                    14:40:29
21        Q.   Did you ever instruct any of the
22   plaintiffs not to issue a summons to any bar
23   owner because he or she was a friend of yours?
24        A.   No.
25        Q.   Well let me actually make it a  14:40:38
```

Page 737

```
 1            Hesse
 2   little bit more broader than that.  Did you
 3   ever instruct the plaintiffs not to issue any
 4   summonses to any bars on Ocean Beach?
 5        A.   No.                    14:40:44
 6        Q.   Did you ever instruct any of the
 7   plaintiffs to stay away from any particular
 8   entity and not issue summonses to them?
 9        A.   No.
10        Q.   Did you ever instruct the    14:40:55
11   plaintiffs not to -- any of the plaintiffs not
12   to issue summonses to friends of yours?
13        A.   No.
14        Q.   Did you ever call Mr. Lamm a loser
15   in front of any citizen at Ocean Beach?    14:41:07
16        A.   No.
17        Q.   Did you ever insult any of the
18   plaintiffs in front of any citizens of Ocean
19   Beach?
20        A.   No.                    14:41:16
21        MR. GOODSTADT:  Objection.
22        Q.   Same question, did you ever insult
23   any of the plaintiffs in front of any visitors
24   to Ocean Beach?
25        A.   No.                    14:41:25
```

Page 738

```
 1            Hesse
 2        MR. GOODSTADT:  Objection.
 3        Q.   I will try to make it even
 4   clearer.  Did there ever come a time that you
 5   insulted, denigrated, cursed or embarrassed  14:41:38
 6   any of the plaintiffs in front of anybody
 7   other than police officers -- you know what,
 8   take a step back.
 9             Did he ever embarrass, denigrate,
10   insult or ridicule any of the plaintiffs in  14:41:54
11   front of anybody while they were police
12   officers at Ocean Beach?
13        A.   No.
14        Q.   In the complaint the plaintiffs
15   allege certain things regarding the Bosetti's  14:42:15
16   throwing a file cabinet into the bay.  Do you
17   recall reading that.  Do you recall reading
18   that in the complaint?
19        A.   Yes.
20        Q.   Do you have knowledge, any    14:42:31
21   knowledge as to what the plaintiffs were
22   referring to when they made those allegations?
23        A.   Yes.
24        Q.   Can you describe for the court
25   what your knowledge is with regard to those  14:42:39
```

Page 739

```
 1            Hesse
 2   allegations?
 3        A.   I was told the story by Ed
 4   Paradiso.
 5        Q.   That is what I want to know.    14:42:46
 6        A.   Basically it was an empty filing
 7   cabinet, two or three tears, you know like
 8   just a short filing cabinet, and it was thrown
 9   into the marina, the middle marina by I
10   believe Rich Bosetti.              14:43:05
11        Q.   What else did Ed Paradiso tell
12   you?
13        A.   I remember that it was a
14   lifeguard, Johnny Bucksbaum, that was asked to
15   go in and retrieve it.  They retrieved it,  14:43:16
16   they opened it, it was empty.  I think there
17   was some blank fingerprint cards in it.
18        Q.   This is what Ed Paradiso told you?
19        A.   Yes, he did.
20        Q.   And were you in the village the  14:43:30
21   night or -- were you in the village at the
22   time that the Bosetti's through the file
23   cabinet in?
24        A.   No.
25        Q.   What involvement if any do you  14:43:37
```

Page 740

```
 1              Hesse
 2  have with regard to anything involving the
 3  incident involving the file cabinet being
 4  thrown in the bay?
 5         MR. GOODSTADT:  Objection.      14:43:49
 6      A.  Absolutely none.
 7      Q.  Did you ever speak to Mr. Fiorillo
 8  about that incident?
 9      A.  No.
10      Q.  Ever speak with Lamm?           14:43:53
11      A.  No.
12      Q.  Nofi?
13      A.  No.
14      Q.  Lamm?
15      A.  No.                             14:43:57
16      Q.  Carter?
17      A.  No.
18      Q.  Snyder?
19      A.  No.
20      Q.  Let's go to the incident -- not  14:44:02
21  the incident, let's go to the allegation
22  concerning you putting Fiorillo on the same
23  shift for three straight days, same tour three
24  straight days and he couldn't move a muscle.
25  Do you recall those allegations?       14:44:58
```

Page 741

```
 1              Hesse
 2      A.  Yes.
 3      Q.  Are those allegations true or
 4  false?
 5      A.  False.                          14:45:02
 6      Q.  I think you admitted though you
 7  did put Mr. Fiorillo on the same tour for
 8  three state days?
 9      A.  That was his scheduled tour by Ed
10  Paradiso.                              14:45:15
11      Q.  I am sorry, the same place?
12      A.  Yes, it was the general area.
13      Q.  So Mr. Paradiso had put Mr.
14  Fiorillo on the corner of Denhoff and Bay
15  Walk?                                  14:45:25
16      A.  No, you misunderstand.  He
17  scheduled the shifts, but I put him on that
18  post.
19      Q.  The post, thank you, and the post
20  was Denhoff and Bay Walk?              14:45:33
21      A.  Yes.
22      Q.  What were the responsibilities of
23  the police officers who were assigned to this
24  post?
25         MR. GOODSTADT:  Objection.      14:45:43
```

Page 742

```
 1              Hesse
 2      A.  It is basically a west end post,
 3  it is just not Denhoff and Bay Walk.  We just
 4  called it that.  But you had everything from
 5  the police station west of that area that    14:45:53
 6  encompassed about four or five blocks.
 7      Q.  So what was a police officer that
 8  you assigned to that post supposed to do as
 9  part of his duties and responsibilities
10  associated with that post?              14:46:05
11      A.  Generally a regular patrol.
12      Q.  I am not a police officer, so --
13      A.  Basically he walked the area.
14  There is about one, two, three, four, five
15  bars in that area and one, two, three -- about  14:46:18
16  ten storefronts in that area, and that was his
17  post.
18      Q.  And you categorically deny that
19  you told Mr. Fiorillo that he had to stand
20  under that light post for three straight days  14:46:37
21  without moving a muscle?
22      A.  Yes, that wasn't true.
23         MR. GOODSTADT:  We have a classic
24  material issue effect.
25         MR. NOVIKOFF:  Yes, but it is not  14:46:58
```

Page 743

```
 1              Hesse
 2  relevant.
 3         MR. GOODSTADT:  That is why we
 4  asked questions.
 5         MR. NOVIKOFF:  You put it in your  14:47:09
 6  complaint.
 7      Q.  So Mr. Hesse, let me ask you this,
 8  I think the jury would want to know.  Why did
 9  you do that?
10         MR. GOODSTADT:  Objection.       14:47:17
11      A.  Like I stated --
12         MR. NOVIKOFF:  What?
13         MR. GOODSTADT:  Do what?
14      Q.  I thought it was clear we were
15  referring back to the prior question.  I will  14:47:25
16  make the question clear.
17         Why did you assign Mr. Fiorillo to
18  that post for three straight tours?
19      A.  His regular duty performance was
20  to operate a golf cart.  He liked it.  That is  14:47:40
21  what he liked to do.  It is called a G.E.M.
22  car, and he would go on residential patrol.
23  That is what he liked to do.  So I would
24  assign him that regular post because like I
25  said that is what he liked to do.        14:48:00
```

Page 744

Hesse

1
2      Because of his actions that day of
3  insubordination I felt that a suitable
4  punishment would be to take him out of the
5  G.E.M. car and put him on a foot post.      14:48:12
6      Q.  You did that for three straight
7  tours?
8      A.  I don't know if it was three
9  tours.  They say it was three tours.  It might
10 have been a tour and a half or two tours      14:48:24
11 maybe.  I am a little bit of a lenient guy, I
12 don't know.
13     Q.  The plaintiffs make a number of
14 allegations about driving officers to
15 checkpoints?                              14:48:36
16     A.  Yes.
17     Q.  Either these officers being drunk
18 or some of them not being drunk.  Do you
19 remember those allegations?
20     A.  Yes.                           14:48:47
21     Q.  Let's talk about that for a little
22 bit.  Do you have an understanding as to what
23 the plaintiffs are talking about when they
24 make allegations about you directing them to
25 drive other police officers to the      14:48:59

Page 745

Hesse

1
2  checkpoints?
3        MR. GOODSTADT:  Objection.
4      A.  I know what they mean.
5      Q.  What do they mean?           14:49:05
6      A.  Our checkpoint, the checkpoint --
7      Q.  Break it down.  Have you ever
8  instructed officers to drive other officers to
9  checkpoints?
10     A.  Yes.                           14:49:18
11     Q.  Tell the jury why you would do
12 that?
13     A.  End of tour, if a guy did overtime
14 and he had to get out of there we would
15 normally drive them out, and that was our      14:49:28
16 relief point, that is what we did every day
17 three, four to five times a day.  That is what
18 we did.
19     Q.  When you say that was your relief
20 point, for the people who don't know what that  14:49:39
21 means, what do you mean?
22     A.  That would be where we would pick
23 up the police car and we would relief guys
24 going on deputy and off duty, and that is
25 where we make the exchange.            14:49:47

Page 746

Hesse

1
2      Q.  Would the relief point be where
3  officers would drive their owns cars to start
4  their shifts?
5      A.  Yes.                           14:49:58
6      Q.  Unless they took a boat over?
7      A.  Yes.
8      Q.  Were the plaintiffs the only
9  officers that you ever instructed to drive
10 other officers to the relief point?      14:50:10
11     A.  No.
12     Q.  Did you ever instruct any of the
13 plaintiffs to drive a drunken police officer
14 who had just finished his tour to the
15 checkpoint?                           14:50:22
16     A.  No.
17        MR. GOODSTADT:  Objection.
18     Q.  Did any of the plaintiffs ever
19 object to you directing them to drive any
20 police officer to a checkpoint?           14:50:37
21     A.  No.
22     Q.  Did the plaintiffs ever complain
23 to you that you left the village shorthanded
24 by instructing them to drive any other off
25 duty police officer to the checkpoint?      14:50:53

Page 747

Hesse

1
2      A.  No.
3      Q.  In your opinion did you leave the
4  village shorthanded when you directed one
5  officer to drive an off duty police officer to  14:51:01
6  the checkpoint?
7      A.  No.
8      Q.  Let's talk about the termination a
9  little bit, but more specifically because I
10 think Mr. Goodstadt covered it with you this   14:51:32
11 morning.  Let's address specifically April 2,
12 2004.  What time did the meeting start?
13     A.  You mean 2006.
14     Q.  2006, sorry.  What time did the
15 meeting start?                          14:51:48
16     A.  11ish maybe.
17     Q.  What time did it end?
18     A.  I don't recall.  It could have
19 gone a couple of hours.
20     Q.  When in relation to 11 o'clock did  14:51:58
21 you begin the process of informing the
22 plaintiffs privately that they were not going
23 to be rehired?
24     A.  That was my first order of
25 business.                             14:52:08

Page 748

Hesse

1
2     Q.    And after you told them that they
3    were not rehired and you said whatever you
4    said and they said whatever they said did you
5    direct them to leave the island, the village?  14:52:14
6     A.   Yes.  I set up a water taxi to be
7    there so they didn't have to stand around and
8    be gawked at and, you know, I paid for the
9    water taxi and everything.
10    Q.    Now to your knowledge did they go  14:52:30
11   on the water taxi or did they stay and linger
12   in the village?
13    A.   They got on the water taxi.
14    Q.    So approximately if the meeting
15   started at 11 and that was the first order of  14:52:41
16   business, at what point in time do you recall
17   them being on the water taxi and going off the
18   island?
19    A.   By the time we settled in and I
20   started talking to them it could have been an  14:52:53
21   hour at most.
22    Q.    Then what did you do after you
23   spoke to the four plaintiffs that you spoke to
24   that morning?
25    A.   They left and the general meeting  14:53:01

Page 749

Hesse

1
2    started.
3     Q.    Where did the general meeting take
4    place?
5     A.   It was in the boat house in Ocean  14:53:08
6    Beach, or known as the boat house.
7     Q.    How long did that meeting go on
8    for?
9     A.   A few hours maybe.
10    Q.    Were you at a podium and was        14:53:15
11   everybody else sitting, or were you in seats
12   or in a circle?
13    A.   No, they all sat facing me and I
14   stood or sat behind the table.
15    Q.    Did you make any comments during   14:53:31
16   this meeting that you just described regarding
17   any of those four plaintiffs?
18    A.   No.
19    Q.    Did you make any derogatory
20   comments about those four plaintiffs?          14:53:45
21    A.   No.
22    Q.    Did you call them anything; did
23   you make reference to them at all in this
24   meeting?
25    A.   I was asked what happened.         14:53:52

Page 750

Hesse

1
2    Q.    Who asked you?
3     A.   Some of the other police officers.
4    Q.    Okay.  Do you recall who?
5     A.   Well, what had happened was I       14:54:01
6    started calling in officers one at a time
7    because I was doing a one-on-one with some
8    other guys, and I think a lot of people had
9    feared that they were going too.  So I was
10   asked what had happened and I basically        14:54:17
11   explained that they won't be returning this
12   year, and we just proceeded with our meeting
13   and I tried to stay off of it.
14    Q.    So other than in those one-on-ones
15   did you ever in front of the entire group make  14:54:29
16   any reference to the plaintiffs?
17    A.   No.
18    Q.    Direct or indirect?
19    A.   No.
20       MR. NOVIKOFF:  Off the record.      14:54:48
21       THE VIDEOGRAPHER:  The time is
22   2:56, we are off the record.
23       (Recess taken.)
24       THE VIDEOGRAPHER:  The time is
25   3:06, we are on the record.           15:04:38

Page 751

Hesse

1
2    Q.    Now, Mr. Hesse, let's go to
3    Exhibit 27.
4     A.   Okay.
5     Q.    This document was dated March 11,  15:05:10
6    2006; correct?
7     A.   Yes.
8     Q.    Did the 2006 season start as of
9    March 11, 2006?
10    A.   No.                15:05:25
11    Q.    The meeting was held on April 2,
12   2006, had the season started as of April 2,
13   2006?
14    A.   No.
15    Q.    When did the season start in 2006?  15:05:34
16    A.   The season usually starts two
17   weeks before Memorial Day.
18    Q.    May 31st or around that time?
19    A.   28th, early, late, it depends.
20    Q.    Once you made the decisions as to  15:05:47
21   whom you were going to -- let me take a step
22   back.  You answered some questions by Mr.
23   Goodstadt concerning your communications with
24   Allison Chester concerning what your rights
25   were and what the plaintiff's rights were?    15:06:02

Page 752

1          **Hesse**
2      A.   Yes.
3      Q.   Let's break it down.  Why did you
4  call Ms. Chester prior to March -- I'm sorry,
5  prior to April 2, 2006 with regard to what the  15:06:12
6  plaintiffs' rights were?
7      A.   I wanted to make sure that, you
8  know, that I did the right thing.
9      Q.   In terms of what?
10      A.   I didn't want to do anything that  15:06:24
11  was illegal.
12      Q.   What was the reason why you asked
13  Ms. Chester what your rights were?
14      A.   I wanted to make sure that once
15  again I didn't do anything illegal.        15:06:43
16      Q.   When you say anything illegal, you
17  mean with regard to your decision to not
18  rehire the plaintiffs for the season; is that
19  correct?
20      A.   Right, based on Civil Service law.  15:06:55
21      Q.   When were you appointed Acting
22  Deputy Chief?
23      A.   I think it was January either 8th
24  or 18th or 6th.  Somewhere in January of 2006.
25      Q.   Between the time that Chief     15:07:13

Page 753

1          **Hesse**
2  **Paradiso went out for good in September of**
3  **2005.**
4      A.   Right.
5      Q.   And the time that you were       15:07:19
6  appointed by board resolution to be acting
7  chief, who was responsible for scheduling
8  tours?
9      A.   I was.
10      Q.   Now, did the season -- the 2005     15:07:30
11  season ended sometime in October?
12      A.   September it really ends, two
13  weeks after Labor Day.
14      Q.   So middle of September?
15      A.   Yes.              15:07:48
16      Q.   Between the middle of September
17  and January did you have to schedule officers
18  to work part-time?
19      A.   Yes.
20      Q.   There is a difference between     15:07:59
21  being -- at least to your understanding for
22  Ocean Beach was there a difference between
23  being a seasonal officer and being an off
24  season part-time officer?
25      A.   Yes, it is a title thing.        15:08:11

Page 754

1          Hesse
2      Q.   So with regard now only to the off
3  season in 2005 between mid September and the
4  end of December 2005 did you schedule to your
5  knowledge any of the plaintiffs to do       15:08:28
6  part-time shifts?
7      A.   Yes.
8      Q.   Who did you schedule?
9      A.   Tom Snyder, Eddie Carter.  I
10  believe Nofi did maybe one or two tours.  And  15:08:41
11  Frank Fiorillo did either one or two tours.
12      Q.   During that period of time had you
13  had any reason to consider whether or not --
14  well, withdrawn.
15          During that period of time were     15:08:56
16  you aware that you were going to be given the
17  responsibilities as Acting Deputy Chief in
18  2006?
19      A.   No.
20      Q.   When did you first learn that you  15:09:06
21  were going to be considered to be the Acting
22  Deputy Chief?
23      A.   I think in late December.
24      Q.   And when were you advised that you
25  were going to actually be voted upon to be the  15:09:18

Page 755

1          **Hesse**
2  Acting Deputy Chief?
3      A.   Maybe a week before.
4      Q.   At what point in time did you
5  begin to formulate an opinion as to whether or  15:09:28
6  not you were going to rehire any of the five
7  plaintiffs for the 2006 season?
8      A.   When the job became mine in
9  January through February and March I started
10  thinking about what I wanted to do and how I  15:09:49
11  wanted the department to go forward and I made
12  a decision.
13      Q.   Let's talk about that.  How did
14  you want the department to go forward once you
15  learned that you were going to be the Acting  15:10:00
16  Deputy Chief?
17      A.   I wanted the department to be a
18  little more respectful, a little more
19  understanding of the needs of the village.  We
20  are a very community service oriented Police  15:10:15
21  Department.  We handle everything from a
22  splinter in a baby, to a dog fighting, noise,
23  bar fights, to possibly rape, or being stab or
24  short of murder.  So I mean I wanted the
25  department to move in a different direction.  15:10:36

Page 756

Hesse

2  Q.  Did Mr. Fiorillo fit within the
3  type of Police Department that you wanted
4  Ocean Beach to become upon your appointment to
5  Acting Chief?                      15:10:49
6      A.  In my opinion, no.
7      Q.  Why not?
8      A.  I think he was a little too abrupt
9  with the community and the people who
10 vacationed there.  I tried to instill in a lot  15:10:58
11 of these guys that people come there to have
12 fun, and we are there to make sure that they
13 do it safely and within the scope of the law.
14     Q.  When you say too abrupt, can you
15 give me some examples?             15:11:13
16     A.  Yeah, we have one of these silly
17 laws where you can't bike ride during the
18 summer season, and let's say Officer Fiorillo
19 would pull over this woman for riding her
20 bike, and because she failed to have      15:11:27
21 identification on her he would berate her and
22 yell at her, and that is not what we are
23 doing, that is not what we are there for.
24     Q.  When you say berate and yell what
25 do you mean?                       15:11:43

Page 757

Hesse

2      A.  Where is your fucking ID, how come
3  you don't have your ID, this is illegal.
4      Q.  Hold on, you got to go slowly.
5  What else?                         15:11:43
6      A.  You should know better.  You
7  should always have your ID on you.  But I mean
8  yelling at these people.
9      Q.  How did you learn of this, this
10 specific example?                  15:12:02
11     A.  This specific example, I was
12 called to the scene.
13     Q.  By whom?
14     A.  By another police officer.
15     Q.  Did the woman complain to you     15:12:11
16 about how she was spoken to?
17     A.  Yes.
18     Q.  What was Mr. Fiorillo's response
19 if any?
20     A.  That she was a bitch and that, you  15:12:19
21 know, she disrespected him.
22     Q.  Did Mr. Fiorillo indicate how she
23 disrespected him?
24     A.  Just by talking back.
25     Q.  Did Mr. Fiorillo explain to you    15:12:30

Page 758

Hesse

2  why he considered her to be a bitch?
3      A.  He felt that she had an attitude,
4  a certain attitude.
5      Q.  What if anything did you do with  15:12:38
6  regard to Mr. Fiorillo upon receipt of this
7  complaint by this woman?
8      A.  Well, I let him continue to write
9  the summons.  I told him not to say another
10 word, that was between me and him, I didn't do  15:12:54
11 it in front of her, I pulled him aside a
12 little bit.  I said just calm down, it is a
13 bike riding ticket, write the ticket and let
14 her go, and that is it.
15     Q.  Any other examples that you can  15:13:06
16 think of as you sit here today?
17     A.  Similar complaints.  We had one
18 kid whose father came to talk to me who
19 happens to be a corrections officer, Tom
20 Foley, his son was stopped for riding his bike  15:13:22
21 at night.  The kid, maybe he mouth off a
22 little bit to him, but Frank threatened to
23 shoot him in the head.  The father came down
24 and complained with his son that Frank stated
25 he was going to shoot him in the head.    15:13:39

Page 759

Hesse

2      Q.  Shoot him in the head or shoot him
3  in the face?
4      A.  I think it was shoot him in the
5  head.                              15:13:46
6      Q.  Did you speak to Mr. Fiorillo
7  concerning this?
8      A.  Yes.
9      Q.  What was Mr. Fiorillo's response
10 to you if any?                     15:13:52
11     A.  He said that the kid was irate, he
12 was throwing his bike around, and I told him,
13 I said Frank, you know what, I don't care, you
14 just don't talk to people like that.  I talked
15 to other witnesses that were there and they    15:14:07
16 said that is not what happened.  Frank just
17 went off on one of his regular tears and
18 started to yell and berate this guy in the
19 street.
20     Q.  When you say regular tears, what  15:14:19
21 do you mean?
22     A.  This was a usual thing with Frank.
23 You know, he carried the badge and he carried
24 a chip on his shoulder.  It was just a regular
25 occurrence.                        15:14:28

Page 760

Hesse

1
2    Q.   Let me ask you a question.  I am
3 sure Mr. Goodstadt will ask you this question
4 if he has not already.  How come you didn't
5 advice Mr. Paradiso that in your opinion     15:14:37
6 Fiorillo should not be rehired?
7    A.   He knew.  He knew.  He dealt with
8 him.  But you know what, Ed Paradiso had a
9 different outlook on things than I did.  He
10 enjoyed the misery of sending these guys out   15:14:54
11 there to do this kind of thing.  He was happy
12 they didn't have discretion, because we have
13 such silly laws that in our village code book,
14 eating on the beach, drinking on the beach,
15 not alcohol, but regular beverages on the     15:15:12
16 beach.  You can't eat or drink past a certain
17 point on a certain street.  The bike riding
18 laws.  You name it.  Ball playing on the
19 beach.  He is out there writing a father for
20 throwing a tennis ball to his son.       15:15:30
21        These are the kind of things that
22 went on on a regular basis.  He took this poor
23 86 year old woman who didn't have ID eating
24 peanuts on the beach and because she didn't
25 have ID he would escort her all the way to the  15:15:42

Page 761

Hesse

1
2 police station to verify who she was.  I mean
3 is that really a crime; what does it take.
4 How much does the village have to take.
5    Q.   Let me just clarify this.  There   15:15:53
6 was an occasion where an 86 year old woman was
7 on a bike, she --
8    A.   No, she was eating peanuts on the
9 beach.
10    Q.   She didn't have ID and Mr.        15:16:04
11 Fiorillo escorted this woman back to the
12 police station to verify that she was in fact
13 who she was?
14    A.   Yes.
15    Q.   You said that Paradiso knew all    15:16:13
16 this.  Now I am only concerned about Mr.
17 Fiorillo for the time being.  What do you mean
18 that Paradiso knew all about this?
19    A.   Frank worked split tours.  He
20 would partially for me and he would work     15:16:29
21 partially for Ed Paradiso, and Ed Paradiso
22 would encourage him to go out there and do
23 these types of summonses.
24    Q.   Did you ever discuss with Paradiso
25 why he was encouraging Fiorillo to do these   15:16:42

Page 762

Hesse

1
2 types of summonses?
3    A.   No, not really.
4    Q.   Did you -- I am trying to
5 understand.  Why didn't you ever tell Paradiso  15:16:53
6 hey, Fiorillo is just, you know, in my opinion
7 he should not be rehired?
8    A.   You know, it is such a small
9 village and in conversation I don't want to
10 say I never said it, I may have said it.  But,  15:17:07
11 you know, I don't know for sure if we talked
12 about it.  We talked about a lot of -- like I
13 said earlier I never saw eye to eye with Ed
14 Paradiso on a lot of things.  I would come in
15 for my tour he would already be done.  He     15:17:27
16 would come in late.
17        It was hard to talk to him.  I
18 mean towards the end of his rein it just --
19 the department was falling apart, and I blame
20 it on him and I blame it on type of        15:17:38
21 enforcement that was going on.  So...
22    Q.   So you thought for want of a
23 better term it would have been a futile act to
24 ask Ed not to rehire Fiorillo?
25    A.   Absolutely it was a futile act.   15:17:53

Page 763

Hesse

1
2 Absolutely.
3    Q.   Because Paradiso knew what
4 Fiorillo was doing?
5    A.   Yes.  Paradiso would go to these   15:17:57
6 board meetings and sit there, and people would
7 yell about certain things, noise, this, that
8 the other thing.  And he used Frank as a tool
9 of the Police Department to just go out there
10 and just hammer these people into submission,  15:18:11
11 and that is not what we are supposed to.
12    Q.   In your opinion Mr. Fiorillo would
13 not have reflected the type of Police
14 Department that you wanted?
15    A.   That is correct.         15:18:23
16    Q.   So when you became in control of
17 who was to be rehired and who was not, you
18 made the decision not to hire Mr. Fiorillo?
19    A.   That is correct.
20    Q.   Now you talked about some silly    15:18:32
21 laws that were on the books.  Between the
22 season of 2006 when you first were the Acting
23 Chief and this season, 2009, has the
24 enforcement of those silly laws as you put it
25 increased or decreased?            15:18:48

Page 764

Hesse

1    A.   Well I made a lot of changes.  It
2  was hard to establish a, you know, a statistic
3  because I changed all the paperwork.
4  Midstream through 2006 I changed the summons    15:19:02
5  format.  So I had to retrain and re-educate my
6  guys on how to write the summonses correctly.
7  There was a lot of issues.
8         Now I mean that we are in to 2009
9  it is up.  I mean we enforce, we still enforce  15:19:16
10  those silly laws, but we do it with respect.
11    Q.   So when you say you had to retrain
12  your officers, what do you mean?
13    A.   Basically a lot of the paperwork
14  changed.  So I had to sit down as a group and   15:19:34
15  explain what I expected on the summons, how to
16  issue the summons.  We even changed because it
17  is a four-page document which document you
18  give to the defendant.
19    Q.   Let me ask you this, I am not       15:19:46
20  trying to be argumentative, I am trying to
21  understand.  How did the change in the summons
22  affect the amount of summonses up or down that
23  were issued with regard to these silly laws?
24    A.   I think some of the guys were       15:20:03

Page 765

Hesse

1  afraid to write them because they didn't
2  really -- you know, there were getting the
3  idea how to write them, but I think they were
4  just cautious on how many they were writing    15:20:13
5  just to get the feel of it.
6    Q.   Let's talk about Mr. Lamm.  Was
7  Mr. Lamm in your opinion the type of officer
8  that you wanted in the department as you saw
9  the department should be once you became the   15:20:36
10  Acting Chief?
11    A.   No.
12    Q.   He why not?
13    A.   He was a lot like Fiorillo.
14  Showed no discretion.  You know, from time to  15:20:44
15  time he would have to be counseled, talked to
16  about certain actions that he took.
17  Specifically -- it started to get to the point
18  where under our village code he started
19  handcuffing individuals and bringing them to   15:21:05
20  the Police Department to issue summonses for a
21  Village violation where he should be doing it
22  out on his post where he was to begin with.
23    Q.   I don't understand, what do you
24  mean?                                          15:21:19

Page 766

Hesse

1    A.   So he would be walking down the
2  street where he would see some suspect pissing
3  in public.  He would throw the guy in
4  handcuffs, toss him, do an illegal search and   15:21:27
5  seizure because what the heck are you looking
6  for, number one you have no probable cause.
7  Bring the guy to the police station and issue
8  him a summons and then unhandcuff him and let
9  him go.                              15:21:43
10    Q.   What should he have done?
11    A.   Wrote the summons right there.
12  Show me some ID, check it out, make sure it is
13  a valid ID, write the summons and send the guy
14  on his way.                          15:21:51
15    Q.   Did Paradiso instruct him to put
16  these people in handcuffs and take them to the
17  police station?
18    A.   No.
19    Q.   Did you ever instruct Kevin to      15:22:00
20  stop putting people in handcuffs for pissing
21  in public type violations?
22    A.   Yes, I did.
23    Q.   Did he listen to you?
24    A.   No, he did not.             15:22:16

Page 767

Hesse

1    Q.   Was that an act of
2  insubordination?
3    A.   Yes, it was.
4    Q.   Did that have any impact on your    15:22:19
5  decision as to whether or not Mr. Lamm was the
6  type of officer that you wanted on your police
7  force going forward in light of the changes
8  that you wanted to make?
9    A.   Right, I didn't want him any        15:22:26
10  longer with the department.
11    Q.   Are there any other examples that
12  you can think of where you instructed Mr. Lamm
13  while he was working on your shift to do
14  something as it related to summonses that he   15:22:36
15  didn't do?
16    A.   To summonses that he didn't do;
17  not that I can think of.
18    Q.   How about generally, do you recall
19  any other examples where he just disregarded   15:22:47
20  one of your directions or instructions?
21    A.   Yes, there was one other time that
22  I can think of, this is really towards the end
23  of his employ.  We just got this big guy off
24  the water taxi, the guy was probably 6 foot 2, 15:23:03

71 (Pages 764 to 767)

Page 768

Hesse

1  240 and huge. And I was able to calm this
2  individual down, I was able to get him off the
3  water taxi. I forget what the disturbance was
4  on the taxi, whether he was not listening to    15:23:18
5  the captain's command to sit down, stop
6  drinking, smoking or whatever it was, and we
7  had about five officers in a line because this
8  guy was so big and we were worried that maybe
9  he may act inappropriate, attack us, punch    15:23:38
10 somebody, who knows, he was irate.
11         And I am talking to the guy and I
12 am walking him down the street and Kevin out
13 of nowhere says you fucking asshole, I will
14 kick your ass and the guy steps at us, and I    15:23:56
15 actually had to reprimand Kevin right there on
16 the spot, tell him to shut up, and step
17 between him and the guy and get this guy to
18 turn around and keep walking. This is not a
19 police officer that we needed working in the    15:24:09
20 department.
21     Q.   While we are on that subject, you
22 talked about Mr. Fiorillo's demeanor with the
23 public. What was Mr. Lamm's demeanor in the
24 public like; in your opinion based upon either    15:24:19

Page 769

Hesse

1  your observations or what you were told?
2      A.   His demeanor was abrupt also. You
3  know every time you stop somebody and write
4  them a summons they are going to question your    15:24:33
5  authority, they are going to do something.
6  You know you take it as for what it is worth.
7  But Kevin Lamm, he would step right into you,
8  almost provoke the guy into a fight. That is
9  not the demeanor that we need in this Police    15:24:46
10 Department.
11     Q.   What about Joe Nofi, in your
12 opinion was he the type of officer that you
13 wanted to be in your department given the
14 changes that you wanted to make?                15:25:04
15     A.   No.
16     Q.   Why not?
17     A.   Simply put Joe Nofi was a goof
18 ball. You know, he was a nice guy, but he was
19 just a goof ball. I mean paperwork was shoddy    15:25:16
20 at best. Summonses were horrible, illegible,
21 illiterate. And then if somebody was walking
22 in front of him and he was not wearing a
23 shirt, which is another one of our silly laws
24 in town, he wouldn't walk up to the guy and    15:25:37

Page 770

Hesse

1  just say excuse me, sir, you can't walk around
2  without a shirt on. He would say hey asshole,
3  come here. That is what he would do.
4          I would have to tell him, counsel    15:25:46
5  him, Joe, don't talk to people like that. Go
6  over, excuse me, sir, this is what you need to
7  do. Same thing when it pertained to anything,
8  he would act the same way all the time. I did
9  not want it to continue under my command.    15:26:02
10     Q.   Let me ask you, you said something
11 about Joe Nofi's -- was it Joe Nofi's
12 summonses were illiterate or that Joe Nofi was
13 illiterate?
14     A.   The summonses.                15:26:12
15     Q.   Then let me ask you this. Did you
16 ever advise Paradiso, hey, you know what, I
17 don't think Nofi should be rehired for the
18 next season because of how he treated the
19 public in your opinion?                15:26:31
20     A.   Specifically no. Every year we
21 were shorthanded, so we had to work with what
22 we had.
23     Q.   Same question with regard to Lamm,
24 did you ever speak to Paradiso about perhaps    15:26:41

Page 771

Hesse

1  Paradiso not rehiring Lamm for the season?
2      A.   Not specifically, no.
3      Q.   For the same reason as Nofi?
4      A.   Yes. We just went season to    15:26:53
5  season with what we had.
6      Q.   Did Paradiso ever ask you your
7  opinion as to -- take a step back.
8          With regard to rehiring anyone for
9  any particular season did Paradiso ever ask    15:27:05
10 you what your opinion was with regard to a
11 particular officer?
12     A.   Not that I recall, no.
13     Q.   Let's talk about Carter. Was
14 Carter the type of officer that you would have    15:27:16
15 been comfortable with on your department given
16 the changes that you were going to make?
17     A.   No.
18     Q.   Why not?
19     A.   You know, he was kind of hidy    15:27:26
20 tidy, talks out of both side of his mouth
21 between cops. You know, he just kind of
22 rubbed me the wrong way sometimes, and I just,
23 you know, the thing with the sleeping on duty,
24 bragging about it. I would relieve him in the    15:27:43

72 (Pages 768 to 771)

Page 772

```
1              Hesse
2   morning, his hair is standing straight up.
3   Yeah, as soon as I got in I went upstairs, I
4   went to sleep.
5          You know, enough, I just didn't    15:27:52
6   want to deal with it any more.  I felt moving
7   forward he just wasn't a good candidate to
8   keep on.
9       Q.   How about Snyder, was he the type
10  of officer that you would have been       15:28:02
11  comfortable with in your department given the
12  changes that you wanted to make?
13      A.   You know Snyder was a difficult
14  decision for me.  Personally I always liked
15  Tommy.  We always got along, I thought we   15:28:15
16  worked pretty well together.  But he had -- he
17  had some issues.  He had some personal issues
18  which he rarely ever discussed with me, or
19  maybe he discussed it with other members of
20  the department, but he seemed towards the end  15:28:30
21  to start being angry a lot.  Whether it was
22  with himself or his other job or members of
23  our department.  So I thought moving forward
24  maybe it was best that he just moved on and
25  stayed at his full-time job.           15:28:49
```

Page 773

```
1              Hesse
2       Q.   What were those personal issues?
3       A.   I think he was sick for a while.
4   He had maybe some issues with his kids,
5   ex-wives, I don't know if he has one or two.   15:28:59
6   Money issues.  Everybody has issues in their
7   personal lives, you know.
8       Q.   Let me ask you this.  We now -- in
9   January at some point in time you were
10  actually appointed.  At some point in time    15:29:18
11  prior to the actual appointment you knew you
12  were going to be Acting Chief?
13      A.   Uh-hum.
14      Q.   At that point in time when you
15  knew that you were going to become Acting     15:29:29
16  Chief did you schedule Lamm for any part-time
17  shifts?
18      A.   You know, Lamm was working for the
19  Town of Islip Airport security, police,
20  whatever, I don't know what they call      15:29:45
21  themselves right now, law enforcement.  I was
22  really unaware of what his plans were, what he
23  wanted to do.  There was never any
24  communication between me and him.  I called
25  him once for his weapon because I needed to    15:29:59
```

Page 774

```
1              Hesse
2   issue it to somebody else so he can get
3   qualified because I was short weapons.  And
4   you think he would have said something to me
5   then about his other job.          15:30:10
6          But he didn't work for us for I
7   think it was eight or nine months.  So I
8   wasn't sure if he was going to plan on coming
9   back or what.  But then I just decided that
10  maybe it was best that he just moved on anyway  15:30:28
11  with all the other issues.
12      Q.   What do you mean he had not worked
13  for you for eight or nine months?
14      A.   I guess he must have said
15  something to Ed Paradiso about getting this    15:30:33
16  full-time job because there was an academy
17  involved, there was training and there was a
18  full-time job that he had received.
19      Q.   Okay.
20      A.   So he was not scheduled for     15:30:42
21  anything for us.
22      Q.   To your knowledge was he scheduled
23  to work at all in August or September of 2005?
24      A.   I don't recall.  I would have to
25  look at a schedule from back then.        15:30:51
```

Page 775

```
1              Hesse
2       Q.   How about Fiorillo, from the time
3   that you became aware of the fact that you
4   were going to become the Acting Chief did you
5   schedule Fiorillo for any part-time shifts?   15:31:05
6       A.   I think he worked two tours
7   because I was strapped for guys, I didn't have
8   anybody available to work.  But they might
9   have been like either Christmas or Christmas
10  Eve and New Years or New Year's Eve.  But I    15:31:21
11  don't think subsequent to that there was any.
12      Q.   Why didn't you schedule him?
13      A.   Because I really didn't prefer him
14  to be on shift.
15      Q.   How about Nofi, same question?    15:31:30
16      A.   He may have worked one tour that
17  entire winter.  But, you know, I was inclined
18  to give the tours to the guys that could work
19  alone and seniority.
20      Q.   What do you mean that could work   15:31:48
21  alone?
22      A.   At that time of year there is one
23  cop on per shift.
24      Q.   What was your concern about Nofi
25  working alone?                  15:31:55
```

Page 776

1          **Hesse**
2          MR. GOODSTADT:  Objection.
3     **Q.   What concerns did you have if any**
4  **with regard to assigning Nofi a shift during**
5  **the winter when he would be working alone?**     15:32:03
6     A.   Well if something happened you got
7  to know who to call, where to call, what radio
8  to use, what channel.  There is a lot of
9  variables.  So you know I really never thought
10  that he was capable of being alone.          15:32:16
11     **Q.   You said you rather give it to**
12  **people with seniority?**
13     A.   Seniority.
14     **Q.   You mean seniority with Ocean**
15  **Beach or seniority in terms of police force**     15:32:25
16  **experience?**
17     A.   Seniority with Ocean Beach.
18     **Q.   So who did you give the majority**
19  **of the shifts to between the time that you**
20  **became or you learned that you were going to**     15:32:34
21  **be Acting Chief and the beginning of the**
22  **season; when I say shifts, I mean part-time**
23  **shifts?**
24     A.   That is funny, I would have to
25  look at a schedule.  But I was in the process, 15:32:49

Page 777

1          **Hesse**
2  but I may have hired Paul Trosko full-time.
