# EXHIBIT "N" (PART 4)

Page 803

1
2          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NEW YORK
3

EDWARD CARTER, FRANK FIORILLO, )
4  KEVIN LAMM, JOSEPH NOFI and   )
THOMAS SNYDER,                  )
5                               )
              Plaintiffs,        )
6                               )
              vs.               ) CV 07 1215
7                               )
INCORPORATED VILLAGE OF OCEAN   )
8  BEACH; MAYOR JOSEPH C. LOEFFLER)
JR., individually and in his    )
9  Official capacity; former Mayor)
NATALIE K. ROGERS, individually)
10  and in her official capacity,  )
OCEAN BEACH POLICE DEPARTMENT;  )
11  ACTING DEPUTY POLICE CHIEF     )
GEORGE B. HESSE, individually   )
12  And in his official capacity;  )
SUFFOLK COUNTY; SUFFOLK COUNTY )
13  POLICE DEPARTMENT, SUFFOLK     )
COUNTY DEPARTMENT OF CIVIL      )
14  SERVICE; and ALLISON SANCHEZ,  )
Individually and in her         )
15  Official capacity,             )
                                )
16              Defendants.        )
-------------------------------)
17
18
19      CONTINUED VIDEOTAPED DEPOSITION OF
20              GEORGE HESSE
21           Uniondale, New York
22          Monday, August 17, 2009
23

Reported by:
24  Philip Rizzuti
JOB NO. 24185
25

Page 804

August 17, 2009
10:22 a.m.

Continued videotaped deposition
of GEORGE HESSE, held at the offices
of Rivkin Radler, 926 Rexcorp Plaza,
Uniondale, New York, pursuant to
subpoena, before Philip Rizzuti, a
Notary Public of the State of New York

TSG Reporting - Worldwide (877) 702-9580

Page 805

A P P E A R A N C E S:

THOMPSON WIGDOR & GILLY, LLP
Attorneys for Plaintiffs
    85 Fifth Avenue
    New York, New York 10003
BY:   ANDREW S. GOODSTADT, ESQ.

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
Attorneys for George B. Hesse
    530 Saw Mill Road
    Elmsford, New York 10523
BY:   KEVIN W. CONNOLLY, ESQ.

RIVKIN RADLER, LLP
Attorneys for Incorporated Village of
Ocean Beach, Joseph Loeffler, Natalie
Rogers and Ocean Beach Police Department
    926 RexCorp Plaza
    Uniondale, New York 11556-0926
BY:   KENNETH A. NOVIKOFF, ESQ.

TSG Reporting - Worldwide (877) 702-9580

Page 806

A P P E A R A N C E S:

    RUDOLPH M. BAPTISTE, ESQ.
    Assistant County Attorney
    Suffolk County, State of New York
        100 Veterans Memorial Highway
        P.O. Box 6100
        Hauppauge, New York 11788-0099

ALSO PRESENT:
    JORDAN MUMMERT, Videographer

TSG Reporting - Worldwide (877) 702-9580

Page 807

Hesse
MR. NOVIKOFF:  Would you mark as
Hesse Exhibit 29, complaint.
    (Hesse Exhibit 29, complaint,
marked for identification, as of this        10:08:44
date.)
    THE VIDEOGRAPHER:  This is the
start of the tape labelled number 1 of
the continuation of George Hesse in the
matter of Carter and Fiorillo versus        10:21:20
Incorporated Village of Ocean Beach.  The
date is August 17th.  The time is 10:22
a.m., we are on the record.
G E O R G E   H E S S E, called as a
    witness, having been duly sworn by a        10:21:33
    Notary Public, was examined and
    testified as follows:
EXAMINATION BY
MR. NOVIKOFF:
    Q.   Good morning Mr. Hesse.        10:21:35
    A.   Good morning.
    Q.   How are you, welcome back for your
fourth day.  Hopefully we will be out of here
by noon.  Where I left off with you was we
were going to start going through some of the   10:21:42

TSG Reporting - Worldwide (877) 702-9580

Page 808

```
 1          Hesse
 2  allegations in the complaint.
 3          In front of you is what has been
 4  pre-marked as Exhibit 29.  I have left a copy
 5  of Deposition Exhibit 29 for all counsel.  I    10:21:51
 6  would ask you to turn your attention to page
 7  9, paragraph 32.  In paragraph 32 plaintiffs
 8  allege in part that you allowed your allies on
 9  the force to spend their shifts drinking at
10  local bars while in uniform and officially on   10:22:28
11  duty.
12          Did you ever allow any officers to
13  drink in local bars while in uniform and
14  officially on duty?
15      A.  No.                    10:22:39
16      Q.  Plaintiffs then go on to allege in
17  paragraph 32 that you instructed other
18  officers under your command including the
19  plaintiffs to neglect their own duties in
20  order to chauffeur their intoxicated          10:22:56
21  colleagues both inside and out of Ocean Beach.
22          Did you ever order the plaintiffs
23  to chauffeur intoxicated police officers
24  around Ocean Beach?
25      A.  No.                    10:23:10
```
TSG Reporting - Worldwide (877) 702-9580

Page 809

```
 1          Hesse
 2      Q.  How about outside of Ocean Beach?
 3      A.  No.
 4      Q.  Paragraph 33 plaintiffs allege in
 5  part that you encouraged and enabled on-duty    10:23:18
 6  officers to drink alcohol in the police
 7  station.
 8          Sir, did you ever encourage or
 9  enable any on-duty officers to drink alcohol
10  in the police station?              10:23:31
11      A.  No.
12      Q.  Plaintiffs allege that you would
13  collect money to have these on-duty police
14  officers have Rocket Fuel in the police
15  station.                    10:23:45
16          Sir, did you ever collect money so
17  that on-duty police officers could drink
18  Rocket Fuel in the police station?
19      A.  No.
20      Q.  Let's look at paragraph 35.      10:23:55
21  Plaintiffs allege in part that you hired
22  civilians as police dispatchers.
23          Did you, Mr. Hesse, hire civilians
24  to be civil dispatchers?
25      A.  I didn't hire anybody at that   10:24:17
```
TSG Reporting - Worldwide (877) 702-9580

Page 810

```
 1          Hesse
 2  time, no.
 3      Q.  Paragraph 36.  Plaintiffs allege
 4  that each one of them advised you on numerous
 5  occasions that the department and the village  10:24:30
 6  were left dangerously short of personnel while
 7  plaintiffs were assigned to chauffeur
 8  intoxicated officers and their civilian
 9  friends.
10          Let me ask you this question,      10:24:42
11  putting aside the fact as to whether or not
12  you ordered anyone to chauffeur anyone, I
13  think you have spoken about that, did any of
14  the plaintiffs ever complain to you about the
15  subject of their having to chauffeur anyone    10:24:55
16  within or without of Ocean Beach?
17      A.  No.
18      Q.  Did they ever complain to you that
19  anything you did left the village dangerously
20  short of police personnel?            10:25:13
21      A.  Never.
22      Q.  Did they ever complain to you that
23  they personally witnessed on-duty police
24  officers drinking while in uniform in an Ocean
25  Beach bar?                    10:25:34
```
TSG Reporting - Worldwide (877) 702-9580

Page 811

```
 1          Hesse
 2      A.  Never.
 3      Q.  Let's look at the next page,
 4  paragraph 39.  Plaintiffs allege in part that
 5  you allowed uncertified officers to assign     10:25:49
 6  dock masters to cover their shifts at the
 7  Ocean Beach Police Department.
 8          Did you ever allow uncertified
 9  officers to assign dock masters to cover
10  shifts at the Ocean Beach Police Department?  10:26:07
11      A.  Never.
12      Q.  Did you ever allow any officer to
13  assign a dock master to cover shifts at the
14  Ocean Beach Police Department?
15      A.  No.                    10:26:19
16      Q.  Paragraph 40.  Plaintiffs allege
17  in part that you allowed uncertified officers
18  to drink beer while patrolling in police
19  vehicles.
20          Assuming that it really doesn't   10:26:33
21  matter whether someone is uncertified or
22  certified with regard to drinking in police
23  vehicles, let me ask you this question.  Did
24  you ever allow any officers to drink beer
25  while patrolling in police vehicles?      10:26:44
```
TSG Reporting - Worldwide (877) 702-9580

Page 812

Hesse

1
2    A.   Never.
3    Q.   Did any of the plaintiffs ever
4    advise you that they were aware that any
5    officer was drinking a beer in a police        10:26:51
6    vehicle while on duty?
7    A.   Never.
8    Q.   Would you tell officers what types
9    of beer to confiscate?
10   A.   No.                           10:27:06
11   Q.   Did the plaintiffs ever complain
12   to you about you -- about the subject of you
13   confiscating beer improperly?
14   A.   No.
15   Q.   Did the plaintiffs ever complain   10:27:24
16   to you about any officers drinking the
17   confiscated beer?
18   A.   Never.
19   Q.   Paragraph 41.  Plaintiffs allege
20   that you instructed them to remove empty beer  10:27:43
21   cans and other refuge that uncertified
22   officers abandoned in their vehicles and left
23   strewn about the police station after a night
24   on duty.
25        Did you ever instruct plaintiffs   10:27:58

TSG Reporting - Worldwide (877) 702-9580

Page 813

Hesse

1
2    to remove empty beer cans and other garbage
3    left by any other officer in the police
4    station?
5    A.   No.                           10:28:08
6    Q.   Did they ever complain to you that
7    they felt that they were required by you to
8    pick up beer cans and garbage left by other
9    officers in the police station?
10   A.   Never.                        10:28:17
11   Q.   Let's go to paragraph 43.  Did
12   Officer Snyder -- well, in 43 Officer Snyder's
13   complaint is alleging that on one or more
14   occasions other officers took away his police
15   radio phone.                       10:28:39
16        Did Snyder ever complain to you
17   that any other officer would take away his
18   emergency cell phone from him?
19        MR. GOODSTADT:  Objection.
20   A.   No.                           10:28:50
21   Q.   Did Snyder ever complain to you
22   that he felt that other officers were
23   mistreating him?
24   A.   No.
25        MR. GOODSTADT:  Just note my       10:29:04

TSG Reporting - Worldwide (877) 702-9580

Page 814

Hesse

1
2    objection to that as well.
3        MR. NOVIKOFF:  That question?
4        MR. GOODSTADT:  Yes.
5        MR. NOVIKOFF:  Okay.           10:29:09
6    Q.   Let's look at paragraph 43.  Tell
7    me when you are done reading it to yourself?
8    A.   Okay.
9    Q.   Did Officer Snyder ever complain
10   to you about anything that is referenced    10:29:56
11   within paragraph 43?
12   A.   No.
13   Q.   Read paragraphs 44 and 45 to
14   yourself please and then tell me when you are
15   done?                             10:30:07
16   A.   Okay.
17   Q.   In now in paragraph 45 Mr.
18   Fiorillo is alleging that you chided him in
19   the presence of Lamm and Nofi with regard to
20   his involvement in an altercation involving an  10:31:04
21   intoxicated off-duty police officer.
22        Did you ever chide Mr. Fiorillo
23   with regard to his involvement in an incident,
24   a physical altercation involving an off-duty
25   police officer?                      10:31:23

TSG Reporting - Worldwide (877) 702-9580

Page 815

Hesse

1
2        MR. GOODSTADT:  Objection.
3    Q.   As referenced in 44 and 45?
4    A.   As reference to this, no.
5    Q.   Do you recall what Mr. -- do you   10:31:27
6    have idea -- do you have an understanding as
7    to what Mr. Fiorillo is referencing in
8    paragraph 44 and 45?
9    A.   Yes.
10   Q.   Could you please tell me what he   10:31:35
11   is referencing?
12   A.   He is referencing an incident that
13   happened on the South Bay Water Taxi's.  We
14   got a call of a fight on the water taxi.  The
15   fight was between a Dr. Something Guida from   10:31:50
16   the Good Samaritan Hospital, he was punching
17   his girlfriend in the face, it was not Police
18   Officer Walter Muller who he is talking about
19   here.
20        Walter Muller identified himself   10:32:07
21   as a police officer, he was there with his
22   wife, they were out to dinner that night.  He
23   was not intoxicated.  He had taken police
24   action.  One of our civilian dock masters had
25   jumped on the boat and because of Officer      10:32:19

TSG Reporting - Worldwide (877) 702-9580

Page 816

Hesse

1
2    Fiorillo's actions that civilian also -- the
3    dock master had gotten hurt.
4         So when the incident was over we
5    arrested Dr. Guido for harassment on that        10:32:30
6    civilian dock master because the confrontation
7    that they had between them.  What happened
8    later was as a group I yelled at everybody,
9    especially the civilian dock master for
10   getting involved in police action.               10:32:48
11        Q.   Who was the civilian dock master?
12        A.   Kenny Lappena.
13        Q.   And when you said because of Mr.
14   Fiorillo's actions the dock master got hurt,
15   what was Mr. Fiorillo's actions that you are     10:32:57
16   referring to?
17        A.   What happened was because he put
18   Officer Muller in a head lock and prevented
19   him from restraining Dr. Guida, Dr. Guida was
20   aggressive toward the civilian dock master and   10:33:14
21   he got hurt.
22        Q.   So let me understand you
23   correctly.  Fiorillo put Muller in a head
24   lock?
25        A.   Yes, he did.                           10:33:23

TSG Reporting - Worldwide (877) 702-9580

Page 817

Hesse

1
2        Q.   Did you ever question Fiorillo as
3    to why he did this?
4        A.   Yes.
5        Q.   And what did you ask him?             10:33:27
6        A.   He said he didn't recognize him.
7        Q.   But what did you ask him; before
8    you tell me what Fiorillo said what
9    specifically did you ask him if you can
10   recall?                                         10:33:37
11        A.   I don't remember a specific
12   question that I asked.  But I made a statement
13   that you better know your officers before you
14   take action like that.
15        Q.   Is it usual for one officer to put   10:33:47
16   another officer in a head lock?
17        A.   Of course not, and the other thing
18   is Lamm and Nofi were not even on that night
19   that I believe.  I don't remember them being
20   there.                                          10:33:57
21        Q.   Now where would there be a record
22   of what nights, what shifts Lamm and Nofi
23   worked in June of 2002?
24        A.   I am sure that the village has
25   provided all the schedules.                     10:34:09

TSG Reporting - Worldwide (877) 702-9580

Page 818

Hesse

1
2        Q.   Where would I find it?
3        A.   On the schedules or maybe copies
4    of the blotters or something like that.
5        Q.   Where would there be a record of     10:34:15
6    the arrest of Dr. Guida?
7        A.   That was definitely turned over.
8    It is definitely in our files somewhere.
9        Q.   Let's look at paragraph 46 and 47
10   and 48.  Please read those and tell me when    10:34:34
11   you are done?
12        A.   Okay.
13        Q.   In 46 Mr. Fiorillo is alleging in
14   part that on one occasion you demanded of him
15   to transport you to a party at a private       10:35:14
16   residence in Ocean Beach.
17        Did you ever demand that Mr.
18   Fiorillo transport you to a private residence
19   in Ocean Beach for the purpose of attending a
20   party?                                         10:35:25
21        A.   No.
22        Q.   Did you ever ask him to transport
23   you to a party on a private residence in Ocean
24   Beach?
25        A.   Not that I recall.                   10:35:32

TSG Reporting - Worldwide (877) 702-9580

Page 819

Hesse

1
2        Q.   Did you ever require Mr. Fiorillo
3    to pick you up from a party at a private
4    residence?
5        A.   No.                                   10:35:45
6        Q.   On Ocean Beach?
7        A.   No.
8        Q.   Let me ask you this question
9    because I asked Mr. Paradiso a couple of
10   questions.  How long would it take to drive    10:35:56
11   one of your police vehicles from the north to
12   the south part of Ocean Beach?
13        A.   About two minutes.
14        Q.   How about from east and west
15   within Ocean Beach?                            10:36:06
16        A.   Ten blocks, and they are not
17   regular blocks, there are maybe 200 feet
18   between each block.
19        Q.   So taking a police vehicle from
20   east to west, how long would it take to drive? 10:36:16
21        A.   A minute or two.
22        Q.   And north to south?
23        A.   The same.
24        Q.   In paragraph 47 Mr. Fiorillo makes
25   some allegations concerning a known drug       10:36:36

TSG Reporting - Worldwide (877) 702-9580

Page 820

Hesse

1
2  dealer, although he doesn't identify who the
3  known drug dealer is anywhere in the
4  complaint.
5       Mr. Hesse, did Mr. Fiorillo ever    10:36:45
6  inquire with you with regard to any
7  relationship you have with a drug dealer?
8       A.  No.
9       Q.  Did you ever advise Mr. Fiorillo
10 that you have as a close personal friend a    10:36:59
11 drug dealer who lives in Ocean Beach?
12      A.  No.
13      Q.  Did you ever forbid Mr. Fiorillo
14 from interfering with any drug dealer's
15 activity in Ocean Beach?              10:37:16
16      A.  Never.
17      Q.  To your knowledge -- withdrawn.
18      Let's go to paragraph 49.  Did you
19 ever require any of the plaintiffs to
20 chauffeur you to various residences within    10:37:38
21 Ocean Beach for non-police business?
22      A.  No.
23      Q.  How about outside of Ocean Beach?
24      A.  No.
25      Q.  Let's go to paragraph 50.  Read    10:37:49

TSG Reporting - Worldwide (877) 702-9580

Page 821

Hesse

1
2  paragraph 50 to yourself and advise me when
3  you are done reading it.
4       A.  Okay.
5       Q.  Now in paragraph 50 it appears    10:38:16
6  that Mr. Fiorillo is alleging in part that you
7  interfered in the issuance of a summons by him
8  to the son of a business owner in Ocean Beach.
9       Do you have any recollection as to
10 what Mr. Fiorillo is referring to in paragraph  10:38:35
11 50?
12      A.  I have no idea.
13      Q.  Did you ever tear up a summons
14 that Fiorillo issued to anybody in Ocean
15 Beach?                          10:38:44
16      A.  Never.
17      Q.  Let's please read 51 and tell me
18 when you are done.
19      A.  Okay.
20      Q.  Did you ever instruct any of the    10:39:13
21 plaintiffs not to issue summonses to any bar
22 in Ocean Beach?
23      A.  No.
24      Q.  Did you ever advise any of the
25 plaintiffs that certain bars should not be --  10:39:25

TSG Reporting - Worldwide (877) 702-9580

Page 822

Hesse

1
2  withdrawn.
3       Did any of the plaintiffs ever
4  complain to you about you selectively
5  enforcing the law?              10:39:43
6       A.  No.
7       MR. GOODSTADT:  Objection.
8       Q.  Please read 52 and 53 and tell me
9  when you are done.
10      A.  Okay.                  10:40:00
11      Q.  Now in 52 plaintiffs are alleging
12 an incident involving Snyder and Lamm where
13 they witnessed a down pure of beer falling at
14 their feet.  Do you see where they are
15 referring to?                  10:40:56
16      A.  Yes.
17      Q.  Let's look at 53.  According to
18 the plaintiffs in 53 you, Mr. Hesse, directed
19 Officers Lamm and Snyder not to issue any
20 citations or make any arrest with regard to    10:41:12
21 these alleged under age individuals drinking
22 alcohol in that apartment building.
23      Did you ever direct Lamm and
24 Snyder not to issue any citations or make any
25 arrests to these youths who they say were    10:41:27

TSG Reporting - Worldwide (877) 702-9580

Page 823

Hesse

1
2  breaking the law?
3       A.  No.
4       Q.  Did Lamm or Snyder ever relay the
5  incident to you where they believed that beer   10:41:35
6  was thrown at them?
7       A.  Yes.
8       Q.  What did they say to you?
9       A.  Tommy Snyder -- well I was called
10 to the scene.  Tommy Snyder said that some    10:41:45
11 beer had dripped on him, I don't know if it
12 was a down pure of beer, but I think he got a
13 few drips on his head, because there was some
14 intox kid dumping beer down the, I guess the
15 slope of the roof and it dripped on to Officer  10:41:59
16 Snyder.
17      So when I received we went up
18 there, we identified the kid, he was 21.  His
19 father happened to be a lieutenant in Nassau
20 County PD.  I asked Snyder what do you want me  10:42:14
21 to do with this.  He said let's just call the
22 father, which we did, to let the father know
23 what his son just did.
24      We went up to the residence where
25 the renter of the residence John was on the    10:42:29

TSG Reporting - Worldwide (877) 702-9580

Page 824

Hesse

1  scene, I forget his last name. We wrote him a
2  summons for noise. We did find a small pipe
3  for smoking marijuana. There was not
4  extensive drugs or drug paraphernalia there.   10:42:46
5  There was one pipe that was sitting on a
6  counter. There was some empty beer cans
7  sitting around.
8        I believe John had maybe his
9  sister, younger sister and some of her friends   10:43:01
10  there which none of them were seen drinking
11  any alcohol, because I believe the officers
12  had checked because I was dealing with John.
13  I confiscated the pipe, I went out to the
14  balcony so everybody could see and I threw the   10:43:19
15  pipe into the bay. And that was the end of
16  the story.
17        Q. Now who was the police officer of
18  Nassau County?
19        A. I don't remember his name.   10:43:26
20        Q. What was his title?
21        A. He was a lieutenant, I remember
22  him being a lieutenant.
23        Q. Now you made reference to an
24  extensive collection of illicit drug   10:43:38

TSG Reporting - Worldwide (877) 702-9580

Page 825

Hesse

1  paraphernalia not being present in that
2  apartment. You are referring to the
3  allegation in paragraph 52 when the plaintiffs
4  alleged that there was an extensive collection   10:43:52
5  of such paraphernalia; correct?
6        A. Yes.
7        Q. It is your testimony that that
8  allegation is incorrect?
9        A. Correct.   10:43:59
10        Q. And it is your position with
11  regard to the incidents being described in 52
12  and 53 that you asked Tommy Snyder what he
13  wanted to do, and Snyder's response was to
14  call the father?   10:44:17
15        A. That is it.
16        Q. Okay. Go to paragraph 54, please
17  read it and tell me when you are done.
18        A. Okay.
19        Q. There has been some confusion   10:44:49
20  among some of the witnesses who looked at this
21  paragraph. Is 54 in your opinion still
22  referring to the same evening in the same
23  apartment that 52 and 53 are referring to?
24        MR. GOODSTADT: Objection.   10:45:02

TSG Reporting - Worldwide (877) 702-9580

Page 826

Hesse

1        MR. CONNOLLY: Objection.
2        A. My opinion; it could be. I don't
3  know.
4        Q. Now did you ever prohibit the   10:45:05
5  plaintiffs from investigating any crime that
6  took place in that apartment that evening or
7  any other evening?
8        A. No.
9        Q. Did you ever instruct any of the   10:45:16
10  plaintiffs to stay away from that apartment
11  and not investigate any alleged act of
12  criminality?
13        A. Never.
14        Q. That night or any night   10:45:27
15  afterwards?
16        A. Never.
17        Q. Now in the last sentence of
18  paragraph 54 the plaintiffs allege as follows
19  and I will quote this: Indeed on another   10:45:39
20  occasion plaintiffs even observed certain of
21  the uncertified officers on the apartment
22  balcony drinking and socializing with the same
23  group of minors. Close quote.
24        Did any of the plaintiffs ever   10:45:58

TSG Reporting - Worldwide (877) 702-9580

Page 827

Hesse

1  advise you that they ever saw any other
2  officer drinking and socializing with anyone
3  on the balcony of that apartment?
4        A. Never.   10:46:12
5        Q. Let's go to paragraph 55, please
6  read it and tell me when we are done?
7        A. Okay.
8        Q. Did you ever encourage minors to
9  abuse alcohol?   10:46:39
10        MR. GOODSTADT: Objection.
11        A. No.
12        MR. NOVIKOFF: What is the
13  objection, it is your allegation; in yet
14  another instance of Hesse encouraging   10:46:46
15  minors to abuse alcohol, so I am asking
16  him. So what is the objection?
17        MR. GOODSTADT: The allegation is
18  encouraging. I don't know if he has the
19  same definition that we would have. So   10:46:54
20  object to the form.
21        MR. NOVIKOFF: Because you don't
22  think he has the same definition of what
23  you have as encouraging?
24        MR. GOODSTADT: Maybe.   10:47:05

TSG Reporting - Worldwide (877) 702-9580

Page 828

Hesse

1
2   MR. NOVIKOFF:  Okay, that is fine.
3       Q.   What is your definition of
4   encouraging, Mr. Hesse?
5       A.   It could be that I permitted them   10:47:10
6   or I actually handed them the beer and said
7   drink it, drink it.
8       Q.   Under any definition that you may
9   have as to the word encouraging did you ever
10  encourage minors to abuse alcohol?          10:47:23
11      A.   No.
12      Q.   Did you ever encourage minors to
13  drink alcohol?
14      A.   No.
15      Q.   Did you ever permit minors to      10:47:31
16  drink alcohol in your presence?
17      A.   No.
18      Q.   Did you ever condone minors of
19  drinking alcohol in your presence?
20      A.   No.               10:47:40
21      Q.   Did you ever tell any of the
22  plaintiffs not to issue summonses to any
23  minors that they found to be drinking alcohol?
24      A.   No.
25      Q.   Did you ever intervene when        10:47:48

TSG Reporting - Worldwide (877) 702-9580

Page 829

Hesse

1
2   another officer issued a citation to any minor
3   carrying a case of beer?
4       A.   No.
5       Q.   Did you ever -- are you aware of   10:48:01
6   any incidents involving any officer issuing a
7   citation to a minor carrying a case of beer?
8       A.   I know the incident that they are
9   referring to.
10      Q.   In paragraph 55?                10:48:14
11      A.   Yes.
12      Q.   What is that incident?
13      A.   I believe we talked about it on
14  one of my other days.  There was a kid that
15  works for CJ's.  CJ's has an off premise     10:48:23
16  license, they have an off premise sale
17  license, and I believe he was delivering a
18  case of beer to -- of course it is to the
19  apartment where this other incident had taken
20  place.  But the kids were 21.  He was        10:48:45
21  delivering a case of beer.  I don't remember
22  if it was Lamm or Fiorillo who issued the
23  summons to him.  But I advised the kid bring
24  the receipt, bring the license, a copy of the
25  license, go to court, plead your case, he did,  10:49:02

TSG Reporting - Worldwide (877) 702-9580

Page 830

Hesse

1
2   and it was dismissed.
3       Q.   So when you say the kid was 21,
4   you are saying the kid who the beer was being
5   delivered to?                    10:49:10
6       A.   Correct.  The kid that purchased
7   the beer was 21.
8       Q.   Okay.  So let me understand what
9   happened.  Some kid purchased -- the kid who
10  was 21 purchased the case of beer from CJ's?   10:49:23
11      A.   Yes.  He ordered it.
12      Q.   He ordered it?
13      A.   Yes.
14      Q.   And it was delivered to him?
15      A.   It was in the process of being   10:49:33
16  delivered to him.
17      Q.   Who was delivering it to him?
18      A.   Some kid Paul, I can't think of
19  the last name, he has been mentioned a couple
20  of times.               10:49:39
21      Q.   Was this kid Paul a minor?
22      A.   He was 20.
23      Q.   He was delivering the beer to your
24  knowledge on behalf of CJ's to the kid in the
25  apartment who was 21?            10:49:50

TSG Reporting - Worldwide (877) 702-9580

Page 831

Hesse

1
2       A.   Correct.
3       Q.   Okay, now, was the citation issued
4   to this Paul kid who was 20, or was the
5   citation issued to the 21 year old in the     10:49:57
6   apartment?
7       A.   It was issued to the kid Paul who
8   was making the delivery.
9       Q.   Okay, now, who issued the citation
10  to the kid making the delivery?          10:50:16
11      A.   It was either Lamm or -- actually,
12  no.  It might have been John Dwyer.  It was
13  either John Dwyer, Kevin Lamm or Frank
14  Fiorillo.  Offhand I am not sure.
15      Q.   Now what communication if any did  10:50:27
16  you have with regard to the kid Paul who was
17  making the delivery concerning the citation
18  that was issued to him?
19      A.   I believe I was already in the
20  station house at my desk and they brought the  10:50:38
21  kid Paul into the station house to issue the
22  summons.  And he was complaining, you know, I
23  work for CJ's, I am making a delivery.  Okay,
24  well, if that is the truth bring all your
25  documentation to court and prove your case.  I  10:50:51

TSG Reporting - Worldwide (877) 702-9580

8  (Pages 828 to 831)

Page 832

1          Hesse
2    wasn't sure.
3        Q.   And that was the extent of your
4    communication with that kid Paul?
5        A.   Yes.              10:51:00
6        Q.   So the citation was issued?
7        A.   Yes.
8        Q.   And your advice to the kid was
9    just prove your case in court?
10       A.   Exactly.          10:51:07
11       Q.   Now the plaintiffs then allege in
12   55 that you returned the case of beer to the
13   under aged youth.  Did you return the case of
14   beer to this kid Paul?
15       A.   No.               10:51:25
16       Q.   Did you take the case of beer to
17   the other kid who was 21 in the apartment?
18       A.   No.
19       Q.   Do you have an understanding as to
20   what plaintiffs mean when they say that you    10:51:32
21   returned the case of beer to the under aged
22   youth?
23       A.   The person who ordered it came and
24   took it.  He came and picked it up.
25       Q.   And he was 21 to the best of your   10:51:39
     TSG Reporting - Worldwide (877) 702-9580

Page 833

1          Hesse
2    knowledge?
3        A.   He was.
4        Q.   And how do you know that?
5        A.   We checked his ID.       10:51:43
6        Q.   The plaintiffs then allege in the
7    last sentence that Hesse later ordered that
8    Officer Lamm refrain from issuing citations on
9    enforcing the law against this youth.
10       Since we now have two youths that    10:52:03
11   are being referenced in the story by you, did
12   you ever order Officer Lamm to refrain from
13   issuing a citation or enforcing a law, any law
14   against this guy Paul?
15       A.   No.               10:52:16
16       Q.   Same question with regard to the
17   21 year old that picked up the case of beer?
18       A.   No.
19       Q.   In paragraph 56, please read
20   paragraph 56 and then tell me when you are    10:52:29
21   done?
22       A.   Okay.
23       Q.   Now let's look at the first
24   sentence of paragraph 56.  Here Snyder and
25   Lamm are alleging that you advised the youths   10:53:06
     TSG Reporting - Worldwide (877) 702-9580

Page 834

1          Hesse
2    that were referenced in 54 and 55 -- I'm
3    sorry, in 55, that you advised these youths
4    that Officer Lamm was a loser.
5        Did you ever advise any youth that   10:53:23
6    Officer Lamm was a loser?
7        A.   No.
8        Q.   Did you ever advise any person
9    that was issued a citation that Officer Lamm
10   was a loser?             10:53:34
11       A.   No.
12       Q.   Did you ever advise these youths
13   that no one likes Lamm as Lamm alleged in 56?
14       A.   No.
15       Q.   Did you ever advise any individual   10:53:43
16   that was issued a citation that no one likes
17   Lamm?
18       A.   No.
19       Q.   Did you ever advise any individual
20   who was issued a citation that no one listens   10:53:55
21   to Lamm and therefore they should not listen
22   to Lamm?
23       A.   No.
24       Q.   Did you ever advise anybody --
25   withdrawn.              10:54:02
     TSG Reporting - Worldwide (877) 702-9580

