EXHIBIT "O"



**Sheriff**

DON HUNTER • COLLIER COUNTY

3301 Tamiami Trail East, Bldg - J, Naples, FL 34112-4902
(239) 774-4434  www.collersheriff.org

November 16, 2006

Mr. Joseph Nofi

PERSONAL AND CONFIDENTIAL

Dear Mr. Nofi:

We recently received a letter of inquiry from Andrew S. Goodstadt regarding your application with the Collier County Sheriff's Office. We, as policy, do not respond to third parties to explain our hiring decision.

We will clarify the decision to you. Our October 31st letter to you was a form letter that provides some customized (fill in the blanks) elements.

The explanation of job history concerns "...which includes number and length of positions held, reasons for leaving, disciplinary actions taken..." provides some samples/descriptions of what the job history concern may include. A more accurate sentence is: "...which may include number and length of positions held, reasons for leaving, disciplinary actions taken.".

To clarify your situation, we should have provided a more detailed explanation. When we attempted to verify that you met the minimum prerequisites for a law enforcement position, we were told that at your experience at the Suffolk County Health Services as a Tobacco and Liquor Enforcement Officer was a part-time position without arrest powers. We were advised that you had the authority to issue citations in this role. You were rated excellent.

In response to our inquiry at Ocean Beach Police Department, we were advised that your job title is "Part-time seasonal Police Officer".

There is no indication that you had disciplinary action at either of the above agencies and both entities rated your performance as "excellent".

"The duty of the Collier County Sheriff's Office is to preserve and protect the lives, property and constitutional guarantees of all persons."

CCSO 0087

Page Two: Nofi

An additional concern regarding your job history was your failure to disclose all prior employers (until after you signed the conditional offer of appointment).

The position of law enforcement officer requires a minimum of two years of full time experience. When we sought to verify that you met this prerequisite, we were advised that all of your law enforcement experience has been part-time and/or seasonal.

I apologize for the misunderstanding regards this issue.

As was stated in our letter of October 31st, there were multiple concerns regarding your application and subsequent processing. Your file is subject to Florida's Public Records Law. You, or any individual, may inspect your file by appointment. There is no charge to review your file. You may also request a copy. We will charge you a reasonable fee for copying and mailing. The file contains approximately 250 pages. We charge fifteen cents per page plus shipping and an hourly clerical staff fee for copying/handling.

Sincerely,

Gail Addison
Human Resources Director


cc: Applicant file: Nofi



**Sheriff**    DON HUNTER • COLLIER COUNTY

July 7, 2006

Mr. Joseph Nofi

Re: Employment

Dear Mr. Nofi:

Thank you for your time and cooperation in the screening process for a position at the Collier County Sheriff's Office.

After a thorough review of your file at the executive level, the decision has been made not to offer you an appointment.

We were unable to obtain medical clearance. Our policy is not to make a final offer to any applicant who cannot complete all areas of processing. We recommend you seek treatment and re-apply once the conditions have been corrected.

Your interest in becoming part of this agency is greatly appreciated and we wish you luck in your future endeavors.

Sincerely,

Diane E. Standish
Human Resources Manager

DES/dcm

cc: Applicant file

POLYORCLR401

"The duty of the Collier County Sheriff's Office is to preserve and protect the lives, property and constitutional guarantees of all persons." 



**Sheriff**

DON HUNTER • COLLIER COUNTY

3301 Tamiami Trail East, Bldg - J, Naples, FL 34112-4902
(239) 774-4434   www.colliersheriff.org

October 31, 2006

Mr. Joseph Nofi

PERSONAL AND CONFIDENTIAL

Dear Mr. Nofi:

Your application and subsequent processing for a position with the Collier County Sheriff's Office have been reviewed by the Applicant Review Committee. The Committee, that includes four Department Chiefs and eight Division Captains and Directors, appreciates your cooperation and time spent in pursuit of the above position. Every effort is made to gather all information related to the applicant BEFORE a final decision is made. Each decision we make is weighed carefully to determine whether the applicant is a good match with CCSO expectations.

As you know, the hiring process is complex. All information gathered during each phase is compiled and reviewed. A totality of moderate to serious cautionary factors combine to present a risk to the Agency that we are unable to overcome.

One of the more significant obstacles was your employment history, which includes number and length of positions held, reasons for leaving, disciplinary actions taken.

Also of concern to the reviewers was that after careful analysis of the polygrams from your polygraph examination, it is the polygraphist's opinion that you displayed significant or consistent physiological reactions indicative of deception to relevant questions in this examination. Had the remainder of your processing been more favorable, we would have invited you back for a second polygraph to attempt to clear up those areas.

Additionally, based upon your responses to questions at the psychological testing and/or interview, the assessment of the psychologist indicates that your results present a notable level of risk to the Agency. We must heed the professional advice, or recommendation, of our psychologist.

There is no requirement that we explain our decision to an applicant; however, I have taken the time to outline some of our concerns as a courtesy to you. This decision is based upon the knowledge of experienced law enforcement and human resources professionals and the needs of the Agency. Another agency may reach a different conclusion.

Sincerely,

Diane E. Standish
Human Resources Manager

DES/afc
cc: Applicant file

*The duty of the Collier County Sheriff's Office is to preserve and protect the lives, property and constitutional guarantees of all persons*