UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Index No.: CV 07 1215
EDWARD CARTER, FRANK FIORILLO, KEVIN
LAMM, JOSEPH NOFI and THOMAS SNYDER,

                    Plaintiffs,          OCEAN BEACH DEFENDANTS'
                                                    RESPONSE TO PLAINTIFFS'
   -against-                                  FIRST SET OF INTERROGATORIES

INCORPORATED VILLAGE OF OCEAN BEACH;
MAYOR JOSEPH C. LOEFFLER, JR., individually
and in his official capacity; former mayor NATALIE
K. ROGERS, individually and in her official capacity,
OCEAN BEACH POLICE DEPARTMENT; ACTING
DEPUTY POLICE CHIEF GEORGE B. HESSE,
individually and in his official capacity ; SUFFOLK
COUNTY; SUFFOLK COUNTY POLICE DEPARTMENT;
SUFFOLK COUNTY DEPARTMENT OF CIVIL SERVICE;
and ALISON SANCHEZ, individually and in her
official capacity,

                    Defendants.
-------------------------------------------------------------X

      Defendants, **INCORPORATED VILLAGE OF OCEAN BEACH; MAYOR JOSEPH C. LOEFFLER, JR., individually and in his official capacity; former mayor NATALIE K. ROGERS, individually and in her official capacity, OCEAN BEACH POLICE DEPARTMENT and ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE, individually and in his official capacity**, serves its response to Plaintiffs' First Set of Interrogatories as follows:

    1. The person's with knowledge of the allegations in the complaint are the named defendants, the plaintiffs and Edward Paradisio.

    2. The person's with knowledge of the allegations and defenses in this case are the named defendants, the plaintiffs and Edward Paradisio.

3. The persons involved with the decision to hire each plaintiff was the Suffolk County Civil Service Commission and the Ocean Beach Board of Trustees.

4. As the plaintiff's were seasonal workers, their employment terminated at the end of each season pursuant to the regulations of Suffolk County Civil Service Commission.

5. As the plaintiff's were seasonal workers, their employment terminated at the end of each season pursuant to the regulations of Suffolk County Civil Service Commission.

6. The Ocean Beach defendants and Edward Paradisio had knowledge of any and all complaints made against the plaintiff's and all written complaints have been provided in the document production of the defendants.

7. The terms and conditions of employment were set by the Suffolk County Civil Service Commission and followed and executed by the Ocean Beach Board of Trustees.

8. The plaintiffs direct supervisor was George Hesse and Edward Paradisio.

9. The persons involved with the decision to hire employees were the Suffolk County Civil Service Commission and the Ocean Beach Board of Trustees.

10. Objection. This demand is over broad, unduly burdensome, not relevant and are not reasonably calculated to lead to the discovery of admissible evidence.

11. Objection. The term "standards of conduct" are not defined.

12. There is a policy in place that prohibits the consumption of alcoholic

beverages by officers on duty.

13. Objection. This demand is over broad, unduly burdensome, not relevant and are not reasonably calculated to lead to the discovery of admissible evidence.

14.

15. All summonses have been provided in the Document Production of the defendant and approximately total the following for each plaintiff:

Carter - 44

Nofi - 325

Fiorello - 350

Snyder - 38

Lamm - 296

16. The persons responsible for investigating the events of October 31, 2004 include the plaintiffs that were present, George Hesse and Edward Paradisio. All documents relating to said incident have been provided under the Document Production of the defendants.

17. Objection. This demand is over broad, unduly burdensome, not relevant and are not reasonably calculated to lead to the discovery of admissible evidence.

18. Objection. This demand is over broad, unduly burdensome, not relevant and are not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objection, there is no back-up system on any of the computers used by Ocean Beach except for the computer used for the

finance department.

19. All officers are hired pursuant to the rules and qualifications of the Suffolk County Civil Service Department.

20. The persons involved with the decision to hire employees were the Suffolk County Civil Service Commission and the Ocean Beach Board of Trustees. The day to day operations of the Ocean Beach Police Department were carried out by George Hesse and Edward Paradisio.

21. None.

22. Mayor Joseph C. Leoffler, Jr. Had no role in the operations of the police department other than as a member of the Board of Trustees and currently as Mayor of the village.

23. The Suffolk County Civil Service Commission and the Ocean Beach Board of Trustees.

24. No expert has been retained in this matter at this time.

25. The defendants have not yet made a determination of fact witnesses that will be called in this case other than the defendants and the plaintiffs

Dated: East Norwich, New York
November 9, 2007

          Yours, etc.,

          LAW OFFICES OF VINCENT D. McNAMARA
          Attorneys for Defendants
          INCORPORATED VILLAGE OF OCEAN BEACH;
          MAYOR JOSEPH C. LOEFFLER, JR., individually
          and in his official capacity; former mayor
          NATALIE K. ROGERS, individually and in her
          official capacity, OCEAN BEACH POLICE

DEPARTMENT; ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE, individually and in his official capacity

BY: _____
Anthony Marino (AM 0571)
Tower Square - 1045 Oyster Bay Road, Ste. 1
East Norwich, New York 11732
516-922-9100
516-922-9208 (Fax)
File No.: 901-3627

TO:

THOMPSON, WIGDOR & GILLY, LLP
Attorneys for Plaintiff
350 Fifth Avenue - Suite 5720
New York, New York 10118
212-239-9292
212-239-9001 (Fax)

COUNTY OF SUFFOLK
County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
PO Box 6100
Hauppauge, New York 11788
Attn: Arlene Zwilling, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDWARD CARTER, FRANK FIORILLO, KEVIN LAMM, JOSEPH NOFI and THOMAS SNYDER,

                                                                           Plaintiffs,

-against-

INCORPORATED VILLAGE OF OCEAN BEACH; MAYOR JOSEPH C. LOEFFLER, JR., individually and in his official capacity; former mayor NATALIE K. ROGERS, individually and in her official capacity, OCEAN BEACH POLICE DEPARTMENT; ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE, individually and in his official capacity; SUFFOLK COUNTY; SUFFOLK COUNTY POLICE DEPARTMENT; SUFFOLK COUNTY DEPARTMENT OF CIVIL SERVICE; and ALISON SANCHEZ, individually and in her official capacity,

                                                                           Defendants.

## OCEAN BEACH DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

_____
Signature                ANTHONY MARINO, ESQ.

**LAW OFFICE OF VINCENT D. McNAMARA**
Attorneys for Defendants
*INCORPORATED VILLAGE OF OCEAN BEACH; MAYOR JOSEPH C. LOEFFLER, JR., individually and in his official capacity; former mayor NATALIE K. ROGERS, individually and in her official capacity, OCEAN BEACH POLICE DEPARTMENT; ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE, individually and in his official capacity*

Tower Square -1045 Oyster Bay Road - Suite 1
East Norwich, New York 11732
516-922-9100

To
Attorney(s) for
Service of a copy of the within is hereby admitted.
Dated: _____

                                                                        Attorney(s) for

( ) **NOTICE OF ENTRY**: PLEASE take notice that the within is a (certified) true copy of an ORDER duly entered in the office of the clerk of the within named court on
Dated:

To:
Attorney(s) for
_____

( ) **NOTICE OF SETTLEMENT**: PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon. _____ one of the judges of the within named Court, at

Dated:
To:
Attorney(s) for

                                     Yours, etc.

                                     **LAW OFFICE OF VINCENT D. McNAMARA**
                                     Attorneys for Defendants: ABOVE NAMED