UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDWARD CARTER, FRANK FIORILLO, KEVIN LAMM, JOSEPH NOFI, and THOMAS SNYDER,

                        Plaintiffs,

-against-

INCORPORATED VILLAGE OF OCEAN BEACH; MAYOR JOSEPH C. LOEFFLER, JR., individually and in his official capacity; former mayor NATALIE K. ROGERS, individually and in her official capacity, OCEAN BEACH POLICE DEPARTMENT; ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE, individually and in his official capacity; SUFFOLK COUNTY; SUFFOLK COUNTY POLICE DEPARTMENT; SUFFOLK COUNTY DEPARTMENT OF CIVIL SERVICE; and ALISON SANCHEZ, individually and in her official capacity,

                        Defendants.

**DEFENDANT SANCHEZ'S RESPONSES TO FIRST SET OF INTERROGATORIES**

**CV 07-1215 (SJF)(ETB)**

    Defendant, Alison Sanchez, by her attorney, hereby responds, upon information and belief, to the plaintiff's First Set of Interrogatories dated July 14, 2009.

### PRELIMINARY STATEMENT

    These responses are made solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, propriety and admissibility, and any and all other objections and grounds which would require the exclusion of any statement herein if the interrogatories were asked of, or any statement contained herein were made by, a witness present and testifying in court, all of which objections and grounds are reserved and may be interposed at the time of trial.

Defendant reserves the right to make any changes in these answers if it appears that omissions or errors have been made herein, or that further or more accurate information is available.

Defendant has not completed her investigation of the facts relating to this action, and has not completed preparation for trial. The following answers are based on information presently available, and are made without prejudice to defendant's right to utilize subsequently discovered facts.

Except for explicit facts admitted herein, no incidental or implied admissions are intended hereby. The fact that defendant has answered any interrogatory should not be taken as an admission that defendant accepts or admits the existence of any facts set forth or assumed by such interrogatory, or that such answer constitutes admissible evidence. The fact that this defendant has answered any or all of any interrogatory is not intended, and shall not be construed to be a waiver by defendant of all or part of any objection to any interrogatory.

1. Objection on grounds of relevance, materiality and overbreadth. While fully reserving her rights under said objections, answering defendant responds that she does not believe, but does not know with certainty if she posted the post entitled "burning bridges" on

April 6, 2006, although she does not believe that she did.  Answering defendants did post entries nos. 33, 40 & 41 on the Schwartz Report thread "Ocean Beach Police Corruption".

Dated: Hauppauge, New York
       August 11, 2009

                                            Yours, etc.,

                                            CHRISTINE MALAFI
                                            Suffolk County Attorney
                                            Attorney for County Defendants
                                            H. Lee Dennison Building
                                            100 Veterans Memorial Highway
                                            P.O. Box 6100
                                            Hauppauge, New York 11788-0099
                                            (631) 853-4049

                    By: _____
                          ARLENE S. ZWILLING (AZ 5918)
                          Assistant County Attorney

TO:

Ariel Graff, Esq.
Thompson Wigdor & Gilly, LLP
85 Fifth Avenue, Floor 5
New York, New York  10118

Kenneth A. Novikoff, Esq.
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, New York  11556-0926

Kevin Connolly, Esq.
Marks, O'Neil, O'Brien & Courtney, PC
530 Saw Mill River Road
Elmsford, New York  10523

# VERIFICATION

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

    ALISON SANCHEZ, being first duly sworn, hereby deposes and states:

    I am a defendant in the within action. I have read the foregoing Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents in <u>Edward Carter, et al. v. The County of Suffolk, et al.</u>, Index No. CV07-1215 (SJF)(ETB), and know the contents thereof. The responses, which were drafted and prepared by the Suffolk County Attorney's Office, appear to be true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

_____
Alison Sanchez

Subscribed and sworn to before me
this 11th day of August 2009.

_____
Notary Public, State of New York

[Notary stamp: MARILYN A. ROMPEL, Notary Public, State of New York, No. 01RO4683125, Qualified in Suffolk County, Commission Expires Feb. 6, 20__]