1

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**THOMPSON WIGDOR AND GILLY LLP**

**CARTER, ET AL.. INCORPORATED VILLAGE**

**OF OCEAN BEACH, ET AL.**

**07-CIV-1215 (SJF)(ETB)**

```
 1          [START 01_TRACK_01]

 2          MR. GEORGE B. HESSE:  - - Police Chief Hesse

 3    speaking.

 4          MR. EDWARD CARTER:  George, it's Eddie

 5    Carter can you hear me?

 6          MR. HESSE:  Yeah.

 7          MR. CARTER:  All right you're breaking in

 8    and out.  I need a favor.  If you can do it

 9    because I was just over in personnel.

10          MR. HESSE:  Yeah hold on one second.  Let me

11    switch phones.

12          MR. CARTER:  Sure.  Sure.  No problem.

13          MR. HESSE:  - - all the other phones are

14    fucked up.

15          MR. CARTER:  I was just saying are you

16    outside in the water?

17          MR. HESSE:  It's probably the rain that's

18    gotten into one of the lines.

19          MR. CARTER:  All right.  No, what happened

20    is you know--

21          MR. HESSE:  [Interposing] You know, what,

22    let me--call my cell phone.  445-4585.

23          MR. CARTER:  I'm sorry wait one second I've

24    got a pad here.  4--what is it?

25          MR. HESSE:  445-4585.
```

3

1        MR. CARTER:  4585.  Thank you.  All right

2    call you right back.

3        [background noise]

4        MR. HESSE:  Hello?

5        MR. CARTER:  Yep.  Much better you must be

6    under water.  No I was over in personnel.  You

7    know I'm up for the promotion so.

8        MR. HESSE:  Right.

9        MR. CARTER:  And all the bullshit that's

10   going on with the blog and somehow - - all found

11   out.  I was like, - - the town.

12       MR. HESSE:  You what?

13       MR. CARTER:  Greg - - mentioned that I was

14   let go, they want me to get a letter stating why

15   I was let go.  You know, because I didn't follow

16   directives or whatever it was.  That it won't

17   hold up my promotion because now there's going

18   to be an investigation because something on the

19   blog Schneider said which it did say, something

20   like I should have been arrested for official

21   misconduct and falsifying reports or some shit.

22       MR. HESSE:  Why?  Who said that?

23       MR. CARTER:  It says it on the blog.

24       MR. HESSE:  Does it really?

25       MR. CARTER:  Oh it does.  It says Ed is in

1  town, the town clowns.

2      MR. HESSE:  Let me get to it.

3      MR. CARTER:  Yeah it's in the beginning of

4  the blog.  With all that other bullshit.

5      MR. HESSE:  It's a wonderful thing going

6  through that?

7      MR. CARTER:  I didn't even--I don't have

8  time to look at it.  One of the guys told me

9  about it and when I saw it George, I got sick.

10      MR. HESSE:  How do you think I fell Eddie?

11      MR. CARTER:  I--George I, you know, like I

12  said, everything going on man I--I know what you

13  feel.  I don't know who's doing it.

14      MR. HESSE:  Well you know what, I hope it

15  ain't you--

16      MR. CARTER:  [Interposing] It's not me.  I

17  don't have time--

18      MR. HESSE:  [Interposing] Because I tell you

19  the truth Eddie if I find out it's one of you

20  I'm going to fucking--I'm going to explode.

21      MR. CARTER:  Nah, it ain't me George you

22  know?

23      MR. HESSE:  'Cause those other three fucking

24  mutts went to civil service.

25      MR. CARTER:  Oh I know they called me I told

5

1    you.  Or I told Tom that.  I get a phone call

2    that day and I told him, I said, "I got nothing

3    to do with these guys.  I got a fulltime job.

4    You know, you guy got to do what you got to do

5    for right now, you know, whatever that is."

6        MR. HESSE:  I know what they said.  You

7    really thing the civil service didn't call me

8    and tell me what was going on?

9        MR. CARTER:  Oh I don't know.  I really

10   don't know.  - - .

11       MR. HESSE:  I mean I know where those three

12   guys went there and I know what they been

13   saying--

14       MR. CARTER:  [Interposing] What was it about

15   three weeks ago I guess it was?  Right after the

16   thing about a week or two--

17       MR. HESSE:  [Interposing] It was four days

18   after I let them go.

