```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13       THOMPSON WIGDOR AND GILLY LLP
14    CARTER, ET AL.. INCORPORATED VILLAGE
15           OF OCEAN BEACH, ET AL.
16            07-CIV-1215 (SJF)(ETB)
17
18
19
20
21
22
23
24
25
```

1      [START 02_TRACK_02]

2      [background noise]

3      MR. GEORGE HESSE:  Hey Eddie it's George.

4      MR. EDWARD CARTER:  Hey.  No, no problem

5      MR. HESSE:  Uh, did you get my email?

6      MR. CARTER:  Tell you the truth I haven't

7   been on the computer.

8      MR. HESSE:  All right.  Yeah I wrote you an

9   email because I wasn't sure if you were going to

10  call me back or not.

11     MR. CARTER:  Yeah.

12     MR. HESSE:  Um, what I did is I called over

13  to Greg.

14     MR. CARTER:  Um-hum.

15     MR. HESSE:  And I spoke to him about it.

16     MR. CARTER:  Okay.

17     MR. HESSE:  I wanted to see, you know, what

18  kind of letter you actually needed.

19     MR. CARTER:  Yeah.

20     MR. HESSE:  So when we said, "Well you know

21  what I don't even remember."  He goes, "I don't

22  really remember.  I have to look at the file and

23  see what I was talking to Eddie about."

24     MR. CARTER:  Um-hum.

25     MR. HESSE:  I said, "Well this is what he

1   told me."  So what I--I told him flat out, I
2   said, "Listen,"  I said, "I didn't let him go
3   because he did anything wrong per se."  I said
4   he didn't do anything as far as official
5   misconduct.  You know, whatever the blog says it
6   says, it's a bull.  It's all bullshit.
7        MR. CARTER:  Okay.
8        MR. HESSE:  So I said, "You know, listen,"
9   I said, you know, "He's spreading himself thin.
10  He's just had twins.  He's working two jobs plus
11  a lot of overtime."  I said, "So when he came to
12  my job here he was extremely tired.  I
13  understood that.  He went up to the barracks and
14  he slept pretty much his tour away.  That's not
15  really what I was, you know, that I needed.  So
16  I kind of just let him go for that purpose."  He
17  says, "Oh that's fine that's great.  Okay."
18       MR. CARTER:  Oh okay.
19       MR. HESSE:  And that's what I did with him
20  so I wrote you an email explaining out what I
21  did.
22       MR. CARTER:  Okay.
23       MR. HESSE:  And, um, I told him, I said,
24  you're going to make a good lieutenant.  You're
25  respected by your guys.

1    MR. CARTER: Um-hum.
2    MR. HESSE: I said you shouldn't have any
3    problems. So.
4    MR. CARTER: Yeah, no I guess it's Schneider
5    that threw something in my face again about the
6    Halloween thing. - - supposed to have a meeting
7    with you.
8    MR. HESSE: He wants to come in and talk to
9    Gary and Richard.
10   MR. CARTER: Yeah. And he said, you know,
11   it's about the--I said to him, I said, "Tom, I
12   spoke to George."
13   MR. HESSE: That has nothing to do with it.
14   MR. CARTER: That's what I said. Yeah.
15   MR. HESSE: So one thing doesn't have to do
16   with it, you know what I'm saying?
17   MR. CARTER: Yeah.
18   MR. HESSE: So Tommy wants to settle his own
19   battle out with Richie and Gary. I said, "If
20   that's what you want to do Tom, then come on in,
21   we'll sit down and we'll talk about it." I
22   wanted to do this shortly after everything got
23   settled but the chief wouldn't let me do it.
24   MR. CARTER: No I know you had mentioned
25   that.

1    MR. HESSE:  He told me no.

2    MR. CARTER:  Yeah I know.

3    MR. HESSE:  So what am I supposed to do?
4  And now he wants to do it so fine let's do it.

5    MR. CARTER:  Okay so I was let go for
6  sleeping?  For my own sake George, we had a good
7  friendship.

8    MR. HESSE:  Yeah.

9    MR. CARTER:  Why didn't you let me go six
10 weeks or eight weeks prior?  'Cause I didn't
11 work that much this year.

12   MR. HESSE:  'Cause I, you know what I didn't
13 know where I was going.

14   MR. CARTER:  Uh-huh.

15   MR. HESSE:  I didn't know if I was going to
16 be the chief or not or wait, you know?  I'm
17 sitting on my hands.

18   MR. CARTER:  Okay.  'Cause you know, that
19 day we're walking out--

20   MR. HESSE:  [Interposing] Well you know it's
21 not like I did it, you know, in front of
22 anybody.  We had our own peace between each
23 other.

