1

1
2
3
4
5
6
7
8
9
10
11
12
13  **THOMPSON WIGDOR AND GILLY LLP**
14  **CARTER, ET AL.. INCORPORATED VILLAGE**
15  **OF OCEAN BEACH, ET AL.**
16  **07-CIV-1215 (SJF)(ETB)**
17
18
19
20
21
22
23
24
25

2

1        [START 03_TRACK_03]

2        [background noise]

3        MR. CHRIS MORAN:   - - .

4        MR. KEVIN LAMM:  All right.

5        MR. MORAN:   - - .

6        MR. LAMM:  Okay so far so good.  Go ahead.

7        MR. MORAN:   - - your recommendation.  - -

8   for the county job and he kind of wrote you - -

9   review.  So I don't know if you but - -

10  conversation about - - a bad review - - .

11       MR. LAMM:  He wrote me up a bad review?

12  What--what did he say?

13       MR. MORAN:  I don't want to get into it but

14  he goes like yeah, - - I got a - - from the

15  County for Kevin for - - employers to fill out,

16  you know, for the PD for the - - for the PD.  -

17  - he goes I got something - - a review you know

18  about your - - conduct but you know, for the--

19  for the, uh, for the county job - - .

20       [background noise]

21       [END 03_TRACK_03]

22

23

24

25

3

1          C E R T I F I C A T E
2      The prior proceedings were transcribed from
3   audio files and have been transcribed to the
4   best of my ability.
5
6      Signature _____
7      Date  December 9, 2009