

## Ocean Beach Police Corruption

User Name [User Name] ☐ Remember Me?
Password [                    ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 1 of 59 **1** 2 3 11 51 > Last »

Thread Tools ⌄ Display Modes ⌄

---

☐ 04-05-2006, 05:17 PM                                                    #1

GlassHouses                                                          Posts: n/a

### ☐ Ocean Beach Police Corruption

Seems our new 'Chief' at Ocean Beach PD is purging some men from his force. Isn't that right Chief ? Did you really think you could beat that guy senseless and the DA would not get involved? You and your guys are in for a rude awakening. Firing men just for kicks is not a good thing Chief, especially when you have skeletons. Does your wife know about your many, many one night stands conducted in the Ocean Beach Village barracks? Does she know about your Friend Finder account? More important, does Ocean Beach Village know that you identify yourself as an Ocean Beach PO on a sex/swinger website? They do now !!!!!!!!! They also know about the porno on your office computers. Why don't you tell everyone about how you took an officer to NYC for his bachelor party and went to the Hollywood Hotel and got an escort service (hookers) to entertain everyone and used the Ocean Beach PD PBA fund to pay for it all !!!!!

People who live in glass houses should not throw stones Chief. You have been warned...................

[Quote]

---

☐ 04-06-2006, 08:08 AM                                                    #2

GUEST770                          **[GEORGE HESSE]**                  Posts: n/a

### ☐ I LOVE IT

I LOVE IT. IF IT IS TRUE, THEN PLEASE WRITE MORE. One of these days my 'friends' may throw a rock through their own window.

[Quote]

---

☐ 04-06-2006, 12:18 PM                                                    #3

5 star jarhead                                                       Posts: n/a

### ☐ hummm

if this is true, please come work for the pd, I personnally would love to be nder your command

[Quote]

---

CONFIDENTIAL

**04-06-2006, 01:38 PM**                                                      #4

cant touch this                                                    Posts: n/a

**burning bridges**

Gee guys, seems it's pretty obvious who is writing this about the Chief... didn't anyone ever tell you about burning bridges? You guys look like nothing more than immature, resentful babies because your services were no longer wanted. You act like vengeful immature brats, no wonder OB doesnt want you on the force!! Anyone can tell tall tales, just because some guys feel burned and want to get back at someone, it doesnt mean anyone is going to take what you say seriously!!! Get over it, losers!! Move on. The only one who looks bad now is you!! Sore losers. Grow up.

Quote

**04-06-2006, 02:09 PM**                                                      #5

Be Careful                                                         Posts: n/a

**OBPD**

People who have local gov't jobs or civil service jobs should be careful who they slander on these message boards. Anything and everything can be tracked. So before you throw stones at a glass house, you better be damn sure that you don't have any of your own skeletons. When I read you message post it sounds like you are a disgruntled sore loser.

Quote

**04-06-2006, 02:12 PM**                                                      #6

OBPD Friend                                                        Posts: n/a

**Anonymous**

Let me ask you something. Do you accept anonymous police complaints? Stop hiding behind a message board and post your name. Be a man!!!

Quote

**04-06-2006, 03:35 PM**                                                      #7

GUEST770                    **[GEORGE HESSE]**                     Posts: n/a

**IF THIS IS TRUE**

.......is how I prefaced my remarks. Fair enough? As far as being anonymous.....I think the person who wrote this opening post is known to those who have taken the Chief's side.

It is a small police department and the person can only hide behind a keyboard for so long.

What is the big deal.

Quote

**04-06-2006, 05:49 PM**                                                      #8

oh yeah yeah                                                       Posts: n/a

dont be so sure

Quote

☐ 04-06-2006, 08:55 PM                                                    #9

wash women                                                          Posts: n/a

📄 **babies**

You guys just feed into this crap. You want all "the dirt"... <u>what a bunch of wash women</u>!! Dont you see this guy gets canned for doing a CRAP job, of course he is mad and wants to lash out, you are gonna actually believe anything this moron says??? I dont even know anyone involved, and it seems pretty clear that this revenge posting is all crap. How can you believe a word the guy says?? Anyone can say anything!!! Bottom line, he obviously is deficient in many ways which is WHY HE WAS PROBABLY CANNED IN THE FIRST PLACE!!! Get it?????

You guys wanna make up stories so bad, then pick up your fired asses and go apply for a job on Days of Our Lives, I hear they are hiring - **bitch**!

Quote

☐ 04-06-2006, 10:46 PM                                                   #10

Be Careful                                                          Posts: n/a

📄 **OBPD**

You must have been a brilliant Ocean Beach Police Officer...THAT GOT CANNED! Case Law...you have no idea....so let me inform you! How about Berkley vs Fulton County, Chasman vs Minor County, Brinks vs State of Georgia...do you want me to continue? These are all cases of slander brought on by public employees against empoyers or co-workers. So maybe ...just maybe, you should keep talking. IP address will tell exactly when and where...the rest is just simple detective work...which apparently you know everything about. So as far as a warning... this is yours. Do your homework before you start yapping. People are listening and apparently they are not on your side. In case you haven't noticed the Ocean Beach Police Dept. is in New York...the land where anyone can sue anyone for any reason.

Quote

Post Reply

Page 1 of 59 **1** 2 3 11 51 > Last » ▾

**« [Previous Thread](#) | [Next Thread](#) »**

---

**Posting Rules** ⊗

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

[vB code](#) is **On**
[Smilies](#) are **On**
[[IMG]](#) code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)           Go

CONFIDENTIAL                                                      P 00964

All times are GMT -5. The time now is 11:17 AM.

**Contact Us – The Schwartz Report Political Forum – Archive – Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | [        ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 2 of 59  < 1 **2** 3 4 12 52 > Last »

Thread Tools ⌄ Display Modes ⌄

---

04-06-2006, 10:55 PM                                              #11

OB Res.                                                    Posts: n/a

**RIDICULOUS**

I heard that it was some "Town Empoyees" that got fired? Which causes me to wonder what the town officials would think if they found out that these people were fired from a police dept? Hmmmm.

[Quote]

---

04-07-2006, 09:10 AM                                              #12

VillageIdiot                                               Posts: n/a

**Re: OBPD**

Quote:

Originally Posted by **Be Careful**
*You must have been a brilliant Ocean Beach Police Officer...THAT GOT CANNED! Case Law...you have no idea....so let me inform you! How about Berkley vs Fulton County, Chasman vs Minor County, Brinks vs State of Georgia...do you want me to continue? These are all cases of slander brought on by public employees against empoyers or co-workers. So maybe ...just maybe, you should keep talking. IP address will tell exactly when and where...the rest is just simple detective work...which apparently you know everything about. So as far as a warning... this is yours. Do your homework before you start yapping. People are listening and apparently they are not on your side. In case you haven't noticed the Ocean Beach Police Dept. is in New York...the land where anyone can sue anyone for any reason.*

Say Chief, can you look up IP addresses on your office computer, or does it only go to the Adultfriendfinder website? Keep flapping your gums dude, you made a HUGE mistake. I love how power drunk people who are in their last throws of power made outrageous statements!!! Who is going to track down IP addresses for you dude? Your Detective Division or your Brutality Division??? And you are right, people ARE listening, just the kind of people you guys DO NOT want poking around your little Village....

So Chief, track me down. Start with trying to get the IP address that posted this message. Once you have it, run it and find out who the IP address is registered to

CONFIDENTIAL                                              P 00966

(what company), then get a subpoena and file it with the company who owns that IP address, attempting to force them to tell you the individual who that IP address is assigned to. Good luck, and Chief do us all a favor and wear some protection while you are shagging those drunk women!!!

---

04-07-2006, 12:22 PM                                                                    #13

As you were                                                                    Posts: n/a

**OB**

First of all who uses the word dude anymore? You seem so smart ...why exactly were you working in Ocean Beach anyway?



---

04-07-2006, 11:02 PM                                                                    #14

Guest P.O.                                                                    Posts: n/a

**Ocean Beach Police corruption**

Frank Fiorello, Kevin Lamm and Joe Noffi... The 3 of you were fired because of your blatent abuse of authority and your consitant abuse of the public. 150 summons's is not how you get compliance from the public. Nor is beating them and humiliating them by throwing cuffs on every person you come in contact with and drag them down to the station. Courtesy, and discretion is how you get the job done. You 3 rats went crying to civil service about your termination. You tried to tell them that most of the department was not civil service qualified. That may have been true a few years ago. But the Deputy chief had worked hard to correct shortcommings of the previous administration. How dare you throw stones from your glass house. By you guys being terminated, you just made this job safer for the rest of the department. Good luck trying to find another law enforcement job in this country.

---

04-08-2006, 12:24 AM                                                                    #15

p.o.OBPD                                                                    Posts: n/a

**ocean beach police corruption**

You don't you ladies grow a pair and sign your name. You write and hide under anonimity. Just like you hid under your shield. Lucky for you public floggings are considered barbaric. I personally know of 30 other police officers that are trustworthy and reliable who would love nothing more than to flog you publicly.
Lucky for you we are here in the United States!!!



---

04-08-2006, 01:49 AM                                                                    #16

                                                                    Posts: n/a

**Re: OBPD**

http://www.oceanbeachpoliceabuse.com/

---

04-08-2006, 04:23 AM                                                                    #17

CONFIDENTIAL

Posts: n/a

That department is like all part timers anyway isnt it? Thats why they got canned so fast they dont have civil service protection.

---

□ 04-08-2006, 06:16 AM                                                                #18

**[GEORGE HESSE]**                                                      Posts: n/a

And lets not forget the 2 town clowns from Islip. Ed and Tom. They too got canned for not doing their jobs. Do we need to brinng up the Halloween incident. They are lucky that they didn't get charged with official misconduct and falsely reporting an incident

---

□ 04-09-2006, 07:40 AM                                                                #19

VilliageIdiot                                                              Posts: n/a

**Re: Ocean Beach Police corruption**

Quote:

Originally Posted by **Guest P.O.**
*Frank Fiorello, Kevin Lamm and Joe Noffi... The 3 of you were fired because of your blatent abuse of authority and your consitant abuse of the public. 150 summons's is not how you get compliance from the public. Nor is beating them and humiliating them by throwing cuffs on every person you come in contact with and drag them down to the station. Courtesy, and discretion is how you get the job done. You 3 rats went crying to civil service about your termination. You tried to tell them that most of the department was not civil service qualified. That may have been true a few years ago. But the Deputy chief had worked hard to correct shortcommings of the previous administration. How dare you throw stones from your glass house. By you guys being terminated, you just made this job safer for the rest of the department. Good luck trying to find another law enforcement job in this country*

Chief,Chief, Chief....what did you tell me about IP address tracing? Can't you keep your anger under control? Firing three men makes the Department safer? How so? Are you afraid they will rat you out for the Halloween incident and how you rehired the "twins", or is it the beating given out to that NYC business man? Either way, you are toast Chief. Say, your outbursts or anger, you didn't get the clap from one of those nasty drunken whores you bang in your office, did you? It would be a shame if your wife found out........

---

□ 04-13-2006, 05:18 PM                                                                #20

excaliber                                                                  Posts: n/a

**2 town clowns fired**

Quote:

Originally Posted by **Anonymous**
*And lets not forget the 2 town clowns from Islip. Ed and Tom. They too got canned*

CONFIDENTIAL                                                        P 00968

*for not doing their jobs. Do we need to brinng up the Halloween incident. They are lucky that they didn't get charged with official misconduct and falsely reporting an incident*

this is the Tom refered to in this post. firstly,just to set the record straight, Ed from the town was not working the night of the halloween incident. check out the payroll records for that week you will see that i am correct. secondly, Tom, that is to say me, was not"canned" or fired for not doing my job by the Dep. Chief at all. i assume the "they" you refer to is kevin frank & tom, as we were working the 12-08 shift in the village p.d. the night of the halloween party in houser's bar back in 2004. we didn't get "charged" with official misconduct/falsely reporting an incident, because there wasn't any official misconduct or falsely reporting an incident you idiot. where do you get your info bro? or do you just make it up to deflect attention away from yourself. also,let me just say this, whomever started this post just publicly aired the p.d. dirty laundry. now, everyone knows genius. the more you keep bringing up your past misdeeds and scandalous behavior publicly, the more "prying eyes"know.act like the" professional"you are paid to be. and lastly, dont slander me and call me names on this blog anonymously. say it to my face. you obviously know who i am, and where i work.you just gave away who you really are by stating this info bro. info only the personnel of the p.d. knows

Quote

Post Reply

Page 2 of 59  < 1 **2** 3 4 12 52 > Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)    Go

All times are GMT -5. The time now is 11:18 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [      ] (Log in)

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 3 of 59 < 1 2 **3** 4 5 13 53 > Last »

Thread Tools  Display Modes

---

04-16-2006, 06:11 AM                                                   #21

VillageIdiot                                                    Posts: n/a

**Down by the Ole' fishin hole**

Say Chief, you might want to notify EnCon PD...Seems I was fishing the other day and caught something other than a fish....no, not a tire or an old boot....can you guess what I caught Chief??? Yes, that's right, I caught a bunch of old tapes from the camera system...I wonder what they were doing at the bottom of the sea....Maybe the "twins" know........

---

04-16-2006, 08:53 AM                                                   #22

Still employed ●                    **[GEORGE HESSE]**       Join Date: Apr 2006
Junior Member                                                  Posts: 2

**jackass**

Hey VillageIdiot, you got one part right, you are an IDIOT... Why would you want to bring the EnCon Police in to this? Do you need more cops to rat on? Haven't you done enough of that already... Oh thats right, once a rat always a rat...So, you want to bring up the holloween incident...hmmm, lets talk about it...the only cover up there was how bad a job you did investigating it. Did you ever wonder why no one would talk to you guys during your shitty investigation. Everyone hates you. Everyone knew then you were a rat. Did you know that when the case was ran through the DAs office they wanted to investigate you and your rat partners? Did you know that it was the sergeant who protected you from being investigated? How about the time you and your asshole partner beat up those 3 girls and 1 of them got away in handcuffs...that was real funny you moron...what a lawsuit that was going to be, but wait, it was the sergeant once again who protected your asses, amazing, truly amazing. This sergeant i talk of is currently the acting chief. Do you know why he's the acting chief? Its because he knows how to protect his men, the department and the village and cares enough to do so. The previous administration (Chief) doesn't care about you, the police department or the village. so suck up the fact that your were let go and get on with yourself... see you around, oh wait, no i wont

Quote

---

CONFIDENTIAL

04-16-2006, 11:46 AM                                                    #**23**

Ocean Beach Funnies                                                Posts: n/a

Tis a nice place;
for scum of the universe.
Lets play pish pasha amongst oursleves.

---

04-17-2006, 12:19 AM                                                    #**24**

VillageIdiot                                                       Posts: n/a

**Re: jackass**

Quote:

> Originally Posted by **Still employed**
> *Hey VillageIdiot, you got one part right, you are an IDIOT... Why would you want to bring the EnCon Police in to this? Do you need more cops to rat on? Haven't you done enough of that already... Oh thats right, once a rat always a rat...So, you want to bring up the holloween incident...hmmm, lets talk about it...the only cover up there was how bad a job you did investigating it. Did you ever wonder why no one would talk to you guys during your shitty investigation. Everyone hates you. Everyone knew then you were a rat. Did you know that when the case was ran through the DAs office they wanted to investigate you and your rat partners? Did you know that it was the sergeant who protected you from being investigated? How about the time you and your xxxxxyy partner beat up those 3 girls and 1 of them got away in handcuffs...that was real funny you moron...what a lawsuit that was going to be, but wait, it was the sergeant once again who protected your asses, amazing, truly amazing. This sergeant i talk of is currently the acting chief. Do you know why he's the acting chief? Its because he knows how to protect his men, the department and the village and cares enough to do so. The previous administration (Chief) doesn't care about you, the police department or the village. so suck up the fact that your were let go and get on with yourself... see you around, oh wait, no i wont*

So Chief, after those 3 girls got away, did you bring them into your office and bang them?? So your two city butt buddies didnt beat that guy senseless?? Didnt the previous Chief fire them, only to have you bring your own cronie in to investigate, then they get hired back?? How about the cops that associate with known drug dealers?? How about the cover up of the beating of the NYC Business man?? You can't hide everything Chief, the walls are closing in. What are you going to do when your wife finds out about your whores at work?

---

04-17-2006, 07:59 AM                                                    #**25**

Still employed ◦                                                   Join Date: Apr 2006
Junior Member              **[GEORGE HESSE]**                      Posts: 2

**Grasping at straws**

Just so you know IDIOT, this is not the chief. He would not stoop this low to entertain anything you had to say so lets get that straight. I'll do it for him and since you are a

chicken shit and refuse to identify yourself, i will do the same for the time being. We all know how hard it is for you to come out of the closet. Whoops, did i let that slip out. Thats why you BEAT those girls isn't it. you were jealous of them, they were prettier then you, awwwwww.. Now lets talk about the so called "TWINS" again. They we fired because of the previous chiefs incompetence to investigate anything, and for what its worth he believed the incompitence of you 3 morons. I mean really, did you read the paperwork you put together, i know i did. what a joke. and as far as cronies go, if you want to call the DA a cronie of the chief, i'm sure he'll take that as a compliment. They cleared the case stupid. So you want to talk about known drug dealers. What would you know about that? when was the last time or if ever you made an arrest for drugs? do you even know what cocaine looks like? i doubt you would. Any one that writes as many summonses as you and comes into contact with as many people as you and never made an arrest. but watch out, someone is eating peanuts on the beach, i better get her. oh my!!, look a red gatorade, i better kick his ass. LOSER!!! did you you write your mother a ticket yet? WAIT!! someones pissing, theres the felon. OH 10-1, 10-1 i maced myself again... HA HA HA HA HA HA HA HA....HE's RESISTING!!!!! and lets get another thing straight, the only walls that are closing in are the ones around your short feeble law enforcement career....

Quote

---

04-17-2006, 01:30 PM                                                          #26

Concerned for you ●                **[GEORGE HESSE]**        Join Date: Apr 2006
Junior Member                                                 Posts: 2

**Thats great...**

What a great post Still employed. Thats so funny i remember that night. Hes resisting Hes resisting!!!! I cant wait to find out who you are so i can shake your hand. The "twins" are awesome. Everyone loves them. The rat pack is just jealous because the twins actually have a personality and are actually able to make friends and as far as the acting chief goes, there are no word to describe. Hes the cops cop. He knows how to take care of his men even the jerkoffs.

Quote

---

04-17-2006, 02:10 PM                                                          #27

VillageIdiot                                                        Posts: n/a

**Da Chief**

Yeah, he knows how to take care of his men alright :evil: Just ask the guys at the bachelor party where he spent PBA funds on hookers!!! Whoops, should not leave a paper trail "Chief". I hear he knows how to take care of the ladies too.....The walls are closing in Chief, your time at the Beach is drawing to a close, just a matter of time before the Village finds out about you and your misdeeds. Now..telling everyone at MacArthur Airport that their newest officer is a rat...that IS slander !!! The Twins are two skells that the Chief protects even when they are hanging out with known drug dealers and criminals. Isn't that what happened the Halloween night Chief? Why did one of those jerks run away and hide? You might be good to them and help them cover stuff up, but it is going to catch up to you. And your hook in Civil Service (are you banging her too?) can't bail you out either Chief. How many times did you FAIL the Sgt's test?? People higher than her now know about how your Correction Officer buddies NEVER took a polygraph test...Seems you told Civil Service that they were

POLICE OFFICERS with the SCSD..WRONG!!! They are Peace Officers, so they HAVE TO take the polygraph....And speaking of Police Officers.....did you hear the one about the OBPD cop that was never actually a police officer??? Seems the Village had this guy working there for years without ever actually going through a Police Academy..Did you overlook this because he also gives you a job Chief??? Time to shut down OBPD for good......

Say Chief, how are you making out tracing down my IP address ???
Remember to turn off the AdultFriendFinder page before you do it

---

□ 04-18-2006, 09:22 PM                                                     #28

Sick of the rats                                                    Posts: n/a

📄 **OBPD corruption**

**Frank and Kevin**, listen you two loser rats. Just cut the crap. You were let go because of your gross incompitence and unproffessionalism. All you have to hang your hat on is this web blog. You don't even have a credible reputation to hang your hat on. I don't know how you look at yourselves in the mirror and not want to cut your own neck when you shave. My guess is you are to much of a coward. Just like your very brief police careers. If you have a valid complaint I suggest you take it somewhere so it can be addressed. But here on a blog page just shows that you are full of crap. My God am I glad you guys are gone. I am tired of working hard to regain the trust of the public after you guys ruined that!!!

---

□ 04-19-2006, 07:52 AM                                                     #29

VillageIdiot                                                        Posts: n/a

📄 **Re: OBPD corruption**

Quote:

> Originally Posted by **Sick of the rats**
> *Frank and Kevin, listen you two loser rats. Just cut the crap. You were let go because of your gross incompitence and unproffessionalism. All you have to hang your hat on is this web blog. You don't even have a credible reputation to hang your hat on. I don't know how you look at yourselves in the mirror and not want to cut your own neck when you shave. My guess is you are to much of a coward. Just like your very brief police careers. If you have a valid complaint I suggest you take it somewhere so it can be addressed. But here on a blog page just shows that you are full of crap. My God am I glad you guys are gone. I am tired of working hard to regain the trust of the public after you guys ruined that!!!*

Blah Blah Blah....regaining the trust of the public?? How, by beating the crap out of people? And I assume you are a competant boss huh ? How many times did you fail the test GEORGE?? You had better be careful or I will spew EVERYTHING I know...Tick tock...you better get yourself a good divorce attorney my man, maybe the guy that is representing that NYC Businessman you abused....

---

□ 04-19-2006, 08:03 AM                                                     #30



VillageIdiot                                                                                    Posts: n/a

**Trouble**

"103 to all units...10-1 10-1"

"What is it Chief?"

"Someone respond to HQ forthwith and get a rubber out of my desk drawer"

"Are you controlled Chief?"

"Negative, I have a nasty drunken skank in the Barracks and I need protection ASAP!!"

"10-4 Chief"

"103, be advised your wife is here....."

"10-4..I'll be done in a second. keep her off the computer!!"

Page 3 of 59 < 1 2 **3** 4 5 13 53 > Last » 

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:04 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here


The Schwartz Report

[Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#) > [Police Issues (N/S)](#)
**Ocean Beach Police Corruption**

| User Name | User Name | ☐ Remember Me? |
| Password | [        ] | Log in |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

---

[Post Reply]

Page 4 of 59 « First < 2 3 **4** 5 6 14 54 > Last »

Thread Tools · Display Modes

---

☐ 04-20-2006, 06:07 PM                                              #31

[makefunofchief123](#) ○                          Join Date: Apr 2006
Junior Member                                         Posts: 1

🗎 **POLICE CRAP!**

:twisted:

**all u losers that were fired, from the OBPD, if u have a beef with the acting chief, or the "twins" bring it on!!!! mwa ha ha ha ha! Y R U hiding behind computer bull@#$%! If i was as pissed as u sound, i wouldn't make idol threats, i would just bring on the evidence!!!! ur not getting ur jobs back! so y r u whining! huh! huh! like little BABY COPS! ha ha ha! so if u have something.....produce it, or did u lose ur balls when u lost ur OBPD badges??? huh huh huh!**

[Quote]

---

☐ 04-21-2006, 10:55 AM                                              #**32**

The Hessemeister                                       Posts: n/a
🗎

H E S S E

[Quote]

---

☐ 04-24-2006, 09:23 PM                                              #**33**

                                                       Posts: n/a

🗎 **FYI**

FYI you ignorant idiots, SC correction officers do not need to take the SC qualifying exams to be PT police, as per civil service. Get your facts straight... you guys just look dumber and dumber

[Quote]

---

☐ 04-26-2006, 12:14 AM                                              #**34**

OBPD Lover                                             Posts: n/a

🗎 **RESIDENT**

I am a long time Ocean Beach resident, just so you know I live on Ocean Breeze near Ocean Walk (maybe you know me). Not only can I not believe what I am reading, I don't have to. To the new Chief, CONGRATS, you fired the right guys. The simple fact that anyone who was, is, or thinks they are a police officer would not air this B.S. To the guys who keep this blog going....keep it going. No one believes you. Stop making idle threats if you have legit info act on it...if you have something to act on which I am sure you don't. Don't you think that any D.A. is going to ask you...why didn't you say something about this corruption. Since you seem to know so much about it. Come on, even if it were all true, you have incriminated yourself so badly you would end up in jail right next to them. My advice...END THIS! Get over it. You got fired and honestly I have spoken to other residents they don't care. GIVE UP!!!! Let me be the first to say I won't be anonymous Greg Hunstal. O.B. Resident. Have any question email me. GHunstal408@Hotmail.com

Quote

---

🔲 04-26-2006, 04:59 AM                                                                    #35

Posts: n/a

📝 **Re: RESIDENT**

Quote:

> Originally Posted by **OBPD Lover**
> *I am a wong time Ocean Beach wesident, just so you know I wive on Ocean Bweeze neaw Ocean Wawk (maybe you know me). Not onwy can I not bewieve what I am weading, I don't have to. To the new Chief, CONGWATS, you fiwed the wight guys. Oh, dat scwewy wabbit! De simpwe fact that anyone who was, is, ow thinks they awe a powice officew wouwd not aiw this B.S. Oh, dat scwewy wabbit! . To the guys who keep this bwog going....keep it going. No one bewieves you. Stop making idwe thweats if you have wegit info act on it...if you have something to act on which I am suwe you don't. Don't you think that any D.A. is going to ask you...why didn't you say something about this cowwuption, uh-hah-hah-hah. Since you seem to know so much about it. Come on, even if it wewe aww twue, you have incwiminated youwsewf so badwy you wouwd end up in jaiw wight next to them. My advice...END DIS! Get ovew it. You got fiwed and honestwy I have spoken to othew wesidents they don't cawe. GIVE UP!!!! Wet me be the fiwst to say I won't be anonymous Gweg Hunstaw. O.B. Wesident. Have any qwestion emaiw me. GHunstal408@Hotmail.com*

Can the corn, Gweg.

Quote

---

🔲 04-26-2006, 07:34 AM                                                                    #36

norm abelman                                                                        Posts: n/a

📝

---

Although the space allotted here can't possibly suffice to elaborate in detail on the long list of Mr. Greg Hunstal's coprophagous revenge fantasies -- including the larcenous, the laughable, the self-centered, and especially the brutal -- I'll use what little space I have to argue about Mr. Hunstal's squibs. Permit me this forum to rant. I would be grateful if Mr. Hunstal would take a little time from his rigorous schedule to make efforts directed towards broad, long-term social change. Of course, pigs will grow wings

and fly before that ever happens.

I frequently wish to tell Mr. Hunstal that he is calling for blind, impulsive action for the sake of action, for the sake of making himself feel good. But being a generally genteel person, however, I always bite my tongue. To restate the obvious: He must have some sort of problem with reading comprehension. That's the only explanation I can come up with as to why he accuses me of admitting that diseases can be defeated not through standard medical research but through the creation of a new language, one that does not stigmatize certain groups and behaviors. What I actually said is that to say that black is white and night is day is mendacious nonsense and untrue to boot. Mr. Hunstal has remarked that he never engages in intrusive, stinking, or grotesque politics. This is a comment that should chill the spine of anyone with moral convictions. To make sure you understand, I'll spell it out for you. For starters, Mr. Hunstal's accusations are geared toward the continuation of social stratification under the rubric of "tradition". Funny, that was the same term that his drones once used to make a mockery of the term "thyroparathyroidectomize".

Mr. Hunstal is dead set on defending his position against what I have to say, regardless of what I have to say. Let me try to explain what I mean by that in a single sentence: Mr. Hunstal recently stated that his way of life is correct and everyone else's isn't. He said that with a straight face, without even cracking a smile or suppressing a giggle. He said it as if he meant it. That's scary, because we must punish him for his naive lamentations. That's our situation today, in very rough outline. Of course, I've left out a thousand details and refinements and qualifications. I've not mentioned that Mr. Greg Hunstal unquestionably needs a healthy dose of conflict-resolution and peer-mediation training. And I've ignored phallocentrism altogether. I've simply pointed out one key fact: He is utterly -- and I mean utterly -- stultiloquent.

[Quote]

---

□ 04-26-2006, 07:46 AM                                                    #37

VillageIdiot103                                                      Posts: n/a

📄 **Re: RESIDENT**

Quote:

Originally Posted by **OBPD Lover**
*I am a long time Ocean Beach resident, just so you know I live on Ocean Breeze near Ocean Walk (maybe youknow me). Not only can I not believe what I am reading, I don't have to. To the new Chief, CONGRATS, you fired the right guys. The simple fact that anyone who was, is, or thinks they are a police officer would not air this B.S. To the guys who keep this blog going....keep it going. No one believes you. Stop making idle threats if you have legit info act on it...if you have something to act on which I am sure you don't. Don't you think that any D.A. is going to ask you...why didn't you say something about this corruption. Since you seem to know so much about it. Come on, even if it were all true, you have incimiated yourself so badly you would end up in jail right next to them. My advice...END THIS! Get over it. You got fired and honestly I have spoken to other residents they don't care. GIVE UP!!!! Let me be the first to say I won't be anonymous Greg Hunstal. O.B. Resident. Have any question email me.*
*GHunstal408@Hotmail.com*

So, how has the Chief helped you out there Greg? Wait a sec....did he find you on AdultFriend Finder also? Does the Chief go both ways? I guess his wife will have to find that out...

Say Chief, do you still have a good supply of wine at HQ? I was worrying that you might have used it all on the female domestic violence victim. Now that is professional!! Encouraging a female domestic victim to drink wine, in the police station!!! Did she drunk enough to actually bang you Chief?

Do any more SLA checks George? Why is is that only certain bars get checked while others have no worries at all? Any chance it has to do with the fact that they let you eat and DRINK booze while on duty, for free??

And Greg, how would an idiot like you even know about this Board? I guess the 'Chief' is getting so nervouse he is enlisting the help of jagoff residents like you to help him. My advice to you is to keep an eye on the Chief and make sure he isn't banging YOUR wife!!!

And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....

---

□ 04-26-2006, 09:44 AM                                                    #**38**

Posts: n/a

exactly how many village idiots do we have in o.b...or is that the surname assigned to all who live there?

---

□ 04-26-2006, 10:32 AM                                                    #**39**

Posts: n/a

Quote:

Originally Posted by **Anonymous**
*exactly how many village idiots do we have in o.b...or is that the surname assigned to all who live there?*

Not all of us, just the trolls trying to be amusing on this web board

---

□ 04-26-2006, 09:24 PM                                                    #**40**

Posts: n/a

**Re: RESIDENT**

Quote:

> Originally Posted by **VillageIdiot103**
> *And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....*

Ah, morons and more morons... you think you know so much, yet you know so F'ing little...
The Suffolk County CO's are given a WAIVER from taking the lie detector test, because they are already SC CO's, and obviously they are trusted enough to be such, and therefore do not have to take that exam! Stop being such a know-nothing and call civil service yourself if you dont believe it. Then you will see just how dumb you really are, moron!

Quote

Post Reply

Page 4 of 59 « First < 2 3 **4** 5 6 14 54 > Last »

« Previous Thread | Next Thread »

---

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S) 

All times are GMT -5. The time now is 11:05 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?
Password [        ] (Log in)

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 5 of 59 « First < 3 4 **5** 6 7 15 55 > Last »

Thread Tools ⌄ Display Modes ⌄

☐ 04-26-2006, 09:27 PM                                               #41

                                                                Posts: n/a

📝 **Stud?**

You guys talk like the chief is banging everyone... reality check, he aint all that. But then again if you seem to think he is, then I suppose that says something about you, now doesn't it?? Maybe you should be hanging out at Cherry Grove instead of OB.

Quote

☐ 04-27-2006, 07:10 AM                                               #42

                                                                Posts: n/a

📝 **Re: Stud?**

Quote:
Originally Posted by **Anonymous**
*You guys talk like the chief is banging everyone... reality check, he aint all that. But then again if you seem to think he is, then I suppose that says something about you, now doesn't it?? Maybe you should be hanging out at Cherry Grove instead of OB.*

Fact is the chief isnt banging anyone, hes sporting a colostomy bag, lost his unit 12 years ago.

Quote

☐ 04-27-2006, 10:16 AM                                               #43

                                                                Posts: n/a

📝 **Re: RESIDENT**

Quote:
Originally Posted by **VillageIdiot103**
*So, how has the Chief helped you out there Greg? Wait a sec....did he find you on AdultFriend Finder also? Does the Chief go both ways? I guess his wife will have to find that out...*

CONFIDENTIAL                                                    P 00980

*Say Chief, do you still have a good supply of wine at HQ? I was worrying that you might have used it all on the female domestic violence victim. Now that is professional!! Encouraging a female domestic victim to drink wine, in the police station!!! Did she drunk enough to actually bang you Chief?*

*Do any more SLA checks George? Why is is that only certain bars get checked while others have no worries at all? Any chance it has to do with the fact that they let you eat and DRINK booze while on duty, for free??*

*And Greg, how would an idiot like you even know about this Board? I guess the 'Chief' is getting so nervouse he is enlisting the help of jagoff residents like you to help him. My advice to you is to keep an eye on the Chief and make sure he isn't banging YOUR wife!!!*

*And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....*

This reads like something my 15 year old would write, listen troll, just because your bimbo is a badge bunny who worked her way up the ladder to a chief, doesnt mean anyone else with 1% of class would do the same. I understand it must hurt but posting it here isnt helping you, go get some pro counselling and get on with your misery..i mean life.

Quote

04-28-2006, 06:44 AM                                                      #44

Posts: n/a

YOU ALL SOUND LIKE A BUNCH OF IDIOTS. NO WONDER THAT POLICE DEPARTMENT SUCKS AND EVERYONE IS IN TROUBLE.

Quote

04-28-2006, 06:45 AM                                                      #45

Posts: n/a

Hey Norm...what the hell are you babbling about?

Quote

04-28-2006, 06:49 AM                                                      #46

Posts: n/a

Hey Villageidiot, i like how you put the 103 after your name now. Nice touch.. Its a shame all of us CO's are still working for the beach. I like how you tried to get us in trouble with Civil Service. Its a shame you'll never work as a cop again. Not only did you screw the public, now you're trying to screw the people you worked with that have nothing to do with you being let go. You're an ass...



04-28-2006, 06:10 PM                                               #**47**

Posts: n/a

Who the hell is norm?......

---

04-28-2006, 06:11 PM                                               #**48**

Posts: n/a

VillageIdiot103 wrote:

And just to claify a previous morons post....Yes, Suffolk Correction Officers (most of whom are only one level up from the skells they babysit) already passed the psych,medical, and agility tests. But CO's NEVER took the lie detector test, which OBPD cops MUST take if they were appointed in the recent years..Don't worry, that will be taken care of too...Chief, I know you are hooked up with the broad from Suffolk Civil Service...I hope you know someone in NYS Civil Service too....

Ah, morons and more morons... you think you know so much, yet you know so F'ing little...
The Suffolk County CO's are given a WAIVER from taking the lie detector test, because they are already SC CO's, and obviously they are trusted enough to be such, and therefore do not have to take that exam! Stop being such a know-nothing and call civil service yourself if you dont believe it. Then you will see just how dumb you really are, moron!

the 3 rats already went to Civil Service to rat on all of us. They were turned away.

---

04-28-2006, 06:12 PM                                               #**49**

Posts: n/a

Nice Try....RAT

---

04-28-2006, 06:14 PM                                               #**50**

Posts: n/a

Hey rat..you can go to NYS Civil Service....Thats not going to get you anywhere either.....Ha hahahhahahahahaha

CONFIDENTIAL

P 00982

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:05 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | [          ] | [ Log in ]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[ Post Reply ]

Page 6 of 59 « First < 4 5 **6** 7 8 16 56 > Last »

Thread Tools ▫ Display Modes ▫

---

▫ 04-29-2006, 07:08 PM                                    #51

**[GEORGE HESSE]**                              Posts: n/a

Quote:

> Originally Posted by **Anonymous**
> *Hey rat..you can go to NYS Civil Service....Thats not going to get you anywhere either.....Ha hahahhahahahahaha*

NYS Civil Service is more liberal then suffolk...all cops in NYS would be aloud to work with no testing...penis....nice try....loser

[ Quote ]

---

▫ 04-29-2006, 09:33 PM                                    #52

**[GEORGE HESSE]**                              Posts: n/a

here's a rat, there's a rat, everyone goes rat rat, old mcdonald had a farm, E I, E I....OOOOOOO

[ Quote ]

---

▫ 04-29-2006, 09:38 PM                                    #53

**[GEORGE HESSE]**                              Posts: n/a

Hey, norm...what the hell are you talking about...you're talking to a bunch of retarded cops

[ Quote ]

---

▫ 05-02-2006, 10:25 AM                                    #54

VillageIdiots                                  Posts: n/a

**Wife**

So 'Chief'....is this the day your wife finds out about all of your whores? How will she

CONFIDENTIAL                                      P 00984

find out...will it be an anonymous letter? A phone call? A visit by an 'old friend'? What will you do when she confronts you with your AdultFriendFinder profile? Yes Chief, I saved it and printed it out for her!!! I figuered it would be a nice gift for the both of you, seeing as how you are so generous to others.

Remember Chief...Anticipation of your wife finding out is worse than your wife actually finding out!N!!!!!!!!!!!!!!!!!!!!!!!!!!!

Tick Tock Chief................



---

☐ 05-03-2006, 08:17 PM                                                      #55

                                                                    Posts: n/a

📄

Why is this post even allowed to remain on a Police site. These bozo's aren't even cops? So sad sack got fired and now he's going after the Chief for past indescretions - we don't care. Why don't you WANNA BE'S, and FIRED USED TO BE WANNA BE'S, take your conversation where it belongs - out to the parking lot like real men would.



---

☐ 05-04-2006, 06:17 PM                                                      #56

                                                                    Posts: n/a

📄

Any moron can post on this site and this thread, even you and I.



---

☐ 05-04-2006, 07:26 PM                                                      #57

redstone14 ☐                                            Join Date: Apr 2006
Junior Member                                           Posts: 1
📄

> Quote:
> Originally Posted by **Anonymous**
> *Why is this post even allowed to remain on a Police site.*

This is NOT a police site. It is a PUBLIC site that invites EVERYONE to write their comments or opinions

> Quote:
> These bozo's aren't even cops?

When you write "**these** Bozo's" are you sure there is more than one person posting here?

> Quote:
> So sad sack got fired and now he's going after the Chief for past indescretions -

If the OBPD police chief has "past indiscretions," this is the place to post em. Sounds fair to me.

CONFIDENTIAL

Quote:

we don't care.

Speak for yourself. I find the disgraced cop's comments and replies to his comments somewhat entertaining.

Quote:

Why don't you WANNA BE'S, and FIRED USED TO BE WANNA BE'S, take your conversation where it belongs - out to the parking lot like real men would.

Are you suggesting resorting to violence?

[Quote button]

05-05-2006, 06:33 AM                                                               #58

                                                                          Posts: n/a

Quote:

When you write "these Bozo's" are you sure there is more than one person posting here

Village Idiot
VillageIdiot
VillageIdiot103
VillageIdiots
seems like moe than one person to me.

[Quote button]

05-06-2006, 02:31 PM                                                               #59

Pay Scale ?                                                               Posts: n/a

What are the salaries of the cops and bosses here?

[Quote button]

05-10-2006, 04:02 PM                                                               #60

Rat hater                    **[GEORGE HESSE]**                           Posts: n/a

Kevin Lamm and Frank Fiorello, Why don't you 2 take your lumps like real men and move on. The Deputy Chief let you go because you guys abuse the public. That is not how we do bussiness in this department. He was a gentleman about it and assured you guys he would give favorable references. You were well with in your right to go to civil service to inquire about yout rights, and if you could be let go. But when you started to throw accusations around that was yet another case of you guys crossing the line. Just like so many times in the past. And now you wonder why you are on the outside looking in. You are at will employees, well I mean were. Now you have even less credibility than you did before. Congratulations for truely earning the title "**RAT**" Niether of you will ever work another law enforcement job here in the United States. Maybe if you are lucky you can get a job working in Iraq, I hear they will take anyone over

CONFIDENTIAL                                                                    P 00986

there. But you may become canon fodder! Good luck you rat bastards!

Quote

Post Reply

Page 6 of 59 « First < 4 5 **6** 7 8 16 56 > Last » ▿

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



Police Issues (N/S)   Go

All times are GMT -5. The time now is 11:05 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | Log in

Register      FAQ      Members List      Calendar      Today's Posts      Search



Post Reply                     Page 7 of 59 « First < 5 6 **7** 8 9 17 57 > Last »

Thread Tools ⌄ Display Modes ⌄

☐ 05-10-2006, 11:32 PM                                                          #61

**[GEORGE HESSE]**                                            Posts: n/a

you guys are all done....pathetic little men...

Watching you leave with your head between your legs from the meeting..amuzing..

watching you get on the water taxi with your head between your legs.. funny

going to civil service to be a rat and getting no play.. hysterical..

trying to get a job with another law enforcement agency and not getting one.. pricless

Quote

☐ 05-10-2006, 11:35 PM                                                          #62

**[GEORGE HESSE]**                                            Posts: n/a

all of you should get a life....enough with this crap...i think you are all losers...nice department

Quote

☐ 05-10-2006, 11:37 PM                                                          #63

**[GEORGE HESSE]**                                            Posts: n/a

Iraq wont take them either....the Iraqis will send them back with a bomb attached to them

Quote

☐ 05-10-2006, 11:39 PM                                                          #64

**[GEORGE HESSE]**                                            Posts: n/a

☐ **Re: PAY SCALE**

Quote:

CONFIDENTIAL                                                          P 00988

Originally Posted by **PAY CHK**
***PAY SCALE IS SAD- JUST LOOK WHO'S POSTING.***
***ONE FULL TIME PO ( IDIOT,AKA SGT, AKA WANNA BE DEPUTY CHIEF)***
***$58,000 + ALL DRUNKIN WHORES, BOOZES HE WANTS. FOR GODS SAKE***
***AT LEAST PASS A TEST JERKOFF!!! HAHAHA WAIT ALISON AT CIVIL***
***SERVICE WILL HELP YOU!!! WINK WINK :lol: :lol:***
***ONE SEMI-RETIRED CHIEF $85,000., CHIEF ALSO GETS AN APARTMENT.***
***15-20 SEASONAL PO'S $19.65 HRLY***
***LOOKING TO HIRE TWO FULLTIME PO'S $45000 EACH PLUS WHORES AND***
***BOOZE :wink: :wink:***

Check your facts again jack....how are those new job investigations going....

---

□ 05-11-2006, 12:29 PM                                                #**65**

FormerOBemployee                                                 Posts: n/a

I find it funny that at no time did the Deputy Chief or whatever title he has right now ever make a comment regarding your personal lives. Yet thats all the villageidiot keeps talking about. It's time to grow up and accept what has happened and move on.

---

□ 05-12-2006, 07:17 AM                                                #**66**

                                                                 Posts: n/a

which village idiot seems there are 20 or so?

---

□ 05-12-2006, 09:36 AM                                                #**67**

### [GEORGE HESSE]                                               Posts: n/a

they'er all the same IDIOT

---

□ 05-12-2006, 10:16 AM                                                #**68**

                                                                 Posts: n/a

Quote:

Originally Posted by **Anonymous**
*they'er all the same IDIOT*

thats what i thought, but the dead end never uses the same stupid name twice, I'm thinking its just trolls....well I know its trolls, but losers who have nothing else to do with themselves...well that describes him too...oh you know what I mean.

---

□ 05-12-2006, 10:32 AM                                                #**69**

GeorgeBangsWhores                                                Posts: n/a

**oh Chief**

Quote:

> Originally Posted by **Anonymous**
> Quote:
>
>> Originally Posted by **Anonymous**
>> *they'er all the same IDIOT*
>
> *thats what i thought, but the dead end never uses the same stupid name twice, I'm thinking its just trolls....well I know its trolls, but losers who have nothing else to do with themselves...well that describes him too...oh you know what I mean.*

Can't think clearly Chief? Too much booze and X last night? Is that why you cant pass the test Chief? Still sweating when you walk into the house George? Any day now my man......Say, why didn't you hire the 'other Chief' back??? Anything to do with him not actually EVER BEING A POLICE OFFICER?

---

05-12-2006, 12:00 PM                                                      #**70**

Posts: n/a

**Re: oh Chief**

Quote:

> Originally Posted by **GeorgeBangsWhores**
> Quote:
>
>> Originally Posted by **Anonymous**
>> Quote:
>>
>>> Originally Posted by **Anonymous**
>>> *they'er all the same IDIOT*
>>
>> *thats what i thought, but the dead end never uses the same stupid name twice, I'm thinking its just trolls....well I know its trolls, but losers who have nothing else to do with themselves...well that describes him too...oh you know what I mean.*
>
> *Can't think clearly Chief? Too much booze and X last night? Is that why you cant pass the test Chief? Still sweating when you walk into the house George? Any day now my man......Say, why didn't you hire the 'other Chief' back??? Anything to do with him not actually EVER BEING A POLICE OFFICER?*

wrong,I'm not your chief, do not even work over there, I happen to be a Scpd investigator, assigned to the recruit training staff (think back ground check), so if you are on the list, and I'm not going to check, since that would incriminate me, let me tell you, dont bother showing up for orientation. We arent interested.
By the way we've had many commissioners and other non-sworn members who arent police officers in scpd, so what?

CONFIDENTIAL                                                              P 00990

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)   Go

All times are GMT -5. The time now is 11:06 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

| | |
|---|---|
| [Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#) > [Police Issues (N/S)](#)<br>🔧 **Ocean Beach Police Corruption** | User Name [User Name_____] ☐ Remember Me?<br>Password [_____] [Log in] |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|

[Post Reply]

Page 8 of 59 « First < 6 7 **8** 9 10 18 58 > Last » ▾

Thread Tools ▾ Display Modes ▾

---

🔲 05-12-2006, 12:30 PM                                          #71

Posts: n/a

📄

Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?
Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.

[Quote]

---

🔲 05-12-2006, 04:19 PM                                          #72

Posts: n/a

📄

> Quote:
> Originally Posted by **Anonymous**
> *they'er all the same IDIOT*

He can try and use different VILLAGEIDIOT names, but we all know its the same guy....how was it driving your truck last night....isn't it a shame to know thats all your going to be...a truck driver for the rest of your life....and lets quote kevin..NICCCE!

[Quote]

---

🔲 05-12-2006, 04:38 PM                                          #73

Manny de la Torriente                                          Posts: n/a

📄

> Quote:
> Originally Posted by **Anonymous**
> *Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?*
> *Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.*

Let's be honest. Is there one seasoned cop posting here who can claim he has not

committed some kind of serious offense or violated some rule that would have resulted in him being seriously jammed up or fired if his offense was detected by a straight up supervisor?

---

□ 05-13-2006, 08:09 AM                                                             #**74**

9311111                                                                      Posts: n/a

Quote:

> Originally Posted by **Manny de la Torriente**
> Quote:
>
> > Originally Posted by **Anonymous**
> > *Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?*
> > *Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.*
>
> *Let's be honest. Is there one seasoned cop posting here who can claim he has not committed some kind of serious offense or violated some rule that would have resulted in him being seriously jammed up or fired if his offense was detected by a straight up supervisor?*

I like to hit the bong, repeatedly, and I was fired now I'm here trolling because I drive a taxi

---

□ 05-13-2006, 09:09 AM                                                             #**75**

                                                                             Posts: n/a

Quote:

> Originally Posted by **Manny de la Torriente**
> Quote:
>
> > Originally Posted by **Anonymous**
> > *Its actually kind of sad, pathetic that this is the only venue this hurting li'l puppy has to vent over how things turned out for him...huh?*
> > *Think about it losing all that, and resorting to posting on a anon web board where everyone just chuckles over his mistakes.*
>
> *Let's be honest. Is there one seasoned cop posting here who can claim he has not committed some kind of serious offense or violated some rule that would have resulted in him being seriously jammed up or fired if his offense was detected by a straight up supervisor?*

The difference between us and you and your drug using perp hairbag cronies, yes, for 99.99999999% of us, the biggest offense is not signing off our memo book when our tour is over, sorry johnny boy times have changed, cops have alot more to lose, and cannot just drive a taxi and break even.

05-17-2006, 09:52 AM     **[GEORGE HESSE]**     #76

KING GEORGE     Posts: n/a

### TIMES A RUNNING OUT

**:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: TICK-TOCK-TICK-TOCK!!!!**
**WHENS SHANNON GONNA FIND OUT? :P :P :P :?: :?: :?: 😈😈 o**
**:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :wink: :wink: :wink: :wink:**

---

05-17-2006, 03:07 PM     #77

Posts: n/a

### Re: TIMES A RUNNING OUT

Quote:

> Originally Posted by **KING GEORGE**
> *:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: TICK-TOCK-TICK-TOCK!!!!*
> *WHENS SHANNON GONNA FIND OUT? :P :P :P :?: :?: :?: 😈😈 o*
> *:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :wink: :wink: :wink: :wink:*

who ever shannon is unless she reads this anon drivel my guess is never...actually she probably doesnt give a rats ass anyway. I'm sure she knows whatever your big secret is, and has many more in her closet.lol

---

05-18-2006, 02:40 AM     #78

Posts: n/a

shannon knows all hate to burst your bubble, shes known for a long time what kind of freak he is...how do you think they met?

---

05-18-2006, 08:16 PM     #79

Posts: n/a

I dont know anything about this except what I read in the paper but I'll say this.....enough with this post if you got canned for doing something wrong then suck it up and be a man about it and stop posting silly things in here. Get another job and move on with your life

---

05-19-2006, 06:01 PM     #80

Posts: n/a

Quote:

Originally Posted by **Anonymous**

CONFIDENTIAL    



*I dont know anything about this except what I read in the paper but I'll say this.....enough with this post if you got canned for doing something wrong then suck it up and be a man about it and stop posting silly things in here. Get another job and move on with your life*

Really or actually do all the stupid crap you are threatening to do, posting it here isnt scaring anyone, only idiots read this...except me of course



Page 8 of 59 « First < 6 7 **8** 9 10 18 58 > Last » ▼

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) ▲▼ Go

All times are GMT -5. The time now is 11:06 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 9 of 59 « First < 7 8 **9** 10 11 19 > Last »

Thread Tools ⌄ Display Modes ⌄

05-20-2006, 05:15 AM #81

Posts: n/a

Quote:

> Originally Posted by **Anonymous**
>
> Quote:
>
> > Originally Posted by **Anonymous**
> > *I dont know anything about this except what I read in the paper but I'll say this.....enough with this post if you got canned for doing something wrong then suck it up and be a man about it and stop posting silly things in here. Get another job and move on with your life*
>
> *Really or actually do all the stupid crap you are threatening to do, posting it here isnt scaring anyone, only idiots read this...except me of course*

yeah me too, everyone else who reads this is a loser

Quote

05-20-2006, 10:29 PM #82

VillageIdiotisBack

Posts: n/a

**tick tock**

Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?

Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!

The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.

Quote

CONFIDENTIAL                                                                                      P 00996

05-21-2006, 03:53 AM                                                                          #**83**

Posts: n/a

**Re: tickity tock you didnt scare koc**

Quote:

> Originally Posted by **VillageIdiotisBack**
> *Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?*
>
> *Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!*
>
> *The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.*

get a life weinie boy...we all knew you were blowing hot air, you got nothing, its time to evaluate your existence, you critique people on anon web message boards and tell them not to slander anyone. You threaten to reveal ''dark'' secrets to their loved ones, you got no stroke, not here, and certainly not in life, no one was scared, no one cared, now go move somewhere and start over.
buh bye weinie

---

05-21-2006, 07:24 PM                                                                          #**84**

Posts: n/a

Exactly.....move on. Apparently none of these things bothered you before you got in trouble.

---

05-22-2006, 09:25 AM                                                                          #**85**

Posts: n/a

You talk about slander.. you mention the chiefs wife by name..whats wrong with you...you have lost all sense of reality...

---

05-23-2006, 11:52 PM                          **[GEORGE HESSE]**                              #**86**

Posts: n/a

**Re: tick tock**

Quote:

> Originally Posted by **VillageIdiotisBack**
> *Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?*

*Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!*

*The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.*

you did it to yourself....scumbag

`Quote`

---

□ 05-27-2006, 08:12 AM                                                                    #87

ratt hater                        **[GEORGE HESSE]**                        Posts: n/a

**Kevin the rat**

Kevin Lamm, are you still a half a fag? Or are you sucking dick out in the open now as an out of the closet fag? No matter how you look at it you will always be a rat! 😊

`Quote`

---

□ 05-29-2006, 08:52 PM                                                                    #88

FUNNY U SAY THAT                                                          Posts: n/a

> Quote:
>
> Originally Posted by **Rat hater**
> *Kevin Lamm and Frank Fiorello, Why don't you 2 take your lumps like real men and move on. The Deputy Chief let you go because you guys abuse the public. That is not how we do bussiness in this department. He was a gentleman about it and assured you guys he would give favorable references. You were well in with your right to go to civil service to inquire about yout rights, and if you could be let go. But when you started to throw accusations around that was yet another case of you guys crossing the line. Just like so many times in the past. And now you wonder why you are on the outside looking in. You are at will employees, well I mean were. Now you have even less credibility than you did before. Congratulations for truely earning the title "RAT" Niether of you will ever work another law enforcement job here in the United States. Maybe if you are lucky you can get a job working in Iraq, I hear they will take anyone over there. But you may become canon fodder! Good luck you rat bastards!*

`Quote`

---

□ 05-29-2006, 09:09 PM                                                                    #89

FUNNY TWO                                                                Posts: n/a

ABOUT IRAQ- WHO KNOWS WHILE I'M OVER THERE WILL I RUN INTO THE MARINE YOU AND TY( THE WANNA BE ARMY MEDIC/RIGHT-NYPD WANNA BE) TUNED UP FOR HAVING A BEER WHILE ON THE FERRY LINE CHIEF!! YOU REMEMBER THE ONE WHO WAS WITH HIS GIRLFRIEND FROM LINDENHURST- YES CHIEF YOU AND YOUR SIDE

KICK TY TUNED HIM UP AND THEN YOU WROTE HIM AN ALCOHOL TICKET. BUT YOU WERE GOOD THIS WEEKEND BLOTTER SHOWS NO ABUSE- NO FOUND MOMMYS DEHYDRATED ON THE BEACH CHIEF--DON'T WORRY GEORGE YOU STILL HAVE TIME TOO SEE YOUR MOMMY THIS SUMMER.

Quote

| 05-29-2006, 09:10 PM | #**90** |

FUNNY TWO                                                                 Posts: n/a

ABOUT IRAQ- WHO KNOWS WHILE I'M OVER THERE WILL I RUN INTO THE MARINE YOU AND TY( THE WANNA BE ARMY MEDIC/RIGHT-NYPD WANNA BE) TUNED UP FOR HAVING A BEER WHILE ON THE FERRY LINE CHIEF!! YOU REMEMBER THE ONE WHO WAS WITH HIS GIRLFRIEND FROM LINDENHURST- YES CHIEF YOU AND YOUR SIDE KICK TY TUNED HIM UP AND THEN YOU WROTE HIM AN ALCOHOL TICKET. BUT YOU WERE GOOD THIS WEEKEND BLOTTER SHOWS NO ABUSE- NO FOUND MOMMYS DEHYDRATED ON THE BEACH CHIEF--DON'T WORRY GEORGE YOU STILL HAVE TIME TOO SEE YOUR MOMMY THIS SUMMER.

Quote

Post Reply                    Page 9 of 59  « First < 7 8 **9** 10 11 19 > Last » 

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)   Go

All times are GMT -5. The time now is 11:06 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL

The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
Ocean Beach Police Corruption

User Name [User Name]  ☐ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 10 of 59 « First < 8 9 **10** 11 12 20 > Last » ▾

Thread Tools ▾ Display Modes ▾

---

☐ 05-29-2006, 09:16 PM                                                    #91

OH S                                                            Posts: n/a

CALL CHIEF THEY'RE ON AGAIN! NO HE'S WITH COMPANY-- YOU KNOW THE SKANK
FROM SOCIAL SERVICES.HE'S GONNA BE MADDD PROBABLY MAKE US WASH THE
TRUCK AGAIN!!!

[Quote]

---

☐ 05-30-2006, 11:58 AM                                                   #92

squeek squeek                                                  Posts: n/a

i hear cheese eaters

[Quote]

---

☐ 05-30-2006, 10:39 PM                                                   #93

Forever employed              **[GEORGE HESSE]**              Posts: n/a

**You wish**

Quote:

Originally Posted by **FUNNY TWO**
*ABOUT IRAQ- WHO KNOWS WHILE I'M OVER THERE WILL I RUN INTO THE MARINE
YOU AND TY( THE WANNA BE ARMY MEDIC/RIGHT-NYPD WANNA BE) TUNED UP
FOR HAVING A BEER WHILE ON THE FERRY LINE CHIEF!! YOU REMEMBER THE ONE
WHO WAS WITH HIS GIRLFRIEND FROM LINDENHURST- YES CHIEF YOU AND YOUR
SIDE KICK TY TUNED HIM UP AND THEN YOU WROTE HIM AN ALCOHOL TICKET.
BUT YOU WERE GOOD THIS WEEKEND BLOTTER SHOWS NO ABUSE- NO FOUND
MOMMYS DEHYDRATED ON THE BEACH CHIEF--DON'T WORRY GEORGE YOU STILL
HAVE TIME TOO SEE YOUR MOMMY THIS SUMMER.*

First, you couldn't handle being in Iraq. Second, you would be shot by your own men.
Third, It was the Seargeant, now Chief that had to restrain you, Kevin Lamm, From
beating the marine you talk about. He never touched the guy. HOMO!!!! Hows the
airport square badges treating you these days you RAT!

CONFIDENTIAL



☐ 05-30-2006, 10:43 PM                                                                                    #94

Homo says What                                                                                      Posts: n/a

📃 **how you doin?**

Quote:

> Originally Posted by **OH S**
> *CALL CHIEF THEY'RE ON AGAIN! NO HE'S WITH COMPANY--YOU KNOW THE SKANK FROM SOCIAL SERVICES.HE'S GONNA BE MADDD PROBABLY MAKE US WASH THE TRUCK AGAIN!!!*

Like you ever did anything RAT!

---

☐ 05-30-2006, 10:51 PM                                                      ]                              #95

YOU LOSER                                                                                           Posts: n/a

📃 **tick tock lick my cock**

Quote:

> Originally Posted by **VillageIdiotisBack**
> *Welcome to Ocean Beach...The Land of No !! Well, not exactly..the whores don't say no, do they George? Score any more skanks?*
>
> *Say George, how is Mitch doing? You know Mitch, right? Isn't he the guy that got the hookers for you? Doesn't he own that hotel? Doesn't he deal X in the Village? You wouldn't know anything about that, would you George? I bet the Twins do!!!!!*
>
> *The walls are closing in George..You can keep slandering your ex-employees all you want, it isn't going to go anywhere. And just for the record George, I won't be a scumbag like you. I won't say anything to your wife..that was just to scare you. I would not ruin your home life, unlike what you did to your own people.*

The only slander here is what you did to the chief and his wife. You started this scumbag. no one else. You talk about someone selling X. How would you know, you never made an arrest unless it was someone peeing. Nice one.

So, whats wrong? Only doing this to scare the chief?..lol like was scared. Whats wrong? your balls creeping up into your throat? oh thats right, you don't have any balls. Let me ask you this. How does it feel knowing you will never be a cop?...ha ha ha ha ha

---

☐ 06-06-2006, 11:00 PM                                                                                   #96

sandlover                                                                                           Posts: n/a

📃

you never know who has been watching, the one with the least to lose may have the most to gain. Trust the cops you work with but watch the weakest link. Just one tumble and the entire deck of cards falls on you. Pictures are worth a 1000 words. It all

CONFIDENTIAL

depends who are in the pictures. oops :?:

□ 06-07-2006, 05:20 PM                                                    #97

Posts: n/a

You guys are all a bunch of misfits and rejects. I have heard stories about your guys getting beat up, other guys trying to write a summons and being thrown into the water, etc. etc. You are all a bunch of wanna be wimps, just get off the computer and stop embarrassing yourselves even more than before. Also, try taking a good look at your applicants before you hire them.

□ 06-07-2006, 05:55 PM                                                    #98

Posts: n/a

Quote:
Originally Posted by **Anonymous**
*You guys are all a bunch of misfits and rejects. I have heard stories about your guys getting beat up, other guys trying to write a summons and being thrown into the water, etc. etc. You are all a bunch of wanna be wimps, just get off the computer and stop embarrassing yourselves even more than before. Also, try taking a good look at your applicants before you hire them.*

'k jeffrey

□ 06-07-2006, 06:05 PM                                                    #99

Posts: n/a

Quote:
Originally Posted by **sandlover**
*you never know who has been watching, the one with the least to lose may have the most to gain. Trust the cops you work with but watch the weakest link. Just one tumble and the entire deck of cards falls on you. Pictures are worth a 1000 words. It all depends who are in the pictures. oops :?:*

wah wah wah polly prissy pants. get lost in traffic already MARY!!!!!!!!!!

□ 06-10-2006, 09:41 AM                                                    #100

Posts: n/a

Go to Fire Departments (N/S) then Check out page 20 and 21 of, "Fire Commissioners of the Selden Fire District" This Firemen trying to fix a problem.

CONFIDENTIAL                                                    P 01002

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

 Police Issues (N/S)   Go

All times are GMT -5. The time now is 11:06 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here





Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?

Password [_____] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 11 of 59 « First < 9 10 **11** 12 13 21 > Last » »

Thread Tools ⌄ Display Modes ⌄

---

06-13-2006, 10:19 PM                                      #101

policeman77 ⌐                    Join Date: Jun 2006
Junior Member                    Posts: 1

**chief of obpd**

Does the fat fuck still think he is a comedian?

Quote

---

06-16-2006, 10:03 PM                                      #102

StomachCramps                                    Posts: n/a

**Da Chief is scared!**

I hear the Chief is having stomach problems these days...Whats the matter George, afraid of whats coming down the pike?

Bad George Bad George, whatcha gonna do, whatcha gonna do when they come for you??

I hope those cramps are from you being nervous Chief, and not from some STD you caught from one of these pigs you were banging in your office...Say Chief, hows Mitch doin these days?? Score any coke?

Quote

---

06-17-2006, 03:49 AM                                      #103

                                                 Posts: n/a

**Re: Da Chief is scared!**

Quote:
Originally Posted by **StomachCramps**
*I hear the Chief is having stomach problems these days...Whats the matter George, afraid of whats coming down the pike?*

*Bad George Bad George, whatcha gonna do, whatcha gonna do when they come for you??*

CONFIDENTIAL                                               P 01004

*I hope those cramps are from you being nervous Chief, and not from some STD you caught from one of these pigs you were banging in your office...Say Chief, hows Mitch doin these days?? Score any coke?*

wah wah wah polly prissy pants...Grow up troll

---

◻ 06-17-2006, 05:28 AM                                                                #**104**

Posts: n/a

📄 **Re: Da Chief is scared!**

Quote:

Originally Posted by **StomachCramps**
*I hear the Chief is having stomach problems these days...Whats the matter George, afraid of whats coming down the pike?*

*Bad George Bad George, whatcha gonna do, whatcha gonna do when they come for you??*

*I hope those cramps are from you being nervous Chief, and not from some STD you caught from one of these pigs you were banging in your office...Say Chief, hows Mitch doin these days?? Score any coke?*

Hey Kevina, hows your career? Hows the shopping carts at Compare foods? Hows your bills? Hows it feel to be blacklisted in every law enforcement job, and dont bother with the summit security application, they already know. Wait til the winter...you're gonna wish you got stockgirl job instead.

---

◻ 06-17-2006, 07:36 AM                                                                #**105**

Posts: n/a

📄

kevin you are a dick homo fag loser

---

◻ 06-17-2006, 09:47 AM                                                                #**106**

Posts: n/a

📄

its funny the ''chief'' doesnt even think about you but you know when he has intestinal distress? You are a f u c k i n g loser you c o c k sucking fag, you must be half a man, you dick lover, forget the chief, go find some new ass to obsess about homo fag querr ######### dicklicking loser



---

◻ 06-17-2006, 10:47 AM                                                                #**107**

Posts: n/a

📄

Quote:

Originally Posted by **Anonymous**

*its funny the ''chief'' doesnt even think about you but you know when he has intestinal distress? You are a f u c k i n g loser you c o c k sucking fag, you must be half a man, you dick lover, forget the chief, go find some new ass to obsess about homo fag querr # # # # # # # # dicklicking loser*

the banned is a s s s u c k i n g ba l l eating unemployed r u m p rider

---

☐ 06-17-2006, 06:37 PM                                                          #**108**

HAPPY 2BE ME                                                          Posts: n/a

---

g**UESS YOUR WRONG ANDY! APPEARS THE FAT BANNED COMEDIAN GEORGE HESSE THINKS OF ME OFTEN-LIKE THE REST OF YOU LOSERS. :lol: :lol: :lol: :lol:**
**MAYBE I SHOULD TELL MARIE OF YOUR BACHOLAR PARTY?**
**YOU KNOW THE ONE AT THAT MOTEL THE VILLAGE OFFICIAL GAVE YOU A BREAK ON! :P :P :P YES PRTOSITUTE INCLUDED.**
**GOOD LUCK :shock: :shock: :shock:**
**WATCHA GONNA DO WHEN SPOTA COLLARS YOU?**
**BAD GEORGE BAD GEORGE :wink: :wink: :wink:**

---

☐ 06-17-2006, 06:44 PM                                                          #**109**

STATION HOUSE WHORE                                                          Posts: n/a

---

**CHIEF YOU 10-46? YEP HE'S POSTING AGAIN! PLEASE DON'T YELL AT ME HAVE ANDY TRACK HIM!! NO NOT THAT CHIEF :cry: :cry: DON'T MAKE ME BEND OVER AGAIN! TY WILL BE IN SOON-- YOU KNOW YOUR LAP PUPPET!!! :roll: :roll: :roll: I'M JUST THE MESSENGER!**

---

☐ 06-17-2006, 08:21 PM                                                          #**110**

curious 1                                                          Posts: n/a

---

whats a TY? ISN'T IT A COMPANY THAT MAKES A SMALL TOY CALLED A BEANIE BABY.

Post Reply                              Page 11 of 59  « First < 9 10 **11** 12 13 21 > Last » ▽

« **Previous Thread** | **Next Thread** »

**Posting Rules** ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

CONFIDENTIAL

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

 Police Issues (N/S)

All times are GMT -5. The time now is 11:06 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

User Name [User Name]  ☐ Remember Me?

Password [            ] (Log in)

**Ocean Beach Police Corruption**

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



Post Reply

Page 12 of 59 « First < 2 10 11 **12** 13 14 22 > Last »

Thread Tools  Display Modes

06-17-2006, 09:02 PM                                                    #111

CHEESE EATER                                                     Posts: n/a

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol: 😊😊😊

Quote

06-17-2006, 09:03 PM                                                    #112

CHEESE EATER                                                     Posts: n/a

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol: 😊😊😊

Quote

06-17-2006, 09:03 PM                                                    #113

CHEESE EATER                                                     Posts: n/a

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol: 😊😊😊

Quote

06-17-2006, 09:04 PM                                                    #114

CHEESE EATER                                                    Posts: n/a

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol: 🐸🐸🐸

`Quote`

---

□ 06-17-2006, 09:05 PM                                              #115

CHEESE EATER                                                    Posts: n/a

:shock: :shock: :shock: :shock: YES TY MAKES BABY TOYS CALLED BEANIE BABIES. TY'S MOMMY MAKES SMALL BABYS-ACTUAL SIZE --FIVE FOOT NOTHING WHILE WEARING FOUR INCH HEELS-LIKES TO BEAT UP PEOPLE WHILE PLAYING COP--SORT OF A NAPOLEAN COMPLEX. DEFINTELY A HOMO BY DESIGN AND A BIG MOUTH. WOULD GIVE UP HIS RIGHT HAND TO BE A NYPD OFFICER OR AT LEAST FIVE FOOT ONE IN HEIGHT. :lol: :lol: :lol: 🐸🐸🐸

`Quote`

---

□ 06-18-2006, 12:35 AM                                              #116

ONE-UNDER                                                      Posts: n/a

SOUNDS LIKE SOMEBODY'S REALLY-REALLY MAD!

`Quote`

---

□ 06-18-2006, 03:47 AM                                              #117

BACHOLAR                                                       Posts: n/a

Quote:

> Originally Posted by **HAPPY 2BE ME**
> *gUESS YOUR WRONG ANDY! APPEARS THE FAT BANNED COMEDIAN GEORGE HESSE THINKS OF ME OFTEN-LIKE THE REST OF YOU LOSERS. :lol: :lol: :lol: :lol:*
> *MAYBE I SHOULD TELL MARIE OF YOUR BACHOLAR PARTY?*
> *YOU KNOW THE ONE AT THAT MOTEL THE VILLAGE OFFICIAL GAVE YOU A BREAK ON! :P :P :P YES PRTOSITUTE INCLUDED.*
> *GOOD LUCK :shock: :shock: :shock:*
> *WATCHA GONNA DO WHEN SPOTA COLLARS YOU?*
> *BAD GEORGE BAD GEORGE :wink: :wink: :wink:*

hah you troll, im not even a cop, just like flipping you off, believe me all these people you hate, forgot you a long time ago, they dont come here and they dont read your scribble.
thanks for the chuckles

`Quote`

06-18-2006, 03:49 AM

#**118**

Posts: n/a

Quote:

> Originally Posted by **STATION HOUSE WHORE**
> *CHIEF YOU 10-46? YEP HE'S POSTING AGAIN! PLEASE DON'T YELL AT ME HAVE ANDY TRACK HIM!! NO NOT THAT CHIEF :cry: :cry: DON'T MAKE ME BEND OVER AGAIN! TY WILL BE IN SOON-- YOU KNOW YOUR LAP PUPPET!!! :roll: :roll: :roll: I'M JUST THE MESSENGER!*

I'm your chief kevina, and I'm 10-03..what ever that means bigboy(relax its a nickname...tinyweinie)

06-19-2006, 05:13 PM

#**119**

Posts: n/a

**Kevin the queer**

Kevin Lamm, are you still trolling the park and rides for cock? Or did you take up sucking dick at the airport

06-19-2006, 06:19 PM

#**120**

Posts: n/a

**Re: Kevin the queer**

Quote:

> Originally Posted by **Anonymous**
> *Kevin Lamm, are you still trolling the park and rides for cock? Or did you take up sucking dick at the airport*

sounds like he's here crying how unfair life was, and making all kinds of threats to expose people that he has no intention of pursuing, sounds like a cry for help...whats really sad is he's still calling the chief..CHIEF, like he still works for him, kevin move on, relocate, I hear most disgraced cops head to the carolinas to drive cabs...

Post Reply

Page 12 of 59 « First < 2 10 11 **12** 13 14 22 > Last »

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**

Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) 

All times are GMT -5. The time now is 11:07 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?
Password [          ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|----------|-----|--------------|----------|---------------|--------|

[Post Reply]

Page 13 of 59 « First < 3 11 12 **13** 14 15 23 > Last » ▾

Thread Tools ▾ Display Modes ▾

06-20-2006, 06:19 PM                                                    #**121**

Posts: n/a

This whole post needs to go its just ridiculous. Go meet in a garage somewhere and have it out instead of this......post the results

[Quote]

06-20-2006, 07:43 PM                                                    #**122**

poppin corn                                                            Posts: n/a

july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!
:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol: 😀😀😀

[Quote]

06-20-2006, 08:06 PM                                                    #**123**

Posts: n/a

Quote:
> Originally Posted by **poppin corn**
> *july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!*
> *:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol:* 😀😀😀

oh no george is scared now...pinstripes for george, shopping carts for kevina, who the f' cares...hey what is a skang? why dont you go find some skangs and challenge them to a fight, then tell them repetively that you are going to tell on them?

[Quote]

06-21-2006, 06:35 AM                                                    #**124**

Posts: n/a

yeah me too, what out whatever your name is, i know all, you'll get yours, what and see, and your wife will find out blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah

| Quote |

---

□ 06-22-2006, 02:14 PM                                                          #**125**

still employed2                                                          Posts: n/a

▤ **eat me**

The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE

| Quote |

---

□ 06-28-2006, 08:45 AM                                                          #**126**

WONDERING WHY2                                                          Posts: n/a

▤

THIS BOARD POSTING :shock: IS VERRRRRY QUIET LATELY!

| Quote |

---

□ 06-29-2006, 01:24 PM                                                          #**127**

wonder777                                                          Posts: n/a

▤ **Re: eat me**

CONFIDENTIAL

Quote:

Originally Posted by **still employed2**
*The funny thing is that no one is scared. you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE*

what is a holoween?spit the dick out of your mouth and learn how to spell loser! :wink:

---

◻ 06-29-2006, 03:43 PM                                                        #**128**

Posts: n/a

📄 **Re: eat me**

Quote:

Originally Posted by **wonder777**

Quote:

Originally Posted by **still employed2**
*The funny thing is that no one is scared, you're out of a job, get over it already loser...i want them to look in to the so called Holoween incident. It will show them how pethetic your police officer skills are. Thats why it had to be taken over and investigated by someone else. The case was reviewed and prosecuted by the DA and the adjudicated. The defendants plead out. What else is there. What, you think they will find a cover up you moron. Once again the only thing that was covered up was how poorly you investigated the incident. You can try and attack the chief and his men all you want. It will get you no where...well it did get you some where out of lawenforcement...NICCCE*

*what is a holoween?spit the dick out of your mouth and learn how to spell loser! :wink:*

how about you learn how to quote loser!

---

◻ 06-30-2006, 07:27 PM                                                        #**129**

THE INSIDER                                                                    Posts: n/a
📄

DEPUTY DICK GEORGE CAN'T HELP BUT WONDER WHY YOU ALWAYS TRASH KEVIN AND FRANK? YOU SEEM TO FORGET HOW YOU FUCKED SEVERAL OTHER MEN AND WOMAN WITH YOUR" I'M GOD ATTITUDE",YOU TRASH THE REAL CHIEF EDDIE AS IF YOU ALREADY TOOK HIS POSITION. WAIT GEORGE IN ALL GOOD TIME IT WILL COME OUT- HOW YOU USED YOUR AUTHORITY TO TRY TO RUIN INNOCENT CIVILIANS AND PO'S LIVES AND CAREERS BY YOUR MANY LIES! YES YOU CAN'T EVEN TELL YOURSELF WHATS TRUE OR NOT ANYMORE. THE GOOD PEOPLE OF OCEAN BEACH WILL REVOLT

AND THROW YOUR SORRY ASS OUT" REMEMBER YOUR JUST A LONELY LITTLE PANSY ASS PO! NOT A SERGEANT- YOU FAILED THE TEST TWICE! AND CERTAINLY NOT A DEPUTY CHIEF! YOU MAY BE ABLE TO THROW SMOKE IN THE EYES OF THE VILLAGE TRUSTEES WITH YOUR MANY LIES AND ACCUSATIONS, BUT I WILL ALWAYS REMEMBER WHAT YOU SAID AT THE DEPARTMENT MEETING ABOUT CHIEF 101 AND THE MEN YOU FIRED, THINGS WILL CHANGE WHEN EDDIE COMES BACK TO WORK. HE WILL BE CLEARED OF ALL YOUR ACCUSATIONS YOU MADE BEHIND HIS BACK TO THE PAST ADMINISTRATION AND THE PRESENT BOARD MEMBERS, HE WILL RISE TO THE OCCASSION AND FIRE ALL THE CORRUPT THUGS YOU PAL AROUND WITH. HE MAY EVEN MAKE YOU WEAR YOUR WHITE SHIRT AGAIN, WALK THE BEACH OR STAND IN THE MARINA- WHERE HE COULD WATCH YOU BY CAMERA..

BY NOW GEORGE YOU SHOULD KNOW WHO I AM? RUN THE IP ADDRESS IT WILL COME BACK TO THE VILLAGES ACCOUNT. WAIT YOUR NOT SMART ENOUGH TO DO THAT- THEN HAVE SOMEONE WITH SOME COMPUTER KNOWLEDGE DO IT FOR YOU!!!

[Quote]

---

□ 06-30-2006, 07:35 PM                                                    #130

COP OUT                                                              Posts: n/a

" U WILL BE BANNED" ? DYING TO KNOW WHAT COULD NOT BE PRINTED!!

[Quote]

---

[Post Reply]

Page 13 of 59  « First  <  3  11  12  **13**  14  15  23  >  Last »

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)    [Go]

All times are GMT -5. The time now is 11:07 AM.

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | [Log in]

Register    FAQ    Members List    Calendar    Today's Posts    Search

---

[Post Reply]

Page 14 of 59 « First < 4 12 13 **14** 15 16 24 > Last » ▼

Thread Tools ▽  Display Modes ▽

---

◻ 06-30-2006, 07:39 PM                                                    #131

INSIDER 1                                                          Posts: n/a

IT BLOCKED OUT" DESTROYED" WHY WHO KNOWS MAYBE GEORGE IS CHECKING THE IP AS I SPEAK AT HOME- DOUBT IT!- HES MUST LIKELY RUBBING ONE OUT IN FRONT OF HIS COMPUTER!!!

[Quote]

---

◻ 06-30-2006, 07:48 PM                                                    #132

OOOOPS                                                             Posts: n/a

SOUNDS LIKE A LITTLE VERBERAL COUNSELING GOING ON!!!!!

[Quote]

---

◻ 06-30-2006, 09:53 PM                                                    #133

I IDOLIZE THE REAL CHIEF                                           Posts: n/a

IT'S ABOUT TIME SOMEONE WROTE SOMETHING GOOD ABOUT ED. HE GAVE HIS ALL TO THE DEPARTMENT AND RELIED ON HIS SECONDARY SUPERVISOR AND MEN TO KEEP HIM ADVISED OF HAPPENINGS. UNFORTUNATELY A COUPLE OF CORRUPT OVER JEALOUS COLLAGUES DESTROYED HIS REPUTATION AND GOOD STANDINGS WITH THE VILLAGE BY MISINFORMING HIM OF EVENTS AND BAD MOUTHING HIM TO EACH OTHER. I CAN ONLY HOPE THAT EACH AND EVERY PERSON WHO TRIED TO HURT ED IN THEIR OWN WAY GETS THERES!!!!!

[Quote]

---

◻ 07-01-2006, 03:45 AM                                                    #134

THE INSIDER                                                        Posts: n/a

EMPTY WORDSblah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah

CONFIDENTIAL

blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



07-01-2006, 03:52 AM                                                          #135

INSIDER 1                                                                Posts: n/a

### I'm kevin see me homeless

EMPTY WORDSblah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah



07-01-2006, 03:59 AM                                                          #136

I IDOLIZE THE REAL CHIEF                                                 Posts: n/a

EMPTY WORDSblah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah

blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah

`Quote`

---

□ 07-01-2006, 04:45 AM                                                      **#137**

words of wisedom                                                            Posts: n/a

EMPTY WORDS FROM EMPTY MINDS!! :roll: :roll: :roll: :roll: :!: :!: :!: :!:

PRICELESS :!: :!: :!: :!:

`Quote`

---

□ 07-01-2006, 04:55 AM                                                      **#138**

OB PATROL                                                                   Posts: n/a

**TROLLING TROLLING TROLLING TROLLING TROLLING :x :evil: :evil: :evil: :evil:
:evil: :evil: :evil: :evil: :evil:**

`Quote`

---

□ 07-01-2006, 03:14 PM                                                      **#139**

                                                                            Posts: n/a

Quote:

Originally Posted by **words of wisedom**
*EMPTY WORDS FROM EMPTY MINDS!! :roll: :roll: :roll: :roll: :!: :!: :!: :!:*

*PRICELESS :!: :!: :!: :!:*

WISEDOM....GUFFAW

CONFIDENTIAL                                                                P 01018

You do mean wisdom, right empty minded one? Dont worry you fit right in here with li'l kevina

[Quote]

07-02-2006, 05:33 AM                                                              #140

                                                                          Posts: n/a

Quote:

> Originally Posted by **I IDOLIZE THE REAL CHIEF**
> *IT'S ABOUT TIME SOMEONE WROTE SOMETHING GOOD ABOUT ED. HE GAVE HIS ALL TO THE DEPARTMENT AND RELIED ON HIS SECONDARY SUPERVISOR AND MEN TO KEEP HIM ADVISED OF HAPPENINGS. UNFORTUNATELY A COUPLE OF CORRUPT OVER JEALOUS COLLAGUES DESTROYED HIS REPUTATION AND GOOD STANDINGS WITH THE VILLAGE BY MISINFORMING HIM OF EVENTS AND BAD MOUTHING HIM TO EACH OTHER. I CAN ONLY HOPE THAT EACH AND EVERY PERSON WHO TRIED TO HURT ED IN THEIR OWN WAY GETS THERES!!!!!*

too bad ed thinks you are a mary, kevin.

[Quote]

[Post Reply]

Page 14 of 59  « First < 4 12 13 **14** 15 16 24 > Last » ▾

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

[ Police Issues (N/S) ▾ ] [Go]

All times are GMT -5. The time now is 11:07 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL                                                                    P 01019



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | [            ] | [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 15 of 59 « First < 5 13 14 **15** 16 17 25 > Last »

Thread Tools ⌄ Display Modes ⌄

---

07-02-2006, 01:10 PM                                                    #**141**

Posts: n/a

**I is a moron**

Quote:

> Originally Posted by **poppin corn**
> *july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!*
> *:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol: 😊😊😊*

Hey penis breath. the 28th is the criminal trial for gilberd....dah...i'm kevina...

[Quote]

---

07-02-2006, 01:11 PM                                                    #142

Posts: n/a

**Re: I is a moron**

Quote:

> Originally Posted by **Anonymous**
> Quote:
>
> > Originally Posted by **poppin corn**
> > *july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!*
> > *:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol: 😊😊😊*
>
> *Hey penis breath. the 28th is the criminal trial for gilberd....dah...i'm kevina...*

what the hell is a skang??? moron

[Quote]

---

07-02-2006, 03:19 PM                                                    #143

Posts: n/a

CONFIDENTIAL                                                            P 01020

**Re: I is a moron**

Quote:

> Originally Posted by **Anonymous**
>
> Quote:
>
> > Originally Posted by **poppin corn**
> > *july 28th is not too far away! hey george u want me to pop some popcorn for u or any of your skangs?; who knows i'll be there for all the surprises? hint: pinstripes for you!!!!!!!!*
> > *:twisted: :twisted: :twisted: :twisted: :lol: :lol: :lol:* 😈😈😈
> >
> > *Hey penis breath. the 28th is the criminal trial for gilberd....dah...i'm kevina...*
>
> no I'm kevina see me pushing the shopping carts?

---

| 07-03-2006, 07:18 PM | #144 |
| --- | --- |
| HOW DOES IT FEEL | Posts: n/a |

HICKORY DICKORY DOCK YOU WANNA BE CHIEF! NO MORE GIRLS WILL BE SUCKING YOUR C :lol: CK!!!

---

| 07-03-2006, 07:53 PM | #145 |
| --- | --- |
| kevinaforfeitshispension | Posts: n/a |

Quote:

> Originally Posted by **HOW DOES IT FEEL**
> *HICKORY DICKORY DOCK YOU WANNA BE CHIEF! NO MORE GIRLS WILL BE SUCKING YOUR C :lol: CK!!!*

its upsetting chief that you cannot rhyme chief and c@ck dont rhyme, kevina you tool.Stick to what you do best EMPTY WORDS blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah

blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blahblah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah blah
blah blah blah blah

**[Quote]**

---

□ 07-03-2006, 07:59 PM                                                          #146

MEALAUGHIN                                                                Posts: n/a

---

**MY STOMACHE :!: IT'S IN KNOTS-I TELL YOU :idea: :lol: :lol: :lol: :lol: :lol: :lol:
:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol:
:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :P :P :P :P :P :lol: :lol: :lol: :lol: :lol:
:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol:**

**[Quote]**

---

□ 07-03-2006, 08:01 PM                                                          #147

DON'TCOUNTONIT!                                                          Posts: n/a

---

**:shock: :shock: WHAT GOES AROUND COMES AROUND :lol: :lol: :lol: :lol: :lol:
:lol: :lol:**

**[Quote]**

---

□ 07-03-2006, 10:29 PM                                                          #148

the troll                                                                Posts: n/a

---

TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING

TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING TROLLING :?: :?: OOPS I MEAN PATROLLING GEORGE :!:

**Quote**

□ 07-03-2006, 10:46 PM                                                          #149

REALITY CHECK103                                                        Posts: n/a

Quote:

> Originally Posted by **Anonymous**
> *This whole post needs to go its just ridiculous. Go meet in a garage somewhere and have it out instead of this......post the results*

POST STARTED OUT INTERESTING, IT KNOW APPEARS TO BE A TRUE RUMOR BOARD. LETS FACE IT IF ALL OR ANY PART OF THIS WAS TRUE,AN INTERNAL AFFAIRS UNIT WOULD BE INVESTIGATING THE ALLOCATIONS. THOUGH WOULDN'T MIND WORKING FOR THIS CHIEF-CLOWN HESSE.

**Quote**

□ 07-04-2006, 03:45 AM                                                          #150

MEALAUGHIN                                                             Posts: n/a

Quote:

> Originally Posted by **MEALAUGHIN**
> ***MY STOMACHE :!: IT'S IN KNOTS-I TELL YOU :idea: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :P :P :P :P :P :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol:***

oh the jocularity, hey kevin threaten the dept some more,please? I enjoy the laughs

**Quote**

**Post Reply**

Page 15 of 59 **«** First **<** 5 13 14 **15** 16 17 25 **>** Last **»**

**«** Previous Thread | Next Thread **»**

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)

CONFIDENTIAL

All times are GMT -5. The time now is 11:07 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | Log in

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 16 of 59 « First < 6 14 15 **16** 17 18 26 > Last »

Thread Tools  Display Modes

---

07-12-2006, 11:24 PM — #151

grilled — Posts: n/a

What happened all you boys kiss and make up?

Quote

---

08-03-2006, 07:21 PM — #152

ooooooooh — Posts: n/a

**?**

????

Quote

---

08-14-2006, 10:04 PM — #153

hdhty6r — Posts: n/a

:twisted: :twisted: :twisted: 8) 8) 8) :x :x :!: :!: :idea: :x :evil: 🙂 😈 😈

Quote

---

08-14-2006, 10:23 PM — #154

— Posts: n/a

Maybe they finally sobered up or more shocking dealt with their issues in the real world instead.

Quote

---

08-30-2006, 01:38 PM — #155

wonderman — Posts: n/a

Did you really think you could beat that guy senseless and the DA would not get involved?

Quote

CONFIDENTIAL

09-16-2006, 08:39 PM                                                    #156

Posts: n/a

Maybe the guy was sensless already?

09-17-2006, 12:27 AM                                                    #157

Posts: n/a

I agree....anyone ever hear of someone getting beaten by the police when they weren't doing something stupid? " the cop walked up to me in the library and his me with his asp while I was reading War and Peace"

09-19-2006, 03:53 AM                                                    #158

Posts: n/a

Quote:

Originally Posted by **Anonymous**
*I agree....anyone ever hear of someone getting beaten by the police when they weren't doing something stupid? "*

Yes I have. I've also seen people beaten by the police when they were simply engaging in their right to free speech.

Quite a few cops are dangerous violent people.

09-21-2006, 12:52 AM                                                    #159

Posts: n/a

Quote:

Originally Posted by **Anonymous**

Quote:

Originally Posted by **Anonymous**

*Yes I have. I've also seen people beaten by the police when they were simply engaging in their right to free speech.*

*Quite a few cops are dangerous violent people.*

I would hate to be you and have to live in a world of my own creation where cops just go around attacking people. Why dont you go and scrap the Kerry sticker off your 1991 Saab instead of worrying about the police in the least corrupt country in the world( ok maybe sweden is first)



09-21-2006, 07:44 AM                                                          #160

Posts: n/a

Quote:

Originally Posted by **Anonymous**
*Yes I have. I've also seen people beaten by the police when they were simply engaging in their right to free speech.*

*Quite a few cops are dangerous violent people.*

Good I hope they are so when the sh!t hits the fan the right person is pushing up daisies.

Page 16 of 59 « First < 6 14 15 **16** 17 18 26 > Last » 



« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:08 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL                                                                  P 01027



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name  [User Name]  ☐ Remember Me?
Password  [            ]  [Log in]

Register | FAQ | Members List | Calendar | Today's Posts | Search

[Post Reply]

Page 17 of 59 « First < 7 15 16 **17** 18 19 27 > Last »

Thread Tools ▿  Display Modes ▿

---

10-01-2006, 10:34 AM                                              #161

Longtime Fire Islander                                     Posts: n/a

**Hitting the fan**

The dirty laundry that is going to come out about some of the Ocean Beach police is going to change the minds of most of their defenders [at least the intelligent ones] and really upset the residents of Ocean Beach, whose tax dollars have been subsidizing their corrupt and immoral behavior. What I can't understand is that many of those cops are still employed by Ocean Beach. The trustees of the Village better get their heads out of the sand, or wherever their heads are.

[Quote]

---

10-01-2006, 11:20 AM                                              #162

Also long time fire islan                                  Posts: n/a

**Re: Hitting the fan**

Quote:
> Originally Posted by **Longtime Fire Islander**
> *The dirty laundry that is going to come out about some of the Ocean Beach police is going to change the minds of most of their defenders [at least the intelligent ones] and really upset the residents of Ocean Beach, whose tax dollars have been subsidizing their corrupt and immoral behavior. What I can't understand is that many of those cops are still employed by Ocean Beach. The trustees of the Village better get their heads out of the sand, or wherever their heads are.*

No problem...all the corrupt cops have been let go and one more was fired last week...department gets better every day...the ocean beach police (now) are the most professional i've ever seen... Good job to all of them.. See you next summer...

[Quote]

---

10-04-2006, 03:41 PM                                              #163

Longtime Fire Islander                                     Posts: n/a

**Re: Recent firing**

The problem is that the wrong guys were fired. The real bad actors are still there. And

---

CONFIDENTIAL                                               P 01028

they know who they are. If you have any doubts, you'll see.

□ 10-11-2006, 01:08 AM                                                    #164

                                                                    Posts: n/a

Lighten up francis....drink your beer in the bar from now on

□ 10-26-2006, 09:26 PM                                                    #165
ocean beach                                                         Posts: n/a

**charges dropped, huh?**

Hey Georgie I heard they dropped those fake trumped up charges against the kid. I would really hate to be you right now. you sleeping at night?

Bad boys bad boys watcha gonna do?

□ 10-28-2006, 06:04 PM                                                    #166
CURIOUS GEORGIE                                                     Posts: n/a

JUST FOUND THE ARTICLE PRINTED ON 10/05/06
WOW! DA NEVER DROPS A RESISTING ARREST CHARGE-UNLESS THE PROFESSIONAL THUGS TRUMPED IT UP!
FEEL BAD FOR PROPERTY OWNERS- WHO'S THIS GEORGIE GUY?
AND WHAT WAS HIS PART IN THE INCIDENT?

□ 12-18-2006, 02:04 PM                                                    #167
diploma                                                             Posts: n/a

**Subject2**

high school diploma

ase22

□ 12-18-2006, 03:35 PM                                                    #168
                                                                    Posts: n/a

yeah what happened to the impending doom from this turd??? hes been pretty quite lately..guess hes gotten over his angry little person feelings. not one arrest or firing...hmmm

□ 12-18-2006, 08:35 PM                                                    #169





Posts: n/a

Happy Holidays and a Happy New Year to all of Ocean Beach's Finest. Great job this year guys, keep up the good work !!!

Quote

12-18-2006, 10:38 PM                                                                    #170

Posts: n/a

How does OBPD hire for new PO's? Is it a civil service test or do they take their part timers or do they take prior service guys? Anyone?

Quote

Post Reply

Page 17 of 59  « First < 7 15 16 **17** 18 19 27 > Last » ▼

« **Previous Thread** | **Next Thread** »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)            Go

All times are GMT -5. The time now is 11:08 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name]   ☐ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 18 of 59  « First < 8 16 17 **18** 19 20 28 > Last » ▾

Thread Tools ▾ Display Modes ▾

12-19-2006, 01:37 PM                                                     #171
guest 17                                                           Posts: n/a

Quote:
> Originally Posted by **Anonymous**
> *How does OBPD hire for new PO's? Is it a civil service test or do they take their part timers or do they take prior service guys? Anyone?*

Full timers are civil svc. test and part-timers they sponsor you through the academy.They also take prior service guys.

[Quote]

12-20-2006, 06:27 AM                                                     #172
yeah yeah scare me yeah                                             Posts: n/a

Article Search Dec 20, 2006 Jobs | Cars | Real Estate | Apartments | ShopLocal | Place An Ad 25° F | Forecast am New York

Site IndexLocal NewsLong Island NewsNew York City NewsNation | WorldSchools | PoliticsState / RegionHealth / ScienceColumnists CorrectionsObituariesHomepageSports | High SchoolBusinessEntertainmentExplore Long IslandHealth/ScienceOpinion | Letters ObituariesBlogs | ColumnistsThe Paper Today's EditionSubscribeLast 7 DaysE-Mail AlertsWireless | RSSClassifiedsJobs | CarsReal EstateApartmentsShopLocal | DatingGrocery CouponsPetsEvent TicketsHow2GuideServicesAbout | Contact usRegister | Log inHow to advertiseCommunityCareer with usBuy photosMinority job conferenceArchivesContests"A Star Is Born" DVD Giveaway"Little Miss Sunshine" DVD Giveaway Long IslandBeach brutality?
Suffolk DA probes claims that police in Ocean Beach beat tourists; lawyer for two men says cops have "storm trooper's mentality"
BY SANDRA PEDDIE
NEWSDAY INVESTIGATIONS TEAM

December 20, 2006

CONFIDENTIAL                                                          P 01031

The Suffolk district attorney's office is investigating alleged brutality and other questionable activities in the police department of Ocean Beach, a small community on Fire Island, attorneys and village officials confirmed.

Detectives served subpoenas yesterday seeking information about excessive force and the police officers' civil service qualifications. People familiar with the investigation say police had beaten tourists visiting Ocean Beach, which draws thousands of visitors from Long Island and Manhattan every summer.

Complaints about the department going back several years prompted the probe in 2003, Suffolk District Attorney Thomas Spota said. The investigation picked up momentum after a New Jersey man, Samuel Gilberd, said he was beaten and suffered a ruptured bladder after being arrested for littering in August 2005.

Acting Village Police Chief George Hesse said he could not comment on the subpoenas until the investigation was completed. Village Mayor Joseph Loeffler, who took office in July, said he was aware of the investigation but could not comment on the allegations.

"I think we have a very good police department," he said. "I think they do a very good job. I think we have very few problems."

Dubbed the "Land of No" for its quirky prohibitions - the village once banned eating a cookie on a walkway - Ocean Beach has only two police officers full time in the winter months. The force expands in the summer, with 24 seasonal officers with varied experience and four dispatchers.

Anthony Colleluori, a Woodbury attorney who represented two men whose lawsuits resulted in confidential settlements, said of the department, "They have a storm trooper's mentality."

The investigation is the first of a police department by Spota since taking office in 2001. In an interview, he asked that anyone who experienced or witnessed excessive force to contact his office.

"I have serious concerns about the conduct and supervision of the Ocean Beach police department," Spota said. "And as a consequence, I'm going to ask a grand jury to conduct a robust probe into all aspects of this police department so that we can get to the bottom of what's occurring there."

Spota declined further comment, but people with knowledge of the investigation said current and former officers were cooperating.

While the department's supporters say police have to cope with drunken summertime revelers, court records contain allegations of excessive police force. At least seven federal and state lawsuits have been filed against the department since 1995, records show. Six resulted in confidential settlements, according to the records.

CONFIDENTIAL

The lawsuits examined by Newsday allege what the plaintiffs described as unprovoked attacks. Amityville construction supervisor Phillip Gallina alleged that he suffered a bruised trachea after being choked by an officer in May 1995. He said he had been with a friend, Anthony Esposito, who had been arrested.

"They beat the hell out of me," Esposito said. "I said, 'I'm a lawyer. This is crazy!' It was like being in a Communist country. You had no rights." Both men were released and returned home. But Gallina saw a doctor, who told him his trachea was bruised, he said. Both men sued. Village officials denied the allegations, and their cases were settled. Gallina received $90,000 and Esposito $15,000, they said.

In the Gilberd case, filed earlier this year, Gilberd said he was beaten after being arrested for littering in August 2005. In an interview, his wife, Kana Manglapus, said she found him bleeding on the floor of the police department.

"He was completely unconscious and laying on his stomach," she said. "I asked what happened. Police said that he got upset and a clock fell on him and that they called paramedics."

Gilberd was rushed to the hospital for emergency surgery on a ruptured bladder. She said he remembered little of what happened to him, except "that they were kicking him very, very hard."

Police charged Gilberd with riotous conduct, but that charge was later dropped.

E-mail Sandra Peddie at [Sandra.Peddie@Newsday.com](mailto:Sandra.Peddie@Newsday.com)

Ocean Beach

Size: A quarter-mile wide and 10 blocks long

Year-Round Population: 138

Summer Population: 5,000-6,000 plus day trippers

Number of Homes: 600

Government: A village in the Town of Islip

Nickname: "Land of No"

Getting There: Driving permits from the Town Of Islip

are required to drive on and off the barrier island. Those without permits take the ferry, which runs twice a day in the offseason.

Schools: Students attend school on Fire Island through

6th grade and then commute to the mainland.

CONFIDENTIAL

Police Force: 2 fulltime and 24 part-time seasonal officers, 4 dispatchers.

[Quote]

---

☐ 12-20-2006, 06:20 PM                                                          #173

LAST2KNOW                                                              Posts: n/a

🖹

---

SOUNDS LIKE ACTING VILLAGE CHIEF HUMPTEY DUMPTEY'S ABOUT TO FALL, AND ALL THE VILLAGE OFFICALS AND HIS OTHER CRONNYS WON'T BE ABLE TO SAVE HIM!!! FULL STEAM AHEAD DA SPOTA!! :lol: :lol: :lol:

[Quote]

---

☐ 12-21-2006, 10:13 AM                                                          #174

support our police!!!!!!!                                             Posts: n/a

🖹

---

Ocean Beach's year-round residents defended their police department Wednesday, a day after attorneys and village officials confirmed the Suffolk district attorney is investigating complaints of brutality.

"I think it's overblown," said Joel Silverberg, chairman of the Fire Island community's architectural review board, and an Ocean Beach resident for 35 years. "I think it's a mountain out of a miniature molehill."

Silverberg and other residents acknowledged that while "periodically something happens in the summertime," locally, the police department has a positive reputation.

"Occasionally, someone gets hurt and decides to sue the police department for whatever reason," said Gerard Stoddard, president of the Fire Island Association. With the influx of summer residents and drinking, "that's going to happen," he said.

"To me, they understand what the problems are, and are reasonable about trying to keep the peace and strike the balance," Stoddard said.

The complaints against the tiny Ocean Beach police department stretch back to 2003. Among them: a New Jersey man who suffered a ruptured bladder after being arrested for littering in 2005, and an Amityville construction supervisor who says his trachea was bruised after an officer choked him.

Acting Village Police Chief George Hesse and Village Mayor Joseph Loeffler did not return calls seeking comment Wednesday. Both have declined comment, citing the ongoing investigation.

In addition to questions of excessive force, the district attorney is probing the police officers' civil qualifications. Year-round police officers must take a civil service exam in addition to fulfilling other requirements. The 24 officers who work on a seasonal basis

CONFIDENTIAL                                                      P 01034

don't have to take a civil service exam but must possess a Police Officer Training Certificate and pass other evaluations.

In the eyes of local residents, Ocean Beach has never been able to escape its reputation as the "Land of No." Stoddard said that after drugs became prevalent in the 1960s and '70s, officials decided to crack down by getting tough on the small things. For a time, even eating a cookie on a walkway was prohibited. The "Land of No" name stuck.

"And there's a lot of built-in antagonism that resulted," Stoddard said.

Ocean Beach, one of the island's two largest communities, had a year-round population of just 146 in 2005, according to census figures. But in the summer, those numbers swell to 6,000 in Ocean Beach and about 25,000 islandwide.

At the only store open in Ocean Beach during the winter months, CJ's general store and restaurant, one resident, who did not want to be identified, said, "I've never seen one cop out of line. It's coming from a bunch of people that come out here on the weekends and get all liquored up and think they can do whatever they want."

---

12-22-2006, 10:39 AM                                                               #175

BeachPatrolBullies                                                          Posts: n/a

**HEEEEEEEEEEEEEESSSSSSSSSSSSSSSSs**

HEEEEEEEEEESSSSSSS!!!!!!!!!!!!!!!!!!!!

How you feelin now George? Too bad the walls are caving in on you, and the rest of the 'cops' at OB. Looking back George, is there any one thing you wish you could have changed???

No comment, huh?? From you of the Mayor.....Too bad the Mayor knew what happened on Halloween too George.....didn't he help in the coverup??

---

12-22-2006, 11:37 AM                                                               #176

                                                                            Posts: n/a

**Re: HEEEEEEEEEEEEEEESSSSSSSSSSSSSSSSs**

Quote:

Originally Posted by **BeachPatrolBullies**
*HEEEEEEEEEESSSSSSS!!!!!!!!!!!!!!!!!!!!*

*How you feelin now George? Too bad the walls are caving in on you, and the rest of the 'cops' at OB. Looking back George, is there any one thing you wish you could have changed???*

*No comment, huh?? From you of the Mayor.....Too bad the Mayor knew what*

*happened on Halloween too George.....didn't he help in the coverup??*

My understanding is the findings are already in, and George and his buddies are sippin mariguertas waiting for Spota to stop pretending to investigate, because hes got a round of drinks waiting :lol:

---

□ 12-22-2006, 06:33 PM                                                                        #177

Guest.                                                                              Posts: n/a

📄 **DEFENSE OF JUSTICIATION**

---

When a Police Officer puts on that blue uniform it doesn't come with a big red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."

---

□ 12-22-2006, 08:32 PM                                                                        #178

guest229776                                                                          Posts: n/a

📄 **Re: DEFENSE OF JUSTICIATION**

---

Quote:

Originally Posted by **Guest.**
*When a Police Officer puts on that blue uniform it doesn't come with a big red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police*

*officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."*

**You sound smart for someone that must be really dumb, ignorant, or misinformed. The offense in this scenario was littering. I'm sure it took some real force to subdue *that* perp. By the way what is "JUSTICIATION" anyway? Keep up that lawyer nightschool - maybe you'll make it as a paralegal someday**

Quote

---

12-22-2006, 10:33 PM                                                           #**179**

Posts: n/a

**Re: DEFENSE OF JUSTICIATION**

Quote:

> Originally Posted by **guest229776**
>
> Quote:
>
> > Originally Posted by **Guest.**
> > *When a Police Officer puts on that blue uniform it doesn't come with a big red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers*

*injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."*

***You sound smart for someone that must be really dumb, ignorant, or misinformed. The offense in this scenario was littering. I'm sure it took some real force to subdue that perp. By the way what is "JUSTICIATION" anyway? Keep up that lawyer nightschool - maybe you'll make it as a paralegal someday***

right putz until he resisted arrest, then the offense is..resisting...der....you ever ''subdue'' a perp??
didnt think so

---

□ 12-22-2006, 10:33 PM                                                    #**180**

BeachPatrolBullies                                                      Posts: n/a

### HEEEEEEESSSSSSSSSSSSSSS

George is sitting back sipping drinks, huh?? Well, I guess Mitch ran out of coke for him and the boys..........

Whatever happens George, YOU will be responsible for the Village having to pay out millions to the GOOD cops you WRONGLY fired for NO REASON AT ALL.......

Say George, you gonna work again this summer for your part time job as an Islip Harbor Cop??? What a scam that one is boys...Bay Constables calling themselves Police Officers. And woulden't you know it....the Mayor of OB's brother was the 'Chief' of the Islip Bay Constables, and also worked at OB, until it was discovered that NYS MPTC had NO RECORD of him having any police officer training. Huh, how could the Village employ a guy as a cop when he had no certificate???????????

Go ahead and get drunk George, I just hope the PBA fund ain't payin for it like it paid for Andy's bachelor party...................damn those were some good hookers!!!!!!!!!!!

See ya on Adultfriendfinders.com George!!!!!!!!!!!!!!!!1



**«** Previous Thread | Next Thread **»**



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:08 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 19 of 59 « First < 9 17 18 **19** 20 21 29 > Last »

Thread Tools ▾ Display Modes ▾

---

12-22-2006, 10:37 PM                                            #181

                                                                Posts: n/a

by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....

[Quote]

---

12-23-2006, 02:04 PM                                            #182

BeachPatrolBullies                                              Posts: n/a

**HEEEEEEEESSSSSSSSSSS**

Quote:

Originally Posted by **Anonymous**
*by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....*

HEEEEEEEEEESSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!

Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one of those internet skanks you bang in your office can let you stay with them when your old lady kicks you out of the house!!!

Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!

But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....

[Quote]

---

12-23-2006, 02:25 PM                                            #183

guest zzz                                                       Posts: n/a

**Re: HEEEEEEEEESSSSSSSSSSS**

CONFIDENTIAL

Quote:

Originally Posted by **BeachPatrolBullies**

Quote:

Originally Posted by **Anonymous**
*by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....*

*HEEEEEEEEESSSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!!*

*Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one of those internet skanks you bang in your office can let you stay with them when your old lady kicks you out of the house!!!*

*Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!!*

*But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....*

Why dont you mind your own business you were not there.People always make allegations does not mean it is true.Anyone who knows Hesse he has a heart of gold.So if you have nothing good to say dont say it.....................................

---

| 12-24-2006, 11:19 PM | #**184** |
| --- | --- |

**So tired of the BS**                                           Posts: n/a

Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court.
Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.
Good Night and Merry Christmas. E.P. 101

---

| 12-25-2006, 12:27 PM | #**185** |
| --- | --- |

**SantaGotBeatUpinOB**                                           Posts: n/a

**Santa**

Quote:

Originally Posted by **So tired of the BS**
*Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not*

*defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court.*
*Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.*
*Good Night and Merry Christmas. E.P. 101*

I heard that Santa got beat up by OBPD because he made too much noise when he landed his sleigh!!!!

BRAVE men and women?????? Yeah, you have to be brave to beat up defenseless people and cooperate with the Village drug dealer

And there WAS hookers at his party, stop the lying, and we all know who (or I should shat what PBA..) paid for it. Don't worry guy, it will all come out in the wash,,,,,,,,,

---

☐ 12-26-2006, 08:16 AM                                        **#186**

Posts: n/a

📄 **Re: HEEEEEEEESSSSSSSSSSSS**

Quote:

> Originally Posted by **BeachPatrolBullies**
>> Quote:
>>
>> Originally Posted by **Anonymous**
>> *by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....*
>
> *HEEEEEEEEESSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!!*
>
> *Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one of those internet skanks you bang in your office can let you stay with them when your old lady kicks you out of the house!!!*
>
> *Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!!!*
>
> *But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....*

oh but the funniest part??? I'm not a cop in obpd, hell I'm not even a cop,.....but I did spend the night at a holiday inn express

---

☐ 12-26-2006, 08:19 AM                                        **#187**

Posts: n/a

shes back!!!!!!!!!!!!!!!

### Re: Santa

Quote:

> Originally Posted by **SantaGotBeatUpinOB**
> Quote:
>
>> Originally Posted by **So tired of the BS**
>> *Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court.*
>> *Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.*
>> *Good Night and Merry Christmas. E.P. 101*
>
> *I heard that Santa got beat up by OBPD because he made too much noise when he landed his sleigh!!!!*
>
> *BRAVE men and women?????? Yeah, you have to be brave to beat up defenseless people and cooperate with the Village drug dealer*
>
> *And there WAS hookers at his party, stop the lying, and we all know who (or I should shat what PBA..) paid for it. Don't worry guy, it will all come out in the wash,,,,,,,,,*

yes there was a hooker there, her name was chatti patti if not her, her son in drag, hes actually got better legs, and better at the sucking part of fellatio

---

12-26-2006, 12:03 PM                                                    #**188**

BeachBullies                                                         Posts: n/a

### Re: Santa

Quote:

> Originally Posted by **shes back!!!!!!!!!!!!!!!**
> Quote:
>
>> Originally Posted by **SantaGotBeatUpinOB**
>> Quote:
>>
>>> Originally Posted by **So tired of the BS**
>>> *Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's*

*cheaper than going to court.*
*Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.*
*Good Night and Merry Christmas. E.P. 101*

*I heard that Santa got beat up by OBPD because he made too much noise when he landed his sleigh!!!!*

*BRAVE men and women?????? Yeah, you have to be brave to beat up defenseless people and cooperate with the Village drug dealer*

*And there WAS hookers at his party, stop the lying, and we all know who (or I should shat what PBA..) paid for it. Don't worry guy, it will all come out in the wash,,,,,,,,,*

*yes there was a hooker there, her name was chatti patti if not her, her son in drag, hes actually got better legs, and better at the sucking part of fellatio*

Yeah, I heard it was George's significant other



☐ 12-26-2006, 01:11 PM                                                              #189
                                                                          Posts: n/a

📄 **Re: HEEEEEEEESSSSSSSSSSSS**

Quote:
> Originally Posted by **BeachPatrolBullies**
> Quote:
> > Originally Posted by **Anonymous**
> > *by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....*
>
> *HEEEEEEEEESSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!!!!*
>
> *Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one of those internet skanks you bang in your office can let you stay with them when your old lady kicks you out of the house!!!*
>
> *Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!*
>
> *But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....*

just wondering didnt you point out the spelling mistake 1st?? and theres no hot water, spota already has cleared everyone involved, hes just going thru the motions.

**[GEORGE HESSE]**

🔲 12-28-2006, 08:23 AM                                                    #190

English 101                                                          Posts: n/a

📄 **Re: DEFENSE OF JUSTICIATION**

Quote:

> Originally Posted by **guest229776**
>
> Quote:
>
> > Originally Posted by **Guest.**
> > *When a Police Officer puts on that blue uniform it doesn't come with a big red "S" on the chest. They are not Supermen and they are not punching bags. For all you armchair lawyers, and those who have no knowledge of the law, let me remind you that the N.Y.S. Penal Law, Secton 35, the Defense of Justification, states that a person may not use physical force to resist arrest (Sec.35.37) and that a police officer, when he reasonable believes a person has committed an offense (as defined in Sec. 10.00 Sub.1), may use physical force he believes reasonable and necessary to overcome any resistance while effecting an arrest of an individual (Sec. 35.30). The amount of force necessary is usually determined by the person being arrested. If the person complies with the officers directions then no physical force is necessary. The more a person resists, the more force the officer, or officers, have to use. If the person suffers injuries while he is resisting arrest, it's his own fault and if the officers suffered injuries as a result of the resistance, the person can be charged with other crimes. Once the person being arrested is, under control and handcuffed, no futher physical force is justified. If there is a complaint of excessive force. the arresting officers must be able to articulate why physical force was use and if it was reasonable and necessary. I'm sure Mr. Spota is aware of this and will investigate any allegation of excessive force on a case by case basis. If it can be proved that the amount of force used by an officer was excessive , that is, over and above what was reasonable and necessary, or not in the course of his official capacity, then the officer may have a problem. In the words of Mr. Spota; " We must also remember to fight for those who protect us. With increasing frequency police officers are considered fair game by criminals and are being assaulted on a daily basis. All too often defendants who assault these officers have been treated far too leniently. Simply put, a police officer performing his or her lawful duty does not assume the risk of being intentionally injured. Those who physically injure police officers are going to be prosecuted to the fullest extent of our law."*
>
> **You sound smart for someone that must be really dumb, ignorant, or misinformed. The offense in this scenario was littering. I'm sure it took some real force to subdue that perp. By the way what is "JUSTICIATION" anyway? Keep up that lawyer nightschool - maybe you'll make it as a paralegal someday**

I guess you don't know how to read...check your spelling again jackass

🔘 Quote

[Post Reply]            Page 19 of 59 « First < 9 17 18 **19** 20 21 29 > Last »

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



All times are GMT -5. The time now is 11:08 AM.

Contact Us – The Schwartz Report Political Forum – Archive – Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [        ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 20 of 59 « First < 10 18 19 **20** 21 22 30 > Last »

Thread Tools ⌄ Display Modes ⌄

12-28-2006, 08:25 AM                                    #191

**[GEORGE HESSE]**

NICCCCCE                                         Posts: n/a

**Re: HEEEEEEEESSSSSSSSSSS**

Quote:

> Originally Posted by **BeachPatrolBullies**
> Quote:
>> Originally Posted by **Anonymous**
>> *by the way..my guess JUSTICIATION...a typo...like you typing nightschool...instead of night school....*
>
> *HEEEEEEEEESSSSSSSSSS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!! !!!!!!!!!!!!!!!!!!!!!!*
>
> *Pointing out spelling mistakes will not get you out of the hot water you are in. I hope one of those internet skanks you bang in your office can let you stay with them when your old lady kicks you out of the house!!!*
>
> *Hey Chief, I bet the Mayor already sold out your ass....think about it...He is a retired cop from SCPD, being investigated by DA cops who are SCPD....do the math Chief, YOU LOSE!!!!!!!!!!!!!!!!!!!*
>
>
> *SKANKS RULE!!!!!!!*
> *But hey, don't worry Chief, I hear you are pretty open minded....So maybe you won't mind bending over for the soap....*

Quote

12-29-2006, 08:41 AM                                    #192

**[GEORGE HESSE]**

NICCCEEE                                          Posts: n/a

Quote:

> Originally Posted by **So tired of the BS**
> *Here Here! Enough is enough. It's not a easy spot to be in when the lawyers can*

*say whatever they want and the cops have to say no comment. The police can not defend themselves in the press or on TV. They are told by there lawyers not to comment. The Newsday article states something from 10 years ago. Well there's some pattern there! Give the cops a break! Page three, a full page! Insurance companies settle these cases because it's cheaper than going to court.*

*Also leave Andy out of this, There were no hookers at his stag party and everyone paid for themselves. Let's end this babble and let this blog die as a christmas present to all the brave men and women who served and continue to serve on the Ocean Beach Police Department.*

*Good Night and Merry Christmas. E.P. 101*

You're tired of the BS...easy to say from the sidelines..where were you when all this happened? enough is enough is right. time to move on.

Quote

---

□ 12-31-2006, 02:28 PM                                               #**193**

so tired of the b.s.                                               Posts: n/a

Fine! Slice yourselves up ! Happy New Year.

Quote

---

□ 01-10-2007, 08:44 AM                                               #**194**

NAH NAH NAH                                                        Posts: n/a

**NAH NAH NAH**

:lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol: :lol:

Quote

---

□ 01-18-2007, 11:48 AM                                               #**195**

guest99011                                                        Posts: n/a

**re.**

are these guys still hiring part time police officers?

Quote

---

□ 01-18-2007, 12:34 PM                                               #**196**

                                                                  Posts: n/a

**Re: re.**

Quote:
Originally Posted by **guest99011**
*are these guys still hiring part time police officers?*

According to one loser they all got fired and arrested......oh wait that was his pubic little wet dream

Quote

---

□ 01-19-2007, 08:49 PM                                               #**197**

Guest13                                                                      Posts: n/a

**Hiring?**

Posted: Thu Jan 18, 2007 12:48 pm

----------------------------------------------------------------------------

are these guys still hiring part time police officers?


You can check with the Chief, they usually have positions if you already have your police certificate from BMP or DCJS, whatever they call themselves these days.

If you are looking to be sponsored to go into the part-time academy that usually starts in the fall, you should also contact the department to begin to gather the things needed for the screening process. It takes a while, so start your contacts now, so you can have things scheduled and completed before the start date of the academy. Nothing worse than going half way into the training, and get bounced out for something that should have been addressed before you put in the time.

---

01-20-2007, 06:20 AM                                                         #198

BeachBullies420                                                              Posts: n/a

**Re: Hiring?**

Quote:

> Originally Posted by **Guest13**
> *Posted: Thu Jan 18, 2007 12:48 pm*
>
> ----------------------------------------------------------------------------
>
> *are these guys still hiring part time police officers?*
>
>
> *You can check with the Chief, they usually have positions if you already have your police certificate from BMP or DCJS, whatever they call themselves these days.*
>
> *If you are looking to be sponsored to go into the part-time academy that usually starts in the fall, you should also contact the department to begin to gather the things needed for the screening process. It takes a while, so start your contacts now, so you can have things scheduled and completed before the start date of the academy. Nothing worse than going half way into the training, and get bounced out for something that should have been addressed before you put in the time.*

Already be certified???? Nah, you don't need that!! Just ask AJ, he worked for years as a PO in Ocean Beach and was NEVER a certified police officer!! Right AJ, tell them how you did it.......

CONFIDENTIAL                                                                      P 01049

03-15-2007, 10:45 PM            #199

HesssssGasoline       Posts: n/a

**Oh Yeah!!**

HEEEEESSSSSSSSSSSSSSSSSS !!!!!!!!!!!

How have you been Chief? Summer is coming, you ready for another season of surf and skanks? George, do us all a favor and use an air freshner when you bang these nasty pigs, the station stinks!!!!

---

03-24-2007, 11:31 PM            #200

                                          Posts: n/a

**Re: burning bridges**

Quote:

> Originally Posted by **cant touch this**
> *Gee guys, seems it's pretty obvious who is writing this about the Chief... didn't anyone ever tell you about burning bridges? You guys look like nothing more than immature, resentful babies because your services were no longer wanted. You act like vengeful immature brats, no wonder OB doesnt want you on the force!! Anyone can tell tall tales, just because some guys feel burned and want to get back at someone, it doesnt mean anyone is going to take what you say seriously!!! Get over it, losers!! Move on. The only one who looks bad now is you!! Sore losers. Grow up.*

Looks like the fired cops have moved on AND grown up.

If the charges they are making are proven in court, let's hope the perps-in-blue are arrested and prosecuted to the fullest extent allowed by law.

And when the trial is over I have a feeling you are going to owe the fired cops an apology.

---

« Previous Thread | Next Thread »

---

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:09 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name]  ▢ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

---

[Post Reply]

Page 21 of 59  « First  <  11 19 20 **21** 22 23 31  >  Last »

Thread Tools ⌄  Display Modes ⌄

---

03-25-2007, 08:13 AM                                                          #201

Posts: n/a

**Re: burning bridges**

Quote:

> Originally Posted by **Anonymous**
> Quote:
>> Originally Posted by **cant touch this**
>> *Gee guys, seems it's pretty obvious who is writing this about the Chief... didn't anyone ever tell you about burning bridges? You guys look like nothing more than immature, resentful babies because your services were no longer wanted. You act like vengeful immature brats, no wonder OB doesnt want you on the force!! Anyone can tell tall tales, just because some guys feel burned and want to get back at someone, it doesnt mean anyone is going to take what you say seriously!!! Get over it, losers!! Move on. The only one who looks bad now is you!! Sore losers. Grow up.*
>
> *Looks like the fired cops have moved on AND grown up.*
>
> *If the charges they are making are proven in court, let's hope the perps-in-blue are arrested and prosecuted to the fullest extent allowed by law.*
>
> *And when the trial is over I have a feeling you are going to owe the fired cops an apology.*

Civil suit, you cannot arrest based on what happens there, if they werent looking for a payout...they would have taken charges to DA. Even if it did happen like they say, it looks like disgruntled cops suing because they lost their jobs.
This happens all the time, ncpd,scpd etc has 1000s of lawsuits from its recruits and probationary officers who are fired. All kinds of allegations of wrongdoing. There was even a recruit who sued the County because he failed the qualifiying mile+1/2 run got a drs note that he couldnt run a oval track outside or something.

[Quote]

---

03-26-2007, 05:26 PM                                                          #202

Posts: n/a

who cares about this BS civil suit. Seasonal/part time Skells shouldnt be working and taking O/T away in the first place. They have no rights to keep working, they can be cut loose at the direction of the department any time they want to. There's no vested interest in these part timers.

`Quote`

☐ 03-26-2007, 12:23 AM                                                          #**203**

                                                                              Posts: n/a

Quote:

> Originally Posted by **Anonymous**
> *who cares about this BS civil suit. Seasonal/part time Skells shouldnt be working and taking O/T away in the first place. They have no rights to keep working, they can be cut loose at the direction of the department any time they want to. There's no vested interest in these part timers.*

I'm not well versed in the organizational structure of OBPD, but please correct me if I'm wrong. Isn't there only 2 fulltime positions in OB? So any officer who serves there is a part timer. Or am I just misinformed?

`Quote`

☐ 03-26-2007, 09:11 AM                                                          #**204**

BeachPatrolBullies                                                           Posts: n/a

**Yes.**

Quote:

> Originally Posted by **Anonymous**
> Quote:
>> Originally Posted by **Anonymous**
>> *who cares about this BS civil suit. Seasonal/part time Skells shouldnt be working and taking O/T away in the first place. They have no rights to keep working, they can be cut loose at the direction of the department any time they want to. There's no vested interest in these part timers.*
>
> *I'm not well versed in the organizational structure of OBPD, but please correct me if I'm wrong. Isn't there only 2 fulltime positions in OB? So any officer who serves there is a part timer. Or am I just misinformed?*

Yes, you are right...

HEEEEEEEEEEESSSSSSSSSSSSSSSSSSSS!!!!!!!!!!!!!!!!!

Chief, how did your wife react to the stories of you boning those beach tramps in your office?? And hanging out with Mitch the drug dealer??

Your crimes will soon be brought to light, and you and your lackeys (including J.L.) will be collared. BTW, why did you let an UNCERTIFIED person (never certified by MPTC as a police officer) wear a uniform and sidearm???? Maybe because of who his family is????

`Quote`

☐ 03-26-2007, 01:06 PM                                                          #**205**

                                                                              Posts: n/a

And I'm sure the trolling on this site will be brought up in court, and shown to the jurors, kinda hurts the credibility of the plaintiffs

▫ 03-27-2007, 07:13 AM                                                                  **#206**

                                                                                 Posts: n/a

Four Ocean Beach cops expected to surrender
BY SANDRA PEDDIE
sandra.peddie@newsday.com


March 27, 2007, 12:01 AM EDT

Four members of the Ocean Beach Police Department have been ordered to surrender in Suffolk County Court in Riverhead Tuesday morning on criminal charges, the Suffolk County district attorney's office said Monday night.

DA spokesman Robert Clifford would not offer names or more details, but sources familiar with the investigation said one of the men to be charged is **Acting Police Chief George Hesse.**

The department has been the subject of a Suffolk County grand jury probe since December. District Attorney Thomas Spota said at the time that he had "serious concerns about the conduct and supervision of the Ocean Beach Police Department."

Last week, five former Ocean Beach police officers claimed in a federal lawsuit that they were wrongfully fired by Hesse after he and his allies on the force covered up police brutality, associated with drug dealers and drank while on duty.

They also alleged in their suit that while on duty Hesse had sex with women and ordered on-duty officers to chauffeur him to and from his encounters.

"We wouldn't go along with his games over there," said one of the officers, Thomas Snyder. "We wanted to do the job the right way."

Hesse could not be reached for comment Monday night, but last week denied any wrongdoing. "I'm just blown away by this," he said of the lawsuit.

The village's attorney could not be reached for comment.

There are only 24 members of the police force; all but two of them are seasonal.

Spota said in December that his office had fielded complaints about the department since 2003. The investigation picked up steam after a New Jersey man, Samuel Gilberd, suffered a ruptured bladder after what he said was a beating by Ocean Beach police in August 2005.

At least seven federal and state lawsuits alleging unprovoked attacks by the police have been filed against the department since 1995. Six resulted in confidential settlements, according to records. Gilberd's suit is pending.

At the time, Ocean Beach Mayor Joseph Loeffler said the settlements did not indicate wrongdoing on the part of the Police Department, but were "an economic decision."

CONFIDENTIAL                                                                       P 01054

The tiny village on Fire Island, known for its quirky prohibitions, spans 10 blocks. Its year-round population is only 138, according to the 2000 U.S. Census, but that number swells to 5,000 to 6,000 in the summer months.

Some village residents expressed their support for Hesse and the Police Department following news of last week's lawsuit.

Doug Meyer, a contractor who said he has lived in Ocean Beach for 30 years, said, "Any time I call these guys up, they were right there, all the time. There was never any time I had to wait."

He added, "I've never even thought about a hint of corruption with George. I've never been approached, and I work all over the village."

Jeanne Jaeger, who runs the community theater with her husband, described Hesse as even-handed and easy-going. "Ocean Beach is the Land of No. With George, it's 'We'd rather you didn't.'"

Douglas Wigdor, the lawyer representing the five former officers, offered a different view. He said his clients were "extremely happy" about the grand jury indictments. "It's definitely a step in the right direction."

Quote

□ 03-27-2007, 07:49 AM                                                              #207
gnarls barkley succinct                                                    Posts: n/a

Article Search Mar 27, 2007 Jobs | Cars | Real Estate | Apartments | ShopLocal | Place An Ad 47° F | Forecast am New York

Site IndexLocal NewsLong Island NewsNew York City NewsNation | WorldSchools | PoliticsState / RegionHealth / ScienceColumnists CorrectionsObituariesHomepageSports | High SchoolBusinessEntertainmentExplore Long IslandHealth/ScienceOpinion | Letters ObituariesBlogs | ColumnistsThe PaperToday's EditionLast 7 DaysContestsRegister | Log inBecome an InsiderE-Mail NewslettersWireless | RSSClassifiedsJobs | CarsReal EstateApartmentsShopLocal | DatingGrocery CouponsPetsEvent TicketsHow2GuideServicesAbout | Contact usRegister | Log inHow to advertiseCommunityCareer with usBuy photosArchivesContests"The Good Shepherd" DVD"Happy Feet" DVD Long IslandFour Ocean Beach cops expected to surrender
BY SANDRA PEDDIE
sandra.peddie@newsday.com

Email this story

Printer friendly format
March 27, 2007, 12:01 AM EDT

Four members of the Ocean Beach Police Department have been ordered to surrender in Suffolk County Court in Riverhead Tuesday morning on criminal charges, the Suffolk County district attorney's office said Monday night.

DA spokesman Robert Clifford would not offer names or more details, but sources familiar with the investigation said one of the men to be charged is Acting Police Chief George Hesse.

The department has been the subject of a Suffolk County grand jury probe since December. District Attorney Thomas Spota said at the time that he had "serious concerns about the conduct and supervision of the Ocean Beach Police Department."

Last week, five former Ocean Beach police officers claimed in a federal lawsuit that they were wrongfully fired by Hesse after he and his allies on the force covered up police brutality, associated with drug dealers and drank while on duty.

They also alleged in their suit that while on duty Hesse had sex with women and ordered on-duty officers to chauffeur him to and from his encounters.

"We wouldn't go along with his games over there," said one of the officers, Thomas Snyder. "We wanted to do the job the right way."

Hesse could not be reached for comment Monday night, but last week denied any wrongdoing. "I'm just blown away by this," he said of the lawsuit.

The village's attorney could not be reached for comment.

There are only 24 members of the police force; all but two of them are seasonal.

Spota said in December that his office had fielded complaints about the department since 2003. The investigation picked up steam after a New Jersey man, Samuel Gilberd, suffered a ruptured bladder after what he said was a beating by Ocean Beach police in August 2005.

At least seven federal and state lawsuits alleging unprovoked attacks by the police have been filed against the department since 1995. Six resulted in confidential settlements, according to records. Gilberd's suit is pending.

At the time, Ocean Beach Mayor Joseph Loeffler said the settlements did not indicate wrongdoing on the part of the Police Department, but were "an economic decision."

The tiny village on Fire Island, known for its quirky prohibitions, spans 10 blocks. Its year-round population is only 138, according to the 2000 U.S. Census, but that number swells to 5,000 to 6,000 in the summer months.

Some village residents expressed their support for Hesse and the Police Department following news of last week's lawsuit.

Doug Meyer, a contractor who said he has lived in Ocean Beach for 30 years, said, "Any time I call these guys up, they were right there, all the time. There was never any time I had to wait."

He added, "I've never even thought about a hint of corruption with George. I've never been approached, and I work all over the village."

Jeanne Jaeger, who runs the community theater with her husband, described Hesse as even-handed and easy-going. "Ocean Beach is the Land of No. With George, it's 'We'd rather you didn't.'"

Douglas Wigdor, the lawyer representing the five former officers, offered a different view. He said his clients were "extremely happy" about the grand jury indictments. "It's

definitely a step in the right direction."

Long Island
Ocean Beach chief, cops in court on assault charges
BY SANDRA PEDDIE
sandra.peddie@newsday.com

March 27, 2007, 2:20 PM EDT

Four members of the Ocean Beach Police Department, including the acting chief, were
arraigned Tuesday morning in connection with what prosecutors say was the brutal
beating of a New Jersey man in police custody in 2005.

The Fire Island village's Acting Chief George Hesse pleaded not guilty to first-degree
assault, first-degree gang assault, offering a false instrument for filing, falsifying
business records, unlawful imprisonment, reckless endangerment and other charges.
Suffolk County Court Judge Barbara Kahn ordered him held on $100,000 bail.

Suffolk prosecutors said the charges stem from Hesse's vicious attack on Samuel
Gilberd, who was brought into the police's headquarters after being kicked out of a bar.
Suffolk Assistant District Attorney Robert Biancavilla said Hesse beat Gilberd "to the
extent that he suffered extensive injuries" including a ruptured bladder that required
emergency surgery.

Hesse's attorney, William Keahon of Islandia, said his client was innocent and that
Gilberd was violently drunk that night. Keahon said Gilberd hurt himself by "falling and
hitting a number of items." He said Gilberd made up the charges in order to help a civil
suit he has filed against the village.

The courtroom was packed with Ocean Beach residents and police officers supporting
Hesse and the police department. Mayor Joseph Loeffler, who sat near the officers,
declined comment, as did several other village residents.

Two Suffolk County police officers, Joseph Verdi and John Ventura, said they had
worked with Hesse and were convinced of his innocence.

"I worked there two years," said Verdi. "I've never seen Geroge lay hands on anybody."

Ventura, who said he had worked with Hesse in the Islip Harbor patrol, said, "He was
always a gentleman."

Verdi added, "If I felt he was guilty, I wouldn't be here."

Ocean Beach Police Officer Arnold Hardman was indicted on the same charges as
Hesse, except for the counts of assault. Prosecutors said he did nothing to get Gilberd
medical attention as he lay unconscious after his beating and helped cover up Hesse's
brutality by lying to medical personnel who arrived to treat Gilberd, and by filing false
bogus criminal charges against Gilberd. Those charges have since been dismissed.

Officers Paul Carollo and William Emburey were also charged with official misconduct,
reckless endangerment, hindering the prosecution and conspiracy for not informing

medical personnel of the extent and nature of Gilberd's injuries. Kahn set bail for Hardman, Carollo and Emburey at $10,000 cash or bond. All the defendants posted bail and were released.

Emburey's attorney, John Ray of Miller Place, said his client was working his first night as an Ocean Beach Police Officers when Gilberd received his injuries, and that he wasn't even in the police station house during the alleged attack. "He's been sucked into this unfairly," Ray said. "It's an extreme over reaction by the district attorney."

At a news conference after the arraignment, Suffolk District Attorney Thomas Spota said prosecutors are investigating several similar complaints of police brutality and other crimes in the village's police force, which he called "a police department that was out of control." He said he held village officials responsible for their inaction on the complaints, saying they "either knew or should have known" about the corruption in the police department.

"It should have been reigned in. It was not reigned in," Spota said. "But I can assure you as of now, it will be reigned in."

---

□ 03-28-2007, 11:00 AM                                                              #**209**

                                                                              Posts: n/a

🔖 **Ocean Beach Police Mess**

Boy this is long overdue, I'm surprised that Ed Paradiso didn't get dragged in too, because he should have. I spent many a summer in Ocean Beach and saw for myself just how that that Gestapo Police Department operated. They're nothing but a bunch of square badges with Storm Trooper attitudes. I don't know why anyone would want to summer in that village with these cop wanna be rejects running things. How about the time Paradiso appointed one of his buddies as a Sgt. and the guy never even took the civil service test and took everyone down to the beach and had them firing their guns into the ocean, scaring the living hell out of everyone. The entire Ocean Beach police department should be completely disbanded and taken over by the SCPD who could re-establish their barrier beach command right there in Ocean Beach.

---

□ 03-28-2007, 01:53 PM                                                              #**210**

GUEST151                                                                      Posts: n/a
🔖

One of these guys, who is a retired nypd sgt, made life pretty miserable for a lot of people when he was there(except for a certain female cop :wink: ) DON'T DROP THE SOAP, SCUMBAG, WHAT GOES AROUND COMES AROUND!!!

---

Page 21 of 59  « First < 11 19 20 **21** 22 23 31 > Last »

«  Previous Thread | Next Thread  »

---

**Posting Rules**                                                               ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

CONFIDENTIAL                                                    P 01058

[vB code](#) is **On**
[Smilies](#) are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


All times are GMT -5. The time now is 11:09 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

[Powered by](#) [Company Name Here](#)

CONFIDENTIAL


The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [_____] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 22 of 59 « First < 12 20 21 **22** 23 24 32 > Last »

Thread Tools ▿ Display Modes ▿

---

☐ 03-28-2007, 03:02 PM                                     #211
                                                      Posts: n/a

I've know George for many years and I consider him a very good friend of mine. LEAVE HIM ALONE! He his a very kind, caring, strong man. The OBPD runs accordingly and accurately since he made chief!

[Quote]

---

☐ 03-28-2007, 05:43 PM                                     #212
by george                                             Posts: n/a

fire him and maul him now!

[Quote]

---

☐ 03-29-2007, 12:40 PM                                     #213
guest1234              **[GEORGE HESSE]**              Posts: n/a

**Ed Paradiso**

In all this, Where is Ed Paradiso the Chief of Police. I never see a mention of him or Natalie Rogers. They were in charge. Not Hesse and not Loeffler. I bet those 2 are sitting scared right now. All this should fall on them. They left this bag of crap to be sorted and fixed by other people. Are they not accountable. Natalie rogers lied and protected Paradiso all these years. Now its catching up. They are the corrupt. They let these 5 cops get out of control. They should all be in jail.

[Quote]

---

☐ 03-30-2007, 10:48 AM                                     #214
                                                      Posts: n/a

NATALIE IS RETIRED YOU IDIOT! AND ED IS GONE! YOU OBVIOUSLY ARE NOT FROM OB SO GO BARK UP ON ANOTHER MESSAGE BOARD! YOU HAVE NO CLUE WHAT YOU ARE TALKING ABOUT!

[Quote]

---

CONFIDENTIAL                                                P 01060

03-30-2007, 01:30 PM      #215

BeachBullies      Posts: n/a

**Hesss**

Quote:

> Originally Posted by **Anonymous**
> *NATALIE IS RETIRED YOU IDIOT! AND ED IS GONE! YOU OBVIOUSLY ARE NOT FROM OB SO GO BARK UP ON ANOTHER MESSAGE BOARD! YOU HAVE NO CLUE WHAT YOU ARE TALKING ABOUT!*

Heeeeeeeeeeeeessssssssssssssss!!!

Good thing you made bail...How did you come up with 100 large???



---

03-31-2007, 03:52 PM      #216

dah1234     **[GEORGE HESSE]**      Posts: n/a

**loser**

Quote:

> Originally Posted by **Anonymous**
> *NATALIE IS RETIRED YOU IDIOT! AND ED IS GONE! YOU OBVIOUSLY ARE NOT FROM OB SO GO BARK UP ON ANOTHER MESSAGE BOARD! YOU HAVE NO CLUE WHAT YOU ARE TALKING ABOUT!*

They may be, but they are still accountable jacka$$...

---

04-01-2007, 05:19 PM      #217

theagentmrsmith      Posts: n/a

this post is for the retard who wrote we shouldnt comment on OB cause we dont live there. I dont think you have to personally know these cops or live on ocean beach to realize there is a serious problem there!! I blame the part time police officer program as much as the department as a whole. Its no wonder you have part time war heros heavy handling people for 3 months a year and then flipping burgers in the winter time. No union, no accountability, and limited training for these rejects. IM NOT SURPRISED THEY ARE ALL OVER THE PAPER !!!



---

04-03-2007, 10:44 AM      #218

kent      Posts: n/a

**small town police**

I have no dog in this fight. I'm 53 years old and a retired finacial guy. I can tell you personally from village mayors that these constables are lazy and greedy and will band against anybody who denies the 3 day workweek or
100g plus salary. I have openly seen them mock the mayors. This is the hubris of their culture. Maybe this is not the case here because I'm sure the

deal with many intoxicated egotists that think their Ceasar's wife. My advice is to get it on film and refrain from beating this people despite the fact it may be deserved. There are good cops and the idiots who act like horses asses. I try very hard not to laugh in there face. Just tell me your class rank officer? High School or college will due? And than duck! The guys on the expressway have some of the most outdated and hysterical acts I have ever seen! They even got hayseeds getting into the act. Only in NY!

---

04-07-2007, 02:48 PM                                                                #219

guest111111111111111                                                      Posts: n/a

Lamm failed his psych three times and has the handwriting ability of a five year old. Fiorello thought he was fighting a war against invading bike riders from OBP. Snyder is just not very smart. Carter, well, I always thought he was a good guy. Too bad. He lost a few friends. As for the other ones, very poor social skills, professionally and personally. All this was known by the people who live and work in OB, BUT they were too decent to make someone feel bad and reject them. That's what you get for being nice. When it became apparent that nobody wanted to work with them, there was suddenly a corruption problem. Lamm and Fiorello, with the combined police experience of three years and less then ten arrests between them (none of which were for serious misdemeanors or felonies), thought they knew the profession of being a police officer. Any 'real' policeman will tell you that learning this profession never stops. I guess, these two knew it all. To sum it all up, Lamm and Fiorello were under the impression that they worked in a high crime area where, at any minute, lives would be lost by some random, violent act. They treated the public, and by 'public' i mean hard-working, tax paying people on VACATION, like they committed a crime by having a cocktail, riding their bikes, or laughing too loud at a joke in the back streets. Synder lives his life by just trying to accomplish something. Rest assure, the Islip Town Parks are safe from all the crime that plagues these natural refuges. I'm surprised at Carter because I have seen him do the right thing on numerous occasions. I am truly disappointed. As for NOFI, just interview him about anything, you'll see what I mean.

---

04-07-2007, 07:29 PM                                                                #220

Free the Four                          **[GEORGE HESSE]**              Posts: n/a

**The presumption of innocence**

I thank God that in the United States of America we have the presumption of innocence.

The D.A. recieved a complaint and brought it to the grand jury. The grand jury based on the information they were presented indicted. Remember the grand jury is all one sided. The officers appeared before the court and were arraigned. The officers plead not quilty and want their day in court. They have a right to have their case heard before a jury of their peers. If found guilty by the jury and only if,,, they will stand convicted. But not by the meer allegations of Mr. Gilbard, The D.A. or the media

Now lets keep in mind that the complaintant had a .33 blood alcohol level, was thrown out of 3 different bars before having any contact with the police. I am quite sure he had

CONFIDENTIAL

a phisical confrontation with another drunk or two that night before the police allegedly beat him. EMS had administered narcan because he appeared to be a violent overdose victim as well.

Then we had the D.A's investigator/henchmen do their half witted job of an investigation. Who did they inetrview, Dave Gerden the deaf, blind retired detective who is only worried about his pension. Who isnt beyond perjury to to keep himself out of the spotlight. He not only worked with these dirtbag investigators. But used to brag about how they all used to brutalize people and get confessions. How ironic!

Of course one of the investigators has a personal axe to grind in Ocean Beach. Since his son has been arrested and had many contacts with the local police. Isnt that so Mr. Tortaglia? But it must be the Ocean Beach Storm Trooper Police not your son hu???

So lets keep in mind the presumption of innocence that these officers are afforded. When they are aquitted I am sure newsday will only have a small article on page five and not the front page.

So lets wait and see what all the witnesses have to say under oath and what the jury vote is!!!

Quote

Post Reply

Page 22 of 59   « First < 12 20 21 **22** 23 24 32 > Last » 

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



Police Issues (N/S)            Go

All times are GMT -5. The time now is 11:09 AM.

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



[Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#) > [Police Issues (N/S)](#)

**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?
Password [_____] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |



Post Reply

Page 23 of 59 « First < 13 21 22 **23** 24 25 33 > Last » ▽

Thread Tools ▽ Display Modes ▽

---

□ 04-08-2007, 02:31 AM                                      #221

143W866                                               Posts: n/a

Kent, what the f*#k are you talking about? Is this Lamm's mother going bonkers again? Kevin Lamm=Norman Bates. Thirty something year old guy, still lives with mommy? COME ON PEOPLE. He lives in the basement and plays with Chinese Stars and Nunchucks. As they say in Suffolk, 10-26 to Stony Brook. As for Fiorello, he was made in a lab, f&$king freak!

Quote

---

□ 04-08-2007, 10:15 AM                                      #222

Rat hater                                             Posts: n/a

**Lamm and Fiorello**

Hmmmm why didnt Frank Fiorello get onto the FBI. Perhaps it was the orders of protection from his ex wife?. Lamm and Fiorello make a great couple now dont they.

Quote

---

□ 04-08-2007, 11:14 AM                                      #223

                                                      Posts: n/a

Hey I think your right. What a great couple Frank and Kevin make. They are angry, unstable liars who like to abuse the public. And wow, they both got fired from a police job together. They are two peas in a pod, they just have to come out of the closet. When they do I bet they will be holding hands!

Quote

---

□ 04-08-2007, 03:44 PM                        **[GEORGE HESSE]**        #224

Free the Four                                         Posts: n/a

**The presumption of innocence**

I thank God that in the United States of America we have the presumption of innocence.

---

CONFIDENTIAL

The D.A. recieved a complaint and brought it to the grand jury. The grand jury based on the information they were presented indicted. Remember the grand jury is all one sided. The officers appeared before the court and were arraigned. The officers plead not quilty and want their day in court. They have a right to have their case heard before a jury of their peers. If found guilty by the jury and only if,,, they will stand convicted. But not by the meer allegations of Mr. Gilbard, The D.A. or the media

Now lets keep in mind that the complainant had a .33 blood alcohol level, was thrown out of 3 different bars before having any contact with the police. I am quite sure he had a phisical confrontation with another drunk or two that night before the police allegedly beat him. EMS had administered narcan because he appeared to be a violent overdose victim as well.

Then we had the D.A's investigator/henchmen do their half witted job of an investigation. Who did they inetrview, Dave Gerden the deaf, blind retired detective who is only worried about his pension. Who isnt beyond perjury to to keep himself out of the spotlight. He not only worked with these dirtbag investigators. But used to brag about how they all used to brutalize people and get confessions. How ironic!

Of course one of the investigators has a personal axe to grind in Ocean Beach. Since his son has been arrested and had many contacts with the local police. Isnt that so Mr. Tortaglia? But it must be the Ocean Beach Storm Trooper Police not your son hu???

So lets keep in mind the presumption of innocence that these officers are afforded. When they are aquitted I am sure newsday will only have a small article on page five and not the front page.

So lets wait and see what all the witnesses have to say under oath and what the jury vote is!!!

Quote

□ 04-09-2007, 10:21 AM                                                              #225

GUEST111117                                                              Posts: n/a

📄 **FREE THE FOUR**

SIR, how can you impugn the celebrated integrity of the Suffolk County District Attorney's Office by suggesting one of it's investigators, Mr Pete Tartaglia would compromise his oath of office by seeking revenge on those who have arrested his son?

The Suffolk County District Attorney's Office has the finest collection of lawyers, civilian investigators, and Suffolk County police detectives under one roof that would make even the FBI and Scotland Yard drool with envy.

Look how District Attorney Spota has been unearthing the long buried bodies of corruption and has brought the guilty to justice, and has done so without fear or favor to past allegiances.

The DA is a breath of fresh air in Suffolk County - just don't stand down wind of him.

Mr. Spota has gone beyond what others before him have done to ensure quality

performance in his office.

He has drawn deep from his early days in the District Attorney's Office when he was a homicide prosecutor, and brought into his office the informants he used in a celebrated case who is now a ranking SCPD police officer. That young man, now older man is in charge of ALL the investigations that come to the attention of the District Attorney.

Mr. Spota should be commended for his courage that he could be crticized by those who would question his sanity by hiring on as his chief investigator who was once his informant, and is reported to have a checkered record while a Suffolk police officer.

It is justice and only justice that Mr.Spota courageously concerns himself with and nothing else. What else would a prosecutor who once said to a news reporter, and documented in an article - in substance: ' I am not concerned with becoming a judge as those before me have done, but want to be the DA because it gives me the power of depriving persons of their liberty.

The man is a nut who has surrounded himself with people as crazy and as morally corrupted as he is.

---

04-09-2007, 01:22 PM | #226

theagentmrsmith | Posts: n/a

Oh please, enough of the reciting of the preamble to the constitution with all this babble about there innocence and there day in court!! It is absolutely the job of the DA to make alligations of criminality..uh hello, thats what the DA's office does. I dont care if they are guilty or not. I want to know how a part time nobody was aloud to spin out of control. Why wasnt any of these seasonals explained that if they get jammed up doing something stupid, they werent going to have any backing. Seems to me some of these part timers have a "Training Day" picture in there little minds about what full time policing is all about....and like the movies, ITS COMPLETELY WRONG !!

---

04-09-2007, 01:53 PM | #227

GUEST11111117 | Posts: n/a

**I AGREE AGENT SMITH**

I, TOO, am concerned with the question how those who have been charged have been allowed to spin out of control for so long. Yes, that is the question that needs to be asked. Mr. Spota has been in office for more than five years, and he suddenly discovers this?

Things that have been charged in the indictment can ONLY happen IF misconduct has been ignored over a long period of time.

I have said in other Forums that I have no idea if the charges are true or not. I have also offered an uniformed opinion based on experience that if I had to make a choice as to guilt or innocence, I would give in a 70-30 leaning towards guilty.

The poster FREE THE FOUR if he believes this matter with find truth a trial. Not with a Suffolk County jury and a friendly judge presiding.

The problems of Suffolk County "Justice" are systemic to the system and it has been passed down from prosecutor to prosecutor without interruption since the brief tenure of DA Henry O' Brien.

Mr. O'Brien was removed from office with the able assistance of the then police commissioner and his detectives from his homicide unit by gathering evidence to defame him by attempting to gather evidence of his alleged homosexuality. That much I am a witness to as I was asked to assist in that endeavor by an organized crime capo who was helping the detectives under the direction of the then police commissioner. the organized crime figure believed he was working on the side of the police and told me they needed to get rid of him because " He ( O'Brien ) didn't work well with them )

Should there come a time I may be asked to swear to a lawful body that what I have said is true, I would do so without a grant of immunity as I know it to be true as I know it. I just won't say it to any Suffolk County grand jury under the control of a Suffolk District Attorney.

These charges that I have made were in part addressed by the NYS Commission of Investigation Report of April 1989, when the Commission reported that there had been a long-standing fued between the police department and District Attorney O'Brien.

May I also point out that a Lt.James Hickey, who testified at the trial of the case that causes me to write my many postings of the charges I have made of the lack of integrity of the district attorney's office and the police department had been been accused of Suffolk County Judge Namm in 1992 of being a police officer who tortured and permanently maimed to get a 'confession' from a suspect in a suspect. That matter was brought to the attention of the police department and was not investigated by the police department or the then district attorney, although the suspect was later awarded 85K in a civil trial regarding this matter.

No, I am not making this up, it is a matter of record. Judge Namm is no longer a judge and is retired in North Carolina as he didn't receive his own party's nomination for re-election. That was accompllsihed by the SCPD PBA, and a private attorney named Thomas J. Spota, who was at the time the counsel for one of the Detectives Union.

It is not the charges made by the District Attorney, regarding the OBPD police officers that concern me, as they may be meritorous, it is the conduct and motives of the district attorney I question.

---

■ 04-10-2007, 09:12 PM                                                    #228

Free the Four                          **[GEORGE HESSE]**          Posts: n/a

📄 **The dirty DA and his dirtbag henchmen**
___

Wow,

Thank you all for filling me in on Mr Spotta and his henchmen. As I have figured

through out this, was that there is a hidden agenda. Yes I believe in that truth and justice will prevail. But you are confirming my doubts about the DA investigators. Perhaps the State AG or the FBI need to look into look into him and his henchmen? I know these brutal ex cops and detectives in his office have a super high rate of confessions. Maybe it is from beating people routinely far more brutally than the Ocean Beach Officers stand accused of. But that is why Suffolk County also has the distinction of haveing the highest rate over overturned convictions in the state as well.

Now I am sure that Mr. Tartaglia dosent have his finger prints on any of the investigation. You can bet your bottom dollar that he called the shots from the sidleines for his dirty cronies. Why because of his local joe shitbag son who has had many dealing with the local police.

Maybe I am a bit naive, But I do believe in our justice system. Regardless of how the DA and his henchmen pervert it. That is why we have appeals, and they are not heard in the same court as that has jurisdiction over the case.

[Quote]

04-11-2007, 07:31 AM                                                           #229
                                                                        Posts: n/a

hope the truth comes out

[Quote]

04-11-2007, 04:40 PM                    **[GEORGE HESSE]**              #230
GUEST111117                                                             Posts: n/a
**HE CHANGED THE EMAIL ADDRESS**

REAL OPEN MINDED FELLOW. CHANGES THE EMAIL ADDRESS I ENTERED. IT WAS HOTMAIL.COM

[Quote]

[Post Reply]          Page 23 of 59  « First < 13 21 22 **23** 24 25 33 > Last » ▽

« Previous Thread | Next Thread »

Posting Rules                                            ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump

Police Issues (N/S)          ▼  Go

CONFIDENTIAL

All times are GMT -5. The time now is 11:09 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



**The Schwartz Report**

[Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#) > [Police Issues (N/S)](#)
🔷 **Ocean Beach Police Corruption**

User Name [User Name] ⬜ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|----------|-----|--------------|----------|---------------|--------|

[Post Reply]

Page 24 of 59 « First < 14 22 23 **24** 25 26 34 > Last »

Thread Tools ⌄ Display Modes ⌄

---

04-11-2007, 09:14 PM                                   **#231**

Free the Four                          **[GEORGE HESSE]**       Posts: n/a

🔖 **Mr Spota take notice of North Carolina**

Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.

Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!

Oh thats right there is no abuse here, and this isnt a witch hunt either? LOL

[Quote]

---

04-12-2007, 01:09 AM                                   #232

GUEST111117                                            Posts: n/a

🔖 **OBPD**

FREE THE FOUR, My posts were directed to you and I put my contact email on the board and it was changed.

I also posted another long message that disappeard after I saw it posted...

[Quote]

---

04-12-2007, 02:37 AM                                   #233

guest11770                          **[GEORGE HESSE]**       Posts: n/a

🔖 **Heeeeeessssssssssss!!!!**

Hi Frank,
That is you posting the 'Heeeessssssssseeeee!!!!!!' responses, isn't it you sly devil???
Say how-do-you-spell your last name Frank? F-E-L-L-A-I-T-O ? I thought so.

What's with the attacks on George's wife? Did you forget to get your rabies shot? Or are you hot for her? Never did see you hanging out with any ladies at the beach, figured that were because you must have been hanging out with Keven Lamm, so I

don't think that you were hot for her, or any GIRLS…lol.Even the Mafia dosen't attack families.

Guess getting bumped up from an auxiliary cop to a seasonal/rent-a-cop was pretty heady for you…must have cost you a fortune to pass the psychological test. You looked pretty sharp writing all of those tickets though, your version of COMSTAT? Keeping OB safe from grime? Guess that you were working on getting bumped up to 'meter maid?' I figure that they forgot to tell you in the academy that being the top producer in a police department doesn't give you any validation to be insubordinate to your boss (Sgt. Hesse) even though you surely did display this type of behavior. Yep, Georgie did make some mistakes; he should have documented your behavior and started a supervisor's paper trail then.

You guys weren't fired, but not asked back (big difference). Had you applied for other part time positions at other police agencies you would have receive a letter of reference from OB…don't think so now,. Must have been tough not getting that position with the FBI. What was it again…'truck driver?'

You looked smoking on TV being interviewed. Seems that you accused your brother officers of (to use you words)…"Cops were drinking at night and going to work the next morning."
…yep, sounds very much like you were accusing them of having "Hangovers!!!"
A
nd the part where you stated that…"They were carrying guns around little kids." ??? So were you for that matter. But as one wag remarked "at least the guns weren't loaded!" We all know where YOU want to unload your gun after that statement, don't we?

Too bad that you don't get it, thanks to the fearless five corruption fighters, who only brought their complainants to the surface after they were not asked back (they worked at OB forever, and never noticed corruption before this?) have played into the hands of the DA. He does have complaints going back a number of years, but none of those officers work at OB anymore, the new guys are going to pay for the sins of the past so that the DA can put a few notches on his gun. The only cops that were here then are you guys and the chief, E.P., Sgt George The fat, bald guy Lonnie, and Andy. That was some bachelors party…never saw sp many girls ? On the beach that is.

I'd be careful about saying that George hung around with a known drug dealer…who's that, everyone in town? OK we all know who the DD allegedly is, don't we? Problem is that he's been over there forever, he's never been arrested and he has no convictions as a druggie. Leaving yourself open for a libel suit there Frankie if you try to name, names. Gee Frank all those people who ever got a ticket, or hate cops or even 'Fulltime' cops who hate part timers for stealing their over time are watching and laughing their heads off. Never thought that one malcontent could bring so much discredit down on the heads of his co-workers who are trying to accomplish a difficult job, Wow. We'll see you later, can't wait to see more of your writings…

[Quote]

---

□ 04-14-2007, 11:56 AM                                          #234

Love the OBPD                          **[GEORGE HESSE]**                  Posts: n/a

📄 **Re: Mr Spota take notice of North Carolina**

---

Quote:

> Originally Posted by **Free the Four**
> *Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.*
>
> *Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!*
>
> *Oh thats right there is no abuse here, and this isnt a witch hunt either? LOL*

DUKE! DUKE! DUKE! DUKE! DUKE! DUKE!

`Quote`

---

□ 04-14-2007, 12:05 PM                    **[GEORGE HESSE]**                    **#235**
DUKE DUKE DUKE                                                          Posts: n/a

▤ **Re: Mr Spota take notice of North Carolina**

Quote:

> Originally Posted by **Love the OBPD**
> Quote:
>> Originally Posted by **Free the Four**
>> *Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.*
>>
>> *Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!*
>>
>> *Oh thats right there is no abuse here, and this isnt a witch hunt either? LOL*
>
> *DUKE! DUKE! DUKE! DUKE! DUKE! DUKE!*

This sounds like the same type of polictical abuse. Lets not interview anyone and speculate everything. All I want are HEADLINES. Lets try and ruin this department. What do we care. They are nobody and know no one. They don't have the money to fight these charges. Lets get the department abolished and suck the town dry of all its tax money so they can pay me and my men for these bullsh--t investigations. I want to be more popular :evil:

Hey Mr. Spota. You're liable for your statements too. Don't think you can hide behind your detectives piss poor investigation and try and blame them. You are responsible for their actions. This sounds like a vandeta to me. You are going to looooooose.

`Quote`

---

□ 04-15-2007, 09:02 AM                    **[GEORGE HESSE]**                    #236
GUEST1111117                                                          Posts: n/a

▤ **UNTIL THE FACTS ARE HEARD**

My friends, some of you say wait until the facts are heard before forming an opinion. that would be OK in a normal society. But I will tell you that the Pope could come in and testify, and the Big Guy himself can come in floating over the floor and testify in this case, and it may not make a twit of difference to a brain dead jury.

Folks, I have seen it up close and personal.

Many of those in the DA office that call themselves investigators have been drawn from the ranks of Spota's legions of his campaign army.

Something like that HBO comedy ENTOURAGE. They hangers on are like those little fish that attach themselves to whales and sharks and get a scrap of food from time to time.

Just don't count on justice in Suffolk County.

[Quote]

04-20-2007, 10:03 AM                                                      #237

theagentmrsmith                                                      Posts: n/a

I think you just ruined your point when you tried to relate real life justice and politics with an HBO tv show !!!

[Quote]

04-21-2007, 08:19 AM                                                      #238

guest1111111117                    **[GEORGE HESSE]**           Posts: n/a

**how so?**

Quote:

> Originally Posted by **theagentmrsmith**
> *I think you just ruined your point when you tried to relate real life justice and politics with an HBO tv show !!!*

how did I ruin my point? I was speaking of people who hang on and then make important decisions. the point is that there are many hangers-on in Spota's office that are now doing his investigations and locking up a lot of people who maybe shouldn't have been arrested in the first place. And I think you know who I am talking about by NOW! And there is more than ONE.

One fellow, in particular, could have walked a half of block to the east and visit his chum the burglar. He could walk one block to the north and visit his other friend the burglar, and fellow snitch in that BIG case 28 years ago.

That fellow always seems to be an 'on the spot(a)' character for the DA to use when he needs him.

Don't be surprised if Spota is or wasn't trying to position this fellow to be the next police commissioner. I hope he tries it because that will make the poop fly. If you know how the police department works, then you will know the stories will be leaked like the water over Niagra Falls.

[Quote]

04-24-2007, 08:12 PM                                                    #**239**

Posts: n/a

### test

t!

Quote

04-25-2007, 09:12 AM                                                    #**240**

Posts: n/a

### Re: Mr Spota take notice of North Carolina

Quote:

> Originally Posted by **DUKE DUKE DUKE**
> Quote:
>> Originally Posted by **Love the OBPD**
>> Quote:
>>> Originally Posted by **Free the Four**
>>> *Perhaps Mr. Spota should take notice as to what is happening in North Carolina. Mr Nyfong is not only going to be disbarred and certainly sued. Perhaps even charged criminally for prosicutorial misconduct on the Duke Lacross case.*
>>>
>>> *Lets sit back and watch what happens here with the Ocean Beach case and all the facts are heard!*
>>>
>>> *Oh thats right there is no abuse here, and this isnt a witch hunt either? LOL*
>>
>> *DUKE! DUKE! DUKE! DUKE! DUKE! DUKE!*
>
> *This sounds like the same type of polictical abuse. Lets not interview anyone and speculate everything. All I want are HEADLINES. Lets try and ruin this department. What do we care. They are nobody and know no one. They don't have the money to fight these charges. Lets get the department abolished and suck the town dry of all its tax money so they can pay me and my men for these bullsh--t investigations. I want to be more popular :evil:*
>
> *Hey Mr. Spota. You're liable for your statements too. Don't think you can hide behind your detectives piss poor investigation and try and blame them. You are responsisble for their actions. This sounds like a vandeta to me. You are going to loooooooose.*

Indictment of officers page 1, big photo, 3 pages of allegations


2 years later aquittal of officers, small paragraph pge 23

Quote

Post Reply

CONFIDENTIAL                                      P 01074

« Previous Thread | Next Thread »



Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



Police Issues (N/S)

All times are GMT -5. The time now is 11:09 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?

Password [          ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 25 of 59  « First < 15 23 24 **25** 26 27 35 > Last »

Thread Tools ▿ Display Modes ▿

---

04-26-2007, 02:08 AM                                                    #**241**

speedy trial                                                        Posts: n/a

**Re: Mr Spota take notice of North Carolina**

Quote:

> Originally Posted by **Anonymous**
> *Indictment of officers page 1, big photo, 3 pages of allegations*
>
> *2 years later aquittal of officers, small paragraph pge 23*

If you were innocent man charged with committing a criminal act, would you wait 2 years (or even 2 minutes) to go to trial?

[Quote]

---

04-26-2007, 07:14 AM                                                    #**242**

                                                                   Posts: n/a

**Re: Mr Spota take notice of North Carolina**

Quote:

> Originally Posted by **speedy trial**
> Quote:
>> Originally Posted by **Anonymous**
>> *Indictment of officers page 1, big photo, 3 pages of allegations*
>>
>> *2 years later aquittal of officers, small paragraph pge 23*
>
> *If you were innocent man charged with committing a criminal act, would you wait 2 years (or even 2 minutes) to go to trial?*

CONFIDENTIAL

P 01076

You dont have a say, its a matter of going to grand jury, any and all hearings involving the case, selecting the jurors, and awaiting your court date. I've never gone to a hearing or testified in trial the same year as the arrest I made took place in.

□ 04-26-2007, 07:21 AM                                                          #**243**

PETERF                                                                      Posts: n/a

📄 **WHAT DOES YOUR QUESTION MEAN?**

I fail to understand the meaning of the question of the above post? In Suffolk County I would wait 200years to go to trial if I was innocent. On the other hand I would want it to be over in 2 minutes.

Two hundred years is just about right to get from the DA what they have, or supposed to have on you.

They will and have hid everything they possibly could so you can't get a fair trial. They hid it because the DA, his detectives, and their witnesses were lying.

□ 04-26-2007, 08:29 AM                                                          #**244**

PETERF                                                                      Posts: n/a

📄 **THE DA LIES ALL THE TIME**

Here are some words of advice:

If you have ANY potential witnesses in this case that aren't already secured by the defense team, I would strongly suggest you try to put them on one page and interview them as quickly as you can. The minute you ask for a witness list they will shut you down. They will send their goons out to intimidate witnesses not to speak to you. If it isn't too late already.

Ask for everything you can think of. Nothing is too small. Document your asking for it as it may come in handy some day if you should need an appeal.

In all candor, I have to say I have no very strong opinions as to the guilt or innocence of the OBPD cops. I do have strong opinions about the DA that if he has his way you will NOT get a fair trial.

These first class humps will bend and twist the law to keep exculpatory evidence away from you. If you get too close they will try to figure out a way to stop you from doing so.

I can give you a list of what they have done in the case I have been posting about and how they hid evidence under the color of law. It will take up some of your time just to read it.

At least know this: If the OBPD cops are guilty – take some comfort in the fact that your accusers are worse than you are.

We had to fight for everything we got, and we still didn't get it in time to properly defend the case. In fact one lying critical witness I called early on resulted in a phone call from a Detective Lewis of Spota's DA squad telling me I intimidated his witness and not to speak to him again without a letterhead from an attorney, or a subpoena. The guy lied and the lies were kept from us until it was too late to gather up the witness who would 100% confirm that. He fled the very next day I went for a person to person visit after speaking to him on the phone the previous night.

There more, much more like that of willfully hiding evidence for no other reason than not to give you a fair trial.

Quote

04-26-2007, 09:17 AM                                                                    #245

PETERF                                                                          Posts: n/a

**READ THE 1989 SIC REPORT**

If you really want to know what you are up against. The SIC brought in a drug informant under a grant of immunity and he testified as to how he lied at the encouragement of the DA and detectives. His name is Kevin Eason. His testimony only supported what some decent and not so decent cops testified to about the wrongdoing of the DA office.

The DA recaptures Mr. Eason, gives him immunity and puts him before their own grand jury and Eason testifies that he LIED before the SIC.

Naturally, the SIC wants to speak to this fellow again to find out just what is going on. It is obvious, of course. When the go to look for him they find Eason has been moved out of NYS at the expense of the DA office, or more directly, the taxpayer. He went MIA.

There may be some to jump up and say that is ancient history. Well, my friends, history usually gives valuable lessons. The lesson it has given the DA and SCPD is that you can do most anything and get away with it. When the dust settles it will only make the criminals hiding behind the law more bolder and outrageous than they already were. And they have now had 18 years to 'improve' on it.

Quote

04-26-2007, 11:34 AM                                                                    #246

PETERF                                                                          Posts: n/a

**YOU HAVE MET SATAN**

Beware latest victims of DA Spota- you will soon enter into the middle of hell without a asbestos suit.

They will do everything legal and illegal to keep evidence away from you so you cannot properly defend yourselves.

In the case I refer to they did the following:

Although the DA would allege the crime kicked off at 12:10AM, they only supplied us

CONFIDENTIAL

with the police radio transmissions beginning at 1:11AM.

They only gave us the 3rd Pct radio band and fought as long as they could NOT to give us the countywide band that would have identified a police witness on the scene that would give favorable evidence for the defense.

When we got the countywide band, they hid the identity of the police officer from us as the defendant could not recognize the voice as it was six or more years earlier.

They refused to give us the police roll call for the night in question so we couldn't identify that cop.

When they were ordered to give us the roll call they did so with ALL the names crossed out, save one, and he wasn't the witness we were looking for.

When we received the radio taped transmissions in the discovery portion of the case we received them WITHOUT the time stamping CAD reports that are always given to the person that issues a subpoena for those records. In this case it was the DA, and he did not give them to us.

When we did receive the CAD reports, and only after the DA was caught lying by our lawyer, the DA requested that the time reports be not entered into evidence for the jury to compare as to the conversations and when they were made.

The DA could only provide the court with a condensed version of the radio transmissions as they are digital and only tape to sound. Critical conversations that would strongly tend to support the defense would be drastically altered to give a jury the appearance that something very wrong was going on. In one particular instance of the DA distorting the evidence is two conversations that were separated by 80 seconds of actual running time. It tended to support to support the DA 's theory, and not even at that as 80 seconds was too long a time. The time span was actually 8 mins and 59 seconds.

The DA held back vital grand jury testimony of a witness who did nothing but lie. The DA and police own radio transmissions supported that beyond ANY Question of ANY doubt. The fact is the witness didn't tell a lie per se, he only told the lie the DA and cops wanted him to tell. The witness would say a critical event actually occurred at 12:15 and NOT at 12 52 which was evidenced by at least three radio transmissions and the police officer who they tried to keep his identity from us. Had they given us this information in a timely manner, and not told me NOT to speak to their witness, I would have had time to secure a witness who would have totally debunked the lies of the lying witness.

This is only a small portion of what they are capable of.

These people you will meet are not only sc******gs, they are reusable ones that are pulled off and handed to the next guy and the next guy to used to have sex with sheep.

Each time you have to go to court the first thing you should do is to take a very hot and very long shower and burn the clothes before bringing them into your homes.

04-30-2007, 08:46 AM                                                      #**247**

OBBeatdowncrew                                                          Posts: n/a

**Re: OBPD**

Quote:

> Originally Posted by **GUEST111117**
> *FREE THE FOUR, My posts were directed to you and I put my contact email on the board and it was changed.*
>
> *I also posted another long message that disappeard after I saw it posted...*

I was just looking at the SCDA press release regarding these 4 crooks. DAMN!!!! What an ugly bunch of people. Hardman looks like a messed up Harvey Keitel and Emburey looks like...well, I don't know what he looks like!! And you George......WOW!! Those OB sluts you were (and probably still are) bangin must have been really, really drunk. You look like some fat, bloated seal. Those pigs must have been really desparate to let them put your grimy, fat little paws on them. Good thing Mitch could hook you up with some coke or maybe even some roofies if the girl had second thoughts.
How's things going with your wife there George? Remember...even if she swears up and down that she believes you that you didn't bang those whores on Adult Friend Finder...shes LYING !!!!!!!!! Deep down she knows what you did, and she will get payback, of you know what I mean.

I must say that I admire the Village for standing by you idiots though...Most politicians would have thrown you to the wolves right away..Then again, maybe it has something to do with the Mayors involvement.......

Oh yeah..One last thing "Chief"...How come you and Arnie and Paul all have your next court appearance on May 10th, but Emburey has his on the 11th..........OH OH Chief, I think someone has been telling the DA what really happened, and might be getting a reduced plea....THINK ABOUT IT
Emburey was working his first shift at OBPD...Why on Earth would he lie for you three perps? He won't......Sleep well Chief...that is, after you kick the skunk out of your bed.

HHHHHHHHHEEEEEEEEEEEEEEEEEEEEEEEEEEEESSSSSSSSSSSSSS SSSSSS!!!!!!!!!

04-30-2007, 10:28 AM                                                      #**248**

                                                                       Posts: n/a

Quote:

> was just looking at the SCDA press release regarding these 4 crooks. DAMN!!!! What an ugly bunch of people. Hardman looks like a messed up Harvey Keitel and Emburey looks like...well, I don't know what he looks like!! And you George......WOW!! Those OB sluts you were (and probably still are) bangin must have been really, really drunk. You look like some fat, bloated seal. Those pigs must have been really desparate to let them put your grimy, fat little paws on them. Good thing Mitch could hook you up with some coke or maybe even some



roofies if the girl had second thoughts

Yeah looks count in a court of law. Thanks for the pertinent info troll

☐ 05-06-2007, 06:42 PM                                              #249

                                                              Posts: n/a

id really like to read some of these posts...but for the love of GOD..can u keep it under 10 million words !!!!

☐ 05-09-2007, 09:52 PM                                             #250

Free the Four                   **[GEORGE HESSE]**

📄 **Frank the fag**                                          Posts: n/a

Frankie, Frankie, Frankie (Frank Fiorello) why are you so angry? Is it that you cant abuse the public anymore? What are you doing with all that pent up rage? are you brutalizing some poor helpless animals in your in your back yard?



Page 25 of 59 « First < 15 23 24 **25** 26 27 35 > Last » ▽

« Previous Thread | Next Thread »

---

**Posting Rules**                                          ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

---

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)        ▲▼  Go

All times are GMT -5. The time now is 11:09 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL                                              P 01081



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?
Password [＿＿＿＿＿] [Log in]

Register    FAQ    Members List    Calendar    Today's Posts    Search

[Post Reply]

Page 26 of 59 « First < 16 24 25 **26** 27 28 36 > Last »

Thread Tools ⌄ Display Modes ⌄

05-11-2007, 06:01 PM                                          #251
Jesus of Islip                                         Posts: n/a

You're kidding?

[Quote]

05-12-2007, 11:26 AM                                          #252
Ocean Bleach                                           Posts: n/a

I wanna be a cop in this shitthole.

[Quote]

05-13-2007, 11:36 PM                                          #253
trolling                                               Posts: n/a

so what are the odds of a plea deal??????

10 to 1... 5 to 1

will it happen soon?

[Quote]

05-14-2007, 08:37 AM                                          #254
OBBeatDownCrew                                          Posts: n/a
**Oh Yes**

Quote:
Originally Posted by **trolling**
*so what are the odds of a plea deal??????*

*10 to 1... 5 to 1*

*will it happen soon?*

CONFIDENTIAL                                              P 01082

Sooner than later boys and girls, the new guy is singing like a bird. George, you should start looking up guys named Bubba in Sing Sing instead of skanks on AdultFriendFinder!! Man are they gonna love you..A convicted felon wanna be real cop. Don't worry though Chief, we will take of things at home, if you know what we mean!!!!!!!

---

05-17-2007, 09:01 PM                                                                    #255

Free the four                                    **[GEORGE HESSE]**                    Posts: n/a

**The liars who used to be cops**

Kevin Lamm and Frank Fiorello,

Just think about it, you have much more at stake here than the accused four. You seey our lies and half truths will come home to roost. While the accused will eventually be free when the truth comes out. You guys will be held accountable for you lies. It is called perjury, it is a crime and punishable by jail time. Not to forget the civil suit that will follow.

Oh and the whistle blower act that you are trying to hide behind. That may work if you came forward with anything of subtsance. But you decieded come forward with allegations that were non existant. This was after you were not invited back for your gross incompitence.

There are plenty credible people who will shoot holes through you nonsensical story of non belief.

---

05-18-2007, 10:33 AM                                                                    #256

spell check pls.                                                                        Posts: n/a

I can not take this post seriously since you type like a five year old without spell check. What is the matter this thread got your fingers and hands shaking??? Could you be next???
IT IS see NOT seey
IT IS substance NOT subtsance
IT IS decided NOT decieded
IT IS existent NOT existant
IT IS incompetence NOT incompitence

Quote:

Originally Posted by **Free the four**
*Kevin Lamm and Frank Fiorello,*

*Just think about it, you have much more at stake here than the accused four. You seey our lies and half truths will come home to roost. While the accused will eventually be free when the truth comes out. You guys will be held accountable for you lies. It is called perjury, it is a crime and punishable by jail time. Not to forget the civil suit that will follow.*

CONFIDENTIAL                                                               P 01083

*Oh and the whistle blower act that you are trying to hide behind. That may work if you came forward with anything of subtsance. But you decieded come forward with allegations that were non existant. This was after you were not invited back for your gross incompitence.*

*There are plenty credible people who will shoot holes through you nonsensical story of non belief.*

Quote

---

□ 05-27-2007, 06:02 AM                                                    **#257**

Five0Felons                                                              Posts: n/a

📄 **Heeeeeessssss**

Heeeeeeeessssssssssss.............what a mess!!!!!!!!

Looks like Fuchs puked!!!!

Oh oh Chief, what are you gonna do now?

Tell us Chief, being so freakin ugly, what photo did you use for your Adultfriendfinder account? Even drunken nasty OB crack skanks would steer clear of that face...Did you put a different photo on there to lure them in, then roofie them up good before you banged them? Or I guess Mitch could have gave you some blow to give to them....

Quote

---

□ 06-07-2007, 07:41 PM                                                    **#258**

o beach                                                                  Posts: n/a
📄

oh!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Quote

---

□ 06-08-2007, 07:50 AM                                                    **#259**

Unregisteredtothemax                                                     Posts: n/a
📄

Quote:

Originally Posted by **spell check pls.** 📄
*I can not take this post seriously since you type like a five year old without spell check.*
*What is the matter this thread got your fingers and hands shaking??? Could you be next???*
*IT IS see NOT seey*
*IT IS substance NOT subtsance*
*IT IS decided NOT decieded*
*IT IS existent NOT existant*
*IT IS incompetence NOT incompitence*

when all one has is critique of spelling, actually simple typos, the argument is done.

06-09-2007, 08:30 PM                                                          #**260**

guest1111111                                                             Posts: n/a

**Impossible To Lie For The Da**

Quote:

> Originally Posted by **Free the four** 
> *Kevin Lamm and Frank Fiorello,*
>
> *Just think about it, you have much more at stake here than the accused four. You seey our lies and half truths will come home to roost. While the accused will eventually be free when the truth comes out. You guys will be held accountable for you lies. It is called perjury, it is a crime and punishable by jail time. Not to forget the civil suit that will follow.*
>
> *Oh and the whistle blower act that you are trying to hide behind. That may work if you came forward with anything of subtsance. But you decieded come forward with allegations that were non existant. This was after you were not invited back for your gross incompetence.*
>
> *There are plenty credible people who will shoot holes through you nonsensical story of non belief.*

THEY CAN ONLY BE PERJURERS IF THEY LIE FOR THE DEFENSE. LYING FOR THE DA IS OK.


WRONG! IF THEY ARE WITNESSES FOR THE DA IT IS IMPOSSIBLE FOR THEM TO BE LIARS. YOU CAN'T BE A LIAR IF YOU ARE TESTIFYING FOR THEM.

The only way they can become liars is if they recant. Forget about it if they don't.



Page 26 of 59   « First < 16 24 25 **26** 27 28 36 > Last » ▾

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)

All times are GMT -5. The time now is 11:10 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name  [User Name]  ☐ Remember Me?
Password  [          ]  [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 27 of 59  « First < 17 25 26 **27** 28 29 37 > Last »

Thread Tools ⌄ Display Modes ⌄

---

06-10-2007, 08:22 AM                                                    #261

Unregisteredbecauseican                                          Posts: n/a
🙂

when all one has is critique of spelling, actually simple typos, the argument is done.

remember this stupid statement when they are given real jail time because i will.

[Quote]

---

06-10-2007, 10:10 AM                                                    #262

Unregisteredtothemax                                            Posts: n/a

Quote:
> Originally Posted by **Unregisteredbecauseican**
> *when all one has is critique of spelling, actually simple typos, the argument is done.*
>
> *remember this stupid statement when they are given real jail time because i will.*

What does jail time have to do with anything? I'm not going to jail....I'm not even employed by ocean beach..... could care less.....you are critiquing spelling during a argument which means you are no longer capable of debating the issues at hand. You certainly do not have any role in the criminal case, so it is not like whether there is a conviction or not what you state here matters.
P.S. Try capitalizing the "r" in remember, as that is the 1st word in a sentence, and "i" as you are using that in place of your own proper name, K Spelling bee champ????

[Quote]

---

06-12-2007, 12:04 PM                                                    #263

spell this                                                      Posts: n/a

Ocean Beach
The Land Of No.

Unless Your The Police,

CONFIDENTIAL                                                     P 01087

Then Its Beat You Down Before You Go.

I Can Not Wait To See
The Chief Take A Plea

Then The Beach Will Return To
The Place To Be.

| Quote |

---

☐ 06-13-2007, 02:39 AM                                    #264

obviously you cant                                    Posts: n/a

> Quote:

> > Originally Posted by **spell this** ▫
> > *Ocean Beach*
> > *The Land Of No.*
> >
> > *Unless Your The Police,*
> > *Then Its Beat You Down Before You Go.*
> >
> > *I Can Not Wait To See*
> > *The Chief Take A Plea*
> >
> > *Then The Beach Will Return To*
> > *The Place To Be.*

your is incorrect, it should be you're as in you are

| Quote |

---

☐ 06-20-2007, 10:17 PM                                    #265

[PETEDACOP](#) ▫                         Join Date: Jun 2007
Member                                   Posts: 48
**Site Admin**

☐ **What About Scpd Complaints?**

THERE HAVE BEEN TWO RECENT SERIOUS COMPLAINTS MADE AGAINST SCPD. ONE WAS A 59 YR OLD HAIRDRESSER BEATEN SEVERLY IN CORAM WHILE ALLEGEDLY PROS CRUISING? I MEAN THE GUY WAS A JEWISH GUY WITH THE FIRST NAME OF RAFAEL, AND HE WAS A HAIRDRESSER?

Now what do you think are the chances are that he was not interested in girls. Straight hairdressers can get all the booty they want, and for free. This guy gets picked up at 5 30PM for cruising?

Spota has his boys out there right now - if he isn't tied up on Fire Island, and they are ready to go. First they have to check in with the PBA before doing their job.

| Quote |

---

☐ 06-21-2007, 10:45 AM                                    #266

Unregistered1                                                                 Posts: n/a

**Great**

Quote:

> Originally Posted by **PETEDACOP**
> *THERE HAVE BEEN TWO RECENT SERIOUS COMPLAINTS MADE AGAINST SCPD.*
> *ONE WAS A 59 YR OLD HAIRDRESSER BEATEN SEVERLY IN CORAM WHILE*
> *ALLEGEDLY PROS CRUISING? I MEAN THE GUY WAS A JEWISH GUY WITH THE*
> *FIRST NAME OF RAFAEL, AND HE WAS A HAIRDRESSER?*
>
> *Now what do you think are the chances are that he was not interested in girls.*
> *Straight hairdressers can get all the booty they want, and for free. This guy gets*
> *picked up at 5 30PM for cruising?*
>
> *Spota has his boys out there right now - if he isn't tied up on Fire Island, and they*
> *are ready to go. First they have to check in with the PBA before doing their job.*

LETS SEE IS THE UNTOUCHABLE SCPD GETS INDICTED

---

◻ 06-21-2007, 09:56 PM                                                              #**267**

Unregist                                                                       Posts: n/a

Quote:

> Originally Posted by **Unregistered1**
> *LETS SEE IS THE UNTOUCHABLE SCPD GETS INDICTED*

doesnt make sense want to rephrase??

---

◻ 06-26-2007, 01:08 PM                                                              #**268**

5432123454321                                                                  Posts: n/a

enjoy the summer.

---

◻ 07-15-2007, 01:58 AM                                                              #**269**

Ididntdoit                                                                     Posts: n/a

[quote= Why don't you tell everyone about how you took an officer to NYC for his
bachelor party and went to the Hollywood Hotel and got an escort service (hookers) to
entertain everyone and used the Ocean Beach PD PBA fund to pay for it all
!!!!!.[/QUOTE]

Are you referring to the Hollywood Hotel...the one known as the "No Tell Motel" here on
Long Island in Farmingdale...The one that was seized by the Feds because the owner
pleaded guilty to selling drugs.



☐ 07-22-2007, 06:14 AM                    #**270**

**[GEORGE HESSE]**      Posts: n/a

kevin the cunt

Quote:

Originally Posted by **Ididntdoit**
*Are you referring to the Hollywood Hotel...the one known as the "No Tell Motel" here on Long Island in Farmingdale...The one that was seized by the Feds because the owner pleaded guilty to selling drugs.*

Go suck a dick kevin

Page 27 of 59 « First < 17 25 26 **27** 28 29 37 > Last » ⬝

« **Previous Thread** | **Next Thread** »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:10 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



**Ocean Beach Police Corruption**

| | |
|---|---|
| User Name | User Name ☐ Remember Me? |
| Password | [Log in] |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|

[Post Reply]

Thread Tools ▾  Display Modes ▾

---

08-14-2007, 08:33 AM      #271

Unregisteredd      Posts: n/a

> Quote:
>
> Originally Posted by **5432123454321** ▸
> *enjoy the summer.*

tnx

[Quote]

---

08-20-2007, 07:48 AM      #272

Ocean Funny      Posts: n/a

Nothing new here?

[Quote]

---

08-23-2007, 04:39 PM      **[GEORGE HESSE]**      #273

PETEDACOP ▸      Join Date: Jun 2007
Member      Posts: 48
**Site Admin**

**One Down Three To Go**

Newsday reported earlier today that Judge Kahn threw out the charges against PO Embry, one of the OPD 4. There is NO evidence that tended to connect him with the crime. So for all you wishful thinkers who are saying the guy is going to spill his guts - well, it doesn't seem it is going to happen.

[Quote]

---

08-23-2007, 06:50 PM      **[GEORGE HESSE]**      #274

nifong number 2      Posts: n/a

**yeah**

> Quote:

Originally Posted by **PETEDACOP**
*Newsday reported earlier today that Judge Kahn threw out the charges against PO Embry, one of the OPD 4. There is NO evidence that tended to connect him with the crime. So for all you wishful thinkers who are saying the guy is going to spill his guts - well, it doesn't seem it is going to happen.*

Thats because nothing happened. DA made up charges and made up testimony to indict these men thinking someone would roll. doesnt look like thats going to happen. Bye bye tom spota.

tom, kevin, ed, joe and loser frank.. how do you think your case is going? niiiiiiiiiiiccccccce

---

08-23-2007, 07:37 PM                                                                        #275

what the f@&k?                                                                      Posts: n/a

**losers**

Information is 6.5 hours old, and no response from the security guards? Nothing about alleged drug dealers, nothing about how they were wrongfully terminated, and nothing about how nobody wanted to work with them. I am curious about one thing; The spokesman for the DA's office stated that 'The decision (Judge Kahn) is under review'. Do they mean that the DA's office is reviewing the Courts decision for possible investigation. Or are they reviewing their major f*#k up in the investigation and prosecution of this case? Any feedback?

---

08-23-2007, 09:34 PM                                                                        #276

                                   **[GEORGE HESSE]**

**PETEDACOP**                                                    Join Date: Jun 2007
Member                                                                 Posts: 48
**Site Admin**

**Not Fair To Nifong**

Shame on the poster for calling Spota Nifong 2. Nifong doesn't deserve to be in that company. It is like saying Mother Teresa is Hitler II.

The case is under 'review'. I think Judge Kahn has finally realized that she is really a judge and judge's don't have to take their orders and make their rulings before consulting with the DA. I am sure Tom is furious and is already making plans to have the judge transferred to a civil term.

I am really shocked she had the onions to make this ruling. Not only do the people have to place a defendant at a scene of the crime, they must show independant evidence that the person was there and committed a crime. It would have been far easier for her to strictly interpret the law as she saw it and deny the motion. A tip of the hat to the judge who followed her oath of office and did what she thought was right.

This will be a major blow to the district attorney's prestige, if you can believe he has any beyond Rte 110. Why do you think 31 former prosecutor's signed the Amicus Brief

for Marty Tankleff, and many other respected members of the legal community lent their names to the defense of Tankleff. Because they know Spota is a BUM!



---

🔲 08-24-2007, 07:51 AM                 **[PATRICK CHERRY]**                          #277

**PETEDACOP** ◉                                                    Join Date: Jun 2007
Member                                                             Posts: 48
**Site Admin**

📄 **Fantasy Island-the Plane, The Plane**

---

Quote:

> Originally Posted by **nifong number 2** 🔳
> *Thats because nothing happened. DA made up charges and made up testimony to indict these men thinking someone would roll. doesnt look like thats going to happen. Bye bye tom spota.*
>
> *tom, kevin, ed, joe and loser frank.. how do you think your case is going? niiiiiiiiiiiiccccccce*

In the updated version of the TV series Fantasy Island we have Tom and Jim in the role of Ricardo Montenbalm and Herve Vilicheze(sic). Tom is Tatu who is in the form of a Troll, and Jim is like the Devil in the movie "The Passion of The Christ". Always lurking around in the background, hiding behind Olive Trees. Letting it all play out. Something like the guy who sets up the jobs for others to do with little risk to himself, and then shares in the profits.

So when anytime the DA needs a Fantasy Island scenario we have Tommy Tatu yelling out to Jimmy the Devil - The plane, the plane, the plane, boss, the plane. And they both swing into action writing their next fiction screenplay.

---

🔲 08-24-2007, 08:43 AM                 **[PATRICK CHERRY]**                          #278

**PETEDACOP** ◉                                                    Join Date: Jun 2007
Member                                                             Posts: 48
**Site Admin**

📄 **Tom Is Great Story Teller.**

---

Tommy Boy has a lot of experience in making things up as he goes along. He can reach back to the days where he was in charge of the MOUSEKETEERS, and bring some of his people back for an encore.

They could call the show: Have Lie, Will Tell It.

---

🔲 08-24-2007, 06:10 PM                 **[PATRICK CHERRY]**                          #279

**PETEDACOP** ◉                                                    Join Date: Jun 2007
Member                                                             Posts: 48
**Site Admin**

📄 **The State Of Affairs In Suffolk County**

---

Quote:

Originally Posted by **nifong number 2** »
*Thats because nothing happened. DA made up charges and made up testimony to indict these men thinking someone would roll. doesnt look like thats going to happen. Bye bye tom spota.*

*tom, kevin, ed, joe and loser frank.. how do you think your case is going? niiiiiiiiiiiccccccce*

IMHO, the decision where the appellate court reversed the murder conviction of the person convicted of stabbing another person to death was a no-brainer for the court to decide – that is if I interpret the law correctly. It seems very clear to me that the trial judge was obligated to inform the jury that intoxication is an affirmative defense for a person accused of a murder. It all has to do with intent. And it was the intent that was the basis for the conviction. The sad thing is that had the judge charged the jury properly I believe the defendant would have been convicted anyway.

In the Ocean Beach PD case of brutality, I believe the judge ruled properly on that case as well. It isn't often a judge would dismiss an indictment, especially in Suffolk County, and it such a high profile case. Judges don't do such things in any court, much less Suffolk.

Many, many confessions have been allowed into evidence even though judges have to believe the testimony they are hearing is not believable. As long as the police officer doesn't make it impossible for the judge to rule the confession inadmissible, it isn't going to happen.

In this particular case I believe the judge had more than sufficient excuse to let the indictment stand without too much criticism. Judges don't usually like to be reversed. In Suffolk County it doesn't appear to this observer that they could care less as long as they stay in favor with the district attorney and the public. In this case it seems as though the judge followed the law and properly dismissed the indictment.

In the case I was involved in there were two judges who handled the case. It was Judge Kahn who handled most of the pre-trial motions –not well, I might add. It was Judge Hudson who handled the pre trial motions, including the sweetheart deal with the informant, and then at the trial.

In this case the prosecution put in at least 6 requests for Molineux material to be introduced for trial. They call this tactic as offering the judge to pick a menu from. The judge is made to look like not such a bad guy as he will deny most of the motions and allow only the best in for evidence. In doesn't matter a bit if ALL of them are crap, but he looks like a reasonable person, and who can argue with a reasonable person.

The judge would give the prosecution two pieces of garbage to improperly influence the jury by piling on accusations of criminal activity with no proof. It would be the basis for the appeal that is still pending in the appellate court.

The judge would allow in a burglary of a Bay Shore company on 10/8/99, and no proof would be offered into evidence other than the fact the already perjured informant would

say the defendant was there. No proof, no corroboration, nothing, other than the fact the defendant was working that evening. They can't determine what time it happened because there was no alarm. They would have to carefully fit it in just right, or the only time the defendant had, or possibly had to be a lookout for them as he was engaged with others the entire evening. But, the judge would put this crap in because he is told to put it in by the DA – or else.

He would go a step further when the DA will start poking into one of those items he gave on the menu to the judge to digest and the judge would tell him, on the record, and very clearly, " I know where you are going with this and if you do I am going to call a mistrial." The DA would respond, "I understand your instructions judge, but I am going to do it anyway." And, of course he did and the judge didn't call a mistrial. Oh, sure, the next day he 'scolded' the DA. Not in front of the jury, of course, but he went on the record.

The judge would hear the witness lie and lie, and learn he lied to him when he allowed the witness to go free. He would hear it in the courtroom in the testimony. He would tell the defense attorney, "This isn't the first time the DA sold me a false bill of goods." And he would do nothing. He would not consider dismissing the case when the prosecution rested, he would not dismiss the case after the defense rested.

He would hear the lies. He must have heard more lies by the DA when they were negotiating for the release of their star witness, lies we would never know of or hear of.

So if anyone doesn't believe what Judge Kahn did with her decision wasn't something monumental in Suffolk County history, think again – it was huge.

08-25-2007, 05:15 PM                                                    #280

**Straightup Cop**                                     Join Date: Jan 2005
Junior Member                                          Posts: 3
**Site Admin**

---

This is unbelievable.

John Menso finally admits his holy war against Sgt. Robert Piampiano and the Old Brookville Police Department was a HOAX.

http://tinyurl.com/2p7pay - OBPD



« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies

CONFIDENTIAL                                    P 01095

You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)

All times are GMT -5. The time now is 11:10 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



User Name [User Name] ☐ Remember Me?

Password [ ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Post Reply**

Page 29 of 59 « First < 19 27 28 **29** 30 31 39 > Last »

Thread Tools ⌄ Display Modes ⌄

---

☐ 08-27-2007, 10:15 PM                                                     #**281**

**[GEORGE HESSE]**

Free the four                                                              Posts: n/a

☐ **one free, three to go!!!**

---

Oh well,

Kevin the fag, Ed the fat basterd, Tom the angry man, Joe the moron and Frank the abuser. I bet you are all upset to see that justice is finally being served. I know it is going to break your little blood thirsty, cock sucking hearts when George is finally cleared. It is just a matter of time. And lets see if you lying pricks will just have to sit back and watch the money roll in. What are you going to do when you finally have your day in court. You know you wont be able to keep lying under oath. That is called perjury. And yes it is a crime. I cant wait for you all to face everyone who will come in as witnesses to all of your nonsense. Trust me there is a line a mile long.

I cant wait to see you all named in counter suits!!! LOL

**Quote**

---

☐ 08-27-2007, 10:18 PM                                                     #**282**

**[GEORGE HESSE]**

Free the four                                                              Posts: n/a

☐ **The truth**

---

Just remember, the truth is the truth. No matter how you try to pervert it. F**k you 5 losers. Lets see what Dave the deaf guy with the wire has to say now??? Oh thats right he will flip flop again I am sure!!!

**Quote**

---

☐ 08-28-2007, 01:22 PM                                                     #**283**

stop taking my O/T                                                         Posts: n/a

☐ **seasonal skells...**

---

Quote:

Originally Posted by **Free the four** ☐
*Oh well,*

*Kevin the fag, Ed the fat basterd, Tom the angry man, Joe the moron and Frank the abuser. I bet you are all upset to see that justice is finally being served. I know it is going to break your little blood thirsty, cock sucking hearts when George is finally cleared. It is just a matter of time. And lets see if you lying pricks will just have to sit back and watch the money roll in. What are you going to do when you finally have your day in court. You know you wont be able to keep lying under oath. That is called perjury. And yes it is a crime. I cant wait for you all to face everyone who will come in as witnesses to all of your nonsense. Trust me there is a line a mile long.*

*I cant wait to see you all named in counter suits!!! LOL*

thats ok. Im sure they will get off. Lets not forget though that their career in law enforcement in this state and probably everywhere else is over. No investigator is going to clear some seasonal skell who got involved in a stink up of this magnitude. So good, let the seasonals stay right where they are..not knowing a thing about being a cop. That protects our reputation as full time career cops..ill take that everytime!!

---

🔲 08-28-2007, 05:54 PM                                                    #284

## [PATRICK CHERRY]

Unregistered3456789                                                Posts: n/a

📄 **Maybe Spota Will Hire Them?**

He has plenty of compromised people doing his investigations. He has one who was involved in a stock scheme that took the SCPD suckers, and others for about 1 1/4 million dollars. Another one was his informant in a murder case. Throw in a couple of guys he represented while he was a private attorney. I am sure Tom can find a place for them in his crew.

The Job pays well. Make a $100K a year, a car, free gas, and all the privileges at the local bars. And you can even run a private investigation business if you aren't too tied up with corruption investigations.

These OPD cops sound like perfect candidates for his office.



---

🔲 09-03-2007, 10:41 PM                                                    #285

holy crap 214                    ## [GEORGE HESSE]                    Posts: n/a

📄 **who is this?**

Quote:

Originally Posted by **Guest P.O.** 🔳

*Frank Fiorello, Kevin Lamm and Joe Noffi... The 3 of you were fired because of your blatent abuse of authority and your consitant abuse of the public. 150 summons's is not how you get compliance from the public. Nor is beating them and humiliating them by throwing cuffs on every person you come in contact with and drag them down to the station. Courtesy, and discretion is how you get the job done. You 3 rats went crying to civil service about your termination. You tried to tell them that most of the department was not civil service qualified. That may have been true a few years ago. But the Deputy chief had worked hard to correct shortcommings of*

*the previous administration. How dare you throw stones from your glass house. By you guys being terminated, you just made this job safer for the rest of the department. Good luck trying to find another law enforcement job in this country*

Lets see how many people recognize me?
http://www.flickr.com/photos/pollyt/130852118/

---

09-04-2007, 12:02 AM                         **[GEORGE HESSE]**                    #286

go figure lol                                                                    Posts: n/a

**what comes around goes around**

Quote:

Originally Posted by **holy crap 214**
*Lets see how many people recognize me?*
*http://www.flickr.com/photos/pollyt/130852118/*

Talk about lying hypocrites. perfection. Wait till that gets to the attorney. Who ever posted that is F>>CKING AWESOME..

---

09-04-2007, 03:21 AM                                                             #287

scuttlebutt                                                                      Posts: n/a

Who are the guys in blue...and what are their wives names?



| 09-04-2007, 07:26 AM | **[GEORGE HESSE]** | #**288** |
|---|---|---|
| Unregistered8888888 | | Posts: n/a |

**Sounds Like The Da Case Is In The Crapper**

THE RULES OF POLICE ARE SIMPLE: You don't give up another cop by exposing them for personal reasons involving their wives. Not even the worst of the worst. NEVER BRING FAMILY INTO IT.

You will all have a cozy and warm place in Hell when you cross over to the other side.

| 09-04-2007, 09:54 AM | **[GEORGE HESSE]** | #**289** |
|---|---|---|
| Unregistered235698 | | Posts: n/a |

**wow!!**

Quote:

Originally Posted by **Unregistered8888888**
*THE RULES OF POLICE ARE SIMPLE: You don't give up another cop by exposing them for personal reasons involving their wives. Not even the worst of the worst. NEVER BRING FAMILY INTO IT.*

*You will all have a cozy and warm place in Hell when you cross over to the other side.*

the 2 in the pic are the officers who started the lies about ocean beach police and who are suing for 325mil. looks like they made up the lies off their own indiscretions.

Quote

---

09-04-2007, 10:03 AM                    **[PATRICK CHERRY]**                         #290

Unregistered88                                                                    Posts: n/a

**fine**

Quote:

> Originally Posted by **Unregistered235698**
> *the 2 in the pic are the officers who started the lies about ocean beach police and who are suing for 325mil. looks like they made up the lies off their own indiscretions.*

not sure what u are saying, but the rule is absolute no matter the sc*mbags involved. Unless, of course, these guys aren't married, etc., But it was intended to upset their family life.

BTW, I have, nor ever had ANY romance skeletons in my closet. My enemies have, and I have never considered using it to get back at them. NEVER.

Quote

---

Post Reply        Page 29 of 59  « First < 19 27 28 **29** 30 31 39 > Last » ⌄

---

« **Previous Thread** | **Next Thread** »

---

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)   Go

---

All times are GMT -5. The time now is 11:10 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL                                                                          P 01101



Long Island Nassau Suffolk County New York Political Forum

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [          ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 30 of 59 « First < 20 28 29 **30** 31 32 40 > Last »

Thread Tools ▽ Display Modes ▽

---

▫ 09-04-2007, 02:29 PM                                    #291

Free the Four                    **[GEORGE HESSE]**            Posts: n/a

▫ **Hey A**holes**

Your F***ing retard Joe nofi, werent you the one who was quoted as saying the the Chief and is boys act like its Marti Gras??? Hmmm Looks like you were the one acting like that. And you F***ing scumbag Frank Fiorello, you were quoted as saying that they placed the public at risk by drinking and carrying guns around children. Well looks like you were the guilty on. Good luck with your civil suite as for being fired with out merrit and for being wistle blowers!

[Quote]

---

▫ 09-04-2007, 03:23 PM                                    #292

Unregistered235698               **[GEORGE HESSE]**            Posts: n/a

▫ **dah...are you kidding**

Quote:
> Originally Posted by **Unregistered88** ▫
> *not sure what u are saying, but the rule is absolute no matter the sc\*mbags involved. Unless, of course, these guys aren't married, etc., But it was intended to upset their family life.*
>
> *BTW, I have, nor ever had ANY romance skeletons in my closet. My enemies have, and I have never considered using it to get back at them. NEVER.*

unregistered88 are you retarded.. the guys in the photo are the ones who attacked wives. no one else. they are the ones that said all the ocean beach cops were involved in many indescretions. they are the ones that said the ocean beach police would get drunk and carry guns. hmmm..looks like a photo is worth a million dollars to me or at tleast a house in vermont. what does everyone else think? boy this is going to be great when that photo hits newsday. niiiiiicccccce

[Quote]

---

▫ 09-04-2007, 11:11 PM                                    #293

Lensman                                                  Posts: n/a

Quote:

Originally Posted by **Unregistered8888888**
*THE RULES OF POLICE ARE SIMPLE: You don't give up another cop by exposing them for personal reasons involving their wives. Not even the worst of the worst. NEVER BRING FAMILY INTO IT.*

You speak like a cop who after being married for 2 weeks was still getting blowjobs from sluts you pick up at your fav club.

When I found out my neighbor the married Suffolk cop was banging a waitress at the restuarant where he gets his free daily meals while in uniform, I parked my boss's van across the street from the restuarant with my Minolta and captured his unfaithfulness on film.

3 days after mailing the pics to his wife I noticed he was packing a rented van with his belongings and I have not seen him since.

If he was not such a rude and arrogant piece of ... I probably would have minded my own business. Isn't there a law that says married guys can't be humping women who they are not married to?

---

◻ 09-04-2007, 11:15 PM                    **[GEORGE HESSE]**                    #**294**

just the facts mamm                                                        Posts: n/a

📄 **dahhh dah dah dah dahhhhhhhhh**

Quote:

Originally Posted by **scuttlebutt**
*Who are the guys in blue...and what are their wives names?*



hiring an attorney (per dium), civil law suit (325mil), having a picture of the men accusing you of what they're doing in the picture for the world to see (PRICELESS)!!!!

my god frank. you must be joking. and poor retarded joe was stupid enough to follow you and have his photo taken. hey joe, how sick are you now? i watched all your press conferences again today on your lawyers web site. you are all pathetic. the lies all the lies. hey ed, you talk about it being a public safety issue. must have been tuff patroling from your bunk. what was going on in the village while joe and frank were with all these women drinking. and you all want to know why you dont have a job. you crack me up.
i love how you all say the chief made you change reports to cover other police officers. whenever you're ready to read all your embarassing original reports let the boss know. oh wait. hes not your boss anymore. well FOIL them when you're ready. see you in hell!!

`[Quote]`

---

□ 09-04-2007, 11:20 PM                                          #**295**

oh my, one more                          **[GEORGE HESSE]**        Posts: n/a

🗎 **we know it was you**

Quote:

Originally Posted by **holy crap 214** 🔗
*Lets see how many people recognize me?*
*http://www.flickr.com/photos/pollyt/130852118/*

CONFIDENTIAL

photo taken by the same woman. i guess it never ends frank
http://www.flickr.com/photos/pollyt/44485973/

---

□ 09-04-2007, 11:52 PM      **[GEORGE HESSE]**      #**296**

and another 414      Posts: n/a

📄 **out of control**

---

Quote:

> Originally Posted by **oh my, one more** 
> *photo taken by the same woman. i guess it never ends frank*
> *http://www.flickr.com/photos/pollyt/44485973/*

http://www.flickr.com/photos/pollyt/44496281/

---

□ 09-05-2007, 09:59 AM      **[PATRICK CHERRY]**      #**297**

Unregistered887      Posts: n/a

📄 **I Don't Know Who Those Guys Are**

---

AND I DON'T CARE IF THEY ARE THE BIGGEST SC*MBAGS ALIVE. You just don't do this. I have a few guys I would like to hang by the feet and cut their throats. But this is VERBOTEN. Family is OUT! When you post a picture like this you hurt the family. Let the guy do it himself, he doesn't need your help.

I hope Mr.Minolta is proud of himself. A job well done. sicko.

Like I said I don't even know who those guys are in the photograph. I might wish them to hell. No, I am not retarded, I made my opinions on what I saw.

I worked with guys I hated. Would run them over if I could. But if I ever met (and I have) a member of their family who asked me do you know so and so, my dad, brother, or whatever, I would say oh, sure, great guy. And walk away mumbling under my breath motherf---r.

---

□ 09-05-2007, 10:21 AM      #**298**

Unregistered      Posts: n/a

📄

---

Quote:

> Originally Posted by **Unregistered887** 📄
> *AND I DON'T CARE IF THEY ARE THE BIGGEST SC*MBAGS ALIVE. You just don't do this. I have a few guys I would like to hang by the feet and cut their throats. But this is VERBOTEN. Family is OUT! When you post a picture like this you hurt the family. Let the guy do it himself, he doesn't need your help.*
>
> *I hope Mr.Minolta is proud of himself. A job well done. sicko.*

---

*Like I said I don't even know who those guys are in the photograph. I might wish them to hell. No, I am not retarded, I made my opinions on what I saw.*

*I worked with guys I hated. Would run them over if I could. But if I ever met (and I have) a member of their family who asked me do you know so and so, my dad, brother, or whatever, I would say oh, sure, great guy. And walk away mumbling under my breath motherf---r.*

I believe these "guys" are fired cops, currently suing the dept, nothing more. They were a disgrace to the dept. Save your breath for cops not perps

---

☐ 09-05-2007, 01:54 PM                                                #**299**
                                                                      Posts: n/a

glass houses...nice

📄 **talk about glass housees**

Tide Is Turning



---

☐ 09-05-2007, 10:38 PM              **[GEORGE HESSE]**              #**300**
                                                                      Posts: n/a

homo

📄 **homo**

> Quote:
>
> Originally Posted by **Unregistered887** ⊠
> *AND I DON'T CARE IF THEY ARE THE BIGGEST SC\*MBAGS ALIVE. You just don't do this. I have a few guys I would like to hang by the feet and cut their throats. But this is VERBOTEN. Family is OUT! When you post a picture like this you hurt the family. Let the guy do it himself, he doesn't need your help.*
>
> *I hope Mr.Minolta is proud of himself. A job well done. sicko.*
>
> *Like I said I don't even know who those guys are in the photograph. I might wish them to hell. No, I am not retarded, I made my opinions on what I saw.*
>
> *I worked with guys I hated. Would run them over if I could. But if I ever met (and I have) a member of their family who asked me do you know so and so, my dad, brother, or whatever, I would say oh, sure, great guy. And walk away mumbling under my breath motherf---r.*

homo



---

🔘 Post Reply        Page 30 of 59 « First < 20 28 29 **30** 31 32 40 > Last » ▽

« **Previous Thread** | **Next Thread** »

---

**Posting Rules**                                    ⊠

You **may** post new threads

CONFIDENTIAL

You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)

All times are GMT -5. The time now is 11:10 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



| | | |
|---|---|---|

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?

Password [          ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
|---|---|---|---|---|---|

[Post Reply]

Page 31 of 59 « First < 21 29 30 **31** 32 33 41 > Last »

Thread Tools ⌄  Display Modes ⌄

---

🔲 09-05-2007, 10:40 PM                                                    #**301**

FREE THE THREE                    **[GEORGE HESSE]**          Posts: n/a

🔲 **ME**

---

Quote:

> Originally Posted by **just the facts mamm** ⇨
> *hiring an attorney (per dium), civil law suit (325mil), having a picture of the men accusing you of what they're doing in the picture for the world to see (PRICELESS)!!!!*
>
> *my god frank. you must be joking. and poor retarded joe was stupid enough to follow you and have his photo taken. hey joe, how sick are you now? i watched all your press conferences again today on your lawyers web site. you are all pathetic. the lies all the lies. hey ed, you talk about it being a public safety issue. must have been tuff patroling from your bunk. what was going on in the village while joe and frank were with all these women drinking. and you all want to know why you dont have a job. you crack me up.*
> *i love how you all say the chief made you change reports to cover other police officers. whenever you're ready to read all your embarassing original reports let the boss know. oh wait. hes not your boss anymore. well FOIL them when you're ready. see you in hell!!*

BOY, FRANK ARE YOU LUCKY YOU'RE NOT MARRIED...BUT STILL, SCREWING AROUND ON DUTY IS FROUND UPON.

[Quote]

---

🔲 09-06-2007, 01:23 PM                                                    #**302**

Unregistered999999                                              Posts: n/a

🔲 **Slappy**

---

What do you expect. These guys were never cops. They went through the SCPD Academy and then got part-time seasonal work in paradise. They have no idea how to deal with people or what loyality means. They tainted all the good and hardworking cops that work there.

CONFIDENTIAL                                                         P 01108

`Quote`

□ 09-06-2007, 05:39 PM                                          #303

Unregistered me            **[GEORGE HESSE]**              Posts: n/a

**so true**

Quote:

> Originally Posted by **Unregistered999999**
> *What do you expect. These guys were never cops. They went through the SCPD Academy and then got part-time seasonal work in paradise. They have no idea how to deal with people or what loyality means. They tainted all the good and hardworking cops that work there.*

So true..Lucky this village has resolve and tons of support for the men who are accused and currently working there

`Quote`

□ 09-06-2007, 09:04 PM                                          #304

Your Turn Boys            **[GEORGE HESSE]**               Posts: n/a

**Ed Carter you fat redheaded clown f**k**

Ed Carter,

You fat readheaded clown f**ck! Your next, what are you going to do when the DA looks into your time sheets from both the Town of Islip and Ocean Beach. Boy I sure hope you signed out and werent double dipping. The same goes for you you lying bald headed prick Tom Snyder. Lets see what happens when the DA squad crawls up your ass with a microscope.

Burn in hell you lying scumbags!!!

Cant wait to see what other photos show up. After all it is a public safety issue right???

`Quote`

□ 09-07-2007, 08:04 AM                                          #305

next step                                                 Posts: n/a

Quote:

> Originally Posted by **Your Turn Boys**
> *Ed Carter,*
>
> *You fat readheaded clown f**ck! Your next, what are you going to do when the DA looks into your time sheets from both the Town of Islip and Ocean Beach. Boy I sure hope you signed out and werent double dipping. The same goes for you you lying bald headed prick Tom Snyder. Lets see what happens when the DA squad crawls up your ass with a microscope.*
>
> *Burn in hell you lying scumbags!!!*

*Cant wait to see what other photos show up. After all it is a public safety issue right???*

i think there should be charges against those 2 women for using the police scooter...uumv, and..... well the putz who allowed it was canned already. After they are charged we can give them a sweetheart deal to roll all the dirt they got. No doubt plenty.
Also we should find these other women and inquire as to what day and time those cops were hanging out in a private home and how much booze was consumed.

`Quote`

---

□ 09-07-2007, 09:00 AM                                                          **#306**

da's notified                                                                   Posts: n/a

Quote:

> Originally Posted by **next step**
> *i think there should be charges against those 2 women for using the police scooter...uumv, and..... well the putz who allowed it was canned already. After they are charged we can give them a sweetheart deal to roll all the dirt they got. No doubt plenty.*
> *Also we should find these other women and inquire as to what day and time those cops were hanging out in a private home and how much booze was consumed.*

Good idea!!!!!!!!!! Never thought of that.
Just emailed a couple people this forum's web address.
Who'd have thunk it? This thread could seal their fate

`Quote`

---

□ 09-07-2007, 06:58 PM               **[PATRICK CHERRY]**                       **#307**

F**k em all                                                                     Posts: n/a

□ **I hope they hang themselves**

The best thing these 5 losers could do is kill themselves. They are useless scumbags. I cant wait till you have your day before your maker!

`Quote`

---

□ 09-08-2007, 12:54 AM                                                          **#308**

Unregistered234565432                                                           Posts: n/a

□ **what happened?**

Why haven't the five former officers made any comment regarding the dismissal of Bill's case or the discovery of the photograph depicting Frank (I'll never be a cop again) Fiorello and Joe (I'm a retard, who can't spell my own name) Nofi attending a party while on duty?

When Frank is doing mall security somewhere, real cops will take bets on whether he was; A) PD Reject, or; B) Former Prisoner. The d*@kbag never did one minute of real police work. He is a damned disgrace.

And Nofi, well, we all know he is just really, really, dumb.

09-08-2007, 07:36 AM                    **[PATRICK CHERRY]**                                #**309**

Unregistered7475664                                                          Posts: n/a

### How Can So Little Do So Much?

How many OPD cops are there who work In-Season? They seem to have done everything wrong since Pearl Harbor. I think the folks of Suffolk County may ask themselves if so few can do so much wrong - how much is going on with SCPD? It goes on in a lot of places, including SCPD. Boys will be boys.

It shouldn't happen, but it does. All posting pictures does is to give someone an idea - hey, I got a few myself. Digital pictures - boom.

take a look at the idiot cops at the West Indian Day Parade You Tube clips. One is standing there getting the 'grind', and the other cop decides to join in and does his own thing.

You guys are asking for trouble. All it is going to take is ONCE for a wild pic to be posted and you will all be in the soup.

Any old time NYPD cop who did summer duty in the Rockaways knows the cops rented bungalows for the season. It was party time for many of them. On or Off-Duty - it made no difference. You could just as easily been in uniform as not. It was just one long celebration.

Suffolk County policing is like what happened at the end of the War with the Japanese. We were finding Japanese soldiers in caves 20 years after the war was over thinking the war was still on. Some of you folks out there believe you are policing in the 1940's.

STOP THROWING STONES AT EACH OTHER.

---

09-08-2007, 11:48 AM                                                         #**310**

1 step behind                                                                Posts: n/a

Quote:

> Originally Posted by **Unregistered7475664**
> *How . I think the folks of Suffolk County may ask themselves if so few can do so much wrong - how much is going on with SCPD? It goes on in a lot of places, including SCPD. Boys will be boys.*
>
> *It shouldn't happen, but it does. All posting pictures does is to give someone an idea - hey, I got a few myself. Digital pictures - boom.*

Thats why you are a putz my boy. We've dealt with video cams and now cell phone cams for years. You think you just struck gold????? There is a entire block of training in the scpd academy on dealing with the public. A good % of one day is how the public can use these devices against you. Scpd always assume they are on tape, thats why the incidence are few and far between out here. Oh they've happened and will happen,

there have been "wild pics" its nothing new, maybe to you but after all you are just a web board groupie. But its rare and will remain rare.....Notice you mention west indy, and rockaways.
As far as comparing opd to scpd....opd has parttimers...scpd doesnt. opd serve a tiny high end area,roughly the size of a small village that doesnt welcome outsiders and is notoriously tough on them, scpd is a 5 town dept.
Stupid comparison .
I do have to say I'm impressed with how every post, whether debating town or sheriff or whatever, there is always at least one poster who comes back to SCPD.
Infatuation

Post Reply

Page 31 of 59  « First < 21 29 30 **31** 32 33 41 > Last » ▽

« Previous Thread | Next Thread »

**Posting Rules** ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) ▲▼  Go

All times are GMT -5. The time now is 11:10 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [                ] [Log in]

Register      FAQ      Members List      Calendar      Today's Posts      Search

[Post Reply]

Page 32 of 59  « First < 22 30 31 **32** 33 34 42 > Last »

Thread Tools  Display Modes

09-08-2007, 01:03 PM                                          #311

stop taking my O/T                                        Posts: n/a

Quote:

Originally Posted by **Unregistered7475664**
*How many OPD cops are there who work In-Season? They seem to have done everything wrong since Pearl Harbor. I think the folks of Suffolk County may ask themselves if so few can do so much wrong - how much is going on with SCPD? It goes on in a lot of places, including SCPD. Boys will be boys.*

*It shouldn't happen, but it does. All posting pictures does is to give someone an idea - hey, I got a few myself. Digital pictures - boom.*

*take a look at the idiot cops at the West Indian Day Parade You Tube clips. One is standing there getting the 'grind', and the other cop decides to join in and does his own thing.*

*You guys are asking for trouble. All it is going to take is ONCE for a wild pic to be posted and you will all be in the soup.*

*Any old time NYPD cop who did summer duty in the Rockaways knows the cops rented bungalows for the season. It was party time for many of them. On or Off-Duty - it made no difference. You could just as easily been in uniform as not. It was just one long celebration.*

*Suffolk County policing is like what happened at the end of the War with the Japanese. We were finding Japanese soldiers in caves 20 years after the war was over thinking the war was still on. Some of you folks out there believe you are policing in the 1940's.*

*STOP THROWING STONES AT EACH OTHER.*

hello..bing bong..is anyone else shaking there head at this rediculous babble!! We are talking about part time skells who have NO professional conduct because its a summer job looking at tits and ass and playing cop to get as many phone numbers as they can.

CONFIDENTIAL

THEY ARE NOT the representation of full time police officers in Suffolk, Nassau, or New York City. They are a farse and an embarrasment to ALL FULL TIME police officers. So save your ramblings about WW2 and the japs and germans for the history channel!!



---

09-08-2007, 01:59 PM                                            **#312**

morons all                      **[GEORGE HESSE]**          Posts: n/a

**retarded**

Quote:

> Originally Posted by **stop taking my O/T**
> *hello..bing bong..is anyone else shaking there head at this rediculous babble!! We are talking about part time skells who have NO professional conduct because its a summer job looking at tits and ass and playing cop to get as many phone numbers as they can. THEY ARE NOT the representation of full time police officers in Suffolk, Nassau, or New York City. They are a farse and an embarrasment to ALL FULL TIME police officers. So save your ramblings about WW2 and the japs and germans for the history channel!!*

do asses realize that most of the cops are retired nypd, suffolk and nassau cops. you are attacking your own.

---

09-13-2007, 05:51 PM                                            #313

stop taking my O/T                                          Posts: n/a

Quote:

> Originally Posted by **morons all**
> *do asses realize that most of the cops are retired nypd, suffolk and nassau cops. you are attacking your own.*

Im coming against any part time skell thats taking my O/T away from me..and if you are retired and working part time..then you ought to know better and stop being buff. Without any facts as to the history of where all the part timers came from, i wont comment on how many are retired cops, but I seriously DOUBT the number is as high as you think. Besides, the part timers jammed up arent retired cops to my knowledge.

---

09-14-2007, 12:29 AM            **[PATRICK CHERRY]**           #314

Unregistered-OLD TIMER-                                      Posts: n/a

**There are alway a few.....**

Quote:

> Originally Posted by **stop taking my O/T**
> *Im coming against any part time skell thats taking my O/T away from me..and if you are retired and working part time..then you ought to know better and stop being buff. Without any facts as to the history of where all the part timers came from, i wont comment on how many are retired cops, but I seriously DOUBT the number is as high as you think. Besides, the part timers jammed up arent retired*

*cops to my knowledge.*

There are always a few. Every job has them. It doesn't matter if they're on the job for five minutes or twenty years. They think they know everything, about everything and are always bitching about something. Instead of getting the facts they spout off without having a clue of what they're talking about. Two of the four Ocean Beach cops indicted are retired NYC cops. One has had the case against him dismissed. The other cases are pending and motions are being heard at this time. When the case goes to trial, then all the FACTS will be heard and a jury will decide the outcome. Until then, don't judge those indicted. It's a big leap from probable cause to beyond a reasonable doubt. There are only three full time officers in the Ocean Beach P.D. One is the Chief, who has been out on sick leave for two years; one is the Acting Chief, who was indicted and is on modified duty, and one is a police officer. There are about twenty eight or so part time and seasonal officers, all Civil Service qualified, and most with law enforcement experience, who do a great job under difficult circumstances and take overtime away from no one. Right now, five are retired NYC police officers, each with at least twenty years on the job, working to suppliment their retirement. They are not buffing, they're working. There are five civilian dispatchers, three of which are retired Nassau detectives with about ninety odd years combined experience. They take overtime away from no one. There are cops from NYC, Nassau and Suffolk, who stop by the station every day asking what they have to do to get a job on the beach when they retire. Mr. Stop Taking My Overtime, no one from Ocean Beach is taking your overtime. Get back in your P.D., patrol your post, keep your eyes and ears open, stay alert, watch out for your partners, don't get complacent and unless you know what your talking about keep you mouth shut so you don't sound like an ass. And get this straight kid, a cop, is a cop, is a cop. Anything can happen to any cop, on any job, at any time. Show some respect for your fellow officers no matter where they work. In other words, be a professional, do your job, take care of yourself, and mind your own business. If you do find it necessary to comment on something, get the facts first. Isn't that what cops are suppose to do?

> Quote

---

09-16-2007, 07:06 PM                                                                    #315

lalalalal                                                                          Posts: n/a

I thought we just got facts from Newsday... They would never lie or make up a story would they? 🙂

> Quote

---

09-21-2007, 10:12 AM                                                                    #316

Just Another Flatfoot                                                              Posts: n/a

Quote:

> Originally Posted by **Unregistered-OLD TIMER-**
> *There are always a few. Every job has them. It doesn't matter if they're on the job for five minutes or twenty years. They think they know everything, about everything and are always bitching about something. Instead of getting the facts they spout off without having a clue of what they're talking about. Two of the four Ocean Beach cops indicted are retired NYC cops. One has had the case against him*

*dismissed. The other cases are pending and motions are being heard at this time. When the case goes to trial, then all the FACTS will be heard and a jury will decide the outcome. Until then, don't judge those indicted. It's a big leap from probable cause to beyond a reasonable doubt. There are only three full time officers in the Ocean Beach P.D. One is the Chief, who has been out on sick leave for two years; one is the Acting Chief, who was indicted and is on modified duty, and one is a police officer. There are about twenty eight or so part time and seasonal officers, all Civil Service qualified, and most with law enforcement experience, who do a great job under difficult circumstances and take overtime away from no one. Right now, five are retired NYC police officers, each with at least twenty years on the job, working to suppliment their retirement. They are not buffing, they're working. There are five civilian dispatchers, three of which are retired Nassau detectives with about ninety odd years combined experience. They take overtime away from no one. There are cops from NYC, Nassau and Suffolk, who stop by the station every day asking what they have to do to get a job on the beach when they retire. Mr. Stop Taking My Overtime, no one from Ocean Beach is taking your overtime. Get back in your P.D., patrol your post, keep your eyes and ears open, stay alert, watch out for your partners, don't get complacent and unless you know what your talking about keep you mouth shut so you don't sound like an ass. And get this straight kid, a cop, is a cop, is a cop. Anything can happen to any cop, on any job, at any time. Show some respect for your fellow officers no matter where they work. In other words, be a professional, do your job, take care of yourself, and mind your own business. If you do find it necessary to comment on something, get the facts first. Isn't that what cops are suppose to do?*

The guy who posts under the name "Stop Taking My O/T" is a complete waste of the skin suite he resides in. The guy is constantly posting about other agencies. He writes crap that is inconsistent with the truth on almost all occasions. He posts opinions that are so one sided that you almost have to pinch yourself to keep from laughing out loud. I personally do not think he is a cop, I think he reads what we write, he learns a few catch phrases and off he goes on another fantasy adventure with the boys in blue. If he is a cop, he could be that idiot Sgt from either Quogue Village or Southold Town. If you ever meet the guy at a dinner, Claudio's etc. you will never forget him. A big doufie looking, loud mouthed, opinionated moron. Cant understand why they hired him, or better yet why they promoted him? Civil Service at it's best moment? Not sure it is him, but all the stuff he writes lead me in that direction. So him, or TROLL - your guess is as good as mine.

Whichever the case may be, just ignore him. There are plenty of municipalities where they can not afford to hire full time police officers, so they supliment a few full time guys with seasonal help. In the case of Ocean Beach, it doesn't take much to figure out that for five months out of the year the place is hopping, for the other seven it's a freaking ghost town. So they cant hire ALL full time cops. It's like that on the East end Departments as well. They go from 600,000. people in May to over 1.6 million for June, July, August and September. There is no way they could justify hiring enough PO's to Police during the Summer months on a full time basis without going broke. But this idiot will come on here and talk about HIS O/T. I make a good salary on my job, I work incidental OT when it involves staying for an arrest, a no show, a bang in, etc. but if this idiot is relying on O/T to live then shame on him and shame on his union for not getting these guys a decent salary to live on. This is the same moron who took issue with the sheriff's office coming out on holidays for parades and functions to assist them

with the crowds, traffic etc. He b!tched that they were taking his O/T, yet when you talk to other guys in his Department they tell me he's a moron and that whenever these events take place everybody is taking off and calling in so they don't have to work the holiday anyway. So who's O/T are they taking? NOBODY'S ! This guy is always off the mark.

---

02-03-2008, 07:14 PM  **[PATRICK CHERRY]**  #317

Unregistered747578383  Posts: n/a

**Spota Has Some Work To Do.**

He should stop with the OBD nonsense and take on the case where the handcuffed guy took a beating in the police station with at least five witnesses present. I don't think Spota can call the witnesses nefarious scoundrels as they have badges in their pockets.

---

04-07-2008, 10:36 AM  #318

Unregistereddddddddd  Posts: n/a

What is going on in OB, did everything finally get resolved?

---

04-07-2008, 11:24 AM  **[PATRICK CHERRY]**  #319

Unregistered999989  Posts: n/a

**how about that, spota**

Quote:

Originally Posted by **Unregistered747578383** 
*He should stop with the OBD nonsense and take on the case where the handcuffed guy took a beating in the police station with at least five witnesses present. I don't think Spota can call the witnesses nefarious scoundrels as they have badges in their pockets.*

The man is a certifiable dope. Calling a federal agent not worthy of belief with an ax to grind is more Spota horsemanure. The only ax to grind here is that a SCPD detective beat the bejesus out of his witness that he brought to the SCPD for slaughter.

---

04-09-2008, 12:42 PM  **[PATRICK CHERRY]**  #320

Unregistered678910  Posts: n/a

Quote:

Originally Posted by **Unregistereddddddddd**
*What is going on in OB, did everything finally get resolved?*

The case is still being litigated in the court, going into hearings.

---

CONFIDENTIAL



Post Reply

Page 32 of 59  « First < 22 30 31 **32** 33 34 42 > Last »

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



Police Issues (N/S)    Go

All times are GMT -5. The time now is 11:11 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | Log in

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 33 of 59 « First < 23 31 32 **33** 34 35 43 > Last » ▾

Thread Tools ▾ Display Modes ▾

---

05-10-2008, 07:18 PM                                                   #321

CuriousGeorge                                                    Posts: n/a

**Ocean Beach Update**

> Quote:
> Originally Posted by **Unregistered678910** ▫
> *The case is still being litigated in the court, going into hearings.*

So, as we have all heard, Suffolk PD Marine Bureau will not be staffing Fire Island with additional cops this summer...So I guess it will be up to George "The Chief" to assist in patrolling the Island. If SCPD needs an assist, Im sure George and his crew of thugs will respond...unless...

"Headquarters to any Ocean Beach unit to respond to a 10-1 in the Pines..."

"Ocean Beach to Headquarters, sorry, we cant respond to the 10-1, the Chief has Company, and our other officers are tied up at CJ's doing an SLA check!!"

Hey, maybe now that all those Suffolk guys are gone, Mitch can spread out and expand his drug operations, right Chief?? You can turn your head when that goes on, right? Especially when Mitch gives you a little Mexican Jumping Powder, eh??

Chief, how is the AdultFriendFinder going? Any new dates???

Quote

---

05-11-2008, 06:16 AM                                                   #322

Unregisteredd                                                    Posts: n/a

> Quote:
> Originally Posted by **just the facts mamm** ▫
> *hiring an attorney (per dium), civil law suit (325mil), having a picture of the men accusing you of what they're doing in the picture for the world to see (PRICELESS)!!!!*

*my god frank. you must be joking. and poor retarded joe was stupid enough to follow you and have his photo taken. hey joe, how sick are you now? i watched all your press conferences again today on your lawyers web site. you are all pathetic. the lies all the lies. hey ed, you talk about it being a public safety issue. must have been tuff patroling from your bunk. what was going on in the village while joe and frank were with all these women drinking. and you all want to know why you dont have a job. you crack me up.*

*i love how you all say the chief made you change reports to cover other police officers. whenever you're ready to read all your embarassing original reports let the boss know. oh wait. hes not your boss anymore. well FOIL them when you're ready. see you in hell!!*

lol

Quote:

---

□ 05-11-2008, 06:54 AM                                                    #**323**

Unregisteredsmile                                                         Posts: n/a

Quote:

> Originally Posted by **scuttlebutt**
> *Who are the guys in blue...and what are their wives names?*




05-11-2008, 10:30 AM                    **[GEORGE HESSE]**                         #324

Unregistered67890                                                          Posts: n/a

Quote:

> Originally Posted by **CuriousGeorge**
> *So, as we have all heard, Suffolk PD Marine Bureau will not be staffing Fire Island with additional cops this summer...So I guess it will be up to George "The Chief" to assist in patrolling the Island. If SCPD needs an assist, Im sure George and his crew of thugs will respond...unless...*
>
> *"Headquarters to any Ocean Beach unit to respond to a 10-1 in the Pines..."*
>
> *"Ocean Beach to Headquarters, sorry, we cant respond to the 10-1, the Chief has Company, and our other officers are tied up at CJ's doing an SLA check!!"*
>
> *Hey, maybe now that all those Suffolk guys are gone, Mitch can spread out and expand his drug operations, right Chief?? You can turn your head when that goes on, right? Especially when Mitch gives you a little Mexican Jumping Powder, eh??*
>
> *Chief, how is the AdultFriendFinder going? Any new dates???*

Some guys don't no when to keep their mouth shut, do they. Sad.

05-11-2008, 04:05 PM                                                        #325

Unregisteredsdf                                                            Posts: n/a

**Hi Chief**

Quote:

> Originally Posted by **Unregistered67890**
> *Some guys don't no when to keep their mouth shut, do they. Sad.*

Oh Chief, thanks for digging up old memories! Now I remember that after that picture was taken, they took turns on your old lady in the bathroom while you were jerking off to AdultFriendFinder

Say Chief, how many of those date rape lollipops did Mitch give you???

05-11-2008, 04:37 PM                                                        #326

Unregisteredlol..lol                                                       Posts: n/a

Quote:

> Originally Posted by **and another 414**
> *http://www.flickr.com/photos/pollyt/44496281/*

CONFIDENTIAL



lol

Quote

---

□ 05-11-2008, 05:10 PM    **#327**

Unregisteredcsvd    Posts: n/a

**Chief Lollypop**

Quote:

> Originally Posted by **Unregisteredlol..lol**
> *lol*

Was that one of the girls who had her face buried in Shannons clam as the rest of the guys took their turn inside her??

Quote

---

□ 05-11-2008, 05:27 PM    **#328**

cop no more kevvy    Posts: n/a

**real professional**

Quote:

> Originally Posted by **holy crap 214**
> *Lets see how many people recognize me?*
> *http://www.flickr.com/photos/pollyt/130852118/*

more lol....struck a nerve huh?

Quote

---

□ 05-11-2008, 06:59 PM    **#329**

ShannonLicker    Posts: n/a

**she tastes good**

Quote:

> Originally Posted by **cop no more kevvy**
> *more lol....struck a nerve huh?*

Chief, Shannon has such a tight little box, why do you troll the internet looking for nasty dirty whores to slip date rape drugs to??

Quote

---

□ 05-11-2008, 07:12 PM    **#330**

Shannon Go Creative    Posts: n/a

Oh yeah! Oh yeah! I love u so.

Quote

---

Post Reply

Page 33 of 59  « First < 23 31 32 **33** 34 35 43 > Last »

**« Previous Thread | Next Thread »**

CONFIDENTIAL



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



All times are GMT -5. The time now is 11:11 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

**The Schwartz Report**

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | Log in

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 34 of 59 « First < 24 32 33 **34** 35 36 44 > Last » ▾

Thread Tools ▾ Display Modes ▾

05-12-2008, 05:26 AM #331

Unregisteredendofkev                                                   Posts: n/a

Quote:

Originally Posted by **scuttlebutt** ▸
*Who are the guys in blue...and what are their wives names?*



"Yup I'm the man in this neck o the woods"

CONFIDENTIAL

05-12-2008, 09:02 AM                                                            #**332**

Special Agent                                                          Posts: n/a

**Ready to Serve**

Soory to hear of the termination. That said I was looking for a part-time job. I was a painter on ocean beach for years. I could help with buiding the new station. I don't get in anyones business so the chief and my co workers can do their thing without concern (if you know what I mean). I 'll stop by the station to get an application one night this week. How soon can I get a gun and badge? I really need it soon! The job that is!

---

05-12-2008, 10:28 AM                                                            #**333**

Unapplication                                                          Posts: n/a

Quote:

> Originally Posted by **Special Agent**
> *Soory to hear of the termination. That said I was looking for a part-time job. I was a painter on ocean beach for years. I could help with buiding the new station. I don't get in anyones business so the chief and my co workers can do their thing without concern (if you know what I mean). I 'll stop by the station to get an application one night this week. How soon can I get a gun and badge? I really need it soon! The job that is!*

Ask kevin for the specifics, but 1st you need to bring your wife down for us to bang. If no wife your sister or mother might do. We dont care if shes ugly. Kevins sister was so ugly we just bagged her face. His mother wasnt much better.
Of all, kevin sucked the best cock, but we didnt want him, not that being queer is bad or anything. He never understood that.

---

05-12-2008, 08:14 PM                                                            #**334**

Shannonlovesblacks                                                     Posts: n/a

**Bbc**

Quote:

> Originally Posted by **Unapplication**
> *Ask kevin for the specifics, but 1st you need to bring your wife down for us to bang. If no wife your sister or mother might do. We dont care if shes ugly. Kevins sister was so ugly we just bagged her face. His mother wasnt much better.*
> *Of all, kevin sucked the best cock, but we didnt want him, not that being queer is bad or anything. He never understood that.*

So I hear SHannon loves having big black bulls fill her nasty cunt while the Chief is at work. Sweet!!

Chief, how much does Mitch pay you to look the other way? How old are those girls you pick up at the bars? I hear one of them was 15....

CONFIDENTIAL                                                            P 01125

---

05-13-2008, 06:30 AM                                                          #335

Unregisteredlaugh                                                       Posts: n/a

Quote:

> Originally Posted by **Shannonlovesblacks**
> *So I hear SHannon loves having big black bulls fill her nasty cunt while the Chief is at work. Sweet!!*
>
> *Chief, how much does Mitch pay you to look the other way? How old are those girls you pick up at the bars? I hear one of them was 15....*

Who told shannon, your momma???? Cuz your momma told me the same thing.

---

05-14-2008, 10:25 AM                                                          #336

New PO                                                                   Posts: n/a

**Want it All**

Dam that's just like cop land! Where can I apply for your job! The city sucks!

Quote:

> Originally Posted by **Unregisteredendofkev**
> *"Yup I'm the man in this neck o the woods"*

---

05-14-2008, 12:04 PM              **[PATRICK CHERRY]**                         #337

Unregistered777789                                                      Posts: n/a

**You Guys Are Terrible**

how can you bring wives into this and all the other stuff. Stop, already because you guys are showing your dark side. Let it be. Either they get hung for the brutality or they don't.

---

05-14-2008, 07:27 PM                                                          #338

bcv                                                                     Posts: n/a

**shannon**

Quote:

> Originally Posted by **Unregistered777789**
> *how can you bring wives into this and all the other stuff. Stop, already because you guys are showing your dark side. Let it be. Either they get hung for the brutality or they don't.*

shannon knows about hung!! All those big black bulls that come over to daddys house when chief is away brutaly beating innocent people. They open her up good so chiefy comes home to a total mess

---

CONFIDENTIAL



05-15-2008, 07:11 AM                                                    #**339**

bahsaidthelamb                                                    Posts: n/a

Quote:

Originally Posted by **bcv**
*shannon knows about hung!! All those big black bulls that come over to daddys house when chief is away brutaly beating innocent people. They open her up good so chiefy comes home to a total mess*

You seem obsessed with the black schlong...how much time did you spend inthe slammer????

05-15-2008, 10:09 AM                                                    #**340**

shannoneatsloads                                                 Posts: n/a

**not as much**

Quote:

Originally Posted by **bahsaidthelamb**
*You seem obsessed with the black schlong...how much time did you spend inthe slammer????*

not as much as your gonna spend behind bars chief, for beating innocent people and having sex with young girls. Yeah, they know about you, Mitch, and the lollipops chief, your gonna hang for that one too!!!

And Chief, pleeeeeaaasssseee tell Shannon to wash that nasty box every now and then, it really stinks!!

Post Reply

Page 34 of 59 « First < 24 32 33 **34** 35 36 44 > Last » ▽

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump

Police Issues (N/S)    Go

All times are GMT -5. The time now is 11:11 AM.

CONFIDENTIAL

Contact Us – The Schwartz Report Political Forum – Archive – Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

> Forums > Police Issues (N/S)

Ocean Beach Police Corruption

User Name [User Name] ☐ Remember Me?
Password [        ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 35 of 59 « First < 25 33 34 **35** 36 37 45 > Last »

Thread Tools ⌄ Display Modes ⌄

□ 05-15-2008, 11:25 AM                                             #341

kevineatsloads                                              Posts: n/a

Quote:

> Originally Posted by **shannoneatsloads** ⌐
> *not as much as your gonna spend behind bars chief, for beating innocent people and having sex with young girls. Yeah, they know about you, Mitch, and the lollipops chief, your gonna hang for that one too!!!*
>
> *And Chief, pleeeeeaaasssseee tell Shannon to wash that nasty box every now and then, it really stinks!!*

So you do like black schlong???
you queerboy

[Quote]

□ 05-15-2008, 03:00 PM                                             #342

The Zhuzh                                                  Posts: n/a

Quote:

> Originally Posted by **kevineatsloads** ⌐
> *So you do like black schlong???*
> *you queerboy*

Typical maturity of LI cop scum.

[Quote]

□ 05-16-2008, 07:32 AM                                             #343

UnregisDSztered                                            Posts: n/a

Quote:

> Originally Posted by **The Zhuzh** ⌐
> *Typical maturity of LI cop scum.*

Really, they should be wishing ncpd hq blown up, or talking about nambla or pretending they have a job...big babies

---

□ 05-27-2008, 09:20 PM     **[PATRICK CHERRY]**     #344
Another clown caper     Posts: n/a

🔥 **Is it Kevin, Ed, tom, Frank or Joe???**

Ok, Ok I want to know who it is that is so angry because they aren't cops any more??? I am guessing that Kevin Lamm I wearing an Eddie Carter red clown wig while getting banged by Frank Fiorello, Tom Snyder is pushing from behind like the angry bitch that he is. The retard Joe Noffi is laughing while jeking off to the whole circus act!!! One thing still hasnt changed,,, Bitches. You still aren't cops, you never were.

See you in court assholes!!!

---

□ 05-31-2008, 07:14 AM     **[PATRICK CHERRY]**     #345
Idiots     Posts: n/a

□ **Careful what you wish for**

Ed Carter & Tom Snyder Islip Town Park Rangers, Kevin Lamm Islip MacArthur Airport Security Guard, Joe Nofie Smithtown Park Ranger and Frank Fiorello Square Badge Store Detective. Be careful of what you wish for. You see all of you are screw ups in your daily lives. That is why you are no longer cops. But when you make bogus allegations an investigation will be conducted. Now your past present and futures are all up for review. That will all come out if your case ever goes to trial. Your life of lies will come to light. You will be the ones paying the price in the end and you did it all to yourselves! You could could have just walked away like gentleman, but no. Remember, the truth is the truth!!!

---

□ 05-31-2008, 04:36 PM     #346
Unregisteredgd     Posts: n/a

□ **hmm**

Quote:
Originally Posted by **Another clown caper** 
*Ok, Ok I want to know who it is that is that is so angry because they aren't cops any more??? I am guessing that Kevin Lamm I wearing an Eddie Carter red clown wig while getting banged by Frank Fiorello, Tom Snyder is pushing from behind like the angry bitch that he is. The retard Joe Noffi is laughing while jeking off to the whole circus act!!! One thing still hasnt changed,,, Bitches. You still aren't cops, you never were.*

*See you in court assholes!!!*

Another thing hasn't changed either Chief...Your still under indictment for your crimes.

You know, if you had actually did your job instead of banging all those nasty skanks in your office (did you actually verify their age, or was it dont ask dont tell??), maybe this would not be happening. Knowingly employing men as police officers who never actually were is a serious offense Chief. How long did Al walk around the Beach, never actually being a police officer??? And cmon Chief, if you think you are a real cop....please. In the end, you will burn for what you did, and the Beach will fold up shop. They will have to pay for your crimes, and you will be going to jail. This is AMERICA you scumbag, people have a right to not be beaten by the "police" for no reason!!

---

□ 05-31-2008, 05:39 PM                                                              #**347**

Unregistered6777878                        **[GEORGE HESSE]**          Posts: n/a

📄 **When Is The Case Coming To Trial?**

Quote:

> Originally Posted by **Unregisteredgd** 🔗
> *Another thing hasn't changed either Chief...Your still under indictment for your crimes. You know, if you had actually did your job instead of banging all those nasty skanks in your office (did you actually verify their age, or was it dont ask dont tell??), maybe this would not be happening. Knowingly employing men as police officers who never actually were is a serious offense Chief. How long did Al walk around the Beach, never actually being a police officer??? And cmon Chief, if you think you are a real cop....please. In the end, you will burn for what you did, and the Beach will fold up shop. They will have to pay for your crimes, and you will be going to jail. This is AMERICA you scumbag, people have a right to not be beaten by the "police" for no reason!!*

DOES ANYONE know when the case is coming to trial? Any idea why it hasn't already?

---

□ 06-01-2008, 08:10 PM                                                              #**348**

Blow me you idiot                          **[PATRICK CHERRY]**          Posts: n/a

📄 **kiss my ass**

Hey jerk off, maybe the case hasn't gone to trial yet because the Suffolk DA has gotten himself into a pickle. This case and the Martin Tankleff case and many others are being reviewed by the department of justice because of improprieties with in the Suffolk DA's office with many of it's cases therein. Do you remember the Duke Lacross team case??? Trust me when the DOJ gets done the duke case will look like nursery school. Besides why isnt the DA's office pushing to go to trial. They anounced ready at the arraignment. Oh thats right one of the indictments have already been tossed by the judge. The others will get tossed soon.

So Kevin Lamm, Frank Fiorello, Joe Noffi, Ed Carter and Tom Snyder, why dont you all go back to your circle jerk and tell each other how good it feels not to be cops anymore!

Cant wait to see you in court!

---

CONFIDENTIAL                                                                      P 01131

06-01-2008, 08:46 PM                          **[GEORGE HESSE]**                          #349

UnregisteredCurious                                                              Posts: n/a

**Does Anybody Know**

I searched WebCrims and could find no cases pending relating to Lamm, Fiorello, Carter, Noffi, of Snyder. One of them should have an appearence date on the court record? anyone explain?

The previous post about the DOJ seems as though someone knows what they are talking about.

You should have seen 60 Minutes earlier. The FED went tooth and nail after the Chicago, PD, and are taking no prisoners. The question is if Suffolk County is big enough to get their attention.

If that wasn't enough, a dummy in SCPD goes and commits a crime in front of a federal agent. same kind of crime the OPD cops have been indicted for.

Tom Spota stonewalls it by saying no such thing happened and the federal agent is not credible!!!

Suffolk observors familar with the system have often told me that what brought Spota to power - the cops, are going to be the same people that will bring him down.

Quote

06-01-2008, 10:51 PM                                                              #350

lammmmed                                                                         Posts: n/a

Quote:

Originally Posted by **scuttlebutt**
*Who are the guys in blue...and what are their wives names?*



memories of when I was a cop, now I'm no one
(sung to "the way we were")

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)

All times are GMT -5. The time now is 11:11 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

CONFIDENTIAL                                                                P 01133

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL

P 01134



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]   ☐ Remember Me?
Password [          ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |
| --- | --- | --- | --- | --- | --- |

[Post Reply]   Page 36 of 59 « First < 26 34 35 **36** 37 38 46 > Last »

Thread Tools ⌄ Display Modes ⌄



□ 06-03-2008, 07:12 PM                                              #351

**[PATRICK CHERRY]**

Jack ass                                                    Posts: n/a

🙂 **Dooooooo!!!**

That would be ex Police Officer Joe Nofi and ex Police Officer Frank Fiorello. 2 of the 5 ex officers who allege that the Chief and his cronies were drinking, partying and banging scanks while on duty. Frank was quoted on News 12 the the "Chief and other officecers routinely placed the public in jeopardy by drinking and carrying loaded guns in public. It was a matter of public safety" Remember Frank? Ass hole!

[Quote]

□ 06-20-2008, 08:40 AM                                              #352

Unregisteredfsd                                             Posts: n/a

📄 **Oh no Chief!!!**

So Chief.....what are you going to do now?? Paul is going to spill the beans about EVERYTHING!!! The drugs, the drinking, the teen girls, the sex on duty, Mitch, EVERYTHING!!!! You are DONE Chief, dont worry, I will look after Shannon while you are in the can!!!

[Quote]

□ 06-20-2008, 02:39 PM                                              #353

partyotj                                                    Posts: n/a

📄

Quote:

Originally Posted by **scuttlebutt** 🔗
*Who are the guys in blue...and what are their wives names?*






yeah these guys are credible cops....not.......... how drunk did you guys work?

| Quote |

---

06-20-2008, 05:11 PM                                              #354

Unregisteredrwe                                               Posts: n/a

**oh yeah**

Not as drunk as the Chief got those "girls" and did them in his office!!! You guys are COOKED!!! Paul sold you out for the better deal. It was a matter of time!!

| Quote |

---

06-21-2008, 04:52 AM                                              #355

well done lamm                                               Posts: n/a

Quote:

Originally Posted by **Unregisteredrwe**
*Not as drunk as the Chief got those "girls" and did them in his office!!! You guys are COOKED!!! Paul sold you out for the better deal. It was a matter of time!!*

But do you have pictures????
you guys WERE cooked

| Quote |

---

06-22-2008, 05:08 PM                                              #356

Unregisteredsd                                                                                    Posts: n/a

**fat pig**

Quote:

> Originally Posted by **well done lamm** 🔲
> *But do you have pictures????*
> *you guys WERE cooked*

Damn Chief, your photo in Newsday looks like you swallowed a whole fucking cow!! You are one fat bastard!!! No wonder Mitch had to give you those roofies for those teenies!! NO sane girl would even approach a monster like you. You are COOKED Chief, COOKED!! Are you now going to say that Paul is making everything up to save his own ass??? Oh it is a wonderful day indeed!!!!!!!

---

🔲 06-23-2008, 04:58 AM                                                                        #**357**

Unregistereddunn                                                                                  Posts: n/a

🔳

Quote:

> Originally Posted by **scuttlebutt** 🔲
> *Who are the guys in blue...and what are their wives names?*




Your photos look like you were swallowing some budweiser, on duty

CONFIDENTIAL                                                                                    P 01137



06-23-2008, 10:37 AM                                        #358
Unregisteredyrt                                      Posts: n/a
**nice**

Quote:
> Originally Posted by **Unregistereddunn**
> *Your photos look like you were swallowing some budweiser, on duty*

nice try Chief, but you can deflect all you want. No one cares about this picture Chief. They only care about you beating that guy almost to death and then lying about it. You and Arnie and finished.

06-23-2008, 03:29 PM                                        #359
Unregistereddunn                                     Posts: n/a

Quote:
> Originally Posted by **Unregisteredyrt**
> *nice try Chief, but you can deflect all you want. No one cares about this picture Chief. They only care about you beating that guy almost to death and then lying about it. You and Arnie and finished.*

whats funny, you keep referring to me as chief, i'm not even a old beach cop, dumbass

07-02-2008, 12:36 AM                                        #360
Unregistered a                                       Posts: n/a
**time to deal**

Word has it that george is making a deal to sink arnie



Page 36 of 59 « First < 26 34 35 **36** 37 38 46 > Last »

« Previous Thread | Next Thread »

**Posting Rules**
You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump
Police Issues (N/S)

CONFIDENTIAL                                              P 01138

All times are GMT -5. The time now is 11:11 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [           ] [Log in]

Register    FAQ    Members List    Calendar    Today's Posts    Search

[Post Reply]

Page 37 of 59 « First < 27 35 36 **37** 38 39 47 > Last »

Thread Tools ⌄ Display Modes ⌄



07-02-2008, 01:21 PM                                    #361
Unregisteredchiefy                                Posts: n/a
**loser**

Quote:
Originally Posted by **Unregistered a**
*Word has it that george is making a deal to sink arnie*

Hey Chief, what happened to that $225 grand in the budget that was "misplaced" ?????
Was that your hush money from Joe??????

Say hi to the perps upstate Chief, cause thats where your going!!

[Quote]

07-02-2008, 01:42 PM                                    #362
Unregisteredchiefy                                Posts: n/a

Quote:
Originally Posted by **scuttlebutt**
*Who are the guys in blue...and what are their wives names?*



Still dont get it do you loser? No one here from ocean beach, but please keep entertaining us

Quote

07-05-2008, 08:27 PM                                                                #363

Unregisteredheeeeesss                                                        Posts: n/a

**goose is cooked**

CONFIDENTIAL






Thought I would post it so you didnt have to Chiefy!!!

[Quote]

---

☐ 07-05-2008, 08:33 PM                                                    #364

UnregisteredChiefy                                                Posts: n/a

🖹 **last nights events**

Chief, Chief, Chief...I thought you gave up on the whole Mitch thing? So now we hear that a large amount of people were taken to the mainland after eating hashish brownies!!! Way to go OBPD!! I guess the roofie-pops weren't working on those young chippies anymore, so you switched to the brownies!!!



Did you serve milk with those brownies Chief???

[Quote]

---

CONFIDENTIAL

07-06-2008, 02:04 PM                                                          #365

Unregisteredmugshots                                                      Posts: n/a

**fugly!!**

Looks like someone got out the old ugly stick and went to Town on these mugs!!! Oh Chief, how does it feel that Paul is selling you down the river? Best thing to do is take a plea Cheif, or have another fundraiser!!! What a load of crap!! Those people must have been really confused to donate any money to you jerks!!




The faces only a mother can love, or in Chiefs case, a girl that just came from Mitch!!

Quote

07-21-2008, 07:57 PM                                                          #366

Unregisteredfs                                                            Posts: n/a

**oh yeah**

The man who will soon OWN the Village of Ocean Beach, and all three of these jerks homes..





HAHAHAHAHAH!!!!

[Quote]

---

☐ 07-23-2008, 07:00 PM                                                    #367

fact12345678hn                                                    Posts: n/a

📄 **get things right**

Quote:

> Originally Posted by **Idiots** 🔗
> *Ed Carter & Tom Snyder Islip Town Park Rangers, Kevin Lamm Islip MacArthur Airport Security Guard, Joe Nofie Smithtown Park Ranger and Frank Fiorello Square Badge Store Detective. Be careful of what you wish for. You see all of you are screw ups in your daily lives. That is why you are no longer cops. But when you make bogus allegations an investigation will be conducted. Now your past present and futures are all up for review. That will all come out if your case ever goes to trial. Your life of lies will come to light. You will be the ones paying the price in the end and you did it all to yourselves! You could could have just walked away like gentleman, but no. Remember, the truth is the truth!!!*

Joe Noffi was never a Smithtown Park Ranger

[Quote]

---

☐ 08-15-2008, 01:00 PM                    **[GEORGE HESSE]**                #368

Unregisteredfornow                                                Posts: n/a

💬 **Amazing Story**

I just learned the complete history of Ocean Beach PD. Thank you all for that load of crap, I am a dumber person for reading it. Not one of you has, for obvious reasons posted anything regaridng the administration and the steps taken to bring this department where it is today. No mention of the arrest of a long time village contractor and how the PD went out of their way to guide this guy and ensure he didnt loose everything. He bailed out, got cleaned up, is currently in counseling and on the path to a better life, or even the recent arrest of another long time contractor, who was housed, fed, and bonded out, appeared before Village Majistrate and also is in recovery and on his way to a better job. AS far as the Islip employees who moonlighted at OBPD! I recall when you worked 4-12's @ Islip and yet somehow managed to make the 12-8 shift @ OBPD? WOnder how that happened, you left Islip HQ @ 1200 and were able to BE ON Ocean Beach and signed in @ the Village job for a 12-8. Another amazing Story. You should all be fiction writers, you'd make more money doin that than pursuing legal action or unemloyment pay. Good Luck.



08-24-2008, 07:13 AM    #369

?WE#    Posts: n/a

zzzz

09-06-2008, 04:18 PM    #370

Unregisteredvvvvvvvvvv    Posts: n/a

its been quiet, the silence of the deals

Page 37 of 59  « First < 27 35 36 **37** 38 39 47 > Last » 

« **Previous Thread** | **Next Thread** »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:12 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Page 38 of 59  « First < 28 36 37 **38** 39 40 48 > Last »

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | Remember Me?
Password | | Log in

Register     FAQ     Members List     Calendar     Today's Posts     Search

Post Reply

Thread Tools Display Modes

---

09-07-2008, 05:22 AM                                           #371

Unregisteredcvcvc                                         Posts: n/a

Quote:

> Originally Posted by **Unregisteredvvvvvvvvvv**
> *its been quiet, the silence of the deals*

best deal is you are gone and can never be a leo anywhere

Quote

---

09-07-2008, 11:09 AM                                           **#372**

Never was                                                 Posts: n/a

Quote:

> Originally Posted by **Unregisteredcvcvc**
> *best deal is you are gone and can never be a leo anywhere*

What do mean - people working at OB are not LEO anyway, just suck ups, and hacks with no real skills.

What happened to the guy who got beat up at the docks and they hung him upside down on a cleat - screaming like the woman he really is?

Quote

---

09-07-2008, 06:44 PM                                           #373

UnregisteredFIDUDE                                        Posts: n/a

**Corruption**

What Happens On Fire Island...
Doc Says Blue Wall Went Up After Beachfront Beatdown

August is typically a festive time of year in any summer-loving beach community, but one man's shocking claims of police brutality, vigilantism and an ensuing cover-up is making waves on Fire Island and beyond.

An eye doctor from New Jersey says that last month in Atlantique Beach he was assaulted by off-duty cops, and that Suffolk Police then refused to let him press charges. David Campeas, M.D., an ophthalmologist, was walking two miles down the

beach from his Fair Harbor summer home to the Fire Island Synagogue for holiday night services on Saturday, Aug. 9 when he was chased down by three men who accused him of being a flasher, he says. Since he did not have his cell phone on him because it was the Sabbath, he was unable to call the police. He did not believe the admittedly drunk men calling him "faggot" and "pervert" were truly police officers after identifying themselves as such. The three alleged attackers, who were not in uniform, seemed sure that Campeas was the guy who had flashed two 9-year-old girls earlier that night, but Campeas was adamant in declaring his innocence to them. And that's when the beating began, he says.

"'The ocean is right here, let's end it now,'" said one of the men beating him, Campeas wrote in an e-mail obtained by the Press. Said Campeas, "I thought I was dead," adding that the men also threatened him with castration. Just as he thought he was saved when a Suffolk Police Marine Bureau SUV patrolling the beach rolled up, he says he was handcuffed while the officers conducted a "show up," which is when police give crime victims an opportunity to identify a suspect at the scene if one is caught soon after an incident is reported. But the two young victims of the indecent exposure act said that Campeas wasn't the flasher, he says.

"The Blue Wall of Silence" then went up as Suffolk cops refused to take the doctor's statement, says Campeas, the 52-year-old father of three. "I was asked...to understand how upset people were, to accept a personal apology from my assailants and to forget the whole thing." But he refused, and now he is fighting back.

It won't be easy though. Only one of the three men accused of beating Campeas has so far been identified: Detective Arthur Molnar, a Long Islander with the New York City Police Department Warrant Squad, who reportedly admits he was at the scene in Atlantique Beach investigating the flasher case, but who insists that no one was hurt. Campeas' lawyer disagrees.

"It was downhill from the moment they saw him," says Manhattan-based attorney Joel Dranove, who is prepared to sue Suffolk if police they aren't more helpful. "We're looking for [Suffolk Police's] cooperation so that they can be on the same side as us," he says, but expressed frustration with the investigation. A separate law firm working for Campeas has already filed a notice of claim in federal court against the city, naming Molnar personally.

"He was on his way to being murdered on the beach," Dranove says, noting that the doctor now can't perform surgery due to his injuries. Describing the ordeal as a "life-altering nightmare," Dranove adds that "even if they caught the perp, it's an outrage." But for such a scandalous accusation, little is being reported.

Internal Affairs detectives for both the NYPD and Suffolk County Police Department are investigating the doctor's claims, said a spokesperson for each agency. Neither would discuss details. A spokesman for Suffolk County District Thomas Spota could not confirm or deny the existence of a criminal investigation into the Suffolk County Marine Bureau.

In the weeks following the incident, the only sign that anything out of the ordinary took place were posters around the marina from the Third Precinct Crime Section offering a $5,000 reward for information on the case. Families continued barbequing dockside at the Town of Islip-run marina, dock masters went about their business, lifeguards maintained their watch and workers at the lone concession stand were as stunned as anyone.

"I was just very surprised, it's just not like anyone from Atlantique," says Jessica

Ginsel, 21, of North Babylon, while serving up snacks for beach-goers on the lone sidewalk from the bay to the ocean here. She suggests that a band playing on the night of the crime may have brought more revelers than usual to this park tucked between the quiet hamlets of Lonelyville and Atlantique. A father of three boys adds that he would have chased after the guy too if it were his kids that were flashed.

One 16-year-old girl told this reporter that she witnessed the beating and is now scared of the police. She's not the only one. Cops on this barrier island already have trust issues with charges of a 2005 beating and cover-up hanging over the heads of four officers with the Ocean Beach Police Department, the island's unofficial capitol. Pre-trial motions are still being heard in that case and pending too are several lawsuits claiming rampant police corruption that complemented those charges.

In the meantime on the Atlantique Beach case, the Campeas' wounds are healing and he is bracing himself for the lengthy court proceedings ahead. And as September dawns on this half-mile strip of sand and the sun sets on the summer-long party that was the backdrop for these accusations, the doctor is wary of coming back to Suffolk. Summering by the sea just won't be the same.

---

□ 09-09-2008, 06:43 PM                                            **#374**

nurse nightingale                                                Posts: n/a

---

Quote:

> Originally Posted by **Unregisteredheeeeesss**
>
>  
>  

Which two of these men display classic signs of alcohol-drug abuse?

---

□ 09-25-2008, 09:35 AM                                            **#375**

CONFIDENTIAL                                                    P 01148

# [PATRICK CHERRY]

tell the world joey                                                              Posts: n/a

😊 **Joe Nofi the idiot**

Joe Nofi,

Yes you are an idiot and soon the whole world will know!!!

[Quote]

---

04-10-2009, 03:59 PM                                                            #376

UnregisteredLOL                                                                 Posts: n/a

📖 **2all The Humps Hoping For A Conviction**

Two Ocean Beach police officers accused of beating a tourist so badly that his bladder ruptured were acquitted by a Suffolk County jury Friday of the top counts against them.

On the ninth day of deliberations, the jury found acting Police Chief George Hesse, 40, of East Islip, not guilty of the top two counts against him: first-degree gang assault and second-degree assault. The jury remains undecided on a lesser charge of third-degree assault, a misdemeanor which carries with it a maximum sentence of 1 year.

The jury also acquitted Officer Arnold Hardman, 53, of St. James, on his top count of reckless endangerment, as well as filing false documents and other charges.

The jury remains undecided on an official misconduct charge against both officers. Official misconduct is a misdemeanor that carries a maximum sentence of 1 year.


Related links
Ocean Beach police beating case Photos
Car accidents

View local car accident gallery
Local police mugshots

See local police mugshots
Past mugshot galleries

Local Fires

View LI fires gallery >>
LI notable deaths

View recent notable deaths on LI >>
Flashback: Summer of '69
Summer of '69
Were you at Woodstock? Serving in Vietnam? In an anti-war rally? Share your story for our upcoming project.

Photos of the Day

View photos of the day gallery >>

Photo Op

We pick the picture, you write the captions.


Things to do this weekend
Editorial Cartoons
Walt Handelsman >>
Newsday's Pulitzer Prize-winning cartoonist.
The controversial case was rooted in the night of Aug. 28, 2005, when a former Manhattan man, Sam Gilberd, 36, said he was punched and stomped by Hess - the incident rupturing his bladder. Prosecutors said Hardman failed to seek medical attention for Gilberd and lied to first responders about his injuries.

Lawyers defending both officers said Gilberd drunkenly and belligerently struggled with the officers and ruptured his own bladder in a fall.

Both sides said Gilberd ended up at the police station to be ticketed for smashing a pint glass outside a bar after a night of hard drinking.

Hesse's lawyer, William Keahon of Islandia, said Gilberd arrived at the police station "staggering" and "slurring" - and soon was shouting obscenities at officers.

On his way out of the station, Gilberd kicked the station's glass door in anger, and officers pulled him back inside, where a brief struggle ensued, lawyers for both sides said.

Gilberd caused his own injury by resisting arrest and falling at some point during the scuffle, according to Hardman's lawyer, Stephen Worth, of Roslyn Heights.

But Suffolk prosecutor Robert Biancavilla said the defense's version of the events "belies common sense."

Biancavilla described Hesse as a "bully with a badge," and said a clock fell on Hesse's head during the struggle.

The enraged chief then punched and stomped Gilberd as he lay slumped against a wall, Biancavilla said.

"This is not the case of the spontaneously exploding bladder," Biancavilla said during closing statements of the month-long trial. Apparently the jury did not find the evidence against the officers compelling.

Both defendants were facing the jury and appeared relieved when the verdicts were read.

Lawyers on both sides will now decide how to proceed. Meanwhile, the jury could be asked to deliberate further on the undecided counts - or could wind up hung on those counts, at which point the district attorney's office could elect to retry or drop the case.

---

04-10-2009, 05:38 PM                                                          #377

Unregisteredjj                                                                Posts: n/a

**Wow**

I haveto say. I have been fapping to the pic of Shannon all day. Why does he bang whores omthe side?



04-10-2009, 06:11 PM — #378

scpd pba member — Posts: n/a

👍 **Hesse**

Congrats George! Looking forward to buying you a cup of coffee this summer. As for you, Dave, you should be ashamed to call yourself a cop. It would be appreciated if you Wouldn't show your face at another PBA function. I plan on asking George to be my guest.

04-10-2009, 07:17 PM **[PATRICK CHERRY]** #379

UnregisteredSDAMember — Posts: n/a

Quote:

> Originally Posted by **scpd pba member**
> *Congrats George! Looking forward to buying you a cup of coffee this summer. As for you, Dave, you should be ashamed to call yourself a cop. It would be appreciated if you*
> *Wouldn't show your face at another PBA function. I plan on asking George to be my guest.*

Dave is a piece of crap disgrace! Even the Det. in the 3rd. knew he was a lazy "Goldbrick" with an agenda who could not be trusted. He couldn't find his ass with both hands in a bathroom!

04-10-2009, 11:39 PM — #380

Unregisteredpdsupporter — Posts: n/a

These guys were innocent from the get go! God bless the jury system . . . it actually works!

Page 38 of 59 « First < 28 36 37 **38** 39 40 48 > Last » ▾

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) ▲▾ 🔄

All times are GMT -5. The time now is 11:12 AM.

CONFIDENTIAL

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]   ☐ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 39 of 59 « First < 29 37 38 **39** 40 41 49 > Last » »

Thread Tools ⌄  Display Modes ⌄

---

04-11-2009, 01:22 PM                                                        #381
Unregistered lick me                    **[GEORGE HESSE]**         Posts: n/a

**when will give up**

> Quote:
> > Originally Posted by **Unregisteredjj** ⬀
> > *I haveto say. I have been fapping to the pic of Shannon all day. Why does he bang whores omthe side?*

this was either written by joe nofi or kevin lamm.. the both of you are illiterate bastards. hey kev.. hows the steroid use going.. you look like a swollen tick.. when are you guys going to give this up.. you lost.. thats it.. bye bye

[Quote]

---

04-11-2009, 02:00 PM                                                        #382
Unregistered111222333                   **[GEORGE HESSE]**         Posts: n/a

**identify the 2 cops in the pic**

> Quote:
> > Originally Posted by **go figure lol** ⬀
> > *Talk about lying hypocrites. perfection. Wait till that gets to the attorney. Who ever posted that is F>>CKING AWESOME..*

I just got onto this forum and is wondering in that picture who are those two cops. I am a mos from Scpd and had 2 bad encounters with them a few years ago. Are they the 2 that got laid off for abusive power? I can tell you from personal experince they are an embarassment to all Mos out there. In particular the bald cop with the typical cop mustache is lucky I was with my family the 1st day I encountered him. The 2nd encounter which really makes me laugh now was while traveling home from the Ferry one afternoon, there were a bunch of drunk trash on the ferry causing problems and he was in uniform (i guess going home from shift) and as he encountered them I tapped him on the shoulder offering my help as a cop in the 1st, and he truns to me with this arrogant expression saying to me"I dont need you help go sit down." that was probably my 1st time in 17 years as a cop I wished the bad guys would have clocked him.

[Quote]

---

04-13-2009, 01:31 PM                                                                    #383

We All Know                                                                    Posts: n/a

Quote:

Originally Posted by **Unregisteredjj**
*I haveto say. I have been fapping to the pic of Shannon all day. Why does he bang whores omthe side?*

Give it up you idiots. No.... better yet, keep it up. The more you do this crap and you are proven WRONG, the more you look like the unprofessional, whiney, spiteful little men you really are. The best part is you don't realize that this is how everyone sees you. Good job.

---

04-13-2009, 01:41 PM                                                                    #384

Unregisteredhappy1234                                                          Posts: n/a

All Remaining Charges Acquitted!!!! Innocent On All Counts!!!! Justice Prevails!!!!!

---

04-13-2009, 01:52 PM        **[PATRICK CHERRY]**                                       #385

Unregistered56789                                                              Posts: n/a

Flash........Riverhead, N.Y.....April 13, 2009....... Both officers were found not guilty today of the remaining two charges in the case before State Supreme Court Justice William Condon. The jury reached this verdict this afternoon thus finding both officers not guilty on all charges in this case.

---

04-13-2009, 02:03 PM                                                                    #386

NOT GUILTY!!!!                                                                 Posts: n/a

Quote:

Originally Posted by **Unregistered56789**
*Flash........Riverhead, N.Y.....April 13, 2009....... Both officers were found not guilty today of the remaining two charges in the case before State Supreme Court Justice William Condon. The jury reached this verdict this afternoon thus finding both officers not guilty on all charges in this case.*

HAHAHAHAHAHAHAHA

---

04-13-2009, 02:41 PM                                                                    #387

Unregisteredgoingrft23                                                         Posts: n/a

No one should ever speak to the RAT detective who testified against these guys at trial,

at least the jury saw all the lies and found the truth.

Quote

04-13-2009, 03:27 PM                                                    #388

Unregisteredgr5689jy                                               Posts: n/a

**Gerdon**

Dave Gerdon?????

Quote

04-13-2009, 05:50 PM                                                    #389

Unregistered10101                                                 Posts: n/a

**Gerdon / Rat**

Thank God A Det. Sgt, Just Before Leaving The 3rd , Made Gerdon Retire Before He Did Guy's On Our Job.... He Knew Gerdon Was A Cancer...that Was Around Mid 2004.....

Quote

04-13-2009, 08:41 PM                                                    #390

Unregistered sda member                                          Posts: n/a

Quote:

Originally Posted by **Unregistered10101**
*Thank God A Det. Sgt, Just Before Leaving The 3rd , Made Gerdon Retire Before He Did Guy's On Our Job.... He Knew Gerdon Was A Cancer...that Was Around Mid 2004.....*

btw that d/sgt was a phuk up recently booted from homicide sqd for alienating just about everybody in the crime lab & d.a. homicide bureau ,
a Lt said he never should have been there in the first place . the 3rd was a dumping ground for guys like him , then he was booted to the 1st pct , then booted to the 4th pct , ( a disgruntled dude ) and booted back to the 1st pct where he got the message to retire . actually if you knew the history of this sgt he was booted from every command he was in. btw sgts cant force anyone to retire, so much for that story . Gerdon is a stand up guy who was backed into a corner , subpoened to the grand jury and did what he had to do ! Hesse failed 4 sgt's tests , sewed on a set of stripes anyway , has 3 police brutality suits , his problems are far from over , hey george welcome to Bklyn Federal Court !

Quote

Post Reply          Page 39 of 59  « First < 29 37 38 **39** 40 41 49 > Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies

CONFIDENTIAL                                                  P 01155

You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) 

All times are GMT -5. The time now is 11:12 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

| | | |
|---|---|---|
| [Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#) > [Police Issues (N/S)](#) | User Name | User Name ☐ Remember Me? |
| 🔲 **Ocean Beach Police Corruption** | Password | [        ] [Log in] |

Register    FAQ    Members List    Calendar    Today's Posts    Search

[Post Reply]

Page 40 of 59  « First < 30 38 39 **40** 41 42 50 > Last » »

Thread Tools ᵥ  Display Modes ᵥ

🔲 04-14-2009, 01:40 AM                                                    #**391**

Unregisteredjwebb                                                    Posts: n/a

🖹

Gerdon is far from 'stand up'. Unlike the many fine, professional, and highly competent detectives in the SCPD, his courtroom presentation was embarrassing. His 'acting', or lack thereof, was something out of a poorly produced training film from the 1950's. Juries want to see and hear honest policemen that don't argue with attorneys, exagerate facts, and speak to them like they are children. Gerdon has the impression, better yet, a delusion, that his vast police expierence is unmatched by anyone. I surmise that he didn't think this would go to trial with two exceptional, and proven attorneys. He crossed a line in a very weak case. He will go on and live the rest of his life and be remembered by an act of deception and betrayal. Remember, men. Remember every time you go on patrol or run out on a case, that someone is always watching. Most of the time, another cop will protect you, even if his dosen't like you. However, as we have just seen, there are men out there that will only protect their ego, or their high paying, second income after retirement. These people are as dangerous as the bad guy. They undermine the very trust and confidence we have in each other, that is vital to safe and effective police work. When that happens, the unit fails, then the mission fails, and the public have another reason not to trust us. We are hear to serve the people, thats all. In every way imaginable. In doing so, there are rules to follow. You develop evidence, good evidence. If it dosen't come fast enough, you wait. When you interview someone and he or she is represented by counsel, you respect the Supreme Court decision, and not talk to him or her. You confront people with the evidence, after you have it, not before. Basic detective work gentlemen. You certainly don't made two sworn statements then change your story. You don't make comments to a possible suspect in passing. You do not taunt a defendant with your own personal beliefs or comments during the arrest processing. You do your job well, dressed properly, with the utmost respect for your position, the law, the court and the defendant. We should all be thankful that a jury, of twelve taxpayers, of whom we serve, came to the right conclusion. Thank you and have a good night.

[Quote]

🔲 04-14-2009, 09:06 AM                                                    #**392**

Unregistered56789                    **[PATRICK CHERRY]**                    Posts: n/a

🖹

CONFIDENTIAL

Qewc88

Quote:

> Originally Posted by **Unregisteredjwebb** »
> *Gerdon is far from 'stand up'. Unlike the many fine, professional, and highly competent detectives in the SCPD, his courtroom presentation was embarrassing. His 'acting', or lack thereof, was something out of a poorly produced training film from the 1950's. Juries want to see and hear honest policemen that don't argue with attorneys, exagerate facts, and speak to them like they are children. Gerdon has the impression, better yet, a delusion, that his vast police expierence is unmatched by anyone. I surmise that he didn't think this would go to trial with two exceptional, and proven attorneys. He crossed a line in a very weak case. He will go on and live the rest of his life and be remembered by an act of deception and betrayal. Remember, men. Remember every time you go on patrol or run out on a case, that someone is always watching. Most of the time, another cop will protect you, even if his dosen't like you. However, as we have just seen, there are men out there that will only protect their ego, or their high paying, second income after retirement. These people are as dangerous as the bad guy. They undermine the very trust and confidence we have in each other, that is vital to safe and effective police work. When that happens, the unit fails, then the mission fails, and the public have another reason not to trust us. We are hear to serve the people, thats all. In every way imaginable. In doing so, there are rules to follow. You develop evidence, good evidence. If it dosen't come fast enough, you wait. When you interview someone and he or she is represented by counsel, you respect the Supreme Court decision, and not talk to him or her. You confront people with the evidence, after you have it, not before. Basic detective work gentlemen. You certainly don't made two sworn statements then change your story. You don't make comments to a possible suspect in passing. You do not taunt a defendant with your own personal beliefs or comments during the arrest processing. You do your job well, dressed properly, with the utmost respect for your position, the law, the court and the defendant. We should all be thankful that a jury, of twelve taxpayers, of whom we serve, came to the right conclusion. Thank you and have a good night.*

Well said. An important lesson for all officers to remember.

Quote

---

□ 04-14-2009, 10:12 AM                                                    #393

UnregisteredWBFD                                              Posts: n/a

The only reason Gerdon made detective is cause he lived next door to Senator Owen Johnson. The big-wig got attention of local politics and they made the senator's little friend. This is while Dave's brother was racking up DWI's and fighting cops.

Johnson got another 1st Pct cop the det shield too, just like Patty Halpin did.

Quote

---

□ 04-14-2009, 11:44 AM                  **[GEORGE HESSE]**                  #394

Unregistered1stPO                                            Posts: n/a

Quote:

> Originally Posted by **Unregistered sda member** »
> *btw that d/sgt was a phuk up recently booted from homicide sqd for alienating just about everybody in the crime lab & d.a. homicide bureau ,*
> *a Lt said he never should have been there in the first place . the 3rd was a dumping ground for guys like him , then he was booted to the 1st pct , then booted to the 4th pct , ( a disgruntled dude ) and booted back to the 1st pct where he got the message to retire . actually if you knew the history of this sgt he was booted from every command he was in. btw sgts cant force anyone to retire, so much for that story . Gerdon is a stand up guy who was backed into a corner , subpoened to the grand jury and did what he had to do ! Hesse failed 4 sgt's tests , sewed on a set of stripes anyway , has 3 police brutality suits , his problems are far from over , hey george welcome to Bklyn Federal Court !*

That D/Sgt was probably the best boss that ever worked in this Department. It's a shame that there are no bosses like him anymore on this job. He was a stand up guy who took no shit and stood up for his guys! As long as you worked for him and were a good cop he stood by you, unlike Dave who was a piece of crap! He did the right thing and gave that rat the boot! This job could use m a few bosses with the balls that boss had! Seems that the current crop of bosses in this regime has been castrated by the Dormer/Levy administaration! DAVE Is a RAT!

Quote

---

▫ 04-14-2009, 01:36 PM                                                          #395

Unregisteredex909op                                                      Posts: n/a

Good thing there was a city cop on that jury.

Quote

---

▫ 04-14-2009, 06:32 PM                                                          #396

Unregistered102938                                                       Posts: n/a

Quote:

> Originally Posted by **Unregistered sda member** »
> *btw that d/sgt was a phuk up recently booted from homicide sqd for alienating just about everybody in the crime lab & d.a. homicide bureau ,*
> *a Lt said he never should have been there in the first place . the 3rd was a dumping ground for guys like him , then he was booted to the 1st pct , then booted to the 4th pct , ( a disgruntled dude ) and booted back to the 1st pct where he got the message to retire . actually if you knew the history of this sgt he was booted from every command he was in. btw sgts cant force anyone to retire, so much for that story . Gerdon is a stand up guy who was backed into a corner , subpoened to the grand jury and did what he had to do ! Hesse failed 4 sgt's tests , sewed on a set of stripes anyway , has 3 police brutality suits , his problems are far from over , hey george welcome to Bklyn Federal Court !*

It's a whole new ballgame now champ. Now that is was proven that this whiney

belligerent drunk (blew a .30 by the way) wasn't "beaten by the police" and they were aquitted of ALL charges (Fact: the defense didn't even present a defense in the case.... they didn't have to, the procecution's case was so goddamn weak) he will have a hard time proving anything other than the fact he is a sue happy, money hungry asshole. Only this time it's on his dime. Old "Uncle Spota" won't be footing the bill for his inept lawyers.

[ Quote ]

---

04-14-2009, 07:59 PM                                          #**397**

Unregistereddirty                **[GEORGE HESSE]**                Posts: n/a

**Dirty!**

Quote:

> Originally Posted by **Unregistered102938**
>
> *It's a whole new ballgame now champ. Now that is was proven that this whiny belligerent drunk (blew a .30 by the way) wasn't "beaten by the police" and they were acquitted of ALL charges (Fact: the defense didn't even present a defense in the case.... they didn't have to, the prosecution's case was so goddamn weak) he will have a hard time proving anything other than the fact he is a sue happy, money hungry asshole. Only this time it's on his dime. Old "Uncle Spota" won't be footing the bill for his inept lawyers.*

Good point... the prosecutor turned white when the defense called no witnesses. there was no evidence, therefor no case. How pathetic. This should never have gone this far. I can see the dollar signs now. Kevin, Frank, Joe, Ed, and Tom you're next..

signed
DIRTY!!!

[ Quote ]

---

04-14-2009, 09:10 PM                                          #**398**

seaviewforlife09                                            Posts: n/a

**Kevin Lamm**

As a life-time Fire Islander, who has spent every summer in Ocean Beach and Seaview I have observed Kevin Lamm in action many times. Lets sum up some of his best times:

-Threatening little kids with summons
-Groping local children while claiming to be frisking
-Entering homes with no probably cause
-Excessive force on several occasions
-Threatening sexual blackmail to boys in Ocean Beach
-Impressing "friend" in cop car while threatening to give Breathalyzer to 15 year old kids

Hope to see ya around MacArthur one of these days Kevin. Looking forward to seeing you waste your time with these lawsuits which lost even more merit as the OB police officers have been acquitted. Still working the 9pm-5am shift? Will be stopping by

Sincerely,

You know who I am

Quote

□ 04-14-2009, 11:02 PM                                                        #399

time will tell 9                                                        Posts: n/a

Quote:

> Originally Posted by **Unregistereddirty** □
> Good point... the prosecutor turned white when the defense called no witnesses. there was no evidence, therefor no case.
> signed
> DIRTY!!!

Actually there was plenty of credible evidence demostrating these cops were guilty of assaulting a citizen. Too bad the local jury decided the testimonial was not credible....as the local jury did in the OJ Simpson case.

And as in the OJ case, I am confident the federal jury will see this case differently. This case is far from over.

Quote

□ 04-15-2009, 03:24 AM                                                        #400

Unregisteredbgannon                                                        Posts: n/a

Lamm, Fiorello, Synder, Carter and Nofi. Combined, these people have roughly ten arrests. COMBINED! In most places, these people are called rookies and have no buisness opening their mouths. Where was Frank at the courthouse? What about Kevin? Nofi dosent know what day it is. Carter and Synder are out locking park bathrooms somewhere. Just keep quiet boys, stop embarrassing yourselves, and dont think for one minute, that anyone of you are, or ever were policemen. You tried and you failed, miserably. None of you should have ever been there in the first place. It was a mistake that has caused grief among many people. Please remember, none of you will ever go down in history as that hero airport security guard, exceptional store detective/truck driver, master part time bay constable, or a God-Damn Islip Town Park Ranger. Just fade away and go back to being losers. You lost. You will always be remember as the worst example of modern policing. You have set standards on hiring practices, be proud of that. Sooner than you think, you will be largely forgotten, only to be laughed at on few occassions.

Quote

Post Reply

Page 40 of 59 « First < 30 38 39 **40** 41 42 50 > Last » ▼

« Previous Thread | Next Thread »

**Posting Rules**                                                        ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) 

All times are GMT -5. The time now is 11:12 AM.

**Contact Us – The Schwartz Report Political Forum – Archive – Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

P 01162



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [        ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 41 of 59 « First < 31 39 40 **41** 42 43 51 > Last » »

Thread Tools · Display Modes ·

04-15-2009, 06:18 AM #401

Unregisteredchachning                                             Posts: n/a

Quote:

> Originally Posted by **time will tell 9**
> *Actually there was plenty of credible evidence demostrating these cops were guilty of assaulting a citizen. Too bad the local jury decided the testimonial was not credible....as the local jury did in the OJ Simpson case.*
>
> *And as in the OJ case, I am confident the federal jury will see this case differently. This case is far from over.*

Oh sure Whats the trial gonna cost? 20K? 30K?
I'll give him that.

[Quote]

04-15-2009, 09:23 AM #402

Unregisteredqwertyb                                               Posts: n/a

Quote:

> Originally Posted by **time will tell 9**
> *Actually there was plenty of credible evidence demostrating these cops were guilty of assaulting a citizen. Too bad the local jury decided the testimonial was not credible....as the local jury did in the OJ Simpson case.*
>
> *And as in the OJ case, I am confident the federal jury will see this case differently. This case is far from over.*

Obviously you weren't at the trial. Either that or you just like regurgitating the same old fantasy you so badly wish was true... but just isn't.

And The OJ case.... apples and oranges. OJ was aquitted because of an incredible defense put on by a line up of superstar defense lawyers. In this case there WAS NO DEFENSE PRESENTED. In a normal trial the jury hears both sides of the story and

P 01163

decides which is the credible one. In this case, the jury heard ONE side and decided it was bullshit. The DA's case was so weak they should have been embarrassed to take it to trial..... but then I guess when Spota gets up in front of the cameras and calls an entire department a "bunch of thugs" and "Cops Gone Wild" it's hard to back down from your grandstanding bullshit. There was a hidden agenda in this all... some know what it was. Look deeper, see who the players were and you will find it too.

Quote

---

□ 04-15-2009, 09:49 AM                                                              #**403**

UnregisteredCalifNutjobs                                                         Posts: n/a

OJ? It was the wacko jury who refused to listen to evidence & cut loose their wife-beating hero that got him off.

Quote

---

□ 04-15-2009, 10:12 AM                                                              #**404**

Unregisterednoway OJ?                                                          Posts: n/a

Quote:

> Originally Posted by **time will tell 9** □
> *Actually there was plenty of credible evidence demostrating these cops were guilty of assaulting a citizen. Too bad the local jury decided the testimonial was not credible....as the local jury did in the OJ Simpson case.*
>
> *And as in the OJ case, I am confident the federal jury will see this case differently. This case is far from over.*

If all you have is oj references as a basis for argument, you should just shut up

Quote

---

□ 04-15-2009, 11:06 AM                                                              #**405**

Unregisteredqqq                                                                 Posts: n/a

Quote:

> Originally Posted by **time will tell 9** □
> *Actually there was plenty of credible evidence demostrating these cops were guilty of assaulting a citizen. Too bad the local jury decided the testimonial was not credible....as the local jury did in the OJ Simpson case.*
>
> *And as in the OJ case, I am confident the federal jury will see this case differently. This case is far from over.*

Quote:

> Originally Posted by **the troll said** □
> *This case is far from over.*

Actually the criminal case is over.
All you have now is civil lawsuit case, no federal civl rights or anything

Quote

□ 04-15-2009, 11:10 AM                                                              #406

Unregisteredv                                                                 Posts: n/a

📄 **Wow**

So now that the case is over, you grow a set, eh George?? Real cop?? Like Hardman?? WHo was NEVER certified to work in Suffolk County, but Civil Service looked the other way cause you were fucking that pig who worked there???

Quote

□ 04-15-2009, 01:37 PM                                                              #407

Unregistereddirty1                    **[GEORGE HESSE]**                     Posts: n/a

📄 **dirty1**

Quote:

> Originally Posted by **time will tell 9** 📄
> *Actually there was plenty of credible evidence demonstrating these cops were guilty of assaulting a citizen. Too bad the local jury decided the testimonial was not credible....as the local jury did in the OJ Simpson case.*
>
> *And as in the OJ case, I am confident the federal jury will see this case differently. This case is far from over.*

Let see, what would you consider credible evidence. Lets go through the witnesses: Dave Gerdon, experienced retard.. he was just angry he was fired for stealing.. Paul Carollo, tried to save his own ass by lying, plead to discon (justice SERVED!!). Sam Gilberd, well if the bouncer said i threw the glass i must have.. Ha Ha..great line.. Kana Magnalapus, I dont recall (flown in on your tax dollars from Cali for that).. Some chic from France also flown in on your tax dollar to also say she doesnt recall and she and others were drunk (good witness).. Luca Zigaglia was just awesome, 4 cops beat sam in front of me dragged sam in the back room and beat him some more. I can hear sam screaming for help and yelling stop stop beating me. and the best. he was bruised so bad with profuse bleeding and sam pissed himself. Hmmmm, lets keep going.. 3 paramedics came in and all said the same thing. they witness no bruising, blood or any injury for that matter on this guy Sam. plus no injury on his abdomen. AMAZING!!..When asked by one paramedic and the Doc at Southside what his chief complaint was he stated "I'm drunk and did drugs" not, I was beat by police. The DA put scientists on the stand.. hmmm.. tested pants and underpants for traces of urine.. none found, WOW!!.. no blood on any of his clothes.. should i keep going.. i shall.. blood alcohol level .30-.32 at 4am.. toxicologist said majority of the US would be unconscious at .25.. can you believe that?..their own doctor that did the surgery said this injury could have happened in a fall..WOW.. whats that called??? REASONABLE DOUBT... You're so smart..show me the evidence they had.. oh and remember, no witnesses called for the defense.. and they had plenty...

You can take your example of OJ Simpson and shove it..

Quote

□ 04-15-2009, 01:59 PM                                                              #408

SCANDALSAND FOOTWAGONS                                               Posts: n/a

**S**

---

Is that you "Sgt." Hesse typing all these slanderous blogs?
Or are you just giving "Sgt." orders to all your cronies to blog?
Well ...you did say you were going to work on "repairing the Ocean Beach Police Department's image."
Seems like you're working really hard.

---

☐ 04-15-2009, 02:32 PM                                                   #**409**

just go                                                              Posts: n/a

> Quote:
>
> Originally Posted by **SCANDALSAND FOOTWAGONS**
> *Is that you "Sgt." Hesse typing all these slanderous blogs?*
> *Or are you just giving "Sgt." orders to all your cronies to blog?*
> *Well ...you did say you were going to work on "repairing the Ocean Beach Police Department's image."*
> *Seems like you're working really hard.*

I'm not george, not ocean beach, for years we've listened to your shit, now its over, you lost.
Go

---

☐ 04-15-2009, 02:56 PM                                                   #**410**

SCANDALSAND FOOTWAGONS                                              Posts: n/a

---

Who are you then?
You're SO brave hiding behind your anonymous user name and keyboard as you slander other people.
Stop typing if you really want me to go.
I know "SGT." Hesse reads this forum and if he "really" cared about repairing the "image" of OBPD he would ask all of you to stop.
"Sgt." Hesse knows who you are.

Post Reply

Page 41 of 59  « First < 31 39 40 **41** 42 43 51 > Last »

« Previous Thread | Next Thread »

---

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

CONFIDENTIAL                                                      P 01166

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) 

All times are GMT -5. The time now is 11:12 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 42 of 59 « First < 32 40 41 **42** 43 44 52 > Last » ▽

Thread Tools ▫ Display Modes ▫

---

▫ 04-15-2009, 03:04 PM                                                #411

just go                                                        Posts: n/a

> Quote:
>
> Originally Posted by **SCANDALSAND FOOTWAGONS** ▫
> *Who are you then?*
> *You're SO brave hiding behind your anonymous user name and keyboard as you slander other people.*
> *Stop typing if you really want me to go.*
> *I know "SGT." Hesse reads this forum and if he "really" cared about repairing the "image" of OBPD he would ask all of you to stop.*
> *"Sgt." Hesse knows who you are.*

Who am i? a functional, normal member of a li police dept. Who are you? And how did i slander you? I'm telling you its over. Not guilty.
Your side lost their side won. Why continue? Let it go.
and enough with the tough guy talk, you sound like a fool

[Quote]

---

▫ 04-15-2009, 03:11 PM                                                #412

SCANDALSAND FOOTWAGONS                                         Posts: n/a

Tough guy talk?
Gimme a break.

[Quote]

---

▫ 04-15-2009, 03:12 PM                                                #413

Unregistereddirty1again            **[GEORGE HESSE]**            Posts: n/a

▫ **dirty1**

> Quote:
>
> Originally Posted by **just go** ▫
> *Who am i? a functional, normal member of a li police dept. Who are you? And how did i slander you? I'm telling you its over. Not guilty.*
> *Your side lost their side won. Why continue? Let it go.*
> *and enough with the tough guy talk, you sound like a fool*

Listen.. its one of 5 asses writing this stuff.. they started with the slander 3 days after they were fired from ocean beach and then blamed george for starting the blog. They

CONFIDENTIAL                                        P 01168

are the chicken shiits hiding behind this blog. They will never giver their names because they already perjured themselves at depositions saying they never read or wrote on the blog. This is all they have left. It really is pathetic when you think about it. Their case is in the gutter.. they've been begging for a settlement and the ocean beach side wont give them one. They lost and they know it.

What a shame and they are a sham..

Quote

---

□ 04-15-2009, 03:13 PM                    **[GEORGE HESSE]**                    #414

Unregistereddirtyhaha                                                    Posts: n/a

**Dirty!**

> Quote:
>
> Originally Posted by **SCANDALSAND FOOTWAGONS** ▣
> *Tough guy talk?*
> *Gimme a break.*

ok tough guy..who is this then...

Quote

---

□ 04-15-2009, 03:16 PM                                                   #415

just go                                                                  Posts: n/a

> Quote:
>
> Originally Posted by **SCANDALSAND FOOTWAGONS** ▣
> *Tough guy talk?*
> *Gimme a break.*

Give us all a break. You post here anonymously, and out guys by name, and then call me a coward, and claim I slandered you.
Grow up and take a hike. i rthink romper room or its equiv is on the boob tube

Quote

---

□ 04-15-2009, 03:58 PM                                                   #416

scandalsandfootwagons                                                    Posts: n/a

out guys by name?

I mentioned 1 guy.

"Sgt." Hesse

I read on NEWS12 that "SGT." Hesse wants to repair the :OBPD'S image"

You seem like such a supporter, However you're not helping him with your continued blogs.

P.S. I am just a Suffolk County resident- functional - normal - working white collar on L.I.

Quote

---

□ 04-15-2009, 05:32 PM                                                   #417

AcknowldegeyourselfKev-o                                                 Posts: n/a

CONFIDENTIAL                                                             P 01169

**Kevin Lamm**

Just came upon this forum.

Hey Kevin.

I will give my name. My name is Scott S. Remember me, I remember you, you weasel. You used to feel so big for busting some kids for drinking underage. Oh my, you really saved the world with those busts. Or how about when you would rough up me and my friends. Or place cuffs on 15 year old kids for minding their own business. Or that time you nearly ran me over with your cop truck and threatened to give me a Breathalyzer test while you had a ride-along in the passenger seat. Or giving littering summons for putting out a cigarette on the ground. Or threatening with summons and manhandling 12 year old kids for god forbid riding their bikes. Or entering property without probable cause. Boy this list goes on.

George runs the police department with class and provides both locals and tourists with mutual respect. He is a class act.

Please Kevin, please at least give your name, acknowledge it is you writing all this garbage. I feel real sorry for you. This is quite sad.

-Scott S.

`Quote`

---

□ 04-15-2009, 06:04 PM                                                  #418

Unregisteredfsd                                                    Posts: n/a

**Uhhhhh**

Sorry, just busted a nut all over myself fapping to Shannon. What does she see in that fat, bloated monster??

`Quote`

---

□ 04-15-2009, 06:07 PM                                                  #419

ScandalsandFootwagons                                              Posts: n/a

There you go again...slandering. Slandering Kevin Lamm.
And you state that you are "li police officer?"

I can assure you I am not Kevin Lamm.

You never met me and I do not know who "Scott S." is.

"Scott S." - My name is Melissa S.

`Quote`

---

□ 04-15-2009, 06:15 PM                                                  #420

Unregisteredfds                                                    Posts: n/a

**Hmm**

Quote:
Originally Posted by **ScandalsandFootwagons**
*There you go again...slandering. Slandering Kevin Lamm.*
*And you state that you are "li police officer?"*

---

CONFIDENTIAL



*I can assure you I am not Kevin Lamm.*

*You never met me and I do not know who "Scott S." is.*

*"Scott S." - My name is Melissa S.*

Did the fat Chief sexually abuse you too?



Page 42 of 59 « First < 32 40 41 **42** 43 44 52 > Last » ⌄

« Previous Thread | Next Thread »

Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump

Police Issues (N/S)

All times are GMT -5. The time now is 11:13 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | [          ] | [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Page 43 of 59 « First < 33 41 42 **43** 44 45 53 > Last »

Thread Tools   Display Modes

04-15-2009, 08:18 PM                                    #421

Unregistered767777                              Posts: n/a

Quote:

> Originally Posted by **Unregisteredqwertyb**
> *Obviously you weren't at the trial. Either that or you just like regurgitating the same old fantasy you so badly wish was true... but just isn't.*
>
> *And The OJ case.... apples and oranges. OJ was aquitted because of an incredible defense put on by a line up of superstar defense lawyers. In this case there WAS NO DEFENSE PRESENTED. In a normal trial the jury hears both sides of the story and decides which is the credible one. In this case, the jury heard ONE side and decided it was bullshit. The DA's case was so weak they should have been embarrassed to take it to trial..... but then I guess when Spota gets up in front of the cameras and calls an entire department a "bunch of thugs" and "Cops Gone Wild" it's hard to back down from your grandstanding bullshit. There was a hidden agenda in this all... some know what it was. Look deeper, see who the players were and you will find it too.*

But now the rules change it is by a preponderance of the evidence in a civil trial, not beyond a reasonable doubt, and there will be EBT's. Good luck with that.

Quote

04-15-2009, 08:25 PM                                    #422

FireIslanderForLife                             Posts: n/a

**Identify yourself Kevin**

Not talking to you Melissa, I'm asking Kev to admit he's the one doing the talking.

And I never said I was a police officer. Don't know where you get that from.

I just had to endure Kevin since I was 11 years old. He roughed up kid after kid. Thats not slander, thats the truth.

Scott S.

`Quote`

04-16-2009, 05:11 AM                                              #423

just go                                                        Posts: n/a

> Quote:
> Originally Posted by **ScandalsandFootwagons**
> *There you go again...slandering. Slandering Kevin Lamm.*
> *And you state that you are "li police officer?"*
>
> *I can assure you I am not Kevin Lamm.*
>
> *You never met me and I do not know who "Scott S." is.*
>
> *"Scott S." - My name is Melissa S.*

You are assuming there is only one guy answering you. I am not
AcknowldegeyourselfKev-o....

`Quote`

04-16-2009, 06:07 AM                                              #424

Brandon Vera                                                   Posts: n/a

Hold on...are you telling me the Ocean Beach cops refused to testify and hid
behind....err, I mean, invoked their right to remain silent?

**Hiding behind your 5th amendment right to remain silent is what perps,
lowlifes and other bad guys do, isn't it?**

When facing criminal allegations made against them, real cops or citizens stand up and
proclaim their innocence for all the community to hear. Real cops or citizens swagger
up to the witness stand, swear to tell the truth, and offer a truthful account of what
they observed and heard at the time and place in question....**while guilty cops or
citizens hide behind their 5th amendment right.**

I can't believe the jury let these cops walk without hearing their side of the story.

I really find it difficult to believe Spota's case was so messed up that jurors found these
guys not guilty of all charges. A prosecutor presents a Chinese menu of criminal
charges against a few cops and he can't make one of the charges stick. WHOA!!!!....this
is some pretty scary stuff.

Apparently, in the end their defense strategy worked. Though the spanking the lawyers
gave their wallets could be considered a small victory for the guy they kicked the crap
out of.

You don't for one moment think this guy fell and his bladder burst? Cops rough up
drunks all the time and you never hear of bladders bursting. AFAIC you have to take

some serious shots for your bladder to pop.

But these guys beat the charges and now their sphincter muscle can resume it's normal posture. Sitting at the defense table and watching 12 people decide your future has to be one of the most gut wrenching and mind bending experiences a free person can be subjected to....aside from reading my posts on this board.

Hopefully some people, including the drunk, matured a bit from this experience.

---

☐ 04-16-2009, 03:10 PM                                                                    **#425**

The Truth 999                                                                        Posts: n/a

Quote:

> Originally Posted by **Brandon Vera** ☐
>
> *...I really find it difficult to believe Spota's case was so messed up that jurors found these guys not guilty of all charges. A prosecutor presents a Chinese menu of criminal charges against a few cops and he can't make one of the charges stick. WHOA!!!!....this is some pretty scary stuff.*

That statement says it all.

---

☐ 04-16-2009, 03:36 PM                                                                    **#426**

Unregistered67chev                                                                   Posts: n/a

I wonder if having 2 city cops on the jury helped.

---

☐ 04-16-2009, 03:51 PM                                                                    **#427**

UnregisteredEx909op                                                                  Posts: n/a

Quote:

> Originally Posted by **Unregistered767777** ☐
> *But now the rules change it is by a preponderance of the evidence in a civil trial, not beyond a reasonable doubt, and there will be EBT's. Good luck with that.*

The year I got sued I ended up with 212 hours of OT for the year.

Civil suits pay just as much as anything else. The "Johnny Corchran Firm" of NYC walked out empty handed after 2 weeks of trial, paying off 2 expert witnesses, subpoena fees, transcriber costs, and aggravation.

Old Jonny is still the mouthpiece for losers like Grassick, Mollins, and Brewington. They took a bath on me though.



04-16-2009, 05:36 PM                                                        #**428**

Unregisteredwsed                                                        Posts: n/a

> Quote:
> Originally Posted by **The Truth 999**
> *That statement says it all.*

That the psny had no game?
Yup

04-16-2009, 05:38 PM                                                        #**429**

one a day                                                               Posts: n/a

> Quote:
> Originally Posted by **Unregistered67chev**
> *I wonder if having 2 city cops on the jury helped.*

Yesterday it was one, today its two, tomorrow 3?

04-16-2009, 06:39 PM                                                        #**430**

SANDMAN                                                                 Posts: n/a

Newsday article dated 4-13-09:

"Another juror, a 35-year-old New York City police officer who declined to give his name...."

Declined yo give his name. Gee, I wonder why.....

Yet another juror from Deer Park did give his name.

Anyway... 1 cop - 2 cops - 3 cops -

There should have been ZERO cops on the jury!

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

CONFIDENTIAL                                                                P 01175

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) 

All times are GMT -5. The time now is 11:13 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [_____] (Log in)

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 44 of 59 « First < 34 42 43 **44** 45 46 54 > Last » 

Thread Tools ◌ Display Modes ◌

04-16-2009, 07:13 PM                                         #431
Unregistereddirty           **[GEORGE HESSE]**           Posts: n/a

**Dirty!**

Quote:

> Originally Posted by **SANDMAN**
> *Newsday article dated 4-13-09:*
>
> *"Another juror, a 35-year-old New York City police officer who declined to give his name...."*
>
> *Declined yo give his name. Gee, I wonder why.....*
>
> *Yet another juror from Deer Park did give his name.*
>
> *Anyway... 1 cop - 2 cops - 3 cops -*
>
> *There should have been ZERO cops on the jury!*

jury of you peers ass!!!! that would include cops to sit on a jury.. the DA had plenty of exclusions..he could have used one

[Quote]

04-17-2009, 12:46 AM                                         #432
Unregistered192837                                          Posts: n/a

**Jury**

You can not exclude police officers from a jury, just because the case involves police officers. That is just isn't how things work.

[Quote]

04-17-2009, 01:01 AM                                         #433
Unregistered2087291                                         Posts: n/a

**Kevin Lamm**

Above writer is right on. Kevin Lamm used to hassle my two kids when he was an officer in OB. He would hang out by the day camp to catch kids riding their bikes and then manhandle them when he stopped them. Thank god he doesn't have the balls to set forth on Fire Island ever again.

And I had a long conversation with his supposed attorney in his wrongful termination lawsuit. They don't seem to have any faith in him and feel he is dragging the case for the rest of the officers.

I kind of looking forward to see how deep Kevin Lamm keeps digging.

> Quote

---

04-17-2009, 03:33 AM                                                    #434

butthey didnt                                                      Posts: n/a

> Quote:

> Originally Posted by **SANDMAN** 🔗
> *Newsday article dated 4-13-09:*
>
> *"Another juror, a 35-year-old New York City police officer who declined to give his name...."*
>
> *Declined yo give his name. Gee, I wonder why.....*
>
> *Yet another juror from Deer Park did give his name.*
>
> *Anyway... 1 cop - 2 cops - 3 cops -*
>
> *There should have been ZERO cops on the jury!*

The da/psny knew he was a cop right? He was interviewed and asked what his job was like all jurors. They could have objected right?
Either the da is even lamer then imagined or didnt think it was an issue.

> Quote

---

04-17-2009, 08:57 AM                 **[GEORGE HESSE]**                    #435

Unregisteredlammmmm                                                 Posts: n/a

> Quote:

> Originally Posted by **Unregistered2087291** 🔗
> *Above writer is right on. Kevin Lamm used to hassle my two kids when he was an officer in OB. He would hang out by the day camp to catch kids riding their bikes and then manhandle them when he stopped them. Thank god he doesn't have the balls to set forth on Fire Island ever again.*
>
> *And I had a long conversation with his supposed attorney in his wrongful termination lawsuit. They don't seem to have any faith in him and feel he is dragging the case for the rest of the officers.*

*I kind of looking forward to see how deep Kevin Lamm keeps digging.*

Was Kevin the bald graying guy with the mustache who always wore his class "a" uniform even though the others wore the bike uniform?

Quote

---

04-17-2009, 09:58 AM                                                         #436

Unregistered648392                                                     Posts: n/a

Not guilty!!!! Just another drunking douche with no respect for the law! Yes, the law needs to be followed by you too douche! No payday for you! Move on!

Quote

---

04-17-2009, 10:09 AM                                                         #437

MELISSA S                                                              Posts: n/a

Once again....Glad to see "SGT HESSE" is back at work - supporting his staff, & cronies to help him "repair the OBPD'S IMAGE" with their disgusting blogs at 3.33 am etc. etc. while on a night shift tour.

Quote

---

04-17-2009, 10:23 AM                                                         #438

MELLISSA S                                                             Posts: n/a

Ocean Beach Police Department is thee most pathetic - sad - gross excuse of law enforcement.

Quote

---

04-17-2009, 11:15 AM                                                         #439

Unregisteredfggf                                                       Posts: n/a

Quote:
> Originally Posted by **Unregistered192837**
> *You can not exclude police officers from a jury, just because the case involves police officers. That is just isn't how things work.*

But you as the DA can exclude the one police officer in the jury pool. Andf not one defense atty would disagree.

Quote

---

04-17-2009, 01:49 PM                                                         #440

AllCopsSuckBalls                                                       Posts: n/a

Quote:
> Originally Posted by **Unregistered648392**
> *Not guilty!!!! Just another drunking douche with no respect for the law! Yes, the law needs to be followed by you too douche! No payday for you! Move on!*

---

CONFIDENTIAL                                                            P 01179

Yea? Well office GLEN CRISPY CIANO got his come uppance. Better hope you;re not next prick.



Post Reply

Page 44 of 59 « First < 34 42 43 **44** 45 46 54 > Last » ▽

« **Previous Thread** | **Next Thread** »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)   Go

All times are GMT -5. The time now is 11:13 AM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

[Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#) > [Police Issues (N/S)](#)

**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?
Password [                    ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 45 of 59 « First < 35 43 44 **45** 46 47 55 > Last »

Thread Tools ∙ Display Modes

---

04-17-2009, 03:00 PM                                                    #441

oh really now                                                    Posts: n/a

> Quote:
>
> Originally Posted by **AllCopsSuckBalls**
> *Yea? Well office GLEN CRISPY CIANO got his come uppance. Better hope you;re not next prick.*

Likewise, you dumb ass. Unless you are going to claim you are immortal.
but unlike any cop who dies, when you do one of us will be there.

[Quote]

---

04-18-2009, 05:33 PM                                                    #442

Unregisteredvc                                                    Posts: n/a

**sweet**

So I was balls deep in Shannon last night while the monster trolled OB, looking for his next line of coke. Man, she is sweet!!!! NICE!!!!

[Quote]

---

04-18-2009, 05:38 PM                                                    #443

Unregisteredsd556                                                    Posts: n/a

**Pigs**

So Kevin manhandled you Scott, since you were 11??? That sucks. but hey...look at it this way, while he was manhandling you, the Chief was banging your underage sister as she came out of Housers and he slipped her a roofie Mitch gave him !!

[Quote]

---

04-19-2009, 06:47 PM                                                    #444

Unregistered2345123                                                    Posts: n/a

**Hey Kevin, or rep of Kevin...**

What Kevin did to the many kids he harassed out in Ocean Beach was illegal and at the

CONFIDENTIAL

least, appropriate for civil litigation against him.

You can keep bad mouthing George with your foul mouth like your in a schoolyard fight, but it won't get you anywhere.

These random and manufactured stories are just quite pathetic Kevin.



---

□ 04-19-2009, 09:24 PM                    **[GEORGE HESSE]**                    #445

Unregistereddirty                                                              Posts: n/a

▯ **dirty1**

---

Ocean Beach cops acquitted of all charges in beating'

BY ERIK GERMAN | erik.german@newsday.com

April 13, 2009 Cheers and applause echoed in a Riverhead courtroom Monday after a jury acquitted two police officers of all remaining charges in the case of a Fire Island tourist who suffered a ruptured bladder in their custody.

Jurors had found the officers not guilty of the top counts of second-degree assault and reckless endangerment, along with other charges on Friday. Returning Monday, the jury acquitted the officers of third-degree assault and official misconduct, both misdemeanors.

Upon hearing the final verdict in court, Ocean Beach acting Police Chief George Hesse, 40, of East Islip, turned and grabbed his co-defendant, Arnold Hardman, 53, of St. James, in a tight bear hug.

About a dozen friends and family members - many of whom had attended daily during six weeks of testimony and 10 days of deliberations - shouted "Yes!" and clapped after the verdict was read.

Hesse's mother, Rose Spinnato, 58, of Cutchogue, leaned back in her seat, hands over her face, and wept with relief.

Standing beside her in hallway, Hesse said, "We put our faith in the system and the system won."

Assistant District Attorney Robert Biancavilla said he was disappointed with the jury's decision and stood by his evidence.

Prosecutors had accused Hesse of punching and stomping a former Manhattan man, Sam Gilberd, 36, on Aug. 28, 2005.

The incident began with police issuing Gilberd a littering ticket for smashing a glass outside a bar. At the police station, the defense said Gilberd became belligerent with officers, and both sides acknowledge that Gilberd kicked the building's front door on his way out.

CONFIDENTIAL                                                                P 01182

Police pulled Gilberd back inside, where the defense said his bladder - bloated from heavy drinking - burst in a fall.

Prosecutors say the injury occurred after Hesse lost his temper and stomped Gilberd twice in the abdomen.

"There were a lot of pieces of the puzzle that didn't fit," said juror Charlie Nitti, 47, of Deer Park. "It was a battle the whole time."

Another juror, a 35-year-old New York City police officer who declined to give his name, said he took no sides while weighing testimony given by Ocean Beach officers who testified against Hardman and Hesse.

"I didn't want to prejudge anybody," he said. "It wasn't easy."

Gilberd had been present for several days of jury deliberations, but he said last week he was returning to Los Angeles because his wife was about to give birth.

Gilberd, who filed a $22-million civil suit against the department after he was injured, did not respond to a request for comment Monday.

Gilberd's civil lawyer, D. Carl Lustig of Manhattan, said his client was confident he will convince jurors in the still-pending civil suit.

"This case is a long way from being over," Lustig said.

Hardman, a retired New York City police officer, said outside court that he intended to return to his security job at the American Museum of Natural History in Manhattan, but did not know whether he would return to Ocean Beach, where he'd been a part-time employee.

Ocean Beach Mayor Joseph Loeffler said Hesse would be removed from administrative leave, which he'd been on for the trial's duration, and take up his badge and gun immediately. "Tomorrow," Loeffler said. "Full duty."

---

04-20-2009, 09:12 AM                                                        #446

Unregisteredex909op                                                  Posts: n/a

With graditude to that NYPD officer sitting on our jury.

---

04-20-2009, 10:57 AM                                                        #447

SANDMAN                                                              Posts: n/a

Trial was corrupt.
OBPD is and always will be corrupt.
County of Suffolk is and always will be corrupt.

04-20-2009, 11:01 AM                                          #448

sandman=sadman                                          Posts: n/a

Quote:

> Originally Posted by **SANDMAN**
> *Trial was corrupt.*
> *OBPD is and always will be corrupt.*
> *County of Suffolk is and always will be corrupt.*

The county was the govt body pressing charges against the cops.
The charges were weighed by Suffolk residents.
Are you saying all of suffolk residents are corrupt?

---

04-20-2009, 11:30 AM                                          #449

SANDMAN                                                  Posts: n/a

No I did not mean all residents of Suffolk County.

Thanks for allowing me to clarify...The Local Government of County of Suffolk is steeped in corruption.

For example..."Sgt Hesse" was and is not qualified to be a Sargent.

---

04-20-2009, 02:28 PM                                          #450

Learntospell                                            Posts: n/a

Learn to spell if you are continue to make your incredulous remarks on this site, you make all the deputies look stupid!

---

Page 45 of 59 « First < 35 43 44 **45** 46 47 55 > Last »

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) 

CONFIDENTIAL                                          P 01184

All times are GMT -5. The time now is 11:13 AM.

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



User Name [User Name]  □ Remember Me?
Password [          ] [Log in]

Register     FAQ     Members List     Calendar     Today's Posts     Search

[Post Reply]

Page 46 of 59  « First < 36 44 45 **46** 47 48 56 > Last »

Thread Tools ▫ Display Modes ▫

---

04-20-2009, 02:50 PM                                              #**451**

SANDMAN                                                      Posts: n/a

**Learn to Think**

---

Thanks again for allowing me to correct myself ...

"SGT". Hesse is not qualified to be SERGEANT!

BTW the word you were looking for is incredible not incredulous.

Soon everyone will know Hesse is really not a SERGEANT!

[Quote]

---

04-20-2009, 03:08 PM                                              #**452**

much ado                                                     Posts: n/a

---

Quote:

Originally Posted by **SANDMAN** ▫
*Thanks again for allowing me to correct myself ...*

*"SGT". Hesse is not qualified to be SERGEANT!*

*BTW the word you were looking for is incredible not incredulous.*

*Soon everyone will know Hesse is really not a SERGEANT!*

And? A sgt is really no big deal. What does he do? Find boxes a po missed because he was in a hurry?
Most decent cops are qualified to do the work of a sgt without the training.
If he was not a sgt, in this case would it have mattered? Would it have changed anything?
I've worked with dozens of sgts, who I knew more then, and won arguments 90% of the time, in regards to policy procedure and law.
I've also worked with some very knowledgeable ones too.

CONFIDENTIAL

04-20-2009, 03:14 PM                                                            #453

1 eye open                                                               Posts: n/a

Wasnt he the acting chief at the time? Not that it matters.
He could be a private in the dept if they had such a rank, he was still found to be doing his duty.

04-20-2009, 03:17 PM                                                            #454

SANDMAN                                                                   Posts: n/a

Wow................... you make such a convincing argument, why don't you call yourself a lawyer. You don't even need to take the Bar Exam and go to school.

It's no wonder that the OBPD wrote Gilberd a ticket without witnessing him throw the glass bottle. Great Police work!

In the future , just make sure you do not rehang another clock on the wall in the police station.

04-20-2009, 03:22 PM                                                            #455

grippingurpillowtite                                                     Posts: n/a

> Quote:
> Originally Posted by **SANDMAN**
> *Wow................... you make such a convincing argument, why don't you call yourself a lawyer. You don't even need to take the Bar Exam and go to school.*
>
> *It's no wonder that the OBPD wrote Gilberd a ticket without witnessing him throw the glass bottle. Great Police work!*
>
> *In the future , just make sure you do not rehang another clock on the wall in the police station.*

No, wrong again, not a obpd, just a scpd. If they didnt see him throw the bottle the idiot should have kept his mouth shut and won in court.
Sorry no one's buying your story, but it just doesnt matter, sgt, p.o. Capt Cavemen, a cop is a cop, and it simply doesnt matter what rank, he can take police action.

04-20-2009, 03:27 PM                                                            #456

too much ado                                                             Posts: n/a

> Quote:
> Originally Posted by **SANDMAN**

CONFIDENTIAL

*Wow................... you make such a convincing argument, why don't you call yourself a lawyer. You don't even need to take the Bar Exam and go to school.*

*It's no wonder that the OBPD wrote Gilberd a ticket without witnessing him throw the glass bottle. Great Police work!*

*In the future , just make sure you do not rehang another clock on the wall in the police station.*

A person claiming to be a lawyer is not one, and cannot work as one.
A cop is a cop, no matter what rank. You cannot arrest a p.o. for impersonating a sgt can you?

And how exactly is that "corruption"

04-20-2009, 03:29 PM                                                    #457
wonder aloud                                                      Posts: n/a

Quote:

Originally Posted by **too much ado** 
*A person claiming to be a lawyer is not one, and cannot work as one.*
*A cop is a cop, no matter what rank. You cannot arrest a p.o. for impersonating a sgt can you?*

*And how exactly is that "corruption"*

Can you point to a law that governs how a sgt is a sgt, and the penalties for a sgt who isnt really one?
tnx

04-20-2009, 03:38 PM                                                    #458
my bladder runneth ova                                            Posts: n/a

Quote:

Originally Posted by **SANDMAN** 
*Wow.............../...... you make such a convincing argument, why don't you call yourself a lawyer. You don't even need to take the Bar Exam and go to school.*

*It's no wonder that the OBPD wrote Gilberd a ticket without witnessing him throw the glass bottle. Great Police work!*

*In the future , just make sure you do not rehang another clock on the wall in the police station.*

You didnt answer the question, what matter the rank of the cop involved in this case?

CONFIDENTIAL



Wasnt he the chief at the time?

Quote

☐ 04-20-2009, 03:45 PM                                                    #459

last time i checked                                            Posts: n/a
✎

Sgts are authorized to use force to overcome unlawful conduct, even in ocean beach,
Chiefs are as well.
The rank of the cops involved just doesnt matter.

Quote

☐ 04-20-2009, 03:50 PM                                                    #460

Scooters and clocks                                           Posts: n/a
✎

So in OB if a cop wants "to take action" they can behave like criminals and stomp on
someone's guts.

Quote

Post Reply

Page 46 of 59  « First < 36 44 45 **46** 47 48 56 > Last » ▽

« Previous Thread | Next Thread »



**Posting Rules**                                                        ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**                      **Forum Jump**
HTML code is **Off**                      

All times are GMT -5. The time now is 11:13 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL

P 01189



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]   ☐ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 47 of 59 « First < 37 45 46 **47** 48 49 57 > Last » ▽

Thread Tools ▽  Display Modes ▽

---

04-20-2009, 03:55 PM                                                    #461

phil rizzuto?                                                     Posts: n/a

Quote:

> Originally Posted by **Scooters and clocks**
> *So in OB if a cop wants "to take action" they can behave like criminals and stomp on someone's guts.*

If they acted like criminals why couldnt the people of the state of ny via sc district atty procure a guilty verdict

[Quote]

---

04-20-2009, 04:01 PM                                                    #462

SANDMAN                                                           Posts: n/a

**Handcuffs**

Handcuffs work really good when needed to restrain someone.

I guess they did not train "SGT" Hesse to use handcuffs!

[Quote]

---

04-20-2009, 04:01 PM                                                    #463

euthanasia                                                        Posts: n/a

Quote:

> Originally Posted by **Scooters and clocks**
> *So in OB if a cop wants "to take action" they can behave like criminals and stomp on someone's guts.*

I've stomped someone's guts during a scrum as they resisted arrest. I've stomped several body parts taking police action.
That doesnt mean I acted like a criminal. In fact most of my fighting perps do not even file a I.a. complaint, and those that have never have amounted to more then a sit down with a sgt while I document the incident.
Police officers are authorized to use force to terminate unlawful activity.
Authorized to use deadly physical force when need be.

[Quote]

---

04-20-2009, 04:03 PM                                                    #464



Unregistereddolt                                                    Posts: n/a

Quote:
Originally Posted by **SANDMAN**
*Handcuffs work really good when needed to restrain someone.*

*I guess they did not train "SGT" Hesse to use handcuffs!*

So bladder boy was never cuffed?

---

04-20-2009, 04:03 PM                                                #465

SANDMAN                                                             Posts: n/a

Why was MARTY TANKLEFF locked up for 17 years ?

---

04-20-2009, 04:06 PM                                                #466

Unregisteredjuvie                                                  Posts: n/a

Quote:
Originally Posted by **SANDMAN**
*Why was MARTY TANKLEFF locked up for 17 years ?*

Hmm 17 years ago i was 6. I cant answer that one, any one around from the MARTY case wanna take that one?

---

04-20-2009, 04:07 PM                                                #467

Unregisteredex909                                                  Posts: n/a

Quote:
Originally Posted by **SANDMAN**
*Why was MARTY TANKLEFF locked up for 17 years ?*

Cause he killed his adoptive parents and a jury convicted him.

---

04-20-2009, 04:08 PM                                                #468

inquiring mindsss                                                  Posts: n/a

Is Sgt Hesse a member of the Hess oil family?

---

04-20-2009, 04:15 PM                                                #469

SADMAN                                                             Posts: n/a

Quote:
Originally Posted by **SANDMAN**
*Handcuffs work really good when needed to restrain someone.*

CONFIDENTIAL                                                        P 01191



*I guess they did not train "SGT" Hesse to use handcuffs!*

And if the guy doesnt want to wear them, how do you go about getting them on?
positive reinforcement?
asking nicely?
Simon sez?
Jedi mind trick?
What works for you?
I guess for sgt hesse of hess oil a few stomps to the gut worked huh?

| 04-20-2009, 04:18 PM | #470 |
|---|---|
| scooters and clocks | Posts: n/a |
| **Unregisteredex909** | |

Thanks for the answer...gee... that was why?

Page 47 of 59  « First < 37 45 46 **47** 48 49 57 > Last » ▾

**«  Previous Thread | Next Thread  »**



Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump

Police Issues (N/S)

All times are GMT -5. The time now is 11:13 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL

P 01192



Page 48 of 59 « First < 38 46 47 **48** 49 50 58 > Last »

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ▢ Remember Me?
Password [          ] [Log in]

Register    FAQ    Members List    Calendar    Today's Posts    Search

[Post Reply]

Thread Tools ▾ Display Modes ▾

---

04-20-2009, 04:31 PM                                                    #471

learntospell                                                    Posts: n/a

Quote:

> Originally Posted by **SANDMAN**
> *Thanks again for allowing me to correct myself ...*
>
> *"SGT". Hesse is not qualified to be SERGEANT!*
>
> *BTW the word you were looking for is incredible not incredulous.*
>
> *Soon everyone will know Hesse is really not a SERGEANT!*

For God sakes, get a dictionary . . . I used "incredulous" because it fits and if you had anything beyond a GED you'd know that! Your lack of intellect is in fact incredible! You must be a Sheriff or worse, a Levy supporter!

[Quote]

---

04-20-2009, 04:46 PM                                                    #472

...............                                                    Posts: n/a

Quote:

> Originally Posted by **scooters and clocks**
> *Thanks for the answer...gee... that was why?*

He left out the confession too.

[Quote]

---

04-20-2009, 06:36 PM                                                    #473

Unregisteredvcxv                                                    Posts: n/a

**Uhhh**

Fuck, I just came for Shannon again!!! She is so hot, what does she see in this freak? I guess he beats her like he beats prisoners? Either way Chief, could you please tell her

to wash that box now and then, it's getting a little ripe.



04-20-2009, 06:43 PM                                                        #474

and whaddya beat                                                      Posts: n/a

Quote:

Originally Posted by **Unregisteredvcxv**
*Fuck, I just came for Shannon again!!! She is so hot, what does she see in this freak? I guess he beats her like he beats prisoners? Either way Chief, could you please tell her to wash that box now and then, it's getting a little ripe.*

YOUR MEAT
SPANKY!!!!!!!!!!!!!!

04-20-2009, 06:48 PM                                                        #475

imkevsielamm                                                          Posts: n/a

Quote:

Originally Posted by **Unregisteredbecauseican**
*when all one has is critique of spelling, actually simple typos, the argument is done.*

*remember this stupid statement when they are given real jail time because i will.*

hi ho loser

04-20-2009, 06:54 PM                                                        #476

memories of coolness                                                 Posts: n/a

Quote:

Originally Posted by **holy crap 214**
*Lets see how many people recognize me?*
*http://www.flickr.com/photos/pollyt/130852118/*

hi ho

04-20-2009, 07:02 PM                                                        #477

Unuumvbykevies buddies                                               Posts: n/a

http://www.flickr.com/photos/pollyt/...in/set-703576/
http://www.flickr.com/photos/pollyt/...in/set-703576/

04-20-2009, 07:04 PM                                                        #478

Unregistereddirty              **[GEORGE HESSE]**                    Posts: n/a

CONFIDENTIAL                                                          P 01194

**dirty1**

Quote:

> Originally Posted by **SANDMAN**
> *Handcuffs work really good when needed to restrain someone.*
>
> *I guess they did not train "SGT" Hesse to use handcuffs!*

thats right..thats why gilberd wasn't wearing any

Quote

04-20-2009, 07:10 PM                                                    *#479*

Unregistereddirty          **[GEORGE HESSE]**                 Posts: n/a

**dirty1**

Quote:

> Originally Posted by **SANDMAN**
> *Thanks again for allowing me to correct myself ...*
>
> *"SGT". Hesse is not qualified to be SERGEANT!*
>
> *BTW the word you were looking for is incredible not incredulous.*
>
> *Soon everyone will know Hesse is really not a SERGEANT!*

Hey, Guess what??...the DA had the same complaint and wanted to further charge Hesse with with falsifying who he was. Motion was denied by Judge Condon and he further stated that if the village appointed him to these duties i guess he was acting in his capacity as such.

Quote

04-21-2009, 02:12 AM                                                    *#480*

Unregisteredjbaker                                              Posts: n/a

Just wondering, are any of the 'five former ocean beach police officers' currently employed as Police Officers?

Quote

Post Reply          Page 48 of 59  « First < 38 46 47 **48** 49 50 58 > Last » ⌄

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

CONFIDENTIAL

[vB code](#) is **On**
[Smilies](#) are **On**
[[IMG]](#) code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S) | Go

All times are GMT -5. The time now is 11:14 AM.

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

[Powered by Company Name Here](#)

CONFIDENTIAL

P 01196



**Ocean Beach Police Corruption**

User Name [User Name]   ☐ Remember Me?
Password [                ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 49 of 59  « First < 39 47 48 **49** 50 51 > Last »

Thread Tools ⌄  Display Modes ⌄

04-21-2009, 07:14 AM                                                          #481

Unregisteredmemories                                                    Posts: n/a

Quote:

Originally Posted by **Rat hater**
*Kevin Lamm and Frank Fiorello, Why don't you 2 take your lumps like real men and
move on. The Deputy Chief let you go because you guys abuse the public. That is
not how we do bussiness in this department. He was a gentleman about it and
assured you guys he would give favorable references. You were well with in your
right to go to civil service to inquire about yout rights, and if you could be let go.
But when you started to throw accusations around that was yet another case of you
guys crossing the line. Just like so many times in the past. And now you wonder
why you are on the outside looking in. You are at will employees, well I mean were.
Now you have even less credibility than you did before. Congratulations for truely
earning the title "**RAT**" Niether of you will ever work another law enforcement job
here in the United States. Maybe if you are lucky you can get a job working in Iraq,
I hear they will take anyone over there. But you may become canon fodder! Good
luck you rat bastards!*

.

[Quote]

04-21-2009, 07:14 AM                                                          #482

Unregisteredmemories                                                    Posts: n/a

Quote:

Originally Posted by **;100291**
*you guys are all done,...pathetic little men...*

*Watching you leave with your head between your legs from the meeting..amuzing..*

*watching you get on the water taxi with your head between your legs.. funny*

*going to civil service to be a rat and getting no play.. hysterical..*

*trying to get a job with another law enforcement agency and not getting one..
pricless*



□ 04-21-2009, 07:37 AM · #483

kevina · Posts: n/a

Quote:

> Originally Posted by **spell this**
> *Ocean Beach*
> *The Land Of No.*
>
> *Unless Your The Police,*
> *Then Its Beat You Down Before You Go.*
>
> *I Can Not Wait To See*
> *The Chief Take A Plea*
>
> *Then The Beach Will Return To*
> *The Place To Be.*

Hows the plea looking ???????????????

□ 04-21-2009, 08:48 AM · #484

lamm-m+e · Posts: n/a

Quote:

> Originally Posted by **shannoneatsloads**
> *not as much as your gonna spend behind bars chief, for beating innocent people and having sex with young girls. Yeah, they know about you, Mitch,*

.

□ 04-21-2009, 08:51 AM · #485

Unregistereda · Posts: n/a

Quote:

> Originally Posted by **Another clown caper**
> *Ok, Ok I want to know who it is that is so angry because they aren't cops any more??? I am guessing that Kevin Lamm I wearing an Eddie Carter red clown wig while getting banged by Frank Fiorello, Tom Snyder is pushing from behind like the angry bitch that he is. The retard Joe Noffi is laughing while jeking off to the whole circus act!!! One thing still hasnt chanaged,,, Bitches. You still aren't cops, you never were.*
>
> *See you in court assholes!!!*

.

□ 04-21-2009, 08:52 AM · #486

Unregistereda · Posts: n/a

Quote:

Originally Posted by **Idiots**
*Ed Carter & Tom Snyder Islip Town Park Rangers, Kevin Lamm Islip MacArthur Airport Security Guard, Joe Nofie Smithtown Park Ranger and Frank Fiorello Square Badge Store Detective. Be careful of what you wish for. You see all of you are screw ups in your daily lives. That is why you are no longer cops. But when you make bogus allegations an investigation will be conducted. Now your past present and futures are all up for review. That will all come out if your case ever goes to trial. Your life of lies will come to light. You will be the ones paying the price in the end and you did it all to yourselves! You could could have just walked away like gentleman, but no. Remember, the truth is the truth!!!*

.

---

□ 04-21-2009, 08:52 AM                                                    #487

Unregistereda                                                        Posts: n/a

Quote:

Originally Posted by **Unregisteredgd**
*Another thing hasn't changed either Chief...Your still under indictment for your crimes.
And cmon Chief, if you think you are a real cop....please. In the end, you will burn for what you did, and the Beach will fold up shop. They will have to pay for your crimes, and you will be going to jail. This is AMERICA you scumbag, people have a right to not be beaten by the "police" for no reason!!*

.

---

□ 04-21-2009, 09:46 AM                                                    #488

Unregistereddirty              **[GEORGE HESSE]**                    Posts: n/a

**dirty1**

Quote:

Originally Posted by **Unregisteredjbaker**
*Just wondering, are any of the 'five former ocean beach police officers' currently employed as Police Officers?*

NO!!!

---

□ 04-21-2009, 09:50 AM                                                    #489

Unregistereddirty              **[GEORGE HESSE]**                    Posts: n/a

**dirty1**

Quote:

Originally Posted by **Unregistereda**
.

WOW...once again...you were wrong!!

---

□ 04-21-2009, 05:40 PM                                                    #490

dis con                                                                    Posts: n/a



According to media accounts, after the drunk broke a glass, the bar bouncer escorted the drunk to the police station for the purpose of charging him with an offense.

Is this legal? Doesn't the law require an officer personally observe the offense before he can issue a criminal court ticket?

Page 49 of 59 « First < 39 47 48 **49** 50 51 > Last »

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

Forum Jump


Police Issues (N/S)

All times are GMT -5. The time now is 11:14 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?
Password [                    ] (Log in)

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 50 of 59 « First < 40 48 49 **50** 51 52 > Last » ☐

Thread Tools ⌄ Display Modes ⌄

---

☐ 04-21-2009, 06:01 PM                                                          #**491**

Unregisteredno                    **[GEORGE HESSE]**                    Posts: n/a

☐ **doesn't matter now**

---

Quote:

> Originally Posted by **dis con** ☐
> *According to media accounts, after the drunk broke a glass, the bar bouncer escorted the drunk to the police station for the purpose of charging him with an offense.*
>
> *Is this legal? Doesn't the law require an officer personally observe the offense before he can issue a criminal court ticket?*

He plead guilty to the littering

[Quote]

---

☐ 04-21-2009, 06:12 PM                                                          #**492**

Unregistered softballs                                                          Posts: n/a

☐

---

Quote:

> Originally Posted by **Brandon Vera** ☐
> *Hold on...are you telling me the Ocean Beach cops refused to testify and hid behind....err, I mean, invoked their right to remain silent?*
>
> ***Hiding behind your 5th amendment right to remain silent is what perps, lowlifes and other bad guys do, isn't it?***
>
> *When facing criminal allegations made against them, real cops or citizens stand up and proclaim their innocence for all the community to hear.*
>
> *Real cops or citizens swagger up to the witness stand, swear to tell the truth, and offer a truthful account of what they observed and heard at the time and place in question......**while guilty cops or citizens hide behind their 5th amendment right.***

You are correct. Innocent people are not afraid of being cross examined. Only scumballs with something to hide would refuse to proclaim their innocence before a jury.

Allowing another cop to help judge these officer's conduct does not make sense.

Whats next, permitting known organized crime figures to sit on the jury involving other crime family members charged with crimes?

Obviously the Suffolk DA wanted these cops to be acquitted.

This whole friggin island is corrupt.

---

04-21-2009, 06:40 PM                                                            #493

Unregistereddirty                      **[GEORGE HESSE]**                Posts: n/a

**dirty1**

Quote:

> Originally Posted by **Unregistered softballs** 
> *You are correct. Innocent people are not afraid of being cross examined. Only scumballs with something to hide would refuse to proclaim their innocence before a jury.*
>
> *Allowing another cop to help judge these officer's conduct does not make sense.*
>
> *Whats next, permitting known organized crime figures to sit on the jury involving other crime family members charged with crimes?*
>
> *Obviously the Suffolk DA wanted these cops to be acquitted.*
>
> *This whole friggin island is corrupt.*

Dont you retards know that that no one testified on the behalf of the defense. i'm sure it was planned to have both officers testify on their own behalf but the prosecutions case was that weak. Sorry to disappoint but thats the justce system

---

04-21-2009, 11:11 PM                                                            #494

Unregisteredjclarke                                                      Posts: n/a

Can anyone advise where any of these guys are working as Police Officers? (i.e.; Lamm, Fiorello, etc.) Snyder and Carter work in Islip Town Parks, Nofi works part time for Babylon Bay Constables. Lamm is a security guard. What about Fiorello? Anything?

---

04-22-2009, 06:12 AM                                                            #495

torte                                                                    Posts: n/a

Quote:

> Originally Posted by **dis con** 
> *According to media accounts, after the drunk broke a glass, the bar bouncer escorted the drunk to the police station for the purpose of charging him with an offense.*
>
> *Is this legal? Doesn't the law require an officer personally observe the offense before he can issue a criminal court ticket?*

The bouncer used his right of civilian arrest, he was the complaintant, obpd acted on his behalf processing the arrest.

Perfectly legal

---

04-22-2009, 08:44 AM                                                    #496

**Harry's Place** ○                                        Join Date: Apr 2008
Senior Member                                              Posts: 309
**Site Admin**

We had this recently. An irate motorist pushed a motorcyclist off a bike in an intersection. The biker refused to press charges. With the motorists's admissions, we issued an FAT for discon even though we didn't witness it.

Good arrest? I think so. We don't have to be right, only reasonable. They'll figure it out.

---

04-22-2009, 08:44 AM              **[GEORGE HESSE]**                      #497

Unregisteredhello                                          Posts: n/a

**we love frank**

> Quote:
>
> Originally Posted by **Unregisteredjclarke** 
> *Can anyone advise where any of these guys are working as Police Officers? (i.e.; Lamm, Fiorello, etc.) Snyder and Carter work in Islip Town Parks, Nofi works part time for Babylon Bay Constables. Lamm is a security guard. What about Fiorello? Anything?*

I think fiorillo has been unemployed since ocean beach. He's waiting for the big pay day...

---

05-04-2009, 09:24 PM              **[PATRICK CHERRY]**                     #498

man up jerk offs                                           Posts: n/a

⚠ **Free the four at last**

Who is the blowjob complaining about exercising their right to remain silent. He or she has no idea how our legal system is set up. ADA Biancavilla had no case. In fact his own experts cleared the officers of any wrong doing by their expert testimony. These were the DA's own witnesses. But it was The DA investigators under the direction of Pete

Tartaglia who wanted to make something of nothing. It was his cancer crew Investigator Burk and Walkinthien, aka Gorbichev who tried their best to intimidate all the winesses into telling it the way they wanted.

Then lets not forget the discraced piece of shit Dave Gerdon who purgered himself the get back at the acting chief for firing him. He was fired for stealing. He was useless anyway as a cop back then as he is today. The hated him in the 3rd and now he is looked upon as a piece of shit rat.

Oh and lets not forget Court Officer/ ex Police Officer Paul Carolo. The best thing he can do now is hang himself in his garage. But is is to cowardly to do that. So the next best thing is to leave the state and get a job elsewhere. But he will always be a rat and that will follow him wherever he goes. To bad you didnt have balls you lying fuck! Good luck getting your gun back with the courts!

Then we have the 5 jerk offs who went running to the DA after they too were fired for incompetence and misconduct. Then they have the audacity to sue claiming they were wrongly terminated. When in fact they were the ones who had committed all the misconduct and that was the reason for their termination. With all the depositions nearly done you attorney knows you all haned him a bag of shit. There will be no pay day. So Kevin Lamm, Joe Nofi, Tom Snyder, Ed Carter and Frank Fiorillo... No pay day for you. What will happen when a slander suite is brought against you 5 and you are all found personally liable??? Oh and Kevin, it is only a matter of time before one of your roid rages get you in trouble elsewhere. And did the town send you for a drug test yet?

The only losers here are the taxpayers who footed the bill for this persecution. This cost thousands of dollars only to prove that Sam Gilbard was an obnoxious drunk who was out of control that night. In fact this wasnt the first time he has done that. There were at least 2 other times he has had run ins with the law because of his drinking and drug abuse problem.

So Kevin Lamm and Frank Fiorillo, get over yourselves and move on. If you insist upon attacking anyone be man enough to sign your name to it. Oh thats right you arent even men! You are rats and will always be rats!!!

05-05-2009, 10:39 AM                                                              #499

AUNTIE EM                                                                    Posts: n/a

"If you insist upon attacking anyone be man enough to sign your name to it."

Ok "Man Up..." ...So here you go attacking Samuel Gilberd saying he has had run ins at least 2 other times with the law because of his drinking and drug abuse problem - and you do not even sign your name!

Sam Gilberd admitted to drinking that night - there was no drugs found in his system - After he threw the bottle - the bouncer dragged him backwards to the Police station - Then, the cops wrote him a ticket for a crime they did not witness - Gilberd kicked the door on the way out - this angered Sgt. Hesse and he was pulled back into the police station and got his stomach stomped upon by Hesse' boots - He almost died!

If Gilberd was so "out of control that night" he should have been handcuffed!

Rest assured there will be NO cops - especially NYC cops tainting up the jury pool on Gilberd's civil trial!

---

☐ 05-05-2009, 11:02 AM                                                    #500

Unregistered701                **[GEORGE HESSE]**                Posts: n/a

[quote=AUNTIE EM;278593]"If you insist upon attacking anyone be man enough to sign your name to it."

Ok "Man Up..." ...So here you go attacking Samuel Gilberd saying he has had run ins at least 2 other times with the law because of his drinking and drug abuse problem - and you do not even sign your name!

Sam Gilberd admitted to drinking that night - there was no drugs found in his system - After he threw the bottle - the bouncer dragged him backwards to the Police station - Then, the cops wrote him a ticket for a crime they did not witness - Gilberd kicked the door on the way out - this angered Sgt. Hesse and he was pulled back into the police station and got his stomach stomped upon by Hesse' boots - He almost died!

If Gilberd was so "out of control that night" he should have been handcuffed!

Rest assured there will be NO cops - especially NYC cops tainting up the jury pool on Gilberd's civil trial![/QUOT

It a Jury of Peers! That includes cops!

[Post Reply]          Page 50 of 59 « First < 40 48 49 **50** 51 52 > Last » ⇱

« Previous Thread | Next Thread »

---

**Posting Rules** ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)                        ▸ ☉

---

All times are GMT -5. The time now is 11:14 AM.

CONFIDENTIAL

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name | User Name | ☐ Remember Me?
Password | | [Log in]

Register    FAQ    Members List    Calendar    Today's Posts    Search

[Post Reply]

Page 51 of 59  « First < 41 49 50 **51** 52 53 > Last »

Thread Tools ⌄ Display Modes ⌄

☐ 05-05-2009, 11:11 AM                                #501

AUNTIE EM                                    Posts: n/a

Your cliche is just as pathetic as you are as well as the OBPD!

[Quote]

☐ 05-05-2009, 01:05 PM                                #502

Unregistereddirty          **[GEORGE HESSE]**          Posts: n/a

📄 **dirt1**

Quote:

> Originally Posted by **AUNTIE EM** ⧉
> *"If you insist upon attacking anyone be man enough to sign your name to it."*
>
> *Ok "Man Up..." ...So here you go attacking Samuel Gilberd saying he has had run ins at least 2 other times with the law because of his drinking and drug abuse problem - and you do not even sign your name!*
>
> *Sam Gilberd admitted to drinking that night - there was no drugs found in his system - After he threw the bottle - the bouncer dragged him backwards to the Police station - Then, the cops wrote him a ticket for a crime they did not witness - Gilberd kicked the door on the way out - this angered Sgt. Hesse and he was pulled back into the police station and got his stomach stomped upon by Hesse' boots - He almost died!*
>
> *If Gilberd was so "out of control that night" he should have been handcuffed!*
>
> *Rest assured there will be NO cops - especially NYC cops tainting up the jury pool on Gilberd's civil trial!*

According to the 11 other people on the jury, it didn't happen either.. sorry to disappoint you...oh and ah..he didn't almost die retard...i guess you weren't at the trial.. oh thats right..you asses came on the day they summed up the case.. you fucking losers.. looks like you all go to the same barber.. baldies are us..put your heads

together and make a huge ass out of yourself. oh wait, you already did that with all your slanderous remarks about the OBPD.. how does it feel to be begging for a settlement.. I think they should hold out a long time and not give you a cent.. hey, one other thing, sam may not have had drugs in his system that night but he did say to the doctor that he regularly uses coke and marijuana. was in his med report.. i love how you guys stick up for a guy like this when you beat everyone up you came in to contact with. Especially frank, joe and kevin.. how are you guys feeling these days knowing you'll never be cops again... Hey frank, do you even have a job yet?

---

05-05-2009, 02:12 PM      #**503**

AUNTIE EM      Posts: n/a

If Samuel Gilberd was so out of control - why wasn't he handcuffed?

---

05-05-2009, 07:00 PM      #**504**

Unregisteredfds      Posts: n/a

**hmm**

> Quote:
> Originally Posted by **AUNTIE EM**
> *If Samuel Gilberd was so out of control - why wasn't he handcuffed?*

cause the "Chief" used all his cuffs chaining those '18' year old girls to his desk so they couldn't get away.

---

05-06-2009, 03:55 AM      #**505**

Unregisteredghj      Posts: n/a

> Quote:
> Originally Posted by **AUNTIE EM**
> *"If you insist upon attacking anyone be man enough to sign your name to it."*
>
> *Ok "Man Up..." ...So here you go attacking Samuel Gilberd saying he has had run ins at least 2 other times with the law because of his drinking and drug abuse problem - and you do not even sign your name!*
>
> *Sam Gilberd admitted to drinking that night - there was no drugs found in his system - After he threw the bottle - the bouncer dragged him backwards to the Police station - Then, the cops wrote him a ticket for a crime they did not witness - Gilberd kicked the door on the way out - this angered Sgt. Hesse and he was pulled back into the police station and got his stomach stomped upon by Hesse' boots - He almost died!*
>
> *If Gilberd was so "out of control that night" he should have been handcuffed!*
>
> *Rest assured there will be NO cops - especially NYC cops tainting up the jury pool*

*on Gilberd's civil trial!*

A bit off. Gilberd was issued a fat ticket for a civilian arrest by the bouncer. obpd acted on his behalf. Once he was issued the ticket he was free to leave. He could not be handcuffed at that point. During the time he was in the pct he did not act out.

[Quote]

---

05-06-2009, 04:35 AM                                                                                    #506

Unregisteredsdff                                                                              Posts: n/a

Quote:

> Originally Posted by **AUNTIE EM** »
> "
>
> *Rest assured there will be NO cops - especially NYC cops tainting up the jury pool on Gilberd's civil trial!*

No. It will be taxpayers. Who will ultimately foot the bill for the civil award. Since the police were indeminified, and will not pay one cent towards the award
So dont expect them to be any more sympathetic, if its bullshyt, its bullshyt.
No freebies.

[Quote]

---

05-06-2009, 10:56 AM                                                                                    #507

AUNTIE EM                                                                                     Posts: n/a

So if Samuel Gilberd was so "out of control that night" why was he not IMMEDIATELY HANDCUFFED upon entering the Police Station with the bouncer and then held at the pct.?

Why would "Sgt Hesse" permit someone to be "free to leave" if he was "out of control"?

So Samuel Gilberd proceeds to leave - he kicks the door on his way out - but he doesn't "leave" because his wife finds him unconscious on the floor of the police station.

[Quote]

---

05-06-2009, 11:09 AM                                                                                    #508

anty em sux                                                                                  Posts: n/a

Quote:

> Originally Posted by **AUNTIE EM** »
> *So if Samuel Gilberd was so "out of control that night" why was he not IMMEDIATELY HANDCUFFED upon entering the Police Station with the bouncer and then held at the pct.?*
>
> *Why would "Sgt Hesse" permit someone to be "free to leave" if he was "out of*

*control"?*

*So Samuel Gilberd proceeds to leave - he kicks the door on his way out - but he doesn't "leave" because his wife finds him unconscious on the floor of the police station.*

Easy enough, he was out of control after he was issued the summons. Obviously he was not out of control if the bouncer escorted him to the pct. No doubt he was a arrogant prick who got pissed off afterwards and decided to throw a hissy fit.
Every year at least one motorist who is as calm as pie, but as soon as he gets his tickets, he flies off the handle and rushes me or drives off recklessly, and ends up getting locked up. This is no different. Except add in the alcohol wildcard.

And what exactly are you going to do anyway, make him stay overnight on a littering ordinance? Refuse him bail...lol cmon rook

`Quote`

---

◻ 05-06-2009, 11:18 AM                                                    #509
Unregist ered                                                       Posts: n/a
▤

Quote:

Originally Posted by **AUNTIE EM** ◪
*So if Samuel Gilberd was so "out of control that night" why was he not IMMEDIATELY HANDCUFFED upon entering the Police Station with the bouncer and then held at the pct.?*

*Why would "Sgt Hesse" permit someone to be "free to leave" if he was "out of control"?*

*So Samuel Gilberd proceeds to leave - he kicks the door on his way out - but he doesn't "leave" because his wife finds him unconscious on the floor of the police station.*

The fact that the bouncer walked him to the pct and he was not cuffed and did not start trouble until after the summons was issued, leads me to think the officers didnt do anything wrong. But if they did, so what?
It was a mistake in judgement. The police are expected to read a person and predict his or her actions. Sometimes they get it right sometimes they dont.
That doesnt mean they lied.

`Quote`

---

◻ 05-06-2009, 11:20 AM                                                    #510
not what it said                                                    Posts: n/a
▤

I didnt read where it stated the perp was out of control from the second he walked into the police stationhouse to when he left.

`Quote`

---

`Post Reply`                    Page 51 of 59 « First < 41 49 50 **51** 52 53 > Last » ▾

CONFIDENTIAL                                                           P 01210

« Previous Thread | Next Thread »



Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:14 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



The Schwartz Report



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [            ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]  Page 52 of 59 « First < 2 42 50 51 **52** 53 54 > Last »

Thread Tools ⌄ Display Modes ⌄

☐ 05-06-2009, 12:55 PM                                                          #511
Unregistered050609                                                    Posts: n/a

Anyone know if the OBPD hires female cops?

[Quote]

☐ 05-06-2009, 12:55 PM                                                          #512
Unregisteredunced                                                     Posts: n/a

Quote:
Originally Posted by **AUNTIE EM** ⌐
*If Samuel Gilberd was so out of control - why wasn't he handcuffed?*

obviously he was not out of control the entire night. Otherwise he would have been locked up earlier.
Obviously he wasnt out of control while in custody of the bouncer, or the police dept, because he would have been cuffed or arrested for it.
Obviously he was out of control after leaving the pd. And then he was handcuffed. Got it now?

[Quote]

☐ 05-06-2009, 12:57 PM                                                          #513
auntieisa slut                                                        Posts: n/a

Quote:
Originally Posted by **AUNTIE EM** ⌐
*So if Samuel Gilberd was so "out of control that night" why was he not IMMEDIATELY HANDCUFFED upon entering the Police Station with the bouncer and then held at the pct.?*

*Why would "Sgt Hesse" permit someone to be "free to leave" if he was "out of control"?*

Because he wasnt out of control at the time sgt hesse permitted him to leave. He was out of control on his way out. I dont recall reading where sgt hesse stated the shytbag was out of control that night...can you provide a link?

[Quote]

☐ 05-06-2009, 01:14 PM                                                          #514



Unregisteredfg                                                          Posts: n/a

Quote:

Originally Posted by **AUNTIE EM**
*am Gilberd admitted to drinking that night - there was no drugs found in his system*

Why was he drug tested? What judge ordered that blood warrant?

05-06-2009, 01:45 PM                                                        #515

Unregistered050609                                                     Posts: n/a

Can someone answer my question?
Does OBPD hire female cops?

05-06-2009, 02:10 PM                                                        #516

stoopit ??                                                             Posts: n/a

Quote:

Originally Posted by **Unregistered050609**
*Can someone answer my question?*
*Does OBPD hire female cops?*

All depts are required to hire any candidate. Obpd cannot discriminate.

05-06-2009, 02:18 PM                                                        #517

UnregisteredsSTOOPIT                                                   Posts: n/a

When was the last time they hired a female?

05-06-2009, 02:23 PM                                                        #518

UnregisteredSTOOPIT                                                    Posts: n/a

Quote:

Originally Posted by **UnregisteredsSTOOPIT**
*When was the last time they hired a female?*

Wghen was the last female to apply/take test/ jump through hoops or whatever you do to get on?

05-06-2009, 03:20 PM                                                        #519

they hired girls                                                      Posts: n/a

Quote:

Originally Posted by **UnregisteredsSTOOPIT**
*When was the last time they hired a female?*

CONFIDENTIAL



It didnt work out too well,
they hired 4, ugly as mutt.
Ed (needle dick)Carter
Tom (Kiddie porn) Snyder
Kevin(takes it in the poop shoot) Lamm
Joe (throat job) Nofie
Frank ( piss on me) Fiorello

05-06-2009, 03:25 PM                                              #520

UnregisteredSCPDproud                                      Posts: n/a



Obpd Is A Disgrace To Law Enforcement.

Page 52 of 59 « First < 2 42 50 51 **52** 53 54 > Last » ⌄

« Previous Thread | Next Thread »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)   

All times are GMT -5. The time now is 11:14 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



User Name [User Name            ]  ☐ Remember Me?
Password [                    ]  [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Thread Tools  Display Modes



05-06-2009, 03:39 PM                                               #521

lolololololololololololol                                   Posts: n/a

Quote:

> Originally Posted by **they hired girls**
> *It didnt work out too well,*
> *they hired 4, ugly as mutt.*
> *Ed (needle dick)Carter*
> *Tom (Kiddie porn) Snyder*
> *Kevin(takes it in the poop shoot) Lamm*
> *Joe (throat job) Nofie*
> *Frank ( piss on me) Fiorello*

ahh thats funny

Quote

05-06-2009, 05:18 PM                                               #522

Unregisteredyyy                                             Posts: n/a

How many PO'S WORKING at OBPD RIGHT NOW?

Quote

05-06-2009, 05:20 PM                                               #523

Unregistered23562346                                        Posts: n/a

**female cops**

I grew up in Ocean Beach, Fire Island.

I remember there used to be at least 3 female cops through recent years working for the OBPD, however, not at the same time.

This is an estimate, and it may have been a few more, but not less.

Quote

05-06-2009, 05:25 PM                                                                    #524

Unregistered050609                                                          Posts: n/a

Please define recent by stating YEAR.

---

05-06-2009, 05:50 PM                                                                    #525

UnregisteredBRIDGITTE                                                       Posts: n/a

OBPD does not want to currently hire women cops it would ruin the good ol boys club that they've got going on.

Look at their posts on this forum!
These are posts by the cops working there now.

Their posts are totally unprofessional - disrespectful - abusive - slanderous - DISGUSTING.

OBPD does make a mockery out of law enforcement!

---

05-06-2009, 07:52 PM                           **[GEORGE HESSE]**                       #526

Blow me Auntie M                                                            Posts: n/a

🔴 **Poor little Sammie,**

First off Sam Gilbard stated on the record he had aprox 18 drinks that night. When EMS got on sceene the administered Narcan and got a positive response. That means he had taken some kind of narcotic based drug. His friend on sceene told EMS that he is a recreational drug user. Oh and lets not forget that his blood alcohol level was .30 at 7:30am in the hospital.

But lets not pick on poor Sammie.

Oh and his 2 other run ins with the law were 6 days apart. That all came out during the sandoval hearing. the judges ruling was that it couldnt be brought out during the trial unless he or the DA opened the door.

But lets not pick on poor Sammie

Now his ruptured bladder may or may not have happened in police custody. According to the DA's own medical experts it could have even happened if he fell of a bar stool with his bladder being so distended from all his drinking. And the Suffolk County Medical Examiner also stated that he may have even happened in the ER when they were inserting the foley cathater with him being so drunk and combative.

But lets not pick on poor Sammie

Then you complain about about the jury's verdict. Well it was all 12 of them. Not just one of them. The fact that a cop was on the jury. means nothing. The DA courd have

exercised a challenge to have him removed. But he didn't. Remember a jury of your peers. That means anyone and everyone serves these days. No exemptions.

But lets not pick on poor Sammie.

As for the civil suit. He will get paid and paid well. But he will also be assessed a percentage of responsibility for his own actions. So his pay day certainly will not be anyware near 22 million.

Or are you really talking about the your own civil suit? The bogus suit filed by the 5 losers who got fired. I know you all had high hopes that the Deputy Chief would get convicted. That would only bolster your own suit. But as your own attorney is seeing he was sold a box of rocks by you guys. No pay day sorry!!!

Now you ask if OBPD hires women. Why yes they do. But they fired 5 of them in one shot for being cunts! Their names are Ed Carter, Tom Snyder, Kevin Lamm, Frank Fiorillo and Joe Nofi. They werent fired for being women or females. They were fired for incompetence and misconduct. But they have the audacity to claim it was the Chief and other members of the department who were guilty of misconduct. Grow some balls and take responsibility for your own actions!

Now don't take my word for it, or the word of any of the officers who work there. Maybe they should ask officers who worked with the the 5 clowns and have left for other police jobs. NYPD, NYSP, MTAPD, SCPD and so on. They will only confirm what your own lawyer had found out after hundreds of billable hours that he will never get paid for.

So Ed, Tom, Kevin, Frank and Joe. Keep your circle jerk going. Because when it is all over. The only thing you will have is each others dicks in your hands!!!

But lets not pick on poor Sammie!

[Quote]

---

☐ 05-06-2009, 08:10 PM                    **[TY BACON]**                              #527
Kevin & Frank toss salad                                                    Posts: n/a

🌐 **Keving getting his salad tossed at the park and ride**

Media accounts have it that Kevin Lamm was seen getting his salad tossed at a local park and ride by Frank Fiorillo. During this time The toothless Ed Carter was wearing a red clown wig while banging the retarded Joe Nofi in the ass, while the angry Tom Snyder was pushing from behind. This was all in celebration of their big payday that is forth coming from lawsuit. That they were all so giddy with excitement the circle jerk wasn't cutting it anymore!

click on www.news12longisland.com for more on this breaking story

[Quote]

---

☐ 05-06-2009, 08:14 PM                                                         #528
Lyoto Machido                                                               Posts: n/a

Quote:

> Originally Posted by **Blow me Auntie M**
> *And the Suffolk County Medical Examiner also stated that he may have even happened in the ER when they were inserting the foley cathater with him being so drunk and combative.*

I'll bet you would be combative if someone grabbed a hold of your penis and inserted a tube up your urethra.

**Foley catheters are flexible (usually latex) tubes that are passed through the urethra during urinary catheterization and into the bladder to drain urine.**

---

◻ 05-06-2009, 08:44 PM                                                    #529

Unregistereddirty           **[GEORGE HESSE]**              Posts: n/a

📄 **dirty1**

Quote:

> Originally Posted by **UnregisteredBRIDGITTE**
> *OBPD does not want to currently hire women cops it would ruin the good ol boys club that they've got going on.*
>
> *Look at their posts on this forum!*
> *These are posts by the cops working there now.*
>
> *Their posts are totally unprofessional - disrespectful - abusive - slanderous - DISGUSTING.*
>
> *OBPD does make a mockery out of law enforcement!*

How do they make a mockery out of law enforcement??.. and yes.. they are processing one woman for the job.. she's a retired Det from the NCPD.. are you going to beat her up now also.. losers

---

◻ 05-06-2009, 08:46 PM                                                    #530

Spencer Fisher                                                Posts: n/a

📄

Quote:

> Originally Posted by **Blow me Auntie M**
> *Now you ask if OBPD hires women. Why yes they do. But they fired 5 of them in one shot for being cunts! Their names are Ed Carter, Tom Snyder, Kevin Lamm, Frank Fiorillo and Joe Nofi. They werent fired for being women or females. They were fired for incompetence and misconduct. But they have the audacity to claim it was the Chief and other members of the department who were guilty of misconduct. Grow some balls and take responsibility for your own actions.*

Hmmmm...even though none of these 5 officers were charged with crimes, the Ocean Beach PD fires all 5 officers for incompetence and misconduct.

CONFIDENTIAL                                              P 01218

Yet the Nassau County PD refuses to fire an officer convicted of committing the crime of perjury.

**NCPD Cop – Convicted Perjurer Remains OTJ**

Can anyone offer an explanation for why the criminal justice system on Long Island is so screwed up?

Isn't there a standard that We The People can hold these police departments accountable to?



Post Reply

Page 53 of 59 « First < 3 43 51 52 **53** 54 55 > Last » ⬇

« **Previous Thread** | **Next Thread** »

---

Posting Rules ⊠

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) [Go]

All times are GMT -5. The time now is 11:15 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

**Powered by Company Name Here**



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [                ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 54 of 59 « First < 4 44 52 53 **54** 55 56 > Last »

Thread Tools ⌄ Display Modes ⌄

---

☐ 05-06-2009, 09:09 PM                                           #531

Gabriel Gonzaga                                            Posts: n/a

Quote:

> Originally Posted by **Blow me Auntie M** 🔗
> *As for the civil suit. He will get paid and paid well. But he will also be assessed a percentage of responsibility for his own actions. So his pay day certainly will not be anyware near 22 million.*

Why do you believe Sammy should be paid?

After all, according to you, he caused his own problems and the cops did nothing wrong.

Can the police refuse to tell their side of the story in a civil proceeding?

[Quote]

---

☐ 05-06-2009, 09:17 PM          **[GEORGE HESSE]**          #532

Unregisteredhelp                                          Posts: n/a

**no there is no justice**

Quote:

> Originally Posted by **Spencer Fisher** 🔗
> *Hmmmm...even though none of these 5 officers were charged with crimes, the Ocean Beach PD fires all 5 officers for incompetence and misconduct.*
>
> *Yet the Nassau County PD refuses to fire an officer convicted of committing the crime of perjury.*
>
> **NCPD Cop – Convicted Perjurer Remains OTJ**

---

> *Can anyone offer an explanation for why the criminal justice system on Long Island is so screwed up?*
>
> *Isn't there a standard that We The People can hold these police departments accountable to?*

There is a difference between full time police officers like NCPD or SCPD who have Civil Service protection. These 5 were part timers that have no protection. They are at will employees. They can be let go without cause.

`Quote`

---

☐ 05-06-2009, 09:22 PM                    **[GEORGE HESSE]**                    #**533**

Unregisteredhelp                                                        Posts: n/a

📄 **no there is no justice**

Quote:

> Originally Posted by **Gabriel Gonzaga** 🔗
> *Why do you believe Sammy should be paid?*
>
> *After all, according to you, he caused his own problems and the cops did nothing wrong.*
>
> *Can the police refuse to tell their side of the story in a civil proceeding?*

No one believes he should be paid. Its just the way the system works. In a criminal proceeding you need beyond a reasonable doubt to be convicted. In a civil proceeding all you need is a preponderance of the evidence to win a settlement. Just the fact that the cops were found not guilty substantially lowered gilberds settlement. He may walk away with 75 to 100 thousand. it will never go to a civil trial.

`Quote`

---

☐ 05-06-2009, 09:24 PM                    **[GEORGE HESSE]**                    #**534**

Unregisteredhelp                                                        Posts: n/a

📄 **no there is no justice**

Quote:

> Originally Posted by **Unregisteredhelp** 🔗
> *There is a difference between full time police officers like NCPD or SCPD who have Civil Service protection. These 5 were part timers that have no protection. They are at will employees. They can be let go without cause.*

Also, Perjury 3rd is only a misdemeanor. He doesnt have to lose is job for that

`Quote`

---

☐ 05-06-2009, 09:33 PM                                                  #**535**

Spencer Fisher                                                          Posts: n/a

📄

Quote:

> Originally Posted by **Unregisteredhelp** 🔗

CONFIDENTIAL

*There is a difference between full time police officers like NCPD or SCPD who have Civil Service protection. These 5 were part timers that have no protection. They are at will employees. They can be let go without cause.*

Are you saying the Nassau County Police Department did not have cause to fire a police officer arrested for 1st degree perjury and subsequently convicted of 3rd degree perjury?

Do you respect or trust a **police officer** who publicly admits he is a liar and is responsible for filing false reports as well as violating criminal laws?

Do you respect and admire a **police officer** who placed other cops at risk of being charged with and convicted of crimes.

Quote

---

05-06-2009, 09:50 PM                                                                    #536

Spencer Fisher                                                               Posts: n/a

Quote:
> Originally Posted by **Unregisteredhelp**
> *Also, Perjury 3rd is only a misdemeanor. He doesnt have to lose is job for that*

In order to be eligible for a position with the NCPD, an applicant must have a clean criminal record.

Yet, according to the public record, once a person becomes a Nassau County Police Officer he may commit crimes, screw the public over and not have a care in the world about how his criminal conduct affects others?

Yup, no doubt the NCPD hires and maintains officers who are the cream of the crop...and no doubt you are a cop.

Quote

---

05-06-2009, 10:57 PM            **[GEORGE HESSE]**                            #537

Unregisteredhelp                                                            Posts: n/a

**no justice**

Quote:
> Originally Posted by **Spencer Fisher**
> *In order to be eligible for a position with the NCPD, an applicant must have a clean criminal record.*
>
> *Yet, according to the public record, once a person becomes a Nassau County Police Officer he may commit crimes, screw the public over and not have a care in the world about how his criminal conduct affects others?*
>
> *Yup, no doubt the NCPD hires and maintains officers who are the cream of the crop...and no doubt you are a cop.*

I didn't say i agree with it.. i think he should lose his job.. but its up to the job to fire

him..they may have chosen not to.. they still might fire him.. NYCPD has been hiring cops with low class misdemeanors.. I dont agree with that either

[Quote]

---

05-06-2009, 11:52 PM                                                          #538

Unregistered9827389                                                    Posts: n/a

**Kevin Lamm**

Kevin Lamm. Is he the guy who works at Islip MacArthur Airport?

I saw this guy, about 5'9'ish with this weasel looking mustache badgering some old lady for not parking correctly.

When she asked for his name to report him, he got right in her face. He kept threatening her and cursing her out. He said his name is Kevin, sans last name, and that he was a police officer. It was pretty disgusting to watch from the distance.

By the time I finally got up to them, he just walked away. She told me she would report him, but she had a flight to catch.

I'm 99%, but not completely sure this guy was Kevin Lamm. Definitely a Kevin. He's gotta be Kevin Lamm. What are the odds

[Quote]

---

05-07-2009, 05:12 AM                                                          #539

9311111                                                                Posts: n/a

Quote:

> Originally Posted by **Spencer Fisher**
> *In order to be eligible for a position with the NCPD, an applicant must have a clean criminal record.*
>
> *Yet, according to the public record, once a person becomes a Nassau County Police Officer he may commit crimes, screw the public over and not have a care in the world about how his criminal conduct affects others?*
>
> *Yup, no doubt the NCPD hires and maintains officers who are the cream of the crop...and no doubt you are a cop.*

no bad dole tests either right ?

[Quote]

---

05-07-2009, 05:52 AM                      **[TY BACON]**                      #540

On the level                                                           Posts: n/a

**Frank the Drag Queen**

The SCPD is investigating reports that former police officer, now unemployed civilian Frank Fiorillo was stalking young men in Islip Town Parks. It was discovered that when the Park Rangers initially got the call Ranger Tom Snyder was dispatched along with his

---

supervisor Ed Carter. Upon arrival they found Frank in the mens room engaged in oral sex with Kevin Lamm. At the sceen Joe Nofi was found crying saying "what about me, I want some too" with his pants around his ankles. When the 2 rangers figured out the caper they all continued the circle jerk singing " we are going to be rich someday"

Quote

Post Reply

Page 54 of 59  « First < 4 44 52 53 **54** 55 56 > Last » ⟆

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)   Go

All times are GMT -5. The time now is 11:15 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [            ] (Log in)

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 55 of 59 « First < 5 45 53 54 **55** 56 57 > Last »

Thread Tools ⌄ Display Modes ⌄

05-07-2009, 06:20 AM                                                    #541

Unregisteredno!!!                                                    Posts: n/a

Quote:

> Originally Posted by **Lyoto Machido**
> *I'll bet you would be combative if someone grabbed a hold of your penis and inserted a tube up your urethra.*
>
> ***Foley catheters are flexible (usually latex) tubes that are passed through the urethra during urinary catheterization and into the bladder to drain urine.***

Actually I've had arrested many a guy who was drunk and combative get that...(ewwwwwww) and it never, ever affect them, or make them more combative. Remember alcohol numbs you, In some cases the guy even smiled, cuz he thought he was getting some..

[Quote]

05-07-2009, 06:23 AM                                                    #542

Unhijackked                                                    Posts: n/a

Quote:

> Originally Posted by **Spencer Fisher**
> *Hmmmm...even though none of these 5 officers were charged with crimes, the Ocean Beach PD fires all 5 officers for incompetence and misconduct.*
>
> *Yet the Nassau County PD refuses to fire an officer convicted of committing the crime of perjury.*
>
> ***NCPD Cop - Convicted Perjurer Remains OTJ***
>
> *Can anyone offer an explanation for why the criminal justice system on Long Island*

*is so screwed up?*

*Isn't there a standard that We The People can hold these police departments accountable to?*

Hey pally no offense, but since there is an entire thread already, why dont you not hijack this one. I understand its hard to keep interest over on that one, because there isnt a soul on here from Nassau, but cmon already

---

□ 05-07-2009, 06:26 AM                                                       #**543**

itscheaper                                                              Posts: n/a

Quote:

Originally Posted by **Gabriel Gonzaga** □
*Why do you believe Sammy should be paid?*

*After all, according to you, he caused his own problems and the cops did nothing wrong.*

He deserves ZERO.
but what he will get is an estimation of what the trial will cost the county or ocean beach, who ever is sued .
Thats what it always comes down to.

---

□ 05-07-2009, 06:28 AM                                                       #**544**

Royce Gracie                                                            Posts: n/a

Quote:

Originally Posted by **Spencer Fisher** □
*Are you saying the Nassau County Police Department did not have cause to fire a police officer arrested for 1st degree perjury and subsequently convicted of 3rd degree perjury?*

*Do you respect or trust a **police officer** who publicly admits he is a liar and is responsible for filing false reports as well as violating criminal laws?*

*Do you respect and admire a **police officer** who placed other cops at risk of being charged with and convicted of crimes.*

Hell, even if this guy was fired, he could walk into the nypd and take their free test and be right back in the saddle.

---

□ 05-07-2009, 06:35 AM                                                       #**545**

Unregisteredfreee                                                       Posts: n/a

Quote:

Originally Posted by **Unregisteredhelp**
*I didn't say i agree with it.. i think he should lose his job.. but its up to the job to fire him..they may have chosen not to.. they still might fire him.. NYCPD has been hiring cops with low class misdemeanors.. I dont agree with that either*

Nypd will hire anyone not convicted of a felony or Violent misd. The original charge doesnt matter.

---

□ 05-07-2009, 06:58 AM                                                    #**546**

Unregisteremuchado                                                 Posts: n/a

Quote:

Originally Posted by **Spencer Fisher**
*Hmmmm...even though none of these 5 officers were charged with crimes, the Ocean Beach PD fires all 5 officers for incompetence and misconduct.*

*Yet the Nassau County PD refuses to fire an officer convicted of committing the crime of perjury.*

**NCPD Cop - Convicted Perjurer Remains OTJ**

*Can anyone offer an explanation for why the criminal justice system on Long Island is so screwed up?*

*Isn't there a standard that We The People can hold these police departments accountable to?*

The system is overworked and underfunded, it is based on plea deals not trial.
Adas work scared of going to trial, and more scared of losing, and give up just about anything to get a plea.
Defendants learn this quickly. They are referred to trial attorneys, usually from the city, where trials do dominate courts still. Just hearing this is enough to send a Li ada into a seizure.
While myself and most posters do not work for nassau, as nassau has their own message board, and rarely bother with this crap, being convicted of a misdemeanor in and of itself is not legal grounds to fire a police officer. In fact as the others have posted, nypd allows their applicants to be charged with felonies, and violent misd, as long as the end plea is not either.
The police dept has nothing to do with this plea or the cop maintaining his job. That was the Da's office. If the officers plea was contingent on him not being fired, the da 's office made that happen.
And lets be honest, how many depts in this country would have charged the cop to begin with?

□ 05-07-2009, 07:26 AM                                                    #**547**

the difference                                                          Posts: n/a

Quote:

Originally Posted by **Unregisteredfreee**
*Nypd will hire anyone not convicted of a felony or Violent misd. The original charge doesnt matter.*

This cop is a desk jockey now, nypd cops convicted of crimes are free to roam, and rape their public.

---

05-07-2009, 12:21 PM                                                     #548

**[TY BACON]**

Frank the Fag                                                            Posts: n/a

**Frank is trolling for d*ck**

Hey Frank Fiorello I hear you are trolling for dick at McArthur Airport. This is with the help of your angry friend Kevin.

Happy Hunting!

---

05-08-2009, 07:33 AM                                                     #549

missuguys                                                               Posts: n/a

Quote:

Originally Posted by **On the level**
*The SCPD is investigating reports that former police officer, now unemployed civilian Frank Fiorillo was stalking young men in Islip Town Parks. It was discovered that when the Park Rangers initially got the call Ranger Tom Snyder was dispatched along with his supervisor Ed Carter. Upon arrival they found Frank in the mens room engaged in oral sex with Kevin Lamm. At the sceen Joe Nofi was found crying saying "what about me, I want some too" with his pants around his ankles. When the 2 rangers figured out the caper they all continued the circle jerk singing " we are going to be rich someday"*

Frank "park and ride kingpin" Fiorillo
Joe "salad tosser" Noffi
Kevin"bend over I'll drive "Lamm
Ed"Irish curse" Carter
Tom"tampon fetish" Snyder

---

05-08-2009, 01:39 PM                                                     #550

Hate the Five                                                           Posts: n/a

**Tom the Pedophile**

Tom Snyder how are the little boys doing? I hear that it is making your boy Ed Carter jealous because your little boy lovers put Ed to shame when it come to penis size? Rumor also has it that you two are card carrying members of NAMBLA?



Count the money, count the money!

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)

All times are GMT -5. The time now is 11:15 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name] ▢ Remember Me?
Password [        ] [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

---

[Post Reply]

Page 56 of 59 « First < 6 46 54 55 **56** 57 58 > Last »

Thread Tools ⌄ Display Modes ⌄

---

05-11-2009, 05:33 AM                    **[TY BACON]**                    #551

Auntie M blows everyone                                                   Posts: n/a

👍 **Sammy's suit**

> Quote:
> ────────────────────────────────────────────
> Originally Posted by **Gabriel Gonzaga** ▣
> *Why do you believe Sammy should be paid?*
>
> *After all, according to you, he caused his own problems and the cops did nothing wrong.*
>
> *Can the police refuse to tell their side of the story in a civil proceeding?*

Gabriel,

The transcripts from the trial will all be part of the record in the civil suit. To include Sammy's testimony on his aprox 18 drinks, the medical experts and so on. The officers will certainly be deposed. But now bear this in mind. Sam Gilbard was deemed to be not credible by a jury of 12. He has a long, hard road ahead of him for his payday

[Quote]

---

05-12-2009, 07:50 AM                                                      #552

Unregisteredsoso                                                          Posts: n/a

No one believes the drunk should be paid a cent. Unfortunately, it is often cheaper to settle a case like this, then go to trial.

[Quote]

---

05-12-2009, 03:03 PM                                                      #553

Needle dick Ed                                                            Posts: n/a

🔵 **Carter's dicky do club**

Needle dick Ed Carter shouldn't be so angry and look to try to make money on someone else s back. After all he is a part of the dicky do club. His belly sticks out

further than his dicky do!!! He should just keep to getting a free meal and sleeping on duty.



---

05-18-2009, 04:46 AM · **[PATRICK CHERRY]** · #554

Misconduct · Posts: n/a

**Look in the mirror loser**

None of you 5 alleged there was any misconduct before you got fired hu? Yet those of you were there when Galoppi was there never came forward either. Once again, I guess you were the guilty parties then too!



---

05-21-2009, 10:39 PM · **[GEORGE HESSE]** · #555

Dirty Larry, Make my Bay · Posts: n/a

**Supremo-Honcho**

Quote:

> Originally Posted by **UnregisteredFIDUDE**
> *What Happens On Fire Island...*
> *Doc Says Blue Wall Went Up After Beachfront Beatdown*
>
> *August is typically a festive time of year in any summer-loving beach community, but one man's shocking claims of police brutality, vigilantism and an ensuing cover-up is making waves on Fire Island and beyond.*
>
> *An eye doctor from New Jersey says that last month in Atlantique Beach he was assaulted by off-duty cops, and that Suffolk Police then refused to let him press charges. David Campeas, M.D., an ophthalmologist, was walking two miles down the beach from his Fair Harbor summer home to the Fire Island Synagogue for holiday night services on Saturday, Aug. 9 when he was chased down by three men who accused him of being a flasher, he says. Since he did not have his cell phone on him because it was the Sabbath, he was unable to call the police. He did not believe the admittedly drunk men calling him "faggot" and "pervert" were truly police officers after identifying themselves as such. The three alleged attackers, who were not in uniform, seemed sure that Campeas was the guy who had flashed two 9-year-old girls earlier that night, but Campeas was adamant in declaring his innocence to them. And that's when the beating began, he says.*
>
> *"'The ocean is right here, let's end it now,'" said one of the men beating him, Campeas wrote in an e-mail obtained by the Press. Said Campeas, "I thought I was dead," adding that the men also threatened him with castration. Just as he thought he was saved when a Suffolk Police Marine Bureau SUV patrolling the beach rolled up, he says he was handcuffed while the officers conducted a "show up," which is when police give crime victims an opportunity to identify a suspect at the scene if one is caught soon after an incident is reported. But the two young victims of the indecent exposure act said that Campeas wasn't the flasher, he says.*
>
> *"The Blue Wall of Silence" then went up as Suffolk cops refused to take the doctor's statement, says Campeas, the 52-year-old father of three. "I was asked...to*

P 01231

understand how upset people were, to accept a personal apology from my assailants and to forget the whole thing." But he refused, and now he is fighting back.

It won't be easy though. Only one of the three men accused of beating Campeas has so far been identified: Detective Arthur Molnar, a Long Islander with the New York City Police Department Warrant Squad, who reportedly admits he was at the scene in Atlantique Beach investigating the flasher case, but who insists that no one was hurt. Campeas' lawyer disagrees.

"It was downhill from the moment they saw him," says Manhattan-based attorney Joel Dranove, who is prepared to sue Suffolk if police they aren't more helpful. "We're looking for [Suffolk Police's] cooperation so that they can be on the same side as us," he says, but expressed frustration with the investigation. A separate law firm working for Campeas has already filed a notice of claim in federal court against the city, naming Molnar personally.

"He was on his way to being murdered on the beach," Dranove says, noting that the doctor now can't perform surgery due to his injuries. Describing the ordeal as a "life-altering nightmare," Dranove adds that "even if they caught the perp, it's an outrage." But for such a scandalous accusation, little is being reported.

Internal Affairs detectives for both the NYPD and Suffolk County Police Department are investigating the doctor's claims, said a spokesperson for each agency. Neither would discuss details. A spokesman for Suffolk County District Thomas Spota could not confirm or deny the existence of a criminal investigation into the Suffolk County Marine Bureau.

In the weeks following the incident, the only sign that anything out of the ordinary took place were posters around the marina from the Third Precinct Crime Section offering a $5,000 reward for information on the case. Families continued barbequing dockside at the Town of Islip-run marina, dock masters went about their business, lifeguards maintained their watch and workers at the lone concession stand were as stunned as anyone.

"I was just very surprised, it's just not like anyone from Atlantique," says Jessica Ginsel, 21, of North Babylon, while serving up snacks for beach-goers on the lone sidewalk from the bay to the ocean here. She suggests that a band playing on the night of the crime may have brought more revelers than usual to this park tucked between the quiet hamlets of Lonelyville and Atlantique. A father of three boys adds that he would have chased after the guy too if it were his kids that were flashed.

One 16-year-old girl told this reporter that she witnessed the beating and is now scared of the police. She's not the only one. Cops on this barrier island already have trust issues with charges of a 2005 beating and cover-up hanging over the heads of four officers with the Ocean Beach Police Department, the island's unofficial capitol. Pre-trial motions are still being heard in that case and pending too are several lawsuits claiming rampant police corruption that complemented those charges.

In the meantime on the Atlantique Beach case, the Campeas' wounds are healing

P 01232

*and he is bracing himself for the lengthy court proceedings ahead. And as September dawns on this half-mile strip of sand and the sun sets on the summer-long party that was the backdrop for these accusations, the doctor is wary of coming back to Suffolk. Summering by the sea just won't be the same.*

"Crybaby"

Quote

---

□ 05-28-2009, 02:12 PM                                                    #556

Blue wall of SC                                                    Posts: n/a

◉ **Waaaaaaa**

> Quote:
>
> Originally Posted by **Dirty Larry, Make my Bay** ◦
> *"Crybaby"*

Einstein, This article was about SCPD not OBPD. But Spotta and his boys chose not to investigate this one. I guess that Pete Tartaglia one of the DA investigators didnt have an axe to grind with Suffolk, only Ocean Beach!

Quote

---

□ 05-30-2009, 03:44 AM                                                    #557

Madigan                                                    Posts: n/a

Has anyone heard from any of the former PO's? Since Hesse was acquitted of the baseless charges brought against him, its seems like all the accusations of corruption have quietly gone away. I'm curious, did any of the PO's that were not asked to continue their employment with Ocean Beach ever become Policemen somewhere else? The bottom line is; not one of those rat bastards would have ever made it on any of the 'big jobs' (ie; City, Troopers, or the Counties). HEY RETARDS (Lamm, Fiorello, Carter, Snyder, Nofi), if you were real cops, the first time you were ever in SC was to help screw another cop. It should have been for an arrest that you made! You idiots could not find a collar in a shirt factory! Your day is coming rat boys! By the way-GERDON IS A RAT and should be treated accordingly.

Quote

---

□ 05-30-2009, 07:39 AM                              **[GEORGE HESSE]**              #558

UnregisteredWAKEUP                                                    Posts: n/a

**U Are Getting Warm.**

> Quote:
>
> Originally Posted by **Blue wall of SC** ◦
> *Einstein, This article was about SCPD not OBPD. But Spotta and his boys chose not to investigate this one. I guess that Pete Tartaglia one of the DA investigators didnt have an axe to grind with Suffolk, only Ocean Beach!*

P.T. is a DA Investigator working for SCPD Inspector James Burke. Burke wears two hats: One as the commanding officer of the SCPD detectives that do Spota's Black Bag jobs. The other is that of Spota's Chief Investigator, or P.T.s boss.

When this case first broke there was a rumor going around that P.T.s son supposedly had a unpleasant experience with OPD.

I suspect there are several units within the DA office that do the investigations:

1. The "A" Team. They are SCPD detectives that will do most anything for their leader - Burke.

2. "B" those detectives that simply obey and are too afraid to lose their cushy assignments in the DA office.

3. "C" those detectives that just come in and do what they are told and are not necessarily evil.

4. "a" those DA Investigators that happily join the SCPD in their black bag jobs.

5. "b" those that do not join in criminal acts and are only given routine BS assignements to fill out the day until they retire and are replaced with team players.

6. "c" The most interesting group of all. Those 'senior citizen' retired SCPD detectives that did black bag jobs for the likes of Spota going back more than 30 years. On paper they work for Burke. In reality they work for Spota to watch Burke.

[Quote]

05-30-2009, 07:43 AM                                                                    #559

UnregisteredWAKEUP                                                           Posts: n/a

Quote:

Originally Posted by **UnregisteredWAKEUP**
*P.T. is a DA Investigator working for SCPD Inspector James Burke. Burke wears two hats: One as the commanding officer of the SCPD detectives that do Spota's Black Bag jobs. The other is that of Spota's Chief Investigator, or P.T.s boss.*

*When this case first broke there was a rumor going around that P.T.s son supposedly had a unpleasant experience with OPD.*

*I suspect there are several units within the DA office that do the investigations:*

*1. The "A" Team. They are SCPD detectives that will do most anything for their leader - Burke.*

*2. "B" those detectives that simply obey and are too afraid to lose their cushy assignments in the DA office.*

*3. "C" those detectives that just come in and do what they are told and are not necessarily evil.*

*4. "a" those DA Investigators that happily join the SCPD in their black bag jobs.*

5. "b" those that do not join in criminal acts and are only given routine BS assignments to fill out the day until they retire and are replaced with team players.

6. "c" The most interesting group of all. Those 'senior citizen' retired SCPD detectives that did black bag jobs for the likes of Spota going back more than 30 years. On paper they work for Burke. In reality they work for Spota to watch Burke.

forgot this one;

7. The excellent detectives that caught ray dirty

Quote

---

05-30-2009, 02:45 PM                                                    #560

Crocker                                                              Posts: n/a

Those 'detectives' from the SCDA should just go back to finding witnesses and serving subpoenas and stop trying to do real detective work. Hesse should never have been arrested. GERDON IS A RAT!

Quote

---

Post Reply

Page 56 of 59 « First < 6 46 54 55 **56** 57 58 > Last »

« Previous Thread | Next Thread »

---

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S)     Go

---

All times are GMT -5. The time now is 11:16 AM.

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



User Name | User Name | ☐ Remember Me?
Password | | Log in

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

Post Reply

Thread Tools ⌄ Display Modes ⌄

---

▫ 05-30-2009, 09:38 PM                                                   #561

UnregisteredREALLY?                                              Posts: n/a

**[GEORGE HESSE]**

📄 **Can You Update Me?**

---

> Quote:
>
> Originally Posted by **UnregisteredWAKEUP** 🔗
> *forgot this one;*
>
> *7. The excellent detectives that caught ray dirty*

I hear one of those excellent detectives asked for a transfer out of the most coveted DA Squad. Maybe that detective really meant it when he was rolling Ray's fingers in the ink when he said, " Why did you make me do this, all you had to do was tell them what they wanted." Maybe he has that conscience I always thought he had. Maybe he got tired of being ordered to frame people? Maybe he just got tired taking his orders from criminals ordering him to arrest a retired cop.

He did such a 'great job' that the DA didn't dare put him on the stand after the judge ruled the 'statements' they said they had were allowed into evidence.

Where was his boss in the courtroom when his neighbor was going to take the stand and Paul Gianelli asked him to come in because it was going to be interesting. Never saw the weasel again. He reminds me of a guy that sets up burglaries for his friends and then hides behind a tree while they are doing the heavy lifting. Then he comes in and testifies against them.

Yeah, real great police work when you have four experts in burglary setting up a guy for a frame: Joe Careccia, Jake Feinberg, Dave Cipkin, and ?????.

Quote

---

▫ 05-31-2009, 03:59 AM                                                   #562

UnregisteredREALLY?                                              Posts: n/a

📄

> Quote:

Originally Posted by **UnregisteredREALLY?** 

*I hear one of those excellent detectives asked for a transfer out of the most coveted DA Squad. Maybe that detective really meant it when he was rolling Ray's fingers in the ink when he said, " Why did you make me do this, all you had to do was tell them what they wanted." Maybe he has that conscience I always thought he had. Maybe he got tired of being ordered to frame people? Maybe he just got tired taking his orders from criminals ordering him to arrest a retired cop.*

*He did such a 'great job' that the DA didn't dare put him on the stand after the judge ruled the 'statements' they said they had were allowed into evidence.*

*Where was his boss in the courtroom when his neighbor was going to take the stand and Paul Gianelli asked him to come in because it was going to be interesting. Never saw the weasel again. He reminds me of a guy that sets up burglaries for his friends and then hides behind a tree while they are doing the heavy lifting. Then he comes in and testifies against them.*

*Yeah, real great police work when you have four experts in burglary setting up a guy for a frame: Joe Careccia, Jake Feinberg, Dave Cipkin, and my favorite perp in law Ray.*

.

---

◻ 05-31-2009, 04:04 AM          #**563**

InspectorErskine          Posts: n/a

Sounds like a case for our esteemed colleagues in the Federal Bureau of Investigation. Although many of the employees seem to think they live and work in the Republic of Suffolk, which is run by King Steven [Levi] and Lord Thomas [Spota], and is not subject to Federal oversight. Rumor has it, my dear friends, that complaints have already been made.

Now lets see if those morons, and you all know who were talking about, are going to poop their pants, or diapers (for the elderly members of the SCDA Squad), when the G-Men with the Bi-Fold ID's come knocking. Just hope they remember all the bullshit they have said in the past and stick to their stories.

Remember, my dear readers, you heard it here first, off the record, on the QT, and very HUSH-HUSH.

---

◻ 05-31-2009, 04:55 AM          #**564**

Unregironicstered          Posts: n/a

Quote:

Originally Posted by **UnregisteredREALLY?** 

*I hear one of those excellent detectives asked for a transfer out of the most coveted DA Squad. Maybe that detective really meant it when he was rolling Ray's*

CONFIDENTIAL         

*fingers in the ink when he said, " Why did you make me do this, all you had to do was tell them what they wanted.'' Maybe he has that conscience I always thought he had. Maybe he got tired of being ordered to frame people? Maybe he just got tired taking his orders from criminals ordering him to arrest a retired cop.*

*He did such a 'great job' that the DA didn't dare put him on the stand after the judge ruled the 'statements' they said they had were allowed into evidence.*

*up a guy for a frame: Joe Careccia, Jake Feinberg, Dave Cipkin, and ?????.*

And yet without this detectives expert testimony, ray still was convicted by a jury of his peers.....

---

| 05-31-2009, 07:27 AM | | #565 |
|---|---|---|
| UnregisteredFOR TRUE? | **[GEORGE HESSE]** | Posts: n/a |

**Hope Springs Eternal**

Quote:

> Originally Posted by **InspectorErskine**
>
> *Sounds like a case for our esteemed colleagues in the Federal Bureau of Investigation. Although many of the employees seem to think they live and work in the Republic of Suffolk, which is run by King Steven [Levi] and Lord Thomas [Spota], and is not subject to Federal oversight. Rumor has it, my dear friends, that complaints have already been made.*
>
> *Now lets see if those morons, and you all know who were talking about, are going to poop their pants, or diapers (for the elderly members of the SCDA Squad), when the G-Men with the Bi-Fold ID's come knocking. Just hope they remember all the bullshit they have said in the past and stick to their stories.*
>
> *Remember, my dear readers, you heard it here first, off the record, on the QT, and very HUSH-HUSH.*

Hope the above post has some truth to it. BTW, the weasels have taken it to a new level. Did you see how they took the time to 'copy' my post in the italic mode and changed the ending of that post? Pretty clever.

I have to figure they have a Board Administrator helping out on this.

Remember this my friends - what I have been saying is true. That is not going to change. If the FEDS come a -lookin there is plenty for them to find. Also, remember that I said that all the FEDS really have to do is to look at the trial transcripts and what was not obvious, or ignored by 12 jurors would be obvious to a blind man. Hook that up with testimony from Careccia, Cipkin, and Brosnan, and the rest is history. They better hurry because Jake Feinberg has passed on.

There are people right in the DA office that have been making some serious comments about their own office.

P 01238

05-31-2009, 03:01 PM                                                                    #566

UnregisteredYUP4TRUE                                                           Posts: n/a

Quote:

> Originally Posted by **UnregisteredFOR TRUE?**
> *Hope the above post has some truth to it. BTW, the weasels have taken it to a new level. Did you see how they took the time to 'copy' my post in the italic mode and changed the ending of that post? Pretty clever.*
>
> *.*

Probably the last thing worth reading since you hijacked the board with your asinine agenda.

Quote

---

05-31-2009, 03:02 PM                                                                    #567

UnregisteredYUP4True                                                           Posts: n/a

Quote:

> Originally Posted by **UnregisteredFOR TRUE?**
> *Hope the above post has some truth to it. BTW, the weasels have taken it to a new level. Did you see how they took the time to 'copy' my post in the italic mode and changed the ending of that post? Pretty clever.*
>
> *I have to figure they have a Board Administrator helping out on this.*
>
> *.*

And you wonder why, you post, everyone leaves. Then its you and your tormenters....what do you expect?

Quote

---

05-31-2009, 03:03 PM                                                                    #568

UnregisteredFOR TRUE!!                                                         Posts: n/a

Quote:

> Originally Posted by **UnregisteredFOR TRUE?**
> *r ignored by 12 jurors would be obvious to a blind ma.*

Not ignored, but dismissed as not credible...

Quote

---

06-02-2009, 04:33 PM                                                                    #569

Unregistered99                                                                 Posts: n/a

**Ray Who?**

Who is the ray you keep mentioning?

Quote

06-06-2009, 05:12 PM                                                      #570

Unregistered Soiled Cops                                              Posts: n/a

**Police Brutality**

When the jury was deliberating the Assault 2nd charge and asked for
read backs on the law Hesse & HaRDMAN SOILED THEM SELVES and sent
their lawyers up to the bench to ask for misd's . The A.D.A. should
have taken their plea's because they are guilty as SIN ! Hesse's flunkie
lawyer has been trying for 2 yrs to get a Misd plea for him ! Also the D.A.
blew this one by allowing a Flunkie looser ass City cop to be on the jury
because he wasnt going to vote guilty against one of his brothers . Hesse
was NEVER a SGT , ( failed 3 Sgts tests ) and just sewed on a set of
stripes , and Hardman was never a CERTIFIED police officer by the Suff
Co civil service commission . Hesse violated the law by signing court
informations and Hardman had no authority to arrest anyone . This dept
is an unbelievable joke , they are not even COPS ! One day the flunkie
city cop might need that city Attny himself since the city cops are getting
arrested every day for every crime imaginable ! Three jurors complained to the Dist
Atty about the flunkie city cop disrupting the whole process . A
grave injustice was served on the people of Suff Co. and I dont think there will be any
flunkie low paid city cops on the civil jury !

Quote

Post Reply

Page 57 of 59   « First < 7 47 55 56 **57** 58 59 > ⊽

« **Previous Thread** | **Next Thread** »

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)       Go

All times are GMT -5. The time now is 11:16 AM.

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL                                                              P 01240



[Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#) > [Police Issues (N/S)](#)
**Ocean Beach Police Corruption**

User Name [User Name] ☐ Remember Me?
Password [          ] [Log in]

Register    FAQ    Members List    Calendar    Today's Posts    Search

[Post Reply]

Page 58 of 59 « First < 8 48 56 57 **58** 59 >

Thread Tools ◦ Display Modes ◦



06-06-2009, 05:53 PM                                                          #571

whatthepussysaid                                                        Posts: n/a

Quote:

> Originally Posted by **Unregistered Soiled Cops**
> *When the jury was deliberating the Assault 2nd charge and asked for read backs on the law Hesse & HaRDMAN SOILED THEM SELVES and sent their lawyers up to the bench to ask for misd's . The A.D.A. should have taken their plea's because they are guilty as SIN ! Hesse's flunkie lawyer has been trying for 2 yrs to get a Misd plea for him ! Also the D.A. blew this one by allowing a Flunkie looser ass City cop to be on the jury because he wasnt going to vote guilty against one of his brothers . Hesse was NEVER a SGT , ( failed 3 Sgts tests ) and just sewed on a set of stripes , and Hardman was never a CERTIFIED police officer by the Suff Co civil service commission . Hesse violated the law by signing court informations and Hardman had no authority to arrest anyone . This dept is an unbelievable joke , they are not even COPS ! One day the flunkie city cop might need that city Attny himself since the city cops are getting arrested every day for every crime imaginable ! Three jurors complained to the Dist Atty about the flunkie city cop disrupting the whole process . A grave injustice was served on the people of Suff Co. and I dont think there will be any flunkie low paid city cops on the civil jury !*

meow

[Quote]

06-06-2009, 05:58 PM                                                          #572

Unregisteredwhopee                                                      Posts: n/a

Quote:

> Originally Posted by **Unregistered Soiled Cops**
> *the whole process . A grave injustice was served on the people of Suff Co. and I dont think there will be any flunkie low paid city cops on the civil jury !*

CONFIDENTIAL                                                    P 01241

And? The shitbag drunk will get the cost of his hospital bill, assuming he didnt have insurance.

---

□ 06-06-2009, 10:23 PM                    **[GEORGE HESSE]**                              #573

UnregisteredWHAT                                                              Posts: n/a

**Exaclty Are You Saying?**

---

Quote:

> Originally Posted by **Unregistered Soiled Cops**
> *When the jury was deliberating the Assault 2nd charge and asked for read backs on the law Hesse & HaRDMAN SOILED THEM SELVES and sent their lawyers up to the bench to ask for misd's . The A.D.A. should have taken their plea's because they are guilty as SIN ! Hesse's flunkie lawyer has been trying for 2 yrs to get a Misd plea for him ! Also the D.A. blew this one by allowing a Flunkie looser ass City cop to be on the jury because he wasnt going to vote guilty against one of his brothers . Hesse was NEVER a SGT , ( failed 3 Sgts tests ) and just sewed on a set of stripes , and Hardman was never a CERTIFIED police officer by the Suff Co civil service commission . Hesse violated the law by signing court informations and Hardman had no authority to arrest anyone . This dept is an unbelievable joke , they are not even COPS ! One day the flunkie city cop might need that city Attny himself since the city cops are getting arrested every day for every crime imaginable ! Three jurors complained to the Dist Atty about the flunkie city cop disrupting the whole process . A grave injustice was served on the people of Suff Co. and I dont think there will be any flunkie low paid city cops on the civil jury !*

Are you saying that the 'flunky city cop" disrupted the jury like Juror #10 did in the John White case? Or like the juror, Frank Spindel did in the Tankleff case? Did you ever think the 'flunky cop' wouldn't be intimidated and refused the 'kool-aid' that was spoon fed to him by the prosecutor.

Is the statement you made about three jurors complaining to the DA that the 'flunky cop' was disrupting the jury? I thought the procedure that is supposed to be used in such circumstances is for the jury to pass a note to the JUDGE, not the DA regarding such matters.

Maybe the DA believed a 'flunky' low paid NYC cop is just like a Suffolk cop, and would think that other cops in an 'accredited' police department would look down on other cops with disdain.

Maybe the jury got it wrong, and maybe they didn't - I suspect they did, but that is another story.

---

□ 06-07-2009, 09:12 AM                    **[TY BACON]**                                #574

Unregistered again                                                            Posts: n/a

☺ **which one of the 5 losers posted this**

---

                                                           P 01242

Ok, ok, who is it that is still so angry? Is it Tom Snyder, Ed Carter, Frank Fiorillo, Kevin Lamm or Joe Nofi? It is obvious that is is one of you 5 losers who is crying... again. Lets face it, even or own lawyer knows you sold him a box or rocks with your civil suit!

`Quote`

---

06-07-2009, 09:17 AM                                                      #575

Noffi sux cock                                                       Posts: n/a

> Quote:
>
> Originally Posted by **Unregisteredwhopee** »
> *And? The shitbag drunk will get the cost of his hosiptal bill, assuming he didnt have insurance.*

suffolk county will not and does not settle a police brutality type suit.
This will go to trial.
Whether there is a cop or not on that jury, the taxpayers are tired of paying monies to those who dont deserve it.
There wont be a quick payday.

`Quote`

---

06-07-2009, 09:22 AM                                                      #576

Unregisteredhi ho                                                   Posts: n/a

> Quote:
>
> Originally Posted by **Unuumvbykevies buddies** »
> *http://www.flickr.com/photos/pollyt/...in/set-703576/*
> *http://www.flickr.com/photos/pollyt/...in/set-703576/*

and you wonder why you were fired

`Quote`

---

06-17-2009, 06:42 PM                                                      #577

DetDoyle                                                             Posts: n/a

Anything new? I remember hearing something awhile back that if a part time police officer hasn't worked as a police officer in two years, he is no longer qualified to function as a police officer. As I remember, that was a BMP rule. Therefore, the five idiots are NO LONGER POLICE OFFICERS. If I'm wrong, please speak up.

`Quote`

---

06-18-2009, 06:59 PM                                                      #578

                                **[GEORGE HESSE]**

Rent-A-Cop                                                           Posts: n/a

👍 **Master at Arms**

Hey SAMMY...how's things in Calif???
Been counting your sheep at night (oop's I mean money LOL)
I guess that your not counting so much now, eh Sammy-boy?

---

CONFIDENTIAL                                                        P 01243

What an arrogant puck...
If King George and his minions didn't beat up Poor Sammy...THEN THEY SHOULD HAVE!!!

Lesson Learned:

If you leave your brains in Manhattan and pack your balls and head to Ocean Beach those 'Bayberry-seasonal-part time-rent-A-Cops just may get you...

Ocean Beach cops ain't 'Real' cops...(just ask SCPD) their 'cookie cops'

Suffolk County cops ain't real cops...(just ask NYPD) their 'Cup-cake cops'

NYPD cops aint real cops...(not on 'welfare' pay scale they ain't)...just ask any 'Long Island' cops...but any and all of these 'Cops' can get you when you decide to act like an ass-hole.

And so where does that leave us with the 5-Pussy Fart, corruption fighter super heroes...maybe they'll end up like that OBPD wonder woman...Cabbage patch Bridgett (the Desk Officer) 'I am Woman' or was it 'I am pregnant Woman' picked on by Chief Ed to the tune of a couple of grand. Seems Chief Ed didn't cater to each and every whim of Bridgett's...even though he tried to.

Maybe the 5 Pussy-Farts could start their own security company...'Pussy-Farts for Hire'

...oh and who said that a 'cop' wont be on the civil trial? That's a roll of the dice and remains to be seen.

as far as PT (Paul Tag...SCDA's office) he'll probably get an aneurysm sitting around OB stewing in his juice.

[Quote]

---

■ 06-18-2009, 08:33 PM                                                    #579

Unregistered696969                                                    Posts: n/a

Quote:

> Originally Posted by **Noffi sux cock** ▣
> *suffolk county will not and does not settle a police brutality type suit.*
> *This will go to trial.*
> *Whether there is a cop or not on that jury, the taxpayers are tired of paying monies to those who dont deserve it.*
> *There wont be a quick payday.*

Ocean beach not Suffolk County is the responsible party.

[Quote]

---

■ 07-08-2009, 01:06 PM                                                    #580

Real Cop!!!                                                    Posts: n/a

🌐 **The 5 Blow Jobs**

Hey what ever happened to the 5 Blow Jobs who got fired from Ocean Beach PD? Ed Carter Et Al, Tom Snyder, Joe Nofi, Kevin Lamm and Frank Fiorillo, did your high priced ambulance chasing lawyer realize he was sold a box of rocks from you 5 shit bags? How does it feel knowing you are getting shit for your big pay day? What is going to happen when a counter suit is filed by those named in your suit and those who were needlessly deposed? Oh oh, it's time to shit or go blind,,, just like when you were cops. You couldn't find your own asses with both hands!!!

Post Reply

Page 58 of 59 « First < 8 48 56 57 **58** 59 > »

« **Previous Thread** | **Next Thread** »

### Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**


Police Issues (N/S)   Go

All times are GMT -5. The time now is 11:16 AM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



# The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]   ☐ Remember Me?

Password [          ]   [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Page 59 of 62  « First  <  9  49  57  58  **59**  60  61  >  Last »

Thread Tools ▾    Display Modes ▾

---

**07-09-2009, 10:33 PM** — #**581**

Unregisteredzxc — Posts: n/a

**union busting**

taxpayers are paying for the games

[Quote]

---

**07-24-2009, 08:44 AM** — #**582**

Concern FI Resident — Posts: n/a

**Ocean Beach Justice**

Well, well,... all those people who ridiculed Gilberd and his civil lawsuit against the OB police must be singing a different tune today. The cops beat the criminal rap, but the civil case still settles for a very large amount of money. How about that! Guess the civil lawyers knew that if Hesse and Hardman had to testify the truth would have come out, along with all sorts of other incidents of corruption and abuse by those bums that would have been relevant in the civil lawsuit. The sad thing is that the people of Ocean Beach know all about what has been going on but have turned a blind eye to it. And they will continue to do so and it will cost them. About the only funny thing is Billy Keahon's statement that the case was settled to avoid "costly" litigation. Hey buddy, I got news for you, YOU DON'T PAY SOMEONE OVER HALF A MILLION DOLLARS TO AVOID LITIGATION. News flash: Ocean Beach loses bigtime! Bravo

[Quote]

---

**07-25-2009, 11:00 AM** — #**583**

CONFIDENTIAL

| notimpressed | Posts: n/a |
|---|---|

Quote:

> Originally Posted by **Concern FI Resident**
> *Well, well,... all those people who ridiculed Gilberd and his civil lawsuit against the OB police must be singing a different tune today. The cops beat the criminal rap, but the civil case still settles for a very large amount of money. How about that! Guess the civil lawyers knew that if Hesse and Hardman had to testify the truth would have come out, along with all sorts of other incidents of corruption and abuse by those bums that would have been relevant in the civil lawsuit. The sad thing is that the people of Ocean Beach know all about what has been going on but have turned a blind eye to it. And they will continue to do so and it will cost them. About the only funny thing is Billy Keahon's statement that the case was settled to avoid "costly" litigation. Hey buddy, I got news for you, YOU DON'T PAY SOMEONE OVER HALF A MILLION DOLLARS TO AVOID LITIGATION. News flash: Ocean Beach loses bigtime! Bravo*

600k compared to 22mill thats less then 2.5.% of your initial suit?...you dont take the money and run unless thats all you are about. A prolonged civil trial with all parties involved would run into the millions.

Quote

| 07-25-2009, 11:56 AM | #584 |
|---|---|
| Carter & snyder lover | Posts: n/a |

### 👍 600G's for being a drunken asshole

Yes Gilberd settled for $600,000.00 because it is a settlement, he pays 1/2 in taxes, But and his lawyer gets 1/3Gilberd is left with about $100,000 after he pays his taxes and his lawyer. Most of which he will blow up is nose I bet!

Quote

| 07-25-2009, 07:20 PM | #585 |
|---|---|
| O Yeah | Posts: n/a |

Bump

Quote

| 07-27-2009, 09:06 AM | #586 |
|---|---|
| Unregistered0727 | Posts: n/a |

### ✍ Gilberd Does Not Have To Pay Taxes

Just want to set the record straight...

Samuel Gilberd will NOT have to pay any taxes for his $600,000.00 lawsuit settlement.

A simple google search would have prevented your misinformed post.

In NY state a victim of physical injury does NOT have to pay taxes on their lawsuit settlement.

How many out of court settlements is Ocean Beach Police Dept up for the to now?

I lost count....

*******************

http://www.zifflaw.com/our-answers/i...0my%20injuries



---

| 07-27-2009, 12:36 PM | #587 |
|---|---|
| Unregistered3rdpctsgt | Posts: n/a |

The lawyer gets 1/3rd of the award & medical bills will eat another 1/3rd. The weenie lost time and had to travel for chump change.

Cops got OT for trial.



---

| 07-27-2009, 12:52 PM | #588 |
|---|---|
| Unregistered0727 | Posts: n/a |

**R U A Real Sgt?**

"3RD PRECINCT SGT".... that replied to my post...

Are you a real SGT?

Because "SGT." Hesse is NOT.



---

| 07-27-2009, 01:02 PM | #589 |
|---|---|
| whothe fuckcares | Posts: n/a |



Quote:

> Originally Posted by **Unregistered0727** 
> *"3RD PRECINT SGT".... that replied to my post...*
>
> *Are you a real SGT?*
>
> *Because "SGT." Hesse is NOT.*

yeah we went thru this before, and who cares ?

[Quote]

07-27-2009, 01:44 PM                                            #590

Unregistered0727                                          Posts: n/a

**u do**

Obviously you do - Or you would not be posting.

[Quote]

   Page 59 of 62   « First  <  9  49  57  58  **59**  60  61  >  Last »

« Previous Thread | Next Thread »

## Posting Rules

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)   [Go]

All times are GMT -5. The time now is 12:34 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here

CONFIDENTIAL



# The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
**Ocean Beach Police Corruption**

User Name [User Name]    ☐ Remember Me?

Password [            ]  [ Log in ]

**Register     FAQ     Members List     Calendar     Today's Posts     Search**

[ Post Reply ]     Page 60 of 62 « First < 10 50 58 59 **60** 61 62 >

**Thread Tools** ▾     **Display Modes** ▾

---

07-27-2009, 02:27 PM                                    #591

Unregisteredsobeit                                      Posts: n/a

Quote:
> Originally Posted by **Unregistered0727**
> *Obviously you do - Or you would not be posting.*

I care enough to tell you no one cares, not to engage the actual topic

[ Quote ]

---

07-27-2009, 02:40 PM                                    #592

Unregistered -ostrich                                   Posts: n/a

Well you do not speak for everyone.

And, "SGT" HESSE should care - He is going to have to take the SGT test again.

[ Quote ]

---

07-27-2009, 02:46 PM                                    #593

Unregisteredno1carez                                    Posts: n/a

Quote:

---

Originally Posted by **Unregistered -ostrich** ▸
*Well you do not speak for everyone.*

*And, "SGT" HESSE should care - He is going to have to take the SGT test again.*

Anyone else care to talk to one of the fearsome foursome..dead end losers actually shitcanned from obpd now whining about nothing?

Quote

---

07-27-2009, 02:49 PM                                            #**594**

Unrentatoolregistered                                         Posts: n/a

Quote:

Originally Posted by **Unregistered -ostrich** ▸
*Well you do not speak for everyone.*

*And, "SGT" HESSE should care - He is going to have to take the SGT test again.*

What tests you got lined up?
protech? smithhaven mall?

Quote

---

07-27-2009, 02:50 PM                                            #**595**

i love the 4                                                  Posts: n/a

Quote:

Originally Posted by **Unregisteredno1carez** ▸
*Anyone else care to talk to one of the fearsome foursome..dead end losers actually shitcanned from obpd now whining about nothing?*

i do.....ah gotcha just kiddin...lol

Quote

---

07-27-2009, 03:01 PM                                            #**596**

memories of coolness                                          Posts: n/a

Quote:

Originally Posted by **Unuumvbykevies buddies** 
*http://www.flickr.com/photos/pollyt/...in/set-703576/*
*http://www.flickr.com/photos/pollyt/...in/set-703576/*

best times of your life loser

Quote

---

07-27-2009, 03:43 PM                                                    #**597**

Unregisteredjuly                                                    Posts: n/a

### 📝 **Samuel Gilberd's settlement**

"SGT" HESSE - you're so busy today - posting here - I did not realize blogging was part of the job.

After all you did say on News12 that you wanted to work on "repairing the image of the Ocean Beach Police Dept."

Your continued blogs with gutter talk - slander - defamation and F bombs really speaks volumes.

If I was an upstanding SGT I would not be blogging such things and I would see to it that any one working for the OBPD does not blog such things either.

Quote

---

07-27-2009, 03:52 PM                                                    #**598**

lammnoffiFiorellosnyder                                            Posts: n/a



Quote:

Originally Posted by **Unregisteredjuly** 
*"SGT" HESSE - you're so busy today - posting here - I did not realize blogging was part of the job.*

*After all you did say on News12 that you wanted to work on "repairing the image of the Ocean Beach Police Dept."*

*Your continued blogs with gutter talk - slander - defamation and F bombs really speaks volumes.*

*If I was an upstanding SGT I would not be blogging such things and I would see to it that any one working for the OBPD does not blog such things either.*

What makes you think im fatty-fat hesse? Oh dont make fun of him...lol
You guys are a joke and fair game for all of us.

CONFIDENTIAL

speaking of repairs, when the shopping carts start drifting sideways, is that your responsiblity to fix them or do you notify your head cart boy?



---

07-27-2009, 04:11 PM                                                    #599

Unregistered0727                                               Posts: n/a



YOU SAID:

You guys are a joke and fair game for all of us".
*******
What makes you think I am one of "those guys".

I am not.

Once again...another post that shows the mentality of the OBPD and it's supporters.



---

07-27-2009, 04:32 PM                                                    #600

fathessenot36                                                  Posts: n/a



Quote:

> Originally Posted by **Unregisteredjuly** ⚲
> *"SGT" HESSE - you're so busy today - posting here - I did not realize blogging was part of the job.*
>
> *After all you did say on News12 that you wanted to work on "repairing the image of the Ocean Beach Police Dept."*
>
> *Your continued blogs with gutter talk - slander - defamation and F bombs really speaks volumes.*
>
> *If I was an upstanding SGT I would not be blogging such things and I would see to it that any one working for the OBPD does not blog such things either.*

as big a joke as obpd is, you fired losers are that much worse.....



---



Page 60 of 62   « First   <   10   50   58   59   **60**   61   62   >   ▼

« Previous Thread | Next Thread »



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

Police Issues (N/S) ⇕    Go

All times are GMT -5. The time now is 12:35 PM.

**Contact Us** - **The Schwartz Report Political Forum** - **Archive** - **Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



# The Schwartz Report

[Long Island Nassau Suffolk County New York Political Forum](#) > [Forums](#)
> [Police Issues (N/S)](#)
> **Ocean Beach Police Corruption**

User Name [User Name]  ☐ Remember Me?
Password [_____]  [Log in]

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]   Page 61 of 62  « First  <  11  51  59  60  **61**  62  >  ▼

**Thread Tools ▾**  **Display Modes ▾**

☐ 07-27-2009, 04:35 PM                                        #601

IammnoffiFiorellosnyder                                   Posts: n/a

Quote:

> Originally Posted by **Unregistered0727** ▸
> *YOU SAID:*
>
> *You guys are a joke and fair game for all of us".*
> *\*\*\*\*\*\*\**
> *What makes you think I am one of "those guys".*
>
> *I am not.*
>
> *Once again...another post that shows the mentality of the OBPD and it's supporters.*

What makes you think we support obpd?I'm calling them a joke!!

[Quote]

☐ 07-27-2009, 04:45 PM                                        #602

Unregisteredjuly                                            Posts: n/a

**Yes A Joke**

The OBPD is a joke!

As is your mentality.



**07-27-2009, 07:09 PM**　　　　　　　　　　**#603**

Unregistered0727　　　　　　　　　　　　　Posts: n/a



Quote:

> Originally Posted by **Unregisteredjuly**
> *The OBPD is a joke!*
>
> *As is your mentality.*

likewise skippy, you are the one going on and on about them.
As posted no one cares.
obpd 10 minutes of fame are over

**07-27-2009, 11:46 PM**　　　　　　　　　　**#604**

chickendick　　　　　　　　　　　　　　　　Posts: n/a



Quote:

> Originally Posted by **Unregistered0727**
> *likewise skippy, you are the one going on and on about them.*
> *As posted no one cares.*
> *obpd 10 minutes of fame are over*

what's OBPD?

**07-28-2009, 05:44 AM**　　　　　　　　　　**#605**

therapy...　　　　　　　　　　　　　　　　Posts: n/a



Quote:

> Originally Posted by **chickendick**
> *what's OBPD?*

A thread about a tiny little pd thats gone on way too long.
Some people dont know how to let go

| 07-28-2009, 02:40 PM | **#606** |
|---|---|
| Concerned FI Resident | Posts: n/a |

🌐 **Ocean Beach Justice**

1. Lawsuits are always started for pie-in-the-sky amounts. I don't know much about this stuff, but I do know that $600,000 is a lot of money and far more than the cost of finishing the lawsuit. Gilberd wins that round.

2. I am glad I don't live in OB. I would hate to see my taxes go up to pay the increased liability insurance premiums that OB will have to pay because of Hesse and Company. OB loses that round.

3. The fact that Gilberd had the guts to bring his lawsuit will embolden others who were abused by OBPD to bring lawsuits. Did I mention higher insurance premiums? OB loses the next round.

4. One would think responsible and honorable residents of OB would throw the bums out, hire REAL cops, who would have real respect, and stop the abuse and corruption. Could it be that Hesse has something on the ones in power and that they are afraid of him? You're all losers!



| 07-28-2009, 02:49 PM | **#607** |
|---|---|
| greatguy | Posts: n/a |



thank God for Det Gerdon's great testimony. really helped the defense's case. wonder if he still works there? it would be an honor to be his partner. always got your back.



| 07-28-2009, 03:21 PM | **#608** |
|---|---|
| not2concerned | Posts: n/a |



Quote:

> Originally Posted by **Concerned FI Resident** 🔗
> *1. Lawsuits are always started for pie-in-the-sky amounts. I don't know much about this stuff, but I do know that $600,000 is a lot of money and far more than the cost of finishing the lawsuit. Gilberd wins that round.*
>
> *2. I am glad I don't live in OB. I would hate to see my taxes go up to pay the increased liability insurance premiums that OB will have to pay because of Hesse and Company. OB loses that round.*

*3. The fact that Gilberd had the guts to bring his lawsuit will embolden others who were abused by OBPD to bring lawsuits. Did I mention higher insurance premiums? OB loses the next round.*

*4. One would think responsible and honorable residents of OB would throw the bums out, hire REAL cops, who would have real respect, and stop the abuse and corruption. Could it be that Hesse has something on the ones in power and that they are afraid of him? You're all losers!*

600k, is less then the salary of the officers who had to testify, the various doctors and medical personnel, the members of the das office, the hospital bills, etc etc. When the laywer presents the list of supoenas he pads it with as much fluff and useless stuff as possible to increase the value of the final award. A supeona of all radio and computer communication for the day in question can cost the dept over 10k alone as you must supoena each separate message.
600k seems like a lot, but its only a few % of the 22 million.



| 07-28-2009, 04:01 PM | #**609** |
|---|---|
| Unregisteredtruth | Posts: n/a |



Well not2concerned pretty much sums it up:

The abuse and corruption of OBPD & VILLAGE has resulted in stupendous amounts of wasted money - time - not to mention pain and suffering by all the victims of it's abuse.

The OBPD should be dismantled.

It is a cespool not a beach.



| 07-28-2009, 04:09 PM | #**610** |
|---|---|
| not2concerned | Posts: n/a |



> Quote:
> Originally Posted by **Unregisteredtruth**
> *Well not2concerned pretty much sums it up:*
>
> *The abuse and corruption of OBPD & VILLAGE has resulted in stupendous amounts of wasted money - time - not to mention pain and suffering by all the victims of it's abuse.*
>
> *The OBPD should be dismantled.*

> *It is a cespool not a beach.*

if it was abuse and corruption why was the parties found n/g?
After being found n/g why was it referred to federal court for civil rights violations?
Why would anyone settle for a fraction or a percent of their orginal suit?
If I was the victim of police brutality I'd expect a few million as a starting point for a settlement.



 

**«** Previous Thread | Next Thread **»**

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**



All times are GMT -5. The time now is 12:35 PM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)

**Ocean Beach Police Corruption**

User Name [User Name] Remember Me?
Password [ ] Log in

Register | FAQ | Members List | Calendar | Today's Posts | Search

Post Reply

Page 62 of 62 « First < 12 52 60 61 **62**

Thread Tools | Display Modes

07-28-2009, 04:10 PM #611

not2concerned Posts: n/a

Quote:

> Originally Posted by **not2concerned**
> *if it was abuse and corruption why was the parties found n/g?*
> *After being found n/g why was it referred to federal court for civil rights violations?*
> *Why would anyone settle for a fraction or a percent of their orginal suit?*
> *If I was the victim of police brutality I'd expect a few million as a starting point for a settlement.*

pardon; why wasnt it referred to federal court?

must be a reason...

Quote

07-28-2009, 04:43 PM #612

UnregisteredPOLITIKS Posts: n/a

Well...not2concerned.... perhaps if you spend a summer at OB you too can

become a victim of Police brutality and get those millions.

Samuel Gilberd is not the only victim of OBPD brutality.
There have been numerous victims over the years that have been paid confidential settlements out of court.



---

☐ 07-28-2009, 05:37 PM                                                **#613**

he'saloser                                                     Posts: n/a



Sam should learn to stop drinking when he's fuk'd up. don't know him but he sounds like a loser to me



---

☐ 07-28-2009, 05:56 PM                                                **#614**

disgusted 2                                                    Posts: n/a

 **Obpd**

The OBPD are a bunch of thugs. I have witnessed it first hand, while vacationing with my family there. It is a shame that tax payers, pay the salaries of these shameful police officers.



---

☐ 07-28-2009, 07:01 PM                                                **#615**

ismellatroll                                                   Posts: n/a



Quote:

> Originally Posted by **UnregisteredPOLITIKS** ⚹
> .
> *There have been numerous victims over the years that have been paid confidential settlements out of court.*

horseshit...there is no such thing as a confidential lawsuit the intitial step to a settlement.
If there was a notice put in, its public info and the news would be all over it.
The report would update and state settled out of court undisclosed amount.
I cant recall any other obpd suits soo sorry



---

☐ 07-28-2009, 07:04 PM                                                **#616**

ismellatroll                                                                    Posts: n/a



Quote:

> Originally Posted by **disgusted 2** 
> *The OBPD are a bunch of thugs. I have witnessed it first hand, while vacationing with my family there. It is a shame that tax payers, pay the salaries of these shameful police officers.*

they got rid of their worst, lamm noffi Fiorello snyder



---

🗋 07-28-2009, 07:08 PM                                                        #**617**

confidential settlements                                                        Posts: n/a

Quote:

> Originally Posted by **not2concerned**
> *if it was abuse and corruption why was the parties found n/g?*
> *After being found n/g why was it referred to federal court for civil rights violations?*
> *Why would anyone settle for a fraction or a percent of their orginal suit?*
> *If I was the victim of police brutality I'd expect a few million as a starting point for a settlement.*

gee what a shock they ignored it and made claims of confidential lawsuits.
you are absolutely right.
cops found not guilty.
no federal probe, no federal interest, no federal civil rights case.
The claimant sued for 22 million and settled for less then 3%, sounds like he took the money and ran.
No one posting has an answer to this and wont respond.
This is when they start lying, and making up confidential lawsuits and settlements.
Typical.
dont waste your time with these morons



---

🗋 07-28-2009, 09:57 PM                                                        #**618**

UnregisteredJURY                                                                Posts: n/a

🗋 **Awards**

WHAT SUFFOLK COUNTY IS TO LOW AWARDS IS WHAT THE BRONX IS TO HIGH AWARDS. If this happened in The Bronx, and the plaintiff was black or Hispanic, he would have gotten $44Million.

It is well known fact that Suffolk County juries are stingy when it comes to lawsuits, be they come from criminal or civil cases. Much depends is who is doing the suing and who is getting sued. Most times it doesn't matter.

For example: Judge Stuart Namm threw out a criminal complaint against a black man that was rear cuffed and had his teeth knocked out of his mouth, and his arms suffered permanent nerve damage of having his arms raised above his head. The judge filed a formal complaint with SCPD that this man was tortured and offered medical evidence to prove it. Now one couldn't ask for anything better when filing a lawsuit. The judge said it, and threw out the charges. That man got only $85,000.00 for his troubles.

SCPD did nothing about it, they didn't bother to investigate the charges. They said, "these kind of things happen in those neighborhoods". They also said the cop was 'very aggresive'.

That officer has gone on to fame and fortune in the SCPD, even though at that time it has been reported that he and his partner amassed 18 complaints of misconduct in their then brief career.

It seems to me from where I stand and with the little information I get from the newspapers, this man was wrongfully beaten by OBPD police officers.

Their misfortune was that they weren't SCPD cops. If they had been there would have been no indictment.

In jurisdictions much smaller than NYC, the juror is struck with the reality that big awards DO come out of their pockets and not a tree in Central Park. A Suffolk juror can see the impact the individual taxpayer must pay for their decision for awarding a multi-million dollar lawsuit. In NYC, no matter what the award it is like a drop in the bucket.

The victim made the right choice, made his point, and took the money and ran.



---

07-29-2009, 06:27 AM                                              #619

Unregisteredbgon                                                Posts: n/a



Quote:

> Originally Posted by **UnregisteredJURY**
> *WHAT SUFFOLK COUNTY IS TO LOW AWARDS IS WHAT THE BRONX IS TO HIGH AWARDS. If this happened in The Bronx, and the plaintiff was black or Hispanic, he would have gotten $44Million.*
>
> *It is well known fact that Suffolk County juries are stingy when it comes to lawsuits, be they come from criminal or civil cases. Much depends is who is*

CONFIDENTIAL

*doing the suing and who is getting sued. Most times it doesn't matter.*

*For example: Judge Stuart Namm threw out a criminal complaint against a black man that was rear cuffed and had his teeth knocked out of his mouth, and his arms suffered permanent nerve damage of having his arms raised above his head. The judge filed a formal complaint with SCPD that this man was tortured and offered medical evidence to prove it. Now one couldn't ask for anything better when filing a lawsuit. The judge said it, and threw out the charges. That man got only $85,000.00 for his troubles.*

*SCPD did nothing about it, they didn't bother to investigate the charges. They said, "these kind of things happen in those neighborhoods". They also said the cop was 'very aggresive'.*

*That officer has gone on to fame and fortune in the SCPD, even though at that time it has been reported that he and his partner amassed 18 complaints of misconduct in their then brief career.*

*It seems to me from where I stand and with the little information I get from the newspapers, this man was wrongfully beaten by OBPD police officers.*

*Their misfortune was that they weren't SCPD cops. If they had been there would have been no indictment.*

*In jurisdictions much smaller than NYC, the juror is struck with the reality that big awards DO come out of their pockets and not a tree in Central Park. A Suffolk juror can see the impact the individual taxpayer must pay for their decision for awarding a multi-million dollar lawsuit. In NYC, no matter what the award it is like a drop in the bucket.*

*The victim made the right choice, made his point, and took the money and ran.*

Did anyone ask for the opinion of a loser? It seems to me you have no real insight into this case that anyone else does or doesnt.
The victim made his point? The story wasnt even covered on news 12 or newsday, google it and there is one story on it.





Page 62 of 62   « First   <   12   52   60   61   **62**   ▼

« **Previous Thread** | **Next Thread** »



**Posting Rules**   ⊗

You **may** post new threads
You **may** post replies

You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**

 Police Issues (N/S) | Go

All times are GMT -5. The time now is 12:35 PM.

**Contact Us - The Schwartz Report Political Forum - Archive - Top**

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here