

| Long Island Nassau Suffolk County New York Political Forum > Forums > Police Issues (N/S)
 Ocean Beach Police Corruption | User Name: [User Name]   ☐ Remember Me?  Password: [    ] [Log in] |

Register | FAQ | Members List | Calendar | Search | Today's Posts | Mark Forums Read



Page 62 of 63  « First  <  12  52  60  61  **62**  63  >

Thread Tools | Display Modes

---

☐ 07-28-2009, 05:43 PM                                                            #611

UnregisteredPOLITIKS                                                        Posts: n/a

Well…not2concerned…. perhaps if you spend a summer at OB you too can become a victim of Police brutality and get those millions.

Samuel Gilberd is not the only victim of OBPD brutality.
There have been numerous victims over the years that have been paid confidential settlements out of court.

---

☐ 07-28-2009, 06:37 PM                                                            #612

he'saloser                                                                 Posts: n/a

Sam should learn to stop drinking when he's fuk'd up. don't know him but he sounds like a loser to me

---

☐ 07-28-2009, 06:56 PM                                                            #613

disgusted 2                                                                Posts: n/a

**Obpd**

The OBPD are a bunch of thugs. I have witnessed it first hand, while vacationing with my family there. It is a shame that tax payers, pay the salaries of these shameful police officers.

---

☐ 07-28-2009, 08:01 PM                                                            #614

ismellatroll                                                               Posts: n/a

> **Quote:**
>
> Originally Posted by **UnregisteredPOLITIKS** 
> .
> *There have been numerous victims over the years that have been paid confidential settlements out of court.*

horseshit...there is no such thing as a confidential lawsuit the intitial step to a settlement.
If there was a notice put in, its public info and the news would be all over it.
The report would update and state settled out of court undisclosed amount.
I cant recall any other obpd suits soo sorry

---

🔲 07-28-2009, 08:04 PM                                                                 #615

ismellatroll                                                                            Posts: n/a



> **Quote:**
>
> Originally Posted by **disgusted 2**
> *The OBPD are a bunch of thugs. I have witnessed it first hand, while vacationing with my family there. It is a shame that tax payers, pay the salaries of these shameful police officers.*

they got rid of their worst, lamm noffi Fiorello snyder

---

🔲 07-28-2009, 08:08 PM                                                                 #616

confidential settlements                                                                Posts: n/a

> **Quote:**
>
> Originally Posted by **not2concerned** 
> *if it was abuse and corruption why was the parties found n/g?*
> *After being found n/g why was it referred to federal court for civil rights violations?*
> *Why would anyone settle for a fraction or a percent of their orginal suit?*
> *If I was the victim of police brutality I'd expect a few million as a starting point for a settlement.*

gee what a shock they ignored it and made claims of confidential lawsuits.
you are absolutely right.
cops found not guilty.
no federal probe, no federal interest, no federal civil rights case.
The claimant sued for 22 million and settled for less then 3%, sounds like he took the money and ran.
No one posting has an answer to this and wont respond.
This is when they start lying, and making up confidential lawsuits and settlements. Typical.
dont waste your time with these morons

---

🔲 07-28-2009, 10:57 PM                                                                 #617

UnregisteredJURY                                                                        Posts: n/a

### Awards

WHAT SUFFOLK COUNTY IS TO LOW AWARDS IS WHAT THE BRONX IS TO HIGH AWARDS. If this happened in The Bronx, and the plaintiff was black or Hispanic, he would have gotten $44Million.

It is well known fact that Suffolk County juries are stingy when it comes to lawsuits, be they come from criminal or civil cases. Much depends is who is doing the suing and who is getting sued. Most times it doesn't matter.

For example: Judge Stuart Namm threw out a criminal complaint against a black man that was rear cuffed and had his teeth knocked out of his mouth, and his arms suffered permanent nerve damage of having his arms raised above his head. The judge filed a formal complaint with SCPD that this man was tortured and offered medical evidence to prove it. Now one couldn't ask for anything better when filing a lawsuit. The judge said it, and threw out the charges. That man got only $85,000.00 for his troubles.

