

# The Schwartz Report

Long Island Nassau Suffolk County New York Political Forum > Search Forums
→ Search Results

| User Name | User Name | ☐ Remember Me? |
| Password | | [ Log in ] |

| Register | FAQ | Members List | Calendar | Today's Posts | Search |

**Search:** Key Word(s):  Showing results 1 to 1 of 1
**ocean**, **beach**, **police**  Search took **0.05** seconds; generated 2 minute(s) ago.

| | | Thread / Thread Starter | Last Post | Replies | Views | Forum |
|---|---|---|---|---|---|---|
| ✉ | 📄 | Ocean Beach Police Corruption ( 1 2 3 … Last Page) GlassHouses | 08-19-2009 07:15 AM by Unregistered/bs ▸ | 620 | 75,053 | Police Issues (N/S) |

Showing results 1 to 1 of 1

**Forum Jump**
[ Search Forums ▾ ]  [ Go ]

All times are GMT -5. The time now is 07:55 AM.

Contact Us - The Schwartz Report Political Forum - Archive - Top

Powered by vBulletin® Version 3.6.5
Copyright ©2000 - 2009, Jelsoft Enterprises Ltd.

Powered by Company Name Here