STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )

I, Martin Schwartz, hereby declare under penalty of perjury:

1.      I am the owner and operator of the Schwartz Report website, which appears at www.shwartzreport.com, and also available through links on other websites.

2.      In response to a subpoena dated June 16, 2009 and issued by Plaintiffs in the matter of Carter et al. v. Incorporated Village of Ocean Beach, et al., I have compiled a handwritten, sequentially numbered (1 through 579) list of "IP" addresses that were used to post each of the correspondingly numbered posts on the "Ocean Beach Police Corruption" thread in the "Police Issues N/S" forum on the Schwartz Report website.

3.      I compiled this information based on IP records that I maintain in the ordinary course of operating and maintaining the Schwartz Report website.

4.      The list that I am providing herewith pursuant to Plaintiffs' subpoena is a true and correct identification of the IP addresses reflected in my original records.

Dated:  6/30/09                    Signed: _____

Sworn to before me this 30th
day of June 2009

_____
Notary Public

VIRGINIA GENTILE
Notary Public, State of New York
No. 01GE4960908
Qualified in Nassau County
Commission Expires January 2, 2010

1/ Oceans Beach (528)

1. 207. 195. 241. 169
2. 205. 188. 116. 199
3. 69. 117. 237. 117
4. 204. 126. 240. 6
5. 69. 117. 125. 4
6. 69. 117. 125. 4
7. 205. 188. 116. 199
8. 152. 163. 100. 71
9. 24. 186. 25. 53
10. 69. 117. 125. 4
11. 69. 117. 125. 4
12. 207. 195. 243. 155
13. 69. 117. 112. 187
14. 68. 160. 229. 150
15. 68. 160. 229. 150

16.  200. 118. 2. 220

17.  24. 46. 119. 157

18.  205. 188. 116. 199

19.  ~~205. 188. 116. 199~~

19.  207. 195. 241. 155

20.  68. 237. 98. 242

21.  207. 62. 146. 218

22.  151. 202. 12. 182

23.  64. 12. 116. 138

24.  24. 46. 233. 37

25.  141. 152. 246. 64

26.  141. 152. 246. 64

27.  202. 195. 240. 5

28.  152. 163. 100. 71

29.  202. 195. 242. 235

30.  202. 195. 242. 235

3/

31. 70.109.104. 24

32. 67. 17. 207. 10

33. 24. 186. 25. 53

34. 6 9. 117. 125. 4

35. 200. 118. 2. 218

36. 200. 118. 2. 218

37. 207. 67. 146. 82

38. 85. 195. 123. 22

39. 85. 195. 123. 22

40. 24. 186. 25. 53

41. 24. 186. 25. 53

42. 85. 195. 123. 29

43. 85. 195. 119. 22

44. 216. 152. 229. 165

45. 216. 152. 229. 165

4/

46.  216.152.227.165

47.  152.163.100.21

48.  152.163.100.71

49.  152.163.100.71

50.  152.163.100.95

51.  140.157.220.87

52.  141.157.220.87

53.  141.157.220.87

54.  130.94.123.181

55.  204.126.240.6

56.  204.126.240.6

57.  200.118.2.218

58.  85.195.123.22

59.  152.163.100.71

60.  205.188.116.132

4/

61.    205.188.116.199

62,    69.113.30.203

63.    69.113.30.203

64.    69.113.30.203

65,    64.12.116.136

66.    85.195.123.29

67.    205.188.116.131

68.    85.195.119.14

69.    202.62.145.230

70.    85.195.119.14

71.    85.195.119.14

72.    141.152.225.249

73.    218.12.76.111

74.    85.195.119.22

75.    85.195.123.29

76.   205. 188. 116. 54

77.   85. 195. 119. 14

78.   85. 195. 123. 29

79.   24. 46. 119. 157

80.   85. 195. 119. 14

81.   85. 195. 119. 22

82.   69. 117. 101. 22

83.   85. 195. 123. 29

84.   24. 46. 117. 52

85.   64. 12. 116. 136

86.   205. 188. 116. 189

87.   205. 188. 116. 136

88.   207. 195. 242. 123

89.   207. 195. 242. 123

90.   207. 195. 242. 123

6/

91.  207. 185. 217. 123
92.  152. 163. 100. 21
93.  64. 12. 116. 136
94.  64. 12. 117. 6
95.  64. 12. 116. 136
96.  68. 161. 210. 240
97.  24. 186. 214. 131
98.  85. 195. 119. 22
99.  85. 195. 119. 22
100. 24. 184. 128. 230
101. 68. 85. 255. 2
102. 24. 46. 233. 37
103. 85. 195. 123. 22
104. 85. 195. 123. 22
105. 24. 186. 197. 229

