Case 2:07-cv-01215-SJF-ETB   Document 145-48   Filed 01/15/10   Page 1 of 1 PageID #: 3755

Page 1 of 1

Subj: FYI
Date: 5/15/2006 10:05:18 A.M. Eastern Standard Time
From: OBPD103
To: Wingking28

Hey Eddie,

I called Gregg personally and explained to him what was going on. I told him that you were not involved in any misconduct of any sort. I told him You were let go because you were spreading yourself thin from job to job coming to work tired and sleeping the tour away. I also said that when you work you're a great employee and to expect a lot from you.
I have no doubt you'll be a great Lieutenant... Good Luck

talk soon
george



Saturday, July 29, 2006 America Online: Wingking28

P 535