CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL CONFIDENTIAL



# CONFIDENTIAL

The information in this file is confidential material provided by Facebook solely in response to an officially sanctioned subpoena, court order, search warrant or other legal information request.

The intended recipient is requested to handle the provided material in accordance with their organization's protocol for handling sensitive or confidential material

**Contact:**
Facebook
Attn: Legal Department
156 University Avenue
Palo Alto, California 94301
legal@facebook.com

Consent to Release Private Facebook Information

I, George Hesse, am an account holder with Facebook, Inc. My account name is George Hesse and my login email address is: beachcop03@aol.com. I do hereby voluntarily authorize Facebook to release the reasonably available data as check-marked below, from my Facebook account profile for the period of 01/01/2004 to 06/24/2009.

My data should be released to:

Andrew S. Goodstadt, Esq., Thompson, Wigdor & Gilly, LLP; 85 Fifth Avenue, New York, New York 10003; Tel. No.: (212) 257-6800, Fax No.: (212) 257-6845; agoodstadt@twglaw.com

Kevin W. Connolly, Esq., Marks, O'Neill, O'Brien & Courtney, P.C.; Counsel for Defendant, George B. Hesse; 530 Saw Mill River Road, Elmsford, New York 10523; Tel. No.: (914) 345-3701; Fax No.: (914) 345-3743; kconnolly@mooclaw.com

- ☐ Profile
- ☐ Status Updates
- ☐ Notes
- ☐ Mini-feed
- ☐ Shares
- ☐ Wallposts
- ☐ Deleted Wallposts
- ☐ Old (over 180 days) Wallposts
- ☐ Friends List
- ☐ Deleted Friends List (deleted by user)
- ☐ Groups
- ☐ Events
- ☐ Videos
- ☒ IP Address Logins from 1/1/04 to 6/24/09
- ☐ Applications
- ☐ Facebook Message Box
- ☐ Photos

_____   7/17/09
George Hesse            Date

Notary Public/Individual Duly Authorized to Administer Oath:

Sworn to before me on
_17_ day of July, 2009

_____
NOTARY PUBLIC

SUSAN L. CAFUOCO
Notary Public, State of New York
No. 01CA6183725
Qualified in Suffolk County
Commission Expires Mar. 24, 20_12_

```
2008-08-20 14:51:32 565798170      64.12.117.141
2008-08-20 14:51:43 565798170      64.12.117.200
2008-08-20 14:52:39 565798170      64.12.117.200
2008-08-20 14:53:00 565798170      64.12.117.72
2008-08-20 14:53:04 565798170      64.12.117.200
2008-08-20 14:53:41 565798170      64.12.117.74
2008-08-20 14:54:05 565798170      64.12.117.138
2008-08-20 14:54:14 565798170      64.12.116.130
2008-08-20 14:54:14 565798170      69.113.30.203
2008-08-20 14:54:19 565798170      64.12.117.138
2008-08-20 14:54:50 565798170      64.12.117.74
2008-08-20 14:55:07 565798170      64.12.116.71
2008-08-20 14:55:30 565798170      64.12.117.194
2008-08-20 14:56:20 565798170      64.12.116.138
2008-08-20 14:56:28 565798170      64.12.117.194
2008-08-20 14:56:28 565798170      69.113.30.203
2008-08-20 14:56:40 565798170      64.12.116.71
2008-08-20 14:56:58 565798170      64.12.117.200
2008-08-20 14:57:26 565798170      64.12.117.131
2008-08-20 14:57:36 565798170      64.12.117.200
2008-08-20 14:57:40 565798170      64.12.117.80
2008-08-22 08:18:38 565798170      64.12.116.199
2008-08-22 08:18:50 565798170      64.12.117.197
2008-09-29 07:53:31 565798170      162.83.228.28
2008-09-29 07:54:24 565798170      162.83.228.28
2008-09-29 07:54:34 565798170      162.83.228.28
2008-09-29 07:55:01 565798170      162.83.228.28
2008-09-29 07:55:21 565798170      162.83.228.28
2008-09-29 07:55:33 565798170      162.83.228.28
2008-09-29 07:55:37 565798170      162.83.228.28
2008-09-29 07:56:14 565798170      162.83.228.28
2008-09-29 07:56:21 565798170      162.83.228.28
2008-09-29 07:56:38 565798170      162.83.228.28
2008-09-29 07:56:42 565798170      162.83.228.28
2008-09-29 07:56:48 565798170      162.83.228.28
2008-09-29 07:56:54 565798170      162.83.228.28
2008-09-29 07:57:07 565798170      162.83.228.28
2008-09-29 07:57:09 565798170      162.83.228.28
2008-09-29 07:57:18 565798170      162.83.228.28
2008-09-29 07:57:23 565798170      162.83.228.28
2008-09-29 07:57:32 565798170      162.83.228.28
2008-09-29 07:57:35 565798170      162.83.228.28
2008-09-29 07:57:51 565798170      162.83.228.28
2008-09-29 07:57:56 565798170      162.83.228.28
2008-09-29 07:58:09 565798170      162.83.228.28
2008-09-29 07:58:43 565798170      162.83.228.28
2008-09-29 07:58:47 565798170      162.83.228.28
2008-09-29 07:59:13 565798170      162.83.228.28
2008-09-29 07:59:55 565798170      162.83.228.28
```

CONFIDENTIAL

```
2008-09-29 08:00:06 565798170        162.83.228.28
2008-09-29 08:00:15 565798170        162.83.228.28
2008-09-29 08:00:21 565798170        162.83.228.28
2008-09-29 08:00:27 565798170        162.83.228.28
2008-09-29 08:00:30 565798170        162.83.228.28
2008-09-29 08:00:37 565798170        162.83.228.28
2008-09-29 08:00:40 565798170        162.83.228.28
2008-09-29 08:00:45 565798170        162.83.228.28
2008-09-29 08:00:51 565798170        162.83.228.28
2008-09-29 08:01:00 565798170        162.83.228.28
2008-09-29 08:01:07 565798170        162.83.228.28
2008-09-29 08:01:16 565798170        162.83.228.28
2008-09-29 08:01:20 565798170        162.83.228.28
2008-09-29 08:01:25 565798170        162.83.228.28
2008-09-29 08:01:31 565798170        162.83.228.28
2008-09-29 08:01:34 565798170        162.83.228.28
2008-09-29 08:01:39 565798170        162.83.228.28
2008-09-29 08:01:40 565798170        162.83.228.28
2008-09-29 08:02:22 565798170        162.83.228.28
2008-09-29 08:02:30 565798170        162.83.228.28
2008-09-29 08:02:58 565798170        162.83.228.28
2008-09-29 08:03:08 565798170        162.83.228.28
2008-09-29 08:03:13 565798170        162.83.228.28
2008-09-29 08:03:14 565798170        162.83.228.28
2008-09-29 08:03:15 565798170        162.83.228.28
2008-09-29 08:03:31 565798170        162.83.228.28
2008-09-29 08:03:39 565798170        162.83.228.28
2008-09-29 08:03:45 565798170        162.83.228.28
2008-09-29 08:03:50 565798170        162.83.228.28
2008-09-29 08:03:52 565798170        162.83.228.28
2008-09-29 08:03:55 565798170        162.83.228.28
2008-09-29 08:03:57 565798170        162.83.228.28
2008-09-29 08:04:00 565798170        162.83.228.28
2008-09-29 08:04:11 565798170        162.83.228.28
2008-09-29 08:04:17 565798170        162.83.228.28
2008-09-29 08:04:22 565798170        162.83.228.28
2008-09-29 08:04:27 565798170        162.83.228.28
2008-09-29 08:04:30 565798170        162.83.228.28
2008-09-29 08:04:35 565798170        162.83.228.28
2008-09-29 08:04:45 565798170        162.83.228.28
2008-09-29 08:04:49 565798170        162.83.228.28
2008-09-29 08:04:52 565798170        162.83.228.28
2008-09-29 08:04:53 565798170        162.83.228.28
2008-09-29 08:05:42 565798170        162.83.228.28
2008-09-29 08:05:46 565798170        162.83.228.28
2008-09-29 08:05:51 565798170        162.83.228.28
2008-09-29 08:05:57 565798170        162.83.228.28
2008-09-29 08:06:00 565798170        162.83.228.28
2008-09-29 08:06:03 565798170        162.83.228.28
```

CONFIDENTIAL

```
2008-09-29 08:06:07 565798170      162.83.228.28
2008-09-29 08:06:13 565798170      162.83.228.28
2008-11-02 06:06:08 565798170      64.12.117.74
2008-11-02 06:07:31 565798170      64.12.117.134
2008-11-02 06:08:08 565798170      64.12.117.206
2008-11-02 06:08:23 565798170      64.12.116.77
2008-11-02 06:08:34 565798170      64.12.117.19
2008-11-02 06:08:44 565798170      64.12.117.20
2008-11-02 06:09:04 565798170      64.12.117.19
2008-11-02 06:09:07 565798170      64.12.116.8
2008-11-02 06:11:49 565798170      64.12.117.19
2008-11-02 06:11:51 565798170      64.12.116.77
2008-11-02 06:11:54 565798170      64.12.116.20
2008-11-02 06:12:01 565798170      64.12.116.77
2008-11-02 06:12:04 565798170      64.12.117.206
2008-11-02 06:12:15 565798170      64.12.117.134
2008-11-02 06:12:15 565798170      71.247.62.202
2008-11-02 06:12:48 565798170      64.12.117.137
2008-11-02 06:13:04 565798170      64.12.116.73
2008-11-02 06:13:04 565798170      71.247.62.202
2008-11-02 06:13:16 565798170      64.12.116.200
2008-11-02 06:13:23 565798170      64.12.116.79
2008-11-02 06:13:48 565798170      64.12.116.200
2008-11-02 06:14:04 565798170      64.12.116.78
2008-11-02 06:14:10 565798170      64.12.116.200
2008-11-02 06:14:13 565798170      64.12.117.141
2008-11-02 06:14:42 565798170      64.12.116.200
2008-11-02 06:14:58 565798170      64.12.117.137
2008-11-02 06:15:04 565798170      64.12.117.78
2008-11-02 06:15:17 565798170      64.12.117.138
2008-11-02 06:16:30 565798170      64.12.117.78
2008-11-02 06:16:38 565798170      64.12.117.194
2008-11-02 06:16:49 565798170      64.12.116.138
2008-11-24 12:52:09 565798170      162.84.149.177
2008-11-24 12:53:05 565798170      162.84.149.177
2008-11-24 12:53:44 565798170      162.84.149.177
2008-11-24 12:56:24 565798170      162.84.149.177
2008-11-24 12:57:11 565798170      162.84.149.177
2008-11-24 12:57:35 565798170      162.84.149.177
2008-11-24 12:57:42 565798170      162.84.149.177
2008-11-24 12:58:03 565798170      162.84.149.177
2008-11-27 06:15:58 565798170      64.12.116.202
2008-11-27 06:17:27 565798170      64.12.117.195
2008-11-27 06:18:15 565798170      64.12.117.207
2008-11-27 06:18:28 565798170      64.12.116.209
2008-11-27 06:18:39 565798170      64.12.117.12
2008-11-27 06:18:55 565798170      64.12.117.137
2008-11-27 06:19:13 565798170      64.12.116.10
2008-11-27 06:19:39 565798170      64.12.116.77
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2008-11-27 06:19:47 | 565798170 | 64.12.117.14 |
| 2008-11-27 06:20:10 | 565798170 | 64.12.117.137 |
| 2008-11-27 06:20:15 | 565798170 | 64.12.116.10 |
| 2008-11-27 06:20:28 | 565798170 | 64.12.116.144 |
| 2008-11-27 06:20:34 | 565798170 | 64.12.116.145 |
| 2008-11-27 06:20:50 | 565798170 | 64.12.112.8 |
| 2008-11-27 06:21:02 | 565798170 | 64.12.116.208 |
| 2008-11-27 06:22:08 | 565798170 | 64.12.117.78 |
| 2008-11-27 06:23:01 | 565798170 | 64.12.116.79 |
| 2008-11-27 06:23:19 | 565798170 | 64.12.116.195 |
| 2008-11-27 06:33:17 | 565798170 | 64.12.116.142 |
| 2008-11-27 06:33:48 | 565798170 | 64.12.117.10 |
| 2008-11-27 06:34:11 | 565798170 | 64.12.116.72 |
| 2008-11-27 06:34:25 | 565798170 | 64.12.117.205 |
| 2008-11-27 06:34:34 | 565798170 | 64.12.116.202 |
| 2008-11-27 06:35:29 | 565798170 | 64.12.116.202 |
| 2008-11-27 06:35:36 | 565798170 | 64.12.117.7 |
| 2008-11-27 06:36:30 | 565798170 | 64.12.116.13 |
| 2008-11-27 06:36:40 | 565798170 | 64.12.117.78 |
| 2008-11-27 06:36:41 | 565798170 | 64.12.116.15 |
| 2008-11-27 06:36:44 | 565798170 | 64.12.117.137 |
| 2008-11-27 06:36:45 | 565798170 | 64.12.117.14 |
| 2008-11-27 06:36:54 | 565798170 | 64.12.117.12 |
| 2008-11-27 06:37:26 | 565798170 | 64.12.116.145 |
| 2008-11-27 06:37:38 | 565798170 | 64.12.116.69 |
| 2008-11-27 06:38:35 | 565798170 | 64.12.116.203 |
| 2008-11-27 06:38:42 | 565798170 | 64.12.116.20 |
| 2008-11-27 06:38:44 | 565798170 | 64.12.117.193 |
| 2008-11-27 06:38:54 | 565798170 | 64.12.116.210 |
| 2008-11-27 06:39:02 | 565798170 | 64.12.116.130 |
| 2008-11-27 06:40:09 | 565798170 | 64.12.117.9 |
| 2008-11-27 06:41:07 | 565798170 | 64.12.116.132 |
| 2008-11-27 06:44:58 | 565798170 | 64.12.116.196 |
| 2008-11-27 06:45:34 | 565798170 | 64.12.117.66 |
| 2008-11-27 06:45:43 | 565798170 | 64.12.117.14 |
| 2008-11-27 06:45:50 | 565798170 | 64.12.116.138 |
| 2008-11-27 06:45:55 | 565798170 | 64.12.116.145 |
| 2008-11-27 06:45:55 | 565798170 | 64.12.116.75 |
| 2008-11-27 06:46:06 | 565798170 | 64.12.116.67 |
| 2008-11-28 09:46:18 | 565798170 | 205.188.116.11 |
| 2008-11-28 09:46:18 | 565798170 | 70.19.45.179 |
| 2008-11-28 09:49:03 | 565798170 | 205.188.116.77 |
| 2008-11-28 09:49:43 | 565798170 | 205.188.116.71 |
| 2008-11-28 09:51:34 | 565798170 | 205.188.117.193 |
| 2008-11-28 09:52:28 | 565798170 | 205.188.117.202 |
| 2008-11-28 09:52:47 | 565798170 | 205.188.117.144 |
| 2008-11-28 09:53:20 | 565798170 | 205.188.116.132 |
| 2008-11-28 09:53:35 | 565798170 | 205.188.116.200 |
| 2008-11-28 09:57:04 | 565798170 | 205.188.116.8 |

```
2008-11-28 10:01:04 565798170      205.188.117.141
2008-11-28 10:01:47 565798170      205.188.116.145
2008-11-28 10:02:24 565798170      205.188.116.138
2008-11-28 10:02:33 565798170      205.188.116.145
2008-11-28 10:02:34 565798170      205.188.117.130
2008-11-28 10:02:58 565798170      205.188.117.138
2008-11-28 10:05:04 565798170      205.188.117.130
2008-11-28 10:05:05 565798170      205.188.117.133
2008-11-28 10:38:41 565798170      205.188.116.130
2008-11-28 10:39:08 565798170      205.188.117.133
2008-11-28 10:39:09 565798170      205.188.117.136
2008-11-28 10:41:34 565798170      205.188.116.205
2008-11-28 10:42:45 565798170      205.188.116.18
2008-11-28 10:42:55 565798170      205.188.116.130
2008-11-28 10:43:30 565798170      205.188.117.136
2008-11-28 10:43:31 565798170      205.188.117.133
2008-11-28 10:43:35 565798170      205.188.117.194
2008-11-28 10:46:27 565798170      205.188.116.9
2008-11-28 10:46:38 565798170      205.188.116.207
2008-11-28 10:46:41 565798170      205.188.116.71
2008-11-28 10:46:54 565798170      205.188.117.65
2008-11-28 10:46:57 565798170      205.188.116.207
2008-11-28 10:47:00 565798170      205.188.117.15
2008-11-28 10:47:04 565798170      205.188.117.134
2008-11-28 10:47:12 565798170      205.188.117.129
2008-11-28 10:48:09 565798170      205.188.117.195
2008-11-28 10:48:16 565798170      205.188.117.205
2008-11-28 10:49:19 565798170      205.188.117.20
2008-11-28 10:49:27 565798170      205.188.116.13
2008-11-28 10:49:31 565798170      205.188.117.7
2008-11-28 10:49:34 565798170      205.188.116.199
2008-11-28 10:49:43 565798170      205.188.117.15
2008-11-28 10:49:46 565798170      205.188.117.133
2008-11-28 10:49:47 565798170      205.188.117.5
2008-11-28 10:50:06 565798170      205.188.116.74
2008-11-28 10:50:21 565798170      205.188.116.201
2008-11-28 10:50:56 565798170      205.188.117.143
2008-11-28 10:51:06 565798170      205.188.117.10
2008-11-28 10:51:42 565798170      205.188.117.10
2008-11-28 10:51:50 565798170      205.188.116.130
2008-11-28 10:52:02 565798170      205.188.116.130
2008-11-28 10:52:15 565798170      205.188.117.5
2008-11-28 10:52:16 565798170      205.188.116.66
2008-11-28 10:55:05 565798170      205.188.117.77
2008-11-28 10:55:16 565798170      205.188.116.69
2008-11-28 10:55:34 565798170      205.188.116.69
2008-11-28 10:55:41 565798170      205.188.116.68
2008-11-28 10:55:47 565798170      205.188.116.68
2008-11-28 10:55:58 565798170      205.188.117.202
```

```
2008-11-28 10:56:05 565798170        205.188.116.203
2008-11-28 10:56:15 565798170        205.188.116.66
2008-11-28 10:56:16 565798170        205.188.117.5
2008-11-28 10:56:23 565798170        205.188.116.9
2008-11-28 10:56:32 565798170        205.188.116.137
2008-11-28 10:57:05 565798170        205.188.116.137
2008-11-28 10:57:14 565798170        205.188.116.134
2008-11-28 10:57:20 565798170        205.188.116.134
2008-11-28 10:57:28 565798170        205.188.116.144
2008-11-28 10:57:53 565798170        205.188.116.144
2008-11-28 10:57:56 565798170        205.188.116.143
2008-11-28 10:58:01 565798170        205.188.116.143
2008-11-28 10:58:01 565798170        70.19.45.179
2008-11-28 10:58:05 565798170        205.188.116.196
2008-11-28 10:58:15 565798170        205.188.117.19
2008-11-28 10:58:15 565798170        205.188.117.5
2008-11-28 10:58:30 565798170        205.188.117.143
2008-11-28 10:59:12 565798170        205.188.117.19
2008-11-28 10:59:18 565798170        205.188.116.195
2008-11-28 10:59:25 565798170        205.188.116.195
2008-11-28 10:59:33 565798170        205.188.117.142
2008-11-28 10:59:33 565798170        70.19.45.179
2008-11-28 10:59:39 565798170        205.188.116.201
2008-11-28 10:59:46 565798170        205.188.116.136
2008-11-28 11:02:01 565798170        205.188.117.140
2008-12-04 06:10:52 565798170        64.12.116.11
2008-12-04 06:12:11 565798170        64.12.117.144
2008-12-04 06:12:46 565798170        64.12.116.17
2008-12-04 06:12:57 565798170        64.12.117.6
2008-12-04 06:13:17 565798170        64.12.117.12
2008-12-04 06:13:35 565798170        64.12.117.140
2008-12-04 06:13:40 565798170        64.12.116.17
2008-12-04 06:14:22 565798170        70.19.44.192
2008-12-04 06:14:45 565798170        64.12.116.142
2008-12-04 06:14:52 565798170        70.19.44.192
2008-12-04 06:14:59 565798170        70.19.44.192
2008-12-04 06:15:08 565798170        70.19.44.192
2008-12-04 06:16:18 565798170        70.19.44.192
2008-12-04 06:16:27 565798170        70.19.44.192
2008-12-04 06:16:34 565798170        70.19.44.192
2008-12-04 06:16:42 565798170        64.12.116.203
2008-12-04 06:41:17 565798170        64.12.117.19
2008-12-04 06:41:44 565798170        64.12.116.145
2008-12-04 06:41:57 565798170        64.12.116.19
2008-12-04 06:42:02 565798170        64.12.117.205
2008-12-04 06:42:09 565798170        64.12.117.205
2008-12-04 06:42:10 565798170        64.12.116.72
2008-12-04 06:42:27 565798170        64.12.117.16
2008-12-04 07:09:04 565798170        64.12.117.138
```

```
2008-12-04 07:09:20 565798170      64.12.117.193
2008-12-04 07:09:47 565798170      64.12.117.76
2008-12-04 07:10:17 565798170      64.12.116.209
2008-12-04 07:11:11 565798170      64.12.117.15
2008-12-04 07:12:34 565798170      64.12.116.142
2008-12-04 07:13:24 565798170      64.12.116.78
2008-12-04 07:14:43 565798170      64.12.116.131
2008-12-04 07:15:00 565798170      64.12.116.200
2008-12-04 07:15:19 565798170      64.12.117.14
2008-12-04 07:16:21 565798170      64.12.116.138
2008-12-04 07:17:04 565798170      64.12.117.20
2008-12-04 07:17:12 565798170      64.12.117.79
2008-12-04 07:17:53 565798170      64.12.117.198
2008-12-04 07:17:53 565798170      70.19.44.192
2008-12-04 07:19:50 565798170      64.12.116.7
2008-12-04 07:20:01 565798170      64.12.116.78
2008-12-04 07:20:26 565798170      64.12.116.133
2008-12-04 07:20:29 565798170      64.12.117.12
2008-12-04 07:20:49 565798170      64.12.117.140
2008-12-04 07:21:44 565798170      64.12.117.142
2008-12-04 07:22:18 565798170      64.12.116.204
2008-12-04 07:22:49 565798170      64.12.117.195
2008-12-04 07:22:54 565798170      64.12.116.7
2008-12-04 07:23:04 565798170      64.12.116.131
2008-12-04 07:23:08 565798170      64.12.116.7
2008-12-04 07:23:13 565798170      64.12.116.133
2008-12-04 07:23:42 565798170      64.12.117.197
2008-12-04 07:23:59 565798170      64.12.116.9
2008-12-04 07:26:49 565798170      64.12.117.129
2008-12-04 07:26:58 565798170      64.12.117.139
2008-12-04 07:27:04 565798170      64.12.116.203
2008-12-04 07:27:13 565798170      64.12.116.73
2008-12-04 07:28:14 565798170      64.12.116.73
2008-12-04 07:28:44 565798170      64.12.116.15
2008-12-04 07:29:21 565798170      64.12.117.71
2008-12-04 07:30:14 565798170      64.12.116.200
2008-12-04 07:30:38 565798170      64.12.117.78
2008-12-04 07:31:40 565798170      64.12.116.144
2008-12-04 07:33:42 565798170      64.12.116.72
2008-12-04 07:33:50 565798170      64.12.117.193
2008-12-04 07:34:06 565798170      64.12.117.205
2008-12-04 07:34:32 565798170      64.12.117.130
2008-12-04 07:34:57 565798170      64.12.116.77
2008-12-04 07:35:15 565798170      64.12.116.70
2008-12-04 07:35:38 565798170      64.12.116.8
2008-12-04 07:36:00 565798170      64.12.116.19
2008-12-04 07:36:20 565798170      64.12.116.72
2008-12-04 07:36:35 565798170      64.12.116.199
2008-12-04 07:36:50 565798170      64.12.116.75
```

CONFIDENTIAL

```
2008-12-04 07:37:07 565798170      64.12.116.204
2008-12-04 07:37:26 565798170      64.12.117.137
2008-12-04 07:37:44 565798170      64.12.116.7
2008-12-04 07:38:08 565798170      64.12.117.202
2008-12-04 07:38:25 565798170      64.12.116.77
2008-12-04 07:38:37 565798170      64.12.117.206
2008-12-04 07:38:53 565798170      64.12.116.7
2008-12-04 07:39:04 565798170      64.12.116.133
2008-12-04 07:39:16 565798170      64.12.116.10
2008-12-04 07:39:36 565798170      64.12.117.139
2008-12-04 07:39:50 565798170      64.12.117.71
2008-12-04 07:40:16 565798170      64.12.116.198
2008-12-04 07:40:40 565798170      64.12.116.198
2008-12-04 07:40:55 565798170      64.12.117.78
2008-12-04 07:41:16 565798170      64.12.117.75
2008-12-04 07:41:35 565798170      64.12.117.14
2008-12-04 07:41:46 565798170      64.12.116.70
2008-12-04 07:41:57 565798170      64.12.117.206
2008-12-04 07:43:02 565798170      64.12.117.133
2008-12-04 07:43:15 565798170      64.12.116.67
2008-12-04 07:43:34 565798170      64.12.116.68
2008-12-04 07:43:48 565798170      64.12.112.228
2008-12-04 07:44:02 565798170      64.12.116.20
2008-12-04 07:44:18 565798170      64.12.116.18
2008-12-04 07:44:40 565798170      64.12.117.138
2008-12-04 07:44:53 565798170      64.12.116.204
2008-12-04 07:44:59 565798170      64.12.117.135
2008-12-04 07:45:21 565798170      64.12.117.207
2008-12-04 07:45:24 565798170      64.12.116.70
2008-12-04 07:45:46 565798170      64.12.117.142
2008-12-04 07:45:52 565798170      64.12.117.72
2008-12-04 07:45:54 565798170      64.12.116.75
2008-12-04 07:46:01 565798170      64.12.116.69
2008-12-04 07:49:18 565798170      64.12.117.203
2008-12-04 07:49:38 565798170      64.12.116.68
2008-12-04 07:49:49 565798170      64.12.117.137
2008-12-04 07:52:27 565798170      64.12.117.203
2008-12-04 07:52:37 565798170      64.12.117.69
2008-12-04 07:52:40 565798170      64.12.116.73
2008-12-04 07:52:47 565798170      64.12.116.73
2008-12-04 07:52:50 565798170      64.12.116.66
2008-12-04 07:52:59 565798170      64.12.116.66
2008-12-04 07:53:03 565798170      64.12.116.72
2008-12-04 07:53:08 565798170      64.12.116.72
2008-12-04 07:53:14 565798170      64.12.117.69
2008-12-04 07:53:18 565798170      64.12.116.199
2008-12-04 07:53:22 565798170      64.12.116.65
2008-12-04 07:53:27 565798170      64.12.116.65
2008-12-04 07:53:32 565798170      64.12.116.20
```

CONFIDENTIAL

```
2008-12-04 07:53:37 565798170        64.12.116.20
2008-12-04 07:53:41 565798170        64.12.116.12
2008-12-04 07:53:44 565798170        64.12.116.12
2008-12-04 07:53:47 565798170        64.12.117.137
2008-12-04 07:53:48 565798170        64.12.116.74
2008-12-04 07:53:54 565798170        64.12.117.66
2008-12-04 07:54:00 565798170        64.12.117.20
2008-12-04 07:54:03 565798170        64.12.117.20
2008-12-04 07:54:06 565798170        64.12.116.66
2008-12-04 07:54:12 565798170        64.12.116.66
2008-12-04 07:54:14 565798170        64.12.117.20
2008-12-04 07:54:23 565798170        64.12.117.20
2008-12-04 07:54:31 565798170        64.12.117.66
2008-12-04 07:54:38 565798170        64.12.117.80
2008-12-04 07:54:48 565798170        64.12.117.201
2008-12-04 07:55:11 565798170        64.12.116.135
2008-12-04 07:55:52 565798170        64.12.116.204
2008-12-04 07:55:58 565798170        64.12.117.135
2008-12-04 07:55:58 565798170        70.19.44.192
2008-12-04 07:56:25 565798170        64.12.117.14
2008-12-04 09:03:27 565798170        64.12.117.18
2008-12-04 09:04:13 565798170        64.12.117.20
2008-12-04 09:04:19 565798170        64.12.116.76
2008-12-04 09:04:26 565798170        64.12.116.70
2008-12-04 09:04:41 565798170        64.12.117.197
2008-12-04 09:04:43 565798170        64.12.117.206
2008-12-04 09:05:15 565798170        64.12.117.68
2008-12-04 09:05:32 565798170        64.12.117.74
2008-12-04 09:05:42 565798170        64.12.117.204
2008-12-04 09:05:48 565798170        64.12.116.12
2008-12-04 09:06:24 565798170        64.12.117.20
2008-12-04 09:06:40 565798170        64.12.116.139
2008-12-04 09:07:14 565798170        64.12.117.7
2008-12-04 09:07:19 565798170        64.12.116.69
2008-12-04 09:07:33 565798170        64.12.117.201
2008-12-04 09:07:39 565798170        64.12.116.130
2008-12-04 09:07:42 565798170        64.12.117.77
2008-12-04 09:08:00 565798170        64.12.116.144
2008-12-04 09:08:23 565798170        64.12.116.10
2008-12-04 09:09:16 565798170        64.12.117.16
2008-12-04 09:09:28 565798170        64.12.116.69
2008-12-04 09:09:43 565798170        64.12.116.74
2008-12-04 09:10:04 565798170        64.12.116.15
2008-12-04 09:10:35 565798170        64.12.117.136
2008-12-04 09:10:47 565798170        64.12.116.201
2008-12-04 09:10:54 565798170        64.12.117.79
2008-12-04 09:12:37 565798170        64.12.116.8
2008-12-04 09:12:59 565798170        64.12.116.69
2008-12-04 09:13:20 565798170        64.12.116.133
```

CONFIDENTIAL

```
2008-12-04 09:13:36 565798170        64.12.117.199
2008-12-04 09:13:39 565798170        64.12.117.144
2008-12-04 09:13:45 565798170        64.12.117.19
2008-12-04 09:13:46 565798170        64.12.117.78
2008-12-04 09:14:01 565798170        64.12.117.195
2008-12-04 09:15:57 565798170        64.12.117.141
2008-12-04 09:16:48 565798170        64.12.116.6
2008-12-04 09:28:38 565798170        64.12.117.129
2008-12-04 09:29:24 565798170        64.12.116.206
2008-12-04 09:29:32 565798170        64.12.116.16
2008-12-04 09:29:51 565798170        64.12.117.202
2008-12-04 09:30:44 565798170        64.12.116.7
2008-12-04 09:30:51 565798170        64.12.116.13
2008-12-04 09:38:06 565798170        64.12.116.204
2008-12-04 09:45:16 565798170        64.12.117.8
2008-12-04 09:45:42 565798170        64.12.117.67
2008-12-04 09:45:59 565798170        64.12.117.144
2008-12-04 09:47:30 565798170        64.12.117.11
2008-12-04 09:48:00 565798170        64.12.117.71
2008-12-04 09:49:29 565798170        64.12.117.67
2008-12-04 09:49:35 565798170        64.12.117.11
2008-12-04 10:22:46 565798170        64.12.117.8
2008-12-04 10:23:00 565798170        64.12.117.198
2008-12-04 10:23:30 565798170        64.12.117.5
2008-12-04 10:23:44 565798170        64.12.116.8
2008-12-04 10:24:26 565798170        64.12.116.208
2008-12-04 10:28:29 565798170        64.12.116.142
2008-12-04 10:28:44 565798170        64.12.116.20
2008-12-04 10:30:00 565798170        64.12.117.67
2008-12-04 10:30:29 565798170        64.12.117.80
2008-12-04 10:30:39 565798170        64.12.117.135
2008-12-04 10:35:05 565798170        64.12.117.129
2008-12-04 10:40:54 565798170        64.12.116.13
2008-12-04 10:41:20 565798170        64.12.117.8
2008-12-04 10:50:04 565798170        64.12.117.8
2008-12-04 10:50:28 565798170        64.12.117.136
2008-12-04 10:50:44 565798170        64.12.117.68
2008-12-04 10:50:49 565798170        64.12.117.206
2008-12-04 10:51:09 565798170        64.12.117.193
2008-12-04 10:51:13 565798170        64.12.117.197
2008-12-04 10:51:13 565798170        70.19.44.192
2008-12-04 10:53:12 565798170        64.12.116.143
2008-12-04 10:55:21 565798170        64.12.116.201
2008-12-04 10:55:30 565798170        64.12.116.205
2008-12-04 10:58:57 565798170        64.12.117.8
2008-12-04 11:17:29 565798170        64.12.116.6
2008-12-04 11:18:06 565798170        64.12.117.78
2008-12-04 11:18:53 565798170        64.12.117.16
2008-12-04 11:20:13 565798170        64.12.117.20
```

CONFIDENTIAL

```
2008-12-04 11:20:50 565798170    64.12.116.196
2008-12-04 11:21:33 565798170    64.12.117.196
2008-12-04 11:21:50 565798170    64.12.116.143
2008-12-04 11:25:23 565798170    64.12.117.143
2008-12-04 11:25:35 565798170    64.12.116.20
2008-12-04 11:38:33 565798170    64.12.116.136
2008-12-04 11:40:51 565798170    64.12.116.10
2008-12-04 11:44:12 565798170    64.12.117.8
2008-12-04 12:08:01 565798170    64.12.116.143
2008-12-04 12:08:02 565798170    64.12.117.129
2008-12-04 12:08:19 565798170    64.12.116.209
2008-12-04 12:08:33 565798170    64.12.116.6
2008-12-04 12:08:37 565798170    64.12.116.79
2008-12-04 12:09:00 565798170    64.12.117.79
2008-12-04 12:12:19 565798170    64.12.116.132
2008-12-04 12:16:02 565798170    64.12.116.17
2008-12-04 12:22:29 565798170    64.12.117.20
2008-12-04 12:22:43 565798170    64.12.116.196
2008-12-04 12:24:57 565798170    64.12.117.129
2008-12-04 12:38:15 565798170    64.12.117.8
2008-12-04 12:39:10 565798170    64.12.116.13
2008-12-04 12:39:34 565798170    64.12.116.9
2008-12-04 12:43:29 565798170    64.12.117.15
2008-12-04 12:56:33 565798170    64.12.117.130
2008-12-04 12:57:25 565798170    64.12.116.200
2008-12-04 13:21:18 565798170    64.12.117.8
2008-12-04 13:21:34 565798170    64.12.117.139
2008-12-04 13:21:34 565798170    70.19.44.192
2008-12-04 13:30:21 565798170    64.12.117.129
2008-12-04 13:34:33 565798170    64.12.117.142
2008-12-04 13:34:43 565798170    64.12.116.76
2008-12-04 13:34:48 565798170    64.12.117.6
2008-12-04 13:34:53 565798170    64.12.116.132
2008-12-04 13:35:38 565798170    64.12.117.73
2008-12-04 13:36:01 565798170    64.12.116.131
2008-12-04 13:36:07 565798170    64.12.117.8
2008-12-04 13:36:18 565798170    64.12.117.77
2008-12-04 13:36:21 565798170    64.12.117.9
2008-12-04 13:36:47 565798170    64.12.116.80
2008-12-04 13:36:51 565798170    64.12.116.8
2008-12-04 13:37:00 565798170    64.12.116.77
2008-12-04 13:37:03 565798170    64.12.116.8
2008-12-04 13:37:17 565798170    64.12.116.77
2008-12-04 13:37:20 565798170    64.12.116.8
2008-12-04 13:37:26 565798170    64.12.116.131
2008-12-04 13:37:31 565798170    64.12.116.7
2008-12-04 13:40:13 565798170    64.12.116.76
2008-12-04 13:40:25 565798170    64.12.117.197
2008-12-04 13:40:29 565798170    64.12.116.132
```

CONFIDENTIAL

```
2008-12-04 13:41:38 565798170        64.12.117.73
2008-12-04 13:42:24 565798170        64.12.116.131
2008-12-04 13:43:21 565798170        64.12.117.197
2008-12-04 13:43:26 565798170        64.12.116.132
2008-12-04 13:44:31 565798170        64.12.117.73
2008-12-04 13:44:49 565798170        64.12.117.202
2008-12-04 13:45:23 565798170        64.12.117.198
2008-12-04 13:45:36 565798170        64.12.116.198
2008-12-04 13:45:40 565798170        64.12.116.72
2008-12-04 13:45:40 565798170        70.19.44.192
2008-12-04 13:45:46 565798170        64.12.116.72
2008-12-04 13:45:49 565798170        64.12.116.198
2008-12-04 13:45:52 565798170        64.12.116.137
2008-12-04 13:45:56 565798170        64.12.116.72
2008-12-04 13:46:35 565798170        64.12.117.73
2008-12-04 13:47:21 565798170        64.12.117.75
2008-12-04 13:47:39 565798170        64.12.117.129
2008-12-04 13:48:17 565798170        64.12.117.20
2008-12-04 13:48:52 565798170        64.12.116.196
2008-12-04 13:49:31 565798170        64.12.117.8
2008-12-04 13:51:52 565798170        64.12.117.134
2008-12-04 13:52:04 565798170        64.12.116.67
2008-12-04 13:52:53 565798170        64.12.116.69
2008-12-04 13:54:07 565798170        64.12.117.74
2008-12-04 13:54:35 565798170        64.12.117.201
2008-12-04 13:56:52 565798170        64.12.116.135
2008-12-04 13:57:07 565798170        64.12.117.200
2008-12-04 13:58:15 565798170        64.12.117.7
2008-12-04 13:58:48 565798170        64.12.116.68
2008-12-04 13:59:16 565798170        64.12.117.130
2008-12-04 14:12:55 565798170        64.12.117.198
2008-12-04 14:13:15 565798170        64.12.117.198
2008-12-04 14:16:44 565798170        64.12.116.11
2008-12-04 14:17:03 565798170        64.12.117.71
2008-12-04 14:17:29 565798170        64.12.117.75
2008-12-04 14:17:32 565798170        64.12.117.71
2008-12-04 14:17:50 565798170        64.12.116.200
2008-12-04 14:17:52 565798170        64.12.117.6
2008-12-04 14:18:09 565798170        64.12.116.130
2008-12-04 14:18:09 565798170        70.19.44.192
2008-12-04 14:18:55 565798170        64.12.117.69
2008-12-04 14:18:58 565798170        64.12.117.66
2008-12-04 14:19:08 565798170        64.12.117.16
2008-12-04 20:11:03 565798170        69.113.27.175
2008-12-04 20:11:39 565798170        69.113.27.175
2008-12-04 20:11:57 565798170        69.113.27.175
2008-12-04 20:12:00 565798170        69.113.27.175
2008-12-04 20:12:15 565798170        69.113.27.175
2008-12-04 20:12:19 565798170        69.113.27.175
```

CONFIDENTIAL

FB 0167

```
2008-12-04 20:13:15 565798170        69.113.27.175
2008-12-04 20:13:29 565798170        69.113.27.175
2008-12-04 20:13:37 565798170        69.113.27.175
2008-12-04 20:13:40 565798170        69.113.27.175
2008-12-04 20:13:43 565798170        69.113.27.175
2008-12-04 20:13:46 565798170        69.113.27.175
2008-12-04 20:14:34 565798170        69.113.27.175
2008-12-04 20:14:48 565798170        69.113.27.175
2008-12-04 20:14:58 565798170        69.113.27.175
2008-12-04 20:15:03 565798170        69.113.27.175
2008-12-04 20:15:05 565798170        69.113.27.175
2008-12-04 20:15:34 565798170        69.113.27.175
2008-12-04 20:15:58 565798170        69.113.27.175
2008-12-04 20:16:20 565798170        69.113.27.175
2008-12-04 20:16:50 565798170        69.113.27.175
2008-12-04 20:16:55 565798170        69.113.27.175
2008-12-04 20:17:30 565798170        69.113.27.175
2008-12-04 20:17:31 565798170        69.113.27.175
2008-12-04 20:19:05 565798170        69.113.27.175
2008-12-04 20:19:08 565798170        69.113.27.175
2008-12-04 20:19:11 565798170        69.113.27.175
2008-12-04 20:19:14 565798170        69.113.27.175
2008-12-04 20:19:23 565798170        69.113.27.175
2008-12-04 20:19:29 565798170        69.113.27.175
2008-12-04 20:19:37 565798170        69.113.27.175
2008-12-04 20:20:20 565798170        69.113.27.175
2008-12-04 20:20:44 565798170        69.113.27.175
2008-12-04 20:21:20 565798170        69.113.27.175
2008-12-04 20:21:30 565798170        69.113.27.175
2008-12-04 20:21:33 565798170        69.113.27.175
2008-12-04 20:21:42 565798170        69.113.27.175
2008-12-04 20:21:49 565798170        69.113.27.175
2008-12-04 20:21:54 565798170        69.113.27.175
2008-12-04 20:23:04 565798170        69.113.27.175
2008-12-04 20:23:10 565798170        69.113.27.175
2008-12-04 20:23:12 565798170        69.113.27.175
2008-12-04 20:23:22 565798170        69.113.27.175
2008-12-04 20:23:25 565798170        69.113.27.175
2008-12-04 20:23:42 565798170        69.113.27.175
2008-12-04 20:24:04 565798170        69.113.27.175
2008-12-04 20:24:24 565798170        69.113.27.175
2008-12-04 20:24:54 565798170        69.113.27.175
2008-12-04 20:25:37 565798170        69.113.27.175
2008-12-04 20:25:48 565798170        69.113.27.175
2008-12-04 20:25:50 565798170        69.113.27.175
2008-12-04 20:26:00 565798170        69.113.27.175
2008-12-04 20:26:01 565798170        69.113.27.175
2008-12-04 20:26:06 565798170        69.113.27.175
2008-12-04 20:26:10 565798170        69.113.27.175
```

CONFIDENTIAL

```
2008-12-04 20:26:12 565798170      69.113.27.175
2008-12-04 20:26:15 565798170      69.113.27.175
2008-12-04 20:26:50 565798170      69.113.27.175
2008-12-04 20:26:52 565798170      69.113.27.175
2008-12-04 20:26:53 565798170      69.113.27.175
2008-12-04 20:26:59 565798170      69.113.27.175
2008-12-04 20:27:44 565798170      69.113.27.175
2008-12-04 20:28:14 565798170      69.113.27.175
2008-12-04 20:28:59 565798170      69.113.27.175
2008-12-04 20:30:14 565798170      69.113.27.175
2008-12-04 20:31:28 565798170      69.113.27.175
2008-12-05 05:31:17 565798170      64.12.116.11
2008-12-05 05:32:22 565798170      64.12.116.200
2008-12-05 05:40:01 565798170      205.188.116.11
2008-12-05 05:40:36 565798170      205.188.116.7
2008-12-05 05:40:43 565798170      205.188.117.134
2008-12-05 05:40:53 565798170      205.188.117.196
2008-12-05 05:41:01 565798170      205.188.117.196
2008-12-05 05:41:04 565798170      205.188.117.9
2008-12-05 05:41:09 565798170      205.188.117.9
2008-12-05 05:41:11 565798170      205.188.117.10
2008-12-05 05:41:18 565798170      205.188.117.10
2008-12-05 05:41:21 565798170      205.188.117.198
2008-12-05 05:41:25 565798170      205.188.117.198
2008-12-05 05:41:27 565798170      205.188.117.10
2008-12-05 05:41:57 565798170      205.188.117.134
2008-12-05 05:42:03 565798170      205.188.116.9
2008-12-05 05:42:37 565798170      205.188.116.9
2008-12-05 05:42:43 565798170      205.188.116.14
2008-12-05 05:43:20 565798170      205.188.116.14
2008-12-05 05:43:34 565798170      205.188.117.205
2008-12-05 05:43:44 565798170      205.188.116.209
2008-12-05 05:43:46 565798170      205.188.117.17
2008-12-05 05:43:57 565798170      205.188.117.17
2008-12-05 05:44:00 565798170      205.188.117.15
2008-12-05 05:44:04 565798170      205.188.117.134
2008-12-05 05:44:09 565798170      205.188.117.16
2008-12-05 05:44:14 565798170      205.188.117.16
2008-12-05 05:44:16 565798170      205.188.117.14
2008-12-05 05:44:20 565798170      205.188.117.14
2008-12-05 05:44:22 565798170      205.188.116.141
2008-12-05 05:44:24 565798170      205.188.117.18
2008-12-05 05:44:40 565798170      205.188.116.75
2008-12-05 05:44:42 565798170      205.188.117.70
2008-12-05 05:45:05 565798170      205.188.116.135
2008-12-05 05:45:09 565798170      205.188.117.134
2008-12-05 05:45:16 565798170      205.188.116.197
2008-12-05 05:45:16 565798170      205.188.117.134
2008-12-05 05:45:18 565798170      205.188.117.134
```

CONFIDENTIAL

```
2008-12-05 05:45:19 565798170    205.188.116.199
2008-12-05 05:45:20 565798170    205.188.117.134
2008-12-05 05:45:21 565798170    205.188.116.16
2008-12-05 05:45:23 565798170    205.188.116.207
2008-12-05 05:45:47 565798170    205.188.116.207
2008-12-05 05:45:49 565798170    205.188.116.207
2008-12-05 05:46:15 565798170    205.188.117.75
2008-12-05 05:46:20 565798170    205.188.116.7
2008-12-05 05:46:25 565798170    205.188.116.137
2008-12-05 05:46:34 565798170    205.188.117.140
2008-12-05 05:48:40 565798170    205.188.117.139
2008-12-05 05:48:45 565798170    205.188.116.7
2008-12-05 05:48:58 565798170    205.188.117.10
2008-12-05 05:49:03 565798170    205.188.116.209
2008-12-05 05:51:43 565798170    205.188.117.131
2008-12-05 05:51:47 565798170    205.188.116.7
2008-12-05 05:51:55 565798170    205.188.116.209
2008-12-05 05:51:59 565798170    205.188.116.208
2008-12-05 05:54:02 565798170    205.188.117.80
2008-12-05 05:54:05 565798170    205.188.116.7
2008-12-05 05:54:51 565798170    205.188.116.207
2008-12-05 05:54:57 565798170    205.188.116.7
2008-12-05 05:56:17 565798170    205.188.116.144
2008-12-05 05:56:28 565798170    205.188.116.7
2008-12-05 05:56:49 565798170    205.188.117.13
2008-12-05 05:56:53 565798170    205.188.117.203
2008-12-05 05:57:45 565798170    205.188.116.141
2008-12-05 05:57:49 565798170    205.188.116.7
2008-12-05 05:58:00 565798170    205.188.117.5
2008-12-05 05:58:08 565798170    205.188.117.203
2008-12-05 05:58:38 565798170    205.188.116.137
2008-12-05 05:58:42 565798170    205.188.116.7
2008-12-05 05:59:46 565798170    205.188.117.11
2008-12-05 05:59:51 565798170    205.188.116.144
2008-12-05 06:00:20 565798170    205.188.116.13
2008-12-05 06:00:25 565798170    205.188.116.7
2008-12-05 06:01:10 565798170    205.188.117.201
2008-12-05 06:01:37 565798170    205.188.116.7
2008-12-05 06:01:38 565798170    205.188.116.77
2008-12-05 06:01:44 565798170    205.188.117.201
2008-12-05 06:01:49 565798170    205.188.116.70
2008-12-05 06:13:08 565798170    205.188.117.195
2008-12-05 06:14:04 565798170    205.188.117.208
2008-12-05 06:16:30 565798170    205.188.116.133
2008-12-05 06:25:08 565798170    205.188.117.12
2008-12-05 06:25:21 565798170    205.188.117.78
2008-12-05 06:25:53 565798170    205.188.116.137
2008-12-05 06:30:44 565798170    205.188.116.140
2008-12-05 06:31:30 565798170    205.188.117.207
```

```
2008-12-05 06:31:42 565798170        205.188.116.13
2008-12-05 06:33:07 565798170        205.188.116.13
2008-12-05 06:33:55 565798170        205.188.117.137
2008-12-05 06:34:03 565798170        205.188.117.198
2008-12-05 06:34:46 565798170        205.188.116.202
2008-12-05 06:35:14 565798170        205.188.117.137
2008-12-05 06:35:30 565798170        205.188.116.144
2008-12-05 06:35:38 565798170        205.188.116.197
2008-12-05 06:37:09 565798170        205.188.117.7
2008-12-05 06:38:33 565798170        205.188.116.18
2008-12-05 06:39:00 565798170        205.188.116.66
2008-12-05 06:39:37 565798170        205.188.117.204
2008-12-05 06:40:21 565798170        205.188.117.76
2008-12-05 06:41:06 565798170        205.188.117.141
2008-12-05 06:41:11 565798170        205.188.116.66
2008-12-05 06:41:12 565798170        205.188.117.8
2008-12-05 06:41:16 565798170        205.188.117.7
2008-12-05 06:41:20 565798170        205.188.117.20
2008-12-05 06:41:36 565798170        205.188.117.129
2008-12-05 06:42:50 565798170        205.188.117.8
2008-12-05 06:43:07 565798170        205.188.116.76
2008-12-05 06:43:14 565798170        205.188.117.8
2008-12-05 06:43:18 565798170        205.188.116.74
2008-12-05 06:43:33 565798170        205.188.117.77
2008-12-05 06:45:33 565798170        205.188.116.69
2008-12-05 06:45:56 565798170        205.188.116.139
2008-12-05 06:52:37 565798170        205.188.116.138
2008-12-05 06:53:11 565798170        205.188.117.132
2008-12-05 06:54:18 565798170        205.188.117.200
2008-12-05 06:54:21 565798170        205.188.116.207
2008-12-05 06:54:54 565798170        205.188.117.130
2008-12-05 06:56:22 565798170        205.188.116.207
2008-12-05 07:15:19 565798170        205.188.116.207
2008-12-05 07:18:35 565798170        205.188.116.69
2008-12-05 07:18:36 565798170        205.188.116.6
2008-12-05 07:18:39 565798170        205.188.116.133
2008-12-05 07:18:54 565798170        205.188.116.76
2008-12-05 07:22:19 565798170        205.188.116.17
2008-12-05 07:23:55 565798170        205.188.117.6
2008-12-05 07:24:17 565798170        205.188.117.66
2008-12-05 07:24:27 565798170        205.188.116.130
2008-12-05 07:24:43 565798170        205.188.117.208
2008-12-05 07:24:56 565798170        205.188.117.66
2008-12-05 07:25:10 565798170        205.188.116.132
2008-12-05 07:25:13 565798170        205.188.116.130
2008-12-05 07:25:31 565798170        205.188.117.16
2008-12-05 07:25:50 565798170        205.188.117.201
2008-12-05 07:25:58 565798170        205.188.116.197
2008-12-05 07:26:02 565798170        205.188.117.6
```

FB 0171

```
2008-12-05 07:30:03 565798170      205.188.116.11
2008-12-05 07:31:11 565798170      205.188.116.80
2008-12-05 07:31:26 565798170      205.188.117.6
2008-12-05 07:32:55 565798170      205.188.116.138
2008-12-05 07:33:34 565798170      205.188.116.69
2008-12-05 07:35:48 565798170      205.188.117.141
2008-12-05 07:36:13 565798170      205.188.116.76
2008-12-05 07:36:33 565798170      205.188.116.197
2008-12-05 07:37:23 565798170      205.188.117.137
2008-12-05 07:37:35 565798170      205.188.116.77
2008-12-05 07:37:38 565798170      205.188.117.201
2008-12-05 07:38:19 565798170      205.188.117.130
2008-12-05 07:38:42 565798170      205.188.117.5
2008-12-05 07:38:50 565798170      205.188.117.6
2008-12-05 07:39:40 565798170      205.188.116.138
2008-12-05 07:39:44 565798170      205.188.116.69
2008-12-05 08:23:37 565798170      205.188.117.137
2008-12-05 08:23:54 565798170      205.188.116.199
2008-12-05 08:26:44 565798170      205.188.116.76
2008-12-05 08:27:49 565798170      205.188.116.208
2008-12-05 09:05:07 565798170      205.188.116.202
2008-12-05 11:51:35 565798170      205.188.116.10
2008-12-05 11:52:13 565798170      205.188.117.197
2008-12-05 11:52:25 565798170      205.188.117.79
2008-12-06 08:25:18 565798170      205.188.116.11
2008-12-06 08:25:35 565798170      205.188.117.69
2008-12-06 08:35:35 565798170      205.188.117.132
2008-12-06 08:35:45 565798170      205.188.116.143
2008-12-06 08:36:01 565798170      205.188.117.70
2008-12-06 09:13:28 565798170      205.188.116.11
2008-12-06 09:13:37 565798170      205.188.117.134
2008-12-06 09:13:47 565798170      205.188.116.205
2008-12-06 09:13:51 565798170      205.188.117.201
2008-12-06 09:14:46 565798170      205.188.117.130
2008-12-06 09:15:56 565798170      205.188.116.11
2008-12-06 09:16:05 565798170      162.84.188.77
2008-12-06 09:16:05 565798170      205.188.117.12
2008-12-06 09:16:12 565798170      205.188.116.18
2008-12-06 09:16:21 565798170      205.188.117.9
2008-12-06 09:16:25 565798170      205.188.117.131
2008-12-06 09:17:34 565798170      205.188.116.203
2008-12-06 09:17:57 565798170      205.188.116.195
2008-12-06 09:22:49 565798170      205.188.117.199
2008-12-06 09:41:03 565798170      205.188.116.73
2008-12-06 09:41:08 565798170      205.188.117.197
2008-12-06 09:41:13 565798170      205.188.116.210
2008-12-06 09:41:24 565798170      205.188.116.79
2008-12-06 09:41:27 565798170      205.188.117.68
2008-12-06 09:41:32 565798170      205.188.116.197
```

CONFIDENTIAL

```
2008-12-06 09:41:52 565798170      205.188.116.204
2008-12-06 09:42:25 565798170      205.188.117.67
2008-12-06 09:44:17 565798170      205.188.117.198
2008-12-06 09:45:05 565798170      205.188.116.140
2008-12-06 09:46:30 565798170      205.188.116.16
2008-12-06 09:46:46 565798170      205.188.117.133
2008-12-06 09:47:04 565798170      205.188.116.198
2008-12-06 09:47:27 565798170      205.188.116.144
2008-12-06 09:47:36 565798170      205.188.116.67
2008-12-06 09:47:46 565798170      205.188.117.207
2008-12-06 09:48:15 565798170      205.188.117.134
2008-12-06 09:48:24 565798170      205.188.116.72
2008-12-06 09:48:33 565798170      205.188.116.207
2008-12-06 09:49:02 565798170      205.188.117.67
2008-12-06 09:49:15 565798170      205.188.117.67
2008-12-06 09:49:45 565798170      205.188.117.141
2008-12-06 09:50:35 565798170      205.188.117.9
2008-12-06 09:50:52 565798170      162.84.188.77
2008-12-06 09:50:52 565798170      205.188.117.13
2008-12-06 09:52:56 565798170      205.188.116.134
2008-12-06 12:04:27 565798170      205.188.116.13
2008-12-06 12:28:32 565798170      205.188.117.13
2008-12-06 12:28:33 565798170      205.188.117.137
2008-12-06 12:28:53 565798170      205.188.116.12
2008-12-06 12:29:25 565798170      205.188.116.9
2008-12-06 12:30:04 565798170      205.188.116.136
2008-12-06 12:30:30 565798170      205.188.116.18
2008-12-06 12:30:33 565798170      205.188.117.79
2008-12-06 12:30:49 565798170      205.188.116.77
2008-12-06 12:31:25 565798170      205.188.117.208
2008-12-06 12:31:31 565798170      205.188.117.134
2008-12-06 12:31:38 565798170      205.188.117.134
2008-12-06 12:31:47 565798170      205.188.117.65
2008-12-06 12:32:02 565798170      205.188.116.206
2008-12-07 06:54:15 565798170      205.188.116.11
2008-12-07 06:54:15 565798170      71.247.64.93
2008-12-07 06:55:50 565798170      205.188.116.6
2008-12-07 06:56:31 565798170      205.188.117.76
2008-12-07 06:56:31 565798170      71.247.64.93
2008-12-07 06:57:03 565798170      205.188.116.75
2008-12-07 06:57:41 565798170      205.188.116.203
2008-12-07 06:59:12 565798170      205.188.117.10
2008-12-07 06:59:14 565798170      205.188.116.133
2008-12-07 06:59:43 565798170      205.188.116.65
2008-12-07 06:59:47 565798170      205.188.116.16
2008-12-07 06:59:50 565798170      205.188.116.130
2008-12-07 06:59:55 565798170      205.188.116.19
2008-12-07 07:00:08 565798170      205.188.116.140
2008-12-07 07:00:13 565798170      205.188.116.74
```

CONFIDENTIAL

```
2008-12-07 07:00:21 565798170    205.188.116.74
2008-12-07 07:00:26 565798170    205.188.117.193
2008-12-07 07:00:30 565798170    205.188.116.135
2008-12-07 07:00:32 565798170    205.188.116.71
2008-12-07 07:00:43 565798170    205.188.117.13
2008-12-07 07:00:55 565798170    205.188.117.18
2008-12-07 07:00:57 565798170    205.188.116.199
2008-12-07 07:01:22 565798170    205.188.117.140
2008-12-07 07:01:58 565798170    205.188.116.19
2008-12-07 07:02:08 565798170    205.188.117.65
2008-12-07 07:02:12 565798170    205.188.116.19
2008-12-07 07:02:42 565798170    205.188.117.206
2008-12-07 07:02:42 565798170    71.247.64.93
2008-12-07 07:03:25 565798170    205.188.116.10
2008-12-07 07:03:28 565798170    205.188.116.11
2008-12-07 07:03:36 565798170    205.188.117.206
2008-12-07 07:04:12 565798170    205.188.117.206
2008-12-07 07:04:18 565798170    205.188.117.137
2008-12-07 07:04:28 565798170    205.188.117.73
2008-12-07 07:04:44 565798170    205.188.116.195
2008-12-07 07:04:44 565798170    71.247.64.93
2008-12-07 07:05:08 565798170    205.188.116.203
2008-12-07 07:06:20 565798170    205.188.116.14
2008-12-07 07:07:11 565798170    205.188.117.67
2008-12-07 07:07:14 565798170    205.188.116.80
2008-12-07 07:16:03 565798170    64.12.116.11
2008-12-07 07:16:17 565798170    64.12.116.6
2008-12-07 07:16:42 565798170    64.12.116.205
2008-12-07 07:16:49 565798170    64.12.117.78
2008-12-07 07:17:06 565798170    64.12.117.78
2008-12-07 07:17:11 565798170    64.12.116.198
2008-12-07 07:17:45 565798170    64.12.117.199
2008-12-07 07:17:53 565798170    64.12.117.79
2008-12-07 07:19:50 565798170    64.12.117.10
2008-12-07 07:20:16 565798170    64.12.117.144
2008-12-07 07:23:40 565798170    64.12.116.144
2008-12-07 07:24:10 565798170    64.12.116.134
2008-12-07 07:27:57 565798170    64.12.117.205
2008-12-07 07:28:18 565798170    64.12.116.203
2008-12-07 07:28:39 565798170    64.12.117.141
2008-12-07 07:28:45 565798170    64.12.116.67
2008-12-07 07:29:59 565798170    64.12.117.16
2008-12-07 07:30:04 565798170    64.12.116.65
2008-12-07 07:30:32 565798170    64.12.116.140
2008-12-07 07:30:53 565798170    64.12.116.207
2008-12-07 07:31:03 565798170    64.12.117.135
2008-12-07 07:31:34 565798170    64.12.117.135
2008-12-07 07:31:39 565798170    64.12.117.137
2008-12-07 07:32:08 565798170    64.12.117.140
```

CONFIDENTIAL

```
2008-12-07 07:33:03 565798170      64.12.116.201
2008-12-07 07:33:05 565798170      64.12.116.75
2008-12-07 07:59:00 565798170      64.12.117.9
2008-12-07 07:59:07 565798170      64.12.117.135
2008-12-07 08:36:04 565798170      64.12.116.11
2008-12-07 08:36:51 565798170      64.12.116.200
2008-12-07 08:37:30 565798170      64.12.116.133
2008-12-07 08:37:45 565798170      64.12.117.193
2008-12-07 08:38:21 565798170      64.12.117.16
2008-12-07 08:38:30 565798170      64.12.117.12
2008-12-07 08:38:37 565798170      64.12.112.3
2008-12-07 08:38:43 565798170      64.12.116.141
2008-12-07 08:38:52 565798170      64.12.116.13
2008-12-07 08:39:07 565798170      64.12.116.66
2008-12-07 08:39:16 565798170      64.12.117.17
2008-12-07 08:39:46 565798170      64.12.117.141
2008-12-07 08:40:09 565798170      64.12.116.208
2008-12-07 08:40:19 565798170      64.12.116.75
2008-12-07 08:56:17 565798170      64.12.117.137
2008-12-07 09:05:55 565798170      64.12.117.73
2008-12-07 09:09:06 565798170      64.12.116.143
2008-12-07 09:34:41 565798170      64.12.116.143
2008-12-07 09:57:22 565798170      64.12.117.144
2008-12-07 11:02:06 565798170      64.12.117.144
2008-12-08 07:14:23 565798170      64.12.117.137
2008-12-08 07:16:16 565798170      64.12.117.7
2008-12-08 07:16:25 565798170      64.12.116.198
2008-12-08 07:16:29 565798170      64.12.116.133
2008-12-08 07:16:45 565798170      64.12.116.18
2008-12-08 07:17:09 565798170      64.12.116.204
2008-12-08 07:17:16 565798170      64.12.117.70
2008-12-08 07:20:54 565798170      64.12.116.14
2008-12-08 07:21:53 565798170      64.12.116.9
2008-12-08 07:22:59 565798170      162.84.150.114
2008-12-08 07:22:59 565798170      64.12.117.208
2008-12-08 07:23:04 565798170      64.12.117.73
2008-12-08 07:23:07 565798170      64.12.116.140
2008-12-08 07:24:01 565798170      162.84.150.114
2008-12-08 07:24:01 565798170      64.12.116.144
2008-12-08 07:24:20 565798170      64.12.117.76
2008-12-08 07:24:44 565798170      64.12.116.203
2008-12-08 07:26:05 565798170      162.84.150.114
2008-12-08 07:26:05 565798170      64.12.117.129
2008-12-08 07:26:11 565798170      64.12.117.197
2008-12-08 07:42:34 565798170      64.12.117.206
2008-12-08 07:44:04 565798170      64.12.117.205
2008-12-08 07:45:00 565798170      64.12.117.206
2008-12-08 07:49:02 565798170      64.12.117.137
2008-12-08 07:49:07 565798170      64.12.116.75
```

```
2008-12-08 07:56:33 565798170     64.12.117.144
2008-12-08 08:02:03 565798170     64.12.117.144
2008-12-08 09:15:07 565798170     64.12.117.144
2008-12-08 09:15:21 565798170     64.12.117.129
2008-12-08 10:19:34 565798170     64.12.116.75
2008-12-08 11:05:09 565798170     64.12.116.17
2008-12-08 11:08:04 565798170     64.12.116.72
2008-12-08 11:08:24 565798170     64.12.117.196
2008-12-08 11:42:30 565798170     205.188.116.11
2008-12-08 11:42:50 565798170     205.188.117.202
2008-12-08 12:08:04 565798170     205.188.116.16
2008-12-08 12:08:23 565798170     205.188.117.196
2008-12-08 12:08:43 565798170     205.188.116.15
2008-12-08 12:09:00 565798170     205.188.116.79
2008-12-08 12:09:17 565798170     205.188.116.13
2008-12-08 12:10:54 565798170     205.188.117.67
2008-12-08 12:11:40 565798170     205.188.117.13
2008-12-08 12:17:45 565798170     205.188.117.12
2008-12-08 12:18:04 565798170     205.188.117.5
2008-12-08 12:18:12 565798170     205.188.116.19
2008-12-08 12:18:19 565798170     205.188.117.14
2008-12-08 12:18:36 565798170     205.188.117.77
2008-12-08 12:18:45 565798170     205.188.116.203
2008-12-08 12:19:01 565798170     205.188.116.79
2008-12-08 12:19:15 565798170     205.188.117.139
2008-12-08 12:20:06 565798170     205.188.117.136
2008-12-08 12:20:37 565798170     205.188.117.129
2008-12-08 12:21:18 565798170     205.188.116.143
2008-12-09 07:13:58 565798170     69.113.27.175
2008-12-09 07:14:32 565798170     69.113.27.175
2008-12-09 07:14:37 565798170     69.113.27.175
2008-12-09 07:14:40 565798170     69.113.27.175
2008-12-09 07:15:10 565798170     69.113.27.175
2008-12-09 07:15:28 565798170     69.113.27.175
2008-12-09 07:15:37 565798170     69.113.27.175
2008-12-09 07:15:52 565798170     69.113.27.175
2008-12-09 07:16:51 565798170     69.113.27.175
2008-12-09 07:16:54 565798170     69.113.27.175
2008-12-09 07:17:14 565798170     69.113.27.175
2008-12-09 07:17:39 565798170     69.113.27.175
2008-12-09 07:17:47 565798170     69.113.27.175
2008-12-09 07:20:22 565798170     69.113.27.175
2008-12-09 07:21:04 565798170     69.113.27.175
2008-12-09 07:21:57 565798170     69.113.27.175
2008-12-09 07:22:30 565798170     69.113.27.175
2008-12-09 07:22:31 565798170     69.113.27.175
2008-12-09 07:22:32 565798170     69.113.27.175
2008-12-09 07:22:36 565798170     69.113.27.175
2008-12-09 07:22:49 565798170     69.113.27.175
```

CONFIDENTIAL

```
2008-12-09 07:24:00 565798170        69.113.27.175
2008-12-09 07:24:14 565798170        69.113.27.175
2008-12-09 07:24:48 565798170        69.113.27.175
2008-12-09 07:24:55 565798170        69.113.27.175
2008-12-09 07:25:17 565798170        69.113.27.175
2008-12-09 07:25:25 565798170        69.113.27.175
2008-12-09 07:26:01 565798170        69.113.27.175
2008-12-09 07:26:17 565798170        69.113.27.175
2008-12-09 07:26:31 565798170        69.113.27.175
2008-12-09 07:26:55 565798170        69.113.27.175
2008-12-09 07:27:00 565798170        69.113.27.175
2008-12-09 07:27:01 565798170        69.113.27.175
2008-12-09 07:27:15 565798170        69.113.27.175
2008-12-09 07:29:15 565798170        69.113.27.175
2008-12-09 07:29:35 565798170        69.113.27.175
2008-12-09 07:29:48 565798170        69.113.27.175
2008-12-09 07:30:44 565798170        69.113.27.175
2008-12-09 07:31:04 565798170        69.113.27.175
2008-12-09 07:36:53 565798170        69.113.27.175
2008-12-09 07:37:20 565798170        69.113.27.175
2008-12-09 07:37:50 565798170        69.113.27.175
2008-12-09 07:38:08 565798170        69.113.27.175
2008-12-09 07:38:26 565798170        69.113.27.175
2008-12-09 07:39:50 565798170        69.113.27.175
2008-12-09 07:40:37 565798170        69.113.27.175
2008-12-09 07:40:41 565798170        69.113.27.175
2008-12-09 07:40:54 565798170        69.113.27.175
2008-12-09 07:41:58 565798170        69.113.27.175
2008-12-09 07:42:02 565798170        69.113.27.175
2008-12-09 07:42:06 565798170        69.113.27.175
2008-12-09 07:42:10 565798170        69.113.27.175
2008-12-09 07:44:34 565798170        69.113.27.175
2008-12-09 07:45:22 565798170        69.113.27.175
2008-12-09 07:46:05 565798170        69.113.27.175
2008-12-09 07:48:08 565798170        69.113.27.175
2008-12-09 07:48:48 565798170        69.113.27.175
2008-12-09 07:49:07 565798170        69.113.27.175
2008-12-09 07:53:39 565798170        69.113.27.175
2008-12-09 07:54:35 565798170        69.113.27.175
2008-12-09 07:55:00 565798170        69.113.27.175
2008-12-09 07:55:11 565798170        69.113.27.175
2008-12-09 07:55:18 565798170        69.113.27.175
2008-12-09 07:55:25 565798170        69.113.27.175
2008-12-09 07:55:28 565798170        69.113.27.175
2008-12-09 07:55:36 565798170        69.113.27.175
2008-12-09 07:55:44 565798170        69.113.27.175
2008-12-09 07:55:53 565798170        69.113.27.175
2008-12-09 07:56:48 565798170        69.113.27.175
2008-12-09 08:02:43 565798170        69.113.27.175
```

CONFIDENTIAL

```
2008-12-09 08:03:28 565798170        69.113.27.175
2008-12-09 08:03:44 565798170        69.113.27.175
2008-12-09 08:03:46 565798170        69.113.27.175
2008-12-09 08:03:52 565798170        69.113.27.175
2008-12-09 08:04:44 565798170        69.113.27.175
2008-12-09 08:05:05 565798170        69.113.27.175
2008-12-09 08:05:10 565798170        69.113.27.175
2008-12-09 08:05:27 565798170        69.113.27.175
2008-12-09 08:05:30 565798170        69.113.27.175
2008-12-09 08:06:08 565798170        69.113.27.175
2008-12-09 08:06:17 565798170        69.113.27.175
2008-12-09 08:06:22 565798170        69.113.27.175
2008-12-09 08:07:04 565798170        69.113.27.175
2008-12-09 08:07:28 565798170        69.113.27.175
2008-12-09 08:07:36 565798170        69.113.27.175
2008-12-09 08:08:10 565798170        69.113.27.175
2008-12-09 08:08:18 565798170        69.113.27.175
2008-12-09 08:08:42 565798170        69.113.27.175
2008-12-09 08:09:48 565798170        69.113.27.175
2008-12-09 08:10:11 565798170        69.113.27.175
2008-12-09 08:10:32 565798170        69.113.27.175
2008-12-09 08:11:59 565798170        69.113.27.175
2008-12-09 08:12:05 565798170        69.113.27.175
2008-12-09 08:12:28 565798170        69.113.27.175
2008-12-09 08:13:39 565798170        69.113.27.175
2008-12-09 08:13:47 565798170        69.113.27.175
2008-12-09 08:13:50 565798170        69.113.27.175
2008-12-09 08:14:59 565798170        69.113.27.175
2008-12-09 08:15:37 565798170        69.113.27.175
2008-12-09 08:15:43 565798170        69.113.27.175
2008-12-09 08:15:45 565798170        69.113.27.175
2008-12-09 08:15:57 565798170        69.113.27.175
2008-12-09 08:15:59 565798170        69.113.27.175
2008-12-09 08:16:04 565798170        69.113.27.175
2008-12-09 08:16:04 565798170        69.113.27.175
2008-12-09 08:16:07 565798170        69.113.27.175
2008-12-09 08:16:13 565798170        69.113.27.175
2008-12-09 08:16:16 565798170        69.113.27.175
2008-12-09 08:16:19 565798170        69.113.27.175
2008-12-09 08:16:22 565798170        69.113.27.175
2008-12-09 08:16:28 565798170        69.113.27.175
2008-12-09 08:16:32 565798170        69.113.27.175
2008-12-09 08:17:11 565798170        69.113.27.175
2008-12-09 08:17:14 565798170        69.113.27.175
2008-12-09 08:17:34 565798170        69.113.27.175
2008-12-09 08:18:27 565798170        69.113.27.175
2008-12-09 21:01:07 565798170        69.113.27.175
2008-12-09 21:01:47 565798170        69.113.27.175
2008-12-10 07:19:44 565798170        69.113.27.175
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2008-12-10 07:20:34 | 565798170 | 69.113.27.175 |
| 2008-12-10 07:21:16 | 565798170 | 69.113.27.175 |
| 2008-12-10 07:21:25 | 565798170 | 69.113.27.175 |
| 2008-12-10 07:22:08 | 565798170 | 69.113.27.175 |
| 2008-12-10 07:22:53 | 565798170 | 69.113.27.175 |
| 2008-12-10 07:24:04 | 565798170 | 69.113.27.175 |
| 2008-12-10 07:24:07 | 565798170 | 69.113.27.175 |
| 2008-12-10 07:24:37 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:31:27 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:31:53 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:32:01 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:32:03 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:32:12 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:32:49 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:33:40 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:33:49 | 565798170 | 69.113.27.175 |
| 2008-12-10 17:33:56 | 565798170 | 69.113.27.175 |
| 2008-12-11 05:40:24 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:41:20 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:41:30 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:41:45 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:43:10 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:45:13 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:45:32 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:45:41 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:48:27 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:49:12 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:49:38 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:49:46 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:49:50 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:49:55 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:49:58 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:49:58 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:50:11 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:50:19 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:53:04 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:53:53 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:54:08 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:54:58 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:55:32 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:55:48 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:55:57 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:56:02 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:56:08 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:56:54 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:56:59 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:57:01 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:57:06 | 565798170 | 71.247.70.133 |
| 2008-12-11 05:57:50 | 565798170 | 71.247.70.133 |

CONFIDENTIAL

```
2008-12-11 05:58:04 565798170        71.247.70.133
2008-12-11 05:58:10 565798170        71.247.70.133
2008-12-11 05:59:47 565798170        71.247.70.133
2008-12-11 06:44:55 565798170        64.12.116.11
2008-12-11 06:45:01 565798170        64.12.116.204
2008-12-11 06:45:07 565798170        64.12.117.132
2008-12-11 06:46:05 565798170        64.12.117.200
2008-12-11 06:46:30 565798170        64.12.116.18
2008-12-11 06:46:35 565798170        64.12.117.71
2008-12-11 06:47:15 565798170        64.12.116.140
2008-12-11 06:47:49 565798170        64.12.117.78
2008-12-11 06:47:52 565798170        64.12.117.78
2008-12-11 06:48:00 565798170        64.12.117.78
2008-12-11 06:48:05 565798170        64.12.116.142
2008-12-11 06:48:17 565798170        64.12.116.11
2008-12-11 06:49:00 565798170        64.12.117.139
2008-12-11 06:49:02 565798170        64.12.116.205
2008-12-11 06:49:13 565798170        64.12.116.68
2008-12-11 06:49:24 565798170        64.12.117.138
2008-12-11 06:50:10 565798170        64.12.117.195
2008-12-11 06:50:37 565798170        64.12.116.70
2008-12-11 06:50:55 565798170        64.12.116.198
2008-12-11 06:52:06 565798170        64.12.116.140
2008-12-11 06:52:38 565798170        64.12.116.206
2008-12-11 06:52:49 565798170        64.12.117.141
2008-12-11 06:53:00 565798170        64.12.117.70
2008-12-11 06:53:12 565798170        64.12.116.139
2008-12-11 06:53:20 565798170        64.12.117.134
2008-12-11 06:53:30 565798170        64.12.117.75
2008-12-11 06:54:02 565798170        64.12.116.198
2008-12-11 06:54:47 565798170        64.12.116.17
2008-12-11 06:55:07 565798170        64.12.116.210
2008-12-11 06:55:11 565798170        64.12.117.200
2008-12-11 06:55:22 565798170        64.12.116.208
2008-12-11 06:55:55 565798170        64.12.117.14
2008-12-11 06:55:58 565798170        64.12.116.208
2008-12-11 06:55:58 565798170        71.247.70.133
2008-12-11 06:56:01 565798170        64.12.116.203
2008-12-11 07:03:27 565798170        64.12.116.208
2008-12-11 07:24:58 565798170        64.12.116.68
2008-12-11 07:24:58 565798170        71.247.70.133
2008-12-11 07:40:55 565798170        64.12.117.137
2008-12-11 08:57:01 565798170        64.12.117.137
2008-12-11 09:23:32 565798170        64.12.116.207
2008-12-11 09:23:53 565798170        64.12.116.205
2008-12-11 09:24:18 565798170        64.12.116.19
2008-12-11 09:26:03 565798170        64.12.116.145
2008-12-11 09:51:17 565798170        64.12.116.68
2008-12-11 10:41:20 565798170        64.12.117.137
```

CONFIDENTIAL

```
2008-12-11 11:15:33 565798170        64.12.117.137
2008-12-11 15:55:25 565798170        69.113.27.175
2008-12-11 15:55:37 565798170        69.113.27.175
2008-12-11 21:08:11 565798170        69.113.27.175
2008-12-11 21:08:29 565798170        69.113.27.175
2008-12-11 21:09:31 565798170        69.113.27.175
2008-12-11 21:09:36 565798170        69.113.27.175
2008-12-11 21:10:10 565798170        69.113.27.175
2008-12-11 21:10:48 565798170        69.113.27.175
2008-12-11 21:10:53 565798170        69.113.27.175
2008-12-11 21:11:18 565798170        69.113.27.175
2008-12-11 21:11:46 565798170        69.113.27.175
2008-12-11 21:11:53 565798170        69.113.27.175
2008-12-11 21:11:55 565798170        69.113.27.175
2008-12-11 21:12:13 565798170        69.113.27.175
2008-12-11 21:12:13 565798170        69.113.27.175
2008-12-11 21:12:20 565798170        69.113.27.175
2008-12-13 07:39:51 565798170        64.12.116.11
2008-12-13 07:40:52 565798170        64.12.116.195
2008-12-13 07:41:12 565798170        64.12.116.65
2008-12-13 07:41:32 565798170        64.12.117.129
2008-12-13 07:41:36 565798170        64.12.117.78
2008-12-13 07:41:47 565798170        64.12.116.202
2008-12-13 07:42:46 565798170        64.12.116.73
2008-12-13 13:34:12 565798170        64.12.116.11
2008-12-13 13:35:01 565798170        64.12.117.78
2008-12-13 13:35:34 565798170        64.12.117.9
2008-12-13 13:36:47 565798170        64.12.117.66
2008-12-13 13:38:26 565798170        64.12.116.195
2008-12-13 17:27:47 565798170        64.12.117.12
2008-12-13 17:29:08 565798170        64.12.116.19
2008-12-13 17:29:41 565798170        64.12.117.9
2008-12-13 17:30:06 565798170        64.12.117.15
2008-12-13 17:31:58 565798170        64.12.117.144
2008-12-13 17:32:38 565798170        64.12.116.133
2008-12-13 17:35:05 565798170        64.12.117.139
2008-12-13 17:35:49 565798170        64.12.117.13
2008-12-13 17:36:11 565798170        64.12.116.137
2008-12-13 17:36:18 565798170        64.12.116.11
2008-12-13 17:41:52 565798170        64.12.117.20
2008-12-13 17:42:10 565798170        64.12.116.208
2008-12-13 17:42:28 565798170        64.12.117.71
2008-12-13 17:42:34 565798170        64.12.117.203
2008-12-13 17:42:38 565798170        64.12.117.196
2008-12-13 17:42:44 565798170        64.12.117.69
2008-12-13 17:42:51 565798170        64.12.117.206
2008-12-13 17:42:58 565798170        64.12.116.19
2008-12-13 17:43:04 565798170        64.12.116.134
2008-12-13 17:43:09 565798170        64.12.116.17
```

CONFIDENTIAL

```
2008-12-13 17:43:13 565798170        64.12.116.73
2008-12-13 17:48:59 565798170        64.12.116.77
2008-12-13 17:49:02 565798170        64.12.116.204
2008-12-13 17:49:21 565798170        64.12.117.16
2008-12-13 17:51:24 565798170        64.12.116.10
2008-12-13 17:52:59 565798170        64.12.117.17
2008-12-13 17:54:55 565798170        64.12.116.73
2008-12-13 17:58:37 565798170        64.12.116.132
2008-12-13 18:07:58 565798170        64.12.117.206
2008-12-13 18:08:37 565798170        64.12.116.17
2008-12-13 18:08:38 565798170        64.12.117.137
2008-12-13 18:21:01 565798170        64.12.116.68
2008-12-14 11:32:14 565798170        205.188.116.11
2008-12-14 11:33:23 565798170        205.188.117.134
2008-12-14 11:33:27 565798170        205.188.116.207
2008-12-14 11:33:45 565798170        205.188.116.134
2008-12-14 11:34:05 565798170        205.188.116.134
2008-12-14 19:10:44 565798170        69.113.27.175
2008-12-14 19:11:32 565798170        69.113.27.175
2008-12-14 19:11:39 565798170        69.113.27.175
2008-12-14 19:11:55 565798170        69.113.27.175
2008-12-14 19:12:00 565798170        69.113.27.175
2008-12-14 19:12:05 565798170        69.113.27.175
2008-12-14 19:13:00 565798170        69.113.27.175
2008-12-14 19:13:16 565798170        69.113.27.175
2008-12-15 05:24:09 565798170        64.12.116.11
2008-12-15 05:24:55 565798170        64.12.116.144
2008-12-15 05:41:07 565798170        64.12.116.142
2008-12-15 05:41:20 565798170        64.12.116.20
2008-12-15 05:41:27 565798170        64.12.116.196
2008-12-15 05:41:32 565798170        64.12.116.144
2008-12-15 05:41:48 565798170        64.12.116.208
2008-12-15 05:41:58 565798170        64.12.117.137
2008-12-15 05:44:16 565798170        64.12.116.15
2008-12-15 05:44:32 565798170        64.12.117.133
2008-12-15 05:44:47 565798170        64.12.117.77
2008-12-15 05:44:56 565798170        64.12.117.77
2008-12-16 07:27:23 565798170        69.113.27.175
2008-12-16 07:28:39 565798170        69.113.27.175
2008-12-16 07:29:00 565798170        69.113.27.175
2008-12-16 07:29:38 565798170        69.113.27.175
2008-12-17 10:31:20 565798170        68.195.232.10
2008-12-17 10:31:31 565798170        68.195.232.10
2008-12-17 10:31:40 565798170        68.195.232.10
2008-12-17 10:31:42 565798170        68.195.232.10
2008-12-17 10:31:55 565798170        68.195.232.10
2008-12-17 10:32:18 565798170        68.195.232.10
2008-12-18 07:11:33 565798170        205.188.116.11
2008-12-18 07:11:51 565798170        205.188.117.207
```

CONFIDENTIAL

```
2008-12-18 07:12:05 565798170      205.188.117.18
2008-12-18 07:12:09 565798170      205.188.117.12
2008-12-18 07:12:27 565798170      205.188.116.76
2008-12-18 07:13:02 565798170      205.188.117.132
2008-12-18 07:13:37 565798170      205.188.116.199
2008-12-18 07:14:35 565798170      205.188.117.132
2008-12-18 07:16:08 565798170      205.188.116.75
2008-12-18 09:21:00 565798170      205.188.116.11
2008-12-18 09:21:28 565798170      205.188.117.136
2008-12-18 09:21:46 565798170      205.188.117.77
2008-12-18 09:21:53 565798170      205.188.117.137
2008-12-18 09:22:21 565798170      205.188.117.77
2008-12-18 09:22:34 565798170      205.188.116.199
2008-12-18 09:22:50 565798170      205.188.116.73
2008-12-18 09:22:53 565798170      205.188.116.141
2008-12-18 09:23:29 565798170      205.188.116.141
2008-12-18 09:25:12 565798170      205.188.117.18
2008-12-18 09:25:20 565798170      205.188.116.145
2008-12-18 09:25:32 565798170      205.188.117.197
2008-12-18 09:25:48 565798170      205.188.116.141
2008-12-18 09:25:52 565798170      205.188.116.197
2008-12-18 09:26:10 565798170      205.188.116.5
2008-12-18 09:26:26 565798170      205.188.117.132
2008-12-19 05:39:03 565798170      64.12.116.11
2008-12-19 05:39:53 565798170      64.12.117.144
2008-12-19 05:41:48 565798170      64.12.117.67
2008-12-19 05:41:53 565798170      64.12.116.138
2008-12-19 05:42:37 565798170      64.12.116.130
2008-12-19 05:43:19 565798170      64.12.117.139
2008-12-19 09:08:12 565798170      64.12.116.11
2008-12-19 09:09:10 565798170      64.12.116.7
2008-12-19 09:10:29 565798170      64.12.117.139
2008-12-19 09:10:50 565798170      64.12.117.202
2008-12-19 09:11:31 565798170      64.12.117.139
2008-12-19 09:11:41 565798170      64.12.117.208
2008-12-20 06:39:29 565798170      64.12.116.11
2008-12-20 06:39:51 565798170      64.12.117.200
2008-12-20 06:40:54 565798170      64.12.117.10
2008-12-20 06:40:59 565798170      64.12.116.6
2008-12-20 06:41:20 565798170      64.12.116.208
2008-12-20 06:41:24 565798170      64.12.116.209
2008-12-20 06:41:30 565798170      64.12.116.208
2008-12-20 06:41:39 565798170      64.12.116.200
2008-12-20 06:43:46 565798170      64.12.117.139
2008-12-20 06:43:51 565798170      64.12.116.210
2008-12-20 06:44:11 565798170      64.12.117.12
2008-12-20 06:44:27 565798170      64.12.117.142
2008-12-20 06:45:04 565798170      64.12.117.139
2008-12-20 06:46:21 565798170      64.12.117.132
```

CONFIDENTIAL

```
2008-12-20 06:54:14 565798170        64.12.117.139
2008-12-20 07:42:19 565798170        64.12.117.139
2008-12-20 07:48:24 565798170        64.12.116.15
2008-12-20 07:48:34 565798170        64.12.116.138
2008-12-20 07:49:02 565798170        64.12.116.69
2008-12-20 07:49:20 565798170        64.12.116.137
2008-12-20 07:50:19 565798170        64.12.117.135
2008-12-20 07:50:27 565798170        64.12.116.202
2008-12-20 07:50:39 565798170        64.12.117.139
2008-12-20 09:46:31 565798170        205.188.117.135
2008-12-20 09:46:50 565798170        205.188.116.204
2008-12-20 09:47:22 565798170        205.188.117.141
2008-12-20 09:47:32 565798170        205.188.116.133
2008-12-20 09:47:41 565798170        205.188.117.141
2008-12-20 09:47:56 565798170        205.188.116.69
2008-12-20 09:48:21 565798170        205.188.116.144
2008-12-20 09:49:44 565798170        205.188.116.130
2008-12-20 09:50:14 565798170        205.188.116.144
2008-12-20 09:50:58 565798170        205.188.116.204
2008-12-20 10:22:47 565798170        162.83.152.204
2008-12-20 10:22:47 565798170        205.188.116.203
2008-12-20 10:23:12 565798170        205.188.117.194
2008-12-20 10:24:03 565798170        205.188.117.139
2008-12-20 10:34:17 565798170        205.188.116.16
2008-12-20 10:34:30 565798170        205.188.116.206
2008-12-20 10:43:32 565798170        205.188.117.139
2008-12-20 11:26:55 565798170        205.188.117.139
2008-12-20 11:27:06 565798170        205.188.116.205
2008-12-20 12:00:32 565798170        205.188.116.73
2008-12-20 12:07:19 565798170        205.188.117.14
2008-12-20 12:09:55 565798170        205.188.116.204
2008-12-20 13:08:18 565798170        205.188.117.77
2008-12-20 13:08:40 565798170        205.188.116.202
2008-12-20 13:08:45 565798170        205.188.116.73
2008-12-20 13:09:25 565798170        205.188.116.202
2008-12-20 13:09:28 565798170        205.188.117.15
2008-12-20 13:09:30 565798170        162.83.152.204
2008-12-20 13:09:30 565798170        205.188.117.207
2008-12-20 13:09:34 565798170        205.188.116.11
2008-12-20 13:10:21 565798170        205.188.116.79
2008-12-20 13:11:12 565798170        205.188.117.20
2008-12-20 13:13:56 565798170        205.188.117.139
2008-12-20 13:14:20 565798170        205.188.116.205
2008-12-20 13:15:08 565798170        205.188.117.137
2008-12-20 13:15:38 565798170        205.188.117.67
2008-12-21 07:09:27 565798170        205.188.116.11
2008-12-21 07:09:28 565798170        162.83.245.57
2008-12-21 07:10:20 565798170        205.188.116.202
2008-12-21 07:10:53 565798170        205.188.117.139
```

```
2008-12-21 07:11:12 565798170    205.188.117.207
2008-12-21 07:11:29 565798170    205.188.117.139
2008-12-21 07:11:34 565798170    205.188.117.208
2008-12-21 07:12:19 565798170    205.188.117.139
2008-12-21 07:20:44 565798170    205.188.116.7
2008-12-21 07:21:06 565798170    205.188.116.131
2008-12-21 07:21:15 565798170    205.188.117.139
2008-12-21 07:21:36 565798170    205.188.116.11
2008-12-21 07:24:25 565798170    205.188.117.131
2008-12-21 07:25:47 565798170    205.188.117.141
2008-12-21 07:25:52 565798170    205.188.117.200
2008-12-21 07:25:59 565798170    205.188.116.203
2008-12-21 07:26:01 565798170    205.188.117.199
2008-12-21 07:26:09 565798170    205.188.116.203
2008-12-21 07:26:12 565798170    205.188.116.202
2008-12-21 07:26:21 565798170    205.188.116.143
2008-12-21 07:26:25 565798170    205.188.116.202
2008-12-21 07:26:54 565798170    205.188.117.139
2008-12-21 07:26:57 565798170    205.188.116.205
2008-12-21 07:27:12 565798170    205.188.116.137
2008-12-21 07:27:22 565798170    205.188.117.141
2008-12-21 07:27:23 565798170    205.188.116.203
2008-12-21 07:27:42 565798170    205.188.117.139
2008-12-21 07:28:11 565798170    205.188.116.9
2008-12-21 07:28:26 565798170    205.188.116.14
2008-12-21 07:29:36 565798170    205.188.117.7
2008-12-21 07:29:41 565798170    205.188.116.131
2008-12-21 07:29:44 565798170    205.188.116.7
2008-12-21 07:29:56 565798170    205.188.117.139
2008-12-21 07:30:04 565798170    205.188.116.80
2008-12-21 07:30:12 565798170    205.188.116.145
2008-12-21 07:30:25 565798170    205.188.116.10
2008-12-21 07:30:35 565798170    205.188.116.14
2008-12-21 07:32:07 565798170    205.188.116.80
2008-12-21 07:32:13 565798170    205.188.116.78
2008-12-21 07:32:26 565798170    205.188.116.131
2008-12-21 07:32:33 565798170    205.188.117.14
2008-12-21 07:32:37 565798170    205.188.116.79
2008-12-21 07:32:39 565798170    205.188.116.79
2008-12-21 07:32:46 565798170    205.188.116.80
2008-12-21 07:32:50 565798170    205.188.116.131
2008-12-21 07:33:23 565798170    205.188.116.80
2008-12-21 07:33:28 565798170    205.188.116.77
2008-12-21 07:33:42 565798170    162.83.245.57
2008-12-21 07:33:42 565798170    205.188.116.73
2008-12-21 07:34:18 565798170    205.188.117.11
2008-12-21 07:34:22 565798170    205.188.116.143
2008-12-21 07:34:24 565798170    205.188.116.5
2008-12-21 07:34:37 565798170    205.188.116.80
```

CONFIDENTIAL

```
2008-12-21 07:34:57 565798170          162.83.245.57
2008-12-21 07:34:57 565798170          205.188.116.77
2008-12-21 07:35:21 565798170          205.188.117.66
2008-12-21 07:35:24 565798170          205.188.116.12
2008-12-21 07:35:44 565798170          205.188.117.139
2008-12-21 07:35:50 565798170          205.188.116.65
2008-12-21 07:35:58 565798170          162.83.245.57
2008-12-21 07:35:58 565798170          205.188.117.20
2008-12-21 07:48:39 565798170          205.188.117.139
2008-12-21 08:01:49 565798170          205.188.117.139
2008-12-21 08:17:39 565798170          205.188.117.139
2008-12-21 08:34:50 565798170          205.188.117.77
2008-12-21 08:34:53 565798170          205.188.116.199
2008-12-21 08:34:59 565798170          205.188.116.5
2008-12-21 08:35:08 565798170          205.188.117.138
2008-12-21 08:35:11 565798170          205.188.117.12
2008-12-21 08:35:20 565798170          205.188.116.5
2008-12-21 13:36:03 565798170          205.188.117.194
2008-12-21 13:36:16 565798170          205.188.116.195
2008-12-21 13:36:28 565798170          205.188.117.136
2008-12-21 13:36:39 565798170          205.188.117.194
2008-12-21 13:39:05 565798170          205.188.117.195
2008-12-21 13:40:22 565798170          205.188.116.79
2008-12-21 13:40:47 565798170          205.188.116.135
2008-12-21 13:41:03 565798170          205.188.116.71
2008-12-21 13:41:09 565798170          205.188.116.72
2008-12-21 13:41:13 565798170          205.188.117.13
2008-12-21 13:41:51 565798170          205.188.116.72
2008-12-21 13:47:57 565798170          205.188.116.79
2008-12-21 13:48:04 565798170          205.188.116.135
2008-12-21 13:50:31 565798170          205.188.116.199
2008-12-21 13:58:03 565798170          205.188.116.135
2008-12-21 14:01:58 565798170          205.188.116.79
2008-12-21 14:02:12 565798170          162.83.245.57
2008-12-21 14:02:12 565798170          205.188.117.78
2008-12-21 14:02:20 565798170          205.188.116.140
2008-12-21 14:02:26 565798170          205.188.117.78
2008-12-21 14:02:36 565798170          205.188.117.10
2008-12-21 14:02:50 565798170          205.188.116.9
2008-12-21 14:02:58 565798170          205.188.116.201
2008-12-21 14:03:03 565798170          205.188.116.9
2008-12-21 14:03:33 565798170          205.188.117.195
2008-12-21 14:05:40 565798170          205.188.117.139
2008-12-21 14:06:14 565798170          205.188.117.135
2008-12-21 14:06:57 565798170          205.188.116.131
2008-12-22 07:30:56 565798170          64.12.116.11
2008-12-22 07:31:56 565798170          64.12.116.131
2008-12-22 07:34:30 565798170          64.12.117.139
2008-12-22 07:43:19 565798170          64.12.117.208
```

```
2008-12-22 07:43:32 565798170        64.12.117.141
2008-12-22 07:43:40 565798170        64.12.116.195
2008-12-22 07:43:52 565798170        64.12.116.209
2008-12-22 07:44:20 565798170        64.12.117.78
2008-12-22 07:44:29 565798170        64.12.117.202
2008-12-22 07:44:39 565798170        64.12.116.135
2008-12-22 07:44:50 565798170        64.12.116.197
2008-12-22 07:44:57 565798170        64.12.116.135
2008-12-22 07:45:02 565798170        64.12.116.203
2008-12-22 07:45:12 565798170        64.12.116.135
2008-12-22 07:45:14 565798170        64.12.116.199
2008-12-22 07:45:16 565798170        64.12.116.11
2008-12-22 07:45:17 565798170        64.12.116.133
2008-12-22 07:45:20 565798170        64.12.116.203
2008-12-22 07:45:26 565798170        64.12.116.135
2008-12-22 07:45:36 565798170        64.12.116.202
2008-12-22 07:45:40 565798170        64.12.117.8
2008-12-22 07:46:05 565798170        64.12.116.202
2008-12-22 07:46:09 565798170        64.12.117.12
2008-12-22 07:46:10 565798170        64.12.117.11
2008-12-22 07:46:12 565798170        64.12.116.202
2008-12-22 07:46:14 565798170        64.12.116.135
2008-12-22 07:46:19 565798170        64.12.116.144
2008-12-22 07:46:26 565798170        64.12.117.20
2008-12-22 07:47:00 565798170        64.12.116.195
2008-12-22 07:47:02 565798170        64.12.116.135
2008-12-22 07:47:04 565798170        64.12.116.196
2008-12-22 07:47:10 565798170        64.12.117.8
2008-12-22 07:47:40 565798170        64.12.116.196
2008-12-22 07:47:42 565798170        64.12.116.135
2008-12-22 07:47:49 565798170        64.12.116.6
2008-12-22 07:48:19 565798170        64.12.117.139
2008-12-22 09:26:31 565798170        64.12.116.11
2008-12-22 09:26:59 565798170        64.12.117.19
2008-12-22 09:28:40 565798170        64.12.117.75
2008-12-22 09:28:54 565798170        64.12.116.199
2008-12-22 09:28:54 565798170        70.19.50.99
2008-12-22 09:29:32 565798170        64.12.117.208
2008-12-22 09:35:54 565798170        64.12.117.137
2008-12-22 09:36:57 565798170        64.12.117.67
2008-12-22 09:37:04 565798170        64.12.117.139
2008-12-22 14:38:25 565798170        68.195.232.10
2008-12-22 14:38:30 565798170        68.195.232.10
2008-12-22 14:38:37 565798170        68.195.232.10
2008-12-22 14:38:39 565798170        68.195.232.10
2008-12-22 14:39:01 565798170        68.195.232.10
2008-12-22 14:39:17 565798170        68.195.232.10
2008-12-22 14:39:37 565798170        68.195.232.10
2008-12-22 14:40:28 565798170        68.195.232.10
```

```
2008-12-22 14:40:55 565798170        68.195.232.10
2008-12-22 14:41:06 565798170        68.195.232.10
2008-12-22 23:17:25 565798170        69.113.27.175
2008-12-22 23:17:54 565798170        69.113.27.175
2008-12-22 23:18:08 565798170        69.113.27.175
2008-12-22 23:18:18 565798170        69.113.27.175
2008-12-22 23:18:28 565798170        69.113.27.175
2008-12-22 23:18:35 565798170        69.113.27.175
2008-12-22 23:18:38 565798170        69.113.27.175
2008-12-22 23:18:42 565798170        69.113.27.175
2008-12-22 23:18:45 565798170        69.113.27.175
2008-12-22 23:19:15 565798170        69.113.27.175
2008-12-22 23:19:20 565798170        69.113.27.175
2008-12-22 23:19:47 565798170        69.113.27.175
2008-12-22 23:19:59 565798170        69.113.27.175
2008-12-22 23:20:11 565798170        69.113.27.175
2008-12-22 23:21:07 565798170        69.113.27.175
2008-12-22 23:22:17 565798170        69.113.27.175
2008-12-22 23:22:47 565798170        69.113.27.175
2008-12-22 23:22:49 565798170        69.113.27.175
2008-12-22 23:22:51 565798170        69.113.27.175
2008-12-22 23:23:03 565798170        69.113.27.175
2008-12-22 23:23:04 565798170        69.113.27.175
2008-12-22 23:23:08 565798170        69.113.27.175
2008-12-22 23:23:09 565798170        69.113.27.175
2008-12-22 23:23:11 565798170        69.113.27.175
2008-12-22 23:24:29 565798170        69.113.27.175
2008-12-22 23:24:52 565798170        69.113.27.175
2008-12-22 23:24:57 565798170        69.113.27.175
2008-12-22 23:24:59 565798170        69.113.27.175
2008-12-22 23:26:13 565798170        69.113.27.175
2008-12-23 07:10:36 565798170        69.113.27.175
2008-12-23 07:11:28 565798170        69.113.27.175
2008-12-23 07:12:05 565798170        69.113.27.175
2008-12-23 07:12:09 565798170        69.113.27.175
2008-12-23 07:12:13 565798170        69.113.27.175
2008-12-23 07:13:11 565798170        69.113.27.175
2008-12-23 12:21:32 565798170        69.113.27.175
2008-12-24 07:23:16 565798170        69.113.27.175
2008-12-24 07:24:28 565798170        69.113.27.175
2008-12-24 07:24:37 565798170        69.113.27.175
2008-12-24 07:25:01 565798170        69.113.27.175
2008-12-24 07:25:07 565798170        69.113.27.175
2008-12-24 07:26:02 565798170        69.113.27.175
2008-12-24 07:26:10 565798170        69.113.27.175
2008-12-24 07:26:28 565798170        69.113.27.175
2008-12-24 07:26:32 565798170        69.113.27.175
2008-12-24 07:26:38 565798170        69.113.27.175
2008-12-24 07:26:47 565798170        69.113.27.175
```

CONFIDENTIAL

```
2008-12-24 07:27:06 565798170        69.113.27.175
2008-12-24 07:27:23 565798170        69.113.27.175
2008-12-24 11:32:36 565798170        69.113.27.175
2008-12-24 11:33:00 565798170        69.113.27.175
2008-12-24 11:34:33 565798170        69.113.27.175
2008-12-24 11:35:05 565798170        69.113.27.175
2008-12-24 11:35:32 565798170        69.113.27.175
2008-12-24 11:35:41 565798170        69.113.27.175
2008-12-24 11:35:52 565798170        69.113.27.175
2008-12-24 11:36:17 565798170        69.113.27.175
2008-12-24 11:36:29 565798170        69.113.27.175
2008-12-24 11:36:34 565798170        69.113.27.175
2008-12-24 11:36:35 565798170        69.113.27.175
2008-12-24 11:36:35 565798170        69.113.27.175
2008-12-24 11:36:38 565798170        69.113.27.175
2008-12-24 11:36:38 565798170        69.113.27.175
2008-12-24 11:36:40 565798170        69.113.27.175
2008-12-24 11:36:47 565798170        69.113.27.175
2008-12-24 11:39:28 565798170        69.113.27.175
2008-12-24 11:39:33 565798170        69.113.27.175
2008-12-24 11:39:41 565798170        69.113.27.175
2008-12-24 11:40:00 565798170        69.113.27.175
2008-12-24 11:40:13 565798170        69.113.27.175
2008-12-24 11:41:35 565798170        69.113.27.175
2008-12-24 11:41:59 565798170        69.113.27.175
2008-12-24 11:42:18 565798170        69.113.27.175
2008-12-24 11:42:22 565798170        69.113.27.175
2008-12-24 13:31:59 565798170        69.113.27.175
2008-12-25 09:26:28 565798170        69.113.27.175
2008-12-25 09:26:46 565798170        69.113.27.175
2008-12-25 09:26:51 565798170        69.113.27.175
2008-12-25 09:26:54 565798170        69.113.27.175
2008-12-25 09:26:59 565798170        69.113.27.175
2008-12-25 09:27:12 565798170        69.113.27.175
2008-12-25 09:27:14 565798170        69.113.27.175
2008-12-25 09:27:23 565798170        69.113.27.175
2008-12-25 09:27:27 565798170        69.113.27.175
2008-12-25 09:27:30 565798170        69.113.27.175
2008-12-25 09:27:32 565798170        69.113.27.175
2008-12-25 09:27:36 565798170        69.113.27.175
2008-12-25 09:27:39 565798170        69.113.27.175
2008-12-25 09:27:45 565798170        69.113.27.175
2008-12-25 09:28:05 565798170        69.113.27.175
2008-12-25 18:07:45 565798170        69.113.27.175
2008-12-25 18:08:10 565798170        69.113.27.175
2008-12-25 20:05:25 565798170        69.113.27.175
2008-12-25 20:05:40 565798170        69.113.27.175
2008-12-25 20:06:43 565798170        69.113.27.175
2008-12-25 20:06:51 565798170        69.113.27.175
```

CONFIDENTIAL

```
2008-12-25 20:07:20 565798170     69.113.27.175
2008-12-25 20:07:40 565798170     69.113.27.175
2008-12-25 20:08:12 565798170     69.113.27.175
2008-12-25 20:08:21 565798170     69.113.27.175
2008-12-25 20:08:47 565798170     69.113.27.175
2008-12-25 20:09:05 565798170     69.113.27.175
2008-12-25 20:09:38 565798170     69.113.27.175
2008-12-25 20:09:56 565798170     69.113.27.175
2008-12-25 20:10:06 565798170     69.113.27.175
2008-12-25 20:12:19 565798170     69.113.27.175
2008-12-25 20:12:56 565798170     69.113.27.175
2008-12-25 20:13:22 565798170     69.113.27.175
2008-12-25 20:13:45 565798170     69.113.27.175
2008-12-25 20:30:35 565798170     69.113.27.175
2008-12-25 20:31:02 565798170     69.113.27.175
2008-12-26 07:22:24 565798170     64.12.116.11
2008-12-26 07:22:24 565798170     71.247.63.11
2008-12-26 07:23:00 565798170     64.12.117.70
2008-12-26 07:23:35 565798170     64.12.117.143
2008-12-26 07:26:53 565798170     71.247.63.11
2008-12-26 07:28:10 565798170     71.247.63.11
2008-12-26 07:28:24 565798170     71.247.63.11
2008-12-26 07:29:30 565798170     71.247.63.11
2008-12-26 09:10:58 565798170     71.247.63.11
2008-12-26 09:15:05 565798170     71.247.63.11
2008-12-26 09:18:46 565798170     71.247.63.11
2008-12-26 09:20:06 565798170     71.247.63.11
2008-12-26 09:21:24 565798170     71.247.63.11
2008-12-26 09:23:03 565798170     71.247.63.11
2008-12-26 09:44:18 565798170     71.247.63.11
2008-12-26 09:44:35 565798170     71.247.63.11
2008-12-26 09:45:01 565798170     71.247.63.11
2008-12-26 09:49:06 565798170     71.247.63.11
2008-12-26 09:49:24 565798170     71.247.63.11
2008-12-26 09:49:36 565798170     71.247.63.11
2008-12-26 09:49:44 565798170     71.247.63.11
2008-12-26 09:59:54 565798170     71.247.63.11
2008-12-26 10:00:10 565798170     71.247.63.11
2008-12-26 10:00:22 565798170     71.247.63.11
2008-12-26 12:10:55 565798170     71.247.63.11
2008-12-26 12:11:32 565798170     71.247.63.11
2008-12-26 12:13:32 565798170     71.247.63.11
2008-12-26 12:17:46 565798170     71.247.63.11
2008-12-26 13:02:33 565798170     71.247.63.11
2008-12-27 06:41:40 565798170     205.188.116.11
2008-12-27 06:41:57 565798170     162.83.157.239
2008-12-27 06:41:57 565798170     205.188.116.15
2008-12-27 06:42:01 565798170     205.188.116.204
2008-12-27 06:43:34 565798170     205.188.116.137
```

CONFIDENTIAL

```
2008-12-27 06:43:43 565798170     205.188.117.135
2008-12-27 06:43:54 565798170     205.188.116.78
2008-12-27 06:43:57 565798170     205.188.117.12
2008-12-27 06:44:01 565798170     205.188.117.80
2008-12-27 06:44:09 565798170     205.188.116.138
2008-12-27 06:44:19 565798170     205.188.117.69
2008-12-27 06:44:26 565798170     205.188.117.67
2008-12-27 06:44:34 565798170     205.188.116.210
2008-12-27 06:44:39 565798170     205.188.117.68
2008-12-27 06:44:41 565798170     205.188.116.204
2008-12-27 06:45:28 565798170     162.83.157.239
2008-12-27 06:45:28 565798170     205.188.116.138
2008-12-27 06:45:38 565798170     205.188.117.69
2008-12-27 06:45:42 565798170     205.188.117.74
2008-12-27 06:45:58 565798170     205.188.117.15
2008-12-27 06:46:01 565798170     205.188.116.196
2008-12-27 06:46:06 565798170     205.188.117.15
2008-12-27 06:46:09 565798170     205.188.116.199
2008-12-27 06:46:20 565798170     205.188.116.15
2008-12-27 06:46:20 565798170     205.188.117.67
2008-12-27 06:46:25 565798170     205.188.116.199
2008-12-27 06:46:29 565798170     205.188.117.15
2008-12-27 06:46:31 565798170     205.188.116.11
2008-12-27 06:46:32 565798170     205.188.117.68
2008-12-27 06:46:51 565798170     205.188.117.68
2008-12-27 06:47:00 565798170     205.188.117.9
2008-12-27 06:47:11 565798170     205.188.117.69
2008-12-27 06:47:15 565798170     162.83.157.239
2008-12-27 06:47:15 565798170     205.188.117.68
2008-12-27 06:47:25 565798170     205.188.116.17
2008-12-27 06:47:39 565798170     205.188.116.16
2008-12-27 06:47:46 565798170     205.188.116.68
2008-12-27 06:47:57 565798170     205.188.117.10
2008-12-27 06:48:05 565798170     205.188.116.68
2008-12-27 06:48:09 565798170     205.188.117.70
2008-12-27 06:48:16 565798170     205.188.117.204
2008-12-27 06:48:22 565798170     205.188.116.197
2008-12-27 06:48:27 565798170     205.188.117.204
2008-12-27 06:48:29 565798170     205.188.116.70
2008-12-27 06:48:32 565798170     205.188.116.67
2008-12-27 06:48:32 565798170     205.188.117.68
2008-12-27 06:48:36 565798170     205.188.116.66
2008-12-27 06:48:42 565798170     205.188.116.144
2008-12-27 06:53:21 565798170     205.188.116.137
2008-12-27 06:53:24 565798170     205.188.117.69
2008-12-27 06:53:31 565798170     205.188.117.68
2008-12-27 06:54:17 565798170     205.188.116.136
2008-12-27 06:54:24 565798170     205.188.116.205
2008-12-27 06:56:06 565798170     205.188.116.144
```

CONFIDENTIAL

```
2008-12-27 06:56:08 565798170      205.188.117.68
2008-12-27 06:56:14 565798170      205.188.117.68
2008-12-27 06:56:22 565798170      205.188.116.195
2008-12-27 06:56:27 565798170      205.188.117.207
2008-12-27 06:56:32 565798170      205.188.116.203
2008-12-27 06:56:37 565798170      205.188.117.69
2008-12-27 06:56:41 565798170      205.188.117.68
2008-12-27 06:56:44 565798170      205.188.116.17
2008-12-27 06:56:59 565798170      205.188.116.16
2008-12-27 06:57:10 565798170      205.188.116.201
2008-12-27 06:57:19 565798170      205.188.117.7
2008-12-27 06:57:27 565798170      205.188.116.209
2008-12-27 06:57:34 565798170      205.188.116.210
2008-12-27 06:57:43 565798170      205.188.116.65
2008-12-27 06:57:45 565798170      205.188.116.195
2008-12-27 06:57:50 565798170      205.188.116.65
2008-12-27 06:58:02 565798170      205.188.116.19
2008-12-27 06:58:11 565798170      205.188.116.65
2008-12-27 06:58:14 565798170      205.188.117.195
2008-12-27 06:58:21 565798170      205.188.116.20
2008-12-27 06:58:26 565798170      205.188.116.6
2008-12-27 06:58:32 565798170      205.188.117.7
2008-12-27 06:58:33 565798170      205.188.117.20
2008-12-27 06:58:38 565798170      205.188.116.11
2008-12-27 07:00:24 565798170      205.188.116.141
2008-12-27 07:00:27 565798170      205.188.117.69
2008-12-27 07:00:32 565798170      205.188.117.68
2008-12-27 07:00:33 565798170      205.188.116.17
2008-12-27 07:00:41 565798170      205.188.116.16
2008-12-27 07:00:46 565798170      205.188.116.201
2008-12-27 07:00:54 565798170      205.188.117.195
2008-12-27 07:01:02 565798170      205.188.116.19
2008-12-27 07:01:08 565798170      205.188.116.210
2008-12-27 07:01:14 565798170      205.188.117.20
2008-12-27 07:01:14 565798170      205.188.117.9
2008-12-27 07:01:16 565798170      205.188.117.68
2008-12-27 07:01:17 565798170      205.188.116.200
2008-12-27 07:01:22 565798170      205.188.117.195
2008-12-27 07:01:36 565798170      205.188.117.138
2008-12-27 07:02:10 565798170      205.188.117.142
2008-12-27 07:02:32 565798170      205.188.116.207
2008-12-27 07:03:06 565798170      205.188.117.138
2008-12-27 07:15:32 565798170      205.188.117.12
2008-12-27 07:15:41 565798170      205.188.116.18
2008-12-27 07:15:46 565798170      205.188.117.68
2008-12-27 07:15:49 565798170      205.188.116.207
2008-12-27 07:20:57 565798170      205.188.116.136
2008-12-27 07:21:10 565798170      205.188.117.74
2008-12-27 07:21:23 565798170      205.188.116.142
```

CONFIDENTIAL

```
2008-12-27 07:21:30 565798170        205.188.116.74
2008-12-27 07:21:36 565798170        205.188.117.203
2008-12-27 07:21:42 565798170        205.188.116.76
2008-12-27 07:21:51 565798170        205.188.116.201
2008-12-27 07:22:04 565798170        205.188.117.143
2008-12-27 07:22:09 565798170        205.188.116.73
2008-12-27 07:22:16 565798170        205.188.117.136
2008-12-27 07:22:26 565798170        205.188.116.5
2008-12-27 07:22:33 565798170        205.188.116.11
2008-12-28 09:48:53 565798170        205.188.116.11
2008-12-28 09:49:51 565798170        205.188.117.6
2008-12-28 09:50:16 565798170        205.188.116.200
2008-12-28 09:50:20 565798170        205.188.117.14
2008-12-28 09:50:27 565798170        205.188.117.138
2008-12-28 09:51:07 565798170        205.188.117.9
2008-12-28 09:51:19 565798170        205.188.117.138
2008-12-28 09:51:32 565798170        205.188.117.132
2008-12-28 09:51:47 565798170        205.188.116.14
2008-12-28 09:52:05 565798170        205.188.116.135
2008-12-28 09:52:55 565798170        205.188.117.72
2008-12-28 09:53:13 565798170        205.188.117.137
2008-12-28 09:54:01 565798170        205.188.116.209
2008-12-28 09:54:10 565798170        205.188.116.137
2008-12-28 09:54:17 565798170        205.188.116.201
2008-12-28 09:54:43 565798170        205.188.117.138
2008-12-28 09:54:44 565798170        205.188.117.138
2008-12-28 09:56:51 565798170        205.188.116.16
2008-12-28 09:57:56 565798170        205.188.116.137
2008-12-28 09:58:44 565798170        205.188.116.9
2008-12-28 09:59:04 565798170        205.188.117.12
2008-12-28 09:59:08 565798170        205.188.116.8
2008-12-28 09:59:16 565798170        205.188.117.12
2008-12-28 09:59:18 565798170        205.188.116.77
2008-12-28 09:59:59 565798170        205.188.116.137
2008-12-29 10:47:49 565798170        69.113.27.175
2008-12-29 10:48:10 565798170        69.113.27.175
2008-12-29 10:48:13 565798170        69.113.27.175
2008-12-29 10:48:33 565798170        69.113.27.175
2008-12-29 10:48:35 565798170        69.113.27.175
2008-12-29 10:48:44 565798170        69.113.27.175
2008-12-29 10:48:46 565798170        69.113.27.175
2008-12-29 10:49:13 565798170        69.113.27.175
2008-12-29 10:49:15 565798170        69.113.27.175
2008-12-29 10:49:43 565798170        69.113.27.175
2008-12-29 10:49:45 565798170        69.113.27.175
2008-12-29 10:50:40 565798170        69.113.27.175
2008-12-29 10:50:44 565798170        69.113.27.175
2008-12-29 10:51:43 565798170        69.113.27.175
2008-12-29 10:52:55 565798170        69.113.27.175
```

CONFIDENTIAL

```
2008-12-29 10:55:02 565798170        69.113.27.175
2008-12-29 10:56:24 565798170        69.113.27.175
2008-12-29 10:56:41 565798170        69.113.27.175
2008-12-29 10:56:45 565798170        69.113.27.175
2008-12-29 10:58:10 565798170        69.113.27.175
2008-12-29 10:58:46 565798170        69.113.27.175
2008-12-29 11:00:23 565798170        69.113.27.175
2008-12-29 11:00:25 565798170        69.113.27.175
2008-12-29 11:01:25 565798170        69.113.27.175
2008-12-29 11:01:27 565798170        69.113.27.175
2008-12-29 11:02:51 565798170        69.113.27.175
2008-12-29 11:04:05 565798170        69.113.27.175
2008-12-29 11:04:07 565798170        69.113.27.175
2008-12-29 11:06:53 565798170        69.113.27.175
2008-12-29 11:06:55 565798170        69.113.27.175
2008-12-29 19:30:29 565798170        70.19.38.157
2008-12-29 19:30:59 565798170        70.19.38.157
2008-12-29 19:31:01 565798170        70.19.38.157
2008-12-29 19:31:07 565798170        70.19.38.157
2008-12-29 19:31:14 565798170        70.19.38.157
2008-12-29 19:32:07 565798170        70.19.38.157
2008-12-29 19:39:20 565798170        70.19.38.157
2008-12-29 19:39:28 565798170        70.19.38.157
2008-12-29 19:40:59 565798170        70.19.38.157
2008-12-29 19:41:02 565798170        70.19.38.157
2008-12-29 19:41:44 565798170        70.19.38.157
2008-12-29 19:42:02 565798170        70.19.38.157
2008-12-29 19:42:41 565798170        70.19.38.157
2008-12-29 19:42:53 565798170        70.19.38.157
2008-12-29 19:44:02 565798170        70.19.38.157
2008-12-31 08:19:14 565798170        69.113.27.175
2008-12-31 08:20:47 565798170        69.113.27.175
2008-12-31 08:21:35 565798170        69.113.27.175
2008-12-31 08:22:19 565798170        69.113.27.175
2009-01-01 07:29:36 565798170        64.12.116.11
2009-01-01 07:30:15 565798170        64.12.117.135
2009-01-01 07:31:01 565798170        64.12.117.74
2009-01-01 07:32:47 565798170        64.12.117.134
2009-01-01 07:33:00 565798170        64.12.116.208
2009-01-01 07:33:07 565798170        64.12.117.20
2009-01-01 07:33:11 565798170        64.12.117.10
2009-01-01 07:33:35 565798170        64.12.116.203
2009-01-01 07:38:49 565798170        64.12.117.74
2009-01-01 07:38:57 565798170        64.12.116.144
2009-01-01 07:39:20 565798170        64.12.117.203
2009-01-01 07:39:23 565798170        64.12.116.72
2009-01-01 07:39:37 565798170        64.12.116.67
2009-01-01 07:39:39 565798170        64.12.117.137
2009-01-01 07:39:43 565798170        64.12.116.144
```

CONFIDENTIAL

```
2009-01-01 07:39:52 565798170      64.12.116.145
2009-01-01 07:40:15 565798170      64.12.117.67
2009-01-01 07:40:28 565798170      64.12.117.129
2009-01-01 07:44:56 565798170      64.12.117.66
2009-01-01 07:46:05 565798170      64.12.117.133
2009-01-01 07:46:24 565798170      64.12.117.10
2009-01-01 07:46:38 565798170      64.12.116.11
2009-01-01 07:46:48 565798170      64.12.117.66
2009-01-01 07:51:12 565798170      64.12.117.66
2009-01-01 08:04:38 565798170      64.12.117.12
2009-01-01 08:04:44 565798170      64.12.117.74
2009-01-01 08:04:59 565798170      64.12.116.139
2009-01-01 08:11:58 565798170      64.12.117.74
2009-01-01 08:12:15 565798170      64.12.116.14
2009-01-01 08:13:19 565798170      64.12.117.143
2009-01-01 08:13:52 565798170      64.12.117.74
2009-01-01 08:14:13 565798170      64.12.117.137
2009-01-01 08:14:32 565798170      64.12.117.74
2009-01-01 08:20:30 565798170      64.12.117.206
2009-01-01 08:20:45 565798170      64.12.116.133
2009-01-01 08:20:55 565798170      64.12.116.134
2009-01-01 08:20:59 565798170      64.12.116.141
2009-01-01 08:21:58 565798170      64.12.116.72
2009-01-01 08:22:05 565798170      64.12.117.12
2009-01-01 08:22:20 565798170      64.12.117.207
2009-01-01 08:22:24 565798170      64.12.116.14
2009-01-01 08:22:44 565798170      64.12.117.193
2009-01-01 08:22:53 565798170      64.12.117.74
2009-01-01 08:23:09 565798170      64.12.117.12
2009-01-01 08:23:12 565798170      64.12.117.75
2009-01-01 08:23:44 565798170      64.12.117.195
2009-01-01 08:24:31 565798170      64.12.116.14
2009-01-01 08:27:29 565798170      64.12.117.140
2009-01-01 08:27:52 565798170      64.12.116.203
2009-01-01 08:28:03 565798170      64.12.116.68
2009-01-01 08:28:50 565798170      64.12.117.14
2009-01-01 08:29:00 565798170      64.12.117.202
2009-01-01 08:29:09 565798170      64.12.117.129
2009-01-01 08:29:16 565798170      64.12.116.135
2009-01-01 08:29:41 565798170      64.12.116.79
2009-01-01 08:29:52 565798170      64.12.116.138
2009-01-01 08:30:00 565798170      64.12.116.208
2009-01-01 08:30:07 565798170      64.12.116.132
2009-01-01 08:30:14 565798170      64.12.117.20
2009-01-01 08:30:27 565798170      64.12.116.66
2009-01-01 08:30:44 565798170      64.12.117.74
2009-01-01 08:30:49 565798170      64.12.117.78
2009-01-01 08:31:21 565798170      64.12.116.130
2009-01-01 08:31:35 565798170      64.12.117.195
```

CONFIDENTIAL

```
2009-01-01 08:31:59 565798170    64.12.112.230
2009-01-01 08:32:02 565798170    64.12.116.196
2009-01-01 08:32:08 565798170    64.12.112.230
2009-01-01 08:32:10 565798170    64.12.116.70
2009-01-01 08:32:13 565798170    64.12.117.132
2009-01-01 08:32:21 565798170    64.12.116.70
2009-01-01 08:32:24 565798170    64.12.117.195
2009-01-01 08:33:31 565798170    64.12.117.137
2009-01-01 08:33:41 565798170    64.12.116.135
2009-01-01 08:33:45 565798170    64.12.116.14
2009-01-01 08:34:11 565798170    64.12.116.130
2009-01-01 08:34:23 565798170    64.12.116.78
2009-01-01 08:35:04 565798170    64.12.116.66
2009-01-01 08:35:10 565798170    64.12.117.67
2009-01-01 08:35:14 565798170    64.12.116.76
2009-01-01 08:35:28 565798170    64.12.116.130
2009-01-01 08:37:07 565798170    64.12.117.131
2009-01-01 08:37:25 565798170    64.12.116.138
2009-01-01 08:37:31 565798170    64.12.117.137
2009-01-01 08:37:32 565798170    64.12.112.230
2009-01-01 08:41:14 565798170    64.12.116.135
2009-01-01 08:41:18 565798170    64.12.116.14
2009-01-01 11:34:09 565798170    162.83.231.168
2009-01-01 11:34:28 565798170    162.83.231.168
2009-01-01 11:34:34 565798170    162.83.231.168
2009-01-01 11:34:53 565798170    162.83.231.168
2009-01-01 11:35:02 565798170    162.83.231.168
2009-01-01 11:35:14 565798170    162.83.231.168
2009-01-01 11:51:10 565798170    162.83.231.168
2009-01-01 11:51:22 565798170    162.83.231.168
2009-01-01 11:54:12 565798170    162.83.231.168
2009-01-01 11:54:23 565798170    162.83.231.168
2009-01-01 11:54:30 565798170    162.83.231.168
2009-01-01 11:54:36 565798170    162.83.231.168
2009-01-01 11:54:47 565798170    162.83.231.168
2009-01-01 11:54:53 565798170    162.83.231.168
2009-01-01 11:56:39 565798170    162.83.231.168
2009-01-01 11:56:43 565798170    162.83.231.168
2009-01-01 11:56:45 565798170    162.83.231.168
2009-01-01 11:56:50 565798170    162.83.231.168
2009-01-01 12:03:28 565798170    162.83.231.168
2009-01-01 12:03:31 565798170    162.83.231.168
2009-01-01 12:03:38 565798170    162.83.231.168
2009-01-01 12:03:52 565798170    162.83.231.168
2009-01-01 12:06:38 565798170    162.83.231.168
2009-01-01 14:13:48 565798170    69.113.27.175
2009-01-01 14:14:42 565798170    69.113.27.175
2009-01-01 14:14:58 565798170    69.113.27.175
2009-01-01 14:15:04 565798170    69.113.27.175
```

CONFIDENTIAL

```
2009-01-01 14:15:14 565798170        69.113.27.175
2009-01-01 14:15:22 565798170        69.113.27.175
2009-01-01 14:15:34 565798170        69.113.27.175
2009-01-01 14:15:45 565798170        69.113.27.175
2009-01-01 14:16:14 565798170        69.113.27.175
2009-01-02 05:50:17 565798170        64.12.116.11
2009-01-02 05:50:18 565798170        71.247.76.138
2009-01-02 05:51:07 565798170        64.12.117.71
2009-01-02 05:55:50 565798170        64.12.117.77
2009-01-02 05:56:10 565798170        64.12.116.19
2009-01-02 05:56:22 565798170        64.12.116.137
2009-01-02 05:56:31 565798170        64.12.116.11
2009-01-02 05:56:32 565798170        64.12.116.12
2009-01-02 05:56:46 565798170        64.12.117.208
2009-01-02 05:56:46 565798170        71.247.76.138
2009-01-02 05:57:05 565798170        64.12.116.12
2009-01-02 05:57:06 565798170        64.12.116.15
2009-01-02 05:57:31 565798170        64.12.116.16
2009-01-02 05:57:38 565798170        64.12.116.15
2009-01-02 05:57:39 565798170        64.12.116.12
2009-01-02 05:59:18 565798170        64.12.116.133
2009-01-02 05:59:18 565798170        71.247.76.138
2009-01-02 05:59:26 565798170        64.12.116.12
2009-01-02 05:59:27 565798170        64.12.116.202
2009-01-02 05:59:53 565798170        64.12.116.132
2009-01-02 06:01:06 565798170        64.12.116.202
2009-01-02 06:01:08 565798170        64.12.117.17
2009-01-02 06:01:55 565798170        64.12.117.12
2009-01-02 06:02:16 565798170        64.12.117.17
2009-01-02 06:02:17 565798170        64.12.117.17
2009-01-02 06:23:43 565798170        64.12.116.145
2009-01-02 06:23:55 565798170        64.12.117.18
2009-01-02 06:24:02 565798170        64.12.116.145
2009-01-02 06:24:04 565798170        64.12.116.130
2009-01-02 06:24:07 565798170        64.12.116.131
2009-01-02 06:24:20 565798170        64.12.117.204
2009-01-02 06:24:29 565798170        64.12.117.203
2009-01-02 06:24:34 565798170        64.12.116.16
2009-01-02 06:24:39 565798170        64.12.116.205
2009-01-02 06:25:15 565798170        64.12.117.137
2009-01-02 06:25:50 565798170        64.12.117.140
2009-01-02 06:26:46 565798170        64.12.116.136
2009-01-02 06:26:49 565798170        64.12.116.72
2009-01-02 06:26:52 565798170        64.12.117.74
2009-01-02 06:32:43 565798170        64.12.117.137
2009-01-02 06:32:56 565798170        64.12.116.136
2009-01-02 08:35:01 565798170        64.12.117.12
2009-01-02 08:35:01 565798170        71.247.76.138
2009-01-02 08:35:56 565798170        64.12.117.141
```

CONFIDENTIAL

```
2009-01-02 08:37:24 565798170        64.12.116.72
2009-01-02 08:38:02 565798170        64.12.116.139
2009-01-02 08:38:48 565798170        64.12.117.72
2009-01-02 08:39:18 565798170        64.12.117.74
2009-01-02 08:40:06 565798170        64.12.117.133
2009-01-02 08:44:22 565798170        64.12.117.197
2009-01-02 08:44:59 565798170        64.12.117.74
2009-01-02 08:48:03 565798170        64.12.117.74
2009-01-02 08:57:36 565798170        64.12.117.137
2009-01-02 09:13:45 565798170        64.12.117.204
2009-01-02 13:09:06 565798170        205.188.116.11
2009-01-02 13:09:46 565798170        205.188.117.67
2009-01-02 13:10:36 565798170        205.188.117.74
2009-01-02 13:10:42 565798170        205.188.117.138
2009-01-02 13:11:51 565798170        205.188.117.74
2009-01-02 13:11:57 565798170        205.188.117.133
2009-01-02 13:12:03 565798170        205.188.117.74
2009-01-02 13:12:06 565798170        205.188.117.138
2009-01-02 13:12:12 565798170        205.188.117.74
2009-01-03 06:22:36 565798170        64.12.116.11
2009-01-03 06:23:05 565798170        64.12.116.13
2009-01-03 06:23:20 565798170        64.12.117.79
2009-01-03 06:26:43 565798170        64.12.112.8
2009-01-03 06:27:39 565798170        64.12.116.77
2009-01-03 06:28:09 565798170        64.12.117.130
2009-01-03 06:28:49 565798170        64.12.117.79
2009-01-03 06:29:25 565798170        64.12.116.203
2009-01-03 06:29:56 565798170        64.12.116.20
2009-01-03 06:30:03 565798170        64.12.116.141
2009-01-03 06:31:16 565798170        64.12.117.139
2009-01-03 06:31:38 565798170        64.12.116.131
2009-01-03 06:31:51 565798170        64.12.116.197
2009-01-03 06:31:52 565798170        64.12.116.197
2009-01-03 06:31:59 565798170        64.12.117.79
2009-01-03 06:32:04 565798170        64.12.116.135
2009-01-03 06:32:36 565798170        64.12.116.78
2009-01-03 06:32:45 565798170        64.12.116.9
2009-01-03 06:35:26 565798170        64.12.117.202
2009-01-03 06:35:47 565798170        64.12.117.196
2009-01-03 06:36:06 565798170        64.12.116.77
2009-01-03 06:36:06 565798170        70.19.58.189
2009-01-03 06:38:37 565798170        64.12.116.7
2009-01-03 06:38:56 565798170        64.12.117.10
2009-01-03 06:39:00 565798170        64.12.116.70
2009-01-03 06:39:21 565798170        64.12.117.10
2009-01-03 06:39:27 565798170        64.12.117.137
2009-01-03 06:39:30 565798170        64.12.116.7
2009-01-03 06:39:41 565798170        64.12.116.201
2009-01-03 06:39:54 565798170        64.12.117.201
```

CONFIDENTIAL

```
2009-01-03 06:40:01 565798170      64.12.116.201
2009-01-03 06:40:03 565798170      64.12.117.204
2009-01-03 06:40:06 565798170      64.12.116.201
2009-01-03 06:40:08 565798170      64.12.116.7
2009-01-03 06:40:25 565798170      64.12.116.80
2009-01-03 06:40:32 565798170      64.12.116.145
2009-01-03 06:40:37 565798170      64.12.116.139
2009-01-03 06:40:39 565798170      64.12.117.137
2009-01-03 06:40:40 565798170      64.12.117.13
2009-01-03 06:40:42 565798170      64.12.116.9
2009-01-03 06:40:43 565798170      64.12.117.20
2009-01-03 06:40:46 565798170      64.12.117.79
2009-01-03 08:38:49 565798170      64.12.117.137
2009-01-03 08:38:49 565798170      64.12.117.20
2009-01-03 08:39:22 565798170      64.12.117.199
2009-01-03 08:39:49 565798170      64.12.116.20
2009-01-03 08:39:55 565798170      64.12.116.77
2009-01-03 08:40:09 565798170      64.12.116.199
2009-01-03 08:40:29 565798170      64.12.117.79
2009-01-03 08:40:39 565798170      64.12.117.79
2009-01-03 08:40:44 565798170      64.12.117.144
2009-01-03 08:41:22 565798170      64.12.117.79
2009-01-03 08:41:49 565798170      64.12.116.203
2009-01-03 08:42:13 565798170      64.12.116.20
2009-01-03 08:44:29 565798170      64.12.116.77
2009-01-03 10:02:05 565798170      205.188.116.11
2009-01-03 10:48:30 565798170      205.188.116.77
2009-01-03 10:48:50 565798170      205.188.116.140
2009-01-03 10:48:53 565798170      205.188.117.17
2009-01-03 10:49:27 565798170      205.188.117.129
2009-01-03 11:10:11 565798170      205.188.117.199
2009-01-03 11:10:26 565798170      205.188.117.135
2009-01-03 11:10:31 565798170      205.188.117.72
2009-01-03 11:10:39 565798170      205.188.117.135
2009-01-03 11:10:42 565798170      205.188.116.7
2009-01-03 11:10:48 565798170      205.188.117.137
2009-01-03 11:10:53 565798170      205.188.117.67
2009-01-03 11:12:41 565798170      205.188.117.137
2009-01-03 11:12:44 565798170      205.188.117.201
2009-01-03 11:12:46 565798170      205.188.117.13
2009-01-03 11:12:51 565798170      205.188.117.16
2009-01-03 11:14:54 565798170      205.188.117.13
2009-01-03 11:14:56 565798170      205.188.117.201
2009-01-03 11:15:00 565798170      205.188.117.136
2009-01-03 11:15:10 565798170      205.188.117.71
2009-01-03 11:15:59 565798170      205.188.117.136
2009-01-03 11:16:02 565798170      205.188.117.201
2009-01-03 11:16:22 565798170      205.188.116.140
2009-01-03 11:16:31 565798170      205.188.116.14
```

CONFIDENTIAL

```
2009-01-03 11:16:36 565798170    205.188.117.141
2009-01-03 11:16:39 565798170    205.188.117.16
2009-01-03 11:16:41 565798170    205.188.117.141
2009-01-03 11:16:43 565798170    205.188.117.15
2009-01-03 11:17:00 565798170    205.188.117.141
2009-01-03 11:17:00 565798170    70.19.58.189
2009-01-03 11:17:03 565798170    205.188.116.7
2009-01-03 11:17:12 565798170    205.188.117.137
2009-01-03 11:17:22 565798170    205.188.117.74
2009-01-03 11:17:29 565798170    205.188.117.201
2009-01-03 11:17:33 565798170    205.188.116.18
2009-01-03 11:17:47 565798170    205.188.116.15
2009-01-03 11:18:00 565798170    205.188.117.202
2009-01-03 11:18:05 565798170    205.188.117.129
2009-01-03 11:18:36 565798170    205.188.117.69
2009-01-03 11:18:40 565798170    205.188.117.201
2009-01-03 11:18:43 565798170    205.188.116.72
2009-01-03 11:18:49 565798170    205.188.116.15
2009-01-03 11:18:56 565798170    205.188.116.130
2009-01-03 11:19:02 565798170    205.188.116.16
2009-01-03 11:19:07 565798170    205.188.117.205
2009-01-03 11:19:11 565798170    205.188.116.202
2009-01-03 11:19:13 565798170    205.188.116.69
2009-01-03 11:19:20 565798170    205.188.117.7
2009-01-03 11:20:22 565798170    205.188.117.138
2009-01-03 11:20:24 565798170    205.188.117.201
2009-01-03 11:20:29 565798170    205.188.116.15
2009-01-03 11:20:35 565798170    205.188.117.17
2009-01-03 11:21:31 565798170    205.188.117.80
2009-01-03 11:26:51 565798170    205.188.117.79
2009-01-03 11:27:25 565798170    205.188.117.80
2009-01-03 11:41:33 565798170    205.188.117.80
2009-01-03 12:05:47 565798170    205.188.116.7
2009-01-03 12:05:59 565798170    205.188.116.195
2009-01-03 12:06:08 565798170    205.188.116.131
2009-01-03 12:06:16 565798170    205.188.116.20
2009-01-03 12:06:24 565798170    205.188.117.141
2009-01-03 12:06:28 565798170    205.188.116.14
2009-01-03 12:06:33 565798170    205.188.116.131
2009-01-03 12:06:34 565798170    205.188.116.15
2009-01-03 12:06:35 565798170    205.188.116.74
2009-01-03 12:06:39 565798170    205.188.116.131
2009-01-03 12:06:42 565798170    205.188.117.10
2009-01-03 12:06:45 565798170    205.188.116.195
2009-01-03 12:06:50 565798170    205.188.116.5
2009-01-03 13:18:01 565798170    205.188.116.11
2009-01-03 13:18:34 565798170    205.188.117.132
2009-01-03 13:19:14 565798170    205.188.117.15
2009-01-03 13:19:40 565798170    205.188.117.19
```

CONFIDENTIAL

```
2009-01-03 13:19:55 565798170      205.188.116.202
2009-01-03 13:20:17 565798170      205.188.117.198
2009-01-03 13:20:33 565798170      205.188.117.78
2009-01-03 13:21:05 565798170      205.188.117.139
2009-01-03 13:21:42 565798170      205.188.117.6
2009-01-03 13:22:48 565798170      205.188.117.76
2009-01-03 13:23:52 565798170      205.188.116.133
2009-01-03 13:24:21 565798170      205.188.117.80
2009-01-03 13:25:46 565798170      205.188.116.140
2009-01-03 13:29:48 565798170      205.188.117.80
2009-01-03 13:29:57 565798170      205.188.116.140
2009-01-03 13:31:16 565798170      205.188.116.144
2009-01-03 13:31:45 565798170      205.188.116.67
2009-01-03 13:31:52 565798170      205.188.117.77
2009-01-03 13:32:24 565798170      205.188.116.144
2009-01-03 13:34:39 565798170      205.188.116.66
2009-01-03 13:37:49 565798170      205.188.116.70
2009-01-03 13:38:48 565798170      205.188.117.200
2009-01-03 13:38:58 565798170      205.188.116.80
2009-01-03 13:39:03 565798170      205.188.117.195
2009-01-03 13:39:07 565798170      205.188.116.80
2009-01-03 13:39:14 565798170      205.188.117.77
2009-01-03 13:40:58 565798170      205.188.116.73
2009-01-03 13:41:02 565798170      205.188.116.78
2009-01-03 13:41:53 565798170      205.188.116.73
2009-01-03 13:41:57 565798170      205.188.116.13
2009-01-03 13:42:06 565798170      205.188.116.135
2009-01-03 13:42:22 565798170      205.188.117.135
2009-01-03 13:42:32 565798170      205.188.116.66
2009-01-03 13:42:35 565798170      205.188.116.70
2009-01-03 13:46:36 565798170      205.188.116.66
2009-01-03 13:47:17 565798170      205.188.117.77
2009-01-03 13:47:32 565798170      205.188.116.144
2009-01-03 13:48:29 565798170      205.188.117.80
2009-01-03 13:49:26 565798170      205.188.116.144
2009-01-03 13:49:54 565798170      205.188.117.80
2009-01-03 13:50:17 565798170      205.188.117.19
2009-01-03 13:50:25 565798170      205.188.117.7
2009-01-04 05:58:23 565798170      205.188.116.11
2009-01-04 05:59:39 565798170      205.188.117.77
2009-01-04 05:59:49 565798170      205.188.117.194
2009-01-04 06:00:07 565798170      162.84.156.112
2009-01-04 06:00:07 565798170      205.188.117.80
2009-01-04 06:01:28 565798170      205.188.117.73
2009-01-04 06:02:53 565798170      205.188.117.80
2009-01-04 06:03:24 565798170      205.188.116.16
2009-01-04 06:04:28 565798170      205.188.117.80
2009-01-04 06:05:25 565798170      205.188.116.142
2009-01-04 06:06:18 565798170      205.188.116.77
```

```
2009-01-04 08:56:14 565798170        205.188.116.11
2009-01-04 08:57:13 565798170        205.188.117.75
2009-01-04 08:57:32 565798170        205.188.116.135
2009-01-04 08:57:47 565798170        205.188.117.77
2009-01-04 08:58:09 565798170        205.188.116.205
2009-01-04 08:58:46 565798170        205.188.117.208
2009-01-04 08:58:55 565798170        205.188.117.5
2009-01-04 08:59:10 565798170        205.188.116.205
2009-01-04 08:59:19 565798170        205.188.116.144
2009-01-04 08:59:34 565798170        205.188.116.136
2009-01-04 08:59:44 565798170        205.188.117.73
2009-01-04 08:59:56 565798170        205.188.117.8
2009-01-04 09:00:07 565798170        205.188.116.133
2009-01-04 09:00:22 565798170        205.188.117.134
2009-01-04 09:00:36 565798170        162.84.156.112
2009-01-04 09:00:36 565798170        205.188.116.195
2009-01-04 09:00:49 565798170        205.188.117.77
2009-01-04 09:01:00 565798170        205.188.116.9
2009-01-04 09:01:50 565798170        205.188.117.201
2009-01-04 09:01:59 565798170        205.188.116.72
2009-01-04 09:02:09 565798170        162.84.156.112
2009-01-04 09:02:09 565798170        205.188.117.140
2009-01-04 09:02:19 565798170        205.188.117.72
2009-01-04 09:02:28 565798170        205.188.117.193
2009-01-04 09:02:40 565798170        205.188.116.72
2009-01-04 09:02:53 565798170        205.188.117.143
2009-01-04 09:03:01 565798170        205.188.116.68
2009-01-04 09:03:09 565798170        205.188.116.202
2009-01-04 09:03:19 565798170        205.188.117.5
2009-01-04 09:03:30 565798170        205.188.117.15
2009-01-04 09:03:43 565798170        205.188.116.6
2009-01-04 09:03:51 565798170        205.188.117.12
2009-01-04 09:04:05 565798170        205.188.116.210
2009-01-04 09:05:20 565798170        205.188.116.140
2009-01-04 09:05:21 565798170        205.188.116.140
2009-01-04 09:20:45 565798170        205.188.116.14
2009-01-04 09:20:55 565798170        205.188.117.10
2009-01-04 09:21:07 565798170        205.188.116.9
2009-01-04 09:21:26 565798170        205.188.117.19
2009-01-04 09:21:55 565798170        205.188.116.198
2009-01-04 09:22:08 565798170        205.188.117.139
2009-01-04 09:22:21 565798170        205.188.117.68
2009-01-04 09:22:45 565798170        205.188.116.144
2009-01-04 09:23:17 565798170        162.84.156.112
2009-01-04 09:23:17 565798170        205.188.117.134
2009-01-04 09:23:36 565798170        205.188.117.78
2009-01-04 09:23:51 565798170        205.188.117.6
2009-01-04 09:24:08 565798170        205.188.117.20
2009-01-04 09:24:24 565798170        162.84.156.112
```

CONFIDENTIAL

```
2009-01-04 09:24:24 565798170        205.188.117.73
2009-01-04 09:24:37 565798170        205.188.117.20
2009-01-04 09:24:47 565798170        205.188.117.202
2009-01-04 09:25:02 565798170        205.188.117.133
2009-01-04 09:25:17 565798170        205.188.116.141
2009-01-04 09:25:32 565798170        205.188.116.18
2009-01-04 09:25:46 565798170        205.188.117.77
2009-01-04 09:26:00 565798170        205.188.116.197
2009-01-04 09:26:13 565798170        205.188.116.197
2009-01-04 09:26:30 565798170        205.188.117.15
2009-01-04 09:26:42 565798170        205.188.116.14
2009-01-04 09:27:01 565798170        205.188.116.134
2009-01-04 09:27:14 565798170        205.188.116.75
2009-01-04 09:27:27 565798170        205.188.116.196
2009-01-04 09:27:42 565798170        205.188.116.196
2009-01-04 09:27:55 565798170        205.188.116.133
2009-01-04 09:28:07 565798170        205.188.116.18
2009-01-04 09:28:09 565798170        205.188.116.18
2009-01-04 09:28:44 565798170        205.188.116.130
2009-01-04 09:29:01 565798170        205.188.117.198
2009-01-04 09:29:16 565798170        205.188.116.207
2009-01-04 09:29:37 565798170        205.188.117.67
2009-01-04 09:29:48 565798170        205.188.117.9
2009-01-04 09:29:55 565798170        205.188.117.196
2009-01-04 09:30:05 565798170        205.188.117.80
2009-01-04 09:30:27 565798170        205.188.117.68
2009-01-04 09:30:58 565798170        205.188.117.80
2009-01-04 09:31:18 565798170        205.188.116.144
2009-01-04 09:31:55 565798170        205.188.117.74
2009-01-04 09:32:51 565798170        205.188.116.66
2009-01-04 09:32:56 565798170        205.188.116.80
2009-01-04 09:33:01 565798170        205.188.117.77
2009-01-04 09:33:20 565798170        205.188.116.72
2009-01-04 09:33:28 565798170        205.188.116.138
2009-01-04 09:34:10 565798170        205.188.117.80
2009-01-04 12:16:18 565798170        64.12.116.71
2009-01-04 12:16:27 565798170        64.12.116.77
2009-01-04 12:16:46 565798170        64.12.116.141
2009-01-04 12:16:58 565798170        64.12.117.197
2009-01-04 12:17:42 565798170        64.12.116.77
2009-01-04 12:18:05 565798170        64.12.117.17
2009-01-04 12:18:29 565798170        64.12.116.202
2009-01-04 12:19:34 565798170        64.12.117.79
2009-01-04 12:19:56 565798170        64.12.116.9
2009-01-04 20:22:52 565798170        69.113.27.175
2009-01-04 20:24:28 565798170        69.113.27.175
2009-01-04 20:24:41 565798170        69.113.27.175
2009-01-04 20:24:52 565798170        69.113.27.175
2009-01-04 20:25:00 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-01-04 20:27:33 565798170      69.113.27.175
2009-01-04 20:29:25 565798170      69.113.27.175
2009-01-05 06:25:07 565798170      69.113.27.175
2009-01-05 06:25:55 565798170      69.113.27.175
2009-01-05 06:26:06 565798170      69.113.27.175
2009-01-05 06:26:20 565798170      69.113.27.175
2009-01-05 06:26:51 565798170      69.113.27.175
2009-01-05 06:27:11 565798170      69.113.27.175
2009-01-05 06:27:52 565798170      69.113.27.175
2009-01-05 09:26:03 565798170      68.195.232.10
2009-01-05 09:26:53 565798170      68.195.232.10
2009-01-05 09:26:55 565798170      68.195.232.10
2009-01-05 09:27:01 565798170      68.195.232.10
2009-01-05 09:30:41 565798170      68.195.232.10
2009-01-05 09:30:55 565798170      68.195.232.10
2009-01-05 09:32:18 565798170      68.195.232.10
2009-01-05 11:31:39 565798170      69.113.27.175
2009-01-05 11:31:49 565798170      69.113.27.175
2009-01-05 11:32:41 565798170      69.113.27.175
2009-01-05 11:32:49 565798170      69.113.27.175
2009-01-05 11:33:13 565798170      69.113.27.175
2009-01-05 11:33:38 565798170      69.113.27.175
2009-01-05 11:34:09 565798170      69.113.27.175
2009-01-05 11:34:14 565798170      69.113.27.175
2009-01-07 11:19:48 565798170      68.195.232.10
2009-01-07 11:20:11 565798170      68.195.232.10
2009-01-07 11:20:32 565798170      68.195.232.10
2009-01-07 11:20:44 565798170      68.195.232.10
2009-01-07 11:20:47 565798170      68.195.232.10
2009-01-07 11:21:10 565798170      68.195.232.10
2009-01-07 11:21:29 565798170      68.195.232.10
2009-01-07 11:21:45 565798170      68.195.232.10
2009-01-08 10:57:45 565798170      68.195.232.10
2009-01-08 10:58:26 565798170      68.195.232.10
2009-01-08 10:58:39 565798170      68.195.232.10
2009-01-08 10:59:20 565798170      68.195.232.10
2009-01-08 11:00:15 565798170      68.195.232.10
2009-01-08 11:01:01 565798170      68.195.232.10
2009-01-08 11:01:46 565798170      68.195.232.10
2009-01-08 11:02:09 565798170      68.195.232.10
2009-01-08 11:02:46 565798170      68.195.232.10
2009-01-08 11:02:55 565798170      68.195.232.10
2009-01-08 11:03:00 565798170      68.195.232.10
2009-01-08 11:06:53 565798170      68.195.232.10
2009-01-08 11:06:53 565798170      68.195.232.10
2009-01-08 11:24:04 565798170      68.195.232.10
2009-01-08 11:24:26 565798170      68.195.232.10
2009-01-09 09:34:07 565798170      68.195.232.10
2009-01-09 09:35:11 565798170      68.195.232.10
```

CONFIDENTIAL

```
2009-01-09 09:36:04 565798170        68.195.232.10
2009-01-09 09:36:08 565798170        68.195.232.10
2009-01-09 09:36:17 565798170        68.195.232.10
2009-01-09 09:36:21 565798170        68.195.232.10
2009-01-09 09:36:26 565798170        68.195.232.10
2009-01-09 09:36:31 565798170        68.195.232.10
2009-01-09 09:36:41 565798170        68.195.232.10
2009-01-09 09:36:44 565798170        68.195.232.10
2009-01-09 09:36:51 565798170        68.195.232.10
2009-01-09 09:36:58 565798170        68.195.232.10
2009-01-09 09:37:03 565798170        68.195.232.10
2009-01-09 09:37:10 565798170        68.195.232.10
2009-01-09 09:37:38 565798170        68.195.232.10
2009-01-09 09:37:56 565798170        68.195.232.10
2009-01-09 09:38:44 565798170        68.195.232.10
2009-01-09 09:39:04 565798170        68.195.232.10
2009-01-09 09:39:10 565798170        68.195.232.10
2009-01-09 09:39:44 565798170        68.195.232.10
2009-01-09 09:39:59 565798170        68.195.232.10
2009-01-09 09:40:18 565798170        68.195.232.10
2009-01-09 09:40:31 565798170        68.195.232.10
2009-01-10 08:17:33 565798170        205.188.116.11
2009-01-10 08:18:03 565798170        205.188.117.76
2009-01-10 08:18:27 565798170        205.188.117.136
2009-01-10 08:18:54 565798170        205.188.117.200
2009-01-10 08:19:31 565798170        205.188.117.136
2009-01-10 08:19:54 565798170        205.188.117.144
2009-01-10 08:21:10 565798170        162.83.217.179
2009-01-10 08:21:10 565798170        205.188.117.136
2009-01-10 08:21:18 565798170        205.188.117.136
2009-01-10 08:24:27 565798170        205.188.117.136
2009-01-10 08:24:53 565798170        205.188.116.78
2009-01-10 08:25:27 565798170        205.188.116.75
2009-01-10 08:27:02 565798170        162.83.217.179
2009-01-10 08:27:02 565798170        205.188.117.136
2009-01-10 08:27:22 565798170        205.188.116.202
2009-01-10 08:28:18 565798170        205.188.116.74
2009-01-10 08:28:48 565798170        205.188.116.199
2009-01-10 08:29:14 565798170        205.188.116.144
2009-01-10 08:30:14 565798170        205.188.116.202
2009-01-10 08:30:29 565798170        205.188.117.206
2009-01-10 08:31:09 565798170        205.188.112.233
2009-01-10 08:31:57 565798170        205.188.117.137
2009-01-10 08:32:16 565798170        205.188.117.199
2009-01-10 08:33:23 565798170        205.188.117.136
2009-01-10 08:33:34 565798170        205.188.116.207
2009-01-10 08:33:47 565798170        205.188.116.135
2009-01-10 08:33:51 565798170        205.188.116.207
2009-01-10 08:33:56 565798170        205.188.116.135
```

```
2009-01-10 08:34:17 565798170      205.188.117.75
2009-01-10 08:34:33 565798170      205.188.117.136
2009-01-10 08:34:53 565798170      205.188.117.142
2009-01-10 08:35:46 565798170      205.188.117.137
2009-01-10 12:59:09 565798170      205.188.117.136
2009-01-10 13:00:09 565798170      205.188.116.207
2009-01-10 13:00:21 565798170      205.188.116.135
2009-01-10 13:00:24 565798170      205.188.117.12
2009-01-10 13:00:29 565798170      205.188.116.16
2009-01-10 13:00:50 565798170      162.83.217.179
2009-01-10 13:00:50 565798170      205.188.116.133
2009-01-10 13:00:58 565798170      205.188.116.210
2009-01-10 13:03:56 565798170      162.83.217.179
2009-01-10 13:03:57 565798170      205.188.116.133
2009-01-10 13:04:04 565798170      205.188.116.67
2009-01-10 13:04:11 565798170      205.188.117.8
2009-01-10 13:04:27 565798170      205.188.117.135
2009-01-10 13:04:53 565798170      205.188.116.15
2009-01-10 13:05:37 565798170      205.188.117.135
2009-01-10 13:05:58 565798170      205.188.116.75
2009-01-11 06:26:07 565798170      205.188.116.11
2009-01-11 06:26:36 565798170      205.188.116.79
2009-01-11 06:27:41 565798170      205.188.116.139
2009-01-11 06:27:45 565798170      205.188.117.135
2009-01-11 06:36:33 565798170      205.188.116.201
2009-01-11 06:37:32 565798170      205.188.116.132
2009-01-11 06:48:00 565798170      205.188.116.5
2009-01-11 06:48:24 565798170      205.188.117.135
2009-01-11 09:46:47 565798170      64.12.116.11
2009-01-11 09:47:03 565798170      64.12.116.206
2009-01-11 09:47:20 565798170      64.12.116.134
2009-01-11 09:47:37 565798170      64.12.116.201
2009-01-11 11:25:30 565798170      64.12.116.201
2009-01-11 11:25:45 565798170      64.12.116.73
2009-01-12 06:34:03 565798170      64.12.116.11
2009-01-12 06:34:22 565798170      64.12.116.202
2009-01-12 06:34:52 565798170      64.12.117.135
2009-01-12 06:35:01 565798170      64.12.116.198
2009-01-12 06:35:18 565798170      64.12.117.135
2009-01-12 06:35:24 565798170      64.12.117.141
2009-01-12 06:36:07 565798170      64.12.117.135
2009-01-12 06:38:18 565798170      64.12.117.15
2009-01-12 06:38:30 565798170      64.12.117.135
2009-01-12 06:39:09 565798170      64.12.116.78
2009-01-12 06:39:23 565798170      64.12.117.137
2009-01-12 10:46:39 565798170      64.12.116.11
2009-01-12 10:48:15 565798170      64.12.116.201
2009-01-13 12:08:01 565798170      69.113.27.175
2009-01-13 12:09:15 565798170      69.113.27.175
```

CONFIDENTIAL

```
2009-01-13 12:11:21 565798170        69.113.27.175
2009-01-13 12:11:33 565798170        69.113.27.175
2009-01-13 12:13:53 565798170        69.113.27.175
2009-01-13 12:14:16 565798170        69.113.27.175
2009-01-13 12:16:26 565798170        69.113.27.175
2009-01-13 12:16:30 565798170        69.113.27.175
2009-01-13 12:16:45 565798170        69.113.27.175
2009-01-13 12:16:47 565798170        69.113.27.175
2009-01-13 12:16:52 565798170        69.113.27.175
2009-01-13 12:17:20 565798170        69.113.27.175
2009-01-13 12:18:35 565798170        69.113.27.175
2009-01-13 12:18:42 565798170        69.113.27.175
2009-01-13 12:19:31 565798170        69.113.27.175
2009-01-14 12:49:41 565798170        69.113.27.175
2009-01-14 12:49:59 565798170        69.113.27.175
2009-01-14 12:50:16 565798170        69.113.27.175
2009-01-14 12:50:31 565798170        69.113.27.175
2009-01-14 12:51:09 565798170        69.113.27.175
2009-01-14 12:51:37 565798170        69.113.27.175
2009-01-14 12:51:56 565798170        69.113.27.175
2009-01-14 12:52:39 565798170        69.113.27.175
2009-01-14 12:53:11 565798170        69.113.27.175
2009-01-14 12:53:33 565798170        69.113.27.175
2009-01-14 12:53:35 565798170        69.113.27.175
2009-01-14 12:53:35 565798170        69.113.27.175
2009-01-14 12:53:38 565798170        69.113.27.175
2009-01-14 12:54:59 565798170        69.113.27.175
2009-01-14 12:55:15 565798170        69.113.27.175
2009-01-14 12:55:16 565798170        69.113.27.175
2009-01-14 12:55:20 565798170        69.113.27.175
2009-01-14 12:55:24 565798170        69.113.27.175
2009-01-14 12:55:30 565798170        69.113.27.175
2009-01-14 13:00:41 565798170        69.113.27.175
2009-01-14 13:00:48 565798170        69.113.27.175
2009-01-14 13:01:02 565798170        69.113.27.175
2009-01-14 13:01:14 565798170        69.113.27.175
2009-01-14 13:01:16 565798170        69.113.27.175
2009-01-14 13:02:05 565798170        69.113.27.175
2009-01-14 13:02:33 565798170        69.113.27.175
2009-01-14 13:03:10 565798170        69.113.27.175
2009-01-14 13:03:35 565798170        69.113.27.175
2009-01-14 13:03:45 565798170        69.113.27.175
2009-01-14 13:03:51 565798170        69.113.27.175
2009-01-14 13:03:57 565798170        69.113.27.175
2009-01-14 13:04:48 565798170        69.113.27.175
2009-01-14 13:04:53 565798170        69.113.27.175
2009-01-14 13:05:09 565798170        69.113.27.175
2009-01-14 13:05:12 565798170        69.113.27.175
2009-01-14 13:05:17 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-01-14 13:05:19 565798170      69.113.27.175
2009-01-14 13:05:28 565798170      69.113.27.175
2009-01-14 13:05:29 565798170      69.113.27.175
2009-01-14 13:06:34 565798170      69.113.27.175
2009-01-14 13:07:10 565798170      69.113.27.175
2009-01-14 13:08:13 565798170      69.113.27.175
2009-01-14 13:12:05 565798170      69.113.27.175
2009-01-14 13:12:44 565798170      69.113.27.175
2009-01-14 13:20:54 565798170      69.113.27.175
2009-01-14 13:21:17 565798170      69.113.27.175
2009-01-14 13:22:38 565798170      69.113.27.175
2009-01-14 13:22:53 565798170      69.113.27.175
2009-01-14 13:23:08 565798170      69.113.27.175
2009-01-14 13:23:49 565798170      69.113.27.175
2009-01-14 13:23:54 565798170      69.113.27.175
2009-01-14 13:24:02 565798170      69.113.27.175
2009-01-14 13:24:09 565798170      69.113.27.175
2009-01-14 13:24:32 565798170      69.113.27.175
2009-01-14 13:24:37 565798170      69.113.27.175
2009-01-14 13:24:42 565798170      69.113.27.175
2009-01-14 13:24:46 565798170      69.113.27.175
2009-01-14 20:40:36 565798170      69.113.27.175
2009-01-14 20:40:54 565798170      69.113.27.175
2009-01-14 20:41:19 565798170      69.113.27.175
2009-01-14 20:41:34 565798170      69.113.27.175
2009-01-14 20:41:42 565798170      69.113.27.175
2009-01-14 20:41:55 565798170      69.113.27.175
2009-01-14 20:42:07 565798170      69.113.27.175
2009-01-14 20:43:05 565798170      69.113.27.175
2009-01-14 20:43:21 565798170      69.113.27.175
2009-01-15 05:36:51 565798170      205.188.116.11
2009-01-15 05:40:12 565798170      205.188.116.135
2009-01-15 05:40:38 565798170      205.188.117.78
2009-01-15 05:44:13 565798170      205.188.116.197
2009-01-15 05:44:32 565798170      162.83.251.238
2009-01-15 05:44:32 565798170      205.188.117.12
2009-01-15 05:44:36 565798170      205.188.112.230
2009-01-15 05:50:53 565798170      205.188.116.65
2009-01-15 05:52:46 565798170      205.188.117.78
2009-01-15 05:52:57 565798170      205.188.116.67
2009-01-15 05:52:59 565798170      205.188.117.139
2009-01-15 05:53:01 565798170      205.188.117.13
2009-01-15 05:53:08 565798170      205.188.112.232
2009-01-15 05:53:15 565798170      205.188.116.6
2009-01-15 05:53:49 565798170      205.188.116.77
2009-01-15 05:53:56 565798170      205.188.116.137
2009-01-15 05:55:15 565798170      205.188.117.78
2009-01-15 05:55:26 565798170      205.188.117.19
2009-01-15 06:04:37 565798170      205.188.117.78
```

CONFIDENTIAL

```
2009-01-15 06:04:52 565798170    205.188.117.193
2009-01-15 06:06:14 565798170    205.188.116.144
2009-01-15 06:06:58 565798170    205.188.112.230
2009-01-15 06:07:35 565798170    205.188.117.195
2009-01-15 06:09:07 565798170    205.188.117.78
2009-01-15 06:09:29 565798170    205.188.117.205
2009-01-15 06:15:47 565798170    205.188.117.78
2009-01-15 06:38:12 565798170    64.12.116.11
2009-01-15 06:38:20 565798170    64.12.117.131
2009-01-15 06:38:33 565798170    64.12.117.14
2009-01-15 06:38:56 565798170    64.12.117.201
2009-01-15 06:43:23 565798170    64.12.117.5
2009-01-15 06:43:27 565798170    64.12.116.16
2009-01-15 06:43:30 565798170    64.12.116.205
2009-01-15 06:43:34 565798170    64.12.117.141
2009-01-15 06:43:56 565798170    162.83.251.238
2009-01-15 06:43:56 565798170    64.12.117.138
2009-01-15 06:44:01 565798170    64.12.116.196
2009-01-15 06:44:17 565798170    64.12.116.201
2009-01-15 06:44:20 565798170    64.12.117.141
2009-01-15 06:45:24 565798170    64.12.116.134
2009-01-15 06:45:31 565798170    64.12.116.195
2009-01-15 06:45:36 565798170    64.12.116.134
2009-01-15 06:45:39 565798170    64.12.116.142
2009-01-15 06:46:03 565798170    64.12.116.134
2009-01-15 06:46:07 565798170    64.12.116.73
2009-01-15 06:46:19 565798170    64.12.116.140
2009-01-15 06:46:23 565798170    64.12.116.202
2009-01-15 06:46:32 565798170    64.12.116.200
2009-01-15 06:46:36 565798170    64.12.117.73
2009-01-15 06:46:44 565798170    162.83.251.238
2009-01-15 06:46:44 565798170    64.12.116.140
2009-01-15 06:46:47 565798170    64.12.116.202
2009-01-15 06:46:57 565798170    64.12.117.78
2009-01-15 07:53:15 565798170    64.12.117.78
2009-01-15 07:54:17 565798170    64.12.116.143
2009-01-15 07:55:36 565798170    64.12.117.80
2009-01-15 07:55:50 565798170    64.12.117.14
2009-01-15 07:56:00 565798170    64.12.117.129
2009-01-15 07:56:37 565798170    64.12.116.7
2009-01-15 07:58:43 565798170    64.12.116.132
2009-01-15 07:58:46 565798170    64.12.116.16
2009-01-15 07:58:49 565798170    64.12.116.74
2009-01-15 07:58:56 565798170    64.12.116.134
2009-01-15 07:59:01 565798170    64.12.116.74
2009-01-15 07:59:06 565798170    64.12.116.138
2009-01-15 07:59:22 565798170    64.12.116.74
2009-01-15 07:59:26 565798170    64.12.116.16
2009-01-15 07:59:29 565798170    64.12.116.67
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-01-15 07:59:38 | 565798170 | 64.12.117.20 |
| 2009-01-15 07:59:46 | 565798170 | 64.12.116.205 |
| 2009-01-15 07:59:57 | 565798170 | 162.83.251.238 |
| 2009-01-15 07:59:57 | 565798170 | 64.12.116.8 |
| 2009-01-15 07:59:59 | 565798170 | 64.12.116.16 |
| 2009-01-15 08:00:05 | 565798170 | 64.12.116.69 |
| 2009-01-15 08:00:13 | 565798170 | 64.12.117.205 |
| 2009-01-15 08:00:30 | 565798170 | 64.12.116.69 |
| 2009-01-15 08:00:34 | 565798170 | 64.12.116.16 |
| 2009-01-15 08:00:39 | 565798170 | 64.12.116.65 |
| 2009-01-15 08:00:45 | 565798170 | 64.12.117.80 |
| 2009-01-15 08:02:31 | 565798170 | 64.12.116.131 |
| 2009-01-15 08:02:34 | 565798170 | 64.12.117.207 |
| 2009-01-15 08:02:47 | 565798170 | 64.12.117.78 |
| 2009-01-16 06:52:42 | 565798170 | 64.12.116.11 |
| 2009-01-16 06:52:51 | 565798170 | 64.12.116.195 |
| 2009-01-16 06:52:57 | 565798170 | 64.12.116.74 |
| 2009-01-16 06:53:01 | 565798170 | 64.12.117.12 |
| 2009-01-16 06:53:37 | 565798170 | 64.12.117.77 |
| 2009-01-16 06:53:49 | 565798170 | 64.12.117.205 |
| 2009-01-16 06:53:56 | 565798170 | 64.12.116.207 |
| 2009-01-16 06:54:41 | 565798170 | 64.12.116.74 |
| 2009-01-16 06:54:49 | 565798170 | 64.12.116.207 |
| 2009-01-16 06:55:11 | 565798170 | 64.12.116.74 |
| 2009-01-16 06:55:17 | 565798170 | 64.12.117.20 |
| 2009-01-16 06:55:39 | 565798170 | 64.12.117.10 |
| 2009-01-16 06:55:46 | 565798170 | 64.12.117.11 |
| 2009-01-16 06:55:49 | 565798170 | 64.12.117.66 |
| 2009-01-16 06:55:53 | 565798170 | 64.12.116.135 |
| 2009-01-16 06:56:14 | 565798170 | 64.12.116.16 |
| 2009-01-16 06:56:16 | 565798170 | 64.12.116.208 |
| 2009-01-16 06:56:22 | 565798170 | 64.12.116.66 |
| 2009-01-16 06:57:46 | 565798170 | 64.12.116.74 |
| 2009-01-16 06:58:27 | 565798170 | 64.12.117.12 |
| 2009-01-16 06:59:24 | 565798170 | 64.12.116.74 |
| 2009-01-16 06:59:50 | 565798170 | 64.12.116.138 |
| 2009-01-16 07:00:23 | 565798170 | 64.12.116.68 |
| 2009-01-16 07:00:34 | 565798170 | 64.12.116.7 |
| 2009-01-16 07:01:26 | 565798170 | 64.12.116.208 |
| 2009-01-16 07:01:35 | 565798170 | 64.12.116.134 |
| 2009-01-16 07:01:40 | 565798170 | 64.12.117.76 |
| 2009-01-16 07:02:19 | 565798170 | 64.12.116.141 |
| 2009-01-16 07:03:08 | 565798170 | 64.12.116.20 |
| 2009-01-16 07:05:17 | 565798170 | 64.12.117.7 |
| 2009-01-16 07:06:32 | 565798170 | 64.12.117.76 |
| 2009-01-16 10:55:43 | 565798170 | 64.12.116.11 |
| 2009-01-16 10:56:22 | 565798170 | 64.12.116.16 |
| 2009-01-16 11:00:19 | 565798170 | 64.12.117.69 |
| 2009-01-16 11:00:34 | 565798170 | 64.12.116.74 |

CONFIDENTIAL

```
2009-01-16 11:04:18 565798170        64.12.117.136
2009-01-16 11:07:58 565798170        64.12.117.76
2009-01-16 12:10:06 565798170        205.188.116.11
2009-01-16 12:10:13 565798170        205.188.117.13
2009-01-16 12:11:06 565798170        205.188.117.76
2009-01-16 12:11:39 565798170        205.188.117.132
2009-01-16 12:11:52 565798170        205.188.116.70
2009-01-16 12:12:12 565798170        205.188.117.69
2009-01-16 12:13:11 565798170        205.188.116.74
2009-01-16 12:13:26 565798170        205.188.117.203
2009-01-16 12:16:17 565798170        205.188.117.200
2009-01-16 12:16:30 565798170        205.188.117.5
2009-01-16 12:16:57 565798170        205.188.116.199
2009-01-16 12:17:17 565798170        205.188.116.141
2009-01-16 12:17:35 565798170        205.188.116.200
2009-01-16 12:17:47 565798170        205.188.116.196
2009-01-16 12:18:03 565798170        205.188.116.76
2009-01-16 12:18:35 565798170        205.188.117.74
2009-01-16 12:19:54 565798170        205.188.117.72
2009-01-16 12:20:16 565798170        205.188.117.142
2009-01-16 12:20:38 565798170        205.188.116.17
2009-01-16 12:20:53 565798170        205.188.117.142
2009-01-16 12:21:09 565798170        205.188.117.66
2009-01-16 12:21:25 565798170        205.188.117.138
2009-01-16 12:21:43 565798170        205.188.117.71
2009-01-16 12:22:06 565798170        205.188.116.11
2009-01-16 12:22:24 565798170        205.188.117.135
2009-01-16 12:22:55 565798170        205.188.117.76
2009-01-16 12:23:08 565798170        205.188.116.141
2009-01-16 12:24:08 565798170        205.188.117.76
2009-01-16 12:24:51 565798170        205.188.116.11
2009-01-16 12:27:46 565798170        205.188.117.137
2009-01-16 12:33:15 565798170        205.188.116.70
2009-01-16 14:47:32 565798170        64.12.116.11
2009-01-16 14:48:08 565798170        64.12.117.193
2009-01-16 14:48:28 565798170        64.12.117.5
2009-01-16 14:50:29 565798170        64.12.116.67
2009-01-16 14:50:34 565798170        64.12.117.134
2009-01-16 14:50:43 565798170        64.12.117.10
2009-01-16 14:51:39 565798170        64.12.116.13
2009-01-16 14:51:48 565798170        64.12.117.137
2009-01-16 14:52:20 565798170        64.12.116.140
2009-01-16 14:52:35 565798170        64.12.116.16
2009-01-16 14:53:24 565798170        64.12.117.17
2009-01-16 14:53:26 565798170        64.12.117.72
2009-01-16 14:53:42 565798170        64.12.116.77
2009-01-16 14:53:45 565798170        64.12.117.75
2009-01-16 14:53:49 565798170        64.12.117.208
2009-01-16 14:53:58 565798170        64.12.116.200
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-01-16 14:54:03 | 565798170 | 64.12.116.131 |
| 2009-01-16 14:54:20 | 565798170 | 64.12.117.8 |
| 2009-01-17 06:40:33 | 565798170 | 64.12.116.11 |
| 2009-01-17 06:41:37 | 565798170 | 64.12.116.202 |
| 2009-01-17 06:41:44 | 565798170 | 64.12.116.18 |
| 2009-01-17 06:41:47 | 565798170 | 64.12.116.19 |
| 2009-01-17 06:42:50 | 565798170 | 64.12.117.137 |
| 2009-01-17 06:42:53 | 565798170 | 64.12.116.202 |
| 2009-01-17 06:43:11 | 565798170 | 64.12.117.12 |
| 2009-01-17 06:43:15 | 565798170 | 64.12.116.202 |
| 2009-01-17 06:43:35 | 565798170 | 64.12.117.12 |
| 2009-01-17 06:43:59 | 565798170 | 64.12.116.197 |
| 2009-01-17 06:45:33 | 565798170 | 64.12.116.131 |
| 2009-01-17 06:48:56 | 565798170 | 64.12.117.131 |
| 2009-01-17 07:22:28 | 565798170 | 64.12.117.131 |
| 2009-01-17 07:41:45 | 565798170 | 64.12.117.12 |
| 2009-01-17 07:42:04 | 565798170 | 64.12.117.193 |
| 2009-01-17 07:42:12 | 565798170 | 162.84.176.19 |
| 2009-01-17 07:42:12 | 565798170 | 64.12.117.131 |
| 2009-01-17 07:42:48 | 565798170 | 64.12.117.20 |
| 2009-01-17 07:44:39 | 565798170 | 64.12.117.131 |
| 2009-01-17 08:08:17 | 565798170 | 64.12.117.12 |
| 2009-01-17 08:12:30 | 565798170 | 64.12.117.199 |
| 2009-01-17 08:12:43 | 565798170 | 64.12.117.72 |
| 2009-01-17 08:13:21 | 565798170 | 64.12.117.131 |
| 2009-01-17 08:13:39 | 565798170 | 64.12.116.207 |
| 2009-01-17 08:14:18 | 565798170 | 64.12.117.131 |
| 2009-01-17 08:14:29 | 565798170 | 64.12.116.197 |
| 2009-01-17 08:14:44 | 565798170 | 64.12.116.69 |
| 2009-01-17 08:15:05 | 565798170 | 64.12.117.8 |
| 2009-01-17 08:15:12 | 565798170 | 64.12.116.199 |
| 2009-01-17 08:16:10 | 565798170 | 64.12.116.208 |
| 2009-01-17 08:16:15 | 565798170 | 64.12.116.144 |
| 2009-01-17 08:16:47 | 565798170 | 64.12.116.210 |
| 2009-01-17 08:16:48 | 565798170 | 162.84.176.19 |
| 2009-01-17 08:16:50 | 565798170 | 64.12.116.72 |
| 2009-01-17 08:17:20 | 565798170 | 64.12.116.210 |
| 2009-01-17 08:17:24 | 565798170 | 64.12.116.144 |
| 2009-01-17 08:18:20 | 565798170 | 64.12.117.131 |
| 2009-01-17 08:18:52 | 565798170 | 64.12.116.9 |
| 2009-01-17 08:19:53 | 565798170 | 64.12.117.131 |
| 2009-01-17 08:20:10 | 565798170 | 64.12.117.11 |
| 2009-01-17 08:20:28 | 565798170 | 64.12.117.199 |
| 2009-01-17 08:22:27 | 565798170 | 64.12.116.195 |
| 2009-01-17 08:22:59 | 565798170 | 64.12.117.131 |
| 2009-01-17 10:47:26 | 565798170 | 205.188.116.11 |
| 2009-01-17 12:06:09 | 565798170 | 205.188.117.131 |
| 2009-01-17 12:06:42 | 565798170 | 205.188.117.74 |
| 2009-01-17 12:06:55 | 565798170 | 205.188.117.131 |

CONFIDENTIAL

```
2009-01-18 06:04:13 565798170      64.12.116.11
2009-01-18 06:04:46 565798170      64.12.116.202
2009-01-18 06:05:10 565798170      64.12.117.14
2009-01-18 06:05:13 565798170      64.12.116.7
2009-01-18 06:05:22 565798170      64.12.117.72
2009-01-18 06:05:51 565798170      64.12.117.68
2009-01-18 06:05:58 565798170      64.12.116.12
2009-01-18 06:06:25 565798170      64.12.117.72
2009-01-18 06:06:50 565798170      64.12.117.78
2009-01-18 06:07:41 565798170      64.12.116.16
2009-01-18 06:07:45 565798170      64.12.117.140
2009-01-18 06:08:04 565798170      64.12.117.14
2009-01-18 06:08:08 565798170      64.12.116.142
2009-01-18 06:08:18 565798170      64.12.117.72
2009-01-18 06:08:26 565798170      64.12.117.70
2009-01-18 06:09:18 565798170      64.12.116.70
2009-01-18 06:09:25 565798170      64.12.116.65
2009-01-18 06:09:42 565798170      64.12.116.70
2009-01-18 06:10:06 565798170      64.12.116.11
2009-01-18 06:10:54 565798170      64.12.116.16
2009-01-18 06:10:59 565798170      64.12.117.137
2009-01-18 06:11:24 565798170      64.12.116.210
2009-01-18 06:11:54 565798170      162.83.243.231
2009-01-18 06:11:54 565798170      64.12.117.72
2009-01-18 06:12:14 565798170      64.12.116.137
2009-01-18 06:12:45 565798170      64.12.117.72
2009-01-18 06:13:01 565798170      64.12.116.77
2009-01-18 06:13:23 565798170      64.12.117.14
2009-01-18 06:13:31 565798170      64.12.117.72
2009-01-18 06:13:51 565798170      64.12.117.16
2009-01-18 06:13:59 565798170      64.12.117.135
2009-01-18 06:14:08 565798170      64.12.117.137
2009-01-18 06:19:02 565798170      64.12.117.204
2009-01-18 07:23:16 565798170      64.12.116.19
2009-01-18 07:23:19 565798170      64.12.117.194
2009-01-18 07:24:00 565798170      64.12.116.19
2009-01-18 07:24:02 565798170      64.12.117.204
2009-01-18 07:24:25 565798170      64.12.116.201
2009-01-18 07:24:30 565798170      64.12.117.204
2009-01-18 07:24:40 565798170      64.12.116.65
2009-01-18 07:24:43 565798170      64.12.116.78
2009-01-18 07:24:56 565798170      64.12.117.137
2009-01-18 07:25:21 565798170      64.12.117.13
2009-01-18 07:27:27 565798170      64.12.117.72
2009-01-18 07:27:41 565798170      64.12.116.137
2009-01-18 07:29:12 565798170      64.12.117.70
2009-01-18 07:29:53 565798170      64.12.116.210
2009-01-18 07:30:14 565798170      64.12.117.199
2009-01-18 07:32:33 565798170      64.12.117.72
```

CONFIDENTIAL

```
2009-01-18 08:19:00 565798170      205.188.117.137
2009-01-18 08:19:10 565798170      205.188.117.129
2009-01-18 09:13:06 565798170      205.188.116.75
2009-01-18 09:13:16 565798170      205.188.116.16
2009-01-18 09:13:29 565798170      205.188.117.72
2009-01-18 09:13:37 565798170      205.188.117.78
2009-01-18 09:18:04 565798170      205.188.117.72
2009-01-18 09:30:26 565798170      205.188.116.133
2009-01-18 09:30:30 565798170      205.188.117.14
2009-01-18 09:30:39 565798170      205.188.117.13
2009-01-18 09:30:43 565798170      205.188.116.73
2009-01-18 09:30:57 565798170      205.188.117.72
2009-01-18 09:31:03 565798170      205.188.116.133
2009-01-18 09:31:07 565798170      205.188.117.14
2009-01-18 09:31:39 565798170      205.188.117.205
2009-01-18 09:34:39 565798170      205.188.117.72
2009-01-18 10:27:19 565798170      205.188.116.73
2009-01-18 10:27:24 565798170      205.188.116.70
2009-01-18 10:27:44 565798170      205.188.116.70
2009-01-18 10:27:49 565798170      205.188.117.204
2009-01-18 10:27:54 565798170      205.188.116.67
2009-01-18 10:28:01 565798170      205.188.117.10
2009-01-18 10:28:31 565798170      205.188.117.73
2009-01-18 10:29:35 565798170      205.188.117.132
2009-01-18 10:30:37 565798170      205.188.117.142
2009-01-18 10:30:44 565798170      205.188.116.70
2009-01-18 10:31:01 565798170      205.188.116.70
2009-01-18 10:31:17 565798170      205.188.117.67
2009-01-18 10:31:28 565798170      205.188.116.71
2009-01-18 10:31:54 565798170      205.188.116.70
2009-01-18 10:32:00 565798170      205.188.117.204
2009-01-18 10:32:12 565798170      205.188.116.143
2009-01-18 10:32:16 565798170      205.188.117.203
2009-01-18 10:33:50 565798170      205.188.117.137
2009-01-18 10:34:07 565798170      205.188.117.134
2009-01-18 10:35:42 565798170      205.188.117.69
2009-01-18 10:36:27 565798170      205.188.116.133
2009-01-18 10:36:34 565798170      205.188.116.195
2009-01-18 10:36:43 565798170      205.188.116.67
2009-01-18 10:36:48 565798170      205.188.116.8
2009-01-18 10:36:55 565798170      205.188.116.9
2009-01-18 10:37:18 565798170      205.188.117.72
2009-01-18 10:37:45 565798170      205.188.116.137
2009-01-18 10:38:29 565798170      205.188.117.72
2009-01-18 10:39:25 565798170      205.188.116.137
2009-01-18 10:43:10 565798170      205.188.117.134
2009-01-18 10:47:08 565798170      205.188.117.137
2009-01-18 10:47:20 565798170      162.83.243.231
2009-01-18 10:47:20 565798170      205.188.116.137
```

CONFIDENTIAL

```
2009-01-18 10:48:15 565798170     205.188.117.69
2009-01-18 10:48:46 565798170     205.188.116.70
2009-01-18 10:49:14 565798170     205.188.116.70
2009-01-18 10:51:43 565798170     205.188.116.202
2009-01-18 10:52:07 565798170     205.188.117.72
2009-01-18 10:56:31 565798170     205.188.117.72
2009-01-18 11:08:58 565798170     205.188.117.72
2009-01-18 11:12:14 565798170     205.188.117.72
2009-01-18 11:17:48 565798170     205.188.116.134
2009-01-18 11:18:11 565798170     205.188.116.70
2009-01-18 11:20:21 565798170     205.188.117.129
2009-01-18 11:21:35 565798170     205.188.116.66
2009-01-18 11:22:13 565798170     205.188.116.70
2009-01-18 11:23:58 565798170     205.188.117.70
2009-01-18 11:24:02 565798170     205.188.116.203
2009-01-18 11:24:12 565798170     205.188.117.72
2009-01-18 11:24:31 565798170     205.188.116.137
2009-01-18 11:25:54 565798170     205.188.116.79
2009-01-18 11:28:08 565798170     205.188.117.137
2009-01-18 11:28:31 565798170     205.188.116.137
2009-01-18 11:30:57 565798170     205.188.116.70
2009-01-18 11:31:17 565798170     205.188.116.70
2009-01-18 11:31:57 565798170     205.188.117.204
2009-01-18 11:32:09 565798170     205.188.116.69
2009-01-18 11:32:16 565798170     205.188.116.141
2009-01-18 11:35:38 565798170     205.188.116.66
2009-01-18 11:36:40 565798170     205.188.117.72
2009-01-18 11:37:36 565798170     205.188.117.72
2009-01-18 11:43:43 565798170     205.188.117.194
2009-01-18 11:43:56 565798170     205.188.117.137
2009-01-18 11:46:15 565798170     205.188.117.72
2009-01-18 11:50:51 565798170     205.188.116.70
2009-01-18 11:51:01 565798170     205.188.116.80
2009-01-18 11:51:07 565798170     205.188.117.72
2009-01-19 06:44:03 565798170     64.12.117.12
2009-01-19 06:44:56 565798170     64.12.117.142
2009-01-19 06:45:30 565798170     64.12.117.76
2009-01-19 06:45:44 565798170     64.12.116.9
2009-01-19 06:46:16 565798170     64.12.116.140
2009-01-19 06:46:28 565798170     64.12.117.80
2009-01-19 06:46:42 565798170     64.12.117.16
2009-01-19 06:48:08 565798170     64.12.116.78
2009-01-19 06:48:15 565798170     64.12.116.199
2009-01-19 06:48:26 565798170     64.12.116.209
2009-01-19 06:48:31 565798170     64.12.117.137
2009-01-19 06:48:37 565798170     64.12.117.69
2009-01-19 06:48:55 565798170     64.12.116.65
2009-01-19 06:49:06 565798170     64.12.117.5
2009-01-19 06:49:10 565798170     64.12.116.80
```

CONFIDENTIAL

```
2009-01-19 06:49:15 565798170        64.12.117.5
2009-01-19 06:49:17 565798170        64.12.116.65
2009-01-19 06:49:19 565798170        64.12.116.204
2009-01-19 06:49:28 565798170        64.12.117.80
2009-01-19 06:49:46 565798170        64.12.117.18
2009-01-19 06:49:52 565798170        64.12.117.80
2009-01-19 06:52:20 565798170        64.12.116.8
2009-01-19 06:52:26 565798170        64.12.116.75
2009-01-19 06:52:32 565798170        64.12.116.135
2009-01-19 06:52:36 565798170        64.12.117.14
2009-01-19 06:54:18 565798170        64.12.117.132
2009-01-19 06:55:29 565798170        64.12.117.142
2009-01-19 06:56:06 565798170        64.12.117.199
2009-01-19 06:56:12 565798170        64.12.117.80
2009-01-19 06:56:17 565798170        64.12.116.145
2009-01-19 06:56:29 565798170        64.12.117.139
2009-01-19 06:56:59 565798170        64.12.117.80
2009-01-19 06:58:05 565798170        64.12.117.9
2009-01-19 06:58:10 565798170        64.12.117.80
2009-01-19 07:02:00 565798170        64.12.117.80
2009-01-19 07:02:23 565798170        64.12.117.80
2009-01-19 07:02:52 565798170        64.12.116.199
2009-01-19 07:03:14 565798170        64.12.117.80
2009-01-19 07:03:20 565798170        64.12.117.19
2009-01-19 07:07:19 565798170        64.12.117.80
2009-01-19 07:07:39 565798170        64.12.116.71
2009-01-19 07:08:08 565798170        64.12.117.80
2009-01-19 07:08:18 565798170        64.12.116.20
2009-01-19 07:09:32 565798170        64.12.117.80
2009-01-19 07:10:06 565798170        64.12.117.66
2009-01-19 07:11:05 565798170        64.12.116.73
2009-01-19 07:11:08 565798170        64.12.117.207
2009-01-19 07:11:34 565798170        64.12.116.73
2009-01-19 07:11:37 565798170        64.12.116.14
2009-01-19 07:11:40 565798170        64.12.116.73
2009-01-19 07:11:47 565798170        64.12.116.14
2009-01-19 07:11:52 565798170        64.12.117.80
2009-01-19 07:42:44 565798170        64.12.117.207
2009-01-19 07:43:02 565798170        64.12.116.78
2009-01-19 07:46:23 565798170        64.12.116.5
2009-01-19 07:46:31 565798170        64.12.117.14
2009-01-19 07:47:29 565798170        64.12.116.71
2009-01-19 07:48:05 565798170        64.12.117.143
2009-01-19 07:48:41 565798170        64.12.117.80
2009-01-19 07:49:06 565798170        64.12.116.75
2009-01-19 07:51:22 565798170        64.12.117.80
2009-01-19 07:51:40 565798170        64.12.116.7
2009-01-19 07:51:45 565798170        64.12.116.132
2009-01-19 07:51:52 565798170        162.84.155.213
```

CONFIDENTIAL

```
2009-01-19 07:51:52 565798170        64.12.116.68
2009-01-19 07:51:58 565798170        64.12.116.138
2009-01-19 07:56:55 565798170        64.12.117.80
2009-01-19 07:57:06 565798170        64.12.116.78
2009-01-19 07:58:11 565798170        64.12.117.80
2009-01-19 08:00:29 565798170        64.12.117.9
2009-01-19 08:43:10 565798170        205.188.116.7
2009-01-19 08:43:56 565798170        205.188.116.78
2009-01-19 08:44:11 565798170        205.188.116.19
2009-01-19 08:54:42 565798170        162.84.155.213
2009-01-19 08:54:42 565798170        205.188.117.80
2009-01-19 08:58:15 565798170        205.188.117.9
2009-01-19 08:59:57 565798170        205.188.117.80
2009-01-19 09:00:06 565798170        205.188.116.145
2009-01-19 09:09:34 565798170        205.188.117.80
2009-01-19 09:09:55 565798170        205.188.116.65
2009-01-19 09:11:13 565798170        205.188.117.80
2009-01-19 20:29:07 565798170        69.113.27.175
2009-01-19 20:29:42 565798170        69.113.27.175
2009-01-19 20:30:05 565798170        69.113.27.175
2009-01-19 20:30:10 565798170        69.113.27.175
2009-01-19 20:30:21 565798170        69.113.27.175
2009-01-19 20:30:23 565798170        69.113.27.175
2009-01-19 20:30:36 565798170        69.113.27.175
2009-01-19 20:30:40 565798170        69.113.27.175
2009-01-19 20:30:47 565798170        69.113.27.175
2009-01-19 20:31:01 565798170        69.113.27.175
2009-01-19 20:31:12 565798170        69.113.27.175
2009-01-19 20:31:17 565798170        69.113.27.175
2009-01-19 20:31:52 565798170        69.113.27.175
2009-01-19 20:32:16 565798170        69.113.27.175
2009-01-19 20:32:42 565798170        69.113.27.175
2009-01-19 20:32:49 565798170        69.113.27.175
2009-01-19 20:32:52 565798170        69.113.27.175
2009-01-19 20:33:43 565798170        69.113.27.175
2009-01-19 20:33:59 565798170        69.113.27.175
2009-01-19 20:35:27 565798170        69.113.27.175
2009-01-19 20:36:19 565798170        69.113.27.175
2009-01-19 20:36:44 565798170        69.113.27.175
2009-01-19 20:37:17 565798170        69.113.27.175
2009-01-19 20:38:02 565798170        69.113.27.175
2009-01-19 20:38:15 565798170        69.113.27.175
2009-01-19 20:38:17 565798170        69.113.27.175
2009-01-19 20:39:04 565798170        69.113.27.175
2009-01-19 20:39:07 565798170        69.113.27.175
2009-01-19 20:39:58 565798170        69.113.27.175
2009-01-19 20:40:10 565798170        69.113.27.175
2009-01-19 20:40:16 565798170        69.113.27.175
2009-01-19 20:40:26 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-01-19 20:40:51 565798170      69.113.27.175
2009-01-19 20:42:30 565798170      69.113.27.175
2009-01-20 09:10:42 565798170      68.195.232.10
2009-01-20 09:12:46 565798170      68.195.232.10
2009-01-20 09:13:28 565798170      68.195.232.10
2009-01-20 09:15:56 565798170      68.195.232.10
2009-01-20 09:16:24 565798170      68.195.232.10
2009-01-20 09:16:43 565798170      68.195.232.10
2009-01-20 11:20:53 565798170      68.195.232.10
2009-01-20 11:21:08 565798170      68.195.232.10
2009-01-20 11:22:58 565798170      68.195.232.10
2009-01-20 11:23:56 565798170      68.195.232.10
2009-01-20 11:26:21 565798170      68.195.232.10
2009-01-20 11:26:44 565798170      68.195.232.10
2009-01-20 11:26:49 565798170      68.195.232.10
2009-01-20 11:27:11 565798170      68.195.232.10
2009-01-20 11:27:13 565798170      68.195.232.10
2009-01-20 11:28:12 565798170      68.195.232.10
2009-01-20 11:28:33 565798170      68.195.232.10
2009-01-20 11:28:46 565798170      68.195.232.10
2009-01-20 11:30:03 565798170      68.195.232.10
2009-01-20 11:30:20 565798170      68.195.232.10
2009-01-20 11:30:23 565798170      68.195.232.10
2009-01-20 11:30:25 565798170      68.195.232.10
2009-01-20 11:30:29 565798170      68.195.232.10
2009-01-20 11:30:30 565798170      68.195.232.10
2009-01-20 11:30:33 565798170      68.195.232.10
2009-01-20 11:31:45 565798170      68.195.232.10
2009-01-20 11:31:52 565798170      68.195.232.10
2009-01-20 11:33:33 565798170      68.195.232.10
2009-01-20 11:33:57 565798170      68.195.232.10
2009-01-20 11:34:21 565798170      68.195.232.10
2009-01-20 11:40:21 565798170      68.195.232.10
2009-01-20 11:40:27 565798170      68.195.232.10
2009-01-20 11:40:33 565798170      68.195.232.10
2009-01-20 11:41:07 565798170      68.195.232.10
2009-01-20 11:41:34 565798170      68.195.232.10
2009-01-20 11:42:43 565798170      68.195.232.10
2009-01-20 14:49:34 565798170      68.195.232.10
2009-01-20 14:50:23 565798170      68.195.232.10
2009-01-20 14:51:31 565798170      68.195.232.10
2009-01-20 14:51:36 565798170      68.195.232.10
2009-01-20 14:51:59 565798170      68.195.232.10
2009-01-21 09:11:28 565798170      68.195.232.10
2009-01-21 09:12:06 565798170      68.195.232.10
2009-01-21 09:12:49 565798170      68.195.232.10
2009-01-21 10:46:16 565798170      68.195.232.10
2009-01-21 10:47:24 565798170      68.195.232.10
2009-01-21 10:50:38 565798170      68.195.232.10
```

CONFIDENTIAL

```
2009-01-21 10:50:43 565798170      68.195.232.10
2009-01-21 10:50:51 565798170      68.195.232.10
2009-01-21 10:50:54 565798170      68.195.232.10
2009-01-21 10:50:58 565798170      68.195.232.10
2009-01-21 10:51:26 565798170      68.195.232.10
2009-01-21 11:00:45 565798170      68.195.232.10
2009-01-21 11:01:00 565798170      68.195.232.10
2009-01-21 11:01:21 565798170      68.195.232.10
2009-01-21 11:03:21 565798170      68.195.232.10
2009-01-21 11:03:59 565798170      68.195.232.10
2009-01-21 11:04:42 565798170      68.195.232.10
2009-01-21 11:05:03 565798170      68.195.232.10
2009-01-21 11:05:09 565798170      68.195.232.10
2009-01-21 11:05:20 565798170      68.195.232.10
2009-01-21 11:06:43 565798170      68.195.232.10
2009-01-21 11:18:36 565798170      68.195.232.10
2009-01-21 11:18:47 565798170      68.195.232.10
2009-01-21 11:22:26 565798170      68.195.232.10
2009-01-21 11:26:01 565798170      68.195.232.10
2009-01-21 11:39:27 565798170      68.195.232.10
2009-01-21 11:39:54 565798170      68.195.232.10
2009-01-21 11:40:50 565798170      68.195.232.10
2009-01-21 11:40:55 565798170      68.195.232.10
2009-01-21 11:41:06 565798170      68.195.232.10
2009-01-21 11:41:17 565798170      68.195.232.10
2009-01-21 11:42:06 565798170      68.195.232.10
2009-01-21 11:42:23 565798170      68.195.232.10
2009-01-21 11:42:47 565798170      68.195.232.10
2009-01-21 11:42:50 565798170      68.195.232.10
2009-01-21 11:43:00 565798170      68.195.232.10
2009-01-21 11:43:13 565798170      68.195.232.10
2009-01-21 11:43:23 565798170      68.195.232.10
2009-01-21 11:43:28 565798170      68.195.232.10
2009-01-21 11:43:39 565798170      68.195.232.10
2009-01-21 11:43:44 565798170      68.195.232.10
2009-01-21 11:44:06 565798170      68.195.232.10
2009-01-21 11:44:15 565798170      68.195.232.10
2009-01-21 11:44:16 565798170      68.195.232.10
2009-01-21 11:44:18 565798170      68.195.232.10
2009-01-21 11:44:19 565798170      68.195.232.10
2009-01-21 11:44:23 565798170      68.195.232.10
2009-01-21 11:44:30 565798170      68.195.232.10
2009-01-21 11:44:42 565798170      68.195.232.10
2009-01-21 11:45:32 565798170      68.195.232.10
2009-01-21 13:31:43 565798170      68.195.232.10
2009-01-21 13:32:03 565798170      68.195.232.10
2009-01-21 13:32:22 565798170      68.195.232.10
2009-01-21 13:32:26 565798170      68.195.232.10
2009-01-21 13:32:37 565798170      68.195.232.10
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-01-21 13:33:54 | 565798170 | 68.195.232.10 |
| 2009-01-21 13:37:33 | 565798170 | 68.195.232.10 |
| 2009-01-21 19:44:32 | 565798170 | 69.113.27.175 |
| 2009-01-21 19:45:27 | 565798170 | 69.113.27.175 |
| 2009-01-21 19:46:53 | 565798170 | 69.113.27.175 |
| 2009-01-21 19:47:04 | 565798170 | 69.113.27.175 |
| 2009-01-21 19:57:25 | 565798170 | 69.113.27.175 |
| 2009-01-21 19:57:26 | 565798170 | 69.113.27.175 |
| 2009-01-22 10:28:42 | 565798170 | 205.188.116.11 |
| 2009-01-22 10:29:41 | 565798170 | 205.188.117.75 |
| 2009-01-22 10:30:05 | 565798170 | 205.188.116.5 |
| 2009-01-22 10:31:02 | 565798170 | 205.188.117.200 |
| 2009-01-22 10:31:38 | 565798170 | 205.188.116.5 |
| 2009-01-22 10:32:19 | 565798170 | 205.188.116.139 |
| 2009-01-22 10:32:41 | 565798170 | 205.188.116.67 |
| 2009-01-22 10:32:45 | 565798170 | 205.188.117.12 |
| 2009-01-22 10:32:48 | 565798170 | 205.188.116.131 |
| 2009-01-22 10:33:53 | 565798170 | 205.188.117.67 |
| 2009-01-22 10:34:08 | 565798170 | 205.188.116.207 |
| 2009-01-22 10:34:13 | 565798170 | 205.188.117.67 |
| 2009-01-22 10:34:16 | 565798170 | 205.188.116.207 |
| 2009-01-22 10:34:19 | 565798170 | 205.188.117.67 |
| 2009-01-22 10:36:26 | 565798170 | 205.188.116.5 |
| 2009-01-22 10:38:03 | 565798170 | 205.188.116.206 |
| 2009-01-22 10:38:22 | 565798170 | 205.188.116.133 |
| 2009-01-22 10:38:43 | 565798170 | 205.188.116.67 |
| 2009-01-22 10:39:17 | 565798170 | 205.188.117.20 |
| 2009-01-22 10:40:20 | 565798170 | 205.188.116.5 |
| 2009-01-22 10:42:00 | 565798170 | 205.188.117.16 |
| 2009-01-22 10:42:20 | 565798170 | 205.188.116.5 |
| 2009-01-22 10:49:54 | 565798170 | 205.188.117.197 |
| 2009-01-22 10:53:39 | 565798170 | 205.188.116.5 |
| 2009-01-22 12:04:25 | 565798170 | 205.188.116.5 |
| 2009-01-22 12:06:34 | 565798170 | 205.188.117.65 |
| 2009-01-22 12:07:40 | 565798170 | 205.188.117.137 |
| 2009-01-22 12:18:15 | 565798170 | 205.188.116.197 |
| 2009-01-22 12:18:31 | 565798170 | 205.188.116.5 |
| 2009-01-22 12:19:44 | 565798170 | 205.188.116.201 |
| 2009-01-22 12:27:25 | 565798170 | 205.188.116.5 |
| 2009-01-22 12:34:45 | 565798170 | 205.188.116.5 |
| 2009-01-22 14:21:26 | 565798170 | 205.188.116.11 |
| 2009-01-22 14:43:16 | 565798170 | 205.188.116.5 |
| 2009-01-22 14:44:28 | 565798170 | 205.188.116.5 |
| 2009-01-22 14:48:53 | 565798170 | 205.188.116.134 |
| 2009-01-22 14:49:02 | 565798170 | 205.188.116.133 |
| 2009-01-22 14:49:34 | 565798170 | 205.188.116.5 |
| 2009-01-23 09:23:27 | 565798170 | 64.12.116.11 |
| 2009-01-23 09:24:18 | 565798170 | 64.12.117.133 |
| 2009-01-23 09:25:30 | 565798170 | 64.12.117.72 |

```
2009-01-23 09:26:06 565798170      64.12.116.142
2009-01-23 09:26:16 565798170      64.12.117.72
2009-01-23 09:30:25 565798170      64.12.116.17
2009-01-23 09:30:59 565798170      64.12.117.72
2009-01-23 10:16:59 565798170      64.12.117.72
2009-01-23 10:22:56 565798170      64.12.116.13
2009-01-23 10:23:18 565798170      64.12.117.72
2009-01-23 10:23:27 565798170      64.12.116.72
2009-01-23 10:23:38 565798170      64.12.117.72
2009-01-23 10:23:45 565798170      64.12.116.65
2009-01-23 10:24:04 565798170      64.12.117.72
2009-01-23 10:28:13 565798170      64.12.117.131
2009-01-23 10:28:23 565798170      64.12.117.72
2009-01-23 10:28:35 565798170      64.12.117.204
2009-01-24 04:57:14 565798170      64.12.116.11
2009-01-24 04:59:40 565798170      64.12.117.204
2009-01-24 04:59:46 565798170      64.12.116.140
2009-01-24 05:02:29 565798170      64.12.116.73
2009-01-24 05:03:03 565798170      64.12.116.140
2009-01-24 05:03:42 565798170      64.12.116.135
2009-01-24 05:03:45 565798170      64.12.116.143
2009-01-24 05:03:51 565798170      64.12.116.135
2009-01-24 05:03:58 565798170      64.12.116.204
2009-01-24 05:04:02 565798170      64.12.117.203
2009-01-24 05:04:05 565798170      64.12.116.200
2009-01-24 05:04:16 565798170      64.12.116.11
2009-01-24 05:04:17 565798170      64.12.116.13
2009-01-24 05:04:21 565798170      64.12.117.12
2009-01-24 05:04:27 565798170      64.12.116.140
2009-01-24 05:04:53 565798170      64.12.116.136
2009-01-24 05:05:02 565798170      64.12.116.135
2009-01-24 05:06:03 565798170      64.12.117.75
2009-01-24 05:06:33 565798170      64.12.116.76
2009-01-24 05:06:52 565798170      64.12.116.75
2009-01-24 09:32:31 565798170      64.12.116.11
2009-01-24 09:32:40 565798170      64.12.116.69
2009-01-24 09:33:04 565798170      64.12.117.137
2009-01-24 09:33:18 565798170      64.12.117.136
2009-01-24 09:33:49 565798170      64.12.117.132
2009-01-24 09:41:57 565798170      162.84.144.240
2009-01-24 09:41:57 565798170      64.12.116.197
2009-01-24 09:43:43 565798170      64.12.117.137
2009-01-24 09:43:59 565798170      64.12.117.203
2009-01-24 09:45:17 565798170      64.12.117.132
2009-01-24 09:46:16 565798170      64.12.116.198
2009-01-24 09:46:29 565798170      64.12.116.15
2009-01-24 09:46:55 565798170      64.12.116.20
2009-01-24 09:47:04 565798170      162.84.144.240
2009-01-24 09:47:04 565798170      64.12.116.6
```

CONFIDENTIAL

```
2009-01-24 09:47:33 565798170    64.12.116.137
2009-01-24 09:47:38 565798170    64.12.117.195
2009-01-24 09:48:30 565798170    64.12.116.131
2009-01-24 09:48:51 565798170    64.12.116.202
2009-01-24 09:49:24 565798170    64.12.117.68
2009-01-24 09:49:37 565798170    64.12.116.202
2009-01-24 09:49:47 565798170    64.12.116.13
2009-01-24 09:50:04 565798170    64.12.116.143
2009-01-24 09:50:45 565798170    64.12.116.139
2009-01-24 09:50:54 565798170    64.12.116.10
2009-01-24 09:52:32 565798170    64.12.116.207
2009-01-24 09:57:43 565798170    64.12.116.73
2009-01-24 09:57:48 565798170    64.12.116.204
2009-01-24 09:58:02 565798170    64.12.117.79
2009-01-24 09:58:31 565798170    64.12.116.14
2009-01-24 09:58:36 565798170    64.12.116.72
2009-01-24 09:59:28 565798170    64.12.117.194
2009-01-24 09:59:41 565798170    64.12.117.14
2009-01-24 09:59:56 565798170    64.12.117.5
2009-01-24 10:00:05 565798170    64.12.117.199
2009-01-24 10:00:16 565798170    64.12.117.132
2009-01-24 10:00:25 565798170    64.12.116.71
2009-01-24 10:00:37 565798170    64.12.117.202
2009-01-24 10:00:53 565798170    64.12.116.9
2009-01-24 10:01:12 565798170    64.12.116.141
2009-01-24 10:01:22 565798170    64.12.116.141
2009-01-24 10:01:33 565798170    64.12.116.210
2009-01-24 10:01:42 565798170    64.12.117.76
2009-01-24 10:01:53 565798170    64.12.116.9
2009-01-24 10:02:00 565798170    64.12.117.132
2009-01-24 10:02:26 565798170    64.12.117.75
2009-01-24 10:05:01 565798170    64.12.117.132
2009-01-24 10:05:07 565798170    64.12.117.70
2009-01-24 10:05:24 565798170    64.12.117.132
2009-01-25 06:22:23 565798170    205.188.116.11
2009-01-25 06:22:45 565798170    205.188.117.203
2009-01-25 06:23:58 565798170    205.188.117.135
2009-01-25 06:24:43 565798170    205.188.117.143
2009-01-25 06:24:53 565798170    205.188.117.135
2009-01-25 06:25:05 565798170    205.188.116.139
2009-01-25 06:25:37 565798170    205.188.117.135
2009-01-25 06:25:52 565798170    205.188.116.133
2009-01-25 06:25:59 565798170    205.188.117.135
2009-01-25 06:26:14 565798170    205.188.116.130
2009-01-25 06:26:34 565798170    205.188.116.137
2009-01-25 06:26:51 565798170    205.188.116.12
2009-01-25 06:26:58 565798170    205.188.117.6
2009-01-25 06:28:33 565798170    205.188.116.5
2009-01-25 06:28:56 565798170    205.188.116.15
```

```
2009-01-25 06:29:05 565798170    205.188.116.67
2009-01-25 06:29:20 565798170    205.188.116.71
2009-01-25 06:30:24 565798170    205.188.117.135
2009-01-25 06:31:14 565798170    205.188.117.193
2009-01-25 08:10:44 565798170    205.188.117.12
2009-01-25 08:12:22 565798170    205.188.116.131
2009-01-25 08:13:10 565798170    205.188.117.9
2009-01-25 08:13:21 565798170    162.83.218.107
2009-01-25 08:13:21 565798170    205.188.116.67
2009-01-25 08:13:41 565798170    205.188.117.74
2009-01-25 08:13:55 565798170    205.188.116.140
2009-01-25 08:14:05 565798170    162.83.218.107
2009-01-25 08:14:05 565798170    205.188.117.140
2009-01-25 08:14:15 565798170    205.188.116.76
2009-01-25 08:14:23 565798170    205.188.116.6
2009-01-25 08:14:39 565798170    205.188.116.136
2009-01-25 08:25:31 565798170    205.188.117.135
2009-01-25 08:37:04 565798170    205.188.116.201
2009-01-25 08:55:21 565798170    205.188.117.135
2009-01-25 08:58:23 565798170    205.188.117.129
2009-01-25 09:00:47 565798170    205.188.116.5
2009-01-25 09:02:23 565798170    205.188.117.135
2009-01-25 09:08:05 565798170    205.188.117.135
2009-01-25 09:31:16 565798170    205.188.117.135
2009-01-25 09:31:41 565798170    205.188.117.135
2009-01-25 09:33:57 565798170    205.188.117.76
2009-01-25 09:34:13 565798170    205.188.117.140
2009-01-25 09:34:20 565798170    205.188.117.79
2009-01-25 09:34:36 565798170    205.188.117.140
2009-01-25 09:35:06 565798170    205.188.117.135
2009-01-25 09:40:26 565798170    205.188.117.135
2009-01-25 09:58:56 565798170    205.188.117.137
2009-01-26 06:39:05 565798170    64.12.116.11
2009-01-26 06:39:54 565798170    64.12.116.79
2009-01-26 06:40:20 565798170    64.12.116.136
2009-01-26 06:41:24 565798170    64.12.116.78
2009-01-26 06:42:03 565798170    162.84.211.128
2009-01-26 06:42:03 565798170    64.12.117.75
2009-01-26 06:42:27 565798170    64.12.117.80
2009-01-26 06:42:56 565798170    64.12.116.8
2009-01-26 06:43:09 565798170    64.12.117.17
2009-01-26 06:43:14 565798170    64.12.116.8
2009-01-26 06:43:19 565798170    64.12.117.203
2009-01-26 06:43:26 565798170    64.12.116.200
2009-01-26 06:43:32 565798170    64.12.117.141
2009-01-26 06:43:36 565798170    64.12.116.206
2009-01-26 06:43:56 565798170    64.12.117.80
2009-01-26 06:44:08 565798170    64.12.117.80
2009-01-26 06:52:20 565798170    64.12.117.12
```

CONFIDENTIAL

```
2009-01-26 06:53:16 565798170    64.12.117.133
2009-01-26 06:53:35 565798170    64.12.116.78
2009-01-26 08:27:25 565798170    64.12.117.80
2009-01-26 08:28:04 565798170    64.12.116.199
2009-01-26 08:28:15 565798170    64.12.116.78
2009-01-26 08:28:18 565798170    64.12.117.12
2009-01-26 08:28:53 565798170    64.12.117.70
2009-01-26 08:29:02 565798170    64.12.117.80
2009-01-26 08:45:53 565798170    64.12.117.66
2009-01-26 08:46:25 565798170    64.12.117.80
2009-01-26 09:07:29 565798170    64.12.116.68
2009-01-26 09:07:48 565798170    64.12.117.80
2009-01-26 09:11:07 565798170    64.12.116.141
2009-01-26 09:11:19 565798170    64.12.116.136
2009-01-26 09:11:38 565798170    64.12.117.142
2009-01-26 09:12:20 565798170    64.12.116.139
2009-01-26 09:12:53 565798170    64.12.117.6
2009-01-26 09:15:50 565798170    64.12.116.210
2009-01-26 09:16:12 565798170    64.12.117.204
2009-01-26 09:16:59 565798170    64.12.117.137
2009-01-26 09:36:36 565798170    64.12.117.80
2009-01-26 09:36:42 565798170    64.12.117.79
2009-01-26 09:37:17 565798170    64.12.117.80
2009-01-26 09:44:07 565798170    64.12.117.137
2009-01-26 10:19:04 565798170    64.12.117.80
2009-01-26 10:30:39 565798170    64.12.117.80
2009-01-26 10:30:59 565798170    64.12.117.6
2009-01-26 10:31:17 565798170    64.12.116.72
2009-01-26 10:31:37 565798170    64.12.116.198
2009-01-26 10:31:58 565798170    64.12.117.137
2009-01-26 10:50:27 565798170    64.12.117.80
2009-01-26 10:50:48 565798170    64.12.117.136
2009-01-26 10:50:58 565798170    64.12.117.80
2009-01-26 11:29:25 565798170    64.12.117.80
2009-01-26 11:45:05 565798170    64.12.117.80
2009-01-26 13:04:33 565798170    64.12.117.80
2009-01-26 13:04:52 565798170    64.12.117.195
2009-01-26 13:05:12 565798170    64.12.117.80
2009-01-26 13:05:29 565798170    64.12.116.18
2009-01-26 13:08:12 565798170    64.12.117.137
2009-01-26 13:08:36 565798170    64.12.116.145
2009-01-26 13:08:57 565798170    64.12.117.136
2009-01-26 13:09:16 565798170    64.12.116.79
2009-01-26 13:09:25 565798170    64.12.116.141
2009-01-26 13:09:29 565798170    64.12.116.79
2009-01-26 13:09:32 565798170    64.12.116.205
2009-01-26 13:09:38 565798170    64.12.116.79
2009-01-26 13:09:44 565798170    64.12.116.135
2009-01-26 13:09:48 565798170    64.12.116.79
```

CONFIDENTIAL

```
2009-01-26 13:09:50 565798170      64.12.116.143
2009-01-26 13:09:55 565798170      64.12.117.137
2009-01-26 13:09:56 565798170      64.12.116.137
2009-01-26 13:10:03 565798170      64.12.116.140
2009-01-26 13:10:11 565798170      64.12.116.141
2009-01-26 13:10:19 565798170      64.12.117.197
2009-01-26 13:10:24 565798170      64.12.116.141
2009-01-26 13:10:27 565798170      64.12.117.198
2009-01-26 13:10:38 565798170      64.12.116.141
2009-01-26 13:10:41 565798170      64.12.116.142
2009-01-26 13:10:49 565798170      64.12.117.16
2009-01-26 13:10:54 565798170      64.12.116.142
2009-01-26 13:10:57 565798170      64.12.117.72
2009-01-26 13:11:00 565798170      64.12.116.137
2009-01-26 13:11:01 565798170      64.12.116.200
2009-01-26 13:11:03 565798170      64.12.117.200
2009-01-26 13:11:09 565798170      64.12.116.142
2009-01-26 13:11:12 565798170      64.12.117.80
2009-01-26 13:19:49 565798170      64.12.117.80
2009-01-26 13:38:06 565798170      64.12.117.17
2009-01-26 13:38:59 565798170      64.12.116.198
2009-01-26 13:40:13 565798170      64.12.117.137
2009-01-26 13:51:35 565798170      64.12.117.80
2009-01-26 13:52:52 565798170      64.12.116.141
2009-01-26 13:52:55 565798170      64.12.116.133
2009-01-26 13:55:38 565798170      64.12.117.75
2009-01-26 13:55:43 565798170      64.12.116.71
2009-01-26 13:55:54 565798170      64.12.117.80
2009-01-26 13:56:04 565798170      64.12.116.141
2009-01-26 13:56:07 565798170      64.12.116.133
2009-01-26 13:58:03 565798170      64.12.117.80
2009-01-26 13:58:40 565798170      64.12.117.137
2009-01-26 13:59:04 565798170      64.12.117.66
2009-01-26 13:59:14 565798170      64.12.117.133
2009-01-26 13:59:47 565798170      64.12.117.80
2009-01-26 14:13:27 565798170      64.12.117.80
2009-01-26 14:13:40 565798170      64.12.116.209
2009-01-26 14:14:09 565798170      64.12.116.69
2009-01-26 14:15:03 565798170      64.12.116.78
2009-01-26 14:15:56 565798170      64.12.116.74
2009-01-26 14:16:09 565798170      64.12.117.130
2009-01-26 14:21:06 565798170      64.12.117.80
2009-01-26 14:21:37 565798170      64.12.116.145
2009-01-26 14:39:27 565798170      64.12.117.80
2009-01-26 20:32:15 565798170      69.113.27.175
2009-01-26 20:33:07 565798170      69.113.27.175
2009-01-26 20:33:57 565798170      69.113.27.175
2009-01-26 20:34:17 565798170      69.113.27.175
2009-01-26 20:34:21 565798170      69.113.27.175
```

CONFIDENTIAL

```
2009-01-26 20:35:16 565798170        69.113.27.175
2009-01-26 20:35:18 565798170        69.113.27.175
2009-01-27 08:26:55 565798170        69.113.27.175
2009-01-27 08:27:08 565798170        69.113.27.175
2009-01-27 08:27:49 565798170        69.113.27.175
2009-01-27 08:29:00 565798170        69.113.27.175
2009-01-27 08:29:07 565798170        69.113.27.175
2009-01-27 08:29:28 565798170        69.113.27.175
2009-01-27 11:17:38 565798170        68.195.232.10
2009-01-27 11:18:10 565798170        68.195.232.10
2009-01-27 11:18:46 565798170        68.195.232.10
2009-01-27 11:19:19 565798170        68.195.232.10
2009-01-27 11:19:26 565798170        68.195.232.10
2009-01-27 21:02:56 565798170        69.113.27.175
2009-01-27 21:04:04 565798170        69.113.27.175
2009-01-27 21:04:14 565798170        69.113.27.175
2009-01-27 21:04:33 565798170        69.113.27.175
2009-01-27 21:04:51 565798170        69.113.27.175
2009-01-27 21:05:04 565798170        69.113.27.175
2009-01-27 21:05:06 565798170        69.113.27.175
2009-01-27 21:05:15 565798170        69.113.27.175
2009-01-27 21:05:16 565798170        69.113.27.175
2009-01-27 21:05:24 565798170        69.113.27.175
2009-01-27 21:05:45 565798170        69.113.27.175
2009-01-27 21:05:57 565798170        69.113.27.175
2009-01-27 21:06:42 565798170        69.113.27.175
2009-01-27 21:06:49 565798170        69.113.27.175
2009-01-27 21:07:04 565798170        69.113.27.175
2009-01-27 21:07:10 565798170        69.113.27.175
2009-01-27 21:07:29 565798170        69.113.27.175
2009-01-27 21:07:32 565798170        69.113.27.175
2009-01-27 21:07:37 565798170        69.113.27.175
2009-01-27 21:07:44 565798170        69.113.27.175
2009-01-27 21:07:51 565798170        69.113.27.175
2009-01-27 21:07:54 565798170        69.113.27.175
2009-01-27 21:07:56 565798170        69.113.27.175
2009-01-27 21:08:18 565798170        69.113.27.175
2009-01-28 06:22:53 565798170        69.113.27.175
2009-01-28 06:23:19 565798170        69.113.27.175
2009-01-28 06:45:53 565798170        69.113.27.175
2009-01-28 06:46:10 565798170        69.113.27.175
2009-01-28 06:50:28 565798170        69.113.27.175
2009-01-28 06:50:49 565798170        69.113.27.175
2009-01-28 06:50:53 565798170        69.113.27.175
2009-01-28 06:51:03 565798170        69.113.27.175
2009-01-28 06:51:19 565798170        69.113.27.175
2009-01-28 06:51:28 565798170        69.113.27.175
2009-01-28 06:51:53 565798170        69.113.27.175
2009-01-28 06:52:12 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-01-28 06:52:15 565798170        69.113.27.175
2009-01-28 06:53:54 565798170        69.113.27.175
2009-01-28 06:57:02 565798170        69.113.27.175
2009-01-28 07:00:29 565798170        69.113.27.175
2009-01-28 07:00:43 565798170        69.113.27.175
2009-01-28 07:00:50 565798170        69.113.27.175
2009-01-28 07:01:00 565798170        69.113.27.175
2009-01-28 07:01:11 565798170        69.113.27.175
2009-01-28 07:01:19 565798170        69.113.27.175
2009-01-28 07:01:31 565798170        69.113.27.175
2009-01-28 07:01:47 565798170        69.113.27.175
2009-01-28 07:01:48 565798170        69.113.27.175
2009-01-28 07:01:49 565798170        69.113.27.175
2009-01-28 07:01:49 565798170        69.113.27.175
2009-01-28 07:01:57 565798170        69.113.27.175
2009-01-28 07:01:58 565798170        69.113.27.175
2009-01-28 07:02:17 565798170        69.113.27.175
2009-01-28 07:02:17 565798170        69.113.27.175
2009-01-28 07:06:48 565798170        69.113.27.175
2009-01-28 07:06:49 565798170        69.113.27.175
2009-01-28 07:06:58 565798170        69.113.27.175
2009-01-28 07:07:19 565798170        69.113.27.175
2009-01-28 07:11:00 565798170        69.113.27.175
2009-01-28 07:13:42 565798170        69.113.27.175
2009-01-28 08:04:22 565798170        68.195.232.10
2009-01-28 08:04:42 565798170        68.195.232.10
2009-01-28 08:05:39 565798170        68.195.232.10
2009-01-28 08:05:55 565798170        68.195.232.10
2009-01-28 08:06:19 565798170        68.195.232.10
2009-01-28 08:10:53 565798170        68.195.232.10
2009-01-28 08:10:57 565798170        68.195.232.10
2009-01-28 08:10:59 565798170        68.195.232.10
2009-01-28 08:11:05 565798170        68.195.232.10
2009-01-28 08:11:30 565798170        68.195.232.10
2009-01-28 08:11:45 565798170        68.195.232.10
2009-01-28 08:13:54 565798170        68.195.232.10
2009-01-28 08:13:56 565798170        68.195.232.10
2009-01-28 08:14:04 565798170        68.195.232.10
2009-01-28 08:16:49 565798170        68.195.232.10
2009-01-28 08:19:22 565798170        68.195.232.10
2009-01-28 08:24:32 565798170        68.195.232.10
2009-01-28 08:50:38 565798170        68.195.232.10
2009-01-28 08:50:58 565798170        68.195.232.10
2009-01-28 08:51:17 565798170        68.195.232.10
2009-01-28 08:56:52 565798170        68.195.232.10
2009-01-28 09:01:42 565798170        68.195.232.10
2009-01-28 09:05:10 565798170        68.195.232.10
2009-01-28 09:06:53 565798170        68.195.232.10
2009-01-28 09:07:01 565798170        68.195.232.10
```

CONFIDENTIAL

```
2009-01-28 09:07:42 565798170        68.195.232.10
2009-01-28 09:07:51 565798170        68.195.232.10
2009-01-28 09:07:58 565798170        68.195.232.10
2009-01-28 09:08:09 565798170        68.195.232.10
2009-01-28 09:08:30 565798170        68.195.232.10
2009-01-28 09:08:40 565798170        68.195.232.10
2009-01-28 09:08:59 565798170        68.195.232.10
2009-01-28 09:14:31 565798170        68.195.232.10
2009-01-28 09:14:37 565798170        68.195.232.10
2009-01-28 09:14:53 565798170        68.195.232.10
2009-01-28 10:55:50 565798170        68.195.232.10
2009-01-28 10:56:15 565798170        68.195.232.10
2009-01-28 10:56:36 565798170        68.195.232.10
2009-01-28 10:56:57 565798170        68.195.232.10
2009-01-28 10:57:04 565798170        68.195.232.10
2009-01-28 10:57:28 565798170        68.195.232.10
2009-01-28 10:57:42 565798170        68.195.232.10
2009-01-28 10:57:49 565798170        68.195.232.10
2009-01-28 10:58:24 565798170        68.195.232.10
2009-01-28 11:04:54 565798170        68.195.232.10
2009-01-28 11:05:18 565798170        68.195.232.10
2009-01-28 11:05:41 565798170        68.195.232.10
2009-01-28 11:06:51 565798170        68.195.232.10
2009-01-28 11:06:57 565798170        68.195.232.10
2009-01-28 11:07:00 565798170        68.195.232.10
2009-01-28 11:07:03 565798170        68.195.232.10
2009-01-28 11:16:56 565798170        68.195.232.10
2009-01-28 11:17:30 565798170        68.195.232.10
2009-01-28 11:24:08 565798170        68.195.232.10
2009-01-28 11:31:27 565798170        68.195.232.10
2009-01-28 11:39:25 565798170        68.195.232.10
2009-01-28 17:28:54 565798170        69.113.27.175
2009-01-28 17:29:07 565798170        69.113.27.175
2009-01-28 17:29:18 565798170        69.113.27.175
2009-01-28 17:29:53 565798170        69.113.27.175
2009-01-28 17:30:12 565798170        69.113.27.175
2009-01-28 17:30:24 565798170        69.113.27.175
2009-01-28 17:30:35 565798170        69.113.27.175
2009-01-28 17:30:54 565798170        69.113.27.175
2009-01-28 18:53:07 565798170        69.113.27.175
2009-01-28 18:53:44 565798170        69.113.27.175
2009-01-28 18:54:48 565798170        69.113.27.175
2009-01-28 18:56:27 565798170        69.113.27.175
2009-01-28 18:56:44 565798170        69.113.27.175
2009-01-28 18:56:51 565798170        69.113.27.175
2009-01-28 18:58:13 565798170        69.113.27.175
2009-01-28 18:59:28 565798170        69.113.27.175
2009-01-28 19:00:00 565798170        69.113.27.175
2009-01-28 19:00:53 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-01-28 19:01:20 565798170        69.113.27.175
2009-01-28 19:01:28 565798170        69.113.27.175
2009-01-28 19:02:26 565798170        69.113.27.175
2009-01-28 19:04:12 565798170        69.113.27.175
2009-01-28 19:06:33 565798170        69.113.27.175
2009-01-28 19:15:17 565798170        69.113.27.175
2009-01-28 19:15:53 565798170        69.113.27.175
2009-01-28 19:16:23 565798170        69.113.27.175
2009-01-28 19:16:45 565798170        69.113.27.175
2009-01-28 19:17:34 565798170        69.113.27.175
2009-01-28 19:19:15 565798170        69.113.27.175
2009-01-28 19:19:20 565798170        69.113.27.175
2009-01-28 19:19:29 565798170        69.113.27.175
2009-01-28 19:19:34 565798170        69.113.27.175
2009-01-29 09:41:33 565798170        162.83.247.235
2009-01-29 09:43:42 565798170        162.83.247.235
2009-01-29 09:44:18 565798170        162.83.247.235
2009-01-29 09:45:10 565798170        162.83.247.235
2009-01-29 09:45:15 565798170        162.83.247.235
2009-01-29 09:49:31 565798170        162.83.247.235
2009-01-29 09:49:48 565798170        162.83.247.235
2009-01-29 09:57:21 565798170        162.83.247.235
2009-01-29 09:58:34 565798170        162.83.247.235
2009-01-29 09:59:18 565798170        162.83.247.235
2009-01-29 10:00:12 565798170        162.83.247.235
2009-01-29 10:01:18 565798170        162.83.247.235
2009-01-29 10:01:55 565798170        162.83.247.235
2009-01-29 10:02:20 565798170        162.83.247.235
2009-01-29 10:02:36 565798170        162.83.247.235
2009-01-29 10:02:56 565798170        162.83.247.235
2009-01-29 10:03:14 565798170        162.83.247.235
2009-01-29 11:21:06 565798170        162.83.247.235
2009-01-29 11:28:21 565798170        162.83.247.235
2009-01-29 11:28:43 565798170        162.83.247.235
2009-01-29 11:30:32 565798170        162.83.247.235
2009-01-29 11:47:19 565798170        162.83.247.235
2009-01-29 11:47:41 565798170        162.83.247.235
2009-01-29 11:49:56 565798170        162.83.247.235
2009-01-29 11:50:11 565798170        162.83.247.235
2009-01-29 11:50:21 565798170        162.83.247.235
2009-01-29 11:50:29 565798170        162.83.247.235
2009-01-29 11:53:42 565798170        162.83.247.235
2009-01-29 11:54:15 565798170        162.83.247.235
2009-01-29 11:54:38 565798170        162.83.247.235
2009-01-29 11:54:51 565798170        162.83.247.235
2009-01-29 11:55:01 565798170        162.83.247.235
2009-01-29 12:08:44 565798170        162.83.247.235
2009-01-29 12:09:05 565798170        162.83.247.235
2009-01-29 16:31:55 565798170        69.113.27.175
```

```
2009-01-29 16:32:03 565798170        69.113.27.175
2009-01-29 16:32:11 565798170        69.113.27.175
2009-01-29 16:32:42 565798170        69.113.27.175
2009-01-29 16:32:50 565798170        69.113.27.175
2009-01-29 16:33:19 565798170        69.113.27.175
2009-01-29 16:33:46 565798170        69.113.27.175
2009-01-29 20:05:13 565798170        69.113.27.175
2009-01-30 05:45:20 565798170        205.188.117.133
2009-01-30 05:50:07 565798170        205.188.117.11
2009-01-30 05:50:44 565798170        205.188.116.79
2009-01-30 05:52:44 565798170        205.188.116.11
2009-01-30 05:53:02 565798170        205.188.117.133
2009-01-30 05:53:54 565798170        205.188.116.70
2009-01-30 05:54:42 565798170        205.188.116.142
2009-01-30 05:54:49 565798170        205.188.117.80
2009-01-30 05:54:55 565798170        205.188.117.207
2009-01-30 05:55:08 565798170        205.188.116.67
2009-01-30 05:55:09 565798170        205.188.116.67
2009-01-30 05:56:06 565798170        205.188.117.207
2009-01-30 05:56:10 565798170        205.188.116.67
2009-01-30 05:56:11 565798170        205.188.116.67
2009-01-30 05:56:22 565798170        205.188.116.75
2009-01-30 05:56:26 565798170        205.188.117.129
2009-01-30 05:56:46 565798170        205.188.116.76
2009-01-30 05:57:27 565798170        205.188.116.77
2009-01-30 05:58:00 565798170        205.188.117.20
2009-01-30 06:03:55 565798170        205.188.117.11
2009-01-30 06:05:03 565798170        205.188.117.207
2009-01-30 06:05:07 565798170        205.188.116.12
2009-01-30 06:05:16 565798170        205.188.117.201
2009-01-30 06:05:19 565798170        205.188.117.67
2009-01-30 06:09:03 565798170        205.188.117.207
2009-01-30 06:09:24 565798170        205.188.116.130
2009-01-30 06:09:32 565798170        205.188.117.12
2009-01-30 06:09:37 565798170        205.188.116.6
2009-01-30 06:09:49 565798170        205.188.117.207
2009-01-30 06:09:59 565798170        205.188.116.67
2009-01-30 06:10:04 565798170        205.188.117.207
2009-01-30 06:10:07 565798170        205.188.116.139
2009-01-30 06:10:10 565798170        205.188.117.12
2009-01-30 06:10:20 565798170        205.188.117.202
2009-01-30 06:10:23 565798170        205.188.117.203
2009-01-30 06:10:38 565798170        205.188.116.15
2009-01-30 06:10:42 565798170        205.188.116.130
2009-01-30 06:10:43 565798170        205.188.116.16
2009-01-30 06:10:46 565798170        205.188.117.129
2009-01-30 06:10:47 565798170        205.188.116.20
2009-01-30 06:11:14 565798170        205.188.116.139
2009-01-30 06:11:26 565798170        205.188.117.7
```

CONFIDENTIAL

```
2009-01-30 06:11:34 565798170        205.188.117.17
2009-01-30 06:12:09 565798170        205.188.117.20
2009-01-30 06:33:21 565798170        205.188.116.210
2009-01-30 06:34:00 565798170        205.188.117.20
2009-01-30 06:34:17 565798170        205.188.117.9
2009-01-30 06:34:54 565798170        205.188.117.20
2009-01-30 07:43:48 565798170        205.188.117.135
2009-01-30 07:43:55 565798170        205.188.116.20
2009-01-30 07:43:56 565798170        205.188.117.129
2009-01-30 07:44:05 565798170        205.188.117.6
2009-01-30 07:54:51 565798170        205.188.116.66
2009-01-30 07:55:46 565798170        205.188.117.20
2009-01-30 07:58:04 565798170        205.188.117.20
2009-01-30 07:58:16 565798170        205.188.117.79
2009-01-30 07:58:50 565798170        205.188.117.20
2009-01-30 08:09:53 565798170        205.188.117.20
2009-01-30 08:19:36 565798170        205.188.117.20
2009-01-30 08:22:51 565798170        205.188.117.79
2009-01-30 08:25:17 565798170        205.188.117.20
2009-01-30 08:39:21 565798170        205.188.117.129
2009-01-30 09:32:07 565798170        205.188.117.20
2009-01-30 09:57:18 565798170        205.188.117.79
2009-01-30 14:10:07 565798170        205.188.116.11
2009-01-30 14:10:22 565798170        205.188.116.10
2009-01-30 14:10:32 565798170        205.188.116.5
2009-01-31 06:42:27 565798170        71.247.75.197
2009-01-31 06:42:52 565798170        71.247.75.197
2009-01-31 06:43:09 565798170        71.247.75.197
2009-01-31 07:07:32 565798170        71.247.75.197
2009-01-31 07:07:56 565798170        71.247.75.197
2009-01-31 07:09:19 565798170        71.247.75.197
2009-01-31 07:09:39 565798170        71.247.75.197
2009-01-31 07:10:31 565798170        71.247.75.197
2009-01-31 07:10:36 565798170        71.247.75.197
2009-01-31 07:11:39 565798170        71.247.75.197
2009-01-31 07:11:42 565798170        71.247.75.197
2009-01-31 07:13:26 565798170        71.247.75.197
2009-01-31 10:04:31 565798170        71.247.75.197
2009-01-31 10:04:48 565798170        71.247.75.197
2009-01-31 10:05:30 565798170        71.247.75.197
2009-01-31 10:17:08 565798170        71.247.75.197
2009-01-31 10:19:11 565798170        71.247.75.197
2009-01-31 10:20:53 565798170        71.247.75.197
2009-01-31 11:06:59 565798170        71.247.75.197
2009-01-31 12:16:39 565798170        205.188.116.11
2009-01-31 12:17:03 565798170        205.188.116.202
2009-01-31 12:17:40 565798170        205.188.117.129
2009-01-31 12:17:44 565798170        205.188.117.208
2009-01-31 12:19:02 565798170        205.188.117.129
```

CONFIDENTIAL

```
2009-02-01 14:33:26 565798170        69.113.27.175
2009-02-01 14:33:56 565798170        69.113.27.175
2009-02-01 14:34:00 565798170        69.113.27.175
2009-02-01 14:34:07 565798170        69.113.27.175
2009-02-01 14:34:21 565798170        69.113.27.175
2009-02-01 14:34:35 565798170        69.113.27.175
2009-02-01 14:34:38 565798170        69.113.27.175
2009-02-01 14:34:41 565798170        69.113.27.175
2009-02-01 14:34:43 565798170        69.113.27.175
2009-02-01 14:34:47 565798170        69.113.27.175
2009-02-01 14:34:49 565798170        69.113.27.175
2009-02-01 14:34:52 565798170        69.113.27.175
2009-02-01 14:34:52 565798170        69.113.27.175
2009-02-01 14:34:55 565798170        69.113.27.175
2009-02-01 14:34:56 565798170        69.113.27.175
2009-02-01 14:35:04 565798170        69.113.27.175
2009-02-01 14:35:09 565798170        69.113.27.175
2009-02-01 14:35:25 565798170        69.113.27.175
2009-02-01 14:35:31 565798170        69.113.27.175
2009-02-01 14:35:43 565798170        69.113.27.175
2009-02-02 11:01:52 565798170        205.188.116.11
2009-02-02 11:03:07 565798170        205.188.117.204
2009-02-02 11:04:02 565798170        205.188.117.132
2009-02-02 11:04:09 565798170        205.188.116.20
2009-02-02 11:05:24 565798170        205.188.117.132
2009-02-02 11:05:44 565798170        205.188.116.5
2009-02-02 11:11:41 565798170        205.188.117.19
2009-02-02 11:11:49 565798170        205.188.117.132
2009-02-02 11:13:45 565798170        205.188.117.15
2009-02-02 11:14:06 565798170        205.188.116.199
2009-02-02 11:15:37 565798170        205.188.117.133
2009-02-02 11:15:42 565798170        205.188.116.11
2009-02-02 11:15:43 565798170        205.188.117.142
2009-02-02 11:20:08 565798170        205.188.117.132
2009-02-02 11:20:32 565798170        205.188.117.72
2009-02-02 11:22:55 565798170        205.188.117.132
2009-02-02 11:40:33 565798170        205.188.117.132
2009-02-02 11:41:18 565798170        205.188.117.202
2009-02-02 11:43:07 565798170        205.188.117.132
2009-02-02 11:43:17 565798170        205.188.116.11
2009-02-02 11:44:12 565798170        205.188.117.132
2009-02-02 11:44:20 565798170        205.188.116.20
2009-02-02 11:44:38 565798170        205.188.117.137
2009-02-02 11:44:46 565798170        205.188.116.5
2009-02-02 11:46:09 565798170        205.188.117.19
2009-02-02 11:46:12 565798170        205.188.116.143
2009-02-02 11:46:17 565798170        205.188.116.79
2009-02-02 11:46:20 565798170        205.188.117.132
2009-02-02 11:46:34 565798170        205.188.117.208
```

CONFIDENTIAL

```
2009-02-02 11:46:36 565798170      205.188.116.74
2009-02-02 11:48:35 565798170      205.188.117.132
2009-02-02 11:48:49 565798170      205.188.116.11
2009-02-02 11:49:16 565798170      205.188.117.132
2009-02-02 11:49:24 565798170      205.188.117.207
2009-02-02 11:49:24 565798170      71.247.61.122
2009-02-02 11:49:33 565798170      205.188.116.5
2009-02-02 11:49:43 565798170      205.188.117.135
2009-02-02 11:49:54 565798170      205.188.117.137
2009-02-02 11:50:00 565798170      205.188.117.207
2009-02-02 11:50:12 565798170      205.188.117.144
2009-02-02 11:50:21 565798170      205.188.117.137
2009-02-02 11:50:29 565798170      205.188.117.207
2009-02-02 11:50:37 565798170      205.188.116.144
2009-02-02 11:50:45 565798170      205.188.117.208
2009-02-02 11:51:14 565798170      205.188.117.137
2009-02-02 11:51:29 565798170      205.188.117.207
2009-02-02 11:52:40 565798170      205.188.117.137
2009-02-02 11:52:42 565798170      205.188.117.12
2009-02-02 11:54:55 565798170      205.188.116.13
2009-02-02 11:55:02 565798170      205.188.116.80
2009-02-02 11:55:05 565798170      205.188.116.136
2009-02-02 11:55:11 565798170      205.188.116.198
2009-02-02 11:55:50 565798170      205.188.116.18
2009-02-02 11:56:11 565798170      205.188.116.76
2009-02-02 11:56:34 565798170      205.188.116.18
2009-02-02 11:59:43 565798170      205.188.116.16
2009-02-02 12:02:11 565798170      205.188.117.132
2009-02-02 12:02:35 565798170      205.188.117.135
2009-02-02 12:18:32 565798170      205.188.116.79
2009-02-02 12:18:36 565798170      205.188.116.134
2009-02-02 12:18:55 565798170      205.188.117.18
2009-02-02 12:19:07 565798170      205.188.116.143
2009-02-02 12:20:14 565798170      205.188.116.133
2009-02-02 12:20:18 565798170      205.188.117.5
2009-02-02 12:20:21 565798170      205.188.117.132
2009-02-02 12:34:01 565798170      64.12.116.71
2009-02-02 12:34:20 565798170      64.12.116.205
2009-02-02 13:06:40 565798170      64.12.117.133
2009-02-02 13:09:14 565798170      64.12.117.80
2009-02-02 13:09:33 565798170      64.12.117.205
2009-02-02 13:09:38 565798170      64.12.116.196
2009-02-02 13:09:39 565798170      71.247.61.122
2009-02-02 13:09:57 565798170      64.12.117.133
2009-02-02 13:14:15 565798170      64.12.117.202
2009-02-02 20:29:50 565798170      69.113.27.175
2009-02-02 20:30:15 565798170      69.113.27.175
2009-02-02 20:30:22 565798170      69.113.27.175
2009-02-02 20:30:41 565798170      69.113.27.175
```

```
2009-02-02 20:30:48 565798170          69.113.27.175
2009-02-02 20:31:35 565798170          69.113.27.175
2009-02-02 20:32:32 565798170          69.113.27.175
2009-02-02 20:32:50 565798170          69.113.27.175
2009-02-02 20:33:36 565798170          69.113.27.175
2009-02-02 20:35:08 565798170          69.113.27.175
2009-02-02 20:35:45 565798170          69.113.27.175
2009-02-02 20:35:53 565798170          69.113.27.175
2009-02-02 20:35:56 565798170          69.113.27.175
2009-02-02 20:38:19 565798170          69.113.27.175
2009-02-02 20:39:22 565798170          69.113.27.175
2009-02-02 20:39:24 565798170          69.113.27.175
2009-02-02 20:39:30 565798170          69.113.27.175
2009-02-02 20:39:36 565798170          69.113.27.175
2009-02-02 20:39:51 565798170          69.113.27.175
2009-02-02 20:40:14 565798170          69.113.27.175
2009-02-02 20:40:22 565798170          69.113.27.175
2009-02-02 20:44:54 565798170          69.113.27.175
2009-02-02 20:45:08 565798170          69.113.27.175
2009-02-02 20:45:30 565798170          69.113.27.175
2009-02-02 20:45:33 565798170          69.113.27.175
2009-02-02 20:45:51 565798170          69.113.27.175
2009-02-02 20:46:07 565798170          69.113.27.175
2009-02-02 20:46:12 565798170          69.113.27.175
2009-02-02 20:46:14 565798170          69.113.27.175
2009-02-02 20:46:55 565798170          69.113.27.175
2009-02-02 20:47:02 565798170          69.113.27.175
2009-02-02 20:47:08 565798170          69.113.27.175
2009-02-02 20:47:14 565798170          69.113.27.175
2009-02-02 20:47:33 565798170          69.113.27.175
2009-02-02 20:51:46 565798170          69.113.27.175
2009-02-02 20:52:38 565798170          69.113.27.175
2009-02-02 20:52:45 565798170          69.113.27.175
2009-02-02 20:58:34 565798170          69.113.27.175
2009-02-02 21:00:34 565798170          69.113.27.175
2009-02-02 21:01:10 565798170          69.113.27.175
2009-02-02 21:01:58 565798170          69.113.27.175
2009-02-02 21:07:41 565798170          69.113.27.175
2009-02-02 21:09:10 565798170          69.113.27.175
2009-02-02 21:11:55 565798170          69.113.27.175
2009-02-02 21:12:14 565798170          69.113.27.175
2009-02-02 21:12:39 565798170          69.113.27.175
2009-02-02 21:13:23 565798170          69.113.27.175
2009-02-02 21:13:31 565798170          69.113.27.175
2009-02-02 21:14:17 565798170          69.113.27.175
2009-02-02 21:14:22 565798170          69.113.27.175
2009-02-02 21:14:29 565798170          69.113.27.175
2009-02-02 21:14:30 565798170          69.113.27.175
2009-02-02 21:18:25 565798170          69.113.27.175
```

CONFIDENTIAL

FB 0234

```
2009-02-02 21:19:31 565798170      69.113.27.175
2009-02-02 21:19:35 565798170      69.113.27.175
2009-02-02 21:20:49 565798170      69.113.27.175
2009-02-02 21:22:45 565798170      69.113.27.175
2009-02-02 21:25:39 565798170      69.113.27.175
2009-02-02 21:36:38 565798170      69.113.27.175
2009-02-02 21:36:58 565798170      69.113.27.175
2009-02-02 21:37:02 565798170      69.113.27.175
2009-02-02 21:37:31 565798170      69.113.27.175
2009-02-02 21:37:35 565798170      69.113.27.175
2009-02-02 22:00:08 565798170      69.113.27.175
2009-02-02 22:00:23 565798170      69.113.27.175
2009-02-02 22:02:41 565798170      69.113.27.175
2009-02-02 22:05:15 565798170      69.113.27.175
2009-02-02 22:06:01 565798170      69.113.27.175
2009-02-02 22:07:02 565798170      69.113.27.175
2009-02-02 22:07:03 565798170      69.113.27.175
2009-02-02 22:07:12 565798170      69.113.27.175
2009-02-02 22:08:19 565798170      69.113.27.175
2009-02-02 22:08:26 565798170      69.113.27.175
2009-02-02 22:11:19 565798170      69.113.27.175
2009-02-02 22:25:23 565798170      69.113.27.175
2009-02-02 22:28:38 565798170      69.113.27.175
2009-02-02 22:29:04 565798170      69.113.27.175
2009-02-02 22:29:12 565798170      69.113.27.175
2009-02-02 22:32:49 565798170      69.113.27.175
2009-02-02 22:41:19 565798170      69.113.27.175
2009-02-02 22:44:02 565798170      69.113.27.175
2009-02-02 22:45:12 565798170      69.113.27.175
2009-02-02 22:45:28 565798170      69.113.27.175
2009-02-02 22:54:35 565798170      69.113.27.175
2009-02-02 22:54:41 565798170      69.113.27.175
2009-02-02 22:55:46 565798170      69.113.27.175
2009-02-03 09:18:33 565798170      68.195.232.10
2009-02-03 09:19:09 565798170      68.195.232.10
2009-02-03 09:19:13 565798170      68.195.232.10
2009-02-03 09:20:05 565798170      68.195.232.10
2009-02-03 09:26:43 565798170      68.195.232.10
2009-02-03 09:27:02 565798170      68.195.232.10
2009-02-03 09:27:10 565798170      68.195.232.10
2009-02-03 09:34:30 565798170      68.195.232.10
2009-02-03 11:04:38 565798170      68.195.232.10
2009-02-03 11:05:03 565798170      68.195.232.10
2009-02-03 11:05:13 565798170      68.195.232.10
2009-02-03 11:05:46 565798170      68.195.232.10
2009-02-03 11:06:12 565798170      68.195.232.10
2009-02-03 11:06:58 565798170      68.195.232.10
2009-02-03 11:07:37 565798170      68.195.232.10
2009-02-03 11:21:00 565798170      68.195.232.10
```

CONFIDENTIAL

```
2009-02-03 11:21:25 565798170        68.195.232.10
2009-02-03 11:21:29 565798170        68.195.232.10
2009-02-03 11:21:39 565798170        68.195.232.10
2009-02-03 11:21:45 565798170        68.195.232.10
2009-02-03 11:21:48 565798170        68.195.232.10
2009-02-03 11:21:57 565798170        68.195.232.10
2009-02-03 11:39:16 565798170        68.195.232.10
2009-02-03 11:39:20 565798170        68.195.232.10
2009-02-03 11:39:56 565798170        68.195.232.10
2009-02-03 11:40:01 565798170        68.195.232.10
2009-02-03 11:40:25 565798170        68.195.232.10
2009-02-03 11:41:10 565798170        68.195.232.10
2009-02-03 11:41:24 565798170        68.195.232.10
2009-02-03 11:42:06 565798170        68.195.232.10
2009-02-03 11:42:15 565798170        68.195.232.10
2009-02-03 11:42:27 565798170        68.195.232.10
2009-02-03 11:43:02 565798170        68.195.232.10
2009-02-03 11:43:11 565798170        68.195.232.10
2009-02-03 11:44:09 565798170        68.195.232.10
2009-02-03 11:44:17 565798170        68.195.232.10
2009-02-03 11:44:20 565798170        68.195.232.10
2009-02-03 11:44:47 565798170        68.195.232.10
2009-02-03 11:45:17 565798170        68.195.232.10
2009-02-03 11:45:38 565798170        68.195.232.10
2009-02-03 11:45:48 565798170        68.195.232.10
2009-02-03 11:48:31 565798170        68.195.232.10
2009-02-03 11:49:00 565798170        68.195.232.10
2009-02-03 11:49:17 565798170        68.195.232.10
2009-02-03 11:49:27 565798170        68.195.232.10
2009-02-03 11:49:41 565798170        68.195.232.10
2009-02-03 11:50:05 565798170        68.195.232.10
2009-02-03 11:50:10 565798170        68.195.232.10
2009-02-03 11:50:12 565798170        68.195.232.10
2009-02-03 11:50:33 565798170        68.195.232.10
2009-02-03 11:50:37 565798170        68.195.232.10
2009-02-03 11:50:51 565798170        68.195.232.10
2009-02-03 11:54:03 565798170        68.195.232.10
2009-02-03 11:54:11 565798170        68.195.232.10
2009-02-03 11:54:20 565798170        68.195.232.10
2009-02-04 07:44:00 565798170        69.113.27.175
2009-02-04 07:44:18 565798170        69.113.27.175
2009-02-04 07:44:46 565798170        69.113.27.175
2009-02-04 07:45:16 565798170        69.113.27.175
2009-02-04 07:45:20 565798170        69.113.27.175
2009-02-04 07:46:20 565798170        69.113.27.175
2009-02-04 07:49:41 565798170        69.113.27.175
2009-02-04 07:50:02 565798170        69.113.27.175
2009-02-04 07:50:15 565798170        69.113.27.175
2009-02-04 07:50:23 565798170        69.113.27.175
```

```
2009-02-04 07:50:27 565798170          69.113.27.175
2009-02-04 07:50:32 565798170          69.113.27.175
2009-02-04 07:50:37 565798170          69.113.27.175
2009-02-04 07:50:46 565798170          69.113.27.175
2009-02-04 07:50:58 565798170          69.113.27.175
2009-02-04 07:52:54 565798170          69.113.27.175
2009-02-04 07:53:18 565798170          69.113.27.175
2009-02-04 07:53:26 565798170          69.113.27.175
2009-02-04 07:53:29 565798170          69.113.27.175
2009-02-04 07:53:37 565798170          69.113.27.175
2009-02-04 07:53:47 565798170          69.113.27.175
2009-02-04 07:54:04 565798170          69.113.27.175
2009-02-04 08:12:06 565798170          69.113.27.175
2009-02-04 08:12:14 565798170          69.113.27.175
2009-02-04 08:12:19 565798170          69.113.27.175
2009-02-04 08:13:38 565798170          69.113.27.175
2009-02-04 08:14:29 565798170          69.113.27.175
2009-02-04 08:16:42 565798170          69.113.27.175
2009-02-04 08:17:37 565798170          69.113.27.175
2009-02-04 08:17:53 565798170          69.113.27.175
2009-02-04 08:20:10 565798170          69.113.27.175
2009-02-04 08:20:40 565798170          69.113.27.175
2009-02-04 08:21:00 565798170          69.113.27.175
2009-02-04 10:41:29 565798170          69.113.27.175
2009-02-04 10:42:13 565798170          69.113.27.175
2009-02-04 10:43:13 565798170          69.113.27.175
2009-02-05 06:53:54 565798170          205.188.116.136
2009-02-05 06:54:24 565798170          205.188.117.80
2009-02-05 06:55:41 565798170          205.188.117.68
2009-02-05 06:56:12 565798170          205.188.116.136
2009-02-05 06:56:18 565798170          205.188.116.15
2009-02-05 06:56:43 565798170          205.188.117.8
2009-02-05 06:56:50 565798170          205.188.116.202
2009-02-05 06:56:56 565798170          205.188.116.20
2009-02-05 06:57:02 565798170          205.188.116.17
2009-02-05 06:57:15 565798170          205.188.116.8
2009-02-05 06:57:36 565798170          205.188.116.13
2009-02-05 06:57:43 565798170          205.188.116.136
2009-02-05 06:57:44 565798170          205.188.116.11
2009-02-05 06:57:48 565798170          205.188.116.18
2009-02-05 06:57:55 565798170          205.188.116.8
2009-02-05 06:57:58 565798170          205.188.116.19
2009-02-05 06:58:07 565798170          205.188.116.10
2009-02-05 06:58:19 565798170          205.188.116.196
2009-02-05 06:58:22 565798170          205.188.116.17
2009-02-05 07:01:16 565798170          205.188.117.8
2009-02-05 07:01:22 565798170          205.188.116.77
2009-02-05 07:01:31 565798170          205.188.116.10
2009-02-05 07:01:52 565798170          205.188.116.135
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-02-05 07:04:17 | 565798170 | 205.188.116.10 |
| 2009-02-05 07:04:29 | 565798170 | 205.188.117.80 |
| 2009-02-05 07:04:46 | 565798170 | 205.188.117.8 |
| 2009-02-05 07:05:04 | 565798170 | 205.188.117.16 |
| 2009-02-05 07:05:17 | 565798170 | 205.188.117.15 |
| 2009-02-05 07:05:22 | 565798170 | 205.188.117.19 |
| 2009-02-05 07:06:31 | 565798170 | 205.188.116.10 |
| 2009-02-05 07:06:46 | 565798170 | 205.188.116.200 |
| 2009-02-05 07:14:56 | 565798170 | 205.188.116.136 |
| 2009-02-05 07:15:00 | 565798170 | 162.84.210.46 |
| 2009-02-05 07:15:00 | 565798170 | 205.188.116.132 |
| 2009-02-05 07:17:29 | 565798170 | 205.188.116.136 |
| 2009-02-05 07:17:33 | 565798170 | 205.188.116.15 |
| 2009-02-05 07:17:44 | 565798170 | 205.188.116.208 |
| 2009-02-05 07:17:50 | 565798170 | 205.188.116.13 |
| 2009-02-05 07:25:24 | 565798170 | 205.188.116.142 |
| 2009-02-05 07:25:36 | 565798170 | 205.188.117.72 |
| 2009-02-05 07:29:14 | 565798170 | 205.188.116.208 |
| 2009-02-05 07:31:15 | 565798170 | 205.188.117.69 |
| 2009-02-05 07:31:28 | 565798170 | 205.188.116.203 |
| 2009-02-05 07:32:03 | 565798170 | 205.188.116.10 |
| 2009-02-05 08:03:29 | 565798170 | 205.188.116.10 |
| 2009-02-05 08:17:52 | 565798170 | 205.188.116.10 |
| 2009-02-05 08:21:29 | 565798170 | 205.188.117.7 |
| 2009-02-05 08:22:28 | 565798170 | 205.188.117.80 |
| 2009-02-05 08:22:34 | 565798170 | 205.188.116.206 |
| 2009-02-05 08:22:43 | 565798170 | 205.188.116.13 |
| 2009-02-05 08:24:04 | 565798170 | 205.188.116.73 |
| 2009-02-05 08:25:08 | 565798170 | 205.188.116.200 |
| 2009-02-05 08:25:39 | 565798170 | 205.188.116.10 |
| 2009-02-05 09:12:49 | 565798170 | 64.12.116.5 |
| 2009-02-05 09:13:21 | 565798170 | 64.12.116.197 |
| 2009-02-05 09:13:39 | 565798170 | 64.12.117.68 |
| 2009-02-05 09:54:16 | 565798170 | 64.12.116.10 |
| 2009-02-05 09:56:37 | 565798170 | 64.12.116.200 |
| 2009-02-05 09:57:23 | 565798170 | 64.12.116.10 |
| 2009-02-05 09:57:46 | 565798170 | 64.12.117.14 |
| 2009-02-05 09:57:59 | 565798170 | 64.12.116.65 |
| 2009-02-05 09:58:03 | 565798170 | 64.12.116.7 |
| 2009-02-05 09:58:42 | 565798170 | 64.12.116.142 |
| 2009-02-05 10:20:09 | 565798170 | 64.12.116.5 |
| 2009-02-05 10:39:40 | 565798170 | 64.12.116.10 |
| 2009-02-05 10:40:23 | 565798170 | 64.12.117.66 |
| 2009-02-05 10:40:55 | 565798170 | 64.12.116.10 |
| 2009-02-05 10:41:07 | 565798170 | 64.12.116.206 |
| 2009-02-05 10:41:13 | 565798170 | 64.12.116.10 |
| 2009-02-05 12:00:08 | 565798170 | 64.12.116.209 |
| 2009-02-05 12:00:15 | 565798170 | 64.12.116.196 |
| 2009-02-05 12:01:28 | 565798170 | 64.12.116.10 |

| | | |
|---|---|---|
| 2009-02-05 12:04:21 | 565798170 | 64.12.117.15 |
| 2009-02-05 12:04:34 | 565798170 | 64.12.116.66 |
| 2009-02-05 12:07:54 | 565798170 | 64.12.116.136 |
| 2009-02-05 12:08:00 | 565798170 | 64.12.116.20 |
| 2009-02-05 12:13:19 | 565798170 | 64.12.116.10 |
| 2009-02-05 12:14:20 | 565798170 | 64.12.116.10 |
| 2009-02-05 12:17:47 | 565798170 | 64.12.116.10 |
| 2009-02-05 12:28:28 | 565798170 | 64.12.116.10 |
| 2009-02-05 12:28:42 | 565798170 | 64.12.116.77 |
| 2009-02-05 12:28:59 | 565798170 | 64.12.116.10 |
| 2009-02-05 12:32:07 | 565798170 | 64.12.116.10 |
| 2009-02-05 12:47:39 | 565798170 | 64.12.116.5 |
| 2009-02-05 13:55:03 | 565798170 | 64.12.117.12 |
| 2009-02-05 14:24:59 | 565798170 | 205.188.116.136 |
| 2009-02-05 14:25:06 | 565798170 | 205.188.116.197 |
| 2009-02-05 14:25:35 | 565798170 | 205.188.117.18 |
| 2009-02-05 14:25:50 | 565798170 | 205.188.116.6 |
| 2009-02-05 14:26:14 | 565798170 | 205.188.117.76 |
| 2009-02-05 14:26:21 | 565798170 | 205.188.116.10 |
| 2009-02-05 14:26:47 | 565798170 | 205.188.116.10 |
| 2009-02-05 14:28:31 | 565798170 | 205.188.116.10 |
| 2009-02-05 19:03:28 | 565798170 | 69.113.27.175 |
| 2009-02-05 19:03:47 | 565798170 | 69.113.27.175 |
| 2009-02-05 19:04:22 | 565798170 | 69.113.27.175 |
| 2009-02-05 21:21:31 | 565798170 | 69.113.27.175 |
| 2009-02-05 21:22:26 | 565798170 | 69.113.27.175 |
| 2009-02-05 21:22:46 | 565798170 | 69.113.27.175 |
| 2009-02-06 06:16:38 | 565798170 | 205.188.116.209 |
| 2009-02-06 06:17:10 | 565798170 | 205.188.116.140 |
| 2009-02-06 06:17:39 | 565798170 | 205.188.116.140 |
| 2009-02-06 08:12:08 | 565798170 | 205.188.116.136 |
| 2009-02-06 08:13:13 | 565798170 | 205.188.117.20 |
| 2009-02-06 08:13:19 | 565798170 | 205.188.116.17 |
| 2009-02-06 08:13:29 | 565798170 | 205.188.116.13 |
| 2009-02-06 08:13:34 | 565798170 | 205.188.117.20 |
| 2009-02-06 08:13:50 | 565798170 | 205.188.117.76 |
| 2009-02-06 08:13:53 | 565798170 | 205.188.117.20 |
| 2009-02-06 08:13:57 | 565798170 | 205.188.116.5 |
| 2009-02-06 08:14:17 | 565798170 | 162.84.177.175 |
| 2009-02-06 08:14:17 | 565798170 | 205.188.116.13 |
| 2009-02-06 08:22:26 | 565798170 | 205.188.116.209 |
| 2009-02-06 08:25:54 | 565798170 | 205.188.116.136 |
| 2009-02-06 08:26:56 | 565798170 | 205.188.117.70 |
| 2009-02-06 08:53:38 | 565798170 | 205.188.117.70 |
| 2009-02-06 08:57:26 | 565798170 | 205.188.117.70 |
| 2009-02-06 09:12:09 | 565798170 | 205.188.117.8 |
| 2009-02-06 09:58:25 | 565798170 | 205.188.117.70 |
| 2009-02-06 09:58:51 | 565798170 | 205.188.117.79 |
| 2009-02-06 10:00:05 | 565798170 | 162.84.177.175 |

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-02-06 | 10:00:05 565798170 | 205.188.117.70 |
| 2009-02-06 | 10:00:29 565798170 | 205.188.116.135 |
| 2009-02-06 | 10:00:34 565798170 | 205.188.117.70 |
| 2009-02-06 | 10:29:56 565798170 | 205.188.117.70 |
| 2009-02-06 | 11:27:03 565798170 | 205.188.117.69 |
| 2009-02-06 | 11:27:18 565798170 | 205.188.116.203 |
| 2009-02-07 | 05:40:51 565798170 | 205.188.116.136 |
| 2009-02-07 | 05:41:38 565798170 | 205.188.116.138 |
| 2009-02-07 | 05:42:09 565798170 | 205.188.117.73 |
| 2009-02-07 | 05:42:15 565798170 | 205.188.116.8 |
| 2009-02-07 | 05:42:35 565798170 | 205.188.116.201 |
| 2009-02-07 | 05:42:40 565798170 | 205.188.116.144 |
| 2009-02-07 | 05:42:44 565798170 | 205.188.116.69 |
| 2009-02-07 | 05:43:19 565798170 | 205.188.117.73 |
| 2009-02-07 | 11:29:00 565798170 | 64.12.116.136 |
| 2009-02-07 | 11:29:22 565798170 | 64.12.116.135 |
| 2009-02-07 | 11:29:41 565798170 | 64.12.117.73 |
| 2009-02-07 | 11:30:10 565798170 | 64.12.116.72 |
| 2009-02-07 | 11:30:42 565798170 | 64.12.117.73 |
| 2009-02-07 | 11:34:39 565798170 | 64.12.116.207 |
| 2009-02-07 | 11:34:49 565798170 | 64.12.116.203 |
| 2009-02-07 | 11:34:54 565798170 | 64.12.117.18 |
| 2009-02-07 | 11:35:53 565798170 | 64.12.116.130 |
| 2009-02-07 | 11:36:00 565798170 | 64.12.116.13 |
| 2009-02-07 | 11:36:09 565798170 | 64.12.116.19 |
| 2009-02-07 | 11:36:14 565798170 | 64.12.117.77 |
| 2009-02-07 | 11:36:41 565798170 | 64.12.117.14 |
| 2009-02-07 | 11:36:48 565798170 | 64.12.117.77 |
| 2009-02-07 | 11:36:51 565798170 | 64.12.117.15 |
| 2009-02-07 | 11:36:53 565798170 | 64.12.116.136 |
| 2009-02-07 | 11:36:54 565798170 | 64.12.117.73 |
| 2009-02-07 | 11:37:05 565798170 | 64.12.116.130 |
| 2009-02-07 | 11:37:09 565798170 | 64.12.117.10 |
| 2009-02-07 | 11:37:16 565798170 | 64.12.117.71 |
| 2009-02-07 | 11:37:18 565798170 | 64.12.117.72 |
| 2009-02-07 | 11:37:27 565798170 | 64.12.117.73 |
| 2009-02-07 | 11:38:25 565798170 | 64.12.116.207 |
| 2009-02-07 | 11:38:36 565798170 | 64.12.116.72 |
| 2009-02-07 | 11:38:46 565798170 | 64.12.116.138 |
| 2009-02-07 | 11:38:53 565798170 | 162.83.157.6 |
| 2009-02-07 | 11:38:53 565798170 | 64.12.116.207 |
| 2009-02-07 | 11:39:01 565798170 | 64.12.116.5 |
| 2009-02-07 | 11:39:11 565798170 | 64.12.116.197 |
| 2009-02-07 | 11:40:08 565798170 | 162.83.157.6 |
| 2009-02-07 | 11:40:08 565798170 | 64.12.116.19 |
| 2009-02-07 | 11:40:48 565798170 | 64.12.117.73 |
| 2009-02-07 | 16:40:07 565798170 | 69.113.27.175 |
| 2009-02-07 | 16:40:44 565798170 | 69.113.27.175 |
| 2009-02-07 | 16:40:49 565798170 | 69.113.27.175 |

```
2009-02-07 16:41:08 565798170        69.113.27.175
2009-02-07 16:41:12 565798170        69.113.27.175
2009-02-07 20:08:50 565798170        69.113.27.175
2009-02-07 20:10:35 565798170        69.113.27.175
2009-02-07 20:12:02 565798170        69.113.27.175
2009-02-07 20:14:09 565798170        69.113.27.175
2009-02-07 20:16:30 565798170        69.113.27.175
2009-02-07 20:16:42 565798170        69.113.27.175
2009-02-07 20:17:06 565798170        69.113.27.175
2009-02-07 20:17:08 565798170        69.113.27.175
2009-02-07 20:17:23 565798170        69.113.27.175
2009-02-07 20:17:25 565798170        69.113.27.175
2009-02-07 20:17:28 565798170        69.113.27.175
2009-02-07 20:24:14 565798170        69.113.27.175
2009-02-07 20:24:37 565798170        69.113.27.175
2009-02-07 20:25:52 565798170        69.113.27.175
2009-02-07 20:26:17 565798170        69.113.27.175
2009-02-07 20:26:30 565798170        69.113.27.175
2009-02-07 20:31:21 565798170        69.113.27.175
2009-02-07 20:33:16 565798170        69.113.27.175
2009-02-07 20:34:19 565798170        69.113.27.175
2009-02-07 20:36:01 565798170        69.113.27.175
2009-02-07 20:36:05 565798170        69.113.27.175
2009-02-08 07:01:45 565798170        205.188.116.136
2009-02-08 07:01:54 565798170        205.188.117.65
2009-02-08 07:02:10 565798170        205.188.117.76
2009-02-08 07:02:12 565798170        205.188.116.8
2009-02-08 07:02:18 565798170        205.188.117.67
2009-02-08 07:02:21 565798170        205.188.116.13
2009-02-08 07:02:33 565798170        205.188.117.65
2009-02-08 07:02:35 565798170        205.188.117.76
2009-02-08 07:02:37 565798170        205.188.116.70
2009-02-08 07:02:41 565798170        205.188.117.67
2009-02-08 07:02:42 565798170        205.188.117.67
2009-02-08 07:03:02 565798170        205.188.116.13
2009-02-08 07:03:23 565798170        205.188.116.141
2009-02-08 07:03:52 565798170        205.188.117.76
2009-02-08 07:21:33 565798170        205.188.117.76
2009-02-08 10:35:38 565798170        205.188.116.209
2009-02-08 10:36:03 565798170        205.188.116.143
2009-02-08 10:36:45 565798170        205.188.116.77
2009-02-08 10:36:58 565798170        205.188.117.16
2009-02-08 10:37:43 565798170        205.188.117.76
2009-02-08 10:39:03 565798170        205.188.116.75
2009-02-08 10:39:48 565798170        205.188.117.76
2009-02-08 10:40:35 565798170        205.188.116.145
2009-02-08 10:41:02 565798170        205.188.117.76
2009-02-08 10:54:19 565798170        205.188.117.76
2009-02-08 10:54:51 565798170        205.188.116.208
```

CONFIDENTIAL

```
2009-02-08 10:54:52 565798170    205.188.116.5
2009-02-08 11:04:50 565798170    205.188.116.75
2009-02-08 11:05:03 565798170    205.188.117.18
2009-02-08 11:14:47 565798170    205.188.116.137
2009-02-08 11:14:51 565798170    205.188.116.72
2009-02-08 11:15:06 565798170    205.188.116.19
2009-02-08 11:15:09 565798170    205.188.117.75
2009-02-08 11:15:19 565798170    205.188.116.133
2009-02-08 11:15:25 565798170    205.188.117.13
2009-02-08 11:15:29 565798170    205.188.117.73
2009-02-08 11:16:16 565798170    205.188.116.72
2009-02-08 11:17:04 565798170    205.188.117.15
2009-02-08 11:17:53 565798170    205.188.117.76
2009-02-08 11:29:31 565798170    205.188.117.76
2009-02-08 11:29:43 565798170    205.188.116.207
2009-02-08 11:30:32 565798170    205.188.117.76
2009-02-08 11:36:11 565798170    205.188.117.67
2009-02-08 11:42:01 565798170    205.188.116.210
2009-02-08 11:54:20 565798170    205.188.117.7
2009-02-08 12:03:21 565798170    205.188.116.12
2009-02-08 12:03:32 565798170    205.188.116.210
2009-02-08 12:53:12 565798170    205.188.117.8
2009-02-08 12:53:14 565798170    205.188.116.136
2009-02-08 12:53:18 565798170    205.188.116.77
2009-02-08 12:53:27 565798170    205.188.117.16
2009-02-08 12:53:47 565798170    205.188.116.204
2009-02-08 13:03:36 565798170    205.188.117.76
2009-02-08 13:03:44 565798170    205.188.117.12
2009-02-08 13:05:46 565798170    205.188.117.76
2009-02-08 13:13:59 565798170    205.188.116.209
2009-02-08 13:14:03 565798170    205.188.116.77
2009-02-08 13:14:07 565798170    205.188.117.16
2009-02-09 07:53:32 565798170    64.12.116.136
2009-02-09 07:54:02 565798170    64.12.116.138
2009-02-09 07:54:19 565798170    64.12.116.130
2009-02-09 07:54:26 565798170    64.12.116.134
2009-02-09 07:54:41 565798170    64.12.116.130
2009-02-09 07:54:44 565798170    64.12.117.78
2009-02-09 07:55:31 565798170    64.12.116.6
2009-02-09 07:55:57 565798170    64.12.116.75
2009-02-09 07:57:27 565798170    64.12.116.130
2009-02-09 07:57:30 565798170    64.12.117.78
2009-02-09 08:03:30 565798170    64.12.116.133
2009-02-09 08:03:33 565798170    64.12.117.78
2009-02-09 08:03:39 565798170    64.12.116.6
2009-02-09 08:12:06 565798170    64.12.117.69
2009-02-09 08:12:14 565798170    64.12.116.6
2009-02-09 08:21:00 565798170    64.12.117.80
2009-02-09 08:21:54 565798170    64.12.117.6
```

CONFIDENTIAL

```
2009-02-09 08:26:12 565798170        64.12.117.80
2009-02-09 08:26:36 565798170        64.12.117.8
2009-02-09 08:29:46 565798170        64.12.116.140
2009-02-09 08:29:52 565798170        64.12.116.5
2009-02-09 08:29:58 565798170        64.12.116.202
2009-02-09 08:30:46 565798170        64.12.117.80
2009-02-09 08:44:47 565798170        64.12.117.80
2009-02-09 08:44:59 565798170        64.12.116.202
2009-02-09 08:45:12 565798170        64.12.116.207
2009-02-09 11:17:56 565798170        64.12.117.80
2009-02-09 11:19:51 565798170        64.12.116.145
2009-02-09 11:20:18 565798170        64.12.117.80
2009-02-09 11:20:37 565798170        64.12.117.69
2009-02-10 14:00:26 565798170        68.195.232.10
2009-02-10 14:00:50 565798170        68.195.232.10
2009-02-10 14:01:09 565798170        68.195.232.10
2009-02-10 14:01:36 565798170        68.195.232.10
2009-02-10 14:01:46 565798170        68.195.232.10
2009-02-10 14:01:49 565798170        68.195.232.10
2009-02-10 14:02:02 565798170        68.195.232.10
2009-02-10 14:02:10 565798170        68.195.232.10
2009-02-10 14:02:14 565798170        68.195.232.10
2009-02-10 14:02:31 565798170        68.195.232.10
2009-02-10 14:02:35 565798170        68.195.232.10
2009-02-10 14:02:39 565798170        68.195.232.10
2009-02-10 14:02:43 565798170        68.195.232.10
2009-02-10 14:02:48 565798170        68.195.232.10
2009-02-10 14:02:53 565798170        68.195.232.10
2009-02-10 14:02:57 565798170        68.195.232.10
2009-02-10 14:03:01 565798170        68.195.232.10
2009-02-10 14:03:07 565798170        68.195.232.10
2009-02-10 14:03:13 565798170        68.195.232.10
2009-02-10 14:03:26 565798170        68.195.232.10
2009-02-10 14:03:29 565798170        68.195.232.10
2009-02-10 14:03:33 565798170        68.195.232.10
2009-02-10 14:03:36 565798170        68.195.232.10
2009-02-10 14:03:49 565798170        68.195.232.10
2009-02-10 14:03:52 565798170        68.195.232.10
2009-02-10 14:03:57 565798170        68.195.232.10
2009-02-10 14:04:00 565798170        68.195.232.10
2009-02-10 14:04:23 565798170        68.195.232.10
2009-02-10 14:04:26 565798170        68.195.232.10
2009-02-10 14:04:29 565798170        68.195.232.10
2009-02-10 14:04:33 565798170        68.195.232.10
2009-02-10 14:05:25 565798170        68.195.232.10
2009-02-10 14:05:31 565798170        68.195.232.10
2009-02-10 14:05:50 565798170        68.195.232.10
2009-02-10 14:05:55 565798170        68.195.232.10
2009-02-10 14:07:01 565798170        68.195.232.10
```

CONFIDENTIAL

```
2009-02-10 14:07:43 565798170        68.195.232.10
2009-02-10 14:09:29 565798170        68.195.232.10
2009-02-10 14:09:43 565798170        68.195.232.10
2009-02-10 14:09:50 565798170        68.195.232.10
2009-02-10 14:09:57 565798170        68.195.232.10
2009-02-10 14:09:58 565798170        68.195.232.10
2009-02-10 14:10:28 565798170        68.195.232.10
2009-02-10 14:10:59 565798170        68.195.232.10
2009-02-10 14:11:11 565798170        68.195.232.10
2009-02-10 14:11:32 565798170        68.195.232.10
2009-02-10 14:11:39 565798170        68.195.232.10
2009-02-10 14:11:48 565798170        68.195.232.10
2009-02-10 14:11:51 565798170        68.195.232.10
2009-02-10 14:13:05 565798170        68.195.232.10
2009-02-10 14:13:31 565798170        68.195.232.10
2009-02-10 14:14:44 565798170        68.195.232.10
2009-02-10 14:15:16 565798170        68.195.232.10
2009-02-10 14:15:27 565798170        68.195.232.10
2009-02-10 14:15:41 565798170        68.195.232.10
2009-02-10 14:16:42 565798170        68.195.232.10
2009-02-10 14:16:45 565798170        68.195.232.10
2009-02-10 14:16:55 565798170        68.195.232.10
2009-02-10 14:17:16 565798170        68.195.232.10
2009-02-10 14:17:31 565798170        68.195.232.10
2009-02-10 14:17:38 565798170        68.195.232.10
2009-02-10 14:17:46 565798170        68.195.232.10
2009-02-10 15:25:13 565798170        69.113.27.175
2009-02-10 15:25:31 565798170        69.113.27.175
2009-02-10 15:25:47 565798170        69.113.27.175
2009-02-10 15:26:07 565798170        69.113.27.175
2009-02-10 18:46:22 565798170        69.113.27.175
2009-02-10 18:46:39 565798170        69.113.27.175
2009-02-10 18:47:01 565798170        69.113.27.175
2009-02-10 18:47:21 565798170        69.113.27.175
2009-02-11 14:28:58 565798170        69.113.27.175
2009-02-11 14:29:14 565798170        69.113.27.175
2009-02-11 14:29:19 565798170        69.113.27.175
2009-02-11 14:29:23 565798170        69.113.27.175
2009-02-11 14:29:27 565798170        69.113.27.175
2009-02-11 14:29:35 565798170        69.113.27.175
2009-02-11 14:29:39 565798170        69.113.27.175
2009-02-11 14:29:52 565798170        69.113.27.175
2009-02-12 07:39:54 565798170        205.188.116.136
2009-02-12 07:40:42 565798170        205.188.117.65
2009-02-12 07:40:48 565798170        205.188.116.65
2009-02-12 07:40:58 565798170        205.188.116.202
2009-02-12 07:41:01 565798170        205.188.116.8
2009-02-12 07:41:36 565798170        205.188.116.202
2009-02-12 07:41:42 565798170        205.188.116.65
```

```
2009-02-12 07:42:26 565798170    205.188.116.210
2009-02-12 07:42:49 565798170    205.188.116.16
2009-02-12 07:43:10 565798170    205.188.116.196
2009-02-12 07:43:17 565798170    205.188.116.196
2009-02-12 07:43:27 565798170    205.188.116.15
2009-02-12 07:45:45 565798170    205.188.117.67
2009-02-12 07:45:54 565798170    205.188.117.72
2009-02-12 07:52:08 565798170    205.188.116.69
2009-02-12 07:53:31 565798170    205.188.116.7
2009-02-12 07:53:35 565798170    205.188.117.72
2009-02-12 07:53:40 565798170    205.188.116.130
2009-02-12 07:53:50 565798170    205.188.117.72
2009-02-12 07:53:54 565798170    205.188.116.209
2009-02-12 08:10:25 565798170    205.188.117.65
2009-02-12 08:10:36 565798170    205.188.116.199
2009-02-12 08:10:41 565798170    205.188.116.10
2009-02-12 08:11:22 565798170    205.188.117.72
2009-02-12 08:11:32 565798170    205.188.117.11
2009-02-12 08:11:48 565798170    205.188.117.11
2009-02-12 08:12:03 565798170    205.188.117.77
2009-02-12 08:12:14 565798170    205.188.116.10
2009-02-12 08:12:38 565798170    205.188.117.11
2009-02-12 08:16:56 565798170    205.188.117.75
2009-02-12 08:20:30 565798170    205.188.116.143
2009-02-12 08:20:56 565798170    205.188.116.136
2009-02-12 08:21:23 565798170    205.188.117.72
2009-02-12 08:23:09 565798170    205.188.116.141
2009-02-12 09:12:12 565798170    205.188.117.72
2009-02-12 09:12:46 565798170    205.188.117.65
2009-02-12 09:12:50 565798170    205.188.116.65
2009-02-12 09:12:56 565798170    205.188.116.210
2009-02-12 09:13:00 565798170    205.188.116.133
2009-02-12 09:13:05 565798170    205.188.116.15
2009-02-12 09:16:22 565798170    205.188.117.72
2009-02-12 09:16:35 565798170    205.188.117.78
2009-02-12 09:16:43 565798170    205.188.116.130
2009-02-12 09:16:50 565798170    205.188.117.72
2009-02-12 09:17:14 565798170    205.188.116.5
2009-02-12 09:17:43 565798170    205.188.117.72
2009-02-13 10:09:58 565798170    64.12.116.136
2009-02-13 10:11:31 565798170    64.12.116.142
2009-02-13 10:14:04 565798170    64.12.116.77
2009-02-13 10:14:36 565798170    64.12.116.137
2009-02-13 10:14:41 565798170    64.12.116.77
2009-02-13 10:16:58 565798170    64.12.117.66
2009-02-13 10:17:06 565798170    162.84.144.157
2009-02-13 10:17:06 565798170    64.12.116.202
2009-02-13 10:17:31 565798170    64.12.117.73
2009-02-13 10:20:56 565798170    64.12.116.19
```

CONFIDENTIAL

```
2009-02-13 10:21:03 565798170      64.12.116.142
2009-02-13 10:21:19 565798170      64.12.116.72
2009-02-13 10:21:42 565798170      64.12.116.72
2009-02-13 12:03:43 565798170      205.188.116.136
2009-02-13 12:04:07 565798170      205.188.116.137
2009-02-13 12:04:11 565798170      205.188.116.77
2009-02-13 12:04:51 565798170      205.188.117.66
2009-02-13 12:06:12 565798170      205.188.116.65
2009-02-13 12:06:28 565798170      205.188.117.78
2009-02-13 12:06:33 565798170      205.188.117.78
2009-02-13 15:36:27 565798170      69.113.27.175
2009-02-13 15:36:35 565798170      69.113.27.175
2009-02-13 15:36:43 565798170      69.113.27.175
2009-02-13 15:37:34 565798170      69.113.27.175
2009-02-13 15:37:44 565798170      69.113.27.175
2009-02-13 15:37:54 565798170      69.113.27.175
2009-02-13 15:38:04 565798170      69.113.27.175
2009-02-13 23:45:50 565798170      69.113.27.175
2009-02-13 23:46:02 565798170      69.113.27.175
2009-02-13 23:46:08 565798170      69.113.27.175
2009-02-13 23:46:29 565798170      69.113.27.175
2009-02-13 23:46:45 565798170      69.113.27.175
2009-02-13 23:46:56 565798170      69.113.27.175
2009-02-13 23:47:00 565798170      69.113.27.175
2009-02-13 23:48:27 565798170      69.113.27.175
2009-02-13 23:48:32 565798170      69.113.27.175
2009-02-13 23:48:37 565798170      69.113.27.175
2009-02-13 23:48:41 565798170      69.113.27.175
2009-02-13 23:48:42 565798170      69.113.27.175
2009-02-13 23:48:51 565798170      69.113.27.175
2009-02-13 23:49:30 565798170      69.113.27.175
2009-02-13 23:49:40 565798170      69.113.27.175
2009-02-13 23:49:44 565798170      69.113.27.175
2009-02-13 23:49:47 565798170      69.113.27.175
2009-02-13 23:50:07 565798170      69.113.27.175
2009-02-13 23:50:09 565798170      69.113.27.175
2009-02-13 23:51:14 565798170      69.113.27.175
2009-02-13 23:52:40 565798170      69.113.27.175
2009-02-13 23:52:45 565798170      69.113.27.175
2009-02-13 23:52:50 565798170      69.113.27.175
2009-02-13 23:52:54 565798170      69.113.27.175
2009-02-13 23:52:57 565798170      69.113.27.175
2009-02-13 23:55:30 565798170      69.113.27.175
2009-02-13 23:55:37 565798170      69.113.27.175
2009-02-13 23:55:41 565798170      69.113.27.175
2009-02-13 23:55:45 565798170      69.113.27.175
2009-02-13 23:55:49 565798170      69.113.27.175
2009-02-13 23:58:09 565798170      69.113.27.175
2009-02-13 23:58:31 565798170      69.113.27.175
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-02-14 00:00:28 | 565798170 | 69.113.27.175 |
| 2009-02-14 00:01:37 | 565798170 | 69.113.27.175 |
| 2009-02-14 00:01:52 | 565798170 | 69.113.27.175 |
| 2009-02-14 00:02:19 | 565798170 | 69.113.27.175 |
| 2009-02-14 00:02:26 | 565798170 | 69.113.27.175 |
| 2009-02-14 00:05:49 | 565798170 | 69.113.27.175 |
| 2009-02-14 00:05:56 | 565798170 | 69.113.27.175 |
| 2009-02-14 00:07:07 | 565798170 | 69.113.27.175 |
| 2009-02-15 10:55:17 | 565798170 | 69.113.27.175 |
| 2009-02-16 07:33:56 | 565798170 | 64.12.116.136 |
| 2009-02-16 07:34:14 | 565798170 | 64.12.116.78 |
| 2009-02-16 07:34:36 | 565798170 | 64.12.117.76 |
| 2009-02-16 07:34:42 | 565798170 | 64.12.116.131 |
| 2009-02-16 07:34:48 | 565798170 | 64.12.116.5 |
| 2009-02-16 07:34:57 | 565798170 | 64.12.116.78 |
| 2009-02-16 07:35:06 | 565798170 | 64.12.117.8 |
| 2009-02-16 07:35:06 | 565798170 | 71.247.69.60 |
| 2009-02-16 07:35:14 | 565798170 | 64.12.116.5 |
| 2009-02-16 07:35:29 | 565798170 | 64.12.116.78 |
| 2009-02-16 07:35:37 | 565798170 | 64.12.117.75 |
| 2009-02-16 07:35:44 | 565798170 | 64.12.116.5 |
| 2009-02-16 07:35:54 | 565798170 | 64.12.116.16 |
| 2009-02-16 07:36:24 | 565798170 | 64.12.117.69 |
| 2009-02-16 07:36:38 | 565798170 | 64.12.117.75 |
| 2009-02-16 07:36:42 | 565798170 | 64.12.116.203 |
| 2009-02-16 07:37:03 | 565798170 | 64.12.116.130 |
| 2009-02-16 07:38:35 | 565798170 | 64.12.117.75 |
| 2009-02-16 07:38:43 | 565798170 | 64.12.116.203 |
| 2009-02-16 07:39:22 | 565798170 | 64.12.116.139 |
| 2009-02-16 07:39:53 | 565798170 | 64.12.116.199 |
| 2009-02-16 07:40:00 | 565798170 | 64.12.116.14 |
| 2009-02-16 07:40:13 | 565798170 | 64.12.117.20 |
| 2009-02-16 07:40:15 | 565798170 | 64.12.116.199 |
| 2009-02-16 07:40:17 | 565798170 | 64.12.116.9 |
| 2009-02-16 07:40:23 | 565798170 | 64.12.116.199 |
| 2009-02-16 07:40:27 | 565798170 | 64.12.116.136 |
| 2009-02-16 07:40:30 | 565798170 | 64.12.116.11 |
| 2009-02-16 07:40:36 | 565798170 | 64.12.116.136 |
| 2009-02-16 07:40:38 | 565798170 | 64.12.117.77 |
| 2009-02-16 07:40:47 | 565798170 | 64.12.116.139 |
| 2009-02-16 07:40:49 | 565798170 | 64.12.116.76 |
| 2009-02-16 07:40:52 | 565798170 | 64.12.116.13 |
| 2009-02-16 07:41:22 | 565798170 | 64.12.116.136 |
| 2009-02-16 07:41:26 | 565798170 | 64.12.116.12 |
| 2009-02-16 07:41:46 | 565798170 | 64.12.116.136 |
| 2009-02-16 07:41:46 | 565798170 | 71.247.69.60 |
| 2009-02-16 07:41:49 | 565798170 | 64.12.116.19 |
| 2009-02-16 07:43:41 | 565798170 | 64.12.116.136 |
| 2009-02-16 07:43:49 | 565798170 | 64.12.117.20 |

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-02-16 07:43:59 | 565798170 | 64.12.116.200 |
| 2009-02-16 07:44:01 | 565798170 | 64.12.116.7 |
| 2009-02-16 07:44:39 | 565798170 | 64.12.116.8 |
| 2009-02-16 07:44:43 | 565798170 | 64.12.116.209 |
| 2009-02-16 07:44:48 | 565798170 | 64.12.117.80 |
| 2009-02-16 07:45:33 | 565798170 | 64.12.117.20 |
| 2009-02-16 07:45:35 | 565798170 | 64.12.116.210 |
| 2009-02-16 07:45:43 | 565798170 | 64.12.117.79 |
| 2009-02-16 07:47:07 | 565798170 | 64.12.117.20 |
| 2009-02-16 07:47:11 | 565798170 | 64.12.116.207 |
| 2009-02-16 07:47:21 | 565798170 | 64.12.116.144 |
| 2009-02-16 07:47:25 | 565798170 | 64.12.116.12 |
| 2009-02-16 07:53:39 | 565798170 | 64.12.116.5 |
| 2009-02-16 07:54:08 | 565798170 | 64.12.116.78 |
| 2009-02-16 07:54:17 | 565798170 | 64.12.116.207 |
| 2009-02-16 07:54:20 | 565798170 | 64.12.116.141 |
| 2009-02-16 07:54:29 | 565798170 | 64.12.116.9 |
| 2009-02-16 07:54:42 | 565798170 | 64.12.116.206 |
| 2009-02-16 07:58:48 | 565798170 | 64.12.117.17 |
| 2009-02-16 07:59:06 | 565798170 | 64.12.116.69 |
| 2009-02-16 07:59:06 | 565798170 | 71.247.69.60 |
| 2009-02-16 07:59:55 | 565798170 | 64.12.117.17 |
| 2009-02-16 08:00:04 | 565798170 | 64.12.116.206 |
| 2009-02-16 08:01:00 | 565798170 | 64.12.117.14 |
| 2009-02-16 08:02:23 | 565798170 | 64.12.117.17 |
| 2009-02-16 08:08:16 | 565798170 | 64.12.117.10 |
| 2009-02-16 08:09:59 | 565798170 | 64.12.116.203 |
| 2009-02-16 08:16:33 | 565798170 | 64.12.117.75 |
| 2009-02-16 08:16:44 | 565798170 | 64.12.116.80 |
| 2009-02-16 09:19:53 | 565798170 | 64.12.117.75 |
| 2009-02-16 09:24:18 | 565798170 | 64.12.116.203 |
| 2009-02-16 11:09:17 | 565798170 | 205.188.117.10 |
| 2009-02-16 11:09:23 | 565798170 | 205.188.117.8 |
| 2009-02-16 11:09:46 | 565798170 | 205.188.117.69 |
| 2009-02-16 11:10:12 | 565798170 | 205.188.117.7 |
| 2009-02-16 11:11:54 | 565798170 | 205.188.117.69 |
| 2009-02-16 19:07:37 | 565798170 | 69.113.27.175 |
| 2009-02-16 19:07:47 | 565798170 | 69.113.27.175 |
| 2009-02-16 19:08:10 | 565798170 | 69.113.27.175 |
| 2009-02-16 19:08:15 | 565798170 | 69.113.27.175 |
| 2009-02-16 19:09:05 | 565798170 | 69.113.27.175 |
| 2009-02-16 19:09:50 | 565798170 | 69.113.27.175 |
| 2009-02-16 19:10:02 | 565798170 | 69.113.27.175 |
| 2009-02-16 19:10:29 | 565798170 | 69.113.27.175 |
| 2009-02-17 07:47:47 | 565798170 | 64.12.116.136 |
| 2009-02-17 07:48:39 | 565798170 | 64.12.116.133 |
| 2009-02-17 07:48:44 | 565798170 | 64.12.116.79 |
| 2009-02-17 07:54:21 | 565798170 | 64.12.116.139 |
| 2009-02-17 07:54:25 | 565798170 | 64.12.116.79 |

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-02-17 07:54:47 | 565798170 | 64.12.117.68 |
| 2009-02-17 07:58:35 | 565798170 | 64.12.116.139 |
| 2009-02-17 07:59:33 | 565798170 | 64.12.116.79 |
| 2009-02-17 08:03:17 | 565798170 | 64.12.116.139 |
| 2009-02-17 08:03:22 | 565798170 | 64.12.116.79 |
| 2009-02-17 08:11:04 | 565798170 | 64.12.116.133 |
| 2009-02-17 08:12:33 | 565798170 | 64.12.116.79 |
| 2009-02-17 18:29:59 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:30:17 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:30:55 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:31:15 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:31:26 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:31:53 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:32:56 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:32:58 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:33:02 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:33:03 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:33:15 | 565798170 | 69.113.27.175 |
| 2009-02-17 18:33:26 | 565798170 | 69.113.27.175 |
| 2009-02-19 19:43:05 | 565798170 | 64.12.116.136 |
| 2009-02-19 19:44:40 | 565798170 | 64.12.116.73 |
| 2009-02-19 19:44:51 | 565798170 | 64.12.117.67 |
| 2009-02-19 19:44:53 | 565798170 | 64.12.117.19 |
| 2009-02-19 19:44:54 | 565798170 | 64.12.116.76 |
| 2009-02-19 19:45:00 | 565798170 | 64.12.116.5 |
| 2009-02-19 19:45:05 | 565798170 | 64.12.116.73 |
| 2009-02-19 19:45:16 | 565798170 | 64.12.116.199 |
| 2009-02-19 19:45:19 | 565798170 | 64.12.116.131 |
| 2009-02-19 19:45:29 | 565798170 | 64.12.116.200 |
| 2009-02-19 19:47:21 | 565798170 | 64.12.116.12 |
| 2009-02-19 19:47:37 | 565798170 | 64.12.117.65 |
| 2009-02-19 19:48:17 | 565798170 | 64.12.116.196 |
| 2009-02-19 19:48:22 | 565798170 | 64.12.117.79 |
| 2009-02-19 19:48:30 | 565798170 | 64.12.117.79 |
| 2009-02-19 19:49:37 | 565798170 | 64.12.117.79 |
| 2009-02-19 19:49:41 | 565798170 | 64.12.116.5 |
| 2009-02-19 19:50:08 | 565798170 | 64.12.116.209 |
| 2009-02-19 19:50:31 | 565798170 | 64.12.116.196 |
| 2009-02-19 19:51:10 | 565798170 | 64.12.116.142 |
| 2009-02-20 05:20:03 | 565798170 | 205.188.116.136 |
| 2009-02-20 05:20:35 | 565798170 | 205.188.116.207 |
| 2009-02-20 05:21:12 | 565798170 | 205.188.117.15 |
| 2009-02-20 05:28:30 | 565798170 | 205.188.117.65 |
| 2009-02-20 05:32:49 | 565798170 | 205.188.117.15 |
| 2009-02-20 09:58:19 | 565798170 | 64.12.116.136 |
| 2009-02-20 09:59:25 | 565798170 | 64.12.117.20 |
| 2009-02-20 09:59:44 | 565798170 | 64.12.116.67 |
| 2009-02-20 10:00:54 | 565798170 | 64.12.116.135 |
| 2009-02-20 10:01:49 | 565798170 | 64.12.117.5 |

CONFIDENTIAL

```
2009-02-20 10:02:46 565798170       64.12.116.135
2009-02-21 07:20:50 565798170       64.12.116.136
2009-02-21 07:21:52 565798170       64.12.116.132
2009-02-21 07:22:02 565798170       64.12.116.72
2009-02-21 07:22:08 565798170       64.12.116.132
2009-02-21 07:22:16 565798170       64.12.116.133
2009-02-21 07:22:16 565798170       64.12.116.136
2009-02-21 07:22:21 565798170       64.12.117.17
2009-02-21 07:22:43 565798170       64.12.116.70
2009-02-21 07:22:54 565798170       64.12.116.8
2009-02-21 07:25:03 565798170       64.12.116.8
2009-02-21 07:25:10 565798170       64.12.116.65
2009-02-21 07:25:19 565798170       64.12.116.67
2009-02-21 07:25:36 565798170       64.12.116.65
2009-02-21 07:25:49 565798170       64.12.116.75
2009-02-21 08:16:44 565798170       64.12.117.77
2009-02-21 08:16:49 565798170       64.12.116.209
2009-02-21 08:16:59 565798170       64.12.117.17
2009-02-21 09:51:05 565798170       64.12.116.206
2009-02-21 09:51:11 565798170       64.12.116.206
2009-02-21 09:51:51 565798170       64.12.117.17
2009-02-21 09:51:57 565798170       64.12.116.206
2009-02-21 09:54:56 565798170       64.12.116.73
2009-02-21 09:55:17 565798170       64.12.116.206
2009-02-21 09:55:44 565798170       64.12.117.17
2009-02-21 09:58:23 565798170       64.12.116.206
2009-02-21 10:02:19 565798170       64.12.116.208
2009-02-21 10:02:32 565798170       64.12.116.16
2009-02-21 10:02:36 565798170       64.12.116.73
2009-02-21 10:03:13 565798170       64.12.117.17
2009-02-21 10:03:20 565798170       64.12.116.197
2009-02-21 10:04:51 565798170       64.12.116.206
2009-02-21 10:15:17 565798170       64.12.117.17
2009-02-21 10:17:46 565798170       64.12.116.206
2009-02-21 12:06:35 565798170       205.188.116.208
2009-02-21 12:23:59 565798170       205.188.117.17
2009-02-21 12:24:06 565798170       205.188.116.206
2009-02-21 12:24:15 565798170       205.188.116.73
2009-02-21 12:24:27 565798170       205.188.117.12
2009-02-21 12:24:33 565798170       205.188.117.78
2009-02-21 12:24:40 565798170       205.188.116.207
2009-02-21 12:24:45 565798170       205.188.117.78
2009-02-21 12:24:47 565798170       205.188.116.207
2009-02-21 12:24:54 565798170       205.188.117.13
2009-02-21 12:24:59 565798170       205.188.117.10
2009-02-21 12:29:49 565798170       205.188.117.17
2009-02-21 12:34:00 565798170       205.188.116.197
2009-02-21 12:37:17 565798170       205.188.117.17
2009-02-21 14:29:55 565798170       205.188.116.209
```

CONFIDENTIAL

```
2009-02-21 14:30:10 565798170      205.188.116.132
2009-02-21 14:30:14 565798170      205.188.116.142
2009-02-21 14:30:20 565798170      205.188.116.132
2009-02-21 14:30:25 565798170      205.188.116.209
2009-02-21 14:30:26 565798170      205.188.116.80
2009-02-21 14:30:34 565798170      205.188.116.206
2009-02-21 14:31:02 565798170      205.188.117.17
2009-02-21 14:31:09 565798170      205.188.116.70
2009-02-21 14:31:29 565798170      205.188.117.17
2009-02-21 14:31:30 565798170      205.188.116.8
2009-02-21 14:31:58 565798170      205.188.116.206
2009-02-21 17:53:18 565798170      69.113.27.175
2009-02-21 17:53:28 565798170      69.113.27.175
2009-02-21 17:53:43 565798170      69.113.27.175
2009-02-21 17:54:00 565798170      69.113.27.175
2009-02-21 17:54:20 565798170      69.113.27.175
2009-02-21 17:54:40 565798170      69.113.27.175
2009-02-21 17:54:59 565798170      69.113.27.175
2009-02-21 17:55:27 565798170      69.113.27.175
2009-02-21 17:55:41 565798170      69.113.27.175
2009-02-21 17:55:52 565798170      69.113.27.175
2009-02-21 17:55:58 565798170      69.113.27.175
2009-02-21 17:56:01 565798170      69.113.27.175
2009-02-21 17:56:51 565798170      69.113.27.175
2009-02-21 17:56:55 565798170      69.113.27.175
2009-02-21 17:57:26 565798170      69.113.27.175
2009-02-21 17:57:30 565798170      69.113.27.175
2009-02-21 17:57:34 565798170      69.113.27.175
2009-02-21 17:57:55 565798170      69.113.27.175
2009-02-21 17:57:56 565798170      69.113.27.175
2009-02-21 17:58:04 565798170      69.113.27.175
2009-02-21 17:58:09 565798170      69.113.27.175
2009-02-21 17:58:38 565798170      69.113.27.175
2009-02-21 17:58:40 565798170      69.113.27.175
2009-02-21 18:00:23 565798170      69.113.27.175
2009-02-21 18:00:38 565798170      69.113.27.175
2009-02-21 18:00:51 565798170      69.113.27.175
2009-02-21 18:19:32 565798170      205.188.116.136
2009-02-21 18:19:46 565798170      205.188.116.131
2009-02-21 18:20:01 565798170      205.188.117.70
2009-02-21 18:20:20 565798170      205.188.117.68
2009-02-21 18:20:40 565798170      205.188.116.17
2009-02-21 18:20:53 565798170      205.188.117.70
2009-02-21 18:21:33 565798170      205.188.116.209
2009-02-21 18:23:38 565798170      205.188.116.12
2009-02-21 18:23:47 565798170      205.188.116.130
2009-02-21 18:24:20 565798170      205.188.116.13
2009-02-21 18:26:37 565798170      69.113.27.175
2009-02-21 18:26:47 565798170      69.113.27.175
```

| | | |
|---|---|---|
| 2009-02-21 18:26:50 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:27:01 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:27:09 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:27:17 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:27:36 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:28:19 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:28:23 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:33:18 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:33:36 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:33:46 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:33:48 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:34:07 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:35:25 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:35:34 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:35:39 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:35:50 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:35:59 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:36:10 | 565798170 | 69.113.27.175 |
| 2009-02-21 18:36:17 | 565798170 | 69.113.27.175 |
| 2009-02-22 05:24:26 | 565798170 | 205.188.116.136 |
| 2009-02-22 05:24:53 | 565798170 | 205.188.116.5 |
| 2009-02-22 05:25:12 | 565798170 | 205.188.117.9 |
| 2009-02-22 05:25:27 | 565798170 | 205.188.116.7 |
| 2009-02-22 05:25:43 | 565798170 | 205.188.116.136 |
| 2009-02-22 05:25:46 | 565798170 | 205.188.116.197 |
| 2009-02-22 05:25:58 | 565798170 | 205.188.116.136 |
| 2009-02-22 05:25:59 | 565798170 | 205.188.117.7 |
| 2009-02-22 05:26:05 | 565798170 | 205.188.116.136 |
| 2009-02-22 05:26:09 | 565798170 | 205.188.116.7 |
| 2009-02-22 05:27:18 | 565798170 | 205.188.116.13 |
| 2009-02-22 05:27:27 | 565798170 | 205.188.117.5 |
| 2009-02-22 05:35:29 | 565798170 | 205.188.116.74 |
| 2009-02-22 05:35:41 | 565798170 | 205.188.116.205 |
| 2009-02-22 05:35:47 | 565798170 | 205.188.116.74 |
| 2009-02-22 05:35:54 | 565798170 | 205.188.117.78 |
| 2009-02-22 05:36:07 | 565798170 | 205.188.117.67 |
| 2009-02-22 05:36:15 | 565798170 | 205.188.117.70 |
| 2009-02-22 05:36:27 | 565798170 | 205.188.116.79 |
| 2009-02-22 05:36:37 | 565798170 | 205.188.116.132 |
| 2009-02-22 05:36:44 | 565798170 | 205.188.116.13 |
| 2009-02-22 05:36:48 | 565798170 | 205.188.116.79 |
| 2009-02-22 05:36:52 | 565798170 | 205.188.116.195 |
| 2009-02-22 05:36:57 | 565798170 | 205.188.117.66 |
| 2009-02-22 05:37:35 | 565798170 | 205.188.116.13 |
| 2009-02-22 05:43:39 | 565798170 | 205.188.116.145 |
| 2009-02-22 05:43:55 | 565798170 | 205.188.116.143 |
| 2009-02-22 05:43:57 | 565798170 | 205.188.116.11 |
| 2009-02-22 05:44:19 | 565798170 | 205.188.116.143 |
| 2009-02-22 05:44:21 | 565798170 | 162.84.148.247 |

FB 0252

```
2009-02-22 05:44:21 565798170      205.188.116.207
2009-02-22 05:44:41 565798170      205.188.117.70
2009-02-22 05:45:19 565798170      205.188.117.9
2009-02-22 05:47:05 565798170      205.188.117.70
2009-02-22 05:47:48 565798170      205.188.117.9
2009-02-22 05:49:54 565798170      205.188.116.208
2009-02-22 05:50:11 565798170      205.188.116.206
2009-02-22 05:50:31 565798170      205.188.116.131
2009-02-22 05:50:38 565798170      205.188.116.71
2009-02-22 05:52:30 565798170      205.188.116.207
2009-02-22 05:52:34 565798170      205.188.116.66
2009-02-22 05:52:41 565798170      205.188.116.207
2009-02-22 05:52:47 565798170      205.188.116.15
2009-02-22 05:53:06 565798170      205.188.117.70
2009-02-22 05:54:31 565798170      205.188.116.131
2009-02-22 05:54:35 565798170      205.188.116.139
2009-02-22 05:58:13 565798170      205.188.117.70
2009-02-22 05:58:19 565798170      205.188.117.9
2009-02-22 05:58:37 565798170      205.188.116.10
2009-02-22 05:59:04 565798170      205.188.117.15
2009-02-22 05:59:21 565798170      205.188.117.70
2009-02-22 06:03:29 565798170      205.188.117.68
2009-02-22 06:04:18 565798170      205.188.117.70
2009-02-22 06:05:30 565798170      205.188.116.203
2009-02-22 06:05:56 565798170      205.188.117.70
2009-02-22 06:06:07 565798170      205.188.116.18
2009-02-22 06:06:26 565798170      205.188.116.133
2009-02-22 06:06:38 565798170      205.188.116.18
2009-02-22 06:07:24 565798170      205.188.116.9
2009-02-22 06:08:49 565798170      205.188.117.12
2009-02-22 06:09:07 565798170      162.84.148.247
2009-02-22 06:09:07 565798170      205.188.117.74
2009-02-22 06:10:26 565798170      205.188.117.12
2009-02-22 06:10:45 565798170      205.188.117.70
2009-02-22 06:10:55 565798170      205.188.116.203
2009-02-22 06:11:12 565798170      162.84.148.247
2009-02-22 06:11:33 565798170      162.84.148.247
2009-02-22 06:11:55 565798170      162.84.148.247
2009-02-22 06:12:08 565798170      162.84.148.247
2009-02-22 06:13:16 565798170      162.84.148.247
2009-02-22 06:13:19 565798170      205.188.116.203
2009-02-22 06:13:38 565798170      205.188.117.70
2009-02-22 09:07:46 565798170      205.188.116.136
2009-02-22 09:11:18 565798170      205.188.116.14
2009-02-22 09:11:37 565798170      205.188.116.195
2009-02-22 09:12:23 565798170      205.188.116.208
2009-02-22 09:12:41 565798170      205.188.116.196
2009-02-22 09:14:09 565798170      205.188.117.9
2009-02-22 09:16:32 565798170      205.188.117.70
```

CONFIDENTIAL

```
2009-02-22 09:16:51 565798170      205.188.117.77
2009-02-22 09:17:06 565798170      205.188.117.77
2009-02-22 09:29:25 565798170      205.188.117.12
2009-02-22 09:29:46 565798170      205.188.117.70
2009-02-22 09:29:55 565798170      205.188.117.66
2009-02-22 09:41:48 565798170      205.188.117.70
2009-02-22 10:08:38 565798170      205.188.117.9
2009-02-23 06:38:26 565798170      69.113.27.175
2009-02-23 06:38:38 565798170      69.113.27.175
2009-02-23 06:38:51 565798170      69.113.27.175
2009-02-23 06:39:16 565798170      69.113.27.175
2009-02-23 06:39:42 565798170      69.113.27.175
2009-02-23 06:40:14 565798170      69.113.27.175
2009-02-23 06:40:33 565798170      69.113.27.175
2009-02-23 06:40:37 565798170      69.113.27.175
2009-02-23 06:43:34 565798170      69.113.27.175
2009-02-23 06:44:13 565798170      69.113.27.175
2009-02-23 06:44:27 565798170      69.113.27.175
2009-02-23 06:44:57 565798170      69.113.27.175
2009-02-23 06:46:17 565798170      69.113.27.175
2009-02-23 17:34:07 565798170      205.188.116.136
2009-02-23 17:34:43 565798170      205.188.117.70
2009-02-25 19:53:25 565798170      69.113.27.175
2009-02-25 19:54:26 565798170      69.113.27.175
2009-02-25 19:54:48 565798170      69.113.27.175
2009-02-25 19:55:36 565798170      69.113.27.175
2009-02-25 19:55:42 565798170      69.113.27.175
2009-02-25 19:56:17 565798170      69.113.27.175
2009-02-25 19:56:27 565798170      69.113.27.175
2009-02-25 19:57:07 565798170      69.113.27.175
2009-02-25 19:57:44 565798170      69.113.27.175
2009-02-25 20:01:15 565798170      69.113.27.175
2009-02-25 20:01:42 565798170      69.113.27.175
2009-02-25 20:02:00 565798170      69.113.27.175
2009-02-25 20:02:23 565798170      69.113.27.175
2009-02-25 20:02:27 565798170      69.113.27.175
2009-02-25 20:02:41 565798170      69.113.27.175
2009-02-25 20:02:45 565798170      69.113.27.175
2009-02-25 20:02:53 565798170      69.113.27.175
2009-02-25 20:04:40 565798170      69.113.27.175
2009-02-25 20:05:55 565798170      69.113.27.175
2009-02-25 20:06:02 565798170      69.113.27.175
2009-02-25 20:10:55 565798170      69.113.27.175
2009-02-25 20:14:20 565798170      69.113.27.175
2009-02-25 20:14:26 565798170      69.113.27.175
2009-02-25 20:14:40 565798170      69.113.27.175
2009-02-26 16:28:50 565798170      69.113.27.175
2009-02-26 16:29:12 565798170      69.113.27.175
2009-02-26 16:29:21 565798170      69.113.27.175
```

CONFIDENTIAL

```
2009-02-27 08:45:12 565798170    205.188.116.136
2009-02-27 08:45:47 565798170    205.188.117.70
2009-02-27 08:46:13 565798170    205.188.117.67
2009-02-27 08:47:38 565798170    205.188.116.130
2009-02-27 08:48:17 565798170    205.188.117.76
2009-02-27 08:48:24 565798170    205.188.116.136
2009-02-27 08:48:25 565798170    205.188.116.9
2009-02-27 08:48:31 565798170    205.188.116.132
2009-02-27 08:49:08 565798170    205.188.116.201
2009-02-27 08:51:16 565798170    205.188.117.79
2009-02-27 08:51:24 565798170    205.188.116.13
2009-02-27 08:51:42 565798170    205.188.116.206
2009-02-27 19:51:04 565798170    69.113.27.175
2009-02-27 19:51:28 565798170    69.113.27.175
2009-02-27 19:51:46 565798170    69.113.27.175
2009-02-27 19:51:50 565798170    69.113.27.175
2009-02-27 19:52:58 565798170    69.113.27.175
2009-02-27 19:53:04 565798170    69.113.27.175
2009-02-27 19:53:11 565798170    69.113.27.175
2009-02-27 19:53:12 565798170    69.113.27.175
2009-02-27 19:53:15 565798170    69.113.27.175
2009-02-27 19:53:28 565798170    69.113.27.175
2009-02-28 12:26:58 565798170    64.12.116.136
2009-02-28 12:27:29 565798170    64.12.116.207
2009-02-28 12:28:03 565798170    64.12.116.9
2009-02-28 12:28:39 565798170    64.12.116.141
2009-02-28 12:29:18 565798170    64.12.116.20
2009-02-28 12:29:32 565798170    64.12.116.203
2009-02-28 12:30:38 565798170    64.12.116.65
2009-02-28 12:30:57 565798170    64.12.117.72
2009-02-28 12:31:13 565798170    64.12.117.68
2009-03-01 18:41:45 565798170    69.113.27.175
2009-03-01 18:42:52 565798170    69.113.27.175
2009-03-01 18:43:26 565798170    69.113.27.175
2009-03-01 18:43:32 565798170    69.113.27.175
2009-03-01 18:43:51 565798170    69.113.27.175
2009-03-01 18:43:58 565798170    69.113.27.175
2009-03-01 18:44:02 565798170    69.113.27.175
2009-03-01 18:44:13 565798170    69.113.27.175
2009-03-01 18:44:46 565798170    69.113.27.175
2009-03-01 18:45:34 565798170    69.113.27.175
2009-03-01 18:45:49 565798170    69.113.27.175
2009-03-01 18:46:10 565798170    69.113.27.175
2009-03-01 18:46:25 565798170    69.113.27.175
2009-03-01 18:46:31 565798170    69.113.27.175
2009-03-01 18:47:25 565798170    69.113.27.175
2009-03-01 19:58:26 565798170    69.113.27.175
2009-03-01 19:58:40 565798170    69.113.27.175
2009-03-01 19:58:43 565798170    69.113.27.175
```

CONFIDENTIAL

```
2009-03-01 19:59:24 565798170        69.113.27.175
2009-03-01 20:00:01 565798170        69.113.27.175
2009-03-01 20:00:05 565798170        69.113.27.175
2009-03-01 20:00:47 565798170        69.113.27.175
2009-03-01 20:01:45 565798170        69.113.27.175
2009-03-01 20:01:49 565798170        69.113.27.175
2009-03-01 20:10:13 565798170        69.113.27.175
2009-03-01 20:10:16 565798170        69.113.27.175
2009-03-01 20:13:36 565798170        69.113.27.175
2009-03-01 20:15:43 565798170        69.113.27.175
2009-03-01 20:15:58 565798170        69.113.27.175
2009-03-01 20:16:06 565798170        69.113.27.175
2009-03-01 20:16:21 565798170        69.113.27.175
2009-03-01 20:16:24 565798170        69.113.27.175
2009-03-01 20:17:05 565798170        69.113.27.175
2009-03-03 19:01:40 565798170        69.113.27.175
2009-03-03 19:01:51 565798170        69.113.27.175
2009-03-03 19:02:01 565798170        69.113.27.175
2009-03-03 19:02:12 565798170        69.113.27.175
2009-03-03 19:02:14 565798170        69.113.27.175
2009-03-03 19:02:57 565798170        69.113.27.175
2009-03-03 19:03:03 565798170        69.113.27.175
2009-03-03 19:03:16 565798170        69.113.27.175
2009-03-03 19:03:33 565798170        69.113.27.175
2009-03-03 19:03:50 565798170        69.113.27.175
2009-03-03 19:03:51 565798170        69.113.27.175
2009-03-03 19:03:57 565798170        69.113.27.175
2009-03-03 19:03:57 565798170        69.113.27.175
2009-03-03 19:03:59 565798170        69.113.27.175
2009-03-03 19:03:59 565798170        69.113.27.175
2009-03-03 19:04:02 565798170        69.113.27.175
2009-03-03 19:04:18 565798170        69.113.27.175
2009-03-04 20:36:23 565798170        69.113.27.175
2009-03-04 20:36:48 565798170        69.113.27.175
2009-03-04 20:36:54 565798170        69.113.27.175
2009-03-04 20:37:05 565798170        69.113.27.175
2009-03-04 20:37:07 565798170        69.113.27.175
2009-03-04 20:37:09 565798170        69.113.27.175
2009-03-04 20:37:43 565798170        69.113.27.175
2009-03-04 20:37:52 565798170        69.113.27.175
2009-03-04 20:40:36 565798170        69.113.27.175
2009-03-04 20:41:30 565798170        69.113.27.175
2009-03-05 07:20:54 565798170        69.113.27.175
2009-03-05 07:21:11 565798170        69.113.27.175
2009-03-05 07:21:16 565798170        69.113.27.175
2009-03-05 07:22:30 565798170        69.113.27.175
2009-03-05 07:24:49 565798170        69.113.27.175
2009-03-05 07:25:01 565798170        69.113.27.175
2009-03-05 07:25:10 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-03-05 07:25:29 565798170        69.113.27.175
2009-03-05 07:25:36 565798170        69.113.27.175
2009-03-05 07:26:41 565798170        69.113.27.175
2009-03-05 07:26:53 565798170        69.113.27.175
2009-03-05 07:27:00 565798170        69.113.27.175
2009-03-05 07:27:05 565798170        69.113.27.175
2009-03-05 07:27:09 565798170        69.113.27.175
2009-03-05 07:27:37 565798170        69.113.27.175
2009-03-05 07:28:20 565798170        69.113.27.175
2009-03-05 07:29:58 565798170        69.113.27.175
2009-03-05 07:31:13 565798170        69.113.27.175
2009-03-05 15:03:41 565798170        69.113.27.175
2009-03-05 15:03:49 565798170        69.113.27.175
2009-03-05 15:03:54 565798170        69.113.27.175
2009-03-05 15:04:22 565798170        69.113.27.175
2009-03-06 20:42:36 565798170        69.113.27.175
2009-03-06 20:42:44 565798170        69.113.27.175
2009-03-06 20:43:04 565798170        69.113.27.175
2009-03-06 20:43:14 565798170        69.113.27.175
2009-03-06 20:43:31 565798170        69.113.27.175
2009-03-06 20:43:33 565798170        69.113.27.175
2009-03-06 20:43:39 565798170        69.113.27.175
2009-03-06 20:43:40 565798170        69.113.27.175
2009-03-06 20:43:41 565798170        69.113.27.175
2009-03-06 20:43:51 565798170        69.113.27.175
2009-03-06 20:43:55 565798170        69.113.27.175
2009-03-06 20:44:27 565798170        69.113.27.175
2009-03-06 20:44:47 565798170        69.113.27.175
2009-03-07 09:05:02 565798170        71.247.73.113
2009-03-07 09:05:14 565798170        71.247.73.113
2009-03-07 09:06:27 565798170        71.247.73.113
2009-03-07 09:06:30 565798170        71.247.73.113
2009-03-07 09:06:52 565798170        71.247.73.113
2009-03-07 09:06:54 565798170        71.247.73.113
2009-03-07 09:07:27 565798170        71.247.73.113
2009-03-07 09:16:30 565798170        71.247.73.113
2009-03-07 09:27:45 565798170        71.247.73.113
2009-03-07 09:28:18 565798170        71.247.73.113
2009-03-07 09:28:22 565798170        71.247.73.113
2009-03-07 09:28:36 565798170        71.247.73.113
2009-03-07 09:28:45 565798170        71.247.73.113
2009-03-07 09:29:06 565798170        71.247.73.113
2009-03-08 11:34:46 565798170        162.83.233.220
2009-03-08 11:35:34 565798170        162.83.233.220
2009-03-08 11:35:56 565798170        162.83.233.220
2009-03-08 11:36:32 565798170        162.83.233.220
2009-03-08 11:36:54 565798170        162.83.233.220
2009-03-08 11:36:56 565798170        162.83.233.220
2009-03-08 11:37:01 565798170        162.83.233.220
```

```
2009-03-08 11:37:02 565798170        162.83.233.220
2009-03-08 11:37:11 565798170        162.83.233.220
2009-03-08 11:37:27 565798170        162.83.233.220
2009-03-08 11:37:31 565798170        162.83.233.220
2009-03-08 11:37:37 565798170        162.83.233.220
2009-03-08 11:37:47 565798170        162.83.233.220
2009-03-08 11:37:49 565798170        162.83.233.220
2009-03-08 11:37:51 565798170        162.83.233.220
2009-03-08 11:37:54 565798170        162.83.233.220
2009-03-08 11:37:56 565798170        162.83.233.220
2009-03-08 11:37:59 565798170        162.83.233.220
2009-03-08 11:38:07 565798170        162.83.233.220
2009-03-08 11:38:36 565798170        162.83.233.220
2009-03-08 11:38:48 565798170        162.83.233.220
2009-03-08 11:39:00 565798170        162.83.233.220
2009-03-08 11:49:19 565798170        162.83.233.220
2009-03-08 11:49:24 565798170        162.83.233.220
2009-03-08 11:49:25 565798170        162.83.233.220
2009-03-08 11:49:50 565798170        162.83.233.220
2009-03-08 11:50:32 565798170        162.83.233.220
2009-03-08 11:50:39 565798170        162.83.233.220
2009-03-08 11:51:03 565798170        162.83.233.220
2009-03-08 11:51:12 565798170        162.83.233.220
2009-03-08 11:51:54 565798170        162.83.233.220
2009-03-08 20:07:05 565798170        69.113.27.175
2009-03-08 20:07:33 565798170        69.113.27.175
2009-03-08 20:08:16 565798170        69.113.27.175
2009-03-08 20:08:18 565798170        69.113.27.175
2009-03-08 20:08:23 565798170        69.113.27.175
2009-03-08 20:08:26 565798170        69.113.27.175
2009-03-08 20:08:32 565798170        69.113.27.175
2009-03-08 20:09:39 565798170        69.113.27.175
2009-03-08 20:09:59 565798170        69.113.27.175
2009-03-08 20:10:10 565798170        69.113.27.175
2009-03-08 20:10:12 565798170        69.113.27.175
2009-03-08 20:10:30 565798170        69.113.27.175
2009-03-08 20:10:32 565798170        69.113.27.175
2009-03-08 20:10:33 565798170        69.113.27.175
2009-03-08 20:10:36 565798170        69.113.27.175
2009-03-08 20:10:45 565798170        69.113.27.175
2009-03-08 20:10:53 565798170        69.113.27.175
2009-03-08 20:11:55 565798170        69.113.27.175
2009-03-09 17:13:33 565798170        69.113.27.175
2009-03-09 17:14:05 565798170        69.113.27.175
2009-03-11 20:10:45 565798170        69.113.27.175
2009-03-11 20:11:04 565798170        69.113.27.175
2009-03-11 20:11:26 565798170        69.113.27.175
2009-03-11 20:12:59 565798170        69.113.27.175
2009-03-11 20:13:23 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-03-11 20:13:37 565798170      69.113.27.175
2009-03-11 20:14:03 565798170      69.113.27.175
2009-03-12 20:07:37 565798170      69.113.27.175
2009-03-12 20:07:58 565798170      69.113.27.175
2009-03-12 20:08:37 565798170      69.113.27.175
2009-03-12 20:08:41 565798170      69.113.27.175
2009-03-12 20:08:44 565798170      69.113.27.175
2009-03-12 20:08:47 565798170      69.113.27.175
2009-03-12 20:08:55 565798170      69.113.27.175
2009-03-13 18:06:52 565798170      69.113.27.175
2009-03-13 18:07:02 565798170      69.113.27.175
2009-03-13 18:07:08 565798170      69.113.27.175
2009-03-13 18:07:10 565798170      69.113.27.175
2009-03-13 18:07:18 565798170      69.113.27.175
2009-03-13 18:07:20 565798170      69.113.27.175
2009-03-13 18:07:23 565798170      69.113.27.175
2009-03-13 18:07:25 565798170      69.113.27.175
2009-03-13 18:07:26 565798170      69.113.27.175
2009-03-13 18:07:48 565798170      69.113.27.175
2009-03-14 06:19:44 565798170      162.84.157.195
2009-03-14 06:20:36 565798170      162.84.157.195
2009-03-14 06:20:47 565798170      162.84.157.195
2009-03-14 06:21:43 565798170      162.84.157.195
2009-03-14 06:22:51 565798170      162.84.157.195
2009-03-14 06:23:27 565798170      162.84.157.195
2009-03-14 06:23:57 565798170      162.84.157.195
2009-03-14 06:23:57 565798170      162.84.157.195
2009-03-14 06:24:14 565798170      162.84.157.195
2009-03-14 06:24:25 565798170      162.84.157.195
2009-03-14 06:28:00 565798170      162.84.157.195
2009-03-14 07:14:49 565798170      205.188.116.136
2009-03-14 07:19:04 565798170      205.188.116.80
2009-03-14 07:19:09 565798170      205.188.117.65
2009-03-14 07:20:13 565798170      205.188.116.71
2009-03-14 07:42:22 565798170      205.188.116.78
2009-03-14 07:57:56 565798170      205.188.116.139
2009-03-14 09:37:54 565798170      205.188.116.130
2009-03-14 09:37:57 565798170      205.188.117.19
2009-03-14 09:38:10 565798170      205.188.116.144
2009-03-14 09:38:59 565798170      205.188.116.80
2009-03-14 09:39:05 565798170      205.188.117.73
2009-03-17 19:35:38 565798170      69.113.27.175
2009-03-17 19:36:15 565798170      69.113.27.175
2009-03-17 19:36:36 565798170      69.113.27.175
2009-03-17 19:37:10 565798170      69.113.27.175
2009-03-17 19:38:49 565798170      69.113.27.175
2009-03-17 19:40:03 565798170      69.113.27.175
2009-03-17 19:40:56 565798170      69.113.27.175
2009-03-17 19:42:09 565798170      69.113.27.175
```

CONFIDENTIAL

```
2009-03-17 19:42:58 565798170      69.113.27.175
2009-03-19 20:04:24 565798170      69.113.27.175
2009-03-19 20:07:02 565798170      69.113.27.175
2009-03-19 20:07:09 565798170      69.113.27.175
2009-03-19 20:07:15 565798170      69.113.27.175
2009-03-19 20:07:23 565798170      69.113.27.175
2009-03-19 20:07:24 565798170      69.113.27.175
2009-03-19 20:07:26 565798170      69.113.27.175
2009-03-19 20:08:01 565798170      69.113.27.175
2009-03-19 20:08:19 565798170      69.113.27.175
2009-03-19 20:08:26 565798170      69.113.27.175
2009-03-21 06:58:29 565798170      162.83.234.15
2009-03-21 21:27:19 565798170      69.113.27.175
2009-03-21 21:28:55 565798170      69.113.27.175
2009-03-26 20:54:19 565798170      69.113.27.175
2009-03-26 20:56:09 565798170      69.113.27.175
2009-03-26 20:57:23 565798170      69.113.27.175
2009-03-26 20:57:44 565798170      69.113.27.175
2009-03-26 20:57:50 565798170      69.113.27.175
2009-03-26 20:58:02 565798170      69.113.27.175
2009-03-26 20:58:09 565798170      69.113.27.175
2009-03-26 20:58:16 565798170      69.113.27.175
2009-03-26 20:58:22 565798170      69.113.27.175
2009-03-26 20:58:25 565798170      69.113.27.175
2009-03-26 20:58:30 565798170      69.113.27.175
2009-03-28 06:31:18 565798170      64.12.116.136
2009-03-28 06:33:27 565798170      64.12.117.80
2009-03-28 06:33:51 565798170      64.12.116.132
2009-03-28 06:34:03 565798170      64.12.117.77
2009-03-28 06:34:27 565798170      64.12.116.200
2009-03-28 06:34:49 565798170      64.12.116.10
2009-03-28 06:35:24 565798170      64.12.116.196
2009-03-28 06:35:28 565798170      64.12.117.71
2009-03-28 06:36:02 565798170      64.12.117.80
2009-03-28 06:56:48 565798170      64.12.116.139
2009-03-28 06:57:05 565798170      64.12.117.18
2009-03-28 08:28:18 565798170      64.12.116.209
2009-03-28 08:29:43 565798170      64.12.116.203
2009-03-28 08:29:44 565798170      64.12.116.203
2009-03-28 08:29:58 565798170      64.12.116.6
2009-03-28 08:31:10 565798170      64.12.116.5
2009-03-28 08:31:42 565798170      64.12.116.67
2009-03-28 09:02:33 565798170      162.84.146.100
2009-03-28 09:02:33 565798170      64.12.116.80
2009-03-28 09:02:40 565798170      64.12.116.7
2009-03-28 09:03:19 565798170      64.12.116.10
2009-03-28 09:06:36 565798170      64.12.116.71
2009-03-28 09:07:25 565798170      64.12.116.17
2009-04-01 18:23:15 565798170      69.113.27.175
```

CONFIDENTIAL

```
2009-04-01 18:23:35 565798170        69.113.27.175
2009-04-01 18:23:41 565798170        69.113.27.175
2009-04-01 18:23:48 565798170        69.113.27.175
2009-04-01 18:23:57 565798170        69.113.27.175
2009-04-01 18:25:16 565798170        69.113.27.175
2009-04-01 18:25:25 565798170        69.113.27.175
2009-04-01 18:25:56 565798170        69.113.27.175
2009-04-01 18:26:02 565798170        69.113.27.175
2009-04-01 18:26:38 565798170        69.113.27.175
2009-04-01 18:26:44 565798170        69.113.27.175
2009-04-01 18:26:49 565798170        69.113.27.175
2009-04-01 18:26:54 565798170        69.113.27.175
2009-04-01 18:27:00 565798170        69.113.27.175
2009-04-01 18:27:02 565798170        69.113.27.175
2009-04-03 13:21:52 565798170        207.29.128.161
2009-04-03 13:22:00 565798170        207.29.128.161
2009-04-03 13:22:10 565798170        207.29.128.161
2009-04-03 13:22:22 565798170        207.29.128.161
2009-04-03 13:22:56 565798170        207.29.128.161
2009-04-03 13:25:39 565798170        207.29.128.161
2009-04-03 13:25:49 565798170        207.29.128.161
2009-04-03 17:42:12 565798170        69.113.27.175
2009-04-03 17:42:59 565798170        69.113.27.175
2009-04-03 17:43:39 565798170        69.113.27.175
2009-04-03 17:43:57 565798170        69.113.27.175
2009-04-03 17:44:03 565798170        69.113.27.175
2009-04-03 17:44:08 565798170        69.113.27.175
2009-04-03 17:44:10 565798170        69.113.27.175
2009-04-03 17:44:35 565798170        69.113.27.175
2009-04-03 17:45:00 565798170        69.113.27.175
2009-04-03 17:45:21 565798170        69.113.27.175
2009-04-03 17:47:13 565798170        69.113.27.175
2009-04-04 17:02:08 565798170        69.113.27.175
2009-04-04 17:02:43 565798170        69.113.27.175
2009-04-04 17:03:08 565798170        69.113.27.175
2009-04-04 17:03:12 565798170        69.113.27.175
2009-04-04 17:03:29 565798170        69.113.27.175
2009-04-04 17:04:55 565798170        69.113.27.175
2009-04-08 07:32:35 565798170        207.29.128.161
2009-04-08 07:33:35 565798170        207.29.128.161
2009-04-08 07:34:07 565798170        207.29.128.161
2009-04-08 07:34:29 565798170        207.29.128.161
2009-04-08 07:34:37 565798170        207.29.128.161
2009-04-08 07:35:04 565798170        207.29.128.161
2009-04-08 07:35:52 565798170        207.29.128.161
2009-04-08 17:19:49 565798170        69.113.27.175
2009-04-08 17:20:09 565798170        69.113.27.175
2009-04-08 17:20:26 565798170        69.113.27.175
2009-04-08 17:21:04 565798170        69.113.27.175
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-04-08 17:21:24 | 565798170 | 69.113.27.175 |
| 2009-04-08 17:21:44 | 565798170 | 69.113.27.175 |
| 2009-04-08 17:21:54 | 565798170 | 69.113.27.175 |
| 2009-04-09 07:37:47 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:38:10 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:38:36 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:38:46 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:38:56 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:39:33 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:39:37 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:39:56 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:40:12 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:40:31 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:41:19 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:42:28 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:42:46 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:43:30 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:43:37 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:43:42 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:44:09 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:44:16 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:44:51 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:44:55 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:45:00 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:45:02 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:45:13 | 565798170 | 207.29.128.161 |
| 2009-04-09 07:45:37 | 565798170 | 207.29.128.161 |
| 2009-04-10 06:55:40 | 565798170 | 207.29.128.161 |
| 2009-04-10 06:56:16 | 565798170 | 207.29.128.161 |
| 2009-04-10 06:56:37 | 565798170 | 207.29.128.161 |
| 2009-04-10 06:56:44 | 565798170 | 207.29.128.161 |
| 2009-04-10 06:56:56 | 565798170 | 207.29.128.161 |
| 2009-04-10 06:57:35 | 565798170 | 207.29.128.161 |
| 2009-04-10 06:57:43 | 565798170 | 207.29.128.161 |
| 2009-04-10 13:10:21 | 565798170 | 69.113.27.175 |
| 2009-04-10 13:10:33 | 565798170 | 69.113.27.175 |
| 2009-04-11 08:10:40 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:11:10 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:11:38 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:11:45 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:12:29 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:12:57 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:13:09 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:13:30 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:18:13 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:27:46 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:28:31 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:28:44 | 565798170 | 162.83.218.119 |
| 2009-04-11 08:30:14 | 565798170 | 162.83.218.119 |

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-04-11 | 08:43:54 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:23:33 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:24:19 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:24:36 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:24:42 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:25:17 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:25:22 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:25:25 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:25:32 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:26:11 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:26:14 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:26:20 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:26:23 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:26 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:28 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:34 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:40 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:46 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:48 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:54 565798170 | 162.83.218.119 |
| 2009-04-11 | 09:27:59 565798170 | 162.83.218.119 |
| 2009-04-11 | 10:21:49 565798170 | 162.83.218.119 |
| 2009-04-11 | 11:24:13 565798170 | 162.83.218.119 |
| 2009-04-11 | 11:24:50 565798170 | 162.83.218.119 |
| 2009-04-11 | 11:25:04 565798170 | 162.83.218.119 |
| 2009-04-11 | 11:25:31 565798170 | 162.83.218.119 |
| 2009-04-11 | 11:25:42 565798170 | 162.83.218.119 |
| 2009-04-11 | 11:26:44 565798170 | 162.83.218.119 |
| 2009-04-11 | 11:26:51 565798170 | 162.83.218.119 |
| 2009-04-13 | 13:20:11 565798170 | 69.113.27.175 |
| 2009-04-13 | 13:20:53 565798170 | 69.113.27.175 |
| 2009-04-13 | 13:21:44 565798170 | 69.113.27.175 |
| 2009-04-13 | 13:21:50 565798170 | 69.113.27.175 |
| 2009-04-13 | 13:22:00 565798170 | 69.113.27.175 |
| 2009-04-13 | 13:22:04 565798170 | 69.113.27.175 |
| 2009-04-13 | 13:22:08 565798170 | 69.113.27.175 |
| 2009-04-13 | 13:22:10 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:05:46 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:06:08 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:07:15 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:07:57 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:09:43 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:10:52 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:10:53 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:10:59 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:11:10 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:11:38 565798170 | 69.113.27.175 |
| 2009-04-14 | 18:11:49 565798170 | 69.113.27.175 |
| 2009-04-16 | 10:19:53 565798170 | 162.83.236.228 |

CONFIDENTIAL

```
2009-04-16 10:20:17 565798170        162.83.236.228
2009-04-16 10:20:54 565798170        162.83.236.228
2009-04-16 10:21:14 565798170        162.83.236.228
2009-04-16 10:21:56 565798170        162.83.236.228
2009-04-16 10:22:25 565798170        162.83.236.228
2009-04-16 10:23:16 565798170        162.83.236.228
2009-04-16 10:23:24 565798170        162.83.236.228
2009-04-16 10:25:52 565798170        162.83.236.228
2009-04-16 10:26:15 565798170        162.83.236.228
2009-04-16 10:26:31 565798170        162.83.236.228
2009-04-16 10:26:33 565798170        162.83.236.228
2009-04-16 10:26:38 565798170        162.83.236.228
2009-04-16 17:28:48 565798170        69.113.27.175
2009-04-16 17:30:10 565798170        69.113.27.175
2009-04-16 17:40:44 565798170        69.113.27.175
2009-04-16 17:41:09 565798170        69.113.27.175
2009-04-17 05:32:20 565798170        64.12.116.136
2009-04-17 05:32:43 565798170        64.12.117.13
2009-04-17 05:35:52 565798170        64.12.117.6
2009-04-17 05:36:59 565798170        64.12.116.12
2009-04-17 05:37:03 565798170        64.12.117.73
2009-04-18 06:51:59 565798170        162.83.237.217
2009-04-18 06:52:26 565798170        162.83.237.217
2009-04-18 06:52:36 565798170        162.83.237.217
2009-04-18 06:52:39 565798170        162.83.237.217
2009-04-18 06:52:59 565798170        162.83.237.217
2009-04-18 06:53:20 565798170        162.83.237.217
2009-04-18 06:53:26 565798170        162.83.237.217
2009-04-18 06:53:45 565798170        162.83.237.217
2009-04-18 11:17:27 565798170        162.83.237.217
2009-04-18 11:51:33 565798170        162.83.237.217
2009-04-21 16:02:27 565798170        64.12.116.136
2009-04-21 16:02:41 565798170        64.12.116.18
2009-04-25 20:54:03 565798170        64.12.116.136
2009-04-25 20:55:00 565798170        64.12.116.16
2009-04-25 20:55:14 565798170        64.12.116.19
2009-04-25 20:55:21 565798170        64.12.116.210
2009-04-25 20:57:37 565798170        64.12.116.135
2009-04-25 21:01:12 565798170        64.12.116.200
2009-04-25 21:01:16 565798170        64.12.116.138
2009-04-25 21:01:25 565798170        64.12.116.132
2009-04-25 21:03:05 565798170        64.12.117.78
2009-04-25 21:03:24 565798170        64.12.116.198
2009-04-25 21:10:47 565798170        64.12.116.195
2009-04-25 21:12:07 565798170        64.12.117.16
2009-04-25 21:15:25 565798170        64.12.116.133
2009-04-25 21:16:18 565798170        64.12.116.138
2009-04-25 21:16:43 565798170        64.12.116.208
2009-04-25 21:17:17 565798170        64.12.116.130
```

CONFIDENTIAL

```
2009-04-25 21:20:20 565798170          64.12.116.145
2009-04-26 18:22:51 565798170          69.113.27.175
2009-04-26 18:23:12 565798170          69.113.27.175
2009-04-26 18:23:32 565798170          69.113.27.175
2009-04-26 18:23:34 565798170          69.113.27.175
2009-04-26 18:24:18 565798170          69.113.27.175
2009-04-26 18:24:36 565798170          69.113.27.175
2009-04-26 18:24:43 565798170          69.113.27.175
2009-04-26 18:24:46 565798170          69.113.27.175
2009-04-26 18:25:24 565798170          69.113.27.175
2009-04-26 18:25:27 565798170          69.113.27.175
2009-04-26 18:25:32 565798170          69.113.27.175
2009-04-26 18:25:42 565798170          69.113.27.175
2009-04-26 18:26:32 565798170          69.113.27.175
2009-04-26 18:26:38 565798170          69.113.27.175
2009-04-26 18:26:44 565798170          69.113.27.175
2009-04-26 18:26:46 565798170          69.113.27.175
2009-04-26 18:26:53 565798170          69.113.27.175
2009-04-26 18:28:20 565798170          69.113.27.175
2009-04-26 18:28:39 565798170          69.113.27.175
2009-04-26 18:28:50 565798170          69.113.27.175
2009-04-26 18:30:05 565798170          69.113.27.175
2009-04-26 18:30:09 565798170          69.113.27.175
2009-04-26 18:30:11 565798170          69.113.27.175
2009-04-26 18:30:20 565798170          69.113.27.175
2009-04-26 19:25:25 565798170          205.188.116.136
2009-04-26 19:25:58 565798170          205.188.116.139
2009-04-27 14:52:54 565798170          162.84.151.203
2009-04-27 14:54:12 565798170          162.84.151.203
2009-04-27 14:56:25 565798170          162.84.151.203
2009-04-27 14:57:02 565798170          162.84.151.203
2009-04-27 14:57:11 565798170          162.84.151.203
2009-04-27 14:57:43 565798170          162.84.151.203
2009-04-27 14:58:08 565798170          162.84.151.203
2009-04-27 14:58:45 565798170          162.84.151.203
2009-04-27 14:58:57 565798170          162.84.151.203
2009-04-27 15:00:02 565798170          162.84.151.203
2009-04-27 15:00:08 565798170          162.84.151.203
2009-04-27 15:00:15 565798170          162.84.151.203
2009-04-27 15:04:36 565798170          162.84.151.203
2009-04-27 15:05:06 565798170          162.84.151.203
2009-04-27 15:05:09 565798170          162.84.151.203
2009-04-27 15:05:19 565798170          162.84.151.203
2009-04-27 15:05:27 565798170          162.84.151.203
2009-04-27 15:05:31 565798170          162.84.151.203
2009-04-27 17:14:07 565798170          69.113.27.175
2009-04-27 18:00:20 565798170          205.188.116.200
2009-04-27 19:32:37 565798170          64.12.116.136
2009-04-27 19:32:56 565798170          64.12.117.67
```

```
2009-04-27 19:41:31 565798170     64.12.117.77
2009-04-27 19:41:40 565798170     64.12.117.72
2009-04-27 19:42:00 565798170     64.12.117.15
2009-04-28 08:33:19 565798170     69.113.27.175
2009-04-28 08:34:21 565798170     69.113.27.175
2009-04-28 08:35:22 565798170     69.113.27.175
2009-04-28 08:35:28 565798170     69.113.27.175
2009-04-28 08:35:38 565798170     69.113.27.175
2009-04-28 13:48:23 565798170     69.113.27.175
2009-04-28 15:58:25 565798170     69.113.27.175
2009-04-28 15:58:38 565798170     69.113.27.175
2009-04-28 19:30:52 565798170     64.12.117.12
2009-04-28 19:32:09 565798170     64.12.116.143
2009-04-28 19:32:18 565798170     64.12.117.8
2009-04-28 19:32:35 565798170     64.12.116.72
2009-04-28 19:32:39 565798170     64.12.117.13
2009-04-29 20:11:49 565798170     205.188.116.136
2009-04-29 20:12:06 565798170     205.188.116.19
2009-04-30 12:53:42 565798170     162.83.232.211
2009-04-30 12:55:30 565798170     162.83.232.211
2009-04-30 12:55:38 565798170     162.83.232.211
2009-04-30 12:55:45 565798170     162.83.232.211
2009-04-30 12:59:27 565798170     162.83.232.211
2009-04-30 12:59:33 565798170     162.83.232.211
2009-04-30 12:59:36 565798170     162.83.232.211
2009-04-30 13:03:38 565798170     162.83.232.211
2009-04-30 13:03:42 565798170     162.83.232.211
2009-04-30 13:03:46 565798170     162.83.232.211
2009-04-30 13:11:20 565798170     162.83.232.211
2009-04-30 13:12:15 565798170     162.83.232.211
2009-04-30 13:12:29 565798170     162.83.232.211
2009-04-30 13:12:42 565798170     162.83.232.211
2009-04-30 13:12:58 565798170     162.83.232.211
2009-05-06 17:57:02 565798170     69.113.27.175
2009-05-06 17:58:07 565798170     69.113.27.175
2009-05-06 17:58:07 565798170     69.113.27.175
2009-05-06 17:58:07 565798170     69.113.27.175
2009-05-06 17:58:36 565798170     69.113.27.175
2009-05-06 17:58:41 565798170     69.113.27.175
2009-05-06 17:58:56 565798170     69.113.27.175
2009-05-06 17:59:09 565798170     69.113.27.175
2009-05-06 17:59:09 565798170     69.113.27.175
2009-05-06 17:59:13 565798170     69.113.27.175
2009-05-06 17:59:21 565798170     69.113.27.175
2009-05-06 17:59:21 565798170     69.113.27.175
2009-05-06 17:59:24 565798170     69.113.27.175
2009-05-06 17:59:39 565798170     69.113.27.175
2009-05-06 18:00:13 565798170     69.113.27.175
2009-05-06 18:00:57 565798170     69.113.27.175
```

CONFIDENTIAL

```
2009-05-06 18:01:06 565798170        69.113.27.175
2009-05-06 18:02:10 565798170        69.113.27.175
2009-05-06 19:08:01 565798170        69.113.27.175
2009-05-06 19:08:16 565798170        69.113.27.175
2009-05-06 19:08:46 565798170        69.113.27.175
2009-05-06 19:09:55 565798170        69.113.27.175
2009-05-06 19:10:04 565798170        69.113.27.175
2009-05-06 19:10:10 565798170        69.113.27.175
2009-05-06 19:10:13 565798170        69.113.27.175
2009-05-06 19:10:19 565798170        69.113.27.175
2009-05-06 19:10:31 565798170        69.113.27.175
2009-05-06 19:13:45 565798170        69.113.27.175
2009-05-07 10:34:51 565798170        172.24.49.100
2009-05-07 10:36:34 565798170        172.24.49.100
2009-05-08 07:44:34 565798170        69.113.27.175
2009-05-08 07:44:56 565798170        69.113.27.175
2009-05-08 07:44:56 565798170        69.113.27.175
2009-05-08 07:44:56 565798170        69.113.27.175
2009-05-08 07:45:22 565798170        69.113.27.175
2009-05-08 07:47:00 565798170        69.113.27.175
2009-05-08 07:47:11 565798170        69.113.27.175
2009-05-08 07:47:32 565798170        69.113.27.175
2009-05-08 07:47:50 565798170        69.113.27.175
2009-05-08 07:47:54 565798170        69.113.27.175
2009-05-08 07:47:57 565798170        69.113.27.175
2009-05-08 07:47:59 565798170        69.113.27.175
2009-05-08 07:48:02 565798170        69.113.27.175
2009-05-08 07:48:35 565798170        69.113.27.175
2009-05-08 07:49:16 565798170        69.113.27.175
2009-05-08 07:49:49 565798170        69.113.27.175
2009-05-08 07:50:10 565798170        69.113.27.175
2009-05-08 07:50:18 565798170        69.113.27.175
2009-05-08 07:50:23 565798170        69.113.27.175
2009-05-08 07:50:25 565798170        69.113.27.175
2009-05-08 07:50:31 565798170        69.113.27.175
2009-05-08 07:50:35 565798170        69.113.27.175
2009-05-08 07:50:48 565798170        69.113.27.175
2009-05-08 07:50:53 565798170        69.113.27.175
2009-05-08 07:51:40 565798170        69.113.27.175
2009-05-08 07:51:59 565798170        69.113.27.175
2009-05-08 07:52:04 565798170        69.113.27.175
2009-05-08 07:52:12 565798170        69.113.27.175
2009-05-08 07:52:16 565798170        69.113.27.175
2009-05-08 07:52:23 565798170        69.113.27.175
2009-05-08 07:52:26 565798170        69.113.27.175
2009-05-08 07:52:29 565798170        69.113.27.175
2009-05-08 07:52:31 565798170        69.113.27.175
2009-05-08 07:52:33 565798170        69.113.27.175
2009-05-08 07:52:44 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-05-08 07:52:49 565798170        69.113.27.175
2009-05-08 07:52:58 565798170        69.113.27.175
2009-05-08 07:53:17 565798170        69.113.27.175
2009-05-08 07:53:37 565798170        69.113.27.175
2009-05-08 07:54:03 565798170        69.113.27.175
2009-05-08 07:54:40 565798170        69.113.27.175
2009-05-08 07:55:12 565798170        69.113.27.175
2009-05-08 07:55:26 565798170        69.113.27.175
2009-05-08 07:55:52 565798170        69.113.27.175
2009-05-08 07:56:04 565798170        69.113.27.175
2009-05-08 07:56:19 565798170        69.113.27.175
2009-05-08 07:56:57 565798170        69.113.27.175
2009-05-08 07:57:17 565798170        69.113.27.175
2009-05-08 07:57:30 565798170        69.113.27.175
2009-05-08 07:57:57 565798170        69.113.27.175
2009-05-08 07:57:59 565798170        69.113.27.175
2009-05-08 07:58:01 565798170        69.113.27.175
2009-05-08 07:58:08 565798170        69.113.27.175
2009-05-08 07:59:11 565798170        69.113.27.175
2009-05-08 07:59:35 565798170        69.113.27.175
2009-05-08 07:59:50 565798170        69.113.27.175
2009-05-08 08:00:02 565798170        69.113.27.175
2009-05-08 08:00:15 565798170        69.113.27.175
2009-05-08 08:00:43 565798170        69.113.27.175
2009-05-08 08:02:26 565798170        69.113.27.175
2009-05-08 08:03:18 565798170        10.18.255.249
2009-05-08 08:03:43 565798170        69.113.27.175
2009-05-08 08:03:47 565798170        69.113.27.175
2009-05-08 08:04:15 565798170        69.113.27.175
2009-05-08 08:04:47 565798170        69.113.27.175
2009-05-08 08:06:42 565798170        69.113.27.175
2009-05-08 08:07:09 565798170        69.113.27.175
2009-05-08 08:07:49 565798170        69.113.27.175
2009-05-08 08:07:55 565798170        69.113.27.175
2009-05-08 08:08:02 565798170        69.113.27.175
2009-05-08 08:08:47 565798170        69.113.27.175
2009-05-08 08:08:53 565798170        69.113.27.175
2009-05-08 08:09:21 565798170        69.113.27.175
2009-05-08 08:09:31 565798170        69.113.27.175
2009-05-08 08:09:43 565798170        69.113.27.175
2009-05-08 08:10:01 565798170        69.113.27.175
2009-05-08 08:10:27 565798170        69.113.27.175
2009-05-08 08:11:33 565798170        69.113.27.175
2009-05-08 08:11:52 565798170        69.113.27.175
2009-05-08 08:12:42 565798170        69.113.27.175
2009-05-08 08:12:52 565798170        69.113.27.175
2009-05-08 08:13:40 565798170        69.113.27.175
2009-05-08 08:14:03 565798170        69.113.27.175
2009-05-08 08:14:24 565798170        69.113.27.175
```

```
2009-05-10 20:40:45 565798170        69.113.27.175
2009-05-10 20:41:01 565798170        69.113.27.175
2009-05-10 20:42:04 565798170        69.113.27.175
2009-05-10 20:42:05 565798170        69.113.27.175
2009-05-10 20:42:26 565798170        69.113.27.175
2009-05-10 20:43:14 565798170        69.113.27.175
2009-05-10 20:43:16 565798170        69.113.27.175
2009-05-10 20:43:41 565798170        69.113.27.175
2009-05-10 20:43:42 565798170        69.113.27.175
2009-05-10 20:43:50 565798170        69.113.27.175
2009-05-10 20:43:53 565798170        69.113.27.175
2009-05-10 20:44:17 565798170        69.113.27.175
2009-05-10 20:44:21 565798170        69.113.27.175
2009-05-10 20:44:24 565798170        69.113.27.175
2009-05-10 20:44:42 565798170        69.113.27.175
2009-05-10 20:44:45 565798170        69.113.27.175
2009-05-10 20:44:46 565798170        69.113.27.175
2009-05-10 20:45:16 565798170        69.113.27.175
2009-05-10 20:45:45 565798170        69.113.27.175
2009-05-13 19:45:44 565798170        69.113.27.175
2009-05-13 19:46:28 565798170        69.113.27.175
2009-05-13 19:46:29 565798170        69.113.27.175
2009-05-13 19:48:36 565798170        69.113.27.175
2009-05-13 19:49:02 565798170        69.113.27.175
2009-05-13 19:49:56 565798170        69.113.27.175
2009-05-13 19:52:49 565798170        69.113.27.175
2009-05-13 19:53:09 565798170        69.113.27.175
2009-05-13 19:53:10 565798170        69.113.27.175
2009-05-13 19:53:43 565798170        69.113.27.175
2009-05-13 19:54:03 565798170        69.113.27.175
2009-05-13 19:54:21 565798170        69.113.27.175
2009-05-13 19:54:27 565798170        69.113.27.175
2009-05-13 19:54:32 565798170        69.113.27.175
2009-05-13 19:55:34 565798170        69.113.27.175
2009-05-13 19:56:20 565798170        69.113.27.175
2009-05-14 12:12:25 565798170        162.83.234.176
2009-05-14 12:14:18 565798170        162.83.234.176
2009-05-14 12:14:22 565798170        162.83.234.176
2009-05-14 12:15:07 565798170        162.83.234.176
2009-05-14 12:15:07 565798170        162.83.234.176
2009-05-14 12:15:07 565798170        162.83.234.176
2009-05-14 12:15:16 565798170        162.83.234.176
2009-05-14 12:15:51 565798170        10.18.255.249
2009-05-14 12:16:12 565798170        162.83.234.176
2009-05-14 12:17:56 565798170        10.18.255.250
2009-05-14 12:18:08 565798170        162.83.234.176
2009-05-14 12:19:53 565798170        10.18.255.249
2009-05-14 12:20:10 565798170        162.83.234.176
2009-05-14 12:20:12 565798170        162.83.234.176
```

CONFIDENTIAL

```
2009-05-14 12:20:25 565798170        162.83.234.176
2009-05-14 12:20:45 565798170        162.83.234.176
2009-05-14 12:20:54 565798170        162.83.234.176
2009-05-14 12:22:24 565798170        162.83.234.176
2009-05-14 12:22:36 565798170        162.83.234.176
2009-05-14 12:22:53 565798170        162.83.234.176
2009-05-14 12:22:57 565798170        162.83.234.176
2009-05-14 12:23:03 565798170        162.83.234.176
2009-05-14 12:23:08 565798170        162.83.234.176
2009-05-14 12:23:14 565798170        162.83.234.176
2009-05-14 12:23:30 565798170        162.83.234.176
2009-05-14 12:23:33 565798170        162.83.234.176
2009-05-14 12:23:35 565798170        162.83.234.176
2009-05-14 12:23:38 565798170        162.83.234.176
2009-05-14 12:23:47 565798170        162.83.234.176
2009-05-14 12:23:49 565798170        162.83.234.176
2009-05-14 12:23:55 565798170        162.83.234.176
2009-05-14 12:23:56 565798170        162.83.234.176
2009-05-14 12:23:59 565798170        162.83.234.176
2009-05-14 12:24:01 565798170        162.83.234.176
2009-05-14 12:24:08 565798170        162.83.234.176
2009-05-14 12:24:11 565798170        162.83.234.176
2009-05-14 12:24:15 565798170        162.83.234.176
2009-05-14 12:25:56 565798170        162.83.234.176
2009-05-14 12:25:58 565798170        162.83.234.176
2009-05-14 12:25:58 565798170        162.83.234.176
2009-05-14 12:26:10 565798170        162.83.234.176
2009-05-14 12:27:49 565798170        162.83.234.176
2009-05-14 12:28:30 565798170        162.83.234.176
2009-05-14 12:39:04 565798170        162.83.234.176
2009-05-14 12:39:37 565798170        162.83.234.176
2009-05-14 12:39:47 565798170        162.83.234.176
2009-05-14 12:40:01 565798170        162.83.234.176
2009-05-14 12:40:15 565798170        162.83.234.176
2009-05-14 12:40:17 565798170        162.83.234.176
2009-05-14 12:40:30 565798170        162.83.234.176
2009-05-14 12:40:34 565798170        162.83.234.176
2009-05-14 12:40:41 565798170        162.83.234.176
2009-05-14 12:40:44 565798170        162.83.234.176
2009-05-14 12:40:48 565798170        162.83.234.176
2009-05-14 12:40:55 565798170        162.83.234.176
2009-05-14 12:40:56 565798170        162.83.234.176
2009-05-14 12:41:00 565798170        162.83.234.176
2009-05-14 12:41:07 565798170        162.83.234.176
2009-05-14 12:41:20 565798170        162.83.234.176
2009-05-14 12:41:23 565798170        162.83.234.176
2009-05-14 12:41:36 565798170        162.83.234.176
2009-05-14 12:44:57 565798170        162.83.234.176
2009-05-14 12:46:55 565798170        162.83.234.176
```

CONFIDENTIAL

| | | |
|---|---|---|
| 2009-05-14 12:48:38 | 565798170 | 162.83.234.176 |
| 2009-05-14 12:48:50 | 565798170 | 162.83.234.176 |
| 2009-05-15 12:36:15 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:00 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:11 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:11 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:14 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:31 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:37 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:37 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:38:42 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:41:54 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:43:09 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:44:58 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:45:10 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:45:25 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:45:38 | 565798170 | 162.83.246.69 |
| 2009-05-15 12:45:45 | 565798170 | 162.83.246.69 |
| 2009-05-20 16:44:15 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:47:06 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:47:06 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:47:06 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:47:15 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:48:10 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:48:21 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:48:42 | 565798170 | 69.113.27.175 |
| 2009-05-20 16:48:58 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:43:46 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:43:58 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:43:58 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:44:00 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:45:06 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:47:41 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:47:45 | 565798170 | 69.113.27.175 |
| 2009-05-26 16:47:55 | 565798170 | 10.129.127.154 |
| 2009-05-26 16:48:00 | 565798170 | 10.129.127.150 |
| 2009-05-26 16:48:02 | 565798170 | 10.129.127.166 |
| 2009-05-26 20:00:57 | 565798170 | 69.113.27.175 |
| 2009-05-26 20:01:51 | 565798170 | 69.113.27.175 |
| 2009-05-26 20:01:51 | 565798170 | 69.113.27.175 |
| 2009-05-26 20:01:51 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:32:02 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:32:43 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:32:43 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:32:43 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:32:53 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:32:54 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:33:03 | 565798170 | 69.113.27.175 |
| 2009-05-27 15:37:29 | 565798170 | 69.113.27.175 |

CONFIDENTIAL

```
2009-05-27 15:39:15 565798170        69.113.27.175
2009-05-27 15:39:21 565798170        69.113.27.175
2009-05-27 15:40:19 565798170        69.113.27.175
2009-05-27 15:40:20 565798170        69.113.27.175
2009-05-27 15:40:25 565798170        69.113.27.175
2009-05-27 15:40:27 565798170        69.113.27.175
2009-05-27 15:40:51 565798170        69.113.27.175
2009-05-27 15:41:06 565798170        69.113.27.175
2009-05-27 15:41:43 565798170        69.113.27.175
2009-05-27 15:41:52 565798170        69.113.27.175
2009-05-27 15:41:56 565798170        69.113.27.175
2009-05-27 15:42:02 565798170        69.113.27.175
2009-05-27 15:43:13 565798170        69.113.27.175
2009-05-27 15:43:22 565798170        69.113.27.175
2009-05-27 15:43:33 565798170        69.113.27.175
2009-05-27 15:43:35 565798170        69.113.27.175
2009-05-27 15:46:17 565798170        69.113.27.175
2009-05-27 15:46:31 565798170        69.113.27.175
2009-05-27 15:46:33 565798170        69.113.27.175
2009-05-27 15:47:23 565798170        69.113.27.175
2009-05-27 15:47:30 565798170        69.113.27.175
2009-05-27 15:47:32 565798170        69.113.27.175
2009-05-27 15:48:06 565798170        69.113.27.175
2009-05-27 15:48:27 565798170        69.113.27.175
2009-05-27 15:50:19 565798170        69.113.27.175
2009-05-27 15:54:16 565798170        69.113.27.175
2009-05-27 15:54:30 565798170        69.113.27.175
2009-05-27 15:54:39 565798170        69.113.27.175
2009-05-27 15:54:41 565798170        69.113.27.175
2009-05-27 15:55:38 565798170        69.113.27.175
2009-05-27 15:55:45 565798170        69.113.27.175
2009-05-27 15:55:45 565798170        69.113.27.175
2009-05-27 15:57:27 565798170        69.113.27.175
2009-05-27 15:57:31 565798170        69.113.27.175
2009-05-27 15:57:37 565798170        69.113.27.175
2009-05-27 15:57:39 565798170        69.113.27.175
2009-05-27 15:57:44 565798170        69.113.27.175
2009-05-27 15:57:47 565798170        69.113.27.175
2009-05-27 15:58:07 565798170        69.113.27.175
2009-05-27 15:58:22 565798170        69.113.27.175
2009-05-27 15:58:25 565798170        69.113.27.175
2009-05-27 15:59:13 565798170        69.113.27.175
2009-05-27 15:59:19 565798170        69.113.27.175
2009-05-27 15:59:21 565798170        69.113.27.175
2009-05-27 16:00:42 565798170        69.113.27.175
2009-05-27 16:00:48 565798170        69.113.27.175
2009-05-27 16:00:50 565798170        69.113.27.175
2009-05-27 16:01:25 565798170        69.113.27.175
2009-05-27 16:01:29 565798170        69.113.27.175
```

CONFIDENTIAL

```
2009-05-27 16:01:31 565798170        69.113.27.175
2009-06-01 18:56:39 565798170        69.113.27.175
2009-06-01 18:56:54 565798170        69.113.27.175
2009-06-01 18:56:54 565798170        69.113.27.175
2009-06-01 18:56:57 565798170        69.113.27.175
2009-06-01 18:57:13 565798170        69.113.27.175
2009-06-01 18:58:04 565798170        69.113.27.175
2009-06-01 18:58:22 565798170        69.113.27.175
2009-06-01 19:05:01 565798170        69.113.27.175
2009-06-01 19:05:25 565798170        69.113.27.175
2009-06-01 19:05:38 565798170        69.113.27.175
2009-06-01 19:05:40 565798170        69.113.27.175
2009-06-01 19:05:44 565798170        69.113.27.175
2009-06-01 19:06:26 565798170        69.113.27.175
2009-06-01 19:06:29 565798170        69.113.27.175
2009-06-01 19:07:15 565798170        69.113.27.175
2009-06-01 19:07:21 565798170        69.113.27.175
2009-06-01 19:08:11 565798170        69.113.27.175
2009-06-01 19:08:18 565798170        69.113.27.175
2009-06-01 19:09:08 565798170        69.113.27.175
2009-06-01 19:09:33 565798170        69.113.27.175
2009-06-01 19:09:34 565798170        69.113.27.175
2009-06-01 19:09:34 565798170        69.113.27.175
2009-06-01 19:09:43 565798170        69.113.27.175
2009-06-01 19:11:13 565798170        69.113.27.175
2009-06-01 19:11:42 565798170        69.113.27.175
2009-06-01 19:12:09 565798170        69.113.27.175
2009-06-01 19:12:13 565798170        69.113.27.175
2009-06-01 19:12:27 565798170        69.113.27.175
2009-06-01 19:12:41 565798170        69.113.27.175
2009-06-01 19:12:42 565798170        69.113.27.175
2009-06-01 19:13:58 565798170        69.113.27.175
2009-06-01 19:14:07 565798170        69.113.27.175
2009-06-01 19:14:45 565798170        69.113.27.175
2009-06-01 19:14:46 565798170        69.113.27.175
2009-06-01 19:14:50 565798170        69.113.27.175
2009-06-01 19:14:50 565798170        69.113.27.175
2009-06-01 19:15:05 565798170        69.113.27.175
2009-06-01 19:15:20 565798170        69.113.27.175
2009-06-08 18:54:38 565798170        69.113.27.175
2009-06-08 18:54:59 565798170        69.113.27.175
2009-06-08 18:55:01 565798170        69.113.27.175
2009-06-08 18:55:13 565798170        69.113.27.175
2009-06-08 18:55:15 565798170        69.113.27.175
2009-06-08 18:55:28 565798170        69.113.27.175
2009-06-08 18:55:51 565798170        69.113.27.175
2009-06-08 18:56:14 565798170        69.113.27.175
2009-06-18 10:51:35 565798170        205.188.116.136
2009-06-18 10:51:54 565798170        205.188.117.74
```

CONFIDENTIAL

```
2009-06-18 10:52:24 565798170      205.188.116.207
2009-06-18 10:52:28 565798170      205.188.117.14
2009-06-18 10:52:32 565798170      205.188.116.80
2009-06-18 11:00:33 565798170      205.188.116.209
2009-06-18 11:01:27 565798170      205.188.117.13
2009-06-18 11:02:36 565798170      205.188.116.12
2009-06-18 11:02:42 565798170      162.84.140.111
2009-06-18 11:02:42 565798170      205.188.116.203
2009-06-18 11:02:51 565798170      205.188.116.200
2009-06-18 11:02:58 565798170      205.188.116.135
2009-06-18 11:03:01 565798170      205.188.117.78
2009-06-18 11:03:10 565798170      205.188.117.79
2009-06-18 11:04:42 565798170      205.188.116.133
2009-06-18 11:06:25 565798170      205.188.117.72
2009-06-18 11:06:43 565798170      205.188.117.6
2009-06-18 11:06:51 565798170      205.188.116.209
2009-06-18 11:06:57 565798170      205.188.116.208
2009-06-18 11:07:02 565798170      205.188.117.5
2009-06-18 11:07:14 565798170      205.188.117.15
2009-06-18 11:07:47 565798170      205.188.116.74
2009-06-18 11:08:20 565798170      205.188.117.73
2009-06-18 11:08:36 565798170      205.188.117.14
2009-06-18 11:08:42 565798170      205.188.116.72
2009-06-18 11:15:32 565798170      205.188.116.16
2009-06-18 11:16:07 565798170      205.188.116.76
2009-06-18 11:25:07 565798170      205.188.116.205
2009-06-18 11:26:26 565798170      205.188.117.6
2009-06-18 11:27:08 565798170      205.188.116.8
2009-06-18 11:27:28 565798170      205.188.116.78
2009-06-18 11:28:19 565798170      205.188.117.72
2009-06-18 11:28:27 565798170      205.188.116.73
2009-06-18 11:29:23 565798170      205.188.117.77
2009-06-18 11:29:39 565798170      205.188.117.20
2009-06-18 11:29:46 565798170      205.188.116.137
2009-06-18 11:31:00 565798170      205.188.117.7
2009-06-18 11:31:05 565798170      205.188.116.68
2009-06-18 11:31:10 565798170      205.188.117.68
2009-06-18 11:32:20 565798170      205.188.116.9
2009-06-18 11:32:26 565798170      205.188.116.135
2009-06-18 11:32:30 565798170      205.188.116.15
2009-06-18 11:34:20 565798170      205.188.116.20
2009-06-18 11:34:30 565798170      162.84.140.111
2009-06-18 11:34:30 565798170      205.188.116.70
2009-06-18 11:36:18 565798170      205.188.117.65
2009-06-18 11:58:07 565798170      205.188.116.205
2009-06-18 11:58:18 565798170      205.188.116.5
2009-06-18 11:58:22 565798170      205.188.116.15
2009-06-18 11:58:31 565798170      205.188.117.76
2009-06-18 11:58:35 565798170      205.188.117.80
```

CONFIDENTIAL

2009-06-18 11:59:20 565798170     205.188.116.11
2009-06-18 11:59:26 565798170     205.188.117.7
2009-06-18 11:59:31 565798170     205.188.116.195
2009-06-18 11:59:47 565798170     205.188.116.207
2009-06-21 16:20:08 565798170     69.113.27.175
2009-06-21 16:20:50 565798170     69.113.27.175
2009-06-21 16:20:50 565798170     69.113.27.175
2009-06-21 16:20:52 565798170     69.113.27.175
2009-06-21 16:20:53 565798170     69.113.27.175
2009-06-21 16:22:07 565798170     69.113.27.175
2009-06-21 16:22:14 565798170     69.113.27.175
2009-06-21 16:23:15 565798170     69.113.27.175
2009-06-21 16:23:29 565798170     69.113.27.175
2009-06-21 16:23:32 565798170     69.113.27.175
2009-06-21 16:23:33 565798170     69.113.27.175
2009-06-21 16:23:49 565798170     69.113.27.175
2009-06-21 16:24:02 565798170     69.113.27.175
2009-06-21 16:25:46 565798170     69.113.27.175
2009-06-21 16:26:48 565798170     69.113.27.175
2009-06-21 16:26:54 565798170     69.113.27.175
2009-06-21 16:26:58 565798170     69.113.27.175
2009-06-21 16:27:29 565798170     69.113.27.175
2009-06-21 16:27:32 565798170     69.113.27.175
2009-06-21 16:27:35 565798170     69.113.27.175
2009-06-21 16:29:02 565798170     69.113.27.175
2009-06-21 16:29:09 565798170     69.113.27.175
2009-06-21 16:29:11 565798170     69.113.27.175
2009-06-21 16:29:31 565798170     69.113.27.175
2009-06-21 16:30:34 565798170     69.113.27.175
2009-06-21 16:30:40 565798170     69.113.27.175
2009-06-21 16:33:18 565798170     69.113.27.175
2009-06-21 16:33:33 565798170     69.113.27.175
2009-06-21 16:33:34 565798170     69.113.27.175
2009-06-21 16:33:45 565798170     69.113.27.175
2009-06-21 16:33:58 565798170     69.113.27.175
2009-06-21 16:34:01 565798170     69.113.27.175
2009-06-21 16:34:16 565798170     69.113.27.175
2009-06-21 16:36:40 565798170     69.113.27.175
2009-06-21 16:43:15 565798170     69.113.27.175

CONFIDENTIAL