# VILLAGE OF OCEAN BEACH



Natalie K. Rogers
Mayor/ Police Commissioner

George B. Hesse
Deputy Chief of Police

**POLICE DEPARTMENT**
**PO BOX 425**
**OCEAN BEACH, NEW YORK 11770**
**631-589-5866 fax 631-583-8289**

May 16, 2006

Southampton Town Police Department
110 Old Riverhead Road
Hampton Bays, New York 11946

Dear Sgt. Foster;

    In response to your request for information pertaining to Frank Fiorillo, at this time I can only confirm dates of employment. He worked for this department from 5/2003 through 4/2006 as a Seasonal Police Officer. If there is anything else I can help you with please call me at my office.

Sincerely,

*[signature]*

George B. Hesse, Chief of Police

RECEIVED
AUG 2 4 2009
TWG

STPD 001

## SOUTHAMPTON TOWN POLICE DEPARTMENT
## TOWN of SOUTHAMPTON

*110 Old Riverhead Road*
*Hampton Bays, New York 11946*



**JAMES P. OVERTON**
*Chief of Police*

*Emergency: 911*
*Anonymous Tip Hotline: (631) 728-3451*
*General Business: (631) 728-5000*
*Police Reports: (631) 728-5007*
*(631) 728-5008*
*FAX: (631) 728-5440*

May 8, 2006

Incorporated Village of Ocean Beach
Cottage & Bay Walk
Ocean Beach, NY 11770

    Frank Fiorillo has applied to this department for employment as a Part Time Police Officer.
    Attached you will find a release of information form signed by the applicant and notarized. Please forward any information you have in regards to the applicant that you feel may be related to the position for which he has applied.

    Thank you in advance.

    Sincerely

    Sgt. Scott Foster #28

# SUFFOLK COUNTY APPLICATION FOR EMPLOYMENT
## OPEN-COMPETITIVE EXAMINATIONS AND NON-COMPETITIVE APPOINTMENTS

SUFFOLK COUNTY DEPARTMENT OF CIVIL SERVICE/HUMAN RESOURCES

**THIS IS FORM CS-205 PART A.**
**YOU MUST ALSO COMPLETE FORM CS-205 PART B.**

725 Veterans Memorial Highway, North County Complex, Bldg. 158
P.O. Box 6100    Hauppauge, NY 11788-0099
(631) 853-5500    Internet/www.co.suffolk.ny.us

SUFFOLK COUNTY DOES NOT DISCRIMINATE AGAINST ANY APPLICANT BECAUSE OF RACE, CREED, COLOR, NATIONAL ORIGIN, HANDICAP, SEX, AGE, MARITAL STATUS OR SEXUAL PREFERENCE.

09-0101: 01/02cb

Unless otherwise stated in the examination announcement, **THE APPLICATION PROCESSING FEE IS $25.00.** A separate application is required for each examination (identified by examination number) for which you are applying. Each application MUST be accompanied by a $25 NON-REFUNDABLE NON-TRANSFERABLE application processing fee. DO NOT SEND CASH. Make the check or money order payable to the Suffolk County Department of Civil Service. Please indicate the examination title and the applicant's social security number on the face of the check or money order. This application is part of your examination. Answer all questions fully and carefully in ink or on typewriter. Attach additional sheets if necessary to give detailed information.

**PLEASE PRINT:**

1. EXACT TITLE OF EXAMINATION: **POLICE OFFICER**
2. LAST NAME: **FIORILLO**  FIRST NAME: **FRANK**  M.I.:
   SOCIAL SECURITY NUMBER: **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**
   MAILING ADDRESS: **P.O. BOX 156**
   LEGAL ADDRESS (if different from mailing address): **7 WELLWOOD AVENUE**
   CITY: **BABYLON**  STATE: **NEW YORK**  ZIP CODE: **11702-0156**
   CITY: **FARMINGDALE**  STATE: **NEW YORK**  ZIP CODE: **11735-1213**

