# RBL ASSOCIATES, INC.

*Insurance Services*

205 Lexington Avenue, New York, NY 10016 * (212) 532-0400 * fax (212) 532-0838
e-mail: tfischetti@rbla.com

## FACSIMILE TRANSMITTAL

# of Pages:   7

Date:         1/11/2007

To:           Mary Anne Minerva
              Inc. Village of Ocean Beach

From:         Tony Fischetti

Re:           Claims

RECEIVED
2006
INC. VILLAGE OF OCEAN BEACH

MaryAnne,

The attached are copies of loss notices we originally sent to insurance carriers for claims involving the police department.

I hope this helps.

Regards,

Minerva
Exhibit
31
MK 1-6-09

010177

JAN. 11. 2007 1:08PM   RBL ASSOCIATES INC   NO. 171   P. 5

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE (MM/DD/YY): 09/21/2005

**PRODUCER**
PHONE (A/C, No, Ext): (212)532-0400
FAX: (212)532-0838

RBL Associates, Inc.
352 Park Avenue South
11th Floor
New York, NY 10010

CODE:   SUB CODE:
AGENCY CUSTOMER ID: 00000589

**NOTICE OF OCCURRENCE / NOTICE OF CLAIM**
DATE OF OCCURRENCE AND TIME: 03/27/2005 03:30  X AM  PM
DATE OF CLAIM:
PREVIOUSLY REPORTED: YES / NO

EFFECTIVE DATE: 07/05/2005
EXPIRATION DATE: 07/05/2006
POLICY TYPE: X OCCURRENCE  CLAIMS MADE
RETROACTIVE DATE:

COMPANY: St. Paul Fire & Marine In
MISCELLANEOUS INFO (Site & location code):

POLICY NUMBER: GP09312724
REFERENCE NUMBER:

## INSURED / CONTACT

**NAME AND ADDRESS (Insured):**
Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

**NAME AND ADDRESS (Contact):**
Mary Anne Minerva

RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): (631)583-5940
RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): (631)583-5940

WHERE TO CONTACT:
WHEN TO CONTACT:

## OCCURRENCE

LOCATION OF OCCURRENCE (include city & state): Ocean Beach Police Dept., Baywalk, Ocean Beach, NY 11770-0457
AUTHORITY CONTACTED:

DESCRIPTION OF OCCURRENCE: Claimant states that he was ticketed for littering. He allegedly slammed the station door and the police assaulted him.

## POLICY INFORMATION

COVERAGE PART OR FORMS: GL PUBLIC OFFICIAL POLICE PROF. ETC.

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | PD / BI |
|---|---|---|---|---|---|---|---|
| 2,000,000 | | | 1,000,000 | | | 5,000 | |

UMBRELLA/EXCESS:  UMBRELLA  EXCESS  CARRIER:  LIMITS:  PER CLAIM  PER OCCUR

## TYPE OF LIABILITY

PREMISES: INSURED IS  OWNER  TENANT  OTHER:
TYPE OF PREMISES:
OWNER'S NAME & ADDRESS (if not insured):
OWNER'S PHONE (A/C, No, Ext):

PRODUCTS: INSURED IS  MANUFACTURER  VENDOR  OTHER:
TYPE OF PRODUCT:
MANUFACTURER'S NAME & ADDRESS (if not insured):
MANUFACT PHONE (A/C, No, Ext):
WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain):

## INJURED/PROPERTY DAMAGED

NAME & ADDRESS (Injured/Owner): Samuel Gilberd
PHONE (A/C, No, Ext):

AGE  SEX  OCCUPATION
EMPLOYER'S NAME & ADDRESS:
PHONE (A/C, No, Ext):

DESCRIBE INJURY / FATALITY: ruptured bladder, internal inj., head inj etc
WHERE TAKEN:
WHAT WAS INJURED DOING?

DESCRIBE PROPERTY (Type, model, etc):
ESTIMATE AMOUNT:
WHERE CAN PROPERTY BE SEEN?
WHEN CAN PROPERTY BE SEEN?

## WITNESSES

NAME & ADDRESS  BUSINESS PHONE (A/C, No, Ext)  RESIDENCE PHONE (A/C, No)

**REMARKS:** See attached notice of claim.

REPORTED BY: Insured
REPORTED TO: Tracey T Young
SIGNATURE OF PRODUCER OR INSURED: RBL Comm'l Accts.

ACORD 3-S (12/93)  NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE  ©ACORD CORPORATION 1993

010179

JAN. 11. 2007 1:08PM    RBL ASSOCIATES INC    NO. 171   P. 6

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

**DATE (MM/DD/YY):** 07/18/2006

**PRODUCER**
PHONE (A/C, No, Ext): (212) 532-0400
FAX: (212) 532-0838

RBL Associates, Inc.
205 Lexington Avenue
18th Floor
New York, NY 10016

CODE: _____ SUB CODE: _____
AGENCY CUSTOMER ID: 00000589

**NOTICE OF OCCURRENCE / NOTICE OF CLAIM**
DATE OF OCCURRENCE AND TIME: 04/02/2006
EFFECTIVE DATE: 07/05/2005
EXPIRATION DATE: 07/05/2006
POLICY TYPE: X OCCURRENCE ___ CLAIMS MADE
COMPANY: St. Paul Fire & Marine In
MISCELLANEOUS INFO: 23 pages
POLICY NUMBER: GP09312724
REFERENCE NUMBER: _____

DATE OF CLAIM: _____
PREVIOUSLY REPORTED: YES / NO
RETROACTIVE DATE: _____

**INSURED**
NAME AND ADDRESS:
Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

**CONTACT** (CONTACT INSURED)
NAME AND ADDRESS:
Mary Anne Minerva

BUSINESS PHONE: (631) 583-5940

**OCCURRENCE**
LOCATION OF OCCURRENCE: P O Box 457, Ocean Beach, NY 11770-0457
DESCRIPTION OF OCCURRENCE: Various claimant's alleging the following: unlawful termination, unlawful conduct (covering up assaults by other officers), violation of law, defamatory statements, etc.

