COUNTY COURT: COUNTY OF SUFFOLK

-----------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK,

       -against-

**GEORGE HESSE**
**PAUL CAROLLO**
**ARNOLD HARDMAN**
**WILLIAM EMBUREY**

                    Defendants.

INDICTMENT NUMBERS:

I-913A-2007
I-913B-2007
I-913C-2007
I-913D-2007

-----------------------------------------------------------

| | | |
|---|---|---|
| DN | COUNT ONE | ASSAULT IN THE FIRST DEGREE P.L. §120.10 (1) (As to George Hesse) |
| DN | COUNT TWO | GANG ASSAULT IN THE FIRST DEGREE P.L. §120.07 (As to George Hesse) |
| DN | COUNT THREE | UNLAWFUL IMPRISONMENT IN THE FIRST DEGREE P.L. §135.10 (As to George Hesse) (As to Paul Carollo) (As to Arnold Hardman) |
| DN | COUNT FOUR | RECKLESS ENDANGERMENT IN THE FIRST DEGREE P.L. §120.25 (As to George Hesse) (As to Paul Carollo) (As to Arnold Hardman) (As to William Emburey) |
| DN | COUNT FIVE | HINDERING PROSECUTION IN THE SECOND DEGREE P.L. §205.60 (As to Paul Carollo) (As to Arnold Hardman) (As to William Emburey) |