| Employee | Date exams passed | Seasons Worked | Approved / Disapproved | Comments |
|---|---|---|---|---|
| Albanese, James | June-92 | 92-05 | Approved | |
| Aughenbaugh, Lani | May-84 | 84-85,89-94,99-00,03-05 | Disapproved | breaks in service, worked SC Park Ranger 95-98 |
| Bacon, Tyree | June 90 & Oct 05 | 89-92,99-05 | Disapproved | Break in svc 97-98, worked Riverhead 93-96,passed all again 10/05 |
| Bara, Gordon | October-98 | 99-02 | Approved | |
| Benfante, Michael | 1993 and Feb-98 | 93-95,97-99 | 97 Disapproved | Break in svc, village will report 96 to prove continuous |
| Becher, Andrew | May-92 | 92-05 | Approved | |
| Bivetto, Charles | May-94 | 94-96 | Approved | |
| Bockelman, Kenneth | April-96 | 97-05 | Approved | |
| Bosetti, Gary | October-05 | 04,05 | Disapproved | need 02 & 03 reported,will be dispproved too |
| Bosetti, Richard | October-05 | 04,05 | Disapproved | need 02 & 03 reported,will be dispproved too |
| Bullis, John | did not take | 2004 | Disapproved | no exams |
| Butler, Brian | May-97 | 97-01 | Approved | |
| Carollo, Paul Thomas | July-03 | 03-05 | Approved | |
| Carter, Edward | May-91 | 91-94,01-05 | Approved | Continuous in Town of Islip Park Ranger |
| Charley, Keith | September-00 | 05 | Approved | Continuous Suffolk County Police Officer |
| Cherry, Patrick | failed to appear | 04,05 | Disapproved | |
| Clemmens, Henry | April-95 | 95-03 | Approved | |
| Danylczuk, Frank | April-95 | 95-97 | Approved | |
| Dean, Kenneth | May-97 | 97 | Approved | SC Park Ranger 97, 98, 01 |
| Didomenico, Joseph | June-05 | 05 | Approved | |
| Dyer, John | passed PF,med & psych 8/05 | 04,05 | Disapproved | needs polygraph |
| Emburey, William | June-05 | 05 | Approved | |
| Fiorillo, Frank | August 01 | 02-05 | Approved | |
| Gerdon, David | November-69 | 05 | Approved | SCPD 69-04 |
| Hardman, Arnold | passed PF,med & psych 10/04 | 03-05 | Disapproved | needs polygraph |
| Hesse, George | May-93 | 93-05 | Approved | FT officer in Ocean Beach. |
| Lamm, Kevin | February-98 | 98-05 | Approved | |
| Loeffler, Alan | May-72 | 72-74,77-79,90-05 | Approved | Continuous T of Islip Harbormaster |
| Lopiccolo, Brian | November 03 | 05 | Approved | SC Correction Officer since 11/03 |
| Steve Malach | May-94 | 97-98 | Approved | cant find roster |
| Mattina, Christie | April-95 | 95-97 | Approved | |
| Moller, Walter | May-00 | 00-05 | Approved | |
| Nofi, Joseph | July-99 | 00-05 | Approved | |

| Employee | Date exams passed | Seasons Worked | Approved / Disapproved | Comments |
|---|---|---|---|---|
| Nolan, John | May-94 | 97, 98 | Approved | continuous after PT SCPD |
| Nowaski, Kevin | November 03 | 05 | Approved | SC Correction Officer since 11/03 |
| Oley, John | August-98 | 99-05 | Approved | SC Correction Officer since 8/00 |
| Onderdonk, Eric | June 93 & Dec 97 | 95-96 | Disapproved | break in svc prior to OB, worked in V of Amityville |
| Paradiso, Edward | May-83 | 82-05 | Approved | FT PO, dept chief (Police Sergeant) |
| Peterson, Bridget | May-94 | 97-02 | Approved | |
| Powell, William | April-96 | 96-05 | Approved | |
| Ragonese, Robert | November 03 | 05 | Approved | SC Correction Officer since 11/03 |
| Raupp, Richard | November 03 | 05 | Approved | SC Correction Officer since 11/03 |
| Rodd, Albert | May-94 | 94-00, 05 | Approved | continuous Deputy Sheriff I since 8/96 |
| Shook, Daniel | no exams | 04 | Disapproved | no exams |
| Shore, Thomas | September-05 | 03-05 | Disapproved | passed all parts 9/05, took PF 5/05 |
| Snyder, Thomas | May-91 | 91-95, 01-05 | Approved | Continuous Park Ranger Town of Islip since 91 |
| Swift, Melissa | November-98 | 99-01 | Approved | |
| Trosko, Paul A | July 03 | 03-05 | Approved | |
| Verdi, Joseph | February-98 | 98-99 | Approved | |
| Walsh, William | no exams | 04 | Disapproved | no exams |
| Zacchino, Allison | February-98 | 98-00 | Approved | |