Village of Ocean Beach Full and PT Police Officers since '96

| Employee | Seasons Worked | Approved / Disapproved |
|---|---|---|
| Albanese, James | 96-05 | Approved |
| Aughenbaugh, Lani | 96-05 | Approved |
| Bacon, Tyree | 99-05 | Approved |
| Bara, Gordon | 99-02 | Approved |
| Benfante, Michael | 96-99 | Approved |
| Becher, Andrew | 96-05 | Approved |
| Bivetto, Charles | 96 | Approved |
| Bockelman, Kenneth | 97-05 | Approved |
| Bosetti, Gary | 02-05 | Approved as of 10/05 |
| Bosetti, Richard | 02-05 | Approved as of 10/05 |
| Bullis, John | 2004 | Disapproved |
| Butler, Brian | 97-01 | Approved |
| Carollo, Paul Thomas | 03-05 | Approved |
| Carter, Edward | 01-05 | Approved |
| Charley, Keith | 05 | Approved |
| Cherry, Patrick | 04,05 | Disapproved |
| Clemmens, Henry | 96-03 | Approved |
| Danylczuk, Frank | 96-97 | Approved |
| Dean, Kenneth | 97 | Approved |
| Didomenico, Joseph | 05 | Approved |
| Dyer, John | 04,05 | Disapproved |
| Emburey, William | 05 | Approved |
| Fiorillo, Frank | 02-05 | Approved |
| Gerdon, David | 05 | Approved |
| Hardman, Arnold | 03-05 | Disapproved |
| Hesse, George | 96-05 | Approved |
| Lamm, Kevin | 98-05 | Approved |
| Loeffler, Alan | 96-05 | Approved |
| Lopiccolo, Brian | 05 | Approved |
| Steve Malach | 97-98 | Approved |
| Mattina, Christie | 96-97 | Approved |
| Moller, Walter | 00-05 | Approved |
| Nofi, Joseph | 00-05 | Approved |
| Nolan, John | 97,98 | Approved |
| Nowaski, Kevin | 05 | Approved |
| Oley, John | 99-05 | Approved |
| Onderdonk, Eric | 96 | Disapproved |
| Paradiso, Edward | 96-05 | Approved |
| Peterson, Bridget | 97-02 | Approved |
| Powell, William | 96-05 | Approved |
| Ragonese, Robert | 05 | Approved |
| Raupp, Richard | 05 | Approved |
| Rodd, Albert | 96-00, 05 | Approved |
| Shook, Daniel | 04 | Disapproved |
| Shore, Thomas | 03-05 | Approved as of 9/05 |
| Snyder, Thomas | 01-05 | Approved |
| Swift, Melissa | 99-01 | Approved |
| Trosko, Paul A | 03-05 | Approved |
| Verdi, Joseph | 98-99 | Approved |
| Walsh, William | 04 | Disapproved |
| Zacchino, Allison | 98-00 | Approved |

— Active