## Pelc, Stanley

**From:** Cohen, Phil
**Sent:** Wednesday, May 02, 2007 2:46 PM
**To:** Pelc, Stanley
**Subject:** FW: Ocean Beach Police Dept.

FYI in bold.

---

**From:** OBPD103@aol.com [mailto:OBPD103@aol.com]
**Sent:** Wednesday, May 02, 2007 2:28 PM
**To:** phil.cohen@suffolkcountyny.gov
**Subject:** Ocean Beach Police Dept.

Hi Phil..

I wanted to introduce myself first before i get into business. My name Is George Hesse and i run things for the police department here in Ocean Beach. I believe Alison gave you some background on me so i won't bore you with details. I had a great working relationship with Alison and i hope we can continue with same rapport. If at anytime you have questions, please call me right away. You can reach me anytime on my cell at 631-445-4585 or in my office at 631-583-0104

Ok now on to business....

First, I sent over to Alison some names for police officers i needed qualifying exams for. One of them dropped out already. **William Bambrick.. He no longer needs to be scheduled.**

Second, I have 2 certified police officers looking for employment with the village. One worked here in the past and the other work for Southampton PD. Now both work for the Suffolk County Sheriffs Office as Correctional Officers. I believe they both are eligible to start work at anytime. I just want to run their names by you so you can check on their status.

Michael Benfante
40 Cozine Rd.
Center Moriches, NY 11954

Phone - 631-495-2707

James Sclafani
49 Indian Ave.
Riverhead, NY 11901

Phone - 631-284-3945

If you have any questions about them, give me a call. I hope to talk soon

George Hesse

6/25/2007