

STATE OF NEW YORK
DIVISION OF CRIMINAL JUSTICE SERVICES
Four Tower Place
Albany, New York  12203-3764
http://criminaljustice.state.ny.us

October 3, 2005

Chief Edward T. Paradiso
Ocean Beach Village Police Department
Bayberry and Bay Walk
Ocean Beach, NY 11770

Dear Chief Paradiso:

It has been brought to our attention that a police officer employed by the Ocean Beach Village Police Department has not successfully completed the Basic Course for Police Officers (BCPO).

We conducted a search of our registry and training records finding that Police Officer Alan Loeffler is registered as a police officer with the Ocean Beach Village Police Department and has not successfully completed the Basic Course for Police Officers (BCPO).

Police officers are required to complete basic training within one year of appointment pursuant to the provisions of §209-q of the General Municipal Law and Title 9 of the Compilation of Codes, Rules, and Regulations of the State of New York Part 6020.  Police officers who do not complete basic training within the time period forfeit their positions (see §209-q).  Additionally, police officers employers are required to report the appointment of police officers to the Division of Criminal Justice Services pursuant to §845 of the Executive Law.

We are available to provide your agency with the assistance required to facilitate the training of this officer.  If you have any questions, please contact me at the address contained in the letterhead or by telephone at (518) 485-7644.

Sincerely,

Thomas Canning
Associate Training Technician (Police)

Copy:  Mayor Natalie Rogers
       Suffolk County Personnel Office

An Equal Opportunity/Affirmative Action Agency