## COUNTY OF SUFFOLK



**Steve Levy**
SUFFOLK COUNTY EXECUTIVE

DEPARTMENT OF HEALTH SERVICES

BRIAN L. HARPER, M.D., M.P.H.
Commissioner

February 17, 2005

Mr. Joseph Nofi
Department of Health Services
Health Education
225 Rabro Drive
Hauppauge, NY 11788

Dear  Mr. Joseph Nofi,

The Suffolk County Department of Health Services and the staff of the Division of Public Health would like to extend their sincere gratitude and thanks to you for time and assistance with the 2004 Influenza and Pneumococcal Immunization Clinics. As you know, this season was a particularly difficult one, with the vaccine shortage and high public demand. Your offer to volunteer, often on short notice, and to engage with unusually large numbers of persons in attendance, enabled us to operate our clinics safely and successfully.

Your assistance was a valuable public service for our community's most vulnerable citizens who are at greatest risk for severe complications form illness. Thank you again for your willingness to be part of our efforts to vaccinate Suffolk County's highest risk residents.

Sincerely,

David. G. Graham, M.D., M.P.H.
Director of Public Health

Patricia Dillon, M.D., M.P.H.
Medical Director of Epidemiology and Disease Control

Lauren Barlow, M.S., R.D., R.N.
Public Health Nurse Coordinator

OFFICE OF THE COMMISSIONER
225 RABRO DRIVE EAST
HAUPPAUGE, NY 11788-4290
(631) 853-3000  Fax (631) 853-2927

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

# COUNTY OF SUFFOLK



## STEVE LEVY
SUFFOLK COUNTY EXECUTIVE

DEPARTMENT OF HEALTH SERVICES

BRIAN L. HARPER, M.D., M.P.H.
Commissioner

April 7, 2006

Mr. Jeff Nelson
Collier County Sheriff's Office
Collier County, Florida

Dear Mr. Nelson:

Joe Nofi has been employed with the Suffolk County Department of Health Services for five years. During that time, he has been assigned to the Learn To Be…Tobacco Free program. Mr. Nofi is a very reliable employee. He is well respected and liked by all of his co-workers.

Mr. Nofi has been very active in the Enforcement Unit of the Tobacco Control program. He has assisted in tobacco "stings" to prevent under age sales of tobacco products and enforce the Clean Indoor Air Law. During the 9/ll tragedy, he was called into action on behalf of the Department helping co-workers who had lost family members

I believe Mr. Nofi would be an asset to any office in which he is employed. He is very dedicated to his responsibilities and co-workers.

Sincerely,

Lori Benincasa
Director of Health Education

LB:bk

OFFICE OF HEALTH EDUCATION
North County Complex, Bldg. C928, 725 Veterans Memorial Highway,  Hauppauge, NY  11788
(631) 853-3162  Fax (631) 853-2958

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)



April 2, 2004

Officer Joe Nofi
Suffolk County Dept. of Health
225 Rabro Drive East
Hauppauge, NY 11788

Dear Joe:

Thank you for your support of the Learning for Life Program. Please accept this certificate in recognition of your dedication to the youth of our communities.

Your contribution is greatly appreciated.

Sincerely,

Kim N. Taylor
Learning for Life Paraprofessional

Enclosure

**Subsidiary of the Suffolk County Council, Boy Scouts of America**

Scouting Boulevard * Medford, New York 11763-2292 * 631-924-7000 X 18 * Fax 631-924-7145

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

**BOARD OF EDUCATION**
FRANK ZAMPARIELLO
**PRESIDENT**

STEWART C. MALLOY
**VICE-PRESIDENT**

MICHAEL BENINCASA
JOANNE COLOSA
MARY MOJALLALI
EILEEN LAWLOR
ANNE RODEN
JAMES WATSON
GARY ZANAZZI

*South Country*
*Central School District*

**BROOKHAVEN PRIMARY SCHOOL**

FIRE PLACE NECK ROAD
BROOKHAVEN, NEW YORK 11719
516-286-4382

**SUPERINTENDENT**
**OF SCHOOLS**
MARK SCHISSLER

**BUILDING PRINCIPAL**
ROBERT G. ESP

**ASSISTANT PRINCIPAL**
BETTE E. ERRIG

September 7, 1999

Mr. Joe Nofi
16 Library Lane
Brookhaven, N.Y.

Dear Joe:

Thank you!  It took a great deal of hard work and effort, but through your efforts, our first through third grade playground project has become a reality.  It first started as an idea with our co-presidents Gail and Lisa, and then took shape as plans were made and equipment selections were completed.  Throughout the process dedicated people worked hard to raise funds and through the generosity of our many supporters we were able to purchase the equipment that was installed on August 21st.  As with any idea or project, its success comes down to individuals who are caring and willing to give of their time and expertise to help.

