

**VILLAGE OF OCEAN BEACH**
# POLICE DEPARTMENT

*Kevin T. Lambo*
**Gay Police Officer**

Telephone: (516) 583-5866          Facsimile: (516) 583-8289

PO Box 425 ~ Ocean Beach, NY 11770

P 925

VILLAGE OF OCEAN BEACH
POLICE DEPARTMENT

POLICE DEPARTMENT

*Frank Fiorillo*
POLICE OFFICER

Telephone: (631) 583-5866          Cell Phone: (917) 687-0785

PO Box 425 ~ Ocean Beach, NY 11770



VILLAGE OF OCEAN BEACH
POLICE DEPARTMENT

*THOMAS SNYDER*
POLICE OFFICER

Telephone: (631) 583-5866        Facsimile: (631) 583-8289

PO Box 425 ~ Ocean Beach, NY 11770