# Police Department
# County of Suffolk, N.Y.
# Police Academy

## Commencement Exercises
## Monday, 3 June 2002

### Suffolk County Police Headquarters
### 30 Yaphank Avenue
### Yaphank, N.Y. 11980

**137th Class**

Robert J. Gaffney  
County Executive

John C. Gallagher  
Police Commissioner

P 245

# Suffolk County Officials

County Executive
Robert J. Gaffney

Members of the Suffolk County Legislature

| MEMBER | DISTRICT |
| --- | --- |
| Michael J. Caracciolo | 1st |
| George Guldi | 2nd |
| Fred W. Towle Jr. | 3rd |
| Joseph T. Caracappa | 4th |
| Vivian Fisher | 5th |
| Martin W. Haley | 6th |
| Brian X. Foley | 7th |
| Bill Lindsay | 8th |
| Ginny Fields | 9th |
| Cameron Alden | 10th |
| Angie Carpenter | 11th |
| Andrew Crecca | 12th |
| Lynne Nowick | 13th |
| David A. Bishop | 14th |
| Maxine S. Postal | 15th |
| Allan Binder | 16th |
| Paul J. Tonna | 17th |
| Jon Cooper | 18th |

# Suffolk County Police Department

Commissioner
John C. Gallagher

Deputy Commissioner
James M. Abbott

Assistant Deputy Commissioner
James J. Maggio, Jr.

Chief of Department
Philip Robilotto

Chief of Patrol
Thomas Compitello

Chief of Detectives
Thomas Hamann

Chief of Support Services
Edward Webber

C.O., Police Academy
D/Insp. Donna L. Engel

E.O., Police Academy
Capt. Michael Caldarelli

C.O., Recruit Training Section
Lt. Scott D. Gorman

Recruit Training Staff
E.O. Sgt. Robert Sweeney
Sgt. Damian Germain

| | |
| --- | --- |
| P.O. Bill Bailey | P.O. Mary Munn |
| P.O. Frank Conroy | P.O. Lance Prager |
| P.O. Steven Desantis | P.O. Ronald Ross |
| P.O. Stephen Duranti | P.O. Michael Santarpia |
| P.O. Laura Gargiulo | P.O. Raymond Sitler |
| P.O. Gary Kuhne | P.O. Joseph Suarez |

P.O. Thomas Zagajeski

## Officials

### Town of East Hampton

Jay Schneiderman, Supervisor
Todd Sarris, Chief of Police

### Village of Ocean Beach

Natalie Katz Rogers, Mayor
Edward Paradiso, Chief of Police

### Town of Southampton

Patrick A. Heaney, Supervisor
James Overton, Chief of Police

### Town of Southold

Joshua Horton, Supervisor
Carlisle Cochran, Jr., Chief of Police

## Program

Welcoming Remarks........................... D/Insp. Donna L. Engel

Processional ...................................................... Graduates

——— **Pledge of Allegiance** ———

Invocation

——— **Introduction of Distinguished Guests** ———

Graduation Address...................................John C. Gallagher
Police Commissioner

Chaplain's Address



## Graduates
### 137th Class

**East Hampton Town Police Department**
P.O. Jay A. Diamond

**Ocean Beach Village Police Department**
P.O. Frank Fiorillo (Valedictorian)

**Southampton Town Police Department**
P.O. Jane A. Harrigan

**Southold Town Police Department**
P.O. Christopher P. Lappe Jr.

—— Issuance of Diplomas ——

Suffolk County
 Police Commissioner .................... John C. Gallagher

C.O., Police Academy ............... D/Insp. Donna L. Engel

Benediction

—— Recessional ——