Dear Sir or Madam,                                                                                    Sept 16, 2006

    Please accept this letter as verification of past employment of Frank Fiorillo as a Seasonal / Part Time police officer with the Ocean Beach Police Department. Mr. Fiorillo entered the Suffolk County Police Academy in October 2001 and graduated in May 2002. He began regular patrol with the department on May 28, 2002. He preformed all the typical duties and functions of a police officer. Mr. Fiorillo always made himself available for additional hours. Working weekends or on holidays was never an issue. His attendance and deportment were qualities the department could always depend upon. Mr.Fiorillo's employment ended on April 2, 2006 due to budget reductions.

    If you need additional information, please call me at 631-581-1816.

Sincerely,

Edward T. Paradiso
Chief of Police
Ocean Beach Police Department

---

*[Envelope:]*

Edward Paradiso
286 Timber Point Rd
East Islip NY 11730

LONG ISLAND NY 117
19 SEP 2006 PM 1 L

Frank Fiorillo
PO Box 156
Babylon, NY 11702-0156

11702+0156 B001

P 317