# INCIDENT REPORT
## Ocean Beach Police Dept.
## Ocean Beach, NY 11770

| TYPE OF COMPLAINT | | | | DATE 12/11/2004 |
|---|---|---|---|---|
| COMPLAINANT'S NAME SGT HESSE | | | | D.O.B. |
| ADDRESS BAY WALK | | | | |
| CITY OCEAN BEACH | | STATE N.Y. | | ZIP 11730 |
| PHONE 583-5866 | TIME RECEIVED 1200 | UNIT DISPATCHED 1200 | ARRIVED AT SCENE 1200 | CLEARED 1430 |
| OFFICERS ASSIGNED 103 | | PERSON REPORTING IF OTHER THAN COMPLAINANT | | |
| DISPATCHER HESSE | | REPORTED: IN PERSON | | |

**NATURE OF COMPLAINT:**

UPON SWORN COMPLAINTS OF JEANNE JAEGER OF 17 WOOD LANE, SMITHTOWN, NY 11787 DOB 3/30/53 AND POLICE OFFICER GARY BOSETTI #411 THE UNDERSIGNED OFFICER OFFICIALLY ARRESTED BRYAN VANKOOT OF 8 NOYES LN, HUNTINGTON NY DOB 8/3/75 FOR NYSPL 240.26 HARASSMENT 2ND AND NYSPL 120.00 ASSAULT 3RD AND RELEASED ON 500 DOLLARS BAIL. ALSO ARRESTED WAS CHRISTOPHER SCHALIK OF 63 MAPLE AVE, HUNTINGTON, NY 11743 DOB 1/15/75 FOR NYSPL 120.00 ASSAULT 3RD AND RELEASED ON 300 DOLLARS BAIL.

NEXT RETURN DATE 01/08/2005

BLOT# 677   121104-01

CHECK HERE IF REPORT REQUIRED ☐ ACC. NO         OFF. NO.

USE REVERSE SIDE (YELLOW COPY) FOR ADDITIONAL INFORMATION

Nº 22295       OFFICER'S SIGNATURE