THOMAS SNYDER, PARK RANGER I

1 BLUE POINT ROAD • SOUND BEACH • NEW YORK 11789 •
PHONE (631) 209-9704 • E-MAIL REGULUS816@EARTHLINK.NET

# THOMAS A. SNYDER

OBJECTIVE

To obtain employment and further my knowledge and experience in the law enforcement and security field.

WORK EXPERIENCE

January 2 1990 - Current          Town of Islip Dept. of Public Safety
*Park Ranger 1*
- Patrol and enforce all laws (town and New York State) on all town properties, including parks, beaches, and marinas.
- Provide emergency first aid and CPR as a first responder.
- Secure evidence at crime scenes.

May 25 1991 – March 31 2006          Incorporated Village of Ocean Beach
*Police Officer*
- Patrol and enforce all village, town, and New York State laws.
- Provide emergency first aid and CPR as a first responder.
- Secure evidence at crime scenes.

June 1987 – December 1989          Cablevision Systems Corporation
*Service Technician*
- Building, installing, and maintaining of cable TV systems.

1985 - 1987          Siemens Corporation
*Shipping and Receiving Clerk*
- Shipping and receiving for international telephone/data systems corporation

EDUCATION/CERTIFICATES

June 21, 1981   Graduate of Brentwood Sonderling High School, Brentwood NY

April 10, 1990   Suffolk County Fire Academy – Fire Service Orientation for Peace Officers

April 13, 1990   Graduate of Suffolk County Sheriffs Department - Peace Officer Technology

May 24, 1991   Graduate of Suffolk County Police Department- Police Officer Technology

December 6, 1992   Town of Islip Safety Office – Care and Use of Chemical Mace

January 7, 1993   New York State Commission of Correction – Class in HIV/AIDS

October 6, 1993   New York State Police – Speed Estimation

October 8, 1993   New York State Police – Accident Investigation

February 7, 1996   Town of Islip Safety Office – CPR for the Professional Rescuer

February 8, 1996   Town of Islip Safety Office – First Aid/Resuscitator Training & Bloodbourne Pathogens

January 22, 1997   Associates in Applied Science (AAS) Degree with Distinction in Criminal Justice   Suffolk County Community College

October 16, 1997   New York State Department of Motor Vehicles – Fraudulent Document Detection

2002 New York Institute of Technology/completed class in Organized Crime

April 12, 2003   Suffolk County Fire Academy – Arson Awareness and Bomb Response

May 27, 2003   New York City Police Department – Auto Crimes School

August 17, 2003   Suffolk County Fire Academy – Hazardous Materials First Responder Operations

September 1, 2003   New York State – Certified as a Hazardous Materials Technician

September 15, 2003   US Department of Homeland Security - Office for Domestic Preparedness – WMD Response Training

April 1, 2004   US Department of Homeland Security – Office for Domestic Preparedness – WMD Hazmat Technician (COBRA)

April 25, 2006   Town of Islip Safety Office – Expandable Baton and Deadly Physical Force refresher course

July 16, 2006   FEMA Emergency Management Institute – Certificates in Incident Command, Initial Action, National Response Plan

MILITARY

July 1981 – October 1985

United States Navy

Served onboard the USS Carl Vinson CVN-70 as an Aviation Boatswaines Mate

Duties included the launching and recovering of naval aircraft

CIVIL SERVICE GRADES

Park Ranger II - January 2006 (promotional exam)   Grade 75

AWARDS/CITATIONS

September 7, 1991 - Received departmental recognition from Town of Islip Department of Public Safety for Honorable Service

March 8, 1993 - Received departmental recognition from Town of Islip Department of Public Safety for Meritorious Service

October 21, 1997 - Received an award as a marksman in firearms from the Suffolk County Sheriff Firearms Re-qualification Course (through Town of Islip)

September 25, 2000 - Received an award as a distinguished expert in firearms from the Suffolk County Sheriff Firearms Re-qualification Course (through Town of Islip)

October 2001 - Received recognition for voluntary service from September 12-13, 2001 at Ground Zero, WTC

July 2004 - Received departmental recognition from Town of Islip Department of Public Safety for Meritorious Service