

# TOWN OF ISLIP
## PUBLIC SAFETY
## EMERGENCY MANAGEMENT

401 MAIN STREET • ISLIP, NEW YORK 11751 • PHONE: (631) 224-5300 • FAX: (631) 224-5305     P.S. _____

Pete McGowan, Supervisor
John Scimeca, Commissioner

December 7, 2004

Lindsay M. Gilbert, Ms
Program Coordinator
Touro College
School of Health Sciences
1700 Union Boulevard
Bay Shore, NY  11706

Ms. Gilbert,

    Please accept this letter of recommendation for Park Ranger Thomas Snyder.  This recommendation is based on several factors.  Ranger Snyder has been a peace officer for the Town of Islip for over 15 years and has received awards for both Meritorious Service and Honorable Service.  Ranger Snyder not only serves as a peace officer for the town but he is additionally assigned the Town of Islip Hazardous Material Response Team.  Both of these positions require yearly certifications and continual training in order to maintain the highest standard of response.

    Based upon the above, I feel quite confident in recommending him for a place in your Forensic Science program.  Ranger Snyder has both the determination and desire to excel in any endeavor that he takes on.  If I can help you with any additional information please feel free to contact me at 224-5303.  I would be happy to speak with you on his behalf.

Martin J. Raber
Executive Assistant to the Supervisor