

**INCORPORATED VILLAGE OF OCEAN BEACH**
POST OFFICE BOX 457
OCEAN BEACH, NEW YORK 11770-0457
TEL: (631) 583-5940
FAX: (631) 583-7597

JOSEPH C. LOEFFLER, JR., *Mayor*
JAMES S. MALLOTT, *Trustee*
WILLIAM A. WINGATE, *Trustee*
STEVEN L. EINIG, *Trustee*
KENNETH E. KLEIN, *Trustee*

MARY ANNE MINERVA, *Administrator*
KEVIN J. SCHELLING, *Superintendent of Public Works*

COPY

August 6, 2007

Paul Carollo
20 Gaymor Lane
Commack, NY 11725

Dear Officer Carollo:

Civil Service rules and regulations require you to work at least one tour during the calendar year. You may work one tour for the Village under modified duty assignment to fulfill the requirement and maintain your status.

Hopefully, you will take advantage of this opportunity. Upon the successful completion of court actions, we would like to reinstate you to your previous assignment.

Sincerely,

*Joseph C Loeffler Jr.*

Joseph C. Loeffler, Jr.
Mayor

cc:     ~~Village Administrator~~    OBPD
        Village Counsel
        Employee File



004431