# Ocean Beach Police Department

Internal Correspondence

To: SGT. HESSE

From: P.O. SNYDER

Re: UNDERSIGNED OFFICER MISSING FROM PAYROLL RECORDS IN COMPUTER

Date: Friday, December 16, 2005

Time: 0:23

WHILE ATTEMPTING TO INPUT MY HOURS WORKED ON THE CURRENT PAYROLL, 12/07/2005-12/20/2005, I COULD NOT FIND MY NAME ON THE LIST OF OFFICERS. ATTEMPTS TO CORRECT THIS SITUATION WERE TO NO AVAIL. I RESPECTFULLY REQUEST TO HAVE MY NAME RE-ENTERED INTO COMPUTER SO I CAN PROPERLY FILL OUT THE PAYROLL SHEETS IN THE FORMAT YOU USE.

Respectfully submitted,

THOMAS A. SNYDER P.O. #413/8900

cc:

body 2

P 407