FRANK FIORILLO
P.O. Box 156
Babylon, NY 11702

Phone: 631-847-0588

RECEIVED

APR 2 5 2006

INC. VILLAGE OF OCEAN BEACH

April 23, 2006

Mayor Natalie K. Rogers
Incorporated Village of Ocean Beach
P.O. Box #457
Ocean Beach, NY 11770

Dear Mayor Rogers,

I was employed as a Police Officer in the Incorporated Village of Ocean Beach for the past four years. On Sunday April 02, 2006, at the Annual Police Department Meeting, I was told by Deputy Chief George Hesse that I was being let go due to budget constraints.

I want to take this opportunity to thank you for employing me in your village in that capacity.

At this time I am requesting, from you personally, a letter of recommendation which I can use as a reference in future employment.

Sincerely yours,

*Frank Fiorillo*

Frank Fiorillo

cc Natalie K. Rogers, Mayor
George Hesse, Deputy Chief
Mary Anne Minerva, Admin.
Kevin Schellens, Supt DPW

COPY

Minerva
Exhibit
20
x/x 11-708

003931