COPY

Employee Name: Joseph C. Loeffler, Jr.
Employee Number: 766
Employee Hire Date: June 1, 1968

Confidential Wage/Salary History

| Dates | | Position And Classification | Rate of Pay | | Reason For Change |
|---|---|---|---|---|---|
| From | To | | Amount | Per | |
| 06/01/68 | 05/31/69 | Laborer | $2.50 | Hour | |
| 06/01/69 | 08/30/69 | Laborer | $3.00 | Hour | |
| 09/05/70 | 10/17/70 | Police | $24.00 | Day | |
| 05/15/71 | 05/29/71 | Police | $24.00 | Day | |
| 05/30/71 | 09/18/71 | Police | $25.00 | Day | |
| 03/04/72 | 05/13/72 | Police | $25.00 | Day | |
| 06/01/72 | 12/23/72 | Police | $26.00 | Day | |
| 05/26/73 | 07/07/73 | Police | $27.00 | Day | |
| | | | | | |
| 01/01/80 | 05/01/80 | Building Inspector | $100 | Month | |
| 06/01/80 | 11/01/80 | Building Inspector | $125 | Month | |
| | | | | | |
| 08/03/02 | 05/31/03 | Trustee | $250.00 | Bi-annual | |
| 06/01/03 | 05/31/04 | Trustee | $250.00 | Bi-annual | |
| 06/01/04 | 05/31/05 | Trustee | $250.00 | Bi-annual | |
| 06/01/05 | 07/02/06 | Trustee | $250.00 | Bi-annual | |
| 07/03/06 | 05/31/07 | Mayor | $1,500.00 | Annually | |

Loeffler
Exhibit
1
2-25-09