# Ocean Beach Police Department
P.O. Box 425
Ocean Beach, New York 11770
(516) 583-5866 Fax (516) 583-8289

**Edward T. Paradiso**
*Chief of Police*

February 15, 1999

To:    Chief Edward T. Paradiso
From:  George B. Hesse, Police Officer

**Re:    Provisional appointment to Sergeant**

As per our conversation, the undersigned officer would like to make a proposal to the village board regarding a provisional appointment to sergeant pending the next promotional exam. The undersigned officer feels that since I already assumed the roll of a supervisor that this appointment will help the police department as a whole ranging from the simplest tasks to the more complex problems that the department faces that the average officer can not take care of. If you have any questions or comments please feel free to contact me.

Sincerely,

George B. Hesse
P.O. 103/8900

cc: Chief Paradiso, Correspondence file
original to H. Hesse personnel file

COPY

RECEIVED FEB 1 8 1999



EXHIBIT
Hesse 1
6-3-09

003856