Case 2:07-cv-01215-SJF-ETB   Document 145-72   Filed 01/15/10   Page 1 of 1 PageID #: 3958

## Ocean Beach Police Department
P.O. Box 425
Ocean Beach, New York 11770
(631) 583-5866 Fax (631) 583-8289

**RECEIVED**

MAR 30 2001

INC. VILLAGE OF OCEAN BEACH

Edward T. Paradiso
*Chief of Police*

March 25, 2001

To:   Chief Edward T. Paradiso
From: George B. Hesse, Police Officer

**Re:   Provisional appointment to Sergeant**

As per our previous conversation in February of 1999, the undersigned officer would like to make a proposal to the village board regarding a provisional appointment to sergeant pending the next promotional exam. The undersigned officer feels that since I already assumed the roll of a supervisor that this appointment will help the police department in many regards.

The last time we spoke of this, you stated, look what they did to Bob Galoppi. Bob got what he wanted and or disserved. He always made deals with the village without first consulting you. I've always been loyal to you and the department first.

I ask for this appointment without any monetary compensation. All I ask for is the title of sergeant. I've earned the respect of the officers and the residence of the village. Even Mayor Rodgers refers to me as the sergeant when she speaks to me.

I understand I did not do well enough to pass the last exam, but I believe that there is a lot more to being a supervisor than taking a test designed by the county police. I will be more prepared the next time I take it so we can make it official, but for the time being I would like the provisional appointment. According to civil service you can stay in a provisional position pending 2 exams. That gives me at least four to five years to pass the test.

I hope that you reconsider your last decision and I thank you for your time in this matter.

Sincerely,

*[signature]*
George B. Hesse



EXHIBIT
Hesse 2
6-3-09

003847