## COUNTY OF SUFFOLK


*file*



STEVE LEVY
SUFFOLK COUNTY EXECUTIVE

DEPARTMENT OF CIVIL SERVICE
725 VETERANS MEMORIAL HIGHWAY
NORTH COUNTY COMPLEX    BLDG 158
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099
(631) 853-5500
FAX (631) 853-4796

ALAN SCHNEIDER
PERSONNEL DIRECTOR

Joeseph Loeffler, Mayor
Ocean Beach Village
PO Box 457
Ocean Beach, NY 11770

January 4, 2007

Dear Mr Loeffler:

This Department has become aware that Police Officer George Hesse has been working in a supervisory capacity. Supervisory responsibility is a duty that is out of title for a Police Officer. To remedy this, we will need you to submit a new duties statement so that we may review the position and determine the proper title.

Once we have determined the proper position classification, you may then act to appoint Mr. Hesse to this title. Should you have any questions about this procedure, please feel free to call me at 631-853-6106.

Sincerely,


Alison Sanchez
Personnel Analyst



Cc: Maryanne Minerva, Village Administrator


EXHIBIT
Hesse 5
6·3·09