11/06/2004  16:06   16312244776          PUBLIC SAFETY                    PAGE  01

11/5/04

To George Hesse Sgt. 103,

While on patrol with Officers Kevin Lamm and Frank Fiorillo, we received a phone call at approximately 02:30 hours from an unknown male in Housers Bar who stated, "You better get guys here now" and then hung up without stating his name.

We then started over quickly to the bar when we received another phone call from Ian Lavine who stated "Theres a fight in Housers that's breaking up now, the Bosetties are here but you should come anyway."

When we arrived about three minutes later, I saw Richie Bosetti grappling with one of the subjects involved who we later determined as Chris Shalic. Frank and Kevin went to intervene between Rich and Chris while I asked numerous people in the entranceway what had happened. Sean O'Rourke said, "It's over, they're all gone." Others just left and walked away without saying anything including Ian Levine. When I joined Kevin and Frank, they were with Ritchie and Chris along with several of Chris' friends. We tried to sort out who was involved and what had happened. Rich blurted out "This woman was being choked."

Chris and his friends stated "That's a lie, no woman was choked or involved with the fight." I asked Rich "Where is the woman who was choked?" He didn't answer and then walked away from me.

Chris and his friends where intoxicated, highly agitated and angry. They were insisting "We know how it works here you're going to cover this up for your cop friend, he choked our friend Brian and hit us with a pool cue." I found Ritchie standing outside the bar and asked him where his brother was he did not answer. Kevin, Frank and I tried to calm Chris down and asked him if he would come into the bar and see if the guy who did this was inside. He agreed and as we walked through the door Sean O'Rourke said to me "Can I help you?" I stated "Yeah, you can step aside and allow me to investigate or I'll arrest you for impeding a police investigation."

Chris, myself and officer Lamb walked around the bar when Chris said "He's not here, he's gone."

"Wait a minute," I said, "lets walk to the outer back area and see if he is there." We did and saw only three people sitting at a table. We then walked back into the bar and I asked out loud if anyone saw the fight. Not one of the 20 or so people inside spoke or offered to help us. As we then were walking out, Chris said "All I know is he looked exactly like that guy." and pointed to Rich Bosetti. I said "What guy?"

And he again pointed at Ritchie standing by the entrance and said, "That guy, only shorter" in full view of all patrons of the bar and officer Lamm. At this time Officer Fiorillo was with Chris' friends outside the bar. I then asked Chris to come outside with me and Kevin, where Frank, Kevin, myself, Chris, and all of Chris' friends were standing. They all became agitated and angry again and said "We know you're going to cover this up for your cop friend. We know how it works here, he punched and choked out my friend and beat us with a pool cue and you guys are doing nothing about it!"

I then said to Kevin "Why don't we take them to the station to be looked at by rescue and take statements from them?"

We when sat them down in the police station. Officer Fiorillo called rescue as myself and Officer Lamm were looking for statement forms to write their statements on.


PLAINTIFF'S EXHIBIT
Hesse 23
8/6/09

003196

Chris' other two friends, one a man and one a woman named Allana said again that "no woman was choked and that they are lying." They also helped us calm Chris down as he was extremely agitated over what had happened. I took the statement from John Tesoro who said he was hit in the head and the right elbow with a pool cue while trying to break up the fight. Officer Lamm took the statement of Chris Shalik. Rich Bosetti then walked into the station right past us and into the cell area to use the toilet. When he came back out Chris then became agitated again and said "Who are you? Are you a plain clothes cop?" we then asked Ritchie to leave and calmed Chris down again. He then asked us, "Who was that guy?" We replied, "He works here as a cop." "I knew it," Chris said, "You guys are trying to cover this up for him.

I replied, "You need to calm down and talk to us in order for us to properly investigate this."

Frank asked where was the friend who was punched and choked, they said "He's at 9 Gale Walk in Seaview." Frank then went to the house and escorted Brian Van Koot and his female friend Diane to the police station. By this time, rescue was on scene, checking the victims out, and filling out PCRs, when Frank brought in Van Koot. I looked at him and saw his right eye and side of his face swollen and bruised. I said to Kevin, "We need to photograph him." Kevin said, "I'm doing it now."
At this time, Chris and John stated that they were not badly hurt, and that they were alright. They were more concerned about their friend Brian who was punched and choked. I then became aware of village board member Joe Loeffler standing in the station as we attempted to obtain information from Brian. I said to Brian that he needed to be treated by rescue and have a statement taken from him about what happened. He was intoxicated, agitated, hostile, and initially uncooperative with us and with rescue. Rescue put a neck brace on him because they said his trachea was bent or curved and they were concerned about a neck injury. They also requested that he be transported to the hospital by an SCPD Marine unit. He refused to go and was extremely hostile to all rescue personnel and officers at the station. His friends also were alternating between agreeing with us and rescue, and agreeing with him. I stated to Brian that we could not complete this investigation without his help and that whoever did this at minimum was facing a third degree assault charge. Joe Loeffler, who was observing, stated to me that "No matter injuries or not, the fact that a dangerous instrument, namely a pool cube was used on them, makes this a second degree assault."

Finally, after lengthy discussions with the victim Brian, and the help of his friends, we convinced him to at least have his neck and face checked out at the hospital to be sure he had no other underlying injuries we were not aware of. We then asked his friend Diane, who escorted him to the hospital aboard Marine X-Ray to contact us with the outcome of the hospital visit.

Frank, Kevin, and I then created a CC number of the incident, a field report, all persons involved, their statements, and the PCRs, and put them in a file folder in a secure location. As we then were discussing the incident amongst ourselves in the station, it came to be known to me that Rich Bosetti had called the police station and asked if all of us would come up to the barracks to talk with him about the incident. I asked Kevin what he said, and he said that we couldn't as we were still helping to administer rescue to the victims. At this time Frank drove Kevin to the checkpoint as he was going off duty. I stayed in the station until Frank returned from dropping off Kevin and gassing the police

003197

vehicle. At 8 AM, Frank then drove me to the check point as I was going off duty. When I arrived at home, my son Brian stated to me that there were two calls from OBPD. One from Frank, and one from Chief Paradiso. I called Frank at the station who said that the chief asked him how it went last night, to which Frank replied, "We had a little incident." The chief asked what happened and Frank said "I'd rather tell you in person." The chief told him to tell him now, and Frank explained to him what happened. I asked Frank what the Chief said, and he said, "Tommy, the chief is really pissed and he's coming over to the beach right now."

I told Frank that I was going to get some sleep and that the chief can call me at home if he wants to talk to me about the incident. I called the chief on my cell phone later that afternoon and explained the incident to him. He said that, "We did a good job and that in fact, the complainant and his friends came back to the station and said that the officers were very patient and helpful, and should be recognized for it."

The chief then said to me that while they were sitting in the station explaining the incident to him, they saw a picture of Gary Bosetti on the wall and said, "That's the guy who did this." The chief told me that he told them that he called the officer and told him that he no longer worked for the village as he cannot have the integrity of the department compromised. The victim, Brian Van Koot, stated that he did not want to press charges at this time. The chief said to him that he has up to a year to do so, if he changes his mind.

Thomas A. Snyder
PO 413 / Command 8900

003198