Internal Correspondence



November 7, 2004

To: Sgt Hesse

From: PO Fiorillo

Ref: Night of October 31, 2004

    On Sunday October 31, 2004 approximately 2:30am the Ocean Beach Police Department was called to respond to Housers Bar. There were two phone calls within one minute and the nature of the calls were unknown at this time. Police Officers Snyder, Lamm and Fiorillo responded via police vehicle. Upon arrival, there were two white males, now known to me as Schalik, Christopher and Tesoro, John complaining that they were struck with a pool stick by a white male who identified himself as a cop inside the bar. Police Officers Snyder and Lamm took the two complainants inside the bar to try and identify the indidual who struck them. I Police Officer Fiorillo, stayed outside the bar on bay walk, tried to gather information as to what happened. Everyone I talked to was uncooperative as to telling me what had happened inside the bar. I surveyed the scene and found no one else to be injured at this time. At this time, the two complainants emerged from the bar and it was determined that they needed medical attention. I escorted them to police headquarters and administered ice packs to their injuries. I then called firematic, approximately 3:01am. Ocean Beach Rescue responded at approximately 3:05am and proceeded to treat the injured. At this time it was revealed by one of the injured that a third white male was also injured in this altercation. An address was given where this person might be, 9 Gale Street Seaview. I went to 9 Gale Street and found a white male Van Koot, Bryan with a head injury and a throat injury and escorted him to police headquarters where he received medical attention. It was determined by Ocean Beach Rescue that he had to be transported to the hospital. I notified marine bureau that we needed a boat and they responded x-ray. While Van Koot, Bryan was in the station, he gave me a statement as to what had happened and was put in the file. PO's Snyder and Lamm were getting statements from the other complainants and PO Lamm took pictures of Van Koot, Bryans Injuries. After Van Koot, Bryan was transported, PO Snyder created a field report on the matter. PO Lamm was driven off approximately 6:00am and I proceeded to get gas for the police vehicle. PO Snyder was driven off approximately 8:00am at which time Chief Paradiso called and was advised of the situation. Chief Paradiso responded to Ocean Beach via ferry at 10:10am and took over the investigation with the three complainants present. This statement is true and accurate according to my recollection.

Respectfully Submitted
Frank Fiorillo PO 414/OBPD/8900

11-01-04

On Sunday October 31, 2004 approximately 2:30 AM the Ocean Beach Police Department was called to respond to Houser's Bar. There were two phone calls within one minute and the nature of the calls were unknown at this time. Police Officer's Snyder, Lamm and Fiorillo responded via police vehicle. Upon arrival, there were two white males, now to be known as Schalik, Christopher and Tesoro, John complaining that they were struck with a pool stick by a white male who identified himself as a cop, inside the bar. Police Officer's Snyder and Lamm took the two complainant's inside the bar to try to identify the individual who struck them. I, Police Officer Fiorillo, stayed outside the bar on Bay Walk, tried to gather information as to what had happened. Everyone I talked to was uncooperative as to telling me what happened inside the bar. I surveyed the scene and found no one else to be injured at this time. At this time, the two complainant's emerged from the bar and it was determined that they needed medical attention. I escorted them to Police Headquarters and administered ice packs to there injuries. I then called Firematic, approximately 3:01 AM. Ocean Beach Rescue responded at approximately 3:05 AM and proceded to treat the injured. At this time it was revealed by one of the injured that a third white male was also injured in this altercation. An address was given where this person might be — 9 Gale Street Seaview. I went to 9 Gale Street and found a white male Van Koot, Bryan with a head and throat injury and escorted him to Police Headquarters where he received medical attention. It was determined by Ocean Beach Rescue that he had to be transported to the hospital. I notified Marine Bureau that we needed a boat and they responded with X-Ray. While the Van Koot, Bryan was in the station, he gave me a statement as to what happened and was put in the file. PO's Snyder and Lamm were getting statements from the other complainants and PO Lamm took pictures of Van Koot, Bryan's injuries. After Van Koot, Bryan was transported, P.O. Snyder created a field report on the matter. P.O. Lamm was driven off approximately 6:00 AM and I proceeded to get gas for police vehicle. P.O. Snyder was driven off approximately 8:00 AM at which time Chief Paradiso called who was advised of situation. Chief Paradiso responded to Ocean Beach via ferry at 10:10 AM and took over investigation with all three complainants present. This statement is true and accurate according to my recollection.

003195

003195