| | |
|---|---|
| Subj: | 2042 |
| Date: | 11/5/2004 8:47:52 PM Eastern Standard Time |
| From: | KT215 |
| To: | BEACHCOP03 |

# OCEAN BEACH POLICE DEPARTMENT

TO: SGT. HESSE

FROM: PO KEVIN LAMM

    WHILE ON PATROL SUNDAY, OCTOBER 31, 2004 A CALL WAS RECEIVED AT APPROXIMATELY 02:30 HOURS FROM AN ANONYMOUS MALE AND SAID TO GET DOWN TO HOUSER'S BAR RIGHT AWAY AND THEN HUNG UP. THEN RECEIVED A SECOND CALL TO RESPOND TO HOUSER'S BAR. UPON POLICE ARRIVAL THERE WAS BOSETTI, RICHARD IN A CLOSE CONFRONTATION WITH A PERSON WHO IS NOW KNOWN TO ME AS SCHALIK, CHRISTOPHER. PO SNYDER WENT TO THE ENTRANCE DOOR AT HOUSER'S BAR AND MYSELF AND PO FIORILLO INTERVINED WITH BOSETTI, RICHARD AND SCHALIK, CHRISTOPHER AND BOSETTI, RICAHRD STATED THAT THERE WAS SOME WOMAN BEING CHOKED. WHEN ASKED AS TO WHO AND WHERE THE WOMAN IS THAT WAS BEING CHOKED, BOSETTI, RICHARD DID NOT ANSWER. SCHALIK, CHRISTOPHER SAID THAT THERE WAS NO WOMAN BEING CHOKED, THAT IT WAS HIS FRIEND WHO IS NOW KNOWN TO ME AS VAN KOOT, BRYAN THAT WAS PUNCHED IN THE FACE AND BEING CHOKED. SCHALIK, CHRISTOPHER STATED HIMSELF AND TESORO, JOHN WERE STRUCK WITH A POOL STICK BY A MAN THAT STATED HE WAS A COP. SCHALIK, CHRISTOPHER STATED THAT HIS FRIEND VAN KOOT, BRYAN WAS PUNCHED IN THE FACE AND WAS BEING CHOKED OUT BY THE SAME PERSON WHO STRUCK HIM WITH THE POOL STICK AND THAT THERE WAS NO WOMAN BEING CHOKED. SCHALIK, CHRISTOPHER STATES THAT WHEN HE ATTEMPTED TO PULL HIS FRIEND VAN KOOT, BRYAN OUT OF THE CHOKEHOLD, THAT'S WHEN HE AND JOHN WERE STRUCK IN THE HEAD AND ARM CAUSING THE POOL STICK TO BREAK. MYSELF AND PO SNYDER ESCORTED SCHALIK, CHRISTOPHER AND TESORO, JOHN INTO HOUSER'S BAR BECAUSE THEY STATED THAT THEY CAN IDENTIFY THE PERSON THAT HIT THEM BECAUSE IT WAS THE SAME PERSON WHO CHOKED THEIR FRIEND. PO SNYDER WALKED IN FIRST WITH THE VICTIMS BEHIND HIM AND MYSELF BEHIND THE VICTIMS. PO SNYDER TOLD O'ROURKE, SEAN NOT TO INTERFERE WITH A POLICE INVESTIGATION OR HE WILL BE ARRESTED. SCHALIK, CHRISTOPHER AND TESORO, JOHN COULD NOT FIND THE PERSON THEY WERE LOOKING FOR BUT THEY DID POINT TO BOSETTI, RICHARD AND SAID THAT HE LOOKED LIKED HIM BUT SHORTER. WHEN BOSETTI, RICHARD WAS CONFRONTED BY POLICE AND ASKED WHAT HAD HAPPENED HE DID NOT ANSWER. WHEN ASKED WHO WAS THE PERSON BEING CHOKED HE DID NOT ANSWER. WHEN ASKED WHERE HIS BROTHER BOSSETI, GARY WAS HE DID NOT ANSWER. MYSELF AND PO SNYDER STARTED TO QUESTION PATRONS INSIDE HOUSER'S BAR, NO ONE WANTED TO SAY ANYTHING OR ANSWER ANY QUESTIONS ABOUT THE ALTERCATION THAT TOOK PLACE. UPON FURTHER INVESTIGATION OF COMPLAINANTS/VICTIMS OR INJURED PERSONS, THERE WERE NONE INSIDE OR OUTSIDE THE BAR EXCEPT THE CHOKED VICTIM VAN KOOT, BRYAN WHICH NEEDED TO BE LOCATED. WHILE MYSELF AND PO SNYDER WERE INSIDE HOUSER'S BAR, PO FIORILLO WAS INTERVIEWING FRIENDS OF THE COMPLAINANTS, ATTEMPTING TO LOCATE AND INTERVIEW AND ASCERTAIN INFORMATION ON THE THIRD VICTIM VAN KOOT, BRYAN WHO WAS PUNCHED IN THE FACE AND CHOKED.

    SCHALIK, CHRSITOPHER AND TESORO, JOHN WERE ESCORTED TO THE POLICE STATION ALONG WITH FRIENDS OF THEIRS AND THE TWO FRIENDS AGAIN STATED THAT THERE WAS NO FEMALE BEING CHOKED. WHILE THIS WAS GOING ON BOSETTI, RICHARD WALKED INSIDE THE POLICE STATION TO USE THE BATHROOM AND SCHALIK, CHRISTOPHER BECAME ANGRY AND ASKED

Friday, November 05, 2004 America Online: BEACHCOP03

003192