POLICE DEPARTMENT, OCEAN BEACH, N.Y.
**SUPPORTING DEPOSITION**
FOR CIVILIAN WITNESS

C... NUMBER: 103104-01

### THE PEOPLE OF THE STATE OF NEW YORK
### - AGAINST -

_____
(DEFENDANT)


PLAINTIFF'S EXHIBIT
9
11/18/0X

STATE OF NEW YORK } SS:
COUNTY OF SUFFOLK

Name (deponent) BRYAN VAN KOOT  D/O/B 08-03-75
of (address) 8 NOYES LANE HUNTINGTON N.Y. 11743  Apt. _____
states upon personal knowledge, that on (date) 10-31-04 at approximately (time) 02:30 AM
at (location) HOUSER'S BAR  Village of OCEAN BEACH
County of Suffolk, State of New York, the defendant (name, address & d.o.b) _____
wrongfully, intentionally, knowingly, recklessly, with criminal negligence commited the offence
of: ASSAULT 3RD AND 3RD . The said defendant (proceed with the particulars establishing every element of the offence charged and the defendant's commission thereof) I WAS IN THE BAR I GOT HIT IN THE FACE WITH A FIST I FELL DOWN TO THE GROUND AND FELT UNCONCIOUS. I GOT BEAT IN THE HEAD WITH A FIST AND THEN I DONT KNOW WHAT HAPPENED. THIS STATEMENT IS A TRUE AND ACCURATE DESCRIPTION OF WHAT TOOK PLACE.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

NAME OF PREPARING OFFICER (PRINT)
FRANK FIORELLO 414

_[signature]_
SIGNATURE (DEPONENT)
10-31-04
OFFICER MUST WITNESS DEPONENTS SIGNATURE          (DATE)

003183