POLICE DEPARTMENT, OCEAN BEACH, N.Y.
**SUPPORTING DEPOSITION**
FOR CIVILIAN WITNESS

C. NUMBER: 103/04-01

## THE PEOPLE OF THE STATE OF NEW YORK
### - AGAINST -

_____
(DEFENDANT)

STATE OF NEW YORK } SS:
COUNTY OF SUFFOLK



PLAINTIFF'S EXHIBIT
Cherry 10
11/18/08

Name (deponent) SCHALK, CHRISTOPHER P.    D/O/B 0-15-75
of (address) 63 MAPLE PL, HUNTINGTON, NY 11743    Apt. _____
states upon personal knowledge, that on (date) 10-31-04 at approximately (time) 02:30 AM
at (location) BAYWALK, HOUSERS BAR    Village of OCEAN BEACH
County of Suffolk, State of New York, the defendant (name, address & d.o.b) _____

wrongfully, intentionally, knowingly, recklessly, with criminal negligence committed the offence of: _____ The said defendant (proceed with the particulars establishing every element of the offence charged and the defendant's commission thereof) WHILE AT HOUSERS BAR I WAS INVOLVED IN AN ALTERCATION INVOLVING MY FRIEND BRYAN VAN KOOT OF 8 NOYES LANE OF HUNTINGTON, NY WAS BEING CHOKED AND PULLED MY FRIEND BRYAN OUT OF THE CHOKE HOLD. MYSELF AND MY FRIEND BRYAN STARTED TO WALK AWAY AND THE SAME UNKNOWN PERSON THAT WAS CHOKING MY FRIEND PICKED UP A POOL STICK AND HIT ME WITH THE POOL STICK ON MY LEFT ARM AND CAUSED THE POOL STICK TO BREAK. DURING THIS ALTERCATION THIS UNKNOWN WHITE MALE WAS SAYING HE WAS A COP APPROXIMATELY TEN TIMES AND SAID YOU DON'T KNOW WHO YOU ARE MESSING WITH.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

NAME OF PREPARING OFFICER (PRINT): KEVIN LAMM #215/8900

SIGNATURE (DEPONENT): [signature]
DATE: 10-31-04

OFFICER MUST WITNESS DEPONENTS SIGNATURE

003185