**POLICE DEPARTMENT, OCEAN BEACH, N.Y.**
**SUPPORTING DEPOSITION**
**FOR CIVILIAN WITNESS**

C. NUMBER: 103104-01

---

## THE PEOPLE OF THE STATE OF NEW YORK
### - AGAINST -

_____
(DEFENDANT)

STATE OF NEW YORK } ss:
COUNTY OF SUFFOLK


PLAINTIFF'S EXHIBIT
Cherry 11
11/18/08

Name (deponent) John A. Tesoro    D/O/B 8/17/72
of (address) 5 Brier Lane Pelham Manor    Apt. NY 10803
states upon personal knowledge, that on (date) 10/31/04 at approximately (time) 02:30
at (location) Housers Bar    Village of Ocean Beach
County of Suffolk, State of New York, the defendant (name, address & d.o.b) _____

wrongfully, intentionally, knowingly, recklessly, with criminal negligence commited the offence
of: _____ The said defendant (proceed with the particulars establishing every element of the offence charged and the defendant's commission thereof) While at Housers Bar, I was in the middle of an altercation involving my friend Chris Schalick several other males who were working at the bar and several patrons. An unknown male grabbed a pool cue and look at me and then hit me in the head at least twice and also in my right elbow causing pain and discomfort to my right side head above my ear leaving a bump and crossing swelling to my right elbow. The male hitting me with the pool cue stated he was a cop. I said to him "why you hit me in the head. The male then said he was sorry and let me get my baseball hat and leave bar. This statement I made is true and accurate description of the events that took place.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

NAME OF PREPARING OFFICER (PRINT)
Thomas A. Snyder PO 48/8900

SIGNATURE (DEPONENT)
10/31/04 (DATE)

OFFICER MUST WITNESS DEPONENTS SIGNATURE

003186