PLAINTIFF'S EXHIBIT
Cherry 12
11/18/08

# INCIDENT REPORT
## Ocean Beach Police Dept.
## Ocean Beach, NY 11770

| TYPE OF COMPLAINT | | | | DATE |
|---|---|---|---|---|
| assault 3rd | | | | 10/31/2004 |
| COMPLAINANT'S NAME | | | | D.O.B. |
| bryan van koor | | | | 8/3/75 |
| ADDRESS | | | | |
| 8   noyes lane | | | | |
| CITY | | STATE | | ZIP |
| huntington | | N.Y. | | 11743 |
| PHONE | TIME RECEIVED | UNIT DISPATCHED | ARRIVED AT SCENE | CLEARED |
| | 02:30 | 02:30 | 02:35 | 04:45 |
| OFFICERS ASSIGNED | PERSON REPORTING IF OTHER THAN COMPLAINANT | | | |
| 413 414 215 | | | | |
| DISPATCHER | | | | |
| 413 | REPORTED: PHONE | | | |

**NATURE OF COMPLAINT:**

all officers responded to a fight at housers bar. upon arrival found several males standing out side bar arguing. all officers intervened and calmed the situation down. interviewed several males who stated that they were assaulted by a male subject with his fists and a pool cue, who stated "i'm a cop". subject bryan van koot dob 8/3/75 states he was punched in the right eye causing him to fall to the ground where he was then chocked and then had lost conciousness. second subject christopher schalick dob 1/15/75 came to the aid of his friend bryan, by pushing the male who had the pool cue away from bryan a third male friend john a. tesoro dob 8/17/72 attempted to intervene between the male with the pool cue and christopher whereby he was hit in the head with the pool cue several times and in the right elbow causing pain and swelling. victim christopher, was hit with the pool cue and sustained an injury to his left elbow &forearmcasing pain and swelling. ob rescue was called andtreated all at scene. victim bryan van koot was transported by scpd m-xray to southside hospital for further medical treatment

CHECK HERE IF REPORT REQUIRED ☐ ACC. NO     BLOT# 658     103104-01     OFF. NO.

USE REVERSE SIDE (YELLOW COPY) FOR ADDITIONAL INFORMATION

Nº 22275     Thoma A Sn/A PO 413/8900
OFFICER'S SIGNATURE

003184