**VILLAGE OF OCEAN BEACH**



Natalie M. Rogers  
Mayor/ Police Commissioner

George B. Hesse  
Deputy Chief of Police

**POLICE DEPARTMENT**
**PO BOX 425**
**OCEAN BEACH, NEW YORK 11770**

March 11, 2006

**PLAINTIFF'S EXHIBIT**
Hesse 27
8/6/09

To:     All Officers/Dispatchers

From:   George B. Hesse, Deputy Chief

Ref:    Department Meeting

     Our annual department meeting will be held on Sunday April 2nd at 1200hrs at the boathouse. There will be a 10:55 ferry available from Bay Shore. All officers are required to bring all issued equipment with them for inspection. This includes all uniforms, weapon, mags, duty belt, shields and ID. New ID will be issued to all. For those officers that carry their own weapon or weapons, including off duty, please bring them with you also. If by chance you cannot make the meeting notify me ASAP. If you have any questions, please call me right away.

Respectfully,
COPY

George B. Hesse            002662
Deputy Chief

002662