# Frank Fiorillo

P.O. Box 156
Babylon, NY 11702-0156
Phone/Fax: (631) 847-0588
E-Mail: FrankFiorillo@optonline.net

## QUALIFICATIONS

- Police Officer
- Graduated valedictorian of the Suffolk County Police Academy in 2002
- Auxiliary Police Officer with the Suffolk County Police Department-Auxiliary Unit 1
- New York State Armed Guard License
- Owned, operated and managed Champion Fuel Supply Inc. and Frank's Stop 'N' Fill
- New York State class B commercial driver's license
- Executive driver for Cantor Fitzgerald
- Warehouse manager/driver for Superior Acoustics Ceiling Tile Company

## EMPLOYMENT

2001-2006  *Police Officer, Incorporated Village of Ocean Beach*
Performed all police/law enforcement related duties

2006  *Executive Driver, Cantor Fitzgerald*
Personal driver for CEO and his family

2000-2005  *Driver, Phoenix Color Corporation*
Picked –up and delivered books and related material

1995-2000  *Warehouse manager/driver, Superior Acoustics Ceiling Tile Company*
Received and stocked material/ picked-up and delivered material to job site

1993-2003  *Sergeant, Suffolk County Police Department Auxiliary Unit*
Squad supervisor, interacted with police and public relating to law enforcement and community events

1985-1996  *Owner/operator, Champion Fuel Supply Inc.*
Purchased and coordinated the distribution of fuel products, accounts, sales and billing

1980-1991  *Owner/operator, Frank's Stop 'N' Fill*
Marketed assorted petroleum products, established a large corporate account base