# Ocean Beach Police Department



**Ocean Beach, New York 11770**
631-583-5866 Fax 631-583-8289
OBPOLICE@YAHOO.COM

Edward T. Paradiso
*Chief of Police*

December 15, 2000

Dear Mr. Giancanti,

This is a letter of recommendation for Joseph Nofi. Officer Nofi has served as Police Officer with Ocean Beach Police Department since Oct. 1999. In that time, he has proven to be a bright, talented, hard working individual. He follows direction well and does not require constant supervision to insure that he gets the job done. He performs his duties in a professional manner and I feel he would be a welcomed addition to your department.

I am available at my office if you need more information about Officer Nofi.

Sincerely

Edward T. Paradiso
Chief of Police
Ocean Beach Police Department

Paradiso
Exhibit
20
KK 7.29.09