OCEAN BEACH POLICE
Internal Correspondence



April 18, 2006

To:     All Officers

From:   Deputy Chief Hesse

Ref:    LI Politics Blog

All officers are to refrain from writing in to the blog. No one is to encourage the lies of the disgruntled employees. Pass on this message to all current officers. Anyone caught writing in will be terminated. The blog will be removed.


Submitted,

*[signature]*

George B. Hesse, Deputy Chief

EXHIBIT
Carolla 9
8-11-09
PENGAD 800-631-6989