**Mary Anne Minerva**

**From:** Ken Gray [KGray@beereadylaw.com]
**Sent:** Monday, March 26, 2007 5:08 PM
**To:** Mary Anne Minerva
**Subject:** RE: Mayor/Hesse Memo

MAM,

The memo looks fine; however, I would address it to "George Hess" and remove any reference to a title.

Remember, Civil Service will end up getting a copy of this & he is a "Police Officer" in their records.

Ken

Kenneth A. Gray, Esq.
KGray@BeeReadyLaw.com
www.BeeReadyLaw.com

-----Original Message-----
**From:** Mary Anne Minerva [mailto:mminerva@villageofoceanbeach.org]
**Sent:** Monday, March 26, 2007 3:58 PM
**To:** Ken Gray
**Subject:** Mayor/Hesse Memo

Ken

The Mayor has requested you take a look at this intended memo from him to G. Hesse and provide comment/edits. Thanks

mam

*Mary Anne Minerva*
*Administrator*
*Inc. Village of Ocean Beach*
*Bay & Cottage Walks*
*P.O. Box 457*
*Ocean Beach, NY 11770*
*mminerva@villageofoceanbeach.org*
*PH 631-583-5940*
*FAX 631-583-7597*
*http://www.villageofoceanbeach.org*



Minerva
Exhibit
12
KK 11-7-08