
DRAFT

**RATIFICATION AND APPROVAL OF PERSONNEL:** Trustee Mallott moved as follows:
 WHEREAS, Mary Anne Minerva, Village Administrator, has provided a report to the Board of Trustees detailing and listing new hires and has requested ratification and approval by the Board of Trustees for said new hires,
 NOW, THEREFORE, IT IS HEREBY
 RESOLVED that the new hires listed on the report provided to the Board of Trustees are hereby ratified and approved as follows:

| EMPLOYEE NAME | VILLAGE DEPT. | P/T F/T TEMP | # OF HOURS | RATE OF PAY |
|---|---|---|---|---|
| TROSKO, PAUL | OBPD | F/T | 40 | $20.65 |
| FOTI, FRANCIS | OBPD | F/T | 40 | $20.65 |

Trustee Wingate seconded this motion. Upon call, all voted aye.

**ADOPTION OF POLICE DEPARTMENT RULES AND PROCEDURES:** Mayor Loeffler moved as follows:
 WHEREAS, the Village of Ocean Beach has determined that it is in the best interest of the Village to have a written set of Rules and Procedures for the Ocean Beach Police Department; and
 WHEREAS, the Village has undertaken to prepare a set of Rules and Procedures,
 Now, therefore, it is hereby RESOLVED that the Village hereby adopts the submitted Ocean Beach Police Department Rules and Procedures.
Trustee Klein seconded this motion. Upon call, all voted aye.

**AUTHORIZE THE MAYOR TO ENTER INTO AGREEMENT: LAND USE:** Trustee Wingate moved as follows:
 WHEREAS, the Board of Trustees desire to obtain the necessary permits for the Village Marina reconstruction and redevelopment; and
 WHEREAS, the Board has received a proposal, dated January 11, 2007 for said work from Land Use Ecological Services, Inc., a copy of which is now on file with the Village Administrator,
 Now, therefore, it is hereby
 RESOLVED that the Village of Ocean Beach hereby accepts and approves said proposal for an amount not to exceed $16,000.00.
Trustee Mallott seconded this motion. Upon call, all voted aye.

**HEARING OF THE CITIZENS:** Various members of the public spoke about such matters as thanking for Board for a "job well done" on the new Rental Law changes, Ocean Beach Association volunteered to supply coffee and donuts at future Board Meetings, fire alarm decibel levels, a thank you to the Board for increased communications with the public, extended weekend schedule for the ferries, ferry coordination with the LIRR schedules.

**EXECUTIVE SESSION:** Trustee Mallott moved to go into Executive Session at 1:30 p.m. for the purpose of discussing litigation and personnel. Trustee Einig seconded this motion. Upon call, all voted aye.

**GENERAL SESSION:** Trustee Mallott moved to conclude Executive Session and return to General Session at 3:00 p.m. Trustee Wingate seconded this motion. Upon call, all voted aye.

**ADJOURNMENT:** Mayor Loeffler moved to adjourn the Meeting at 3:00 p.m. Trustee Mallott seconded this motion. Upon call, all voted aye.

_____
Mary Anne Minerva
Administrator



005875