

**PLAINTIFF'S EXHIBIT**
Sander 26
2/18/05

| Police Officers 2000 | Dock Masters 2000 | Police Officers 2001 | Dock Masters 2001 | Police Officers 2002 | Dock Masters 2002 |
|---|---|---|---|---|---|
| Bockelman, Kenneth C. | Butler, Kevin | Carter, Edward | Chenault, Byron | Albanes, James | Butler, Kevin |
| Butler, Brian W. | Calabrese, Ryan | Clemmens, Henry B. | Collazo, Daniel | Aughenbaugh, Lani | Chenault, Byron |
| Clemmens, Henry B. | Chenault, Byron | Hassid, Eric | Cooley, Harold | Bacon, Tyree | Donohue, Christopher |
| Hassid, Eric | Cherry, Patrick J. | Hesse, George | Donohue, Christopher | Bara, Gordon | Favuzzi, Phillis |
| Hesse, George B. | Cooley, Harold | Lamm, Kevin | Favuzzi, Phyllis | Becher, Andrew V. | Fineman, Brian J. |
| Lamm, Kevin | Knox, Robert | Loeffler, Alan | Fitzgibbon, Michael | Bockelman, Kenneth | Hirsch, Philip A. |
| Moller, Walter | Lapenna, Kenneth J. | Moller, Walter | Hirsch, Philip A. | Bossetti, Gary V. | Lapenna, Kenneth J. |
| Nofi, Joseph | Miszuk, William | Nofi, Joseph | Knox, Robert | Bossetti, Richard | Loeffler, Allison |
| Oley, John | Moran, Christopher J. | Oley, John | Loeffler, Allison | Bullis, John E. | Moran, Christopher J. |
| Paradiso, Edward T. | Paradiso, Michael | Paradiso, Edward | Miszuk, William | Carter, Edward | Palios, Jason |
| Peterson, Briget M. | Pomroy, Craig | Peterson, Bridget | Moran, Christopher J. | Clemmens, Henry B. | Paradiso, Michael |
| Powell, William | Whitaker, James | Powell, William | Palios, Jason | Fiorello, Frank | Phillips, Susan Eliz |
| Rodd, Albert | Wyckoff, Marisa A. | Snyder, Thomas | Paradiso, Michael | Hesse, George B. | Pomroy, Craig |
| Saladino, Joseph. M. |  | Swift, Mellisa | Pinter, Thomas | Kutteh, Hani | Rauch, Dana S. |
| Swift, Mellisa |  | Weik, James | Burns, Erin | Lamm, Kevin | Trosko, Paul A. |
| Vicinaza, Timothy |  | Zacchino, Allison | Butler, Kevin | Loeffler, Alan |  |
| Zacchino, Allison |  | Bockelman, Kenneth C. |  | Moller, Walter |  |
| Albanese, James |  | Aughenbaugh, Lani |  | Nofi, Joseph |  |
| Aughenbaugh, Lani |  | Bacon, Tyree |  | O'Malley, Matthew T. |  |
| Bacon, Tyree |  | Becher, Andrew V. |  | Oley, John |  |
| Bara, Gorden |  | Benefante, Michael |  | Paradiso, Edward T. |  |
| Benefante, Michael |  | Butler, Brian |  | Peterson, Bridget M. |  |
|  |  |  |  | Powell, William |  |
|  |  |  |  | Rail, Arthur E. |  |
|  |  |  |  | Snyder, Thomas A. |  |
|  |  |  |  | Vizinanza, Timothy |  |
|  |  |  |  | Walsh, William |  |
|  |  |  |  | Weik, James |  |
|  |  |  |  | Wyckoff, Marisa A. |  |
|  |  |  |  | Zacchino, Allison |  |

