


# INCORPORATED VILLAGE OF OCEAN BEACH

POST OFFICE BOX 457
OCEAN BEACH, NEW YORK 11770-0457
TEL.: (631) 583-5940
FAX: (631) 583-7597

JOSEPH C. LOEFFLER, JR., *Mayor*
JAMES S. MALLOTT, *Trustee*
WILLIAM A. WINGATE, *Trustee*
STEVEN L. EINIG, *Trustee*
~~KENNETH E. KLEIN, *Trustee*~~

MARY ANNE MINERVA, *Administrator*
KEVIN J. SCHELLING, *Superintendent of Public Works*

## PENDING CLAIMS

**REDACTED**

**BEIZER**, Harriet
  v.
    Village of Ocean Beach
        Civil: Claimant alleges fabrication of criminal charges, false arrest and malicious prosecution, violation of rights.
        DOL: On or about August 25, 2006
        Notice of Claim Filed: November 15, 2006

**CARTER**, Edward;
**NOFI**, Joseph
**SNYDER**, Thomas
**LAMM**, Kevin
  v.
    Inc. Village of Ocean Beach
    Ocean Beach Police Department
    Town of Islip
    Suffolk County
    Suffolk County Civil Service Department
        Civil: Various claimants alleging: wrongful discharge/breach of contract, defamation.
        DOL: April 2, 2006
        Notices of Claim Filed: July 3, 2006

**GILBERD**, Samuel W.
**MANGLAPUS**, Kana
   v.
   Village of Ocean Beach
   Ocean Beach Police Department
   Chief of Police, Edward T. Paradiso
   Police Officer, Arnold Hardman
   Sergeant George B. Hesse
   ~~Police Officers "John Does" 1-10~~

      Claims: Assault and battery, false arrest and imprisonment, malicious prosecution, intentional infliction of emotional distress, violation of constitutional and civil rights, negligence, failure to train and supervise, improper retention of unqualified police officers.
      DOL: August 27, 2005
      Notice of Claim Filed: September 19, 2005

**GILBERD**, Samuel W.
**MANGLAPUS**, Kana
   v.
   Village of Ocean Beach
   Ocean Beach Police Department
   Chief of Police, Edward T. Paradiso
   Sergeant George Hesse
   Police Officers Arnold Hardman, Kenneth Bockelman, Paul Corollo, David Gerdon, William Emburey, and John Does 1-5

   Summons in Civil Action
   Claims: Police assault, unlawful imprisonment, malicious prosectuion
   Served at Village Office: November 1, 2006

**ISLAND MERMAID CORP.** v
   Village of Ocean Beach
      Order to Show Cause; Temporary Restraining Order
      Granted September 19, 2006

      Claim: States that the Mayor, Police Chief want portions of the ins
      Summons & Complaint
      Served on Village Attorney on September 21, 2006
***DISCONTINUED OCTOBER 2, 2006***
***CLOSED OCTOBER 3, 2006***

**REDACTED**

Pending Claims

010183

REDACTED

REDACTED

**PARADISO, EDWARD T. v**
    Joseph Loeffler in his capacity as Mayor
    Village of Ocean Beach
    Village of Ocean Beach Police Department
        Article 78 Proceding
        Notice of Petition Dated 9/12/2007
        Filed: 9/21/2007
        Denial of petitioner the salary increase and benefits afforded to heads of police departments by General Municipal Law §207-m, was arbitrary and capricious, an abuse of discretion and affected by error of law
        Case Disposed 3/3/2008 – Ordered that relief requested in Article 78 is granted – Directed to compensate the Petitioner in the amount of $2,174.00 with interest from June 30, 2007 and $1,500.00 in longevity pay with interest from July 30, 2007, within thirty days of service.
        April 4, 2008: Counsel Kenneth Gray advises that a Notice of Appeal will be prepared.

**PRISCO, JESSE J., v**
    Village of Ocean Beach
    Ocean Beach Police Department
    Sergeant George Hesse
    Police Officer Arnold Hardman
        Summons in a Civil Action
        Notice Filed: 8/18/2007
        Alleges: Police Assault, Unlawful Arrest and Imprisonment and Malicious Prosecution
        Date of Loss: 8/8/2004
        Diamond State Insurance Company (Police Professional Liability)
        Network Adjusters Inc.
        Merchants Marine Ins Group : Commercial Umbrella
        4/21/2008: Miranda Sokoloff, et.al. provides status report: await decision on pre-answer motion to dismiss claims