SERGEANT (POLICE: TOWNS & VILLAGES)     5007

DISTINGUISHING FEATURES OF THE CLASS
Under general supervision, an employee in this class is responsible for the police work of police officers or for specialized duties which are personally performed. Supervision is exercised over police officers through inspections and the assignment of duties in accordance with general instruction received from officers of higher rank. Does related work as required.

TYPICAL WORK ACTIVITIES
    Books prisoners and sees that correct charges are placed;
    Keeps records of persons arrested, detained or released on bond;
    Transmits orders to police officers personally or by telephone;
    Inspects police officers before, or while on duty, for compliance with departmental regulations;
    Checks police officers in the performance of duties and makes suggestions for better execution of work;
    Reviews report submitted by police officers;
    Reports any breach of duty or inefficiency of police officers;
    Makes daily reports of activities during an assigned shift;
    Directs and performs criminal investigations when assigned;
    Maintains order and is in charge of prisoners in court;
    Has charge of photographing and fingerprinting persons, and has responsibility for the proper filing and classification of identification records;
    Takes statements and affidavits from suspects and witnesses;
    Occasionally takes charge of traffic detail;
    Operates teletype equipment.

FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES, AND PERSONAL CHARACTERISTICS
Good knowledge of modern principles and practices of police work; good knowledge of laws and ordinances governing local police work; ability to be courteous and firm with the general public; physical strength and agility sufficient to perform police work; ability to maintain records and prepare reports; ability in the use and care of firearms; ability to plan, assign and supervise the work of police officers in a manner conducive to full performance and high morale, physical condition commensurate with the demands of the position.

MINIMUM QUALIFICATIONS
    PROMOTIONAL
    Three (3) years permanent competitive status as a Police Officer.


07/18/94
SUFFOLK COUNTY
Competitive


EXHIBIT CD 4
6-5-09