# SIGNATURE AUTHORIZATION

State of New York
County of Suffolk

Date _March 7, 2003_

I hereby certify that I have authorized the person(s) listed below to sign official documents such as payrolls, duties statements, and application for employment, personnel changes and requests for eligible lists for this jurisdiction for submission to the Suffolk County Department of Civil Service.

APPOINTING AUTHORITY

Signature: _____
NAME: Natalie K. Rogers
TITLE: Mayor
(Supervisor, Mayor, Commissioner, District Principal, Superintendent, etc.)

JURISDICTION: Village of Ocean Beach

AUTHORIZED ALTERNATIVES

Signature: _F. Ethan Repp_
NAME: F. Ethan Repp
TITLE: Village Administrator

or

Signature: _Nancy Balarezo_
NAME: Nancy J. Balarezo
TITLE: Village Clerk/Treasurer

Return to:
Suffolk County Department of Civil Service
PO Box 6100
725 Veterans Memorial Highway
North County Complex, Bldg 158
Hauppauge, New York 11788-0099

---

# SIGNATURE AUTHORIZATION

State of New York
County of Suffolk

Date _July 19, 2006_

I hereby certify that I have authorized the person(s) listed below to sign official documents such as payrolls, duties statements, applications for employment, personnel changes and requests for eligible lists for this jurisdiction for submission to the Suffolk County Department of Civil Service.

APPOINTING AUTHORITY

SIGNATURE: _Joseph C. Loeffler Jr._
NAME: Joseph C. Loeffler, Jr.
(type)
TITLE: Mayor
(Supervisor, Mayor Commissioner, District Principal, Superintendent, etc.)

Jurisdiction: Inc. Village of Ocean Beach
P.O. Box 457, Ocean Beach NY 11770

Return to:
Suffolk County
Civil Service Department
PO Box 6100
Hauppauge, NY 11788-0099

AUTHORIZED ALTERNATES

SIGNATURE: _Mary Anne Minerva_
NAME: Mary Anne Minerva
(type)
TITLE: Village Administrator

Signature: _____
Name: _____
(type)
Title: _____

Signature: _____
Name: _____
(type)
Title: _____

EXHIBIT D 10
6.509