# REPORT OF PERSONNEL CHANGES
## SUFFOLK COUNTY DEPARTMENT OF CIVIL SERVICE

**DATE PREPARED:** 06/15/05

**JURISDICTION:** INCORPORATED VILLAGE OF OCEAN BEACH

| NATURE OF CHANGE | NAME AND ADDRESS POSITION CONTROL # (Please double space) | SOCIAL SECURITY # MUST BE INCLUDED | TITLE | SALARY | IF PART TIME INCLUDE: # OF HOURS PER WEEK AND PROJECTED ANNUAL SALARY | EFFECTIVE DATE | DUTIES STATEMENT # OR NAME OF PREVIOUS INCUMBENT |
|---|---|---|---|---|---|---|---|
| X SI | Edward Paradiso | 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 | Police Sergeant | $3350.81 | Bi-Wkly | 06/01/05 | |
| X SI | George Hesse | 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 | Police Officer | $2307.70 | Bi-Wkly | 06/01/05 | |

RECEIVED SUFFOLK COUNTY
2005 JUN 22 AM 9:45

COPY

RECEIVED SEP 0 2 2005
INC. VILLAGE OF OCEAN BEACH

**INSTRUCTIONS:**
1. REMOVE THREE COPIES OF THIS FORM (WHITE, YELLOW, AND PINK) FROM PAD BEFORE FILLING OUT
2. COMPLETE THIS FORM IN TRIPLICATE. CARBON PAPER IS NOT REQUIRED.
3. FOLLOW ALL THE ADDITIONAL INSTRUCTIONS ON THE REVERSE OF THIS FORM.
4. SEND IN WHITE AND YELLOW COPIES. RETAIN PINK FOR YOUR RECORDS.

**DID YOU:**
1. Submit a Duties Statement for all new positions or when refilling those for which Duties Statement is over five years old?
2. Request and canvass an eligible list for all competitive positions?
3. Submit Application for Employment (CS-205) on all provisional, temporary and non-competitive appointments? Fill in jurisdiction and appointment date at bottom of application?
4. Submit a personnel change on the PREVIOUS INCUMBENT shown above?

CONSULT YOUR COPY OF THE SUFFOLK COUNTY CIVIL SERVICE RULES FOR A LISTING OF TITLES ASSIGNED TO THE UNCLASSIFIED, EXEMPT, NON-COMPETITIVE, AND LABOR CLASSES FOR YOUR TYPE OF JURISDICTION. (ALL TITLES NOT LISTED ARE IN THE COMPETITIVE CLASS.)

☐ APPROVED  ☐ DISAPPROVED  ☒ APPROVED AS NOTED  00026?  8/30/05

The above changes are hereby certified as being in accordance with Civil Service Requirements.

Signature of Appointing Authority

CS FORM 150 (10/86)   PRIOR EDITION MAY BE USED UNTIL SUPPLY IS DEPLETED


EXHIBIT CD 11 6.5.9
PENGAD 800-631-6989