SUFFOLK COUNTY DEPARTMENT OF CIVIL SERVICE
CERTIFICATION OF ELIGIBLES

No: 06TA355

Date: Jun 15, 2006

For the position of: # 03-5002-001 POLICE OFFICER OC Est. 11/28/2003

To: THE HONORABLE NATALIE KATZ ROGERS, MAYOR
VILLAGE OF OCEAN BEACH
PO BOX 457
OCEAN BEACH, NY 11770

Expiration Date: Aug 14, 2006

VILLAGE LIST    PERMANENT    LIST NOT PRECANVASSED    $42,952.00

THE CANDIDATES LISTED BELOW HAVE BEEN CANVASSED BY THE DEPARTMENT OF CIVIL SERVICE AND HAVE STATED A WILLINGNESS TO BE INTERVIEWED FOR THE POSITION(S) DESCRIBED ON YOUR REQUEST FOR PERSONNEL DATED 06/06/2006. INTERVIEW LETTERS MUST BE SENT TO THE CANDIDATES BY CERTIFIED MAIL. THIS CERTIFICATION MUST BE SIGNED AND RETURNED TO THE DEPARTMENT OF CIVIL SERVICE PRIOR TO THE EXPIRATION DATE ACCOMPANIED BY ALL SIGNED DECLINATIONS AND POSTAL RECEIPTS.

| Pos # | Candidate Information | Total Score | Included Veterans Score | Expires | Dept | Action Code | Effect. Date |
|---|---|---|---|---|---|---|---|
| 1 | Trosko, Paul 315 Bay Walk Apt. 1a Po Box 391 Ocean Beach, NY 11770 | 87.50 | | | | A | 8/14/06 |
| | ***Pending Item***MED, PSYCH, AGILITY, POLYGRAPH | | | | | | |
| 2 | Boucher, Gerard Po Box 303 Ocean Beach, NY 11770 | 82.50 | | | | A | 9/1/06 |
| | ***Pending Item***MED, PSYCH, AGILITY, POLYGRAPH | | | | | | |
| 2 | Pagan, Michaell Po Box 746 Deer Park, NY 11729 | 82.50 | | | | | |
| | ***Pending Item***MED, PSYCH, AGILITY, POLYGRAPH | | | | | | |
| 4 | Hesse, George 315 Bay Walk Box 371 Ocean Beach, NY 11770 | 80.00 | | | | | |
| | ***Pending Item***MED, PSYCH, AGILITY, POLYGRAPH | | | | | | |
| 5 | Butler, Brian Po Box 403 Ocean Beach, NY 11770 | 75.00 | | | | | |
| | ***Pending Item***MED, PSYCH, AGILITY, POLYGRAPH | | | | | | |



**RECEIVED**

JUN 20 2006

INC. VILLAGE OF OCEAN BEACH

Comments:    COUNTY-WIDE LIST AVAILABLE

Necessary Special Requirement:

Instructions for Use of This Form

1. An appointment must be one of the first three willing acceptors.
2. For the eligible that you appoint, enter the effective date of employment in the appropriate column. Action must be taken prior to the expiration date of this certification. Effective dates of employment may be within a reasonable time after the expiration date.
3. No appointment will be made after the expiration of the eligible list. In the case of continuous recruitment, no appointments will be made after the person's name has expired from the eligible list. Those candidates who do not appear for an interview a total of three times will be inactivated on the eligible list.

Action Code Legend

A - Appointed Permanent    AC - Appointed Contingent    B - By-passed    C - Failed to appear for interview    D - Declined    NR - No Response

I hereby certify that interview letters were properly completed and sent by certified mail to all candidates for whom action codes are recorded on this document, and all such notations accurately reflect the responses submitted by the candidates.

Appointing Authority _____    Date  8/10/06

Page 1 of 1

EXHIBIT CD 12 6·5·09