Incorporated Village of Ocean Beach
Board of Trustees Meeting Held January 28, 2006
Page 8



PUBLIC HEARING: THE AMENDMENT OF CHAPTER 164-34.1. SETBACKS con't.:

A. All main buildings hereafter erected, modified or altered shall have minimum front, side and rear yard setbacks of four (4) feet.

Trustee Loeffler seconded this motion. Upon call, all voted aye.



DESIGNATION OF GEORGE HESSE AS DEPUTY CHIEF OF POLICE:
Due to circumstances that are taking place within the Ocean Beach Police Department, with the Chief out on medical leave for past four months, Trustee Loeffler made motion to designate George Hesse as Deputy Chief of Police, with all power and authority involved with that position. Trustee Mallott seconded this motion. Upon call, all voted aye.

HEARING OF THE CITIZENS: Various members of the public spoke about such matters as: real estate exemptions, wagon park hooks readjustments, wagon permits for the calendar year, wagons currently in wagon park to be removed by 05/01/06.

EXECUTIVE SESSION: At 12:00 p.m., Trustee Wingate moved to go into Executive Session for purpose of discussing personnel and litigation matters. Trustee Mallott seconded this motion. Upon call, all voted aye. Kathryn L. Spies, Deputy Clerk, was absent at this time.

GENERAL SESSION: At 1:30 p.m., Mayor Rogers moved to conclude Executive Session and return to General Session. Trustee Mallott seconded this motion. Upon call, all voted aye.

ADJOURNMENT: At 1:30 p.m., Mayor Rogers moved to adjourn the Meeting. Trustee Mallott seconded this motion. Upon call, all voted aye.

Kathryn L. Spies, Deputy Village Clerk
Incorporated Village of Ocean Beach

02/01/06

000028