1                    E. Carter

2    what do you mean?

3         A.    There's usually anywhere from --

4    could be from zero to 100 questions you fill

5    out and answer, and then as you go through

6    the polygraph, the questions come up, and

7    then at the end, they ask you about the

8    pre-polygraph questionnaires.

9         Q.    So to your knowledge, the

10   pre-polygraph part of the test is a series

11   of questions that you have to write out

12   answers to?

13        A.    Yes.

14        Q.    Okay.  And you believe that one

15   of the questions would be why were you fired

16   from Ocean Beach?

17        A.    Yes.

18        Q.    Why couldn't you have said "I was

19   fired for no legitimate reason"?

20             MR. GOODSTADT:    Objection.

21        A.    I don't think any employer would

22   have -- I could have said that, but I don't

23   think any employer would have accepted that.

24        Q.    Why not?

25        A.    I know if I was a supervisor, I

1                     E. Carter

2    wouldn't.

3         Q.     Why not?

4         A.     I'd want to know why you were let

5    go.

6         Q.     And you don't think by saying

7    that the reasons that they gave me were not

8    truthful wouldn't have been sufficient?

9         A.     No.

10              MR. GOODSTADT:     Objection.

11        Q.     Okay.  So if I understand your

12   testimony correctly, you believed that had

13   you written on the pre-polygraph part of the

14   questionnaire that there was no legitimate

15   reason for you being fired, that that was

16   not -- that would not be accepted by your

17   employer, your potential employer?

18        A.     Correct.

19        Q.     And that is why you didn't pursue

20   jobs that required polygraphs?

21              MR. GOODSTADT:     Objection.

22        Q.     Is that your testimony?

23        A.     It's why I didn't pursue the job

24   at the county park police or yes, the

25   security job, yes.

1                          E. Carter

2          Q.      Okay.  How about after you filed

3     the complaint, sir, this was a -- as you

4     agree with me, you understand, this was a

5     public record now, right?

6          A.      Yes.  You explained to me.  Yes.

7          Q.      And it sets forth a lot of detail

8     as to the events surrounding April 2, 2006,

9     correct?

10         A.      Yes.

11         Q.      And in this complaint, you advise

12    whoever's reading it that you don't believe

13    that there was any legitimate reason for you

14    to be -- for you being fired on April 2,

15    right?

16         A.      Correct.

17         Q.      And, in fact, you go as far as to

18    say your United States Constitutional rights

19    have been violated, right?

20         A.      Yes.

21         Q.      Why was it that after the date of

22    the filing of this complaint, which was

23    March 21, 2007, you still believed that you

24    couldn't take a polygraph test for a law

25    enforcement related job?

1                     E. Carter

2            MR. GOODSTADT:    Objection.

3       A.    I didn't want it as part of my

4    official record if I did fail because of

5    this incident, and it would follow through

6    with me possibly with my township, with the

7    town.

8       Q.    But the town knew you had -- the

9    town knew that you had issues with Ocean

10   Beach by virtue of the blog, according to

11   your testimony, right?

12      A.    Yes.

13      Q.    The town, if they had read

14   Newsday or watched News 12, would have known

15   that you had sued Ocean Beach, right?

16      A.    Yes.

17      Q.    And had they wanted to find out

18   about the complaint, they could have gone

19   online and looked at the complaint, right?

20      A.    As you stated to me, yes.

21      Q.    So what was your concern about

22   the town finding out about you suing Ocean

23   Beach?

24            MR. GOODSTADT:    Objection.

25      Q.    After you filed the complaint?

```
 1                    E. Carter
 2          MR. GOODSTADT:     Objection.
 3     That's not what he testified to.
 4          Q.     Did you have a concern at all,
 5     after you filed the complaint, as to your
 6     supervisors at the town finding out that you
 7     filed a complaint against Ocean Beach?
 8          A.     I filed a complaint?  No.
 9          Q.     You didn't have a concern?
10          A.     No.  The content of the
11     complaint, yes, I would say I did.
12          Q.     You had -- so you did have a
13     concern after you filed the complaint that
14     your supervisors at the town would look
15     adversely on you given the contents of the
16     complaint, is that your testimony?
17          A.     It could have happened, yes.
18          Q.     What was your concern in that
19     regard?
20          A.     The fact that I was going to wear
21     a wire, it said I was going to wear a wire
22     was a big concern because it was totally
23     false.  And that was the biggest thing.  And
24     the defamation.  The -- you know, basically
25     I work -- just so you know, I work in a law
```

1                              E. Carter

2      enforcement department, so the blue wall of

3      silence is still, you know, within my

4      department, too.  The park rangers are a law

5      enforcement division.

6           Q.    Oh, so in addition to your Ocean

7      Beach having a blue wall of silence, you now

8      say the Town of Islip's law enforcement

9      agencies have a blue wall of silence?

10               MR. GOODSTADT:    Objection.

11          A.    I did not state that.

12          Q.    No?

13          A.    No.

14          Q.    When you said that where you work

15     has a blue wall of silence, what are you

16     referring to?

17          A.    I work with uniformed officers is

18     what I was saying.

19          Q.    So is it your testimony today

20     that those uniform officers engage in what

21     you refer to as a "blue wall of silence"?

22               MR. GOODSTADT:    Objection.

23          A.    No.

24          Q.    No?

25          A.    No.

1                        E. Carter

2          Q.       Then -- just scroll up.  Well,

3    when you say that "I work, you know, I work

4    in the law enforcement, so the blue wall of

5    silence is still, you know, within my

6    department," what department are you

7    referring to?

8          A.       I was referring to -- I work in a

9    uniform, you know, I work in a police -- I

10   work in a law enforcement division, and the

11   wire part would, you know, totally destroy

12   me, and it got out even quicker than I

13   thought it would.

14         Q.       No.  You just made reference in

15   your answer, sir, to that your department

16   still engages in the blue wall of silence.

17              MR. GOODSTADT:     Objection.

18         Q.       So I'm referring -- I'm asking

19   you what department are you referring to?

20         A.       I work for the Town of Islip,

21   sir.

22         Q.       But when you answered the

23   question and you said "my department," what

24   department are you referring to?

25         A.       The only department I work for is

```
 1                     E. Carter
 2    the Town of Islip.
 3         Q.    Okay.  So if I understand your
 4    testimony correctly, you're accusing the
 5    uniformed officers of the Town of Islip in
 6    engaging in the blue wall of silence?
 7              MR. GOODSTADT:    Objection.
 8         Don't even answer the question.
 9         Q.    Is that your testimony, sir?
10    DI       MR. GOODSTADT:    Objection.
11         Instructing the witness not to answer
12         the question.
13              MR. NOVIKOFF:    I'm just trying
14         to clarify his answer.
15              MR. GOODSTADT:    You're being
16         harassing, because you're now saying
17         that he's accusing his current employer
18         of something.  There's been no
19         accusation.  The testimony speaks for
20         itself.  He testified to it five times
21         now.
22              MR. NOVIKOFF:    I don't think
23         so.
24              MR. GOODSTADT:    It's now
25         becoming harassing.  It is.
```

1                        E. Carter

2            MR. NOVIKOFF:    I don't think

3       so.  I'll take away the word

4       "confusing," sir.

5       Q.    Is it your belief that the

6    uniformed officers within your department

7    engage in what you refer to as the blue wall

8    of silence?

9            MR. GOODSTADT:    Objection.

10      A.    No.

11      Q.    Then who within your department,

12   as you testified to, engages in the blue

13   wall of silence?

14           MR. GOODSTADT:    Objection.

15      A.    There was -- just so you know, in

16   my department there was a corruption probe

17   prior and officers were arrested and

18   supervisors by the District Attorney's

19   office.

20      Q.    So that was the blue wall of

21   silence you were referring to?

22      A.    Yes.

23           MR. GOODSTADT:    Objection.

24      Q.    So there's no further blue wall

25   of silence in the Town of Islip, to your

1                         E. Carter

2    knowledge?

3         A.      No.

4         Q.      Okay.  Now you make reference in

5    paragraph 109 to you could not obtain

6    references from the Ocean Beach Police

7    Department, do you see that?

8         A.      Yes.

9         Q.      Subsequent to April 2, 2006, who

10   did you ask a reference from concerning --

11   who worked for the Ocean Beach Police

12   Department?

13        A.      Chief Paridiso had given me one

14   for my promotion with the Town of Islip back

15   in approximately 1998.

16        Q.      My question, sir, was subsequent

17   to April 2, 2006, who at the Ocean Beach

18   Police Department did you ask for a

19   reference from?

20        A.      I believe George Hesse's letter

21   would have helped me, you know, with the

22   reason I was let go.  That would have been

23   the letter.

24        Q.      So when you say "obtain a

25   reference," you're referring to a letter

1                    E. Carter

2    indicating why you were let go?

3         A.     Yes.

4         Q.     So then I don't understand.  You

5    say because you could not obtain references

6    from the OBPD or provide a clear explanation

7    for his termination.  The Hesse letter

8    you're referring to would provide that clear

9    explanation, correct?  At least that's what

10   you were hoping for, right?

11        A.     Yes.

12        Q.     So now I don't understand then.

13   What did you mean by "reference"?

14        A.     Well, when the county park police

15   or whoever would call over to the beach for

16   reference, you know, as far as my job work.

17        Q.     Your job performance?

18        A.     Yes.

19        Q.     Right.  Did you ever ask Chief

20   Paridiso to provide you with a reference?

21        A.     Yes.

22        Q.     After April 2, 2006?

23        A.     No.

24        Q.     Why not?

25        A.     At that time, George Hesse was

1                        E. Carter

2    the chief of Ocean Beach.

3        Q.    But Mr. Paridiso would have been

4    aware of how -- of what you did while you

5    were employed by Ocean Beach, correct?

6        A.    I wouldn't have been able to get

7    it on official letterhead.

8        Q.    No?  You don't think so?

9        A.    No.

10        Q.    Did you ask -- did you ever ask

11    Paridiso to send a letter of reference to

12    any employer?

13        A.    Prior, yes.

14        Q.    No.  No.  After April 2, 2006?

15        A.    No.

16        Q.    Why not?

17              MR. GOODSTADT:    Objection.

18        A.    Because at that point, Ed was out

19    on a disability and George Hesse was the

20    chief law enforcement officer at the Ocean

21    Beach Police Department.

22        Q.    But you didn't even try.  What

23    would have hurt by trying?

24              MR. GOODSTADT:    Objection.

25        A.    For a follow-up phone call, if

1                        E. Carter

2       there needed to be one, they wouldn't be

3       able to get obviously Eddie at the Ocean

4       Beach Police Department.

5            Q.    How do you know that?

6            A.    Because he wasn't working at that

7       time.

8            Q.    But how do you know that they

9       couldn't have gotten hold of Chief Paridiso

10      and said, "you know, Mr. Carter needs a

11      letter of reference and he would like one

12      from you," how do you know that they

13      couldn't get a hold of Chief Paridiso?

14                 MR. GOODSTADT:    Objection.

15           That's not what he testified to.

16           A.    That's not what I testified to.

17           Q.    Okay.  What makes you believe --

18      well, you don't know that  -- well, do you

19      have any knowledge that Chief Paridiso

20      wasn't an employee of Ocean Beach at that

21      time subsequent to April 2, 2006 and before

22      you filed the Notice of Claim?

23           A.    I know he was out on workmen's

24      comp and I hadn't seen him there from I

25      guess November of -- November of '06, '05.

1                    E. Carter

2        Q.     Did you ever call Chief Paridiso

3    and say, "chief, is there any way you can

4    send me a letter of reference"?

5        A.     No, I didn't.

6        Q.     Did you ever send him an email?

7        A.     Asking that, no.

8        Q.     So you did nothing with regard to

9    Chief Paridiso in terms of getting a letter

10   of reference after April 2, 2006, right?

11       A.     Yes.

12       Q.     And the only -- and the reason

13   you didn't is because you speculate that

14   Chief Paridiso couldn't do that for you,

15   correct?

16              MR. GOODSTADT:    Objection.

17       A.     Yes.  I didn't want to put him in

18   an awkward situation.

19       Q.     Oh, now you didn't want to put

20   him in an awkward situation.  Well, why did

21   you -- did you ask him if he would be put in

22   an awkward situation?

23              MR. GOODSTADT:    Objection.

24       A.     No.

25       Q.     Are you aware as to whether or

1                          E. Carter

2      not Mr. Nofi received a letter of

3      recommendation from Chief Paridiso after

4      April 2, 2006?

5              A.     No.

6              Q.     Did you ever inquire with

7      Mr. Nofi as to whether or not he sought out

8      Mr. Paridiso to get a letter of reference?

9              A.     No.

10             Q.     Okay.  Did you inquire with the

11     other Plaintiffs as to whether or not they

12     got letters of reference from Chief Paridiso

13     after April 2, 2006?

14             A.     No.

15             Q.     Let's look at number 110, "upon

16     information and belief, Hesse circulates

17     false and malicious negative references

18     concerning Plaintiffs among officials

19     working for the Town of Islip," do you see

20     that?

21             A.     Yes.

22             Q.     You say "officials," do you agree

23     with me that when you use the word

24     "officials," you're suggesting more than one

25     person?

```
 1                    E. Carter
 2            MR. GOODSTADT:     Objection.
 3        With respect to him or generally in
 4        this complaint?
 5            MR. NOVIKOFF:     With respect to
 6        what is set forth in paragraph 110.
 7        A.     110's the Plaintiffs among
 8    officials.  So in my case, it was one
 9    person, Greg DeCanio.
10        Q.     Okay.  That was the only person?
11        A.     That I'm aware of at this time.
12        Q.     That you're aware of.  Okay.
13    Let's go to 113.  It's alleged that "as a
14    result of false, damaging and baseless
15    allegations that have been inserted in
16    Plaintiffs' civil service records," do you
17    see that?
18        A.     Yes.
19        Q.     Have you ever -- have you looked
20    at your civil service records subsequent to
21    April 2, 2006?
22        A.     It's my belief my personnel
23    jacket, yes.
24        Q.     Have you looked at your personnel
25    jacket at civil service subsequent to April
```

1                        E. Carter

2     2, 2006?

3          A.     No.

4          Q.     Have you asked anyone to look at

5     your civil service jacket subsequent to

6     April 2, 2006?

7          A.     My belief is  --

8          Q.     Have you asked anyone --

9          A.     No.

10         Q.     -- to look into your civil

11    service jacket subsequent to April 2, 2006?

12         A.     No.

13         Q.     To your knowledge, has your

14    lawyer asked the Suffolk County Civil

15    Service Department to produce your civil

16    service jacket in this lawsuit?

17              MR. GOODSTADT:    I'll stipulate

18         that that request has been made.

19              MR. NOVIKOFF:    Let's go off the

20         record for one second.

21              THE VIDEOGRAPHER:    The time is

22         2:59 p.m.  we're off the record.

23              (A discussion was held off the

24         record.)

25              THE VIDEOGRAPHER:    The time is

1                    E. Carter

2          2:59 p.m.   Back on the record.

3          Q.     When reference is made in

4     paragraph 113 to "Plaintiffs' civil service

5     records," what are you referring to?

6                    MR. GOODSTADT:     Objection.

7          A.     My town personnel jacket which

8     includes my civil service records.

9          Q.     Okay.

10         A.     To the best of my knowledge.

11         Q.     Have you looked at your Town of

12    Islip civil service jacket subsequent to

13    April 2, 2006?

14         A.     "Subsequent" being after?

15         Q.     After.

16         A.     No.

17         Q.     Have you asked anyone to look at

18    your Town of Islip civil service jacket

19    after April 2, 2006?

20         A.     No.

21         Q.     To your knowledge, has your

22    attorney subpoenaed your Town of Islip civil

23    service jacket in this lawsuit?

24         A.     I can't answer that at this time.

25    I don't know.

1                    E. Carter

2        Q.     Okay.  If you don't know, you

3   don't know.  That's a legitimate answer to

4   this question.  What document are you

5   referring to that has been put in your Town

6   of Islip civil service record that you claim

7   to be false, damaging and baseless?

8        A.     The stuff -- the interview with

9   Greg DeCanio, and I'm sure there's -- and

10   it's my belief there's going to be something

11   in there that he had a conversation with

12   George Hesse.

13       Q.     You're sure.  It's your belief.

14   Do you know, sir?

15       A.     No, sir.

16       Q.     Did you ever ask DeCantio if he

17   wrote up something?

18       A.     He told me he had to put a whole

19   package together and forward it to the

20   commissioner.

21       Q.     Did you ever ask DeCantio if he

22   put in anything in your civil service jacket

23   pertaining to Hesse's communication with

24   him?

25       A.     No.

1                        E. Carter

2         Q.      And in the over two-year period

3    of time since Hesse's communication, it's

4    your testimony that you never once asked to

5    look into your civil service jacket at the

6    Town of Islip to confirm the truthfulness of

7    this allegation?

8         A.      Yes.

9         Q.      So when you authorized your

10   attorney to write and file this allegation

11   that I just read, you did not know at that

12   time whether that was truthful or not

13   because you hadn't looked at your file?

14                MR. GOODSTADT:      Objection.

15        Q.      Isn't that true?

16        A.      Yes.

17        Q.      Let's look at paragraph 114.  Has

18   any member of your family been confronted or

19   castigated by strangers concerning anything

20   involving your employment at Ocean Beach

21   subsequent to April 2, 2006?

22        A.      My family, no.

23        Q.      Have you been castigated by

24   strangers?

25        A.      Yes.

1                          E. Carter

2          Q.      Who has castigated you?

3          A.      I have been -- I was at a

4    retirement party for my uncle, and one of

5    the people there, a guy named Chris, came up

6    to me and said, "Hey, I see you're one of

7    those rats from Ocean Beach."  I just looked

8    at the guy.  I didn't know what to say to

9    him.  Also --

10         Q.      When did this guy Chris say this

11   to you?

12         A.      That would have been November of

13   '06.

14         Q.      Okay.

15         A.      Another time would be I was on a

16   call with the Suffolk County Police for an

17   illegal house in Bay Shore, and when I

18   pulled up, got out of the car, a couple

19   officers were talking, and one of them

20   looked and said, "Is that one of those rats

21   from Ocean Beach?"  And I just looked at the

22   guy and I walked away.  I went over to the

23   officer -- one of the officers I had known,

24   and he went over.  He said, "Listen, I'll go

25   talk to him and tell him, you know, to shut

1                    E. Carter

2    up and mind his business."

3         Q.    Did you ever find out what

4    information those officers looked at in

5    order to say that you were one of those rats

6    from Ocean Beach?

7         A.    They had worked the summers  --

8    one of them worked the summer over at Ocean

9    Beach on a quad part time, seasonal.

10   MO   Q.    Did you ever -- motion to strike.

11   Did you ever ask the officers where they

12   were getting their opinions from that you

13   were one of those rats from Ocean Beach?

14        A.    No.

15        Q.    Did you ever ask this guy Chris

16   at your uncle's retirement party what he was

17   basing his opinion on that you were one of

18   those rats from Ocean Beach?

19        A.    No.

20        Q.    You have no idea as you sit here

21   today as to what source of information, if

22   any, these officers looked at in order to

23   render an opinion that you were a rat from

24   Ocean Beach, right?

25        A.    Yes.

1                      E. Carter

2        Q.      For all you know, they could have

3   read the complaint and drawn their own

4   conclusion, right?

5                MR. GOODSTADT:      Objection.

6        A.      Yes.

7        Q.      For all you know, they could have

8   read the newspaper article in Newsday and

9   drawn their own conclusion, right?

10                MR. GOODSTADT:      Objection.

11        A.      Yes.

12        Q.      For all you know, they could have

13   watched News 12 that night and drawn their

14   own conclusion, right?

15                MR. GOODSTADT:      Objection.

16        A.      Yes.

17        Q.      For all you know, they could have

18   talked to a host of people other than

19   Mr. Hesse and drawn that conclusion,

20   correct?

21                MR. GOODSTADT:      Objection.

22        A.      Yes.

23        Q.      Same thing with this guy Chris,

24   you don't know what source of information he

25   looked at, if any, to determine -- to render

```
 1                    E. Carter
 2    an opinion that you were a rat, right?
 3         A.    Yes.
 4         Q.    He could have looked at that
 5    Newsday article and drawn his own opinion?
 6              MR. GOODSTADT:    Objection.
 7         Q.    Right?
 8         A.    Yes.
 9         Q.    Could have read the complaint and
10    drawn his own opinion, right?
11         A.    Yes.
12         Q.    He could have looked at -- he
13    could have watched News 12 that night and
14    drawn his own opinion, right?
15              MR. GOODSTADT:    Objection.
16         A.    Yes.
17         Q.    He could have talked to a host of
18    people other than George Hesse and drawn his
19    own opinion, right?
20              MR. GOODSTADT:    Objection.
21         A.    Yes.
22              MR. NOVIKOFF:    Let's mark the
23         following document as Carter-8.
24              (Email dated 3/23/07 was marked
25         as Carter Exhibit-8 for
```

1                    E. Carter

2           identification; 9/16/08, E.L.)

3      Q.     Do you recognize this document

4    that's been identified as Carter-8, sir?

5      A.     No.

6      Q.     No?  You are wingking28@aol.com?

7      A.     Yes.

8      Q.     Do you know who KT215@aol.com is?

9      A.     I'm not 100 percent sure, but I

10   believe it's Kevin Lamm.

11     Q.     Do you know who

12   regulus816@earthlink.net is?

13     A.     Not 100 percent sure again.  I

14   believe that's Tom Snyder.

15     Q.     And do you know who

16   frankfiorillo@optonline.net is?

17     A.     Yes.

18     Q.     And who is that?

19     A.     Frank Fiorillo.

20     Q.     Okay.  And does looking at the

21   subject of this email prod your recollection

22   as to what this -- as to whether or not

23   you've ever seen this email before?

24     A.     No.

25            MR. NOVIKOFF:    Okay.  Let's

1                        E. Carter

2              mark the next document as Carter-9.

3              (Email dated 3/30/2007 was marked as

4              Carter Exhibit-9 for identification;

5              9/16/08, E.L.)

6         Q.    I'm going to show you what's been

7    identified as Carter-9.   Prior to today,

8    have you seen this document before?

9         A.    Without  -- it says something

10   about a picture, an editorial.   Without the

11   full thing, I can't say yes or no.   I mean,

12   my email's on there.

13        Q.    That's all I'm asking you.   Do

14   you recall seeing this prior to today?

15        A.    Yes.   In my email, yes.

16        Q.    Do you recall seeing --

17   notwithstanding the fact that your email

18   appears on this -- on this document, do you

19   recall receiving this email on or about

20   March 30, 2007?

21        A.    I don't recall.

22        Q.    Okay.   Do you know who

23   watercop319@yahoo.com is?

24        A.    Not, again, 100 percent sure.   It

25   might be Joe Nofi.

1                              E. Carter

2          Q.      Okay.   Do you recall the subject

3    matter of the attachment?

4          A.      That's what I'm explaining to

5    you.   I don't know.

6                  MR. NOVIKOFF:   Okay.   The tape

7                  is almost over.   Let's stop the tape

8                  and take a couple minutes' break and

9                  get back to it.

10                 THE VIDEOGRAPHER:   This ends

11                 tape number four.   The time is 3:09

12                 p.m.   Going off the record.

13                 (A break was taken.)

14                 THE VIDEOGRAPHER:   This begins

15                 tape number five.   The time is 3:22

16                 p.m.   Back on the record.

17                 MR. NOVIKOFF:      Sir, we're

18                 going to mark the next set of documents

19                 as Carter-10, and I record them to be

20                 000284 through 382 -- I'm sorry, 383.

21                 But, frankly, I've not looked at every

22                 single page to make sure that they are

23                 consecutively numbered.

24                 (Document Bates stamped 000284

25                 through 000383 was marked as Carter

1                    E. Carter

2          Exhibit-10 for identification;

3          9/16/08, E.L.)

4          A.    Am I allowed to open them or --

5          Q.    Well, you don't need to look at

6    it yet.  Let's look at the first page which

7    is 284.  Do you -- do you know what this

8    document is?

9          A.    It's a copy of my time sheet for

10   Ocean Beach Police Department.

11         Q.    Okay.  Let's just go through it.

12   284, do you see employee's signature?

13         A.    Yes.

14         Q.    Is that your signature?

15         A.    Yes.

16         Q.    Let's look at 287.  Is that your

17   signature?

18         A.    Yes.

19         Q.    Would you agree with me that the

20   signature on 287 appears to be different

21   than the signature on 284?

22         A.    Yes.

23         Q.    Okay.  Do you have different sets

24   of signatures?

25         A.    284 is PO Carter 416, 287 is

1                     E. Carter

2    Edward J. Carter.

3         Q.    Okay.  How about 291, is that

4    your signature?

5         A.    291, no, that's not my signature.

6         Q.    Well, next to the word

7    "employee's signature," that's not your

8    signature?

9         A.    No.

10        Q.    What's the purpose of this

11   document, sir, to the extent you know?

12        A.    This is when the printer was

13   down.  George Hesse was doing the payroll.

14   George Hesse filled this out for me.

15        Q.    George Hesse filled this out for

16   you, is that your testimony?

17        A.    To the best of my knowledge, yes.

18        Q.    And you're saying what was down?

19        A.    The printer in the station.  We

20   had problems printing out payroll sheets

21   from time to time, and either Sergeant Hesse

22   or George Hesse or Ed Paridiso would do it

23   for us.

24        Q.    Okay.  Other than George Hesse,

25   Ed Paridiso, anybody else do it for you?

1                          E. Carter

2          A.      No.  Not that I'm aware of.

3          Q.      Anyone else ever sign on your

4    behalf, to your knowledge?

5          A.      Not that I know of.  No.  You can

6    tell I didn't even date it, so I know it's

7    not me.

8          Q.      Let's go to your complaint, sir,

9    Exhibit-1.  It's in front of you now.  First

10   page under "preliminary statement" you write

11   "Plaintiffs are five" -- well, it's alleged

12   that "Plaintiffs are five police officers

13   who had the courage to overcome the blue

14   wall of silence and fulfill their duty to

15   protect the public by speaking out in

16   opposition to the regime of endemic

17   corruption within the Ocean Beach Police

18   Department."  Do you see that?

19         A.      Yes.

20         Q.      Did you speak out before or after

21   you were terminated, according to your

22   allegations?

23         A.      Spoke out.  Spoke to George

24   about --

25         Q.      No.  No.  Did you speak out as

1                      E. Carter

2    it's used in this paragraph, in the sentence

3    that I've read, prior to April 2, 2006 or

4    after April 2, 2006?

5           A.     It's my belief both.

6           Q.     Okay.  After April 2, 2006, how

7    did you speak out?

8           A.     By the filing of this complaint.

9           Q.     And prior to April 2, 2006, to

10   whom did you speak out?

11          A.     George Hesse.

12          Q.     Anybody else?

13          A.     No.  George Hesse.

14          Q.     Ever send a letter to Newsday

15   concerning any of the issues that are raised

16   in this complaint?

17          A.     No.

18          Q.     Ever send a letter to any media

19   outlet concerning any of the issues raised

20   in this complaint?

21          A.     No.

22          Q.     You spoke before, before the last

23   break about a corruption probe in the Town

24   of Islip?

25          A.     Yes.

1                          E. Carter

2          Q.      Were you part of that probe?

3          A.      No.

4          Q.      Were you involved at all in that

5    probe?

6          A.      No.

7          Q.      Did you speak to any law

8    enforcement official investigating the

9    alleged claims of corruption as part of that

10   probe?

11         A.      No.

12         Q.      How many times have you spoke to

13   the DA after you've been -- the Suffolk

14   County DA after April 2, 2006?

15         A.      I couldn't give you an exact

16   number.  I'm going to say approximately six

17   times to a dozen.

18         Q.      Concerning what?

19         A.      Concerning the case they were

20   investigating.

21         Q.      Which was?

22         A.      Partly the Gilbert incident with

23   the beating.

24         Q.      Okay.

25         A.      I also called them -- I called

1                          E. Carter

2    them within the week after I was let go to

3    find out what was going on with this me of

4    wearing a wire.  Where it came from.  If it

5    came from them or what was going on with

6    that, and when I called, I let them know,

7    you know, I was fired, what's this I was

8    going to wear a wire.  And they said, "Why

9    don't you come down, stop down."  And I went

10   to their office.

11        Q.    And what did  -- did they answer

12   your question?

13        A.    They said they had nothing to do

14   with it.

15        Q.    So they asked you to come down to

16   their office to tell you that they had

17   nothing to do with it?

18            MR. GOODSTADT:    Objection.

19        Q.    Is that your testimony?

20        A.    No.

21            MR. GOODSTADT:    Objection.

22        Q.    So let me understand this.  You

23   say you were fired on April 2, 2006, right?

24        A.    Yes.

25        Q.    Within a week of that date, you

1                     E. Carter

2   contact the Suffolk County DA and ask them

3   did they have anything to do with these

4   comments about you wearing a wire, right?

5           A.      Partly, yes.  I had a concern

6   about that.

7           Q.      That was part of your

8   conversation with them?

9           A.      Yes.

10          Q.      And who did you speak to?

11          A.      I spoke to a Detective Amato.

12          Q.      And this detective told you to

13  come on down to his office to talk about it?

14          A.      Well, there was more to the

15  conversation.

16          Q.      Okay.

17          A.      I told him with that, I felt that

18  something really did happen with the Gilbert

19  incident for them to say that about me.

20  When he said --

21          Q.      Something really happened with

22  the Gilbert -- what do you mean by that?

23          A.      Well, the beach was taking a

24  stance, the individuals that were working

25  that night that nothing happened with the

                         E. Carter

Gilbert incident.  That he wasn't beat up or

anything.  And I said for them -- you know,

my concern and my belief was something did

happen for them to say I was going to wear a

wire and have them admit that they were

doing wrong, the corruption.

          Q.    So you told this detective at the

Suffolk County DA that because someone made

a comment about you wearing a wire, that

means something happened with the Gilbert

incident?

               MR. GOODSTADT:    Objection.

          A.    I felt it had partly connection

with the Gilbert incident, my firing might

have had something to do with that also.

          Q.    And you told that to the DA?

          A.    Yes.

          Q.    Why do you think the DA cared

whether you were fired or not?

          A.    I don't think they really cared

if I was fired or not.

          Q.    Right.  Did you ask the DA to

investigate your alleged termination?

          A.    No.

1                    E. Carter

2        Q.    So you went down to the Suffolk

3    County DA and you had a conversation with

4    this detective?

5        A.    I had a conversation with

6    approximately -- there were approximately

7    six detectives in the room and a prosecutor.

8        Q.    Concerning what?

9        A.    Ocean Beach.

10       Q.    What about Ocean Beach?

11       A.    They asked  -- they went through

12   if I was working that night and if I knew

13   anything about that night, the incident on

14   the 28th of August.

15       Q.    Did you ever tell  -- did you

16   tell the DA or the detectives at this time

17   any of the  -- any of the allegations that

18   you raised in the complaint, other than the

19   Halloween incident?

20            MR. GOODSTADT:    Objection.

21       He's testified he told them about the

22       wire incident.

23       Q.    Okay.  Did you make allegations

24   about Mr. Hesse having sexual escapades

25   while on duty, did you advise the DA during

1                        E. Carter

2      this conversation of that claim?

3            A.      Yes.

4            Q.      Did you advise the DA of that --

5      of Mr. Hesse's alleged involvement with

6      known drug dealers --

7            A.      Yes.

8            Q.      -- during this conversation?

9            A.      Yes.

10           Q.      Had you advised them of that

11     before this, before your termination?

12           A.      No.

13           Q.      Had you advised the DA before

14     your alleged termination of Mr. Hesse's

15     alleged sexual escapades?

16           A.      No.   They were none of my

17     business.

18           Q.      But they were your business after

19     you were fired?

20           A.      They asked me to make notes of

21     anything and anything with the on goings of

22     the beach.

23           Q.      They asked you to make notes.

24     When did they ask you to make notes?

25           A.      That was April of '06.

1                           E. Carter

2          Q.       And why did they ask you to make

3     notes?

4          A.       I said apparently -- I told them,

5     I said, "Apparently I know something that

6     they had to get rid of me and I don't know

7     what it is," and they said, "Well, write

8     down whatever you know."

9          Q.       You knew something -- you believe

10    that you knew something that caused them to

11    get rid of you?

12         A.       Yes.

13         Q.       But you weren't a witness to the

14    Gilbert incident, were you?

15         A.       No.  But, again, I was

16    misidentified, and in a way, I was used as a

17    scapegoat for it.

18         Q.       Well, didn't -- I guess the DA in

19    that April 2006 conversation was asking you

20    to become a snitch?

21                  MR. GOODSTADT:      Objection.

22         Q.       Is that what they were asking you

23    to do?

24         A.       No.

25         Q.       No.  Okay.  Let's stay on the DA

1                    E. Carter

2   for a while.  When was the first time you

3   had -- you had any communication with the

4   Suffolk County District Attorney concerning

5   anything to do with Ocean Beach?

6        A.    That was the fall of 2005 after

7   the Gilbert incident.

8        Q.    Okay.  And who approached you?

9        A.    Detective Amato and Iacopelli.

10       Q.    And what did they want from you?

11       A.    They wanted to know if I was

12  working that night, which I wasn't, and I

13  showed them on the schedule I wasn't, and if

14  I knew who was working that night, and if

15  anybody at the beach was, you know, rough

16  with their hands or whatever.

17       Q.    During the Gilbert incident or

18  any other time?

19       A.    Any other time.  The Gilbert

20  incident and any other time.

21       Q.    Okay.  And did you advise them

22  who in your belief was rough with their

23  hands at any other time, besides Gilbert

24  incident?

25       A.    Yes.

1                     E. Carter

2          Q.     You told them that?

3          A.     Yes.

4          Q.     And who did you say?

5          A.     Bob Galoppi.

6          Q.     Is that all?

7          A.     Yes.

8          Q.     And did you witness Rob Galoppi

9   being rough with his hands?

10         A.     Yes.

11         Q.     When?

12         A.     Back in 1991, '92.  '91 and '92.

13         Q.     So you told them about an

14  incident that occurred 13 years earlier, 14

15  years earlier?

16         A.     Approximately, yes.

17         Q.     Okay.  Did you advise them of

18  anybody else who you believe to be rough

19  with their hands?

20         A.     No.

21         Q.     Okay.  What else did they ask you

22  in the first communication with the DA with

23  these two individuals?

24         A.     Who else was working, and that's

25  when I invited them in my house and I gave

E. Carter

1

2    them a copy of the schedule that I had

3    hanging up.

4        Q.    Okay.  And how long was this

5    communication with these two individuals in

6    your house?

7        A.    Approximately five, 10 minutes.

8    Maybe 15.

9        Q.    Did they ask you anything about

10    chief  -- about Mr. Hesse?

11        A.    They asked in general about any

12    individual working for the police

13    department.

14        Q.    So you -- you responded about

15    every single individual?

16        A.    No.  I didn't respond about any

17    of them at that time.

18        Q.    But what did they specifically

19    ask you about Mr. Hesse?

20        A.    Well, he would have been part of

21    a member of the police department with, you

22    know, anybody have a problem with their

23    hands, and I didn't bring him up, obviously,

24    because I never saw him do anything

25    firsthand.

                          E. Carter

1

2    Q.      So did they ask you specifically

3    anything about Mr. Hesse during this first

4    conversation?

5    A.      No.

6    Q.      Okay.  When was the next time you

7    spoke with anyone associated with the

8    Suffolk County DA?

9    A.      Approximately within that week, I

10   got that phone call at work.

11   Q.      From whom?

12   A.      Detective Iacopelli.

13   Q.      What did he want?

14   A.      He wanted to come to my house the

15   following day to talk to me.  He had new

16   information.

17   Q.      What was the new information?

18   A.      He wouldn't tell me on the phone.

19   Q.      Okay.  Anything else that took

20   place during this phone conversation that

21   you can recall?

22   A.      I told him I couldn't talk to him

23   without the village attorney present.

24   Q.      Okay.

25   A.      Due to that internal

1                    E. Carter

2    correspondence and I'd have to get back to

3    him.

4         Q.    What internal correspondence?

5         A.    About they put up -- beach put up

6    an internal correspondence, any contact or

7    because he -- any contact with the District

8    Attorney's office, a village attorney must

9    be present.

10        Q.    Okay.  And did you notify Ken

11   Gray that you were contacted by the Suffolk

12   County DA?

13        A.    No.  I notified George Hesse who

14   notified Ken Gray.

15        Q.    Okay.  And after that telephone

16   conversation, what was the next time you

17   spoke with anyone associated with the

18   Suffolk County DA?

19        A.    Following day.

20        Q.    Where?

21        A.    My living room.

22        Q.    Was Ken Gray there?

23        A.    Yes.

24        Q.    Did you speak with Ken Gray prior

25   to meeting with the Suffolk County DA?

1                    E. Carter

2         A.     Yes.

3         Q.     What did Ken Gray say to you?

4         A.     First off, they were running

5    late, so Ken Gray's like, you know, "they

6    should have used their lights and sirens."

7    But he told me -- I explained to him that

8    they -- my feeling was they felt that I was

9    at work on the night of the Gilbert thing,

10   and he looked at me and he says, "I know you

11   weren't working."  And I said, "What do you

12   mean?"  And he was on the rescue squad that

13   night, so he knew I wasn't working, and I

14   explained to him how the schedule -- the

15   three tour was actually the day after  --

16   day before, but on the schedule, like I did

17   work when the incident occurred.

18        Q.     Did Ken Gray say anything else to

19   you before you met with him and the Suffolk

20   County DA representatives?

21        A.     He was very quiet.

22        Q.     Did he tell you to lie?

23        A.     No.

24        Q.     Did he tell you to misrepresent

25   anything?

1                          E. Carter

2          A.      No.

3          Q.      Did he tell you to do anything

4     other than to tell the truth?

5          A.      No.   He didn't even tell me that.

6     He just really didn't get into any

7     conversation like that at all.

8          Q.      Did you ask Ken Gray any

9     questions?

10         A.      No.

11         Q.      Okay.   So you then spoke with the

12    representatives from the DA in your house

13    with Ken Gray present, right?

14         A.      Yes.

15         Q.      What was  -- what did they ask of

16    you at that time?

17         A.      The biggest part was my time

18    sheets with the beach.

19         Q.      Concerning you?

20         A.      Concerning the August 28

21    incident.

22         Q.      Gilbert?

23         A.      Gilbert, yes.  They showed me --

24    basically they had a stack of time sheets

25    like you have here which is Exhibit-10 of

1                          E. Carter
2      mine and other officers, and they asked me
3      to look at it and tell me when I worked.  So
4      I told them, you know, looking at it, I told
5      them when I worked.
6                     And then they showed me another
7      officer's time sheets and asked me when he
8      worked, and I told them I couldn't answer
9      it.  And they asked me again, they said,
10     "Well, if you worked, for an example, on
11     that Tuesday, the three tour and he has the
12     Tuesday three tour, he worked?"  I said, "I
13     can't answer for somebody else when they
14     worked or when they didn't work."
15          Q.    Okay.  What else did they ask
16     you, other than that question?
17          A.    I don't recall at this time.
18          Q.    Did they ask you any specific
19     questions at that time about Mr. Hesse?
20          A.    I don't recall.  No.  I don't
21     recall at this time.  No.  Not to my
22     knowledge.
23          Q.    Okay.  When's the next time you
24     spoke with any representative from Suffolk
25     County DA?

                        E. Carter

1

2        A.      It would have been April of '06

3    which I explained to you earlier.

4        Q.      Okay.  And the DA --

5        A.      After April 2.  You know, it was

6    approximately April 6.

7        Q.      And you called them?

8        A.      Yes.

9        Q.      And where did you have this

10   conversation?

11       A.      In their office.

12       Q.      Okay.  And how long was this

13   conversation with these six detectives and a

14   prosecutor?

15       A.      It was approximately half hour,

16   if it lasted long -- a little longer than

17   that.

18       Q.      And did they ask you any

19   questions about George Hesse?

20       A.      I don't recall if they asked

21   pinpoint questions.

22       Q.      So you volunteered the fact that

23   you believe that Mr. Hesse was having sexual

24   affairs while on duty?

25            MR. GOODSTADT:    Objection.

1                      E. Carter

2          A.     That was probably during the

3    third meeting I had with them.

4          Q.     What third meeting?

5          A.     There was -- well, the fourth

6    meeting.  I'm sorry.  The fourth meeting.

7          Q.     Well, when was the fourth

8    meeting?

9          A.     Approximately -- approximately a

10   week later I had to -- the handwritten notes

11   I had, I had to bring them up to them and

12   give it to them.

13         Q.     Oh, okay.  So let's go back to

14   that April meeting.  They asked you to do

15   what, if anything, in this April meeting?

16         A.     When I explained to them that I

17   was let go and they saw that I was pretty

18   upset, they said, "Well, why did he -- why

19   did he let you go?"  I told him about the

20   directive thing.  And they said, "Well, what

21   directives?"  And they looked at me

22   dumbfounded, too, like I looked at George,

23   and they said, "Well, why do you think you

24   were let go?"  And I said, "I really don't

25   know."  I said, "With everything going on

1                          E. Carter

2    with the Gilbert thing, I can't tell you."

3    I said, "You know, I don't know if it had

4    anything to do with the guys over there

5    being spooked because of the thing with

6    Islip town with the corruption thing where

7    the upper bosses were taken out and I never

8    spoke to the District Attorney's office."  I

9    said, "I don't know.  I have no idea what's

10   going on."

11           And they said, "Listen," they

12   said, "Go home, get a piece of paper, and

13   write some notes."  And that's what I did.

14       Q.     Write some notes about what?

15       A.     About anything I had knowledge of

16   with Ocean Beach as far as the way the

17   police department ran.  Anything.

18       Q.     So you had a choice, then, to

19   decide what you were going to tell them and

20   what you didn't, right?

21           MR. GOODSTADT:     Objection.

22       A.     I was going to tell them the

23   truth.

24       Q.     Okay.  And you sent a -- you

25   wrote out on a piece of paper?

1                           E. Carter

2          A.      It was -- yeah.   Approximately --

3    it was looseleaf type paper, two pieces.

4          Q.      Okay.   And you wrote that

5    Mr. Hesse engaged in a sexual affair while

6    on duty with women?

7          A.      I don't recall if that was in my

8    notes, but yes, he did.   I know that for a

9    fact.

10         Q.      No.   I'm not interested in what

11   he may not have done or done.   I'm asking

12   did you advise the Suffolk County DA that --

13   in this document that you wrote, that

14   Mr. Hesse was engaging in sexual affairs

15   with women while on duty?

16              MR. GOODSTADT:      Objection.

17         Asked and answered.

18         A.      Again, I don't recall at this

19   time if I did or not.

20         Q.      Did you advise the Suffolk County

21   DA in this letter -- in this document that

22   you wrote, that George Hesse asked you to or

23   asked officers to chauffeur drunken officers

24   around the village?

25         A.      No, I don't believe I did that.

1                        E. Carter

2          Q.      What did you advise the Suffolk

3     County DA on this written document that you

4     just referred to?

5          A.        There was -- basically that I

6     was -- you know, Chief Loeffler was the

7     chief.  Winnie Loeffler was the court clerk.

8     There was Joe Loeffler's the mayor.  Alan

9     Loeffler was working for the department.

10    They asked -- I put down about some

11    uncertified officers.  Couple of incidents

12    that happened in front of me with the drinks

13    coming into the station that I recall at

14    this time.  Again, there was a front, back

15    and a front, so I don't recall exactly.

16         Q.      You told them in this written

17    document that you wrote a week after the

18    April meeting with them, that Mr. Loeffler

19    was the mayor?

20         A.      No.  I believe I put down he was

21    a trustee at that time.

22         Q.      He wasn't the mayor at the time,

23    right?

24         A.      I don't recall, to be honest with

25    you.

```
 1                    E. Carter
 2        Q.    Okay.  Okay.  When was the next
 3   time after  -- well, did you hand him this
 4   written document or did you mail it to him?
 5        A.    I believe I dropped it off.
 6        Q.    Do you have a copy of this?
 7        A.    No.  They have the original.
 8        Q.    You didn't make a copy?
 9        A.    No, sir.
10        Q.    For your own records you made no
11   copy?
12        A.    No, sir.
13        Q.    And did you have any other
14   meetings with the Suffolk County DA after
15   you dropped off this written document?
16        A.    Yes.
17        Q.    When was the next time that you
18   had a meeting with them?
19        A.    I don't recall exactly
20   chronologically when it happened, but
21   Detective Warkenthien came to my house in
22   2007 -- 2007.  Referenced the conversation
23   we had, and, you know, again, I added more
24   to it.  The photos that were there with the
25   grand jury subpoena laying on the desk, I
```

1                        E. Carter

2      let them know about that.

3          Q.      What photos?

4          A.      The photos of the police

5      department offices.  I let them know right

6      after the Gilbert incident that Bill

7      Embreui, who I was misidentified as

8      apparently, shaved his mustache I recalled,

9      and you know, how everybody, you know,

10     basically isolated themselves from me.  I

11     also gave a statement in reference to

12     something Bill Embreui said to me.

13         Q.      What did Mr. Embreui say to you?

14         A.      The night of the Gilbert

15     incident, Bill Embreui came in  -- well, the

16     Friday after the Gilbert incident, Bill

17     Embreui came into the police station, I was

18     working the desk around 2:00, 2:30 in the

19     morning.  He was looking, you know, standing

20     there and he said, "What's up?"  You know,

21     basically small talk, and then he says, "You

22     want to know what I know?"  I said, "I don't

23     know.  I don't really -- what do you know?"

24     So he says oh, the night of the Gilbert

25     thing, he was outside across the street on

```
 1                     E. Carter
 2   Bay Walk talking to one of Gilbert's friends
 3   who was a police officer over in Europe, and
 4   Gilbert was inside getting the summons.  You
 5   know, he was telling the guy everything will
 6   be fine.  He'll be out in a couple minutes.
 7                 With that, the front door opened
 8   and Gilbert started yelling -- kicked the
 9   door.  Bill walked across the street on Bay
10   Walk.  Walked up the deck.  Gilbert was
11   pulled back inside.  Bill went inside the
12   door, and when the shit hit the fan, he
13   turned around and he done -- he did with the
14   thumb lock.  He motioned he locked the door
15   with the thumb lock so no one else could
16   come in.
17        Q.    Now when did Bill tell you this?
18        A.      That was the Friday immediately
19   after -- Friday into Saturday morning
20   immediately after the Gilbert incident.
21        Q.    So you knew about what
22   Mr. Embreui said to you in September of
23   2005, right?
24        A.    Yes.
25        Q.    October 2005?
```

1                    E. Carter

2          A.     Yes.

3          Q.     You didn't say anything to the DA

4    then, did you?

5          A.     There was no reason at that  --

6    they didn't ask me about it and there was no

7    reason -- I didn't think Bill -- you know,

8    Bill locked the door at that point.

9          Q.     Oh, so you don't think Bill did

10   anything wrong by locking the door?

11             MR. GOODSTADT:     Objection.

12         Q.     Well, did you think Bill did

13   anything wrong by locking the door as he

14   said he did?

15         A.     At that time, no.

16         Q.     So what was the reason for you

17   telling the DA about what Bill Embreui told

18   you, if you didn't think he did anything

19   wrong?

20         A.     They --

21         Q.     After you were allegedly fired?

22         A.     Detective Warkenthien, again -- I

23   had an April I believe it was '07 discussion

24   with him, and he asked me  -- that was

25   sometime in August I believe it was.  I gave

1                    E. Carter

2    him the statement.

3         Q.    So let me understand this, you

4    didn't make  -- you didn't advise the DA of

5    anything that went on that you were told

6    involving the Gilbert incident until after

7    you were allegedly fired on April 2, 2006,

8    right?

9              MR. GOODSTADT:    Objection.

10        A.    No.  Just that, you know, when

11   they were interviewing people, Arnie

12   Hardman -- no.

13        Q.    In fact, the only thing you told

14   them before you were allegedly terminated on

15   April 2, 2006 was that you weren't present

16   that night, right?

17        A.    Basically, yes.

18        Q.    Did you ever testify before the

19   grand jury?

20        A.    No.

21        Q.    Were you ever asked to?

22        A.    No.

23        Q.    The DA ever ask you to wear a

24   wire?

25        A.    No.

1                            E. Carter

2          Q.      To your knowledge, did the DA

3    ever ask any of the other Plaintiffs to wear

4    a wire?

5          A.      No.

6          Q.      When was the last time you spoke

7    to the DA?

8          A.      Um, last time you canceled my

9    deposition.  I don't know the exact date.

10         Q.      Why was it that you spoke to the

11   DA the last time we canceled your

12   deposition?

13         A.      As the case was proceeding, I

14   would just give him a call and let him know

15   he was going for a deposition.  The last --

16   I was canceled actually I believe out of

17   three of them or two of them, and just to

18   let them know.  That didn't tell me

19   anything.  I didn't basically --

20         Q.      Why did you feel it necessary to

21   keep the DA advised of the status of this

22   case?

23              MR. GOODSTADT:    Objection.

24         A.      I  -- I wasn't sure with the Bill

25   Embreui statement, if I was allowed to

1                    E. Carter

2    disclose that or not, and my attorney told

3    me I was.

4              MR. GOODSTADT:     Objection.

5         Don't testify to anything your attorney

6         told you.

7         Q.    The question to you, sir, is why

8    did you feel it necessary to advise  --

9    well, given that you talked to your attorney

10   about what you could or could not say, and I

11   don't really want to know what you and your

12   attorney talked about, why did you feel it

13   necessary to keep the DA advised of whether

14   or not you were being deposed in this case?

15             MR. GOODSTADT:     Objection.

16        A.    I just  -- they were honest with

17   me, you know, that they didn't -- I felt

18   they were honest with me about telling me I

19   never wore a wire and stuff, and they,

20   again, they got the  -- they got the

21   original thing that I was working that

22   night, which I wasn't, so no.  I just made a

23   phone call.

24        Q.    They were honest with you about

25   you never wearing a wire, is that what you

```
 1                        E. Carter
 2    testified about?
 3          A.     I believe they aren't the one
 4    that started that with the wire.
 5          Q.     Oh, okay.  That's what you mean.
 6    So how many times have you spoken to the DA
 7    about this lawsuit?
 8          A.     About my lawsuit in particular?
 9          Q.     Yeah.  Because you called them up
10    to tell them that you weren't being deposed,
11    so --
12          A.     Deposed, maybe three times.
13          Q.     Why?
14          A.     I just  -- I don't know.  I just
15    felt they should know I was going to get
16    deposed.
17          Q.     Did they ask you to call them?
18          A.     No.
19          Q.     What DA did you speak with about
20    you being deposed?
21          A.     Detective Warkenthien.
22          Q.     Detective what?
23          A.     Warkenthien.
24          Q.     Is he a DA or is he a detective?
25          A.     Detective.
```

1                           E. Carter

2          Q.      Have you spoken to any DA?

3          A.      Originally?

4          Q.      About you being deposed?

5          A.      No.

6          Q.      So why did this detective care,

7     to your knowledge, that you were being

8     deposed?

9                  MR. GOODSTADT:      Objection.

10         A.      None that I know of.

11         Q.      Have you been given any deal by

12    the Suffolk County DA to cooperate?

13         A.      Absolutely not.

14         Q.      Have you been promised anything

15    by the Suffolk County DA to cooperate in

16    their case against Ocean Beach involving

17    Gilbert?

18         A.      Absolutely not.

19         Q.      Were any of the Plaintiffs, to

20    your knowledge, given any deals to cooperate

21    with the DA involving the Gilbert case?

22         A.      No.   Absolutely not that I know

23    of.

24         Q.      Were any of the Plaintiffs on

25    duty at the time of the alleged incident

```
 1                    E. Carter
 2    involving Gilbert?
 3         A.    Best of my knowledge, no.
 4         Q.    Let's look at -- continue on the
 5    preliminary statement, last sentence of that
 6    page, "Plaintiffs' repeated and tireless
 7    efforts to champion integrity and the
 8    highest values of public service have met
 9    with abject failure, as the department has
10    inexorably fallen under control of officers
11    and commanders who, while in uniform, drink
12    alcohol and frequent local bars," do you see
13    that?
14         A.    Yes.
15         Q.    What commanders are you referring
16    to?
17         A.    George Hesse.
18         Q.    Any other commander, other than
19    Mr. Hesse?
20         A.    No.
21         Q.    Let's look at paragraph 13, page
22    five, third sentence, "at all times," do you
23    see that, end of the third sentence?
24         A.    Yes.
25         Q.    Okay.   "At all times herein
```

```
 1                    E. Carter
 2   mentioned -- hereinafter mentioned,
 3   Defendant Hesse was and is the official
 4   responsible for the management and
 5   supervision of the OBPD, including its
 6   maintenance and operation, as well as the
 7   hiring, promotion and discipline of
 8   employees and all other employment-related
 9   issues," do you see that?
10        A.    Yes.
11        Q.    Was Mr. Hesse responsible for all
12   of this in 1991?
13        A.    He wasn't there in 1991.
14        Q.    What's that?
15        A.    He wasn't there in 1991.
16        Q.    Mr. Hesse wasn't there in 1991?
17        A.    No, sir.
18        Q.    Was Mr. Hesse responsible for all
19   of this in 1992?
20        A.    I don't believe he was there in
21   1992.
22        Q.    '93?
23        A.    No.
24        Q.    Who was?
25        A.    Ed Paridiso and Chief Joe
```

```
 1                    E. Carter
 2  Loeffler.
 3         Q.     Why do you say Chief Joe
 4  Loeffler?
 5         A.     Because Chief Joe Loeffler was
 6  there in 1991, two and three, and Ed
 7  Paridiso was a sergeant in '91, '92, '93.
 8         Q.     Joe Loeffler was the chief of
 9  police in 1993?  Okay.  I apologize.  How
10  about in 2001?  I apologize.  In 2001, was
11  Mr. Hesse responsible for everything that
12  you've alleged in paragraph 13?
13         A.     Yes.
14         Q.     He was?
15         A.     Himself and the chief, yes.
16         Q.     Well, who was responsible, the
17  Chief Paridiso or George Hesse?
18         A.     It was a joint -- I'm sure it was
19  a joint shareman of that.
20         Q.     How do you know?
21         A.     I'm relating to -- it's my belief
22  within my job, I'm responsible for the
23  discipline of employees -- in my position
24  with the Town of Islip, I could -- I'm
25  responsible for the managerial position and
```

1                    E. Carter

2   supervision of the park rangers under me.

3        Q.    Well, that's all well and good,

4   but my question for you is, in 2001, how do

5   you know that George Hesse had any

6   responsibility for the management and

7   supervision of the OBPD?

8              MR. GOODSTADT:    Objection.

9        Q.    How do you know that?

10       A.    He would give orders out.

11       Q.    Okay.  To whom?

12       A.    To the officers.  Myself and

13   other officers.

14       Q.    On his shift?

15       A.    Yes.

16       Q.    Okay.  I'm talking about the

17   entire Ocean Beach Police Department.  How

18   do you know that he was responsible for the

19   management and supervision of the entire

20   Ocean Beach Police Department as opposed to

21   just the men on his shift?

22       A.    Well, he would work 4:00 to

23   12:00s, but he'd give me orders on midnights

24   of stuff to do.

25       Q.    Right.  I understand that on his

1                         E. Carter

2      shift, when you were working for him, he

3      gave you orders, but this allegation doesn't

4      refer to Chief Paridiso, does it?

5              A.    No.

6              Q.    And this allegation doesn't refer

7      to your 12:00 -- your 4:00 to 12:00 shift,

8      does it?

9              A.    What 4:00  -- no.

10             Q.    This doesn't refer to any

11     specific shift, does it?

12             A.    No.

13             Q.    Your allegation says Hesse was

14     and is the official responsible for the

15     management and supervision of the Ocean

16     Beach Police Department, do you see that?

17             A.    No.  I was just trying to find

18     where you were.

19             Q.    How do you know that Hesse was

20     responsible for the management and

21     supervision of the entire Ocean Beach Police

22     Department as opposed to Chief Paridiso?

23                   MR. GOODSTADT:    Objection.

24             A.    I don't at this time.

25             Q.    Okay.  Great.  You go on to

```
 1                    E. Carter

 2  allege that "Hesse, at all times herein

 3  mentioned, was responsible for the hiring,

 4  promotion and discipline of employees," do

 5  you see that?

 6       A.    No, I don't.

 7       Q.    Keep going.

 8       A.    This line here, "promotion and

 9  discipline of employees"?

10       Q.    Yes.   "The hiring, promotion and

11  discipline of employees," do you see that?

12       A.    Yes.

13       Q.    All right.   In 2001, how do you

14  know that Hesse was responsible for the

15  hiring of any Ocean Beach Police Department

16  employee as opposed to Chief Paridiso?

17       A.    In 2001, I don't know if George

18  hired anyone.

19       Q.    How about 2002?

20       A.    George had the two Bosetti

21  brothers hired.

22       Q.    How do you know he was

23  responsible for the hiring?

24       A.    He told us that.

25       Q.    Okay.   And do you know if he had
```

1                    E. Carter

2    to get it approved by Chief Paridiso?

3         A.     No, I don't.

4         Q.     Do you know if Chief Paridiso had

5    to get it approved by the mayor?

6         A.     No, I don't.

7         Q.     Okay.  So then my question to you

8    is, how do you know, in 2002, that Defendant

9    Hesse was the official responsible for the

10   hiring of Ocean Beach Police Department

11   employees?

12                MR. GOODSTADT:     Objection.  He

13            just testified to it.

14        Q.     As opposed to a particular

15   employee?

16        A.     Those two employees that I know

17   of.  I don't recall who else came on in

18   2002.

19        Q.     Okay.  But you don't know what

20   chain of command Mr. -- if any, that

21   Mr. Hesse had to go through in order to get

22   the Bosetti brothers hired, correct?

23        A.     No.

24        Q.     And you don't know who had to

25   ultimately sign off on their hires, correct?

1                         E. Carter

2          A.      No.

3          Q.      You don't know if the board of

4    trustees had to approve it, do you?

5          A.      No.

6          Q.      And you don't know if the mayor

7    had to approve it, do you?

8          A.      No.

9          Q.      Okay.  Let's look at paragraph

10   19.  Let's look at the last sentence.  You

11   write "Sanchez was and is directly

12   responsible for overseeing personnel actions

13   taken by Ocean Beach and the OBPD and for

14   ensuring that such personnel actions conform

15   to Suffolk County Civil Service regulations

16   and other applicable laws," do you see that?

17         A.      Yes.

18         Q.      Have you ever met Alison Sanchez?

19         A.      No.

20         Q.      Have you ever had a conversation

21   with Alison Sanchez?

22         A.      No.

23         Q.      If Alison Sanchez stood before

24   you right now, would you know what she  --

25   would you know what she looked like?

```
 1                    E. Carter
 2        A.      Possibly, from a picture I've
 3   seen.
 4        Q.      Okay.  How do you know, sir, that
 5   Ms. Sanchez was and is directly responsible
 6   for overseeing personnel actions by Ocean
 7   Beach and the Ocean Beach Police Department?
 8        A.      George Hesse stated she was in
 9   charge of the account for the Ocean Beach
10   Police Department, the Village of Ocean
11   Beach.
12        Q.      And that's the basis for your
13   knowledge?
14        A.      He's the one that she was working
15   with to get the uncertified certified.
16        Q.      I'm not asking about the
17   uncertified and certified.  I'm asking about
18   being directly responsible for overseeing
19   personnel actions.
20              MR. GOODSTADT:    He just
21          testified that's what his basis is.
22        Q.      Your opinion is based upon what
23   Mr. Hesse told you?
24        A.      Yes.
25        Q.      You have no independent
```

1                    E. Carter

2    recollection -- knowledge?

3              MR. GOODSTADT:    Objection.

4         Objection.  You're misstating his

5         testimony.  He's testified that what

6         Hesse told him and that she was the one

7         who worked with him.  That's the basis.

8              MR. NOVIKOFF:    Worked with

9         Hesse?

10             MR. GOODSTADT:    Yes.

11        Q.    But you don't know that she

12   worked with Hesse, other than Hesse telling

13   you, right?

14        A.    That and the correspondence that

15   came back and forth from civil service with

16   her on it.

17        Q.    To whom?

18        A.    To George Hesse and the village.

19        Q:    And you saw that correspondence?

20        A.    Yes.  They were left on the desk.

21        Q.    And do you know who Ms. Sanchez's

22   superior was, if anybody, at this time?

23        A.    My guess would be --

24        Q.    No, not your guess.  Do you know

25   who, if anyone, was Ms. Sanchez's

1                      E. Carter

2    superior --

3                 MR. GOODSTADT:    Objection.

4         Q.     -- at any point in time between

5    2001 and the date -- and April 2, 2006?

6                 MR. GOODSTADT:    Objection.  You

7         can answer however you want to answer.

8         Q.     Do you know who, if anybody, was

9    Ms. Sanchez's superior between 2001 and

10   April 2, 2006?

11        A.     Through our discovery, yes.

12        Q.     Who?

13        A.     Stanley Pelt.

14        Q.     Stanley Pelt?

15        A.     Yes.

16        Q.     So other than through discovery,

17   you did not know?

18        A.     No.

19        Q.     Who is Stanley Pelt?

20        A.     He's the -- if I had the document

21   in front of me, the senior analyst I believe

22   it's called under civil service.  Civil

23   service analyst.

24        Q.     26, you allege "throughout their

25   careers with OBPD, Plaintiffs performed

```
 1                        E. Carter
 2    their duties in an exemplary fashion and
 3    were never the subject of a public
 4    complaint, investigation or disciplinary
 5    action."  Is it your testimony, sir, that
 6    while you were employed at Ocean Beach, that
 7    no member of the public ever wrote a
 8    complaint about you?
 9          A.    Yes.
10          Q.    In any capacity?
11          A.    Yes.
12          Q.    Involving any conduct you were
13    involved in pertaining to either Ocean Beach
14    or the Town of Islip?
15          A.    Yes.
16          Q.    Okay.  Let's look at paragraph
17    36.  36 is alleged "Plaintiffs each advised
18    Hesse on numerous occasions that the
19    department and village were left dangerously
20    short of personnel when Plaintiffs were
21    assigned to chauffeur intoxicated officers
22    and their civilian friends," do you see
23    that?
24          A.    Yes.
25          Q.    Did you complain to Mr. Hesse on
```

1                        E. Carter

2    numerous occasions about what I've just read

3    based upon your allegation in 36?

4         A.    Yes.

5         Q.    When's the first time that you

6    complained to Mr. Hesse about this?

7         A.    When it was --

8         Q.    Not -- I'm looking for a date.

9              MR. GOODSTADT:    He's telling

10        you when.

11        A.    Summer of 2003.

12        Q.    Okay.  And what did Mr. Hesse say

13   to you, if anything, when you complained to

14   him?

15        A.    He ignored it at that time and it

16   continued.  We explained to him that --

17        Q.    No.  I just want to know what his

18   reaction was.  He ignored it?

19        A.    He basically ignored it.

20   Shrugged it off.

21        Q.    Okay.  When was the next time

22   that you complained to -- you personally

23   complained to Mr. Hesse concerning what I

24   just read from paragraph 36?

25        A.    The later part of that summer.

1                        E. Carter

2         Q.      Okay.  And what did Mr. Hesse do,

3    if anything?

4         A.      He spoke to the individuals that

5    were going out to the bars drinking, and

6    told them to wait until 5:00 in the morning.

7         Q.      Okay.  But who assigned the

8    officers to chauffeur these other officers

9    around?

10         A.      That was not with me, but George

11    told us for a while to take the officers to

12    the checkpoint from the village leaving one

13    guy in.  The midnights had two officers on.

14         Q.      When you say that wasn't you,

15    what do you mean?

16         A.      This part of the complaint is

17    each of the Plaintiffs in the lawsuit

18    were --

19         Q.      No.  I'm saying, who assigned --

20    did you ever have to chauffeur anybody?

21         A.      Yes.

22         Q.      Who assigned you to chauffeur

23    people?

24         A.      George Hesse.

25         Q.      Okay.  And you first complained

1                    E. Carter

2      to George Hesse in the summer of 2003,

3      right?

4           A.     Yes.

5           Q.     And your next complaint was when,

6      to George Hesse about this chauffeuring?

7           A.     The latter part of 2003.

8           Q.     And what did Mr. Hesse say to you

9      in response to your complaint, if anything?

10          A.     He just basically said, "I'll

11     take care of it."

12          Q.     And did he?

13          A.     I noticed I wasn't leaving the

14     village as much when I came in on the

15     weekends, yes.

16          Q.     When you say you weren't leaving

17     the village as much, what do you mean?

18          A.     To chauffeur people back and

19     forth to the checkpoint.

20          Q.     When you say "people," you mean

21     officers?

22          A.     Officers, friends of George

23     Hesse.

24          Q.     Okay.  Did you continue to

25     chauffeur officers or friends of George

```
 1                      E. Carter
 2   Hesse after your second complaint to
 3   Mr. Hesse in 2003?
 4         A.    2003, no.  It went into the
 5   winter months.
 6         Q.    What's that?
 7         A.    It went into the off season, no.
 8         Q.    What went into the off season?
 9         A.    In other words, this was during
10   the summer months it was the most.  Going
11   into the winter months I worked by myself.
12         Q.    Well, no.  My question to you,
13   sir, is you complained to Mr. Hesse for a
14   second time in the summer of 2003 about
15   having to chauffeur friends of his or other
16   officers to the checkpoints.  After the
17   second complaint when Mr. Hesse said he
18   would take care of it, did you, in 2003,
19   chauffeur anybody else?
20         A.    Not that I recall.
21         Q.    Okay.  How about 2004, did you
22   chauffeur anybody at Mr. Hesse's request in
23   2004?
24         A.    Yes.
25         Q.    On how many occasions?
```

1                          E. Carter

2          A.      Exactly I couldn't give you a

3    number.   I'd say approximately six to eight

4    times.

5          Q.      Friends of George Hesse?

6          A.      Sometimes it was friends of

7    George Hesse.   Sometimes it was the

8    officers.

9          Q.      Okay.  And was this always at the

10   request -- at the direction of Mr. Hesse?

11         A.      Yes.

12         Q.      How many times in 2004 -- well,

13   did you complain to Mr. Hesse in 2004?

14         A.      About the taking the officers

15   after they were drinking, yes.

16         Q.      Or the friends?

17         A.      The friends, not as much.

18         Q.      Why not?

19         A.      Because he would call me and tell

20   me to wait at the checkpoint for 20 minutes,

21   30 minutes.   Somebody was coming in, a

22   friend of his, company or whatever, and I

23   would wait, and then I would pick the person

24   up and drive them into the village.

25         Q.      Okay.  But my question is, why --

```
 1                        E. Carter
 2    why did you complain to Hesse about the
 3    officers, but not as much as about the
 4    friends?
 5         A.     Because the officers directly
 6    affected me and my partner, where driving
 7    the friends didn't directly affect me.
 8    George waited in the village until I got
 9    there.
10         Q.     George didn't wait in the village
11    when he directed you to chauffeur the
12    officers?
13         A.     No.
14         Q.     Where was George?
15         A.     He might have been upstairs
16    sleeping or he might have been home.
17         Q.     How did he direct you?  By phone?
18         A.     Prior to getting off.  I'd come
19    in at midnight.
20         Q.     Prior to you getting off or prior
21    to Hesse getting off?
22         A.     Both of us meeting at roughly
23    12:00.  Somewhere in that time.  11:30.
24         Q.     No, but I'm wondering, when
25    Hesse, in 2004, directed you to chauffeur
```

1                    E. Carter

2    police officers to the checkpoint, was he on

3    duty at the time?

4        A.    Yes.

5        Q.    And so what makes you say that he

6    wasn't still on duty when you were

7    chauffeuring these officers?

8        A.    The -- because he would go off

9    duty.  In other words, I'd see him while he

10   was still on duty.

11       Q.    Okay.

12       A.    And then I'd be off.  You know,

13   he'd go off duty and I'd be on for the eight

14   hours.

15       Q.    Okay.  I understand now.  So did

16   you complain to George Hesse in 2004 about

17   him directing you to chauffeur either his

18   friends or the police officers?

19       A.    Yes.

20            MR. GOODSTADT:    Objection.

21       Q.    Okay.  And what did -- when was

22   the first time you complained in 2004?

23       A.    Would have been June of 2004.

24       Q.    And what did you say to him?

25       A.    "George, you know, this is

```
 1                    E. Carter
 2   bullshit," straight out.  "It's bullshit
 3   that I got to take these guys out and leave
 4   either John or Kevin, Tom, whoever by
 5   themselves in the village."
 6        Q.     And what did Hesse say to you, if
 7   anything, after your first complaint in
 8   2004?
 9        A.     "Just do it."
10        Q.     Okay.  And did there come a
11   second time that you complained to Hesse in
12   2004 about chauffeuring either his friends
13   or these officers?
14        A.     Yes.
15        Q.     When?
16        A.     I'd say July or August.  July.
17        Q.     What did you say to him?
18        A.     That, "Again, you're leaving the
19   village short.  You can't do this."
20        Q.     And what did he say to you?
21        A.     He shrugged it off, then walked
22   out.
23        Q.     Did you complain to him a third
24   time in 2004?
25        A.     There was, again, the complaints
```

1                    E. Carter

2    were there, they weren't being answered, so

3    at that point, you know, you wind up talking

4    to dead ears.

5         Q.    No.  I understand that.  So my

6    question is, did you complain to Mr. Hesse a

7    third time in 2004?

8         A.    I would say yes.  Right around

9    Labor Day.

10        Q.    And what did you say to Hesse?

11        A.    I said, "George, you know, again,

12   the other night we have to go -- you know,

13   we had to go gas the vehicle and stuff."  I

14   said, "I'm driving these guys out, coming

15   back to the village, then driving out of the

16   village again to go gas the vehicle.  I'm

17   leaving the village, two, two and a half

18   hours empty."

19        Q.    And what did Hesse say to you

20   this third time?

21        A.    That's when we started gassing

22   the vehicle in the morning.

23        Q.    But what did Hesse say to you in

24   response to your complaint on the third --

25   the third time in 2004?

1                          E. Carter

2          A.      Nothing.

3          Q.      Okay.  Did you complain a fourth

4     time in 2004?

5          A.      That I recall at this time, no.

6          Q.      How about 2005, did you complain

7     to Hesse about -- well, did Hesse ever

8     direct you, in 2005, to chauffeur either his

9     friends or -- or police officers who were

10    intoxicated?

11         A.      If there were two trucks, no.  If

12    there was the one truck, yes.

13         Q.      I'm just asking you if you recall

14    him ever directing you, regardless of how

15    many trucks there may have been?

16         A.      No.  It was just standing, drive

17    the guys out.  When they're done, just drive

18    them out.  Get them out of the village so

19    they can go home.

20         Q.      So he did direct you to chauffeur

21    these guys to the checkpoint?

22         A.      In 2004, yes.

23         Q.      How about 2005?

24         A.      Yes.

25         Q.      Did you complain to Hesse in 2005

```
 1                    E. Carter
 2   about doing this?
 3        A.     Yes.  I'd say yes.
 4        Q.     Even though your complaints in
 5   2003 and 2004 were ignored?
 6        A.     Yeah.  Because it wasn't as  --
 7   it got -- it got worse but it wasn't because
 8   there were two vehicles.  So there was, you
 9   know, the vehicles were in the village, so
10   they would take the keys, the guys that were
11   driving out.
12        Q.     I don't understand.  What's the
13   difference having two vehicles if you were
14   still leaving the village short, in your
15   opinion?
16        A.     I wouldn't have to leave the  --
17   when there were two vehicles, I wouldn't
18   have to leave the village short.  They would
19   just take the other vehicle.
20        Q.     Oh, the other officers?
21        A.     Yes, the other officers.
22        Q.     So my question, sir, is in 2005,
23   did Hesse direct you to chauffeur any police
24   officers to the checkpoints or his friends?
25        A.     Yes.
```

1                      E. Carter

2          Q.      And did you complain to Hesse in

3    2005?

4          A.      Actually, me and George got into

5    a pretty big blow up that year.

6          Q.      Well, that's nice, but did you

7    complain to Mr. Hesse about --

8          A.      Yes.

9          Q.      -- this specific direction?

10         A.      Yes.

11         Q.      When?  When was the first time?

12         A.       It was I believe, as I recall, it

13   was July 4th weekend.  The truck got stuck

14   in the sand.  I was the senior officer in

15   the vehicle with the midnight guys coming

16   on.  There were approximately --

17   approximately six of us in the vehicle and

18   two females.  Arnie Hardman was driving.

19   Buried the truck in the sand.  Rich and Gary

20   Bosetti took the second truck to come pull

21   us out of the sand.  While doing so, they

22   buried that truck.  There's only George in

23   the village and I believe it was Ken

24   Bockelman.  George is on the radio

25   screaming.  Suffolk County Marine Bureau is

1                          E. Carter

2    coming to pick us up.  I had to go on a call

3    with Suffolk County Marine Bureau to Kismet

4    for a fight because they had no back up,

5    they were pulling our vehicles out.

6                    Once our vehicles got out, Arnie

7    Hardman then drove it into the mud over in

8    what's -- trying to think, just west of

9    Corneille.  I'm going to say Lonelyville

10   it's called there.  Lonelyville.  I'm not

11   100 percent sure.

12        Q.     Are you done or are you --

13   because my question was when and you said

14   July 4 --

15        A.     Yeah.  Okay.  Sorry.

16   MO            MR. NOVIKOFF:     So motion to

17           strike as nonresponsive.

18        Q.     When was the first time in 2005

19   that you complained to George Hesse about

20   his direction to you to chauffeur either his

21   friends or police officers?

22        A.     July 2005.

23        Q.     Okay.  And what was Mr. -- what

24   did you say to George Hesse when you

25   complained to him?

1                           E. Carter

2          A.      He was pretty  -- he said -- I

3    told him, I said, "George, you know, it

4    wasn't my" -- he goes, "Eddie, it is your

5    fault.  You're the senior officer.  You knew

6    better."  I said, "George, I wasn't driving

7    the truck."  He goes, "It's a weekend."  I

8    said, "George, this is what happens when we

9    drive the guys in and out, leaving one

10   person in here."  And he just got pissed off

11   and sent me to the back streets for the

12   night.  He banished me.

13         Q.      Okay.  And was there a second

14   time that you complained to George Hesse

15   about his directions to either chauffeur

16   officers or his friends to checkpoints?

17         A.      There was one other time myself

18   and -- yeah, Richard Bos -- Gary Bosetti, I

19   had to drive him and Rich out, and they were

20   very belligerent about it.  So I drove them

21   out.  I said something to George when I saw

22   him next, and he says, "Just do it.  Just do

23   it."

24         Q.      All right.  Was that the last

25   time in 2005 that you recall complaining to

```
 1                    E. Carter
 2   Hesse about his directions for you to
 3   chauffeur either officers or friends?
 4        A.    Yes.
 5        Q.    Okay.  In 2000 -- how about 2006?
 6        A.    I had only worked approximately
 7   three days, two days.
 8        Q.    And when was that Bosetti
 9   incident that you just -- the second
10   complaint that you made in 2005?
11        A.    That was approximately August of
12   2005.
13        Q.    Okay.  In 2003, did you ever
14   complain to Chief Paridiso about Hesse's
15   direction?
16        A.    No.
17        Q.    How about to Mayor Rogers?
18        A.    No.
19        Q.    How about to Trustee Loeffler?
20        A.    No.
21        Q.    How about to any other trustee?
22        A.    No.
23        Q.    Did you send any communication to
24   Newsday or News 12 or any other media outlet
25   concerning this complaint about you leaving
```

1                        E. Carter

2    the village short of personnel because of

3    this direction to chauffeur people?

4           A.      No.

5           Q.      Same questions with regard to

6    2004, would your answers change?

7           A.      No.

8           Q.      Same questions with regard to

9    2005, would your answers change?

10          A.      No.

11          Q.      So if I understand your testimony

12   correctly, that for 2003, 2004, 2005, other

13   than to George Hesse, you made no other

14   complaints to any other person or entity

15   concerning Hesse's direction to you to

16   chauffeur police officers or friends to

17   checkpoints?

18               MR. GOODSTADT:     Objection.

19          That's not what he testified to.

20          Q.      Is that correct, sir?

21          A.      No.

22          Q.      Well, I'll break it down, then.

23   You testified about 2003.  Let's go to 2004.

24   Did you complain to Chief Paridiso about

25   this direction to chauffeur people?

1                           E. Carter

2          A.     No.

3          Q.     Did you complain to Trustee

4    Loeffler?

5          A.     No.

6          Q.     Did you complain to Mayor Rogers?

7          A.     No.

8          Q.     Did you complain to any trustee

9    members?

10         A.     No.

11         Q.     Did you raise a complaint with

12   News 12?

13         A.     No.

14         Q.     Newsday?

15         A.     No.

16         Q.     Local village paper?

17         A.     No.

18         Q.     Any other media outlet?

19         A.     No.

20         Q.     Okay.  2005, did you complain to

21   Chief Paridiso about chauffeuring and

22   leaving the village short?

23         A.     No.

24         Q.     Did you complain to Mayor --

25   Mayor Rogers?

1                            E. Carter

2          A.      No.

3          Q.      Did you complain to Chief

4   Loeffler -- I'm sorry, Trustee Loeffler?

5          A.      No.

6          Q.      Did you complain to any other

7   trustee?

8          A.      No.

9          Q.      Did you raise a complaint to News

10  12?

11         A.      No.

12         Q.      Newsday?

13         A.      No.

14         Q.      Any local newspaper?

15         A.      No.

16         Q.      Any other media outlet?

17         A.      No.

18         Q.      41, how many times did Mr. Hesse

19  instruct you to remove empty beer cans and

20  other refuse that uncertified officers

21  abandoned in their vehicles and left strewn

22  about the police station after a night on

23  duty?

24         A.      Every time it happened.

25         Q.      How many times did it happen in

```
 1                         E. Carter
 2     2003?
 3          A.      I can't give you an exact number.
 4     It was approximately every other weekend or
 5     every weekend that I'd come into the station
 6     and be throwing the stuff out, and I, you
 7     know, told him, "George, you know, this is
 8     bullshit.  I'm cleaning up beers and stuff
 9     in the police station."
10          Q.      How about 2004, how many times?
11          A.      Same.  It got -- 2004 -- 2005 was
12     the worst.  2004 was --
13          Q.      Did you complain in 2003 to
14     Hesse?
15          A.      About cleaning up, yes.
16          Q.      Did you complain in 2004 to
17     Hesse?
18          A.      Yes.
19          Q.      2005?
20          A.      Yes.  That's when it was really
21     bad.
22          Q.      In 2005, did you complain to
23     Chief Paridiso?
24          A.      No.
25          Q.      Trustee Loeffler?
```

1                          E. Carter

2        A.      No.

3        Q.      Mayor Rogers?

4        A.      No.

5        Q.      Any other trustee?

6        A.      No.

7        Q.      Newsday?

8        A.      No.

9        Q.      News 12?

10       A.      No.

11       Q.      Any other local paper?

12       A.      No.

13       Q.      Any other media outlet?

14       A.      No.

15       Q.      2004, did you complain to Chief

16   Paridiso?

17       A.      No.

18       Q.      Trustee Loeffler?

19       A.      No.

20       Q.      Mayor Rogers?

21       A.      No.

22       Q.      Newsday?

23       A.      No.

24       Q.      Any other trustee?

25       A.      No.

```
 1                        E. Carter

 2        Q.      News 12?

 3        A.      No.

 4        Q.      Any other local newspaper?

 5        A.      No.

 6        Q.      Any media outlet?

 7        A.      No.

 8        Q.      Anybody, other than Chief Hesse,

 9   did you complain to in 2004?

10        A.      He wasn't the chief then, so yes.

11   No.

12        Q.      Other than Mr. Hesse, did you

13   complain to anybody?

14        A.      No.

15        Q.      Same question for 2003, did you

16   complain to Chief Paridiso?

17        A.      No.

18        Q.      Trustee Loeffler?

19        A.      No.

20        Q.      Mayor Rogers?

21        A.      No.

22        Q.      Any other trustee?

23        A.      No.

24        Q.      News 12?

25        A.      No.
```

1                           E. Carter

2        Q.      Newsday?

3        A.      No.

4        Q.      Local newspaper?

5        A.      No.

6        Q.      Any other media outlet?

7        A.      No.

8        Q.      Okay.

9                MR. NOVIKOFF:     Changing the

10       tape.

11               THE VIDEOGRAPHER:     This ends

12       tape number five.  The time is 4:19

13       p.m.  Going off the record.

14               (A break was taken.)

15               THE VIDEOGRAPHER:     This begins

16       tape number six.  The time is 4:30 p.m.

17       Back on the record.

18       Q.      Okay.  Sir, let's go to paragraph

19     51 of your complaint.  Can you just read it

20     and tell me when you're done?

21       A.      (Reviewing).  I'm done.

22       Q.      Did Hesse ever instruct you not

23     to issue summonses to certain bars?

24       A.      Yes.

25       Q.      And to his clique of uncertified

```
 1                    E. Carter
 2    officers?  I'm sorry --
 3                    MR. GOODSTADT:    Objection.
 4        Q.    Yes, to -- so Mr. Hesse
 5    instructed you not to issue summonses to
 6    certain bars?
 7        A.    Yes.
 8        Q.    What bars?
 9        A.    The bartenders at CJ's Bar.
10        Q.    Any other bar?
11        A.    It was a bar owner from
12    Maguire's.
13        Q.    Okay.  Other than CJ's and
14    Maguire's, did Hesse instruct you not to
15    issue summonses to any other bars?
16        A.    No.
17        Q.    When did he first instruct you
18    not to issue summonses to these bars?
19        A.    Mine was an incident which
20    happened at CJ's with an underaged drinker
21    in 2005.  Yeah, fall of 2005.  Barry had
22    served a drink to a minor.
23        Q.    And how do you know it was a
24    minor?
25        A.    Just looking at him, and then I
```

1                          E. Carter

2    ID'd him in the police station.

3           Q.      Oh, you did ID him?

4           A.      Yes.

5           Q.      Okay.  And was the only time

6    Hesse instructed you personally not to issue

7    a summons to certain bars?

8           A.      Well, the second instance was

9    Jimmy Bets, the owner of Maguire's, was

10   driving down Bay Walk on his bicycle after

11   hours, no light.  I went to get him to write

12   him a summons for that, and Andy Bets went

13   inside.  Got George Hesse.  George came out.

14   Yelled at me.  Said, "You don't -- you don't

15   write tickets to Jimmy."  Gave Jimmy back

16   his license.  Sent him on his way.

17          Q.      When did that take place?

18          A.      That was the summer of 2005.

19          Q.      So we have one incident involving

20   CJ's in the fall of 2005 and one incident

21   involving Maguire's in the summer of 2005?

22          A.      With myself, yes.

23          Q.      Both with yourself?

24          A.      Yes.

25          Q.      Okay.  And any other incidences

1                          E. Carter
2    where he instructed you not to issue a
3    summons to a bar or someone who owned a bar
4    or to a bartender?
5         A.    No.
6         Q.    Didn't -- how about in 2004?
7         A.    Not that I recall.  No.
8         Q.    How about in 2003?
9         A.    No.
10        Q.    Okay.  In the first instance in
11   the summer of 2005, when in the summer of
12   2005?
13        A.    It was approximately July of
14   2005.
15        Q.    Okay.  And did you complain to
16   Hesse when he made this direct  -- gave you
17   this direction?
18        A.    Yes.
19        Q.    What did you say to him?
20        A.    I said, "George, you know, what
21   do you want me to do?"  And with that he
22   just -- "just get out of here.  Get out.
23   Get the back streets."  That was his thing.
24   He threw me on the back streets for the rest
25   of the night.

```
 1                    E. Carter
 2        Q.     The second time in the fall of
 3    2005, did you complain to Hesse?
 4        A.     Yes.
 5        Q.     What did you say to him?
 6        A.     Well, he was there when I said
 7    I'm going to go write Barry a summons over
 8    at CJ's.  He says, "No, you're not."  I just
 9    looked at him.  He goes, "They take care of
10    us over there.  They give us, you know, food
11    and drinks.  You're not writing him a
12    summons."  I said, "George, you know, what
13    are we going to do?"
14             I got the minor.  We wound up
15    calling his parents.  I had to drive the kid
16    out to the checkpoint.  Turn him over to his
17    parents.  George said he went to school with
18    the mother of the child.  And I just looked
19    at him.
20        Q.     Other than him telling you not to
21    issue a summons -- well, withdrawn.  What
22    did you -- how did you complain to George,
23    other than saying "George, what are we to
24    do"?
25        A.     Well, when he told me not to
```

```
 1                    E. Carter

 2  write the summons, I just looked at him

 3  like, "What do you want me to do with this?"

 4        Q.      With regard to the two instances

 5  in 2005 that you just testified to, did you

 6  notify Chief Paridiso?

 7        A.      No.

 8        Q.      Did you complain to Chief

 9  Paridiso?

10        A.      No.   The second one in the fall,

11  he was --

12        Q.      My question to you is did you --

13        A.      No.

14        Q.      -- complain to Chief Paridiso?

15        A.      No.

16        Q.      Complain to Trustee Loeffler?

17        A.      No.

18        Q.      Complain to Mayor Rogers?

19        A.      No.

20        Q.      Complain to any trustee?

21        A.      No.

22        Q.      Did you advise Newsday?

23        A.      No.

24        Q.      News 12?

25        A.      No.
```

1                      E. Carter

2        Q.      Any local newspaper?

3        A.      No.

4        Q.      Any other media outlet?

5        A.      No.

6        Q.      On 51, you then end it by saying
7    "Plaintiffs frequently complained to Hesse
8    about his unlawful directives he selectively
9    enforced the law by disregarding crimes and
10   other violations of law committed by Hesse's
11   friends."  Other than these two 2005
12   incidents, were you personally involved with
13   any other directive by Hesse to disregard
14   crimes and other violations of law committed
15   by Hesse's friends?

16       A.      There was an apartment at Ocean
17   Breeze and Bay Walk which whenever there was
18   an incident with underage -- because there
19   was underage youths up on the second floor,
20   George had to be notified, and I went there
21   with him one time.

22       Q.      Okay.  So on one occasion, you
23   went to this apartment with George Hesse
24   where you believe that there was underage
25   drinking going on?

1                          E. Carter

2          A.     I know for a fact there was.

3          Q.     How do you know for a fact?

4          A.     Because when we got there, George

5    knocked on the door.  They opened the door.

6    The youths had beer, Budweiser -- well,

7    bottles labeled Budweiser beer in their

8    hands and beer cups and other liquor laying

9    around.

10         Q.     And did you card these kids,

11   these individuals?

12         A.     No.

13         Q.     Did you do anything to verify

14   their age?

15         A.     I was aware of a couple of the

16   individuals who they were.

17         Q.     Who were these individuals?

18         A.     One was Paul Conway.

19         Q.     And who were the other

20   individuals that you knew?

21         A.     The other ones were his friends

22   which I personally never carded, but I was

23   told they were underage.

24         Q.     Who told you?

25         A.     The other officers.

343

1                           E. Carter

2          Q.      Oh, so there were other officers

3    there with you?

4          A.      At that time there was, and also,

5    from different instances of interacting with

6    these youths.

7          Q.      But you weren't there on the

8    other instances, you were only there with

9    Hesse on this one occasion?

10         A.      Yes.

11         Q.      And when was this occasion?

12   What's the month, date and year?  Month and

13   year?

14         A.      The month would have been July of

15   '05.

16         Q.      Okay.  And did you complain to

17   Hesse -- well, what did Hesse do when you

18   showed up with him?

19         A.      He got everybody out of the

20   apartment and sent them on their way.

21         Q.      Okay.  And were there any other

22   officers with you at this time with Hesse?

23         A.      There were two which I don't

24   recall at this time.

25         Q.      Okay.  And did you complain to

```
 1                    E. Carter
 2    Hesse about this?
 3          A.      No.
 4          Q.      Did you advise Paridiso of what
 5    Hesse did?
 6          A.      No.
 7          Q.      Did you advise Loeffler?
 8          A.      No.
 9          Q.      Rogers?
10          A.      No.
11          Q.      Any other trustee?
12          A.      No.
13          Q.      Newsday?
14          A.      No.
15          Q.      News 12?
16          A.      No.
17          Q.      Any other media outlet?
18          A.      No.
19          Q.      Okay.  So we have two
20    incidents -- two incidences in 2005
21    involving a bar owner or a bartender and
22    this incident involving minors in an
23    apartment.  Any other incident that you were
24    personally involved in with Hesse where he
25    disregarded crimes and other violations of
```

1                          E. Carter

2     law committed by his friends?

3           A.      No.

4           Q.      Okay.  So paragraph 54, next

5     page.  Please read 54 and advise me when

6     you're done.

7           A.      (Reviewing).  I'm finished.

8           Q.      What involvement, if any, did you

9     have in any allegation that's set forth in

10    paragraph 54?

11          A.      The apartment I was just talking

12    about is this one.

13          Q.      Okay.

14          A.      I did see the Bosettis up on the

15    balcony on another occasion with open

16    alcohol.

17          Q.      With the group -- with a group of

18    minors?

19          A.      The same minors that were there

20    the first time.

21          Q.      And did you complain to George

22    Hesse about the Bosettis being on this

23    balcony?

24          A.      No.

25          Q.      Did you complain to Paridiso?

1                          E. Carter

2          A.      No.

3          Q.      Anybody?

4          A.      No.

5          Q.      Why not?  Well, withdrawn.  Why

6    didn't you complain to Hesse about this?

7          A.      First off, I don't think Hesse

8    was on.

9          Q.      What's that?

10         A.      I don't think Hesse was working

11   at that time.

12         Q.      Who would have been in charge if

13   Hesse wasn't working?

14         A.      There was no supervisor when

15   Hesse was off or Paridiso.

16         Q.      Okay.  Why didn't you advise

17   Hesse the next time you saw him?

18         A.      I just didn't because I saw the

19   previous complaints and stuff of the

20   drinking and these guys -- these two

21   officers, Rich and Gary, were the same ones

22   with the drinking in the vehicles and stuff

23   going nowhere.  So the more  -- you know,

24   the squeaky wheel gets the attention, and

25   the attention would be I'd probably be put

```
 1                          E. Carter
 2    out the door.
 3          Q.     You'd probably be put out the
 4    door?
 5          A.     Probably be fired is my feeling.
 6          Q.     You complained in 2003 about
 7    various things, correct?
 8          A.     Yes.
 9          Q.     You were a squeaky wheel in 2003,
10    right?
11          A.     Yes.  Because directly affecting
12    me.
13          Q.     Okay.  You weren't fired then,
14    were you?
15          A.     No.
16          Q.     You were a squeaky wheel in 2004
17    and you weren't fired then, right?
18          A.     Correct.
19          Q.     Okay.  Go to 57.  Did Hesse ever
20    ridicule you when you made a complaint to
21    him?
22          A.     I was called a rat.
23          Q.     By Hesse?
24          A.     By other officers I --
25          Q.     My question to you, sir, is did
```

```
 1                    E. Carter
 2  Hesse ever ridicule you?
 3        A.     Yes.
 4        Q.     Okay.  When did he ridicule you
 5  for the first time after you made a
 6  complaint?
 7        A.     It was -- the one time was with
 8  Jimmy Bets in 2005.
 9        Q.     That was the bicycle incident?
10        A.     Yes.
11        Q.     Or the minor?
12        A.     That was the bicycle incident.
13        Q.     Okay.  How did he ridicule you?
14        A.     He sent me to the back street,
15  taking me off patrol on the Bay Walk and
16  letting everybody know what happened.
17        Q.     Well, let's -- you think putting
18  you on the back street is ridiculing you?
19        A.     It was punishment for stopping
20  Jimmy Bets.
21        Q.     Okay.  Now when you said he put
22  you on the back street, what does that mean?
23        A.     To patrol midway, there was an
24  area which basically he used partly for a
25  punishment.
```

1                    E. Carter

2        Q.     Other officers get put on the

3    back streets, to your knowledge?

4        A.     There were a couple.

5        Q.     Who?

6        A.     Frank Fiorillo.  Joe Nofi.

7        Q.     Anybody else, to your knowledge?

8        A.     No.

9        Q.     How many times did he put you on

10   the back street?

11       A.     Two that I recall at this time.

12       Q.     In -- since 2001?

13       A.     Yes.

14       Q.     Were the back streets supposed to

15   be patrolled?

16       A.     Yes.

17       Q.     Was that an assignment that was

18   given out to all of the officers at some

19   point in time, other than for punishment?

20       A.     No.

21       Q.     Then who patrolled the back

22   streets?

23       A.     We would do it -- coming off Bay

24   Walk, we would do it.  But he specifically

25   just sent me back there.

                           E. Carter

1

2        Q.      No.  I understand.  You're

3    claiming in this instance -- actually, in

4    two instances that he punished you?

5        A.      Yes.

6        Q.      By putting you on the back

7    street.  I get that.  I guess my question --

8    my question to you is -- I think you

9    answered it -- was the back streets were

10   part of the normal duties and

11   responsibilities of the police officers

12   during at least your shifts, correct?

13       A.      During the regular patrol, yes.

14       Q.      Right.  And it was the

15   responsibility of some officer on a normal

16   basis to patrol the back streets, right?

17       A.      Yes.

18       Q.      All right.

19       A.      He was limiting you to just the

20   back streets.

21       Q.      I understand that.  But just so

22   I'm not confused, patrolling the back

23   streets was something that was -- was

24   something that was needed to be done as part

25   of the overall responsibilities of the

1                          E. Carter

2   police department during a particular shift,

3   correct?

4           A.      Yes.

5           Q.      All right.  Did anyone ever go

6   get beaten up on the back streets, to your

7   knowledge?

8           A.      Assaults.  You mean civilians?

9           Q.      Yes.

10          A.      Yes.

11          Q.      How many times since 2001?

12          A.      I couldn't even give you numbers.

13          Q.      Any officer ever get assaulted on

14  the back streets, to your knowledge, while

15  you were on duty?

16          A.      No.

17          Q.      What were the back streets?

18  Without looking at a map of Ocean Beach,

19  describe for me what the back streets are.

20          A.      From midway south.

21          Q.      How many blocks are we talking

22  about?

23          A.      It's approximately eight blocks

24  and nine blocks.

25          Q.      And were there lights on the back

1                          E. Carter

2    streets?

3          A.       No.

4          Q.       Did you have a flashlight?

5          A.       Yeah.

6          Q.       Okay.  Any other instance that

7    you recall Hesse ridiculing you for making a

8    complaint?

9          A.       Just what you heard secondhand,

10   not firsthand.

11         Q.       Ridicule -- okay.  So what did --

12   what did you hear that Hesse said about you

13   that you believe was ridicule after you made

14   a complaint?

15         A.       "Carter's bitching he's got to

16   clean the station."  You know, "too bad."

17   "He's bitching.  He's got to clean up after

18   you guys."

19         Q.       Okay.  Anything else?

20         A.       Not that I recall at this time.

21         Q.       Did Hesse ever undermine your

22   authority in front of a civilian?

23         A.       Yes.

24         Q.       When was the first time he did

25   this?

1                    E. Carter

2          A.      Jimmy Bets.

3          Q.      Okay.  So that was -- that was

4    2005?

5          A.      Yes.

6          Q.      And how did he undermine your

7    authority?

8          A.      He made me give him back his

9    license and had him ride off with the

10   bicycle.

11         Q.      Was that the first time Hesse

12   ever undermined your authority in front of a

13   civilian?

14         A.      That I recall, yes.

15         Q.      Okay.  58, 59 and 60, do you have

16   any personal knowledge of any of these

17   allegations?

18         A.      60.  Um, 60.

19         Q.      What -- what about 60 do you have

20   personal knowledge of?

21         A.      I helped Frank Fiorillo and a

22   dock master bring a file cabinet upstairs

23   from the north cellar of the police station.

24         Q.      From the what?

25         A.      North cellar of the police

```
 1                    E. Carter
 2   station, and secure it in the small bedroom
 3   to the left.
 4        Q.     Was this before or after
 5   Mr. Bosetti alleged threw the file cabinet
 6   into the Great South Bay?
 7        A.     Prior.
 8        Q.     Okay.  Did you ever see -- did
 9   you witness Bosetti throw the file cabinet
10   into the Great South Bay?
11        A.     No.
12        Q.     So your only knowledge about
13   what's alleged in paragraph 60 is the fact
14   that you helped bring the file cabinet up
15   from the basement?
16        A.     Well, from the police station.
17        Q.     From the police station.
18        A.     Prior to the incident which had
19   the police tapes in it.
20        Q.     Okay.  How about 61 and 62, do
21   you have any personal knowledge of anything
22   that's been alleged in 61 and 62?
23        A.     61?
24        Q.     Um-hum.
25        A.     I was there 61.
```

1                          E. Carter

2        Q.      You were where in 61?

3        A.      I saw Frank stand at the corner

4   of Denhoff and Bay Walk and he told me he

5   was ordered to be there.

6        Q.      Okay.  So you were told by

7   Mr. Fiorillo what Mr. Hesse allegedly said

8   to him?

9        A.      Hesse stated to me prior to that

10  that he was -- he was actually pissed off at

11  Frank because he told him to wash the cars,

12  the truck, and Frank told him no, he had

13  done it the night before and there's other

14  guys in the police department that -- again,

15  this is coming from Hesse -- that he didn't

16  think it was fair for him to keep having to

17  do it.

18       Q.      Did you complain to Hesse -- did

19  you complain to Paridiso about anything in

20  61 and 62?

21       A.      Nothing -- had nothing really to

22  do with me.  No.

23       Q.      So -- and it would be fair to say

24  you didn't complain to anybody else about

25  what took place in 61 and 62, correct?

1                      E. Carter

2          A.      Correct.

3          Q.      Okay.  Now you were not in the

4    bar during the alleged Halloween incident,

5    correct?

6          A.      Correct.

7          Q.      And you were not part of any

8    investigation into the Halloween incident,

9    correct?

10         A.      Except what was put on the blog,

11   correct.  That I did official misconduct.

12   Falsified paperwork.

13         Q.      Putting aside what someone may

14   have said on the blog, you were not involved

15   in any of investigative aspect of the

16   Halloween incident, were you?

17         A.      No.  I just had firsthand

18   knowledge what George told me.

19         Q.      Other than what George told you,

20   George didn't ask you to investigate the

21   incident, did he?

22         A.      No.

23         Q.      Paridiso didn't ask you to

24   investigate?

25         A.      No.

1                         E. Carter

2          Q.     No one asked you to investigate?

3          A.     No.

4          Q.     And you didn't witness it?

5          A.     No.

6          Q.     So any information you would have

7     about the Halloween incident would not come

8     from your own personal -- your own personal

9     involvement, correct?

10         A.     Except --

11         Q.     Other than -- except other than

12    what Hesse would have told you?

13         A.     Correct.

14         Q.     Okay.  Let's go to paragraph 71.

15         A.     (Reviewing).

16         Q.     Well, actually, 75.  I'm sorry.

17         A.     I'm sorry, 75?

18         Q.     Yes.

19         A.     (Reviewing).

20         Q.     When did Hesse advise you that he

21    thought Snyder's report was a piece of shit?

22                MR. GOODSTADT:    Just make sure

23         you read it before you answer it,

24         please.

25         Q.     Just read it for one second and

1                    E. Carter

2  then tell me.  Are you done?

3        A.     Yes, sir.  After the incident

4  occurred, I was relieving Hesse on Sunday

5  and Mondays.  The exact date I can't tell

6  you.  But he held a piece of paper similar

7  to this and said, "Carter, see this?  See

8  this piece of shit?  This is a piece of

9  shit."  He goes -- I looked at him.  He

10  says, "They're fucking cops."  I said, "What

11  are you talking about?"  He goes, "They're

12  fucking cops.  My stomach's got knots in it.

13  They're fucking cops.  They should have took

14  care of them and they're fucking cops." I

15  was like, "George what are you talking

16  about?"  And it was a couple -- Tom Snyder's

17  statement that George asked him to write.

18  It was basically a 2042, that internal

19  correspondence.

20        Q.     About the Halloween incident?

21        A.     Yes.

22        Q.     Did you ever look at Snyder's

23  statement prior to Hesse waving it in your

24  face and making the statement that he did?

25        A.     No.

1                        E. Carter

2         Q.      Did you ever look at Snyder's

3    statement after Hesse waved it in your face

4    and said what he said?

5         A.      I might have seen it in

6    discovery, but that would have been it.

7         Q.      Right.   When I say -- I mean

8    before April 2, 2006?

9         A.      No.

10        Q.      Did you inquire with Hesse as to

11   what he meant when he said that "this was a

12   piece of shit"?

13        A.      Yeah.   I had said to him, you

14   know, "What are you talking about?"   He

15   said, "This -- this is bullshit.   You know,

16   it's crap.   I got knots in my stomach.

17   They're fucking" -- he was really enraged.

18   It was at the checkpoint, the lighthouse.

19   And you know, I never -- I told him, I said,

20   "I never read it."   So he said, "This

21   isn't -- this isn't what happened."   I don't

22   know.

23        Q.      Did he tell you -- did you ask --

24   did you say anything else to Hesse?

25        A.      At that time, no.   He was waiting

                 PRECISE COURT REPORTING
      (516) 747-9393   (718) 343-7227   (212) 581-2570

```
 1                          E. Carter

 2     for Ann, the court clerk, to come in to

 3     drive her in.

 4          Q.     How about after this evening, did

 5     you say anything to Hesse about Snyder's

 6     report concerning the Halloween incident?

 7          A.     Snyder's report, no.

 8          Q.     Okay.  Well, that was the report

 9     he was calling a piece of shit, right?

10          A.     Yes.

11          Q.     94, page 22.

12          A.     (Reviewing).

13          Q.     Did Hesse make the statement

14     concerning a kinder and gentler police

15     department to you?

16          A.     No.

17          Q.     Were you in his presence when he

18     made this statement?

19          A.     I actually read this statement in

20     a local newspaper.  I believe the Fire

21     Island News.

22          Q.     So other than what you may have

23     read, you have no personal knowledge as to

24     Hesse's alleged statement set forth in

25     paragraph 94, right?
```

```
 1                    E. Carter
 2         A.     Yes.
 3         Q.     Okay.  Did you make any
 4   complaints -- well, withdrawn.  95.  Did
 5   anyone at the meeting  -- well, who, if
 6   anyone, at the meeting, at the April 2, 2006
 7   meeting advised you that Hesse said about
 8   you specifically that you were a rat?
 9         A.     My belief is he told everybody
10   about by wearing a wire, I'm a rat.
11         Q.     No.  But who told you  -- you
12   weren't at that meeting?
13         A.     No.
14         Q.     So who told you, if anyone, that
15   Hesse called you specifically a rat?
16         A.     That I was going to wear the
17   wire?  That would have been through Chris
18   Moran.  Otherwise --
19         Q.     Did Chris Moran ever advise you
20   that Hesse said, in Moran's presence, that
21   you, Ed Carter, was a rat?
22         A.     No.  I was accused of being a
23   civil service rat previously, but no.
24         Q.     Who accused you of being a civil
25   service rat?
```

                              E.  Carter

1

2        A.       Ty  Bacon.   Rich  Bosetti.   Gary

3   Bosetti.   Several  of  the  uncertified

4   officers.

5        Q.       When  did  they  first  accuse  you  of

6   being  a  civil  service  rat?

7        A.       2004.

8        Q.       Okay.   And  how  many  times  did

9   they  call  you  a  rat,  a  civil  service  rat?

10       A.       Oh,  it  continued  up  until  we

11  left.   I  was  --  2005  I  actually  wound  up

12  helping  George  Hesse  trying  to  get  the  guys

13  certified  to  end  it  to  show  that,  you  know,

14  I  wasn't.   Got  a  copy  of  the  applicant

15  packet  from  Quogue  Police  Department  from

16  Police  Officer  Friun  that  I  went  to  the

17  academy  with  back  in  '91,  because  they  were

18  trying  to  take  the  background  and  the

19  pre-polygraph  questions  from  the  Suffolk

20  County  Police,  which  was  knocking  several

21  officers  throughout  Ocean  Beach  and  all  the

22  other  towns  and  villages  out,  and  they  were

23  going  to  do  their  own  background  and

24  pre-polygraph  questions.

25  MO             MR.  NOVIKOFF:      Motion  to

1                    E. Carter

2        strike.

3            Q.      How many times were you accused

4    by these uncertified officers of being a

5    civil service rat?

6            A.      Ty Bacon, at least three times.

7    Rich and Gary Bosetti in my presence, two to

8    three times.  Bill Embreui, one time.

9            Q.      All starting in 2004?

10           A.      2004 and going into 2005, yes.

11           Q.      Right.  And did George Hesse ever

12   call you a civil service rat?

13           A.      George Hesse said to me -- did he

14   call it to my face?  No.

15           Q.      That's what I'm saying.  Did

16   George Hesse ever call you, to your face, a

17   civil service rat?

18           A.      No.

19           Q.      Did anyone ever tell you, prior

20   to April 2, 2006, that George Hesse called

21   you a civil service rat?

22           A.      No.

23           Q.      Now when did George Hesse ask you

24   to help out with getting uncertified

25   officers to be certified?

1                    E. Carter

2            MR. GOODSTADT:    Objection.

3            MR. NOVIKOFF:    Well, withdrawn.

4       Q.    Did George Hesse ever ask you to

5   assist him in trying to get uncertified

6   officers to become certified?

7       A.    No.

8       Q.    What involvement, if any, did you

9   have with George Hesse with regard to trying

10  to get uncertified officers to become

11  certified?

12      A.    What happened was by me being

13  called a civil service rat -- which I

14  wasn't, I never contacted civil service -- I

15  told George -- George was going through --

16  he was trying to find pre-polygraph

17  questions on the computer one day when I was

18  working with him, and I said I had a friend

19  who was the applicant investigator out at

20  Quogue Police Department, and I called Mike

21  and he faxed me that paperwork.

22            MR. NOVIKOFF:    Okay.  Just give

23       me a couple minutes.  Maybe we're --

24       maybe I'm done with this aspect of it.

25            THE VIDEOGRAPHER:    The time is

```
 1                    E. Carter
 2        4:58 p.m.  Going off the record.
 3               (A break was taken.)
 4               THE VIDEOGRAPHER:    Time is 4:59
 5        p.m.  Back on the record.
 6        Q.     Sir, I showed you a few emails
 7   today concerning communications by and
 8   between you and the other Plaintiffs in this
 9   action, do you recall that?
10        A.     Yes.
11        Q.     Since April 2, 2006, have you
12   communicated with the Plaintiffs via email,
13   other than what I've showed you today?
14        A.     No, sir.
15        Q.     So these would have been -- to
16   your knowledge, these would have been the
17   only emails that exist between you and the
18   other Plaintiffs concerning the subject
19   matter of this lawsuit?
20        A.     Without going through my lawyer,
21   yes.
22        Q.     What do you mean without going
23   through your lawyer?
24        A.     I would have possibly emailed
25   stuff to my lawyer.
```

                        E. Carter

1

2        Q.     Yeah.   I'm not interested in what

3    you may have emailed your lawyer.   I'm

4    talking about specifically between you and

5    any of the other Plaintiffs, without any

6    copies to your lawyers.

7        A.     Yes.

8        Q.     Have you emailed them concerning

9    the subject of this lawsuit after April 2,

10   2006, other than what I showed you?

11       A.     Not to my knowledge, no.

12       Q.     And do you have any documents in

13   your possession, custody or control that

14   would refresh your recollection?

15       A.     No.

16       Q.     Do you maintain the same computer

17   today as you did on April 2, 2006?

18       A.     Yes.

19            MR. NOVIKOFF:    I have nothing

20       further.

21   EXAMINATION BY

22   MS. ZWILLING:

23            MS. ZWILLING:    Good afternoon.

24       As I mentioned earlier, I represent the

25       Suffolk County Defendants.   My name is

1                    E. Carter

2          Arlene Zwilling.  I have just a few

3          questions for you and I promise we'll

4          get you out of here as soon as

5          possible.

6          Q.     You made some references to

7     checkpoints.  Can you explain what those

8     checkpoints are?

9          A.     It's the lighthouse, Fire Island

10    lighthouse on Ocean Beach.  Actually, it's

11    actually in Kismet on -- when you first come

12    off Robert Moses field five off the paved

13    part of the roadway, there's a lighthouse

14    there.

15         Q.     Would that be the area where

16    people park their cars to get access to the

17    rest of the Island?

18         A.     Only police officers, members of

19    Fire Island FINS.  I don't know if the

20    Suffolk County Police use that as a

21    checkpoint either.  And it's controlled by a

22    gate.

23         Q.     Did you attend the Suffolk County

24    police academy?

25         A.     Yes.

1                     E. Carter

2        Q.      When?

3        A.      January 1991 to June 1991.

4        Q.      And was your class composed only

5   of Ocean Beach police officers or were there

6   recruits of other departments in the class

7   as well?

8        A.      Recruits of other departments in

9   the class.

10       Q.      How many recruits were in the

11  class?

12       A.      Approximately, we started out

13  with 52 to 57.  We graduated approximately

14  30 to 31.

15       Q.      Now you mentioned that you may

16  have seen a picture of Alison Sanchez.

17  Where is it you believe you saw her photo?

18       A.      In a local paper, like the Fire

19  Island  -- not the Fire Island -- excuse me.

20  The Suffolk County News.

21       Q.      Do you know which Suffolk County

22  local newspaper it was?

23       A.      The -- that's what I believe it's

24  called.  The one they send you -- they used

25  to send you for free.  They stopped sending

1                      E. Carter

2     you.

3          Q.      Would it be Suffolk Life?

4          A.      Suffolk Life.  I'm sorry.

5          Q.      And was her photo in the Suffolk

6     Life in conjunction with some sort of

7     article?

8          A.      There was a photo of her and her

9     partner.

10         Q.      And what was her partner's name?

11         A.      I don't recall.

12         Q.      Do you recall the gender of her

13    partner?

14         A.      It was a female.

15         Q.      Do you know if Alison Sanchez is

16    presently married?

17         A.      No, I don't.  According to that

18    article -- I don't know.  No.  At this time,

19    no.

20         Q.      What prosecutor from the Suffolk

21    County District Attorney's office did you

22    have contact with?

23         A.      The prosecutors?

24         Q.      Yes.

25         A.      The -- Ray Tierney and

```
 1                      E. Carter
 2    Biancavilla I believe his name.
 3    Biancavilla.  I don't know if that's the
 4    correct name.  The prosecutor that's
 5    handling the case now with Ocean Beach.
 6          Q.     Have you ever been to the Suffolk
 7    County Civil Service Department on any
 8    occasion?
 9          A.     Yes.
10          Q.     On how many occasions have you
11    been there?
12          A.     Approximately three.
13          Q.     And can you tell me when those
14    occasions were?
15          A.     One I know of was in 2005 when I
16    was inquiring about the park ranger three
17    test.  When it was last given and if there
18    was a list.  The other time was to file for
19    the park ranger one test.
20          Q.     When was that?
21          A.     Approximately -- the year would
22    have been -- I was appointed in 1989.
23    Approximately '87 maybe.  '88.  And the
24    third time would have been to just pick up
25    the brochure.  I walked in and walked out
```

1                            E. Carter
2      back in the mid '90s.
3            Q.    Did you ever discuss  --
4            A.    I'm sorry.  Also, I took my oral
5      psychologicals there.
6            Q.    When was that?
7            A.    For the park ranger, it would
8      have been approximately 19 -- I was
9      appointed in 1989.
10           Q.    At any time, have you ever
11     discussed any matters concerning the Ocean
12     Beach Police Department with anyone from the
13     Suffolk County Civil Service Department,
14     either in person or over the phone?
15           A.    No.
16           Q.    Have you ever exchanged
17     correspondence, either hardcopy or email,
18     with anyone from the Suffolk County Civil
19     Service Department in connection with Ocean
20     Beach Police Department matters?
21           A.    No.
22           Q.    Have you ever had a conversation
23     with Alison Sanchez, either in person or
24     over the telephone?
25           A.    Not that I'm aware of.

1                          E. Carter

2         Q.      Have you ever exchanged any

3    correspondence, either hardcopy or email,

4    with Alison Sanchez about any matter?

5         A.      No.

6         Q.      To the best of your knowledge,

7    have you ever observed George Hesse in the

8    presence of Alison Sanchez?

9         A.      Observed him, no.

10        Q.      Did George Hesse ever tell you

11   that he had any type of sexual encounter or

12   relationship with Alison Sanchez?

13        A.      He told several officers one

14   night in the station, in the summer of 2005

15   when he was taking care of the civil service

16   uncertifieds, he had said that he had taken

17   her out to lunch a couple times, and I

18   believe her name was Alison Chester.

19        Q.      Were you present when he made

20   these statements?

21        A.      Yes.

22        Q.      What exactly did he say at the

23   time?

24        A.      He said, "You guys got nothing to

25   worry about," talking to the officers that

1                        E. Carter

2    were in the room.  That "I have a friend at

3    civil service.  I've taken out -- I took her

4    out to lunch the other day.  We got

5    everything squared away, and you guys have

6    no problem.  We're going to be taking over

7    the applicant investigations," and Arnold

8    Hardman looked at George and he said,

9    "George, you're banging her, aren't ya," and

10   George looked at him and laughed.  And he

11   said, "Yeah.  I'd like to get her partner,

12   too."  And with that, you know, I just

13   looked at George like "you're -- you're

14   fucked up," and I walked out of the room.

15        Q.    Is that what you said to him at

16   the time?

17        A.    I mumbled it to myself as I

18   walked out of the room.

19        Q.    And did George Hesse ever state

20   in your presence at any other time that he

21   had sexual relations with Alison Sanchez?

22        A.    No.

23        Q.    Did anyone else ever state to you

24   that George Hesse had had sexual relations

25   with Alison Sanchez?

```
 1                    E. Carter
 2         A.    No.
 3                MS. ZWILLING:    No further
 4    questions.
 5                MR. GOODSTADT:    This is George
 6    Hesse's lawyer.
 7    EXAMINATION BY
 8    MR. CONNOLLY:
 9         Q.    Mr. Carter, how would town
10    employees or police officers with Ocean
11    Beach access the Island?
12         A.    There was two ways; either by
13    boat, the ferry or we would go across the
14    Robert Moses Causeway.
15         Q.    And at that point, you would park
16    your vehicle at the Fire Island Lighthouse,
17    the checkpoint?
18         A.    Yes.
19         Q.    And how would you get from the
20    checkpoint to the village?
21         A.    In -- normally, if the --
22    hopefully the truck was up and running, you
23    went by truck or water taxi, or you -- a
24    couple guys a few times had to drive their
25    own vehicles in.
```

1                          E. Carter
2          Q.      And, similarly, how would you get
3    from the village back to the checkpoint?
4          A.      The same way.
5          Q.      Did any officers ever pick you up
6    at the checkpoint?
7          A.      To drive me into work, yes.
8          Q.      Okay.  And did any officer ever
9    take you from the village to the checkpoint?
10         A.      Yes.
11         Q.      And were those officers on duty
12   when they did that?
13         A.      Yes.  As far as I know, yes.
14         Q.      Back when you took the
15   examination for park ranger three, did any
16   other Town of Islip employees take the test?
17         A.      Yes.
18         Q.      And to your knowledge, what was
19   the passing grade?
20               MR. GOODSTADT:    Objection.
21         A.      I don't know.  I couldn't answer
22   that.
23         Q.      Did you ever learn of the scores
24   of any of the other individuals from the
25   Town of Islip as to that exam?

1                    E. Carter

2        A.      The actual score, no.  I know one

3    other person failed it.

4        Q.      And how many people took it?

5        A.      There was only two able to take

6    it in Islip and two in Smithtown.

7        Q.      Have you ever spoken to any

8    attorneys or investigators, other than your

9    attorneys in this case or the Suffolk County

10   DA attorneys, regarding either the Gilbert

11   incident or any of the allegations contained

12   in your complaint?

13            MR. GOODSTADT:    Objection.  To

14        the extent that you were seeking legal

15        advice from any attorneys, that should

16        be included in the group of attorneys

17        that you're not to testify to.

18            MR. NOVIKOFF:    I think he can

19        answer if he's ever spoken to them as

20        opposed to what he said to them.

21            MR. CONNOLLY:    My question

22        doesn't mean anybody in connection with

23        this case.

24            MR. GOODSTADT:    Or any of his

25        lawyers in connection with anything, or

```
 1                    E. Carter
 2        any lawyer that he's gone to seek legal
 3        advice from is privileged.  It doesn't
 4        matter if it's not in connection with
 5        this lawsuit.
 6             MR. CONNOLLY:    Fine.  I'm not
 7        asking what he spoke to -- I'm not
 8        concerned about any advice you may have
 9        been seeking.
10        Q.    I'm concerned has anyone ever
11   approached you and asked you questions
12   regarding those incidents or those claims?
13             MR. GOODSTADT:    Objection.
14        Same instruction.
15             MR. NOVIKOFF:    I oppose that
16        objection.  I think if the question is
17        has any attorney approached you to
18        discuss with you X, Y and Z, that's a
19        legitimate question.  If the question
20        is what did these attorneys say to you
21        in this conversation, then I think that
22        is certainly protected.
23             MR. GOODSTADT:    Well, I would
24        disagree.  If you were to ask has any
25        attorney that you've never sought legal
```

```
 1                    E. Carter
 2      advice from or represented you, I agree
 3      with that.  But --
 4           MR. NOVIKOFF:    Okay.
 5           MR. GOODSTADT:    But just so you
 6      know for the record, any topic that
 7      he's ever spoken with a lawyer,
 8      regardless of telling the extent of
 9      what was discussed, that's still
10      privileged.  Yes, we discussed the
11      Gilbert incident.  That's privileged.
12           MR. NOVIKOFF:    I think the
13      question -- and tell me if I'm wrong,
14      Kevin -- I think the question that's
15      being posed is, for example, has
16      Gilbert's attorney approached you to
17      discuss anything involving the Gilbert
18      case, and if the answer is yes, then
19      certainly the next question would go
20      into what did Gilbert's attorney say,
21      because there's no attorney/client
22      privilege there.
23           MR. GOODSTADT:    That's assuming
24      there's no attorney/client privilege.
25           MR. NOVIKOFF:    That's assuming,
```

1                         E. Carter

2          right.

3          Q.     Has any attorneys approached you

4    to question you or get information from you

5    regarding the Gilbert matter?

6               MR. GOODSTADT:     Again, same

7          instruction.

8          A.     Can I answer?

9               MR. GOODSTADT:     To the extent

10         that it's not a lawyer that you have

11         sought legal advice from or who has

12         represented you in any matter, then the

13         answer is you can answer.

14         A.     No.

15              MR. CONNOLLY:     I have no

16         further questions.  Thank you.

17              MR. GOODSTADT:     I don't have

18         any questions.

19              (Continued on next page for

20         jurat.)

21

22

23

24

25

```
 1                  E. Carter

 2          THE VIDEOGRAPHER:     This

 3    completes today's deposition for Edward

 4    Carter on September 16, 2008.   The time

 5    is 5:12 p.m. and we are off the record.

 6

 7                  _____

 8                  THOMAS SNYDER

 9

10    Subscribed and sworn to

11    before me this  _____  day

12    of  _____  2008.

13

14    _____

15          NOTARY PUBLIC

16

17

18

19      .

20

21

22

23

24

25
```

```
1
2                    INDEX TO EXHIBITS
3     CARTER                                        PAGE
4     1     Notice of Claim.                         22
5     2     Document Bates stamped 9270.             99
6     3     Internal correspondence dated
7           December 6, 2005.                       120
8     4     Internal correspondence dated
9           January 23, 2006.                       124
10    5     Email dated 5/15/06.                    162
11    6     Suffolk County Civil Service
12          Eligible List.                          181
13    7     Letter to Mr. Carter dated September
14          8, 2006.                                200
15    8     Email dated 3/23/07.                    265
16    9     Email dated 3/30/2007.                  267
17    10    Document Bates stamped 000284
18          through 000383.                         268
19                    .
20                    INDEX TO INSERTS            PAGE
21    The date Mr. Carter retained
22          Mr. Goodstadt's law firm to
23          represent him.                          105
24
25
```

1

2

3                          I N D E X                    PAGE

4     RQ(s)

5     Production of Mr. Carter's driver's

6          license.                                101

7     Production of copies of all pictures in

8          Mr. Carter's custody, possession or

9          control that would show what his

10         hair looked like prior to 2005,

11         going back to when he was 21.        101

12

13    DI (Pages) 25, 71, 249

14

15    RL (Pages) 24

16

17    MO (Pages) 12, 45, 113, 132, 137, 213, 225,

18    227, 230, 263, 326, 362

19                              .

20    EXAMINATION BY

21         MR. NOVIKOFF:          6

22         MS. ZWILLING:        366

23         MR. CONNOLLY:        374

24

25

1

2                                           C E R T I F I C A T I O N

3

4

5              I, Edward Leto, a Notary Public

6    in and for the State of New York, do hereby

7    certify:

8              THAT the witness(es) whose

9    testimony is herein before set forth, was

10   duly sworn by me; and

11             THAT the within transcript is a

12   true and accurate record of the testimony

13   given by said witness(es).

14             I further certify that I am not

15   related either by blood or marriage, to any

16   of the parties to this action; and

17             THAT I am in no way interested in

18   the outcome of this matter.

19             IN WITNESS WHEREOF, I have

20   hereunto set my hand this 28th day of

21   September, 2008.

22

23

24   ---------------------------------

25             EDWARD LETO

```
 1
 2                    ERRATA SHEET.
 3      I wish to make the following changes,
 4   for the following reasons:
 5   PAGE LINE
 6   ____ ___CHANGE:_____
 7          REASON:_____
 8   ____ ___CHANGE:_____
 9          REASON:_____
10   ____ ___CHANGE:_____
11          REASON:_____
12   ____ ___CHANGE:_____
13          REASON:_____
14   ____ ___CHANGE:_____
15          REASON:_____
16   ____ ___CHANGE:_____
17          REASON:_____
18   ____ ___CHANGE:_____
19          REASON:_____
20   ____ ___CHANGE:_____
21          REASON:_____
22   ____ ___CHANGE:_____
23          REASON:_____
24   ____ ___CHANGE:_____
25          REASON:_____
```

## 0

**000284** 268:20, 24
**000383** 268:25
**05** 122:12; 195:3, 6; 254:25; 343:15
**06** 145:16; 195:3; 254:25; 262:13; 278:25; 288:2
**06-5603-30** 181:25
**07** 217:14; 296:23
**07-civ-1215(SJF)(ETB** 4:10
**08** 217:15, 15

## 1

**10** 151:6, 8; 282:7
**100** 89:11; 133:2, 4; 207:5; 242:4; 266:9, 13; 267:24; 326:11
**109** 206:22, 23; 228:15, 18; 229:5; 236:6; 251:5
**10:00** 5:13
**10:45** 65:24
**10:55** 66:4
**110** 256:15; 257:6
**110's** 257:7
**113** 257:13; 259:4
**114** 261:17
**11706** 6:3
**11:30** 319:23
**11:54** 133:24
**12** 126:17; 127:12; 197:3, 5, 15, 23; 245:14; 264:13; 265:13; 328:24; 330:12; 331:10; 333:9; 334:2, 24; 340:24; 344:15
**12:00** 52:5; 53:25; 54:8; 66:20; 119:5, 10; 306:7, 7; 319:23
**12:00s** 305:23
**12:09** 134:4
**12:29** 158:12
**12:30** 158:9
**13** 281:14; 302:21; 304:12
**14** 126:24; 127:12; 281:14
**15** 122:22; 123:3, 21; 151:8; 161:8; 163:22; 171:19; 172:8; 173:2; 223:2; 230:21, 25; 232:18, 22; 233:6; 234:9, 21; 235:14; 239:6; 282:8
**16** 4:10; 115:11, 13, 17; 232:11
**19** 309:10; 371:8
**1989** 370:22; 371:9
**1991** 27:4, 9; 28:18, 25; 30:18, 23; 68:13; 238:9; 281:12; 303:12, 13, 15, 16; 304:6; 368:3, 3
**1992** 68:16; 303:19, 21
**1993** 68:17; 304:9

**1998** 251:15
**1:15** 158:10
**1:24** 158:15

## 2

**2** 16:13; 18:20; 19:16; 20:9, 19; 21:8; 22:7; 79:16; 84:9, 20, 21; 85:4; 86:21; 87:25; 88:25; 94:3, 16; 96:18; 103:18; 107:21; 108:22, 23; 111:13; 112:5, 14, 19; 113:8, 20; 114:2; 136:6, 16; 137:23; 152:10, 16, 25; 154:19; 155:8; 156:6, 13, 20; 157:13, 18, 21; 158:6, 19, 22; 159:23; 160:4, 9, 12; 195:12, 22; 219:25; 232:13; 234:5; 235:13; 240:17, 22; 244:8, 14; 251:9, 17; 252:22; 253:14; 254:21; 255:10; 256:4, 13; 257:21; 258:2, 6, 11; 259:13, 19; 261:21; 272:3, 4, 6, 9; 273:14; 274:23; 288:5; 297:7, 15; 312:5, 10; 359:8; 361:6; 363:20; 365:11; 366:9, 17
**20** 114:21; 115:15, 16, 16, 24, 25; 119:6; 174:23; 318:20
**2000** 45:19; 79:20; 328:5
**2001** 31:8, 9, 12; 67:25; 114:6; 117:23; 304:10, 10; 305:4; 307:13, 17; 312:5, 9; 349:12; 351:11
**2002** 67:23, 24; 307:19; 308:8, 18
**2003** 35:20; 36:2, 10, 15, 20, 21, 23; 37:13; 39:2, 8; 40:14, 21; 41:6; 42:3; 43:14, 22; 44:8; 64:10, 17; 67:21, 22; 314:11; 316:2, 7; 317:3, 4, 14, 18; 324:5; 328:13; 329:12, 23; 332:2, 13; 334:15; 338:8; 347:6, 9
**2004** 36:13; 44:19; 45:6, 10, 11, 19, 21; 47:5; 48:7; 49:13, 17; 50:22; 64:10, 18; 67:19, 20; 317:21, 23; 318:12, 13; 319:25; 320:16, 22, 23; 321:8, 12, 24; 322:7, 25; 323:4, 22; 324:5; 329:6, 12, 23; 332:10, 11, 12, 16; 333:15; 334:9; 338:6; 347:16; 362:7; 363:9, 10
**2005** 51:4, 13; 63:2, 4, 5, 15, 24; 64:10, 21; 65:2; 67:11; 68:6, 24; 69:3, 16; 77:21; 99:18, 20; 100:6, 21; 101:2, 23; 102:6; 120:3, 8, 20; 121:11, 24; 123:2, 14, 16; 148:2; 151:5; 157:5; 280:6; 295:23, 25; 323:6, 8, 23, 25; 324:22; 325:3; 326:18, 22; 327:25; 328:10, 12; 329:9, 12; 330:20; 332:11,

19, 22; 336:21, 21; 337:18, 20, 21; 338:11, 12, 14; 339:3; 340:5; 341:11; 344:20; 348:8; 353:4; 362:11; 363:10; 370:15; 372:14
**2006** 13:19, 24; 14:4, 12, 16, 18; 15:13; 19:16; 20:9, 20; 21:13, 23; 22:7; 23:24; 62:17, 20, 22; 63:4; 69:22; 79:2, 5, 7, 16, 16, 21; 84:9, 20; 86:20, 21; 87:25; 88:9, 25; 96:25; 97:20; 103:18, 21, 25; 104:4, 7; 105:16; 108:23; 112:14, 19; 113:8, 21; 114:2; 122:22; 123:3; 124:16, 22; 126:17; 127:13, 22; 129:24, 25; 130:12, 17; 131:2, 6, 19; 132:10, 21; 136:6, 16; 137:24; 139:24; 149:2; 152:10, 17, 25; 154:20; 155:8; 156:6, 13, 20; 157:13, 18, 21; 158:6, 19, 22; 159:23; 160:4, 9, 12; 162:16; 163:22; 171:19; 172:8; 173:2, 19; 185:12; 186:3; 194:6; 195:12, 22; 200:17, 21; 201:21; 203:16; 204:12; 215:15, 16; 216:21; 217:8; 218:25; 219:25, 25; 231:15; 232:11; 233:7; 234:5, 17, 21; 237:22; 240:10, 11, 20, 22; 244:8; 251:9, 17; 252:22; 253:14; 254:21; 255:10; 256:4, 13; 257:21; 258:2, 6, 11; 259:13, 19; 261:21; 272:3, 4, 6, 9; 273:14; 274:23; 279:19; 297:7, 15; 312:5, 10; 328:5; 359:8; 361:6; 363:20; 365:11; 366:10, 17
**2007** 12:18; 13:16; 79:23; 81:15; 162:14; 186:17, 18, 19; 189:20; 190:15; 191:12; 192:5; 193:6, 24; 194:8; 234:21; 244:23; 267:20; 293:22, 22
**2008** 4:11; 12:15; 97:2; 189:23
**2014** 124:2
**2042** 117:2, 6, 24; 124:3, 4; 150:4; 358:18
**21** 79:22; 81:15; 102:7; 244:23
**22** 360:11
**23** 124:16, 22; 127:22
**24** 218:12
**25** 206:22
**26** 312:24
**27** 162:13, 16
**28** 286:20
**284** 269:7, 12, 21, 25
**287** 269:16, 20, 25
**28th** 277:14
**291** 270:3, 5

**19**, 22; 336:21, 21; 337:18, 20, 21; 338:11, 12, 14; 339:3; 340:5; 341:11; 344:20; 348:8; 353:4; 362:11; 363:10; 370:15; 372:14

**2:00** 119:10; 294:18
**2:01** 202:11
**2:11** 202:14
**2:30** 294:18
**2:59** 258:22; 259:2
**2nd** 235:14

## 3

**3/23/07** 265:24
**3/30/2007** 267:3
**30** 23:23; 79:16, 21; 96:25; 97:20; 104:4, 7; 240:11, 20; 267:20; 318:21; 368:14
**31** 368:14
**36** 313:17, 17; 314:3, 24
**382** 268:20
**383** 268:20
**3:00** 54:17; 57:5; 66:20
**3:09** 268:11
**3:22** 268:15
**3:30** 52:16; 54:17

## 4

**4** 326:14
**40** 28:11; 30:9; 114:18; 115:16, 19; 116:14
**41** 331:18
**416** 269:25
**42** 98:9, 18, 19, 21; 117:2
**43** 98:6, 11
**4:00** 52:16; 54:11; 56:11; 119:5, 9, 11; 305:22; 306:7, 9
**4:19** 335:12
**4:30** 335:16
**4:58** 365:2
**4:59** 365:4
**4th** 325:13

## 5

**5/15/06** 162:19
**50** 57:9
**51** 335:19; 341:6
**52** 368:13
**54** 345:4, 5, 10
**55** 6:2
**57** 347:19; 368:13
**58** 353:15
**59** 353:15
**5:00** 119:12; 315:6

## 6

**6** 120:3, 7, 20; 121:7, 24; 123:2; 129:23, 24, 25; 130:12, 17, 25; 131:6, 19; 132:10, 21; 203:16;

**204:12; 288:6
**60** 353:15, 18, 18, 19; 354:13
**61** 354:20, 22, 23, 25; 355:2, 20, 25
**62** 354:20, 22; 355:20, 25
**6:00** 119:10

## 7

**71** 357:14
**75** 182:4; 357:16, 17

## 8

**8** 184:6, 7, 9; 200:17, 21; 201:20
**87** 370:23
**88** 370:23
**8:00** 52:5; 53:25; 89:17, 18; 119:11, 13

## 9

**9** 126:17
**9/16/08** 22:14; 99:9; 120:5; 124:18; 162:21; 181:18; 200:19; 266:2; 267:5; 269:3
**90s** 371:2
**91** 68:22; 238:9; 281:12; 304:7; 362:17
**92** 281:12, 12; 304:7
**9270** 99:4, 7
**93** 68:22; 303:22; 304:7
**94** 360:11, 25
**95** 361:4
**9:00** 119:5, 12
**9:30** 5:11
**9:52** 4:11

## A

**a.m** 4:11; 65:25; 66:5; 133:25
**abandon** 84:7
**abandoned** 84:5; 238:13, 19, 21; 331:21
**abandoning** 239:16
**ability** 88:24; 229:23; 230:3, 6; 236:7
**abject** 302:9
**able** 241:2; 253:6; 254:3; 376:5
**above** 188:5
**Absolutely** 148:23; 200:5; 301:13, 18, 22
**academy** 31:14; 362:17; 367:24
**accepted** 242:23; 243:16
**access** 196:4; 367:16;

374:11

**according** 126:13;
138:16; 164:7; 168:9;
186:2; 195:5; 220:24;
231:20; 232:9, 17; 234:5;
245:10; 271:21; 369:17

**account** 310:9

**accuracy** 24:16; 205:20

**Accurate** 206:25; 207:5

**accusation** 249:19

**accuse** 362:5

**accused** 361:22, 24;
363:3

**accusing** 249:4, 17

**across** 294:25; 295:9;
374:13

**action** 90:16; 313:5;
365:9

**actions** 76:14; 77:2;
309:12, 14; 310:6, 19

**acts** 89:25

**actual** 376:2

**actually** 75:20; 106:21;
125:2; 131:6; 169:3;
174:15; 178:13; 285:15;
298:16; 325:4; 350:3;
355:10; 357:16; 360:19;
362:11; 367:10, 11

**ADA** 225:12

**added** 139:3; 293:23

**addition** 247:6

**address** 5:25; 13:4

**admit** 138:4; 157:4; 276:6

**adverse** 90:16

**adversely** 246:15

**advice** 103:12; 376:15;
377:3, 8; 378:2; 379:11

**advise** 8:4; 20:17; 22:17;
25:2; 35:8; 48:9; 86:24;
105:21; 119:20; 123:7;
127:14; 146:16; 152:9;
159:17, 20, 24; 179:10, 12;
193:14, 15; 194:14;
211:10; 213:12; 219:8;
239:15; 244:11; 277:25;
278:4; 280:21; 281:17;
291:12, 20; 292:2; 297:4;
299:8; 340:22; 344:4, 7;
345:5; 346:16; 357:20;
361:19

**advised** 14:20; 131:16;
132:6; 142:6; 162:10;
177:22; 191:16; 195:13,
19; 207:24; 223:12;
278:10, 13; 298:21;
299:13; 313:17; 361:7

**advisement** 102:10

**advising** 124:5; 126:14;
220:7; 240:14

**affair** 291:5

**affairs** 288:24; 291:14

**affect** 319:7

**affected** 92:9; 319:6

**affecting** 347:11

**affirmatively** 194:10

**afraid** 58:21; 59:8

**afternoon** 366:23

**Afterwards** 144:16, 16;
208:21; 219:23

**Again** 7:23; 19:2; 39:7;
40:5; 41:4; 42:24; 53:3;
61:11; 65:4; 85:14; 97:19;
136:19; 142:14; 147:6;
150:23; 151:18; 192:13;
194:17; 198:19; 208:20;
215:22; 216:25; 217:2;
218:5; 240:25; 266:13;
267:24; 279:15; 287:9;
291:18; 292:14; 293:23;
296:22; 299:20; 321:18,
25; 322:11, 16; 355:14;
379:6

**against** 56:24; 58:17;
59:14; 90:17; 198:2, 14;
206:13; 246:7; 301:16

**age** 98:18, 21; 342:14

**agencies** 92:20; 247:9

**ago** 85:7, 12; 111:24;
189:14, 15; 191:6

**agree** 29:5; 41:8; 42:6,
24; 64:12; 72:12; 95:8;
100:20; 102:15, 22;
197:20; 198:9; 216:9;
221:17; 223:16; 244:4;
256:22; 269:19; 378:2

**agreement** 104:15

**ahead** 73:25; 232:25

**airport** 141:15, 21;
171:21; 172:2, 4, 7, 21

**al** 4:5, 7; 82:18

**Alan** 74:15; 81:19, 20, 22;
82:7, 10, 12; 83:20;
200:22; 292:8

**Albanese** 55:11

**Albert** 4:12

**alcohol** 39:18; 59:21;
66:18, 22; 68:11; 302:12;
345:16

**Alison** 309:18, 21, 23;
368:16; 369:15; 371:23;
372:4, 8, 12, 18; 373:21,
25

**allegation** 261:7, 10;
306:3, 6, 13; 314:3; 345:9

**allegations** 11:5; 97:15;
163:18; 257:15; 271:22;
277:17, 23; 353:17;
376:11

**allege** 33:19; 95:17;
207:8; 236:6; 307:2;
312:24

**alleged** 130:18; 131:14,
18; 132:9, 21; 133:10;
134:7; 135:3; 137:5;
140:2, 7; 158:24; 195:21;
203:14, 24; 257:13;
271:11; 273:9; 276:24;
278:5, 14, 15; 301:25;
304:12; 313:17; 354:5, 13,
22; 356:4; 360:24

**allegedly** 132:24;
296:21; 297:7, 14; 355:7

**alleging** 32:23

**allowed** 269:4; 298:25

**almost** 268:7

**along** 36:4; 139:12

**always** 29:20; 318:9

**Amato** 275:11; 280:9

**among** 118:11; 256:18;
257:7

**amount** 96:11

**analyst** 312:21, 23

**and/or** 70:16; 199:10

**Andrew** 4:19

**Andy** 337:12

**anguish** 78:12; 95:18;
112:20

**Ann** 360:2

**Anna** 182:19

**annoyed** 112:23

**anonymous** 133:6

**answered** 18:8; 64:14;
146:24; 178:16; 204:25;
205:3; 233:15; 248:22;
291:17; 322:2; 350:9

**anymore** 166:11

**apartment** 341:16, 23;
343:20; 344:23; 345:11

**apologize** 63:5; 304:9, 10

**apparently** 155:17;
157:22, 25; 279:4, 5; 294:8

**appears** 98:14; 120:6;
204:11; 267:18; 269:20

**applicable** 309:16

**applicant** 93:19; 362:14;
364:19; 373:7

**application** 15:11; 173:8;
233:12; 237:10, 12, 16;
238:21

**applied** 14:16; 172:6;
181:6; 233:9

**apply** 15:16, 19; 229:23;
230:3, 7; 234:20; 235:5;
236:7, 8

**applying** 234:20; 236:22

**appointed** 370:22; 371:9

**appointment** 150:16

**approach** 210:14

**approached** 136:25;
208:8; 377:11, 17; 378:16;
379:3

**appropriate** 13:13; 71:23

**approve** 309:4, 7

**approved** 308:2, 5

**approximately** 4:11;
5:13; 36:19; 45:8; 52:3, 16;
54:17; 57:19; 78:25; 84:25;
85:7; 96:11; 106:17;
116:14; 123:12; 151:6;
163:23; 174:23; 189:14;
193:11; 215:8, 14; 217:7;
251:15; 273:16; 277:6, 6;
281:16; 282:7; 283:9;
288:6, 15; 289:9, 9; 291:2;
318:3; 325:16, 17; 328:6,
11; 332:4; 338:13; 351:23;
368:11, 13; 370:12, 21, 23

**April** 16:13; 18:20; 19:16;
20:9, 19; 21:8; 22:7; 79:16;
84:9, 20, 21; 85:4; 86:20,
21; 87:25; 88:25; 94:3, 16;
96:18; 103:18; 107:21;
108:22, 22; 111:13; 112:5,
14, 19; 113:8, 20; 114:2,
25; 116:10; 117:19, 19, 20;
123:14, 16; 124:4; 126:17;
129:23, 24, 25; 130:12, 17,
25; 131:5, 19; 132:10, 21;
136:6, 16; 137:23; 147:15;
152:10, 16, 25; 154:19;
155:8; 156:6, 13, 20;
157:13, 17, 21; 158:6, 19,
22; 159:23; 160:4, 9, 12;
195:12, 22; 203:16;
204:12; 215:14; 216:21;
219:25, 25; 232:13; 234:5;
235:12; 237:22; 240:17,
22; 244:8, 14; 251:9, 17;
252:22; 253:14; 254:21;
255:10; 256:4, 13; 257:21,
25; 258:6, 11; 259:13, 19;
261:21; 272:3, 4, 6, 9;
273:14; 274:23; 278:25;
279:19; 288:2, 5, 6;
289:14, 15; 292:18;
296:23; 297:7, 15; 312:5,
10; 359:8; 361:6; 363:20;
365:11; 366:9, 17

**area** 244:8; 367:15

**Arlene** 5:3; 367:2

**armed** 15:24, 25

**Arnie** 74:16; 157:22;
166:22; 167:7, 10, 14;
168:2, 15; 297:11; 325:18;
326:6

**Arnold** 16:23; 137:24;
138:17, 25; 157:11; 373:7

**around** 31:7; 56:18;
74:12; 82:16; 151:4;
209:2; 218:11; 219:10, 10;
291:24; 294:18; 295:13;
315:9; 322:8; 342:9

**arrested** 208:17; 214:25;
250:17

**arrow** 182:24

**article** 197:16; 264:8;
265:5; 369:7, 18

**ascertained** 70:25;
96:22; 97:2, 18, 21

**aside** 11:23; 66:19, 19;
132:20; 192:4; 356:13

**asleep** 103:17

**aspect** 103:17; 356:15;
364:24

**assaulted** 351:13

**Assaults** 351:8

**assigned** 313:21; 315:7,
19, 22

**assignment** 349:17

**assist** 364:5

**assistant** 91:13; 186:24

**associated** 283:7;
284:17

**association** 4:16

**assumed** 143:15

**assuming** 378:23, 25

**attachment** 268:3

**attend** 196:14; 367:23

**attended** 196:17

**attention** 346:24, 25

**Attorney** 5:5; 7:22; 9:8;
99:12; 137:25; 138:18;
139:2; 149:6; 150:6, 16;
157:12; 182:18; 206:17;
259:22; 261:10; 280:4;
283:23; 284:8; 299:2, 5, 9,
12; 377:17, 25; 378:16, 20

**Attorney's** 16:15; 138:5;
148:5, 6, 11; 149:3, 23;
150:22; 151:10, 18; 152:5;
153:20; 155:15; 157:3;
196:23; 250:18; 284:8;
290:8; 369:21

**attorney/client** 25:7;
378:21, 24

**attorneys** 196:19;
205:12, 17; 376:8, 9, 10,
15, 16; 377:20; 379:3

**attribute** 131:7, 8;
133:11; 152:23, 24

**August** 77:20; 157:5;
184:6; 277:14; 286:20;
296:25; 321:16; 328:11

**author** 130:18; 216:16,
22

**authority** 33:11; 34:24;
72:5; 228:8, 11; 352:22;
353:7, 12

**authorization** 203:8

**authorize** 24:3; 205:11;
240:2

**authorized** 203:13, 24;
204:5, 10, 22; 206:16;
261:9

**authorizing** 24:24;
205:16

**automatically** 91:19

**availability** 118:3;
119:21; 124:6

**available** 118:9; 123:8,
18

**Avenue** 6:3

**average** 28:12

**aware** 7:9; 8:19; 19:6, 6,
8, 11, 12, 14; 22:25; 32:22;
97:5; 119:7; 122:15;
130:6; 140:25; 142:18;
144:9; 145:6; 157:20;
162:9; 178:21; 179:2;
199:22; 204:2, 3; 206:17;
209:12; 219:3; 253:4;
255:25; 257:11, 12; 271:2;
342:15; 371:25

**away** 40:6; 46:18; 82:25;
161:6; 162:2; 164:25;
170:15; 194:23; 250:3;
262:22; 373:5

**awkward** 255:18, 20, 22

# B

**Bachman** 33:17, 18

**back** 30:2; 53:23; 59:16; 65:21; 66:5; 68:24; 94:2; 102:6; 123:14; 125:6; 128:20; 133:8, 21; 134:5; 137:5; 142:12; 147:15; 148:2; 158:15; 161:17; 167:23; 173:4; 178:13; 189:7; 194:5, 17; 195:2; 198:17; 202:8, 15, 22; 213:24; 217:16; 230:14, 16; 238:9, 25; 239:3, 19; 251:14; 259:2; 268:9, 16; 281:12; 284:2; 289:13; 292:14; 295:11; 311:15; 316:18; 322:15; 326:4; 327:11; 335:17; 337:15; 338:23, 24; 348:14, 18, 22; 349:3, 10, 14, 21, 25; 350:6, 9, 16, 20, 22; 351:6, 14, 17, 19, 25; 353:8; 362:17; 365:5; 371:2; 375:3, 14

**background** 20:4; 230:10; 238:6, 12; 362:18, 23

**backing** 168:15

**Bacon** 26:15, 25; 28:14, 19, 24; 29:7; 31:22; 32:2, 12, 17, 25; 33:3, 5, 7; 35:14, 22, 23; 36:5, 7, 13, 16, 18; 37:12, 21; 38:3; 88:5, 6, 16, 18, 21; 129:16, 17, 21; 130:4, 13, 18; 131:8; 132:22, 24; 198:22; 199:10; 203:24; 204:4, 6, 10, 17, 22; 362:2; 363:6

**Bacon's** 130:25; 131:13, 18; 132:9; 203:13

**bad** 332:21; 352:16

**balcony** 345:15, 23

**banging** 373:9

**banished** 327:12

**Bar** 45:13; 46:4; 47:22; 48:2, 3; 51:17; 52:17; 55:24; 56:5, 9, 24; 57:2, 4; 59:17; 336:9, 10, 11; 338:3, 3; 344:21; 356:4

**barracks** 14:5

**Barry** 336:21; 339:7

**bars** 49:9; 302:12; 315:5; 335:23; 336:6, 8, 15, 18; 337:7

**bartender** 338:4; 344:21

**bartenders** 336:9

**based** 29:12, 14; 37:9; 59:6; 92:12, 14; 119:21; 131:2; 147:12; 173:13; 203:18; 210:4; 211:24; 215:17; 310:22; 314:3

**baseless** 257:14; 260:7

**basement** 354:15

**Basically** 11:2; 39:5; 58:18; 85:15; 118:4;

119:22; 124:9; 130:9; 161:5; 163:16; 208:12; 218:15; 246:24; 286:24; 292:5; 294:10, 21; 297:17; 298:19; 314:19; 316:10; 348:24; 358:18

**basing** 263:17

**basis** 212:4; 310:12, 21; 311:7; 350:16

**Bates** 99:7; 268:14

**bathroom** 65:16, 20

**Bay** 6:3; 68:18; 80:5; 81:9; 262:17; 295:2, 9; 337:10; 341:17; 348:15; 349:23; 354:6, 10; 355:4

**Beach** 4:7; 14:21; 16:8, 17; 17:19; 21:3; 22:7; 26:23; 27:13; 29:7, 21; 30:8, 15, 18; 31:3, 6, 16, 17, 18; 46:8; 54:22; 55:24; 66:8, 23; 67:5, 13; 68:12; 69:16; 74:11; 76:11, 15; 77:2; 79:10, 17, 23; 81:17; 83:21; 84:10; 89:23; 93:19; 100:10; 108:21; 111:23; 113:22; 114:5; 116:17; 117:24; 118:25; 119:17, 19; 123:7; 124:25; 126:14, 22; 127:3, 19; 131:25; 136:4; 149:6; 150:17; 154:21; 159:14, 19; 160:2; 179:7; 195:9; 198:2, 14; 203:10; 206:14; 208:10; 209:6, 17, 24; 211:22; 218:16; 220:13; 224:9; 226:2, 3, 4, 8, 22, 23; 227:5, 15; 237:15, 17, 22; 238:8; 239:21; 240:3, 14; 241:4; 242:16; 245:10, 15, 23; 246:7; 247:7; 251:6, 11, 17; 252:15; 253:2, 5, 21; 254:4, 20; 261:20; 262:7, 21; 263:6, 9, 13, 18, 24; 269:10; 271:17; 275:23; 277:9, 10; 278:22; 280:5, 15; 284:5; 286:18; 290:16; 301:16; 305:17, 20; 306:16, 21; 307:15; 308:10; 309:13; 310:7, 7, 9, 11; 313:6, 13; 351:18; 362:21; 367:10; 368:5; 370:5; 371:12, 20; 374:11

**beat** 16:16; 138:4; 157:4; 276:2

**beaten** 351:6

**beating** 273:23

**become** 279:20; 364:6, 10

**becomes** 58:17

**becoming** 249:25

**bedroom** 354:2

**Beer** 38:16; 63:25; 331:19; 342:6, 7, 8

**beers** 37:21; 52:6; 64:3; 332:8

**beginning** 114:6; 235:9

**begins** 66:3; 134:3;

202:13; 268:14; 335:15

**behalf** 4:21, 23; 24:5; 205:13, 18; 271:4

**behind** 71:14

**belief** 29:11, 12; 43:17; 92:8, 8, 12, 14; 126:11; 135:21; 177:12; 203:17, 18; 207:9; 208:5, 6; 211:20, 24; 212:5; 215:17; 232:8; 250:5; 256:16; 257:22; 258:7; 260:10, 13; 272:5; 276:4; 280:22; 304:21; 361:9

**belligerent** 327:20

**benefits** 70:18; 90:9

**besides** 280:23

**best** 33:12; 46:12; 49:6, 8; 57:8; 115:5; 124:10; 125:23; 142:4; 177:3; 197:2, 6; 209:4, 4; 259:10; 270:17; 302:3; 372:6

**Bets** 337:9, 12; 348:8, 20; 353:2

**better** 6:21; 57:9; 235:23; 327:6

**Biancavilla** 370:2, 3

**bicycle** 337:10; 348:9, 12; 353:10

**big** 147:19; 246:22; 325:5

**biggest** 145:25; 246:23; 286:17

**Bill** 294:6, 12, 15, 16; 295:9, 11, 17; 296:7, 8, 9, 12, 17; 298:24; 363:8

**birth** 126:15

**birthday** 149:13

**bit** 103:3, 4; 113:10, 11

**bitching** 352:15, 17

**blank** 218:19

**blew** 80:21

**block** 86:19

**blocks** 351:21, 23, 24

**blog** 16:21; 76:18; 85:3, 6, 20; 86:7, 12, 14, 16, 19, 25; 87:11, 16, 20, 25; 88:7; 94:3, 23; 96:7, 16; 112:22; 129:23; 130:8, 15; 131:21; 132:23; 133:6, 7; 163:19; 166:21; 167:7; 168:14; 170:5; 203:16; 204:4, 12; 208:20, 25; 209:12; 210:4, 16, 21, 25; 211:7, 13, 18; 215:23; 216:12, 15, 20; 218:10; 219:3; 245:10; 356:10, 14

**blogs** 88:10

**blood** 19:2, 9

**blotter** 30:3; 153:8, 23

**blow** 325:5

**blue** 61:3; 247:2, 7, 9, 15, 21; 248:4, 16; 249:6; 250:7, 12, 20, 24; 271:13

**board** 146:8; 309:3

**boat** 374:13

**boathouse** 136:4, 15; 138:8

**Bob** 281:5

**Bockelman** 26:14; 30:5, 23, 25; 31:9, 12; 33:23, 24; 34:3, 13, 21; 325:24

**book** 30:3; 114:21

**born** 165:8, 11; 166:5; 169:10, 12; 170:16, 17; 208:16; 213:21

**Bos** 327:18

**Bosetti** 46:5, 7; 307:20; 308:22; 325:20; 327:18; 328:8; 354:5, 9; 362:2, 3; 363:7

**Bosettis** 46:20; 47:5; 49:11; 345:14, 22

**boss** 146:5; 149:21; 159:8; 166:10; 180:20; 183:18; 185:3, 5, 22; 187:17

**bosses** 210:5, 8, 11; 212:2; 290:7

**both** 128:24; 129:4; 142:5; 160:17; 199:2, 5; 272:5; 319:22; 337:23

**bottles** 342:7

**bottom** 25:21, 21

**boys** 113:16; 161:4, 25; 162:12; 208:15; 209:19

**breach** 62:11

**break** 65:19; 66:2; 73:20; 133:20; 134:2; 158:13; 202:7, 12; 268:8, 13; 272:23; 329:22; 335:14; 365:3

**breaking** 127:4

**Breeze** 341:17

**brief** 202:6

**bring** 192:15, 16; 196:5; 282:23; 289:11; 353:22; 354:14

**bringing** 63:16; 241:3

**brings** 85:3

**brochure** 370:25

**broke** 127:18

**brother** 82:3; 83:5, 9, 11

**Brothers** 82:2; 307:21; 308:22

**brought** 20:23; 39:19; 49:23; 50:2; 165:14, 15, 21; 192:12; 235:25

**budget** 231:9, 10

**budgetary** 172:23; 175:24; 187:24; 231:4, 7, 14; 232:2, 23; 233:3, 6, 19; 235:15; 236:2

**budgeting** 172:11

**Budweiser** 342:6, 7

**bullshit** 37:20; 38:14; 41:7; 42:22; 46:6; 57:17; 321:2, 2; 332:8; 359:15

**bunch** 149:9

**Bureau** 325:25; 326:3

**Buried** 325:19, 22

**business** 263:2; 278:17, 18

**businessman** 16:16; 138:4

**buy** 95:22

# C

**cabinet** 353:22; 354:5, 9, 14

**call** 14:3; 16:19; 21:12; 74:19; 80:14; 102:2; 105:20; 107:3; 140:16, 17; 141:22; 142:7, 10, 12; 150:14; 165:13, 19, 22; 167:9; 176:15; 178:15; 179:8; 194:17; 199:14; 208:7; 212:7, 10, 11, 24; 213:11; 214:2, 4; 235:8; 237:13; 252:15; 253:25; 255:2; 262:16; 283:10; 298:14; 299:23; 300:17; 318:19; 326:2; 362:9; 363:12, 14, 16

**called** 19:18, 18; 105:11, 11; 106:22; 142:11; 143:11; 149:7, 20; 150:15, 17; 160:21; 161:14, 15, 16; 163:4; 174:15; 176:9, 11; 214:6; 239:18; 273:25, 25; 274:6; 288:7; 300:9; 312:22; 326:10; 347:22; 361:15; 363:20; 364:13, 20; 368:24

**calling** 163:9, 9; 166:10; 241:8; 319:15; 360:9

**calls** 16:24; 32:7

**came** 11:20; 14:17, 19; 16:2; 82:16; 149:5, 8; 151:15; 152:5; 155:12, 16; 180:17, 25; 181:2; 184:4; 241:6; 262:5; 274:4, 5; 293:21; 294:15, 17; 308:17; 311:15; 316:14; 337:13

**can** 10:12; 18:11, 14, 15; 32:14; 34:6; 35:7, 8; 62:24; 63:7, 7, 22; 64:24; 71:15; 72:4; 74:2; 76:24; 77:7, 10, 11; 78:2; 92:2; 101:12, 15; 103:20; 113:4; 114:17; 115:11; 130:4; 132:18, 22; 133:8; 134:16; 155:10; 158:3; 180:19; 196:4; 198:17; 202:24; 204:14; 205:2, 6; 213:24; 214:15; 216:15; 221:21; 229:19; 230:13; 239:22; 255:3; 271:5; 283:21; 312:7; 323:19; 335:19; 367:7; 370:13; 376:18; 379:8, 13

**canceled** 9:17; 10:17; 298:8, 11, 16

**cans** 38:16; 63:25; 331:19

**capacity** 171:22; 313:10

**car** 143:4; 262:18

**card** 342:10

**carded** 342:22

**cards** 85:15

care 48:8, 10, 13, 18, 22; 49:6; 131:25; 153:7; 301:6; 316:11; 317:18; 339:9; 358:14; 372:15
cared 276:19, 21
career 15:2
careers 312:25
carriers 15:25
carry 197:5, 15
cars 64:2; 355:11; 367:16
Carter 4:4, 5; 5:17, 23; 16:24; 22:13; 45:17; 66:6; 99:5, 8; 120:4; 124:17; 134:6; 149:25; 158:16; 162:20; 167:19; 181:16; 200:16, 18; 207:10; 229:14, 22; 236:6; 254:10; 265:25; 267:4; 268:25; 269:25; 270:2; 358:7; 361:21; 374:9
Carter's 352:15
Carter-1 22:11, 16; 25:17
Carter-10 268:19
Carter-3 119:25; 120:6; 125:20; 126:6
Carter-4 124:14, 19; 125:21; 126:7, 13
Carter-5 162:18, 22
Carter-6 181:14
Carter-7 200:15, 20; 217:16
Carter-8 265:23; 266:4
Carter-9 267:2, 7
case 4:9; 7:10, 20; 10:10; 44:24; 72:2, 13; 101:17; 180:17; 257:8; 273:19; 298:13, 22; 299:14; 301:16, 21; 370:5; 376:9, 23; 378:18
cases 225:13
castigated 261:19, 23; 262:2
Cathy 177:7; 185:7, 8; 193:2, 4
cause 94:24; 102:25
caused 96:8; 147:23; 148:23; 279:10
Causeway 374:14
CC 124:21; 126:8
CC'd 120:14; 125:4
CCing 122:13, 14
celebrate 52:11
cell 45:12; 46:4, 11, 20; 47:4, 24, 25; 49:3, 4, 10
cellar 353:23, 25
center 143:3
certain 63:19; 88:25; 97:15; 198:20; 335:23; 336:6; 337:7
certainly 216:19; 377:22; 378:19
certified 310:15, 17; 362:13; 363:25; 364:6, 11
chain 308:20
champion 302:7

chance 134:15
change 126:6; 329:6, 9
Changing 335:9
Channel 197:3
characterization 37:11; 139:5
characterize 40:20; 47:3; 84:15
charge 310:9; 346:12
chauffeur 291:23; 313:21; 315:8, 20, 22; 316:18, 25; 317:15, 19, 22; 319:11, 25; 320:17; 323:8, 20; 324:23; 326:20; 327:15; 328:3; 329:3, 16, 25
chauffeuring 316:6; 320:7; 321:12; 330:21
check 64:3; 238:10
checkpoint 315:12; 316:19; 318:20; 320:2; 323:21; 339:16; 359:18; 367:21; 374:17, 20; 375:3, 6, 9
checkpoints 317:16; 324:24; 327:16; 329:17; 367:7, 8
checks 225:14
Cherry 74:19, 20, 20
Chester 372:18
chief 40:13, 18; 68:25; 117:3; 120:14, 24; 124:21; 125:7, 14; 126:9; 171:23, 24; 172:20; 191:23; 225:4, 6, 8, 22; 226:8, 10; 238:11; 251:13; 252:19; 253:2, 20; 254:9, 13, 19; 255:2, 3, 9, 14; 263:6, 12; 282:10; 292:6, 7; 303:25; 304:3, 5, 8, 15, 17; 306:4, 22; 307:16; 308:2, 4; 328:14; 329:24; 330:21; 331:3; 332:23; 333:15; 334:8, 10, 16; 340:6, 8, 14
child 339:18
children 84:5; 113:14
choice 290:18
chose 21:10
Chris 139:23, 23; 140:19; 141:23; 142:11; 262:5, 10; 263:15; 264:23; 361:17, 19
Christine 5:4
chronologically 293:20
chuckled 50:8
circulates 256:16
circumstances 21:4
cite 72:5
citizens 62:5
Civil 12:10; 14:15; 114:17; 178:5; 181:15, 24; 190:10; 200:4; 202:3; 217:25; 230:13; 233:11; 257:16, 20, 25; 258:5, 10, 14, 15; 259:4, 8, 12, 18, 22; 260:6, 22; 261:5;

309:15; 311:15; 312:22, 22; 361:23, 24; 362:6, 9; 363:5, 12, 17, 21; 364:13, 14; 370:7; 371:13, 18; 372:15; 373:3
civilian 313:22; 352:22; 353:13
civilians 351:8
CJ's 45:13; 46:4; 48:3; 336:9, 13, 20; 337:20; 339:8
Claim 22:12, 24; 23:2, 6, 8, 21; 24:3, 4, 8, 12, 16, 25; 25:12, 16, 20; 26:2, 12; 35:10; 38:21, 23; 70:9; 71:6, 10; 72:18; 79:5, 8; 81:11; 103:17; 105:25; 128:21; 129:7, 13; 132:8; 158:25; 198:18, 20, 23; 202:23; 204:18, 23; 228:24; 240:8, 9, 13; 254:22; 260:6; 278:2
Claimant 70:14; 129:4; 199:5
Claimant's 128:24, 25; 198:25; 199:2
claimed 70:10; 72:19
claiming 350:3
claims 273:9; 377:12
clammed 77:15
clarify 249:14
class 161:18; 368:4, 6, 9, 11
clean 37:20; 38:5, 17, 20; 39:7, 13; 42:5; 352:16, 17
Cleaning 63:25; 332:8, 15
clear 33:22; 44:21; 117:15; 229:25; 252:6, 8
Clemens 52:2; 67:16
clerk 292:7; 360:2
client 72:14, 17; 226:24
clique 335:25
clumping 103:7
clumps 98:8; 102:12, 16, 16, 23; 103:12
code 172:17
codeine 94:13; 95:19, 21
coffee 210:9
color 143:9
comfort 70:21; 73:15, 17, 21, 22; 74:4, 5, 8; 75:24; 76:21; 78:14; 79:10, 17, 24; 81:17; 82:5, 10; 83:22; 84:14
comfortable 231:19; 232:3, 7; 235:16
coming 39:14; 45:25; 106:3; 122:11; 150:2; 157:2; 159:10; 161:4; 162:2; 164:24; 166:9; 292:13; 318:21; 322:14; 325:15; 326:2; 349:23; 355:15
command 308:20
commander 302:18

commanders 302:11, 15
commencement 27:12
comment 15:20; 131:7, 14, 18; 135:22; 136:13; 158:18, 20; 215:18; 216:3, 6, 10, 12; 276:10
comments 134:8; 182:15; 198:20; 275:4
commissioner 172:18; 177:5, 6; 185:21; 186:24, 25; 188:7; 191:24; 192:15, 17, 20, 22, 24, 25; 260:20
commit 89:25
committed 341:10, 14; 345:2
communicate 44:8; 50:22; 69:15; 159:12
communicated 21:7, 15, 21; 22:5; 109:20; 365:12
communication 25:7; 260:23; 261:3; 280:3; 281:22; 282:5; 328:23
communications 7:25; 11:20; 105:21; 193:20; 365:7
community 70:21; 110:17, 19, 22; 111:3, 5
comp 125:8, 12, 15; 254:24
company 318:22
compensation 70:18
complain 35:21, 24; 36:9, 12, 16; 43:15, 23; 45:5; 50:14, 16, 19; 51:4; 68:25; 313:25; 318:13; 319:2; 320:16; 321:23; 322:6; 323:3, 6, 25; 325:2, 7; 328:14; 329:24; 330:3, 6, 8, 20, 24; 331:3, 6; 332:13, 16, 22; 333:15; 334:9, 13, 16; 338:15; 339:3, 22; 340:8, 14, 16, 18, 20; 343:16, 25; 345:21, 25; 346:6; 355:18, 19, 24
complained 37:2, 13, 17; 38:12; 39:3; 40:3; 41:5, 23; 42:4, 21; 45:18; 59:18; 60:14; 61:20; 69:2; 88:11; 314:6, 13, 22, 23; 315:25; 317:13; 320:22; 321:11; 326:19, 25; 327:14; 341:7; 347:6
complaining 38:3, 4, 8; 60:21; 88:9; 327:25
complaint 11:5; 38:19, 24; 39:9, 17, 18; 40:21; 41:11, 13, 17, 19, 25; 42:8, 12, 15, 18; 43:2, 5, 8, 11; 45:20, 23; 46:21; 47:4, 6, 9, 12, 15, 19; 48:6, 17; 49:12, 16, 25; 50:6, 10, 17; 52:14, 20, 25; 53:2, 19, 21; 58:2, 16; 60:25; 61:4; 62:19; 63:20; 64:22; 69:17; 79:22; 81:12; 83:19; 97:13; 195:6, 25; 196:6, 15; 205:10, 12, 16, 17; 206:5; 244:3, 11, 22;

245:18, 19, 25; 246:5, 7, 8, 11, 13, 16; 257:4; 264:3; 265:9; 271:8; 272:8, 16, 20; 277:18; 313:4, 8; 315:16; 316:5, 9; 317:2, 17; 321:7; 322:24; 328:10, 25; 330:11; 331:9; 335:19; 347:20; 348:6; 352:8, 14; 376:12
complaints 50:24; 58:13; 63:8, 23; 64:5, 11, 18, 19, 23; 69:22; 128:6; 321:25; 324:4; 329:14; 346:19; 361:4
complete 211:16
completely 71:11; 207:4
completes 202:10
composed 368:4
computer 94:19; 161:21; 196:4, 11; 364:17; 366:16
concern 102:25; 245:21; 246:4, 9, 13, 18, 22; 275:5; 276:4
concerned 36:6; 377:8, 10
concerning 7:17, 25; 8:7; 11:10, 16, 25; 12:2; 19:24; 20:9; 21:21; 47:19; 49:16; 50:11, 24; 58:5, 13; 59:19; 62:21; 63:9, 24; 64:11, 25; 69:3, 17, 23; 90:24; 95:5; 96:4; 97:16; 102:11; 103:12; 108:10; 134:9; 135:3, 7; 136:9, 21; 137:7, 10; 154:18; 155:7, 25; 158:18; 159:2, 13; 173:8; 177:10, 19; 180:13; 186:4, 10; 187:22; 188:10; 195:21; 197:6, 16; 209:20; 210:16; 213:14; 214:18; 224:23; 226:4; 227:15; 229:17; 251:10; 256:18; 261:19; 272:15, 19; 273:18, 19; 277:8; 280:4; 286:19, 20; 314:23; 328:25; 329:15; 360:6, 14; 365:7, 18; 366:8; 371:11
concerns 19:24
concluded 147:16
conclusion 32:8; 264:4, 9, 14, 19
conduct 26:5; 31:21, 25; 32:11, 16; 33:18; 34:2, 3, 12; 35:19; 60:14, 21; 61:19; 90:5; 313:12
conference 196:14, 18, 22, 25; 197:16, 24; 198:13
confirm 261:6
conflicting 178:17
conform 309:14
confrontational 166:7
confronted 261:18
confused 208:18; 209:16; 350:22
confusing 250:4
conjunction 369:6
connected 208:13

EDWARD CARTER, FRANK FIORILLO,
INCORPORATED VILLAGE OF OCEAN BEACH

EDWARD CARTER
September 16, 2008

**connection** 103:16;
148:24; 276:14; 371:19;
376:22, 25; 377:4
**Connolly** 9:6; 40:24;
41:2; 158:2; 213:8; 374:8;
376:21; 377:6; 379:15
**consecutively** 268:23
**consider** 35:9; 127:25
**considered** 206:4
**console** 143:3, 21
**constant** 108:12, 15, 24;
109:4, 8, 13, 16
**Constitutional** 244:18
**contact** 93:11; 108:24;
109:4, 8, 13; 110:9;
163:14; 275:2; 284:6, 7;
369:22
**contacted** 110:12;
235:10; 284:11; 364:14
**contained** 97:10; 103:24;
376:11
**content** 246:10
**contents** 246:15
**continue** 68:23; 228:15;
302:4; 316:24
**continued** 84:23, 24;
314:16; 362:10; 379:19
**continuously** 27:6
**contract** 116:16
**contributed** 148:20;
216:6
**control** 34:9; 93:13;
101:3; 102:4; 134:23;
302:10; 366:13
**controlled** 118:5; 367:21
**conversation** 9:13;
10:25; 20:6; 21:5; 55:3;
140:14, 23; 141:2; 142:20;
144:15, 25; 145:5; 147:3,
13; 169:8, 14, 25; 170:2, 7,
7, 14; 174:6, 21; 176:4;
178:14, 19; 187:3; 188:9,
21; 189:3, 8, 13, 18, 23;
190:16, 20; 191:4, 12, 13,
14; 192:5; 193:5, 24, 25;
194:8, 24; 203:21; 210:9;
213:14; 216:24; 218:23;
219:5, 15; 228:24; 238:24;
260:11; 275:8, 15; 277:3,
5; 278:2, 8; 279:19; 283:4,
20; 284:16; 286:7; 288:10,
13; 293:22; 309:20;
371:22; 377:21
**conversations** 144:10;
145:8, 14, 23; 146:11, 17,
19, 22; 150:7; 179:3, 11;
180:8; 194:2; 202:18
**Conway** 63:15; 342:18
**cooperate** 301:12, 15, 20
**cooperating** 152:18;
155:15
**copies** 99:4; 102:2; 366:6
**cops** 358:10, 12, 13, 14
**copy** 93:12; 117:7;
199:19; 205:6; 269:9;
282:2; 293:6, 8, 11; 362:14

**Corallo** 74:16; 77:13
**Corneille** 326:9
**corner** 82:16; 355:3
**correctly** 117:13, 22;
146:15; 235:12; 243:12;
249:4; 329:12
**Correspondence**
117:12; 120:2, 11; 123:17;
124:15, 25; 150:5; 224:15;
284:2, 4, 6; 311:14, 19;
358:19; 371:17; 372:3
**corridor** 215:8, 8
**corruption** 208:12;
209:23; 250:16; 271:17;
272:23; 273:9; 276:7;
290:6
**cost** 215:20, 23
**Costco** 125:18
**costs** 70:19; 71:2; 72:4,
15, 20, 21; 73:9, 11
**counsel** 4:18; 5:8; 6:24;
7:4, 5; 8:3, 5, 8, 9, 11;
11:24
**counter** 95:23
**County** 5:4, 6; 13:22, 25;
14:11; 15:10; 20:3; 107:3,
5, 10; 178:5; 181:15, 24;
201:17; 202:3; 217:18;
218:2; 229:24; 230:9;
235:3, 6; 236:11, 19, 22,
23; 237:3; 238:7; 239:12,
16, 23; 243:24; 252:14;
258:14; 262:16; 273:14;
275:2; 276:9; 277:3;
280:4; 283:8; 284:12, 18,
25; 285:20; 287:25;
291:12, 20; 292:3; 293:14;
301:12, 15; 309:15;
325:25; 326:3; 362:20;
366:25; 367:20, 23;
368:20, 21; 369:21; 370:7;
371:13, 18; 376:9
**couple** 9:24; 31:14; 54:3;
55:25; 57:21; 65:8; 68:21;
82:24; 89:10, 18, 19;
95:19; 106:25; 146:6;
149:17; 190:3, 6; 262:18;
268:8; 292:11; 295:6;
342:15; 349:4; 358:16;
364:23; 372:17; 374:24
**courage** 61:2, 7, 12, 14;
62:9; 271:13
**Court** 4:8, 13, 15, 16;
5:15, 21, 24; 13:12; 22:10;
23:10; 71:16, 22; 200:14;
292:7; 360:2
**coverage** 52:8
**crap** 359:16
**crimes** 341:9, 14; 344:25
**cups** 37:21; 38:16; 342:8
**current** 249:17
**currently** 185:20
**custody** 34:9; 93:13;
101:2; 102:3; 134:23;
366:13
**cut** 40:10, 11; 41:7; 42:22;
82:19

**cuts** 231:4, 7, 14
**cutting** 159:9; 161:3, 24;
165:18

# D

**DA** 152:18; 153:24; 154:6,
11; 156:6; 194:23; 273:13,
14; 275:2; 276:9, 17, 19,
23; 277:3, 16, 25; 278:4,
13; 279:18, 25; 281:22;
283:8; 284:12, 18, 25;
285:20; 286:12; 287:25;
288:4; 291:12, 21; 292:3;
293:14; 296:3, 17; 297:4,
23; 298:2, 7, 11, 21;
299:13; 300:6, 19, 24;
301:2, 12, 15, 21; 376:10
**DA's** 194:20
**damage** 70:9, 19
**damaged** 110:25
**damages** 70:14, 16;
71:10; 72:18, 22; 97:16
**damaging** 257:14; 260:7
**dangerously** 313:19
**date** 8:20; 23:21, 23;
30:16; 72:8, 21; 79:21;
81:10, 11; 83:18; 107:22;
132:22, 23; 208:23;
216:14; 231:13; 240:24;
244:21; 271:6; 274:25;
298:9; 312:5; 314:8;
343:12; 358:5
**dated** 79:6; 96:25; 120:2,
7; 124:15, 22; 162:19;
200:16, 20; 240:10;
265:24; 267:3
**dates** 11:14, 19; 126:21
**daughter** 127:7
**daughter's** 113:16;
149:13
**Dave** 148:8, 11; 151:9,
11, 13
**day** 31:2; 51:11, 12; 57:6;
62:25; 63:6, 22; 64:22;
68:6; 69:3; 75:2; 76:3, 4;
82:14, 14; 90:2, 6; 94:5;
106:17; 110:15; 114:12,
19, 25; 115:2; 116:7, 10;
117:18, 18, 20; 118:16, 19;
126:24; 127:11; 150:19;
151:12, 14, 16; 165:20;
187:16; 195:13; 198:11,
12; 220:12; 283:15;
284:19; 285:15, 16; 322:9;
364:17; 373:4
**day-to-day** 112:21
**days** 9:18, 20, 24; 27:8,
12, 25; 28:24; 119:4, 15,
16; 124:9; 146:6; 149:18;
163:23; 328:7, 7
**dead** 322:4
**deal** 301:11
**dealers** 278:6
**dealing** 166:10, 11
**deals** 301:20

**debating** 198:8
**DeCanio** 160:22; 161:23;
171:17; 172:20; 199:14;
208:8; 212:8, 20; 214:7;
257:9; 260:9
**DeCanio's** 173:14
**Decantio** 171:16; 173:6,
13, 16, 24; 175:5; 176:23;
177:9, 17; 212:11, 16, 23;
213:15; 214:3, 4, 9, 10, 17;
223:13; 228:25; 260:16,
21
**December** 120:3, 7, 20;
121:7, 24; 123:2; 125:20
**decide** 9:25; 290:19
**decided** 198:10
**decision** 21:22; 155:7;
188:12; 190:21
**decisions** 119:18
**deck** 295:10
**decreased** 113:8
**deem** 62:11
**defamation** 131:6;
132:21; 140:2; 145:24, 25;
246:24
**defamatory** 85:2; 129:3,
8, 14, 22; 130:5, 19, 25;
131:7, 14, 18; 132:9;
133:10, 11; 134:8, 18;
135:3, 8, 17, 22; 136:3, 8,
13, 22; 137:6, 11; 140:7;
158:24; 159:12; 198:20;
199:4; 203:7, 14, 25;
204:11, 18, 23; 215:22;
216:8, 12
**defamed** 110:25; 130:13;
132:24; 199:11, 16
**defaming** 166:9; 180:18
**Defendant** 44:23; 45:3;
81:23; 85:25; 303:3; 308:8
**Defendants** 4:7, 24, 25;
5:6; 196:20; 205:5; 366:25
**Defendants'-1** 205:9
**defense** 72:6
**defined** 123:4
**definitely** 19:5
**delayed** 5:10
**demoted** 90:14
**Denhoff** 355:4
**denied** 207:10, 20; 208:2;
229:22; 230:3; 236:7
**deny** 230:6
**department** 88:15; 93:5;
121:4; 170:11; 172:9, 10,
14, 15, 16, 19; 175:6, 20,
22; 183:4, 6; 188:3;
203:10; 208:15; 217:24;
219:10; 238:7, 8; 247:2, 4;
248:6, 6, 15, 19, 23, 24,
25; 250:6, 11, 16; 251:7,
12, 18; 253:21; 254:4;
258:15; 269:10; 271:18;
282:13, 21; 290:17; 292:9;
294:5; 302:9; 305:17, 20;
306:16, 22; 307:15;
308:10; 310:7, 10; 313:19;

351:2; 355:14; 360:15;
362:15; 364:20; 370:7;
371:12, 13, 19, 20
**department's** 176:13
**departments** 368:6, 8
**deploying** 52:7
**deposed** 7:10; 8:17;
10:16; 12:3; 299:14;
300:10, 12, 16, 20; 301:4,
8
**deposition** 4:3; 5:12;
6:11; 7:13, 16, 17, 21;
8:13, 20; 9:15, 19; 10:3, 9;
11:8, 11, 25; 72:9; 298:9,
12, 15
**depositions** 9:16; 10:12,
16; 11:13
**describe** 77:7; 80:2;
100:15; 351:19
**desk** 39:12, 23; 99:25;
125:3; 293:25; 294:18;
311:20
**destroy** 248:11
**detail** 71:13; 244:7
**Detective** 275:11, 12;
276:8; 277:4; 280:9;
283:12; 293:21; 296:22;
300:21, 22, 24, 25; 301:6
**detectives** 277:7, 16;
288:13
**determine** 123:9; 264:25
**device** 17:11
**DI** 25:4; 71:3; 249:10
**dictaphone** 143:10
**difference** 114:15, 16;
180:4; 324:13
**different** 82:14; 89:16;
92:20; 94:18; 119:6;
179:22; 223:9; 269:20, 23;
343:5
**differently** 34:20; 75:18
**difficulty** 84:19
**dinner** 68:18
**direct** 64:11; 187:18;
203:8; 319:17; 323:8, 20;
324:23; 338:16
**directed** 204:9, 17;
319:11, 25
**directing** 320:17; 323:14
**direction** 203:9; 318:10;
325:9; 326:20; 328:15;
329:3, 15, 25; 338:17
**directions** 327:15; 328:2
**directive** 221:3; 222:14;
289:20; 341:13
**directives** 16:10; 21:9,
17; 133:16, 16; 134:9;
135:4, 7, 12, 16, 20, 23;
136:9, 13; 146:7; 166:16,
17; 168:11; 218:19;
219:19; 220:2, 13, 20, 21,
24; 221:4, 10, 20, 21, 22,
25; 222:6, 10; 230:11;
231:22; 232:15; 237:24;
289:21; 341:8
**directly** 21:7, 21; 22:5;

33:10; 35:4; 64:24; 132:8;
140:8, 10; 159:12; 309:11;
310:5, 18; 319:5, 7; 347:11
**director** 200:23; 202:2;
208:22; 217:3, 10, 18, 21,
24; 218:2
**disability** 121:8, 10;
226:11; 253:19
**disagree** 377:24
**disc** 144:23; 145:20
**disciplinary** 313:4
**discipline** 303:7; 304:23;
307:4, 9, 11
**disclose** 11:19; 299:2
**disclosed** 179:20
**disclosing** 179:22, 24;
180:5
**disclosure** 93:4, 7, 9
**discovery** 312:11, 16;
359:6
**discuss** 109:18; 371:3;
377:18; 378:17
**discussed** 109:25;
371:11; 378:9, 10
**discussion** 191:5;
258:23; 296:23
**dispatchers** 139:13
**disprove** 236:3
**disregard** 341:13
**disregarded** 128:5;
344:25
**disregarding** 341:9
**District** 4:8, 9; 16:14;
138:5; 148:4, 6, 11; 149:3,
23; 150:22; 151:10, 17;
152:5; 153:20; 155:15;
157:3; 250:18; 280:4;
284:7; 290:8; 369:21
**disturbing** 94:5
**division** 247:5; 248:10
**doc** 120:10
**dock** 46:2; 49:3; 139:13;
353:22
**doctor** 88:23; 95:4, 12;
96:3; 102:11; 103:9
**document** 22:21, 23;
32:10; 99:7; 101:15, 16;
104:12, 20, 25; 119:24;
124:14; 162:18; 165:6;
181:14, 20, 23; 206:9;
226:4; 260:4; 265:23;
266:3; 267:2, 8, 18;
268:24; 269:8; 270:11;
291:13, 21; 292:3, 17;
293:4, 15; 312:20
**documentation** 224:22
**documents** 22:11;
268:18; 366:12
**done** 22:18, 19; 23:9;
90:18; 112:8; 146:18;
161:17; 166:7; 170:3;
206:23; 238:8; 291:11, 11;
295:13; 323:17; 326:12;
335:20, 21; 345:6; 350:24;
355:1; 358:2; 364:24
**Donuts** 80:6; 81:9

**door** 295:7, 9, 12, 14;
296:8, 10, 13; 342:5, 5;
347:2, 4
**double** 209:18
**doubt** 171:12
**down** 51:17; 52:17;
54:18, 22; 55:7; 73:21;
111:9; 127:5, 19; 130:9;
190:14; 208:21; 270:13,
18; 274:9, 9, 15; 275:13;
277:2; 279:8; 292:10, 20;
329:22; 337:10
**dozen** 96:11; 273:17
**drafts** 205:15
**drank** 55:20; 57:23;
59:24; 60:8; 66:7, 13, 18,
21
**drawn** 264:3, 9, 13, 19;
265:5, 10, 14, 18
**drink** 37:12; 51:20, 21,
24; 52:21; 53:7, 12, 17;
54:21; 55:5, 15, 16, 21;
58:6, 11; 59:7, 10, 12, 21;
60:18; 61:15; 66:25; 67:2,
4, 8, 11; 68:4, 10, 19;
302:11; 336:22
**drinker** 336:20
**Drinking** 31:24; 32:20,
25; 33:3, 20; 34:16; 35:14,
18; 36:4, 13, 17; 37:22;
38:3, 9, 15, 21; 43:17, 24;
44:10; 45:7; 47:20; 49:16,
18; 50:25; 51:5; 52:18, 22;
53:3, 20; 54:12; 55:14;
58:5, 9, 14; 59:20; 60:3,
10; 61:23; 62:21; 63:9, 24;
65:2; 69:3, 24; 315:5;
318:15; 341:25; 346:20,
22
**drinks** 54:4, 24; 55:6, 25;
292:12; 339:11
**drive** 56:13; 58:25;
127:10; 318:24; 323:16,
17; 327:9, 19; 339:15;
360:3; 374:24; 375:7
**Driver's** 101:4, 5, 8, 13,
20; 107:19
**driving** 64:6; 319:6;
322:14, 15; 324:11;
325:18; 327:6; 337:10
**dropped** 39:12; 82:11;
208:14; 293:5, 15
**dropping** 215:6; 218:7
**drove** 326:7; 327:20
**drug** 278:6
**drunk** 58:25
**drunken** 291:23
**due** 102:19, 21; 207:12;
228:20; 283:25
**duly** 5:18
**dumbfounded** 289:22
**Dunkin** 80:6; 81:9
**during** 18:17; 19:10;
21:12; 29:22; 31:2; 36:22;
48:17; 62:25; 63:21; 68:6;
90:5; 109:4; 114:11, 24;
115:25; 116:3; 118:6, 16,

18; 127:16; 128:24; 157:4;
188:21; 189:2; 190:19;
199:2; 277:25; 278:8;
280:17; 283:3, 20; 289:2;
317:9; 350:12, 13; 351:2;
356:4
**duties** 313:2; 350:10
**duty** 31:24; 32:20; 33:2,
20; 34:16; 35:14, 16, 18;
36:13, 17; 37:13; 38:21;
43:18, 24; 44:10; 45:7;
46:12; 47:20; 49:17, 19;
50:25; 51:5; 52:19, 21, 22;
53:12, 20; 54:12; 55:14;
58:6, 14; 59:20, 25; 60:4,
11, 16; 61:11, 16, 23;
62:21; 63:9, 24; 65:2;
66:23, 23; 67:4, 9, 12, 16;
68:5, 5, 11; 69:4, 23;
126:16; 134:11; 166:4;
271:14; 277:25; 288:24;
291:6, 15; 301:25; 320:3,
6, 9, 10, 13; 331:23;
351:15; 375:11

# E

**E.L** 22:14; 99:9; 120:5;
124:18; 162:21; 181:18;
200:19; 266:2; 267:5;
269:3
**earlier** 31:14; 104:11;
163:23; 178:17; 241:2;
281:14, 15; 288:3; 366:24
**early** 14:4; 51:13; 105:15
**ears** 322:4
**easily** 153:7
**East** 151:6
**Eastern** 4:8
**economic** 70:16
**Ed** 4:15; 40:18; 43:15, 23;
44:9; 47:10; 70:2; 87:4;
125:18, 21; 138:2; 139:4,
8, 9, 10; 218:12; 225:11;
253:18; 270:22, 25;
303:25; 304:6; 361:21
**Eddie** 80:11; 127:9;
161:19; 176:10; 254:3;
327:4
**editorial** 267:10
**Edward** 4:4, 5; 5:17, 23;
270:2
**effort** 238:14
**efforts** 108:11; 227:3, 13;
302:7
**eight** 170:9; 318:3;
320:13; 351:23
**either** 119:4; 204:9;
212:19; 270:21; 313:13;
320:17; 321:4, 12; 323:8;
326:20; 327:15; 328:3;
367:21; 371:14, 17, 23;
372:3; 374:12; 376:10
**Eligible** 181:16
**else** 12:2; 26:16; 32:21;
34:17; 36:2, 9; 83:20;
129:13, 18; 134:16;

155:17; 162:10; 175:4;
176:16; 179:2; 185:17;
196:17; 199:20, 23;
212:15; 214:10, 18; 231:5;
270:25; 271:3; 272:12;
281:18, 21, 24; 283:19;
285:18; 287:13, 15;
295:15; 308:17; 317:19;
349:7; 352:19; 355:24;
359:24; 373:23
**email** 21:13; 160:18;
161:12, 19, 22; 162:9, 19,
22; 163:4; 165:8, 9, 20;
173:20, 25; 175:2, 5;
177:11, 20, 25; 199:13, 15,
17, 20, 23; 212:13, 17, 22;
213:5, 14, 22, 24; 214:3,
11, 20; 223:3, 5, 12, 20;
224:16, 17, 20, 21; 230:21;
255:6; 265:24; 266:21, 23;
267:3, 15, 17, 19; 365:12;
371:17; 372:3
**email's** 267:12
**emailed** 365:24; 366:3, 8
**emails** 365:6, 17
**embarrass** 238:2
**Embreui** 294:7, 12, 13,
15, 17; 295:22; 296:17;
298:25; 363:8
**emotional** 70:23; 93:23,
25; 94:9; 95:16
**empanelled** 172:20
**employed** 12:6, 12;
203:9; 237:17; 253:5;
313:6
**employee** 91:13; 162:3;
171:6; 195:9; 254:20;
307:16; 308:15
**employee's** 269:12;
270:7
**employees** 303:8;
304:23; 307:4, 9, 11;
308:11, 16; 374:10;
375:16
**employer** 15:5, 7, 10, 12;
92:5, 17; 93:2; 181:3;
222:13; 242:21, 23;
243:17, 17; 249:17;
253:12
**employment** 12:16, 18;
13:17, 20, 21, 25; 14:12,
24; 27:13; 29:8; 31:2, 6;
114:4; 128:25; 129:2;
131:17; 132:7; 163:16;
199:2, 4; 261:20
**employment-related**
303:8
**empty** 37:21; 322:18;
331:19
**encounter** 372:11
**end** 14:7; 68:14, 17;
107:6; 108:23; 117:19;
158:8; 202:5; 216:20;
228:19; 238:24; 242:7;
302:23; 341:6; 362:13
**endemic** 271:16
**ending** 134:7

**ends** 65:23; 133:23;
268:10; 335:11
**enforced** 341:9
**enforcement** 172:17, 21;
240:4; 244:25; 247:2, 5, 8;
248:4, 10; 253:20; 273:8
**engage** 31:22; 32:2, 12,
17; 34:4, 13; 247:20; 250:7
**engaged** 26:6; 60:3;
291:5
**engages** 248:16; 250:12
**engaging** 249:6; 291:14
**enough** 10:13; 95:12;
231:16
**enraged** 359:17
**ensuring** 309:14
**entered** 9:6
**entire** 174:25; 305:17, 19;
306:21
**entirely** 72:12
**entitled** 71:12; 72:6, 14;
73:12
**entity** 12:13, 16, 19;
13:17, 20; 15:12; 329:14
**entry** 216:15, 20
**escapades** 277:24;
278:15
**establishment** 61:14
**estimate** 57:7
**et** 4:5, 7
**Europe** 295:3
**evacs** 225:13
**even** 79:3; 88:12; 128:4;
151:8; 218:20; 224:19;
231:20, 22; 233:12, 17;
248:12; 249:8; 253:22;
271:6; 286:5; 324:4;
351:12
**evening** 55:2; 360:4
**event** 73:12
**events** 19:15; 20:8, 19;
63:19; 244:8
**everybody** 56:18; 188:3;
294:9; 343:19; 348:16;
361:9
**evidence** 180:13, 16;
204:8, 16, 21; 216:11
**exact** 30:16; 96:10;
153:14; 167:13, 17, 19;
174:22; 190:11; 208:23;
231:12; 241:7, 10; 273:15;
298:9; 332:3; 358:5
**exactly** 49:5; 114:20;
144:17; 145:3; 161:2;
162:5; 191:19; 193:10;
220:15; 241:8; 292:15;
293:19; 318:2; 372:22
**exam** 18:7, 18; 19:10;
375:25
**EXAMINATION** 6:13;
366:21; 374:7; 375:15
**examined** 5:19
**example** 77:25; 287:10;
378:15
**examples** 26:17

Except 133:7; 192:12;
356:10; 357:10, 11
exchanged 371:16;
372:2
excuse 69:7; 368:19
executive 185:21;
186:23, 24
exemplary 313:2
exercise 62:9
Exhibit-1 22:13; 128:22;
205:6; 271:9
Exhibit-10 269:2; 286:25
Exhibit-2 99:6, 8, 11
Exhibit-3 120:4
Exhibit-4 124:17
Exhibit-5 162:20
Exhibit-6 181:17
Exhibit-7 200:18
Exhibit-8 271:25
Exhibit-9 267:4
exist 365:17
expect 171:6; 230:24
experience 26:21; 27:2;
30:7
expire 190:10
expired 191:21
Explain 114:15; 128:13;
152:22; 159:12; 163:10;
172:13; 187:12; 189:2;
237:19; 367:7
explained 127:2; 153:7;
161:23; 163:5; 176:12;
208:24; 218:8, 10; 220:15;
237:14; 238:22; 244:6;
285:7, 14; 288:3; 289:16;
314:16
explaining 161:22;
224:2; 225:20; 226:24;
268:4
explanation 230:2;
252:6, 9
explode 58:19; 59:9
expressed 20:12, 15
extent 10:24; 105:2, 20;
115:10; 270:11; 376:14;
378:8; 379:9
extreme 70:22; 93:22;
94:9; 95:16
eyes 112:13, 18

# F

face 94:20; 161:10, 10;
174:12, 12; 197:11;
358:24; 359:3; 363:14, 16
face-to-face 140:13;
187:3
fact 12:2; 38:4, 19; 39:22;
43:15; 83:4; 127:7;
137:13; 152:21; 154:12;
165:10; 166:3; 173:9, 12;
179:18; 180:7; 183:3;
244:17; 246:20; 267:17;
288:22; 291:9; 297:13;
342:2, 3; 354:13

fail 19:14, 25; 20:7, 18;
245:4
failed 376:3
failing 133:16
failure 302:9
Fair 10:13; 14:25; 37:9,
11; 38:18; 41:9; 100:16;
126:20; 127:23; 139:5;
186:6, 7; 211:15; 240:12;
355:16, 23
fairly 84:15
fall 16:10; 21:10; 149:2;
220:14; 280:6; 336:21;
337:20; 339:2; 340:10
fallen 302:10
falling 102:16; 103:7, 13;
231:23
falls 130:8
false 171:9; 176:19;
222:8; 223:24; 246:23;
256:17; 257:14; 260:7
falsified 16:22; 131:10;
209:14; 356:12
falsify 153:22
falsifying 85:15; 87:7;
163:20; 166:21
familiar 23:3
family 73:18; 111:8, 12;
126:25; 128:15; 261:18,
22
family's 73:22; 74:5
fan 295:12
far 172:11; 238:4; 244:17;
252:16; 290:16; 375:13
fashion 313:2
father 110:23
fault 327:5
favorable 41:24; 42:7, 25
faxed 364:21
fear 70:22
February 126:17, 24;
127:12, 12; 162:13, 15;
169:15; 171:3; 217:14
Federal 6:6
fee 72:3
feel 222:9; 298:20; 299:8,
12
feeling 285:8; 347:5
fees 70:19; 71:2; 72:4, 8,
15, 19, 21; 73:9, 11
fellow 56:2
felt 105:25; 110:4;
145:24; 147:19; 208:13;
231:3, 15, 18; 232:3, 6;
235:16, 23; 239:10;
275:17; 276:14; 285:8;
299:17; 300:15
female 369:14
females 325:18
ferry 374:13
few 28:15; 90:11, 18;
107:10, 14; 191:21; 194:2;
365:6; 367:2; 374:24
field 367:12

fight 326:4
figure 154:18; 235:20
file 24:4, 25; 205:12, 17;
206:17; 261:10, 13;
353:22; 354:5, 9, 14;
370:18
filed 8:14; 23:8, 21; 24:8,
13; 79:4, 21; 82:16, 20;
96:24; 240:8; 244:2;
245:25; 246:5, 7, 8, 13;
254:22
filing 79:8; 81:11, 12;
83:19; 196:15; 240:13;
244:22; 272:8
fill 93:4, 16, 17; 105:4;
242:4
filled 178:11; 192:9;
237:12; 270:14, 15
filling 188:24; 189:3, 10;
192:3
final 166:8
find 15:11; 35:13; 220:6;
225:16; 238:2, 3; 245:17;
263:3; 274:3; 306:17;
364:16
finding 245:22; 246:6
Fine 218:4; 295:6; 377:6
finish 74:2
finished 345:7
FINS 357:19
Fiorillo 106:8, 10, 12, 15,
20; 107:8, 9; 108:9;
110:11; 266:19; 349:6;
353:21; 355:7
fire 33:12; 34:25; 66:13;
221:23; 360:20; 367:9, 19;
368:18, 19; 374:16
fired 16:8; 17:19; 18:4, 8,
19; 33:5, 6, 8; 35:5;
111:23; 111:12; 135:11,
19, 23; 138:11; 146:9, 25;
147:17, 20; 148:21; 150:8;
167:3, 12, 20; 168:4;
195:5; 219:18; 220:2, 19;
221:9, 22; 222:6, 9, 9;
223:13; 224:2, 5, 12, 24;
225:20; 226:5, 24; 227:6,
16; 231:2, 7, 25; 232:12,
23; 233:6; 235:14; 240:6,
16, 21; 241:15, 19; 242:15,
19; 243:15; 244:14; 274:7,
23; 276:20, 22; 278:19;
296:21; 297:7; 347:5, 13,
17
firing 133:14; 221:25;
276:15
firm 4:13; 23:20; 103:16;
104:8, 16; 105:14, 18, 22,
23; 106:10; 109:19, 20, 22,
24; 110:5, 9, 14, 16;
202:17
first 5:17; 8:14; 31:3, 6,
12; 35:12, 13; 37:16;
38:13; 40:21; 41:6, 13, 17,
22; 45:9, 18, 23; 56:22, 23;
57:3; 60:24; 66:17; 71:24;
75:21; 77:11; 105:7, 13;
121:9; 144:12; 149:8;

150:12; 151:14; 152:5;
166:15; 189:17; 190:15;
193:5; 194:8; 203:6;
207:8; 220:12; 228:15, 19;
229:5, 17; 231:21; 237:10;
269:6; 271:9; 280:2;
281:22; 283:3; 285:4;
314:5; 315:25; 320:22;
321:7; 325:11; 326:18;
336:17; 338:10; 345:20;
346:7; 348:5; 352:24;
353:11; 362:5; 367:11
firsthand 282:25;
352:10; 356:17
five 5:13; 25:21; 27:25;
61:2; 63:11; 109:18;
113:16; 156:22; 249:20;
268:15; 271:11, 12; 282:7;
302:22; 335:12; 367:12
five-minute 202:7
flagged 91:19
flashlight 352:4
floor 341:19
fogged 89:11, 21; 90:6,
12, 19
follow 133:16; 227:18;
245:5
follow-up 253:25
followed 135:20
following 9:17; 22:11;
119:24; 124:14; 162:18;
181:14; 265:23; 283:15;
284:19
follows 5:20; 130:10
food 339:10
forget 241:7
form 44:9; 93:5, 7, 9, 12,
16, 22; 130:9
forth 205:25; 206:4;
244:7; 257:6; 311:15;
316:19; 345:9; 360:24
forward 240:23; 260:19
forwarded 91:9
found 24:19; 48:14;
61:22; 143:17; 225:14, 15
four 18:2; 25:20; 70:11,
11; 110:18, 20; 168:7, 23;
190:12; 202:14; 268:11
fourth 17:5; 166:8, 14;
289:5, 6, 7; 323:3
frame 174:22; 190:11, 14
Frank 80:18; 106:8, 9, 12,
22; 110:3, 11; 266:19;
349:6; 353:21; 355:3, 11,
12
frankfiorillo@opton-
line.net 266:16
frankly 268:21
free 6:23; 368:25
frequent 302:12
frequently 341:7
Friday 294:16; 295:18, 19
friend 53:8; 54:4, 21;
76:24, 24; 83:14; 108:17,
18; 113:24; 128:2; 318:22;
364:18; 373:2

friend's 75:24
friends 73:19; 74:7, 10;
76:9, 19, 22; 80:15; 82:8;
84:7; 111:8; 113:18, 18;
295:2; 313:22; 316:22, 25;
317:15; 318:5, 6, 16, 17;
319:4, 7; 320:18; 321:12;
323:9; 324:24; 326:21;
327:16; 328:3; 329:16;
341:11, 15; 342:21; 345:2
friendship 77:24; 78:4, 4
friendship's 82:22
Friun 362:16
front 39:12; 56:23;
104:13; 117:8; 271:9;
292:12, 14, 15; 295:7;
312:21; 352:22; 353:12
fucked 373:14
fucking 358:10, 12, 13,
14; 359:17
fuel 37:21; 50:11
fuels 38:16; 39:11; 49:23;
50:2; 63:16
fulfill 271:14
full 98:13; 114:22;
115:19; 125:7; 128:23;
198:23; 221:6; 267:11
full-time 89:6, 9; 91:7;
115:2; 118:19; 119:16
fully 70:25; 96:21; 97:17;
212:14
funny 150:21; 151:22, 24
further 16:12; 128:23;
198:25; 250:24; 366:20;
374:3; 379:16
Furthering 15:2
future 70:17; 163:16;
180:20

# G

Galoppi 281:5, 8
Gary 46:5, 7; 325:19;
327:18; 346:21; 362:2;
363:7
gas 322:13, 16
gassing 322:21
gate 367:22
gave 17:6, 25; 18:3, 19,
21; 22:4; 40:9; 58:11; 61:8;
63:11; 65:4; 117:2;
148:16; 163:13; 166:13;
167:9; 168:20; 221:5, 8;
234:8; 239:7; 243:7;
281:25; 294:11; 296:25;
306:3; 337:15; 338:16
gender 369:12
general 282:11
generally 257:3
gentleman's 75:20
gentler 360:14
George 16:7; 20:25; 21:6;
26:8; 35:25; 37:19, 23;
38:14; 39:6; 40:22; 45:6,
25; 46:21; 52:4, 7; 53:16;



55:10, 18, 18; 56:20, 23, 25; 57:10, 12, 14; 58:11, 16, 21; 60:8; 63:8; 64:5, 6, 24; 67:17; 69:23; 80:17; 88:9, 13; 99:25; 106:23; 117:4; 125:12, 14, 16; 126:24; 129:10, 12, 18; 130:22; 138:21; 139:3; 140:4; 147:14; 148:8, 10; 150:15, 24; 151:19; 153:13; 154:5; 155:25; 156:12; 157:11, 12; 158:4; 160:17, 19; 161:15, 20; 166:24; 167:22, 25; 169:14, 21; 171:2, 4, 11; 176:9; 185:24; 195:16; 203:17, 20, 22; 216:16, 22; 225:9; 226:7; 227:4, 7, 14; 230:5; 238:18; 251:20; 252:25; 253:19; 260:12; 265:18; 270:13, 14, 15, 22, 24; 271:23; 272:11, 13; 284:13; 288:19; 289:22; 291:22; 302:17; 304:17; 305:5; 307:17, 20; 310:8; 311:18; 315:10, 24; 316:2, 6, 22, 25; 318:5, 7; 319:8, 10, 14; 320:16, 25; 322:11; 325:4, 22, 24; 326:19, 24; 327:3, 6, 8, 14, 21; 329:13; 332:7; 337:13, 13; 338:20; 339:12, 17, 22, 23; 341:20, 23; 342:4; 345:21; 356:18, 19, 20; 358:15, 17; 362:12; 363:11, 13, 16, 20, 23; 364:4, 9, 15; 372:7, 10; 373:8, 9, 10, 13, 19, 24; 374:5

**Gerden** 148:9

**gets** 346:24

**Gilbert** 16:15; 77:12, 18, 20; 100:3; 111:16; 138:5; 147:22, 25; 148:13; 149:5; 152:4; 155:2; 156:2, 7, 15, 24; 157:4; 273:22; 275:18, 22; 276:2, 11, 15; 279:14; 280:7, 17, 19, 23; 285:9; 286:22, 23; 290:2; 294:6, 14, 16, 24; 295:4, 8, 10, 20; 297:6; 301:17, 21; 302:2; 376:10; 378:11, 17; 379:5

**Gilbert's** 295:2; 378:16, 20

**Gilly** 4:20; 23:16; 106:4

**given** 18:21; 83:4; 124:5; 126:14; 211:17, 21; 221:19; 233:19; 235:13; 246:15; 251:13; 299:9; 301:11, 20; 349:18; 370:17

**giving** 182:17; 230:15

**goes** 80:11; 95:10; 127:9, 9; 149:22; 163:24; 171:4, 11; 176:10; 327:4, 7; 339:9; 358:9, 11

**goings** 278:21

**Good** 6:15; 80:15; 82:8; 83:14; 108:17; 110:4;

127:20; 171:13; 200:6; 227:8; 231:15; 305:3; 366:23

**GOODSTADT** 4:19, 20; 6:4, 6, 12; 11:17; 13:3, 7, 14; 17:14, 23; 18:10, 14, 23; 19:17; 20:10, 21; 21:24; 24:22; 25:4, 10; 27:15; 28:2; 29:3, 10, 25; 32:4, 7, 13, 19; 33:21; 34:5, 15; 35:15; 38:7; 41:12, 14; 42:9; 43:3, 19; 44:20; 52:23; 54:13; 55:4; 56:21; 57:15; 58:8; 60:5, 7, 12; 61:5, 10; 62:13, 15; 63:14; 71:3, 5, 15, 19; 72:2, 12, 25; 73:8, 13; 77:9; 79:12; 80:4; 83:13, 17; 84:11; 86:2; 90:20; 91:24; 94:25; 97:4, 22; 101:14; 102:8, 18; 103:5, 19; 104:9; 105:5, 8, 10, 11, 12, 19; 107:12, 23; 109:19, 21; 110:10; 112:6; 113:9; 115:4, 9; 116:12, 22; 118:24; 120:19, 21; 121:21; 122:5, 17; 123:11; 129:11, 15, 19; 132:11, 15, 25; 133:13; 134:14, 20; 135:9, 18, 24; 137:12, 17; 141:17; 145:9; 146:12; 147:4, 18; 148:14, 22; 152:12; 153:4; 155:9, 22; 156:3, 14, 21; 157:8; 159:15; 163:12; 164:9; 165:5; 167:16; 168:10, 13; 169:2; 170:23; 180:2, 6, 10, 15, 22; 181:9; 188:19; 191:7, 18; 198:3, 15; 202:20, 24; 203:4; 204:13, 19, 24; 206:12, 19; 207:6, 22; 211:19; 212:3, 6; 213:17; 214:12; 215:21; 219:20; 220:9; 222:7, 16; 223:8, 22; 224:13, 25; 226:6, 25; 229:7, 12; 231:17; 232:4; 233:14; 235:18; 238:16; 241:22; 242:20; 243:10, 21; 245:2, 24; 246:2; 247:10, 22; 248:17; 249:7, 10, 15, 24; 250:9, 14, 23; 253:17, 24; 254:14; 255:16, 23; 257:2; 258:17; 259:6; 261:14; 264:5, 10, 15, 21; 265:6, 15, 20; 274:18, 21; 276:13; 277:20; 279:21; 288:25; 290:21; 291:16; 296:11; 297:9; 298:23; 299:4, 15; 301:9; 305:8; 306:23; 308:12; 310:20; 311:3, 10; 312:3, 6; 314:9; 320:20; 329:18; 336:3; 357:22; 364:2; 374:5; 375:20; 376:13, 24; 377:13, 23; 378:5, 23; 379:6, 9, 17

**Goodstadt's** 103:16; 104:7, 16; 105:13, 18, 22; 109:20; 110:5, 9, 14, 16; 202:17

**Google** 105:24; 106:15,

18

**govern** 6:7, 7

**grade** 375:19

**graduated** 31:14; 368:13

**Grand** 99:21, 22, 24; 100:2, 12; 293:25; 297:19

**Gray** 149:6, 7; 150:18; 153:21; 284:11, 14, 22, 24; 285:3, 18; 286:8, 13

**Gray's** 285:5

**Great** 13:14; 162:6; 171:6, 12; 306:25; 354:6, 10

**Greg** 160:22; 161:2, 23; 163:4, 10; 171:15, 16; 172:20; 199:14, 14; 208:8; 212:7, 25; 223:13; 257:9; 260:9

**Grosse** 182:7, 25

**group** 241:15; 345:17, 17; 376:16

**growth** 70:24; 97:24

**guard** 15:25

**guess** 102:24; 114:18; 135:14, 15; 254:25; 279:18; 311:23, 24; 350:7

**guy** 30:4; 148:11; 151:9; 171:15; 225:12; 262:5, 8, 10, 22; 263:15; 264:23; 295:5; 315:13

**guys** 37:20, 22; 38:15; 39:14; 51:20, 25; 52:3, 3; 122:6, 9, 10; 131:20; 150:20; 151:6, 13, 22, 24; 157:4; 162:7; 172:22; 175:7; 208:9; 209:10, 19, 25; 210:7, 15; 211:25; 231:5, 7; 290:4; 321:3; 322:14; 323:17, 21; 324:10; 325:15; 327:9; 346:20; 352:18; 355:14; 362:12; 372:24; 373:5; 374:24

# H

**hair** 98:2, 4, 7, 9, 14, 15, 17, 20, 24; 100:17; 102:5, 12, 16, 23; 103:7, 12

**hairline** 100:22

**half** 52:5, 11; 58:4, 12; 59:19; 60:15; 84:25; 96:13, 18; 113:17; 114:22; 115:16, 20; 174:24; 215:9; 288:15; 322:17

**Halloween** 16:23; 17:3; 87:6; 131:11; 166:25; 167:4, 21; 168:4; 209:13, 17; 277:19; 356:4, 8, 16; 357:7; 358:20; 360:6

**hand** 64:3; 142:25; 293:3

**handed** 55:19; 117:2

**handling** 370:5

**hands** 57:20; 58:2; 59:21; 280:16, 23; 281:9, 19; 282:23; 342:8

**handwriting** 182:12

**handwritten** 289:10

**hang** 122:7

**hanging** 146:7; 282:3

**Hank** 52:2, 6; 67:16, 17

**happen** 209:5; 275:18; 276:5; 331:25

**happened** 112:2; 157:5; 180:20; 211:22; 246:17; 275:21, 25; 276:11; 292:12; 293:20; 331:24; 336:20; 348:16; 359:21; 364:12

**happening** 184:11

**happens** 327:8

**harassing** 249:16, 25

**hard** 78:10

**hardcopy** 371:17; 372:3

**Hardman** 16:23; 74:16; 157:23; 166:22; 167:7, 10; 168:15; 297:12; 325:18; 326:7; 373:8

**Hardman's** 137:24; 138:18; 139:2; 157:11

**harm** 70:23; 93:23, 25; 94:9; 95:16

**Hartman** 167:15

**Haven** 14:4

**head** 89:11, 21, 22; 90:7, 12, 19; 102:13, 17; 103:7

**headache** 94:12

**headaches** 96:4, 7

**health** 91:8; 92:15; 93:5

**hear** 352:12

**heard** 71:24; 77:17; 110:24; 139:23; 140:8; 209:23; 210:2; 211:13; 219:9; 352:9

**hearing** 19:2; 75:4

**heart** 94:11, 14, 24; 95:5, 14

**held** 258:23; 358:6

**help** 110:6; 363:24

**helped** 251:21; 353:21; 354:14

**helping** 362:12

**here's** 58:7

**herein** 302:25; 307:2

**hereinafter** 303:2

**herself** 182:25

**hesitant** 187:8

**Hesse** 5:8; 16:7, 19; 18:3, 19; 19:5, 8, 14, 23; 20:7, 17, 25; 21:6; 22:5; 26:8; 33:6; 35:25; 36:10, 12, 16; 37:3, 14, 18; 38:12; 39:4, 10; 40:3, 13, 22; 41:5, 23; 42:4, 21; 45:6, 23; 46:15, 21; 47:6, 19; 48:5, 9, 12, 16, 21; 49:5, 17, 25; 50:5, 23; 51:5, 16; 52:10, 25; 53:16, 24; 55:10; 58:11, 11; 59:5, 8, 13, 25; 60:8; 61:8, 16; 62:10, 20; 63:8, 21, 23; 64:5, 6, 9, 12, 19; 66:7, 13; 67:15; 69:2, 17, 23; 88:9, 13, 20; 99:25; 120:7, 12; 122:20; 124:21; 127:14, 21; 128:9, 10, 13; 129:10, 12, 18; 130:22; 131:2; 133:12; 134:8, 17; 135:7, 16, 22; 136:2, 8, 12, 15, 20; 137:6, 9, 15; 138:17, 24; 139:16, 17, 21; 140:4; 147:14; 148:8, 10; 150:15; 151:19, 25; 152:6, 9, 16; 153:2, 5; 154:5, 18; 155:5, 25; 156:12; 157:11, 12, 16; 158:5, 18, 20; 159:2, 11, 17, 20, 23; 160:5, 9, 13, 15, 17, 19; 163:3, 9, 21, 24; 164:14; 166:2, 24; 167:2; 168:3, 17, 20; 169:3, 7; 173:24; 176:5, 18; 177:24; 178:14, 20; 179:12; 180:8, 13, 18; 194:16; 195:5, 16; 198:21; 199:10; 202:19; 203:17, 20, 22; 204:3, 9, 17, 22; 207:13; 212:12, 16, 17, 19, 23, 25; 213:3, 6, 11; 214:3, 9, 18, 19; 216:11, 16, 22; 219:19, 24; 220:7, 17; 222:22; 223:6, 11; 226:8; 227:4, 7, 14; 228:21, 25; 229:6, 18; 230:5; 232:22; 235:10; 238:20; 239:2, 3; 252:7, 25; 253:19; 256:16; 260:12; 264:19; 265:18; 270:13, 14, 15, 21, 22, 24; 272:11, 13; 277:24; 282:10, 19; 283:3; 284:13; 287:19; 288:19, 23; 291:5, 14, 22; 302:17, 19; 303:3, 11, 16, 18; 304:11, 17; 305:5; 306:13, 19; 307:2, 14; 308:9, 21; 310:8, 23; 311:6, 9, 12, 12, 18; 313:18, 25; 314:6, 12, 23; 315:2, 24; 316:2, 6, 8, 23; 317:2, 3, 13, 17; 318:5, 7, 10, 13; 319:2, 21, 25; 320:16; 321:6, 11; 322:6, 10, 19, 23; 323:7, 7, 25; 324:23; 325:2, 7; 326:19, 24; 327:14; 328:2; 329:13; 331:18; 332:14, 17; 334:8, 12; 335:22; 336:4, 14; 337:6, 13; 338:16; 339:3; 341:7, 13, 23; 343:9, 17, 17, 22; 344:2, 5, 24; 345:22; 346:6, 7, 10, 13, 15, 17; 347:19, 23; 348:2; 352:7, 12, 21; 353:11; 355:7, 9, 15, 18; 357:12, 20; 358:4, 23; 359:3, 10, 24; 360:5, 13; 361:7, 15, 20; 362:12; 363:11, 13, 16, 20, 23; 364:4, 9; 372:7, 10; 373:19, 24

**Hesse's** 40:4, 7, 20; 41:9; 42:8; 125:3; 133:9; 214:4; 215:19; 251:20; 260:23; 261:3; 278:5, 14; 317:22; 328:14; 329:15; 341:10, 15; 360:24; 374:6

**Hey** 262:6
**Hi** 76:4; 80:10, 12
**hid** 179:18; 180:7
**hiding** 179:23, 25; 180:5
**highest** 302:8
**highly** 162:7
**himself** 87:10; 160:17; 304:15
**hire** 33:11
**hired** 307:18, 21; 308:22
**hires** 308:25
**hiring** 109:18; 175:25; 188:17, 22; 303:7; 307:3, 10, 15, 23; 308:10
**histories** 29:9
**history** 93:10; 103:6
**hit** 295:12
**hold** 12:9; 186:14; 202:24; 203:3; 209:7; 218:21; 254:9, 13
**home** 56:13; 58:25; 101:23; 290:12; 319:16; 323:19
**honest** 121:25; 292:24; 299:16, 18, 24
**hopefully** 202:23; 374:22
**hoping** 252:10
**host** 264:18; 265:17
**hostile** 58:17
**hour** 174:24; 288:15
**hours** 28:11, 15; 29:7; 30:9, 10; 54:24; 62:22, 23; 89:14, 15; 114:18, 21; 115:11, 13, 17, 19, 24, 25; 116:15; 117:3; 118:3, 6; 128:11; 225:13; 320:14; 322:18; 337:11
**house** 149:7; 150:2, 18; 153:21; 155:16; 225:14; 262:17; 281:25; 282:6; 283:14; 286:12; 293:21
**How's** 76:5
**hung** 21:10; 218:19
**hurt** 253:23

## I

**Iacopelli** 149:20; 194:18; 280:9; 283:12
**ID** 337:3
**ID'd** 87:10; 337:2
**idea** 263:20; 290:9
**identification** 22:13; 99:9; 120:4; 124:17; 162:21; 181:17; 200:18; 266:2; 267:4; 269:2
**identified** 76:22; 77:4; 78:15; 99:3; 130:12; 134:6, 19; 266:4; 267:7
**identifies** 216:16, 21
**identify** 76:25
**identity** 85:19; 87:24
**ignored** 50:8; 58:4; 314:15, 18, 19; 324:5

**ignoring** 58:13
**illegal** 262:17
**illegally** 94:21
**immediately** 80:7; 150:15; 295:18, 20
**impairment** 70:23; 97:24
**important** 10:8, 10, 11; 205:23, 24; 206:3, 9
**inaccurate** 24:20; 25:3, 12; 205:25; 206:18
**incapable** 220:6
**incidences** 211:21; 337:25; 344:20
**incident** 16:16, 23; 17:3; 53:24; 62:25; 63:6; 77:12, 19, 20; 80:3; 103:18; 130:13; 131:11; 147:22, 25; 148:13; 149:5; 155:2; 156:2, 8, 15, 24; 157:5; 166:25; 167:4, 22; 168:5; 209:15; 241:3; 245:5; 273:22; 275:19; 276:2, 12, 15; 277:13, 19, 22; 279:14; 280:7, 17, 20, 24; 281:14; 285:17; 286:21; 294:6, 15, 16; 295:20; 297:6; 301:25; 328:9; 336:19; 337:19, 20; 341:18; 344:22, 23; 348:9, 12; 354:18; 356:4, 8, 16, 21; 357:7; 358:3, 20; 360:6; 376:11; 378:11
**incidents** 292:11; 341:12; 344:20; 377:12
**include** 182:23
**included** 376:16
**includes** 259:8
**including** 26:7; 70:15, 16; 303:5
**income** 70:18
**inconsistency** 121:20
**Incorporated** 4:6
**incurred** 71:7
**independent** 310:25
**indicate** 44:25; 112:9
**indicated** 5:9; 45:17; 73:8; 207:19
**indicates** 158:4
**Indicating** 37:6; 56:7; 117:8, 24; 143:8; 215:10; 226:15; 239:21; 240:3; 252:2
**individual** 4:25; 12:13, 16, 19; 13:17, 20; 76:23; 282:12, 15
**individually** 82:5
**individuals** 145:8; 203:9; 275:24; 281:23; 282:5; 315:4; 342:11, 16, 17, 20; 375:24
**inebriation** 59:4
**inexorably** 302:10
**inflated** 231:9, 11
**information** 8:7; 92:3; 149:11; 158:3; 181:3; 207:9; 208:4, 5, 7; 256:16; 263:4, 21; 264:24; 283:16, **intoxicated** 313:21;

17; 357:6; 379:4
**initial** 235:8
**initiated** 174:5; 176:3; 219:5, 15
**injuries** 70:10, 15, 24; 72:19; 96:21; 97:3, 17, 21
**inquire** 48:12, 16; 185:9; 192:8; 194:2, 10; 201:2, 6, 19; 225:3; 226:12; 256:6, 10; 359:10
**inquired** 183:10, 13, 21, 23; 184:3; 191:15
**inquiring** 193:21; 370:16
**INSERT** 105:6
**inserted** 257:15
**inside** 52:18; 63:16; 295:4, 11, 11; 337:13
**instance** 67:17; 140:2, 6; 337:8; 338:10; 350:3; 352:6
**instances** 340:4; 343:5, 8; 350:4
**instead** 14:24; 203:11
**instruct** 25:5; 331:19; 335:22; 336:14, 17
**instructed** 336:5; 337:6; 338:2
**instructing** 71:18, 19; 249:11
**instruction** 377:14; 379:7
**instructs** 7:5
**integrity** 302:7
**interacting** 343:5
**interest** 209:4
**interested** 291:10; 366:2
**interesting** 83:16
**interfere** 89:24
**interfered** 39:24; 89:5, 8
**internal** 117:11; 120:2, 11; 123:17; 124:15; 150:5; 172:10; 224:15; 283:25; 284:4, 6; 358:18
**internet** 129:5; 199:6
**interpretation** 41:9
**interview** 149:19; 172:22, 22; 173:14, 17; 175:12; 260:8
**interviewers** 92:22
**interviewing** 149:4; 297:11
**interviews** 92:18, 19
**into** 16:3; 46:3; 49:2, 23; 50:2; 57:2; 59:17; 71:13; 74:25; 125:18; 127:5; 160:23; 172:23; 173:7; 175:18; 176:14; 188:4, 11; 190:25; 215:9; 227:10; 258:10; 261:5; 286:6; 292:13; 294:17; 295:19; 317:4, 7, 8, 11; 318:24; 325:4; 326:7; 332:5; 354:6, 10; 356:8; 363:10; 375:7; 378:20

323:10
**introduce** 4:18
**investigate** 276:24; 356:20, 24; 357:2
**investigating** 273:8, 20
**investigation** 93:19; 172:10; 173:7; 175:17; 176:14; 313:4; 356:8
**investigations** 373:7
**investigative** 356:15
**investigator** 149:20; 364:19
**investigators** 376:8
**invite** 6:19
**invited** 281:25
**involved** 105:23; 111:25; 126:2, 5; 134:9, 10, 11; 145:15; 155:2; 163:25; 164:11, 12, 16, 18; 209:23; 273:4; 313:13; 341:12; 344:24; 356:14
**involvement** 176:23; 177:2; 278:5; 345:8; 357:9; 364:8
**involving** 80:3; 137:7; 261:20; 297:6; 301:16, 21; 302:2; 313:12; 337:19, 21; 344:21, 22; 378:17
**Iraq** 52:2, 7, 12; 53:9; 56:3
**Island** 16:21; 66:13; 106:2; 138:12, 14; 171:20, 25; 172:3, 7; 360:21; 367:9, 17, 19; 368:19, 19; 374:11, 16
**Islip** 12:7, 9; 14:14; 75:6; 82:13; 89:14; 93:18; 109:2; 142:6; 151:6; 159:8; 163:17; 183:7, 8, 16; 184:14, 15, 19; 186:9, 22; 188:22; 193:20; 194:14, 18; 195:14, 19; 196:4; 197:22; 198:10; 201:23; 207:12; 214:23; 217:4, 21; 219:10; 220:7; 222:5, 13; 223:21; 229:6; 236:16, 24; 248:20; 249:2, 5; 250:25; 251:14; 256:19; 259:12, 18, 22; 260:6; 261:6; 272:24; 290:6; 304:24; 313:14; 375:16, 25; 376:6
**Islip's** 247:8
**isolated** 294:10
**issue** 58:5; 158:17; 222:11; 335:23; 336:5, 15, 18; 337:6; 338:2; 339:21
**issued** 203:8
**issues** 90:24; 245:9; 272:15, 19; 303:9
**Items** 70:9; 72:18

## J

**J** 270:2
**jacket** 257:23, 25; 258:5, 11, 16; 259:7, 12, 18, 23;

260:22; 261:5
**jail** 214:24; 216:4
**January** 14:16; 122:22; 123:3, 21; 124:16, 22; 125:21; 127:21; 189:19; 190:14; 217:14; 368:3
**jeopardy** 62:6
**Jimmy** 55:10, 13; 337:9, 15, 15; 348:8, 20; 353:2
**job** 12:8, 10; 15:5, 6, 9, 12; 89:6, 9, 20, 20, 25; 91:7, 22; 107:19; 108:2, 10; 118:19; 119:17; 131:13; 149:21; 150:8, 13; 159:3, 21, 25; 160:6, 10, 16, 20; 161:4; 164:24, 24; 169:9; 172:7; 175:11; 200:2, 11; 214:19; 230:14; 234:19, 23; 235:7; 236:23; 239:13, 17, 23; 240:4; 243:23, 25; 244:25; 252:16, 17; 304:22
**jobs** 106:25; 107:10, 15, 16; 181:6; 243:20
**Joe** 44:21; 80:18; 227:7; 267:25; 292:8; 303:25; 304:3, 5, 8; 349:6
**John** 74:15; 78:19, 21; 79:25; 80:9, 13, 22, 24; 81:5, 10; 321:4
**join** 55:16
**joined** 55:15
**joint** 304:18, 19
**Joseph** 81:23
**July** 321:16, 16; 325:13; 326:14, 22; 338:13; 343:14
**June** 23:23; 79:5, 7, 16, 21; 96:25; 97:20; 103:22, 25; 104:3, 4, 6; 105:16; 139:24; 141:19; 145:16; 240:9, 10, 11, 20; 320:23; 368:3
**jurat** 379:20
**jury** 99:21, 22, 24; 100:2, 12; 293:25; 297:19

## K

**Kansas** 6:2
**keep** 80:17; 108:15; 109:4, 13, 16; 128:17, 18; 151:20; 298:21; 299:13; 307:7; 355:16
**Ken** 4:22; 6:16; 26:14; 284:10, 14, 22, 24; 285:3, 5, 18; 286:8, 13; 325:23
**Kenneth** 30:5
**kept** 75:3, 7; 108:12, 23; 109:7
**Kevin** 9:2, 3; 80:17; 107:3; 108:3, 3, 13, 13, 16, 17, 24, 25; 110:2; 139:22; 140:17; 141:22; 266:10; 321:4; 378:14
**keys** 324:10

kicked 295:8
kid 339:15
kids 342:10
kinder 360:14
Kismet 326:3; 367:11
knew 10:18; 136:24; 204:7; 227:9; 230:15; 245:8, 9; 277:12; 279:9, 10; 280:14; 285:13; 295:21; 327:5; 342:20
knocked 342:5
knocking 362:20
knots 358:12; 359:16
knowing 123:20; 233:2
knowledge 17:10; 27:6, 7; 33:13; 34:25; 35:3; 40:15; 46:13; 48:20, 21; 49:8; 57:8; 87:15, 18, 23; 88:18, 19; 92:10, 10, 11; 97:23; 106:5; 110:8; 115:5, 23; 116:23; 117:17; 120:17; 121:23; 126:4; 130:24; 139:15; 142:4; 152:13, 14, 17, 20, 21; 164:7; 175:12; 176:22; 177:8, 13, 15; 181:22; 182:3, 6, 22; 197:7; 199:19, 25; 201:25; 212:12; 226:2, 21; 228:10; 230:13; 241:18; 242:9; 251:2; 254:19; 258:13; 259:10, 21; 270:17; 271:4; 287:22; 290:15; 298:2; 301:7, 20; 302:3; 310:13; 311:2; 349:3, 7; 351:7, 14; 353:16, 20; 354:12, 21; 356:18; 360:23; 365:16; 366:11; 372:6; 375:18
known 192:19; 197:25; 218:12; 235:22; 245:14; 262:23; 278:6
KT215@aol.com 266:8

# L

labeled 21:17; 150:23; 205:8; 342:7
Labor 51:11, 12; 57:6; 62:25; 63:6, 22; 64:22; 68:6; 69:3; 114:12, 19; 115:2; 116:7, 10; 117:18, 20; 127:5; 322:9
lack 59:4; 88:24; 90:24
Lamm 9:2, 4; 10:14, 25; 11:6; 107:4; 108:2, 7, 10, 24; 109:11; 139:22; 140:3, 9, 22, 25; 141:5, 10, 12, 18, 24; 142:3, 6, 9, 15, 19, 24; 143:19; 144:2, 5, 9, 14, 25; 145:6, 13, 17, 22; 146:10, 16, 18, 21; 147:2, 13; 178:23; 266:10
last 6:11; 8:17; 11:9; 17:25; 31:2; 78:21; 85:5; 98:13; 115:18; 127:11; 184:2, 21; 192:13, 20; 193:15, 25; 194:9; 201:9;

203:5; 272:22; 298:6, 8, 11, 15; 302:5; 309:10; 327:24; 370:17
lasted 288:16
late 79:2; 108:9; 285:5
later 16:12, 20; 211:12; 52:15, 15; 55:5, 7; 57:21; 139:24; 143:17; 145:4; 147:5; 149:16, 17; 151:15, 16; 165:21; 289:10; 314:25
latter 105:15; 107:24; 316:7
laughed 40:5; 58:3; 225:11; 373:10
law 23:20; 103:16; 104:7, 16; 105:13, 18, 22, 23; 106:10; 109:19, 20, 22, 23; 110:5, 9, 14, 16; 114:17; 172:20; 202:17; 240:4; 244:24; 246:25; 247:4, 8; 248:4, 10; 253:20; 273:7; 341:9, 10, 14; 345:2
Laws 200:4; 309:16
lawsuit 8:14; 45:4; 82:15, 20; 86:4; 129:8; 197:6, 25; 198:4, 6, 11, 14; 206:13; 258:16; 259:23; 300:7, 8; 315:17; 365:19; 366:9; 377:5
lawyer 23:19; 72:6; 226:20; 258:14; 365:20, 23, 25; 366:3; 374:6; 377:2; 378:7; 379:10
lawyers 24:4, 9, 21, 25; 105:23, 25; 106:7; 366:6; 376:25
laying 293:25; 342:8
leads 203:23
learn 35:13; 105:13, 17; 121:9; 144:14, 21, 24; 145:13; 375:23
learned 139:25; 140:7
least 79:5; 96:11; 220:18; 221:16; 241:12; 252:9; 350:12; 363:6
leave 45:12; 104:18, 24; 121:8, 10; 127:2; 128:15; 193:9; 321:3; 324:16, 18
leaving 38:10, 15; 52:7; 218:18; 315:12; 316:13, 16; 321:18; 322:17; 324:14; 327:9; 328:25; 330:22
led 92:23
left 84:3; 102:13; 125:2; 133:20; 138:12; 161:16; 193:7; 311:20; 313:19; 331:21; 354:3; 362:11
legal 4:14; 23:10; 32:8; 61:14, 15; 70:18; 71:2; 72:4, 8, 19, 21; 73:9; 376:14; 377:2, 25; 379:11
legitimate 222:15; 224:5; 240:15, 21; 242:19; 243:14; 244:13; 260:3; 377:19

less 17:12; 28:11; 112:4, 9, 13, 18; 113:11, 25
Leto 4:15
letter 160:24, 25; 161:2; 163:15, 22; 200:16, 20, 22; 201:4; 209:5; 218:14, 21; 222:18, 23; 223:25; 224:8, 16, 18, 19; 225:7, 20, 25; 226:3, 14, 18, 21, 22; 227:4, 15, 19; 239:20, 22, 25; 240:2, 5; 251:20, 23, 25; 252:7; 253:11; 254:11; 255:4, 9; 256:2, 8; 272:14, 18; 291:21
letterhead 253:7
letters 256:12
letting 218:18; 348:16
liar 241:8
license 101:4, 5, 8, 13, 21; 337:16; 353:9
lie 206:4, 6; 232:24; 236:2; 285:22
lied 213:6; 231:21, 22; 232:9, 11, 13, 17; 233:12, 18; 234:4, 5; 235:12
lies 241:4
lieutenant 162:7; 171:12; 207:11
life 206:10; 369:3, 4, 6
light 337:11
lighthouse 359:18; 367:9, 10, 13; 374:16
lights 285:6; 351:25
likely 241:6
Likewise 8:6
limit 58:24
limited 26:7; 70:15, 17
limiting 350:19
line 98:15; 100:17; 307:8
lines 25:20, 21; 179:7
liquor 52:19; 342:8
List 181:16, 25; 184:4; 190:4, 7; 191:21; 192:7; 201:10, 14, 17; 370:18
Listen 127:9; 150:13; 226:22; 262:24; 290:11
lists 190:10
little 10:19; 23:3; 75:15; 77:15; 103:3, 4; 113:10, 11; 143:10; 149:16; 182:24; 288:16
living 284:21
LLP 23:16
local 6:7; 302:12; 330:16; 331:14; 333:11; 334:4; 335:4; 341:2; 360:20; 368:18, 22
location 14:8
lock 295:14, 15
locked 295:14; 296:8
locker 131:20; 208:8; 209:9, 10, 20, 25; 210:7, 16; 211:25
locking 296:10, 13
Loeffler 4:25; 44:17, 17,

22, 25; 47:13; 50:16; 69:7; 74:16; 81:19, 20, 22, 23; 82:7, 10; 83:20, 24; 227:8; 292:6, 7, 9, 18; 304:2, 4, 5, 8; 328:19; 330:4; 331:4, 4; 332:25; 333:18; 334:18; 340:16; 344:7
Loeffler's 292:8
Lonelyville 326:9, 10
Long 16:21; 31:11; 46:19; 84:22; 104:6; 111:24; 125:11; 170:7; 171:20, 25; 172:3, 6; 174:20, 21; 215:8; 282:4; 288:12, 16
longer 14:21; 21:2; 22:6; 74:22, 23; 190:12; 288:16
look 25:19; 40:9; 93:21; 96:15; 99:3; 101:12, 18; 104:25; 111:9; 119:23; 130:8; 172:23; 188:4, 11; 190:24; 206:21; 213:24; 216:24; 229:21; 246:14; 256:15; 258:4, 10; 259:17; 261:5, 17; 269:5, 6, 16; 287:3; 302:4, 21; 309:9, 10; 313:16; 358:22; 359:2
looked 16:3; 28:22; 46:17; 51:21; 75:3; 80:6, 18; 82:17, 22; 85:6; 102:5; 151:11; 208:17; 209:15; 228:5; 245:19; 257:19, 24; 259:11; 261:13; 262:7, 20, 21; 263:4, 22; 264:25; 265:4, 12; 268:21; 285:10; 289:21, 22; 309:25; 339:9, 18; 340:2; 358:9; 373:8, 10, 13
looking 30:2; 56:10, 18; 101:11; 106:6, 10; 150:21; 151:22, 24; 160:23; 178:4; 266:20; 287:4; 294:19; 314:8; 336:25; 351:18
looks 111:12; 149:22
looseleaf 291:3
lose 90:9; 150:13
losing 98:7, 9, 17, 20, 23; 102:22
loss 70:17, 21; 73:15, 21; 74:4, 8; 84:14
lost 73:19, 22; 74:3, 5, 7; 75:23; 76:14, 16, 19, 21, 25; 77:7, 8, 24; 98:2, 4, 8; 113:19
lot 103:4; 147:23; 171:6; 244:7
luck 171:13
lunch 372:17; 373:4
lying 17:22, 24; 18:4; 180:19; 235:24

# M

Macarthur 171:21, 25; 172:4, 7
Maguire's 51:18; 52:17; 54:18; 55:11, 14; 56:15, 19; 336:12, 14; 337:9, 21

mail 293:4
maintain 366:16
maintenance 303:6
makes 112:12, 17; 122:3; 154:5, 11, 14, 16; 254:17; 320:5
making 216:3; 352:7; 358:24
Malafi 5:4
malicious 256:17
man 57:25; 58:3; 59:18
management 303:4; 305:6, 19; 306:15, 20
managerial 304:25
manifestations 94:7; 95:15
manner 44:9
manpower 172:12
many 6:24; 10:12; 24:11; 27:8; 28:23, 24; 30:10; 36:15; 45:5; 51:7; 57:4; 62:22, 23; 76:19; 96:6; 122:9; 133:10; 273:12; 300:6; 317:25; 318:12; 323:15; 331:18, 25; 332:10; 349:9; 351:11, 21; 362:8; 363:3; 368:10; 370:10; 376:4
map 351:18
March 79:22; 81:15; 244:23; 267:20
Marine 325:25; 326:3
mark 22:10; 25:9; 99:6; 119:24; 124:13; 162:17; 181:13; 200:14; 228:14; 265:22; 267:2; 268:18
marked 22:12, 16; 25:16; 99:8, 11; 120:3; 124:16; 162:19; 181:16; 200:17; 205:5, 8; 265:24; 267:3; 268:25
Market 75:2, 22
married 369:16
Marty 183:18; 184:5; 194:18, 21
master 46:2; 49:3; 353:22
masters 139:13
Mastic 14:5, 8
matter 4:4; 50:7; 64:25; 174:25; 177:10, 19; 196:6; 268:3; 365:19; 372:4; 377:4; 379:5, 12
matters 371:11, 20
may 7:25; 11:24, 24; 14:3, 4; 19:18, 20; 21:13; 28:6; 71:23; 88:9; 90:18; 97:7; 103:25; 105:15; 107:8, 22, 24; 108:9, 23; 114:8, 10, 16, 21; 161:8; 163:22; 171:19; 172:7; 173:2; 207:4; 217:7; 218:25; 223:2, 17; 230:21, 25; 231:15; 232:11, 18, 22; 233:6; 234:9, 17, 21; 235:9, 14; 238:11; 239:6; 291:11; 323:15; 356:13;

360:22; 366:3; 368:15;
377:8

**maybe** 151:8; 170:21;
282:8; 300:12; 364:23, 24;
370:23

**Mayor** 41:20; 42:15; 43:9;
44:3, 12, 17; 45:2; 47:7;
50:13, 14; 69:7, 10, 16;
70:6; 226:13, 14; 292:8,
19, 22; 308:5; 309:6;
328:17; 330:6, 24, 25;
333:3, 20; 334:20; 340:18

**McGuire's** 63:21

**mean** 15:22; 17:21;
20:15; 31:15; 44:17;
51:23; 73:16; 77:7, 23;
78:6; 93:24; 97:25;
103:23; 111:6; 120:25;
121:22; 150:4; 153:17;
175:23; 201:16; 229:10;
235:6; 237:3; 242:2;
252:13; 267:11; 275:22;
285:12; 300:5; 315:15;
316:17, 20; 348:22; 351:8;
359:7; 365:22; 376:22

**meaning** 47:23; 190:9

**means** 20:15; 26:20;
27:24; 82:21; 99:13;
115:8; 116:11; 204:5;
276:11

**meant** 137:14; 201:7, 13;
203:11; 359:11

**meantime** 191:20

**med** 225:13

**media** 129:5; 196:24;
199:7, 9, 12, 12; 272:18;
328:24; 330:18; 331:16;
333:13; 334:6; 335:6;
341:4; 344:17

**medical** 103:11

**medication** 89:3

**meet** 109:18; 110:14;
151:5; 174:14, 16, 18;
187:5, 13

**meeting** 16:13; 81:7;
88:8; 105:8; 133:15;
137:19, 21, 24; 138:6, 10,
17, 25; 139:12; 157:24;
169:5; 174:21; 175:2, 15;
187:9, 13; 192:14, 14;
193:4; 217:5; 284:25;
289:3, 4, 6, 6, 8, 14, 15;
292:18; 293:18; 319:22;
361:5, 6, 7, 12

**meetings** 191:23; 293:14

**member** 43:12; 47:16;
50:20; 226:17; 261:18;
282:21; 313:7

**members** 330:9; 367:18

**memo** 117:11; 120:6;
122:19; 124:20; 200:22;
201:4

**Memorial** 114:25; 117:18

**men** 118:12; 305:21

**mental** 70:22; 78:12;
91:8; 92:15; 93:5, 22; 94:9;
95:16

**mention** 84:13

**mentioned** 49:21; 76:12,
12; 166:3; 197:13, 18;
303:2, 2; 307:3; 366:24;
368:15

**mess** 38:5, 6, 10, 16

**message** 161:16

**met** 141:21; 174:9, 10, 11;
187:15; 285:19; 302:8;
309:18

**Michael** 4:23

**Mid** 186:19; 189:19, 20;
190:14, 15; 191:12; 192:5;
193:6; 194:8; 215:14;
371:2

**middle** 25:22; 39:15

**midnight** 52:4; 89:17, 18;
119:13; 122:25; 124:11,
12; 319:19; 325:15

**midnights** 193:13;
305:23; 315:13

**midway** 348:23; 351:20

**might** 68:19; 231:3;
267:25; 276:15; 319:15,
16; 359:5

**Mike** 364:20

**mind** 263:2

**mine** 83:15; 287:2;
336:19

**minor** 336:22, 24;
339:14; 348:11

**minors** 344:22; 345:18,
19

**minute** 57:21; 80:11;
91:7; 133:20

**minutes** 63:11; 65:9;
144:18; 156:22; 174:24;
268:8; 282:7; 295:6;
318:20, 21; 364:23

**mis** 148:12

**misconduct** 16:22;
85:14; 87:7; 131:9;
163:19; 164:2, 11, 13, 16,
19; 209:3, 14; 356:11

**misID'd** 147:21, 24; 148:3

**misidentification**
148:20; 153:2; 154:19, 25;
155:6, 19; 156:11, 19

**misidentified** 155:24;
156:25; 279:16; 294:7

**misidentify** 152:6

**misrepresent** 285:24

**misstating** 311:4

**MO** 12:22; 45:14; 113:2;
132:3; 137:2; 213:9;
225:17; 227:11; 230:18;
263:10; 326:16; 362:25

**Monday** 124:12

**Mondays** 358:5

**monetary** 70:16

**money** 15:3; 72:7; 150:9

**month** 123:22, 22;
343:12, 12, 14

**months** 103:24; 114:12,
24; 144:19; 151:15, 15;

317:5, 10, 11

**Moran** 139:23, 24; 140:3,
10, 11, 19; 142:7, 10, 16,
19; 144:5, 15; 145:6;
147:13, 14; 361:18, 19

**Moran's** 361:20

**more** 15:2; 26:13, 20, 25;
27:12, 18; 28:15; 29:7;
30:7, 10; 114:18, 18;
116:15; 123:22; 151:8;
175:25; 183:23; 202:23;
216:8; 231:18; 232:3, 7, 7;
235:23; 256:24; 275:14;
293:23; 346:23

**Morganier** 182:19, 24;
200:2

**morning** 6:15; 52:15, 16;
54:11, 18; 57:5; 119:11,
12, 13; 241:11; 294:19;
295:19; 315:6; 322:22

**Moses** 367:12; 374:14

**most** 76:16; 115:22;
118:6; 225:12, 14, 14;
241:6; 317:10

**mostly** 87:5

**mother** 111:18, 19;
112:4; 339:18

**mother's** 112:13

**Motion** 12:22; 13:4, 8, 10;
113:2; 132:3; 213:9;
225:17; 227:11; 230:18;
263:10; 326:16; 362:25

**motioned** 295:14

**move** 45:15; 71:23; 73:6;
137:3

**moved** 172:16

**much** 61:7; 70:25; 71:13;
72:7; 80:21; 82:23; 98:19;
316:14, 17; 318:17; 319:3

**mud** 326:7

**mumbled** 373:17

**must** 23:8; 284:8

**mustache** 294:8

**Myself** 28:13; 34:18;
39:24; 85:13; 92:21;
157:19; 159:9; 161:24;
165:19; 174:7; 176:6;
305:12; 317:11; 327:17;
337:22; 373:17

---

# N

---

**name** 4:12; 5:22; 75:20,
21, 25; 76:7, 23; 78:21;
88:11; 112:24; 171:15;
184:21; 197:13, 18;
208:23; 215:4; 216:2;
366:25; 369:10; 370:2, 4;
372:18

**name's** 87:13

**named** 262:5

**natural** 70:24; 97:24

**nature** 25:19

**necessarily** 31:15; 38:2;
153:25

**necessary** 298:20;
299:8, 13

**need** 7:7; 62:9; 97:19;
128:18; 149:25; 150:8, 8,
13; 205:6; 226:22; 239:22;
240:4; 269:5

**needed** 20:4; 145:19;
160:25; 181:7; 230:11;
238:23; 254:2; 350:24

**needs** 172:11, 19, 23;
175:20, 22; 176:14;
254:10

**negative** 207:13; 211:23;
215:19; 228:16, 20; 229:3,
9, 10, 17, 19; 256:17

**negligence** 90:2

**New** 4:9; 5:19; 6:3; 14:24;
15:5, 5, 6, 9; 91:17; 93:6,
8; 172:17; 185:22; 192:22,
24; 283:15, 17

**News** 197:4, 5, 15, 23;
245:14; 264:13; 265:13;
328:24; 330:12; 331:9;
333:9; 334:2, 24; 340:24;
344:15; 360:21; 368:20

**Newsday** 197:4, 15, 22;
198:11; 245:14; 264:8;
265:5; 272:14; 328:24;
330:14; 331:12; 333:7, 22;
335:2; 340:22; 344:13

**newspaper** 264:8;
331:14; 334:4; 335:4;
341:2; 360:20; 368:22

**next** 9:17, 24; 21:11;
46:22, 24, 24; 48:14;
70:11; 141:9; 150:18;
186:8; 189:12; 191:3, 11,
13; 227:23; 229:22; 234:8;
267:2; 268:18; 270:6;
283:6; 284:16; 287:23;
293:2, 17; 314:21; 316:5;
327:22; 345:4; 346:17;
378:19; 379:19

**Nextel** 141:7; 142:24

**Nextels** 141:8

**nice** 325:6

**night** 49:22, 23; 46:23,
24; 52:5; 53:24; 54:9; 58:6;
59:18; 61:8; 64:7; 66:19,
20; 67:4, 18; 68:5; 84:21;
87:6; 89:21; 119:9, 10, 10,
11, 12; 124:11, 12; 147:22;
148:5, 18; 149:12; 153:6,
16, 19; 154:7, 13; 161:6;
197:23; 209:13; 264:13;
265:13; 275:25; 277:12,
13; 280:12, 14; 285:9, 13;
294:14, 24; 297:16;
299:22; 322:12; 327:12;
331:22; 388:25; 355:13;
372:14

**nights** 29:16, 18; 31:19;
89:10; 149:15

**nine** 52:3, 3; 351:24

**Nofi** 7:8, 10, 12, 15; 8:12,
16; 109:14; 110:7, 8, 12,
13; 256:2, 7; 267:25; 349:6

**Nofi's** 7:21; 11:8, 10

**None** 34:7; 67:20, 22, 24;
68:2; 77:5; 79:19, 20; 81:6;
113:23; 204:20; 205:3;
227:17; 229:8; 278:16;
301:10

**nonresponsive** 12:23;
326:17

**Normal** 40:22; 89:14, 15;
350:10, 15

**normally** 118:23; 374:21

**north** 353:23, 25

**Notary** 5:18

**Note** 102:8

**notes** 278:20, 23, 24;
279:3; 289:10; 290:13, 14;
291:8

**Notice** 22:12, 24, 25;
23:6, 7, 21; 24:2, 4, 7, 12,
15, 25; 25:11, 15; 26:2, 11;
35:10; 70:9; 71:6, 10;
72:17; 79:5, 8; 81:11;
97:12; 103:17; 128:21;
198:18, 23; 202:22; 240:8,
9, 13; 254:22

**noticed** 5:10; 316:13

**notified** 9:16; 24:21;
123:21; 284:13, 14;
341:20

**notify** 91:22; 92:4, 16, 25;
93:2; 119:17; 284:10;
340:6

**notwithstanding** 267:17

**November** 79:2; 151:5;
254:25, 25; 262:12

**NOVIKOFF** 4:22, 22; 5:7;
6:4, 10, 14, 15, 16; 7:23;
12:22; 13:6, 9, 15; 21:25;
22:9; 25:8; 28:3; 32:5, 9;
33:24; 35:17; 40:25; 41:3;
43:20; 44:23; 45:14; 71:5,
17, 21; 72:10; 73:3, 14;
79:13; 99:2; 101:19, 25;
104:23; 109:23; 113:2;
119:23; 124:13; 132:3, 17;
133:19; 137:2; 158:8;
159:16; 162:17; 169:6;
181:13; 200:13; 202:5;
203:2; 213:9; 225:17;
227:11; 230:18; 249:13,
22; 250:2; 257:5; 258:19;
265:22; 266:25; 268:6, 17;
311:8; 326:16; 335:9;
362:25; 364:3, 22; 366:19;
376:18; 377:15; 378:4, 12,
25

**nowhere** 346:23

**number** 4:3, 9; 29:14;
65:24; 66:4; 70:11, 11;
106:23; 108:14; 133:24;
134:4, 7; 147:10; 181:25;
183:8; 184:10, 13, 16, 18,
20; 201:18; 202:10, 14;
256:15; 268:11, 15;
273:16; 318:3; 332:3;
335:12, 16

**numbered** 268:23

**numbers** 351:12

**numerous** 26:6; 313:18;

EDWARD CARTER v.
September 16, 2008

Case 1:06-cv-01215-SJF-ETB   Document 145-106   Filed 09/04/09   Page 155 of 163 PageID #: 4454

EDWARD CARTER v. FRANK R. CACCIUTTO, et al.
INCORPORATED VILLAGE OF OCEAN BEACH

314:2

# O

**O'Bannon** 177:7, 10, 19;
185:7, 8; 193:2, 5, 7, 9
**O-L-E-Y** 78:22
**OB** 75:2, 22; 88:10
**object** 8:9
**objected** 41:3
**Objection** 17:14, 23;
18:10, 23; 19:17; 20:10,
21; 21:24; 24:22; 25:4;
27:15; 28:2; 29:3, 10, 25;
32:4, 13, 19; 34:5, 15;
35:15; 38:7; 40:24; 41:2,
12, 14; 42:9; 43:3, 19;
52:23; 54:13; 55:4; 56:21;
57:15; 58:8; 60:5, 7, 12;
61:5, 10; 62:13, 15; 63:14;
71:3; 77:9; 79:12; 80:4;
83:13, 17; 84:11; 86:2;
90:20; 91:24; 94:25; 97:4,
22; 101:14, 15; 102:9, 18;
103:5, 19; 104:9; 105:5,
19; 107:12, 23; 110:10;
112:6; 113:9; 115:4, 9;
116:12, 22; 118:24;
120:19, 21; 121:21; 122:5,
17; 123:11; 129:11, 15, 19;
132:11, 15, 25; 133:13;
134:14, 20; 135:9, 18, 24;
137:12, 17; 141:17; 145:9;
146:12; 147:4, 18; 148:14,
22; 152:12; 153:4; 155:9,
22; 156:3, 14, 21; 157:8;
158:2; 159:15; 163:12;
164:9; 165:5; 167:16;
168:10, 13; 180:2, 6, 10,
15, 22; 181:9; 188:19;
191:7, 18; 198:3, 15;
202:20; 204:13, 19, 24;
206:12, 19; 207:6, 22;
211:19; 212:3, 6; 213:8,
17; 214:12; 215:21;
219:20; 220:9; 222:7, 16;
223:8, 22; 224:13, 25;
226:6, 25; 229:7, 12;
231:17; 232:4; 233:14;
235:18; 238:16; 241:22;
242:20; 243:10, 21; 245:2,
24; 246:2; 247:10, 22;
248:17; 249:7, 10; 250:9,
14, 23; 253:17, 24; 254:14;
255:16, 23; 257:2; 259:6;
261:14; 264:5, 10, 15, 21;
265:6, 15, 20; 274:18, 21;
276:13; 277:20; 279:21;
288:25; 290:21; 291:16;
296:11; 297:9; 298:23;
299:4, 15; 301:9; 305:8;
306:23; 308:12; 311:3, 4;
312:3, 6; 320:20; 329:18;
336:3; 364:2; 375:20;
376:13; 377:13, 16
**OBPD** 229:25; 252:6;
303:5; 305:7; 309:13;
312:25
**observed** 372:7, 9

**obtain** 229:24; 251:5, 24;
252:5
**obtaining** 200:8
**Obviously** 7:5; 73:18;
97:11; 213:7; 254:3;
282:23
**occasion** 46:11; 128:5;
130:3; 141:19; 144:8;
183:24; 192:6; 341:22;
343:9, 11; 345:15; 370:8
**occasions** 24:11; 88:25;
89:20; 90:11, 18; 232:10,
12; 233:13, 19; 313:18;
314:2; 317:25; 370:10, 14
**occurred** 281:14;
285:17; 358:4
**Ocean** 4:6; 14:21; 16:8,
17; 17:19; 21:3; 22:7;
26:23; 27:13; 29:7, 21;
30:8, 15, 17; 31:3, 6, 16,
17, 18; 46:8; 54:22; 55:24;
66:7, 23; 67:5, 12; 68:12,
18; 69:16; 74:11; 76:11,
15; 77:2; 79:10, 16, 23;
81:16; 83:21; 84:9; 93:18;
100:10; 113:21; 114:5;
116:17; 117:23; 118:25;
119:17, 19; 123:7; 124:25;
126:14, 22; 131:25; 136:4;
154:21; 159:14, 19, 25;
179:7; 195:9; 198:2, 14;
203:10; 206:14; 208:10;
209:6, 17, 24; 211:22;
218:15; 224:9; 226:2, 3, 4,
8, 22, 23; 227:5, 15;
237:15, 17, 22; 238:8;
239:21; 240:2, 14; 242:16;
245:9, 15, 22; 246:7;
247:6; 251:6, 11, 17;
253:2, 5, 20; 254:3, 20;
261:20; 262:7, 21; 263:6,
8, 13, 18, 24; 269:10;
271:17; 277:9, 10; 280:5;
290:16; 301:16; 305:17,
20; 306:15, 21; 307:15;
308:10; 309:13; 310:6, 7,
9, 10; 313:6, 13; 341:16;
351:18; 362:21; 367:10;
368:5; 370:5; 371:11, 19;
374:10
**October** 227:24; 295:25
**off** 9:18, 20, 21, 22, 25;
10:22; 19:4; 30:10; 33:2;
35:14, 16; 40:5; 43:17;
51:19, 24; 52:21; 53:4, 7,
14, 17; 55:22; 56:3, 11;
60:16; 61:11; 65:12, 25;
66:23; 67:9, 12, 16; 68:5,
11; 80:21; 82:12; 116:2, 3;
119:3, 4, 16, 16; 123:8;
124:9; 133:25; 158:12;
163:3; 176:21; 194:21;
196:11; 202:11; 208:14;
215:6; 218:8; 258:19, 22,
23; 268:12; 285:4; 293:5,
15; 308:25; 314:20; 317:7,
8; 319:18, 20, 21; 320:8,
12, 13; 321:21; 327:10;
335:13; 346:7, 15; 348:15;
349:23; 353:9; 355:10;

365:2; 367:12, 12
**offensive** 61:22
**offered** 131:22; 200:2, 3,
10
**office** 16:15; 138:5;
148:5, 7, 12; 149:3, 23;
150:22; 151:10, 18; 152:5;
153:20; 155:16; 157:3;
196:23; 203:10; 214:23;
215:10, 19; 216:3; 250:19;
274:10, 16; 275:13; 284:8;
288:11; 290:8; 369:21
**officer** 54:6; 56:2; 60:4,
11; 66:22; 67:8, 9, 12;
68:4, 11; 76:10; 79:10, 15,
18, 23; 83:21; 85:13;
91:17; 114:9; 118:14;
153:6; 172:21; 237:15, 21;
253:20; 262:23; 295:3;
325:14; 327:5; 350:15;
351:13; 362:16; 375:8
**officer's** 287:7
**officers** 26:7, 11, 13, 20;
33:4; 35:7, 9; 36:3; 38:9,
20; 43:16, 24; 44:10; 45:6,
12; 46:8; 47:20, 22; 49:16,
18; 50:24; 51:5; 52:18;
53:11; 54:12, 19; 55:7, 9,
12; 56:10, 15; 58:5, 13;
59:19; 61:2, 23; 62:21;
63:9, 24; 64:2; 65:2; 67:3,
5; 69:23; 76:11; 77:3, 6,
25; 78:14; 81:16; 88:13;
100:3; 113:19; 118:15;
137:19, 21; 138:3; 139:11;
247:17, 20; 249:5; 250:6,
17; 262:19, 23; 263:4, 11,
22; 271:12; 287:2; 291:23,
23; 292:11; 302:10;
305:12, 13; 313:21; 315:8,
8, 11, 13; 316:21, 22, 25;
317:16; 318:8, 14; 319:3,
5, 12; 320:2, 7, 18; 321:13;
323:9; 324:20, 21, 24;
326:21; 327:16; 328:3;
329:16; 331:20; 336:2;
342:25; 343:2, 22; 346:21;
347:24; 349:2, 18; 350:11;
362:4, 21; 363:4, 25;
364:6, 10; 367:18; 368:5;
372:13, 25; 374:10; 375:5,
11
**offices** 204:5
**official** 16:22; 85:14;
87:6; 131:9; 163:19;
209:2, 14; 224:15, 18, 22;
226:23; 245:4; 253:7;
273:8; 303:3; 306:14;
308:9; 356:11
**officials** 256:18, 22, 24;
257:8
**often** 67:11
**old** 98:5, 10; 113:15;
118:7; 192:25
**older** 74:20
**Oley** 74:15; 78:19, 21;
79:25; 80:3, 5; 81:10;
83:25
**Once** 67:14; 261:4; 326:6

**one** 4:3; 21:8, 11, 16;
24:14; 46:2; 51:8, 19, 24,
25; 55:5, 24; 59:2; 60:9;
62:24; 63:6; 64:6, 21;
65:24; 71:22; 74:25;
76:13, 22; 82:8; 85:2, 7;
88:10; 97:16; 106:2;
107:18; 108:13; 110:2, 2,
5; 117:7; 126:24; 133:7,
14, 20; 134:9, 10, 10;
140:2; 141:7; 142:25;
143:8; 145:15; 155:17;
160:13; 166:15; 167:8;
169:14; 170:4, 4, 6; 179:5;
183:8, 24; 184:10, 13, 18;
191:24; 192:18, 21;
193:24; 194:22; 198:18;
202:23; 205:7; 208:16;
224:14, 14; 228:23;
229:10, 18; 237:3; 242:14;
251:13; 254:2, 11; 256:24;
257:8; 258:20; 262:4, 6,
19, 20, 23; 263:5, 8, 13,
17; 295:2, 15; 300:3;
310:14; 311:6; 315:12;
323:12; 327:9, 17; 337:19,
20; 340:10; 341:21, 22;
342:18; 343:9; 345:12;
348:7; 357:2, 25; 363:8;
364:17; 368:24; 370:15,
19; 372:13; 376:2
**ones** 55:10, 11; 95:22;
188:13; 209:11; 230:23;
342:21; 346:21
**online** 245:19
**only** 6:25; 11:21; 15:19;
31:13; 36:6; 49:20; 58:23;
62:18; 66:6, 12, 21; 67:7;
68:3; 77:25; 87:14; 88:18;
108:13; 110:11, 15; 118:8;
130:3; 133:7; 144:8;
166:13; 178:19; 180:18;
183:3, 5, 14; 200:6;
207:16; 212:25; 229:18;
248:25; 255:12; 257:10;
297:13; 325:22; 328:6;
337:5; 343:8; 354:12;
365:17; 367:18; 368:4;
376:5
**open** 183:11, 14; 225:14,
15; 269:4; 345:15
**opened** 295:7; 342:5
**operation** 304:6
**opinion** 113:7; 153:25;
155:3; 188:22; 263:17, 23;
265:2, 5, 10, 14, 19;
310:22; 324:15
**opinions** 263:12
**opportunity** 65:5; 132:7
**oppose** 13:7, 11; 377:15
**opposed** 15:5; 236:23;
305:20; 306:22; 307:16;
308:14; 376:20
**opposition** 128:24;
199:2; 271:16
**oral** 371:4
**order** 53:7; 240:3; 263:5,
22; 308:21
**ordered** 355:5

**orders** 305:10, 23; 306:3
**original** 21:8; 183:18;
223:10; 293:7; 299:21
**originally** 16:9; 82:11;
84:24; 111:14; 139:22;
147:20; 153:21; 161:15;
170:5; 209:11; 231:8;
235:4; 301:3
**others** 53:17; 63:8;
129:5; 199:7
**otherwise** 25:22; 26:5;
44:24; 361:18
**out** 4:17, 19; 35:13;
40:10; 48:14; 49:9; 52:6;
56:12; 63:25; 68:17;
76:18; 78:13, 20, 23; 79:7,
17, 24; 81:10, 17; 82:3, 9;
83:20, 22; 93:4, 16, 17;
101:17; 102:16; 103:7, 13;
120:23, 25; 122:14; 125:7,
12, 15; 126:25; 127:15;
128:14; 143:17; 150:5;
151:7, 15; 154:18; 155:23;
157:2; 184:4, 5; 226:11;
235:20; 237:13; 238:2, 3;
242:5, 11; 245:17, 22;
246:6; 248:12; 253:18;
254:23; 256:7; 262:18;
263:3; 270:14, 15, 20;
271:15, 20, 23, 25; 272:7,
10; 274:3; 290:7, 25;
295:6; 298:16; 305:10;
315:5; 321:2, 3, 22;
322:14, 15; 323:17, 18, 18;
324:11; 325:21; 326:5, 6;
327:9, 19, 21; 332:6;
337:13; 338:22, 22;
339:16; 343:19; 347:2, 3;
349:18; 362:22; 363:24;
364:19; 367:4; 368:12;
370:25; 372:17; 373:3, 4,
14, 18
**outlet** 272:19; 328:24;
330:18; 331:16; 333:13;
334:6; 335:6; 341:4;
344:17
**outlets** 196:24
**outright** 236:2
**Outside** 8:10; 80:13;
113:19; 128:9; 294:25
**over** 52:2; 76:2; 82:22;
91:20; 95:22; 96:13;
117:23; 127:6, 10; 152:5;
162:9; 185:17; 209:24;
210:9; 220:14; 252:15;
261:2; 262:22, 24; 263:8;
268:7; 290:4; 295:3;
326:7; 339:7, 10, 16;
371:14, 24; 373:6
**overall** 350:25
**overcome** 61:3; 271:13
**overseeing** 120:23;
309:12; 310:6, 18
**own** 58:19; 73:17; 264:3,
9, 14; 265:5, 10, 14, 19;
293:10; 357:8, 8; 362:23;
374:25
**owned** 75:22; 338:3

owner 75:2; 336:11;
337:9; 344:21

# P

p.m 134:5; 158:12, 15;
202:11, 15; 258:22; 259:2;
268:12, 16; 335:13, 16;
365:2, 5

package 260:19

packet 93:20; 362:15

page 23:11; 60:24; 70:8;
128:22; 198:18, 23; 203:6;
206:22; 268:22; 269:6;
271:10; 302:6, 21; 345:5;
360:11; 379:19

paid 51:20; 71:2; 72:20

paper 111:15, 24; 231:13;
290:12, 25; 291:3; 330:16;
333:11; 358:6; 368:18

papers 215:6

paperwork 16:22; 39:16,
23, 25; 87:7; 131:10;
163:20; 192:16; 208:14;
209:15; 218:7; 356:12;
364:21

paragraph 97:9, 10, 11,
11, 15; 110:18, 20; 198:24;
201:9; 203:6; 206:21, 23;
251:5; 257:6; 259:4;
261:17; 272:2; 302:21;
304:12; 309:9; 313:16;
314:24; 335:18; 345:4, 10;
354:13; 357:14; 360:25

parents 339:15, 17

Paridiso 10:6; 40:18;
41:17; 42:12; 43:6, 15, 23;
44:9; 47:10; 50:10; 68:25;
69:20; 70:3; 120:14, 24;
122:4, 10, 13, 14, 20;
124:21; 125:4, 17, 18, 22;
126:5, 9; 225:4, 6, 8, 11,
19; 226:10; 251:13;
252:20; 253:3, 11; 254:9,
13, 19; 255:2, 9, 14; 256:3,
8, 12; 270:22, 25; 303:25;
304:7, 17; 306:4, 22;
307:16; 308:2, 4; 328:14;
329:24; 330:21; 332:23;
333:16; 334:16; 340:6, 9,
14; 344:4; 345:25; 346:15;
355:19; 356:23

Paridiso's 10:8; 120:18

park 12:10; 13:22, 25;
14:11, 13; 15:11; 20:3;
68:18; 107:3; 110:23;
146:2; 175:10, 25; 178:6,
7, 10; 181:25; 182:7, 15,
20; 183:5; 188:2; 190:17;
194:3; 200:3; 201:22;
207:16; 234:23, 25; 235:2,
3, 5, 7; 236:11, 13, 15;
237:6; 239:12, 16; 243:24;
247:4; 252:14; 305:2;
367:16; 370:16, 19; 371:7;
374:15; 375:15

parking 75:4

parks 172:15

part 38:19, 23, 24; 42:8;
45:15; 53:18; 56:24; 71:6;
78:10; 84:13; 105:15;
107:24; 114:13; 115:18;
118:6; 123:3; 141:20;
147:21, 25; 148:13;
154:20; 156:7, 17, 18, 25;
175:16; 197:25; 198:4, 14;
203:15; 215:18; 218:20;
233:23, 25; 234:3; 241:23;
242:10; 243:13; 245:3;
248:11; 263:9; 273:2, 9;
275:7; 282:20; 286:17;
314:25; 315:16; 316:7;
350:10, 24; 356:7; 367:13

part-time 114:7, 9; 116:4

participate 32:25; 33:18;
62:11

participated 60:10, 16,
20

particular 29:22; 67:9;
123:10; 300:8; 308:14;
351:2

Partly 273:22; 275:5;
276:14; 348:24

partner 108:20; 319:6;
369:9, 13; 373:11

partner's 369:10

parts 95:2

party 68:13, 16; 149:13;
262:4; 263:16

pass 19:5; 230:17; 241:3

passed 183:5, 15; 184:10

passing 375:19

past 70:17; 92:18, 19;
93:9; 150:11; 213:6

Pat 74:19

patrol 141:21; 348:15,
23; 350:13, 16

patrolled 349:15, 21

patrolling 350:22

Paul 63:15; 74:16; 77:12;
342:18

paved 367:12

payroll 270:13, 20

peace 91:17

Pelt 312:13, 14, 19

pending 73:9; 92:7

people 52:21; 57:4;
111:9; 149:4, 19; 176:2;
262:5; 264:18; 265:18;
297:11; 315:23; 316:18,
20; 329:3, 25; 367:16;
376:4

people's 38:5

per 114:17

percent 89:12; 133:2, 4;
207:5; 266:9, 13; 267:24;
326:11

performance 252:17

performed 312:25

perhaps 113:19

period 23:8; 30:20;
45:16; 55:25; 81:15;
94:16; 109:5; 127:17;
185:12; 186:4; 261:2

permanent 70:19; 91:18

permission 163:13;
179:15

person 45:3; 52:12; 82:4;
87:24; 183:15; 214:23;
215:2, 11; 216:2, 6;
228:11; 256:25; 257:9, 10;
318:23; 327:10; 329:14;
371:14, 23; 376:3

personal 70:20; 87:23;
88:17; 92:10, 11; 111:5, 7;
177:15; 227:9; 353:16, 20;
354:21; 357:8, 8; 360:23

personally 10:2; 163:4,
10; 314:22; 337:6; 341:12;
342:22; 344:24

Personnel 176:2;
200:23; 202:2; 208:15, 22;
214:23; 215:9, 18; 216:3;
217:3, 9, 17, 20, 24; 218:2;
257:22, 24; 259:7; 309:12,
14; 310:6, 19; 313:20;
329:2

pertaining 260:23;
313:13

pertains 207:16

phone 9:10; 14:3; 16:19;
19:22; 21:12; 45:12; 46:5,
11, 20; 47:4, 24, 25; 49:3,
4, 10; 107:2; 108:14;
110:3; 141:5; 142:24;
149:23, 24; 161:11, 11, 14;
162:9; 165:13, 19, 22;
167:9; 169:8; 174:16;
178:15; 179:6, 7, 9;
194:17, 20; 199:14; 208:7;
212:7, 10, 11, 24; 213:11;
214:2, 4; 235:8; 237:13;
253:25; 283:10, 18, 20;
299:23; 319:17; 371:14

photo 368:17; 369:5, 8

photos 293:24; 294:3, 4

phrase 77:8

physical 94:6, 7; 95:15

pick 127:10, 16; 133:22;
158:9; 318:23; 326:2;
370:24; 375:5

picked 149:24

picking 39:15

picture 99:5, 13, 16;
100:5, 12, 17; 267:10;
310:2; 368:16

pictures 100:2, 25;
101:22; 102:3

piece 290:12, 25; 357:21;
358:6, 8, 8; 359:12; 360:9

pieces 291:3

pinpoint 288:21

pissed 327:10; 355:10

place 10:19; 19:16;
90:10; 138:18; 189:13, 19;
191:6; 194:25; 196:22;
218:24; 228:25; 234:21;
283:20; 337:17; 355:25

Plaintiff 71:9; 73:11;
86:3; 87:19

Plaintiffs 4:5, 21; 7:20;

8:2, 12, 22; 11:10, 16, 22;
60:25; 106:6; 256:11, 18;
257:7, 16; 259:4; 271:11,
12; 298:3; 301:19, 24;
302:6; 312:25; 313:17, 20;
315:17; 341:7; 365:8, 12,
18; 366:5

play 170:20

pleasant 55:3

please 4:18; 5:15, 21, 24;
22:17; 65:11; 74:18;
101:12; 105:4; 123:23;
162:6; 206:22; 345:5;
357:24

plenty 52:8

PO 269:25

pocket 101:18

point 17:5; 20:25; 43:14,
22; 57:11; 64:3; 94:18;
100:21; 112:12, 17; 113:5;
121:13, 16; 124:10; 130:4;
132:23; 142:21; 155:17;
156:5; 158:3; 166:6, 12;
176:25; 180:25; 181:2;
186:12; 216:15, 19;
219:18; 226:7; 229:19;
230:15; 235:24; 238:18;
253:18; 296:8; 312:4;
322:3; 349:19; 374:15

Police 13:22; 14:2, 11;
15:11; 20:3; 40:14; 43:18;
45:13; 48:2; 49:3, 10, 23;
60:4, 11; 61:2, 23; 62:21;
67:12; 68:11, 13, 16;
76:10, 10; 77:3, 6, 24;
79:9, 15, 23; 81:16; 83:21;
88:15; 100:8, 9; 107:3, 5;
113:19; 114:9; 203:10;
234:23, 25; 235:3, 7;
236:11; 237:6, 15, 21;
238:7, 8; 239:13, 16;
243:24; 248:9; 251:6, 11,
18; 252:14; 253:21; 254:4;
262:16; 269:10; 271:12,
17; 282:12, 21; 290:17;
294:4, 17; 295:3; 304:9;
305:17, 20; 306:16, 21;
307:15; 308:10; 310:7, 10;
320:2, 18; 323:9; 324:23;
326:21; 329:16; 331:22;
332:9; 337:2; 350:11;
351:2; 353:23, 25; 354:16,
17, 19; 355:14; 360:14;
362:15, 16, 20; 364:20;
367:18, 20, 24; 368:5;
371:12, 20; 374:10

Politics 16:21

polygraph 16:3, 4, 5;
17:7, 9, 10, 17; 18:7, 18;
19:4, 5, 10, 15, 25; 20:3, 8,
18; 181:7; 230:10, 16, 17;
231:16; 232:3, 8; 233:4, 7,
21; 235:17; 238:12, 15;
239:12; 240:23; 241:10,
13, 18; 242:6; 244:24

polygraphs 15:15, 21,
23; 243:20

posed 105:4; 378:15

position 12:11; 14:14;

110:23; 146:3; 178:3, 4,
11; 183:10, 11, 14; 185:19;
188:23, 25; 189:10; 192:4,
9; 200:6; 201:9, 14, 18;
209:8; 233:10; 236:14;
237:4, 7, 11; 238:19;
241:16; 304:23, 25

positions 207:11;
229:23; 230:4, 7; 236:7, 8;
237:2

possession 34:9; 93:13;
101:2; 102:4; 134:23;
366:13

possible 167:11; 367:5

possibly 167:8; 245:6;
310:2; 365:24

posted 16:10; 76:17;
85:10, 10, 12, 16, 19; 86:7,
12, 14, 17, 19; 87:4, 8, 15,
19, 24; 88:7; 112:24;
133:17; 209:12; 220:13,
22; 221:11; 237:24

posting 86:24; 87:11;
88:12; 130:7

postings 95:3; 112:22

potential 243:17

practices 26:6; 32:17;
34:13

pre-polygraph 241:23,
25; 242:8, 10; 243:13;
362:19, 24; 364:16

Precise 4:13, 16

preliminary 271:10;
302:5

presence 8:3, 10; 9:7;
360:17; 361:20; 363:7;
372:8; 373:20

present 45:2; 81:16;
83:19; 88:2; 136:7; 138:9;
139:12; 140:20; 141:6;
150:6; 195:13; 196:25;
283:23; 284:9; 286:13;
297:15; 372:19

presently 12:5, 8, 12;
369:16

press 196:14, 17, 21, 25;
197:16, 24; 198:12

pressure 19:3, 9

presume 203:11

Pretty 80:21; 82:23; 95:7;
102:17, 23; 153:14;
289:17; 325:5; 327:2

prevail 72:13, 23

prevails 73:12

previous 230:23; 346:19

previously 205:5, 8;
361:23

printed 184:5

printer 270:12, 19

printing 270:20

Prior 9:5; 11:8; 24:8, 12,
24; 27:3, 19; 31:11; 52:6;
58:24; 59:16; 66:25; 67:3;
75:19; 79:7, 8; 81:7, 7, 8;
100:21; 101:2, 23; 102:5;
104:6; 106:18; 110:8;

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

06-cv-01215-SJF-ETB   Document 145-106   Filed 01/05/10   Page 157 of 163 PageID
#: 4456

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH
September 16, 2008

121:6; 122:7; 123:12, 13, 22, 22; 124:4; 131:23; 145:5; 152:10, 16; 154:19; 156:5; 157:17, 21; 158:5; 160:4; 163:18; 169:16, 16; 170:4, 4, 9; 172:7; 173:22; 181:19; 182:17; 187:16; 188:16; 192:19; 200:8; 202:17; 205:16; 216:10, 20; 223:4; 232:10; 233:13, 23; 234:24; 250:17; 253:13; 267:7, 14; 272:3, 9; 284:24; 319:18, 20, 20; 354:7, 18; 355:9; 358:23; 363:19
**privilege** 378:22, 24
**privileged** 377:3; 378:10, 11
**probably** 176:12; 209:7; 241:6; 289:2; 346:25; 347:3, 5
**probe** 250:16; 272:23; 273:2, 5, 10
**problem** 16:6, 7; 179:6; 282:22; 373:6
**problems** 107:4; 147:23; 270:20
**proceed** 5:11; 23:10
**proceeding** 298:13
**proceedings** 23:10
**process** 70:24; 97:25
**prod** 266:21
**produce** 258:15
**produced** 165:24
**production** 102:2
**professional** 70:20; 91:6; 92:16
**program** 91:13
**promise** 367:3
**promised** 301:14
**promote** 228:8
**promoted** 173:8; 175:19; 176:24; 177:23; 178:4; 182:7, 20; 183:17; 185:13; 186:5, 10; 187:23; 188:10; 189:19, 24; 190:17, 21; 191:6, 16, 17; 193:16, 21; 194:3, 11, 15; 195:15, 20; 201:22; 209:21; 210:20, 24; 211:5, 12; 216:7
**promoting** 186:13
**promotion** 14:25; 15:4; 92:7; 131:22; 132:7; 160:23; 163:17; 180:17; 207:10, 15, 17, 20, 25; 208:11; 211:17, 21; 215:20, 24; 228:12; 251:14; 303:7; 307:4, 8, 10
**promotional** 14:15; 182:2; 183:3, 4; 200:6
**promotions** 172:11, 24
**property** 225:15
**prosecutor** 277:7; 288:14; 369:20; 370:4
**prosecutors** 369:23
**protect** 271:15

**protected** 377:22
**prove** 153:15, 17; 235:23
**provide** 229:25; 252:6, 8, 20
**provided** 230:20
**provisionally** 131:23
**provisions** 72:3
**psychiatrist** 90:23; 91:5, 8, 11, 23; 92:6, 15, 25; 93:3, 11
**psychological** 93:10
**psychologicals** 371:5
**Public** 5:18; 62:3, 12; 92:10; 195:25; 244:5; 271:15; 302:8; 313:3, 7
**pull** 325:20
**pulled** 262:18; 295:11
**pulling** 64:2; 326:5
**punished** 350:4
**punishment** 348:19, 25; 349:19
**purporting** 200:21
**purpose** 53:15; 99:20; 100:11; 175:14; 270:10
**purposes** 24:16
**pursue** 239:22; 240:4; 243:19, 23
**pursuit** 239:17
**push** 188:14; 191:24; 192:18, 21
**pushed** 193:3
**put** 9:23; 26:3, 4; 62:5; 73:5; 94:19, 20; 117:4, 25; 118:8, 22, 23; 119:3, 4, 9; 123:16, 25; 126:8; 132:20; 145:20; 150:5; 154:2; 233:2; 255:17, 19, 21; 260:5, 18, 22; 284:5, 5; 292:10, 20; 346:25; 347:3; 348:21; 349:2, 9; 356:10
**putting** 11:23; 66:18, 19; 187:24; 192:4; 348:17; 350:6; 356:13

# Q

**Q** 24:24; 263:10
**quad** 263:9
**question's** 132:5
**questionnaire** 241:24; 243:14
**questionnaires** 242:8
**quicker** 248:12
**quiet** 285:21
**quite** 28:15
**Quogue** 362:15; 364:20

# R

**R** 16:4
**R-A-B-E-R** 184:22
**Raber** 183:19; 184:5, 21, 23; 185:2, 15, 17; 186:3,

16; 194:5, 19, 21; 210:13, 14, 15, 18, 23; 211:4, 9, 10; 220:10
**race** 94:11, 24
**racing** 94:14; 95:5, 14
**radio** 45:13; 46:4; 48:2; 49:4, 10; 325:24
**Radler** 4:23
**raise** 47:6, 9, 12, 15; 330:11; 331:9
**raised** 19:3, 9; 47:5; 62:20; 63:21, 23; 64:11; 71:8, 9; 272:15, 19; 277:18
**ran** 74:25; 125:18; 290:17
**range** 151:4, 7
**ranger** 12:11; 14:13; 110:24; 146:2; 178:6, 7, 10; 182:2, 7, 20; 183:5; 188:2; 190:17; 194:3; 200:3; 201:22; 207:17; 235:2, 6; 236:13, 15; 370:16, 19; 371:7; 375:15
**rangers** 175:10, 25; 182:16; 247:4; 305:2
**rank** 33:15; 34:21
**ranking** 26:7, 10, 20; 35:9
**rat** 137:14; 150:22, 23; 263:23; 265:2; 347:22; 361:8, 10, 15, 21, 23, 25; 362:6, 9, 9; 363:5, 12, 17, 21; 364:13
**rather** 146:5
**rats** 262:7, 20; 263:5, 13, 18
**Ray** 369:25
**re-call** 179:5
**reach** 78:20, 23; 79:7, 17, 24; 81:9; 82:9
**reached** 78:13; 81:17; 82:3; 83:20, 22
**reaction** 314:18
**reactions** 94:6
**read** 25:11; 164:15; 165:20; 198:11, 13; 206:22; 210:20; 211:6; 245:13; 261:11; 264:3, 8; 265:9; 272:3; 314:2, 24; 335:19; 345:5; 357:23, 25; 359:20; 360:19, 23
**reading** 210:4; 244:12
**real** 224:11
**realize** 196:10
**really** 39:21; 92:13; 202:6; 222:11; 229:10, 18; 231:3; 234:3; 237:3, 25; 275:18, 21; 276:21; 286:6; 289:24; 294:23; 299:11; 332:20; 355:21; 359:17
**reason** 12:20; 17:5; 59:10; 81:2, 4, 6; 146:5; 147:10, 19; 155:3; 156:12; 166:8, 22; 167:11; 177:23; 184:12, 24; 185:13; 187:16; 195:14, 19; 210:19, 24; 211:4, 11; 221:5, 7, 8, 17, 19; 222:15;

223:9, 10, 16, 17, 18; 224:5, 11; 227:16; 230:11, 21, 22; 233:20; 234:9; 235:13; 238:23; 239:7, 11; 240:16, 21; 242:19; 243:15; 244:13; 251:22; 255:12; 296:5, 7, 16
**reasoning** 221:25
**reasons** 17:4; 18:2, 18; 20:24; 21:6, 16, 20; 223:2, 4; 166:13; 167:8; 168:20; 178:17; 232:2, 23; 233:6; 235:15; 243:7
**recall** 11:3; 26:17; 30:16; 32:15; 36:20; 51:9; 61:4; 62:24; 63:7, 7, 22; 64:24; 65:3; 77:5; 98:25; 104:10, 12; 120:10; 124:19, 24; 126:23; 127:11, 13; 134:11, 16, 21; 144:7, 17, 20; 149:17; 173:21; 190:2; 191:19; 201:3; 208:23; 267:14, 16, 19, 21; 268:2; 283:21; 287:17, 20, 21; 288:20; 291:7, 18; 292:13, 15, 24; 293:19; 308:17; 317:20; 323:5, 13; 325:12; 327:25; 338:7; 343:24; 349:11; 352:7, 20; 353:14; 365:9; 369:11, 12
**recalled** 294:8
**receded** 100:18
**receding** 98:15; 100:23
**received** 207:23; 227:20; 256:2
**receiving** 201:4; 267:19
**Recently** 217:13
**recognize** 22:20; 205:7; 266:3
**recollection** 34:10; 43:17; 49:7; 63:13; 65:6, 22; 104:21; 105:3; 124:11; 125:23; 134:24; 177:3; 187:9; 197:2; 266:21; 311:2; 366:14
**recommence** 31:5
**recommendation** 256:3
**reconfirmed** 167:7
**reconfirms** 16:24
**record** 4:17; 5:8, 22; 25:25; 33:22; 65:12, 25; 66:5; 73:5, 7; 79:22; 91:18; 124:20; 133:25; 134:5; 146:11, 22; 158:12, 15; 195:25; 202:11, 15; 229:13; 244:5; 245:4; 258:20, 22, 24; 259:2; 260:6; 268:12, 16, 19; 335:13, 17; 365:2, 5; 378:6
**recorded** 144:15, 25; 145:14; 147:12; 170:14; 179:13, 16; 202:18
**recorder** 142:22, 25; 143:2, 6, 20
**recording** 142:16, 19; 144:23; 145:7, 23; 146:17, 19; 147:3; 169:18; 170:25; 179:19

**recordings** 145:20
**records** 153:8, 18; 257:16, 20; 259:5, 8; 293:10
**recover** 71:11; 72:23
**recreation** 172:16; 185:21; 186:25
**recruiter** 230:9; 235:9; 237:14; 239:18
**recruits** 368:6, 8, 10
**refer** 26:11; 31:22; 32:2, 18; 34:14; 35:8; 247:21; 250:7; 306:4, 6, 10
**reference** 16:15; 110:18; 131:10, 21; 149:4; 165:3, 7; 229:4, 11, 19, 20; 248:14; 251:4, 10, 19, 25; 252:13, 16, 20; 253:11; 254:11; 255:4, 10; 256:8, 12; 259:3; 294:11
**referenced** 130:20; 169:19; 203:15; 293:22
**references** 207:13; 211:23; 215:19; 228:16, 21; 229:10, 18, 25; 251:6; 252:5; 256:17; 367:6
**referred** 73:9, 10; 128:15; 137:16, 22; 203:15; 292:4
**referring** 45:2; 73:2; 74:8; 85:20; 110:19; 111:3; 136:14; 162:23; 199:10; 207:15; 208:19; 210:11; 213:12; 215:25; 229:4, 16; 247:16; 248:7, 8, 18, 19, 24; 250:21; 251:25; 252:8; 259:5; 260:5; 302:15
**refers** 229:13; 236:18
**reflect** 73:7
**reflected** 212:12; 224:22
**reflects** 214:4
**refresh** 34:10; 63:13; 65:6, 21; 104:20; 134:24; 366:14
**refreshes** 105:2
**refuse** 331:20
**regard** 18:2; 22:6; 44:2, 5; 47:3; 69:6, 9, 12, 19; 70:2, 5; 88:24; 90:23; 155:5; 176:4; 189:8, 9; 196:13; 228:11; 230:25; 246:19; 255:8; 329:5, 8; 340:4; 364:9
**regarding** 135:16; 136:13; 227:5; 376:10; 377:12; 379:5
**Regardless** 62:23; 63:18; 323:14; 378:8
**regime** 271:16
**regular** 6:5; 350:13
**regulations** 309:15
**regulus816@earthlink.net** 266:12
**rehire** 21:22
**rehired** 84:9; 114:2; 116:20, 24; 148:21;

Case 2:04-cv-01898-SJF-ETB Document 145-106 Filed 01/15/10 Page 158 of 163 PageID #: 4457

152:25; 154:21; 155:4, 8; 156:13, 20; 167:24

**related** 81:22; 100:12; 101:17; 244:25

**relates** 34:21; 186:21

**relating** 304:21

**relation** 84:19; 104:4; 106:14; 108:8; 163:22; 186:15

**relations** 373:21, 24

**relationship** 81:25; 127:20, 23; 227:8; 372:12

**relieve** 77:13

**relieved** 48:15

**Relieving** 47:21; 49:2; 358:4

**relive** 85:4, 4

**reliving** 94:3, 16

**remarks** 85:2

**remember** 82:25; 162:5; 197:3

**remove** 331:19

**removed** 126:16

**render** 263:23; 264:25

**repeat** 154:15; 204:14; 236:5

**repeated** 302:6

**rephrase** 6:20; 8:16; 13:2; 79:14

**replace** 123:24

**replaced** 211:3, 10

**report** 91:8, 12, 16; 357:21; 360:6, 7, 8

**reporter** 4:15; 5:15, 21, 24; 22:10; 200:14

**Reporting** 4:13, 17; 177:4

**represent** 366:24

**representative** 287:24

**representatives** 285:20; 286:12

**represented** 378:2; 379:12

**representing** 5:5; 23:20

**reprimanded** 90:4

**reputation** 70:20; 110:24

**request** 7:2; 101:16, 20; 258:18; 317:22; 318:10

**requesting** 185:12

**requests** 72:3

**required** 92:4; 181:7; 243:20

**requirements** 16:2

**requires** 91:22

**rescue** 285:12

**researched** 15:14

**reserve** 6:8

**resident** 88:11

**residents** 74:21, 23; 76:12, 13, 17; 88:12, 14

**respect** 120:23; 121:2; 122:14; 162:7; 257:3, 5

**respectfully** 23:15

**respective** 29:8; 207:11

**respond** 25:6; 97:19; 166:2; 186:6; 282:16

**responded** 186:5; 282:14

**response** 17:24; 18:9; 40:4, 8, 20, 22; 41:10, 24; 42:7, 25; 46:16; 48:6; 50:6; 87:8; 188:16; 316:9; 322:24

**responses** 17:12

**responsibilities** 350:11, 25

**responsibility** 305:6; 350:15

**responsible** 303:4, 11, 18; 304:11, 16, 22, 25; 305:18; 306:14, 20; 307:3, 14, 23; 308:9; 309:12; 310:5, 18

**rest** 55:2; 338:24; 367:17

**result** 76:14, 25; 84:8; 90:10, 17; 113:20, 25; 131:13, 17; 166:4; 257:14

**resulted** 94:8; 96:8; 154:20; 155:6; 156:19

**resulting** 96:7; 132:8

**results** 14:17, 19; 173:4

**resume** 192:15

**retain** 103:15; 104:7

**retained** 202:16

**retainer** 104:15

**retaliate** 59:14

**retaliation** 128:23; 198:25

**retaliatory** 58:18

**retire** 217:12

**retired** 217:11

**retirement** 262:4; 263:16

**review** 6:9; 22:17; 24:2, 7, 12, 15; 205:15, 20

**reviewing** 22:18, 19; 162:24; 206:24; 335:21; 345:7; 357:15, 19; 360:12

**Rich** 46:5, 7; 325:19; 327:19; 346:21; 362:2; 363:7

**Richard** 327:18

**rid** 279:6, 11

**ride** 56:12; 353:9

**ridicule** 347:20; 348:2, 4, 13; 352:11, 13

**ridiculing** 348:18; 352:7

**right** 5:13; 6:8; 16:25; 28:8; 30:21; 31:17, 18; 34:19; 42:22; 56:3, 6; 57:12; 61:17; 63:5; 64:19; 71:21; 77:15; 89:16; 93:21; 96:19; 101:6, 19; 103:2; 107:16; 109:24; 117:7; 118:10, 13; 123:19; 124:2; 133:8; 141:9; 147:6; 152:9; 154:4; 168:9, 12, 21, 25; 173:23; 178:8; 184:16, 20; 192:20, 21; 195:8, 9; 207:3;

212:13; 218:17; 219:2, 6, 8, 18, 19; 221:4; 13, 14, 16; 222:2; 223:5, 14, 18; 224:2; 225:23; 227:10; 228:7; 229:21; 230:21; 232:10, 12, 13, 19; 233:24; 234:4, 6, 13, 22; 235:2; 236:16, 19, 24; 237:4, 7; 239:8; 240:10; 241:13, 17, 20; 244:5, 15, 19; 245:11, 15, 19; 252:10, 19; 255:10; 263:24; 264:4, 9, 14; 265:2, 7, 10, 14, 19; 274:23; 275:4; 276:23; 286:13; 290:20; 292:23; 294:5; 295:23; 297:8, 16; 305:25; 307:13; 309:24; 311:13; 316:3; 322:8; 327:24; 347:10, 17; 350:14, 16, 18; 351:5; 359:7; 360:9, 25; 363:11; 379:2

**rights** 244:18

**Rivkin** 4:23

**RL** 24:24

**roadway** 367:13

**Rob** 281:8

**Robert** 367:12; 374:14

**rocket** 37:21; 38:16; 39:11; 49:22; 50:2, 11; 63:16

**Rogers** 5:2; 41:20; 42:15; 43:9; 44:3, 12; 47:7; 50:14; 69:10; 328:17; 330:6, 25; 333:3, 20; 334:20; 340:18; 344:9

**Ronkonkoma** 141:13, 14

**room** 9:6; 131:21; 194:19; 208:8; 209:9, 10, 20, 25; 210:7, 16; 211:25; 277:7; 284:21; 373:2, 14, 18

**roster** 126:16

**rough** 280:15, 22; 281:9, 18

**roughly** 117:19; 319:22

**RQ** 101:19, 25

**rules** 6:7, 7

**ruling** 25:9

**rumors** 208:25

**running** 209:2; 285:4; 374:22

---

# S

**sad** 153:15

**same** 15:6, 9; 18:21; 28:20; 29:18; 32:13; 33:15; 34:21; 39:5; 44:2, 5, 12, 14, 16; 46:23; 47:21, 23; 67:17, 18; 69:6, 9, 12, 19; 70:2, 5; 81:6; 117:16; 120:21; 165:20; 179:9, 24; 235:4; 264:23; 329:5, 8; 332:11; 334:15; 345:19; 346:21; 366:16; 375:4; 377:14; 379:6

**Sanchez** 309:11, 18, 21, 23; 310:5; 368:16; 369:15; 371:23; 372:4, 8, 12; 373:21, 25

**Sanchez's** 311:21, 25; 312:9

**sanctions** 71:23

**sand** 325:14, 19, 21

**Santana** 4:12

**sat** 208:21

**Saturday** 149:14; 295:19

**saw** 15:14, 25; 25:13; 28:18; 35:20; 37:12; 46:22; 54:12; 76:2; 78:25; 80:5; 86:14, 16; 111:23; 112:23; 125:21; 126:2; 142:21; 143:13; 220:12; 227:23; 231:8; 282:24; 289:17; 311:19; 327:21; 346:17, 18; 355:3; 368:17

**saying** 16:24; 75:23; 87:8; 163:4; 165:17, 18; 209:22; 226:22; 228:20; 237:2; 243:6; 247:18; 249:16; 270:18; 315:19; 339:23; 341:6; 363:15

**scapegoat** 279:17

**scene** 153:6

**schedule** 28:20; 30:13; 117:5; 118:2; 121:12, 14, 16, 17, 23; 122:4, 11, 16; 123:9; 280:13; 282:2; 285:14, 16

**scheduled** 10:3; 233:21

**schedules** 28:17, 18

**scheduling** 126:2, 6; 188:3

**Schimpf** 185:24; 186:11, 15, 20; 187:15, 22; 188:8, 10, 17, 20; 189:13, 18, 24; 190:16; 191:4, 13, 15; 192:2, 6; 193:6, 14, 15, 24, 25; 194:8

**Schneider** 200:23; 201:3, 7, 13, 20; 202:2; 217:17, 23

**school** 339:17

**scooped** 16:25; 17:2; 166:23; 167:4, 21; 168:4

**score** 376:2

**scored** 182:4; 184:10, 13

**scores** 218:9; 375:23

**screaming** 325:25

**scroll** 248:2

**search** 105:24; 106:15, 18; 108:10

**searches** 108:2

**season** 21:23; 30:10; 116:2; 117:14, 16; 118:7; 123:4, 8; 124:5, 6; 317:7, 8

**seasonal** 27:20, 22; 28:5, 6; 114:8, 11; 115:3, 6, 8, 11, 14; 116:11, 13, 20; 263:9

**Seasonally** 13:23

**second** 39:2; 40:2; 42:3,

11, 14, 17; 45:20; 47:18; 48:6, 17; 49:12; 68:24; 70:8; 128:22; 162:6, 13; 179:8; 189:23; 198:18, 22, 23; 201:8, 8; 231:23; 234:4; 258:20; 317:2, 14, 17; 321:11; 325:20; 327:13; 328:9; 337:8; 339:2; 340:10; 341:19; 357:25

**secondhand** 352:9

**seconds** 57:21; 82:24; 144:18

**secretary** 149:21; 194:20

**section** 25:20

**secure** 106:25; 354:2

**security** 15:25; 243:25

**seeing** 81:8; 94:19; 96:7; 267:14, 16

**seek** 8:7; 12:18; 13:16, 19, 21, 24; 14:11; 103:11; 377:2

**seeking** 14:24, 25; 71:11; 207:25; 376:14; 377:9

**seems** 121:19

**selectively** 341:8

**send** 117:23; 185:11; 223:3; 224:23; 226:21; 239:20; 253:11; 255:4, 6; 272:14, 18; 328:23; 368:24, 25

**sending** 120:10; 124:24; 368:25

**senior** 26:6, 10, 19; 30:7; 35:9; 153:5; 312:21; 325:14; 327:5

**sent** 91:20; 161:21; 199:23; 223:20; 224:10; 290:24; 327:11; 337:16; 343:20; 348:14; 349:25

**sentence** 128:23; 198:24; 201:8, 9; 203:5; 207:9; 228:16, 19; 229:5, 13, 17, 22; 272:2; 302:5, 22, 23; 309:10

**sentences** 97:10

**separate** 218:2; 230:22

**September** 4:10; 14:17; 28:7; 51:13; 97:2; 114:8, 10, 17, 19; 122:12; 152:3; 184:7, 8, 8; 185:12; 186:3; 189:22; 195:2, 3, 6; 200:17, 21; 201:20; 227:24; 295:22

**Sergeant** 26:8; 120:7, 11; 122:20; 124:21; 125:2; 207:12; 270:21; 304:7

**sergeant's** 12:11

**series** 6:17; 242:10

**serious** 95:7, 12; 102:17, 23, 24

**served** 336:22

**service** 12:10; 14:15; 114:17; 178:5; 181:15, 25; 190:10; 200:4; 202:3; 217:25; 230:13; 233:11; 257:16, 20, 25; 258:5, 11,

15, 16; 259:4, 8, 12, 18, 23; 260:6, 22; 261:5; 302:8; 309:15; 311:15; 312:22, 23; 361:23, 25; 362:6, 9; 363:5, 12, 17, 21; 364:13, 14; 370:7; 371:13, 19; 372:15; 373:3

**set** 98:14; 150:15; 192:14; 205:25; 206:4; 233:3, 7, 10; 257:6; 268:18; 345:9; 360:24

**sets** 244:7; 269:23

**setting** 235:16

**seven** 163:23

**several** 9:16; 15:15, 18, 20, 22; 52:17; 54:19; 57:6; 74:10; 218:13; 362:3, 20; 372:13

**severe** 94:12

**sexual** 277:24; 278:15; 288:23; 291:5, 14; 372:11; 373:21, 24

**shape** 44:9

**shareman** 304:19

**shaved** 294:8

**sheet** 269:9

**sheets** 153:23; 154:2; 270:20; 286:18, 24; 287:7

**shift** 52:11; 305:14, 21; 306:2, 7, 11; 351:2

**shifts** 28:9, 24; 89:16; 350:12

**Shirley** 14:6, 8

**shit** 40:10, 11; 82:19; 295:12; 357:21; 358:8, 9; 359:12; 360:9

**Shop** 151:5

**Shore** 6:3; 80:5; 81:9; 262:17

**short** 149:16; 313:20; 321:19; 324:14, 18; 329:2; 330:22

**Shortly** 86:21; 144:16; 196:14

**shot** 55:19; 57:20; 58:3, 7, 9, 11, 20, 23; 59:5, 7, 10, 12, 21, 23; 61:8

**shots** 52:18

**show** 22:15; 56:19; 61:7, 13; 99:10, 11; 102:4; 153:18; 180:17, 20; 205:4; 267:6; 362:13

**showed** 31:12; 61:12; 94:23; 95:2; 150:18; 153:8; 184:5; 208:10; 212:13; 280:13; 286:23; 287:6; 343:18; 365:6, 13; 366:10

**showing** 104:13

**shows** 113:5

**shrugged** 176:21; 228:3; 314:20; 321:21

**Shut** 37:23, 24; 51:22; 55:18; 57:18, 25; 59:20; 125:5; 262:25

**side** 56:17

**sign** 6:9; 104:15; 271:3; 308:25

**signature** 23:12; 269:12, 14, 17, 20, 21; 270:4, 5, 7, 8

**signatures** 269:24

**signed** 97:12

**significantly** 98:15; 100:18, 22, 23

**silence** 61:3; 247:3, 7, 9, 15, 21; 248:5, 16; 249:6; 250:8, 13, 21, 25; 271:14

**Silver** 143:8

**similar** 224:14, 14; 358:6

**similarly** 375:2

**simple** 20:17

**single** 268:22; 282:15

**sirens** 285:6

**sit** 18:11; 28:23; 77:14; 85:18; 263:20

**sitting** 153:22

**situation** 255:18, 20, 22

**six** 170:8; 273:16; 277:7; 288:13; 318:3; 325:17; 335:16

**size** 215:9

**sleep** 73:17; 84:15; 88:24; 90:24; 225:16

**sleeping** 17:6; 21:14, 18; 84:19; 133:17; 134:11; 159:3, 5, 6, 9, 13, 21, 25; 160:6, 10, 16, 20; 161:5, 25; 162:2; 164:25; 166:4, 20; 168:11; 169:9; 170:10, 15; 176:19; 225:11; 232:19; 233:23, 25; 234:3, 10; 235:25; 319:16

**small** 294:21; 354:2

**Smith** 14:4

**Smithtown** 182:10, 15; 183:2; 376:6

**snitch** 279:20

**Snyder** 85:24; 86:3, 7, 11, 18, 23; 87:15, 22; 88:8, 19; 109:3, 6, 10; 130:22, 23; 131:2, 3; 133:7; 138:22; 203:21, 23; 207:10; 229:14; 266:14

**Snyder's** 85:25; 357:21; 358:16, 22; 359:2; 360:5, 7

**socialize** 128:8, 10

**somebody** 137:25; 138:16, 20; 155:13, 25; 287:13; 318:21

**somehow** 59:13

**someone** 18:6, 17; 21:9; 76:2; 83:11; 85:3, 9; 87:4; 117:23; 138:25; 139:2; 148:4; 156:11; 185:16; 220:21; 240:2; 276:9; 338:3; 356:13

**sometime** 107:8; 114:20; 148:2; 173:18; 184:6; 296:25

**Sometimes** 190:11, 12; 318:6, 7

**Somewhere** 319:23

**Soon** 174:4; 367:4

**sorry** 14:7; 18:13; 37:10; 43:20, 21; 49:18; 65:13, 17; 73:25; 77:11; 86:15; 110:20; 123:3; 152:23; 154:15, 22; 169:20; 184:8; 190:15; 195:3; 198:12; 204:14; 217:14; 234:16; 268:20; 289:6; 326:15; 331:4; 336:2; 357:16, 17; 369:4; 371:4

**sort** 164:2, 17, 19; 369:6

**sought** 12:15; 90:22; 256:7; 377:25; 379:11

**sound** 169:20

**source** 158:4; 263:21; 264:24

**south** 351:20; 354:6, 10

**Southampton** 107:18

**space** 104:19, 24

**speak** 7:4, 12, 15; 9:3; 11:9, 15; 50:9, 13; 79:9; 83:12; 108:7, 9; 110:7, 13; 149:25; 150:11; 174:3; 186:15; 194:22; 235:9; 271:20, 25; 272:7, 10; 273:7; 275:10; 284:24; 300:19

**speaker** 140:19; 141:5

**speaking** 218:6; 271:15

**speaks** 165:6; 249:19

**specialist** 4:14

**specific** 21:6; 23:8; 130:9; 132:5; 216:15, 20; 287:18; 306:11; 325:9

**specifically** 7:16; 20:18; 35:22; 38:11; 44:16; 45:24; 132:13; 135:4, 6, 15; 136:20; 137:4, 9; 170:24; 176:4; 177:24; 216:21; 218:5; 221:21; 241:14; 282:18; 283:2; 349:24; 361:8, 15; 366:4

**speculate** 212:18; 255:13

**speculating** 29:6

**speculation** 211:16

**spell** 78:21; 184:21

**spent** 72:7

**split** 118:11

**spoke** 106:21; 107:9, 22; 108:8; 109:25; 110:2; 150:10, 12; 151:18; 157:22; 160:22; 168:2; 170:5; 176:13; 177:9; 186:3, 9, 11, 16; 190:3; 194:5; 203:21; 208:21; 225:8; 230:8; 234:12, 17; 237:13; 240:25; 271:23, 23; 272:22; 273:12; 275:11; 283:7; 284:17; 286:11; 287:24; 290:8; 298:6, 10; 315:4; 377:7

**spoken** 7:8, 19; 8:11, 21, 25; 11:24; 12:2; 83:2; 107:25; 173:23; 177:18;

**300:6; 301:2; 376:7, 19; 378:7**

**spooked** 290:5

**spreading** 164:23

**squad** 285:12

**squared** 373:5

**squeaky** 346:24; 347:9, 16

**stack** 286:24

**staff** 191:23

**stamped** 99:7; 268:24

**stance** 275:24

**stand** 355:3

**standard** 93:8

**standing** 70:21; 110:17, 22; 111:4; 112:13, 18; 113:7; 294:19; 323:16

**Stanley** 312:13, 14, 19

**stared** 80:10

**staring** 75:3, 7

**start** 30:14; 84:19; 98:7, 20, 23

**started** 27:3; 30:17; 98:8, 17; 149:2, 3; 150:20; 151:22; 155:11; 295:8; 300:4; 322:21; 368:12

**starting** 27:4; 363:9

**starts** 103:22; 163:3

**State** 5:19, 22, 25; 91:18; 93:6, 8; 214:22; 247:11; 373:19, 23

**stated** 245:20; 310:8; 355:9

**statement** 129:14; 130:5, 19, 21, 25; 132:9; 135:3; 136:3, 8, 14; 137:6; 140:8; 148:16; 158:25; 159:13; 164:5, 15, 20; 203:25; 204:4, 10, 18, 22; 215:12; 271:10; 294:11; 297:2; 298:25; 302:5; 358:17, 23, 24; 359:3; 360:13, 18, 19, 24

**statements** 129:3, 8, 22; 133:10, 11; 199:4; 203:7, 14; 215:22; 372:20

**States** 4:8; 115:16; 223:6; 244:18

**station** 36:4; 38:9, 15, 22; 39:19; 43:18; 46:3; 49:2, 23; 50:3; 100:8, 9; 270:19; 292:13; 294:17; 331:22; 332:5, 9; 337:2; 352:16; 353:23; 354:2, 16, 17; 372:14

**stationary** 226:23; 227:5, 15

**status** 120:18; 298:21

**statute** 91:21

**statutory** 72:3, 14; 73:10

**stay** 158:16; 279:25

**steady** 124:9

**step** 137:5

**stick** 79:6

**sticks** 51:8

**still** 62:8; 63:16; 120:22, 23; 121:4, 12, 16; 122:4, 11; 125:6, 12, 14; 126:8, 11, 12; 183:11; 190:4, 7; 191:22; 192:7; 195:8; 202:2; 203:2; 216:14; 217:9; 237:17; 244:23; 247:3; 248:5, 16; 320:6, 10; 324:14; 378:9

**stipulate** 13:10; 258:17

**stipulation** 114:20

**stipulations** 6:5

**stock** 16:3

**stomach** 359:16

**stomach's** 358:12

**stonewalled** 227:9

**stood** 309:23

**stop** 49:9, 11; 151:5; 268:7; 274:9

**stopped** 30:21; 54:8; 141:20; 218:7; 368:25

**stopping** 348:19

**story** 197:6, 23

**straight** 76:18; 130:10; 147:12; 155:23; 321:2

**strangers** 261:19, 24

**street** 111:10; 294:25; 295:9; 348:14, 18, 22; 349:10; 350:7

**streets** 327:11; 338:23, 24; 349:3, 14, 22; 350:9, 16, 20, 23; 351:6, 14, 17, 19; 352:2

**stress** 70:23; 93:23, 25; 94:10; 95:17; 102:20

**strewn** 331:21

**strike** 12:22; 13:4, 8, 11; 45:15; 113:3; 132:4; 137:3; 213:10; 225:18; 227:12; 230:19; 263:10; 326:17; 363:2

**stuck** 127:3, 6, 19; 325:13

**stuff** 15:14; 39:7, 16, 16; 74:13, 21; 76:4, 18; 89:22; 94:3; 110:4; 111:15, 16, 24; 112:20, 22, 24; 172:19, 24; 187:25; 188:4; 209:3; 210:10; 213:18; 218:9; 260:8; 299:19; 305:24; 322:13; 332:6, 8; 346:19, 22; 365:25

**subject** 48:7; 50:7; 64:25; 174:25; 177:10, 19; 266:21; 268:2; 313:3; 365:18; 366:9

**submitted** 193:19

**subpoena** 99:21, 22, 24; 100:13; 293:25

**subpoenaed** 100:2; 259:22

**subsequent** 7:21; 8:12; 16:19; 78:17; 128:25; 132:22; 158:21; 169:25, 25; 199:3; 251:9, 16; 254:21; 257:20, 25; 258:5, 11; 259:12, 14; 261:21

EDWARD CARTER, FRANK FIORILLO, v.
INCORPORATED VILLAGE OF OCEAN BEACH

Case 2:07-cv-01215-SJF-ETB   Document 145-106   Filed 01/15/10   Page 160 of 163 PageID

EDWARD CARTER
September 16, 2008

#: 4459

subsequently 151:17; 169:13

substance 9:12; 39:9; 107:13

substantive 11:5; 191:3

sued 83:5, 11; 245:15

sufficient 243:8

Suffolk 5:4, 5; 13:22, 25; 14:10; 15:10; 20:3; 107:5, 10; 178:5; 181:15, 24; 201:17; 203:2; 217:18; 218:3; 229:23; 235:3, 6; 236:10, 19, 21, 23; 237:3; 238:6; 239:12, 15, 23; 258:14; 262:16; 273:13; 275:2; 276:9; 277:2; 280:4; 283:8; 284:11, 18, 25; 285:19; 287:24; 291:12, 20; 292:2; 293:14; 301:12, 15; 309:15; 325:25; 326:3; 362:19; 366:25; 367:20, 23; 368:20, 21; 369:3, 4, 5, 20; 370:6; 371:13, 18; 376:9

suggesting 256:24

suing 82:4; 245:22

sum 9:12; 39:9; 107:13

summer 21:23; 36:21, 22; 45:11, 19, 21; 103:21, 22, 23; 114:12, 24; 121:11; 173:18; 263:8; 314:11, 25; 316:2; 317:10, 14; 337:18, 21; 338:11, 11; 372:14

summers 263:7

summons 295:4; 337:7, 12; 338:3; 339:7, 12, 21; 340:2

summonses 335:23; 336:5, 15, 18

Sunday 9:5; 10:14; 11:6; 124:11; 358:4

superior 91:12; 187:19; 194:13; 195:13, 18; 211:9; 311:22; 312:2, 9

superiors 188:5, 12; 189:10; 190:22; 197:21; 198:10; 224:10

supervising 118:14

supervision 303:5; 305:2, 7, 19; 306:15, 21

supervisor 185:16, 18; 242:25; 346:14

supervisors 160:14; 172:23; 246:6, 14; 250:18

support 70:22; 73:15, 18, 19, 21, 23; 74:4, 5, 9, 11; 75:24; 76:21; 78:3, 5, 6, 14; 79:11, 18, 24; 81:18; 82:5, 10; 83:22

supported 73:18

supposed 349:14

supposedly 155:14

sure 8:4, 9; 10:22; 20:12; 56:11; 75:9, 12; 97:8; 101:24; 121:13, 17, 25; 133:2, 4; 142:14; 190:2; 213:25; 233:17; 238:10;

260:9, 13; 266:9, 13; 267:24; 268:22; 298:24; 304:18; 326:11; 357:22

surprised 83:3

surrounding 20:19; 21:4; 244:8

sustained 70:14

swear 5:15

sworn 5:18

# T

talk 6:23; 11:4; 45:22; 74:22, 24; 75:10, 12, 14; 77:14, 16; 79:3; 81:14; 82:17; 83:4; 125:11, 13; 126:25; 128:14; 133:9; 135:2, 10; 136:18; 151:10; 161:13; 166:24; 167:22; 175:4; 209:9; 212:9; 228:10; 237:9; 262:25; 275:13; 283:15, 22; 294:21

talked 75:16; 82:23; 106:13; 147:5; 198:19; 264:18; 265:17; 299:9, 12

talking 11:21; 25:16; 44:21; 55:13; 82:18; 116:4; 117:15; 135:12; 150:21; 151:21; 154:22, 23, 24; 157:6; 170:9; 189:9, 17; 208:9, 19; 210:5, 8; 218:8; 236:22; 262:19; 295:2; 305:16; 322:3; 345:11; 351:21; 358:11, 15; 359:14; 366:4; 372:25

tape 4:2; 65:24; 66:4; 133:21, 24; 134:4, 7; 140:22; 142:21, 25; 143:2, 6, 20; 144:14; 145:14, 19, 23; 146:10, 17, 19, 21; 147:3, 12; 165:22; 169:18; 170:13, 20, 21, 25; 179:12, 16, 19; 202:6, 10, 14, 18; 268:6, 7, 11, 15; 335:10, 12, 16

taped 144:6; 178:20, 23, 24; 179:3

tapes 354:19

taping 141:2; 143:16, 18; 144:9; 178:15; 180:8

taxi 374:23

telephone 140:16, 17; 144:10; 145:7, 7; 284:15; 371:24

television 197:9

telling 53:16; 122:20; 129:6; 173:13; 214:6, 8; 295:5; 296:17; 299:18; 311:12; 314:9; 339:20; 378:8

tells 16:20; 59:20

tenure 31:3

term 35:10

terminated 16:8; 17:19; 32:24; 78:11, 12; 138:11;

155:20; 226:15; 271:21; 297:14

termination 12:21; 94:4; 129:2; 152:23; 180:14; 195:22; 199:3; 230:2; 252:7; 276:24; 278:11, 14

terms 30:7; 255:9

test 19:15, 15, 17, 17, 19; 15:8; 19:15, 25; 20:8, 18; 131:23; 172:25; 173:4; 183:3, 6, 15; 200:8; 218:9; 233:8, 21; 235:4; 238:12; 241:18; 242:10; 244:24; 370:17, 19; 375:16

testified 5:20; 50:25; 92:4; 132:12, 16; 151:23; 156:22; 157:9; 158:17, 25; 168:17; 169:3; 188:15; 213:18, 20; 214:13; 241:11; 246:3; 249:20; 250:12; 254:15, 16; 277:21; 300:2; 308:13; 310:21; 311:5; 329:19, 23; 340:5

testify 297:18; 299:5; 376:17

testimony 37:10, 11; 54:14, 16, 23; 60:6; 62:14; 82:6; 84:16; 86:6; 89:19; 94:22; 98:12; 111:11; 117:22; 148:15; 155:21; 168:9; 169:22; 170:18; 173:10; 181:11; 186:2; 216:5; 217:22; 220:25; 222:15; 224:18; 231:24; 232:5, 6; 234:6; 235:12, 19, 21; 243:12, 22; 245:11; 246:16; 247:19; 249:4, 9, 19; 261:4; 270:16; 274:19; 311:5; 313:5; 329:11

testing 238:4

tests 240:23; 241:13

thereof 59:4

thin 143:8; 159:9; 161:3, 24; 164:23; 165:19

third 23:11; 39:8; 40:7; 42:20; 45:20; 49:15, 24; 50:10, 17; 158:24; 179:8; 231:25; 233:20, 22; 289:3, 4; 302:22, 23; 321:23; 322:7, 20, 24, 25; 370:24

Thomas 182:6, 25

Thompson 4:20; 23:16; 106:3

though 60:19; 116:9; 128:4; 137:15; 188:15; 213:25; 231:20, 22; 233:12, 18; 324:4

thought 59:13; 80:15; 128:3; 156:7; 159:20; 166:23; 226:9; 248:13; 357:21

three 14:13; 17:4; 36:19, 22; 37:5; 45:8; 54:24; 55:6; 64:18, 18; 122:21, 24; 127:8; 133:18; 134:4, 7; 146:3; 147:10; 151:15; 166:13; 168:8, 20, 24;

178:6, 10; 182:2, 7, 20; 184:17; 188:2; 190:17; 194:4; 200:3; 201:10, 14, 18, 22; 202:7, 10; 207:17; 235:2, 6; 236:13, 15; 285:15; 287:11, 12; 298:17; 300:12; 304:6; 328:7; 363:6, 8; 370:12, 16; 375:15

three-hour 55:25

threw 338:24; 354:5

throughout 312:24; 362:21

throw 354:9

throwing 332:6

thumb 295:14, 15

tickets 337:15

Tierney 369:25

timer 114:22; 115:19

times 6:24; 29:14; 36:15, 19, 22; 37:5; 45:5; 51:7; 68:10, 21; 82:14; 95:20; 96:6, 12; 168:8, 9; 190:3, 6; 191:21; 269:20; 273:12, 17; 300:6, 12; 302:22, 25; 307:2; 318:4, 12; 331:18, 25; 332:10; 349:9; 351:11; 362:8; 363:3, 6, 8; 372:17; 374:24

tired 164:24

tireless 302:6

title 178:6; 185:22; 186:23

today 6:18; 8:21; 12:3; 18:11; 28:23; 85:19; 94:16; 97:20; 111:12; 112:4, 13, 17, 19; 181:19; 201:21; 247:19; 263:21; 267:7, 14; 365:7, 13; 366:17

together 107:7; 151:7; 187:25; 192:16; 260:19

told 9:14; 10:15, 20; 11:12, 13, 18; 16:9; 20:2; 21:13; 49:9; 51:17; 55:18; 57:16, 18, 25; 64:21; 85:9; 86:13; 88:14, 19, 20; 95:18; 106:23, 24; 107:2; 113:20, 24; 128:4; 130:22, 23; 131:2, 3; 133:15; 139:20, 22; 140:3; 145:2; 148:4, 6, 8, 10, 11; 150:23; 158:17, 20; 159:7, 7; 160:8, 14; 161:2, 7, 23; 163:25; 164:12, 15, 22; 167:2, 6, 10, 15; 168:3, 18; 169:3, 7, 21; 170:13, 25; 176:8, 15, 18; 188:8, 17; 190:19; 192:6, 13; 196:8; 210:25; 211:6; 212:2, 25; 213:2; 214:10, 14, 19; 219:13, 17; 220:15, 17, 23; 221:16, 24; 222:5; 223:12; 225:9, 9; 227:20; 230:8; 231:4; 234:17; 237:23; 238:17; 260:18; 275:12, 17; 276:8, 17; 277:21; 279:4; 281:2, 13; 283:22;

285:7; 287:4, 4, 8; 289:19; 292:16; 296:17; 297:5, 13; 299:2, 6; 307:24; 310:23; 311:6; 315:6, 11; 327:3; 332:7; 339:25; 342:23, 24; 355:4, 6, 11, 12; 356:18, 19; 357:12; 359:19; 361:9, 11, 14; 364:15; 372:13

Tom 80:17; 85:24; 87:13; 88:8, 14; 109:6, 25; 130:22, 22; 133:7; 138:3, 21; 139:8, 9, 10; 149:20; 194:18; 203:21, 22; 266:14; 321:4; 358:14

tomorrow 9:22; 10:2, 4; 150:2

took 9:22; 14:16; 15:9; 19:16; 90:10; 138:6; 189:19; 191:6; 232:8; 234:21; 283:19; 325:20; 355:25; 358:13; 371:4; 373:3; 375:14; 376:4

top 198:24

topic 378:6

tortious 31:25; 32:11; 34:2, 3

totally 246:22; 248:11

touch 87:12; 106:12, 16; 108:12, 16

tour 52:4, 5; 122:21, 24, 25; 123:10, 23; 162:2; 164:25; 170:15; 209:18; 285:15; 287:11, 12

tours 115:17; 118:8, 22; 119:6, 18, 21; 123:18

Town 14:14; 82:12; 89:13; 93:18; 107:18; 108:25; 142:6; 149:21; 159:8; 163:14, 17; 182:9, 15; 183:2, 7, 8, 16; 184:13, 15, 19; 186:9, 21; 188:22; 193:20; 194:14, 18; 195:14, 19; 196:4; 197:21; 198:10; 200:7; 201:22; 207:12, 19, 24; 208:14, 22; 209:18; 214:23; 217:3, 21; 218:11; 222:5, 12; 223:21; 229:5; 236:15, 23; 245:7, 8, 9, 13, 22; 246:6, 14; 247:8; 248:20; 249:2, 5; 250:25; 251:14; 256:19; 259:7, 11, 18, 22; 260:5; 261:6; 272:23; 290:6; 304:24; 313:14; 374:9; 375:16, 25

towns 362:22

Township 12:7, 9; 245:6

Toys 16:4

training 161:17; 175:6, 24

transcript 104:19, 24

transpired 138:6

tried 13:21; 107:10, 14, 17; 126:25; 128:14; 238:17

truck 127:18; 323:12; 325:13, 19, 20, 22; 327:7; 355:12; 374:22, 23

**trucks** 323:11, 15

**true** 17:10; 146:5; 164:5, 15, 20; 168:8; 180:9; 196:6; 223:24; 261:15

**trust** 62:3, 12

**trustee** 41:25; 42:18; 43:12; 44:6; 47:16; 50:19; 69:16; 70:6; 226:17; 292:21; 328:19, 21; 330:3, 8; 331:4, 7; 332:25; 333:5, 18, 24; 334:18, 22; 340:16, 20; 344:11

**trustees** 44:14; 69:13; 309:4

**truth** 286:4; 290:23

**truthful** 17:13; 18:9, 16; 220:5; 221:18; 223:17; 243:8; 261:12

**truthfully** 64:15; 161:20

**truthfulness** 261:6

**try** 6:20; 15:11; 253:22

**trying** 51:5; 106:24, 25; 154:17; 162:5; 180:12, 16; 208:12; 235:20; 249:13; 253:23; 306:17; 326:8; 362:12, 18; 364:5, 9, 16

**Tuesday** 9:15; 287:11, 12

**turn** 23:11; 144:2; 339:16

**turned** 295:13

**twice** 149:5; 155:16, 18

**twin** 161:4, 25; 162:12

**twins** 126:15; 127:7; 165:4, 7, 11, 16, 21; 166:5; 169:10, 12, 16; 170:16, 17; 213:20

**two** 12:11; 21:16, 17; 22:3; 27:19; 45:12; 52:6; 54:12, 24; 58:4, 12, 24; 59:19; 60:15; 66:4; 96:13, 18; 113:17; 128:22; 133:24; 134:7; 148:25; 151:15; 178:7, 21; 179:11; 183:5; 198:18; 200:7; 203:6; 232:10, 11; 233:13, 18; 281:23; 282:5; 291:3; 298:17; 304:6; 307:20; 308:16; 315:13; 322:17, 17; 323:11; 324:8, 13, 17; 325:18; 328:7; 340:4; 341:11; 343:23; 344:19, 20; 346:20; 349:11; 350:4; 363:7; 374:12; 376:5, 6

**two-year** 261:2

**Ty** 26:25; 28:14, 19, 24; 362:2; 363:6

**Tylenol** 94:13; 95:19; 96:9

**type** 103:11; 143:6; 238:4; 291:3; 372:11

**Tyree** 26:14; 88:5, 6, 15, 18, 21; 129:16, 17, 21; 130:4, 13, 18; 132:24

## U

**ultimate** 72:22

**ultimately** 308:25

**Um** 298:8; 353:18

**Um-hum** 56:7; 130:16; 354:24

**un** 241:9

**unavailable** 122:21; 123:23

**unaware** 172:18

**Unbelievable** 147:9

**uncertified** 292:11; 310:15, 17; 331:20; 335:25; 362:3; 363:4, 24; 364:5, 10

**uncertifieds** 372:16

**uncle** 262:4

**uncle's** 263:16

**undecisive** 241:9

**under** 102:9; 172:15; 185:20; 200:4; 203:8; 271:10; 302:10; 305:2; 312:22

**underage** 341:18, 19, 24; 342:23

**underaged** 336:20

**underlining** 26:2

**undermine** 352:21; 353:6

**undermined** 353:12

**undertake** 227:14

**unfounded** 207:13; 228:16, 20

**uniform** 33:5; 247:20; 248:9; 302:11

**uniformed** 247:17; 249:5; 250:6

**uniforms** 82:11

**United** 4:8; 244:18

**unlawful** 31:21; 33:17; 35:19; 129:2; 199:3; 341:8

**unlawfully** 32:24

**unless** 34:19; 44:24

**unnamed** 216:6

**unsure** 10:19

**up** 5:11; 13:12; 16:2, 16, 20; 17:2, 2; 20:23; 21:10; 31:12; 37:20, 23, 24; 38:5, 17, 20; 39:7, 13, 15; 42:5; 48:25; 51:22, 25; 55:18; 56:19, 24; 57:18; 58:2, 9; 59:20; 64:2; 65:14; 71:16, 22; 72:8; 75:8; 76:5; 77:15; 80:8, 14; 85:4; 106:3, 3; 107:4; 108:3; 116:14; 118:11; 122:7; 123:21; 127:10, 16; 128:5; 133:22; 138:4; 141:20, 21; 146:3; 149:24; 150:16, 18; 151:9; 157:4; 158:9; 165:14, 15, 21; 166:9, 23; 167:4, 21; 168:4, 15; 174:9, 10, 11, 16; 175:8; 180:17; 192:12, 14; 196:5; 203:6, 6; 208:10; 209:7; 218:19; 227:18; 233:4, 7, 10; 235:16, 25; 241:3, 6; 242:6; 248:2; 260:17; 262:5, 18; 263:2; 276:2; 282:3, 23; 284:5, 5; 289:11; 294:20; 295:10; 300:9; 318:24; 322:3; 325:5; 326:2, 4; 332:8, 15; 339:14; 341:19; 343:18; 345:14; 351:6; 352:17; 354:14; 362:10, 11; 370:24; 373:14; 374:22; 375:5

**upgrade** 175:9

**upgrades** 175:7

**Upgrading** 175:9, 25

**upon** 29:12, 14; 37:9; 59:6; 111:12; 119:21; 147:12; 173:13; 203:19; 207:9; 208:4; 210:4; 211:24; 215:18; 256:15; 310:22; 314:3

**upper** 290:7

**upset** 53:6, 13; 112:23; 289:18

**upstairs** 161:5; 319:15; 353:22

**use** 65:16; 73:19; 106:2; 241:7, 10; 256:23; 367:20

**used** 35:10; 74:10; 75:17; 77:13; 272:2; 279:16; 285:6; 348:24; 368:24

**using** 74:3

**usually** 242:3

## V

**vacant** 185:20

**vacation** 167:23

**vague** 82:25

**valid** 190:4, 7; 191:22; 192:7

**values** 302:8

**various** 347:7

**vehicle** 56:12; 143:3; 322:13, 16, 22; 324:19; 325:15, 17; 374:16

**vehicles** 127:4; 324:8, 9, 13, 17; 326:5, 6; 331:21; 346:22; 374:25

**verbal** 148:17

**verbally** 59:8; 129:4; 160:18, 20; 199:5

**verify** 342:13

**versus** 4:6

**via** 365:12

**video** 4:14

**VIDEOGRAPHER** 4:2; 5:14; 65:23; 66:3; 133:23; 134:3; 158:11, 14; 202:9, 13; 258:21, 25; 268:10, 14; 335:11, 15; 364:25; 365:4

**videotape** 4:3

**Village** 4:6, 24; 42:18; 56:17; 68:18; 150:6; 198:2; 225:15; 283:23; 288:4; 292:4; 310:10; 311:18; 313:19; 315:12;

**trucks - winter   (18)**

316:14, 17; 318:24; 319:8, 10; 321:5, 19; 322:15, 16, 17; 323:18; 324:9, 14, 18; 325:23; 329:2; 330:16, 22; 374:20; 375:3, 9

**villages** 362:22

**violated** 62:2; 244:19

**violates** 25:6

**violations** 75:4; 341:10, 14; 344:25

**virtue** 240:13; 245:10

**volunteered** 288:22

## W

**wait** 315:6; 318:20, 23; 319:10

**waited** 319:8

**waiting** 224:11; 359:25

**walk** 46:3; 59:17; 151:9; 230:14; 295:2, 10; 337:10; 341:17; 348:15; 349:24; 355:4

**walked** 40:6, 10; 46:18; 52:17; 55:17; 57:2, 11; 75:8; 80:6, 8; 82:23, 25; 194:23; 262:22; 295:9, 10; 321:21; 370:25, 25; 373:14, 18

**walking** 49:2; 56:18; 111:9; 215:7

**wall** 61:3; 220:22; 221:11; 227:10; 247:2, 7, 9, 15, 21; 248:4, 16; 249:6; 250:7, 13, 20, 24; 271:14

**Warkenthien** 293:21; 296:22; 300:21, 23

**wash** 355:11

**watched** 245:14; 264:13; 265:13

**watching** 197:22, 22

**water** 374:23

**watercop319@yahoo.-com** 267:23

**waved** 359:3

**waving** 358:23

**way** 6:21; 17:7; 20:13, 16; 115:16; 127:4, 15; 208:11; 230:17; 255:3; 279:16; 290:16; 337:16; 343:20; 375:4

**ways** 374:12

**wear** 16:14; 136:23; 137:13; 138:2, 19, 20; 139:3, 10, 18, 19; 155:14; 246:20, 21; 274:8; 276:5; 297:23; 298:3; 361:16

**Wearing** 137:13; 134:10; 136:18, 21; 137:7, 10, 16; 146:2; 147:8, 16; 152:11; 155:13; 157:2, 7, 17; 158:6, 19, 21; 166:19; 169:4; 274:4; 275:4; 276:10; 299:25; 361:10

**website** 110:4; 208:10

**websites** 15:24

**Wednesday** 9:23; 10:21; 220:11

**week** 8:17; 9:17, 24; 11:9; 27:25; 28:11; 30:9; 46:24, 25; 84:25; 85:7, 12; 86:22, 23; 114:18, 19, 22; 115:12, 14, 17, 20; 116:15; 149:18; 189:14, 15; 191:6; 192:13, 20; 193:16, 25; 194:9; 274:2, 25; 283:9; 289:10; 292:17

**weekend** 51:11; 57:7; 62:25; 63:6, 22; 64:22; 68:6; 69:3; 325:13; 327:7; 332:4, 5

**weekends** 316:15

**weeks** 9:17; 104:11; 144:18; 170:9

**Welch** 4:23

**weren't** 29:21; 38:2; 76:10; 111:25; 122:13; 138:9; 151:2; 153:18; 155:3; 165:10; 169:11, 21; 170:16; 171:2; 188:10, 17, 24; 189:3; 191:5, 16, 17; 192:3; 193:21; 194:11; 195:4; 210:24; 211:5, 11; 279:13; 285:11; 297:15; 300:10; 316:16; 322:2; 343:7; 347:13, 17; 361:12

**west** 326:8

**what's** 22:15; 23:5; 25:16; 28:4; 39:6; 40:25; 51:18; 76:5, 17; 80:16; 82:19; 99:10; 111:22; 116:10; 117:6; 122:24; 166:14; 184:11; 192:23; 205:5, 7, 8; 267:6; 270:10; 274:7; 290:9; 294:20; 303:14; 317:6; 324:12; 326:8; 343:12; 346:9; 354:13

**wheel** 346:24; 347:9, 16

**when's** 85:5; 184:2; 287:23; 314:5

**whenever** 341:17

**wherein** 17:11; 147:14; 191:5

**Who's** 30:4; 45:3; 56:2; 157:10

**whoever's** 244:12

**whole** 97:12; 131:25; 156:24; 188:3; 198:5; 215:23; 260:18

**whomever** 119:20

**wife** 84:3; 112:16; 113:8; 127:5, 18

**Wigdor** 4:20; 23:16; 106:3

**wind** 322:3

**winds** 16:20

**wingking28** 162:25

**wingking28@aol.com** 266:6

**Winnie** 292:7

**winter** 122:8; 225:13; 317:5, 11

wire 16:14; 133:17; 134:10; 136:19, 21, 23, 24; 137:7, 10, 14, 16; 138:2, 19, 21; 139:3, 11, 16, 18, 19; 146:2; 147:9, 16; 152:11; 154:23; 155:13, 14; 157:2, 7, 17; 158:6, 16, 19, 21; 166:18, 19; 168:11; 169:4; 218:20; 246:21, 21; 248:11; 274:4, 8; 275:4; 276:6, 10; 277:22; 297:24; 298:4; 299:19, 25; 300:4; 361:10, 17

wire's 155:11

withdraw 22:2; 43:21; 79:13; 154:17

withdrawn 7:9; 26:4; 28:3; 35:17; 48:21; 67:3; 76:11; 80:23; 81:8; 152:22, 24; 159:16, 18; 162:11; 177:18; 179:23; 192:4; 198:19; 339:21; 346:5; 361:4; 364:3

within 23:8; 46:25; 86:22, 23; 98:13; 175:6; 183:4; 247:3; 248:5; 250:6, 11; 271:17; 274:2, 25; 283:9; 304:22

Without 30:2; 71:13; 101:10; 104:12; 129:6; 136:16; 267:9, 10; 283:23; 351:18; 365:20, 22; 366:5

witness 5:16, 23; 6:2; 25:5; 249:11; 279:13; 281:8; 354:9; 357:4

witnessed 36:24; 37:2; 64:9

witnesses 136:16

witnessing 63:19

woman 215:3; 222:19

women 208:16; 291:6, 15

wondering 319:24

word 28:5; 250:3; 256:23; 270:6

wording 241:7

words 58:19; 74:4; 123:16; 153:14; 167:13, 18, 19; 241:10; 317:9; 320:9

wore 299:19

work 10:22; 29:16, 18; 31:19; 52:5; 53:25; 62:22; 68:19; 74:11; 82:12; 89:10, 13, 16, 16; 90:6, 11, 19; 92:11; 109:6, 10, 10; 114:18; 115:11, 13, 19, 23; 116:14; 117:3, 24; 118:18; 119:19; 126:21; 127:12, 16; 128:11, 18; 131:20; 141:20; 149:14; 154:6, 12; 159:10; 164:24; 171:5, 18; 172:3, 14; 183:2; 188:2; 193:12; 200:7, 7; 209:16; 246:25, 25; 247:14, 17; 248:3, 3, 8, 9, 10, 20, 25; 252:16; 283:10; 285:9, 17; 287:14; 305:22; 375:7

worked 27:9, 11, 14, 14;

28:15, 19, 24; 29:7, 19; 30:9; 62:24; 74:12; 112:24; 116:13; 118:6, 16; 124:11; 126:23; 127:11; 169:15; 209:17; 251:11; 263:7, 8; 287:3, 5, 8, 10, 12, 14; 311:7, 8, 12; 317:11; 328:6

worker 114:7; 115:2, 3; 116:5, 20

working 14:21; 17:3; 21:3; 22:7; 27:5, 24; 28:8; 29:23; 30:14, 17; 31:16; 54:8; 76:4; 87:6, 9; 113:21; 128:17, 19; 141:24; 142:3, 5; 148:5; 149:12; 151:12, 13, 16; 152:2; 153:15, 18; 159:14, 19; 165:10; 169:11, 21; 170:16; 171:2; 185:20; 237:15; 254:6; 256:19; 275:24; 277:12; 280:12, 14; 281:24; 282:12; 285:11, 13; 292:9; 294:18; 299:21; 306:2; 310:14; 346:10, 13; 364:18

workmen's 125:8, 15; 254:23

works 108:25; 171:20

worn 139:16

worry 372:25

worse 111:12; 324:7

worst 332:12

wound 48:25; 51:25; 58:9; 106:3; 107:4; 108:3; 339:14; 362:11

write 60:25; 93:22; 128:22; 198:24; 203:5; 208:4; 228:15; 236:5; 239:25; 240:2; 242:11; 261:10; 271:10; 279:7; 290:13, 14; 309:11; 337:11, 15; 339:7; 340:2; 358:17

writing 129:4; 130:10; 185:11; 199:6; 339:11

written 193:19, 20; 225:25; 226:3; 243:13; 292:3, 16; 293:4, 15

wrong 23:9; 119:15; 123:6; 206:7; 222:10; 276:7; 296:10, 13, 19; 378:13

wrongful 26:5; 32:16; 34:12

wrote 70:14; 201:13; 260:17; 290:25; 291:4, 13, 22; 292:17; 313:7

# X

X 377:18

# Y

Y 377:18

ya 151:10; 373:9

yard 149:14

year 12:15; 27:18; 68:14, 17; 96:13; 98:13; 116:19; 123:12, 13; 325:5; 343:12, 13; 370:21

years 31:14; 58:4, 12; 59:19; 60:15; 96:18; 127:8; 190:12; 200:8; 218:13, 13; 281:14, 15

yell 58:22

Yelled 337:14

yelling 295:8

York 4:9; 5:19; 6:3; 91:17; 93:6, 8

youths 341:19; 342:6; 343:6

Yup 40:12

# Z

Z 377:18

Zelda 208:24; 216:25, 25; 217:6, 9, 20; 218:4, 17; 219:2, 8; 222:19; 223:25; 227:18; 234:12

zero 242:4

ZWILLING 5:3, 3; 366:22, 23; 367:2; 374:3

**Lawyer's Notes**