1                         J. Nofi

          2     knows what could have happened.  I was, you

          3     know, 25 minutes away, while he's making me

          4     drive around a drunken person with a drunken

          5     girl and they were acting stupid.

          6          Q.    As drunk people usually do?

          7               MR. GOODSTADT:  Objection.

          8          A.    Well, real stupid.

          9          Q.    Drunk people usually do?

         10               MR. GOODSTADT:  Objection.

         11          A.    Yes, intoxicated, I should say.

         12          Q.    Were you the only officer that

         13     was manning Ocean Beach at that time?

         14          A.    I think there was maybe one other

         15     officer.

         16          Q.    So is it your testimony that

         17     during your shift only two officers would

         18     man Ocean Beach?

         19          A.    In certain times of the year,

         20     yes.

         21          Q.    What were those certain times of

         22     the year?

         23          A.    In the wintertime we have less

         24     people there but it's more dangerous

         25     actually because there's less people there

```
 1                          J. Nofi

 2     and a lot of burglaries happen.

 3          Q.    Anyone ever raped on Ocean Beach

 4     that you're aware of?

 5          A.    Yes.

 6          Q.    When you were out driving a car?

 7          A.    No.

 8          Q.    Anyone murdered while you were

 9     out driving the car, as you just testified

10     to?

11          A.    I don't know.

12          Q.    Anyone robbed when you were out

13     driving the car as you just testified to?

14          A.    Oh, I would say so, yes.

15          Q.    How do you know that?

16          A.    People told me.

17          Q.    So it's based --

18          A.    I'm sure it's in the records.

19          Q.    It's based on what people told

20     you?

21          A.    It's in the records, in the blog.

22     You have to look at the blog.

23          Q.    Oh, we've got to look at the blog

24     now, okay, got it.

25                Okay, let's look at paragraph
```

1                         J. Nofi

2       158, sir.  Let's look at sub-paragraph one,

3       that's the fourth line down.

4              A.    Okay.

5              Q.    Police officers drinking while on

6       duty, parenthesis, in the police station,

7       parenthesis, in local bars, I'm sorry,

8       semicolon, and while driving OBPD vehicles,

9       do you see that?

10             A.    Uh-huh.

11             Q.    Was there a policy -- let's talk

12      about officers drinking in bars.

13                   Was there a policy that you are

14      aware of that said when you were not, when

15      an officer was not on duty, you could not

16      frequent a bar and drink?

17             A.    Yes, there was.

18             Q.    When was this policy instituted,

19      to the best of your recollection?

20             A.    Two years ago, three years ago.

21             Q.    While you were still aboard?

22             A.    Yes.  Chief Paradiso put it up on

23      the bulletin board, I seen it, and he also

24      sat everybody down and said he did not want

25      anybody frequenting the bars at all on or

                  Precise Court Reporting
        (516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                          J. Nofi

 2      off duty.  He definitely said that, I heard

 3      him say it, I was right there and he also

 4      made a memo, it was on the wall.

 5           Q.    And did you ever frequent the

 6      bars on Ocean Beach in your uniform?

 7           A.    No, unless I was going in there

 8      for, you know.

 9           Q.    For police business?

10           A.    Yes.

11           Q.    How about Mr. Fiorillo?

12           A.    Or for a hamburger or something

13      like that, you know, in the back way though,

14      I went in the back way if I was getting

15      dinner.  We used to go and order dinner,

16      then go in and pay for it.

17           Q.    So you wouldn't sit in the

18      establishment, you would order from the

19      establishment and take it from the back?

20           A.    Yes.

21           Q.    How about Fiorillo, do you recall

22      if Mr. Fiorillo ever went to a bar while in

23      uniform?

24           A.    Not --

25           Q.    And sat in the establishment?
```

```
 1                       J. Nofi

 2        A.    Not that I can recall, no.  I

 3   know we have gone in houses where people

 4   offered us food once.

 5        Q.    I'm talking about bars now.

 6        A.    Not that I know of.  No, not that

 7   I know of.  I really couldn't tell you on

 8   that.

 9        Q.    Have you ever gone into a house

10   while in uniform and sat down and had

11   drinks?

12        A.    Never, nope.  I know you're going

13   to show me a picture, I wasn't drinking

14   though.

15        Q.    So you know the picture I'm going

16   to show you.

17        A.    I sure do, we went there on a

18   call.

19              MR. GOODSTADT:  Let him ask you

20         a question.

21              MR. NOVIKOFF:  Let's mark the

22         following document as 13.

23              (Photograph was marked as

24          Defendant's Exhibit-13 for

25          identification; 9-9-08, A.S.)
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                       J. Nofi
 2        Q.   Can you tell me who's in that
 3   picture, sir?
 4        A.   Frank Fiorillo and me.
 5        Q.   And you both have your uniforms
 6   on?
 7        A.   Yes, we do.
 8        Q.   And is that in someone's house?
 9        A.   Yes.
10        Q.   Whose house is that?
11        A.   A complainant's house that we
12   went and confiscated beers right from the
13   front of their house.
14        Q.   I'm sorry, whose house?
15        A.   We confiscated beers.  We went to
16   a complaint in the house and after the
17   complaint, when we got the kids out of the
18   front yard, they said they wanted to takes
19   pictures with us, but you can see I didn't
20   take a picture with anybody, I just sat
21   there.  They took a picture of Frank.
22        Q.   And there's a woman on Frank's
23   lap?
24        A.   Yes, there is.  Everybody in
25   Ocean Beach wanted pictures with cops
```

Precise Court Reporting
(516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                    J. Nofi

 2     everyday.

 3     MO          MR. NOVIKOFF:    Motion to strike

 4          that aspect of what everyone wanted on

 5     Ocean Beach.

 6                    Let's look at the next one,

 7          Exhibit 14.

 8                    (Photograph was marked as

 9               Defendant's Exhibit-14 for

10               identification; 9-9-08, A.S.)

11          Q.    Is this an Ocean Beach police

12     vehicle?

13          A.    Yes, why?

14          Q.    I'm just asking.

15               MR. GOODSTADT:    Let him ask the

16          question.

17          Q.    Is this an Ocean Beach police

18     vehicle?

19          A.    I believe we had two.  I think

20     this is the one of them, yes.  This has the

21     lights on it, yes, it is.

22          Q.    And do you know who this person

23     is, that's in the vehicle?

24          A.    I have no idea, not a clue.

25          Q.    Did you ever allow any citizens
```

```
 1                        J. Nofi
 2    to sit in an Ocean Beach police vehicle?
 3         A.    People sat in them day in and day
 4    out, in other words, just a common thing
 5    over there.
 6         Q.    I'm saying did you ever, not what
 7    was common.
 8         A.    I might have let them sit to take
 9    a picture.
10         Q.    And is that against policy?
11         A.    Not that I know of, no, everybody
12    did it.
13         Q.    Sir, I'm just asking you, was
14    that against policy?
15         A.    No, not that I know of, no.
16         Q.    Let's look at paragraph 164, next
17    page, page 39.
18               It's alleged in paragraph 164 the
19    following:  The defendants Hesse and OBPD
20    published defamatory materials about
21    plaintiffs, including, without limitation,
22    do you see where I'm reading from?
23         A.    Yes, uh-huh.
24         Q.    Now, is paragraph 164 to your
25    knowledge referring to the blog?  If you
```

```
 1                       J. Nofi
 2    need to read it, then by all means.
 3          A.    Yes, the blogs and also
 4    statements that he said in front of me and
 5    in front of people.
 6          Q.    He being who?
 7          A.    George.
 8          Q.    Well, let's look at A.
 9          A.    Okay.
10          Q.    Is A referring to the blogs?
11          A.    A?   What do you mean A?
12          Q.    A, plaintiffs were dishonest men,
13    do you see that?   No, 164, sir.
14          A.    Oh, okay, I see it now,
15    plaintiffs were dishonest men, rats and
16    rogues, okay.
17          Q.    Is that referring to the blog or
18    referring to what was said at the meeting
19    after you left the island?
20                MR. GOODSTADT:   Objection.
21          A.    I know things pertaining to that
22    is said on the blog because I seen it
23    printed out but I'm not sure 100 percent
24    what was said when we left, but just, like I
25    said I said hearsay, there was a lot of
```

```
 1                        J. Nofi

 2      things being said by some of them but I

 3      couldn't tell you.

 4           Q.   Let's look at E, by repeatedly

 5      advising prospective employers that he had

 6      terminated plaintiffs for cause, do you see

 7      that?

 8           A.   No.

 9           Q.   Look down the middle, it goes A,

10      B, C, D and then E.

11           A.   Okay.

12           Q.   Four lines up from the bottom.

13           A.   Okay, got you, repeatedly

14      advising prospective employees?

15           Q.   Yes, is that allegation

16      pertaining to what Mr. Hesse allegedly said?

17           A.   Okay, are you trying to tell

18      me that --

19           Q.   Sir, I'm not trying to tell you

20      anything.  I'm asking you to look at E.

21           A.   Are you asking me then, are you

22      asking me that, what you're saying is that

23      is this some of the things that George said

24      about him right here, Officer Lamm?

25           Q.   No, I'm saying paragraph 164
```

```
 1                     J. Nofi
 2    references certain published defamatory
 3    statements about plaintiffs, do you see the
 4    first line of paragraph 64?
 5         A.    Right.
 6         Q.    Then it goes on to cite certain
 7    examples, do you see that?
 8         A.    Is that what you are saying right
 9    there?
10         Q.    Let's just, so the record is
11    clear, sir, 164 starts off by saying that
12    defendants Hesse and OBPD published
13    defamatory statements about plaintiffs, do
14    you see that?
15         A.    No, I don't.
16         Q.    Top, first sentence of 164, start
17    with the number and then look to the right.
18         A.    Okay, here, okay, got you, right
19    here.  Got you, all right, go ahead.
20         Q.    Do you see where I just read?
21         A.    Uh-huh.
22         Q.    Then paragraph 164, there is
23    alleged examples of these published
24    defamatory statements, you would agree with
25    me?
```

```
 1                           J. Nofi

 2          A.     Uh-huh.

 3          Q.     Then let's go to E.  E says by

 4     repeatedly advising prospective employees

 5     that he had terminated plaintiffs for cause,

 6     do you see that?

 7          A.     Uh-huh.

 8          Q.     Is the he referring to George

 9     Hesse?

10          A.     Yes, I would say so.

11          Q.     Okay, as it pertains to you only,

12     what employer did Hesse advise that you were

13     terminated for cause?

14          A.     My belief is every one of them

15     that went for the job, every single one.

16          Q.     And what evidence with regard to

17     Collier County do you have that shows that

18     Hesse advised them that you were fired for

19     cause?

20          A.     Just from based on what I got

21     back from the records that you showed me,

22     and based on that what I got from Chief

23     Paradiso, what he said to me, and based on

24     what I got from Donaho in a nice way telling

25     me.
```

```
 1                          J. Nofi

 2          Q.    But you said Donaho didn't tell

 3   you anything that Hesse said?

 4          A.    In a nice way, I didn't say he

 5   told me anything. Just by listening to his

 6   voice, you know.

 7          Q.    So it's from listening to the

 8   voice now?

 9          A.    You know when someone is trying

10   to tell you something but can't tell you.

11          Q.    Is there anything in Exhibit 9

12   that suggests that you were fired for cause?

13          A.    To me there is, yes.

14          Q.    Tell me?

15          A.    Everything that is crossed off.

16   Instead of marking excellent or good or fair

17   or poor, if I was looking for an application

18   and see somebody crossed that off without

19   any response, I would say, well, obviously

20   he doesn't like this guy and he doesn't want

21   to be hired.  I mean that would be my

22   feeling.

23          Q.    But you would agree with me,

24   Hesse didn't cross this out, this came from

25   what the investigator did?
```

```
 1                    J. Nofi
 2           MR. GOODSTADT:   Objection.
 3      A.    Yeah, but he had to talk to him
 4  to get that.
 5      Q.    Oh, okay, that's your
 6  understanding?
 7      A.    Yes.
 8      Q.    Got it.
 9            What about, what other job did
10  you look for that you believe Hesse said
11  that you were terminated for cause?
12      A.    I told you all the jobs before.
13      Q.    Okay, go through the list again
14  so I can ask you specifically.
15      A.    Suffolk County Health Department,
16  I forget to tell you about that, for the
17  police department I was going to drive.  I
18  got a letter from Levy, I went for an
19  interview for a job to make the bus that I
20  have into a police bus, and when I went for
21  the interview they said to me, the first
22  thing they said is that do you know George
23  Hesse, I said yeah, and they had to contact
24  George Hesse, and I did everything right at
25  the interview and when I got out of there I
```
                    Precise Court Reporting
        (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                        J. Nofi
 2     was for sure I was going to get the job.
 3     When they contacted George Hesse I never got
 4     anything back from it and I did contact them
 5     because they told me to contact them.
 6          Q.    Did anyone from that job tell you
 7     that Hesse said that you were fired for
 8     cause?
 9          A.    No, they can't, of course not.
10     MO          MR. NOVIKOFF:   Sir, motion to
11          strike.
12          Q.    Did you ever see a document from
13     that job indicating that Hesse said you were
14     fired for cause?
15          A.    No.
16          Q.    Okay, what's the other job that
17     you applied for?
18          A.    South Hampton town.
19          Q.    And did anyone tell you that
20     Hesse advised that you were fired for cause
21     from South Hampton?
22          A.    No, just what I told you what
23     they told me, that he gave me a bad
24     reference.
25          Q.    Well, let me make a blanket
```

 1                    J. Nofi

 2      question, did anyone from any job that you

 3      applied for after April 2, 2006 advise you

 4      that Hesse told them that you were fired for

 5      cause?

 6           A.    Not that I know of.

 7           Q.    Did you see a document from any

 8      prospective employer that indicated that

 9      Hesse said you were fired for cause other

10      than what you believed the document from

11      Collier County said?

12           A.    Yes, I think I got one from, I

13      believe I got one from the New York State

14      taxation and finance and I got one from the

15      SPCA.

16           Q.    And it said on those documents?

17           A.    No, no but I got responses, they

18      contacted my employer, past employer Ocean

19      Beach.

20           Q.    Did it say on those documents --

21           A.    Of course not.

22           Q.    Excuse me, did it say on those

23      documents that you received that Hesse said

24      you were fired for cause?

25           A.    Of course not, they're not going
                         Precise Court Reporting
            (516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                         J. Nofi

 2    to do that, they're not going to say that.

 3    MO          MR. NOVIKOFF:    Motion to strike

 4          that last part.

 5          Q.    Okay, other than Hesse, did

 6    anyone from the Ocean Beach Police

 7    Department publish defamatory comments about

 8    you?

 9                MR. GOODSTADT:    Objection.

10          Q.    In your opinion.

11          A.    I think they did.

12                MR. GOODSTADT:    Same objection.

13          A.    In my opinion.

14          Q.    Well, I know that's your opinion,

15    but who do you think did it?

16          A.    I don't know but I think they

17    did.

18          Q.    What evidence can you point to

19    where there was a defamatory statement made

20    about you other than from George Hesse?

21                MR. GOODSTADT:    Objection.

22          A.    Very simple, I work and I see

23    people, talk to people, they ask me

24    questions, you know, talk about the

25    situation, a lot of times, you know,
```

```
 1                      J. Nofi

 2      everybody knows everybody.  Walter Moller's

 3      son works for the county, right where I

 4      work.  I see his son everyday.  He knows, he

 5      listens to his father, he tells other people

 6      and so on and so on.  You know, so I think

 7      it spreads like wild flowers.  I mean come

 8      on, very simple.

 9          Q.    That's your answer?

10          A.    Yes.

11          Q.    You are going to stand with that

12      answer?

13          A.    Yes.

14          Q.    Okay, great, let's move on.

15                Let's look at paragraph 176, sir.

16                176, it's alleged as set forth

17      above defendants Hesse, Ocean Beach, OBPD

18      and Suffolk County civil service

19      deliberately retained and advanced the

20      careers of uncertified and unqualified

21      personnel who served alongside plaintiffs as

22      police officers while defendant Loeffler,

23      mayor of Ocean Beach, negligently permitted

24      Hesse to do that.  Do you see that?

25          A.    Yes.
```

```
 1                    J. Nofi

 2        Q.    What is your evidence to

 3    suggest -- well, would you agree with me

 4    that April 2, 2006 was before Trustee

 5    Loeffler became mayor?

 6        A.    Yes.

 7        Q.    So what is your evidence to

 8    suggest, what's alleged in 176, that when

 9    Mr. Loeffler became mayor he deliberately

10    retained and advanced the careers of

11    uncertified and unqualified personnel?

12              MR. GOODSTADT:   Objection.

13        A.    Hearsay.

14        Q.    Great, we can move on then.

15              Let's look at page 42, starting

16    five lines up.

17        A.    From the bottom?

18        Q.    No, from the top, continuing on

19    177.

20        A.    That Pisetti is their attacker,

21    is that five lines up?

22        Q.    Yes, you got it.

23              Now, that next sentence, although

24    defendant Loeffler stated that Officer

25    Pisetti's conduct constituted, quote,
```

```
 1                        J. Nofi
 2     assault second with a dangerous weapon,
 3     closed quote, Loeffler made no effort,
 4     parenthesis, either at that time in his
 5     capacity as Village of Ocean Beach board
 6     member, or later in his capacity as mayor of
 7     Ocean Beach, to supervise Hesse's
 8     investigation of and slash or response to
 9     the incident or to relieve Pisetti of
10     command.  Do you see that?
11          A.   Yes.
12          Q.   Let's just stick with Loeffler as
13     the trustee.
14               What power are you aware of that
15     Mr. Loeffler had as a trustee to supervise
16     Hesse's investigation?
17               MR. GOODSTADT:  Objection.
18          A.   Say that one more time?
19          Q.   What power to your knowledge did
20     Mr. Loeffler have as a trustee to on his own
21     supervise Hesse's investigation as it's
22     allege in 177?
23               MR. GOODSTADT:  Same objection.
24          A.   I guess because he was on the
25     board of trustees, they have powers, they're
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                    J. Nofi
 2    the ones who make the rules, they're the
 3    ones who pay the police officers, don't
 4    they?
 5         Q.    Is that your answer?
 6         A.    Yes, I would say so.
 7         Q.    Why didn't you sue the other
 8    board members?
 9         A.    Because Loeffler came after the
10    fact, remember?
11         Q.    What do you mean Loeffler came
12    after the fact?
13         A.    He became the mayor.
14         Q.    So you're suing Loeffler as
15    opposed to the other board members because
16    Loeffler became mayor after the fact?
17              MR. GOODSTADT:   Objection.
18         A.    No.
19              MR. NOVIKOFF:   I'm just trying
20         to understand what his testimony is.
21         A.    Okay, I didn't understand you.
22         Q.    You said you believed that
23    Loeffler as a trustee has the power to
24    supervise an investigation and he didn't do
25    so.  So my question is, why didn't you sue
```

```
 1                         J. Nofi

 2      the other trustees?

 3               MR. GOODSTADT:  Objection.

 4          A.   Who said they didn't do their

 5      job?

 6          Q.   Is it your belief is that the

 7      other trustees supervised Hesse's

 8      investigation of the Halloween incident?

 9          A.   I wasn't at the Halloween

10      incident.

11          Q.   Well, this is the allegation,

12      sir.

13          A.   But the other trustees did listen

14      when I talked to the other trustees.

15          Q.   Oh, you did?

16               MR. GOODSTADT:  Objection.  You

17          are getting into work product, as to

18          why certain people were sued and why

19          certain weren't.

20               MR. NOVIKOFF:  I don't think so,

21          let's continue on with your answer.

22          Q.   You complained to other trustees?

23          A.   No, not complained, talked, they

24      came and talked to us.

25          Q.   What other trustees did you talk
                    Precise Court Reporting
        (516) 747-9393  (718) 343-7227  (212) 581-2570
```

```
 1                      J. Nofi

 2    to?

 3         A.    I don't know his name, he came to

 4    me, talked to me.  I forget his name.

 5         Q.    Well, you said other trustees,

 6    now you are saying one? `

 7         A.    Other trustee.

 8         Q.    There's another trustee?

 9         A.    No, the one guy.

10         Q.    Who's the other one?

11         A.    Loeffler is another one.

12         Q.    Right, right.

13         A.    I think his name was Einick.

14         Q.    What did you say to Einick,

15    assuming that's his name?

16         A.    He said to us, I didn't say to

17    him, he told us that, you know, that you

18    guys are doing a really good job and there's

19    going to be changes and, you know, we know

20    there's a lot of things going on and we are

21    going to change it and I'm going to do my

22    best to fight and thing things.  I remember

23    him telling us that.

24         Q.    When did Einick tell you that?

25         A.    I don't know.  I have no idea, a
```

                     Precise Court Reporting
          (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                    J. Nofi

 2      year, two years ago.

 3           Q.   Before you --

 4           A.   Yes, definitely way before I got

 5      terminated.

 6           Q.   When you say way before, are you

 7      talking about a year before?

 8           A.   I would say maybe nine months.

 9           Q.   And where did this trustee tell

10      you this?

11           A.   Right -- I was talking to him, I

12      believe right in front of Town Pizza.

13           Q.   Was anyone else present with you?

14           A.   I think Frank Fiorillo was right

15      next to me.  If I remember correctly, I

16      think it was Frank.  There was an officer

17      with me, I think it was Frank.  He was

18      telling us, because we were always out doing

19      our job, and he liked it and he said good

20      job and blah, blah, and people were always

21      coming up to me and telling me what a great

22      job I did, constantly in the village, non

23      stop, because I did what I was supposed to,

24      what I was trained to do.

25           Q.   What was your shield number?
```

```
 1                        J. Nofi

 2        A.    214, Valentine's Day.

 3        Q.    So, now, other than this guy

 4   Einick and Loeffler did you speak to any

 5   other trustees concerning the investigation?

 6   Well, did you talk to this guy Einick about

 7   the Halloween incident?

 8        A.    No.

 9        Q.    Okay, so I guess my question I'm

10   posing again is why didn't you sue the other

11   trustee members?

12             MR. GOODSTADT:    Objection.

13        Q.    Concerning the lack of

14   supervising Hesse's investigation of the

15   Halloween incident?

16        A.    Because they weren't George's

17   friends.  They weren't involved with George

18   like they were.

19        Q.    So you sued Loeffler because he

20   was George's friend?

21             MR. GOODSTADT:    Objection.

22        A.    No.

23        Q.    No?

24        A.    No.

25        Q.    How do you know the other
```

```
 1                    J. Nofi

 2    trustees weren't George's friends?

 3         A.    I never seen him talk to George

 4    as much as Loeffler talked to him, and

 5    because he had a thing going on with George

 6    too, because one time me and Frank had

 7    Loeffler's son who stole a barbecue and we

 8    caught him and we told Joe about, and he

 9    said just hold off, I'm going to make my son

10    return it and he returned it back to the

11    people he stole it from, and when he

12    returned it it was empty and the girls were

13    complaining to us that when he stole it it

14    was full and he returned it empty, and

15    George knew about it and Loeffler knew about

16    it and they were in cahoots with things like

17    that, you know what I'm saying, so that's

18    why.

19    MO          MR. NOVIKOFF:    Motion to strike

20          that part of the answer about being

21          in cahoots.

22         Q.    So you are saying Mayor

23    Loeffler's son stole a barbecue?

24         A.    Yes.    Frank Fiorillo caught him

25    and we had him return it.
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                          J. Nofi

 2         Q.    And in the summer months, between

 3   April and Labor Day, what shift did you

 4   work?

 5         A.    Mostly nights.

 6         Q.    Okay, and what were the hours?

 7         A.    Usually midnight to 8:00 or 5:00

 8   to 1:30 at night.

 9         Q.    And is it your testimony that

10   during the midnight to 8:00 shift you would

11   see Hesse and Loeffler talking to each

12   other?

13         A.    No.

14         Q.    When would you during your shift

15   would you see Loeffler and Hesse talking to

16   each other?

17         A.    Any time, like it could have been

18   any time, it could have been anywhere from 5

19   o'clock up till 11:30 at night.  Also he did

20   the ambulance stuff there.  He used to come

21   on calls too so, I don't know if he still

22   does it or not but he used to do it.

23         Q.    You didn't know what they were

24   talking about, did you?

25               MR. GOODSTADT:    Objection.
```

```
 1                          J. Nofi
 2         A.    Not always, no.
 3         Q.    For all you know they could have
 4   been talking about the ambulance part of
 5   Loeffler's duties, correct?
 6         A.    Yes, if you say so.
 7         Q.    Well, I don't say so, I'm just
 8   saying that could have been part of the
 9   conversation?
10         A.    Could have been, I don't know.
11         Q.    Okay, let's go to page one of
12   your complaint, sir.
13               Did you make any complaints to
14   Newsday prior to your last day of
15   employment?
16         A.    No, I didn't, no.
17         Q.    Did you make any complaints about
18   what was going on in your opinion at Ocean
19   Beach to any newspaper publication?
20         A.    Listen, I wanted to make plenty
21   of complaints but I was scared.
22   MO         MR. NOVIKOFF:  Motion to strike
23         Q.    Sir, did you make any complaints
24   to any newspapers prior to your last day of
25   employment concerning what you believed was
```

1                        J. Nofi

2      going on in Ocean Beach?

3           A.    No.

4           Q.    Did you make any complaints to

5      any radio or other media outlets?

6           A.    No.

7           Q.    Did you go to any board meetings

8      and speak out against what was going on?

9           A.    No.

10          Q.    Did you send any letters to any

11     members of the board --

12          A.    No.

13          Q.    -- complaining about what you

14     believed was going on in Ocean Beach?

15          A.    No.

16          Q.    So, if I understand your

17     testimony, the entirety of your allegations

18     against complaints that were made were for

19     the most part involving complaints to George

20     Hesse, a couple to Paradiso, and one or two

21     to Loeffler?

22               MR. GOODSTADT:    Objection.

23          Q.    Is that a fair characterization

24     of your testimony?

25          A.    Well, well, I would say since you

```
 1                    J. Nofi

 2    got beaten for drinking beer, I was kind of

 3    scared to go any further than that.  You

 4    know, where was I supposed to go with it,

 5    you know what I'm saying?  I have two kids,

 6    three kids, a wife, I know where you live,

 7    you know what I mean?  I wasn't going to go

 8    too further with it anymore than I wanted to

 9    do.  I went to where, as far as I went to,

10    was that and to my lawyers, and after that I

11    didn't want to do anymore because I was

12    petrified.

13    MO         MR. NOVIKOFF:  Motion to strike

14         as not responsive.

15         Q.  Sir, I'm more interested and my

16    question was focusing on who you made

17    complaints to.

18         A.  You have all of my complaints.

19         Q.  Is a fair characterization of

20    your testimony that with regard to what you

21    believe was taking place in Ocean Beach

22    while you were employed there, the entirety

23    of your complaints were to Hesse, a few to

24    Paradiso, and a few to Loeffler?

25         A.  I don't think I did because I
                    Precise Court Reporting
            (516) 747-9393 (718) 343-7227 (212) 581-2570
```

1                       J. Nofi

2    think the other officers did that, I don't

3    think I did that.

4         Q.   So you didn't make any complaints

5    to Loeffler, is that your testimony?

6         A.    No, you said written complaints.

7         Q.   Sir, I just said complaints.

8         A.    No, of course I made complaints

9    but I didn't do any written complaints.

10        Q.   Let me repeat the question.

11              Is it a fair characterization of

12   your testimony that with regard to

13   complaints that you may have made concerning

14   what you believed was going on at Ocean

15   Beach while you were employed, they were for

16   the most part to Hesse, a few to Paradiso

17   and one or two to Loeffler?

18        A.    Yes, and I think I may have made

19   a complaint to the recent mayor also, Mayor

20   Rogers.  I think her name is Rogers, I'm

21   pretty sure verbally.

22        Q.   The recent mayor?

23        A.    Before Loeffler too, I think I

24   may have complained to her once.

25        Q.   So now what did you complain to

```
 1                         J. Nofi

 2     Mayor Rogers about?

 3          A.    I don't know, just stuff going on

 4     that wasn't supposed to be going on.

 5          Q.    Where did you make the complaint?

 6          A.    In the street.

 7          Q.    What did you say to her?

 8          A.    Just that, I can't remember, it

 9     was just a complaint about something, just

10     something that was going wrong.

11          Q.    How long prior to your last day

12     of employment?

13          A.    I don't know, six months, seven

14     months.

15          Q.    Okay, and was that the only time

16     you spoke to Mayor Rogers concerning a

17     complaint that you had?

18          A.    Yes, because I think Frank put it

19     in statements, so that's why I didn't make

20     anyway more complaints.

21          Q.    What do you mean, Frank put what

22     in a statement?

23          A.    I think he wrote, you know, wrote

24     complaints to her, I'm not sure, I think.

25          Q.    Why would it matter what Frank
```

```
 1                     J. Nofi

 2    was writing about?

 3         A.    Because I'm his partner, I was

 4    his partner there a lot of times.

 5         Q.    So you relied on Frank to make

 6    the complaints instead of you?

 7         A.    No.

 8               MR. GOODSTADT:   Objection.

 9         A.    No.

10         Q.    So my question, sir, is other

11    than this one complaint that you don't

12    recall what you said to Miss Rogers, was

13    there another time that you complained to

14    Miss Rogers?

15         A.    My answer is, no, because I was

16    scared.

17    MO          MR. NOVIKOFF:   Motion to strike

18          the last part.

19         Q.    When did you first get scared

20    about complaints being raised by you?

21         A.    The first time I complained.

22         Q.    Which would have been when in

23    relation to when you were first hired?

24         A.    2000 -- like I said when the

25    uncertified guys came, which was probably
```

```
 1                          J. Nofi

 2       2005 I believe.

 3           Q.   You are saying the uncertified

 4       guys came in 2005?

 5           A.   Yes, I think so, 2005.  I'm not

 6       sure of the date, I'm not sure.

 7           Q.   Okay.

 8           A.   2004, I don't know the date.

 9           Q.   So you don't know the date, you

10       are just guessing?

11           A.   Yes.

12           Q.   When was the last complaint that

13       you made to Hesse before your last day of

14       employment?

15           A.   Maybe four, five weeks before or

16       a couple of months before, I'm not sure.

17           Q.   What was the complaint about?

18           A.   Probably complaining about taking

19       the drunken guys off duty all the time,

20       taking them off drunk.

21           Q.   This would have been during the

22       winter?

23           A.   Complaining about me fixing the

24       flat tires, why they made the flat tire, why

25       should I have to fix the flat tire.
```

```
 1                        J. Nofi
 2         Q.    Sir, you believe in the winter of
 3    2006 you complained to Hesse about the flat
 4    tires?
 5         A.    I don't know the date.
 6         Q.    Is it your testimony that in the
 7    winter of 2006 you complained to Hesse about
 8    driving drunken officers off the island?
 9         A.    I would say so, yes.
10         Q.    Well, did you fix a flat tire?
11         A.    Twice.
12         Q.    When was the first time?
13         A.    I don't remember.
14         Q.    Did you fix a flat tire in
15    January of '06?
16         A.    I'm not sure, I don't know.
17         Q.    Did you fix a flat tire in
18    February of '06?
19         A.    I don't know.
20         Q.    March of '06?
21         A.    I don't know.
22         Q.    How about December of '05?
23         A.    Don't know.
24         Q.    November of '05?
25         A.    All I know is I fixed two flats.
```

```
 1                         J. Nofi

 2         Q.    How about October of '05?   In

 3    2005 did you fix a flat tire?

 4         A.    I don't know the date.

 5         Q.    So it could have been in '04?

 6         A.    I really don't know the date.

 7         Q.    Could have been in --

 8         A.    I think it was, I'm not really

 9    sure.   I just know it was when all those

10    guys were working because Pisettis put the

11    flat on it and I don't know what date that

12    was, because I was told that he put the flat

13    on it.

14         Q.    Did you drive any drunk people

15    off the island in January of '06?

16         A.    January '06, I might have.

17         Q.    Do you recall as you sit here

18    today?

19         A.    What?

20         Q.    Do you recall as you sit here

21    today doing it?

22         A.    Doing what, driving them off?

23         Q.    Driving a drunk person off in

24    January of '06?

25         A.    I don't know.  I probably did but
```

```
 1                          J. Nofi
 2     I don't know.
 3         Q.     How about February of '06?
 4         A.     No, I did not, no.  No, it was
 5     the last time I did was December, probably
 6     December because I got let go.  My last day
 7     was January 1, 2006.  I believe I worked New
 8     Years Eve, New Years Day.
 9         Q.     Did you drive anyone off the
10     island drunk, well, did you drive any drunk
11     people off the island --
12         A.     No, but they were drunk.
13         Q.     -- in December of 2005?
14         A.     No, I did not.
15         Q.     But they were drunk?
16         A.     Yes, they were.  That day I did
17     not.
18         Q.     Who's they?
19         A.     Pisettis, I think it was, or I'm
20     trying to think who else was there.  It
21     wasn't that many people but there was a
22     couple of parties going on.
23         Q.     Were the Pisettis on duty?
24         A.     No.  I think I was the only one
25     on duty, me, and I think Frank worked with
                    Precise Court Reporting
          (516) 747-9393  (718) 343-7227  (212) 581-2570
```

```
 1                    J. Nofi

 2    me.  I'm pretty sure it was two of us on.

 3         Q.   Was there any prohibition against

 4    the Pisettis going to a party off duty and

 5    getting drunk?

 6         A.   I never seen them at a party,

 7    only maybe once or twice, but I'm not

 8    talking about parties, I'm talking about

 9    bars.

10         Q.   Was there any prohibition against

11    the Pisettis on New Years Day of '06 being

12    at a bar and getting drunk?

13         A.   Was there any what?

14         Q.   Was there any prohibition, was

15    there any policy saying they couldn't do

16    that?

17         A.   Yes, I told you, chief said

18    nobody was allowed to frequent the bars.

19         Q.   Okay, was the chief still the

20    chief on January 1, 2006?

21         A.   I believe by law he still was,

22    yes, I think he still was.

23         Q.   By law?

24         A.   By law he still was the chief,

25    yes.
```

```
 1                      J. Nofi
 2              MR. NOVIKOFF:  Okay, we're done.
 3         Let's take a break, the end of the
 4         tape.
 5              THE VIDEOGRAPHER:  This is the
 6         end of tape number four.  The time is
 7         3:55 p.m., going off the record.
 8              (A discussion was held off the
 9         record.)
10              THE VIDEOGRAPHER:  This begins
11         tape number five.  The time is 4:08
12         p.m., back on the record.
13         Q.    Let's look at Exhibit 1,
14    paragraph 30, which is on page eight.  It's
15    alleged in paragraph 30 that in or around
16    May of 2002 Hesse began to install and
17    consolidate a regime of corruption, cronyism
18    and outright thuggery in the Ocean Beach
19    police department.  Do you see that?
20         A.    Uh-huh.
21         Q.    What is your understanding as to
22    what is being stated in this allegation?
23         A.    I guess when he started hiring
24    all of his friends.
25         Q.    Who are his friends?
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                         J. Nofi
 2         A.     The uncertified guys, buddies.
 3         Q.     Who were they?
 4         A.     You know, the Pisettis, Hardman,
 5    what do you call, I can't think of the other
 6    guy's name now.  There was a few others too
 7    but I can't think of their names.
 8         Q.     So at least for this allegation
 9    that started in May of 2002?
10         A.     Yes.
11         Q.     And was Chief Paradiso, well, was
12    Mr. Paradiso the chief of police at the
13    time?
14         A.     Yes.
15         Q.     To your knowledge as between
16    Chief Paradiso and Mr. Hesse, who had the
17    authority to hire?
18              MR. NOVIKOFF:  Let's take a break
19         then.
20              THE VIDEOGRAPHER:  The time is
21         4:10 p.m., we are going off the record.
22              (A discussion was held off the
23         record.)
24              THE VIDEOGRAPHER:  The time is
25         4:10 p.m., back on the record.
```

```
 1                          J. Nofi

 2         Q.    To your knowledge, sir, in May of

 3    2002 was Mr. Paradiso the chief of police?

 4         A.    Yes.

 5         Q.    And Mr. Hesse was his

 6    subordinate, correct?

 7         A.    Yes.

 8         Q.    Mr. Hesse was the deputy chief,

 9    to your knowledge?  Well, what was your

10    knowledge, if you had any, in May of 2002 as

11    to what Mr. Hesse's title?

12         A.    I think he was the sergeant then.

13         Q.    Did he have authority to hire

14    employees at the time, to your knowledge?

15         A.    Yes, I think so.

16         Q.    What is the basis of your opinion

17    that he had the authority to hire police

18    officers at that time as sergeant?

19         A.    Because the first day I went to

20    work he told me that the fat piece of shit

21    that sits in that chair doesn't do nothing

22    here.  I'm the boss, if you have any problem

23    you talk to me, you come to me.  He's an

24    asshole, everything you do you come to me.

25         Q.    And he was referring to whom?
```
                    Precise Court Reporting
            (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                      J. Nofi

 2           A.    Chief Paradiso, the chief's

 3      chair, there's only two chairs in the

 4      office.

 5           Q.    And that's the basis for your

 6      opinion that Mr. Hesse had the authority to

 7      hire people?

 8           A.    I would say so, yes.

 9           Q.    I'm just asking you, sir, is that

10      the basis for your opinion that Mr. Hesse

11      had the authority to hire people?

12           A.    Yes.

13           Q.    Hire police officers?

14           A.    Yes.

15           Q.    Paragraph 31, indeed several

16      purported officers in the Ocean Beach police

17      department failed to even take, let alone

18      pass, the regiment of tests required for

19      certification as a police officer in Suffolk

20      County.

21                 Who is being referred to when

22      it's alleged several purported officers?

23           A.    The names I said before.

24           Q.    Okay.

25           A.    And also I believe there was one
```

```
 1                         J. Nofi

 2     or two other guys that I don't know their

 3     names, but I think they were just peace

 4     officers, not police officers.

 5          Q.    What officer was hired for the

 6     first time in 2005 that in your opinion was

 7     uncertified?

 8          A.    2005?

 9          Q.    Yes.

10          A.    I don't know.

11          Q.    What officer in your opinion was

12     hired in 2004 that was uncertified?

13          A.    I'm not sure.

14          Q.    What officer was hired for the

15     first time in 2003 that in your opinion was

16     uncertified?

17          A.    I'm not sure.  I think it was

18     just, it could have been just after 2002 or

19     just at that time that a couple were hired,

20     I believe, or right after that time, I'm not

21     sure.  You see, my time, the dates, I'm not

22     sure with the dates.

23          Q.    Let's look at paragraph 34.  It's

24     alleged as follows:  Moreover, beginning in

25     May of 2002 Hesse undertook a concerted
```

Precise Court Reporting
(516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                    J. Nofi

 2   effort to advance a hand picked cadre of

 3   uncertified and unqualified police officers

 4   who had not been certified for duty by the

 5   civil service department in Suffolk County.

 6   Do you see that?

 7        A.   Yes.

 8        Q.   What did you mean when you wrote,

 9   when you and the other plaintiffs alleged a

10   concerted effort to advance, as it's used in

11   paragraph 34?

12             MR. GOODSTADT:   Objection.

13        A.   Oh, I would say that he wanted

14   those guys with him so he can basically do

15   whatever he wants to do when he wants to do

16   it.

17        Q.   Okay, so when it's alleged effort

18   to advance, you are not, it's not being

19   referred to as a promotion, is it?

20        A.   It might be but I'm not sure.

21        Q.   Okay, and it's your guess as to

22   what the phrase effort to advance means,

23   correct?

24        A.   Yes.

25        Q.   34, second sentence, these newly
```

```
 1                      J. Nofi

 2      hired uncertified officers soon aligned

 3      themselves with Hesse and his friends on the

 4      force.

 5                 Who were Hesse's friends on the

 6      force, separate and apart from the

 7      uncertified officers?

 8          A.     What line are we at?

 9          Q.     Second line, paragraph 34; second

10      sentence, paragraph 34.

11          A.     Okay, duly by the civil service

12      department of Suffolk County, is that what

13      you're reading?

14          Q.     Right after that.

15          A.     Soon aligned themselves with

16      Hesse and his friends on the force.

17          Q.     Who are his friends?

18          A.     Just, you know, all the ones that

19      he hired and --

20          Q.     Go ahead, I don't mean to

21      interrupt.

22          A.     The ones that he hired, that he

23      became friends with, that he knew before he

24      hired them he was friends.

25          Q.     Sir, I want to show you the
```

```
 1                          J. Nofi

 2     sentence again. It says these newly hired

 3     uncertified officers soon aligned themselves

 4     with Hesse and his friends. So, in this

 5     sentence we have a group of newly hired

 6     uncertified officers aligning themselves

 7     with Hesse, do you see that?

 8          A.   Yes.

 9          Q.   And Hesse's friends. So, who's

10     Hesse's friends?

11          A.   On the force it says too.

12          Q.   Right, on the force, who is being

13     referred to when it says friends on the

14     force?

15          A.   Say names again?

16          Q.   Yes.

17          A.   The Pisettis.

18          Q.   But they were uncertified?

19          A.   Uncertified, right.

20               MR. GOODSTADT:   Objection.

21          Q.   So there's a distinction here,

22     sir?

23               MR. GOODSTADT:   Objection.

24          Q.   Do you see that, let's look at

25     that sentence.
```

```
 1                        J. Nofi
 2               MR. GOODSTADT:   You are
 3          characterizing it as a distinction.
 4               MR. NOVIKOFF:   Well, I think
 5          fourth grade English characterizes it
 6          as a distinction, but let's go ahead.
 7          Q.    These newly hired uncertified
 8     officers soon aligned themselves with Hesse,
 9     do you see that?
10          A.    Yes.
11          Q.    And his friends, right?  So, you
12     have already told me who the uncertified
13     officers were.  Do you recall that, and
14     among them were the Pisettis, right?
15          A.    And a few others.
16          Q.    And a few others.  So we have the
17     Pisettis and a few others align themselves
18     with Hesse and his friends.  Who do the
19     Pisettis and the few others align themselves
20     with, when it's being referred to as
21     friends?
22          A.    Okay, his friends that were
23     busted in Ocean Beach, that were caught with
24     drugs, okay, caught with other breaking
25     laws, of the law in the village.  After
                    Precise Court Reporting
           (516) 747-9393 (718) 343-7227 (212) 581-2570
```

1                    J. Nofi

2    these people got in trouble, which was

3    people for domestic disputes, okay, who were

4    arrested for domestic disputes, people were

5    arrested for possession of drugs, those were

6    his friends, after the fact, that he

7    arrested them and had been arrested, was he

8    still friendly and frequent with them.

9    Right after they were arrested he still

10   became friendly with them.  In fact the ones

11   that were caught and busted actually came in

12   our headquarters and used the police

13   computer, and I used to be like wait a

14   minute, who said you have the right to go on

15   that, that's a police computer, and they

16   told me George Hesse said I could use it,

17   and then I would say George, is that

18   allowed, he said yes, and those were people

19   already busted by the same people that

20   you're talking about.

21   MO          MR. NOVIKOFF:  Motion to strike

22        that last part with regard to the

23        story.

24        Q.   So, if I understand your

25   testimony correctly, the friends that are
                    Precise Court Reporting
         (516) 747-9393 (718) 343-7227 (212) 581-2570

```
1                        J. Nofi
2      being referred to were not police officers
3      but criminals and individuals with that type
4      of, who did that type of conduct on the
5      beach?
6           A.    Right.
7                 MR. GOODSTADT:    Objection.
8           Q.    Got it, okay.
9                 Let's look at paragraph 36.    When
10     did you first make a complaint to Hesse
11     concerning uncertified officers drinking in
12     the local bars?
13          A.    The first time I seen it.
14          Q.    Which was when?
15          A.    I don't know, three years ago.
16          Q.    Okay, well, three years ago,
17     three years before your last day of
18     employment or three years ago from today?
19          A.    No, three years ago from my last
20     day of employment.
21          Q.    So it would have been in or
22     around April of 2003, correct?
23          A.    I would say so, yes.
24          Q.    Okay, perfect, let's look at
25     paragraph 37.
```

```
 1                    J. Nofi
 2              Is paragraph 37 referring to
 3    Hardman, that you testified earlier about?
 4         A.    Yes, it is.
 5         Q.    Was there any other example when
 6    you made a 10-1 call to Hardman and it
 7    wasn't responded to?
 8         A.    No, there wasn't.
 9         Q.    So this is the only example in
10    your entire employment history that Hardman
11    did not respond appropriately to a 10-1
12    call?
13         A.    No.  He didn't respond
14    appropriately to quite a few, but this was a
15    major one.
16         Q.    10-1 is a major one?
17         A.    Yes.
18         Q.    Did Hardman, do you have any
19    other examples of Hardman not responding to
20    a 10-1 call?
21         A.    Not a 10-1, no, just other calls.
22    Not a 10-1 though.
23         Q.    Right, 10-1 refers to an officer
24    being in danger?
25         A.    Yes.
```

```
 1                    J. Nofi

 2        Q.    Paragraph 38, plaintiffs allege

 3   that upon information and belief the Suffolk

 4   County police department compounded and

 5   exacerbated this severe danger to public

 6   safety by allowing certain of the

 7   uncertified officers to obtain firearms

 8   certification, even though these officers

 9   didn't have pistol permits and had not been

10   trained or certified by the Suffolk County

11   police academy, or any other accredited

12   police officers training agencies in Suffolk

13   County.  Do you see that?

14        A.    Yes.

15        Q.    What's the basis for that

16   allegation, sir?

17              MR. GOODSTADT:  Objection.

18        A.    Well --

19        Q.    To the extent you know.

20        A.    Well --

21              MR. GOODSTADT:  Objection.

22        A.    From what I know and was told and

23   understand is that when you're a city police

24   officer and you retire, to carry a gun you

25   must have a gun permit.  That's the law.
```

```
 1                      J. Nofi

 2         Q.    Who told you this?

 3         A.    I believe I asked civil service

 4    when I went to ask them and also off duty

 5    New York City police officer told me.

 6         Q.    Who was that off duty New York `

 7    City police officer?

 8         A.    Someone that I talked to.

 9         Q.    Who's the name?

10         A.    I don't know his name, just

11    somebody that I asked the question of, a cop

12    that was off duty.

13         Q.    When did you ask him this

14    question?

15         A.    When did I ask him?

16         Q.    Yes, when?

17         A.    I don't know, two, three years

18    ago.  You know, cops, they were there all

19    the time.

20         Q.    Is it two, three years before

21    your last day of employment or two, three

22    years ago from today?

23         A.    Yes.

24         Q.    So it's two years prior?

25         A.    Not even two years, two years,18
```

```
 1                         J. Nofi

 2    months, something like that.

 3         Q.    Prior to your last day of

 4    employment?

 5         A.    Yes, in April.

 6         Q.    But you don't know the name of

 7    this cop?

 8         A.    No.

 9         Q.    Why did you ask this cop this

10    question?

11         A.    We just started talking.  I talk

12    to everybody.  We have conversation and I

13    asked.

14         Q.    Is it your allegation, sir, that

15    the Suffolk County police department was

16    violating the law by permitting these

17    uncertified officers to obtain firearms

18    certification?

19         A.    I guess they were, yes, they

20    should have known.

21         Q.    Did you file any complaint about

22    this?

23         A.    Yes, we filed a complaint.  They

24    know, we filed a complaint.  We filed it

25    against the civil service department,
```

Precise Court Reporting
(516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                          J. Nofi

 2    Suffolk County police academy and Ocean

 3    Beach.

 4         Q.    You filed a complaint against the

 5    police academy or the police department?

 6         A.    I think it was the police academy

 7    or department, I don't know.

 8         Q.    So, by virtue of this complaint,

 9    you were making a complaint about the police

10    department allowing uncertified officers to

11    have a firearms certification?

12         A.    Yes, sir, yes.

13         Q.    You guess so?

14         A.    Yes.

15         Q.    Okay, what brands is did

16    Mr. Hesse ask you to confiscate, what brands

17    of beer?

18         A.    What brands of beer?

19         Q.    Yes.

20         A.    You know, any kind of beer,

21    especially if it's used -- where is that?

22    Show me where that is.

23         Q.    I'm just asking you what brands

24    of beer?

25         A.    And I'm asking you where that is?
                    Precise Court Reporting
           (516) 747-9393 (718) 343-7227 (212) 581-2570
```

```
 1                         J. Nofi

 2        Q.    And I'm asking you what brands of

 3   beer did Mr. Hesse ask you to confiscate?

 4        A.    You have to show me.

 5        Q.    Can you answer that without

 6   looking at the document?

 7              MR. GOODSTADT:  Objection.

 8        A.    I don't know if he told me or it

 9   was more like Pisettis used to ask me.  He

10   might have asked me but I'm pretty sure it

11   was the Pisettis who asked me what kind or

12   brand to confiscate.

13        Q.    Now, this was a confiscated on

14   the beach?

15        A.    No.

16        Q.    Where would the beer be, brands

17   of beer?

18        A.    On the street, mostly the back

19   streets.

20        Q.    You testified earlier that one of

21   the examples of either abuse or of

22   corruption was Hesse made Fiorillo stand

23   under a light post for two to three days

24   without food?

25              MR. GOODSTADT:  Objection.
```

```
 1                          J. Nofi

 2         A.    Yes, or drink.

 3         Q.    Without food or drink?

 4         A.    He wasn't allowed to move from

 5    that spot.

 6         Q.    For three days?

 7         A.    Not in a row.

 8         Q.    Oh, okay, how long in a given

 9    shift was Fiorillo required by Hesse to

10    stand without moving, without food or drink?

11         A.    Eight hour shift.

12         Q.    So for eight hours it's your

13    testimony that Hesse made Fiorillo stand

14    still under a lamp post without food, drink

15    or the ability to go to a bathroom?

16         A.    Yes.

17         Q.    Did you ever take a videotape of

18    this?

19         A.    No.

20         Q.    Did you ever ask anyone to

21    videotape this?

22         A.    No.

23         Q.    And this was for three straight

24    days?

25         A.    Not in a row.
```

```
 1                          J. Nofi

 2        Q.    Not in a row?

 3        A.    Not three straight days.

 4        Q.    I understand that, but three

 5    straight days of eight hour shifts?

 6        A.    Yes.

 7        Q.    Right, okay, and when did this

 8    take place?

 9        A.    When we were working.

10        Q.    What year?

11        A.    I don't know the year.  I just

12    know because I went up to him and said to

13    him, you know, Frank, if I feel bad for you,

14    and he wasn't allowed to even talk to me,

15    wasn't even allowed to talk to me.

16        Q.    So you don't know what year?

17        A.    No.

18        Q.    Was it 2005?

19        A.    I don't know, I can't recall.

20        Q.    Paragraph 49, Hesse also required

21    plaintiffs during their tours of duty to

22    chauffeur him to and from different

23    residences, both inside and out of Ocean

24    Beach so Hesse could engage in sexual

25    escapades.
```

```
 1                      J. Nofi

 2              What is the basis of your

 3     allegation that I've just read?

 4         A.    One incident I was working, I

 5     think it was January, it was cold as

 6     anything, I was doing a midnight shift, it

 7     was dark as anything.  I was patrolling the

 8     streets and I seen a girl run by me, which I

 9     didn't know what it was at first, it

10     startled me, you were there by yourself,

11     it's late at night, and I stopped and I'm

12     like where you going.  Joey, it's me, I'm

13     like okay, how you doing.  I said where you

14     coming from over there this late at night.

15     You know, it was like 2:00 in the morning,

16     and she said she was coming out of the

17     barracks and George was up there.

18         Q.    Okay, that's good, I guess, but

19     the allegation is that you were chauffeuring

20     him to different residences both inside and

21     out of Ocean Beach so he can engage in

22     sexual escapades, and when I say you,

23     plaintiffs, not you personally.

24         A.    Right.

25         Q.    What is the basis for that
```

```
 1                          J. Nofi
 2      allegation, to the best of your knowledge,
 3      that plaintiffs chauffeured Mr. Hesse --
 4                MR. GOODSTADT:   Objection.
 5      Q.     -- for sexual escapades?
 6      A.     I didn't chauffeur him personally
 7      myself, other officers.
 8      Q.     So you were never in a car where
 9      Mr. Hesse, in your opinion, was being
10      chauffeured to a sexual escapade either on
11      or off the island?
12      A.     Not personally myself, no.
13      Q.     So any knowledge you would have
14      as to this would be from someone else
15      telling you?
16      A.     No, from seeing it being
17      chauffeured in the car, seeing someone else
18      chauffeur him.
19      Q.     Oh, you saw someone chauffeur
20      Hesse to a sexual escapade?
21      A.     Well, not a sexual escapade but
22      someone's house who we, you know, know
23      what's going on.  I didn't see him
24      personally have a sexual.
25      Q.     Oh, so let me understand, you
                     Precise Court Reporting
          (516) 747-9393 (718) 343-7227 (212) 581-2570
```

```
 1                        J. Nofi

 2     personally witnessed an officer driving

 3     Mr. Hesse to someone's house on the island?

 4          A.    In Ocean Beach.

 5          Q.    In Ocean Beach?

 6          A.    Yes.

 7          Q.    And you speculate based on what

 8     you saw that Hesse was going there for a

 9     sexual escapade?

10          A.    No, based on what the statement

11     was.

12                MR. GOODSTADT:    Objection.

13          Q.    Whose statement?

14          A.    George's statement.

15          Q.    George saying that he had sex

16     with a woman at that house?

17          A.    No, that's not what he said.

18     When he came back to headquarters, at

19     headquarters, and I was doing dispatch, he

20     came back in and I don't want to say but he

21     said something very nasty what he did.

22          Q.    With a woman?

23          A.    Yes.

24          Q.    It was of a sexual nature?

25          A.    Yes.
```

Precise Court Reporting
(516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                        J. Nofi

 2        Q.    Okay, how many times did you

 3   witness this?

 4        A.    Three times.

 5        Q.    Over the span of five years?

 6        A.    No.

 7        Q.    No?  You worked five years

 8   though, right?

 9        A.    Yes, but I didn't work every time

10   he was there.

11        Q.    I understand, I'm talking about

12   you witnessed it?

13        A.    Yes.

14        Q.    Three times over five years.

15   When was the first time you witnessed

16   someone chauffeuring Hesse to a person's

17   house to have sex?

18        A.    Probably around 2003, 2004.

19        Q.    And when was the last time?

20        A.    Just before I got let go.

21        Q.    Really, what month?

22        A.    Probably was in the summertime,

23   probably May, June or July, most likely.

24        Q.    Okay, so it would have been May,

25   June or July of '05?
```

```
 1                         J. Nofi

 2         A.    Yes.

 3         Q.    And did you complain to Hesse for

 4    that incident in May, June or July of '05,

 5    did you complain to Hesse about you having

 6    to witness someone chauffeuring him for a

 7    sexual escapade?

 8         A.    No.

 9         Q.    Did you ever complain to Hesse

10    about the fact that an officer was driving

11    him to someone's house to have sex?

12         A.    How do you complain to your

13    superior officer about that?

14         Q.    I'm asking you, did you ever

15    complain to him?

16         A.    No.

17         Q.    Did you ever complain to Paradiso

18    about that?

19         A.    No.

20         Q.    Did you ever complain to Loeffler

21    about that?

22         A.    No.

23         Q.    Did you ever complain to Hesse

24    that by having been driven to someone's

25    house he was leaving the -- he was leaving
```

```
 1                         J. Nofi

 2      the village on that particular occasion

 3      understaffed?

 4           A.    No, because --

 5           Q.    Just yes or no.

 6           A.    No.

 7                 MR. GOODSTADT:  Objection, he's

 8           answering the question.

 9                 MR. NOVIKOFF:  It was yes or no,

10           did you ever complain.

11           Q.    Did you ever complain to Paradiso

12      that on a particular occasion that you saw

13      Hesse being chauffeured for a sexual

14      escapade, he left the village short staffed?

15           A.    He knew it already.

16           Q.    Did you ever complain, sir, to

17      Paradiso?

18           A.    I think I might have complained

19      once to Paradiso, it's possible, yes.

20           Q.    It's possible but you're not

21      sure?

22           A.    Yes.

23           Q.    When would that complaint have

24      taken place?

25           A.    2005.
```

```
 1                        J. Nofi

 2         Q.     2005, when in 2005?

 3         A.     I don't know.

 4         Q.     Okay, let's look at paragraph 51.

 5         A.     Okay.

 6         Q.     Clearly outraged by plaintiffs

 7      enforcement of the law against his friends

 8      and acquaintances, Hesse instructed

 9      plaintiffs and other officers under his

10      command not to issue summonses to certain

11      bars that Hesse and his click of uncertified

12      officers frequented both on and off duty,

13      even though these bars regularly served

14      alcohol to minors.  Do you see that?

15         A.     Yes, I do.

16         Q.     What bars are you referring to?

17         A.     CJ's.

18         Q.     Okay.

19         A.     Housers, H-O-U-S-E-R-S, I don't

20      know if it's still called that though; Bacci

21      Beach.

22         Q.     Okay.

23         A.     There was another bar back then

24      but I don't know if it's the same name, it

25      used to be called the Alligator.
```

```
 1                          J. Nofi
 2        Q.    And how do you know these bars
 3   were serving minors?
 4        A.    Because when I first started
 5   there I was told they used to frequently do
 6   stings in there and get underaged kids, and
 7   then my department was doing stings for the
 8   Clean Indoor Act and selling to underaged
 9   kids, and they've gotten that Ocean Beach
10   like once or twice.
11        Q.    So you say when you first
12   started, that would have been in 2000?
13        A.    When I first started, yeah, they
14   had a female officer there.
15        Q.    When did you first start?
16        A.    2000.
17        Q.    So you were told in 2000 that
18   there were certain sting operations that
19   took place in some of these bars in Ocean
20   Beach where underaged kids were drinking?
21        A.    Well, not only underaged, selling
22   drugs and everything.
23        Q.    How about 2001, how do you know
24   if these bars were serving underaged
25   individuals alcohol?
```

```
 1                        J. Nofi

 2          A.    Because when people used to come

 3    out we could see that they were underaged

 4    and then ask them for ID.

 5          Q.    And when they showed you ID, and

 6    you determined that they were underaged, did

 7    you arrest them?

 8          A.    No.  We either wrote up a

 9    summons, and Frank would write up a summons,

10    or a lot of times it was just ripped up and

11    thrown away, thrown out.

12          Q.    By whom?

13          A.    By George.

14          Q.    How do you know?

15          A.    Because I seen him do it in front

16    of my face.

17          Q.    All the time?

18          A.    No, not all the time, no.

19          Q.    How many times did he rip up a

20    summons in front of your face?

21          A.    That I saw?

22          Q.    That you saw in your almost six

23    years of working there as part time.

24          A.    Four, five times tops.

25          Q.    How many summons did you write in
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

 1                         J. Nofi

 2       that same time period concerning underaged

 3       drinking?

 4           A.    How many did I write?

 5           Q.    Yes.

 6           A.    I wrote under the ABC Law, which

 7       is the ABC Law --

 8           Q.    I understand what it is.

 9           A.    I would say maybe I wrote about

10       maybe five or six maybe.

11           Q.    So you wrote six summons for

12       underaged drinking in your tenure at Ocean

13       Beach police department and Hesse ripped up

14       about four or five of them?

15           A.    Not mine, I said, I didn't say

16       mine.

17           Q.    How many of yours did he, Hesse,

18       rip up?

19           A.    I don't think he ripped up any of

20       mine.

21           Q.    Okay, paragraph 54, just read it

22       and tell me when you're done.

23           A.    Okay.

24           Q.    What personal knowledge do you

25       have with regard to the allegations in
                         Precise Court Reporting
            (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                         J. Nofi

 2    paragraph 54?

 3               MR. GOODSTADT:   Objection.

 4        Q.    If any.

 5        A.    On this one here?

 6        Q.    Yes.

 7        A.    I probably seen it once or twice

 8    happen but not that exact one.

 9        Q.    That's what I'm asking, the exact

10    one that's being referred to in 54.

11        A.    Just by, you know, what the other

12    officers were saying about this situation.

13    I don't know if I was working that night or

14    not on that situation but I heard all about

15    it.

16        Q.    So the allegations in paragraph

17    54, you would only know from what other

18    officers told you?

19        A.    On that one, yes.

20        Q.    Okay, how about 55?

21        A.    55, oh, okay, this one I've seen.

22    For some reason, I don't know why, for the

23    last -- this is before I got let go, April

24    2, 2006, for some reason for the last two

25    years for some reason it just got really bad
```

```
 1                  J. Nofi

 2    with Hesse, with Lamm.  For some reason he

 3    didn't like Lamm because he was doing his

 4    job and for some reason Lamm was frequenting

 5    the bars, doing violations for people

 6    breaking the law, and Hesse didn't like the

 7    idea that he was going in there because they

 8    used to get drinks and frequent those bars,

 9    and he used to always tell Lamm to stay

10    away, and he used to say things about Lamm

11    in front of me numerous times, that, you

12    know, he's an asshole, nobody likes him here,

13    blah, blah, blah.

14         Q.   So when you say you personally

15    witnessed it, you are referring to Hesse

16    making a derogatory remark about Lamm?

17         A.   Yes.

18         Q.   As opposed to encouraging minors

19    to abuse alcohol?

20         A.   Yes, and I was kind of shocked

21    about that then.

22         Q.   Shocked about what?

23         A.   Because when I first started I

24    thought he was, you know, I thought Kevin

25    Lamm was George's best friend because, you
```

1                    J. Nofi

2        know, when I first started there used to be

3        pictures of Kevin on the wall.

4            Q.    You were shocked that Hesse was

5        making derogatory statements about Lamm?

6            A.    Yes, because I thought they were

7        friends, you know, school friends before the

8        way I knew them.

9            Q.    Let's look at paragraph 87.

10       Rather than address plaintiffs, this is

11       what's alleged, rather than address

12       plaintiffs refusal to engage in cover up to

13       Gary Pisetti's unlawful assault.  Do you see

14       that?

15           A.    Yes.

16           Q.    You were not asked to engage by

17       Hesse in any alleged cover up?

18           A.    No, because I wasn't there that

19       night, I didn't work.

20           Q.    Let's look at paragraph 94.

21       Shortly before the April 2nd meeting

22       commenced Officer Hesse stated that

23       plaintiffs approach to law enforcement was

24       incompatible with his plans for a kinder and

25       gentler police department.  Do you see that?
                     Precise Court Reporting
           (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                          J. Nofi

 2        A.    Yes.

 3        Q.    Did you personally hear Mr. Hesse

 4   make the statements that's quoted, that

 5   being kinder and gentler police department,

 6   closed quote?

 7        A.    No, just on the ferry, the other

 8   officers stated it.

 9        Q.    My question, sir, is did you hear

10   it?

11        A.    No.

12        Q.    Let's look at paragraph 97.

13              Did Snyder or Carter ever tell

14   you that they were wearing a wire at the

15   request of the Suffolk County district

16   attorney's office?

17        A.    No.  Just what I told you about a

18   tape, that's how long ago.

19        Q.    Right.

20        A.    Right, it's different.

21        Q.    Now, sir, have you alleged in

22   this complaint that you have suffered

23   emotional and mental anguish as a result of

24   what's, of being told on April 2, 2006 that

25   you would no longer be working for Ocean
```

```
 1                        J. Nofi

 2      Beach?

 3           A.    Not mental, no, I went to a

 4      doctor.

 5           Q.    What emotional injury, if any,

 6      have you suffered?

 7           A.    Well, I couldn't sleep, you know,

 8      my stomach, I had bad stomach pains, you

 9      know, constantly, so I went to a doctor and

10      he gave me medication.

11           Q.    Are you still taking that

12      medication?

13           A.    No, I'm not.

14           Q.    When did you stop taking that

15      medication?

16           A.    A while.

17           Q.    What's a while?

18           A.    I only took it for like the

19      first -- to be honest with you, I only took

20      it for like the first two, three months.

21           Q.    Pass?

22           A.    And I didn't want to get addicted

23      to drugs.  It was prescription drugs.  I

24      figured I'd fight it myself, rather than get

25      addicted to drugs.
```

```
 1                          J. Nofi

 2         Q.    What doctor did you go to?

 3         A.    Dr. Shah, S-H-A-H.

 4         Q.    So what did he prescribe for you?

 5         A.    I don't know what it was.

 6         Q.    Okay, but it was a prescription?

 7         A.    For sleeping and for stomach.

 8         Q.    And you took it for a couple of

 9    months?

10         A.    Yes, just for like the first two,

11    three months.

12         Q.    Then you stopped.  Have you still

13    suffered lack of sleep and stomach pains?

14         A.    Stomach pains ain't as bad but I

15    can't sleep at night.

16         Q.    And what do you attribute the

17    lack of sleep to?

18         A.    Not sleeping.

19         Q.    No, but what caused it, do you

20    think?

21         A.    Retaliation from doing this.  I'm

22    nervous, you know.  I'm never going to be a

23    cop again.  My career is over for the rest

24    of my life, that I always wanted to be, I

25    went through an academy and I was proud when
```

                    Precise Court Reporting
        (516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                          J. Nofi
 2    I came out.  Now I'll never be a cop ever
 3    again because of this, never again.
 4         Q.    You said you always wanted to be
 5    a cop, is that true?
 6         A.    When I got older, yes.
 7         Q.    When was the first time that you
 8    wanted to be a cop?
 9         A.    I would say about 1998, 1997,
10    because I was getting ready to retire from
11    my other job and I wanted to take a career
12    in law enforcement because what happened was
13    I was at the beach, at Fire Island in Davies
14    Park and --
15         Q.    I don't know need to know why.
16         A.    Okay.
17              MR. GOODSTADT:  Objection.
18         Q.    Okay, so you decided or you came
19    to the opinion in '97, 98 that you wanted --
20         A.    '98, '99.
21         Q.    -- that you wanted to be a law
22    enforcement officer, correct?
23         A.    Yes.
24         Q.    Did you apply with the New York
25    City Police Department?
```

```
 1                    J. Nofi

 2         A.    No.

 3         Q.    Did you apply for the Nassau

 4   County Police Department?

 5         A.    No.

 6         Q.    Did you apply for the Suffolk

 7   County Police Department?

 8         A.    No.

 9         Q.    Did you apply with any police

10   department in '97 or '98?

11         A.    I don't think so.  I can't

12   remember that far back but I don't think I

13   did.

14         Q.    And how old were you at the time

15   in '97, '98?

16         A.    40.

17         Q.    Okay, and in 2000, 2001, 2002,

18   2003, 2004, did you ever apply to the New

19   York City Department of Police for a job?

20         A.    New York City Police Department?

21         Q.    Yes.

22         A.    No.

23         Q.    Did you apply to Suffolk or

24   Nassau County?

25         A.    No.
```

```
 1                       J. Nofi
 2         Q.   Did you apply to any police
 3    department in the entire nation in 2000,
 4    2001, 2002, 2003, 2004?
 5         A.   No.  I took the job so I can
 6    apply for another job down the road, because
 7    that's what everybody does.
 8         Q.   I understand that.  My question
 9    to you is, in 2001 -- I'm sorry, 2000, 2001,
10    2002, 2003, 2004 did you apply for a job at
11    any police department in the United States?
12         A.   I don't think so.
13         Q.   How about in 2005?
14         A.   2005?  I'm not sure, I don't
15    know.
16         Q.   You're not sure?
17         A.   No.
18         Q.   You wanted to be a police
19    officer, correct?
20         A.   Yes, and I was one already.
21         Q.   And you're not sure as to whether
22    or not you made any application to any
23    police department in the entire nation in
24    2005?
25              MR. GOODSTADT:   Objection.
```

```
 1                       J. Nofi

 2        Q.    Is that your testimony?

 3        A.    Yes.

 4        Q.    How about 2006, other than

 5   Collier County, did you apply for any

 6   full-time position as a law enforcement

 7   officer at any police department in the

 8   entire United States?

 9        A.    I don't know.  I don't know if I

10   did or not.  I applied to a lot of police

11   departments in Long Island, Suffolk County.

12        Q.    What police departments did you

13   apply to?

14        A.    I told you all of them.

15        Q.    Right, but I think you only

16   mentioned three or four?

17        A.    No, I gave you like five or six.

18        Q.    Okay.

19        A.    But it was a waste of time

20   because I got the same results at every one.

21        Q.    And you attribute your lack of

22   success directly to George Hesse, is that

23   true?

24        A.    Directly to George Hesse?  95

25   percent of it, I would say.
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                    J. Nofi
 2         Q.    Is it possible that you didn't
 3    get any of these jobs because you were in
 4    your mid to late 40s when you made the
 5    application?
 6              MR. GOODSTADT:   Objection.
 7         A.    No.
 8         Q.    Is it possible that you didn't
 9    get any of these jobs because you didn't
10    have the requisite law enforcement
11    experience?
12              MR. GOODSTADT:   Objection.
13         A.    No.
14         Q.    Isn't it true that Collier County
15    at least notified you by letter that you
16    didn't have the two years full-time law
17    enforcement experience that they were
18    looking for?
19         A.    After the fact, yes.
20         Q.    But they advised you of that?
21         A.    After the fact, yes.
22         Q.    Is it possible that you didn't
23    get any of these jobs because you didn't
24    come across well during the interview?
25              MR. GOODSTADT:   Objection.
```

```
 1                        J. Nofi

 2        A.    No.

 3        Q.    And so you believe that you

 4   didn't get any of these jobs --

 5              MR. NOVIKOFF:   Well, withdrawn.

 6        Q.    So it's your testimony that it

 7   was 95 percent, 95 percent of the reason why

 8   you didn't get any of these jobs was because

 9   of George Hesse?

10        A.    Yes.

11        Q.    And what, is it because that

12   George Hesse said something about you or is

13   it the fact that George Hesse advised you

14   that you were not going to be employed by

15   Ocean Beach?

16        A.    Look at the blog, he stated that

17   I will never get a law enforcement job as

18   long as I live.

19        Q.    But again the blog doesn't refer

20   specifically to George Hesse by name?

21        A.    I think he said that to Carter, I

22   believe he said something like that, of that

23   fact to Carter.

24        Q.    You can't point to anything on

25   the blog where it says this blog was written
```

```
 1                    J. Nofi

 2    by George Hesse, right?

 3         A.    No.

 4         Q.    Do you think that it's possible

 5    that the reason you have not been hired by

 6    any police department is because when they

 7    do their background check on you they see

 8    that not only have you sued Ocean Beach but

 9    you sued your prior employer Meenan Oil?

10         A.    No.

11         Q.    Isn't it possible --

12         A.    Perfect record there.

13         Q.    Isn't it possible, sir, that a

14    police department would not want to hire you

15    because they were concerned that if there

16    was an adverse employment action that you

17    would turn around and sue them?

18              MR. GOODSTADT:    Objection.

19         A.    No, because they ask you

20    questions when you go for an interview, and

21    one of the main questions is that would you

22    turn in a bad cop for something, doing bad

23    and my answer is yes, and I think they like

24    that kind of stuff.

25         Q.    You think?
```

```
 1                            J. Nofi

 2         A.    Yes.

 3         Q.    But they wouldn't tell you one

 4    way or the another?

 5                MR. GOODSTADT:  Objection.

 6         Q.    So isn't it possible, sir, you

 7    didn't get any of these jobs because a

 8    police department was concerned that you

 9    were too litigious?

10                MR. GOODSTADT:  Objection.

11         A.    No.

12         Q.    If you attribute 95 percent of

13    your failure to get a job with a police

14    department to George Hesse, what accounts

15    for the other five percent?

16         A.    What's been going around all over

17    the county, everybody knows.

18         Q.    Okay, so it's the conversations

19    that other people were having around Suffolk

20    County concerning you?

21         A.    What is said all over the

22    computers, yes.

23                MR. NOVIKOFF:  Okay, I got it.

24                You know what, let's take five

25         and let's figure the logistics out.
```

```
 1                      J. Nofi

 2            THE VIDEOGRAPHER:    The time is

 3      4:37 p.m., we are going off the record.

 4            (TIME NOTED:    4:47 P.M.)

 5            (At this time Court Reporter

 6      Arlene Sarica exited the room and was

 7      replaced by Court Reporter Patricia Wor.)

 8            THE VIDEOGRAPHER:    The time is

 9      4:59 p.m. and we're back on the record.

10 EXAMINATION BY

11 MR. NOVIKOFF:

12      Q.    Sir, I believe you testified

13 earlier this afternoon that you applied to

14 the New York State Department of Taxation &

15 Finance.  Do you recall that?

16      A.    Yes.

17      Q.    What job were you seeking with the

18 department?

19      A.    Exactly what you just said, New

20 York State Taxation & Finance.

21      Q.    What specific job were you looking

22 for?

23      A.    That's what it is, it's for -- in

24 order to do taxation on cigarettes and stuff

25 like that, petroleum and liquor.
```

```
 1                        J. Nofi
 2        Q.    Was it a law enforcement type job
 3   that you were applying for?
 4        A.    Yeah, just goes -- there's no
 5   test.  It was just qualification, that's it.
 6              MR. NOVIKOFF:    Let's mark the
 7         following document as Exhibit-15.
 8              (Document bearing Bates stamp
 9         NYSDTF 0001 was marked as Defendant's
10         Exhibit-15 for identification; 9-9-08,
11         P.W.)
12        Q.    Sir, do you recall receiving
13   what's been marked as Defendant's Exhibit-15?
14        A.    Yes.
15        Q.    Do you recall receiving it on or
16   about March 27, 2006?
17        A.    Yes.
18        Q.    Do you agree with me that if this
19   is an accurate letter this letter was drafted
20   on or before March 27, 2006?
21              MR. GOODSTADT:    Objection.
22        A.    Yes, I guess so.
23        Q.    This is a letter from the State of
24   New York Department of Taxation & Finance
25   advising you, Joseph Nofi, that you were not
```

```
 1                         J. Nofi

 2     going to be hired by the Department of

 3     Taxation & Finance.  Do you see that?

 4          A.    A-huh.

 5          Q.    Can you please read into the

 6     record the second full paragraph starting

 7     with "unfortunately"?

 8          A.    "Unfortunately, the information

 9     you submitted in your Form OC-APP does not

10     indicate that you meet the minimum

11     qualifications for this examination.

12     Specifically, you do not appear to have four

13     years of field investigative experience, with

14     or without an educational substitution."

15          Q.    As you sit here today, do you

16     attribute your failure to get this particular

17     job on this particular occasion to anything

18     that Mr. Hesse said about you?

19          A.    Yes, because I submitted first

20     paperwork for this job and my prior job was

21     Ocean Beach and then I got this letter after

22     that.

23          Q.    I'm sorry, say that again.

24          A.    I submitted paperwork, I had to

25     tell her where I work prior to this, and, you
```

```
 1                         J. Nofi
 2     know, where I worked, and then after that,
 3     this letter came afterwards, after that.
 4          Q.    What did you see --
 5          A.    She had the -- she asked me -- she
 6     told me that I have to contact your -- your
 7     last employer, which was Ocean Beach Police
 8     Department.
 9          Q.    Who did she contact?
10          A.    George Hesse.
11          Q.    How do you know that?
12          A.    Because he was the acting chief at
13     the time.
14          Q.    Didn't Collier County, shortly
15     after April 2nd, 2006, contact Ed Paradiso?
16          A.    After they talked to George first,
17     yes.
18          Q.    You're certain as you sit here
19     today that the Department of Taxation &
20     Finance contacted Mr. Hesse?
21          A.    Yes.
22          Q.    How are you so certain?
23          A.    Because they told him they were
24     going to contact him.
25          Q.    Have you seen any documentation
                   Precise Court Reporting
           (516) 747-9393 (718) 343-7227 (212) 581-2570
```

1                        J. Nofi

2      from the State Department of Taxation &

3      Finance?

4           A.   No.

5           Q.   It would be fair to say that

6     you're completely speculating with regard to

7      what Mr. Hesse may or may not have said to

8      the Department of Taxation & Finance?

9                MR. GOODSTADT:   Objection.

10          A.   I'm not speculating.  I'm just

11     going by what they said.

12          Q.   Did they tell you what Mr. Hesse

13     said to them?

14          A.   Of course not.

15          Q.   That's my question, sir.  What

16     evidence do you have to suggest that

17     Mr. Hesse, prior to March 27, 2006, defamed

18     you in any manner concerning your application

19     to the Department of Taxation & Finance?

20          A.   Because they had had to get a

21     written letter back from him or a phone call

22     back from him and he stated how, you know, I

23     sue people, and he put that in there, I'm

24     sure, and he also put how I was let go

25     because I'm suing the department and other

                  Precise Court Reporting
         (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                        J. Nofi

 2     departments.

 3          Q.    Sir, this is March 27, 2006,

 4     correct?

 5          A.    Yeah.

 6          Q.    You weren't advised that you were

 7     being let go until April 2nd, 2006?

 8          A.    Yeah.

 9          Q.    So what makes you think that

10     Mr. Hesse advised the state prior to March

11     27, 2006 that you were let go?

12          A.    Because I was let go January 1st

13     of 2006.

14          Q.    Oh, really?  How do you know that?

15          A.    Because you have the paperwork.

16     Remember, it stated I was terminated.  I

17     wasn't told I was terminated until I got that

18     paperwork.

19          Q.    Have you seen a document that

20     reflects Mr. Hesse saying to the Department

21     of State Taxation & Finance that you were let

22     go because -- I mean, that they shouldn't

23     hire you because you were suing them?

24          A.    No.

25          Q.    Have you seen any document --
```
                      Precise Court Reporting
         (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                         J. Nofi

 2        A.    Just that --

 3        Q.    Sir, have you seen any document

 4    pertaining to the application to the State of

 5    New York Department of Taxation & Finance

 6    concerning anything that Mr. Hesse stated?

 7        A.    No.

 8        Q.    This is your complete speculation;

 9    isn't that true, sir?

10        A.    No.

11              MR. GOODSTADT:    Objection.

12        Q.    No, it's not your speculation?

13        A.    No.

14        Q.    Where are you pulling this from,

15    sir?

16        A.    I just told you, from that piece

17    of paper that stated that I was terminated in

18    January 1st of 2006.

19        Q.    So based upon that statement, that

20    document that you saw, it's your testimony

21    that Mr. Hesse defamed you to the Department

22    of Taxation & Finance?

23        A.    Yes.

24        Q.    You're going to stick with that

25    testimony?
```

```
 1                        J. Nofi

 2        A.   Yes.

 3        Q.   Okay.  Let's then look at what

 4   they said.  "You do not appear to have four

 5   years of field investigative experience, with

 6   or without an educational substitution."  Is

 7   that an inaccurate statement?

 8        A.   I guess it could be an inaccurate

 9   statement, because I was a cop for six years

10   before that and I do tobacco enforcement for

11   the county, and to me, that's -- the

12   qualifications that they wanted I met, I

13   believe.

14        Q.   So you think they were wrong?

15        A.   Well, I'm not saying they were

16   wrong, but I'm saying whatever they sent me

17   back, I'm sure it had to do with talking to

18   them first.

19        Q.   Again --

20        A.   Again.

21        Q.   -- based upon what you speculate

22   took place?

23        A.   Ahuh.

24        Q.   Well, then you didn't leave it at

25   that, sir, right, you follow up it with the
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                        J. Nofi

 2    Department of Taxation & Finance; isn't that

 3    true?

 4         A.    I believe I did, yeah.

 5         Q.    In fact, you asked them to

 6    reconsider?

 7         A.    Yes.

 8         Q.    You said that you would "welcome

 9    the opportunity to meet and discuss my

10    character and work ethic with your

11    representative."

12         A.    Yes.

13         Q.    What, if anything, did the

14    Department of Taxation & Finance respond?

15         A.    I don't think I got anything back.

16    I'm not sure.

17              MR. NOVIKOFF:    Let's mark the

18         following document as Exhibit-16.

19              (Document bearing Bates stamp

20         NYSDTF 0003 was marked as Defendant's

21         Exhibit-16 for identification; 9-9-08,

22         P.W.).

23         Q.    Now, is Exhibit-16, putting aside

24    the handwriting on the bottom right hand --

25    on the bottom middle of this document, is
```

```
 1                        J. Nofi

 2      Exhibit-16 the letter that you wrote on or

 3      about April 4th, 2006?

 4          A.    Say that again.

 5          Q.    Putting aside the handwriting that

 6      appears in the middle to the bottom of `

 7      Exhibit-16, is this the letter that you sent

 8      to Ms. Deborah Shimkus at the Department of

 9      Taxation & Finance asking them to reconsider

10      your application?

11          A.    Yes, but I don't know what that is

12      down there.

13          Q.    I said disregard that.

14          A.    Okay, yes.

15          Q.    Isn't it true, sir, that your

16      attorney subpoenaed the Department of

17      Taxation & Finance for documents pertaining

18      to your application?

19                MR. GOODSTADT:    Objection.

20          A.    I don't know.

21          Q.    You don't know?

22          A.    No, I don't know.

23                MR. NOVIKOFF:    Let's mark the

24          following -- the next document, and just

25          for the record Exhibit-16 is NYSDTF 0003,
```
                   Precise Court Reporting
          (516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                    J. Nofi
 2      and Exhibit-15 was NYSDTF 0001 to 0002.
 3              Let's mark the following document
 4        as Exhibit-17.
 5              (Document bearing Bates stamp APD
 6        0002 through 0003 was marked as
 7        Defendant's Exhibit-17 for
 8        identification; 9-9-08, P.W.)
 9              MR. NOVIKOFF:    I'm sorry, 15 is
10        one page, 15 is just 0001.
11        Q.   Sir, I'm showing you what's been
12      marked as Exhibit-17.  Did you apply for a
13      job with Amtrak?
14        A.   Yes, on-line.
15        Q.   On-line?
16        A.   A-huh.
17        Q.   What position were you seeking?
18        A.   They were looking for Amtrak
19      security, police, whatever they're called.
20        Q.   Would that have been a law
21      enforcement job, to your knowledge?
22        A.   I believe -- I think they're peace
23      officers.
24        Q.   What's the difference, to your
25      knowledge?
```

```
 1                          J. Nofi
 2         A.    Police and peace officers are
 3    different.
 4         Q.    I'm asking you, what's the
 5    difference?
 6         A.    Peace officers get three months of
 7    training.  Police get six months of training.
 8         Q.    Did you get the job?
 9         A.    No.
10         Q.    Let's look at 0003, which is the
11    second page.  Did you write this?
12         A.    Looks like everything else is
13    missing underneath it.  I didn't -- probably
14    typed it on the computer, is that what you're
15    saying?
16         Q.    Yes.
17         A.    Yes.  Probably, yes.
18         Q.    This is what you submitted
19    on-line, right?
20         A.    I think I submitted a lot more
21    than that.  I'm not sure.  I don't remember.
22         Q.    But you at least typed the
23    following, "I love to protect the life and
24    property" --
25         A.    They asked you a question and I
```

```
 1                      J. Nofi

 2   answered it, yes.

 3       Q.   And you typed the following, "I

 4   love to protect the life and property of all

 5   people."  Do you see that?

 6       A.   Yes.

 7       Q.   And then you write "and to serve"

 8   Y-H-E "public with respect."  Do you see

 9   that?

10       A.   Yes.  Typo, I see it.

11       Q.   Do you think perhaps that you

12   didn't get the job with Amtrak because you

13   were so careless in your application that you

14   misspelled the word "the"?

15            MR. GOODSTADT:   Objection.

16       A.   No.

17       Q.   You don't think so?

18       A.   No.

19       Q.   You don't think that's an

20   important consideration for an employer to

21   look at, that an applicant on a two-sentence

22   resume -- application couldn't spell the word

23   "the" correctly?

24            MR. GOODSTADT:   Objection.

25       A.   I think they want respectful
```

```
 1                        J. Nofi
 2    people that uphold the law.   That's what I
 3    would think.
 4         Q.    You don't think they want
 5    intelligent people that could spell the word
 6    "the"?
 7    DI          MR. GOODSTADT:   Objection.  I
 8          instruct you not to answer that, and I'm
 9          going to make an objection for the record
10          that the next time there's any question
11          about Mr. Nofi's intelligence, the second
12          comment you've made today questioning his
13          intelligence, we're going to walk and
14          make an application to the court?
15          MR. NOVIKOFF:   You do what you
16          need to do.
17         Q.    Sir, how many people have you ever
18    hired in your life?
19         A.    No one.
20         Q.    How many companies have you run?
21         A.    None.
22         Q.    How many resumes have you had to
23    look at to determine whether or not someone
24    is qualified for the job?
25         A.    None.
```

```
 1                        J. Nofi

 2         Q.    How many resume do you think were

 3    submitted to Amtrak on-line concerning your

 4    application?

 5              MR. GOODSTADT:    Objection.

 6         Q.    Concerning the job that you were

 7    applying for?

 8              MR. GOODSTADT:    Objection.

 9         A.    I don't know.

10         Q.    You don't know?

11         A.    No.

12              MR. NOVIKOFF:    Let's mark the

13         following document as Exhibit-18.

14              (Document bearing Bates stamp TSIP

15         0001 was marked as Defendant's Exhibit-18

16         for identification; 9-9-08, P.W.)

17         Q.    I'm going to show you what's

18    Exhibit-18, sir.  What is Exhibit-18?

19         A.    It's a resume.

20         Q.    Whose?

21         A.    Mine.

22         Q.    When did you apply for the job

23    with the Shelter Island Police Department?

24         A.    I'm not sure.

25         Q.    Did you apply before or after
```

```
 1                        J. Nofi

 2     April 2nd, 2006?

 3          A.    I believe both, before and after.

 4          Q.    Before and after?

 5          A.    Yeah.

 6          Q.    When did you apply before?

 7          A.    I'm not sure.

 8          Q.    A month before?

 9          A.    I'm not sure.

10          Q.    A year?

11          A.    I don't know.

12          Q.    Do you know when you sent this

13     resume to the town of -- to the Shelter

14     Island Police Department?

15          A.    No.

16          Q.    Do you know how you sent this

17     resume to the Shelter Island Police

18     Department?

19          A.    Yeah.  By mail, I believe.

20          Q.    By mail.

21          A.    I could have e-mailed it to them.

22     I'm not sure, but I think it was by mail.

23          Q.    Let's, sir, assume for the purpose

24     of this question that this resume was sent to

25     the Shelter Island Police Department after
```

```
 1                        J. Nofi
 2    your -- after April 2nd, 2006.  Okay?
 3    Because you've testified that you recall
 4    applying for the job after, as well as
 5    before.  Would it be fair to say that if you
 6    sent this resume after April 2nd, 2006, that
 7    this was not an accurate resume as to your
 8    then employment with the Ocean Beach/Fire
 9    Island Police Department?
10         A.    After?
11               MR. GOODSTADT:   Objection.
12         A.    Say that again.
13         Q.    Let's look at work experience.  It
14    says "March 2001 to the present."  Do you see
15    that?
16         A.    Right.
17         Q.    One of the employers that you list
18    is Ocean Beach/Fire Island police officer.
19    Do you see that?
20         A.    Right, a-huh.
21         Q.    Well, you no longer were an Ocean
22    Beach/Fire Island police officer as of April
23    2nd, 2006, correct?
24         A.    Yes.
25         Q.    So if you had sent this resume --
                   Precise Court Reporting
            (516) 747-9393 (718) 343-7227 (212) 581-2570
```

```
 1                      J. Nofi

 2   assuming you sent this resume after that

 3   date, this resume would not be accurate,

 4   correct?

 5        A.   Yes.

 6        Q.   Do you think it's possible that

 7   the Shelter Island Police Department looked

 8   at this resume and said, you know, he's no

 9   longer working for Ocean Beach, why does he

10   maintain the fact that he is?

11             MR. GOODSTADT:   Objection.

12        A.   No idea.

13        Q.   That's right, you have no idea.

14             MR. GOODSTADT:   Objection.

15             MR. NOVIKOFF:   Let's mark the

16        following document as Exhibit-19.

17             (Document bearing Bates stamp SC

18        SPCA 0007 was marked as Defendant's

19        Exhibit-19 for identification; 9-9-08,

20        P.W.)

21        Q.   Now, Exhibit-19 is marked SC SPCA

22   0007.  Do you see that?

23        A.   A-huh.

24        Q.   And it's dated November 28, 2006.

25   Do you see that?
```

```
 1                         J. Nofi

 2          A.    A-huh.

 3          Q.    Would you agree with me that --

 4     well, did you apply for a job with the

 5     Suffolk County SPCA?

 6          `A.    Yes, I did.

 7          Q.    What job were you looking for?

 8          A.    It's a volunteer.

 9          Q.    Volunteer?

10          A.    For animals' rights, for animal

11     cruelty.

12          Q.    Did you ask Mr. Paradiso to submit

13     a letter of recommendation on your behalf?

14          A.    I believe so, yes, I did.

15          Q.    Is this Mr. Paradiso's letter of

16     recommendation, to the best of your

17     knowledge?

18          A.    Yes.  I don't know where this

19     letter went to because it doesn't say.

20          Q.    What's that?

21          A.    I don't know where this letter

22     went to.

23          Q.    I'm representing that this came

24     from the Suffolk County SPCA.

25          A.    Okay.
```

```
 1                      J. Nofi
 2        Q.    Sir, is it your testimony under
 3   oath that that -- the signature that appears
 4   on this document is in fact the signature of
 5   Edward Paradiso?
 6        A.    Looks like he signed it, yeah.
 7        Q.    So if I ask Mr. Paradiso at his
 8   deposition, he's going to testify that he
 9   drafted this document?
10        A.    I would say so, yeah.
11        Q.    Did you get the job with the
12   Suffolk County SPCA?
13        A.    No.
14        Q.    Did you see any documentation
15   concerning your application from George Hesse
16   wherein he maligned you or defamed you?
17        A.    Yes, not documentation.
18        Q.    I'm asking documentation.
19        A.    No, no documentation.
20        Q.    Did you receive any communication
21   from the Suffolk County SPCA that Mr. Hesse
22   maligned you or defamed you with regard to
23   your application?
24        A.    Of course not.
25              MR. GOODSTADT:   Objection.
                  Precise Court Reporting
         (516) 747-9393 (718) 343-7227 (212) 581-2570
```

```
 1                      J. Nofi

 2       Q.    What's that?

 3       A.    Of course not.

 4             MR. NOVIKOFF:    Just read the

 5       question back.

 6             (The requested portion was read.)

 7       Q.    Sir, you testified earlier this

 8   afternoon in response to one of my questions

 9   that you retired from Meenan Oil.  Do you

10   recall saying that?

11             MR. GOODSTADT:    Objection.

12       A.    Yes, sir, I resigned.

13       Q.    You resigned?

14       A.    Yes.  Same thing,

15   retired/resigned.

16       Q.    So you equate resign and retire as

17   one in the same?

18       A.    Yeah.

19       Q.    Did you voluntarily retire from

20   Meenan Oil?

21       A.    Yes.

22       Q.    Sir, do you recall filing a

23   lawsuit against Meenan Oil?

24       A.    Yes.

25       Q.    Do you recall alleging that you
```

1                          J. Nofi

2      were forced into early retirement and was

3      thereby constructively discharged to your

4      financial detriment?

5           A.    I don't know what you mean by

6      that.  I resigned, because I have a letter of

7      resignation, and I have the letter at home.

8           MR. NOVIKOFF:    Let's go off.

9           We'll pick it up.  I probably have

10          another 20 minutes.

11          THE VIDEOGRAPHER:    This ends Tape

12          Number 5.  The time is 5:20 p.m.  we're

13          going off the record.

14          (A recess was taken.)

15          THE VIDEOGRAPHER:    This begins

16          Tape Number 6.  The time is 5:29 p.m.

17          We're back on the record.

18          MR. NOVIKOFF:    Let's mark the

19          following document as Exhibit-20.

20          (Summons and complaint was marked

21          as Defendant's Exhibit-20 for

22          identification; 9-9-08, P.W.)

23          Q.    Sir, I'm showing you what's been

24     marked as Exhibit-20.  Can you please read it

25     to yourself, if you need to, and then
                        Precise Court Reporting
            (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                        J. Nofi

 2     identify it for me, if you can?

 3          A.    Just the first page you want me to

 4     read?

 5          Q.    Whatever you need to read in order

 6     for you to identify it for me.

 7          A.    Okay.

 8          Q.    Do you recognize what has been

 9     marked as Exhibit-20?

10          A.    Yes.  It's been a long time, but I

11     recognize it.

12          Q.    Is that the summons and complaint

13     that you authorized your attorney to file on

14     your behalf against Meenan Oil?

15          A.    Yes, I believe it is.

16          Q.    Does the complaint and the

17     allegations of the complaint concern your

18     employment with Meenan Oil?

19          A.    Meenan Oil, yes.

20          Q.    Let's go to page 10, sir.

21          A.    Okay.

22          Q.    The paragraph before paragraph 39,

23     do you see where I'm referring to?

24          A.    Yeah.

25          Q.    You allege as through your
```

```
 1                     J. Nofi

 2    attorney "rather than be exposed to further

 3    emotional distress plaintiff was forced into

 4    early retirement and was thereby

 5    constructively discharged to his financial

 6    detriment."  Do you see that?

 7         A.   A-huh.

 8         Q.   You testified earlier that you

 9    voluntarily retired.  Do you recall that?

10         A.   Resigned.

11         Q.   But you said resigned meant the

12    same as retired, correct?

13         A.   A-huh.

14         Q.   In light of this allegation, would

15    you like to correct your testimony as to

16    whether you voluntarily resigned?

17              MR. GOODSTADT:   Objection.

18         A.   No, because I sent in a letter of

19    resignation and I did resign.

20         Q.   But here, sir, you're saying you

21    were forced into early retirement.  Do you

22    see that?

23         A.   Yeah.  A-huh.

24         Q.   You understand what the word

25    "forced" means?
```

```
 1                        J. Nofi

 2        A.    Yes.

 3        Q.    "Forced" means to do something

 4   involuntarily.

 5              MR. GOODSTADT:    Objection.

 6        Q.    Would you agree with me?

 7        A.    No.

 8        Q.    Okay, then tell me, sir, what do

 9   you understand the word "force" means?

10        A.    Someone tries to push you out

11   forcefully, I would say, but I resigned.  I

12   wrote a letter of resignation.

13        Q.    So is this allegation incorrect,

14   that you were forced into retirement?

15        A.    I don't know.  She wrote it.  I

16   didn't write that, the lawyer.

17        Q.    Did you review this complaint for

18   accuracy?

19              MR. GOODSTADT:    Objection.

20        A.    I probably did.  I probably didn't

21   understand something that was written in.

22        Q.    You probably what?

23        A.    Didn't understand something that

24   was written in it.

25        Q.    Got it.
```

```
 1                         J. Nofi
 2              MR. NOVIKOFF:    Let's mark the
 3          next document as 21.
 4              (Document bearing Bates stamp CCSO
 5          0001 through 0005 was marked as
 6          Defendant's Exhibit-21 for
 7          identification; 9-9-08, P.W.)
 8     Q.    Sir, I'm going to show you what's
 9    been marked as Exhibit-21, and, for the
10    record, it's CCSO 0001 through CCSO 0005, and
11    I'm going to ask you to review it and tell me
12    when you're done reviewing it.
13     A.    Okay.
14     Q.    Do you recognize this document?
15     A.    Yeah, I believe so.
16     Q.    What is this document?
17     A.    For the Collier County.
18     Q.    What is this document, sir?
19     A.    It's an application for Collier
20    County.
21     Q.    Application for employment?
22     A.    I guess so, yeah.
23     Q.    I'm not asking you to guess, sir.
24    I'm asking you --
25     A.    I believe it is, yes.
```

```
 1                        J. Nofi

 2         Q.    Let's look at the last page.  Is

 3    that your signature?

 4         A.    Yes.

 5         Q.    And the date is 4-3-06?

 6         A.    A-huh.

 7         Q.    So if I understand this correctly,

 8    you executed this application one day after

 9    George Hesse advised you that you were no

10    longer going to be employed by Ocean Beach.

11    Do you see that?

12         A.    Yeah.

13         Q.    Let's look at the second page,

14    CCSO 0002.  Do you see that?

15         A.    Yes.

16         Q.    Let's look under list of all --

17    "list all employment beginning with present

18    employment."  Do you see that?

19         A.    A-huh.

20         Q.    You do state Ocean Beach Police

21    Department.  Do you see that?

22         A.    Yes.

23         Q.    Underneath the last column you

24    write "police/officer"?

25         A.    A-huh.
```

```
 1                      J. Nofi

 2        Q.    Underneath that you write "still

 3   there."  Do you see that?

 4        A.    Yes.  I was still there in 2006.

 5        Q.    This is dated April 3rd, 2006,

 6   sir.  Do you see that?

 7        A.    Yes.

 8        Q.    No.  No.  The last page, CCSO

 9   number five.

10        A.    Okay.  Yeah.

11        Q.    It's dated April 3rd, 2006, right?

12        A.    Yep.

13        Q.    Can you please read the last

14   paragraph immediately preceding your

15   signature and date, sir?

16        A.    Last paragraph?

17        Q.    A-huh.

18        A.    "I understand and agree to the

19   above conditions" --

20        Q.    Read it into the record, sir.

21        A.    "I understand and agree to the

22   above conditions, certify that all statements

23   made me in the application are true, correct

24   and complete to the best of my knowledge."

25        Q.    I'll read that because it seemed
```

```
 1                        J. Nofi
 2    to be a little muddled.
 3              "I understand and agree to the
 4    above conditions and certify that all
 5    statements made by me on this application are
 6    true, correct and complete to the best of my
 7    knowledge."  Do you see that?
 8         A.    Yes.
 9         Q.    Do you understand what the word
10    "certify" means?
11         A.    Yes.
12         Q.    What does the word "certify" mean?
13         A.    That I'm still certified.
14         Q.    Oh, okay.  You dated this April
15    3rd, 2006, right?
16         A.    Yes.
17         Q.    No reason to believe that you
18    didn't know the date that you signed this,
19    correct?
20         A.    I still was certified as a peace
21    officer.
22         Q.    Sir, page two you write that
23    you're still there.  Do you see that?
24         A.    Right.
25         Q.    That means you were still employed
```

```
 1                           J. Nofi
 2       by Ocean Beach, according to this document,
 3       right?
 4            A.    Right.
 5            Q.    That's not true?
 6            A.    But that says 2006.  That doesn't
 7       say the date there.  That date I was still
 8       certified as a law enforcement officer, yes,
 9       I was.
10            Q.    That's your answer?
11            A.    Yes.
12            Q.    Your answer, sir, when you write
13       "still there" means that you were still there
14       in 2006?
15            A.    2006.
16            Q.    That's your answer?
17            A.    Yes, that's when I was there.
18            Q.    You're going to stand by that
19       testimony, sir?
20            A.    Absolutely, yes.
21            Q.    You got it.  Let's move on.
22                  MR. NOVIKOFF:    Let's mark the
23            next document as 22.
24                  (Document bearing Bates stamp CCSO
25            0077 was marked as Defendant's Exhibit-22
                  Precise Court Reporting
          (516) 747-9393 (718) 343-7227 (212) 581-2570
```

```
 1                        J. Nofi

 2          for identification; 9-9-08, P.W.)

 3          Q.   Sir, 22 is marked CCSO 0077.  Do

 4     you recall receiving this letter from Collier

 5     County?

 6          A.   I believe so, yes.

 7          Q.   Do you have any reason to believe

 8     as you sit here today that you didn't?

 9          A.   No.

10               MR. NOVIKOFF:    Let's mark the

11          next document as 23.

12               (Document bearing Bates stamp CCSO

13          0078 was marked as Defendant's Exhibit-23

14          for identification; 9-9-08, P.W.)

15          Q.   23 is CCSO 78.  Do you recall

16     sending Exhibit-23 to Diane E. Standish at

17     Collier County on or about --

18          A.   Yes.

19          Q.   -- May 15, 2006?

20          A.   Yes.

21               MR. NOVIKOFF:    Mark the next

22          document as Exhibit-24.

23               (Document bearing Bates stamp CCSO

24          0080 was marked as Defendant's Exhibit-24

25          for identification; 9-9-08, P.W.)
```

```
 1                          J. Nofi
 2         Q.    Sir, do you recall receiving --
 3    actually, 24 is CCSO 0080.  Do you recall
 4    receiving on or about April 26, 2006 this
 5    letter from Diane E. Standish concerning your
 6    application?
 7         A.    I believe so, yeah.
 8         Q.    Any reason to believe that you
 9    didn't?
10         A.    They send me a lot of papers.  I
11    can't remember each one, what it said and
12    what it looked like.
13         Q.    Any reason to believe that you
14    didn't receive this one, sir?
15         A.    No.
16              MR. NOVIKOFF:    Let's mark the
17         next document as 25.
18              (Document bearing Bates stamp
19         TORHP 0011 through 0014 was marked as
20         Defendant's Exhibit-25 for
21         identification; 9-9-08, P.W.)
22         Q.    Sir, I'm showing you what's been
23    marked as Exhibit-25, and, for the record,
24    it's TORHP 0011 through 0014.  Do you see
25    that, sir?
```

```
 1                        J. Nofi
 2        A.    Yes.
 3        Q.    Let's look at the last page, 0014.
 4   Is that your signature?
 5        A.    Yes.
 6        Q.    `Is that dated 12-21-2007?
 7        A.    A-huh.
 8        Q.    And for what job were you
 9   submitting this -- well, what is this
10   document, sir?
11        A.    It looks like an application for
12   employment.  I have no idea for what.
13        Q.    You have no recollection 10 months
14   ago why you dated this document?
15        A.    No, I don't, because it doesn't
16   say.  I can't remember what it could be for.
17   Looks like something for the county because
18   it's open competitive examination and
19   noncompetitive appointments, so it looks
20   like -- yeah, Suffolk County.  What, I don't
21   know.
22        Q.    Is there any reference on this
23   document to your time as an employee of the
24   Ocean Beach Police Department?
25        A.    I have no idea.
```

```
 1                    J. Nofi

 2       Q.   Well, please look at it and tell

 3  me.

 4       A.   Okay.  No clue.  I don't see Ocean

 5  Beach on here.

 6       Q.   Okay, sir, I'll represent, at

 7  least according to my review of this

 8  document, I don't see Ocean Beach either.

 9            MR. GOODSTADT:   Objection.

10       Q.   So let's turn to TORHP number 12.

11  It's the second page.  14, "description of

12  experience," do you see that?

13       A.   "Description of experience"?  Yes.

14       Q.   You're asked in this to, quote,

15  "beginning with the most recent, describe

16  below in detail all," and "all" is

17  capitalized and italicized, "paid and

18  volunteer appointments relevant to the

19  position sought."  Do you see that?

20       A.   Where is that?

21       Q.   Underneath 14 on the second page,

22  "description of experience."

23       A.   I'm on -- page 12 you said?

24       Q.   Yeah, second page of this, TORHP

25  00 --
```

```
 1                      J. Nofi

 2      A.    14, okay, go ahead.

 3      Q.    I'll reread it.  "Beginning with

 4  the most recent, describe below in detail

 5  all," and "all" is capitalized and

 6  italicized, "paid and volunteer employment

 7  relative to the position sought."  Do you see

 8  that?

 9      A.    Yes.

10      Q.    Let's go to page one, "exact title

11  of examination, P/T police officer."  Do you

12  see that?

13      A.    Yes.

14      Q.    Does that refresh your

15  recollection as to what job or position you

16  were applying for?

17      A.    No.

18      Q.    Or what test you were taking?

19      A.    I have no idea.  Can you tell me?

20      Q.    Let's go back to page two.  You

21  write "Brookhaven Ambulance."  Do you see

22  that?

23      A.    Yes.

24      Q.    You wrote from "'94 to '97."  Do

25  you see that?
```

```
 1                         J. Nofi

 2        A.   Yes.

 3        Q.   So it would be fair to say that

 4   you stopped working for the Brookhaven

 5   Ambulance in 1997?

 6        A.   I never worked there. `I

 7   volunteered.

 8        Q.   Fine, then volunteered.  You

 9   stopped volunteering for Brookhaven in 1997?

10        A.   Yes, because I had --

11        Q.   I don't need to know why.  I

12   just --

13        A.   Okay.

14        Q.   Then you go to the next page,

15   TORHP 13, you make reference to your present

16   job with the Suffolk County Health Services.

17   Do you see that?

18        A.   Yes.

19        Q.   And then you make reference to

20   Town of Babylon Public Safety.  Do you see

21   that?

22        A.   Yes.

23        Q.   Would you agree with me that the

24   Town of Babylon Public Safety is a law

25   enforcement type job?
```

```
 1                          J. Nofi

 2           A.    Not really, no, it's not,

 3     because --

 4           Q.    No?

 5           A.    No, it is not.

 6           Q.    Why not?

 7           A.    Because we don't have arrest

 8     powers.  We don't arrest anybody.

 9           Q.    Is there any reason why, as you

10     sit here today, that you can recall you

11     didn't put down Ocean Beach on this

12     application?

13           A.    I guess when I was filling this

14     out I guess I might have already gone from

15     Ocean Beach.

16           Q.    Well, you were already gone from

17     Ocean Beach, so the question I'm asking you

18     is, if you know or if there is any reason,

19     can you recall, as you sit here today, why

20     you didn't put Ocean Beach?

21           A.    Two reasons.

22           Q.    Why?

23           A.    Either I was gone already from

24     Ocean Beach or I didn't want to bother

25     putting that down again and being rejected
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                        J. Nofi

 2    from another job.

 3         Q.   Is it your testimony that you

 4    would be less than candid in your job

 5    applications by not including Ocean Beach in

 6    order to get a job?

 7              MR. GOODSTADT:    Objection.

 8         A.   Yes.

 9         Q.   Your answer was "yes"?

10         A.   What was that question again?

11         Q.   You know what, the answer stays.

12              MR. GOODSTADT:    So does my

13         objection.

14              MR. NOVIKOFF:    I get that, that's

15         fine.

16         Q.   What jobs, if any, have you

17    applied for after you got the Babylon job?

18         A.   I don't think any.  I don't know

19    if I did or not.

20              MR. NOVIKOFF:    Give me two

21         minutes.  Let me discuss with Mr. Welsch

22         if there are any other areas and then I

23         may be done.

24              THE VIDEOGRAPHER:    The time is

25         5:49 p.m. and we're going off the record.
```

```
 1                        J. Nofi

 2                 (A recess was taken.)

 3            THE VIDEOGRAPHER:    The time is

 4      5:51 p.m. and we're back on the record.

 5      Q.    Sir, you were hired by Babylon in

 6   '07, correct?

 7      A.    I guess so, yeah.

 8      Q.    I don't want you to guess.

 9      A.    I believe so, yeah.

10      Q.    When in '07?

11      A.    I believe -- when in '07?

12      Q.    Yes.

13      A.    I don't know.  I can't recall.

14      Q.    Given that we don't have any

15   documents from you on this, I'm going to have

16   to ask the following questions, and we're

17   going to keep the deposition open concerning

18   what I believe to have been a failure to

19   produce some documents concerning Babylon.

20            Is that a part-time job?

21      A.    Yes.

22      Q.    How many hours per week do you

23   work at Babylon?

24      A.    It depends.

25      Q.    On what?
```

```
 1                      J. Nofi

 2          A.    Depends how many hours I put in.

 3     Sometimes I put in a lot of hours.  Sometimes

 4     I don't.  It depends.

 5          Q.    How much do you make per hour?

 6          A.    12 bucks an hour.

 7          Q.    How much were you making at Ocean

 8     Beach?

 9          A.    Almost 20.

10          Q.    Compared to the amount of hours

11     you worked at Ocean Beach, do you work more

12     or less for Babylon?

13          A.    It varies.  Less sometimes, more

14     sometimes, just like --

15          Q.    Have you filed any tax returns

16     which would reflect your employment with

17     Babylon?

18          A.    Absolutely.

19          Q.    Do you have a W-2 in your

20     possession that would reflect the amount of

21     money that you were paid by Babylon in 2007?

22          A.    Today?

23          Q.    In your possession, not today, in

24     your possession.

25          A.    Yes.  I should have them, yeah.
```

```
 1                         J. Nofi

 2    RQ         MR. NOVIKOFF:     Obviously I'm

 3          going to call for production of all

 4          documents pertaining to your application

 5          and employment with Babylon, but I'll ask

 6          the court reporter to leave a space in

 7          the transcript and please for 2007

 8          identify in that space the amount of

 9          money that's reflected on your W-2 for

10          the Town of Babylon.   Obviously 2008

11          isn't over yet so you don't have a W-2.

12          And with that I am concluding.

13    INSERT:

14              MR. CONNOLLY:     Good afternoon,

15          Mr. Nofi.   I represent George Hesse in

16          this lawsuit.   I'm just going to have

17          just a few questions following up.

18    EXAMINATION BY

19    MR. CONNOLLY:

20         Q.    Dr. Shah prescribed certain

21    medication for you, would that be correct, in

22    connection with the stomach?

23         A.    Say that again.

24         Q.    Dr. Shah --

25         A.    Shah you mean?   Did he -- he's my
```

```
 1                         J. Nofi

 2    doc for a long time, he's really good and I

 3    trust him and he gave me two prescriptions.

 4         Q.    Did you have those prescriptions

 5    filled?

 6         A.    Yes, I did.

 7         Q.    Where did you have them filled?

 8         A.    I think CVS where I live.

 9         Q.    What location would the CVS be at?

10         A.    I believe it's Bellport Village.

11         Q.    Any medical bills in connection

12    with your consulting or treating with

13    Dr. Shah paid by insurance?

14         A.    I believe, yeah, except for the

15    co-payments going.

16         Q.    What would be the name of the

17    insurance?

18         A.    Blue Cross/Blue Shield Empire.

19         Q.    Earlier I believe you indicated

20    that you felt you were defamed on a blog; is

21    that correct?

22         A.    Yes.

23         Q.    What type of blog is that?

24         A.    I don't know.  It was on a blog.

25         Q.    How did you first become aware of
```

```
 1                         J. Nofi

 2    the blog?

 3         A.    My people just told me that my

 4    name was on a blog.  My wife told me, my son,

 5    he printed it out for me.

 6         Q.    Did you keep a copy of those

 7    printouts?

 8         A.    Yeah, I should have them, if I

 9    could find them, I'll -- you know, I'm almost

10    positive I still got them.

11         Q.    Did you make any entries into that

12    particular blog?

13         A.    No.

14         Q.    Did Edward Carter ever tell you he

15    made any entries into that blog?

16         A.    No.

17         Q.    Did Frank Fiorillo ever tell you

18    he made entries into that blog?

19         A.    No.

20         Q.    Did Kevin Lamm ever tell you he

21    made entries into that blog?

22         A.    No.

23         Q.    And did Thomas Snyder tell you he

24    ever made entries into the blog?

25         A.    He didn't tell me, but I heard
```

```
 1                    J. Nofi

 2    that he made one remark stating a statement

 3    that someone said to him he just stated back

 4    once.

 5         Q.    Earlier you indicated that your

 6    people made you aware of the blog.  Who do

 7    you mean by your people?

 8         A.    Well, my wife and my son told me

 9    and people, you know, told me that, you know,

10    out in the street, friends of mine, look, you

11    better go on the blog, your name is being

12    talked about on the -- about the Ocean Beach

13    situation, because they been reading the

14    paper and everybody goes on, I guess, the

15    blog -- the computer, blog, whatever it is.

16    MO          MR. NOVIKOFF:    Motion to strike.

17         Q.    Earlier I believe you indicated

18    that prior to the meeting that was held at

19    the police headquarters on April 2nd, 2006 --

20         A.    2nd, 2006.

21               MR. GOODSTADT:    Let him ask the

22         question.

23         Q.    -- you had a conversation with

24    Officer Embry?

25         A.    Did I have a discussion with
                    Precise Court Reporting
          (516) 747-9393 (718) 343-7227 (212) 581-2570
```

1                          J. Nofi

2      Officer Embry?

3          Q.   Yes.

4          A.   I didn't say I had a discussion

5      with him.  He said something to me.

6          Q.   What did he say?

7          A.   I was sitting on the Bay Shore

8      side by the ferry terminal, waiting for the

9      ferry to come in, and I had my gun with me

10     because I was told to bring my gun and my

11     pants, my shirt, and he came up to me, he

12     said, "What are you doing with that?"  He

13     said, "Are you working today?"  I said, "No.

14     George told me to bring our stuff in the

15     letter," and he laughed.  He make a smirk.

16     He goes, "Oh, really."  And he made a little

17     wise remark and that was it.

18         Q.   What was the wise remark?

19         A.   A comment, like, you know, ha, ha.

20              MR. CONNOLLY:   I have no further

21         questions.  Thank you.

22              MS. ZWILLING:   Good evening,

23         Mr. Nofi.  I'm Arlene Zwilling.  I

24         represent Alison Sanchez and Suffolk

25         County here, and I also have just a few
                    Precise Court Reporting
           (516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                    J. Nofi

 2         questions for you.

 3  EXAMINATION BY

 4  MS. ZWILLING:

 5         Q.    The blog that we've been speaking

 6  about today, is that the Long Island Politics

 7  Message Board?

 8         A.    I have no idea.  I never went on

 9  it.  Just what my son printed out.  He might

10  have told me that's what it was on, but I

11  don't know.

12         Q.    Did you ever read any entries on

13  the blog by Alison Sanchez?

14         A.    Not that I know of, no, just what

15  was printed to me.

16         Q.    So did anyone ever tell you that

17  Alison Sanchez was making entries on the

18  blog?

19         A.    No, not that I know of.

20         Q.    Now, you mentioned that you had

21  seen Mr. Hesse go to the homes of various

22  women.  Have you ever seen him go to Alison

23  Sanchez's home?

24         A.    No.

25         Q.    Have you ever seen Alison Sanchez
                    Precise Court Reporting
         (516) 747-9393 (718) 343-7227 (212) 581-2570
```

1                      J. Nofi

2     go to his home?

3          A.   No.

4          Q.   Did anyone ever tell you that they

5     knew of Mr. Hesse or Ms. Sanchez being in

6     each others homes?

7          A.   Say that again.

8          Q.   Did anyone ever tell you that they

9     knew of Mr. Hesse or Ms. Sanchez being in

10    each others homes?

11         A.   No.

12         Q.   Did George Hesse ever tell you

13    that he engaged in sexual relations with

14    Alison Sanchez?

15         A.   No.  Not to me, no.

16         Q.   Did Alison Sanchez ever tell you

17    that she engaged in sexual relations with

18    George Hesse?

19         A.   No.

20         Q.   Did you ever meet with Alison

21    Sanchez at any time, other than the meeting

22    you had mentioned to us which took place at

23    civil service?

24         A.   Did I ever meet her like

25    face-to-face?

                   Precise Court Reporting
        (516) 747-9393  (718) 343-7227  (212) 581-2570

1                              J. Nofi

2          Q.    Yes.

3          A.    No, not that I believe.  I don't

4     think so.  I think I might have talked to her

5     on the phone once after that, but that's it.

6          Q.    Did you ever see Ms. Sanchez in

7     Mr. Hesse's presence at any time?

8          A.    No.

9          Q.    I would like you to take

10    another look at Defendant's Exhibit-A,

11    specifically --

12               MR. NOVIKOFF:    1.

13         Q.    I'm sorry, Defendant's Exhibit-1.

14    Specifically paragraph 117, page 27.

15         A.    Page 27?

16         Q.    Yes, paragraph 117.  Let me just

17    direct your attention to the first couple of

18    lines where you mention reports being made of

19    endemic corruption and abuse of power by

20    members of the Ocean Beach Police Department.

21    Did you personally ever report such behavior

22    to anyone with the Suffolk County Department

23    of Civil Service?

24         A.    I don't believe I did.

25         Q.    Can you tell me the date of your
                     Precise Court Reporting
           (516) 747-9393 (718) 343-7227 (212) 581-2570

 1                          J. Nofi

 2     meeting with Alison Sanchez at the Suffolk

 3     County Department of Civil Service?

 4          A.     I'm not sure if it was the next

 5     day or the next two, three days.

 6          Q.     Was it some time in April 2006?

 7          A.     Yes.

 8          Q.     Did you graduate from the Suffolk

 9     County Police Academy?

10          A.     A-huh.

11          Q.     How long was your course of study

12     there?

13          A.     I believe it was six months two

14     weeks.

15          Q.     How many recruits were in your

16     police academy class?

17          A.     How many what?

18          Q.     How can recruits were in your

19     police academy class?

20          A.     13, 14, 15.  Well, in the

21     beginning it was a lot more but a lot failed

22     out.

23          Q.     From what police departments were

24     the other recruits in your class?

25          A.     Suffolk County Park Police,
                     Precise Court Reporting
           (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                      J. Nofi

 2     Southhampton Town Village Police, I think

 3     Southhampton Town Police, Amityville Village

 4     Police, Ocean Beach, and I think there was

 5     one for -- oh, Huntington Bay Police.

 6          Q.   Did you have a period of field

 7     training after you completed your academy

 8     course work?

 9          A.   After the academy?

10          Q.   Yes.

11          A.   Field training from Ocean Beach?

12          Q.   Yes.

13          A.   When you mean "field training,"

14     you mean prequalified at the range and all

15     that?

16          Q.   No.  I mean a period of on-the-job

17     training.

18          A.   No.  They just told me to go out

19     in the back of the streets and, you know,

20     basically learn myself, but there was an

21     Officer Bridget Peterson that used to worked

22     there.  She trained me herself, took upon her

23     to train me a lot.  She helped me.

24          Q.   And Officer Peterson was employed

25     by the Ocean Beach Police Department?
```

```
 1                       J. Nofi

 2        A.    Yes.   She's no longer there.   She

 3    sued them, actually.

 4    MO        MR. NOVIKOFF:    Motion to strike.

 5        Q.    Were you considered a probationary

 6    police officer when you first joined the

 7    Ocean Beach Police Department?

 8        A.    Was I what?

 9        Q.    Considered a probationary police

10    officer.

11        A.    Yes, because they had to do

12    evaluations I think every six months.

13        Q.    For how long were you on

14    probation?

15        A.    I think it's six months to a year

16    maybe.  That's the basic probation.  I know

17    that's for the county, it's usually six

18    months.

19        Q.    I'm not asking you about what the

20    county's requirements are.

21        A.    I guess it's six months to a year,

22    I would say.

23        Q.    Now, when you met with Alison

24    Sanchez that day at Suffolk County Civil

25    Service, did you personally speak with her?
```

```
 1                    J. Nofi

 2      A.    Yes.

 3      Q.    What did you tell her?

 4      A.    Just complaining about, you know,

 5  and asking for my rights, and I just told her

 6  that I work right across the street in front

 7  of her, the building in front of her,

 8  adjacent, in front of her, and I wanted to

 9  remain confidentiality because I'm nervous

10  about retaliation at my job from there and

11  Ocean Beach.

12      Q.    When you say you made complaints

13  to her, what were complaints that you made?

14      A.    Just, you know, that I worked a

15  certain amount of years and what's my rights

16  and I felt that I was let go wrongfully, let

17  go because they let me go and hired other

18  people who were uncertified and that I think

19  they were wrong.  I can't remember

20  everything.

21      Q.    Were you seeking legal advice from

22  Ms. Sanchez?

23      A.    I don't know if you -- I don't

24  know if I could call it legal advice.  I was

25  just asking her questions and she wasn't too
```

1                    J. Nofi

2    answerative (phonetic), and then Frank and

3    Kevin started asking her question.

4        Q.    I'm not asking what Frank and

5    Kevin were doing.  I'm asking you if you were

6    seeking legal advice in the conversation with

7    her.

8        A.    I don't know if it was legal

9    advice.  I was just asking her questions.

10       Q.    Was it your belief at the time

11   that she was an attorney?

12       A.    No.

13       Q.    Why did you choose Alison Sanchez

14   to request advice from?

15       A.    Because when we went into civil

16   service department, that's who came out to

17   take us in the office.

18       Q.    Had you heard of Alison Sanchez's

19   name before that day?

20       A.    Alison Chester, Sanchez now.  I

21   don't think I did, no.  I just think that

22   either that day or the day before Frank was

23   just saying we're going to see somebody in

24   civil service and the one that runs the Ocean

25   Beach Village civil service is Alison

                Precise Court Reporting
        (516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                         J. Nofi

 2     Chester.  I'm not 100 percent sure, but I

 3     believe it was that day he told me when I met

 4     him there or the day before.

 5          Q.    What discussion about

 6     confidentiality did you have with her?

 7          A.    Just about, you know, I didn't

 8     want to let nobody know whatever we talked

 9     about here get outside.

10          Q.    Did you express that to her?

11          A.    Yes.

12          Q.    Did she respond to that in any

13     way?

14          A.    She told me that it would remain

15     confidential because in Suffolk County Civil

16     Service it has to remain confidential.

17          Q.    Did she explain to you why that

18     was the case?

19          A.    Because it's the law, civil

20     service law, whatever stays here can't --

21          Q.    Did Ms. Sanchez actually use those

22     words or are you just assuming that that was

23     her reasoning?

24          A.    I think that's how she put it.

25          Q.    When you met with Ms. Sanchez that
                      Precise Court Reporting
            (516) 747-9393  (718) 343-7227  (212) 581-2570
```

```
 1                      J. Nofi

 2    day, did she indicate that she was going to

 3    do anything on your behalf or the behalf of

 4    your other plaintiffs?

 5         A.    I'm not -- I think she said

 6    something about maybe you could write a

 7    letter also.  I'm not sure.  She might have

 8    said that.

 9         Q.    My question to you is did she

10    state that she was going to do anything on

11    your behalf?

12         A.    Oh, no.

13         Q.    Did she state she was going to do

14    anything on behalf of the other plaintiffs?

15         A.    No.  They were talking to her and

16    I wasn't really paying attention when they

17    were talking to her.  I was like disarray at

18    the time.

19         Q.    Did she indicate to you that she

20    was going to take any further action?

21         A.    To me?

22         Q.    Yes.

23         A.    No.  Not really, no, not that I

24    could remember.

25         Q.    Did she ever tell you that she
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1                       J. Nofi

 2    spoke with George Hesse after meeting with

 3    you?

 4         A.    Did she tell me personally to me?

 5         Q.    Yes.

 6         A.    No.

 7         Q.    Did George Hesse tell you that he

 8    spoke with Ms. Sanchez after you met with

 9    Ms. Sanchez?

10         A.    No.

11         Q.    Did someone else tell you that

12    Ms. Sanchez and Mr. Hesse had a conversation

13    after your meeting?

14         A.    Yes.

15         Q.    Who was it that told you that?

16         A.    Well, we figured it out on the

17    blogs and Eddie Carter sort of mentioned it.

18    I heard him talking about it.

19         Q.    Did anyone personally tell you

20    about that is my question?

21         A.    Not to my face, no.

22         Q.    What was it that Ed Carter did?

23         A.    What did he do?

24         Q.    Yes.

25         A.    I don't know.  He had a meeting
```

Precise Court Reporting
(516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                    J. Nofi

 2    with George Hesse.

 3           MR. GOODSTADT:    Objection.

 4           Q.    You mentioned that Ed Carter said

 5    something about Mr. Hesse and Ms. Sanchez

 6    speaking.    What were you referring to?

 7           A.    That he just had a conversation

 8    with George Hesse, had a meeting, sat down

 9    with George and he asked George and George

10    said something like to the fact that you guys

11    didn't think, knew I had a hook in the civil

12    service department, you didn't know that --

13    you think I wouldn't know that you guys went

14    there, something in that kind of form.  I'm

15    not exactly -- that's exactly what he told

16    me, but it was like that.

17           Q.    Did Ed Carter say this to you in

18    person?

19           A.    I think he said it to me in person

20    or I was with maybe the other two guys when

21    he said it to me, the other two officers,

22    Frank and Kevin.

23           Q.    Did you ever speak to Ms. Sanchez

24    after the meeting at civil service?

25           A.    I think, like I said, I'm not
```

Precise Court Reporting
(516) 747-9393  (718) 343-7227  (212) 581-2570

```
 1                      J. Nofi

 2     sure, I think I might have talked to her on

 3     the phone for about five seconds, 10 second.

 4     After or before, that I can't remember.

 5          Q.    Have you ever seen her since that

 6     day?

 7          A.    I seen her in the civil service

 8     building walking around, but I never said hi

 9     to her, looked at her.

10          Q.    When was the last time you saw

11     Ms. Sanchez in the civil service building?

12          A.    April 2006.

13          Q.    Have you seen her anywhere else

14     since April 2006?

15          A.    No, unless she went to a union

16     meeting, I don't know.  She might have seen

17     me.  I didn't see her.

18          Q.    Do you have any knowledge as to

19     what her marital status is?

20          A.    Yeah.  What I read in the paper.

21     I think it was in the Suffolk Life, that's

22     where she changed her name.  It was in the

23     Suffolk Life stating that she got married.  I

24     think there was a picture of her with another

25     woman and she changed her name.  That's where
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

    1                    J. Nofi

    2    I think she got the name from Chester to

    3    Sanchez.

    4        Q.    Do you know what the gender of

    5    Ms. Sanchez's spouse is?

    6        A.    Female.

    7              MS. ZWILLING:    No further

    8        questions.

    9              MR. GOODSTADT:    I don't have any

   10        questions.  I want to reserve the right

   11        to review and sign the transcript and I

   12        also want to mark the transcript as

   13        confidential pending review.

   14              MR. NOVIKOFF:    Well, I believe

   15        your witness has the right under the

   16        rules to review and certify the

   17        transcript.

   18              MR. GOODSTADT:    I don't know if

   19        the rules require it anymore, so I just

   20        want to reserve.

   21              MR. NOVIKOFF:    Okay, whatever it

   22        is.  I'm not going to agree that the

   23        deposition is confidential.  That's

   24        something -- but I will acknowledge that

   25        to the extent I am inclined to disclose
                     Precise Court Reporting
              (516) 747-9393 (718) 343-7227 (212) 581-2570

```
1                        J. Nofi

2          publicly any aspect of this deposition

3          testimony, I don't foresee why I would, I

4          would certainly give you the courtesy of

5          a phone call so that you would have an

6          opportunity to go to court and seek some

7          time of protection.  I don't know why

8          this should be confidential at all, so

9          I'm going to oppose that application.

10             THE VIDEOGRAPHER:     This completes

11         today's deposition for Joseph Nofi,

12         September 9th, 2008.  The time is 6:10

13         p.m. and we are off the record.

14             (TIME NOTED: 6:10 P.M.)

15

16             _____

17                   JOSEPH T. NOFI

18

19    Subscribed and sworn to

20    before me this  _____  day

21    of  _____  2008.

22

23    _____

24         NOTARY PUBLIC

25
```

```
 1

 2                    INDEX TO EXHIBITS

 3    DEFENDANT'S                                  PAGE

 4     1    Complaint.                              5

 5     2    One-page letter dated 7-7-06.        147

 6     3    One-page letter dated 1-31-06.       149

 7     4    One-page document dated 11-14-06.    151

 8     5    Two-page document dated 11-16-06.    154

 9     6    Five-page document.                  163

10     7    Two-page document dated 9-16-06.     176

11     8    Two-page document.                   177

12     9    Two-page document.                   179

13    10    Three-page document.                 186

14    11    Two-page document.                   191

15    12    One-page document dated 10-4-06.     211

16    13    Photograph.                          255

17    14    Photograph.                          257

18    15    Document bearing Bates stamp

19          NYSDTF 0001.                         333

20    16    Document bearing Bates stamp

21          NYSDTF.                              340

22    17    Document bearing Bates stamp APD

23          0002 through 0003.                   342

24    18    Document bearing Bates stamp

25          TSIP 0001.                           346
```

```
 1

 2                 INDEX TO EXHIBITS

 3      DEFENDANT'S                              PAGE

 4      19   Document bearing Bates stamp SC

 5           SPCA 0007.                          349

 6      20   Summons and complaint.`             353

 7      21   Document bearing Bates stamp

 8           CCSO 0001 through 0005.             357

 9      22   Document bearing Bates stamp

10           CCSO 0077.                          361

11      23   Document bearing Bates stamp

12           CCSO 0078.                          362

13      24   Document bearing Bates stamp

14           CCSO 0080.                          362

15      25   Document bearing Bates stamp

16           TORHP 0011 through 0014.            363

17

18                 INDEX TO INSERTS

19                                               PAGE

20      Date when Mr. Goodstadt was retained.    14

21      Any further examples of endemic          198

22      corruption.

23      Amount of money reflected on W-2 for

24      2007 for the Town of Babylon.            372

25
```

1

2                    I N D E X

3   RQ(s)                                        PAGE

4   Letter reflecting Mr. Goodstadt's

5     retention.                                  13

6   Cablevision phone records showing

7     calls to Collier County, Florida.           46

8   Mr. Donaho's business card.                   47

9   Document showing when Mr. Nofi was

10    hired by Babylon.                           66

11  Document reflecting monetary recovery

12    from Meenan Oil.                           117

13  all documents pertaining to your

14    application and employment with

15    Babylon.                                   372

16

17  DI (Pages) 18, 118, 345

18

19  RL (Pages) 18

20

21  MO (Pages) 20, 22, 53, 55, 59, 74, 77, 82,

22  87, 89, 92, 95, 101, 105, 111, 113, 121,

23  125, 131, 137, 173, 197, 207, 215, 218, 219,

24  228, 244, 248, 257, 265, 267, 276, 278, 280,

25  283, 298, 375, 382

```
 1

 2                    I N D E X

 3

 4   EXAMINATION BY

 5   MR. NOVIKOFF:    7

 6

 7   EXAMINATION BY

 8   MR. CONNOLLY:    372

 9

10   EXAMINATION BY

11   MS. ZWILLING:    377

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2                    CERTIFICATION
 3              WE, Arlene Sarica and Patricia
 4    Wor, Notaries Public in and for the State of
 5    New York, do hereby certify:
 6              THAT the witness(es) whose
 7    testimony is herein before set forth, was
 8    duly sworn by Arlene Sarica; and
 9              THAT the within transcript is a
10    true and accurate record of the testimony
11    given by said witness(es).
12              WE further certify that we are not
13    related either by blood or marriage, to any
14    of the parties to this action; and
15              THAT we are in no way interested
16    in the outcome of this matter.
17              IN WITNESS WHEREOF, we have
18    hereunto set our hand this 12th day of
19    September 2008.
20
21    ___Arlene Sarica_____
22    ARLENE SARICA
23
24    _____
25    PATRICIA WOR
```

Precise Court Reporting
(516) 747-9393 (718) 343-7227 (212) 581-2570

```
 1
 2                          ERRATA SHEET
 3           I wish to make the following changes,
 4      for the following reasons:
 5      PAGE LINE
 6      ____ ___ CHANGE:_____
 7               REASON:_____
 8      ____ ___ CHANGE:_____
 9               REASON:_____
10      ____ ___ CHANGE:_____
11               REASON:_____
12      ____ ___ CHANGE:_____
13               REASON:_____
14      ____ ___ CHANGE:_____
15               REASON:_____
16      ____ ___ CHANGE:_____
17               REASON:_____
18      ____ ___ CHANGE:_____
19               REASON:_____
20      ____ ___ CHANGE:_____
21               REASON:_____
22      ____ ___ CHANGE:_____
23               REASON:_____
24      ____ ___ CHANGE:_____
25               REASON:_____
```


**$**

**$250** 176:3

**0**

**0001** 333:9; 342:2, 10;
346:15; 357:5, 10
**0002** 342:2, 6; 358:14
**0003** 340:20; 341:25;
342:6; 343:10
**0005** 357:5, 10
**0007** 349:18, 22
**0011** 363:19, 24
**0014** 363:19, 24; 364:3
**0077** 361:25; 362:3
**0078** 362:13
**0080** 362:24; 363:3
**0148** 178:5
**04** 286:5
**05** 285:22, 24; 286:2;
311:25; 312:4
**06** 63:11, 12; 285:15, 18,
20; 286:15, 16, 24; 287:3;
288:11
**06-26-2006** 173:5
**07** 370:6, 10, 11

**1**

**1** 9:20; 15:6; 193:25;
287:7; 288:20; 289:13;
379:12
**10** 186:5, 10; 354:20;
364:13; 389:3
**10-1** 246:20; 247:9;
300:6, 11, 16, 20, 21, 22,
23
**10-13** 246:24; 247:8
**10-23-06** 168:10
**10-31-06** 149:8
**10-4-06** 211:16
**10-7-88** 172:13
**100** 10:7; 12:10; 13:16;
19:14; 48:13, 23; 166:21;
177:15; 259:23; 385:2
**103** 141:21
**104** 145:22
**1047** 178:5
**106** 38:10, 25; 39:16, 17;
40:6, 15
**107** 54:20; 78:23, 23
**10:31** 5:13
**11** 125:16; 191:24; 192:5
**11-14-06** 151:8
**11-16-06** 154:24
**110** 60:22
**112** 18:12, 17, 19; 23:25;
24:5, 7; 29:22; 30:2; 37:2;
38:19, 19
**113** 39:12; 61:13; 66:15;

67:8; 72:22; 73:25; 74:14;
79:23
**114** 84:8; 85:2; 89:8
**115** 39:2, 13, 18; 40:6, 16
**117** 194:2; 199:4; 201:23;
217:10; 379:14, 16
**11:30** 74:24; 277:19
**11:45** 75:5
**12** 195:18, 19; 211:15;
249:21, 22; 365:10, 23;
371:6
**12-21-2007** 364:6
**124** 177:24
**125** 177:24; 220:9, 10;
221:20; 222:3, 12, 18, 25
**12:46** 154:13
**13** 255:22; 367:15; 380:20
**138** 226:12; 239:11, 17;
241:6; 242:7
**14** 84:23; 151:18; 195:18,
19; 257:7; 365:11, 21;
366:2; 380:20
**148** 242:19
**149** 179:15; 180:17, 20;
182:15
**15** 107:13; 342:9, 10;
362:19; 380:20
**150** 179:15
**158** 253:2
**16** 110:9, 12, 14, 17;
155:11, 19; 164:4
**164** 258:16, 18, 24;
259:13; 260:25; 261:11,
16, 22
**176** 268:15, 16; 269:8
**177** 269:19; 270:22
**18** 193:2
**19** 173:12; 174:5, 17;
175:2
**1997** 324:9; 367:5, 9
**1998** 324:9
**1999** 246:15
**1:30** 107:4; 277:8
**1:40** 154:18
**1st** 337:12; 338:18

**2**

**2** 12:7; 20:25; 62:5, 14;
68:17; 75:18; 76:6; 92:14,
20; 93:2; 95:21; 97:8, 13,
17; 147:19, 24; 212:10;
213:10; 228:6, 11; 236:2;
239:10; 240:20, 23;
241:14; 243:18, 20, 23;
245:16; 248:25; 266:3;
269:4; 318:24; 321:24
**20** 107:13; 128:20; 205:7,
17; 214:9; 353:10; 371:9
**2000** 239:10; 246:16;
283:24; 315:12, 16, 17;
325:17; 326:3, 9
**2001** 315:23; 325:17;
326:4, 9, 9; 348:14

**2002** 289:16; 290:9;
291:3, 10; 293:18, 25;
325:17; 326:4, 10
**2003** 293:15; 299:22;
311:18; 325:18; 326:4, 10
**2004** 284:8; 293:12;
311:18; 325:18; 326:4, 10
**2005** 64:21; 284:2, 4, 5;
286:3; 287:13; 293:6, 8;
307:18; 313:25; 314:2, 2;
326:13, 14, 24
**2006** 12:7; 20:25; 21:6, 7;
25:9; 26:8, 21; 62:5, 15;
64:20, 20, 21; 65:20;
68:17; 75:18; 76:6; 92:14,
20; 93:3; 95:21; 97:8, 13,
17; 139:16, 17, 21; 140:4,
21, 23; 141:2; 148:12;
150:8; 155:11, 19; 164:4;
212:9, 10; 213:10; 228:6,
11; 236:2; 240:20, 23;
241:14; 243:18, 20, 23;
245:16; 248:25; 266:3;
269:4; 285:3, 7; 287:7;
288:20; 318:24; 321:24;
327:4; 333:16, 20; 335:15;
336:17; 337:3, 7, 11, 13;
338:18; 341:3; 347:2;
348:2, 6, 23; 349:24;
359:4, 5, 11; 360:15;
361:6, 14, 15; 362:19;
363:4; 375:19, 20; 380:6;
389:12, 14
**2007** 21:7; 26:16; 27:3;
35:8, 9; 42:20; 44:2, 2, 13;
58:14; 62:6; 64:20; 65:21,
23, 25; 138:25; 139:4, 14;
151:18; 371:21; 372:7
**2008** 5:12; 65:19; 372:10;
391:12, 21
**21** 26:16; 27:3; 110:17;
357:3
**214** 275:2
**218** 186:10
**219** 186:10; 187:7, 8
**22** 174:8; 361:23; 362:3
**220** 186:10
**225** 192:5
**226** 192:6
**23** 119:5; 174:8; 362:11,
15
**24** 145:23; 174:7, 17;
363:3
**25** 18:11, 18; 24:8, 10;
38:5, 9, 14; 174:5; 251:3;
363:17
**26** 18:16, 17, 18; 36:15;
38:15, 19; 363:4
**27** 38:16; 40:2; 194:2;
333:16, 20; 336:17; 337:3,
11; 379:14, 15
**28** 349:24
**2:00** 308:15
**2:40** 217:3
**2:54** 217:8
**2nd** 11:19, 24; 12:5; 19:9;
21:2; 62:25; 65:6; 68:7;

77:4; 129:15, 16, 20;
131:15; 210:5; 213:3;
224:4; 228:9, 23; 229:5,
8, 21; 232:12, 17; 240:25;
241:2; 242:9, 15, 16;
246:19; 248:13; 320:21;
335:15; 337:7; 347:2;
348:2, 6, 23; 375:19, 20

**3**

**3** 149:7, 12
**30** 128:20; 139:16, 21;
140:4, 21, 23; 174:18;
176:15; 205:9, 17; 289:14,
15
**31** 150:7; 292:15
**32** 174:19
**33** 226:11
**34** 239:12, 17; 293:23;
294:11, 25; 295:9, 10
**36** 242:18; 299:9
**37** 299:25; 300:2
**38** 301:2
**39** 258:17; 354:22
**3:30** 107:5
**3:55** 289:7
**3rd** 359:5, 11; 360:15

**4**

**4** 151:7, 12; 212:8
**4-3-06** 358:5
**40** 160:22, 25; 325:16
**40s** 328:4
**42** 269:15
**42s** 206:12, 16, 17, 18, 23
**43** 197:8
**49** 307:20
**4:00** 107:5
**4:08** 289:11
**4:10** 290:21, 25
**4:37** 332:3
**4:47** 332:4
**4:59** 332:9
**4th** 341:3

**5**

**5** 154:23; 155:4, 6;
163:25; 277:18; 353:12
**50** 249:13
**50,000** 117:7
**50h** 8:21; 140:9
**51** 314:4
**54** 317:21; 318:2, 10, 17
**55** 318:20, 21
**5:00** 277:7
**5:20** 353:12
**5:29** 353:16
**5:49** 369:25

**5:51** 370:4

**6**

**6** 141:2; 163:21; 165:18,
21, 24; 353:16
**60,000** 117:7
**63** 110:9, 11, 13, 15
**64** 261:4
**6:10** 391:12, 14

**7**

**7** 148:12; 176:20, 24;
177:23
**7-7-06** 147:20
**78** 143:25; 362:15

**8**

**8** 177:17, 18; 178:5;
185:25; 249:23
**87** 155:4; 320:9
**88** 155:4
**8814303** 172:3
**8:00** 277:7, 10

**9**

**9** 5:12; 179:10, 15;
185:11, 24; 263:11
**9-15-06** 176:21
**9-15-2006** 169:10, 11
**9-9-08** 5:4; 147:22;
149:10; 151:10; 155:2;
163:24; 176:23; 177:21;
178:3; 179:13; 186:8;
192:3; 211:18; 255:25;
257:10; 333:10; 340:21;
342:8; 346:16; 349:19;
353:22; 357:7; 362:2, 14,
25; 363:21
**93** 166:6
**94** 168:2, 4; 169:7;
320:20; 366:24
**95** 171:25; 172:5; 327:24;
329:7, 7; 331:12
**96** 173:2, 3, 4
**97** 166:6; 321:12; 324:19;
325:10, 15; 366:24
**98** 324:19, 20; 325:10, 15
**99** 119:6, 7; 123:5, 5, 6;
246:15; 324:20
**9th** 391:12

**A**

**A-huh** 334:4; 342:16;
348:20; 349:23; 350:2;
355:7, 13, 23; 358:6, 19,
25; 359:17; 364:7; 380:10
**a.m** 5:13; 74:25; 75:6

**A.S** 5:4; 147:22; 149:10; 151:10; 155:2; 163:24; 176:23; 177:21; 178:3; 179:13; 186:8; 192:3; 211:18; 255:25; 257:10

**ABC** 317:6, 7

**ability** 306:15

**able** 87:4

**aboard** 253:21

**above** 194:4; 220:15; 268:17; 359:19, 22; 360:4

**Absolutely** 34:16; 36:6; 61:23; 89:17; 91:20; 92:17; 121:20; 149:16; 153:11; 179:6; 190:12; 196:23; 201:20; 216:3; 239:4; 250:14; 361:20; 371:18

**abuse** 194:6, 15; 198:24; 201:25; 202:9, 15; 203:10; 217:20; 219:18; 220:5; 227:10; 305:21; 319:19; 379:19

**abusive** 198:25

**academy** 188:8; 243:14; 245:7; 246:15; 301:11; 304:2, 5, 6; 323:25; 380:9, 16, 19; 381:7, 9

**accessible** 85:11

**according** 34:7; 35:13; 63:20; 127:25; 140:7; 159:8, 9; 170:23; 171:11, 20; 178:23; 184:15; 207:25; 212:9; 223:15; 241:5; 243:9; 361:2; 365:7

**accounts** 331:14

**accredited** 301:11

**accuracy** 15:7; 16:19; 17:14; 222:11; 356:18

**accurate** 9:7, 22; 10:17; 15:25; 17:4, 18; 21:13; 85:15; 139:18; 156:21; 162:10; 222:11; 333:19; 348:7; 349:3

**acknowledge** 390:24

**acknowledged** 88:11

**acknowledging** 178:23

**acquaintances** 314:8

**across** 71:18; 132:4; 229:22; 328:24; 383:6

**act** 142:2; 315:8

**acted** 214:6

**acting** 206:2; 251:5; 335:12

**action** 152:2, 13; 153:3, 17, 25; 154:5; 156:6; 212:23; 330:16; 386:20

**activity** 194:9; 196:9

**acts** 244:10

**actually** 8:19; 66:8; 90:14; 94:13; 171:9; 177:22; 181:19; 204:8; 211:10; 214:6; 234:25; 238:15; 251:25; 298:11; 363:3; 382:3; 385:21

**add** 170:13

**addendum** 187:12, 15

**addicted** 322:22, 25

**Addison** 155:10

**addition** 14:15; 202:25; 241:24

**additional** 161:25; 183:15

**address** 320:10, 11

**adjacent** 383:8

**admitted** 88:14, 19; 192:25

**advance** 294:2, 10, 18, 22

**advanced** 268:19; 269:10

**adverse** 330:16

**advice** 383:21, 24; 384:6, 9, 14

**advise** 7:13; 21:24; 22:7; 35:12; 52:11, 17; 53:7; 56:25; 57:23; 72:3; 77:6, 8, 12; 81:10; 95:18, 24; 96:9; 97:15; 104:25; 105:17, 22; 106:3, 6, 12, 15, 17, 20; 137:7, 19; 149:13; 175:5; 176:25; 262:12; 266:3

**advised** 20:12, 21; 22:13, 23; 33:18; 35:16, 17; 76:6; 77:2, 15; 88:21; 92:22, 24; 93:2; 96:6; 105:6; 126:9; 128:2; 157:15; 165:11; 229:5; 262:18; 265:20; 328:20; 329:13; 337:6, 10; 358:9

**advisement** 14:2, 4; 46:9; 47:14; 66:6, 11; 117:15

**advising** 17:25; 148:23; 156:11; 161:25; 260:5, 14; 262:4; 333:25

**afternoon** 332:13; 352:8; 372:14

**afterwards** 17:5, 8; 19:8, 13; 77:5, 7; 78:21; 112:24; 237:4; 239:9; 243:19; 335:3

**again** 8:25; 15:6; 17:22; 22:21; 50:22, 23; 53:23; 57:19; 65:5; 76:10; 96:4; 106:5, 8, 14; 122:17; 124:18; 144:14; 156:24; 158:9; 201:11; 228:10; 244:19; 250:21, 23; 264:13; 275:10; 296:2, 15; 323:23; 324:3, 3; 329:19; 334:23; 339:19, 20; 341:4; 348:12; 368:25; 369:10; 372:23; 378:7

**against** 8:4, 10; 9:25; 15:18; 36:20; 37:20; 38:22; 40:10; 78:6, 14; 89:12; 102:16, 24; 116:12, 15, 19; 156:7; 169:5; 258:10, 14; 279:8, 18; 288:3, 10; 303:25; 304:4; 314:7; 352:23; 354:14

**age** 173:12; 174:21

**agencies** 301:12

**agency** 182:25

**ago** 8:6; 21:5, 11, 14, 15, 19; 44:13; 53:24; 65:3, 17; 130:17; 134:25; 174:9, 18, 19, 19; 176:16; 207:22; 253:20, 20; 274:2; 299:15, 16, 18, 19; 302:18, 22; 321:18; 364:14

**agree** 11:23; 15:22; 16:6, 21; 17:16; 28:6, 8; 53:15, 25; 129:12; 140:16; 156:2; 158:16, 20; 159:3; 171:5; 182:19, 25; 183:6; 208:5; 222:6; 261:24; 263:23; 269:3; 333:18; 350:3; 356:6; 359:18, 21; 360:3; 367:23; 390:22

**agreed** 86:13; 87:13

**agreement** 13:6

**ahead** 42:11; 50:21, 23; 122:25; 145:21; 164:25; 166:4, 9; 167:7; 172:11; 189:4; 208:7; 222:15; 232:4; 261:19; 295:20; 297:6; 366:2

**Ahuh** 339:23

**ain't** 113:12; 323:14

**al** 5:8, 10

**Albert** 5:14

**alcohol** 314:14; 315:25; 319:19

**alcoholics** 197:5

**align** 297:17, 19

**aligned** 295:2, 15; 296:3; 297:8

**aligning** 296:6

**Alison** 6:13; 67:2, 4, 4, 5; 69:8; 118:21, 23; 119:2, 3, 12; 132:10, 14; 146:16; 376:24; 377:13, 17, 22, 25; 378:14, 16, 20; 380:2; 382:23; 384:13, 18, 20, 25

**allegation** 15:24; 17:17; 61:4, 9, 20; 68:25; 69:10, 20; 72:22; 73:13, 19; 100:15; 120:16; 121:8; 123:2, 8; 139:24; 194:23; 203:8; 217:13; 221:17; 243:9; 260:15; 272:11; 289:22; 290:8; 301:16; 303:14; 308:3, 19; 309:2; 355:14; 356:13

**allegations** 15:16; 61:14; 66:18; 67:10, 14; 69:22; 73:6, 20, 24; 74:13; 86:11; 89:12; 107:21; 109:4, 9, 19, 22; 110:3, 17; 143:21; 144:6; 212:9; 279:17; 317:25; 318:16; 354:17

**allege** 38:19; 54:21; 73:6, 13; 85:18; 89:9; 100:10, 10; 119:10; 120:22; 142:6; 144:17, 18; 146:18; 197:20; 221:20; 224:8; 225:11; 228:24; 229:4; 243:20; 270:22; 301:2; 354:25

**alleged** 66:17; 67:8; 73:24; 78:23; 79:7; 84:15; 85:6; 105:15; 108:24; 113:25; 114:6; 122:21; 141:20; 147:9; 151:25; 153:3, 16; 154:4; 194:3, 15; 198:25; 199:4; 226:12; 239:13; 258:18; 261:23; 268:16; 269:8; 289:15; 292:22; 293:24; 294:9, 17; 320:11, 17; 321:21

**allegedly** 260:16

**alleges** 202:14; 220:10

**alleging** 40:20; 143:14, 15; 203:2; 352:25

**Alligator** 314:25

**allow** 257:25

**allowed** 71:19; 135:22; 203:6; 288:18; 298:18; 306:4; 307:14, 15

**allowing** 301:6; 304:10

**almost** 26:16; 115:11; 248:23; 316:22; 371:9; 374:9

**alone** 292:17

**along** 6:18; 244:2, 3

**alongside** 268:21

**although** 269:23

**always** 101:2; 160:23; 249:10, 24; 274:18, 20; 278:2; 319:9; 323:24; 324:4

**ambulance** 277:20; 278:4; 366:21; 367:5

**amendment** 194:10

**American** 189:9

**Amityville** 381:3

**among** 9:25; 60:25; 194:4; 297:14

**amount** 135:19; 371:10, 20; 372:8; 383:15

**Amtrak** 342:13, 18; 344:12; 346:3

**analysis** 150:10

**Andrew** 6:17; 140:15; 142:21

**anguish** 321:23

**animal** 350:10

**animals** 81:24; 350:10

**answerative** 384:2

**answered** 9:5; 73:9; 91:6; 111:24; 124:24; 126:7; 185:15, 17; 208:16; 344:2

**anymore** 12:2; 48:3; 124:5; 280:8, 11; 390:19

**apart** 295:6

**APD** 342:5

**apostrophe** 183:22

**APP** 183:22

**appeal** 22:25

**appear** 140:17; 334:12; 339:4

**appearance** 112:5

**appeared** 85:11

**appears** 180:16; 341:6; 351:3

**applicant** 173:8, 11; 182:15, 24; 183:17; 344:21

**application** 148:21; 263:17; 326:22; 328:5; 336:18; 338:4; 341:10, 18; 344:13, 22; 345:14; 346:4; 351:15, 23; 357:19, 21; 358:8; 359:23; 360:5; 363:6; 364:11; 368:12; 372:4; 391:9

**applications** 369:5

**applied** 265:17; 266:3; 327:10; 332:13; 369:17

**apply** 19:5; 190:21, 24; 324:24; 325:3, 6, 9, 18, 23; 326:2, 6, 10; 327:5, 13; 342:12; 346:22, 25; 347:6; 350:4

**applying** 333:3; 346:7; 348:4; 366:16

**appointing** 120:7, 20; 123:9

**appointment** 129:4, 10; 131:11

**appointments** 364:19; 365:18

**appreciate** 16:15; 137:18

**approach** 103:8; 320:23

**approached** 105:2, 12

**appropriately** 300:11, 14

**approval** 84:11; 85:21

**approving** 120:8, 21; 123:10

**approximately** 5:13

**April** 11:19, 23; 12:5, 7; 19:9; 20:25; 21:2; 62:4, 14, 25; 65:6; 68:7, 17; 75:18; 76:6; 77:4; 92:14, 20; 93:2; 95:21; 97:8, 9, 12, 17; 129:14, 16, 19; 131:15; 210:4; 212:10; 213:3, 10; 224:4; 228:6, 11, 19, 23; 229:5, 8, 21; 232:12, 16; 236:2; 239:10; 240:20, 23, 24; 241:14; 242:8, 15, 16; 243:18, 20, 23; 245:16; 246:19; 248:13, 25; 266:3; 269:4; 277:3; 299:22; 303:5; 318:23; 320:21; 321:24; 335:15; 337:7; 341:3; 347:2; 348:2, 6, 22; 359:5, 11; 360:14; 363:4; 375:19; 380:6; 389:12, 14

**arbitrary** 242:22

**areas** 100:24; 150:19; 182:16; 369:22

**Ari** 6:18

**Arizona** 89:20

**Arlene** 5:17; 6:11; 332:6; 376:23

**Arnold** 203:23

**around** 27:23; 52:2; 96:18, 19; 101:7; 120:14; 155:22; 251:4; 289:15;

299:22; 311:18; 330:17;
331:16, 19; 389:8

**arranged** 235:3

**arrest** 191:6; 192:17;
316:7; 368:7, 8

**arrested** 173:9, 12, 23;
174:2, 4, 11, 22, 23;
189:18; 190:2; 298:4, 5, 7,
7, 9

**Article** 143:25

**aside** 92:24; 340:23;
341:5

**asleep** 204:12, 14

**aspect** 245:2; 257:4;
391:2

**aspects** 82:11

**assault** 270:2; 320:13

**assaulting** 201:13

**asshole** 87:10; 227:11,
15; 291:24; 319:12

**assholes** 230:2, 16;
232:20

**Assistant** 6:10

**associated** 235:22

**association** 5:18

**assume** 347:23

**assumed** 89:11

**assuming** 273:15; 349:2;
385:22

**ate** 50:5

**attacker** 269:20

**attacks** 85:9

**attempt** 150:18

**attention** 18:12; 134:17,
19; 135:2; 136:4, 9;
379:17; 386:16

**attorney** 6:5, 11, 12;
10:19, 21; 11:5; 16:2, 10;
17:19; 28:14, 20; 72:4, 7,
21; 94:15; 151:17; 152:9,
18, 21; 162:20; 169:19;
341:16; 354:13; 355:2;
384:11

**attorney's** 103:19;
105:13; 107:9; 321:16

**attorneys** 9:24; 140:22;
141:6

**attribute** 323:16; 327:21;
331:12; 334:16

**author** 88:11

**authority** 290:17;
291:13, 17; 292:6, 16

**authorize** 13:10

**authorized** 10:18, 22;
354:13

**authorizing** 72:21

**aware** 23:16; 55:17, 19;
68:11; 92:12, 18; 109:3, 7;
146:25; 147:9; 252:4;
253:14; 270:14; 373:25;
375:6

**away** 113:13; 234:5;
251:3; 316:11; 319:10

---

# B

B 260:10

B-E-N-I-C-A-S-O 56:23

**Babylon** 64:25; 65:2, 7,
11, 14; 66:4; 75:15, 16;
80:4; 82:3; 90:17; 367:20,
24; 369:17; 370:5, 19, 23;
371:12, 17, 21; 372:5, 10

**Bacci** 314:20

**back** 20:4; 22:3; 24:23;
27:20, 21; 38:4, 18; 42:20,
22; 43:7, 24; 45:6, 15, 17;
50:6; 58:5; 66:14; 74:22;
75:6; 78:22; 109:2; 113:6;
133:25; 134:2; 138:8;
148:17; 150:17; 154:19;
162:18; 163:25; 175:22;
189:17; 193:25; 197:7;
198:3, 5, 10, 10; 201:4, 23;
204:11; 207:20; 208:2;
214:23; 215:3, 5; 217:9,
10; 225:18; 250:22, 23;
254:13, 14, 19; 262:21;
265:4; 276:10; 289:12;
290:25; 305:18; 310:18,
20; 314:23; 325:12; 332:9;
336:21, 22; 339:17;
340:15; 352:5; 353:17;
366:20; 370:4; 375:3;
381:19

**background** 48:18;
152:3; 186:20; 330:7

**Bacon** 84:10; 85:20;
86:15, 25; 87:3, 11, 17, 19,
21; 88:5, 10; 204:11;
244:13; 245:9

**Bacon's** 245:2

**bad** 20:2; 34:13, 20; 50:7,
9; 54:21; 55:24, 25; 56:7,
9, 10, 11, 14, 18; 57:23;
58:5, 7; 59:12; 60:8, 12,
14, 18, 21; 78:20; 79:19;
81:22; 82:23, 25; 83:9, 16;
84:3; 96:22; 170:21;
184:4, 9; 229:13; 230:22,
23; 231:3; 233:2, 6; 242:4,
25; 265:23; 307:13;
318:25; 322:8; 323:14;
330:22, 22

**badges** 214:4

**balled** 201:7, 14

**banged** 126:12; 127:6, 7,
10, 22, 23

**banks** 249:10

**bar** 253:16; 254:22;
288:12; 314:23

**barbecue** 276:7, 23

**barracks** 214:11; 308:17

**bars** 196:4, 5, 6, 8;
209:14; 253:7, 12, 25;
254:6; 255:5; 288:9, 18;
299:12; 314:11, 13, 16;
315:2, 19, 24; 319:5, 8

**based** 115:17; 118:9, 11;
122:4; 124:9; 144:19;
184:3; 206:13; 235:10;

---

242:9; 252:17, 19; 262:20,
22, 23; 310:7, 10; 338:19;
339:21

**baseless** 61:14; 66:18;
67:9, 13; 68:25; 69:21;
73:5, 13, 20, 23; 74:13;
85:9; 89:12

**basement** 27:25

**basic** 47:25; 382:16

**basically** 294:14; 381:20

**basis** 15:18; 23:18; 54:2,
5; 86:10; 158:24; 291:16;
292:5, 10; 301:15; 308:2,
25

**basketball** 204:12

**Bates** 147:24; 333:8;
340:19; 342:5; 346:14;
349:17; 357:4; 361:24;
362:12, 23; 363:18

**bathroom** 306:15

**Bay** 64:15, 23; 90:20;
236:17; 250:6; 376:7;
381:5

**Beach** 5:9; 6:6; 10:2;
11:22, 25; 30:20; 64:12;
68:17; 77:18; 80:18, 22;
95:21; 96:11; 101:2;
102:15; 103:9; 104:8, 15;
119:15, 23; 121:17;
122:15, 15, 19, 20; 123:3,
14; 124:19, 25; 153:19, 24;
154:3; 159:14, 23, 24;
160:2, 3, 5, 11; 161:10, 13,
19; 182:4, 20; 183:2, 9;
190:10; 193:24; 199:23,
24, 25; 200:2, 3, 4; 201:2;
212:12; 213:13; 222:6;
229:6; 242:20; 243:24;
244:17; 249:9, 11, 20, 25;
251:13, 18; 252:3; 254:6;
256:25; 257:5; 257:1, 17;
258:2; 266:19; 267:6;
268:17, 23; 270:5, 7;
278:19; 279:2, 14; 280:21;
281:15; 289:18; 292:16;
297:23; 299:5; 304:3;
305:14; 307:24; 308:21;
310:4, 5; 314:21; 315:9,
20; 317:13; 322:2; 324:13;
329:15; 330:8; 334:21;
335:7; 349:9; 358:10, 20;
361:2; 364:24; 365:5, 8;
368:11, 15, 17, 20, 24;
369:5; 371:8, 11; 375:12;
379:20; 381:4, 11, 25;
382:7; 383:11; 384:25

**Beach's** 226:13

**Beach/Fire** 348:8, 18, 22

**bearing** 333:8; 340:19;
342:5; 346:14; 349:17;
357:4; 361:24; 362:12, 23;
363:18

**beat** 101:4; 102:16;
246:22; 247:12

**beaten** 111:14; 248:24;
280:2

**beating** 101:4; 103:11, 24

**became** 223:16, 22;

---

225:2; 269:5, 9; 271:13,
16; 295:23; 298:10

**become** 116:13; 224:18;
373:25

**becomes** 224:13

**bed** 197:25

**Bee** 6:4

**beer** 280:2; 304:17, 18,
20, 24; 305:3, 16, 17

**beers** 256:12, 15

**beforehand** 212:16

**began** 289:16

**beginning** 293:24;
358:17; 365:15; 366:3;
380:21

**begins** 75:4; 154:17;
217:7; 289:10; 353:15

**behalf** 9:24; 10:19; 88:5;
194:3; 350:13; 354:14;
386:3, 3, 11, 14

**behavior** 379:21

**behind** 23:12; 144:12

**belief** 60:23; 84:9, 15;
85:19, 25; 86:11; 118:6;
120:6; 141:22; 184:9;
190:9; 262:14; 272:6;
301:3; 384:10

**beliefs** 117:17, 21;
118:13

**believes** 82:13; 174:25

**belive** 139:3

**Bellport** 373:10

**below** 365:16; 366:4

**Benacasa** 49:15

**Benicasa** 56:23, 25;
57:5, 11, 16; 58:20

**Benicasa's** 57:10; 59:6

**besides** 163:19; 243:12

**best** 9:7, 8; 10:16; 15:20;
142:23; 178:19; 181:19;
253:19; 273:22; 309:2;
319:25; 350:16; 359:24;
360:6

**better** 7:15; 14:14; 52:22,
25; 53:3; 138:2; 375:11

**big** 34:12; 100:3; 133:5;
185:6; 189:22

**bills** 373:11

**bit** 112:21; 128:21;
211:23

**blah** 86:9, 9; 274:20,
20; 319:13, 13, 13

**blanket** 265:25

**blog** 67:23, 25; 74:5, 7;
83:3, 4, 5, 8, 13; 84:2, 7;
87:5, 7, 9, 15, 18; 92:5;
99:18, 20, 21, 22; 120:23,
25; 131:3, 4, 5; 140:10;
227:14, 18, 19, 22; 239:24,
25; 240:4, 12; 241:4, 7;
242:12, 15; 252:21, 22, 23;
258:25; 259:17, 22;
329:16, 19, 25, 25; 373:20,
23, 24; 374:2, 4, 12, 15,
18, 21, 24; 375:6, 11, 15,
15; 377:5, 13, 18

---

**blogs** 85:12; 88:12, 16,
23; 89:2; 228:2; 259:3, 10;
387:17

**Blue** 373:18

**board** 106:20; 211:12;
253:23; 270:5, 25; 271:8,
15; 279:7, 11; 377:7

**Bob** 49:20

**borrowed** 189:7

**boss** 37:11; 49:13; 55:8;
56:20, 22; 58:20; 79:16;
130:23; 291:22

**both** 180:18; 191:17, 18;
215:15; 250:20; 256:5;
307:23; 308:20; 314:12;
347:3

**bother** 368:24

**bottom** 18:15; 30:16, 17;
31:3; 37:13; 172:2, 8, 8,
10; 180:16, 19; 182:14;
187:6; 260:12; 269:17;
340:24, 25; 341:6

**boxes** 27:25; 29:16; 30:5,
8, 11; 31:14; 32:7, 8

**bragged** 146:21; 147:13

**bragging** 147:9

**brand** 305:12

**brands** 304:15, 16, 18,
23; 305:2, 16

**breached** 146:19

**break** 69:17, 19; 74:21;
122:24, 25; 216:25; 289:3;
290:18

**breaking** 297:24; 319:6

**Bridget** 381:21

**bring** 101:2; 144:16;
218:2; 376:10, 14

**brings** 9:12; 144:6

**Brookhaven** 102:5;
366:21; 367:4, 9

**brothers** 203:16; 224:14

**brought** 8:10; 58:24;
111:11; 112:14; 193:21;
201:3; 217:22

**brushed** 247:16

**bucks** 371:6

**buddies** 227:7; 290:2

**budget** 11:16; 230:12,
18; 232:19

**building** 57:7; 132:4;
383:7; 389:8, 11

**bulletin** 253:23

**bunch** 167:17

**burglaries** 252:2

**burned** 175:23

**bus** 261:9, 19, 20

**business** 133:5, 7; 225:2;
246:5; 254:9

**busted** 196:10; 297:23;
298:11, 19

**bye** 238:6, 7, 8, 10

**bye-bye** 239:2

# C

**C** 260:10
**C-A-S-A** 56:24
**Cablevision** 45:25; 46:2, 4
**cadre** 294:2
**cahoots** 276:16, 21
**call** 13:17; 16:14; 19:19; 20:14; 24:22; 42:10; 45:8, 10, 24; 46:3, 19; 47:7, 11; 48:11, 12; 66:2; 87:17; 89:20, 20; 117:12; 119:22; 235:7; 241:13; 248:23; 249:12; 255:18; 290:5; 300:6, 12, 20; 336:21; 372:3; 383:24; 391:5
**called** 19:23; 20:16; 22:18; 24:22; 45:11; 48:9, 11, 14, 17, 21; 50:8; 55:10; 58:2; 87:11; 90:19; 100:21; 101:8; 145:25; 146:8, 13; 168:13, 23, 24; 189:17; 203:22; 213:24; 214:11; 231:16; 239:22; 240:6, 9, 21; 246:20; 250:21; 314:20, 25; 342:19
**calling** 14:6; 46:25; 99:19; 226:19
**calls** 32:23; 37:17; 40:13; 42:2; 46:6; 47:17; 83:19; 277:21; 300:21
**came** 23:4; 25:6; 27:21; 42:19, 21; 43:6; 45:17; 55:18; 74:6; 79:5; 103:10, 24; 104:20; 105:4; 106:10; 112:25; 114:9; 131:3, 7; 133:14; 155:20; 163:9, 11; 189:7, 11; 191:9; 200:19; 227:5; 232:16; 263:24; 271:9, 11; 272:24; 273:3; 283:25; 284:4; 298:11; 310:18, 20; 324:2, 18; 335:3; 350:23; 376:11; 384:16
**can** 7:14; 10:11; 11:23; 13:24, 25; 16:4; 26:22; 32:3, 21; 34:14; 37:4; 39:8, 9; 41:14; 49:9, 11, 22; 54:11, 14; 62:24; 68:22; 69:18; 74:2, 11, 15; 83:20; 86:8; 97:6; 98:7, 13; 108:4, 7, 8; 109:6; 121:13; 130:19; 142:25; 143:2, 11, 23; 151:19; 182:9; 184:14, 20; 185:3, 16; 188:3; 198:17, 20; 200:10; 205:11, 16; 206:17; 207:20; 212:7; 230:18; 238:10; 244:14; 255:2; 256:2, 19; 264:14; 267:18; 269:14; 294:14; 305:5; 308:21; 326:5; 334:5; 353:24; 354:2; 359:13; 366:19; 368:10, 19; 379:25; 380:18
**candid** 369:4

**capacity** 270:5, 6
**capitalized** 365:17; 366:5
**caption** 118:23
**car** 189:5, 6, 7, 12, 13; 252:6, 9, 13; 309:8, 17
**card** 47:8, 9, 12
**care** 45:13; 95:4, 6; 136:16; 201:2; 208:14; 219:12; 238:18, 19
**career** 323:23; 324:11
**careers** 268:20; 269:10
**careful** 150:10
**careless** 344:13
**carried** 80:17, 24
**carry** 80:9, 12, 21; 81:5; 301:24
**cars** 197:8
**Carter** 5:8; 93:13, 14, 16, 17; 94:2, 18, 20, 21; 95:9; 97:5, 21, 24; 98:2, 3; 129:3; 132:9, 13; 146:11, 21; 213:9; 225:19, 21; 234:8; 321:13; 329:21, 23; 374:14; 387:17, 22; 388:4, 17
**Carter's** 235:2
**case** 9:12; 28:16; 37:24; 41:4; 106:11; 109:9; 118:16; 129:2; 175:11, 13, 21; 198:20; 385:18
**castigated** 89:11, 16, 25; 90:6; 98:6; 99:4; 100:6, 8, 11, 17; 101:12, 24; 102:6
**category** 230:15; 232:20
**caught** 199:23; 276:8, 24; 297:23, 24; 298:11
**cause** 260:6; 262:5, 13, 19; 263:12; 264:11; 265:8, 14, 20; 266:5, 9, 24
**caused** 323:19
**causing** 54:25
**CCS** 192:5
**CCSO** 155:4; 166:6; 177:24; 178:5; 179:15; 186:10; 357:4, 10, 10; 358:14; 359:8; 361:24; 362:3, 12, 15, 23; 363:3
**CCSO0083** 147:25
**ceiling** 214:23
**cell** 45:22
**certain** 11:20; 19:11; 23:11, 18; 42:13; 68:12; 109:4; 135:19; 217:12; 240:13; 251:19, 21; 261:2, 6; 272:18, 19; 301:6; 314:10; 315:18; 335:18, 22; 372:20; 383:15
**certainly** 205:16; 391:4
**certificate** 157:25; 158:4, 6
**certificates** 121:3
**certification** 292:19; 301:8; 303:18; 304:11
**certified** 121:13; 122:7;

124:17; 243:13, 15; 245:6; 294:4; 301:10; 360:13, 20; 361:8
**certify** 359:22; 360:4, 10, 12; 390:16
**chain** 59:20; 219:21
**chair** 291:21; 292:3
**chairs** 292:3
**challenging** 143:25
**chambers** 113:6
**chance** 82:6; 199:8
**change** 74:20; 199:18; 206:21; 273:21
**changed** 214:12; 389:22, 25
**changes** 273:10
**character** 340:10
**characterization** 11:19; 279:23; 280:19; 281:11
**characterizes** 297:5
**characterizing** 236:6; 297:3
**charge** 192:18
**chauffeur** 307:22; 309:6, 18, 19
**chauffeured** 309:3, 10, 17; 313:13
**chauffeuring** 308:19; 311:16; 312:6
**check** 188:11; 197:7; 199:11, 13; 250:21; 330:7
**checks** 152:4
**Chester** 67:4, 6; 68:8; 69:8; 70:24; 71:5; 72:11; 118:22; 119:2; 146:16; 384:20; 385:2; 390:2
**chief** 19:22; 43:8, 9, 11, 11, 12; 45:11; 50:7; 51:8, 10, 10, 11, 17; 52:14, 21, 22; 54:11; 104:25; 105:17; 108:13, 17, 18, 21; 169:12; 170:8, 23; 183:16, 21; 202:3, 4; 204:22; 223:17, 23, 24; 253:22; 262:22; 288:17, 19, 20, 24; 290:11, 12, 16; 291:3, 8; 292:2; 335:12
**chief's** 292:2
**choose** 384:13
**Christian** 117:17, 21
**Christine** 6:12
**cigarettes** 332:24
**circulated** 60:23
**cite** 221:3; 261:6
**citizens** 257:25
**City** 113:10; 190:25; 229:24; 246:24; 247:8; 301:23; 302:5, 7; 324:25; 325:19, 20
**Civil** 6:16; 61:15, 18, 24; 62:7, 9, 14, 17, 19, 21; 66:19; 67:11, 15, 24, 25; 68:5, 8, 12, 16, 23; 69:12, 23; 71:5, 11, 12, 16, 22; 72:12, 14, 23; 73:3, 7, 14,

21; 75:17, 23; 76:5; 77:9; 119:13, 18, 19, 23; 121:14, 15; 122:5; 123:22; 143:16, 17; 144:8, 18; 194:8; 217:15, 18; 218:9, 13, 18; 219:6, 7, 16; 220:2, 24; 223:15; 228:18; 242:21; 268:18; 294:5; 295:11; 302:3; 303:25; 378:23; 379:23; 380:3; 382:24; 384:15, 24, 25; 385:15, 19; 388:11, 24; 389:7, 11
**CJ's** 314:17
**claim** 54:2, 5; 139:6, 12, 16; 140:4, 8; 141:5, 16; 144:4, 12, 19; 171:18
**claiming** 53:20
**claims** 144:14
**clarify** 26:22
**class** 380:16, 19, 24
**clean** 127:24; 315:8
**clear** 10:16; 54:9; 127:25; 150:18; 185:23; 207:6; 261:11
**clearance** 148:9, 24
**clearing** 144:2; 220:18
**Clearly** 314:6
**click** 314:11
**client** 8:4; 142:24; 145:7
**clients** 143:15, 18, 24; 144:11
**closed** 162:6; 183:19; 270:3; 321:6
**clue** 257:24; 365:4
**co-payments** 373:15
**code** 246:25
**codes** 247:5, 7
**cold** 308:5
**college** 138:9
**Collier** 18:25; 19:6, 17; 20:11, 20; 21:23; 22:7, 13, 23; 23:2, 10, 17; 24:17, 23; 25:14, 20; 26:2, 25; 28:3, 20; 29:3, 8; 33:6, 9, 17; 34:7, 23; 35:13; 36:4, 11; 39:3, 22; 46:7; 49:2; 82:3; 83:23, 24; 148:4, 21, 22; 150:21; 151:18; 153:6, 15; 154:22; 155:10; 156:5, 10; 157:9; 161:24; 164:5, 17; 165:3, 10, 15; 166:16; 167:11, 14, 20; 177:10; 178:14; 179:19, 24; 180:5; 262:17; 266:11; 327:5; 328:14; 335:14; 357:17, 19; 362:4, 17
**column** 358:23
**coming** 99:13; 130:2, 8, 12, 18; 204:7; 216:16; 223:19; 274:21; 308:14, 16
**command** 216:12; 219:21; 270:10; 314:10
**commenced** 320:22
**comment** 183:22; 184:16; 345:12; 376:19

**comments** 11:21; 40:23; 42:13; 50:2; 233:16; 240:13; 267:7
**committing** 192:25
**common** 258:4, 7
**communication** 351:20
**communications** 53:22; 54:4; 59:20; 92:25; 104:9, 13
**companies** 345:20
**comparable** 79:24
**compare** 185:23
**compared** 116:24; 371:10
**comparing** 185:24
**compensated** 116:16
**competitive** 364:18
**complain** 201:19; 204:18, 23; 208:8, 10, 18, 20, 24; 209:8, 11; 214:7; 217:17; 281:25; 312:3, 5, 9, 12, 15, 17, 20, 23; 313:10, 11, 16
**complainant's** 256:11
**complained** 195:10; 201:16, 18; 202:12, 19; 210:10, 20; 272:22, 23; 281:24; 283:13, 21; 285:3, 7; 313:18
**complaining** 208:13; 211:10; 213:21; 227:9; 276:13; 279:13; 284:18, 23; 383:4
**Complaint** 5:2; 9:16, 23; 10:5, 18; 11:2; 16:8, 11, 22; 17:10, 13, 17; 18:2; 29:20; 38:3; 41:9; 42:7; 62:6, 16; 71:12, 14; 72:20; 84:17, 18, 21; 104:5; 107:22; 108:25; 109:4, 8, 20; 118:2, 18; 126:19, 21; 171:7, 12, 17; 194:16, 22; 206:4; 209:18; 210:13; 211:11; 215:17; 218:12, 17; 222:10; 229:4; 256:16, 17; 278:12; 281:19; 282:5, 9, 17; 283:11; 284:12, 17; 299:10; 303:21, 23, 24; 304:4, 8, 9; 313:23; 321:22; 353:20; 354:12, 16, 17; 356:17
**complaints** 124:6, 8; 205:24; 207:15; 208:3; 215:20; 218:7; 219:9, 17; 220:4; 221:25; 278:13, 17, 21, 23; 279:4, 18, 19; 280:17, 18, 23; 281:4, 6, 7, 8, 9, 13; 282:20, 24; 283:6, 20; 383:12, 13
**complete** 338:8; 359:24; 360:6
**completed** 381:7
**completely** 117:24; 336:6
**completes** 391:10
**completion** 193:16
**compliance** 119:14, 20

compounded 301:4

computer 212:6; 227:21;
298:13, 15; 343:14;
375:15

computers 228:3;
331:22

concern 150:9; 161:25;
354:17

concerned 28:9; 68:4;
121:25; 125:19; 180:20;
330:15; 331:8

concerning 8:2, 9; 11:21;
30:24; 31:20; 34:8; 36:4,
11; 39:3, 20; 50:2, 25;
51:6; 56:7; 59:2; 60:25;
68:16; 103:9, 20; 107:22,
24; 109:9, 19; 133:24;
153:4; 154:21; 178:18;
182:3; 215:20; 217:19;
219:9, 16; 220:4; 221:17;
228:8; 229:10; 275:5, 13;
278:25; 281:13; 282:16;
299:11; 317:2; 331:20;
336:18; 338:6; 346:3, 6;
351:15; 363:5; 370:17, 19

concerns 228:13

concerted 18:21;
293:25; 294:10

concluding 372:12

conclusion 83:20; 86:23

condition 21:25; 22:9

conditional 162:5

conditions 359:19, 22;
360:4

conduct 226:14, 17;
228:7, 12; 229:9, 18, 19;
269:25; 299:4

conducted 193:15

conducting 246:5

confidential 132:2, 20;
133:8; 146:4; 385:15, 16;
390:13, 23; 391:8

confidentiality 131:2;
135:15; 383:9; 385:6

confiscate 304:16;
305:3, 12

confiscated 256:12, 15;
305:13

confrontation 247:11

confronted 89:10, 15,
24, 25; 90:5, 13; 98:5;
99:5; 100:5, 10, 17;
101:12, 23; 102:6; 103:4

connection 142:10;
372:22; 373:11

CONNOLLY 6:7, 7;
372:14, 19; 376:20

consider 80:7; 196:22

consideration 344:20

considered 382:5, 9

consistent 150:13

consolidate 289:17

conspiracy 143:16;
144:8, 18

conspirated 232:4, 7

constable 64:15, 23;

90:20

constantly 274:22; 322:9

constituted 269:25

constitution 221:4

constructively 353:3;
355:5

consult 7:18, 20

consulting 373:12

contact 51:17; 52:14;
264:23; 265:4, 5; 335:6, 9,
15, 24

contacted 33:6; 52:20;
265:3; 266:18; 335:20

contained 73:6

contains 67:13; 68:12,
24

continue 272:21

continuing 269:18

continuous 158:24;
159:6

control 12:22; 44:6

conversation 17:24;
42:18; 43:17, 21, 23;
44:17; 46:12; 47:22;
49:25; 50:15, 18, 25; 51:6;
52:7, 12, 16, 18; 53:14, 16;
54:7; 58:11; 59:2, 6, 11,
21, 25; 92:7; 93:15; 94:3;
96:11, 17; 135:17; 146:2,
4, 15, 16; 164:14; 178:19;
225:13, 15, 17, 22, 24;
233:3, 6, 10; 235:17;
278:9; 303:12; 375:23;
384:6; 387:12; 388:7

conversations 11:16;
44:25; 45:14, 16; 91:25;
92:13, 19; 93:4; 95:20;
209:16; 331:18

convicted 190:8

cop 103:3; 116:13;
135:21; 189:23; 190:6, 8,
11, 15, 17; 200:24; 302:11;
303:7, 9; 323:23; 324:2, 5,
8; 330:22; 339:9

copies 28:21

cops 190:2; 196:4, 6, 11;
199:17; 256:25; 302:18

copy 9:22; 10:18; 13:13;
29:4; 374:6

corner 200:13; 212:20,
21

correctly 72:19; 274:15;
298:25; 344:23; 358:7

correspondence 206:11

corruption 194:6, 15;
195:23, 25; 196:22;
197:17, 20; 201:25; 202:9,
15, 21, 23; 203:2, 6, 10;
204:10, 15; 205:21;
217:20; 219:17; 220:5;
289:17; 305:22; 379:19

coughed 196:15

counsel 5:20; 7:19, 20;
17:24, 25; 92:23, 24, 25;
142:14, 16, 17; 196:15

Counselor 223:6

County 5:24; 6:12, 14,
14, 15; 18:25; 19:6, 17;
20:11, 20; 21:23; 22:7, 14,
24; 23:2, 11, 17; 24:17, 23;
25:14, 20; 26:2, 25; 28:3,
20; 29:3, 8; 33:6, 9, 17;
34:7, 24; 35:13; 36:4, 11;
39:4, 22; 46:7; 49:2, 22;
55:9; 56:21; 58:23; 75:10;
76:22; 78:9; 81:20; 82:3;
83:23, 25; 89:18; 100:2, 5,
24; 119:12; 130:22;
132:24; 133:5, 16; 148:4,
21, 22; 150:22; 151:18;
153:6, 15; 154:22; 155:10;
156:5, 10; 157:9; 158:2, 3,
8, 13, 17, 23; 159:5, 15,
19; 161:24; 163:10; 164:6,
17; 165:3, 11, 15; 166:17;
167:11, 15, 21; 177:10;
178:14; 179:19, 25; 180:5;
186:21; 188:8; 190:15, 18,
22, 23; 194:8; 217:14, 18;
218:8, 13, 18; 220:23, 24;
242:21; 244:16, 19, 20;
247:7; 262:17; 264:15;
266:11; 268:3, 18; 292:20;
294:5; 295:12; 301:4, 10,
13; 303:15; 304:2; 321:15;
325:4, 7, 24; 327:5, 11;
328:14; 331:17, 20;
335:14; 339:11; 350:5, 24;
351:12, 21; 357:17, 20;
362:5, 17; 364:17, 20;
367:16; 376:25; 379:22;
380:3, 9, 25; 382:17, 24;
385:15

county's 382:20

couple 12:14; 19:7, 12;
25:6; 74:5; 100:19;
131:20, 22; 135:10; 139:3;
195:13, 14; 201:6; 279:20;
284:16; 287:22; 293:19;
323:8; 379:17

course 51:21; 60:16;
171:2; 265:9; 266:21, 25;
281:8; 336:14; 351:24;
352:3; 380:11; 381:8

Court 5:11, 15, 17, 18;
6:22; 8:13; 9:17, 22; 15:14;
17:11; 82:18; 111:10;
112:6, 9, 11, 14, 24; 113:5;
114:8, 19, 21; 115:11;
175:21; 188:12; 189:21;
204:12; 208:2; 332:5, 7;
345:14; 372:6; 391:6

courtesy 391:4

Courtney 6:8

cover 100:23; 320:12, 17

created 84:10; 85:20

criminals 299:3

cronies 200:9; 235:19,
20

cronyism 289:17

cross 34:10; 180:12, 15;
181:8, 19, 24; 263:24

Cross/Blue 373:18

crossed 30:14; 31:9, 13;
32:6, 8; 34:16, 18; 181:6,

11; 263:15, 18

crosses 29:17

crossing 180:23; 181:15

cruelty 350:11

crying 113:3

Cuban 189:9

current 118:18

cursed 201:7

custody 12:22; 44:6

cuts 11:16; 230:12, 18;
232:19

CVS 373:8, 9


# D

D 151:6; 260:10

DA 91:11, 18; 103:8, 13,
14; 104:9, 14; 105:2, 18;
106:10

DA's 90:22; 92:5, 7, 8;
101:8

damages 144:19

damaging 61:13; 66:17;
67:9, 13; 68:25; 69:21;
73:5, 12, 20, 23; 74:13

damn 100:2; 200:17

danger 248:15; 300:24;
301:5

dangerous 204:13, 15;
251:24; 270:2

dark 308:7

date 11:20, 24; 12:6;
13:19, 24; 15:2; 21:21;
26:8; 62:5, 15; 63:2, 19;
112:9, 11; 140:25; 141:7;
147:5, 6, 12; 148:19;
160:6; 168:20; 171:23;
193:15; 213:2, 18, 19;
218:21; 228:14, 15, 16;
247:22; 284:6, 8, 9; 285:5;
286:4, 6, 11; 349:3; 358:5;
359:15; 360:18; 361:7, 7;
379:25

dated 139:13, 16; 140:4,
20; 147:20; 148:12; 149:8;
151:8, 18; 154:24; 155:10;
176:21; 211:16; 349:24;
359:5, 11; 360:14; 364:6,
14

dates 64:12; 138:24;
293:21, 22

daughter 27:20

Dave 209:9; 211:4

Davies 324:13

day 50:5; 63:23; 96:19;
104:14, 17; 105:5; 106:4;
107:7; 108:13; 112:6;
114:8; 131:19, 20, 22;
141:10; 184:14; 199:13;
206:19; 213:4, 6, 6, 8, 12;
218:15, 22; 219:5, 8, 18;
220:3; 225:6; 228:17, 20,
23; 229:21, 24; 230:19, 22;
231:4, 20; 241:10; 247:14;
249:24; 258:3, 3; 275:2;
277:3; 278:14, 24; 282:11;

284:13; 287:6, 8, 16;
288:11; 291:19; 299:17,
20; 302:21; 303:3; 358:8;
380:5; 382:24; 384:19, 22,
22; 385:3, 4; 386:2; 389:6;
391:20

days 12:13; 25:6; 119:10;
131:15, 18, 20, 22; 199:13,
14, 14, 15, 15, 15; 200:15;
305:23; 306:6, 24; 307:3,
5; 380:5

dead 113:9

deal 7:24

Deborah 341:8

deceive 142:8; 221:8, 17

deceiving 220:19

December 285:22;
287:5, 6, 13

deception 193:7, 18

deceptions 150:14

decided 76:22; 128:22;
324:18

decision 22:16; 23:3;
144:2

defamatory 169:16, 20;
258:20; 261:2, 13, 24;
267:7, 19

defamed 53:21; 54:3;
85:8; 169:4; 336:17;
338:21; 351:16, 22;
373:20

defendant 5:23; 6:9;
268:22; 269:24

Defendant's 5:3; 9:20;
15:5; 147:21; 149:9;
151:9; 154:25; 163:23;
176:22; 177:20; 178:2;
179:12; 186:7; 192:2;
211:17; 255:24; 257:9;
333:9, 13; 340:20; 342:7;
346:15; 349:18; 353:21;
357:6; 361:25; 362:13, 24;
363:20; 379:10, 13

defendants 5:10, 23, 24;
6:13; 15:19; 28:15;
220:22; 226:12; 242:19;
258:19; 261:12; 268:17

definitely 133:8; 149:15;
184:5; 254:2; 274:4

deliberately 268:19;
269:9

delivery 151:14

denied 18:23; 151:24;
153:16; 164:5; 165:14;
168:22

Dennis 49:17

Department 6:15, 16;
54:24; 55:2, 7, 20; 56:19;
78:10, 25; 100:22; 121:16;
143:17; 158:3, 10, 14;
159:5, 18; 170:5, 9;
182:21; 183:3, 17; 190:25;
194:9; 217:15, 18; 218:9,
14, 19; 219:16; 220:2;
228:18; 243:25; 264:15,
17; 267:7; 289:19; 292:17;
294:5; 295:12; 301:4;

JOSEPH NOTO,
September 9, 2008

Case 2:07-cv-01215-SJF-ETB   Document 145-108   Filed 04/15/10   Page 153 of 169   PageID
#: 4865

EDWARD CARTER, FRANK FIORILLO, KEVIN LAMM, v.
INCORPORATED VILLAGE OF OCEAN BEACH

303:15, 25; 304:5, 7, 10;
315:7; 317:13; 320:25;
321:5; 324:25; 325:4, 7,
10, 19, 20; 326:3, 11, 23;
327:7; 330:6, 14; 331:8,
14; 332:14, 18; 333:24;
334:2; 335:8, 19; 336:2, 8,
19, 25; 337:20; 338:5, 21;
340:2, 14; 341:8, 16;
346:23; 347:14, 18, 25;
348:9; 349:7; 358:21;
364:24; 379:20, 22; 380:3;
381:25; 382:7; 384:16;
388:12

**departments** 327:11, 12;
337:2; 380:23

**depends** 194:19; 370:24;
371:2, 4

**deposed** 8:8

**deposition** 5:6; 7:17; 8:2,
5, 22; 9:6, 13; 66:13;
140:9; 214:24; 215:6;
351:8; 370:17; 390:23;
391:2, 11

**deprived** 220:25

**deputy** 18:24; 22:25;
169:12; 183:15; 291:8

**derogatory** 184:25;
185:13; 319:16; 320:5

**describe** 365:15; 366:4

**description** 365:11, 13,
22

**desk** 71:24; 206:10

**destroy** 216:19

**destroyed** 95:7; 170:6;
215:25; 216:9, 13

**detail** 365:16; 366:4

**details** 93:23; 187:9;
195:21; 197:18

**detectives** 188:11;
189:7; 191:9

**detector** 35:14, 15, 19,
22, 23; 36:5

**determine** 345:23

**determined** 316:6

**detriment** 353:4; 355:6

**devote** 117:17, 21

**DI** 18:4; 118:7; 345:7

**Diane** 362:16; 363:5

**difference** 34:12; 185:5,
6; 342:24; 343:5

**different** 11:18; 100:24;
101:6; 205:11; 240:9;
246:25; 247:8; 307:22;
308:20; 321:20; 343:3

**differently** 232:10

**Diggle** 90:19, 24

**dinner** 254:15, 15

**diploma** 138:8

**direct** 379:17

**direction** 84:11; 85:21

**directly** 54:25; 327:22, 24

**director** 56:20

**dirty** 250:19

**disagree** 145:2; 184:5

**disarray** 386:17

**discharged** 353:3; 355:5

**disciplinary** 152:2, 13;
153:3, 17, 25; 154:5; 156:6

**disciplined** 153:8, 9

**disclose** 11:11; 162:3,
11; 390:25

**disclosed** 132:7; 152:3;
162:21

**discrimination** 242:23

**discuss** 66:12; 142:24;
143:2; 340:9; 369:21

**discussion** 75:2; 217:5;
289:8; 290:22; 375:25;
376:4; 385:5

**discussions** 94:11

**disgusting** 127:16, 19,
21

**dishonest** 239:14, 23;
240:5, 7, 14; 241:13;
242:7; 259:12, 15

**dismissed** 175:12, 14,
22; 189:21; 192:19

**dispatch** 212:5; 310:19

**dispatching** 197:24

**displayed** 150:12

**disputes** 298:3, 4

**disregard** 146:3; 341:13

**disrespect** 238:17

**distinction** 296:21;
297:3, 6

**distress** 355:3

**District** 5:11, 11; 103:19;
105:13; 107:8; 321:15

**divorce** 172:13

**doc** 373:2

**dock** 213:24; 236:20

**docket** 172:3

**doctor** 322:4, 9; 323:2

**document** 10:10; 13:21;
14:17; 16:18; 28:24; 29:7;
30:22; 31:11, 13, 24; 32:3,
21, 25; 33:14, 16; 34:2, 7,
14, 19; 39:6; 40:12; 41:3,
8; 44:15, 20; 63:7, 14, 16;
66:16; 67:12; 68:16, 20,
22; 77:9; 83:25; 115:22;
117:9; 147:18; 148:4;
149:7; 151:6, 8; 154:23,
24; 155:13, 16, 19; 163:21,
22; 166:11; 167:9, 20;
169:9; 171:20; 176:20, 21,
25; 177:6, 10, 17, 19, 25;
179:3, 10, 11; 180:4, 8, 12;
184:3, 7, 20; 185:11;
186:4, 6, 12; 191:24, 25;
192:9, 13, 14, 21, 24;
193:5, 22; 211:15, 16, 21,
25; 212:4, 8; 215:16;
223:15; 255:22; 265:12;
266:7, 10; 305:6; 333:7, 8;
337:19, 25; 338:3, 20;
340:18, 19, 25; 341:24;
342:3, 5; 346:13, 14;
349:16, 17; 351:4, 9;
353:19; 357:3, 4, 14, 16,

18; 361:2, 23, 24; 362:11,
12, 22, 23; 363:17, 18;
364:10, 14, 23; 365:8

**documentation** 24:16,
21; 25:19; 335:25; 351:14,
17, 18, 19

**documents** 12:21;
25:13; 26:2, 21, 25; 27:10;
28:3, 9, 14, 20; 36:3, 11;
37:9; 44:5, 10, 24; 66:3;
70:21; 83:22; 154:21;
166:16, 17, 23; 167:5, 11;
175:22; 178:13; 179:18;
206:15; 215:25; 216:9, 14,
20; 266:16, 20, 23; 341:17;
370:15, 19; 372:4

**dog** 250:18, 19

**domestic** 298:3, 4

**Donaho** 35:3, 3, 4, 7, 12;
37:24; 39:3; 42:12, 18;
43:18, 19, 20; 44:18; 45:2,
14, 17; 47:5, 15, 21; 49:24;
50:9, 24; 51:5, 19; 52:9,
11, 17, 17; 53:7, 15, 22;
54:4, 14; 262:24; 263:2

**Donaho's** 47:12

**done** 82:8; 86:15; 91:10;
155:6, 8; 165:22; 178:7;
186:13, 16, 23; 192:7;
226:20; 244:23; 246:6;
289:2; 317:22; 357:12;
369:23

**Donovan** 6:5

**door** 201:4; 214:16

**Douglas** 140:14

**down** 23:4; 37:13; 42:23;
43:3; 69:17, 19; 122:24,
25; 137:13; 190:20; 223:8,
18; 230:11; 253:3, 24;
255:10; 260:9; 326:6;
341:12; 368:11, 25; 388:8

**Dr** 323:3; 372:20, 24;
373:13

**draft** 223:3

**drafted** 333:19; 351:9

**drew** 86:22

**drink** 196:19; 200:14;
253:16; 306:2, 3, 10, 14

**drinking** 196:4, 5, 6;
210:15, 17; 253:5, 12;
255:13; 280:2; 299:11;
315:20; 317:3, 12

**drinks** 255:11; 319:8

**drive** 76:25; 77:10; 200:4;
249:20; 250:12, 17, 22, 23;
251:4; 264:17; 286:14;
287:9, 10

**driven** 312:24

**drives** 199:23

**driving** 197:11; 199:10,
23; 252:6, 9, 13; 253:8;
285:8; 286:22, 23; 310:2;
312:10

**dropping** 197:2

**drove** 200:2; 250:20

**drug** 196:9

**drugs** 196:10, 10, 19, 19;

18; 361:2, 23, 24; 362:11,
297:24; 298:5; 315:22;
322:23, 23, 25

**drunk** 196:8; 197:6, 11;
199:11; 200:19; 201:10;
229:25; 251:6, 9; 284:20;
286:14, 23; 287:10, 10, 12,
15; 288:5, 12

**drunken** 197:5; 200:18;
251:4, 4; 284:19; 285:8

**due** 18:25; 22:9; 24:12;
144:3; 151:25; 153:16;
183:23; 221:2

**duly** 6:25; 295:11

**dumb** 184:10

**during** 9:6; 52:12; 70:24;
94:10; 105:14; 109:15;
110:25; 132:19; 133:20;
137:19; 152:3; 214:24;
224:3, 9; 226:5; 232:22;
233:3, 5, 9; 242:5; 251:17;
277:10, 14; 284:21;
307:21; 328:24

**duties** 43:14; 278:5

**duty** 80:25; 81:6; 107:4;
196:7; 249:21; 253:6, 15;
254:2; 284:19; 287:23, 25;
288:4; 294:4; 302:4, 6, 12;
307:21; 314:12

**dye** 22:3; 148:17; 149:4

**Dyer** 124:11

# E

**E** 260:4, 10, 20; 262:3, 3;
362:16; 363:5

**e-mailed** 347:21

**earlier** 300:3; 305:20;
332:13; 352:7; 355:8;
373:19; 375:5, 17

**early** 353:2; 355:4, 21

**East** 124:16, 18

**Eastern** 5:11

**eat** 200:14

**Ed** 93:13, 14, 16, 17;
129:3; 132:9, 13; 146:11;
335:15; 387:22; 388:4, 17

**Eddie** 387:17

**education** 163:14

**educational** 334:14;
339:6

**Edward** 5:7; 19:23;
351:5; 374:14

**effort** 270:3; 294:2, 10,
17, 22

**efforts** 18:21; 38:8

**eight** 289:14; 306:11, 12;
307:5

**Einick** 273:13, 14, 24;
275:4, 6

**Either** 86:25; 96:5;
107:17, 18; 116:4; 147:14;
270:4; 305:21; 309:10;
316:8; 365:8; 368:23;
384:22

**else** 31:9; 32:2, 20; 38:2;

43:2; 48:6; 49:20; 56:14;
59:11; 63:7, 16; 71:10;
83:6; 93:18; 96:20;
163:16; 198:16, 21;
199:19; 203:17; 204:21;
237:23; 242:10; 274:13;
287:20; 309:14, 17;
343:12; 387:11; 389:13

**else's** 246:11

**embarrassed** 201:14

**Embry** 239:6, 7; 375:24;
376:2

**emergency** 158:5, 11

**emotional** 321:23; 322:5;
355:3

**Empire** 373:18

**employed** 75:19; 122:14;
123:25; 212:11; 222:6;
231:8; 280:22; 281:15;
329:14; 358:10; 360:25;
381:24

**employee** 95:22; 96:12;
161:10; 190:10; 243:24;
364:23

**employees** 260:14;
262:4; 291:14

**employer** 152:2, 14;
153:4, 8, 10, 17; 156:7;
262:12; 266:8, 18, 18;
330:9; 335:7; 344:20

**employers** 82:13; 162:4,
12, 22; 260:5; 348:17

**employment** 11:21;
38:8; 55:2; 79:24; 104:15,
18; 107:8; 156:22; 162:5;
183:8; 213:3, 12; 218:23;
219:8, 19; 220:3, 13;
225:6; 242:24; 278:15, 25;
282:12; 284:14; 299:18,
20; 300:10; 302:21; 303:4;
330:16; 348:8; 354:18;
357:21; 358:17, 18;
364:12; 366:6; 371:16;
372:5

**empty** 276:12, 14

**encouraging** 319:18

**end** 18:22; 38:15; 200:7;
208:23; 289:3, 6

**endemic** 194:5, 14;
195:22, 25; 196:22;
197:17, 20; 201:24; 202:8,
15; 203:9; 217:19; 219:17;
220:4; 242:25; 379:19

**ends** 40:3; 74:23; 154:12;
217:2; 353:11

**enforcement** 18:24;
65:5; 79:25; 80:5, 6, 8, 10;
156:18, 23; 157:4, 16;
158:5, 14, 23; 159:21, 24;
160:7; 163:11, 15; 239:15;
242:8; 314:7; 320:23;
324:12, 22; 327:6; 328:10,
17; 329:17; 333:2; 339:10;
342:21; 361:8; 367:25

**engage** 229:11; 307:24;
308:21; 320:12, 16

**engaged** 194:9; 202:8,
21, 22; 203:2, 5; 378:13,

17

engaging 220:14

English 189:9, 10; 297:5

enough 73:4; 83:11

entered 145:16

entire 229:9; 300:10;
326:3, 23; 327:8

entirety 279:17; 280:22

entitled 220:21; 221:10,
18; 222:4

entries 374:11, 15, 18,
21, 24; 377:12, 17

equate 352:16

Eric 49:17

error 163:12

escapade 309:10, 20, 21;
310:9; 312:7; 313:14

escapades 307:25;
308:22; 309:5

especially 87:8; 231:22;
304:21

established 16:17; 110:2

establishment 254:18,
19, 25

et 5:8, 9

ethic 340:10

evaluations 382:12

Eve 287:8

even 58:3; 73:2; 75:24;
99:21; 105:6; 117:8;
129:8; 142:14; 174:14;
186:19, 21; 214:14; 230:5,
9; 232:9; 233:19; 234:4,
15, 18; 236:14; 249:15;
250:4; 292:17; 301:8;
302:25; 307:14, 15;
314:13

evening 376:22

event 21:22; 107:24

events 21:14; 114:5;
191:5

everybody 48:9; 115:25;
203:22; 228:3; 230:23;
253:24; 256:24; 258:11;
268:2, 2; 303:12; 326:7;
331:17; 375:14

everybody's 246:9

everyday 257:2; 268:4

everyone 74:12; 227:25;
231:7; 257:4

evidence 132:6, 12;
146:7; 216:4, 8; 262:16;
267:18; 269:2, 7; 336:16

exacerbated 301:5

exact 58:8; 63:19, 23;
64:11; 318:8, 9; 366:10

exactly 198:12; 204:6;
332:19; 388:15, 15

EXAMINATION 7:4;
150:11, 15; 193:15, 17;
332:10; 334:11; 364:18;
366:11; 372:18; 377:3

examined 7:2

example 54:21; 98:14,
20, 25; 99:3, 6, 11; 182:17;

248:21; 300:5, 9

examples 98:16, 23;
100:4; 196:21; 197:17, 19;
198:25; 204:18; 205:22;
217:19; 218:7; 261:7, 23;
300:19; 305:21

excellent 48:10; 179:7;
193:20; 263:16

except 5:23; 373:14

Excuse 90:17; 97:6;
113:21; 142:25; 145:19;
208:20; 224:24; 266:22

excused 143:13

execute 13:5

executed 358:8

Exhibit 15:5; 140:9;
147:19, 24; 149:7, 12;
151:6, 7, 11; 154:23;
155:4, 6; 163:21, 25;
165:18, 21, 24; 167:10;
176:20, 24; 177:17, 18, 23;
178:5; 179:10, 15; 185:11,
24, 25; 186:5, 10; 187:4;
191:24; 192:5; 193:25;
211:15; 257:7; 263:11;
289:13

Exhibit-1 5:3; 379:13

Exhibit-10 186:7

Exhibit-11 192:2

Exhibit-12 211:17

Exhibit-13 255:24

Exhibit-14 257:9

Exhibit-15 333:7, 10, 13;
342:2

Exhibit-16 340:18, 21,
23; 341:2, 7, 25

Exhibit-17 342:4, 7, 12

Exhibit-18 346:13, 15,
18, 18

Exhibit-19 349:16, 19, 21

Exhibit-2 147:21

Exhibit-20 353:19, 21,
24; 354:9

Exhibit-21 357:6, 9

Exhibit-22 361:25

Exhibit-23 362:13, 16

Exhibit-24 362:22, 24

Exhibit-25 363:20, 23

Exhibit-3 149:9

Exhibit-4 151:9

Exhibit-5 154:25

Exhibit-6 163:23

Exhibit-7 176:22

Exhibit-8 177:20; 178:2

Exhibit-9 179:12

Exhibit-A 379:10

exist 46:6

exists 67:12; 97:16

exited 332:6

expect 50:3

expected 129:25

experience 156:17;
157:6, 16; 159:7, 25;
161:19; 164:18; 165:13;

328:11, 17; 334:13; 339:5;
348:13; 365:12, 13, 22

explain 23:11, 18;
136:20, 24; 137:21;
138:14; 185:7; 188:3;
189:2; 212:7; 385:17

explained 43:10; 50:15;
82:5; 86:17; 130:21;
185:8; 189:19

explanations 206:17

explicit 40:23

explicitly 36:18; 37:18;
38:20; 39:2, 21; 40:7

exposed 355:2

express 385:10

extent 7:11; 13:19; 15:23;
16:7; 46:6; 66:21; 69:3;
83:19; 96:5; 122:6; 242:6;
301:19; 390:25

## F

face 176:12; 200:21;
201:22; 206:3; 316:16, 20;
387:21

face-to-face 378:25

fact 33:2; 34:18; 36:14,
16; 40:9; 41:7; 60:12; 63:8;
68:7, 15; 69:11; 108:11,
17; 140:20; 153:15; 156:4;
157:20; 161:8; 164:12;
165:10; 168:16; 173:22;
178:25; 209:8; 216:7;
231:13; 250:16; 271:10,
12, 16; 298:6, 10; 312:10;
328:19, 21; 329:13, 23;
340:5; 349:10; 351:4;
388:10

fail 244:18, 20

failed 35:13, 15; 148:16,
22; 149:21; 162:11;
244:15; 292:17; 380:21

failing 220:16

failure 162:3; 331:13;
334:16; 370:18

Fair 73:4; 109:18; 182:17;
263:16; 279:23; 280:19;
281:11; 336:5; 348:5;
367:3

fairs 100:21, 22

faith 242:25

fall 144:12

false 19:2; 24:2, 12; 29:2,
8; 54:22; 55:5, 17, 22;
60:24; 61:13; 66:17; 67:9,
13; 68:24; 69:21; 73:5, 12,
20, 23; 74:12; 78:24; 79:4,
6, 10; 141:23; 142:7;
173:16, 25; 175:4, 8

familiar 68:5

families 89:10

far 50:6; 76:24, 25; 77:7;
280:9; 325:12

fast 71:7

fat 291:20

father 230:13; 232:23;

233:11, 17; 268:5

favorable 51:25; 150:17

favorites 89:5

February 285:18; 287:3

federal 15:14

feel 7:13; 167:2, 4; 307:13

feeling 263:22

felt 214:18; 373:20;
383:16

female 57:12; 102:8;
104:24; 315:14; 390:6

ferry 229:22, 22; 232:16;
236:16, 19, 21; 237:6;
247:20; 321:7; 376:8, 9

few 90:9; 138:23; 243:10;
280:23, 24; 281:16; 290:6;
297:15, 16, 17, 19; 300:14;
372:17; 376:25

field 334:13; 339:5;
381:6, 11, 13

fight 18:10; 134:2;
144:15; 273:22; 322:24

fighting 200:20

figure 43:16; 227:23;
331:25

figured 322:24; 387:16

file 10:19; 26:12; 62:25;
78:5, 13; 143:25; 171:18;
303:21; 354:13

filed 8:4; 9:16, 23; 15:14;
16:8, 24; 17:11, 20; 26:9,
15; 27:2; 36:19; 37:20;
38:21; 40:9; 41:9; 62:5, 15;
63:2; 71:11, 14; 109:8;
139:11; 171:6, 12, 16;
303:23, 24, 24; 304:4;
371:15

filing 9:11; 10:25; 25:11,
12, 14, 20; 26:5; 72:20;
104:4; 116:11, 14, 18;
139:5; 171:6; 173:16;
222:12; 352:22

fill 14:24; 30:5

filled 373:5, 7

filling 368:13

filthy 250:19

finally 249:18

finance 266:14; 332:15,
20; 333:24; 334:3; 335:20;
336:3, 8, 19; 337:21;
338:5, 22; 340:2, 14;
341:9, 17

financial 353:4; 355:5

find 14:22; 44:8; 46:20,
25; 47:2; 59:15; 117:11;
171:2, 3; 195:8; 249:24;
374:9

fine 14:10; 16:6; 22:22;
39:7; 66:11; 71:4; 74:18;
128:6; 147:17; 149:3;
176:2; 185:16; 186:2;
215:6; 222:17; 224:21;
226:10; 237:13; 367:8;
369:15

finish 56:5; 81:9; 129:18;
145:14; 218:16

finished 40:4

Fiorillo 54:23; 119:11;
136:14; 137:7, 23; 145:23;
146:20; 200:12, 21; 201:7;
211:9; 213:9; 224:12;
254:11, 21, 22; 256:4;
274:14; 276:24; 305:22;
306:9, 13; 374:17

fire 135:20; 224:14, 18;
225:2; 232:9; 324:13

firearms 301:7; 303:17;
304:11

fired 64:3, 4; 108:13, 17,
19, 20; 199:25; 200:8;
234:18, 21, 22; 243:5;
244:2; 245:16; 246:18;
248:15; 249:2; 262:18;
263:12; 265:7, 14, 20;
266:4, 9, 24

firm 5:15; 6:2; 11:12;
140:11, 24

first 6:24; 18:20; 19:5;
31:3; 45:8; 46:11; 47:22;
51:5; 61:19; 74:17; 90:18;
103:22; 117:20; 118:5;
161:23; 162:8, 24, 25;
163:17; 166:7, 11; 178:10;
180:19; 194:10; 198:4, 13;
203:21; 215:8, 11; 224:12,
16, 17, 25; 245:23; 247:24;
248:3; 261:4, 16; 264:21;
283:19, 21, 23; 285:12;
291:19; 293:6, 15; 299:10,
13; 308:9; 311:15; 315:4,
11, 13, 15; 319:23; 320:2;
322:19, 20; 323:10; 324:7;
334:19; 335:16; 339:18;
354:3; 373:25; 379:17;
382:6

first-hand 107:23;
109:21; 116:4

Fishbein 6:4

five 96:17; 161:6; 194:25;
199:14; 202:10; 269:16,
21; 284:15; 289:11; 311:5,
7, 14; 316:24; 317:10, 14;
327:17; 331:15, 24; 359:9;
389:3

five-minute 74:21

Five-page 163:22

fix 50:14, 17; 199:18, 21;
284:25; 285:10, 14, 17;
286:3

fixed 199:16; 285:25

fixing 284:23

flagrant 146:3

flat 199:12, 16, 19, 21, 22;
200:8; 284:24, 24, 25;
285:3, 10, 14, 17; 286:3,
11, 12

flats 285:25

Florida 18:24; 27:22;
36:19; 37:19; 38:21; 40:8,
21; 42:20, 22; 44:23; 45:6,
18; 46:7; 54:6; 82:2; 89:21;
186:21

flowers 268:7

flying 96:19

JOSEPH NOFI 2:07-cv-01215-SJF-ETB Document CARTER, et al. v. INCORPORATED VILLAGE OF OCEAN BEACH
September 9, 2008                                                    #: 4867
EDWARD CARTER, et al. v. ORIG 05 RE v/168 PageID

#: 4867 INCORPORATED VILLAGE OF OCEAN BEACH

**Flynn** 49:17

**focus** 23:7

**focusing** 280:16

**folder** 13:3

**follow** 14:8; 233:5;
339:25

**following** 85:7; 141:21;
149:7; 154:23; 177:17;
182:16; 194:4; 211:15;
220:10; 247:14; 249:23;
255:22; 258:19; 333:7;
340:18; 341:24; 342:3;
343:23; 344:3; 346:13;
349:16; 353:19; 370:16;
372:17

**follows** 7:3; 150:8;
293:24

**food** 255:4; 305:24;
306:3, 10, 14

**force** 295:4, 6, 16;
296:11, 12, 14; 356:9

**forced** 353:2; 355:3, 21,
25; 356:3, 14

**forcefully** 356:11

**foresee** 391:3

**forever** 65:9

**forget** 224:16; 264:16;
273:4

**forgot** 217:23, 25

**form** 117:20; 118:5;
220:22; 221:9, 19; 334:9;
388:14

**formal** 198:9

**former** 152:2, 14; 153:3,
8, 10, 17

**forth** 13:20; 15:10, 17;
109:20; 183:7; 194:4;
220:15; 268:16

**forwarded** 54:22; 78:24;
79:5, 11

**found** 43:7; 74:5; 131:2;
137:13; 213:6; 215:17

**four** 21:14; 86:12; 125:12;
140:16; 143:24; 144:4, 22;
150:7; 199:14; 207:21;
217:8; 238:18; 260:12;
284:15; 289:6; 316:24;
317:14; 327:16; 334:12;
339:4

**fourth** 150:3, 4; 173:7;
253:3; 297:5

**Frank** 119:21, 22, 25;
120:4; 131:13, 16; 134:12,
14; 137:25; 138:17;
200:12; 201:7; 211:9;
213:9; 224:11; 234:8;
235:9, 11; 256:4, 21;
274:14, 16, 17; 276:6, 24;
282:18, 21, 25; 283:5;
287:25; 307:13; 316:9;
374:17; 384:2, 4, 22;
388:22

**Frank's** 256:22

**free** 7:13, 16

**freezing** 145:9

**frequent** 253:16; 254:5;

288:18; 298:8; 319:8

**frequented** 314:12

**frequenting** 253:25;
319:4

**frequently** 315:5

**friend** 65:12; 88:3;
124:14; 137:10, 12; 189:6,
14; 235:2; 275:20; 319:25

**friendly** 298:8, 10

**friends** 103:7; 275:17;
276:2; 289:24, 25; 295:3,
5, 16, 17, 23, 24; 296:4, 9,
10, 13; 297:11, 18, 21, 22;
298:6, 25; 314:7; 320:7, 7;
375:10

**front** 126:14; 132:4;
164:2; 230:23; 231:6;
248:8; 256:13, 18; 259:4,
5; 274:12; 316:15, 20;
319:11; 383:6, 7, 8

**fuck** 227:11

**fucking** 113:8, 8, 11;
198:10; 227:15

**full** 276:14; 334:6

**full-time** 156:17; 157:6;
158:13; 159:7, 18; 161:9,
12; 165:12; 190:15, 17;
327:6; 328:16

**fun** 138:9

**fund** 116:17

**further** 280:3, 8; 355:2;
376:20; 386:20; 390:7

**G**

**Gail** 155:10

**garbage** 175:23

**Gary** 113:6; 203:16;
320:13

**gave** 47:8; 53:2, 4; 54:21;
55:19; 56:17; 58:6; 59:12;
60:8; 79:19; 133:18;
162:14; 170:21; 204:19;
248:22; 265:23; 322:10;
327:17; 373:3

**gender** 390:4

**gentler** 320:25; 321:5

**George** 19:21, 21, 25;
28:25; 30:20; 87:12;
92:14; 95:11, 13, 15;
102:25; 105:6, 24; 113:7;
126:11; 131:5; 132:9, 13,
16; 146:12, 15; 170:15, 17;
197:11; 199:17; 201:4, 6;
202:3, 4, 5; 203:5; 204:20;
214:8, 14; 216:12, 13;
225:14, 14, 16; 226:22;
229:23; 232:8, 17; 241:18;
244:21; 247:13; 248:8;
249:15; 259:7; 260:23;
262:8; 264:22, 24; 265:3;
267:20; 275:17; 276:3, 5,
15; 279:19; 298:16, 17;
308:17; 310:15; 316:13;
327:22, 24; 329:9, 12, 13,
20; 330:2; 331:14; 335:10,
16; 351:15; 358:9; 372:15;

376:14; 378:12, 18; 387:2,
7; 388:2, 8, 9, 9, 9

**George's** 137:9, 12;
275:16, 20; 276:2; 310:14;
319:25

**Gerden** 209:9, 9; 211:4

**German** 126:18

**gets** 184:24; 199:23

**Gilbert** 103:11; 105:15;
106:11; 237:20

**Gilly** 6:19; 140:11, 14

**girl** 63:4; 102:18; 200:20;
201:3, 14; 251:5; 308:8

**girlfriend** 250:18

**girls** 276:12

**given** 140:20; 161:8;
164:3, 17; 165:2, 10;
306:8; 370:14

**glad** 193:21

**God** 102:21

**goes** 18:16, 17, 18; 66:9;
81:21, 22; 82:21, 22;
85:17; 221:3; 260:9;
261:6; 333:4; 375:14;
376:16

**Good** 7:6; 30:12, 13;
34:11; 37:5, 7; 48:9; 51:13,
16; 52:6, 6; 53:5; 54:15,
16, 19, 19; 77:20; 94:24;
95:13; 102:20; 112:18;
116:9; 135:21; 154:11;
158:7; 182:17; 184:23;
192:13, 14, 21; 193:22;
227:20; 230:13, 13, 14;
232:23, 23, 24; 233:11, 11,
12, 16; 263:16; 273:18;
274:19; 308:18; 372:14;
373:2; 376:22

**good-bye** 238:22

**GOODSTADT** 6:17, 17;
10:22; 11:4, 8, 9; 12:8, 24;
13:6, 9; 14:3, 7, 12, 18;
15:2, 3; 16:3, 25; 18:4;
21:16, 20; 23:7, 10, 16;
29:23; 37:3; 39:5, 9, 14,
23; 40:11, 25; 41:5, 10, 12,
20; 46:8; 47:13, 18; 50:12;
53:17; 65:24; 66:5, 20;
67:16; 69:2, 14; 70:11;
71:2; 72:5, 25; 73:8; 78:11,
15; 81:8; 82:16; 83:18;
84:5, 22, 25; 86:24; 93:12;
94:9; 96:2, 4, 13; 98:17,
21; 108:3, 6; 109:23;
110:12, 21; 111:18, 23;
115:20, 23; 117:14, 22;
118:3, 7, 11, 16; 122:10;
125:11, 17; 127:8; 129:17;
136:12, 18; 138:20; 139:9,
22; 140:15; 141:15, 17, 19;
142:19; 143:4, 19; 144:23;
145:2, 10; 151:23; 152:6,
8, 12, 25; 153:14, 18;
156:8; 167:3; 169:8, 17;
171:15, 21; 172:17; 175:3;
182:6; 185:14, 22; 186:25;
187:7; 190:3, 13; 191:16,
20; 193:3; 194:24; 196:3;

199:3; 202:11, 20, 24;
205:14; 207:5, 11; 210:7,
21, 23; 212:13; 213:16;
214:21; 215:9, 13; 216:22;
221:11, 13, 21; 222:8, 14,
16; 223:2, 9; 228:9;
229:12, 15, 20; 231:9;
235:12; 237:7, 10; 243:7;
244:3; 251:7, 10; 255:19;
257:15; 259:20; 264:2;
267:9, 12, 21; 269:12;
270:17, 23; 271:17; 272:3,
16; 275:12, 21; 277:25;
279:22; 283:8; 294:12;
296:20, 23; 297:2; 299:7;
301:17, 21; 305:7, 25;
309:4; 310:12; 313:7;
318:3; 324:17; 326:25;
328:6, 12, 25; 330:18;
331:5, 10; 333:21; 336:9;
338:11; 341:19; 344:15,
24; 345:7; 346:5, 8;
348:11; 349:11, 14;
351:25; 352:11; 355:17;
356:5, 19; 365:9; 369:7,
12; 375:21; 388:3; 390:9,
18

**Goodstadt's** 140:24;
155:25

**grabbed** 200:23

**grade** 297:5

**graduate** 138:7; 380:8

**Graff** 6:18

**grandmother** 189:8

**Gray** 6:2, 4

**great** 102:20; 230:8;
268:14; 269:14; 274:21

**gross** 250:19

**ground** 94:14; 100:23

**group** 296:5

**guess** 13:7; 16:13; 41:23;
43:15; 83:21; 114:14;
138:5, 24; 153:5, 20, 21;
155:20; 177:4; 181:10;
182:10, 11; 191:22;
218:15; 219:5; 244:24;
270:24; 275:9; 289:23;
294:21; 303:19; 304:13;
308:18; 333:22; 339:8;
357:22, 23; 368:13, 14;
370:7, 8; 375:14; 382:21

**guessing** 153:23; 284:10

**guilty** 175:24; 176:4

**gun** 80:12, 17, 22; 81:5;
204:14; 301:24, 25; 376:9,
10

**guns** 80:9

**guy** 56:10; 77:16; 101:4;
102:16; 113:8; 124:11, 14,
18; 188:16, 17, 20; 204:3,
5; 214:16; 236:8; 237:17,
19; 238:25; 245:11, 12, 15;
263:20; 273:9; 275:3, 6

**guy's** 237:24; 290:6

**guys** 75:11; 86:12; 98:4;
102:15, 17, 23; 201:2;
202:10; 208:12, 14, 19;
210:15; 213:8; 214:10;

219:11; 229:23; 234:17;
244:12; 247:11; 273:18;
283:25; 284:4, 19; 286:10;
290:2; 293:2; 294:14;
388:10, 13, 20

**H**

**H** 140:14

**H-O-U-S-E-R-S** 314:19

**ha** 376:19, 19

**half** 125:14

**Halloween** 107:16, 19,
22; 108:2, 12, 24; 109:5,
10, 15; 110:16, 19; 111:2,
5, 9; 112:7, 16; 113:19, 25;
114:6, 12, 17, 22, 24;
115:2, 4, 6, 17; 116:5;
248:4, 6; 272:8, 9; 275:7,
15

**hamburger** 254:12

**Hampton** 54:24; 55:6, 20;
56:18; 57:3, 7; 59:16; 60:3,
5; 78:25; 81:25; 124:16,
19; 265:18, 21

**hand** 181:21; 294:2;
340:24

**handwriting** 340:24;
341:5

**hang** 86:6

**hanging** 196:11, 17;
245:20

**happen** 232:3; 252:2;
318:8

**happened** 43:6; 77:16;
98:12; 99:12; 107:5;
108:11; 112:20, 22;
214:10; 229:3; 251:2;
324:12

**happening** 230:25

**happy** 29:14

**harassing** 215:14

**harassment** 118:12

**hard** 53:24; 159:11

**Hardman** 203:18, 19, 23,
23; 244:11; 245:9; 246:17;
247:16, 24; 248:13, 22, 25;
250:7, 10; 290:4; 300:3, 6,
10, 18, 19

**Hatter** 6:5

**head** 119:23; 121:14, 15;
139:25

**headquarters** 298:12;
310:18, 19; 375:19

**heads** 131:7

**health** 55:9; 56:21; 58:23;
100:21; 158:3, 10, 13, 17,
23; 159:5, 15, 19; 264:15;
367:16

**hear** 164:24; 196:16;
321:3, 9

**heard** 58:4; 91:19; 93:13;
96:18; 116:7; 124:22;
128:5, 6; 254:2; 318:14;
374:25; 384:18; 387:18

**hearing** 144:3, 3; 145:17; 220:17, 18

**hearings** 220:21; 221:8, 18

**hearsay** 83:7, 9, 13; 84:2; 124:4, 10, 11, 21; 125:24, 25; 126:7; 241:19; 242:3; 244:14; 259:25; 269:13

**held** 75:2; 217:5; 289:8; 290:22; 375:18

**hell** 250:3

**help** 49:14; 247:9

**helped** 381:23

**here's** 50:20; 94:14; 121:9; 142:20

**hereby** 13:10

**hereto** 220:11

**herself** 381:22

**Hess** 85:21

**Hesse** 5:23; 6:9; 11:20, 24; 19:2, 21, 21; 20:2; 24:3, 13, 17; 28:25; 29:9; 30:20, 22; 31:13; 34:13; 36:17; 38:6, 20; 39:2, 20; 40:7, 20, 23; 41:17; 42:13; 43:11, 12; 50:2, 25; 51:6, 8, 8, 20, 24; 52:12, 18; 53:21; 54:2, 13, 21; 55:6, 19; 56:7, 14, 17; 57:2, 23; 59:5, 12; 60:8, 11, 20, 23; 79:19; 81:13; 82:15; 83:10, 17; 84:3, 12; 86:23, 25; 87:2, 20, 22; 88:5, 14, 18, 21; 92:2, 14, 20; 93:4; 94:3; 95:15; 97:4, 8, 12, 16; 102:25; 106:7, 9; 113:7; 125:22; 126:5, 10, 17, 24; 128:2, 6, 11; 143:17; 145:25; 146:9, 12, 20; 154:8; 164:7, 20; 165:16; 169:3, 12, 23; 170:2, 21; 180:23; 181:8, 14, 18; 183:16, 21; 184:3, 8, 15, 25; 185:12; 202:3, 4, 7, 16, 25; 203:12; 204:24; 205:24; 207:10, 16; 208:3; 214:8, 14; 220:23; 225:21; 226:12, 22; 228:7, 12; 229:10, 23; 231:3; 232:17; 233:10, 15; 234:10, 13; 235:3, 16; 237:2; 241:13, 24; 242:19; 247:13; 258:19; 260:16; 261:12; 262:9, 12, 18; 263:3, 24; 264:10, 23, 24; 265:3, 7, 13, 20; 266:4, 9, 23; 267:5, 20; 268:17, 24; 277:11, 15; 279:20; 280:23; 281:16; 284:13; 285:3, 7; 289:16; 290:16; 291:5, 8; 292:6, 10; 293:25; 295:3, 16; 296:4, 7; 297:8, 18; 298:16; 299:10; 304:16; 305:3, 22; 306:9, 13; 307:20, 24; 309:3, 9, 20; 310:3, 8; 311:16; 312:3, 5, 9, 23; 313:13; 314:8, 11; 317:13, 17; 319:2, 6, 15; 320:4, 17, 22; 321:3;

327:22, 24; 329:9, 12, 13, 20; 330:2; 331:14; 334:18; 335:10, 20; 336:7, 12, 17; 337:10, 20; 338:6, 21; 351:15, 21; 358:9; 372:15; 377:21; 378:5, 9, 12, 18; 387:2, 7, 12; 388:2, 5, 8

**Hesse's** 18:20; 36:12; 43:13; 59:3; 105:11; 146:25; 147:9; 270:7, 16, 21; 272:7; 275:14; 291:11; 295:5; 296:9, 10; 379:7

**hi** 389:8

**high** 138:7

**himself** 103:13, 14; 200:25

**hire** 19:18; 20:12, 15, 21; 21:24; 22:9, 14; 65:9; 76:22; 82:4, 14; 156:12; 190:20; 290:17; 291:13, 17; 292:7, 11, 13; 330:14; 337:23

**hired** 22:24; 46:22, 24; 58:8; 65:11, 14; 66:4; 75:10; 78:9; 122:7; 188:10, 12; 190:7; 244:17, 19; 245:12; 246:2; 247:24, 25; 248:2, 3; 263:21; 283:23; 293:5, 12, 14, 19; 295:2, 19, 22, 24; 296:2, 5; 297:7; 330:5; 334:2; 345:18; 370:5; 383:17

**hires** 124:20

**hiring** 23:12, 19; 120:8, 21; 122:15, 21, 23; 123:3, 10, 16; 124:2; 125:2; 227:2; 289:23

**history** 156:22; 162:2; 183:8, 23; 192:18; 300:10

**hit** 201:3

**hold** 145:19; 276:9

**home** 14:21, 23; 43:24; 44:8, 9; 47:10; 197:2, 10; 234:16; 353:7; 377:23; 378:2

**homes** 196:14; 377:21; 378:6, 10

**honest** 136:15; 322:19

**hook** 388:11

**horrible** 230:24

**Hospital** 102:5

**hour** 306:11; 307:5; 371:5, 6

**hours** 160:22, 25; 277:6; 306:12; 370:22; 371:2, 3, 10

**house** 13:3; 45:23; 46:15, 16; 103:10, 24; 104:21; 105:19; 106:10; 189:8, 11; 191:10; 255:9; 256:8, 10, 11, 13, 14, 16; 309:22; 310:3, 16; 311:17; 312:11, 25

**Housers** 314:19

**houses** 196:18; 255:3

**how's** 48:2

**humiliated** 85:8; 200:16;

231:21

**humiliation** 230:23; 231:6

**Huntington** 94:7; 381:5

**husband** 27:21; 57:6, 9, 10; 58:6, 25; 59:7, 10, 12, 14, 25; 60:7; 102:14, 24; 230:14; 232:23; 233:11

**hysterical** 113:3

# I

**ID** 230:7; 316:4, 5

**idea** 97:14; 128:15; 163:7; 176:18; 189:16; 226:4; 257:24; 273:25; 319:7; 349:12, 13; 364:12, 25; 366:19; 377:8

**identification** 5:4; 147:22; 149:10; 151:10; 155:2; 163:24; 176:23; 177:21; 178:3; 179:13; 186:8; 192:3; 211:18; 255:25; 257:10; 333:10; 340:21; 342:8; 346:16; 349:19; 353:22; 357:7; 362:2, 14, 25; 363:21

**identified** 88:22; 98:6; 200:25; 202:16; 203:11; 245:3

**identify** 40:7; 83:9; 87:4; 98:7, 13; 354:2, 6; 372:8

**identity** 90:4

**imagine** 127:11; 227:7

**immediate** 246:21

**immediately** 145:25; 146:8; 359:14

**impermissibly** 220:25

**important** 15:9; 16:18; 28:4; 41:3, 8; 53:16; 218:3; 344:20

**inaccuracy** 17:20

**inaccurate** 16:9, 11, 23; 18:3; 163:2, 8, 17; 339:7, 8

**inaccurates** 163:3, 4

**inappropriate** 214:24; 215:5

**incident** 103:21; 105:15; 107:16, 20, 23; 108:2, 24; 109:5, 10, 15; 110:16, 19; 111:2, 5, 9; 112:8, 16; 113:20, 25; 114:6, 12, 18, 23, 25; 115:3, 4, 6, 17; 116:5, 6; 247:18, 21; 248:5, 7, 10, 11; 270:9; 272:8, 10; 275:7, 15; 308:4; 312:4

**inclined** 390:25

**including** 220:15; 258:21; 369:5

**incompatible** 320:24

**Incorporated** 5:9; 249:9

**incorrect** 356:13

**indeed** 292:15

**indicate** 193:5; 334:10;

386:2, 19

**indicated** 82:21; 178:24; 266:8; 373:19; 375:5, 17

**indicates** 193:6

**indicating** 215:17; 265:13

**indication** 156:6; 169:3

**indicative** 150:14; 193:7, 18

**individuals** 299:3; 315:25

**Indoor** 315:8

**information** 48:3; 54:22; 55:5, 17, 22; 60:23; 68:13; 78:24; 79:4, 6, 11; 84:9, 14; 85:19, 24; 86:11; 120:6; 141:22; 183:15; 301:3; 334:8

**informed** 151:24

**initiated** 45:8, 10

**injure** 242:25

**injury** 322:5

**inquire** 93:19

**INSERT** 14:19; 198:23; 372:13

**inserted** 61:14; 66:18; 67:10, 14; 69:22; 70:3, 4, 9, 14; 73:14, 21

**inside** 307:23; 308:20

**inspect** 62:7

**Inspector** 43:17; 57:8

**install** 289:16

**instance** 21:18; 98:7; 100:15

**instances** 32:19

**instead** 64:25; 191:14; 244:4, 5; 245:16; 263:16; 283:6

**instituted** 253:18

**instruct** 11:10; 18:5; 118:8; 345:8

**instructed** 314:8

**instruction** 96:14

**instructions** 91:18; 133:18

**instructs** 7:23

**insurance** 373:13, 17

**integrity** 85:9

**intelligence** 345:11, 13

**intelligent** 345:5

**intent** 142:8; 242:25

**Interante** 49:19

**interest** 220:12

**interested** 55:13; 100:9; 236:22; 246:11; 280:15

**interferes** 38:7

**internet** 85:11

**interpret** 34:20

**interrupt** 295:21

**interview** 264:19, 21, 25; 328:24; 330:20

**into** 18:16, 19; 43:13; 58:24; 62:13; 114:5; 144:6; 150:6; 187:18;

188:5, 24; 195:21; 196:14; 197:18; 201:6; 209:21; 221:24; 255:9; 264:20; 272:17; 334:5; 353:2; 355:3, 21; 356:14; 359:20; 374:11, 15, 18, 21, 24; 384:15

**intoxicated** 251:11

**introduce** 5:21

**investigate** 48:11; 115:14; 123:21, 24

**investigated** 30:11; 223:17

**investigation** 30:10; 62:13; 111:5, 8; 112:16; 114:5, 12; 115:9; 116:5; 167:16; 186:20; 270:8, 16, 21; 271:24; 272:8; 275:5, 14

**investigative** 334:13; 339:5

**investigator** 19:20, 25; 20:3; 22:17; 34:23; 36:18; 37:19, 23; 38:20; 39:21; 40:8, 21, 24; 43:19, 20; 47:6; 50:10, 19; 51:23; 164:7; 168:13, 18, 21; 171:4, 14, 20; 174:25; 175:6, 12, 15; 178:24; 181:7, 10; 184:15; 187:22, 25; 188:4, 14, 15; 263:25

**investigator's** 34:25; 178:18

**investigators** 48:2

**invited** 150:17

**involuntarily** 356:4

**involved** 98:4; 102:14; 111:4; 160:7; 275:17

**involvement** 111:8, 19, 20; 112:6, 15

**involving** 103:9; 143:16; 279:19

**irrational** 242:22

**irrelevant** 117:24; 215:14

**Island** 82:2; 242:11; 250:13; 259:19; 285:8; 286:15; 287:10, 11; 309:11; 310:3; 324:13; 327:11; 346:23; 347:14, 17, 25; 348:9, 18, 22; 349:7; 377:6

**Islip** 61:2, 7

**issue** 142:25; 314:10

**issues** 8:3, 9; 28:16; 144:8

**italicized** 365:17; 366:6

# J

**January** 63:11, 12; 285:15; 286:15, 16, 24; 287:7; 288:20; 308:5; 337:12; 338:18

**job** 18:24; 19:6; 37:11; 48:3, 13, 22; 58:13; 59:16; 63:22, 25; 64:13, 16, 19;

65:6, 9; 68:17; 75:13, 14, 15; 76:9; 80:4; 90:7, 21, 22; 99:25; 100:21; 102:3, 4, 17; 113:9; 115:11; 124:16; 133:5, 25; 153:6; 158:9, 17; 159:5, 21; 160:5, 11; 162:2; 163:9; 164:19; 165:14; 183:18, 23; 190:19, 21, 25; 228:2; 243:11, 12; 249:5, 7; 262:15; 264:9, 19; 265:2, 6, 13, 16; 266:2; 272:5; 273:18; 274:19, 20, 22; 319:4; 324:11; 325:19; 326:5, 6, 10; 329:17; 331:13; 332:17, 21; 333:2; 334:17, 20, 20; 342:13, 21; 343:8; 344:12; 345:24; 346:6, 22; 348:4; 350:4, 7; 351:11; 364:8; 366:15; 367:16, 25; 369:2, 4, 6, 17; 370:20; 383:10

**jobs** 63:18, 21; 81:10, 12, 17; 264:12; 328:3, 9, 23; 329:4, 8; 331:7; 369:16
**Joe** 70:12; 204:4; 245:11, 12, 15; 276:8
**Joey** 308:12
**John** 124:11
**joined** 382:6
**joke** 247:17
**Joseph** 5:7; 6:24; 333:25; 391:11, 17
**Judge** 142:21; 144:16, 24; 145:4; 175:17, 21; 176:12, 14; 184:20
**judgement** 172:13
**July** 148:12; 311:23, 25; 312:4
**jump** 247:12
**June** 139:16, 21; 140:4, 21, 23; 141:2; 311:23, 25; 312:4
**jury** 184:21

## K

**keep** 77:18; 132:20; 230:19; 370:17; 374:6
**keeping** 28:10; 146:3
**Ken** 5:24; 6:2; 7:7
**Kenneth** 140:15
**kept** 135:23
**Kevin** 6:7; 92:15; 134:12, 14; 138:2, 17; 201:5; 234:8; 238:16; 319:24; 320:3; 374:20; 384:3, 5; 388:22
**kid** 113:2, 3
**kids** 256:17; 280:5, 6; 315:6, 9, 20
**kill** 197:9
**killed** 246:22; 247:17; 248:15
**kind** 48:19; 105:7; 134:3; 227:15; 241:20; 248:16;

280:2; 304:20; 305:11; 319:20; 330:24; 388:14
**kinder** 320:24; 321:5
**kinds** 89:19; 240:9
**king** 113:11
**knew** 15:13, 16; 16:23; 17:18; 76:23; 77:3, 4; 119:22, 22; 120:2, 13, 25; 121:12, 23; 124:4; 129:8, 25; 130:3, 7, 11, 18; 141:22; 196:14; 197:11; 213:7; 224:8; 225:11; 227:25; 230:24; 231:13; 232:3, 4, 5, 8; 250:2; 276:15, 15; 295:23; 313:15; 320:8; 378:5, 9; 388:11
**knowing** 132:25; 197:9; 198:3; 221:25
**knowledge** 15:11, 20; 16:12; 23:9; 38:4; 91:21; 92:21; 95:19; 97:3, 7, 11; 107:23; 108:10; 109:21; 115:16; 116:4; 122:13; 162:13; 178:20; 181:5, 20; 215:19; 241:6; 258:25; 270:19; 290:15; 291:2, 9, 10, 14; 309:2, 13; 317:24; 342:21, 25; 350:17; 359:24; 360:7; 389:18
**known** 121:19; 122:8; 196:9, 14, 18; 303:20
**knows** 102:11; 251:2; 268:2, 4; 331:17

## L

**Labor** 277:3
**lack** 164:18; 275:13; 323:13, 17; 327:21
**lady** 49:15
**Lamm** 91:22, 24; 92:12, 15; 95:20, 25; 119:11; 136:14; 137:7, 23; 145:24; 146:20; 201:5; 213:9; 238:16; 260:24; 319:2, 3, 4, 9, 10, 16, 25; 320:5; 374:20
**lamp** 306:14
**lap** 256:23
**last** 49:16, 21; 79:23; 89:7, 8; 104:14, 17; 107:7; 204:4, 5, 6; 213:2, 12; 215:10; 218:22; 219:8, 18; 220:3; 225:5; 245:12, 14; 267:4; 278:14, 24; 282:11; 283:18; 284:12, 13; 287:5, 6; 298:22; 299:17, 19; 302:21; 303:3; 311:19; 318:23, 24; 335:7; 358:2, 23; 359:8, 13, 16; 364:3; 389:10
**late** 308:11, 14; 328:4
**later** 25:6; 138:23; 175:11, 13; 189:17; 195:21; 197:18; 270:6
**laugh** 236:11; 249:17

**laughed** 247:15; 376:15
**laughing** 231:25; 235:15; 236:5, 10, 23; 237:9, 11
**Laurie** 56:23; 57:10, 11, 12, 15, 16, 20, 22; 58:11, 20; 59:6, 9, 22, 24; 79:17
**Laurie's** 60:7
**law** 6:2; 18:23; 77:21; 79:25; 80:4, 8, 10; 130:25; 140:11, 24; 143:22; 156:18, 22; 157:4, 16; 158:5, 14, 23; 159:21, 24; 160:7; 221:2; 239:15; 242:8; 246:8; 288:21, 23, 24; 297:25; 301:25; 303:16; 314:7; 317:6, 7; 319:6; 320:23; 324:12, 21; 327:6; 328:10, 16; 329:17; 333:2; 342:20; 345:2; 361:8; 367:24; 385:19, 20
**laws** 297:25
**lawsuit** 8:3, 9; 9:12; 13:11; 15:18; 25:11, 12, 15, 16, 20, 22; 26:5, 10, 12, 15; 27:3; 28:17; 30:25; 31:21; 32:14; 33:2; 36:20; 37:20; 38:22; 40:9; 53:20; 62:15; 63:2; 64:6; 77:20; 78:5; 85:4, 7; 86:13; 116:12, 15, 19; 117:24; 118:4; 139:6; 183:24; 184:16; 352:23; 372:16
**lawyer** 7:22; 8:11; 23:9; 223:5; 356:16
**lawyers** 280:10
**leading** 220:20
**leads** 58:19
**lean** 215:5
**leaning** 214:22; 215:3
**learn** 381:20
**learned** 59:12; 123:15; 124:25
**least** 15:11; 26:19; 210:10; 230:19; 241:5; 290:8; 328:15; 343:22; 365:7
**leave** 14:15; 130:24; 143:11; 197:5; 198:19; 339:24; 372:6
**leaving** 14:23; 197:3, 10, 24; 199:11; 230:22; 312:25, 25
**led** 130:10
**left** 96:22; 145:24; 154:20; 214:16; 216:25; 235:16; 241:3, 15, 20, 21; 242:10, 15; 259:19, 24; 313:14
**left-hand** 212:21
**legal** 5:16; 83:19; 106:22; 134:2; 142:9; 220:22; 221:9, 19; 223:4; 383:21, 24; 384:6, 8
**legs** 131:7
**length** 179:16; 180:4
**lent** 189:13
**Less** 161:6; 195:17;

251:23, 25; 369:4; 371:12, 13
**letter** 13:10, 18; 23:10, 17; 147:20; 148:22; 149:8, 14; 150:8, 21, 24; 151:3, 17; 152:7, 22; 155:9, 25; 156:4, 9, 11; 159:8; 161:7, 20; 162:16; 163:17; 164:10, 18; 165:2, 4; 220:7; 228:22; 230:6; 231:17; 232:10, 12; 264:18; 328:15; 333:19, 19, 23; 334:21; 335:3; 336:21; 341:2, 7; 350:13, 15, 19, 21; 353:6, 7; 355:18; 356:12; 362:4; 363:5; 376:15; 386:7
**letters** 279:10
**letting** 230:12; 232:18
**Levy** 130:23; 264:18
**liars** 240:10
**license** 80:14
**lie** 35:14, 15, 18, 22, 23; 36:4; 169:23; 231:17
**lied** 231:21
**life** 95:7; 113:12; 174:12, 15; 248:15; 323:24; 343:23; 344:4; 345:18; 389:21, 23
**light** 200:13; 305:23; 355:14
**lights** 257:21
**liked** 274:19
**likely** 142:2; 168:17; 210:14, 16; 311:23
**likes** 319:12
**Liking** 176:8
**limitation** 220:16; 258:21
**line** 24:11; 32:9; 34:11; 73:17; 140:13; 156:24; 181:19; 230:10; 232:2; 253:3; 261:4; 295:8, 9
**lines** 260:12; 269:16, 21; 379:18
**linkage** 58:19
**liquor** 163:10, 15; 168:5, 8; 332:25
**list** 64:21; 81:16; 82:8, 12; 264:13; 348:17; 358:16, 17
**Listen** 70:11; 272:13; 278:20
**listening** 135:4; 263:5, 7
**listens** 268:5
**litigation** 77:19, 24
**litigious** 331:9
**little** 112:21; 128:21; 211:23; 238:5; 360:2; 376:16
**live** 280:6; 329:18; 373:8
**living** 46:17
**Lloyd** 49:15; 57:14
**LLP** 140:11
**local** 253:7; 299:12
**location** 373:9

**Loeffler** 208:11, 21, 22, 25; 209:12; 210:11, 20, 22; 220:23; 221:7, 16; 223:16, 22; 224:8, 22, 25; 225:11, 22; 226:3; 242:20; 268:22; 269:5, 9, 24; 270:3, 12, 15, 20; 271:9, 11, 14, 16, 23; 273:11; 275:4, 19; 276:4, 15; 277:11, 15; 279:21; 280:24; 281:5, 17, 23; 312:20
**Loeffler's** 276:7, 23; 278:5
**logistics** 331:25
**long** 8:6; 19:15; 21:4, 11, 15, 19; 26:7; 46:11; 53:23; 76:12, 24; 77:10, 11, 13; 80:15; 102:19; 128:10, 18; 130:16; 134:24; 139:20; 141:9; 174:9, 18; 207:23; 211:22; 236:4; 246:2; 282:11; 306:8; 321:18; 327:11; 329:18; 354:10; 373:2; 377:6; 380:11; 382:13
**longer** 75:19; 76:7; 124:13; 128:21; 212:11; 229:6; 321:25; 348:21; 349:9; 358:10; 382:2
**longest** 82:4
**look** 10:11; 13:16; 14:20; 15:5; 27:8; 28:2, 7; 54:20; 60:22; 61:12; 62:19, 24; 70:23; 71:12; 72:12, 14; 73:3; 79:22; 83:3; 110:5, 9; 145:11, 18, 22; 148:8; 149:11; 151:5, 22; 156:15; 161:23; 162:24; 165:18; 166:2, 3; 169:10; 170:7; 171:25; 172:24; 173:4, 7; 176:24; 179:6, 9; 182:14; 183:5, 13; 184:10, 13; 185:5; 186:4; 187:9; 220:9; 228:2; 238:23; 239:12; 242:18; 244:15; 252:22, 23, 25; 253:2; 257:6; 258:16; 259:8; 260:4, 9, 20; 261:17; 264:10; 268:15; 269:15; 289:13; 293:23; 296:24; 299:9, 24; 314:4; 320:9, 20; 321:12; 329:16; 339:3; 343:10; 344:21; 345:23; 348:13; 358:2, 13, 16; 364:3; 365:2; 375:10; 379:10
**looked** 61:24; 62:11; 63:4; 72:23; 113:13; 214:5; 238:15; 349:7; 363:12; 389:9
**looking** 11:14; 86:18, 21; 154:21; 197:16; 206:14; 214:23; 221:24; 238:8, 9, 10; 263:17; 305:6; 328:18; 332:21; 342:18; 350:7
**looks** 10:6, 7, 13, 20; 150:4; 206:16; 238:22; 343:12; 351:6; 364:11, 17, 19

lose 54:25
losing 28:10
lost 27:17; 200:3
lot 42:6; 43:3; 52:22; 81:15, 23; 100:3, 23; 197:21; 218:3; 223:3; 242:4, 12; 244:10; 252:2; 259:25; 267:25; 273:20; 283:4; 316:10; 327:10; 343:20; 363:10; 371:3; 380:21, 21; 381:23
love 343:23; 344:4
lunch 145:15; 156:2
luncheon 154:15
lying 157:9

# M

mad 249:15
mail 25:7; 162:17; 347:19, 20, 22
mailed 175:22; 178:11
main 330:21
maintain 164:5; 165:13; 349:10
major 300:15, 16
makes 118:14; 172:12; 337:9
making 28:25; 124:7; 153:14; 251:3; 304:9; 319:16; 320:5; 371:7; 377:17
Malafi 6:12
male 102:8; 104:24
malicious 18:25; 24:2, 7, 12; 29:2, 9, 15, 16, 18, 20, 21, 25; 30:7; 31:12; 32:4, 19, 22; 33:22; 34:9; 41:18; 51:4, 15; 54:3; 60:24; 85:8; 169:5; 170:3, 12; 179:4; 242:24
maligned 351:16, 22
man 239:23; 240:5, 7, 14; 241:14; 251:18
manner 198:12; 336:18
manning 251:13
many 7:18; 21:2; 44:25; 45:16; 87:12; 90:12; 103:18; 104:11, 13; 131:15, 18; 161:4; 174:10; 204:23; 217:24; 287:21; 311:2; 316:19, 25; 317:4, 17; 345:17, 20, 22; 346:2; 370:22; 371:2; 380:15, 17
March 26:15; 27:3; 62:6; 285:20; 333:16, 20; 336:17; 337:3, 10; 348:14
marital 389:19
mark 15:3; 18:7; 49:18; 147:18; 149:6; 154:22; 163:20; 177:17, 23; 186:5; 191:23; 211:14; 214:22; 255:21; 333:6; 340:17; 341:23; 342:3; 346:12; 349:15; 353:18; 357:2; 361:22; 362:10, 21;

363:16; 390:12
marked 140:8; 147:21, 24; 149:9; 151:9; 154:25; 163:22; 176:22; 177:19, 25; 179:11; 186:6; 191:25; 211:17; 255:23; 257:8; 333:9, 13; 340:20; 342:6, 12; 346:15; 349:18, 21; 353:20, 24; 354:9; 357:5, 9; 361:25; 362:3, 13, 24; 363:19, 23
marking 263:16
Marks 6:8
married 226:14
married 49:17; 389:23
masters 213:25
materials 258:20
matter 5:7; 9:24; 126:22; 213:14; 282:25
may 7:24; 8:25; 21:10, 13; 39:20, 20; 52:8, 18, 18; 144:9, 20, 20; 164:7; 169:20; 235:11; 281:13, 18, 24; 289:16; 290:9; 291:2, 10; 293:25; 311:23, 24; 312:4; 336:7, 7; 362:19; 369:23
Maybe 12:14, 15; 26:22; 45:7; 65:21; 76:13; 103:21; 106:4; 128:20; 131:21; 174:8; 251:14; 274:8; 284:15; 288:7; 317:9, 10, 10; 382:16; 386:6; 388:20
mayor 106:17; 208:8; 210:3, 4, 20; 211:3; 223:19, 23, 24; 224:13, 19, 24; 225:2; 268:23; 269:5, 9; 270:6; 271:13, 16; 276:22; 281:19, 19, 22; 282:2, 16
mean 8:11; 13:2; 25:16; 29:15, 16, 20; 34:22; 36:22; 37:14; 38:10; 42:21; 50:3, 5, 6; 62:21; 67:17, 18; 82:22; 97:25; 100:13; 103:14; 126:2, 15; 127:7, 10, 13; 152:19; 166:14; 171:16; 188:23; 190:5; 191:3, 6; 194:19, 21; 202:2; 210:2, 22; 215:6; 222:17, 24; 223:23; 226:24; 229:13, 18; 234:23; 241:2; 249:6; 259:11; 263:21; 268:7; 271:11; 280:7; 282:21; 294:8; 295:20; 337:22; 353:5; 360:12; 372:25; 375:7; 381:13, 14, 16
means 34:17; 37:16; 153:20, 24; 169:20, 21; 185:4; 229:16; 259:2; 294:22; 355:25; 356:3, 9; 360:10, 25; 361:13
meant 70:5; 100:14; 153:14; 188:4; 355:11
Meanwhile 201:11; 249:20; 250:2, 24

media 279:5
medical 21:25; 22:9; 148:9, 23; 373:11
medication 322:10, 12, 15; 372:21
Meenan 116:12, 15, 19; 330:9; 352:9, 20, 23; 354:14, 18, 19
meet 129:12; 130:12; 334:10; 340:9; 378:20, 24
meeting 70:24; 105:18; 128:10, 19; 130:5, 9, 13; 131:10, 16, 17; 132:2, 8, 11, 16, 19; 133:11, 20; 134:21; 137:19; 138:18, 22; 147:2, 10; 223:18; 224:3, 10; 226:5; 241:21, 23; 259:18; 320:21; 375:18; 378:21; 380:2; 387:2, 13, 25; 388:8, 24; 389:16
meetings 141:14; 279:7
member 270:6
members 106:20; 194:6; 201:25; 202:2, 8, 16; 203:10, 11; 271:8, 15; 275:11; 279:11; 379:20
memo 213:14, 15; 214:17, 19; 254:4
memory 142:13
men 239:14; 242:7; 259:12, 15
mental 321:23; 322:3
mention 379:18
mentioned 170:4; 327:16; 377:20; 378:22; 387:17; 388:4
Message 377:7
met 103:12, 18; 107:8; 119:12; 157:14; 200:24; 204:8; 237:19, 19, 25; 245:23; 339:12; 382:23; 385:3, 25; 387:8
MIA 250:2
Michael 5:25
mid 328:4
middle 173:4; 260:9; 340:25; 341:6
midnight 249:21, 22; 277:7, 10; 308:6
might 13:15; 23:20; 27:12; 47:10; 72:9, 9; 151:15; 167:17; 168:23; 206:7; 209:2, 9; 258:8; 286:16; 294:20; 305:10; 313:18; 368:14; 377:9; 379:4; 386:7; 389:2, 16
Mike 90:19, 23
million 215:22
mind 200:20; 229:25
minds 197:6
mine 317:15, 16, 20; 346:21; 375:10
Mineola 175:17
minimum 157:5; 334:10
minors 314:14; 315:3;

319:18
minute 96:17; 216:25; 224:18; 298:14
minutes 18:10; 46:13; 90:9; 107:13, 13; 128:20, 20; 143:2, 11; 200:8, 22; 207:22; 251:3; 353:10; 369:21
mischaracterizing 232:18
Miss 68:8; 70:24; 71:4; 72:11; 125:20; 126:5, 6, 10, 25; 128:8, 19, 22; 129:10; 131:12, 24; 132:7, 18; 133:10, 18, 20; 134:4, 14, 20; 136:10, 10, 16, 20, 24; 137:6, 18; 138:19; 148:13; 224:2; 283:12, 14
missing 343:13
misspelled 344:14
mistake 175:19
Misunderstanding 168:8; 189:22
misunderstood 153:25; 168:12; 181:4
miswriting 163:6
mitigation 66:10
MO 20:8; 22:5; 53:6; 55:11; 59:17; 74:9; 77:22, 25; 82:10; 87:14; 89:6, 22; 92:10; 95:8; 101:10; 105:9; 111:16; 113:15; 121:7; 125:17; 131:8; 137:4, 15; 173:19; 197:13; 207:3; 215:13; 218:4; 219:24; 228:4; 244:25; 248:18; 257:3; 265:10; 267:3; 276:19; 278:22; 280:13; 283:17; 298:21; 375:16; 382:4
mock 238:2
mocked 248:8
mocking 237:12, 13, 13; 238:3, 16; 239:3
Moller 203:25; 235:21; 237:16, 22; 238:2, 25; 244:8; 245:5, 8; 250:17
Moller's 268:2
moment 233:4
monetary 116:23; 117:3
money 43:3; 230:20; 231:18; 371:21; 372:9
month 144:5, 22; 247:22; 311:21; 347:8
months 12:13, 15; 19:7, 12; 21:2; 128:14; 139:3; 143:24; 243:14; 274:8; 277:2; 282:13, 14; 284:16; 303:2; 322:20; 323:9, 11; 343:6, 7; 364:13; 380:13; 382:12, 15, 18, 21
Moran 49:17
more 37:11; 42:6; 98:21; 134:13; 150:16; 182:12; 195:16; 205:3, 5, 7, 9, 22; 206:2; 214:9; 231:8; 238:16, 16; 251:24;

270:18; 280:15; 282:20; 305:9; 343:20; 371:11, 13; 380:21
moreover 142:6; 293:24
morning 7:6; 180:4; 249:23; 308:15
mornings 197:3
Morshoff 49:20
most 41:7; 168:17; 210:14, 16; 279:19; 281:16; 311:23; 365:15; 366:4
mostly 202:4; 277:5; 305:18
Motion 20:8; 22:5; 59:17; 74:9; 82:18; 89:6, 22; 95:8; 101:10; 111:16; 113:15; 131:8; 137:4, 15; 173:19; 207:3; 218:4; 219:24; 248:18; 257:3; 265:10; 267:3; 276:19; 278:22; 280:13; 283:17; 298:21; 375:16; 382:4
mouth 96:19; 120:13; 181:17; 198:11
Move 53:6; 55:12; 77:22, 25; 82:10; 87:15; 92:10; 98:22; 105:9; 118:20; 121:7; 125:16, 17; 145:14; 176:19; 177:14; 192:12; 197:13; 200:13; 215:13; 228:4; 244:25; 268:14; 269:14; 306:4; 361:21
moved 27:20; 123:5; 190:20
moving 27:22; 145:8; 306:10
much 52:25; 53:2; 147:13; 151:20; 234:24; 276:4; 371:5, 7
muddled 360:2
murdered 252:8
must 44:3; 121:19, 21; 163:6, 11; 168:11; 181:4, 11; 210:6; 301:25
mutts 131:7
MVP 187:20; 188:6
myself 11:12; 23:14; 30:20; 77:11; 92:9; 96:5; 197:25; 198:3; 213:10; 215:15; 309:7, 12; 322:24; 381:20

# N

name 5:14; 7:6; 35:2; 49:16, 21; 56:22; 90:10, 14; 93:11; 95:7; 144:2; 203:21; 204:4, 4, 5, 6; 220:18; 226:19; 236:25; 237:8, 17, 21, 25; 239:6; 245:2, 12, 14; 273:3, 4, 13, 15; 281:20; 290:6; 302:9, 10; 303:6; 314:24; 329:20; 373:16; 374:4; 375:11; 384:19; 389:22, 25; 390:2
names 49:7, 8, 23; 71:25;

JOSEPH NOFI
September 9, 2008

Case 2:07-cv-01215-SJF-ETB    Document 108    EDWARD CARTER, et al. v. INCORPORATED VILLAGE OF OCEAN BEACH Filed 05/04/10   Page ID #: 4871

72:2; 102:9, 10, 11;
140:17; 236:7; 237:15;
243:16, 17; 290:7; 292:23;
293:3; 296:15
**Nassau** 190:18, 22, 23;
325:3, 24
**nasty** 238:11; 310:21
**nation** 326:3, 23
**nature** 111:7; 310:24
**need** 10:9; 13:23; 73:17;
148:23; 151:20; 166:3;
167:2, 4; 182:11; 225:8;
229:2; 230:19; 259:2;
324:15; 345:16; 353:25;
354:5; 367:11
**needed** 158:5
**needs** 110:3; 247:9
**negative** 60:24
**negligently** 268:23
**nervous** 105:7; 120:14;
323:22; 383:9
**nevertheless** 89:9
**New** 5:11; 7:2; 18:22;
27:22; 38:8; 54:25; 79:24;
113:9; 190:24; 200:7;
204:3, 5; 223:19, 19;
230:6, 7, 7; 232:13;
246:24; 247:8; 266:13;
287:7, 8; 288:11; 302:5, 6;
324:24; 325:18, 20;
332:14, 19; 333:24; 338:5
**newly** 294:25; 296:2, 5;
297:7
**Newsday** 237:18; 278:14
**newspaper** 278:19
**newspapers** 278:24
**next** 24:9; 50:5; 105:4;
106:4; 131:22; 147:18;
151:6; 163:21; 172:24;
176:20; 179:9; 182:23;
183:5; 186:4; 191:24;
269:23; 274:15; 341:24;
345:10; 357:3; 361:23;
362:11, 21; 363:17;
367:14; 380:4, 5
**nice** 51:22; 54:15;
101:17, 20, 22; 170:23;
262:24; 263:4
**night** 101:5; 104:2; 105:3,
14; 108:12; 110:20; 111:3;
113:19, 25; 197:3, 25;
202:5, 6; 277:8, 19;
308:11, 14; 318:13;
320:19; 323:15
**nights** 202:18; 277:5
**nine** 274:8
**nobody** 65:9; 132:25;
133:3, 4, 14; 250:2;
288:18; 319:12; 385:8
**Nofi** 5:7; 6:24; 7:6, 8, 9;
16:17; 18:23; 34:5; 36:19;
37:20; 38:21; 54:23; 66:4;
82:13; 108:22; 119:11;
145:24; 146:20; 151:24;
194:14; 333:25; 372:15;
376:23; 391:11, 17

**Nofi's** 207:21; 345:11
**non** 274:22
**noncompetitive** 364:19
**None** 345:21, 25
**Nope** 36:6; 172:8; 255:12
**Northport** 82:11
**Notary** 6:25; 391:24
**noted** 193:18; 332:4;
391:14
**notes** 145:12; 178:18
**notice** 16:13; 139:6, 12,
16; 140:3, 8; 141:4, 16;
144:4; 171:18
**notified** 15:25; 16:10, 24;
17:5, 6, 7, 19; 75:17;
145:25; 328:15
**notwithstanding** 69:11;
164:9
**November** 151:18;
155:11, 19; 164:4; 285:24;
349:24
**NOVIKOFF** 5:22, 25; 7:5,
7; 11:3, 10; 13:17; 14:5,
10, 14; 18:7; 20:8; 22:5;
36:9; 39:7, 24; 46:3, 10;
47:11; 53:6; 55:11; 57:18;
59:17; 62:2; 66:2, 7; 68:21;
72:6; 73:10; 74:9, 18;
77:22, 25; 81:11; 82:10,
20; 87:14; 89:6, 22; 92:10;
95:8; 98:24; 101:10;
105:9; 108:5; 110:23;
111:16, 21, 25; 113:15;
117:12, 25; 118:9, 14, 19;
121:7; 122:12; 125:13;
131:8; 136:22; 137:4, 15;
142:20; 143:5, 8, 14, 20;
144:25; 145:5, 13; 147:17;
149:6; 151:5; 154:10, 20;
155:3; 160:10; 163:20;
165:23; 166:5; 171:8;
173:19; 176:19; 177:16,
22; 178:4; 179:8, 14;
186:2, 9; 191:23; 192:4;
197:13; 198:19; 202:13;
203:4; 207:3, 7, 20;
211:14; 214:25; 215:11;
216:24; 218:4; 219:24;
221:14; 223:6, 11; 228:4;
244:25; 248:18; 255:21;
257:3; 265:10; 267:3;
271:19; 272:20; 276:19;
278:22; 280:13; 283:17;
289:2; 290:18; 297:4;
298:21; 313:9; 329:5;
331:23; 332:11; 333:6;
340:17; 341:23; 342:9;
345:15; 346:12; 349:15;
352:4; 353:8, 18; 357:2;
361:22; 362:10, 21;
363:16; 369:14, 20; 372:2;
375:16; 379:12; 382:4;
390:14, 21
**nowhere** 113:12; 205:2;
208:3
**number** 5:6; 74:24; 75:5;
147:25; 154:13, 18; 217:3,
8; 261:17; 274:25; 289:6,
11; 353:12, 16; 359:9;

365:10
**numerous** 214:8;
250:16; 319:11
**NYSDTF** 333:9; 340:20;
341:25; 342:2

# O

**O'Brien** 6:8
**o'clock** 249:21, 22, 23;
277:19
**O'Neill** 6:8
**oath** 8:14, 16; 9:2; 351:3
**object** 82:19; 145:7
**objecting** 169:19; 207:8
**objection** 15:4; 16:3;
18:4; 21:16, 20; 29:23;
37:3; 39:5, 23; 40:11, 25;
41:5, 10, 12, 20; 53:17;
65:24; 66:20; 67:16; 69:2,
14; 71:2; 72:5, 25; 73:8;
78:11, 15; 83:18; 84:5, 22,
25; 86:24; 94:9; 96:2;
108:3, 6; 109:23; 115:20,
23; 117:22; 122:10;
125:11, 17; 136:12;
141:17; 142:19; 152:8;
153:18; 156:8; 169:8, 17;
171:15, 21; 175:3; 182:6;
185:14; 190:3, 13; 191:16,
20; 193:3; 194:24; 196:3;
199:3; 207:11; 210:21, 23;
212:13; 213:16; 216:22;
221:11, 13, 21; 222:8, 14,
16; 223:2, 10; 228:9;
229:12, 20; 231:9; 235:12;
237:7, 10; 243:7; 244:3;
251:7, 10; 259:20; 264:2;
267:9, 12, 21; 269:12;
270:17, 23; 271:17; 272:3,
16; 275:12, 21; 277:25;
279:22; 283:8; 294:12;
296:20, 23; 299:7; 301:17,
21; 305:7, 25; 309:4;
310:12; 313:7; 318:3;
324:17; 326:25; 328:6, 12,
25; 330:18; 331:5, 10;
333:21; 336:9; 338:11;
341:19; 344:15, 24; 345:7,
9; 346:5, 8; 348:11;
349:11, 14; 351:25;
352:11; 355:17; 356:5, 19;
365:9; 369:7, 13; 388:3
**obligation** 214:19
**OBPD** 84:10; 85:20;
120:9, 22; 194:7, 7; 202:2,
8; 220:13, 23; 226:13;
242:20; 253:8; 258:19;
261:12; 268:17
**obtain** 38:8; 148:9; 301:7;
303:17
**obviously** 7:16, 22;
82:19; 263:19; 372:2, 10
**OC-APP** 334:9
**occasion** 210:10; 313:2,
12; 334:17
**occasions** 71:17; 90:12;

103:18
**occur** 7:24
**Ocean** 5:9; 6:6; 9:25;
11:22, 25; 30:20; 64:12;
68:17; 77:18; 80:17, 22;
95:21; 96:11; 101:2;
102:15; 103:9; 104:8, 15;
119:14, 23; 121:17;
122:15, 15, 19, 20; 123:3,
14; 124:19, 25; 153:19, 24;
154:3; 159:14, 23, 24;
160:2, 3, 5, 11; 161:10, 13,
18; 182:4, 20; 183:2, 9;
190:10; 193:24; 200:5;
201:2; 212:12; 213:13;
222:6; 226:13; 229:6;
242:20; 243:24; 244:17;
249:9, 10; 250:6; 251:13,
18; 252:3; 254:6; 256:25;
257:5, 11, 17; 258:2;
266:18; 267:6; 268:17, 23;
270:5, 7; 278:18; 279:2,
14; 280:21; 281:14;
289:18; 292:16; 297:23;
304:2; 307:23; 308:21;
310:4, 5; 315:9, 19;
317:12; 321:25; 329:15;
330:8; 334:21; 335:7;
348:8, 18, 21; 349:9;
358:10, 20; 361:2; 364:24;
365:4, 8; 368:11, 15, 17,
20, 24; 369:5; 371:7, 11;
375:12; 379:20; 381:4, 11,
25; 382:7; 383:11; 384:24
**October** 150:7; 212:8;
286:2
**off** 31:10; 38:6; 48:24;
50:10; 74:25; 75:2; 80:25;
81:6; 107:4; 123:5; 143:6;
154:14, 20; 197:2, 12;
200:19; 203:7; 206:19;
217:4, 5; 234:4; 247:16;
248:16; 249:20, 21, 25;
250:12, 17; 254:2; 261:11;
263:15, 18; 276:9; 284:19,
20; 285:8; 286:15, 22, 23;
287:9, 11; 288:4; 289:7, 8;
290:21, 22; 302:4, 6, 12;
309:11; 314:12; 332:3;
353:8, 13; 369:25; 391:13
**offer** 162:5
**offered** 255:4
**offers** 54:25
**office** 8:6; 13:6, 11, 22;
58:3, 12, 25; 90:22; 92:6,
8, 8; 94:7; 96:6; 101:8;
103:19; 105:13; 107:9;
130:25; 141:15; 145:24;
151:25; 152:4; 292:4;
321:16; 384:17
**officer** 9:21; 18:23;
30:13, 19; 35:3, 4, 6;
36:19; 37:20, 24; 38:21;
39:3; 84:10; 85:20;
112:18, 19, 20; 113:10;
115:12; 124:12; 146:21;
156:18, 23; 157:5; 158:14,
23; 159:7; 161:13, 16;
182:4; 190:22; 200:19, 25;
201:11, 13; 209:7, 9;

211:4; 230:14; 232:24;
233:12; 244:12; 245:24;
246:2, 6, 13, 22; 247:9;
251:12, 15; 253:15;
260:24; 269:24; 274:16;
292:19; 293:5, 11, 14;
300:23; 301:24; 302:5, 7;
310:2; 312:10, 13; 315:14;
320:22; 324:22; 326:19;
327:7; 348:18, 22; 360:21;
361:8; 366:11; 375:24;
376:2; 381:21, 24; 382:6,
10
**Officers** 54:23; 119:11;
120:9; 122:6, 16, 21, 23;
123:11, 16; 124:3; 125:2;
145:23; 146:20; 200:2, 11;
201:6; 202:25; 214:5, 7;
217:24, 25; 218:11, 20;
226:5; 227:3; 235:6, 23;
239:15; 242:8; 244:6;
245:4, 9; 250:9, 11;
251:17; 253:5, 12; 268:22;
271:3; 281:2; 285:8;
291:18; 292:13, 16, 22;
293:4, 4; 294:3; 295:2, 7;
296:3, 6; 297:8, 13; 299:2,
11; 301:7, 8, 12; 303:17;
304:10; 309:7; 314:9, 12;
318:12, 18; 321:8; 342:23;
343:2, 6; 388:21
**offices** 120:22
**official** 119:13
**officials** 60:25
**Oil** 116:12, 15, 19; 330:9;
352:9, 20, 23; 354:14, 18,
19
**old** 174:6; 325:14
**older** 324:6
**on-line** 342:14, 15;
343:19; 346:3
**on-the-job** 381:16
**Once** 53:23; 199:20;
204:8, 22; 214:9; 227:5;
237:19, 25; 244:18;
249:13; 255:4; 281:24;
288:7; 313:19; 315:10;
318:7; 375:4; 379:5
**one** 5:6; 63:5, 5, 14, 24;
71:17; 72:17; 74:24;
77:16; 85:3; 88:15; 90:14;
93:5, 7, 8, 10; 96:16; 98:7;
101:3; 102:15; 103:6;
104:19; 111:11; 114:8;
140:22; 146:10; 148:5;
150:4; 151:4, 15; 156:14;
166:12, 19, 20; 167:17, 24;
168:24; 174:13; 180:10;
185:6, 6; 189:5, 6; 199:13,
25; 200:9; 205:11, 25;
209:4; 210:10; 214:10, 25;
216:25; 229:23; 230:19;
233:13; 235:5; 236:8;
237:18; 246:20; 248:11;
251:14; 253:2; 257:6, 20;
262:14, 15; 266:12, 13, 14;
270:18; 273:6, 9, 10, 11;
276:6; 278:11; 279:20;
281:17; 283:11; 287:24;

292:25; 300:15, 16;
305:20; 308:4; 318:5, 8,
10, 19, 21; 326:20; 327:20;
330:21; 331:3; 342:10;
345:19; 348:17; 352:8, 17;
358:8; 363:11, 14; 366:10;
375:2; 381:5; 384:24

**One-page** 147:20; 149:8;
151:8; 211:16

**ones** 44:23; 235:22;
241:17; 243:12; 271:2, 3;
295:18, 22; 298:10

**ongoing** 183:24

**only** 7:19; 8:7; 13:18;
32:24; 33:25; 36:16;
45:13; 54:21; 64:22; 66:9,
23; 68:4; 74:2, 15; 78:9;
80:10, 13; 92:3; 93:5; 95:6;
96:15; 105:25; 108:10;
121:25; 135:12, 13, 16;
160:5; 167:14; 168:22;
180:20; 189:6; 204:8;
213:7; 215:16; 234:6;
236:22; 237:19, 25; 247:2;
251:12, 17; 262:11;
282:15; 287:24; 288:7;
292:3; 300:9; 315:21;
318:17; 322:18, 19;
327:15; 330:8

**onto** 38:14; 125:16;
145:14; 176:19; 235:18

**open** 214:16; 364:18;
370:17

**opened** 44:13

**operations** 315:18

**opinion** 78:19; 136:15,
17; 144:14; 150:12; 246:7,
9, 10, 12; 267:10, 13, 14;
278:18; 291:16; 292:6, 10;
293:6, 11, 15; 309:9;
324:19

**opportunity** 40:15;
340:9; 391:6

**oppose** 391:9

**opposed** 246:19; 271:15;
319:18

**opposite** 231:19

**order** 224:16, 25; 254:15,
18; 332:24; 354:5; 369:6

**ordered** 87:2; 250:17, 22

**organization** 81:24

**others** 9:25; 98:7; 224:3;
290:6; 297:15, 16, 17, 19;
378:6, 10

**ourselves** 142:16

**out** 27:14; 29:18; 30:14;
31:13; 32:6, 8; 34:10, 17,
19; 43:7, 16; 46:20, 25;
47:2; 51:13; 59:16; 68:22;
71:7, 20; 74:4, 5, 6, 19;
81:21, 22; 82:21, 22; 86:6;
90:21; 91:2, 7, 8, 9; 99:9,
17, 17; 131:3; 132:24;
133:16, 21; 137:13, 18;
144:15; 149:25; 171:2, 3;
173:18; 175:16, 16, 18;
176:10, 11; 180:12, 15, 23;
181:6, 8, 11, 15, 19, 24;

189:21, 24; 195:9; 196:11,
17; 197:6; 200:19; 201:7,
8, 15; 213:7; 223:12;
227:20, 21, 24; 229:25;
231:25; 234:25; 245:20,
20; 246:15; 247:2; 249:19;
252:6, 9, 12; 256:17;
258:4; 259:23; 263:24;
264:25; 274:18; 279:8;
307:23; 308:16, 21; 316:3,
11; 324:2; 331:25; 356:10;
368:14; 374:5; 375:10;
377:9; 380:22; 381:18;
384:16; 387:16

**outer** 249:10

**outlets** 279:5

**outraged** 314:6

**outright** 289:18

**outside** 101:24; 142:23;
143:3; 233:24; 385:9

**Over** 45:4; 64:24; 65:5;
90:19; 100:22; 131:3, 4;
145:11; 164:2; 170:15, 18;
181:21; 184:14; 226:20,
23; 227:22; 232:12, 16;
235:6; 236:14, 15; 239:8;
241:2, 16; 258:5; 308:14;
311:5, 14; 323:23; 331:16,
21; 372:11

**Overnight** 151:14; 196:7

**overseeing** 119:14, 19

**own** 189:12; 270:20

---

# P

P 140:14, 15

**p.m** 154:14, 19; 217:4, 9;
289:7, 12; 290:21, 25;
332:3, 4, 9; 353:12, 16;
369:25; 370:4; 391:13, 14

**P.O** 212:19

**P.W** 333:11; 340:22;
342:8; 346:16; 349:20;
353:22; 357:7; 362:2, 14,
25; 363:21

**P/T** 366:11

**page** 18:11, 16, 17; 24:8,
9; 36:15; 38:5, 9, 14, 15,
15, 19; 40:2; 44:13; 110:7,
9, 9, 11, 12, 14, 17, 17;
119:5; 140:7; 145:23;
156:15, 25; 157:2, 3;
161:24; 162:8, 25, 25;
163:17; 165:6, 7, 8, 19;
166:8, 11; 168:2, 4; 169:2,
6, 7, 9; 171:25, 25; 172:5,
24; 173:2; 180:19; 181:23;
183:5, 8, 14; 187:4;
193:11, 12; 194:2; 224:6;
226:11; 239:12, 16;
242:18; 258:17, 17;
269:15; 278:11; 289:14;
342:10; 343:11; 354:3, 20;
358:2, 13; 359:8; 360:22;
364:3; 365:11, 21, 23, 24;
366:10, 20; 367:14;
379:14, 15

**pages** 192:6

**paid** 249:19; 365:17;
366:6; 371:21; 373:13

**pail** 175:23

**pains** 322:8; 323:13, 14

**pants** 376:11

**paper** 14:21, 22; 54:6;
72:17; 75:22; 76:2;
170:16; 175:19; 338:17;
375:14; 389:20

**papers** 37:10; 70:21;
71:18; 75:20; 115:22;
167:15, 18; 189:15, 15, 19;
363:10

**paperwork** 20:6; 27:8;
64:11; 67:18; 71:20;
334:20, 24; 337:15, 18

**Paradiso** 19:23; 33:5, 9,
18; 34:6; 43:8, 9; 45:12;
49:18; 50:8, 17; 51:11, 17;
52:14, 21, 23; 53:2, 4, 8;
104:25; 105:17, 21, 22, 25;
106:3, 13; 108:13; 170:8,
24; 171:11, 13, 19; 178:19,
22, 24; 179:5; 202:3, 17,
18, 19; 206:5; 253:22;
262:23; 279:20; 280:24;
281:16; 290:11, 12, 16;
291:3; 292:2; 312:17;
313:11, 17, 19; 335:15;
350:12; 351:5, 7

**Paradiso's** 350:15

**paragraph** 18:12, 15, 18;
23:25; 24:5; 29:22, 25;
36:25; 38:18, 19, 25; 39:2;
54:20; 60:22; 61:12;
66:15; 67:8; 72:22; 73:25;
74:14; 78:22, 23; 79:22;
84:8, 23; 89:8; 110:13;
118:17; 119:5; 125:16;
141:21; 145:18, 22; 148:8;
150:3, 7; 156:25; 161:19,
23; 162:8; 169:13, 15, 22,
24, 25; 170:7; 172:15;
173:8; 194:2; 199:4;
220:9, 10; 221:20; 222:3,
24; 226:11; 239:17;
240:18; 242:19; 252:25;
258:16, 18, 24; 260:25;
261:4, 22; 268:15; 289:14,
15; 292:15; 293:23;
294:11; 295:9, 10; 299:9,
25; 300:2; 301:2; 307:20;
314:4; 317:21; 318:2, 16;
320:9, 20; 321:12; 334:6;
354:22, 22; 359:14, 16;
379:14, 16

**paragraphs** 39:19;
40:19; 108:4, 7; 109:25;
172:3, 7, 9

**parenthesis** 162:4, 6;
183:18; 253:6, 7; 270:4

**park** 124:14; 197:8;
250:6; 324:14; 380:25

**parking** 176:8

**part** 32:16; 89:7; 91:13,
17, 22; 114:4, 11; 148:20;
157:17; 159:12; 160:11,
14; 166:15; 178:13; 179:4,

18; 207:22; 217:12;
239:11; 247:3; 250:5;
267:4; 276:20; 278:4, 8;
279:19; 281:16; 283:18;
298:22; 316:23

**part-time** 64:16, 18;
76:14; 161:15; 190:10;
370:20

**particular** 32:20; 313:2,
12; 334:16, 17; 374:12

**parties** 196:20; 287:22;
288:8

**partner** 283:3, 4

**party** 196:19; 288:4, 6

**partying** 245:20; 249:22

**pass** 292:18; 322:21

**passed** 22:4; 35:18, 25;
148:18, 25

**past** 146:22; 266:18

**Patricia** 332:7

**Patrick's** 229:24

**patrolling** 308:7

**pay** 176:2; 254:16; 271:3

**paying** 134:17, 19; 135:2;
136:4, 9; 386:16

**PD** 75:11; 76:22; 81:25;
82:2, 2, 3; 183:23; 244:20

**peace** 293:3; 342:22;
343:2, 6; 360:20

**pending** 7:21; 110:22;
390:13

**pension** 116:16

**people** 48:12, 14, 17, 20,
22; 49:10; 70:20; 71:24;
89:18, 19, 20; 98:10;
99:16; 100:3, 19, 25;
105:13; 116:8; 124:20;
126:3; 196:4, 9; 199:5, 10;
203:14; 206:24, 25;
209:13; 214:12; 228:2;
232:2; 235:22; 237:8;
241:17, 19, 25; 249:11;
250:25; 251:6, 9, 24, 25;
252:16, 19; 255:3; 258:3;
259:5; 267:23, 23; 268:5;
272:18; 274:20; 276:11;
286:14; 287:11, 21; 292:7,
11; 298:2, 3, 4, 18, 19;
316:2; 319:5; 331:19;
336:23; 344:5; 345:2, 5,
17; 374:3; 375:6, 7, 9;
383:18

**people's** 196:18

**per** 370:22; 371:5

**percent** 10:7; 12:10;
13:16; 19:14; 48:13, 23;
166:21; 177:15; 259:23;
327:25; 329:7, 7; 331:12,
15; 385:2

**perfect** 116:10; 299:24;
330:12

**performed** 152:4

**perhaps** 92:23; 215:25;
344:11

**period** 11:14; 12:18;
54:19; 144:5, 22; 317:2;
381:6, 16

**permit** 80:14, 20; 301:25

**permits** 80:10; 301:9

**permitted** 81:3, 5; 268:23

**permitting** 303:16

**perpetrate** 228:8

**perps** 101:3

**person** 35:22; 103:4, 7;
119:18; 172:18; 233:13;
234:6; 251:4; 257:22;
286:23; 388:18, 19

**person's** 311:16

**personal** 109:21; 317:24;
218:6; 229:10; 308:23;
309:6, 12, 24; 310:2;
319:14; 321:3; 379:21;
382:25; 387:4, 19

**personnel** 268:21;
269:11

**persons** 103:6

**pertain** 61:4, 9, 20;
172:20; 182:9; 183:8

**pertained** 15:24

**pertaining** 21:13; 28:16;
173:22; 259:21; 260:16;
338:4; 341:17; 372:4

**pertains** 159:4; 182:20;
183:2; 262:11

**Peterson** 381:21, 24

**petition** 143:25

**petrified** 282:12

**petroleum** 332:25

**phone** 19:19, 24; 20:18;
22:11; 24:22; 32:23;
33:24; 34:4; 35:8; 37:17;
40:13; 42:2, 10; 45:4, 22,
23; 46:4, 6, 19; 47:17;
48:24; 50:10; 51:5; 92:13,
19; 93:4; 119:22; 170:16,
18; 181:21; 336:21; 379:5;
389:3; 391:5

**phonetic** 384:2

**Photograph** 255:23;
257:8

**phrase** 294:22

**physically** 90:13

**physiological** 150:13

**pick** 353:9

**picked** 294:2

**picture** 255:13, 15;
256:3, 20, 21; 258:9;
389:24

**pictures** 256:19, 25;
320:3

**piece** 75:22; 76:2;
175:19; 291:20; 338:16

**pile** 206:14

**Pisetti** 108:12; 113:6;
203:15, 16; 224:14;
237:17; 269:20; 270:9

**Pisetti's** 269:25; 320:13

**Pisettis** 103:7; 203:15;
225:3; 235:21; 237:23;
238:12, 20; 249:13;
250:10; 286:10; 287:19,

23; 288:4, 11; 290:4;
296:17; 297:14, 17, 19;
305:9, 11

**pissed** 248:16

**pistol** 301:9

**Pizza** 274:12

**place** 58:11; 100:22;
101:13; 132:8; 209:19;
223:20; 232:6; 242:10;
247:19, 22; 280:21; 307:8;
313:24; 315:19; 339:22;
378:22

**places** 81:23

**plaintiff** 129:6; 212:22,
24; 355:3

**plaintiffs** 5:8; 6:20;
33:10; 38:7; 60:25; 61:15;
66:19; 67:11; 69:23;
79:23; 84:24; 85:3, 7; 89:9,
13; 91:17; 92:18; 93:3;
96:10; 128:25; 141:23, 24,
25; 142:8; 146:3, 4, 17;
194:9; 217:13; 220:11, 16,
19, 20, 25; 226:14; 238:18;
239:14; 242:22, 24; 243:2;
258:21; 259:12, 15; 260:6;
261:3, 13; 262:5; 268:21;
294:9; 301:2; 307:21;
308:23; 309:3; 314:6, 9;
320:10, 12, 23; 386:4, 14

**plan** 45:24

**plans** 320:24

**play** 144:6

**playing** 184:22

**plead** 175:24

**please** 5:21; 6:22; 7:12;
10:12; 14:16; 39:11;
51:17; 132:3; 183:14;
186:12; 189:3; 334:5;
353:24; 359:13; 365:2;
372:7

**pled** 176:4

**plenty** 204:25; 278:20

**PO** 187:17

**point** 7:17; 19:16; 24:16;
62:25; 68:22; 105:14;
122:14, 18; 123:13;
138:17; 149:25; 165:25;
184:20; 197:7; 199:11, 13;
250:21; 267:18; 329:24

**pointing** 206:9

**points** 184:7

**Police** 6:14; 19:22; 30:13;
51:10, 11; 54:24; 55:6, 20;
56:18; 78:10, 25; 112:18,
19, 20; 113:10; 124:12, 14;
157:25; 158:6; 159:7;
161:12, 15; 173:17; 182:3,
21; 183:2, 16; 188:8;
190:20, 22, 25; 199:11;
200:25; 201:13; 202:24;
211:4; 214:4, 5, 6; 217:24,
25; 218:11, 19; 230:14;
232:24; 233:12; 235:5;
243:13, 24; 245:23; 246:2,
6, 13, 21; 253:5, 6; 254:9;
257:11, 17; 258:2; 264:17,
20; 267:6; 268:22; 271:3;

289:19; 290:12; 291:3, 17;
292:13, 16, 19; 293:4;
294:3; 298:12, 15; 299:2;
301:4, 11, 12, 23; 302:5, 7;
303:15; 304:2, 5, 5, 6, 9;
317:13; 320:25; 321:5;
324:25; 325:4, 7, 9, 19, 20;
326:2, 11, 18, 23; 327:7,
10, 12; 330:6, 14; 331:8,
13; 335:7; 342:19; 343:2,
7; 346:23; 347:14, 17, 25;
348:9, 18, 22; 349:7;
358:20; 364:24; 366:11;
375:19; 379:20; 380:9, 16,
19, 23, 25; 381:2, 3, 4, 5,
25; 382:6, 7, 9

**police/officer** 358:24

**policy** 253:11, 13, 18;
258:10, 14; 288:15

**Politics** 377:6

**polygrams** 150:10

**polygraph** 149:21;
150:2, 11, 18; 188:16, 17,
20; 193:6; 244:16, 18, 21

**polygrapher's** 150:12

**poor** 182:17; 263:17

**portion** 207:24; 352:6

**posing** 275:10

**position** 76:14; 122:5;
151:24; 153:16; 156:18;
157:4; 164:6; 165:14;
182:25; 327:6; 342:17;
365:19; 366:7, 15

**positive** 374:10

**possession** 12:22;
27:11; 44:6, 21; 298:5;
371:20, 23, 24

**possible** 52:16; 135:22;
167:22; 209:4; 213:19;
233:13; 313:19, 20; 328:2,
8, 22; 330:4, 11, 13; 331:6;
349:6

**post** 305:23; 306:14

**postings** 84:9; 85:19

**potential** 66:9; 82:12

**power** 194:6, 15; 198:24;
199:2; 201:25; 202:9, 15;
203:10; 208:22; 209:23,
24, 25; 217:20; 219:18;
220:5; 270:14, 19; 271:23;
379:19

**powers** 270:25; 368:8

**practice** 14:8; 122:20;
123:16; 124:2; 125:2

**preceding** 359:14

**Precise** 5:15, 18

**predetermination**
220:17

**preemployment** 193:14

**premarked** 5:2; 9:20

**prequalified** 381:14

**prerequisite** 157:15;
158:18

**prescribe** 323:4

**prescribed** 372:20

**prescription** 322:23;

323:6

**prescriptions** 373:3, 4

**presence** 101:16, 24;
112:13; 128:12; 143:3;
379:7

**present** 94:10, 13, 16, 18;
107:3; 109:13; 110:19, 25;
113:18, 24; 115:9, 13;
233:9; 274:13; 348:14;
358:17; 367:15

**pretty** 23:22; 28:4; 100:2;
102:19; 127:16; 134:16;
281:21; 288:2; 305:10

**prevent** 142:8

**previously** 166:18;
167:12

**printed** 227:20, 21;
259:23; 374:5; 377:9, 15

**printouts** 374:7

**prior** 8:2, 8; 9:16; 10:5,
25; 16:8, 23; 17:10, 19;
25:10, 14, 20; 72:20, 20;
77:4; 104:4, 14; 125:20;
126:4; 128:10; 130:12;
139:20; 141:15; 144:21;
147:2, 10; 148:19; 151:12;
162:3, 11, 22; 165:25;
171:12, 19; 177:6; 179:22;
192:10; 219:18; 220:3;
222:11; 278:14, 24;
282:11; 302:24; 303:3;
330:9; 334:20, 25; 336:17;
337:10; 375:18

**priority** 224:17

**privilege** 144:12

**privileged** 94:10; 96:7

**probable** 177:3

**Probably** 21:7; 45:11;
151:13; 153:24; 166:20;
168:17; 170:5; 177:2;
210:14, 16, 17; 212:15, 17;
214:9; 218:25; 219:3;
244:15; 247:24; 283:25;
284:18; 286:25; 287:5;
311:18, 22, 23; 318:7;
343:13, 17; 353:9; 356:20,
20, 22

**probation** 382:14, 16

**probationary** 382:5, 9

**problem** 99:15; 176:17;
291:22

**process** 144:3; 220:22;
221:2, 9, 19

**processing** 150:16

**produce** 370:19

**produced** 66:8

**producing** 28:13, 19

**product** 272:17

**production** 13:18; 46:4;
47:12; 66:3; 117:13; 372:3

**profession** 79:25; 80:5

**programs** 121:5

**prohibition** 288:3, 10, 14

**promise** 146:19

**promotion** 294:19

**pronounce** 49:21;

160:15

**property** 220:12; 221:2;
343:24; 344:4

**prospective** 260:5, 14;
262:4; 266:8

**protect** 343:23; 344:4

**protected** 18:9; 194:10

**protection** 391:7

**proud** 323:25

**provide** 36:17; 99:3;
183:15; 220:16, 18

**provisions** 221:3

**psychological** 35:21;
36:2; 65:4; 74:16

**psychologicals** 121:4

**Public** 6:25; 75:16; 76:11;
85:10; 112:17; 301:5;
344:8; 367:20, 24; 391:24

**publication** 278:19

**publicly** 85:11; 391:2

**publish** 267:7

**published** 258:20; 261:2,
12, 23

**pulling** 338:14

**punched** 200:21

**purported** 43:17; 292:16,
22

**purportedly** 140:21;
141:5

**purpose** 46:18; 107:12;
347:23

**push** 356:10

**pushed** 71:7

**put** 27:24; 32:8; 37:13;
41:25; 83:23; 153:25;
168:5; 178:21; 179:7;
181:17; 205:23; 206:4;
211:11; 212:14; 213:18;
224:17; 248:14; 253:22;
282:18, 21; 286:10, 12;
336:23, 24; 368:11, 20;
371:2, 3; 385:24

**putting** 92:24; 198:2;
230:15; 232:19; 340:23;
341:5; 368:25

# Q

**qualification** 333:5

**qualifications** 334:11;
339:12

**qualified** 345:24

**quick** 131:23

**quite** 243:10; 300:14

**quote** 162:2; 183:16, 18,
19; 187:5, 17; 269:25;
270:3; 321:6; 365:14

**quoted** 321:4

# R

**radio** 249:12; 279:5

**Radler** 6:2

**raised** 8:3; 283:20

**raises** 231:18

**ran** 209:21; 234:3, 4, 17

**range** 381:14

**rape** 193:2

**raped** 250:25; 252:3

**rat** 90:21; 91:2, 7, 8, 9;
99:17; 240:21

**rate** 182:15

**Rather** 320:10, 11;
322:24; 355:2

**rats** 99:19; 131:6; 239:14;
240:6, 18; 242:7; 259:15

**ratted** 99:16

**reaction** 105:11

**reactions** 150:14

**read** 18:19; 23:25; 39:9,
12, 17; 40:20; 85:14, 18;
108:4, 7; 109:25; 115:21,
22; 145:12; 150:6; 151:19,
20; 161:20; 166:24; 167:3,
4, 9; 178:6; 182:9, 12;
184:11; 186:15; 187:18;
193:10; 207:24; 208:2;
222:10; 241:6; 242:7;
243:2; 259:2; 261:20;
308:3; 317:21; 334:5;
352:4, 6; 353:24; 354:4, 5;
359:13, 20, 25; 377:12;
389:20

**reading** 142:4; 149:19;
154:4; 178:7; 186:16, 24;
192:7; 203:7; 258:22;
295:13; 375:13

**Ready** 6:4; 247:12;
324:10

**real** 251:8

**realize** 234:20

**really** 12:19; 13:7; 16:16;
20:2; 27:7; 50:3; 100:14;
116:24; 134:12; 138:16;
158:21; 163:18; 164:24;
177:7; 202:5; 206:23;
230:21; 234:21, 23; 255:7;
273:18; 286:6, 8; 311:21;
318:25; 337:14; 368:2;
373:2; 376:16; 386:16, 23

**rear** 200:7

**reason** 27:13, 16;
134:10; 157:8; 181:13;
183:22; 184:2; 231:14;
248:12, 24; 318:22, 24, 25;
319:2, 4; 329:7; 330:5;
360:17; 362:7; 363:8, 13;
368:9, 18

**reasonability** 144:7

**reasonable** 142:2;
143:21; 144:17

**reasonably** 141:24

**reasoning** 385:23

**reasons** 23:12, 18;
156:14; 368:21

**recall** 7:25; 8:8; 9:11, 15;
10:4; 17:25; 21:22; 24:18;
27:6; 28:13, 19; 32:3, 21;
33:16; 34:15; 36:7, 10;
44:20; 49:9, 11; 60:2;

63:17; 101:21; 116:11, 14, 18; 130:19; 134:23; 135:17, 25; 139:5; 148:3; 149:13; 151:11; 155:15, 18; 165:24; 166:10; 167:20; 171:24; 174:21; 177:5, 9; 180:5, 6; 187:21, 24; 210:25; 211:24; 213:20; 254:21; 255:2; 283:12; 286:17, 20; 297:13; 307:19; 332:15; 333:12, 15; 348:3; 352:10, 22, 25; 355:9; 362:4, 15; 363:2, 3; 368:10, 19; 370:13

**receipt** 162:16; 164:3

**receive** 14:25; 24:20; 25:13, 19, 25; 26:24; 36:3; 116:23; 117:3, 6; 155:13; 167:10; 351:20; 363:14

**received** 24:15; 26:20; 68:15; 75:22; 76:3; 77:9; 117:10; 150:21; 166:16; 167:11; 178:14; 179:19, 21; 266:23

**receiving** 36:7; 148:3; 149:13; 165:24; 166:10; 177:9; 180:5; 333:12, 15; 362:4; 363:2, 4

**recent** 281:19, 22; 365:15; 366:4

**recently** 245:13

**recess** 154:15; 353:14; 370:2

**recitation** 229:2

**recognize** 176:5; 211:21; 354:8, 11; 357:14

**recollect** 97:19, 20

**recollection** 8:23; 9:7, 8; 10:17; 12:23; 17:22; 21:13; 26:20; 35:11; 44:7, 16, 22; 53:12; 151:2, 16; 206:15; 210:18; 253:19; 364:13; 366:15

**recommend** 182:24

**recommendation** 350:13, 16

**reconsider** 340:6; 341:9

**record** 5:20; 10:15; 15:4; 18:20; 26:23; 62:22; 63:20; 67:15; 68:12, 23; 70:24; 71:3, 13; 74:25; 75:3, 6; 82:17; 85:10; 97:12; 143:7, 10; 149:24; 150:7; 154:14, 19; 155:4; 166:6; 177:23; 178:5; 179:15; 181:2; 185:9, 23; 186:9; 192:5; 207:6, 12; 214:22; 217:4, 6, 9; 261:10; 289:7, 9, 12; 290:21, 23, 25; 330:12; 332:3, 9; 334:6; 341:25; 345:9; 353:13, 17; 357:10; 359:20; 363:23; 369:25; 370:4; 391:13

**recorded** 91:25; 92:13, 19; 93:4, 8, 15; 95:20; 96:11; 97:4

**recording** 94:3; 95:25; 96:24

**records** 23:14; 24:24; 25:2, 4; 46:5; 61:15, 18, 25; 62:7, 14, 20; 66:19; 67:11, 22; 68:2; 69:12, 23; 70:19, 20, 21; 71:5; 72:13, 23; 73:3, 7, 14, 22; 188:9; 252:18, 21; 262:21

**recourse** 142:9

**recovery** 117:4

**recruits** 380:15, 18, 24

**redo** 65:3

**refer** 18:12; 24:2; 329:19

**reference** 24:6; 29:2, 9; 36:14, 17, 23, 24; 37:6, 8, 16; 38:3, 25; 39:19; 40:6; 50:9; 52:25; 53:3, 5; 55:25; 56:8, 18; 58:7; 59:3, 13, 15; 60:8, 12, 14; 79:20; 114:17; 117:16; 118:15; 150:2; 153:15; 170:21; 172:12; 187:5; 195:22; 240:17, 17; 265:24; 364:22; 367:15, 19

**referenced** 28:25; 33:17

**references** 19:2; 24:3, 12; 29:17; 30:11; 48:10; 49:4; 54:22; 60:24; 172:2; 261:2

**referencing** 153:2

**referred** 24:17; 37:24; 66:16; 74:14; 109:10; 226:18; 292:21; 294:19; 296:13; 297:20; 299:2; 318:10

**referring** 29:8; 30:9, 23; 31:12; 83:5; 85:25; 148:14; 149:22; 152:6, 12; 168:2; 180:9, 16; 258:25; 259:10, 17, 18; 262:8; 291:25; 300:2; 314:16; 319:15; 354:23; 388:6

**refers** 40:22; 222:4, 13; 241:7; 300:23

**reflect** 46:5; 207:12; 371:16, 20

**reflected** 372:9

**reflecting** 66:3

**reflects** 117:9; 337:20

**refresh** 8:22; 12:23; 44:7, 16, 21; 53:11; 366:14

**refreshed** 35:10; 142:13

**refreshes** 206:15

**refusal** 320:12

**refused** 72:11

**refusing** 220:17

**regard** 52:15; 107:21; 108:23; 157:9; 161:18; 169:3; 221:8; 262:16; 280:20; 281:12; 298:22; 317:25; 336:6; 351:22

**regarding** 54:23; 78:24; 156:22; 162:2; 191:5; 193:19

**regardless** 55:18; 79:5

**regime** 289:17

**regiment** 292:18

**regularly** 314:13

**rejected** 368:25

**relates** 226:18

**relation** 12:7; 20:24; 138:18, 22; 140:23; 147:2; 283:23

**relations** 378:13, 17

**relationship** 125:21; 126:6, 9, 25; 127:13, 18; 128:7; 146:22; 147:10

**relative** 366:7

**relax** 113:4

**relevancy** 118:10

**relevant** 144:10; 150:15; 193:18; 220:11; 365:18

**reliance** 142:2; 143:22; 144:7, 17

**relied** 283:5

**relieve** 270:9

**religious** 118:12

**rely** 146:8

**remain** 135:14; 383:9; 385:14, 16

**remainder** 150:16

**remaining** 199:12; 239:11

**remark** 236:11, 13; 238:5; 319:16; 375:2; 376:17, 18

**remarks** 100:7, 8

**remember** 12:11, 16, 20; 21:4, 10; 23:23; 27:4, 5; 45:9; 49:7, 22; 50:4, 4; 52:5; 53:9, 24; 58:13; 71:20; 101:14; 103:23; 117:7; 123:17; 130:16; 134:24; 135:5, 8; 136:9; 139:4; 142:11, 12; 147:13, 16; 149:15, 17, 19; 150:23; 151:13, 14; 167:24; 174:9; 176:15; 187:3; 198:17, 21; 204:3; 205:10, 18; 209:14, 15; 219:14; 271:10; 273:22; 274:15; 282:8; 285:13; 325:12; 337:16; 343:21; 363:11; 364:16; 383:19; 386:24; 389:4

**remembered** 135:13

**repeat** 225:9; 281:10

**repeated** 195:12, 19

**repeatedly** 89:10, 25; 194:5, 13, 14, 18, 20, 21; 196:2; 201:24; 202:14; 203:9; 260:4, 13; 262:4

**rephrase** 7:14; 25:23; 29:10, 14; 99:2; 136:23; 221:14

**replaced** 332:7

**report** 173:17; 187:20; 188:6, 10, 25; 194:14, 17, 18; 196:2; 206:21; 248:7; 249:14, 14; 379:21

**reported** 201:24; 202:14; 217:11; 247:13, 15

**reporter** 5:17; 6:22; 8:13; 332:5, 7; 372:6

**reporter's** 208:2

**Reporting** 5:15, 19; 194:5; 203:9

**reports** 217:14; 379:18

**represent** 9:21; 11:8; 13:11; 365:6; 372:15; 376:24

**representation** 106:23

**representative** 340:11

**represented** 139:8

**representing** 6:19; 350:23

**reprimanded** 200:6

**reputation** 220:13; 222:20; 226:14

**request** 14:9; 15:4; 72:12; 167:12, 14, 21; 177:11; 178:15; 179:24; 321:15; 384:14

**requested** 27:2; 28:15; 207:24; 352:6

**require** 390:19

**required** 292:18; 306:9; 307:20

**requirement** 156:16; 157:10

**requirements** 382:20

**requires** 157:5

**requisite** 165:12; 328:10

**reread** 366:3

**reserve** 390:10, 20

**residences** 307:23; 308:20

**resign** 352:16; 355:19

**resignation** 353:7; 355:19; 356:12

**resigned** 116:13; 352:12, 13; 353:6; 355:10, 11, 16; 356:11

**respect** 344:8

**respectful** 344:25

**respecting** 201:12

**respond** 90:25; 91:3; 247:2, 5, 10; 300:11, 13; 340:14; 385:12

**responded** 200:22, 22; 300:7

**responding** 205:20; 248:17, 22; 300:19

**response** 21:9; 155:24; 246:21; 263:19; 270:8; 352:8

**responses** 193:7, 17; 266:17

**responsible** 119:13, 19; 120:7, 17, 20; 121:9, 11; 122:2; 123:9

**responsive** 20:9; 22:6; 74:10; 78:2; 89:23; 111:17; 113:16; 131:9; 137:16; 173:20; 205:15; 207:4; 224:20; 280:14

**rest** 166:22, 25; 167:5;

323:23

**result** 61:13; 67:9; 69:21; 82:14; 321:23

**results** 327:20

**resume** 344:22; 346:2, 19; 347:13, 17, 24; 348:6, 7, 25; 349:2, 3, 8

**resumes** 345:22

**retain** 11:4, 8; 12:8; 13:13; 138:19; 140:24

**retained** 12:24; 13:25; 14:18; 15:2; 72:7; 139:21; 144:21; 268:19; 269:10

**retainer** 13:5, 8

**retaliation** 207:2; 323:21; 383:10

**retaliatory** 18:21

**retard** 87:10, 11, 17; 227:13, 14

**retarded** 227:12

**retire** 301:24; 324:10; 352:16, 19

**retired** 352:9; 355:9, 12

**retired/resigned** 352:15

**retirement** 353:2; 355:4, 21; 356:14

**return** 276:10, 25

**returned** 276:10, 12, 14

**returns** 145:7; 371:15

**review** 10:9; 14:17; 15:7; 16:7; 22:15; 23:2, 5; 40:15; 110:3, 5; 149:12; 155:6; 162:15; 165:21; 186:12; 193:16; 356:17; 357:11; 365:7; 390:11, 13, 16

**reviewed** 15:6; 16:19; 17:10, 13

**reviewers** 150:9

**reviewing** 9:15; 357:12

**Richie** 203:16

**rid** 124:15; 214:2; 224:17; 230:2, 16, 17

**ridiculous** 102:25; 112:3

**Right** 16:20; 17:12, 15; 23:23; 26:13; 32:9, 11, 15, 25; 33:3; 40:17; 42:15; 48:8; 49:23; 53:16, 18, 22; 54:5; 61:3; 65:21; 68:5, 18; 69:25; 71:17; 72:16; 75:12; 95:14; 98:25; 107:20; 115:14, 15; 130:7; 132:4; 140:3, 6, 25; 143:4, 5; 152:22, 23; 153:12; 154:7, 9; 160:3; 164:2; 166:12; 170:6, 21, 22; 172:17; 176:12; 179:24; 180:11; 182:17; 184:17, 18; 188:21; 191:19; 198:17; 201:12, 18, 22; 202:13; 203:13; 206:3, 22; 207:10; 208:4; 212:19, 20; 232:15, 24; 235:11; 241:11; 245:10; 246:4; 248:8; 254:3; 256:12; 260:24; 261:5, 8, 17, 18, 19; 264:24; 268:3; 273:12, 12; 274:11, 12, 14; 293:20;

295:14; 296:12, 19;
297:11, 14; 298:9, 14;
299:6; 300:23; 307:7;
308:24; 311:8; 321:19, 20;
327:15; 330:2; 339:25;
340:24; 343:19; 348:16,
20; 349:13; 359:11;
360:15, 24; 361:3, 4;
383:6; 390:10, 15
**rights** 69:9; 71:9; 129:23;
133:22, 24; 134:5, 8, 9, 11,
15, 18; 136:11, 25; 137:8,
12, 20, 22; 142:15, 18;
201:12; 223:14, 14; 224:2;
225:12; 350:10; 383:5, 15
**rip** 316:19; 317:18
**ripped** 200:7; 316:10;
317:13, 19
**Riverhead** 82:2; 244:20
**Rivkin** 6:2
**RL** 18:7
**road** 137:14; 326:6
**robbed** 250:25; 252:12
**rock** 20:17
**Rogers** 208:8; 281:20,
20; 282:2, 16; 283:12, 14
**rogue** 242:7
**rogues** 259:16
**role** 182:3
**room** 46:17; 54:10, 13;
74:12; 96:23; 145:17;
332:6
**rooms** 27:23
**rouge** 239:14
**round** 51:22; 52:3;
159:12, 13; 160:20, 24
**row** 306:7, 25; 307:2
**RQ** 13:17; 46:3; 47:11;
66:2; 117:12; 372:2
**rules** 94:14; 271:2;
390:16, 19
**ruling** 18:8
**rumor** 101:7
**rumors** 82:23, 25; 83:10,
16; 84:3
**run** 308:8; 345:20
**running** 74:19
**runs** 384:24

# S

**S** 140:15; 183:22
**S-H-A-H** 323:3
**safety** 75:16; 76:11;
301:6; 367:20, 24
**same** 10:8, 13; 52:15;
63:18, 19, 23; 64:12; 86:4,
5; 96:13; 106:16; 127:13;
130:23; 131:19; 196:11;
221:13; 224:6; 226:7;
232:20; 267:12; 270:23;
298:19; 314:24; 317:2;
327:20; 352:14, 17;
355:12
**Sanchez** 6:13; 67:3, 5;

118:21, 24; 119:3, 12;
120:7, 17, 20; 121:9, 10,
25; 122:5; 123:9; 125:21;
126:5, 6, 10; 127:2; 128:8,
19, 23; 129:10; 131:12, 24;
132:7, 10, 19; 133:10, 19,
20; 134:4, 15, 20; 136:10,
10, 16, 20, 24; 137:6, 19;
138:19; 141:22; 142:7;
144:20; 145:24, 24; 146:8,
13, 19; 147:2, 3, 11;
220:24; 224:2, 9; 225:11,
24; 226:4; 242:20; 376:24;
377:13, 17, 25; 378:5, 9,
14, 16, 21; 379:6; 380:2;
382:24; 383:22; 384:13,
20; 385:21, 25; 387:8, 9,
12; 388:5, 23; 389:11;
390:3
**Sanchez's** 377:23;
384:18; 390:5
**Santana** 5:14
**Sarica** 5:17; 332:6
**sat** 223:17; 230:11;
253:24; 254:25; 255:10;
256:20; 258:3; 388:8
**satisfy** 156:16; 158:18
**sausage** 126:18
**saw** 15:23; 16:9, 22;
309:19; 310:8; 313:12;
316:21, 22; 338:20;
389:10
**saying** 13:10; 17:3, 8;
38:6; 54:3; 62:23; 63:10;
74:6; 98:10; 99:14, 15;
100:20; 120:24; 125:14;
126:20; 130:20; 134:20;
135:5, 24; 136:2; 138:6,
10; 145:3; 156:5; 184:6;
189:25; 190:5; 195:7;
227:18; 229:25; 232:12;
238:10; 240:8, 10; 241:9,
20; 245:24; 250:8; 258:6;
260:22, 25; 261:8, 11;
273:6; 276:17, 22; 278:8;
280:5; 284:3; 288:15;
310:15; 318:12; 337:20;
339:15, 16; 343:15;
352:10; 355:20; 384:23
**SC** 349:17, 21
**scared** 216:17; 278:21;
280:3; 283:16, 19
**schedule** 129:9; 130:8;
131:16
**scheduled** 130:5;
131:11, 13, 16
**scheduling** 130:13
**scheme** 220:14
**school** 138:7; 320:7
**Scott** 140:14
**screaming** 249:16
**sealed** 175:16, 18;
176:12, 13
**seasonal** 157:17;
159:12; 160:13, 16; 182:3;
190:10
**second** 23:24; 24:5;
45:10; 52:7; 84:8; 110:9;

150:18; 151:22; 156:15,
25, 25; 157:2, 3; 161:24;
162:8; 164:22; 165:6, 7, 8;
167:24; 169:9; 181:23;
183:14; 193:12; 270:2;
294:25; 295:9, 9; 334:6;
343:11; 345:11; 358:13;
365:11, 21, 24; 389:3
**seconds** 44:12; 389:3
**section** 197:10
**secure** 79:24
**security** 65:5; 80:6, 9, 11;
342:19
**seeing** 10:4; 33:16;
36:10; 149:16, 17; 150:23;
151:2, 11, 17; 155:15, 18;
177:5; 187:3; 309:16, 17
**seek** 22:25; 144:19;
391:6
**seeking** 142:9; 144:2;
332:17; 342:17; 383:21;
384:6
**seemed** 359:25
**selectively** 242:23
**sell** 196:9, 18
**selling** 315:8, 21
**semicolon** 253:8
**send** 13:9; 23:10, 13;
24:23, 25; 25:4; 219:25;
279:10; 363:10
**sending** 198:5; 362:16
**senior** 57:7; 90:20
**sent** 23:17; 37:9, 10;
163:12; 179:25; 235:5;
339:16; 341:7; 347:12, 16,
24; 348:6, 25; 349:2;
355:18
**sentence** 23:25; 24:5;
36:15; 79:23; 84:8; 89:8;
151:23; 152:7; 165:5;
261:16; 269:23; 294:25;
295:10; 296:2, 5, 25
**sentences** 18:20
**separate** 295:6
**September** 5:12; 65:18,
19; 391:12
**sergeant** 291:12, 18
**series** 7:11
**servant** 112:17
**serve** 344:7
**served** 268:21; 314:13
**Service** 6:16; 61:15, 18,
25; 62:7, 9, 14, 17, 20, 21;
66:19; 67:11, 15, 24, 25;
68:5, 8, 12, 16, 23; 69:12,
23; 71:5, 11, 12, 16, 22;
72:12, 15, 23; 73:3, 7, 14,
22; 75:18, 23; 76:5; 77:9;
85:10; 119:13, 14, 18, 19,
24; 121:14, 15; 122:5;
123:23; 143:16, 17;
159:18; 194:8; 217:15, 18;
218:9, 13, 18; 219:6, 8, 16;
220:2, 24; 223:15; 228:18;
242:21; 268:18; 294:5;
295:11; 302:3; 303:25;
378:23; 379:23; 380:3;

382:25; 384:16, 24, 25;
385:16, 20; 388:12, 24;
389:7, 11
**services** 55:9; 56:21;
58:23; 367:16
**serving** 315:3, 24
**set** 13:20; 15:10, 17;
109:20; 183:7; 194:4;
220:15; 231:14, 14, 16;
268:16
**settled** 116:21
**seven** 48:12, 14, 20, 21;
199:15; 282:13
**several** 292:15, 22
**severe** 301:5
**sex** 127:11, 14; 310:15;
311:17; 312:11
**sexual** 126:25; 127:12,
18; 128:3, 7; 146:22;
147:10; 307:24; 308:22;
309:5, 10, 20, 21, 24;
310:9, 24; 312:7; 313:13;
378:13, 17
**sha** 37:12
**Shah** 323:3; 372:20, 24,
25; 373:13
**Shelter** 82:2; 346:23;
347:13, 17, 25; 349:7
**sheriff** 18:24; 22:25
**shield** 80:20; 274:25;
373:18
**shields** 230:7; 232:13
**shift** 206:21; 251:17;
277:3, 10, 14; 306:9, 11;
308:6
**shifts** 307:5
**Shimkus** 341:8
**shirt** 376:11
**shit** 201:8, 10; 291:20
**shock** 134:16, 17; 135:6
**shocked** 319:20, 22;
320:4
**shook** 139:25
**Shore** 236:17; 376:7
**short** 313:14
**Shortly** 12:9, 12; 224:4;
320:21; 335:14
**shotguns** 214:13, 14, 16
**shoulder** 145:12
**show** 9:19; 41:2; 118:17;
249:11; 255:13, 16;
295:25; 304:22; 305:4;
346:17; 357:8
**showed** 155:25; 214:15;
240:13; 262:21; 316:5
**showing** 44:15; 147:23;
342:11; 353:23; 363:22
**shows** 13:19, 19, 21;
20:5; 262:17
**shut** 198:10; 201:4;
227:11
**side** 145:8; 376:8
**sign** 189:14, 20; 191:12;
390:11
**signature** 13:20; 87:3;

140:13; 351:3, 4; 358:3;
359:15; 364:4
**signed** 140:10, 21; 141:5;
162:5; 175:19; 189:15, 19;
191:13; 351:6; 360:18
**significant** 150:13;
193:17
**signing** 175:20; 187:18;
188:5, 24; 189:16
**similarly** 243:4
**simple** 32:18; 267:22;
268:8
**simpler** 169:18
**simply** 20:10; 69:18
**single** 262:15
**sit** 19:11; 174:16; 224:7;
225:10; 254:17; 258:2, 8;
286:17, 20; 334:15;
335:18; 362:8; 368:10, 19
**sits** 291:21
**sitting** 10:22; 140:22;
236:20; 376:7
**situated** 243:5
**situation** 7:24; 204:13,
15; 246:23; 267:25;
318:12, 14; 375:13
**six** 199:15; 243:14;
282:13; 316:22; 317:10,
11; 327:17; 339:9; 343:7;
380:13; 382:12, 15, 17, 21
**slang** 86:7
**slash** 157:17; 270:8
**sleep** 197:25; 322:7;
323:13, 15, 17
**sleeping** 204:11; 323:7,
18
**small** 81:20
**smart** 102:21, 21
**smirk** 376:15
**Smithtown** 64:2, 3, 7, 9,
14, 23; 75:8, 19; 76:7, 10;
77:8; 78:4
**snide** 238:5
**snoring** 204:12
**Snyder** 129:7; 212:14,
18, 20, 22; 213:6, 13, 15;
321:13; 374:23
**Snyder's** 213:2
**somebody** 56:13, 14;
59:11; 86:5; 96:21, 21;
168:5; 188:18, 21, 24;
197:10; 248:17; 263:18;
302:11; 384:23
**someone** 30:3; 57:2;
59:25; 60:4; 77:19; 96:20;
99:13; 108:14, 16; 114:16;
115:18; 120:12, 24;
140:10; 143:23; 199:19;
216:16, 19; 240:12, 16;
242:10; 263:9; 302:8;
309:14, 17, 19; 311:16;
312:6; 345:23; 356:10;
375:3; 387:11
**someone's** 238:9; 256:8;
309:22; 310:3; 312:11, 24
**sometime** 213:12

**Sometimes** 50:4; 206:16; 371:3, 3, 13, 14

**somewhat** 180:3

**son** 227:20; 268:3, 4; 276:7, 9, 23; 374:4; 375:8; 377:9

**soon** 51:9; 124:7; 295:2, 15; 296:3; 297:8

**sorry** 7:9; 48:21; 62:2; 90:15; 139:12; 151:7; 175:12; 196:15; 198:6; 202:23; 228:20; 243:22; 244:5; 253:7; 256:14; 326:9; 334:23; 342:9; 379:13

**sort** 387:17

**sought** 157:14; 365:19; 366:7

**sound** 204:12, 14

**South** 54:24; 55:6, 19; 56:18; 57:3, 6; 59:16; 60:3, 5; 78:25; 81:25; 190:20; 265:18, 21

**Southhampton** 381:2, 3

**space** 14:16, 23; 198:20; 372:6, 8

**span** 311:5

**Spanish** 189:10

**SPCA** 81:23; 266:15; 349:18, 21; 350:5, 24; 351:12, 21

**speak** 35:6; 189:8; 275:4; 279:8; 382:25; 388:23

**speaking** 87:4; 171:13, 19; 377:5; 388:6

**speaks** 39:6; 40:12; 59:9; 156:9

**specialist** 5:16

**specific** 21:21; 73:18; 332:21

**Specifically** 18:23; 51:19; 54:13; 55:16; 56:3, 6; 57:2, 17, 19, 22; 60:10, 19; 73:11; 83:17; 101:21; 114:17; 148:5; 170:25; 222:3; 228:13; 264:14; 329:20; 334:12; 379:11, 14

**speculate** 153:22; 177:5; 310:7; 339:21

**speculating** 88:4; 336:6, 10

**speculation** 87:25; 88:8; 89:3; 121:18; 122:4; 210:19; 338:8, 12

**spell** 344:22; 345:5

**spend** 158:12; 159:17

**Spoda** 103:15

**spoke** 42:14; 51:14; 179:16; 282:16; 387:2, 8

**spoken** 91:11

**spot** 306:5

**spouse** 390:5

**spread** 82:23; 83:2, 10, 17; 84:4

**spreads** 268:7

**St** 229:24

**staffed** 313:14

**stamp** 147:24; 333:8; 340:19; 342:5; 346:14; 349:17; 357:4; 361:24; 362:12, 23; 363:18

**stand** 197:7; 200:12; 226:8; 268:11; 305:22; 306:10, 13; 361:18

**Standish** 148:14; 362:16; 363:5

**start** 261:16; 315:15

**started** 27:22; 74:6; 90:18; 124:7; 198:4, 13, 15; 226:25; 227:2, 2, 3, 4, 5, 8, 9, 10; 289:23; 290:9; 303:11; 315:4, 12, 13; 319:23; 320:2; 384:3

**starting** 173:5, 8; 239:17; 269:15; 334:6

**startled** 308:10

**Starts** 38:6; 84:23; 261:11

**State** 6:25; 18:22; 124:14; 201:24; 266:13; 332:14, 20; 333:23; 336:2; 337:10, 21; 338:4; 358:20; 386:10, 13

**stated** 11:12; 19:23; 21:9; 48:10; 58:6; 63:17; 86:20; 117:25; 126:11; 130:18; 241:10; 269:24; 289:22; 320:22; 321:8; 329:16; 336:22; 337:16; 338:6, 17; 375:3

**statement** 20:4; 51:4; 62:9; 63:5; 126:23; 142:7; 148:15; 156:21; 157:21, 24; 159:3, 4; 162:10, 16; 173:22, 23; 215:14; 267:19; 282:22; 310:10, 13, 14; 338:19; 339:7, 9; 375:2

**statements** 36:12; 141:23, 25; 142:3; 259:4; 261:3, 13, 24; 282:19; 320:5; 321:4; 359:22; 360:5

**States** 5:10; 150:8; 151:23; 173:8, 11; 183:16, 21; 192:18; 326:11; 327:8

**stating** 19:20; 62:9; 131:6; 133:14; 147:5; 158:19; 192:23; 228:22; 230:6; 231:17; 375:2; 389:23

**station** 86:4; 201:4; 253:6

**status** 220:14; 389:19

**statutory** 192:25

**stay** 130:25; 143:9, 10; 200:15; 319:9

**Staying** 196:7

**stays** 369:11; 385:20

**stemming** 226:25

**step** 108:25

**Steve** 130:23

**stick** 99:10; 270:12;

338:24

**stigmatizing** 226:13, 17; 228:6, 12; 229:9, 17, 19; 239:13

**still** 14:14; 27:10; 47:9; 66:10; 104:6; 164:4, 16; 165:13; 188:12; 193:22; 234:20; 241:16; 243:24; 244:21; 245:23; 253:21; 277:21; 288:19, 21, 22, 24; 298:8, 9; 306:14; 314:20; 322:11; 323:12; 359:2, 4; 360:13, 20, 23, 25; 361:7, 13, 13; 374:10

**sting** 315:18

**stings** 315:6, 7

**stipulate** 13:24

**stole** 276:7, 11, 13, 23

**stolen** 173:16; 187:20; 188:5

**stomach** 322:8, 8; 323:7, 13, 14; 372:22

**Stop** 70:3; 112:3; 125:3, 6; 154:11; 166:7; 274:23; 322:14

**stopped** 104:7; 122:15, 20; 123:15; 124:2, 7, 25; 308:11; 323:12; 367:4, 9

**story** 229:9; 298:23

**straight** 306:23; 307:3, 5

**stranger** 99:5, 23

**strangers** 89:11, 16; 90:2, 5, 10; 98:6

**street** 132:5; 200:13; 209:5, 20; 282:6; 305:18; 375:10; 383:6

**streets** 198:3, 10; 305:19; 308:8; 381:19

**stress** 22:2; 148:16, 20

**strike** 20:8; 22:6; 53:6; 55:12; 59:18; 74:9; 77:23, 25; 82:11; 87:16; 89:6, 22; 92:10; 95:8; 98:22; 101:10; 105:10; 111:16; 113:15; 121:7; 125:18; 131:8; 137:4, 15; 173:19; 197:14; 207:4; 215:13; 218:4; 219:24; 228:4; 244:25; 248:19; 257:3; 265:11; 267:3; 276:19; 278:22; 280:13; 283:17; 298:21; 375:16; 382:4

**stuck** 200:3

**study** 380:11

**stuff** 20:5; 27:24; 31:3, 4; 47:25; 48:19; 50:11; 56:11; 60:21; 129:24; 134:3; 166:25; 168:5, 9; 170:13, 14, 15; 222:2; 227:15; 231:19, 24; 232:5; 240:9; 241:10, 20; 242:13; 277:20; 282:3; 330:24; 332:24; 376:14

**stupid** 87:10; 138:10; 191:13, 14, 18; 251:5, 8

**sub-paragraph** 253:2

**subject** 116:8; 213:14

**subjected** 242:21

**subjects** 111:12

**submit** 219:15; 350:12

**submitted** 334:9, 19, 24; 343:18, 20; 346:3

**submitting** 364:9

**subordinate** 291:6

**subpoenaed** 341:16

**Subscribed** 391:19

**subsequent** 178:14; 233:15

**subsequently** 148:24

**substance** 17:23; 146:2

**substitution** 334:14; 339:6

**success** 327:22

**sudden** 81:21; 249:15

**sue** 133:12; 271:7, 25; 275:10; 330:17; 336:23

**sued** 33:3; 75:7; 76:17; 183:17; 216:15; 272:18; 275:19; 330:8, 9; 382:3

**suffered** 321:22; 322:6; 323:13

**Suffolk** 5:24; 6:11, 13, 14, 15; 49:22; 55:9; 56:21; 58:23; 75:10; 76:22; 78:9; 100:2, 5, 24; 119:12; 130:22; 158:2, 3, 8, 13, 17, 22; 159:5, 15, 19; 163:9; 186:21; 188:8; 190:15; 194:8; 217:14, 18; 218:8, 13, 18; 220:23, 24; 242:21; 244:16, 18; 247:7; 264:15; 268:18; 292:19; 294:5; 295:12; 301:3, 10, 12; 303:15; 304:2; 321:15; 325:6, 23; 327:11; 331:19; 350:5, 24; 351:12, 21; 364:20; 367:16; 376:24; 379:22; 380:2, 8, 25; 382:24; 385:15; 389:21, 23

**suggest** 269:3, 8; 336:16

**suggesting** 92:23

**suggests** 132:7; 263:12

**suing** 30:6, 19; 31:6, 16; 32:7, 10; 33:10, 19; 34:8; 40:22; 133:2; 170:5, 9; 178:25; 216:6, 7, 19; 271:14; 336:25; 337:23

**suit** 78:14

**sum** 17:23

**summer** 277:2

**summertime** 311:22

**summons** 316:9, 9, 20, 25; 317:11; 353:20; 354:12

**summonses** 314:10

**sun** 105:4

**superior** 201:11; 312:13

**superiors** 194:7

**supervise** 270:7, 15, 21; 271:24

**supervised** 272:7

**supervising** 275:14

**supervisor** 206:3; 219:21

**supposed** 91:10; 219:22; 249:8; 274:23; 280:4; 282:4

**supposedly** 93:8; 96:21; 107:5; 124:19; 200:21; 237:20

**sure** 8:18; 10:7; 12:10, 14, 15, 19; 13:7, 16; 19:14; 21:19; 22:11, 12; 23:21, 22; 26:8; 41:16; 46:10; 65:23, 25; 66:7; 84:6; 92:6; 99:6; 110:5; 124:6; 136:6; 144:25; 145:20; 147:4, 6, 12; 160:13, 17; 161:5; 162:23; 166:20, 21, 24; 167:16; 177:2, 7, 15; 181:7, 12; 204:6, 16; 211:7, 8; 213:17; 218:25; 219:10; 220:8; 225:14, 16; 244:12; 252:18; 255:17; 259:23; 265:2; 281:21; 282:24; 284:6, 6, 16; 285:16; 286:9; 288:2; 293:13, 17, 21, 22; 294:20; 305:10; 313:21; 326:14, 16, 21; 336:24; 339:17; 340:16; 343:21; 346:24; 347:7, 9, 22; 380:4; 385:2; 386:7; 389:2

**surprising** 146:18

**surrounding** 114:5; 191:6

**swallowed** 200:5

**swear** 6:22

**switch** 65:2

**switched** 64:24

**sworn** 6:25; 162:14; 391:19

# T

**T** 391:17

**table** 107:20; 145:8

**tact** 28:10

**talk** 42:9; 47:4; 51:18; 84:7; 86:5, 8; 118:21; 119:3; 126:3, 17; 132:22; 168:18; 189:18; 253:11; 264:3; 267:23, 24; 272:25; 275:6; 276:3; 291:23; 303:11; 307:14, 15

**talked** 19:20, 24; 50:15, 19; 51:3, 7; 52:22; 63:3; 66:23; 67:2; 86:2, 3; 87:6, 7; 88:13; 96:14, 16; 118:25; 131:5; 132:10, 21; 168:16, 21, 23; 180:3; 181:11; 217:11; 272:14, 23, 24; 273:4; 276:4; 302:8; 335:16; 375:12; 379:4; 385:8; 389:2

**talking** 8:11; 12:13; 25:8; 33:25; 87:14, 20, 22; 88:5; 96:24; 97:21; 99:14;

113:2; 126:18; 131:10;
138:17; 159:14, 15;
181:18; 206:24; 211:5;
222:19; 223:25; 227:12;
240:11; 241:4; 255:5;
274:7, 11; 277:11, 15, 24;
278:4; 288:8, 8; 298:20;
303:11; 311:11; 339:17;
386:15, 17; 387:18
**talks** 116:2
**tape** 5:5; 74:19, 24; 75:5;
91:24; 92:13, 19; 93:3, 15;
94:2; 95:25; 96:10, 24;
97:3, 11; 145:14; 154:13,
18; 216:25; 217:3, 8;
289:4, 6, 11; 321:18;
353:11, 16
**tape-record** 97:7
**tape-recording** 97:16
**taped** 95:3, 20
**taping** 95:10, 13; 97:22
**tax** 371:15
**taxation** 266:14; 332:14,
20, 24; 333:24; 334:3;
335:19; 336:2, 8, 19;
337:21; 338:5, 22; 340:2,
14; 341:9, 17
**taxi** 200:19; 231:15;
233:17, 20, 21; 234:2, 3, 5,
7, 9, 11, 14, 16, 22; 235:4,
6, 18
**telling** 17:23; 34:3; 42:3,
4; 57:20; 111:19; 133:10;
187:21, 24; 195:10;
200:11; 228:25; 229:8;
236:24; 241:19; 242:4;
262:24; 273:23; 274:18,
21; 309:15
**tells** 59:10; 268:5
**ten** 18:10; 46:13; 195:17;
205:5, 17
**tenure** 317:12
**terminal** 229:22; 247:20;
376:8
**terminated** 62:10; 63:6,
9, 11, 13, 19, 23; 64:5, 11;
75:25; 243:21; 260:6;
262:5, 13; 264:11; 274:5;
337:16, 17; 338:17
**terminating** 242:23
**termination** 75:8, 10;
76:17, 20; 78:5, 14;
119:11; 142:10; 183:19
**terms** 223:4
**test** 22:2, 3; 35:14, 19, 23;
36:5; 65:4; 74:16; 148:16,
17, 20, 25; 149:4; 150:2;
333:5; 366:18
**tested** 42:25
**testified** 7:2; 9:2; 26:19;
70:23; 76:16; 83:14, 25;
109:12; 147:8; 166:18;
167:13; 180:22; 188:13;
206:6; 207:9, 13, 14, 25;
210:8; 215:21; 217:21;
218:8; 220:6; 248:11;
252:9, 13; 300:3; 305:20;

332:12; 348:3; 352:7;
355:8
**testify** 351:8
**testimony** 21:12; 69:13;
71:3; 105:10; 136:7;
150:20; 164:17; 186:3;
191:5, 15, 21; 210:9;
213:11; 215:24; 216:18;
250:13; 251:16; 271:20;
277:9; 279:17, 24; 280:20;
281:5, 12; 285:6; 298:25;
306:13; 327:2; 329:6;
338:20, 25; 351:2; 355:15;
361:19; 369:3; 391:3
**tests** 292:18
**thereafter** 213:15
**thereby** 54:24; 353:3;
355:4
**thinking** 215:3; 230:8
**third** 36:15; 52:16; 140:7;
171:25
**Thomas** 374:23
**Thompson** 6:18; 140:10,
15
**though** 12:4; 84:16;
114:25; 126:23; 173:25;
195:2; 212:25; 245:14;
246:10; 254:13; 255:14;
300:22; 301:8; 311:8;
314:13, 20
**thought** 27:6; 57:14;
70:5, 7; 89:4; 101:3;
103:25; 116:3, 9; 235:2;
319:24, 24; 320:6
**three** 21:14; 32:18; 45:19,
20, 21; 104:12; 107:9;
128:24; 131:6, 6; 148:8;
154:18; 172:3, 7, 9;
195:15; 199:14; 200:15,
15; 204:9; 207:21; 217:3;
230:16; 232:20; 247:11;
253:20; 280:6; 299:15, 16,
17, 18, 19; 302:17, 20, 21;
305:23; 306:6, 23; 307:3,
4; 311:4, 14; 322:20;
323:11; 327:16; 343:6;
380:5
**Three-page** 186:6
**threw** 20:17
**thrown** 27:14; 173:18;
175:16, 16, 18; 176:10, 11;
189:21, 24; 316:11, 11
**thuggery** 289:18
**ticket** 174:14; 176:8
**till** 208:22; 277:19
**times** 7:18; 87:12;
100:19; 104:12; 107:9;
125:12; 161:4; 174:10;
195:13, 14, 15, 15, 16, 18;
204:9, 23, 25; 205:11;
214:8, 9; 220:11; 249:13;
250:16; 251:19, 21;
267:25; 283:4; 311:2, 4,
14; 316:10, 19, 24; 319:11
**tire** 199:12, 16, 18, 18;
284:24, 25; 285:10, 14, 17;
286:3

**tires** 199:21, 22; 284:24;
285:4
**title** 38:11; 291:11;
366:10
**tobacco** 163:14; 168:11;
339:10
**today** 7:11; 8:2, 8; 9:13;
10:5, 23; 19:12; 67:12;
140:23; 142:22; 144:15;
151:12; 165:25; 174:17;
177:6; 179:22, 23; 192:10;
224:8; 225:10; 238:19;
286:18, 21; 299:18;
302:22; 334:15; 335:19;
345:12; 362:8; 368:10, 19;
371:22, 23; 376:13; 377:6
**today's** 391:11
**together** 100:13, 16;
112:22; 115:25; 212:15
**told** 11:24; 12:3; 16:2;
19:25; 20:3; 23:5; 31:5;
32:5; 33:9, 12; 35:18, 20;
36:18; 37:19; 38:20; 39:3,
21; 40:8, 21; 42:12, 14;
43:8, 9, 11; 44:2, 12, 14;
46:21, 23; 47:7; 48:4, 22;
50:8, 11; 51:16; 52:13, 20;
53:4; 54:8, 11, 17; 55:8,
13, 24; 56:2, 6, 12, 13, 14,
17; 57:25; 58:25; 59:24;
60:7; 63:12; 69:8; 70:10,
25; 74:4, 8; 77:16; 79:8,
12, 13, 14, 16; 81:19; 82:7;
86:16; 93:14; 94:2, 4, 19,
22, 23; 95:2; 96:21; 99:22;
101:8, 20; 102:22; 104:2;
107:6; 108:15, 16, 20;
111:21; 112:19, 21;
114:21; 115:5, 9, 18;
119:21, 25; 120:4, 12;
121:12, 24; 122:3; 124:13,
18, 19; 125:12; 126:24;
130:25; 131:24; 132:9, 10,
14; 133:7; 134:18; 135:11,
12, 14; 139:11, 15; 141:2;
142:14; 146:12, 14; 147:4;
149:21; 168:14; 170:19,
20; 175:2, 7, 13, 15, 17,
21; 176:12; 181:8; 185:17;
188:4, 13, 18, 21, 23;
189:14, 20; 191:12; 196:8;
197:12; 199:20, 22, 24;
200:4, 12, 15; 206:3;
209:14; 212:10, 16;
213:13; 214:14; 222:5;
223:13; 224:2; 225:11, 18;
226:2, 4, 6, 7; 230:3;
231:7; 233:10; 234:19;
235:7, 8, 9, 11; 237:2, 14;
241:3; 242:9; 244:14;
245:22; 247:13; 252:16,
19; 263:5; 264:12; 265:5,
22, 23; 266:4; 273:17;
276:8; 286:12; 288:17;
291:20; 297:12; 298:16;
301:22; 302:2, 5; 305:8;
315:5, 17; 318:18; 321:17,
24; 327:14; 335:6, 23;
337:17; 338:16; 374:3, 4;
375:8, 9; 376:10, 14;

377:10; 381:18; 383:5;
385:3, 14; 387:15; 388:15
**Tommy** 129:7; 212:14,
18, 22; 213:2, 5
**took** 22:2; 27:23; 35:22;
80:15; 82:6; 132:8;
142:15; 148:16, 24;
190:19; 242:10; 244:21;
256:21; 315:19; 322:18,
19; 323:8; 326:5; 339:22;
378:22; 381:22
**top** 24:11; 38:9, 15;
39:25; 180:18; 239:18;
261:16; 269:18
**tops** 316:24
**TORHP** 363:19, 24;
365:10, 24; 367:15
**totally** 197:5; 231:19, 21;
246:25; 247:7
**tours** 307:21
**towards** 170:3; 172:2;
185:2; 187:5
**Town** 6:10; 57:7; 60:3, 5;
61:2, 6; 64:25; 75:7, 16,
19; 76:7, 9; 77:8; 78:4;
81:25; 82:3; 124:16, 19;
247:3, 4; 265:18; 274:12;
347:13; 367:20, 24;
372:10; 381:2, 3
**train** 381:23
**trained** 198:8; 274:24;
301:10; 381:22
**training** 198:9; 301:12;
343:7, 7; 381:7, 11, 13, 17
**transcript** 14:16, 24, 25;
198:20; 372:7; 390:11, 12,
17
**trashed** 250:4, 12, 20
**treating** 373:12
**trial** 184:22
**trick** 191:11
**tricked** 187:18; 188:5, 14,
19, 24; 191:4, 7, 7, 15, 19
**tried** 50:14, 17; 127:24
**tries** 356:10
**trouble** 174:24; 214:3;
237:20; 298:2
**truck** 199:10; 200:2, 3
**trucks** 199:22
**true** 9:6, 22; 10:17; 15:11;
30:21; 33:3, 8; 89:13;
116:6; 141:25; 157:20, 23;
161:20; 173:23; 175:10;
207:14; 324:5; 327:23;
328:14; 338:9; 340:3;
341:15; 359:23; 360:6;
361:5
**trust** 373:3
**Trustee** 208:10, 21, 24;
210:11, 22; 269:4; 270:13,
15, 20; 271:23; 273:7, 8;
274:9; 275:11
**trustees** 270:25; 272:2,
7, 13, 14, 22, 25; 273:5;
275:5; 276:2
**truth** 53:5; 91:10; 112:2;

113:5
**try** 7:13; 190:14, 17
**trying** 43:15; 52:5; 65:8;
69:16; 78:3; 138:9;
174:20; 227:23; 260:17,
19; 263:9; 271:19; 287:20
**TSIP** 346:14
**turn** 18:11; 24:9; 330:17,
22; 365:10
**twice** 103:21; 104:12;
199:20; 204:8, 22; 285:11;
288:7; 315:10; 318:7
**two** 18:20; 21:14; 44:12;
45:3, 5, 7, 19, 21; 47:17;
63:18, 21; 65:3, 17; 71:17;
75:5; 76:13; 107:9;
112:24; 128:25; 143:2, 11;
154:13; 156:16; 157:5;
158:12, 18, 22; 159:6, 17;
165:12; 169:2; 185:24;
187:4; 189:7; 191:9;
192:6; 195:14, 16; 198:14;
199:13; 200:8, 15, 22;
205:3, 25; 224:3; 226:5;
243:14; 251:17; 253:20;
257:19; 274:2; 279:20;
280:5; 281:17; 285:25;
288:2; 292:3; 293:2;
302:17, 20, 21, 24, 25, 25;
305:23; 318:24; 322:20;
323:10; 328:16; 360:22;
366:20; 368:21; 369:20;
373:3; 380:5, 13; 388:20,
21
**two-month** 12:17
**Two-page** 154:24;
176:21; 177:19, 25;
179:11; 191:25
**two-sentence** 344:21
**Ty** 244:13; 245:2
**type** 144:3; 163:12;
299:3, 4; 333:2; 367:25;
373:23
**typed** 212:3, 8, 17;
343:14, 22; 344:3
**typing** 212:2
**typo** 213:18; 344:10
**Tyrie** 84:10; 85:20; 86:15,
25; 87:11, 17, 19, 21; 88:5,
10; 204:11

---

# U

**umm** 244:13
**unable** 79:24; 148:9
**unbelievable** 196:13
**uncertified** 120:8, 21;
122:6, 16, 21, 23; 123:10,
16; 124:3; 125:2; 217:25;
218:3, 11, 19; 227:3, 6, 10;
235:23, 25; 244:6, 11, 13;
245:4, 5, 9; 247:6; 249:3;
250:9, 11; 268:20; 269:11;
283:25; 284:3; 290:2;
293:7, 12, 16; 294:3;
295:2, 7; 296:3, 6, 18, 19;
297:7, 12; 299:11; 301:7;

303:17; 304:10; 314:11;
383:18

**under** 8:13, 16; 9:2;
13:25; 14:4; 46:8; 47:13;
66:6, 11; 77:19, 24; 80:9,
19; 117:15; 183:14; 187:9;
200:13; 305:23; 306:14;
314:9; 317:6; 351:2;
358:16; 390:15

**underaged** 315:6, 8, 20,
21, 24; 316:3, 6; 317:2, 12

**underneath** 140:13;
343:13; 358:23; 359:2;
365:21

**understaffed** 313:3

**undertake** 62:13; 228:12

**undertook** 95:25; 293:25

**unfavorable** 36:17, 23,
24; 37:16

**unfortunately** 334:7, 8

**uniform** 254:6, 23;
255:10

**uniforms** 214:4; 230:7;
231:18; 256:5

**union** 389:15

**United** 5:10; 326:11;
327:8

**unlawful** 18:21; 75:8, 9;
76:17, 19; 78:5, 14; 320:13

**unlawfully** 38:7

**unless** 144:13; 254:7;
389:15

**unmanned** 197:4;
250:24

**unqualified** 268:20;
269:11; 294:3

**unsafe** 197:4

**up** 14:8; 27:23; 45:11;
48:11, 17; 50:8; 58:19;
89:18; 94:7; 99:13;
100:25; 101:2, 4; 102:13;
105:4; 112:25; 127:24;
144:16, 23; 145:4; 150:19;
160:6; 168:13, 23; 172:3,
8; 175:23; 188:11; 193:21;
200:5; 212:17, 20; 214:12,
23; 215:7; 217:22; 218:2;
227:11; 230:10; 231:14,
14, 16; 234:17; 244:15;
246:22; 247:12; 248:24;
249:11; 250:21; 253:22;
260:12; 269:16, 21;
274:21; 277:19; 307:12;
308:17; 316:8, 9, 10, 19;
317:13, 18, 19; 320:12, 17;
339:25; 353:9; 372:17;
376:11

**uphold** 345:2

**upholding** 246:8

**Upon** 60:23; 84:9; 85:18;
86:11; 115:18; 118:9;
120:6; 122:5; 124:9;
141:21; 142:16; 144:20;
146:8; 162:16; 184:3;
193:16; 206:13; 242:9;
301:3; 338:19; 339:21;
381:22

**upstairs** 27:23, 24

**use** 11:19; 12:5; 29:21;
45:24; 298:16; 385:21

**used** 29:25; 36:25; 86:19,
22; 103:2; 124:12; 197:8;
211:5; 212:5; 213:25;
214:12; 254:15; 277:20,
22; 294:10; 298:12, 13;
304:21; 305:9; 314:25;
315:5; 316:2; 319:8, 9, 10;
320:2; 381:21

**Usually** 14:7; 251:6, 9;
277:7; 382:17

**utterly** 85:9

## V

**Valentine's** 275:2

**valuable** 220:12

**VanCoot** 111:11; 112:14,
25; 114:9

**varies** 371:13

**various** 28:15; 377:21

**vehicle** 173:16; 199:12;
257:12, 18, 23; 258:2

**vehicles** 253:8

**verbal** 43:23

**verbally** 281:21

**verified** 169:12

**verify** 157:14; 174:20

**Verizon** 45:25

**versus** 5:8; 247:9

**video** 5:16

**VIDEOGRAPHER** 5:5;
6:21; 74:23; 75:4; 143:6;
154:12, 17; 217:2, 7;
289:5, 10; 290:20, 24;
332:2, 8; 353:11, 15;
369:24; 370:3; 391:10

**videotape** 184:21;
306:17, 21

**videotaped** 5:6

**view** 51:14

**Village** 5:9; 6:5; 8:10;
9:25; 15:19; 30:19; 31:8,
17; 32:11; 33:3, 11, 19;
34:8; 106:23; 111:10;
123:15; 124:2; 133:12;
178:25; 197:4; 212:12;
215:25; 216:8, 10; 224:13;
247:4; 249:9; 250:5, 24;
270:5; 274:22; 297:25;
313:2, 14; 373:10; 381:2,
3; 384:25

**violated** 221:4

**violating** 303:16

**violation** 175:25; 176:4, 7

**violations** 319:5

**virtue** 304:8

**visit** 126:5

**voice** 263:6, 8

**voluntarily** 352:19;
355:9, 16

**volunteer** 81:23; 350:8,
9; 365:18; 366:6

**volunteered** 367:7, 8

**volunteering** 367:9

## W

**W-2** 371:19; 372:9, 11

**Wait** 48:5; 164:21, 23;
186:25; 249:18, 25;
298:13

**waiting** 231:15; 233:18,
22; 234:14; 236:20; 376:8

**walk** 345:13

**walked** 113:13; 233:24

**walking** 389:8

**wall** 254:4; 320:3

**Walter** 49:19, 19; 203:25;
235:21; 237:16; 244:8;
250:17; 268:2

**wants** 294:15, 15

**waste** 43:2, 4; 327:19

**wasting** 249:19

**water** 200:19; 231:15;
233:17, 20, 21; 234:2, 3, 5,
7, 9, 11, 14, 16, 21; 235:4,
6, 18; 237:6

**way** 7:14; 14:13; 39:13;
41:23; 50:5; 51:22, 22;
52:3; 54:21; 65:8; 86:2, 20;
87:3, 6, 7, 8, 23; 103:3;
111:24; 114:15; 127:16,
20; 192:18; 207:19; 214:8;
223:8; 226:7; 231:10, 12;
239:2; 246:5; 248:14;
254:13, 14; 262:24; 263:4;
274:4, 6; 320:8; 331:4;
385:13

**weapon** 270:2

**wearing** 321:14

**week** 112:23; 129:14, 19;
131:21; 160:22; 161:2;
189:17; 230:19; 370:22

**weeks** 12:13; 74:5;
112:24; 138:23; 141:12;
243:14; 284:15; 380:14

**welcome** 82:17; 98:22;
340:8

**Welsch** 5:25; 369:21

**weren't** 20:15; 71:19;
94:12, 13; 107:2, 25;
113:18, 24; 115:13;
121:13; 122:22; 124:5;
134:19; 231:7; 237:3;
243:12; 250:4; 272:19;
275:16, 17; 276:2; 337:6

**what's** 9:20; 34:25;
98:11; 99:15; 100:21;
108:5; 147:23; 149:12;
163:8; 176:6; 203:21;
214:11; 241:7; 245:25, 25;
265:16; 269:8; 301:15;
309:23; 320:11; 321:24;
322:17; 331:16; 333:13;
342:11, 24; 343:4; 346:17;
350:20; 352:2; 353:23;
357:8; 363:22; 383:15

**whatnot** 233:17

**whenever** 47:7

**Whereas** 143:12; 145:16;
154:15

**wherein** 31:13; 40:7;
59:11; 351:16

**wherever** 250:6

**who's** 10:22; 93:10;
97:23; 216:12; 241:22;
250:8; 256:2; 273:10;
287:18; 296:9; 302:9

**whole** 8:19; 32:9; 189:22;
200:17

**Whose** 57:9; 256:10, 14;
310:13; 346:20

**wife** 90:7, 9; 98:8; 100:12,
13, 16, 18; 101:13, 23;
103:5; 227:19; 280:6;
374:4; 375:8

**wife's** 101:16

**Wigdor** 6:19; 140:10, 14

**wild** 268:7

**willfully** 220:19; 221:7,
16

**winded** 207:23

**window** 20:17

**winter** 284:22; 285:2, 7

**wintertime** 251:23

**wire** 321:14

**wiretap** 91:14, 17, 22

**wiretaps** 91:19, 20

**wise** 376:17, 18

**withdraw** 144:13; 171:10

**withdrawing** 110:24

**Withdrawn** 11:3; 36:9;
57:18; 62:3; 68:21; 72:6;
81:11; 122:12; 160:10;
165:23; 171:8; 329:5

**within** 12:17; 40:19;
109:8; 119:10; 129:14, 19;
144:4

**without** 17:23; 57:19;
124:20; 199:15; 220:15;
221:2; 229:8; 236:6;
258:21; 263:18; 305:5, 24;
306:3, 10, 10, 14; 334:14;
339:6

**witness** 6:23; 47:16, 20;
94:12; 108:8; 110:14;
143:10, 12; 145:16;
198:22; 202:22; 215:15;
229:13; 311:3; 312:6;
390:15

**witnessed** 310:2;
311:12, 15; 319:15

**woman** 57:11; 102:21;
256:22; 310:16, 22;
389:25

**women** 126:15; 377:22

**Wor** 332:7

**word** 29:19, 21, 25;
67:22; 70:3, 4, 9, 14, 19;
81:21; 82:21, 22; 96:19;
120:13; 187:19; 195:12;
344:14, 22; 345:5; 355:24;
356:9; 360:9, 12

**words** 86:18, 21; 138:11;

**work** 11:25; 49:2, 10, 16;
61:6; 64:18; 71:17; 86:6;
89:17; 90:17; 99:23;
100:19; 112:22; 124:12;
132:4, 24; 133:5, 15;
158:4, 22; 159:12; 160:23,
25; 163:13; 202:18;
206:20; 211:5; 267:22;
268:4; 272:17; 277:4;
291:20; 311:9; 320:19;
334:25; 340:10; 348:13;
370:23; 371:11; 381:8;
383:6

**worked** 60:3, 4; 63:11;
64:23; 76:12; 86:4; 101:5;
103:2; 116:8; 130:22;
158:2; 159:13; 160:20;
163:14; 202:5; 287:7, 25;
311:7; 335:2; 367:6;
371:11; 381:21; 383:14

**worker** 30:13; 102:20, 20

**workers** 77:17

**working** 61:2; 76:7;
80:13; 90:18; 98:10; 99:7,
11, 12; 101:9; 104:2, 6, 7;
122:19; 123:14; 227:8;
229:6; 237:3; 245:21, 22;
247:3; 286:10; 307:9;
308:4; 316:23; 318:13;
321:25; 349:9; 367:4;
376:13

**works** 49:21; 57:6; 59:14;
102:18; 115:25; 201:9;
226:10; 244:22; 268:3

**worst** 246:23

**wow** 230:8

**write** 30:17; 34:13; 36:16;
37:18; 145:23; 157:13;
162:19, 20; 188:9; 203:9;
206:17; 214:19; 316:9, 25;
317:4; 343:11; 344:7;
356:16; 358:24; 359:2;
360:22; 361:12; 366:21;
386:6

**writes** 30:4, 5; 152:13

**writing** 22:8; 88:15, 22,
25; 152:22; 153:5; 203:8;
205:24; 206:2, 5; 211:12,
24; 212:2; 219:15, 25;
220:2; 283:2

**written** 14:8; 41:23; 43:7;
83:21; 183:14; 214:10;
215:20; 281:6, 9; 329:25;
336:21; 356:21, 24

**wrong** 78:19; 135:21;
162:21; 167:25; 168:4, 14;
172:18; 175:6; 213:19;
282:10; 339:14, 16;
383:19

**wrongful** 183:18

**wrongfully** 383:16

**wrote** 20:16; 29:19;
30:15, 22; 31:2, 16; 32:7;
34:6, 11; 86:23; 163:7;
164:17; 165:16; 213:15;
214:17; 229:17; 282:23,

23; 294:8; 316:8; 317:6, 9,
11; 341:2; 356:12, 15;
366:24

# Y

**Y-H-E** 344:8

**yard** 256:18

**year** 25:8; 26:16; 139:4;
158:18; 159:12, 13;
160:20, 24; 198:14;
209:22; 210:25; 247:22,
25; 248:2, 3; 251:19, 22;
274:2, 7; 307:10, 11, 16;
347:10; 382:15, 21

**years** 21:14; 64:22; 65:3,
17; 76:13; 86:7; 128:16;
135:19; 156:17; 157:5;
158:12, 22; 159:6, 17;
165:12; 173:12; 174:19,
19; 176:16; 226:20, 23;
235:2; 253:20, 20; 274:2;
287:8, 8; 288:11; 299:15,
16, 17, 18, 19; 302:17, 20,
22, 24, 25; 311:5, 7, 14;
316:23; 318:25; 328:16;
334:13; 339:5, 9; 383:15

**years,18** 302:25

**yelling** 249:16

**Yep** 183:25; 359:12

**Yo** 232:11

**York** 5:12; 7:2; 18:22;
27:22; 113:10; 190:24;
246:24; 247:8; 266:13;
302:5, 6; 324:24; 325:19,
20; 332:14, 20; 333:24;
338:5

**young** 113:3; 189:5

# Z

**ZWILLING** 6:10, 11;
145:6, 11; 376:22, 23;
377:4; 390:7

**Lawyer's Notes**