Page 319

T. Snyder

[1]
[2] **A:** No, he did not.
[3] **Q:** Did you or Lamm do that?
[4] **A:** No, we did not.
[5] **Q:** Did Hesse tell you not to do
[6] that?
[7] **A:** No. He just told us not to write
[8] summonses. He confiscated the two bongs
[9] that were in open sight. Said something —
[10] yelled at them about why we were standing
[11] there. And "the reason they're there is
[12] because I assigned them there," and that was
[13] it. We walked away.
[14] **Q:** Now these were underaged kids,
[15] right?
[16] **A:** Some of them were, yeah. We
[17] didn't get a chance to identify everyone in
[18] the apartment, though.
[19] **Q:** Well, how many kids did you —
[20] how many kids did you personally identify as
[21] being underage?
[22] **A:** I was about to, but he stopped me
[23] from doing it. I was about to get an ID
[24] from somebody and I didn't actually get it.
[25] But there was other people in that apartment

Page 320

T. Snyder

[1]
[2] that were minors that were known to us to
[3] being minors previously because we had seen
[4] them.
[5] **Q:** My question to you, sir, is how
[6] many — how may people did you get
[7] identifications from that you ascertained
[8] were a minor that night?
[9] **MR. GOODSTADT:** Just so we're
[10] clear, you're talking about that he got
[11] the ID in that apartment?
[12] **MR. NOVIKOFF:** Yes. Right.
[13] **MR. GOODSTADT:** Or he had
[14] gotten the ID before that by the same
[15] people?
[16] **MR. NOVIKOFF:** No. In that
[17] apartment.
[18] **Q:** In that apartment, how many IDs
[19] did you look to ascertain?
[20] **A:** I wasn't —
[21] **Q:** To ascertain that any particular
[22] individual was underage?
[23] **A:** I wasn't given the opportunity to
[24] ascertain anybody.
[25] **Q:** My question is how many. Not why

Page 321

T. Snyder

[1]
[2] not, just how many?
[3] **A:** None.
[4] **Q:** Okay. And how many people were
[5] in that apartment?
[6] **A:** I don't recall the specific
[7] number, but there was probably more than
[8] five or six I would say. Probably more than
[9] that even.
[10] **Q:** And how many — you said you knew
[11] from prior experiences that there were a
[12] couple that were minors?
[13] **A:** There were several, yeah, that we
[14] saw that we recognized. Previously we had
[15] seen them and stopped them because we saw
[16] them come out of a bar and stopped them
[17] before they walked up into the apartment to
[18] ask how old they were and ID'd them and
[19] found out.
[20] **Q:** And — and how many were there in
[21] the apartment that you knew from prior
[22] experiences?
[23] **A:** There — at least two. Maybe
[24] three.
[25] **Q:** And what were their names?

Page 322

T. Snyder

[1]
[2] **A:** I don't remember the two girls'
[3] names. The one male's name was I think Paul
[4] Conway.
[5] **Q:** And do you know if they were
[6] drinking?
[7] **A:** Yes, they were.
[8] **Q:** How do you know?
[9] **A:** They had beers scattered all out
[10] all over, and they — some of them were
[11] holding beers, some were, you know.
[12] **Q:** The people that weren't holding
[13] beers, how do you know that they drank
[14] anything?
[15] **A:** Well, it's pretty assumed that
[16] they were drinking if they were standing
[17] there next to an empty — a half full beer
[18] or they're holding a beer.
[19] **Q:** I know that — I'm not talking
[20] about what they were holding. I'm talking
[21] about for those people that weren't holding
[22] any bottles of alcohol, how do you know that
[23] they had drank anything?
[24] **A:** I didn't know at that time.
[25] **Q:** Okay.

Page 327

**T. Snyder**

[1]
[2] **Q:** Did you complain to Loeffler?

[3] **A:** I don't recall complaining to

[4] Loeffler about it because I don't believe

[5] Joe Loeffler was in any position at this

[6] time. He may have been a board member. I

[7] don't know. He wasn't the mayor, as far as

[8] I know.

[9] **Q:** So when you say he wasn't in any

[10] position, you mean you don't think he was a

[11] trustee?

[12] **A:** I think he was just — right. I

[13] think he may have just been a citizen then.

[14] I'm not sure when he was a trustee or —

[15] **Q:** Did you complain to any trustee?

[16] **A:** No, I did not.

[17] **Q:** Did you complain to any mayor?

[18] **A:** No, I did not.

[19] **Q:** Did you raise this clearly —

[20] did you raise this clear risk that you

[21] perceived to Newsday or News 12?

[22] **A:** No, I did not.

[23] **Q:** Did you call the DA up?

[24] **A:** No, I did not.

[25] **Q:** Did you send an anonymous letter

Page 328

**T. Snyder**

[1]
[2] to the DA?

[3] **A:** No, I did not.

[4] **Q:** Did you complain to any other

[5] police station or police department

[6] concerning this incident?

[7] **A:** No, not concerning this incident.

[8] **Q:** Were you part of a union at this

[9] time?

[10] **A:** No. Not — not in Ocean Beach.

[11] No.

[12] **Q:** Okay. Let's look at 54.

[13] "Subsequently, the OBPD received complaints

[14] that occupants of the same apartment were

[15] violating noise ordinances and endangering

[16] pedestrians by throwing objects onto the

[17] sidewalk," do you see that?

[18] **A:** Yes, I do.

