EDWARD CARTER, v. FRANK FIORILLO
INCORPORATED VILLAGE OF OCEAN BEACH February 20, 2009

Page 319

F. Fiorillo

[1]
[2]  Q: Other than what you claim took
[3] place in the Town of Southampton in 2006,
[4] with regard to any job that you sought
[5] employment for, do you have any knowledge
[6] one way or the other as to whether Hesse
[7] knew that you were applying for those jobs,
[8] whether in the law enforcement field or
[9] outside the law enforcement field?
[10]  A: No.
[11]  Q: And, likewise, you have no idea
[12] one way or the other as to whether Hesse
[13] interfered in any of your potential jobs
[14] that you sought employment for?
[15]  A: I have no —
[16]  Q: Whether in law enforcement or
[17] outside of law enforcement?
[18]  A: I have no knowledge of that.
[19]  Q: Let's go to page 42. You allege
[20] a RICO violation in the Thirteenth Cause of
[21] Action, do you see that?
[22]  A: Yes.
[23]  Q: Paragraph 180, you allege, "as
[24] set forth above, Defendant Hesse, a natural
[25] person, has violated the provisions of the

Page 320

F. Fiorillo

[1]
[2] Racketeer Influenced and Corrupt
[3] Organizations Act by, among other things,
[4] engaging in two or more acts of obstruction
[5] of justice within 10 years, including
[6] without limitation," do you see that?
[7]  A: Yes.
[8]  Q: "A, ordering Plaintiffs to
[9] falsify official police records and
[10] ultimately terminating Plaintiffs'
[11] employment when they refused to do so," do
[12] you see that?
[13]  A: Yes.
[14]  Q: As it pertains to you, does A
[15] reference the time after the Halloween
[16] incident when Hesse told you that he wanted
[17] you to change your report because this is
[18] what happened? Well, you know what, I like
[19] it when you tell me what it is. What is A
[20] referring to?
[21]  A: A?
[22]  Q: Yeah. Subparagraph A, "ordering
[23] Plaintiffs to falsify official police
[24] records and ultimately terminating
[25] Plaintiffs' employment when they refused to

Page 321

F. Fiorillo

[1]
[2] do so," as it pertains to you, what does A
[3] mean?
[4]  A: A is the Halloween incident.
[5]  Q: That we've already testified to?
[6]  A: Correct.
[7]  Q: Anything else you want to add to
[8] that?
[9]  A: That's the only thing that had to
[10] do with falsifying official — let me just
[11] think for a second.
[12]  Q: Okay.
[13]  A: What about summonses?
[14]  Q: Tell me.
[15]  A: That's official police records
[16] that he — that he altered.
[17]  Q: No, not that he altered. He's
[18] asking you to falsify. Did police — did
[19] Hesse ever order you to falsify a summons?
[20] Not whether he did. Whether he ordered you
[21] to do it. That's my question.
[22]  A: Okay. The one off the top of my
[23] head is the Halloween statement.
[24]  Q: Okay. But my question is, did
[25] Hesse ever order you to falsify a summons?

Page 322

F. Fiorillo

[1]
[2] Putting aside the Halloween incident, did
[3] Hesse ever order you to falsify a summons?
[4]  MR. GOODSTADT: Objection.
[5]  A: Well, technically, yes.
[6]  Q: Technically or untechnically, why
[7] don't you tell me?
[8]  A: I had to go get a summons that I
[9] issued from the violator, bring it back to
[10] the station with the owner of the
[11] business — okay. You want me to explain it
[12] to you?
[13]  Q: Well, you said technically —
[14]  A: Yes. The answer is yes.
[15]  Q: Well, then tell me — tell me how
[16] Hesse ordered you to falsify a summons?
[17]  A: Okay. I was on patrol and in the
[18] Village of Ocean Beach they have a code that
[19] at a certain point in time, bicycle riding
[20] is restricted. So the residents of the
[21] Village want this code enforced. I enforce
[22] the law in the Village as a police officer,
[23] and this one subject was violating the code.
[24] So I issued him a summons.
[25]  Q: Okay.

**Page 323**

*F. Fiorillo*

[1]
[2] A: Okay? So what happened was the
[3] father of the son went to the police
[4] station.
[5] Q: Okay.
[6] A: Okay? And first of all, when I
[7] issued the summons to the son, the father
[8] said, "What are you doing?" He said, "You
[9] got to take this back." He said, "I take
[10] care of the Bosettis," okay?
[11] Q: Okay.
[12] A: So I said, "You're gonna have to
[13] go to court with that, and you know, you go
[14] to court and the judge is going to decide
[15] whatever he's going to decide. I have
[16] nothing to do with it after I issue the
[17] summons."
[18] Q: And you had already issued the
[19] summons?
[20] A: I already issued it.
[21] Q: Okay. So go on.
[22] A: So then what he did was he got
[23] upset and he went to the station. I went to
[24] the station with him.
[25] Q: Okay.

**Page 324**

*F. Fiorillo*

[1]
[2] A: Okay? So he was ranting and
[3] raving how much he pays in taxes in the
[4] Village of Ocean Beach.
[5] Q: Um-hum.
[6] A: And what Hesse did was he took
[7] the summons back. Then he had me go get the
[8] summons from the — because what I have to
[9] do is I have to give a copy to the, um, the
[10] violator.
[11] Q: So the — how old was the
[12] violator?
[13] A: Maybe 19 or 20.
[14] Q: Okay.
[15] A: Um, it was — it was the, um,
[16] son of this business owner.
[17] Q: Okay.
[18] A: Okay? So what happened was —
[19] Q: Hesse told you to go get the
[20] summons from the violator?
[21] A: Right.
[22] Q: Did you?
[23] A: Yeah.
[24] Q: And what did you do with it?
[25] A: I gave it to Hesse.

**Page 325**

*F. Fiorillo*

[1]
[2] Q: Okay. So did you falsify
[3] anything on the summons that you had issued
[4] after you issued it?
[5] A: Well, he ordered me to take the
[6] summons back. I mean, that's pretty —
[7] Q: Sir, you're alleging "ordered
[8] Plaintiffs to falsify official police
[9] records." Did you change the writing on the
[10] summons after you issued it?
[11] A: I didn't change it at all.
[12] Q: That's fine. And you didn't
[13] refuse Hesse's direction to get the summons
[14] back?
[15] A: No.
[16] Q: Right. Well, you write in
[17] paragraph A, "Ordered Plaintiffs to falsify
[18] official police records and ultimately
[19] terminating Plaintiffs' employment when they
[20] refused to do so." So this one really
[21] wouldn't apply to that summons, would it,
[22] because you didn't refuse Hesse's direction?
[23] MR. GOODSTADT: Objection.
[24] Q: Right?
[25] A: Okay.

**Page 326**

*F. Fiorillo*

[1]
[2] Q: Okay. So other than the
[3] Halloween police report that you've
[4] testified about already, any other police
[5] records that Hesse ordered you to falsify
[6] that you refused to do?
[7] A: Not that I can recall at this
[8] time.
[9] Q: Okay. Let's go to B,
[10] "Prohibiting Plaintiffs from interfering
[11] with the unlawful activities of a known drug
[12] dealer operating within the jurisdiction of
[13] the OBPD," do you see that?
[14] A: Yes.
[15] Q: Who was this known drug dealer?
[16] A: Mitch Burns.
[17] Q: Okay. And are you — is it your
[18] allegation that George Hesse prohibited you
[19] specifically from interfering with the
[20] unlawful activities of Mr. Burns operating
[21] within the jurisdiction?
[22] A: Yes.
[23] Q: Okay. Now, did you ever witness
[24] Mr. Burns selling drugs in the jurisdiction
[25] of the Ocean Beach Police Department?

Page 327

**F. Fiorillo**

[2] **A:** There was an incident at the
[3] church where —
[4] **Q:** We'll get to that. But my
[5] question to you, sir, did you ever witness
[6] Mitchell Burns selling drugs in the
[7] jurisdiction of the Ocean Beach Police
[8] Department?
[9] **A:** I witnessed what appeared to be a
[10] drug transaction by Mitch Burns.
[11] **Q:** Okay. And describe for me your
[12] witnessing of the drug transaction involving
[13] Mitch Burns.
[14] **A:** Um, it was a — it was about
[15] 2:30 in the morning at the church on Ocean
[16] Road and Midway Walk.
[17] **Q:** Okay. What year?
[18] **A:** I would say that was 2004.
[19] **Q:** Okay. What did you witness?
[20] **A:** I witnessed, um, Mitch Burns and
[21] this male subject, his name was Adam, he was
[22] on the Ocean Beach basketball team, and they
[23] were making a — an exchange of what
[24] appeared to be cocaine.
[25] **Q:** Well, what made — gave you the

Page 328

**F. Fiorillo**

[2] impression that what you saw would appear to
[3] be cocaine?
[4] **A:** It was a white powdery substance
[5] in a — like a glazing bag.
[6] **Q:** How far away were you when you
[7] witnessed this transaction?
[8] **A:** Pretty close. Like pretty close
[9] (indicating).
[10] **Q:** Were you in uniform?
[11] **A:** Yeah. I was on duty.
[12] **Q:** So you're standing about three
[13] feet, four to five feet away from Mitch
[14] Burns and this other individual, and you saw
[15] Mitch Burns hand him a vial of cocaine?
[16] **A:** No. Not vial.
[17] **Q:** A bag?
[18] **A:** It's a little bag like this
[19] (indicating).
[20] **Q:** Transparent?
[21] **A:** Yeah.
[22] **Q:** And did you see the individual
[23] give Mitch Burns money?
[24] **A:** No.
[25] **Q:** Okay. Did Mitch Burns know that

Page 329

**F. Fiorillo**

[2] you were standing five feet away from him?
[3] **A:** No.
[4] **Q:** Okay. So was George Hesse with
[5] you?
[6] **A:** No.
[7] **Q:** Was anyone with you?
[8] **A:** Yes.
[9] **Q:** Who was with you?
[10] **A:** Joe Nofi.
[11] **Q:** Oh, Joe Nofi. Okay. And
[12] what police action did you take upon your
[13] witnessing of what you believed to be a
[14] drug deal?
[15] **A:** I didn't take any police action.
[16] **Q:** Why not?
[17] **A:** Because George Hesse told me
[18] whatever — whatever — if anything has to
[19] do with Mitch Burns, hands off. Look the
[20] other way.
[21] **Q:** And when did George Hesse tell
[22] you this?
[23] **A:** This was — the night that he
[24] told me?
[25] **Q:** Yeah.

Page 330

**F. Fiorillo**

[2] **A:** I was called to the station to
[3] pick him up and then I was in the gem car.
[4] And then what I did was I dropped him off at
[5] Mitch Burns' house. He said, "Whatever
[6] happens here with — between the drugs and
[7] the girls, we look the other way."
[8] **Q:** George Hesse said that?
[9] **A:** George Hesse said that.
[10] **Q:** Okay. In the same season that
[11] you saw Mitch Burns hand this other
[12] individual what you thought to be cocaine?
[13] **A:** Yes.
[14] **Q:** And how old was this other
[15] individual? You said he played for the
[16] Ocean Beach Police — basketball team?
[17] **A:** Yes.
[18] **Q:** How old was he?
[19] **A:** I would say in his 30s.
[20] **Q:** Okay.
[21] **MR. GOODSTADT:** It's a well
[22] known team.
[23] **MR. NOVIKOFF:** Yeah. I guess.
[24] **A:** It's not the Ocean Beach team.
[25] It's the Ocean Beach league they have in the

FRANK FIORILLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 4 of 64 PageID #:
5028

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

---

Page 331

**F. Fiorillo**

[1]
[2] summertime.
[3]    **Q:** Okay. And did you say anything
[4] to these two individuals?
[5]    **A:** I asked them what they were doing
[6] on the property.
[7]    **Q:** And what did they say?
[8]    **A:** Well, then Mitch just broke out
[9] to a — to a real big sweat.
[10]    **Q:** Okay.
[11]    **A:** And they didn't have an answer.
[12] They were just hanging out.
[13]    **Q:** And did you take the substance
[14] away from the individual?
[15]    **A:** No.
[16]    **Q:** No? Well, why not?
[17]    **A:** Because I had a feeling that if I
[18] did anything with Mitch Burns, my job was
[19] going to be in jeopardy. Because at the
[20] time, George Hesse was sleeping at Mitch
[21] Burns' house because he was having marital
[22] problems with his wife.
[23]    **Q:** So you allowed an individual in
[24] your presence to walk away with what you
[25] believed to be cocaine, right?

---

Page 332

**F. Fiorillo**

[1]
[2]    **A:** Yes.
[3]    **Q:** Notwithstanding whatever health
[4] concerns or public safety concerns could
[5] result from that, is that your testimony?
[6]    **A:** Based on what George Hesse told
[7] me.
[8]    **Q:** Now you had — you complained —
[9] did you complain to Paridiso about this?
[10]    **A:** No.
[11]    **Q:** Now you complained to Paridiso
[12] about the Bosettis throwing a cabinet into
[13] the bay, right?
[14]    **A:** That's right.
[15]    **Q:** And you complained to Paridiso
[16] about Hesse telling you that he wanted you
[17] to change your report, right?
[18]    **A:** Right.
[19]    **Q:** And you complained to Paridiso
[20] about the Bosettis drinking in the Village
[21] and Muller drinking in the Village, right?
[22]    **A:** Right.
[23]    **Q:** So is it your contention to this
[24] jury that notwithstanding the fact that you
[25] witnessed an illegal transaction, you made

---

Page 333

**F. Fiorillo**

[1]
[2] no complaints to the chief of police?
[3]    **MR. GOODSTADT:** Objection.
[4]    **Q:** Is that your — is that what
[5] your testimony is?
[6]    **A:** Well, I never — I never checked
[7] the substance, so I don't know if it was
[8] drugs.
[9]    **Q:** Oh. Okay.
[10]    **A:** But in my opinion, it was a good
[11] possibility.
[12]    **Q:** A good possibility that what two
[13] individuals exchanged was drugs. Fine. Did
[14] you even go to Chief Paridiso and tell him
[15] that you were prevented from enforcing your
[16] job, putting the public safety at risk,
[17] because of what Chief Hesse — what
[18] Mr. Hesse told you?
[19]    **A:** No.
[20]    **Q:** And Mr. Hesse had previously told
[21] you, sir, that not to do anything with
[22] regard to the known drug dealer, right?
[23]    **A:** Yes.
[24]    **Q:** And at no time did you advise
[25] Mr. Paridiso about this, correct?

---

Page 334

**F. Fiorillo**

[1]
[2]    **A:** Correct.
[3]    **Q:** Even though you swore to uphold
[4] the law, correct?
[5]    **A:** Correct.
[6]    **Q:** Even though the primary objective
[7] of being a police officer was to ensure the
[8] safety of the individual citizens within the
[9] jurisdiction and anyone else within the
[10] jurisdiction, correct?
[11]    **A:** Yes.
[12]    **Q:** So if I understand you correctly,
[13] and please tell the jury this,
[14] notwithstanding the fact that you were told
[15] by Mr. Hesse not to enforce the law against
[16] Mr. Burns, and that the public safety could
[17] be at issue because of what Mr. Burns was
[18] doing, you did not go to your superior,
[19] Mr. Paridiso, and make a complaint?
[20]    **MR. GOODSTADT:** Objection.
[21]    **Q:** Correct?
[22]    **A:** Correct.
[23]    **Q:** So you knowingly allowed a drug
[24] dealer to do whatever he was doing in Ocean
[25] Beach that could put the safety of the

---

Page 335

**F. Fiorillo**

[2] citizens in jeopardy, correct?

[3]   **A:** Not only me. What about George

[4] Hesse?

[5]   **Q:** You're — you're answering the

[6] question, sir, that I'm asking you. You

[7] would agree with me, right?

[8]   **A:** Yes.

[9]   **Q:** And you didn't tell Mayor Rogers?

[10]   **A:** No.

[11]   **Q:** You didn't tell any trustees?

[12]   **A:** No.

[13]   **Q:** You didn't — you didn't even

[14] send an anonymous — well, let me ask you,

[15] did you send any anonymous notes or

[16] communications to anyone at Ocean Beach

[17] about this?

[18]   **A:** No.

[19]   **Q:** No, right?

[20]   **A:** Right.

[21]   **Q:** You didn't send any anonymous

[22] communications to the DA, right?

[23]   **A:** No.

[24]   **Q:** You didn't send any anonymous

[25] communications to any media outlet, right?

Page 336

**F. Fiorillo**

[2]   **A:** Well, when you say "anonymous" —

[3]   **Q:** Did you call up News 12 and say

[4] "hey, listen, I can't tell you who my name

[5] is, but I'm being told by my police sergeant

[6] not to enforce the laws against a drug

[7] dealer"?

[8]   **A:** No. But I did tell the DA's

[9] office.

[10]   **Q:** After August 2005, right?

[11]   **A:** Yes.

[12]   **Q:** And that was after they came to

[13] you about the Gilbert incident, correct?

[14]   **A:** Correct.

[15]   **Q:** You didn't voluntarily go to the

[16] DA with this information, did you?

[17]   **A:** No.

[18]   **Q:** Right. You then write in

[19] subparagraph C, "ordering Plaintiffs to

[20] facilitate other officers' dereliction of

[21] duty, including without limitation, by

[22] allowing those officers to imbibe

[23] intoxicating beverages while on duty," what

[24] do you mean by that?

[25]   **A:** Well, we were — we were told to

Page 337

**F. Fiorillo**

[2] look the other way with the, um, with the —

[3] as far as the Bosettis go.

[4]   **Q:** What were you told with regard to

[5] looking the other way?

[6]   **A:** Well, I was told not to go crying

[7] to the chief.

[8]   **Q:** Anything else that you were told?

[9]   **A:** Well, I was told to drive

[10] officers to the checkpoint.

[11]   **Q:** Okay. Anything else?

[12]   **A:** I was told to pick them up at the

[13] bars.

[14]   **Q:** The Bosettis. Anything else.

[15] Well, the Bosettis you're referring to?

[16]   **A:** Well, the Bosettis. Walter

[17] Muller.

[18]   **Q:** Okay.

[19]   **A:** Sometimes Ty Bacon. It wasn't

[20] always the Bosettis. It was, you know,

[21] there were other officers also.

[22]   **Q:** Okay. Anything else?

[23]   **A:** Well, that's all I can recall at

[24] this time.

[25]   **Q:** Were you the only person to ever

Page 338

**F. Fiorillo**

[2] be directed by Mr. Hesse to drive officers

[3] to the checkpoint?

[4]   **A:** No.

[5]   **MR. GOODSTADT:** Objection.

[6]   **Q:** To your knowledge, who else

[7] was — was directed by Hesse to drive

[8] officers to the checkpoint?

[9]   **A:** I think Joe Nofi.

[10]   **Q:** Um-hum.

[11]   **A:** Tommy Snyder. Kevin Lamm. Eddie

[12] Carter.

[13]   **Q:** Were you aware if any other

[14] officers who were on different shifts would

[15] drive police officers to checkpoints at the

[16] end of their shifts?

[17]   **A:** If I wasn't there, I wouldn't

[18] know who he had.

[19]   **Q:** Well, you did come to the

[20] checkpoint when you started your shift,

[21] right?

[22]   **A:** No. I came on the ferry.

[23]   **Q:** Okay. Then let's talk about D.

[24] Well, did you ever send a — an anonymous

[25] communication to anyone concerning the fact

Page 339

**F. Fiorillo**

[1]
[2] that you were being directed by Hesse to
[3] drive officers off to the checkpoint or take
[4] them out of the bars?
[5] **MR. GOODSTADT:** Objection.
[6] **A:** Say that — I'm sorry.
[7] **Q:** Well, did you ever complain by
[8] way of any communication, um, that you were
[9] being directed by George Hesse to drive the
[10] Bosettis and other officers to the
[11] checkpoint?
[12] **A:** Did I ever complain about that?
[13] No.
[14] **Q:** And I think you mentioned you
[15] had — you were ordered to take some of the
[16] officers out of bars?
[17] **A:** Yeah. Pick them up at the bars
[18] when they were coming out of the bars.
[19] **Q:** And take them where, if anywhere?
[20] **A:** To the checkpoint.
[21] **Q:** So that's all in one, take them
[22] out of the bar?
[23] **A:** Yeah. Basically through Ocean
[24] Beach to the checkpoint.
[25] **Q:** Did you ever complain about that?

Page 340

**F. Fiorillo**

[1]
[2] **A:** Um, there was one night in
[3] particular that I complained about, um,
[4] Richie Bosetti driving the vehicle — well,
[5] I wasn't driving that night. You want to
[6] hear about that?
[7] **Q:** No. I'm just interested in if
[8] you complained.
[9] **A:** Well, it's in reference to a
[10] complaint.
[11] **Q:** What did you complain about?
[12] **A:** About Richie Bosetti driving the
[13] police vehicle to the checkpoint and
[14] offering a Marine Bureau police — Suffolk
[15] County Marine Bureau police officer a beer,
[16] while the Marine Bureau police officer was
[17] on duty.
[18] **Q:** And who did you complain to?
[19] **A:** The chief.
[20] **Q:** Chief Paridiso?
[21] **A:** (Indicating).
[22] **Q:** So that's another complaint that
[23] you —
[24] **A:** Well, I just remember that one
[25] now because of the transporting.

Page 341

**F. Fiorillo**

[1]
[2] **Q:** And when did that take place?
[3] **A:** That was in 2004.
[4] **Q:** And why didn't you complain to
[5] Hesse first about that?
[6] **A:** Because at that time, that was
[7] when the chief was trying to enforce the
[8] rules in the Village, and Hesse wasn't doing
[9] anything to enforce them himself.
[10] **Q:** Okay. So if I understand your
[11] testimony then, at some point in time in
[12] 2004, you witnessed Richard Bosetti offering
[13] a —
[14] **A:** Suffolk County police — Marine
[15] Bureau police officer on duty in his
[16] vehicle —
[17] **Q:** A beer?
[18] **A:** A beer.
[19] **Q:** Did that police officer take the
[20] beer?
[21] **A:** No.
[22] **Q:** And you felt the need to complain
[23] to Chief Paridiso about that?
[24] **A:** That made the department look
[25] so — I mean, it was — it was a disgrace.

Page 342

**F. Fiorillo**

[1]
[2] I felt that to be a disgrace that here he
[3] is, I mean, embarrassing us basically.
[4] **Q:** Did the marine officer indicate
[5] that it was an embarrassment to be offered a
[6] beer while on duty in your presence? I'm
[7] only asking —
[8] **MR. GOODSTADT:** Objection.
[9] **A:** In my presence, I think he was
[10] pretty shocked by his reaction.
[11] **Q:** Okay. What was his reaction?
[12] **A:** His recollection was, "No way."
[13] He goes, "I'm on duty," you know.
[14] **Q:** Did you complain to anybody else?
[15] **A:** No.
[16] **Q:** Let's go to D, "conspiring with
[17] Alison Sanchez to prevent Plaintiffs from
[18] taking any action that might prevent Hesse
[19] from perpetrating similar acts on an ongoing
[20] basis"?
[21] **A:** Where is this?
[22] **Q:** D, on the bottom of 42.
[23] **A:** Bottom of 42?
[24] **MR. GOODSTADT:** What's the
[25] question about it?

Page 343

[1] F. Fiorillo
[2] MR. NOVIKOFF: What did he mean
[3] by that.
[4] MR. GOODSTADT: Objection.
[5] A: Well, Alison Sanchez was the one
[6] who we went to — Joe Nofi, Kevin Lamm and
[7] myself — and she actually told us that we
[8] couldn't go on any further than her. So she
[9] basically prevented us from — from going
[10] forward which — which might have prevented
[11] Hesse from perpetrating similar acts on an
[12] ongoing basis.
[13] Q: Might have. You said Alison
[14] Sanchez prevented you. Would you agree with
[15] me the fact that I've been asking you
[16] questions for five hours at a deposition in
[17] a complaint that you filed alleging all of
[18] these activities involving Mr. Hesse,
[19] indicates that you weren't in fact prevented
[20] by anyone to — trying to ensure that George
[21] Hesse didn't do this anymore?
[22] MR. GOODSTADT: Objection.
[23] Q: Do you understand what I'm
[24] saying?
[25] A: Not really.

Page 344

[1] F. Fiorillo
[2] Q: All right. Well, you just said
[3] in the Complaint and in your testimony that
[4] Alison Sanchez conspired with George Hesse
[5] to prevent you from preventing Hesse from
[6] perpetrating similar acts that were alleged
[7] in your Complaint, do you see that?
[8] A: Yes.
[9] Q: You filed a lawsuit, right?
[10] A: Yes.
[11] Q: In this lawsuit, you've alleged
[12] that Hesse has committed a lot of unlawful
[13] acts, right?
[14] A: Yes.
[15] Q: And a lot of acts that weren't
[16] nice to you, right?
[17] A: Yes.
[18] Q: How could you have done that if
[19] Alison Sanchez, as you've testified,
[20] prevented you from doing this?
[21] MR. GOODSTADT: Objection.
[22] Q: It's a mind twister, isn't it?
[23] MR. GOODSTADT: Objection.
[24] A: I'm trying to think of how to
[25] answer it.

Page 345

[1] F. Fiorillo
[2] Q: I'm trying to think how you're
[3] going to answer it.
[4] MR. GOODSTADT: Objection.
[5] A: Well, what Alison Sanchez and
[6] Hesse did to Joe, Kevin and myself and they
[7] got away with doing that, if they got away
[8] with doing that, then they can continue to
[9] do that on an ongoing basis if — if we
[10] didn't do anything about it.
[11] Q: Yeah. But that — what you've
[12] alleged is that Sanchez prevented you from
[13] preventing Hesse from perpetrating similar
[14] acts on an ongoing basis, sir. You filed
[15] this lawsuit, correct?
[16] A: Correct.
[17] Q: So explain to the jury how Alison
[18] Sanchez prevented you from doing anything?
[19] MR. GOODSTADT: Objection.
[20] A: Well, she initially was the cause
[21] of these officers who came to Ocean Beach as
[22] civilians that were working for a — a few
[23] years.
[24] Q: She initially was the cause, is
[25] that your testimony?

Page 346

[1] F. Fiorillo
[2] A: Well, she had — she — with —
[3] her and Hesse, both of them involved.
[4] Q: I'll move on. I just want to go
[5] back to some questions about your
[6] employment. When you first joined the
[7] police department at Ocean Beach, were you
[8] qualified as you've alleged other officers
[9] weren't?
[10] A: Absolutely I was qualified. 100
[11] percent.
[12] Q: You were qualified? You passed
[13] all your tests?
[14] A: Everything.
[15] Q: At no time did you have any
[16] retake any tests?
[17] A: None.
[18] Q: Okay. Now prior to January 1,
[19] 2006 — well, let's just go back. Between
[20] the time you first started at Ocean Beach
[21] and January 1, 2006, what jobs in the law
[22] enforcement field did you apply for?
[23] A: Prior to — excuse me?
[24] Q: Between your first day at Ocean
[25] Beach in 2002 and January 1, 2006, what jobs

FRANK FIORILLO
February 20, 2009

07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 1 of 1 PageID #:
5032

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Page 347

**F. Fiorillo**

[1]
[2] in the law enforcement field had you applied
[3] for?
[4] **A:** I believe I only applied for one
[5] job.
[6] **Q:** In the entire span of that time?
[7] **A:** That I can remember.
[8] **Q:** What job was that?
[9] **A:** FBI.
[10] **Q:** Did you get it?
[11] **A:** No.
[12] **Q:** In fact, didn't Ty Bacon give you
[13] a recommendation?
[14] **A:** I don't know who gave
[15] recommendations.
[16] **Q:** Did you ever ask Ty Bacon to give
[17] you a recommendation for that job?
[18] **A:** No.
[19] **Q:** Did you ask Ty Bacon to do
[20] anything with regard to that job?
[21] **A:** No. What happened was the —
[22] **Q:** I'm just asking a question. So
[23] Ty Bacon, you asked nothing of Ty Bacon with
[24] regard to your application to the FBI, is
[25] that your testimony?

Page 348

**F. Fiorillo**

[1]
[2] **A:** I have to say "no" with an
[3] explanation.
[4] **Q:** Fine. Give me the explanation.
[5] **A:** I didn't ask anybody for a
[6] reference because what the investigator did
[7] was he went to Ocean Beach and Chief
[8] Paridiso gave him the names to give the
[9] investigator the, um, recommend — the
[10] reference. I had nothing to do with it.
[11] **Q:** Let's go to page 41. 176, do you
[12] see that?
[13] **A:** Yes.
[14] **Q:** Now above that this is the
[15] Twelfth Cause of Action, right?
[16] **A:** Yes.
[17] **Q:** And you entitle it "Negligent
[18] Retention of an Unfit Employee Under State
[19] Law," do you see that?
[20] **A:** Yes.
[21] **Q:** Let's go to 176. You write or
[22] you allege "as set forth above, Defendants
[23] Hesse, Ocean Beach, OBPD and Suffolk County
[24] Civil Service, deliberately retained and
[25] advanced the careers of uncertified and

Page 349

**F. Fiorillo**

[1]
[2] unqualified personnel who served alongside
[3] Plaintiffs as police officers," do you see
[4] that?
[5] **A:** Yes.
[6] **Q:** How come you didn't make the same
[7] allegation about Chief Paridiso?
[8] **MR. GOODSTADT:** Objection.
[9] **A:** What do you mean by that?
[10] **Q:** Well, Chief Paridiso was
[11] Defendant Hesse's superior in 2002, 2003,
[12] 2004 and part of 2005, correct? Right?
[13] **A:** Yeah. But George Hesse —
[14] **Q:** Sir, was —
[15] **A:** Yes.
[16] **Q:** Yes?
[17] **A:** Yes.
[18] **Q:** And you testified earlier that
[19] you don't know who had the authority at
[20] Ocean Beach to hire people, right?
[21] **A:** Yes.
[22] **Q:** So my question to you, sir, is
[23] why didn't you include Chief Paridiso in
[24] this allegation?
[25] **MR. GOODSTADT:** Objection. To

Page 350

**F. Fiorillo**

[1]
[2] the extent that — I just want to
[3] caution you — to the extent that the
[4] decision was made in consultation with
[5] your lawyers or any strategic decisions
[6] who to sue and not to sue was made in
[7] consultation with a lawyer, I'm going
[8] to instruct you not to answer.
[9] **THE WITNESS:** Okay.
[10] **Q:** You can't answer that?
[11] **A:** Based on my attorney's advice.
[12] **Q:** Okay. You then go on — I don't
[13] know if I continued — "who served alongside
[14] Plaintiffs as police officers, while
[15] Defendant Loeffler, mayor of Ocean Beach,
[16] negligently permitted Hesse to do so," do
[17] you see that?
[18] **A:** Where? 41?
[19] **Q:** 176 on page 41.
[20] **A:** Yup.
[21] **Q:** Do you see reference to —
[22] **A:** Okay. I got it.
[23] **Q:** — Defendant Loeffler?
[24] **A:** Yes.
[25] **Q:** On April 2, 2006, Loeffler wasn't

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 9 of 64 PageID #:
5033

FRANK FIORILLO
February 20, 2009

Page 351

[1]                    *F. Fiorillo*
[2] the mayor, was he?
[3]    **A:** No.
[4]    **MR. GOODSTADT:** Objection.
[5] It's pretty clear on 177 that he
[6] wasn't.
[7]    **MR. NOVIKOFF:** Okay.
[8]    **Q:** So Loeffler was not the mayor?
[9]    **A:** Correct.
[10]   **Q:** So how could Mayor Loeffler have
[11] negligently permitted Hesse to do so if he
[12] wasn't the mayor?
[13]   **MR. GOODSTADT:** Objection.
[14]   **Q:** In your opinion?
[15]   **MR. GOODSTADT:** Objection.
[16] It's set forth in 177.
[17]   **MR. NOVIKOFF:** That's nice. If
[18] you need to read it, you can read it.
[19]   **MR. GOODSTADT:** I'll object to
[20] the question. It calls for a legal
[21] conclusion.
[22]   **MR. NOVIKOFF:** Okay. You can
[23] answer.
[24]   **Q:** I'll make my question even
[25] simpler. If Hesse was not the mayor at the

Page 352

[1]                    *F. Fiorillo*
[2] time that you left —
[3]    **A:** If Loeffler.
[4]    **Q:** If Loeffler was not the mayor at
[5] the time that you left on April 2, 2006, how
[6] could he have negligently permitted the —
[7] the continuation of the careers —
[8]    **MR. GOODSTADT:** Objection.
[9]    **Q:** Of these unqualified officers?
[10]   **MR. GOODSTADT:** Same objection.
[11]   **A:** As the village trustee, he did.
[12]   **Q:** And what's the basis for your
[13] opinion that the village trustee, Hesse, had
[14] the authority —
[15]   **A:** No.
[16]   **Q:** I mean Loeffler had the authority
[17] to hire or fire any employee by himself?
[18]   **A:** No. No. I don't know that.
[19]   **Q:** Oh, you don't know that?
[20]   **A:** (Indicating).
[21]   **Q:** Okay.
[22]   **A:** But he has a direct vote I would
[23] imagine.
[24]   **Q:** One of five, right?
[25]   **A:** Right.

Page 353

[1]                    *F. Fiorillo*
[2]    **Q:** Okay. Do you have any indication
[3] one way or the other as to whether Loeffler
[4] ever voted on this issue?
[5]    **A:** I don't know.
[6]    **Q:** Right. Okay. You then go on
[7] "Defendant Hesse had knowledge of the undue
[8] risk of harm to which Plaintiffs were
[9] thereby exposed." Let me ask you this
[10] question, sir —
[11]   **A:** Where are you? I'm sorry.
[12]   **Q:** Same 176.
[13]   **A:** Okay.
[14]   **Q:** "Negligently permitted Hesse to
[15] do so. Defendant Hesse had knowledge of the
[16] undo risk of harm to which Plaintiffs were
[17] thereby exposed," do you see that?
[18]   **A:** Okay.
[19]   **Q:** Tell the jury, in your own words,
[20] how you, Mr. Fiorillo, have been physically
[21] injured as a result of the uncertified and
[22] unqualified personnel serving alongside you?
[23]   **MR. GOODSTADT:** Objection.
[24]   **A:** We had the risk of physical
[25] injury.

Page 354

[1]                    *F. Fiorillo*
[2]    **Q:** Oh, I can read, sir. I'm asking
[3] you to tell the jury what physical injuries
[4] you've suffered as a result of the
[5] uncertified and unqualified personnel that
[6] you served alongside?
[7]    **MR. GOODSTADT:** Objection.
[8]    **A:** I think because of them being
[9] unfit to be qualified for the position of
[10] police officer, that's why I'm — I'm in the
[11] position I am in right now.
[12]   **Q:** Oh, no. I get that aspect of
[13] your claim.
[14]   **A:** So physically it affected me.
[15]   **Q:** Tell the jury specifically what
[16] physical injury you have suffered as a
[17] result of serving alongside of uncertified
[18] and unqualified personnel?
[19]   **MR. GOODSTADT:** Objection.
[20]   **Q:** Okay.
[21]   **A:** Physical injury?
[22]   **Q:** Physical injury.
[23]   **A:** I think I'm damaged, to be honest
[24] with you, physically.
[25]   **Q:** That's what I'm asking.

---

**Page 355**

[1]     *F. Fiorillo*
[2]     **A:** I'm damaged. It affected me
[3]  physically.
[4]     **Q:** What physical injury have you
[5]  suffered? Have you suffered a broken arm?
[6]  Well, you know what, let me make it — let
[7]  me see. You got one more minute left?
[8]  Prior to April 2, 2006, what physical injury
[9]  did you suffer as a result of working
[10]  alongside uncertified and unqualified
[11]  officers?
[12]     **MR. GOODSTADT:** Objection.
[13]     **A:** Well, physically working with
[14]  uncertified officers in — in the, um, in
[15]  working as a police officer in Ocean Beach,
[16]  there was — there was — physically you
[17]  weren't assured that you had a police
[18]  officer on your side or backing you up in an
[19]  emergency situation that, number one, knew
[20]  the ten codes, number two, knew how to
[21]  handle a situation without — without being
[22]  under the influence of drug — alcohol.
[23]  Excuse me. Alcohol.
[24]     **Q:** Actually, we're running out of
[25]  time. Do you want to just pick that answer

---

**Page 356**

[1]     *F. Fiorillo*
[2]  up when we're done? We can read what you
[3]  had said so far and then you can continue?
[4]     **A:** Whatever you want.
[5]     **MR. NOVIKOFF:** Yeah. Let's do
[6]  that.
[7]     **THE VIDEOGRAPHER:** This ends
[8]  tape number five. The time it 4:50
[9]  p.m. Going off the record.
[10]     (A break was taken.)
[11]     **THE VIDEOGRAPHER:** This begins
[12]  tape number six. The time is 5:01 p.m.
[13]  Back on the record.
[14]     **MR. NOVIKOFF:** I'm going to ask
[15]  the court reporter to read back your
[16]  answer so that — since we stopped
[17]  because the tape ended, so that if you
[18]  want to finish it or complete it, by
[19]  all means do so.
[20]     **THE WITNESS:** Okay.
[21]     (The requested portion was read.)
[22]     **Q:** Do you want to finish your
[23]  answer?
[24]     **A:** Yes.
[25]     **Q:** Go ahead.

---

**Page 357**

[1]     *F. Fiorillo*
[2]     **A:** Um, with that, there was always
[3]  the potential to, um, have the risk of
[4]  injury, but at that time, I didn't get
[5]  any — I didn't receive any injuries.
[6]     **MO MR. NOVIKOFF:** Okay. I'm going
[7]  to move to strike that answer. And
[8]  just so that the record's clear, and I
[9]  know your counsel's going to object,
[10]  and that's fine.
[11]     **Q:** Prior to April 2, 2006, what
[12]  physical injury, if any, did you suffer as a
[13]  result of serving alongside unqualified and
[14]  uncertified officers?
[15]     **MR. GOODSTADT:** Objection.
[16]     **A:** No physical injury.
[17]     **Q:** Okay. Let's go to page 40.
[18]  Paragraph 171. Now, sir, in the Eleventh
[19]  Cause of Action, you title it "Termination
[20]  in Violation of Public Policy Under State
[21]  Law," do you see that?
[22]     **A:** Yes.
[23]     **Q:** Please tell the jury what the
[24]  Public Policy of New York State is that you
[25]  believe my clients have violated?

---

**Page 358**

[1]     *F. Fiorillo*
[2]     **MR. GOODSTADT:** Objection.
[3]  It's a legal conclusion. That's a
[4]  strictly legal question.
[5]     **MR. NOVIKOFF:** I'm asking the
[6]  witness.
[7]     **MR. GOODSTADT:** Did you want to
[8]  explain what section 1983 is also?
[9]     **Q:** Sir, please identify the public
[10]  policy.
[11]     **MR. GOODSTADT:** That's a legal
[12]  conclusion. I'm going to object.
[13]     **MR. NOVIKOFF:** Your objection's
[14]  noted.
[15]     **A:** That would be a legal policy.
[16]     **Q:** Yeah. I'm — what's the public
[17]  policy of New York State that my clients
[18]  have violated?
[19]     **MR. GOODSTADT:** Objection. You
[20]  can answer, if you know.
[21]     **Q:** If you don't know, then you say
[22]  "I don't know."
[23]     **A:** I don't know.
[24]     **Q:** Okay. Let's go to paragraph 171.
[25]  "As set forth above, Defendants terminated

---

Page 359

F. Fiorillo

[1]
[2] Plaintiffs' employment because Plaintiffs
[3] complied with and/or refused to violate laws
[4] and regulations governing law enforcement
[5] personnel in Ocean Beach, Suffolk County."
[6] Sir, were the criminal procedure laws of New
[7] York State be applicable to Ocean Beach
[8] police officers?
[9]   MR. GOODSTADT: Objection.
[10]   Q: In terms of how they go about
[11] enforcing the law?
[12]   A: Yes.
[13]   Q: Okay.
[14]   A: With and including the Ocean
[15] Beach Village code.
[16]   Q: Fine. And is it against the law,
[17] to your knowledge, to sell cocaine to an
[18] individual?
[19]   A: Yes.
[20]   Q: Is it a felony to sell —
[21]   A: Yes.
[22]   Q: — cocaine?
[23]   A: Yes.
[24]   Q: And would you agree with me that
[25] as an officer, a police officer, it's your

Page 360

F. Fiorillo

[1]
[2] obligation under the law that if you witness
[3] a felony, such as the sale of narcotics, you
[4] are required to make the arrest?
[5]   A: Yes.
[6]   Q: Would you also agree with me that
[7] when you witnessed Mitch Burns engaged in a
[8] drug transaction involving cocaine, you
[9] declined to arrest him?
[10]   A: I didn't know if he was selling
[11] cocaine.
[12]   Q: Well, okay.
[13]   A: I didn't test it. In other
[14] words —
[15]   Q: You didn't even get it?
[16]   A: Right. So I couldn't even — I
[17] couldn't tell the truth that it was cocaine.
[18]   Q: Okay. Isn't it true, sir, that
[19] Mr. Hesse, according to your — well,
[20] withdrawn. Sir, according to your
[21] testimony, Mr. Hesse ordered you to
[22] disregard the law when it came to Mitch
[23] Burns and turn the other way, correct?
[24]   A: Yes.
[25]   Q: And in 171, you allege that you

Page 361

F. Fiorillo

[1]
[2] refused to violate the law, do you see that?
[3]   A: Yes.
[4]   Q: Isn't it true that at least with
[5] regard to Mr. Burns, according to your
[6] testimony, you agreed with Mr. Hesse to
[7] violate the law with regard to Mitch Burns'
[8] conduct?
[9]   A: Well, I didn't violate the law
[10] because I didn't know — actually, I didn't
[11] know what he was selling, so technically,
[12] was the law broken? I don't know because I
[13] don't know if in fact what appeared to be a
[14] drug transaction to me, I didn't — I didn't
[15] have the possession, I didn't test it, I
[16] didn't pursue it.
[17]   Q: Let me ask you a question. Had
[18] Mr. Hesse, according to you, not given you
[19] that direction, would you have apprehended
[20] Mr. Burns and placed him under arrest?
[21]   A: Well, I would have had to see —
[22]   MR. GOODSTADT: Objection.
[23]   A: I would have to further
[24] investigate the scene.
[25]   Q: What would have you done to

Page 362

F. Fiorillo

[1]
[2] further investigate the scene?
[3]   MR. GOODSTADT: Objection.
[4]   A: Well, I would have had to search.
[5]   Q: Did you believe you had probable
[6] cause to search him?
[7]   A: At that time?
[8]   Q: That's all I'm asking. Your
[9] opinion.
[10]   A: My opinion, I probably did.
[11]   Q: Okay. And given that you believe
[12] you had probable cause to invest — to
[13] search Mr. Burns, your practice would have
[14] been to search Mr. Burns, right?
[15]   A: Yes.
[16]   Q: And had you found, um, narcotics
[17] on Mr. Burns — well, would you have also
[18] searched the other person?
[19]   MR. GOODSTADT: Objection.
[20]   A: Oh yeah.
[21]   Q: Had you found — had you searched
[22] him and you got possession of the bag with
[23] the substance in it, what would you have
[24] done next?
[25]   MR. GOODSTADT: Objection.

FRANK FIORILLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 12 of 64 PageID #:
5036

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Page 363

F. Fiorillo

[1]
[2] **A:** I would have had to take him down
[3] to the station and then we have a test kit.
[4] **Q:** Right.
[5] **A:** Test it to confirm.
[6] **Q:** Okay. And that would have
[7] been —
[8] **A:** Grounds to arrest him.
[9] **Q:** If there was narcotics?
[10] **A:** Correct.
[11] **Q:** And you did none of that?
[12] **A:** No.
[13] **Q:** So would you agree with me that
[14] you — rather than refusing to violate the
[15] law and regulations, you, in fact, complied
[16] with Mr. Hesse's instructions to you not to
[17] do what your job and the regulations
[18] required, correct?
[19] **MR. GOODSTADT:** Objection.
[20] **A:** In that instance, yes.
[21] **Q:** So would you agree with me, sir,
[22] that you, in fact, violated the public
[23] policy of New York State —
[24] **MR. GOODSTADT:** Objection.
[25] **Q:** — by — by turning a blind eye

Page 364

F. Fiorillo

[1]
[2] to what you believed was probable cause of
[3] criminal activity?
[4] **MR. GOODSTADT:** Same objection.
[5] **A:** It would have to go — there
[6] would have to be a progression on that.
[7] Like, initially, I didn't know if it was
[8] cocaine. In other words, I would have to
[9] take the first step.
[10] **Q:** Not even talking about whether or
[11] not it was cocaine or not, sir, isn't it
[12] true that as with regard to Mr. Burns, you
[13] violated your obligation to — to act as a
[14] police officer and investigate what you
[15] believed to be a crime?
[16] **MR. GOODSTADT:** Objection.
[17] **A:** I followed Hesse's orders is what
[18] I did.
[19] **Q:** Okay. Now I appreciate the Nazi
[20] defense, but I'm asking you this, sir.
[21] Isn't it true that you violated your
[22] obligations as a police officer by not
[23] pursuing what you believed was a violation
[24] of the criminal laws of New York State with
[25] regard to Mitch Burns?

Page 365

F. Fiorillo

[1]
[2] **MR. GOODSTADT:** Objection. To
[3] analogize his statement to a Nazi
[4] defense is offensive.
[5] **A:** I don't know what that means, the
[6] Nazi defense.
[7] **Q:** Sir, isn't it true that you
[8] knowingly and intentionally acted in
[9] contradiction to your obligations as a
[10] police officer by not investigating what you
[11] believed to be a narcotics sale?
[12] **MR. GOODSTADT:** Objection.
[13] **A:** I'm not sure.
[14] **Q:** Let's go to page 39. Tell me
[15] when you're there. Are you there?
[16] **A:** Okay.
[17] **Q:** Page nine, paragraph 164, do you
[18] see where I'm referring to?
[19] **A:** Page 39.
[20] **Q:** Page 39, yes.
[21] **A:** Paragraph?
[22] **Q:** 39. I'm sorry, paragraph 164.
[23] **A:** Got it.
[24] **Q:** This is within the Tenth Cause of
[25] Action, do you see that?

Page 366

F. Fiorillo

[1]
[2] **A:** Yes.
[3] **Q:** Defamation per se Under State
[4] Law —
[5] **A:** Yes.
[6] **Q:** — do you see that? 164,
[7] "Defendants Hesse and OBPD published
[8] defamatory statements about Plaintiffs,
[9] including without limitation, assertions
[10] that," do you see where I'm at?
[11] **A:** Yes.
[12] **Q:** Let's go to A. "Plaintiffs
[13] were" — bless you — "Plaintiffs were
[14] dishonest men, 'rats' and rogue law
[15] enforcement officers (April 2, 2006)." What
[16] does the reference to "April 2, 2006" mean
[17] as it's used in paragraph 164A?
[18] **MR. GOODSTADT:** Objection.
[19] **A:** That reference is a reference
[20] that was made at the Ocean Beach department
[21] meeting.
[22] **Q:** Now were you present at the
[23] meeting?
[24] **A:** No.
[25] **Q:** Okay. And, in fact, if I recall

Page 367

F. Fiorillo

[1]
[2] your testimony correctly, and tell me if I'm
[3] wrong, because I don't want to
[4] mischaracterize your testimony, all the
[5] officers — well, a number of officers were
[6] on Ocean Beach for the organizational
[7] meeting on April 2, 2006, correct?
[8]     A: Correct.
[9]     Q: And at some point in time, Hesse
[10] said that everyone should line up, right?
[11]     A: Correct.
[12]     Q: And — at the boathouse?
[13]     A: Correct.
[14]     Q: And then when you went to the
[15] boathouse, it was only you, Lamm, Carter and
[16] Nofi and nobody else?
[17]     A: Correct.
[18]     Q: Okay. Now where did you —
[19] where did you hear Hesse say go to the
[20] boathouse? Where were you standing when he
[21] said that?
[22]     A: Where was I standing?
[23]     Q: Yeah. When Hesse said "everyone
[24] to the boathouse"?
[25]     A: I was pretty much right by the

Page 368

F. Fiorillo

[1]
[2] boathouse. Right by the steps.
[3]     Q: And were the other officers by
[4] the boathouse?
[5]     A: Kind of spread out. Like, you
[6] know, in a — in a spread out area.
[7]     Q: Okay. And when I say "other
[8] officers," I'm including those in addition
[9] to Lamm, Nofi and Carter, right?
[10]     A: Yeah.
[11]     Q: Okay.
[12]     A: Well —
[13]     Q: Okay. Go ahead. Tell me.
[14]     A: Okay. When — when — I just
[15] want to get clear. When we were lining up,
[16] before we were lining up?
[17]     Q: Yeah.
[18]     A: Everybody was all spread out.
[19]     Q: Okay.
[20]     A: Then Hesse made a statement to
[21] line up at the boathouse and he was going to
[22] talk to everybody one at a time.
[23]     Q: And —
[24]     A: Then —
[25]     Q: You proceeded to line up, right?

Page 369

F. Fiorillo

[1]
[2]     A: Then that's when one group went
[3] this way and —
[4]     Q: Got it.
[5]     A: — only four people were on line.
[6]     Q: Okay. So you went into the
[7] boathouse, right?
[8]     A: Yes.
[9]     Q: What transpired next?
[10]     A: I went in. I — Eddie — Eddie
[11] Carter went in first.
[12]     Q: Um-hum.
[13]     A: And I saw Eddie Carter's shield
[14] on the table.
[15]     Q: Okay. Wait a minute.
[16]     A: Where Hesse — Hesse was inside.
[17] He was at a table sitting down.
[18]     Q: Did you see Eddie Carter leave
[19] the boathouse after he went in?
[20]     A: Yeah, he came — he came out. He
[21] exited and I entered.
[22]     Q: Did Eddie say anything to you as
[23] he was exiting and you were entering?
[24]     A: Not a word.
[25]     Q: Okay. So you went in?

Page 370

F. Fiorillo

[1]
[2]     A: So I went in.
[3]     Q: And you saw Ed Carter's shield,
[4] right?
[5]     A: (Indicating).
[6]     Q: And what did Hesse say to you, if
[7] anything?
[8]     A: Well, of course he did. He
[9] said —
[10]     Q: Well, I have to say "if
[11] anything," or else your attorney may object.
[12]     A: Okay. What he did was he said
[13] that "I'm letting you go for budget cuts."
[14]     Q: Okay.
[15]     A: "So I need your firearm," so I
[16] had to make it safe. Took that. And then
[17] he needed my shield, my ID card and he took
[18] the jacket off my back.
[19]     Q: And did he say anything else
[20] while you were in the boathouse?
[21]     A: Yes, he did.
[22]     Q: What did he say?
[23]     A: He said, "Now that I'm taking
[24] over, it's not going to be like when Ed
[25] Paridiso was here. I'm going to make this a

---

Page 371

**F. Fiorillo**

[1]
[2] kinder and gentler police department," and,
[3] um, and also, to addition to budgetary cuts,
[4] he said that, "You were one officer — you
[5] were one of the officers that wrote way too
[6] many summonses for my liking."
[7]   **Q:** Okay. So if I understand your
[8] testimony correctly, in this boathouse
[9] meeting when you were told you were not
[10] going to be hired or terminated as you've
[11] said, Hesse gave you two reasons why you
[12] were being fired?
[13]   **A:** Correct.
[14]   **Q:** One, budgetary cuts?
[15]   **A:** Correct.
[16]   **Q:** And two, that you wrote too many
[17] summonses for his liking?
[18]   **A:** Correct.
[19]   **Q:** And he also said that he wanted a
[20] warmer and fuzzier —
[21]   **A:** Gentler — gentler — kinder and
[22] gentler police department.
[23]   **Q:** Okay. And did you ask him what
[24] he meant by that?
[25]   **A:** No. I was — I was — I was

---

Page 372

**F. Fiorillo**

[1]
[2] physically upset. I didn't even — I was —
[3] you know, it was very upsetting.
[4]   **Q:** And did you say anything to Hesse
[5] in response to —
[6]   **A:** No.
[7]   **Q:** — anything he said to you?
[8]   **A:** I was — I was beside myself. I
[9] couldn't believe what was happening.
[10]   **Q:** So now if I understand your
[11] testimony correctly, Hesse said he wants a
[12] warmer and kinder —
[13]   **A:** Kinder — kinder and gentler —
[14]   **Q:** Right.
[15]   **A:** — police department.
[16]   **Q:** That you were being fired for
[17] budgetary — you were not being hired for
[18] budgetary cuts and that —
[19]   **A:** I wrote too many summonses.
[20]   **Q:** And that was the extent of the
[21] conversation?
[22]   **A:** That's it.
[23]   **Q:** And then you walked out?
[24]   **A:** That's it. Well, I gave my
[25] shield and everything.

---

Page 373

**F. Fiorillo**

[1]
[2]   **Q:** Right.
[3]   **A:** And he wanted — I was leaving
[4] and he goes, "I want the jacket." So I gave
[5] him the jacket off my back.
[6]   **Q:** So you went back out. Who did
[7] you pass, if anybody, on your way out?
[8] Well, Carter had already —
[9]   **A:** Well, there was only Joe and
[10] Kevin left.
[11]   **Q:** Right. So you passed Joe and
[12] Kevin. Did you say anything to them on your
[13] way out?
[14]   **A:** No.
[15]   **Q:** Okay.
[16]   **A:** Because, actually, as I was
[17] walking out, they were walking in.
[18]   **Q:** Okay. Now where did you go from
[19] there?
[20]   **A:** Oh, I'm sorry. One more thing.
[21]   **Q:** Sure.
[22]   **A:** If I could add. Hesse said that
[23] he made arrangements for a water taxi. "Ty
[24] Bacon's on the other side. He's going to
[25] come over with it, and then you guys can

---

Page 374

**F. Fiorillo**

[1]
[2] leave the island." That's what he said.
[3] That was the last thing he said.
[4]   **Q:** And where did you go from the
[5] boathouse?
[6]   **A:** We went back to Bay Shore.
[7]   **Q:** Well, did you wait — no —
[8]   **A:** Oh, we had to wait for Ty Bacon
[9] to come over the bay.
[10]   **Q:** Right.
[11]   **A:** The water taxi was there, and by
[12] that time, Joe was fired and Kevin was
[13] fired.
[14]   **Q:** So they met you where the water
[15] taxi was going to go? Well, let me ask
[16] you —
[17]   **A:** Yeah. Yeah. We all walked to
[18] the water taxi, but not together.
[19]   **Q:** Okay. Fine. So you didn't wait
[20] for Kevin and Joe?
[21]   **A:** Well, we weren't running. You
[22] know what I mean?
[23]   **Q:** Right.
[24]   **A:** We were just — we walked to the
[25] water taxi.

---

Page 375

*F. Fiorillo*

[1]
[2] **Q:** Now what did Carter say to you
[3] about what Nof — what Hesse said to him?
[4] Well, withdrawn. Did Carter advise you
[5] before you got on that water taxi what Hesse
[6] had said to him?
[7] **A:** No. We were just talking about
[8] the whole aspect of what just happened, but
[9] not anything in particular.
[10] **Q:** Did Lamm advise you what Hesse
[11] said to him in the boathouse?
[12] **A:** Nobody did.
[13] **Q:** No one did?
[14] **A:** We weren't talking about anything
[15] that he said in particular. We just talked
[16] about what we just went through as far as
[17] going over there and what happened and how
[18] we left.
[19] **Q:** Okay. Now where, in your
[20] opinion, did Hesse call you a dishonest man
[21] on April 2, 2006?
[22] **A:** Well, we were told by Chris —
[23] well, "we" — Kevin had a communication with
[24] Chris Moran who was in the boathouse at the
[25] time of the meeting. Chris Moran was a

Page 376

*F. Fiorillo*

[1]
[2] dispatcher.
[3] **Q:** Okay.
[4] **A:** Okay? Follow me?
[5] **Q:** When you say "meeting," there was
[6] another meeting then?
[7] **A:** Our — our — our meeting was
[8] not a meeting.
[9] **Q:** Okay.
[10] **A:** Okay?
[11] **Q:** Got it.
[12] **A:** They had their meeting, the
[13] department meeting after we were fired.
[14] **Q:** Um-hum.
[15] **A:** That's the way it went. That was
[16] the progression.
[17] **Q:** Okay. Fine. So at this
[18] department meeting —
[19] **A:** Chris Moran was attending the
[20] meeting, okay, and he relayed back to Kevin
[21] what was said in the meeting.
[22] **Q:** And what did Chris tell Kevin?
[23] **A:** From what Kevin told me —
[24] **Q:** Right. Exactly.
[25] **A:** That Chris said, Chris said that

Page 377

*F. Fiorillo*

[1]
[2] he called us rats, and you know, he — Chris
[3] Moran said that, um — you want to know just
[4] what Hesse said?
[5] **Q:** Yeah. Because you're alleging
[6] that Hesse defamed you.
[7] **A:** Exactly.
[8] **Q:** Right.
[9] **A:** He said that we were the ones
[10] that were the problems in the police
[11] department and — Kevin would be the person
[12] to ask because he got it straight from
[13] Chris. I'm only paraphrasing.
[14] **Q:** Well, that's what I'm asking you.
[15] **A:** Yeah.
[16] **Q:** Now so —
[17] **A:** He said that we were mutts. We
[18] were the rats. We were the Civil Service
[19] rats.
[20] **Q:** Okay.
[21] **A:** Chris hasn't — you know, he was
[22] there.
[23] **Q:** Okay.
[24] **A:** He also told us what other
[25] members in the meeting did when Hesse told

Page 378

*F. Fiorillo*

[1]
[2] them that we were fired.
[3] **Q:** What did they do?
[4] **A:** Richie Bosetti said "it's about
[5] time" and he cheered. And Chris said that
[6] Richie said that Hesse should pay him for —
[7] I don't know how to — let me just think
[8] about this. Chris said that Richie said —
[9] let's see. Hesse said to Richie that he
[10] should pay him for what he just did.
[11] **Q:** Now what did Chris tell Kevin
[12] that Hesse said that leads you to the
[13] allegation that Hesse called you a dishonest
[14] man?
[15] **MR. GOODSTADT:** Objection.
[16] Other than what he's testified to?
[17] **Q:** Okay. Other than what you've
[18] testified to.
[19] **A:** Well, I can only tell you what —
[20] Kevin got it firsthand.
[21] **Q:** I understand that.
[22] **A:** So I'm only —
[23] **Q:** I'm asking what Kevin told you.
[24] **A:** From what I remember, this is
[25] what I remember.

Page 379

F. Fiorillo

[1]
[2] **Q:** Um-hum.
[3] **A:** That what I just said is
[4] basically what I remember.
[5] **Q:** Okay. What about B, "Plaintiffs
[6] had conspired to inculpate innocent police
[7] officers for acts of brutality against
[8] innocent citizens (April 2, 2006)." What
[9] does that mean, to the extent you know?
[10] **A:** This is what Hesse said, is this
[11] what you're telling me?
[12] **Q:** I'm asking you what is meant by
[13] subparagraph B, what I just read. I didn't
[14] write this. And if you don't know, then you
[15] don't know. That's — that's fine, too. "I
[16] don't know" is a legitimate answer.
[17] **A:** Well, Hesse blamed us for being
[18] the Civil Service rats in order to get all
[19] the uncertified officers removed from the
[20] police department.
[21] **Q:** Yeah, sir, but B doesn't refer to
[22] that. B refers to —
[23] **MR. GOODSTADT:** Yeah. You're
[24] looking at C.
[25] **A:** What is it, B?

Page 380

F. Fiorillo

[1]
[2] **Q:** B.
[3] **A:** Oh. I'm looking at C. I'm
[4] sorry.
[5] **Q:** Okay.
[6] **A:** Okay. Let's see. (Reviewing).
[7] Oh, okay. This had to do with the Halloween
[8] incident. How — how Hesse — Hesse blamed
[9] us for trying to, um, get basically Gary
[10] Bosetti fired from the — from the Halloween
[11] incident. Because he thought that we were
[12] conspiring against Gary Bosetti and Richie
[13] Bosetti, but Gary Bosetti because he was
[14] directly involved, and that was his
[15] allegation against us.
[16] **Q:** Now did Kevin Lamm tell you that
[17] Chris Moran said that George Hesse made
[18] comments about this issue on April 2, 2006?
[19] **A:** You'll have to ask Kevin. I
[20] don't remember.
[21] **Q:** That's perfect. With regard to
[22] C, did Kevin Lamm tell you that Chris Moran
[23] told him that Hesse made references in that
[24] organizational meeting to what's set forth
[25] in paragraph — in subparagraph C?

Page 381

F. Fiorillo

[1]
[2] **A:** Kevin said they talked about —
[3] they talked about that at the meeting, so.
[4] **Q:** But you don't know
[5] specifically — do you recall specifically
[6] what Lamm said Moran told him?
[7] **A:** Not specifically.
[8] **Q:** Okay. Let's look at E, because I
[9] don't think you — I need to talk to you
[10] about Kevin Lamm being a loser. E says "by
[11] repeatedly advising prospective employees
[12] that he had terminated Plaintiffs for cause,
[13] that Plaintiffs were litigious and that he
[14] could not comment favorably on Plaintiffs'
[15] performance as police officers," do you see
[16] that?
[17] **A:** This is C?
[18] **Q:** This is E.
[19] **A:** E?
[20] **Q:** Yeah.
[21] **A:** Wait a second.
[22] **Q:** 164E at the bottom. D talks
[23] about Kevin Lamm being a loser.
[24] **A:** Oh, okay. It looks like C.
[25] Okay. I got it. I got it (reviewing).

Page 382

F. Fiorillo

[1]
[2] Well, this has to do with the meeting in
[3] Ocean Beach?
[4] **Q:** Sir, I didn't write this.
[5] **A:** No. You would — okay.
[6] **Q:** Do you see what was written in E?
[7] **A:** (Reviewing).
[8] **Q:** Tell me when you're done reading
[9] E.
[10] **A:** Okay. (Reviewing). Well, this
[11] has to do with the job applications.
[12] **Q:** Yeah. I just wanted you to tell
[13] me when you were done with E?
[14] **A:** Okay.
[15] **Q:** Now my question to you, sir, is
[16] which — which entity for which you
[17] submitted an application for, did Hesse
[18] advise that you were terminated for cause?
[19] **A:** Well, I would think Southampton
[20] Town.
[21] **Q:** And that's based upon what you've
[22] testified to concerning what Mr. Foster told
[23] you?
[24] **A:** Yes.
[25] **Q:** We don't need to go over that

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

FRANK FIORILLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 17 of 64 PageID #:
5041

Page 383

**F. Fiorillo**

[1]
[2] again, do we?
[3] **A:** No.
[4] **Q:** Nothing you want to add to that
[5] about what Foster said?
[6] **A:** I mean, that was the sum and
[7] substance of the conversation.
[8] **Q:** Perfect. Any other entity that
[9] you claim Hesse advised that you were
[10] terminated for cause?
[11] **A:** Well, I don't know the — I don't
[12] know if there was. There could have been.
[13] **Q:** But you don't know?
[14] **A:** Based on what happened with
[15] Southampton Town, I would say there's a good
[16] possibility that might have happened.
[17] **Q:** But you don't know?
[18] **A:** I don't know.
[19] **Q:** Great. What entity did Mr. Hesse
[20] say — what entity concerning an application
[21] that you made did Hesse advise that you were
[22] litigious?
[23] **A:** I don't think that had to do with
[24] me.
[25] **Q:** Okay. What entity did Hesse —

Page 384

**F. Fiorillo**

[1]
[2] **A:** It could — it could have —
[3] let's see. I'm trying to think.
[4] **Q:** That you know. Not that it could
[5] have happened. That you know.
[6] **A:** Well, it basically stopped me
[7] from applying for Collier County because
[8] Mr. Donahoe said that the reference that he
[9] got from Hesse is that Joe was suing the
[10] department.
[11] **Q:** So Donahoe — Donahoe told you
[12] that, is that your testimony, because I
[13] don't think you said that the last time?
[14] **A:** No. Donahoe didn't tell me that.
[15] **Q:** Oh, okay.
[16] **A:** No.
[17] **Q:** Donahoe told Nofi and Nofi told
[18] you?
[19] **A:** Yeah.
[20] **Q:** Okay. That's your testimony.
[21] **A:** Because Donahoe called Chief
[22] Paridiso.
[23] **Q:** Oh. And what — what did Nofi
[24] tell you that Donahoe said about Chief
[25] Paridiso?

Page 385

**F. Fiorillo**

[1]
[2] **A:** No. Chief — Donahoe called
[3] Chief Paridiso.
[4] **Q:** Right.
[5] **A:** And talked to the chief about
[6] Joe.
[7] **Q:** Right.
[8] **A:** And Donahoe told Chief Paridiso
[9] that Hesse gave Donahoe a very bad reference
[10] about Joe, and Donahoe told the chief that
[11] Joe was suing the department.
[12] **Q:** Okay.
[13] **A:** So the chief notified Joe.
[14] **Q:** Got it. So at least according to
[15] Nofi, Donahoe had reached out to Paridiso?
[16] **A:** To Hesse first.
[17] **Q:** At least according to Nofi, sir,
[18] Donahoe had reached out to Paridiso
[19] concerning Nofi's application, right?
[20] **A:** Yes.
[21] **Q:** So my question to you is very
[22] simple, sir. What law enforcement agency do
[23] you contend that Hesse, as it relates solely
[24] to you, said that you were litigious?
[25] **A:** Um, I don't know.

Page 386

**F. Fiorillo**

[1]
[2] **Q:** Okay. Let's go to the next page,
[3] same cause of action, paragraph 168. What
[4] mental — well, 168 refers to you suffering
[5] severe mental anguish and pain, do you see
[6] that?
[7] **A:** Yes.
[8] **Q:** What severe mental anguish and
[9] pain have you suffered as a result of what
[10] you allege Chief Hesse and the OBPD did as
[11] set forth in 164?
[12] **A:** Well, it was — I suffered
[13] severe mental anguish ever since April 2,
[14] 2006 until today. I'm still going through
[15] it.
[16] **Q:** Describe your severe mental
[17] anguish for me and pain.
[18] **A:** Look at me. Am I happy? I'm a
[19] fired police officer who couldn't get a
[20] police officer job since then.
[21] **Q:** I don't know if you're happy,
[22] sir. I'm asking you to describe your severe
[23] mental anguish and pain.
[24] **A:** Well, my mental anguish is that
[25] I'm always constantly thinking about that

Page 387

**F. Fiorillo**

[1] day. It's in my mind. It pains me.
[3] **Q:** Have you sought —
[4] **A:** It affected me.
[5] **Q:** Are you finished?
[6] **A:** No, I'm not finished.
[7] **Q:** Then keep going.
[8] **A:** My — my mental anguish is that I
[9] had to tell my son, okay, that I was fired
[10] as a police officer, okay? You know what
[11] that's like?
[12] **Q:** How old is your son?
[13] **A:** 23.
[14] **Q:** How old was he when you had to
[15] tell him that you were fired as a police
[16] officer?
[17] **A:** 20. Well, yeah.
[18] **Q:** Okay.
[19] **A:** But — but still, age has nothing
[20] to do with it.
[21] **Q:** Okay. Have you —
[22] **A:** It's just that he looked up —
[23] you know, he looked up to me, okay? I — I
[24] worked full time. I went through a police
[25] academy for seven months. It was — it was

Page 388

**F. Fiorillo**

[1]
[2] something that I showed him if you try hard,
[3] you can just about do anything you want if
[4] you really try.
[5] **Q:** You worked full time for Ocean
[6] Beach?
[7] **A:** No. I worked full time for
[8] another company while I went through the
[9] academy.
[10] **Q:** Okay. Now have you sought the
[11] assistance of any medical professional with
[12] regard to your alleged severe mental anguish
[13] and pain?
[14] **A:** No. I don't even have health
[15] insurance.
[16] **Q:** Have you sought the advice of a
[17] priest or rabbi or any religious leader with
[18] regard to your severe mental anguish and
[19] pain?
[20] **A:** It's funny you should say that.
[21] I was thinking about that yesterday. God's
[22] honest truth.
[23] **Q:** Going to a rabbi?
[24] **A:** No.
[25] **Q:** Priest?

Page 389

**F. Fiorillo**

[1]
[2] **A:** Priest.
[3] **Q:** Well, have you?
[4] **A:** Well, I was thinking about it
[5] yesterday because I'm just — I'm so
[6] distraught over what I'm going through right
[7] now, you can't — you can't even begin to
[8] imagine what I'm going through.
[9] **Q:** So have you?
[10] **A:** I haven't as of today.
[11] **Q:** Okay. What indignity have you
[12] suffered as a result of the defamatory
[13] comments you say Hesse and the police
[14] department published?
[15] **A:** Well, they published a blog,
[16] okay?
[17] **Q:** Who did?
[18] **A:** The Ocean Beach Police
[19] Department.
[20] **Q:** They actually have a blog under
[21] the title —
[22] **A:** Ocean Beach — it's — it's
[23] under — it's in the Schwartz Report on Long
[24] Island Politics.
[25] **Q:** Okay.

Page 390

**F. Fiorillo**

[1]
[2] **A:** And they have a blog in police
[3] issues.
[4] **Q:** So, when you say the police
[5] department posted a blog, there is not a —
[6] a blog created by the Ocean Beach Police
[7] Department, this was a different website in
[8] which people could blog certain entries,
[9] right, the Schwartz Report?
[10] **A:** No. No. No. In other words,
[11] the police department could have started the
[12] blog, okay? I don't know who started the
[13] blog.
[14] **Q:** Oh, okay. That — that's fine.
[15] So when you referred to the blog being
[16] created by the Ocean Beach Police
[17] Department, you don't really know if they
[18] did that or not?
[19] **MR. GOODSTADT:** Objection.
[20] **A:** Well, according to — according
[21] to, um, according to Tommy Snyder who had a
[22] meeting with George Hesse at the police
[23] station after he was fired, because he got
[24] fired subsequent to us getting fired —
[25] **Q:** Okay.

Page 391

F. Fiorillo

[1]
[2] **A:** He had a meeting with George
[3] Hesse, and they were discussing the blog,
[4] and George Hesse told Tommy Snyder that it
[5] was the police department that was blogging
[6] and Ty Bacon was one of the police officers
[7] in the department that was doing a lot of
[8] it.
[9] **Q:** Okay. So this is not Hesse
[10] telling you, this is Snyder telling you that
[11] Hesse told him?
[12] **A:** This is — when Snyder had a
[13] meeting with Hesse, Hesse told Snyder about
[14] them blogging at the police department.
[15] **Q:** And have you ever looked at the
[16] blog?
[17] **A:** Yes.
[18] **Q:** Can you identify by name — well,
[19] does any name appear on the blog identifying
[20] the person writing it?
[21] **MR. GOODSTADT:** Objection.
[22] **A:** Is there any name identifying the
[23] person?
[24] **Q:** Yeah. For instance, does it
[25] say —

Page 392

F. Fiorillo

[1]
[2] **A:** It has —
[3] **Q:** Does it say "written by Ty
[4] Bacon"?
[5] **A:** No. But it has code words,
[6] numbers, such and such. You know.
[7] **Q:** So based upon code words and
[8] numbers, you presume —
[9] **A:** No. No. I'm not presuming
[10] anything.
[11] **Q:** — you can identify who wrote it?
[12] **MR. GOODSTADT:** Objection.
[13] **A:** Well, um, we can pick some out
[14] and have a pretty good idea of — of who —
[15] who would write whatever blog that was
[16] posted.
[17] **Q:** But you can't tell from the
[18] posting with — with 100 degree certainty —
[19] **A:** No.
[20] **Q:** — who wrote it?
[21] **A:** No.
[22] **Q:** Right. And did you ever write a
[23] blog?
[24] **A:** No.
[25] **Q:** Now you raised the issue with the

Page 393

F. Fiorillo

[1]
[2] health insurance. Did you have health
[3] insurance when you worked for the Village?
[4] **A:** Ocean Beach?
[5] **Q:** Yeah.
[6] **A:** No.
[7] **Q:** Okay. So the fact that you don't
[8] have any health insurance isn't — isn't
[9] related in any degree to your loss of the
[10] job at Ocean Beach, was it?
[11] **A:** No. But you asked me if I was
[12] seeking any medical —
[13] **Q:** I understand.
[14] **A:** — professional. That kind of
[15] thing.
[16] **Q:** And have you been diagnosed with
[17] any mental disease or defect in conjunction
[18] with your alleged severe mental anguish and
[19] pain?
[20] **A:** I haven't gone to anybody.
[21] **Q:** So you haven't been diagnosed?
[22] **A:** Exactly.
[23] **Q:** Let's look at the Eighth Cause of
[24] Action, "New York Civil Service Law 75-B"
[25] which is on page 37.

Page 394

F. Fiorillo

[1]
[2] **A:** (Reviewing).
[3] **Q:** Now in paragraph 155, which is
[4] the bottom of 37, you've alleged as follows,
[5] "Defendants' termination of Plaintiffs'
[6] employment was a 'adverse personnel action'
[7] taken in violation of New York Civil Service
[8] Law 75-B on the sole basis that Plaintiffs
[9] each disclosed what they reasonably believed
[10] to be 'improper governmental action' as that
[11] term is defined in New York Civil Service
[12] Law 75-B." What improper governmental
[13] action, other than what you've already
[14] testified today, do you allege that you
[15] complained about?
[16] **MR. GOODSTADT:** Objection.
[17] **A:** I think this is a legal question
[18] that I don't know what the legal — legality
[19] of it is of New York Civil Service Law 75-B.
[20] **Q:** I'm not asking you about the
[21] legality of that. There's a phrase used,
[22] "improper governmental action."
[23] **MR. GOODSTADT:** Which is
[24] defined in the statute.
[25] **Q:** What, in your opinion, did you

FRANK FIORILLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB    Document 145-116    Filed 01/15/10    Page 20 of 64 Page #:
5044

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Page 395

**F. Fiorillo**

[1]
[2] disclose that you characterize as "improper
[3] governmental action"?
[4] **MR. GOODSTADT:** Objection.
[5] **Q:** Other than what you've testified
[6] today?
[7] **A:** We feel that —
[8] **Q:** Not "we."
[9] **A:** Me. I feel —
[10] **Q:** Okay.
[11] **A:** — that Ocean Beach and Civil
[12] Service, um, handled the situation
[13] improperly, and if it was handled properly,
[14] I don't think we would be sitting here at
[15] this table today. That's my opinion.
[16] **Q:** Let me just see the answer.
[17] (Reviewing). So you're referring to the
[18] certification qualification issue?
[19] **A:** I'm referring to the
[20] certification qualification issue because
[21] that was ultimately what got us fired, in
[22] my — in my opinion.
[23] **Q:** Really? Your complaints about
[24] that?
[25] **A:** Yeah, my complaints about that.

Page 396

**F. Fiorillo**

[1]
[2] **Q:** And just again, when did you
[3] first start complaining about that issue?
[4] **A:** It was — well, it wasn't so
[5] much me complaining about the issues. It
[6] was the longevity of the police officer —
[7] or the civilians working as police officers
[8] for a prolonged period of time that caused
[9] us to be fired, because if — I got to tell
[10] you, if the Bosettis were not certified,
[11] okay, they shouldn't have been working in
[12] Ocean Beach. That Halloween fight would
[13] have never happened and we would have had
[14] our jobs. So it stems — it's like a
[15] domino effect that — that uncertified
[16] personnel in Ocean Beach.
[17] **Q:** Okay.
[18] **A:** It affected us that way.
[19] **Q:** Just so I'm clear, did you ever
[20] complain to the Civil Service Department of
[21] Suffolk County with regard to the issue
[22] concerning uncertified, unqualified officers
[23] working there?
[24] **A:** I didn't have to complain. Ocean
[25] Beach knew about it. It was well known.

Page 397

**F. Fiorillo**

[1]
[2] **Q:** I'm asking did you ever complain?
[3] **A:** Well, I didn't — no. Sorry.
[4] **Q:** Did you ever complain to the
[5] Suffolk County District Attorney's office on
[6] this issue specifically?
[7] **A:** Afterwards.
[8] **Q:** Yeah. I'm talking before the
[9] last day of your employment?
[10] **A:** No.
[11] **Q:** Did you ever complain to the
[12] Village board?
[13] **A:** No.
[14] **Q:** Did you ever complain to
[15] Loeffler?
[16] **A:** What do you mean, before or
[17] after?
[18] **Q:** Always before April 2.
[19] **A:** Well, my testimony represents
[20] what —
[21] **Q:** Okay. That's fine. And you
[22] certainly never complained to a media outlet
[23] about this?
[24] **A:** No.
[25] **Q:** Okay. Now let's go to a — how

Page 398

**F. Fiorillo**

[1]
[2] much time do I have left?
[3] **THE VIDEOGRAPHER:** 15.
[4] **MR. NOVIKOFF:** 15? I think —
[5] I think I can get it done in 15.
[6] **MS. ZWILLING:** I'm still going
[7] to have a few questions.
[8] **MR. NOVIKOFF:** Oh, yeah. Yeah.
[9] I'm going to try to get through the
[10] rest of this stuff pretty quickly.
[11] **Q:** Turn to page — let's see —
[12] paragraph 58, which is on page 15, you write
[13] in paragraph 58 that "in yet another example
[14] of corruption at the OBPD in early September
[15] 2004, Officers Dyer and Fiorillo witnessed
[16] Officer Richard Bosetti plying an alleged
[17] domestic abuse victim with alcohol. Officer
[18] Dyer explained to Officers Snyder and
[19] Bockelman that Bosetti was "trying to talk
[20] (the victim) out of filing a domestic
[21] incident report," do you see that?
[22] **A:** Yes. Yes, I do.
[23] **Q:** Now what did you mean by
[24] "plying"?
[25] **A:** By — excuse me?

Page 399

**F. Fiorillo**

[1]
[2] Q: By the use of the word "plying,"
[3] P-L-Y-I-N-G, what did you mean?
[4] MR. GOODSTADT: Objection.
[5] A: Well, he was — he was actually
[6] feeding her, um, wine.
[7] Q: How many glasses?
[8] A: One glass that I saw when I was
[9] there.
[10] Q: How big was the glass?
[11] A: It was a cup. (Indicating). It
[12] wasn't —
[13] Q: And did she drink the whole cup?
[14] A: I don't know if she drank the
[15] whole cup, but she was definitely drinking.
[16] Q: Do you know how much of the cup
[17] she drank?
[18] A: At least half.
[19] Q: Okay. How many ounces?
[20] A: It was about a 12 ounce cup.
[21] Q: And he filled it to the top?
[22] A: No. It wasn't to the top.
[23] Q: Okay.
[24] A: It was about three quarters
[25] actually.

Page 400

**F. Fiorillo**

[1]
[2] Q: And did this violate any
[3] regulation or procedure as an officer of
[4] Ocean Beach, that you're aware of?
[5] A: Well, first of all, this — this
[6] person was beaten up by her boyfriend and
[7] he's feeding her wine? He's — he actually
[8] got wine for her to drink to try to calm her
[9] down.
[10] Q: Okay. So Mr. Bosetti got wine —
[11] A: He didn't call — he's giving her
[12] wine instead of calling for rescue.
[13] Q: As you say, to try to calm her
[14] down, right?
[15] A: Well, calm her down or —
[16] Q: Well, what made you say that he
[17] did it to calm her down?
[18] A: That's what I'm saying. I don't
[19] know what he did it for.
[20] Q: Okay.
[21] A: I mean, she was — she was
[22] distraught.
[23] Q: Okay. I'll accept what you said,
[24] that, in your opinion, he was giving her
[25] wine to calm her down. Here's my question,

Page 401

**F. Fiorillo**

[1]
[2] sir, is that proper police procedure?
[3] A: No.
[4] Q: And did he — did the victim
[5] ever file a report, to your knowledge?
[6] A: Well, ultimately, the boyfriend
[7] was arrested shortly thereafter.
[8] Q: Okay. So presumably she filed a
[9] report, right?
[10] A: Yeah. I wasn't on this call as
[11] far as the field report.
[12] Q: Okay.
[13] A: So.
[14] Q: And it wasn't proper procedure to
[15] give a victim wine as you state. My
[16] question, sir, did you complain to George
[17] Hesse about this?
[18] A: No. The chief knew about it.
[19] Q: How did the chief know about it?
[20] A: He was right there in the morning
[21] when we went to arrest her boyfriend.
[22] Q: Did you tell the chief what
[23] Bosetti did?
[24] A: Yes. He knew.
[25] Q: Well, I'm asking you, did you

Page 402

**F. Fiorillo**

[1]
[2] tell the chief?
[3] A: Yes. Yes.
[4] Q: So this is another example where
[5] you bypassed Mr. Hesse and you told
[6] Mr. Paridiso?
[7] A: Mr. Hesse wasn't there.
[8] Q: I understand that. But Mr. Hesse
[9] was your immediate superior, wasn't he?
[10] A: Yeah, but the chief —
[11] Q: Was Mr. Hesse your immediate
[12] superior?
[13] A: When he was working there. But
[14] he wasn't working there. That's what I'm
[15] trying to say. The chief was the supervisor
[16] in the morning.
[17] Q: And what did you say to
[18] Mr. Paridiso?
[19] A: That Richie Bosetti was —
[20] offered, um, Lisa Campbell a cup of wine and
[21] she was drinking wine in the station.
[22] Q: And what did Mr. Paridiso say?
[23] A: He said he was going to take that
[24] up with Richie Bosetti.
[25] Q: Okay. Well, turn to 159, sir,

Page 403

**F. Fiorillo**

[1]
[2] paragraph — on page 38.
[3] **A:** Right.
[4] **Q:** Here you state with regard to all
[5] of the issues in 158, that "Plaintiffs
[6] repeatedly notified Hesse, their superior
[7] and directed supervisor, of these violations
[8] of laws, rules and regulations," do you see
[9] that?
[10] **A:** Where are we?
[11] **Q:** 158 at the bottom.
[12] **A:** Wait. What page?
[13] **Q:** On page 38.
[14] **A:** Okay. But he wasn't working that
[15] night.
[16] **Q:** Sir, I'm just looking at 159
[17] right now. You've alleged —
[18] **A:** But this is in reference to what
[19] you —
[20] **Q:** Sir, you write, "Plaintiffs
[21] repeatedly notified Hesse, their superior
[22] and direct superior, of these violations of
[23] laws, rules and regulations," do you see
[24] that?
[25] **A:** But this —

Page 404

**F. Fiorillo**

[1]
[2] **Q:** Yes or no, do you see that?
[3] **A:** I see that.
[4] **Q:** You don't mention Paridiso there,
[5] right? Yes or no?
[6] **A:** I have an explanation.
[7] **Q:** You don't —
[8] **A:** I don't.
[9] **Q:** And you don't qualify this by
[10] saying only when Hesse was on duty, do you?
[11] **A:** No. Because when I was working,
[12] Hesse wasn't working. I was working on
[13] the — on the chief's tour.
[14] **Q:** All the time?
[15] **A:** Almost all the time.
[16] **Q:** Okay. So then 159 wouldn't
[17] really apply to you?
[18] **A:** Well, that's what I was trying —
[19] that's why I wanted to explain that to you.
[20] **Q:** So 159 would not really apply to
[21] you?
[22] **A:** Generally, almost — almost
[23] never. Only on certain instances.
[24] Instances when I worked maybe four hours or
[25] five hours on an overlap shift.

Page 405

**F. Fiorillo**

[1]
[2] **MR. GOODSTADT:** Just so we're
[3] clear what he's answering to, what part
[4] of 159? The fact that he repeatedly
[5] notified Hesse or the fact that Hesse
[6] was his superior and direct supervisor?
[7] **MR. NOVIKOFF:** I asked the
[8] question and I think it was clear.
[9] **MR. GOODSTADT:** I don't think
[10] it's clear.
[11] **A:** For the most part, the chief was
[12] my supervisor because I worked his tour.
[13] **Q:** Okay. Then let's go on to
[14] paragraph 36. You allege in paragraph 36
[15] that —
[16] **A:** Paragraph 36?
[17] **Q:** Yeah. On page nine.
[18] **A:** Hold on.
[19] **Q:** Did you ever complain to Hesse
[20] about leaving the Village dangerously short
[21] of personnel?
[22] **MR. GOODSTADT:** Let him get to
[23] the paragraph.
[24] **MR. NOVIKOFF:** Okay. You got
[25] it.

Page 406

**F. Fiorillo**

[1]
[2] **A:** Yes. When we — when we had to
[3] take — as I said before in my testimony,
[4] when we had to take the, um, officers from
[5] Ocean Beach to the checkpoint.
[6] **Q:** Okay. So you've testified about
[7] that already I think?
[8] **A:** Yeah.
[9] **Q:** Okay. And did you complain to
[10] Paridiso about that as well?
[11] **A:** Yes.
[12] **Q:** And when was the first time that
[13] you remember complaining to Hesse about
[14] this?
[15] **A:** When — there was one night in
[16] particular where Walter Muller was —
[17] **Q:** I'm just asking you about the
[18] year, sir.
[19] **A:** Oh, the year? I would say that
[20] might have been 2000 —
[21] **Q:** The first time that you
[22] complained.
[23] **A:** That was probably 2003 with
[24] Walter Muller.
[25] **Q:** Okay. Now in — did you ever

**Page 407**

F. Fiorillo

[1]
[2] chauffeur George Hesse to, um, a sexual
[3] encounter?
[4] **A:** Yes, I did.
[5] **Q:** When?
[6] **A:** In 2004.
[7] **Q:** And how do you know it was a
[8] sexual encounter?
[9] **A:** Because he told me about it.
[10] **Q:** What did he ask you to do?
[11] **A:** He told me to take him to Andrea
[12] Nimberger's house on Wilmot Road.
[13] **Q:** That's on — in the Village?
[14] **A:** In the Village of Ocean Beach.
[15] **Q:** Was he on duty at the time?
[16] **A:** Yes.
[17] **Q:** And did you — is that proper
[18] procedure for an on duty police officer to
[19] go to a resident's home and have sex with
[20] them?
[21] **A:** I don't think so.
[22] **Q:** He told you he was having sex?
[23] **A:** Yes. He bragged about it.
[24] **Q:** And did you tell Chief Paridiso
[25] about this?

**Page 408**

F. Fiorillo

[1]
[2] **A:** No.
[3] **Q:** Did you tell anyone about this?
[4] **A:** No.
[5] **Q:** Why not?
[6] **A:** Well, to be honest with you, I
[7] think if I told anybody about it, I was
[8] going to — my job would be in jeopardy.
[9] **Q:** Did he say to you "if you tell
[10] anyone about this, you're fired"?
[11] **A:** No. But —
[12] **Q:** Yes or no?
[13] **A:** George Hesse has a — no.
[14] **Q:** Okay. Let's look at paragraph
[15] 61. When did Mr. Hesse order you to spend
[16] three consecutive shifts standing motionless
[17] beneath a streetlight at the intersection of
[18] Dehnhoff Walk and Bay Walk?
[19] **A:** Hold on a second. Page 16?
[20] **Q:** Page 16.
[21] **A:** Okay. This was the — this was
[22] in conjunction with the filing cabinet
[23] incident in the bay. There was a sequence
[24] of events that happened. The filing cabinet
[25] was thrown in the bay. I didn't help Richie

**Page 409**

F. Fiorillo

[1]
[2] Bosetti get it out of the bay.
[3] **Q:** Um-hum.
[4] **A:** I came back to work that night.
[5] I was working an eight — eight to eight.
[6] **Q:** Okay.
[7] **A:** Okay? 8:00 at night to 8:00 the
[8] next morning. And it was about 20 after
[9] seven. We were — "we" meaning myself,
[10] George Hesse, Paul Corallo and John Dyer —
[11] were in the police vehicle going to Ocean
[12] Beach to go on duty. And he instructed me
[13] that when we got back to the station, he
[14] wanted me to clean the truck.
[15] **Q:** Okay. Continue.
[16] **A:** So what —
[17] **Q:** Because I presume you said
[18] something that caused him to punish you?
[19] **MR. GOODSTADT:** Objection.
[20] **Q:** All right. Continue.
[21] **A:** Because what happened was we were
[22] on the — we were going on the beach to
[23] the — we were going through the cut on the
[24] beach going to Ocean Beach. So I said,
[25] "Wait a second." I said, "I just cleaned

**Page 410**

F. Fiorillo

[1]
[2] the station last night." I said, "Why don't
[3] you just spread it around." I said, "It's
[4] just not fair for me to — you know, I
[5] cleaned the station. I took everything up.
[6] The filing cabinet wound up in the bay and
[7] here I am you want me to clean the truck.
[8] The dock masters usually clean the truck."
[9] So what happened was he got
[10] offended with me because I voiced my opinion
[11] in front of Paul Corallo and John Dyer, and
[12] then not that night, but my next tour — my
[13] next three tours, he stuck me under the
[14] light and he said, "That's your post."
[15] **Q:** And you stood there motionless
[16] for your next three tours?
[17] **A:** I stayed there.
[18] **Q:** Yeah. But motionless?
[19] **A:** Just about motionless.
[20] **Q:** Like the guys from England in
[21] front of the Palace?
[22] **A:** Just like — almost like that.
[23] "Stand in that spot and don't move."
[24] **Q:** You didn't move at all?
[25] **A:** No.

---

Page 411

F. Fiorillo

[1]
[2] **Q:** You didn't go to the bathroom?
[3] **A:** No, I didn't go to the bathroom.
[4] **Q:** You didn't eat?
[5] **A:** Nope. Didn't eat.
[6] **Q:** He told you you couldn't go to
[7] the bathroom?
[8] **A:** He didn't tell me I couldn't go.
[9] He told me to stand there. I was afraid I
[10] was going to lose my job at this point. I
[11] did what I was told.
[12] **Q:** And what year was this?
[13] **A:** This was 2004.
[14] **Q:** Okay. During the season?
[15] **A:** Just before the — it was just
[16] when Paul Corallo and John Dyer came on as
[17] police officers.
[18] **Q:** And when was that, right before
[19] the season or right after the season?
[20] **A:** Well — well, I think it was
[21] Labor Day — Memorial Day weekend.
[22] **Q:** Perfect. Okay. Let's go to
[23] paragraph 86 which is on page 20. When —
[24] okay.
[25] **A:** Okay.

---

Page 412

F. Fiorillo

[1]
[2] **Q:** When did Hesse tell you that he
[3] thought Snyder's report made him sick?
[4] **A:** Okay. I got a phone call at home
[5] from George Hesse shortly after the
[6] Halloween fight, um, and what he said was he
[7] wanted me to go to — to write a statement,
[8] go to a Kinko's and fax him the statement.
[9] **Q:** Okay.
[10] **A:** So what I said was, "I got to go
[11] to work tonight. There's no way I can do
[12] it." He said, "Well, you got" — it was,
[13] you know, "I'm here" — he said, "I'm here
[14] 'til like 11:30, whatever it was." He said,
[15] "You got this much time to do it." I said,
[16] "It's impossible. I'm just not going to do
[17] it."
[18]    So what happened was that next
[19] day, what I did was in between my stops — I
[20] used to work for a book company — so in
[21] between deliveries and stuff, I managed to
[22] hand write a statement based on the
[23] Halloween fight.
[24] **Q:** Okay.
[25] **A:** Because he needed my statement.

---

Page 413

F. Fiorillo

[1]
[2] **Q:** Okay.
[3] **A:** So what I did was when I got
[4] home, I called him up. I told him I had the
[5] statement. "What do you want me to do?" He
[6] said, "Meet me at the check — meet me at
[7] the checkpoint." And what I did was I sat
[8] in his truck. He had my statement. He
[9] showed me Tommy Snyder's statement.
[10] **Q:** Yeah.
[11] **A:** So he said, "Here, I want you to
[12] read this." So I read it. So what happened
[13] is he said, "This — this statement's no
[14] good." I said, "What do you mean?" He
[15] said, "Don't you see how Tommy's" — this
[16] is in reference to on page 20?
[17] **Q:** Yes. I know.
[18] **A:** Okay. Um, this is in reference
[19] to 81?
[20] **MR. GOODSTADT:** 86.
[21] **A:** Oh, 86. Okay. Yeah. Snyder's.
[22] That's right.
[23] **MR. GOODSTADT:** The question is
[24] when did he tell you it makes him sick.
[25] **A:** Right. Okay. I'm just getting

---

Page 414

F. Fiorillo

[1]
[2] my timeline — I gotta get my timeline
[3] straight. Okay. So I'm in his truck. I'm
[4] reading Tommy's statement. That was shortly
[5] thereafter the Halloween fight. The night
[6] that I gave him my statement.
[7] **Q:** Right. Okay.
[8] **A:** So what he said was — um, I was
[9] reading the statement. I read the whole
[10] thing. And he said, "What do you think?" I
[11] said, "Well, that's — that's what happened.
[12] That's pretty good — pretty accurate
[13] statement." So he said, "It's not." He
[14] said, "Can't you see how Tommy has it in for
[15] Gary Bosetti? See how he's implicating him
[16] in the fight?" I said, "George, he's not —
[17] if you read this, it doesn't — it doesn't
[18] say that."
[19] **Q:** Okay.
[20] **A:** All right?
[21] **Q:** So when did he say it made him
[22] sick?
[23] **A:** That's when he said it made him
[24] sick.
[25] **Q:** Okay.

---

Page 415

*F. Fiorillo*

[1]
[2]   **A:** He said — he grabbed it. He
[3] goes, "This statement makes me sick." He
[4] said it's — it was disgusting.
[5]   **Q:** Okay.
[6]   **A:** That's what he told me. And
[7] that's it.
[8]   **Q:** Did George Hesse specifically
[9] ever use the word "cover up" with you with
[10] regard to anything involving the Halloween
[11] incident?
[12]   **A:** Not with me.
[13]   **MR. NOVIKOFF:** How much time
[14] left?
[15]   **THE VIDEOGRAPHER:** One minute.
[16]   **MR. NOVIKOFF:** Why don't we
[17] change tape and I'll see if I have
[18] anything else.
[19]   **THE VIDEOGRAPHER:** This ends
[20] tape number six. The time is 6:02 p.m.
[21] Going off the record.
[22]    (A break was taken.)
[23]   **THE VIDEOGRAPHER:** This begins
[24] tape number seven. The time is 6:10
[25] p.m. Back on the record.

Page 416

*F. Fiorillo*

[1]
[2]   **Q:** Okay. Mr. Fiorillo, hopefully I
[3] will just have a few more questions, and
[4] they're basically regarding what's on page
[5] 17 of the Complaint. Just tell me when you
[6] get there.
[7]   **A:** Okay.
[8]   **Q:** Sir, I'm not going to ask you to
[9] read anything yet. Just — I don't know if
[10] I asked you this, at any point in time
[11] during the Halloween incident that you
[12] investigated, did you take any pictures of
[13] the bar in which the, um, alleged
[14] incident took place?
[15]   **A:** I didn't.
[16]   **Q:** Did anyone, to your knowledge?
[17]   **A:** Yes. Yes.
[18]   **Q:** When I say "anyone," I mean
[19] Lamm —
[20]   **A:** Pat Cherry.
[21]   **Q:** No. During your initial
[22] investigation that night, did either you,
[23] Snyder or Lamm take pictures of the alleged
[24] crime scene?
[25]   **A:** I don't know that because I — I

Page 417

*F. Fiorillo*

[1]
[2] left the scene.
[3]   **Q:** Are you aware, as you sit here
[4] today, as to whether Lamm or Snyder took
[5] pictures?
[6]   **A:** I know pictures were taken of the
[7] bar.
[8]   **Q:** Right. But do you know —
[9]   **A:** I don't know who took them.
[10]   **Q:** But you didn't?
[11]   **A:** I didn't take them.
[12]   **Q:** Okay. Let's look at 65. 65 says
[13] "During Officers Snyder, Fiorillo and Lamm's
[14] initial investigation of the incident,
[15] Officer Richard Bosetti, who was drinking
[16] with his brother Gary Bosetti at the
[17] Halloween party at Houser's Bar, told them
[18] that they 'did not understand' what had
[19] happened and then refused to answer further
[20] questions about either the incident or his
[21] brother, Officer Gary Bosetti's whereabouts,
[22] and also refused to assist in the
[23] investigation," do you see that?
[24]   **A:** Yes.
[25]   **Q:** Did you speak to Richard Bosetti

Page 418

*F. Fiorillo*

[1]
[2] about what's alleged in paragraph 65 that
[3] night during your initial investigation
[4] during your first tour?
[5]   **A:** I wasn't with Richie Bosetti.
[6]   **Q:** So then the answer with regard to
[7] you is no?
[8]   **A:** No.
[9]   **Q:** Did — with regard to the
[10] acknowledgment in paragraph 65 that Gary
[11] Bosetti — that you didn't know what Gary
[12] Bosetti's whereabouts were, did you — were
[13] you discussing it with anybody with regard
[14] to the whereabouts of Mr. Bosetti that
[15] night?
[16]   **A:** We had no idea where his
[17] whereabouts were.
[18]   **Q:** Well, did you discuss with Lamm
[19] or with Snyder the fact that Gary Bosetti
[20] was still on the island, but you didn't know
[21] where his whereabouts were?
[22]   **A:** We didn't know if he was still on
[23] the island.
[24]   **Q:** Well, did you have any
[25] discussions with Lamm or Snyder during that

FRANK FIORILLO
February 20, 2009
Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 26 of 64 PageID #:
5050
EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Page 419

F. Fiorillo

[1]
[2] morning, before the end of your first shift,
[3] as to where Gary Bosetti was?
[4]    A: At this point in time, we didn't
[5] know that Gary Bosetti was involved in the
[6] fight. It was only when the — when the,
[7] um, one of the victims pointed him out when
[8] the chief was, um — it appeared to be that
[9] Gary Bosetti was the person in the fight.
[10] But we didn't know it.
[11]    Q: Well, according to 65, as I read
[12] it, Richard Bosetti advised one of you guys,
[13] Snyder or Lamm or you, that Gary Bosetti was
[14] involved in the fight?
[15]    A: Yeah. But we couldn't — okay.
[16]    Q: Do you agree with me, that's
[17] how —
[18]    A: Yes.
[19]    Q: — it looks like —
[20]    A: No. I follow you. I understand
[21] now.
[22]    Q: Right. So if during the initial
[23] investigation before Chief Paridiso came on
[24] to the island —
[25]    A: Okay.

Page 420

F. Fiorillo

[1]
[2]    Q: — did you, Fiorillo, or Snyder
[3] have a conversation with Richard Bosetti
[4] about his brother being involved in the
[5] fight, my question to you is did either you,
[6] Snyder or Lamm have any discussions that
[7] evening about the whereabouts of Gary
[8] Bosetti, that you can recall? And if you
[9] can't recall, then you can't recall. That's
[10] fine.
[11]    A: Let me just think of how — of
[12] how this happened. Okay. Tommy asked
[13] Richie, "Where's your brother?" That's what
[14] happened.
[15]    Q: Okay.
[16]    A: And Richie said he didn't know.
[17]    Q: And was that in your presence?
[18]    A: Yes. I heard that. That's why
[19] I'm telling you. I heard that.
[20]    Q: And why did Tommy ask Richie that
[21] question, to the best of your understanding?
[22]    A: Because from what Tommy told me
[23] later on, Richie said that Gary was the one
[24] who was involved in the fight. So then I
[25] said, "Well, if Gary was involved in the

Page 421

F. Fiorillo

[1]
[2] fight, then why did he leave the scene?"
[3]    Q: Okay. And that was certainly
[4] before Paridiso came on?
[5]    A: Yeah. Yeah. It was before.
[6]    Q: So my question to you is, did any
[7] one of you try to call Gary Bosetti on his
[8] cell phone?
[9]    A: I didn't — I didn't have his
[10] cell phone number.
[11]    Q: Did you try to — did any one of
[12] you three try to inquire with Chief Paridiso
[13] as to Gary Bosetti's cell phone?
[14]    MR. GOODSTADT: Objection.
[15]    A: Well, the chief did call.
[16]    Q: I mean during the evening, during
[17] the initial investigation that morning
[18] before Paridiso came on board?
[19]    A: No.
[20]    Q: Okay. Did any one of the three
[21] of you ask anyone where Gary Bosetti was
[22] sleeping that night?
[23]    A: No.
[24]    Q: Okay. Let's look at paragraph
[25] 66.

Page 422

F. Fiorillo

[1]
[2]    A: Well, I can't say "no" to the
[3] last question because I wasn't at the
[4] station all the time. I — I don't know.
[5]    Q: Let's go to paragraph 66. "In
[6] reaction to Officer Richard Bosetti's
[7] silence, the patrons who remained at
[8] Houser's Bar and had not fled the scene of
[9] the fight, raised concerns of a 'cover up'
[10] by the police department," do you see that?
[11]    A: Yes.
[12]    Q: Name me who these patrons are.
[13]    A: It was the victims. Christopher
[14] Shalick. He's the one that blurted out that
[15] "you guys are going to cover it up."
[16]    Q: Oh. So when in paragraph 66,
[17] you're referring to the patrons who remained
[18] at Houser's Bar and had not fled the scene
[19] of the fight, you're referring to
[20] Christopher Shalick?
[21]    A: I heard him say that.
[22]    Q: Are you referring to anybody
[23] else? I'm trying to understand, patrons to
[24] me —
[25]    A: Well, he was a patron in the bar.

Page 423

*F. Fiorillo*

[1]
[2] **Q:** Okay.
[3] **A:** Well, I'm telling you what
[4] happened. I heard him say that to me.
[5] **Q:** So I'm —
[6] **A:** Not generally to me. But an
[7] outward statement.
[8] **Q:** Other than — other than
[9] Mr. Shalick, did any other patron who
[10] remained at the bar use the word "cover up"?
[11] **MR. GOODSTADT:** Objection.
[12] **A:** He was the only one that was —
[13] he was the only one that was very
[14] boisterous.
[15] **Q:** So the answer would be "no," no
[16] other patron, other than —
[17] **A:** Well, I wasn't — I wasn't in the
[18] bar.
[19] **Q:** Only in your presence, sir.
[20] **A:** Okay.
[21] **Q:** The only thing I'm asking you is
[22] in your presence.
[23] **A:** In my presence.
[24] **Q:** In your presence?
[25] **A:** He was the only one.

Page 424

*F. Fiorillo*

[1]
[2] **Q:** Was Mr. Shalick the only "patron"
[3] as that word is used in 66, that used the
[4] phrase "cover up"?
[5] **A:** As far as I know.
[6] **Q:** Okay. Now 66 says "Officer
[7] Snyder assured the patrons," do you see
[8] that?
[9] **A:** I think that's what he was
[10] referring to, because he was — he was
[11] speaking to them, and that's when Shalick
[12] blurted it out. I heard that.
[13] **Q:** So you heard Snyder assure the
[14] patrons that —
[15] **A:** That it was not going to be a
[16] cover up. I heard Tommy say that.
[17] **Q:** And how many patrons were left in
[18] the bar after the fight, to your knowledge?
[19] **MR. GOODSTADT:** Objection.
[20] **A:** I was outside. I didn't count
[21] the people inside. But there was — it was
[22] chaos. There was — there was people all
[23] over the place.
[24] **Q:** Okay. Did you, Lamm and Snyder
[25] have any discussions about taking the names

Page 425

*F. Fiorillo*

[1]
[2] of the witnesses that remained in the bar
[3] that night?
[4] **A:** Well, I tried getting witnesses
[5] outside the bar.
[6] **Q:** I'm only asking —
[7] **A:** And Kevin and Tommy were trying
[8] to do that inside the bar.
[9] **Q:** And neither you, Tommy or Kevin
[10] got any names of witnesses?
[11] **A:** Nobody would cooperate with us
[12] that night.
[13] **Q:** Okay. And paragraph 67, what is
[14] the name of the bartender that's referenced
[15] in paragraph — of the bouncer that was
[16] referenced in paragraph 67?
[17] **A:** 67? Shawn O'Rourke.
[18] **MR. NOVIKOFF:** Okay. Did
[19] you — withdrawn. I think I'm done.
[20] So whoever wants to go, can go.
[21] **MS. ZWILLING:** Okay. Do you
[22] want to go or —
[23] **MR. CONNOLLY:** I'll go first.
[24] Can I have your microphone?
[25] **MR. NOVIKOFF:** You got it.

Page 426

*F. Fiorillo*

[1]
[2] **EXAMINATION BY**
[3] **MR. CONNOLLY:**
[4] **Q:** Mr. Fiorillo, earlier today you
[5] testified that on the night of the Halloween
[6] incident, you spoke to Elyse Miller before
[7] the Halloween incident?
[8] **A:** Yes.
[9] **Q:** Okay. Where did you speak with
[10] her?
[11] **A:** She was in front of the station
[12] with Gary Bosetti and Richie Bosetti.
[13] **Q:** Okay. And what was the sum and
[14] substance of that conversation?
[15] **A:** She said that Gary drew something
[16] on her breast. Part of her Halloween
[17] costume.
[18] **Q:** And had you known Elyse Miller
[19] before that night?
[20] **A:** Yes. She was a, um, a what do
[21] you call it? Like a seasonal renter.
[22] **Q:** And you had known her for a
[23] couple of years?
[24] **A:** I've known her — yeah. At least
[25] two years that I've seen her around. I

Page 427

**F. Fiorillo**

[1]
[2] mean, she was always around the Village.
[3] **Q:** Um, can you give me some current
[4] pedigree information? Are you presently
[5] married?
[6] **A:** Oh, no. No.
[7] **Q:** Are you divorced?
[8] **A:** Yes.
[9] **Q:** Okay. Um, and you mentioned
[10] earlier you had a son?
[11] **A:** Yes, I do.
[12] **Q:** Do you have any other children?
[13] **A:** No.
[14] **Q:** Okay. And with whom, if anyone,
[15] do you presently reside?
[16] **A:** No one.
[17] **Q:** Okay.
[18] **A:** Just myself.
[19] **Q:** Are you presently employed?
[20] **A:** Yes.
[21] **Q:** By whom?
[22] **A:** The name of the company is
[23] People's Accident Information Service.
[24] **Q:** And what does that company do?
[25] **A:** Security.

Page 428

**F. Fiorillo**

[1]
[2] **Q:** And would you be a security guard
[3] with that company?
[4] **A:** Yes.
[5] **Q:** Okay. And where would you work?
[6] **A:** Wherever they send me.
[7] **Q:** Okay. It would depend upon the
[8] shift?
[9] **A:** It depends on the location.
[10] Like, um, they have different jobs in
[11] different locations.
[12] **Q:** And how long have you worked for
[13] People's?
[14] **A:** Um, I've worked there since I
[15] want to say July of 2007 or — or late June.
[16] Thereabouts.
[17] **Q:** And have you held any other
[18] employment?
[19] **A:** No.
[20] **Q:** Have you held any employment
[21] since April of 2006?
[22] **A:** Since April of 2006?
[23] **Q:** Right.
[24] **A:** That was the only job.
[25] **Q:** Since you filed — withdrawn.

Page 429

**F. Fiorillo**

[1]
[2] Since the Notice of Claim was filed in your
[3] behalf, have you had any conversations with
[4] Ed Paridiso?
[5] **A:** Yes.
[6] **Q:** Okay. On how many occasions have
[7] you spoken to Mr. Paridiso since that time?
[8] **A:** I would say when I asked him for
[9] the verification letter that I worked in
[10] Ocean Beach for the security guard license.
[11] For — I spoke to him when his, um, mother
[12] died. I spoke to him when his father died.
[13] And that's it.
[14] **Q:** On the two occasions you spoke to
[15] him on the death of his parents, did you
[16] discuss anything other than possibly
[17] expressing your sympathy?
[18] **A:** He wouldn't talk about — we —
[19] what we did was we had a — when I say "we,"
[20] um, Kevin, um, Joe — the five of us, we all
[21] went there to pay our respects, and we
[22] weren't talking about anything that had to
[23] do with Ocean Beach whatsoever.
[24] **Q:** And when you went there, you
[25] meant the wake?

Page 430

**F. Fiorillo**

[1]
[2] **A:** Yeah. At that time, it was just
[3] not a good time.
[4] **Q:** Earlier when you were testifying
[5] regarding the blog, you said something to
[6] the effect of "we thought we could tell who
[7] wrote the blogs." Who do you mean by "we"?
[8] **MR. GOODSTADT:** Objection.
[9] **A:** Well, "we" meaning who the blogs
[10] were directed to. Like Kevin, Tommy, Eddie,
[11] myself and Joe.
[12] **Q:** Okay. But when you say "we," are
[13] you referring to —
[14] **A:** Us.
[15] **Q:** The Plaintiffs?
[16] **A:** Yeah. Us.
[17] **Q:** Okay. And did you read the blogs
[18] together?
[19] **A:** No. Like in other words, you
[20] know, if — um, it was always separate.
[21] **Q:** Okay.
[22] **A:** Because we would talk on the
[23] phone.
[24] **MR. CONNOLLY:** I have no other
[25] questions. Thank you. Your witness.

Page 431

*F. Fiorillo*

EXAMINATION BY
MS. ZWILLING:

[4] **MS. ZWILLING:** I have just a
[5] few.
[6] **Q:** Did you post on the blogs?
[7] **THE REPORTER:** Hold on a
[8] second. We have to switch the mic
[9] over.
[10] **Q:** Did you post on the blogs?
[11] **A:** Never.
[12] **MR. GOODSTADT:** Objection.
[13] It's been asked and answered.
[14] **A:** Not even once.
[15] **Q:** Do you know if any of the other
[16] Plaintiffs did?
[17] **A:** Yes, I do.
[18] **Q:** Which ones posted on the blogs?
[19] **A:** Only one. One person that — in
[20] our group out of the Plaintiffs posted on
[21] the blog.
[22] **Q:** Who was that?
[23] **A:** Tommy Snyder.
[24] **Q:** Do you know what names he posted
[25] under when he posted on the blogs?

Page 432

*F. Fiorillo*

[2] **A:** Wow.
[3] **MR. GOODSTADT:** It's in the
[4] record already. Tommy Snyder testified
[5] to it.
[6] **A:** I don't know what name he used,
[7] but I know he posted.
[8] **Q:** When were you divorced?
[9] **A:** Officially, March 17 —
[10] St. Patrick's Day 1997.
[11] **Q:** Have you ever seen Alison Sanchez
[12] at any time, other than the other day at her
[13] deposition and when you met with her in her
[14] office at Civil Service?
[15] **A:** I saw her on Ocean Beach.
[16] **Q:** How many times did you see her in
[17] Ocean Beach?
[18] **A:** Once.
[19] **Q:** And when was that?
[20] **A:** Um, let's see. The year I think
[21] was I want to say 2005. She was going over
[22] the records with George Hesse on the, um —
[23] they had a lot of problems with Civil
[24] Service qualification exams with people who
[25] were not certified there and they were

Page 433

*F. Fiorillo*

[2] trying to get them certified and it was a
[3] mess.
[4] **Q:** Have you ever seen her at any —
[5] on any other occasion, other than those
[6] three times?
[7] **A:** No.
[8] **Q:** When you saw her in Ocean Beach
[9] going over the records with George Hesse,
[10] did you hear them having any personal
[11] conversation?
[12] **A:** Did I? No.
[13] **Q:** Have you ever seen her in George
[14] Hesse's presence at any other time?
[15] **A:** No.
[16] **Q:** Other than what Mr. Carter told
[17] you, do you have any basis to believe that
[18] she had on any occasion ever had sexual
[19] relations with George Hesse?
[20] **A:** Do I have any belief?
[21] **Q:** Yes.
[22] **A:** No.
[23] **Q:** Do you have any reason to believe
[24] that?
[25] **A:** No.

Page 434

*F. Fiorillo*

[2] **Q:** You heard her testify the other
[3] day that she was a lesbian. Um, when for
[4] the first time did you learn that Alison
[5] Sanchez was a lesbian?
[6] **A:** We knew this when she came out
[7] and posted it in the Newsday.
[8] **Q:** And when was that?
[9] **A:** When she got married.
[10] **Q:** Was that before or after your
[11] employment was terminated?
[12] **A:** It was I believe after.
[13] **Q:** Was it before or after you met
[14] with her at Civil Service?
[15] **A:** I believe it was after also.
[16] **Q:** Now are you claiming that Alison
[17] Sanchez gave information to George Hesse
[18] which enabled him to terminate your
[19] employment?
[20] **A:** I don't know what Alison Sanchez,
[21] um, gave George Hesse, but between the both
[22] of them and Maryanne Minerva, ultimately,
[23] the five of us were fired.
[24] **Q:** Well, do you have any knowledge
[25] of Alison Sanchez giving any information to

Page 435

**F. Fiorillo**

[1]
[2] George Hesse which enabled him to terminate
[3] your employment, yes or no?
[4] **MR. GOODSTADT:** Objection.
[5] **A:** No.
[6] **Q:** Are you contending that Alison
[7] Sanchez took action which enabled George
[8] Hesse to terminate your employment, yes or
[9] no?
[10] **MR. GOODSTADT:** Objection.
[11] **A:** Yes.
[12] **Q:** What — identify for me the
[13] actions taken by Alison Sanchez which
[14] enabled George Hesse to terminate your
[15] employment?
[16] **A:** Well, ultimately, she took action
[17] with Hesse on trying to get these officers
[18] certified. She also —
[19] **Q:** I'm asking you only with
[20] respect —
[21] **MR. GOODSTADT:** Excuse me, he's
[22] answering the question. Let him
[23] answer — let him finish answering
[24] before —
[25] **MS. ZWILLING:** Fine. Fine.

Page 436

**F. Fiorillo**

[1]
[2] **A:** George Hesse and Alison Sanchez
[3] were involved in, um — they had knowledge
[4] that these civilians came on to the Ocean
[5] Beach Police Department without being
[6] certified.
[7] **Q:** Okay. I'm asking about the
[8] termination of your employment.
[9] **A:** I wasn't finished. The —
[10] ultimately, because of those officers —
[11] those civilians actually not being certified
[12] as police officers until three years later
[13] or thereabouts, that caused a lot of
[14] friction in our department.
[15]     If Alison Sanchez did her job, in
[16] my opinion, in 2002, Richie Bosetti and Gary
[17] Bosetti would have had to go through the
[18] same qualifications that I had to go
[19] through, Joe Nofi would have — that Joe
[20] Nofi went through, Kevin Lamm went through,
[21] Tommy Snyder and Eddie Carter to be
[22] certified.
[23] **Q:** Are you claiming that Alison
[24] Sanchez took actions in 2006 which enabled
[25] George Hesse to terminate your employment?

Page 437

**F. Fiorillo**

[1]
[2] **A:** Yes.
[3] **Q:** Identify the actions taken by
[4] Alison Sanchez in 2006 which enabled George
[5] Hesse to terminate your employment?
[6] **A:** She had a meeting with Maryanne
[7] Minerva and George Hesse to — to find a way
[8] to — Alison Sanchez relayed the information
[9] to George Hesse and Maryanne Minerva, by her
[10] own admission, because she said she spoke to
[11] them about us before we were fired. Not
[12] when we were fired, before we were fired.
[13] **Q:** And what did Alison Sanchez relay
[14] to you that she had told George Hesse and
[15] Ms. Minerva?
[16] **A:** That they did everything that
[17] they had to do the right way.
[18] **Q:** And do you have any reason to
[19] believe that information was incorrect?
[20] **A:** Well, I don't know what the right
[21] way is. But certainly it wasn't the right
[22] way to let people come on a police
[23] department, work, wear a firearm, a shield
[24] and have a police ID, and go on to the
[25] county range actually, and not even be

Page 438

**F. Fiorillo**

[1]
[2] certified through Suffolk County Civil
[3] Service.
[4] **Q:** Do you have any basis to believe
[5] that Alison Sanchez had a desire to see you
[6] terminated from your position, yes or no?
[7] **MR. GOODSTADT:** Objection.
[8] **A:** Yes.
[9] **Q:** Okay. What is the basis for your
[10] belief that Alison Sanchez had a desire to
[11] see you terminated from your position?
[12] **A:** Because we were — meaning myself
[13] and the four others — were the catalysts
[14] for the — the civilians who were working in
[15] Ocean Beach to, in my opinion, get
[16] certified.
[17] **Q:** Okay. I'm not asking about your
[18] opinion. I'm asking you what evidence do
[19] you have that prior to your termination, it
[20] was Alison Sanchez's desire to see your
[21] employment terminated?
[22] **MR. GOODSTADT:** Objection.
[23] That is evidence.
[24] **A:** Well, it's almost — to me, it's
[25] like she was — she, in my opinion —

Page 439

*F. Fiorillo*

[2]   **Q:** Again, respectfully,
[3] Mr. Fiorillo, you've told me twice you want
[4] to give your opinion. I understand your
[5] opinion.
[6]   **A:** Okay. I think —
[7]   **Q:** Please, I didn't interrupt you,
[8] sir. I'm going to ask you allow me the same
[9] courtesy now. Let's put the opinions aside.
[10] What evidence do you have? What did
[11] Ms. Sanchez say to you prior to your
[12] termination, what did she do prior to your
[13] termination which led you to believe that
[14] she wished to see your employment
[15] terminated?
[16]   **MR. GOODSTADT:** Objection.
[17]   **A:** She didn't say anything to me.
[18] She did say in the meeting, though, that she
[19] had a discussion with Maryanne Minerva and
[20] George Hesse about us.
[21]   **Q:** And is that the full extent of
[22] what she told you in the meeting about the
[23] discussion at that prior meeting with
[24] Minerva and Hesse?
[25]   **A:** Yeah. Because she said we didn't

Page 440

*F. Fiorillo*

[2] have a leg to stand on.
[3]   **Q:** Okay. Did she tell you anything
[4] more about what was discussed at the meeting
[5] she had with Minerva and Hesse, other than
[6] to say there was a meeting?
[7]   **A:** She didn't tell me the contents
[8] of the meeting.
[9]   **Q:** Okay. Did Alison Sanchez do
[10] things to you, prior to your termination,
[11] which led you to believe she wished to see
[12] your employment terminated?
[13]   **A:** She didn't do anything to me
[14] personally.
[15]   **Q:** Did you ever have any discussion
[16] with Alison Sanchez, prior to your
[17] termination, about your employment, yes or
[18] no?
[19]   **A:** No.
[20]   **Q:** Prior to your termination, did
[21] you know who she was as being —
[22]   **A:** Yes.
[23]   **Q:** The Civil Service person
[24] involved —
[25]   **A:** Yes. I spoke to her on the phone

Page 441

*F. Fiorillo*

[2] at least three times.
[3]   **Q:** Was that about your employment?
[4]   **A:** No.
[5]   **Q:** Did you ever speak to Alison
[6] Sanchez about your employment, prior to your
[7] termination?
[8]   **A:** No.
[9]   **Q:** Did you ever speak to her prior
[10] to your termination?
[11]   **A:** No.
[12]   **Q:** Do you have any reason to believe
[13] that she bore some animosity toward you?
[14]   **A:** Well, I sense — I sense it.
[15]   **Q:** When for the first time did you
[16] sense animosity towards you on the part of
[17] Alison Sanchez?
[18]   **A:** When I was in her office. She
[19] didn't even care. It was like she had no
[20] respect — we were coming in there just to
[21] talk to her, and it was like frivolous for
[22] her to just — to just entertain us. It was
[23] like very unprofessional, in my opinion.
[24]   **Q:** Prior to your termination, did
[25] she ever do anything or say anything to you

Page 442

*F. Fiorillo*

[2] to indicate that she had a personal dislike
[3] for you?
[4]   **MR. GOODSTADT:** Objection.
[5]   **A:** Prior to my termination?
[6]   **Q:** Yes.
[7]   **A:** No.
[8]   **Q:** Now when Alison Sanchez did these
[9] things to you that you appear to believe
[10] were improper, did you complain to Stan
[11] Pelc?
[12]   **A:** I tried calling Stan Pelc and I
[13] spoke to — I either spoke to Stan Pelc or
[14] Alan Schneider.
[15]   **Q:** What, if anything, did they tell
[16] you?
[17]   **A:** Talk to Alison Sanchez.
[18]   **Q:** Did you inform them that you felt
[19] that her — she gave you some wrong advice?
[20]   **MR. GOODSTADT:** Objection.
[21]   **A:** Well, I — when Alison Sanchez
[22] told us that we didn't have a leg to stand
[23] on, we — I just — you know, it was like
[24] how could that be? How could that be the
[25] end of the road? It was just too abrupt.

Case 2:07-cv-01215-SJF-ETB Document 145-116 Filed 01/15/10 Page 32 of 64 PageID #:
5056

F. Fiorillo

[1]
[2] Q: Okay. So what did you do to have
[3] Ms. Sanchez's supervisors review her action
[4] after you became dissatisfied with it?
[5] MR. GOODSTADT: Objection.
[6] He's testified —
[7] A: I didn't. I just took her word
[8] for what it was and — and went from there.
[9] Q: Well, did you ever call Stan
[10] Pelc?
[11] MR. GOODSTADT: Objection.
[12] A: Yeah, I did.
[13] Q: Was it before or after you met
[14] with Alison Sanchez?
[15] MR. GOODSTADT: We're going in
[16] circles here. He's already answered
[17] when he called him. What the telephone
[18] call was about. What Stan Pelc or Alan
[19] Schneider told him. You asked the same
[20] exact question.
[21] MS. ZWILLING: That's not quite
[22] the case, Mr. Goodstadt.
[23] MR. GOODSTADT: That's exactly
[24] the case. We can have the testimony
[25] read back.

F. Fiorillo

[1]
[2] Q: When did you call Stan Pelc?
[3] A: I called Stan Pelc that Monday
[4] after I was fired.
[5] Q: Was that prior to your meeting
[6] with Alison Sanchez?
[7] A: That was prior to meeting with
[8] Alison Sanchez.
[9] Q: Did you call Stan Pelc or attempt
[10] to call Stan Pelc after your meeting with
[11] Alison Sanchez?
[12] A: Then I think I tried calling Alan
[13] Schneider.
-[14] Q: My question was about Stan Pelc.
[15] Did you call Stan Pelc or try to call Stan
[16] Pelc after your meeting with Alison Sanchez?
[17] A: No.
[18] Q: Did you call Phil Cohen after
[19] your meeting with Alison Sanchez?
[20] A: I didn't even know who — to be
[21] honest with you, I never heard the name.
[22] Q: Did you ever call Alan Schneider?
[23] A: Yes.
[24] Q: When?
[25] A: That same day.

F. Fiorillo

[1]
[2] Q: What same day?
[3] A: Monday. Monday. That Monday.
[4] Q: Prior to your meeting with Alison
[5] Sanchez?
[6] A: Yes.
[7] Q: Did you ever call Alan Schneider
[8] after your meeting with Alison Sanchez?
[9] A: No. Because after Alison —
[10] after they told me to — that's why I called
[11] Alison Sanchez. Because she was the one
[12] that handled the Ocean Beach account.
[13] Q: Now it's your belief that Alison
[14] Sanchez was engaged in some sort of
[15] conspiracy along with George Hesse against
[16] you?
[17] MR. GOODSTADT: Just to —
[18] A: I think there was something going
[19] on there.
[20] MR. GOODSTADT: Just to be
[21] clear, are you asking then or now?
[22] Q: You believe it now?
[23] A: Well, I don't — it's after the
[24] fact. I believe it happened then.
[25] Q: Well, when you walked out of

F. Fiorillo

[1]
[2] Ms. Sanchez's office that day, did you think
[3] she was in cahoots or suspect she was in
[4] cahoots with George Hesse?
[5] A: Yes.
[6] Q: And when you walked out there
[7] that day believing she was in cahoots with
[8] George Hesse, what did you do to let Stan
[9] Pelc know that someone who worked beneath
[10] him was conspiring with someone else to do
[11] something illegal?
[12] A: I got to tell you, I didn't do
[13] anything, because I was — I felt like we
[14] exhausted everything that we could do. But
[15] I just felt it wasn't —
[16] MO MS. ZWILLING: Move to strike
[17] that portion which is nonresponsive.
[18] MR. GOODSTADT: He wasn't even
[19] done yet. He's not even done yet and
[20] you're jumping in on him.
[21] Q: Is it —
[22] MR. GOODSTADT: Finish your
[23] answer. Finish your answer.
[24] MS. ZWILLING: Mr. Goodstadt,
[25] you know —

Page 447

*F. Fiorillo*

[1]
[2] **MR. GOODSTADT:** You have to let
[3] him finish his answer. You have to.
[4] Otherwise get on the phone with the
[5] court if you want, and we'll explain to
[6] the court that you're cutting him off
[7] halfway through your — halfway through
[8] his answer and you're jumping in with
[9] another question.
[10]     Let him finish the answer, just
[11] like you yelled at him for jumping in
[12] on your question.
[13] **MS. ZWILLING:** The reason —
[14] **MR. GOODSTADT:** Can I finish
[15] now? Now you're interrupting me. Now
[16] you're interrupting me.
[17] **MS. ZWILLING:** Mr. Goodstadt,
[18] you interrupted me. You interrupted
[19] me. And I also —
[20] **MR. GOODSTADT:** I interrupted
[21] you because you interrupted my client.
[22] **MS. ZWILLING:** Go ahead.
[23] **MR. GOODSTADT:** You didn't let
[24] him finish the answer. If you want to
[25] ever get done here, let him finish his

Page 448

*F. Fiorillo*

[1]
[2] answers, then you ask your next
[3] question. You can make whatever
[4] motions you want to make and raise them
[5] at whatever time you think it may be
[6] appropriate to raise them in the
[7] future, but we're never going to get
[8] done unless you ask the question, let
[9] him answer the question, and then ask
[10] the question again.
[11] **MS. ZWILLING:** I can't help
[12] observing, Mr. Goodstadt, that we've
[13] sat here for many hours and you're
[14] taking a rather shall we say different
[15] tone toward me than to other counsel.
[16] **MR. GOODSTADT:** Because other
[17] counsel, although he made his motions,
[18] when — when our client asked if he can
[19] explain, he said "yeah, explain to me,"
[20] and he did. He let him answer the
[21] questions.
[22] **MS. ZWILLING:** Your client can
[23] finish his answer, and then if we need
[24] to narrow it down or a motion needs to
[25] be made, we can do that.

Page 449

*F. Fiorillo*

[1]
[2] **MR. GOODSTADT:** That's all I'm
[3] asking for.
[4] **MS. ZWILLING:** Fine.
[5] **A:** Can I answer?
[6] **MR. GOODSTADT:** Finish your
[7] answer. Can you read back his answer
[8] so he can finish it.
[9]     (The requested portion was read.)
[10] **A:** I just felt that there was
[11] something else we could do after that, but I
[12] didn't know what it was at the time. But I
[13] just didn't feel comfortable with just being
[14] fired in one day and there's nothing we
[15] could do about it.
[16] **Q:** So you felt that contacting Stan
[17] Pelc would be useless?
[18] **A:** I contacted him. I tried
[19] contact — I called him first.
[20] **Q:** Mr. Fiorillo, we're talking now
[21] about after the meeting with Alison Sanchez.
[22] Did you feel that it would be useless to
[23] contact Mr. Pelc after the meeting with
[24] Ms. Sanchez?
[25] **A:** I felt that after I spoke to

Page 450

*F. Fiorillo*

[1]
[2] Alison Sanchez, it didn't make any sense to
[3] go — what I think I was doing was I was
[4] going into a — it was like a futile effort
[5] because I had no — it was like I was
[6] going — chasing my tail. I was going in a
[7] circle.
[8] **Q:** Okay. So you felt it would be
[9] futile to contact Mr. Pelc after the
[10] meeting?
[11] **A:** I didn't say that. I said the —
[12] the — what I was going through was just
[13] not — it was a futile effort between going
[14] from Alison Sanchez, who tells me I don't
[15] have a leg to stand on, to Stan Pelc telling
[16] me to talk to Alison Sanchez. I mean,
[17] everybody was trying to pass the ball, and
[18] at the end of that meeting with Alison
[19] Sanchez, I was just exhaust — let me tell
[20] you the frame of mind I was in. I wasn't in
[21] a good frame of mind. I just got fired. I
[22] didn't know what to do.
[23] **Q:** Did you contact Cynthia DeStefano
[24] after your meeting with Alison Sanchez?
[25] **A:** No.

FRANK FIORILLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 2 of 5 PageID #:
5058

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Page 451

*F. Fiorillo*

[1]
[2] **Q:** Did you contact Phil Cohen after
[3] your meeting —
[4] **A:** I didn't even know —
[5] **Q:** — with Alison Sanchez?
[6] **A:** No.
[7] **Q:** Did you contact Alan Schneider
[8] after your meeting with —
[9] **A:** No.
[10] **Q:** — Alison Sanchez? Did you send
[11] any letters or make any phone calls to the
[12] County Executive's office after your meeting
[13] with Alison Sanchez?
[14] **A:** No.
[15] **Q:** Did you inform the District
[16] Attorney that you felt that she was in some
[17] sort of elicit conspiracy with George Hesse?
[18] **A:** I spoke about Alison Sanchez at
[19] the District Attorney's office.
[20] **Q:** On how many occasions?
[21] **A:** On the occasion, um — on one
[22] occasion.
[23] **Q:** And was that before or after your
[24] meeting with her?
[25] **A:** That was after.

Page 452

*F. Fiorillo*

[1]
[2] **Q:** Who did you speak to in that
[3] time?
[4] **A:** I spoke to Walter Warkenthien and
[5] Richie Burke.
[6] **Q:** What did you tell them?
[7] **A:** I told them about how we were
[8] fired and what we did. We went to Civil
[9] Service and we spoke to Alison Sanchez, and
[10] we were told that, you know, we didn't have
[11] a leg to stand on.
[12] **Q:** Did you tell the representatives
[13] at that District Attorney's offices that you
[14] felt that Alison Sanchez was in some sort of
[15] illegal conspiracy with George Hesse?
[16] **A:** I — I told Walter — I expressed
[17] my view that, um, Hesse was involved with
[18] Civil Service somehow because the — the
[19] people who were underneath, um, Alison
[20] Sanchez's, um — I don't know what you want
[21] to call, um — control in Ocean Beach as far
[22] as getting them certified, was, um, was
[23] probably the cause of why we were fired.
[24] **Q:** Okay. I appreciate when you tell
[25] me that you told the District Attorney about

Page 453

*F. Fiorillo*

[1]
[2] what George Hesse did. But now I'm
[3] asking —
[4] **A:** But it was —
[5] **Q:** Please allow me to finish my
[6] question. I'm asking specifically about
[7] what you told the District Attorney about
[8] Alison Sanchez. Did you tell anyone at the
[9] District Attorney's office that you believed
[10] that Alison Sanchez had conspired with
[11] George Hesse to do something illegal? Did
[12] you tell them that?
[13] **A:** I didn't tell them that in those
[14] words. In your words.
[15] **Q:** Now when you began your
[16] employment with the Village, did you receive
[17] any letter informing you that you were being
[18] given employment?
[19] **A:** Did I receive any letter?
[20] **A:** Yes.
[21] **A:** No. I was sponsored by Ocean
[22] Beach. I wasn't — I didn't, um — it
[23] wasn't — I wasn't — in other words, I had
[24] an interview with the chief.
[25] **Q:** Did they ever send you a letter

Page 454

*F. Fiorillo*

[1]
[2] making a formal written offer of employment?
[3] **A:** Who?
[4] **Q:** The Village of Ocean Beach.
[5] **A:** Um, I know I filled out an
[6] application. It might have been in that
[7] application. I'm not sure. I can't — I
[8] can't be for certain.
[9] **Q:** I'd like you to take a look at
[10] page 24 of the Complaint.
[11] **A:** 24.
[12] **Q:** Specifically paragraph 103, the
[13] last sentence, where it stated "Sanchez made
[14] these false statements with an intent to
[15] deceit Plaintiffs and prevent them from
[16] seeking legal recourse in connection with
[17] their termination." Prior to your meeting
[18] with Alison Sanchez, what were the steps, if
[19] any, that you were planning to take to seek
[20] legal recourse for your termination?
[21] **A:** Prior to meeting with —
[22] **Q:** Before you met with Alison
[23] Sanchez, what were the steps, if any, that
[24] you were planning to take to seek legal
[25] recourse for your termination that you refer

Page 455

**F. Fiorillo**

[1]
[2] to in paragraph 103?
[3] **A:** Ma'am, I just got fired on a
[4] Sunday and I saw Alison Sanchez on a
[5] Wednesday. So there wasn't much time for me
[6] to do anything from the time that we were
[7] fired to the time that we met with Alison
[8] Sanchez.
[9] **Q:** Well, at the time you met with
[10] Alison Sanchez, had you planned at that
[11] point to retain an attorney?
[12] **A:** I didn't — I have to tell you
[13] the truth, I didn't know what to do. I
[14] didn't know what we had. But when —
[15] after — after she told us that we had no
[16] leg to stand on, I found that very hard — I
[17] couldn't accept that.
[18] **Q:** Okay. Again, I'm focusing now on
[19] the time before the meeting. Had you
[20] decided to retain a lawyer before you met
[21] with Alison Sanchez, yes or no?
[22] **A:** We — I got to tell you, we
[23] talked about it prior to meeting with Alison
[24] Sanchez. We didn't know if we could. If
[25] we — what we were going to do. We just

Page 456

**F. Fiorillo**

[1]
[2] talked about a lot of things, because it
[3] was — everything was so up in the air. All
[4] I wanted out of the whole thing was just to
[5] get another police job. That's all I
[6] wanted. I didn't want to go through this,
[7] okay?
[8] **Q:** So if I understand you correctly,
[9] prior to you meeting with Alison Sanchez,
[10] you had not made up your mind to retain a
[11] lawyer, would that be correct?
[12] **A:** We didn't — it wasn't fixed in
[13] stone that, you know, we're going to go out
[14] Monday morning and get a lawyer, because we
[15] didn't even have time to digest this.
[16] **Q:** Fair enough. When for the first
[17] time did you and the other Plaintiffs make
[18] the decision to seek counsel?
[19] **MR. GOODSTADT:** Objection.
[20] **A:** After — after we met with Alison
[21] Sanchez.
[22] **Q:** How soon after you met with
[23] Alison Sanchez was the decision made to hire
[24] a lawyer?
[25] **A:** I don't know the timeline. I

Page 457

**F. Fiorillo**

[1]
[2] don't know. It was — it was before — it
[3] was after that meeting and obviously before
[4] June 30. So in that time period, right then
[5] and there. That was the concentration of
[6] it.
[7] **Q:** Okay. I'd like you to focus now
[8] on that sentence, again, where you say that
[9] Alison Sanchez prevented you from seeking
[10] legal recourse. Identify for me the steps
[11] Ms. Sanchez took to prevent you from
[12] obtaining legal counsel.
[13] **MR. GOODSTADT:** Objection.
[14] That's not what the paragraph says.
[15] **MS. ZWILLING:** Fine. Okay.
[16] **Q:** Identify for me the steps Alison
[17] Sanchez took to prevent you from seeking
[18] legal recourse?
[19] **MR. GOODSTADT:** Objection.
[20] Same objection. You're misquoting the
[21] paragraph.
[22] **MS. ZWILLING:** I'm reading from
[23] it.
[24] **MR. GOODSTADT:** No, you're not.
[25] **MS. ZWILLING:** Well, the

Page 458

**F. Fiorillo**

[1]
[2] question stands.
[3] **MR. GOODSTADT:** Well, then I'm
[4] going to object to it.
[5] **MS. ZWILLING:** All right.
[6] Fine. I'll read from it all night if
[7] you'd like. And you can, again, say
[8] you'll get the court on the phone at
[9] 7:30 on a Friday night.
[10] **Q:** Can you identify the steps you
[11] claim Alison Sanchez took to — and I'm
[12] reading from paragraph 103 now — "prevent
[13] them" — meaning you and the other
[14] Plaintiffs — "from seeking legal recourse"?
[15] What —
[16] **MR. GOODSTADT:** Same objection.
[17] You're reading half of a sentence.
[18] **MS. ZWILLING:** Fine. I'll read
[19] the first sentence.
[20] **MR. GOODSTADT:** Read the
[21] whole — read the whole sentence and
[22] you'll understand that what you're
[23] saying is not what that paragraph
[24] indicates. It's saying that she made
[25] the statement "and you have no leg to

Page 459

                    F. Fiorillo

[1]
[2] stand on," with an intent to prevent
[3] them from doing something. She didn't
[4] physically prevent them. She made a
[5] statement to them with the intent to
[6] prevent them from going forward.
[7] That's what paragraph 103 says.
[8]     MS. ZWILLING: Again,
[9] Mr. Goodstadt, I can't help but notice
[10] that you're taking a very different
[11] tone with me. Please don't interrupt
[12] me like you did with other counsel.
[13]     MR. GOODSTADT: Because your
[14] questions are different. It's a
[15] different set of circumstances.
[16]     MS. ZWILLING: I mean, it's
[17] beginning to make me wonder perhaps
[18] there's another reason for it.
[19]     MR. GOODSTADT: Woe. Woe.
[20] Woe. You've just now accused
[21] something — you just accused another
[22] professional of doing something for
[23] another reason. What's the other
[24] reason that you're referring to?
[25]     MS. ZWILLING: I said I hope —

Page 460

                    F. Fiorillo

[1]
[2]     MR. GOODSTADT: I want to know
[3] what your basis is.
[4]     MS. ZWILLING: I said I —
[5]     MR. GOODSTADT: No. No.
[6] You've now accused me on the record —
[7]     MS. ZWILLING: That's not true.
[8]     MR. GOODSTADT: — that you
[9] believe there's another reason, other
[10] than the fact that your questions,
[11] particularly the last one which is
[12] taking a sentence, a half of a sentence
[13] out of the Complaint, taken out of
[14] context, you said that you're beginning
[15] to believe that there's another reason
[16] for it. What's the reason that you're
[17] beginning to believe?
[18]     MS. ZWILLING: You know, it's
[19] Friday night. It's just about 7:00. I
[20] mean, perhaps we're all getting a bit
[21] testy.
[22]     MR. GOODSTADT: I'm not getting
[23] testy. You've accused me now of
[24] something, and I want to know what
[25] you're accusing me of on the record.

Page 461

                    F. Fiorillo

[1]
[2]     MS. ZWILLING: I didn't accuse
[3] you of anything.
[4]     MR. GOODSTADT: Yes, you did.
[5]     MS. ZWILLING: I'm sorry if you
[6] perceived it that way.
[7]     MR. GOODSTADT: You said to me
[8] that you believe that there's another
[9] reason, other than for what I stated.
[10] What's that reason?
[11]     MS. ZWILLING: That's not what
[12] I said.
[13]     MR. GOODSTADT: Can you read
[14] back what she said, please.
[15]     MR. NOVIKOFF: You really want
[16] to —
[17]     MR. GOODSTADT: This is a joke
[18] that, on the record, she's accusing
[19] another attorney of having some —
[20]     MR. NOVIKOFF: But you've asked
[21] her —
[22]     MR. GOODSTADT: — basis.
[23]     MR. NOVIKOFF: You've asked her
[24] to explain. She's given you her
[25] explanation.

Page 462

                    F. Fiorillo

[1]
[2]     MR. GOODSTADT: She hasn't.
[3]     MR. NOVIKOFF: Do you need to
[4] review the record? I mean, because I
[5] can guarantee you —
[6]     MR. GOODSTADT: I want to know
[7] what basis she's referring to.
[8]     MR. NOVIKOFF: Andrew, but I
[9] can guarantee what's going to happen is
[10] the court reporter is going to read the
[11] record back, you're going to make the
[12] same comments to her that you just
[13] made, and counsel's going to make the
[14] same response to you, and you'll be
[15] going in a circle.
[16]     MR. GOODSTADT: Right. But
[17] in —
[18]     MS. ZWILLING: I'd really
[19] rather not begin making any response.
[20]     MR. GOODSTADT: — she was able
[21] to intimidate or attempt to intimidate
[22] my colleague, Ariel Graff, last week or
[23] a couple days ago, the same is not
[24] going to happen right here. And she's
[25] now accused me of doing something. And

Page 463

[1]       *F. Fiorillo*
[2] I want to know what she's accusing me
[3] of doing.
[4]      **MS. ZWILLING:** Your colleague
[5] didn't seem to be the least bit
[6] intimidated. Well —
[7]      **MR. NOVIKOFF:** Now you've just
[8] accused her of doing something. Why
[9] don't we —
[10]      **MR. GOODSTADT:** The record is
[11] what it is.
[12]      **MS. ZWILLING:** To say he was
[13] intimidated — I don't want to say
[14] anything that's going to cast a
[15] dispersion on Mr. Graff, but if you had
[16] been there, you would perhaps take a
[17] different view.
[18]      **MR. NOVIKOFF:** Why don't we —
[19] I don't see much being accomplished
[20] between the two of you.
[21]      **MR. GOODSTADT:** I understand
[22] that. But I've now been accused on the
[23] record by another professional in a
[24] federal court litigation of having some
[25] ulterior motive of making an objection,

Page 464

[1]       *F. Fiorillo*
[2] and I want to know what that accusation
[3] is. I think I have a right to know
[4] what it is.
[5]      **MS. ZWILLING:** Mr. Goodstadt,
[6] you can have the record read back if
[7] you want, but that was not what I said,
[8] okay? Now can we just finish the
[9] deposition?
[10]      **MR. GOODSTADT:** I would love
[11] to. If you can ask appropriate
[12] questions, then we'll finish the
[13] deposition.
[14]      **MS. ZWILLING:** Okay.
[15]      **Q:** Referring your attention to
[16] paragraph 103, specifically the sentence
[17] that reads "moreover, Sanchez made these
[18] false statements with an intention to deceit
[19] Plaintiffs and prevent them from seeking
[20] legal recourse in connection with their
[21] termination." I would like you to identify
[22] the things that Alison Sanchez did or the
[23] steps she took to "prevent (them) from
[24] seeking legal recourse in connection with
[25] their termination"?

Page 465

[1]       *F. Fiorillo*
[2]      **MR. GOODSTADT:** Same objection.
[3] You can answer, if you know what she's
[4] even talking about.
[5]      **A:** Ma'am, I'm a little confused on
[6] what just happened, and I don't know — I
[7] need it to be simplified.
[8]      **Q:** What did Alison Sanchez do to
[9] prevent you personally from seeking legal
[10] recourse in connection with your
[11] termination?
[12]      **MR. GOODSTADT:** Objection.
[13]      **A:** She stated to me that I didn't
[14] have a leg to stand on.
[15]      **Q:** And how did that stop you, if it
[16] did, from getting a lawyer?
[17]      **MR. GOODSTADT:** Objection.
[18]      **A:** Well, at that point in time,
[19] she's Civil Service, so I'm going by what
[20] she's telling me. And she — she knows
[21] more than I do, because I don't know
[22] anything about Civil Service.
[23]      **Q:** Well, other than that statement
[24] that you don't have a leg to stand on, can
[25] you identify for me all of the other things

Page 466

[1]       *F. Fiorillo*
[2] she did, if any, to prevent you from seeking
[3] legal recourse for your termination?
[4]      **MR. GOODSTADT:** Objection.
[5]      **A:** I don't believe she told us the
[6] truth.
[7]      **Q:** Okay. And how did that prevent
[8] you from seeking legal recourse for your
[9] termination?
[10]      **MR. GOODSTADT:** Objection.
[11]      **Q:** If it did?
[12]      **A:** Well, ultimately, this is what
[13] happened. When she stated what she stated
[14] to me, that I didn't have a leg to stand on,
[15] I thought that was the end of the road,
[16] because she told me, "That's it. You don't
[17] have a leg to stand on."
[18]      **Q:** But that wasn't the end of the
[19] road, correct?
[20]      **A:** Well, obviously we're here.
[21]      **Q:** Obviously. Now you mentioned
[22] that you had a conversation with someone
[23] from the District Attorney's office who
[24] stated to you I believe — I believe the
[25] words you used were "I think you need a

FRANK FIORILLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 38 of 64 Page ID #:
5062

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Page 467

### F. Fiorillo

[1] lawyer." Who is it that made that statement
[3] to you?
[4] **A:** Walter Warkenthien.
[5] **Q:** And when was it he made that
[6] statement to you?
[7] **A:** When I met with him.
[8] **Q:** When was that?
[9] **A:** After — I'm not quite sure of
[10] the timeline on this. I'm not even — I
[11] don't even want to guess. I don't — I
[12] don't even know the timeline anymore.
[13] **Q:** Was it before or after you
[14] retained Mr. Goodstadt?
[15] **MR. GOODSTADT:** Objection.
[16] When he obtained us, I mean, A, he's
[17] testified to the best of his
[18] recollection —
[19] **MS. ZWILLING:** Fine. I'll
[20] withdraw the question.
[21] **DI MR. GOODSTADT:** When he
[22] actually engaged us, I'm going to
[23] instruct him not to answer for the same
[24] reason as before.
[25] **MS. ZWILLING:** Fine.

Page 468

### F. Fiorillo

[2] **Q:** Was that before or after your
[3] meeting with Alison Sanchez?
[4] **A:** I'm trying to think of — I met
[5] Walter Warkenthien before, um — I'm trying
[6] to think. I think the Samuel Gilbert
[7] incident was the first incident when I had
[8] contact with the District Attorney's office.
[9] **Q:** I'm just trying to place the date
[10] of that remark. Was it made before or after
[11] you met with Alison Sanchez?
[12] **A:** I can't remember, ma'am.
[13] **Q:** Was it before or after you spoke
[14] to an attorney for the first time?
[15] **MR. GOODSTADT:** Objection.
[16] **A:** Wait a second. Was the — when
[17] we retained a lawyer, was it after met —
[18] **MR. GOODSTADT:** She didn't ask
[19] you about retaining a lawyer.
[20] **Q:** That's not my question. Why
[21] don't I withdraw the question and rephrase
[22] it this way. Was that statement made to you
[23] before or after you or the other Plaintiffs
[24] contacted the firm that's presently
[25] representing you?

Page 469

### F. Fiorillo

[2] **MR. GOODSTADT:** Objection.
[3] **A:** I didn't have a lawyer — I
[4] didn't have a lawyer at the time.
[5] **Q:** So it was before you contacted
[6] the firm that's presently representing you?
[7] **A:** Right.
[8] **Q:** When did you first learn that
[9] George Hesse had boasted about having a
[10] sexual relationship with Alison Sanchez?
[11] **A:** He said that he took her out to
[12] lunch, and he explained what he did with
[13] her, and that was the first time.
[14] **Q:** Did he say that to you?
[15] **A:** Yes.
[16] **Q:** And what did he say he did with
[17] her?
[18] **A:** What did he say?
[19] **A:** Yeah.
[20] **A:** He said he had sexual intercourse
[21] with her.
[22] **Q:** And when did he say this to you?
[23] **A:** This was in 2005 I believe.
[24] **Q:** And did you believe him at the
[25] time?

Page 470

### F. Fiorillo

[2] **A:** Well, George Hesse, if you know
[3] him, he tends to brag about his conquests.
[4] So I didn't doubt him for a minute.
[5] **Q:** Well, if he tended to brag, why
[6] wouldn't you doubt him?
[7] **MR. GOODSTADT:** Objection.
[8] **A:** Say that again.
[9] **Q:** If he tended to brag, why
[10] wouldn't you doubt him?
[11] **MR. GOODSTADT:** Objection.
[12] **A:** Because from what he did in Ocean
[13] Beach, it was well known that who he had sex
[14] with was who he had sex with.
[15] **Q:** Now do you have any other basis
[16] to believe that he had a sexual relationship
[17] with her, other than that statement he made
[18] to you?
[19] **A:** No. That's the only — that's
[20] the only statement.
[21] **Q:** Did you ever take any steps to
[22] determine who in Civil Service had, um, veto
[23] power over Alison Sanchez's decisions?
[24] **A:** No, I did not.
[25] **MR. GOODSTADT:** Objection.

Page 471

[1]                    F. Fiorillo
[2]   MS. ZWILLING: Nothing further.
[3]                EXAMINATION BY
[4]                MR. CONNOLLY:
[5]   MR. CONNOLLY: I have one
[6]   question. Can you hear me?
[7]   Q: Mr. Fiorillo, when you
[8]   had that — when you had that conversation
[9]   with Mr. Hesse regarding relations — his
[10]  relations with Ms. Sanchez, was anybody else
[11]  present?
[12]  A: No.
[13]  MR. CONNOLLY: I have no
[14]  further questions.
[15]  MR. GOODSTADT: I have no
[16]  questions.
[17]  MR. NOVIKOFF: I have, but I'm
[18]  not asking them.
[19]  MR. GOODSTADT: So this
[20]  concludes the deposition?
[21]  MR. NOVIKOFF: Yes.
[22]  THE VIDEOGRAPHER: This
[23]  concludes today's deposition for Frank
[24]  Fiorillo on February 20, 2009. The
[25]  time is 6:58 p.m. We are off the

Page 472

[1]                    F. Fiorillo
[2]   record.
[3]
[4]
[5]         FRANK FIORILLO
[6]
[7]   Subscribed and sworn to
[8]   before me this _____ day
[9]   of _____ 2009.
[10]
[11]
[12]  NOTARY PUBLIC
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 473

[1]
[2]            INDEX TO EXHIBITS
[3]   FIORILLO EXHIBIT              PAGE
[4]   1   Complaint.            21
[5]   8   Letter dated September 16, 2006 from
[6]       Edward T. Paridiso.            307
[7]   35  Application for Employment with Town
[8]       of Brookhaven.            315
[9]
[10]            INDEX
[11]
[12]  DI (Pages) 82, 83, 467
[13]
[14]  MO (Pages) 8, 25, 41, 48, 59, 65, 70, 71,
[15]  89, 126, 127, 212, 278, 293, 357, 446
[16]
[17]  EXAMINATION BY
[18]     MR. NOVIKOFF:     6
[19]     MR. CONNOLLY:     426, 471
[20]     MS. ZWILLING:     431
[21]
[22]
[23]
[24]
[25]

Page 474

[1]
[2]            CERTIFICATION
[3]
[4]
[5]         I, Edward Leto, a Notary Public
[6]   in and for the State of New York, do hereby
[7]   certify:
[8]         THAT the witness(es) whose
[9]   testimony is herein before set forth, was
[10]  duly sworn by me; and
[11]        THAT the within transcript is a
[12]  true and accurate record of the testimony
[13]  given by said witness(es).
[14]        I further certify that I am not
[15]  related either by blood or marriage, to any
[16]  of the parties to this action; and
[17]        THAT I am in no way interested in
[18]  the outcome of this matter.
[19]        IN WITNESS WHEREOF, I have
[20]  hereunto set my hand this ^ ^ day of ^
[21]  2009.
[22]
[23]
[24]
[25]            EDWARD LETO

Page 475

[1]
[2]          ERRATA SHEET
[3]      I wish to make the following changes,
[4]  for the following reasons:
[5] PAGE LINE
[6] _____ ___CHANGE:_____
[7]        REASON:_____
[8] _____ ___CHANGE:_____
[9]        REASON:_____
[10] _____ ___CHANGE:_____
[11]        REASON:_____
[12] _____ ___CHANGE:_____
[13]        REASON:_____
[14] _____ ___CHANGE:_____
[15]        REASON:_____
[16] _____ ___CHANGE:_____
[17]        REASON:_____
[18] _____ ___CHANGE:_____
[19]        REASON:_____
[20] _____ ___CHANGE:_____
[21]        REASON:_____
[22] _____ ___CHANGE:_____
[23]        REASON:_____
[24] _____ ___CHANGE:_____
[25]        REASON:_____

**Lawyer's Notes**

## $

**$25,000,000** 18:11
**$60,000** 172:19

## 0

**04** 123:5, 6, 7
**05** 166:14; 169:4
**06** 166:14
**07-CIV-1215(SJF)(ETB** 4:10

## 1

**1** 159:21; 160:2, 13, 14; 258:23; 259:9, 11; 346:18, 21, 25
**10** 240:21, 23; 241:23; 242:9; 320:5
**100** 44:3; 54:18; 66:6; 248:19; 267:22; 346:10; 392:18
**101** 85:2, 15, 19, 25; 86:15, 22, 23; 87:14; 136:15; 137:4; 138:10; 159:3
**103** 454:12; 455:2; 458:12; 459:7; 464:16
**10:16** 4:11
**10:30** 267:9, 15
**11** 47:23, 25; 48:2; 269:25; 277:24
**11735** 6:2
**11:18** 71:12
**11:24** 71:16
**11:30** 412:14
**12** 180:23, 24; 336:3; 399:20
**12:00** 148:7
**12:25** 144:15
**15** 398:3, 4, 5, 12
**155** 394:3
**158** 403:5, 11
**159** 402:25; 403:16; 404:16, 20; 405:4
**16** 307:23; 308:5, 14; 309:9, 15; 408:19, 20
**164** 365:17, 22; 366:6; 386:11
**164A** 366:17
**164E** 381:22
**168** 386:3, 4
**17** 416:5; 432:9
**171** 357:18; 358:24; 360:25
**176** 348:11, 21; 350:19; 353:12
**177** 351:5, 16
**180** 40:6; 319:23
**186** 22:3; 23:10; 29:21; 30:2; 40:6; 47:6

**189** 262:18, 25; 263:8, 13; 264:6, 7; 265:14, 20; 266:13, 14, 19
**19** 302:8; 324:13
**190** 292:13; 295:20
**191** 297:7; 301:6
**1983** 358:8
**1997** 432:10
**1:00** 170:9
**1:16** 144:19

## 2

**2** 8:4; 9:7, 11; 10:9, 15, 18; 11:7, 15, 17, 20, 25; 25:23; 28:12; 34:10, 10, 18; 35:2, 9, 24; 36:2, 23; 38:18; 39:3; 40:18; 41:24; 42:23; 43:15, 22; 44:3, 9, 23; 46:5; 47:9, 10, 12, 13, 16, 24; 48:9; 49:9; 50:5; 56:25; 57:8; 62:10; 70:25; 72:22; 78:16, 21; 87:15, 19; 88:6; 96:8, 10; 97:10; 131:21; 137:18; 138:3, 12, 17; 145:6, 18; 146:3; 148:6; 151:19; 152:16; 153:3, 11; 159:22; 160:3, 14; 162:12; 164:2, 5; 167:21; 168:3; 169:4; 173:13, 18, 20, 25; 260:23; 261:16; 267:14, 25; 268:11, 18; 269:16; 274:4; 277:24, 25; 283:21; 309:10, 11, 12; 311:17; 315:10; 350:25; 352:5; 355:8; 357:11; 366:15, 16; 367:7; 375:21; 379:8; 380:18; 386:13; 397:18
**2/20/09** 21:10; 308:2; 315:18
**20** 4:10; 97:21; 172:23; 173:5, 6; 249:22; 324:13; 387:17; 409:8; 411:23; 413:16; 471:24
**2000** 114:25; 132:19; 168:3; 269:16; 406:20
**2001** 311:7
**2002** 106:11, 16; 108:14, 15, 21, 25; 109:6, 7, 9, 10, 15, 18; 110:13; 112:14, 23; 113:16, 21, 25; 114:6, 18, 20, 25; 115:4, 7; 120:11, 24; 121:7, 13; 134:15; 137:17; 197:16, 22, 22; 198:16, 20, 22; 311:7, 9; 346:25; 349:11; 436:16
**2003** 6:24; 106:19; 115:17, 19, 22; 117:8, 17, 25; 118:12, 22; 119:17; 120:11; 173:7; 180:5; 198:18; 349:11; 406:23
**2004** 6:22; 81:25; 106:22; 107:5, 9; 119:9; 120:11, 21; 121:8, 11, 17, 20; 122:8, 15; 123:14, 19, 20, 25; 127:7; 128:2, 3; 140:7, 21; 173:3; 192:23; 194:21, 22; 196:5, 7; 197:22, 22;

**199:3, 8; 327:18; 341:3, 12; 349:12; 398:15; 407:6; 411:13**
**2005** 6:11, 21; 89:14, 15; 103:18; 107:12; 124:22, 24, 25; 127:2, 7, 16; 128:4, 7, 10; 130:6, 13, 22, 23, 24; 131:5, 19; 132:2; 134:3, 8, 11, 18; 135:3; 136:3, 8; 140:22; 141:3, 6, 17; 145:3, 6, 6; 153:2, 11; 158:25; 159:7, 12, 18; 168:2; 172:21; 198:3, 4, 5; 220:15; 258:23; 259:9; 336:10; 349:12; 432:21; 469:23
**2006** 6:13; 7:2, 7, 10, 20; 8:3, 5, 12, 15, 17; 9:7, 11, 11; 10:8, 9, 15, 16, 18, 18; 11:7, 14, 15, 17, 18, 20, 25; 12:2; 28:12; 38:9, 20; 40:18; 41:2, 18; 42:4, 23; 43:15; 44:9, 23; 87:15, 20; 88:6; 96:9, 10, 13; 97:10; 107:16; 131:19, 21; 137:18; 138:3, 12, 17; 145:7, 18; 146:3; 148:6; 152:16; 153:3, 12; 159:20, 21, 22, 25; 160:2, 3, 13, 14, 14; 161:6; 162:13; 164:2, 6; 167:21; 168:3; 169:4; 171:18, 20; 173:12, 13, 25; 260:23; 261:16; 263:24; 266:12, 22; 267:10; 269:8, 13, 13, 17, 25; 282:20; 283:9; 302:12; 307:3, 23; 308:5, 14; 309:9; 311:18; 319:3; 346:19, 21, 25; 350:25; 352:5; 355:8; 357:11; 366:15, 16; 367:7; 375:21; 379:8; 380:18; 386:14; 428:21, 22; 436:24; 437:4
**2007** 21:3; 100:10; 302:8, 10, 11, 13, 15; 306:15; 312:24; 313:7; 314:5, 15, 18; 315:6, 10; 318:22; 428:15
**2008** 97:21; 314:20, 22; 315:7, 8
**2009** 4:11; 471:24
**21** 21:3
**23** 49:23; 387:13
**24** 454:10, 11
**28** 311:9
**2:17** 213:15
**2:29** 213:19
**2:30** 253:25; 270:3; 327:15

## 3

**3** 267:10, 15; 268:3, 5, 6, 14, 19
**30** 78:20, 22; 79:14; 80:7; 81:25; 263:24; 266:12, 22; 269:8, 12, 17; 457:4
**30s** 330:19

**31** 254:2, 4
**36** 405:14, 14, 16
**37** 393:25; 394:4
**38** 403:2, 13
**39** 365:14, 19, 20, 22
**3:00** 253:25
**3:30** 174:18; 199:9, 12
**3:33** 291:25
**3:48** 292:5

## 4

**40** 357:17
**41** 348:11; 350:18, 19
**42** 319:19; 342:22, 23
**43** 21:21, 25; 22:2
**44** 21:20, 25; 262:16; 263:6
**4:50** 356:8
**4th** 78:16; 90:11, 12, 15; 95:16

## 5

**5** 33:19
**58** 398:12, 13
**5:01** 356:12

## 6

**60,000** 10:7
**61** 408:15
**631-581-1816** 311:20
**65** 417:12, 12; 418:2, 10; 419:11
**66** 421:25; 422:5, 16; 424:3, 6
**67** 425:13, 16, 17
**6:00** 99:20
**6:02** 415:20
**6:10** 415:24
**6:58** 471:25

## 7

**7** 5:25
**75-B** 393:24; 394:8, 12, 19
**7:00** 460:19
**7:30** 458:9

## 8

**81** 413:19
**86** 411:23; 413:20, 21
**8:00** 254:16; 409:7, 7

## 9

**90** 294:16
**99** 50:3

## A

**a.m** 4:11; 71:13, 17
**able** 32:15; 141:23; 462:20
**above** 22:6; 256:11; 263:10, 14; 319:24; 348:14, 22; 358:25
**abrupt** 279:19; 442:25
**absolute** 304:22
**Absolutely** 10:23; 16:11; 35:6; 56:2; 60:24; 73:12, 23; 77:20; 82:25; 107:21; 111:3; 117:14; 136:20; 189:23; 208:21; 216:19; 234:23; 236:25; 242:5; 260:15; 277:4; 346:10
**abuse** 85:8; 87:4; 105:3; 136:19; 398:17
**academy** 110:21, 22; 111:8, 11, 19; 113:13; 271:6; 276:24; 287:8; 288:7, 20; 311:6; 387:25; 388:9
**acc** 20:14
**accept** 46:15; 311:2; 400:23; 455:17
**accepted** 237:18; 244:7
**Accident** 427:23
**accomplished** 463:19
**According** 35:18; 39:21; 59:23; 60:2, 3, 8; 211:15; 251:23; 277:8; 278:22; 286:6, 9, 12; 304:12; 313:14; 360:19, 20; 361:5, 18; 385:14, 17; 390:20, 20, 21; 419:11
**accordingly** 195:5, 8, 13
**account** 24:15; 25:18; 50:17; 445:12
**accuracy** 18:2; 19:24; 20:6; 50:15
**accurate** 18:24; 19:7, 12, 13; 20:10, 23; 31:18, 19; 234:2; 265:15; 266:2, 6; 294:19; 296:10, 18, 20; 297:12, 14; 301:7, 12; 414:12
**accurately** 316:4
**accusation** 464:2
**accusations** 20:15
**accuse** 461:2
**accused** 459:20, 21; 460:6, 23; 462:25; 463:8, 22
**accusing** 18:17; 460:25; 461:18; 463:2
**achieved** 22:11
**acknowledged** 188:15

**acknowledgment**
418:10

**across** 89:25; 185:3

**act** 26:17; 30:4, 9; 33:11; 34:22; 35:5; 39:20, 25; 320:3; 364:13

**acted** 301:20; 365:8

**acting** 31:5, 6

**action** 19:7; 23:16; 24:5; 41:17; 42:3; 63:13; 64:12; 68:23; 92:20; 105:12; 164:11; 190:17, 20; 262:21; 317:10; 319:21; 329:12, 15; 342:18; 348:15; 357:19; 365:25; 386:3; 393:24; 394:6, 10, 13, 22; 395:3; 435:7, 16; 443:3

**actions** 96:3; 435:13; 436:24; 437:3

**activities** 326:11, 20; 343:18

**activity** 364:3

**acts** 22:12, 17; 23:8, 9, 12; 28:8; 29:20; 320:4; 342:19; 343:11; 344:6, 13, 15; 345:14; 379:7

**actual** 228:18

**actually** 11:5; 21:21; 23:24; 50:18; 69:15; 89:20; 94:18; 125:25; 127:8; 142:9, 9; 174:9; 191:20; 198:15; 199:10; 222:5; 244:21; 283:24; 303:22; 305:23; 343:7; 355:24; 361:10; 373:16; 389:20; 399:5, 25; 400:7; 436:11; 437:25; 467:22

**Adam** 327:21

**adamant** 175:24; 216:2, 5

**add** 321:7; 373:22; 383:4

**addition** 129:16; 130:7, 9; 368:8; 371:3

**additional** 45:21; 311:13, 19

**address** 5:24; 76:2; 116:3; 119:15, 16; 288:22

**addressed** 194:14

**administer** 185:15

**admission** 437:10

**admitted** 240:13

**advanced** 70:24; 348:25

**adverse** 394:6

**advice** 76:10; 82:20; 150:20; 350:11; 388:16; 442:19

**advise** 42:19; 51:12; 66:12; 67:9, 10; 143:11; 146:15; 147:23; 168:4; 169:10, 19; 171:6; 218:25; 226:25; 252:6, 16; 253:2, 4, 7; 258:19; 281:6; 289:24; 293:2, 7, 13, 16, 22; 294:2, 6, 10; 333:24; 375:4, 10; 382:18; 383:21

**advised** 7:9, 23, 25; 8:10,

15, 19, 22, 25; 14:15; 15; 238:21; 264:15; 383:9; 419:12

**advising** 118:23; 147:2; 169:7; 381:11

**affected** 291:4; 354:14; 355:2; 387:4; 396:18

**afraid** 411:9

**afternoon** 33:19; 87:10; 270:3

**afterwards** 227:7, 9, 10; 397:7

**again** 34:12; 41:3; 71:10; 79:8; 80:18; 123:12; 127:19; 159:3; 162:25; 167:24; 189:14; 214:5; 244:14; 383:2; 396:2; 439:2; 448:10; 455:18; 457:8; 458:7; 459:8; 470:8

**against** 18:23; 67:12, 22; 70:13; 105:25; 136:16; 149:18; 334:15; 336:6; 359:16; 379:7; 380:12, 15; 445:15

**age** 387:19

**agencies** 283:8

**agency** 306:15; 385:22

**ago** 13:5, 6; 38:12; 55:13, 16; 98:14; 155:6; 462:23

**agree** 18:8, 15, 21; 19:4; 73:21; 78:20; 82:25; 83:3; 120:9; 133:21; 196:9; 198:7; 205:17, 21; 234:3, 9, 21; 239:25; 240:7, 22; 241:14; 242:2, 7; 243:18; 249:3; 264:19, 25; 265:3, 8, 9, 25; 266:7; 267:24; 268:11; 294:14; 295:6; 311:25; 312:3, 5; 335:7; 343:14; 359:24; 360:6; 363:13, 21; 419:16

**agreed** 361:6

**agreeing** 214:7

**agreement** 7:12; 22:9; 40:6; 151:25; 152:3, 10

**ahead** 45:13; 61:12; 170:17; 197:6; 201:8; 202:22; 356:25; 368:13; 447:22

**air** 456:3

**al** 4:5, 7

**Alan** 442:14; 443:18; 444:12, 22; 445:7; 451:7

**Albany** 310:10

**Albert** 4:12

**alcohol** 355:22, 23; 398:17

**alienate** 126:10, 12, 16, 25; 127:11, 15, 21; 128:24

**alienated** 125:9, 12; 128:6; 130:6, 22; 131:23; 135:3, 18

**alienating** 125:15, 19; 126:5, 11; 128:12

**alienation** 126:19; 136:7

**Alison** 22:6, 18; 23:9;

24:17, 19; 25:11, 25; 26:7; 31:22; 32:12, 12; 33:11, 15, 16; 37:9; 40:21; 43:14; 44:22; 49:24; 50:16; 57:9, 19; 58:7; 60:9, 14; 62:25; 85:20; 86:16, 25; 87:12; 105:6; 342:17; 343:5, 13; 344:4, 19; 345:5, 17; 432:11; 434:4, 16, 20, 25; 435:6, 13; 436:2, 15, 23; 437:4, 8, 13; 438:5, 10, 20; 440:9, 16; 441:5, 17; 442:8, 17, 21; 443:14; 444:6, 8, 11, 16, 19; 445:4, 8, 9, 11, 13; 449:21; 450:2, 14, 16, 18, 24; 451:5, 10, 13, 18; 452:9, 14, 19; 453:8, 10; 454:18, 22; 455:4, 7, 10, 21, 23; 456:9, 20, 23; 457:9, 16; 458:11; 464:22; 465:8; 468:3, 11; 469:10; 470:23

**allegation** 23:5; 51:14; 52:9; 64:9; 66:20; 67:4; 77:7; 86:24; 234:2; 294:16; 296:10; 326:18; 349:7, 24; 378:13; 380:15

**allegations** 18:16, 23; 20:13; 49:3; 161:20; 162:5; 230:25; 232:2, 16; 317:13

**allege** 22:5; 23:10; 30:2, 17; 50:8; 51:7; 54:19; 66:6; 85:2, 15, 25; 269:4; 292:13; 295:10, 18; 319:19, 23; 348:22; 360:25; 386:10; 394:14; 405:14

**alleged** 28:19; 29:20; 47:6; 52:14; 57:11; 82:19; 136:15; 154:6; 221:19; 230:21; 231:6; 250:11; 259:19; 294:17; 304:21; 344:6, 11; 345:12; 346:8; 388:12; 393:18; 394:4; 398:16; 403:17; 416:13, 23; 418:2

**allegedly** 250:10

**alleging** 231:14; 232:3; 237:25; 325:7; 343:17; 377:5

**alleviate** 161:18

**allocuted** 238:2

**allow** 439:8; 453:5

**allowed** 23:14; 24:8; 31:14, 16; 331:23; 334:23

**allowing** 336:22

**almost** 44:20; 404:15, 22, 22; 410:22; 438:2

**along** 176:23; 445:15

**alongside** 349:2; 350:13; 353:22; 354:6, 17; 355:10; 357:13

**altercation** 252:8, 14, 19, 21; 253:8

**altered** 231:22; 321:16, 17

**although** 448:17

**always** 193:7; 311:12, 16; 337:20; 357:2; 386:25; 397:18; 427:2; 430:20

**ambulance** 100:21; 102:23; 103:5, 8, 10; 252:17

**Amityville** 284:21; 285:13; 286:11

**among** 83:11; 320:3

**amongst** 49:17; 55:6

**amount** 82:8

**amuck** 88:25; 89:12; 93:21; 94:2

**analogize** 365:3

**and/or** 292:15; 295:22; 297:9, 11; 359:3

**Andrea** 407:11

**Andrew** 4:19; 6:4; 15:18; 75:5; 462:8

**anguish** 386:5, 8, 13, 17, 23, 24; 387:8; 388:12, 18; 393:18

**animosity** 441:13, 16

**announcement** 148:10

**annual** 9:20, 24, 25; 10:4

**anonymous** 335:14, 15, 21, 24; 336:2; 338:24

**answer's** 137:7

**answered** 59:12; 60:18, 21; 76:25; 102:12; 126:13; 127:18; 214:16; 431:13; 443:16

**Anthony** 87:18

**anymore** 172:5, 14; 267:16; 343:21; 467:12

**apart** 279:23; 280:2, 8

**apparent** 35:3; 121:14; 306:17

**apparently** 121:12; 172:3; 181:11; 303:25; 305:3

**appear** 12:11; 148:5; 328:2; 391:19; 442:9

**appeared** 16:15; 327:9, 24; 361:13; 419:8

**appearing** 12:6

**appears** 308:7

**applicable** 359:7

**applicant** 299:17

**application** 270:25; 271:4; 288:10; 293:3; 298:12, 25; 304:3; 305:21; 307:7; 310:8; 315:15, 22; 316:7; 318:5, 19; 347:24; 382:17; 383:20; 385:19; 454:6, 7

**applications** 382:11

**applied** 69:20; 71:2; 280:12; 282:23; 283:10, 14; 291:21; 302:19, 23; 303:14, 16, 17; 305:23; 318:22; 347:2, 4

**apply** 7:4; 9:6; 282:20; 283:9; 302:9; 305:16; 306:18; 310:9; 314:16, 17,

21, 22; 325:21; 346:22; 404:17, 20

**applying** 69:25; 318:9, 15; 319:7; 384:7

**appointed** 51:4; 58:18

**appointing** 50:10; 52:16, 24

**appointment** 54:6

**appreciate** 364:19; 452:24

**apprehended** 361:19

**appropriate** 83:6, 8; 448:6; 464:11

**approve** 51:15

**approved** 53:15

**approving** 50:10; 51:8, 19; 52:16

**approximately** 4:11; 10:6; 11:2, 3; 155:11; 168:24; 173:5, 6, 8

**April** 8:4; 9:2, 3, 7, 11; 10:9, 15, 18; 11:7, 15, 17, 20, 25; 25:23; 28:12; 33:19; 34:9, 10, 18; 35:2, 9, 24; 36:2, 23; 38:17; 39:3; 40:18; 41:23; 42:23; 43:15, 22; 44:3, 9, 23; 46:5; 47:9, 10, 12, 13, 16, 24; 48:9; 49:9; 50:5; 56:25, 25; 57:8; 62:10; 69:21; 70:25; 72:22; 78:16, 21; 87:15, 19; 88:6; 96:8, 10; 97:10; 104:9; 131:21; 137:18; 138:3, 12, 17; 145:6, 18; 146:3; 148:6; 151:19; 152:16; 153:3, 11; 159:5, 21; 160:2, 13, 14; 162:12; 164:2, 5; 166:14; 167:21; 168:3, 3; 169:4; 173:13, 18, 20, 25; 260:22; 261:16; 267:10, 14, 15, 25; 268:3, 5, 6, 11, 14, 18, 19; 269:16; 274:4; 277:24, 25; 283:21; 309:10, 11, 12; 311:17; 350:25; 352:5; 355:8; 357:11; 366:15, 16; 367:7; 375:21; 379:8; 380:18; 386:13; 397:18; 428:21, 22

**area** 368:6

**Ariel** 462:22

**Arlene** 5:10

**Arlene's** 96:20

**arm** 355:5

**armed** 310:9, 13

**Arnold** 99:24

**around** 119:22; 120:14; 141:5; 153:4; 173:11; 180:5; 216:5; 253:25; 291:3, 6; 410:3; 426:25; 427:2

**arrangements** 373:23

**arrest** 360:4, 9; 361:20; 363:8; 401:21

**arrested** 401:7

**arresting** 233:9

**arrived** 103:5; 222:2

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 44 of 64 PageID #:
5068

FRANK FIORILLO
February 20, 2009

**Asharoken** 284:18, 19;
285:12, 21, 23

**aside** 23:8; 77:12; 203:3;
234:16; 236:20; 322:2;
439:9

**aspect** 48:24; 66:19;
354:12; 375:8

**assert** 84:22

**assertions** 366:9

**assist** 417:22

**assistance** 179:8; 186:9;
203:9; 388:11

**associate** 164:16

**associated** 164:10

**association** 4:15

**assume** 34:13; 44:2;
52:8; 64:16, 18; 134:4;
241:19; 281:19

**assumption** 34:21;
277:19

**assure** 424:13

**assured** 54:19; 355:17;
424:7

**attacked** 238:14, 16, 17,
20, 23; 239:11; 242:18

**attempt** 444:9; 462:21

**attend** 114:24; 115:3;
118:5, 8; 122:15; 159:14;
160:22, 25; 162:22; 163:4,
18

**attendance** 311:15

**attended** 159:6; 184:16

**attending** 376:19

**attention** 166:25; 176:24;
187:23; 207:13; 249:12;
253:9; 464:15

**Attorney** 5:12; 17:8, 12,
16; 144:24; 151:18; 153:4;
155:3; 157:3, 8; 158:20;
169:9; 259:16; 370:11;
451:16; 452:25; 453:7;
455:11; 461:19; 468:14

**Attorney's** 109:22;
113:20; 117:22; 122:19;
137:23; 138:2, 11, 16;
140:10; 141:15, 25;
143:14; 144:10; 145:8, 21;
146:14; 149:10, 14;
150:19; 152:14; 154:23;
155:22; 156:23; 158:11;
160:20; 166:7, 13; 168:7;
169:3, 22; 259:6; 260:13;
350:11; 397:5; 451:19;
452:13; 453:9; 466:23;
468:8

**attorneys** 5:7; 16:22;
17:2; 20:25; 74:6

**audio** 157:3

**August** 141:6, 17; 145:2,
6; 153:2, 11; 166:14;
168:2; 169:4; 258:23;
259:9, 11; 336:10

**authority** 33:7; 51:23;
52:10; 53:4, 11; 54:5, 11;
196:11, 15; 349:19;
352:14, 16

**available** 267:7; 311:13

**Avenue** 6:2

**aware** 27:2, 4, 5; 42:5;
56:9, 17; 57:6; 158:7, 13;
206:3; 212:5; 224:6, 11,
14, 15; 229:15, 20, 24;
237:4, 21; 250:4; 251:9,
17, 22; 253:16; 281:11;
291:20; 296:25; 300:21,
22; 302:18, 22, 24; 338:13;
400:4; 417:3

**away** 148:16; 170:13;
328:6, 13; 329:2; 331:14,
24; 345:7, 7

---

# B

**B** 5:2; 326:9; 379:5, 13,
21, 22, 25; 380:2

**back** 7:24; 15:16; 43:24;
61:4; 62:21; 71:17; 86:20;
97:6; 100:11; 135:8;
144:20; 145:16; 150:13;
152:25; 155:10; 157:16,
22; 158:24; 159:2; 163:9,
15; 174:8, 9; 184:24;
192:7; 200:13, 13; 201:7,
17; 202:7, 20; 213:20;
218:18; 245:21; 246:15;
256:16; 261:12; 262:15;
269:21; 283:12; 288:23;
290:11, 15, 21, 22; 292:6;
303:24; 305:3, 12; 312:19;
318:3; 322:9; 323:9;
324:7; 325:6, 14; 346:5,
19; 356:13, 15; 370:18;
373:5, 6; 374:6; 376:20;
409:4, 13; 415:25; 443:25;
449:7; 461:14; 462:11;
464:6

**backed** 244:22

**background** 299:5, 15,
21; 303:23

**backing** 355:18

**Bacon** 337:19; 347:12,
16; 374:2, 23; 374:8;
391:6; 392:4

**Bacon's** 373:24

**bad** 92:22; 209:22;
267:19, 21, 23; 272:25;
304:2, 6, 25; 311:20;
312:25; 313:4; 385:9

**bag** 328:5, 17, 18; 362:22

**Baldar** 197:8

**Baldaro** 197:8

**ball** 450:17

**bar** 178:15; 179:3, 6;
181:18; 185:4, 18, 19, 20;
186:2; 225:2, 16; 226:17,
21, 23; 227:8, 15, 18;
229:3; 250:17; 251:8;
339:22; 416:13; 417:7, 17;
422:8, 18, 25; 423:10, 18;
424:18; 425:2, 5, 8

**barracks** 204:15

**bars** 116:13; 195:21;
337:13; 339:4, 16, 17, 18

**bartender** 226:16, 20;
227:2, 8; 228:13, 16, 20;
229:9; 425:14

**base** 9:23; 10:6; 64:9

**based** 9:24; 32:9; 35:24;
36:14, 21; 37:9, 18, 24;
50:20; 51:18; 58:19;
63:11; 64:10; 180:10;
197:20; 232:15; 241:2;
300:24; 305:18; 312:13;
332:6; 350:11; 382:21;
383:14; 392:7; 412:22

**basically** 72:8; 73:7;
102:25; 127:4; 171:4;
210:22; 271:16; 339:23;
342:3; 343:9; 379:4;
380:9; 384:6; 416:4

**basis** 14:22; 15:7, 21;
16:11; 22:19; 24:4; 27:18,
19; 40:16; 50:14; 62:15;
63:23; 84:22; 105:12;
238:4; 290:23; 296:24;
342:20; 343:12; 345:9, 14;
352:12; 394:8; 433:17;
438:4, 9; 460:3; 461:22;
462:7; 470:15

**basketball** 327:22;
330:16

**bat** 241:21, 24, 25

**bathroom** 411:2, 3, 7

**Bay** 89:22; 201:20; 202:7,
16; 203:5, 10; 204:21;
205:10, 20; 206:21; 207:3;
284:11, 15; 285:9; 288:16;
289:9; 294:12; 296:7;
301:11; 332:13; 374:6, 9;
408:18, 23, 25; 409:2;
410:6

**Beach** 4:7; 5:8; 7:9, 23;
8:2, 11, 17, 20; 10:16;
11:9, 11; 17:5; 18:17, 19;
23:13, 14, 18, 19; 24:8, 16,
23; 25:17, 19; 26:23; 27:9,
15, 25; 28:23, 24; 29:12,
23; 30:12, 16; 31:15;
36:25; 39:24; 43:23; 44:5;
46:25; 48:7; 50:17, 22;
51:4, 25; 52:5, 11, 25;
53:5, 12; 54:7, 13; 58:22;
67:13, 22; 68:13; 70:14;
96:17; 97:2, 9, 12, 14, 23;
99:21; 110:7, 10; 113:11,
16; 116:12; 118:3, 6;
119:4; 124:7, 11; 134:11;
142:3; 143:12; 145:9;
147:3; 148:5; 149:21, 22;
151:17; 153:7; 158:4, 21;
159:12; 160:7, 17; 161:21;
169:3; 170:10; 172:8, 15,
16, 17, 22; 173:4; 184:6, 7;
190:7; 196:16, 22; 197:16,
21, 24; 199:22; 209:15;
232:3; 245:11; 253:10;
260:18; 261:20; 268:13,
24; 272:22; 273:4; 277:9;
280:4, 4; 281:9, 12;
282:15, 16; 284:25;
285:14; 286:19; 291:3, 6;
299:18; 300:7; 306:19, 23;
311:5; 312:19; 317:4;

**beaten** 400:6

**became** 31:4, 7; 91:24;
94:22; 96:12; 130:23;
132:2, 5; 299:16, 16;
306:17; 443:4

**become** 27:14; 29:11;
30:22; 31:14; 91:24; 93:8;
253:15

**becomes** 92:13; 95:24;
100:13

**bed** 204:16

**Bee** 5:10

**beer** 202:9; 340:15;
341:17, 18, 20; 342:6

**began** 134:4; 311:8;
453:15

**begin** 255:5; 389:7;
462:19

**beginning** 187:14; 199:8;
254:23, 24; 255:6, 8;
270:12; 459:17; 460:14,
17

**begins** 71:15; 144:18;
213:18; 292:4; 356:11;
415:23

**behalf** 4:21, 22, 25;
16:23; 17:3; 20:25; 73:19;
429:3

**behavior** 108:19; 161:21

**belief** 32:5, 7; 40:20; 47:2;
50:9, 14; 52:15; 105:24;
107:23; 108:7, 12, 16, 20;
109:2, 19; 110:13; 112:14;
113:21; 114:2, 6, 21;
115:7; 117:11; 118:24;
122:20; 123:21; 197:20;
205:3; 235:13, 17, 21, 24;
236:3, 7, 11, 14; 237:11;
238:7; 258:11, 11; 294:24;
299:12; 433:20; 438:10;
445:13

**believes** 305:24

**believing** 446:7

**beneath** 408:17; 446:9

**benefits** 6:12; 7:5; 9:6, 7

**benefitting** 232:11

**beside** 48:17; 372:8

**best** 6:15; 18:24; 41:22;
90:14; 131:17; 136:9;
189:5; 290:17; 420:21;
467:17

**better** 247:12

**beverages** 336:23

**beyond** 118:11; 157:23

**Biancavilla** 147:17;
155:9

**bicycle** 322:19

**big** 143:21; 245:16;
331:9; 399:10

**bike** 89:20, 21

**Billy** 41:6

**bit** 7:24; 27:19; 85:13;
460:20; 463:5

**black** 240:21

**blamed** 379:17; 380:8

**bless** 366:13

**blind** 363:25

**blind-sided** 34:10

**block** 148:16

**blog** 114:18, 20; 389:15,
20; 390:2, 5, 6, 8, 12, 13,
15; 391:3, 16, 19; 392:15,
23; 430:5; 431:21

**blogging** 391:5, 14

**blogs** 430:7, 9, 17; 431:6,
10, 18, 25

**blotter** 170:3, 14

**blue** 240:20

**blurted** 422:14; 424:12

**board** 114:24; 118:6;
121:18; 122:16; 135:10,
17; 137:13; 159:15, 17;
160:25; 162:22; 163:4;
164:25; 260:2; 275:14;
397:12; 421:18

**boasted** 469:9

**boat** 255:24

**boathouse** 148:11, 13,
22, 25; 367:12, 15, 20, 24;
368:2, 4, 21; 369:7, 19;
370:20; 371:8; 374:5;
375:11, 24

**Bob** 15:9

**Bockelman** 398:19

**boisterous** 216:9;
423:14

**bold** 263:2, 11

**bond** 189:2

**book** 412:20

**bore** 441:13

**Bosetti** 88:9, 9, 24, 25;
90:24; 93:3, 4, 11; 96:25;
97:8, 14, 18, 22; 98:3, 5,
14, 17, 23; 99:8, 13, 17,
22; 125:13, 13; 130:4;
202:8; 203:8; 222:18, 23;
223:3, 7, 11, 15, 16; 231:2,
3; 232:11, 17; 233:5;
234:16, 17, 22; 235:8;
236:12, 15; 238:14; 246:4,
23; 251:5, 10; 253:16;
254:22; 255:4; 256:12;
262:5, 6, 9; 340:4, 12;
341:12; 378:4; 380:10, 12,
13, 13; 398:16, 19; 400:10;
401:23; 402:19, 24; 409:2;
414:15; 417:15, 16, 25;
418:5, 11, 14, 19; 419:3, 5,

9, 12, 13; 420:3, 8; 421:7,
21; 426:12, 12; 436:16, 17
**Bosetti's** 12:15; 13:20;
14:2, 8; 99:7; 221:19;
417:21; 418:12; 421:13;
422:6
**Bosettis** 89:11; 90:18;
93:19, 25; 94:15; 95:11,
17; 96:16; 100:14; 101:7,
8, 12; 102:5; 103:16, 19;
107:19; 108:8; 109:2, 20;
110:12; 111:21; 112:15;
115:18, 22; 116:15, 25;
117:12; 118:13, 25;
119:10, 25; 120:15, 23;
123:16; 124:22, 23;
125:15, 19; 128:13; 129:4;
178:7; 193:18, 25; 194:15;
195:20; 196:12; 198:9, 19;
203:19; 204:20; 205:9;
207:2, 21; 208:5, 8;
236:20, 24; 323:10;
332:12, 20; 337:3, 14, 15,
16, 20; 339:10; 396:10
**both** 37:2; 91:15; 108:18;
142:7; 346:3; 434:21
**bottom** 342:22, 23;
381:22; 394:4; 403:11
**bouncer** 425:15
**boy** 184:16, 20
**boyfriend** 400:6; 401:6,
21
**Boyle** 76:25; 77:15, 16
**brag** 470:3, 5, 9
**bragged** 57:2, 4, 8, 20;
58:6; 60:7, 13; 407:23
**breach** 62:3
**breached** 64:10
**break** 23:6; 71:14; 96:20;
144:17, 22; 160:12; 165:5;
213:17; 238:10, 11; 292:3;
356:10; 415:22
**breast** 426:16
**breathalyzer** 185:7
**Brian** 237:19, 25; 238:12;
241:2, 5; 242:15, 21, 25
**bring** 15:15; 176:23;
322:9
**broke** 331:8
**broken** 355:5; 361:12
**Brookhaven** 315:5, 16;
317:23; 318:9, 15
**brother** 202:14; 203:5,
11, 12; 417:16, 21; 420:4,
13
**brothers** 93:12
**brought** 187:22; 207:12,
12
**brownies** 178:17; 184:22
**Bruckenthal** 284:9
**brutality** 139:23; 140:2;
154:7; 161:25; 379:7
**Bucksbaum** 206:19
**Bud** 223:20, 22; 226:9;
234:3, 4; 233:20, 23;
234:3; 235:14

**buddies** 234:25; 236:23;
299:9
**budget** 311:18; 312:20;
370:13
**budgetary** 316:23;
317:6, 14; 371:3, 14;
372:17, 18
**Building** 75:24
**bulletin** 135:10, 17
**Bureau** 340:14, 15, 16;
341:15
**Burke** 147:16; 452:5
**Burns** 326:16, 20, 24;
327:6, 10, 13, 20; 328:14,
15, 23, 25; 329:19; 330:5,
11; 331:18, 21; 334:16, 17;
360:7, 23; 361:5, 7, 20;
362:13, 14, 17; 364:12, 25
**Business** 262:22;
292:15; 295:14, 22;
297:10; 322:11; 324:16
**bypassed** 189:24; 402:5

# C

**C** 336:19; 379:24; 380:3,
22, 25; 381:17, 24
**cabinet** 191:18, 19;
199:17; 201:19; 202:15;
203:4, 9, 20; 204:2, 7, 9,
11, 20, 24; 205:5, 9, 18;
206:21; 207:3; 332:12;
408:22, 24; 410:6
**cahoots** 446:3, 4, 7
**call** 49:6; 53:24; 75:18;
76:5, 25; 77:15, 16; 80:21;
81:20; 99:19; 146:13, 17,
24; 155:10; 179:9, 15;
181:4, 10, 13; 182:25;
183:2, 4, 6, 7, 17, 21;
186:9, 21, 24; 187:3, 20;
250:22, 25; 252:5, 6, 10;
267:14; 273:25; 274:5;
279:19; 281:7; 286:22;
287:3; 293:17; 311:19;
318:3; 336:3; 375:20;
400:11; 401:10; 412:4;
421:7, 15; 426:21; 443:9,
18; 444:2, 9, 10, 15, 15,
18, 22; 445:7; 452:21
**called** 24:10; 25:11;
62:25; 63:6; 65:3; 103:17;
146:10, 11; 147:4, 23;
167:14; 174:19; 183:12,
24, 25; 184:4; 199:9, 13;
250:24; 255:15; 256:18;
267:3; 268:14; 271:5;
272:11, 14; 282:16;
284:16, 17, 18, 21, 23, 25;
285:11, 18, 20, 24; 290:20,
21, 22, 25; 300:7, 10;
302:15, 21; 303:12;
313:12; 330:2; 377:2;
378:13; 384:21; 385:2;
413:4; 443:17; 444:3;
445:10; 449:19
**calling** 24:12, 12, 13;
110:11, 11; 266:5; 305:12;

400:12; 442:12; 444:12
**calls** 25:23; 44:8; 202:9;
351:20; 451:11
**calm** 400:8, 13, 15, 17, 25
**came** 34:8; 65:21; 74:11;
89:20; 125:21; 129:3;
131:4; 142:22; 146:16;
168:9, 9; 181:4, 13; 183:4;
184:24; 200:24, 24;
218:18; 222:11; 228:18,
19; 252:17; 255:21, 22, 23;
256:4; 299:19; 300:18;
303:24; 336:12; 338:22;
345:21; 360:22; 369:20,
20; 409:4; 411:16; 419:23;
421:4, 18; 434:6; 436:4
**Campbell** 402:20
**Can** 21:12, 14, 23; 27:11,
24; 42:7, 18, 19; 43:2, 3,
21; 44:7, 18; 45:25; 47:14;
51:3, 4, 12; 55:24; 61:10;
64:9; 66:19; 74:14; 77:4;
78:11; 83:19; 84:12;
113:17; 127:18; 133:21;
139:12; 147:18; 163:9, 15;
164:23; 165:2, 5, 15, 21;
166:2, 4, 10; 174:22;
175:13; 176:16; 177:10;
190:8; 191:6, 10; 194:8;
202:11, 12, 12; 214:5, 11;
215:16; 217:12, 15;
224:12; 238:8; 240:15;
248:14; 249:22; 261:11;
279:16; 285:16; 297:20;
298:2, 5; 301:19, 21;
307:21; 318:24; 326:7;
337:23; 345:8; 347:7;
351:18, 22; 354:2; 356:2,
3; 358:20; 373:25; 378:19;
388:3; 391:18; 392:11, 13;
398:5; 412:11; 420:8;
425:20, 24; 427:3; 443:24;
447:14; 448:3, 18, 22, 25;
449:5, 7, 8; 458:7, 10;
461:13; 462:5, 9; 464:6, 8,
11; 465:3, 24; 471:6
**canceled** 272:7, 10, 16
**candidate** 291:5
**candidates** 51:19
**capacity** 53:17
**captain** 111:9; 185:24
**car** 125:25; 330:3
**card** 370:17
**care** 69:5; 108:5; 202:3;
323:10; 441:19
**career** 28:21; 30:5, 10,
25; 32:11; 33:14; 34:23;
40:3, 8, 12, 18; 42:12, 15,
22, 22; 43:16; 44:9, 24;
46:6; 47:7, 21; 49:7, 12
**careers** 22:8; 49:25;
348:25; 352:7
**Carter** 4:5; 33:22; 62:20;
63:25; 64:19, 22; 65:10;
74:12; 148:13; 170:23;
217:2; 261:7; 338:12;
367:15; 368:9; 369:11, 18;
373:8; 375:2, 4; 433:16;

436:21
**Carter's** 170:22; 369:13;
370:3
**case** 4:9; 12:7; 15:2;
16:15; 40:25; 74:18, 23;
75:2; 83:25; 84:11;
155:15, 16; 158:16, 17;
237:3; 246:18; 257:17;
275:15; 298:6; 304:22;
443:22, 24
**cases** 155:18
**cast** 463:14
**catalysts** 438:13
**catch** 210:14
**categories** 285:6
**caught** 98:7; 99:8
**cause** 85:6; 87:2; 262:20;
319:20; 345:20, 24;
348:15; 357:19; 362:6, 12;
364:2; 365:24; 381:12;
382:18; 383:10; 386:3;
393:23; 452:23
**caused** 242:17; 396:8;
409:18; 436:13
**caution** 350:3
**cell** 421:8, 10, 13
**certain** 34:16; 38:8; 39:4,
23; 52:2; 70:22; 86:3;
104:21; 106:6; 130:25;
131:14; 146:17; 299:18;
322:19; 390:8; 404:23;
454:8
**certainly** 35:23; 397:22;
421:3; 437:21
**certainty** 208:19; 392:18
**certificate** 287:8, 9;
288:8, 20
**certification** 39:23;
395:18, 20
**certified** 25:2; 50:24;
52:6; 396:10; 432:25;
433:2; 435:18; 436:6, 11,
22; 438:2, 16; 452:22
**chair** 216:5
**challenging** 35:20;
135:21
**chance** 264:23; 277:23;
290:17
**change** 67:18; 71:8;
209:6; 210:2, 18, 25;
211:14; 213:7, 12; 214:16,
19; 215:17; 217:10; 219:9,
17, 24; 320:17; 325:9, 11;
332:17; 415:17
**changing** 214:24
**chaos** 424:22
**characterization** 313:6;
314:3
**characterize** 292:8;
395:2
**characterized** 151:23
**charge** 31:8; 111:13;
195:24
**charges** 232:20
**chart** 277:8
**chasing** 450:6

**chauffeur** 407:2
**check** 413:6
**checked** 333:6
**checkpoint** 337:10;
338:3, 8, 20; 339:3, 11, 20,
24; 340:13; 406:5; 413:7
**checkpoints** 338:15
**cheered** 378:5
**Cherry** 125:18; 126:5, 10;
212:10, 10; 218:9; 220:15;
256:19; 416:20
**Chester** 60:14
**chief** 31:5, 6, 6, 6; 87:19;
186:21, 24; 187:3, 4, 6, 8,
12, 25, 25; 188:2, 17;
189:16; 190:2, 21, 25;
191:4, 8, 15, 25; 192:11,
14, 21; 193:3, 4, 7, 10, 24;
194:14; 195:7, 11, 16, 19,
19; 197:17, 23; 198:8;
202:24; 203:18, 22, 25;
204:18, 25; 205:3, 8, 25;
206:4, 24; 207:7, 15, 20;
208:2, 19; 209:15, 24;
210:4; 250:22; 252:5;
255:14, 14, 15, 22; 256:3,
8, 12, 12, 18; 257:13;
258:17, 18; 275:4, 6, 7, 11,
12; 276:22; 284:8, 11, 12;
288:21; 289:10; 290:19;
299:16; 306:22; 307:8;
308:4, 17, 21; 310:11, 16;
312:9; 316:18, 18, 19;
317:20; 333:2, 14, 17;
337:7; 340:19, 20; 341:7,
23; 348:7; 349:7, 10, 23;
384:21, 24; 385:2, 3, 5, 8,
10, 13; 386:10; 401:18, 19,
22; 402:2, 10, 15; 405:11;
407:24; 419:8, 23; 421:12,
15; 453:24
**chief's** 275:15; 404:13
**children** 427:12
**choked** 224:8
**Chris** 256:10; 375:22, 24,
25; 376:19, 22, 25, 25;
377:2, 13, 21; 378:5, 8, 11;
380:17, 22
**Christine** 5:11
**Christmas** 127:23;
129:18; 130:9, 13; 135:22,
25
**Christopher** 422:13, 20
**Chuck** 201:17
**chuckle** 206:4
**chuckled** 205:11, 12, 13
**church** 327:3, 15
**circle** 450:7; 462:15
**circles** 443:16
**circumstances** 242:14,
16; 459:15
**citizens** 334:8; 335:2;
379:8
**city** 113:11
**Civil** 23:21; 24:7, 16;
26:19, 22; 27:6, 25; 28:20,
25; 30:21; 32:2, 21; 33:5;

39:5; 43:20, 24; 44:5;
56:10, 18; 58:13, 17; 63:2;
65:2, 4, 17; 67:15; 163:24;
283:15; 287:15, 19; 299:5;
348:24; 377:18; 379:18;
393:24; 394:7, 11, 19;
395:11; 396:20; 432:14,
23; 434:14; 438:2; 440:23;
452:8, 18; 465:19, 22;
470:22

civilians 50:18; 234:19;
235:3, 5, 7; 236:19;
345:22; 396:7; 436:4, 11;
438:14

CJ's 202:8, 9
Claim 17:2, 8, 13; 22:18;
40:2; 73:19; 78:19, 25;
79:5, 14, 17, 21; 80:4, 6;
82:2; 210:17; 251:18;
260:15, 21; 319:2; 354:13;
383:9; 429:2; 458:11

claimed 101:22; 168:11,
14; 238:23

claiming 239:6; 434:16;
436:23

clarify 213:25; 222:7
class 271:6, 14
clean 91:25; 92:6, 14;
94:11; 192:20; 409:14;
410:7, 8

cleaned 199:14; 409:25;
410:5

cleaning 175:8, 9, 9;
176:9; 198:25; 199:2;
200:13, 15

cleans 92:11
clear 20:5; 31:11; 32:9;
34:13; 68:11; 84:11;
85:24; 104:13; 114:13;
118:19; 141:23; 156:8;
163:14, 16; 166:22;
168:22; 214:8, 13, 14;
232:19; 266:15; 295:19;
305:20; 307:20; 351:5;
357:8; 368:15; 396:19;
405:3, 8, 10; 445:21

Clemens 135:5
client 61:18; 77:3; 82:19;
84:18; 447:21; 448:18, 22

clients 76:21; 357:25;
358:17

clique 275:3
close 129:3; 166:25;
189:2, 3; 202:10; 257:2;
285:4; 309:14; 328:8, 8

closed 129:7
closer 179:25; 180:2, 3
clutter 199:21
cocaine 327:24; 328:3,
15; 330:12; 331:25;
359:17, 22; 360:8, 11, 17;
364:8, 11

code 322:18, 21, 23;
359:15; 392:5, 7

codes 355:20
Cohen 444:18; 451:2
Coke 185:24

colder 180:14
colleague 462:22; 463:4
Collier 263:20; 302:16,
19; 303:2, 4, 17; 305:21,
25; 306:13; 312:15;
314:19; 384:7

com 88:23
comfortable 449:13
coming 135:5; 201:7, 16;
202:7; 271:11; 305:12;
339:18; 441:20

commence 263:15, 24;
264:21; 265:21; 266:11,
21; 267:13

comment 201:12; 381:14
comments 269:3;
380:18; 389:13; 462:12
committed 22:12; 85:9;
87:5; 344:12

committing 247:6, 18,
22, 25

common 22:11; 47:5, 20;
182:13, 13

communicate 113:19,
24; 114:4; 117:21; 122:18,
23; 137:25; 138:10; 145:9,
23; 146:25; 159:23; 160:4,
15, 19

communicated 140:9;
141:14; 142:2, 13; 143:14;
146:20; 164:12

communicating 163:7
communication 74:7;
78:8; 79:7, 9, 22; 80:14;
81:17; 286:25; 289:24;
290:4, 8; 338:25; 339:8;
375:23

communications 38:17;
76:18; 123:22; 157:24;
219:25; 260:12; 335:16,
22, 25

community 291:4
company 10:10; 11:13;
171:17; 173:14; 174:3;
388:8; 412:20; 427:22, 24;
428:3

complain 105:13; 109:5,
8, 14, 16, 21, 24; 111:16;
112:13, 22; 113:14;
115:18, 21; 117:9, 15, 18;
119:9, 12, 23; 121:18;
122:8, 12; 123:9; 124:23;
136:21, 25; 137:12, 14, 22;
138:15; 159:7, 10, 22;
161:4, 8, 11, 14; 162:12,
15, 20; 167:2, 5, 5, 13;
175:6; 186:22, 25; 187:4,
7; 189:5, 7; 193:17;
194:22; 209:3; 212:2;
217:20; 258:24; 259:3, 6;
332:9; 339:7, 12, 25;
340:11, 18; 341:4, 22;
342:14; 396:20, 24; 397:2,
4, 11, 14; 401:16; 405:19;
406:9; 442:10

complainants 101:4
complained 86:16;

88:24; 93:20; 95:10;
100:15, 17; 104:2, 14;
105:16, 19; 111:20;
136:23; 137:4, 20; 174:11,
15, 16; 175:7, 22, 22;
176:5, 8, 10; 177:5;
178:25; 187:5; 189:20;
198:8; 218:7; 219:8;
279:6; 332:8, 11, 15, 19;
340:3, 8; 394:15; 397:22;
406:22

complaining 105:5;
116:15, 24; 118:21;
178:12; 198:10, 13; 396:3,
5; 406:13

Complaint 16:22, 23;
17:16, 20; 18:2, 16; 19:11;
20:5, 24; 21:9, 21, 22;
44:21; 49:3; 57:12; 88:4, 7,
11, 14, 15; 89:5, 6, 11, 18;
106:17, 20, 23; 110:4, 8, 9,
11; 161:20; 162:6, 10, 11,
24; 163:8, 18, 21; 164:2, 7,
14, 21; 165:12, 14, 18, 20,
23, 24; 166:9; 174:9;
178:24; 179:4; 188:16;
189:25; 190:11, 18;
194:13; 208:25; 219:3, 16;
262:15; 317:13; 334:19;
340:10, 22; 343:17; 344:3,
7; 416:5; 454:10; 460:13

complaints 85:7, 14, 16,
19; 86:3, 10, 12; 87:3, 9,
11, 14, 18, 22, 25; 88:5;
104:6, 21; 105:11, 23, 25;
107:8, 14; 120:10; 136:17;
137:2; 138:3, 5, 9; 158:24;
159:4, 23; 164:20, 25;
166:6; 178:7; 190:5, 20;
191:3, 8, 12; 198:21;
333:2; 395:23, 25

complete 356:18
completed 257:20
completely 76:13; 242:3;
265:15; 266:2; 296:10

compliance 26:18, 22;
27:7; 28:20

complied 359:3; 363:15
concentration 457:5
concept 231:17
concern 60:25; 164:12;
249:11, 12

concerned 36:23;
152:20; 205:25; 212:13;
306:4

concerning 28:2; 34:25;
35:12; 36:3; 38:7, 18; 39:3;
104:22; 105:2; 110:12;
115:7; 122:20; 123:16;
136:17; 141:16; 145:9;
150:22; 152:14; 153:5;
157:4, 9; 158:4, 19, 20;
160:4, 16; 163:25; 164:6,
13, 20; 165:13, 19, 23;
166:8; 169:3; 171:8, 15;
189:20; 190:6; 193:25;
194:15; 208:25; 210:17;
219:7, 25; 225:11; 270:16;
338:25; 382:22; 383:20;

385:19; 396:22
concerns 163:7; 332:4,
4; 422:9

conclude 290:24
concludes 471:20, 23
conclusion 351:21;
358:3, 12

conduct 85:9; 87:5;
105:4; 136:19; 161:21;
299:21; 361:8

conducting 232:24
confidential 54:21, 25;
55:6, 9, 20; 56:12, 20;
57:22; 58:10; 59:16, 20;
60:16; 65:23

confidentiality 62:4;
64:10

confirm 363:5
confirming 35:4
conform 113:12
confused 86:23; 465:5
conjunction 393:17;
408:22

connection 300:4;
454:16; 464:20, 24;
465:10

CONNOLLY 4:25; 5:3;
425:23; 426:3; 430:24;
471:4, 5, 13

conquests 470:3
consecutive 408:16
consider 49:16
considered 11:4
consistent 41:11
conspiracy 22:19; 30:3;
40:21; 42:10; 445:15;
451:17; 452:15

conspired 22:7; 344:4;
379:6; 453:10

conspires 49:24
conspiring 342:16;
380:12; 446:10

constantly 89:2, 12;
95:2, 11, 17; 103:19;
386:25

constraints 316:23;
317:6, 15

consultation 350:4, 7
contact 140:12, 13, 17;
145:24; 151:10; 306:14;
449:19, 23; 450:9, 23;
451:2, 7; 468:8

contacted 140:15, 23;
141:20; 142:16; 143:19;
144:24; 151:17; 169:9;
259:16, 18; 299:7; 303:25;
449:18; 468:24; 469:5

contacting 449:16
contend 385:23
contending 435:6
contention 58:5; 236:19;
237:16; 332:23

contents 447:7
context 47:15; 460:14
continuation 352:7

Continue 31:24; 304:24;
345:8; 356:3; 409:15, 20
Continued 183:17;
350:13

continuing 254:19
contradiction 365:9
control 18:5; 132:3, 5;
134:4; 177:3; 452:21
conversation 34:24;
35:7, 23; 36:2, 16, 22;
37:8, 12, 16, 20; 38:2, 7;
39:2, 8, 9, 17; 44:16;
46:19; 54:21, 25; 55:5, 20;
59:15, 23; 62:9; 65:19;
81:7; 89:3; 90:25; 91:7, 8;
92:8; 93:11, 19; 94:4, 5, 7;
95:15; 100:12; 103:17, 22;
149:11, 24; 150:2, 23;
151:6; 168:8; 219:2, 7;
273:14; 372:21; 383:7;
420:3; 426:14; 433:11;
466:22; 471:8

conversations 26:12;
28:11; 43:23; 56:11, 20;
143:10; 145:17; 166:16;
168:5; 169:11; 429:3
cooperate 425:11
cop 188:24; 207:16;
212:6; 312:9

copies 157:3
cops 25:4; 113:11
copy 20:23; 288:11;
324:9

Corallao 143:3
Corallo 99:23; 409:10;
410:11; 411:16

Cori 143:3
corner 89:21, 24
correctly 11:25; 24:2;
46:23; 53:23; 63:4; 86:6;
123:13; 131:25; 214:5;
230:25; 232:2; 233:2;
239:9; 259:15; 317:2;
334:12; 367:2; 371:8;
372:11; 456:8

Corrupt 320:2
corruption 147:6; 398:14
costume 426:17
Cottage 89:21
counsel 4:17; 448:15, 17;
456:18; 457:12; 459:12
counsel's 357:9; 462:13
count 424:20
County 5:9, 11; 23:21;
27:6; 43:19, 21; 55:11;
66:25; 70:2; 109:12, 22;
110:17, 22; 111:12, 14;
113:20; 115:3; 117:22;
118:8; 122:19; 137:23;
138:2, 11, 15; 140:9, 13,
17; 141:15, 25; 143:13;
144:10, 23; 145:8, 21;
146:14; 147:6, 23; 150:19;
151:17; 155:21; 158:10,
20; 159:14; 160:20, 22;
163:19, 24; 165:25; 166:7,
13; 168:6; 169:22; 259:5,

FRANK FIORELLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 47 of 64 PageID #:
5071

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

# D

15; 260:8, 13; 263:17, 20;
283:15; 287:15, 19; 299:4;
302:16, 19; 303:2, 4, 17;
305:21, 25; 306:13; 311:6;
312:10, 15, 16; 314:19;
340:15; 341:14; 348:23;
359:5; 384:7; 396:21;
397:5; 437:25; 438:2;
451:12

**County's** 55:14

**couple** 21:14; 141:24;
151:14, 15; 152:3; 163:12;
175:16; 206:20; 285:15,
18; 426:23; 462:23

**course** 18:18; 24:24;
94:6; 144:11; 370:8

**Court** 4:8, 13, 14, 16;
5:14; 17:25; 53:5; 147:20;
200:24; 201:7, 7, 16, 17,
18, 25; 202:6, 7; 213:23;
214:10; 237:22; 243:14,
15; 245:11, 16; 323:13, 14;
356:15; 447:5, 6; 458:8;
462:10; 463:24

**courtesy** 439:9

**Courtney** 5:4

**courtroom** 245:8

**cover** 161:25; 230:21;
231:2, 14, 17; 232:8, 10,
15; 233:13, 18, 20, 21, 25;
234:22; 237:13, 17;
258:12, 20, 24; 259:3, 7,
19; 260:4, 9, 17, 21, 25;
261:25; 415:9; 422:9, 15;
423:10; 424:4, 16

**covered** 232:4

**crappy** 191:9

**create** 114:17

**created** 107:20; 108:8;
109:20; 110:14; 112:15;
117:12; 118:14, 25; 390:6,
16

**creating** 109:3; 111:21

**crew** 103:8

**crime** 237:5; 248:10, 21,
25; 249:5, 8, 15, 18, 24;
250:6; 364:15; 416:24

**criminal** 232:19; 236:22;
359:6; 364:3, 24

**crying** 191:15, 25;
192:10, 13; 193:2, 4, 7, 9;
337:6

**cue** 256:15; 262:5, 7, 10

**cup** 399:11, 13, 15, 16,
20; 402:20

**current** 88:21; 427:3

**custody** 18:5; 177:2, 3

**cut** 246:17; 409:23

**cuts** 370:13; 371:3, 14;
472:22

**cutting** 447:6

**Cynthia** 450:23

**D** 338:23; 342:16, 22;
381:22

**DA** 109:12, 14, 16;
147:24; 171:8; 262:12;
335:22; 336:16

**DA's** 140:13, 17, 23;
142:13; 143:10; 336:8

**damaged** 354:23; 355:2

**damages** 53:19; 82:23

**Dan** 228:2

**dangerously** 405:20

**Danny** 226:15; 227:8, 12,
20, 23; 228:12, 19

**date** 72:24, 25; 82:2;
135:7; 261:15; 265:11;
268:12; 468:9

**dated** 79:14; 307:23;
308:5

**Dave** 261:17, 18, 21;
262:8

**day** 8:5; 9:3, 4; 11:3, 4;
12:18; 19:19; 41:7, 8;
48:18; 59:15; 68:21, 25;
69:3, 13; 81:3, 5, 16;
86:11; 99:22, 25; 127:8;
131:18, 19, 21; 133:18, 19;
174:13, 13; 175:10;
179:25; 180:2, 12; 182:8;
187:12, 15, 21; 192:16;
202:7; 209:19; 227:10;
237:12, 18; 240:19, 21, 23,
23; 241:19, 23; 242:9, 9,
22; 243:14; 247:5; 260:22;
277:22; 280:8; 283:19;
346:24; 387:2; 397:9;
411:21, 21; 412:19;
432:10, 12; 434:3; 444:25;
445:2; 446:2, 7; 449:14

**days** 13:5, 6; 38:12; 50:5;
55:13, 15; 56:25; 57:7;
62:10; 68:7, 11; 72:21;
79:11, 25; 80:10; 81:19;
171:24; 173:14; 209:11;
462:23

**daytime** 90:3

**deal** 143:21; 155:16;
237:10, 10; 246:25;
329:14

**dealer** 326:12, 15;
333:22; 334:24; 336:7

**dealing** 299:13, 24

**dear** 308:4

**death** 429:15

**deceit** 454:15; 464:18

**deceitful** 297:11

**deceitfully** 301:20

**decide** 323:14, 15

**decided** 68:14; 455:20

**decision** 33:7; 35:13;
36:3, 5, 8, 9; 38:18, 19;
66:7; 67:2, 12, 21, 25;
68:9, 12; 70:13; 350:4;
456:18, 23

**decisions** 34:17; 350:5;
470:23

**declar** 295:4

**declined** 203:17; 360:9

**Defamation** 366:3

**defamatory** 268:17;
269:3; 366:8; 389:12

**defamed** 377:6

**defect** 393:17

**Defendant** 5:2; 30:3;
292:13; 295:7, 20; 297:7;
319:24; 349:11; 350:15,
23; 353:7, 15

**Defendants** 4:7, 23;
5:10; 18:18, 23; 22:6;
348:22; 358:25; 366:7;
394:5

**defense** 364:20; 365:4, 6

**defined** 233:18; 394:11,
24

**definitely** 121:4; 399:15

**degree** 392:18; 393:9

**Dehnhoff** 408:18

**deliberately** 348:24

**delivered** 308:8

**deliveries** 412:21

**demonstrate** 43:14; 44:4

**denying** 55:19

**department** 25:4; 43:20;
48:7; 55:11; 67:13, 23;
69:25; 70:4, 14, 23;
109:25; 110:6, 11; 111:2,
5, 10, 10; 112:13, 18, 19,
20, 24; 118:2, 3; 119:5;
123:10; 124:7, 11; 125:4;
128:22; 143:13; 148:6;
149:7; 163:24; 164:5;
184:6; 232:4; 253:11;
263:18, 19, 21; 264:14;
265:12, 23; 270:16;
272:22; 273:12; 275:15;
277:5; 282:17; 287:20;
288:22; 292:9; 299:3, 5;
301:4; 302:9; 303:18;
306:18; 311:5, 8, 16;
326:25; 327:8; 341:24;
346:7; 366:20; 371:2, 22;
372:15; 376:13, 18;
377:11; 379:20; 384:10;
385:11; 389:14, 19; 390:5,
7, 11, 17; 391:5, 7, 14;
396:20; 422:10; 436:5, 14;
437:23

**departmental** 48:9

**departments** 69:20;
280:13; 283:7; 284:16;
285:7; 294:15

**depend** 311:16; 428:7

**depends** 182:3, 7; 428:9

**deportment** 311:15

**deposition** 4:3; 12:7, 10,
15, 24; 13:3, 10, 16, 20;
14:2, 8, 19, 25; 16:14;
38:13; 55:15; 84:10, 15;
99:7; 343:16; 432:13;
464:9, 13; 471:20, 23

**deputy** 31:5, 6

**dereliction** 336:20

**describe** 327:11; 386:16,
22

**describing** 74:17

**description** 139:20

**desire** 292:8; 301:3;
438:5, 10, 20

**desk** 202:2; 220:18;
256:8, 11

**desolate** 180:15; 187:17

**DeStefano** 450:23

**destroy** 22:7; 28:20;
30:5; 34:22; 40:8, 11, 18;
42:12, 15, 22; 43:15; 44:9,
23; 46:6; 47:6, 20; 49:7,
12, 25

**destroyed** 30:10; 32:11

**destruction** 30:25;
33:13; 40:2

**detail** 143:10; 210:5

**determine** 470:22

**DI** 82:3; 83:13; 467:21

**diagnosed** 393:16, 21

**died** 429:12, 12

**difference** 50:25; 307:13

**different** 76:2, 23;
129:14; 234:13; 242:3;
338:14; 390:7; 428:10, 11;
448:14; 459:10, 14, 15;
463:17

**digest** 456:15

**direct** 20:19, 20; 22:16;
63:4; 352:22; 403:22;
405:6

**directed** 216:14, 15;
338:2, 7; 339:2, 9; 403:7;
430:10

**direction** 85:10; 87:6;
89:23; 325:13, 22; 361:19

**directly** 82:21; 110:3;
380:14

**disagree** 61:17

**disciplinary** 164:11;
190:17, 19

**discipline** 206:25

**disciplined** 207:20, 24;
208:5, 8, 13

**disclose** 77:18; 395:2

**disclosed** 66:7; 394:9

**disclosure** 66:25

**discovered** 45:9, 20

**discuss** 63:6; 144:2;
418:18; 429:16

**discussed** 80:19;
162:19; 169:21; 228:15;
440:4

**discussing** 113:22;
114:2, 7; 117:25; 122:10;
144:22; 391:3; 418:13

**discussion** 439:19, 23;
440:15

**discussions** 44:6;
418:25; 420:6; 424:25

**disease** 393:17

**disgrace** 341:25; 342:2

**disgusting** 415:4

**dishonest** 366:14;
375:20; 378:13

**dislike** 442:2

**disliked** 275:3; 277:12;
278:6

**disparaging** 269:3

**dispatcher** 376:2

**dispersion** 463:15

**disregard** 360:22

**disregarding** 275:19

**dissatisfied** 443:4

**distinguish** 285:5

**distraught** 389:6; 400:22

**District** 4:8, 8; 109:22;
113:20; 117:22; 122:19;
137:23; 138:2, 11, 16;
140:10; 141:15, 25;
143:13; 144:10, 24; 145:8,
21; 146:14; 149:10, 13;
150:19; 151:18; 152:14;
153:4; 154:23; 155:2, 21;
156:22; 157:2, 7; 158:10,
20; 160:20; 166:7, 13;
168:6; 169:2, 8, 22; 259:6,
16; 260:13; 397:5; 451:15,
19; 452:13, 25; 453:7, 9;
466:23; 468:8

**divorced** 427:7; 432:8

**dock** 201:18; 410:8

**document** 37:19, 24;
177:2; 315:20; 316:25

**documentation** 156:23,
25

**documents** 45:21; 177:8

**Dolan** 266:25; 267:6

**domestic** 398:17, 20

**domino** 396:15

**Donahoe** 303:13; 304:2;
384:8, 11, 11, 14, 17, 21,
24; 385:2, 8, 9, 10, 15, 18

**done** 15:24; 30:17; 32:13;
58:23; 74:21; 120:12;
240:17; 275:21; 344:18;
356:2; 361:25; 362:24;
382:8, 13; 398:5; 425:19;
446:19, 19; 447:25; 448:8

**Donovan** 5:7

**door** 129:4; 4, 8, 8, 25;
184:25

**doors** 202:11

**double** 254:11

**doubt** 208:22, 23; 470:4,
6, 10

**Doug** 179:19, 21; 229:13,
15, 20; 230:4; 231:3;
235:24

**down** 23:6; 45:24; 93:5,
12; 94:16; 148:15; 160:12;
165:6; 220:18; 238:10, 11;
246:19; 282:11, 13; 307:7;
316:9, 19; 317:4; 363:2;
369:17; 400:9, 14, 15, 17,
25; 448:24

**drafts** 17:20

**drag** 186:3, 6, 7

dragged 186:2
drank 399:14, 17
drew 426:15
drink 186:19; 399:13; 400:8
drinking 89:2, 12; 93:20; 95:2, 11, 17; 100:16; 101:7; 103:16, 19; 104:3; 107:19, 25; 108:8; 109:2, 20; 110:12, 13; 111:21; 112:15; 115:19, 22; 116:15, 17, 25; 117:12; 118:14, 25; 119:10, 25; 120:15, 23; 123:16; 124:22, 24; 161:25; 174:16; 175:3; 176:6; 178:6; 179:2; 185:20, 21, 22, 23; 189:12; 193:18; 194:2, 15; 198:9, 15, 20; 202:8; 234:25; 236:23; 332:20, 21; 399:15; 402:21; 417:15
drive 126:4; 172:16; 337:9; 338:2, 7, 15; 339:3, 9
driver 9:15, 16; 11:12, 13; 100:21; 103:9, 13; 171:18; 172:4
driver's 288:11
drivers 172:2
driving 171:24; 172:17; 340:4, 5, 12
dropped 169:24; 330:4
drove 174:4
drug 178:15; 179:15; 181:5, 8; 326:11, 15; 327:10, 12; 329:14; 333:22; 334:23; 336:6; 355:22; 360:8; 361:14
drugs 324:24; 327:6; 330:6; 333:8, 13
drunk 185:5, 12; 202:14; 203:6
dry 246:18
due 311:18; 312:20
duly 5:17
during 18:18; 24:24; 55:15; 56:7; 61:2; 65:12; 67:11; 90:3; 93:11, 19; 94:6; 98:2; 99:7; 104:9; 151:6; 286:22; 411:14; 416:11, 21; 417:13; 418:3, 4, 25; 419:22; 421:16, 16
duties 311:11
duty 90:5; 95:15; 101:8, 10, 12, 17, 24; 102:5, 8; 116:17, 21; 117:3; 125:21; 168:12, 14; 170:4; 178:15; 179:7; 180:19; 181:23; 182:16; 200:24; 216:25; 254:12, 13; 328:11; 336:21, 23; 340:17; 341:15; 342:6, 13; 404:10; 407:15, 18; 409:12
Dyer 398:15, 18; 409:10; 410:11; 411:16

# E

E 381:8, 10, 18, 19; 382:6, 9, 13
E.L 21:11; 308:2; 315:18
earlier 71:2; 95:9; 230:10; 270:6, 8; 279:6; 349:18; 426:4; 427:10; 430:4
early 228:5; 398:14
earn 172:21; 173:4
easier 21:24
Eastern 4:8
easy 243:20
eat 411:4, 5
Ed 4:15; 370:3, 24; 429:4
Eddie 33:22; 62:19, 22; 74:12, 17, 24; 75:8; 148:13; 170:22, 23; 261:7; 312:16; 338:11; 369:10, 10, 13, 18, 22; 430:10; 436:21
education 241:15
Edward 4:5; 307:24; 316:10, 20
effect 75:3; 197:14; 396:15; 430:6
effort 250:9; 450:4, 13
efforts 250:6
eight 180:21; 409:5, 5, 5
eighth 270:7; 393:23
either 31:5; 51:5; 62:19; 63:24, 25; 64:11, 18, 22; 65:9; 157:24; 165:4; 171:9; 172:15; 180:11; 187:13; 240:2, 22; 242:8; 301:12; 416:22; 417:20; 420:5; 442:13
elapsed 80:22
Eleventh 357:18
elicit 451:17
else 25:20; 36:12; 40:24; 90:20; 92:2, 4, 16; 93:18; 112:22; 118:23; 129:5; 148:15; 149:9, 20; 158:2, 14; 172:12; 176:4, 15; 178:4; 205:13; 206:23; 208:13; 210:13; 213:25; 216:25; 217:8; 218:12; 219:12; 225:13; 231:5; 233:3; 241:24; 257:9, 11; 277:23; 280:2; 284:7, 15; 287:22; 313:23, 24; 321:7; 334:9; 337:8, 11, 14, 22; 338:6; 342:14; 367:16; 370:11, 19; 415:18; 422:23; 446:10; 449:11; 471:10
Elyse 230:8, 9, 14, 19; 231:3; 236:4; 426:6, 18
email 157:18, 22
emailing 157:24
emails 157:16, 19
embarrassing 342:3
embarrassment 342:5
emergency 183:18;

355:19
Empire 75:23
employed 11:13, 19; 96:16; 97:2, 23; 99:13, 17; 427:19
employee 9:20, 21; 10:18, 22; 11:8; 66:24; 150:20; 164:17, 19; 280:5; 291:5; 348:18; 352:17
employees 291:14; 292:16; 381:11
employer 312:8
employers 263:16; 266:9; 292:16; 295:15, 23; 309:19, 25; 310:20
employing 97:5
employment 18:19; 34:16; 70:16; 85:4; 174:2, 13, 14; 180:2; 263:15, 25; 264:12, 16; 265:22; 266:11; 269:7; 292:10, 15; 294:18, 22; 295:8, 12, 21; 297:9; 310:12; 311:3, 17; 315:15; 316:14; 319:5, 14; 320:11, 25; 325:19; 346:6; 359:2; 394:6; 397:9; 428:18, 20; 434:11, 19; 435:3, 8, 15; 436:8, 25; 437:5; 438:21; 439:14; 440:12, 17; 441:3, 6; 453:16, 18; 454:2
enabled 434:18; 435:2, 7, 14; 436:24; 437:4
encompassed 117:6
encounter 407:3, 8
end 71:19; 90:21; 131:18; 141:5; 186:22, 25; 187:18; 212:6; 229:8; 250:22; 251:9; 254:5, 15, 18, 20; 255:2; 269:13, 18; 273:13; 338:16; 419:2; 442:25; 450:18; 466:15, 18
ended 134:4, 5; 228:22; 254:14, 16; 311:17; 356:17
ends 71:11; 144:14; 213:14; 291:24; 356:7; 415:19
enforce 322:21; 334:15; 336:6; 341:7, 9
enforced 33:5; 322:21
enforcement 282:19; 283:8; 302:10; 306:14; 312:23; 313:8; 314:5, 17, 20, 24, 25; 318:23; 319:8, 16, 17; 346:22; 347:2; 359:4; 366:15; 385:22
enforcing 333:15; 359:11
engage 33:11
engaged 22:17; 30:4; 34:24; 39:25; 42:10; 68:18; 69:6; 76:9; 360:7; 445:14; 467:22
engaging 320:4
England 410:20
enough 61:8; 185:16;

206:13; 275:16; 456:16
ensure 19:5; 24:6; 27:25; 28:19; 334:7; 343:20
ensuring 25:15; 26:18, 21; 27:7; 29:22
entails 52:19
entered 311:6; 369:21
entering 369:23
entertain 441:22
entire 118:24; 347:6
entirety 219:6
entities 266:10; 296:9; 314:16
entitle 348:17
entitled 262:21
entity 11:14; 174:2; 263:25; 382:16; 383:8, 19, 20, 25
entries 390:8
especially 55:10; 77:5
essentially 169:25; 232:22
established 141:21, 22; 223:14; 231:10; 276:13; 318:21
et 4:5, 7
Eve 131:17
even 7:14; 39:12, 14; 49:19; 76:13; 77:12; 119:16; 121:8; 135:15; 143:22; 172:23; 188:13; 223:22; 238:10; 273:12; 274:5; 291:20; 302:14; 333:14; 334:3, 6; 335:13; 351:24; 360:15, 16; 364:10; 372:2; 388:14; 389:7; 431:14; 437:25; 441:19; 444:20; 446:18, 19; 451:4; 456:15; 465:4; 467:10, 11, 12
evening 228:2, 5; 230:11; 243:16; 420:7; 421:16
events 81:2; 223:7; 229:21; 243:16; 408:24
Everybody 148:14; 256:9; 368:18, 22; 450:17
everybody's 182:10
everyone 231:5; 367:10, 23
evidence 40:10, 14; 42:13, 17, 18, 25; 43:9, 13, 25; 44:6, 18; 45:6, 16, 25; 46:12, 14; 250:2; 297:20; 298:5; 301:18; 438:18, 23; 439:10
exact 12:18; 93:16; 95:20; 443:20
exactly 24:19; 35:11; 39:7; 66:3; 80:25; 88:19; 93:23; 119:18; 132:4; 173:9; 179:23; 189:15; 217:18; 237:9; 247:4; 267:22; 272:18; 273:15; 281:5; 283:4; 304:11, 18; 317:21; 376:24; 377:7; 393:22; 443:23

EXAMINATION 6:8; 426:2; 431:2; 471:3
examined 5:18
example 129:23; 190:23; 398:13; 402:4
examples 129:14; 130:5, 21; 135:2, 20, 24; 136:7, 22; 137:3; 175:18; 176:21
exams 50:21; 58:20; 432:24
except 4:23; 303:23
exceptions 182:14
excess 18:11
exchange 327:23
exchanged 333:13
Excluding 119:6; 124:6, 9
Excuse 43:12; 61:24; 104:24; 130:17; 261:11; 346:23; 355:23; 398:25; 435:21
Executive's 451:12
exhaust 450:19
exhausted 69:23; 283:2; 446:14
exhibit 307:21
Exhibit-1 21:10, 12
Exhibit-35 315:17
Exhibit-8 307:25
exists 43:13
exited 369:21
exiting 369:23
expect 273:23; 274:17
expecting 34:6; 268:9
expense 305:10
experience 85:4; 124:15; 197:21; 241:12, 16; 242:12; 316:15
explain 23:4; 47:15; 92:5; 108:3; 139:18; 201:2; 220:12; 234:24; 298:2; 303:7; 322:11; 345:17; 358:8; 404:19; 447:5; 448:19, 19; 461:24
explained 55:7; 113:10; 216:11; 271:12; 398:18; 469:12
explaining 15:20
explanation 303:10; 348:3, 4; 404:6; 461:25
exposed 353:9, 17
expressed 452:16
expressing 429:17
expression 193:9
extent 27:23; 77:4; 78:11; 176:20; 350:2, 3; 372:20; 379:9; 439:21
eye 363:25

# F

F 186:12
face-to-face 81:11, 15, 24

**facilitate** 336:20

**fact** 7:14; 19:11; 27:11; 30:24; 33:4; 34:23, 25; 39:17, 21; 50:4; 52:20; 54:10; 57:17; 58:5; 63:10; 65:16; 121:7; 152:15; 170:8; 175:18; 179:5; 223:6; 239:9; 241:25; 243:15; 259:14; 260:11; 268:21; 278:20; 282:25; 283:18; 301:16; 308:23; 313:9; 316:9; 317:9; 332:24; 334:14; 338:25; 343:15, 19; 347:12; 361:13; 363:15, 22; 366:25; 393:7; 405:4, 5; 418:19; 445:24; 460:10

**facts** 32:7; 276:9

**failure** 28:19

**fair** 12:21; 55:23; 185:16; 186:11; 195:7; 260:11; 313:6; 314:2, 3; 410:4; 456:16

**faith** 84:22

**falling** 279:23; 280:2

**false** 454:14; 464:18

**falsify** 214:23; 215:11; 320:9, 23; 321:18, 19, 25; 322:3, 16; 325:2, 8, 17; 326:5

**falsifying** 321:10

**familiar** 74:24; 143:4; 162:4

**far** 62:14; 75:15; 139:18; 152:18, 24; 157:16, 20; 193:11; 210:2; 219:14, 16; 283:4; 309:12; 328:6; 337:3; 356:3; 375:16; 401:11; 424:5; 452:21

**Farmingdale** 6:2

**father** 181:10; 323:3, 7; 429:12

**favorably** 381:14

**fax** 412:8

**faxed** 288:10

**FBI** 347:9, 24

**February** 4:10; 97:21; 171:20; 471:24

**federal** 17:25; 18:9; 165:24; 237:22; 463:24

**feeding** 399:6; 400:7

**feel** 135:21; 190:9, 12; 203:24; 211:25; 395:7, 9; 449:13, 22

**feeling** 331:17

**fees** 100:5, 6

**feet** 328:13, 13; 329:2

**fell** 280:8

**felony** 359:20; 360:3

**felt** 58:24, 24; 75:13; 135:18; 149:17; 189:4, 7; 206:13; 261:25; 267:19, 21, 23; 312:17; 341:22; 342:2; 442:18; 446:13, 15; 449:10, 16, 25; 450:8; 451:16; 452:14

**ferry** 170:9; 255:18, 19; 256:3; 338:22

**few** 50:5; 56:25; 57:7; 62:9; 68:7, 11; 72:21; 173:13; 176:18; 256:17; 345:22; 398:7; 416:3; 431:5

**field** 179:24; 282:19; 313:8; 314:5; 318:23; 319:8, 9; 346:22; 347:2; 401:11

**Fifteenth** 262:20

**fight** 100:19; 101:13, 14; 138:18; 149:18; 150:5, 13; 154:25; 155:5; 170:24; 175:24; 176:12; 211:5, 9; 219:14; 221:24; 222:9, 11; 233:6; 239:3; 256:14; 396:12; 412:6, 23; 414:5, 16; 419:6, 9, 14; 420:5, 24; 421:2; 422:9, 19; 424:18

**fighting** 233:15

**figure** 130:24; 173:11; 183:20; 217:8; 280:11

**file** 16:22; 17:2; 80:4; 203:9, 20; 204:2; 220:19, 22; 401:5

**filed** 17:13, 17, 21; 19:6, 10, 19, 24; 20:6, 24; 21:2; 44:20; 73:18; 78:19, 20, 25; 79:18, 22; 80:5, 6; 81:5; 162:11; 237:23; 283:14; 317:10; 343:17; 344:9; 345:14; 401:8; 428:25; 429:2

**files** 199:22

**filing** 16:21; 17:25; 18:9; 51:25; 191:18, 19; 199:16; 201:19; 202:15; 203:4; 204:6, 8, 11, 20, 23; 205:5, 9, 18; 206:21; 207:3; 398:20; 408:22, 24; 410:6

**filled** 315:25; 316:3; 399:21; 454:5

**film** 200:17

**find** 150:8; 210:15; 235:11; 250:9; 273:10; 279:17; 280:25; 312:19; 437:7

**fine** 21:19; 22:22; 42:9; 47:3; 74:5; 83:9; 84:3; 92:10; 102:9; 103:22; 127:20; 134:7; 146:7; 147:20; 150:6; 152:6; 180:7; 181:12; 183:19; 184:8; 189:18; 201:13; 238:21; 276:12; 282:24; 286:8; 290:12; 296:24; 304:10; 325:12; 333:13; 348:4; 357:10; 359:16; 374:19; 376:17; 379:15; 390:14; 397:21; 420:10; 435:25, 25; 449:4; 457:15; 458:6, 18; 467:19, 25

**finish** 15:6; 16:2, 4, 8; 36:19; 160:9; 163:12; 201:10; 202:6; 235:20; 356:18, 22; 435:23; 446:22, 23; 447:3, 10, 14,

24, 25; 448:23; 449:6, 8; 453:5; 464:8, 12

**finished** 387:5, 6; 436:9

**Fiorillo** 4:4; 5:16, 22; 6:10; 21:9; 44:17; 54:20, 24; 66:16; 67:9; 85:3; 101:20; 102:14; 105:10; 144:21; 170:15; 195:10; 292:7; 307:25; 311:3, 5, 12; 315:17; 353:20; 398:15; 416:2; 417:13; 420:2; 426:4; 439:3; 449:20; 471:7, 24

**Fiorillo's** 311:17

**Fiorillo-1** 21:8

**Fiorillo-35** 315:14

**Fiorillo-8** 307:21

**fire** 31:16; 32:15; 33:8; 35:13; 48:21; 51:5; 93:9; 94:24; 96:6; 99:5, 9; 100:14; 184:6; 196:11, 16; 207:4; 278:12; 352:17

**firearm** 370:15; 437:23

**fired** 8:5; 29:17; 31:8; 33:18, 21, 21, 22, 23, 24; 34:7, 11; 36:8, 24; 48:19; 59:2, 3; 62:23; 70:18, 25; 75:15; 86:2; 97:9, 14; 98:6, 18; 99:9, 22, 25; 104:20; 127:8; 131:22; 138:4; 146:15; 147:2, 24; 149:12; 150:23; 151:10; 152:24; 167:15; 196:20; 208:11, 15; 232:17; 241:7; 260:15; 261:14; 267:2, 14; 271:2; 274:4, 13; 277:21, 25; 278:20; 279:2; 281:23; 282:22, 24; 283:9, 19; 293:5, 6, 10; 307:8; 371:12; 372:16; 374:12, 13; 376:13; 378:2; 380:10; 386:19; 387:9, 15; 390:23, 24, 24; 395:21; 396:9; 408:10; 434:23; 437:11, 12, 12; 444:4; 449:14; 450:21; 452:8, 23; 455:3, 7

**firing** 150:3, 12; 151:23; 277:16

**firm** 4:12; 5:6; 17:9, 10, 11, 12, 15; 72:23; 74:10; 75:4, 9, 12, 20, 25; 78:4, 6, 9; 79:8, 23; 80:15, 17; 81:8; 145:20; 146:5, 7, 8, 21; 267:3; 468:24; 469:6

**first** 5:16; 7:4; 10:3; 14:24; 30:19; 55:7; 71:19; 74:6; 76:20; 77:5, 11, 13; 78:7; 79:6, 22; 83:10; 88:9; 91:11; 93:9; 94:23; 96:3, 6; 97:21; 99:12, 16; 107:22; 108:11, 15, 17; 109:19; 131:19; 141:13, 25; 142:25; 146:11, 11, 20; 147:22; 149:11, 24, 25; 150:23; 151:6; 155:16; 169:8, 23; 174:12; 179:25; 185:17; 188:21, 23; 253:15, 20; 254:14, 21; 255:3, 6; 277:16; 282:20;

316:12; 323:6; 341:5; 346:6, 20, 24; 364:9; 369:11; 385:16; 396:3; 400:5; 406:12, 21; 418:4; 419:2; 425:23; 434:4; 441:15; 449:19; 456:16; 458:19; 468:7, 14; 469:8, 13

**firsthand** 20:14, 18; 378:20

**Fishbein** 5:6

**five** 40:22, 25; 41:9, 17; 42:2; 145:12, 14; 153:4; 166:12; 168:25; 177:25; 292:5; 328:13; 329:2; 343:16; 352:24; 356:8; 404:25; 429:20; 434:23

**fixed** 456:12

**fled** 422:8, 18

**floor** 245:14

**Florida** 263:20; 303:22; 305:11

**flow** 82:23

**focus** 141:12; 457:7

**focused** 85:14

**focusing** 455:18

**folder** 256:19

**follow** 34:19; 45:12; 206:6, 9, 10, 15, 24; 207:9, 17; 208:2, 3; 218:14, 22, 23, 24; 276:3; 376:4; 419:20

**followed** 45:14; 207:6; 276:4; 364:17

**following** 25:10; 28:2; 54:19; 218:3

**follows** 5:19; 22:5; 394:4

**foot** 182:10

**forget** 197:7

**form** 15:10, 11, 23; 16:13; 107:22; 108:11, 15; 258:10; 283:15; 287:15

**formal** 245:15; 454:2

**formed** 40:17; 42:12, 15, 21; 43:14; 44:8, 22; 46:5; 47:5, 20; 105:12, 24; 108:7, 20, 25; 109:19; 114:6; 238:4

**forms** 40:16

**forth** 20:9; 22:6; 23:20; 43:24; 87:13; 157:17; 245:22; 246:15; 263:14; 319:24; 348:22; 351:16; 358:25; 380:24; 386:11

**forward** 50:19; 51:3; 295:5; 343:10; 459:6

**forwarded** 183:2; 300:12

**Foster** 272:2, 3; 273:18, 22; 279:11; 280:19; 281:7; 297:4; 301:17, 21; 313:12, 13; 382:22; 383:5

**found** 24:25; 75:4; 101:19; 292:21, 24; 362:16, 21; 455:16

**four** 18:10; 21:2; 128:12; 149:7; 180:5, 23, 24;

213:19; 263:10; 291:25; 294:15; 296:9; 328:13; 369:5; 404:24; 438:13

**fragment** 125:4; 128:23

**frame** 450:20, 21

**Frank** 4:4; 5:16, 22; 59:4; 202:12; 311:3; 471:23

**fraudulent** 297:10

**frequenting** 116:13; 195:21, 21

**friction** 436:14

**Friday** 199:7; 458:9; 460:19

**friend** 271:5

**friends** 189:3

**friendship** 188:25

**frivolous** 441:21

**front** 189:10; 242:19; 275:20; 410:11, 21; 426:11

**fulfill** 267:17

**full** 205:18; 270:22; 271:21, 22; 387:24; 388:5, 7; 439:21

**full-time** 66:24; 124:16

**functions** 311:11

**fundamentally** 84:2

**fundraiser** 99:24; 100:2, 4

**funny** 61:9; 388:20

**further** 47:15; 68:3, 5, 15, 18; 69:7; 70:10, 12; 295:14; 298:2; 343:8; 361:23; 362:2; 417:19; 471:2, 14

**furtherance** 22:13

**futile** 450:4, 9, 13

**future** 310:20; 448:7

**fuzzier** 371:20

## G

**Gary** 88:8, 24; 90:23; 93:3; 97:13, 17, 22; 98:9; 108:18; 125:13; 130:4; 221:19; 223:3, 6, 16; 231:2; 232:11, 17; 233:4; 234:16, 22; 235:7; 236:15; 238:14; 246:4, 22; 253:16; 254:21; 255:3; 256:11; 262:5, 6, 8; 380:9, 12, 13; 414:15; 417:16, 21; 418:10, 11, 19; 419:3, 5, 9, 13; 420:7, 23, 25; 421:7, 13, 21; 426:12, 15; 436:16

**gave** 105:19; 135:16; 136:11; 156:21; 175:16; 176:18; 207:11; 220:21; 230:15; 231:5; 233:21; 234:14; 236:15; 256:18; 272:25; 280:6; 282:15; 288:21; 301:21; 304:2, 6, 25; 324:25; 327:25; 347:14; 348:8; 371:11; 372:24; 373:4; 385:9; 414:6; 434:17, 21; 442:19



**gem** 330:3

**generally** 104:19;
144:22; 174:24; 404:22;
423:6

**generically** 193:2;
231:19, 20, 21

**gentleman** 268:2, 15

**gentlemen** 195:12

**gentler** 371:2, 21, 21, 22;
372:13

**George** 5:2; 8:23, 25;
24:12, 17; 30:19, 24; 31:3,
14; 34:4; 40:22; 44:12;
48:7; 49:15; 57:2, 4, 8, 19;
58:6; 59:24; 60:2, 7, 12;
61:4; 62:23; 85:16; 86:12;
87:15; 99:23; 105:13;
115:18; 125:14; 135:16;
136:8; 143:17, 18; 148:9;
149:17; 166:15; 170:24;
171:6; 188:23; 190:13, 14;
194:25; 209:5; 212:8;
218:9; 220:19; 230:15;
232:7; 256:7, 11; 273:21,
25; 275:8, 10, 22; 281:15;
289:22, 25; 290:6, 10, 24;
291:9, 13, 17, 20; 316:6,
15; 326:18; 329:4, 17, 21;
330:8, 9; 331:20; 332:6;
335:3; 339:9; 343:20;
344:4; 349:13; 380:17;
390:22; 391:2, 4; 401:16;
407:2; 408:13; 409:10;
412:5; 414:16; 415:8;
432:22; 433:9, 13, 19;
434:17, 21; 435:2, 7, 14;
436:2, 25; 437:4, 7, 9, 14;
439:20; 445:15; 446:4, 8;
451:17; 452:15; 453:2, 11;
469:9; 470:2

**George's** 220:18

**Gerden** 261:17, 18, 22;
262:3, 8

**gets** 216:8; 311:10

**Gilbert** 138:22; 139:5;
141:2, 17; 142:6, 12, 14,
19; 143:15; 145:2; 153:15;
155:15; 168:16; 170:24;
171:9; 336:13; 468:6

**Gilly** 4:20; 75:4

**girls** 330:7

**Given** 103:13; 154:14;
155:20; 233:17; 242:12;
267:25; 268:11; 278:6, 19,
19; 298:10; 301:15;
361:18; 362:11; 453:18;
461:24

**gives** 276:25; 277:2

**giving** 43:6; 154:19, 22;
155:4, 12; 305:5; 400:11,
24; 434:25

**glass** 200:16; 399:8, 10

**glasses** 399:7

**glazing** 328:5

**glowing** 311:22

**God's** 388:21

**goes** 82:21; 143:22;

220:22; 224:25; 271:13;
295:13; 342:13; 373:4;
415:3

**gonna** 202:16, 24;
203:22; 323:12

**good** 75:11; 84:22; 91:18;
186:20; 201:15; 212:9;
267:11; 274:18, 19; 278:7,
19; 298:16, 17, 21, 22, 23;
300:25; 301:5; 306:7;
312:2, 9; 333:10, 12;
383:15; 392:14; 413:14;
414:12; 430:3; 450:21

**goods** 311:10

**GOODSTADT** 4:19, 20;
6:6; 7:11, 17; 9:22; 10:19;
12:9, 12; 13:11, 17, 22;
14:3, 6, 10, 20, 24; 15:6,
12, 19, 24; 16:6, 9, 17;
17:10; 18:14; 19:2, 17;
21:4, 16; 22:20; 23:11;
26:3, 24; 27:3, 10, 22;
28:4, 14; 31:17; 36:19;
38:11, 21; 40:13, 19;
41:19, 21; 42:6, 16, 24;
43:17; 44:10, 25; 46:7;
47:8, 22; 49:8; 51:17; 52:3,
12; 53:3, 7, 13; 54:2, 8, 14;
56:5, 13; 59:4, 8; 60:17,
20; 61:13, 22; 63:8, 14;
64:13; 65:24; 66:15, 21;
69:8; 72:12, 18; 73:2, 5,
13, 17, 25; 74:7; 75:5;
76:6, 8, 22; 77:8, 17, 21;
78:10; 82:3, 7, 13, 17;
83:2, 7, 13, 17, 23; 84:4, 8,
20, 25; 85:17; 96:19; 97:3,
24; 98:21, 25; 104:12;
106:24; 115:10; 119:3, 7;
121:22; 123:4; 124:5;
126:13; 127:13, 17;
129:16; 130:7; 132:24;
134:12, 14, 16; 139:7;
145:25; 146:4, 6; 149:23;
151:8, 21; 152:2, 7, 11;
156:7, 12, 17, 19; 160:9;
162:7; 164:15; 169:13;
173:19; 177:24; 194:5;
195:14; 196:14; 201:8, 11,
14; 210:20; 215:8; 222:20;
234:5, 12; 240:6, 14, 24;
242:4, 6, 11; 243:17;
244:9; 247:8, 14; 265:17;
266:4; 278:9, 21, 23;
292:11; 294:20; 296:11,
13, 16; 297:16; 298:15, 19;
301:9, 13; 310:22; 311:21,
24; 312:12; 313:5; 322:4;
325:23; 330:21; 333:3;
334:20; 338:5; 339:5;
342:8, 24; 343:4, 22;
344:21, 23; 345:4, 19;
349:8, 25; 351:4, 13, 15,
19; 352:8, 10; 353:23;
354:7, 19; 355:12; 357:15;
358:2, 7, 11, 19; 359:9;
361:22; 362:3, 19, 25;
363:19, 24; 364:4, 16;
365:2, 12; 366:18; 378:15;
379:23; 390:19; 391:21;
392:12; 394:16, 23; 395:4;

399:4; 405:2, 9, 22;
409:19; 413:20, 23;
421:14; 423:11; 424:19;
430:8; 431:12; 432:3;
435:4, 10, 21; 438:7, 22;
439:16; 442:4, 20; 443:5,
11, 15, 22, 23; 445:17, 20;
446:18, 22, 24; 447:2, 14,
17, 20, 23; 448:12, 16;
449:2, 6; 456:19; 457:13,
19, 24; 458:3, 16, 20;
459:9, 13, 19; 460:2, 5, 8,
22; 461:4, 7, 13, 17, 22;
462:2, 6, 16, 20; 463:10,
21; 464:5, 10; 465:2, 12,
17; 466:4, 10; 467:14, 15,
21; 468:15, 18; 469:2;
470:7, 11, 25; 471:15, 19

**Goodstadt's** 17:9, 11,
12, 15; 72:23; 74:10

**Googled** 75:2

**gotta** 201:25; 202:18, 19,
20; 414:2

**governing** 359:4

**government** 147:5

**governmental** 394:10,
12, 22; 395:3

**grabbed** 415:2

**graduated** 311:7

**Graff** 462:22; 463:15

**grand** 154:14, 19, 22;
155:4; 158:9, 18

**GRAY** 5:5, 5

**Great** 33:10; 46:15; 47:3;
383:19

**greeted** 91:9

**grounds** 76:17; 83:16,
17; 363:8

**group** 137:14; 147:5;
369:2; 431:20

**guarantee** 462:5, 9

**guard** 428:2; 429:10

**guard's** 310:9, 14

**guess** 9:24; 80:12;
156:13; 218:5; 330:23;
467:11

**guilty** 237:4, 8, 19; 238:4;
239:21; 240:12; 241:3;
242:22; 243:4, 11, 14;
244:8, 24, 25; 246:18, 20,
22; 247:3

**guy** 262:5, 7, 9; 278:11;
279:11; 281:4

**guys** 65:8; 94:23; 96:6;
182:6, 7; 195:2, 8; 202:17,
18; 373:25; 410:20;
419:12; 422:15

# H

**H-A-R-R-I-G-A-N** 113:3

**Hal** 100:18

**half** 399:18; 458:17;
460:12

**halfway** 447:7, 7

**hall** 99:5, 9

**Halloween** 100:18;
101:11, 21; 102:2; 103:15;
107:4, 7; 119:22, 24;
120:4, 11; 122:7; 123:24;
125:5; 126:7; 127:5, 6;
128:8, 9, 18; 134:24;
138:18; 139:4; 140:11, 14,
18; 141:16, 22; 142:4, 12;
143:15; 149:18; 150:5, 13;
154:25; 155:5; 171:9;
175:23; 176:12; 209:2, 8;
210:2; 212:11; 219:14;
231:20; 232:4; 240:3, 10;
248:7, 12; 253:17; 259:10;
261:24; 320:15; 321:4, 23;
322:2; 326:3; 380:7, 10;
396:12; 412:6, 23; 414:5;
415:10; 416:11; 417:17;
426:5, 7, 16

**hand** 202:13; 328:15;
330:11; 412:22

**handcuffed** 153:25

**handed** 220:19

**handle** 182:24; 355:21

**handled** 24:15; 193:24;
232:25; 395:12, 13;
445:12

**handles** 147:5

**handling** 25:3

**hands** 136:8; 329:19

**handwriting** 317:5

**hanging** 102:15, 18, 22,
25; 331:12

**Hank** 135:5, 7

**Hank's** 135:12

**happen** 283:7; 462:9, 24

**happened** 24:9; 47:16;
60:6; 94:14; 129:13, 24;
130:14; 131:2; 135:12;
147:25; 148:12; 151:19;
167:11, 13; 169:25;
171:24, 25; 175:11;
183:13; 188:4; 200:22;
201:6; 206:14, 16, 17;
208:14; 210:8; 211:3, 16;
212:7, 25; 215:19, 23;
216:3, 14; 217:14; 220:14,
20, 21, 25; 221:14, 16;
224:24; 231:22, 23;
244:22; 251:8; 255:15, 16;
257:8, 24; 258:5; 261:23;
273:5, 15; 276:10; 279:17;
293:17; 299:2; 302:20;
303:6, 16; 304:11, 19;
305:18; 312:13; 320:18;
323:2; 324:18; 347:21;
375:8, 17; 383:14, 16;
384:5; 396:13; 408:24;
409:21; 410:9; 412:18;
413:12; 414:11; 417:19;
420:12, 14; 423:4; 445:24;
465:6; 466:13

**happening** 111:4;
279:22; 372:9

**happens** 193:6; 330:6

**happy** 15:17; 67:25;
71:20; 386:18, 21

**Harbor** 284:18, 20, 21;
285:13, 13; 286:5, 8

**hard** 388:2; 455:16

**Hardman** 99:24; 129:4;
130:2, 4

**harm** 353:8, 16

**Harrigan** 112:25; 113:5,
7; 271:5; 279:3, 13, 15;
280:16, 17

**hasheesh** 178:20

**Hatter** 5:6

**hazard** 107:20; 117:13

**head** 229:5; 284:18, 20;
285:12; 286:5; 321:23

**Health** 51:11; 332:3;
388:14; 393:2, 2, 8

**hear** 61:20; 91:16;
206:17; 245:4; 340:6;
367:19; 433:10; 471:6

**heard** 97:8, 17; 206:14,
22, 23; 245:2; 288:23;
318:6; 420:18, 19; 422:21;
423:4; 424:12, 13, 16;
434:2; 444:21

**hearing** 26:1

**Hegermiller** 284:12

**held** 428:17, 20

**hello** 91:10, 12, 15

**help** 175:17; 176:20;
203:4, 9, 17, 20; 280:21,
22, 25; 281:3; 408:25;
448:11; 459:9

**helps** 178:2

**here's** 30:14; 231:13;
400:25

**hero** 89:24

**Hesse** 4:24; 5:2; 8:23, 25;
22:6, 17; 23:8; 24:13, 17;
30:3, 19, 24; 31:3, 14;
32:14, 19; 34:5, 15, 25;
35:8, 24; 36:11, 17, 23;
37:2, 4, 13, 20; 38:7, 17;
39:3, 18; 40:22; 42:11;
44:12; 45:22; 46:19; 47:4,
19; 48:7, 21; 49:2, 6, 12,
15, 24; 53:24; 57:2, 4, 8,
19; 58:6; 59:24; 60:2, 7,
13; 61:4; 62:8, 11, 23, 24;
63:6, 18, 19; 64:2, 3, 5, 16,
20, 21, 24; 65:8, 11, 11,
19; 66:8; 67:13, 22; 70:14;
85:10, 16; 86:12; 87:6, 15;
99:23; 105:13; 109:5;
110:8; 115:18; 118:12, 17,
21; 119:10; 120:16;
123:23; 124:11, 19, 23;
125:14; 126:25; 127:3, 11,
15, 20; 128:24; 129:24;
130:5, 22; 132:2, 6, 11;
134:4, 20; 135:2, 7, 9;
136:8; 143:17, 18; 148:9,
17, 19; 149:17; 161:14;
166:15; 168:4; 169:8, 14,
15, 15, 20; 171:7; 174:17;
175:8, 24; 176:2, 9, 11, 13;
180:24; 186:24; 187:4, 6,
25; 188:17, 20, 23; 189:6,
8, 13, 20, 25; 190:4, 10,

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 52 of 64
5075

13, 15, 16, 18; 191:2, 7, 11, 24; 192:9, 25; 194:23, 25; 195:23; 196:5, 6, 7; 197:18; 198:11, 13, 21, 24; 209:5, 24; 210:6, 7, 13, 17; 211:13, 15, 18, 22; 212:3, 14, 19, 22; 213:9; 214:17, 19, 20, 22, 23; 215:10, 17, 24; 217:5, 8; 218:16; 219:3, 9, 17, 23, 25; 221:5, 8; 230:15; 232:7, 23; 252:6; 256:18; 257:6, 15, 23; 258:18; 268:18; 269:4; 272:21, 25; 273:3, 17, 21; 274:2, 7, 11, 17, 25; 275:8, 11, 22; 276:13, 18; 277:12; 278:5, 18; 279:10; 281:15, 20, 25; 282:7; 289:22, 25; 290:6, 10, 25; 291:9, 13, 17, 20; 292:14, 19; 293:2, 7, 13, 22; 294:2, 6, 10, 17; 295:7, 11, 20; 296:25; 297:7, 22, 25; 298:7, 24; 299:2, 3, 12, 25; 301:2, 16, 19; 303:25, 25; 304:5, 25; 305:3, 12, 13, 24; 306:4, 20; 312:25; 313:3, 16, 19, 24; 314:6, 8; 316:15, 18; 318:8, 14, 18; 319:6, 12, 24; 320:16; 321:19, 25; 322:3, 16; 324:6, 19, 25; 326:5, 18; 329:4, 17, 21; 330:8, 9; 331:20; 332:6, 16; 333:17, 18, 20; 334:15; 335:4; 338:2, 7; 339:2, 9; 341:5, 8; 342:18; 343:11, 18, 21; 344:4, 5, 12; 345:6, 13; 346:3; 348:23; 349:13; 350:16; 351:11, 25; 352:13; 353:7, 14, 15; 360:19, 21; 361:6, 18; 366:7; 367:9, 19, 23; 368:20; 369:16, 16; 370:6; 371:11; 372:4, 11; 373:22; 375:3, 5, 10, 20; 377:4, 6, 25; 378:6, 9, 12, 13; 379:10, 17; 380:8, 8, 17, 23; 382:17; 383:9, 19, 21, 25; 384:9; 385:9, 16, 23; 386:10; 389:13; 390:22; 391:3, 4, 9, 11, 13, 13; 401:17; 402:5, 7, 8, 11; 403:6, 21; 404:10, 12; 405:5, 5, 19; 406:13; 407:2; 408:13, 15; 409:10; 412:2, 5; 415:8; 432:22; 433:9, 19; 434:17, 21; 435:2, 8, 14, 17; 436:2, 25; 437:5, 7, 9, 14; 439:20, 24; 440:5; 445:15; 446:4, 8; 451:17; 452:15, 17; 453:2, 11; 469:9; 470:2; 471:9

**Hesse's** 35:12; 36:3, 5, 7; 38:8; 256:8, 11; 298:10; 316:6; 325:13, 22; 349:11; 363:16; 364:17; 433:14
**Hey** 202:24; 312:8; 336:4
**high** 264:23
**highest** 197:23; 276:25; 277:2, 7

**highly** 32:17
**himself** 212:10; 232:23; 239:17; 308:17, 20; 311:12; 341:9; 352:17
**hint** 315:10
**hire** 51:5, 5; 68:9; 70:21; 196:15; 271:16; 289:11; 349:20; 352:17; 456:23
**hired** 113:11; 134:7, 9, 10, 15; 149:20; 152:15; 171:23; 196:20, 21, 24; 197:2, 16; 289:13; 290:17; 371:10; 372:17
**hiring** 50:11; 51:9, 16, 20; 52:2, 11, 17, 24; 53:6, 11; 54:7; 58:16, 16; 70:2; 284:17; 286:3, 5, 17, 22
**history** 297:24; 298:4, 10; 299:22; 300:2, 3, 5, 9
**hit** 241:21, 24, 25; 242:20; 256:14; 262:5, 6, 9
**Hold** 43:12; 68:24; 81:7; 96:19; 122:4; 162:25; 163:11; 168:22; 220:15, 16; 253:12; 284:19; 405:18; 408:19; 431:7
**holder** 50:17
**holidays** 311:14
**home** 135:5; 202:20; 407:19; 412:4; 413:4
**hon** 189:15
**honest** 39:6; 80:2, 23; 125:6; 297:18; 354:23; 388:22; 408:6; 444:21
**hope** 91:24; 92:10, 19; 154:13; 459:25
**hopefully** 416:2
**hourly** 9:20
**hours** 21:14; 209:11; 255:11; 311:13; 343:16; 404:24, 25; 448:13
**house** 25:12; 26:7; 139:13; 142:22; 169:24; 170:22; 330:5; 331:21; 407:12
**Houser's** 417:17; 422:8, 18
**Hubbs** 284:11; 288:21; 289:10
**hung** 273:13; 281:7
**Huntington** 284:11, 14; 285:9; 288:16; 289:9; 294:12; 296:6; 301:11

# I

**Iacopelli** 143:2
**Ian** 224:18, 21, 24; 225:6; 226:13; 231:3; 235:21
**ID** 48:10; 267:16; 277:25; 370:17; 437:24
**idea** 37:18, 23; 49:21; 53:23; 54:4, 11; 75:11; 97:13; 273:19; 277:20; 318:16; 319:11; 392:14; 418:16

**identification** 21:10; 307:25; 315:17
**identified** 251:19; 308:20
**identify** 266:20; 358:9; 391:18; 392:11; 435:12; 437:3; 457:10, 16; 458:10; 464:21; 465:25
**identifying** 239:17; 308:16; 391:19, 22
**IDs** 148:8; 277:20
**ill** 181:11, 11
**illegal** 297:11; 301:24; 332:25; 446:11; 452:15; 453:11
**imagine** 352:23; 389:8
**imbibe** 336:22
**immediate** 402:9, 11
**immediately** 61:4; 68:20
**implicating** 414:15
**important** 18:11, 22; 205:19; 206:13; 215:7; 295:19
**imposes** 26:20
**impossible** 170:25; 412:16
**impression** 328:2
**improper** 394:10, 12, 22; 395:2; 442:10
**improperly** 395:13
**incident** 101:12, 21; 102:2; 103:15; 107:4, 7; 119:22, 24; 120:4, 12; 122:7; 125:6; 126:7; 127:5; 128:18; 134:24; 138:20, 22; 139:2, 5; 140:2, 11, 14, 18; 141:2, 16, 17; 142:5, 6, 12, 14, 19; 143:16; 145:2; 153:16, 19; 168:16; 171:9, 10, 10; 174:17; 189:19; 191:18; 207:22; 209:2, 8; 210:3; 212:12; 215:9; 230:12, 22; 231:20; 232:5; 237:5; 240:3, 10; 247:11; 248:7, 12; 252:2; 253:17, 24, 25; 255:20; 256:17; 257:14; 259:10; 260:25; 261:24; 273:4, 6, 8; 313:15, 17, 20; 320:16; 321:4; 322:2; 327:2; 336:13; 380:8, 11; 398:21; 408:23; 415:11; 416:11, 14; 417:14, 20; 426:6, 7; 468:7, 7
**include** 116:16, 20; 117:2; 349:23
**Including** 35:16; 85:5; 119:3; 263:16; 320:5; 336:21; 359:14; 366:9; 368:8
**Incorporated** 4:6
**incorrect** 309:21; 437:19
**inculpate** 379:6
**indicate** 288:24; 342:4; 442:2
**indicated** 51:22; 144:8; 289:3
**indicates** 343:19; 458:24

**Indicating** 20:21; 21:23; 64:7; 137:19; 328:9, 19; 340:21; 352:20; 370:5; 399:11
**indication** 353:2
**indictment** 99:24; 100:2, 3
**indignity** 389:11
**indirectly** 110:2
**individual** 10:10; 11:14; 53:16; 174:3; 239:22; 240:12, 13; 241:20; 242:20; 264:2; 328:14, 22; 330:12, 15; 331:14, 23; 334:8; 359:18
**individuals** 224:9; 234:14; 251:23; 266:10; 331:4; 333:13
**inferred** 156:20
**influence** 355:22
**Influenced** 320:2
**inform** 442:18; 451:15
**information** 50:9; 51:12; 52:15; 157:17, 21; 184:19; 205:15; 241:17; 283:12; 285:8; 289:2; 294:24; 299:7, 14; 301:20; 311:19; 336:16; 427:4, 23; 434:17, 25; 437:8, 19
**informing** 453:17
**ingested** 178:17; 184:21
**initial** 144:23; 249:10; 416:21; 417:14; 418:3; 419:22; 421:17
**initially** 55:7; 75:17; 142:21, 22; 148:3; 171:23; 198:17; 258:7; 259:19; 345:20, 24; 364:7
**injured** 353:21
**injuries** 354:3; 357:5
**injury** 353:25; 354:16, 21, 22; 355:4, 8; 357:4, 12, 16
**innocent** 379:6, 8
**inquire** 102:4; 207:19; 273:20; 279:9; 285:11; 421:12
**inside** 129:9; 199:14; 225:5, 16; 229:3; 251:8; 369:16; 424:21; 425:8
**instance** 363:20; 391:24
**instances** 85:7; 87:3; 105:20; 129:12; 136:18; 162:18; 404:23, 24
**instead** 71:4; 116:13; 157:17; 194:23; 400:12
**instruct** 76:16; 77:17; 78:11; 82:4; 83:14; 249:7; 350:8; 467:23
**instructed** 15:13; 409:12
**instructing** 16:10; 82:16; 83:3; 84:18
**instructions** 363:16
**instructor** 110:21; 111:8, 11
**insurance** 388:15; 393:2, 3, 8

**intact** 250:2
**intent** 40:11, 17; 42:12, 15, 21; 43:15; 44:8, 22; 46:5; 309:18; 454:14; 459:2, 5
**intention** 464:18
**intentionally** 297:8; 365:8
**interact** 280:20
**intercourse** 469:20
**interest** 189:5; 297:2
**interested** 47:18; 71:25; 91:4; 191:20, 23; 200:6; 292:23; 293:23; 294:3, 7, 11; 340:7
**interesting** 13:24
**interfered** 297:8, 22; 298:11, 24; 301:2; 318:18; 319:13
**Interference** 262:22
**interfering** 298:7; 326:10, 19
**interrupt** 141:8; 439:7; 459:11
**interrupted** 447:18, 18, 20, 21
**interrupting** 447:15, 16
**intersection** 408:17
**interview** 197:5, 15, 18; 264:18, 20; 265:5; 266:23, 24; 269:22, 23; 270:5, 13; 271:24, 24; 272:4, 7, 10, 16; 287:10; 288:3, 14, 17; 313:18; 317:22; 453:24
**interviewing** 256:8; 270:20; 281:17, 21; 282:2
**intimate** 60:13
**intimidate** 190:24; 462:21, 21
**intimidated** 190:10, 12, 14; 463:6, 13
**into** 30:25; 33:20; 77:6; 153:25; 171:13; 174:19; 202:18, 23; 203:15; 205:10, 20; 207:3; 210:5; 220:17, 17; 279:10; 310:25; 332:12; 369:6; 450:4
**intoxicating** 336:23
**introduce** 4:18
**invest** 362:12
**investigate** 361:24; 362:2; 364:14
**investigated** 101:20, 25; 416:12
**investigating** 152:24; 157:10; 158:4, 11; 365:10
**investigation** 158:19; 212:8, 18; 220:2; 232:24; 241:20; 256:20; 299:15, 17; 300:6; 416:22; 417:14, 23; 418:3; 419:23; 421:17
**investigations** 156:24; 157:5; 240:17; 241:12; 299:6, 21
**investigator** 143:2;

EDWARD CARTER
INCORPORATED VILLAGE OF OCEAN BEACH

FRANK FIORILLO
February 20, 2009

Case 2:07-cv-0125-SJF-ETB   Document 145-116   Filed 01/15/10   Page 52 of 64 PageID #:
5076

212:11; 303:13; 348:6, 9
**invitation** 135:10, 16
**invited** 130:14
**involved** 36:13; 37:21;
93:15, 17; 168:11; 170:23;
227:23; 233:5; 242:14;
251:20; 252:2, 7, 13, 18,
21; 253:3, 16; 254:22, 25;
255:4, 20; 256:9, 14;
273:2, 3, 7, 8; 313:15, 17,
20; 346:3; 380:14; 419:5,
14; 420:4, 24, 25; 436:3;
440:24; 452:17
**involving** 142:3; 153:7,
15, 19; 154:9; 158:9;
209:2; 220:2; 253:9;
290:4; 297:23; 327:12;
343:18; 360:8; 415:10
**Iraq** 135:6
**irrelevancy** 15:14, 23
**irrelevant** 15:3, 9; 16:13
**Island** 74:20; 75:10, 12,
16; 109:25; 110:12;
112:14, 24; 123:10; 229:8;
250:21; 252:12; 374:2;
389:24; 418:20, 23;
419:24
**Islip** 263:19; 312:17
**issue** 28:7, 12; 54:13;
55:25; 77:2; 108:9; 109:3,
21; 110:14; 111:22;
112:16; 118:14; 120:14,
22; 122:9, 21; 123:16;
138:14; 152:17; 154:24;
162:23; 165:13, 20, 23;
166:8; 176:3; 177:11, 20;
311:14; 323:16; 334:17;
353:4; 380:18; 392:25;
395:18, 20; 396:3, 21;
397:6
**issued** 48:10; 148:8;
322:9, 24; 323:7, 18, 20;
325:3, 4, 10
**issues** 138:14; 152:18;
153:7; 157:9; 158:3, 10;
159:8; 160:5, 16; 163:17,
20, 25; 164:6, 13, 21;
169:4; 171:14; 177:5;
190:6; 390:3; 396:5; 403:5

## J

**jacket** 370:18; 373:4, 5
**Jaegger** 223:20, 22;
224:4, 7; 226:5, 9; 231:4;
233:20, 23; 234:3, 10;
235:14, 18
**Jaegger's** 231:4
**Jane** 112:25; 113:8, 8;
271:5, 10; 279:3, 16, 16;
280:15, 17
**January** 159:21; 160:2,
14; 168:3; 346:18, 21, 25
**Jeannie** 224:3, 7; 226:5;
234:10; 235:18
**jeopardy** 331:19; 335:2;
408:8

**Jesse** 138:20, 25; 139:3,
11
**job** 9:11, 14; 29:2, 8, 21;
30:12, 16, 17; 31:13;
32:14; 39:22; 46:23; 70:5;
71:3; 72:2; 102:19; 103:3;
171:15; 172:18, 25;
173:12, 18; 189:15, 22;
191:5; 233:2; 265:6;
266:23; 267:10, 13;
268:16, 23, 24; 269:7;
270:17, 25; 280:7; 283:3;
289:14; 293:11, 14; 306:3,
15; 310:7, 21; 313:7;
314:17; 315:23; 318:9, 15,
19, 22; 319:4; 331:18;
333:16; 347:5, 8, 17, 20;
363:17; 382:11; 386:20;
393:10; 408:8; 411:10;
428:24; 436:15; 456:5
**jobs** 173:2, 18; 266:20;
269:10, 13, 19; 282:19;
302:9, 10; 312:24; 314:4,
21, 25; 319:7, 13; 346:21,
25; 396:14; 428:10
**Joe** 33:21; 34:4; 55:10;
63:2; 88:17, 19; 89:11;
90:17; 91:16; 92:13, 16,
16; 93:7, 10, 18; 95:10;
98:6; 100:12, 16, 17;
104:2, 6; 105:25; 106:9;
148:14; 168:12; 170:6;
216:21; 261:9; 283:17, 23,
25; 284:4; 303:14, 16, 21,
21; 304:7, 9, 9, 12, 13, 13,
16, 18, 21, 24; 305:18;
312:15; 329:10, 11; 338:9;
343:6; 345:6; 373:9, 11;
374:12, 20; 384:9; 385:6,
10, 11, 13; 429:20; 430:11;
436:19, 19
**Joe's** 304:15
**jog** 176:20; 177:10, 23
**John** 99:20, 21; 256:19;
409:10; 410:11; 411:16
**joined** 49:5, 11; 346:6
**joining** 49:13
**joke** 461:17
**Jonathan** 206:19
**Joy** 303:17
**Jr** 88:19; 179:21
**Judge** 76:25; 77:15, 16;
237:17, 22; 238:5; 240:4;
242:19, 19; 243:22; 244:6,
19, 19, 23; 245:12, 19, 22,
25; 246:3, 15, 16; 323:14
**July** 78:17; 90:9, 10, 12,
15; 95:16, 16; 103:18;
107:13; 428:15
**jumping** 446:20; 447:8,
11
**June** 69:21; 78:20, 22;
79:14; 80:6; 81:25;
263:24; 266:11, 21; 269:8,
12, 17; 315:10; 428:15;
457:4
**jurisdiction** 326:12, 21,
24; 327:7; 334:9, 10

**jury** 42:19; 43:7, 10, 18;
44:7, 19, 21; 51:13; 55:24;
154:14, 19, 22; 155:4;
158:9, 18; 222:7; 233:19;
246:10; 249:21; 298:23;
332:24; 334:13; 345:17;
353:19; 354:3, 15; 357:23
**justice** 85:8; 87:4; 105:3;
136:18; 320:5

## K

**keep** 56:11; 57:21; 58:9;
60:15; 61:9; 107:24;
250:2; 278:12; 387:7
**keeping** 23:16; 56:19;
127:3; 129:17; 130:8
**Ken** 4:24
**Ken's** 201:12
**Kenneth** 5:5
**kept** 127:22; 134:13
**Kevin** 5:2; 33:21; 34:4;
63:2; 99:19, 21, 22; 125:8;
130:20; 135:11, 12;
148:14; 261:3; 312:15;
338:11; 343:6; 345:6;
373:10, 12; 374:12, 20;
375:23; 376:20, 22, 23;
377:11; 378:11, 20, 23;
380:16, 19, 22; 381:2, 10,
23; 425:7, 9; 429:20;
430:10; 436:20
**kicked** 239:5; 246:3
**kid** 179:19
**kidding** 201:23
**Kind** 368:5; 393:14
**kinder** 371:2, 21; 372:12,
13, 13
**Kinko's** 412:8
**kit** 363:3
**knew** 58:6; 59:22, 25;
89:2, 9; 95:4, 4; 103:21;
204:25; 205:4; 227:4;
228:12; 251:4; 252:20;
253:3; 296:25; 318:14;
319:7; 355:19, 20; 396:25;
401:18, 24; 434:6
**knocked** 239:12
**knowingly** 334:23; 365:8
**knowledge** 18:25; 20:8,
14, 18; 40:4; 41:22; 51:24;
52:9; 60:12; 62:16; 63:5,
10, 23; 64:8; 96:24; 97:15;
133:10; 208:7; 225:20, 24;
226:3, 4, 7, 8, 11, 12, 20;
230:3, 6; 231:11; 237:15,
20, 24; 268:22; 291:16, 20;
292:14; 294:17, 21; 295:7,
9, 10, 11, 21; 296:8;
308:19, 22; 318:13, 17, 20;
319:5, 18; 338:6; 353:7,
15; 359:17; 401:5; 416:16;
424:18; 434:24; 436:3
**known** 56:23; 84:17;
246:4; 291:3; 326:11, 15;
330:22; 333:22; 396:25;
426:18, 22, 24; 470:13

**knows** 300:11, 14;
465:20

## L

**Labor** 11:4; 133:18;
180:12; 411:21
**laced** 178:17
**lack** 33:4
**Lamm** 33:21; 50:4; 54:20;
67:10; 85:3; 99:19; 125:8;
130:20; 148:14; 159:6;
216:22; 226:22, 25; 227:7,
25; 228:13; 238:13;
248:10; 249:7, 14; 250:5;
261:3; 338:11; 343:6;
367:15; 368:9; 375:10;
380:16, 22; 381:6, 10, 23;
416:19, 23; 417:4; 418:18,
25; 419:13; 420:6; 424:24;
436:20
**Lamm's** 417:13
**language** 263:3; 317:19
**last** 12:17, 19; 46:17;
131:20; 174:13; 180:2, 4;
196:2; 202:15; 203:6;
213:22; 249:22; 260:22;
297:18; 374:3; 384:13;
397:9; 410:2; 422:3;
454:13; 460:11; 462:22
**lasted** 196:3, 4
**late** 133:7; 428:15
**later** 69:3, 3, 4; 135:12;
151:13; 170:12; 171:14;
220:4, 14; 228:4; 420:23;
436:12
**laughed** 205:8
**laughing** 61:11, 15;
201:12; 203:6
**law** 5:6; 17:9, 11, 12, 15;
24:7; 26:20, 25; 27:2, 4, 5,
24; 39:5; 56:10, 18; 72:23;
74:10; 75:19, 25; 78:4, 6,
9; 79:8, 23; 80:15, 17;
81:8; 84:11; 145:20;
146:4, 7, 8, 21; 249:22;
262:23; 282:19; 283:8;
302:10; 306:14; 312:23;
313:8; 314:4, 17, 20, 24,
25; 318:23; 319:8, 9, 16,
17; 322:22; 334:4, 15;
346:21; 347:2; 348:19;
357:21; 359:4, 11, 16;
360:2, 22; 361:2, 7, 9, 12;
363:15; 366:4, 14; 385:22;
393:24; 394:8, 12, 19
**Laws** 26:22; 27:8; 28:2,
20; 336:6; 359:3, 6;
364:24; 403:8, 23
**lawsuit** 18:9; 237:23;
317:10; 344:9, 11; 345:15
**lawyer** 56:4, 6; 139:15;
151:4, 7, 11; 244:23;
245:13, 22, 23; 246:16, 16;
295:2; 350:7; 455:20;
456:11, 14, 24; 465:16;
467:2; 468:17, 19; 469:3, 4

**lawyers** 77:23; 78:4, 5;
82:8, 9; 350:5
**lead** 212:11
**leader** 388:17
**leads** 24:20; 378:12
**league** 330:25
**learn** 74:9; 99:16; 253:21;
254:21; 255:3, 13; 272:9;
276:24; 434:4; 469:8
**learned** 97:22; 99:12;
254:25; 272:13
**least** 26:9; 34:24; 35:10,
11, 12; 36:21; 40:21;
58:20; 71:2; 72:2; 140:3;
224:6; 238:11; 241:6, 15;
251:22; 274:9; 277:14;
294:15; 300:23; 361:4;
385:14, 17; 399:18;
426:24; 441:2; 463:5
**leave** 116:11; 369:18;
374:2; 421:2
**leaving** 229:8; 250:21;
252:11; 316:22; 317:7;
373:3; 405:20
**led** 25:13; 33:13; 40:2;
439:13; 440:11
**left** 69:9, 10; 103:11;
143:7; 144:21; 170:9;
184:14; 206:5; 207:11;
228:8, 11; 233:9; 290:21;
352:2, 5; 355:7; 373:10;
375:18; 398:2; 415:14;
417:2; 424:17
**leg** 72:16; 73:9; 440:2;
442:22; 450:15; 452:11;
455:16; 458:25; 465:14,
24; 466:14, 17
**legal** 4:14; 100:5, 6;
351:20; 358:3, 4, 11, 15;
394:17, 18; 454:16, 20, 24;
457:10, 12, 18; 458:14;
464:20, 24; 465:9; 466:3, 8
**legality** 394:18, 21
**legally** 185:12
**Legislative** 115:4; 118:9;
159:15; 160:23; 163:19
**legislature** 165:25; 260:8
**legitimate** 379:16
**lesbian** 434:3, 5
**less** 144:9; 168:25;
275:25; 276:2, 14; 298:20
**lessen** 120:13
**Leto** 4:15
**letter** 48:6, 12, 19; 148:4,
7; 163:23; 164:4; 167:7;
274:6, 8; 277:18; 283:11;
306:25; 307:2, 4, 6, 10, 14,
14, 16, 17, 23; 308:3, 13,
24; 309:3, 17, 23; 310:3,
11, 12, 16, 19, 25; 311:2;
312:18; 317:17; 429:9;
453:17, 19, 25
**lettering** 263:11
**letters** 109:12; 451:11
**letting** 370:13
**level** 41:11

**Levine** 224:19, 21; 225:6; 226:13; 231:4; 235:21
**liar** 266:5
**license** 288:12; 310:9, 14; 429:10
**lie** 143:23, 24; 215:3, 10; 304:13, 14
**lied** 234:4, 7; 236:20, 23; 304:15
**life** 18:12; 277:22; 279:23; 280:3
**lifeguards** 206:20
**light** 410:14
**liked** 274:25
**likelihood** 265:4
**likely** 265:2
**likewise** 247:21; 319:11
**liking** 371:6, 17
**limitation** 263:17; 320:6; 336:21; 366:9
**line** 25:25; 26:8; 104:17; 148:11, 11, 18, 20; 149:4; 161:19; 163:12; 171:14; 367:10; 368:21, 25; 369:5
**lined** 148:13; 149:6, 7
**lines** 263:10
**lining** 368:15, 16
**Lisa** 402:20
**list** 174:10; 264:3, 4; 265:22; 286:5
**listen** 57:6; 135:20; 268:10; 273:11; 336:4
**listened** 275:4, 5; 276:17
**listening** 177:21
**litigation** 463:24
**litigious** 381:13; 383:22; 385:24
**little** 7:24; 27:19; 85:13; 86:23; 156:12; 168:25; 169:2; 171:14; 194:17; 195:20; 279:24, 24; 295:13; 298:20; 310:3; 328:18; 465:5
**livelihoods** 55:8
**LLC** 9:18
**Lloyd** 284:20; 285:13; 286:8
**loaded** 156:13
**location** 428:9
**locations** 428:11
**locked** 184:25
**lockers** 204:17
**Loeffler** 88:2, 6, 16, 17, 19; 89:8, 11; 90:17; 92:11; 93:7, 18; 95:2, 8, 10, 14; 96:8, 12; 98:6, 7, 18, 19; 99:8; 100:12, 16, 17; 102:14; 103:4, 7, 11, 14, 18; 104:2, 7, 14; 105:19; 106:2, 9, 17, 20, 23; 107:8, 14; 117:16; 121:23; 122:6; 123:24; 137:2; 161:5; 162:19, 20; 165:4, 19, 19; 226:14; 253:2, 4; 259:2; 350:15, 23, 25;

351:8, 10; 352:3, 4, 16; 353:3; 397:15
**Long** 74:20; 75:10, 12, 15; 79:5, 20; 80:9; 82:9; 109:25; 110:12; 112:14, 24; 123:10; 152:6; 161:19; 196:3; 218:2; 389:23; 428:12
**longer** 97:23; 99:13, 17; 268:13, 23; 280:5; 317:3
**longevity** 396:6
**look** 214:10; 232:23, 25; 262:18; 263:10; 289:12; 293:17; 310:23, 23, 24; 312:8; 329:19; 330:7; 337:2; 341:24; 381:8; 386:18; 393:23; 408:14; 417:12; 421:24; 454:9
**looked** 79:13; 147:9; 204:6; 231:23; 387:22, 23; 391:15
**looking** 79:10; 192:5; 279:10; 289:15; 312:23; 313:7; 314:4; 337:5; 379:24; 380:3; 403:16
**looks** 381:24; 419:19
**loop** 127:4, 22; 129:17, 20; 130:8, 11
**lose** 189:15; 191:4; 411:10
**loser** 381:10, 23
**loss** 393:9
**lot** 45:2; 75:14; 161:20; 199:19; 275:16; 344:12, 15; 391:7; 432:23; 436:13; 456:2
**love** 464:10
**love/hate** 275:10
**lunch** 144:22; 469:12
**lying** 55:25; 56:2; 231:7, 8; 234:10; 235:7, 14, 18, 22, 25; 236:4, 8, 12, 16; 238:5; 240:2, 4; 242:9, 9; 243:15; 308:19

## M

**Ma'am** 455:3; 465:5; 468:12
**madam** 308:4
**magic** 307:22; 315:13
**mail** 148:4
**mailed** 288:22
**Main** 275:18
**Maintenance** 9:18
**makes** 21:24; 413:24; 415:3
**making** 44:22; 29:16; 86:3, 24; 87:2; 104:21; 110:3; 138:5; 164:20; 165:18; 190:5, 11, 20; 191:12; 227:23; 454:2; 462:19; 463:25
**Malafi** 5:11
**male** 74:19, 19; 327:21

**maliciously** 297:8
**man** 178:16; 220:23; 375:20; 378:14
**managed** 412:21
**manner** 22:10; 231:24
**many** 26:5; 81:19; 132:12; 142:24; 145:5, 10; 193:16; 371:6, 16; 372:19; 399:7, 19; 424:17; 429:6; 432:16; 448:13; 451:20
**March** 21:3; 47:23, 25; 48:2; 277:24; 432:9
**Marine** 340:14, 15, 16; 341:14; 342:4
**marital** 331:21
**Mark** 5:3; 21:5, 8; 315:12
**marked** 21:9; 307:24; 315:13, 16
**married** 427:5; 434:9
**Mary** 290:19
**Maryanne** 34:5; 35:16; 49:15; 167:12; 197:8; 434:22; 437:6, 9; 439:19
**masters** 201:18; 410:8
**matter** 4:4; 16:23; 17:17; 18:12; 39:13; 45:24; 78:5; 123:23; 202:4; 283:18
**may** 44:13; 45:19, 20, 22, 22, 23; 69:21; 78:3; 86:22; 116:19; 161:18; 182:14, 14; 189:21; 222:18; 223:3; 252:7, 12, 17; 269:25; 270:12; 298:11; 311:7, 9; 370:11; 448:5
**maybe** 7:24; 31:23; 32:16; 41:8; 45:14; 69:21, 22; 70:17, 21; 131:5; 136:13; 171:20; 270:7, 7, 8; 288:11; 295:10; 315:8; 324:13; 404:24
**Mayor** 87:23; 88:21; 91:3, 17, 21, 24; 92:13; 93:8; 94:22, 25; 95:24; 96:8, 8, 11, 12; 100:13; 117:9; 122:12; 136:22; 161:4; 162:15; 165:4, 6, 8, 12, 18; 252:10; 258:23; 335:9; 350:15; 351:2, 8, 10, 12, 25; 352:4
**McKenna** 226:15; 227:8, 13, 20, 23; 228:2, 12, 19
**mean** 14:25; 21:7; 45:8; 49:13; 55:13; 69:8; 81:5; 101:10; 103:3; 114:9; 115:11; 118:20; 126:19; 139:21; 141:8; 155:24; 169:14; 173:2; 177:17; 184:3; 185:9; 187:25; 200:2; 207:15; 243:20; 252:5; 278:11, 15; 279:19; 293:18; 306:9; 321:3; 325:6; 336:24; 341:25; 342:3; 343:2; 349:9; 352:16; 366:16; 374:22; 379:9; 383:6; 397:16; 398:23; 399:3; 400:21; 413:14; 416:18; 421:16; 427:2; 430:7; 450:16;

**meaning** 125:7; 214:7; 409:9; 430:9; 438:12; 458:13
**means** 231:17; 297:11; 301:24; 356:19; 365:5
**meant** 10:22; 156:20; 371:24; 379:12; 429:25
**media** 114:5, 10; 117:18; 122:24; 159:7, 24; 160:4, 16; 162:12; 164:12, 21; 259:22; 335:25; 397:22
**medical** 184:17; 249:11; 253:9; 388:11; 393:12
**meet** 74:5; 413:6, 6
**meeting** 48:9; 56:7; 57:7, 18; 58:8; 61:2; 63:6; 64:20, 22; 65:12; 66:12; 67:11, 20; 68:8, 19; 69:9, 11; 72:21, 25; 73:4; 74:6; 80:19, 22; 81:12, 16, 21, 24; 83:10, 19; 104:9, 19; 114:25; 115:4; 122:16; 148:6, 25; 149:3; 159:5; 162:23; 163:4, 19; 217:9; 260:2; 366:21, 23; 367:7; 371:9; 375:25; 376:5, 6, 7, 8, 12, 13, 18, 20, 21; 377:25; 380:24; 381:3; 382:2; 390:22; 391:2, 13; 437:6; 439:18, 22, 23; 440:4, 6, 8; 444:5, 7, 10, 16, 19; 445:4, 8; 449:21, 23; 450:10, 18, 24; 451:3, 8, 12, 24; 454:17, 21; 455:19, 23; 456:9; 457:3; 468:3
**meetings** 118:6, 9; 159:15, 17; 160:23; 161:2
**members** 130:15; 377:25
**Memorial** 11:3; 133:18; 187:15; 411:21
**memory** 131:17; 136:10; 176:20; 177:10, 23
**men** 386:4, 5, 8, 13, 16, 23, 24; 387:8; 388:12, 18; 393:17, 18
**mention** 316:15; 404:4
**mentioned** 26:16; 28:6; 106:3; 136:4; 176:5; 269:9; 279:6; 339:14; 427:9; 466:21
**mess** 203:16; 433:3
**messages** 290:21
**met** 50:4; 51:23; 56:24; 59:14; 76:20, 21; 77:4, 11, 12, 13; 80:16; 82:8, 9, 10; 83:12; 166:12; 374:14; 432:13; 434:13; 443:13; 454:22; 455:7, 9, 20; 456:20, 22; 467:7; 468:4, 11, 17
**Meyer** 179:19, 21
**mic** 431:8
**Michael** 110:20, 23

**microphone** 61:23; 425:24
**middle** 49:23; 180:4
**midnight** 180:21
**Midway** 327:16
**might** 9:8; 26:4; 44:11; 129:7; 214:13; 289:11; 292:21, 24; 302:15; 342:18; 343:10, 13; 383:16; 406:20; 454:6
**Mike** 110:19
**Miller** 230:8, 9, 19; 231:3; 236:4; 426:6, 18
**Miller's** 230:14
**mind** 147:21; 166:19; 189:12; 208:22, 23; 246:13; 344:22; 387:2; 450:20, 21; 456:10
**mine** 267:10
**Minerva** 34:5; 35:16; 36:2, 18; 37:3, 8, 16; 38:3; 39:18, 19, 20; 46:20; 49:15; 167:12; 434:22; 437:7, 9, 15; 439:19, 24; 440:5
**minimum** 251:4
**minute** 61:5; 355:7; 369:15; 415:15; 470:4
**minutes** 141:24; 143:8; 175:16; 176:19; 177:20, 25
**miscellaneous** 199:19; 204:12
**mischaracterize** 211:12; 367:4
**misquoting** 457:20
**Mitch** 326:16; 327:10, 13, 20; 328:13, 15, 23, 25; 329:19; 330:5, 11; 331:8, 18, 20; 360:7, 22; 361:7; 364:25
**Mitchell** 327:6
**MO** 8:6; 25:8; 41:12; 48:22; 59:10; 65:5; 70:7; 71:6; 89:7; 126:8; 127:9; 212:13; 278:2; 293:19; 357:6; 446:16
**Monday** 167:14; 267:9; 444:3; 445:3, 3, 3; 456:14
**money** 29:16; 53:19; 328:23
**month** 7:18, 22; 8:24; 69:4; 90:7; 155:6
**Months** 47:12; 69:22, 23; 70:17; 79:11; 220:4, 5; 239:21; 256:17; 282:20; 309:13; 387:25
**Moran** 375:24, 25; 376:19; 377:3; 380:17, 22; 381:6
**more** 29:16; 41:10; 49:4; 65:9; 67:7; 74:24; 81:23; 85:14; 121:8; 143:9, 10; 145:14; 150:4, 5; 152:20; 153:4; 163:12; 169:2; 175:16, 19; 176:21; 180:15; 210:5; 238:12;

275:23; 276:4, 17; 320:4;
355:7; 373:20; 416:3;
440:4; 465:21

**moreover** 464:17

**Morgan's** 185:24

**morning** 99:20; 174:18;
199:9, 10, 12; 200:25, 25;
228:6, 7, 22; 252:12;
253:18, 19, 21; 254:2, 4,
16; 267:9, 15; 268:14;
327:15; 401:20; 402:16;
409:8; 419:2; 421:17;
456:14

**mortified** 279:21

**most** 124:15; 182:10;
266:2, 6; 405:11

**mother** 429:11

**Motion** 8:7; 83:6, 8;
84:24; 89:7; 126:14;
244:11, 12; 278:2; 448:24

**motionless** 408:16;
410:15, 18, 19

**motions** 83:25; 448:4, 17

**motive** 463:25

**Move** 25:8; 41:13; 48:23;
59:11; 65:6; 70:8; 71:7;
84:23; 126:8, 15; 127:9;
212:15; 293:19; 346:4;
357:7; 410:23, 24; 446:16

**MPTC** 287:8; 288:8, 21

**Mrs** 23:23; 28:19

**much** 9:19; 143:6;
152:18; 172:21; 173:3;
177:18; 199:25; 212:14;
220:10; 221:21; 310:5;
324:3; 367:25; 396:5;
398:2; 399:16; 412:15;
415:13; 455:5; 463:19

**Muller** 178:11, 13; 179:2,
11, 14; 180:17; 181:17;
183:8; 184:2; 185:17;
188:23; 189:6, 11, 12, 14,
20; 332:21; 337:17;
406:16, 24

**municipality** 312:10

**must** 290:19

**mutts** 377:17

**mutual** 22:8; 40:6

**myself** 48:17; 63:2;
125:7; 130:20; 135:11;
148:14; L68:12; 170:6;
312:14; 343:7; 345:6;
372:8; 409:9; 427:18;
430:11; 438:12

# N

**name** 5:21; 71:3; 143:4;
197:7, 11; 266:19, 25;
267:6; 290:19; 303:13;
316:6; 327:21; 336:4;
391:18, 19, 22; 422:12;
425:14; 427:22; 432:6;
444:21

**names** 147:19; 348:8;
424:25; 425:10; 431:24

**narcotics** 360:3; 362:16;
363:9; 365:11

**narrow** 448:24

**Natalie** 167:3

**natural** 319:24

**Naturally** 276:5, 20, 21

**Nazi** 364:19; 365:3, 6

**near** 204:16

**need** 6:18; 21:6; 61:24;
117:5; 139:20; 151:3;
157:20; 167:24; 177:18;
192:7, 9; 203:25; 211:25;
214:4; 222:6; 244:10, 12;
309:23; 311:18; 341:22;
351:18; 370:15; 381:9;
382:25; 448:23; 462:3;
465:7; 466:25

**needed** 179:8; 184:12;
186:8; 310:10, 14, 15, 16;
370:17; 412:25

**needs** 203:4; 222:7;
448:24

**Negligent** 348:17

**negligently** 350:16;
351:11; 352:6; 353:14

**neither** 213:3; 290:14;
425:9

**nervous** 177:13, 15

**nevertheless** 58:9;
60:15; 257:22

**New** 4:9; 5:18; 6:2; 48:10;
131:17, 17; 148:8; 262:23;
263:15, 24, 24; 264:12;
265:21; 277:20, 25; 283:3;
357:24; 358:17; 359:6;
363:23; 364:24; 393:24;
394:7, 11, 19

**news** 97:19; 336:3

**Newsday** 113:25; 434:7

**next** 21:14; 68:17, 21, 25;
69:2, 6, 16; 70:9, 12, 17;
71:22; 72:4, 5, 6, 7, 9, 11;
73:5, 7, 11, 12, 14, 25;
74:4, 13; 99:25; 152:12;
184:18; 187:9, 11, 12, 20,
21; 200:8; 209:12, 14;
217:22; 227:10, 10;
239:21; 242:24; 245:5, 9;
255:11, 11, 18, 19; 268:14;
362:24; 369:9; 386:2;
409:8; 410:12, 13, 16;
412:18; 448:2

**nice** 8:7; 344:16; 351:17

**night** 101:11; 102:6, 16,
19; 103:8, 15; 122:7;
123:24; 168:15; 169:25;
170:10; 171:2; 179:10, 11,
14; 180:11, 14, 25; 181:23;
182:14; 192:19; 199:7;
200:9, 22, 23; 202:15;
203:6; 217:2; 220:3;
221:2, 15; 223:7, 11, 20;
224:4, 10, 19, 22; 225:15;
226:16, 20; 227:9, 11, 14,
21; 228:12; 229:10, 13, 22,
24; 230:9, 10; 231:6;
238:3, 13; 239:18, 22;
240:3, 9; 242:18; 243:23;

244:7, 20; 247:22; 248:6,
6, 11; 249:5, 8, 15; 250:7,
12; 251:6, 25; 252:3;
255:17, 21; 329:23; 340:2,
5; 403:15; 406:15; 409:4,
7; 410:2, 12; 414:5;
416:22; 418:3, 15; 421:22;
425:3, 12; 426:5, 19;
458:6, 9; 460:19

**nights** 200:13

**Nimberger's** 407:12

**nine** 365:17; 405:17

**ninth** 270:8

**Nobody** 14:9; 183:2;
367:16; 375:12; 425:11

**Nof** 375:3

**Nofi** 33:22; 50:4; 54:20;
55:10; 66:24; 67:10; 85:3;
148:14; 159:6; 168:12;
169:10; 170:6; 216:20, 21;
261:9; 283:17; 302:19, 23;
303:5, 14; 305:6, 24;
306:6; 329:10, 11; 338:9;
343:6; 367:16; 368:9;
384:17, 17, 23; 385:15, 17;
436:19, 20

**Nofi's** 169:16, 17; 385:19

**non-lawyers** 83:20

**None** 346:17; 363:11

**nonresponsive** 446:17

**Nope** 411:5

**normally** 131:6

**Northport** 284:8, 14;
285:8; 288:5, 14; 289:7,
19; 290:9, 15, 25; 291:22;
294:8; 296:6; 301:6, 7

**Notarized** 156:4

**Notary** 5:17

**note** 116:10

**noted** 358:14

**notes** 335:15

**notice** 12:5; 17:2, 8, 13;
70:24; 73:18; 78:19, 25;
79:5, 13, 17, 21; 82:2;
85:6; 429:2; 459:9

**notified** 385:13; 403:6,
21; 405:5

**notwithstanding** 57:16,
17; 58:5; 60:12; 120:10;
123:21; 265:4; 332:3, 24;
334:14

**NOVIKOFF** 4:22, 24; 6:4,
7, 9; 7:13; 8:6; 14:22; 15:5,
8, 17, 22; 16:4, 8; 21:6, 18;
25:8; 41:12; 59:10; 61:20;
65:5; 66:17; 67:3; 69:10;
70:7; 71:6; 76:7, 12, 24;
77:10, 20; 82:6, 11, 15, 18;
83:5, 9, 16, 23; 84:6, 16,
21; 89:7; 104:16; 119:6;
123:6; 124:8; 126:8;
127:9; 129:19; 130:10;
139:10; 143:5; 144:12;
151:22; 152:5, 9; 156:10,
14; 197:12; 213:11; 214:9;
278:2; 293:19; 315:12;
330:23; 343:2; 351:7, 17,

22; 356:5, 14; 357:6;
358:5, 13; 398:4, 8; 405:7,
24; 415:13, 16; 425:18, 25;
461:15, 20, 23; 462:3, 8;
463:7, 18; 471:17, 21

**nowhere** 198:10, 13

**number** 4:3, 9; 21:8;
71:12, 16; 144:15, 19;
213:15, 19; 263:16;
291:25; 292:5; 355:19, 20;
356:8, 12; 367:5; 415:20,
24; 421:10

**numbers** 392:6, 8

**numerous** 22:12; 23:7;
129:13, 24; 136:14;
193:19; 290:20, 20, 22

# O

**O'Brien** 5:3

**O'Neill** 5:3

**O'Rourke** 225:14, 15, 22;
236:8; 425:17

**oath** 97:21; 156:2

**object** 76:15; 351:19;
357:9; 358:12; 370:11;
458:4

**Objection** 9:22; 10:19;
12:9, 12; 13:11, 17, 22;
14:3, 6, 10, 20, 23; 16:17;
18:14; 19:2, 17; 22:20;
23:11; 26:3, 24; 27:3, 10,
22; 28:4, 14, 18; 31:17;
38:11, 21; 40:13, 19;
41:19, 21; 42:6, 16, 24;
43:17; 44:10, 25; 46:7;
47:8, 22; 49:8; 51:17; 52:3,
12; 53:3, 7, 13; 54:2, 8, 14;
56:5, 13; 60:17, 20; 63:8,
14; 64:13; 65:24; 76:6;
82:3; 83:13; 85:17; 97:3,
24; 98:21, 25; 115:10;
134:12; 145:25; 149:23;
151:8, 21, 22; 162:7;
164:15; 169:13; 173:19,
24; 196:14; 210:20; 215:8;
222:20; 234:5, 12; 240:6,
14, 24; 242:4, 6, 11;
243:17; 244:9; 247:8, 14;
265:17; 266:4; 278:9, 21,
23; 292:11; 294:20;
296:11, 13; 297:16;
298:15, 19; 301:9, 13;
310:22; 311:21, 24;
312:12; 313:5; 322:4;
325:23; 333:3; 334:20;
338:5; 339:5; 342:8;
343:4, 22; 344:21, 23;
345:4, 19; 349:8, 25;
351:4, 13, 15; 352:8, 10;
353:23; 354:7, 19; 355:12;
357:15; 358:2, 19; 359:9;
361:22; 362:3, 19, 25;
363:19, 24; 364:4, 16;
365:2, 12; 366:18; 378:15;
390:19; 391:21; 392:12;
394:16; 395:4; 399:4;
409:19; 421:14; 423:11;
424:19; 430:8; 431:12;

435:4, 10; 438:7, 22;
439:16; 442:4, 20; 443:5,
11; 456:19; 457:13, 19, 20;
458:16; 463:25; 465:2, 12,
17; 466:4, 10; 467:15;
468:15; 469:2; 470:7, 11,
25

**objection's** 358:13

**objective** 22:10, 11; 40:7;
47:5, 20; 334:6

**obligation** 26:20; 360:2;
364:13

**obligations** 39:4; 364:22;
365:9

**OBPD** 50:12; 85:5;
326:13; 348:23; 366:7;
386:10; 398:14

**OBPD's** 66:8

**observe** 221:23

**observed** 221:22, 25;
222:19; 223:11; 248:20

**observing** 448:12

**obstruction** 85:8; 87:4;
105:2; 136:18; 320:4

**obtain** 70:16; 71:3

**obtained** 467:16

**obtaining** 264:24; 457:12

**obviously** 207:4; 457:3;
466:20, 21

**occasion** 147:22, 22;
433:5, 18; 451:21, 22

**occasions** 24:10; 26:5;
117:2; 129:24; 145:5;
193:16; 429:6, 14; 451:20

**occurred** 28:10, 12;
244:6; 253:25; 282:5

**occurrence** 225:11

**occurring** 275:20

**Ocean** 4:6; 5:8; 7:9, 23,
25; 8:10, 16, 20; 10:16;
11:8, 11; 17:5; 18:17, 19;
23:13, 14, 18, 19; 24:8, 16,
23; 25:16, 19; 26:23; 27:9,
14, 25; 28:23, 24; 29:12,
23; 30:12, 16; 31:15;
36:25; 39:24; 43:23; 44:5;
46:24; 48:6; 50:17, 22;
51:4, 25; 52:5, 10, 25;
53:5, 12; 54:7, 13; 58:22;
67:13, 22; 68:13; 70:14;
96:17; 97:2, 9, 12, 14, 23;
99:20; 110:7, 10; 113:10,
15; 116:12; 118:3, 6;
119:4; 124:6, 11; 134:11;
142:3; 143:12; 145:9;
147:2; 148:5; 149:21, 22;
151:16; 153:7; 158:4, 20;
159:12; 160:7, 17; 161:21;
169:3; 170:10; 172:7, 15,
16, 17, 22; 173:4; 184:6, 7;
190:6; 196:16, 22; 197:16,
21, 24; 199:22; 209:15;
232:3; 245:11; 253:10;
260:18; 261:20; 268:13,
24; 272:21; 273:4; 277:8;
280:3, 4; 281:8, 12;
282:15, 16; 291:3, 6;
299:17; 300:6; 306:19, 23;

311:5; 312:19; 317:3; 322:18; 324:4; 326:25; 327:7, 15, 22; 330:16, 24, 25; 334:24; 335:16; 339:23; 345:21; 346:7, 20, 24; 348:7, 23; 349:20; 350:15; 355:15; 359:5, 7, 14; 366:20; 367:6; 382:3; 388:5; 389:18, 22; 390:6, 16; 393:4, 10; 395:11; 396:12, 16, 24; 400:4; 406:5; 407:14; 409:11, 24; 429:10, 23; 432:15, 17; 433:8; 436:4; 438:15; 445:12; 452:21; 453:21; 454:4; 470:12

**Oct** 267:10

**October** 131:5, 15, 16, 25; 133:2, 5, 10, 21; 254:2, 3; 311:7

**off** 71:13; 101:8, 10, 24; 102:7; 116:17; 117:3; 131:5; 135:10; 144:16; 148:18; 168:13; 170:4; 186:12; 189:9; 200:24; 213:16; 244:22; 254:12, 13; 256:3; 274:15; 292:2; 321:22; 329:19; 330:4; 339:3; 356:9; 370:18; 373:5; 415:21; 447:6; 471:25

**offended** 410:10

**offensive** 365:4

**offer** 265:6; 454:2

**offered** 173:25; 342:5; 402:20

**offering** 280:7; 340:14; 341:12

**offers** 173:18

**office** 33:17, 20; 55:14; 89:25; 109:22; 113:21; 117:22; 122:19; 130:2; 137:23; 138:2, 12, 16; 140:10, 17, 24; 141:15, 25; 142:14; 143:14; 144:10; 145:8, 21; 146:14; 147:10; 149:11, 14; 150:20; 152:14; 154:23; 155:22; 156:23; 160:21; 166:7, 13; 168:7; 169:3, 22; 197:3; 256:7; 259:6; 260:13; 287:16, 18; 302:17; 336:9; 397:5; 432:14; 441:18; 446:2; 451:12, 19; 453:9; 466:23; 468:8

**officer** 27:14; 29:12; 52:11; 58:18, 19; 59:3; 66:23; 70:16; 71:4; 112:18; 113:15; 118:2; 124:14; 159:11; 161:22; 185:10; 197:24, 24; 233:9; 238:18, 24; 239:7, 11, 17; 240:16; 241:6, 7, 9; 251:19; 252:7, 13, 18, 20; 253:3, 10; 261:19; 270:21; 271:7; 274:20; 276:25; 277:2, 7; 278:8; 283:5; 311:4, 12; 322:22; 334:7;

340:15, 16; 341:15, 19; 342:4; 354:10; 355:15, 18; 359:25, 25; 364:14, 22; 365:10; 371:4; 386:19, 20; 387:10, 16; 396:6; 398:16, 17; 400:3; 407:18; 417:15, 21; 422:6; 424:6

**officers** 23:13, 16, 19; 24:6, 23, 25; 25:16; 26:19, 23; 27:8; 28:3, 22; 29:23; 38:9; 39:5, 24; 41:5, 16; 42:3; 46:24; 50:11; 51:9; 52:2, 25; 53:6, 12; 54:7, 20; 65:21; 85:2; 86:13; 101:16; 116:11; 119:4; 124:6, 9, 17; 129:7; 133:23; 148:10, 12, 20; 174:16; 175:3; 176:6; 178:6, 8; 180:18; 181:3; 182:16; 189:10; 238:22; 239:16; 260:17, 20; 275:18; 336:20, 22; 337:10, 21; 338:2, 8, 14, 15; 339:3, 10, 16; 345:21; 346:8; 349:3; 350:14; 352:9; 355:11, 14; 357:14; 359:8; 366:15; 367:5, 5; 368:3, 8; 371:5; 379:7, 19; 381:15; 391:6; 396:7, 22; 398:15, 18; 406:4; 411:17; 417:13; 435:17; 436:10, 12

**offices** 90:2; 452:13

**official** 320:9, 23; 321:10, 15; 325:8, 18

**Officially** 432:9

**old** 199:16, 17; 324:11; 330:14, 18; 387:12, 14

**Oley** 99:20, 21

**Once** 145:18; 309:18; 312:17; 431:14; 432:18

**one** 4:3; 14:14, 15, 16; 21:8; 25:2, 6, 23; 27:12; 29:19; 36:8; 41:7, 7; 49:2; 57:25; 61:5, 6; 62:20, 21, 24; 63:12; 64:11; 71:12; 76:12; 81:23; 96:2, 24; 107:12; 123:23; 125:22; 142:25; 145:12; 149:5; 152:16; 156:9, 21; 163:9, 14; 174:17; 175:25; 177:20; 178:9, 10, 21; 182:15, 16, 17, 17; 198:6; 201:18; 206:7; 223:24; 224:8, 17; 225:21; 226:4; 230:3, 18; 235:2; 240:19, 23; 241:19, 20; 242:9, 20; 250:11; 251:23; 256:9; 274:11, 12; 291:16; 299:9; 300:20, 23; 302:25; 318:13, 17, 22; 319:6, 12; 321:22; 322:23; 325:20; 339:21; 340:2, 24; 343:5; 347:4; 352:24; 353:3; 355:7, 19; 368:22; 369:2; 371:4, 5, 14; 373:20; 375:13; 391:6; 399:8; 406:15; 415:15; 419:7, 12; 420:23; 421:7, 11, 20; 422:14; 423:12, 13, 25;

427:16; 431:19, 19; 445:11; 449:14; 451:21; 460:11; 471:5

**ones** 106:25; 285:24; 377:9; 431:18

**ongoing** 115:23; 193:21; 257:18; 342:19; 343:12; 345:9, 14

**only** 11:18; 24:6, 22; 25:16; 36:17; 41:23; 47:18; 58:12; 63:10; 64:8; 75:12; 78:12, 14, 14; 100:15; 117:4; 123:6, 22; 124:10, 18; 131:12, 16; 148:12; 149:7; 171:5; 180:18, 18; 181:3, 22; 182:15; 193:8, 14; 194:12, 17; 217:15; 219:19; 248:19; 249:3; 258:8; 266:24; 268:22; 285:10; 286:25; 296:24; 298:9; 314:18; 317:16; 321:9; 335:3; 337:25; 342:7; 347:4; 367:15; 369:5; 373:9; 377:13; 378:19, 22; 404:10, 23; 419:6; 423:12, 13, 19, 21, 25; 424:2; 425:6; 428:24; 431:19; 435:19; 470:19, 20

**open** 202:11

**opening** 283:13; 285:22

**openings** 271:11; 285:12; 288:25; 289:4; 302:25

**operating** 326:12, 20

**opinion** 24:4; 32:19; 36:10; 40:16; 62:3, 5; 102:7; 107:19; 117:24; 118:13; 120:13, 16, 20; 121:5; 122:24; 132:2; 140:4; 144:8; 185:6, 8; 195:4, 11; 260:16; 274:24; 277:6, 17; 279:25; 297:22; 310:18; 333:10; 351:14; 352:13; 362:9, 10; 375:20; 394:25; 395:15, 22; 400:24; 410:10; 436:16; 438:15, 18, 25; 439:4, 5; 441:23

**opinions** 439:9

**opportunity** 43:7; 267:12; 305:14

**opposite** 84:2

**order** 230:25; 233:25; 249:22; 275:12; 276:3, 4; 277:2; 300:12; 321:19, 25; 322:3; 379:18; 408:15

**ordered** 321:20; 322:16; 325:5, 7, 17; 326:5; 339:15; 360:21

**ordering** 320:8, 22; 336:19

**orders** 364:17

**organizational** 367:6; 380:24

**Organizations** 320:3

**others** 63:18; 285:16, 18; 318:23; 438:13

**Otherwise** 16:6; 139:9; 182:25; 447:4

**ounce** 399:20

**ounces** 399:19

**out** 24:25; 44:11, 14; 45:15; 70:20; 101:20; 102:15, 19, 22, 25; 104:17; 107:25; 116:12; 127:4, 22; 129:17, 20; 130:8; 146:3; 150:8; 151:2; 169:16, 17; 172:11; 175:8; 176:9; 178:14; 179:3, 6; 180:8; 183:20; 186:2; 198:25; 199:14, 24; 202:19; 203:4, 10, 16, 17, 20; 206:21; 210:15; 217:8; 220:24; 225:2; 227:12, 20; 235:11; 246:13; 251:25; 256:20; 266:13; 273:10; 275:13; 276:9; 279:17; 280:11, 21, 23, 25, 25; 281:3, 15; 286:23; 287:15, 17; 292:21, 24; 305:20; 306:3; 309:19, 24; 310:19; 312:19; 315:25; 316:3; 331:8, 12; 339:4, 16, 18, 22; 355:24; 368:5, 6, 18; 369:20; 372:23; 373:6, 7, 13, 17; 385:15, 18; 392:13; 398:20; 409:2; 419:7; 422:14; 424:12; 431:20; 434:6; 445:25; 446:6; 454:5; 456:4, 13; 460:13, 13; 469:11

**outdoors** 95:15

**outlet** 114:5, 10; 117:19; 122:24; 159:7, 24; 160:4, 16; 162:12; 164:22; 259:23; 335:25; 397:22

**outside** 113:15; 118:3; 129:9; 148:22; 159:11; 225:4; 229:2; 248:23; 266:19; 319:9, 17; 424:20; 425:5

**outward** 423:7

**over** 44:6; 87:10; 124:14; 130:25; 132:20; 149:16; 157:25; 167:24; 201:23; 203:3; 222:12; 246:18; 257:18; 267:7; 272:21; 299:4; 300:6; 317:2; 370:24; 373:25; 374:9; 375:17; 382:25; 389:6; 424:23; 431:9; 432:21; 433:9; 470:23

**overdose** 178:16; 179:16; 181:5, 9

**overlap** 404:25

**oversee** 31:25

**overseeing** 195:24

**overt** 22:12, 17; 23:7, 9, 12; 26:17; 28:8; 29:20; 30:4; 33:10; 34:22; 35:5; 39:20, 24

**own** 157:8, 12; 243:23; 317:5; 353:19; 437:10

**owner** 267:2; 322:10; 324:16

**P**

P-L-Y-I-N-G 399:3

**p.m** 144:16, 20; 213:16, 20; 292:2, 6; 356:9, 12; 415:20, 25; 471:25

**page** 21:20, 21, 25; 37:12; 49:23; 262:16; 263:6; 316:12, 14; 319:19; 348:11; 350:19; 357:17; 365:14, 17, 19, 20; 386:2; 393:25; 398:11, 12; 403:2, 12, 13; 405:17; 408:19, 20; 411:23; 413:16; 416:4; 454:10

**paid** 10:11; 12:3; 172:19

**pain** 386:5, 9, 17, 23; 388:13, 19; 393:19

**painfully** 35:3

**pains** 387:2

**Palace** 410:21

**paper** 45:17

**paperwork** 158:6; 281:10; 282:12; 286:3; 290:14; 292:20; 293:4; 299:8, 15, 19, 20; 300:8, 8, 12; 303:4, 18, 20; 305:3

**parade** 90:13; 95:16

**paragraph** 22:3; 40:6; 50:3; 54:18; 66:6, 22; 87:13; 136:15; 138:10; 159:3; 262:18; 263:8, 13; 292:13; 294:16; 295:20; 297:7; 319:23; 325:17; 357:18; 358:24; 365:17, 21, 22; 366:17; 380:25; 386:3; 394:3; 398:12, 13; 403:2; 405:14, 14, 16, 23; 408:14; 411:23; 418:2, 10; 421:24; 422:5, 16; 425:13, 15, 16; 454:12; 455:2; 457:14, 21; 458:12, 23; 459:7; 464:16

**paramount** 127:5

**paraphrasing** 377:13

**parents** 429:15

**Paridiso** 87:18, 19; 105:16; 109:9; 110:9; 115:21; 116:2; 118:12, 17, 22; 119:12, 14, 24; 120:17; 123:23; 124:12, 19; 161:12; 174:10, 12; 175:4, 6, 7, 20, 21; 176:5, 8, 11; 177:6; 178:7, 13; 186:21; 187:8; 188:2, 18; 190:2, 6, 11, 21; 191:4, 8, 13; 193:17, 24; 194:14, 23; 195:7, 11; 196:6, 6, 8, 10; 197:17, 23; 198:9; 203:18, 25; 204:19; 205:8; 206:25; 207:7, 20; 208:2, 20, 25; 209:4, 9, 23; 210:5, 10, 12, 16; 211:11, 22; 212:2; 217:20; 218:6, 11, 15, 22, 25; 219:8, 13; 250:23, 25; 256:13; 257:13; 258:3, 19; 276:16, 17; 277:6; 282:9,

11; 306:21, 22, 25; 307:5,
8, 24; 308:4, 8, 23; 309:3,
17; 316:10, 20; 317:4, 20;
318:11; 332:9, 11, 15, 19;
333:14, 25; 334:19;
340:20; 341:23; 348:8;
349:7, 10, 23; 370:25;
384:22, 25; 385:3, 8, 15,
18; 402:6, 18, 22; 404:4;
406:10; 407:24; 419:23;
421:4, 12, 18; 429:4, 7
**Paridiso's** 276:4; 308:16
**Park** 315:3, 23; 317:23
**part** 11:6; 30:11; 41:9, 13;
48:11, 20, 25; 52:13;
70:23; 77:13; 103:7;
112:23; 126:18; 187:17;
270:22, 23; 271:21; 275:3;
281:16; 291:11; 312:4;
349:12; 405:3, 11; 426:16;
441:16
**part-time** 11:8; 280:5
**partial** 47:17
**participant** 232:8;
233:21
**particular** 69:13; 72:24;
112:3, 7, 10; 161:9;
174:18; 199:6; 228:24;
267:13; 340:3; 375:9, 15;
406:16
**particularly** 66:23;
291:10; 460:11
**particulars** 174:20
**parties** 255:20
**party** 37:12, 15; 44:15;
127:24; 129:18; 130:9, 13;
135:4, 9, 13, 22, 25;
184:20; 417:17
**pass** 30:22; 32:20; 373:7;
450:17
**passed** 303:22; 346:12;
373:11
**passing** 50:20; 58:19
**past** 311:3
**Pat** 125:18, 18; 212:10,
10; 220:15; 416:20
**patent** 15:14, 23
**patently** 15:3, 9; 16:12
**Patrick's** 432:10
**patrol** 311:8; 322:17
**patrolling** 181:14;
182:18
**patron** 422:25; 423:9, 16;
424:2
**patrons** 422:7, 12, 17,
23; 424:7, 14, 17
**Paul** 99:23; 409:10;
410:11; 411:16
**pay** 378:6, 10; 429:21
**paying** 166:25
**pays** 324:3
**pedigree** 427:4
**Pelc** 442:11, 12, 13;
443:10, 18; 444:2, 3, 9, 10,
14, 15, 16; 446:9; 449:17,
23; 450:9, 15

**penalty** 236:22
**pending** 292:10, 14;
294:18, 22; 295:8, 11, 21;
297:9
**people** 115:12, 14;
128:12; 129:5; 130:2;
142:24; 147:12; 180:18;
182:11; 249:11; 349:20;
369:5; 390:8; 424:21, 22;
432:24; 437:22; 452:19
**People's** 427:23; 428:13
**per** 366:3
**perceived** 461:6
**percent** 44:3; 248:19;
267:22; 346:11
**perfect** 380:21; 383:8;
411:22
**performance** 381:15
**performed** 311:10
**perhaps** 32:13; 279:10;
459:17; 460:20; 463:16
**period** 29:16; 79:10;
80:22; 153:2; 155:12, 14;
156:15; 161:2, 5, 12, 15;
171:19; 175:10; 187:16;
218:2; 269:15; 270:9;
289:14; 303:21; 396:8;
457:4
**perjury** 247:7, 18, 22, 25
**permitted** 350:16;
351:11; 352:6; 353:14
**perpetrating** 342:19;
343:11; 344:6; 345:13
**person** 24:21; 25:14;
31:8; 58:14, 15; 74:19, 22;
110:18; 147:10, 11;
157:25; 187:23; 233:5;
239:6, 16; 241:25; 242:8;
246:4; 256:13; 266:25;
279:5; 319:25; 337:25;
362:18; 377:11; 391:20,
23; 400:6; 419:9; 431:19;
440:23
**personal** 433:10; 442:2
**personally** 22:15; 67:9;
80:16; 152:22; 153:14, 18;
206:10; 227:20; 440:14;
465:9
**personnel** 184:17;
349:2; 353:22; 354:5, 18;
359:5; 394:6; 396:16;
405:21
**pertain** 20:13
**pertaining** 157:21;
160:7, 17; 166:20
**pertains** 231:19; 244:20;
320:14; 321:2
**Phil** 444:18; 451:2
**phone** 24:20; 25:13, 23;
26:6, 14; 43:22; 44:4, 6, 7;
45:5; 53:24; 75:17; 76:5;
80:14, 21; 81:17, 20;
96:20; 126:2; 157:18, 25;
183:2; 273:13; 279:19;
281:7; 286:22; 287:3;
412:4; 421:8, 10, 13;
430:23; 440:25; 447:4;

**plying** 398:16, 24; 399:2
**point** 6:10; 8:15; 16:11;
27:24; 42:18; 43:2, 3;
45:25; 67:19; 70:22;
72:11; 74:11; 77:21; 80:3,
4; 96:12; 105:6; 126:2;
130:25; 131:4, 14, 25;
134:3; 144:25; 146:17;
153:10; 184:14; 193:23;
198:5, 6; 199:6; 228:2;
229:7; 239:14; 245:24;
250:20; 270:11; 297:20;
298:5, 6; 299:18; 301:19;
306:16; 322:19; 341:11;
367:9; 411:10; 416:10;
419:4; 455:11; 465:18
**pointed** 67:7; 256:10;
419:7
**points** 152:4
**poisoning** 90:19, 21;
94:19
**police** 27:8, 14; 28:3;
29:12; 38:9; 42:22; 44:24;
46:24; 48:7; 52:25; 58:18,
19; 59:3; 67:13, 23; 69:20,
25; 70:3, 14, 16; 71:4;
98:7, 19; 101:15; 102:15;
103:5; 109:24; 110:5, 11,
17, 22; 111:4, 9, 10, 12;
112:13, 17, 18, 20, 23, 24;
113:15; 118:2, 2, 3; 119:4,
4; 123:10; 124:7, 11;
126:3; 133:23; 139:23;
140:2; 143:12; 148:5, 15;
153:25; 159:11; 161:22,
25; 164:5; 182:16; 185:10;
197:24; 199:22; 224:9;
232:3; 238:18, 24; 239:6,
11, 17; 240:16; 241:5, 7, 8;
251:19, 24, 25; 253:11;
261:19; 263:17, 19;
264:13; 265:12, 23;
267:16; 270:16, 21; 271:7;
272:22; 274:19; 276:24;
277:5; 278:8; 280:13;
282:17; 283:4, 7; 284:16;
285:6; 287:7; 291:4;
292:9; 299:10; 300:10, 13,
20; 301:3; 302:8; 306:18;
308:17, 21; 310:11, 17;
311:4, 5, 6, 11; 312:10;
320:9, 23; 321:15, 18;
322:22; 323:3; 325:8, 18;
326:3, 4, 25; 327:7;
329:12, 15; 330:16; 333:2;
334:7; 336:5; 338:15;
340:13, 14, 15, 16; 341:14,
15, 19; 346:7; 349:3;
350:14; 354:10; 355:15,
17; 359:8, 25; 364:14, 22;
365:10; 371:2, 22; 372:15;
377:10; 379:6, 20; 381:15;
386:19, 20; 387:10, 15, 24;
389:13, 18; 390:2, 4, 6, 11,
16, 22; 391:5, 6, 14; 396:6,
7; 401:2; 407:18; 409:11;
411:17; 422:10; 436:5, 12;
437:22, 24; 456:5

**polite** 279:20
**Politics** 389:24
**pool** 221:20; 250:10;
256:15; 262:5, 7, 10
**populated** 180:16;
182:10
**portion** 356:21; 446:17;
449:9
**position** 31:15; 32:15;
33:6; 58:18; 69:17; 84:2,
11; 111:7; 264:24; 267:7,
17; 270:19; 293:23; 294:3,
7, 11; 313:18; 317:23;
354:9, 11; 438:6, 11
**positions** 83:24; 84:8
**possession** 18:5; 177:3;
361:15; 362:22
**possibility** 36:24;
298:16, 17, 21, 24; 301:2,
5; 306:7; 333:11, 12;
383:16
**possible** 19:6; 179:15;
181:5, 8; 302:3, 5
**possibly** 58:12; 132:9;
253:10; 289:10; 298:13;
429:16
**post** 89:25; 114:20;
135:7; 410:14; 431:6, 10
**posted** 116:10; 390:5;
392:16; 431:18, 20, 24, 25;
432:7; 434:7
**posting** 392:18
**pot** 178:18
**pot-laced** 184:22
**potential** 236:22; 265:18,
19; 270:17; 291:5; 297:2;
309:19, 24; 310:20; 312:8;
319:13; 357:3
**powdery** 328:4
**Powell** 41:6
**power** 85:8; 87:4; 105:3;
136:19; 470:23
**practice** 182:13; 362:13
**pre-marked** 307:21
**precinct** 111:14; 253:8
**precipitated** 23:5
**Precise** 4:13, 16;
277:21
**prepare** 84:10, 13;
277:21
**presence** 331:24; 342:6,
9; 420:17; 423:19, 22, 23,
24; 433:14
**present** 38:13; 366:22;
471:11
**presented** 259:25
**presently** 427:4, 15, 19;
468:24; 469:6
**press** 114:14
**presumably** 401:8
**presume** 90:21; 185:10;
392:8; 409:17
**presuming** 392:9
**Pretty** 31:19; 92:22;
121:14; 175:24; 194:20;
205:19; 257:2; 285:3;

**phoned** 81:8
**phrase** 41:4; 394:21;
424:4
**phrased** 7:14
**physical** 353:24; 354:3,
16, 21, 22; 355:4, 8;
357:12, 16
**physically** 353:20;
354:14, 24; 355:3, 13, 16;
372:2; 459:4
**pick** 213:12; 330:3;
337:12; 339:17; 355:25;
392:13
**picked** 25:12, 24; 26:13;
273:11
**picking** 26:6
**picture** 195:19; 256:11
**pictures** 416:12, 23;
417:5, 6
**piece** 280:9, 9
**pieces** 280:10
**pike** 45:24
**place** 51:20; 140:3, 5, 6;
194:18; 199:2, 3; 256:25;
319:3; 341:2; 416:14;
424:23; 468:9
**placed** 361:20
**Plaintiffs** 4:5, 21; 18:10;
21:2; 22:8; 34:18; 40:25;
41:17; 42:2; 49:25; 59:14;
63:12, 13; 64:12; 83:12;
158:8, 15; 263:14; 264:9;
265:20; 292:14; 294:18;
295:8, 11, 21; 313:2;
314:7; 320:8, 10, 23, 25;
325:8, 17, 19; 326:10;
336:19; 342:17; 349:3;
350:14; 353:8, 16; 359:2,
2; 366:8, 12, 13; 379:5;
381:12, 13, 14; 394:5, 8;
403:5, 20; 430:15; 431:16,
20; 454:15; 456:17;
458:14; 464:19; 468:23
**planned** 455:10
**planning** 454:19, 24
**play** 30:25; 77:6
**played** 330:15
**plea** 237:10, 18; 238:4;
240:5; 244:7; 246:10, 24;
247:5, 12
**plead** 242:22; 243:4, 11;
244:24, 25; 246:18, 20;
311:2
**pleading** 241:2; 247:17
**please** 4:18; 5:14, 20, 23;
21:20; 57:5; 113:12; 138:7;
311:19; 334:13; 357:23;
358:9; 439:7; 453:5;
459:11; 461:14
**pleasure** 284:3
**pled** 237:4, 8; 239:21;
240:12; 243:14; 246:22;
247:3
**plenty** 87:9
**ploy** 48:20, 25; 49:6

FRANK FIORELLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 57 of 64 PageID #:
5081

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

295:4, 5; 306:9; 309:14; 325:6; 328:8, 8; 342:10; 351:5; 367:25; 392:14; 398:10; 414:12, 12

**prevent** 51:25; 136:13; 164:19; 165:11, 16, 18, 22; 166:5; 190:5; 342:17, 18; 344:5; 454:15; 457:11, 17; 458:12; 459:2, 4, 6; 464:19, 23; 465:9; 466:2, 7

**prevented** 28:24; 333:15; 343:9, 10, 14, 19; 344:20; 345:12, 18; 457:9

**preventing** 23:16; 344:5; 345:13

**previously** 333:20

**priest** 388:17, 25; 389:2

**primary** 334:6

**prior** 9:11; 10:8, 15, 18; 11:7, 15; 17:24; 19:23; 20:5; 25:22; 28:10, 12; 34:7, 18; 35:2, 8, 24; 36:2, 23; 38:17; 39:3; 40:17; 42:23; 43:15, 22; 44:3, 9, 23; 46:5, 12, 17; 47:9, 10, 12, 13, 16; 49:9; 57:7; 58:7; 59:22; 74:6; 79:5, 20; 86:11; 87:15, 19; 88:6; 120:11; 138:12, 16; 155:22; 156:8, 20; 157:4, 10; 162:12; 164:2, 5; 173:13, 17, 20, 20, 25; 174:12; 187:14; 188:17; 229:8; 250:21; 252:11; 254:20; 259:9, 11; 260:14, 22, 22; 261:11, 14, 16; 263:23; 266:11, 21, 25; 269:8; 277:22; 309:9; 346:18, 23; 355:8; 357:11; 438:19; 439:11, 12, 23; 440:10, 16, 20; 441:6, 9, 24; 442:5; 444:5, 7; 445:4; 454:17, 21; 455:23; 456:9

**Prisco** 138:20, 25; 139:3, 5, 6, 9, 11; 142:11; 143:15; 153:19, 24; 154:9; 171:10

**privilege** 83:21; 84:23

**privileged** 76:15; 77:14; 82:14; 83:18

**probable** 362:5, 12; 364:2

**probably** 28:25; 30:11; 52:19; 219:20; 309:14; 362:10; 406:23; 452:23

**problem** 39:16; 84:17; 119:2; 188:22; 189:13; 200:3; 312:21

**problems** 331:22; 377:10; 432:23

**procedure** 359:6; 400:3; 401:2, 14; 407:18

**proceed** 155:17

**proceeded** 203:18; 368:25

**process** 25:3; 27:13, 14; 29:10, 11; 51:21; 58:17; 101:3; 270:25; 271:4; 281:17; 304:3; 305:9, 11

**produce** 43:21

**produced** 43:5

**professional** 58:15; 61:8; 388:11; 393:14; 459:22; 463:23

**progression** 364:6; 376:16

**prohibited** 326:18

**Prohibiting** 326:10

**prolonged** 396:8

**Promise** 177:24

**proper** 402:1, 14; 407:17

**properly** 395:13

**property** 331:6

**prosecuted** 237:13

**prosecutor** 237:3, 12

**Prospective** 262:22; 381:11

**protect** 234:22; 235:7

**Protection** 267:3, 5

**Protective** 267:5

**provided** 156:22; 157:2, 7, 11, 15; 158:2, 5

**provision** 56:9

**provisions** 319:25

**Public** 5:17; 107:20; 108:9; 109:3, 20; 110:14; 111:22; 112:15; 115:6, 11; 117:13; 118:14, 25; 120:13, 22; 122:9, 20; 123:15; 332:4; 333:16; 334:16; 357:20, 24; 358:9, 16; 363:22

**public's** 121:8

**publicize** 260:16

**published** 366:7; 389:14, 15

**pull** 178:14; 179:3, 6; 203:9, 20; 206:20

**pulled** 251:25

**pulling** 203:4

**pulls** 203:2

**punish** 409:18

**purport** 20:23

**purportedly** 308:3

**purpose** 34:21; 116:23; 162:23; 163:6, 19; 200:15; 210:13; 232:11, 13, 14; 233:13, 18

**purposes** 34:14

**pursue** 68:3, 5; 361:16

**pursuing** 364:23

**put** 23:8; 33:6; 77:6; 135:17; 139:12; 153:25; 170:14; 175:9; 191:9; 204:13, 16, 17; 211:6; 222:22; 223:2; 225:6, 8, 10, 17; 307:7; 316:9, 19; 317:4; 334:25; 439:9

**putting** 77:12; 129:20; 234:16; 236:20; 322:2; 333:16

# Q

**Q** 48:22; 212:13

**qualification** 28:3, 7; 395:18, 20; 432:24

**qualifications** 23:20; 26:19; 33:4; 46:24; 51:23; 436:18

**qualified** 23:13, 15, 17; 24:7, 23; 25:2, 16; 29:24; 32:19; 50:24; 51:19; 346:8, 10, 12; 354:9

**qualify** 404:9

**qualifying** 50:20, 21; 58:20

**qualities** 311:15

**quarters** 399:24

**questionable** 196:19

**quickly** 398:10

**quite** 7:18; 62:20; 69:22; 132:9; 267:4; 298:13; 443:21; 467:9

**Quogue** 283:10, 13; 284:6, 13; 285:8; 287:5; 288:24; 289:13, 21, 24; 290:14; 291:21; 292:9, 9, 18, 20; 293:4, 14, 24; 296:5; 297:12, 23, 25; 298:7, 11, 25; 299:7, 8, 9, 10, 13, 19; 300:7, 8, 11, 14, 19; 301:3

# R

**rabbi** 388:17, 23

**Racketeer** 320:2

**Radio** 114:15; 126:2; 183:9, 12

**Radler** 4:24

**raise** 88:5; 160:15; 216:8; 448:4, 6

**raised** 87:14, 17, 22, 25; 158:25; 163:17, 25; 164:6, 13, 21; 165:20; 166:8; 216:12; 392:25; 422:9

**raising** 162:23; 163:20; 165:12, 17, 23; 166:6

**ramifications** 189:22

**range** 161:24; 437:25

**ranger** 315:3, 23; 317:23

**ranking** 197:23; 276:25; 277:2, 7

**ranting** 324:2

**rapport** 111:18

**rather** 363:14; 448:14; 462:19

**rats** 65:3; 366:14; 377:2, 18, 19; 379:18

**raving** 324:3

**reached** 146:3; 286:23; 305:20; 385:15, 18

**reaching** 281:15

**reaction** 188:5, 7, 9;

342:10, 11; 422:6

**reactionary** 188:11

**read** 19:16; 50:15; 66:13, 22; 86:6; 220:22; 221:2, 11; 223:25; 225:18; 234:6; 256:21; 257:4, 14, 15, 17, 22; 258:3, 15; 310:25; 351:18, 18; 354:2; 356:2, 15, 21; 379:13; 413:12, 12; 414:9, 17; 416:9; 419:11; 430:17; 443:25; 449:7, 9; 458:6, 18, 20, 21; 461:13; 462:10; 464:6

**reading** 221:5; 224:16; 263:2; 382:8; 414:4, 9; 457:22; 458:12, 17

**reads** 464:17

**Ready** 5:6

**real** 331:9

**really** 39:10; 67:4; 80:10; 93:4; 128:22; 167:9; 196:4; 197:2; 210:15; 220:21; 254:18; 279:18; 281:4; 296:22; 297:17; 309:22; 310:24; 312:20; 314:10, 12; 325:20; 343:25; 388:4; 390:17; 395:23; 404:17, 20; 461:15; 462:18

**reason** 19:9; 31:16; 32:10; 42:11; 102:11, 13; 188:21; 230:18; 268:16, 22; 278:22, 24; 299:4; 303:10, 11; 317:6; 433:23; 437:18; 441:12; 447:13; 459:18, 23, 24; 460:9, 15, 16; 461:9, 10; 467:24

**reasonability** 82:22

**reasonable** 306:10

**reasonably** 82:19; 394:9

**reasons** 277:10; 316:22; 371:11

**recall** 6:19, 20, 21; 7:25; 8:8, 10; 9:9; 12:10, 18, 19; 16:21, 25; 17:19, 22, 23; 26:6, 10; 38:15, 25; 39:7, 8, 9, 11, 11; 55:18; 77:4; 80:25; 81:4, 22; 98:5; 113:17; 140:19; 145:10; 164:23; 165:2, 15, 21; 166:2, 3, 4, 10; 174:5; 175:13; 179:23; 190:8; 191:6, 10; 192:24; 193:15; 214:25; 215:4, 5, 12, 14, 16; 217:12, 16, 25; 228:24; 239:9; 246:6, 7, 8; 250:8; 256:22; 257:10; 259:14, 21; 285:17; 288:9; 298:8; 308:11; 318:25; 326:7; 337:23; 366:25; 381:5; 420:8, 9, 9

**receive** 6:11; 241:16; 357:5; 453:16, 19

**received** 148:4; 309:18

**receiving** 76:9

**recognize** 315:20

**recollection** 6:16; 18:6; 84:14; 90:15; 177:4;

219:7; 342:12; 467:18

**recommend** 348:9

**recommendation** 274:6, 8, 18; 277:13; 278:7, 19; 281:16; 306:25; 307:5, 14; 309:4; 311:22; 312:2; 347:13, 17

**recommendations** 347:15

**reconcile** 240:15

**record** 4:17; 5:21; 20:4; 71:13, 17; 144:16, 20; 168:22; 213:16, 20; 238:3; 292:2, 6; 310:25; 356:9, 13; 415:21, 25; 432:4; 460:6, 25; 461:18; 462:4, 11; 463:10, 23; 464:6

**record's** 357:8

**records** 43:22; 44:4; 45:5; 320:9, 24; 321:15; 325:9, 18; 326:5; 432:22; 433:9

**recourse** 66:8; 67:2, 12, 22; 70:13; 73:18, 22; 74:2; 454:16, 20, 25; 457:10, 18; 458:14; 464:20, 24; 465:10; 466:3, 8

**reductions** 311:18; 312:20

**refer** 66:20; 379:21; 454:25

**reference** 23:7, 12; 40:5; 156:16; 191:17; 192:2; 265:14; 271:19, 20; 272:24; 273:2; 282:12, 14; 303:24; 304:2, 6, 25; 307:9, 10, 13; 310:15, 16; 316:10; 317:5; 320:15; 340:9; 348:6, 10; 350:21; 366:16, 19, 19; 384:8; 385:9; 403:18; 413:16, 18

**referenced** 137:4; 162:10, 24; 163:8; 425:14, 16

**references** 380:23

**referencing** 138:9

**referred** 390:15

**referring** 86:14; 87:12; 139:21; 199:5; 263:5; 299:23; 300:2; 320:20; 337:15; 365:18; 395:17, 19; 422:17, 19, 22; 424:10; 430:13; 459:24; 462:7; 464:15

**refers** 66:16; 379:22; 386:4

**reflected** 114:21; 163:20; 165:13; 221:18; 275:11

**reflects** 50:3; 221:16

**refresh** 18:6; 84:14; 177:4

**refuse** 325:13, 22

**refused** 320:11, 25; 325:20; 326:6; 359:3; 361:2; 417:19, 22

**refusing** 363:14

**regard** 9:5; 17:7; 20:12;

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 58 of 64 PageID #: 5082

27:8; 28:7; 29:22; 31:12; 38:16; 39:23; 46:18, 23; 52:24; 53:11; 54:6, 12; 55:24; 58:21; 66:12; 67:8; 70:12; 72:4; 85:14; 86:9; 87:11; 102:4; 104:8; 105:10, 22; 113:21, 25; 114:5; 118:13, 23; 120:22; 122:24; 124:22; 137:13; 138:8; 140:10; 142:2, 4, 5, 11; 143:15; 146:25; 149:20; 150:21, 22; 154:24; 156:24; 158:3, 25; 159:3, 8; 163:17; 164:24; 165:3, 7; 166:15; 168:4; 169:20; 177:4; 178:13; 179:15; 190:10, 17, 20; 191:12, 24; 192:10; 207:21; 208:4; 212:17, 23; 215:9, 11; 237:8; 297:12, 14; 301:7, 17, 23; 305:25; 319:4; 333:22; 337:4; 347:20, 24; 361:5, 7; 364:12, 25; 380:21; 388:12, 18; 396:21; 403:4; 415:10; 418:6, 9, 13

**regarding** 32:9; 38:19; 40:7; 85:7; 87:3; 155:4; 259:10; 416:4; 430:5; 471:9

**regards** 162:9

**regular** 6:4; 311:8

**regulation** 400:3

**regulations** 359:4; 363:15, 17; 403:8, 23

**rehire** 68:12

**rehired** 38:19; 41:2, 18; 42:4; 149:21; 151:16, 24; 152:15; 260:14; 267:25

**rehiring** 38:8

**related** 302:10; 312:24; 314:25; 393:9

**relates** 31:2; 32:11; 176:13; 237:5; 385:23

**relating** 34:17

**relation** 7:22; 189:14; 209:8; 214:24; 253:24; 256:24; 309:10

**relations** 433:19; 471:9, 10

**relationship** 57:3; 60:14; 262:23; 263:25; 275:10; 292:15; 295:22; 469:10; 470:16

**relationships** 295:14, 17, 17; 297:10

**relay** 437:13

**relayed** 62:17, 21; 85:3; 205:15; 376:20; 437:8

**relevance** 76:17

**relevant** 76:11, 13, 14; 82:10

**reliance** 82:22

**relied** 82:20

**relief** 125:25

**relieving** 125:22

**religious** 388:17

**reluctance** 244:5

**reluctant** 244:3

**remain** 54:21; 55:9

**remained** 422:7, 17; 423:10; 425:2

**remaining** 12:2

**remark** 468:10

**remember** 39:14; 78:12; 79:24; 80:24; 130:12; 176:17; 180:13, 13; 188:10; 209:16, 19; 246:11; 302:14; 307:17; 308:10, 15; 310:13; 340:24; 347:7; 378:24, 25; 379:4; 380:20; 406:13; 468:12

**remembered** 246:11

**removed** 379:19

**renter** 139:13; 426:21

**repeat** 25:10; 61:25

**repeated** 85:7; 87:3

**repeatedly** 105:23; 381:11; 403:6, 21; 405:4

**rephrase** 8:14; 40:15; 58:4; 85:18; 138:6; 168:18; 173:21; 190:15; 238:8; 468:21

**rephrasing** 15:11

**report** 52:5; 143:12; 166:15; 179:24; 196:5, 6; 320:17; 363:2; 332:17; 389:23; 390:9; 398:21; 401:5, 9, 11; 412:3

**reported** 144:5; 196:7

**reporter** 4:15; 5:14, 20, 23; 6:3; 147:21; 213:23; 356:15; 431:7; 462:10

**reporter's** 214:10

**Reporting** 4:13, 16

**representative** 25:19

**representatives** 452:12

**represented** 83:21; 101:15

**representing** 468:25; 469:6

**represents** 397:19

**request** 308:24; 309:2

**requested** 303:18; 356:21; 449:9

**require** 56:10, 19

**required** 13:12, 23; 253:9; 283:16; 288:2; 360:4; 363:18

**requirement** 56:22

**requirements** 32:21; 56:18

**requires** 27:6, 24

**rescue** 183:24, 25; 184:2, 5, 7, 9; 400:12

**reside** 427:15

**resident** 284:22; 286:13

**resident's** 407:19

**residents** 275:17; 322:20

**respect** 15:2; 435:20; 441:20

**respectfully** 439:2

**respects** 429:21

**responded** 24:14; 92:3, 7; 183:7

**response** 92:12; 94:9, 9; 95:23; 183:14; 194:11, 13; 215:25; 372:5; 462:14, 19

**responsibilities** 52:23; 53:10; 54:5, 12

**responsibility** 23:23; 24:5; 51:15; 52:18

**responsible** 24:22; 25:15, 15; 26:17, 21; 27:7; 50:10, 18; 51:8; 52:16

**responsive** 41:14; 48:24

**rest** 398:10

**restricted** 322:20

**result** 101:7; 103:16; 332:5; 353:21; 354:4, 17; 355:9; 357:13; 386:9; 389:12

**retain** 72:25; 455:11, 20; 456:10

**retained** 72:12, 18, 23; 73:5; 145:19; 146:4; 348:24; 467:14; 468:17

**retaining** 73:13, 17, 25; 468:19

**retake** 346:16

**retaliated** 105:24; 136:16

**retaliating** 149:17

**retaliation** 85:6; 86:3; 87:2; 104:21; 138:5; 277:17

**retaliatory** 105:12

**Retention** 348:18

**retired** 113:11

**review** 18:2; 19:20, 24; 20:5; 78:24; 443:3; 462:4

**reviewed** 79:2, 3, 5, 17

**reviewing** 17:19; 24:2; 79:21; 214:12; 262:17, 19; 315:19; 380:6; 381:25; 382:7, 10; 394:2; 395:17

**revolved** 119:21; 120:14

**Rich** 98:11

**Richard** 12:14; 88:9, 24; 90:24; 93:4; 96:25; 98:3, 14, 17; 99:7, 8, 13, 17; 125:13; 130:4; 147:16; 222:17, 23; 223:10, 15; 231:2; 234:16; 236:12; 251:5, 10; 341:12; 398:16; 417:15, 25; 419:12; 420:3; 422:6

**Richie** 98:12; 99:22; 108:18; 202:8, 17; 203:2, 8; 251:7; 340:4, 12; 378:4, 6, 8, 9; 380:12; 402:19, 24; 408:25; 418:5; 420:13, 16, 20, 23; 426:12; 436:16; 452:5

**RICO** 319:20

**rid** 40:22; 100:14; 277:15

**riding** 89:19; 322:19

**Right** 7:17, 17; 21:7; 28:8,

13; 30:12, 23; 32:13, 25; 37:5, 11; 43:8, 10, 18; 44:19; 45:25; 47:18; 51:2; 52:7; 55:16; 59:16, 20, 24; 60:4; 65:18, 25; 66:3; 68:9, 10, 16; 71:23, 24; 72:12, 18, 22; 73:2, 3, 19, 22; 77:9; 79:18; 81:7, 9, 13; 86:7; 88:18, 20, 22; 92:5; 94:17, 20; 96:15; 97:12; 100:20, 22, 25; 101:5, 9; 102:16, 18; 103:10, 11, 16; 104:16, 22; 105:4, 21; 106:4, 12; 107:6, 10; 108:5, 9, 25; 109:3; 117:3, 8; 118:19; 119:9; 120:19, 24; 121:11; 124:2, 12; 127:25; 130:3; 132:13, 14, 16; 133:3, 11, 13, 19, 22, 24; 134:8; 136:4, 10; 137:8, 10; 139:16, 22; 142:18; 149:2; 151:9; 153:8, 9, 13; 156:3, 5; 157:13; 161:22; 167:8, 22; 170:7, 15; 173:10; 174:25; 176:7, 17; 177:12, 13; 180:11; 181:5, 6, 23; 182:20; 183:5, 22; 184:10, 15; 189:24; 190:9; 192:6; 199:18; 200:18; 201:4; 203:11, 13, 14; 206:11; 210:23; 213:11, 21; 215:20; 216:18; 219:21; 220:23; 221:20; 222:3; 224:4, 18; 225:17, 18; 226:2, 15; 227:5; 228:8, 13; 229:18; 230:17; 231:14; 232:21; 233:7; 234:11; 235:10; 237:11; 238:19; 240:17; 241:6, 8, 9, 12, 17, 21, 22; 242:24; 245:5, 9, 13; 247:20; 248:3, 19; 250:20; 251:6; 253:23; 254:20; 256:5; 257:21, 24, 24; 259:12; 264:7, 22; 265:23; 268:8, 21, 24; 269:6; 276:6; 277:16, 18; 282:7; 283:6; 284:13; 285:11, 17; 287:4; 291:7, 19, 22; 297:5, 6, 12, 21; 298:9, 14; 300:5; 301:24; 302:2, 7; 305:2, 8; 308:14, 17, 24; 313:13, 15, 21; 314:2; 315:23, 25; 316:19, 20; 317:7, 10, 15, 21; 324:21; 325:16, 24; 331:25; 332:13, 14, 17, 18, 21, 22; 333:22; 335:7, 19, 20, 22, 25; 336:10, 18; 338:21; 344:2, 9, 13, 16; 348:15; 349:12, 20; 352:24, 25; 353:6; 354:11; 360:16; 362:14; 363:4; 367:10, 25; 368:2, 9, 25; 369:7; 370:4; 372:14; 373:2, 11; 374:10, 23; 376:24; 377:8; 385:4, 7, 19; 389:6; 390:9; 392:22; 400:14; 401:9, 20; 403:3, 17; 404:5; 409:20; 411:18, 19; 413:22, 25; 414:7, 20;

417:8; 419:22; 428:23; 437:17, 20, 21; 457:4; 458:5; 462:16, 24; 464:3; 469:7

**rights** 39:4; 150:22

**ringing** 96:21

**risk** 121:9; 333:16; 353:8, 16, 24; 357:3

**Riverhead** 283:14; 284:6, 12, 14; 285:8; 287:12, 23; 289:5, 17; 290:5, 14, 16; 291:21; 294:4; 296:6; 297:15

**Rivkin** 4:24

**Road** 327:16; 407:12; 442:25; 466:15, 19

**Robert** 147:16

**Rogers** 87:23; 117:9; 122:13; 136:22; 162:16; 165:4, 6, 8, 12; 167:3; 252:10; 258:23; 335:9

**rogue** 366:14

**Ronnie's** 202:2

**room** 129:5, 6; 204:14; 216:6, 18, 20, 23; 217:4; 243:21

**round** 41:10; 131:3

**routine** 182:5

**rules** 341:8; 403:8, 23

**run** 91:3, 17, 20

**running** 70:20; 88:25; 89:12; 93:21; 94:2; 355:24; 374:21



## S

**safe** 370:16

**safety** 107:20; 108:9; 109:3, 21; 110:14; 111:22; 112:16; 117:13; 118:14, 25; 120:14, 22; 121:8; 122:9, 21; 123:15; 332:4; 333:16; 334:8, 16, 25

**salaried** 9:20

**salary** 9:24, 25; 10:5, 7, 11

**sale** 360:3; 365:11

**same** 7:12, 13; 37:11; 50:25; 75:25; 81:3, 5, 16; 137:12; 159:20; 164:24; 165:3, 7; 264:21; 265:5; 279:5; 280:18; 301:23; 303:3, 18; 305:9; 306:5; 330:10; 349:6; 352:10; 353:12; 364:4; 386:3; 436:18; 439:8; 443:19; 444:25; 445:2; 457:20; 458:16; 462:12, 14, 23; 465:2; 467:23

**Samuel** 138:22; 141:2; 468:6

**Sanchez** 22:7, 18; 24:20; 25:11, 25; 26:2, 8, 12, 21; 28:11; 29:20; 30:4, 16; 31:2, 13, 22; 32:12, 12; 33:11, 15, 16; 34:15, 23;

FRANK FIORELLO
February 20, 2009

Case 2:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 59 of 64 PageID #:
5083

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

35:8, 18, 23, 25; 36:15, 22;
37:7, 9, 13, 16, 20; 38:2, 6,
25; 39:12, 25; 40:11, 17,
21; 42:10, 14, 21; 43:14;
44:8, 18, 22; 46:4, 18;
47:5, 19; 49:5, 24; 50:5, 9,
16; 51:14; 52:15; 53:16,
20, 23; 54:19; 55:13, 25;
56:4, 11, 19; 57:3, 7, 9, 19,
21; 58:7; 59:14, 19, 23;
60:9; 61:14; 62:2, 25; 63:5;
64:9, 19, 24; 65:11, 13, 19,
20; 66:4, 7, 12; 67:11, 20,
20; 69:9; 71:20; 72:21;
82:20; 85:21; 86:2, 11, 17,
25; 87:13; 104:9, 18;
105:6; 159:5; 342:17;
343:5, 14; 344:4, 19;
345:5, 12, 18; 432:11;
434:5, 17, 20, 25; 435:7,
13; 436:2, 15, 24; 437:4, 8,
13; 438:5, 10; 439:11;
440:9, 16; 441:6, 17;
442:8, 17, 21; 443:14;
444:6, 8, 11, 16, 19; 445:5,
8, 11, 14; 449:21, 24;
450:2, 14, 16, 19, 24;
451:5, 10, 13, 18; 452:9,
14; 453:8, 10; 454:13, 18,
23; 455:4, 8, 10, 21, 24;
456:9, 21, 23; 457:9, 11,
17; 458:11; 464:17, 22;
465:8; 468:3, 11; 469:10;
471:10

**Sanchez's** 12:23; 13:2, 9,
15; 23:9, 23; 24:5; 26:17;
28:19; 30:9; 38:13; 52:23;
53:10; 54:5; 55:15;
438:20; 443:3; 446:2;
452:20; 470:23

**Santana** 4:12

**Santarpia** 110:19, 20, 24;
111:17, 19, 24; 112:12

**Santarpia's** 111:6

**sat** 413:7; 448:13

**satisfied** 193:24; 194:10

**Saturday** 172:4, 5, 6;
192:17; 199:10; 200:25

**Saturdays** 172:7, 12

**saw** 98:19; 135:12;
185:17; 187:12; 201:24;
209:15; 222:5; 224:13;
230:14; 328:2, 14; 330:11;
369:13; 370:3; 399:8;
432:15; 433:8; 455:4

**saying** 41:25; 59:18;
60:5, 6; 116:10, 23;
132:15; 142:23; 175:4;
193:12; 215:12, 14, 17;
228:23; 238:17; 241:5;
257:10; 266:6; 278:7;
292:19; 305:13; 312:11;
343:24; 400:18; 404:10;
458:23, 24

**scene** 101:6; 153:24;
154:5; 175:25; 184:10, 15;
212:7; 221:17; 222:2, 9;
239:2; 248:11, 21, 25;
249:5, 8, 15, 19, 25; 250:7;

**schedule** 131:3, 6; 270:4

**scheduled** 263:15, 23;
264:9, 11, 17, 20, 21;
265:11, 21; 266:10, 21;
269:9, 14, 23; 270:12;
271:15, 23

**scheduling** 131:2; 132:3;
134:5

**Schneider** 442:14;
443:19; 444:13, 22; 445:7;
451:7

**Schwartz** 389:23; 390:9

**Scott** 272:2, 2; 280:18;
313:12

**screaming** 216:6

**se** 366:3

**search** 283:3; 362:4, 6,
13, 14

**searched** 362:18, 21

**searches** 72:2; 171:15

**season** 7:10; 8:3, 12, 17;
38:9, 20; 41:2, 18; 42:4;
132:19, 21; 133:2, 11, 15,
17, 22; 134:4, 8, 11, 18;
180:8, 9; 187:14, 17;
199:8; 256:25; 257:3;
330:10; 411:14, 19, 19

**seasonal** 10:17, 22; 11:5;
133:23; 426:21

**seasonal/part** 311:4

**seasonals** 133:12, 16

**second** 9:4; 15:2; 61:6;
77:13; 254:24, 24; 255:7;
296:15; 314:24; 316:14;
321:11; 381:21; 408:19;
409:25; 431:8; 468:16

**secretary** 290:18

**section** 199:17; 358:8

**secure** 248:10, 24; 249:5,
8, 14, 18; 250:6

**securing** 249:24

**security** 248:21; 427:25;
428:2; 429:10

**seek** 66:8; 67:2, 12, 21;
70:13; 227:12, 20; 293:13;
306:3, 3; 454:19, 24;
456:18

**seeking** 18:10; 53:19;
73:18; 74:2; 293:11;
310:21; 393:12; 454:16;
457:9, 17; 458:14; 464:19,
24; 465:9; 466:2, 8

**seem** 463:5

**seemed** 13:8; 70:5;
213:24

**seems** 74:14

**sell** 359:17, 20

**selling** 326:24; 327:6;
360:10; 361:11

**send** 286:2; 288:9, 25;
289:12; 309:3, 17, 19, 24;
335:14, 15, 21, 24; 338:24;
428:6; 451:10; 453:25

**senior** 124:14

**sense** 441:14, 14, 16;
450:2

**sent** 277:18; 281:10;
283:10, 12; 303:20;
308:23; 310:19; 312:7

**sentence** 454:13; 457:8;
458:17, 19, 21; 460:12, 12;
464:16

**separate** 21:23; 430:20

**September** 100:9; 133:7;
307:23; 308:5, 13; 309:9,
15; 398:14

**sequence** 80:25; 408:23

**Sergeant** 4:23; 30:20, 22,
24; 32:20; 272:2, 21, 25;
336:5

**series** 21:13; 105:9

**served** 349:2; 350:13;
354:6

**Service** 23:21; 24:7, 16;
26:20, 22; 27:6, 25; 28:20,
25; 30:21; 32:3, 21; 33:5;
39:5; 43:20, 24; 44:5;
56:10, 18; 58:13, 17; 63:2;
65:2, 4, 17; 67:16; 163:24;
283:15; 287:15, 20; 299:5;
348:24; 377:18; 379:18;
393:24; 394:7, 11, 19;
395:12; 396:20; 427:23;
432:14, 24; 434:14; 438:3;
440:23; 452:9, 18; 465:19,
22; 470:22

**Services** 267:4

**serving** 353:22; 354:17;
357:13

**set** 20:9; 22:5; 23:20;
87:13; 182:21; 263:14;
319:24; 348:22; 351:16;
358:25; 380:24; 386:11;
459:15

**setting** 25:6

**seven** 387:25; 409:9;
415:24

**several** 24:10

**severe** 386:5, 8, 13, 16,
22; 388:12, 18; 393:18

**sex** 57:9, 20; 58:7; 59:24,
25; 60:8; 407:19, 22;
470:13, 14

**sexual** 57:3; 60:14;
407:2, 8; 433:18; 469:10,
20; 470:16

**Shalick** 256:10; 422:14,
20; 423:9; 424:2, 11

**shall** 448:14

**shared** 128:8

**Shawn** 225:13, 14, 21;
236:8; 425:17

**Sheriff's** 263:20; 302:16,
16

**shield** 251:25; 369:13;
370:3, 17; 372:25; 437:23

**shift** 180:22; 186:22, 25;
187:20; 217:23; 228:9, 11,
22; 229:9; 250:22; 251:10;
254:6, 11, 14, 15, 21, 24,
25; 255:3, 6, 7; 338:20;

**sense** 441:14, 14, 16;
404:25; 419:2; 428:8

**shifts** 191:9; 338:14, 16;
408:16

**shocked** 342:10

**shop** 89:25

**Shore** 374:6

**short** 151:13; 171:19;
405:20

**shorten** 139:25, 25

**shortly** 33:17; 145:17;
187:15; 209:10; 228:16;
401:7; 412:5; 414:4

**shoulders** 188:12, 14

**show** 20:22; 21:15;
297:21

**showed** 213:4; 220:11;
388:2; 413:9

**shows** 42:21; 44:22

**shrug** 188:12

**shrugged** 188:13

**sick** 412:3; 413:24;
414:22, 24; 415:3

**side** 355:18; 373:24

**signed** 168:13; 305:4

**significance** 48:2, 4

**significant** 48:3

**silence** 178:2; 422:7

**similar** 161:17; 283:8;
342:19; 343:11; 344:6;
345:13

**simple** 249:14; 293:20;
385:22

**simpler** 238:11; 351:25

**simplified** 465:7

**simply** 215:17; 238:12

**single** 235:2

**singled** 199:24

**singling** 175:8; 176:9;
198:25

**sit** 220:18; 221:2; 248:4;
250:4; 273:16; 290:23;
417:3

**sitting** 369:17; 395:14

**situated** 245:13

**situation** 23:5; 189:11;
193:25; 194:14; 242:15;
271:12; 355:19, 21;
395:12

**six** 282:20; 356:12;
415:20

**sky** 240:20, 21

**slam** 129:25

**Slammed** 128:8

**sleeping** 98:7, 19; 99:4,
9; 331:20; 421:22

**smoke** 200:16, 17, 19

**Snyder** 33:23; 62:18, 19;
63:25; 64:15, 17, 18, 18,
22; 65:10; 125:8; 130:19;
217:2, 3, 4; 238:13;
248:10; 249:7, 14; 250:5;
261:5; 338:11; 390:21;
391:4, 10, 12, 13; 398:18;
416:23; 417:4, 13; 418:19,

**sole** 394:8

**solely** 385:23

**somebody** 58:21; 78:8;
84:9, 13; 172:11; 182:25;
185:12; 202:3; 277:3;
289:11

**somehow** 452:18

**someone** 8:19; 79:7;
80:15; 81:12, 24; 145:7;
152:13; 238:17, 23;
239:11; 240:19; 241:24;
251:18, 25; 270:13;
289:25; 293:10; 446:9, 10;
466:22

**sometime** 78:15, 21;
100:9; 140:6

**Sometimes** 182:6, 8, 19,
23; 337:19

**son** 237:22; 323:3, 7;
324:16; 387:9, 12; 427:10

**soon** 126:3; 255:2, 5, 8;
456:22

**sorry** 13:6; 21:25; 38:12;
46:10; 51:6; 61:10; 68:8;
79:12; 87:19; 96:22; 99:6;
123:18; 132:18; 146:24;
150:22; 160:13; 169:15;
170:17; 187:7; 188:2;
197:6; 208:3; 216:22;
235:12; 255:2; 258:18;
263:4; 269:7; 287:20, 20;
302:8; 339:6; 353:11;
365:22; 373:20; 380:4;
397:3; 461:5

**sort** 445:14; 451:17;
452:14

**sought** 319:4, 14; 387:3;
388:10, 16

**sounded** 214:6, 13

**Southampton** 263:18;
264:13, 14; 265:12, 23;
266:16; 269:22, 24;
270:14; 271:8; 280:15;
281:22; 282:2, 21; 284:23;
285:14; 286:16; 293:16;
295:24; 296:2, 14; 297:3;
301:18; 312:14; 313:2;
314:7; 319:3; 382:19;
383:15

**southeast** 89:24

**span** 347:6

**speak** 117:24; 125:10;
126:19, 21; 142:20; 169:9;
223:6, 10, 15, 16, 18, 20;
224:3; 230:9; 244:18;
251:7; 289:21; 417:25;
426:9; 441:5, 9; 452:2

**speaking** 118:12; 284:3;
424:11

**specialist** 4:14

**specific** 29:6; 53:10;
55:25; 65:9; 88:4, 8; 147:5;

**sitting** 25; 419:13; 420:2, 6;
424:7, 13, 24; 431:23;
432:4; 436:21

**Snyder's** 412:3; 413:9,
21

Case 2:07-cv-01215-SJF-ETB Document 145-116 Filed 01/15/10 Page 60 of 64 PageID #: 5084

168:18; 179:4; 292:12

**specifically** 29:7; 34:16;
38:22; 49:4, 7, 20; 52:22;
55:2, 3, 18; 64:19; 65:10;
66:11; 77:25; 88:12;
90:16; 119:19; 142:4;
145:11; 146:13; 171:8;
174:10; 192:4, 25; 197:2;
209:3, 21; 212:19, 22;
246:9; 249:2; 258:14;
273:17; 326:19; 354:15;
381:5, 5, 7; 397:6; 415:8;
453:6; 454:12; 464:16

**specifics** 85:13

**speculating** 298:10

**speculation** 298:14, 18,
20

**Spell** 113:2

**spellings** 147:19

**spend** 408:15

**spoke** 33:20; 34:4, 6, 15;
49:14; 86:10; 87:12;
88:23; 106:9; 107:13;
122:3; 143:17; 152:13;
153:3; 159:4; 169:2;
225:9; 266:24; 267:6;
268:2, 4, 6; 272:21;
289:25; 290:5, 10, 18;
426:6; 429:11, 12, 14;
437:10; 440:25; 442:13,
13; 449:25; 451:18; 452:4,
9; 468:13

**spoken** 26:2; 61:18; 78:3;
115:13, 15; 145:20; 219:3;
429:7

**sponsored** 453:21

**spot** 410:23

**spread** 368:5, 6, 18;
410:3

**spring** 7:6; 180:12

**springtime** 7:19

**squared** 170:13

**St** 432:10

**stages** 25:7

**Stan** 442:10, 12, 13;
443:9, 18; 444:2, 3, 9, 10,
14, 15, 15; 446:8; 449:16;
450:15

**stand** 72:16; 73:9; 244:5,
18; 245:19; 410:23; 411:9;
440:2; 442:22; 450:15;
452:11; 455:16; 459:2;
465:14, 24; 466:14, 17

**standing** 242:24; 245:9;
246:8; 328:12; 329:2;
367:20, 22; 408:16

**stands** 458:2

**start** 70:22; 91:6, 7;
256:24; 257:2; 264:12, 16;
265:11; 269:9, 11, 14, 19;
270:24; 396:3

**started** 7:19; 10:4; 76:9;
80:9; 90:25; 91:5; 104:17;
106:11; 108:14, 17;
116:24; 128:12, 14, 14, 16,
17, 17, 20, 23; 131:8;
141:2; 188:24; 198:16, 20,

22; 203:6; 212:8; 239:3;
338:20; 346:20; 390:11,
12

**starting** 125:4; 271:4

**State** 5:18, 20, 23; 51:18;
75:23; 234:13; 239:2;
243:22; 287:8; 348:18;
357:20, 24; 358:17; 359:7;
363:23; 364:24; 366:3;
401:15; 403:4

**stated** 29:19; 46:12; 48:8;
62:24, 25; 104:8; 108:7;
148:7; 238:2; 264:6;
273:5; 454:13; 461:9;
465:13; 466:13, 13, 24

**statement** 1:7, 11;
155:25; 175:23, 25;
176:12; 209:2, 6; 210:2,
18; 211:2, 7, 14; 212:23,
24; 213:4, 5; 214:19, 24;
215:3, 18; 216:15; 217:11;
219:9, 18, 19, 24; 221:16,
18; 222:4, 14, 23; 223:2;
225:7, 8, 10, 14, 17, 23;
227:13, 21; 228:19;
229:13, 17; 230:5, 14;
231:5; 233:22; 234:4, 11;
235:15, 20, 22, 25; 236:5,
9, 12, 15; 248:6; 265:15;
266:3, 7; 295:5; 321:23;
365:3; 368:20; 412:7, 8,
22, 25; 413:5, 8, 9; 414:4,
6, 9, 13; 415:3; 423:7;
458:25; 459:5; 465:23;
467:2, 6; 468:22; 470:17,
20

**statement's** 413:13

**statements** 155:21;
157:9, 12; 212:9; 218:10;
220:23, 25; 221:3, 6, 11;
223:25; 224:17; 234:15;
236:21; 240:16; 248:2;
256:22; 257:5, 14, 17, 19,
23; 258:4, 15; 268:17;
366:8; 454:14; 464:18

**States** 4:8

**stating** 148:4; 283:11

**station** 24:11; 25:12, 24;
26:7; 98:8, 20; 100:23;
102:15; 103:5; 129:2;
148:15; 174:19; 180:25;
181:25; 182:2, 17, 24, 25;
183:3; 184:25; 199:14;
202:23; 204:10, 11;
220:17; 224:9; 251:24;
255:21, 22; 322:10; 323:4,
22, 24; 330:2; 363:3;
390:23; 402:21; 409:13;
410:2, 5; 422:4; 426:11

**statute** 394:24

**stay** 181:25; 182:6, 24

**stayed** 181:24; 410:17

**stems** 396:14

**step** 68:17; 69:2, 6, 16;
70:9, 12; 71:22; 72:4, 5, 6,
7, 9, 11; 73:5, 8, 11, 12, 14,
17, 22, 25; 74:2, 4, 13;
86:20; 364:9

**steps** 368:2; 454:18, 23;

457:10, 16; 458:10;
464:23; 470:21

**stick** 250:10; 280:14

**sticking** 278:12

**stigma** 291:2, 6

**still** 29:2, 8; 30:11, 15;
96:16; 97:2; 117:11;
123:4; 207:5; 234:21;
312:18; 314:9; 386:14;
387:19; 398:6; 418:20, 22

**stips** 6:5

**stone** 456:13

**stood** 410:15

**stool** 185:19

**stop** 52:10; 53:5; 82:12;
141:7; 171:17, 21; 465:15

**stopped** 28:25; 304:3;
312:23; 313:7; 314:4, 10,
12; 356:16; 384:6

**stops** 412:19

**storage** 204:14

**stories** 242:3

**story** 188:8; 192:7; 203:2

**straight** 166:17; 295:5;
377:12; 414:3

**stranger** 282:4, 4

**strategic** 350:5

**street** 185:3; 202:10;
248:23; 275:18

**streetlight** 408:17

**strengthened** 108:22

**strictly** 358:4

**strike** 8:7; 25:8; 41:13;
48:23; 59:11; 65:6; 70:8;
71:7; 89:8; 126:8; 127:10;
212:15; 244:11, 12;
250:11; 278:3; 293:19;
357:7; 446:16

**striking** 239:22; 240:11,
13; 246:22

**stronger** 120:23

**struck** 239:16

**stuck** 246:13; 410:13

**stuff** 199:19; 204:12;
288:11; 289:12; 398:10;
412:21

**subject** 39:13; 74:19;
322:23; 327:21

**subjecting** 236:21

**submit** 287:6, 12; 288:6,
19; 303:3

**submitted** 285:7; 287:7,
14; 288:7; 290:13; 292:20;
318:5; 382:17

**submitting** 293:3

**Subparagraph** 320:22;
336:19; 379:13; 380:25

**subsequent** 390:24

**substance** 26:11; 37:25;
38:16; 85:4; 168:5;
169:10, 20; 191:3; 192:6;
209:21, 23; 328:4; 331:13;
333:7; 362:23; 383:7;
426:14

**successful** 116:6

**sudden** 131:4; 212:9

**sue** 350:6, 6

**suffer** 355:9; 357:12

**suffered** 354:4, 16;
355:5, 5; 386:9, 12; 389:12

**suffering** 386:4

**sufficient** 241:15

**Suffolk** 5:11; 23:20; 27:6;
43:19, 20, 21; 55:11;
66:25; 70:2; 109:12, 22;
110:17, 22; 111:12, 14;
113:20; 115:3; 117:22;
118:8; 122:19; 137:23;
138:2, 11, 15; 140:9, 12,
16; 141:15, 24; 143:13;
144:10, 23; 145:7, 20;
146:14; 147:6, 23; 150:19;
151:17; 155:21; 158:10,
19; 159:14; 160:20, 22;
163:18, 24; 165:24; 166:7,
13; 168:6; 169:21; 259:5,
15; 260:7, 13; 263:17, 18;
283:14; 287:14, 19; 299:4;
311:6; 312:10, 15; 340:14;
341:14; 348:23; 359:5;
396:21; 397:5; 438:2

**suggest** 46:4

**suggesting** 116:19;
224:12, 13; 235:6

**suggestion** 151:2, 3

**suing** 53:16; 384:9;
385:11

**suit** 12:6; 13:9, 13, 15, 19;
14:2, 7, 13, 18; 16:16

**sum** 26:10; 37:25; 38:16;
191:2; 192:6; 209:21, 22;
383:6; 426:13

**Summertime** 89:16;
331:2

**summons** 321:19, 25;
322:3, 8, 16, 24; 323:7, 17,
19; 324:7, 8, 20; 325:3, 6,
10, 13, 21

**summonses** 154:4;
275:8, 9, 13, 16, 23, 25;
321:13; 371:6, 17; 372:19

**Sunday** 253:19, 21;
254:3; 455:4

**super** 316:17

**superior** 31:23; 334:18;
349:11; 402:9, 12; 403:6,
21, 22; 405:6

**superiors** 32:13; 124:10

**Supervise** 195:4, 8, 12

**supervisor** 293:11;
316:20; 402:15; 403:7;
405:6, 12

**supervisors** 443:3

**support** 51:14

**supposed** 116:11;
195:23; 207:8

**sure** 7:18; 12:13; 18:3,
22; 21:25; 24:22; 31:11;
40:23; 48:15; 62:20;
84:25; 102:13; 104:25;
146:10; 180:15; 187:16,
18; 194:20; 196:25; 198:6;

218:4; 220:13; 233:4, 11;
238:10; 254:10; 255:23,
25; 261:13; 267:4; 271:13;
276:7; 278:24; 303:8;
306:11; 365:13; 373:21;
454:7; 467:9

**surveillance** 204:3, 5,
23; 205:4, 19

**suspect** 446:3

**suspended** 208:12, 16

**swear** 5:14; 197:4

**sweat** 331:9

**swinging** 221:20

**switch** 144:13; 431:8

**swore** 334:3

**sworn** 5:17; 155:20, 25

**sympathy** 429:17

**synopsis** 222:5

**system** 71:3

**T**

**T** 307:24

**table** 274:12; 369:14, 17;
395:15

**tail** 450:6

**talk** 58:20; 63:19; 119:20;
120:5; 125:23; 126:6;
149:5; 167:9, 12; 178:5;
198:24; 208:24; 218:8, 16;
222:17; 224:18; 242:25;
243:2; 245:19, 25; 260:24;
273:12; 302:7, 13; 306:20;
338:23; 368:22; 381:9;
398:19; 429:18; 430:22;
441:21; 442:17; 450:16

**talked** 49:17, 20; 62:22;
63:21; 64:2, 3, 5; 128:13;
151:7; 160:21; 178:6;
302:12; 375:15; 381:2, 3;
385:5; 455:23; 456:2

**talking** 25:5; 58:8; 74:12;
90:23; 106:10; 114:22;
115:8; 123:5; 128:3, 4;
139:2; 157:25; 168:16, 17;
235:3; 243:7; 244:22;
258:14; 275:6; 291:12;
296:2, 5; 364:10; 375:7,
14; 397:8; 429:22; 449:20;
465:4

**talks** 381:22

**tape** 4:2; 67:18; 71:9, 12,
16, 19; 143:6, 7; 144:13,
15, 19; 213:13, 15, 19;
291:25; 292:5; 356:8, 12,
17; 415:17, 20, 24

**tapes** 157:3; 204:3, 5, 23;
205:4, 19

**taught** 111:3; 113:12

**taxes** 324:3

**taxi** 373:23; 374:11, 15,
18, 25; 375:5

**team** 327:22; 330:16, 22,
24

**technically** 322:5, 6, 13;
361:11

FRANK FIORILLO v.
February 20, 2009

EDWARD CARTER v.
INCORPORATED VILLAGE OF OCEAN BEACH

3:07-cv-01215-SJF-ETB   Document 145-116   Filed 01/15/10   Page 62 of 64 PageID #:
5085

telephone 81:6; 443:17

telling 68:2; 71:21; 91:5;
150:3; 210:19; 225:22;
226:6, 9, 13; 230:19;
231:11; 234:15; 240:9;
243:13; 246:10, 14; 248:5;
332:16; 379:11; 391:10,
10; 420:19; 423:3; 450:15;
465:20

tells 241:21, 23; 450:14

ten 355:20

tended 250:13; 470:5, 9

tendency 216:7

tending 228:17; 229:3;
248:22; 249:9

tends 470:3

Tenth 365:24

term 10:22; 394:11

terminate 35:2; 36:3;
68:14; 434:18; 435:2, 8,
14; 436:25; 437:5

terminated 86:25;
358:25; 371:10; 381:12;
382:18; 383:10; 434:11;
438:6, 11, 21; 439:15;
440:12

terminating 320:10, 24;
325:19

termination 66:9; 85:5;
357:19; 394:5; 436:8;
438:19; 439:12, 13;
440:10, 17, 20; 441:7, 10,
24; 442:5; 454:17, 20, 25;
464:21, 25; 465:11; 466:3,
9

terms 84:12; 240:11;
359:10

test 30:22; 55:13; 360:13;
361:15; 363:3, 5

testified 5:19; 25:14;
30:10; 33:12; 38:6; 45:2;
46:8, 17; 71:18; 79:16;
95:9; 98:18; 104:8;
106:25; 115:12; 122:6;
129:23; 137:5, 10; 140:12;
144:25; 158:8, 18; 168:24;
171:11; 177:6; 217:17;
219:6; 233:17; 296:17;
321:5; 326:4; 344:19;
349:18; 378:16, 18;
382:22; 394:14; 395:5;
406:6; 426:5; 432:4;
443:6; 467:17

testify 434:2

testifying 38:15; 39:2,
12; 97:20; 98:6; 430:4

testimony 11:24; 36:22;
39:21; 63:4; 98:3, 14, 17;
99:11, 15; 123:13; 134:3;
141:13; 154:15, 19, 22;
155:4, 8, 13; 189:17;
205:7; 208:19; 211:13;
214:2; 246:6; 259:15;
296:19; 304:20; 312:22;
313:14; 314:3; 317:2;
332:5; 333:5; 341:11;
343:5; 345:25; 347:25;
360:21; 361:6; 367:2, 4;

371:8; 372:11; 384:12, 20;
397:19; 406:3; 443:24

tests 50:20; 346:13, 16

testy 460:21, 23

Thanksgiving 131:7, 7, 9

Thereabouts 428:16;
436:13

thereafter 13:17; 147:16;
187:15; 206:14, 17;
209:10; 228:16; 401:7;
414:5

thereby 353:9, 17

therefore 33:3; 34:8;
267:17

thereof 22:13

thinking 386:25; 388:21;
389:4

third 63:18; 253:7

Thirteenth 319:20

Thompson 4:20; 75:4,
19; 78:9; 79:7, 23; 80:17;
81:8, 12, 21, 25; 83:11;
145:19; 146:6, 8, 20

though 49:19; 53:15;
119:16; 251:17; 334:3, 6;
439:18

thought 149:14; 150:14,
15; 163:11; 170:23;
233:16; 330:12; 380:11;
412:3; 430:6; 466:15

thoughts 38:8

threaten 144:5; 164:11;
190:16, 19

three 26:9, 13; 63:16;
65:21; 142:9, 10; 144:19;
177:19; 182:7; 213:15;
216:16; 221:19; 224:8;
239:21; 250:11; 251:23;
328:12; 399:24; 408:16;
410:13, 16; 421:12, 20;
433:6; 436:12; 441:2

threw 202:15; 203:10;
204:20; 205:9

throwing 205:18; 207:3;
216:5; 332:12

thrown 408:25

ties 300:18, 20

til 412:14

timeline 80:24; 140:20;
141:11; 192:18; 209:18;
228:15; 253:22; 303:15;
414:2, 2; 456:25; 467:10,
12

times 26:9, 13; 82:8;
103:25; 104:5; 129:13;
145:10; 153:5; 166:12;
168:25; 171:5; 190:12;
290:20, 22; 432:16; 433:6;
441:2

tires 199:16

title 31:4; 357:19; 389:21

TMJ 267:3, 5

today 12:6; 96:16; 97:20;
155:22; 156:8, 9, 11, 15,
20, 21; 157:4, 10; 248:4;
250:5; 273:17; 290:24;

386:14; 389:10; 394:14;
395:6, 15; 417:4; 426:4

today's 471:23

together 50:19; 182:2;
256:4; 283:18; 374:18;
430:18

told 14:11; 15:8, 22;
25:18; 32:10; 33:16; 34:9,
3; 35:17, 19, 25; 36:15, 17;
37:2, 9; 46:18; 49:10, 11,
14; 55:2, 19; 63:25; 71:20;
72:8, 15; 75:8; 78:18, 19;
85:25; 86:24; 96:5; 99:21,
21; 103:14; 128:5; 135:6;
136:2; 147:25; 149:13, 13;
150:12; 154:17, 21;
155:19; 169:23; 170:2, 16,
18, 20, 21, 21; 172:6;
179:2; 185:22; 186:8;
188:3, 8, 15; 192:19;
196:23; 197:2; 199:13;
202:25, 25; 204:18; 205:8;
208:19; 210:4; 211:11, 18,
20, 21, 22; 212:2; 217:9;
227:7, 25; 233:12; 238:12,
12, 13; 239:10; 240:10, 19,
20; 243:5; 244:23; 246:3;
247:23; 252:23; 255:12,
16; 256:12, 19; 257:23;
258:6; 261:23; 262:4, 6, 9,
12; 268:12; 271:16; 286:6,
9, 12, 21; 301:16; 302:25;
303:14; 304:5, 9, 18, 24;
305:6; 313:13, 16; 320:16;
324:19; 329:17, 24; 332:6;
333:18, 20; 334:14; 336:5,
25; 337:4, 6, 8, 9, 12;
343:7; 371:9; 375:22;
376:23; 377:24, 25;
378:23; 380:23; 381:6;
382:22; 384:11, 17, 17;
385:8, 10; 391:4, 11, 13;
402:5; 407:9, 11, 22;
408:7; 411:6, 9, 11; 413:4;
415:6; 417:17; 420:22;
433:16; 437:14; 439:3, 22;
442:22; 443:19; 445:10;
452:7, 10, 16, 25; 453:7;
455:15; 466:5, 16

Tom 143:2; 266:25; 267:6

Tommy 33:23; 62:18, 19,
22; 125:8; 130:19; 135:11;
217:3; 252:23; 261:5;
312:16; 338:11; 390:21;
391:4; 413:9; 414:14;
420:12, 20, 22; 424:16;
425:7, 9; 430:10; 431:23;
432:4; 436:21

Tommy's 213:3, 4;
413:15; 414:4

tone 448:15; 459:11

tonight 202:21; 412:11

took 72:10; 73:11, 12;
74:3; 130:25; 135:9;
140:5, 6; 186:19; 199:3;
204:7, 8; 240:4; 248:6;
251:24; 299:4; 300:6;
317:19; 319:2; 324:6;
370:16, 17; 410:5; 416:14;
417:4, 9; 435:7, 16;

436:24; 443:7; 457:11, 17;
458:11; 464:23; 469:11

top 245:12; 321:22;
399:21, 22

Tortious 262:21

touch 202:16

touched 250:3

tour 131:13, 16, 20;
133:4; 187:9; 280:18;
404:13; 405:12; 410:12;
418:4

tours 116:13; 131:10, 20;
132:12; 134:5; 410:13, 16

toward 441:13; 448:15

towards 180:4; 216:15;
441:16

town 70:3; 263:19;
264:14; 265:11; 266:16;
270:13; 271:8; 281:21;
282:2, 21; 293:16; 295:25;
296:3; 297:2; 301:17;
312:14, 16; 314:6; 315:16;
319:3; 382:20; 383:15

trail 45:17, 17

transaction 327:10, 12;
328:7; 332:25; 360:8;
361:14

transcript 214:10

transferred 147:9

Transparent 328:20

transpired 81:20; 256:2;
369:9

transporting 340:25

traumatized 48:18

trial 245:16

tried 70:15; 116:5, 8;
119:16; 167:4, 10, 11;
183:9; 232:23; 425:4;
442:12; 444:12; 449:18

truck 181:25; 182:6, 7, 9;
192:20; 409:14; 410:7, 8;
413:8; 414:3

true 20:23; 48:19; 98:22;
198:2; 246:2; 248:11;
251:3; 309:21; 360:18;
364:14; 364:12, 21; 365:7;
460:7

Trust 27:20; 60:19, 22

trusted 57:21; 58:9, 14;
60:15

Trustee 88:2, 5; 89:8;
106:17, 20, 23; 107:8, 14;
117:15; 121:23; 122:8;
137:2; 161:9; 165:4, 19;
259:2; 352:11, 13

trustees 121:18; 137:14;
260:2; 335:11

truth 39:15; 225:22;
226:6, 9, 13; 230:19;
231:12; 234:15; 240:9;
246:14; 248:5; 304:22;
360:17; 388:22; 455:13;
466:6

truthful 18:24; 19:7, 11,
13; 20:10; 144:9; 230:4

truthfully 244:16; 316:3

try 167:2; 183:8; 192:18;
238:11; 388:2, 4; 398:9;
400:8, 13; 421:7, 11, 12;
444:15

trying 35:22; 90:13;
130:24; 133:5; 141:10, 12;
150:8, 24; 177:16, 16;
183:19; 195:17, 18;
210:14, 15; 217:7; 228:14;
235:11; 273:10; 276:8;
280:11; 296:22; 307:15,
15, 17; 310:2; 341:7;
343:20; 344:24; 345:2;
380:9; 384:3; 398:19;
402:15; 404:18; 422:23;
425:7; 433:2; 435:17;
450:17; 468:4, 5, 9

turn 21:20; 49:22; 360:23;
398:11; 402:25

turning 363:25

TV 114:15

Twelfth 348:15

twice 439:3

twister 344:22

two 11:2, 2, 3; 13:5, 6;
25:23; 35:10, 11, 12;
38:12; 41:5; 44:20; 55:13,
15; 59:14; 62:21; 63:11,
12; 64:11; 69:22, 22;
70:17; 71:16; 76:13; 93:9;
94:23; 96:6; 105:19;
106:3; 115:12, 14; 124:18;
133:15, 17, 18; 143:8;
144:15; 147:12; 162:18;
171:5, 24; 173:2; 174:23;
175:10; 177:19; 181:3, 22;
182:6, 16; 192:3; 239:16,
21; 240:15; 242:2; 255:11;
320:4; 331:4; 333:12;
355:20; 371:11, 16;
426:25; 429:14; 463:20

Ty 337:19; 347:12, 16, 19,
23, 23; 373:23; 374:8;
391:6; 392:3

type 111:13; 115:6;
190:19; 285:7; 303:3

typical 311:11

### U

ulterior 463:25

ultimate 38:18

ultimately 31:3, 7, 8;
36:7; 51:21; 73:15, 16;
246:21; 291:4; 306:20;
320:10, 24; 325:18;
395:21; 401:6; 434:22;
435:16; 436:10; 466:12

um 9:24; 12:18; 31:25;
32:2; 41:10; 45:10; 50:19;
62:17; 65:3; 69:21; 70:23;
74:17, 18; 80:13; 91:2, 13;
96:11; 100:8; 112:2;
125:6, 9; 130:13; 131:8;
135:4, 7, 9; 139:11;
142:21; 149:9, 15; 150:24;
155:6; 157:16; 172:13;
174:17; 175:3, 13; 178:16;

EDWARD CARTER
INCORPORATED VILLAGE OF OCEAN BEACH

Case 2:07-cv-012Y5-SJF-ETB   Document 145-116   Filed 01/15/10   Page 62 of 64
5086

FRANK FIORILLO
February 20, 2009

180:10; 182:6; 183:4;
184:19, 24; 186:20;
188:24; 191:17; 193:8;
201:2; 218:10; 220:9;
223:18; 233:4; 267:15;
269:22; 273:14; 280:20;
282:22; 285:3; 287:14, 23;
288:20; 292:8; 303:14;
314:18; 324:9, 15, 15;
327:14, 20; 337:2; 339:8;
340:2, 3; 348:9; 355:14;
357:2, 3; 362:16; 371:3;
377:3; 380:9; 385:25;
390:21; 392:13; 395:12;
399:6; 402:20; 406:4;
407:2; 412:6; 413:18;
414:8; 416:13; 419:7, 8;
426:20; 427:3, 9; 428:10,
14; 429:11, 20, 20; 430:20;
432:20, 22; 434:3, 21;
436:3; 451:21; 452:17, 19,
20, 21, 22; 453:22; 454:5;
468:5; 470:22

**Um-hum** 139:14; 199:15;
261:4, 6; 272:23; 324:5;
338:10; 369:12; 376:14;
379:2; 409:3

**un** 208:18

**uncertified** 50:11; 51:9;
86:13; 348:25; 353:21;
354:5, 17; 355:10, 14;
357:14; 379:19; 396:15,
22

**uncomfortable** 75:14

**unconscious** 239:12

**under** 24:7; 39:5; 97:20;
156:2; 207:16; 262:20, 23;
277:3, 19; 348:18; 355:22;
357:20; 360:2; 361:20;
366:3; 389:20, 23; 410:13;
431:25

**underneath** 452:19

**understood** 11:24;
156:17

**undertook** 250:6

**undo** 353:16

**undue** 353:7

**unemployment** 6:12;
7:5; 9:6, 7

**unethical** 278:17

**unfair** 74:16; 149:15

**unfairly** 74:21

**Unfit** 348:18; 354:9

**uniform** 328:10

**uniforms** 199:17

**United** 4:7

**unjustified** 279:25

**unlawful** 66:9; 85:9; 87:5;
105:3; 136:19; 139:24;
326:11, 20; 344:12

**unlawfully** 22:7; 30:5

**unless** 77:25; 179:5;
448:8

**unlikely** 32:17; 293:9

**unprofessional** 441:23

**unqualified** 52:11; 53:6;
349:2; 352:9; 353:22;

354:5, 18; 355:10; 357:13;
396:22

**untechnically** 322:6

**up** 7:24; 25:6, 12, 24;
26:6, 13; 34:8; 41:23, 25;
45:12, 14; 77:2; 91:25;
92:6, 11, 14; 94:11; 126:4;
139:25; 140:2; 141:24;
147:9; 148:11, 13, 20;
149:4, 6, 7; 152:17; 153:9;
172:15, 15, 16, 17; 175:17;
186:21, 24; 187:20;
201:19; 205:16; 206:6, 9,
10, 15, 24; 207:6, 9; 208:2,
3; 213:12; 218:14, 22, 24;
228:19; 230:21; 231:2, 14,
17; 232:4, 8, 10, 15; 233:8,
13, 18, 20, 21, 25; 234:22;
237:13, 18; 244:5, 18;
245:12, 19; 251:12; 252:5,
6, 10; 255:16; 258:12, 20,
24; 259:3, 7, 19; 260:5, 9,
17, 22, 25; 261:25; 263:10;
267:15; 268:15; 271:11;
272:11, 14; 273:13; 280:6;
281:8; 300:7, 10; 302:15;
303:12; 330:3; 336:3;
337:12; 339:17; 355:18;
356:2; 367:10; 368:15, 16,
21, 25; 387:22, 23; 400:6;
402:24; 410:5, 6; 413:4;
415:9; 422:9, 15; 423:10;
424:4, 16; 456:3, 10

**upcoming** 172:7

**upheld** 32:2

**uphold** 334:3

**upon** 32:9; 35:24; 36:15,
21; 37:18, 24; 50:8; 52:14;
63:11; 64:10; 197:20;
232:15; 275:12; 294:23;
300:24; 329:12; 382:21;
392:7; 428:7

**ups** 161:25

**upset** 48:16; 59:7;
215:21; 275:17; 323:23;
372:2

**upsetting** 372:3

**upstairs** 204:7, 9

**use** 23:25; 50:25; 214:23;
267:8; 399:2; 415:9;
423:10

**used** 41:4; 156:10; 193:9;
198:25; 215:10; 250:10;
299:20; 317:20; 366:17;
394:21; 412:20; 424:3, 3;
432:6; 466:25

**useless** 449:17, 22

**using** 156:15; 157:17;
176:10; 300:8

**usually** 410:8

---

## V

**Vankoot** 237:4, 8, 14, 19;
238:2, 12, 21; 239:10, 15,
20; 240:2, 8; 241:2, 5;
242:17, 21, 25; 244:18;

245:19; 246:12, 17; 247:6,
16; 248:5

**Vankoot's** 242:15

**various** 136:18

**variously** 263:14; 265:21

**vehicle** 126:3; 154:2;
200:16; 340:4, 13; 341:16;
409:11

**verification** 311:2; 429:9

**verify** 224:12; 310:11

**versus** 4:6

**veto** 470:22

**vial** 328:15, 16

**victim** 398:17, 20; 401:4,
15

**victims** 101:3; 221:19;
228:17; 231:6; 248:22;
249:10; 250:12, 13; 419:7;
422:13

**video** 4:14; 204:23; 205:4

**VIDEOGRAPHER** 4:2;
5:13; 71:11, 15; 143:8;
144:14, 18; 213:14, 18, 23;
291:24; 292:4; 356:7, 11;
398:3; 415:15, 19, 23;
471:22

**videotape** 4:3; 42:20

**view** 231:22; 452:17;
463:17

**Village** 4:6, 23; 5:7, 7;
70:3; 79:18; 88:25; 89:13;
90:2, 19, 22; 91:25; 92:6,
11, 14, 21; 93:5, 12, 21;
94:12, 16, 19; 95:3, 11, 18;
99:14, 18; 100:16; 103:20;
104:3; 107:20; 108:8;
114:25; 116:25; 118:5;
121:19; 122:16; 123:17;
125:24; 134:10, 17;
149:21; 159:11, 17;
160:25; 161:9; 163:4;
164:10, 18, 19, 25; 167:10,
12; 178:17; 181:14; 194:2,
16; 196:19, 22; 197:3;
202:3; 237:12; 245:11;
275:14, 18; 284:8, 14, 23;
285:9, 14; 286:16; 288:5,
14; 289:7, 19; 290:9, 15,
25; 291:22; 294:8; 296:6;
301:6, 8; 322:18, 21, 22;
324:4; 332:20, 21; 341:8;
352:11, 13; 359:15; 393:3;
397:12; 405:20; 407:13,
14; 427:2; 453:16; 454:4

**villages** 287:2

**violate** 359:3; 361:2, 7, 9;
363:14; 400:2

**violated** 319:25; 357:25;
358:18; 363:22; 364:13,
21

**violating** 322:23

**violation** 319:20; 357:20;
364:23; 394:7

**violations** 275:19; 403:7,
22

**violator** 322:9; 324:10,
12, 20

**virtue** 224:15

**visualize** 229:5

**voice** 177:21; 216:8, 12

**voiced** 410:10

**voluntarily** 336:15

**vote** 352:22

**voted** 353:4

---

## W

**W** 5:2

**Wait** 81:7; 159:25;
187:19; 253:22; 314:24;
369:15; 374:7, 8, 19;
381:21; 403:12; 409:25;
468:16

**waiting** 102:22

**wake** 429:25

**Wal-Mart** 74:20; 75:2

**Walk** 89:21, 22; 202:8;
327:16; 331:24; 408:18,
18

**walked** 55:8; 201:23;
372:23; 374:17, 24;
445:25; 446:6

**walking** 89:20; 225:2;
373:17, 17

**Walter** 147:15; 178:11,
13; 179:2; 181:24; 183:8;
185:5; 188:23; 189:10, 12;
337:16; 406:16, 24; 452:4,
16; 467:4; 468:5

**Walter's** 185:3

**wants** 149:4; 372:11;
425:20

**Warkenthien** 147:15;
452:4; 467:4; 468:5

**warmer** 371:20; 372:12

**waste** 306:2

**watched** 249:21

**watching** 42:20

**water** 373:23; 374:11, 14,
18, 25; 375:5

**way** 19:5; 65:20; 71:5;
96:24; 102:12; 127:7;
131:21; 175:9; 195:15;
203:19, 21; 210:7; 211:2,
15; 212:24; 215:18; 216:3,
13; 220:24; 221:13;
225:21; 226:4; 230:3, 18;
234:14; 243:20; 244:10;
256:20; 257:7, 24; 258:4;
291:16; 303:15; 318:13,
17; 319:6, 12; 329:20;
330:7; 337:2, 5; 339:8;
342:12; 353:3; 360:23;
369:3; 371:5; 373:7, 13;
376:15; 396:18; 412:11;
437:7, 17, 21, 22; 461:6;
468:22

**wear** 13:13, 15, 19, 25;
14:7, 12, 14, 15, 16;
437:23

**wearing** 12:5; 13:9

**website** 390:7

**Wednesday** 33:19; 455:5

**week** 12:17, 20; 33:18,
18; 69:3; 98:14; 196:4, 4;
266:25; 268:4; 270:7, 9, 9;
462:22

**weekend** 218:4; 411:21

**weekends** 311:14

**weeks** 11:2, 2, 4; 47:13;
79:11; 80:10; 81:19;
133:15, 17, 18; 151:14, 16;
209:13; 309:12

**WELCH** 197:10

**Wellwood** 5:25

**weren't** 24:25; 71:20;
102:8; 124:13; 130:14;
152:15; 208:11, 12, 15, 16;
217:10; 222:8; 247:25;
286:3, 14, 22; 309:24;
343:19; 344:15; 346:9;
355:17; 374:21; 375:14;
429:22

**Westhampton** 284:25;
285:14; 286:19

**Wexler** 237:17, 21, 22

**What's** 14:22; 20:17;
50:14; 61:9; 62:15; 92:20;
97:11; 111:2; 114:12;
125:24; 129:22; 195:3;
279:18; 298:22, 23;
303:11; 315:13; 342:24;
352:12; 358:16; 380:24;
416:4; 418:2; 459:23;
460:16; 461:10; 462:9

**whatsoever** 61:2; 97:16;
153:17; 429:23

**whenever** 192:12; 193:6

**Where's** 420:13

**whereabouts** 417:21;
418:12, 14, 17, 21; 420:7

**Wherein** 98:16

**Wherever** 428:6

**whichever** 50:24

**white** 328:4

**who's** 261:18

**whole** 10:2; 27:13; 66:22;
74:22; 101:3, 6; 104:17;
139:18; 149:6; 232:13;
246:6; 375:8; 399:13, 15;
414:9; 456:4; 458:21, 21

**whose** 36:9

**wife** 135:6, 12; 231:4;
331:22

**Wigdor** 4:20; 75:4, 19;
78:9; 79:8, 23; 80:17; 81:9,
12, 21, 25; 83:11; 145:19;
146:8, 21

**Wilmot** 407:12

**wine** 399:6; 400:7, 8, 10,
12, 25; 401:15; 402:20, 21

**wished** 439:14; 440:11

**withdraw** 28:15, 17;
38:24; 282:25; 467:20;
468:21

**withdrawn** 22:16; 24:3;
55:14; 122:5; 123:14;
146:2; 158:23; 160:21;

164:9, 18; 165:17; 190:18, 25; 237:3; 289:23; 360:20; 375:4; 425:19; 428:25

**within** 70:16; 151:14, 15; 239:20; 255:10, 11; 270:9; 320:5; 326:12, 21; 334:8, 9; 365:24

**without** 23:15, 19; 85:6; 87:2; 177:21; 185:14; 263:16; 320:6; 336:21; 355:21, 21; 366:9; 436:5

**witness** 5:15, 22, 25; 15:15; 20:19, 20; 22:16; 59:6; 76:16; 82:16; 153:15, 18, 23; 154:6; 201:9, 13; 211:4, 9; 218:10; 221:3, 5; 229:16, 17, 21; 230:5; 231:5; 234:4, 11, 15; 235:14, 18, 22, 25; 236:4, 8, 21; 326:23; 327:5, 19; 350:9; 356:20; 358:6; 360:2; 430:25

**witnessed** 60:5; 251:5, 11, 13; 327:9, 20; 328:7; 332:25; 341:12; 360:7; 398:15

**witnesses** 15:13; 45:23; 66:18; 247:25; 425:2, 4, 10

**witnessing** 327:12; 329:13

**Woe** 459:19, 19, 20

**woman** 224:7

**wonder** 459:17

**word** 50:24; 61:9; 63:11, 15; 64:11; 85:19; 195:4; 199:2; 215:10; 267:12; 369:24; 399:2; 415:9; 423:10; 424:3; 443:7

**words** 23:18, 25; 29:15; 41:9; 43:4; 70:24; 91:11; 93:16; 95:12, 20, 21; 97:5; 152:21; 176:10; 186:4; 192:5; 200:11, 15; 214:23; 220:12; 243:23; 251:14; 277:24; 280:9; 353:19; 360:14; 364:8; 390:10; 392:5, 7; 430:19; 453:14, 14, 23; 466:25

**work** 8:11, 16; 10:2; 12:2; 23:14, 18; 24:8; 29:23; 41:6, 11; 52:6; 131:9, 9, 13; 134:17; 172:5, 6, 7, 12, 13; 202:20; 264:21; 280:18; 281:4; 292:8; 301:3; 409:4; 412:11, 20; 428:5; 437:23

**worked** 11:2; 24:23; 25:16; 41:7, 7, 10; 55:10; 131:2, 6, 7, 16; 132:22; 133:4; 172:25; 173:2, 14; 200:23; 209:15, 19; 254:11; 274:23; 280:3, 4, 6; 281:8, 12; 387:24; 388:5, 7; 393:3; 404:24; 405:12; 428:12, 14; 429:9; 446:9

**working** 6:17, 23; 7:10; 8:2; 9:10, 13, 14, 15; 10:9;

23:17, 19; 28:23, 24; 74:20; 102:8; 106:11; 108:14; 124:13; 134:13; 170:2, 25; 171:17, 22; 172:4, 11; 188:24; 207:5; 266:21; 268:13; 271:7; 311:13; 317:3; 345:22; 355:9, 13, 15; 396:7, 11, 23; 402:13, 14; 403:14; 404:11, 12, 12; 409:5; 438:14

**works** 299:9

**world** 118:24

**worn** 14:18; 16:15

**worried** 143:22

**worse** 121:3

**wound** 233:8; 410:6

**Wow** 432:2

**write** 109:11; 163:23; 164:4; 275:8, 9, 13, 23; 276:4, 13, 16; 294:23; 325:16; 336:18; 348:21; 379:14; 382:4; 392:15, 22; 398:12; 403:20; 412:7, 22

**writing** 275:16; 325:9; 391:20

**written** 382:6; 392:3; 454:2

**wrong** 11:24; 31:10, 12; 45:20; 70:6; 211:12; 240:22, 23; 273:11; 279:21; 367:3; 442:19

**wrote** 154:4; 167:6; 317:6; 371:5, 16; 372:19; 392:11, 20; 430:7

**Wyckoff** 229:13, 15, 21; 230:4; 231:3; 235:25

# Y

**year** 6:11; 10:2, 14; 11:18; 12:2; 41:10; 131:3; 172:19; 179:22; 182:8; 192:22; 194:19; 269:18; 317:2; 327:17; 406:18, 19; 411:12; 432:20

**Year's** 131:17, 18

**years** 44:20; 47:12; 108:23; 249:22; 320:5; 345:23; 426:23, 25; 436:12

**yelled** 447:11

**yesterday** 12:24; 13:3, 8; 38:6; 55:12; 388:21; 389:5

**York** 4:9; 5:18; 6:2; 262:23; 357:24; 358:17; 359:7; 363:23; 364:24; 393:24; 394:7, 11, 19

**young** 178:16

**Yup** 350:20

# Z

**ZWILLING** 5:9, 10; 13:5; 61:14, 16; 82:24; 96:22;

287:17; 398:6; 425:21; 431:3, 4; 435:25; 443:21; 446:16, 24; 447:13, 17, 22; 448:11, 22; 449:4; 457:15, 22, 25; 458:5, 18; 459:8, 16, 25; 460:4, 7, 18; 461:2, 5, 11; 462:18; 463:4, 12; 464:5, 14; 467:19, 25; 471:2

**Zwilling's** 287:16

**Lawyer's Notes**