3  So he was working full-time.  I was working
4  full-time.  I know Walter Muller was on the
5  schedule.  I am trying to think who else I     15:33:03
6  had.
7          You know, Carter could work by
8  himself.  Tommy Snyder was on by himself on
9  the midnights.  Specifically, you know, I
10  don't recall right now anybody else, I would   15:33:24
11  have to really look at a schedule.
12     **Q.   As you can tell from the complaint**
13  **there is a lot of allegations about the**
14  **Bosetti's?**
15     A.   Yes.                     15:33:36
16     **Q.   So I feel obligated to ask you**
17  **about them.  Describe for me your opinion of**
18  **the Bosetti's -- of Gary Bosetti, let's start**
19  **with him, as a police officer for Ocean Beach,**
20  **independent of whatever he did for the city?**     15:33:52
21     A.   Okay.  Police officer for Ocean
22  Beach, and I said this for a long time about
23  Gary and Richie both, that when they came on
24  that they changed, they started to help change
25  the persona of the Police Department.  Kinder, 15:34:09

Page 778

1          Hesse
2  friendlier, approachable.  They were easily
3  approachable.  Anybody can talk to them about
4  any issue that they had, and they would relay
5  that information on to either myself or Ed     15:34:23
6  Paradiso.
7          As far as their work, their
8  performance, you know, they were not summons
9  writers by any means.  They wrote one, two,
10  three when they actually had to.  But there     15:34:39
11  were times where because of them we solved a
12  burglary or two or three because people would
13  trust them and be able to come up to them and
14  give them the information that the Police
15  Department needed to make an arrest or, you     15:34:54
16  know...
17     **Q.   What is the basis for your opinion**
18  **that the people of Ocean Beach trusted Gary**
19  **and Richie Bosetti?**
20     A.   Everybody would come up to me and   15:35:06
21  say they are so nice, they are great officers.
22  It is nice to have somebody that we can talk
23  to if there is an issue.  I mean the community
24  just loved them.
25     **Q.   Did people come up and tell you**     15:35:18

Page 779

1          **Hesse**
2  **how much they loved Kevin Lamm?**
3     A.   No.
4     **Q.   Did people come up to you and tell**
5  **you how much they liked or loved Frank**          15:35:27
6  **Fiorillo?**
7     A.   No.
8     **Q.   Joe Nofi?**
9     A.   No.
10     **Q.   Ed Carter?**                    15:35:33
11     A.   No.
12     **Q.   Tom Snyder?**
13     A.   No.
14     **Q.   Correct me if I am wrong, none of**
15  **the five plaintiffs here have ever been a**     15:35:41
16  **full-time police officer?**
17          MR. CONNOLLY:  Objection.
18          MR. GOODSTADT:  Objection.
19     **Q.   Let me ask you.  To your knowledge**
20  **was Frank Fiorillo ever a full-time police**     15:35:50
21  **officer for any jurisdiction other than Ocean**
22  **Beach?**
23     A.   No.
24     **Q.   To your knowledge was Joe Nofi**
25  **ever a full-time police officer for any**          15:36:00

Page 780

Hesse

1      Hesse
2   jurisdiction other than Ocean Beach?
3      A.   No.
4      Q.   And same question with regard to
5   Snyder?                          15:36:08
6      A.   No.
7      Q.   Lamm?
8      A.   No.
9      Q.   Carter?
10     A.   No.                      15:36:15
11     Q.   And they were not -- none of the
12  plaintiffs were full-time for Ocean Beach
13  either; correct?
14     A.   Correct.
15     Q.   They were just either part-time   15:36:21
16  when it was off season?
17     A.   Correct.
18     Q.   Or seasonal?
19     A.   Yes.
20     Q.   And how many hours did a typical  15:36:26
21  police officer work on a weekly basis during
22  the season?
23         MR. GOODSTADT: Objection.
24     A.   During the season?
25     Q.   Yes.                     15:36:36

Page 781

Hesse

1      Hesse
2      A.   They could work one shift a week,
3   to 40 hours plus a week.
4      Q.   So it varied?
5      A.   It varied.              15:36:42
6      Q.   Depending on the schedules of the
7   particular officers?
8      A.   Correct.
9      Q.   Now to your knowledge how many
10  years experience did Gary Bosetti have?   15:37:00
11     A.   At the time he came to Ocean
12  Beach?
13     Q.   Yes.
14     A.   At least a minimum of 20.
15     Q.   Mr. Goodstadt asked you a lot of  15:37:08
16  questions about them not being certified by
17  Suffolk County.
18     A.   Correct.
19     Q.   Given their experience with the
20  New York City -- let's talk about Gary    15:37:19
21  Bosetti.  Given Gary Bosetti's experience with
22  the New York City Police Department were you
23  ever concerned that the public safety was at
24  risk because they were not certified by
25  Suffolk County?                 15:37:30

Page 782

Hesse

1      Hesse
2      A.   No.
3      Q.   Same question about Richie?
4      A.   No.
5      Q.   Same question about -- was Ty    15:37:35
6   Bacon certified?
7      A.   He was.  There was a mix up with
8   his paperwork.
9      Q.   Did you have any concern with
10  regard to any officer that was not certified  15:37:49
11  with regard to the public safety of Ocean
12  Beach?
13     A.   No.
14     Q.   Let's talk about Ty Bacon.  What
15  type of police officer was he?           15:37:59
16     A.   A good man, an honorable man,
17  takes a lot of pride in his job.  Good with
18  the community.  Good with the public.
19     Q.   As between the Bosetti's and the
20  five plaintiffs, who had -- who would you say  15:38:14
21  was the better police officer?
22         MR. GOODSTADT: Objection.
23     A.   In my opinion the Bosetti brothers
24  were better police officers.
25     Q.   And were the Bosetti's the type of  15:38:27

Page 783

Hesse

1      Hesse
2   officers that you wanted to have in your
3   kinder and gentler Police Department?
4      A.   Yes.
5      Q.   How about Ty Bacon?           15:38:38
6      A.   Yes.
7      Q.   Let's go back to the Halloween
8   incident, I am just going through my notes
9   from this morning to see.  Now Mr. Goodstadt
10  asked you some questions about your       15:39:00
11  communications with Frank Fiorillo, and
12  Fiorillo I think you indicated was angry when
13  you -- was angry when you gave him the results
14  of your investigation?
15     A.   No.                      15:39:13
16     Q.   Who was that?
17     A.   Kevin Lamm.
18     Q.   Kevin Lamm was angry.  Now was it
19  Kevin Lamm who said are we going to sweep this
20  under the rug as well?                15:39:22
21     A.   Yes.
22     Q.   Did Lamm ask, advise you as to
23  what he meant by as well with regard to
24  sweeping something under the rug?
25     A.   No.                      15:39:32

Page 784

Hesse

2 Q. Are you aware of anything that you
3 swept under the rug?
4 A. No.
5 MR. GOODSTADT: Objection.    15:39:36
6 Q. To your knowledge did Lamm go to
7 Chief Paradiso with his concerns that I guess
8 the Halloween incident was being swept under
9 the rug?
10 A. I don't know.    15:39:51
11 Q. Did Chief Paradiso ever advise you
12 that he thought it was being swept under the
13 rug?
14 A. No. Never.
15 Q. When did Lamm start working for    15:40:02
16 Ocean Beach?
17 A. Late 90s.
18 Q. Now, Mr. Goodstadt asked you some
19 questions about Gary Bosetti leaving the scene
20 of Hauser's Bar at some point in time after    15:40:18
21 the altercation. Do you recall those
22 questions
23 A. Yes.
24 Q. And I believe you said that Richie
25 Bosetti told you that his brother was dazed?    15:40:32

Page 785

Hesse

2 A. Yes.
3 Q. Now in your opinion, I think Mr.
4 Goodstadt asked you this question, if he
5 didn't he will object, do you find it strange    15:40:39
6 that someone -- even an off duty police
7 officer who was involved in a physical
8 altercation when he was attacked by no less
9 than two individuals and who was dazed and
10 hurt, would have left the scene; do you find    15:40:53
11 that strange?
12 MR. CONNOLLY: Objection.
13 MR. GOODSTADT: Objection.
14 A. No, I don't find that strange, no.
15 Q. Why don't you find that strange?    15:41:00
16 A. I think he wanted to go lay down.
17 I believe Richie had told me that he advised
18 him to go and go lay down.
19 Q. So if I understand you correctly,
20 at least according to Richie, Richie told you    15:41:13
21 that he told his brother to leave and go lay
22 down?
23 A. Correct.
24 Q. Now, Mr. Goodstadt asked you some
25 questions about whether or not you disciplined    15:41:46

Page 786

Hesse

1 Gary Bosetti for leaving the scene or doing
2 anything as it related to the Halloween
3 incident when he was off duty, do you recall
4 that?    15:42:03
5 A. Yes.
6 Q. Could you have disciplined Gary
7 Bosetti for something that he did while he was
8 off duty?
9 A. Yes.    15:42:09
10 Q. Is there a policy at Ocean Beach
11 that talks about disciplining off duty police
12 officers?
13 MR. GOODSTADT: Objection.
14 A. At that time?    15:42:18
15 Q. Yes.
16 A. I don't believe we had any
17 policies.
18 Q. Now Mr. Goodstadt asked you a
19 number of questions about your opinion of the    15:42:32
20 Lamm, Snyder, Fiorillo accounts of what went
21 on, do you recall that?
22 A. Yes.
23 Q. And those accounts were based upon
24 solely the accounts of the alleged victims; am    15:42:45

Page 787

Hesse

1 I correct?
2 A. Correct.
3 MR. GOODSTADT: Objection.
4 Q. And you said you believed that the    15:42:54
5 victims, the alleged victims' statements to
6 the three officers that night were lies, do
7 you recall that?
8 A. Yes.
9 Q. Did you initially believe that    15:43:02
10 they were lies when you first read them?
11 A. No.
12 Q. At what point in time did you come
13 to the conclusion that what Van Koot, Schalik
14 and I think Tesori stated to Lamm, Snyder    15:43:13
15 and/or Fiorillo that evening were lies?
16 A. When I spoke to Budd Jaeger and
17 Jean Jaeger.
18 Q. And why did what Jean and/or Budd
19 Jaeger say to you cause you to now believe    15:43:26
20 that what Schalik, Tesori and Van Koot said
21 were lies?
22 A. Put a whole different perspective
23 on what we believed happened.
24 Q. What was the different    15:43:39

Page 788

1          **Hesse**
2  **perspective?**
3       A.   Instead of Gary Bosetti just going
4  berserk in a bar in a drunken rage hitting
5  people in the bar with a pool stick, there     15:43:49
6  were other elements leading up to Mr. Gary
7  Bosetti defending himself and a third person
8  with the pool stick.
9       **Q.   Was your opinion that the initial**
10 **three statements -- was it your opinion that     15:44:03**
11 **the accounts given by Tesori, Schalik and Van**
12 **Koot were lies, was that reinforced when you**
13 **received subsequent statements from other**
14 **witnesses?**
15      A.   Yes.                    15:44:20
16      **Q.   I know I'm flipping back, so I**
17 **apologize.  Let's go back to the April 2006**
18 **time period.  You had various police officers,**
19 **you asked them to come to the beach?**
20      A.   Yes.               15:44:52
21      **Q.   You advised four of the plaintiffs**
22 **that they were not going to be rehired.  The**
23 **rest presumably if I am correct were going to**
24 **be rehired; right?**
25      A.   Yes.               15:45:00

Page 789

1          Hesse
2       **Q.   Other than Mr. Snyder?**
3       A.   Yes.
4       **Q.   Did you notify the village at any**
5  **point in time after April 2nd as to those     15:45:08**
6  **officers that were going to be hired for the**
7  **2006 season, or did they just show up when the**
8  **season started and say here I am?**
9       A.   There was no notification made
10 that they were going to be rehired.  They     15:45:23
11 basically got scheduled and started to work.
12      **Q.   How did the village know to pay**
13 **them?**
14      A.   I believe that twice, there is two
15 times a year that Civil Service sends out a     15:45:32
16 form that needs to be filled out by the
17 village that states which officers will be
18 working, and it gets verified by me, sent back
19 to the village office and sent on.
20      **Q.   So at some point in time there is  15:45:45**
21 **a communication between you and the Village**
22 **Clerk's office as to which officers were being**
23 **hired for the 2006 season?**
24      A.   Yes.
25      **Q.   Did Mayor Rogers ever advise you     15:45:57**

Page 790

1          **Hesse**
2  **that she needed to approve which officers for**
3  **the 2006 season were going to be rehired?**
4       A.   No.
5       **Q.   Did Trustee Loeffler ever advise     15:46:06**
6  **you that he needed to approve of who you**
7  **rehired for the 2006 season?**
8       A.   No.
9       **Q.   Were you aware that you needed to**
10 **run the names by either Mayor Rogers or     15:46:18**
11 **Loeffler?**
12      A.   I was never told that I had to do
13 that.
14      **Q.   Or any trustee?**
15      A.   No.               15:46:24
16      **Q.   To your knowledge did Paradiso**
17 **when he made the decision have to run the**
18 **names of the people that were being hired for**
19 **the particular season by either the mayor or**
20 **the trustees?**                 15:46:36
21      A.   I was unaware.
22      **Q.   Did Mayor Rogers ever advise you**
23 **that you acted improperly by not clearing the**
24 **seasonal police officer staff with her first?**
25      A.   No.               15:46:49

Page 791

1          Hesse
2       **Q.   How about any trustee?**
3       A.   No.
4       **Q.   Now, you discussed with Mr.**
5  **Goodstadt on the first day of your testimony     15:47:58**
6  **with regard to certain comments that Mayor**
7  **Rogers said with regard to Mr. Paradiso.  Do**
8  **you recall being asked certain of those**
9  **questions?**
10      A.   Vaguely.               15:48:11
11      **Q.   Do you recall being advised that**
12 **Ms. Rogers believed that there was some**
13 **liabilities with regard to Chief Paradiso?**
14      A.   Vaguely.
15      **Q.   What did you mean by liabilities;  15:48:21**
16 **you would have to know what the question was?**
17      A.   Yes, I would need to hear it.
18      **Q.   Okay.**
19          **Well let me be more specific.  I**
20 **believe you testified and correct me if I am     15:48:34**
21 **wrong that Mayor Rogers expressed some**
22 **disappointment with the chief when you spoke**
23 **to her concerning the notice of claim?**
24          MR. GOODSTADT:  Objection.
25      **Q.   Did you ever speak to Mayor Rogers  15:48:45**

Page 792

1          **Hesse**
2    **about the notice of claim?**
3          A.   Yes.
4          **Q.   And in that conversation did you**
5    **have -- did you discuss Chief Paradiso?**          15:48:53
6          A.   Yes.
7          **Q.   What did Mayor Rogers say to you**
8    **concerning Chief Paradiso at that time?**
9          A.   I just remember her being unhappy
10   with the way he ran things.                    15:49:04
11         **Q.   Do you recall specifically what**
12   **Mayor Rogers said?**
13         A.   Off the top of my head right now,
14   no.
15         **Q.   Radio codes, again Mr. Goodstadt**   15:49:12
16   **asked you and you rolled your eyes, Mr.**
17   **Goodstadt asked you some questions about radio**
18   **codes?**
19         A.   Yes.
20         **Q.   Did Mr. Nofi ever advise you that**   15:49:42
21   **he had issued a 10-1 and that any police**
22   **officer failed to respond to the 10-1?**
23         A.   He never complained, no.
24         **Q.   Did he ever say anything to you,**
25   **even if it was not a complaint, that he had**   15:49:58

Page 793

1          **Hesse**
2    **issued a 10-1 and no one came to assist him?**
3          A.   No.
4          **Q.   Did you ever hear a rumor prior to**
5    **seeing this lawsuit that Joe Nofi had issued a**   15:50:07
6    **10-1 and no one came to help him?**
7          A.   No.
8          **Q.   Did you ever receive a**
9    **communication, I am not even talking about a**
10   **complaint now, did you ever receive a**          15:50:25
11   **communication from any police officer that**
12   **another police officer didn't know a radio**
13   **code?**
14         MR. GOODSTADT:  Objection.
15         A.   No.                         15:50:38
16         **Q.   Did you ever receive a**
17   **communication from any resident of Ocean Beach**
18   **that the police didn't respond to something**
19   **involving that particular resident because a**
20   **particular officer did not know the right**          15:50:54
21   **radio code?**
22         MR. GOODSTADT:  Objection.
23         A.   No.
24         **Q.   Let me ask you something.  Was it**
25   **appropriate for a police officer at Ocean**   15:51:07

Page 794

1          **Hesse**
2    **Beach while in uniform to go into a private**
3    **residence, sit down and drink a beer?**
4          A.   Would it be inappropriate?
5          **Q.   Yes.**                      15:51:22
6          A.   In my opinion yes.
7          **Q.   While they were on duty in**
8    **uniform?**
9          A.   Absolutely, yes.
10         **Q.   How about if they went into a**      15:51:28
11   **resident's house, had a woman sit on his lap,**
12   **drink a beer and have a picture taken?**
13         A.   It is inappropriate.
14         MR. GOODSTADT:  I think we are --
15   you have no foundation that they even     15:51:49
16   drank a beer.  No foundation.
17         MR. NOVIKOFF:  Okay.  You could
18   have objected to form.
19         MR. GOODSTADT:  You are asking
20   hypotheticals.                    15:51:59
21         MR. NOVIKOFF:  That is true.
22         MR. GOODSTADT:  If you mentioned
23   one of my clients then maybe I would have
24   said objection.  But you are speaking
25   hypothetically.                    15:52:07

Page 795

1          Hesse
2          MR. NOVIKOFF:  Well it is what it
3    is.
4          **Q.   In response to I think Mr.**
5    **Goodstadt's question again on the radio codes,**   15:52:22
6    **I think you said that the officers always**
7    **spoke the codes as well as plain talk, do you**
8    **recall that?**
9          A.   Yes.
10         **Q.   What does plain talk mean?**        15:52:33
11         A.   Basically what we are doing now.
12   Just talking to each other.  Just give him the
13   type of call it was, you know, for what it
14   was.
15         **Q.   Give me an example?**             15:52:42
16         A.   Like we get a complaint of noise
17   somewhere.  So the dispatcher would pick up
18   the radio, he would assign it to an officer.
19   The officer would respond and he would say, we
20   have a 10-17, noise complaint at 668 Ocean     15:52:53
21   Breeze.
22         **Q.   Okay.  Flipping back a little bit,**
23   **sorry, I don't think I asked you this**
24   **question.**
25         **Did Lamm or any other officer ever**   15:53:04

Page 796

1        **Hesse**
2   **advise you that people dumped beer near them**
3   **when they were walking on the beach?**
4        A.   We had an incident.
5        **Q.   What is that incident?**        15:53:18
6        A.   We had an incident that Kevin Lamm
7   and Tommy Snyder were standing on a foot post
8   and Ocean Breeze and Bay Walk, and some punk
9   took a beer, poured it down the ledge of the
10  building and it dripped on to Tom Snyder.    15:53:35
11       **Q.   Now there is an allegation in the**
12  **complaint about beer being thrown from a**
13  **second or third floor story near Mr. Lamm.  Do**
14  **you recall seeing that?**
15       A.   The complaint?        15:53:50
16       **Q.   Yes.**
17       A.   Yes.
18       **Q.   To your understanding is that the**
19  **incident that you are discussing?**
20       A.   That is the only one that I know    15:53:57
21  of.
22       **Q.   Was the allegations in the**
23  **complaint about that incident accurate?**
24       MR. GOODSTADT:  Objection.
25       A.   It was exaggerated.        15:54:06

Page 797

1        Hesse
2        **Q.   How was it exaggerated?**
3        A.   I need you to read it to me so I
4   can --
5        **Q.   Let me go find it.  You know what,** 15:54:15
6   **let me mark the following complaint because I**
7   **just want to make sure that we covered the**
8   **allegations.  I apologize, I tried to do it a**
9   **little expeditiously and I don't want to mess**
10  **it up.**                15:54:59
11       MR. CONNOLLY:  While this is being
12  marked let's go off the record.
13       THE VIDEOGRAPHER:  The time is
14  3:56, we are off the record.
15       (Recess taken.)            15:55:08
16       THE VIDEOGRAPHER:  The time is
17  4:05, we are on the record.
18       MR. NOVIKOFF:  We are going to
19  stop the deposition today after all
20  counsel have had a discussion off the    16:03:28
21  record.  We are going to continue with
22  the deposition of Mr. Hesse and hopefully
23  complete it on August 17th.
24       We are confirmed for Mr. Carollo
25  at this office here at 2 o'clock next    16:03:43

Page 798

1
2   Tuesday, and counsel will discuss the
3   briefing schedule either tomorrow or
4   early next week.
5        MR. GOODSTADT:  No objection.    16:03:53
6        MR. CONNOLLY:  With the request
7   being that if he pushed back one week
8   subject to court consent.
9        MR. NOVIKOFF:  Okay.
10       THE VIDEOGRAPHER:  The time is    16:04:03
11  4:05.  We are off the record.
12       (Time noted:  4:05 p.m.)
13       _____
14         GEORGE HESSE
15
16  Subscribed and sworn to before me
17  this ___ day of _____, 2009
18
19  _____
20
21
22
23
24
25

Page 799

1
2        C E R T I F I C A T E
3   STATE OF NEW YORK   )
4                   : ss.
5   COUNTY OF NEW YORK  )
6
7        I, Philip Rizzuti, a Notary
8   Public within and for the State of New
9   York, do hereby certify:
10       That GEORGE HESSE, the witness
11  whose deposition is hereinbefore set forth,
12  was duly sworn by me and that such
13  deposition is a true record of the
14  testimony given by the witness.
15       I further certify that I am not
16  related to any of the parties to this
17  action by blood or marriage, and that I am
18  in no way interested in the outcome of this
19  matter.
20       IN WITNESS WHEREOF, I have
21  hereunto set my hand this 18th day of
22  August, 2009.
23
24       _____
25         PHILIP RIZZUTI

Page 800

```
 1
 2   ----------------- I N D E X ----------------
 3   WITNESS        EXAMINATION BY        PAGE
 4   GEORGE HESSE      Mr. Goodstadt      491
 5             Mr. Novikoff       679
 6
 7   ------------ INFORMATION REQUESTS -----------
 8   DIRECTIONS:      None
 9   RULINGS:        None
10   TO BE FURNISHED:  None
11   REQUESTS:        619, 638
12   MOTIONS:        None
13
14   ----------------- EXHIBITS -----------------
15   Hesse Exhibit 17, photocopy of    524
16   photographs,
17   Hesse Exhibit 18, incident        529
18   report,
19   Hesse Exhibit 19, handwritten     543
20   statement, November 1, 2004,
21   Hesse Exhibit 20, handwritten     554
22   statement, November 2, 2004,
23   Hesse Exhibit 21, internal        562
24   correspondence, November 12,
25   2004,
```

Page 801

```
 1
 2   Hesse Exhibit 22, internal       569
 3   correspondence, December 10,
 4   2004,
 5   Hesse Exhibit 23, typewritten    577
 6   document dated 11/5/04 to George
 7   Hesse,
 8   Hesse Exhibit 24, internal       588
 9   correspondence, November 7,
10   2004,
11   Hesse Exhibit 25, Ocean Beach    599
12   Police Department, document
13   dated 11/5/2004,
14   Hesse Exhibit 26, incident       604
15   report, 12/11/2004,
16   Hesse Exhibit 27, letter dated   612
17   March 11, 2006,
18   Hesse Exhibit 28, Employment,    664
19   Collier County Sheriff's Office,
20   Employment Reference Prior
21   Experience,
22
23
24
25
```

Page 802

```
 1
 2        *** ERRATA SHEET ***
 3   NAME OF CASE: CARTER VS. OCEAN BEACH
     DATE OF DEPOSITION:  August 6, 2009
 4   NAME OF WITNESS:   GEORGE HESSE
     PAGE  LINE     FROM      TO
 5   _____|_____|_____|_____
 6   _____|_____|_____|_____
 7   _____|_____|_____|_____
 8   _____|_____|_____|_____
 9   _____|_____|_____|_____
10   _____|_____|_____|_____
11   _____|_____|_____|_____
12   _____|_____|_____|_____
13   _____|_____|_____|_____
14   _____|_____|_____|_____
15   _____|_____|_____|_____
16   _____|_____|_____|_____
17   _____|_____|_____|_____
18   _____|_____|_____|_____
19
20        _____
21        GEORGE HESSE
22   Subscribed and sworn to before me
23   this _____ day of _____, 2009.
24   _____     _____
25   (Notary Public)     My Commission Expires:
```

## A

**ability (5)**
521:21 522:2,12
542:11 572:3
**able (7)**
492:24 506:20 589:15
640:9 768:2,3
778:13
**abrupt (3)**
756:8,14 769:3
**absence (1)**
626:18
**Absolutely (13)**
590:3,6 623:19
636:22 709:20,23
710:2 716:17
735:24 740:6
762:25 763:2 794:9
**abuse (2)**
633:19 635:2
**abused (2)**
632:17 633:5
**abuses (1)**
632:10
**abusing (1)**
632:22
**academy (1)**
774:16
**account (3)**
551:9 602:15 608:15
**accounted (1)**
733:16
**accounts (4)**
786:21,24,25 788:11
**accurate (3)**
547:25 580:25 796:23
**accusations (1)**
685:7
**acknowledge (2)**
726:24 727:16
**acknowledged (4)**
691:23 692:2 698:13
727:11
**acknowledging (1)**
726:21
**acquaintance (1)**
551:12
**acquaintances (1)**
550:2
**acquisitions (1)**
692:20
**act (7)**
700:19 701:16 762:23
762:25 767:2
768:10 770:9
**acted (1)**
790:23
**acting (22)**
487:11 610:17 611:4
611:14,14,19 615:8

680:20 681:3
752:21 753:6
754:17,21 755:2,15
756:5 763:22
765:11 773:12,15
775:4 776:21
**action (8)**
566:13,18 679:21
682:23 693:17,23
695:18 799:17
**actions (6)**
534:16 648:5,6
695:21 744:2
765:17
**actively (2)**
615:11 650:12
**actual (4)**
502:19 671:7 723:18
773:11
**add (3)**
603:19 647:5 669:3
**added (2)**
602:11 669:14
**additional (4)**
603:21 653:12,16
686:7
**address (2)**
601:3 747:11
**admission (1)**
516:21
**admit (2)**
725:10,11
**admitted (6)**
516:18 726:6,14,25
727:18 741:6
**advice (1)**
760:5
**advise (21)**
663:5,7,10 681:6,10
682:17,21 683:3
715:25 725:23
726:2,13 734:24
770:17 783:22
784:11 789:25
790:5,22 792:20
796:2
**advised (6)**
638:4 716:20 754:24
785:17 788:21
791:11
**advising (1)**
715:10
**affect (3)**
522:12 572:3 764:23
**affiliated (1)**
734:15
**affirmatively (1)**
693:23
**afraid (2)**
501:18 765:2

**afternoon (1)**
679:10
**age (7)**
735:6,13,22 736:3,10
736:15,19
**aggressive (2)**
728:21,23
**ago (4)**
507:10 666:12 718:3
718:5
**agree (7)**
684:7,15 698:2 700:8
700:15 708:11
727:22
**agreement (3)**
598:25 599:3 693:6
**Airport (3)**
656:4 661:12 773:19
**alcohol (8)**
492:14,19,19 493:12
493:16 494:8
705:15 760:15
**alert (4)**
498:19,22 608:4
614:9
**alerted (2)**
584:23 612:3
**allegation (4)**
577:8 628:2 740:21
796:11
**allegations (11)**
709:8 738:22 739:2
740:25 741:3
744:14,19,24
777:13 796:22
797:8
**allege (1)**
738:15
**alleged (17)**
542:3 546:20 559:20
619:24 625:7
628:11 630:20
633:19 635:2 638:9
697:18 701:8
705:20 718:8,17
786:25 787:6
**allegedly (2)**
546:9 632:17