Page 835

1          Hesse
2        Did you ever advise any youth that
3    they should not listen to Officer Lamm's
4    lawful directives?
5        A.   No.              10:54:13
6        Q.   Now please read 60 and 61 and tell
7    me when you are done?
8        A.   Okay.
9        Q.   Now, 60 is referring to an
10   incident, if I am correct, involving a file    10:55:14
11   cabinet being thrown in by one or both of the
12   Bosetti's into the bay?
13       A.   Right.
14       Q.   And I think you spoke about that
15   the last time, so I am not going to ask you    10:55:27
16   questions about that.
17       61 now if I understand it
18   correctly, tell me if your understanding is
19   differently, that in response to whatever
20   involvement Fiorillo was in this file cabinet   10:55:39
21   incident, you ordered him to spend three
22   consecutive shifts standing motionless beneath
23   a street like at the intersection of Denhoff
24   Walk and Bay Walk.
25       Do you have the same understanding   10:55:53
     TSG Reporting - Worldwide (877) 702-9580

9  (Pages 832 to 835)

Page 836

Hesse

1  of 61 as I have?
2
3          MR. CONNOLLY: Objection.
4      A.  He is trying to relate a couple of
5  different incidents into one. That one thing   10:56:01
6  had nothing to do with the other.
7      Q.  So when you say that one thing had
8  nothing to do with the other, you are saying
9  that whether Fiorillo spent three shifts
10 standing motionless underneath a light had   10:56:17
11 nothing to do with what occurred with the file
12 cabinet with the Bosetti's?
13         MR. GOODSTADT: Objection.
14         MR. CONNOLLY: Objection.
15     A.  That is correct.         10:56:24
16     Q.  Let's stay on 61. Did you ever
17 order Officer Fiorillo to spend three
18 consecutive shifts standing motionless beneath
19 a street light at the intersection of Denhoff
20 Walk and Bay Walk?             10:56:35
21     A.  No.
22     Q.  I believe you did tell me at
23 least, I don't know if you told Mr. Goodstadt
24 in response to his questions, that you did
25 require Mr. Fiorillo to spend a number of   10:56:45

TSG Reporting - Worldwide (877) 702-9580

Page 837

Hesse

1  shifts in a row at the same location at
2  Denhoff Walk and Bay Walk. Do you recall
3  that?
4      A.  Correct.              10:56:55
5      Q.  Did that direction, putting
6  Fiorillo on the same shift for more than one
7  night in a row have anything to do with the
8  incident involving the Bosetti's throwing a
9  file cabinet in the water?        10:57:07
10     A.  Nothing.
11     Q.  Did you ever instruct Fiorillo on
12 any occasion that he was forbidden to move
13 from any assigned post during all of the times
14 that he worked on the same shift you worked?   10:57:21
15     A.  No.
16     Q.  Did you ever instruct any officer
17 during the time that you and Fiorillo worked
18 on the same shifts that that officer was not
19 permitted to speak with Fiorillo?     10:57:37
20     A.  No.
21     Q.  Paragraph 62 refers to an
22 instruction by you to Fiorillo to wash the
23 fleet of Ocean Beach Police Department
24 vehicles before the end of his shift.   10:57:51
25

TSG Reporting - Worldwide (877) 702-9580

Page 838

Hesse

1
2          Did you ever instruct Fiorillo to
3  wash the fleet of Ocean Beach Police
4  Department vehicles before the end of his
5  shift?                   10:58:00
6      A.  No.
7      Q.  How many vehicles are there in the
8  fleet of the Ocean Beach Police Department?
9      A.  Then or now?
10     Q.  How about before April 2006;   10:58:09
11 between the 2002 season and the 2005 season?
12     A.  We had two Expeditions, we had two
13 little golf card G.E.M. cars, and I think that
14 was it.
15     Q.  Did you ever instruct any of the   10:58:30
16 plaintiffs to ever wash the cars?
17     A.  I am sure I have over the years,
18 yes.
19     Q.  Have you ever instructed other
20 officers to wash the fleet of the Ocean Beach   10:58:39
21 Police Department?
22     A.  I have done it myself, yes.
23     Q.  And you have done it yourself?
24     A.  Absolutely.
25         MR. NOVIKOFF: I have no further   10:59:03

TSG Reporting - Worldwide (877) 702-9580

Page 839

Hesse

1  questions, thank you.
2
3          MR. CONNOLLY: I have no
4  questions.
5          MR. BAPTISTE: Take a moment.   10:59:09
6          THE VIDEOGRAPHER: The time is 11
7  o'clock. We are off the record.
8          (Recess taken.)
9  EXAMINATION BY
10 MR. BAPTISTE:                  11:03:46
11         THE VIDEOGRAPHER: The time is
12 11:06, we are on the record.
13     Q.  Good morning, Mr. Hesse, I just
14 have a few questions.
15     A.  Good morning.          11:05:19
16     Q.  I believe earlier you testified
17 that -- actually do you know who Allison
18 Sanchez is?
19     A.  Yes.
20     Q.  Who do you know her to be?   11:05:29
21     A.  She was an employee of Suffolk
22 County Civil Service and I believe she was the
23 account manager for Ocean Beach, the
24 incorporated village of.
25     Q.  Could you describe any   11:05:45

TSG Reporting - Worldwide (877) 702-9580

Page 840

Hesse

1
2    relationship that you had with Ms. Sanchez?
3          MR. CONNOLLY:  Objection.
4      A.   It was strictly professional.
5          MR. GOODSTADT:  We have an          11:05:55
6    agreement, just one objection --
7          MR. NOVIKOFF:  Yes, one objection
8    is for all.
9      Q.   During the time of covering this
10   complaint have you ever met with Ms. Sanchez   11:06:07
11   in a personal capacity?
12     A.   Well, I went to drop off some
13   paperwork to her once and we went to lunch.
14   But I would consider that a professional
15   meeting.                                  11:06:22
16     Q.   When you say you went to lunch,
17   you went to lunch in Suffolk County?
18     A.   Yes.
19     Q.   In Hauppauge?
20     A.   Yes.                              11:06:28
21     Q.   Do you remember -- withdrawn.
22          Do you recall what was discussed
23   if anything during that lunch?
24     A.   Not really.  It was just a lot of
25   small talk.  Nothing about the job itself.   11:06:42
             TSG Reporting - Worldwide (877) 702-9580

Page 841

Hesse

1
2      Q.   Previously you testified that you
3    dropped off paperwork.  Do you recall what
4    documents if any you did deliver?
5      A.   I believe -- I don't remember the   11:06:53
6    name of the document, but there were documents
7    that had to be filled out when a police
8    officer has passed his qualifying exams, the
9    four exams.  It has to be signed off on by
10   Civil Service so I can send to it the registry   11:07:09
11   of New York State.
12     Q.   At any time covered in this
13   complaint were you ever involved romantically
14   with Ms. Sanchez?
15     A.   Never.                            11:07:24
16     Q.   How about outside the time of this
17   complaint?
18     A.   No.
19          MR. BAPTISTE:  No further
20   questions.                               11:07:32
21          MR. CONNOLLY:  I have no
22   questions.
23          MR. GOODSTADT:  I do.
24   EXAMINATION BY
25   MR. GOODSTADT:                           11:07:44
             TSG Reporting - Worldwide (877) 702-9580

Page 842

Hesse

1
2          MR. CONNOLLY:  You have had ten
3    hours, but that is fine.  Go ahead, and
4    if it becomes an issue I will deal with
5    it.                                      11:08:07
6      Q.   Mr. Hesse, I just have some follow
7    up questions regarding some testimony that you
8    have given in response to questions asked by
9    the Ocean Beach defendant's attorney, as well
10   as the County's attorney.                11:08:19
11          You testified about your blogging
12   after April 2nd, do you recall your testimony
13   last time?
14          MR. CONNOLLY:  Objection.
15     A.   Just the fact that I made some     11:08:28
16   entries, yes.
17     Q.   You testified that you had not
18   spoken with any trustee about your blog; is
19   that correct?
20          MR. NOVIKOFF:  Objection.         11:08:38
21          MR. CONNOLLY:  Objection.  I don't
22   recall there being any question in that
23   regard, although admittedly there have
24   been thousands of questions.
25     A.   Yes.  I believe I was asked did I   11:08:51
             TSG Reporting - Worldwide (877) 702-9580

Page 843

Hesse

1
2    discuss my blog entries with any trustee, no.
3      Q.   Sitting here today did you ever
4    discuss or have you spoken with any trustees
5    for the Village of Ocean Beach anything about   11:09:02
6    your blog entries?
7      A.   No.
8      Q.   Have you ever discussed or spoken
9    with any member of the board of trustees of
10   the Village of Ocean Beach just the fact that   11:09:12
11   you have blogged?
12     A.   No.
13     Q.   At the time that you blogged after
14   April 2, 2006 you were the top officer
15   actively working for the Village of Ocean      11:09:24
16   Beach; is that correct?
17     A.   Yes.
18     Q.   At that point in time you had the
19   authority to hire and fire?
20     A.   Yes.                              11:09:33
21     Q.   At that point in time you had the
22   authority to make and administer policy with
23   respect to the Police Department?
24     A.   Yes.
25          MR. NOVIKOFF:  Note my objection   11:09:40
             TSG Reporting - Worldwide (877) 702-9580

Page 844

Hesse

1
2 to that question.
3     Q.   Have you ever spoken with or
4 discussed your blog entries with Allison
5 Sanchez?                          11:09:50
6     A.   No.
7     Q.   Has Ms. Sanchez ever spoken with
8 you or discussed with you any blog entries
9 that she made?
10    A.   No.                     11:09:57
11    Q.   Do you know whether Allison
12 Sanchez has ever entered any post on the
13 blogs?
14        MR. CONNOLLY:  Does he know
15    personally --                  11:10:05
16    Q.   I am asking if he knows, not
17 necessarily actually witness her type it in,
18 but has anyone ever told you?
19    A.   I found out today that apparently
20 she may have made some blog entries.   11:10:16
21    Q.   So prior to today you didn't know
22 that?
23    A.   No.
24    Q.   And I don't want to impede upon
25 the attorney/client privilege, but did you   11:10:24

TSG Reporting - Worldwide (877) 702-9580

Page 845

Hesse

1
2 hear that from anybody other than for perhaps
3 your attorney or an attorney that represents
4 you?
5     A.   No.                      11:10:33
6        MR. NOVIKOFF:  Just so the record
7    is clear, I believe we can stipulate that
8    within the last week we all have been
9    served by the Suffolk County supplemental
10   response to your interrogatory requests   11:10:47
11   concerning whether or not Ms. Sanchez
12   posted any blogs, and in fact she did
13   identify some blog entries.  Just so to
14   put this question into context of what we
15   received.                       11:11:03
16       MR. GOODSTADT:  Right, I just
17   wanted to know if he had a conversation
18   with her --
19       MR. NOVIKOFF:  No, legitimate, I
20   understand that.                 11:11:08
21    Q.   I want to go back to some
22 questions that Mr. Novikoff asked you about
23 the Halloween incident?
24    A.   Uh-hum.
25    Q.   Do you recall testifying in   11:11:19

TSG Reporting - Worldwide (877) 702-9580

Page 846

Hesse

1
2 response to Mr. Novikoff's questions about
3 Halloween?
4     A.   Yes.
5     Q.   And he went through a series of   11:11:26
6 the eyewitness statements that were taken in
7 connection with the Halloween incident, do you
8 recall that?
9     A.   Yes.
10    Q.   Then he went through select      11:11:32
11 portions of some eyewitness statements and had
12 asked you whether you knew if this person,
13 meaning the eyewitness, had actually
14 witnessed the part in which Mr. Bosetti used a
15 pool cue to strike someone, do you recall   11:11:49
16 that.
17       MR. CONNOLLY:  Objection to the
18   form.
19    A.   Yes.
20    Q.   Do you recall testifying that in   11:11:53
21 fact the witnesses that Mr. Novikoff asked you
22 about, that you were not sure whether they
23 witnessed the point -- the time period where
24 Mr. Bosetti used the pool cue, do you recall
25 that?                             11:12:10

TSG Reporting - Worldwide (877) 702-9580

Page 847

Hesse

1
2       MR. CONNOLLY:  Objection.
3       MR. NOVIKOFF:  Objection.
4    A.   Repeat that question.
5    Q.   Yes.                      11:12:16
6       Mr. Novikoff walked you through
7 certain witness statements, do you recall
8 that?
9    A.   Yes.
10    Q.   And there were the witness      11:12:23
11 statements that Mr. Novikoff walked you
12 through that did not contain any allegation
13 of, or contain any statement with respect to
14 Mr. Bosetti using a pool cue.  Do you recall
15 that?                             11:12:34
16    A.   Right.
17    Q.   Then he had asked you whether the
18 individuals that he walked you through,
19 whether they in fact told you that they even
20 eyewitnessed the incident in which Mr. Bosetti   11:12:42
21 used the pool cue, do you recall that?
22    A.   Yes.
23    Q.   In fact he even asked you if they
24 had not witnessed it and they said something
25 about it, and wrote something about it or gave   11:12:50

TSG Reporting - Worldwide (877) 702-9580

Page 848

Hesse

1
2 you the statement, that in fact it would be
3 perjurious, correct, do you recall that?
4       MR. CONNOLLY:  Objection.
5    A.  Yes.                    11:12:57
6    Q.  And you said yes, it would be
7 perjurious?
8    A.  Yes.
9    Q.  Let me ask you, in the five days
10 that you took to reach a conclusion about what  11:13:01
11 happened at Halloween, did you speak to
12 anybody who witnessed the incident in which
13 Mr. Bosetti used a pool cue to strike
14 somebody?
15       MR. NOVIKOFF:  Note my objection.  11:13:15
16       MR. CONNOLLY:  Objection.
17    A.  I believe no.
18    Q.  And yet you still reached a
19 conclusion that Mr. Bosetti acted with
20 appropriate force; is that correct?      11:13:23
21    A.  Correct.
22    Q.  And yet the only statement that
23 you had in writing, verbally or otherwise
24 about the use of a pool cue was the statements
25 that the on-duty officers took; correct?     11:13:37

TSG Reporting - Worldwide (877) 702-9580

Page 849

Hesse

1
2    A.  No.
3    Q.  Well what other statements did you
4 have with respect to a pool cue by the time
5 you made your conclusions within five days of  11:13:43
6 investigating the incident?
7       MR. CONNOLLY:  Objection.
8    A.  Well, the dates -- I understand
9 what you are saying, but Gary Bosetti himself
10 admitted to using a pool cue.            11:13:55
11    Q.  But sir you testified that you
12 didn't speak to Gary Bosetti during that five
13 day period?
14    A.  Correct.
15    Q.  So my question is during that five  11:14:00
16 day period the only witness statement that you
17 had from anybody with respect to the use of a
18 pool cue was from the statements that the
19 on-duty officers took that evening; is that
20 correct?                        11:14:15
21    A.  Correct.
22    Q.  And yet you still concluded that
23 Mr. Bosetti used proper force; correct?
24    A.  Correct.
25    Q.  Is it possible that all the other  11:14:24

TSG Reporting - Worldwide (877) 702-9580

Page 850

Hesse

1
2 statements that you got from all the other
3 eyewitnesses are correct, and yet Mr. Bosetti
4 still used excessive force with a pool cue?
5       MR. NOVIKOFF:  Objection.      11:14:37
6       MR. CONNOLLY:  Objection.
7    A.  I don't believe he used excessive
8 force.
9    Q.  I understand what your conclusion
10 is.  I understand what your conclusion is that  11:14:46
11 you don't believe that he used excessive
12 force.  My question to you is on the day that
13 you reached the conclusion five days after you
14 started the investigation, is it possible that
15 all the eyewitness statements that you      11:14:59
16 received from all the people who didn't
17 mention anything about a pool cue, is it
18 possible that even if that -- those statements
19 were correct and accurate, that Mr. Bosetti
20 still could have used excessive force with the  11:15:11
21 pool cue?
22       MR. NOVIKOFF:  Objection to the
23    form because the eyewitness statements I
24    presume you are including are those of
25    the alleged victims.            11:15:23

TSG Reporting - Worldwide (877) 702-9580

Page 851

Hesse

1
2    Q.  Yes.
3    A.  Yes.  They mentioned the pool cue.
4 I never doubted that a pool cue was used.
5    Q.  I understand that.  But how did  11:15:29
6 you reach the conclusion that Mr. Bosetti had
7 not used excessive force within the five days
8 of starting the investigation when the only
9 statement that you had about the use of a pool
10 cue came from the victims of the -- who were  11:15:44
11 struck by the pool cue in which they were
12 alleging excessive force?
13       MR. NOVIKOFF:  Objection.
14       MR. CONNOLLY:  Objection.
15    A.  Well there was three of them, and  11:15:52
16 the way I felt were attacking the police
17 officer at that point.  So I do not believe it
18 to be excessive.
19    Q.  Is it possible that a police
20 officer could be attacked by a civilian and   11:16:03
21 the police officer still use excessive force?
22       MR. CONNOLLY:  Objection.
23       MR. NOVIKOFF:  Objection.  Maybe
24    if they were midgets.
25    A.  You are speculating about      11:16:14

TSG Reporting - Worldwide (877) 702-9580

Page 852

1          Hesse
2  something that may or may not happen somewhere
3  in the world, I don't know, yes.
4          MR. CONNOLLY:  So the answer to
5  counsel's question regarding        11:16:25
6  possibilities, is it possible.
7     A.  Yes, why not.
8     Q.  And is it possible that Gary
9  Bosetti used excessive force, even taking all
10 the witness statements as true, at that point  11:16:31
11 in time is it possible in your mind that Gary
12 Bosetti used excessive force with that pool
13 cue?
14         MR. CONNOLLY:  Objection.
15         MR. NOVIKOFF:  Objection.      11:16:39
16    A.  That was the point of the
17 investigation, to get to the bottom of that.
18    Q.  And yet you didn't speak to a
19 single person and you didn't take a single
20 statement from anybody who actually witnessed  11:16:47
21 Mr. Bosetti use the pool cue; is that correct?
22         MR. NOVIKOFF:  Objection.
23         MR. CONNOLLY:  Objection.
24    A.  Their statements are their
25 statements.                  11:16:54

TSG Reporting - Worldwide (877) 702-9580

Page 853

1          Hesse
2     Q.  That is not the question.  The
3  question was at the time that you reached your
4  conclusion you had not taken a single
5  statement from a witness who told you that     11:17:00
6  they actually witnessed Mr. Bosetti use the
7  pool cue?
8          MR. NOVIKOFF:  Objection.
9          MR. CONNOLLY:  Objection.
10    A.  I didn't have to take statements,  11:17:07
11 there were three of them there.
12         MR. CONNOLLY:  Simple yes or no
13 though.
14    A.  I did not, no.
15    Q.  Do you know whether Mr. Cherry     11:17:14
16 took any statements from any individual who
17 witnessed Mr. Bosetti use the pool cue?
18    A.  No.
19    Q.  You don't know or he didn't?
20    A.  I believe it is no.         11:17:23
21         MR. CONNOLLY:  Why don't you break
22 down the question.
23    Q.  Did Mr. Cherry --
24         MR. CONNOLLY:  And by the way I
25 believe he has been asked this.         11:17:34

TSG Reporting - Worldwide (877) 702-9580

Page 854

1          Hesse
2     Q.  Did Mr. Cherry take any statements
3  from any eyewitness who actually saw Gary
4  Bosetti use a pool cue to strike somebody?
5          MR. NOVIKOFF:  Objection.      11:17:43
6          MR. CONNOLLY:  Objection.
7     A.  No.
8     Q.  I believe you testified that you
9  heard some rumors that the plaintiffs thought
10 that there was a cover-up.  Do you recall     11:18:12
11 testifying to that?
12    A.  Yes.
13    Q.  What rumors did you hear?
14    A.  That there was a cover-up.
15    Q.  Who did you hear the rumors from?  11:18:21
16    A.  I don't recall.
17    Q.  When did you hear the rumors?
18    A.  I don't recall that either.
19    Q.  Do you recall what year it was?
20    A.  It was probably in 2004.       11:18:29
21    Q.  Do you recall what the rumors
22 were?
23         MR. CONNOLLY:  Objection.
24    A.  Not specifically, no.
25    Q.  How about generally?        11:18:38

TSG Reporting - Worldwide (877) 702-9580

Page 855

1          Hesse
2     A.  Generally that we were covering up
3  to save Gary Bosetti.
4     Q.  And do you recall any of the
5  plaintiffs in which you heard the rumor that  11:18:51
6  were -- strike that.
7          As part of these rumors do you
8  recall any of the plaintiffs who were alleging
9  that you were covering up the Halloween
10 incident to save Gary Bosetti?        11:19:09
11         MR. NOVIKOFF:  Objection.
12         MR. CONNOLLY:  Objection.
13    A.  You are going to have to rephrase
14 that or something.
15    Q.  Which plaintiffs were the ones     11:19:16
16 that you heard rumors about that were alleging
17 there to be a cover-up?
18         MR. CONNOLLY:  Objection.
19         MR. NOVIKOFF:  Objection.
20         MR. CONNOLLY:  There has not been  11:19:27
21 any testimony in that regard.
22         MR. GOODSTADT:  I think I led off
23 the question by saying rumors --
24         MR. CONNOLLY:  I think you made a
25 generalization that there were rumors, I   11:19:35

TSG Reporting - Worldwide (877) 702-9580

Page 856

Hesse

1
2    don't think you specifically said --
3        Q.   Did you hear a rumor that the
4    plaintiffs were claiming that there was an
5    allegation of cover-up?              11:19:42
6        A.   I heard rumors, yes.  I don't
7    recall specifically coming from them, but you
8    know I could speculate and say yes, but I
9    don't know.
10       Q.   I am not saying that you actually  11:19:53
11   heard the rumors from them.  I am talking
12   about whether you heard rumors that it was the
13   plaintiffs who were the ones that were stating
14   that there was a cover-up?
15       A.   I believe so.              11:20:03
16       Q.   Which plaintiffs?
17       A.   I don't know.
18       Q.   Do you recall any of the
19   plaintiffs that you heard were claiming that
20   there was a cover-up to save Gary Bosetti?    11:20:10
21       A.   I believe I did state in one of
22   the other three days that I was here that
23   Kevin Lamm had mentioned something about
24   sweeping this under the carpet, or another
25   situation of sweeping this under the carpet.  11:20:21

TSG Reporting - Worldwide (877) 702-9580

Page 857

Hesse

1
2    And what he meant by that I don't know.
3        Q.   But that is something that he said
4    to you directly; correct?
5        A.   You know, yes.              11:20:28
6        Q.   I am talking now about the rumors,
7    I am not talking about someone made the
8    allegation to you directly.  You testified to
9    rumors.  I want to know what rumors you are
10   referring to?                     11:20:36
11           MR. NOVIKOFF:  Objection.
12           MR. CONNOLLY:  Objection.
13       A.   They were just rumors just like
14   any other rumor, how do they get around.  Word
15   of mouth.  I don't know.              11:20:43
16       Q.   Who did you hear the rumors from?
17       A.   I don't recall.
18           MR. CONNOLLY:  Objection.  He
19   indicated he doesn't know.
20       Q.   Did you respond to the rumors?    11:20:50
21       A.   Not that I recall.
22       Q.   Did you ever speak with any of the
23   plaintiffs about these rumors?
24       A.   Not specifically, no.
25       Q.   Did you ever speak with -- strike  11:20:59

TSG Reporting - Worldwide (877) 702-9580

Page 858

Hesse

1
2    that.
3            Did you ever speak to them
4    generally about the fact that there was an
5    allegation of a cover-up, other than for the  11:21:04
6    conversation you had with Lamm about sweeping
7    under the rug?
8            MR. NOVIKOFF:  Objection.
9        A.   No.
10       Q.   How come; why didn't you address  11:21:12
11   it with them when you heard these rumors?
12           MR. CONNOLLY:  Objection.
13           MR. NOVIKOFF:  Objection.
14       A.   Well because I heard the rumors I
15   did speak to them individually, but not about  11:21:21
16   the rumors.  Like I stated I think the last
17   time I was here that I sat down with each one
18   of them with the actual file for the whole
19   Halloween incident and I said read it, you
20   tell me what you see here.              11:21:35
21           Kevin Lamm like I said refused to
22   read it.  Fiorillo read through it and he
23   thought it was good at the time.  And Snyder
24   said that wow, I didn't know that, I didn't
25   know that, I didn't know that.  And he read    11:21:50

TSG Reporting - Worldwide (877) 702-9580

Page 859

Hesse

1
2    through it and he thought it was good.
3            MR. GOODSTADT:  I think we have an
4    agreement that I don't have to move to
5    strike at this time?                  11:21:59
6            MR. NOVIKOFF:  No, not at all.
7        Q.   I will re-ask the question.
8            The question is why didn't you
9    raise the rumors that you heard with the
10   plaintiffs?                        11:22:06
11       A.   I didn't see there was a point.
12       Q.   Did you ever speak with Gary
13   Bosetti about the rumors?
14       A.   Not specifically, no.
15       Q.   How about generally did you ever   11:22:15
16   speak with him about the rumors?
17       A.   I think there was some complaints
18   on his behalf that he felt that, you know,
19   that these guys were bad mouthing him saying
20   that there were cover-ups.  And I did tell     11:22:29
21   Gary that, you know, I didn't believe his
22   allegation that they were trying to hurt him
23   or anything else.  I just investigated what I
24   had.  Took what I had.  Presented it to the DA
25   and that was it.                    11:22:42

TSG Reporting - Worldwide (877) 702-9580

Page 860

Hesse

1
2    Q.   So Gary Bosetti made an allegation
3    that he thought that the plaintiffs were
4    trying to hurt him?
5    A.   Yes.                         11:22:49
6    Q.   Did you ever speak to Richie
7    Bosetti about the allegations of a cover-up or
8    the rumors of a cover-up?
9    A.   No.
10       MR. NOVIKOFF:  Objection.     11:23:01
11   Q.   When did Gary Bosetti claim to you
12   or complain to you that the plaintiffs were
13   trying to hurt him?
14   A.   Specifically I don't remember.
15   Q.   Do you recall what year it was?    11:23:16
16   A.   It was probably at the end of 2004
17   at some point.
18   Q.   Did you ever discuss the rumors of
19   a cover-up after you heard them with anybody?
20   A.   I had spoken to Chief Paradiso    11:23:30
21   about the whole incident.
22   Q.   Tell me when was that?
23   A.   Specifically I don't have a date,
24   but it was right after I guess these rumors
25   had begun that I sat him down and had a little  11:23:50

TSG Reporting - Worldwide (877) 702-9580

Page 861

Hesse

1    chat with him about it.
2
3    Q.   Tell me what you recall being
4    stated during that chat?
5    A.   I told him what I guess both sides  11:24:01
6    were feeling, Gary and Richie, and then three
7    of the plaintiffs, Fiorillo, Lamm and Snyder
8    specifically.  And I thought it would be a
9    good idea that we get the group together and
10   we hash it out.  He refused to do so, he chose  11:24:16
11   not to do it.
12   Q.   The chief chose not to do it?
13   A.   Correct.
14   Q.   Did he tell you why?
15   A.   No.                           11:24:25
16   Q.   You testified about the District
17   Attorney's involvement in the Halloween
18   incident, do you recall that?
19   A.   Yes.
20   Q.   You testified that Mallory    11:24:38
21   Sullivan reviewed it, do you recall that?
22   A.   Yes.
23   Q.   Did anyone in the DA's office
24   conduct an independent investigation to your
25   knowledge?                        11:24:54

TSG Reporting - Worldwide (877) 702-9580

Page 862

Hesse

1
2        MR. NOVIKOFF:  Objection.
3        MR. CONNOLLY:  Objection.
4    A.   To my knowledge no.  I don't know.
5    Q.   And Mallory Sullivan is an      11:24:56
6    attorney in the DA's office?
7    A.   Yes, she was a prosecutor.
8    Q.   Do you know whether any of the
9    DA's investigators were involved in the
10   Halloween incident?                11:25:07
11   A.   Not that I am aware of.
12   Q.   Did you ever speak with any DA
13   investigator with respect to the Halloween
14   incident?
15   A.   I did not.                    11:25:13
16   Q.   Did you ever speak with any of the
17   DA's investigators with respect to your
18   investigation of the Halloween incident?
19   A.   I did not.
20   Q.   Then you testified that Van Koot  11:25:25
21   and Schalik's attorneys received discovery, do
22   you recall that?
23       MR. NOVIKOFF:  Objection.
24   A.   Yes.
25   Q.   What did they receive?        11:25:35

TSG Reporting - Worldwide (877) 702-9580

Page 863

Hesse

1
2        MR. CONNOLLY:  Objection.
3    A.   I wouldn't know.  I think the
4    court would have responded to that.
5    Q.   So you don't know?           11:25:44
6    A.   I don't know.
7    Q.   How do you know that they actually
8    received discovery?
9    A.   I think we had a discovery demand,
10   but specifically I don't know.      11:25:53
11   Q.   You were involved with responding
12   to the demand?
13   A.   You know I don't recall.
14   Q.   Then you testified that you were
15   upset that Fiorillo and Lamm went to Judge  11:26:13
16   Russell with respect to the station house bail
17   issue, do you recall that?
18   A.   Yes.
19   Q.   Why were you upset that they went
20   to Judge Russell?                  11:26:23
21   A.   They went outside the confines of
22   the Police Department to get information about
23   Police Department procedures.
24   Q.   So outside of the chain of
25   command?                           11:26:32

TSG Reporting - Worldwide (877) 702-9580

Page 864

Hesse

1
2       A.   Absolutely.
3       Q.   **Do you recall when that incident**
4  **was?**
5       A.   Specifically no.          11:26:34
6       Q.   **Do you recall what year it was?**
7       A.   May have been 2005.
8       Q.   **Do you recall when in 2005?**
9       A.   No.
10      Q.   **Did you discipline them for going**  11:26:48
11 **outside the chain of command?**
12      A.   I talked to them.
13           MR. CONNOLLY:  Objection.
14      Q.   **Did you memorialize your talk with**
15 **them or any other discipline?**          11:26:58
16      A.   No.
17      Q.   **You testified that they had done**
18 **it again after you spoke with them; is that**
19 **correct?**
20      A.   Yes.                     11:27:05
21      Q.   **Did you discipline them for doing**
22 **that?**
23           MR. CONNOLLY:  Objection.
24      A.   I counseled them, I had a talk
25 with them.                        11:27:10