19       MR. CARTER:  Yeah about a week after I was

20   going to say I got a phone call on like a

21   Tuesday or Wednesday.  Monday, was it a Monday?

22       MR. HESSE:  No Tuesday or Wednesday 'cause I

23   was off.  But no the blog, the, uh, it's like

24   the first--it's like the second or third page I

25   think it is?  Something about a Halloween

6

1    incident.  Oh no you're kidding me right?

2        MR. CARTER:  No I'm not kidding - - .

3        MR. HESSE:  No like I said I have not time

4    to even do that with the boys so to even go that

5    near that computer maybe once a week I look at

6    that stupid shit.

7        MR. CARTER:  It was talking about don't

8    forget the town clowns right after the civil

9    service thing.  And then Tom posted something

10   back that I wasn't working or something.

11       MR. HESSE:  Yeah hold on one second.  - - .

12       MR. CARTER:  Okay.  What?

13       MR. HESSE:  No I'm just - - .

14       MR. CARTER:  Okay I thought you said

15   something.

16       MR. HESSE:  Oh I see what you're saying.

17       MR. CARTER:  Yeah so--

18       MR. HESSE:  [Interposing] You weren't even

19   on duty that night.

20       MR. CARTER:  I know that I told - - I was

21   like oh you know the directive thing you told

22   me?  And then that popped up and when I dropped

23   the birth certificates off for the kids--

24       MR. HESSE:  [Interposing] Um-hum.

25       MR. CARTER:  --Social Security numbers, the

7

1    girl pulled me aside, she says, "Listen there's

2    a lot of talk going around.  You know with

3    everything going on."

4         MR. HESSE:  Uh-huh.

5         MR. CARTER:  She says, "Get a letter why you

6    were let go.  It doesn't matter why you were let

7    go.  But there's rumor that you're going to be

8    arrested for falsifying reports."  I said,

9    "Listen - - ."

10        MR. HESSE:  Right.

11        MR. CARTER:  I said, "I don't even know

12   what's going on."  I said, "Matter of fact one

13   of the guys that wasn't working that night

14   called me,"  Arnie called me I guess when you

15   were in Florida.  And said he thought I got let

16   go for being scooped up in that and I said,

17   "Arnie I didn't work it."

18        MR. HESSE:  Right.  No I know.

19        MR. CARTER:  I said, "Arnie," I said, "I've

20   helped George get the paperwork for Mike Rowan

21   for the polygraphs."  I said, you know, I said,

22   "I had a little disagreement with Gary once."  I

23   said, "We took care of it."  I said, "When they

24   were let go, I called them at the house, the two

25   of them.  And they both said I was a big man to

8

1    call."

2         MR. HESSE:  Right.

3         MR. CARTER:  But, uh--

4         MR. HESSE:  But you didn't get let go for

5    any reason that had anything to do with Gary or

6    Richard.

7         MR. CARTER:  Oh, okay.  Yeah, no, I didn't--

8    yeah.

9         MR. HESSE:  And you didn't falsely report

10   anything or change anything.

11        MR. CARTER:  Yep.

12        MR. HESSE:  So that's not a problem.  I'll

13   do that.

14        MR. CARTER:  I appreciate it.

15        MR. HESSE:  But Eddie, you fucking tell--I'm

16   telling.  Promise me you had nothing to do with

17   that blog.

18        MR. CARTER:  I had nothing to do with that

19   blog George.  I don't even go near, like I said,

20   I came to work one day and that thing was up

21   there and one of the guys goes, "ah you--what'd

22   you do Halloween night.?"  I said, "Halloween

23   night?  I worked here. A double.  What are you

24   talking about?"

25        MR. HESSE:  Right I know you had nothing to

9

1  do with that you weren't on.

2      MR. CARTER:  They said, "Oh you're all over

3  there."  He said, uh, "and your chief something

4  or,"  I don't know what the hell he said.  Some

5  bullshit then when I went on, it was like, oh

6  shit the first line.  I said, look at this crap

7  that's what they're talking about.

8      MR. HESSE:  I wrote nothing in there.  I

9  read it from time to time--

10      MR. CARTER:  [Interposing] Uh-hum.

11      MR. HESSE:  --when somebody tells me there's

12  something that you need to read.