24   MR. CARTER:  Yeah.

25   MR. HESSE:  You know and like I said I do

1   not include you with those other idiots.
2      MR. CARTER: Okay.
3      MR. HESSE: They have their own issues. And
4   let me tell you something. They caused a lot of
5   problems. And their causing it for themselves.
6      MR. CARTER: Okay.
7      MR. HESSE: Now they're all scrambling to
8   get jobs somewhere else.
9      MR. CARTER: Well I'm looking too you know
10   so…
11      MR. HESSE: Yeah but you're different Eddie.
12   I told you.
13      MR. CARTER: - - .
14      MR. HESSE: I don't characterize you with
15   them. I don't think it's in your character to
16   do what they did.
17      MR. CARTER: No, no it's not. You know it's
18   County Parks guy I spoke to and he said I'd have
19   to go through an investigation--have a
20   background through the county guys. You know -
21   - beach.
22      MR. HESSE: Right.
23      MR. CARTER: - - my allergies are killing
24   me. And he wasn't sure if I had to take a
25   polygraph or not. Because if they do a

1   background, they said--

2       MR. HESSE: [Interposing] I don't think so.

3   I think you can roll right into the job because

4   you're peace officer.

5       MR. CARTER: He told me that I don't have a

6   background is what it is. And they like to have

7   a background on everybody. You know through one

8   of their investigators.

9       MR. HESSE: Okay.

10      MR. CARTER: And I didn't know what to put

11  for my reason for being let go. But...

12      MR. HESSE: Eddie I'll still give you a good

13  recommendation.

14      MR. CARTER: Yeah I just want to make sure I

15  put the right thing down. So you know I don't

16  get jammed up in a polygraph.

17      MR. HESSE: No. No.

18      MR. CARTER: Because I've never done one

19  before.

20      MR. HESSE: Right. And I really don't think

21  you have to take one.

22      MR. CARTER: The guy was up in the air. - -

23  he was up in the air when I spoke to him.

24      MR. HESSE: Well with all the civil service

25  knowledge that I have right now….

8

1    MR. CARTER:  Yeah.
2    MR. HESSE:  You should be able to walk right
3    on to another job within Suffolk County.
4    MR. CARTER:  That's what I thought.  But he
5    said because I was hired back in '91.
6    MR. HESSE:  Yeah.
7    MR. CARTER:  And - - .
8    MR. HESSE:  Right.
9    MR. CARTER:  There was no true background.
10   Since that time--
11   MR. HESSE:  [Interposing] They didn't
12   require polygraphs back then.
13   MR. CARTER:  Yeah I understand that.  he
14   said since that time the county took over the
15   backgrounds.  You know.
16   MR. HESSE:  Right.
17   MR. CARTER:  And he says, "I don't know what
18   your file says."  I said, "I'll be honest with
19   you.  I don't think I have a big file."  I said,
20   "I know they sent letters out."  I said, "I
21   don't even know if it's in storage or where it
22   is."
23   MR. HESSE:  I have your--I think I have your
24   file sitting right here in front of, you know,
25   in the filing cabinet.  But it's probably just a

1   basic questionnaire and stuff like they did for
2   me back in that day.
3       MR. CARTER: Yeah that's what I said to him.
4   So he didn't know if they'd have to do more
5   advance. He had to call out to, uh, - - to have
6   it done. It'll probably be done a lot quicker,
7   you know six months to eight months.
8       MR. HESSE: Oh yeah it should be. I can't
9   see why not.
10      MR. CARTER: But, uh--
11      MR. HESSE: [Interposing] As far as civil
12  service is concerned, you know, I don't think…
13      MR. CARTER: I am qualified. - - civil
14  service.
15      MR. HESSE: Yeah you're qualified you don't
16  have to do anything.
17      MR. CARTER: Yeah, according to him though
18  he said their chief out there, I guess, I don't
19  know the guy's name, he said, I guess the files
20  get passed over. - - .
21      MR. HESSE: I guess that's just up to what
22  they want do to do.
23      MR. CARTER: Yeah. So I wasn't sure exactly
24  what to put.
25      MR. HESSE: All right.

1       MR. CARTER:  So you sent me an email.
2  I'll look at it.
3       MR. HESSE:  Yeah check out your email.
4       MR. CARTER:  Okay.
5       MR. HESSE:  All right.
6       MR. CARTER:  And then, uh, any questions
7  we'll just give you a call.
8       MR. HESSE:  Do that.
9       MR. CARTER:  Okay.  Thanks.
10      MR. HESSE:  Bye-bye.
11      [background noise]
12      [END 02_TRACK_02]

11

1  C E R T I F I C A T E

2  The prior proceedings were transcribed from

3  audio files and have been transcribed to the

4  best of my ability.

5

6  Signature _____

7  Date December 9, 2009