SCPD did nothing about it, they didn't bother to investigate the charges. They said, "these kind of things happen in those neighborhoods". They also said the cop was 'very aggresive'.

That officer has gone on to fame and fortune in the SCPD, even though at that time it has been reported that he and his partner amassed 18 complaints of misconduct in their then brief career.

It seems to me from where I stand and with the little information I get from the newspapers, this man was wrongfully beaten by OBPD police officers.

Their misfortune was that they weren't SCPD cops. If they had been there would have been no indictment.

In jurisdictions much smaller than NYC, the juror is struck with the reality that big awards DO come out of their pockets and not a tree in Central Park. A Suffolk juror can see the impact the individual taxpayer must pay for their decision for awarding a multi-million dollar lawsuit. In NYC, no matter what the award it is like a drop in the bucket.

The victim made the right choice, made his point, and took the money and ran.



---

07-29-2009, 07:27 AM     #618

Unregisteredbgon     Posts: n/a



Quote:
> Originally Posted by **UnregisteredJURY**
> WHAT SUFFOLK COUNTY IS TO LOW AWARDS IS WHAT THE BRONX IS TO HIGH AWARDS. If this happened in The Bronx, and the plaintiff was black or Hispanic, he would have gotten $44Million.
>
> It is well known fact that Suffolk County juries are stingy when it comes to lawsuits, be they come from criminal or civil cases. Much depends is who is doing the suing and who is getting sued. Most times it doesn't matter.
>
> For example: Judge Stuart Namm threw out a criminal complaint against a black man that was rear cuffed and had his teeth knocked out of his mouth, and his arms suffered permanent nerve damage of having his arms raised above his head. The judge filed a formal complaint with SCPD that this man was tortured and offered medical evidence to prove it. Now one couldn't ask for anything better when filing a lawsuit. The judge said it, and threw out the charges. That man got only $85,000.00 for his troubles.

> *SCPD did nothing about it, they didn't bother to investigate the charges. They said, "these kind of things happen in those neighborhoods". They also said the cop was 'very aggresive'.*
>
> *That officer has gone on to fame and fortune in the SCPD, even though at that time it has been reported that he and his partner amassed 18 complaints of misconduct in their then brief career.*
>
> *It seems to me from where I stand and with the little information I get from the newspapers, this man was wrongfully beaten by OBPD police officers.*
>
> *Their misfortune was that they weren't SCPD cops. If they had been there would have been no indictment.*
>
> *In jurisdictions much smaller than NYC, the juror is struck with the reality that big awards DO come out of their pockets and not a tree in Central Park. A Suffolk juror can see the impact the individual taxpayer must pay for their decision for awarding a multi-million dollar lawsuit. In NYC, no matter what the award it is like a drop in the bucket.*
>
> *The victim made the right choice, made his point, and took the money and ran.*

Did anyone ask for the opinion of a loser? It seems to me you have no real insight into this case that anyone else does or doesnt.
The victim made his point? The story wasnt even covered on news 12 or newsday, google it and there is one story on it.



---

08-16-2009, 03:54 PM                                                                        #619

Unregisteredblll                                                                    Posts: n/a



> Quote:
>
> Originally Posted by **Concerned FI Resident**
> 1. Lawsuits are always started for pie-in-the-sky amounts. I don't know much about this stuff, but I do know that $600,000 is a lot of money and far more than the cost of finishing the lawsuit. Gilberd wins that round.
>
> 2. I am glad I don't live in OB. I would hate to see my taxes go up to pay the increased liability insurance premiums that OB will have to pay because of Hesse and Company. OB loses that round.
>
> 3. The fact that Gilberd had the guts to bring his lawsuit will embolden others who were abused by OBPD to bring lawsuits. Did I mention higher insurance premiums? OB loses the next round.
>
> 4. One would think responsible and honorable residents of OB would throw the bums out, hire REAL cops, who would have real respect, and stop the abuse and corruption. Could it be that Hesse has something on the ones in power and that they are afraid of him? You're all losers!

bottom line obpd is responsible for his injuries because he was in their custody.
If his bladder ruptured because it was too full, it happened in their custody. If he was that drunk and falling all over he should have been detained for his own safety.
If it was the beatdown he claims why would he settle for a few 100k?