7/

106. 24. 186. 197. 229

107. 24. 186. 197. 229

108. 69. 117. 99. 12

109. 69. 117. 99. 12

110. 67. 90. 218. 100

111. 67. 90. 218. 100

112. 67. 90. 218. 100

113. 67. 90. 218. 100

114. 67. 90. 218. 100

115. 67. 90. 218. 100

116. 208. 65. 232. 10

117. 85. 195. 119. 14

118. 85. 195. 119. 14

119. 64. 12. 116. 136

120. 85. 195. 123. 29

121. 24. 46. 137. 157

122. 152. 163. 100. 21

123. 85. 195. 123. 29

124. 85. 195. 123. 29

125. 141. 157. 237. 17

126. 64. 12. 116. 136

127. 68. 160. 230. 73

128. 208. 100. 9. 118

129. 69. 117. 101. 22

130. 69. 117. 101. 22

131. 69. 117. 101. 22

132. 69. 117. 101. 22

133. 67. 90. 218. 100

134. 208. 100. 9. 117

135. 208. 100. 9. 117

136. 208. 100. 9. 118

137. 67. 90. 218. 100

138. 67. 90. 218. 100

9/

139.   208.100.118

140.   208.100.9.117

141.   152.163.100.21

142.   152.163.100.21

143.   208.100.9.118

144.   64.194.216.170

145.   208.100.9.118

146.   68.117.101.22

147.   68.117.101.22

148.   67.80.218.100

149.   67.80.218.100

150.   208.100.9.118

151.   68.160.223.58

152.   152.163.100.21

153.   68.161.202.200

154.   24.46.119.152

155.   68.161.201.86

156.   24.186.164.19

10/ 157.    24. 46. 117. 157

158.   218. 149. 72. 88

159.   24. 46. 117. 52

160.   24. 190. 113. 137

161.   71. 244. 81. 99

162.   141. 157. 232. 37

163.   71. 244. 81. 99

164.   24. 46. 117. 52

165.   76. 168. 3.  20

166.   67. 90. 218. 100

167.   76. 183. 253. 26

168.   24. 190. 113. 137

169.   152. 163. 100. 71

170.   24. 46. 230. 80

171.   69. 114. 158. 50

172.   69. 117. 152. 189

173.   64. 194. 216. 170

175. 70. 23. 23. 189

176. 24. 190. 113. 137

177. 152. 163. 100. 21

128. 76. 169. 231. 11

179. 24. 190. 113. 137

180. 70. 23. 23. 189

181. 24. 190. 113. 137

182. 70. 23. 23. 189

183. 69. 114. 158. 50

184. 68. 160. 228. 92

185. 70. 23. 23. 189

186. 24. 190. 113. 137

187. 24. 190. 113. 137

188. 70. 23. 23. 189

189. 24. 190. 113. 137

190. 141. 157. 251. 253

191. 141. 157. 251. 253

192. 141. 157. 251. 253

12/17 193.   68. 160. 228. 72
194.   24. 184. 237. 154
195.   24. 185 - 160. 211
196   24. 190. 113 - 137
197.   24. 184. 123. 158
198   162. 84. 173 - 57
199.   70. 23. 28 - 125
200.   212. 227. 103. 74
201.   24. 190. 113. 137
202.   24. 47. 5 - 247
203.   24. 46. 230. 80
204.   70. 23. 28. 125
205.   24. 190. 113. 137
206.   141. 26. 45 - 34
207.   67. 17. 207. 10
208.   24. 111. 144. 67
209.   205. 188 - 112. 167
210.   69. 113. 210. 189
211.   69. 113. 28. 163
212.   64. 12. 116. 9