3. **PLACE OF EXAMINATION**
   Please check the examination center where you wish to be tested.
   ☑ SELDEN    ☐ RIVERHEAD

4. **DAYTIME TELEPHONE NUMBER** (include area code)
   You may be contacted by prospective employers.
   **(631) 847-0588**

5. **LEGAL RESIDENCE CODES** Identify each of the districts of which you are a legal resident, not where you wish to be employed. If your legal residence changes, you must notify the Suffolk County Civil Service Department at once in writing. Complete the boxes with the correct codes for your legal residence. See last page of application for list of residence codes.

| COUNTY | TOWN | SCHOOL DISTRICT | VILLAGE | LIBRARY DISTRICT |
|---|---|---|---|---|
| C- 1 | T- 1 | S- 302 | V- 3 | L- 2 |

6. **GEOGRAPHIC ZONES**
   Check one or more of the boxes below indicating the geographic zones in which you would be willing to accept an appointment. Your name will be certified only for job vacancies in the geographic zones you check.

   Zone 1 ☑ Riverhead, Southold, Shelter Island, Southampton, and East Hampton Townships
   Zone 2 ☑ Brookhaven Township
   Zone 3 ☑ Smithtown and Islip Townships
   Zone 4 ☑ Huntington and Babylon townships

7. Check appropriate box to the right of each question:
   A. Have you ever been convicted of any crime (felony or misdemeanor)?  YES ☐  NO ☑
   B. Have you ever forfeited bail bond posted to guarantee your appearance in court to answer to any criminal charge?  YES ☐  NO ☑
   C. Were you ever dismissed or discharged from any employment for reasons other than lack of work or funds?  YES ☐  NO ☑
   D. Did you ever resign from any employment rather than face dismissal?  YES ☐  NO ☑
   E. Did you ever receive a discharge from the Armed Forces of the United States which was other than honorable or which was issued under other than honorable circumstances?  YES ☐  NO ☑

- Successful completion of an appropriate medical examination may be required.
- If you answered YES to any part of question 7 you MUST give specifics in the COMMENTS section below.
- None of the above circumstances represents an automatic bar to employment. Each case is considered and evaluated on individual merits in relation to the duties and responsibilities of the position for which you are applying. Background investigations may be conducted on all candidates considered for employment. A False statement may result in the disqualification of your application in accordance with the provisions of Section 50 of the Civil Service Law.
- A candidate appointed to a vacancy in the service of Suffolk County shall be required to disclose, and a candidate appointed to any other vacancy in the civil service may be required to disclose, whether he/she is currently receiving any form of disability payment from New York State.

**THE FOLLOWING QUESTIONS ARE OPTIONAL.**

8. Are you a Saturday sabbath observer who, for religious reasons only, requests permission to take this examination after sundown on Saturday?  YES ☐  NO ☑
   If you checked YES, you will be asked to provide verification.

9. Do you need special accommodations to participate in this examination?  YES ☐  NO ☑
   If you checked YES, please describe the type assistance you request in the COMMENTS section below.

10. COMMENTS _____

(Attach additional sheets if necessary)

CANDIDATE MUST SIGN DECLARATION ON LAST PAGE OF THIS APPLICATION

**FOR APPOINTING AUTHORITY'S USE FOR PROVISIONAL AND NON-COMPETITIVE APPOINTMENTS ONLY**
DEPARTMENT OR JURISDICTION _____  DATE APPOINTED _____

**FOR CIVIL SERVICE USE ONLY**

| TEST SCORE | NOTES | ☐ PENDING TRANSCRIPT | ELIGIBLE | INELIGIBLE |
|---|---|---|---|---|
| VETS CREDIT |  | ☐ PENDING NECESSARY |  |  |
| TOTAL SCORE |  | SPECIAL REQUIREMENT | DATE |  |

STPD 003

YOUR ELIGIBILITY TO COMPETE IN THIS EXAMINATION WILL BE DETERMINED ON THE BASIS OF YOUR ANSWERS TO QUESTIONS 11 - 14. INCOMPLETE APPLICATIONS WILL BE DISAPPROVED.