**POLICY INFORMATION**
COVERAGE PART OR FORMS: Employment practices 1mil/2mil lagg 25,000 ded.

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE |
|---|---|---|---|---|---|---|
| 2,000,000 | Pub. Off &PolicePro | | 1,000,000 | | | 5,000 |

UMBRELLA/EXCESS: X UMBRELLA
EXCESS CARRIER: St. Paul Travelers 10,000 ret.
LIMITS: 3,000,000

**TYPE OF LIABILITY**
PREMISES: INSURED IS ___ OWNER ___ TENANT ___ OTHER

**INJURED/PROPERTY DAMAGED**
NAME & ADDRESS (Injured/Owner): Joseph Nofi, Edward Carter, Thomas Snyder, Kevin Lamm & Frank Fiorillo

**REMARKS:** Please see attached Notices of claim and handle asap.

REPORTED BY: Insured
REPORTED TO: Tracey T Young
SIGNATURE OF PRODUCER OR INSURED: RBL Comm'l Accts.

ACORD 3S (2/96)

010180

JAN. 11. 2007 1:08PM  RBL ASSOCIATES INC  NO. 171  P. 7

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE (MM/DD/YY): 11/16/2006

| PRODUCER | | NOTICE OF OCCURRENCE | DATE OF OCCURRENCE AND TIME | | DATE OF CLAIM | PREVIOUSLY REPORTED |
|---|---|---|---|---|---|---|
| PHONE (A/C, No, Ext): (212)532-0400 | | | 08/25/2006 | AM PM | | YES NO |
| FAX (212)532-0838 | | NOTICE OF CLAIM | | | | |

RBL Associates, Inc.
205 Lexington Avenue
18th Floor
New York, NY 10016

| EFFECTIVE DATE | EXPIRATION DATE | POLICY TYPE | RETROACTIVE DATE |
|---|---|---|---|
| 07/05/2006 | 07/05/2007 | X OCCURRENCE  CLAIMS MADE | |

COMPANY: St. Paul Fire & Marine In
MISCELLANEOUS INFO (Site & location code)

| CODE: | SUB CODE: | POLICY NUMBER | REFERENCE NUMBER |
|---|---|---|---|
| AGENCY CUSTOMER ID: 00000589 | | GP09312724 | |

## INSURED

NAME AND ADDRESS:
Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

## CONTACT  CONTACT INSURED

NAME AND ADDRESS: Mary Anne Minerva

WHERE TO CONTACT
WHEN TO CONTACT

RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): (631)583-5940
RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext):

## OCCURRENCE

LOCATION OF OCCURRENCE (Include city & state): P O Box 457, Ocean Beach, NY 11770-0457

AUTHORITY CONTACTED:

DESCRIPTION OF OCCURRENCE (Use reverse side, if necessary): Claimant alleges the following: fabrication of criminal charges, false arrest and malicous prosecution.

## POLICY INFORMATION

COVERAGE PART OR FORMS (Insert form #'s and edition dates)

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | PD BI |
|---|---|---|---|---|---|---|---|
| 2,000,000 | | | 1,000,000 | | | | |

| UMBRELLA/EXCESS | UMBRELLA | EXCESS | CARRIER: | | LIMITS: | PER CLAIM | PER OCCUR |

## TYPE OF LIABILITY

PREMISES: INSURED IS  OWNER  TENANT  OTHER:
TYPE OF PREMISES:

OWNER'S NAME & ADDRESS (If not insured):
OWNERS PHONE (A/C, No, Ext):

PRODUCTS: INSURED IS  MANUFACTURER  VENDOR  OTHER:
TYPE OF PRODUCT:

MANUFACTURER'S NAME & ADDRESS (If not insured):
MANUFACT PHONE (A/C, No, Ext):

WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain):

## INJURED/PROPERTY DAMAGED

NAME & ADDRESS (Injured/Owner): Harriet Benzer
PHONE (A/C, No, Ext):

AGE  SEX  OCCUPATION  EMPLOYER'S NAME & ADDRESS
PHONE (A/C, No, Ext):

DESCRIBE INJURY:  WHERE TAKEN:  WHAT WAS INJURED DOING?
FATALITY

DESCRIBE PROPERTY (Type, model, etc):  ESTIMATE AMOUNT:  WHERE CAN PROPERTY BE SEEN?  WHEN CAN PROPERTY BE SEEN?

## WITNESSES

NAME & ADDRESS  BUSINESS PHONE (A/C, No, Ext)  RESIDENCE PHONE (A/C, No)

REMARKS: See attached notice of claim

| REPORTED BY | REPORTED TO | SIGNATURE OF PRODUCER OR INSURED |
|---|---|---|
| Insured | Tracey T Young | RBL Comm'l Accts. |

ACORD 3-S (2/98)  NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE  © ACORD CORPORATION 1993

010181