Please be assured that without your efforts, our project could not have successfully been completed.  Therefore, on behalf of the students, staff, and parents of Brookhaven Elementary School, please accept our thanks and gratitude for all of your help.

As with all of our efforts here at Brookhaven Elementary School, working together we can make a difference.

Sincerely,

Robert G. Esp
Principal

bb
cc: BOE
    M. Schissler
    P.T.A. Presidents

P 30

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

# COUNTY OF SUFFOLK



**STEVE LEVY**
SUFFOLK COUNTY EXECUTIVE

**DEPARTMENT OF HEALTH SERVICES**

BRIAN L. HARPER, M.D., M.P.H.
Commissioner

June 9, 2006

To Whom It May Concern:

Mr. Joe Nofi has been employed with the Suffolk County Department of Health Services for the past five years. During his tenure here he has been a reliable, industrious and enthusiastic employee.

While Mr. Nofi's principal tasks have revolved around his official civil service title, the Department has on several occasions called on him to go beyond that responsibility and to perform duties related to his status as a peace officer. This has included accompanying field staff to visit clients that may represent a particular danger to our staff. It also has been to serve in the role of security when unruly visitors have visited our building as well as serving in that role when the Department has scheduled anti-terrorism exercises.

In each instance that we called upon Mr. Nofi to act in this extraordinary role he has performed the task in a willing, efficient and professional manner. He has been a true asset to the Department.

Sincerely,

Richard Meyer
Assistant Commissioner

OFFICE OF THE COMMISSIONER
225 Rabro Drive East, Hauppauge, NY 11788 (631) 852-5800 F   (631) 8

P 40

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)



**Steve Levy**
SUFFOLK COUNTY EXECUTIVE

DEPARTMENT OF HEALTH SERVICES

DAVID G. GRAHAM, M.D., M.P.H.
Acting Commissioner

December 5, 2006

Re:   Mr. Joseph Nofi
To:   Whom It May Concern:

I have known Mr. Joseph Nofi since 2003. During this time Mr. Nofi has provided security for several of the Bureau of Chest Diseases' (BCD) programs and for our staff. Many of the BCD's activites take place in the community such as our targeted tuberculosis testing and treatment program. During the operation of that program Mr. Nofi provided a security presence that enabled our staff to effectively provide medical services in non-traditional settings (e.g., in a "mobile clinic" set up in the tobacco education van in the evening in dark parking lots at churches, ESL classes, etc.).

Mr. Nofi has also been helpful in his role as a peace officer when our field staff provides directly observed therapy to potentially abusive or dangerous tuberculosis patients. In this capacity Mr. Nofi has been very valuable since his presence with our field staff enables them to feel secure while working in potentially volatile and dangerous environments.

Mr. Nofi is a personable, hard working person in whom our staff has great confidence. He carries out his assignments in a timely and professional manner.

Sincerely,

Lewis R. Mooney, MD
Medical Director
Bureau of Chest Diseases

BUREAU OF CHEST DISEASES
1869 BRENTWOOD ROAD
BRENTWOOD, NEW YORK 11717

P 43

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

# Ocean Beach Police Department



**Ocean Beach, New York 11770**
631-583-5866 Fax 631-583-8289
OBPOLICE@YAHOO.COM

Edward T. Paradiso
*Chief of Police*

December 15, 2000

Dear Mr. Giancanti,

    This is a letter of recommendation for Joseph Nofi. Officer Nofi has served as Police Officer with Ocean Beach Police Department since Oct. 1999. In that time, he has proven to be a bright, talented, hard working individual. He follows direction well and does not require constant supervision to insure that he gets the job done. He performs his duties in a professional manner and I feel he would be a welcomed addition to your department.
    I am available at my office if you need more information about Officer Nofi.

    Sincerely

*Edward T. Paradiso*

Edward T. Paradiso
Chief of Police
Ocean Beach Police Department

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

# COUNTY OF SUFFOLK



**STEVE LEVY**
SUFFOLK COUNTY EXECUTIVE

DEPARTMENT OF HEALTH SERVICES

**DAVID G. GRAHAM, M.D., M.P.H.**
Acting Commissioner

01/16/2007

To Whom It May Concern:

I have known Joseph Nofi for about five years. Mr. Nofi is a co-worker as well as a friend. As the supervisor of the Tobacco Enforcement Unit I have had many occasions where I had to call upon Mr. Nofi for assistance. Mr. Nofi has helped our enforcement efforts by serving formal hearing notices, notices of violations and notices of decisions to repondents. In addition, Mr. Nofi has participated in our enforcement of tobacco sales to minors laws and the New York State Clean Indoor Air Act.

Mr. Nofi's backround as a police officer has proved to be valuable when we encountered difficult confrontational situations, as he has a talent for difusing a situation rather then allowing it to escalate.