| Police Officers 2003 | Dock Masters 2003 | Police Officers 2004 | Dock Masters 2004 | Police Officers 2005 | Dock Masters 2005 |
|---|---|---|---|---|---|
| Albanese, James | Chenault, Byron | Albanese, James | Chenault, Byron | Albanese, James | NONE |
| Aughenbaugh, Lani | Fineman, Brian J. | Aughenbaugh, Lani | Goodman, Justin | Aughenbaugh, Lani | |
| Bacon, Tyree G. | Hirsch, Philip A. | Bacon, Tyree G. | Knox, Robert | Bacon, Tyree G. | |
| Bara, Gordon | Knox, Robert | Becher, Andrew V. | Lamacchia, Michael | Becher, Andrew V. | |
| Becher, Andrew V. | Loeffler, Alison | Bockelman, Kenneth C. | Morales, Jonathan E. | Bockelman, Kenneth C. | |
| Bockelman, Kenneth C. | Morales, Jonathan E. | Bosetti, Gary V. | Moran, Christopher J. | Bosetti, Gary V. | |
| Bosetti, Gary V. | Moran, Christopher J. | Bosetti, Richard | Oley, John P. | Bosetti, Richard | |
| Bosetti, Richard | Paradiso, Michael | Bullis, John E. | Paradiso, Michael | Bullis, John E. | |
| Bullis, John E. | Perri, Arthur W. | Carollo, Paul T. | Riselvato, Robert | Carollo, Paul T. | |
| Carter, Edward | Rauch, Dana S. | Carter, Edward | Sharkey, Thomas E. | Carter, Edward | |
| Charley, Keith C. | Sear, Joshua N. | Charley, Keith C. | Walsh, Jason P. | Cherry, Patrick J. | |
| Clemmens, Henry B. | Sharkey, Thomas E. | Cherry, Patrick J. | Zeman, Timothy | DiDomenico, Joseph | |
| Curley, Ryan P. | Solomon, Scott R. | Clemmens, Henry B. | Zois, John G. | Dyer, John F. | |
| Fiorello, Frank | To, Florence | Dyer, John F. | | Emburey, William E. | |
| Hardman, Arnold E. | Trosko, Paul A. | Fiorello, Frank | | Fiorello, Frank | |
| Hesse, George B. | Walsh, Jason P. | Hardman, Arnold E. | | Gerdon, David J. | |
| Kelch, Alexander B. | Zois, John G. | Hesse, George B. | | Hardman, Arnold E. | |
| Kutteh, Hanni | | Kern, Sean | | Hesse, George B. | |
| Lamm, Kevin | | Kutteh, Hanni | | Kutteh, Hanni | |
| Loeffler, Alan | | Lamm, Kevin | | Lamm, Kevin | |
| Moller, Walter | | Loeffler, Alan | | Loeffler, Alan | |
| Nofi, Joseph | | Moller, Walter | | Lopiccolo, Brian J. | |
| Oley, John | | Nofi, Joseph | | Moller, Walter | |
| Paradiso, Edward T. | | Oley, John W. | | Nofi, Joseph | |
| Powell, William | | Paradiso, Edward T. | | Nowaski, Kevin | |
| Rall, Arthue E. | | Powell, William | | Oley, John W. | |
| Riordan, Lucas S. | | Shook, Daniel | | Paradiso, Edward | |
| Shore, Thomas J. | | Shore, Thomas J. | | Powell, William | |
| Snyder, Thomas A. | | Snyder, Thomas A. | | Ragonese, Robert R. | |
| Wyckoff, Marisa A. | | Trosko, Paul A. | | Raupp, Richard C. | |
| | | Walsh, William | | Rodd, Albert | |
| | | | | Shook, Daniel | |
| | | | | Shore, Thomas J. | |
| | | | | Snyder, Thomas J. | |
| | | | | Trosko, Paul A. | |

| Police Officers 2006 | Dock Masters 2006 NONE | Police Officers 2007 | Police Officers - CONT. 2007 | Dock Masters 2007 NONE! |
|---|---|---|---|---|
| Albanese, James | | Albanese, James | Zois, John G. | |
| Bacon, Tyree G. | | Bacon, Tyree G. | | |
| Battista, Michael N. | | Bambrick, William J. | | |
| Becher, Andrew V. | | Battista, Michael N. | | |
| Bockelman, Kenneth C. | | Becher, Andrew V. | | |
| Bosetti, Gary V. | | Bettenhauser, Richard J. | | |
| Bosetti, Richard | | Bockelman, Kenneth C. | | |
| Carollo, Paul T. | | Bosetti, Gary V. | | |
| Carter, Edward | | Bosetti, Richard | | |
| Cherry, Patrick J. | | Brennan, Steven J. | | |
| Cipriano, Rocco M. | | Carollo, Paul T. | | |
| Clemmens, Henry B. | | Cherry, Patrick J. | | |
| DiDomenico, Joseph | | Cipriano, Rocco M. | | |
| Emburey, William E. | | Clemmens, Henry B. | | |
| Fiorello, Frank | | DiDomenico, Joseph | | |
| Foti, Frances M. | | Emburey, William E. | | |
| Gerdon, David J. | | Foti, Francis M. | | |
| Hardman, Arnold E. | | Hesse, George B. | | |
| Hesse, George B. | | Jacobsen, Thomas W. | | |
| Keglian, Gregg | | Keglian, Gregg S. | | |
| Kutteh, Hani | | Kutteh, Hanni | | |
| Lopiccolo, Brian J. | | Lopiccolo, Brian J. | | |
| Moller, Walter | | McGough, John E. | | |
| Moran, Christopher J. | | Mills, Michael T. | | |
| Nofi, Joseph | | Moller, Walter H. | | |
| Nowaski, Kevin J. | | Moran, Christopher J. | | |
| Oley, John W. | | Nowaski, Kevin J. | | |
| Paradiso, Edward T. | | Oley, John W. | | |
| Ragonese, Robert R. | | Paradiso, Edward T. | | |
| Raupp, Richard C. | | Raupp, Richard C. | | |
| Rodd, Albert | | Ragonese, Robert R. | | |
| Shore, Thomas J. | | Rodd, Albert | | |
| Snyder, Thomas J. | | Shore, Thomas J. | | |
| Trosko, Paul A. | | Tomanelli, Richard F. | | |
| Wyckoff, Marisa A. | | Trosko, Paul A. | | |