[19] **Q:** What's your personal knowledge

[20] that substantiates what I just read from

[21] your allegation?

[22] **A:** There was occasions where I was

[23] working and — and I heard over the police

[24] radio calls coming — going out over the

[25] police radio in reference to that — that

Page 329

**T. Snyder**

[1]
[2] apartment about what you just described.

[3] **Q:** This would — this would have

[4] been after this incident, right?

[5] **A:** Um, I believe it may have been a

[6] little before and a little after.

[7] **Q:** Okay. Because you only say

[8] "subsequently" in paragraph 54.

[9] **A:** Okay. Then it was after.

[10] **Q:** "The department also was notified

[11] that the youths were continuing to

[12] unlawfully consume alcohol and use other

[13] illegal drugs," do you see that?

[14] **A:** Yes, I do.

[15] **Q:** What other illegal drugs are you

[16] referring to?

[17] **A:** I believe that would be

[18] marijuana.

[19] **Q:** Okay. And how was the department

[20] notified?

[21] **A:** As to?

[22] **Q:** The use of illegal drugs?

[23] **A:** Well, the department knew it from

[24] our personal knowledge. We were there in

[25] particular.

Page 330

**T. Snyder**

[1]
[2] **Q:** Well, sir, you start the

[3] paragraph by saying "subsequently." So if I

[4] understand that correctly, it's subsequent

[5] to the incident involving the beer being

[6] thrown from the balcony, right?

[7] **A:** Right.

[8] **Q:** Which was in 2004, right?

[9] **A:** Yes.

[10] **Q:** So now we're in the period of

[11] time after this beer throwing incident. How

[12] was the — when was the department notified

[13] after this incident that the youths were

[14] continuing to unlawfully consume alcohol and

[15] use other illegal drugs?

[16] **A:** I think residents or — or people

[17] who were staying over in the village were

[18] calling about disturbances at that place

[19] involving youth parties, alcohol, marijuana,

[20] etcetera.

[21] **Q:** Did you ever see, subsequent to

[22] what was referenced in paragraph 52 and 53,

[23] any illegal drugs in that apartment

[24] subsequent to the incident?

[25] **A:** No. I never had the chance to

Page 335

**T. Snyder**

[1]

[2] **Q:** Did you complain to Gary Bosetti?

[3] **A:** I don't believe so. No.

[4] **Q:** You didn't say, "Gary, listen,

[5] you do what you want to do, but you

[6] shouldn't be doing it with minors"?

[7] **A:** I don't believe I said that to

[8] him, no. Gary and I didn't talk much, so.

[9] We didn't work together too much, so we

[10] really didn't talk much.

[11] **Q:** I didn't ask you about how much

[12] you worked. I'm just saying did you ever

[13] say that to Gary?

[14] **A:** No. I didn't really have an

[15] occasion to speak to him.

[16] **Q:** You're telling me there was

[17] absolutely no occasion, subsequent to your

[18] witnessing Gary Bosetti on the balcony,

[19] where you could have said to him "you know

[20] what you're doing is absolutely wrong being

[21] on the balcony with these underage kids"?

[22] **A:** I'm sure there may have been an

[23] occasion where I could have said it, but no,

[24] I didn't say it to him.

[25] **Q:** How about that night?

Page 336

**T. Snyder**

[1]

[2] **A:** Not that night, no. I didn't

[3] know where he was after — I was walking by

[4] when I saw him up there with them and they

[5] were shooting beer caps down. That's what

[6] made us look up.

[7] **Q:** You and who?

[8] **A:** Myself, Officer Lamm and Officer

[9] Fiorillo.

[10] **Q:** So the three of you could have

[11] gone upstairs and said "Gary, what are you

[12] you doing," right?

[13] **MR. GOODSTADT:** Objection.

[14] **A:** We could have, but we didn't.

[15] **Q:** Right. You didn't. Okay. Let's

[16] go to 56. I'm sorry, 55. "In yet" — this

[17] is what you allege — "in yet another

[18] instance of Hesse encouraging minors to

[19] abuse alcohol, Hesse intervened when another

[20] officer issued a citation to a minor

[21] carrying a case of beer." Did you witness

[22] this?

[23] **A:** I only witnessed the very tail

[24] end of this. I didn't witness the actual —

[25] when the incident first started.

Page 337

**T. Snyder**

[1]

[2] **Q:** How did you — how did it come

[3] about that you witnessed this?

[4] **A:** I was walking up to the front of

[5] the police station when the group of minors

[6] who — the one individual, I believe Paul

[7] Conway, was with this group was being issued

[8] a summons by another officer.

[9] **Q:** Which officer?

[10] **A:** John Dyer.

[11] **Q:** John Dyer?

[12] **A:** Yes.

[13] **Q:** And did — and then it's further

[14] alleged that "in the presence of Officers

[15] Lamm and Snyder, as well as the officer who

[16] had attempted to issue the citation, Hesse

[17] returned the case of beer to the underage

[18] youth," did you see that?

[19] **A:** That's the part I did see, yes.

[20] **Q:** And did you complain to Hesse

[21] about that?

[22] **A:** We said, "What are you doing?

[23] What are you giving the beer back to him

[24] for." Myself and Officer Lamm said that.

[25] And Officer Dyer as well.

Page 338

**T. Snyder**

[1]

[2] **Q:** And this was in 2004?

[3] **A:** This was in — I believe it was

[4] in the summer of 2004, yes.

[5] **Q:** Okay. And what did Hesse say to

[6] you?