**Allison (3)**
487:14 608:12 751:24
**allocute (1)**
725:18
**allocuted (3)**
720:12 725:9 727:24
**allocution (1)**
725:4
**allow (1)**
707:21
**altercation (14)**
501:16 564:17 695:25

697:10 698:4
699:17 700:25
707:5,10,23 708:4
708:20 784:21
785:8
**ambulance (2)**
530:5 531:19
**amend (1)**
606:19
**amount (2)**
557:3 764:23
**Amtrak (1)**
674:20
**analysis (1)**
547:16
**Andrew (2)**
489:8 678:4
**and/or (2)**
787:16,19
**angry (15)**
596:3,7 632:10 635:9
641:2,5 648:5
691:16 692:16,19
693:3 772:21
783:12,13,18
**announce (1)**
644:2
**announced (1)**
643:14
**announcement (1)**
644:8
**answer (11)**
504:23 519:11 571:24
576:13 620:22
694:13,15 713:15
713:16 722:20
728:16
**answered (2)**
567:23 751:22
**anybody (36)**
495:22 498:9,19,22
499:6 511:14 517:7
519:7,13,18 527:25
530:7 531:18
533:10,11 546:23
564:11 585:20
607:21 612:3
622:10 628:10
629:15 641:8
644:10 675:10
675:13,17,21
677:15 682:2 738:6
738:11 775:8
777:10 778:3
**anyplace (2)**
729:23 730:8
**anyway (2)**
733:20 774:10
**apart (1)**
762:19

**apologize (2)**
788:17 797:8
**appearance (5)**
637:5,16,23 689:23
719:5
**appeared (2)**
703:11,14
**applicant (2)**
668:7 683:20 686:11
**applicant's (3)**
687:2,9,14
**application (1)**
675:22
**applying (2)**
655:14 673:8
**appoint (1)**
496:21
**appointed (6)**
610:17 712:23 714:24
752:21 753:6
773:10
**appointment (2)**
756:4 773:11
**approach (1)**
563:21
**approachable (2)**
778:2,3
**appropriate (3)**
564:17 565:4 793:25
**approval (2)**
713:20,25
**approve (4)**
497:23 498:4 790:2,6
**approximately (5)**
491:8 569:12 571:22
574:17 748:14
**April (34)**
607:7,14 612:12
614:11,22 615:3,6
615:20 622:24
623:4,5 625:23
640:6 643:25
680:10,12,14,19,25
681:7,11,18,20
682:10 690:5,19
691:10 735:12
747:11 751:11,12
752:5 788:17 789:5
**area (6)**
703:9 741:12 742:5
742:13,15,16
**areas (1)**
683:21
**argumentative (1)**
764:21
**Arnie (1)**
641:8
**arraigned (6)**
712:10,13 720:9,17
721:13,13

**arraignment (1)**
723:7
**arrest (14)**
557:5 566:25 567:8
594:14 595:4
711:14 712:7
716:19 718:22
719:18 720:14,19
721:6 778:15
**arrested (10)**
556:11 557:19 710:21
710:23 711:3,12,22
713:6,10,19
**arresting (6)**
713:24 714:10,13,18
714:19 715:14
**arrests (1)**
710:18
**ascertain (1)**
685:19
**Ashroken (1)**
660:8
**aside (2)**
688:19 758:11
**asked (77)**
495:20 496:6,24
503:11,18 507:14
508:3,22,23 509:2
511:10 521:7,14
536:2 540:16
541:24 543:5
545:15 546:16
559:11,15,22 567:2
567:22 569:8
573:16 574:6,10
576:9 578:23 579:5
590:18,20 597:6
606:18 608:9
609:14,16 617:25
618:19 624:7
625:25 635:16
636:9 637:10
639:13 644:12
647:6 651:15,17
663:3 671:10
675:14 683:23
694:8 702:18 716:9
729:9 732:17 733:7
739:14 743:4
749:25 750:2,10
752:12 781:15
783:10 784:18
785:4,24 786:19
788:19 791:8
792:16,17 795:23
**asking (22)**
496:2,14 498:10
535:6,7 542:6 549:9
549:10 560:3
564:23,24 573:4

576:2 580:4 605:20
629:4 654:25 655:2
655:11 680:4
731:12 794:19
**ass (1)**
768:15
**assault (6)**
526:24 711:5,13
715:20 719:2,2
**assembled (2)**
640:14 644:18
**assessment (5)**
520:17 547:24 548:5
549:6,19
**asshole (2)**
768:14 770:3
**assholes (2)**
639:4 645:7
**assign (3)**
743:17,24 795:18
**assigned (3)**
608:15 741:23 742:8
**assigning (1)**
776:4
**assignment (1)**
501:9
**assist (5)**
496:6 497:13 498:24
500:8 793:2
**assistance (2)**
498:5 500:4
**Assistant (1)**
490:5
**assisting (1)**
545:8
**associated (2)**
681:2 742:10
**assume (4)**
703:25 704:5,8,14
**assuming (2)**
677:21 727:23
**attach (1)**
732:24
**attack (1)**
768:10
**attacked (1)**
785:8
**attempt (4)**
518:7,12,16,25
**attempted (4)**
504:3 563:24,25
725:20
**attend (1)**
502:20
**attitude (5)**
637:17 690:24 691:15
758:3,4
**attorney (10)**
490:5 713:3 716:18
717:16 718:16

720:10 724:7,11,15
733:6
**attorneys (5)**
489:5,11,17 712:22
724:18
**Attorney's (11)**
585:14,21 586:7
712:18,23 713:12
713:20 714:2,12
718:7 723:6
**audio (8)**
648:10,14 649:6,8,9
649:11,19,21
**August (8)**
487:22 488:4 491:7
717:2 774:23
797:23 799:22
802:3
**authority (3)**
615:16 710:13 769:6
**automatically (1)**
713:10
**available (4)**
634:21 666:18,22
775:8
**Avenue (2)**
489:6 635:20
**aware (27)**
523:2,8,13 677:10,15
679:13,15,17
681:17,22,23 682:2
684:18 685:23
686:2 691:19
717:15,19 718:15
723:10,12,14
734:24 754:16
775:3 784:2 790:9
**a.m (2)**
488:5 491:8

_____
**B**
_____

**B (2)**
487:11 489:11
**baby (1)**
755:22
**Babylon (2)**
654:6 675:5
**back (59)**
491:18 493:21 504:19
514:3 529:22
530:18 549:4,18
568:7 571:4 585:4
609:21,22 610:4,8
616:7,10,15 618:4
623:9 625:3 634:22
635:21 636:10
640:9 646:15
652:22 659:24
662:10,20 673:25
674:2,3 691:21

697:4 699:22
703:16,20 706:18
708:3 713:13 715:5
721:9 723:17
731:13 738:8
743:15 751:22
757:24 761:11
771:8 774:9,25
783:7 788:16,17
789:18 795:22
798:7
**backed (1)**
624:6
**background (3)**
517:2,6,12
**backing (1)**
624:8
**Bacon (5)**
641:7,17 782:6,14
783:5
**bad (4)**
650:5 688:23 729:5
729:15
**badge (1)**
759:23
**bail (5)**
732:18,19,21,22
733:16
**ball (4)**
760:18,20 769:19,20
**BAPTISTE (8)**
490:4 499:3 551:4
567:15 585:2 586:4
714:5,8
**bar (16)**
492:4 493:9 504:25
567:16,21,24 568:8
701:9 706:9,13
728:24 736:22
755:23 784:20
788:4,5
**Barberry (1)**
538:9
**barely (1)**
550:22
**bargained (1)**
720:11
**barracks (1)**
538:20
**bars (8)**
731:2,7,16 735:5,14
735:23 737:4
742:15
**based (16)**
517:18 556:22,23
557:2,3 581:12
669:4,11 677:25
684:16 700:23
708:17 712:25
752:20 768:25

786:24
**basically (12)**
504:11 508:22 540:16
541:6 715:22 739:6
742:2,13 750:10
764:14 789:11
795:11
**basis (12)**
493:19 514:9 520:8
525:18 556:25
585:6 610:11
623:14 718:6
760:22 778:17
780:21
**Bates (11)**
524:17 544:7 554:9
562:3 570:5 578:2
588:22 600:18
604:23 612:25
664:12
**bathroom (10)**
540:18 541:3,5
699:17,22 700:11
703:9 704:7,10,17
**bay (14)**
621:9 653:19,23
660:4 672:20
674:14 675:2,5
738:16 740:4
741:14,20 742:3
796:8
**beach (86)**
487:8,10 489:18,19
491:7 499:7 511:15
564:14,18 565:3
567:17 584:25
599:8,10 601:2
607:4 608:15
610:25 611:17,20
612:4,5 614:10
626:11,23 650:7
659:20 677:12,16
680:25 681:14,24
682:12,19,25 683:7
709:9 712:17 713:2
717:17 721:9
729:23 730:4,8,12
730:13,15 731:17
732:6 734:2,15
735:5,12,14 737:4
737:15,19,24
738:12 749:6
753:22 756:4
760:14,14,16,19,24
761:9 776:15,17
777:19,22 778:18
779:22 780:2,12
781:12 782:12
784:16 786:11
788:19 793:17

794:2 796:3 801:11 802:3
**bearing (10)**
524:17 544:7 554:9 570:5 578:2 588:22 600:18 604:23 612:25 664:12
**becoming (2)**
641:11 684:18
**beer (6)**
794:3,12,16 796:2,9 796:12
**began (1)**
699:17
**beginning (1)**
776:21
**behalf (4)**
650:20 654:16 670:14 675:21
**belief (6)**
493:19 514:9 520:8 616:11 685:5 718:6
**believe (147)**
492:5 493:18,20 494:19 495:6,13,20 496:17,23 500:14 500:17,25 502:10 506:23 507:17,22 509:15,19 510:14 513:9,21,25 514:14 514:20 516:3,14,15 521:12 522:9,11,15 523:18 524:5,8 525:17 526:22 528:11 534:7 535:5 535:21 537:7,13,20 539:14 541:10 543:3 545:2,5,14,21 548:21,24 549:11 549:12 552:4,8 556:5,10 558:22 560:12,20 561:13 562:22 563:20 566:17 567:8,24 568:5,20 569:8 571:16 573:3,15,18 575:20,25 578:22 579:8,10 581:4,6,11 584:13 587:25 589:8 593:24 594:12,15 596:7,17 596:18 597:23 602:25 607:7 608:7 608:12 609:13 612:7 626:2 630:23 631:2,11 645:24 647:24 649:24,25 650:17 651:5 653:6 653:17 654:17,23 655:22 657:17,18

659:2 660:12,18 661:22 665:22 670:11 671:6 673:24 685:22 703:14 706:5,17 715:2,21 717:21,23 720:8 722:10,18 724:12 728:17,19 728:20 739:10 754:10 784:24 785:17 786:17 787:10,20 789:14 791:20
**believed (8)**
515:19 542:5 615:17 735:19,21 787:5,24 791:12
**believes (3)**
508:5 579:22 693:14
**bell (1)**
651:10
**belligerent (4)**
515:10,14 520:20,25
**berate (3)**
756:21,24 759:18
**berserk (1)**
788:4
**best (17)**
546:16 575:7 587:7 625:20 627:3 632:14 634:2 640:8 641:4 657:5 691:5 725:5,14,17 769:21 772:24 774:10
**Beth (1)**
714:24
**better (6)**
589:16 640:19 757:6 762:23 782:21,24
**beverages (1)**
760:15
**beyond (1)**
576:25
**big (3)**
633:2 767:24 768:9
**bike (7)**
756:17,20 758:13,20 759:12 760:17 761:7
**bit (12)**
649:17 713:14 714:10 731:13 732:15 737:2 744:11,22 747:9 758:12,22 795:22
**bitch (2)**
757:20 758:2
**blame (2)**
762:19,20
**blank (2)**

599:25 739:17
**blatant (1)**
548:10
**blink (1)**
705:11
**blocked (1)**
703:19
**blocks (1)**
742:6
**blog (15)**
676:4,5 677:5,8,13,16 678:2 680:5,7,8,10 680:17,24 681:8,12
**blogging (5)**
681:23 682:11,18,24 683:6
**blood (1)**
799:17
**board (10)**
497:23 498:4,10 499:7 612:5 616:12 630:3,8 753:6 763:6
**boat (5)**
626:11 721:9 746:6 749:5,6
**book (7)**
550:4,11,21,22,24 551:3 760:13
**books (1)**
763:21
**boring (1)**
729:19
**Bosetti (102)**
501:17 504:4,4,25 505:12,13,15,18,25 514:5,7,15 516:2,8 516:11 517:22 518:11,12,17 533:15,18 538:10 538:16 545:24 546:11,21 547:15 551:25 560:13 561:11,11 562:14 563:25 567:25 568:16,23 570:12 570:16 572:17,21 572:24 576:13 581:19,24 582:2,7 598:17 641:7 645:10 695:19,22 696:2,7 697:10 698:5,6,9 700:10,12 700:17 701:2,10,14 701:21 702:6 704:6 704:9,15,19,22,25 706:24 707:5 708:5 708:13,21 710:21 711:6,13 716:15,16 725:11,20,24 726:7 726:14,21 727:2,12

727:19 739:10 777:18 778:19 781:10,21 782:23 784:19,25 786:2,8 788:3,7
**Bosetti's (31)**
571:14 582:23 583:3 584:4,11,14,16 590:2 641:17 642:5 642:10,17,21 643:4 644:22 645:3 715:21,22 716:7,7 734:8,11 736:2,8 738:15 739:22 777:14,18 781:21 782:19,25
**boss (1)**
641:20
**bother (2)**
530:7 531:18
**bottle (1)**
493:13
**bottom (4)**
506:12,17 664:19 695:13
**bouncer (1)**
697:17
**box (2)**
490:8 733:2
**Boy (1)**
650:16
**brace (4)**
706:2,6,10,14
**brag (2)**
626:20,25
**bragging (1)**
771:25
**break (4)**
720:13 731:13 745:7 752:3
**Breeze (2)**
795:21 796:8
**Brian (6)**
492:5 523:3,13,20 710:24 711:2
**brief (1)**
653:4
**briefing (1)**
798:3
**briefly (2)**
491:24 596:9
**bring (2)**
732:21 766:8
**bringing (2)**
703:13 765:20
**brings (1)**
679:21
**broad (2)**
734:4,6
**broader (1)**

737:2
**broke (1)**
541:4
**Brookhaven (2)**
654:11,22
**brother (3)**
563:25 784:25 785:21
**brothers (3)**
598:17 641:8 782:23
**brought (5)**
577:5 691:22 694:24 717:4,8
**brushed (1)**
643:11
**Bucksbaum (1)**
739:14
**Budd (6)**
500:25 517:17,19 702:5 787:17,19
**budget (4)**
623:18 634:4,6 638:24
**building (2)**
490:7 796:10
**bureau (1)**
715:4
**burglary (1)**
778:12
**business (2)**
747:25 748:16
**busy (1)**
530:6

_____

|   C   |
**C (5)**
487:8 489:2 490:2 799:2,2
**cabinet (5)**
738:16 739:7,8,23 740:3
**cable (1)**
553:14
**caboodle (1)**
715:23
**calendar (2)**
609:8 646:18
**call (41)**
496:15,18,25 507:11 507:16 508:3,7 531:20 540:6,6,11 540:12 541:9 551:12 608:11,20 609:6,12 648:21,25 649:4 655:13 656:4 656:16,20 658:10 658:17 662:21 673:17,21,25 674:3 707:11 708:19 737:14 749:22 752:4 773:20 776:7

776:7 795:13
**called (27)**
491:10 496:17,23
504:5,8 507:13
508:21 513:25
608:8 609:14
626:10 655:25
656:18 657:14,15
657:15,18 660:13
673:2,10 674:2
728:9 732:20 742:4
743:21 757:12
773:24
**calling (4)**
634:16 656:19 659:8
750:6
**calm (2)**
758:12 768:2
**candidate (2)**
496:20 772:7
**capable (1)**
776:10
**capacity (5)**
487:9,10,12,15 681:2
**captain's (1)**
768:6
**car (11)**
617:21 618:3,18,20
618:22 619:16
622:18 733:14
743:22 744:5
745:23
**cards (1)**
739:17
**care (5)**
568:3 694:15 703:18
731:9 759:13
**career (1)**
632:15
**careers (6)**
647:15 692:6,11,21
693:16,24
**Carollo (1)**
797:24
**carried (2)**
759:23,23
**carrying (1)**
734:25
**cars (1)**
746:3
**cart (1)**
743:20
**Carter (43)**
487:3 491:5 582:16
582:22 583:7 584:2
584:6,8,10 626:15
626:17 628:3,14
629:21 630:5 640:2
641:19 642:2
644:18 647:25

648:19 649:22
655:21,23,24 656:6
656:14,21,23 657:8
657:23 675:17
688:19 689:3
734:19 740:16
754:9 771:14,15
777:7 779:10 780:9
802:3
**Carter's (2)**
627:18 657:14
**case (8)**
493:12 543:19 589:16
648:13 650:6
658:21 715:2 802:3
**case-by-case (1)**
735:16
**cash (3)**
553:18 732:25 733:15
**catching (1)**
735:10
**categorically (1)**
742:18
**caught (3)**
733:13,20 735:16
**cause (4)**
610:9 719:12 766:7
787:20
**caused (1)**
551:2
**cautious (1)**
765:5
**CCSO (3)**
664:12 683:11,11
**cc'd (1)**
612:8
**cell (6)**
507:13 707:11,24
708:2,3,19
**certain (10)**
616:5 720:25 738:15
758:4 760:16,17
763:7 765:17 791:6
791:8
**certainly (1)**
682:4
**certified (4)**
781:16,24 782:6,10
**certify (2)**
799:9,15
**chance (1)**
636:4
**change (2)**
764:22 777:24
**changed (5)**
764:4,5,15,17 777:24
**changes (5)**
764:2 767:8 769:15
771:17 772:12
**channel (1)**

776:8
**characterize (3)**
689:3 695:15,17
**charge (3)**
616:6,8,14
**charged (1)**
720:24
**charges (13)**
712:9,10,11 715:6,7
715:11,19 716:11
717:4,9 721:25
722:4,14
**check (8)**
517:2,6,13 525:25
616:8,22 667:25
766:13
**checkpoint (8)**
583:15 589:7 745:6,6
746:15,20,25 747:6
**checkpoints (3)**
744:15 745:2,9
**checks (1)**
667:20
**Cherry (38)**
496:6 497:10,20
498:10,15,23 500:3
500:12 501:5,8,24
501:25 502:8,25
503:9 505:23 508:9
510:19,22 521:7
529:25 532:21
533:8 539:18
541:11,11 543:15
543:15 545:8
554:15,20 555:17
555:17 559:10,14
561:9 594:25
709:24
**Cherry's (4)**
497:24 498:20 593:6
593:10
**Chester (5)**
608:12 611:24 751:24
752:4,13
**chief (55)**
487:11 496:23,25
497:4 565:9 610:17
614:24 615:8,8,12
617:11 624:18
632:21 652:20
656:3 658:11,15,16
658:19 659:18,23
673:25 674:3
680:20 681:3
686:10,25 695:17
695:19,21,21
701:20 709:21
715:4 728:10
752:22,25 753:7
754:17,22 755:2,16

756:5 763:23
765:11 773:12,16
775:4 776:21 784:7
784:11 791:13,22
792:5,8
**chiefs (2)**
627:22,23
**chip (1)**
759:24
**choke (1)**
703:6
**choking (2)**
711:5 725:10
**chose (2)**
595:17 618:10
**Chris (4)**
645:25 725:12,13,18
**Christmas (2)**
775:9,9
**Christopher (3)**
710:24 711:9 726:2
**cigarette (1)**
671:8
**circle (1)**
749:12
**circulating (1)**
577:10
**citizen (1)**
737:15
**citizens (1)**
737:18
**city (10)**
564:16,25 641:9,11
641:19,21,22
777:20 781:20,22
**civil (15)**
487:13 498:16,19,22
584:23 608:8,11,14
608:18 611:10
636:20 648:7 733:6
752:20 789:15
**CJ's (8)**
492:11,13 494:7
530:12,15,18,21
531:5
**claim (14)**
666:10,13,15,17
684:14,18,20,21
685:9,12,18,24
791:23 792:2
**claimed (3)**
501:17 576:18 582:8
**claiming (2)**
597:13,24
**claims (2)**
685:3,4
**clarify (2)**
620:23 761:5
**classic (1)**
742:23

**clean (1)**
695:3
**clear (12)**
494:6 512:21 522:21
603:20 604:3
605:24 610:14,24
629:11 731:14
743:14,16
**clearer (1)**
738:4
**clearing (1)**
790:23
**clearly (1)**
605:14
**clerk (7)**
611:15,16,19 612:8
631:4 685:13 719:3
**Clerk's (1)**
789:22
**clients (1)**
794:23
**close (2)**
686:12 721:21
**closed (7)**
492:24 493:3 700:11
704:8,11,17 733:15
**coat (1)**
657:12
**cocaine (1)**
556:12
**code (5)**
654:8 760:13 765:19
793:13,21
**codes (4)**
792:15,18 795:5,7
**Collier (16)**
661:23 662:19 664:2
664:6 669:19 670:3
670:14 684:10,17
686:16,20 687:8,13
687:18,23 801:19
**colloquy (2)**
669:12,14
**come (47)**
493:2 496:5 497:12
500:3 504:13 505:3
543:4 545:12 550:8
561:17 562:23
564:3 565:8 566:24
569:6 570:16
589:12 598:16
605:17 613:8,16
616:7,10 617:5
624:21 626:23
627:14 633:7,14
640:5 643:13 657:7
660:19 721:2 738:4
756:11 757:2 760:4
762:14,16 770:4
778:13,20,25 779:4

787:13 788:19
**comfortable (2)**
771:16 772:11
**coming (5)**
491:18 601:5 623:8
667:8 774:8
**command (2)**
768:6 770:10
**commenced (1)**
500:12
**commencing (2)**
499:19 501:5
**comment (2)**
665:16 687:2,9,13
**comments (8)**
513:22,24 641:18
689:4 718:9 749:15
749:20 791:6
**Commission (1)**
802:25
**committing (2)**
700:18 701:15
**communicate (9)**
630:18 653:19 661:3
661:7,11,16 691:4
691:18 693:22
**communicated (3)**
636:8 655:3 658:8
**communicating (1)**
723:17
**communication (8)**
715:9 720:23 723:5
773:24 789:21
793:9,11,17
**communications (9)**
672:8 679:25 688:25
690:18 691:9
714:11,17 751:23
783:11
**community (4)**
755:20 756:9 778:23
782:18
**complain (18)**
729:22 730:20,25
731:5,15,20,24
733:24 734:7,10,13
735:4 736:2,8,13,17
746:22 757:15
**complainant (1)**
728:22
**complained (3)**
620:12 758:24 792:23
**complaining (1)**
732:7
**complaint (32)**
514:4,7 620:18
621:12,15,19
682:15,16,23 683:5
695:17,20 701:20
702:2 709:4 718:11

729:20 731:8,11
738:14,18 743:6
758:7 777:12
792:25 793:10
795:16,20 796:12
796:15,23 797:6
**complaints (4)**
731:18 732:3 734:5
758:17
**complete (7)**
512:18 514:22 586:20
586:21 587:3,6
797:23
**compound (3)**
620:21 621:5 668:16
**computer (5)**
604:14 677:5,8,12,17
**concentrate (3)**
627:3,4 637:4
**concern (2)**
775:24 782:9
**concerned (2)**
761:16 781:23
**concerning (24)**
680:24 681:13,24
682:12,19,25 683:6
692:5 694:5 695:18
714:13,18 717:5,9
717:12 732:4
733:25 735:13
740:22 751:23,24
759:7 791:23 792:8
**concerns (2)**
776:3 784:7
**concluded (1)**
717:24
**conclusion (13)**
506:21 508:19 509:13
510:9 512:6 516:9
516:20 558:18
568:11 577:13
603:3,15 787:14
**conclusions (4)**
561:20 579:18 605:6
605:15
**conduct (4)**
725:8,16 732:5
734:14
**conducted (1)**
514:16
**conference (2)**
507:25 670:10
**confidential (2)**
533:2 685:25
**confines (1)**
732:23
**confirm (4)**
651:16 660:16 662:9
668:22
**confirmed (2)**

670:7 797:24
**conflict (1)**
637:6
**conflicts (1)**
638:2
**confusing (1)**
650:16
**connection (8)**
495:9 500:4 508:14
511:3 517:8 595:3
657:24 672:16
**Connolly (128)**
489:14 494:10 495:12
497:14,25 498:6
501:21 504:19,22
506:8,25 509:14
510:10 511:5,18
512:8 513:2,7
514:24 516:23
517:10 518:3,15,20
518:23 519:11,5,22
520:3 522:13,18
523:10,15,22
524:21 527:3,17
531:7,12 534:5
535:2,12 540:12
543:13 545:20
546:13 547:3
548:12 549:2
555:23 557:18
564:8,20 566:16
568:17 571:23
572:15 573:6,9
576:21 577:14
579:8 580:19 581:3
581:8 582:9 584:5
584:18 585:3,16,18
585:23 586:3,24
587:4,13,22 590:4
590:16 592:20
596:24 597:15
602:4 603:5 605:21
606:11,16 610:18
610:23 615:21
616:24 619:7 620:2
621:3 622:22
628:20 629:6
630:11,22 642:19
643:19 646:18
647:21 649:14
650:10,14 666:8
667:17 668:17
674:7 677:24
685:21 690:8
692:17 693:18
694:21 695:5
696:12,24 698:18
699:7 707:18
711:23 728:15
730:2 779:17

785:12 797:11
798:6
**consent (1)**
798:8
**consider (1)**
754:13
**considered (4)**
517:22 532:22 754:21
758:2
**Constable (4)**
672:20 674:15 675:3
675:6
**constructively (1)**
669:10
**consult (1)**
607:21
**consumption (1)**
493:13
**contact (2)**
632:11,18
**container (2)**
493:3,8
**containers (1)**
492:24
**contents (1)**
508:3
**continuation (1)**
491:4
**continue (4)**
617:11 758:8 770:10
797:21
**Continued (2)**
487:19 488:7
**continues (1)**
697:4
**continuing (1)**
694:25
**contradicted (1)**
543:19
**control (1)**
763:16
**Cont'd (1)**
679:6
**conversation (34)**
543:2 579:6 590:14
592:16 593:4,20
594:3,9,20 595:16
595:24 597:5
601:19 610:22
611:23,24 625:22
626:9,13 629:18
631:2 634:19,24
648:16 652:7 653:2
662:3 671:14 673:5
673:19 684:10,17
762:9 792:4
**conversations (8)**
591:7 628:11 632:23
632:24 633:13
653:4 674:10

715:13
**convicted (7)**
557:13,16,21 558:6,8
558:15 559:24
**conviction (2)**
557:22 558:4,11
**Conway (2)**
492:6 494:7
**cop (5)**
601:2 641:21 700:4
703:16 775:23
**copies (1)**
537:3
**cops (4)**
641:11,19,23 771:22
**copy (7)**
537:11 663:20 665:12
665:15 694:22
695:4 696:22
**corner (5)**
621:9,20 622:13
700:3 741:14
**Corolla (1)**
617:20
**correct (93)**
492:7 494:13,14
497:21,22 498:17
498:18 514:22
515:4 520:21
526:21 534:17
537:15 543:9
544:20 547:25
548:11,16,25 549:3
549:7,21 550:17
553:18,19 555:4
557:14 560:14
561:15 568:12
573:5 576:4 588:2
590:10,11,15
592:18 593:2 603:4
606:4 607:4 611:2
614:5,6 623:7 625:5
625:6 658:13,14
666:3 667:16
676:10 677:5
684:22 685:10,14
688:12 691:23
692:6,11 694:11
697:15,22 698:25
699:12 701:16,24
702:13 705:3 708:6
708:7 709:11,15
710:19 711:15
718:4 719:19
722:16 751:6
752:19 763:15,19
779:14 780:13,14
780:17 781:8,18
785:23 787:2,3
788:23 791:20

**corrections (1)**
758:19
**correctly (7)**
538:8 698:12 713:8
714:23 719:8 764:7
785:19
**correspondence (9)**
561:25 562:4 569:21
569:24 588:9,12
800:24 801:3,9
**corrupt (1)**
581:12
**counsel (10)**
628:5 696:22 722:7,8
722:9,12 723:21
770:5 797:20 798:2
**counseled (2)**
733:23 765:16
**counsel's (1)**
695:12
**County (38)**
487:12,12,13 490:5,6
655:16,18 660:10
660:23 661:23
662:19 664:2,6
669:19 670:3,14,17
672:9,11,25 673:6
675:23 684:10,17
686:16,20 687:8,13
687:18,24 712:24
713:3 714:12 718:7
781:17,25 799:5
801:19
**couple (10)**
506:14 508:16 525:13
539:21,24 577:3
607:16 662:4
715:12 747:19
**course (4)**
508:16 631:18 726:11
729:6
**court (19)**
487:2 682:16 699:20
712:20 714:17
715:7 718:24,25
719:3 720:8 721:3
721:12,16,21 724:3
725:3 733:6 738:24
798:8
**COURTNEY (1)**
489:10
**courtroom (1)**
721:19
**cover (17)**
501:18 597:12,14
708:25 709:15,18
709:21,25 710:4,7
716:15,21 717:5,17
718:8,12,17
**covered (4)**

576:19 597:24 747:10
797:7
**covering (3)**
709:9,10 710:11
**crammed (1)**
589:14
**crazy (2)**
504:25 707:20
**created (1)**
730:21
**credibility (11)**
520:17 547:16,17,23
548:4,14 549:5,19
552:5 587:10,18
**credible (3)**
548:25 549:16 558:23
**crime (3)**
558:15 559:24 761:3
**crimes (2)**
556:19 720:25
**criminal (3)**
719:4,9 733:5
**cross (1)**
662:15
**cue (35)**
545:24 546:6,11,22
546:24 547:2,15
568:16,21 694:11
698:6,10,15 700:10
700:12,17 701:3,11
701:14,21 702:6
704:7,10,16,20,23
704:25 705:2
706:24 708:6,13,14
708:22 716:8
728:25
**current (1)**
565:2
**cursed (1)**
738:5
**custody (1)**
720:18
**cuts (4)**
623:18 634:4,6
638:24
**CV (1)**
487:6

___
**D**

**D (1)**
800:2
**DA (3)**
644:20 719:20,22
**dangerous (1)**
526:25
**date (40)**
491:7 502:18,19
507:20 524:14
529:14 539:13
544:4 554:6 557:25

560:17 562:6 570:2
571:9 577:23
578:16 588:5,14
594:23 598:7,15
599:13 601:7
603:13 604:20
607:12 608:22
612:11,22 624:4
646:12 648:3 664:9
665:5,23 682:10
684:6,14 722:19
802:3
**dated (20)**
502:17 543:23 544:2
544:16 553:25
554:4 562:15 563:9
577:18,21 578:10
599:8,11 612:19,20
665:19 751:5 801:6
801:13,16
**dates (9)**
631:8 651:17 653:5
660:16 662:9
668:22 670:7
671:20 672:3
**David (1)**
536:12
**day (38)**
499:25 500:7 508:18
509:11 510:8
511:16 512:5
513:22 524:2
539:25 553:5,17
564:4 579:17
580:13 609:14
617:17 635:24
636:11,24 639:3,24
643:17 644:10
647:16 648:23
659:24 711:19,20
744:2 745:16,17
751:17 753:13
791:5 798:17
799:21 802:23
**days (34)**
497:11 500:7 506:13
506:22,23 507:2
518:8,13,17,22
523:12 526:18
532:14,18 539:22
539:24 558:19
561:19 574:18
577:12 579:12,22
579:23 603:2
607:14 621:7
631:14 652:9
659:22 715:12
740:23,24 741:8
742:20
**dazed (3)**

563:23 784:25 785:9
**deal (4)**
558:8 633:2 723:18
772:6
**dealer (1)**
557:14
**deals (1)**
632:11
**dealt (3)**
503:25 608:17 760:7
**death (1)**
729:19
**Decanio (11)**
656:3,8,13,14,17,21
656:22 657:7,15,20
675:18
**December (9)**
569:22,24 571:9,17
720:9 722:18 754:4
754:23 801:3
**decide (2)**
640:20 713:4
**decided (1)**
774:9
**decision (20)**
496:21 498:23 505:18
607:18,22,24 608:5
610:12 612:6
613:14 623:11
643:24 645:11
730:20 752:17
755:12 763:18
767:6 772:14
790:17
**decisions (5)**
611:11 616:22 729:6
729:15 751:20
**decreased (1)**
763:25
**deem (1)**
512:21
**defendant (2)**
712:6 764:19
**defendants (3)**
487:16 679:14,16
**defendant's (1)**
723:20
**defending (1)**
788:7
**definitely (3)**
557:11 642:8 652:12
**delete (3)**
550:13,18 551:2
**deleted (2)**
550:7,15
**deliver (1)**
492:19
**delivered (1)**
492:6
**delivering (1)**

494:8
**demeanor (4)**
768:23,24 769:3,10
**Denado (1)**
664:20
**Denhoff (5)**
621:9 622:2 741:14
741:20 742:3
**denigrate (1)**
738:9
**denigrated (1)**
738:5
**Dennison (1)**
490:7
**deny (2)**
698:9 742:18
**department (79)**
487:10,13,13 489:19
564:16 599:8,11
613:8 614:2 616:6
643:14 646:2
652:16,21 653:20
653:24 654:3 657:9
658:9 660:4,8,11,15
660:23 661:3,7,24
668:8,13,22,24
669:7 670:17
671:12 672:9,12,20
673:15 674:8,12
675:24 677:12,17
686:11,17,21
687:15 709:10
717:17 733:10,14
734:2,16 735:12
755:11,14,17,21,25
756:3 762:19 763:9
763:14 765:9,10,21
767:11 768:21
769:11,14 771:16
772:11,20,23
777:25 778:15
781:22 783:3
801:12
**Depending (1)**
781:6
**depends (1)**
751:19
**deposition (12)**
487:19 488:7 491:4
553:17 683:10
696:21 711:20
797:19,22 799:11
799:13 802:3
**depositions (4)**
586:12 718:10,14,15
**deputy (12)**
487:11 610:17 614:24
615:8,8 686:9
745:24 752:22
754:17,22 755:2,16

**derogatory (1)**
749:19
**describe (6)**
714:16 721:16 728:5
728:12 738:24
777:17
**described (3)**
593:6,10 749:16
**description (1)**
729:10
**desk (3)**
536:21,23 561:10
**details (7)**
509:6,8 592:17
609:21 657:7,10
658:22
**determination (1)**
548:15
**deviated (2)**
525:7,11
**dial (1)**
707:24
**diary (1)**
609:9
**difference (3)**
666:12 753:20,22
**different (9)**
556:2 586:3 603:22
604:5 622:22
755:25 760:9
787:23,25
**differently (1)**
731:25
**difficult (1)**
772:13
**direct (3)**
621:2 748:5 750:18
**directed (2)**
619:12 747:4
**directing (2)**
744:24 746:19
**direction (2)**
608:10 755:25
**directions (2)**
767:21 800:8
**directive (3)**
628:24 629:9,9
**directives (2)**
628:19,21
**directly (1)**
673:10
**disagreed (1)**
733:3
**disaligned (1)**
525:2
**disappointment (1)**
791:22
**discharged (1)**
669:10
**discipline (1)**

565:14
**disciplined (2)**
785:25 786:7
**disciplining (1)**
786:12
**discovery (4)**
723:16,21 724:2,8
**discrepancies (2)**
581:18 582:6
**discretion (3)**
691:15 760:12 765:15
**discuss (8)**
638:15 659:17 662:25
687:19 705:6
761:24 792:5 798:2
**discussed (14)**
507:24 508:7 509:6,7
510:4 576:2 580:3
590:24 625:21
626:5 652:3 772:18
772:19 791:4
**discusses (1)**
705:7
**discussing (3)**
494:16 675:10 796:19
**discussion (8)**
539:4,8,16,23 540:23
658:18 669:18
797:20
**discussions (3)**
529:23 679:20 723:11
**disdain (1)**
641:10
**dismissed (7)**
667:16,21 668:2,4,7
668:12 669:9
**disorderly (2)**
725:8,16
**dispatcher (1)**
795:17
**disregarded (1)**
767:20
**disrespected (2)**
757:21,23
**district (21)**
487:2,2 585:13,20
586:7 712:18,22,23
713:3,11,20 714:2
714:12 716:18
717:15 718:7,16
723:6 724:7,10,15
**disturbance (1)**
768:4
**dock (2)**
635:15,20
**docks (1)**
639:22
**document (42)**
529:10 543:22 544:10
544:13 553:24

554:11,13 561:24
562:10,12 569:21
577:17,18,21 578:5
578:7 588:8,23
599:7,8,11 600:19
604:14 606:3
612:18 613:3,6
663:25 683:14,17
684:6 685:18 686:6
686:24 698:23
702:22 707:16
751:5 764:18,18
801:6,12
**documentation (2)**
501:4 655:14
**documents (11)**
500:11,15,16,22
504:14 529:6
536:14,22 714:21
724:12,19
**dog (1)**
755:22
**doing (22)**
495:8,19 519:7,14
559:7,11,19 565:11
565:15 618:8 657:4
660:21 680:19
681:2 733:12,21
750:7 756:23 763:4
765:22 786:2
795:11
**Donohoe (6)**
664:20 665:3 667:6
667:10 669:18
670:9
**Donohoe's (1)**
665:10
**door (8)**
540:25 697:19 698:4
700:11 704:8,11,17
705:6
**doorman (2)**
556:5,6
**doors (2)**
729:4 733:15
**doubt (3)**
525:12 587:9,18
**Doug (4)**
494:21 495:20 539:17
696:15
**draft (3)**
499:18 683:14 715:20
**drafted (2)**
500:20,22
**drank (1)**
794:16
**draw (1)**
683:21
**drawn (1)**
712:9

**draws (1)**
712:11
**dressed (1)**
700:4
**drink (5)**
493:9,14 760:16
794:3,12
**drinking (27)**
491:24 519:21 520:2
521:4 522:17
541:14 542:3 553:9
555:9 559:2,15
560:8 566:9 572:7
572:11 731:2,6,16
735:6,14,22 736:4
736:10,15,19
760:14 768:7
**drinks (1)**
520:5
**dripped (1)**
796:10
**drive (13)**
707:19 729:22 730:3
730:8 744:25 745:8
745:15 746:3,9,13
746:19,24 747:5
**driving (2)**
617:19 744:14
**drop (1)**
732:25
**drove (1)**
618:11
**drug (4)**
557:14 558:10,15
559:24
**drugs (4)**
559:7,11,19 735:2
**drunk (3)**
521:18 744:17,18
**drunken (2)**
746:13 788:4