TSG Reporting - Worldwide (877) 702-9580

---

Page 865

Hesse

1
2       Q.   **Did you write them up at all?**
3       A.   No.
4       Q.   **Did you tell anybody else that**
5  **they had violated your instruction with**      11:27:14
6  **respect to the station house bail?**
7       A.   I don't recall if I did.
8       Q.   **Do you recall what year it was**
9  **that they allegedly disobeyed your order?**
10           MR. CONNOLLY:  Objection.        11:27:26
11      A.   I believe it was in a short
12 timeframe, so it would have been close to when
13 they did it the first time.
14      Q.   **2005?**
15      A.   Yes.                     11:27:34
16      Q.   **Was that during the season or**
17 **off-season?**
18      A.   It would be during the season.
19      Q.   **Did you ever speak with Judge**
20 **Russell about the station house bail issue?**   11:27:42
21      A.   I don't believe so.
22      Q.   **Did you ever speak with any member**
23 **of the board of trustees about the station**
24 **house bail issue?**
25      A.   No.                      11:27:52

TSG Reporting - Worldwide (877) 702-9580

---

Page 866

Hesse

1
2       Q.   **Did you ever speak with the mayor**
3  **about the station house bail issue?**
4       A.   No.
5       Q.   **The mayor at the time was**        11:27:56
6  **Ms. Rogers?**
7       A.   Yes.
8       Q.   **You testified last time in**
9  **response to Mr. Novikoff's questions about**
10 **instructing officers to drive other off-duty**   11:28:12
11 **officers at the end of their shift, do you**
12 **recall that?**
13      A.   Yes.
14      Q.   **Did you ever instruct any officers**
15 **to drive off-duty officers out to the**         11:28:23
16 **checkpoint when it was not the end of their**
17 **shift?**
18           MR. NOVIKOFF:  Objection, form,
19      and I think we actually covered this
20      through your -- in your original direct  11:28:33
21      examination.
22           MR. GOODSTADT:  Right, but I was
23      not sure what his response meant to your
24      question about yes, I instructed them to
25      do it at the end of their shift.       11:28:45

TSG Reporting - Worldwide (877) 702-9580

---

Page 867

Hesse

1
2           MR. NOVIKOFF:  What is confusing
3      about that response?
4       Q.   **Was it as their shift ended or was**
5  **it at some point later than that in which you**  11:28:53
6  **instructed the officers to drive the off-duty**
7  **officers to the checkpoint?**
8           MR. NOVIKOFF:  Objection.
9           MR. CONNOLLY:  A point later
10      meaning --                   11:29:06
11           MR. GOODSTADT:  A couple of hours
12      later.
13           MR. CONNOLLY:  When they were off
14      duty?
15           MR. GOODSTADT:  Yes.        11:29:13
16           MR. CONNOLLY:  So instructing
17      off-duty officers --
18           MR. GOODSTADT:  Instructing
19      on-duty officers to drive off-duty
20      officers to the checkpoint.         11:29:17
21           MR. CONNOLLY:  Meaning making
22      reference to several hours later after
23      the officers who were driven got off the
24      shift?
25           MR. GOODSTADT:  The off-duty    11:29:26

TSG Reporting - Worldwide (877) 702-9580

Page 868

Hesse

1 officers, yes, several hours after their
2
3 becoming off duty.
4        MR. CONNOLLY:  I understand the
5 question now.              11:29:34
6        Q.   Because the testimony that I read
7 and I understood from last time was that
8 Mr. Hesse had instructed on-duty officers to
9 drive off-duty officers to the checkpoint at
10 the end of their shift, do you recall that?   11:29:47
11       A.   Yes.
12       Q.   Did you ever instruct on-duty
13 officers to drive off-duty officers to the
14 checkpoint when it was not at the end of the
15 off-duty officer's shift?         11:29:56
16       A.   Sometimes, yes.
17       Q.   Was it -- did you ever instruct
18 any on-duty officers to drive off-duty
19 officers to the checkpoint after they got out
20 of the bars in Ocean Beach?       11:30:08
21       MR. NOVIKOFF:  Objection to the
22 form.
23       MR. CONNOLLY:  Objection.
24       A.   I may have.
25       Q.   Did any of the plaintiffs ever   11:30:13

TSG Reporting - Worldwide (877) 702-9580

Page 869

Hesse

1
2 complain to you about doing that?
3       A.   Never.
4       Q.   Do you believe it was appropriate
5 for the on-duty officers to drive off-duty   11:30:21
6 officers to the checkpoint after they got out
7 of the bars?
8       MR. NOVIKOFF:  Objection.
9       MR. CONNOLLY:  Objection.
10      A.   Yes.              11:30:28
11      Q.   How many officers were on duty
12 generally on the weekends between 2 in the
13 morning and 6 in the morning?
14      MR. CONNOLLY:  What years?
15      Q.   Between 2003 and 2005; the seasons   11:30:48
16 of '03 to '05?
17      A.   They would not change much between
18 the years.  There could be -- well, between 2
19 and 4 normally there would be close to eight
20 officers, and usually minimum staffing we   11:31:02
21 would have four to five officers between those
22 time frames.
23      Q.   How about between 4 and 6 in the
24 morning?
25      A.   4 and 6 in the morning, usually a   11:31:17

TSG Reporting - Worldwide (877) 702-9580

Page 870

Hesse

1
2 tour would end at 4 o'clock and two or three
3 officers would go off duty.  And then from the
4 midnight to 8 shift there would generally be
5 three, sometimes four officers on duty.   11:31:28
6       Q.   I believe you testified that you
7 had learned that they intended to make you
8 acting chief or acting deputy chief in late
9 December of 2005, do you recall that?
10      A.   Yes, I believe so.      11:31:57
11      Q.   How did you learn of the board of
12 trustees intent?
13      A.   I believe Joe Loeffler came to
14 talk to me about it.
15      Q.   Do you recall what he stated?   11:32:07
16      A.   Specifically, no.
17      Q.   Do you recall generally what he
18 stated?
19      A.   He believed that because of the
20 absence of Ed Paradiso as the chief that the   11:32:15
21 Police Department needs to move forward and it
22 has to be somebody that can make the decisions
23 for the Police Department, so therefore they
24 were going to promote me to this deputy chief.
25      Q.   At that point in time do you know   11:32:30

TSG Reporting - Worldwide (877) 702-9580

Page 871

Hesse

1
2 whether Mr. Loeffler had known that you had
3 not passed your sergeant's test?
4       MR. CONNOLLY:  Objection.
5       A.   Yes.              11:32:38
6       Q.   He knew that?
7       A.   Yes.
8       Q.   Did you speak to him about that at
9 that time?
10      A.   I don't remember specifically   11:32:43
11 about that time, but I have spoken to him
12 about it.
13      Q.   How about prior to the decision by
14 the board of trustees to promote you to deputy
15 chief or acting deputy chief, had you spoken   11:32:52
16 with Mr. Loeffler or anybody else on the board
17 of trustees about the fact that you had not
18 passed the sergeant's exam?
19      MR. CONNOLLY:  Objection.
20      A.   I may have talked to Joe Loeffler   11:33:02
21 about it previous.  I don't know about anybody
22 else on the board.
23      Q.   Do you recall the sum and
24 substance of any of those conversations?
25      A.   No, not specifically.  No.   11:33:12

TSG Reporting - Worldwide (877) 702-9580

Page 872

Hesse

1
2      Q.   How about generally?
3      A.   No, not really.
4      Q.   And you are sure that was late
5  December that you learned of the board's      11:33:24
6  intent to promote you that next January?
7           MR. CONNOLLY:  Objection.
8      A.   I believe so.
9      Q.   You testified about I think you
10  called it Officer Fiorillo's or Officer Lamm's  11:33:39
11  discretion in writing summonses, do you recall
12  that?
13      A.   Uh-hum.
14      Q.   And you mentioned something about,
15  I think your quote was silly laws regarding      11:33:49
16  bike riding in the village, do you recall
17  that?
18      A.   Yes.
19      Q.   Did you ever petition the board to
20  change the law with respect to bike riding?      11:33:57
21      A.   Actually I never petitioned it,
22  but they have changed the laws a little bit
23  here and there.  They augmented them.
24      Q.   When did they change the laws with
25  respect to bike riding?              11:34:06

TSG Reporting - Worldwide (877) 702-9580

Page 873

Hesse

1
2      A.   Specifically I don't remember the
3  year, but we used to go through the whole
4  summer with absolutely no bike riding any time
5  day or night.  Now they changed it to where     11:34:15
6  you can ride between certain times and certain
7  days.
8      Q.   Do you recall when they made that
9  change?
10      A.   Not specifically, no.          11:34:23
11      Q.   Was it before or after the
12  plaintiffs were terminated?
13           MR. CONNOLLY:  Objection.
14      A.   I believe it was before.
15           MR. NOVIKOFF:  Same agreement on     11:34:32
16  use of the word?
17           MR. GOODSTADT:  Yes.
18           MR. NOVIKOFF:  Got it.
19      Q.   I believe you testified last time
20  about Kevin Lamm conducting an illegal search   11:34:46
21  and seizure, do you recall that?
22           MR. CONNOLLY:  Objection.  Last
23  time when --
24      Q.   In response to Mr. Novikoff's
25  questions?                    11:35:01

TSG Reporting - Worldwide (877) 702-9580

Page 874

Hesse

1
2      A.   Specifically no, I don't recall.
3      Q.   Do you recall Kevin Lamm ever
4  conducting an illegal search and seizure?
5      A.   Yes.  Are we talking about when he  11:35:11
6  put some guys in handcuffs or are we talking
7  about when he went into CJ's; you got to give
8  me a little more specific.
9      Q.   Well I am asking do you believe
10  that Mr. Lamm ever conducted an illegal search  11:35:24
11  and seizure?
12      A.   Yes.
13      Q.   How many times?
14      A.   I don't know.  A couple of
15  incidents off the top of my head, maybe three   11:35:29
16  or four times that I know of.
17      Q.   Did you ever discipline him for
18  doing that?
19      A.   Yes.
20      Q.   How did you discipline him?      11:35:38
21      A.   Verbally.
22      Q.   Did you ever do anything in
23  writing?
24      A.   No.
25      Q.   How many times did you discipline  11:35:42

TSG Reporting - Worldwide (877) 702-9580

Page 875

Hesse

1
2  him verbally?
3      A.   Off the top of my head maybe
4  twice.
5      Q.   What was his response?          11:35:49
6      A.   He said he will never do it again.
7      Q.   Did you ever investigate whether
8  he actually committed an illegal search and
9  seizure?
10           MR. NOVIKOFF:  Objection.       11:36:05
11      A.   One of them the complaint was
12  actually made by Tommy Snyder verbally to me,
13  and the other one I witnessed myself.
14      Q.   How come you never wrote him up
15  for the illegal search and seizure?          11:36:19
16           MR. NOVIKOFF:  Objection.
17      A.   He was counseled verbally.  I
18  didn't need to put it in writing.
19      Q.   Why not?
20           MR. CONNOLLY:  Objection.       11:36:30
21      A.   I didn't believe I had to.
22      Q.   Did you ever tell Chief Paradiso
23  that Kevin Lamm performed an illegal search
24  and seizure?
25      A.   I don't specifically remember if I  11:36:35

TSG Reporting - Worldwide (877) 702-9580

Page 876

Hesse

1  did or not.
2
3      Q.   Did any civilian ever complain
4  that Mr. Lamm engaged in an illegal search and
5  seizure?                        11:36:43
6      A.   Yes.
7      Q.   In writing?
8      A.   He chose not to.
9      Q.   Who was that?
10     A.   His first name was Caleb. I don't  11:36:46
11  know what his last name is.
12     Q.   So how did you learn that Caleb
13  was claiming that there was an illegal search
14  and seizure?
15     A.   After Tommy Snyder had told me      11:37:00
16  what was going on in reference to CJ's Bar, I
17  believe Caleb came to see me in the days
18  preceding Tommy telling me. So I asked him
19  what happened, and he told me what happened.
20     Q.   Is Caleb an owner or an employee   11:37:17
21  of CJ's?
22     A.   He was a bartender for a year or
23  two.
24     Q.   Did you -- strike that.
25         Caleb came to see you about the     11:37:27

TSG Reporting - Worldwide (877) 702-9580

Page 877

Hesse

1  issue?
2
3      A.   Yes.
4      Q.   At the police station?
5      A.   It might have been out front.     11:37:31
6      Q.   Did you make a blotter entry?
7      A.   No.
8      Q.   How come?
9      A.   I asked him if he wanted to put it
10  in writing and he chose not to. So he just    11:37:40
11  wanted to let me know what was going on.
12     Q.   Does a complaint or an allegation
13  have to be in writing to make any -- for you
14  to put in a blotter entry?
15         MR. CONNOLLY:  Objection.          11:37:54
16         MR. NOVIKOFF:  Objection.
17     A.   I would prefer, yes.
18     Q.   That wasn't the question. The
19  question was does a complaint or allegation
20  have to be in writing to lead you to the      11:38:00
21  decision to make a blotter entry?
22     A.   Back then we didn't make many
23  blotter when it came to stuff like that. We
24  didn't make blotter entries for complainants
25  coming in to make a complaint against the     11:38:12

TSG Reporting - Worldwide (877) 702-9580

Page 878

Hesse

1  Police Department or a police officer.
2
3      Q.   Have you ever discussed with
4  Paradiso your allegation that Mr. Lamm engaged
5  in an unlawful search or seizure?            11:38:21
6         MR. NOVIKOFF:  Objection.
7         MR. CONNOLLY:  Objection.
8      A.   I don't recall.
9      Q.   I think you testified about
10  Mr. Carter allegedly sleeping while on duty,  11:38:36
11  do you recall that?
12     A.   Yes.
13     Q.   Did you ever tell Chief Paradiso
14  that Ed Carter was sleeping on data?
15     A.   I don't recall if I did or not.    11:38:44
16     Q.   Did you ever anyone on the board
17  of trustees that Ed Carter was sleeping on
18  duty?
19         MR. NOVIKOFF:  Objection.
20     A.   No.                              11:38:52
21     Q.   Did you ever write him up for
22  sleeping on duty?
23     A.   No.
24     Q.   So let me understand. Mr. Carter
25  was sleeping while he was being paid as a     11:38:59

TSG Reporting - Worldwide (877) 702-9580

Page 879

Hesse

1  police officer; is that correct?
2
3      A.   That is correct.
4      Q.   Do you consider that stealing time
5  from the department or from the village?       11:39:06
6         MR. CONNOLLY:  Objection.
7      A.   You could look at it that way,
8  yes.
9      Q.   I am asking whether you looked at
10  it that way?                             11:39:13
11     A.   I didn't at the time, no.
12     Q.   You didn't look at it as he was
13  stealing time while he was sleeping?
14     A.   No.
15     Q.   Did you view it as he was stealing  11:39:20
16  money while being paid for sleeping?
17         MR. NOVIKOFF:  Objection. Isn't
18  this beyond --
19         MR. GOODSTADT:  It is an
20  allegation as to why he was terminated.      11:39:34
21         MR. NOVIKOFF:  Putting aside the
22  fact that you had ten hours, and I can't
23  speak for Kevin, but I think this is
24  improper. Isn't this beyond the scope of
25  any questions that I asked?              11:39:44

TSG Reporting - Worldwide (877) 702-9580

Page 880

```
 1              Hesse
 2      MR. GOODSTADT: I don't think so.
 3      MR. NOVIKOFF: If I went into the
 4  issue of why he was terminated --
 5      MR. GOODSTADT: Which you did.    11:39:52
 6      MR. NOVIKOFF: Okay, you can ask
 7  him about those reasons.
 8      MR. GOODSTADT: I am.
 9      MR. NOVIKOFF: But now you are
10  going into questions about why he didn't  11:39:59
11  report certain things to certain people.
12      MR. GOODSTADT: I didn't think --
13  I believe the reasons are not true, so I
14  can question him about it.
15      MR. NOVIKOFF: Okay.         11:40:10
16      MR. GOODSTADT: Just as I can
17  question him at trial about it if it is
18  raised. Go back to the last question.
19      (Record read.)
20      MR. CONNOLLY: Objection.     11:40:41
21   A.  I never looked at it that way, no.
22   Q.  Just to go back to the DA's
23  investigation of the Halloween incident, did
24  the DA -- strike that.
25      Before we get to the DA's       11:41:05
```

TSG Reporting - Worldwide (877) 702-9580

Page 881

```
 1              Hesse
 2  involvement in Halloween, you also mentioned
 3  that the judge had to sign off on your
 4  investigation before the arrests were made; is
 5  that correct?                  11:41:19
 6      MR. CONNOLLY: Objection.
 7   A.  I don't specifically think that
 8  the judge has to sign off on an investigation.
 9  No, I don't remember saying that.
10   Q.  Did the judge have to sign off   11:41:25
11  before an arrest is made?
12   A.  No. I think you are
13  mis-understanding what the judge signed off
14  on.
15   Q.  What did the judge sign off on?  11:41:34
16   A.  The criminal summons to be sent
17  to the alleged defendants.
18   Q.  And the judge signed off on the
19  criminal summonses that were sent to
20  Mr. Schalik and Mr. Van Koot?        11:41:49
21   A.  I believe so. That is a court
22  document, it is done with the court.
23   Q.  Was that same process of the court
24  signing off on the summons performed in the
25  Sam Gilbert matter when he was arrested?   11:42:01
```

TSG Reporting - Worldwide (877) 702-9580

Page 882

```
 1              Hesse
 2      MR. CONNOLLY: Objection.
 3   A.  Correct, yes.
 4   Q.  How about the DA's involvement
 5  that you testified to with respect to the   11:42:12
 6  Halloween incident, did the DA have a similar
 7  involvement with respect to the Sam Gilbert
 8  matter?
 9      MR. CONNOLLY: Objection.
10   A.  Yes.                    11:42:18
11   Q.  Has the judge ever -- strike that.
12      Has the judge in Ocean Beach ever
13  refused to sign a criminal summons that you
14  brought to the judge to sign?
15   A.  Not that I am aware of, no, never.  11:42:34
16      MR. CONNOLLY: Objection.
17   Q.  I just want to go back again to a
18  statement that you made with respect to Mr.
19  Fiorillo's investigation of the Halloween
20  incident. I believe in response to one of    11:42:53
21  Mr. Novikoff's questions you testified that it
22  was a poorly done investigation because he was
23  not aggressive enough to go back into the bar
24  to get statements, do you recall that?
25   A.  Not specifically, but yes.     11:43:07
```

TSG Reporting - Worldwide (877) 702-9580

Page 883

```
 1              Hesse
 2   Q.  But you believe that he was not
 3  aggressive enough to go back into the bar to
 4  get statements?
 5   A.  I think that he could have been a  11:43:16
 6  little more aggressive at speaking to people,
 7  yes.
 8   Q.  Do you believe that the on-duty
 9  officers that didn't get statements from other
10  people because they were not aggressive    11:43:23
11  enough?
12      MR. CONNOLLY: Objection.
13   A.  Yes.
14      MR. GOODSTADT: Would you mark
15  this document, blog posting, Bates      11:43:43
16  numbers P 962 to P 1265, Hesse Exhibit
17  30.
18      (Hesse Exhibit 30, blog posting, P
19  962 to P 1265, marked for
20  identification, as of this date.)      11:44:40
21   Q.  I placed in front of Mr. Hesse
22  what has now been marked as Hesse Exhibit 30,
23  multiple page exhibit bearing Bates number P
24  962 to P 1265.
25      MR. CONNOLLY: I have 64.       11:45:03
```

TSG Reporting - Worldwide (877) 702-9580

Page 884

Hesse

1
2     MR. GOODSTADT:  It goes to the
3  back of that page.
4     Q.  Could you turn to page P 970, post
5  number 22.  Are you there?        11:45:29
6     A.  Yes.
7     Q.  Why don't you take a second to
8  read that post?
9     MR. CONNOLLY:  I am objecting to
10  any questioning regarding the postings.   11:45:51
11  You need to explain as to how they were
12  delved into on questioning by the village
13  attorney or the county attorney.  It is
14  beyond the scope of redirect.
15     MR. GOODSTADT:  First of all with   11:46:07
16  respect to this post he has testified in
17  response to questions by the beach's
18  attorney that he believed that the
19  officers didn't go inside to get -- or
20  didn't appropriately go inside to get   11:46:21
21  witness statements because they were not
22  aggressive enough.
23     This post clearly indicates that
24  do you ever wonder why no one would talk
25  to you -- did you ever notice why no one   11:46:36

TSG Reporting - Worldwide (877) 702-9580

Page 885

Hesse

1
2  would talk to you guys during your shitty
3  investigation.  Everyone hates you.
4  Everyone knew that you were a rat.
5     I think that that is exactly in    11:46:46
6  response to, or at least contradicts what
7  he has testified to in response to
8  Mr. Novikoff.
9     MR. NOVIKOFF:  So obviously
10  Mr. Hesse has properly identified that he   11:47:00
11  was the author of the blog presumably
12  based upon the interrogatory.  His
13  testimony is what it is.  His blog says
14  what it says.  I am trying -- I am now
15  trying to figure out the purpose of going   11:47:12
16  through the blog.
17     MR. CONNOLLY:  It is duplicative.
18     MR. GOODSTADT:  It is not
19  duplicative.  It contradicts his
20  testimony.  That is exactly what redirect   11:47:27
21  is for.
22     MR. NOVIKOFF:  Me and Mr. Connolly
23  have different beliefs apparently as to
24  your ten hours and what it was for.  So I
25  can't tell Mr. Hesse not to answer the   11:47:40

TSG Reporting - Worldwide (877) 702-9580

Page 886

Hesse

1
2  question.
3     MR. CONNOLLY:  I think it is --
4     MR. GOODSTADT:  Also another basis
5  is that he testified that in response to   11:47:46
6  his threats that my clients would never
7  get another job in law enforcement, that
8  he never took any steps to prevent them
9  from getting another job in law
10  enforcement, and I think that statements   11:48:01
11  on a blog where a community in law
12  enforcement is reading it is a step.
13     MR. NOVIKOFF:  Well on that note,
14  Andrew, I think it would be, putting
15  aside the ten hours, we get past that   11:48:10
16  issue, I think the question would be
17  appropriate that you would ask him since
18  he has admitted writing certain things on
19  the blog, in sum and substance do you
20  agree with the proposition that writing   11:48:24
21  something on the blog that was not nice
22  to your clients would be harmful to their
23  getting jobs in the future; that is a
24  very general question which would be
25  responsive to that statement.        11:48:34

TSG Reporting - Worldwide (877) 702-9580

Page 887

Hesse

1
2     And I think there could be posed
3  other general questions that would be
4  responsive as opposed to going into
5  certain blogs and each and every blog and   11:48:41
6  going through it.  That is my position,
7  but it is Kevin's witness, so...
8     MR. GOODSTADT:  But in that case,
9  and I don't know what the answer to that
10  question --                11:48:55
11     MR. NOVIKOFF:  The answer would be
12  what it is and you would go from there.
13     MR. GOODSTADT:  But assuming he
14  says that posting something negative or
15  calling a police officer a rat and    11:49:02
16  telling them that they did a shitty
17  investigation in a forum in which other
18  people in the police community would be
19  reading it may affect their ability to
20  get another job, and I want to be able to   11:49:15
21  ask which ones he thinks would affect
22  their ability to get another job.
23     MR. CONNOLLY:  I will allow
24  general questions, general questions.  We
25  are not going through the blogs piece by   11:49:41

TSG Reporting - Worldwide (877) 702-9580

Page 888

```
 1           Hesse
 2  piece.
 3       MR. GOODSTADT:  I don't see why
 4  not, I mean the door is open.
 5       MR. CONNOLLY:  I disagree with      11:49:41
 6  that.  I disagree that -- I still have
 7  problems with the fact that you believe
 8  the door was opened, I don't think it
 9  was.
10       MR. GOODSTADT:  I want to ask       11:49:54
11  questions and see how open the door is.
12       MR. NOVIKOFF:  I don't know if a
13  codefendant asks the question of another
14  party, how that opens the door, presuming
15  that is even appropriate in a deposition, 11:50:10
16  to you asking questions of that witness.
17  I can see if Mr. Connolly asked Mr. Hesse
18  some questions that opened the door, but
19  merely because I asked questions, Hesse
20  is not my witness.             11:50:23
21       I object to the fact that anything
22  beyond ten hours is being used.  I think
23  the Judge Boyle was specific, he asked
24  ten hours.  If Mr. Goodstadt wants to
25  reserve some time to engage in redirect   11:50:35
```

TSG Reporting - Worldwide (877) 702-9580

Page 889

```
 1           Hesse
 2  examination he certainly could have.
 3       MR. GOODSTADT:  That is just not
 4  true.
 5       MR. NOVIKOFF:  I am just           11:50:44
 6  objecting.  I can't tell you not to do
 7  anything.
 8       MR. GOODSTADT:  We had these
 9  discussions off the record about the
10  positions on that.  That is not true.    11:50:52
11       MR. NOVIKOFF:  Judge Boyle has
12  issued whatever he has issued in terms of
13  the amount of the deposition.  Mr.
14  Goodstadt has taken those ten hours.  My
15  position is that is all he was entitled   11:51:05
16  to.  But Mr. Hesse is not my witness so I
17  can't, other than killing trees with my
18  speech, I can't do anything about it.
19       So it is between Kevin and Mr.
20  Goodstadt to decide what they want to do  11:51:21
21  with this, and that will be the last that
22  I speak on this issue.
23       MR. GOODSTADT:  Certainly this
24  question about directly contradicting
25  testimony that he has already given, you  11:51:38
```

TSG Reporting - Worldwide (877) 702-9580

Page 890

```
 1           Hesse
 2  can let me ask with respect to that, and
 3  then when we get to the other questions
 4  we can narrow them down.
 5       MR. CONNOLLY:  And it is your       11:51:52
 6  position that it contradicts what?
 7       MR. GOODSTADT:  His testimony that
 8  the reason why they didn't get other
 9  statements was because they were not
10  aggressive enough.  Here it says nobody   11:52:30
11  wants to speak to you because everybody
12  hates you.
13       MR. CONNOLLY:  I don't think that
14  was his testimony.  I thought or I
15  believe his testimony was something to    11:52:41
16  the effect that he believes they were not
17  aggressive as they could have been in
18  getting statements.  But I don't see what
19  is contained in the blog as a
20  contradiction to that statement.         11:53:01
21       MR. GOODSTADT:  Because it says do
22  you ever wonder why no one would talk to
23  you guys during your shitty
24  investigation.  The next sentence doesn't
25  say because you were not aggressive       11:53:13
```

TSG Reporting - Worldwide (877) 702-9580

Page 891

```
 1           Hesse
 2  enough, it says everybody hates you.
 3  Everyone knew that you were a rat.
 4       That is why I think it contradicts
 5  it.                        11:53:23
 6       MR. CONNOLLY:  I don't think it
 7  contradicts it.  If you want to ask him
 8  if he ever said something that he thought
 9  contradicted their not being possibly
10  aggressive enough in obtaining           11:53:41
11  statements.
12       MR. GOODSTADT:  I am not sure I
13  understand what you are suggesting.
14       MR. CONNOLLY:  You can ask him if
15  he -- I am not seeing the contradiction.  11:53:55
16       MR. GOODSTADT:  I believe it is a
17  contradiction.  Definitely obviously
18  relates to the same issue that was asked.
19  Asked by Mr. Novikoff, it was not asked
20  by me originally.              11:54:21
21       MR. CONNOLLY:  What was the item
22  asked?
23       MR. GOODSTADT:  The question was
24  about his viewpoint on their
25  investigation, and he said they did not   11:54:27
```

TSG Reporting - Worldwide (877) 702-9580

Page 892

Hesse

1 do a good investigation, and he thought
2 that Frank Fiorillo was not aggressive
3 enough in obtaining witness statements.
4
5 Here is asking did you ever    11:54:36
6 wonder why no one would talk to you guys.
7 It has nothing to do with doing their
8 investigation.  His response isn't
9 because you were not aggressive enough,
10 his response is everyone hates you.    11:54:50
11 Everyone knew then that you were a rat.
12 MR. CONNOLLY:  But they are not
13 contradictory and not mutually exclusive.
14 I am not following.
15 MR. GOODSTADT:  I want to know    11:55:01
16 what he meant by that.
17 MR. CONNOLLY:  Well if it is not a
18 contradiction I feel you are not entitled
19 to ask it.
20 MR. GOODSTADT:  Well even if it is    11:55:08
21 not a contradiction, it opens the door.
22 Let's go off the record now.
23 THE VIDEOGRAPHER:  The time is
24 11:36, we are off the record.
25 (Recess taken.)    11:55:22

TSG Reporting - Worldwide (877) 702-9580

Page 893

Hesse

1
2 THE VIDEOGRAPHER:  The time is
3 12:26, we are on the record.
4 Q.  Mr. Hesse, at the last date of
5 deposition you testified in response to one of  12:25:15
6 Mr. Novikoff's questions that you had not done
7 or taken any steps in furtherance of your
8 threat that plaintiffs law enforcement careers
9 would be over, do you recall that testimony?
10 A.  Yes.    12:25:29
11 Q.  You also I believe testified to
12 and subsequently submitted some response to
13 interrogatories regarding some blog posts you
14 made, do you recall that?
15 A.  Yes.    12:25:41
16 Q.  You would agree with me, would you
17 not, that the blog post that you admitted to
18 posting contained some derogatory statements
19 about the plaintiffs in this case?
20 MR. CONNOLLY:  Objection.  You can  12:25:55
21 answer.
22 A.  Yes.
23 Q.  Would you agree with me that
24 posting the derogatory statements that you
25 made about the plaintiffs in this case on the  12:26:07

TSG Reporting - Worldwide (877) 702-9580

Page 894

Hesse

1
2 blog given the form that it is in would
3 negatively impact their careers in law
4 enforcement?
5 MR. CONNOLLY:  Objection.    12:26:20
6 MR. NOVIKOFF:  Objection.
7 A.  No.
8 Q.  Why not?
9 MR. CONNOLLY:  Objection.
10 A.  Because to tell you the truth to  12:26:24
11 me this is a fantasy this blog.  I have been
12 in law enforcement 16 years, I have never seen
13 this blog until somebody told me somebody
14 wrote something about me.  So why would
15 anybody read this garbage.    12:26:40
16 Q.  Well why would you post it if you
17 didn't intend people to read it?
18 A.  Maybe I was venting some
19 frustration.
20 Q.  Have you ever spoken with anybody  12:26:49
21 outside of Ocean Beach about the blog?
22 A.  No.
23 MR. CONNOLLY:  Note my objection.
24 A.  Actually yes, I am sorry.
25 Q.  Who have you spoken with?    12:27:04

TSG Reporting - Worldwide (877) 702-9580

Page 895

Hesse

1
2 A.  Somebody from the Fire Island
3 Ferry Company advised me that this blog was
4 there, and that I should read it.
5 Q.  Who from the Fire Island Ferry    12:27:13
6 Company?
7 A.  George Haffele, he was the vice
8 president of the Ferry Company at the time.
9 H-A-F-F-E-L-E, something like that.
10 Q.  Mr. Haffele is the vice president  12:27:29
11 of the Ferry Company.  Is that the ferry that
12 takes the people back and forth to Fire
13 Island?
14 A.  Yes.
15 Q.  Have you spoken to anybody else    12:27:43
16 outside of Fire Island other than Mr. Haffele
17 about the blog?
18 A.  No.
19 Q.  What was your intention in posting
20 the negative statements about the plaintiffs    12:27:55
21 in this matter?
22 MR. NOVIKOFF:  Objection.
23 MR. CONNOLLY:  Objection.
24 A.  Well, these were posts directed at
25 other posts, maybe just to upset them a little  12:28:04