13      MR. CARTER:  Yeah.

14      MR. HESSE:  But most of the time I don't pay

15  it any mind because it's all bullshit.  You know

16  it's bullshit.

17      MR. CARTER:  Nah, it's a bullshit thing that

18  goes back and forth.

19      MR. HESSE:  Well Kevin--

20      MR. CARTER:  [Interposing] Uh-huh.

21      MR. HESSE:  Frank and Joe their law

22  enforcement careers are over.

23      MR. CARTER:  Yeah like I said--

24      MR. HESSE:  [Interposing] Because of that.

25      MR. CARTER:  --I had nothing--like I said

10

1    George I had nothing to do with that.  That

2    day I told you I was--

3         MR. HESSE:  [Interposing] - - airport for

4    the rest of his life as far as I'm concerned.

5         MR. CARTER:  You know, between me and--you

6    know that day like you said I got blindsided

7    because earlier in that week when I called you,

8    you told me not to bring uniforms and--

9         MR. HESSE:  [Interposing] Right.

10        MR. CARTER:  --then when I said I didn't

11   bring them you asked why I told you and then

12   you're like yeah, so you know I gave them to

13   Hal.

14        MR. HESSE:  Yeah that that's not a problem I

15   got everything back.

16        MR. CARTER:  Yeah I figured you got

17   everything back.

18        MR. HESSE:  Um--

19        MR. CARTER:  [Interposing] Well like I said

20   it's going to--

21        MR. HESSE:  -- - - approached me about Kevin

22   already.

23        MR. CARTER:  Well I think--I think what

24   happened was you went to a wake or something is

25   what he said?

1       MR. HESSE:  Yeah.

2       MR. CARTER:  And--

3       MR. HESSE:  [Interposing] Ran into him

4    there.

5       MR. CARTER:  And it was mentioned that you

6    had to let me and Kevin go or something.

7       MR. HESSE:  I didn't even talk about you.

8       MR. CARTER:  Oh, okay.

9       MR. HESSE:  I talked about Kevin.

10      MR. CARTER:  So then maybe Kevin said

11   something to him.  Because I saw him a couple

12   days later.  And he said so.  'Cause what

13   happened was his department was doing an

14   investigation for like our department needs and

15   stuff you know, we moved over to recreation.

16      MR. HESSE:  Right.

17      MR. CARTER:  and he had to interview me and

18   stuff and he said about the promotion and

19   everything.

20      MR. HESSE:  Right.

21      MR. CARTER:  There's another line in there

22   like, uh, if the town ever found out why you

23   were let go or something.

24      MR. HESSE:  Yeah but what you do in the town

25   doesn't affect what you do--

12

1    MR. CARTER:  [Interposing] Well that's

2    what I said.  I said to Ray.  I went straight to

3    Ray.  I said, "Listen boss," I told him, uh,

4    one day, what was it, Sunday?  Wednesday I saw

5    him, I told him, I said, "Listen boss, I was let

6    go from the beach I didn't do anything illegal,"

7        MR. HESSE:  Right.

8        MR. CARTER:  And he goes ah, he goes, "No

9    problem."  And then the blog popped up.

10        MR. HESSE:  Well you know if they need

11    anything, if they--you know they're going to

12    call me.

13        MR. CARTER:  Yeah well she said if I get the

14    letter it'll--

15        MR. HESSE:  [Interposing] - - answer the

16    phone the other line's ringing.

17        MR. CARTER:  You know, she said something

18    like the letter, if I don't get the letter it'll

19    postpone it for like three or four weeks because

20    I have to sit down with the attorney and stuff.

21        MR. HESSE:  Yeah.  All right not a problem.

22        MR. CARTER:  Okay I appreciate it.

23        MR. HESSE:  No problem.

24        MR. CARTER:  Okay.

25        MR. HESSE:  All right.

13

1     MR. CARTER:  Okay.  Let me let you go

2   then.

3     MR. HESSE:  All right I'll talk to you

4   later.  I'll give you a call when I have the

5   time.

6     MR. CARTER:  Okay thank you.  Bye.

7     [END 01_TRACK_01]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

14

1                    C E R T I F I C A T E

2        The prior proceedings were transcribed from

3    audio files and have been transcribed to the

4    best of my ability.

5

6        Signature _____

7        Date December 9, 2009