🗎 08-19-2009, 06:51 AM #**620**

**Unregisteredteet** Posts: n/a



> Quote:
> 
> Originally Posted by **Concerned FI Resident** 
> *1. Lawsuits are always started for pie-in-the-sky amounts. I don't know much about this stuff, but I do know that $600,000 is a lot of money and far more than the cost of finishing the lawsuit. Gilberd wins that round.*

The cost of the criminal trial was over 100k, the list of witnesses was double that in the civil trial due to the scope of what is admissable in a civil trial.
Aside from the cost of trial, the hospital bill had to be over 200k. Whats the cost of emergency surgery to repair a ruptured bladder? How long was he in ICU? Follow up care? Remember regardless of the cause of injury, the injury occurred during police custody. On police property. He was in their custody, and was allowed to leave after getting a appearance ticket. If he was so inebriated that he was a danger to himself he should have been held for his safety and transported to the hospital. Most police depts have a protocol in place, usually a bac of .03 to .035 as a mandatory hospital check. If refused the prisoner should be transported anyway.
The police dept has the burden of being responsible for you, even when you do not.

Page 62 of 63 « First < 12 52 60 61 **62** 63 >

« Previous Thread | Next Thread »

**Thread Tools**
🖨 Show Printable Version
✉ Email this Page
📊 Add a Poll to this Thread

**Display Modes**
▦ **Linear Mode**
▦ Switch to Hybrid Mode
▦ Switch to Threaded Mode

**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**

**Forum Jump**
Police Issues (N/S)  ▼  Go

All times are GMT -5. The time now is 10:47 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here



| | | |
|---|---|---|
| **Long Island Nassau Suffolk County New York Political Forum** > Forums > Police Issues (N/S)<br>└ **Ocean Beach Police Corruption** | User Name [User Name]  ☐ Remember Me?<br>Password [          ]  [Log in] | |

Register   FAQ   Members List   Calendar   Search   Today's Posts   Mark Forums Read



[Post Reply]  Page 63 of 63  « First  <  13  53  61  62  **63**

Thread Tools    Display Modes

☐ 08-19-2009, 07:15 AM                                                            #621

**Unregistered/bs**                                                           Posts: n/a

---

Quote:

> Originally Posted by **Unregisteredteet**
> The cost of the criminal trial was over 100k, the list of witnesses was double that in the civil trial due to the scope of what is admissable in a civil trial.
> Aside from the cost of trial, the hospital bill had to be over 200k. Whats the cost of emergency surgery to repair a ruptured bladder? How long was he in ICU? Follow up care?
> Remember regardless of the cause of injury, the injury occurred during police custody. On police property. He was in their custody, and was allowed to leave after getting a appearance ticket. If he was so inebriated that he was a danger to himself he should have been held for his safety and transported to the hospital. Most police depts have a protocol in place, usually a bac of .03 to .035 as a mandatory hospital check. If refused the prisoner should be transported anyway. The police dept has the burden of being responsible for you, even when you do not.

still not 600k

[Quote]

[Post Reply]  Page 63 of 63  « First  <  13  53  61  62  **63**

« Previous Thread  |  Next Thread »

**Thread Tools**
🖨 Show Printable Version
✉ Email this Page
🚩 Add a Poll to this Thread

**Display Modes**
📃 **Linear Mode**


Switch to Hybrid Mode
Switch to Threaded Mode



**Posting Rules**

You **may** post new threads
You **may** post replies
You **may not** post attachments
You **may not** edit your posts

vB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**



**Forum Jump**

Police Issues (N/S) ⯆ [ Go ]

All times are GMT -5. The time now is 10:48 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here