13/

213.   69. 113. 30. 203

214   69. 113. 28. 163

215.   70. 23. 28. 125

216   69. 113. 30. 203

217.   24. 42. 5. 247

218.   63. 118. 56. 110

219.   69. 123. 117. 185

220.   205. 188. 117. 9

221.   69. 123. 117. 185

222.   64. 12. 116. 10

223.   152. 163. 101. 15

224.   205. 188. 117. 18

225.   64. 12. 117. 14

226.   24. 47. 5. 247

227   64. 12. 116. 25

228   205. 188. 117. 15

229   24. 190. 113. 137

230   205. 188. 117. 15

231   69. 113. 28. 136

232.   152. 163. 101. 15

14/

233.   64. 12. 117. 15

234,   6 9. 113. 30. 203

235.   6 9. 113. 30. 203

236.   205. 188. 117. 15

237.   2 4. 47. 5. 247

238    205. 188. 116. 200

239.   2 4. 45. 233. 180

240    24, 190. 113. 137

241    130. 36. 87. 102

242    24. 190. 113. 137

243    152. 163. 101. 15

244.   152. 163. 101. 15

245.   152. 163. 101. 15

246.   64. 12. 116. 78

247.   24. 190. 112. 110

248    24, 190. 113. 137

249    24. 47. 5. 247

250,   152. 163. 101. 15

251,   6 9. 122. 95. 82

252    64, 12, 116. 208

253,   24, 47, 184, 250

254.   70, 23, 40, 254

15/ 255. 157. 204. 183 - 179

256.   24. 189. 25 - 79

257.   128. 241. 104. 119

258.   152 - 163. 100 - 137

259.   24. 190. 113 - 137

260    64. 12 - 116. 208

261.   24. 189. 25 - 79

262    24, 190. 113 - 137

263    24. 188. 85 - 105

264    24. 190. 113. 137

265.   152. 163. 100 - 137

266.   141. 157. 201. 161

267    24. 190. 113. 137

268    24. 188. 87. 61

269    152. 163. 101. 17

270    205. 188 - 116. 208

271    24. 190. 115 - 221

272.   69. 117. 157. 212

273.   64. 12 - 116. 78

274.   69. 113. 30. 203

275.   69. 123. 117. 185

276.     64, 12. 116.28
277.   205, 188. 116. 28
278.   205, 188. 116. 28
279.   205, 188. 116. 28
280.   192. 72. 124. 11
281.   64. 12. 116. 28
282.   64. 12. 116. 28
283.   24. 45. 220. 96
284.   205. 188. 116. 78
285.   69. 113. 30. 203
286.   69. 113. 30. 203
287.   141. 76. 45. 34
288.   64. 12. 116. 78
289.   69. 113. 30. 203
290.   205. 188. 116. 78
291.   64. 12. 116. 28
292.   69. 113. 30. 203
293.   200. 83. 4. 4
294.   69. 113. 30. 203
295.   69. 113. 30. 203
296.   69. 113. 30. 203
297.   205. 188. 116. 28
298.   24. 190. 115. 121
299.   68. 195. 232. 10
300.   69. 113. 30. 203