11. EDUCATION
   A. Have you graduated from senior high school?  ☒ YES   ☐ NO
      If yes, complete name and location.
      Name of school: WALT WHITMAN HIGH SCHOOL
      Location: 301 WEST HILLS ROAD HUNTINGTON STATION, NEW YORK 11746
   B. If you have a high school equivalency diploma, indicate:
      _____
      Issuing Authority
   C. If you did NOT graduate from high school, circle highest school year completed:   4   5   6   7   8   9   10   11

PLEASE ATTACH A COPY OF COLLEGE TRANSCRIPTS VERIFYING ALL COLLEGE LEVEL COURSE WORK FOR WHICH YOU CLAIM CREDIT.

| | Full Name of School State/City in which located | Dates of Attendance (Month and Year) | Day or Night | Full or Part Time | Were You Graduated? | Type of Course or Major Subject | Number of Credits Rec'd. To Date | Type of Degree Received | Date Degree Received |
|---|---|---|---|---|---|---|---|---|---|
| List each College University or Professional School Attended | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | Full Name of School State/City in which located | Dates of Attendance (Month and Year) | Day or Night | Full or Part Time | Type of Course or Major Subject | Number of Hours Attended | Did you successfully complete this course? |
|---|---|---|---|---|---|---|---|
| Technical or other Schools or Special Courses | | | | | | | |

12. DRIVER'S LICENSE: Circle the class of your New York State Motor Vehicle License:   1   2   3   4   5   6   A   (B)   C   D   E   M
    Date of Expiration 03-12-12

13. LICENSES: If a license, certificate or other authorization to practice a trade or profession is a requirement for the position for which you are applying, complete the following question:

| Name of Trade or Profession: POLICE OFFICER | License Number: MPTC | Granted by (licensing agency): DIVISION OF CRIMINAL JUSTICE | City of State: NEW YORK |
|---|---|---|---|
| Specialty: LAW ENFORCEMENT | Date License First Issued: JUNE 02, 2002 | Registered From: JUNE 02, 2002 | To: PRESENT |

14. DESCRIPTION OF EXPERIENCE
   Beginning with the most recent, describe below in detail ALL paid and volunteer employments relevant to the position sought. You are responsible for submitting an accurate and clear description of your experience. Omissions or vagueness will NOT be interpreted in your favor. If you have had military service which includes experience pertinent to the position(s), describe such experience as separate employment. IF YOUR TITLE OR DUTIES CHANGED MATERIALLY IN THE COURSE OF YOUR SERVICE IN ANY ONE ORGANIZATION, INDICATE SUCH CHANGE CLEARLY AND AS A SEPARATE EMPLOYMENT. (If more space is needed, attach 8½x11" sheets of paper) Under "Duties" for each employment describe the nature of the work personally performed by you, WITH ESTIMATED PERCENTAGE OF TIME SPENT ON EACH TYPE OF WORK. State size and kind of working force, if any, supervised by you and the extent of such supervision.

| A. LENGTH OF EMPLOYMENT MO. YR. MO. YR. | FIRM NAME | ADDRESS | CITY AND STATE |
|---|---|---|---|
| FROM 05/02 TO 04/06 | INC. VILLAGE OF OCEAN BEACH AND COTTAGE WALKS | | OCEAN BEACH, NEW YORK |
| EARNINGS (Circle One) $ /WK /MO /YR | DUTIES: ALL POLICE RELATED DUTIES | | |
| TYPE OF BUSINESS: POLICE | | | |
| YOUR EXACT TITLE: POLICE OFFICER | | | |
| SUPERVISOR'S TITLE: CHIEF | | | |
| Average no. of hrs. worked per week (exclusive of overtime) 40 | | | |