I highly recommend Mr. Nofi for any type of law enforcement position. Mr. Nofi is trustworthy and reliable.

Robert P Morcerf RN

Senior Public Health Sanitarian
Tobacco Enforcement

OFFICE OF HEALTH EDUCATION
North County Complex, Bldg. C928, 725 Veterans Memorial Highway,  Hauppauge, NY  11788
(631) 853-3162  Fax (631) 853-2958

P 50

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

Dear Assistant Coach Nofi,

I would like to thank you for all the work you put into South Country Little League this year. The league, parents, and children appreciate everything you have done. This year we are asking the coaches to hand in all equipment at the end of their last game. At that time you will receive your trophies. If you are a coach doing a senior league, tournament team or In house All-Stars you still need to hand in your equipment. You will be reissued a new bag with all needed equipment. I would like to get a better idea of the condition of all equipment. The picnic will be held this year at Southaven Park on June 23rd, 11:30 to 3:30pm. This year the board decided to do a "bring your own picnic lunch." There are barbeques available to grill on. There will be a coach's game at noon. Please come down and play. The children love to watch their coaches battle it out. I am always open for suggestions ( and help) to make the league better. Once again, THANK YOU for everything you have done this year.

Sincerely,

Donna Gradilone

Donna Gradilone
President

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

## COUNTY OF SUFFOLK



**Steve Levy**
SUFFOLK COUNTY EXECUTIVE

DEPARTMENT OF HEALTH SERVICES

BRIAN L. HARPER, M.D., M.P.H.
Commissioner

February 17, 2005

Mr. Joseph Nofi
Department of Health Services
Health Education
225 Rabro Drive
Hauppauge, NY 11788

Dear Mr. Joseph Nofi,

The Suffolk County Department of Health Services and the staff of the Division of Public Health would like to extend their sincere gratitude and thanks to you for time and assistance with the 2004 Influenza and Pneumococcal Immunization Clinics. As you know, this season was a particularly difficult one, with the vaccine shortage and high public demand. Your offer to volunteer, often on short notice, and to engage with unusually large numbers of persons in attendance, enabled us to operate our clinics safely and successfully.

Your assistance was a valuable public service for our community's most vulnerable citizens who are at greatest risk for severe complications form illness. Thank you again for your willingness to be part of our efforts to vaccinate Suffolk County's highest risk residents.

Sincerely,

David. G. Graham, M.D., M.P.H.
Director of Public Health

Patricia Dillon, M.D., M.P.H.
Medical Director of Epidemiology and Disease Control

Lauren Barlow, M.S., R.D., R.N.
Public Health Nurse Coordinator

OFFICE OF THE COMMISSIONER
225 RABRO DRIVE EAST
HAUPPAUGE, NY 11788-4290
(631) 853-3000  Fax (631) 853-2927

P 67

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

### LONGWOOD CENTRAL SCHOOLS
35 YAPHANK-MIDDLE ISLAND ROAD • MIDDLE ISLAND, NEW YORK  11953-2373

CANDEE A. SWENSON, Ed.D.
Superintendent of Schools

LEVI McINTYRE, Ed.D., Principal
KENNETH O'NEILL, Assistant Principal
MARK D. SIDMAN, Assistant Principal



LONGWOOD JUNIOR HIGH SCHOOL
198 LONGWOOD ROAD
MIDDLE ISLAND, NY  11953-2057
631-345-2701
FAX 631-345-9281

May 3, 2002

Dear Mr. Nofi:

Just to say thank you so much for participating in our annual Career Day program.  We sincerely appreciate the time and effort that you have contributed to make this endeavor a special event.

The students and faculty have shared that your presentation was informative, interesting, and motivational.  In fact, they have requested a full day of speakers for next year so they will have the opportunity to meet with all the visiting professionals.

Once again, thank you so much for joining us.  We will extend an invitation for you to join us next year.

Sincerely,

Dr. Levi McIntyre
LJHS Principal

Maris Paolini
Career Day Coordinator

Desire Sarlo
Career Day Coordinator

LM/trm

*Community Unity...Be A Part Of The Pride*

(THIS PAGE WAS INTENTIONALLY LEFT BLANK)

# Town of Babylon

**Timothy Taylor**
**Harbormaster**



**Patrick Farrell**
**Director**

August 15, 2008

To Whom It May Concern:

Be advised that Joseph Nofi has been an exemplary and dedicated employee for the past three years as a Bay Constable for the Town of Babylon.  Joe would be an asset to any organization and I would recommend his services at any time.

Respectfully,

Timothy Taylor, Harbormaster
Town of Babylon

TT/yd

AN EQUAL EMPLOYMENT, AFFIRMATIVE ACTION EMPLOYER