[7] **A:** He didn't speak to me directly.

[8] He — he said to the group of kids, "Don't

[9] listen to him," meaning Kevin. "Nobody

[10] likes him. He's a loser. And here. Here's

[11] your beer. Go have fun." And I was

[12] standing behind George witnessing this. I

[13] couldn't understand what the hell was going

[14] on. And then Kevin walked out of the police

[15] station. He said, "You just gave that beer

[16] back to them?" He said, "John Dyer is

[17] writing a ticket for that." And Dyer

[18] was like looking at him as well, standing

[19] there writing the ticket. He was like,

[20] "What are you doing?"

[21] **Q:** So you witnessed Hesse making

[22] that statement about Lamm?

[23] **A:** Yes, I did. I was standing right

[24] behind him.

[25] **Q:** And did you say anything to Hesse

EDWARD CARTER, FRANK HORRELO, KEVIN LAMM,
INCORPORATED VILLAGE OF OCEAN BEACH

Case 2:07-cv-01215-SJF-ETB Document 145-12  Filed 01/15/10  Page 4 of 11 Pageid #:
4925

THOMAS SNYDER
September 24, 2008

Page 343

**T. Snyder**

[1]
[2] inventoried it properly?
[3] **MR. GOODSTADT:** Objection.
[4] **Q:** Did you?
[5] **A:** I never asked him, no.
[6] **Q:** Did you ever complain to the DA
[7] about the improper storage of illegal
[8] narcotics?
[9] **A:** Yes, I did.
[10] **Q:** When?
[11] **A:** After I was fired when they asked
[12] about it.
[13] **Q:** Well, my question is prior to you
[14] being fired?
[15] **A:** Not prior to my being fired.
[16] **MR. GOODSTADT:** Objection.
[17] That wasn't your question.
[18] **MR. NOVIKOFF:** I didn't say
[19] that was my question.
[20] **Q:** My question was, prior to you
[21] being fired, did you ever complain to the DA
[22] about what you claimed to be the improper
[23] storing of illegal narcotics?
[24] **A:** I did not, no.
[25] **Q:** Did you ever complain to

Page 344

**T. Snyder**

[1]
[2] Paridiso?
[3] **A:** I did not, no.
[4] **Q:** Ever complain to any of the
[5] trustees?
[6] **A:** I did not, no.
[7] **Q:** The mayor?
[8] **A:** No. Not the mayor either.
[9] **Q:** Newsday, News 12?
[10] **A:** No, I did not.
[11] **Q:** Okay. 57, you allege
[12] "Plaintiffs' complaints about Hesse's
[13] selective enforcement and blatant
[14] undermining of their authority and duties
[15] were met with disdain and derision by Hesse,
[16] who not only ignored Plaintiffs' complaints,
[17] but actually ridiculed them in response."
[18] When did Hesse ever ridicule you in
[19] response? Not Lamm, not Carter, not anybody
[20] else, you?
[21] **A:** I don't recall him actually
[22] ridiculing me to my face, so.
[23] **Q:** Okay. When did Hesse ever
[24] respond to any of your complaints with
[25] disdain and derision? Derision,

Page 345

**T. Snyder**

[1]
[2] D-E-R-I-S-I-O-N?
[3] **A:** You mean derision?
[4] **Q:** Derision, yes.
[5] **A:** Well, I heard it from other
[6] police officers in the department.
[7] **Q:** My question to you is when did he
[8] respond to you personally?
[9] **A:** Okay. Not to me specifically.
[10] **MR. NOVIKOFF:** Okay. All
[11] right. How much time is left on that
[12] tape?
[13] **THE VIDEOGRAPHER:** 23 minutes.
[14] **MR. NOVIKOFF:** Oh. I thought
[15] you said it was five minutes left. Oh,
[16] okay. I thought that tape was going
[17] pretty quick.
[18] **Q:** Let's look at 58. "In yet
[19] another example of corruption at OBPD, in
[20] early September 2004, Officers Dyer and
[21] Fiorillo witnessed Officer Richie Bosetti
[22] plying an alleged domestic abuse victim with
[23] alcohol. Officer Dyer explained to Officer
[24] Snyder and Bockelman that Bosetti was trying
[25] to talk the victim out of filing a domestic

Page 346

**T. Snyder**

[1]
[2] incident report," do you see that?
[3] **A:** Yes, I do.
[4] **Q:** You didn't personally witness
[5] what Bosetti was doing, right?
[6] **A:** I only came in at the tail end of
[7] him talking to her.
[8] **Q:** Did you ever see Bosetti plying
[9] this alleged domestic violence victim with
[10] alcohol?
[11] **A:** There was an open cup, a plastic
[12] cup of wine that he had that he had given to
[13] her prior to that.
[14] **Q:** Did you ever see him give that to
[15] her prior to that?
[16] **A:** I didn't see him, no.
[17] **Q:** That's all I'm asking you, sir.
[18] Did you ever see?
[19] **A:** No, I didn't see him give it to
[20] her.
[21] **Q:** Did you ever witness personally
[22] Bosetti trying to talk to the victim out of
[23] filing a domestic complaint?
[24] **A:** Yes. He was talking to her when
[25] I walked in, and he was trying to talk her