**ducked (1)**
700:6
**due (7)**
623:18 630:10,20
634:4 638:23 687:3
687:20
**duly (2)**
491:11 799:12
**dumped (1)**
796:2
**duties (4)**
680:20 729:24 730:4
742:9
**duty (40)**
497:20 500:19 511:15
512:3 513:9,20
527:12,15,16 528:6
530:3 531:10 573:4
573:8,11 618:14,17

618:19,21,24 619:3
622:17 626:20
628:22 629:3,10
656:25 730:9 731:7
731:16 743:19
745:24 746:25
747:5 771:24 785:6
786:4,9,12 794:7
**Dwyer (2)**
617:20,21
**D-E-C-A-N-I-O (1)**
656:12

_____

**E**

**E (17)**
489:2,2 490:2,2
491:10,10,10,10
679:2,2,4,4,4,4
799:2,2 800:2
**earlier (4)**
575:20 689:22 696:22
762:13
**early (9)**
503:24,24 508:22
514:3 518:5 519:3
598:10 751:19
798:4
**easier (1)**
571:7
**easily (1)**
778:2
**Easop (2)**
492:5 494:7
**EASTERN (1)**
487:2
**Easthampton (2)**
672:20,22
**eat (1)**
760:16
**eating (3)**
760:14,23 761:8
**Ed (45)**
503:20 507:11 514:2
514:10,11 529:6
538:2 560:24
561:11 582:15
615:10,18 616:22
617:2 620:5,9,11
627:17 628:14
629:20 630:5
632:16,24 634:8
638:16,20 642:2
655:21 656:16,21
657:23 675:16
694:20 739:3,11,18
741:9 760:8 761:21
761:21 762:13,24
774:15 778:5
779:10
**Eddie (8)**

647:24 648:19
649:22 656:5,6,23
657:14 754:9
**EDWARD (1)**
487:3
**effect (1)**
742:24
**efforts (1)**
510:16
**eight (4)**
632:9 676:18 774:7
774:13
**either (25)**
509:22 511:2 518:21
525:7 540:3 565:8
592:25 612:3
635:25 650:15,24
654:24 714:13
735:22 744:17
752:23 754:11
768:25 775:9 778:5
780:13,15 790:10
790:19 798:3
**electronic (1)**
604:13
**elements (1)**
788:6
**Elmsford (1)**
489:13
**else's (1)**
534:9
**Elyse (17)**
502:11 504:3 537:14
537:19,21 539:12
544:14 549:24
552:2 700:6 702:13
702:16 704:7,9,16
704:18,23
**embarrass (1)**
738:9
**embarrassed (1)**
738:5
**employ (1)**
767:24
**employed (1)**
624:25
**employee (1)**
612:3
**employees (3)**
610:6 641:3,5
**employer (5)**
689:10 691:5,10,19
693:3
**employers (3)**
675:9 689:2 690:18
**employment (27)**
607:19,25 608:6
610:12 613:15
615:20 623:12,23
625:9 634:14 640:7

650:7 651:17 653:5
655:8 660:16 662:9
664:2,3,5,7 668:23
670:7 671:21 672:3
801:18,20
**empty (2)**
739:6,16
**EMT (5)**
525:8,9 526:7,11,20
**EMTs (1)**
706:17
**encompassed (1)**
742:6
**encourage (1)**
761:22
**encouraging (1)**
761:25
**ended (2)**
697:11 753:11
**ends (1)**
753:12
**enforce (4)**
735:13,23 764:10,10
**enforcement (10)**
647:15 654:8 692:6
692:10,21 693:16
714:2 762:21
763:24 773:21
**enforcing (5)**
731:21 736:3,9,14,18
**engaging (1)**
716:15
**enjoyed (2)**
594:13 760:10
**entered (1)**
680:9
**entering (2)**
681:8,12
**entire (7)**
594:5,13 697:10
715:17 729:7
750:15 775:17
**entirely (1)**
587:20 642:6 697:13
**entirety (2)**
695:25 707:4
**entitled (1)**
492:18
**entity (2)**
714:2 737:8
**entries (7)**
678:2 680:7,10,18,23
681:8,13
**equipment (3)**
613:17 617:24 640:9
**ERRATA (1)**
802:2
**escort (1)**
760:25
**escorted (1)**

761:11
**especially (2)**
597:17 705:14
**ESQ (4)**
489:8,14,22 490:4
**establish (1)**
764:3
**established (2)**
557:21 573:10
**Eve (2)**
775:10,10
**evening (20)**
504:5,9 508:22,22
528:7 538:23
541:14 551:22
552:22 553:9 555:9
573:4 576:14
717:13 725:23
726:12 727:25
728:2 733:13
787:16
**event (1)**
574:18
**events (5)**
572:4 717:13 720:22
727:24 728:13
**everybody (8)**
534:9 616:12 666:23
666:24,25 749:11
773:6 778:20
**everybody's (1)**
616:11
**evidence (1)**
729:2
**exact (6)**
507:20 539:13 558:8
560:17 646:12
722:19
**exactly (12)**
495:17 496:10 501:10
504:7,8 509:9
557:24 558:9
565:20,23 596:19
633:23
**exaggerated (2)**
796:25 797:2
**EXAMINATION (3)**
491:14 679:6 800:3
**examined (1)**
491:12
**example (6)**
657:9 689:9,14
757:10,11 795:15
**examples (5)**
732:10 756:15 758:15
767:12,20
**exception (1)**
689:2
**exchange (1)**
745:25

**exchanged (1)**
679:24
**excuse (4)**
727:6,8 770:2,7
**exerted (1)**
657:4
**exhibit (91)**
524:10,12,17 528:24
529:10,12 543:22
543:25 544:6,7,11
553:24 554:3,8,9,11
561:24 562:3,8
569:22,23 570:4,5,7
570:8 577:17,20,25
578:2,5 588:8,11,21
588:22,23 589:10
599:7,10 600:17,18
600:20 604:6,16,18
604:22,23 606:2
612:18,20,24,25
613:3 663:25 664:5
664:11,12 683:9,10
683:11 694:16,17
695:7,11,14 696:11
696:21,25 698:17
698:20,22 699:2,9
702:9,12 705:9,19
705:23 706:18
751:3 800:15,17,19
800:21,23 801:2,5,8
801:11,14,16,18
**EXHIBITS (1)**
800:14
**expected (4)**
616:7,10,15 764:16
**expediency (1)**
729:21
**expeditiously (1)**
797:9
**experience (9)**
522:8 664:4,7 713:2
776:16 781:10,19
781:21 801:21
**Expires (1)**
802:25
**explain (5)**
501:8 653:11,14
757:25 764:16
**explained (8)**
501:11,13 626:19,21
628:23 633:23
637:14 750:11
**explanation (1)**
668:6
**expressed (1)**
791:21
**extent (15)**
557:19 558:21 615:2
671:13 680:9,17
688:22,24 689:25

690:3,17 691:9
693:13 698:19
701:25
**extra (1)**
645:15
**extraneous (1)**
698:20
**ex-wives (1)**
773:5
**eye (4)**
534:24 705:11 762:13
762:13
**eyes (3)**
707:23 708:4 792:16
**eyewitness (12)**
542:3 546:9 547:7
559:19 694:3,10
695:16 696:6
699:10,14 701:22
702:3
**eyewitnesses (3)**
546:21 547:19 572:19
**eyewitnessing (1)**
731:6
**eye-to-eye (1)**
616:4
**E-mail (5)**
496:15 575:4 600:14
600:24 601:3

---

**F**

**F (2)**
679:2 799:2
**face (12)**
550:4,11,21,22,24
551:3 725:12,21,25
726:7,15 759:3
**facing (1)**
749:13
**fact (42)**
515:25,25 516:7
520:15,23 526:23
532:3 539:9 546:10
547:6,14 556:23
565:24 584:24
590:22 665:25
673:20 684:8,20
689:7 692:8 697:15
698:12 700:18,23
701:6,13,14,22
704:15,22,23,25
706:24 707:8
708:14,18 709:7
720:24 725:24
761:12 775:3
**factor (1)**
552:5
**facts (5)**
505:6 521:22 522:3
522:12 542:12

**faded (1)**
634:21
**failed (3)**
629:9 756:20 792:22
**fair (1)**
626:24
**falling (1)**
762:19
**false (2)**
741:4,5
**family (1)**
627:4
**far (5)**
530:21 666:15 692:21
733:18 778:7
**father (4)**
639:7 758:18,23
760:19
**favorite (1)**
622:19
**fax (7)**
501:2 545:18 578:14
600:15 662:20
714:21 715:16
**faxed (8)**
501:3 545:15 575:4
580:13 662:7,9
714:23 715:2
**feared (1)**
750:9
**February (2)**
608:25 755:9
**Federal (3)**
682:15 684:8,11
**feel (4)**
652:20 686:8 765:6
777:16
**feeling (1)**
643:8
**feelings (1)**
642:10
**fell (2)**
700:3 703:12
**felt (18)**
530:4,6 534:16
548:13 564:7,22,23
564:24 565:7,8
597:11 617:10
623:15,25 642:21
744:3 758:3 772:6
**female (2)**
541:3 671:6
**field (12)**
500:20 528:7 603:10
603:17,21,23 604:4
604:7,9,24 605:5,25
**fifteen (1)**
540:20
**Fifth (1)**
489:6

**fight (6)**
512:24 541:4,6 548:9
563:23 769:9
**fighting (2)**
696:7 755:22
**fights (1)**
755:23
**figure (3)**
504:15 505:4 506:18
**file (11)**
514:4 536:22 589:25
606:10 619:21
685:18 718:11
724:17 738:16
739:22 740:3
**filed (10)**
514:7 591:19 684:9
685:9,12 694:4
695:20 715:6
718:23 719:3
**files (1)**
537:3
**filing (3)**
684:11 739:6,8
**fill (3)**
662:7,11 732:23
**filled (4)**
662:14 684:2,3
789:16
**finally (1)**
643:6
**find (17)**
519:8,9 537:4 550:23
559:18 609:20
624:22 627:15
633:16 677:21
701:4,12 785:5,10
785:14,15 797:5
**finding (1)**
535:9
**findings (2)**
605:8,15
**fine (2)**
552:15 695:9
**fingerprint (1)**
739:17
**fingerprints (2)**
712:7 720:20
**finish (2)**
506:14 594:6
**finished (2)**
594:18 746:14
**Fiorillo (109)**
487:3 490:12 491:6
508:14 509:10,22
510:20 511:3
520:14 568:6
573:17,20 575:16
576:3 583:2,10,10
583:18 584:10

588:2 589:18 590:9
591:8 593:5,23
594:12 598:10
617:8,20 618:2,14
619:17 620:5,8,12
620:16,24 622:11
622:16,24 623:5,6
624:15 625:23
629:25 630:10,20
639:19 647:14
648:21 650:20
651:4,13,20,23
652:11,17 653:9,21
653:25 654:12
657:10 673:22
675:12 689:9
690:13 692:5 727:9
727:9,10,15,16
728:18 729:9,16
732:4,12 734:10
740:7,22 741:7,14
742:19 743:17
754:11 756:2,18
757:22,25 758:6
759:6 760:6 761:11
761:17,25 762:6,24
763:4,12,18 765:14
775:2,5 779:6,20
783:11,12 786:21
787:16
**Fiorillo's (9)**
589:3 591:11 592:10
600:8 622:17
728:12 757:18
759:9 768:23
**fire (5)**
505:18 615:16 730:13
730:16,17
**fired (11)**
505:3,11,13,14,25
507:12 514:15
537:5 630:5,9,19
**first (36)**
526:13 528:10 529:4
532:14 539:11
540:15,22 544:16
545:15 553:16
561:19 566:20
571:3 574:13
587:14 589:9 608:4
609:13 612:2
614:22,23 615:7,15
617:17 631:20
633:4 643:9 656:19
715:9 747:24
748:15 754:20
763:22 787:11
790:24 791:5
**fit (1)**
756:2

**five (46)**
506:13,22,23 507:2
508:18 509:11
510:7 511:16 512:5
518:8,13,17,22
523:12 526:18
532:14,18 558:19
561:19 577:12
579:12,17,22,23
603:2 607:3 612:6
612:14 613:10,13
615:19 631:22
643:15,18 671:16
684:21 717:3 718:3
718:5 742:6,14
745:17 755:6 768:8
779:15 782:20
**flat (3)**
516:18 618:4 623:13
**flipping (2)**
788:16 795:22
**floor (2)**
490:7 796:13
**Florida (1)**
661:24
**focus (1)**
702:25
**FOIA (1)**
685:19
**Foley (1)**
758:20
**follow (2)**
512:15 629:9
**following (3)**
595:5 683:20 797:6
**follows (3)**
491:13 679:5 686:9
**foot (4)**
622:21 744:5 767:25
796:7
**force (2)**
767:8 776:15
**forced (2)**
697:19 701:8
**forget (2)**
659:19 768:4
**form (36)**
492:9,22 494:24
495:5 496:16 498:2
498:7,14 499:2,14
505:8 507:7 513:13
525:5,23 527:20
528:4 532:24
568:19 571:24
591:21 592:5
610:11 615:2,22
623:3 647:20
650:15 655:6
659:15 662:8 666:5
684:2 714:7 789:16

794:18
**format (1)**
764:6
**former (2)**
487:9 682:17 688:5
**formulate (1)**
755:5
**forth (3)**
605:15 723:17 799:11
**forward (9)**
515:23 568:21 569:6
707:18 755:11,14
767:8 772:7,23
**Foster (1)**
651:9
**Foti (1)**
647:10
**found (2)**
519:17 556:16
**foundation (7)**
507:7 526:4 582:3
642:12 655:9
794:15,16
**four (11)**
607:8 612:14 639:3
688:21 742:6,14
745:17 748:23
749:17,20 788:21
**fourth (1)**
613:18
**four-page (2)**
664:12 764:18
**Frank (30)**
487:3 490:12 508:21
568:5,5 582:25
583:10,10 589:3
617:7 618:14
630:10 647:10,14
650:20 673:21
675:12 689:9
732:12 754:11
758:22,24 759:13
759:16,22 761:19
763:8 779:5,20
783:11
**frankly (1)**
694:14
**friend (9)**
550:3,7,11,20,24
551:3,8,11 736:23
**friendlier (1)**
778:2
**friends (7)**
549:24 550:9,10,16
552:7,8 737:12
**front (29)**
524:15 530:5 544:5
554:7 561:10 562:7
570:3 577:24
588:20 600:16

604:21 612:23
618:3 624:11
640:13 664:10
697:4,19 698:4
715:23 724:13
737:15,18,23 738:6
738:11 750:15
758:11 769:23
**fucking (3)**
618:8 757:2 768:14
**Fuels (2)**
491:24 493:2
**full-time (19)**
614:16 626:22 632:7
632:8,15 633:25
646:4 647:7 659:4
772:25 774:16,18
777:2,3,4 779:16,20
779:25 780:12
**fun (1)**
756:12
**funny (4)**
532:12 634:18 721:18
776:24
**FURNISHED (1)**
800:10
**further (7)**
511:13 515:18 516:4
516:17 677:23
703:20 799:15
**furtherance (1)**
693:17
**futile (2)**
762:23,25

**G**

**G (4)**
491:10,10 679:4,4
**Gary (77)**
504:4,24 505:11,13
505:14,18,24
507:12 516:2,7,11
517:22 518:11,12
533:14,17 538:10
545:24 546:11,21
547:15 551:25
552:15 560:13,21
561:10 562:13
568:15 572:24
644:22 645:9,16
695:18,22 696:2,7
697:10,13 698:5
700:2 701:21 702:6
703:11,13,15,18,19
703:19 704:6,9,15
704:19,22,24
706:24 707:5
708:12,21 710:21
711:5,13 716:7,15
725:11,20 727:19

777:18,23 778:18
781:10,20,21
784:19 786:2,7
788:3,6
**Gary's (1)**
569:3
**gathered (1)**
728:25
**gawked (1)**
748:8
**gear (1)**
617:23
**general (5)**
533:5 714:5 741:12
748:25 749:3
**generally (14)**
510:3,4 592:22,25
593:17 594:11
596:2,14,15 601:24
691:15 735:8
742:11 767:19
**generic (1)**
613:25
**generically (1)**
659:12
**gentler (1)**
783:3
**George (13)**
487:11,20 488:8
489:11 491:5
577:19,21 798:14
799:10 800:4 801:6
802:4,21
**Gerbin (5)**
536:12,20,24 537:6,9
**getting (7)**
576:8 619:4,8,11
682:22 765:3
774:15
**GILLY (1)**
489:4
**girl (2)**
700:4 703:13
**give (29)**
531:10 546:17 551:16
551:19 563:18
564:4 570:21
599:20 623:10
637:15 651:16
656:2 671:9 689:7
689:17 690:5,9,20
691:3,11 694:22
756:15 764:19
775:18 776:11,18
778:14 795:12,15
**given (19)**
515:19 543:8 562:13
617:21 671:15,19
673:3,22 684:8
689:14 701:6

754:16 769:14
771:16 772:11
781:19,21 788:11
799:14
**giving (9)**
534:4 564:18 565:5
566:5 567:14,17,21
634:15 687:23
**glass (1)**
706:21
**Glock (1)**
635:22
**go (56)**
495:19 496:14 529:22
549:4,18 551:21
598:20,22,25 599:4
608:8 617:22
618:11 624:14
628:16 634:20
656:7,24 678:7
687:3,10,19 691:21
702:21 706:18
712:15 728:6,10,23
731:13 739:15
740:20,21 743:22
748:10 749:7 751:2
755:11,14 757:4
758:14 761:22
763:5,9 766:10
770:6 783:7 784:6
785:16,18,18,21
788:17 794:2 797:5
797:12
**God (1)**
641:7
**goes (2)**
686:25 735:9
**going (84)**
501:18 504:14 536:21
547:11 552:13
576:19 580:12
597:2,9,21 603:6
614:11,18,20 624:6
634:17 640:11
644:13,19 648:7
649:6 656:4 657:11
658:22 678:6 680:3
680:7 690:2,20
692:22 693:22
694:21 695:10
696:12,18 697:2,5
698:5 699:4 703:3,6
707:18 713:11
714:23 715:19
723:11 724:22
728:5 729:18,19
732:22 733:25
735:22 745:24
747:22 748:17
750:9 751:21

754:16,21,25 755:6
755:15 758:25
762:21 767:8 769:5
769:6 771:17
773:12,15 774:8
775:4 776:20 783:8
783:19 788:3,22,23
789:6,10 790:3
797:18,21
**golf (1)**
743:20
**good (27)**
491:16,17 496:19
497:6 557:6 585:9
594:5,19 598:16
615:5 639:6,7
640:23 650:5
656:24 659:22
679:10,12 696:17
715:6,11 719:12
753:2 772:7 782:16
782:17,18
**Goodstadt (139)**
489:8 491:15 495:13
522:24 524:9 529:9
529:15 543:21
553:23 561:23
569:20 573:14
577:16 579:10
585:25 587:15,24
588:7 599:2,6
604:15 610:21
611:9 612:17
643:21 646:17,20
663:24 665:9,14
667:23 669:13
672:16 676:21
677:22 678:3,6
680:6 681:4,25
683:10,23 684:23
685:15,20 686:3
688:14 689:5,11,20
690:14,22 691:13
691:22 692:3,15
693:5,10,13,19
694:2,17 695:2,8,9
696:3,9,17 697:12
697:25 698:7 699:3
699:18,25 700:13
700:21 702:2,7,18
704:12 705:5,12,16
705:20 706:7 707:6
707:13,16 708:8
710:15 711:16,24
713:16 717:25
719:14 728:3,14
730:11,22 734:3
737:21 738:2 740:5
741:25 742:23
743:3,10,13 745:3

746:17 747:10
751:23 760:3 776:2
779:18 780:23
781:15 782:22
783:9 784:5,18
785:4,13,24 786:14
786:19 787:4 791:5
791:24 792:15,17
793:14,22 794:14
794:19,22 796:24
798:5 800:4
**Goodstadt's (2)**
688:11 795:5
**goof (2)**
769:18,20
**gotten (2)**
560:19 655:12
**grab (1)**
703:9
**grabbed (2)**
697:18 700:6
**gray (1)**
703:15
**great (1)**
778:21
**green (6)**
718:21 719:25 720:3
720:7,15,22
**Greg (5)**
656:3,19,20,20,22,23
657:11,12,12,18
**Grosso (1)**
714:24
**ground (3)**
703:12 725:25 726:8
**grounds (1)**
536:7
**group (3)**
661:13 750:15 764:15
**guard (1)**
661:13
**guess (12)**
504:12 514:4 540:22
559:22 601:7 608:2
633:2 642:2 711:18
733:7 774:14 784:7
**guilty (6)**
556:16 712:16,16
720:12 721:24
722:15
**guy (25)**
632:5 636:19 640:23
656:24 703:4,12,14
703:15,17 744:11
745:13 759:18
766:4,8,14 767:24
767:25 768:9,12,15
768:18,18 769:9,19
769:25
**guys (10)**

632:25 634:15
745:23 750:8
756:11 760:10
764:7,25 775:7,18
**G.E.M (3)**
622:18 743:21 744:5

---

**H**

**H (3)**
490:7 491:10 679:4
**hair (1)**
772:2
**half (1)**
744:10
**Halloween (40)**
494:16 495:10 497:20
499:8,11 511:16
514:18 517:9 525:3
526:15 528:20
539:12 540:10
556:4 558:3 574:14
576:7 584:17,22
585:14,21 586:8
606:10 642:23
643:7 694:5 708:25
709:11,19 710:8,11
710:18 717:5,9,18
718:18 726:19
783:7 784:8 786:3
**hammer (1)**
763:10
**hand (2)**
636:23 799:21
**handcuffing (1)**
765:20
**handcuffs (4)**
721:8 766:5,17,21
**handed (7)**
509:19 575:21 583:12
583:17 588:2 589:6
636:12
**handful (1)**
627:11
**handing (2)**
696:22 698:23
**handle (1)**
755:21
**handling (1)**
568:7
**hands (1)**
626:3
**handwriting (6)**
570:14,15 695:6,13
696:25 698:20
**handwritten (13)**
509:20 529:5 543:23
543:25 553:25
554:3 563:6 570:24
575:6,21 589:5
800:19,21

**hang (1)**
708:2
**happen (2)**
550:25 705:10
**happened (44)**
503:12 504:12,16,18
505:4 506:19,21
507:13,14 508:24
508:24 509:4
511:12 512:7
514:18 515:24
519:10 532:12
540:10 542:5 543:6
544:15 561:4
568:12 586:19,21
587:8 593:7,11
594:7 599:21 600:3
602:16 603:3
606:15 652:7
718:20 720:6
749:25 750:5,10
759:16 776:6
787:24
**happening (1)**
505:21
**happens (1)**
758:19
**happy (1)**
760:11
**harassment (3)**
711:4 715:20 718:25
**harbor (6)**
635:18 658:8,11,19
659:8,18
**hard (3)**
640:23 762:17 764:3
**Hardman (2)**
641:8,17
**harm (1)**
693:23
**hash (1)**
598:18
**hated (1)**
641:22
**Hauppauge (1)**
490:9
**Hauser's (8)**
530:9,12,15 531:6,11
556:7 728:10
784:20
**head (9)**
495:24 594:17 703:19
733:9 758:23,25
759:2,5 792:13
**health (2)**
670:17 671:7
**hear (8)**
524:24 525:6 526:23
527:6 552:16
561:14 791:17

793:4
**heard (10)**
501:19 527:5 530:11
566:4 584:21 586:6
586:10 632:7
692:14 735:3
**heck (1)**
766:6
**held (7)**
488:8 626:8 726:21
727:2,12,19 751:11
**help (4)**
496:20 669:15 777:24
793:6
**helped (1)**
497:11
**Hempstead (1)**
675:2
**hereinbefore (1)**
799:11
**hereunto (1)**
799:21
**Hesse (403)**
487:11,20 488:8
489:11 491:1,5,16
492:1 493:1 494:1
495:1 496:1 497:1
498:1 499:1 500:1
501:1 502:1 503:1
504:1 505:1 506:1
507:1 508:1 509:1
510:1 511:1 512:1
513:1 514:1 515:1
516:1 517:1 518:1
519:1 520:1 521:1
522:1 523:1 524:1
524:10,12,15,16,19
525:1 526:1 527:1
528:1,24 529:1,10
529:12,22 530:1
531:1 532:1 533:1
534:1 535:1 536:1
537:1 538:1 539:1
540:1 541:1 542:1
543:1,22,25 544:1,5
544:6,9,11 545:1
546:1 547:1 548:1
549:1 550:1 551:1
552:1 553:1,24
554:1,3,7,8,10,11
555:1 556:1 557:1
558:1 559:1 560:1
561:1,24 562:1,3,7
562:9 563:1 564:1
565:1 566:1 567:1
568:1 569:1,22,23
570:1,3,4,8 571:1
572:1 573:1 574:1
575:1 576:1 577:1
577:17,19,20,21,24

577:25 578:1,4,5
579:1 580:1 581:1
582:1 583:1 584:1,7
585:1 586:1 587:1
588:1,8,11,20,23
589:1 590:1 591:1
592:1 593:1 594:1
595:1 596:1 597:1
598:1 599:1,4,7,10
600:1,16,17,20
601:1 602:1 603:1
604:1,6,16,18,21,22
604:23 605:1 606:1
606:2 607:1 608:1
609:1 610:1 611:1
612:1,18,20,23,24
613:1,2,3 614:1
615:1 616:1 617:1
618:1 619:1 620:1
621:1 622:1 623:1
624:1 625:1 626:1
627:1 628:1 629:1
630:1 631:1 632:1
633:1 634:1 635:1
636:1 637:1 638:1
639:1 640:1 641:1
642:1 643:1 644:1
645:1 646:1 647:1
648:1 649:1 650:1
651:1 652:1 653:1
654:1 655:1 656:1
657:1 658:1 659:1
660:1 661:1 662:1
663:1,25 664:1,5,10
665:1 666:1 667:1
668:1 669:1 670:1
671:1 672:1 673:1
674:1 675:1 676:1
677:1,4 678:1 679:1
679:10 680:1 681:1
682:1 683:1 684:1
685:1 686:1,10,25
687:1 688:1 689:1
690:1 691:1 692:1
693:1 694:1 695:1
696:1 697:1 698:1
699:1 700:1 701:1
702:1 703:1 704:1
705:1 706:1 707:1
708:1 709:1 710:1
711:1 712:1 713:1
714:1 715:1 716:1
717:1 718:1 719:1
720:1 721:1 722:1
723:1 724:1 725:1
726:1 727:1 728:1
729:1 730:1 731:1
732:1 733:1 734:1
735:1 736:1 737:1
738:1 739:1 740:1

741:1 742:1 743:1,7
744:1 745:1 746:1
747:1 748:1 749:1
750:1 751:1,2 752:1
753:1 754:1 755:1
756:1 757:1 758:1
759:1 760:1 761:1
762:1 763:1 764:1
765:1 766:1 767:1
768:1 769:1 770:1
771:1 772:1 773:1
774:1 775:1 776:1
777:1 778:1 779:1
780:1 781:1 782:1
783:1 784:1 785:1
786:1 787:1 788:1
789:1 790:1 791:1
792:1 793:1 794:1
795:1 796:1 797:1
797:22 798:14
799:10 800:4,15,17
800:19,21,23 801:2
801:5,7,8,11,14,16
801:18 802:4,21
**hey (3)**
762:6 770:3,17
**hid (1)**
533:9
**hidden (1)**
685:25
**hidy (1)**
771:20
**higher (1)**
710:13
**Highway (1)**
490:8
**hire (2)**
615:16 763:18
**hired (10)**
645:21,21 646:4,9,11
647:9 777:2 789:6
789:23 790:18
**hiring (1)**
647:6
**history (3)**
687:3,14,20
**hit (3)**
676:19 698:14,15
**hitting (2)**
505:2 788:4
**Hold (1)**
757:4
**holding (2)**
725:11 726:14
**home (4)**
535:18 618:11 677:5
677:8
**honorable (1)**
782:16
**hoped (1)**

**hoped (1)**
692:23
**hopefully (3)**
599:3 711:19 797:22
**horrible (1)**
769:21
**hospital (4)**
523:18 525:12,19
654:20
**hour (1)**
748:21
**hours (10)**
525:13 634:21 645:10
645:14,16 728:7
747:19 749:9
780:20 781:3
**house (22)**
502:14 529:24 531:21
537:22,23 538:3,6,9
538:22 552:2
562:24 617:23
618:4 626:11 721:5
732:18,19,21,23
749:5,6 794:11
**huge (1)**
768:2
**humiliating (2)**
640:13,17
**hundred (1)**
532:15
**Huntington (2)**
653:23 660:4
**hurt (2)**
692:25 785:10
**hypothetically (3)**
707:22 708:9 794:25
**hypotheticals (1)**
794:20

_____

**I**

**Ian (4)**
552:22 553:13 554:14
706:18
**ID (11)**
613:19,23 614:3
757:2,3,7 760:23,25
761:10 766:13,14
**idea (7)**
497:7 594:5 598:16
599:20 603:6
656:11 765:4
**identification (13)**
524:14 529:13 544:3
554:5 562:5 569:25
577:22 588:13
599:12 604:20
612:22 664:8
756:21
**identified (4)**
492:5 516:2,8,11

**identify (2)**
648:11 649:7
**identifying (1)**
676:9
**illegal (3)**
493:9 685:6 752:11
752:15,16 757:3
766:5
**illegible (1)**
769:21
**illiterate (3)**
769:22 770:13,14
**immediately (1)**
728:8
**impact (1)**
767:5
**implies (1)**
615:3
**important (14)**
511:2 513:5 515:18
532:2,7 541:19
543:18 547:6
559:18 560:4,8
572:14 632:21
686:8
**improper (3)**
534:2 536:3,6
**improperly (1)**
790:23
**inappropriate (4)**
565:7 768:10 794:4
794:13
**incident (73)**
494:16 495:7,10
499:8,12 507:4,5,12
509:23 511:16
514:18 517:9 525:3
526:15 528:21
529:11,12 546:10
546:16 549:7
551:16,19 556:4
559:20 563:13,19
569:18 574:15
576:3,19 584:17,22
585:15,22 586:8
604:16,18 617:18
620:9,13 623:21
624:16 642:23
643:7 694:5 709:2
709:11,19 710:8,12
710:19 717:6,9,18
718:18 726:19
728:8 729:7 732:16
740:3,8,20,21 783:8
784:8 786:4 796:4,5
796:6,19,23 800:17
801:14
**incidents (2)**
617:15 623:22,24
625:7,18

**inclined (2)**
691:11 775:17
**include (3)**
729:10 730:15,17
**including (1)**
732:6
**incoherent (3)**
513:16 515:3,8
**incorporate (1)**
532:8
**incorporated (5)**
487:7 489:17 491:6
531:24 532:3
**incorrect (1)**
555:2
**increased (1)**
763:25
**independent (3)**
519:9 672:14 777:20
**indicate (10)**
695:24 696:5 697:8
699:15 707:3 716:8
716:10,13 726:5
757:22
**indicated (7)**
684:3 688:10 701:6
701:19 716:7
722:20 783:12
**indicating (1)**
695:14
**indirect (1)**
750:18
**individual (8)**
624:2 632:10 663:13
685:18 696:8 711:8
734:25 768:3
**individually (4)**
487:8,9,11,14
**individuals (9)**
511:10 512:23 516:5
696:2 698:3 714:14
735:6 765:20 785:9
**information (19)**
651:16 653:12,16
663:4,12,16 666:18
666:22 671:20
676:8 686:8 687:23
712:5,6,7 720:19
778:5,14 800:7
**informations (1)**
718:25
**informed (2)**
631:21 639:16
**informing (1)**
747:21
**initial (1)**
788:9
**initially (1)**
787:10
**injuries (7)**

523:2,13,19 524:5
526:2,11 706:5
**injury (1)**
525:16
**inquired (1)**
694:2
**inside (3)**
567:24 626:14 732:22
**installing (1)**
553:14
**instances (1)**
625:16
**instill (1)**
756:10
**instruct (9)**
710:4,7 736:21 737:3
737:6,10 746:12
766:16,20
**instructed (4)**
735:20 745:8 746:9
767:13
**instructing (1)**
746:24
**instructions (1)**
767:21
**instrument (1)**
526:25
**insubordinate (3)**
632:13 689:13 691:16
**insubordination (13)**
617:10,12,15 623:14
623:22 625:8,19
630:10,21 635:6
732:11 744:3 767:3
**insult (3)**
737:17,22 738:10
**insulted (1)**
738:5
**intent (3)**
556:20,22 693:21
**interaction (2)**
637:17 638:13
**interested (1)**
799:18
**interesting (1)**
713:22
**internal (9)**
561:25 562:3 569:21
569:23 588:9,11
800:23 801:2,8
**Internet (1)**
551:13
**interrogatories (2)**
676:8,14
**interval (1)**
579:17
**interview (11)**
502:12,15,20,23
503:2,6,9,14 521:8
559:8 560:2

**interviewed (1)**
502:11
**intox (3)**
515:11,14 520:21
**intoxicated (7)**
520:9,16,24 522:2,9
542:6,8
**intoxication (1)**
522:11
**investigate (4)**
498:11 504:6,10
509:12
**investigated (1)**
510:8
**investigating (8)**
507:5 511:17 518:2,9
603:2 717:16 718:8
718:17
**investigation (53)**
495:9 496:7,22
497:12,13,18,24
498:5,24 499:19,20
499:23 500:5,9,13
501:6 502:2 503:21
505:24 506:4,9
508:11,15 511:4
514:16 517:8
518:13,18 521:15
548:5 549:20 555:6
555:13 556:9 580:9
580:13 593:6,10,21
594:6 595:21
599:23 602:12
603:19 605:6 624:6
717:19,22,24
719:20 726:12
728:12 783:14
**investigative (1)**
597:7
**investigator (7)**
660:12 661:23 662:21
663:2,15 683:25
686:19
**investigators (1)**
662:22
**invite (1)**
617:2
**invited (1)**
614:5
**involved (10)**
501:16 503:23 512:23
548:9 564:17
658:25 705:15
716:18 774:17
785:7
**involvement (6)**
497:24 503:25 507:4
507:5 723:23
739:25
**involving (15)**

695:25 696:7
697:10 698:5 707:5
708:25 709:18
710:7,11 718:18
732:5 734:14 740:2
740:3 793:19
**irate (2)**
759:11 768:11
**irrelevant (3)**
541:24 542:2,20
**island (12)**
500:4,8 565:4 566:4
572:22,25 674:17
730:13,16,17 748:5
748:18
**Islip (3)**
656:4 661:12 773:19
**issue (15)**
641:11 710:10,16
730:21 736:22
737:3,8,12 742:24
764:17 765:21
766:8 774:2 778:4
778:23
**issued (8)**
613:19,23 614:4
719:4 764:24
792:21 793:2,5
**issues (13)**
608:18 634:17 638:16
640:25 681:14
764:8 772:17,17
773:2,4,6,6 774:11

———————————
**J**
———————————
**Jaeger (25)**
501:2 502:9,13
517:17,17,19,20
521:4 529:23
540:22 694:19
695:23 699:11,14
699:21 700:9,23
701:18,19 702:5
711:4 725:11
787:17,18,20
**January (9)**
557:7 608:2,6,24
752:23,24 753:17
755:9 773:9
**jargon (1)**
637:15
**Jean (8)**
703:6,12,20,21 711:4
725:10 787:18,19
**Jeannie (9)**
502:9,13 517:17,19
521:4 529:23
540:21 541:4
699:11
**Jean's (1)**

703:5
**job (30)**
487:25 513:10 626:22
627:4,7,19 632:7,8
632:15 633:10,17
633:25 641:2,9,9,20
641:22 655:15
675:22 686:12
687:3,14,20 755:8
772:22,25 774:5,16
774:18 782:17
**jobs (1)**
650:22
**Joe (37)**
511:20,21,22 526:14
526:20 580:7 637:2
637:3 638:22
639:10 647:14
659:22 661:15,18
667:7,11 668:4
670:18 672:9
673:16 674:12,15
674:18,21,24 675:3
675:10 733:5
769:12,18 770:6,12
770:12,13 779:8,24
793:5
**John (8)**
541:10 543:15 554:15
555:17 561:9
617:20,21 654:19
**Johnny (1)**
739:14
**joke (5)**
596:5,18,20,21,23
**JORDAN (1)**
490:15
**Joseph (4)**
487:4,8 489:18
616:19
**Jr (4)**
487:8 511:22 526:14
616:19
**judge (14)**
712:15 719:5,8,11
720:3,6,15,22
721:22,23 722:5
724:4 733:4,5
**judgment (3)**
521:2,19 542:9
**jump (1)**
703:5
**juncture (2)**
523:22,23
**June (1)**
684:15
**jurisdiction (2)**
779:21 780:2
**jury (5)**
711:19,21 714:16

743:8 745:11
**justified (1)**
624:2

———————————
**K**
———————————
**K (1)**
487:9
**keep (3)**
537:11 768:19 772:8
**KENNETH (1)**
489:22
**kept (5)**
540:25 604:10,11
643:8 685:24
**Kevin (38)**
487:4 489:14 490:13
507:3,13 508:20,23
632:3,4,17 633:4,9
633:18,22 634:9,25
647:14 658:5 659:3
659:3 660:4,11,24
661:4,9,13 675:20
675:22 732:16
766:20 768:13,16
769:8 779:2 783:17
783:18,19 796:6
**kick (5)**
703:19,19 725:19,20
768:15
**kicked (5)**
725:12,24 726:15,22
727:12
**kicking (3)**
726:6,25 727:19
**kid (3)**
758:18,21 759:11
**kids (1)**
773:4
**kind (12)**
506:18 620:21 632:7
632:24 634:20
641:10 662:8 685:6
760:11,21 771:20
771:22
**kinder (2)**
777:25 783:3
**kit (1)**
715:22
**knew (17)**
516:5 558:14 636:10
666:24 667:8
701:21 713:22
723:19 731:8 735:9
760:7,7 761:15,18
763:3 773:11,15
**knocking (1)**
540:25
**know (223)**
495:15 496:10 498:8
500:21 502:7,15

503:25 504:2,3,11
505:20 507:20
508:9,12 510:11,19
510:21,22,24 514:6
515:12 519:19,25
520:5 521:3,7,24
523:17 525:15
526:7 528:15 529:2
530:8 531:15,23
532:12 534:13
536:11 537:25
538:15,21,24
539:18 540:2,5
541:4,13 545:10
546:23 551:10,25
552:3,12,19 553:8
553:10 555:8,10
557:7,10,10,19,20
557:22 558:7,25
559:6,8,9,10,13,14
559:16 562:18
563:17,22 566:6,8
566:10,12 568:8
569:4 570:23
572:10,12,21,24
573:11 575:3,3
577:3 585:12,18,19
586:17 597:8 600:2
601:25 604:9
605:18 606:12
607:11 608:8,21
610:2 617:6 620:8
625:17 626:19
627:11 630:7
631:13,19 632:4,9
633:3,6,20 634:10
634:13,17 635:23
637:7 638:21
640:22 642:6 643:5
644:5 645:5,18
648:8 649:5 652:14
657:11,12 665:24
666:12,19 667:2,12
669:13,21 670:21
671:2,7 673:9,24
676:4,21 677:7
682:3 685:22
688:23 693:3 695:2
705:10,18 706:16
718:2 722:19,25
723:12,15,17,19
724:10 725:7,7,9
728:25 732:14
738:7 739:5,7 743:8
744:8,12 745:4,20
748:8 752:8 757:6
757:21 759:13,23
760:8 762:6,8,11,11
764:3 765:3,15
769:4,7,19 770:17

771:20,22,24 772:5