TSG Reporting - Worldwide (877) 702-9580

Page 896

1          Hesse
2   bit.
3       Q.   What do you mean by that, by
4   either one, posts directed at other posts,
5   what did you mean by that?          12:28:14
6       A.   Well most of these posts are
7   directed at posts that were previously made.
8       Q.   What did you mean to upset them?
9       A.   The plaintiffs.
10      Q.   Would you agree with me that if    12:28:22
11  another chief or a person of seniority in
12  another police department were to read the
13  negative statements that you made about my
14  clients that it could affect their decision on
15  whether to hire one of my clients?         12:28:42
16      MR. NOVIKOFF:  Objection.
17      MR. CONNOLLY:  Objection.
18      A.   To think of what somebody else
19  might think; I couldn't speculate.
20      Q.   So you have no opinion one way or    12:28:50
21  the other?
22      MR. CONNOLLY:  Objection.
23      A.   No.
24      Q.   Who within the department have you
25  spoken with about the blogs?          12:29:10

TSG Reporting - Worldwide (877) 702-9580

Page 897

1          Hesse
2       A.   Specifically John Cherry and I
3   recently have spoken about it.
4       Q.   Anybody else?
5       A.   No, not really.          12:29:25
6       Q.   You said that it was in response
7   to other posts, do you recall that?
8       A.   Yes.
9       Q.   Do you have any evidence or
10  information that any posts in the blog was    12:29:35
11  posted by any of the plaintiffs in this
12  matter?
13      MR. CONNOLLY:  Other than the
14     contents of the blog; I am not quite sure
15     I understand the question.          12:29:48
16      Q.   Well any contents of the blog?
17      A.   Do I have prove?
18      Q.   Any evidence, information, proof
19  or the like that any of the plaintiffs posted
20  on the blog?          12:29:59
21      A.   I have no proof.
22      Q.   I don't want to be narrowly
23  tailored just to the word proof because I
24  think that that has a sort of legal term.  I
25  want to know if you have any evidence or other  12:30:12

TSG Reporting - Worldwide (877) 702-9580

Page 898

1          Hesse
2   information that would lead you to conclude
3   that the plaintiffs posted -- any of the
4   plaintiffs posted on the blog?
5       A.   Well the only one that I know for   12:30:21
6   sure is the one that Tommy Snyder wrote
7   because he identified himself.  Other than
8   that no.
9       Q.   I want to go back to some of the
10  statements that you made -- strike that.       12:30:47
11          When you said, I believe you
12  called it a fantasy, is that what you called
13  the blog?
14      A.   Yes.
15      Q.   Who did you understand would be    12:30:58
16  reading the blog?
17      MR. CONNOLLY:  Objection.
18      MR. NOVIKOFF:  Objection.
19      A.   I don't know.  I could probably
20  speculate that members of the Ocean Beach    12:31:05
21  Police Department and the plaintiffs.
22      Q.   Anybody else?
23      A.   I don't know.
24      Q.   It is publicly available the blog;
25  is that correct?          12:31:15

TSG Reporting - Worldwide (877) 702-9580

Page 899

1          Hesse
2       A.   Sure.
3       Q.   Did you ever discuss the blog with
4   any residents of Ocean Beach?
5       A.   No.          12:31:20
6       Q.   I just want to go back again to
7   some of the statements that you made in
8   response to Mr. Novikoff's questions about the
9   reasons why you selected the plaintiffs for
10  termination.          12:31:39
11          I believe you testified that you
12  selected Nofi in part because he approached
13  people inappropriately?
14      A.   That was part of it, yes.
15      Q.   Did you ever write him up for    12:31:51
16  that?
17      A.   No.
18      Q.   Did you ever speak with Chief
19  Paradiso about that?
20      A.   I don't recall.          12:31:56
21      Q.   Did you ever suggest to Chief
22  Paradiso that Joe Nofi should be terminated
23  for the way he approached people?
24      A.   You know I don't recall.
25      Q.   Is there anything that you could   12:32:05

TSG Reporting - Worldwide (877) 702-9580

Page 900

```
1           Hesse
2   think of that would refresh your recollection?
3       A.  No.
4       Q.  Did you ever discipline Nofi for
5   doing that, for inappropriately approaching   12:32:16
6   people?
7       A.  Verbally.
8       Q.  How many times?
9       A.  I don't know.
10      Q.  Was anyone else present?        12:32:24
11      A.  Not that I am aware of, no.
12      Q.  Why didn't you write him up for
13  it?
14          MR. CONNOLLY:  Objection.
15      A.  I didn't think he needed to be   12:32:30
16  written up.
17      Q.  You didn't think it was to a level
18  that needed to be written up.
19          MR. CONNOLLY:  Objection.
20      A.  No.                 12:32:37
21      Q.  I believe that you said one of the
22  reasons why you selected Mr. Carter for
23  termination was that he was hidy tidy, do you
24  recall using that phrase?
25      A.  Hidy tidy; no, I don't remember   12:32:47
```

TSG Reporting - Worldwide (877) 702-9580

Page 901

```
1           Hesse
2   using that phrase.
3       Q.  Do you know what that phrase
4   means, hidy tidy?
5       A.  I have no idea.          12:32:59
6       Q.  Did you ever personally witness Ed
7   Carter sleeping?
8       A.  Yes.
9       Q.  While he was not on break and
10  being paid?                  12:33:07
11      A.  Yes.
12      Q.  How many times?
13      A.  Repeat that, on break or --
14      Q.  Not on break and being paid?
15      A.  And being paid, yes.       12:33:14
16      Q.  How many times?
17      A.  I don't recall how many times.
18      Q.  Did you ever discuss it with the
19  chief, meaning Chief Paradiso?
20      A.  I don't recall if I did or not.   12:33:23
21      Q.  Is there anything that you can
22  think of that would refresh your recollection?
23      A.  No.
24      Q.  Did you ever discuss it or address
25  this issue with any members of the board of   12:33:30
```

TSG Reporting - Worldwide (877) 702-9580

Page 902

```
1           Hesse
2   trustees of Ocean Beach?
3       A.  No.
4       Q.  Did you ever discuss it with the
5   mayor, either the current mayor or any former   12:33:36
6   mayor of Ocean Beach the issue that you saw Ed
7   Carter sleeping?
8       A.  No.
9       Q.  Did you dock Mr. Carter pay for
10  the time that he was allegedly sleeping on   12:33:46
11  duty?
12      A.  No.
13      Q.  I believe you testified that the
14  reason why you selected Snyder for termination
15  was, you mentioned something about personal   12:34:03
16  issues and that he got sick and he had some
17  money issues, and at the end of his employment
18  he was angry.  Do you recall saying that?
19      A.  Yes.
20      Q.  What did you mean by that?     12:34:14
21      A.  He was not getting along with
22  members of the Police Department.  There were
23  problems between them.  And just the general
24  notion of the public, just dealings with them.
25  His attitude was just not right or conducive   12:34:29
```

TSG Reporting - Worldwide (877) 702-9580

Page 903

```
1           Hesse
2   to the community that we worked for.
3       Q.  Did you ever receive any
4   complaints from any members of the public
5   about Mr. Snyder?              12:34:39
6       A.  Yes.
7       Q.  How many times?
8       A.  I don't know, I don't recall.
9       Q.  Did you receive it in writing?
10      A.  No.                 12:34:43
11      Q.  Verbally?
12      A.  Yes.
13      Q.  Anybody else there when you
14  received complaints about Mr. Snyder verbally?
15      A.  I don't know.           12:34:49
16      Q.  Who complained about Mr. Snyder?
17      A.  I don't remember names.
18      Q.  When did you receive those
19  complaints?
20      A.  I guess towards the end of 2005   12:34:54
21  specifically.
22      Q.  Do you recall when in 2005?
23      A.  Maybe in the month of August.
24      Q.  What were the complaints?
25      A.  Just, you know, one guy in     12:35:05
```

TSG Reporting - Worldwide (877) 702-9580

Page 904

Hesse

1         particular he came up to me and said that --
2 he didn't know the officer's names, but he
3 described Snyder and Fiorillo specifically,
4 and he said, you know, I am walking down the    12:35:19
5 street and it was late, it was dark, and I
6 came around a bush, the two cops were standing
7 there. He said they, in his words, they
8 attacked him because they thought that he was
9 urinating in a bush.         12:35:37
10         Meanwhile he was just walking
11 around the corner and that they rousted him,
12 they threw him in the bushes. I don't even
13 remember his name, but I asked him do you want
14 to put it in writing. He stated no, and that    12:35:51
15 was it. I didn't even bring it to their
16 attention at the time.
17      **Q. So just let me understand this. A**
18 **civilian claimed that he was roughed up,**
19 **attacked, thrown in the bushes by Mr. Snyder**    **12:36:05**
20 **and Mr. Fiorillo, and you didn't even address**
21 **it with them; is that correct?**
22        MR. CONNOLLY: Objection.
23      A. Yes. Correct.
24      **Q. Did you speak to Chief Paradiso**    **12:36:14**

TSG Reporting - Worldwide (877) 702-9580

Page 905

Hesse

1 about it?
2      A. I don't recall if I did or not.
3      **Q. Did you take any notes of your**
4 **conversation with the civilian who came in to**    **12:36:22**
5 **make the complaint?**
6      A. No, he didn't want to put it in
7 writing, he said no.
8      **Q. I am asking whether you put it in**
9 **writing?**         **12:36:31**
10      A. No.
11      **Q. I assume you didn't address it**
12 **with Snyder and Fiorillo; you took no steps to**
13 **discipline them?**
14      A. No.         12:36:38
15      **Q. Any other complaints about Snyder**
16 **from members of the public?**
17      A. Not that I specifically recall.
18      **Q. And is there anything that you**
19 **could think of that would refresh your**    **12:36:48**
20 **recollection?**
21      A. No, just my observations.
22      **Q. Did you ever receive anything in**
23 **writing from -- anything negative about Snyder**
24 **from anybody in the public?**    **12:36:59**

TSG Reporting - Worldwide (877) 702-9580

Page 906

Hesse

1      A. I don't recall. I don't know if
2 anything is in his file.
3      **Q. Which police officers was he not**
4 **getting along with?**         **12:37:04**
5      A. I believe there was -- well, let's
6 see. There would be Ty Bacon. There would be
7 Rich Bosetti, Gary Bosetti, Walter Muller. I
8 believe Paul Carollo had some issues with him.
9 I don't know about any others right now.    12:37:20
10      **Q. Do you know why they were not**
11 **getting along?**
12        MR. CONNOLLY: Objection.
13      A. Specifically no, not really.
14      **Q. Generally?**         **12:37:38**
15      A. Generally no.
16      **Q. Did it have anything to do with**
17 **the Halloween incident?**
18      A. It could.
19      **Q. You don't know one way or the**    **12:37:43**
20 **other?**
21      A. No.
22      **Q. Now going back to, I believe you**
23 **mentioned Walter Muller. Is Mr. Muller a**
24 **friend of yours?**         **12:37:59**

TSG Reporting - Worldwide (877) 702-9580

Page 907

Hesse

1      A. Yes, we are friends.
2      **Q. Did you ever travel with**
3 **Mr. Muller?**
4      A. Sure.         12:38:03
5      **Q. Did you ever go fishing together?**
6      A. Yes.
7      **Q. Did you ever go out socially with**
8 **the families?**
9      A. Yes.         12:38:10
10      **Q. And I want to go back to the**
11 **incident with Dr. Guida that you testified to**
12 **before. You testified after the incident you**
13 **yelled at the group of officers; is that**
14 **correct?**         **12:38:27**
15      A. Yes.
16      **Q. Who was in that group?**
17      A. Lappena which was a dock master.
18 Fiorillo. I can't think of his name, Matt
19 O'Malley who happens to be a Suffolk County    12:38:40
20 police officer. I don't remember who else was
21 there.
22      **Q. Why did you yell at them?**
23      A. I just didn't like the way the
24 call went and the actions that they took. I    12:38:59

TSG Reporting - Worldwide (877) 702-9580

Page 908

Hesse

1
2  think they should have been a little more
3  aware of what was going on around them before
4  they just jumped into a melee.
5      Q.  Do you recall what you said to      12:39:09
6  them about that?
7      A.  Specifically no.
8      Q.  Did you write anyone up for the
9  incident?
10     A.  No.                    12:39:15
11     Q.  You didn't write up Kenny Lappena?
12     A.  No.
13     Q.  Did you ever ask Frank Fiorillo
14  why he put Muller in a head lock if it was
15  somebody else who punched their girlfriend?   12:39:25
16     A.  You got to ask the question again.
17     Q.  The question is did you ever ask
18  Frank Fiorillo why he would put Walter Muller
19  in a head lock if it was Dr. Guida who punched
20  his own girlfriend?               12:39:41
21     A.  I don't really recall.
22     Q.  You don't recall asking him?
23     A.  I just don't recall, no.
24     Q.  Do you know why he did that?
25         MR. CONNOLLY:  Objection.      12:39:50

TSG Reporting - Worldwide (877) 702-9580

Page 909

Hesse

1
2      A.  At this time right now I don't
3  remember.
4      Q.  Fiorillo ever tell you that it was
5  Muller who struck somebody?          12:39:54
6      A.  No.  Not until this.
7      Q.  Did you write up Fiorillo for
8  putting Walter Muller in a head lock?
9      A.  No.
10     Q.  I believe you testified that     12:40:07
11  Muller was not intoxicated, did you testify to
12  that?
13         MR. CONNOLLY:  Objection.
14     A.  I don't know either way if I did
15  or not.                     12:40:16
16     Q.  Do you whether he was intoxicated?
17     A.  I don't believe he was.
18     Q.  Did you take a breathalyzer?
19     A.  No.
20     Q.  Did you ask him if he was      12:40:23
21  intoxicated?
22     A.  No.
23     Q.  If Fiorillo actually witnessed
24  Muller punch his girlfriend or was told that
25  Muller had punched his girlfriend, would it be 12:40:36

TSG Reporting - Worldwide (877) 702-9580

Page 910

Hesse

1
2  improper for Fiorillo to put him in a head
3  lock to restrain him?
4         MR. CONNOLLY:  Objection.
5      A.  Just based on somebody telling    12:40:43
6  him, no.
7      Q.  How about if he witnessed it?
8      A.  Not necessarily.
9      Q.  Would it be necessarily improper
10  for him to do it?               12:40:53
11     A.  Well you got to give me better
12  circumstances than just punching his
13  girlfriend.  Was there a previous punch, was
14  it after the fact, was it happening at that
15  time.  You are speculating on a lot of things  12:41:02
16  here, I don't know.
17     Q.  I want to know if it -- if it
18  would ever be improper -- well strike that.
19  Would it ever be proper for Fiorillo to put
20  somebody in a head lock that he had seen punch 12:41:15
21  his girlfriend?
22         MR. NOVIKOFF:  Objection.
23         MR. CONNOLLY:  Objection.
24     A.  If it was a way of restraining him
25  I guess it would be proper.          12:41:25

TSG Reporting - Worldwide (877) 702-9580

Page 911

Hesse

1
2      Q.  Does it matter whether Muller was
3  an officer or wasn't an officer if the level
4  of altercation required him to restrain the
5  person?                    12:41:37
6      A.  I don't think it would have
7  mattered, no.
8      Q.  Just so I am clear, it was not the
9  fact that Muller was an officer that you were
10  upset with Fiorillo, was it?         12:41:50
11         MR. CONNOLLY:  Objection.
12     A.  I never said I was upset with
13  Fiorillo.
14     Q.  You were upset with the way --
15     A.  It was a general with all of them  12:42:02
16  jumping into a melee that was going on on the
17  boat.  And it really was directed at the
18  civilian employee, the dock master Kenny
19  Lappena, who happened to get hurt, and that is
20  why I yelled at them as a group.        12:42:15
21     Q.  So sitting here today do you know
22  why Fiorillo put Muller in a head lock?
23         MR. CONNOLLY:  Objection.
24     A.  I don't recall right now, no.
25     Q.  You testified in response to a    12:42:29

TSG Reporting - Worldwide (877) 702-9580

Page 912

Hesse

1  question that Mr. Novikoff asked you about
2  whether Frank Fiorillo -- whether you ever
3  directed Frank Fiorillo to drive you to a
4  residence for a non-police business.  Do you    12:42:46
5  recall that?
6      A.   Yes.
7      Q.   You testified that you never
8  instructed him to do that; correct?
9      A.   No.                          12:42:55
10     Q.   Did he ever actually drive you to
11  a residence for a non-police business?
12          MR. CONNOLLY:  Objection.
13     A.   He may have.
14     Q.   Well the question before was he    12:43:02
15  never instructed him, the question is now
16  whether he actually drove him?
17     A.   He may have, I don't recall him
18  ever driving me anywhere.
19     Q.   Do you recall him ever picking you    12:43:12
20  up from a residence for non-police business?
21     A.   No.
22     Q.   You testified before about an
23  incident where you went up to the apartment
24  that there was the beer pouring incident, do    12:43:27

TSG Reporting - Worldwide (877) 702-9580

Page 913

Hesse

1  you recall that?
2      A.   Yes.
3      Q.   You testified that you found a
4  pipe -- you found a pipe used for smoking    12:43:32
5  marijuana, do you recall that?
6      A.   Yes.
7      Q.   Do you know whose pipe it was?
8      A.   No.
9      Q.   Did you attempt to find out whose    12:43:41
10  pipe it was?
11     A.   I asked.
12     Q.   Did you check to see if there was
13  any marijuana in the pipe?
14     A.   Yes.                         12:43:51
15     Q.   Was there any marijuana in the
16  pipe?
17     A.   No.
18     Q.   Was there any remnants of
19  marijuana in the pipe?                12:43:54
20     A.   It looked like something was
21  smoked out of it -- no.
22     Q.   That give you probable cause to
23  search to see if there was drugs in the
24  apartment?                          12:44:07

TSG Reporting - Worldwide (877) 702-9580

Page 914

Hesse

1      A.   I didn't feel there was enough.
2      Q.   Did you search to see if there was
3  any drugs in the apartment?
4      A.   No.                          12:44:12
5      Q.   Why would you throw a marijuana
6  pipe into the bay as opposed to taking it back
7  to the police station?
8      A.   Because if I took it back to the
9  police station it would be just sitting around  12:44:22
10  until I could dispose of it.  It was easier to
11  just show the kid that I took it and threw it
12  into the bay so he could no longer using.
13     Q.   What kid?
14     A.   I suspected it was this kid John    12:44:35
15  that I wrote a summons to.
16     Q.   Did you write him a summons for
17  possessing drug paraphernalia?
18          MR. NOVIKOFF:  Objection.
19     A.   No.                          12:44:50
20     Q.   Did you record the incident
21  anywhere in writing?
22          MR. NOVIKOFF:  Objection.  What
23  incident?
24     Q.   The fact that you found a       12:44:55

TSG Reporting - Worldwide (877) 702-9580

Page 915

Hesse

1  marijuana pipe and anything you may have done
2  with it?
3      A.   No, I don't believe so.
4      Q.   Why not?                     12:45:01
5      A.   I didn't think it was necessary.
6          MR. CONNOLLY:  Objection.
7      A.   You could buy those on any street
8  corner.
9      Q.   But this one wasn't a brand new    12:45:14
10  one bought on the street corner, you said
11  there was evidence that marijuana was smoked
12  in it; correct?
13     A.   I didn't say marijuana, I said
14  anything.                           12:45:23
15     Q.   Something?
16     A.   Yes.
17     Q.   Did you smell it?
18     A.   I smelled it.
19     Q.   What did it smell like?         12:45:27
20     A.   Burned ash.
21     Q.   Marijuana ash or cigarette ash?
22     A.   Not specifically that I remember.
23     Q.   Do you know what marijuana smells
24  like?                               12:45:35

TSG Reporting - Worldwide (877) 702-9580

Page 916

**Hesse**

1
2    A.   Oh yeah.
3        Q.   Did you ever keep any drugs or
4    drug paraphernalia in your drawer?
5        A.   Oh yeah.          12:45:45
6        MR. CONNOLLY:  Objection.
7        Q.   Did you lock that drawer every
8    time -- was that drawer always locked?
9        MR. CONNOLLY:  Objection.
10       A.   No.              12:45:53
11       Q.   Why would you leave drugs or drug
12   paraphernalia in your drawer?
13       A.   That is the only place that we had
14   to store it.
15       Q.   Did you have an evidence box that  12:46:01
16   was locked?
17       A.   We had a safe, 50/50 chance to get
18   in it. It was already overwhelmed with drugs.
19       Q.   What do you mean by 50/50
20   channels?              12:46:15
21       A.   The thing is probably from the
22   1940s and when you turned the dial it doesn't
23   always set right.
24       Q.   So you may not be able to get into
25   it?                    12:46:25

TSG Reporting - Worldwide (877) 702-9580

Page 917

**Hesse**

1
2    A.   Right.
3        Q.   Just so I am clear, you left drugs
4    or strike that -- you left drugs in your
5    drawer unsecured?          12:46:33
6        MR. CONNOLLY:  Objection.
7        A.   It was in the confines of the
8    Police Department, yes.
9        Q.   But it was not locked?
10       A.   It was not locked. We didn't have  12:46:38
11   locking cabinets at the time.
12       Q.   You left drug paraphernalia in the
13   drawer as well?
14       A.   Yes, it was all in an evidence bag
15   sealed in my drawer.        12:46:48
16       Q.   I want to go back to one other
17   question, well a couple of questions, with
18   respect to the incident when Paul Conway was
19   delivering the beer, do you recall that?
20       A.   Yes.              12:47:04
21       Q.   Is there a certain age minimum to
22   deliver beer or to sell beer?
23       MR. NOVIKOFF:  Objection.
24       MR. CONNOLLY:  Objection.
25       Q.   I will break it down.      12:47:11

TSG Reporting - Worldwide (877) 702-9580

Page 918

**Hesse**

1
2        Is there an age minimum to deliver
3    beer?
4        MR. NOVIKOFF:  Objection.
5        A.   I don't believe there is an age  12:47:17
6    requirement for the delivery. But to sell is
7    like a bartender or waiter or waitress I
8    believe you have to be 18.
9        Q.   And Paul Conway was 20?
10       A.   I believe he was 20 at the time,  12:47:31
11   yes.
12       Q.   And then there was some testimony
13   about the fact that you did not instruct any
14   of the plaintiffs not to issue citations to
15   minors, do you recall that?    12:47:48
16       A.   Yes.
17       Q.   If you were to instruct an officer
18   not to issue citation for minors, would you be
19   violating any laws?
20       MR. CONNOLLY:  Objection.    12:47:59
21       MR. NOVIKOFF:  Objection.
22       MR. CONNOLLY:  Hypothetical.
23       Q.   Yes.
24       A.   I don't think I would be violating
25   any laws. I think it would be an immoral  12:48:07

TSG Reporting - Worldwide (877) 702-9580

Page 919

Hesse

1
2    order.
3        Q.   Do you recall an incident in 2005
4    when Ed Carter brought a minor into the police
5    station who he wanted to issue a summons to  12:48:39
6    who was served alcohol at CJ's?
7        A.   No.
8        Q.   Do you recall an incident where
9    Carter wanted to issue CJ's a citation for
10   serving alcohol to a minor in the fall of  12:48:59
11   2005?
12       A.   No.
13       Q.   Who owns McGuire's?
14       MR. GOODSTADT:  At which juncture?
15       Q.   In 2005?        12:49:14
16       A.   2005, I think there is a couple of
17   owners, Jimmy something.
18       Q.   Jimmy Betts?
19       A.   Yes.
20       Q.   Let's focus on Jimmy Betts --  12:49:23
21       MR. NOVIKOFF:  Can I ask one
22   question. I don't recall ever talking to
23   him about McGuire's or anything involving
24   McGuire's.
25       MR. GOODSTADT:  Well you talked to  12:49:34

TSG Reporting - Worldwide (877) 702-9580

Page 920

Hesse

1
2  him about instructing officers not to
3  issue summons when --
4      MR. NOVIKOFF: Fine.
5  Notwithstanding my overall objection.      12:49:41
6      MR. GOODSTADT: Okay.
7      **Q. Jimmy Betts was the owner of**
8  **McGuire's in 2005?**
9      A. I believe in 2005.
10     **Q. Do you recall an incident in the**    12:49:53
11 **summer of 2005 where Carter wanted to issue**
12 **Mr. Betts a summons for writing his bicycle**
13 **after hours without a light?**
14     A. Do I recall that?
15     MR. NOVIKOFF: Objection. That is 12:50:07
16     kind of what I am objecting to starting
17     the question off do you recall. If he
18     answers no it can go both ways whether he
19     didn't recall it or it never happened.
20     So I object to the form of the question.  12:50:22
21     **Q. Would it be -- in the summer of**
22 **2005 I know you said there were some changes**
23 **in the rules with respect to the silly bicycle**
24 **riding rules. In the summer of 2005 was there**
25 **an ordinance where if somebody was riding a**    12:50:38

TSG Reporting - Worldwide (877) 702-9580

Page 921

Hesse

1
2  bicycle after hours they needed a light?
3      MR. NOVIKOFF: Objection.
4      A. Yes, when it was dark out.
5      MR. CONNOLLY: Assuming an      12:50:47
6  operating light.
7      MR. GOODSTADT: Yes.
8      A. Flashlight.
9      **Q. They could have a flashlight?**
10     A. It has to be in a holder.      12:50:54
11     **Q. Just going back to the question**
12 **that Mr. Novikoff objected to. In response to**
13 **Mr. Novikoff's objection I just want to**
14 **rephrase a question.**
15     **Did there come a point in time in**  12:51:42
16 **the summer of 2005 where Ed Carter wanted to**
17 **issue a summons to Jimmy Betts for riding his**
18 **bicycle after hours without a light?**
19     MR. CONNOLLY: Objection.
20     A. No.                12:51:57
21     **Q. It didn't happen?**
22     A. I don't think so.
23     **Q. Is it possible that it happened**
24 **and you don't recall it?**
25     MR. CONNOLLY: Objection.      12:52:03

TSG Reporting - Worldwide (877) 702-9580

Page 922

Hesse

1
2      A. I don't think so.
3      **Q. It is not possible?**
4      A. No, it didn't happen.
5      **Q. Did you ever accompany Ed Carter**  12:52:14
6  **to an apartment on Bay Walk and Ocean Breeze,**
7  **I believe those two streets cross each other?**
8      A. Yes, they do, they intersect.
9      **Q. Do you recall accompanying**
10 **Mr. Carter to an apartment on that corner**  12:52:34
11 **where there were under age drinkers?**
12     MR. CONNOLLY: Objection.
13     A. No.
14     **Q. So you don't recall ever being in**
15 **that apartment with Mr. Carter?**      12:52:46
16     A. No.
17     **Q. Just go back to the incident with**
18 **the beer spilling, do you recall that**
19 **incident?**
20     A. Yes.                12:53:10
21     **Q. Who did you say the leaseholder**
22 **was?**
23     A. I didn't.
24     **Q. Do you know who the leaseholder**
25 **was on the apartment?**            12:53:17

TSG Reporting - Worldwide (877) 702-9580

Page 923

Hesse

1
2      A. The leaseholder, no.
3      **Q. Do you know who the owner of the**
4  **apartment is?**
5      A. The owner of the building.      12:53:21
6      **Q. Yes.**
7      A. Billy Svingos.
8      **Q. He was the owner in 2003, 2004,**
9  **and 2005?**
10     A. Yes.                12:53:30
11     **Q. I thought you mentioned a John who**
12 **was a leaseholder?**
13     MR. CONNOLLY: He didn't use the
14     phrase leaseholder. I think the record
15     would correct me if I am mistaken,      12:53:37
16     renter.
17     **Q. Is it possible that there was a**
18 **renter named John up there?**
19     A. I believe he was one of the
20     renters. I believe it was a group of them.  12:53:48
21     **Q. So it was like a share house?**
22     A. Something like that, yes.
23     **Q. So just so I understand, one**
24 **leaseholder and the leaseholder would sell out**
25 **shares to other renters; is that how it works?** 12:53:56

TSG Reporting - Worldwide (877) 702-9580

Page 924

Hesse

1
2          MR. CONNOLLY:  Objection.
3      A.  Yes, kind of how it works.
4      **Q.  This guy John, he was one of the**
5  **renters?**                        **12:54:04**
6      A.  I believe he was, yes.
7      **Q.  What summons did you write?**
8      A.  I believe it was for noise.  Noise
9  violation.
10     **Q.  So you didn't write any kind of   12:54:11**
11 **summons with respect to spilling alcohol on**
12 **the officers?**
13     A.  No.
14         MR. CONNOLLY:  Objection.
15     **Q.  You didn't write any kind of     12:54:23**
16 **summons with respect to the fact that there**
17 **was drug paraphernalia in the apartment?**
18     A.  The pipe; no.
19     **Q.  Who did you enter the apartment**
20 **with?**                            **12:54:50**
21     A.  Tom Snyder and Kevin Lamm.
22     **Q.  Anyone else?**
23     A.  I don't recall if anybody else was
24 there.
25     **Q.  Ever been in that apartment with   12:54:58**

TSG Reporting - Worldwide (877) 702-9580

Page 925

Hesse

1
2  Paul Carollo?
3      A.  I don't recall if I was or not.
4      **Q.  Who is Jason Maldonado?**
5      A.  No idea.              12:55:08
6      **Q.  Do you know who Robert Steinhauser**
7  **is?**
8      A.  No idea.
9      **Q.  How about Brian Weinberg?**
10     A.  No idea.              12:55:14
11         MR. GOODSTADT:  Give me one minute
12 off the record just to review what I
13 have.
14         MR. NOVIKOFF:  Go off the record.
15         THE VIDEOGRAPHER:  The time is     12:55:32
16 12:57, we are off the record.
17         (Recess taken.)
18         THE VIDEOGRAPHER:  The time is
19 12:58, we are on the record.
20         MR. GOODSTADT:  I have nothing      12:57:16
21 further at this time.
22 EXAMINATION BY
23 MR. NOVIKOFF:
24     **Q.  Mr. Hesse, I think I have no less**
25 **than three minutes worth of questions, maybe   12:57:23**

TSG Reporting - Worldwide (877) 702-9580

Page 926

Hesse

1
2  **more than three questions.**
3          **You mentioned in response to Mr.**
4  **Goodstadt that Mr. Snyder communicated to you**
5  **about an illegal search and seizure by Lamm,   12:57:33**
6  **do you recall that?**
7      A.  Yes.
8      **Q.  What did Mr. Snyder specifically**
9  **say about that?**
10     A.  He said that Kevin Lamm went up    12:57:37
11 the back alley of CJ's behind the bar, came in
12 the bar door and made a statement that he was
13 going to -- he doesn't give a shit who you
14 people are, he is going to get all of you.  In
15 reference to what I don't know, he went into    12:57:56
16 the kitchen, he was looking for something.  He
17 went into the bathroom looking for something.
18 And Tom Snyder said that he didn't agree with
19 it.  He even said something to Kevin about it.
20     **Q.  So this was Snyder telling you     12:58:08**
21 **that Lamm said in words and effect I don't**
22 **give a shit who you are?**
23     A.  Correct.
24     **Q.  Now Mr. Goodstadt asked you a**
25 **question with regard to showing -- well, Mr.   12:58:19**