17 / 301. 6.8.30.203

302. 24. 47. 178. 205

303. 69. 113. 30. 203

304. 64. 12. 116. 28

305. 24. 190. 115. 221

306. 24. 190. 115. 221

307. 205. 188. 116. 28

308. 69. 123. 117. 185

309. 205. 188. 116. 28

310. 24. 190. 115. 221

311. 24. 45. 220. 96

312. 141. 152. 213. 25

313. 24. 45. 220. 96

314. 205. 188. 116. 28

315. 24. 185. 199. 41

316. 24. 184. 100. 17

317. 205. 188. 116. 28

318. 96. 232. 189. 31

319. 205. 188. 116. 28

320. 205. 188. 116. 28

321. 20. 4. 214. 45

322. 85. 195. 119. 14

323. 193. 200. 150. 23

324. 64. 12. 116. 28

325.  70. 4. 68. 251
326.  85. 195. 119. 14
327.  70. 4. 69. 251
328.  85. 195. 119. 14
329.  70. 4. 127. 52
330.  68. 184. 161. 54
331.  85. 195. 119. 22
332.  24. 45. 242. 97
333.  193. 200. 150. 167
334.  99. 205. 35. 230
335.  193. 200. 150. 167
336.  24. 45. 242. 97
337.  205. 188. 116. 28
338.  68. 245. 202. 53
339.  193. 200. 150. 167
340.  24. 181. 46. 137
341.  85. 195. 119. 22
342.  140. 163. 254. 158
343.  85. 195. 119. 14
344.  205. 188. 116. 28
345.  205. 188. 116. 28
346.  70. 4. 106. 233
347.  64. 12. 116. 28
348.  205. 188. 116. 28
349.  64. 12. 116. 28
350.  193. 200. 150. 189

352.   96. 224. 69. 254
353.   193. 200. 150. 26
354.   68. 195. 163. 230
355.   193. 200. 150. 23
356.   70. 4. 245. 243
357.   193. 200. 150. 23
358.   96. 224. 70. 190
359.   85. 195. 119. 14
360,   75. 85. 102. 231
361.   96. 224. 69. 231
362.   85. 195. 119. 22
363.   99. 207. 157. 165
364.   99. 207. 157. 165
365.   72. 61. 248. 144
366.   99. 205. 42. 151
367.   69. 112. 28. 31
368.   162. 83. 235. 10
369.   69. 112. 220. 178
370,   24. 39. 85. 250
371.   193. 200. 150. 167
372.   24. 186. 165. 39
373.   24. 190. 242. 240
374.   67. 15. 100. 250
375.   205. 188. 116. 78
376.   173. 2. 203. 163
377.   69. 123. 181. 94

378.   205.188.116.28
379.   173.68.190.173
380.   162.83.218.119
381.   64.12.116.28
382.   204.232.11.1
383.   173.68.190.173
384.   205.188.116.28          → 205.188.116.28
385.   193.200.150.152
386.   173.68.190.173
387.   69.112.221.103
388.   24.46.121.34
389.   24.184.115.48
390.   69.113.136.86
391.   205.188.116.78
392.   173.52.102.66
393.   64.12.116.28
394.   173.52.102.66
395.   71.162.64.71
396.   69.113.27.175
397.   68.237.66.43
398.   221.11.27.110
399.   69.113.136.86
400.