STPD 004

**B. LENGTH OF EMPLOYMENT**
MO. YR.    MO. YR.
FROM   /   TO   /

| FIRM NAME | ADDRESS | CITY AND STATE |
|---|---|---|
| | | |

EARNINGS (Circle One)
$            /WK /MO /YR

DUTIES:

TYPE OF BUSINESS

YOUR EXACT TITLE

SUPERVISOR'S TITLE

Average no. of hrs. worked per week (exclusive of overtime)

---

**C. LENGTH OF EMPLOYMENT**
MO. YR.    MO. YR.
FROM   /   TO   /

| FIRM NAME | ADDRESS | CITY AND STATE |
|---|---|---|
| | | |

EARNINGS (Circle One)
$            /WK /MO /YR

DUTIES:

TYPE OF BUSINESS

YOUR EXACT TITLE

SUPERVISOR'S TITLE

Average no. of hrs. worked per week (exclusive of overtime)

---

**D. LENGTH OF EMPLOYMENT**
MO. YR.    MO. YR.
FROM   /   TO   /

| FIRM NAME | ADDRESS | CITY AND STATE |
|---|---|---|
| | | |

EARNINGS (Circle One)
$            /WK /MO /YR

DUTIES:

TYPE OF BUSINESS

YOUR EXACT TITLE

SUPERVISOR'S TITLE

Average no. of hrs. worked per week (exclusive of overtime)

---

**E. LENGTH OF EMPLOYMENT**
MO. YR.    MO. YR.
FROM   /   TO   /

| FIRM NAME | ADDRESS | CITY AND STATE |
|---|---|---|
| | | |

EARNINGS (Circle One)
$            /WK /MO /YR

DUTIES:

TYPE OF BUSINESS

YOUR EXACT TITLE

SUPERVISOR'S TITLE

Average no. of hrs. worked per week (exclusive of overtime)

---

**BE SURE TO SIGN THE DECLARATION ON THE LAST PAGE**

09-0101:: 3/97cb

STPD 005

**BE SURE TO SIGN THE DECLARATION AT THE BOTTOM OF THIS PAGE**
**UNSIGNED APPLICATIONS WILL BE DECLARED INELIGIBLE**

### VETERANS' CREDITS
Veterans' credits are granted on the following basis:
  DISABLED VETERANS: 10 points for Open-Competitive Exams
                     5 points for Promotional Exams
  NON-DISABLED VETERANS: 5 points for Open-Competitive Exams
                         2.5 points for Promotional Exams
These additional credits, which can be combined with the final score obtained in the examination, may be granted only to PASSING CANDIDATES at the time of establishment of the eligible list.

**NON-DISABLED VETERANS**
In order to be eligible for additional credits as a non-disabled veterans, you must:
1. Have served on **ACTIVE DUTY**, other than active duty for training purposes, with the Armed Forces of the United States during any of the following periods:

| | |
|---|---|
| WORLD WAR II | - December 7, 1941 through and including December 31, 1946 |
| KOREA | - June 27, 1950 through and including January 31, 1955 |
| VIETNAM | - December 22, 1961 through and including May 7, 1975 |
| LEBANON* | - June 1, 1983 through and including December 1, 1987 |
| GRENADA* | - October 23, 1983 through and including November 21, 1983 |
| PANAMA* | - December 20, 1989 through and including January 31, 1990 |
| PERSIAN GULF | - August 2, 1990 - to the end of hostilities as yet undefined |

  * To receive veterans' credits for service in these campaigns, an applicant must also have been the recipient of one of the following:
    Armed Forces Expeditionary Medal
    Navy Expeditionary Medal
    Marine Corps Expeditionary Medal

2. Have been honorable discharged or released under honorable conditions from such service.
3. Submit a photocopy of separation papers (i.e. FORM DD-214 or NAVPRS-553) from the Armed Forces of the United States before this eligible list is established.