Page 351

**T. Snyder**

[1]
[2] **A:** Yes.
[3] **Q:** Together?
[4] **A:** Yes.
[5] **Q:** October?
[6] **A:** Yes.
[7] **Q:** It was the end of the summer?
[8] **A:** Yes.
[9] **Q:** And the three of you were walking
[10] together?
[11] **A:** No. We were driving together in
[12] the truck.
[13] **Q:** Okay. Anyone else on duty that
[14] night?
[15] **A:** Just us three.
[16] **Q:** To cover the entire island?
[17] **A:** No. Just that village.
[18] **Q:** I mean the Village of Ocean
[19] Beach?
[20] **A:** That's correct.
[21] **Q:** So when the first call came in,
[22] how was it that Kevin responded if he was in
[23] the car with you?
[24] **A:** He — we had the department cell
[25] phone. We would lock up the police station

Page 352

**T. Snyder**

[1]
[2] and call forward the phone to the cell phone
[3] so we can go on patrol and answer the calls
[4] when people call in.
[5] **Q:** Okay.
[6] **A:** But that — that was a procedure
[7] over there.
[8] **Q:** So Kevin responded to the call?
[9] **A:** All three of us did. We were
[10] altogether.
[11] **Q:** But you said you didn't respond
[12] to the first call?
[13] **A:** No. What I meant is Kevin picked
[14] up the phone and answered the first phone
[15] call. I answered the second one.
[16] **Q:** Okay. And then the three of you
[17] arrived at Houser's together?
[18] **A:** That's correct.
[19] **Q:** Okay. And were you prevented
[20] from going into Houser's?
[21] **A:** At some point after we got there,
[22] yes. Just briefly.
[23] **Q:** Well, you got to Houser's, right?
[24] **A:** Yes.
[25] **Q:** You walked up to the door that

Page 353

**T. Snyder**

[1]
[2] people go through, right?
[3] **A:** Right. Well, we didn't actually
[4] get to the door when we first got there,
[5] because people were piling out and walking
[6] down the walks, and there was a group of
[7] people arguing with some people standing in
[8] the doorway.
[9] **Q:** Okay. And who was arguing with
[10] who?
[11] **A:** The group that was arguing —
[12] that was standing on the walkway arguing was
[13] the group that — them had been assaulted
[14] and their friend had been assaulted, and
[15] they were arguing with the bouncer and
[16] several other patrons of the bar who I don't
[17] recall exactly who they were.
[18] **Q:** So two of the civilians that you
[19] claimed to have been assaulted were arguing
[20] with the bouncer?
[21] **A:** Yes. But I didn't claim they
[22] were assaulted. They were assaulted.
[23] **Q:** You just used the word
[24] "assaulted."
[25] **A:** That's what you just said.

Page 354

**T. Snyder**

[1]
[2] **Q:** Doesn't assault have with it some
[3] kind of connotation?
[4] **A:** Yes, it does.
[5] **Q:** And what —
[6] **A:** You said claim. I'm not claiming
[7] they were assaulted. They were assaulted.
[8] That's why we were called there.
[9] **Q:** How do you know they were
[10] assaulted? What does "assault" mean?
[11] **A:** Assault?
[12] **Q:** Yes.
[13] **MR. GOODSTADT:** Objection.
[14] **A:** Assault means physically —
[15] physically grab or hit or punch or somebody
[16] kick them. To physically hit them.
[17] **Q:** Oh, so assault just means to
[18] be — to have been hit?
[19] **A:** You could be — well, you could
[20] be I guess verbally assaulted. People can
[21] look at it that way, too.
[22] **Q:** Okay. But we're not talking
[23] about physically assaulted. You mean they
[24] just happen to have been hit with something
[25] that night, whether it was a fist or a pool

Page 359

**T. Snyder**

[1]

[2] **A:** He just stepped aside. He didn't

[3] say anything.

[4] **Q:** So this whole interaction with

[5] the bouncer took about what, five seconds?

[6] **MR. GOODSTADT:** Objection.

[7] **A:** It wasn't that long.

[8] **Q:** What's that?

[9] **A:** It wasn't that long.

[10] **Q:** 10 seconds?

[11] **A:** I guess maybe. Yeah.

[12] **Q:** So you went in?

[13] **A:** Right. We walked in the bar.

[14] **Q:** And Lamm was right behind you?

[15] **A:** I believe Lamm was — was right

[16] behind me. Yes.

[17] **Q:** Okay.

[18] **A:** I'm not sure exactly how far or

[19] how close, but.

[20] **Q:** Okay. And then what did you do?

[21] **A:** Well, when we walked in the bar,

[22] there was very few people left in the bar.

[23] **Q:** Okay.

[24] **A:** You know, I'm not sure exactly

[25] the number. But there was a few people left

Page 360

**T. Snyder**

[1]

[2] in the bar, and it was pretty quiet in

[3] there. The music was off. And I told the

[4] one individual I was in there with, I said,

[5] "Well, take a look around. Point out the

[6] person who did this to you." And he looked

[7] around. He said, "He's not in here." I

[8] said, "Well, go take a look in the back

[9] deck, there's a back area here where you can

[10] also hang out. There's tables back there."

[11] So we talked back there.

[12] **Q:** Okay.

[13] **A:** And he looked around. Didn't see

[14] anybody back there. And he goes, "He's not

[15] here, but he looked exactly like him," and

[16] he pointed.

[17] **Q:** Who did he point to?

[18] **A:** At Richie Bosetti.

[19] **Q:** So he looked exactly like Richie

[20] Bosetti?

[21] **A:** He said he looked just like him,

[22] only shorter is what he said.

[23] **Q:** Did he claim that Richie Bosetti

[24] hit him?