772:13 773:5,7,18
773:20 775:17
776:7,9 777:4,7,9
778:8,16 784:10
788:16 789:12
791:16 793:12,20
795:13 796:20
797:5
**knowing (1)**
666:23
**knowledge (26)**
585:24 587:7 681:16
681:17 685:2,17
709:24 710:3,6,10
717:3,11 723:20
724:8,14 738:20,21
738:25 748:10
754:5 774:22
779:19,24 781:9
784:6 790:16
**known (5)**
543:16 557:13 642:13
642:14 749:6
**knows (2)**
540:21 768:11
**Koot (33)**
519:24 523:3,14,21
524:6,25 576:18
593:25 606:8
710:24 711:2,10
713:9,24 714:10,18
716:19 717:12
718:22 719:2
724:17 725:5,25
726:7,13,20 727:2
727:11,20,23
787:14,21 788:12
**Koot's (1)**
595:4

———————————
**L**
———————————
**labeled (1)**
491:3
**Labor (1)**
753:13
**laced (1)**
735:2
**lack (1)**
679:21
**ladies (4)**
700:6,9,24 703:22
**Lamm (71)**
487:4 490:13 507:3,9
507:13,24 508:10
508:20 511:3
520:14 573:17,25
575:10 576:3
595:11,16 598:8
601:13 606:13,19

632:3,17 633:5,22
634:9,25 639:16
647:14 658:5 660:5
660:11,24 661:4,9
661:13 675:20
691:8 692:5 725:23
726:5,10 729:10,16
732:17 733:24
734:7 737:14
740:10,14 765:7,8
767:6,13 769:8
770:24 771:2
773:16,18 779:2
780:7 783:17,18,19
783:22 784:6,15
786:21 787:15
795:25 796:6,13
**Lamm's (8)**
599:15 600:5,23
601:10 602:2 659:3
675:22 768:24
**lap (1)**
794:11
**lapse (1)**
572:3
**late (4)**
751:19 754:23 762:16
784:17
**law (10)**
647:15 685:23 692:5
692:10,21 693:16
713:25 752:20
756:13 773:21
**laws (4)**
731:21 735:13,23
736:3,9,14,18
756:17 760:13,18
763:21,24 764:11
764:24 769:24
**lawsuit (9)**
663:6,8,20 666:13
684:8,11 687:4,20
793:5
**lawyer (1)**
687:22
**lay (3)**
785:16,18,21
**layoff (1)**
626:16
**lead (3)**
516:9,14,15
**leading (2)**
707:15 788:6
**learn (8)**
513:23 537:18 577:11
585:25 723:25
724:25 754:20
757:9
**learned (4)**
505:5 577:7 755:15

776:20
**leave (8)**
533:11 546:10 565:4
626:17 678:7 747:3
748:5 785:21
**leaving (2)**
784:19 786:2
**led (8)**
516:3 596:6,17
597:23 617:16
623:22 625:8,16
**ledge (1)**
796:9
**Lee (1)**
490:7
**left (20)**
536:23 564:11,12,13
564:14,18 566:4
567:13,15,16,20
632:5 633:24
664:19 673:25
676:17 706:13
746:23 748:25
785:10
**lenient (1)**
744:11
**letter (9)**
500:25 612:18,20
613:25 695:23
696:6 701:20 702:2
801:16
**letterhead (1)**
671:12
**letting (1)**
634:20
**let's (37)**
683:9,12,19 686:4
689:24 691:21
694:15 696:11
698:17 701:18
702:9,21 703:25
704:5,8,14 705:9
706:18 720:13
731:13 740:20,21
744:21 747:8,11
751:2 752:3 755:13
756:18 765:7
771:14 777:18
781:20 782:14
783:7 788:17
797:12
**Levine (12)**
552:22 553:9,13
554:14,21,25
706:19,23 707:3,9
707:23 708:12
**Levine's (2)**
706:19 708:18
**liabilities (2)**
791:13,15

**license (7)**
492:13,15,17,20
493:21,23,25
**lied (1)**
727:25
**lies (13)**
515:11,14,20 520:21
520:25 548:10
549:11,13 787:7,11
787:16,22 788:12
**lieutenant (2)**
652:24 653:3
**life (2)**
625:20 627:4
**lifeguard (1)**
739:14
**light (8)**
718:21 719:25 720:4
720:7,15,22 742:20
767:8
**lighthouse (3)**
509:18,24 583:16
**lights (1)**
729:4
**liked (8)**
632:25 640:22 743:20
743:21,23,25
772:14 779:5
**line (14)**
540:18,19,22,24
551:5 579:14
613:18 683:20,21
686:7 729:20,20
768:8 802:4
**lines (2)**
493:11 689:23
**linger (1)**
748:11
**list (1)**
659:4
**listen (1)**
766:24
**listening (4)**
539:20,21 725:4
768:5
**little (21)**
589:15 597:5 608:9
649:16 703:8
713:13 714:10
731:13 732:15
734:4 737:2 744:11
744:21 747:9
755:18,18 756:8
758:12,22 795:22
797:9
**lives (2)**
644:14 773:7
**Lloyd (5)**
658:8,11,19 659:7,18
**LLP (2)**

489:4,16
**local (1)**
555:20
**lock (1)**
732:25
**Loeffler (23)**
487:8 489:18 511:20
511:21,22 526:14
526:20 527:9 580:8
612:9 616:17,18,19
630:25 659:23
681:10,19,21
682:10,21 688:3
790:5,11
**log (1)**
624:8
**logical (1)**
669:6
**lollipops (1)**
735:2
**long (14)**
506:4,9 522:8 526:17
540:23 550:20
595:2 631:12,25
657:12 662:3 715:8
749:7 777:22
**longer (6)**
623:15 660:14 668:21
669:6 723:4 767:11
**look (22)**
493:24 533:6,8,12
646:15 664:13
667:20 683:9,12
686:4 694:15
696:11 698:17
701:18 702:9 705:9
715:6 724:16,19
774:25 776:25
777:11
**looked (5)**
493:20 495:18 596:8
715:11 719:22
**looking (2)**
705:19 766:6
**Looks (1)**
696:17
**loser (1)**
737:14
**lot (20)**
509:18 555:25 557:2
708:24 709:7
714:21 729:5 750:8
756:10 762:12,14
764:2,8,14 765:14
772:21 776:8
777:13 781:15
782:17
**loved (3)**
778:24 779:2,5
**lunch (2)**

678:13 732:14
**lunged (1)**
700:2
**lying (5)**
548:20 700:20 701:17
701:23 705:4

_____

## M

**M (1)**
490:4
**machine (1)**
545:18
**magnifying (1)**
706:21
**mail (1)**
671:12
**majority (1)**
776:18
**making (9)**
536:13 548:14 573:11
607:22 623:11
630:11 645:10
685:4 692:20
**male (1)**
541:2
**Mallory (2)**
714:25 715:14
**man (4)**
639:6 700:2 782:16
782:16
**Maple (1)**
635:20
**March (9)**
608:25 612:19,21
684:9 751:5,9 752:4
755:9 801:17
**marina (2)**
739:9,9
**Marine (1)**
672:22
**mark (16)**
524:9 529:9 543:21
553:23 561:23
569:20 577:16
588:7 599:6 604:15
612:17 619:23
638:8 663:24
667:25 797:6
**marked (38)**
524:13,16 528:24
529:13 544:3,6,11
554:5,8,11 562:5,8
569:25 570:4,8
577:22,25 578:5
588:13,21,23
599:12 600:17,20
603:22,25 604:5,19
604:22 612:21,24
613:3 664:8,11
695:11 696:21

699:2 797:12
**MARKS (1)**
489:10
**marriage (1)**
799:17
**Maryann (2)**
631:3,21
**material (1)**
742:24
**Mather (1)**
654:20
**matter (7)**
491:5 607:3 682:16
709:5 711:15
735:10 799:19
**mattered (1)**
534:14
**mayor (32)**
487:8,9 499:10,16
610:25 611:5,13,14
612:9 630:25 681:6
681:7,18,21,21
682:10,11,17,17,21
688:3,5 710:6
789:25 790:10,19
790:22 791:6,21,25
792:7,12
**mayors (1)**
616:12
**mean (56)**
504:2 506:16 511:22
523:5,9 524:6 525:9
532:10 533:4
541:22 550:6
564:12 573:7
589:21 596:4,23
602:13 604:11
605:8 614:3 616:3
618:7 645:12,18
646:20 666:5,20
676:5 677:20
692:13 712:14
713:10 745:4,5,21
747:13 752:17
755:24 756:25
757:7 759:21 761:2
761:17 762:18
764:9,10,13 765:25
769:20 774:12
775:20 776:14,22
778:23 791:15
795:10
**means (2)**
745:21 778:9
**meant (2)**
597:8 783:23
**measure (1)**
525:14
**medical (1)**
617:23

**meet (2)**
635:15 636:2
**meeting (25)**
613:9,17 614:5 615:6
615:7 617:3 626:6,8
640:6,14 643:20
644:3 645:25
680:11,12 747:12
747:15 748:14,25
749:3,7,16,24
750:12 751:11
**meetings (1)**
763:6
**member (5)**
611:15 612:4 681:12
683:3 710:4
**members (3)**
614:2 772:19,22
**memo (12)**
573:24 612:7 613:7
613:19 630:4,12,13
630:16,19 631:23
631:24 694:19
**Memorial (3)**
490:8 654:20 751:17
**memorialize (1)**
565:24
**memory (1)**
495:14
**mention (2)**
545:23 706:23
**mentioned (7)**
546:5,24 547:2,15
568:15 710:12
794:22
**mentioning (1)**
546:21
**men's (1)**
703:7
**merely (1)**
713:9
**merits (1)**
679:20
**mess (1)**
797:9
**message (2)**
652:20 673:25
**met (5)**
509:23 635:17,19
636:6,11
**meter (1)**
700:4
**Michael (2)**
538:9,22
**mid (1)**
754:3
**middle (3)**
739:9 753:14,16
**midnights (1)**
777:9

**Midstream (1)**
764:5
**Mill (1)**
489:12
**Miller (22)**
502:11 504:3 537:14
537:19,21 538:25
539:5,8,12,23
541:13,19 544:24
549:25 552:2
702:13,16 704:7,9
704:16,18,24
**Miller's (3)**
538:9,22 544:14
**mind (3)**
512:19 517:23 698:18
**mine (2)**
550:24 755:8
**Minerva (2)**
631:3,21
**minimum (1)**
781:14
**minute (4)**
529:16 669:4,11
689:25
**minutes (3)**
540:20 662:4 676:18
**misery (1)**
760:10
**mistaken (1)**
555:4
**misunderstand (1)**
741:16
**misunderstood (1)**
605:13
**mix (1)**
782:7
**mixed (1)**
493:14
**moment (3)**
693:4 697:11,11
**Monday (9)**
504:13 505:4 528:11
539:16 544:19
545:3,6,9,11
**money (3)**
553:21 733:16 773:6
**month (5)**
557:7 569:15,19
608:23 723:3
**months (9)**
506:15 607:14 631:14
632:9 652:10
665:25 723:2 774:7
774:13
**Moran (2)**
645:25
**morning (22)**
491:16,17 495:3
496:12 499:6,11

504:14 505:4 514:4
514:13 524:7,20
525:21 528:12
572:22,25 692:4
728:11 747:11
748:24 772:2 783:9
**motion (2)**
713:17 724:6
**motions (5)**
723:16,21 724:2,4
800:12
**mouth (3)**
547:12 758:21 771:21
**move (16)**
620:17 621:2,7
625:20 626:3 627:5
634:2 637:11 641:4
644:13 657:5 693:6
703:8 706:6 740:24
755:25
**moved (3)**
632:14 772:24 774:10
**moving (4)**
700:5 742:21 772:6
772:23
**Muller (1)**
777:4
**multiple (3)**
544:7 570:5 588:21
**MUMMERT (1)**
490:15
**murder (1)**
755:24
**muscle (2)**
740:24 742:21
**music (1)**
729:5
**mutts (3)**
648:22,25 649:4

---

**N**

**N (6)**
489:2 490:2 679:2,2,2
800:2
**name (9)**
651:7 659:3,19 662:2
662:23 664:24
760:18 802:3,4
**names (5)**
658:25 728:24 729:2
790:10,18
**narrow (1)**
714:9
**Natalie (3)**
487:9 489:18 499:17
**near (2)**
796:2,13
**necessary (9)**
512:22 513:4 519:17
550:23 623:15

624:23 627:15
633:16 678:9
**neck (4)**
706:2,6,10,14
**need (11)**
511:12 516:16 616:22
656:17 678:8 693:9
706:21 769:10
770:7 791:17 797:3
**needed (15)**
516:4 582:22 583:2
589:25 635:20,21
636:10 715:3 724:5
768:20 773:25
778:15 790:2,6,9
**needs (2)**
755:19 789:16
**negative (7)**
689:8,17 690:6,9,20
691:11,12
**networking (1)**
551:13
**neutral (5)**
650:8,9,18 688:12
689:4
**never (32)**
494:6 530:11 531:4
546:15 611:13
632:6 634:18,23
637:4 654:21 658:7
658:15 674:3,5,16
676:2 692:25
701:22 713:22
716:9,22 730:18,23
731:11 735:3
762:10,13 773:23
776:9 784:14
790:12 792:23
**new (23)**
487:2,21 488:10,12
489:7,7,13,21 490:6
490:9 564:16,25
589:25 613:19,23
614:3 775:10,10
781:20,22 799:3,5,8
**newly (1)**
645:21
**news (3)**
667:2,5,11
**nice (3)**
769:19 778:21,22
**night (63)**
497:21 500:19,20
504:13,18 511:15
512:3 514:2 519:20
521:5 523:3,21
526:11,21 527:2,12
527:16 528:20
530:2,9 531:5 538:5
538:11,16 544:15

548:10 549:7
551:16,19 552:2
556:3 559:2,7,12,15
559:19 560:9
563:19 566:9,14,18
566:25 572:4,7,11
572:19 573:8
575:24 576:17
586:19,22 587:8
593:7,11 602:16
606:8 624:3 635:16
639:22 706:13
739:21 758:21
787:7
**nine (2)**
774:7,13
**Nofi (53)**
487:4 637:2,3 638:23
639:10 648:22
661:15,18 666:7
667:7,11,16 668:4
668:12 669:17,21
670:4,14,18 672:10
673:6,16 674:12,15
674:18,21,24 675:3
675:10 686:21
687:19 689:17,18
689:24 690:4 727:4
727:5,7 734:21
740:12 754:10
769:12,18 770:13
770:18 771:4
775:15,24 776:4
779:8,24 792:20
793:5
**Nofi's (4)**
647:14 692:5 770:12
770:12
**noise (2)**
755:22 763:7 795:16
795:20
**normally (2)**
605:23 745:15
**North (1)**
675:2
**Northport (4)**
653:19,22 661:6
674:11
**notarized (1)**
545:16
**notary (5)**
488:12 491:12 545:16
799:7 802:25
**note (2)**
535:11 695:12
**noted (3)**
678:12 679:3 798:12
**notes (9)**
499:22 501:2 529:5,6
543:2,11 609:5

696:24 783:8
**notice (14)**
666:9,13,15,17
684:14,18,20 685:4
685:9,12,17,24
791:23 792:2
**notification (1)**
789:9
**notified (3)**
612:14 724:21,24
**notify (2)**
615:18 789:4
**November (20)**
543:23 544:2,17
553:25 554:4
561:25 562:4,15
563:9 565:21
568:10 569:16,19
588:9,12 601:6
800:20,22,24 801:9
**Novikoff (160)**
489:22 492:8,21
493:15 494:2,9,23
495:4 497:15
498:13,25 499:13
501:20 505:7 506:6
506:11 507:6 511:6
512:25 513:6,12
516:24 517:24
518:4 519:16
521:16,23 522:4,14
522:20,25 525:4,22
526:3 527:4,14,19
528:3 531:13 532:5
532:23 534:6,12
535:11,20,25
537:16 541:20
542:13,17 546:14
547:4,9,18,20
548:17 549:22
552:11,13 559:21
559:25 560:5,10
564:21 565:6,12,16
566:15,22 567:10
567:22 568:18
571:21 573:15
574:11 576:20,24
579:2,20 580:15,20
581:2,9,24 583:4,24
585:4,8 586:23
587:12 589:21,23
590:17 591:20,23
592:5,19,23 598:24
599:5 602:9 611:6
611:12 614:25
618:17 619:6
620:20 623:2 625:2
639:12 642:11,20
643:22 647:16,19
650:8 655:5,9

656:10,12 659:14
665:8,12,16 666:4
667:18,22,24
668:15 669:3,15,24
672:14 676:16,19
676:22 678:4 679:7
688:16 693:8,12
694:23 695:3,7
696:14 705:8,14
707:15 714:7
730:14 742:25
743:5,12 750:20
794:17,21 795:2
797:18 798:9 800:5
**number (10)**
491:3 562:8 603:23
604:2 698:21
705:23 707:25
744:13 766:7
786:20
**numbers (6)**
524:17 544:8 570:6
578:2 728:24 729:2

---

## O

**O (5)**
491:10 679:2,2,2,4
**oath (1)**
491:19
**object (5)**
581:25 585:6 620:21
746:19 785:5
**objected (1)**
794:18
**objecting (1)**
551:6
**objection (252)**
492:8,21 493:15
494:2,9,10,23 495:4
497:14,15,25 498:6
498:13,25 499:3,13
501:20 504:22
505:7 506:8,11,25
507:6 509:14
510:10 511:5,6,18
512:8,25 513:2,6,7
513:12 514:24
516:23,24 517:10
517:24 518:3,4,15
518:20,23 519:15
519:16 521:16,23
522:4,13,14,18,22
522:23 523:10,15
524:21 525:4,22
526:3 527:3,4,14,19
528:3 531:7,12,13
532:5,23 534:5,6,12
535:2,11,12,20,25
537:16 541:20
542:13,17 543:13

545:20 546:13,14
547:3,4,9,18,20
548:12,17 549:2,22
552:11 557:18
559:21,25 560:5,10
564:20,21 565:6,12
565:16 566:15,16
566:22 567:10,22
568:17,18 571:23
572:15 573:6
574:11 576:20,21
576:24 577:14
579:2 580:15,19
581:2,3,8,9 582:4
583:4,24 584:5,18
585:2,3,10 586:4,23
586:24 587:12,22
590:4,5,16,17
591:20 592:5,19,20
592:23 596:24
597:15 602:9 603:5
605:21 606:11,16
614:25 615:21
616:24 619:6 623:2
625:2 628:20
642:11,19,20
647:19,21 650:14
655:5,10 659:14
666:4,8 667:17,18
668:15,17 669:24
681:4,25 682:7
684:23 685:15,20
685:21 686:3
688:14 689:5,11,20
690:8,14,22 691:13
692:15,17 693:18
693:19 696:3,9
697:12,25 698:7
699:18,25 700:13
700:21 702:7
704:12 706:7 707:6
707:13 708:8
710:15 711:16,23
711:24 714:5,6
717:25 719:14
728:3,14,15 730:2
730:22 734:3
737:21 738:2 740:5
741:25 743:10
745:3 746:17 776:2
779:17,18 780:23
782:22 784:5
785:12,13 786:14
787:4 791:24
793:14,22 794:24
796:24 798:5
**objections (1)**
707:21
**objects (1)**
713:17

**obligated (1)**
777:16
**observations (1)**
769:2
**observed (2)**
540:17 546:18
**occasion (1)**
761:6
**occurred (1)**
592:16
**occurrence (1)**
759:25
**ocean (75)**
487:7,10 489:18,19
491:7 499:7 511:15
565:3 567:14
584:25 599:7,10
607:4 608:15
610:25 611:17,20
612:4,5 614:10
626:11,23 650:7
659:20 677:11,16
680:25 681:14,24
682:12,19,25 683:7
709:9 712:17 713:2
717:16 721:19
729:23 730:4,13,15
731:17 732:6
733:25 734:15
735:5,11,14 737:4
737:15,18,24
738:12 749:5
753:22 756:4
776:14,17 777:19
777:21 778:18
779:21 780:2,12
781:11 782:11
784:16 786:11
793:17,25 795:20
796:8 801:11 802:3
**October (3)**
574:9 716:23 753:11
**offered (1)**
720:25
**office (20)**
585:14,21 586:8
664:3,6 669:19
712:19,23 713:4,12
713:21 714:3,12
718:8 721:20 723:6
789:19,22 797:25
801:19
**officer (66)**
500:21 514:5,7,15
516:3,8,12 522:7,9
539:18 564:25
565:2 566:20
614:16 624:3
647:10 654:8
659:21 715:21

721:5 725:20,23
728:6,6 730:5
731:25 732:6
736:14 742:7,12
746:13,20,25 747:5
747:5 753:23,24
756:18 757:14
758:19 765:8 767:7
768:20 769:13
771:12,15 772:10
777:19,21 779:16
779:21,25 780:21
782:10,15,21 785:7
790:24 792:22
793:11,12,20,25
795:18,19,25
**officers (69)**
500:19 512:3 513:10
513:20 520:10,12
527:12,15,17 528:7
530:3 531:10 533:7
563:22 568:2 573:4
573:7,10,12 584:25
609:16 610:6 613:8
614:10 626:24
632:22 636:21
640:13 644:2,18
645:20 646:4 647:7
671:16 704:4
727:25 728:9 731:2
731:6,16 735:20
738:7,12 741:23
744:14,17,25 745:8
745:8 746:3,9,10
750:3,6 753:17
764:13 768:8
778:21 781:7
782:24 783:2
786:13 787:7
788:18 789:6,17,22
790:2 795:6
**offices (1)**
488:8
**official (8)**
487:9,10,12,15
634:23 680:20
729:24 730:9
**Oh (1)**
641:7
**okay (24)**
524:8 546:7 664:15
665:17 667:22
678:3 688:16 697:7
699:6,8 702:23
706:22 712:4,21
713:15 730:24
750:4 751:4 774:19
777:21 791:18
794:17 795:22
798:9

**old (3)**
659:22 760:23 761:6
**omitted (1)**
547:7
**once (8)**
493:20 632:13 657:2
751:20 752:14
755:14 765:10
773:25
**ones (4)**
513:19 638:18 675:13
676:13
**one-on-one (3)**
626:9 629:17 750:7
**one-on-ones (1)**
750:14
**one-page (3)**
604:22 612:25 670:5
**ongoing (2)**
687:4,20
**open (1)**
493:8
**opened (1)**
739:16
**opens (1)**
705:6
**operate (1)**
743:20
**opinion (30)**
548:18,19 564:6
566:19 586:25
587:2,4,5 688:11,18
747:3 755:5 756:6
760:5 762:6 763:12
765:8 768:25
769:13 770:20
771:8,11 777:17
778:17 782:23
785:3 786:20 788:9
788:10 794:6
**opinions (2)**
691:4,18
**opportunity (4)**
655:8 721:2 724:15
724:18
**orange (1)**
703:4
**order (3)**
617:21 747:24 748:15
**oriented (1)**
755:20
**original (2)**
545:17 603:24
**originally (1)**
545:14
**outcome (1)**
799:18
**outlook (1)**
760:9
**outside (9)**

492:14,15 493:9,10
730:12,14,15
732:19 733:13
**overs (1)**
707:19
**overtime (1)**
745:13
**over-the-counter (2)**
493:8,12
**owed (2)**
645:10,14
**owes (1)**
645:16
**owner (1)**
736:23
**owns (1)**
746:3
**O'BRIEN (1)**
489:10
**o'clock (2)**
747:20 797:25
**O'NEILL (1)**
489:10
**O'Rourke (8)**
502:10 555:12,18,19
556:11 558:25
559:6 560:19

___

**P**

**P (4)**
489:2,2 490:2,2
**pack (1)**
597:7
**package (2)**
594:6 715:17
**packaging (1)**
557:3
**packet (3)**
528:22,25 529:7
**page (14)**
544:7,16 570:5,17
588:21 589:5,9
664:16 667:20
686:4 695:13
702:21 800:3 802:4
**pages (3)**
570:13 571:3 664:13
**paid (6)**
497:17 553:17 619:4
619:8,11 748:8
**paper (2)**
589:13 600:2
**papers (1)**
602:11
**paperwork (7)**
624:7 718:23 720:19
764:4,14 769:20
782:8
**Paradiso (67)**
496:23,25 507:11

513:22 514:2,10,11
529:6 537:14 538:2
539:3 560:24
561:11 615:11,18
616:22 617:2 620:6
620:9,11,18 621:12
621:16,19 624:19
627:18 628:2
632:16,24 634:8
638:16 694:20
701:20 709:21
728:10 739:4,11,18
741:10,13 753:2
760:5,8 761:15,18
761:21,21,24 762:5
762:14 763:3,5
766:16 770:17,25
771:2,7,10 774:15
778:6 784:7,11
790:16 791:7,13
792:5,8
**Paradiso's (3)**
497:4 503:20 638:20
**paramedic (1)**
617:22
**paraphernalia (2)**
556:24 557:4
**Park (2)**
655:16,18
**parking (2)**
509:18 700:3
**part (23)**
497:18 501:25 505:23
508:10 521:8,14
526:20 528:24
547:16 548:5
549:20 555:6,12
556:9 602:12 615:3
642:8 680:19
684:21 702:24
705:6 733:9 742:9
**parted (1)**
626:4
**partially (8)**
523:4,5,6,7,8,9
761:20,21
**particular (9)**
624:4 636:11 737:7
771:10,12 781:7
790:19 793:19,20
**Particularly (1)**
559:23
**parties (1)**
799:16
**party (1)**
522:22
**part-time (9)**
610:5 645:20 753:18
753:24 754:6
773:16 775:5

776:22 780:15
**pass (2)**
530:14,17
**passed (1)**
498:16
**Pat (7)**
496:6 497:10 500:3
501:24 541:11
545:8 555:17
**Patrick (1)**
543:15
**patrol (5)**
622:17,19 672:23
742:11 743:22
**Paul (9)**
492:5 614:15,17
617:20 629:19,23
646:10 671:23
777:2
**pay (2)**
553:20 789:12
**PCR (1)**
526:9
**PD (1)**
687:3
**peanuts (1)**
760:24 761:8
**pedigree (2)**
712:6 720:18
**people (37)**
492:4 501:16 505:2
512:2 519:19
522:10 548:8 549:6
576:16 614:4
630:13 632:10,17
632:22 637:18
638:13 704:3
728:21 745:20
750:8 756:9,11
757:8 759:14 763:6
763:10 766:17,21
770:6 776:12
778:12,18,25 779:4
788:5 790:18 796:2
**people's (1)**
537:2
**perception (1)**
542:16
**perform (1)**
618:25
**performance (5)**
641:2 689:22 690:25
743:19 778:8
**period (10)**
508:18 509:11 510:8
511:17,21 512:5
550:10 754:12,15
788:18
**perjurious (4)**
700:19 701:16 705:3

708:15
**permission (3)**
536:2,5 733:11
**permitting (1)**
735:6
**person (14)**
507:21 509:17 515:11
515:14 608:14
637:3 653:14
664:24 669:8 671:3
673:23 710:13
734:15 788:7
**persona (1)**
777:25
**personal (8)**
536:22 585:24 634:17
640:25 733:23
772:17 773:2,7
**personally (3)**
552:14 555:15 772:14
**personnel (2)**
537:2 619:20
**perspective (2)**
787:23 788:2
**pertained (2)**
736:9 770:8
**pertinent (1)**
663:9
**Philip (4)**
487:24 488:11 799:7
799:24
**phone (23)**
502:11 507:11,14,21
507:22 508:3
529:24 531:20
539:19 540:11,12
543:2 647:25
655:13 658:10
671:10 707:11,24
708:3,3,19 728:24
729:2
**phonetic (1)**
536:13
**photocopies (2)**
535:17 536:13
**photocopy (3)**
524:10,12 800:15
**photographs (3)**
524:11,13 800:16
**photos (2)**
528:23 606:7
**phrase (1)**
618:7
**physical (1)**
785:7
**pick (2)**
745:22 795:17
**picture (2)**
705:25 794:12
**pictures (5)**

523:20 524:19,22
712:8 720:20
**piece (4)**
583:22 589:13 591:18
599:25
**pile (1)**
602:11
**pissing (2)**
766:3,21
**place (20)**
502:13,16 508:5
554:7 561:2 569:18
577:24 600:16
612:23 620:24
674:10 703:8
711:21 721:17
722:17 727:24
728:8,13 741:11
749:4
**placed (10)**
524:15 544:5 562:7
570:3 588:20
604:21 606:9
620:15 621:19
664:10
**placing (2)**
622:11,12
**plain (2)**
795:7,10
**plaintiffs (72)**
487:5 489:5 607:3
612:6,14 613:11,14
613:23 614:10
615:19 631:22
639:14 643:15,18
644:4,6,11,24
645:15 647:13
650:6 671:17
684:21 685:3
688:21 689:2
709:14 729:21
730:3,7,19,24 731:4
731:10,15,19,23
734:23 735:4,25
736:7,13,22 737:3,7
737:11,11,18,23
738:6,10,14,21
744:13,23 746:8,13
746:18,22 747:22
748:23 749:17,20
750:16 752:6,18
754:5 755:7 779:15
780:12 782:20
788:21
**plaintiff's (3)**
715:18 718:9 751:25
**plan (2)**
499:18 774:8
**planning (1)**
538:22

**plans (1)**
773:22
**play (5)**
558:17,20 648:10
649:6,14
**played (4)**
648:14 649:9,19
692:3
**playing (1)**
760:18
**Plaza (2)**
488:9 489:20
**plea (14)**
558:8 595:3 720:11
722:21,24 723:8,11
723:18 724:21,22
725:2,4,6,13
**plead (1)**
712:15
**please (4)**
617:22 618:2 686:7
699:24
**pled (3)**
720:12 721:24 722:15
**plus (1)**
781:3
**PO (1)**
633:10
**podium (1)**
749:10
**point (62)**
496:5 498:15 499:5
533:3,4 534:13
555:7 556:13
560:15,21 568:14
570:24 574:5
576:23 593:19
598:4 603:2,9
606:24 607:2
610:14,19,25 611:4
615:5 616:2 623:4,5
633:8 643:13
647:18 649:3 656:9
666:24 697:16
699:16 700:24
701:7 703:4 706:12
706:15 707:10
708:19 710:17
720:11 722:21
723:24 745:16,20
746:2,10 748:16
755:4 760:17
765:18 773:9,10,14
784:20 787:13
789:5,20
**police (154)**
487:10,11,13 489:19
491:25 492:6,19
516:3,8,12 522:7,8
525:20 526:25

530:3,5,14,17,21
532:22 536:13
545:19 551:22
561:7 562:23,25
564:4,16,25 565:2
566:13,17 568:2
594:21 599:8,11
609:15 614:9,16
616:6,14,23 619:16
624:11 632:21,22
635:18 647:7
652:15,21 653:20
653:23 654:2 656:4
657:9 658:9 659:21
660:4,8,10,23 661:3
661:7 668:8,13
672:9,11,20 673:14
674:8,11,18,20,23
675:23 677:12,17
680:21 681:3
686:10,16 687:14
704:4 707:12,25
708:2,19 709:9
717:17 720:18
725:19 730:5,9
731:25 732:5
733:10,14,14 734:2
734:15 735:12,20
736:14 738:7,11
741:23 742:5,7,12
744:25 745:23
746:13,20,25 747:5
750:3 755:20 756:3
757:14 761:2,12
763:9,13 765:21
766:8,18 767:7
768:20 769:10
773:19 776:15
777:19,21,25
778:14 779:16,20
779:25 780:21
781:22 782:15,21
782:24 783:3 785:6
786:12 788:18
790:24 792:21
793:11,12,18,25
801:12
**policies (1)**
786:18
**policy (3)**
519:6,12 786:11
**pool (38)**
505:2 545:24 546:6
546:11,22,24 547:2
547:15 568:16,21
694:11 698:6,10,15
700:10,12,17 701:2
701:10,14,21 702:6
704:6,10,16,20,23
704:25 705:2

706:24 708:5,13,14
708:22 716:8
728:25 788:5,8
**poor (15)**
521:2 637:5,6,16,16
637:17,18,20,23
638:13 689:22,23
690:24 691:15
760:22
**poorly (2)**
728:17,19
**position (2)**
659:4 681:3
**positive (4)**
608:25 652:19 663:22
672:5
**possession (3)**
556:12,18,21
**possible (9)**
518:6 522:6 532:17
540:5 542:10,14
574:9 595:9 624:5
**possibly (8)**
502:6 504:25 519:4
539:25 540:20
558:4 590:19
755:23
**post (25)**
618:13 620:16,25
621:6,8,25 622:21
624:10,11 676:4,9
741:18,19,19,24
742:2,8,10,17,20
743:18,24 744:5
765:23 796:7
**posted (3)**
677:4,8,12
**posting (1)**
677:16
**posts (1)**
676:12
**potential (2)**
655:7 675:9
**poured (1)**
796:9
**precautionary (1)**
525:14
**preceding (1)**
569:19
**prefer (1)**
775:13
**premise (4)**
492:16,17 493:23
729:3
**premises (4)**
492:14,25 493:13,17
**preparation (1)**
499:23
**prepare (2)**
603:8 605:14

**prepared (3)**
529:6 532:21 605:11
**preseason (1)**
615:7
**present (10)**
490:11 539:19 628:10
639:9,15,18,21,25
643:20 721:2
**presented (1)**
726:18
**presently (2)**
668:7,12
**preserved (1)**
693:11
**presided (1)**
615:7
**presumably (2)**
719:11 788:23
**presume (1)**
579:4
**pretty (3)**
621:5 663:23 772:16
**previous (2)**
659:6 733:18
**previously (3)**
491:11 648:12 649:7
**pride (1)**
782:17
**prior (40)**
498:10 499:10,19
501:5 505:20
534:10,22 535:9
539:15 575:25
584:17,21 614:11
615:10,20 627:22
627:23 643:24
659:8 664:3,7
682:14,14,22 683:4
683:16 684:10
687:23 713:24
714:10,19 715:14
722:20 735:12
743:15 752:4,5
773:11 793:4
801:20
**private (1)**
794:2
**privately (1)**
747:22
**probable (1)**
766:7
**probably (11)**
517:16 569:16 595:14
624:5 631:23
679:13,15 689:14
723:3 725:15
767:25
**problem (1)**
696:13
**procedure (2)**

706:4 712:2
**proceeded (2)**
625:24 750:12
**process (5)**
711:25 712:3 715:8
747:21 776:25
**produce (1)**
724:8
**produced (5)**
595:21 638:11 648:12
649:7 724:11
**production (2)**
619:24 638:9
**proper (7)**
534:9,24 535:8,14,16
535:24 537:4
**property (1)**
532:22
**prosecute (2)**
712:24 713:5
**prosecuted (3)**
556:14 593:25 713:11
**prosecution (2)**
506:14 716:19
**prosecutor (1)**
714:25
**Prosecutor's (1)**
713:4
**prospective (7)**
688:25 689:10 690:18
691:5,10,18 693:2
**protect (4)**
582:22 583:2 590:2
716:15
**provide (28)**
500:11 513:18 530:2
538:25 542:22
569:5 573:21,25
574:3,7,10 578:23
580:5 581:25
583:11 650:4,12,19
653:12,16 654:14
655:19 658:3 663:4
671:23 673:12
686:7 726:11
**provided (17)**
501:5 512:2 533:21
535:8 545:3,6
549:13 554:22
562:18 574:20,23
578:20 582:3
587:11 676:7 726:5
727:10
**provoke (1)**
769:9
**public (19)**
488:12 491:12 493:10
533:6 663:12,16
685:25 721:21
730:21 766:4,22

768:24,25 770:20
781:23 782:11,18
799:8 802:25
**publicly (2)**
666:17,22
**pull (1)**
756:19
**pulled (2)**
703:21 758:11
**punch (1)**
768:10
**punishment (1)**
744:4
**punk (1)**
796:8
**purely (2)**
513:17 515:3
**purported (1)**
702:3
**purports (1)**
702:15
**purpose (2)**
704:5,14
**purposes (2)**
694:14 721:22
**pursuant (2)**
488:10 724:6
**pushed (3)**
703:11,20 798:7
**put (45)**
504:14 508:4 509:2
547:11 573:5
574:25 599:17
609:8 616:5 618:13
619:20 621:6,25
622:20 632:6
633:24 634:22
651:18 653:6
660:13 666:10,14
670:6 671:11 694:9
700:16,16,25
704:18,24 706:6,13
708:3,13 721:8
732:24 741:7,13,17
743:5 744:5 763:24
766:16 769:18
787:23
**putting (3)**
688:19 740:22 766:21
**P.C (1)**
489:10
**p.m (3)**
678:12 679:3 798:12
**P.O (1)**
490:8

**Q**

**qualified (2)**
635:22 774:3
**quantity (1)**

556:23
**question (73)**
496:2 504:20 515:7
515:18 519:11,12
519:25 521:14
522:21 523:11,16
535:22,23 541:19
549:5,18 557:6
560:4 564:9 582:2
585:5 586:3,5
590:18,21,22
591:23 592:2,6
605:13 615:2
620:20 621:6
622:22,23 639:13
643:23 647:20
666:5 667:9 678:5
680:16 682:8
683:24 688:11
690:12 694:14
704:6,15 713:15,23
716:5 727:4,15
733:7 734:18,21
736:6 737:22
743:15,16 760:2,3
769:5 770:24
775:15 780:4 782:3
782:5 785:4 791:16
795:5,24
**questioning (2)**
551:5 699:3
**questionnaire (1)**
670:6
**questions (28)**
502:22,25 503:18
512:16 516:4 542:7
576:13 585:9 680:4
680:5,8 684:4 697:6
702:19 708:24
709:2,17 729:11
743:4 751:22
781:16 783:10
784:19,22 785:25
786:20 791:9
792:17
**quite (1)**
540:19
**Quogue (3)**
654:2,4 674:23
**quote (3)**
686:10,12,12

**R**

**R (6)**
489:2 490:2 491:10
679:2,4 799:2
**radio (8)**
624:9 776:7 792:15
792:17 793:12,21
795:5,18

**Radler (2)**
488:9 489:16
**rage (1)**
788:4
**railroaded (1)**
564:7
**ran (1)**
792:10
**Rangers (2)**
655:17,18
**rape (2)**
624:5 755:23
**rarely (1)**
772:18
**Rate (1)**
683:20
**ratted (1)**
636:19
**reach (2)**
506:20 509:12
**reached (13)**
508:19 510:9 512:6
558:18 561:19
568:11 577:12
579:18 603:3,14
657:17 669:22
703:5
**reaction (11)**
528:13,16 566:3,6
580:17,23 601:9,12
644:23,25 645:3
**read (47)**
494:11 500:23 504:15
504:19,21 515:3,13
526:9 528:18,19,22
546:3 555:7 571:7
585:4,7 586:10,11
587:5,14,20 589:15
589:16 591:8
594:16 595:17,21
597:6 601:10
602:11,20 696:18
697:3,23 699:4,23
703:3 705:16
706:19 709:4 715:3
718:14 721:25
722:4,14 787:11
797:3
**reading (11)**
515:15 528:14 544:10
591:4,6 594:13
596:9 697:15,22
738:17,17
**real (1)**
652:19
**really (24)**
503:3 506:18,21
510:5 515:24
528:15,16 534:14
586:17 615:25

637:18 638:21
649:12 674:9
692:23 753:12
761:3 762:3 765:3
767:23 773:22