TSG Reporting - Worldwide (877) 702-9580

Page 927

Hesse

1
2  **Goodstadt asked you a question and you**
3  **responded with regard to you showing Lamm,**
4  **Snyder and Fiorillo at various times the file**
5  **of the investigation?**                 **12:58:35**
6      A.  Yes.
7      **Q.  I think Mr. Goodstadt would be**
8  **objecting based upon your non-responsiveness,**
9  **so let me ask you this question.**
10         **Did you ever show Mr. Lamm a copy   12:58:44**
11 **of the investigative file of the Halloween**
12 **incident?**
13     A.  Yes.
14     **Q.  And Mr. Lamm didn't want to look**
15 **at it?**                               **12:58:51**
16     A.  Correct.
17     **Q.  At the time when you showed --**
18 **where did you show Lamm this?**
19     A.  In the police station.
20     **Q.  Did Lamm at the time that you      12:59:02**
21 **showed him make any reference to his belief**
22 **that you were covering up anything?**
23     A.  I don't remember specifically.
24     **Q.  With regard to you showing**
25 **Fiorillo the investigative file, let me ask   12:59:13**

TSG Reporting - Worldwide (877) 702-9580

Page 928

Hesse

1  
2    you this so there is no objection, did you
3    show Fiorillo the investigative file?
4        A.   Yes.
5        Q.   Where did you show it to him?    12:59:21
6        A.   In the same exact spot actually.
7        Q.   Was Mr. Fiorillo pleased or
8    displeased with regard to what he read?
9            MR. GOODSTADT:  Objection.
10       A.   He seemed to be very happy to read  12:59:32
11   it, and he said there was a lot of things that
12   they didn't know.
13       Q.   They being whom?
14       A.   The three officers.
15       Q.   Let me ask you this then.  What if  12:59:40
16   anything did Mr. Fiorillo say to you upon
17   subsequent to his reading of the investigative
18   file concerning the fact that he looked at the
19   file?
20           MR. GOODSTADT:  Objection.     12:59:49
21       A.   There was nothing derogatory other
22   than he made some statements that he didn't
23   know that certain things had transpired.
24       Q.   Certain things had transpired,
25   what was he referring to?            12:59:58

TSG Reporting - Worldwide (877) 702-9580

Page 929

Hesse

1  
2        A.   Like the biggest part of Jeannie
3    Jaeger being attacked by this individual.
4        Q.   Now the question I have is at this
5    time when you showed Fiorillo the        13:00:06
6    investigative file and he made those comments,
7    did he make any comments to you that it was
8    his belief that you were covering up
9    something?
10       A.   No.                    13:00:16
11       Q.   With regard to Snyder did you show
12   him the investigative file?
13       A.   Yes.
14       Q.   Did he review it?
15       A.   Yes.                   13:00:22
16       Q.   Where did you show it to him?
17       A.   In the police station.
18       Q.   Where did he review it?
19       A.   He was sitting at Chief Paradiso's
20   desk.                       13:00:30
21       Q.   What comment if any did he make to
22   you concerning his review of the investigative
23   file?
24       A.   I don't really recall to tell you
25   the truth.                    13:00:36

TSG Reporting - Worldwide (877) 702-9580

Page 930

Hesse

1  
2        Q.   Did he make any reference to
3    his -- did he make any statement that led you
4    to believe that he believed that you were
5    covering up something?            13:00:42
6        A.   Absolutely not, no.
7            MR. GOODSTADT:  Objection.
8            MR. NOVIKOFF:  I have nothing
9    further.
10           MR. CONNOLLY:  I have one      13:00:57
11   question.
12           MR. NOVIKOFF:  Don't open the
13   door.
14   EXAMINATION BY
15   MR. CONNOLLY:                  13:01:00
16       Q.   Earlier Mr. Goodstadt had asked
17   you if you had any proof that plaintiffs or a
18   plaintiff may have made blog entries.  Do you
19   recall being asked that question?
20       A.   Yes.                   13:01:18
21       Q.   And what was your response?
22       A.   I had no proof.
23           MR. GOODSTADT:  Objection.
24       Q.   Did you ever form a belief based
25   upon the contents of blog entries that one or  13:01:31

TSG Reporting - Worldwide (877) 702-9580

Page 931

Hesse

1  
2    more plaintiffs may have made blog entries?
3        A.   Yes.
4            MR. CONNOLLY:  Nothing further.
5            MR. GOODSTADT:  You expect me not  13:01:45
6    to ask him which entries; there is now a
7    new allegation that plaintiffs have made
8    entries.  I don't see how I can't ask him
9    the question.
10           MR. CONNOLLY:  Go off the record.  13:02:14
11           THE VIDEOGRAPHER:  The time is
12   1:03, we are going off the record.
13           (Recess taken.)
14           THE VIDEOGRAPHER:  The time is
15   1:07, we are on the record.        13:06:28
16           MR. GOODSTADT:  In lieu of an
17   agreement that all parties have reached
18   in response to -- strike that.
19           In connection with the last
20   question that Mr. Connolly asked       13:06:39
21   Mr. Hesse about his belief as to whether
22   any of the plaintiffs posted on the blog,
23   we have agreed that plaintiffs will serve
24   interrogatories requesting the identity
25   of which blog posts Mr. Hesse believes   13:06:54

TSG Reporting - Worldwide (877) 702-9580

Page 932

```
 1              Hesse
 2   were posted by the plaintiffs, or
 3   individually which plaintiff, and the
 4   basis of his belief that it was the
 5   plaintiff that he identifies who posted    13:07:06
 6   the blog.
 7        MR. NOVIKOFF:  Fine.
 8        MR. CONNOLLY:  So agreed.
 9        MR. GOODSTADT:  And Mr.
10   Novikoff is --                             13:07:15
11        MR. NOVIKOFF:  Well if those are
12   the only two questions that you are going
13   to pose to him I don't feel -- I don't
14   think then I need to serve anything.
15        MR. CONNOLLY:  I take it we are     13:07:28
16   done.
17        MR. GOODSTADT:  We are.
18        THE VIDEOGRAPHER:  The time is
19        (Continued on next page.)
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 933

```
 1              Hesse
 2   1:09.  We are off the record.
 3        (Time noted:  1:10 p.m.)
 4   _____
 5          GEORGE HESSE
 6
 7   Subscribed and sworn to before me
 8   this ___ day of _____, 2009
 9
10   _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 934

```
 1
 2        C E R T I F I C A T E
 3   STATE OF NEW YORK   )
 4                 : ss.
 5   COUNTY OF NEW YORK  )
 6
 7        I, Philip Rizzuti, a Notary
 8   Public within and for the State of New
 9   York, do hereby certify:
10        That GEORGE HESSE, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such
13   deposition is a true record of the
14   testimony given by the witness.
15        I further certify that I am not
16   related to any of the parties to this
17   action by blood or marriage, and that I am
18   in no way interested in the outcome of this
19   matter.
20        IN WITNESS WHEREOF, I have
21   hereunto set my hand this 27th day of
22   August, 2009.
23        _____
24          PHILIP RIZZUTI
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 935

```
 1
 2   ----------------- I N D E X ---------------
 3   WITNESS        EXAMINATION BY        PAGE
 4   GEORGE HESSE      Mr. Novikoff     807, 925
 5              Mr. Baptiste      839
 6              Mr. Goodstadt     841
 7              Mr. Connolly      930
 8
 9   ------------ INFORMATION REQUESTS -----------
10   DIRECTIONS:     None
11   RULINGS:     None
12   TO BE FURNISHED:  None
13   REQUESTS:      None
14   MOTIONS:     None
15
16   ----------------- EXHIBITS -----------------
17   Hesse Exhibit 29, complaint,     807
18   Hesse Exhibit 30, blog posting,     883
19   P 962 to P 1265,
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

34  (Pages 932 to 935)

Page 936

```
 1
 2              *** ERRATA SHEET ***
 3      NAME OF CASE: CARTER VS. OCEAN BEACH
        DATE OF DEPOSITION:  August 17, 2009
 4      NAME OF WITNESS:   GEORGE HESSE
        PAGE  LINE     FROM      TO
 5      ____|____|_____|_____
 6      ____|____|_____|_____
 7      ____|____|_____|_____
 8      ____|____|_____|_____
 9      ____|____|_____|_____
10      ____|____|_____|_____
11      ____|____|_____|_____
12      ____|____|_____|_____
13      ____|____|_____|_____
14      ____|____|_____|_____
15      ____|____|_____|_____
16      ____|____|_____|_____
17      ____|____|_____|_____
18      ____|____|_____|_____
19
20              _____
21              GEORGE HESSE
22      Subscribed and sworn to before me
23      this _____ day of _____ _____, 2009.
24      _____  _____
25      (Notary Public)     My Commission Expires:
```

TSG Reporting - Worldwide (877) 702-9580

**A**

**abandoned (1)**
812:22
**ability (2)**
887:19,22
**able (2)**
887:20 916:24
**absence (1)**
870:20
**absolutely (4)**
838:24 864:2 873:4
930:6
**abuse (3)**
827:10,16 828:10
**accompany (1)**
922:5
**accompanying (1)**
922:9
**account (1)**
839:23
**accurate (1)**
850:19
**act (1)**
826:12
**acted (1)**
848:19
**acting (4)**
803:11 870:8,8
871:15
**action (4)**
815:24 816:10 817:14
934:17
**actions (4)**
816:2,14,15 907:25
**actively (1)**
843:15
**activity (1)**
820:15
**actual (1)**
858:18
**address (4)**
858:10 901:24 904:21
905:12
**administer (1)**
843:22
**admitted (3)**
849:10 886:18 893:17
**admittedly (1)**
842:23
**advice (1)**
832:8
**advise (12)**
812:4 820:9 821:2,24
827:2 834:5,8,12,15
834:19,24 835:2
**advised (5)**
810:4 829:23 833:25
834:3 895:3

**affect (3)**
887:19,21 896:14
**age (5)**
822:21 917:21 918:2
918:5 922:11
**aged (2)**
832:13,21
**aggressive (12)**
816:20 882:23 883:3
883:6,10 884:22
890:10,17,25
891:10 892:3,9
**agree (5)**
886:20 893:16,23
896:10 926:18
**agreed (2)**
931:23 932:8
**agreement (4)**
840:6 859:4 873:15
931:17
**ahead (1)**
842:3
**alcohol (14)**
809:6,9 822:22
824:12 827:10,16
828:10,13,16,19,23
919:6,10 924:11
**allegation (15)**
825:4,9 827:14,18
847:12 856:5 857:8
858:5 859:22 860:2
877:12,19 878:4
879:20 931:7
**allegations (3)**
808:2 819:25 860:7
**allege (12)**
808:8,16 809:4,12,21
810:3 811:4,16
812:19 826:19
832:11 833:6
**alleged (6)**
822:21 825:5 826:12
834:13 850:25
881:17
**allegedly (3)**
865:9 878:10 902:10
**alleging (9)**
813:13 814:18 818:13
821:6 822:11
833:25 851:12
855:8,16
**alley (1)**
926:11
**allies (1)**
808:8
**Allison (4)**
803:14 839:17 844:4
844:11
**allow (5)**

808:12 811:8,12,24
887:23
**allowed (3)**
808:8 811:5,17
**altercation (3)**
814:20,24 911:4
**amount (1)**
889:13
**Andrew (2)**
805:8 886:14
**angry (1)**
902:1
**answer (5)**
852:4 885:25 887:9
887:11 893:21
**answers (1)**
920:18
**anybody (19)**
809:25 821:14 834:24
845:2 848:12
849:17 852:20
860:19 865:4
871:16,21 894:15
894:20 895:15
897:4 898:22
903:13 905:25
924:23
**apartment (22)**
822:22 825:3,24
826:7,11,22 827:4
829:19 830:25
831:6 832:17
912:24 913:25
914:4 922:6,10,15
922:25 923:4
924:17,19,25
**apparently (2)**
844:19 885:23
**appears (1)**
821:5
**approached (2)**
899:12,23
**approaching (1)**
900:5
**appropriate (4)**
848:20 869:4 886:17
888:15
**appropriately (1)**
884:20
**April (3)**
838:10 842:12 843:14
**arrest (3)**
818:6 822:20 881:11
**arrested (2)**
816:5 881:25
**arrests (2)**
822:25 881:4
**ash (3)**
915:21,22,22

**aside (3)**
810:11 879:21 886:15
**asked (30)**
817:12 819:9 823:20
825:13 842:8,25
845:22 846:12,21
847:17,23 853:25
876:18 877:9
879:25 888:17,19
888:23 891:18,19
891:19,22 904:14
912:2 913:12
926:24 927:2
930:16,19 931:20
**asking (8)**
827:16 844:16 874:9
879:9 888:16 892:5
905:9 908:22
**asks (1)**
888:13
**assign (3)**
811:5,9,13
**assigned (2)**
810:7 837:14
**Assistant (1)**
806:5
**assume (1)**
905:12
**assuming (3)**
811:20 887:13 921:5
**attached (1)**
929:3
**attacked (3)**
851:20 904:9,20
**attacking (1)**
851:16
**attempt (1)**
913:10
**attending (1)**
818:19
**attention (2)**
808:6 904:17
**attitude (1)**
902:25
**attorney (9)**
806:5 842:9,10 845:3
845:3 862:6 884:13
884:13,18
**attorneys (4)**
805:5,11,17 862:21
**Attorney's (1)**
861:17
**attorney/client (1)**
844:25
**augmented (1)**
872:23
**August (6)**
803:22 804:3 807:12

903:23 934:22
936:3
**author (1)**
885:11
**authority (2)**
843:19,22
**available (1)**
898:24
**Avenue (1)**
805:6
**aware (6)**
812:4 829:5 862:11
882:15 900:11
908:3
**a.m (2)**
804:4 807:13

**B**

**B (2)**
803:11 805:11
**back (20)**
807:22 845:21 877:22
880:18,22 882:17
882:23 883:3 884:3
895:12 898:9 899:6
906:23 907:11
914:7,9 917:16
921:11 922:17
926:11
**Bacon (1)**
906:7
**bad (1)**
859:19
**bag (1)**
917:14
**bail (5)**
863:16 865:6,20,24
866:3
**balcony (3)**
824:15 826:23 827:4
**Baptiste (5)**
806:4 839:5,10
841:19 935:5
**bar (7)**
810:25 821:21 876:16
882:23 883:3
926:11,12
**bars (5)**
808:10,13 821:25
868:20 869:7
**bartender (2)**
876:22 918:7
**based (4)**
885:12 910:5 927:8
930:24
**basis (2)**
886:4 932:4
**Bates (2)**

883:15,23
**bathroom (1)**
926:17
**bay (9)**
815:13 824:16 835:12
835:24 836:20
837:3 914:7,13
922:6
**Beach (43)**
803:8,10 805:18,19
807:11 808:21,24
809:2 810:16,25
811:7,10,14 818:16
818:19,24 819:6,12
819:15 820:11,15
820:21,23 821:8,15
821:22 837:24
838:3,8,20 839:23
842:9 843:5,10,16
868:20 882:12
894:21 898:20
899:4 902:2,6 936:3
**beach's (1)**
884:17
**bearing (1)**
883:23
**becoming (1)**
868:3
**beer (35)**
811:18,24 812:5,9,13
812:17,20 813:2,8
822:13 823:5,11,12
823:14 824:7 828:6
829:3,7,18,21 830:4
830:7,10,23 832:12
832:14,16,21
833:17 912:25
917:19,22,22 918:3
922:18
**begun (1)**
860:25
**behalf (2)**
830:24 859:18
**belief (5)**
927:21 929:8 930:24
931:21 932:4
**beliefs (1)**
885:23
**believe (63)**
817:19 824:9,12
829:13,17 831:19
836:22 839:16,22
841:5 842:25 845:7
848:17 850:7,11
851:17 853:20,25
854:8 856:15,21
859:21 865:11,21
869:4 870:6,10,13
872:8 873:14,19

874:9 875:21
876:17 880:13
881:21 882:20
883:2,8 888:7
890:15 891:16
893:11 898:11
899:11 900:21
902:13 906:6,9,23
909:10,17 915:4
918:5,8,10 920:9
922:7 923:19,20
924:6,8 930:4
**believed (4)**
823:5 870:19 884:18
930:4
**believes (2)**
890:16 931:25
**beneath (2)**
835:22 836:18
**best (1)**
832:25
**better (2)**
817:13 910:11
**Betts (5)**
919:18,20 920:7,12
921:17
**beyond (4)**
879:18,24 884:14
888:22
**bicycle (4)**
920:12,23 921:2,18
**biggest (1)**
929:2
**bike (4)**
872:16,20,25 873:4
**Billy (1)**
923:7
**bit (2)**
872:22 896:2
**block (1)**
819:18
**blocks (2)**
819:16,17
**blog (41)**
842:18 843:2,6 844:4
844:8,20 845:13
883:15,18 885:11
885:13,16 886:11
886:19,21 887:5
890:19 893:13,17
894:2,11,13,21
895:3,17 897:10,14
897:16,20 898:4,13
898:16,24 899:3
930:18,25 931:2,22
931:25 932:6
935:18
**blogged (2)**
843:11,13

**blogging (1)**
842:11
**blogs (5)**
844:13 845:12 887:5
887:25 896:25
**blood (1)**
934:17
**blotter (5)**
877:6,14,21,23,24
**blotters (1)**
818:4
**board (9)**
843:9 865:23 870:11
871:14,16,22
872:19 878:16
901:25
**board's (1)**
872:5
**boat (2)**
815:25 911:17
**Bosetti (27)**
846:14,24 847:14,20
848:13,19 849:9,12
849:23 850:3,19
851:6 852:9,12,21
853:6,17 854:4
855:3,10 856:20
859:13 860:2,7,11
906:8,8
**Bosetti's (3)**
835:12 836:12 837:9
**bottom (1)**
852:17
**bought (1)**
915:11
**box (2)**
806:8 916:15
**Boyle (2)**
888:23 889:11
**brand (1)**
915:10
**break (5)**
853:21 901:9,13,14
917:25
**breaking (1)**
823:2
**breathalyzer (1)**
909:18
**Breeze (1)**
922:6
**Brian (1)**
925:9
**bring (4)**
829:23,24 831:24
904:16
**brought (3)**
831:20 882:14 919:4
**building (2)**

**blogging (1)**
822:22 923:5
**Burned (1)**
915:21
**bush (2)**
904:7,10
**bushes (2)**
904:13,20
**business (5)**
820:21 821:8 912:5
912:12,21
**buy (1)**
915:8

─────────
**C**

**C (5)**
803:8 805:2 806:2
934:2,2
**cabinet (4)**
835:11,20 836:12
837:10
**cabinets (1)**
917:11
**Caleb (5)**
876:10,12,17,20,25
**call (4)**
815:14 823:21 825:15
907:25
**called (5)**
807:14 823:9 872:10
898:12,12
**calling (1)**
887:15
**cans (4)**
812:21 813:2,8 824:7
**capacity (5)**
803:9,10,12,15
840:11
**card (1)**
838:13
**careers (2)**
893:8 894:3
**Carollo (2)**
906:9 925:2
**carpet (2)**
856:24,25
**carrying (2)**
829:3,7
**cars (2)**
838:13,16
**Carter (18)**
803:3 807:10 878:10
878:14,17,24
900:22 901:7 902:7
902:9 919:4,9
920:11 921:16
922:5,10,15 936:3
**case (17)**
829:3,7,18,21,25

830:10 831:25
832:9,12,13,16,21
833:17 887:8
893:19,25 936:3
**cause (1)**
913:23
**cell (1)**
813:18
**certain (12)**
821:25 826:21 847:7
873:6,6 880:11,11
886:18 887:5
917:21 928:23,24
**certainly (2)**
889:2,23
**certified (1)**
811:22
**certify (2)**
934:9,15
**chain (2)**
863:24 864:11
**chance (1)**
916:17
**change (4)**
869:17 872:20,24
873:9
**changed (2)**
872:22 873:5
**changes (1)**
920:22
**channels (1)**
916:20
**chat (2)**
861:2,4
**chauffeur (6)**
808:20,23 810:7,12
810:15 820:20
**check (1)**
913:13
**checked (2)**
824:13 833:5
**checkpoint (7)**
866:16 867:7,20
868:9,14,19 869:6
**Cherry (4)**
853:15,23 854:2
897:2
**chide (1)**
814:22
**chided (1)**
814:18
**chief (18)**
803:11 860:20 861:12
870:8,8,20,24
871:15,15 875:22
878:13 896:11
899:18,21 901:19
901:19 904:25
929:19

chose (4)
  861:10,12 876:8
  877:10
cigarette (1)
  915:22
circumstances (1)
  910:12
citation (13)
  829:2,7 831:3,5,9,17
  832:6 833:13 834:9
  834:16,20 918:18
  919:9
citations (4)
  822:20,24 833:8
  918:14
civil (4)
  803:13 809:24 839:22
  841:10
civilian (12)
  810:8 815:24 816:2,6
  816:9,11,20 851:20
  876:3 904:19 905:5
  911:18
civilians (2)
  809:22,23
CJ's (11)
  829:15,15 830:10,24
  831:23 874:7
  876:16,21 919:6,9
  926:11
claim (1)
  860:11
claimed (1)
  904:19
claiming (3)
  856:4,19 876:13
clear (3)
  845:7 911:8 917:3
clearly (1)
  884:23
clients (4)
  886:6,22 896:14,15
close (4)
  820:10 826:24 865:12
  869:19
codefendant (1)
  888:13
colleagues (1)
  808:21
collect (2)
  809:13,16
collection (2)
  824:25 825:5
come (4)
  858:10 875:14 877:8
  921:15
coming (2)
  856:7 877:25

command (3)
  808:18 863:25 864:11
comment (1)
  929:21
comments (2)
  929:6,7
Commission (1)
  936:25
committed (1)
  875:8
communicated (1)
  926:4
communication (2)
  831:15 832:4
community (3)
  886:11 887:18 903:2
Company (4)
  895:3,6,8,11
complain (13)
  810:14,18,22 812:11
  812:15 813:6,16,21
  814:9 822:4 860:12
  869:2 876:3
complainants (1)
  877:24
complained (1)
  903:16
complaining (1)
  831:22
complaint (14)
  807:3,4 808:2 813:13
  820:4 840:10
  841:13,17 875:11
  877:12,19,25 905:6
  935:17
complaints (6)
  859:17 903:4,14,19
  903:24 905:16
concerning (5)
  819:25 831:17 845:11
  928:18 929:22
conclude (1)
  898:2
concluded (1)
  849:22
conclusion (7)
  848:10,19 850:9,10
  850:13 851:6 853:4
conclusions (1)
  849:5
condone (1)
  828:18
conducive (1)
  902:25
conduct (1)
  861:24
conducted (1)
  874:10

conducting (2)
  873:20 874:4
confines (2)
  863:21 917:7
confiscate (1)
  812:9
confiscated (2)
  812:17 824:14
confiscating (1)
  812:13
confrontation (1)
  816:6
confusing (1)
  867:2
confusion (1)
  825:20
connection (2)
  846:7 931:19
Connolly (120)
  805:14 826:2 836:3
  836:14 839:3 840:3
  841:21 842:2,14,21
  844:14 846:17
  847:2 848:4,16
  849:7 850:6 851:14
  851:22 852:4,14,23
  853:9,12,21,24
  854:6,23 855:12,18
  855:20,24 857:12
  857:18 858:12
  862:3 863:2 864:13
  864:23 865:10
  867:9,13,16,21
  868:4,23 869:9,14
  871:4,19 872:7
  873:13,22 875:20
  877:15 878:7 879:6
  880:20 881:6 882:2
  882:9,16 883:12,25
  884:9 885:17,22
  886:3 887:23 888:5
  888:17 890:5,13
  891:6,14,21 892:12
  892:17 893:20
  894:5,9,23 895:23
  896:17,22 897:13
  898:17 900:14,19
  904:23 906:13
  908:25 909:13
  910:4,23 911:11,23
  912:13 915:7 916:6
  916:9 917:6,24
  918:20,22 921:5,19
  921:25 922:12
  923:13 924:2,14
  930:10,15 931:4,10
  931:20 932:8,15
  935:7
consecutive (2)

835:22 836:18
consider (2)
  840:14 879:4
contain (2)
  847:12,13
contained (2)
  890:19 893:18
contents (3)
  897:14,16 930:25
context (1)
  845:14
continuation (1)
  807:9
Continued (3)
  803:19 804:6 932:19
contradicted (1)
  891:9
contradicting (1)
  889:24
contradiction (5)
  890:20 891:15,17
  892:18,21
contradictory (1)
  892:13
contradicts (5)
  885:6,19 890:6 891:4
  891:7
conversation (3)
  845:17 858:6 905:5
conversations (1)
  871:24
Conway (2)
  917:18 918:9
copies (1)
  818:3
cops (1)
  904:7
copy (3)
  808:4 829:24 927:10
corner (4)
  904:12 915:9,11
  922:10
correct (37)
  825:6,10 830:6 831:2
  835:10 836:15
  837:5 842:19
  843:16 848:3,20,21
  848:25 849:14,20
  849:21,23,24 850:3
  850:19 852:2
  857:4 861:13
  864:19 879:2,3
  881:5 882:3 898:25
  904:22,24 907:15
  912:9 915:13
  923:15 926:23
  927:16
correctly (2)
  816:23 835:18

counsel (1)
  808:5
counseled (2)
  864:24 875:17
counsel's (1)
  852:5
counter (1)
  824:7
county (13)
  803:12,12,13 806:5,6
  823:20 824:19
  839:22 840:17
  845:9 884:13
  907:20 934:5
County's (1)
  842:10
couple (7)
  819:9 830:19 836:4
  867:11 874:14
  917:17 919:16
course (2)
  817:17 829:18
court (8)
  803:2 829:25 831:25
  832:9 863:4 881:21
  881:22,23
COURTNEY (1)
  805:10
cover (3)
  811:6,9,13
covered (2)
  841:12 866:19
covering (6)
  840:9 855:2,9 927:22
  929:8 930:5
cover-up (10)
  854:10,14 855:17
  856:5,14,20 858:5
  860:7,8,19
cover-ups (1)
  859:20
crime (1)
  826:6
criminal (3)
  881:16,19 882:13
criminality (1)
  826:13
cross (1)
  922:7
cue (21)
  846:15,24 847:14,21
  848:13,24 849:4,10
  849:18 850:4,17,21
  851:3,4,10,11
  852:13,21 853:7,17
  854:4
current (1)
  902:5

**CV (1)**
803:6

**D**

**D (1)**
935:2
**DA (4)**
859:24 862:12 880:24 882:6
**dangerously (2)**
810:6,19
**dark (2)**
904:6 921:4
**data (1)**
878:14
**date (6)**
807:6,12 860:23 883:20 893:4 936:3
**dates (1)**
849:8
**day (8)**
807:23 849:13,16 850:12 873:5 933:8 934:21 936:23
**days (8)**
829:14 848:9 849:5 850:13 851:7 856:22 873:7 876:17
**DA's (7)**
861:23 862:6,9,17 880:22,25 882:4
**deal (1)**
842:4
**dealer (4)**
820:2,3,7,11
**dealer's (1)**
820:14
**dealing (1)**
824:13
**dealings (1)**
902:24
**December (2)**
870:9 872:5
**decide (1)**
889:20
**decision (3)**
871:13 877:21 896:14
**decisions (1)**
870:22
**defendants (2)**
803:16 881:17
**defendant's (1)**
842:9
**definitely (3)**
818:7,8 891:17
**definition (4)**
827:20,23 828:3,8

**deliver (3)**
841:4 917:22 918:2
**delivered (3)**
830:5,14,16
**delivering (5)**
829:17,21 830:17,23 917:19
**delivery (5)**
831:8,10,17,23 918:6
**delved (1)**
884:12
**demand (3)**
818:17 863:9,12
**demanded (1)**
818:14
**Denhoff (3)**
835:23 836:19 837:3
**department (24)**
803:10,13,13 805:19 810:5 811:7,10,14 837:24 838:4,8,21 843:23 863:22,23 870:21,23 878:2 879:5 896:12,24 898:21 902:22 917:8
**deposition (9)**
803:19 804:6 808:5 888:15 889:13 893:5 934:11,13 936:3
**deputy (5)**
803:11 870:8,24 871:14,15
**derogatory (3)**
893:18,24 928:21
**describe (1)**
839:25
**described (2)**
825:12 904:4
**desk (2)**
831:20 929:20
**dial (1)**
916:22
**different (2)**
836:5 885:23
**differently (1)**
835:19
**dinner (1)**
815:22
**direct (2)**
822:23 866:20
**directed (6)**
822:18 895:24 896:4 896:7 911:17 912:4
**direction (1)**
837:6
**DIRECTIONS (1)**

935:10
**directives (1)**
835:4
**directly (3)**
857:4,8 889:24
**disagree (2)**
888:5,6
**discipline (8)**
864:10,15,21 874:17 874:20,25 900:4 905:14
**discovery (3)**
862:21 863:8,9
**discretion (1)**
872:11
**discuss (7)**
843:2,4 860:18 899:3 901:18,24 902:4
**discussed (5)**
840:22 843:8 844:4,8 878:3
**discussions (1)**
889:9
**dismissed (1)**
830:2
**disobeyed (1)**
865:9
**dispatchers (2)**
809:22,24
**displeased (1)**
928:8
**dispose (1)**
914:11
**District (3)**
803:2,2 861:16
**dock (13)**
811:6,9,13 815:24 816:3,6,9,11,14,20 902:9 907:18 911:18
**document (3)**
841:6 881:22 883:15
**documentation (1)**
831:25
**documents (2)**
841:4,6
**doing (5)**
864:21 869:2 874:18 892:7 900:5
**door (8)**
888:4,8,11,14,18 892:21 926:12 930:13
**doubted (1)**
851:4
**Dr (7)**
815:15 816:5,19,19 818:6 907:12

908:19
**drawer (7)**
916:4,7,8,12 917:5,13 917:15
**drink (10)**
808:13 809:6,9,17 811:18,24 828:7,7 828:13,16
**drinkers (1)**
922:11
**drinking (11)**
808:9 810:24 811:22 812:5,16 822:21 824:11 826:23 827:3 828:19,23
**dripped (2)**
823:11,15
**drips (1)**
823:13
**drive (12)**
819:10,20 866:10,15 867:6,19 868:9,13 868:18 869:5 912:4 912:11
**driven (1)**
867:23
**driving (1)**
912:19
**drop (1)**
840:12
**dropped (1)**
841:3
**drove (1)**
912:17
**drug (12)**
819:25 820:3,7,11,14 824:5,25 914:18 916:4,11 917:12 924:17
**drugs (8)**
824:5 913:24 914:4 916:3,11,18 917:3,4
**duly (2)**
807:15 934:12
**dumping (1)**
823:14
**duplicative (2)**
885:17,19
**duties (1)**
818:19
**duty (13)**
808:11,14 812:6,24 867:14 868:3 869:11 870:3,5 878:10,18,22 902:11
**Dwyer (2)**
831:12,13