401. 193, 230, 930, 812

402. 204, 232. 11. 1

403, 173. 52. 102. 66

404. 24. 45. 164. 43

405. 24. 45, 164. 43

406, 69. 123. 181. 94

407. 69. 113. 22. 175

408. 64. 61. 156. 170

409. 24. 45. 164. 43

410. 64. 61. 156. 170

411. 24. 45. 164. 43

412 64. 61. 156. 170

413. 69. 113. 22. 175

414. 69. 113. 22. 175

415. 193, 200. 150. 137

416. 64. 61. 156. 170

417. 68. 237. 21. 140

418. 173. 103. 120. 12

419. 64. 61. 156. 170

420. 173. 103. 120. 12

421. 24. 47. 80, 16

422. 68. 237. 21. 140

423, 193, 200, 150, 82

424, 76, 76, 22. 249

425. 204. 232. 11. 1

426. 173.52.102.66

427. 173.52.102.66

428. 193.200.150.82

429. 193.200.150.82

430. 64.61.156.170

431. 68.113.27.175

432. 68.237.21.140

433. 68.237.21.140

434. 193.200.150.137

435. 64.12.116.78

436. 24.185.254.255

437. 64.61.156.170

438. 64.61.156.170

439. 65.202.51.206

440. 173.77.162.177

441. 193.200.150.152

442. 20.4.34.145

443. 20.4.34.145

444. 68.237.24.51

445. 69.113.27.175

446. 173.52.120.252

447. 64.61.156.170

448. 193.200.150.82

449. 64.61.156.170

450. 173.68.180.173

451. 64.61.156.170

452. 193.200.150.82

23/

453. 119-200./150.953

454. 64. 61. 156. 170 ⊙

455. 24. 45. 164. 43

456. 24. 45. 164. 43

457. 24. 45. 164. 43

458. 24. 45. 164. 43

459. 24. 45. 164. 43

460. 64. 61. 156. 170 ◯

461. 24. 45. 164. 43

462. 64. 61. 156. 170

463. 24. 45. 164. 43

464. 24. 45. 164. 43

465. 64. 61. 156. 170 ◯

466. 24. 45-164. 43

467. 173. 52. 120. 252

468. 24. 45. 164. 43

469. 24. 45-164. 43

470. 64. 61. 156. 170 ◯

471. 173. 68. 190. 173

472. 24. 45. 164. 43

473. 68. 244. 32. 10

474. 24. 45. 164. 43

475. 24. 45. 164. 43

24/476. 24. 45. 164. 43

477. 193. 200. 150. 152

478. 69. 113. 27. 175

479. 69. 113. 27. 175

480. 69. 113. 136. 86

481. 193. 200. 150. 137

482. 193. 200. 150. ~~#~~. 82

483. 24. 45. 164. 43

484. 24. 45. 164. 43

485. 24. 45. 164. 43

486. 24. 45. 164. 43

487. 24. 45. 164. 43

488. 69. 113. 27. 175

489. 69. 113. 27. 175

490. 203. 26. 91. 139

491. 69. 113. 27. 175

492. 203. 26. 91. 139

493. 69. 113. 27. 175

494. 69. 113. 136. 86

495. 193. 200. 150. 137

496. 173. 52. 120. 252

497. ~~#~~ 69. 113. 27. 175

498. 205. 188. 116. 78

499. 64. 61. 156. 170

500. 64. 12. 116. 78

25/

501.  64. 61. 156. 170
502.  68. 113. 27. 175
503.  64. 61. 156. 170
504.  174. 153. 61. 46
505.  193. 200. 150. 152
506.  193. 200. 150. 137
507.  64. 61. 156. 170
508.  193. 200. 150. 137
509.  193. 200. 150. 137
510.  193. 200. 150. 137
511.  64. 61. 156. 170
512.  193. 200. 150. 182
513.  193. 200. 150. 182
514.  193. 200. 150. 182
515.  64. 61. 156. 170
516.  193. 200. 150. 125
517.  64. 61. 156. 170
518.  193. 200. 150. 182
519.  193. 200. 150. 137
520.  64. 61. 156. 170
521.  193. 200. 150. 182
522.  64. 61. 156. 170
523.  146. 95. 166. 165
524.  64. 61. 156. 170
525.  64. 61. 156. 170
526.  64. 12. 116. 78
527.  69. 127. 243. 240
528.  65. 49. 14. 12

26/529.  69. 113. 27. 175

530. 65. 49, 14, 12

531. 65. 48. 14. 12

532. 69. 113. 27. 175

533. 69. 113. 27. 171

534. 69. 113. 27. 175

535. 65. 49. 14. 12

536. 65. 49. 14. 12

537. 69. 113. 27. 175

538. 68. 237. 21. 249

539. 193. 200. 150. 152

540. 69. 127. 243. 240

541. 193. 200. 150. 152

542. 193. 200. 150. 152

543. 193. 200. 150. 152

544. 193. 200. 150. 152

545. 193. 200. 150. 152

546. 193. 200. 150. 152

547. 193. 200. 150. 152

548. 69. 127. 243. 240

549. 193. 200. 150. 152

550. 202. 29. 128. 161

551. 69. 127. 243. 240

552. 193. 200. 150. 125

553. 202. 29. 128. 161

554. 69. 127. 243. 240

555. 64. 12. 116. 78

2)/556.

557. 69.113.136.32

558. 64.12.116.78

559. 193.200.150.152

560. 69.113.136.32

561. 64.12.116.78

562. 193.200.150.125

563. 69.113.136.32

564. 193.200.150.152

565. 64.12.116.78

566. 193.200.150.82

567. 193.200.150.82

568. 193.200.150.82

569. 69.113.27.204

570. 24.184.116.173

571. 24.45.164.43

572. 24.45.164.43

573. 64.12.116.78

574. 69.127.243.240

575. 193.200.150.125

576. 193.200.150.125

577. 69.113.133.30

578. 64.12.116.78

* 579. 24.47.80.16 (after subpoena issued)

END