**DISABLED VETERANS**
In order to be eligible for additional credit as a disabled veteran, in addition to meeting the requirements of items 1, 2 & 3 listed above, you must also complete, FOR EACH TITLE,

Form VC-3,(Authorization for Disability Record), in duplicate and forward BOTH copies immediately to the Regional Office of the United States Veterans Administration where your application for disability pension is on file. The Veterans Administration will retain a copy for its files, and will return a copy to this Department for processing. Disabled veterans must have a war-incurred disability of at least ten percent (10%) certified by the Veterans Administration at the time of application for additional credits.

15. A. Do you claim additional credits as an honorably discharged war veteran for this examination?
  1. ☐ YES, AS A NON-DISABLED VETERAN
  2. ☐ YES, AS A DISABLED VETERAN
  3. ☒ NO.

If you checked YES, complete 15B and C:

B. Have you previously used veterans' credits to receive a permanent competitive class appointment in the service of the State of New York or any civil division within the State?
   ☐ YES ☐ NO   If you check YES complete the information in 15D below.
   CIVIL SERVICE LAW LIMITS THE USE OF VETERANS' CREDITS TO ONE PERMANENT COMPETITIVE CLASS APPOINTMENT WITHIN NEW YORK STATE.

C. With the exception of the federal service, have you ever been employed by a governmental agency outside the Suffolk County (e.g. New York City, New York State, Office of Court Administration, or another county within New York State?)
   ☐ YES ☐ NO   If you checked YES complete the information in 15D below:

D. Government Name _____
   Length of Employment From _____ To _____
   Department _____
   Your Official Title(s) _____
   (Attach additional sheets if necessary)

IF YOU DO NOT FORWARD THE PROPER DOCUMENTATION AS OUTLINED ABOVE, YOU WILL NOT BE GRANTED VETERANS' CREDITS, ONCE THE ELIGIBLE LIST IS ESTABLISHED, VETERANS' CREDITS CANNOT BE GRANTED.

### LEGAL RESIDENCE CODES -

**COUNTY**

| NAME | CODE |
|---|---|
| Suffolk County | C-1 |
| Other | C-0 |

**TOWNS**

| | |
|---|---|
| Babylon | T-01 |
| Brookhaven | T-02 |
| East Hampton | T-03 |
| Huntington | T-04 |
| Islip | T-05 |
| Riverhead | T-06 |
| Shelter Island | T-07 |
| Smithtown | T-08 |
| Southampton | T-09 |
| Southold | T-10 |

**INCORPORATED VILLAGES**

| NAME | CODE |
|---|---|
| Amityville | V-01 |
| Asharoken | V-02 |
| Babylon | V-03 |
| Belle Terre | V-04 |
| Bellport | V-05 |
| Brightwaters | V-06 |
| Dering Harbor | V-07 |
| East Hampton | V-08 |
| Greenport | V-09 |
| Head-of-the-Harbor | V-10 |
| Huntington Bay | V-11 |
| Islandia | V-30 |
| Lake Grove | V-12 |
| Lindenhurst | V-13 |
| Lloyd Harbor | V-14 |
| Nissequogue | V-15 |
| North Haven | V-16 |
| Northport | V-17 |
| Ocean Beach | V-18 |
| Old Field | V-19 |
| Patchogue | V-20 |
| Poquott | V-21 |
| Port Jefferson | V-22 |
| Quogue | V-23 |
| Sag Harbor | V-24 |
| Saltaire | V-25 |
| Shoreham | V-26 |
| Southampton | V-27 |
| Village of the Branch | V-28 |
| Westhampton Beach | V-29 |
| Other | V-00 |