[25] **A:** At that time, no.

Page 361

**T. Snyder**

[1]

[2] **Q:** At any time did he claim that

[3] Richie Bosetti hit him?

[4] **A:** I don't recall, but he was part

[5] of — he was very agitated at Richie for

[6] being part of the incident, though.

[7] **Q:** I'm not asking you whether he was

[8] agitated or not. Did he ever —

[9] **A:** He didn't say specifically.

[10] **Q:** That night, did he ever claim to

[11] you that Richie Bosetti hit him?

[12] **A:** He didn't say it at that time,

[13] no.

[14] **Q:** But he said the person that hit

[15] him looked exactly like Richie Bosetti?

[16] **A:** Right.

[17] **Q:** Okay. What did you do next after

[18] he said that a guy that looks exactly like

[19] him hit me?

[20] **A:** We took them outside and then I

[21] said to Kevin and to Frank, "Let's take him

[22] to the police station to get looked at.

[23] Make sure they didn't have any underlining

[24] injuries. Let's call rescue and have it

[25] looked at. Let's document what they're

Page 362

**T. Snyder**

[1]

[2] claiming. Write it up."

[3] **Q:** Okay. And how many were there,

[4] two or three?

[5] **MR. GOODSTADT:** Objection. How

[6] many what were there?

[7] **Q:** How many people were alleging

[8] that they were assaulted?

[9] **A:** Well, there was two there at that

[10] time.

[11] **Q:** Okay. So how many people — how

[12] many did you take to the police station, two

[13] or three?

[14] **A:** We took two, and then there was

[15] several women with them. I forget. Two or

[16] three women with them.

[17] **Q:** Okay. But only two civilians

[18] said that they were assaulted?

[19] **A:** At that time, yes.

[20] **Q:** Well, at any other time was there

[21] more?

[22] **A:** There was one more, yeah.

[23] **Q:** Okay. And who was that?

[24] **A:** Brian Vankoot.

[25] **Q:** And when did he show up, if at

Page 367

**T. Snyder**

[1]
[2] he? What is he? Who is he? What's he
[3] doing here?" And I said, "He's a police
[4] officer in the village." And they said,
[5] "We — I knew it. We knew it. You guys are
[6] trying to cover this up." I said, "Calm
[7] down. Nobody's trying to cover anything
[8] up."
[9]  **Q:** And then what — when did you go
[10] to Bosetti to ask him to leave?
[11]  **A:** We asked him, we said, "Richie,
[12] can you please leave because" —
[13]  **Q:** Not "we," you.
[14]  **A:** Okay. Myself and the other
[15] officers, but myself, I asked him, "Richie,
[16] can you please leave because they're getting
[17] very agitated by seeing you, you know,
[18] because of this incident that just occurred.
[19] So can you please leave so we can calm them
[20] down."
[21]  **Q:** And did he?
[22]  **A:** He did leave, yes.
[23]  **Q:** Through the same front door that
[24] he came in?
[25]  **A:** Yes. He walked back out passed

Page 368

**T. Snyder**

[1]
[2] them and out the front door.
[3]  **Q:** Okay. And then anybody else show
[4] up at the police station?
[5]  **A:** A short time after that the
[6] rescue department, Ocean Beach Rescue showed
[7] up.
[8]  **Q:** And did you recognize anyone at
[9] the time with Ocean Beach?
[10]  **A:** Um, I recognized several people,
[11] yeah.
[12]  **Q:** Okay. And who were they?
[13]  **A:** Well, one of them was Dale. I
[14] can't think of her last name at the moment.
[15] She was one of the EMTs there. She was also
[16] the post master, so that's why I knew her.
[17] There were other ones who were village
[18] residents that I knew them by face. I just
[19] didn't know their names. And Joe Loeffler,
[20] who was driving the ambulance that day.
[21]  **Q:** Okay. And did Joe Loeffler say
[22] anything while he was in the police station?
[23]  **A:** Yes, he did.
[24]  **Q:** What did he say?
[25]  **A:** At some point, Kevin — excuse

Page 369

**T. Snyder**

[1]
[2] me — Frank came walking back in at this
[3] point with the third victim Vankoot.
[4]  **Q:** Okay.
[5]  **A:** And when he walked him in and we
[6] saw him, I said to Kevin, "You got to
[7] photograph him," and I looked at his face.
[8] He was beat up pretty badly.
[9]  **Q:** I'm still waiting to hear what
[10] Loeffler said.
[11]  **A:** Okay. And then Kevin said — he
[12] says, "I'm on it, Tommy." He was picking
[13] the camera up to photograph him. I said,
[14] "Because it's at least an assault third,"
[15] and Joe Loeffler, who was standing in the
[16] doorway watching all this go on, said, "It's
[17] an assault third? It's an assault second
[18] with a dangerous instrument."
[19]  **Q:** Okay. When you say Loeffler was
[20] watching this all go on, what was he
[21] watching?
[22]  **A:** He was driving the ambulance —
[23]  **Q:** What was going on that you just
[24] referred to?
[25]  **A:** Rescue was treating them, looking

Page 370

**T. Snyder**

[1]
[2] at their injuries where they were claiming
[3] they were hurt, and we were attempting to
[4] take statements from them at the same time.
[5] It was very difficult because the way that
[6] police station is situated, there's really
[7] not like an interview room. So we had a
[8] large amount of people in a very small room.
[9] Smaller than this room.
[10]  **Q:** Okay. So you make the statement
[11] to Lamm you think it's an assault third?
[12]  **A:** I said, "It's at least an assault
[13] third."
[14]  **Q:** And Loeffler goes "no, I think
[15] it's an assault second with a deadly
[16] weapon"?
[17]  **A:** Assault second with a dangerous
[18] instrument. He corrected me.
[19]  **Q:** Okay. Did Loeffler say anything
[20] else?
[21]  **A:** That's all he said at that time.
[22]  **Q:** Loeffler was there driving the
[23] ambulance, right?
[24]  **A:** Yes. That's the reason why he
[25] was there.