775:13 776:9
777:11
**reason (38)**
545:2,5 550:15 571:8
 571:16 581:4 610:8
622:15,23,25
623:10 626:16
628:13,15 629:12
629:20,24 630:5,9
630:19 631:5
633:21 641:10,22
642:5,7 649:25
652:19 656:24
665:22 668:25
687:2 721:19
732:18 733:3
752:12 754:13
771:4
**reasons (15)**
536:16,19 610:11
617:13 624:24
631:21 637:12
639:10 640:2
641:12,14 659:11
687:9,19 730:9
**recall (284)**
491:25 493:21 494:3
 494:17,22 495:2,8
 495:17,22,25 496:4
 496:13 497:3,8,16
 499:9,15,24,25
 500:7,10 501:7,10
 501:12,23 502:19
 502:24 503:5,7,8,15
 503:17 505:16
 506:2 507:23 508:6
 508:25 509:5,8,21
 509:25 510:3,12,16
 510:18 511:19,23
 514:11,19 517:4,11
 520:4 521:6,9,22
 522:3,12,19 523:6,7
 523:19 524:3 526:5
 526:12,16,17 527:7
 527:10,22,24
 528:16 529:2,8
 530:10,13 531:8,14
 531:22,25 532:13
 532:16,19 533:13
 533:19,23 535:3,14
 538:8,12,14,17
 539:6,7,10 540:9
 541:7,15,17,24
 542:12 544:9
 545:10 546:2,20

548:6 549:15,23
 551:17,20,23 553:4
 553:7,8,12 558:21
 559:3,5 560:25
 561:18,21 563:3
 566:7 567:3,4 568:4
 569:12,15 570:19
 571:2,25 572:3,20
 572:23 573:2 574:6
 574:8,14,16,17,20
 574:23 575:2,5,12
 575:14,18 576:6,11
 576:15 577:2,15
 578:12,16,18,21
 580:2,6,7,11,16,22
 581:16,17,20,21
 582:5,11,12,15,18
 582:21,25 588:4,5
 589:20 590:7,13,23
 591:2,13,14,17,24
 592:2,9,11,12,17,25
 593:3,13,17 594:8
 595:2,18,23 599:14
 600:4,9,12,13 601:5
 601:16,20 602:19
 602:22 603:16
 606:17,22 607:9,13
 608:23 609:11,24
 611:22 612:10
 622:14 625:11,13
 627:20,25 628:9
 631:8 632:2 633:6
 635:3 638:21 643:9
 644:22 646:13
 649:5 650:22 652:2
 652:6,9,14,25
 658:18 662:2,5,13
 662:22 664:16
 667:13 668:3,11,18
 668:20 673:4,18
 674:9 675:8,10,13
 675:17,21 684:3
 689:25 694:6,13
 698:12 702:19
 709:2 724:23 732:3
 738:17,17 740:25
 747:18 748:16
 750:4 767:19
 771:13 774:24
 777:10 784:21
 786:4,22 787:8
 791:8,11 792:11
 795:8 796:14
**recalls (1)**
495:21
**receipt (2)**
732:24 758:6
**receive (6)**
562:20 575:9,15
 793:8,10,16

**received (20)**
529:7 575:2,13,19
 578:13,17 580:18
 591:9 599:14 600:4
 600:8,11,13 601:8
 601:14 602:3,8
 655:13 774:18
 788:13
**receiving (3)**
591:3,6 682:14
**recess (7)**
529:19 588:17 646:25
 676:25 678:13
 750:23 797:15
**recognize (10)**
554:10 562:9 570:7
 578:4 588:23
 600:19 613:2
 648:15 649:10,20
**recognized (1)**
659:2
**recollection (24)**
540:3 543:6,9 544:15
 544:23 546:17
 554:17,24 563:5
 571:13 575:7,24
 579:13,16,25
 586:19 609:3
 664:24 678:2 691:6
 725:6,14,18,23
**Recollections (1)**
705:12
**reconcile (1)**
515:6
**record (37)**
491:9 494:11 504:21
 522:22 529:15,18
 529:21 579:20
 585:7 588:16,19
 604:4 605:25
 610:24 619:23
 638:8 646:17,21,24
 647:3 676:22,24
 677:3 678:11 679:9
 695:12 703:4
 731:14 750:20,22
 750:25 797:12,14
 797:17,21 798:11
 799:13
**recording (1)**
649:11
**records (1)**
646:16
**redirect (1)**
678:8
**refer (1)**
589:17
**reference (45)**
573:11,18 630:12
 655:19,20 656:2,5

657:24,25 658:4,21
 661:17,18 662:8
 664:3,7 669:23
 670:5 671:9,11,15
 671:24 672:2,5,15
 672:17 673:3,11,11
 673:12,22 687:25
 688:23 689:8,17
 690:6,10,20 691:12
 694:10 702:6
 726:20 749:23
 750:16 801:20
**references (11)**
650:5,11,13 654:15
 654:16 658:4
 688:12,18,20,22
 690:4
**referring (9)**
604:24 605:12 606:2
 648:11 728:7
 729:16 730:12
 738:22 743:15
**reflect (2)**
579:21 605:5
**reflected (3)**
515:25 622:7 763:13
**refresh (8)**
544:22 554:16 571:12
 579:13,15,24 609:3
 664:23
**refusal (1)**
622:2
**refused (1)**
576:13
**refusing (1)**
622:13
**regard (50)**
602:4,5 639:13
 680:23 687:24
 688:19,21,25 689:8
 689:16,18 690:4,12
 690:16 691:8
 693:15 694:3
 699:21 709:10
 710:18 717:17
 726:17,19 727:4,8,9
 728:18 731:5
 732:12 734:18,21
 736:3 738:25 740:2
 752:5,17 754:2
 758:6 764:24
 770:24 771:9,11
 776:4 780:4 782:10
 782:11 783:23
 791:6,7,13
**regarding (3)**
508:4 738:15 749:16
**regular (12)**
617:9 622:17 623:14
 624:13 742:11

743:19,24 759:17
 759:20,24 760:15
 760:22
**regularly (1)**
626:20
**rehire (4)**
610:7 752:18 755:6
 762:24
**rehired (13)**
560:21,23 747:23
 748:3 760:6 762:7
 763:17 770:18
 788:22,24 789:10
 790:3,7
**rehiring (2)**
771:2,9
**rein (1)**
762:18
**reinforced (1)**
788:12
**reiterated (1)**
657:2
**related (5)**
558:10,15 767:15
 786:3 799:16
**relation (1)**
747:20
**relationship (2)**
552:10,17
**relay (1)**
778:4
**relevant (2)**
666:21 743:2
**relief (6)**
509:19 745:16,19,23
 746:2,10
**relieve (1)**
771:25
**remain (1)**
692:22
**remaining (1)**
646:2
**remanded (1)**
720:18
**remember (52)**
494:4 505:9 508:2
 529:3,4 537:24
 539:13 540:8 541:2
 541:7 557:24 558:7
 558:9 560:17
 563:22 565:20,23
 567:19 569:2,11
 572:9 577:6,7
 587:16 591:3
 593:15 594:23
 596:12,15,25 598:6
 598:15 601:11,15
 602:24 603:12
 614:21 622:9 624:4
 632:19 634:11

636:25 646:12
648:3 651:2,7
652:24 673:7 725:3
739:13 744:19
792:9
**remembers (1)**
540:19
**remind (1)**
491:19
**removed (1)**
717:3
**repeat (2)**
602:6 690:2
**rephrase (4)**
573:14 680:16 682:8
736:6
**report (36)**
500:20 528:7,14
529:11,13 583:7,19
599:22 603:8,10,18
603:21,23 604:4,8
604:10,16,19,24
605:5,12,14,25
620:5 632:16
680:18,24 681:13
681:24 682:12,18
682:24 683:6
727:17 800:18
801:15
**reported (2)**
487:24 620:9
**reporter (2)**
694:24 707:20
**reports (2)**
715:18,19
**represent (6)**
546:4 679:14,15
695:11 696:20
698:22
**representation (2)**
684:16 696:19
**represented (2)**
684:13 722:6
**reprimand (1)**
768:16
**reprimanded (1)**
733:22
**request (14)**
618:18,22 619:24
638:9 650:11
654:15 655:20
657:14 661:17
662:7 669:22
685:19 687:25
798:6
**requested (1)**
620:3
**requests (3)**
658:5 800:7,11
**requires (1)**

685:24
**Rescue (1)**
511:15
**residence (2)**
530:19 794:3
**resident (3)**
555:20 793:17,19
**residential (2)**
622:18 743:22
**resident's (1)**
794:11
**resolution (1)**
753:6
**respect (30)**
498:20 651:4 652:16
653:20 654:5,11,19
655:4,7 657:23
658:5 660:11,24
661:4,8,13,16 670:3
670:18 672:9 673:6
673:16 674:12,15
674:18,21,24 675:3
675:16 764:11
**respectful (1)**
755:18
**respective (1)**
685:4
**respond (11)**
596:10 609:18 650:10
654:15 655:20
658:4 661:17,20
792:22 793:18
795:19
**responded (2)**
652:22 662:20
**response (13)**
497:5 567:4 620:18
621:11 622:2
638:20 657:24
676:8,13 688:10
757:18 759:9 795:4
**responses (4)**
650:17,19 677:25
678:7
**responsibilities (3)**
741:22 742:9 754:17
**responsible (1)**
753:7
**rest (3)**
618:11 705:7 788:23
**result (1)**
525:2
**results (1)**
783:13
**resumed (1)**
679:4
**retired (2)**
564:15 641:20
**retrain (2)**
764:6,12

**retrieve (1)**
739:15
**retrieved (1)**
739:15
**retrospect (1)**
640:18
**returning (2)**
639:23 750:11
**review (8)**
528:6,9 534:3,9 555:5
556:8 708:17
714:22
**reviewed (2)**
500:14 594:5
**rewrite (1)**
590:20
**Rexcorp (2)**
488:9 489:20
**Re-ask (1)**
523:10
**re-educate (1)**
764:6
**Rich (12)**
504:4 518:16 563:24
567:25 568:6
570:11,16 571:13
572:17,21 715:21
739:10
**Richard (5)**
538:15 568:23 576:12
581:19 645:3
**Richie (11)**
561:11 563:24 568:7
716:16 777:23
778:19 782:3
784:24 785:17,20
785:20
**rid (1)**
645:7
**ride (1)**
756:17
**ridicule (1)**
738:10
**riding (4)**
756:19 758:13,20
760:17
**right (33)**
496:24 497:2 522:25
548:22 553:21,22
578:24 589:23
597:19 625:14
643:21 647:8 665:9
683:21 698:15
705:13,21 716:24
719:9 721:10
724:19 752:8,20
753:4 766:12
767:10 768:16
769:8 773:21
777:10 788:24

792:13 793:20
**rights (7)**
609:15,17,17 751:24
751:25 752:6,13
**ring (1)**
651:10
**risk (1)**
781:24
**Riverhead (6)**
650:25 652:15,18,21
673:14 674:8
**Rivkin (2)**
488:9 489:16
**Rizzuti (4)**
487:24 488:11 799:7
799:24
**Road (1)**
489:12
**Rocket (2)**
491:24 493:2
**Rogers (17)**
487:9 489:19 499:17
630:25 681:6
682:17 688:6 710:6
789:25 790:10,22
791:7,12,21,25
792:7,12
**role (11)**
500:12 501:6 502:2
503:20,22 505:17
508:10 511:4
520:16 558:18,20
**rolled (1)**
792:16
**room (8)**
561:12 626:14 700:7
700:9,24 703:7,22
704:2
**RQ (2)**
619:23 638:8
**rubbed (1)**
771:23
**RUDOLPH (1)**
490:4
**rug (8)**
597:3,10,22 783:20
783:24 784:3,9,13
**RULINGS (1)**
800:9
**rumor (6)**
527:5,6 577:9,11
584:21 793:4
**rumors (3)**
597:16,18 709:13
**run (6)**
517:2,6,12 636:7
790:10,17
**Russell (1)**
733:5

_____
**S**
**S (10)**
489:2,8 490:2 491:10
491:10 679:2,2,2,4
679:4
**safely (1)**
756:13
**safety (4)**
703:22 730:21 781:23
782:11
**sake (1)**
729:21
**sale (2)**
492:17 493:23
**SANCHEZ (1)**
487:14
**sat (7)**
593:19 594:12,16
721:22 733:5
749:13,14
**saw (20)**
489:12 509:17 524:2
524:20 529:4 530:4
531:18 537:8 546:9
546:15 700:17
701:2,13 707:4
718:13 726:10
735:19,21 762:13
765:9
**saying (9)**
541:2 563:23 593:16
593:17 596:25
610:19 613:23
634:19 699:21
**says (6)**
516:13 613:19 664:20
668:2 695:7 768:14
**scene (8)**
527:18 566:21 573:7
573:13 757:12
784:19 785:10
786:2
**Schalik (33)**
519:24 576:17 593:24
595:3 606:8 698:14
710:25 711:9,10,12
713:9,25 714:11,18
716:20 717:12
718:22 719:3
725:12,13,18,24
726:2,6,14,22,25
727:12,18,23
787:14,21 788:11
**Schalik's (1)**
724:18
**schedule (13)**
634:23 636:2 753:17
754:4,8 773:16
774:25 775:5,12
776:25 777:5,11

798:3
**scheduled (8)**
497:10 637:7 691:2
741:9,17 774:20,22
789:11
**schedules (1)**
781:6
**scheduling (3)**
637:6 638:2 753:7
**Schwartz (8)**
680:18,24 681:13,24
682:12,18,24 683:6
**scope (1)**
756:13
**Scott (1)**
651:9
**Sean (4)**
502:10 555:12,18
560:19
**search (1)**
766:5
**season (32)**
595:6 598:11 614:23
615:4 751:8,12,15
751:16 752:18
753:10,11,24 754:3
755:7 756:18
763:22,23 770:19
771:2,5,6,10 776:22
780:16,22,24 789:7
789:8,23 790:3,7,19
**seasonal (6)**
609:15 610:6 659:21
753:23 780:18
790:24
**seasons (1)**
615:10
**seats (1)**
749:11
**second (6)**
526:24 611:24 648:23
699:8 707:20
796:13
**seconds (1)**
646:22
**section (1)**
671:8
**sections (2)**
662:12,16
**secure (1)**
729:3
**security (2)**
661:12 773:19
**see (39)**
496:15 523:20,25
525:25 534:20
544:16,17 562:15
562:16 563:9 571:9
575:23 585:5
613:18 616:4

664:17,19,20 665:6
665:12,14,16,17,19
665:20 668:6,9,10
686:13 687:5 699:7
701:10 703:23
705:2 708:21
711:20 715:23
766:3 783:9
**seeing (5)**
529:3 534:22 544:10
793:5 796:14
**seek (1)**
713:25
**seen (8)**
524:22 532:15 683:16
698:6 700:12 704:9
708:5,12
**seizure (1)**
766:6
**selectively (1)**
731:21
**sell (7)**
492:15,18,24 493:12
493:17 556:20,22
**selling (3)**
493:7 556:24 734:25
**send (6)**
543:7 545:16 613:10
613:13,22 766:14
**sending (1)**
760:10
**sends (1)**
789:15
**seniority (6)**
775:19 776:12,13,14
776:15,17
**sense (1)**
685:8
**sent (12)**
601:8 613:7 614:2
630:4,13 631:24
651:18 670:5
715:24 719:23
789:18,19
**separate (2)**
555:2 604:7
**September (6)**
753:2,12,14,16 754:3
774:23
**sequence (1)**
720:21
**sergeant (5)**
651:5,12 652:3,23
653:2
**series (3)**
680:3 697:5 702:18
**serious (1)**
711:14
**serve (1)**
492:13

**served (7)**
658:20 663:19 666:9
666:15 682:15,22
683:4
**service (15)**
487:14 498:16,20,23
584:23 608:9,11,15
608:18 611:10
636:20 648:7
752:20 755:20
789:15
**services (1)**
671:8
**serving (1)**
682:22
**sessions (1)**
666:12
**set (9)**
605:14 642:24,25
643:5,8 721:22
748:6 799:11,21
**settled (1)**
748:19
**sexual (2)**
552:9,17
**shaking (1)**
594:17
**SHEET (1)**
802:2
**Shelter (1)**
674:17
**Sheriff's (5)**
661:23 664:2,6
669:19 801:19
**shield (4)**
635:16,24 636:23
639:23
**shift (7)**
639:24 740:23 767:14
775:14,23 776:4
781:2
**shifts (8)**
741:17 746:4 754:6
773:17 775:5
776:19,22,23
**shirt (3)**
703:15 769:24 770:3
**shit (2)**
583:22 591:18
**shoddy (1)**
769:20
**shook (1)**
626:3
**shoot (5)**
758:23,25 759:2,2,4
**short (4)**
635:23 739:8 755:24
774:3
**shorthanded (3)**
746:23 747:4 770:22

**shortly (1)**
621:15
**shoulder (1)**
759:24
**show (12)**
533:14,17,20 534:24
591:11 594:7 637:8
695:8,10 698:19
766:13 789:7
**showed (7)**
683:10 699:9 702:2
702:10 705:21
720:10 765:15
**showing (5)**
533:23 578:14 634:14
691:2 696:19
**shows (1)**
691:15
**shut (4)**
618:11 721:19 729:4
768:17
**sick (3)**
583:7,19 773:3
**side (3)**
512:22 665:9 771:21
**sign (3)**
570:16,20 719:8
**signature (6)**
664:17,18,21 665:10
665:17 699:10
**signed (3)**
570:24 719:5,13
**silly (7)**
756:16 760:13 763:20
763:24 764:11,24
769:24
**similar (2)**
591:18 758:17
**Simply (1)**
769:18
**sir (6)**
647:12 667:9 689:7
707:22 770:2,7
**sit (15)**
593:22 595:10,13
598:3,8,12,17
640:10 685:2
758:16 763:6
764:15 768:6 794:3
794:11
**site (1)**
551:13
**sitting (10)**
561:10 580:2 587:17
590:23 592:15
601:20 602:21
724:13 725:3
749:11
**situation (2)**
624:14 632:5

**six (6)**
571:19,21,22 572:2
632:9 665:25
**sketchy (1)**
705:13
**sleep (4)**
626:20,23 629:10
772:4
**sleeping (9)**
627:6,18 628:6,21
629:3,12 630:6
656:25 771:24
**slept (1)**
628:3
**slipping (1)**
690:25
**slowly (1)**
757:4
**small (1)**
762:8
**Smithtown (2)**
502:14 674:14
**smoking (1)**
768:7
**snapshots (1)**
705:13
**Snyder (90)**
487:4 490:14 500:21
510:6,17,23 511:3
520:14 573:19
574:3,7,14,20,23
576:7 578:9,20
579:5,11,17 580:4
580:11 581:6,11,17
582:6,22 583:2
584:3,3,8,10,13,16
584:22 585:12,19
586:6 587:11
591:12,17 592:10
593:4,9 598:2,3,13
598:19 607:8,9,15
634:12 635:11
639:22 640:21
642:2,10,18,22,22
643:24 644:19
648:22 654:16,18
655:4,8 675:25
690:16,19 726:17
726:18 727:5,8
729:8,10,16 734:13
740:18 754:9 772:9
772:13 777:8
779:12 780:5
786:21 787:15
789:2 796:7,10
**Snyder's (8)**
580:18 582:16 583:7
583:19,22 586:14
587:7 600:11
**social (1)**

551:13
**soft (1)**
632:25
**solely (1)**
786:25
**solved (1)**
778:11
**somebody (22)**
545:25 546:12,22
563:7 608:4 618:8
633:5 635:21 637:9
659:5 673:2,17
698:15 706:13
732:21 733:9,15
768:11 769:4,22
774:2 778:22
**somewhat (2)**
513:16 690:24
**son (3)**
758:20,24 760:20
**soon (2)**
515:12 772:3
**sorry (5)**
704:23 741:11 747:14
752:4 795:23
**sorts (1)**
685:6
**sound (1)**
649:13
**source (1)**
718:16
**Southampton (7)**
651:4,13,19 652:4
653:15 657:9 661:2
**Southhampton (1)**
650:24
**space (2)**
551:9 703:21
**SPCA (3)**
672:25 673:6,9
**speak (74)**
498:9 499:10 507:3,9
507:15 508:13
509:10 510:7,13,17
511:2,13,14,20,25
512:10,22 513:5
516:16 518:7,10,12
518:16,21,25 519:6
519:13,17 526:6,10
527:8,11 565:18
578:19 579:11
601:13 609:20
614:7,14 624:2,18
627:17,21 642:9
651:3 652:16
653:18 654:10
656:8,13,17 660:3,7
661:20,25 662:18
669:17 670:8,13,16

670:24 673:15
687:22 688:3,5,8
715:4 740:7,10
759:6 770:25
791:25
**speaking (12)**
511:24 527:25 574:14
582:15 592:9 616:2
627:25 659:6
675:21 692:9 724:4
794:24
**speaks (1)**
707:17
**specific (12)**
590:18 598:6 612:11
625:16 629:6
634:18 644:25
680:6 683:19
757:10,11 791:19
**specifically (113)**
497:13 501:23 503:3
503:15,19 505:9,16
506:2 508:2,8,25
509:25 511:23
517:5,11 520:4
521:17 522:19
524:3 527:23,24
528:5 533:13 536:9
537:24 543:14
548:6 561:3 567:3,6
567:19 568:4,6,8
569:2,11 571:15,25
572:8 576:10,10
577:2,4,6 578:21
581:16,20 582:11
584:19 586:9
587:16 589:20
591:2,10 592:21,24
593:8,12,13,14,15
594:10 595:25
596:12,25 598:15
601:15,22 602:24
603:12 605:18
606:12 607:11,17
608:21 614:21
616:25 617:18
622:9 624:20
625:11,18 627:20
629:2,5 630:7,15
632:19 634:10
635:3,24 642:7,22
643:11 644:12
650:21,25 652:18
652:24 662:13
683:12 685:13
698:14 728:7 735:7
735:15 747:9,11
765:18 770:21
771:3 777:9 792:11
**specifics (1)**

541:7
**speculate (1)**
510:15
**speculating (1)**
522:5
**spell (1)**
656:10
**splinter (1)**
755:22
**split (1)**
761:19
**spoke (58)**
496:12 504:3 507:17
508:10 510:12,20
510:23 521:11
526:14 531:4
537:18 538:2 539:9
539:12,19 540:15
544:23 565:25
576:6 579:16
585:13,20 586:7
590:8 628:7 639:22
651:6 652:22 653:3
653:15 656:14,21
658:7,15,16 661:22
662:6 663:15
664:25 665:23
667:5,10 671:3,5
674:5 683:25,25
686:16,20 687:8,12
687:18 714:23
748:23,23 787:17
791:22 795:7
**spoken (10)**
499:6 513:3 517:16
537:14 590:12,13
590:22 634:8 659:7
757:16
**spot (2)**
632:25 768:17
**squad (1)**
561:12
**ss (1)**
799:4
**stab (1)**
755:23
**staff (1)**
790:24
**stages (3)**
503:24 518:5 519:4
**stand (2)**
742:19 748:7
**standard (2)**
599:22 706:4
**standing (3)**
540:21 772:2 796:7
**start (14)**
491:3 506:13 518:11
594:6 659:20 680:4
746:3 747:12,15

751:8,15 772:21
777:18 784:15
**started (24)**
505:2 624:12 643:6
646:13 681:21
682:11 697:11
703:9 707:11
708:20 732:15
733:12 748:15,20
749:2 750:6 751:12
755:9 759:18
765:18,19 777:24
789:8,11
**starts (3)**
702:24,25 751:16
**state (14)**
488:12 490:6 592:7
625:24 651:12,14
686:15,19 688:17
727:11,16 741:8
799:3,8
**stated (24)**
507:10 508:20 509:22
514:12,18 516:10
526:24 537:20
575:20 578:25
581:19 590:14
594:9 601:21
609:13 617:17
635:13 652:25
653:5 689:22
725:19 743:11
758:24 787:15
**statement (149)**
494:20,21 495:11
502:17,18 508:4
509:3 512:2 515:20
516:13 527:9,13,25
530:2 531:10,24
532:4,8,14 533:21
534:4,10,10,19
538:19 542:23
543:19,23 544:2
545:12 546:5,17
551:16,19 552:22
552:24 553:3,6,25
554:4,14,18,21,25
555:3,6,11,16 556:9
557:9,11,12 558:3
558:14,17,22
560:13,19 561:14
562:13,21 563:16
563:19 564:5,19
565:5 566:5 567:14
567:18,21 568:22
568:25 569:6
570:11,17,18,21,24
571:14,20 578:8
580:18 581:7,12,15
581:25 582:7,16

583:11 586:14,15
586:21 587:19
588:2 589:4,5,6,19
589:25 590:9,19
591:8,12 592:10
600:5,23 601:10,14
601:23 602:3,8
606:14,19 694:10
695:16 697:3,9
698:13 699:11,15
699:15 700:16
701:2,7 702:3,12,16
704:19,24 705:3,16
706:19 707:9
708:13,15,18
715:21 716:6 726:4
726:6,10,13,18,25
727:5,10,17 800:20
800:22
**statements (54)**
500:18,23 501:25
502:4,8 511:9
512:14,16,18
513:11,19 514:21
515:2,9,13,25
516:10,21 517:19
519:20 528:19
532:20 534:3,25
535:9,17 546:19
547:7,21,22,24
548:2,3,9,11,22
549:7,14 572:18
580:24 587:10,19
606:6,7 692:4 694:4
715:18,22,24 716:2
724:16 787:6
788:10,13
**states (5)**
487:2 686:6,10,25
789:17
**stating (2)**
591:24 592:3
**station (34)**
491:25 492:7,20
525:20 526:25
530:5,15,18,22
545:13,19 551:22
561:7 562:23,24
563:2 564:4 576:17
594:21 616:14,23
617:23 618:4
624:11 728:11
732:18,19,20,23
742:5 761:2,12
766:8,18
**statistic (1)**
764:3
**stay (7)**
538:22 541:6 689:24
703:17 737:7

748:11 750:13
**stayed (4)**
538:20 551:25 632:15
772:25
**staying (3)**
538:4,10,16
**stealing (1)**
733:17
**step (9)**
495:12,15,16 703:16
738:8 751:21
768:17 769:8 771:8
**steps (3)**
530:23,24 768:15
**Steve (2)**
694:19 701:19
**Steven (1)**
701:18
**stick (3)**
505:2 788:5,8
**sticks (1)**
617:18
**stipulate (3)**
611:6,13 667:24
**stood (2)**
721:23 749:14
**stop (5)**
624:7 766:21 768:6
769:4 797:19
**stopped (2)**
618:9 758:20
**stored (2)**
604:12,13
**storefronts (1)**
742:16
**story (3)**
720:11 739:3 796:13
**straight (8)**
620:16,25 740:23,24
742:20 743:18
744:6 772:2
**strange (16)**
546:9 547:2 694:9
700:22 701:4,9,12
702:4,5 704:18
708:21 716:3 785:5
785:11,14,15
**strapped (1)**
775:7
**street (4)**
759:19 760:17 766:3
768:13
**strike (28)**
494:5 498:20 499:25
522:10 526:6 531:3
531:15 538:25
541:12 545:22,25
546:11,22 547:13
550:14,19 552:19
561:17 562:19

579:25 583:9 584:8
605:4 606:25 614:8
670:24 693:7
713:17
**stuff (3)**
537:3,9 718:11
**subject (3)**
731:20 768:22 798:8
**submission (1)**
763:10
**submit (4)**
657:19,22 660:22
670:2
**subpoena (3)**
488:11 658:21 659:9
**Subscribed (2)**
798:16 802:22
**subsequent (10)**
647:17 650:6 680:10
680:18,25 681:7,11
690:5 775:11
788:13
**subsequently (5)**
624:12 676:7 712:8
719:4 733:11
**substance (6)**
593:18 594:2 595:15
595:19 679:20
692:8
**Substantive (1)**
672:2
**Suddenly (1)**
703:13
**sued (15)**
633:18 658:24 659:12
663:13,17 666:2,6,7
666:9,16 667:6,11
686:11,17 717:12
**suffered (3)**
524:25 525:16 526:2
**sufficient (1)**
513:10
**Suffolk (20)**
487:12,12,13 490:6
655:16,18 660:10
660:23 670:17
672:8,11,25 673:5
675:23 712:24
713:3 714:12 718:7
781:17,25
**sugar (1)**
657:12
**suing (6)**
651:24 668:7,13,23
669:7 686:21
**suit (2)**
659:2 703:5
**suitable (1)**
744:3
**Sullivan (4)**

714:25 715:9,25
718:21
**sum (4)**
593:18 595:15,19
692:8
**summer (6)**
584:23 595:6,7
645:21 681:22
756:18
**summons (14)**
682:23 683:5 732:24
736:22 758:9 764:5
764:16,17,22 766:9
766:12,14 769:5
778:8
**summonses (20)**
624:8,13 637:5,20
719:4,9,13 737:4,8
737:12 761:23
762:2 764:7,23
765:21 767:15,17
769:21 770:13,15
**Sunday (6)**
504:5,9 508:21,21
514:4,12
**supervisor (3)**
609:20,24 633:12
**supposed (2)**
742:8 763:11
**sure (29)**
492:23 493:5,6
510:15 518:6 523:9
542:18 558:24
559:22 572:16
600:15 601:8
607:17 617:24
619:15 620:21
649:18 663:23
714:22 723:22
733:8 752:7,14
756:12 760:3
762:11 766:13
774:8 797:7
**surprise (1)**
567:7
**surprised (2)**
567:11,12
**surreal (1)**
551:4
**surrounding (1)**
717:13
**suspect (9)**
517:23 519:4,7,14
716:11 719:15,16
733:17 766:3
**suspected (4)**
525:8,10 526:8
597:17
**suspects (3)**
517:14,15,18

sustained (2)
523:19 524:5
**sweep (9)**
597:2,9,22 783:19
**sweeping (1)**
783:24
**swept (3)**
784:3,8,12
**sworn (5)**
491:12,20 798:16
799:12 802:22

**T**

**T (4)**
654:20 679:2 799:2,2
**table (3)**
721:22,23 749:14
**take (39)**
499:22 501:24,25
502:5,13 506:5,6,10
535:18 543:2,11
545:15 552:21
553:5 555:2,11
568:2,22,25 571:20
609:5 620:22
624:10,11 637:9
693:16,23 722:17
722:24 732:18
738:8 744:4 749:3
751:21 761:3,4
766:17 769:7 771:8
**taken (24)**
494:21 500:18 511:10
528:20 529:19
534:11,25 547:8
554:15 557:13
588:17 606:7
646:25 676:25
678:13 695:18
708:4 712:8,8
724:22 725:2
750:23 794:12
797:15
**takes (2)**
711:21 782:17
**talk (25)**
504:4 563:25 564:2
564:10 565:17
567:25 568:9 643:7
707:19 728:21
744:21 747:8
755:13 758:18
759:14 762:17
765:7 770:6 771:14
778:3,22 781:20
782:14 795:7,10
**talked (10)**
656:20 659:22 707:25
708:2 759:14
762:11,12 763:20

765:16 768:23
**talking (16)**
519:22 587:14 591:5
591:6 597:18,19
610:18 631:18
665:10 680:12
744:23 748:20
757:24 768:12
793:9 795:12
**talks (2)**
771:21 786:12
**tape (3)**
491:3 537:11 692:14
**tapes (4)**
691:25 692:2 693:15
693:21
**taxes (1)**
553:20
**taxi (8)**
748:6,9,11,13,17
767:25 768:4,5
**tears (3)**
739:7 759:17,20
**telephone (4)**
507:25 539:14 576:4
670:9
**tell (87)**
491:21 504:2,17
505:5,14,24 507:23
509:3 514:3,17
515:15 531:17,19
531:20 532:11
535:4 538:6 539:3
540:9 551:18
552:15 576:12,16
593:5,9 609:11
610:3,10 614:17,19
616:21 620:11
622:5,10,12,24
623:17 625:15
626:15 629:19,23
630:3,8,24 632:21
635:11 636:13
640:6,10 641:16
643:17 644:9,9,15
648:4 651:20,23
653:8 656:7,22
657:8 658:17,17
659:11 662:5 673:4
673:9,18,23 682:4,9
687:7,12,17 699:5
699:20 706:20
711:18,21 739:11
745:11 762:5
768:17 770:5
777:12 778:25
779:4
**telling (15)**
579:3 580:7,11 581:7
581:17 582:5,21,25

591:17 615:20
668:3,11,18,20
703:16
**ten (2)**
516:12 742:16
**tennis (1)**
760:20
**term (1)**
762:23
**terminate (19)**
536:12 607:18,25
608:5 610:7,12
612:6 613:15 617:7
617:16 623:11,23
625:8 632:3 633:17
634:9,12 637:2
640:20
**terminated (35)**
536:17,20,25 607:4
607:10,15 612:15
614:11 615:19
622:16 623:7
624:25 628:14,18
628:24 631:22
635:12 636:17
637:13 638:23
639:16,19 641:13
643:18 644:4,11,18
644:24 647:13
651:21 652:10
653:9 657:8 668:25
684:22
**terminating (9)**
629:13,20,24 631:10
633:22 636:14
639:4 640:7 645:15
**termination (20)**
536:8 622:25 625:16
633:8,15 639:10
640:3 643:15
657:10 658:24
659:13 668:9,14,24
669:8 670:22 685:6
686:12,22 747:8
**terms (4)**
616:2 711:25 752:9
776:15
**Tesori (6)**
519:24 576:18 606:8
787:15,21 788:11
**testified (34)**
491:13,24 492:3
494:19,20 507:16
514:20,23 515:2
520:20 524:4
537:13 540:14
548:7 553:16
560:12 561:13
573:3,16 575:25
579:4,9,11 587:25

602:25 623:21
625:13 643:23
667:14 670:10
679:5 715:10
732:13 791:20
**testify (3)**
520:19 579:3 666:11
**testifying (1)**
495:2
**testimony (15)**
495:5 516:22 551:24
579:21 609:14
611:10 648:24
667:4,7 688:15
690:2 691:23 719:7
791:5 799:14
**tests (1)**
498:16
**thank (2)**
491:18 741:19
**thankfully (1)**
703:11
**thereof (1)**
679:21
**thing (22)**
494:20 508:23 541:3
546:3 594:17
622:19 636:5 637:4
655:22 657:5
660:15 677:11
689:16 701:5 707:4
752:8 753:25
759:22 760:11
763:8 770:8 771:24
**things (15)**
506:13,17 556:2
557:2 616:5 659:23
692:19 705:10
735:18 738:15
760:9,21 762:14
763:7 792:10
**think (165)**
495:18 497:6 503:3
503:10,22,24
509:17 510:11,25
513:4 514:8 515:17
516:12 521:13,18
521:25 526:9 532:2
533:9 534:8,14,23
535:13,15 536:3,6
538:8 540:16
541:18,23 542:19
543:5,17 546:8,23
546:25 551:10
552:25 553:16
559:17 560:3,7
562:23 563:20
564:6,14 565:3
569:17 571:4 572:2
572:13 574:12,25

577:9 579:21,22
580:24 582:2
584:19 586:9,10,13
586:20 587:3,6
594:25 595:7
597:11 598:10,21
602:2,7,17 603:9
605:22 607:23
609:3 612:8 615:23
619:25 625:4
632:20 634:16
635:4,7,10,13,14
636:4,8,16 639:12
640:12,16 641:20
642:13,21,25 643:6
643:23 644:7,12
646:3,8,10 648:23
651:17,22 652:22
655:13 656:18
657:3,4 658:20
659:3 660:20 669:5
670:6 672:6 673:2
673:10,17,21 674:4
676:3 694:8,9
702:10 706:9 709:8
718:24 719:12
728:22 729:5
732:11 739:16
741:6 743:8 747:10
750:8 752:23
754:23 756:8
758:16 759:4
764:25 765:4
767:13,18,23
770:18 773:3 774:4
774:7 775:6,11
777:5 783:12 785:3
785:16 787:15
794:14 795:4,6,23
**thinking (4)**
493:11 514:2 732:15
755:10
**third (6)**
583:12 636:15 702:21
711:5 788:7 796:13
**Thomas (3)**
487:4 490:14 578:9
**THOMPSON (1)**
489:4
**thought (43)**
496:19 497:6 508:24
511:12 514:21
528:17 548:8,20
576:18 584:3
586:17 589:15
594:4 596:18
598:15 599:20
600:3 602:22
632:14 633:2 634:2
640:8,23,24 641:3

642:23 643:5
644:19 663:9
666:21 694:23
709:14 716:2,11,20
728:22 729:14
743:14 762:22
772:15,23 776:9
784:12
**threatened (2)**
647:13 758:22
**threatening (1)**
693:14
**threats (1)**
692:24
**three (46)**
500:18 502:6 512:2
512:11 513:20
517:3,7,13 519:19
519:23 520:10,12
527:15,17 548:8,15
549:6 563:22 564:2
567:25 570:13,17
573:12 620:16,25
621:6 645:24 696:2
718:24,25 739:7
740:23,23 741:8
742:14,15,20
743:18 744:6,8,9
745:17 778:10,12
787:7 788:10
**three-page (2)**
524:17 578:2
**throat (1)**
703:5
**throw (1)**
766:4
**throwing (3)**
738:16 759:12 760:20
**thrown (2)**
739:8 740:4 796:12
**Thursday (2)**
487:22 540:4
**ticket (3)**
494:7 758:13,13
**tidy (1)**
771:21
**tight (1)**
703:21
**time (171)**
491:8,20,23 493:23
494:5,15 496:5
497:17 498:15
499:5,16 500:24
501:21,22 507:15
507:18 509:11,15
512:4 519:13,18
522:8 523:8,12
524:24 526:13
528:10,18 529:17
529:20 539:11

540:15 542:9
549:23,25 550:5,6
553:2 554:21
555:24,25 557:12
558:13 565:2
568:14 572:2
574:13 576:23
579:14 582:9
583:12 585:16,17
588:15,18 595:14
597:14 598:9 599:3
602:22 606:24
607:2 608:13
610:15,16 612:2
617:22 618:24
619:4,7,8,11 621:3
621:4,14 630:22
631:18,18,20 633:4
633:8,15 636:15
640:2,15 641:4
643:9,13 645:7
646:23 647:2
657:13 659:18
663:15 667:5,9
670:12 673:21
676:3,16,23 677:2
677:23 678:10,12
679:3,8 681:18,20
683:4 688:20 693:9
697:16 699:16
700:9,24 701:7
702:8 706:12,25
707:10 708:20
710:17 722:10,21
723:7,7 728:9,10
733:5 738:4 739:22
747:12,14,17
748:16,19 750:6,21
750:24 751:18
752:25 753:5
754:12,15 755:4
761:17 765:15,16
767:22 769:4 770:9
773:9,10,14 775:2
775:22 776:19
777:22 781:11
784:20 786:15
787:13 788:18
789:5,20 792:8
797:13,16 798:10
798:12
**timeframe (2)**
517:25 576:22
**times (13)**
492:4 497:11 508:13
510:7 516:12
532:16 577:3 627:9
628:8 666:11
745:17 778:11
789:15

**title (2)**
610:15 753:25
**tobacco (1)**
671:8
**today (14)**
573:16 587:17 590:23
592:15 601:20
602:21 603:25
679:22 683:16
685:2 693:11
702:10 758:16
797:19
**told (98)**
495:23 501:15 504:9
504:11,12 505:11
505:13 506:3
514:10,12,14
515:24 520:10,12
532:11,13 537:25
539:7 542:4 583:6
583:18,21,25 584:2
584:7,9 589:24
594:4 595:20
606:13 610:5