**E**

**E (11)**
805:2,2 806:2,2 807:14,14,14,14 934:2,2 935:2
**earlier (2)**
839:16 930:16
**easier (1)**
914:11
**east (2)**
819:14,20
**EASTERN (1)**
803:2
**Ed (8)**
870:20 878:14,17 901:6 902:6 919:4 921:16 922:5
**EDWARD (1)**
803:3
**effect (2)**
890:16 926:21
**eight (1)**
869:19
**either (6)**
831:11,13 854:18 896:4 902:5 909:14
**Elmsford (1)**
805:13
**emergency (1)**
813:18
**employee (3)**
839:21 876:20 911:18
**employment (1)**
902:17
**empty (3)**
812:20 813:2 824:7
**enable (1)**
809:9
**enabled (1)**
809:5
**encourage (4)**
809:8 827:9 828:10 828:12
**encouraged (1)**
809:5
**encouraging (5)**
827:15,19,24 828:4,9
**ended (1)**
867:4
**enforcement (6)**
886:7,10,12 893:8 894:4,12
**enforcing (3)**
822:5 833:9,13
**engage (1)**
888:25
**engaged (2)**
876:4 878:4

**enter (1)**
924:19
**entered (1)**
844:12
**entitled (2)**
889:15 892:18
**entries (13)**
842:16 843:2,6 844:4
844:8,20 845:13
877:24 930:18,25
931:2,6,8
**entry (3)**
877:6,14,21
**ERRATA (1)**
936:2
**especially (1)**
816:9
**ESQ (4)**
805:8,14,22 806:4
**evening (4)**
825:23 826:7,8
849:19
**everybody (4)**
816:8 824:15 890:11
891:2
**evidence (6)**
897:9,18,25 915:12
916:15 917:14
**exact (1)**
928:6
**exactly (3)**
832:10 885:5,20
**exam (1)**
871:18
**examination (8)**
807:18 839:9 841:24
866:21 889:2
925:22 930:14
935:3
**examined (1)**
807:16
**exams (2)**
841:8,9
**excessive (10)**
850:4,7,11,20 851:7
851:12,18,21 852:9
852:12
**exclusive (1)**
892:13
**exhibit (10)**
807:3,4 808:4,5
883:16,18,22,23
935:17,18
**EXHIBITS (1)**
935:16
**expect (1)**
931:5
**Expeditions (1)**

838:12
**Expires (1)**
936:25
**explain (1)**
884:11
**extensive (3)**
824:5,25 825:5
**extent (1)**
832:3
**eyewitness (5)**
846:6,11 850:15,23
854:3
**eyewitnessed (1)**
847:20
**eyewitnesses (1)**
850:3
**eyewitnesss (1)**
846:13

─────────────
**F**
─────────────

**F (1)**
934:2
**face (1)**
815:17
**fact (19)**
810:11 842:15 843:10
845:12 846:21
847:19,23 848:2
858:4 871:17
879:22 888:7,21
910:14 911:9
914:25 918:13
924:16 928:18
**fall (1)**
919:10
**falling (1)**
822:13
**families (1)**
907:9
**fantasy (2)**
894:11 898:12
**father (4)**
823:19,22,22 825:15
**feel (3)**
892:18 914:2 932:13
**feeling (1)**
861:6
**feet (2)**
819:17 822:14
**felt (4)**
813:7,22 851:16
859:18
**ferry (5)**
895:3,5,8,11,11
**Fifth (1)**
805:6
**fight (2)**
815:14,15

**figure (1)**
885:15
**file (15)**
835:10,20 836:11
837:10 858:18
906:3 927:4,11,25
928:3,18,19 929:6
929:12,23
**files (1)**
818:8
**filled (1)**
841:7
**find (3)**
818:2 824:3 913:10
**fine (4)**
828:2 842:3 920:4
932:7
**Fiorillo (56)**
803:3 807:10 814:18
814:22 815:7
816:23 817:2,8
818:13,18 819:2,24
820:5,9,13 821:6,10
821:14 829:22
831:14 835:20
836:9,17,25 837:7
837:12,18,20,23
838:2 858:22 861:7
863:15 892:3 904:4
904:21 905:13
907:19 908:13,18
909:4,7,23 910:2,19
911:10,13,22 912:3
912:4 927:4,25
928:3,7,16 929:5
**Fiorillo's (5)**
816:2,14,15 872:10
882:19
**fire (5)**
843:19 895:2,5,12,16
**first (4)**
833:23 865:13 876:10
884:15
**fishing (1)**
907:6
**five (7)**
848:9 849:5,12,15
850:13 851:7
869:21
**flashlight (2)**
921:8,9
**fleet (4)**
837:24 838:3,8,20
**focus (1)**
919:20
**follow (1)**
842:6
**following (1)**
892:14

**follows (2)**
807:17 826:19
**forbid (1)**
820:13
**forbidden (1)**
837:13
**force (12)**
808:9 848:20 849:23
850:4,8,12,20 851:7
851:12,21 852:9,12
**forget (1)**
824:2
**form (8)**
827:21 846:18 850:23
866:18 868:22
894:2 920:20
930:24
**former (2)**
803:9 902:5
**forth (2)**
895:12 934:11
**forum (1)**
887:17
**forward (1)**
870:21
**found (5)**
828:23 844:19 913:4
913:5 914:25
**four (4)**
841:9 869:21 870:5
874:16
**fourth (1)**
807:23
**frames (1)**
869:22
**Frank (7)**
803:3 831:13 892:3
908:13,18 912:3,4
**friend (2)**
820:10 906:25
**friends (3)**
810:9 824:10 907:2
**front (3)**
808:3 877:5 883:21
**frustration (1)**
894:19
**Fuel (2)**
809:14,18
**FURNISHED (1)**
935:12
**further (6)**
838:25 841:19 925:21
930:9 931:4 934:15
**furtherance (1)**
893:7
**future (1)**
886:23

─────────────
**G**
─────────────

**G (2)**
807:14,14
**garbage (3)**
813:2,8 894:15
**Gary (14)**
849:9,12 852:8,11
854:3 855:3,10
856:20 859:12,21
860:2,11 861:6
906:8
**general (6)**
886:24 887:3,24,24
902:23 911:15
**generalization (1)**
855:25
**generally (10)**
854:25 855:2 858:4
859:15 869:12
870:4,17 872:2
906:15,16
**George (11)**
803:11,20 804:7
805:11 807:9 895:7
933:5 934:10 935:4
936:4,21
**getting (7)**
816:10 886:9,23
890:18 902:21
906:5,12
**Gilbert (2)**
881:25 882:7
**GILLY (1)**
805:4
**girlfriend (7)**
815:17 908:15,20
909:24,25 910:13
910:21
**give (6)**
874:7 910:11 913:23
925:11 926:13,22
**given (4)**
842:8 889:25 894:2
934:14
**go (30)**
808:16 813:11 820:18
820:25 825:17
827:6 829:25 842:3
845:21 870:3 873:3
880:18,22 882:17
882:23 883:3
884:19,20 887:12
892:22 898:9 899:6
907:6,8,11 917:16
920:18 922:17
925:14 931:10
**goes (1)**
884:2

**going (21)**
807:25,25 835:15
855:13 864:10
870:24 876:16
877:11 880:10
885:15 887:4,6,25
906:23 908:3
911:16 921:11
926:13,14 931:12
932:12
**golf (1)**
838:13
**good (9)**
807:20,21 815:16
839:13,15 858:23
859:2 861:9 892:2
**Goodstadt (72)**
805:8 813:19,25
814:4 815:2 822:7
825:25 827:11,18
827:25 836:13,23
840:5 841:23,25
845:16 855:22
859:3 866:22
867:11,15,18,25
873:17 879:19
880:2,5,8,12,16
883:14 884:2,15
885:18 886:4 887:8
887:13 888:3,10,24
889:3,8,14,20,23
890:7,21 891:12,16
891:23 892:15,20
919:14,25 920:6
921:7 925:11,20
926:4,24 927:2,7
928:9,20 930:7,16
930:23 931:5,16
932:9,17 935:6
**gotten (1)**
816:3
**group (7)**
816:8 826:24 861:9
907:14,17 911:20
923:20
**guess (5)**
823:14 860:24 861:5
903:20 910:25
**Guida (6)**
815:15 816:19,19
818:6 907:12
908:19
**Guido (1)**
816:5
**guy (3)**
833:14 903:25 924:4
**guys (5)**
859:19 874:6 885:2
890:23 892:6

**G.E.M (1)**
838:13

_____
**H**
**H (1)**
807:14
**Haffele (3)**
895:7,10,16
**Halloween (16)**
845:23 846:3,7
848:11 855:9
858:19 861:17
862:10,13,18
880:23 881:2 882:6
882:19 906:18
927:11
**hand (1)**
934:21
**handcuffs (1)**
874:6
**handed (1)**
828:6
**happen (3)**
852:2 921:21 922:4
**happened (11)**
815:13 816:7,17
823:19 830:9
848:11 876:19,19
911:19 920:19
921:23
**happening (1)**
910:14
**happens (1)**
907:20
**happy (1)**
928:10
**harassment (1)**
816:5
**harmful (1)**
886:22
**hash (1)**
861:10
**hates (4)**
885:3 890:12 891:2
892:10
**Hauppauge (2)**
806:9 840:19
**head (12)**
816:18,23 817:16
823:13 874:15
875:3 908:14,19
909:8 910:2,20
911:22
**hear (6)**
845:2 854:13,15,17
856:3 857:16
**heard (11)**
854:9 855:5,16 856:6

856:11,12,19
858:11,14 859:9
860:19
**held (1)**
804:7
**hereinbefore (1)**
934:11
**hereunto (1)**
934:21
**Hesse (164)**
803:11,20 804:7
805:11 807:1,3,4,9
807:20 808:1 809:1
809:23 810:1 811:1
812:1 813:1 814:1
815:1 816:1 817:1
818:1 819:1 820:1,5
821:1 822:1,18
823:1 824:1 825:1
826:1 827:1,15
828:1,4 829:1 830:1
831:1 832:1 833:1,7
834:1 835:1 836:1
837:1 838:1 839:1
839:13 840:1 841:1
842:1,6 843:1 844:1
845:1 846:1 847:1
848:1 849:1 850:1
851:1 852:1 853:1
854:1 855:1 856:1
857:1 858:1 859:1
860:1 861:1 862:1
863:1 864:1 865:1
866:1 867:1 868:1,8
869:1 870:1 871:1
872:1 873:1 874:1
875:1 876:1 877:1
878:1 879:1 880:1
881:1 882:1 883:1
883:16,18,21,22
884:1 885:1,10,25
886:1 887:1 888:1
888:17,19 889:1,16
890:1 891:1 892:1
893:1,4 894:1 895:1
896:1 897:1 898:1
899:1 900:1 901:1
902:1 903:1 904:1
905:1 906:1 907:1
908:1 909:1 910:1
911:1 912:1 913:1
914:1 915:1 916:1
917:1 918:1 919:1
920:1 921:1 922:1
923:1 924:1 925:1
925:24 926:1 927:1
928:1 929:1 930:1
931:1,21,25 932:1
933:1,5 934:10

935:4,17,18 936:4
936:21
**hidy (3)**
900:23,25 901:4
**Highway (1)**
806:7
**hire (4)**
809:23,25 843:19
896:15
**hired (1)**
809:21
**holder (1)**
921:10
**Hopefully (1)**
807:23
**Hospital (1)**
815:16
**hours (13)**
842:3 867:11,22
868:2 879:22
885:24 886:15
888:22,24 889:14
920:13 921:2,18
**house (8)**
831:20,21 863:16
865:6,20,24 866:3
923:21
**hurt (7)**
816:3,14,21 859:22
860:4,13 911:19
**Hypothetical (1)**
918:22
**H-A-F-F-E-L-E (1)**
895:9

_____
**I**
**ID (1)**
833:5
**idea (7)**
815:6 821:12 861:9
901:5 925:5,8,10
**identification (2)**
807:5 883:20
**identified (4)**
815:20 823:18 885:10
898:7
**identifies (1)**
932:5
**identify (2)**
820:2 845:13
**identity (1)**
931:24
**illegal (9)**
873:20 874:4,10
875:8,15,23 876:4
876:13 926:5
**illicit (1)**
824:25

**immoral (1)**
918:25
**impact (1)**
894:3
**impede (1)**
844:24
**improper (4)**
879:24 910:2,9,18
**improperly (1)**
812:13
**inappropriately (2)**
899:13 900:5
**incident (42)**
814:23 815:12 816:4
822:12 823:5 829:8
829:12,19 835:10
835:21 837:9
845:23 846:7
847:20 848:12
849:6 855:10
858:19 860:21
861:18 862:10,14
862:18 864:3
880:23 882:6,20
906:18 907:12,13
908:9 912:24,25
914:21,24 917:18
919:3,8 920:10
922:17,19 927:12
**incidents (4)**
825:12 829:6 836:5
874:15
**including (2)**
808:18 850:24
**incorporated (4)**
803:7 805:17 807:11
839:24
**incorrect (1)**
825:9
**independent (1)**
861:24
**indicated (1)**
857:19
**indicates (1)**
884:23
**individual (4)**
834:15,19 853:16
929:3
**individually (6)**
803:8,9,11,14 858:15
932:3
**individuals (2)**
822:21 847:18
**information (5)**
863:22 897:10,18
898:2 935:9
**inquire (1)**
820:6
**inside (3)**

808:21 884:19,20
**instance (1)**
827:15
**instruct (12)**
812:25 821:20 826:10
837:12,17 838:2,15
866:14 868:12,17
918:13,17
**instructed (8)**
808:17 812:20 838:19
866:24 867:6 868:8
912:9,16
**instructing (4)**
866:10 867:16,18
920:2
**instruction (2)**
837:23 865:5
**intend (1)**
894:17
**intended (1)**
870:7
**intent (2)**
870:12 872:6
**intention (1)**
895:19
**interested (1)**
934:18
**interfered (1)**
821:7
**interfering (1)**
820:14
**interrogatories (2)**
893:13 931:24
**interrogatory (2)**
845:10 885:12
**intersect (1)**
922:8
**intersection (2)**
835:23 836:19
**intervene (1)**
828:25
**intox (1)**
823:14
**intoxicated (8)**
808:20,23 810:8
814:21 815:23
909:11,16,21
**investigate (2)**
826:12 875:7
**investigated (1)**
859:23
**investigating (2)**
826:6 849:6
**investigation (17)**
850:14 851:8 852:17
861:24 862:18
880:23 881:4,8
882:19,22 885:3

887:17 890:24
891:25 892:2,8
927:5
**investigative (7)**
927:11,25 928:3,17
929:6,12,22
**investigator (1)**
862:13
**investigators (2)**
862:9,17
**involved (4)**
816:10 841:13 862:9
863:11
**involvement (7)**
814:20,23 835:20
861:17 881:2 882:4
882:7
**involving (7)**
814:20,24 822:12
829:6 835:10 837:9
919:23
**Island (4)**
895:2,5,13,16
**issuance (1)**
821:7
**issue (24)**
821:21 822:19,24
828:22 831:21
842:4 863:17
865:20,24 866:3
877:2 880:4 886:16
889:22 891:18
901:25 902:6
918:14,18 919:5,9
920:3,11 921:17
**issued (14)**
821:14 829:2,22
831:3,5,7,9,18
832:6 834:9,16,20
889:12,12
**issues (3)**
902:16,17 906:9
**issuing (3)**
829:6 833:8,13
**item (1)**
891:21

_____

**J**

**Jaeger (1)**
929:3
**January (1)**
872:6
**Jason (1)**
925:4
**Jeannie (1)**
929:2
**Jimmy (5)**
919:17,18,20 920:7
921:17

**job (6)**
803:24 840:25 886:7
886:9 887:20,22
**jobs (1)**
886:23
**Joe (3)**
870:13 871:20 899:22
**John (10)**
823:25 824:9,13
831:12,13 897:2
914:15 923:11,18
924:4
**JORDAN (1)**
806:12
**Joseph (3)**
803:4,8 805:18
**JR (1)**
803:8
**judge (14)**
863:15,20 865:19
881:3,8,10,13,15,18
882:11,12,14
888:23 889:11
**jumped (2)**
815:25 908:4
**jumping (1)**
911:16
**juncture (1)**
919:14
**June (1)**
817:23

_____

**K**

**K (1)**
803:9
**keep (1)**
916:3
**KENNETH (1)**
805:22
**Kenny (3)**
816:12 908:11 911:18
**Kevin (13)**
803:4 805:14 831:13
856:23 858:21
873:20 874:3
875:23 879:23
889:19 924:21
926:10,19
**Kevin's (1)**
887:7
**kid (24)**
823:14,18 829:14,23
830:3,4,6,9,9,18,21
830:24 831:4,7,10
831:16,21 832:4,8
832:14,17 914:12
914:14,15
**kids (1)**
803:8

829:20
**killing (1)**
889:17
**kind (4)**
920:16 924:3,10,15
**kitchen (1)**
926:16
**knew (5)**
846:12 871:6 885:4
891:3 892:11
**know (78)**
817:13 823:11,22
826:4 827:19 829:8
831:22 833:4
836:23 839:17,20
844:11,14,21
845:17 852:3
853:15,19 856:8,9
856:17 857:2,5,9,15
857:19 858:24,25
858:25 859:18,21
862:4,8 863:3,5,6,7
863:10,13 870:25
871:21 874:14,16
876:11 877:11
887:9 888:12
892:15 897:25
898:5,19,23 899:24
900:9 901:3 903:8
903:15,25 904:3,5
906:2,10,11,20
908:24 909:14
910:16,17 911:21
913:8 915:24
920:22 922:24
923:3 925:6 926:15
928:12,23
**knowledge (5)**
820:17 830:24 833:2
861:25 862:4
**known (3)**
819:25 820:3 871:2
**knows (1)**
844:16
**Koot (2)**
862:20 881:20

_____

**L**

**labelled (1)**
807:8
**Lamm (42)**
803:4 814:19 817:18
817:22 822:12,19
822:23 823:4
829:22 831:11,13
833:8,12,25 834:4,6
834:9,13,13,17,21
834:22 856:23
858:6,21 861:7

863:15 873:20
874:3,10 875:23
876:4 878:4 924:21
926:5,10,21 927:3
927:10,14,18,20
**Lamm's (2)**
835:3 872:10
**Lappena (4)**
816:12 907:18 908:11
911:19
**late (3)**
870:8 872:4 904:6
**law (12)**
822:5 823:2 833:9,13
833:13 872:20
886:7,9,11 893:8
894:3,12
**lawful (1)**
835:4
**laws (5)**
872:15,22,24 918:19
918:25
**lead (2)**
877:20 898:2
**learn (2)**
870:11 876:12
**learned (2)**
870:7 872:5
**leaseholder (7)**
922:21,24 923:2,12
923:14,24,24
**leave (1)**
916:11
**led (2)**
855:22 930:3
**left (10)**
807:24 808:4 810:6
810:19 812:22
813:3,8 917:3,4,12
**legal (1)**
897:24
**legitimate (1)**
845:19
**let's (16)**
809:20 811:3 813:11
814:6 818:9 820:18
820:25 821:17
822:17 823:21
827:6 833:23
836:16 892:22
906:6 919:20
**level (2)**
900:17 911:3
**license (4)**
829:16,17,24,25
**lieu (1)**
931:16
**lieutenant (3)**
823:19 824:22,23

light (6)
  836:10,19 920:13
  921:2,6,18
likes (2)
  834:13,16
LINE (1)
  936:4
listen (2)
  834:21 835:3
listens (1)
  834:20
little (7)
  838:13 860:25 872:22
  874:8 883:6 895:25
  908:2
lives (1)
  820:11
LLP (2)
  805:4,16
local (2)
  808:10,13
location (1)
  837:2
lock (10)
  816:18,24 817:16
  908:14,19 909:8
  910:3,20 911:22
  916:7
locked (4)
  916:8,16 917:9,10
locking (1)
  917:11
Loeffler (6)
  803:8 805:18 870:13
  871:2,16,20
long (2)
  819:10,20
longer (1)
  914:13
look (9)
  809:20 811:3 814:6
  818:9 822:17
  833:23 879:7,12
  927:14
looked (5)
  825:21 879:9 880:21
  913:21 928:18
looking (2)
  926:16,17
loser (3)
  834:4,6,10
lot (3)
  840:24 910:15 928:11
lunch (4)
  840:13,16,17,23

——————————
          M
——————————
M (1)

806:4
making (5)
  831:8,10,17,23
  867:21
Maldonado (1)
  925:4
Mallory (2)
  861:20 862:5
manager (1)
  839:23
marijuana (11)
  824:4 913:6,14,16,20
  914:6 915:2,12,14
  915:22,24
mark (2)
  807:2 883:14
marked (3)
  807:5 883:19,22
MARKS (1)
  805:10
marriage (1)
  934:17
master (9)
  811:13 816:3,6,9,11
  816:14,20 907:18
  911:18
masters (3)
  811:6,9 815:24
Matt (1)
  907:19
matter (8)
  807:10 811:21 881:25
  882:8 895:21
  897:12 911:2
  934:19
mattered (1)
  911:7
mayor (7)
  803:8,9 866:2,5 902:5
  902:5,6
McGuire's (4)
  919:13,23,24 920:8
mean (7)
  832:20 888:4 896:3,5
  896:8 902:20
  916:19
meaning (4)
  846:13 867:10,21
  901:19
means (1)
  901:4
meant (3)
  857:2 866:23 892:16
meeting (1)
  840:15
melee (2)
  908:4 911:16
member (2)

843:9 865:22
members (5)
  898:20 901:25 902:22
  903:4 905:17
Memorial (1)
  806:7
memorialize (1)
  864:14
mention (1)
  850:17
mentioned (9)
  830:19 851:3 856:23
  872:14 881:2
  902:15 906:24
  923:11 926:3
merely (1)
  888:19
met (1)
  840:10
midgets (1)
  851:24
midnight (1)
  870:4
Mill (1)
  805:12
mind (1)
  852:11
minimum (3)
  869:20 917:21 918:2
minor (5)
  829:2,7 830:21 919:4
  919:10
minors (10)
  826:24 827:9,16
  828:10,12,15,18,23
  918:15,18
minute (2)
  819:21 925:11
minutes (2)
  819:13 925:25
mistaken (1)
  923:15
mistreating (1)
  813:23
mis-understanding ...
  881:13
moment (1)
  839:5
Monday (1)
  803:22
money (4)
  809:13,16 879:16
  902:17
month (1)
  903:23
morning (8)
  807:20,21 839:13,15
  869:13,13,24,25

motionless (3)
  835:22 836:10,18
MOTIONS (1)
  935:14
mouth (1)
  857:15
mouthing (1)
  859:19
move (3)
  837:13 859:4 870:21
Muller (18)
  815:18,20 816:18,23
  906:8,24,24 907:4
  908:14,18 909:5,8
  909:11,24,25 911:2
  911:9,22
multiple (1)
  883:23
MUMMERT (1)
  806:12
mutually (1)
  892:13

——————————
          N
——————————
N (3)
  805:2 806:2 935:2
name (10)
  824:2,20 830:19
  841:6 876:10,11
  904:14 907:19
  936:3,4
named (1)
  923:18
names (2)
  903:17 904:3
narrow (1)
  890:4
narrowly (1)
  897:22
Nassau (2)
  823:19 824:19
Natalie (2)
  803:9 805:18
necessarily (3)
  844:17 910:8,9
necessary (1)
  915:6
need (3)
  875:18 884:11 932:14
needed (3)
  900:15,18 921:2
needs (1)
  870:21
negative (4)
  887:14 895:20 896:13
  905:24
negatively (1)
  894:3

neglect (1)
  808:19
never (27)
  810:21 811:2,11
  812:2,7,18 813:10
  820:16 821:16
  826:14,17 827:5
  841:15 851:4 869:3
  872:21 875:6,14
  880:21 882:15
  886:6,8 894:12
  911:12 912:8,16
  920:19
new (16)
  803:2,21 804:9,11
  805:7,7,13,21 806:6
  806:9 841:11
  915:10 931:7 934:3
  934:5,8
nice (1)
  886:21
night (7)
  812:23 815:22 817:18
  826:15,15 837:8
  873:5
nights (1)
  817:22
Nofi (7)
  803:4 814:19 817:18
  817:22 899:12,22
  900:4
noise (3)
  824:3 924:8,8
non-police (4)
  820:21 912:5,12,21
non-responsiveness...
  927:8
noon (1)
  807:24
normally (1)
  869:19
north (2)
  819:11,22
Notary (4)
  804:11 807:16 934:7
  936:25
note (5)
  813:25 843:25 848:15
  886:13 894:23
noted (1)
  933:3
notes (1)
  905:4
notice (1)
  884:25
notion (1)
  902:24
Notwithstanding (1)
  920:5

**Novikoff (88)**
805:22 807:2,19
814:3,5 827:13,22
828:2 838:25 840:7
842:20 843:25
845:6,19,22 846:21
847:3,6,11 848:15
850:5,22 851:13,23
852:15,22 853:8
854:5 855:11,19
857:11 858:8,13
859:6 860:10 862:2
862:23 866:18
867:2,8 868:21
869:8 873:15,18
875:10,16 877:16
878:6,19 879:17,21
880:3,6,9,15 885:8
885:9,22 886:13
887:11 888:12
889:5,11 891:19
894:6 895:22
896:16 898:18
910:22 912:2
914:19,23 917:23
918:4,21 919:21
920:4,15 921:3,12
925:14,23 930:8,12
932:7,10,11 935:4
**Novikoff's (7)**
846:2 866:9 873:24
882:21 893:6 899:8
921:13
**number (4)**
807:8 836:25 883:23
884:5
**numbers (1)**
883:16
**numerous (1)**
810:4

_____
**O**

**O (1)**
807:14
**object (3)**
827:21 888:21 920:20
**objected (1)**
921:12
**objecting (4)**
884:9 889:6 920:16
927:8
**objection (136)**
813:19 814:2 815:2
822:7 825:25 826:2
827:11,14,17 836:3
836:13,14 840:3,6,7
842:14,20,21
843:25 846:17
847:2,3 848:4,15,16

849:7 850:5,6,22
851:13,14,22,23
852:14,15,22,23
853:8,9 854:5,6,23
855:11,12,18,19
857:11,12,18 858:8
858:12,13 860:10
862:2,3,23 863:2
864:13,23 865:10
866:18 867:8
868:21,23 869:8,9
871:4,19 872:7
873:13,22 875:10
875:16,20 877:15
877:16 878:6,7,19
879:6,17 880:20
881:6 882:2,9,16
883:12 893:20
894:5,6,9,23 895:22
895:23 896:16,17
896:22 898:17,18
900:14,19 904:23
906:13 908:25
909:13 910:4,22,23
911:11,23 912:13
914:19,23 915:7
916:6,9 917:6,23,24
918:4,20,21 920:5
920:15 921:3,13,19
921:25 922:12
924:2,14 928:2,9,20
930:7,23
**observations (1)**
905:22
**observed (1)**
826:21
**obtaining (2)**
891:10 892:4
**obviously (2)**
885:9 891:17
**occasion (3)**
818:14 826:21 837:13
**occasions (2)**
810:5 813:14
**occurred (1)**
836:11
**Ocean (44)**
803:7,10 805:18,19
807:11 808:21,24
809:2 810:16,24
811:7,10,14 818:16
818:19,23 819:6,12
819:15 820:11,15
820:21,23 821:8,14
821:22 837:24
838:3,8,20 839:23
842:9 843:5,10,15
868:20 882:12
894:21 898:20

899:4 902:2,6 922:6
936:3
**Offhand (1)**
831:14
**office (2)**
861:23 862:6
**officer (44)**
811:12 812:5 813:3
813:12,12,17 814:9
814:21,25 815:18
815:21,25 816:18
817:15,16 823:15
824:18 827:3 829:2
829:6 833:8,12
834:4,6,9 835:3
836:17 837:17,19
841:8 843:14
851:17,20,21
872:10,10 878:2
879:2 887:15
907:21 911:3,3,9
918:17
**officers (57)**
808:12,18,23 809:6,9
809:14,17 810:8,24
811:5,9,17,24 812:8
812:16,22 813:9,14
813:22 817:13
822:19 824:12
826:22 838:20
848:25 849:19
866:10,11,14,15
867:6,7,17,19,20,23
868:2,8,9,13,13,18
868:19 869:5,6,11
869:20,21 870:3,5
883:9 884:19 906:4
907:14 920:2
924:12 928:14
**officer's (2)**
868:15 904:3
**offices (1)**
804:7
**official (4)**
803:9,10,12,15
**officially (2)**
808:10,14
**off-duty (13)**
814:21,24 866:10,15
867:6,17,19,25
868:9,13,15,18
869:5
**off-season (1)**
865:17
**Oh (2)**
916:2,5
**Okay (20)**
814:5,8,16 818:12
821:4,19 822:10

825:17,19 827:8
828:2 830:8 831:3,9
831:23 833:22
835:8 880:6,15
920:6
**old (2)**
831:5 833:17
**once (1)**
840:13
**ones (3)**
855:15 856:13 887:21
**on-duty (13)**
809:5,9,13,17 810:23
848:25 849:19
867:19 868:8,12,18
869:5 883:8
**open (3)**
888:4,11 930:12
**opened (2)**
888:8,18
**opens (2)**
888:14 892:21
**operating (1)**
921:6
**opinion (3)**
825:22 826:3 896:20
**opposed (2)**
887:4 914:7
**order (6)**
808:20,22 833:12
836:17 865:9 919:2
**ordered (6)**
810:12 830:11,12
832:23 833:7
835:21
**ordinance (1)**
920:25
**original (1)**
866:20
**originally (1)**
891:20
**outcome (1)**
934:18
**outside (8)**
809:2 820:23 841:16
863:21,24 864:11
894:21 895:16
**overall (1)**
920:5
**overwhelmed (1)**
916:18
**owner (6)**
821:8 876:20 920:7
923:3,5,8
**owners (1)**
919:17
**owns (1)**
919:13

**O'BRIEN (1)**
805:10
**o'clock (2)**
839:7 870:2
**O'Malley (1)**
907:20
**O'NEILL (1)**
805:10

_____
**P**

**P (13)**
805:2,2 806:2,2
883:16,16,18,19,23
883:24 884:4
935:19,19
**page (8)**
808:6 811:3 883:23
884:3,4 932:19
935:3 936:4
**paid (5)**
878:25 879:16 901:10
901:14,15
**paperwork (2)**
840:13 841:3
**Paradiso (10)**
819:9 860:20 870:20
875:22 878:4,13
899:19,22 901:19
904:25
**Paradiso's (1)**
929:19
**paragraph (31)**
808:7,7,17 809:4,20
810:3 811:4,16
812:19 813:11
814:6,11,17 815:8
818:9 819:24
820:18,25 821:2,5
821:10 825:4,17,22
826:19 827:6
829:10 833:19,20
833:24 837:22
**paragraphs (1)**
814:13
**paraphernalia (8)**
824:5 825:2,6 914:18
916:4,12 917:12
924:17
**part (13)**
808:8 809:5,21 811:4
811:17 818:14
819:12 821:6
846:14 855:7
899:12,14 929:2
**particular (1)**
904:2
**parties (2)**
931:17 934:16
**party (5)**