**SCHOOL DISTRICTS**

| | |
|---|---|
| Amagansett | S-101 |
| Amityville | S-301 |
| Babylon | S-302 |
| Bay Shore | S-201 |
| Bayport-Blue Point | S-202 |
| Brentwood | S-203 |
| Bridgehampton | S-102 |
| Center Moriches | S-204 |
| Central Islip | S-205 |
| Cold Spring Harbor | S-303 |
| Commack | S-304 |
| Comsewogue | S-206 |
| Connetquot | S-207 |
| Copiague | S-305 |
| Deer Park | S-306 |
| East Hampton | S-103 |
| East Islip | S-208 |
| East Moriches | S-209 |
| Eastport | S-104 |
| East Quogue | S-105 |
| Elwood | S-307 |
| Fire Island School | S-210 |
| Fishers Island | S-106 |
| Greenport | S-107 |
| Half Hollow Hills | S-308 |
| Hampton Bays | S-108 |
| Harborfields | S-309 |
| Hauppauge | S-211 |
| Huntington | S-310 |
| Islip | S-212 |
| Kings Park | S-311 |
| Laurel | S-109 |
| Lindenhurst | S-312 |
| Little Flower | S-110 |
| Longwood | S-214 |
| Mattituck - Cutchogue | S-111 |
| Middle Country | S-213 |
| Miller Place | S-215 |
| Montauk | S-112 |
| Mt. Sinai | S-216 |
| New Suffolk | S-113 |
| North Babylon | S-313 |
| Northport - E. Northport | S-314 |
| Oysterponds | S-114 |
| Patchogue-Medford | S-217 |
| Port Jefferson | S-218 |
| Quogue | S-115 |
| Remsenberg - Speonk | S-116 |
| Riverhead | S-117 |
| Rocky Point | S-219 |
| Sachem | S-220 |
| Sag Harbor | S-118 |
| Sagaponack | S-119 |
| Sayville | S-221 |
| Shelter Island | S-120 |
| Shoreham-Wading River | S-121 |
| Smithtown | S-315 |
| Southampton | S-122 |
| South Country | S-222 |
| South Haven | S-223 |
| South Huntington | S-316 |
| South Manor | S-224 |
| Southold | S-123 |
| Springs | S-124 |
| Three Village | S-225 |
| Tuckahoe | S-125 |
| Wainscott | S-126 |
| West Babylon | S-317 |
| West Islip | S-226 |
| Westhampton Beach | S-127 |
| West Manor | S-228 |
| William Floyd | S-227 |
| Wyandanch | S-318 |

**LIBRARIES**

| NAME | CODE |
|---|---|
| Amityville | L-01 |
| Babylon Public | L-02 |
| Bay Shore - Brightwaters | L-03 |
| Bayport - Blue Point | L-04 |
| Brentwood | L-05 |
| Center Moriches | L-06 |
| Central Islip | L-07 |
| Commack | L-08 |
| Comsewogue | L-09 |
| Connetquot | L-10 |
| Copiague | L-11 |
| Deer Park | L-12 |
| East Islip | L-13 |
| Half Hollow Hills | L-14 |
| Harborfields | L-15 |
| Hauppauge | L-34 |
| Huntington | L-16 |
| Islip | L-17 |
| Lindenhurst | L-18 |
| Longwood | L-21 |
| Mastic-Moriches-Shirley | L-19 |
| Middle Country | L-20 |
| Montauk | L-33 |
| North Babylon | L-22 |
| Northport | L-23 |
| Patchogue-Medford | L-24 |
| Sachem | L-25 |
| Sayville | L-26 |
| Shoreham-Wading River | L-27 |
| Smithtown | L-28 |
| South Huntington | L-29 |
| West Babylon | L-32 |
| West Islip | L-30 |
| Wyandanch | L-31 |
| Other | L-00 |

---

**DECLARATION:**
I declare, subject to the penalties of perjury that the statements made in this application (including statements made in any accompanying papers) have been examined by me and to the best of my knowledge and belief are true and correct. I further request and authorize any former or present employer, military records center, police, parole, and probation agencies, and former school to provide to the Suffolk County Department of Civil Service any and all information including, but not limited to information as to my character, habits, work ability, and/or education. In consideration of compliance with this request, I hereby release and discharge said institutions from any claims, liabilities, or damages.

04-26-06   X _Frank Trotta_ (signed)
DATE        SIGNATURE OF APPLICANT

State former name or any other name(s) by which you were known.