Page 375

T. Snyder

[1]
[2] village engaged in a cover up concerning the
[3] Halloween incident, right?
[4] **MR. GOODSTADT:** Objection.
[5] **Q:** Do you?
[6] **A:** It's in my complaint, right?
[7] Yes.
[8] **Q:** So you allege that the village
[9] engaged in a cover up concerning the
[10] Halloween incident, right?
[11] **MR. GOODSTADT:** Objection.
[12] **A:** Yes.
[13] **Q:** Okay. What did Loeffler do as
[14] part of this cover up, if anything, to your
[15] knowledge?
[16] **A:** Well, to my knowledge, George
[17] told me when he found out about the
[18] incident, he asked me to write a 42 with
[19] regard — because he was investigating it,
[20] he said that Joe Loeffler said, "We have to
[21] turn this around." Those were his exact
[22] words.
[23] **Q:** Hesse said to you —
[24] **A:** Said to me in a phone
[25] conversation.

Page 376

T. Snyder

[1]
[2] **Q:** That Joe said "we have to turn
[3] this around"?
[4] **A:** That's correct.
[5] **Q:** Okay. Anything else that you
[6] attribute to Loeffler that makes you believe
[7] that he was part of a conspiracy to cover up
[8] the Halloween incident?
[9] **A:** No. There's nothing that I can
[10] recall.
[11] **Q:** That's all I'm asking. Okay. So
[12] now you called rescue. Rescue came there.
[13] Rescue left. Were the three alleged victims
[14] still in the police station after rescue
[15] left?
[16] **A:** Um, no. The one victim, Vankoot,
[17] was the one that they insisted be
[18] transported because they thought he had an
[19] unaligned trachea. His neck, they didn't
[20] like what they saw, and they — they
[21] requested that we call Suffolk Police Marine
[22] Boat to transport him off to the hospital
[23] off the island.
[24] **Q:** So who was left in the police
[25] station after rescue left?

Page 377

T. Snyder

[1]
[2] **A:** Well, the victims — the two
[3] other victims and their friends, they all
[4] went back to wherever they were staying.
[5] Rescue had left. So left in the police
[6] station, after we called the marine boat and
[7] they took the one victim, Vankoot, and one
[8] of the girls with him, I don't recall her
[9] name, it was then me, myself and Kevin.
[10] **Q:** Okay. You —
[11] **A:** Me, Frank and Kevin. Excuse me.
[12] **Q:** Okay. So just go through, you,
[13] Kevin, Frank and who else?
[14] **A:** That would be it then, after
[15] everybody left.
[16] **Q:** And then what did you do?
[17] **A:** Well, we put together the whole
[18] package of the police report, the PCRs,
[19] which is the report that the medical
[20] personnel write up on people, the
[21] photographs, and we just put that
[22] altogether.
[23] **Q:** Did you fill out any of the
[24] reports that night before you left?
[25] **A:** The field report, yes.

Page 378

T. Snyder

[1]
[2] **Q:** Okay. And what's the field
[3] report?
[4] **A:** The field report is a document
[5] you create for any call for service or any
[6] incident that the police respond to.
[7] **Q:** Okay. Did you look for Gary
[8] Bosetti that night?
[9] **A:** I did not, no.
[10] **Q:** Do you know if Kevin or Frank
[11] did?
[12] **A:** Um, as far as I know, they did
[13] not either.
[14] **Q:** Was Hesse on duty that night?
[15] **A:** No, he wasn't.
[16] **Q:** How close to the end of the shift
[17] did the Halloween incident take place? End
[18] of your shift?
[19] **A:** It's sometime around 2:30 I guess
[20] is when we initially got the call.
[21] **Q:** So it was towards the beginning
[22] of your shift?
[23] **A:** Towards the beginning, yes.
[24] **MR. NOVIKOFF:** Okay. Tape is
[25] over. Let's take a break.

Page 383

**T. Snyder**

[1]
[2] 1991.
[3] **Q:** When did you graduate?
[4] **A:** In May of 1991.
[5] **Q:** Do you have any training in
[6] firearms?
[7] **A:** Yes, I do.
[8] **Q:** And what kind of training do you
[9] have?
[10] **A:** I was originally trained in the
[11] .38 caliber police revolver. That was the
[12] issued weapon at the time. And then they
[13] upgraded it to the nine millimeter glock.
[14] **Q:** Do you have any firearm
[15] certification?
[16] **A:** Certified in what way?
[17] **Q:** You tell me. Do you have any
[18] kind of certification in firearms?
[19] **MR. GOODSTADT:** Objection.
[20] **A:** I'm certified to use the weapon.
[21] I was certified on the police range.
[22] **Q:** And how were — who certified
[23] you to do that?
[24] **A:** I was certified by the Suffolk
[25] County police, the pistol bureau, and also