614:18 616:5,9,13
616:15 618:5,12,15
620:17 621:22
622:15 623:5,6,8,13
625:18,19 626:2
627:2 628:17 629:4
629:11,16 631:9
633:21 634:3
635:14 636:16,18
637:13 638:22
639:2,6,10,19 640:2
641:24 642:3,4
643:10 644:17,23
645:9 656:6,23
657:7 660:15 663:5
667:15 668:21
669:2 703:15
714:20 732:19
733:19 739:3,18
742:19 748:2 758:9
759:12 769:2
784:25 785:17,20
785:21 790:12
**tolerate (1)**
637:10
**Tom (9)**
580:11 585:12,19
586:6 634:12 754:9
758:19 779:12
796:10
**Tommy (19)**
582:16,22 583:2,19
583:22 584:3,10,13
584:22 586:13
634:13,19 640:22
642:22,22 675:25

772:15 777:8 796:7
**tomorrow (1)**
798:3
**tool (1)**
763:8
**top (2)**
495:24 792:13
**toss (1)**
766:5
**touch (1)**
609:25
**touched (1)**
676:3
**tour (10)**
497:11 637:9 740:23
741:7,9 744:10
745:13 746:14
762:15 775:16
**tours (16)**
620:17,25 634:15
645:15 690:25
743:18 744:7,9,9,10
753:8 754:10,11
761:19 775:6,18
**town (9)**
635:19 650:25 654:11
654:22 656:3
661:12 734:25
769:25 773:19
**towns (1)**
730:17
**trachea (4)**
525:2,2,7,11
**training (2)**
657:13 774:17
**trapped (2)**
703:6,21
**treated (1)**
770:19
**treating (1)**
731:24
**tried (5)**
572:18 734:6 750:13
756:10 797:8
**Trosko (8)**
614:15,17 629:19,23
646:10 647:9
671:23 777:2
**trouble (3)**
641:21 642:24 648:8
**true (26)**
583:6,9,17,21,25
584:9 589:24
606:13,18,21,23
620:15 628:17
634:3 636:18
638:22 639:2
644:17 645:6,9
647:12 707:8 741:3
742:22 794:21

799:13
**trust (1)**
778:13
**trusted (1)**
778:18
**trustee (17)**
611:14,14 612:9
616:16,18 630:25
681:10,12,17,23
682:9 683:3 688:8
710:3 790:5,14
791:2
**trustees (6)**
499:7 612:5 630:4,9
630:18 790:20
**truth (7)**
491:21 504:2 535:4
567:9 581:7 656:7
673:10
**truthfully (1)**
727:23
**try (8)**
504:15 510:13 512:10
598:18 690:2 714:9
729:18 738:3
**trying (6)**
648:7 703:10 762:4
764:21,21 777:5
**Tuesday (9)**
495:3,6 496:11 499:6
499:11 539:16,24
545:11 798:2
**turn (7)**
580:8 649:16 664:16
715:4 729:4,4
768:19
**turned (6)**
617:25 618:6 635:24
718:10 719:6
720:16
**turns (1)**
659:20
**twice (1)**
789:14
**twins (2)**
626:22 657:3
**two (37)**
500:24 515:6 539:25
551:2 563:12,15
571:3 590:24
625:12,13,15,17
646:21 650:21
666:11,11 689:15
707:20 714:13
715:13 722:9,10
723:3 739:7 742:14
742:15 744:10
751:16 753:12
754:10,11 773:5
775:6 778:9,12

785:9 789:14
**two-page (2)**
554:9 600:18
**Ty (4)**
641:7 782:5,14 783:5
**tying (1)**
624:9
**type (21)**
571:6 589:16 624:13
690:6,9 691:3
712:18 720:23
725:15 756:3
762:20 763:13
765:8 766:22 767:7
769:13 771:15
772:9 782:15,25
795:13
**typed (9)**
562:13,25 563:3,4
571:3,4 575:6,8
589:9
**types (2)**
761:23 762:2
**typewritten (3)**
577:18,20 801:5
**typical (1)**
780:20

U

**Uh-hum (5)**
492:2 520:22 686:5
688:13 773:13
**ultimately (1)**
713:4
**unaligned (1)**
524:25
**unaware (3)**
543:15 773:22 790:21
**uncertified (2)**
584:24 636:20
**understand (17)**
491:21 515:7 523:16
596:22 615:14
645:12 655:11
658:23 680:11
692:18 713:8 719:7
720:21 762:5
764:22 765:24
785:19
**understanding (6)**
525:19 663:14 744:22
753:21 755:19
796:18
**unhandcuff (1)**
766:9
**unhappy (1)**
792:9
**uniform (3)**
731:2 794:2,8
**Uniondale (3)**

487:21 488:10 489:21
**unique (2)**
632:5 637:3
**UNITED (1)**
487:2
**unlawfully (1)**
684:22
**unrelated (3)**
729:24 730:4,9
**upstairs (1)**
772:3
**up-to-date (1)**
617:25
**use (15)**
547:14 622:18 700:12
700:17 701:2,10,14
704:9 705:2 708:5
708:13,14,22
721:20 776:8
**usual (1)**
759:22
**usually (2)**
570:20 751:16

V

**vacationed (1)**
756:10
**vaguely (3)**
673:7 791:10,14
**valid (1)**
766:14
**Van (34)**
519:24 523:3,13,21
524:6,25 576:18
593:25 595:4 606:8
710:24 711:2,10
713:9,24 714:10,18
716:19 717:12
718:22 719:2
724:17 725:5,25
726:7,13,20 727:2
727:11,20,23
787:14,21 788:11
**variables (1)**
776:9
**varied (2)**
781:4,5
**various (2)**
694:3 788:18
**vehicle (1)**
618:10
**verbal (3)**
513:21,23 543:9
**verbally (2)**
514:8 543:12
**verified (1)**
789:18
**verify (2)**
761:2,12
**version (1)**

563:6
**versus (1)**
491:6
**veteran (2)**
564:15,25
**Veterans (1)**
490:8
**victim (4)**
502:9 515:23 521:20
706:5
**victims (8)**
582:23 583:3 697:19
701:8 705:20
786:25 787:6,6
**Videographer (18)**
490:15 491:2 529:17
529:20 588:15,18
646:23 647:2
676:18,23 677:2
678:10 679:8
750:21,24 797:13
797:16 798:10
**videotape (3)**
491:4 537:9 711:20
**videotaped (2)**
487:19 488:7
**view (1)**
549:16
**village (44)**
487:7 489:17 491:6
555:22 565:2
611:17,19 612:4,8
616:12 631:3
650:24 654:2,6
660:8 661:2,6
679:14,16 685:10
685:13 694:5
712:17,20 717:11
721:20 724:7
739:20,21 746:23
747:4 748:5,12
755:19 760:13
761:4 762:9 765:19
765:22 789:4,12,17
789:19,21
**Village's (1)**
609:16
**violating (1)**
492:20
**violation (1)**
765:22
**violations (1)**
766:22
**visit (1)**
531:21
**visitors (1)**
737:23
**voices (5)**
648:15,18 649:8,10
649:20

**voluntarily (1)**
569:6
**voted (1)**
754:25
**vs (2)**
487:6 802:3

_____
**W**
**W (1)**
489:14
**wait (4)**
563:15 571:19 640:5
707:20
**waiting (3)**
540:18,24 703:9
**walk (8)**
538:9 621:10 741:15
741:20 742:3
769:25 770:2 796:8
**walked (2)**
495:14 742:13
**walking (5)**
766:2 768:13,19
769:22 796:3
**wall (1)**
703:7
**Walter (1)**
777:4
**want (34)**
491:18 495:15 529:22
530:7 531:18
564:10 579:13
585:5 587:23
620:22 626:17
629:11 637:10
648:10 649:7
671:11 680:4
699:23 702:25
705:5 706:6 713:16
729:12 739:5 743:8
752:10 755:14
762:9,22 767:10
770:10 772:6 797:7
797:9
**wanted (37)**
504:9 519:8 534:20
561:14 564:2
575:23 579:12
580:8 599:19 600:2
613:16 618:25
619:9 634:9 647:4
658:22 660:13,21
671:9 689:7 752:7
752:14 755:10,11
755:17,24 756:3
763:14 765:9 767:7
767:9 769:14,15
772:12 773:23
783:2 785:16
**wants (1)**

678:5
**warning (1)**
638:10
**wash (8)**
618:2,15,20 619:9,12
621:23 622:2,13
**washing (2)**
618:25 732:7
**wasn't (13)**
535:22 579:21 590:21
606:14 616:15
633:2 634:14
652:19 703:25
736:14 742:22
772:7 774:8
**water (7)**
748:6,9,11,13,17
767:25 768:4
**way (24)**
581:21 582:12,18
590:7,20 591:14
592:12 593:16,18
601:16 618:12
630:17 639:5 640:8
640:19 650:15
703:17 713:16
760:25 766:15
770:9 771:23
792:10 799:18
**ways (1)**
626:4
**weapon (6)**
635:16,21 636:10,12
639:23 773:25
**weapons (2)**
635:23 774:3
**wear (1)**
644:20
**wearing (1)**
769:23
**Wednesday (2)**
540:4 545:11
**week (6)**
572:2 755:3 781:2,3
798:4,7
**weekly (1)**
780:21
**weeks (14)**
507:10 563:12,15
571:19,21,22
607:14,17 631:14
652:10,13 723:2
751:17 753:13
**weigh (1)**
547:13
**went (33)**
504:25 523:17 527:18
529:24 530:8,10,11
537:2 567:25 568:7
571:4 573:12

576:24 606:6
659:23 697:18
699:16,22 700:23
703:18 706:9
707:24 721:5 733:4
733:8 753:2 759:17
760:22 771:5 772:3
772:4 786:21
794:10
**weren't (1)**
736:2
**west (2)**
742:2,5
**WHEREOF (1)**
799:20
**wife (1)**
501:3
**WIGDOR (1)**
489:4
**window (3)**
619:2,9,13
**windows (6)**
618:3,15 621:23
622:3,13 732:8
**windshield (1)**
618:3
**winter (2)**
775:17 776:5
**wire (1)**
644:20
**wish (1)**
733:18
**withdraw (1)**
590:5
**withdrawn (5)**
681:19 688:23 691:25
710:16 734:14
**witness (47)**
491:11 494:21 495:10
501:25 502:4,7
512:2 516:21
519:20 522:12
528:19 531:24
532:4,8,20 534:3,4
534:10,25 535:9
542:22 546:19
552:14,21 554:25
555:5 556:8 558:14
568:15,20 570:20
573:16 606:5 620:4
627:6 656:11
695:24 697:9
698:13 716:2,6
724:16 799:10,14
799:20 800:3 802:4
**witnessed (1)**
730:25
**witnesses (6)**
495:18 519:9 549:13
725:22 759:15

788:14
**woman (7)**
756:19 757:15 758:7
760:23 761:6,11
794:11
**woman's (1)**
699:16
**word (4)**
629:7,8 688:23
758:10
**words (5)**
503:10,11 547:11,11
716:14
**work (26)**
555:21 617:19 618:12
623:9,16 627:23
632:8 634:15 637:8
637:16 645:14
689:22 690:24
753:18 761:20
770:22 774:6,23
775:8,18,20 777:7
778:7 780:21 781:2
789:11
**worked (11)**
492:4,11 553:14
627:22 633:9
660:14 761:19
772:16 774:12
775:6,16
**worker (1)**
640:24
**working (20)**
556:3 615:11 627:10
635:18,19 636:5,5
636:11 646:14
669:6 724:5 767:14
768:20 773:18
775:25 776:5 777:3
777:3 784:15
789:18
**works (1)**
668:21
**worried (1)**
768:9
**worth (5)**
602:10,14,17,23
769:7
**wouldn't (6)**
567:11 590:13 637:8
638:4 653:16
769:25
**wound (1)**
660:21
**wrap (1)**
580:12
**wrist (1)**
703:10
**write (27)**
511:11 543:5,18

565:10 569:8
599:19 619:17
624:12 625:4
627:12,16 630:15
634:25 635:5,8
637:19,22,25
638:12 686:9 758:8
758:13 764:7 765:2
765:4 766:14 769:4
**writers (1)**
778:9
**writes (1)**
668:7
**write-up (2)**
619:25 622:7
**writing (16)**
542:23 574:25 624:7
632:6 633:25 638:6
651:18 653:6
657:20,23 660:14
660:17,23 670:3
760:19 765:5
**writings (1)**
638:10
**written (11)**
513:17 515:4 532:21
543:19 570:17
589:14 623:25
638:3,4,9 679:24
**wrong (5)**
691:24 719:19 771:23
779:14 791:21
**wrongdoing (3)**
519:5,7,14
**wrongful (8)**
658:24 659:13 668:8
668:13,24 669:8
686:12,22
**wrote (13)**
494:6 571:5 599:24
599:25 612:7,11
630:18 631:23
667:15 686:6,24
766:12 778:9
**Wyckoff (12)**
494:22 495:20 496:12
539:17 696:15
697:8,16 701:5,6,10
701:13,15
**Wyckoff's (1)**
697:3

———————————
X
**X (1)**
800:2

———————————
Y
**yeah (7)**
516:25 535:3 635:17
715:15 719:15

756:16 772:3
**year (21)**
493:21 494:3 550:23
564:15,24 614:23
615:15 634:6 646:5
646:9,18,19,21
671:2 721:18
750:12 760:23
761:6 770:21
775:22 789:15
**years (12)**
508:17 627:10 631:14
652:10,12 671:18
697:18 717:3 718:3
718:5 775:10
781:10
**Year's (1)**
775:10
**yell (4)**
756:22,24 759:18
763:7
**yelling (1)**
757:8
**York (17)**
487:2,21 488:10,12
489:7,7,13,21 490:6
490:9 564:16,25
781:20,22 799:3,5,9

———————————
0
**03 (1)**
601:2
**05 (1)**
595:8
**06 (2)**
608:3,6
**07 (1)**
487:6
**09:07:56 (1)**
491:5
**09:08:12 (1)**
491:10
**09:08:14 (1)**
491:15
**09:08:21 (1)**
491:20
**09:08:32 (1)**
491:25
**09:08:39 (1)**
492:5
**09:08:48 (1)**
492:10
**09:08:57 (1)**
492:15
**09:09:09 (1)**
492:20
**09:09:20 (1)**
492:25
**09:09:23 (1)**
493:5

**09:09:35 (1)**
493:10
**09:09:51 (1)**
493:15
**09:09:58 (1)**
493:20
**09:10:10 (1)**
493:25
**09:10:14 (1)**
494:5
**09:10:32 (1)**
494:10
**09:10:46 (1)**
494:15
**09:11:00 (1)**
494:20
**09:11:08 (1)**
494:25
**09:11:28 (1)**
495:5
**09:11:38 (1)**
495:10
**09:11:49 (1)**
495:15
**09:11:57 (1)**
495:20
**09:12:10 (1)**
495:25
**09:12:16 (1)**
496:5
**09:12:30 (1)**
496:10
**09:12:43 (1)**
496:15
**09:12:51 (1)**
496:20
**09:12:59 (1)**
496:25
**09:13:07 (1)**
497:5
**09:13:13 (1)**
497:10
**09:13:30 (1)**
497:15
**09:13:35 (1)**
497:20
**09:13:48 (1)**
497:25
**09:13:53 (1)**
498:5
**09:14:01 (1)**
498:10
**09:14:08 (1)**
498:15
**09:14:31 (1)**
498:20
**09:14:42 (1)**
498:25
**09:14:47 (1)**
499:5

**09:14:56 (1)**
499:10
**09:15:04 (1)**
499:15
**09:15:16 (1)**
499:20
**09:15:26 (1)**
499:25
**09:15:38 (1)**
500:5
**09:15:44 (1)**
500:10
**09:15:55 (1)**
500:15
**09:16:09 (1)**
500:20
**09:16:25 (1)**
500:25
**09:16:41 (1)**
501:5
**09:16:53 (1)**
501:10
**09:17:02 (1)**
501:15
**09:17:32 (1)**
501:20
**09:17:47 (1)**
501:25
**09:17:55 (1)**
502:5
**09:18:11 (1)**
502:10
**09:18:35 (1)**
502:15
**09:18:49 (1)**
502:20
**09:18:59 (1)**
502:25
**09:19:11 (1)**
503:5
**09:19:18 (1)**
503:10
**09:19:27 (1)**
503:15
**09:19:39 (1)**
503:20
**09:19:55 (1)**
503:25
**09:20:13 (1)**
504:5
**09:20:29 (1)**
504:10
**09:20:44 (1)**
504:15
**09:21:02 (1)**
504:20
**09:21:09 (1)**
504:25
**09:21:25 (1)**
505:5

**09:21:34 (1)**
505:10
**09:21:45 (1)**
505:15
**09:21:50 (1)**
505:20
**09:22:05 (1)**
505:25
**09:22:15 (1)**
506:5
**09:22:25 (1)**
506:10
**09:22:42 (1)**
506:15
**09:22:49 (1)**
506:20
**09:22:56 (1)**
506:25
**09:23:12 (1)**
507:5
**09:23:20 (1)**
507:10
**09:23:38 (1)**
507:15
**09:23:47 (1)**
507:20
**09:23:57 (1)**
507:25
**09:24:07 (1)**
508:5
**09:24:17 (1)**
508:10
**09:24:29 (1)**
508:15
**09:24:39 (1)**
508:20
**09:24:56 (1)**
508:25
**09:25:05 (1)**
509:5
**09:25:13 (1)**
509:10
**09:25:26 (1)**
509:15
**09:25:37 (1)**
509:20
**09:25:56 (1)**
509:25
**09:26:01 (1)**
510:5
**09:26:12 (1)**
510:10
**09:26:23 (1)**
510:15
**09:26:31 (1)**
510:20
**09:26:37 (1)**
510:25
**09:26:50 (1)**
511:5

| | | | | |
|---|---|---|---|---|
| **09:26:54 (1)** 511:10 | **09:32:15 (1)** 517:10 | **09:37:19 (1)** 523:10 | **09:43:17 (1)** 529:10 | **09:56:28 (1)** 535:10 |
| **09:27:07 (1)** 511:15 | **09:32:23 (1)** 517:15 | **09:37:32 (1)** 523:15 | **09:43:40 (1)** 529:15 | **09:56:40 (1)** 535:15 |
| **09:27:15 (1)** 511:20 | **09:32:43 (1)** 517:20 | **09:37:41 (1)** 523:20 | **09:51:48 (1)** 529:20 | **09:56:53 (1)** 535:20 |
| **09:27:28 (1)** 511:25 | **09:32:51 (1)** 517:25 | **09:37:52 (1)** 523:25 | **09:52:06 (1)** 529:25 | **09:56:59 (1)** 535:25 |
| **09:27:39 (1)** 512:5 | **09:32:56 (1)** 518:5 | **09:38:10 (1)** 524:5 | **09:52:21 (1)** 530:5 | **09:57:05 (1)** 536:5 |
| **09:27:44 (1)** 512:10 | **09:33:06 (1)** 518:10 | **09:38:28 (1)** 524:10 | **09:52:38 (1)** 530:10 | **09:57:12 (1)** 536:10 |
| **09:27:53 (1)** 512:15 | **09:33:15 (1)** 518:15 | **09:38:41 (1)** 524:15 | **09:52:49 (1)** 530:15 | **09:57:28 (1)** 536:15 |
| **09:28:01 (1)** 512:20 | **09:33:23 (1)** 518:20 | **09:39:14 (1)** 524:20 | **09:52:57 (1)** 530:20 | **09:57:35 (1)** 536:20 |
| **09:28:14 (1)** 512:25 | **09:33:29 (1)** 518:25 | **09:39:27 (1)** 524:25 | **09:53:03 (1)** 530:25 | **09:57:46 (1)** 536:25 |
| **09:28:20 (1)** 513:5 | **09:33:38 (1)** 519:5 | **09:39:44 (1)** 525:5 | **09:53:08 (1)** 531:5 | **09:57:54 (1)** 537:5 |
| **09:28:28 (1)** 513:10 | **09:33:52 (1)** 519:10 | **09:40:00 (1)** 525:10 | **09:53:16 (1)** 531:10 | **09:58:17 (1)** 537:10 |
| **09:28:34 (1)** 513:15 | **09:34:01 (1)** 519:15 | **09:40:10 (1)** 525:15 | **09:53:24 (1)** 531:15 | **09:58:30 (1)** 537:15 |
| **09:28:59 (1)** 513:20 | **09:34:10 (1)** 519:20 | **09:40:19 (1)** 525:20 | **09:53:35 (1)** 531:20 | **09:58:43 (1)** 537:20 |
| **09:29:11 (1)** 513:25 | **09:34:29 (1)** 519:25 | **09:40:22 (1)** 525:25 | **09:53:44 (1)** 531:25 | **09:58:49 (1)** 537:25 |
| **09:29:24 (1)** 514:5 | **09:34:35 (1)** 520:5 | **09:40:30 (1)** 526:5 | **09:53:55 (1)** 532:5 | **09:59:01 (1)** 538:5 |
| **09:29:37 (1)** 514:10 | **09:34:43 (1)** 520:10 | **09:40:44 (1)** 526:10 | **09:54:02 (1)** 532:10 | **09:59:11 (1)** 538:10 |
| **09:29:47 (1)** 514:15 | **09:34:51 (1)** 520:15 | **09:40:57 (1)** 526:15 | **09:54:18 (1)** 532:15 | **09:59:18 (1)** 538:15 |
| **09:29:59 (1)** 514:20 | **09:35:06 (1)** 520:20 | **09:41:04 (1)** 526:20 | **09:54:28 (1)** 532:20 | **09:59:29 (1)** 538:20 |
| **09:30:08 (1)** 514:25 | **09:35:16 (1)** 520:25 | **09:41:15 (1)** 526:25 | **09:54:42 (1)** 532:25 | **09:59:40 (1)** 538:25 |
| **09:30:15 (1)** 515:5 | **09:35:21 (1)** 521:5 | **09:41:19 (1)** 527:5 | **09:54:49 (1)** 533:5 | **09:59:49 (1)** 539:5 |
| **09:30:21 (1)** 515:10 | **09:35:28 (1)** 521:10 | **09:41:26 (1)** 527:10 | **09:55:02 (1)** 533:10 | **09:59:58 (1)** 539:10 |
| **09:30:38 (1)** 515:15 | **09:35:40 (1)** 521:15 | **09:41:36 (1)** 527:15 | **09:55:11 (1)** 533:15 | |
| **09:30:47 (1)** 515:20 | **09:35:49 (1)** 521:20 | **09:41:45 (1)** 527:20 | **09:55:16 (1)** 533:20 | **1** |
| **09:30:59 (1)** 515:25 | **09:36:00 (1)** 521:25 | **09:41:51 (1)** 527:25 | **09:55:24 (1)** 533:25 | **1 (5)** 491:3 543:23 544:2 544:17 800:20 |
| **09:31:12 (1)** 516:5 | **09:36:10 (1)** 522:5 | **09:41:54 (1)** 528:5 | **09:55:33 (1)** 534:5 | **1:38 (2)** 679:3,9 |
| **09:31:21 (1)** 516:10 | **09:36:26 (1)** 522:10 | **09:42:12 (1)** 528:10 | **09:55:39 (1)** 534:10 | **10 (5)** 569:22,24 571:9,17 801:3 |
| **09:31:34 (1)** 516:15 | **09:36:34 (1)** 522:15 | **09:42:22 (1)** 528:15 | **09:55:50 (1)** 534:15 | **10-1 (4)** 792:21,22 793:2,6 |
| **09:31:46 (1)** 516:20 | **09:36:46 (1)** 522:20 | **09:42:39 (1)** 528:20 | **09:55:57 (1)** 534:20 | **10-17 (1)** 795:20 |
| **09:31:55 (1)** 516:25 | **09:36:59 (1)** 522:25 | **09:42:52 (1)** 528:25 | **09:56:10 (1)** 534:25 | **10:00:10 (1)** 539:15 |
| **09:32:07 (1)** 517:5 | **09:37:05 (1)** 523:5 | **09:43:01 (1)** 529:5 | **09:56:19 (1)** 535:5 | **10:00:28 (1)** 539:20 |

| | | | | |
|---|---|---|---|---|
| **10:00:41 (1)** | **10:06:40 (1)** | **10:11:42 (1)** | **10:16:53 (1)** | **10:22:03 (1)** |
| 539:25 | 545:25 | 551:25 | 557:25 | 563:25 |
| **10:00:48 (1)** | **10:06:49 (1)** | **10:11:53 (1)** | **10:16:58 (1)** | **10:22:15 (1)** |
| 540:5 | 546:5 | 552:5 | 558:5 | 564:5 |
| **10:01:01 (1)** | **10:06:58 (1)** | **10:12:02 (1)** | **10:17:09 (1)** | **10:22:25 (1)** |
| 540:10 | 546:10 | 552:10 | 558:10 | 564:10 |
| **10:01:09 (1)** | **10:07:04 (1)** | **10:12:10 (1)** | **10:17:17 (1)** | **10:22:34 (1)** |
| 540:15 | 546:15 | 552:15 | 558:15 | 564:15 |
| **10:01:20 (1)** | **10:07:19 (1)** | **10:12:19 (1)** | **10:17:32 (1)** | **10:22:48 (1)** |
| 540:20 | 546:20 | 552:20 | 558:20 | 564:20 |
| **10:01:34 (1)** | **10:07:32 (1)** | **10:12:28 (1)** | **10:17:44 (1)** | **10:22:55 (1)** |
| 540:25 | 546:25 | 552:25 | 558:25 | 564:25 |
| **10:01:51 (1)** | **10:07:36 (1)** | **10:12:36 (1)** | **10:17:49 (1)** | **10:23:08 (1)** |
| 541:5 | 547:5 | 553:5 | 559:5 | 565:5 |
| **10:02:04 (1)** | **10:07:45 (1)** | **10:12:49 (1)** | **10:17:56 (1)** | **10:23:13 (1)** |
| 541:10 | 547:10 | 553:10 | 559:10 | 565:10 |
| **10:02:13 (1)** | **10:07:55 (1)** | **10:12:58 (1)** | **10:18:02 (1)** | **10:23:20 (1)** |
| 541:15 | 547:15 | 553:15 | 559:15 | 565:15 |
| **10:02:22 (1)** | **10:08:07 (1)** | **10:13:09 (1)** | **10:18:10 (1)** | **10:23:25 (1)** |
| 541:20 | 547:20 | 553:20 | 559:20 | 565:20 |
| **10:02:32 (1)** | **10:08:15 (1)** | **10:13:24 (1)** | **10:18:19 (1)** | **10:23:37 (1)** |
| 541:25 | 547:25 | 553:25 | 559:25 | 565:25 |
| **10:02:42 (1)** | **10:08:21 (1)** | **10:13:25 (1)** | **10:18:25 (1)** | **10:23:47 (1)** |
| 542:5 | 548:5 | 554:5 | 560:5 | 566:5 |
| **10:02:55 (1)** | **10:08:37 (1)** | **10:13:58 (1)** | **10:18:30 (1)** | **10:23:58 (1)** |
| 542:10 | 548:10 | 554:10 | 560:10 | 566:10 |
| **10:03:06 (1)** | **10:08:44 (1)** | **10:14:04 (1)** | **10:18:39 (1)** | **10:24:07 (1)** |
| 542:15 | 548:15 | 554:15 | 560:15 | 566:15 |
| **10:03:15 (1)** | **10:08:52 (1)** | **10:14:12 (1)** | **10:18:50 (1)** | **10:24:11 (1)** |
| 542:20 | 548:20 | 554:20 | 560:20 | 566:20 |
| **10:03:22 (1)** | **10:09:00 (1)** | **10:14:19 (1)** | **10:18:59 (1)** | **10:24:23 (1)** |
| 542:25 | 548:25 | 554:25 | 560:25 | 566:25 |
| **10:03:31 (1)** | **10:09:04 (1)** | **10:14:30 (1)** | **10:19:09 (1)** | **10:24:31 (1)** |
| 543:5 | 549:5 | 555:5 | 561:5 | 567:5 |
| **10:03:40 (1)** | **10:09:16 (1)** | **10:14:39 (1)** | **10:19:16 (1)** | **10:24:45 (1)** |
| 543:10 | 549:10 | 555:10 | 561:10 | 567:10 |
| **10:03:47 (1)** | **10:09:32 (1)** | **10:14:57 (1)** | **10:19:34 (1)** | **10:25:07 (1)** |
| 543:15 | 549:15 | 555:15 | 561:15 | 567:15 |
| **10:04:00 (1)** | **10:09:44 (1)** | **10:15:14 (1)** | **10:19:45 (1)** | **10:25:13 (1)** |
| 543:20 | 549:20 | 555:20 | 561:20 | 567:20 |
| **10:04:09 (1)** | **10:09:59 (1)** | **10:15:20 (1)** | **10:20:09 (1)** | **10:25:23 (1)** |
| 543:25 | 549:25 | 555:25 | 561:25 | 567:25 |
| **10:04:40 (1)** | **10:10:06 (1)** | **10:15:26 (1)** | **10:20:10 (1)** | **10:25:33 (1)** |
| 544:5 | 550:5 | 556:5 | 562:5 | 568:5 |
| **10:05:02 (1)** | **10:10:16 (1)** | **10:15:36 (1)** | **10:20:45 (1)** | **10:25:44 (1)** |
| 544:10 | 550:10 | 556:10 | 562:10 | 568:10 |
| **10:05:16 (1)** | **10:10:25 (1)** | **10:15:45 (1)** | **10:20:51 (1)** | **10:25:56 (1)** |
| 544:15 | 550:15 | 556:15 | 562:15 | 568:15 |
| **10:05:24 (1)** | **10:10:32 (1)** | **10:15:51 (1)** | **10:21:01 (1)** | **10:26:03 (1)** |
| 544:20 | 550:20 | 556:20 | 562:20 | 568:20 |
| **10:05:30 (1)** | **10:10:44 (1)** | **10:16:02 (1)** | **10:21:11 (1)** | **10:26:14 (1)** |
| 544:25 | 550:25 | 556:25 | 562:25 | 568:25 |
| **10:05:44 (1)** | **10:10:54 (1)** | **10:16:11 (1)** | **10:21:19 (1)** | **10:26:23 (1)** |
| 545:5 | 551:5 | 557:5 | 563:5 | 569:5 |
| **10:05:52 (1)** | **10:11:02 (1)** | **10:16:26 (1)** | **10:21:31 (1)** | **10:26:29 (1)** |
| 545:10 | 551:10 | 557:10 | 563:10 | 569:10 |
| **10:06:05 (1)** | **10:11:21 (1)** | **10:16:40 (1)** | **10:21:36 (1)** | **10:26:36 (1)** |
| 545:15 | 551:15 | 557:15 | 563:15 | 569:15 |
| **10:06:24 (1)** | **10:11:30 (1)** | **10:16:45 (1)** | **10:21:47 (1)** | **10:27:00 (1)** |
| 545:20 | 551:20 | 557:20 | 563:20 | 569:20 |

**10:27:02 (1)**
569:25
**10:27:38 (1)**
570:5
**10:27:54 (1)**
570:10
**10:28:03 (1)**
570:15
**10:28:11 (1)**
570:20
**10:28:22 (1)**
570:25
**10:28:32 (1)**
571:5
**10:28:42 (1)**
571:10
**10:28:46 (1)**
571:15
**10:28:55 (1)**
571:20
**10:29:03 (1)**
571:25
**10:29:14 (1)**
572:5
**10:29:20 (1)**
572:10
**10:29:26 (1)**
572:15
**10:29:48 (1)**
572:20
**10:30:02 (1)**
572:25
**10:30:17 (1)**
573:5
**10:30:28 (1)**
573:10
**10:30:35 (1)**
573:15
**10:30:48 (1)**
573:20
**10:30:54 (1)**
573:25
**10:31:01 (1)**
574:5
**10:31:09 (1)**
574:10
**10:31:25 (2)**
574:15,20
**10:31:37 (1)**
574:25
**10:31:47 (1)**
575:5
**10:31:58 (1)**
575:10
**10:32:02 (1)**
575:15
**10:32:10 (1)**
575:20
**10:32:31 (1)**
575:25

**10:32:43 (1)**
576:5
**10:32:57 (1)**
576:10
**10:33:06 (1)**
576:15
**10:33:28 (1)**
576:20
**10:33:34 (1)**
576:25
**10:33:39 (1)**
577:5
**10:33:49 (1)**
577:10
**10:33:57 (1)**
577:15
**10:34:24 (1)**
577:20
**10:35:01 (1)**
577:25
**10:35:13 (1)**
578:5
**10:35:26 (1)**
578:10
**10:35:42 (1)**
578:15
**10:35:50 (1)**
578:20
**10:36:01 (1)**
578:25
**10:36:08 (1)**
579:5
**10:36:16 (1)**
579:10
**10:36:24 (1)**
579:15
**10:36:35 (1)**
579:20
**10:36:47 (1)**
579:25
**10:36:57 (1)**
580:5
**10:37:05 (1)**
580:10
**10:37:17 (1)**
580:15
**10:37:34 (1)**
580:20
**10:37:43 (1)**
580:25
**10:37:49 (1)**
581:5
**10:37:59 (1)**
581:10
**10:38:07 (1)**
581:15
**10:38:16 (1)**
581:20
**10:38:34 (1)**
581:25

**10:38:37 (1)**
582:5
**10:38:47 (1)**
582:10
**10:38:51 (1)**
582:15
**10:38:59 (1)**
582:20
**10:39:11 (1)**
582:25
**10:39:27 (1)**
583:5
**10:39:39 (1)**
583:10
**10:39:48 (1)**
583:15
**10:40:00 (1)**
583:20
**10:40:07 (1)**
583:25
**10:40:20 (1)**
584:5
**10:40:32 (1)**
584:10
**10:40:42 (1)**
584:15
**10:40:55 (1)**
584:20
**10:41:07 (1)**
584:25
**10:41:20 (1)**
585:5
**10:41:47 (1)**
585:10
**10:41:59 (1)**
585:15
**10:42:05 (1)**
585:20
**10:42:13 (1)**
585:25
**10:42:19 (1)**
586:5
**10:42:30 (1)**
586:10
**10:42:56 (1)**
586:15
**10:43:10 (1)**
586:20
**10:43:17 (1)**
586:25
**10:43:25 (1)**
587:5
**10:43:39 (1)**
587:10
**10:43:48 (1)**
587:15
**10:43:59 (1)**
587:20
**10:44:12 (1)**
587:25

**10:44:21 (1)**
588:5
**10:44:35 (1)**
588:10
**10:44:56 (1)**
588:15
**10:46 (1)**
588:16
**100 (1)**
490:8
**10003 (1)**
489:7
**10523 (1)**
489:13
**11 (7)**
612:19,21 747:20
    748:15 751:5,9
    801:17
**11ish (1)**
747:16
**11/5/04 (5)**
577:18,21 578:10,13
    801:6
**11/5/2004 (3)**
599:9,12 801:13
**11/6/2004 (1)**
578:15
**11:06:25 (1)**
588:20
**11:06:38 (1)**
588:25
**11:06:44 (1)**
589:5
**11:06:55 (1)**
589:10
**11:07:03 (1)**
589:15
**11:07:12 (1)**
589:20
**11:07:28 (1)**
589:25
**11:07:36 (1)**
590:5
**11:07:49 (1)**
590:10
**11:07:56 (1)**
590:15
**11:08 (1)**
588:19
**11:08:01 (1)**
590:20
**11:08:13 (1)**
590:25
**11:08:22 (1)**
591:5
**11:08:29 (1)**
591:10
**11:08:42 (1)**
591:15
**11:08:50 (1)**

591:20
**11:08:57 (1)**
591:25
**11:08:59 (1)**
592:5
**11:09:03 (1)**
592:10
**11:09:11 (1)**
592:15
**11:09:18 (1)**
592:20
**11:09:21 (1)**
592:25
**11:09:26 (1)**
593:5
**11:09:44 (1)**
593:10
**11:09:51 (1)**
593:15
**11:10:04 (1)**
593:20
**11:10:13 (1)**
593:25
**11:10:23 (1)**
594:5
**11:10:37 (1)**
594:10
**11:10:48 (1)**
594:15
**11:11:00 (1)**
594:20
**11:11:07 (1)**
594:25
**11:11:23 (1)**
595:5
**11:11:32 (1)**
595:10
**11:11:39 (1)**
595:15
**11:11:46 (1)**
595:20
**11:11:54 (1)**
595:25
**11:12:00 (1)**
596:5
**11:12:13 (1)**
596:10
**11:12:20 (1)**
596:15
**11:12:28 (1)**
596:20
**11:12:42 (1)**
596:25
**11:12:49 (1)**
597:10
**11:12:51 (1)**
597:5
**11:13:08 (1)**
597:15
**11:13:15 (1)**

| | | | | |
|---|---|---|---|---|
| 597:20 | 603:20 | 609:20 | 615:20 | 621:20 |
| **11:13:22 (1)** | **11:19:19 (1)** | **11:25:59 (1)** | **11:31:39 (1)** | **11:37:22 (1)** |
| 597:25 | 603:25 | 609:25 | 615:25 | 621:25 |
| **11:13:29 (1)** | **11:19:35 (1)** | **11:26:06 (1)** | **11:31:57 (1)** | **11:37:31 (1)** |
| 598:5 | 604:5 | 610:5 | 616:5 | 622:5 |
| **11:13:37 (1)** | **11:19:53 (1)** | **11:26:23 (1)** | **11:32:06 (1)** | **11:37:39 (1)** |
| 598:10 | 604:10 | 610:10 | 616:10 | 622:10 |
| **11:13:53 (1)** | **11:20:14 (1)** | **11:26:43 (1)** | **11:32:14 (1)** | **11:37:51 (1)** |
| 598:15 | 604:15 | 610:15 | 616:15 | 622:15 |
| **11:14:20 (1)** | **11:20:46 (1)** | **11:26:53 (1)** | **11:32:21 (1)** | **11:38:09 (1)** |
| 598:20 | 604:20 | 610:20 | 616:20 | 622:20 |
| **11:14:38 (1)** | **11:20:58 (1)** | **11:26:59 (1)** | **11:32:34 (1)** | **11:38:22 (1)** |
| 598:25 | 604:25 | 610:25 | 616:25 | 622:25 |
| **11:14:53 (1)** | **11:21:04 (1)** | **11:27:03 (1)** | **11:32:40 (1)** | **11:38:31 (1)** |
| 599:5 | 605:5 | 611:5 | 617:5 | 623:5 |
| **11:15:02 (1)** | **11:21:17 (1)** | **11:27:10 (1)** | **11:32:56 (1)** | **11:38:41 (1)** |
| 599:10 | 605:10 | 611:10 | 617:10 | 623:10 |
| **11:15:41 (1)** | **11:21:29 (1)** | **11:27:18 (1)** | **11:33:10 (1)** | **11:38:55 (1)** |
| 599:15 | 605:15 | 611:15 | 617:15 | 623:15 |
| **11:15:48 (1)** | **11:21:39 (1)** | **11:27:24 (1)** | **11:33:27 (1)** | **11:39:06 (1)** |
| 599:20 | 605:20 | 611:20 | 617:20 | 623:20 |
| **11:16:04 (1)** | **11:21:52 (1)** | **11:27:33 (1)** | **11:33:47 (1)** | **11:39:15 (1)** |
| 599:25 | 605:25 | 611:25 | 617:25 | 623:25 |
| **11:16:11 (1)** | **11:21:57 (1)** | **11:27:46 (1)** | **11:34:00 (1)** | **11:39:27 (1)** |
| 600:5 | 606:5 | 612:5 | 618:5 | 624:5 |
| **11:16:15 (1)** | **11:22:17 (1)** | **11:28:03 (1)** | **11:34:17 (1)** | **11:39:42 (1)** |
| 600:10 | 606:10 | 612:10 | 618:10 | 624:10 |
| **11:16:23 (1)** | **11:22:40 (1)** | **11:28:16 (1)** | **11:34:33 (1)** | **11:39:58 (1)** |
| 600:15 | 606:15 | 612:15 | 618:15 | 624:15 |
| **11:16:39 (1)** | **11:22:49 (1)** | **11:28:20 (1)** | **11:34:46 (1)** | **11:40:04 (1)** |
| 600:20 | 606:20 | 612:20 | 618:20 | 624:20 |
| **11:16:52 (1)** | **11:23:05 (1)** | **11:28:55 (1)** | **11:34:52 (1)** | **11:40:11 (1)** |
| 600:25 | 606:25 | 612:25 | 618:25 | 624:25 |
| **11:16:56 (1)** | **11:23:16 (1)** | **11:29:07 (1)** | **11:35:00 (1)** | **11:40:19 (1)** |
| 601:5 | 607:5 | 613:5 | 619:5 | 625:5 |
| **11:17:09 (1)** | **11:23:31 (1)** | **11:29:18 (1)** | **11:35:10 (1)** | **11:40:24 (1)** |
| 601:10 | 607:10 | 613:10 | 619:10 | 625:10 |
| **11:17:18 (1)** | **11:23:42 (1)** | **11:29:23 (1)** | **11:35:16 (1)** | **11:40:35 (1)** |
| 601:15 | 607:15 | 613:15 | 619:15 | 625:15 |
| **11:17:26 (1)** | **11:23:55 (1)** | **11:29:37 (1)** | **11:35:27 (1)** | **11:40:47 (1)** |
| 601:20 | 607:20 | 613:20 | 619:20 | 625:20 |
| **11:17:32 (1)** | **11:24:04 (1)** | **11:29:44 (1)** | **11:35:42 (1)** | **11:40:56 (1)** |
| 601:25 | 607:25 | 613:25 | 619:25 | 625:25 |
| **11:17:51 (1)** | **11:24:22 (1)** | **11:29:54 (1)** | **11:35:50 (1)** | **11:41:08 (1)** |
| 602:5 | 608:5 | 614:5 | 620:5 | 626:5 |
| **11:17:58 (1)** | **11:24:37 (1)** | **11:30:07 (1)** | **11:36:01 (1)** | **11:41:14 (1)** |
| 602:10 | 608:10 | 614:10 | 620:10 | 626:10 |
| **11:18:10 (1)** | **11:24:54 (1)** | **11:30:14 (1)** | **11:36:12 (1)** | **11:41:28 (1)** |
| 602:15 | 608:15 | 614:15 | 620:15 | 626:15 |