818:15,20,23 819:3
888:14
**passed (3)**
841:8 871:3,18
**patrolling (2)**
811:18,25
**Paul (13)**
830:18,21 831:4,7,16
831:21 832:4,14
833:14 906:9
917:18 918:9 925:2
**pay (1)**
902:9
**PD (1)**
823:20
**people (11)**
850:16 880:11 883:6
883:10 887:18
894:17 895:12
899:13,23 900:6
926:14
**performed (2)**
875:23 881:24
**period (3)**
846:23 849:13,16
**perjurious (2)**
848:3,7
**permit (1)**
828:15
**permitted (2)**
828:5 837:20
**person (6)**
832:23 834:8 846:12
852:19 896:11
911:5
**personal (3)**
820:10 840:11 902:15
**personally (3)**
810:23 844:15 901:6
**personnel (2)**
810:6,20
**petition (1)**
872:19
**petitioned (1)**
872:21
**Philip (4)**
803:24 804:10 934:7
934:24
**phone (2)**
813:15,18
**phrase (4)**
900:24 901:2,3
923:14
**physical (1)**
814:24
**pick (2)**
813:8 819:3
**picked (2)**

832:24 833:17
**picking (1)**
912:20
**piece (2)**
887:25 888:2
**pipe (14)**
824:3,6,14,16 913:5,5
913:8,11,14,17,20
914:7 915:2 924:18
**place (3)**
826:7 829:20 916:13
**placed (1)**
883:21
**plaintiff (3)**
930:18 932:3,5
**plaintiffs (69)**
803:5 805:5 808:7,16
808:19,22 809:4,12
809:21 810:3,7,14
811:4,16 812:3,11
812:15,19,25
820:19 821:21,25
822:3,11,18 825:4
826:6,11,19,21,25
828:22 832:11,20
833:6 838:16 854:9
855:5,8,15 856:4,13
856:16,19 857:23
859:10 860:3,12
861:7 868:25
873:12 893:8,19,25
895:20 896:9
897:11,19 898:3,4
898:21 899:9
918:14 930:17
931:2,7,22,23 932:2
**Plaza (2)**
804:8 805:20
**plead (1)**
829:25
**please (9)**
814:14 815:10 818:10
821:17 822:8
825:17 827:6
833:19 835:6
**pleased (1)**
928:7
**point (12)**
843:18,21 846:23
851:17 852:10,16
859:11 860:17
867:5,9 870:25
921:15
**police (64)**
803:10,11,13 805:19
808:23 809:6,10,13
809:14,17,18,22
810:20,23 811:7,10
811:14,18,22,25

812:5,23 813:3,9,14
814:21,25 815:17
815:21,23 816:10
819:11,19 824:18
837:24 838:3,8,21
841:7 843:23
851:16,19,21
863:22,23 870:21
870:23 877:4 878:2
878:2 879:2 887:15
887:18 896:12
898:21 902:22
906:4 907:21 914:8
914:10 917:8 919:4
927:19 929:17
**policy (1)**
843:22
**pool (21)**
846:15,24 847:14,21
848:13,24 849:4,10
849:18 850:4,17,21
851:3,4,9,11 852:12
852:21 853:7,17
854:4
**poorly (1)**
882:22
**portions (1)**
846:11
**pose (1)**
932:13
**posed (1)**
887:2
**position (4)**
825:11 887:6 889:15
890:6
**positions (1)**
889:10
**possessing (1)**
914:18
**possibilities (1)**
852:6
**possible (10)**
849:25 850:14,18
851:19 852:6,8,11
921:23 922:3
923:17
**possibly (1)**
891:9
**post (8)**
837:14 844:12 884:4
884:8,16,23 893:17
894:16
**posted (8)**
845:12 897:11,19
898:3,4 931:22
932:2,5
**posting (7)**
883:15,18 887:14
893:18,24 895:19

935:18
**postings (1)**
884:10
**posts (10)**
893:13 895:24,25
896:4,4,6,7 897:7
897:10 931:25
**pouring (1)**
912:25
**preceding (1)**
876:18
**prefer (1)**
877:17
**premise (2)**
829:15,16
**presence (3)**
814:19 828:16,19
**present (3)**
806:11 825:2 900:10
**Presented (1)**
859:24
**president (2)**
895:8,10
**presumably (1)**
885:11
**presume (1)**
850:24
**presuming (1)**
888:14
**prevent (1)**
886:8
**prevented (1)**
816:18
**previous (2)**
871:21 910:13
**previously (2)**
841:2 896:7
**pre-marked (1)**
808:4
**prior (2)**
844:21 871:13
**private (4)**
818:15,18,23 819:3
**privilege (1)**
844:25
**probable (1)**
913:23
**probably (4)**
854:20 860:16 898:19
916:21
**problems (2)**
888:7 902:23
**procedures (1)**
863:23
**process (2)**
830:15 881:23
**professional (2)**
840:4,14

**prohibit (1)**
826:5
**promote (3)**
870:24 871:14 872:6
**proof (5)**
897:18,21,23 930:17
930:22
**proper (3)**
849:23 910:19,25
**properly (1)**
885:10
**proposition (1)**
886:20
**prosecutor (1)**
862:7
**prove (3)**
831:25 832:9 897:17
**provided (1)**
817:25
**public (8)**
804:11 807:16 902:24
903:4 905:17,25
934:8 936:25
**publicly (1)**
898:24
**punch (3)**
909:24 910:13,20
**punched (3)**
908:15,19 909:25
**punching (2)**
815:16 910:12
**purchased (3)**
830:6,9,10
**pure (2)**
822:13 823:12
**purpose (2)**
818:19 885:15
**pursuant (1)**
804:9
**put (16)**
816:17,23 817:15
845:14 874:6
875:18 877:9,14
904:15 905:7,9
908:14,18 910:2,19
911:22
**putting (5)**
810:11 837:6 879:21
886:14 909:8
**P.C (1)**
805:10
**p.m (1)**
933:3
**P.O (1)**
806:8

_____
**Q**
_____
**qualifying (1)**

841:8
**question (54)**
810:10 811:23 814:3
817:2,12 819:8
833:16 842:22
844:2 845:14 847:4
849:15 850:12
852:5 853:2,3,22
855:23 859:7,8
866:24 868:5
877:18,19 880:14
880:17,18 886:2,16
886:24 887:10
888:13 889:24
891:23 897:15
908:16,17 912:2,15
912:16 917:17
919:22 920:17,20
921:11,14 926:25
927:2,9 929:4
930:11,19 931:9,20
**questioning (2)**
884:10,12
**questions (33)**
819:10 835:16 836:24
839:2,4,14 841:20
841:22 842:7,8,24
845:22 846:2 866:9
873:25 879:25
880:10 882:21
884:17 887:3,24,24
888:11,16,18,19
890:3 893:6 899:8
917:17 925:25
926:2 932:12
**quite (1)**
897:14
**quote (3)**
826:20,24 872:15

**R**

**R (4)**
805:2 806:2 807:14
934:2
**radio (1)**
813:15
**Radler (2)**
804:8 805:16
**raise (1)**
859:9
**raised (1)**
880:18
**rat (4)**
885:4 887:15 891:3
892:11
**reach (2)**
848:10 851:6
**reached (4)**
848:18 850:13 853:3

931:17
**read (22)**
814:13 818:10 820:25
821:17 822:8
825:18 827:7
833:19 835:6
858:19,22,22,25
868:6 880:19 884:8
894:15,17 895:4
896:12 928:8,10
**reading (6)**
814:7 821:3 886:12
887:19 898:16
928:17
**really (8)**
811:20 840:24 872:3
897:5 906:14
908:21 911:17
929:24
**reason (2)**
890:8 902:14
**reasons (4)**
880:7,13 899:9
900:22
**recall (98)**
815:5 817:10 818:25
837:3 840:22 841:3
842:12,22 845:25
846:8,15,20,24
847:7,14,21 848:3
854:10,16,18,19,21
855:4,8 856:7,18
857:17,21 860:15
861:3,18,21 862:22
863:13,17 864:3,6,8
865:7,8 866:12
868:10 870:9,15,17
871:23 872:11,16
873:8,21 874:2,3
878:8,11,15 882:24
893:9,14 897:7
899:20,24 900:24
901:17,20 902:18
903:8,22 905:3,18
906:2 908:5,21,22
908:23 911:24
912:6,18,20 913:2,6
917:19 918:15
919:3,8,22 920:10
920:14,17,19
921:24 922:9,14,18
924:23 925:3 926:6
924:24 930:19
**receipt (1)**
829:24
**receive (5)**
862:25 903:3,9,18
905:23
**received (6)**

823:17 845:15 850:16
862:21 863:8
903:14
**Recess (4)**
839:8 892:25 925:17
931:13
**recognize (1)**
817:6
**recollection (4)**
821:9 900:2 901:22
905:21
**record (22)**
807:13 817:21 818:5
839:7,12 845:6
880:19 889:9
892:22,24 893:3
914:21 923:14
925:12,14,16,19
931:10,12,15 933:2
934:13
**redirect (3)**
884:14 885:20 888:25
**reference (7)**
815:4 824:24 867:22
876:16 926:15
927:21 930:2
**referenced (4)**
814:10 815:3 833:11
834:2
**referencing (3)**
815:7,11,12
**referring (10)**
816:16 821:10 822:15
825:3,23,24 829:9
835:9 857:10
928:25
**refers (1)**
837:22
**refrain (2)**
833:8,12
**refresh (3)**
900:2 901:22 905:20
**refuge (1)**
812:21
**refused (3)**
858:21 861:10 882:13
**regard (15)**
811:22 814:19,23
820:6 822:20
825:12 831:16
833:16 842:23
855:21 926:25
927:3,24 928:8
929:11
**regarding (5)**
842:7 852:5 872:15
884:10 893:13
**registry (1)**
841:10

**regular (1)**
819:17
**relate (1)**
836:4
**related (1)**
934:16
**relates (1)**
891:18
**relationship (2)**
820:7 840:2
**relay (1)**
823:4
**remember (19)**
817:11,19 824:20,22
829:21 840:21
841:5 860:14
871:10 873:2
875:25 881:9
900:25 903:17
904:14 907:21
909:3 915:23
927:23
**remnants (1)**
913:19
**remove (2)**
812:20 813:2
**renter (3)**
823:25 923:16,18
**renters (3)**
923:20,25 924:5
**Repeat (2)**
847:4 901:13
**rephrase (2)**
855:13 921:14
**report (1)**
880:11
**Reported (1)**
803:23
**represents (1)**
845:3
**requesting (1)**
931:24
**requests (3)**
845:10 935:9,13
**require (3)**
819:2 820:19 836:25
**required (2)**
813:7 911:4
**requirement (1)**
918:6
**reserve (1)**
888:25
**residence (9)**
818:16,18,23 819:4
823:24,25 912:5,12
912:21
**residences (1)**
820:20

**residents (1)**
899:4
**respect (19)**
843:23 847:13 849:4
849:17 862:13,17
863:16 865:6
872:20,25 882:5,7
882:18 884:16
890:2 917:18
920:23 924:11,16
**respond (1)**
857:20
**responded (2)**
863:4 927:3
**responding (1)**
863:11
**response (27)**
825:14 835:19 836:24
842:8 845:10 846:2
866:9,23 867:3
873:24 875:5
882:20 884:17
885:6,7 886:5 892:8
892:10 893:5,12
897:6 899:8 911:25
921:12 926:3
930:21 931:18
**responsive (2)**
886:25 887:4
**restrain (1)**
910:3 911:4
**restraining (2)**
816:19 910:24
**return (1)**
832:13
**returned (2)**
832:12,21
**review (4)**
925:12 929:14,18,22
**reviewed (1)**
861:21
**Rexcorp (2)**
804:8 805:20
**re-ask (1)**
859:7
**Rich (1)**
906:8
**Richie (2)**
860:6 861:6
**ride (1)**
873:6
**riding (7)**
872:16,20,25 873:4
920:24,25 921:17
**right (11)**
835:13 845:16 847:16
860:24 866:22
902:25 906:10
909:2 911:24

909:2 911:24
916:23 917:2
**Rivkin (2)**
804:8 805:16
**Rizzuti (4)**
803:24 804:10 934:7
934:24
**Road (1)**
805:12
**Robert (1)**
925:6
**Rocket (2)**
809:14,18
**Rogers (3)**
803:9 805:19 866:6
**romantically (1)**
841:13
**roof (1)**
823:15
**roughed (1)**
904:19
**rousted (1)**
904:12
**row (2)**
837:2,8
**RUDOLPH (1)**
806:4
**rug (1)**
858:7
**rules (2)**
920:23,24
**RULINGS (1)**
935:11
**rumor (3)**
855:5 856:3 857:14
**rumors (28)**
854:9,13,15,17,21
855:7,16,23,25
856:6,11,12 857:6,9
857:9,13,16,20,23
858:11,14,16 859:9
859:13,16 860:8,18
860:24
**Russell (3)**
863:16,20 865:20

**S**

**S (5)**
805:2,8 806:2 807:14
807:14
**safe (1)**
916:17
**sale (1)**
829:16
**Sam (2)**
881:25 882:7
**Samaritan (1)**
815:16

**Sanchez (9)**
803:14 839:18 840:2
840:10 841:14
844:5,7,12 845:11
**sat (2)**
858:17 860:25
**save (3)**
855:3,10 856:20
**saw (4)**
805:12 827:2 854:3
902:6
**saying (8)**
830:4 836:8 849:9
855:23 856:10
859:19 881:9
902:18
**says (6)**
885:13,14 887:14
890:10,21 891:2
**scene (2)**
823:10 824:2
**Schalik (1)**
881:20
**Schalik's (1)**
862:21
**schedules (2)**
817:25 818:3
**scope (2)**
879:24 884:14
**sealed (1)**
917:15
**search (12)**
873:20 874:4,10
875:8,15,23 876:4
876:13 878:5
913:24 914:3 926:5
**season (4)**
838:11,11 865:16,18
**seasons (1)**
869:15
**second (1)**
884:7
**see (15)**
822:14 824:15 858:20
859:11 876:17,25
888:3,11,17 890:18
906:7 913:13,24
914:3 931:8
**seeing (1)**
891:15
**seen (3)**
824:11 894:12 910:20
**seizure (10)**
873:21 874:4,11
875:9,15,24 876:5
876:14 878:5 926:5
**select (1)**
846:10

**selected (4)**
899:9,12 900:22
902:14
**selectively (1)**
822:4
**sell (3)**
917:22 918:6 923:24
**send (1)**
841:10
**seniority (1)**
896:11
**sent (2)**
881:16,19
**sentence (4)**
826:18 833:7,24
890:24
**sergeant's (2)**
871:3,18
**series (1)**
846:5
**serve (2)**
931:23 932:14
**served (2)**
845:9 919:6
**Service (3)**
803:14 839:22 841:10
**serving (1)**
919:10
**set (3)**
916:23 934:11,21
**share (1)**
923:21
**shares (1)**
923:25
**SHEET (1)**
936:2
**shift (12)**
837:7,15,25 838:5
866:11,17,25 867:4
867:24 868:10,15
870:4
**shifts (10)**
808:9 811:6,10,13
817:22 835:22
836:9,18 837:2,19
**shit (2)**
926:13,22
**shitty (3)**
885:2 887:16 890:23
**short (1)**
810:6,20 865:11
**show (7)**
914:12 927:10,18
928:3,5 929:11,16
**showed (3)**
927:17,21 929:5
**showing (3)**
926:25 927:3,24

**sick (1)**
902:16
**sides (1)**
861:5
**sign (6)**
881:3,8,10,15 882:13
882:14
**signed (3)**
841:9 881:13,18
**signing (1)**
881:24
**silly (2)**
872:15 920:23
**similar (1)**
882:6
**Simple (1)**
853:12
**single (3)**
852:19,19 853:4
**sir (3)**
809:8,16 849:11
**sister (2)**
824:10,10
**sitting (6)**
824:6,8 843:3 911:21
914:10 929:19
**situation (1)**
856:25
**sleeping (10)**
878:10,14,17,22,25
879:13,16 901:7
902:7,10
**slope (1)**
823:15
**small (2)**
824:3 840:25
**smell (2)**
915:18,20
**smelled (1)**
915:19
**smells (1)**
915:24
**smoked (2)**
913:22 915:12
**smoking (2)**
824:4 913:5
**Snyder (36)**
803:4 813:12,16,21
814:9 822:12,19,24
823:4,9,10,16,20
825:13 833:24
858:23 861:7
875:12 876:15
898:6 902:14 903:5
903:14,16 904:4,20
905:13,16,24
924:21 926:4,8,18
926:20 927:4

929:11
**Snyder's (2)**
813:12 825:14
**socializing (2)**
826:23 827:3
**socially (1)**
907:8
**somebody (12)**
848:14 854:4 870:22
894:13,13 895:2
896:18 908:15
909:5 910:5,20
920:25
**son (2)**
821:8 823:23
**sorry (2)**
834:3 894:24
**sort (1)**
897:24
**south (3)**
815:13 819:12,22
**speak (22)**
837:20 848:11 849:12
852:18 857:22,25
858:3,15 859:12,16
860:6 862:12,16
865:19,22 866:2
871:8 879:23
889:22 890:11
899:18 904:25
**speaking (1)**
883:6
**specific (3)**
817:11 874:8 888:23
**specifically (29)**
817:9 854:24 856:2,7
857:24 859:14
860:14,23 861:8
863:10 864:5
870:16 871:10,25
873:2,10 874:2
875:25 881:7
882:25 897:2
903:21 904:4
905:18 906:14
908:7 915:23 926:8
927:23
**speculate (3)**
856:8 896:19 898:20
**speculating (2)**
851:25 910:15
**speech (1)**
889:18
**spend (4)**
808:9 835:21 836:17
836:25
**spent (1)**
836:9
**spilling (2)**

922:18 924:11
**spoke (2)**
835:14 864:18
**spoken (14)**
810:13 842:18 843:4
843:8 844:3,7
860:20 871:11,15
894:20,25 895:15
896:25 897:3
**spot (1)**
928:6
**ss (1)**
934:4
**staffing (1)**
869:20
**standing (4)**
835:22 836:10,18
904:7
**start (2)**
807:8,25
**started (1)**
850:14
**starting (2)**
851:8 920:16
**state (6)**
804:11 806:6 841:11
856:21 934:3,8
**stated (5)**
858:16 861:4 870:15
870:18 904:15
**statement (13)**
817:12 847:13 848:2
848:22 849:16
851:9 852:20 853:5
882:18 886:25
890:20 926:12
930:3
**statements (33)**
846:6,11 847:7,11
848:24 849:3,18
850:2,15,18,23
852:10,24,25
853:10,16 854:2
882:24 883:4,9
884:21 886:10
890:9,18 891:11
892:4 893:18,24
895:20 896:13
898:10 899:7
928:22
**STATES (1)**
803:2
**stating (1)**
856:13
**station (20)**
809:7,10,15,18
812:23 813:4,9
831:20,21 863:16
865:6,20,23 866:3

877:4 914:8,10
919:5 927:19
929:17
**stay (2)**
826:11 836:16
**stealing (3)**
879:4,13,15
**Steinhauser (1)**
925:6
**step (1)**
886:12
**steps (3)**
886:8 893:7 905:13
**stipulate (1)**
845:7
**store (1)**
916:14
**story (2)**
824:17 833:11
**street (5)**
835:23 836:19 904:6
915:8,11
**streets (1)**
922:7
**strewn (1)**
812:23
**strictly (1)**
840:4
**strike (13)**
846:15 848:13 854:4
855:6 857:25 859:5
876:24 880:24
882:11 898:10
910:18 917:4
931:18
**struck (2)**
851:11 909:5
**stuff (1)**
877:23
**subject (2)**
810:15 812:12
**submitted (1)**
893:12
**subpoena (1)**
804:10
**Subscribed (2)**
933:7 936:22
**subsequent (1)**
928:17
**subsequently (1)**
893:12
**substance (2)**
871:24 886:19
**Suffolk (8)**
803:12,12,13 806:6
839:21 840:17
845:9 907:20
**suggest (1)**

899:21
**suggesting (1)**
891:13
**Sullivan (2)**
861:21 862:5
**sum (2)**
871:23 886:19
**summer (5)**
873:4 920:11,21,24
921:16
**summons (16)**
821:7,13 824:3
829:23 831:22
881:24 882:13
914:16,17 919:5
920:3,12 921:17
924:7,11,16
**summonses (5)**
821:21 828:22 872:11
881:16,19
**supplemental (1)**
845:9
**sure (12)**
817:24 831:14 832:2
838:17 846:22
866:23 872:4
891:12 897:14
898:6 899:2 907:5
**suspected (1)**
914:15
**Svingos (1)**
923:7
**sweeping (3)**
856:24,25 858:6
**sworn (4)**
807:15 933:7 934:12
936:22

_____

**T**

**T (2)**
934:2,2
**tailored (1)**
897:23
**take (13)**
813:17 817:14 819:10
819:20 832:16
839:5 852:19
853:10 854:2 884:7
905:4 909:18
932:15
**taken (10)**
815:23 829:19 839:8
846:6 853:4 889:14
892:25 893:7
925:17 931:13
**takes (1)**
895:12
**talk (8)**
840:25 864:14,24

870:14 884:24
885:2 890:22 892:6
**talked (4)**
829:13 864:12 871:20
919:25
**talking (7)**
815:18 856:11 857:6
857:7 874:5,6
919:22
**tape (1)**
807:8
**taxi (1)**
815:14
**Taxi's (1)**
815:13
**tear (1)**
821:13
**tell (28)**
812:8 814:6,14
815:10 817:8
818:10 821:17
822:8 825:18 827:7
828:21 833:20
835:6,18 836:22
858:20 859:20
860:22 861:3,14
865:4 875:22
878:13 885:25
889:6 894:10 909:4
929:24
**telling (4)**
876:18 887:16 910:5
926:20
**ten (8)**
819:16 842:2 879:22
885:24 886:15
888:22,24 889:14
**term (1)**
897:24
**terminated (4)**
873:12 879:20 880:4
899:22
**termination (3)**
899:10 900:23 902:14
**terms (1)**
889:12
**test (1)**
871:3
**testified (34)**
807:17 839:16 841:2
842:11,17 849:11
854:8 857:8 861:16
861:20 862:20
863:14 864:17
866:8 870:6 872:9
873:19 878:9 882:5
882:21 884:16
885:7 886:5 893:5
893:11 899:11

902:13 907:12,13
909:10 911:25
912:8,23 913:4
**testify (1)**
909:11
**testifying (3)**
845:25 846:20 854:11
**testimony (14)**
825:8 842:7,12
855:21 868:6
885:13,20 889:25
890:7,14,15 893:9
918:12 934:14
**thank (1)**
839:2
**thing (4)**
817:17 836:5,7
916:21
**things (6)**
880:11 886:18 910:15
928:11,23,24
**think (56)**
810:13 823:12 827:23
830:18 835:14
838:13 855:22,24
856:2 858:16 859:3
859:17 863:3,9
866:19 872:9,15
878:9 879:23 880:2
880:12 881:7,12
883:5 885:5 886:3
886:10,14,16 887:2
888:8,22 890:13
891:4,6 896:18,19
897:24 900:2,15,17
901:22 905:20
907:19 908:2 911:6
915:6 918:24,25
919:16 921:22
922:2 923:14
925:24 927:7
932:14
**thinks (1)**
887:21
**THOMAS (1)**
803:4
**THOMPSON (1)**
805:4
**thought (10)**
854:9 858:23 859:2
860:3 861:8 890:14
891:8 892:2 904:9
923:11
**thousands (1)**
842:24
**threat (1)**
893:8
**threats (1)**
886:6

**three (13)**
835:21 836:9,17
851:15 853:11
856:22 861:6 870:2
870:5 874:15
925:25 926:2
928:14
**threw (3)**
824:15 904:13 914:12
**throw (1)**
914:6
**throwing (1)**
837:9
**thrown (3)**
823:6 835:11 904:20
**tidy (3)**
900:23,25 901:4
**time (56)**
807:12 810:2 835:15
837:18 839:6,11
840:9 841:12,16
842:13 843:13,18
843:21 846:23
849:4 852:11 853:3
858:17,23 859:5
865:13 866:5,8
868:7 869:22
870:25 871:9,11
873:4,19,23 879:4
879:11,13 888:25
892:23 893:2 895:8
902:10 904:17
909:2 910:15 916:8
917:11 918:10
921:15 925:15,18
925:21 927:17,20
929:5 931:11,14
932:18 933:3
**timeframe (1)**
865:12
**times (12)**
830:20 837:14 873:6
874:13,16,25 900:8
901:12,16,17 903:7
927:4
**title (1)**
824:21
**today (4)**
843:3 844:19,21
911:21
**told (9)**
836:23 844:18 847:19
853:5 861:5 876:15
876:19 894:13
909:24
**Tom (2)**
924:21 926:18
**Tommy (7)**
823:9,10 825:13

875:12 876:15,18
898:6
**top (3)**
843:14 874:15 875:3
**tour (1)**
870:2
**transpired (2)**
928:23,24
**transport (3)**
818:15,18,22
**travel (1)**
907:3
**trees (1)**
889:17
**trial (1)**
880:17
**true (5)**
852:10 880:13 889:4
889:10 934:13
**trustee (2)**
842:18 843:2
**trustees (8)**
843:4,9 865:23
870:12 871:14,17
878:17 902:2
**truth (3)**
831:24 894:10 929:25
**trying (6)**
836:4 859:22 860:4
860:13 885:14,15
**turn (2)**
808:6 884:4
**turned (2)**
818:7 916:22
**twice (1)**
875:4
**two (10)**
819:13,21 833:10
838:12,12 870:2
876:23 904:7 922:7
932:12
**Ty (1)**
906:7
**type (1)**
844:17
**types (1)**
812:8

_____

**U**

**Uh-hum (2)**
845:24 872:13
**uncertified (6)**
811:5,8,17,21 812:21
826:22
**underneath (1)**
836:10
**understand (15)**
816:22 830:8 835:17

845:20 849:8 850:9
850:10 851:5 868:4
878:24 891:13
897:15 898:15
904:18 923:23
**understanding (4)**
815:6 832:19 835:18
835:25
**understood (1)**
868:7
**uniform (3)**
808:10,13 810:24
**Uniondale (1)**
803:21 804:9 805:21
**UNITED (1)**
803:2
**unlawful (1)**
878:5
**unsecured (1)**
917:5
**upset (7)**
863:15,19 895:25
896:8 911:10,12,14
**urinating (1)**
904:10
**use (10)**
848:24 849:17 851:9
851:21 852:21
853:6,17 854:4
873:16 923:13
**usual (1)**
817:15
**usually (2)**
869:20,25

_____

**V**

**Van (1)**
862:20 881:20
**various (2)**
820:20 927:4
**vehicle (2)**
812:6 819:19
**vehicles (8)**
811:19,23,25 812:22
819:11 837:25
838:4,7
**venting (1)**
894:18
**verbally (8)**
848:23 874:21 875:2
875:12,17 900:7
903:11,14
**versus (1)**
807:10
**Veterans (1)**
806:7
**vice (2)**
895:7,10

**victims (2)**
850:25 851:10
**Videographer (11)**
806:12 807:7 839:6
839:11 892:23
893:2 925:15,18
931:11,14 932:18
**videotaped (2)**
803:19 804:6
**view (1)**
879:15
**viewpoint (1)**
891:24
**village (13)**
803:7 805:17 807:11
810:5,19 817:24
839:24 843:5,10,15
872:16 879:5
884:12
**violated (1)**
865:5
**violating (2)**
918:19,24
**violation (1)**
924:9
**vs (2)**
803:6 936:3

_____

**W**

**W (1)**
805:14
**waiter (1)**
918:7
**waitress (1)**
918:7
**Walk (7)**
835:24,24 836:20,20
837:3,3 922:6
**walked (3)**
847:6,11,18
**walking (2)**
904:5,11
**Walter (6)**
815:18,20 906:8,24
908:18 909:8
**want (21)**
823:20 844:24 845:21
857:9 882:17
887:20 888:10
889:20 891:7
892:15 897:22,25
898:9 899:6 904:14
905:7 907:11
910:17 917:16
921:13 927:14
**wanted (8)**
825:14 845:17 877:9
877:11 919:5,9
920:11 921:16

**wants (2)**
888:24 890:11
**wash (4)**
837:23 838:3,16,20
**wasn't (4)**
832:2 877:18 911:3
915:10
**water (3)**
815:13,14 837:10
**way (13)**
851:16 853:24 879:7
879:10 880:21
896:20 899:23
906:20 907:24
909:14 910:24
911:14 934:18
**ways (1)**
920:18
**week (1)**
845:8
**weekends (1)**
869:12
**Weinberg (1)**
925:9
**welcome (1)**
807:22
**went (19)**
823:17,24 824:14
840:12,13,16,17
846:5,10 863:15,19
863:21 874:7 880:3
907:25 912:24
926:10,15,17
**west (2)**
819:14,20
**WHEREOF (1)**
934:20
**wife (1)**
815:22
**WIGDOR (1)**
805:4
**withdrawn (4)**
820:17 822:2 834:25
840:21
**witness (19)**
807:15 844:17 847:7
847:10 849:16
852:10 853:5
884:21 887:7
888:16,20 889:16
892:4 901:6 934:10
934:14,20 935:3
936:4
**witnessed (12)**
810:23 822:13 846:14
846:23 847:24
848:12 852:20
853:6,17 875:13
909:23 910:7

**witnesses (2)**
825:21 846:21
**wonder (3)**
884:24 890:22 892:6
**word (4)**
828:9 857:14 873:16
897:23
**words (2)**
904:8 926:21
**work (1)**
831:23
**worked (5)**
817:23 837:15,15,18
903:2
**working (1)**
843:15
**works (3)**
829:15 923:25 924:3
**world (1)**
852:3
**worth (1)**
925:25
**wouldn't (1)**
863:3
**wow (1)**
858:24
**write (11)**
865:2 878:21 899:15
900:12 908:8,11
909:7 914:17 924:7
924:10,15
**writing (17)**
848:23 872:11 874:23
875:18 876:7
877:10,13,20
886:18,20 903:9
904:15 905:8,10,24
914:22 920:12
**written (2)**
900:16,18
**wrote (6)**
824:2 847:25 875:14
894:14 898:6
914:16

_____
**X**
**X (1)**
935:2

_____
**Y**
**yeah (2)**
916:2,5
**year (8)**
831:5 833:17 854:19
860:15 864:6 865:8
873:3 876:22
**years (4)**
838:17 869:14,18

894:12
**yell (1)**
907:23
**yelled (3)**
816:8 907:14 911:20
**York (14)**
803:2,21 804:9,11
805:7,7,13,21 806:6
806:9 841:11 934:3
934:5,9
**younger (1)**
824:10
**youth (5)**
832:13,22 833:9
834:5 835:2
**youths (5)**
822:25 833:10,25
834:3,12