09-0101:: 04/01cg

STPD 006

**SOUTHAMPTON TOWN POLICE DEPARTMENT**
**TOWN of SOUTHAMPTON**

*110 Old Riverhead Road*
*Hampton Bays, New York 11946*



**JAMES P. OVERTON**
*Chief of Police*

Emergency: 911
Anonymous Tip Hotline: (631) 728-3451
General Business: (631) 728-5000
Police Reports: (631) 728-5007
(631) 728-5008
FAX: (631) 728-5440

### Applicant Questionnaire

1. Full Name  FRANK FIORILLO
2. Alias (Nickname, Maiden name) _____
3. Current Address  7 WELLWOOD AVENUE FARMINGDALE, N.Y. 11735-1213
4. Date of Birth  03-12-57    Social Security # 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
5. Telephone Number (Home)  631-847-0588
   (Work) _____
   (Cell/Pager) _____
6. Height  6'    Weight 175    Eye Color BROWN    Hair Color GRAY
7. Character References
   Name  KEVIN LAMM
   Phone 631-665-6280    Relation  FRIEND

   Name  HERBERT HONS
   Phone 631-226-8595    Relation  FRIEND

8. Motor Vehicle Accidents
   Date _____ Brief Description _____

   Date _____ Brief Description _____

9. Traffic Tickets   Date _____ Charge _____
                    Date _____ Charge _____
                    Date _____ Charge _____
                    Date _____ Charge _____

10. Arrest Information   Date _____ Charge _____
                         Agency _____

STPD 007

## SOUTHAMPTON TOWN POLICE DEPARTMENT
## TOWN of SOUTHAMPTON

110 Old Riverhead Road
Hampton Bays, New York 11946



**JAMES P. OVERTON**
Chief of Police

Emergency: 911
Anonymous Tip Hotline: (631) 728-3451
General Business: (631) 728-5000
Police Reports: (631) 728-5007
(631) 728-5008
FAX: (631) 728-5440

### Conditional Offer of Employment as A Police Officer

I am currently eligible for consideration for employment as a Part Time Police Officer with the Town of Southampton. As part of the pre-employment stage of the selection process, a background investigation of my character has been initiated. I understand that this offer of employment is conditional upon my taking and successfully passing a medical examination, a psychological evaluation, and an agility test, which will be administered by the Suffolk County Department of Civil Service, and that my ongoing background investigation reveals little or nothing of a derogatory nature. I also understand that I must pass a polygraph examination administered by the Applicant Investigation Division of the Suffolk County Police Department.

Name (Print) **FRANK FIORILLO**

Signature *Frank Fiorillo*

Date 04-26-06

Sworn to before me this 26th day
Of April, 2006

_____
Notary Public

BEVERLY E. STRONG
NOTARY PUBLIC, ST. OF NY
NO. 01ST5046737
QUALIFIED IN NASSAU CTY.
COMMISSION EXPIRES 7/17/07

STPD 008

# Police Department
# County of Suffolk, N.Y.

## Police Academy Bureau
## Acknowledges that

# FRANK FIORILLO

### has successfully completed

### Basic Course for Police Officers

conducted at __YAPHANK__, N.Y.

on this __3RD__ day of __JUNE__, 20__02__

We do hereby certify and affix our signatures hereon.

_____
Commanding Officer  Deputy Inspector
Police Academy

_____
Commissioner, Police Department
County of Suffolk, N.Y.

PDCS-9031

53-0235 02/00cb

STPD 009

# State of New York
### Division of Criminal Justice Services

## Municipal Police Training Council

Hereby Acknowledges and Declares that

### Frank Fiorillo

has successfully completed the

### Basic Course for Police Officers

which satisfies the minimum criteria established by the Municipal Police Training Council

Suffolk County Police Academy
Brentwood, New York
November 5, 2001 - June 2, 2002

_Chauncey G. Parker_
Director of New York State Criminal Justice
and Commissioner of Criminal Justice Services