Page 384

**T. Snyder**

[1]
[2] Suffolk County Sheriff pistol bureau at some
[3] time.
[4] **Q:** And when did you obtain a pistol
[5] permit?
[6] **A:** I didn't need a pistol permit. I
[7] was a police officer.
[8] **Q:** And when did you first obtain
[9] your permission to use a pistol?
[10] **MR. GOODSTADT:** Objection.
[11] **A:** When I graduated the police
[12] academy.
[13] **MR. GATTO:** I have no further
[14] questions.
[15] (Mr. Gatto left the deposition.)
[16] **EXAMINATION BY**
[17] **MR. NOVIKOFF:**
[18] **MR. NOVIKOFF:** Okay.
[19] **Q:** Sir, let's go back to the night
[20] of the Halloween incident. Other than —
[21] well, did you take — did you personally
[22] interview any of the alleged victims?
[23] **A:** Yes. One of them I did.
[24] **Q:** Who did you —
[25] **A:** John Tesoro.

Page 385

**T. Snyder**

[1]
[2] **Q:** And how long did you talk to him?
[3] **A:** I'm not sure exactly how long,
[4] but while he was in the police station, it
[5] was also — during while he was being looked
[6] at by rescue at the same time.
[7] **Q:** Okay. And who spoke to Vankoot?
[8] **A:** Um, I believe it was Frank, but
[9] I'm not quite sure.
[10] **Q:** And who spoke to the other
[11] individual?
[12] **A:** I believe Kevin spoke to Shalick.
[13] **Q:** And did you — did you do any
[14] investigation that evening into the
[15] incident?
[16] **MR. GOODSTADT:** Objection. I
[17] think he testified to a bunch of stuff
[18] he's already done.
[19] **Q:** I'm asking, other thank talking
[20] to John Tesoro, did you do any other
[21] investigation?
[22] **A:** Just what we investigated at the
[23] scene and then what we brought back to the
[24] police station.
[25] **Q:** And when you say what you

Page 386

**T. Snyder**

[1]
[2] investigated at the scene, what did you
[3] investigate?
[4] **A:** What I already testified to.
[5] What I told you I did.
[6] **Q:** Fine. And did you talk to any
[7] alleged witnesses of — that night, before
[8] you left at the end of your shift, did you
[9] talk to any alleged witnesses to the alleged
[10] assault?
[11] **A:** I attempted to talk to them in
[12] the bar. Nobody would talk to us or
[13] cooperate with us. And then everybody had
[14] left and gone home, the bar had closed, so
[15] there was no one else to talk to.
[16] **Q:** Putting aside whether they
[17] cooperated with you or not, the answer is
[18] no, you didn't talk to any alleged witnesses
[19] to the indent?
[20] **A:** No. No witnesses would talk to
[21] me.
[22] **MR. GOODSTADT:** Objection.
[23] **Q:** And you took no statement from
[24] anybody witnessing the event, other than
[25] John Tesoro, correct?

Page 391

T. Snyder

[1]
[2] to anything the woman said?
[3] **A:** Not to my knowledge, no.
[4] **Q:** Did Fiorillo, in whatever report
[5] he may have done that night, did he make any
[6] reference to what any of the women may have
[7] said?
[8] **A:** Not — not to my knowledge, no.
[9] **Q:** Same question with Lamm?
[10] **A:** Not to my knowledge, no.
[11] **Q:** Who did — of the women, who did
[12] you speak to?
[13] **A:** I'm not sure what her name was.
[14] It was either Alanna or Diane, but I'm not
[15] very sure.
[16] **Q:** How long did you speak to her
[17] for?
[18] **A:** Just very briefly. She was
[19] sitting right next to John when I was
[20] interviewing John, and basically she was
[21] listening, and then when Richie walked in,
[22] she, you know, was getting all agitated,
[23] too, with them.
[24] **Q:** I didn't ask you about when
[25] Richie came in. What did you ask of this

Page 392

T. Snyder

[1]
[2] woman that you spoke to in the police
[3] station?
[4] **A:** Well, I spoke to her outside in
[5] front of the bar originally. I didn't
[6] really speak to her too much in the police
[7] station.
[8] **Q:** Okay. Then let's go to the bar.
[9] What did you ask her at the bar?
[10] **A:** About what had happened, and
[11] she — she reiterated that, you know, her
[12] friends got beat up in the bar by guys who
[13] allegedly were off duty cops.
[14] **Q:** The woman told you at the bar —
[15] **A:** Yes. Outside the bar.
[16] **MR. GOODSTADT:** Let him finish.
[17] **Q:** Is that your testimony, that when
[18] you showed up at the bar, the woman that you
[19] interviewed, that you talked to said that
[20] her boyfriend was beat up allegedly by an
[21] off duty policeman?
[22] **A:** They were all saying that when we
[23] first got there. And they were all claiming
[24] we were going to cover it up.
[25] **Q:** Who is "they all"?

Page 393

T. Snyder

[1]
[2] **A:** The victims of the assault.
[3] **Q:** They claimed —
[4] **A:** Chris, John, and the girls.
[5] **Q:** They claimed at the bar that you
[6] were going to cover it up?
[7] **A:** Yes, they did. They were yelling
[8] that out in the street.
[9] **Q:** Okay.
[10] **A:** When we first pulled up.
[11] **Q:** What else did you ask of this
[12] woman at the bar?
[13] **A:** I just — what happened that
[14] night. What happened then.
[15] **Q:** And what did she say
[16] specifically?
[17] **A:** That they had gotten into a fight
[18] with these people who were playing pool who
[19] was off duty cops and beat up his friends.
[20] They beat them up actually.
[21] **Q:** Did she give you any specifics?
[22] **A:** Saying that they got — just a
[23] regular fight with, you know, fists and
[24] kicked and punched and a pool cue was
[25] involved.