| **11:18:16 (1)** | **11:25:00 (1)** | **11:30:26 (1)** | **11:36:27 (1)** | **11:41:53 (1)** |
| 602:20 | 608:20 | 614:20 | 620:20 | 626:20 |
| **11:18:23 (1)** | **11:25:12 (1)** | **11:30:37 (1)** | **11:36:35 (1)** | **11:42:10 (1)** |
| 602:25 | 608:25 | 614:25 | 620:25 | 626:25 |
| **11:18:32 (1)** | **11:25:20 (1)** | **11:30:47 (1)** | **11:36:42 (1)** | **11:42:19 (1)** |
| 603:5 | 609:5 | 615:5 | 621:5 | 627:5 |
| **11:18:42 (1)** | **11:25:25 (1)** | **11:30:59 (1)** | **11:36:55 (1)** | **11:42:24 (1)** |
| 603:10 | 609:10 | 615:10 | 621:10 | 627:10 |
| **11:18:54 (1)** | **11:25:35 (1)** | **11:31:13 (1)** | **11:37:04 (1)** | **11:42:33 (1)** |
| 603:15 | 609:15 | 615:15 | 621:15 | 627:15 |
| **11:19:01 (1)** | **11:25:50 (1)** | **11:31:31 (1)** | **11:37:12 (1)** | **11:42:45 (1)** |

| | | | | |
|---|---|---|---|---|
| 627:20 | 633:20 | 639:20 | 645:20 | 650:5 |
| **11:42:53 (1)** | **11:48:03 (1)** | **11:54:07 (1)** | **11:59:29 (1)** | **12:17:49 (1)** |
| 627:25 | 633:25 | 639:25 | 645:25 | 650:10 |
| **11:43:01 (1)** | **11:48:13 (1)** | **11:54:12 (1)** | **11:59:44 (1)** | **12:17:59 (1)** |
| 628:5 | 634:5 | 640:5 | 646:5 | 650:15 |
| **11:43:09 (1)** | **11:48:30 (1)** | **11:54:29 (1)** | **11:59:50 (1)** | **12:18:06 (1)** |
| 628:10 | 634:10 | 640:10 | 646:10 | 650:20 |
| **11:43:20 (1)** | **11:48:44 (1)** | **11:54:39 (1)** | **11556 (1)** | **12:18:22 (1)** |
| 628:15 | 634:15 | 640:15 | 489:21 | 650:25 |
| **11:43:31 (1)** | **11:49:00 (1)** | **11:54:47 (1)** | **11788-0099 (1)** | **12:18:32 (1)** |
| 628:20 | 634:20 | 640:20 | 490:9 | 651:5 |
| **11:43:40 (1)** | **11:49:14 (1)** | **11:55:06 (1)** | **12 (6)** | **12:18:38 (1)** |
| 628:25 | 634:25 | 640:25 | 561:25 562:4,15 | 651:10 |
| **11:43:49 (1)** | **11:49:22 (1)** | **11:55:16 (1)** | 563:9 565:22 | **12:18:45 (1)** |
| 629:5 | 635:5 | 641:5 | 800:24 | 651:15 |
| **11:43:56 (1)** | **11:49:29 (1)** | **11:55:32 (1)** | **12th (1)** | **12:19:01 (1)** |
| 629:10 | 635:10 | 641:10 | 568:10 | 651:20 |
| **11:44:06 (1)** | **11:49:55 (1)** | **11:55:43 (1)** | **12/11/2004 (3)** | **12:19:11 (1)** |
| 629:15 | 635:15 | 641:15 | 604:17,19 801:15 | 651:25 |
| **11:44:16 (1)** | **11:50:11 (1)** | **11:55:54 (1)** | **12:00:04 (1)** | **12:19:19 (1)** |
| 629:20 | 635:20 | 641:20 | 646:15 | 652:5 |
| **11:44:29 (1)** | **11:50:29 (1)** | **11:56:09 (1)** | **12:00:18 (1)** | **12:19:28 (1)** |
| 629:25 | 635:25 | 641:25 | 646:20 | 652:10 |
| **11:44:35 (1)** | **11:50:35 (1)** | **11:56:19 (1)** | **12:00:28 (1)** | **12:19:39 (1)** |
| 630:5 | 636:5 | 642:5 | 646:25 | 652:15 |
| **11:44:45 (1)** | **11:50:45 (1)** | **11:56:27 (1)** | **12:02 (1)** | **12:19:54 (1)** |
| 630:10 | 636:10 | 642:10 | 646:24 | 652:20 |
| **11:44:52 (1)** | **11:50:57 (1)** | **11:56:36 (1)** | **12:13:45 (1)** | **12:20:07 (1)** |
| 630:15 | 636:15 | 642:15 | 647:5 | 652:25 |
| **11:45:05 (1)** | **11:51:06 (1)** | **11:56:44 (1)** | **12:13:53 (1)** | **12:20:16 (1)** |
| 630:20 | 636:20 | 642:20 | 647:10 | 653:5 |
| **11:45:13 (1)** | **11:51:22 (1)** | **11:56:58 (1)** | **12:14:17 (1)** | **12:20:28 (1)** |
| 630:25 | 636:25 | 642:25 | 647:15 | 653:10 |
| **11:45:28 (1)** | **11:51:38 (1)** | **11:57:03 (1)** | **12:14:25 (1)** | **12:20:35 (1)** |
| 631:5 | 637:5 | 643:5 | 647:20 | 653:15 |
| **11:45:35 (1)** | **11:51:55 (1)** | **11:57:22 (1)** | **12:14:34 (1)** | **12:20:48 (1)** |
| 631:10 | 637:10 | 643:10 | 647:25 | 653:20 |
| **11:45:40 (1)** | **11:52:05 (1)** | **11:57:40 (1)** | **12:14:40 (1)** | **12:20:54 (1)** |
| 631:15 | 637:15 | 643:15 | 648:5 | 653:25 |
| **11:45:49 (1)** | **11:52:23 (1)** | **11:57:48 (1)** | **12:14:54 (1)** | **12:21:04 (1)** |
| 631:20 | 637:20 | 643:20 | 648:10 | 654:5 |
| **11:46:04 (1)** | **11:52:29 (1)** | **11:57:58 (1)** | **12:15 (1)** | **12:21:11 (1)** |
| 631:25 | 637:25 | 643:25 | 647:3 | 654:10 |
| **11:46:14 (1)** | **11:52:37 (1)** | **11:58:09 (1)** | **12:15:24 (1)** | **12:21:24 (1)** |
| 632:5 | 638:5 | 644:5 | 648:15 | 654:15 |
| **11:46:31 (1)** | **11:52:45 (1)** | **11:58:17 (1)** | **12:15:33 (1)** | **12:21:41 (1)** |
| 632:10 | 638:10 | 644:10 | 648:20 | 654:20 |
| **11:46:46 (1)** | **11:52:55 (1)** | **11:58:26 (1)** | **12:15:52 (1)** | **12:21:54 (1)** |
| 632:15 | 638:15 | 644:15 | 648:25 | 654:25 |
| **11:46:57 (1)** | **11:53:03 (1)** | **11:58:36 (1)** | **12:16:02 (1)** | **12:22:00 (1)** |
| 632:20 | 638:20 | 644:20 | 649:5 | 655:5 |
| **11:47:11 (1)** | **11:53:19 (1)** | **11:58:49 (1)** | **12:16:38 (1)** | **12:22:05 (1)** |
| 632:25 | 638:25 | 644:25 | 649:10 | 655:10 |
| **11:47:21 (1)** | **11:53:30 (1)** | **11:58:51 (1)** | **12:16:47 (1)** | **12:22:15 (1)** |
| 633:5 | 639:5 | 645:5 | 649:15 | 655:15 |
| **11:47:33 (1)** | **11:53:37 (1)** | **11:59:00 (1)** | **12:17:15 (1)** | **12:22:26 (1)** |
| 633:10 | 639:10 | 645:10 | 649:20 | 655:20 |
| **11:47:41 (1)** | **11:53:43 (1)** | **11:59:11 (1)** | **12:17:30 (1)** | **12:22:37 (1)** |
| 633:15 | 639:15 | 645:15 | 649:25 | 655:25 |
| **11:47:50 (1)** | **11:53:57 (1)** | **11:59:21 (1)** | **12:17:34 (1)** | **12:22:57 (1)** |

| | | | | |
|---|---|---|---|---|
| 656:5 | 662:5 | 668:5 | 674:5 | 680:5 |
| **12:23:14 (1)** | **12:29:12 (1)** | **12:35:08 (1)** | **12:40:41 (1)** | **13:37:37 (1)** |
| 656:10 | 662:10 | 668:10 | 674:10 | 680:10 |
| **12:23:35 (1)** | **12:29:23 (1)** | **12:35:20 (1)** | **12:40:53 (1)** | **13:37:51 (1)** |
| 656:15 | 662:15 | 668:15 | 674:15 | 680:15 |
| **12:23:44 (1)** | **12:30:03 (1)** | **12:35:24 (1)** | **12:41:00 (1)** | **13:38:03 (1)** |
| 656:20 | 662:20 | 668:20 | 674:20 | 680:20 |
| **12:24:00 (1)** | **12:30:10 (1)** | **12:35:35 (1)** | **12:41:11 (1)** | **13:38:14 (1)** |
| 656:25 | 662:25 | 668:25 | 674:25 | 680:25 |
| **12:24:13 (1)** | **12:30:17 (1)** | **12:35:45 (1)** | **12:41:21 (1)** | **13:38:25 (1)** |
| 657:5 | 663:5 | 669:5 | 675:5 | 681:5 |
| **12:24:26 (1)** | **12:30:29 (1)** | **12:35:58 (1)** | **12:41:30 (1)** | **13:38:37 (1)** |
| 657:10 | 663:10 | 669:10 | 675:10 | 681:10 |
| **12:24:41 (1)** | **12:30:40 (1)** | **12:36:07 (1)** | **12:41:40 (1)** | **13:38:55 (1)** |
| 657:15 | 663:15 | 669:15 | 675:15 | 681:15 |
| **12:24:52 (1)** | **12:30:51 (1)** | **12:36:20 (1)** | **12:41:48 (1)** | **13:39:12 (1)** |
| 657:20 | 663:20 | 669:20 | 675:20 | 681:20 |
| **12:25:05 (1)** | **12:31:03 (1)** | **12:36:32 (1)** | **12:42:00 (1)** | **13:39:28 (1)** |
| 657:25 | 663:25 | 669:25 | 675:25 | 681:25 |
| **12:25:10 (1)** | **12:31:04 (1)** | **12:36:45 (1)** | **12:42:21 (1)** | **13:39:33 (1)** |
| 658:5 | 664:5 | 670:5 | 676:5 | 682:5 |
| **12:25:19 (1)** | **12:31:39 (1)** | **12:37:12 (1)** | **12:42:30 (1)** | **13:39:40 (1)** |
| 658:10 | 664:10 | 670:10 | 676:10 | 682:10 |
| **12:25:26 (1)** | **12:32:02 (1)** | **12:37:23 (1)** | **12:42:36 (1)** | **13:39:57 (1)** |
| 658:15 | 664:15 | 670:15 | 676:15 | 682:15 |
| **12:25:36 (1)** | **12:32:14 (1)** | **12:37:29 (1)** | **12:42:53 (1)** | **13:40:10 (1)** |
| 658:20 | 664:20 | 670:20 | 676:20 | 682:20 |
| **12:25:53 (1)** | **12:32:29 (1)** | **12:37:38 (1)** | **12:43:09 (1)** | **13:40:26 (1)** |
| 658:25 | 664:25 | 670:25 | 676:25 | 682:25 |
| **12:26:07 (1)** | **12:32:31 (1)** | **12:37:41 (1)** | **12:43:36 (1)** | **13:40:31 (1)** |
| 659:5 | 665:5 | 671:5 | 677:5 | 683:5 |
| **12:26:20 (1)** | **12:32:42 (1)** | **12:38:03 (1)** | **12:43:44 (1)** | **13:41:09 (1)** |
| 659:10 | 665:10 | 671:10 | 677:10 | 683:10 |
| **12:26:27 (1)** | **12:32:54 (1)** | **12:38:17 (1)** | **12:43:53 (1)** | **13:41:34 (1)** |
| 659:15 | 665:15 | 671:15 | 677:15 | 683:15 |
| **12:26:34 (1)** | **12:33:09 (1)** | **12:38:25 (1)** | **12:44 (1)** | **13:41:44 (1)** |
| 659:20 | 665:20 | 671:20 | 676:24 | 683:20 |
| **12:26:58 (1)** | **12:33:15 (1)** | **12:38:33 (1)** | **12:44:02 (1)** | **13:42:02 (1)** |
| 659:25 | 665:25 | 671:25 | 677:20 | 683:25 |
| **12:27:08 (1)** | **12:33:25 (1)** | **12:38:38 (1)** | **12:44:13 (1)** | **13:42:09 (1)** |
| 660:5 | 666:5 | 672:5 | 677:25 | 684:5 |
| **12:27:15 (1)** | **12:33:36 (1)** | **12:38:49 (1)** | **12:44:26 (1)** | **13:42:30 (1)** |
| 660:10 | 666:10 | 672:10 | 678:5 | 684:10 |
| **12:27:29 (1)** | **12:33:47 (1)** | **12:38:54 (1)** | **12:44:38 (1)** | **13:42:43 (1)** |
| 660:15 | 666:15 | 672:15 | 678:10 | 684:15 |
| **12:27:38 (1)** | **12:33:53 (1)** | **12:39:02 (1)** | **12:45 (1)** | **13:42:56 (1)** |
| 660:20 | 666:20 | 672:20 | 677:3 | 684:20 |
| **12:27:51 (1)** | **12:34:02 (1)** | **12:39:11 (1)** | **12:46 (2)** | **13:43:04 (1)** |
| 660:25 | 666:25 | 672:25 | 678:11,12 | 684:25 |
| **12:28:02 (1)** | **12:34:10 (1)** | **12:39:27 (1)** | **1215 (1)** | **13:43:14 (1)** |
| 661:5 | 667:5 | 673:5 | 487:6 | 685:5 |
| **12:28:06 (1)** | **12:34:23 (1)** | **12:39:42 (1)** | **13:36:34 (1)** | **13:43:36 (1)** |
| 661:10 | 667:10 | 673:10 | 679:10 | 685:10 |
| **12:28:19 (1)** | **12:34:34 (1)** | **12:39:57 (1)** | **13:36:43 (1)** | **13:43:43 (1)** |
| 661:15 | 667:15 | 673:15 | 679:15 | 685:15 |
| **12:28:28 (1)** | **12:34:41 (1)** | **12:40:09 (1)** | **13:37:00 (1)** | **13:43:56 (1)** |
| 661:20 | 667:20 | 673:20 | 679:20 | 685:20 |
| **12:28:42 (1)** | **12:34:54 (1)** | **12:40:20 (1)** | **13:37:08 (1)** | **13:44:08 (1)** |
| 661:25 | 667:25 | 673:25 | 679:25 | 685:25 |
| **12:28:51 (1)** | **12:35:00 (1)** | **12:40:31 (1)** | **13:37:19 (1)** | **13:44:40 (1)** |

| | | | | |
|---|---|---|---|---|
| 686:5 | 692:5 | 698:5 | **14:06:26 (1)** | **14:13:19 (1)** |
| **13:44:52 (1)** | **13:50:31 (1)** | **13:58:21 (1)** | 703:25 | 710:5 |
| 686:10 | 692:10 | 698:10 | **14:06:35 (1)** | **14:13:25 (1)** |
| **13:45:07 (1)** | **13:50:40 (1)** | **13:58:28 (1)** | 704:5 | 710:10 |
| 686:15 | 692:15 | 698:15 | **14:06:52 (1)** | **14:13:44 (1)** |
| **13:45:17 (1)** | **13:50:47 (1)** | **13:58:44 (1)** | 704:10 | 710:15 |
| 686:20 | 692:20 | 698:20 | **14:06:59 (1)** | **14:13:57 (1)** |
| **13:45:28 (1)** | **13:51:00 (1)** | **13:59:04 (1)** | 704:15 | 710:20 |
| 686:25 | 692:25 | 698:25 | **14:07:13 (1)** | **14:14:05 (1)** |
| **13:45:40 (1)** | **13:51:12 (1)** | **13:59:15 (1)** | 704:20 | 710:25 |
| 687:5 | 693:5 | 699:5 | **14:07:22 (1)** | **14:14:11 (1)** |
| **13:45:51 (1)** | **13:51:21 (1)** | **14 (5)** | 704:25 | 711:5 |
| 687:10 | 693:10 | 694:16,18 695:7,11 | **14:07:34 (1)** | **14:14:18 (1)** |
| **13:46:00 (1)** | **13:51:31 (1)** | 695:14 | 705:5 | 711:10 |
| 687:15 | 693:15 | **14:01:20 (1)** | **14:07:51 (1)** | **14:14:35 (1)** |
| **13:46:12 (1)** | **13:51:43 (1)** | 699:10 | 705:10 | 711:15 |
| 687:20 | 693:20 | **14:01:29 (1)** | **14:08:02 (1)** | **14:14:43 (1)** |
| **13:46:28 (1)** | **13:51:55 (1)** | 699:15 | 705:15 | 711:20 |
| 687:25 | 693:25 | **14:01:41 (1)** | **14:08:12 (1)** | **14:14:58 (1)** |
| **13:46:33 (1)** | **13:52:42 (1)** | 699:20 | 705:20 | 711:25 |
| 688:5 | 694:5 | **14:01:50 (1)** | **14:08:17 (1)** | **14:15:01 (1)** |
| **13:46:38 (1)** | **13:52:53 (1)** | 699:25 | 705:25 | 712:5 |
| 688:10 | 694:10 | **14:02:08 (1)** | **14:08:23 (1)** | **14:15:16 (1)** |
| **13:46:50 (1)** | **13:53:03 (1)** | 700:5 | 706:5 | 712:10 |
| 688:15 | 694:15 | **14:02:23 (1)** | **14:08:33 (1)** | **14:15:25 (1)** |
| **13:46:59 (1)** | **13:53:34 (1)** | 700:10 | 706:10 | 712:15 |
| 688:20 | 694:20 | **14:02:33 (1)** | **14:08:40 (1)** | **14:15:37 (1)** |
| **13:47:11 (1)** | **13:53:54 (1)** | 700:15 | 706:15 | 712:20 |
| 688:25 | 694:25 | **14:02:45 (1)** | **14:08:52 (1)** | **14:15:46 (1)** |
| **13:47:22 (1)** | **13:54:02 (1)** | 700:20 | 706:20 | 712:25 |
| 689:5 | 695:5 | **14:03:01 (1)** | **14:10:46 (1)** | **14:15:58 (1)** |
| **13:47:31 (1)** | **13:54:17 (1)** | 700:25 | 706:25 | 713:5 |
| 689:10 | 695:10 | **14:03:12 (1)** | **14:10:52 (1)** | **14:16:07 (1)** |
| **13:47:44 (1)** | **13:54:29 (1)** | 701:5 | 707:5 | 713:10 |
| 689:15 | 695:15 | **14:03:27 (1)** | **14:11:06 (1)** | **14:16:16 (1)** |
| **13:47:55 (1)** | **13:54:43 (1)** | 701:10 | 707:10 | 713:15 |
| 689:20 | 695:20 | **14:03:39 (1)** | **14:11:15 (1)** | **14:16:30 (1)** |
| **13:48:09 (1)** | **13:54:56 (1)** | 701:15 | 707:15 | 713:20 |
| 689:25 | 695:25 | **14:03:51 (1)** | **14:11:22 (1)** | **14:16:42 (1)** |
| **13:48:19 (1)** | **13:55:04 (1)** | 701:20 | 707:20 | 713:25 |
| 690:5 | 696:5 | **14:04:06 (1)** | **14:11:37 (1)** | **14:16:51 (1)** |
| **13:48:31 (1)** | **13:55:15 (1)** | 701:25 | 707:25 | 714:5 |
| 690:10 | 696:10 | **14:04:18 (1)** | **14:11:58 (2)** | **14:17:06 (1)** |
| **13:48:37 (1)** | **13:55:35 (1)** | 702:5 | 708:5,10 | 714:10 |
| 690:15 | 696:15 | **14:04:41 (1)** | **14:12:10 (1)** | **14:17:20 (1)** |
| **13:48:51 (1)** | **13:56:04 (1)** | 702:10 | 708:15 | 714:15 |
| 690:20 | 696:20 | **14:04:57 (1)** | **14:12:21 (1)** | **14:17:32 (1)** |
| **13:49:01 (1)** | **13:56:15 (1)** | 702:15 | 708:20 | 714:20 |
| 690:25 | 696:25 | **14:05:03 (1)** | **14:12:36 (1)** | **14:17:52 (1)** |
| **13:49:13 (1)** | **13:56:24 (1)** | 702:20 | 708:25 | 714:25 |
| 691:5 | 697:5 | **14:05:17 (1)** | **14:12:42 (1)** | **14:18:08 (1)** |
| **13:49:21 (1)** | **13:57:22 (1)** | 702:25 | 709:5 | 715:5 |
| 691:10 | 697:10 | **14:05:28 (1)** | **14:12:53 (1)** | **14:18:21 (1)** |
| **13:49:36 (1)** | **13:57:34 (1)** | 703:5 | 709:10 | 715:10 |
| 691:15 | 697:15 | **14:05:45 (1)** | **14:13:01 (1)** | **14:18:33 (1)** |
| **13:49:54 (1)** | **13:57:52 (1)** | 703:10 | 709:15 | 715:15 |
| 691:20 | 697:20 | **14:06:01 (1)** | **14:13:06 (1)** | **14:18:47 (1)** |
| **13:50:06 (1)** | **13:57:59 (1)** | 703:15 | 709:20 | 715:20 |
| 691:25 | 697:25 | **14:06:16 (1)** | **14:13:13 (1)** | **14:19:05 (1)** |
| **13:50:17 (1)** | **13:58:07 (1)** | 703:20 | 709:25 | 715:25 |

| | | | | |
|---|---|---|---|---|
| **14:19:12 (1)** 716:5 | **14:24:37 (1)** 722:5 | **14:30:07 (1)** 728:5 | **14:37:53 (1)** 734:5 | **14:43:49 (1)** 740:5 |
| **14:19:30 (1)** 716:10 | **14:24:43 (1)** 722:10 | **14:30:28 (1)** 728:10 | **14:38:04 (1)** 734:10 | **14:43:53 (1)** 740:10 |
| **14:19:42 (1)** 716:15 | **14:24:50 (1)** 722:15 | **14:30:43 (1)** 728:15 | **14:38:19 (1)** 734:15 | **14:43:57 (1)** 740:15 |
| **14:19:57 (1)** 716:20 | **14:24:58 (1)** 722:20 | **14:30:56 (1)** 728:20 | **14:38:24 (1)** 734:20 | **14:44:02 (1)** 740:20 |
| **14:20:07 (1)** 716:25 | **14:25:08 (1)** 722:25 | **14:31:24 (1)** 728:25 | **14:38:38 (1)** 734:25 | **14:44:58 (1)** 740:25 |
| **14:20:17 (1)** 717:5 | **14:25:17 (1)** 723:5 | **14:31:35 (1)** 729:5 | **14:38:55 (1)** 735:5 | **14:45:02 (1)** 741:5 |
| **14:20:26 (1)** 717:10 | **14:25:24 (1)** 723:10 | **14:31:46 (1)** 729:10 | **14:39:11 (1)** 735:10 | **14:45:15 (1)** 741:10 |
| **14:20:34 (1)** 717:15 | **14:25:31 (1)** 723:15 | **14:31:55 (1)** 729:15 | **14:39:23 (1)** 735:15 | **14:45:25 (1)** 741:15 |
| **14:20:43 (1)** 717:20 | **14:25:44 (1)** 723:20 | **14:32:36 (1)** 729:20 | **14:39:35 (1)** 735:20 | **14:45:33 (1)** 741:20 |
| **14:20:49 (1)** 717:25 | **14:25:52 (1)** 723:25 | **14:33:00 (1)** 729:25 | **14:39:49 (1)** 735:25 | **14:45:43 (1)** 741:25 |
| **14:20:55 (1)** 718:5 | **14:26:01 (1)** 724:5 | **14:33:06 (1)** 730:5 | **14:39:54 (1)** 736:5 | **14:45:53 (1)** 742:5 |
| **14:21:08 (1)** 718:10 | **14:26:09 (1)** 724:10 | **14:33:22 (1)** 730:10 | **14:40:10 (1)** 736:10 | **14:46:05 (1)** 742:10 |
| **14:21:18 (1)** 718:15 | **14:26:17 (1)** 724:15 | **14:33:28 (1)** 730:15 | **14:40:20 (1)** 736:15 | **14:46:18 (1)** 742:15 |
| **14:21:33 (1)** 718:20 | **14:26:30 (1)** 724:20 | **14:33:39 (1)** 730:20 | **14:40:29 (1)** 736:20 | **14:46:37 (1)** 742:20 |
| **14:21:47 (1)** 718:25 | **14:26:44 (1)** 724:25 | **14:33:59 (1)** 730:25 | **14:40:38 (1)** 736:25 | **14:46:58 (1)** 742:25 |
| **14:22:00 (1)** 719:5 | **14:26:54 (1)** 725:5 | **14:34:11 (1)** 731:5 | **14:40:44 (1)** 737:5 | **14:47:09 (1)** 743:5 |
| **14:22:13 (1)** 719:10 | **14:27:08 (1)** 725:10 | **14:34:27 (1)** 731:10 | **14:40:55 (1)** 737:10 | **14:47:17 (1)** 743:10 |
| **14:22:20 (1)** 719:15 | **14:27:26 (1)** 725:15 | **14:34:35 (1)** 731:15 | **14:41:07 (1)** 737:15 | **14:47:25 (1)** 743:15 |
| **14:22:31 (1)** 719:20 | **14:27:37 (1)** 725:20 | **14:34:57 (1)** 731:20 | **14:41:16 (1)** 737:20 | **14:47:40 (1)** 743:20 |
| **14:22:39 (1)** 719:25 | **14:27:56 (1)** 725:25 | **14:35:14 (1)** 731:25 | **14:41:25 (1)** 737:25 | **14:48:00 (1)** 743:25 |
| **14:22:43 (1)** 720:5 | **14:28:05 (1)** 726:5 | **14:35:33 (1)** 732:5 | **14:41:38 (1)** 738:5 | **14:48:12 (1)** 744:5 |
| **14:22:54 (1)** 720:10 | **14:28:17 (1)** 726:10 | **14:35:39 (1)** 732:10 | **14:41:54 (1)** 738:10 | **14:48:24 (1)** 744:10 |
| **14:23:15 (1)** 720:15 | **14:28:30 (1)** 726:15 | **14:35:50 (1)** 732:15 | **14:42:15 (1)** 738:15 | **14:48:36 (1)** 744:15 |
| **14:23:29 (1)** 720:20 | **14:28:39 (1)** 726:20 | **14:36:13 (1)** 732:20 | **14:42:31 (1)** 738:20 | **14:48:47 (1)** 744:20 |
| **14:23:40 (1)** 720:25 | **14:28:48 (1)** 726:25 | **14:36:29 (1)** 732:25 | **14:42:39 (1)** 738:25 | **14:48:59 (1)** 744:25 |
| **14:23:50 (1)** 721:5 | **14:28:58 (1)** 727:5 | **14:36:37 (1)** 733:5 | **14:42:46 (1)** 739:5 | **14:49:05 (1)** 745:5 |
| **14:23:59 (1)** 721:10 | **14:29:12 (1)** 727:10 | **14:36:55 (1)** 733:10 | **14:43:05 (1)** 739:10 | **14:49:18 (1)** 745:10 |
| **14:24:07 (1)** 721:15 | **14:29:27 (1)** 727:15 | **14:37:07 (1)** 733:15 | **14:43:16 (1)** 739:15 | **14:49:28 (1)** 745:15 |
| **14:24:17 (1)** 721:20 | **14:29:42 (1)** 727:20 | **14:37:25 (1)** 733:20 | **14:43:30 (1)** 739:20 | **14:49:39 (1)** 745:20 |
| **14:24:32 (1)** 721:25 | **14:29:56 (1)** 727:25 | **14:37:42 (1)** 733:25 | **14:43:37 (1)** 739:25 | **14:49:47 (1)** 745:25 |

**14:49:58 (1)**
746:5
**14:50:10 (1)**
746:10
**14:50:22 (1)**
746:15
**14:50:37 (1)**
746:20
**14:50:53 (1)**
746:25
**14:51:01 (1)**
747:5
**14:51:32 (1)**
747:10
**14:51:48 (1)**
747:15
**14:51:58 (1)**
747:20
**14:52:08 (1)**
747:25
**14:52:14 (1)**
748:5
**14:52:30 (1)**
748:10
**14:52:41 (1)**
748:15
**14:52:53 (1)**
748:20
**14:53:01 (1)**
748:25
**14:53:08 (1)**
749:5
**14:53:15 (1)**
749:10
**14:53:31 (1)**
749:15
**14:53:45 (1)**
749:20
**14:53:52 (1)**
749:25
**14:54:01 (1)**
750:5
**14:54:17 (1)**
750:10
**14:54:29 (1)**
750:15
**14:54:48 (1)**
750:20
**147 (2)**
664:12 683:11
**149 (5)**
664:13 667:20,22,25
683:12
**15 (4)**
698:17,22 699:2,9
**15:04:38 (1)**
750:25
**15:05:10 (1)**
751:5
**15:05:25 (1)**

751:10
**15:05:34 (1)**
751:15
**15:05:47 (1)**
751:20
**15:06:02 (1)**
751:25
**15:06:12 (1)**
752:5
**15:06:24 (1)**
752:10
**15:06:43 (1)**
752:15
**15:06:55 (1)**
752:20
**15:07:13 (1)**
752:25
**15:07:19 (1)**
753:5
**15:07:30 (1)**
753:10
**15:07:48 (1)**
753:15
**15:07:59 (1)**
753:20
**15:08:11 (1)**
753:25
**15:08:28 (1)**
754:5
**15:08:41 (1)**
754:10
**15:08:56 (1)**
754:15
**15:09:06 (1)**
754:20
**15:09:18 (1)**
754:25
**15:09:28 (1)**
755:5
**15:09:49 (1)**
755:10
**15:10:00 (1)**
755:15
**15:10:15 (1)**
755:20
**15:10:36 (1)**
755:25
**15:10:49 (1)**
756:5
**15:10:58 (1)**
756:10
**15:11:13 (1)**
756:15
**15:11:27 (1)**
756:20
**15:11:43 (2)**
756:25 757:5
**15:12:02 (1)**
757:10
**15:12:11 (1)**

757:15
**15:12:19 (1)**
757:20
**15:12:30 (1)**
757:25
**15:12:38 (1)**
758:5
**15:12:54 (1)**
758:10
**15:13:06 (1)**
758:15
**15:13:22 (1)**
758:20
**15:13:39 (1)**
758:25
**15:13:46 (1)**
759:5
**15:13:52 (1)**
759:10
**15:14:07 (1)**
759:15
**15:14:19 (1)**
759:20
**15:14:28 (1)**
759:25
**15:14:37 (1)**
760:5
**15:14:54 (1)**
760:10
**15:15:12 (1)**
760:15
**15:15:30 (1)**
760:20
**15:15:42 (1)**
760:25
**15:15:53 (1)**
761:5
**15:16:04 (1)**
761:10
**15:16:13 (1)**
761:15
**15:16:29 (1)**
761:20
**15:16:42 (1)**
761:25
**15:16:53 (1)**
762:5
**15:17:07 (1)**
762:10
**15:17:27 (1)**
762:15
**15:17:38 (1)**
762:20
**15:17:53 (1)**
762:25
**15:17:57 (1)**
763:5
**15:18:11 (1)**
763:10
**15:18:23 (1)**

763:15
**15:18:32 (1)**
763:20
**15:18:48 (1)**
763:25
**15:19:02 (1)**
764:5
**15:19:16 (1)**
764:10
**15:19:34 (1)**
764:15
**15:19:46 (1)**
764:20
**15:20:03 (1)**
764:25
**15:20:13 (1)**
765:5
**15:20:36 (1)**
765:10
**15:20:44 (1)**
765:15
**15:21:05 (1)**
765:20
**15:21:19 (1)**
765:25
**15:21:27 (1)**
766:5
**15:21:43 (1)**
766:10
**15:21:51 (1)**
766:15
**15:22:00 (1)**
766:20
**15:22:16 (1)**
766:25
**15:22:19 (1)**
767:5
**15:22:26 (1)**
767:10
**15:22:36 (1)**
767:15
**15:22:47 (1)**
767:20
**15:23:03 (1)**
767:25
**15:23:18 (1)**
768:5
**15:23:38 (1)**
768:10
**15:23:56 (1)**
768:15
**15:24:09 (1)**
768:20
**15:24:19 (1)**
768:25
**15:24:33 (1)**
769:5
**15:24:46 (1)**
769:10
**15:25:04 (1)**

769:15
**15:25:16 (1)**
769:20
**15:25:37 (1)**
769:25
**15:25:46 (1)**
770:5
**15:26:02 (1)**
770:10
**15:26:12 (1)**
770:15
**15:26:31 (1)**
770:20
**15:26:41 (1)**
770:25
**15:26:53 (1)**
771:5
**15:27:05 (1)**
771:10
**15:27:16 (1)**
771:15
**15:27:26 (1)**
771:20
**15:27:43 (1)**
771:25
**15:27:52 (1)**
772:5
**15:28:02 (1)**
772:10
**15:28:15 (1)**
772:15
**15:28:30 (1)**
772:20
**15:28:49 (1)**
772:25
**15:28:59 (1)**
773:5
**15:29:18 (1)**
773:10
**15:29:29 (1)**
773:15
**15:29:45 (1)**
773:20
**15:29:59 (1)**
773:25
**15:30:10 (1)**
774:5
**15:30:28 (1)**
774:10
**15:30:33 (1)**
774:15
**15:30:42 (1)**
774:20
**15:30:51 (1)**
774:25
**15:31:05 (1)**
775:5
**15:31:21 (1)**
775:10
**15:31:30 (1)**

775:15
**15:31:48 (1)**
775:20
**15:31:55 (1)**
775:25
**15:32:03 (1)**
776:5
**15:32:16 (1)**
776:10
**15:32:25 (1)**
776:15
**15:32:34 (1)**
776:20
**15:32:49 (1)**
776:25
**15:33:03 (1)**
777:5
**15:33:24 (1)**
777:10
**15:33:36 (1)**
777:15
**15:33:52 (1)**
777:20
**15:34:09 (1)**
777:25
**15:34:23 (1)**
778:5
**15:34:39 (1)**
778:10
**15:34:54 (1)**
778:15
**15:35:06 (1)**
778:20
**15:35:18 (1)**
778:25
**15:35:27 (1)**
779:5
**15:35:33 (1)**
779:10
**15:35:41 (1)**
779:15
**15:35:50 (1)**
779:20
**15:36:00 (1)**
779:25
**15:36:08 (1)**
780:5
**15:36:15 (1)**
780:10
**15:36:21 (1)**
780:15
**15:36:26 (1)**
780:20
**15:36:36 (1)**
780:25
**15:36:42 (1)**
781:5
**15:37:00 (1)**
781:10
**15:37:08 (1)**

781:15
**15:37:19 (1)**
781:20
**15:37:30 (1)**
781:25
**15:37:35 (1)**
782:5
**15:37:49 (1)**
782:10
**15:37:59 (1)**
782:15
**15:38:14 (1)**
782:20
**15:38:27 (1)**
782:25
**15:38:38 (1)**
783:5
**15:39:00 (1)**
783:10
**15:39:13 (1)**
783:15
**15:39:22 (1)**
783:20
**15:39:32 (1)**
783:25
**15:39:36 (1)**
784:5
**15:39:51 (1)**
784:10
**15:40:02 (1)**
784:15
**15:40:18 (1)**
784:20
**15:40:32 (1)**
784:25
**15:40:39 (1)**
785:5
**15:40:53 (1)**
785:10
**15:41:00 (1)**
785:15
**15:41:13 (1)**
785:20
**15:41:46 (1)**
785:25
**15:42:03 (1)**
786:5
**15:42:09 (1)**
786:10
**15:42:18 (1)**
786:15
**15:42:32 (1)**
786:20
**15:42:45 (1)**
786:25
**15:42:54 (1)**
787:5
**15:43:02 (1)**
787:10
**15:43:13 (1)**

787:15
**15:43:26 (1)**
787:20
**15:43:39 (1)**
787:25
**15:43:49 (1)**
788:5
**15:44:03 (1)**
788:10
**15:44:20 (1)**
788:15
**15:44:52 (1)**
788:20
**15:45:00 (1)**
788:25
**15:45:08 (1)**
789:5
**15:45:23 (1)**
789:10
**15:45:32 (1)**
789:15
**15:45:45 (1)**
789:20
**15:45:57 (1)**
789:25
**15:46:06 (1)**
790:5
**15:46:18 (1)**
790:10
**15:46:24 (1)**
790:15
**15:46:36 (1)**
790:20
**15:46:49 (1)**
790:25
**15:47:58 (1)**
791:5
**15:48:11 (1)**
791:10
**15:48:21 (1)**
791:15
**15:48:34 (1)**
791:20
**15:48:45 (1)**
791:25
**15:48:53 (1)**
792:5
**15:49:04 (1)**
792:10
**15:49:12 (1)**
792:15
**15:49:42 (1)**
792:20
**15:49:58 (1)**
792:25
**15:50:07 (1)**
793:5
**15:50:25 (1)**
793:10
**15:50:38 (1)**

793:15
**15:50:54 (1)**
793:20
**15:51:07 (1)**
793:25
**15:51:22 (1)**
794:5
**15:51:28 (1)**
794:10
**15:51:49 (1)**
794:15
**15:51:59 (1)**
794:20
**15:52:07 (1)**
794:25
**15:52:22 (1)**
795:5
**15:52:33 (1)**
795:10
**15:52:42 (1)**
795:15
**15:52:53 (1)**
795:20
**15:53:04 (1)**
795:25
**15:53:18 (1)**
796:5
**15:53:35 (1)**
796:10
**15:53:50 (1)**
796:15
**15:53:57 (1)**
796:20
**15:54:06 (1)**
796:25
**15:54:15 (1)**
797:5
**15:54:59 (1)**
797:10
**15:55:08 (1)**
797:15
**150 (9)**
664:13,14,16 665:11
665:13 683:11,12
684:7 686:4
**16 (4)**
627:10 696:11,21,25
**16:03:28 (1)**
797:20
**16:03:43 (1)**
797:25
**16:03:53 (1)**
798:5
**16:04:03 (1)**
798:10
**17 (6)**
524:10,12,16 528:24
705:24 800:15
**17th (1)**
797:23

**18 (5)**
529:10,12 604:2,6
800:17
**18th (2)**
752:24 799:21
**19 (7)**
543:22,25 544:6,11
702:9,12 800:19

_____
**2**
_____
**2 (21)**
553:25 554:4 614:11
622:24 623:4,5
680:14,19,25 681:7
690:5,19 691:10
735:12 747:11
751:11,12 752:5
767:25 797:25
800:22
**2nd (15)**
607:7,14 615:3,6,20
625:23 640:6
643:25 680:11,12
681:11,18,20
682:10 789:5
**2:56 (1)**
750:22
**20 (10)**
553:24 554:3,8,11
564:15,24 705:9
706:18 781:14
800:21
**2004 (27)**
543:24 544:2,17
554:2,4 557:7 562:2
562:4,16 563:10
565:22 569:22,24
571:10,17 588:10
588:12 601:6 624:5
624:17 716:23
747:12 800:20,22
800:25 801:4,10
**2005 (7)**
557:7 598:11 753:3
753:10 754:3,4
774:23
**2006 (41)**
612:19,21 614:12,22
615:15 622:24
623:4,6 646:19,21
647:11 680:14,19
680:25 681:8,22
684:15 690:5,19
691:11 735:13
747:13,14 751:6,8,9
751:12,13,15 752:5
752:24 754:18
755:7 763:22 764:5
788:17 789:7,23
790:3,7 801:17

**2007 (2)**
647:11 684:9
**2009 (10)**
487:22 488:4 491:8
717:2 763:23 764:9
798:17 799:22
802:3,23
**21 (4)**
561:24 562:3,8
800:23
**22 (5)**
569:22,23 570:4,8
801:2
**23 (5)**
577:17,20,25 578:5
801:5
**24 (5)**
588:8,11,21,24 801:8
**240 (1)**
768:2
**24143 (1)**
487:25
**25 (5)**
599:7,10 600:17,20
801:11
**250 (1)**
676:20
**26 (6)**
604:16,18,22 606:2
709:8 801:14
**2662 (1)**
612:25
**27 (6)**
612:18,20,24 613:4
751:3 801:16
**28 (6)**
663:25 664:5,11
683:10,11 801:18
**28th (1)**
751:19

_____
**3**
_____
**3:06 (1)**
750:25
**3:56 (1)**
797:14
**30 (1)**
684:15
**31st (4)**
569:19 572:25 574:10
751:18
**3150 (1)**
604:23
**3158 (1)**
562:9
**3165 (2)**
696:15,20
**3166 (2)**
696:16,20
**3169 (1)**

544:8
**3170 (1)**
702:25
**3171 (1)**
702:22
**3175 (1)**
544:8
**3176 (1)**
554:9
**3177 (1)**
554:9
**3181 (1)**
698:23
**3182 (1)**
698:24
**3187 (1)**
524:17
**3188 (1)**
524:18
**3189 (1)**
524:18
**3192 (1)**
600:18
**3193 (1)**
600:18
**3194 (1)**
588:22
**3195 (2)**
588:22 589:6
**3196 (1)**
578:3
**3197 (1)**
578:3
**3198 (1)**
578:3
**3200 (1)**
570:6
**3204 (1)**
570:6

_____
**4**
_____
**4th (1)**
612:12
**4:05 (3)**
797:17 798:11,12
**40 (1)**
781:3
**42 (34)**
508:4 509:3,20
511:11 573:19,21
573:23,25 574:4,7
574:10,21,24 575:9
575:15,21 576:2,8,9
578:8,20 579:5
580:5,14 583:22
586:16,20 587:3,10
588:3 599:15,18,23
599:24
**42's (4)**
573:5,17 575:22

606:6
**491 (1)**
800:4

_____
**5**
_____
**5 (1)**
601:6
**50 (2)**
530:23,24
**524 (1)**
800:15
**529 (1)**
800:17
**530 (1)**
489:12
**543 (1)**
800:19
**554 (1)**
800:21
**562 (1)**
800:23
**569 (1)**
801:2
**577 (1)**
801:5
**588 (1)**
801:8
**599 (1)**
801:11

_____
**6**
_____
**6 (5)**
487:22 488:4 491:7
767:25 802:3
**6th (2)**
490:7 752:24
**604 (1)**
801:14
**6100 (1)**
490:8
**612 (1)**
801:16
**619 (1)**
800:11
**638 (1)**
800:11
**664 (1)**
801:18
**668 (1)**
795:20
**679 (1)**
800:5

_____
**7**
_____
**7 (3)**
588:9,12 801:9

_____
**8**
_____
**8th (1)**
752:23

**85 (1)**
489:6
**86 (2)**
760:23 761:6

_____
**9**
_____
**9/15/2006 (4)**
665:5,19,25 684:7
**9:07 (1)**
488:5
**9:09 (1)**
491:8
**9:45 (1)**
529:18
**9:53 (1)**
529:21
**90s (1)**
784:17
**926 (2)**
488:9 489:20