_____
**0**
**03 (1)**
869:16
**05 (1)**
869:16
**07 (1)**
803:6

_____
**1**
**1 (1)**
807:8
**1:03 (1)**
931:12
**1:07 (1)**
931:15
**1:09 (1)**
933:2
**1:10 (1)**
933:3
**10:08:44 (1)**
807:5
**10:21:20 (1)**
807:10
**10:21:33 (1)**
807:15
**10:21:35 (1)**
807:20
**10:21:42 (1)**
807:25
**10:21:51 (1)**
808:5
**10:22 (2)**
804:4 807:12
**10:22:28 (1)**
808:10
**10:22:39 (1)**
808:15
**10:22:56 (1)**
808:20

**10:23:10 (1)**
808:25
**10:23:18 (1)**
809:5
**10:23:31 (1)**
809:10
**10:23:45 (1)**
809:15
**10:23:55 (1)**
809:20
**10:24:17 (1)**
809:25
**10:24:30 (1)**
810:5
**10:24:42 (1)**
810:10
**10:24:55 (1)**
810:15
**10:25:13 (1)**
810:20
**10:25:34 (1)**
810:25
**10:25:49 (1)**
811:5
**10:26:07 (1)**
811:10
**10:26:19 (1)**
811:15
**10:26:33 (1)**
811:20
**10:26:44 (1)**
811:25
**10:26:51 (1)**
812:5
**10:27:06 (1)**
812:10
**10:27:24 (1)**
812:15
**10:27:43 (1)**
812:20
**10:27:58 (1)**
812:25
**10:28:08 (1)**
813:5
**10:28:17 (1)**
813:10
**10:28:39 (1)**
813:15
**10:28:50 (1)**
813:20
**10:29:04 (1)**
813:25
**10:29:09 (1)**
814:5
**10:29:56 (1)**
814:10
**10:30:07 (1)**
814:15

**10:31:04 (1)**
814:20
**10:31:23 (1)**
814:25
**10:31:27 (1)**
815:5
**10:31:35 (1)**
815:10
**10:31:50 (1)**
815:15
**10:32:07 (1)**
815:20
**10:32:19 (1)**
815:25
**10:32:30 (1)**
816:5
**10:32:48 (1)**
816:10
**10:32:57 (1)**
816:15
**10:33:14 (1)**
816:20
**10:33:23 (1)**
816:25
**10:33:27 (1)**
817:5
**10:33:37 (1)**
817:10
**10:33:47 (1)**
817:15
**10:33:57 (1)**
817:20
**10:34:09 (1)**
817:25
**10:34:15 (1)**
818:5
**10:34:34 (1)**
818:10
**10:35:14 (1)**
818:15
**10:35:25 (1)**
818:20
**10:35:32 (1)**
818:25
**10:35:45 (1)**
819:5
**10:35:56 (1)**
819:10
**10:36:06 (1)**
819:15
**10:36:16 (1)**
819:20
**10:36:36 (1)**
819:25
**10:36:45 (1)**
820:5
**10:36:59 (1)**
820:10

**10:37:16 (1)**
820:15
**10:37:38 (1)**
820:20
**10:37:49 (1)**
820:25
**10:38:16 (1)**
821:5
**10:38:35 (1)**
821:10
**10:38:44 (1)**
821:15
**10:39:13 (1)**
821:20
**10:39:25 (1)**
821:25
**10:39:43 (1)**
822:5
**10:40:00 (1)**
822:10
**10:40:56 (1)**
822:15
**10:41:12 (1)**
822:20
**10:41:27 (1)**
822:25
**10:41:35 (1)**
823:5
**10:41:45 (1)**
823:10
**10:41:59 (1)**
823:15
**10:42:14 (1)**
823:20
**10:42:29 (1)**
823:25
**10:42:46 (1)**
824:5
**10:43:01 (1)**
824:10
**10:43:19 (1)**
824:15
**10:43:26 (1)**
824:20
**10:43:38 (1)**
824:25
**10:43:52 (1)**
825:5
**10:43:59 (1)**
825:10
**10:44:17 (1)**
825:15
**10:44:49 (1)**
825:20
**10:45:02 (1)**
825:25
**10:45:05 (1)**
826:5

| | | | | |
|---|---|---|---|---|
| **10:45:16 (1)** 826:10 | **10:51:00 (1)** 832:5 | **10:57:51 (1)** 837:25 | **11:08:38 (1)** 842:20 | **11:13:15 (1)** 848:15 |
| **10:45:27 (1)** 826:15 | **10:51:07 (1)** 832:10 | **10:58:00 (1)** 838:5 | **11:08:51 (1)** 842:25 | **11:13:23 (1)** 848:20 |
| **10:45:39 (1)** 826:20 | **10:51:25 (1)** 832:15 | **10:58:09 (1)** 838:10 | **11:09:02 (1)** 843:5 | **11:13:37 (1)** 848:25 |
| **10:45:58 (1)** 826:25 | **10:51:32 (1)** 832:20 | **10:58:30 (1)** 838:15 | **11:09:12 (1)** 843:10 | **11:13:43 (1)** 849:5 |
| **10:46:12 (1)** 827:5 | **10:51:39 (1)** 832:25 | **10:58:39 (1)** 838:20 | **11:09:24 (1)** 843:15 | **11:13:55 (1)** 849:10 |
| **10:46:39 (1)** 827:10 | **10:51:43 (1)** 833:5 | **10:59:03 (1)** 838:25 | **11:09:33 (1)** 843:20 | **11:14:00 (1)** 849:15 |
| **10:46:46 (1)** 827:15 | **10:52:03 (1)** 833:10 | **10:59:09 (1)** 839:5 | **11:09:40 (1)** 843:25 | **11:14:15 (1)** 849:20 |
| **10:46:54 (1)** 827:20 | **10:52:16 (1)** 833:15 | **100 (1)** 806:7 | **11:09:50 (1)** 844:5 | **11:14:24 (1)** 849:25 |
| **10:47:05 (1)** 827:25 | **10:52:29 (1)** 833:20 | **10003 (1)** 805:7 | **11:09:57 (1)** 844:10 | **11:14:37 (1)** 850:5 |
| **10:47:10 (1)** 828:5 | **10:53:06 (1)** 833:25 | **10523 (1)** 805:13 | **11:10:05 (1)** 844:15 | **11:14:46 (1)** 850:10 |
| **10:47:23 (1)** 828:10 | **10:53:23 (1)** 834:5 | **11 (1)** 839:6 | **11:10:16 (1)** 844:20 | **11:14:59 (1)** 850:15 |
| **10:47:31 (1)** 828:15 | **10:53:34 (1)** 834:10 | **11:03:46 (1)** 839:10 | **11:10:24 (1)** 844:25 | **11:15:11 (1)** 850:20 |
| **10:47:40 (1)** 828:20 | **10:53:43 (1)** 834:15 | **11:05:19 (1)** 839:15 | **11:10:33 (1)** 845:5 | **11:15:23 (1)** 850:25 |
| **10:47:48 (1)** 828:25 | **10:53:55 (1)** 834:20 | **11:05:29 (1)** 839:20 | **11:10:47 (1)** 845:10 | **11:15:29 (1)** 851:5 |
| **10:48:01 (1)** 829:5 | **10:54:02 (1)** 834:25 | **11:05:45 (1)** 839:25 | **11:11:03 (1)** 845:15 | **11:15:44 (1)** 851:10 |
| **10:48:14 (1)** 829:10 | **10:54:13 (1)** 835:5 | **11:05:55 (1)** 840:5 | **11:11:08 (1)** 845:20 | **11:15:52 (1)** 851:15 |
| **10:48:23 (1)** 829:15 | **10:55:14 (1)** 835:10 | **11:06 (1)** 839:12 | **11:11:19 (1)** 845:25 | **11:16:03 (1)** 851:20 |
| **10:48:45 (1)** 829:20 | **10:55:27 (1)** 835:15 | **11:06:07 (1)** 840:10 | **11:11:26 (1)** 846:5 | **11:16:14 (1)** 851:25 |
| **10:49:02 (1)** 829:25 | **10:55:39 (1)** 835:20 | **11:06:22 (1)** 840:15 | **11:11:32 (1)** 846:10 | **11:16:25 (1)** 852:5 |
| **10:49:10 (1)** 830:5 | **10:55:53 (1)** 835:25 | **11:06:28 (1)** 840:20 | **11:11:49 (1)** 846:15 | **11:16:31 (1)** 852:10 |
| **10:49:23 (1)** 830:10 | **10:56:01 (1)** 836:5 | **11:06:42 (1)** 840:25 | **11:11:53 (1)** 846:20 | **11:16:39 (1)** 852:15 |
| **10:49:33 (1)** 830:15 | **10:56:17 (1)** 836:10 | **11:06:53 (1)** 841:5 | **11:12:10 (1)** 846:25 | **11:16:47 (1)** 852:20 |
| **10:49:39 (1)** 830:20 | **10:56:24 (1)** 836:15 | **11:07:09 (1)** 841:10 | **11:12:16 (1)** 847:5 | **11:16:54 (1)** 852:25 |
| **10:49:50 (1)** 830:25 | **10:56:35 (1)** 836:20 | **11:07:24 (1)** 841:15 | **11:12:23 (1)** 847:10 | **11:17:00 (1)** 853:5 |
| **10:49:57 (1)** 831:5 | **10:56:45 (1)** 836:25 | **11:07:32 (1)** 841:20 | **11:12:34 (1)** 847:15 | **11:17:07 (1)** 853:10 |
| **10:50:16 (1)** 831:10 | **10:56:55 (1)** 837:5 | **11:07:44 (1)** 841:25 | **11:12:42 (1)** 847:20 | **11:17:14 (1)** 853:15 |
| **10:50:27 (1)** 831:15 | **10:57:07 (1)** 837:10 | **11:08:07 (1)** 842:5 | **11:12:50 (1)** 847:25 | **11:17:23 (1)** 853:20 |
| **10:50:38 (1)** 831:20 | **10:57:21 (1)** 837:15 | **11:08:19 (1)** 842:10 | **11:12:57 (1)** 848:5 | **11:17:34 (1)** 853:25 |
| **10:50:51 (1)** 831:25 | **10:57:37 (1)** 837:20 | **11:08:28 (1)** 842:15 | **11:13:01 (1)** 848:10 | **11:17:43 (1)** 854:5 |

| | | | | |
|---|---|---|---|---|
| **11:18:12 (1)** | **11:22:49 (1)** | **11:27:52 (1)** | **11:33:02 (1)** | **11:37:40 (1)** |
| 854:10 | 860:5 | 865:25 | 871:20 | 877:10 |
| **11:18:21 (1)** | **11:23:01 (1)** | **11:27:56 (1)** | **11:33:12 (1)** | **11:37:54 (1)** |
| 854:15 | 860:10 | 866:5 | 871:25 | 877:15 |
| **11:18:29 (1)** | **11:23:16 (1)** | **11:28:12 (1)** | **11:33:24 (1)** | **11:38:00 (1)** |
| 854:20 | 860:15 | 866:10 | 872:5 | 877:20 |
| **11:18:38 (1)** | **11:23:30 (1)** | **11:28:23 (1)** | **11:33:39 (1)** | **11:38:12 (1)** |
| 854:25 | 860:20 | 866:15 | 872:10 | 877:25 |
| **11:18:51 (1)** | **11:23:50 (1)** | **11:28:33 (1)** | **11:33:49 (1)** | **11:38:21 (1)** |
| 855:5 | 860:25 | 866:20 | 872:15 | 878:5 |
| **11:19:09 (1)** | **11:24:01 (1)** | **11:28:45 (1)** | **11:33:57 (1)** | **11:38:36 (1)** |
| 855:10 | 861:5 | 866:25 | 872:20 | 878:10 |
| **11:19:16 (1)** | **11:24:16 (1)** | **11:28:53 (1)** | **11:34:06 (1)** | **11:38:44 (1)** |
| 855:15 | 861:10 | 867:5 | 872:25 | 878:15 |
| **11:19:27 (1)** | **11:24:25 (1)** | **11:29:06 (1)** | **11:34:15 (1)** | **11:38:52 (1)** |
| 855:20 | 861:15 | 867:10 | 873:5 | 878:20 |
| **11:19:35 (1)** | **11:24:38 (1)** | **11:29:13 (1)** | **11:34:23 (1)** | **11:38:59 (1)** |
| 855:25 | 861:20 | 867:15 | 873:10 | 878:25 |
| **11:19:42 (1)** | **11:24:54 (1)** | **11:29:17 (1)** | **11:34:32 (1)** | **11:39:06 (1)** |
| 856:5 | 861:25 | 867:20 | 873:15 | 879:5 |
| **11:19:53 (1)** | **11:24:56 (1)** | **11:29:26 (1)** | **11:34:46 (1)** | **11:39:13 (1)** |
| 856:10 | 862:5 | 867:25 | 873:20 | 879:10 |
| **11:20:03 (1)** | **11:25:07 (1)** | **11:29:34 (1)** | **11:35:01 (1)** | **11:39:20 (1)** |
| 856:15 | 862:10 | 868:5 | 873:25 | 879:15 |
| **11:20:10 (1)** | **11:25:13 (1)** | **11:29:47 (1)** | **11:35:11 (1)** | **11:39:34 (1)** |
| 856:20 | 862:15 | 868:10 | 874:5 | 879:20 |
| **11:20:21 (1)** | **11:25:25 (1)** | **11:29:56 (1)** | **11:35:24 (1)** | **11:39:44 (1)** |
| 856:25 | 862:20 | 868:15 | 874:10 | 879:25 |
| **11:20:28 (1)** | **11:25:35 (1)** | **11:30:08 (1)** | **11:35:29 (1)** | **11:39:52 (1)** |
| 857:5 | 862:25 | 868:20 | 874:15 | 880:5 |
| **11:20:36 (1)** | **11:25:44 (1)** | **11:30:13 (1)** | **11:35:38 (1)** | **11:39:59 (1)** |
| 857:10 | 863:5 | 868:25 | 874:20 | 880:10 |
| **11:20:43 (1)** | **11:25:53 (1)** | **11:30:21 (1)** | **11:35:42 (1)** | **11:40:10 (1)** |
| 857:15 | 863:10 | 869:5 | 874:25 | 880:15 |
| **11:20:50 (1)** | **11:26:13 (1)** | **11:30:28 (1)** | **11:35:49 (1)** | **11:40:41 (1)** |
| 857:20 | 863:15 | 869:10 | 875:5 | 880:20 |
| **11:20:59 (1)** | **11:26:23 (1)** | **11:30:48 (1)** | **11:36 (1)** | **11:41:05 (1)** |
| 857:25 | 863:20 | 869:15 | 892:24 | 880:25 |
| **11:21:04 (1)** | **11:26:32 (1)** | **11:31:02 (1)** | **11:36:05 (1)** | **11:41:19 (1)** |
| 858:5 | 863:25 | 869:20 | 875:10 | 881:5 |
| **11:21:12 (1)** | **11:26:34 (1)** | **11:31:17 (1)** | **11:36:19 (1)** | **11:41:25 (1)** |
| 858:10 | 864:5 | 869:25 | 875:15 | 881:10 |
| **11:21:21 (1)** | **11:26:48 (1)** | **11:31:28 (1)** | **11:36:30 (1)** | **11:41:34 (1)** |
| 858:15 | 864:10 | 870:5 | 875:20 | 881:15 |
| **11:21:35 (1)** | **11:26:58 (1)** | **11:31:57 (1)** | **11:36:35 (1)** | **11:41:49 (1)** |
| 858:20 | 864:15 | 870:10 | 875:25 | 881:20 |
| **11:21:50 (1)** | **11:27:05 (1)** | **11:32:07 (1)** | **11:36:43 (1)** | **11:42:01 (1)** |
| 858:25 | 864:20 | 870:15 | 876:5 | 881:25 |
| **11:21:59 (1)** | **11:27:10 (1)** | **11:32:15 (1)** | **11:36:46 (1)** | **11:42:12 (1)** |
| 859:5 | 864:25 | 870:20 | 876:10 | 882:5 |
| **11:22:06 (1)** | **11:27:14 (1)** | **11:32:30 (1)** | **11:37:00 (1)** | **11:42:18 (1)** |
| 859:10 | 865:5 | 870:25 | 876:15 | 882:10 |
| **11:22:15 (1)** | **11:27:26 (1)** | **11:32:38 (1)** | **11:37:17 (1)** | **11:42:34 (1)** |
| 859:15 | 865:10 | 871:5 | 876:20 | 882:15 |
| **11:22:29 (1)** | **11:27:34 (1)** | **11:32:43 (1)** | **11:37:27 (1)** | **11:42:53 (1)** |
| 859:20 | 865:15 | 871:10 | 876:25 | 882:20 |
| **11:22:42 (1)** | **11:27:42 (1)** | **11:32:52 (1)** | **11:37:31 (1)** | **11:43:07 (1)** |
| 859:25 | 865:20 | 871:15 | 877:5 | 882:25 |

| | | | | |
|---|---|---|---|---|
| **11:43:16 (1)** | **11:50:44 (1)** | 12:26:24 (1) | **12:32:16 (1)** | **12:36:59 (1)** |
| 883:5 | 889:5 | 894:10 | 900:5 | 905:25 |
| **11:43:23 (1)** | **11:50:52 (1)** | **12:26:40 (1)** | **12:32:24 (1)** | **12:37:04 (1)** |
| 883:10 | 889:10 | 894:15 | 900:10 | 906:5 |
| **11:43:43 (1)** | **11:51:05 (1)** | **12:26:49 (1)** | **12:32:30 (1)** | **12:37:20 (1)** |
| 883:15 | 889:15 | 894:20 | 900:15 | 906:10 |
| **11:44:40 (1)** | **11:51:21 (1)** | **12:27:04 (1)** | **12:32:37 (1)** | **12:37:38 (1)** |
| 883:20 | 889:20 | 894:25 | 900:20 | 906:15 |
| **11:45:03 (1)** | **11:51:38 (1)** | **12:27:13 (1)** | **12:32:47 (1)** | **12:37:43 (1)** |
| 883:25 | 889:25 | 895:5 | 900:25 | 906:20 |
| **11:45:29 (1)** | **11:51:52 (1)** | **12:27:29 (1)** | **12:32:59 (1)** | **12:37:59 (1)** |
| 884:5 | 890:5 | 895:10 | 901:5 | 906:25 |
| **11:45:51 (1)** | **11:52:30 (1)** | **12:27:43 (1)** | **12:33:07 (1)** | **12:38:03 (1)** |
| 884:10 | 890:10 | 895:15 | 901:10 | 907:5 |
| **11:46:07 (1)** | **11:52:41 (1)** | **12:27:55 (1)** | **12:33:14 (1)** | **12:38:10 (1)** |
| 884:15 | 890:15 | 895:20 | 901:15 | 907:10 |
| **11:46:21 (1)** | **11:53:01 (1)** | **12:28:04 (1)** | **12:33:23 (1)** | **12:38:27 (1)** |
| 884:20 | 890:20 | 895:25 | 901:20 | 907:15 |
| **11:46:36 (1)** | **11:53:13 (1)** | **12:28:14 (1)** | **12:33:30 (1)** | **12:38:40 (1)** |
| 884:25 | 890:25 | 896:5 | 901:25 | 907:20 |
| **11:46:46 (1)** | **11:53:23 (1)** | **12:28:22 (1)** | **12:33:36 (1)** | **12:38:59 (1)** |
| 885:5 | 891:5 | 896:10 | 902:5 | 907:25 |
| **11:47:00 (1)** | **11:53:41 (1)** | **12:28:42 (1)** | **12:33:46 (1)** | **12:39:09 (1)** |
| 885:10 | 891:10 | 896:15 | 902:10 | 908:5 |
| **11:47:12 (1)** | **11:53:55 (1)** | **12:28:50 (1)** | **12:34:03 (1)** | **12:39:15 (1)** |
| 885:15 | 891:15 | 896:20 | 902:15 | 908:10 |
| **11:47:27 (1)** | **11:54:21 (1)** | **12:29:10 (1)** | **12:34:14 (1)** | **12:39:25 (1)** |
| 885:20 | 891:20 | 896:25 | 902:20 | 908:15 |
| **11:47:40 (1)** | **11:54:27 (1)** | **12:29:25 (1)** | **12:34:29 (1)** | **12:39:41 (1)** |
| 885:25 | 891:25 | 897:5 | 902:25 | 908:20 |
| **11:47:46 (1)** | **11:54:36 (1)** | **12:29:35 (1)** | **12:34:39 (1)** | **12:39:50 (1)** |
| 886:5 | 892:5 | 897:10 | 903:5 | 908:25 |
| **11:48:01 (1)** | **11:54:50 (1)** | **12:29:48 (1)** | **12:34:43 (1)** | **12:39:54 (1)** |
| 886:10 | 892:10 | 897:15 | 903:10 | 909:5 |
| **11:48:10 (1)** | **11:55:01 (1)** | **12:29:59 (1)** | **12:34:49 (1)** | **12:40:07 (1)** |
| 886:15 | 892:15 | 897:20 | 903:15 | 909:10 |
| **11:48:24 (1)** | **11:55:08 (1)** | **12:30:12 (1)** | **12:34:54 (1)** | **12:40:16 (1)** |
| 886:20 | 892:20 | 897:25 | 903:20 | 909:15 |
| **11:48:34 (1)** | **11:55:22 (1)** | **12:30:21 (1)** | **12:35:05 (1)** | **12:40:23 (1)** |
| 886:25 | 892:25 | 898:5 | 903:25 | 909:20 |
| **11:48:41 (1)** | **11556-0926 (1)** | **12:30:47 (1)** | **12:35:19 (1)** | **12:40:36 (1)** |
| 887:5 | 805:21 | 898:10 | 904:5 | 909:25 |
| **11:48:55 (1)** | **11788-0099 (1)** | **12:30:58 (1)** | **12:35:37 (1)** | **12:40:43 (1)** |
| 887:10 | 806:9 | 898:15 | 904:10 | 910:5 |
| **11:49:02 (1)** | **12:25:15 (1)** | **12:31:05 (1)** | **12:35:51 (1)** | **12:40:53 (1)** |
| 887:15 | 893:5 | 898:20 | 904:15 | 910:10 |
| **11:49:15 (1)** | **12:25:29 (1)** | **12:31:15 (1)** | **12:36:05 (1)** | **12:41:02 (1)** |
| 887:20 | 893:10 | 898:25 | 904:20 | 910:15 |
| **11:49:41 (2)** | **12:25:41 (1)** | **12:31:20 (1)** | **12:36:14 (1)** | **12:41:15 (1)** |
| 887:25 888:5 | 893:15 | 899:5 | 904:25 | 910:20 |
| **11:49:54 (1)** | **12:25:55 (1)** | **12:31:39 (1)** | **12:36:22 (1)** | **12:41:25 (1)** |
| 888:10 | 893:20 | 899:10 | 905:5 | 910:25 |
| **11:50:10 (1)** | **12:26 (1)** | **12:31:51 (1)** | **12:36:31 (1)** | **12:41:37 (1)** |
| 888:15 | 893:3 | 899:15 | 905:10 | 911:5 |
| **11:50:23 (1)** | **12:26:07 (1)** | **12:31:56 (1)** | **12:36:38 (1)** | **12:41:50 (1)** |
| 888:20 | 893:25 | 899:20 | 905:15 | 911:10 |
| **11:50:35 (1)** | **12:26:20 (1)** | **12:32:05 (1)** | **12:36:48 (1)** | **12:42:02 (1)** |
| 888:25 | 894:5 | 899:25 | 905:20 | 911:15 |

| | | | | |
|---|---|---|---|---|
| **12:42:15 (1)** 911:20 | **12:46:48 (1)** 917:15 | **12:53:30 (1)** 923:10 | **12:59:49 (1)** 928:20 | **2nd (1)** 842:12 |
| **12:42:29 (1)** 911:25 | **12:47:04 (1)** 917:20 | **12:53:37 (1)** 923:15 | **12:59:58 (1)** 928:25 | **20 (4)** 830:22 831:4 918:9 |
| **12:42:46 (1)** 912:5 | **12:47:11 (1)** 917:25 | **12:53:48 (1)** 923:20 | **1215 (1)** 803:6 | 918:10 |
| **12:42:55 (1)** 912:10 | **12:47:17 (1)** 918:5 | **12:53:56 (1)** 923:25 | **1265 (4)** 883:16,19,24 935:19 | **200 (1)** 819:17 |
| **12:43:02 (1)** 912:15 | **12:47:31 (1)** 918:10 | **12:54:04 (1)** 924:5 | **13:00:06 (1)** 929:5 | **2002 (2)** 817:23 838:11 |
| **12:43:12 (1)** 912:20 | **12:47:48 (1)** 918:15 | **12:54:11 (1)** 924:10 | **13:00:16 (1)** 929:10 | **2003 (2)** 869:15 923:8 |
| **12:43:27 (1)** 912:25 | **12:47:59 (1)** 918:20 | **12:54:23 (1)** 924:15 | **13:00:22 (1)** 929:15 | **2004 (3)** 854:20 860:16 923:8 |
| **12:43:32 (1)** 913:5 | **12:48:07 (1)** 918:25 | **12:54:50 (1)** 924:20 | **13:00:30 (1)** 929:20 | **2005 (19)** 838:11 864:7,8 |
| **12:43:41 (1)** 913:10 | **12:48:39 (1)** 919:5 | **12:54:58 (1)** 924:25 | **13:00:36 (1)** 929:25 | 865:14 869:15 870:9 903:20,22 |
| **12:43:51 (1)** 913:15 | **12:48:59 (1)** 919:10 | **12:55:08 (1)** 925:5 | **13:00:42 (1)** 930:5 | 919:3,11,15,16 920:8,9,11,22,24 |
| **12:43:54 (1)** 913:20 | **12:49:14 (1)** 919:15 | **12:55:14 (1)** 925:10 | **13:00:57 (1)** 930:10 | 921:16 923:9 |
| **12:44:07 (1)** 913:25 | **12:49:23 (1)** 919:20 | **12:55:32 (1)** 925:15 | **13:01:00 (1)** 930:15 | **2006 (2)** 838:10 843:14 |
| **12:44:12 (1)** 914:5 | **12:49:34 (1)** 919:25 | **12:57 (1)** 925:16 | **13:01:18 (1)** 930:20 | **2009 (6)** 803:22 804:3 933:8 |
| **12:44:22 (1)** 914:10 | **12:49:41 (1)** 920:5 | **12:57:16 (1)** 925:20 | **13:01:31 (1)** 930:25 | 934:22 936:3,23 |
| **12:44:35 (1)** 914:15 | **12:49:53 (1)** 920:10 | **12:57:23 (1)** 925:25 | **13:01:45 (1)** 931:5 | **21 (10)** 823:18 829:20 830:3 |
| **12:44:50 (1)** 914:20 | **12:50:07 (1)** 920:15 | **12:57:33 (1)** 926:5 | **13:02:14 (1)** 931:10 | 830:7,10,25 831:5 832:17,25 833:17 |
| **12:44:55 (1)** 914:25 | **12:50:22 (1)** 920:20 | **12:57:37 (1)** 926:10 | **13:06:28 (1)** 931:15 | **22 (1)** 884:5 |
| **12:45:01 (1)** 915:5 | **12:50:38 (1)** 920:25 | **12:57:56 (1)** 926:15 | **13:06:39 (1)** 931:20 | **24185 (1)** 803:24 |
| **12:45:14 (1)** 915:10 | **12:50:47 (1)** 921:5 | **12:58 (1)** 925:19 | **13:06:54 (1)** 931:25 | **27th (1)** 934:21 |
| **12:45:23 (1)** 915:15 | **12:50:54 (1)** 921:10 | **12:58:08 (1)** 926:20 | **13:07:06 (1)** 932:5 | **29 (5)** 807:3,4 808:4,5 935:17 |
| **12:45:27 (1)** 915:20 | **12:51:42 (1)** 921:15 | **12:58:19 (1)** 926:25 | **13:07:15 (1)** 932:10 | ———————— **3** |
| **12:45:35 (1)** 915:25 | **12:51:57 (1)** 921:20 | **12:58:35 (1)** 927:5 | **13:07:28 (1)** 932:15 | **30 (4)** 883:17,18,22 935:18 |
| **12:45:45 (1)** 916:5 | **12:52:03 (1)** 921:25 | **12:58:44 (1)** 927:10 | **16 (1)** 894:12 | **32 (3)** 808:7,7,17 |
| **12:45:53 (1)** 916:10 | **12:52:14 (1)** 922:5 | **12:58:51 (1)** 927:15 | **17 (3)** 803:22 804:3 936:3 | **33 (1)** 809:4 |
| **12:46:01 (1)** 916:15 | **12:52:34 (1)** 922:10 | **12:59:02 (1)** 927:20 | **17th (1)** 807:12 | **35 (1)** 809:20 |
| **12:46:15 (1)** 916:20 | **12:52:46 (1)** 922:15 | **12:59:13 (1)** 927:25 | **18 (1)** 918:8 | **36 (1)** 810:3 |
| **12:46:25 (1)** 916:25 | **12:53:10 (1)** 922:20 | **12:59:21 (1)** 928:5 | **1940s (1)** 916:22 | **39 (1)** 811:4 |
| **12:46:33 (1)** 917:5 | **12:53:17 (1)** 922:25 | **12:59:32 (1)** 928:10 | ———————— **2** | ———————— **4** |
| **12:46:38 (1)** 917:10 | **12:53:21 (1)** 923:5 | **12:59:40 (1)** 928:15 | **2 (3)** 843:14 869:12,18 | **4 (4)** 869:19,23,25 870:2 |
| | | | | **40 (1)** 811:16 |

**41 (1)**
 812:19
**43 (4)**
 813:11,12 814:6,11
**44 (3)**
 814:13 815:3,8
**45 (4)**
 814:13,17 815:3,8
**46 (2)**
 818:9,13
**47 (2)**
 818:9 819:24
**48 (1)**
 818:10
**49 (1)**
 820:18

———————— **5** ————————
**50 (4)**
 820:25 821:2,5,11
**50/50 (2)**
 916:17,19
**51 (1)**
 821:17
**52 (5)**
 822:8,11 825:4,12,24
**53 (5)**
 822:8,17,18 825:13
  825:24
**530 (1)**
 805:12
**54 (4)**
 825:17,22 826:19
  834:2
**55 (5)**
 827:6 829:10 832:12
  834:2,3
**56 (4)**
 833:19,20,24 834:13

———————— **6** ————————
**6 (3)**
 869:13,23,25
**60 (2)**
 835:6,9
**61 (4)**
 835:6,17 836:2,16
**6100 (1)**
 806:8
**62 (1)**
 837:22
**64 (1)**
 883:25

———————— **8** ————————
**8 (1)**
 870:4
**807 (2)**

935:4,17
**839 (1)**
 935:5
**841 (1)**
 935:6
**85 (1)**
 805:6
**883 (1)**
 935:18

———————— **9** ————————
**9 (1)**
 808:7
**925 (1)**
 935:4
**926 (2)**
 804:8 805:20
**930 (1)**
 935:7
**962 (4)**
 883:16,19,24 935:19
**970 (1)**
 884:4