_Ronald G. Spike_
Chairman
Municipal Police Training Council

_James R. DeLapp_
Deputy Commissioner
Office of Public Safety

STPD 010

## SOUTHAMPTON TOWN POLICE DEPARTMENT
## TOWN of SOUTHAMPTON



*110 Old Riverhead Road*
*Hampton Bays, New York 11946*

**JAMES P. OVERTON**
*Chief of Police*

Emergency: *911*
Anonymous Tip Hotline: *(631) 728-3451*
General Business: *(631) 728-5000*
Police Reports: *(631) 728-5007*
*(631) 728-5008*
FAX: *(631) 728-5440*

### Release of Medical Information

I, the Undersigned **FRANK FIORILLO** hereby authorize the release to the Town of Southampton and the Southampton Town Police Department of any and all records which relate to my medical background and qualifications for the position of **POLICE OFFICER** and which reflect upon my fitness for public service, including but not limited to medical, physical, psychological records and reports. I also authorize the release of any and all drug and alcohol counseling and rehabilitation records and reports.

In addition, I also agree to release any and all persons and legal entities from any and all liability arising out of the release of the records described herein to the parties specified herein.

I am aware that this instrument may be photocopied in its use and hereby acknowledge the validity of my signature on such duplicated copy.

Name (Print) **FRANK FIORILLO**     Date **04-26-06**

Signature *Frank Fiorillo*

Address _____

Date of Birth **03-12-57**     SS # **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**

Sworn to before me this **26th** day
Of **April**, 200**6**

_____
Notary Public

BEVERLY E. STRONG
NOTARY PUBLIC, ST. OF NY
NO. 01ST5046737
QUALIFIED IN NASSAU CTY.
COMMISSION EXPIRES 7/17/07

STPD 011

## SOUTHAMPTON TOWN POLICE DEPARTMENT
## TOWN of SOUTHAMPTON



*110 Old Riverhead Road*
*Hampton Bays, New York 11946*

**JAMES P. OVERTON**
*Chief of Police*

*Emergency: 911*
*Anonymous Tip Hotline: (631) 728-3451*
*General Business: (631) 728-5000*
*Police Reports: (631) 728-5007*
*(631) 728-5008*
*FAX: (631) 728-5440*

### Release of Information

I, the undersigned, __FRANK FIORILLO__ hereby authorize the release to the Town of Southampton and the Southampton Town Police Department of any and all records which relate to my background, experience and qualifications for the position of __POLICE OFFICER__ and which reflect upon my merit and fitness for public service, including but not limited to personnel, employment (both past and present employers), educational, selective service, military, and arrest records and reports. I authorize the release of any and all results of prior polygraph testing that I may have undergone.

In addition, I also agree to release any and all persons and legal entities from any and all liability arising out of the release of the records described herein to the parties specified herein.

I am aware that this instrument may be photocopied in its use and hereby acknowledge the validity of my signature on such duplicated copy.

Name (Print) __FRANK FIORILLO__   Date __04-26-06__

Signature __Frank Fiorillo__

Address _____

Date of Birth __03-12-57__   SS # __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__

Sworn to before me this __26th__ day
Of __April__, 2006

_____
Notary Public

BEVERLY E. STRONG
NOTARY PUBLIC, ST. OF NY
NO. 01ST5046737
QUALIFIED IN NASSAU CTY.
COMMISSION EXPIRES 7/17/07

Diane
853-6099

5/8/06 - Spoke to applicant -
Chief Paradiso

Village Office Natalie Rogers - Mayor

Village of Ocean Beach
Cottage & Bay Walk
Ocean Beach    11770

Thursday 11th - 3:00 PM.

5/9/06 - Spoke to Chief of Police for Ocean
Beach George Hess 583-5866
Chief Hess has written applicant up in the
past / will not hire him back and does
not recommend him at all.

5/9/06 - Spoke to applicant on the phone and he began
to actually argue with Sgt. Foster on the
phone. Advised him the interview was cancelled
and ended the conversation.