Page 394

T. Snyder

[1]
[2] **Q:** Were you writing down at this
[3] time what she was saying?
[4] **A:** No, I wasn't, because everyone
[5] was still —
[6] **Q:** My question to you was did you
[7] write anything down?
[8] **A:** No, I was not.
[9] **Q:** Isn't that normal protocol when
[10] you're asking a potential witness to an
[11] event like this what happened, to write down
[12] what he or she was saying?
[13] **MR. GOODSTADT:** Objection.
[14] **A:** I couldn't interview her properly
[15] in normal protocol because the situation was
[16] still out of control.
[17] **Q:** That wasn't my question. Is it
[18] normal policy to write down what an alleged
[19] witness is saying to you about an event that
[20] you investigated?
[21] **A:** Yes. If I'm sitting down and
[22] doing normal protocol with that.
[23] **Q:** The answer is yes, right? Normal
[24] protocol, right?
[25] **MR. GOODSTADT:** His answer is

Page 399

**T. Snyder**

[1]
[2] was being choked," and I turned to him, I
[3] said, "What woman, Richie?" Because he was
[4] standing off to the side behind me. I said,
[5] "What woman, Richie? Where is she?" And he
[6] looked around. And I said, "There's no
[7] woman here. Where's your brother?" And
[8] that was it.
[9]    **Q:** And when Richie went into the
[10] police station, you didn't ask him at that
[11] point in time, "listen, hang around, I want
[12] to take a statement from you"?
[13]    **A:** We wanted — we asked him to
[14] leave the station because they were getting
[15] very agitated. I said, "Please, Richie can
[16] you leave so we can have them treated and we
[17] can take a statement from them."
[18]    **Q:** I got that.
[19]    **A:** And he left.
[20]    **Q:** I got that's what you said to
[21] Bosetti. My question to you is a little
[22] different, sir. At any point in time while
[23] Bosetti, Richie Bosetti was in the police
[24] station, did you ask him to hang around for
[25] a while so that you can take his statement,

Page 400

**T. Snyder**

[1]
[2] even if it meant he was hanging around down
[3] the block?
[4]    **A:** No, I didn't say that to him.
[5]    **Q:** Okay. Did Lamm say that?
[6]    **A:** Not to my knowledge.
[7]    **Q:** Fiorillo?
[8]    **A:** I have no idea if Frank or Kevin
[9] spoke to him about it.
[10]    **Q:** So if I understand this
[11] correctly, other than the victim the alleged
[12] victims and who you believe were their
[13] girlfriends, the only witness that you had,
[14] that you knew about to this incident, you
[15] didn't interview?
[16]    **MR. GOODSTADT:** Objection.
[17]    **A:** The only witness?
[18]    **Q:** Yeah.
[19]    **A:** The only witness who —
[20]    **Q:** That you knew about.
[21]    **MR. GOODSTADT:** Objection.
[22]    **Q:** Correct?
[23]    **A:** There was plenty of witnesses.
[24]    **Q:** But you didn't know the names of
[25] them, right? Did you know the identity of

Page 401

**T. Snyder**

[1]
[2] any witness that evening, other than the
[3] victims and the girlfriends that you —
[4]    **A:** No. Like I said before, a lot of
[5] people —
[6]    **Q:** I understand.
[7]    **A:** Left and wouldn't cooperate.
[8]    **Q:** I understand you said a lot of
[9] people spread out and they didn't cooperate.
[10] I get that. Do you — did you know that
[11] night of any — of the identity of any
[12] witness, other than Richard Bosetti, the
[13] victims and the victims' girlfriends?
[14]    **A:** At that night I did not.
[15]    **Q:** So if I understand your testimony
[16] correctly, other than the girlfriend and the
[17] victims, the only witness that you knew,
[18] Richard Bosetti, you didn't take a statement
[19] from that night?
[20]    **A:** Not at that time I didn't, no.
[21]    **Q:** Okay. And, in fact, you and Lamm
[22] and Fiorillo allowed him to leave before you
[23] had an opportunity to take his statement,
[24] correct?
[25]    **A:** We asked him to leave. Just

Page 402

**T. Snyder**

[1]
[2] leave that room. We didn't tell him where
[3] to go at that point.
[4]    **Q:** You didn't tell him to stay
[5] anywhere, right?
[6]    **A:** He's a police officer. He should
[7] know what to do as well as us, right?
[8]    **MO MR. NOVIKOFF:** I'm moving to
[9] strike.
[10]    **Q:** Isn't it true that you, Fiorillo
[11] and Lamm allowed Richard Bosetti —
[12]    **A:** Yes, we did.
[13]    **Q:** — to leave without taking his
[14] statement?
[15]    **A:** Yes, we did, because of the
[16] situation.
[17]    **MO MR. NOVIKOFF:** Motion to
[18] strike.
[19]    **Q:** I'll ask it again, sir, yes or
[20] no, isn't it true that you, Fiorillo and
[21] Lamm allowed Richard Bosetti to leave
[22] without taking his statement?
[23]    **MR. GOODSTADT:** Objection.
[24] Answer it the way you want to answer
[25] it. Let him make whatever motion,