## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
— — — — — — — — — — — — — — X
EDWARD CARTER, FRANK FIORILO,  )
KEVIN LAMM, JOSEPH NOFI, and   )
THOMAS SNYDER,                 )
                               )
                Plaintiffs,    )
                               )
        -against-              )
                               ) Index No.
                               ) CV 07 1215
INCORPORATED VILLAGE OF OCEAN  )
BEACH; MAYOR JOSEPH C.         )
LOEFFLER, JR., individually    )
and in his Official capacity;  )
former mayor NATALIE K.ROGERS, )
individually and in her        )
official capacity, OCEAN BEACH )
POLICE DEPARTMENT; ACTING      )
DEPUTY POLICE CHIEF GEORGE B.  )
HESSE, individually and in his )
official capacity; SUFFOLK     )
COUNTY; SUFFOLK COUNTY POLICE  )
DEPARTMENT OF CIVIL SERVICE;   )
and ALLISON SANCHEZ,           )
individually and in her        )
official capacity,             )
                               )
                Defendants.    )
— — — — — — — — — — — — — — X
               ***VOLUME I***

        DEPOSITION OF RICHARD BOSETTI
             New York, New York
             February 10, 2009

Reported by:
Judi Johnson, RPR, CRR, CLR
Job No.: 20817

## Page 2

```
 1
 2              85 Fifth Avenue
                New York, New York
 3
 4              February 10, 2009
                10:00 A.M.
 5
 6
 7
 8
 9
10
11
12
13          Deposition of RICHARD BOSETTI, held at
14      the offices of THOMPSON WIGDOR & GILLY, LLP,
15      85 Fifth Avenue, New York, New York,
16      pursuant to Notice, before Judi Johnson, a
17      Registered Professional Reporter, a
18      Certified Realtime Reporter, a Certified
19      LiveNote Reporter and Notary Public of the
20      State of New York.
21
22
23
24
25
```

## Page 3

```
 1              RICHARD BOSETTI
 2  APPEARANCES:
 3      THOMPSON WIGDOR & GILLY, LLP
 4      Attorney for the Plaintiffs
 5      85 Fifth Avenue
 6      New York, New York 10003
 7
        BY: ANDREW S. GOODSTADT, ESQ.
 8
 9
10      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11      Attorney for GEORGE B. HESSE
12      530 Saw Mill River Road
13      Elmsford, New York 10523
14
        BY: KEVIN W. CONNOLLY, ESQ.
15
16
17      RIVKIN RADLER, LLP
18
19      Attorney for INCORPORATED VILLAGE OF OCEAN BEACH,
20      JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
21      POLICE DEPARTMENT
22      926 RexCorp Plaza
23      Uniondale, New York 11556-0926
24
        BY: KENNETH A. NOVIKOFF, ESQ.
25
```

## Page 4

```
 1              RICHARD BOSETTI
 2
 3
 4      BEE READY FISHBEIN HATTER & DONOVAN, LLP
 5
 6      Attorney for SUFFOLK COUNTY
 7      170 Old Country Road
 8      Mineola, New York 11501
 9
        BY: PETER M. FISHBEIN, ESQ.
10         JOSHUA M. JEMAL, ESQ.
11
12
13      REYNOLDS, CARONIA, GIANELLI, HAGNEY & LA PINTA,
14  LLP
15
16      Attorney for the WITNESS
17      35 Arkay Drive
18      Hauppauge, New York 11788
19
        BY: MICHAEL E. FEHRINGER, ESQ.
20
21  ALSO PRESENT:
22  FRANK FIORILLO
23  KEVIN LAMM
24  THOMAS SNYDER
25  JOSH LIPSON - LEGAL VIDEO SPECIALIST
```

1 (Pages 1 to 4)

9c25d064-2409-42b6-86d8-7296043178a5

Page 5

```
1            RICHARD BOSETTI
2        IT IS HEREBY STIPULATED AND AGREED by
3   and between the attorneys for the respective
4   parties herein, that filing and sealing and
5   the same are hereby waived.
6        IT IS FURTHER STIPULATED AND AGREED
7   that all objections, except as to the form
8   of the question, shall be reserved to the
9   time of the trial.
10       IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be sworn to
12  and signed before any officer authorized to
13  administer an oath, with the same force and
14  effect as if signed and sworn to before the
15  Court.
16
17           - oOo -
18
19
20
21
22
23
24
25
```

Page 6

```
1            RICHARD BOSETTI
2   RICHARD BOSETTI,
3        Called as a witness herein, having
4   first been duly sworn, was examined and
5   testified as follows:
6   BY THE REPORTER:
7    Q   Please state your name and address for
8   the record.
9    A   Richard Bosetti, 344 Campus Road,
10  Franklin Square, New York 11010.
11
12       THE VIDEOGRAPHER:  This is the start  10:05:16AM
13  of Tape Number 1, videotaped deposition of
14  Richard Bosetti in the matter Carter, et al
15  versus Incorporated Village of Ocean Beach,
16  et al.  Today's date is February 10th,
17  2009 at approximately 10:06 a.m.
18       Will the court reporter please swear  10:05:32AM
19  in the witness.
20  EXAMINATION                      10:05:34AM
21       MR. NOVIKOFF:  Regular stips, Andrew?  10:05:48AM
22       MR. GOODSTADT:  Sure.  Federal rules,  10:05:51AM
23  local rules govern?
24       MR. NOVIKOFF:  Yes.              10:05:51AM
25
```

Page 7

```
1            RICHARD BOSETTI
2   BY MR. GOODSTADT:                    10:05:52AM
3    Q   Good morning, Mr. Bosetti.       10:05:52AM
4    A   Good morning.              10:05:54AM
5    Q   My name is Andrew Goodstadt, and I'm  10:05:54AM
6   an attorney at the law firm of Thompson Wigdor &
7   Gilly, and our firm represents the plaintiffs in
8   this matter.  They are Ed Carter, Tom Snyder,
9   Joe Nofi, Frank Fiorillo and Kevin Lamm, and
10  they're suing the Incorporated Village of Ocean
11  Beach, as well as some other entities and
12  individuals.
13       And I thank you for coming this     10:06:17AM
14  morning.
15       MR. GOODSTADT:  Just mark that.    10:06:21AM
16       (Whereupon, Subpoena was marked as R.  10:06:22AM
17  Bosetti Exhibit 1 for identification, as of
18  this date.)
19       MR. GOODSTADT:  I've placed in front  10:06:37AM
20  Mr. Bosetti what's been marked as R.
21  Bosetti 1.  It is a two-page subpoena that
22  was issued to Richard Bosetti.
23  BY MR. GOODSTADT:                    10:06:58AM
24    Q   Mr. Bosetti, do you recognize the    10:06:59AM
25  document mark that's been marked as Bosetti 1?
```

Page 8

```
1            RICHARD BOSETTI
2    A   Yes.                      10:07:03AM
3    Q   And this is the subpoena that was     10:07:03AM
4   served on you in or around August of 2008?
5    A   Yes.                    10:07:08AM
6    Q   And I know that the date that you were 10:07:08AM
7   noticed to come here has subsequently changed a
8   bunch of times.  But you're here pursuant to
9   this subpoena, correct?
10   A   Yes.                     10:07:18AM
11   Q   And I know that the court reporter has 10:07:21AM
12  informed us that your current home address is on
13  the record already.  But is the home address
14  that's listed, this Franklin Square address, is
15  that your current home address?
16   A   Correct.                  10:07:32AM
17   Q   How long have you lived there?       10:07:32AM
18   A   About 15, 16 years.             10:07:34AM
19   Q   And do you own that property or rent  10:07:37AM
20  it?
21   A   Own it.                  10:07:39AM
22   Q   And whom do you live with there?     10:07:40AM
23   A   My wife and three boys.          10:07:42AM
24   Q   Can you tell me the ages of your boys? 10:07:48AM
25   A   Twenty-one, 18 and 17.          10:07:51AM
```

2  (Pages 5 to 8)

9c25d064-2409-42b6-86d8-7296043178a5

Page 9

RICHARD BOSETTI

1
2    Q    And have the three boys lived with you 10:07:57AM
3    the entire time that you lived in that
4    residence?
5    A    Yes.                          10:08:02AM
6    Q    And what is your wife's name?        10:08:02AM
7    A    Deborah.                    10:08:05AM
8    Q    Deborah Bosetti?               10:08:07AM
9    A    Yes.                          10:08:08AM
10   Q    How long have you been married to    10:08:11AM
11   Ms. Bosetti?
12   A    About 22 years.                10:08:15AM
13   Q    Before we get started, I just wanted  10:08:24AM
14   to go over some ground rules today so everyone's
15   on the same page; is that okay?
16   A    Okay, sure.                   10:08:31AM
17   Q    You understand that you're testifying  10:08:32AM
18   under oath today?
19   A    Yes.                          10:08:34AM
20   Q    And that you've sworn to tell the     10:08:35AM
21   truth and that failure to do so can result in a
22   criminal sanction?
23   A    Right.                        10:08:41AM
24   Q    Have you ever testified under oath    10:08:41AM
25   before?

Page 10

RICHARD BOSETTI

1
2    A    Yes.                          10:08:43AM
3    Q    How many times?               10:08:45AM
4    A    Quite a few, maybe 10.          10:08:48AM
5    Q    Let's put aside your testimony in    10:08:52AM
6    criminal matters in your role as a police
7    officer. How many other times have you
8    testified under oath?
9    A    Civil matters, one other time.       10:09:02AM
10   Q    Where was that?               10:09:08AM
11   A    I was suing the City of New York and a 10:09:09AM
12   housing complex for -- I was in a shootout, and
13   I was shot in the arm.
14   Q    And when was your testimony, what year 10:09:17AM
15   was that?
16   A    I'm only guessing now. The shootout  10:09:23AM
17   was in 1992, but the testimony was a few years
18   after that. So maybe '0- -- maybe 2007, 2008.
19   Q    1997 --                       10:09:37AM
20   A    I'm sorry. 1998.               10:09:38AM
21   Q    What were you suing the city for?     10:09:44AM
22   A    The amount?                  10:09:47AM
23   Q    No. What was the claims?          10:09:48AM
24   A    Oh, the claim. It wasn't -- actually, 10:09:50AM
25   the city didn't get sued. It was the housing

Page 11

RICHARD BOSETTI

1
2    complex after that. The lawyers said you can't
3    sue the city. But the housing complex, the
4    guard that I had the shootout with at the time
5    was barricaded in a room, and he had a licensed
6    pistol and meanwhile he was the security guard
7    for the building. So --
8    Q    How was that case resolved?        10:10:18AM
9    A    I won.                        10:10:19AM
10   Q    At trial?                     10:10:21AM
11   A    No trial. No, the case? He was sent 10:10:21AM
12   away for a few years.
13   Q    You testified at a criminal matter?   10:10:30AM
14   A    He was psycho, actually.          10:10:32AM
15   Q    Just so I'm clear, you testified in a  10:10:34AM
16   criminal matter or the civil matter?
17   A    I testified in a civil matter.        10:10:37AM
18   Q    What was the outcome of that        10:10:39AM
19   proceeding?
20   A    I won my case.                 10:10:41AM
21   Q    At trial?                     10:10:43AM
22   A    I testified like today. There was no 10:10:45AM
23   trial.
24   Q    Did you settle the case?          10:10:48AM
25   A    Yes, the case was settled.         10:10:49AM

Page 12

RICHARD BOSETTI

1
2    Q    How much did you settle for?        10:10:51AM
3    A    I think it was $45,000.          10:10:55AM
4    Q    What lawyer represented you in       10:10:59AM
5    connection with that matter?
6    A    I don't recall.                 10:11:03AM
7    Q    Was it Mr. LaPinta or anyone from his 10:11:06AM
8    firm?
9    A    Oh, no, no, no.                10:11:09AM
10   Q    Other than for that testimony in 1997 10:11:12AM
11   or '98, have you testified in any other civil
12   matters?
13   A    Give me a couple of minutes.       10:11:24AM
14       No, I don't think so.  No.        10:11:28AM
15   Q    And other than for your role as a     10:11:30AM
16   police officer, have you testified in any
17   criminal matters?
18   A    No, not that I recall.           10:11:37AM
19   Q    So since you've done this once, you   10:11:40AM
20   know, I'm sure you probably remember some of the
21   rules, but why don't we just finish the ground
22   rules.
23       We're getting a transcript of today's 10:11:49AM
24   proceedings, so it's important you give verbal
25   answers as opposed to a shake of the head or

3 (Pages 9 to 12)

9c25d064-2409-42b6-86d8-729604317825

Page 13

RICHARD BOSETTI

```
1          RICHARD BOSETTI
2    movement of the hands.
3    A   Right.                    10:11:57AM
4    Q   Do you understand that?        10:11:57AM
5        If you don't hear or understand a    10:11:58AM
6    question that I ask, just ask me to repeat it or
7    rephrase it.  I'll be more than happy to do so.
8        Is that okay?                10:12:05AM
9    A   Yes.                       10:12:06AM
10   Q   If you don't hear or understand a    10:12:06AM
11   phrase or a word that I use, again, just let me
12   know.  I'll be happy to repeat it or rephrase
13   it.  Just let me know, okay?
14   A   Sure.                       10:12:12AM
15   Q   Because if you answer the question,   10:12:13AM
16   I'm going to assume that you both heard the
17   question and that you understood it and that you
18   heard every word in the question and that you
19   understood every word; is that fair?
20       MR. NOVIKOFF:  Objection.     10:12:23AM
21   A   Sure, that's fair.          10:12:25AM
22   Q   It's also important that you let me   10:12:29AM
23   finish my questions before you give the answers,
24   just as though I'm going to let you finish all
25   your answers before I give the next question.
```

Page 14

RICHARD BOSETTI

```
1          RICHARD BOSETTI
2    That's so we have a clear record.
3    A   Sure.                       10:12:39AM
4    Q   If at any point in time you feel the  10:12:39AM
5    need to take a break or you want to take a
6    recess, just let me know.  I'll be happy to
7    accommodate that request.
8    A   Okay.                       10:12:47AM
9    Q   The only thing I ask is that if I ask 10:12:47AM
10   you a question, you answer it first and then we
11   take the break, okay?
12   A   Okay.                       10:12:53AM
13   Q   Are you presently taking any      10:12:54AM
14   medications?
15   A   High blood pressure.           10:12:56AM
16   Q   Is there anything about your ingestion 10:12:58AM
17   of the high blood pressure medication that you
18   think would affect your ability to testify
19   today?
20   A   No.                        10:13:05AM
21   Q   Have you consumed any alcoholic     10:13:05AM
22   beverages or controlled substances in the last
23   24 hours?
24   A   No.                        10:13:10AM
25   Q   Are you sick at all today?       10:13:12AM
```

Page 15

RICHARD BOSETTI

```
1          RICHARD BOSETTI
2    A   No.                        10:13:13AM
3    Q   Is there anything that you can think  10:13:13AM
4    of that would impair your ability to testify
5    fully and truthfully today?
6    A   Nothing at all.             10:13:22AM
7    Q   Are you represented by an attorney in 10:13:23AM
8    connection with this deposition?
9    A   My attorney's right here (indicating). 10:13:27AM
10   Q   And your attorney's name is?      10:13:29AM
11   A   Michael.                    10:13:31AM
12       MR. FEHRINGER:  Fehringer.     10:13:34AM
13   BY MR. GOODSTADT:                 10:13:36AM
14   Q   And he's sitting right next to you,   10:13:36AM
15   correct?
16   A   Correct.                    10:13:39AM
17   Q   When did you learn for the first time 10:13:40AM
18   that the plaintiffs in this matter were making
19   allegations against Ocean Beach?
20       MR. NOVIKOFF:  Objection.     10:13:49AM
21   BY MR. GOODSTADT:                 10:13:49AM
22   Q   You can answer.             10:13:50AM
23   A   I can answer?  On the civil case?  I  10:13:51AM
24   guess when it started, a couple of years ago.
25   Q   How did you learn that they were     10:13:59AM
```

Page 16

RICHARD BOSETTI

```
1          RICHARD BOSETTI
2    making allegations in this matter?
3    A   Through work, word of mouth.     10:14:04AM
4    Q   What do you mean by that?       10:14:07AM
5    A   Someone at work, an officer or someone 10:14:09AM
6    said that the four guys are suing the town.
7    Q   Who told you that?          10:14:17AM
8    A   I don't recall.  It's just around the 10:14:18AM
9    station house.
10   Q   Do you recall where you were when you 10:14:24AM
11   heard that for the first time?
12   A   Probably in the station house.   10:14:27AM
13   Q   But you're just guessing now?  You   10:14:29AM
14   don't recall?
15   A   I'm just guessing.  I don't recall for 10:14:31AM
16   sure.
17   Q   Did you actually see a copy of the   10:14:33AM
18   complaint that was filed at that time?
19   A   I don't recall that either.     10:14:39AM
20   Q   Have you ever seen a copy of the     10:14:40AM
21   complaint in this case?
22   A   No.                        10:14:43AM
23   Q   What was your reaction when you     10:14:46AM
24   learned that the plaintiffs in this case were
25   raising allegations against the beach and
```

TSG Reporting – Worldwide     877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 17

RICHARD BOSETTI

1
2  others?
3      MR. NOVIKOFF:  Objection.        10:14:55AM
4  BY MR. GOODSTADT:                    10:14:56AM
5      Q   You can answer.  Unless you're  10:14:57AM
6  instructed not to answer by your counsel --
7      A   Oh, okay.            10:15:03AM
8      Q   -- then you can answer the question.  10:15:03AM
9      A   I thought they had a lot of nerve, to  10:15:05AM
10  tell you the truth.
11     Q   Why did you think that?        10:15:09AM
12     A   That was just my opinion.  My opinion  10:15:12AM
13  was they should've been let go a long time ago.
14     Q   And what's the basis of that opinion?  10:15:17AM
15     A   That they weren't good cops.    10:15:20AM
16     Q   What do you mean by they weren't good  10:15:23AM
17  cops?
18     A   They didn't know how to treat people.  10:15:25AM
19  They had no discretion.
20     Q   Are you referring to all five of them  10:15:29AM
21  or just one of them or certain specific
22  individuals?
23     A   Specific individuals.        10:15:37AM
24     Q   Which ones?                10:15:38AM
25     A   One would be Nofi.  The second one  10:15:41AM

Page 18

RICHARD BOSETTI

1
2  would be Lamm.  The third one would be Fiorillo.
3      Q   What did Nofi do to lead you to the  10:15:56AM
4  belief that he was not a good cop and did not
5  know how to treat people?
6      A   No common sense whatsoever.  Instead  10:16:03AM
7  of yes, ma'am, no, ma'am, one-word answers.  If
8  he had a problem with somebody, he would say,
9  let's go around the back, I'll take off my gun
10  belt and settle it.
11     Q   He told you that?            10:16:16AM
12     A   Yes, he told me that.        10:16:17AM
13     Q   How many times?            10:16:18AM
14     A   Well, I know once for sure.  And then  10:16:19AM
15  a few other times he says, I don't care what
16  happens, I'll go behind -- I'll take him in the
17  back, take off my gun belt and beat the shit out
18  of him.
19     Q   Did you ever know Joe Nofi to ever get  10:16:31AM
20  into a fight with anyone?
21     A   I know Joe Nofi to one time having  10:16:35AM
22  called a 10/1, and from what I understand -- I
23  wasn't there for that, but there was really
24  nothing going on.  He had an altercation with
25  somebody.  A 10/1 is a police officer needs

Page 19

RICHARD BOSETTI

1
2  assistance.
3      Q   And how did you learn that he called a  10:16:53AM
4  10/1 if you weren't there?
5      A   I was working there.  It was at night  10:16:57AM
6  during the evening.  What particular evening, I
7  don't recall.  But the officers were talking
8  about it.  What officers, I don't recall.
9      Q   So you don't recall any officer      10:17:08AM
10  talking about it?
11     A   No.  It's just because, you know,    10:17:11AM
12  because I never thought anything would be
13  made -- I laughed, and that's it.
14     Q   So you laughed that Mr. Nofi called in  10:17:17AM
15  a 10/1?
16     A   I laughed that it was called for      10:17:21AM
17  nothing.
18     Q   What's your basis of the belief that  10:17:23AM
19  it was called for nothing?
20     A   Because nothing came of it.      10:17:28AM
21     Q   But you weren't there, were you?      10:17:29AM
22     A   No.                    10:17:31AM
23     Q   You didn't respond to the 10/1, did  10:17:31AM
24  you?
25     A   No, I didn't.            10:17:33AM

Page 20

RICHARD BOSETTI

1
2      Q   Did any officers respond to the 10/1?  10:17:34AM
3      A   I'm not sure.            10:17:36AM
4      Q   And 10/1 you said is an officer --    10:17:37AM
5  what was a 10/1?
6      A   An officer needs assistance.  In the  10:17:41AM
7  city, it was a 10/13.  So if I get confused with
8  the two, you gotta forgive me.
9      Q   So you get confused between the city  10:17:49AM
10  codes and the Suffolk County codes?
11     MR. NOVIKOFF:  Objection.        10:17:54AM
12     A   Really.                10:17:55AM
13     No, I don't.            10:17:55AM
14     Q   Did Arnold Hardman tell you that Joe  10:18:02AM
15  Nofi called in a 10/1?
16     A   I don't recall.            10:18:07AM
17     Q   Did you ever discuss that 10/1 with  10:18:08AM
18  Hardman?
19     A   I don't recall.  It was --        10:18:11AM
20     Q   So when I asked you if you've ever  10:18:17AM
21  known Joe Nofi to get in a fight, you testified
22  about this 10/1 incident.  Did Joe Nofi actually
23  get into a fight in that 10/1 incident?
24     MR. NOVIKOFF:  Objection to the      10:18:31AM
25  characterization.

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

RICHARD BOSETTI

1
2     A    Not that I recall, no.          10:18:32AM
3     Q    Let's go back to the question I asked  10:18:33AM
4  before.
5         Did you ever know Joe Nofi to get into  10:18:33AM
6  a fight?
7     A    No.                          10:18:36AM
8     Q    So all these times that he threatened  10:18:36AM
9  to take off his police belt and go out back --
10    A    Right.                       10:18:42AM
11    Q    -- he never actually did that, did he?  10:18:42AM
12    A    He may have. I don't know. I wasn't  10:18:46AM
13  there.
14    Q    You're not aware of any time?       10:18:47AM
15    A    I'm not aware.                 10:18:49AM
16    Q    The time that he said that to you, you  10:18:50AM
17  didn't actually go out in the back and have a
18  fight, did you?
19    A    No.                          10:18:56AM
20    Q    What prompted him to tell you that he  10:18:56AM
21  was going to take off his belt and take you out
22  back?
23    A    I don't recall the incident. I just  10:18:59AM
24  recall the remark.
25    Q    When did that incident happen?      10:19:02AM

RICHARD BOSETTI

1
2     A    I don't recall. On a 4 to 12, that's  10:19:04AM
3  all I know. It was at night, in the evening.
4     Q    Do you recall what year it was?      10:19:08AM
5     A    No.                          10:19:08AM
6     Q    Do you recall what month it was?     10:19:09AM
7     A    No.                          10:19:12AM
8     Q    Do you recall who else was there?    10:19:13AM
9     A    No.                          10:19:14AM
10    Q    Do you recall what you responded to   10:19:17AM
11  him when he said that to you?
12    A    Did I respond to him? I laughed.    10:19:20AM
13    Q    So you laughed at him when he said we  10:19:23AM
14  should take off belts and go out back and get
15  into a fight?
16        MR. NOVIKOFF: Objection to the       10:19:30AM
17  characterization of the testimony. I don't
18  think he said "we should."
19    A    Right. Right. I never did that.     10:19:32AM
20        MR. GOODSTADT: Wait a second.        10:19:36AM
21        THE WITNESS: Excuse me.             10:19:39AM
22        MR. GOODSTADT: What did that note say  10:19:41AM
23  that you passed in front of the witness
24  while he's testifying?
25        MR. FEHRINGER: Just told him to spit  10:19:44AM

RICHARD BOSETTI

1
2  out his gum.
3         MR. GOODSTADT: Okay. I've never seen  10:19:47AM
4  a lawyer pass a note to a witness during a
5  deposition.
6  BY MR. GOODSTADT:                        10:19:57AM
7     Q    Were there any other occasions in    10:19:59AM
8  which Mr. Nofi said to you I'll take off my
9  belt, let's go out back, other than for the one
10  incident that you don't recall any details of?
11    A    He never said that to me, take off our  10:20:10AM
12  belts and we'll go out back. He said -- he told
13  me he would say it to other people, people he
14  had altercations with. People that -- I don't
15  know. I don't know the instance, but he said
16  that.
17    Q    So he told you that he told other     10:20:22AM
18  people that he's going to take off his belt and
19  go out back?
20    A    Yes.                         10:20:27AM
21    Q    Do you know who he told that to?     10:20:28AM
22        MR. NOVIKOFF: Specifically or        10:20:31AM
23  generally?
24        MR. GOODSTADT: Specifically.         10:20:33AM
25        MR. NOVIKOFF: Okay.                10:20:35AM

RICHARD BOSETTI

1
2     A    No, I don't know the names of the    10:20:35AM
3  people.
4     Q    Did you ever actually hear him       10:20:37AM
5  actually say that?
6     A    I can't say that for sure.         10:20:42AM
7     Q    Okay. So other than for telling      10:20:43AM
8  people that he's going to take off his belt and
9  take them out back, of which you know absolutely
10  no details of, what else did Joe Nofi do to lead
11  you to believe that he was not a good police
12  officer.
13        MR. NOVIKOFF: Objection as to the     10:20:57AM
14  form of the question.
15        You can answer.                  10:20:58AM
16    A    Well, I don't think Joe Nofi was a    10:21:01AM
17  good police officer because I told you of the
18  way he treated people.
19    Q    Give me some examples of the way he   10:21:08AM
20  treated people that leads you to that
21  conclusion.
22    A    Also -- you're going to ask me       10:21:13AM
23  specifically when, but Joe Nofi was antisemitic
24  and made antisemitic remarks, along with Tommy
25  Snyder and Kevin Lamm.

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 25

RICHARD BOSETTI

1
2    **Q    When did Joe Nofi make an antisemitic  10:21:36AM**
3    **remark?**
4       A   I knew you were gonna say that.. I   10:21:39AM
5    just know from the years knowing him he said
6    that. Just remarks.
7    **Q    What year did he say it in?        10:21:45AM**
8       A   Between 2002 and 2007.        10:21:46AM
9    **Q    So at some point within this five-year 10:21:48AM**
10   **period, you heard him say those remarks?**
11      A   Yes.              10:21:54AM
12   **Q    What were those remarks?        10:21:54AM**
13      A   I don't recall the remark..       10:21:56AM
14   **Q    Do you recall any of the remarks?    10:21:57AM**
15      A   Yeah. I recall remarks. I can't say 10:21:58AM
16   specifically from whom.
17   **Q    I'm talking about Joe Nofi right     10:22:02AM**
18   **now --**
19      A   No.              10:22:07AM
20   **Q    You've now accused Joe Nofi under oath 10:22:08AM**
21   **of being antisemitic.**
22      A   Yes.              10:22:10AM
23   **Q    I want to know the basis of that     10:22:11AM**
24   **accusation.**
25         MR. NOVIKOFF: Objection. Asked and  10:22:15AM

Page 26

RICHARD BOSETTI

1
2    answered.
3         You can answer again.         10:22:16AM
4       A   Throughout the years, I've heard him  10:22:16AM
5    say antisemitic remarks. If you ask me about
6    the day or the time, I don't know.
7    **Q    Okay. We've already established you  10:22:23AM**
8    **don't know the day or the time.**
9       A   Yeah.             10:22:27AM
10   **Q    What did he say?           10:22:28AM**
11      A   I don't know. Antisemitic remarks.  10:22:29AM
12   **Q    You can't tell me one single       10:22:30AM**
13   **antisemitic remark he made?**
14      A   No. I can't tell you word for word,  10:22:31AM
15   but I know when somebody's prejudiced against
16   certain people.
17   **Q    Well, I know you think he's prejudiced 10:22:36AM**
18   **against Jewish people. I want to know what he**
19   **said to lead you to that belief.**
20      A   I don't remember the words. If I did, 10:22:43AM
21   I'd have to make them up. But I know he led me
22   to believe that he was antisemitic, along with
23   two other officers.
24   **Q    Okay. We'll move on to the other     10:22:51AM**
25   **officers. I'm right now focused on Mr. Nofi.**

Page 27

RICHARD BOSETTI

1
2    **Q    Do you recall where you when you heard 10:22:57AM**
3    **these antisemitic remarks?**
4       A   No.              10:23:03AM
5    **Q    Who else was there when these alleged 10:23:04AM**
6    **antisemitic remarks were made?**
7       A   I don't recall.          10:23:08AM
8    **Q    What was your response when you heard  10:23:08AM**
9    **him make antisemitic remarks?**
10      A   I kept my mouth shut.        10:23:09AM
11   **Q    You didn't tell him it offended you?  10:23:11AM**
12      A   Excuse me?           10:23:13AM
13   **Q    You didn't tell him it offended you?  10:23:13AM**
14      A   No, I didn't tell him it offended me, 10:23:16AM
15   but it did.
16   **Q    You didn't ask him to stop?        10:23:17AM**
17      A   No, I didn't ask him to stop.     10:23:19AM
18   **Q    How come?            10:23:22AM**
19      A   Because sometimes cops just talk, 10:23:22AM
20   let off steam, and that's it. If I'm gonna stop
21   every cop from every word that he says that
22   might be a little bit off the wall, I'd be
23   arguing with cops all day.
24   **Q    This isn't off the wall. This is     10:23:35AM**
25   **accusing somebody of being antisemitic.**

Page 28

RICHARD BOSETTI

1
2         MR. NOVIKOFF: Objection to form.    10:23:40AM
3         You can answer the question.      10:23:40AM
4       A   Could you say it again, please.    10:23:42AM
5    **Q    I said you're not accusing him of    10:23:44AM**
6    **making an off-the-wall remark. You're accusing**
7    **him of making antisemitic comments, correct?**
8         MR. NOVIKOFF: Objection.        10:23:51AM
9         You can answer.          10:23:51AM
10      A   Yes.              10:23:52AM
11   **Q    And you didn't respond at all and tell 10:23:52AM**
12   **him it was offensive to you?**
13         MR. NOVIKOFF: Objection.        10:23:57AM
14   BY MR. GOODSTADT:              10:23:57AM
15   **Q    You didn't tell him it was offensive  10:23:58AM**
16   **to you, these alleged antisemitic comments?**
17      A   I let it go.            10:24:03AM
18   **Q    When did Kevin Lamm make antisemitic  10:24:05AM**
19   **comments?**
20      A   Same thing. Throughout the night.   10:24:06AM
21   **Q    Throughout the night? Which night?   10:24:08AM**
22      A   The nights that I worked with him.   10:24:09AM
23   **Q    How many times did he make antisemitic 10:24:11AM**
24   **comments?**
25      A   I don't recall.          10:24:12AM

7 (Pages 25 to 28)

9c25d064-2409-42b6-86d8-729604317 8a5

---

1                    RICHARD BOSETTI
2    **Q**   **What year?**          **10:24:12AM**
3    A    Between 2002 and 2007.        10:24:14AM
4    **Q**   **So some point in those five years?   10:24:17AM**
5    A    Yeah.                10:24:19AM
6    **Q**   **Who else was present when he made   10:24:19AM**
7    **these alleged remarks?**
8    A    More than once in the five years.    10:24:21AM
9    **Q**   **Who else was present when he made   10:24:23AM**
10   **these alleged comments?**
11   A    I don't recall.          10:24:26AM
12   **Q**   **What were the comments?**      **10:24:26AM**
13   A    I don't recall.          10:24:27AM
14   **Q**   **Do you recall any of the comments?   10:24:29AM**
15   A    Excuse me?          10:24:30AM
16   **Q**   **Do you recall any of the comments?   10:24:31AM**
17   A    No.                10:24:33AM
18   **Q**   **How many times in that six-year period 10:24:34AM**
19   **were these comments made?**
20   A    How many times?          10:24:42AM
21   **Q**   **Yeah.**              **10:24:43AM**
22   A    I can't put a number on it.      10:24:44AM
23   **Q**   **Do you know any of the details of   10:24:46AM**
24   **these comments?**
25   A    Who are we on now?        10:24:50AM

---

1                    RICHARD BOSETTI
2    **Q**   **Tom Snyder.  No, Kevin Lamm.  Kevin   10:24:53AM**
3    **Lamm.**
4    A    On Kevin Lamm?          10:24:55AM
5    **Q**   **Yes.**              **10:24:56AM**
6    A    No.                10:24:59AM
7    **Q**   **Did you tell Kevin Lamm that his   10:24:59AM**
8    **statements offended you?**
9    A    No.                10:25:02AM
10   **Q**   **Did you ask him to stop?**      **10:25:02AM**
11   A    No.                10:25:04AM
12   **Q**   **Did you report his statements to   10:25:04AM**
13   **anyone?**
14   A    No.                10:25:07AM
15   **Q**   **Was he on duty when he made these   10:25:07AM**
16   **statements?**
17   A    Of course.            10:25:10AM
18   **Q**   **So he's making antisemitic statements, 10:25:10AM**
19   **a cop with arrest powers, and you don't tell**
20   **Officer Hesse?**
21        MR. NOVIKOFF:  Objection.      10:25:19AM
22   BY MR. GOODSTADT:            10:25:20AM
23   **Q**   **You don't tell Officer Hesse that one 10:25:20AM**
24   **of his officers are making antisemitic comments?**
25        MR. NOVIKOFF:  Objection.      10:25:26AM

---

1                    RICHARD BOSETTI
2    A    When people are working throughout the 10:25:26AM
3    course of an evening, you hear all kinds of
4    things; and if you're going to tell the boss on
5    everything that's said, it would be ridiculous.
6         Now, was it -- should I have?  Maybe. 10:25:36AM
7    But cops make remarks, and that's the way I took
8    it from.
9    **Q**   **But don't you think it's a serious   10:25:42AM**
10   **situation when a cop with arrest powers makes a**
11   **remarks against a religious group of people?**
12        MR. NOVIKOFF:  Objection.      10:25:51AM
13   A    I've been a cop for 26 years, okay,   10:25:52AM
14   and I've heard plenty of remarks, and that's it.
15   People talk.  Guys talk.  You talk when you go
16   out with your friends.
17   **Q**   **That wasn't the question, though, sir. 10:26:03AM**
18   **The question was:  Don't you think   10:26:04AM**
19   **it's serious when a police officer with arrest**
20   **powers makes a remark, a derogatory remark**
21   **against a religious group of people?**
22        MR. NOVIKOFF:  Objection.      10:26:15AM
23   A    Morally, yeah.  Yeah.      10:26:17AM
24   **Q**   **But not as a police officer?**    **10:26:19AM**
25        MR.. NOVIKOFF:  Objection.      10:26:22AM

---

1                    RICHARD BOSETTI
2    A    As a police officer, you're supposed  10:26:22AM
3    to treat everybody fairly; and if he makes a
4    remark, he makes a remark.
5    **Q**   **And you didn't report it to Chief   10:26:31AM**
6    **Paradiso?**
7         MR. NOVIKOFF:  Objection.      10:26:36AM
8    A    No.                10:26:39AM
9         MR. NOVIKOFF:  I withdraw the    10:26:41AM
10   objection.  You said Hesse before.
11   BY MR. GOODSTADT:            10:26:43AM
12   **Q**   **You didn't say anything to Chief   10:26:44AM**
13   **Paradiso?**
14   A    No.                10:26:47AM
15   **Q**   **Who was the mayor at the time?**   **10:26:47AM**
16   A    Rogers.              10:26:49AM
17   **Q**   **Did you tell Mayor Rogers?**      **10:26:50AM**
18   A    No.                10:26:52AM
19   **Q**   **Did you tell Trustee Loeffler?**    **10:26:52AM**
20   A    No.                10:26:55AM
21   **Q**   **Did you tell any of the trustees?**   **10:26:55AM**
22   A    No.                10:26:57AM
23   **Q**   **Did you tell any other police      10:26:57AM**
24   **officers --**
25   A    I had heard --            10:27:02AM

---

9c25d064-2409-42b6-86d8-729604317 8a5

Page 33

RICHARD BOSETTI

1
2    Q    That wasn't the question, sir. The   10:27:03AM
3    question was whether you told any of the other
4    police officers that Mr. Lamm made an
5    antisemitic comment.
6    A    No.                       10:27:09AM
7    Q    Did you tell anybody that Mr. Lamm   10:27:09AM
8    made an antisemitic comment?
9    A    I told my wife that officers in   10:27:14AM
10   general were making antisemitic comments.
11   Q    Did you tell anyone else that Mr. Lamm   10:27:20AM
12   was making an antisemitic comment?
13   A    No.                       10:27:26AM
14   Q    Now, I believe you said Mr. Snyder   10:27:28AM
15   made some antisemitic comments, as well; is that
16   correct?
17   A    Yes.                      10:27:34AM
18   Q    And when did Mr. Snyder make the   10:27:34AM
19   comments?
20   A    I can't remember the day, I can't   10:27:37AM
21   remember the time, but I remember it was always
22   over the senior citizen cart.
23        MR. NOVIKOFF:  Cart, C-A-R-T.   10:27:46AM
24        THE WITNESS:  Yes.  The little taxi   10:27:49AM
25   that we use to take the senior citizens

Page 34

RICHARD BOSETTI

1
2    around town.
3    BY MR. GOODSTADT:              10:27:55AM
4    Q    What year did Mr. Snyder make these   10:27:55AM
5    alleged comments?
6    A    Between 2002 and 2007.         10:27:56AM
7    Q    Did you hear any in 2002?        10:27:57AM
8    A    Yeah, probably.  I can't recall the   10:27:59AM
9    instance, but I know what it was about.
10   Q    You know what it was about in 2002   10:28:04AM
11   that he said?
12   A    Not in 2002.  In general.        10:28:06AM
13   Q    I'm talking about 2002 right now.   10:28:09AM
14   Which comments did he make in 2002?
15   A    It would have to be about the senior   10:28:14AM
16   cart.
17   Q    I'm not asking you to speculate.  I   10:28:17AM
18   want to know what comment you recall Mr. Snyder
19   saying in 2002 that leads you to accuse him of
20   being antisemitic.
21   A    Now that you're asking me to put a   10:28:35AM
22   direct date on that, I can't answer that
23   correctly.
24   Q    How about 2003, what comment did he   10:28:40AM
25   say?

Page 35

RICHARD BOSETTI

1
2    A    Between 2002 and 2007, I can tell you   10:28:42AM
3    what I heard Mr. Snyder say.  If you're going to
4    pinpoint me to a date and a time, I can't do
5    that.
6    Q    Well, I want to know what happened in   10:28:50AM
7    2003.  Do you recall any statement he made in
8    2003 that leads you to the conclusion that he
9    was antisemitic?
10        THE REPORTER:  One at a time, please.   10:28:57AM
11        MR. NOVIKOFF:  Can we have the   10:28:59AM
12   question?
13   BY MR. GOODSTADT:              10:29:00AM
14   Q    Can you tell me what statements   10:29:00AM
15   Mr. Snyder made in 2003 that leads you to the
16   accusation that he's antisemitic?
17   A    Okay.  Between 2002 and 2007, I heard   10:29:07AM
18   Mr. Snyder, while he was answering the phones,
19   say these Jew -- now, I don't know if I'm saying
20   the exact words, so don't hold me to that.
21   Something like these Jew bastards, you gotta
22   cater to them like crazy.
23   Q    When did he say that?            10:29:25AM
24   A    Between 2002 and 2007.         10:29:26AM
25   Q    Do you recall what year he said that?   10:29:28AM

Page 36

RICHARD BOSETTI

1
2    A    No.                       10:29:29AM
3    Q    Where were you when you heard him say   10:29:30AM
4    that?
5    A    In the station house.          10:29:32AM
6    Q    Where was Mr. Snyder?          10:29:33AM
7    A    Behind the desk.             10:29:35AM
8    Q    Who else was there?           10:29:37AM
9    A    I don't know.               10:29:39AM
10   Q    Was anybody else there?         10:29:41AM
11   A    I don't know.               10:29:42AM
12   Q    Did you report Mr. Snyder for making   10:29:43AM
13   that comment that Jew bastards, you have to
14   cater to them?
15   A    Yeah.  That might not have been the   10:29:49AM
16   direct words either.
17   Q    So you don't recall the direct words?   10:29:52AM
18        MR. NOVIKOFF:  Objection.        10:29:55AM
19   A    It was about Jewish people not being   10:29:55AM
20   able to take care of themselves.  They always
21   gotta be catered to.
22   Q    But you don't recall the exact words   10:30:04AM
23   he used?
24   A    No.                       10:30:06AM
25   Q    Did you report that to anyone?      10:30:06AM

9 (Pages 33 to 36)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 37

RICHARD BOSETTI

1
2    A    No.                            10:30:08AM
3    Q    Why not?                       10:30:08AM
4    A    Because I didn't.              10:30:09AM
5    Q    How many times did you hear him say   10:30:10AM
6    that?
7    A    Couple. Few.                   10:30:12AM
8    Q    How many?                      10:30:13AM
9    A    I don't know. I can't put a number on   10:30:16AM
10   it.
11   Q    What year was the first time you heard   10:30:18AM
12   him say it?
13   A    Probably, probably 2003.       10:30:21AM
14   Q    What leads you to believe that it was   10:30:24AM
15   probably 2003?
16   A    Because I've known Snyder for all   10:30:27AM
17   those years, and I know that from the first year
18   he made those comments, but I can't put a direct
19   date on them.
20   Q    Did you tell anybody that he made that   10:30:37AM
21   comment?
22   A    No.                            10:30:40AM
23   Q    Why not?                       10:30:40AM
24   A    Cops hear comments.            10:30:43AM
25   Q    Have you ever reported any comment   10:30:46AM

Page 38

RICHARD BOSETTI

1
2    you've ever heard by a cop to a superior
3    officer?
4    A    No.                            10:30:54AM
5    Q    So in your 26 years as a police   10:30:54AM
6    officer, you never reported a comment made by
7    another cop?
8    A    No.                            10:31:02AM
9    MR. NOVIKOFF: Objection.           10:31:06AM
10   BY MR. GOODSTADT:                     10:31:07AM
11   Q    How many other times, other than for   10:31:07AM
12   the incident in 2003 that you testified to, did
13   Mr. Snyder make antisemitic comments?
14   MR. NOVIKOFF: Objection.           10:31:12AM
15   A    About the senior cart.         10:31:13AM
16   Q    And what did he say about the senior   10:31:14AM
17   cart?
18   A    Something to the fact, I can't recall   10:31:17AM
19   the exact words, fucking lazy bastards, you
20   gotta cater to them.
21   Q    What made you believe that had   10:31:27AM
22   anything to do with their religion?
23   A    Because he used the words "Jews."   10:31:33AM
24   Q    But you just testified that he said   10:31:35AM
25   those lazy bastards, you have to cater to them.

Page 39

RICHARD BOSETTI

1
2    MR. NOVIKOFF: Objection.           10:31:42AM
3    A    Because we were talking about the Jews   10:31:43AM
4    at the time.
5    Q    What did you say in that conversation?   10:31:45AM
6    A    Smirked, laughed.              10:31:47AM
7    Q    So you laughed at his antisemitic   10:31:48AM
8    comment?
9    A    Smiled, yeah.                  10:31:52AM
10   Q    You thought it was funny?      10:31:53AM
11   A    No.                            10:31:54AM
12   Q    So why did you laugh at it?    10:31:55AM
13   A    Huh?                           10:31:56AM
14   Q    Why did you laugh if you didn't think   10:31:57AM
15   it was funny?
16   A    It was just like if I were to get him   10:31:57AM
17   coffee and the coffee didn't taste right and he
18   said this coffee tastes like shit, I would smirk
19   and laugh, even though I wouldn't be proud of
20   it, you know. Just yeah, I'd smirk.
21   Q    So you just compared an antisemitic   10:32:10AM
22   statement to the taste of coffee.
23   MR. NOVIKOFF: Objection.           10:32:16AM
24   BY MR. GOODSTADT:                     10:32:16AM
25   Q    I want to know why you laughed at the   10:32:16AM

Page 40

RICHARD BOSETTI

1
2    antisemitic statement that he made.
3    MR. NOVIKOFF: Objection.           10:32:21AM
4    A    Because I laughed.             10:32:22AM
5    Q    And you testified that we were talking   10:32:22AM
6    about the Jews at the time. That's what led you
7    to believe that it was an antisemitic statement..
8    A    Yes.                           10:32:30AM
9    Q    What did you say about Jews in that   10:32:31AM
10   conversation?
11   A    Nothing.                       10:32:33AM
12   Q    What was the rest of that conversation   10:32:33AM
13   that led you to believe you were talking about
14   Jews at the time?
15   A    I don't recall.                10:32:40AM
16   MR. NOVIKOFF: I'm sorry, what was the   10:32:41AM
17   answer?
18   (Whereupon, the referred to portion   10:32:44AM
19   was read back by the court reporter.)
20   BY MR. GOODSTADT:                     10:32:45AM
21   Q    Do you recall anything else that was   10:32:46AM
22   discussed in that conversation?
23   A    No.                            10:32:47AM
24   Q    Did you tell anybody about that   10:32:48AM
25   conversation?

10  (Pages 37 to 40)

9c25d064-2409-42b6-86d8-729604317825

Page 41

RICHARD BOSETTI

1
2    A    My wife, probably.          10:32:50AM
3    Q    **Probably or you did?**          **10:32:52AM**
4    A    Yeah, my wife.          10:32:53AM
5    Q    **You told her that Tom Snyder made a   10:32:54AM**
6    **comment that they're lazy bastards, you have to**
7    **cater to them?**
8         MR. NOVIKOFF: Objection. Leading.   10:33:02AM
9    He is your witness, right?          10:33:05AM
10        MR. GOODSTADT: He's a third-party   10:33:07AM
11   witness.
12        MR. NOVIKOFF: Right. But you called   10:33:10AM
13   him, right?
14        MR. GOODSTADT: I subpoenaed him.   10:33:10AM
15   I'll be more happy to -- I'll be more than
16   happy to designate him.
17        MR. NOVIKOFF: No, no. He doesn't   10:33:16AM
18   work for us.
19   BY MR. GOODSTADT:          10:33:31AM
20   Q    **What was your wife's response?**          **10:33:31AM**
21   A    She said it was terrible.          10:33:34AM
22   Q    **Did he tell you you should report him? 10:33:35AM**
23   A    No. She trusts my judgment.          10:33:38AM
24   Q    **And you didn't report him for that   10:33:42AM**
25   **second statement, did you?**

Page 42

RICHARD BOSETTI

1
2    A    No.          10:33:47AM
3    Q    **You didn't tell Mayor Rogers, did you? 10:33:47AM**
4    A    No, just my wife.          10:33:50AM
5    Q    **You didn't tell Trustee Loeffler?**          **10:33:54AM**
6    A    No.          10:33:56AM
7    Q    **You didn't tell Chief Paradiso?**          **10:33:56AM**
8    A    No.          10:33:59AM
9    Q    **You didn't tell Officer Hesse?**          **10:34:00AM**
10   A    No.          10:34:02AM
11   Q    **Any other statements that Mr. Snyder   10:34:04AM**
12   **made that lead you to believe that he's**
13   **antisemitic?**
14   A    Just those -- as far as I believe,   10:34:10AM
15   it's just those statements.
16   Q    **Those two? What year did the second   10:34:18AM**
17   **statement that you testified to occur?**
18   A    Between 2002 and 2007..          10:34:22AM
19   Q    **So you don't know which year?**          **10:34:24AM**
20   A    No.          10:34:26AM
21   Q    **And you don't recall anything else   10:34:26AM**
22   **that was stated during that conversation?**
23   A    No.          10:34:32AM
24   Q    **What happened just prior to elicit a   10:34:33AM**
25   **statement that Mr. Snyder allegedly made?**

Page 43

RICHARD BOSETTI

1
2    A    That, I don't recall.          10:34:41AM
3    Q    **Other than what you've testified to,   10:34:47AM**
4    **is there anything else that leads you to believe**
5    **that Joe Nofi was not a good police officer?**
6         MR. NOVIKOFF: Objection.          10:34:54AM
7    A    Just the facts that he didn't know how 10:34:56AM
8    to talk to people.
9    Q    **Any other -- anything else that leads  10:34:59AM**
10   **you to that conclusion other than for him**
11   **allegedly telling you that he told other people**
12   **that he was going to take his belt off and go**
13   **out back and fight?**
14   A    No. Not anything I can think of.   10:35:15AM
15   Q    **What leads you to believe that**          **10:35:19AM**
16   **Mr. Lamm was not a good police officer?**
17   A    Mr. Lamm was violent prone.          10:35:23AM
18        MR. NOVIKOFF: Sorry, Mr. Lamm was   10:35:27AM
19   what?
20        THE WITNESS: Violent prone.          10:35:30AM
21   BY MR. GOODSTADT:          10:35:31AM
22   Q    **What do you mean by that?**          **10:35:31AM**
23   A    I mean whenever we went out when I   10:35:32AM
24   first started there now, especially, between
25   2002 and 2003, he would always have an

Page 44

RICHARD BOSETTI

1
2    altercation with somebody. Kevin Lamm was known
3    for taking a brand-new vial of Mace out. We
4    used to joke that he would take it out every
5    month, I said what are you doing with all that
6    Mace? Are you using it for your bloody Marys?
7    Because it was pepper spray.
8    Q    **Did you ever know Mr. Lamm to use**          **10:36:02AM**
9    **Mace?**
10   A    Yes.          10:36:06AM
11   Q    **How many times?**          **10:36:06AM**
12   A    I know once for sure. He squirted the 10:36:06AM
13   wrong guy in the face.
14   Q    **When was that?**          **10:36:10AM**
15   A    I think that was the summer of 2002 or 10:36:11AM
16   2003.
17   Q    **Where was the incident?**          **10:36:19AM**
18   A    The incident was right outside of   10:36:21AM
19   Houser's bar on -- what is that, Bay- -- Main
20   Street, Bayview.
21   Q    **Were you on duty?**          **10:36:33AM**
22   A    Yes.          10:36:34AM
23   Q    **Were you at the scene?**          **10:36:35AM**
24   A    Yes.          10:36:36AM
25   Q    **What led him to use Mace?**          **10:36:38AM**

11 (Pages 41 to 44)

9c25d064-2409-42b6-86d8-7296043178a5

**RICHARD BOSETTI**

1
2     A    He went to break up a fight, and then 10:36:40AM
3  it turned it into that he was actually got into
4  the fight.. He climbed on top of the guy, I
5  climbed on top with him and, he just randomly
6  started spraying Mace all around.  And he
7  sprayed Jimmy the bartender from -- not
8  McGuire's, the bar at the end of the street --
9  help me out here, Kevin.
10        MR. FEHRINGER: If you don't know,    10:37:13AM
11    just say.
12     A    I know the bar. I forget it. It's a  10:37:15AM
13  family-run seafood place, the first one on the
14  east end of town.
15     Q    Have you ever been in the bar that    10:37:22AM
16  Jimmy the bartender bartends at?
17     A    Yes.                    10:37:26AM
18     Q    How many times?              10:37:27AM
19     A    Many.                   10:37:29AM
20     Q    Did you ever drink there?         10:37:29AM
21     A    Sure.                   10:37:31AM
22     Q    Did you ever drink there while on    10:37:31AM
23  duty?
24     A    No.                    10:37:34AM
25     Q    Did you ever drink there right before 10:37:34AM

**RICHARD BOSETTI**

1
2  the shift?
3     A    Before the shift?             10:37:37AM
4     Q    Yes.                    10:37:39AM
5        MR. NOVIKOFF: Was it right before the 10:37:39AM
6    shift or before the shift?
7        MR. GOODSTADT: Either one.         10:37:41AM
8     A    I may have.  I may have had a sandwich 10:37:41AM
9  and a beer.
10     Q    Before going on duty?           10:37:44AM
11     A    Yeah.                   10:37:46AM
12     Q    How long before going on duty?      10:37:46AM
13     A    Well, if I got there early, if I slept 10:37:48AM
14  over, it might have been 12:00.  I start my tour
15  at three or four.
16     Q    A couple of hours before?         10:37:56AM
17     A    Yeah.                   10:37:57AM
18     Q    And did anyone press any charges     10:38:01AM
19  against Mr. Lamm in connection with that fight?
20     A    No.  Just the guy said what a fucking 10:38:05AM
21  idiot.
22     Q    What guy said that?            10:38:08AM
23     A    Jimmy.                   10:38:09AM
24     Q    Mr. Lamm brought up on any kind of   10:38:11AM
25  misconduct?

**RICHARD BOSETTI**

1
2     A    No.                    10:38:14AM
3     Q    Any other incidents lead you to     10:38:16AM
4  believe that Mr. Lamm has violent tendencies or
5  was violence prone?
6     A    Yes, sir.                 10:38:24AM
7     Q    What are those incidents?         10:38:26AM
8     A    One incident when I first met him, the 10:38:28AM
9  very first day he was doing a 4 to 12 with me.
10  The guys introduced me to Kevin Lamm.  Kevin
11  Lamm looks at my coca bola, which is a wooden
12  night stick I took over from the city.  Kevin
13  Lamm just took that coca bola, and he says nice.
14  He was known for doing "nice." And then he
15  says, I hope you're gonna use that thing
16  tonight.  I said, Kevin, I'm not gonna use that
17  thing unless I have to use that thing.
18     Q    What did he mean by I hope you have to 10:38:58AM
19  use that thing?
20     A    The night stick.  In other words, he  10:39:01AM
21  hopes I'm going to take it out and put it to
22  somebody's -- put it to use.  He didn't say put
23  it to somebody's head.  Hope I'm going to use
24  it.
25     Q    Did you report that statement to     10:39:09AM

**RICHARD BOSETTI**

1
2  anyone?
3     A    Everybody was there.           10:39:11AM
4     Q    Who was there?              10:39:13AM
5     A    I don't know for sure.          10:39:13AM
6     Q    Can you name a single other person    10:39:14AM
7  that was there?
8     A    No, not that night, because I don't   10:39:16AM
9  know who I was working with.  But they
10  introduced me to Kevin.
11     Q    You don't recall anyone else who may  10:39:22AM
12  have been there that heard that statement?
13     A    No.                    10:39:26AM
14     Q    What was your response other than I'll 10:39:27AM
15  only take it out only if I need to?
16     A    That was my response.          10:39:32AM
17     Q    Anything else that leads you to      10:39:34AM
18  believe Kevin Lamm was violent prone?
19     A    Yes.                    10:39:37AM
20     Q    What else?                 10:39:37AM
21     A    Kevin Lamm one time went into CJ's    10:39:38AM
22  bar, and he -- first of all, he went into the
23  kitchen, and he searched the kitchen for illegal
24  drugs, without even telling anybody.  Just went
25  right into the kitchen, rattled pots and pans

9c25d064-2409-42b6-86d8-729604317f8a5

RICHARD BOSETTI

1
2  and looked around. With this, they said, what
3  are you doing?  The brothers wouldn't do
4  something like that.  What are you doing?  From
5  what the witnesses told me -- I didn't see
6  this -- he took a temper tantrum, started
7  hitting the stick on the floor and then saying
8  Bosetti brothers aren't the boss here, I am.
9      Q    Who told you that?
10     A    People at the bar..          10:40:23AM
11     Q    Which ones?                   10:40:25AM
12     A    I don't recall.               10:40:26AM
13     Q    People at the bar, you don't recall   10:40:27AM
14  who told you?
15     A    Because these are things that I never   10:40:29AM
16  thought would come out seven years from now.
17  That's why I don't recall.
18     Q    But you recall the statement --   10:40:35AM
19     A    Believe me, if I had known this was   10:40:37AM
20  happening today, I would've wrote everything
21  down then.
22     Q    So I'm asking you, you recall the   10:40:42AM
23  statement, but you don't recall who told you?
24     A    I could tell you a guy named Barry may   10:40:45AM
25  have been the one.  If he wasn't the one that

RICHARD BOSETTI

1
2  seen the statement, he'll testify to the fact
3  that Kevin was a nut job and he was constantly
4  in there breaking Barry's chops.
5      Q    I'm not asking you what some other   10:41:02AM
6  people may or may not testify to.
7      A    I though you asked me.       10:41:06AM
8      MR. NOVIKOFF:  I think you did.   10:41:08AM
9      A    Yeah, you actually did.      10:41:08AM
10     Q    I asked you who told you the statement 10:41:09AM
11  that Kevin Lamm was beating the stick against
12  the ground and saying the Bosetti's aren't boss
13  here, I am.
14     A    Probably the proprietor that was   10:41:19AM
15  working or the bartender that was working in the
16  bar that specific night.  I could give you three
17  names.  I don't know which one.
18     Q    So you're just speculating as to which 10:41:28AM
19  one, right?
20     MR. NOVIKOFF:  Objection.       10:41:31AM
21     A    I don't know for sure.  I don't know   10:41:31AM
22  for sure.  I know it did happen.
23     Q    Did anyone report Mr. Lamm's conduct? 10:41:35AM
24     A    Yes.                        10:41:37AM
25     Q    To whom was it reported to?   10:41:38AM

RICHARD BOSETTI

1
2      A    I think Chief Paradiso.       10:41:40AM
3      Q    Was a police report filed?    10:41:41AM
4      A    I don't know.  I wasn't the boss at   10:41:44AM
5  that time.
6      Q    Was a formal complaint filed?   10:41:46AM
7      A    I don't know, but he was spoken to.   10:41:48AM
8      Q    By whom?                     10:41:49AM
9      A    I would think -- I would think either   10:41:50AM
10  George or the chief.
11     Q    Were you there when he was spoken to? 10:41:54AM
12     A    No.                         10:41:56AM
13     Q    How do you know he was spoken to?   10:41:56AM
14     A    Because word of mouth gets around,   10:41:58AM
15  Kevin got into trouble; he did this, he did
16  that.
17     Q    Who did you hear it from that he was   10:42:03AM
18  spoken to?
19     A    I don't know.                10:42:06AM
20     Q    Any other instances that lead you to   10:42:07AM
21  believe that Mr. Lamm has violent tendencies?
22     A    Jeez, I'm sure, if I sleep on it.  Let 10:42:11AM
23  me see, the Mace, the stick, the thing in the
24  bar.  There was that time, Kevin, didn't you
25  drag a kid down the street and you were pounding

RICHARD BOSETTI

1
2  the shit out of him?
3      MR. NOVIKOFF:  I'm sorry, what was   10:42:46AM
4  that answer?  Request you read that back.
5      (Whereupon, the requested portion was   10:42:49AM
6  read back by the court reporter.)
7      A    Yeah.  I didn't see that, now, okay?  10:43:01AM
8  But this is another one.  But I'll tell you
9  what, I took my lie detector test only a few
10  years ago.  Why don't these guys take the lie
11  detector test?  Let's see if everything I'm
12  saying is true.
13     MR. FEHRINGER:  Rich, just answer the   10:43:19AM
14  questions.
15  BY MR. GOODSTADT:                   10:43:22AM
16     Q    Sir, I hope it's true, because you're  10:43:22AM
17  testifying under oath.
18     A    Yeah.                       10:43:22AM
19     Q    And, fortunately for me, you're not   10:43:22AM
20  the one asking the questions today, I am.
21     A    Okay.                       10:43:27AM
22     Q    When did Mr. Lamm allegedly drag a kid 10:43:27AM
23  down the street and beat the shit out of him?
24     A    It was between 2002 -- and I know it   10:43:33AM
25  wasn't the last year that I worked.  I know it

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317a5

RICHARD BOSETTI

1
2  wasn't the year before that, so I would say -- I
3  would say a good hunch between 2002 and 2005.
4      Q   How did you learn about that?      10:43:48AM
5      A   Huh?                10:43:50AM
6      Q   How did you learn about that alleged   10:43:50AM
7  incident?
8      A   People told me.          10:43:53AM
9      Q   Who?          10:43:54AM
10     A   I don't know.             10:43:55AM
11     Q   You don't recall who told you?     10:43:57AM
12     A   No, I don't recall who told me.    10:43:59AM
13     Q   Who did you speak to about that      10:44:01AM
14  incident?
15     A   It might have been other cops.     10:44:07AM
16     Q   Which ones?           10:44:09AM
17     A   I don't know.            10:44:10AM
18     Q   When did you speak to them?      10:44:10AM
19     A   You could ask Kevin.         10:44:12AM
20     Q   Again, sir, I'm asking you.      10:44:13AM
21     A   I don't know. I can't recall the face 10:44:16AM
22  of who.
23     Q   Was there a police report filed      10:44:19AM
24  against Kevin for that incident?
25     A   I guess there should've been, but --  10:44:23AM

RICHARD BOSETTI

1
2      Q   Sir, that wasn't the question. The   10:44:26AM
3  question was: Was there a police report filed
4  against Mr. Lamm?
5      A   No, not that I know of.        10:44:31AM
6      Q   Was Mr. Lamm brought up on any     10:44:32AM
7  official misconduct?
8      A   No.            10:44:35AM
9      Q   Had was Mr. Lamm terminated for that  10:44:36AM
10  incident?
11     A   No.            10:44:39AM
12     Q   Was Mr. Lamm terminated for any     10:44:39AM
13  incident that you testified to?
14         MR. NOVIKOFF: Objection.       10:44:44AM
15     A   No.            10:44:44AM
16     Q   No?          10:44:45AM
17     A   Oh, wait a minute. Was he terminated 10:44:45AM
18  for any -- that we objected to just now? No, he
19  was terminated in general at the end.
20         MR. NOVIKOFF: Motion to strike.   10:44:51AM
21  BY MR. GOODSTADT:            10:44:54AM
22     Q   Is there anything else that Mr. Lamm   10:44:56AM
23  did that led you to the belief that he was not a
24  good police officer?
25     A   No discretion whatsoever when it came 10:45:02AM

RICHARD BOSETTI

1
2  to summonses. He'd tag little girls riding
3  bikes. He'd tag men with their children. He'd
4  tag people riding bikes through a puddle because
5  they didn't want to get wet.
6      Q   Sir, was there a rule against riding   10:45:16AM
7  your bike?
8      A   Yes, there's a rule against riding a  10:45:19AM
9  bike.
10     Q   So he was enforcing the rules, right?  10:45:20AM
11     A   Discretion. Police work is     10:45:23AM
12  discretion, no matter how you look at it. You
13  don't give a ticket to somebody going through a
14  puddle and it's 5:00 in the morning and he wants
15  to get home and he answers you nicely and you
16  respond by giving him a summons. You do not
17  have to give a summons out. The police work is
18  discretion.
19     Q   Were you ever told not to give      10:45:40AM
20  summonses to certain people?
21     A   Was I ever told not to give --    10:45:44AM
22     Q   Yes.          10:45:45AM
23     A   Never.             10:45:46AM
24     Q   So the summonses that Mr. Lamm gave   10:45:48AM
25  out that you testified showed a lack of

RICHARD BOSETTI

1
2  discretion, those were for violations of the
3  town ordinances, correct?
4      A   Yeah. From what I understand, a lot  10:45:59AM
5  of them got knocked too, just by a judge shaking
6  his head.
7      Q   But that wasn't the question, sir.   10:46:03AM
8  The question was --
9          MR. NOVIKOFF: Let him answer the   10:46:06AM
10  question. You can move to strike, Andrew.
11         MR. GOODSTADT: I don't want to move  10:46:07AM
12  to strike. It will never see the light of
13  day anyway.
14         MR. NOVIKOFF: Why are we going to be 10:46:12AM
15  here for the next 14 hours?
16  BY MR. GOODSTADT:            10:46:15AM
17     Q   The question I asked was: Were any of 10:46:15AM
18  those summons that Mr. Lamm showed a lack of
19  discretion in writing, were any of them not for
20  violations of the town ordinances?
21         MR. NOVIKOFF: Objection.       10:46:26AM
22     A   No, they were for violations of the  10:46:26AM
23  town ordinances, sure.
24     Q   He was just enforcing the law, right? 10:46:30AM
25     A   Enforcing the law? Come on. It's up 10:46:32AM

TSG Reporting - Worldwide      877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 57

RICHARD BOSETTI

1              RICHARD BOSETTI
2   to the police. You don't have to enforce those
3   laws. It's up to the discretion of the police
4   officer and the reason why that person broke the
5   law. You don't have to all the time, there's
6   yes, there's no, there's no in between.
7   That's what makes a good police officer, the in
8   between part.
9      **Q   So what makes a good police officer is** 10:46:52AM
10   **knowing when to enforce the law and knowing when**
11   **not to?**
12      A   Exactly. Violations, not breaking,   10:46:56AM
13   not felonies. Violations we're talking here.
14      **Q   Anything else that Mr. Lamm did that** 10:47:10AM
15   **leads you to the conclusion he's not a good**
16   **police officer?**
17      A   Nah, I guess we can move along.    10:47:15AM
18      **Q   What leads you to the belief that**  10:47:28AM
19   **Mr. Fiorillo is not a good police officer?**
20      A   Fiorillo?            10:47:34AM
21      **Q   I believe you testified that Nofi,**  10:47:35AM
22   **Lamm and Fiorillo were not good police officers;**
23   **they should've been terminated a long time**
24   **before.**
25      A   Yeah. Fiorillo became a police   10:47:44AM

Page 58

RICHARD BOSETTI

1              RICHARD BOSETTI
2   officer, this is my feeling, because he always
3   wanted to play cops and robbers. He was -- what
4   do you call? He was on the auxiliaries for the
5   longest time, and then finally he got to be a
6   real cop in Ocean Beach. All right?
7      He's another one that I had to jump in 10:48:01AM
8   between -- and I can't remember the time. I
9   can't remember the exact day. But like the guy
10   wanted to kick his butt, and I had to jump in
11   between and then calm everything down. And then
12   later on I'd say, Frank, you can't go at it like
13   this. All right? You gotta use your head
14   sometimes talking to people.
15      **Q   And that's what led you to believe**  10:48:22AM
16   **he's not a good police officer?**
17      A   Yeah.          10:48:23AM
18      MR. NOVIKOFF: Objection.      10:48:24AM
19      A   If you talk to anybody in Fire Island 10:48:25AM
20   over these three guys?
21      **Q   Sir, today I'm talking to you.**   10:48:29AM
22      A   Okay. Talk to the people that live  10:48:30AM
23   there.
24      **Q   Is there anything else that**    10:48:33AM
25   **Mr. Fiorillo did that led you to believe that**

Page 59

RICHARD BOSETTI

1              RICHARD BOSETTI
2   **he's not a good police officer other than for**
3   **you having to allegedly jump in between him and**
4   **somebody else to prevent the fight?**
5      A   Yes.          10:48:47AM
6      **Q   What else?**       10:48:47AM
7      A   Summonses, the same thing. Summonses 10:48:48AM
8   like crazy. He was asked to slow down, stop
9   with the bogus summonses, use his head giving
10   out summonses.
11      I think Frank, you were also told, or 10:49:05AM
12   you, Kevin, do not -- do not handcuff the
13   people. Do not handcuff the people when you're
14   giving them a summons. I think that goes back
15   to a little bit of the violent prone. I don't
16   know. I never got handcuffed for drinking a
17   beer on the street or anything like that.
18      **Q   Who asked Frank Fiorillo to slow down** 10:49:27AM
19   **on the summonses?**
20      A   George Hesse.        10:49:32AM
21      **Q   How many times?**      10:49:33AM
22      A   I think it was more than once.   10:49:34AM
23      **Q   When was he asked that?**    10:49:36AM
24      A   Huh?          10:49:38AM
25      **Q   When was he asked to do that?**   10:49:38AM

Page 60

RICHARD BOSETTI

1              RICHARD BOSETTI
2      A   I think it was the last -- one of the 10:49:41AM
3   last two years that I was there.
4      And by the way, he wasn't asked to   10:49:45AM
5   slow down with the bogus summonses. I think he
6   more was -- it was more like stop with the
7   bullshit summonses.
8      **Q   When you say stop with the bullshit** 10:49:55AM
9   **summonses, was he writing summonses for things**
10   **that were not violations of law?**
11      A   Yeah, uh-huh.       10:50:02AM
12      **Q   Like what?**      10:50:03AM
13      A   Not -- no, no, no. But like I said, 10:50:03AM
14   he enforced that village code like it was, you
15   know, no in between. Sometimes you gotta
16   give -- you want me to give you an example?
17      **Q   Sure. Why don't you give me an**   10:50:18AM
18   **example.**
19      A   Okay. The bathrooms closed -- the  10:50:20AM
20   village bathrooms close at 10:00 at night.
21   There's kids on the street. They can't go into
22   the bars to pee, and they're waiting for the
23   last ferry home. Sometimes you just can't hold
24   it. So they'll go behind a bush, behind
25   somewhere and relieve themselves, because all

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

Page 61

RICHARD BOSETTI

1
2    the bathrooms are closed and they can't get into
3    the licensed premises.  I'm sure now when you
4    were growing up, you've done that.  Sometimes
5    you just gotta take the discretion that what
6    could you do?  Where could they go?
7         Q    So is it your testimony, sir, that    10:50:53AM
8    Mr. Fiorillo is a bad police officer because he
9    enforced the laws too stringently?
10        MR. NOVIKOFF:  Objection.          10:51:01AM
11        A    No discretion.  That's what I'm       10:51:01AM
12   saying.
13        Q    But what he was doing or the summonses 10:51:03AM
14   he was writing were for violations of the
15   village law, right?
16        MR. NOVIKOFF:  Objection.  Leading.   10:51:14AM
17   Argumentative.
18        A    Sure.               10:51:16AM
19        Q    So urinating in public, that's a     10:51:16AM
20   violation of village law, correct?
21        A    Yeah.  You know what's a violation of 10:51:19AM
22   village law?  Eating an orange on the beach..
23        Q    Right.  And you can write a summons   10:51:22AM
24   for that, correct?
25        A    Yeah, sure you can.         10:51:25AM

Page 62

RICHARD BOSETTI

1
2         Q    Well, why have the law if it's not    10:51:25AM
3    going to be enforced?
4         MR. NOVIKOFF:  Objection.          10:51:34AM
5         A    You do not have to enforce it, though. 10:51:35AM
6    You have discretion.  You do not have to enforce
7    a violation.  It's up to your discretion.
8         Q    Where does it say that it's up to your 10:51:39AM
9    discretion whether or not you want to enforce a
10   law?
11        A    It's up to your discretion in any    10:51:44AM
12   police academy for violation.
13        Q    Is there any handbook that you can    10:51:51AM
14   point to that says it's up to a police officer's
15   discretion whether or not to write a summons for
16   violation of a law?
17        A    No, you'll have to find that yourself. 10:52:04AM
18   That's the way I was taught in the New York City
19   Police Academy.
20        Q    Anything else that leads you to      10:52:10AM
21   believe that Mr. Fiorillo is not a good police
22   officer other than what you've testified to so
23   far?
24        A    His manner in which he spoke to      10:52:17AM
25   people.  No -- what was that time that guy fell

Page 63

RICHARD BOSETTI

1
2    down on his face, and you refused to put him
3    home?  Remember he was bombed out of his mind.
4    We had to put the bicycle in the truck and take
5    him home.  He was part of the -- he lived right
6    down on -- right down the block from the police
7    station.  I'm pretty sure it was you, Frank.
8    Fuck him.  Is that what you said?  Anyway, I put
9    him in the car and I took him home down the
10   block.  Stuff like that.
11        Q    When was that?            10:52:50AM
12        A    You know, things like that.      10:52:51AM
13        Q    When was that night?         10:52:53AM
14        A    It was a night between 2002 and 2007, 10:52:56AM
15   and that happened on the corner by the police
16   station right outside of CJ's bar..
17        Q    And you're sure it was Mr. Fiorillo?  10:53:08AM
18        A    I could bank if it wasn't -- yeah, I'm 10:53:11AM
19   going to say 90 percent.
20        Q    Ninety percent it was Fiorillo?     10:53:15AM
21        A    Yeah.              10:53:17AM
22        Q    Who was the other 10 percent it could 10:53:17AM
23   be?
24        MR. NOVIKOFF:  Objection.          10:53:21AM
25        A    I don't know.  It was definitely him. 10:53:21AM

Page 64

RICHARD BOSETTI

1
2    It was him.
3         Q    It was definitely him or it was 90    10:53:23AM
4    percent him?
5         A    It was 90 percent him.        10:53:25AM
6         MR. NOVIKOFF:  Objection.          10:53:26AM
7         A    Put it this way.  I'd bet all my money 10:53:26AM
8    on it, and I'm not a betting man.
9         Q    Did you report Mr. Fiorillo for      10:53:31AM
10   treating people --
11        A    No, but I talked to my brother --   10:53:37AM
12        Q    -- in an inappropriate manner?      10:53:37AM
13        A    I talked to other cops who said what a 10:53:40AM
14   scumbag move that is.
15        Q    Did you report it to Mr. Hesse?     10:53:45AM
16        A    I might have.            10:53:47AM
17        Q    You don't recall?          10:53:47AM
18        A    I don't recall.           10:53:48AM
19        Q    Did you report it to Chief Paradiso?  10:53:50AM
20        A    No.  I probably, if anything -- if   10:53:52AM
21   anything, it was probably Mr. Hesse.
22        Q    Sir, have you ever been convicted of a 10:54:07AM
23   crime?
24        A    No.              10:54:14AM
25        Q    Have you ever been arrested?      10:54:15AM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

**RICHARD BOSETTI**

1
2    A    No.                    10:54:17AM
3    Q    I believe you testified that you went 10:54:24AM
4    to the New York City Police Academy; is that
5    correct?
6    A    Yes.                   10:54:29AM
7    Q    When did you attend the police     10:54:29AM
8    academy?
9    A    1982.                  10:54:31AM
10   Q    Did you receive your certificate from 10:54:34AM
11   the police academy?
12   A    Yes.                   10:54:38AM
13   Q    How many other people graduated in   10:54:43AM
14   your class?
15   A    I'm going to guess it was       10:54:46AM
16   approximately -- I can't guess at that.  I know
17   it was a big class, maybe 3,000 or more.
18   Q    And other than the certificate   10:54:58AM
19   from the police academy, do you have any other
20   certifications or degrees subsequent to high
21   school?
22   A    Yes.  I was a trained EMT.  I went to 10:55:07AM
23   the emergency service school, SWAT team.
24   Dignitary protection.  Oh Jeez, I know there's a
25   few others.  Emotionally disturbed --

RICHARD BOSETTI

1
2    emotionally disturbed people.  That's how I know
3    Frank.  That's it.
4    Q    Can you just explain that last thing   10:55:40AM
5    you just said?
6    A    I went to EDP school.       10:55:43AM
7    Q    Right.               10:55:45AM
8    A    Emotionally disturbed people.     10:55:46AM
9    Q    What do you mean that's how you know   10:55:48AM
10   Frank?
11   A    That's how come I notice some      10:55:50AM
12   disturbance in there.
13   Q    Have you ever had any complaints of  10:56:00AM
14   police misconduct brought against you or
15   allegations?
16   A    Brought against me?        10:56:08AM
17   Q    Yes, or allegations of misconduct?   10:56:09AM
18   A    Well, there was an allegation from   10:56:11AM
19   those three officers, yeah.  But never any from
20   the village.  Never any from -- oh, wait a
21   minute.  Wait a minute.  I had an argument with
22   George.  So this was in the summer of 2007, I
23   had an argument with George.  That was Chief
24   Hesse.
25         But as for any allegations that these 10:56:32AM

RICHARD BOSETTI

1
2    three officers wrote up of -- did a fine job of
3    writing up a report alleging me of a couple of
4    things, yeah.
5    Q    What do you mean by that?  What did   10:56:46AM
6    they allege that you did?
7    A    Oh, Jeez, what was it?  The Halloween 10:56:51AM
8    incident, there was an argument in a bar.
9    Q    Anything else?           10:56:57AM
10   A    We had to take police action.      10:56:59AM
11   Q    Anything -- we'll get to the Halloween 10:57:01AM
12   incident in great detail.
13   A    No, that's it then.  That's it.    10:57:06AM
14   Q    So Halloween?            10:57:07AM
15   A    Yeah.                10:57:07AM
16   Q    What was this argument that you had   10:57:07AM
17   with, I believe you said with Chief Hesse; is
18   that correct?
19   A    Yes.                 10:57:10AM
20   Q    So he was the chief at the time?     10:57:10AM
21   A    Yes.                 10:57:12AM
22   Q    When in '07 did you have the argument 10:57:12AM
23   with Chief Hesse?
24   A    That was, I think, in July of '07.   10:57:16AM
25   Q    Do you know whether Mr. Hesse ever   10:57:22AM

RICHARD BOSETTI

1
2    passed a civil service test to become chief?
3         MR. CONNOLLY:  Objection.       10:57:30AM
4    A    That, I don't know.         10:57:31AM
5    Q    Do you know if he ever passed a civil 10:57:32AM
6    service test to become sergeant?
7         MR. NOVIKOFF:  Objection.       10:57:39AM
8    A    I know -- I gotta take that back.  I  10:57:40AM
9    know he took the test for chief.  I'm not sure
10   if he passed that or not.  But Frank told me
11   that he never passed the test for sergeant.
12   Q    When did Frank tell you that?      10:57:52AM
13   A    He never passed the test for sergeant. 10:57:54AM
14   Q    When did he tell you that?        10:57:56AM
15   A    Between 2002 and 2007.         10:57:58AM
16   Q    Did you ever speak to Hesse about   10:57:59AM
17   whether he passed any of these tests?
18   A    No.                  10:58:03AM
19   Q    Did you ever hear from anyone other   10:58:03AM
20   than from Frank that Chief Hesse didn't pass the
21   sergeant's test?
22   A    No.                  10:58:10AM
23   Q    Did you ever ask Chief Hesse if he   10:58:10AM
24   passed the chief test?
25   A    No.                  10:58:14AM

9c25d064-2409-42b6-86d8-729604317825

Page 69

RICHARD BOSETTI

1
2     Q   Do you know if it's possible to become 10:58:15AM
3  chief without passing the sergeant test first?
4         MR. NOVIKOFF:  Objection.          10:58:21AM
5     A   I don't know.  I don't know how they  10:58:21AM
6  work it.
7     Q   What was the argument with Mr. Hesse  10:58:24AM
8  about in July 2007?
9     A   Oh, it was just more like friend to   10:58:27AM
10  friend.  We started yelling at each other in the
11  street.
12    Q   Over what?                    10:58:33AM
13    A   It was a fire incident.  I was eating  10:58:33AM
14  breakfast.  He said, get out here, the guys want
15  to be relieved.  I went out there.  The guys
16  didn't get relieved for half an hour, sitting
17  around talking.  So I went up to Chief Hesse,
18  and I said are they kidding me or what?  I said,
19  you made me miss my breakfast, meanwhile you're
20  keeping the guys here talking anyway?  Like one
21  of those things.  Oh, screw you, oh screw you.
22    Q   The guys were in uniform at the time?  10:58:58AM
23    A   Yeah.                         10:58:59AM
24    Q   And on the streets of Ocean Beach?    10:59:00AM
25    A   Yes.                          10:59:02AM

Page 70

RICHARD BOSETTI

1
2     Q   Did you get written up at all for that 10:59:02AM
3  incident?
4     A   I think he put it on paper.        10:59:06AM
5     Q   What do you mean, you think he put it  10:59:09AM
6  on paper?
7     A   I think he put it on paper, my       10:59:12AM
8  evaluation maybe.
9     Q   Did you ever see an evaluation where   10:59:14AM
10  it said that?
11    A   I saw an evaluation when I went      10:59:16AM
12  through the unemployment process.
13    Q   Had you received any evaluations while 10:59:26AM
14  you were employed at Ocean Beach?
15        MR. NOVIKOFF:  Objection.          10:59:30AM
16        Written or verbal?                10:59:31AM
17        MR. GOODSTADT:  Written evaluation.   10:59:33AM
18    A   No.                          10:59:33AM
19    Q   Did you receive any verbal evaluations 10:59:34AM
20  while you were employed at Ocean Beach?
21    A   Yes.                          10:59:37AM
22    Q   Any formal verbal evaluations?        10:59:38AM
23    A   Like you're doing a great job.       10:59:40AM
24    Q   How many times were you told you're   10:59:42AM
25  doing a great job?

Page 71

RICHARD BOSETTI

1
2     A   Many.                        10:59:47AM
3     Q   By who?                       10:59:47AM
4     A   Chief Paradiso and Sergeant Hesse.    10:59:48AM
5     Q   How many times did Chief Paradiso tell 10:59:51AM
6  you you were doing a great job?
7     A   Many times.                    10:59:55AM
8     Q   What years?                    10:59:56AM
9     A   From 2002 to whenever he left.       10:59:56AM
10    Q   When did he leave?               10:59:59AM
11    A   I don't know.                  11:00:01AM
12    Q   Did Chief Paradiso ever reprimand you? 11:00:04AM
13        MR. NOVIKOFF:  Objection.          11:00:08AM
14    A   Yeah..                        11:00:10AM
15    Q   How many times?                 11:00:10AM
16    A   I don't recall.  I think it was once.  11:00:17AM
17    Q   What were you reprimanded for?        11:00:19AM
18    A   Throwing a filing cabinet into the    11:00:21AM
19  bay.
20    Q   Did you throw a filing cabinet into    11:00:23AM
21  the bay?
22    A   Yeah, sure I did.               11:00:26AM
23    Q   We'll get to that a little bit later  11:00:27AM
24  too.
25        Other than for that incident, did    11:00:32AM

Page 72

RICHARD BOSETTI

1
2  Chief Paradiso discipline you on any other
3  occasion?
4     A   Well, it was a bogus discipline,     11:00:45AM
5  because then he realized like that he was
6  possibly wrong, and that was the Halloween
7  incident.
8     Q   So you were disciplined for the      11:00:53AM
9  Halloween incident?
10    A   No, I wasn't.                  11:00:56AM
11        MR. NOVIKOFF:  I think your question  11:00:58AM
12  was reprimand, not disciplined.
13  BY MR. GOODSTADT:                      11:01:01AM
14    Q   Were you ever reprimanded --        11:01:01AM
15    A   No.                          11:01:03AM
16    Q   Did he reprimand you for the Halloween 11:01:03AM
17  incident?
18    A   Spoke to me about it, more spoke to my 11:01:06AM
19  brother.
20    Q   Were you ever disciplined for drinking 11:01:13AM
21  in the bars on Ocean Beach?
22        MR. NOVIKOFF:  Objection.          11:01:19AM
23    A   No.                          11:01:19AM
24    Q   You never received, either verbal or  11:01:20AM
25  writing, a written discipline for drinking at

18  (Pages 69 to 72)

9c25d064-2409-42b6-86d8-729604317a5

RICHARD BOSETTI

1
2  the bars on Ocean Beach?
3      A    No.                          11:01:25AM
4      MR. NOVIKOFF: Objection. No       11:01:26AM
5  foundation.
6  BY MR. GOODSTADT:                     11:01:28AM
7      Q    Any grievances ever filed against    11:01:31AM
8  you --
9      MR. NOVIKOFF: Objection.          11:01:34AM
10 BY MR. GOODSTADT:                     11:01:34AM
11     Q    -- while you were an Ocean Beach    11:01:34AM
12 police officer?
13     A    By?                          11:01:37AM
14     Q    By any residents, visitors,     11:01:38AM
15 co-officers.
16     MR. NOVIKOFF: Do you mean complaints  11:01:43AM
17 or do you mean like a formal grievance?
18     MR. GOODSTADT: Either, grievance or  11:01:47AM
19 complaint.. I'm trying to be as broad as
20 possible. Grievance, I think, covers it.
21     A    If there is, I don't know about it.  11:01:51AM
22     Q    What have you done to prepare for     11:01:58AM
23 today's deposition?
24     A    I didn't really have to do anything.  11:02:04AM
25 Maybe refresh my memory.

RICHARD BOSETTI

1
2      Q    What did you do to refresh your     11:02:07AM
3  memory?
4      A    Read witness statements.      11:02:09AM
5      Q    What witness statements did you read?  11:02:11AM
6      A    From the Halloween incident.  11:02:14AM
7      Q    Which statements?            11:02:16AM
8      A    Mine mainly.                 11:02:20AM
9      Q    Anyone else's?               11:02:22AM
10     A    No, not recently. Not recently. But  11:02:23AM
11 the last time we were supposed to come here and
12 it was canceled was a month ago.
13     Q    Right.                       11:02:34AM
14     A    That was the last time I read them.  11:02:34AM
15 This morning, I read my statement real fast.
16     Q    And the last time that you were     11:02:39AM
17 supposed to come here, whose statements did you
18 read?
19     A    Whoever made statements.      11:02:43AM
20     Q    Do you recall any of the names?     11:02:45AM
21     A    Ann Levine, O'Rourke, Mrs. Yager,   11:02:48AM
22 Elyse, Wykoff, their statements (indicating).
23     Q    When you say "their statements"?     11:03:05AM
24     A    The three officers involved that  11:03:07AM
25 night.

RICHARD BOSETTI

1
2      Q    Anyone else?                 11:03:10AM
3      A    No.                          11:03:11AM
4      Q    Where did you read those statements?  11:03:12AM
5      Q    Where?                       11:03:17AM
6      Q    Yeah, where were you when you read     11:03:18AM
7  them?
8      A    In the house.                11:03:21AM
9      Q    Do you have copies of those statements  11:03:22AM
10 at your house?
11     A    Excuse me?                   11:03:24AM
12     Q    Do you have copies of those statements  11:03:25AM
13 at your house?
14     A    Yes.                         11:03:27AM
15     Q    How did you get copies of those     11:03:28AM
16 statements at your house?
17     A    Oh, I have no idea. Probably when I  11:03:31AM
18 made them, I ran a copy through.
19     Q    What do you mean, when you made them?  11:03:35AM
20     A    When I made my statement.     11:03:36AM
21     Q    I understand your statement. But you  11:03:38AM
22 testified to one, two, three, four, five --
23 eight statements, other than your own, that you
24 reviewed.
25     A    Yeah.                        11:03:45AM

RICHARD BOSETTI

1
2      Q    How did you get copies of those     11:03:45AM
3  statements?
4      A    When I went to visit my lawyer, I had  11:03:48AM
5  copies made to give to my lawyer.
6      Q    How did you have copies made? Where  11:03:55AM
7  did you have copies made from?
8      A    I have no idea. I don't remember     11:03:59AM
9  where I got the copies from, but I had them
10 made.
11     Q    Do you have copies of those statements  11:04:04AM
12 at your house?
13     A    Yes.                         11:04:06AM
14     Q    These eight other people's statements?  11:04:06AM
15     A    Yes.                         11:04:09AM
16     Q    When did you get those statements?     11:04:09AM
17     A    I don't know for sure. Probably when  11:04:17AM
18 I was going to visit my lawyer, I made up the
19 packet.
20     Q    I understand that you made up a packet  11:04:22AM
21 to bring to your lawyer. My question is, when
22 did you come into possession of those
23 statements?
24     A    Some here, some there, I don't know.  11:04:32AM
25 I don't know.

TSG Reporting – Worldwide      877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 77

RICHARD BOSETTI

1
2    Q   In 2004, did you get copies of those   11:04:34AM
3    statements?
4    A   Probably around 2005, 2006.   11:04:39AM
5    Q   Why -- you made copies of the   11:04:42AM
6    statements at the police station in Ocean Beach?
7    A   I don't know.  Probably.  Otherwise,   11:04:48AM
8    where would I have gotten them from?
9    Q   I don't know.  Were you authorized to   11:04:52AM
10   take copies of those statements?
11   A   I don't recall.   11:04:55AM
12   Q   Did anyone give you permission to take   11:04:56AM
13   copies of those statements?
14   A   I don't recall.   11:04:59AM
15   Q   Did you actually make the photocopies   11:04:59AM
16   of the statements?
17   A   I don't recall.   11:05:03AM
18   Q   So somewhere in 2004, 2005, you   11:05:05AM
19   obtained copies of those statements and brought
20   them home with you?
21   A   Maybe 2006.  Yeah.   11:05:14AM
22   Q   Did you tell anyone that you were   11:05:15AM
23   taking those statements?
24   A   I don't recall.   11:05:19AM
25   Q   Did you ever ask anyone if you could   11:05:21AM

Page 78

RICHARD BOSETTI

1
2    take those statements?
3    A   I don't recall.   11:05:26AM
4    Q   You weren't terminated for taking   11:05:29AM
5    those statements, were you?
6    MR. NOVIKOFF:  Objection.   11:05:34AM
7    A   No.   11:05:34AM
8    MR. NOVIKOFF:  No foundation.   11:05:35AM
9    BY MR. GOODSTADT:   11:05:40AM
10   Q   Other than for reviewing witness   11:05:40AM
11   statements, what else have you done to prepare
12   for today's deposition?
13   When I say for today's deposition, I'm   11:05:51AM
14   including the last time, as well.
15   A   That's about it.   11:05:58AM
16   Q   Did you ever speak with anybody over   11:06:00AM
17   at the Rivkin Radler firm?
18   A   This firm?   11:06:07AM
19   Q   Not my firm, the firm that   11:06:09AM
20   Mr. Novikoff or any of his fellow colleagues
21   work at --
22   A   No.   11:06:15AM
23   Q   -- called Rivkin Radler.   11:06:15AM
24   You never spoke to Mr. Novikoff prior   11:06:18AM
25   to today?

Page 79

RICHARD BOSETTI

1
2    A   No.   11:06:22AM
3    Q   Did you ever speak to Michael Welch   11:06:22AM
4    prior to today?
5    A   No.   11:06:22AM
6    Q   Did you ever speak with Mr. Connolly   11:06:22AM
7    prior to today?
8    A   I'm not sure.  I'm not sure.   11:06:25AM
9    Q   Have you ever spoken to any of   11:06:27AM
10   Mr. Hesse' lawyers in connection with this case?
11   A   No.   11:06:31AM
12   Q   Did you review any other documents   11:06:38AM
13   other than for those witness statements in
14   preparation for your deposition?
15   MR. NOVIKOFF:  Objection.   11:06:45AM
16   A   Did I review any other documents?   11:06:46AM
17   Q   Did you review any other documents   11:06:49AM
18   other than for witness statements to prepare for
19   this deposition?
20   A   No.  What else is there?   11:06:53AM
21   Q   Did you speak with any other current   11:06:55AM
22   or former employees of Ocean Beach to prepare
23   for this deposition?
24   A   No.   11:07:00AM
25   Q   Did you speak to your brother to   11:07:00AM

Page 80

RICHARD BOSETTI

1
2    prepare for this deposition?
3    A   He knows I'm going.   11:07:03AM
4    Q   Your brother is Gary Bosetti, correct?   11:07:04AM
5    A   Yeah.   11:07:06AM
6    Q   Did you speak to him at all about the   11:07:07AM
7    Halloween incident to prepare for this
8    deposition?
9    A   We speak about the Halloween incident   11:07:13AM
10   often.
11   Q   When was the last time you spoke with   11:07:19AM
12   your brother about the Halloween incident?
13   A   It's often.  When ever we think about   11:07:24AM
14   these three guys and what they did to us, it
15   comes up.
16   Q   Have you spoken in the last two months   11:07:30AM
17   about the Halloween incident with your brother?
18   A   Sure.   11:07:35AM
19   Q   Did you review your brother's   11:07:38AM
20   statement in preparation for this deposition?
21   A   Yes.  Not yesterday.  Not recently.   11:07:47AM
22   Q   When was the last time you spoke to   11:07:52AM
23   Tyree Bacon?  T-Y-R-E-E.
24   A   Ty Bacon?   11:07:59AM
25   Q   Ty Bacon.   11:08:00AM

20  (Pages 77 to 80)

9c25d064-2409-42b6-86d8-7296043178a5

Page 81

1           RICHARD BOSETTI
2    A   Two years ago maybe.          11:08:07AM
3    Q   When was the last time you spoke to   11:08:08AM
4  George Hesse?
5    A   Couple of months.          11:08:19AM
6    Q   What did you discuss with Mr. Hesse a 11:08:21AM
7  couple of months ago?
8    A   How's his wife. How's his kids.   11:08:25AM
9    Q   Anything about this case?       11:08:28AM
10   A   No.                11:08:29AM
11   Q   Anything about the Gilbert case?   11:08:30AM
12   A   No.                11:08:34AM
13   Q   Have you ever spoken to Mr. Hesse   11:08:35AM
14  about the Gilbert incident?
15   A   No.                11:08:38AM
16   Q   Have you ever spoken to Mr. Hesse   11:08:39AM
17  about the Halloween incident?
18       MR. NOVIKOFF: Objection. Just time 11:08:43AM
19  frame.
20   A   He was my boss.          11:08:44AM
21       MR. GOODSTADT: At any point in time. 11:08:47AM
22   A   He was my supervisor, of course.   11:08:48AM
23   Q   Have you ever spoken to Mr. Hesse   11:08:53AM
24  about the Halloween incident since you were
25  terminated from Ocean Beach?

Page 82

1           RICHARD BOSETTI
2       MR. NOVIKOFF: Objection. You haven't 11:08:59AM
3  laid the foundation that he was terminated.
4       MR. GOODSTADT: You produced business 11:09:00AM
5  records.
6       MR. NOVIKOFF: I understand that.    11:09:03AM
7  Maybe you want to ask that question and then
8  proceed. Objection.
9  BY MR. GOODSTADT:            11:09:04AM
10   Q   You were terminated from Ocean Beach, 11:09:04AM
11  correct?
12   A   That depends.          11:09:06AM
13   Q   Depends on what?         11:09:07AM
14   A   On how you look at it.      11:09:09AM
15   Q   How do you look at it?      11:09:10AM
16   A   Well, I was terminated, but I was -- I 11:09:11AM
17  was asked not to come back, like these
18  gentlemen, but I was allowed to have my shield,
19  my ID card and everything else for a few months,
20  which led me to believe that maybe I wasn't
21  terminated. And I filed for unemployment
22  insurance, I fought the village for it, I won.
23  The arbitrators said that they had no basis, if
24  they were terminating me, to terminate me. And
25  that's what it came down to.

Page 83

1           RICHARD BOSETTI
2    Q   What was the reason given to you for   11:09:38AM
3  your termination by the village?
4    A   The reason for my termination was I   11:09:42AM
5  came into work, I wasn't feeling well, I
6  asked -- I told the station house officer that I
7  was going to go to the firehouse, which all a
8  police officers go to firehouses.
9       I laid down, all right, I had a cup of 11:09:55AM
10  tea. I put on the news. And Mayor Loeffler
11  walks in. I look at Mayor Loeffler. I said,
12  how you doing, Joey. He looks at me, good. An
13  hour later, he calls me to his office all pissed
14  off. You were sleeping. I said, I wasn't
15  sleeping. I saw you walk in. And then I just
16  left it at that. He started yelling and
17  screaming at me, and that was that.
18   Q   Were you on the clock when you were   11:10:22AM
19  lying down and drinking your tea?
20   A   I was on my break, yeah.       11:10:23AM
21   Q   On your break? You weren't being paid 11:10:25AM
22  at the time?
23   A   Of course, I was. You get paid for   11:10:26AM
24  your break.
25   Q   How long were you in the fire station 11:10:29AM

Page 84

1           RICHARD BOSETTI
2  for?
3    A   Fifteen minutes.          11:10:31AM
4       MR. GOODSTADT: Do you want to take a 11:10:35AM
5  five-minute break?
6       THE VIDEOGRAPHER: The time is 11:11. 11:10:37AM
7  We are going off the record.
8       (Whereupon, a discussion was held off 11:26:20AM
9  the record.)
10      THE VIDEOGRAPHER: The time is 11:28. 11:27:05AM
11  We are back on the record.
12  BY MR. GOODSTADT:            11:27:09AM
13   Q   Mr. Bosetti, I believe you testified   11:27:11AM
14  that you graduated the academy in 1982; is that
15  correct?
16   A   Correct.             11:27:17AM
17   Q   And when did you first get a job as a 11:27:18AM
18  police officer?
19   A   1982, January.          11:27:24AM
20   Q   And where were you hired as a police   11:27:25AM
21  officer?
22   A   Excuse me?            11:27:30AM
23   Q   Where were you a police officer? What 11:27:31AM
24  jurisdiction?
25   A   I was a police officer in Brooklyn,   11:27:33AM

1  RICHARD BOSETTI
2  Brownville, East New York, Bed Sty.
3  Q    That was your first job as a police   11:27:43AM
4  officer, in Brooklyn, Brownville?
5  A    Yes.                        11:27:48AM
6  Q    What precinct was that?        11:27:48AM
7  A    That was the 81 precinct, the   11:27:49AM
8  75 precinct.
9  Q    When were you in the 81?       11:27:53AM
10  A    I was in the 81 between 1982 and I   11:27:56AM
11  think it was '80- -- end of '84.
12  Q    And how long were you in the 75?   11:28:13AM
13  A    One year, give or take a few months.   11:28:15AM
14  Q    What year was that?           11:28:19AM
15  A    Right after the 81.  1984, maybe to   11:28:21AM
16  the beginning of '85.
17  Q    And where is the 75 located?     11:28:30AM
18  A    1985 to approximately 1986, I think.   11:28:32AM
19  Q    Where is the 75 located?        11:28:41AM
20  A    That's on Sutter Avenue, East New   11:28:43AM
21  York.
22  Q    Did you have to take any -- other than 11:28:49AM
23  graduating the academy, did you have to take any
24  tests to be certified by New York City civil
25  service?

1  RICHARD BOSETTI
2  MR. NOVIKOFF:  Objection.        11:29:00AM
3  A    No.  The academy was all of it, unless 11:29:01AM
4  I took special -- unless I took special courses.
5  Q    Did you have to take any psychological 11:29:06AM
6  tests --
7  A    Oh, yes.                     11:29:10AM
8  Q    -- agility tests?              11:29:11AM
9  What tests did you have to take to be   11:29:13AM
10  certified by New York City?
11  MR. NOVIKOFF:  Hold on, hold on, hold 11:29:18AM
12  on.  Could we just have the question?
13  BY MR. GOODSTADT:                 11:29:19AM
14  Q    What tests did you have to take to be  11:29:19AM
15  certified by New York City civil service?
16  MR. NOVIKOFF:  Objection.        11:29:24AM
17  A    To get the job, you had to be -- you   11:29:25AM
18  had to take a physical, a psychological,
19  medical, that's it.  And then you had to pass
20  the academy.
21  Q    So you didn't have to take a polygraph 11:29:39AM
22  test?
23  A    No.                         11:29:42AM
24  Q    Did you have to go through a         11:29:43AM
25  background check?

1  RICHARD BOSETTI
2  A    Sure.                        11:29:45AM
3  Q    Did you need to pass any written exam? 11:29:50AM
4  A    Sure.                        11:29:55AM
5  Q    And did you pass all those tests on   11:29:57AM
6  the first time you took them?
7  A    Yes.                         11:30:01AM
8  Q    Did you ever fail any civil service   11:30:01AM
9  tests in New York City?
10  MR.. NOVIKOFF:  Objection.         11:30:05AM
11  A    No.                         11:30:05AM
12  Q    Did you need a pistol license?       11:30:06AM
13  A    Did I need one?                11:30:10AM
14  Q    Yes.                        11:30:11AM
15  A    For?                        11:30:11AM
16  Q    To carry a firearm as a police       11:30:12AM
17  officer.
18  A    You don't need a pistol license if   11:30:14AM
19  you're a police officer.
20  Q    I believe you testified that you were 11:30:19AM
21  in the 75 in '85 and '86; is that correct?
22  A    Yeah.  Approximately.          11:30:24AM
23  Q    Approximately.  Is that the precinct  11:30:25AM
24  that Michael Dowd worked in?
25  A    Yes.                         11:30:30AM

1  RICHARD BOSETTI
2  Q    Did you ever work with Mr. Dowd?    11:30:31AM
3  A    In the car with him?  If I worked with 11:30:38AM
4  Dowd, I think I worked with him one day, if
5  that.  If that.
6  Q    And who is Michael Dowd?        11:30:49AM
7  MR. NOVIKOFF:  I'm going to object to 11:30:51AM
8  the line of questioning as completely
9  irrelevant to the issues in this case.  I
10  don't believe, not knowing Mr. Dowd, that he
11  was a saint.  I have a feeling that Mr. Dowd
12  wasn't a saint --
13  THE WITNESS:  No, he wasn't.       11:31:03AM
14  MR. NOVIKOFF:  -- or a benevolent man, 11:31:04AM
15  and I have an idea of why Mr. Goodstadt is
16  asking you these questions.  So I'll note my
17  objections as to patently irrelevant, but I
18  can't stop you from answering or stop him
19  from asking.
20  A    Michael Dowd was the most corrupt cop 11:31:16AM
21  the City of New York has ever had.
22  Q    What do you mean by that?        11:31:21AM
23  A    From what I understand, he took money, 11:31:22AM
24  he pulled robberies, did stickups, worked with
25  drug dealers.

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317b8a5

Page 89

RICHARD BOSETTI

1
2    Q    Isn't it true that you told Mr. Snyder 11:31:32AM
3    and Mr. Carter that you were proud to have
4    worked with Mr. Dowd?
5        A    Hell no.  Excuse me.  No.        11:31:39AM
6        Q    Were you ever questioned by internal  11:31:41AM
7    affairs in connection with the investigation
8    into Mr. Dowd?
9        A    You know, I can't answer that       11:31:48AM
10   truthfully, but I could honestly say I don't
11   think so.
12       Q    So you don't recall one way or the    11:31:55AM
13   other?  You don't recall one way or the other
14   for sure?
15       A    No.  Because I was questioned before,  11:32:00AM
16   you know, for other incidents, but I don't know
17   if it would be for that.  But I'm going to say
18   no.
19       Q    Questioned about other incidents       11:32:08AM
20   regarding Mr. Dowd?
21       A    Oh, no, no.  Sometimes you're called  11:32:11AM
22   in before a board, where you there that day, did
23   you see this, did you see that, for other
24   instances, which I don't recall.  But every cop
25   goes through it once in a while.

Page 90

RICHARD BOSETTI

1
2    Q    And other for the title of police   11:32:26AM
3    officer, did you hold any other titles in the
4    New York City Police Department?
5        A    No.                 11:32:37AM
6        Q    So you didn't have any other ranks   11:32:40AM
7    other than for police officer?
8        A    No.  I retired a police officer.    11:32:43AM
9        Q    While you were employed with the New  11:32:45AM
10   York City Police Department, did you work any
11   other jobs?
12       A    Yes.                 11:32:51AM
13       Q    What other jobs did you work?      11:32:51AM
14       A    I was a bodyguard for Yoko Ono.     11:32:53AM
15       Q    Anything else?          11:32:57AM
16       A    That's the only one that sticks in my  11:33:01AM
17   memory right now.
18       Q    Did you ever work security or as a   11:33:04AM
19   bouncer anywhere?
20       A    Did I ever?           11:33:08AM
21       Q    While you were employed by the New   11:33:09AM
22   York City Police Department.
23       A    I don't recall, but I'll say no,    11:33:16AM
24   unless you could refresh my memory somehow.
25       Q    How long were you a bodyguard for Yoko 11:33:24AM

Page 91

RICHARD BOSETTI

1
2    Ono?
3        A    About three years.        11:33:28AM
4        Q    What years were those?      11:33:29AM
5        A    Right after Lennon got killed.   11:33:31AM
6        Q    How many hours a week did you work for 11:33:34AM
7    Ms. Ono?
8        A    It varied.            11:33:38AM
9        Q    Between what and what?      11:33:39AM
10       A    Depended on her schedule and depending 11:33:41AM
11   on my schedule as a police officer, they worked
12   around it.
13       Q    Did she pay you for your services?  11:33:47AM
14       A    The company paid me, yes.      11:33:50AM
15           MR. NOVIKOFF:  Again, note my      11:33:52AM
16   objection on the grounds of patently
17   irrelevant.
18           Go ahead.             11:33:56AM
19   BY MR. GOODSTADT:                11:33:57AM
20       Q    What company paid you?       11:33:58AM
21       A    I think the name of it was Purelator. 11:34:01AM
22       Q    Were you ever disciplined during your 11:34:04AM
23   employment with the New York City Police
24   Department?
25       A    No.                 11:34:31AM

Page 92

RICHARD BOSETTI

1
2    Q    Were you ever suspended?       11:34:31AM
3        A    No.                 11:34:33AM
4        Q    Any charges ever brought against you? 11:34:38AM
5        A    No.                 11:34:41AM
6        Q    Ever any claims of police brutality  11:34:41AM
7    brought against you?
8        A    No.                 11:34:45AM
9        Q    You testified you retired as a police 11:34:46AM
10   officer; is that correct?
11       A    Yes.                 11:34:50AM
12       Q    When did you retire?        11:34:50AM
13       A    January 25th, 2002.        11:34:52AM
14       Q    You had 20 years on the job?    11:34:55AM
15       A    Yes.                 11:34:57AM
16       Q    Did you retire voluntarily?     11:34:59AM
17       A    Yes.                 11:35:01AM
18       Q    Is that considered a full retirement? 11:35:04AM
19       A    Yes.                 11:35:06AM
20       Q    So you're receiving a pension?   11:35:07AM
21       A    Yes.                 11:35:08AM
22       Q    And after you retired from the New   11:35:10AM
23   York City Police Department, were you a
24   civilian?
25           MR. NOVIKOFF:  Objection.      11:35:22AM

23  (Pages 89 to 92)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 93

RICHARD BOSETTI

1
2     A    Yes.                          11:35:22AM
3     Q    So you didn't hold any police titles  11:35:23AM
4  at that time, correct?
5     A    No, no police powers.              11:35:26AM
6     Q    And you're still receiving a full    11:35:33AM
7  pension from the city?
8     A    Half -- yeah, regular pension.    11:35:36AM
9     Q    When were you hired at Ocean Beach?  11:35:43AM
10    A    I'm sorry?                   11:36:11AM
11    Q    I asked, when were you hired at Ocean  11:36:11AM
12  Beach?
13    A    Oh, I thought you didn't finish the  11:36:14AM
14  sentence.
15         When was I hired at Ocean Beach?  That 11:36:17AM
16  would be May of '02.
17    Q    And did you have to go through any    11:36:24AM
18  other police academy or your New York City
19  academy was sufficient?
20         MR. NOVIKOFF:  Objection.        11:36:33AM
21    A    I was told the New York City Police   11:36:33AM
22  Academy was sufficient.
23    Q    Who told you that?              11:36:36AM
24    A    At the time, it would be Sergeant   11:36:37AM
25  Hesse.

Page 94

RICHARD BOSETTI

1
2     Q    When did you apply for the job at    11:36:42AM
3  Ocean Beach?
4     A    When did I apply?             11:36:45AM
5     Q    Yes.                        11:36:47AM
6     A    I went for a meeting in April, and I  11:36:47AM
7  was -- there was also an interview.
8     Q    At the same time you went for the    11:36:56AM
9  meeting or that was different?
10    A    Yeah, probably before and after the  11:36:59AM
11  meeting.  I don't recall.
12    Q    So who was the meeting within April of 11:37:02AM
13  2002?
14    A    All the police officers.        11:37:05AM
15    Q    Had you already been hired by the time 11:37:09AM
16  that meeting occurred?
17    A    No.                        11:37:12AM
18    Q    How did you find out that you were    11:37:14AM
19  invited to this meeting?
20    A    I was called -- I forgot -- let me  11:37:21AM
21  see.  I was told to show up to the meeting, I
22  don't know by who.  I think I called up, and I
23  said yeah, you know, I want to apply for the
24  job.  Walter -- one of the guys at work
25  recommended me.  And he said, all right, come to

Page 95

RICHARD BOSETTI

1
2  the meeting.
3     Q    Who said come to the meeting?        11:37:42AM
4     A    I think it was -- whoever answered the 11:37:43AM
5  phone.  I'm guessing it might have been George.
6     Q    How did you learn about the position  11:37:49AM
7  at Ocean Beach?
8     A    One of the guys at work.         11:37:53AM
9     Q    One of the guys that work in the city? 11:37:55AM
10    A    In NYPD, yeah.                11:37:57AM
11    Q    And who was that?              11:38:00AM
12    A    I forgot his name.  He works the desk. 11:38:01AM
13  Hahn.
14    Q    Hahn Kutteh?  Is that his name?    11:38:15AM
15    A    Yeah.                      11:38:19AM
16    Q    K-U-T-T-E-H?                 11:38:19AM
17    A    Yes.                       11:38:20AM
18    Q    And you worked with Mr. Kutteh in the  11:38:23AM
19  city?
20    A    Not one on one.               11:38:27AM
21    Q    Did you work in the same precinct?   11:38:28AM
22    A    No.                        11:38:30AM
23    Q    So how did you know Mr. Kutteh?     11:38:31AM
24    A    Because he was affiliated with the  11:38:33AM
25  police ambulance unit, and my brother had worked

Page 96

RICHARD BOSETTI

1
2  there with him.
3     Q    So your brother worked with        11:38:44AM
4  Mr. Kutteh?
5     A    Yes.                       11:38:48AM
6     Q    Had you met Mr. Kutteh prior to      11:38:48AM
7  learning about the position at Ocean Beach with
8  him?
9     A    Probably by coming and going, seeing 11:38:52AM
10  his face every once in a while.
11    Q    Did you ever socialize with him prior  11:38:57AM
12  to that time?
13    A    No.                        11:39:00AM
14    Q    Did you know any other officers at    11:39:02AM
15  Ocean Beach other than from Mr. Kutteh?
16    A    No.                        11:39:07AM
17    Q    Had you ever met George Hesse --     11:39:08AM
18    A    No.                        11:39:09AM
19    Q    -- prior to that time?           11:39:10AM
20         What did Mr. Kutteh tell you about the 11:39:13AM
21  Ocean Beach job?
22    A    That they may need officers, you'll  11:39:16AM
23  find out.
24    Q    And then you called over after you    11:39:24AM
25  learned that from Mr. Kutteh?

24  (Pages 93 to 96)

9c25d064-2409-42b6-86d8-7296043178a5

Page 97

RICHARD BOSETTI

1
2     A    He might have made a phone call and    11:39:28AM
3  said Richie is going to call.  I don't know.  I
4  don't know how he did that, but I called
5  somehow.
6     Q    So you showed up to this meeting in    11:39:34AM
7  April 2002, and all the police officers were
8  there; is that correct?
9     A    Yes.                          11:39:39AM
10    Q    Was this the pre-season meeting of the  11:39:39AM
11  department?
12    A    Yeah.                         11:39:42AM
13    Q    And did you have an interview before   11:39:46AM
14  or after that meeting?
15    A    I'm not sure.                   11:39:49AM
16    Q    Who did you interview with?         11:39:50AM
17    A    I think it was Chief Paradiso and    11:39:52AM
18  George Hesse.
19    Q    What was your understanding of       11:40:00AM
20  Mr. Hesse's title at the time?
21    A    My understanding was he was sergeant.  11:40:04AM
22    Q    Did you interview with anyone else   11:40:10AM
23  other than for Paradiso and Hesse?
24    A    No.  I think that was it.          11:40:15AM
25    Q    Which one did you interview with     11:40:16AM

Page 98

RICHARD BOSETTI

1
2  first?
3     A    I don't know.                   11:40:19AM
4     Q    Did you discuss with Chief Paradiso   11:40:20AM
5  any tests or certifications that you would need
6  to be a police officer at Ocean Beach?
7          MR. NOVIKOFF:  Objection.        11:40:29AM
8     A    No.                           11:40:32AM
9     Q    Did you discuss with Mr. Hesse any    11:40:33AM
10  tests or certifications that you would need to
11  be a police officer at Ocean Beach?
12    A    No.                           11:40:39AM
13    Q    In that April 2002 day, whether it be  11:40:40AM
14  at the meeting or in one of these interviews,
15  did you discuss with anyone what certification
16  you would need to be a police officer at Ocean
17  Beach?
18         MR. NOVIKOFF:  Objection.        11:40:52AM
19    A    No.                           11:40:52AM
20    Q    Did you know what certification you   11:40:53AM
21  would need to become a police officer at Ocean
22  Beach?
23         MR. NOVIKOFF:  Objection.        11:40:58AM
24    A    You had to retire from a police      11:40:59AM
25  department within a year.

Page 99

RICHARD BOSETTI

1
2     Q    Anything else?                  11:41:04AM
3     A    That's it.                      11:41:06AM
4     Q    Where did you learn that, you had to  11:41:08AM
5  retire from a police department within a year?
6     A    Word of mouth around there.  By who, I  11:41:12AM
7  don't recall.
8     Q    When did you learn that?          11:41:16AM
9     A    Might have been before the meeting.   11:41:19AM
10    Q    Did you do any research on your own as  11:41:21AM
11  to whether that was accurate or not?
12    A    No.                           11:41:25AM
13    Q    Did you fill out paperwork on that    11:41:33AM
14  day?
15    A    Yeah, I think so.                11:41:38AM
16    Q    What paperwork did you fill out?     11:41:39AM
17    A    How many people you claim.  How many   11:41:42AM
18  people you claim for tax purpose and stuff like
19  that.
20    Q    Any other?                     11:41:48AM
21    A    And who you call if you get hurt, your  11:41:49AM
22  first notification, who they should call.
23    Q    Anything else other than for a tax    11:41:55AM
24  form and emergency contact form?
25    A    I don't recall any others.         11:41:59AM

Page 100

RICHARD BOSETTI

1
2     Q    Was there any employment application   11:42:01AM
3  that you filled out?
4     A    Employment application?  No.        11:42:05AM
5     Q    Employment application.            11:42:09AM
6     A    I don't recall.  I don't think so.   11:42:09AM
7     Q    Did you fill out any civil service    11:42:11AM
8  paperwork?
9     A    No.                           11:42:14AM
10    Q    Did you fill out any employment       11:42:15AM
11  application prior to commencing work?
12    A    No.                           11:42:21AM
13    Q    Actually, strike that.            11:42:21AM
14         Did you fill out any -- I guess I    11:42:23AM
15  asked the question.  Did you fill out any
16  employment application prior to being hired?
17    A    No.                           11:42:31AM
18    Q    Did you fill out any civil service    11:42:32AM
19  paperwork prior to commencing work as a police
20  officer at Ocean Beach?
21         MR. NOVIKOFF:  Objection.        11:42:38AM
22    A    No.                           11:42:39AM
23    Q    Did you fill out any civil service    11:42:40AM
24  paperwork prior to being hired as a police
25  officer on Ocean Beach?

25 (Pages 97 to 100)

9c25d064-2409-42b6-86d8-729604317

8a5

Page 101

RICHARD BOSETTI

1
2     MR. NOVIKOFF: Objection.          11:42:46AM
3     A   No.                  11:42:47AM
4     Q   Other than for Chief Paradiso and   11:42:50AM
5   Sergeant Hesse, did you interview with anyone
6   else for that position?
7     A   No.                  11:42:56AM
8     Q   How long did the interview with    11:42:57AM
9   Paradiso last?
10    A   I don't recall..           11:43:04AM
11    Q   And you don't recall whether you met  11:43:05AM
12  with him first or Hesse first?
13    A   No, I don't remember.           11:43:08AM
14    MR. NOVIKOFF: Objection.          11:43:09AM
15  BY MR. GOODSTADT:                    11:43:10AM
16    Q   What did Mr. Paradiso tell you about   11:43:10AM
17  the job during the interview?
18    A   That it's a nice job. It's all    11:43:19AM
19  festive.  A lot of families, a lot of kids.
20    Q   Anything else?             11:43:30AM
21    A   That's it.              11:43:31AM
22    Q   Did you discuss what tours you'd be   11:43:32AM
23  working?
24    A   Not at that point, no.         11:43:36AM
25    Q   What did Mr. Hesse tell you about the  11:43:39AM

Page 102

RICHARD BOSETTI

1
2   job during your interview?
3     A   The same -- probably the same thing.  11:43:43AM
4     Q   That it was festive, there were a lot  11:43:46AM
5   of families, a lot of kids?
6     A   Yeah.  You know.  Yeah.         11:43:49AM
7     Q   When were you offered the job?     11:43:54AM
8     A   Excuse me?              11:43:56AM
9     Q   When were you offered the job as a   11:43:57AM
10  police officer in Ocean Beach?
11    A   Well, I guess while I was filling out  11:44:00AM
12  my papers for the IRS, I guess I knew that I
13  was -- you know, I was heading towards that way.
14    Q   Did you fill out those papers on the  11:44:11AM
15  same day?
16    A   Yes.                 11:44:14AM
17    Q   Did anyone actually make an offer to   11:44:15AM
18  you, whether it was verbally or in writing, on
19  that day?
20    A   No.                  11:44:20AM
21    Q   Did anyone at any point in time offer  11:44:21AM
22  you the job, either verbally or in writing?
23    A   Oh, yeah.              11:44:26AM
24    Q   When did that happen?          11:44:27AM
25    A   At the end of the meeting, after we   11:44:28AM

Page 103

RICHARD BOSETTI

1
2   were discussing what exactly the job was about,
3   we went back to the office.  And he goes, what
4   do you guys think?  Do you want the job?  And I
5   said, all right, yeah, it sounds good.
6     Q   When you say "you guys," who else was  11:44:45AM
7   there?
8     A   My brother.             11:44:47AM
9     Q   Did you guys interview together?    11:44:49AM
10    A   Yes.                 11:44:51AM
11    Q   So you were both in together with    11:44:52AM
12  Paradiso and both in together with Hesse?
13    A   Yes.                 11:44:56AM
14    Q   Do you know whether your brother knew  11:44:56AM
15  Hesse prior to that day?
16    A   I can't speak for him, but I doubt it  11:45:00AM
17  very much..
18    Q   Did you know Paradiso prior to that   11:45:03AM
19  day?
20    A   No.                  11:45:05AM
21    Q   Do you know whether your brother knew  11:45:06AM
22  Paradiso prior to that day?
23    A   No.                  11:45:09AM
24    Q   What was your response after they    11:45:10AM
25  asked you what do you guys think?

Page 104

RICHARD BOSETTI

1
2     A   I said it sounds good.         11:45:15AM
3     Q   So did you accept the job?       11:45:21AM
4     A   Yes, I did.              11:45:22AM
5     Q   Did you ever get a job description for  11:45:27AM
6   that position?
7     A   Not written, but that day I was shown.  11:45:33AM
8     Q   You were shown the job description?   11:45:36AM
9     A   Yeah.  Well, I think one of the police  11:45:38AM
10  officers -- I'm not sure it who it was -- took
11  me up and down one of the blocks and said this
12  is what it's like here, you know, and all of
13  this other stuff and, you know -- but job
14  description is being a police officer.
15    Q   Did anyone actually show you the job  11:45:57AM
16  description, like a written description for
17  being a police officer at Ocean Beach?
18    MR. NOVIKOFF: Objection.          11:46:04AM
19    A   No.  I mean, it's more or less the   11:46:05AM
20  same.  I mean, any department you go, it's to
21  enforce the laws, protect life and property.
22    Q   Did you know the civil service     11:46:12AM
23  requirements for being a police officer in Ocean
24  Beach at the time?
25    A   No.                  11:46:17AM

TSG Reporting - Worldwide      877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

## Page 105

RICHARD BOSETTI

1
2    Q   Do you know what civil service    11:46:19AM
3  classification your position was with Ocean
4  Beach?
5    A   No.                11:46:24AM
6    Q   Who made the decision to hire you?   11:46:30AM
7    A   I guess it would've been -- it    11:46:32AM
8  would've been Paradiso at the time.  He was
9  chief.
10   Q   Is he the one that actually at the   11:46:38AM
11 office said, what do you guys think?  Or was
12 that Hesse?
13   A   I don't recall which one said what.   11:46:44AM
14   Q   Who was at that meeting at the end of   11:46:46AM
15 the day in the office?
16   A   Me and my brother.  Maybe there were a 11:46:49AM
17 couple of stragglers around, but I don't know.
18 I don't know who they were.
19   Q   Who were you meeting with?       11:46:55AM
20   A   Who was I meeting with?       11:46:57AM
21   Q   You and your brother were meeting with 11:47:00AM
22 somebody, correct, at the office?
23   A   Yeah.  It was just George, the chief   11:47:04AM
24 and maybe one or two officers.  It wasn't
25 formal.  We were just standing up in a room

## Page 106

RICHARD BOSETTI

1
2  talking.
3    Q   And you and don't recall who actually 11:47:11AM
4  said to you, what do you guys think?
5    A   No.                11:47:16AM
6    Q   After being hired, did you have to   11:47:17AM
7  submit any paperwork?
8    A   No.                11:47:24AM
9    Q   So after you were hired, you didn't   11:47:26AM
10 fill out anything, any civil service paperwork
11 for Suffolk County?
12   A   No.                11:47:32AM
13   Q   Other than for Paradiso being the    11:47:38AM
14 chief and Hesse, to your understanding, being
15 the sergeant, were there any other officers who
16 had titles other than for police officer, or
17 ranks?
18   A   That were present?        11:47:50AM
19   Q   In the department?         11:47:52AM
20   A   At the meeting? I don't understand.  11:47:54AM
21   Q   Just generally.  The Ocean Beach    11:47:56AM
22 Police Department was set up when you
23 interviewed.  The chief was Paradiso, correct?
24   A   Yes.               11:48:02AM
25   Q   Your understanding is that Hesse was  11:48:03AM

## Page 107

RICHARD BOSETTI

1  the sergeant, correct?
2
3    A   Yes.               11:48:07AM
4    Q   Did any other officers have any rank, 11:48:07AM
5  other than for police officer, aside from the
6  two of them?
7      MR. NOVIKOFF: Objection.      11:48:12AM
8    A   No.                11:48:15AM
9    Q   And other than for Hesse and Paradiso, 11:48:23AM
10 did you meet with any other officers that day?
11   A   Yes.               11:48:29AM
12   Q   How many other officers did you meet  11:48:30AM
13 with?
14   A   Maybe 10, 15, 20.         11:48:32AM
15   Q   Who showed you through the blocks and 11:48:35AM
16 said, hey, this is what we do here?
17   A   I'm not sure.           11:48:39AM
18   Q   When you got there and saw all the   11:48:46AM
19 other officers, did you recognize any of them,
20 other than for Kutteh?
21   A   Kutteh wasn't even there..     11:48:54AM
22   Q   Kutteh wasn't there?         11:48:55AM
23   A   No.                11:48:56AM
24   Q   Did you recognize any officers there? 11:48:57AM
25   A   No.                11:48:59AM

## Page 108

RICHARD BOSETTI

1
2    Q   So you hadn't worked with any other  11:48:59AM
3  officers in the city over there that day?
4    A   No.  Me and my brother, from what I  11:49:03AM
5  understand, were the first ones to be hired from
6  New York City.
7    Q   Did Kutteh have another job, other   11:49:08AM
8  than for a city officer, at the time?
9    A   No.  I know he was a volunteer     11:49:13AM
10 fireman.  I don't even think -- I'm not even
11 sure if Kutteh worked with Ocean Beach at the
12 time.
13   Q   But I believe you testified that    11:49:23AM
14 Kutteh told you that you had to retire as a
15 police officer within a year; is that correct?
16      MR. NOVIKOFF: Objection.      11:49:31AM
17   A   No, I never said that.       11:49:32AM
18   Q   Oh, he wasn't the one that told you   11:49:34AM
19 that?
20   A   No.                11:49:36AM
21   Q   You don't recall where you learned   11:49:36AM
22 that from?
23   A   No.                11:49:39AM
24   Q   When did you start working at Ocean   11:49:40AM
25 Beach?

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

Page 109

RICHARD BOSETTI

1
2    A    May, actually start in May.          11:49:45AM
3    Q    So your first tour was in May of     11:49:46AM
4    '02 -- May of '02?
5    A    Yes.                     11:49:52AM
6    Q    What tour did you work at the        11:49:52AM
7    beginning?
8    A    My first tour was with Tommy Snyder.  11:49:54AM
9    I did 4 to 12.
10   Q    Was your regular tour 4 to 12?       11:50:04AM
11   A    Yes.                     11:50:06AM
12   Q    Did it ever change to a different tour 11:50:06AM
13   as a regular tour?
14   A    Yeah.  The chief put me on -- my     11:50:09AM
15   brother on midnights, and I told him that I'm
16   not going to work midnights.
17   Q    When did the chief do that?          11:50:19AM
18   A    Paradiso.                11:50:21AM
19   Q    When did the chief do that?          11:50:22AM
20   A    Why?  Because he needed men for the  11:50:24AM
21   midnights.
22   Q    When did the chief do that?          11:50:26AM
23   A    I don't know.  Probably within the   11:50:28AM
24   first couple of weeks.
25   Q    So it was in '02?                11:50:31AM

Page 110

RICHARD BOSETTI

1
2    A    Of '02, yes.              11:50:33AM
3    Q    And why did he put you on the        11:50:35AM
4    midnights?
5    A    Probably that's where we needed the  11:50:38AM
6    manpower.
7    Q    That's what he told you?             11:50:41AM
8    A    Yeah.  He said, just do it for a few 11:50:42AM
9    weeks, and then I'll get you squared -- try to
10   get you squared with, you know, whatever hours
11   you might want.
12   Q    How many midnight tours did you work? 11:50:50AM
13   A    I don't remember.  Maybe a few, one or 11:50:53AM
14   two.
15   Q    How many weeks were you on midnights? 11:50:55AM
16   A    Maybe just one or two nights, three  11:50:57AM
17   nights.  I'm only guessing at this.
18   Q    In '02, how many tours did you work  11:51:02AM
19   per week?
20   A    Three, approximately, rounded off.   11:51:13AM
21   Q    Were there set days that you were    11:51:18AM
22   working?
23   A    Yes.                     11:51:20AM
24   Q    What days did you work?              11:51:20AM
25   A    Wednesday, Thursday and Friday.      11:51:22AM

Page 111

RICHARD BOSETTI

1
2    Q    So it was Wednesday from four in the 11:51:29AM
3    afternoon to midnight, Thursday four in the
4    afternoon to midnight, Friday four in the
5    afternoon to midnight?
6    A    Yes.                     11:51:38AM
7    Q    Who was your supervisor on that tour? 11:51:38AM
8    A    It would've been either Chief Paradiso 11:51:47AM
9    or George Hesse or no one at all.
10   Q    Were there certain days where it was 11:51:53AM
11   Paradiso, certain days where it was Hesse and
12   certain days it was no one?
13   A    Yes.                     11:51:58AM
14   Q    What days was Paradiso your           11:51:58AM
15   supervisor?
16   A    I don't recall.              11:52:02AM
17   Q    You don't recall what day Hesse was  11:52:02AM
18   your supervisor?
19   A    No.                      11:52:05AM
20   Q    You don't recall what day nobody was 11:52:05AM
21   your supervisor?
22   A    No.                      11:52:08AM
23   Q    On days where either or both Hesse and 11:52:10AM
24   Paradiso were not on your tour, how was it
25   determined who was the superior officer on that

Page 112

RICHARD BOSETTI

1
2    tour?
3    A    Well, usually in a police department, 11:52:19AM
4    it goes by seniority.
5    Q    I'm not asking how it usually works. 11:52:25AM
6    I'm talking about at Ocean Beach, how it works.
7         MR. NOVIKOFF:  He answered your prior 11:52:31AM
8    question.  I'm going to object to the
9    question.
10   BY MR. GOODSTADT:                 11:52:34AM
11   Q    How did it work at Ocean Beach?      11:52:34AM
12   A    There was no superior officer unless 11:52:36AM
13   somebody was there longer than you, and me and
14   my brother started the same day.
15   Q    So you viewed any other officers that 11:52:43AM
16   were on duty with you on those days as being
17   your superior officer?
18   A    Yeah.  Not so much superior officer. 11:52:50AM
19   But if a decision had to be made, it would
20   basically come down to the one that was -- had
21   the most time on to make a decision.
22   Q    The most time on at Ocean Beach?     11:53:01AM
23   A    Yeah, at Ocean Beach.        11:53:03AM
24   Q    What does the phrase "chain of       11:53:07AM
25   command" mean?

28  (Pages 109 to 112)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 113

RICHARD BOSETTI

1
2     MR. NOVIKOFF: Objection.        11:53:11AM
3     A    The chain of command means you        11:53:12AM
4  start -- if you have to complain about
5  something, you start with your chain of command,
6  which means in Ocean Beach it would've been the
7  sergeant and then the chief.
8     Q    So if you were a police officer, your  11:53:27AM
9  understanding of the chain of command is if you
10 made a complaint, it would be to your sergeant?
11    MR. NOVIKOFF: Objection.        11:53:35AM
12    A    Yes.        11:53:35AM
13    Q    And then the sergeant would bring it  11:53:36AM
14 up to the chief; is that how it works?
15    MR. NOVIKOFF: Objection.        11:53:43AM
16    A    Yes.        11:53:43AM
17    Q    But you wouldn't go straight to the   11:53:43AM
18 chief, correct?
19    MR. NOVIKOFF: Objection.        11:53:43AM
20    A    Sure.        11:53:43AM
21    Q    Is that going outside of your chain of  11:53:43AM
22 command?
23    A    Yes.  Well, if you're going to look at  11:53:47AM
24 it that way, it would be, but it was more, you
25 know, if the chief was there, you'd ask the

Page 114

RICHARD BOSETTI

1
2  chief.
3     Q    Okay.  So let me just get this.  On  11:53:55AM
4  days when the chief was your superior officer,
5  you would go to your chief; on days when Hesse
6  was your superior officer, you'd go to Hesse?
7     MR. NOVIKOFF: Objection.        11:54:05AM
8     A    Yes.        11:54:06AM
9     Q    Do you recall Hesse being suspended   11:54:13AM
10 from night tours in 2002?
11    A    Being suspended?        11:54:19AM
12    Q    Yes.        11:54:21AM
13    A    From night tours?        11:54:21AM
14    Q    Taken off the night tour and put on   11:54:22AM
15 the day tour in 2002?
16    MR. NOVIKOFF: Objection.  That's a   11:54:27AM
17 different question.
18    A    I didn't think it was that -- I didn't  11:54:29AM
19 think it was -- I thought he went to days a year
20 or two later.  But no, I don't remember that.
21    Q    So putting aside the date, there was a  11:54:35AM
22 point in time where he was put to day tours; is
23 that correct?
24    MR.. CONNOLLY: Objection.        11:54:42AM
25    A    Yes.  Without the word "suspended."  I  11:54:42AM

Page 115

RICHARD BOSETTI

1
2  don't remember "suspended."
3     Q    Why was he put on the day tour?        11:54:48AM
4     MR. NOVIKOFF: Objection.        11:54:51AM
5     A    I don't know.        11:54:54AM
6     Q    And who covered the night tours when  11:54:54AM
7  he was put on the day tours?
8     A    I guess if the chief was working, he  11:55:00AM
9  did.  If not, I worked, I did.
10    Q    Did the chief generally cover night  11:55:06AM
11 tours?
12    MR. NOVIKOFF: Objection.        11:55:12AM
13    A    Sometimes.        11:55:14AM
14    Q    How frequently did the chief cover  11:55:15AM
15 night tours?
16    A    I can't answer that accurately.        11:55:19AM
17    Q    Did the chief and Hesse have set tours  11:55:30AM
18 while you were there?
19    A    I remember -- I guess in the very  11:55:36AM
20 beginning; but if you're going ask me when and
21 why, I don't know.
22    Q    What do you mean by you in the very  11:55:43AM
23 beginning?  Did it change at some point?
24    A    I don't know.  I can't answer that.  11:55:47AM
25    Q    How long a period did Hesse cover the  11:55:49AM

Page 116

RICHARD BOSETTI

1
2  day tours when he was put on the day tours?
3     MR. NOVIKOFF: Objection.  Foundation.  11:55:58AM
4     A    A year, two years maybe.  I don't  11:56:01AM
5  know.
6     Q    You never heard that it was due to  11:56:10AM
7  public complaints about his performance?
8     MR. NOVIKOFF: Objection.        11:56:15AM
9     MR. CONNOLLY: Objection.        11:56:17AM
10    A    George's performance?        11:56:18AM
11    Q    Yes.        11:56:20AM
12    A    No.        11:56:21AM
13    Q    You never heard that?        11:56:21AM
14    A    No.  Uh-huh.        11:56:22AM
15    Q    Was anyone else hired as a Ocean Beach  11:56:24AM
16 police officer in the same year that you were?
17    MR. NOVIKOFF: Objection.        11:56:31AM
18    A    Yeah.  There was one officer that was.  11:56:32AM
19 I can't remember his name.  I think he was from
20 the city.
21    MR. NOVIKOFF: You mean other than his  11:56:40AM
22 brother?
23 BY MR. GOODSTADT:        11:56:42AM
24    Q    Other than your brother.        11:56:42AM
25    A    Yeah.        11:56:44AM

29  (Pages 113 to 116)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 117

RICHARD BOSETTI

1
2     MR. GOODSTADT: I hope he remembers   11:56:44AM
3   his brother's name.
4     A   Yeah.  I want to forget him, but --   11:56:46AM
5     Q   So it was you, your brother and   11:56:49AM
6   another retired officer from the city?
7     A   Somewhere around that time, yeah.   11:56:54AM
8     Q   You don't recall the officer's name?   11:56:56AM
9     A   No.                11:56:58AM
10     Q   Was it an officer that you had worked   11:56:59AM
11   it?
12     A   I can recall his car, believe it or   11:57:01AM
13   not, but I can't recall his name.
14     Q   Was it an officer you worked with in   11:57:05AM
15   the city?
16     A   No.                11:57:08AM
17     Q   Did you know that officer in the city?   11:57:09AM
18     A   No.                11:57:11AM
19     Q   Did your brother work with that   11:57:11AM
20   officer in the city?
21     A   No.                11:57:14AM
22     Q   Do you know whether he knew him?   11:57:15AM
23     A   No.                11:57:16AM
24     Q   How many -- well, strike that.   11:57:16AM
25       What was your actual title when you   11:57:17AM

Page 118

RICHARD BOSETTI

1
2   were hired?
3     MR. NOVIKOFF: Objection.   11:57:20AM
4     A   Police officer.          11:57:21AM
5     Q   Was it a full-time police officer,   11:57:22AM
6   part-time police officer, a seasonal police
7   officer?
8     A   Oh --               11:57:26AM
9     MR. NOVIKOFF: Objection.   11:57:28AM
10     A   I think it was part-time.   11:57:30AM
11     Q   Did you work outside of the season at   11:57:35AM
12   Ocean Beach?
13     A   Yes.               11:57:39AM
14     Q   What were --          11:57:40AM
15     A   The first couple of years.   11:57:42AM
16     Q   What's your understanding of the   11:57:43AM
17   definition of the season?
18     A   From Memorial Day to Labor Day.   11:57:46AM
19     Q   So for the first couple of years, you   11:57:51AM
20   worked during the season and off season?
21     A   Yes.               11:57:56AM
22     Q   How many years did you work off   11:57:57AM
23   season?
24     A   Almost -- almost a whole -- almost the   11:58:01AM
25   whole five or six years that I was there, but it

Page 119

RICHARD BOSETTI

1
2   slowed down towards the end years because he got
3   more people to fill in for the midnights and
4   stuff, and they cut dramatically.  There was
5   only one cop working the tour.  And usually the
6   senior guys would get it.
7     Q   So towards the end, there would only   11:58:25AM
8   be one cop in the off season working the
9   midnight tour?
10     A   Yeah.              11:58:31AM
11     Q   So your 4 to 12 tour that you worked   11:58:31AM
12   generally during the season, that was different
13   than the tour you generally worked off season?
14     A   Off season, I would do day tours, I'd   11:58:41AM
15   fill in.  I would do midnights sometimes, but I
16   didn't like to do midnights.
17     Q   So you understand that you were   11:58:58AM
18   classified as a part-time police officer?
19     MR. NOVIKOFF: Objection.   11:59:01AM
20     A   Part-time.          11:59:03AM
21     Q   That's your understanding?   11:59:03AM
22     A   Yes.               11:59:04AM
23     Q   When the tours on the off season dried   11:59:10AM
24   up, was that because the beach had hired
25   full-time police officers?

Page 120

RICHARD BOSETTI

1
2     MR. NOVIKOFF: Objection.  Foundation.   11:59:20AM
3     A   Yeah -- yeah, I'm not sure.   11:59:23AM
4     Q   Did there come a point when the beach   11:59:27AM
5   hired full-time officers --
6     MR. NOVIKOFF: Objection.   11:59:32AM
7     Q   -- other than for Hesse and Paradiso?   11:59:33AM
8     MR. NOVIKOFF: Objection.  Foundation.   11:59:36AM
9     A   Yes.               11:59:37AM
10     Q   And when did that happen?   11:59:39AM
11     A   Again, I'm guessing now.   11:59:40AM
12     MR. FEHRINGER: I don't want you to   11:59:40AM
13   guess.  If you can't recall, you can't
14   recall.
15     A   The later years.  I can't recall.   11:59:40AM
16     Q   Do you generally recall what year it   11:59:42AM
17   was?
18     MR. NOVIKOFF: Objection.   11:59:44AM
19     A   No.               11:59:45AM
20     Q   Who were the full-time police officers   11:59:45AM
21   who were hired at Ocean Beach?
22     A   I only knew one, Paulie Trosco.   11:59:54AM
23     Q   And had he been a part-time promoted   12:00:02PM
24   to full-time or was he hired as a full-time
25   originally?

30  (Pages 117 to 120)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 121

RICHARD BOSETTI

1
2    A    He was hired as a part-time.  First he  12:00:10PM
3    went through the Suffolk County academy.  Then
4    he was hired as a full-time.
5    Q    And do you know Officer Foti?    12:00:20PM
6    A    Foti, Foti.    12:00:24PM
7    Q    F-O-T-I?    12:00:26PM
8    A    Oh, yeah.    12:00:27PM
9    Q    Was he a full-time officer?    12:00:28PM
10   A    First he was part-time.  Then I think  12:00:30PM
11   he made -- I don't know.  He was definitely
12   part-time.
13   Q    Do you recall what years he was    12:00:39PM
14   part-time?
15   A    No.    12:00:41PM
16   Q    And you don't recall him ever becoming  12:00:42PM
17   full-time?
18   A    I'm not sure.    12:00:45PM
19   Q    What are the requirements to be a    12:00:51PM
20   police officer in Ocean Beach?  Sitting here
21   today, do you know what the requirements are to
22   be a police officer in Ocean Beach?
23        MR. NOVIKOFF:  Objection.    12:01:01PM
24   A    Well, today I know what the    12:01:01PM
25   requirements are.

Page 122

RICHARD BOSETTI

1
2    Q    Have the requirements changed since    12:01:04PM
3    '02 until today?
4        MR. NOVIKOFF:  Objection.    12:01:09PM
5    A    Yes.    12:01:11PM
6    Q    Okay.  So do you know what the    12:01:12PM
7    requirements were in '02 sitting here today?
8    A    In '02, I was hired as a police    12:01:16PM
9    officer and then a few years later they said you
10   have to get hired -- you have to go through
11   civil service to keep your job.
12   Q    And was it your understanding that    12:01:29PM
13   that was a new requirement or just it was a
14   requirement that wasn't being followed?
15       MR. NOVIKOFF:  Objection.    12:01:35PM
16   A    I thought it was a new requirement.    12:01:36PM
17   Q    How did you learn that you had to go  12:01:38PM
18   through civil service?
19   A    I think Paradiso told me.    12:01:43PM
20   Q    When did he tell you that?    12:01:46PM
21   A    I don't remember.    12:01:49PM
22   Q    Do you recall what year it was?    12:01:49PM
23   A    No.    12:01:50PM
24   Q    Where were you when he told you that?  12:01:51PM
25   A    I don't know.    12:01:52PM

Page 123

RICHARD BOSETTI

1
2    Q    Did he tell you in person or over the  12:01:53PM
3    phone?
4    A    I'm not sure.    12:01:55PM
5    Q    What did he say about it?    12:01:58PM
6    A    You guys might have to go through    12:02:00PM
7    civil service to keep your job.
8    Q    He told you you might have to or you  12:02:04PM
9    have to?
10   A    May.  You might have to.  Because    12:02:08PM
11   first it was all up in the air.
12   Q    What do you mean by it was up in the  12:02:17PM
13   air?
14   A    I just heard that I might have to take 12:02:21PM
15   the civil service test, and I didn't know what
16   was going on.
17   Q    At that time, did you know what was  12:02:27PM
18   meant by the civil service test?
19   A    Once I was told about it, yes.    12:02:33PM
20   Q    I'm talking about when Paradiso told  12:02:35PM
21   you you might have to go through civil service,
22   did you know what that meant at the time?
23   A    Yeah.  If I had to go through the    12:02:42PM
24   whole ball of wax, I mean, I'd have to go
25   through the psychological, the medical, the

Page 124

RICHARD BOSETTI

1
2    polygraph, the physical.
3    Q    Anything else?    12:02:55PM
4    A    That was it.    12:02:56PM
5    Q    Did you have to go through a    12:02:57PM
6    background check?
7        MR. NOVIKOFF:  Objection.    12:03:00PM
8    A    Oh, I'm sure.    12:03:01PM
9    Q    How did you learn that those tests    12:03:04PM
10   constitute the whole ball of wax, as you put it?
11   A    When did I learn?  I'm not sure.    12:03:11PM
12   Q    How did you learn that?    12:03:13PM
13   A    When I was told I have to -- when I    12:03:15PM
14   was given, I guess it was an application form,
15   and I had to do it all up and go through the
16   physical.
17   Q    So you learned that after, at some    12:03:25PM
18   point after Paradiso told you you may have to go
19   through civil service or was it at the same
20   time?
21       MR. NOVIKOFF:  Objection.    12:03:33PM
22   A    Say that again..    12:03:38PM
23   Q    Did you learn that -- those battery of 12:03:39PM
24   tests or what you would have to go through, did
25   you learn that at the time that Paradiso told

31 (Pages 121 to 124)

9c25d064-2409-42b6-86d8-729604317ba5

Page 125

RICHARD BOSETTI

1
2  you that you might have to go through civil
3  service or was it some subsequent time that you
4  learned that?
5     A  I learned I had to take the test after 12:03:53PM
6  Paradiso told me, and it was also made -- told
7  that everything might be waived because we were
8  already here.
9     Q  Who told you that?          12:04:05PM
10    A  I'm not sure.              12:04:07PM
11    Q  When did you learn that it might be  12:04:08PM
12  waived?
13    A  I'm not sure.              12:04:10PM
14    Q  Were they waived?          12:04:14PM
15       MR. NOVIKOFF:  Objection.     12:04:17PM
16    A  No.                       12:04:17PM
17    Q  Were any of them waived?    12:04:17PM
18    A  No.                       12:04:19PM
19    Q  So you had to go through the full  12:04:19PM
20  battery?
21    A  Yes, I did.               12:04:22PM
22    Q  When did you go through the full  12:04:23PM
23  battery of tests?
24    A  A few years after I started.  I guess  12:04:26PM
25  200-- I don't know, I'd be guessing again.

Page 126

RICHARD BOSETTI

1
2       MR. GOODSTADT:  Let's mark that,  12:04:45PM
3  please..
4       (Whereupon, Job Description was marked 12:04:46PM
5  as R. Bosetti 2 for identification, as of
6  this date.)
7       MR. GOODSTADT:  I've placed in front  12:05:09PM
8  of Mr. Bosetti what's been marked as R.
9  Bosetti Exhibit 2.  It is a two-page exhibit
10 and it's titled Police Officer
11 Part-Time/Seasonal.  (Handing.)
12 BY MR. GOODSTADT:               12:05:26PM
13    Q  Mr. Bosetti, have you ever seen the  12:05:25PM
14 documents marked as R. Bosetti Exhibit 2?
15    A  These documents?          12:05:30PM
16    Q  Yeah, the documents marked as R.  12:05:31PM
17 Bosetti Exhibit 2.
18    A  No, I don't think so.      12:05:34PM
19    Q  You never saw this document?  12:05:35PM
20    A  No.                       12:05:36PM
21    Q  And I believe you testified that it  12:05:44PM
22 was your understanding that that battery of
23 tests that you needed to take was a new
24 requirement; is that correct?
25       MR. NOVIKOFF:  Objection.     12:05:54PM

Page 127

RICHARD BOSETTI

1
2     A  Yes.                      12:05:54PM
3     Q  What leads you to believe that it was  12:05:56PM
4  a new requirement?
5     A  Because I didn't have to take any  12:06:00PM
6  tests when I got the job.
7     Q  So no one had told you that you  12:06:06PM
8  improperly didn't take those tests when you got
9  the job?
10    A  No.                       12:06:13PM
11       MR. NOVIKOFF:  Objection.     12:06:14PM
12 BY MR. GOODSTADT:               12:06:14PM
13    Q  Sitting here today, do you know  12:06:15PM
14 whether it was improper for you to be working as
15 a police officer without taking those tests?
16       MR. NOVIKOFF:  Objection.     12:06:21PM
17    A  Sitting here today, being that I had  12:06:22PM
18 to go through all of that, yeah.
19    Q  No, what I'm asking is:  Sitting here  12:06:26PM
20 today, are you aware one way or the other
21 whether it was improper for you to be working in
22 '02, '03, '04 and '05 prior to passing the test?
23       MR. NOVIKOFF:  Objection to the use of 12:06:42PM
24 the word "improper."
25    A  Right now, I could say yeah, somebody  12:06:47PM

Page 128

RICHARD BOSETTI

1
2  screwed up.
3     Q  How did you learn that somebody  12:06:53PM
4  screwed up?
5     A  When I had to go through all of this.  12:06:56PM
6     Q  So when was the first time you learned  12:06:58PM
7  that you should've passed those tests back in
8  '02, prior to starting working in Ocean Beach?
9        MR. NOVIKOFF:  Note my objection.  12:07:08PM
10    A  When I first got the job, I took the  12:07:13PM
11 job thinking that everything was the way it's
12 supposed to, because I can go to a village
13 upstate, get on their police force in these
14 small towns, and it's no problem.  That's the
15 way I thought it worked there.
16    Q  I understand that.  But my question  12:07:32PM
17 is:  When did you learn that you should have
18 taken those tests before starting to work as a
19 police officer in Ocean Beach?
20    A  That I should've taken the test?  I  12:07:40PM
21 guess when I was told to fill out the paperwork
22 and take the test.
23    Q  I understand at that point in time you 12:07:46PM
24 thought it was a new requirement, correct?
25    A  Yes.                      12:07:51PM

32 (Pages 125 to 128)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 129

RICHARD BOSETTI

1
2     Q   My question to you is: When did you 12:07:51PM
3  learn it was not a new requirement and actually
4  you should've taken those tests prior to
5  starting in '02 as an officer in Ocean Beach?
6        MR. NOVIKOFF:  Note my objection      12:08:03PM
7  again.
8     A   Yeah, probably when Paradiso said that 12:08:04PM
9  they're not going to waive you from taking the
10 test, you have to take the test.
11    Q   He told you that, you know, we screwed 12:08:11PM
12 up, you really should've taken those in '02?
13    A   No, he never said we screwed up.  He  12:08:15PM
14 said we're gonna see if we can get you waived
15 because you're a police officer, you're new.
16 And I thought that was protocol, that's the way
17 it's supposed to be.  And now there's a new
18 thing saying that I'm gonna have to take the
19 test.
20    Q   I understand about the new thing.      12:08:26PM
21        You testified before that, sitting    12:08:28PM
22 here today, you know that somebody screwed up
23 and you should've taken the test prior to
24 starting, correct?
25        MR. NOVIKOFF:  Objection to the        12:08:39PM

Page 130

RICHARD BOSETTI

1
2  characterization of his testimony.  It
3  speaks for itself.
4     A   No.  I found out that I should've     12:08:42PM
5  taken the test -- I can't answer that.  I don't
6  know.  I don't know.  All -- there was a time,
7  though, that I knew I had to take the test, and
8  I knew that I was supposed to have taken the
9  test when someone said that people are gonna
10 start calling up and ratting everybody out that
11 they didn't take the civil service test.  So I
12 said fine, it might get waived anyway.
13    Q   What do you mean by you heard that     12:09:19PM
14 people were gonna start calling up and ratting
15 people out?
16    A   Because I was working there, they said 12:09:24PM
17 I may have to take the civil service test.  And
18 then I heard that people on the 4 to 12s were
19 trying to call up the Civil Service Commission
20 to see if we were legal or not legal, so --
21    Q   How did you know that people on the 4  12:09:42PM
22 to 12 were calling up the Civil Service
23 Commission to find out if you were legal or not
24 legal?
25    A   Word of mouth.  I don't know who.      12:09:53PM

Page 131

RICHARD BOSETTI

1
2     Q   Was it somebody in the department that 12:09:55PM
3  told you that?
4     A   Yeah.  It wasn't a boss or nothing     12:09:58PM
5  like that.
6     Q   Do you recall who in the department    12:10:01PM
7  told you that?
8     A   Excuse me?                             12:10:04PM
9     Q   Do you recall who in the department    12:10:05PM
10 told you that?
11    A   No.                        12:10:07PM
12    Q   How many times did you hear that       12:10:08PM
13 people from the 4 to 12 are going to be calling
14 the civil service --
15    A   Twelve to 8 --               12:10:17PM
16    Q   Just to go back.  It was people -- you 12:10:19PM
17 heard people from the 12 to 8 were going to
18 call?
19    A   Yeah, the midnight.          12:10:24PM
20    Q   I'm not sure if that's what you        12:10:27PM
21 testified to or not, but I guess the record
22 will --
23        MR. NOVIKOFF:  No, he said 4 to 12,    12:10:30PM
24 and I think he's now correcting himself.
25        THE WITNESS:  I'm sorry.  I screwed    12:10:34PM

Page 132

RICHARD BOSETTI

1
2  up.
3        MR. GOODSTADT:  I just want to be      12:10:36PM
4  clear for the record.
5        THE WITNESS:  I definitely screwed up. 12:10:40PM
6  BY MR. GOODSTADT:                   12:10:41PM
7     Q   Let's go back to be clear for the      12:10:41PM
8  record.
9        You heard that people from the 12 to 8 12:10:41PM
10 were going to be calling civil service to rat
11 you out; is that correct?
12    A   Yeah.  To start -- to start, you know, 12:10:48PM
13 whatever they wanted to start.
14    Q   And who on the 12 to 8 were supposedly 12:10:55PM
15 going to be calling civil service to rat you
16 out?
17    A   Well, I thought it would be Snyder or  12:11:02PM
18 Lamm.
19    Q   Did you ever hear that it was Snyder   12:11:05PM
20 or Lamm?
21    A   Excuse me?                   12:11:08PM
22    Q   Did you ever hear that it was Snyder   12:11:09PM
23 or Lamm who was going to be calling civil
24 service to rat you out?
25    A   No.  I questioned Lamm about it one    12:11:14PM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 133

1            RICHARD BOSETTI
2 night.
3   Q  What did you say to him?    12:11:18PM
4   A  I said, are you calling up and trying 12:11:19PM
5 to make waves or what?  And he said no, I
6 wouldn't do that.
7   Q  Did you say anything in response to  12:11:25PM
8 that?
9   A  He just said no, I wouldn't do that.  12:11:27PM
10   Q  Did you say in response to that?    12:11:29PM
11   A  I said no -- no, I don't recall if I  12:11:32PM
12 said anything in response.  I don't think I did.
13   Q  Did you believe him when he told you  12:11:36PM
14 no, I wouldn't do that?
15   A  He acted sincere, I gotta say that.  12:11:40PM
16   Q  Did you ever call him a rat?      12:11:42PM
17   A  I don't recall that, no.  Now, I know  12:11:46PM
18 there was writing on the walls, on the bathroom
19 walls, but it was not from me.
20   Q  What do you mean, writing on the    12:11:54PM
21 bathroom walls?
22   A  About Kevin, jokes and everything    12:11:57PM
23 else.
24   Q  What was written about Kevin on the  12:12:01PM
25 bathroom walls?

Page 134

1            RICHARD BOSETTI
2   A  I don't remember. I know there was  12:12:04PM
3 always -- there was always something.
4   Q  Do you recall anything that was    12:12:07PM
5 written about Kevin on the bathroom walls?
6   A  Yeah, he was like Norman Bates.    12:12:13PM
7   Q  It said Kevin Lamm is like Norman    12:12:19PM
8 Bates?
9   A  Yeah, I remember that. I got a    12:12:23PM
10 chuckle out of that.
11   Q  What does that mean?        12:12:25PM
12   A  Norman Bates is the guy from Psycho  12:12:28PM
13 that owned the hotel.
14   Q  Why did you get a chuckle out of that? 12:12:33PM
15   A  Because it was just -- it was true to 12:12:36PM
16 life.
17   Q  Was there anything on the walls about 12:12:38PM
18 Mr. Lamm's sexual orientation?
19   A  That, I don't know.        12:12:44PM
20   Q  Do you recall anything on the walls  12:12:45PM
21 calling Lamm gay?
22   A  That, I don't know.        12:12:48PM
23   Q  Do you recall anything else that was  12:12:49PM
24 on the walls about Mr. Lamm?
25   A  No.             12:12:53PM

Page 135

1            RICHARD BOSETTI
2   Q  Did you ever report anything on these  12:12:53PM
3 walls about Mr. Lamm?
4     MR. NOVIKOFF:  Objection.      12:12:57PM
5   A  He could've reported it himself.  12:12:58PM
6   Q  That wasn't the question. The    12:13:00PM
7 question was whether you ever reported it.
8     MR. NOVIKOFF:  Objection.      12:13:04PM
9   A  No.           12:13:05PM
10   Q  Do you know who wrote on the walls  12:13:05PM
11 about Kevin Lamm?
12   A  No.           12:13:07PM
13   Q  Did you ever write on the walls about 12:13:08PM
14 Kevin Lamm?
15   A  No.           12:13:10PM
16   Q  Did you ever speak to anybody about  12:13:10PM
17 who wrote this stuff about Kevin Lamm on the
18 walls?
19   A  No.           12:13:15PM
20   Q  Did you ever discuss anything on the  12:13:16PM
21 walls about Kevin Lamm with any other police
22 officers at Ocean Beach?
23   A  Probably, but I don't know who.  I  12:13:22PM
24 don't know when.
25   Q  Did you ever discuss it with    12:13:24PM

Page 136

1            RICHARD BOSETTI
2 Mr. Hesse?
3   A  No. Mr. Hesse was against all of that 12:13:27PM
4 stuff. As a matter of fact, he even went into
5 the bathroom one time with a sander and started
6 sanding everything down.
7   Q  How do you know he was against it?  12:13:36PM
8 Did he ever tell you he was against it?
9   A  No. There was a sign on the wall that 12:13:40PM
10 said "cut this shit, 103." I think 103 was the
11 boss' shield number.
12   Q  There was a sign on the wall said that 12:13:48PM
13 "cut the shit, 103"?
14   A  Yeah. In other words, stop writing on 12:13:52PM
15 the wall, whoever was doing it.
16   Q  When was that sign posted?      12:13:56PM
17   A  I don't know. I don't know.    12:13:58PM
18   Q  Did you ever speak to Hesse about that 12:13:58PM
19 sign?
20   A  No. But you knew it was him. I might 12:14:01PM
21 have laughed and said you put that on the wall.
22 But I don't know if I did or if I didn't, no.
23   Q  How do you know he's the one that put 12:14:08PM
24 it up there?
25   A  Because it was signed "cut the shit,  12:14:09PM

34 (Pages 133 to 136)

TSG Reporting - Worldwide   877-702-9580

Page 137

RICHARD BOSETTI

1
2    103." In other words, you know --
3        Q    Did the writing about Kevin Lamm up on 12:14:14PM
4    the walls cease after Mr. Hesse put this on?
5        A    I really don't know.          12:14:21PM
6        Q    I believe you testified before that   12:14:27PM
7    the New York City police radio codes were
8    different than the Suffolk County Police radio
9    codes; is that correct?
10       A    Yes.              12:14:38PM
11       Q    Were you ever trained in the Suffolk   12:14:38PM
12   County Police radio codes?
13       A    In a specialized school, no.      12:14:42PM
14       Q    Were you ever trained in an        12:14:44PM
15   unspecialized school?
16       A    No.  Just -- you know, just picked it 12:14:48PM
17   up or I didn't use the code at all.
18       Q    Do you know what a 10/22 is?        12:15:01PM
19       A    No.  I know what it is.  In the city, 12:15:03PM
20   I think it was -- go ahead.
21       Q    I'm not talking about the city.  I'm   12:15:10PM
22   talking about Ocean Beach.
23       A    No.  If you're gonna question me about 12:15:12PM
24   that, I know very little about those codes.  I
25   know 10/1.

Page 138

RICHARD BOSETTI

1
2        Q    Is that the only 10 code you know?    12:15:16PM
3        A    Yeah.  Like I said, I just spoke in   12:15:19PM
4    regular -- regular lingo.
5        Q    Did you think it was important to know 12:15:23PM
6    the police codes?
7        A    Well, I'll tell you what, I think if I 12:15:26PM
8    over the radio said there's a fight in Houser's
9    instead of waiting to say like I've got a 12223
10   over here, a fight in Houser's I think just
11   about says everything.  An officer needs
12   assistance just about says everything, or I'm
13   taking my meal or I'm going for a personal.
14       Q    So what's the purpose of having radio  12:15:49PM
15   codes?
16       MR. NOVIKOFF:  Objection.          12:15:51PM
17       A    Excuse me?              12:15:52PM
18       Q    What's the purpose of having radio     12:15:53PM
19   codes?
20       A    I'll be damned if I know.  I've often  12:15:56PM
21   thought of that myself.
22       Q    Was there ever a point in time where   12:16:01PM
23   you received a radio code in Ocean Beach from
24   another police officer?
25       A    Yeah.              12:16:07PM

Page 139

RICHARD BOSETTI

1
2        Q    You didn't know what the radio code   12:16:12PM
3    was?
4        MR. NOVIKOFF:  I don't understand.   12:16:15PM
5    What was the question?
6        MR. GOODSTADT:  The question was      12:16:17PM
7    whether he ever received a radio code.  The
8    answer was the yes.  Then I asked, since the
9    only one he knew was a 10/1, he didn't know
10   what the code was that the officers were
11   saying over the radio.
12       MR. NOVIKOFF:  Objection.          12:16:27PM
13       A    If they're calling me with a code and 12:16:29PM
14   I don't know what it is, I'd say, what is it.
15       Q    Did dispatchers use the radio codes?  12:16:36PM
16       A    Some did, some did it halfways.  Some 12:16:40PM
17   did it all the ways.
18       Q    Every time that a radio code was used, 12:16:46PM
19   did you ask, what is that?
20       A    No, because I actually knew some.  I  12:16:50PM
21   forgot some.
22       Q    How many did you know?          12:16:59PM
23       A    Well, I knew the important ones, like 12:17:01PM
24   if there was a fight.
25       Q    What was the 10 code for a fight?    12:17:08PM

Page 140

RICHARD BOSETTI

1
2        A    I don't know.  I forgot it.  Just like 12:17:10PM
3    I forgot half the NYPD codes, and I used them
4    for 20 years.
5        Q    Did you ever not respond to a radio   12:17:18PM
6    code?
7        A    Ever not respond to a radio code?    12:17:22PM
8        Q    Yes.              12:17:24PM
9        A    Of a very, very important nature?    12:17:25PM
10       Q    Of any nature.          12:17:28PM
11       A    No.  If I ever got a job, I responded. 12:17:29PM
12   I might never have gotten there because maybe
13   another officer got there before me and took
14   care of it.
15       Q    You testified before that you didn't  12:17:39PM
16   ask every time that a radio code was used what
17   is it.
18       MR. NOVIKOFF:  Objection.          12:17:48PM
19       You can answer.          12:17:48PM
20       A    If I didn't know what the code was I'd 12:17:49PM
21   just say, what is it?  What's a 10/51 exactly?
22       Q    And did the officer on the other line  12:18:01PM
23   always respond when you asked what is it?
24       A    Sure.              12:18:06PM
25       Q    Do you know whether anyone complained 12:18:08PM

35  (Pages 137 to 140)

TSG Reporting - Worldwide      877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

Page 141

RICHARD BOSETTI

1
2     to Mr. Hesse or Mr. Paradiso about the fact that
3     you didn't learn the radio codes?
4        A   I don't think anybody ever complained  12:18:16PM
5     about me or my brother at all to Mr. Hesse or
6     Mr. Paradiso, and if it was, it was minimal,
7     about anything.
8        Q   I'm not asking about anything. I'm    12:18:28PM
9     specifically asking about the radio codes.
10       A   No.                 12:18:30PM
11       Q   Were you ever made aware that anyone   12:18:30PM
12    complained that you didn't know the radio codes?
13       A   No.                 12:18:35PM
14       Q   Did anyone ever instruct you to learn  12:18:36PM
15    the radio codes?
16       A   Mr. Hesse. He said learn these       12:18:39PM
17    things, damn it, will you.
18       Q   And you never did, correct?          12:18:43PM
19       A   Not intentionally. It's just that I   12:18:44PM
20    never got used to it. I guess once you got used
21    to one code, it was hard to get into another
22    code, at least for me.
23       Q   And other than for the conversation   12:18:59PM
24    that you testified to before, when you
25    confronted Mr. Lamm about whether he was calling

Page 142

RICHARD BOSETTI

1
2     civil service, did you have any other
3     discussions with Mr. Lamm about calling civil
4     service to rat you out?
5        MR. NOVIKOFF: Objection. I think he      12:19:16PM
6     said Snyder, but I'm not sure.
7        THE WITNESS: No, I talked to Lamm.       12:19:20PM
8        MR. NOVIKOFF: Then I apologize.          12:19:22PM
9     BY MR. GOODSTADT:                           12:19:24PM
10       Q   Other than that one conversation with 12:19:25PM
11    Lamm, did you ever speak to Lamm on any other
12    occasion about the issue of him calling civil
13    service to rat you out?
14       A   Don't recall. I don't think so.      12:19:34PM
15       Q   Did you ever speak with -- strike     12:19:40PM
16    that.
17           Well, who else on the 12 to 8 did you 12:19:44PM
18    think was going to be calling civil service to
19    rat you out?
20       A   Carter.                 12:19:55PM
21       Q   So now it's Snyder, Lamm and Carter   12:19:58PM
22    you thought were the three?
23       A   Snyder, Lamm, Carter, yeah. I don't   12:20:03PM
24    know if Nofi would do that, as nutty as that guy
25    is.

Page 143

RICHARD BOSETTI

1
2        Q   Was anyone else on the 12 to 8 other  12:20:11PM
3     than the four of you?
4        A   Yeah, I think Ty Bacon was on the 12  12:20:15PM
5     to 8.
6        Q   Did you think that he would be        12:20:18PM
7     calling --
8        A   No, no.                 12:20:20PM
9        Q   -- civil service?            12:20:21PM
10       A   Ty Bacon, he had enough just from the 12:20:23PM
11    Halloween incident with these guys.
12       Q   What do you mean by that?            12:20:29PM
13       A   He didn't agree in the manner of which 12:20:31PM
14    they handled that job.
15       Q   What do you mean by that?            12:20:37PM
16       A   What, with Ty Bacon?            12:20:40PM
17       Q   How do you know he didn't agree with  12:20:42PM
18    the manner in which they handled it?
19       A   He told me.              12:20:47PM
20       Q   He told you? Was Ty Bacon at the      12:20:47PM
21    Halloween incident?
22       A   No.                 12:20:51PM
23       Q   Did Ty Bacon get involved in the      12:20:51PM
24    investigation of the Halloween incident?
25       A   No.                 12:20:56PM

Page 144

RICHARD BOSETTI

1
2        Q   What was the basis of him telling you 12:20:57PM
3     that he didn't think they handled it the right
4     way?
5        A   I guess he read the reports.         12:21:02PM
6        Q   Did he tell you how he thinks they    12:21:03PM
7     should've handled it?
8        A   Excuse me?              12:21:07PM
9        Q   Did he tell you how he thought they   12:21:08PM
10    should've handled it?
11       A   I don't know, no.            12:21:11PM
12       Q   Did he tell you what he thought they  12:21:12PM
13    did wrong?
14       A   No.                 12:21:15PM
15       Q   He just generally told you --        12:21:16PM
16       A   Yeah. Like, you know, how they       12:21:18PM
17    handled it. I can't go in specific words
18    exactly and tell you exactly what he said,
19    because that would be putting -- you know, I
20    don't remember. But he was very, very pissed
21    about cops doing that to other cops.
22       Q   What do you mean by that, cops doing  12:21:40PM
23    that to other cops?
24       A   Because they dislike you and because  12:21:43PM
25    the people in town like you, they shouldn't

36 (Pages 141 to 144)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 145

RICHARD BOSETTI

1  RICHARD BOSETTI
2  falsify records to try to get you locked up or
3  fired.
4  Q   So he told you that?        12:21:53PM
5  A   No.  That's what he was probably  12:21:54PM
6  pissed off about.
7  Q   Did he tell you he was pissed off?  12:21:58PM
8  A   Yeah.               12:22:00PM
9  Q   Did he call them rats?       12:22:00PM
10 A   No, that ain't being a rat.  It's  12:22:05PM
11 being -- what would you call it?  I don't know.
12 It's not being an honest cop.
13 Q   Did you ever confront Snyder about   12:22:26PM
14 your belief that he was going to call civil
15 service to rat you out?
16 MR. NOVIKOFF:  Objection.       12:22:33PM
17 A   If I did, I don't recall.       12:22:33PM
18 Q   Did you ever confront Carter about   12:22:35PM
19 your belief that he was going to call civil
20 service to rat you out?
21 A   If I did, I don't recall.       12:22:41PM
22 Q   Do you know whether any of them   12:22:42PM
23 actually called civil service?
24 A   I don't know.          12:22:46PM
25 Q   How did you -- strike that.     12:22:48PM

Page 146

1  RICHARD BOSETTI
2  How did you first learn that -- this  12:22:52PM
3  theory that cops on the 12 to 8 were going to
4  call civil service to rat you out?
5  A   Because the cops on the 12 to 8 did  12:23:01PM
6  not like me and my brother.
7  Q   Were you and your brother the only   12:23:06PM
8  ones that were affected by the civil service
9  test?
10 A   I don't know.  No, Ty Bacon was.  I  12:23:22PM
11 think Ty Bacon was too.
12 Q   Anyone else?          12:23:27PM
13 A   I don't know.          12:23:34PM
14 Q   How about Pat Cherry, was he affected  12:23:34PM
15 by that?
16 A   Oh, yeah, he was.        12:23:37PM
17 Q   So he wasn't certified either,   12:23:38PM
18 correct?
19 MR. NOVIKOFF:  Objection.       12:23:42PM
20 A   I didn't know about the certification  12:23:43PM
21 until I found out that he had to take it over,
22 so you can't ask me about --
23 Q   So sitting here today, you know that  12:23:50PM
24 you were not certified in '02, '03, '04 and '05,
25 correct?

Page 147

1  RICHARD BOSETTI
2  A   Uh-huh.             12:23:56PM
3  Q   So during those four seasons, you were 12:23:57PM
4  a civilian, correct?
5  MR. NOVIKOFF:  Objection.       12:24:01PM
6  A   Four seasons?          12:24:02PM
7  Q   '02 season, '03 season, '04 season and 12:24:02PM
8  '05 season.
9  A   I was a civilian?        12:24:09PM
10 MR. NOVIKOFF:  Objection.       12:24:10PM
11 BY MR. GOODSTADT:            12:24:10PM
12 Q   That's my question.  Correct?    12:24:10PM
13 A   No.                12:24:10PM
14 Q   What were you?          12:24:12PM
15 A   I was a police officer.       12:24:13PM
16 Q   Police officer for Ocean Beach?    12:24:15PM
17 A   Yes.                12:24:18PM
18 Q   Without passing the certification   12:24:18PM
19 test?
20 A   I took the oath.         12:24:18PM
21 Q   That wasn't the question.  The   12:24:18PM
22 question was, sitting here today, is it your
23 testimony that you were a police officer in '02,
24 '03, '04 and '05, prior to passing the battery
25 of tests --

Page 148

1  RICHARD BOSETTI
2  MR. NOVIKOFF:  Objection.  Asked and 12:24:33PM
3  answered.  Argumentative.
4  You can answer.          12:24:35PM
5  A   Yes, I was.           12:24:37PM
6  Q   What is the basis of that belief?   12:24:40PM
7  Because you took an oath?
8  MR. NOVIKOFF:  Objection.       12:24:44PM
9  A   I was hired as a police officer.  I  12:24:44PM
10 qualified with my handguns with the Suffolk
11 County Police Department every year.
12 Q   Did you have a permit for your    12:24:53PM
13 handgun?
14 A   I have a permit for my handgun -- I  12:24:56PM
15 had to get one after I retired from the NYPD.
16 Q   Did you get one after you retired from 12:25:04PM
17 the NYPD?
18 A   Of course.           12:25:08PM
19 Q   Who went with you to the firing range 12:25:08PM
20 to get your certification from Suffolk County?
21 A   George and a bunch of other guys.   12:25:15PM
22 Q   Anyone else that you can remember?   12:25:20PM
23 A   No.                12:25:23PM
24 Q   What county was your permit from?   12:25:24PM
25 A   My permit is for Nassau County.    12:25:27PM

37 (Pages 145 to 148)

Page 149

RICHARD BOSETTI

1
2    Q    So if you have a Nassau County permit, 12:25:30PM
3    is that effective in Suffolk County?
4    A    Of course.  All over the state.    12:25:34PM
5    Q    And when you went to the shooting    12:25:38PM
6    range, did you show your pistol permit?
7    A    Didn't have to.  I had a police ID.   12:25:43PM
8    Q    Other than for Snyder, Lamm and    12:25:55PM
9    Carter, was there anyone else on the 12 to 8
10   tour that you thought was going to call civil
11   service to rat you out?
12       MR. NOVIKOFF:  Objection.       12:26:06PM
13   A    No.                 12:26:10PM
14   Q    And you don't recall who told you   12:26:12PM
15   about it?
16   A    No.               12:26:14PM
17   Q    Do you recall discussing it with    12:26:15PM
18   anyone else?
19       MR. NOVIKOFF:  I'm sorry, what was   12:26:17PM
20   that?
21   BY MR. GOODSTADT:            12:26:18PM
22   Q    Do you recall discussing that issue  12:26:19PM
23   with anyone else, that these three officers or
24   at least officers from the 12 to 8 were going to
25   call civil service to rat you out?

Page 150

RICHARD BOSETTI

1
2    A    I'm gonna say I probably did, but I  12:26:27PM
3    don't remember with who.
4    Q    Did you ever discuss it with Hesse?   12:26:30PM
5    A    No.               12:26:31PM
6    Q    Did you ever discuss it with your    12:26:32PM
7    brother?
8    A    Yeah.              12:26:34PM
9    Q    When did you discuss it with your    12:26:34PM
10   brother?
11   A    I don't know.          12:26:36PM
12   Q    What was the substance of your     12:26:37PM
13   discussions with your brother about that issue?
14   A    That we have to take the tests over.   12:26:41PM
15   Q    Were you upset that you had to take  12:26:47PM
16   the test over?
17   A    Well, I shouldn't say take it over.   12:26:49PM
18   We never took it.  We had to -- yeah.
19   Q    How long after you were told you had  12:27:04PM
20   to take the tests did you actually take them?
21   A    The last thing I took was the lie    12:27:14PM
22   detector test, and that was a long time after
23   the physical, I think.
24   Q    When you say a long time, are you    12:27:26PM
25   talking about weeks, months, years?

Page 151

RICHARD BOSETTI

1
2    A    Well, months.          12:27:30PM
3    Q    Do you recall when you took the lie   12:27:34PM
4    detector test?
5    A    I can't remember what year exactly.   12:27:39PM
6    Q    Do you recall what year you learned   12:27:40PM
7    that you had to take these tests?
8    A    No, I'd be guessing.       12:27:49PM
9    Q    Prior to Paradiso telling you, had you 12:27:50PM
10   heard from anywhere else that you'd have to take
11   these tests?
12   A    Probably George Hesse.      12:27:57PM
13   Q    When did he tell you?        12:27:58PM
14   A    I don't know.          12:27:59PM
15   Q    Do you recall what he told you about  12:28:00PM
16   these tests?
17   A    No.               12:28:02PM
18   Q    Do you recall him actually telling you 12:28:04PM
19   that you had to take the tests?
20       MR. NOVIKOFF:  Objection.       12:28:08PM
21   A    No.               12:28:09PM
22   Q    Do you recall where you were when he  12:28:09PM
23   told you that you had to take the tests?
24   A    No.               12:28:12PM
25   Q    Did you ever fail any of those tests   12:28:15PM

Page 152

RICHARD BOSETTI

1
2    that you took?
3    A    Uh-huh.  No.          12:28:19PM
4    Q    Do you recall when you took the first  12:28:25PM
5    of those tests?
6    A    I don't know if it was the medical or 12:28:29PM
7    the physical.
8    Q    Do you recall when you took the first  12:28:34PM
9    test?
10   A    No.               12:28:36PM
11   Q    Do you recall, was it on the season or 12:28:36PM
12   off season?
13   A    I think it was off season.  It was a  12:28:42PM
14   little chilly.  It might have been off season.
15   Q    Was it prior to an upcoming season or 12:28:47PM
16   just past, the season had passed?
17   A    I don't recall.         12:28:50PM
18   Q    You don't recall what season it was?  12:28:51PM
19   A    No.               12:28:53PM
20   Q    Where did you go to take that test?   12:28:54PM
21   A    Out in Suffolk County.  I guess it's  12:28:59PM
22   wherever they do it, the Suffolk County Police
23   Academy maybe.
24   Q    How about the psychological, where did 12:29:05PM
25   you take that?

38  (Pages 149 to 152)

9c25d064-2409-42b6-86d8-729604317a5

Page 153

RICHARD BOSETTI

1
2     A    I don't recall.              12:29:09PM
3     Q    Did you also take a physical agility  12:29:11PM
4  test?
5     A    Yeah.  That was -- the physical      12:29:14PM
6  agility test was the -- yeah.
7     Q    That's different than the medical and  12:29:19PM
8  psychological, right?
9     A    It's different from what?        12:29:22PM
10    Q    A medical and psychological, correct?  12:29:23PM
11    A    Yeah.  The medical, psychological, the  12:29:25PM
12  physical agility and the lie detector test.
13    Q    When did you take the physical agility  12:29:30PM
14  test?
15    A    I don't recall.              12:29:32PM
16    Q    Do you recall where you took that    12:29:33PM
17  test?
18    A    Suffolk County Police Academy.      12:29:34PM
19    Q    If I represent to you that you took   12:29:41PM
20  the polygraph in October of 2005, does that give
21  you any basis to know when you took the tests,
22  the others tests prior --
23        MR. NOVIKOFF:  Objection.       12:29:55PM
24    A    Yeah, that was before then.       12:29:56PM
25    Q    How long before then?          12:29:57PM

Page 154

RICHARD BOSETTI

1
2     A    I don't know.              12:29:59PM
3     Q    Was it '05?                12:29:59PM
4     A    Probably.                 12:30:00PM
5     Q    And does that give you a time frame as  12:30:01PM
6  to when you first learned that you needed to
7  take the tests?
8     A    No, I don't know.            12:30:14PM
9     Q    Did you ever speak to Ty Bacon about   12:30:18PM
10  the requirement that you had to take the tests?
11    A    Probably.                 12:30:22PM
12    Q    Was he upset that he had to take these  12:30:23PM
13  tests?
14    A    Ty Bacon?                 12:30:26PM
15    Q    Yeah.                   12:30:28PM
16    A    Yes.                    12:30:28PM
17    Q    Did you discuss with him the fact that  12:30:29PM
18  some guys from the 12 to 8 were going to call
19  civil service and rat you out?
20        MR. NOVIKOFF:  Objection.       12:30:36PM
21    A    No, I don't recall that.        12:30:36PM
22    Q    Do you know how the village first    12:30:37PM
23  became aware that you guys hadn't taken those
24  tests?
25    A    Don't know.  Probably someone ratted  12:30:45PM

Page 155

RICHARD BOSETTI

1
2  us out.
3     Q    Do you know who ratted you out?     12:30:48PM
4     A    No, I don't know.            12:30:50PM
5     Q    Do you recall what your starting     12:30:57PM
6  salary was at Ocean Beach?
7     A    I think it was $16.           12:31:01PM
8     Q    And did you receive raises every year?  12:31:03PM
9     A    Yeah.  The first raise was a big one.  12:31:06PM
10  I think it went to 18.
11    Q    So for '02, '03 it was 16.  In '03 it  12:31:12PM
12  was 18?
13    A    Yeah, I think a couple of months after  12:31:17PM
14  I was hired it went to 18.
15    Q    How about after that, did you receive  12:31:21PM
16  any raises?
17    A    After that, it was 50 cents, a dollar  12:31:25PM
18  there.
19    Q    Did you receive a raise every year?   12:31:27PM
20    A    Yeah, when the village voted on it, I  12:31:29PM
21  guess.
22    Q    Were you actually aware that those    12:31:32PM
23  voted on giving you a raise?
24    A    Well, you have to if it concerns     12:31:36PM
25  money, right?

Page 156

RICHARD BOSETTI

1
2     Q    I'm asking if you're actually aware of  12:31:39PM
3  a vote passing.
4     A    No, I'm not aware.            12:31:43PM
5     Q    Did you ever attend a village board or  12:31:45PM
6  trustee meeting?
7     A    No.  I might have walked through it   12:31:48PM
8  once or twice, but that's it.
9     Q    You never stayed for it?         12:31:51PM
10    A    No.                    12:31:53PM
11        MR. GOODSTADT:  Just mark that,     12:31:53PM
12  please.
13        (Whereupon, Bates document 006087 was  12:31:55PM
14  marked as R. Bosetti 3 for identification,
15  as of this date.)
16        MR. GOODSTADT:  I've placed in front  12:32:13PM
17  of Mr. Bosetti as what's been marked as R.
18  Bosetti Exhibit 3.  It is a one-page
19  exhibit, bearing Bates Number 6087.
20  (Handing.)
21  BY MR. GOODSTADT:
22    Q    Mr. Bosetti, if you look on top, it   12:32:29PM
23  says "employee name," and it says "Richard
24  Bosetti," and there's an employee number, 720.
25        Do you see that?            12:32:34PM

39 (Pages 153 to 156)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 157

RICHARD BOSETTI

1
2    A   Yes.                              12:32:35PM
3    Q   Do you know what that means, 720?   12:32:35PM
4    A   Probably has to do with pay.  I don't 12:32:38PM
5  know.  Payroll number..
6    Q   What was your shield number at Ocean  12:32:42PM
7  Beach?
8    A   410.                            12:32:44PM
9    Q   And if you look down at the list of -- 12:32:49PM
10  in the box there, it says the dates 4-12-02 to
11  5-31-03.
12   A   Uh-huh.                          12:33:00PM
13   Q   Then position classification, police   12:33:01PM
14  officer, and then amount per hour.
15       Do you see that?               12:33:04PM
16   A   Yeah.                           12:33:05PM
17   Q   Are those numbers accurate?      12:33:05PM
18   A   Yeah, I was pretty good at guessing it 12:33:09PM
19  when I told you.
20   Q   So in '02, you were paid as a police  12:33:15PM
21  officer, $16 an hour?
22   A   Yes.                            12:33:19PM
23   Q   In '03, you were paid as a police    12:33:20PM
24  officer at $18 an hour?
25   A   No, wait.  You got that wrong.  It    12:33:27PM

Page 158

RICHARD BOSETTI

1  says 5-31-03 on the top there.  Oh, right, '02,
2  5-31.  Okay.  All right.
3    Q   Then the '03 to '04 dates you were    12:33:32PM
4  paid 18.63 as a police officer?
5    A   Yes.                            12:33:38PM
6    Q   And then 6-1-04 to 5-31-05, you were  12:33:38PM
7  paid $19.28 as a police officer; is that
8  correct?
9    A   If this is accurate, that's what I    12:33:45PM
10  got.
11   Q   And prior to 5-31-05, you hadn't      12:33:47PM
12  passed the battery of tests, correct?
13       MR. NOVIKOFF:  Objection.        12:33:54PM
14   A   I don't know.  I don't know.     12:33:55PM
15   Q   Did you ever hear that the village was 12:33:59PM
16  going through budget cuts?
17       MR. NOVIKOFF:  Objection.  Time  12:34:04PM
18  period?
19       MR. GOODSTADT:  Any time.        12:34:06PM
20   A   Looking at these raises, I would say   12:34:07PM
21  yeah.
22   Q   When did the village go through budget 12:34:12PM
23  cuts?
24       MR. NOVIKOFF:  Objection.        12:34:16PM
25

Page 159

RICHARD BOSETTI

1
2    A   Looks like '04, '05 and '06.      12:34:17PM
3    Q   So the village was going through      12:34:21PM
4  budget cuts, but you're still getting raises?
5        MR. NOVIKOFF:  Objection.        12:34:25PM
6    A   Did you see my raises for a police    12:34:26PM
7  officer?
8    Q   I do see that.                  12:34:28PM
9    A   That's a bargain.               12:34:30PM
10   Q   Did you ever hear that they were going 12:34:31PM
11  through budget cuts or are you just assuming
12  that based on your raises?
13       MR. NOVIKOFF:  Objection.        12:34:38PM
14   A   Well, when we used to get these   12:34:39PM
15  itty-bitty raises, we said what the hell's going
16  on here?  They said, well, whatever the reason
17  was.  I don't remember the word budget cuts,
18  but --
19   Q   You don't recall ever being told it   12:34:49PM
20  was due to budget cuts?
21   A   I don't remember those words exactly.  12:34:52PM
22   Q   Where did you take the polygraph?  12:35:13PM
23   A   I don't know, but -- I don't know.  I 12:35:15PM
24  can't guess..
25   Q   Do you know who administered the      12:35:18PM

Page 160

RICHARD BOSETTI

1  polygraph?
2    A   I don't know the gentleman's name, no. 12:35:20PM
3    Q   Do you know what department or -- do  12:35:22PM
4  you know what department administered the test
5  or what agency administered the test?
6    A   No, probably the police academy.   12:35:41PM
7    Q   Did you fill out a questionnaire prior 12:35:43PM
8  to taking the test?
9    A   Probably.                       12:35:51PM
10   Q   And those are pre-polygraph questions 12:35:52PM
11  that you answered?
12   A   Yes.                            12:35:57PM
13   Q   Had you ever seen the pre-polygraph    12:35:57PM
14  questions prior to actually filling them out?
15   A   No.                             12:36:01PM
16   Q   You never went into Frank Fiorillo's  12:36:02PM
17  personnel jacket in the station to take a look
18  at the pre-polygraph questions?
19   A   Yeah, I robbed his house too.  No.   12:36:10PM
20       MR. NOVIKOFF:  Let the record reflect 12:36:13PM
21  I believe the witness was being sarcastic.
22  We'll let the video speak for itself.
23  BY MR. GOODSTADT:
24   Q   No one ever showed you what the    12:36:20PM
25

40  (Pages 157 to 160)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 161

RICHARD BOSETTI

1       RICHARD BOSETTI
2    pre-polygraph questions looked like prior to you
3    actually filling them out?
4       A    No.                      12:36:27PM
5       Q    Ed Carter never assisted in getting a  12:36:32PM
6    copy of those questions from members of the
7    Quogue Police Department?
8       MR. NOVIKOFF:  Objection.          12:36:40PM
9       A    To do me a favor?              12:36:41PM
10      Q    I don't know if it's to do you a favor  12:36:43PM
11   or he just got them for the people who had to
12   take the test?
13      A    No.                      12:36:48PM
14      Q    Did you fill out any other paperwork  12:36:49PM
15   prior to taking the polygraph in connection with
16   your taking the polygraph, other than for the
17   pre-questionnaire?
18      A    I don't recall.              12:37:01PM
19      Q    How long did the polygraph test take?  12:37:05PM
20      A    A couple of hours.            12:37:08PM
21      Q    Why did you wait months between taking  12:37:18PM
22   the other tests and the polygraph?
23      MR. NOVIKOFF:  Objection.          12:37:26PM
24      A    I had no say.                12:37:26PM
25      Q    What do you mean?            12:37:27PM

Page 162

1       RICHARD BOSETTI
2       A    They scheduled it, I took it.      12:37:28PM
3       Q    Who scheduled it?            12:37:30PM
4       A    I don't know.                12:37:31PM
5       Q    Who told you the date that you were  12:37:36PM
6    taking it?
7       A    I don't know.                12:37:39PM
8       Q    Was Arnold Hardman required to take it  12:37:43PM
9    at the same time?
10      MR. NOVIKOFF:  Objection.          12:37:48PM
11      A    No, I took it by myself.        12:37:48PM
12      Q    But I know you testified, thought, at  12:37:51PM
13   the same time it affected you, your brother, Ty
14   Bacon.  Do you know whether it affected Arnold
15   Hardman?
16      MR. NOVIKOFF:  Objection.          12:38:01PM
17      A    I don't know.                12:38:01PM
18      Q    Do you know whether you went through a  12:38:17PM
19   background investigation at that time as well?
20      MR. NOVIKOFF:  Objection.          12:38:20PM
21      A    Who?                      12:38:21PM
22      Q    You.                      12:38:22PM
23      A    Did I go through a background      12:38:23PM
24   investigation?
25      Q    Yes.                      12:38:26PM

Page 163

1       RICHARD BOSETTI
2       A    I must have.  I filled out paperwork.  12:38:29PM
3       Q    For a background check at that time?  12:38:32PM
4       A    Yeah, whatever the academy gave us to  12:38:33PM
5    fill out.
6       Q    How did you actually get a copy of the  12:38:52PM
7    paperwork that you had to fill out?
8       A    I don't remember.            12:38:56PM
9       Q    You don't recall whether Hesse gave it  12:39:00PM
10   to you?
11      A    No.                      12:39:03PM
12      Q    He didn't give it to you or you don't  12:39:03PM
13   recall?
14      A    I don't recall, I'm sorry.        12:39:06PM
15      MR. GOODSTADT:  Can you mark that,    12:39:12PM
16   please.
17      (Whereupon, Bates document 8221-8240  12:39:14PM
18   was marked as R. Bosetti 4 for
19   identification, as of this date.)
20      THE WITNESS:  Is it okay if I use the  12:39:48PM
21   bathroom?
22      MR. GOODSTADT:  Sure.  Do you want to  12:39:52PM
23   take a break?
24      THE VIDEOGRAPHER:  The time is 12:40.  12:39:55PM
25   We're going off the record.

Page 164

1       RICHARD BOSETTI
2       (Whereupon, a discussion was held off  12:39:58PM
3    the record.)
4       MR. GOODSTADT:  Can I see the last    12:48:22PM
5    couple of questions.
6       (Whereupon, the referred to portion    12:48:47PM
7    was read back by the court reporter.)
8       THE VIDEOGRAPHER:  The time is 12:50.  12:49:04PM
9    We are back on the record.
10      MR. GOODSTADT:  I've placed in front   12:49:10PM
11   of Mr. Bosetti what's now been marked as R.
12   Bosetti Exhibit 4.  It is a multiple-page
13   exhibit, bearing 8221 through 8240.
14   (Handing.)
15   BY MR. GOODSTADT:                 12:49:23PM
16      Q    Mr. Bosetti, do you recognize the   12:49:23PM
17   documents that have now been marked as R.
18   Bosetti Exhibit 4?
19      A    Yes.                      12:49:28PM
20      Q    What is this?                12:49:29PM
21      A    Excuse me?                  12:49:31PM
22      Q    What is this document?        12:49:31PM
23      A    This document here is my brother's    12:49:33PM
24   application to the Village of Ocean Beach Police
25   Department.

41 (Pages 161 to 164)

9c25d064-2409-42b6-86d8-7296043178a5

Page 165

RICHARD BOSETTI

1
2   Q   Did you fill one out similar to this? 12:49:42PM
3   A   I don't know.                          12:49:45PM
4   Q   You don't recall one way or the other? 12:49:46PM
5   A   I don't recall.                        12:49:50PM
6   Q   Now, if you look at on the first page 12:49:52PM
7   three lines down, where it references that the
8   information has to be returned to the Ocean
9   Beach Police Department applicant investigation
10  section.
11      Do you see that?                       12:50:05PM
12  A   Mm-hmm. Yes, I do.                     12:50:06PM
13  Q   Do you know what the Ocean Beach       12:50:08PM
14  Police Department Applicant Investigation
15  Section is?
16  A   No.                                    12:50:14PM
17  Q   Do you recall ever having to hand any  12:50:14PM
18  paperwork to that section?
19  A   No.                                    12:50:19PM
20  Q   So you don't know who was in charge of 12:50:20PM
21  that section, correct?
22  A   Correct.                               12:50:23PM
23  Q   Do you know whether George Hesse       12:50:33PM
24  performed the background checks?
25  A   Yes, I think so.                       12:50:36PM

Page 166

RICHARD BOSETTI

1
2   Q   He did?                                12:50:37PM
3   A   Yes.                                   12:50:38PM
4   Q   Do you know who gave him authority to  12:50:38PM
5   do that?
6   A   No.                                    12:50:41PM
7   Q   Do you know whether he's trained in    12:50:42PM
8   performing background checks?
9       MR. NOVIKOFF: Objection.               12:50:47PM
10      MR. CONNOLLY: Objection.               12:50:49PM
11  A   I don't know.                          12:50:50PM
12  Q   Do you know who else assisted him, if  12:50:51PM
13  anyone, in doing the background checks?
14  A   No.                                    12:50:56PM
15  Q   Do you know what he did to perform the 12:50:58PM
16  background checks?
17  A   No.                                    12:51:01PM
18  Q   Did he perform the background check on 12:51:03PM
19  you that was required by civil service?
20  A   I don't know.                          12:51:08PM
21      MR. NOVIKOFF: Objection.               12:51:09PM
22  Q   So how do you know that he was         12:51:10PM
23  performing the background checks?
24      MR. NOVIKOFF: Objection.               12:51:13PM
25  A   Because we gave him the paperwork.     12:51:14PM

Page 167

RICHARD BOSETTI

1
2   Q   What paperwork did you give him?       12:51:17PM
3   A   Forms and stuff, background check      12:51:20PM
4   forms.
5   Q   Do you remember if the background      12:51:24PM
6   check forms that you gave him were similar to
7   the forms that are marked in -- that were marked
8   as R. Bosetti Exhibit 4?
9   A   Are they similar to these?             12:51:34PM
10  Q   Yes.                                   12:51:36PM
11  A   They must have been, I guess.          12:51:37PM
12  Q   Do you know what Mr. Hesse did with    12:51:38PM
13  these documents after you gave them to him?
14  A   No.                                    12:51:43PM
15  Q   And other than for R. Bosetti Exhibit  12:51:44PM
16  4, do you recall any other paperwork that you
17  gave to Hesse to perform background a check?
18  A   No.                                    12:51:52PM
19  Q   Do you know whether Hesse performed    12:51:55PM
20  any other tests other than the background test
21  on you?
22  A   No.                                    12:52:02PM
23  Q   You don't know or he didn't perform    12:52:04PM
24  any?
25  A   No, he didn't. I don't know.           12:52:07PM

Page 168

RICHARD BOSETTI

1
2   Q   He wasn't present at your physical     12:52:08PM
3   agility or psychological or medical evaluation,
4   was he?
5   A   Chief Paradiso was at my physical      12:52:19PM
6   agility. George Hesse was at my polygraph.
7   Q   He was actually in the room when you   12:52:30PM
8   took your polygraph exam?
9   A   No, no. I don't know where he was. I   12:52:32PM
10  have no idea where he was.
11  Q   You went with him to the polygraph?    12:52:35PM
12  A   Yes.                                   12:52:37PM
13  Q   Who else did you go with?              12:52:42PM
14  A   That's it. Just me.                    12:52:44PM
15  Q   You testified before that you had a    12:52:45PM
16  Nassau County pistol permit; is that correct?
17  A   Yes.                                   12:52:51PM
18  Q   What category permit was that?         12:52:51PM
19  A   Full carry.                            12:52:54PM
20  Q   Full carry. And what does that mean,   12:52:55PM
21  full carry permit?
22  A   I could carry it on my body anywhere   12:52:59PM
23  in the state of New York.
24  Q   When did you obtain that permit?       12:53:06PM
25  A   I obtained that particular permit in   12:53:09PM

42 (Pages 165 to 168)

9c25d064-2409-42b6-86d8-729604317a5

Page 169

```
 1              RICHARD BOSETTI
 2   probably February of '02.
 3       Q   So shortly after you retired from the   12:53:18PM
 4   city?
 5       A   Yes.                       12:53:21PM
 6       Q   Do you know who at Ocean Beach was   12:53:30PM
 7   charged with the responsibility of monitoring
 8   that you guys took and passed these tests?
 9          MR. NOVIKOFF: Objection.        12:53:40PM
10       A   I thought Suffolk County was, Suffolk   12:53:41PM
11   County Police Department.
12       Q   Was there anyone in Ocean Beach that   12:53:47PM
13   was coordinating the effort to make sure that
14   you guys passed all the required tests for
15   certification?
16          MR. NOVIKOFF: Objection. Foundation.   12:53:54PM
17       A   Suffolk County gave the tests and   12:53:56PM
18   they're the ones that passed us.
19       Q   Did someone from Ocean Beach tell you   12:53:59PM
20   the dates or did you learn that straight from
21   the county?
22       A   I don't know where I got that. I   12:54:04PM
23   don't know if I got it in the mail. I have no
24   idea.
25       Q   Did you ever speak to -- strike that.   12:54:09PM
```

Page 170

```
 1              RICHARD BOSETTI
 2          Do you know who Mary Ann Minerva is?   12:54:09PM
 3       A   Mary Ann.                   12:54:13PM
 4       Q   Minerva.                   12:54:14PM
 5       A   No. Unless she's the girl in the   12:54:16PM
 6   office. I don't know. No, I don't know who she
 7   is.
 8       Q   Did you ever speak to any of the girls   12:54:21PM
 9   in the office about your need to take these
10   tests to be certified as a police officer?
11       A   Not that I can recall.        12:54:28PM
12       Q   And the full-carry pistol license that   12:54:37PM
13   you testified, pistol permit that you had, was
14   that tied to a certain firearm?
15       A   Four or five firearms.        12:54:49PM
16       Q   Four or five firearms?        12:54:51PM
17       A   Yes.                       12:54:54PM
18       Q   And those are your own personal   12:54:54PM
19   firearms?
20       A   Yes, they are.             12:54:55PM
21       Q   Was that your weapon that you carried   12:54:55PM
22   at Ocean Beach?
23       A   Yes, it was.               12:54:59PM
24       Q   So you were never given a weapon from   12:54:59PM
25   the beach?
```

Page 171

```
 1              RICHARD BOSETTI
 2          MR. NOVIKOFF: Objection.        12:55:03PM
 3       A   I was asked if I wanted my own weapon,   12:55:04PM
 4   and I said if this is -- if this weapon meets
 5   the qualifications for Ocean Beach, I'd rather
 6   carry my own weapon.
 7       Q   And did it meet the qualifications for   12:55:12PM
 8   Ocean Beach?
 9       A   Yes.                       12:55:16PM
10       Q   And you and carried your own weapon   12:55:16PM
11   the whole time you were there?
12       A   Yes.                       12:55:20PM
13       Q   You never carried a weapon that was   12:55:20PM
14   given to you from the beach?
15          MR. NOVIKOFF: Objection.        12:55:24PM
16       A   No.                       12:55:24PM
17       Q   Do you know who Allison Chester or   12:55:28PM
18   Allison Sanchez is?
19       A   No.                       12:55:32PM
20       Q   You never heard the name Allison   12:55:33PM
21   Chester?
22       A   I've heard of Allison, but I don't   12:55:36PM
23   know. Chester doesn't ring a bell.
24       Q   Do you know an Allison who worked over   12:55:41PM
25   at Suffolk County Civil Service?
```

Page 172

```
 1              RICHARD BOSETTI
 2       A   No.                       12:55:46PM
 3          MR. NOVIKOFF: Let the record reflect   12:55:54PM
 4       that Mr. Jemal has come into the room.
 5   BY MR. GOODSTADT:                    12:56:02PM
 6       Q   Did you ever use the Ocean Beach   12:56:02PM
 7   police barracks as your address?
 8       A   As my official address?        12:56:09PM
 9       Q   Yeah. Did you ever fill out on any   12:56:11PM
10   form or any paperwork --
11       A   No.                       12:56:14PM
12       Q   -- that that's your address, the   12:56:15PM
13   police barracks?
14          MR. GOODSTADT: Why don't we take our   12:56:21PM
15       lunch break now.
16          MR. NOVIKOFF: Okay.            12:56:25PM
17          THE VIDEOGRAPHER: The time is 12:57.   12:56:28PM
18       We're off the record.
19          (Whereupon, a discussion was held off   12:56:31PM
20       the record.)
21          THE VIDEOGRAPHER: The time is 1:54.   1:53:14PM
22       We are back on the record.
23          MR. GOODSTADT: Can you just mark   1:53:19PM
24       that, please.
25          (Whereupon, Bates document 05342 was   1:53:21PM
```

43 (Pages 169 to 172)

9c25d064-2409-42b6-86d8-7296043178a5

Page 173

RICHARD BOSETTI

1  RICHARD BOSETTI
2  marked as R. Bosetti 5 for identification,
3  as of this date.)
4  BY MR. GOODSTADT:                          1:53:44PM
5  Q   Mr. Bosetti?              1:53:44PM
6  A   Yes, sir.                 1:53:46PM
7  Q   When you were at the beach -- I     1:53:47PM
8  believe I asked the question, but I just want to
9  make sure I'm clear on it.  When you worked at
10 Ocean Beach, did you receive any yearly
11 performance reports or yearly performance
12 reviews?
13     MR. NOVIKOFF:  Objection.  Asked and  1:54:00PM
14 answered.
15 A   Just by mouth.            1:54:01PM
16     MR. GOODSTADT:  I've placed in front  1:54:18PM
17 of Mr.. Bosetti what's been marked as
18 Bosetti 5.  It is a one-page exhibit bearing
19 Bates No. 5342.  (Handing.)
20 BY MR. GOODSTADT:                          1:54:33PM
21 Q   Mr. Bosetti, have you ever seen the  1:54:32PM
22 document that's been marked as R. Bosetti
23 Exhibit 5?
24 A   This one here?            1:54:37PM
25 Q   Yes.                      1:54:38PM

Page 174

1  RICHARD BOSETTI
2  A   Yes.                      1:54:39PM
3  Q   What is this document?    1:54:39PM
4  A   It's an evaluation report.  1:54:41PM
5  Q   And when did you see this for the    1:54:42PM
6  first time?
7  A   When I was going to court in front of  1:54:44PM
8  a judge for my unemployment.
9  Q   You actually went to a court to     1:54:51PM
10 resolve your unemployment issue with the beach?
11 A   In front of an arbitrator.  1:54:57PM
12 Q   Do you recall where that court was?  1:54:59PM
13 A   Nassau County, off of Hempstead     1:55:01PM
14 Turnpike.  I don't know where.
15 Q   So you didn't see this at all during  1:55:08PM
16 your employment at Ocean Beach?
17 A   No. No.                   1:55:11PM
18 Q   So if you look at the section that   1:55:12PM
19 "says additional supervisory comments" -- do you
20 see that?  It's about halfway down.
21 A   Yes.                      1:55:20PM
22 Q   It says, "On July 16th, 2007,       1:55:21PM
23 Officer R. Bosetti Exhibit was insubordinate in
24 reference to post assignment after a large
25 fire."

Page 175

1  RICHARD BOSETTI
2  Q   Do you see that?          1:55:31PM
3  A   Yeah.                     1:55:31PM
4  Q   Was that the incident that you      1:55:32PM
5  testified to that you got into fight with George
6  Hesse over?
7  A   Not a fight, an argument.  1:55:35PM
8  Q   An argument?              1:55:36PM
9  A   Yes.                      1:55:37PM
10 Q   And that was when he called you away  1:55:40PM
11 from your breakfast to come take a post; is that
12 what happened?
13 A   Yeah.  Uh-huh.            1:55:46PM
14 Q   And he sent you home?     1:55:47PM
15 A   Yes.                      1:55:50PM
16 Q   Okay.  So you didn't actually work   1:55:50PM
17 your shift that day?
18 A   No.  Maybe an hour or two.  1:55:52PM
19 Q   So you actually came --   1:55:54PM
20 A   Came in, had my breakfast, went to   1:55:56PM
21 post, got pissed off, got into an argument with
22 George and left.
23 Q   And what did he tell you when he sent  1:56:04PM
24 home?
25 A   When he sent me home?  Stay home until  1:56:07PM

Page 176

1  RICHARD BOSETTI
2  I call you.
3  Q   Did you view that as being terminated?  1:56:11PM
4  A   No.                       1:56:13PM
5  Q   Did he ever call you?     1:56:15PM
6  A   Yeah.                     1:56:16PM
7  Q   When did he call you?     1:56:17PM
8  A   A week later or a couple of days, hit  1:56:18PM
9  or miss, you know.
10 Q   Did you call him before he called you?  1:56:23PM
11 A   Maybe for small talk.     1:56:26PM
12 Q   You don't recall one away or the other  1:56:28PM
13 whether you did or not?
14 A   Yeah, I think I called him.  I think I  1:56:32PM
15 called him when I was working a job for -- I
16 worked a job for Bo Diedl.  You know Bo Diedl
17 and Associates?
18 Q   A private investigator?   1:56:41PM
19 A   Yeah.  He's the guy that's always on  1:56:43PM
20 Fox News, trying to solve these crimes.  I think
21 I called him from there, asking him how he was
22 doing.
23 Q   And did he invite you back, to come  1:56:53PM
24 back and work at Ocean Beach?
25 A   He didn't -- I don't know -- I don't  1:56:58PM

44  (Pages 173 to 176)

9c25d064-2409-42b6-86d8-729604317805

Page 177

RICHARD BOSETTI

1   recall if he invited me back with that phone
2   call or not. I think my brother might have told
3   me, oh, you're on the schedule in a couple of
4   days.
5
6       Q   You don't recall how you learned that   1:57:08PM
7   you were entitled to come back and work another
8   tour?
9       A   No.                        1:57:11PM
10      Q   Did you know that he actually wrote   1:57:13PM
11  you up for that incident, prior to your
12  unemployment issue?
13      MR. NOVIKOFF: Objection.          1:57:21PM
14      A   No. I didn't find out until my      1:57:22PM
15  unemployment.
16      Q   He never told you he was gonna write   1:57:26PM
17  you up?
18      MR. NOVIKOFF: Objection.          1:57:29PM
19      A   No, but I figured he probably will.   1:57:29PM
20      Q   Why did you figure that?          1:57:32PM
21      A   I did have a verbal altercation with   1:57:33PM
22  him in the middle of town.
23      Q   Did Hesse generally write up people   1:57:38PM
24  when they were insubordinate?
25      MR. CONNOLLY: Objection.          1:57:46PM

Page 178

RICHARD BOSETTI

1
2       A   I don't know what he did with other   1:57:47PM
3   people.
4       Q   Well, prior to that altercation or   1:57:49PM
5   argument that you had with Mr. Hesse, had you
6   known him to write up any other officers?
7       A   I don't know.                  1:57:58PM
8       Q   So why did you think he was gonna   1:57:59PM
9   write you up if you didn't know him to write up
10  any other officers?
11      A   I don't know. I just figured if I was   1:58:04PM
12  terminated later on from the other incident,
13  that they would probably put it on paper.
14      Q   Do you know when he wrote this --   1:58:16PM
15      A   No.                        1:58:18PM
16      Q   -- first sentence?             1:58:18PM
17      A   No.                        1:58:20PM
18      Q   Did you ever discuss this document   1:58:20PM
19  that's marked as R. Bosetti Exhibit 5 with
20  George Hesse?
21      A   No.                        1:58:25PM
22      Q   Did you receive one of these yearly   1:58:30PM
23  performance reports for any other year other
24  than for this '07 reporting year?
25      A   No.                        1:58:37PM

Page 179

RICHARD BOSETTI

1
2       Q   Did you ever receive an employee   1:58:38PM
3   handbook when you worked at Ocean Beach?
4       A   I received, I think, the police guide,   1:58:45PM
5   patrol guide.
6       MR. GOODSTADT: Can you mark this.   1:58:52PM
7       (Whereupon, Bates document 1-25 was   1:58:53PM
8   marked as R. Bosetti 6 for identification,
9   as of this date.)
10      MR. GOODSTADT: I've placed in front   1:59:34PM
11  of Mr. Bosetti what's now been marked as R.
12  Bosetti Exhibit 6. It is a multiple-page
13  exhibit bearing Bates numbers 1 through 25,
14  and it's entitled The Incorporated Village
15  of Ocean Beach Employee Handbook.
16  (Handing.)
17  BY MR. GOODSTADT:                    1:59:53PM
18      Q   Mr. Bosetti, have you ever seen this   1:59:53PM
19  document or any version of this document that's
20  been marked as R. Bosetti Exhibit 6?
21      A   I may have seen the version in a      2:00:02PM
22  little form, a little book.
23      Q   What do you mean by that?         2:00:07PM
24      A   A little hard -- not hardcover but   2:00:08PM
25  like a -- like similar to that but a small book

Page 180

RICHARD BOSETTI

1
2   that says Incorporated Village of Ocean Beach
3   Patrol Guide.
4       Q   Is that -- was the copy of the      2:00:18PM
5   employee handbook within the patrol guide?
6       A   No. I think it was in the precinct.   2:00:23PM
7       Q   So where did you see this document   2:00:26PM
8   prior to today?
9       A   Prior to today, if it's the same      2:00:30PM
10  document, it was in the office.
11      Q   Did you ever read the document that   2:00:37PM
12  was in the office?
13      A   Nah, I maybe paged through it.      2:00:39PM
14      Q   If you look at the page that's been   2:00:42PM
15  marked as 00004.
16      A   (Witness complies.)             2:00:50PM
17      Q   Do you see that?              2:00:52PM
18      A   Yeah.                       2:00:53PM
19      Q   It says "acknowledgment" on the top,   2:00:54PM
20  "Incorporated Village of Ocean Beach Employee
21  Handbook Acknowledgment."
22      A   Uh-huh.                     2:01:00PM
23      Q   Did you ever sign that page?       2:01:01PM
24      A   I may have. I don't know...        2:01:02PM
25      Q   You don't recall one way or the other?   2:01:08PM

45  (Pages 177 to 180)

9c25d064-2409-42b6-86d8-7296043178a5

Page 181

RICHARD BOSETTI

1
2    A    I don't recall.                      2:01:10PM
3    Q    If you look at the page marked as    2:01:11PM
4    000010 --
5    A    (Witness complies.) Uh-huh.          2:01:15PM
6    Q    -- under "employee performance      2:01:22PM
7    appraisals" -- do you see that?
8    A    Yes, I do.                           2:01:26PM
9    Q    -- it says, "Newly hired employees may  2:01:27PM
10   receive performance appraisals after 30 days and
11   a more formal evaluation at the end of six
12   months."
13        Do you see that?                     2:01:34PM
14   A    Yes.                                 2:01:35PM
15   Q    Did you see receive any employee     2:01:35PM
16   appraisal at the end of 30 days of your
17   employment there?
18   A    I don't recall.                      2:01:39PM
19   Q    Did you receive a formal evaluation at  2:01:40PM
20   the end of six months?
21   A    I don't recall.                      2:01:42PM
22   Q    It says, "Thereafter, all employees  2:01:46PM
23   may receive a performance appraisal annually."
24        Do you see that?                     2:01:50PM
25   A    Performance annually?                2:01:56PM

Page 182

RICHARD BOSETTI

1
2    Q    Yes.  It's the last sentence of that  2:01:58PM
3    paragraph.
4    A    Yes, sir.                            2:02:04PM
5    Q    The sentence that starts "Thereafter."  2:02:04PM
6        Do you see that?                     2:02:04PM
7    A    Yes.                                 2:02:06PM
8    Q    Did you ever receive a performance   2:02:06PM
9    appraisal annually while you were employed
10   there?
11   A    I don't recall.                      2:02:11PM
12   Q    And other than for being sent home for  2:02:20PM
13   that July incident where you had the argument
14   with Mr. Hesse, did you receive any other
15   discipline for that incident?
16   A    No.  No, sir.                        2:02:32PM
17   Q    Did you miss any tours after that    2:02:36PM
18   incident?
19   A    Oh, yeah.  I was telling you, a week  2:02:40PM
20   or so.
21   Q    So then you were sent home, and then  2:02:43PM
22   taken off the tours for a week?
23   A    Yes.                                 2:02:48PM
24   Q    Did you collect unemployment during  2:02:53PM
25   the off seasons?

Page 183

RICHARD BOSETTI

1
2    A    Sure.                                2:02:58PM
3    Q    Was unemployment ever denied to you  2:03:02PM
4    during the off season?
5    A    Unemployment prior to me so-called   2:03:04PM
6    getting terminated?
7    Q    I'm talking about between -- your    2:03:11PM
8    first season was '02, correct?
9    A    Yes.                                 2:03:14PM
10   Q    So between Labor Day of '02 and      2:03:15PM
11   Memorial Day of '03, I know you were working
12   part-time.
13   A    I don't think I collected that year.  2:03:22PM
14   Q    Okay.  How about after the '03 season,  2:03:24PM
15   did you collect?
16   A    I may have, yes.                     2:03:27PM
17   Q    After the '04 season, did you collect?  2:03:29PM
18   A    Yes, I may have.                     2:03:31PM
19   Q    But you were still working tours     2:03:33PM
20   during the off season, correct?
21   A    Yes.                                 2:03:37PM
22   Q    Was unemployment ever denied to you --  2:03:37PM
23   A    No.                                  2:03:39PM
24   Q    -- for Ocean Beach?                  2:03:39PM
25   A    No.                                  2:03:42PM

Page 184

RICHARD BOSETTI

1
2    Q    And for the next season, so let's take  2:03:43PM
3    the '02 to '03 off season, when the next season
4    came up in '03, did you have to fill out any
5    paperwork to resume your work as a part-time
6    police officer for the season?
7    A    No, I don't think so.                2:04:02PM
8    Q    Did you have to apply to be back on  2:04:04PM
9    the tours for the next season?
10   A    I don't think so.                    2:04:08PM
11   Q    How did you know that you were going  2:04:11PM
12   to be employed during that next season?
13   A    You go to the meeting in April.      2:04:15PM
14   Q    Did you ever receive any paperwork   2:04:22PM
15   saying you're being rehired for next season?
16   A    No.  As part-time, you worked through  2:04:28PM
17   the whole year.  Seasonal, I guess, is when
18   you're being rehired.
19   Q    Were you ever a seasonal employee?   2:04:38PM
20   A    No, part-time.                       2:04:40PM
21   Q    So you were never a seasonal police  2:04:41PM
22   officer?
23   A    No.  I don't know a what's on paper,  2:04:43PM
24   but I was always part-time.
25        (Whereupon, Bates document 8183-8184  2:05:23PM

46 (Pages 181 to 184)

9c25d064-2409-42b6-86d8-729604317Ba5

Page 185

RICHARD BOSETTI

1
2  was marked as R. Bosetti 7 for
3  identification, as of this date.)
4      MR. GOODSTADT: I've placed in front   2:06:00PM
5  of Mr. Bosetti what's now been marked as R.
6  Bosetti 7. This is a two-page exhibit
7  bearing Bates numbers 8183 and 8184.
8  (Handing.)
9  BY MR. GOODSTADT:                  2:06:24PM
10     Q  Mr. Bosetti, do you recognize the   2:06:23PM
11 document that's been marked as R. Bosetti 7?
12     A  No.                         2:06:29PM
13     Q  I represent to you this was something 2:06:30PM
14 produced to us from the beach that appear to be
15 part of your personnel file over there.
16     A  Okay.                       2:06:38PM
17     Q  If you look down on -- if you look   2:06:39PM
18 down the left side you'll see some boxes and
19 there's a box that says "job app."
20        Do you see that on the left side?   2:06:48PM
21 It's about a quarter of the way down the page.
22     A  Yes.                        2:06:52PM
23     Q  Now December 4th, 1981, NYCPD, that's 2:06:52PM
24 when you applied for the job with the city?
25     A  If that's what's down there, that's   2:07:01PM

Page 186

RICHARD BOSETTI

1
2  correct, that's when it did that.
3     Q  Now it says "job app May 21, 2005,    2:07:04PM
4  Ocean Beach police officer."
5        Do you see that?                2:07:11PM
6     A  Yes.                         2:07:11PM
7     Q  Did you apply for a job at Ocean Beach 2:07:12PM
8  in May 2005?
9     A  This is for job applications?        2:07:18PM
10       MR. NOVIKOFF: Objection. Nothing to  2:07:20PM
11 object to.
12     A  I was working for them already in     2:07:24PM
13 2005. Maybe this was when we took the physical.
14     Q  But you don't recall filling out a job 2:07:30PM
15 application?
16     A  It might have been from the Suffolk   2:07:33PM
17 County Police Academy.
18     Q  Do you recall filling out a job       2:07:36PM
19 application, though, in May of 2005?
20     A  I filled out a question. I don't     2:07:45PM
21 know -- a questionnaire. I don't know exactly
22 where you're getting at with this, but if it was
23 for the Suffolk County Police Academy, which I
24 don't know what year that was, then that was the
25 application..

Page 187

RICHARD BOSETTI

1
2     Q  If you look under that, it says "LIC   2:07:58PM
3  app."
4     A  I'm sorry? Yes.               2:08:02PM
5     Q  And you have across January 16th,     2:08:05PM
6  1976?
7     A  Yes.                        2:08:09PM
8     Q  And it looks like you're applying for  2:08:10PM
9  a pistol application there; is that correct?
10    A  Yes. This is pretty good.          2:08:13PM
11    Q  That's when you got the pistol        2:08:15PM
12 application, and then you filled them out?
13    A  Yeah. That was for target for me.   2:08:18PM
14 That was before I was a police officer.
15    Q  So in 1976, you applied for a pistol   2:08:20PM
16 application?
17    A  Target pistol, target permit, because  2:08:23PM
18 I wasn't a police officer.
19    Q  Then January 11th, '02 Nassau         2:08:26PM
20 County, it looks here as though you're applying
21 for a pistol permit in Nassau County, correct?
22    A  Yes.                        2:08:35PM
23    Q  Do you recall applying in '02 for the  2:08:35PM
24 pistol permit?
25    A  Yes.                        2:08:40PM

Page 188

RICHARD BOSETTI

1
2     Q  And that's the permit you testified to 2:08:40PM
3  before?
4     A  Yes.                        2:08:42PM
5     Q  That's the full carry permit?        2:08:43PM
6     A  Yes, uh-huh.                 2:08:44PM
7     Q  And that was issued in January of '02, 2:08:45PM
8  it appears?
9     A  Yes. That might have been when I did  2:08:49PM
10 the application. I think I got the pistol
11 permit sometime after January 25th.
12    Q  Okay. Now, on May 18th, 2005 it      2:08:57PM
13 references a New York State Department ST LIC
14 DIV.
15       Do you see that?                2:09:07PM
16    A  Yes.                        2:09:08PM
17    Q  And the type is other.             2:09:08PM
18       Do you see that?                2:09:09PM
19    A  Yes.                        2:09:10PM
20    Q  Do you know what that refers to?      2:09:11PM
21    A  No.                         2:09:12PM
22    Q  So in May of '05, you don't recall    2:09:12PM
23 filling out an application for some sort of
24 license?
25    A  Yes. Yeah.                   2:09:19PM

47 (Pages 185 to 188)

Page 189

RICHARD BOSETTI

1
2    Q    What is that for?                    2:09:21PM
3    A    If this is for when I bought a .380   2:09:22PM
4  Cal Tech, that's the only thing I did can think
5  of, '05.
6    Q    What's a .380 Cal Tech?             2:09:30PM
7    A    It's a pocket semiautomatic pistol.  2:09:32PM
8    Q    And do you recall whether you actually  2:09:35PM
9  filled out an application for that in May of
10 '05?
11   A    Yeah.  If that's for that gun, I had  2:09:44PM
12 to fill out an application.
13   Q    But you don't know one way or the    2:09:48PM
14 other whether that's for that gun?
15   A    This has to be that, because that's   2:09:53PM
16 about the time when I bought that gun, around
17 that time.
18   Q    Now, I just want to focus back on your  2:10:03PM
19 job with the Ocean Beach Police Department.
20   A    Yeah, sure.                          2:10:09PM
21   Q    Did you have any authority to make    2:10:10PM
22 arrests?
23   A    Yes.                                 2:10:12PM
24   Q    And was there a certain jurisdictional  2:10:13PM
25 limit in which you had the authority to make an

Page 190

RICHARD BOSETTI

1
2  arrest?
3    A    Jurisdictional limits?               2:10:20PM
4    Q    Yes.                                 2:10:21PM
5        MR. NOVIKOFF:  Objection.            2:10:22PM
6    A    I would think you had in your        2:10:24PM
7  geographical area of employment -- I'm not even
8  sure.  I can't answer that.
9    Q    So you don't know if your powers of   2:10:35PM
10 arrest extended beyond your geographical area of
11 employment?
12   A    My powers of arrest extended all      2:10:41PM
13 through New York State.
14   Q    So you had jurisdictional power, for   2:10:46PM
15 example, to arrest somebody in Central Islip
16 while you were a police officer in Ocean Beach?
17   A    Yes.  Depending on the crime, and     2:10:52PM
18 that's where I'm a little bit confused.  If it's
19 a misdemeanor, you have to witness it.  You
20 know, it goes like that.  So --
21   Q    I'm not sure what you mean by that.    2:11:04PM
22   A    Well, if you're out of -- in other    2:11:05PM
23 words, when I was a city police officer, I had
24 powers all through the state.  I don't know if
25 they changed it, because that was a long time

Page 191

RICHARD BOSETTI

1
2  ago.  But if there was a misdemeanor taking
3  place, you could not lock the person up unless
4  you witnessed it.  If somebody came up to you
5  and said, hey, that guy just did this and it's a
6  misdemeanor, sorry, I can't lock him up.  If he
7  did it in front of your eyes and you actually
8  saw the guy, you could lock him up.
9        Felonies, if somebody comes up to you   2:11:29PM
10 and says, hey, this guy just raped a girl, you
11 don't have to see it, you could take police
12 action.
13       Now, that's the way it was years ago.   2:11:36PM
14 If the laws changed, I don't know.
15   Q    But is that the same within your       2:11:40PM
16 geographical area of employment as it is outside
17 your area of geographical area of employment?
18   A    I would think that being I was a       2:11:49PM
19 police officer in Ocean Beach, that would have
20 been the same powers as if I was Upstate New
21 York, with those limitations that I just
22 explained to you.
23   Q    So just so I'm clear from your         2:11:58PM
24 explanation, so when you were a police officer
25 at Ocean Beach -- were you a police officer in

Page 192

RICHARD BOSETTI

1
2  any other jurisdiction other than for Ocean
3  Beach?  I mean were you employed by any other
4  jurisdiction at that time?
5    A    No.                                  2:12:12PM
6    Q    Okay.  So at the time you were        2:12:13PM
7  employed as a police officer in Ocean Beach and
8  you witnessed a misdemeanor out in Central
9  Islip --
10   A    Yes.                                 2:12:24PM
11   Q    -- did you have the authority to      2:12:24PM
12 arrest the person who committed the misdemeanor
13 out in Central Islip?
14       MR. NOVIKOFF:  Objection.            2:12:32PM
15   A    Unless the laws changed, if it        2:12:32PM
16 happened in front of me, yes.
17   Q    Even though it was outside the        2:12:36PM
18 geographical area of your employment?
19       MR. NOVIKOFF:  Objection.            2:12:40PM
20   A    Yes.  Peace officers have geographical  2:12:40PM
21 areas of employment.  Police officers actually
22 are police officers all through the state.  The
23 limitations when it comes to the geographical
24 area of employment is when it comes to
25 misdemeanors.  And of course when it comes to

9c25d064-2409-42b6-86d8-7296043178a5

Page 193

RICHARD BOSETTI

1
2    violations, you have no -- you can't give a red
3    light up in Upstate New York.
4        Q    So if you're driving along and        2:12:58PM
5    somebody runs a red light in Central Islip and
6    you're a police officer in Ocean Beach, you
7    couldn't pull a person over and write a ticket?
8        A    No.                    2:13:09PM
9        MR. NOVIKOFF:  Objection.        2:13:09PM
10   BY MR. GOODSTADT:                2:13:10PM
11       Q    What was the answer to that?    2:13:13PM
12       A    No.                    2:13:14PM
13       Q    And when you were employed as a police 2:13:18PM
14   officer in Ocean Beach, you had the authority to
15   issue summons?
16       MR. NOVIKOFF:  Where?            2:13:25PM
17       A    Could I go back to that last question? 2:13:26PM
18       MR. NOVIKOFF:  In Ocean Beach.        2:13:29PM
19       A    Could I go back to that last question? 2:13:30PM
20       Q    Certainly can.            2:13:31PM
21       A    I'm not sure about that, if I had    2:13:31PM
22   the authority -- if I didn't have the authority
23   to do it, to write a summons for a red light
24   outside of Ocean Beach, because it's still
25   Suffolk County.

Page 194

RICHARD BOSETTI

1
2        Q    Did you ever write a summons to anyone 2:13:41PM
3    outside of Ocean Beach while you were employed
4    as a police officer in Ocean Beach?
5        A    No.  But Joe Nofi did it off duty on  2:13:48PM
6    the way to the range one time outside a bagel
7    place.
8        Q    That wasn't the question.  The      2:13:53PM
9    question was whether you ever wrote a summons
10   outside of Ocean Beach when you were employed as
11   a police officer at Ocean Beach.
12       A    If it wasn't one of the surrounding   2:14:05PM
13   towns, like the bordering towns of Ocean Beach,
14   I can't recall if I did or not.  But outside
15   like on the mainland, no.
16       Q    So outside of Fire Island, you didn't  2:14:16PM
17   write any summons?
18       A    No.  Unless you know something I      2:14:20PM
19   don't.  I don't recall.
20       Q    And you had the authority to arrest in 2:14:27PM
21   2002?
22       MR. NOVIKOFF:  Objection.  Leading.  2:14:32PM
23       A    Not all of 2002.            2:14:34PM
24       Q    Starting in May of 2002?        2:14:36PM
25       A    Yes.                    2:14:38PM

Page 195

RICHARD BOSETTI

1
2        Q    And '03 you had the authority to      2:14:39PM
3    arrest in Ocean Beach?
4        MR. NOVIKOFF:  Objection.        2:14:42PM
5        A    Yes.                    2:14:42PM
6        Q    And in '04 you had the authority to   2:14:43PM
7    arrest in Ocean Beach?
8        MR. NOVIKOFF:  Objection.        2:14:46PM
9        A    Yes.                    2:14:47PM
10       Q    And '05, let's take the first three   2:14:47PM
11   quarters of '05.  Between January and September
12   of 2005, you had the authority to arrest in
13   Ocean Beach?
14       MR. NOVIKOFF:  Objection.        2:14:57PM
15       A    Yes.                    2:14:57PM
16       Q    Who granted you that authority?      2:14:58PM
17       MR. NOVIKOFF:  Objection.        2:15:00PM
18       A    I guess the mayor of Ocean Beach,    2:15:02PM
19   whoever swore me in.
20       Q    Who swore you in?            2:15:09PM
21       A    I don't recall.  I don't recall.    2:15:10PM
22       Q    Was it Natalie Rogers?        2:15:17PM
23       A    I don't recall.            2:15:18PM
24       Q    Did you make any arrests between 2002 2:15:21PM
25   and September of 2005?

Page 196

RICHARD BOSETTI

1
2        A    I don't think I've ever made an arrest 2:15:25PM
3    out there.
4        Q    Did you issue any summonses between   2:15:28PM
5    2002 and September of 2005?
6        A    A couple.                2:15:33PM
7        Q    How many?                2:15:34PM
8        A    I'm guessing, maybe five.        2:15:36PM
9        Q    Five in that five-year period?      2:15:38PM
10       A    Five-year?  2002 to 2005, three years. 2:15:40PM
11       Q    It's four years.  2002 season, 2003   2:15:44PM
12   season, 2004 season, 2005 season.
13       A    Yeah.. Maybe a little more.  Maybe    2:15:49PM
14   seven.
15       Q    Were you ever instructed not to issue 2:15:57PM
16   summons to certain establishments?
17       A    To certain establishments?        2:16:01PM
18       Q    Yes.                    2:16:03PM
19       A    No.                    2:16:04PM
20       Q    You were never issued not to issue    2:16:04PM
21   summons to CJ's?
22       A    No.                    2:16:10PM
23       Q    You were never told not to issue      2:16:11PM
24   summons to Maguire's?
25       A    No.                    2:16:17PM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 197

RICHARD BOSETTI

1
2    Q    Have you ever been to McGuire's?    2:16:18PM
3    A    That's the bar -- oh, no, I'm sorry.    2:16:20PM
4    I still don't know the bar.  Yeah, I've been to
5    McGuire's.
6    Q    Did you ever consume any alcoholic    2:16:24PM
7    beverages while on duty at Ocean Beach?
8         MR. NOVIKOFF:  Objection.  Asked and    2:16:29PM
9    answered.
10    A    Yeah.                     2:16:30PM
11    Q    How many times?           2:16:30PM
12    A    If I was invited to a barbecue and    2:16:32PM
13    they gave me a burger and I had a beer, it would
14    be like that.
15    Q    How many times did that happen?    2:16:41PM
16    A    I don't know.  I don't know.  More    2:16:44PM
17    than once.
18    Q    Were you in uniform at the time?    2:16:51PM
19    A    Yes.                      2:16:52PM
20    Q    Who have you -- who was with you on    2:17:00PM
21    those occasions in which you drank a beer while
22    you were in uniform and on duty?
23    A    I don't know.             2:17:09PM
24    Q    Was your brother with you?    2:17:10PM
25    A    I don't know.             2:17:11PM

Page 198

RICHARD BOSETTI

1
2    Q    Do you recall anyone else who was with    2:17:13PM
3    you?
4    A    No.  I can't recall.          2:17:16PM
5    Q    Was George Hesse with you on any of    2:17:19PM
6    those occasions?
7    A    George, no.               2:17:22PM
8    Q    Was Arnold Hardman with you on any of    2:17:23PM
9    those occasions?
10    A    No.                      2:17:27PM
11    Q    Did you ever drink while you were on    2:17:33PM
12    duty, other than for at a barbecue?
13         MR. NOVIKOFF:  Objection.    2:17:39PM
14    A    Other than a barbecue, no.    2:17:40PM
15    Q    You never had a drink in a bar while    2:17:42PM
16    you were on duty?
17    A    In a bar, no.  In the barracks at my    2:17:46PM
18    lunch.
19    Q    So in the barracks, you had a drink    2:17:49PM
20    while on duty?
21    A    While on my lunch break, I had a beer.    2:17:52PM
22    Q    How many times?           2:17:55PM
23    A    More than once.           2:17:56PM
24    Q    How many times?           2:18:02PM
25    A    I don't know.  If I felt like having a    2:18:03PM

Page 199

RICHARD BOSETTI

1
2    beer with my meatball hero, I'd have a beer.
3    Q    Any policies regarding drinking while    2:18:11PM
4    on duty?
5         MR. NOVIKOFF:  Objection.    2:18:13PM
6    A    Yeah.  From what I understand, I don't    2:18:14PM
7    know who told me, it was okay for you to have a
8    beer with your lunch.
9    Q    Do you recall when you learned that    2:18:24PM
10    policy?
11    A    No, I don't recall that.    2:18:29PM
12    Q    You don't recall who told you that?    2:18:31PM
13    A    No.                      2:18:32PM
14    Q    Did George Hesse tell you that ever?    2:18:34PM
15    A    He might have.  I don't know.    2:18:36PM
16    Q    Did Chief Paradiso ever tell you that?    2:18:39PM
17    A    No.                      2:18:41PM
18    Q    Did you ever witness George Hesse    2:18:44PM
19    drinking while he was on duty?
20    A    Never.                    2:18:47PM
21    Q    Did you ever witness Chief Paradiso    2:18:49PM
22    drinking while he was on duty?
23    A    No.                      2:18:53PM
24    Q    Did you ever witness any of the    2:18:53PM
25    plaintiffs in this case drinking while on duty?

Page 200

RICHARD BOSETTI

1
2    A    At the checkpoint.            2:19:00PM
3    Q    Who did you witness drinking at the    2:19:01PM
4    checkpoint?
5    A    Well, Kevin don't drink.  Well, like    2:19:04PM
6    we'd go out to the car and have a few beers in
7    there after work, and the guys that were on duty
8    would pull in and they'd grab a beer, and you
9    know, Carter would have a beer.  I think Tom
10    Snyder had a beer.  And then they'd go off to
11    work.
12    Q    So you recall seeing Tom Snyder drink    2:19:23PM
13    a beer prior to going to work?
14    A    Yes.                      2:19:27PM
15    Q    When did that happen?        2:19:28PM
16    A    I don't know.             2:19:29PM
17    Q    How many times did it happen?    2:19:31PM
18    A    More than once.           2:19:32PM
19    Q    How many?                2:19:33PM
20    A    Less than 10.             2:19:34PM
21    Q    Somewhere between one and 10?    2:19:35PM
22    A    Yeah.  Less than that even.    2:19:37PM
23    Q    What years did it happen?    2:19:38PM
24    A    I don't know.             2:19:40PM
25    Q    Did you witness Tom Snyder allegedly    2:19:46PM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 201

RICHARD BOSETTI

```
1
2   drink any beer other than for at the checkpoint?
3       A   No.                        2:19:52PM
4       Q   Was Tom Snyder on duty when he was at   2:19:52PM
5   the checkpoint?
6       A   Yes.                       2:19:56PM
7       Q   How many times did you witness Ed   2:19:56PM
8   Carter drink beer at the checkpoint?
9       A   I can't be accurate with that.  Once,   2:20:01PM
10  a couple.
11      Q   Once or a couple?          2:20:05PM
12      A   Yes.                       2:20:07PM
13      Q   When did you witness him drinking the   2:20:07PM
14  beer?
15      A   When we'd open up the trunk, have a   2:20:10PM
16  couple of beers.
17      Q   Did you ever have a drink in the   2:20:15PM
18  police vehicle?
19      A   No.                        2:20:17PM
20      Q   Did you ever report Ed Carter for   2:20:20PM
21  drinking before he went out for work?
22      A   I wouldn't do that.            2:20:24PM
23      Q   Did you ever report Tom Snyder   2:20:25PM
24  drinking prior to going out to work?
25      A   I wouldn't do that.            2:20:31PM
```

Page 202

RICHARD BOSETTI

```
1
2       Q   Why not?                   2:20:32PM
3       A   Because I'm not like one of them.   2:20:33PM
4       Q   What do you mean by that?   2:20:34PM
5       A   Bogus reports, trying to get other   2:20:35PM
6   officers into trouble.
7       Q   You're not a rat like them?   2:20:39PM
8       MR. NOVIKOFF: Objection.       2:20:41PM
9       A   What's that?               2:20:46PM
10      Q   Is that what you're referring to,   2:20:47PM
11  you're not a rat like them?
12      A   That's not how I meant it.  I'm just   2:20:50PM
13  saying if they have a hard-on for somebody, you
14  don't know what they're gonna do.
15      Q   What do you mean by that?   2:20:57PM
16      A   Goes back to the Halloween incident.   2:20:58PM
17      Q   I'm not sure what you mean by "they   2:21:05PM
18  have a hard-on for somebody, you don't know what
19  they're gonna do."
20      A   In other words, if they don't like   2:21:10PM
21  you, from what I've learned, they'd screw you.
22      Q   And your basis of that is Halloween?   2:21:15PM
23      A   Yes.                       2:21:17PM
24      Q   Do you have any other basis for that   2:21:18PM
25  statement?
```

Page 203

RICHARD BOSETTI

```
1
2       A   I'll sleep on it tonight.  I'm sure I   2:21:22PM
3   could come up with a few more.  But no, not
4   right now.
5       Q   Is there anything that you can think   2:21:26PM
6   of that would refresh your recollection, other
7   than for sleep?
8       A   No.                        2:21:30PM
9       Q   Isn't it true that Ed Carter had to   2:21:40PM
10  get the police cell phone from you at CJ's?
11      MR. NOVIKOFF: Objection.  Leading.   2:21:48PM
12      A   Police cell phone from me at CJ's?   2:21:50PM
13  Sure, when I was off duty, when they're late.
14      Q   When they're late and you're off duty,   2:22:00PM
15  you're in CJ's?
16      A   If I'm waiting on them and my tour of   2:22:04PM
17  duty is up, then I'd stop into CJ's.
18      Q   Did you ever go into CJ's when you   2:22:09PM
19  were on duty, other than for police business?
20      A   Sure.                      2:22:15PM
21      Q   Did you ever have a drink at CJ's --   2:22:16PM
22      A   No.                        2:22:19PM
23      Q   -- while you were on duty, other than   2:22:19PM
24  for -- well, strike that.
25          Did you ever have a drink at CJ's   2:22:20PM
```

Page 204

RICHARD BOSETTI

```
1
2   while you were on duty?
3       A   No.                        2:22:24PM
4       Q   How many times were you relieved by   2:22:27PM
5   the next tour while you were at CJ's?
6       A   Many times.                2:22:34PM
7       Q   How many?                  2:22:35PM
8       A   I don't know.              2:22:37PM
9       Q   Sir, is it your testimony that every   2:22:39PM
10  time that happened, it was because the next tour
11  was late?
12      A   No, no, not at all.  I'm just saying   2:22:45PM
13  Ed Carter said something, and I justified what
14  he said.  If that did happen, that he had to get
15  the police radio, it's usually because he's
16  late.
17      Q   Sir, I asked you if you ever had to be   2:22:55PM
18  relieved at CJ's, and you said many times.
19      A   If I ever had been --          2:23:00PM
20      Q   Relieved by the next tour at CJ's, and   2:23:02PM
21  you said many times.
22      A   Yes.                       2:23:06PM
23      Q   My question to you is:  Each of those   2:23:06PM
24  times that you were relieved in CJ's because the
25  next tour was late?
```

51 (Pages 201 to 204)

9c25d064-2409-42b6-86d8-7296043178a5

## Page 205

RICHARD BOSETTI

1
2     A    No, not at all.
3     Q    So there were times that you were        2:23:15PM
4  relieved in CJ's by the next tour while they
5  were on time?
6     A    See, now, that's a trick question,       2:23:29PM
7  because "on time" could be they got there 10
8  after 12, quarter after 12, which sometimes
9  Snyder wouldn't get to the checkpoint until a
10  quarter after 12, which means he's 45 minutes
11  late.
12     Q    So my question to you is:  Of the many  2:23:46PM
13  times that you've been relieved in CJ's --
14     A    Yes.                              2:23:51PM
15     Q    -- by the next tour, was that a result  2:23:51PM
16  of the next tour being late each time?
17     A    I can't answer that for sure.  I don't  2:23:57PM
18  know.
19     Q    Have you ever been relieved at CJ's at  2:24:01PM
20  the end of your tour?
21     A    Excuse me?                        2:24:04PM
22     Q    Have you ever been relieved at CJ's at  2:24:05PM
23  12:00, at the end of your tour?
24     A    At CJ's at 12:00 at the end of the      2:24:10PM
25  tour.  Let's see.  We got 15 minutes to change.

## Page 206

RICHARD BOSETTI

1
2  Yeah, it's possible I was in CJ's a few minutes
3  before 12.  And it's possible that if Snyder was
4  working, maybe once in a while he was early, on
5  time, or if other guys were working, they'd come
6  in.  Sometimes, you know, even the midnight guys
7  even showed up on time, like 20 to, because
8  they're supposed to get to the checkpoint at
9  11:30.  It all depends who was working.  Some of
10  the guys are prompt, some guys aren't.
11     Q    Right.  But at the times that you were  2:24:42PM
12  relieved at midnight at CJ's, what were you
13  doing at CJ's prior to the end of your tour?
14     A    Talking, maybe having a beer.     2:24:50PM
15     Q    So you were having a beer at CJ's       2:24:52PM
16  prior to the end of your tour?
17     A    Yes, in my civilian clothes -- not     2:24:55PM
18  prior to the end of my -- no, no, no, no.
19     I worked -- you start at 3:30 in the        2:25:00PM
20  afternoon, even the times are different on the
21  time card..  The midnight guys are supposed to
22  start at 11:30.  Now, even though you still work
23  till 12, it's like off the record.  You still do
24  your eight hours.  I got paid for eight hours,
25  and that's it.  So that in between time is for

## Page 207

RICHARD BOSETTI

1
2  getting dressed, and that's it.
3     Q    Were you being paid to work from 4 to   2:25:23PM
4  12 by the Village of Ocean Beach?
5     A    Yes.                              2:25:32PM
6     Q    So those times that you were having a   2:25:32PM
7  beer prior to 12:00 at CJ's, you were on the
8  clock, getting paid by Ocean Beach, correct?
9     A    No.  I'm not going to answer that       2:25:40PM
10  question again like that either.
11     When 4 to 12 starts -- there are          2:25:44PM
12  certain tours that they automatically call 4 to
13  12s.  You know, you might start half an hour
14  before, get off at 11:30, that's a 4 to 12 tour.
15  Now, just because it's 4 to 12, that doesn't
16  mean at 11:30 I can't go upstairs, get changed
17  and my tour is over.
18     But if you want to use awful these         2:26:02PM
19  bits and pieces, like oh yeah, then you were --
20  yeah, just like he was padding the payroll,
21  always being late and, you know, charging either
22  Islip or Ocean Beach for the times.  And I'm
23  talking about Snyder with his other job, when he
24  used to come in and leave early from his job and
25  then come here, or leave late, and somebody's

## Page 208

RICHARD BOSETTI

1
2  got to pay for those times.
3     Q    Let's focus on that allegation about    2:26:28PM
4  Snyder for a second.
5     What's the basis of your belief that        2:26:32PM
6  that happened?
7     A    He'd come in in another uniform or      2:26:35PM
8  change.
9     Wait, I gotta take that back.  He was       2:26:40PM
10  in uniform.  It might not have been in another
11  uniform.  I'm sorry, Tommy.  I can't do that.  I
12  can't say that for sure.  But he was in a
13  uniform.  It might have been the Ocean Beach
14  uniform.
15     Q    So you don't know?                2:26:51PM
16     A    But he was always calling, I'm gonna    2:26:51PM
17  be late, I'm gonna be late, I'm gonna be late.
18     No, you don't know for sure, but come       2:26:56PM
19  on.
20     Q    Well, come on what?  I'm trying to      2:26:58PM
21  find out what you know today.  That's the
22  purpose of this deposition.  I'm not asking you
23  what you're guessing about.
24     A    All right.                        2:27:05PM
25     Q    I'm not asking you to speculate.        2:27:06PM

Page 209

RICHARD BOSETTI

1
2     A    Well, you're guessing when you're      2:27:08PM
3  asking me about this 4 to 12 stuff also.
4     Q    **I'm not guessing at anything.  I'm**      2:27:12PM
5  **asking you questions, sir.**
6     A    Yeah.  I think he was padding the      2:27:15PM
7  payroll.  That's all I can say.
8     Q    **And what's the basis of that**      2:27:19PM
9  **allegation?**
10     A    Because if he gets off of work at one      2:27:21PM
11  place at 11:30 or 12, I don't know how he could
12  fly over to here.  He's supposed to be at the
13  checkpoint at 11:30, but he gets there at 12 or
14  after 12.  And then sometimes we would have to
15  wait because the late tour was -- the midnight
16  tour was late coming in because they had to wait
17  for Tommy.
18        Now, look up the records.  All those      2:27:45PM
19  times he was late.  How come he didn't get
20  docked?
21     Q    **Did you ever complain to anyone about**      2:27:51PM
22  **that?**
23     A    Everybody knew that.      2:27:53PM
24     Q    **The question was whether you ever**      2:27:55PM
25  **complained to anyone about that.**

Page 210

RICHARD BOSETTI

1
2     A    I never went to a boss and complained..      2:27:59PM
3     Q    **Did you ever complain to anybody about**      2:28:01PM
4  **it?**
5     A    Guys talking.      2:28:04PM
6     Q    **Which guys?**      2:28:05PM
7     A    Well, Ty Bacon's an honest guy.  I'm      2:28:09PM
8  sure when he's here next, you can ask him that.
9  Anybody.  You could ask Frank.  You could ask
10  Kevin.
11     Q    **Sir, you're the one who testified that**      2:28:23PM
12  **you complained to other guys about it.  I asked**
13  **which guys.  You said I can ask Ty Bacon.  That**
14  **doesn't answer the question.**
15        **My question is:  Which guys did you**      2:28:32PM
16  **complain to about your allegation that Tom**
17  **Snyder was padding the payroll?**
18     A    It was probably a different bunch of      2:28:36PM
19  guys --
20     Q    **Name them.**      2:28:40PM
21     A    -- that were working, which I worked      2:28:41PM
22  with different guys every 4 to 12, that were
23  waiting for him to come in.
24     Q    **Tell me the guys you complained to.**      2:28:47PM
25     A    I can't tell you for sure.      2:28:49PM

Page 211

RICHARD BOSETTI

1
2     Q    **Names.**      2:28:50PM
3     A    I can't name them for sure.      2:28:51PM
4     Q    **You don't know a single guy that you**      2:28:52PM
5  **complained to?**
6     A    No, I can't name them for sure.  If      2:28:55PM
7  they were working with me, I'm sure they would
8  be talking.
9     Q    **Didn't you write a letter to Tom**      2:29:00PM
10  **Snyder's house about that?**
11     A    Never.  Never.  I heard about that      2:29:03PM
12  letter.
13     Q    **Who did you hear about that letter**      2:29:05PM
14  **from?**
15     A    Tom Snyder or George.      2:29:08PM
16     Q    **We'll get to that letter a little bit**      2:29:12PM
17  **later on.**
18        **Did you ever have a drink inside the**      2:29:15PM
19  **station, an alcoholic drink?**
20     A    Off duty, yeah, I did.      2:29:21PM
21     Q    **What did you drink inside the station?**      2:29:22PM
22     A    Probably beer.      2:29:24PM
23     Q    **Did you ever have a rocket fuel in the**      2:29:25PM
24  **station?**
25     A    If it was hot, maybe.      2:29:28PM

Page 212

RICHARD BOSETTI

1
2     Q    **What do you mean, if it was hot,**      2:29:30PM
3  **maybe?**
4     A    If it was rocket fuel, you know, if      2:29:33PM
5  you felt like having something ice cold, when I
6  was off duty, I would have a rocket fuel.
7     Q    **What is rocket fuel?**      2:29:42PM
8     A    I think it's Bacardi rum, coconut      2:29:43PM
9  juice and slushed ice.
10     Q    **Who delivered the rocket fuel to the**      2:29:50PM
11  **station?**
12     A    Picked them up.      2:29:54PM
13     Q    **Who picked them up?**      2:29:55PM
14     A    I did.      2:29:56PM
15     Q    **So you picked them up and brought them**      2:29:56PM
16  **back to the station?**
17     A    Yes.      2:29:59PM
18     Q    **Where did you pick them up from?**      2:29:59PM
19     A    CJ's.      2:30:01PM
20     Q    **Paul Conway ever deliver rocket fuel**      2:30:03PM
21  **to the station?**
22     A    Who?      2:30:07PM
23     Q    **Paul Conway?**      2:30:07PM
24     A    Paul Conway?  Paul Conway..  No, I      2:30:09PM
25  don't recall Paul Conway ever bringing them to

TSG Reporting - Worldwide      877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 213

RICHARD BOSETTI

1  the station.
2      Q    Do you know who Paul Conway is?        2:30:16PM
3      A    If it's little Paulie, yes.  I knew    2:30:18PM
4  them since they were kids.
5      Q    Did he ever work at CJ's, Paul Conway? 2:30:22PM
6      A    Yeah.                                  2:30:25PM
7      Q    Do you recall him ever delivering      2:30:26PM
8  rocket fuels to the station?
9      A    No.                                    2:30:28PM
10     Q    Who paid for the rocket fuels?         2:30:28PM
11     A    I have no idea.  Well, if I bought     2:30:30PM
12 them, I paid for them, you know.  But if anybody
13 else came in with them, I guess they paid for
14 them.
15     Q    Did you ever bring any rocket fuels    2:30:39PM
16 back to the station for other people to drink?
17     A    You know what, I think I brought one   2:30:48PM
18 in for Dave Gurden.  G-U-R-D-E-N.
19     Q    When did you bring in a rocket fuel    2:31:01PM
20 for Mr. Gurden?
21     A    He wanted one.                         2:31:05PM
22     Q    When did you bring it in for him?      2:31:06PM
23     A    I don't know.                          2:31:08PM
24     Q    You don't recall what year it was?     2:31:08PM

Page 214

RICHARD BOSETTI

1      A    He worked there one -- he worked there 2:31:10PM
2  two years, so you gotta figure out what years he
3  worked there.
4      Q    Did you ever witness anyone else drink 2:31:16PM
5  rocket fuels in the station other than for
6  yourself and Mr. Gurden?
7      A    There probably was, but I don't know   2:31:22PM
8  who.
9      Q    When you drank those rocket fuels in   2:31:25PM
10 the station, were you in uniform?
11         MR. NOVIKOFF:  Objection.              2:31:30PM
12     A    Yeah.  No, I don't think so.           2:31:31PM
13     Q    You don't know one way or the other?   2:31:33PM
14     A    Because if I was in uniform, I'd still 2:31:35PM
15 be working.
16     Q    My question is:  You don't recall one  2:31:38PM
17 way or the other whether you were in uniform?
18     A    No.  No.  But I was off duty..         2:31:42PM
19     Q    How many times did you drink rocket    2:31:51PM
20 fuel in the station?
21     A    I don't know.                          2:31:55PM
22     Q    Did you ever witness George Hesse      2:31:57PM
23 drink rocket fuel in the station?
24     A    Never.                                 2:32:00PM

Page 215

RICHARD BOSETTI

1      Q    Did you ever hear of the plaintiffs or 2:32:03PM
2  any of the plaintiffs complaining that they had
3  to clean up the station from the cups that were
4  left from the rocket fuels?
5      A    I complained of these guys chowing     2:32:11PM
6  down with their pizzas and leaving boxes of crap
7  all over the place, and we had to come in the
8  next day.  They never emptied the garbage.  They
9  never cleaned the barracks.
10     Q    Sir, I'll ask the question again..     2:32:25PM
11         Did you ever whether any of the        2:32:27PM
12 plaintiffs complained about the fact that they
13 had to clean up the cups of rocket fuel that
14 were left behind?
15     A    No.                                    2:32:34PM
16     Q    You never heard that?                  2:32:34PM
17     A    No.                                    2:32:35PM
18     Q    How many times -- did I ask -- how     2:32:43PM
19 many times did you drink rocket fuel in the
20 station?
21     A    I don't know.                          2:32:50PM
22     Q    Approximately?                         2:32:51PM
23     A    I don't know.                          2:32:51PM
24     Q    Under 10?                              2:32:52PM

Page 216

RICHARD BOSETTI

1      A    110?                                   2:32:53PM
2         MR. NOVIKOFF:  Objection.               2:32:54PM
3         MR. GOODSTADT:                          2:32:55PM
4      Q    Under 10?                              2:32:55PM
5      A    Maybe more than one.                   2:32:57PM
6      Q    Did you ever drink more than one       2:33:00PM
7  rocket fuel in one sitting at the station?
8      A    At the station, no.                    2:33:04PM
9      Q    How many times did you drink beer at   2:33:07PM
10 the station?
11         MR. NOVIKOFF:  In the station house?   2:33:09PM
12         MR. GOODSTADT:  Yeah, in the police    2:33:11PM
13 station house.
14     A    Off duty, a few times.                 2:33:16PM
15     Q    How many is a few?                      2:33:20PM
16     A    More than 10.                          2:33:21PM
17     Q    More than 20?                          2:33:24PM
18     A    Nah.                                   2:33:28PM
19     Q    Were you in uniform at any of those    2:33:35PM
20 times that you drank beer at the station?
21     A    Not that I know of.                    2:33:40PM
22     Q    So you don't recall one way or the     2:33:41PM
23 other?
24     A    No.                                    2:33:43PM

54  (Pages 213 to 216)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 217

RICHARD BOSETTI

```
 1              RICHARD BOSETTI
 2     Q    And the -- are there any policies    2:33:44PM
 3   about drinking alcohol in the station?
 4     A    I don't know.                2:33:48PM
 5     Q    So you don't know one way or the    2:33:49PM
 6   other?
 7     A    I don't know.                2:33:51PM
 8     Q    Did you ever drink a rocket fuel in    2:33:52PM
 9   the station prior to going on duty?
10     A    Nah.                        2:34:00PM
11     Q    You don't recall one way or the other?    2:34:01PM
12     A    No.                         2:34:03PM
13     Q    I believe you testified before that    2:34:04PM
14   you would drink a beer at times with your lunch
15   prior to going on duty.  Did you ever drink a
16   beer at the station prior to going on duty?
17     A    No.  I would say no.          2:34:15PM
18     Q    Did you ever have more than one beer    2:34:17PM
19   prior to going on duty?
20     A    Prior to going on duty?        2:34:20PM
21     Q    Yes.                        2:34:22PM
22     A    No.                         2:34:24PM
23     Q    And I believe you testified that you    2:34:27PM
24   never drank in the police truck; is that
25   correct?
```

Page 218

RICHARD BOSETTI

```
 1              RICHARD BOSETTI
 2     MR. NOVIKOFF:  Objection.          2:34:32PM
 3     A    Right.                      2:34:33PM
 4     Q    And you don't recall a time where you    2:34:34PM
 5   reached out the window and offered someone from
 6   the Suffolk County Police Department marine
 7   bureau a beer through the window of your truck?
 8     A    Offered another cop a beer?      2:34:46PM
 9     Q    An officer from the marine bureau,    2:34:48PM
10   yes.
11     MR. NOVIKOFF:  Is the question do you    2:34:50PM
12   recall?
13     MR. GOODSTADT:  Yeah.            2:34:52PM
14   BY MR. GOODSTADT:                   2:34:52PM
15     Q    Do you recall whether that happened?    2:34:52PM
16     A    No.                         2:34:54PM
17     Q    Did you ever hear plaintiffs complain    2:34:59PM
18   that they were required to clean up the truck
19   that had beer cans left in it?
20     A    No.                         2:35:06PM
21     Q    Never heard that?            2:35:06PM
22     A    No.                         2:35:07PM
23     Q    You testified that you at times drank    2:35:10PM
24   in the barracks; is that correct?
25     A    Yes.                        2:35:13PM
```

Page 219

RICHARD BOSETTI

```
 1              RICHARD BOSETTI
 2     Q    How many times did that happen?    2:35:14PM
 3     A    Every time I stayed over.        2:35:17PM
 4     Q    How many times did you stay over?    2:35:22PM
 5     A    Maybe twice a month.          2:35:26PM
 6     Q    Did you ever drink rocket fuels in the    2:35:34PM
 7   barracks?
 8     MR. NOVIKOFF:  Objection.          2:35:36PM
 9     A    It's possible.               2:35:37PM
10     Q    Possible?                   2:35:40PM
11     A    It's possible, yeah.          2:35:40PM
12     Q    Did you ever drink beer in the    2:35:41PM
13   barracks?
14     A    Oh, yeah.                   2:35:43PM
15     Q    How many times?              2:35:44PM
16     A    Whenever I stayed over.        2:35:48PM
17     Q    Who did you drink beer with in the    2:35:49PM
18   barracks?
19     A    Well, if my brother was with me, he    2:35:56PM
20   may have had a beer.  I can't honestly say I saw
21   any 4-to-12 guys have a beer in the barracks --
22   I mean the midnight guys have a beer in the
23   barracks with me.  That's it.  Oh, maybe Lonny.
24     Q    Lonny Augenbaugh?            2:36:17PM
25     A    Yeah.                       2:36:20PM
```

Page 220

RICHARD BOSETTI

```
 1              RICHARD BOSETTI
 2     Q    I think it's A-U-G-E-N-B-A-U-G-H.    2:36:20PM
 3     A    That's a hard one.           2:36:27PM
 4     MR. NOVIKOFF:  Andrew, just tell me    2:36:29PM
 5   when you're done with the alcohol line of
 6   questioning.  I have to make a phone call.
 7     MR. GOODSTADT:  Okay.            2:36:34PM
 8   BY MR. GOODSTADT:                   2:36:34PM
 9     Q    During the times that you drank beer    2:36:35PM
10   at the station, how did you get that beer?  Did
11   you bring it yourself to the station?
12     A    No.  No.                    2:36:44PM
13     Q    How did you get that beer?       2:36:45PM
14     A    That was usually -- it was beer that    2:36:46PM
15   was -- that was confiscated.
16     Q    So you drank that beer -- you drank    2:36:54PM
17   beer that police officers confiscated from
18   minors or people on the beach that weren't
19   supposed to have beers, et cetera?
20     MR. CONNOLLY:  Objection.          2:37:06PM
21     A    Right.  Right.               2:37:07PM
22     Q    Was there any policy with what was    2:37:08PM
23   supposed to happen with that beer?
24     A    No.                         2:37:11PM
25     Q    So it was your understanding that that    2:37:12PM
```

55 (Pages 217 to 220)

9c25d064-2409-42b6-86d8-729604317Ba5

Page 221

RICHARD BOSETTI

1
2   was just free to drink?
3     A   Yeah.  Properly.  I'm off duty.     2:37:15PM
4     Q   Did you ever request a specific brand   2:37:21PM
5   of beer to be brought back?
6     A   Frank asked me what kind of beer I     2:37:25PM
7   want.
8     Q   Frank asked you what kind of beer you   2:37:27PM
9   want?
10    A   Yes.  I'll get you beer tonight.  I'll   2:37:30PM
11  get you guys beer tonight.
12    Q   Did you respond to him when he asked   2:37:34PM
13  you that question?
14    A   I don't remember what I responded to.   2:37:36PM
15  All I said was, yeah, sure.
16    Q   When did that happen, that he asked   2:37:42PM
17  you what kind of beer you wanted?
18    A   I don't know.                   2:37:46PM
19    Q   Do you recall what year it was?     2:37:46PM
20    A   The first few years.           2:37:48PM
21    Q   Was anyone else present there?     2:37:51PM
22    A   Excuse me?                   2:37:53PM
23    Q   Was anyone else present when he     2:37:53PM
24  allegedly asked you that?
25    A   I don't know.                 2:37:57PM

Page 222

RICHARD BOSETTI

1
2     Q   On the nights that you stayed over and   2:38:03PM
3   drank in the barracks --
4     A   Yes.                       2:38:08PM
5     Q   -- how many drinks would you have each   2:38:08PM
6   night there?
7     A   In the barracks?               2:38:13PM
8     Q   Yes.                        2:38:14PM
9     A   Maybe a couple.               2:38:15PM
10    Q   And that would be in addition to     2:38:16PM
11  whatever you drank before coming back to the
12  barracks?
13    A   No, there was no before.  If I stayed   2:38:21PM
14  over, I went up to the barracks, had a couple of
15  drinks, changed my clothes and went out.  In
16  other words, we were there for the night, we'd
17  go out.
18    Q   Then you'd go out drinking after that?   2:38:31PM
19    A   Yeah.                       2:38:33PM
20    Q   How many times did that happen?     2:38:33PM
21        MR. NOVIKOFF:  That he stayed at the   2:38:35PM
22  barracks or they went out drinking?
23    A   A couple of times a month.       2:38:38PM
24    Q   A couple of the times a month, you   2:38:40PM
25  would stay and have some drinks at the barracks

Page 223

RICHARD BOSETTI

1
2   and go out after, drinking?
3     A   Yes.                        2:38:47PM
4     Q   And you would go out drinking at bars   2:38:47PM
5   in Ocean Beach?
6     A   Yes.                        2:38:50PM
7     Q   Which bars did you frequent?       2:38:50PM
8     A   CJ's, the one at the end that I can't   2:38:52PM
9   think of its name for some reason, McGuire's.
10  The Albatross, I didn't like.  That's about it.
11    Q   Houser's?                   2:39:10PM
12    A   Houser's.                   2:39:11PM
13    Q   Mermaid?                   2:39:15PM
14    A   I'm sorry.  The Albatross, I liked.  I   2:39:18PM
15  got the bars mixed up.  The Mermaid is the one I
16  didn't like.
17    Q   So you went out to the Albatross as   2:39:25PM
18  well?
19    A   Yeah.                       2:39:28PM
20    Q   Is there any policy regarding off-duty   2:39:28PM
21  police officers drinking in the village?
22    A   I don't know.                 2:39:33PM
23    Q   Nobody ever told you one way or the   2:39:34PM
24  other about a policy?
25    A   No.                         2:39:37PM

Page 224

RICHARD BOSETTI

1
2     Q   Did you ever discuss that issue at   2:39:47PM
3   all, the issue of drinking in bars while you
4   were off duty, with Chief Paradiso?
5     A   No.                         2:39:55PM
6     Q   Did you ever discuss the issue at all   2:39:55PM
7   with George Hesse?
8     A   Yes.                        2:39:59PM
9     Q   How many times?               2:40:00PM
10    A   The very end of last year.  He said, I   2:40:00PM
11  really don't want you guys hanging out out here.
12    Q   Did he tell you why?           2:40:06PM
13    A   No.  Just that, you know, just I guess   2:40:07PM
14  it was a good policy.  So we really didn't go
15  out that last year.
16    Q   What do you mean by it was a good   2:40:17PM
17  policy?
18        MR. NOVIKOFF:  Objection.       2:40:19PM
19    A   Yeah, I guess he didn't want the cops   2:40:20PM
20  hanging out in the bars after work.
21    Q   And that was at the end of the '07   2:40:25PM
22  season?
23    A   Yes.                        2:40:28PM
24    Q   Prior to that, did you ever speak to   2:40:29PM
25  him about drinking in the bars in Ocean Beach

56 (Pages 221 to 224)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 225

RICHARD BOSETTI

1
2    while you were off duty?
3        A    No.  Probably after the Houser's        2:40:37PM
4    incident, he might have gotten a little bent.  I
5    wish you guys didn't go out and stuff like that.
6    Small talk.
7            MR. NOVIKOFF:  Can you just read that    2:40:53PM
8    answer back.
9            (Whereupon, the requested portion was    2:41:08PM
10   read back by the court reporter:  No.
11   Probably after the Houser's incident he
12   might have gotten a little bent.  I wish you
13   guys didn't go out and stuff like that.
14   Small talk.)
15       Q    Did he instruct you not to go out?    2:41:10PM
16       A    Yeah, the last year.              2:41:12PM
17       Q    I'm talking about after the         2:41:13PM
18   Houser's -- the Houser's incident is the
19   Halloween incident, correct?
20       A    Yes.                        2:41:18PM
21       Q    That was in '04, right?            2:41:18PM
22       A    Yes.                        2:41:19PM
23       Q    Did he instruct you in '04, '05 not to  2:41:19PM
24   go out to the bars?
25           MR. NOVIKOFF:  "You" being Mr. Bosetti 2:41:25PM

Page 226

RICHARD BOSETTI

1
2    or the police in general?
3    BY MR. GOODSTADT:                    2:41:29PM
4        Q    Why don't we start with you.        2:41:29PM
5        A    It was around that time when he said,  2:41:30PM
6    you know, I wish you guys wouldn't go out after
7    work.
8        Q    Did he express a desire and his wish,  2:41:32PM
9    or did he actually say you guys shouldn't go
10   out?
11       A    No, he didn't say you guys can't go    2:41:38PM
12   out.  It wasn't on order like that.
13       Q    Did you follow his wish or did you    2:41:44PM
14   still go out?
15       A    Slowed down.                  2:41:48PM
16       Q    But then --                    2:41:49PM
17       A    Then the last year, I didn't go out   2:41:50PM
18   anymore.
19       Q    But '05, '06, you did?            2:41:53PM
20       A    Yeah, but not as much as '03 and '04.  2:41:55PM
21       Q    And when you left the bars, were there 2:41:58PM
22   nights where you went out to the bars and didn't
23   stay over?
24       A    Went out to the bars and didn't stay   2:42:09PM
25   over.

Page 227

RICHARD BOSETTI

1
2        Q    Meaning did you leave the bars and    2:42:12PM
3    then go home?
4        A    Yeah.                        2:42:15PM
5        Q    And how did you get out to the      2:42:15PM
6    checkpoint on those nights?
7        A    Someone would drive us.          2:42:19PM
8        Q    The cops that were on duty would drive 2:42:20PM
9    you?
10       A    Yeah.                        2:42:22PM
11       Q    Were they required to do that?      2:42:23PM
12       A    If I want to get off the island, you   2:42:24PM
13   know, yeah.  It wasn't -- it was courtesy.
14       Q    Do you know who instructed them to do 2:42:31PM
15   it?
16       A    No, I don't know.              2:42:33PM
17           MR. NOVIKOFF:  Objection.          2:42:34PM
18       A    There was no written rule that they   2:42:34PM
19   have to do that.
20       Q    Were there ever any verbal          2:42:38PM
21   instructions that they should do that?
22       A    No.                        2:42:41PM
23       Q    How would they know when it would be  2:42:43PM
24   time to come pick you up and take you off the
25   island?

Page 228

RICHARD BOSETTI

1
2        A    I'd go into the precinct and say can   2:42:49PM
3    we get a ride off.
4            MR. NOVIKOFF:  I'm sorry, what was    2:42:53PM
5    that answer?  You had your hand up.
6        A    I'd go into the precinct and say can   2:42:57PM
7    we get a ride off.
8        Q    How many times did that occur?      2:43:00PM
9        A    I don't know.  Five or six.  I'm     2:43:06PM
10   guessing at these things, you know, so...
11       Q    How long did it take to get off the   2:43:12PM
12   island or get to the checkpoint, I should say?
13       A    If they took the outside route, nine   2:43:17PM
14   minutes.  If they took the inside route, 20
15   minutes.
16       Q    So somewhere between 18 minutes and   2:43:28PM
17   40 minutes round-trip?
18       A    Yeah.                        2:43:34PM
19       Q    Depending on what route they took?    2:43:34PM
20       A    Uh-huh.                      2:43:36PM
21       Q    How many officers would take you?    2:43:37PM
22       A    One.                        2:43:39PM
23       Q    How many officers worked that shift?  2:43:40PM
24           MR. NOVIKOFF:  Objection.          2:43:42PM
25       A    Yeah, if it was the middle of the busy 2:43:43PM

9c25d064-2409-42b6-86d8-729604317805

Page 229

RICHARD BOSETTI

1    season, a good amount.
2    **Q   How many is a good amount?        2:43:49PM**
3    A   Five, six.              2:43:53PM
4    **Q   So one of the officers who was to be   2:43:54PM**
5    **patrolling the village would leave for 18 to 40**
6    **minutes to take you --**
7    A   Uh-huh.                2:44:02PM
8    **Q   -- to the checkpoint?          2:44:02PM**
9    A   Yeah.                  2:44:04PM
10   **Q   Did you ever hear that in any of the   2:44:10PM**
11   **plaintiffs' complaints, about having to take you**
12   **checkpoint.**
13   A   Complainants' complaint?    2:44:18PM
14   **Q   Any of the Plaintiffs' complaints.   2:44:19PM**
15   A   Yeah, sometimes you gotta pull them  2:44:19PM
16   out of bed.
17   **Q   What do you mean by that?       2:44:22PM**
18   A   They'd be in the barracks sleeping by  2:44:23PM
19   three --
20   **Q   Who would be in the barracks sleeping? 2:44:26PM**
21   A   Well, not Kevin.  Frank, not so much  2:44:28PM
22   either.  They were too busy being out there
23   giving their summonses.  Snyder and Carter, they
24   were like, boom, into the barracks.

Page 230

RICHARD BOSETTI

1    **Q   How many times --          2:44:39PM**
2    A   Why do you think they'd dislike us,   2:44:41PM
3    because we'd come in at 3:30 in the morning and
4    wake them up.
5    **Q   How many times did you see Mr. Carter 2:44:47PM**
6    **sleeping in the barracks?**
7    A   Numerous.              2:44:51PM
8    **Q   How many?            2:44:52PM**
9    A   More than 10..          2:44:52PM
10   **Q   How many?            2:44:54PM**
11   A   I can't say.  I can't say for sure.   2:44:56PM
12   **Q   More than 20?          2:44:57PM**
13   A   Let's keep it at more than 10.    2:45:01PM
14   **Q   While he was on duty?        2:45:03PM**
15   A   Yes.                2:45:05PM
16   **Q   In his uniform?          2:45:05PM**
17   A   Yes.                2:45:06PM
18   **Q   Did you ever complain to anyone about 2:45:07PM**
19   **it?**
20   A   Everybody knew.          2:45:09PM
21   **Q   What do you mean, everybody knew?   2:45:10PM**
22   A   Everybody knew that they'd come in and  2:45:12PM
23   go to bed.  They might stay up a couple of hours
24   and then -- that's why they weren't there the

Page 231

RICHARD BOSETTI

1    Halloween incident.  They were there all night,
2    and then when the crap hit the fan, they were
3    probably -- I wasn't a witness to this, but they
4    were probably in the barracks sleeping.
5    **Q   Sir, is it your testimony that they   2:45:29PM**
6    **were on duty the night of the Halloween**
7    **incident?**
8    A   They were on duty.        2:45:34PM
9    **Q   That Carter was on duty the night of  2:45:35PM**
10   **the Halloween incident?**
11   A   Not Carter.  Snyder was on duty.   2:45:37PM
12   **Q   But Snyder was at the bar, wasn't he,  2:45:39PM**
13   **after the police were called?**
14   A   He responded.          2:45:43PM
15   **Q   Right.            2:45:44PM**
16   A   And if you read some of the reports,  2:45:44PM
17   it took a long time for them to come.
18   **Q   What reports?          2:45:47PM**
19   A   Statements.  There were a couple of  2:45:48PM
20   statements there they make that -- they made
21   that statement.
22   **Q   Who made that statement?       2:45:51PM**
23   A   I don't know.  You have to read the  2:45:52PM
24   reports.  You got the copies, I think, sir.

Page 232

RICHARD BOSETTI

1    **Q   It's your testimony that Mr. Snyder   2:45:56PM**
2    **was sleeping in the barracks at that time?**
3    A   I didn't see him sleeping in the    2:46:00PM
4    barracks.  I just know what goes on.  And they
5    were there all night, and all of a sudden they
6    disappeared.
7    **Q   Is it true that Tom Snyder --      2:46:06PM**
8    MR. NOVIKOFF:  Whoa, whoa.  Was he   2:46:09PM
9    done with his answer?
10   THE WITNESS:  That's all right, I'll   2:46:12PM
11   stop there.
12   BY MR. GOODSTADT:              2:46:13PM
13   **Q   Isn't it true that Tom Snyder actually 2:46:14PM**
14   **picked up the cell phone when one of the calls**
15   **came in?**
16   MR. NOVIKOFF:  Objection.      2:46:16PM
17   A   Yeah, he sleeps with it.      2:46:17PM
18   **Q   He sleeps with the cell phone?     2:46:18PM**
19   A   Yeah.  What you do is you take the   2:46:20PM
20   phone from the precinct, you forward all the
21   calls to the precinct cell phone.  Then you go
22   up, you go to sleep; and when the thing rings,
23   you get up out of the bed and answer your call.
24   **Q   Was Mr. Fiorillo and Mr. Lamm in the  2:46:30PM**

9c25d064-2409-42b6-86d8-7296043178a5

Page 233

RICHARD BOSETTI

1
2  barracks too that night?  Is that your
3  testimony?
4      A   I didn't see them in the barracks,      2:46:35PM
5  because I wasn't up in the barracks.  But one
6  thing I can honestly say is Kevin, I never
7  really seen sleep and Frank maybe a couple of
8  times maybe laying down, but that ain't even
9  enough to complain about.
10     Q   But Carter was enough to complain      2:46:50PM
11  about?
12     A   Carter and Snyder are always sleeping. 2:46:52PM
13         MR. NOVIKOFF:  Note my objection to      2:46:54PM
14  the question, only because I don't think he
15  ever really complained about it.
16         MR. GOODSTADT:  That's what I'm going  2:46:59PM
17  to ask.
18  BY MR. GOODSTADT:                            2:47:01PM
19     Q   You insinuated that it was enough to   2:47:02PM
20  complain about.  But you didn't complain did
21  you, about Snyder sleeping or Carter sleeping?
22     A   No.  Everybody knew about it.  It was  2:47:05PM
23  well known.
24     Q   Well known by who?                     2:47:10PM
25     A   By the chief, by the other cops,       2:47:11PM

Page 234

RICHARD BOSETTI

1
2  everybody.
3      Q   Well known by Chief Paradiso?          2:47:14PM
4      A   As a matter of fact, the villages knew 2:47:17PM
5  it that after a certain time, the cops were up
6  there sleeping.
7      Q   The question was whether it was well   2:47:24PM
8  known by Chief Paradiso.  Is that your
9  testimony?
10     A   I'm sure it was.  He may not admit it. 2:47:26PM
11     Q   What is the basis for your belief that 2:47:28PM
12  it was well known by Chief Paradiso that Snyder
13  and Carter would sleep in the barracks during
14  their shift?
15     A   Because if he didn't know, he'd have   2:47:35PM
16  to be like the commander of F Troop..  I mean, it
17  happens all around you, you know.  Just he's the
18  chief.  He would know that.
19     Q   Did you ever discuss it with him?      2:47:42PM
20     A   No.                        2:47:44PM
21     Q   Did you ever discuss it with George    2:47:44PM
22  Hesse?
23     A   No.                        2:47:46PM
24     Q   Did George Hesse know about it?        2:47:47PM
25     A   Sure.                      2:47:49PM

Page 235

RICHARD BOSETTI

1
2      Q   How do you know that?                  2:47:50PM
3      A   Because it was a joke.          2:47:50PM
4      Q   Did you ever joke with George Hesse    2:47:52PM
5  about it?
6      A   Probably.                     2:47:54PM
7      Q   You just said you never discussed it   2:47:55PM
8  with him at any point in time.
9      A   Laughing, where were they last night,  2:47:59PM
10  probably up there, is one thing.  But going up
11  to him and saying, excuse me, excuse me, Chief,
12  excuse me, Sergeant, we got a real problem here,
13  if you mean that by discussion, no.  But joking
14  around about it, yes.
15     Q   I mean any discussion at any point in  2:48:10PM
16  time, jokes, serious --
17     A   Jokes, yeah.                  2:48:14PM
18     Q   -- formal complaint, informal         2:48:13PM
19  complaint.
20     A   Jokes.                     2:48:16PM
21     Q   How many times did you joke around     2:48:17PM
22  about it?
23     A   Oh great.  More than 10.        2:48:19PM
24     Q   Did George Hesse ever discipline       2:48:23PM
25  either of them for it, do you know?

Page 236

RICHARD BOSETTI

1
2      A   Not to my recollection.         2:48:28PM
3      Q   Do you know whether they were ever     2:48:29PM
4  spoken to about it by George Hesse?
5      A   I don't know what George Hesse told    2:48:33PM
6  them.
7      Q   Do you know whether the chief ever     2:48:40PM
8  disciplined Carter or Snyder for allegedly
9  sleeping?
10     A   That, I don't know.             2:48:46PM
11     Q   Well, you were found sleeping and      2:48:46PM
12  ultimately terminated for it, right?
13     A   Sure.                     2:48:49PM
14         MR. NOVIKOFF:  Objection.         2:48:49PM
15     A   But I wasn't sleeping.  And I already  2:48:50PM
16  explained that to you, and I won my case.
17     Q   Understood.  But the first incident    2:48:54PM
18  that somebody believed you were sleeping on
19  tour, you were fired for it, correct?
20     A   Yeah.  Ain't that something?  That one 2:49:01PM
21  time, if I was sleeping, I would get fired for
22  that.  Meanwhile, everybody knows that the damn
23  12 midnight guys were sleeping all the time.
24  Tell me the mayor didn't have a little bit of a
25  hard-on for me.

59  (Pages 233 to 236)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 237

RICHARD BOSETTI

1
2     Q    Is it possible that -- well, none of   2:49:16PM
3  the plaintiffs were still employed there --
4     A    Nobody gets fired --          2:49:19PM
5     Q    None of the plaintiffs were still   2:49:18PM
6  employed there on the day you were fired, right?
7     A    Right, right, right. But there's not  2:49:23PM
8  a cop around, not a cop around in Suffolk
9  County, you live in Suffolk, that don't visit a
10 firehouse. Okay? But the thing that I did was
11 I told the guy at the desk I was taking a break,
12 a nap or whatever. All right? I did not go to
13 sleep. I was laying down, reading the small
14 script across Fox News, and I had my
15 prescription glasses on to see them. The mayor
16 walked in, hey, Joey. The guy just had the
17 hard-on for me. He wanted me. Just like Al
18 Capone, they got him on tax evasion, they got me
19 for that.
20    Q    Mayor Loeffler had a hard-on for you  2:49:59PM
21 also?
22    A    Yeah. You read the script from my    2:50:04PM
23 unemployment. The guy just didn't like us, from
24 day one.
25    Q    Mayor Loeffler didn't like you?      2:50:09PM

Page 238

RICHARD BOSETTI

1
2     A    No.                   2:50:12PM
3     Q    How do you know that?           2:50:13PM
4     A    Because from the time he was an EMT   2:50:14PM
5  out in the village, he never really gave us the
6  right time of day.
7     Q    What do you mean by that?         2:50:20PM
8     A    No small talk, no nothing.        2:50:21PM
9     Q    Did you ever try to engage in small   2:50:23PM
10 talk with him?
11    A    Sure.                 2:50:26PM
12    Q    What did he do, just walk away?     2:50:27PM
13    A    He was too good for us.         2:50:28PM
14    Q    Was he too good for certain officers  2:50:30PM
15 as opposed to others?
16    A    Yeah.                 2:50:34PM
17    Q    Which ones was he too good for?     2:50:34PM
18    A    Well, I could name a bunch of them on  2:50:37PM
19 the day tour. I can't think of -- Joey -- the
20 guys on the day tour, he was very good to.
21    Q    The guys on the day tour, he was good  2:50:50PM
22 to?
23    A    Yeah. Whoever worked the day tour,   2:50:54PM
24 the house guy, he ain't a cop but he's very good
25 to him. There's a house mouse, Joe. I

Page 239

RICHARD BOSETTI

1
2  forgot his last name. He's a New York City cop.
3  He came over. That's like his pet.
4     Q    Joe Dediminico?             2:51:10PM
5     A    Joe Dediminico, yeah, the brownnose.   2:51:12PM
6  That's about it.
7     Q    Did he have a hard-on for the      2:51:16PM
8  plaintiffs in this case?
9     A    No.                   2:51:21PM
10        MR. NOVIKOFF: Objection.          2:51:22PM
11    A    You want to know why? The same thing,  2:51:23PM
12 Paradiso didn't. As much summons as you can is
13 good enough for us.
14    Q    So it's your understanding that     2:51:29PM
15 Paradiso wanted the plaintiffs to write a lot of
16 summons?
17    A    Yeah.                 2:51:34PM
18    Q    And that Trustee Loeffler wanted the  2:51:34PM
19 plaintiffs to write a lot of summons?
20    A    Yeah.                 2:51:39PM
21    Q    How about Mayor Rogers, do you know   2:51:40PM
22 what her position was on that?
23    A    No.                   2:51:44PM
24    Q    Did Trustee Rogers or subsequently   2:51:45PM
25 Mayor Rogers ever tell you that you should write

Page 240

RICHARD BOSETTI

1
2  more summonses?
3     A    She never did. George told me a few   2:51:51PM
4  times.
5     Q    How about Mr. Loeffler?         2:51:54PM
6     A    No, he never told me that.       2:51:56PM
7     Q    How many times did George tell you   2:51:58PM
8  should write more summons?
9     A    The beginning of every season.     2:52:01PM
10    Q    Did you ever work a morning shift?   2:52:04PM
11    A    Yes.                  2:52:06PM
12    Q    Did you ever work the morning shift   2:52:07PM
13 after one of the nights where you went out --
14 where you drank in the barracks and went out
15 drinking and slept in the barracks?
16    A    No. No. Unless it was -- one time it  2:52:16PM
17 was Memorial Day or something. We were off that
18 day. We were actually supposed to be off. And
19 the chief woke us up. Come on, I need you for
20 the parade. I was like oh, and we went on the
21 parade.
22    Q    Is it your testimony that that's the  2:52:30PM
23 only time that you worked a shift after drinking
24 on the beach the night before and staying in the
25 barracks?

9c25d064-2409-42b6-86d8-729604317 8a5

Page 241

RICHARD BOSETTI

1
2    A    As far as I can recall, for a day    2:52:42PM
3    tour.  Usually, it would be 4 to 12s I worked.
4    Q    Did you get paid for that Memorial Day    2:52:49PM
5    tour?
6    A    No.    2:52:53PM
7    Q    So you worked for free that day?    2:52:54PM
8    A    Yeah.  It was right after the parade,    2:52:56PM
9    I went back to the barracks.
10         MR. GOODSTADT:  We can take that break    2:53:02PM
11    that you need.
12         MR. NOVIKOFF:  Great.  Thank you.    2:53:04PM
13         THE VIDEOGRAPHER:  The time is 2:54.    2:53:06PM
14    We are going off the record.
15         (Whereupon, a discussion was held off    2:53:10PM
16    the record.)
17         THE VIDEOGRAPHER:  The time is 3:06.    3:05:35PM
18    We are back on the record.
19    BY MR. GOODSTADT:    3:05:43PM
20    Q    When did George Hesse become deputy    3:05:44PM
21    chief?
22    A    I think it was when Paradiso got hurt    3:05:49PM
23    and he was out a few months.
24    Q    Do you know when that happened?    3:05:57PM
25    A    Huh?    3:05:59PM

Page 242

RICHARD BOSETTI

1
2    Q    Do you know whether that happened?    3:05:59PM
3    A    '86 -- no, I'm sorry, 2006.    3:06:00PM
4    Q    2006?    3:06:07PM
5    A    2005, you know.    3:06:08PM
6    Q    How did you learn that Hesse was going    3:06:10PM
7    to become deputy chief?
8    A    I think Hesse told me.    3:06:17PM
9    Q    Did he tell you he was going to become    3:06:22PM
10    deputy chief or chief?
11    A    I'm not sure.    3:06:26PM
12    Q    What did you call him after that    3:06:27PM
13    point?
14    A    George.    3:06:29PM
15    Q    Did you ever refer to him as Chief?    3:06:30PM
16    A    Every once in a while.    3:06:32PM
17    Q    Did you ever refer to him as Sergeant    3:06:33PM
18    Hesse before that time?
19    A    Yeah.    3:06:37PM
20    Q    Frequently, or was that what you    3:06:39PM
21    generally called him, Sergeant Hesse?
22    A    If we were in front of people, it was    3:06:45PM
23    always a courtesy to call him by his rank.
24    Otherwise, just, you know, George, how you
25    doing?  How's everything?  What's going on?

Page 243

RICHARD BOSETTI

1
2    Q    And how about after the '05, '06    3:06:55PM
3    period, when he alerted you that his rank had
4    changed, what did you call him in front of other
5    people?
6    A    Sometimes Chief -- oh, in front of    3:07:07PM
7    other people, I guess I called him Chief.  You
8    wouldn't call him deputy chief, because you just
9    don't do that.  You just say Chief.
10    Q    What was his title in 2007, on your    3:07:20PM
11    last day of employment?
12    A    I would say chief.    3:07:32PM
13    Q    When was the last time you were in    3:07:37PM
14    Ocean Beach?
15    A    August 2007..    3:07:41PM
16    Q    So since you were terminated, you    3:07:43PM
17    haven't been back?
18    A    Nope.    3:07:46PM
19    Q    Do you know what his title is today?    3:07:47PM
20    A    No.    3:07:49PM
21    Q    Have you spoken with George Hesse    3:07:50PM
22    since your termination?
23         MR. CONNOLLY:  Objection.. Asked and    3:07:55PM
24    answered.
25    A    Yeah, small talk.  How's the family?    3:07:56PM

Page 244

RICHARD BOSETTI

1
2    What's going on?
3    Q    How frequently do you speak with him?    3:07:58PM
4    A    Maybe once every couple of months.    3:08:06PM
5    Q    Are you social friends with him?    3:08:10PM
6    A    Yeah.    3:08:12PM
7    Q    Do you guys see each other ever?    3:08:13PM
8    A    No.  The last time I saw George was --    3:08:16PM
9    I think it was -- oh, it was a month and a half
10    ago.  When I went to see Lonny Augenbaugh in the
11    hospital, he happened to be there.
12    Q    Did you discuss this case at all with    3:08:36PM
13    Mr. Hesse at that time?
14    A    No.    3:08:38PM
15    Q    When was the last time you discussed    3:08:39PM
16    this case with Mr. Hesse or any allegations of
17    this case?
18    A    I can't say for sure.    3:08:44PM
19    Q    Was it after you were terminated?    3:08:46PM
20    A    I don't know.    3:08:51PM
21    Q    Do you recall when George Hesse went    3:09:00PM
22    to take his sergeant's exam?
23    A    Sergeant's exam?    3:09:06PM
24    Q    Yes.    3:09:08PM
25    A    No.    3:09:09PM

61  (Pages 241 to 244)

9c25d064-2409-42b6-86d8-729604317f8a5

Page 245

RICHARD BOSETTI

1
2    Q   How about when he went to take his    3:09:09PM
3  chief's exam?
4    A   I wasn't working there, I don't think.   3:09:13PM
5    Q   Prior to working at Ocean Beach, had   3:09:17PM
6  you ever met any of the plaintiffs in this case?
7    A   No.                  3:09:21PM
8    Q   Did you work the same shift as any of  3:09:25PM
9  the plaintiffs at any time?
10   A   Every once in a while.          3:09:29PM
11   Q   Did your shifts overlap at all?     3:09:30PM
12   A   Well, if I was leaving there at 11:30  3:09:36PM
13  to go to the checkpoint, they should've been
14  leaving the checkpoint at 11:30 to come in.
15   Q   Right. So there's no overlap there.   3:09:47PM
16  I'm talking about times when both of you were on
17  duty at the same time.
18   A   Now, there are tours where they      3:09:54PM
19  overlap.  I think like they have an 8:00 tour at
20  night, one that's a 4 to 12.  So then the 8 --
21  the 8 to 4 guys would overlap with the midnight
22  guys when they would come in.  But I've never
23  been involved with any of the that.
24   Q   How often did you work on the same    3:10:14PM
25  tour as any of the plaintiffs?

Page 246

RICHARD BOSETTI

1
2    A   Six years, maybe, except for Carter   3:10:21PM
3  and a little bit less with Nofi.
4    Q   So you didn't work at all with Carter?  3:10:27PM
5    A   I worked at all with Carter when I saw  3:10:30PM
6  him in between the changes and when I saw him in
7  the barracks.  But no, I worked with Carter --
8  if I had to work a midnight, very few times
9  would I see Carter.
10   Q   Did you actually witness Carter       3:10:48PM
11  sleeping in the barracks?
12   A   Yes.                 3:10:52PM
13   Q   How many times did you actually see   3:10:52PM
14  him sleeping in the barracks?
15   A   If I went out twice a month, I saw him  3:10:58PM
16  twice a month.
17   Q   While he was on duty?           3:11:02PM
18   A   Yes.                 3:11:03PM
19   Q   Was anyone else with you when you saw  3:11:05PM
20  Carter sleeping on any of those occasions?
21   A   My brother, other guys that were      3:11:09PM
22  working that may have went out.  Other guys that
23  were doing a midnight, including Frank and
24  Kevin.
25   Q   What other guys were you out with that  3:11:20PM

Page 247

RICHARD BOSETTI

1
2  saw Carter sleeping?
3    A   Well, my brother would be one and     3:11:29PM
4  other cops that were working.
5    Q   Well, can you name them?         3:11:37PM
6    A   Well, if I worked with guys and they   3:11:39PM
7  worked over, over the 12:00 and they stayed
8  until 3 or 4, I could name a bunch of them, but
9  I can't tell you what they're gonna say.  But I
10  know Hardman saw him, Boggleman saw him, if he
11  fesses up to it.  The chief --
12   Q   Which chief?            3:12:03PM
13   A   -- Ty Bacon.            3:12:04PM
14       Both of them.  Well, no..  No, I can't  3:12:06PM
15  say both of them, because Paradiso had his own
16  place, so he might have never walked in on him.
17  But George Hesse had a room up with us in our
18  barracks.
19   Q   So Hardman, Boggleman, your brother,  3:12:21PM
20  Hesse.  Who else?
21   A   You're just making me pick names off  3:12:31PM
22  of roll call here.
23   Q   I'm not asking for names who you       3:12:34PM
24  worked with from roll call.  I'm asking for
25  names of people who you were in the barracks

Page 248

RICHARD BOSETTI

1
2  with who witnessed Ed Carter sleeping.
3    A   I could a make this statement for     3:12:43PM
4  sure.  Everybody knew that they slept; and if
5  you want to put everybody down that works for
6  Ocean Beach, you can put that down.  But I can't
7  think of everybody's name right now.
8    Q   I'm not talking about who knew, who   3:12:52PM
9  didn't know, who you think may have known.  I
10  want to know who was with you when you actually
11  witnessed Ed Carter sleeping in the barracks
12  while on duty.
13   A   Lonny.                3:13:05PM
14   Q   Anyone else?            3:13:08PM
15   A   No, I can't think of anybody else.    3:13:15PM
16   Q   Was the barracks a residence?      3:13:16PM
17   A   No.  The barracks was -- what do you  3:13:18PM
18  mean, how it was set up?
19   Q   What is it?             3:13:23PM
20   A   It's an apartment.            3:13:24PM
21   Q   It's an apartment.  Did anyone live   3:13:24PM
22  there permanently?
23   A   No.                  3:13:28PM
24   Q   Do you know if anyone used it as their  3:13:31PM
25  residence?

9c25d064-2409-42b6-86d8-729604317 8a5

Page 249

RICHARD BOSETTI

1
2    A   Yes, Paul Trosco.                3:13:34PM
3    Q   Anyone else use it as their residence? 3:13:38PM
4    A   Not that I know of.              3:13:42PM
5    Q   Did Paul Trosco have another place    3:13:43PM
6  that he lived as well or just there?
7    A   He lived with his parents on the    3:13:47PM
8  mainland.
9    Q   Why did he use that as his residence? 3:13:50PM
10       MR. NOVIKOFF:  Objection.        3:13:52PM
11   A   Because when he got made permanent, it 3:13:53PM
12  was easier for him just to stay there.  He was
13  single.
14   Q   Do you know whether he paid rent?    3:14:02PM
15   A   Paid rent?  I don't know.        3:14:06PM
16   Q   You don't know one way or the other?  3:14:07PM
17   A   No, I don't know.               3:14:09PM
18   Q   Why don't we focus a bit now on the   3:14:15PM
19  Halloween incident.  What year was that?
20   A   I believe it was 2004.           3:14:22PM
21   Q   And that occurred at Houser's?      3:14:25PM
22   A   Yes.                        3:14:28PM
23   Q   Was there a Halloween party going on  3:14:28PM
24  there?
25   A   Yeah.  Masquerade party, costume    3:14:31PM

Page 250

RICHARD BOSETTI

1
2  party.
3    Q   So just so I'm clear on the timeline,  3:14:36PM
4  on the Halloween 2004 incident, you had yet to
5  pass the battery of civil service tests,
6  correct?
7    A   Yes.                        3:14:44PM
8    Q   And your brother had yet to pass the  3:14:45PM
9  battery of civil service tests, correct?
10   A   Yes.                        3:14:49PM
11   Q   Where is Houser's located?        3:14:49PM
12   A   On Bayview.                  3:14:53PM
13   Q   How many blocks from the police     3:14:54PM
14  station house is that?
15   A   One..                       3:15:04PM
16   Q   How far is CJ's from the police     3:15:05PM
17  station house?
18   A   Just a little bit diagonally across.  3:15:09PM
19   Q   To walk from Houser's to CJ's, do you  3:15:18PM
20  have to pass the police station?
21   A   Yes.                        3:15:23PM
22   Q   Had you been to Houser's prior to    3:15:23PM
23  Halloween of '04?
24   A   Yes.                        3:15:27PM
25   Q   Had you been there to drink prior to  3:15:28PM

Page 251

RICHARD BOSETTI

1
2  Halloween of '04?
3    A   Drink and patrol.               3:15:31PM
4    Q   So both for police duty and to go have 3:15:35PM
5  some drinks?
6    A   Yes.                        3:15:39PM
7    Q   What type of beer do you drink?     3:15:44PM
8    A   Light beer.                   3:15:46PM
9    Q   Any kind of light beer?           3:15:48PM
10   A   Yeah.  I don't like the ultras.     3:15:50PM
11   Q   You don't like the ultras?        3:15:52PM
12   A   No.                         3:15:55PM
13   Q   Have you ever issued a summons to    3:15:59PM
14  Houser's?
15   A   Did I ever issue a summons to       3:16:03PM
16  Houser's?
17   Q   Yeah.  Or the owners of Houser's?   3:16:07PM
18   A   No.                         3:16:10PM
19   Q   Did you ever issue a summons to the   3:16:11PM
20  bartender at Houser's?
21   A   No.                         3:16:15PM
22   Q   Who was the bartender the night of    3:16:16PM
23  Halloween at Houser's?
24   A   I don't recall.                 3:16:19PM
25   Q   Have you ever issued any summonses to 3:16:20PM

Page 252

RICHARD BOSETTI

1
2  patrons of Houser's for underage drinking or
3  rowdiness or anything to that effect?
4    A   If it was in those seven summons I    3:16:30PM
5  gave out throughout the years, yeah.  But I
6  can't recall if they were coming out of Houser's
7  or not.
8    Q   Did you ever issue a summons to      3:16:39PM
9  anybody while you were inside Houser's?
10   A   No.  I've escorted people out of     3:16:43PM
11  Houser's.
12   Q   And issued a summons outside?       3:16:47PM
13   A   No.  Just escorted, be on your way.  3:16:50PM
14   Q   Have you ever issue a summons to     3:16:53PM
15  anybody inside of Houser's?
16   A   Inside of Houser's?             3:16:57PM
17   Q   Yes.                        3:16:58PM
18   A   Not that I could recall.          3:16:57PM
19   Q   Did you ever issue a summons to      3:16:59PM
20  anybody inside any of the bars at Ocean Beach?
21   A   No.                         3:17:04PM
22   Q   Did you ever issue any summons to any 3:17:04PM
23  bars or their owners in Ocean Beach?
24   A   No.  And I didn't issue any summonses 3:17:09PM
25  to any delis or any of the clothing stores or

63  (Pages 249 to 252)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 253

RICHARD BOSETTI

1  anything else.
2    Q   I assume that clothing stores weren't   3:17:16PM
3  serving alcohol, correct?
4    A   No, but drunks go in there.        3:17:20PM
5       MR. NOVIKOFF: I'm sorry, but what go   3:17:23PM
6  in there?
7       (Whereupon, the referred to portion   3:17:27PM
8  was read back by the court reporter: But
9  drunks go in there.)
10 BY MR. GOODSTADT:                    3:17:28PM
11   Q   Were you on duty the night of       3:17:28PM
12 Halloween?
13   A   No.                    3:17:30PM
14   Q   Were you on duty at all during that   3:17:31PM
15 day?
16   A   No.                    3:17:33PM
17   Q   Were you on duty the following day?   3:17:34PM
18   A   No.                    3:17:36PM
19   Q   Were you scheduled to be on duty any   3:17:36PM
20 of those days?
21   A   No. Not that I know of, no.       3:17:39PM
22   Q   Were you working the off season that   3:17:41PM
23 '04 year?
24   A   Maybe a couple of days here, a couple   3:17:44PM

Page 254

RICHARD BOSETTI

1  of days there.
2    Q   So nothing with regularity?       3:17:48PM
3    A   Right.                 3:17:50PM
4    Q   At any point in time, were you ever   3:17:55PM
5  scheduled to be on duty that day and took
6  yourself off the schedule?
7    A   Unless the records show different, I   3:18:04PM
8  don't think so.
9    Q   Did you have authority to arrest while   3:18:11PM
10 you were off duty?
11      MR. NOVIKOFF: Objection.         3:18:15PM
12   A   Yes. So do you.           3:18:16PM
13   Q   Did you have the authority issue     3:18:19PM
14 summons while you were off duty?
15      MR. NOVIKOFF: Objection.         3:18:23PM
16   A   Yes, but I never have.         3:18:24PM
17   Q   What time did you arrive at Houser's   3:18:30PM
18 that night?
19   A   I don't recall. If you have a       3:18:33PM
20 statement -- my statement there, I could refresh
21 my memory.
22   Q   Sitting here right now, you don't     3:18:38PM
23 recall?
24   A   No.                    3:18:40PM

Page 255

RICHARD BOSETTI

1    Q   Where were you prior to Houser's that   3:18:40PM
2  evening?
3    A   Prior to Houser's, I was down the     3:18:44PM
4  block at Mike's Pizzeria's House.
5    Q   Mike Miller? Is that his last name,   3:18:59PM
6  Miller?
7    A   No, no. That's a cop. The guy that   3:19:01PM
8  owns Michael's Pizzeria, right across from
9  Houser's. He lent -- I think he lent Elyse
10 house and said that we could stay there. It was
11 a nice little house.
12   Q   When you say Elyse, what's her last   3:19:16PM
13 name?
14   A   I don't know.            3:19:19PM
15   Q   Elyse Miller?            3:19:20PM
16   A   Yeah.                3:19:21PM
17   Q   When you say he leased the house and   3:19:25PM
18 said you could stay there, did he actually say
19 that Gary Bosetti could stay there -- strike
20 that.
21      He didn't say which of you could stay   3:19:36PM
22 there?
23   A   No. There were a couple of people in   3:19:36PM
24 there. You know, we got permission. Whoever

Page 256

RICHARD BOSETTI

1  had permission to stay in the house gave us
2  permission to stay also.
3    Q   Did Mike or the owner of Mike's      3:19:45PM
4  Pizzeria give you permission to stay in the
5  house or did you get the permission from Elyse
6  Miller?
7    A   I don't know if I got it from Elyse   3:19:52PM
8  Miller or from one of the two other people that
9  were in there also, and I don't recall who that
10 was. I don't recall who that was.
11   Q   And what time did you get to Mike's?   3:20:02PM
12 Let's call it Mike's house just sort of for the
13 sake of we don't know his last name.
14   A   You know what, I think -- I think I   3:20:12PM
15 got a ride in from the checkpoint with the guys
16 that were starting at 8:00 or 9:00.
17   Q   Do you know who that was?        3:20:24PM
18   A   No.                    3:20:25PM
19   Q   So you got to Mike's house at some   3:20:25PM
20 point between 8:00 or 9:00 that night?
21   A   Yeah, give or take a half an hour     3:20:30PM
22 maybe.
23   Q   Did you have any drinks while you were   3:20:33PM
24 at Mike's house?

64 (Pages 253 to 256)

TSG Reporting – Worldwide    877-702-9580

Page 257

RICHARD BOSETTI

1
2    A   Yeah.                              3:20:36PM
3    Q   How many drinks did you have?      3:20:36PM
4    A   One, two.                          3:20:38PM
5    Q   What were you drinking at Mike's   3:20:39PM
6  house?
7    A   Beer.                              3:20:43PM
8    Q   So you had one or two beers?       3:20:44PM
9    A   Yeah.                              3:20:46PM
10   Q   Were other people there drinking?  3:20:47PM
11   A   Yes.                               3:20:50PM
12   Q   Who else was there before going to the  3:20:51PM
13 party at Houser's?
14   A   I think maybe Matty the plumber might  3:21:03PM
15 have been there and they guy that owns the
16 hardware store now, Faz, Vinny Faz.
17   Q   And Matt the plumber, his last name is  3:21:13PM
18 Bellows?
19   A   I don't know.                      3:21:17PM
20   Q   You don't know his last name?      3:21:17PM
21   Was anyone else at this house before  3:21:19PM
22 going to Houser's?
23   A   I don't know.                      3:21:23PM
24   Q   Was Elyse Miller there?            3:21:24PM
25   A   Yes.                               3:21:25PM

Page 258

RICHARD BOSETTI

1
2    Q   Was she drinking?                  3:21:28PM
3    A   I don't know.                      3:21:31PM
4    Q   Was Matt the plumber drinking?     3:21:33PM
5    A   Excuse me?                         3:21:35PM
6    Q   Was Matt the plumber drinking before  3:21:35PM
7  going to the bar?
8    A   I don't know.                      3:21:38PM
9    Q   Was the hardware store owner, Vinny,  3:21:39PM
10 was he drinking before going to the party?
11   A   I don't know.                      3:21:46PM
12   Q   Was your brother at the house?     3:21:47PM
13   A   Yes.                               3:21:48PM
14   Q   Was your brother drinking before going  3:21:52PM
15 to the bar?
16   A   I can only make an assumption, yes.  3:21:54PM
17   Q   You don't recall seeing him, one way  3:21:59PM
18 or the other, drinking?
19   A   No.                                3:22:03PM
20   Q   Why would you assume he was drinking?  3:22:04PM
21   A   It's a party.                      3:22:06PM
22   Q   And he drinks at parties?          3:22:06PM
23   A   You do, don't you?                 3:22:08PM
24   Q   Luckily, sir, I'm not the one      3:22:11PM
25 answering questions today.

Page 259

RICHARD BOSETTI

1
2    A   Okay. Yeah.                        3:22:14PM
3    Q   How long were you at the house prior  3:22:17PM
4  to going to Houser's?
5    A   I don't recall. Maybe a half an hour,  3:22:20PM
6  an hour.
7    Q   How many people were at bar when you  3:22:32PM
8  arrived?
9    A   Packed.                            3:22:38PM
10   Q   Approximately how many people were  3:22:39PM
11 there?
12   A   I don't know. It was packed.       3:22:42PM
13   Q   Is there a sign up there that says --  3:22:43PM
14   A   You had to turn sideways to go through  3:22:45PM
15 the doors, to go through the crowd. You know,
16 excuse me, excuse me, excuse me, one of those
17 deals.
18   Q   Do you know if there's sign up there  3:22:53PM
19 as to how many people beyond capacity would make
20 it unlawful?
21   A   I don't know.                      3:22:59PM
22   Q   Was it packed the whole night?     3:23:01PM
23   A   Yeah.                              3:23:06PM
24   Q   Was it an open bar or did you have to  3:23:07PM
25 pay per drink?

Page 260

RICHARD BOSETTI

1
2    A   Paid per drink.                    3:23:13PM
3    Q   Did you pay for any drinks that night?  3:23:18PM
4    A   Yes.                               3:23:20PM
5    Q   Did you pay cash or put it on your  3:23:21PM
6  credit card?
7    A   Cash.                              3:23:24PM
8    Q   Who did you go to the bar with that  3:23:32PM
9  night?
10   A   Me, my brother and Elyse.          3:23:37PM
11   Q   Did Matt the plumber go to the bar  3:23:43PM
12 that night?
13   A   I don't know if he was with us coming  3:23:50PM
14 in. I don't even know if he was with us any
15 time of the night.
16   Q   So you don't know one way or the other  3:23:56PM
17 whether he was actually at the bar?
18   A   Yeah, I don't remember to make that  3:23:58PM
19 statement for sure.
20   Q   And was Vinny Fazio, did he go with  3:24:00PM
21 you to the bar?
22   A   I'm not sure either.               3:24:04PM
23   Q   But you recall you, your brother and  3:24:05PM
24 Elyse going together?
25   A   See, we didn't leave right from that  3:24:08PM

TSG Reporting – Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317a5

Page 261

RICHARD BOSETTI

1
2     house to go to the bar.  We went to another --
3     we went to a local's house, and that's why I
4     don't recall whether --
5     Q    Let's step back from the bar.  Let's    3:24:23PM
6     go -- so after a half hour at Mike Pizza's
7     house, you had one or two beers there for a half
8     an hour.  Then you walked to a local's house?
9     A    Walked to a local's house, because    3:24:36PM
10    they had invited us.
11    Q    Who did you go to the local's house    3:24:38PM
12    with?
13    A    I'm not sure.  It's a few houses down    3:24:41PM
14    on Ocean -- I think it was Ocean Avenue.  And
15    all the locals were there.  They were having a
16    nice masquerade party.
17    Q    Whose house was it?    3:24:52PM
18    A    Nice finger food.    3:24:53PM
19    I'm not sure.    3:24:55PM
20    Q    There was a masquerade party going on    3:24:56PM
21    there?
22    A    Yeah.    3:24:58PM
23    Q    Who invited you to that party?    3:24:59PM
24    A    I don't know if it was Elyse said    3:25:03PM
25    that -- she said that the people want you guys

Page 262

RICHARD BOSETTI

1
2     to come over, and we went with Elyse, or I don't
3     know how it happened.  But I knew most of the
4     people there, 90 percent of the people there.
5     Q    That was on Ocean Avenue, that house?    3:25:17PM
6     A    I think so, unless I'm getting my    3:25:18PM
7     streets crossed up.
8     Q    And you don't know the resident who    3:25:22PM
9     lived there?
10    A    No.  It was right across the street    3:25:25PM
11    from Bacci's.
12    Q    Okay.  How long were you at that house    3:25:28PM
13    for?
14    A    I'm only guessing at this again.    3:25:31PM
15    Maybe 15 or 20 minutes.
16    Q    Did you have any drinks at that house?    3:25:35PM
17    A    No.    3:25:36PM
18    Q    Did you have any non-alcoholic drinks    3:25:39PM
19    at that house?
20    A    As far as I could remember, I don't    3:25:42PM
21    think I had anything at that house, except for
22    finger food.
23    Q    Was your brother with you?    3:25:47PM
24    A    Yes.    3:25:49PM
25    Q    Do you know if he had any drinks?    3:25:49PM

Page 263

RICHARD BOSETTI

1
2     A    I don't know whether he did.    3:25:51PM
3     Q    And do you know if Elyse had any    3:25:52PM
4     drinks there?
5     A    I don't know.    3:25:55PM
6     Q    And you don't recall if Matt the    3:25:55PM
7     plumber went with you there or not?
8     A    No.    3:25:58PM
9     Q    And you don't recall if Vinny Fazio    3:25:58PM
10    went there, do you?
11    A    No.    3:26:01PM
12    Q    After about 15 or 20 minutes, when you    3:26:02PM
13    left that house, where did you go next?
14    A    Then we went to Houser's.    3:26:06PM
15    Q    Prior to going to Mike the pizza's    3:26:16PM
16    house, did you have any alcohol?
17    A    No.    3:26:22PM
18    Q    So you didn't have any drinks on the    3:26:22PM
19    way in --
20         3:26:25PM
21    Q    -- or prior to coming in?    3:26:26PM
22         Do you know whether your brother did?    3:26:27PM
23    A    No.    3:26:30PM
24    Q    You don't know?    3:26:30PM
25    A    I don't know.    3:26:31PM

Page 264

RICHARD BOSETTI

1
2     Q    So then from the local's house, you    3:26:32PM
3     walked over to Houser's?
4     A    Yes.    3:26:36PM
5     Q    How long of a walk is that?    3:26:37PM
6     A    A block.    3:26:40PM
7     Q    You don't recall what time you got    3:26:42PM
8     there?
9     A    No.    3:26:44PM
10    Q    How many drinks did you have that    3:26:46PM
11    night at Houser's?
12    A    Two.    3:26:54PM
13    Q    What kind of drinks did you have?    3:26:56PM
14    A    Light beer.    3:27:00PM
15    Q    So you had about four drinks that    3:27:06PM
16    night?
17    A    Spread over within a few hours, yeah.    3:27:08PM
18    Q    Were you buzzed at all?    3:27:11PM
19    A    No.  I wouldn't drive.    3:27:12PM
20    Q    Were you drunk?    3:27:16PM
21    A    No.    3:27:17PM
22    Q    Do you recall testifying -- not    3:27:25PM
23    testifying.  Do you recall telling the person
24    who administered the polygraph that you get
25    buzzed on three drinks?

66 (Pages 261 to 264)

Page 265

RICHARD BOSETTI

1
2     A   I might have.  Sometimes you do,      3:27:38PM
3   sometimes you don't.  Sometimes you get buzzed
4   on one drink.
5     Q   And other than beer, did you have any  3:27:48PM
6   other alcoholic beverages that night?
7     A   No.                          3:27:52PM
8     Q   You didn't have any shots?       3:27:53PM
9     A   Not that I can recall.          3:27:55PM
10    Q   I believe you testified when you got  3:28:07PM
11  there, it was packed, correct?
12    A   Yes.                          3:28:10PM
13    Q   Did there come a point in time that it  3:28:11PM
14  wasn't packed?
15    A   Probably near the end of the night,  3:28:17PM
16  when the arrest was made or when the -- my
17  brother had to take police action.
18    Q   What do you mean by when the arrest  3:28:28PM
19  was made?
20    A   My brother had to take police action  3:28:31PM
21  that night.
22    Q   Was there any arrest made that night?  3:28:33PM
23    A   No.                          3:28:35PM
24    Q   What do you mean by police action?  3:28:37PM
25    A   He had to ID himself as a cop, and he  3:28:39PM

Page 266

RICHARD BOSETTI

1
2   had to save a lady that was being assaulted.
3     Q   Did you wear a costume that night?   3:28:48PM
4     A   No.                          3:28:50PM
5     Q   Do you recall what you were wearing  3:28:51PM
6   that night?
7     A   Jeans.                       3:28:53PM
8     Q   And a T-shirt?                 3:28:55PM
9     A   Yep.                         3:28:59PM
10        (Whereupon, a photocopy of a       3:29:01PM
11  photograph was marked as R.. Bosetti Exhibit
12  8 for identification, as of this date.)
13        MR. GOODSTADT:  I've placed in front  3:29:26PM
14  of Mr. Bosetti what's been marked as R.
15  Bosetti Exhibit 8.  It is a one-page
16  document.  It is photograph that on the
17  bottom has a date of 2-10-09.  (Handing.)
18    A   Yes.                         3:29:44PM
19    Q   Mr. Bosetti, do you recognize this  3:29:44PM
20  picture?
21    A   I don't recognize it, but that's me.  3:29:47PM
22    Q   Is that what you were wearing on    3:29:49PM
23  Halloween?
24    A   Yeah.                        3:29:52PM
25    Q   That night?                   3:29:53PM

Page 267

RICHARD BOSETTI

1
2        MR. NOVIKOFF:  Can we just have --   3:29:54PM
3   BY MR. GOODSTADT:                    3:29:55PM
4     Q   If you want to identify where you are.  3:29:55PM
5   Are you the one who's on the right third of the
6   picture, wearing the T-shirt, with your hands
7   crossed in front of you --
8     A   Yes.                         3:30:02PM
9     Q   -- with jeans?                 3:30:02PM
10    A   Yes.                         3:30:02PM
11        MR. NOVIKOFF:  Standing next to the  3:30:03PM
12  woman to the right?
13    A   Yeah, I don't know who that is.       3:30:06PM
14        MR. NOVIKOFF:  Could we do -- it's   3:30:08PM
15  your deposition.  Could we maybe on that
16  exhibit have the witness just circle where
17  he is?
18        MR. GOODSTADT:  I'm fine with that.  3:30:11PM
19        THE WITNESS:  (Witness complies.)   3:30:13PM
20        MR. NOVIKOFF:  Okay.  Thank you.    3:30:28PM
21  BY MR. GOODSTADT:                    3:30:33PM
22    Q   Just so we're clear for the record.  3:30:34PM
23  That is you on the right third of the page,
24  standing behind the pool table from this angle?
25    A   Yeah, uh-huh.                 3:30:43PM

Page 268

RICHARD BOSETTI

1
2     Q   Do you recall what time of night this  3:30:44PM
3   picture was taken?
4     A   No.                          3:30:47PM
5     Q   And do you know who that is standing  3:30:48PM
6   next to you?
7     A   No.                          3:30:51PM
8     Q   Where is this, your location, in      3:30:54PM
9   relation to the bathrooms at Houser's?
10    A   Right there.  You see that little    3:31:03PM
11  thing hanging up on the wall to the right of me?
12  That's the entrance to the bathroom there.  It's
13  like a little hallway.
14    Q   To your right?                 3:31:11PM
15    A   Yeah.  To my right.  See the round    3:31:12PM
16  thing on the floor?
17    Q   No.                          3:31:16PM
18    A   To my right, about knee height.      3:31:17PM
19    Q   I see what looks like two cups to the  3:31:22PM
20  right of you about knee height.
21    A   Here (indicating).               3:31:28PM
22    Q   Why don't you circle that.         3:31:32PM
23    A   Right here.  Right here is the       3:31:35PM
24  entrance.  That's the entrance to the bathroom..
25    Q   Do you recognize the person who's   3:31:47PM

67 (Pages 265 to 268)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 269

RICHARD BOSETTI

1
2  shooting pool in that picture?
3     A   No.                                3:31:51PM
4     Q   Do you recognize any of the people in  3:31:53PM
5  this picture?
6     A   I think, if you have your pictures   3:31:55PM
7  there of the perpetrators, I think this short
8  guy with the white shirt and the stripes and the
9  one behind the girl that's dressed like a cop, I
10 think he's the guy that started the whole crap.
11    MR. NOVIKOFF:  Let the record --      3:32:14PM
12 Andrew, I don't mean to interrupt.
13    Let the record reflect, though, on     3:32:17PM
14 this picture there seem to be two women --
15    THE WITNESS:  Yeah.               3:32:21PM
16    MR. NOVIKOFF:  -- dressed as cops.   3:32:21PM
17    So are you referring to what appears   3:32:23PM
18 to be a man in between the woman on the left
19 and the woman on the right?
20    THE WITNESS:  Yeah.  You see the guy  3:32:29PM
21 with the striped shirt?
22    MR. NOVIKOFF:  Yes.                3:32:32PM
23    THE WITNESS:  Going down the stripe.  3:32:33PM
24 Then there's the woman cop in front of him?
25    MR. NOVIKOFF:  Yes.                3:32:34PM

Page 270

RICHARD BOSETTI

1
2     THE WITNESS:  And then directly in    3:32:34PM
3  front of her is that guy with his T-shirt
4  showing.
5     MR. NOVIKOFF:  Yes.                3:32:39PM
6  BY MR. GOODSTADT:                     3:32:39PM
7     Q   So which is the one started the crap,  3:32:40PM
8  I think you testified?
9     A   I can't say for sure, but I think that  3:32:43PM
10 these guys are the ones -- are the ones.  You
11 can tell by looking at your picture, the
12 pictures you got there in your folder of the
13 perpetrators, and see if it's them or not.
14    MR. GOODSTADT:  I don't know what that  3:32:57PM
15 means.
16 BY MR. GOODSTADT:                     3:32:58PM
17    Q   Do you recognize anyone else in this  3:32:59PM
18 picture, other than for the two guys, as
19 possibly being the people who were involved in
20 the incident?
21    A   No, because everybody is in costume.  3:33:06PM
22    Q   Do you recognize either of the women   3:33:09PM
23 who were dressed as cops?
24    A   The woman that was dressed as a cop   3:33:10PM
25 was with those two guys.

Page 271

RICHARD BOSETTI

1
2     Q   Both of them were or just one?     3:33:14PM
3     A   I don't know, because now they're both  3:33:15PM
4  dressed like two cops.  But I'm thinking she's
5  right in between these two, so she's gotta be
6  one of them.
7     Q   So the one all the way on the left --  3:33:22PM
8     A   No, no, no, no.                3:33:24PM
9     Q   I'm asking another question.       3:33:25PM
10    The one on the left with her back to   3:33:26PM
11 us, do you know who that is?
12    A   No.                            3:33:30PM
13    Q   Where is this pool table in relation  3:33:40PM
14 to the bar at Houser's?
15    A   Directly -- the pool table would be on  3:33:46PM
16 the east side of the bar, and the bar runs from
17 east to west.  It was more on the east side.
18    Q   Approximately how many feet is it   3:33:58PM
19 between the bar and the pool table?
20    A   Ten.                           3:34:04PM
21    Q   Approximately how many feet is it   3:34:04PM
22 between the bar and the bathroom?
23    A   Ten.                           3:34:10PM
24    Q   And just in relation to this picture,  3:34:14PM
25 which direction is the bar?  Where would it be?

Page 272

RICHARD BOSETTI

1
2     A   What direction?                 3:34:21PM
3     Q   Where would the bar be in relation to  3:34:22PM
4  this picture?
5     A   It's Houser's.                  3:34:26PM
6     MR. NOVIKOFF:  I think Mr. Goodstadt  3:34:28PM
7  is saying if you're looking directly at the
8  person shooting pool, is the bar to the left
9  of that gentleman, looking at this picture,
10 or to the right of that gentleman?
11    THE WITNESS:  Right behind him, and   3:34:43PM
12 then it runs further west.
13 BY MR. GOODSTADT:                     3:34:45PM
14    Q   So if this picture went definitely to  3:34:46PM
15 the right and definitely to the left, we'd see
16 the bar on the left side of the picture?
17    A   Yeah.  The bar goes further this way  3:34:54PM
18 (indicating).
19    Q   Okay.  So the bar would be on the left  3:34:56PM
20 side of the picture?
21    A   Yeah.                          3:35:00PM
22    Q   That's about 10 feet away from there?  3:35:00PM
23    A   But if you push that pool table     3:35:01PM
24 forward, you're going to hit the bar still.  You
25 know what I mean?  It's a long bar.

68  (Pages 269 to 272)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 273

RICHARD BOSETTI

1
2     MR. NOVIKOFF: Now I'm confused.      3:35:08PM
3     MR. GOODSTADT: Me too.             3:35:09PM
4  BY MR. GOODSTADT:                      3:35:10PM
5     **Q   So the bar is to the left of the   3:35:11PM**
6  **picture.  And what do you mean, if I pushed the**
7  **pool table forward?**
8     A   If you got behind the pool table here  3:35:17PM
9  and pushed it into the guy that's shooting and
10 you kept on going, you would hit the beginning
11 of the bar.
12    MR. NOVIKOFF: Yeah.                3:35:22PM
13 BY MR. GOODSTADT:                      3:35:22PM
14    **Q   Okay.  Is the bar straight or is it an  3:35:23PM**
15 **L-shaped bar?**
16    A   Straight.                       3:35:26PM
17    **Q   And it's about 10 feet away from the   3:35:29PM**
18 **guy shooting pool?**
19    A   Yeah.  Maybe less.  You can tell by   3:35:32PM
20 looking at the people.  And I don't even think
21 that's 10 feet.
22    **Q   Where were you at the time you learned  3:35:39PM**
23 **of the fact that there was an altercation going**
24 **on?**
25    A   All the way on the west end of the   3:35:44PM

Page 274

RICHARD BOSETTI

1
2  bar.
3     **Q   What does that mean, in relation to   3:35:47PM**
4  **this picture?**
5     A   Well, I told you this is the -- I told  3:35:54PM
6  you this is the east end of the bar.  All the
7  way on the west end of the bar.
8     **Q   So if the bar is on the left, you'd be   3:36:07PM**
9  **like straight back and to the left --**
10    MR. NOVIKOFF: Objection.           3:36:13PM
11 BY MR. GOODSTADT:                      3:36:13PM
12    **Q   -- in relationship to this picture?   3:36:13PM**
13    A   I'd be -- push him out of the way and   3:36:16PM
14 then follow the bar.
15    **Q   Okay.  So it would be sort of the back   3:36:20PM**
16 **left?**
17    A   Yeah, uh-huh.                   3:36:22PM
18    **Q   How far were you standing away from   3:36:24PM**
19 **that pool table at the time you learned there**
20 **was an altercation?**
21    A   Longer than this room.  I would say   3:36:38PM
22 maybe 30 feet.
23    MR. NOVIKOFF: Andrew, do you know how  3:36:46PM
24 long this room is?
25    MR. GOODSTADT: I don't.            3:36:48PM

Page 275

RICHARD BOSETTI

1
2     THE WITNESS: It's hard to tell.     3:36:50PM
3     MR. NOVIKOFF: Let the record reflect  3:36:51PM
4  it's a long room, but not too long.
5     MR. GOODSTADT: He testified to it.   3:36:56PM
6  BY MR. GOODSTADT:                      3:37:00PM
7     **Q   How did you learn that there was an   3:37:02PM**
8  **altercation going on?**
9     A   I heard it.                     3:37:05PM
10    **Q   You actually heard it, no one told you  3:37:06PM**
11 **about it?**
12    A   Can you hear when there's an        3:37:08PM
13 altercation starting in a bar.
14    **Q   What did you actually hear?        3:37:12PM**
15    A   A rumble.                       3:37:13PM
16    **Q   You heard a rumble?             3:37:14PM**
17    A   Yes.                           3:37:16PM
18    **Q   And that led you to believe that there  3:37:16PM**
19 **was an altercation?**
20    A   Yes.                           3:37:19PM
21    **Q   What did you do when you first heard   3:37:19PM**
22 **the rumble?**
23    A   I walked toward the rumble.       3:37:22PM
24    **Q   How long did it take you to get from   3:37:24PM**
25 **where you were standing to the rumble?**

Page 276

RICHARD BOSETTI

1
2     A   I don't know.  I'm not sure.       3:37:30PM
3     **Q   Well, was it, seconds?          3:37:32PM**
4     A   Yeah, maybe, 10, 15 seconds, I guess.  3:37:36PM
5  I don't know.
6     **Q   So you got to the rumble in 10 or 15   3:37:41PM**
7  **seconds.  What did you see?**
8     MR. NOVIKOFF: Objection.           3:37:46PM
9     A   I seen my brother with his shield out,  3:37:51PM
10 and he told me -- I said, what the hell is going
11 on?  And he said someone was choking Jeanne.
12    **Q   Who's Jeanne?                 3:38:03PM**
13    A   The lady that was being choked..  She  3:38:04PM
14 had -- she -- she's a stewardess..  Her husband
15 is a city fireman, now deceased.  He was a
16 lieutenant.  And she runs the movie theater.
17    **Q   Did you know her prior to Halloween   3:38:19PM**
18 **'04?**
19    A   Yes.                           3:38:21PM
20    **Q   Were you friends with her?       3:38:22PM**
21    A   Yes.                           3:38:23PM
22    **Q   Social friends?                3:38:24PM**
23    A   No, not social.  But, hi, Jeanne, how  3:38:26PM
24 you doing?  How's your husband.  She's like, oh,
25 you gotta stop by sometime, you know, like that.

69 (Pages 273 to 276)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 277

RICHARD BOSETTI

1
2    You know.  But not hanging out with them all the
3    time or anything like that.
4        Q    Was your brother friends with them?    3:38:38PM
5        A    Yes.                    3:38:40PM
6        Q    And prior to Halloween of '04, did you    3:38:40PM
7    know that she was a stewardess?
8        A    Yes.                    3:38:44PM
9        Q    You knew that she ran the movie house?    3:38:44PM
10       A    Yeah.  Her husband did that.  He had    3:38:46PM
11   the license.
12       Q    And you knew that her husband was a    3:38:49PM
13   fireman in the city?
14       A    Yeah.                    3:38:53PM
15       Q    How did you know that?        3:38:53PM
16       A    Because he talked.  He found out I was    3:38:55PM
17   a city cop in ESU, and so he told me he was a
18   city fireman, a lieutenant, and we got to be
19   friends.
20       Q    So at the time that you arrived at the    3:39:06PM
21   rumble, was there still a fight going on?
22       A    The guys that started the fight that    3:39:12PM
23   were kicking my brother in the face and
24   threatening him, they still had to be
25   restrained.

Page 278

RICHARD BOSETTI

1
2        Q    Did you actually see anyone kick your    3:39:24PM
3    brother in the face?
4        A    No.                    3:39:27PM
5        Q    Did you ever see anyone actually    3:39:30PM
6    strike your brother?
7        A    No, but it's in the witness        3:39:34PM
8    statements.
9        Q    I'm asking whether you actually saw    3:39:36PM
10   anyone strike your brother.
11       A    No.                    3:39:39PM
12       Q    What was your response when he told    3:39:43PM
13   you that Jeanne had been choked?
14       A    I said, okay, you took police action.    3:39:48PM
15   I said, all right.  And then the officers walked
16   in.
17       Q    So the officers walked in how long    3:39:56PM
18   after he told you that?
19       A    Ten seconds.                3:40:11PM
20       Q    How long after you got over to the    3:40:13PM
21   fight did your brother tell you that Jeanne had
22   been choked?
23       A    When I asked him what's going on.    3:40:18PM
24       Q    Did you do that right away?        3:40:20PM
25       A    Yeah.                    3:40:21PM

Page 279

RICHARD BOSETTI

1
2        Q    Okay.  So you hear the rumble, you go    3:40:22PM
3    over to brother between -- or you're at the
4    rumble between 10 to 15 seconds.  Right away you
5    asked your brother what's going on, he tells you
6    Jeanne got strangled --
7        A    Yeah.                    3:40:35PM
8        Q    -- and then 10 seconds later, the cops    3:40:35PM
9    were there?
10       MR. NOVIKOFF:  Objection.        3:40:38PM
11       A    No.  When I heard the rumble, there    3:40:40PM
12   was something -- before that, there was
13   something going on, all right?  When the rumble
14   happened is when everything actually got
15   physical and they started kicking the shit out
16   of my brother.  That's when the loud noise was.
17   Before that, he was trying to pull the guy off
18   of her and everything else.  Because then, I
19   think it was Danny -- Danny -- now, I might
20   remember who's bartending.  You brought it back
21   to me.  I think it was -- he has two twins.  I
22   think it was Danny called the police.  It's in
23   his statement.  And he said it took them a long
24   time to come.
25       Q    Dan McKenna?                3:41:18PM

Page 280

RICHARD BOSETTI

1
2        A    Yeah.  Is that it?  Dan.        3:41:21PM
3        Q    What statement are you referring to,    3:41:24PM
4    that Dan called the police?
5        A    I think he wrote a statement or he    3:41:28PM
6    told the officers that, and they got pissed off
7    at him.  Like where the hell were you?
8        Q    Did Dan McKenna give a statement?    3:41:35PM
9        A    Come to think of it, no.  I think it    3:41:38PM
10   might be in one of their statements that they
11   wrote about Dan.
12       Q    My question is -- you said that it's    3:41:45PM
13   in the statement that Dan called the police.
14       A    Yeah.                    3:41:49PM
15       Q    What statement are you referring to?    3:41:49PM
16       A    It might be their statement.        3:41:51PM
17       Q    Okay.  So your understanding is    3:41:52PM
18   that -- when you said "their statement," you
19   mean the three on-duty officers?
20       A    Yeah.                    3:41:59PM
21       Q    Is that the statement you're referring    3:42:00PM
22   to?
23       A    Yeah.                    3:42:01PM
24       Q    So it's your understanding that Dan    3:42:02PM
25   called the police, based on what you read in the

TSG Reporting - Worldwide     877-702-9580

9c25d064-2409-42b6-86d8-729604317fa5

Page 281

RICHARD BOSETTI

1       RICHARD BOSETTI
2   on-duty officers' statements?
3        MR. NOVIKOFF:  Objection.        3:42:09PM
4    A   No.  He told me.  Dan called me he    3:42:09PM
5   called the police.  He goes, the friggin' guys
6   didn't come a for a while.
7    Q   Dan told you that he called the    3:42:15PM
8   police?
9    A   Yeah.              3:42:18PM
10   Q   When did he tell you that?      3:42:18PM
11   A   That night.           3:42:20PM
12   Q   What time?           3:42:21PM
13   A   I don't know the time.  Whenever this  3:42:22PM
14  all went down.  If you gave me my statement, I
15  could refresh my memory.
16   Q   Do you know whether he spoke to any of  3:42:29PM
17  the officers?
18   A   Excuse me?           3:42:31PM
19   Q   Do you know whether Dan McKenna spoke  3:42:33PM
20  to any officers that were on duty that night?
21   A   I could have swore, I might be wrong,  3:42:38PM
22  that it was in one of their statements that they
23  spoke to Dan and Dan was a little bit perturbed
24  that they didn't show up.
25   Q   I'm talking about a little something  3:42:47PM

Page 282

RICHARD BOSETTI

1       RICHARD BOSETTI
2   different.  I'm talking about did Dan tell you
3   that he actually called and spoke to the
4   officers.
5    A   Yeah.              3:42:53PM
6    Q   So Dan told you that he reported the  3:42:53PM
7   fight to the officers?
8    A   He said -- I think it was one of the  3:42:56PM
9   Bosetti brothers.  Get down here right away; one
10  of the Bosetti brothers are having a fight.
11   Q   And Dan told you that he called the  3:43:04PM
12  police and alerted them to that fact?
13   A   Yeah.              3:43:08PM
14   Q   And he told you that night?      3:43:08PM
15   A   Yes.              3:43:10PM
16   Q   What point in that night did he tell  3:43:11PM
17  you that?
18   A   I don't remember..        3:43:13PM
19   Q   Was it before or after you had four  3:43:13PM
20  drinks in you?
21        MR. NOVIKOFF:  Objection.       3:43:16PM
22   A   Let me see, by that time I was      3:43:18PM
23  sloshed -- no, I'm only kidding..
24        After the fight.  Probably after --  3:43:23PM
25  probably about four hours after my first drink.

Page 283

RICHARD BOSETTI

1       RICHARD BOSETTI
2    Q   So you had already had the four hours  3:43:33PM
3   in you?
4    A   Yeah.  That was a long time ago.    3:43:35PM
5   Yeah, I remember that first drink when I first
6   got to the island.  If you look in the report,
7   it will say when the fight started.  So I was on
8   my fourth drink then.
9    Q   Did you have any drinks after the    3:43:43PM
10  fight?
11   A   Yeah.              3:43:46PM
12   Q   Where did you have those drinks?    3:43:47PM
13   A   CJ's.  I think I had a drink at CJ's.  3:43:49PM
14   Q   We'll get to where you went after in a  3:43:54PM
15  bit.  But did you have any other drinks at
16  Houser's after the fight?
17   A   I don't recall.  I don't think so.  I  3:44:01PM
18  was disgusted by then.
19   Q   So what time did Dan tell you that he  3:44:07PM
20  called the police --
21   A   I don't know.          3:44:11PM
22   Q   -- and it took them a long time to    3:44:11PM
23  arrive?
24   A   I don't know.          3:44:14PM
25   Q   Did he tell you what time he called?  3:44:14PM

Page 284

RICHARD BOSETTI

1       RICHARD BOSETTI
2    A   When he saw Gary having the      3:44:17PM
3   altercation with the perp.
4    Q   And do you know how long it was    3:44:21PM
5   between the time that Gary started the
6   altercation with the perp and you walked over
7   there from the west side of the bar?
8        MR. NOVIKOFF:  Objection.       3:44:29PM
9    A   Gary did not start an altercation.   3:44:30PM
10   Q   Well, when the altercation with Gary  3:44:32PM
11  started.
12   A   Excuse me?           3:44:35PM
13   Q   Do you know how long it was between  3:44:36PM
14  the time that the altercation that Gary was
15  involved with started --
16   A   By the time Gary took place action.   3:44:40PM
17   Q   -- until the time you walked over from  3:44:42PM
18  the west side of the bar?
19   A   I don't recall.  I don't know.      3:44:46PM
20   Q   Was it minutes, hours, seconds?    3:44:47PM
21   A   That he called the police?      3:44:51PM
22   Q   No.  The starting time is when the    3:44:53PM
23  altercation began.
24   A   Yeah.              3:44:58PM
25   Q   The ending time is when you walked    3:44:58PM

9c25d064-2409-42b6-86d8-729604317825

Page 285

RICHARD BOSETTI

1
2  over from the west side of the bar after hearing
3  the rumble.
4       A    Yeah.                        3:45:05PM
5       Q    How long was it between the starting    3:45:05PM
6  time and the ending time?
7            MR. NOVIKOFF:  Objection.      3:45:08PM
8       A    The starting time is when I didn't   3:45:09PM
9  hear the altercation.  When I heard the
10 altercation, that was already going on when I
11 heard that rumble.
12      Q    Do you know how long it was --    3:45:14PM
13      A    No.                          3:45:15PM
14      Q    -- going on before you heard it?    3:45:15PM
15      A    No.  No.                     3:45:17PM
16      Q    And you testified when you got over    3:45:21PM
17 there, people were still being restrained?
18      A    Yeah, I had to restrain one of them.  3:45:25PM
19 I don't recall his name.  A little fat guy.
20 He's the one that went out on -- he flew the
21 coop.  They had to put a warrant on out on him.
22 I'm only guessing.  There were three of them,
23 I'm pretty sure.
24      Q    What do you mean, he flew the coop?    3:45:40PM
25      A    There was an arrest warrant on him    3:45:43PM

Page 286

RICHARD BOSETTI

1
2  because he was supposed to show up in court.
3       Q    When was that?                 3:45:47PM
4       A    A few months after the incident or two  3:45:48PM
5  weeks after the incident.
6       Q    Do you recall his name?         3:45:55PM
7       A    No.                          3:45:56PM
8       Q    And when you were restraining him, did  3:46:01PM
9  you identify yourself as a police officer?
10      A    Of course.                    3:46:06PM
11      Q    Did you have your shield out?    3:46:07PM
12      A    No, but people were telling him.   3:46:10PM
13 People were telling him, he's a police officer.
14 My brother had his shield out.  I told him I'm a
15 police officer.  I didn't have to use physical
16 force, just one of these (indicating), like
17 back, back, back.
18      Q    But you recall actually saying that    3:46:23PM
19 you were a police officer?
20      A    Yes.                         3:46:25PM
21      Q    Were you carrying a weapon at the    3:46:26PM
22 time?
23      A    No.                          3:46:28PM
24      Q    Was your brother carrying a weapon?    3:46:28PM
25      A    No.                          3:46:31PM

Page 287

RICHARD BOSETTI

1
2       Q    Do you generally carry a weapon when    3:46:32PM
3  you're not on duty?
4       A    No.  I would carry it if I'm going out  3:46:33PM
5  with my wife and kids or going someplace where I
6  feel I'd be safer.  But generally, if I'm
7  drinking, I'm not going to carry a weapon..
8       Q    Why?                        3:46:40PM
9       A    Even for one or two drinks.    3:46:40PM
10      Q    How come?                    3:46:42PM
11      A    Cause.  Plus at that place there, I    3:46:43PM
12 felt that I was amongst friends.  There was no
13 need to carry a weapon.
14      Q    You just testified a minute ago that    3:46:50PM
15 you wouldn't carry a weapon even if you were
16 having one or two drinks, correct?
17      A    Yeah.                        3:46:56PM
18      Q    On the days that you were on duty, you  3:46:56PM
19 I carried a weapon, correct?
20      A    Yes.                         3:47:01PM
21      Q    So the days that you had a beer on    3:47:02PM
22 duty, you did carry a weapon after having a
23 drink, correct?
24      A    Yeah.  After I had one drink, yeah.  3:47:10PM
25      Q    But that would be different?  If you    3:47:13PM

Page 288

RICHARD BOSETTI

1
2  were off duty, if you had one or two drinks, you
3  wouldn't carry it?
4       A    When you're in uniform, people have a  3:47:16PM
5  different aspect of you when they see you
6  walking into a bar and everything else.  When
7  you're not in uniform, they don't know that
8  you're a police officer.  So to carry a gun with
9  you, it's just looking for trouble.
10           And I felt that I didn't need a gun,    3:47:27PM
11 because everybody on that island, all the
12 locals, were my friends.  These were guys that
13 came in from the outside that started this crap.
14 They had nothing to do with our town or
15 anything.  So I felt that I had nothing to worry
16 about.
17      Q    So you thought that the people inside    3:47:43PM
18 the bar were all your friends?
19      A    People that I knew, my acquaintances.  3:47:48PM
20      Q    Was your brother friends with them    3:47:53PM
21 too?
22      A    Yeah, they were acquaintances.    3:47:55PM
23      Q    Was George Hesse friends with them?    3:47:57PM
24           MR. NOVIKOFF:  Objection.      3:47:59PM
25      A    I don't know what George does.    3:48:00PM

Page 289

RICHARD BOSETTI

1
2    Q   Okay. So let's just go back to you    3:48:02PM
3  get to the side of the altercation, your brother
4  tells you Jeanne is being choked and you're
5  restraining somebody.
6    A   Yes.                    3:48:13PM
7    Q   What happened next?        3:48:13PM
8    A   I told the guy to cool it. I said,    3:48:16PM
9  listen, it isn't worth it. I said, right now
10  you're all tanked up, you're fired up; but if
11  you continue this way, tomorrow you're gonna
12  wake up feeling bad and saying why didn't I
13  listen to that cop when he told, me, like, hey,
14  this is just a drunken, stupid bar thing, you
15  know, cool it for a while.
16       But with this, the three officers    3:48:41PM
17  pulled up. You know, I don't know who they
18  talked to inside. But I went in there and I
19  said Jeanne was being strangled. Tommy said,
20  bullshit, that never happened. And then Frank
21  tapped me on the shoulder and smiled and said,
22  Richie, we'll handle this.
23    Q   Well, let's go back to the time that    3:49:04PM
24  the police officers got there.
25       How long was it between the time that    3:49:09PM

Page 290

RICHARD BOSETTI

1
2  you arrived at the altercation to the time the
3  police officers arrived?
4    A   Now we're going back to that again.    3:49:18PM
5  Arrived at the altercation. When it was all,
6  like, just done and we were just like cool it,
7  cool it, cool it, then they arrived.
8    Q   All right. So I don't want to miss    3:49:33PM
9  anything in the timeline. So you walk over to
10  the altercation, your brother tells you about
11  Jeanne?
12    A   Yeah.                   3:49:39PM
13    Q   You're restraining somebody?        3:49:40PM
14    A   People are restraining these guys too.    3:49:41PM
15  There were also bar goers, patrons, that were --
16  and I guess the bouncers were restraining
17  people.
18    Q   That was inside the bar?        3:49:50PM
19    A   That was inside the bar. I don't know    3:49:52PM
20  what happened outside.
21    Q   You never went outside?        3:49:55PM
22    A   I went outside, I peeked out the door,    3:49:56PM
23  because these guys were parked there all night
24  long; and then come when it's late at night,
25  they're gone. So as soon as the thing went

Page 291

RICHARD BOSETTI

1
2  down, I didn't even look to see who was
3  fighting. I went right to the door to get them
4  to come inside. Because they're in uniform.
5  You know, it's their tour. All right? They're
6  not there. I come back, and I say to my brother
7  had to take police action.
8    Q   So now I'm thoroughly confused.    3:50:24PM
9  You testified you heard the        3:50:26PM
10  altercation and then you were at the altercation
11  between 10 and 15 seconds. Now you're
12  testifying that there was a period where you
13  heard the altercation, you went to go check
14  outside -- you went to go peek outside, and then
15  you came back in. Did that all happen in the
16  same 10 seconds?
17       MR. NOVIKOFF: Objection.        3:50:47PM
18    A   The altercation happened here, the    3:50:47PM
19  pool table is 7 feet long. I went there, peeked
20  out the door and then realized it was my
21  brother.
22    Q   So that all happened in 10 seconds?    3:50:56PM
23       MR. NOVIKOFF: Objection.        3:50:57PM
24    A   Whatever time it took me to get from    3:50:58PM
25  one side of the bar to the other. Maybe 15.

Page 292

RICHARD BOSETTI

1
2  Maybe 5. Whatever.
3       MR. NOVIKOFF: Do you have any air?    3:51:11PM
4       MR. GOODSTADT: We can open one of the    3:51:13PM
5  windows.
6       THE VIDEOGRAPHER: The time is 3:52.    3:51:16PM
7  We're off the record.
8       (Whereupon, a discussion was held off    3:53:27PM
9  the record.)
10       THE VIDEOGRAPHER: The time is 3:56.    3:55:55PM
11  We are back on the record.
12       MR. GOODSTADT: Did you want to make a    3:56:01PM
13  correction?
14       THE WITNESS: Yeah. The picture is    3:56:03PM
15  deceiving. The bathroom is right here.
16  That's where the men's room is. That's
17  where the ladies' room is. See that on top
18  there?
19  BY MR. GOODSTADT:                3:56:12PM
20    Q   So the bathroom is --        3:56:13PM
21    A   Right there. That's a wall. That's a    3:56:15PM
22  corner there.
23    Q   The top left, is that the area of the    3:56:16PM
24  bathroom?
25    A   Yeah. Uh-huh.                3:56:19PM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317a5

Page 293

RICHARD BOSETTI

1
2    Q    Okay. Now, just so I'm clear, you    3:56:20PM
3    didn't see Jeanne get strangled, did you?
4    A    No.                3:56:28PM
5    Q    And did you actually witness any    3:56:28PM
6    of the actual altercation?
7    A    No.                3:56:32PM
8    Q    At the time that the police officers    3:56:33PM
9    arrived, the on-duty police officers, where were
10   you?
11   A    I think I was somewhere nearby the    3:56:46PM
12   door, which would be around this area
13   (indicating).
14   Q    Were you inside the door or outside    3:56:52PM
15   the door?
16   A    Inside the door.        3:56:55PM
17   Q    And which on-duty police officers did    3:56:57PM
18   you see there?
19   A    Tommy Snyder, Kevin Lamm and Frank    3:57:01PM
20   Fiorillo.
21   Q    What were you doing at the time that    3:57:11PM
22   the police officers who were on duty that night
23   arrived?
24   A    We were more or less talking to the    3:57:15PM
25   perpetrators.

Page 294

RICHARD BOSETTI

1
2    Q    Which ones?            3:57:20PM
3    A    I don't know which one.        3:57:21PM
4    Q    Were you talking to more than one?    3:57:22PM
5    A    Right. I was talking -- I think it    3:57:24PM
6    was the little shorter guy, little shorter guy,
7    the stocky guy that I was talking to.
8    Q    And you were talking to him inside the    3:57:31PM
9    bar?
10   A    Yeah.                3:57:34PM
11   Q    Who else was there when you were    3:57:36PM
12   talking to him?
13   A    Dougie Wykoff, O'Rourke. I don't know    3:57:41PM
14   who else.
15   Q    Were you friends with Doug Wykoff?    3:57:48PM
16   A    Not friends like he invites me over to    3:57:56PM
17   his house and stuff like that; but if I see him
18   out, I'll go over and say hello to him and
19   everything else, but not -- no, not sociable
20   drinking buddies, if you want to call it that,
21   no.
22   Q    Who is Doug Wykoff?        3:58:08PM
23   A    He is a kindergarten teacher for the    3:58:10PM
24   Town of Ocean Beach.
25   Q    Is he a resident of the beach?    3:58:15PM

Page 295

RICHARD BOSETTI

1
2    A    Yes, he is.            3:58:17PM
3    Q    Do you know whether he was drinking    3:58:18PM
4    that night?
5    A    I don't know. I think he might have    3:58:20PM
6    been the bouncer that night.
7    Q    So he was working at the bar that    3:58:23PM
8    night?
9    A    Yeah, I think he was working in the    3:58:25PM
10   bar.
11   Q    What leads you to believe that he was    3:58:27PM
12   working in the bar that night?
13   A    I think he says that in one of his    3:58:28PM
14   statements.
15   Q    So you learned that from the statement    3:58:32PM
16   as opposed to something that happened at the
17   bar?
18   A    I might have learned it the next    3:58:38PM
19   day --
20        MR. NOVIKOFF: Objection.        3:58:39PM
21   A    He was there at the bar. It's just    3:58:43PM
22   that I'm not sure of his capacity, if he was
23   working as a bouncer, if I found that out right
24   away or the next day.
25   Q    And you don't know whether he was    3:58:54PM

Page 296

RICHARD BOSETTI

1
2    drinking?
3    A    No. Probably if he was bouncing, he    3:58:56PM
4    probably wasn't.
5    Q    But you don't know if he was bouncing?    3:58:59PM
6    A    I don't know. I don't know. Yeah.    3:59:02PM
7    It's all in that statement.
8    Q    But it's possible if he was bouncing,    3:59:05PM
9    that he was drinking, correct?
10        MR. NOVIKOFF: Objection.        3:59:08PM
11   A    Well, if I was bouncing, I wouldn't    3:59:09PM
12   want to get sloshed.
13   Q    I understand that. But it's possible    3:59:14PM
14   that he was, right?
15        MR. NOVIKOFF: Objection.        3:59:16PM
16   A    Anything's possible.        3:59:17PM
17   Q    At what point did you identify    3:59:19PM
18   yourself as a police officer?
19   A    As soon as I got to the -- to the part    3:59:23PM
20   where the rumble was and they were holding --
21   guys were holding the perpetrators back.
22   Q    Was that before or after Gary told you    3:59:31PM
23   that Jeanne was being choked?
24   A    I don't know. I don't know. It was    3:59:39PM
25   right around that time. I don't know if it was

74 (Pages 293 to 296)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 297

RICHARD BOSETTI

1
2    a few seconds before, a few seconds after.
3        Q    What else did Gary tell you about the   3:59:47PM
4    altercation at that time?
5        A    Jeanne was being choked.  They all    3:59:51PM
6    jumped me, and they kicked me in the face and in
7    the arm.  One guy grabbed his -- kicked him in
8    the face and arm.  One guy grabbed him around
9    the legs to try to get him down, and the other
10   guy was hitting him.
11       Q    And he told you all this at the time?   4:00:07PM
12       A    He told me that through the course of   4:00:09PM
13   the next minute or two, you know.
14       Q    Did he tell you all that before or    4:00:20PM
15   after you were helping to push back some of
16   these people?
17       A    Well, when I -- when I saw my brother   4:00:26PM
18   he was banged up, so I figured he got a couple
19   of lumps from these guys.
20       Q    Did you speak to Jeanne that night at   4:00:40PM
21   all?
22       A    Yes.                 4:00:42PM
23       Q    At the bar?             4:00:43PM
24       A    No.                  4:00:44PM
25       Q    Was she still at the bar at this time?  4:00:46PM

Page 298

RICHARD BOSETTI

1
2        A    I don't know.           4:00:48PM
3        Q    Did you look for her?       4:00:49PM
4        A    I found her in CJ's.       4:00:51PM
5        Q    Afterwards, though, right?     4:00:58PM
6        A    Right.               4:00:59PM
7        Q    So we'll get to that after.    4:01:00PM
8             Did you look for Jeanne in Houser's --  4:01:02PM
9        A    No.                  4:01:05PM
10       Q    -- that night?           4:01:05PM
11       A    Because the officers know who Jeanne   4:01:08PM
12   was.  They could've gotten in touch with her
13   whenever they wanted to.
14       Q    You were the first police officer on   4:01:13PM
15   the scene, though, correct?
16       A    Yes.                 4:01:16PM
17            MR. NOVIKOFF:  Objection.     4:01:17PM
18            MR. GOODSTADT:  What's the basis of   4:01:19PM
19   that objection?
20            MR. NOVIKOFF:  I think the form of the   4:01:21PM
21   question was improper.
22   BY MR. GOODSTADT:                4:01:24PM
23       Q    Do you know what I mean when I say the   4:01:25PM
24   first officer on the scene?
25       A    Yes.  Then you're taking back that I   4:01:28PM

Page 299

RICHARD BOSETTI

1
2    was never a cop there.
3        Q    Well, at least at the time.  What does   4:01:32PM
4    it mean to be the first officer on the scene?
5        A    I was at the scene when it started.  I   4:01:37PM
6    went over to the scene.  I was given
7    information.  And then the officers walked in,
8    the officers that were on duty walked in.
9        Q    Is it your understanding that at that   4:01:47PM
10   point in time, you had authority to make
11   arrests?
12       A    Sure.                4:01:55PM
13       Q    Did you arrest anyone that night?    4:01:56PM
14       A    No, I didn't.           4:01:58PM
15       Q    How come?             4:01:59PM
16       A    Frank told me he would handle it.    4:02:00PM
17       Q    Prior to Frank getting there, you    4:02:03PM
18   didn't make any arrests?
19       A    I didn't read any Miranda or anything.  4:02:06PM
20   When this was going down before my brother
21   actually told me what was going on, I knew he
22   got hit and everything else, the police came.
23   He said he would handle it.  If he said we're
24   not gonna handle this, I would've made a collar.
25   But it's always better to let the officer on

Page 300

RICHARD BOSETTI

1
2    duty make the arrest.
3        Q    And your brother didn't make any    4:02:28PM
4    arrests that night?
5        A    No.  He would've.         4:02:31PM
6        Q    What do you mean, he would've?     4:02:33PM
7        A    If the officers that were on duty and   4:02:35PM
8    came to the scene said that we're not gonna do
9    anything about this, then Gary would've had to
10   make the arrest, because otherwise we're leaving
11   ourselves open.  So when that one officer says
12   to you, to another officer, Richie, I'm gonna
13   handle it, you're trusting him that he's gonna
14   handle it, not that he's going to go back and
15   falsify reports and falsify information to try
16   to get you locked up, and in two weeks the judge
17   would say that these guys are actually crazy.
18   The Bosetti brothers acted perfectly normal,
19   lock up those guys.
20       Q    Where was your brother when the     4:03:09PM
21   on-duty police officers arrived?
22       A    I don't know.  Right around this area.  4:03:14PM
23   I can't say for sure.
24       Q    By the way, did -- were any of the    4:03:17PM
25   plaintiffs in this case affected by the need to

75 (Pages 297 to 300)

9c25d064-2409-42b6-86d8-7296043178a5

Page 301

RICHARD BOSETTI

1
2  take all these battery of tests for civil
3  service --
4        MR. NOVIKOFF:  Objection.        4:03:26PM
5  BY MR. GOODSTADT:                      4:03:27PM
6        Q    -- in 2005?                 4:03:27PM
7        A    I don't understand that question.    4:03:28PM
8        Q    You mentioned a bunch of people who    4:03:29PM
9  were affected by having to take this battery of
10  tests for civil service, correct?  You mentioned
11  yourself, you mentioned your brother, you
12  mentioned Ty Bacon, right?  Do you remember
13  that?
14        A    Yeah.                      4:03:41PM
15        Q    Were any of the plaintiffs required to    4:03:41PM
16  take those tests at that time?
17        A    I don't even know if I knew about the    4:03:46PM
18  test taking then.
19        Q    No, I'm talking about in '05, sort of    4:03:49PM
20  jumping around a bit here.
21        A    But this happened in '04 --    4:03:51PM
22        MR. NOVIKOFF:  You're jumping to '05.    4:03:52PM
23        A    Well, Ty Bacon knew what these    4:03:56PM
24  officers did to us in '05.
25        Q    I'll come back to it later.    4:04:02PM

Page 302

RICHARD BOSETTI

1
2        So was your brother -- where was your    4:04:07PM
3  brother when the on-duty officers arrived?
4        A    Somewhere in the area of that picture.  4:04:11PM
5        Q    Do you know where?           4:04:13PM
6        A    No.                        4:04:14PM
7        Q    Do you know whether he spoke to any of    4:04:19PM
8  the on-duty officers who came?
9        A    I don't think he did.        4:04:23PM
10        Q    Why not?                   4:04:24PM
11        MR. NOVIKOFF:  Objection.        4:04:26PM
12        A    Because they were talking to me.    4:04:28PM
13        Q    Well, you didn't witness the incident,  4:04:30PM
14  correct?
15        A    Correct.  Officers should've went    4:04:32PM
16  right to my brother and asked him what was going
17  on.
18        Q    Did they try to find your brother?    4:04:38PM
19        A    Sure.  I told them exactly where I    4:04:40PM
20  was, and I said, if you need us, let us know.
21  In fact, I thought I told you where Gary was
22  too, because that's how Paradiso knew where to
23  find us.
24        Q    Well, did your brother leave the scene    4:04:51PM
25  at some point?

Page 303

RICHARD BOSETTI

1
2        A    I told him to leave the scene, because  4:04:53PM
3  Frank said they're going to handle the
4  situation.  Now, if he's going to handle the
5  situation, I don't want my brother back in that
6  bar by himself and these guys are gonna come
7  back drunk and kick his ass.  So I said, just
8  go, go back to Elyse's.  I'm not gonna sleep
9  there, because otherwise it looks bad.  I'll be
10  sleeping in the barracks.
11        Q    What do you mean, otherwise it looks    4:05:12PM
12  bad?
13        A    Because then it's gonna be said that,  4:05:14PM
14  oh, they disappeared after that.  So I did
15  everything right.  Gary, you go sleep in a
16  comfortable bed over at Mike's house.  I'll go
17  to the barracks.  I'll monitor the phone, I'll
18  see what the heck is going on here.
19        Q    So you instructed your brother to    4:05:31PM
20  leave the scene of what happened there that
21  night?
22        A    Yeah.  After the officers said that    4:05:35PM
23  they were gonna handle it and I told them where
24  I would be and my brother.
25        Q    I understand that.  But I just want to  4:05:45PM

Page 304

RICHARD BOSETTI

1
2  know if you instructed your brother to leave the
3  scene.
4        A    Yes, I did.                4:05:50PM
5        Q    Did you suggest to your brother that    4:06:03PM
6  he should speak to the on-duty officers?
7        A    The on-duty officers knew where to    4:06:07PM
8  find him.
9        Q    That wasn't the question.        4:06:10PM
10        A    No.                       4:06:11PM
11        Q    Did you ever suggest to your    4:06:12PM
12  brother --
13        A    No.  I told my brother --    4:06:14PM
14        MR. FEHRINGER:  Let him finish the    4:06:17PM
15  question before you answer.
16  BY MR. GOODSTADT:                      4:06:20PM
17        Q    The question was whether you ever    4:06:20PM
18  suggested to your brother that maybe he should
19  speak to the on-duty officers, give a statement?
20        A    No.  I said, get out of here.  I said,  4:06:27PM
21  Frank's gonna handle it.  He knows where you
22  are.
23        Q    Do you know who Matt Bellows is?    4:06:35PM
24        A    I'm sorry?                 4:06:37PM
25        Q    Matt Bellows?              4:06:38PM

TSG Reporting – Worldwide     877-702-9580

9c25d064-2409-42b6-86d8-729604317825

Page 305

RICHARD BOSETTI

1
2    A    If he's the plumber, then I know.       4:06:39PM
3    Q    Was he there that night at the bar?    4:06:41PM
4    A    I don't know.                           4:06:43PM
5    Q    How did your brother get off the       4:06:44PM
6    island?
7    A    Matt took us off.                       4:06:46PM
8    Q    At what time?                           4:06:48PM
9    A    9:00, 9:30.                             4:06:49PM
10   Q    In the morning?                         4:06:52PM
11   A    Maybe later.  Maybe later.  It was      4:06:53PM
12   Halloween -- or it might have been earlier.  It
13   was Halloween.  He wanted to get home and take
14   his daughter trick or treating.
15   Q    So earlier than 9:00 or 9:30 a.m.?      4:07:01PM
16   A    It might have been.                     4:07:05PM
17   Q    How did you get off the island?         4:07:07PM
18   A    Matt took us off the island.            4:07:09PM
19   Q    On his boat?                            4:07:10PM
20   A    Yeah.                                   4:07:11PM
21   Q    And where did the boat leave from and   4:07:12PM
22   arrive at?
23   A    Matt took his boat, picked us up over   4:07:15PM
24   by where they dump the garbage.
25   Q    Which is where?                         4:07:25PM

Page 306

RICHARD BOSETTI

1
2    A    I forgot the name of the street.  It's  4:07:31PM
3    the last street in town.
4    Q    Did you tell anyone that you were       4:07:35PM
5    leaving the island, anyone in the police
6    department that you were leaving the island?
7    A    No.  But I made a phone call at 5:00    4:07:40PM
8    in the morning, and I have phone records to it,
9    4:00 -- I think the clock was put ahead that
10   night.  And I have phone records showing that I
11   called the precinct, and I said let me know
12   what's going on and, no matter what happened
13   that night, my brother was gonna leave to take
14   his kid trick or treating.
15   Q    Who did you tell that your brother was   4:08:01PM
16   going to leave to take his kid trick or
17   treating?
18   A    Gary was gonna leave.  He was adamant    4:08:05PM
19   about taking his kids trick or treating.
20   Q    Did you tell anyone in the police        4:08:09PM
21   department that Gary was leaving the island?
22   A    That Gary was what?                      4:08:14PM
23   Q    Was leaving the island.                  4:08:15PM
24        MR. NOVIKOFF:  Objection.               4:08:17PM
25   A    I'm not sure.                            4:08:18PM

Page 307

RICHARD BOSETTI

1
2    Q    Did you tell anyone that you were       4:08:19PM
3    leaving the island, anyone from the police
4    department that you were leaving the police
5    island?
6        MR. NOVIKOFF:  Objection.               4:08:22PM
7    A    No.  And I didn't want to talk to       4:08:23PM
8    Paradiso, because I didn't want to hear his
9    crap.
10   Q    What do you mean by that?               4:08:27PM
11   A    Oh, you guys went out, dah, dah, dah,   4:08:28PM
12   you went out, and all this other stuff, this
13   wouldn't have happened.  You know what?  Maybe
14   it wouldn't have happened, but Jeanne would've
15   gotten strangled.  And I don't care if it was
16   not nice for me to be at the bar or not.  I seen
17   that happen, I seen a crime go down -- my
18   brother saw the crime go down, not me.  He saw
19   this lady getting strangled.  She was in her
20   50s, these kids were in their 20s, and he jumped
21   right in, just like anybody else in this room
22   should do if they see something go down with an
23   older person.
24   Q    Well, had Paradiso ever given you that  4:08:58PM
25   speech about going out to the bars on the island

Page 308

RICHARD BOSETTI

1
2    prior to November of '04?
3    A    No, but I knew it would be coming.      4:09:05PM
4    Q    What makes you think it would be        4:09:09PM
5    coming, if he had never spoken to you?
6    A    Because even with the NYPD, even        4:09:11PM
7    though you're doing your job and you take police
8    action, if it's in a bar, the bosses always
9    frown upon it.  Oh man, oh man, oh man.  If you
10   happen to catch somebody doing a rape in broad
11   daylight in the middle of the street and you're
12   off duty, oh, fine, you look great.  But if
13   you're in a bar, an alcoholic establishment,
14   they frown on it.
15   Q    How come?                               4:09:38PM
16   A    I don't know.  I guess because it's     4:09:39PM
17   alcoholic establishment.  But it doesn't matter
18   to me, because Jeanne's still alive.  There were
19   witnesses.  The guys copped a plea.  The judge
20   was on my side.  So I'm glad that Gary took that
21   police action.  Imagine if he didn't.  What
22   would the people have thought of him then?  The
23   two brothers are in a bar, they all know them.
24   And they didn't do a thing to help this lady?
25   Come on.

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317BA5

Page 309

| | |
|---|---|
| 1 | RICHARD BOSETTI |
| 2 | Q   Did you provide any statements to the   4:10:14PM |
| 3 | on-duty officers that night at the bar? |
| 4 | A   Not on paper.                      4:10:19PM |
| 5 | Q   Verbally, you did?                4:10:21PM |
| 6 | A   Yeah, verbally, I did.            4:10:22PM |
| 7 | Q   Who did you provide the statement to?   4:10:24PM |
| 8 | A   I don't remember. It was Frank. I   4:10:26PM |
| 9 | said, we'll be at this house; you can find us at |
| 10 | this house. I placed a phone call to him. I |
| 11 | told him where Gary would be. And they spent |
| 12 | more time looking for the perp to hang the cops, |
| 13 | instead of doing the right thing and locking the |
| 14 | proper people up. |
| 15 | Q   The question was: Who did you give a   4:10:45PM |
| 16 | statement to that night at the bar? |
| 17 | A   Oh, written?                       4:10:49PM |
| 18 | Q   Well, you said you didn't give a   4:10:51PM |
| 19 | written statement. Did you gave a verbal |
| 20 | statement. |
| 21 | A   Yeah.                              4:10:55PM |
| 22 | Q   Who did you give the verbal statement   4:10:55PM |
| 23 | to? |
| 24 | MR. NOVIKOFF: Objection.        4:10:57PM |
| 25 | A   I just told you, the responding   4:10:57PM |

Page 310

| | |
|---|---|
| 1 | RICHARD BOSETTI |
| 2 | officers. |
| 3 | Q   Which responding officer did you give   4:11:00PM |
| 4 | a statement to at the bar? |
| 5 | A   Well, first outside was Snyder.   4:11:03PM |
| 6 | Q   What did you tell Snyder?          4:11:05PM |
| 7 | A   That Jeanne was strangled.         4:11:07PM |
| 8 | Q   What was his response?            4:11:09PM |
| 9 | A   Bullshit, that never happened.   4:11:11PM |
| 10 | Q   Did he say anything else other than,   4:11:13PM |
| 11 | bullshit, that never happened? |
| 12 | A   I don't recall. I don't recall.   4:11:18PM |
| 13 | Q   Did he tell you if it did happen, you   4:11:19PM |
| 14 | should go get her and bring her out? |
| 15 | A   That's in the statement, I think.   4:11:24PM |
| 16 | That's in the statement. Yeah, but we did have |
| 17 | Jeanne, and he could've got her. He knew who |
| 18 | Jeanne was. He's handling the call. |
| 19 | Q   Well, if he had asked you to -- well,   4:11:32PM |
| 20 | strike that. |
| 21 | When you told him that Jeanne was   4:11:34PM |
| 22 | strangled and he told you bullshit, that never |
| 23 | happened, but if it did, why don't you get her, |
| 24 | was before or after Frank told you we're gonna |
| 25 | take care of this? |

Page 311

| | |
|---|---|
| 1 | RICHARD BOSETTI |
| 2 | A   That was before Frank said that.   4:11:50PM |
| 3 | Q   Okay. So before you knew that the   4:11:50PM |
| 4 | on-duty officers were the ones that were going |
| 5 | to take care of it, you were told by Tom Snyder |
| 6 | that if Jeanne was there, why don't you go get |
| 7 | her and bring her out? |
| 8 | A   Right. And then there's a tap on my   4:12:01PM |
| 9 | shoulder, Frank, Rich, we'll take care of it. |
| 10 | Go. |
| 11 | Q   So you took that to mean don't go get   4:12:07PM |
| 12 | Jeanne? |
| 13 | A   No, no. I took it to mean that   4:12:11PM |
| 14 | they're gonna handle it. Handling means they |
| 15 | get their witnesses together, they get their |
| 16 | people together, and not listen to the perps. |
| 17 | Oh, we didn't do nothing. And then all of a |
| 18 | sudden, two weeks later, oh, yeah, we did do |
| 19 | something. The judge -- ask the judge. They |
| 20 | laughed them out of court with that bogus report |
| 21 | they were writing. |
| 22 | Q   Did you respond to Snyder after he   4:12:34PM |
| 23 | told you, bullshit, it never happened, and if it |
| 24 | did, bring her out? |
| 25 | A   Frank then told me get out of here. I   4:12:42PM |

Page 312

| | |
|---|---|
| 1 | RICHARD BOSETTI |
| 2 | got out of there. |
| 3 | Q   The question was: Did you respond to   4:12:46PM |
| 4 | Snyder? |
| 5 | A   Not that I know of.                4:12:48PM |
| 6 | Q   And how long after Snyder told you   4:12:50PM |
| 7 | that, did Frank tap you on the shoulder and tell |
| 8 | you that they would take care of it? |
| 9 | A   Immediately.                       4:12:57PM |
| 10 | Q   And did you respond to Frank?      4:12:58PM |
| 11 | A   I don't know if I said yeah, okay or   4:13:01PM |
| 12 | not. I nodded my head, maybe, and left. Went |
| 13 | back into the bar and tended to my brother. |
| 14 | Q   How long did you go back into the bar   4:13:09PM |
| 15 | and tend to your brother prior to leaving? |
| 16 | A   It was probably long enough for me to   4:13:13PM |
| 17 | say, are you all right? Okay. Snyder says he's |
| 18 | gonna handle it or, you know, the guys said |
| 19 | they're gonna handle it. Why don't you go back |
| 20 | to the house. |
| 21 | Q   At that point in time did you know   4:13:26PM |
| 22 | that your brother used a pool cue to hit |
| 23 | somebody? |
| 24 | A   Yeah.                              4:13:31PM |
| 25 | Q   How come that's not in your statement?   4:13:32PM |

78 (Pages 309 to 312)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 313

RICHARD BOSETTI

1
2     A    Because I didn't see my brother hit     4:13:34PM
3  somebody with a pool cue.
4     Q    Well, you testified to some -- well,    4:13:38PM
5  you wrote in here some other stuff that your
6  brother told you, right?
7     A    If my brother -- if any police officer  4:13:42PM
8  says he had to take physical force, police
9  action, I'm not going to ask him, did you hit
10 him in the crotch?  Did you pull his nuts?  Did
11 you step on his foot?  He took police action, he
12 had to use force, he used force.  That's all
13 there was to it.
14    Q    When did you learn that he used a pool   4:13:56PM
15 cue?
16    A    I don't know if it was that night or    4:13:58PM
17 the day after or what.
18    Q    But you just testified a moment ago      4:14:01PM
19 that he told you that night --
20         MR. NOVIKOFF:  Objection.        4:14:04PM
21 BY MR. GOODSTADT:                    4:14:05PM
22    Q    -- before he left.            4:14:05PM
23    A    I don't know when he told me about the   4:14:06PM
24 pool cue.  He said he to take police action.  I
25 never told you how he said how he took his

Page 314

RICHARD BOSETTI

1
2  police action.
3         MR. GOODSTADT:  Can we just go up a  4:14:17PM
4  little bit.
5         (Whereupon, a discussion was held off  4:14:19PM
6  the record.)
7  BY MR. GOODSTADT:                    4:14:38PM
8     Q    I asked you at that point in time,      4:14:39PM
9  when you went back in, did you know that your
10 brother had to use a pool cue to hit someone,
11 and you testified yes.  Now I'm asking you --
12    A    Okay, yes.                    4:14:48PM
13         MR. NOVIKOFF:  Wait.           4:14:50PM
14    Q    -- why wasn't that in your statement?    4:14:50PM
15         MR. NOVIKOFF:  Objection.        4:14:53PM
16    A    Because everyone knew he used a pool     4:14:53PM
17 cue to hit somebody.  He probably put it in his
18 statement.  I don't know.  He used physical
19 force to get the job done.  If he would've had a
20 radio, he would've hit him with a radio.
21    Q    My question was:  Why didn't you put     4:15:03PM
22 it into your statement?
23         MR. NOVIKOFF:  Objection..       4:15:06PM
24    A    Why didn't I?  I don't know.  I don't   4:15:06PM
25 know.  All I know is the job was done, he

Page 315

RICHARD BOSETTI

1
2  protected himself, and that's all there is to
3  it.
4     Q    Do you know what happened to that pool   4:15:16PM
5  cue?
6     A    No.                         4:15:23PM
7     Q    Do you know if the pool cue broke?       4:15:27PM
8     A    Did it?                      4:15:29PM
9     Q    I'm asking if you know whether it did    4:15:30PM
10 break.
11    A    I don't know.  I don't know.      4:15:32PM
12    Q    Did you ever see the pool cue that was   4:15:33PM
13 used?
14    A    I think in a picture.          4:15:35PM
15    Q    You saw a picture of it?          4:15:37PM
16    A    Yeah.                       4:15:39PM
17    Q    Was the pool cue broken?          4:15:39PM
18    A    I don't know.  I don't recall.    4:15:41PM
19    Q    Who took the picture?             4:15:44PM
20    A    I don't know.                 4:15:45PM
21    Q    When did you see the picture?         4:15:46PM
22    A    I don't know.                 4:15:47PM
23    Q    Who showed you the picture?           4:15:49PM
24    A    I don't know..                4:15:51PM
25    Q    How do you know that was the pool cue    4:15:51PM

Page 316

RICHARD BOSETTI

1
2  that was used on him?
3     A    There was some guy holding up -- an     4:15:54PM
4  officer, maybe Cherry, maybe Officer Cherry was
5  holding up a pool cue.  So I assumed it had to
6  do with an investigation, and that must have
7  been the pool cue.
8     Q    When did you see the pictures that      4:16:06PM
9  Officer Cherry took?
10    A    I don't know.                 4:16:09PM
11    Q    Was it before or after you gave your     4:16:09PM
12 statement?
13    A    I don't know.                 4:16:12PM
14    Q    Did you ever see a field report         4:16:15PM
15 was filed by the on-duty officers that night?
16    A    Not that night.               4:16:19PM
17    Q    Well, I'm not asking whether you saw     4:16:21PM
18 it that night.  I'm asking you whether you saw a
19 field report that they filed that night.
20    A    Yes.                        4:16:27PM
21    Q    When did you see that?            4:16:28PM
22    A    I'm not sure.                 4:16:29PM
23    Q    How many versions of that field report   4:16:30PM
24 have you seen?
25         MR. NOVIKOFF:  Objection.        4:16:33PM

79 (Pages 313 to 316)

9c25d064-2409-42b6-86d8-729604317Ba5

Page 317

RICHARD BOSETTI

1
2    A   I think it was three.                    4:16:34PM
3    Q   When was the first time you saw a    4:16:40PM
4    version of the field report that was filed that
5    night?
6    A   I don't know.                          4:16:46PM
7    Q   When was the second version that you    4:16:47PM
8    saw of the field report that was filed that
9    night?
10   A   I don't know.                          4:16:51PM
11   Q   When was the third version of the    4:16:52PM
12   field report that was filed that night that you
13   saw?
14   A   I don't know.                          4:16:56PM
15   Q   How did the different versions of the    4:16:57PM
16   field report differ from one to the next?
17   A   Oh, you mean if they contradicted each    4:17:03PM
18   other?
19   Q   I'm talking about a field report now.    4:17:06PM
20   A   Yeah.  They had to make up a field    4:17:08PM
21   report.
22   Q   Right.                                 4:17:10PM
23   A   I'm thinking of the statement.  I    4:17:11PM
24   don't know what the field report said.
25   Q   Have you ever seen a field report?    4:17:14PM

Page 318

RICHARD BOSETTI

1
2    A   I'm thinking about the individual    4:17:17PM
3    statements, I'm sorry.
4    Q   Have you ever seen a field report?    4:17:19PM
5    A   I'm not sure.                          4:17:21PM
6    Q   When was the first time you saw the    4:17:25PM
7    other witness statements that you testified to
8    before?
9    A   I think it was weeks afterwards, maybe    4:17:35PM
10   a week, two weeks.
11   Q   So within one or two weeks?           4:17:38PM
12   A   And I'm even taking a guess at this.    4:17:40PM
13   Yeah one or two weeks maybe.
14   Q   So at some point in the first or    4:17:43PM
15   second week of November, you saw those
16   statements?
17   A   Yeah, maybe.                          4:17:47PM
18   Q   When was the first time you saw your    4:17:48PM
19   brother's report or statement?
20   A   I don't know.                          4:17:52PM
21   Q   You don't recall?                     4:17:55PM
22   A   No.                                    4:17:56PM
23   Q   Do you recall one of the people who    4:18:00PM
24   were involved in the incident pointing to you
25   and stating that the person who hit me with the

Page 319

RICHARD BOSETTI

1
2    pool cue looked like you, but only shorter?
3    A   No.  They said it to him, to them.    4:18:14PM
4    Q   They said what to them?               4:18:16PM
5    A   They looked at a picture, and they    4:18:18PM
6    said this is the guy over here, supposedly in
7    the precinct.
8    Q   Do you recall at the bar --           4:18:26PM
9    A   At the bar?                            4:18:30PM
10   Q   -- one of the guys pointing to you and    4:18:30PM
11   saying, the guy who hit us with the pool cue
12   looks like this, but only shorter?
13   A   Why would they say that?  My brother    4:18:38PM
14   was there when that was happening.
15   Q   The question is whether you recall    4:18:43PM
16   anyone saying that.
17   A   No, I don't remember that.            4:18:45PM
18   Q   Where did you go -- strike that.    4:18:47PM
19       How long after your discussion with    4:18:49PM
20   Frank Fiorillo where he told you he was gonna
21   take care of it, how long was it between that
22   time and the time you left Houser's?
23   A   A minute or two.                      4:19:07PM
24   Q   So Frank told you that he was going to    4:19:10PM
25   take care of it, you went back in and told your

Page 320

RICHARD BOSETTI

1
2    brother to leave, and then you left within a
3    minute or two?
4    A   Yeah.  I told him where we would be.    4:19:18PM
5    Call me if you need me.
6    Q   When did you tell him where you'd be?    4:19:23PM
7    A   I'd be in the barracks.               4:19:25PM
8    Q   When did you tell him where you'd be?    4:19:28PM
9    A   I don't know.                          4:19:30PM
10   Q   Was it before or after Frank told you    4:19:30PM
11   that they're gonna take care of it?
12       MR. NOVIKOFF:  Objection.  Asked and    4:19:34PM
13   answered.
14   A   I don't know.  Probably -- wait.  It    4:19:35PM
15   probably would've been afterwards I told him
16   that.
17   Q   So after Frank told you that they're    4:19:41PM
18   gonna take care of it but before you left the
19   bar a minute or two later, you told him where
20   you'd be?
21   A   I think, yeah.                         4:19:52PM
22   Q   Did you ever hear any of the people    4:19:54PM
23   whom your brother got into an altercation with
24   state anything about a coverup?
25       MR. NOVIKOFF:  When?                   4:20:03PM

80  (Pages 317 to 320)

9c25d064-2409-42b6-86d8-7296043178a5

Page 321

```
1              RICHARD BOSETTI
2       MR. GOODSTADT:  That night or the next  4:20:05PM
3   morning.
4       A   No.  They did, from what I understand.  4:20:10PM
5   They heard this, there's gonna be a coverup.
6       Q   What is your understanding of that     4:20:17PM
7   based on?
8       A   From when I went into the precinct.  I  4:20:19PM
9   went into the precinct.  They said, we're still
10  handling it.  And then I left because one of
11  them said, Rich, Rich, maybe it's better you
12  leave.  To me, it sounded like they wanted to do
13  their dirty work and get rid of me.  I didn't
14  know what they were doing, so I left.
15      Q   Let me get back to you coming back to  4:20:39PM
16  the station in a minute.
17          But my question is:  How did you learn  4:20:42PM
18  that one of the three people that your brother
19  was in an altercation with stated something
20  about a coverup?
21      A   I don't know.                    4:20:52PM
22      Q   You don't know who told you that?     4:20:52PM
23      A   No.  No, I don't know.            4:20:54PM
24      Q   But you said that apparently they said  4:20:56PM
25  it to the on-duty officers.  How did you learn
```

Page 322

```
1              RICHARD BOSETTI
2   that they said it to the on-duty officers?
3       A   I think it's in the statement.       4:21:03PM
4       Q   So you learned it from the statement?  4:21:04PM
5       MR. NOVIKOFF:  Objection.           4:21:06PM
6       A   I did, yeah.  I'm pretty sure it's in  4:21:06PM
7   there.  I should've read all the statements
8   yesterday.  I only read one.
9       Q   Were any of the three guys that your  4:21:13PM
10  brother got into an altercation with injured?
11      A   One of them was injured.          4:21:17PM
12      Q   Which one?                       4:21:18PM
13      A   The guy with the knocked-up face.    4:21:19PM
14      Q   Do you know what his name is?        4:21:23PM
15      A   O'Coot, Coot.                    4:21:25PM
16      Q   Van Coot?                        4:21:27PM
17      A   Yeah.  I don't want to screw you up.  4:21:29PM
18      MR. GOODSTADT:  Mark that, please.   4:21:31PM
19      A   As a matter of fact, that's him.     4:21:34PM
20          (Whereupon, Bates document 3187-3189  4:21:36PM
21  was marked as R. Bosetti Exhibit 9 for
22  identification, as of this date.)
23      MR. GOODSTADT:  I've placed in front   4:22:08PM
24  of Mr. Bosetti what's been marked as R.
25  Bosetti Exhibit 9.  It is a three-page
```

Page 323

```
1              RICHARD BOSETTI
2   exhibit, bearing Bates 3187 through 3189.
3   (Handing.)
4   BY MR. GOODSTADT:                        4:22:20PM
5       Q   Do you recognize these photos?      4:22:20PM
6       A   Yeah, now that he's got the neck brace  4:22:22PM
7   on.
8       Q   What are these photos?            4:22:26PM
9       MR. NOVIKOFF:  Did he say he        4:22:28PM
10  recognizes these photos?
11          MR. GOODSTADT:  I think he said      4:22:30PM
12  "yeah"--
13          THE WITNESS:  Yeah, but not with the  4:22:31PM
14  neck brace on.
15          MR. NOVIKOFF:  Let the record reflect  4:22:36PM
16  that the neck brace appears on the third
17  page of this exhibit.
18  BY MR. GOODSTADT:                        4:22:40PM
19      Q   When did you first see these photos?  4:22:41PM
20      A   I'm not sure if I seen all of these or  4:22:43PM
21  if they were in the file when we went to court,
22  where those guys pleaded guilty and the other --
23  where this guy pleaded guilty and the other guy
24  ran away on a warrant.
25      Q   So you don't recall the first time you  4:22:59PM
```

Page 324

```
1              RICHARD BOSETTI
2   saw these pictures?
3       A   No.  I think that was when these guys  4:23:01PM
4   went to court, when one of them went to court.
5       Q   You testified before that Joe Loeffler  4:23:07PM
6   was on rescue; is that correct?
7       MR. NOVIKOFF:  Objection.           4:23:12PM
8   BY MR. GOODSTADT:                        4:23:13PM
9       Q   He was with EMT?                  4:23:13PM
10      A   Yeah.  It was in one of the          4:23:15PM
11  statements, I think..
12      Q   Was he on that night, do you know?   4:23:19PM
13      A   I don't know.                    4:23:21PM
14      Q   So you weren't at the station when he  4:23:21PM
15  arrived?
16      MR. NOVIKOFF:  Objection.           4:23:23PM
17      A   No.                             4:23:24PM
18      Q   Did you ever hear that Joe Loeffler   4:23:24PM
19  made a statement that this was an assault second
20  with a dangerous instrument?
21      MR. NOVIKOFF:  Objection.           4:23:31PM
22      A   It's in one of your reports.        4:23:32PM
23      Q   That's the only time you ever heard   4:23:32PM
24  it?
25      A   Yeah.                           4:23:32PM
```

81  (Pages 321 to 324)

Page 325

RICHARD BOSETTI

1
2    Q    Did you ever speak to Mr. Loeffler    4:23:33PM
3    about the Halloween incident?
4    A    No.                        4:23:37PM
5    Q    So you testified that you left the bar  4:23:39PM
6    about a minute or two after Frank said we're
7    gonna handle it, correct?
8    A    Yes.                        4:23:45PM
9    Q    Where did you go from there?        4:23:46PM
10   A    I went to -- I don't know if I went to  4:23:53PM
11   the precinct first or CJ's first.  I'm not sure.
12   Q    So you don't know whether you went to  4:24:03PM
13   CJ's or the precinct?
14   A    I don't know.  I'm not sure which step  4:24:06PM
15   I took.
16   Q    Is there anything that would refresh  4:24:09PM
17   your recollection?
18   A    Huh?                       4:24:12PM
19   Q    Is there anything that would refresh  4:24:12PM
20   your recollection as to where you went first?
21   A    If I read my statement there.       4:24:16PM
22   Q    Who was in CJ's -- strike that.     4:24:25PM
23       What time was it when you went to    4:24:28PM
24   CJ's?
25   A    I don't know.               4:24:31PM

Page 326

RICHARD BOSETTI

1
2    Q    Approximately what time?            4:24:31PM
3    A    After midnight.  Well after midnight.  4:24:33PM
4    Q    What time did the altercation happen?  4:24:36PM
5    A    Well after midnight.            4:24:39PM
6    Q    Well, in your statement it says at    4:24:42PM
7    approximately 3:30 a.m.?
8    A    Okay.  Am I allowed to have a        4:24:45PM
9    statement here to refresh my memory or do I just
10   have to go by --
11       MR. NOVIKOFF:  Yeah.            4:24:51PM
12       THE WITNESS:  I can have my --       4:24:53PM
13       MR. NOVIKOFF:  He's entitled to see  4:24:53PM
14   what you remember.
15   A    It was after one or two -- maybe after  4:24:55PM
16   one, well after one.  I don't know one.  I don't
17   remember.
18   Q    I'm going to represent to you that   4:25:01PM
19   your statement says, "At approximately
20   3:30 a.m., I was standing on the west end of the
21   bar."
22   A    Okay.                       4:25:09PM
23   Q    Does that refresh your recollection?  4:25:11PM
24   A    Yeah, all right.  So then that's when  4:25:12PM
25   it was.

Page 327

RICHARD BOSETTI

1
2        MR. NOVIKOFF:  I think that's a bit   4:25:12PM
3    unfair.  I mean, if the witness is
4    suggesting that he needs the statement to
5    refresh his recollection and you don't want
6    to show him the statement, that's fine.  But
7    then if you're going to read from the
8    statement, I think that's a little
9    inappropriate.  Do what you need to do.
10       MR. GOODSTADT:  Your objection is     4:25:27PM
11   noted.
12   BY MR. GOODSTADT:                    4:25:29PM
13   Q    I'm representing to you that your    4:25:29PM
14   statement says, "At approximately 3:30 a.m., I
15   was standing on the west end of the bar."
16   A    Okay.                       4:25:35PM
17   Q    Does that refresh your recollection as  4:25:36PM
18   to when the incident occurred?
19   A    If that's what I wrote --          4:25:38PM
20       MR. NOVIKOFF:  Objection.           4:25:39PM
21   A    If that's what I wrote, that's what it  4:25:40PM
22   is.
23   Q    So using that 3:30, assuming that's  4:25:41PM
24   accurate, how long after that did you go to
25   CJ's, after you heard the altercation?

Page 328

RICHARD BOSETTI

1
2    A    I'm not sure if I went to CJ's before  4:25:51PM
3    the precinct or the precinct after CJ's.
4    Q    What time do bars close on Ocean      4:25:57PM
5    Beach?
6    A    4:00.                       4:26:00PM
7    Q    Even on Halloween?               4:26:02PM
8    A    Yeah, supposed to.              4:26:05PM
9    Q    Who was in CJ's when you got there?   4:26:09PM
10   A    Jeanne and her husband, and I don't    4:26:12PM
11   know who else.
12   Q    You don't recall anyone else who was  4:26:18PM
13   there other than Jeanne and her husband?
14   A    Excuse me?                   4:26:23PM
15   Q    You don't recall anyone else --      4:26:24PM
16   A    No.                        4:26:25PM
17   Q    -- other than Jeanne and her husband?  4:26:25PM
18   A    No.                        4:26:27PM
19   Q    Was Jeanne's husband drinking at CJ's?  4:26:27PM
20   A    Probably.                    4:26:31PM
21   Q    Was Jeanne drinking at CJ's?         4:26:31PM
22   A    I don't know.               4:26:33PM
23   Q    So why do you say probably her husband  4:26:34PM
24   was drinking?
25   A    Because he went to the bar, he       4:26:39PM

82 (Pages 325 to 328)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 329

RICHARD BOSETTI

1
2  probably had a drink.
3      Q    Were you drinking at all at CJ's?    4:26:44PM
4      A    I might have.  I might have had one    4:26:46PM
5  beer.
6      Q    Just so I understand this, Jeanne    4:26:50PM
7  Yager was choked --
8      A    Yeah.                        4:26:55PM
9      Q    -- under an hour ago, and now she's in 4:26:55PM
10 a bar with her husband and her husband's
11 drinking and maybe she is too?
12     MR. NOVIKOFF:  Objection.        4:27:02PM
13 BY MR. GOODSTADT:                   4:27:02PM
14     Q    Is that correct?             4:27:02PM
15     A    Good thing my brother intervened, she 4:27:04PM
16 never would've made the bar.
17     Q    Did she seek medical treatment that  4:27:08PM
18 night?
19     A    No.                         4:27:10PM
20     Q    Now, you testified either before CJ's 4:27:15PM
21 or after CJ's, you came to the station house,
22 correct?
23     A    Correct.                    4:27:21PM
24     Q    Okay.  What happened when you arrived 4:27:21PM
25 at the station house?

Page 330

RICHARD BOSETTI

1
2      A    I walked in.  I don't remember exactly 4:27:23PM
3  what was going on.  But Tommy says, leave until
4  we figure out what's going on.  And I said, all
5  right, you know where I'll be.
6      Q    How long were you in the station    4:27:40PM
7  house?
8      A    A few minutes.              4:27:42PM
9      Q    Did you use the restroom?     4:27:43PM
10     A    Yeah.                       4:27:44PM
11     Q    You used the restroom in the station? 4:27:45PM
12     A    Yes.                        4:27:47PM
13     Q    Did you hear anything that any of the 4:27:47PM
14 three guys that your brother got into a fight
15 with, anything that they said?
16     A    No.                         4:27:52PM
17     Q    Do you recall anything else that was 4:27:56PM
18 stated to you or by you while you were in the
19 station?
20     A    I don't recall anything.    4:28:02PM
21     MR. FEHRINGER:  Rich, just let him   4:28:04PM
22 finish.  After he finishes, then you can
23 answer.
24 BY MR. GOODSTADT:                   4:28:06PM
25     Q    Did you ask any of the on-duty   4:28:06PM

Page 331

RICHARD BOSETTI

1
2  officers to come up to the barracks after they
3  were done at the station?
4      A    Yes, I did.                 4:28:13PM
5      Q    Why did you ask them to come up to the 4:28:14PM
6  barracks to see you?
7      A    I called up Frank.  I knew that they 4:28:17PM
8  didn't want me at the precinct.  I said, I'll be
9  sleeping in the barracks.  At least let me know
10 what goes on, how this turns out, before you go
11 home tomorrow.  And if you need me, I'm in the
12 barracks.
13     Q    Did you speak with any of them after 4:28:33PM
14 that?
15     A    No.  He never called me.      4:28:37PM
16     Q    Did you call them?           4:28:38PM
17     A    Yes, I did.                 4:28:39PM
18     Q    Did anyone pick up the phone?  4:28:40PM
19     A    I'm pretty sure it was Frank -- not 4:28:43PM
20 Frank, Lamm.  It's one of those two guys.
21     Q    So you spoke to either Frank or Lamm? 4:28:49PM
22     A    Yeah.                       4:28:51PM
23     Q    What time was that?          4:28:52PM
24     A    It's on my phone records, which is in 4:28:52PM
25 the files.  It would have to be maybe 4:30,

Page 332

RICHARD BOSETTI

1
2  5:00, and I don't know if that's taking into
3  consideration with the hour back or forward or
4  what, so...
5      Q    Who else -- well, did you sleep in the 4:29:06PM
6  barracks that night?
7      A    Yes, I did.                 4:29:09PM
8      Q    What time did you get to the barracks? 4:29:10PM
9      A    Well, I don't know if I said it on my 4:29:18PM
10 statement or not, but I got to the barracks
11 after either I left either the -- whichever was
12 the last thing I did, went to the bar or went to
13 the precinct.
14     Q    And you testified that somebody asked 4:29:35PM
15 you to leave the police station?
16     A    Yeah.                       4:29:40PM
17     Q    Who asked you to leave the police    4:29:40PM
18 station?
19     A    It was either -- I think it was     4:29:43PM
20 Snyder.
21     Q    Anyone else sleeping in the barracks 4:29:48PM
22 that night?
23     A    I don't recall.             4:29:51PM
24     Q    Was anyone else in the barracks that 4:29:53PM
25 night --

83  (Pages 329 to 332)

9c25d064-2409-42b6-86d8-7296043178a5

**Page 333**

RICHARD BOSETTI

1
2  A   I don't recall.          4:29:56PM
3  Q   -- whether they were sleeping or not?  4:29:56PM
4     So at the time you called, you were in  4:29:59PM
5  the barracks?
6  A   I called from the barracks.     4:30:03PM
7  Q   And you don't recall if anyone else   4:30:05PM
8  was there?
9  A   Excuse me?          4:30:07PM
10 Q   You don't recall if anyone else was   4:30:08PM
11 there?
12 A   No, I don't.          4:30:10PM
13 Q   Did you ever discuss Halloween    4:30:11PM
14 incident with Patrick Cherry?
15 A   Yes..            4:30:17PM
16 Q   When was that?        4:30:18PM
17 A   I don't know, but he was one of the --  4:30:19PM
18 one of the interviewers.
19 Q   How did you know he was one of the   4:30:30PM
20 interviewers?
21 A   George told me.        4:30:33PM
22 Q   When did he tell you that?      4:30:34PM
23 A   When they started to get all of the   4:30:35PM
24 witnesses together because they realized that
25 this thing went down unfairly.

**Page 334**

RICHARD BOSETTI

1
2  Q   George told you that we realize this  4:30:45PM
3  thing went down unfairly?
4  A   George realized that these guys really  4:30:48PM
5  screwed up big time by trying to hurt me and my
6  brother.
7  Q   When did he tell you that?      4:30:54PM
8     MR. NOVIKOFF:  Objection.     4:30:56PM
9  A   As soon as he read their statements.  4:30:58PM
10 Q   When was that?        4:30:59PM
11 A   And as soon as people came in in the  4:31:00PM
12 morning and said, what the hell is going on
13 here?  The brothers didn't do a damn thing wrong
14 last night; they saved Jeanne's life. That's
15 when he realized something was going on.
16 Q   When did he tell you --      4:31:12PM
17 A   I don't know.          4:31:13PM
18 Q   -- that they screwed up big time?   4:31:14PM
19 A   I don't know.  As soon as he found out  4:31:16PM
20 about it.  I don't know if he came in that day
21 when Paradiso was there or if he was there when
22 the witnesses came in and stormed the precinct
23 or when, exactly how that went, in what order it
24 went down.
25 Q   What do you mean by the witness   4:31:34PM

**Page 335**

RICHARD BOSETTI

1
2  stormed the precinct?
3  A   Well, people came in complaining.   4:31:36PM
4  Q   Which ones, which people?     4:31:39PM
5  A   I don't know who was in, but whoever  4:31:42PM
6  wrote the statements, you know.
7  Q   Do you know whether they were asked to  4:31:47PM
8  come in or they came in voluntarily?
9  A   I don't know.  I don't know.  I don't  4:31:51PM
10 know.  I heard that the town's -- this the
11 locals were really annoyed at what happened.
12 Q   Who did you hear that from?     4:31:58PM
13 A   The locals.          4:31:59PM
14 Q   Which ones?         4:32:00PM
15 A   All of them.          4:32:01PM
16 Q   Give me some names.       4:32:01PM
17 A   Levine, Wykoff, AJ, BJ, JJ.  What   4:32:03PM
18 else? Everybody that knows us.
19 Q   Who's AJ?          4:32:13PM
20 A   Yeah, AJ -- JJ.         4:32:16PM
21 Q   JJ?            4:32:19PM
22 A   Yeah.            4:32:20PM
23 Q   Who's JJ?          4:32:20PM
24 A   JJ's the bartender of CJ's.     4:32:21PM
25 Q   Was he there that night?      4:32:26PM

**Page 336**

RICHARD BOSETTI

1
2  A   No.            4:32:27PM
3  Q   Who's BJ?          4:32:29PM
4  A   It's AJ.  It's a kid that --     4:32:32PM
5  Q   I'm a little confused.  You testified  4:32:36PM
6  to an AJ, BJ and a JJ.
7  A   I understand.  You have to realize,   4:32:43PM
8  that's the this place is out there, with all the
9  different names.
10 Q   Is AJ, BJ and JJ three separate people  4:32:46PM
11 or is that one person?
12 A   No.  There's AJ, there's JC, JT --   4:32:50PM
13 there's no JC.  There's JT.  It's a mess.  AJ --
14 Q   Let's start with AJ.  Who is AJ?   4:33:05PM
15 A   AJ is one of the kids that live in the  4:33:06PM
16 corner house that his mom is dating JJ.
17 Q   How old is AJ?        4:33:18PM
18 A   AJ's in his twenties, mid-twenties to  4:33:20PM
19 late twenties.
20 Q   Was AJ at Houser's that night?    4:33:24PM
21 A   No.            4:33:26PM
22 Q   Who's BJ?          4:33:27PM
23 A   BJ?  No BJ.          4:33:30PM
24 Q   Okay.  Get rid of B.J.      4:33:33PM
25 JJ is the bartender you testified   4:33:35PM

84 (Pages 333 to 336)

Page 337

RICHARD BOSETTI

1
2  about?
3     A   Yes.                              4:33:37PM
4     Q   Who was not there that night, correct?  4:33:38PM
5     A   Yes.                              4:33:40PM
6     Q   Who is JT?                        4:33:40PM
7     A   JT is the owner of the bar.       4:33:41PM
8     Q   Owner of which bar?               4:33:43PM
9     A   CJ's.                             4:33:45PM
10    Q   Was he at Houser's that night?    4:33:46PM
11    A   Huh?                              4:33:50PM
12    Q   Was he at houser's that night?    4:33:50PM
13    A   He may have been.  He might have been.  4:33:53PM
14    Q   Do you recall seeing him at Houser's?  4:33:54PM
15    A   Everybody was wearing costumes.  You  4:33:55PM
16 know, they were all painted up and everything.
17 So I don't know.
18    Q   He never came and gave a statement,  4:34:00PM
19 though, did he, to your knowledge?
20    A   No, no.  So he probably wasn't there.  4:34:04PM
21    Q   Which other locals complained to you  4:34:07PM
22 about the way this was handled?
23    A   Ian Levine.                       4:34:15PM
24    Q   Were you friends with Ian Levine?  4:34:17PM
25    A   Just through talking.             4:34:19PM

Page 338

RICHARD BOSETTI

1
2     Q   But you knew him before Halloween  4:34:20PM
3  night?
4     A   Yeah.  It's a small village.  You know  4:34:23PM
5  a lot of people before Halloween, before you
6  know it.
7     Q   Anyone else tell you that they were  4:34:31PM
8  unhappy with the way it was handled?
9     A   Yager, Jeanne.                    4:34:38PM
10    Q   And you already testified to her  4:34:44PM
11 involvement that night, correct?
12    A   Yeah.                             4:34:48PM
13       I heard that Loeffler was pissed at  4:34:48PM
14 the way it was handled.
15    Q   Which Loeffler?                   4:34:52PM
16    A   The mayor.  This is I heard.  Okay?  4:34:53PM
17    Q   Who did you hear that from?       4:34:55PM
18    A   I don't know.                     4:34:57PM
19       MR. NOVIKOFF:  Move to strike.     4:35:00PM
20 BY MR. GOODSTADT:                        4:35:00PM
21    Q   When did you hear that?           4:35:01PM
22    A   I don't know.                     4:35:02PM
23    Q   So how did you learn that Loeffler was  4:35:07PM
24 pissed?
25    A   Through people telling me.        4:35:10PM

Page 339

RICHARD BOSETTI

1
2     Q   You don't know which people?      4:35:11PM
3     A   No.                               4:35:13PM
4     Q   And you don't know when?          4:35:13PM
5     A   No.                               4:35:15PM
6     Q   What did you hear that he was pissed  4:35:15PM
7  about?
8     A   That these officers handled it the way  4:35:19PM
9  they did.
10    Q   And what about the way they handled it  4:35:22PM
11 did you hear that he was pissed off about?
12    A   If you read the statements -- not you  4:35:28PM
13 particularly.  But after you read those
14 statements, including himself, if he did read
15 them, which I'm sure he did, it opens up a whole
16 thing there that you realize that they were out
17 to get me and my brother.
18    Q   What from the statements leads you to  4:35:44PM
19 believe that?
20    A   They falsified everything.        4:35:46PM
21    Q   What do you mean, they falsified  4:35:48PM
22 everything?
23    A   First of all, the first thing they  4:35:52PM
24 should've did if they're handling the case and
25 if there's anything that a police officer might

Page 340

RICHARD BOSETTI

1
2  have done is call the chief immediately,
3  immediately.  That means at 3:00 in the morning,
4  3:30 in the morning he should have been called.
5     Q   I don't mean to cut you off.      4:36:07PM
6       MR. NOVIKOFF:  Let him finish and move  4:36:09PM
7  to strike.  He has not answered the
8  question.
9       MR. GOODSTADT:  He's completely off  4:36:11PM
10 the question.
11      MR. NOVIKOFF:  Andrew, you asked the  4:36:13PM
12 question, he can answer it.  If it's not
13 appropriate, you can move to strike or
14 reserve it for the time of trial.  You can't
15 stop him in the middle.
16      MR. GOODSTADT:  You stop the witnesses  4:36:21PM
17 all the time.  You're wasting time now,
18 because the question had nothing to do with
19 what they should've done.  The question was
20 what Joe Loeffler -- what he heard Joe
21 Loeffler was pissed off about in the way it
22 was handled.
23      MR. NOVIKOFF:  You asked him the  4:36:32PM
24 question and he answered it.  You don't like
25 the answer, that's not my problem.

85  (Pages 337 to 340)

9c25d064-2409-42b6-86d8-7296043178a5

Page 341

RICHARD BOSETTI

1
2    MR. GOODSTADT: I don't care about the   4:36:37PM
3    answer.
4    MR. NOVIKOFF: Then why do you ask the   4:36:39PM
5    question?
6    MR. GOODSTADT: Because he didn't   4:36:40PM
7    answer the question that I asked. I don't
8    care what answer he's given me. It has
9    nothing to do with anything.
10    MR. NOVIKOFF: All right. Okay.   4:36:43PM
11    A   They made allegations against a police   4:36:45PM
12    officer. The first thing that should've been
13    done was the commanding officer or the second in
14    command should've been notified immediately.
15    Q   What allegation did they make against   4:36:53PM
16    any police officers?
17    A   The allegations that the perpetrators,   4:36:56PM
18    so-called victims, under their statements, said
19    that they were beat up for absolutely nothing.
20    A guy jumped them and hit him and, you know,
21    punched him in the nose for nothing.
22    Q   So is it your testimony that the   4:37:12PM
23    people who gave him those statements didn't
24    actually say that?
25    MR. NOVIKOFF: Objection.   4:37:18PM

Page 342

RICHARD BOSETTI

1
2    A   Excuse me?   4:37:19PM
3    Q   Is it your statement that -- is it   4:37:19PM
4    your testimony that the people who gave him that
5    statement didn't actually provide that
6    statement?
7    MR. NOVIKOFF: Objection.   4:37:26PM
8    A   It's my testimony that a few weeks   4:37:26PM
9    later, they copped a plea, saying that they did
10    do that.
11    Q   I understand that, sir. You have   4:37:31PM
12    alleged --
13    MR. NOVIKOFF: You asked him what his   4:37:32PM
14    testimony was, and he just told you what it
15    is.
16    BY MR. GOODSTADT:   4:37:36PM
17    Q   You have alleged that the officers on   4:37:37PM
18    duty that night falsified everything.
19    A   Yes.   4:37:41PM
20    Q   Okay. My question is: What did those   4:37:41PM
21    officers falsify?
22    A   They falsified their statements.   4:37:45PM
23    Q   What in their statements was false,   4:37:48PM
24    that they stated that was false?
25    MR. NOVIKOFF: Objection.   4:37:55PM

Page 343

RICHARD BOSETTI

1
2    A   You know, you're asking me   4:37:55PM
3    things that -- well, it's just that the chief
4    calls in -- they call up the chief earlier on in
5    the morning and say you better come in. We got
6    a situation here. Officers assaulted a victim.
7    Without even looking to get us, without even
8    looking to get Jeanne, they went out of their
9    way to look for the third perp, which was a
10    so-called victim, just so they could screw us.
11    All right?
12    There was a lady strangled. Let's not   4:38:24PM
13    lose sight of that. They said that they would
14    handle it.. They didn't. The judge read it,
15    everybody in town read about it. Everybody
16    laughs and says what three village idiots.
17    Q   What judge called them village idiots?   4:38:36PM
18    A   I don't know if the judge called them   4:38:39PM
19    a village idiot. I'm just saying people --
20    Q   What judge laughed?   4:38:41PM
21    A   I don't know the judge's name. Would   4:38:42PM
22    you guys know? The judge that's always
23    presiding over all the traffic --
24    Q   If you don't know, you don't know.   4:38:52PM
25    A   I don't know. But he's a well-known   4:38:53PM

Page 344

RICHARD BOSETTI

1
2    judge out there.
3    Q   And he laughed?   4:38:56PM
4    A   Huh?   4:38:58PM
5    Q   He laughed? Is that your testimony?   4:38:58PM
6    A   No, not that he laughed. He read the   4:38:59PM
7    statement and said, I can't believe this.
8    Q   Did he say that while sitting on the   4:39:04PM
9    bench?
10    A   He didn't say it to me. I know you're   4:39:07PM
11    going to ask me who told you this. But that's
12    what happened.
13    Q   Do you have any information of when,   4:39:10PM
14    what or where this was stated?
15    A   I think it was stated in the   4:39:16PM
16    courtroom.
17    Q   And who told you that this was stated   4:39:19PM
18    in the courtroom? Were you there?
19    A   Yeah, I was there for that day.   4:39:22PM
20    Q   Did you hear the judge say that?   4:39:25PM
21    A   I don't know in what manner he said   4:39:27PM
22    it, but yeah. Matter of fact, the stenographer
23    said it.
24    Q   There's a big difference between the   4:39:33PM
25    stenographer and the judge.

86 (Pages 341 to 344)

9c25d064-2409-42b6-86d8-729604317a8a5

RICHARD BOSETTI

1
2      My question was:  Did you hear the      4:39:37PM
3  judge say it?
4      A   No, I can't actually say that.      4:39:38PM
5      Q   Do you recall anything the judge said   4:39:40PM
6  that day?
7      A   Huh?                          4:39:42PM
8      Q   Do you recall anything the judge said   4:39:43PM
9  that day about the way the three on-duty
10  officers handled the matter?
11      A   Yeah, shook his head.  Didn't go into   4:39:48PM
12  specifics.  He said, I can't believe this.
13  These guys obviously -- that, he did say.
14      Q   What did he say?               4:39:55PM
15      A   These guys obviously disliked the      4:39:56PM
16  brothers.
17      Q   He said that while he was sitting on   4:39:59PM
18  the bench?
19      A   No, I don't know if he was sitting on   4:40:01PM
20  the bench and said something like that.  But
21  beforehand, when he was getting everything
22  ready, or at the end of it.  I don't know when.
23      Q   So you heard him say that these guys   4:40:10PM
24  obviously dislike the brothers?
25      A   Yeah.                         4:40:14PM

RICHARD BOSETTI

1
2      Q   Is that your testimony, the judge said   4:40:14PM
3  that to you?
4      A   Yeah -- no, he didn't say that to us.   4:40:17PM
5  I heard him say it.
6      Q   He said it to you -- he said it, and   4:40:21PM
7  you were within earshot, actually heard him say
8  that?
9      A   Yes.                          4:40:26PM
10      Q   Was it before or during or after the   4:40:26PM
11  proceeding?
12      A   I don't know.  I don't know.      4:40:29PM
13      Q   Was it during the proceeding?      4:40:29PM
14      A   Excuse me?                   4:40:30PM
15      Q   Was it during the proceeding?      4:40:30PM
16      A   No.                          4:40:31PM
17      Q   So it was off the record?         4:40:31PM
18      A   Yeah.                        4:40:33PM
19      Q   Who else was there when he said that?   4:40:34PM
20      A   Probably George, maybe, George Hesse.   4:40:36PM
21  My brother may have been there, the
22  stenographer, the lawyer.
23      Q   Which lawyer?                 4:40:48PM
24      A   One of the town attorneys.        4:40:51PM
25      Q   Which one?                   4:40:52PM

RICHARD BOSETTI

1
2      A   I don't know his name.           4:40:53PM
3      Q   Anyone else there?              4:40:55PM
4      A   That's it.                     4:40:56PM
5      Q   Did you speak with Paradiso about the   4:41:04PM
6  incident?
7      A   Not then.                     4:41:07PM
8      Q   When was the first time you spoke to   4:41:07PM
9  Paradiso about the incident?
10      A   When I went in and I -- I told him   4:41:11PM
11  what happened.  After he read all the statements
12  that were corrected and he looked me and my
13  brother in the face, he shook hands with us and
14  he said, Gary, you got your job back.
15      Q   When you say the statements that were   4:41:37PM
16  corrected, what statements are you talking about
17  were corrected?
18      A   When the guys -- when an investigation   4:41:42PM
19  was done and they turned around and talked to
20  all of the witnesses and the witnesses told them
21  the truth about what was going on and it didn't
22  match up to their -- you know, to their
23  statements, he realized that there was an
24  injustice done, and he took my brother back.
25      Q   Were any statements actually       4:42:08PM

RICHARD BOSETTI

1
2  corrected?
3      A   No, no.                       4:42:10PM
4      Q   And your brother was terminated at   4:42:15PM
5  some point?
6      A   He was terminated that morning.   4:42:19PM
7      Q   By who?                      4:42:20PM
8      A   Chief Paradiso.                4:42:21PM
9      Q   And how did Paradiso tell him that he   4:42:21PM
10  was terminated?
11      A   Gary said, I took police action and   4:42:25PM
12  Paradiso, I guess, read their statements or read
13  the field report or whatever, all the pictures,
14  and says, you're fired, turn in your badge.
15      Q   Do you know whether the three on-duty   4:42:37PM
16  officers' statements were prepared by the next
17  morning?
18      A   I don't know.  That's what I'm saying.   4:42:42PM
19  I don't know.  But I'm sure he told him
20  verbally.
21      Q   How are you sure about that?      4:42:47PM
22      A   They have to tell him, he's the chief.   4:42:49PM
23      Q   Were you there when they told him?   4:42:54PM
24      A   Well, what did the chief fire him for,   4:42:56PM
25  nothing?

87 (Pages 345 to 348)

9c25d064-2409-42b6-86d8-729604317 8a5

RICHARD BOSETTI

1
2    Q    Sir, I'm asking whether you were there  4:42:59PM
3  when they told him.
4    A    No.                        4:43:00PM
5    Q    So you're just speculating?    4:43:00PM
6    A    How else would the chief find out?    4:43:02PM
7    Q    Sir, you're just speculating they told  4:43:04PM
8  him, right?
9    A    I think it's in the statements that    4:43:07PM
10  one of the guys called up the chief.
11    Q    Were you on that phone call?    4:43:10PM
12    A    Was I on that phone call?      4:43:12PM
13    Q    Yeah.                    4:43:13PM
14    A    No.                        4:43:14PM
15    Q    Do you know what they said to the      4:43:15PM
16  chief when they called?
17    A    They got a problem. That's all I    4:43:18PM
18  know.
19    Q    How do you know they told the chief    4:43:20PM
20  that there was a problem?
21    A    I think it's in the statement.    4:43:23PM
22    Q    So you learned that by reading the    4:43:25PM
23  statement?
24    A    Yeah.                    4:43:27PM
25    Q    The chief didn't tell you that they    4:43:28PM

RICHARD BOSETTI

1
2  told him that, did he?
3        MR. NOVIKOFF: I'm sorry, what was the  4:43:30PM
4  question?
5    A    No.                        4:43:32PM
6    Q    The chief didn't tell you that they    4:43:33PM
7  told the chief there was a problem?
8    A    No.                        4:43:37PM
9    Q    How did the chief inform -- when was    4:43:38PM
10  the first time you spoke to the chief after that
11  night?
12    A    Maybe a week later.            4:43:47PM
13    Q    Didn't he call you the next day,        4:43:50PM
14  looking for your brother?
15    A    No, he called me -- well, it's        4:43:53PM
16  actually the same day.
17    Q    Did he call you the same day?        4:43:56PM
18    A    We were on the Belt Parkway, going    4:43:56PM
19  home, because he had to take his kids trick or
20  treating. And he goes, Gary, come to the
21  office. And Gary said, I'm halfway home. So he
22  might have -- that, you gotta ask my brother.
23  And then the phone call went on and on and on,
24  and then Gary said, awe, he says, I'm relieved
25  of my duties.

RICHARD BOSETTI

1
2    Q    Did he call you looking for your        4:44:15PM
3  brother?
4    A    I don't remember.            4:44:17PM
5    Q    And you were in the car when the chief  4:44:19PM
6  spoke to your brother?
7    A    Yeah.                    4:44:23PM
8    Q    Was it on speaker or was he --    4:44:23PM
9    A    No.                    4:44:26PM
10    Q    So you only heard your brother's side  4:44:27PM
11  of this conversation?
12    A    Yeah.                    4:44:29PM
13    Q    Do you know if the chief -- what did    4:44:31PM
14  Gary tell you the chief told him about his job?
15    A    That he's fired and that he might be    4:44:38PM
16  under criminal investigation.
17    Q    Did he give your brother the        4:44:46PM
18  opportunity to resign?
19    A    No. Which was not police policy in    4:44:49PM
20  itself.
21    Q    What's not police policy?        4:44:56PM
22    A    A guy should be suspended without pay  4:44:58PM
23  first until there's a hearing and everything
24  else, but, hey.
25    Q    Where's that policy written that    4:45:07PM

RICHARD BOSETTI

1
2  you're referring to?
3    A    That's usually what police departments  4:45:09PM
4  do. I don't know if it's written down, but
5  that's usually what they do.
6    Q    Is that how Ocean Beach --        4:45:13PM
7    A    Matter of fact, you can find that in    4:45:13PM
8  the patrol guide. There's a page on that.
9    Q    In the Ocean Beach patrol guide?    4:45:16PM
10    A    In the Suffolk County patrol guide.    4:45:18PM
11    Q    So Ocean Beach was governed by the    4:45:22PM
12  Suffolk County patrol guide?
13        MR. NOVIKOFF: Objection.        4:45:26PM
14    A    Some parts, yes.            4:45:26PM
15    Q    What other authority did Suffolk    4:45:29PM
16  County have over Ocean Beach?
17        MR.. NOVIKOFF: Objection.        4:45:33PM
18    A    Suffolk County had really no other    4:45:33PM
19  authority over Ocean Beach. We might use their
20  facilities because we didn't have any of our own
21  facilities, like a detective bureau and dusting
22  for prints and everything else.
23    Q    But they administered the test to    4:45:50PM
24  become certified, correct?
25    A    Yeah.                    4:45:55PM

9c25d064-2409-42b6-86d8-7296043178a5

Page 353

RICHARD BOSETTI

1
2     Q    And there was a manual that helped    4:45:55PM
3  govern you?
4     A    There's a manual for the Suffolk    4:45:59PM
5  County Police Department.
6     Q    When did your brother get his job    4:46:03PM
7  back?
8     A    I'm sorry?    4:46:06PM
9     Q    When did your brother get his job    4:46:07PM
10 back?
11        MR. NOVIKOFF:  In relation when he was    4:46:09PM
12     told that --
13        MR. GOODSTADT:  In relation to when he    4:46:12PM
14     was told that he was terminated.
15     A    After two weeks, we went to see    4:46:16PM
16 George.  I don't know why.  Maybe Gary had to do
17 his statement.  After a week or so, he had to
18 go, and the chief happened to be there.  So he
19 looks at us and he goes, well.  He sat down, he
20 goes, what happened?  What's up?  We told him.
21 The chief showed -- Sergeant Hesse showed him
22 some of the reports and witness statements.  The
23 chief looked at us and said, well, why did you
24 sleep at the house?  I said, Gary slept at the
25 house.  That's what we planned from the very

Page 354

RICHARD BOSETTI

1
2  beginning.  I slept at the barracks.  I told him
3  our side of the story.  He looks at us, he goes,
4  you got your job back.
5     Q    The chief told him that?    4:47:06PM
6     A    Yes.    4:47:07PM
7     Q    And Gary was there giving a statement    4:47:09PM
8  that day?
9     A    I think that's what he was there for.    4:47:12PM
10 I don't think we just went in there to say
11 hello.  I think it was for a practical reason.
12     Q    How long after the actual incident,    4:47:19PM
13 how many days later was that?
14     A    I don't know.  I don't know.  Maybe a    4:47:24PM
15 week.
16     Q    Who else was there?  It was you, your    4:47:28PM
17 brother, Paradiso, Hesse.  Anyone else there?
18     A    That's it, I think.    4:47:34PM
19     Q    Did you speak to Hesse about the    4:47:35PM
20 incident between the night that it happened and
21 that day that you came back with your brother
22 when he wrote the statement out?
23     A    Sure.    4:47:43PM
24     Q    How many times did you speak to him    4:47:43PM
25 about the incident?

Page 355

RICHARD BOSETTI

1
2     A    Huh?    4:47:46PM
3     Q    How many times did you speak to him    4:47:46PM
4  about the incident during that period?
5     A    I don't know.  I don't know.  But, you    4:47:53PM
6  know, in order for him to figure out exactly
7  what went on that night, he had to question us.
8     Q    Did you provide any statement to him?    4:48:05PM
9     A    I went back and I made a statement    4:48:08PM
10 also.
11     Q    I'm talking about between the time    4:48:10PM
12 that it happened and the time you were there
13 with your brother when he gave his statement?
14     A    I told him I protected myself and I    4:48:15PM
15 protected my brother.  I told him the truth of
16 what went down.
17     Q    Did you provide a written statement?    4:48:21PM
18     A    I did the written statement maybe a    4:48:23PM
19 week later.  Maybe the week that we met
20 Paradiso, maybe we both did them that day.  I'm
21 sure they're dated.
22     Q    I just want to get the time frame.  So    4:48:32PM
23 it's your understanding that a week later, your
24 brother came back, gave a statement and was
25 given his job back that day?

Page 356

RICHARD BOSETTI

1
2     A    Yeah, we told our side of the story.    4:48:40PM
3  And all of the paperwork, all the witness
4  statements and everything backed it up.
5     Q    That was a week after the incident?    4:48:47PM
6     A    I'm -- you know, it's on the paper,    4:48:49PM
7  sir.
8        MR. NOVIKOFF:  Objection.    4:48:52PM
9     A    I don't remember all this.    4:48:53PM
10     Q    How many times did you discuss the    4:48:54PM
11 incident with Hesse between the night it
12 happened and the day that you came in with your
13 brother?
14     A    I don't know.  I don't remember.    4:49:07PM
15 Whatever he needed to know, I told him.
16     Q    What was the sum and substance of what    4:49:11PM
17 you told him between those two time periods?
18     A    I think it's questions like you asked    4:49:19PM
19 me.  Exactly where were you, what happened,
20 where were you standing, you know.
21     Q    Was it over the phone or in person?    4:49:25PM
22     A    I don't know.  Probably -- well,    4:49:30PM
23 probably some of it had to be over the phone, I
24 would imagine.
25     Q    Do you know whether he took any notes    4:49:36PM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317a5

Page 357

RICHARD BOSETTI

1
2  of any of those conversations?
3     A   No.                          4:49:38PM
4     Q   Was anyone else involved in those   4:49:39PM
5  conversations?
6     A   With me?  I don't know who George   4:49:43PM
7  talked to; but no, not with me.
8     Q   Wasn't part of the conversation, not   4:49:47PM
9  only with George, but with the --
10    A   I wasn't even involved with Pat Cherry   4:49:49PM
11 in the conversations.  That's all I asked Pat
12 Cherry, was who he spoke to.  He never gave me
13 any -- he just would go, yeah, it went well.
14 How did that go with that guy you interviewed?
15 Oh, it went well.  It never was like, oh, he
16 said this or he said that.
17    Q   And Pat Cherry never interviewed you,   4:50:08PM
18 correct?
19    A   No.                          4:50:10PM
20    Q   Did you ever speak about the substance   4:50:10PM
21 of what happened that night with Pat Cherry?
22    A   I'm not sure.  I'm sure Pat Cherry   4:50:19PM
23 read the reports, though.
24    Q   I'm talking about whether you ever   4:50:23PM
25 actually spoke with him.

Page 358

RICHARD BOSETTI

1
2     A   No, I don't think I did.      4:50:30PM
3        MR. GOODSTADT:  Why don't we take a   4:50:32PM
4  couple-minute bathroom break.
5        THE VIDEOGRAPHER:  The time is 4:51.   4:50:36PM
6  We're off the record.
7        (Whereupon, a discussion was held off   4:50:39PM
8  the record.)
9        THE VIDEOGRAPHER:  The time is 5:04.   5:02:59PM
10 We are back on the record.
11       MR. GOODSTADT:  Could you just mark   5:03:05PM
12 that.
13       (Whereupon, Bates document 3200-3204   5:03:06PM
14 was marked as R. Bosetti Exhibit 10 for
15 identification, as of this date.)
16 BY MR. GOODSTADT:                   5:03:24PM
17    Q   Mr. Bosetti, you testified that you   5:03:25PM
18 provided a written statement at some point; is
19 that correct?
20    A   Yes, I did.                  5:03:30PM
21    Q   Did you type that statement or    5:03:30PM
22 handwrite that statement?
23    A   I think I handwrote it and then my   5:03:38PM
24 brother or George typed it for me, because I'm
25 terrible with a typewriter.

Page 359

RICHARD BOSETTI

1
2     Q   And who asked you to provide a    5:03:46PM
3  statement?
4     A   Probably George.  I know you have to   5:03:51PM
5  make a statement with anything that goes down
6  like this.
7     Q   How long after the incident did you   5:03:56PM
8  provide the statement?
9     A   I'm not sure.  I don't know if it was   5:04:00PM
10 that day that I came in and I met with Paradiso,
11 because he happened to be there, or if it was
12 another time.
13    Q   Okay.  And that day was about a week   5:04:08PM
14 later?
15       MR. NOVIKOFF:  Objection.      5:04:13PM
16    A   Yeah, if it's correct.        5:04:13PM
17    Q   So your recollection is that you    5:04:20PM
18 provided that statement sometime the first week
19 or second week in November?
20    A   Yes.  Oh, December.  That's why I   5:04:25PM
21 wanted to read the statement.
22       MR. GOODSTADT:  I've placed in front   5:04:40PM
23 of Mr. Bosetti what's been marked as R.
24 Bosetti Exhibit 10.  It is a four-page or a
25 five-page exhibit, bearing Bates 3200

Page 360

RICHARD BOSETTI

1
2  through 3204.
3  BY MR. GOODSTADT:                   5:04:55PM
4     Q   Mr. Bosetti, do you recognize the   5:04:55PM
5  document that's been marked as R. Bosetti
6  Exhibit 10?
7     A   Yes.                         5:05:00PM
8     Q   And is this the statement that you   5:05:00PM
9  provided?
10    A   Yes.                         5:05:04PM
11    Q   Just so we're clear, 3202 through   5:05:05PM
12 3204, that's the handwritten statement that you
13 provided?
14    A   Yes.                         5:05:12PM
15    Q   And then somebody else typed this up?  5:05:12PM
16    A   Yes.                         5:05:14PM
17    Q   Which is 3200 to 3201?        5:05:15PM
18    A   Uh-huh.  Yes.                5:05:18PM
19    Q   And you don't recall if it was your   5:05:19PM
20 brother or George who typed this up?
21    A   Yes, correct.                5:05:24PM
22    Q   How long after you gave this    5:05:25PM
23 handwritten statement was it typed up?
24    A   I don't know.  I can't answer that   5:05:33PM
25 accurately.

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-729604317 8a5

Page 361

RICHARD BOSETTI

1
2    Q    Did you see the typed-up statement    5:05:35PM
3  after it was done?
4    A    Yes.                    5:05:38PM
5    Q    How long after it was typed up did you  5:05:38PM
6  see it?
7    A    I don't know.  I don't recall.      5:05:40PM
8    Q    Where did you write this statement?  I  5:05:42PM
9  mean, I know it was on a piece of paper, but
10  where were you located when you wrote the
11  statement?
12    A    I'm not sure of that either, sir.    5:05:50PM
13    Q    So you don't recall whether you were  5:05:52PM
14  at home or in the police station or elsewhere?
15    A    No.                    5:05:55PM
16    Q    Who was there when you wrote the      5:05:56PM
17  statement?
18    A    I -- I don't know.            5:05:59PM
19    Q    Why did you give a statement?        5:06:00PM
20    A    Why did I give a statement?    5:06:03PM
21    Q    Yeah.                    5:06:04PM
22    A    Because anything that goes down like  5:06:05PM
23  this that's -- that has to do with a crime, you
24  give a statement.
25    Q    So this is dated December 10th,      5:06:13PM

Page 362

RICHARD BOSETTI

1
2  2004.
3      Do you see that?            5:06:15PM
4    A    Yes.                    5:06:17PM
5    Q    Does that refresh your recollection of  5:06:18PM
6  giving the statement in December?
7    A    Okay.                    5:06:23PM
8      MR. NOVIKOFF:  Objection.        5:06:24PM
9    A    If that's what it says, that's when I  5:06:25PM
10  did it.
11    Q    Do you have any reason to believe    5:06:27PM
12  that's not the day that you did it?
13    A    No.                    5:06:30PM
14    Q    So it was almost six weeks later that  5:06:30PM
15  you gave a statement, correct?
16    A    Yep.                    5:06:34PM
17    Q    And you testified before that by this  5:06:34PM
18  time, you had already seen all the other
19  statements that had been given in the case,
20  correct?
21      MR. NOVIKOFF:  Objection.        5:06:41PM
22    A    Yes.                    5:06:42PM
23    Q    And you saw your brother's statement,  5:06:42PM
24  correct?
25    A    I never said -- if I said I'm not    5:06:44PM

Page 363

RICHARD BOSETTI

1  sure, then I wasn't sure.  But whatever --
2    Q    I believe you testified that in the  5:06:49PM
3  first or second week of November, you had seen
4  the other statements, but the record will -- saw
5  all the at the same times?
6      MR. NOVIKOFF:  I'm going to object to  5:06:54PM
7  your characterization of his testimony.  If
8  you want to ask him question directly, ask
9  him.
10      MR. GOODSTADT:  We already have it..  5:06:58PM
11      MR. NOVIKOFF:  I don't know what he    5:06:59PM
12  said with regard to your questions.
13      MR. GOODSTADT:  Luckily it's on tape  5:07:02PM
14  and on the transcript.
15      MR. NOVIKOFF:  Then there's no reason  5:07:05PM
16  to go over it, is there?
17      MR. GOODSTADT:  There is, I guess.    5:07:09PM
18  That's why I'm going over it.
19  BY MR. GOODSTADT:                  5:07:12PM
20    Q    And I see that you didn't sign this  5:07:13PM
21  statement; is that correct?
22    A    Let me see it.              5:07:17PM
23      How about the written one?        5:07:22PM
24      No.                    5:07:25PM

Page 364

RICHARD BOSETTI

1
2    Q    Any reason why you didn't sign it?    5:07:25PM
3    A    No.                    5:07:29PM
4    Q    Did you ever discuss with anyone at    5:07:30PM
5  the police station about putting in there a
6  statement that this was being sworn to, et
7  cetera, et cetera, and then signing it?
8    A    No, I don't remember.            5:07:45PM
9    Q    Were you there when it was being typed  5:07:48PM
10  up?
11      MR. NOVIKOFF:  Objection.        5:07:51PM
12    A    I don't remember.            5:07:51PM
13    Q    If you look at -- let's look at the    5:07:52PM
14  typed section.  It says "Statement of police
15  officer Richard Bosetti, Number 410."
16      Do you see that?            5:08:03PM
17    A    Yes.                    5:08:04PM
18    Q    That was your badge number?        5:08:04PM
19    A    Yes, it was.              5:08:05PM
20    Q    Who asked you to provide this        5:08:06PM
21  statement?
22      MR. NOVIKOFF:  Objection.        5:08:08PM
23    A    With a case like that, everybody would  5:08:09PM
24  provide a statement, including the witnesses.
25    Q    The question was:  Who asked you to    5:08:19PM

Page 365

RICHARD BOSETTI

1
2  provide this statement?
3      A   I don't know.  Might have been George.  5:08:22PM
4          MR. FEHRINGER:  Don't guess.        5:08:27PM
5      A   Yeah, I don't know.               5:08:27PM
6      Q   Was this provided in connection with  5:08:29PM
7  the arrest of Mr. Van Coot?
8          MR. NOVIKOFF:  Objection.          5:08:36PM
9      A   I don't know.                      5:08:39PM
10     Q   Was it provided in connection with the  5:08:40PM
11  court appearance of Mr. Van Coot or
12  Mr. Shallick?
13         MR. NOVIKOFF:  Objection.          5:08:49PM
14     A   I don't know.                      5:08:54PM
15     Q   Did you ever check the handwritten  5:08:55PM
16  statement versus the typewritten statement for
17  accuracy?
18     A   No.                               5:09:01PM
19     Q   If you look down on your statement,  5:09:02PM
20  the second sentence that says, "I'm a police
21  officer with the Ocean Beach Police Department.
22  I've been employed for 2.5 years in good
23  standing."
24         Do you see that?                  5:09:14PM
25         MR. NOVIKOFF:  We're talking about the  5:09:15PM

Page 366

RICHARD BOSETTI

1
2  typed statement?
3          MR. GOODSTADT:  It's on both,     5:09:17PM
4  actually.
5          MR. NOVIKOFF:  Okay.  Yeah.       5:09:18PM
6  BY MR. GOODSTADT:                          5:09:20PM
7      Q   Look at the typed statement, though.  5:09:21PM
8  Do you see that?
9      A   Yes..                             5:09:23PM
10     Q   What did you mean by "in good      5:09:24PM
11  standing"?
12     A   I am a police officer with the Ocean  5:09:27PM
13  Beach department.  I've been employed for 2.5
14  years in good standing.
15         I guess I haven't gotten any      5:09:35PM
16  reprimands.
17     Q   And prior to putting together your  5:09:38PM
18  handwritten statement, did you speak with any of
19  the three officers who were on duty that night
20  subsequent to the phone call that you had at
21  about 5:00 that night?
22         MR. NOVIKOFF:  Objection.          5:09:56PM
23     A   Have I spoken to them before the phone  5:09:57PM
24  call?
25     Q   Between the phone call --          5:09:59PM

Page 367

RICHARD BOSETTI

1
2      A   Yeah.                             5:10:01PM
3      Q   -- which I think is the last       5:10:01PM
4  communication you testified to prior to leaving
5  the island --
6      A   Yeah.                             5:10:05PM
7      Q   -- and the date that you gave this  5:10:06PM
8  statement almost six weeks later, did you speak
9  with any of the three officers who were on duty
10  that night?
11         MR. NOVIKOFF:  I'll withdraw the   5:10:14PM
12  objection.
13     A   I don't recall, unless it was the time  5:10:17PM
14  when Snyder came in because he wanted his job
15  back.
16     Q   What do you mean by that?           5:10:23PM
17     A   He had an interview with George, me  5:10:25PM
18  and Gary, and he came to the -- back.  He wanted
19  to get his job back.
20     Q   Tom Snyder did?                    5:10:35PM
21     A   Yes.                              5:10:37PM
22     Q   When was that?                    5:10:37PM
23     A   I'm not sure if it was this time,  5:10:39PM
24  after that or what.  I don't know.  I don't
25  know.

Page 368

RICHARD BOSETTI

1
2      Q   That was after Tom Snyder had been let  5:10:43PM
3  go?
4      A   Yes.                              5:10:48PM
5      Q   Okay.  So if I represent to you that  5:10:48PM
6  was in April of '06, does that refresh your
7  recollection as to whether you spoke to any of
8  the three on-duty officers between the Halloween
9  event and December 10th, 2004?
10     A   No.  I still don't understand.     5:11:04PM
11     Q   Okay.  My question sir, is:  Did you  5:11:06PM
12  speak with any of the three officers who were on
13  duty that night --
14     A   Yes.                              5:11:12PM
15     Q   -- between the telephone call that you  5:11:12PM
16  made from the barracks of the police station on
17  Halloween --
18     A   Yes..                             5:11:18PM
19     Q   -- and December 10th, 2004?        5:11:18PM
20     A   I don't think so.                  5:11:21PM
21     Q   Did you read their statements between  5:11:22PM
22  that time?
23     A   I don't know.                     5:11:26PM
24     Q   When you wrote this statement on    5:11:35PM
25  December 10th, 2004, were you working straight

92  (Pages 365 to 368)

9c25d064-2409-42b6-86d8-7296043178a5

| Page 369 | Page 371 |
|---|---|

**Page 369**

RICHARD BOSETTI

1
2 from memory or did you have any notes or
3 anything else that you were working off of?
4     A    No, these were my notes.  That's why I   5:11:46PM
5 made a statement.
6     Q    So your statement was based on an    5:11:49PM
7 event that happened six weeks earlier on a night
8 in which you had at least five drinks; is that
9 correct?
10       MR. NOVIKOFF:  Objection.          5:11:57PM
11     A    Whoa, whoa, whoa.  Yeah, maybe five.   5:11:57PM
12 I forgot that one in --
13       MR. NOVIKOFF:  Objection anyway.       5:12:02PM
14     A    Yeah, I think that would be pretty    5:12:07PM
15 accurate after six weeks.
16     Q    Now, if you look down on the       5:12:13PM
17 statement -- let's look at the handwritten
18 statement this time.  See the paragraph that
19 starts "On October 31, 2004"?
20       Do you see that?              5:12:28PM
21     A    The handwritten?              5:12:29PM
22     Q    Yeah.              5:12:30PM
23     A    On the very first page?          5:12:31PM
24     Q    On 3202 is the Bates number on the     5:12:32PM
25 bottom corner.

**Page 370**

RICHARD BOSETTI

1
2     A    3202.  On October --          5:12:35PM
3     Q    It's a little bit higher up from where  5:12:39PM
4 your finger is.
5     A    Yeah.              5:12:42PM
6     Q    Okay.  If you look down, starting on   5:12:42PM
7 that line, one, two, three, four, five, six,
8 seven lines down, you state, "Not wanting to get
9 involved at that time, I went out front looking
10 for the squad car."
11       Do you see that?              5:12:55PM
12     A    Yeah.              5:12:57PM
13     Q    You were a police officer in the     5:12:57PM
14 village, correct?
15     A    Yes.              5:13:01PM
16     Q    Why didn't you want to get involved in  5:13:01PM
17 an altercation?
18     A    Because, I explained that to you     5:13:04PM
19 before, they were outside all night.  They were
20 outside all night, the bumpers just about
21 touching the bar.  All I had to do was, whoa.
22 Okay?  That's always better, to get a cop in
23 uniform.  And they weren't there, so -- plus, my
24 brother had already taken police action.
25     Q    So at that time, you knew that your    5:13:25PM

**Page 371**

RICHARD BOSETTI

1
2 brother had already taken police action?
3     A    No, I didn't know my brother was     5:13:29PM
4 involved at that time.  After the rumble, I went
5 to the door to see if the cop was still there.
6     Q    My question, sir, was why didn't you   5:13:36PM
7 want to get involved at that time.
8       MR. NOVIKOFF:  Objection.  Asked and   5:13:40PM
9 answered.
10     A    Because I explained to you before that  5:13:41PM
11 it looks bad if a cop is off duty and he gets
12 involved in an altercation in a liquor
13 establishment, and I just remembered that Snyder
14 was parked right outside the door, only a few
15 feet away.  What better than that?
16     Q    Did the fact that you were drinking   5:13:59PM
17 have any role in your not wanting to get
18 involved?
19     A    No, not at all.  Because once he     5:14:06PM
20 wasn't, we got involved.  I got involved.
21     Q    Do you know whether Gary actually saw  5:14:10PM
22 Jean Yager getting choked?
23     A    Sure did.              5:14:16PM
24     Q    He told you that he actually witnessed  5:14:17PM
25 it?

**Page 372**

RICHARD BOSETTI

1
2     A    Yes, he did.              5:14:19PM
3     Q    And if you look down -- I think it's   5:14:25PM
4 down on the bottom.  On the typewritten
5 statement, it's one, two, three, four, five,
6 six, seven, eight, nine, 10, 11, 12 lines up
7 from the bottom on the first page.
8     A    One, two, three, four, five, six,    5:14:42PM
9 seven, eight, nine, 10, 11, 12.
10     Q    The sentence says, "A few minutes     5:14:44PM
11 later, I was walking up to the police station
12 when I noticed Jean Yager and her husband
13 walking to CJ's."
14     A    Okay.              5:14:52PM
15     Q    Do you see that?              5:14:52PM
16     A    Yes.              5:14:53PM
17     Q    Had you been in CJ's already by this   5:14:53PM
18 time?
19     A    No.              5:14:56PM
20     Q    So you were walking to the police     5:14:57PM
21 station, saw the Yager's walking into CJ's?
22     A    Yeah, that's what I wrote.  But I told  5:15:02PM
23 you before that they were sitting in CJ's, so --
24 that's why I wanted to refresh my memory.
25     Q    So you didn't see them sitting in CJ's  5:15:13PM

Page 373

RICHARD BOSETTI

1
2  the first time; you actually saw them walking
3  into CJ's?
4      A   No.  When I went into CJ's, they were   5:15:20PM
5  sitting in CJ's.
6      Q   Was it after you saw them walking into   5:15:24PM
7  CJ's?
8      A   It's the same time.  It's the same   5:15:25PM
9  thing.  What I meant -- if I said I seen them
10  walking in to CJ's, then I saw them walking into
11  CJ's, not that I walked into the bar and they
12  were there.
13      Q   Well, I want to know which one is it.   5:15:36PM
14  Did you walk into the bar and they were there
15  or --
16      A   I don't know.  I can't --   5:15:40PM
17      MR. NOVIKOFF:  Whoa, whoa.   5:15:41PM
18  BY MR. GOODSTADT:   5:15:42PM
19      Q   Did you walk into the bar and see them   5:15:43PM
20  there or were you on your way to the police
21  station and saw them walking into CJ's?
22      MR. NOVIKOFF:  Objection.   5:15:51PM
23      A   Well, being that this is only a few   5:15:52PM
24  weeks after, then I'll stick with this one.
25      Q   You're going to stick with which one?   5:15:57PM

Page 374

RICHARD BOSETTI

1
2      A   It says that I saw them walking into   5:15:59PM
3  CJ's, so then I saw them walking into CJ's.
4      Q   And then it says that you walked over   5:16:06PM
5  to them and she stated she would walk over to
6  the station with you --
7      A   Yes.   5:16:09PM
8      Q   -- so she could tell the officers what   5:16:09PM
9  happened and how she was assaulted?
10      A   Yes.   5:16:13PM
11      Q   Did that happen?   5:16:13PM
12      A   Yes.   5:16:14PM
13      Q   Did that happen -- did she tell you   5:16:15PM
14  that while you were inside CJ's or while you
15  were outside CJ's?
16      A   While we were inside CJ's.   5:16:24PM
17      Q   Okay.  So you saw them walking in --   5:16:24PM
18  you were on your way to the station, you saw
19  them walking, and then you followed them in?
20      A   Yes.   5:16:27PM
21      Q   Okay.  So you didn't go into the   5:16:27PM
22  station prior to that?
23      A   I can't remember seeing them walking   5:16:30PM
24  in.  I can just go by what my statement says.
25  They were inside CJ's.  If I say that -- if this

Page 375

RICHARD BOSETTI

1
2  says I saw them walk in, then they walked in, I
3  saw them walk in.
4      Q   And you walked in after them?   5:16:40PM
5      MR. NOVIKOFF:  Objection.   5:16:41PM
6      A   If they were already -- yeah.   5:16:42PM
7      Q   Then it says, "When we came out of   5:16:43PM
8  CJ's, there was an ambulance in front of the
9  station house."
10      Do you see that?   5:16:48PM
11      A   Yes.   5:16:48PM
12      Q   How long was it between the time you   5:16:49PM
13  walked into CJ's and the time that you walked
14  out and saw the ambulance?
15      A   I'm not sure.  I'm not sure if I saw   5:17:00PM
16  the ambulance already before I went into CJ's
17  and she said let's go to the precinct and
18  straighten it out and I said, well, Frank's
19  gonna handle it; anyway, there's the ambulance
20  there right now, let's wait.  I don't know if it
21  was a minute or two back or -- I can't be
22  accurate with that.
23      Q   How long were you in CJ's for?   5:17:22PM
24      A   I'm only guessing.  Maybe enough time   5:17:26PM
25  for a drink.  Not long.

Page 376

RICHARD BOSETTI

1
2      Q   Which is how long?  How long does it   5:17:32PM
3  take you to drink a drink?
4      A   I don't know.  I don't know.   5:17:35PM
5      Q   Is it five minutes, 20 minutes?  How   5:17:35PM
6  long does it take you to drink a drink?
7      A   I don't think it was five -- I don't   5:17:40PM
8  think it was 20 minutes.
9      Q   So somewhere between 5 and 20 minutes?   5:17:43PM
10      MR. NOVIKOFF:  Objection.   5:17:46PM
11      A   I don't know.  It was a long time ago.   5:17:46PM
12  I don't know.
13      Q   Then if you look at one, two, three,   5:17:49PM
14  four lines up from the bottom of that first
15  page.
16      A   Yeah.   5:17:54PM
17      Q   It says, "At this time, I felt my   5:17:55PM
18  presence was being disruptive to the
19  investigation" --
20      A   Yep.   5:18:00PM
21      Q   -- "so I felt I should leave for a   5:18:00PM
22  bit."
23      Do you see that?   5:18:02PM
24      A   Yeah.   5:18:03PM
25      Q   So you felt that you should leave and   5:18:03PM

9c25d064-2409-42b6-86d8-729604317ga5

Page 377

RICHARD BOSETTI

1
2  left or somebody asked you to leave?
3    A   Yeah.  Well, Tommy Snyder told me to    5:18:06PM
4  leave, and obviously it was because I'd be
5  disruptive.
6    Q   But you didn't put in your statement    5:18:15PM
7  that Tommy Snyder asked you to leave, correct?
8    A   I don't know.  Did I?    5:18:21PM
9    Q   Well, I'll represent it's not in here.   5:18:21PM
10   A   No, I think it might be in Snyder's    5:18:26PM
11  statement.
12   Q   Well, how do you recall it?  Do you    5:18:28PM
13  recall him telling you to leave or did you feel
14  that your presence was being disruptive to the
15  investigation so you felt like you should leave
16  voluntarily?
17   A   I know someone told me to leave, and    5:18:44PM
18  I'm almost positive it was Snyder.
19   Q   Then it says two lines up from that    5:18:48PM
20  line that one of the three males that you helped
21  escort out of the bar said, what the fuck are
22  you doing in here.
23       Do you see that?    5:18:58PM
24   A   Yeah.    5:19:03PM
25   Q   Does that refresh your recollection as   5:19:04PM

Page 378

RICHARD BOSETTI

1
2  to whether you heard anything that any of the
3  three people said?
4    A   Yeah.  Well, they knew I was at the    5:19:10PM
5  bar.
6    Q   But before you testified, sir, that    5:19:11PM
7  you didn't recall hearing anything that the
8  three people who were in the altercation said
9  while they were in the station house.
10      MR. NOVIKOFF:  Objection.    5:19:19PM
11   A   Right.    5:19:20PM
12   Q   In your statement it says that you    5:19:20PM
13  heard them say, what the fuck are you doing in
14  here, correct?
15      MR. NOVIKOFF:  Objection.    5:19:23PM
16   A   Well, if I said in this statement    5:19:24PM
17  that's what they said, then that's exactly what
18  happened.
19   Q   Does that refresh your recollection or  5:19:31PM
20  no?
21   A   No.    5:19:34PM
22   Q   Who arrested Brian Van Coot?    5:19:52PM
23   A   My brother.    5:19:54PM
24   Q   When was that arrest, do you know?    5:19:56PM
25   A   No..    5:19:58PM

Page 379

RICHARD BOSETTI

1
2    Q   Do you recall whether it was days,    5:20:01PM
3  weeks, months?
4    A   I think it was the day of the -- when    5:20:03PM
5  we went to court.
6    Q   Did you attend the court appearance?    5:20:09PM
7    A   Yes.    5:20:11PM
8    Q   Did you have to testify at all at the    5:20:12PM
9  court appearance?
10   A   No..    5:20:15PM
11   Q   Why did you attend?    5:20:15PM
12   A   Same reason that other officers go to    5:20:20PM
13  court appearances, to back up their brother
14  officers.
15   Q   Were you on duty?    5:20:27PM
16   A   I don't recall.  I don't know.    5:20:30PM
17   Q   Was your brother on duty?    5:20:31PM
18   A   No.    5:20:33PM
19   Q   Did he attend the court hearing?    5:20:34PM
20   A   Yes.    5:20:36PM
21   Q   How many other officers, whether it be  5:20:37PM
22  on duty or off duty, attended that court
23  hearing?
24   A   I don't know.    5:20:43PM
25   Q   Do you recall any other officers who    5:20:43PM

Page 380

RICHARD BOSETTI

1
2  were there?
3    A   I don't know.    5:20:45PM
4    Q   Have you ever been in an apartment at   5:20:53PM
5  the corner of Ocean Breeze and Baywalk?
6    A   Yes.    5:20:58PM
7    Q   Who lives there?    5:21:00PM
8    A   Mitch.    5:21:01PM
9    Q   Mitch who?    5:21:03PM
10   A   And Jackie, his wife.    5:21:04PM
11   Q   Do you know their last names?    5:21:08PM
12   A   No.    5:21:09PM
13   Q   Is it Mitch Burns?    5:21:12PM
14   A   Yeah, that sounds good.    5:21:13PM
15   Q   How many times have you been to that    5:21:18PM
16  apartment?
17   A   More than once, less than -- jeez,    5:21:26PM
18  less than five or six.
19   Q   Did you ever hear that Mitch dealt    5:21:42PM
20  drugs?
21      MR. NOVIKOFF:  Objection.    5:21:46PM
22   A   No..  I heard that other cops said    5:21:47PM
23  that, but I knew Mitch, and I knew he had a
24  photo machine store over here in Manhattan.
25   Q   What cops did you hear allege that he   5:21:58PM

95  (Pages 377 to 380)

9c25d064-2409-42b6-86d8-7296043178a5

Page 381

RICHARD BOSETTI

1
2   was selling drugs?
3       A   Probably these three.        5:22:02PM
4       Q   Which three?                 5:22:03PM
5       A   Snyder, Lamm, Frank.         5:22:05PM
6       Q   Anyone else?                 5:22:11PM
7           MR. NOVIKOFF:  Just note for the   5:22:13PM
8   record that Mr. Lamm is not in the room
9   right now.
10          THE WITNESS:  Yeah.          5:22:16PM
11      A   That's it.                   5:22:18PM
12      Q   What did you hear them say about   5:22:18PM
13  Mr. Burns?
14      A   That he may be -- without even having   5:22:25PM
15  any proof, may be a drug dealer.
16      Q   You don't know what it was based on?   5:22:34PM
17      A   No.                          5:22:36PM
18      Q   Did you actually hear them say it?   5:22:37PM
19      A   Yeah, I guess I did, yes.    5:22:46PM
20      Q   Which one of the three that you   5:22:48PM
21  testified say it did you actually hear make that
22  statement?
23      A   I don't know which one.  I know, like,   5:23:00PM
24  the entire midnight -- a lot of the midnight
25  guys thought that.  Maybe a few of the 4 to 12

Page 382

RICHARD BOSETTI

1
2   guys thought that.  But I stayed there.  They
3   made me dinner.  His wife was very nice.  And
4   multimillion dollar home.  I can't see how he's
5   being like a drive-by drug dealer, you know.
6   It's just -- like I said, he has a good business
7   over here in Manhattan, from what I understood.
8       Q   Did you ever see his business'   5:23:30PM
9   financials?
10      A   No.  But I wasn't investigating him.   5:23:33PM
11  I didn't see any wrongdoing.
12      Q   What guys on the 4 to 12 shift thought   5:23:37PM
13  that Mitch was a drug dealer?
14      A   I don't know.  I don't know.  Don't   5:23:41PM
15  forget, some of the guys on the 4 to 12 shift
16  also worked the midnight shift.  You know, it
17  just -- it rotates a lot of times.
18      Q   Okay.  Other than the for the three   5:23:51PM
19  guys that you testified that you heard that
20  from, who else did you hear that from, what
21  other officers, that Mitch was a drug dealer?
22      A   I don't know.                5:24:00PM
23      Q   Do you recall anyone else that you   5:24:01PM
24  heard that from?
25      A   Excuse me?                   5:24:05PM

Page 383

RICHARD BOSETTI

1
2       Q   Do you recall any other officers who   5:24:05PM
3   you heard that from?
4       A   No.                          5:24:08PM
5       Q   Did you ever hear that he was selling   5:24:16PM
6   Fentanyl lollipops?
7       A   Who?                         5:24:20PM
8       Q   Fentanyl lollipops?          5:24:21PM
9       A   He was?                      5:24:23PM
10      Q   Yes.  Did you ever hear that?   5:24:24PM
11          MR. NOVIKOFF:  Objection.    5:24:26PM
12      A   No, no.  If I seen him sell lollypops,   5:24:26PM
13  I would've locked him up.  Well, not lollipops.
14      Q   Well, I didn't ask whether you saw it..   5:24:32PM
15  I asked whether you had heard he was selling
16  them?
17      A   Yeah.  No.                   5:24:37PM
18      Q   Did you ever hear that he possessed   5:24:37PM
19  them?
20          MR. NOVIKOFF:  Objection.    5:24:40PM
21      A   That he possessed them?      5:24:40PM
22      Q   Yes.                         5:24:42PM
23      A   No.  I never heard anything -- that he   5:24:43PM
24  was doing anything crooked or against the law.
25      Q   Other than for some of the cops saying   5:24:48PM

Page 384

RICHARD BOSETTI

1
2   that he was a drug dealer?
3       A   No proof.  In other words, I never saw   5:24:51PM
4   him doing anything.
5       Q   I believe you testified before that   5:24:56PM
6   you threw a file cabinet into the bay; is that
7   correct?
8       A   Yeah.                        5:25:01PM
9       Q   When was that?               5:25:02PM
10      A   That was -- I don't know.    5:25:03PM
11      Q   Do you recall what year it was?   5:25:04PM
12      A   No.  I think they were still working,   5:25:05PM
13  though, because they know all about that
14  incident.
15      Q   What do you mean "they were still   5:25:10PM
16  working"?  Who are you referring to?
17      A   Frank was asked to clean up the -- one   5:25:13PM
18  of the cells in the police precinct.  He
19  started --
20      Q   Go ahead, finish.            5:25:20PM
21      A   This has to do with the case.  You   5:25:22PM
22  want to know why there's cabinets in the water?
23      Q   Finish.                      5:25:24PM
24      A   He started crying like a baby, why   5:25:24PM
25  don't the Bosetti brothers do it.

96 (Pages 381 to 384)

9c25d064-2409-42b6-86d8-729604317825

Page 385

RICHARD BOSETTI

1
2    Q    Do what?                    5:25:29PM
3    A    Clean out the cell.         5:25:29PM
4    Q    That's why the cabinet was in the    5:25:32PM
5    water?
6    A    No.  They did clean out the cell.    5:25:34PM
7    They moved the cabinet.  They moved it right on
8    my bed or at the foot of my bed up in the
9    barracks.  Now, do you think that was done
10   purposely?  No.  I come up 3:30, 4:00 in the
11   morning.  Lights are off.  I slam my leg into
12   the freakin' cabinet..  I knew exactly where it
13   came from and why it was there.  I picked up the
14   cabinet.  I walked it downstairs.  I went right
15   outside the chief of police's window and threw
16   the cabinet in the water.
17   Q    Do you know what was in the cabinet?    5:26:03PM
18   A    Jimmy Hoffa.                 5:26:05PM
19   Q    Do you know what was in the cabinet?    5:26:06PM
20   A    No.  There were blank fingerprint    5:26:08PM
21   cards still in that pressed -- what do you call
22   that Saran Wrap and heat it up and it
23   (indicating)?
24   Q    Did you look in the cabinet before you    5:26:16PM
25   threw it in the bay?

Page 386

RICHARD BOSETTI

1
2    A    Yes, yes.                    5:26:20PM
3    Q    Did you search the cabinet to see what    5:26:20PM
4    was in there?
5    A    Yep, sure did.               5:26:20PM
6    Q    4:00 in the morning?         5:26:20PM
7    A    Yep, I did.                  5:26:22PM
8    Q    Was there anything else in there other    5:26:22PM
9    than for the blank fingerprint cards?
10   A    No.                          5:26:27PM
11   Q    Were there any surveillance tapes in    5:26:27PM
12   there?
13   A    No.  I wouldn't throw surveillance    5:26:30PM
14   tapes -- if I had any brains and I was crooked,
15   like these guys, I wouldn't throw them out in
16   front of the chief of police window.
17   Q    Was that one of the nights that you    5:26:37PM
18   were drinking and staying in the barracks?
19   A    Yeah.                        5:26:41PM
20   Q    How many drinks did you have that    5:26:41PM
21   night?
22   A    Enough to piss me off when I slammed    5:26:44PM
23   my foot into that locker.
24   Q    If you were sober, you wouldn't have    5:26:48PM
25   been pissed off?

Page 387

RICHARD BOSETTI

1
2    A    Yeah, I would've been pissed off too.  5:26:51PM
3         MR. GOODSTADT:  Note my objection to    5:26:54PM
4    that question.
5    Q    How many drinks did you have that    5:26:56PM
6    night?
7    A    Five.                        5:26:58PM
8    Q    So you were drunk?           5:26:58PM
9    A    What?                        5:26:59PM
10   Q    Were you drunk that night?    5:27:00PM
11   A    No, pissed off.              5:27:02PM
12   Q    Did you write or tell the person who    5:27:03PM
13   took your polygraph that it takes five drinks
14   for you to get drunk?
15   A    I told him it took three drinks to get    5:27:10PM
16   drunk, and I could drink and get buzzed on one
17   drink sometimes.  It all depends on your
18   metabolism.
19   Q    So were you drunk that night?    5:27:18PM
20   A    I don't recall.  I would've done it    5:27:20PM
21   anyway.
22   Q    Was that Ocean Beach police property?  5:27:22PM
23   A    Yes, it was.                 5:27:26PM
24   Q    How did you get the filing cabinet out    5:27:28PM
25   of the bay?

Page 388

RICHARD BOSETTI

1
2    A    I asked John -- they know John's name,  5:27:33PM
3    he was the head of the lifeguards there.  I
4    forget his last name.  He was also a New York
5    City fireman -- if he had a chance, if he could
6    send one of the lifeguards over and just pull it
7    out of the bay for me, because it was an
8    eyesore.  It was laying in 4 feet of water.
9    Q    Is that how it got out of the bay?    5:27:51PM
10   A    Yeah.                        5:27:53PM
11   Q    Were the contents destroyed?    5:27:54PM
12   A    No.  As a matter of fact, if you want,  5:27:55PM
13   talk to John the fireman, he knows what was in
14   there.  Bottenback or whatever.  I don't know.
15   Q    Did you see -- did you look inside to    5:28:07PM
16   see efficient contents were destroyed?
17   A    You mean the fingerprint cards?    5:28:12PM
18   Q    Whatever was inside the --    5:28:14PM
19   A    Well, I wouldn't use them again.  5:28:15PM
20   Q    So they were destroyed?       5:28:16PM
21   A    Yeah, probably.              5:28:18PM
22   Q    Were you ever disciplined for that    5:28:23PM
23   incident?
24   A    Nah.                         5:28:26PM
25   Q    Did anyone speak to you about that    5:28:28PM

9c25d064-2409-42b6-86d8-729604317 8a5

Page 389

RICHARD BOSETTI

1  incident?
2      A   Yeah, the chief.            5:28:30PM
3      Q   **Chief Paradiso?**        **5:28:31PM**
4      A   He was pissed.  Yeah.      5:28:32PM
5      Q   **And what did he tell you?**  **5:28:33PM**
6      A   Why the hell did you throw the cabinet  5:28:34PM
7  in the water?
8      Q   **What did you say?**      **5:28:37PM**
9      A   What I told you, because them MFs were  5:28:38PM
10  told to clean out the cell, and they knew where
11  they put it I'd come in and trip over the damn
12  thing.  I knew exactly why it was there, and
13  that's exactly why I threw it into the water.
14      Q   **What leads you to believe they put it  5:28:53PM**
15  **by your bed so you would trip over it?**
16      A   You gotta be kidding me, right?  Come  5:28:56PM
17  on.  They did.  They did.  I believed it because
18  I'm the one that hit it, and I know that they
19  were the ones that brought it up there.  They
20  could've put it in a million other places.  Put
21  it by my bed?  No.
22      Q   **Was that only your bed or did other  5:29:08PM**
23  **people sleep in that bed too?**
24      A   Well, it's actually other people's  5:29:12PM

Page 390

RICHARD BOSETTI

1  bed, but I got the mattresses.  I purchased the
2  mattresses there so everybody could sleep on it.
3  We were the only ones that took care of the
4  barracks.
5      Q   **Was that a bedroom or was that a  5:29:24PM**
6  **storage room that your mattress was in?**
7      A   A bedroom/storage room, if you want to  5:29:27PM
8  call it that, slash -- it used to be a weight
9  room, a place for bicycles, you know.  My
10  sleeping bag was laid out on the bed.  They knew
11  I slept there.  They knew I was going to come in
12  that night.  It was right there.
13      Q   **Did you ever ask them why they put it  5:29:46PM**
14  **up there?**
15      A   No.                      5:29:51PM
16      Q   **How did Paradiso find out about the  5:29:54PM**
17  **incident?**
18      A   When he looked out of the window in  5:29:57PM
19  the morning, he saw a filing cabinet in the
20  water.
21      Q   **How did he know you did it?**  **5:30:03PM**
22      A   Because he asked where the Bosetti  5:30:04PM
23  brothers were last night.
24      Q   **Who did he ask that?**     **5:30:07PM**

Page 391

RICHARD BOSETTI

1      A   I don't know.             5:30:08PM
2      Q   **How do you know he asked it?**  **5:30:09PM**
3      A   Because someone told me, he asked  5:30:10PM
4  where you were.  It may have been George that he
5  asked, if George was working that day.  I don't
6  know.
7      Q   **Do you know who told him that you  5:30:19PM**
8  **threw it into the bay?**
9      MR. NOVIKOFF:  Objection.    5:30:22PM
10      A   He didn't know that I threw it into  5:30:22PM
11  the bay.  He said, where are the Bosetti
12  brothers, because he had a feeling that we did
13  that.
14      Q   **Why would he think that you guys did  5:30:29PM**
15  **that?**
16      A   I don't know.  I don't know.  Maybe  5:30:31PM
17  George said that the cabinet was in the cells
18  and I asked Fiorillo to clean it out, and he
19  don't know what happened after that.
20      Q   **So he would just assume that the  5:30:43PM**
21  **Bosettis threw it, based on that?**
22      A   Yeah.                    5:30:47PM
23      Q   **And what else did Paradiso tell you  5:30:50PM**
24  **that led you to believe that he was pissed?**

Page 392

RICHARD BOSETTI

1      A   He was just pissed off in general  5:30:58PM
2  that, you know, we threw the police filing
3  cabinet in the water.  I apologized, I said it
4  won't happen again, and that was it.
5      Q   **Were you ever told that Frank Fiorillo  5:31:13PM**
6  **complained to Chief Paradiso about it?**
7      A   About the --              5:31:17PM
8      Q   **-- file cabinet being thrown in?**  **5:31:18PM**
9      A   I bet he did.  I bet he told them  5:31:20PM
10  there were tapes in there too, right?
11      Q   **Did you ever learn that at some point,  5:31:25PM**
12  **that Fiorillo told Paradiso about the incident?**
13      A   Jeez, I wonder if that brings up the  5:31:29PM
14  rat thing again.  No.
15      Q   **Do you know whether Fiorillo was ever  5:31:35PM**
16  **disciplined by Hesse about that incident?**
17      A   Fiorillo was disciplined by Hesse --  5:31:41PM
18  no, not over that incident, I'm sorry.
19      Q   **Do you recall Fiorillo being forced to  5:31:46PM**
20  **stand in the same spot for three tours in a row?**
21      A   Was that for that incident?  5:31:52PM
22      Q   **My question was do you recall that  5:31:54PM**
23  **being --**
24      A   I don't know.  It might have been for  5:31:56PM

9c25d064-2409-42b6-86d8-729604317a5

Page 393

RICHARD BOSETTI

1  that incident.
2
3      Q   Do you recall Fiorillo being forced to  5:31:58PM
4  stand in the same spot for three tours?
5      A   Yeah, but that might have been for    5:32:03PM
6  another incident.
7      Q   What incident?              5:32:05PM
8      A   He was coming in from the checkpoint,  5:32:06PM
9  George Hesse, with two, three brand-new guys in
10 the car with him.  These guys didn't even start
11 one day yet, and George turns around to Frank,
12 Frank was in the car, and he says, when we bring
13 this thing back, this vehicle back, I want you
14 to wash the windows.  Frank got pissed off
15 again.  Why don't the Bosetti brothers do it?
16 He had an altercation with George in the car
17 right in front of the new men.  George was
18 embarrassed as hell that a subordinate went up
19 against him in front of all of the young kids,
20 and that's why he was standing on a corner.
21     Q   How do you know it was for that     5:32:41PM
22 incident?
23     A   Because I remember laughing.    5:32:43PM
24     Q   Okay.  How did you learn -- were you  5:32:45PM
25 in the car?

Page 394

RICHARD BOSETTI

1
2      A   No.                    5:32:47PM
3      Q   So how did you learn about what    5:32:48PM
4  happened in the car?
5      A   George Hesse came and said, do you  5:32:51PM
6  believe what this son of a bitch just did to me?
7      Q   So George made him stand for three  5:32:55PM
8  tours?
9      A   I guess, if that was the time.  Yes.  5:32:59PM
10 Yeah.
11     Q   Did you ever lose a police radio?   5:33:07PM
12     A   I don't know.              5:33:17PM
13     Q   Do you recall ever losing the police  5:33:18PM
14 radio and it subsequently being found at the
15 Palms Hotel?
16     A   No.  I'm sorry.  I left them in the   5:33:26PM
17 cars, in vehicles.
18     Q   You left the police radio in cars and  5:33:30PM
19 vehicles?
20     A   In the car sometimes.  People always  5:33:34PM
21 forget their radio, to turn them in, and then
22 they look at their pocket, oh, the radio's here,
23 I'll leave it in the patrol car for the next guy
24 to put it back.
25     Q   How did you learn that the plaintiffs  5:33:47PM

Page 395

RICHARD BOSETTI

1  in this case were let go?
2
3      A   I was at the meeting --        5:33:50PM
4      MR. NOVIKOFF:  Objection.  Do we   5:33:51PM
5  still --
6      MR. GOODSTADT:  We have our       5:33:55PM
7  stipulation.
8      MR. NOVIKOFF:  Okay, fine.       5:33:56PM
9      A   I was at the meeting in April, and  5:33:56PM
10 then I found out they were let go.
11     Q   Did you find out prior to the meeting?  5:34:01PM
12     A   No.                    5:34:03PM
13     Q   How did you learn there was going to  5:34:05PM
14 be a meeting in April?
15     A   People said they were let go.  They   5:34:10PM
16 were walking to the boat.
17     Q   How did you learn that there was going  5:34:15PM
18 to be a meeting in April?
19     A   A meeting in April?          5:34:18PM
20     Q   Yes.                   5:34:19PM
21     A   The same way I learned for every   5:34:20PM
22 April.  They call you up and say we're having a
23 meeting in April.
24     MR. GOODSTADT:  Just mark that.     5:34:26PM
25     (Whereupon, Bates document 2662 was  5:34:27PM

Page 396

RICHARD BOSETTI

1  marked as R. Bosetti Exhibit 11 for
2  identification, as of this date.)
3      MR. GOODSTADT:  I've placed in front  5:34:48PM
4  of Mr. Bosetti what's been marked as R.
5  Bosetti Exhibit 11.  It's a one-page
6  exhibit, bearing Bates stamp 2662.
7  BY MR. GOODSTADT:                5:34:59PM
8      Q   Mr. Bosetti, do you recall receiving  5:35:00PM
9  this memo/letter in or around March of 2006?
10     A   Yeah, now I do, from reading.     5:35:04PM
11     Q   Did you receive this at your home?   5:35:06PM
12     A   I don't know.              5:35:07PM
13     Q   Did you attend the meeting on      5:35:10PM
14 April 2nd?
15     A   Yes, I did.               5:35:12PM
16     Q   Did you work the off season between  5:35:16PM
17 the '05 season and the '06 season?
18     A   Maybe once or twice or three times, or  5:35:21PM
19 maybe more than that.
20     Q   Prior to attending this meeting, did  5:35:30PM
21 you speak with George Hesse about staffing for
22 the upcoming season?
23     A   I don't recall.             5:35:38PM
24     Q   Did you talk learn from Mr. Hesse   5:35:49PM

TSG Reporting – Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

Page 397

RICHARD BOSETTI

1
2   prior to the meeting that the five plaintiffs
3   were going to be let go that day?
4       A   No.                          5:35:55PM
5       Q   Did you learn from Mr. Hesse prior to   5:35:55PM
6   that meeting that anyone was going to be let go
7   that day?
8       A   No.                          5:35:55PM
9       Q   How did you learn of their being let   5:35:56PM
10  go?
11      A   When they walked out of the boathouse   5:36:00PM
12  on their way to catch the ferry, the water taxi
13  back.
14      Q   And how did you learn about it?      5:36:08PM
15      A   Guys were talking.            5:36:11PM
16      Q   Who was talking?              5:36:12PM
17      A   The guys that were attending the    5:36:13PM
18  meeting. I don't know.
19      Q   You don't recall who was talking?    5:36:16PM
20      A   No.                           5:36:18PM
21      Q   What did those guys --        5:36:19PM
22      A   Everybody. It was like a big thing,   5:36:19PM
23  like, oh, wow.
24      Q   What did those guys say that alerted   5:36:21PM
25  you to the fact that they had been let go

Page 398

RICHARD BOSETTI

1
2       A   That they were let go. They're not   5:36:27PM
3   coming back.
4       Q   Did you say anything to any of the    5:36:32PM
5   guys who were let go that day on that day?
6       A   Inside the boathouse?         5:36:39PM
7       Q   At any point that day, did you say   5:36:40PM
8   anything to any of them?
9       A   Did I say anything?           5:36:41PM
10      Q   Yes.                          5:36:43PM
11      A   I cheered.                    5:36:43PM
12      Q   You cheered?                  5:36:44PM
13      A   Yeah.                         5:36:44PM
14      Q   Where were you when you cheered?    5:36:45PM
15      A   In the boathouse during the meeting,   5:36:46PM
16  when --
17      Q   And where were they when you cheered?   5:36:51PM
18      A   Halfway home.                 5:36:53PM
19      Q   So they had already left the island at   5:36:54PM
20  the time?
21      A   Yeah.                         5:36:56PM
22      Q   Who was at the meeting on April 2nd,   5:36:59PM
23  2006?
24      A   Probably about, like before,   5:37:03PM
25  20 people. I don't know if they were the same

Page 399

RICHARD BOSETTI

1
2   ones. You know, sometimes people can't make it,
3   sometimes people can.
4       Q   The officers and dispatchers were    5:37:12PM
5   there?
6       A   Who?                          5:37:14PM
7       Q   The officers and dispatchers were both   5:37:15PM
8   there?
9       A   Yeah.                         5:37:19PM
10      Q   That was approximately 20 people at   5:37:19PM
11  the meeting?
12      A   Yeah.                         5:37:22PM
13      Q   Did anybody announce at the meeting   5:37:24PM
14  that the guys had been let go?
15      A   That's why I cheered.         5:37:27PM
16      Q   Who made the announcement?     5:37:29PM
17      A   I don't know. It might have been   5:37:31PM
18  George, whoever was at the top.
19      Q   What was announced?            5:37:35PM
20      A   Excuse me?                    5:37:35PM
21      Q   What was announced?            5:37:35PM
22      A   That four guys got let go, five guys   5:37:37PM
23  got let go, and he named them.
24      Q   He named who it was?          5:37:44PM
25      A   Yeah, yeah.                   5:37:45PM

Page 400

RICHARD BOSETTI

1
2       Q   Did he say why they were let go?    5:37:46PM
3       A   No, not that I -- I don't know. Not   5:37:51PM
4   that I can recall.
5       Q   Did anyone ask why they were let go?   5:37:53PM
6       A   Because half of them sleep and half of   5:37:55PM
7   them are crooked.
8       Q   Sir, the question was did anybody ask.   5:38:00PM
9   Did anybody ask why they were let go?
10      A   I don't know. I don't know.   5:38:06PM
11      Q   Sitting here today, do you know why   5:38:09PM
12  they were let go?
13      A   Yeah.                         5:38:12PM
14      Q   Why were they let go?          5:38:13PM
15      A   Because the way they treat people.   5:38:15PM
16  The way they harass people. The way half of
17  them come in and go to bed. You don't need that
18  in the town. You're supposed to work with the
19  people.
20      Q   Did you hear of any other reasons why   5:38:29PM
21  they were let go?
22      A   No. Probably some of it had to be   5:38:33PM
23  stemmed -- but not two of them. Two of them
24  weren't there for the Halloween incident. So I
25  would say maybe the Halloween incident had

100 (Pages 397 to 400)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 401

RICHARD BOSETTI

1    something to do with it.
2    Q    What's the basis of your belief that    5:38:46PM
3    the Halloween incident had something to do with
4    it?
5    A    Because they falsified information,    5:38:51PM
6    tried to get an officer locked up.
7    Q    Did George Hesse tell you the    5:38:54PM
8    Halloween incident had something to do with it?
9    A    No.    5:38:59PM
10   Q    Did anyone tell you that?    5:38:59PM
11   A    No.    5:39:00PM
12   Q    Did anyone tell you that the way they    5:39:01PM
13   treated people had something to do with it?
14   A    People come in and say how they're    5:39:04PM
15   treated off the street.
16   Q    Sir, I'm not asking you anything about    5:39:08PM
17   how they were treated. I'm asking you
18   whether -- so we're clear for the record, I'm
19   asking whether anyone told you that the way that
20   they treated people was the basis for their
21   termination.
22   A    Everybody knew it. You didn't have to    5:39:19PM
23   say it.
24   Q    Did anyone say it to you?    5:39:21PM

Page 402

RICHARD BOSETTI

1    A    I don't recall.    5:39:23PM
2    Q    Did anyone tell you that the fact that    5:39:25PM
3    they harassed people was the basis for their
4    termination?
5    A    I don't recall..    5:39:32PM
6    Q    Did anyone tell you that because they    5:39:34PM
7    come and go to bed was the reason for their
8    termination?
9    MR. NOVIKOFF: I'm sorry, what was    5:39:39PM
10   the -- because they what?
11   MR. GOODSTADT: Because they come on    5:39:40PM
12   duty and go to bed was the reason for their
13   termination.
14   A    I don't recall.    5:39:43PM
15   Q    Do you recall any reason that anyone    5:39:44PM
16   told you why they were let go?
17   A    No. I could only assume that it's    5:39:51PM
18   because they're crooked, they came in and went
19   to bed and maybe with the Halloween incident.
20   It's just common sense.
21   Q    Isn't it true that George Hesse said    5:40:04PM
22   at the meeting that Snyder and Carter were let
23   go because they were going to wear a wire for
24   the D.A.'s office in connection with the Gilbert

Page 403

RICHARD BOSETTI

1    incident?
2    MR. NOVIKOFF: Objection. Leading.    5:40:19PM
3    MR. CONNOLLY: Objection.    5:40:22PM
4    MR. GOODSTADT: Let me repeat the    5:40:25PM
5    question --
6    MR. NOVIKOFF: Let me state my    5:40:27PM
7    objection.
8    MR. GOODSTADT: -- for the record.    5:40:28PM
9    BY MR. GOODSTADT:    5:40:30PM
10   Q    Isn't it true that George Hesse stated    5:40:31PM
11   at the meeting that Carter and Snyder were being
12   let go because they were going to wear a wire
13   for the D.A.'s office in connection with the
14   Gilbert incident?
15   MR. NOVIKOFF: Objection. Asked and    5:40:42PM
16   answered. Leading.
17   MR. CONNOLLY: Objection.    5:40:45PM
18   BY MR. GOODSTADT:    5:40:46PM
19   Q    You can answer.    5:40:47PM
20   A    Wait a minute. They were let go    5:40:48PM
21   before the Gilbert incident..
22   Q    Sir, I represent they were let go on    5:40:52PM
23   April 2nd, 2006, and the Gilbert incident
24   happened in 2005.

Page 404

RICHARD BOSETTI

1    MR. NOVIKOFF: Objection.    5:40:59PM
2    A    I don't think they were -- I don't    5:41:01PM
3    think they were there. To me, I think they were
4    already gone when the Gilbert incident happened,
5    but maybe I'm wrong. I don't know.
6    Q    So I'm going to ask the question    5:41:11PM
7    again.
8    Isn't it true that George Hesse    5:41:13PM
9    announced at the meeting that Carter and Snyder
10   were let go because they were going to wear a
11   wire for the D.A. in connection with the Gilbert
12   incident?
13   A    No.    5:41:20PM
14   MR. NOVIKOFF: Objection.    5:41:22PM
15   MR. CONNOLLY: Objection.    5:41:23PM
16   A    Because, like I told you, I didn't    5:41:23PM
17   realize -- I would've remembered something like
18   that. I always thought the Gilbert incident
19   happened after they left.
20   Q    So you would've remembered something    5:41:29PM
21   like that?
22   A    Yeah.    5:41:31PM
23   Q    You remember the Gilbert incident    5:41:33PM
24   happening afterwards?

101 (Pages 401 to 404)

9c25d064-2409-42b6-86d8-729604317885

Page 405

RICHARD BOSETTI

1
2     MR. NOVIKOFF:  Objection.          5:41:37PM
3     Argumentative.
4  BY MR. GOODSTADT:                     5:41:40PM
5     Q    Is that your testimony?       5:41:40PM
6     A    I thought the Gilbert incident      5:41:41PM
7  happened after they left.  Obviously, I'm wrong.
8     Q    You said there was something about a    5:41:45PM
9  rumor.  What rumor are you talking about?
10    A    Okay.  The rumor was that somebody was    5:41:49PM
11 wearing a wire.  And now, I don't know who,
12 because I know you're gonna ask me that.  I
13 don't know who told me.  I don't know who was
14 wearing a wire.  But that was the rumor.
15    Q    What was the actual rumor that you    5:42:03PM
16 heard, that somebody was wearing a wire?
17    A    Somebody's wearing a wire, yeah.    5:42:07PM
18    Q    In connection with the Gilbert    5:42:08PM
19 incident?
20    A    No.  No.  Just in connection -- I    5:42:11PM
21 don't know.  Just in general.
22    Q    Did you know of that rumor from George    5:42:16PM
23 Hesse?
24    A    No.                           5:42:20PM
25    Q    Who did you learn that rumor from?    5:42:20PM

Page 406

RICHARD BOSETTI

1
2     A    I'm not sure.                  5:42:22PM
3     Q    Was it a well-known rumor on the    5:42:23PM
4  beach -- or strike that.
5          Was it a well-known rumor among the    5:42:28PM
6  police officers on the beach?
7     MR. NOVIKOFF:  Objection.          5:42:32PM
8     A    Well, I knew it.  My brother knew it.    5:42:33PM
9  I didn't discuss it with everybody.  We knew
10 that that was rumored.
11    Q    Other than your brother, who did you    5:42:41PM
12 discuss it with?
13    A    Excuse me.                    5:42:45PM
14    Q    Other than your brother, who did you    5:42:46PM
15 discuss it with?
16    A    I don't know.                 5:42:48PM
17    Q    You don't know a single person?    5:42:49PM
18    A    No, no.  A lot of times rumors pop up    5:42:51PM
19 in a police department.  Rumors all the time pop
20 up.  If a new guy that comes in is a plant.
21 It's always --
22    Q    Did you discuss it with your brother    5:42:59PM
23 that somebody was gonna wear a wire?
24    A    Yeah.                         5:43:03PM
25    Q    When did you discuss that with him?    5:43:05PM

Page 407

RICHARD BOSETTI

1
2     A    I don't know when.            5:43:08PM
3     Q    What did you discuss with him about    5:43:09PM
4  that rumor?
5     A    Trying to figure out who would be the    5:43:12PM
6  one to wear a wire and for what reason.
7     Q    And did you reach any conclusions as    5:43:18PM
8  to who would be the one to wear a wire and for
9  what reason?
10    A    I thought possibly it was Dave Gurden.    5:43:23PM
11    Q    Did your brother indicate who he    5:43:29PM
12 thought it was?
13    A    No.  We just tossed it around a little    5:43:32PM
14 bit.
15    Q    Did you ever mention any of the    5:43:35PM
16 plaintiffs as someone who might have worn a
17 wire?
18    A    No.                           5:43:40PM
19    Q    Did you ever hear any rumors that any    5:43:41PM
20 of the plaintiffs might have worn a wire?
21    A    No.                           5:43:44PM
22    Q    Did you ever hear any rumors that any    5:43:45PM
23 of the plaintiffs were going to wear a wire?
24    A    No.                           5:43:49PM
25    Q    Did you ever hear that Arnold    5:43:49PM

Page 408

RICHARD BOSETTI

1
2  Hardman's lawyer mentioned that some of the
3  plaintiffs were going to wear a wire?
4     MR. NOVIKOFF:  Objection.          5:43:56PM
5     MR. CONNOLLY:  Objection.          5:43:58PM
6     A    No.                           5:44:01PM
7     MR. NOVIKOFF:  Even though I don't    5:44:05PM
8  have to object to hearsay, that was like
9  triple.
10 BY MR. GOODSTADT:                     5:44:10PM
11    Q    Who's Chris Moran?            5:44:14PM
12    A    Chris Moran is a -- we use him as a    5:44:21PM
13 dispatcher.
14    Q    Does he still work there, do you know?    5:44:26PM
15    A    I don't know..                5:44:28PM
16    Q    Was he working there when you were    5:44:28PM
17 fired?
18    A    I think so.                   5:44:34PM
19    Q    Are you friends with Mr. Moran?    5:44:38PM
20    A    I like him.  He was always a    5:44:42PM
21 gentleman.  Never has a bad thing to say about
22 anybody.
23    Q    Do you think Mr. Moran is an honest    5:44:48PM
24 person?
25    MR. NOVIKOFF:  Objection.          5:44:51PM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

Page 409

RICHARD BOSETTI

1
2    MR. CONNOLLY:  Objection.          5:44:53PM
3    A   If I had to read somebody, I would    5:44:53PM
4  say, yeah, he's honest.  Why, do you got
5  something?
6    Q   Did you ever know him to lie?      5:44:59PM
7    MR. NOVIKOFF:  Objection.          5:45:02PM
8    A   No.                          5:45:03PM
9    Q   Is it true that Hesse called the    5:45:04PM
10  people who were let go rats at that meeting?
11    MR. NOVIKOFF:  Objection.          5:45:10PM
12    MR. CONNOLLY:  Objection.          5:45:11PM
13    A   At that meeting?                5:45:12PM
14    Q   Yes.                        5:45:13PM
15    A   No, I didn't hear that.          5:45:13PM
16    Q   Did you ever hear Hesse call any of   5:45:14PM
17  the plaintiffs rats?
18    A   No.                          5:45:18PM
19    Q   Did you ever hear your brother calling  5:45:18PM
20  any of the plaintiffs rats?
21    A   My brother call the -- maybe between   5:45:21PM
22  me and him.  You know, during the thing where --
23  the civil service thing, that somebody's making
24  a call, we discussed that before.
25    Q   Any other occasions?            5:45:29PM

Page 410

RICHARD BOSETTI

1
2    A   No.                          5:45:30PM
3    Q   When you said you cheered, did you    5:45:34PM
4  actually say anything while you were cheering in
5  front of everybody, or was it just a hooray?
6    A   I said, all right.  Like that.      5:45:41PM
7    Q   Did you say in sum or substance that   5:45:44PM
8  it's about that time you fired those guys?
9    A   I could've said that.            5:45:48PM
10    Q   Do you recall if anybody else said    5:45:49PM
11  that?
12    A   No.                          5:45:50PM
13    Q   In sum or substance?            5:45:51PM
14    A   No.                          5:45:52PM
15    Q   Is it true that George Hesse told you   5:45:54PM
16  that you owed them hours for terminating the
17  plaintiffs?
18    MR. NOVIKOFF:  Objection.          5:46:00PM
19    MR. CONNOLLY:  Objection.          5:46:01PM
20    A   Owed him?                    5:46:02PM
21    Q   Hours..                      5:46:04PM
22    MR. NOVIKOFF:  Objection.          5:46:04PM
23    A   Owed him hours?                5:46:06PM
24    Q   Hours to work.                5:46:08PM
25    A   No.                          5:46:09PM

Page 411

RICHARD BOSETTI

1
2    Q   Sitting here today, did you ever    5:46:11PM
3  discuss with George Hesse the reasons why the
4  plaintiffs were let go?
5    A   No.  Just took it for granted, because  5:46:22PM
6  they weren't good cops.
7    Q   But you never heard that from George   5:46:26PM
8  Hesse?
9    A   Well, put it this way.  George was    5:46:28PM
10  pissed at Frank that time when he was
11  insubordinate in front of the new recruits, you
12  know.  I'm pretty sure he was pissed off after
13  what happened with the Halloween incident.  I
14  mean, you don't need too much smarts to figure
15  it out.
16    Q   Okay, I agree with something.      5:46:50PM
17    MR. CONNOLLY:  Objection.          5:46:53PM
18  BY MR. GOODSTADT:                    5:46:58PM
19    Q   Did you ever read any blogs that deal  5:46:58PM
20  with the Ocean Beach Police Department?
21    A   Yeah.                        5:47:02PM
22    Q   What blogs have you read?        5:47:03PM
23    A   Long Island politics dot com.      5:47:06PM
24    Q   Any other blogs other than Long Island  5:47:11PM
25  politics dot com?

Page 412

RICHARD BOSETTI

1
2    A   No, that's it.                  5:47:16PM
3    Q   Did you ever read something called the  5:47:18PM
4  Schwartz report?
5    A   No.                          5:47:21PM
6    Q   How many times have you read the blog  5:47:21PM
7  on Long Island politics dot com?
8    A   When it was going hot and heavy, I'd   5:47:27PM
9  tune in.
10    Q   When was that?  What time period?    5:47:30PM
11    A   I don't know.  A few years ago.      5:47:33PM
12    Q   Did you ever post on the blog?      5:47:35PM
13    A   No.  I told you I don't type.        5:47:37PM
14    Q   Did your brother ever post on the    5:47:40PM
15  blog?
16    A   No.                          5:47:42PM
17    Q   Do you know any other officers at    5:47:42PM
18  Ocean Beach, current or former officers, that
19  posted on the blog?
20    A   No.                          5:47:49PM
21    Q   Did you ever speak to George Hesse    5:47:49PM
22  about the blog?
23    A   Yeah, maybe.                  5:47:53PM
24    Q   Tell me everything you recall in sum   5:47:56PM
25  and substance that you and Mr. Hesse discussed

103 (Pages 409 to 412)

9c25d064-2409-42b6-86d8-729604317a85

Page 413

RICHARD BOSETTI

1
2  about the blog.
3      A    Discussed -- we discussed the parts    5:48:02PM
4  about how his wife and family was dragged into
5  this and there was no need to do that.
6      Q    Did you discuss anything else about    5:48:11PM
7  the blog with Mr. Hesse --
8      A    No.                5:48:13PM
9      Q    -- other than the fact that his wife    5:48:13PM
10 and family were dragged in?
11     A    No.                5:48:16PM
12     Q    Do you know if Mr. Hesse ever posted    5:48:17PM
13 on the blog?
14     A    No.                5:48:20PM
15     Q    Did you ever ask him?        5:48:21PM
16     A    No.                5:48:22PM
17     Q    Do you know whether Ty Bacon ever    5:48:24PM
18 posted on the blog?
19     A    No.                5:48:26PM
20     Q    Did you ever ask him?        5:48:27PM
21     A    No.                5:48:28PM
22     Q    When was the last time you read the    5:48:41PM
23 blog?
24     A    I tuned in yesterday, but I hadn't    5:48:44PM
25 searched, though, for the last Ocean Beach

Page 414

RICHARD BOSETTI

1
2  department post, the caption there, because I
3  haven't been on it for months.  And I think it
4  goes all the way back..  The last one went back
5  to September or August.
6      Q    September of '08?            5:49:04PM
7      A    Yeah.                5:49:06PM
8      Q    Why did you log on yesterday?    5:49:06PM
9      A    Curiosity.  I said, oh, man, I    5:49:09PM
10 haven't -- I haven't, you know, caught up on
11 this in a while.  And I went on it, and it was
12 just back to where it was months and months ago.
13     Q    Do you know what a police benevolent    5:49:28PM
14 association is?
15     A    Yes.                5:49:32PM
16     Q    What is that?            5:49:33PM
17     A    It's a policemen's -- it's like a    5:49:35PM
18 union, like PBA.
19     Q    Was there a PBA in Ocean Beach?    5:49:43PM
20     A    From what I understand, there was    5:49:46PM
21 the -- no, there wasn't a PBA.
22     Q    Were you a card-carrying member of any    5:49:52PM
23 PBA in Ocean Beach?
24     A    No.                5:49:57PM
25     Q    Do you know whether any donations were    5:49:58PM

Page 415

RICHARD BOSETTI

1
2  made to a PBA in Ocean Beach?
3      A    No.  Maybe to the officers, you know,    5:50:02PM
4  so they could clean up the barracks and stuff
5  like that.
6      Q    What do you mean by that?        5:50:10PM
7      A    Well, maybe people would donate to the    5:50:11PM
8  town so we could buy a microwave or we could get
9  a couch so we could do things like that.  But
10 how it works, I don't know.
11         (Whereupon, Bates document 4673 was    5:50:24PM
12 marked as R. Bosetti Exhibit 12 for
13 identification, as of this date.)
14         MR. NOVIKOFF:  You're not giving up on    5:50:42PM
15 this one, are you?
16         MR. GOODSTADT:  You had some good    5:50:45PM
17 testimony from Cherry on it.
18         MR. NOVIKOFF:  I missed that one.    5:50:49PM
19         MR. GOODSTADT:  No, you didn't.  Took    5:50:50PM
20 a break right after, brought him out and
21 coached him.
22         MR. NOVIKOFF:  Oh.  That's nice,    5:50:53PM
23 Andrew.  How do you know I coached him?
24 Were you there?  Did anyone tell you?
25         MR. GOODSTADT:  He did.        5:51:00PM

Page 416

RICHARD BOSETTI

1
2          MR. NOVIKOFF:  Oh, yeah.        5:51:00PM
3          MR. GOODSTADT:  What number is this?    5:51:04PM
4          THE REPORTER:  12.            5:51:06PM
5          MR. GOODSTADT:  I've placed in front    5:51:08PM
6  of Mr. Bosetti what's been marked as R.
7  Bosetti Exhibit 12.  It's a one-page
8  exhibit, bearing Bates 4673.  (Handing.)
9  BY MR. GOODSTADT:                5:51:19PM
10     Q    Mr. Bosetti, do you know who Sally    5:51:17PM
11 Hesse is?
12     A    No.                5:51:21PM
13     Q    Do you see here this letter to    5:51:22PM
14 Mr. Hesse, George Hesse, that is.  It says,
15 "Please find enclosed a donation in support of
16 the Ocean Beach Police Benevolent Association on
17 behalf of my mother, Tina Hesse."
18         Do you see that?            5:51:34PM
19     A    Yes.                5:51:35PM
20     Q    Do you know who Tina Hesse is?    5:51:36PM
21     A    No.  Any relations?            5:51:37PM
22     Q    I'm just asking if you know who Tina    5:51:38PM
23 Hesse is, that's referred to in this letter.
24     A    No.                5:51:41PM
25     Q    Do you know where 744 Ocean Breeze is?    5:51:42PM

104 (Pages 413 to 416)

9c25d064-2409-42b6-86d8-729604317 8a5

Page 417

```
1              RICHARD BOSETTI
2    A   No, I don't.              5:51:45PM
3    Q   Okay.                     5:51:46PM
4    A   I know it's on Ocean Breeze.    5:51:47PM
5    Q   Do you know what happened to the money  5:51:49PM
6  that was donated by Sally Hesse on behalf of her
7  mother?
8    A   No, I don't.             5:51:55PM
9        (Whereupon, Bates document 926-927 was  5:52:14PM
10  marked as R. Bosetti Exhibit 13 for
11  identification, as of this date.)
12       MR. GOODSTADT:  I've placed in front  5:52:35PM
13  of Mr. Bosetti what's been marked as R.
14  Bosetti 13.  It's a two-page exhibit,
15  bearing Bates P 926 to 927.  (Handing.)
16  BY MR. GOODSTADT:                5:52:48PM
17    Q   Mr. Bosetti, have you ever seen the  5:52:48PM
18  document marked as R. Bosetti Exhibit 13?
19    A   No.                      5:52:52PM
20    Q   If you look down at the bottom, where  5:52:54PM
21  it says "George B. Hesse, Deputy Chief,
22  103/OBPD."
23       Do you see that?          5:53:05PM
24    A   Yes.                     5:53:05PM
25    Q   Do you know what 103/OBPD stands for?  5:53:06PM
```

Page 418

```
1              RICHARD BOSETTI
2    A   That's his shield.         5:53:11PM
3    Q   Then under it, it says "Ocean Beach  5:53:13PM
4  Police Benevolent Association."
5        Do you see that?          5:53:18PM
6    A   Yes.                     5:53:18PM
7    Q   Does that refresh your recollection as  5:53:19PM
8  to whether there was an Ocean Beach Police
9  Benevolent Association?
10       MR. NOVIKOFF:  Objection.  5:53:27PM
11    A   I've never seen this document before.  5:53:28PM
12    Q   It doesn't refresh your recollection  5:53:30PM
13  one way or the other?
14    A   No.  No.                 5:53:33PM
15    Q   Before, you testified about a letter  5:53:33PM
16  with respect to Tom Snyder getting late and
17  getting paid -- getting to his shift late and
18  getting paid for that.  Do you recall that come
19  testimony?
20       MR. NOVIKOFF:  Objection..  5:53:47PM
21    A   Yeah.  You referred to that.  5:53:48PM
22    Q   Did you ever see that letter?  5:53:50PM
23    A   I don't recall.  I remember talking to  5:53:53PM
24  Tommy about it.
25       (Whereupon, Bates document P916 and  5:53:58PM
```

Page 419

```
1              RICHARD BOSETTI
2  P336 was marked as R. Bosetti Exhibit 14 for
3  identification, as of this date.)
4        MR. GOODSTADT:  I've placed in front  5:54:33PM
5  of Mr. Bosetti what's marked as R.
6  Bosetti Exhibit 14.  It is a two-page
7  exhibit, bearing Bates P 916 and P 336.
8  (Handing.)
9  BY MR. GOODSTADT:               5:54:47PM
10    Q   Mr. Bosetti, have you ever seen this  5:54:47PM
11  letter marked that's been marked as R. Bosetti
12  Exhibit 14?
13    A   Yes.                     5:54:51PM
14    Q   When did you see this?     5:54:51PM
15    A   I think I saw it in the precinct.  5:54:53PM
16    Q   When?                    5:54:57PM
17    A   I don't know.            5:54:58PM
18    Q   Do you recall how you came about  5:55:01PM
19  seeing it?  Did somebody hand it to you?
20    A   I don't know if one of the officers  5:55:05PM
21  handed it to me or who handed it to me or if it
22  was just laying around.
23    Q   Do you recall reading it at the time?  5:55:12PM
24    A   Yeah, uh-huh.            5:55:14PM
25    Q   Did you ever discuss it with anybody?  5:55:16PM
```

Page 420

```
1              RICHARD BOSETTI
2    A   No.                      5:55:18PM
3    Q   You never discussed this letter with  5:55:18PM
4  Hesse?
5    A   No.                      5:55:20PM
6    Q   Did you ever discuss it with Paradiso?  5:55:21PM
7    A   No.                      5:55:22PM
8    Q   I believe you testified you may have  5:55:23PM
9  discussed it Snyder.
10       MR. NOVIKOFF:  Objection.  5:55:27PM
11    A   Yes.                     5:55:28PM
12    Q   Did you discuss it with him?  5:55:28PM
13    A   Yes.                     5:55:29PM
14    Q   When did you discuss this letter with  5:55:30PM
15  him?
16    A   When he came back begging for his job,  5:55:31PM
17  and he said, I know you wrote that letter, Rich;
18  and I said, what letter.  And that's how we got
19  into it.
20    Q   Had you seen the letter prior to Tom  5:55:40PM
21  Snyder coming in and telling you that he knew
22  you wrote it?
23    A   I don't know if it was before or  5:55:51PM
24  after.
25    Q   Do you know who Eric Holm is?  5:55:56PM
```

9c25d064-2409-42b6-86d8-729604317 8a5

Page 421

RICHARD BOSETTI

1
2    A    Eric?  No, I'm sorry.        5:56:01PM
3    Q    Do you know who Alan Schneider is?   5:56:03PM
4    A    No.              5:56:08PM
5    Q    It says here CC to Alan Schneider,    5:56:10PM
6  Civil Service Commissioner.
7        Do you see that?        5:56:15PM
8    A    Okay, that's who he is.        5:56:16PM
9        MR. NOVIKOFF:  Objection.        5:56:17PM
10 BY MR. GOODSTADT:              5:56:18PM
11   Q    Does that refresh your recollection or  5:56:18PM
12 you're just taking that based --
13       MR. NOVIKOFF:  Objection.        5:56:22PM
14   A    You asked me if I knew who it was.    5:56:23PM
15 You just pointed it out to me.
16   Q    I'm just pointing out what it says    5:56:26PM
17 here.
18   A    Oh, okay.            5:56:29PM
19   Q    Does that refresh your recollection as  5:56:30PM
20 to who he is?
21       MR. NOVIKOFF:  Objection.        5:56:32PM
22   A    No.              5:56:33PM
23   Q    If you look at the second page, which   5:56:34PM
24 is P 336?
25   A    Yes.              5:56:38PM

Page 422

RICHARD BOSETTI

1
2    Q    Do you recognize that handwriting?    5:56:39PM
3    A    No.              5:56:42PM
4    Q    Did you ever discuss this letter with   5:56:48PM
5  your brother?
6    A    When we found out about it, probably,  5:56:52PM
7  but I don't remember.
8    Q    Do you recall when you found out about  5:56:56PM
9  it?
10   A    I don't recall when I found out.  I    5:57:00PM
11 don't know if it was before we discussed it with
12 Tommy, after we discussed it with Tommy.
13   Q    Who discussed it with Tommy, when you  5:57:07PM
14 say "we"?
15   A    Me.              5:57:09PM
16   Q    Who was at that meeting that you      5:57:10PM
17 testified about?
18   A    Me, my brother and George Hesse.     5:57:12PM
19   Q    Who called the meeting?          5:57:14PM
20   A    George Hesse.            5:57:15PM
21       MR. NOVIKOFF:  Objection.        5:57:17PM
22 BY MR. GOODSTADT:              5:57:17PM
23   Q    What was the purpose of the meeting?  5:57:18PM
24   A    To talk to Tommy Snyder.        5:57:20PM
25   Q    About what?            5:57:22PM

Page 423

RICHARD BOSETTI

1
2    A    The Halloween incident.        5:57:23PM
3    Q    So this is after Tommy had been let    5:57:25PM
4  go?
5    A    Yeah.              5:57:28PM
6    Q    So you had a meeting to discuss the    5:57:30PM
7  Halloween incident with Tom Snyder a year and a
8  half after the incident occurred?
9    A    Tommy wanted his job back, and George  5:57:36PM
10 goes, let's talk to him.  Let's feel it out.
11 Let's see if he's really sincere about this.
12 And right after talking to Tommy, he couldn't
13 answer any of my questions about why he pulled
14 that stunt, other than, oh, I just figured -- I
15 called it the way I saw it.  I said, Tommy, how
16 could you call it the way you saw it.  You never
17 called the boss.  You never called me.  You
18 never followed up on it.
19   Q    Do you know why if Tom Snyder asked to  5:58:02PM
20 have his job back, that George Hesse would have
21 you and your brother sitting in on that meeting?
22       MR. CONNOLLY:  Objection.        5:58:10PM
23       MR. NOVIKOFF:  Objection.        5:58:11PM
24   A    I don't know.  Because we were working  5:58:12PM
25 that day.

Page 424

RICHARD BOSETTI

1
2    Q    Did you ever ask George why you were   5:58:15PM
3  invited to the meeting?
4    A    No.  To talk to Tommy Snyder.  We were  5:58:19PM
5  working that day.  We didn't come in to --
6  specifically for a meeting.  We were on duty
7  that day.
8    Q    I understand that you testified you    5:58:29PM
9  were on duty that day.  But how did you know you
10 were going to be invited to this meeting?
11   A    George said Tom Snyder's going to come  5:58:35PM
12 in and talk to him.
13   Q    And what was discussed during that     5:58:39PM
14 meeting?
15   A    The Halloween incident.        5:58:43PM
16   Q    And what about the Halloween incident  5:58:45PM
17 was discussed?
18   A    On why an officer would make out a     5:58:51PM
19 report knowing that it was false and it would
20 get another officer into trouble.
21   Q    And who asked him that question?     5:59:01PM
22   A    I did.              5:59:03PM
23   Q    What was his response?        5:59:04PM
24   A    It was me and him.  My brother        5:59:05PM
25 wouldn't even talk to the guy.

106 (Pages 421 to 424)

9c25d064-2409-42b6-86d8-7296043178a5

Page 425

RICHARD BOSETTI

1
2    Q    But your brother was at the meeting?    5:59:09PM
3    A    Huh?  Yes.                              5:59:11PM
4    Q    What was his response?                  5:59:12PM
5    A    Just making up excuses.  I can't give  5:59:15PM
6  you explicit sentences, but just making up
7  excuses.  And I knew it was all dung, bull.
8    Q    How about in sum and substance, what   5:59:31PM
9  did he say?  I don't need explicit sentences,
10  just sum and substance.
11       MR. NOVIKOFF:  "He" being who?          5:59:38PM
12       MR. GOODSTADT:  Tom Snyder.  He just    5:59:42PM
13       testified that he can't give me explicit
14       sentences.
15  BY MR. GOODSTADT:                             5:59:43PM
16    Q    I don't need explicit sentences.  But  5:59:43PM
17  what did Tom Snyder say in response to your
18  question?
19    A    I don't recall.  All I know is at the  5:59:51PM
20  end of the meeting, I was more pissed off than
21  anything because I knew he was still BSing.
22    Q    Was anything discussed with Mr. Snyder  5:59:59PM
23  in that meeting other than for the Halloween
24  incident?
25    A    About the letter.  Rich, I know you    6:00:07PM

Page 426

RICHARD BOSETTI

1
2  wrote the letter.
3    Q    What was your response to that?        6:00:10PM
4    A    Huh?                                    6:00:12PM
5    Q    What was your response to him saying   6:00:13PM
6  that?
7    A    I said, if I wrote the letter, I said,  6:00:15PM
8  you know my handwriting.  My handwriting stands
9  out.  He goes, oh, it was typed.  I said, oh,
10  but the envelope was written.  I said, well,
11  then, you know, what am I stupid?  I'm going to
12  type out a letter and then put my handwriting on
13  an envelope, where everybody in the precinct
14  knows my handwriting.
15    Q    You said that to him?                  6:00:35PM
16    A    Yeah.                                  6:00:37PM
17    Q    What was his response?                 6:00:37PM
18    A    Like he understood.  Maybe he doesn't  6:00:39PM
19  believe me, but I think he understood.
20    Q    I think before you testified your     6:00:43PM
21  response was "what letter."
22       MR. NOVIKOFF:  Objection.               6:00:46PM
23    A    This was after we were talking about   6:00:47PM
24  the letter.  I asked him, I said, I wouldn't
25  write out a letter.  He said it was typed.  And

Page 427

RICHARD BOSETTI

1
2  then I got him to the conclusion that, oh, he
3  meant the part on the envelope.  And I said, I
4  wouldn't be that crazy, to put -- to go through
5  the trouble of typing a whole letter so that
6  nobody could see my handwriting, but on the
7  envelope I would write it out.
8    Q    And did you have a copy of the letter  6:01:08PM
9  in front of you at the meeting?
10    A    No.                                    6:01:13PM
11    Q    What else was discussed at that        6:01:16PM
12  meeting?
13    A    I don't recall.  That's about it.     6:01:18PM
14    Q    So Tom Snyder came in to have a        6:01:19PM
15  meeting to see if he could get his job back?
16    A    Yeah.                                  6:01:25PM
17    Q    And the only things that were          6:01:25PM
18  discussed were Halloween and this letter?
19    A    Yeah, that's the only thing I could    6:01:29PM
20  think of.
21    Q    What did George Hesse say about any of  6:01:32PM
22  this during the meeting?
23    A    You gotta remember he questioned       6:01:36PM
24  Tommy.  I don't know what the questions were.
25  He goes, well, Tommy, why didn't you call us or

Page 428

RICHARD BOSETTI

1
2  why didn't you call the chief right away or why
3  didn't you call me right away.  You know, and --
4    Q    So all the questions that George Hesse  6:01:49PM
5  asked were related to Halloween?
6    A    I think most of it.                    6:01:57PM
7    Q    Have you ever been to Mitch Burns'     6:02:06PM
8  residence in the city?
9    A    Never.                                 6:02:12PM
10    Q    Have you ever been to Elyse Miller's   6:02:14PM
11  residence in New York City?
12    A    Yes.                                   6:02:19PM
13    Q    How many times?                        6:02:19PM
14    A    Once.                                  6:02:20PM
15    Q    When?                                  6:02:20PM
16    A    Me and my brother took her out to      6:02:23PM
17  dinner on the way going upstate.
18    Q    You went upstate with her?            6:02:33PM
19    A    No.  She was never at the house.      6:02:35PM
20    Q    So you guys took her out to dinner,    6:02:37PM
21  then dropped her off and then went upstate?
22    A    Yes.                                   6:02:42PM
23    Q    And when was this?                     6:02:42PM
24    A    Quite a few years ago.                 6:02:43PM
25    Q    Do you recall what year it was?        6:02:45PM

TSG Reporting - Worldwide    877-702-9580

9c25d064-2409-42b6-86d8-7296043178a5

Page 429

RICHARD BOSETTI

1
2   A   No.                        6:02:46PM
3   Q   Was it before or after Halloween?   6:02:46PM
4   A   I think it was before.          6:02:49PM
5       MR. NOVIKOFF:  Off the record, Andrew.  6:02:51PM
6       MR. GOODSTADT:  We're on the record.   6:02:55PM
7       MR. FEHRINGER:  How much time do you   6:02:58PM
8   think you're gonna have?  It's 6:00 right
9   now.
10      MR. GOODSTADT:  In that 15 to 20   6:03:03PM
11  minute zone that I told you before that I
12  might have after six.  Are you all right
13  going another 15 or 20 minutes?
14      MR. FEHRINGER:  Yeah, that's fine.   6:03:15PM
15      MR. NOVIKOFF:  Yeah.        6:03:16PM
16  BY MR. GOODSTADT:                6:03:17PM
17  Q   Did you ever hear George Hesse state   6:03:18PM
18  that he had a sexual relationship with Elyse
19  Miller?
20      MR. NOVIKOFF:  Objection.      6:03:23PM
21      MR. CONNOLLY:  Objection.      6:03:24PM
22  A   No.                        6:03:25PM
23  Q   You never heard that he slept with her  6:03:26PM
24  in a hot tub at Mitch Burns' house?
25      MR. NOVIKOFF:  Objection.      6:03:30PM

Page 430

RICHARD BOSETTI

1
2       MR. CONNOLLY:  Objection..      6:03:32PM
3   A   No.  No.                   6:03:32PM
4   Q   Did your brother have a sexual      6:03:33PM
5   relationship with her?
6   A   Yeah, my brother may have had a sexual  6:03:36PM
7   relationship with her.  I don't know for sure.
8   I don't go asking him all those personal
9   questions about his life, but he may have.
10  Q   And when did he have that      6:03:44PM
11  relationship?
12  A   I'm not gonna get into it.  I don't   6:03:47PM
13  know.  I don't ask him his personal life.  He
14  may not have.  You gotta ask him that yourself.
15  Q   What leads you to believe that he did?  6:03:55PM
16  A   They were just -- they seemed very   6:03:59PM
17  close.
18  Q   Was that before or after Halloween   6:04:02PM
19  that they seemed so close?
20  A   I don't know.  Before the Halloween --  6:04:05PM
21  we knew Elyse, I think from the first year we
22  were there.
23  Q   '02?                       6:04:12PM
24  A   She's a sweet kid.  Yeah.       6:04:13PM
25  Q   And you don't recall what years you   6:04:16PM

Page 431

RICHARD BOSETTI

1
2   thought your brother was very close to her,
3   which led you to believe that he may have had a
4   sexual relationship with her?
5   A   I don't know.  I don't know.  Like I   6:04:27PM
6   said, I'm not even sure if he had sexual
7   relations with her.  I just knew that sort of
8   they were fairly close.
9   Q   Did you ever have a sexual      6:04:38PM
10  relationship with her?
11  A   No.                        6:04:40PM
12  Q   Did you ever assign a dock master to   6:04:49PM
13  cover for you at the station?
14  A   A dock master to cover for me?  You   6:04:55PM
15  mean leave the station in the hands of a dock
16  master?
17  Q   Yes.                       6:05:01PM
18  A   No.  Not unless that dock master,    6:05:02PM
19  slash, slash dispatcher, then yeah.
20  Q   How many dock masters/dispatchers were  6:05:09PM
21  there?
22  A   Well, there was the kid that you just  6:05:13PM
23  mentioned.
24  Q   Chris Moran?               6:05:15PM
25  A   Yeah.                      6:05:16PM

Page 432

RICHARD BOSETTI

1
2   Q   Anyone else?                6:05:18PM
3   A   No, that's the only one.        6:05:21PM
4   Q   Did you ever hear that any of the    6:05:22PM
5   plaintiffs in this case complained to George
6   Hesse about you assigning dock masters to cover
7   your shift at the station?
8   A   I could imagine what they told      6:05:35PM
9   George -- what they said.  I wouldn't put
10  anything past them.
11  Q   Did you ever hear that?        6:05:41PM
12  A   No.  But there is a picture on the   6:05:42PM
13  blog with two of you guys sitting on a table
14  full of booze with some broads sitting on your
15  lap.  The same blog you were asking me about.
16      MR. FEHRINGER:  Just answer the   6:05:53PM
17  question.
18  BY MR. GOODSTADT:                6:05:56PM
19  Q   I'll go back to the question.      6:05:57PM
20      Did you ever hear that the plaintiffs  6:05:58PM
21  complained to George Hesse about your assigning
22  dock masters to cover your shift at the station?
23  A   No.                        6:06:04PM
24      MR. NOVIKOFF:  Objection.      6:06:05PM
25

108  (Pages 429 to 432)

9c25d064-2409-42b6-86d8-7296043178a5

Page 433

RICHARD BOSETTI

1
2     BY MR. GOODSTADT:                    6:06:06PM
3     Q   Do you know who Ron Smith is?      6:06:07PM
4     A   No.                    6:06:08PM
5     Q   Did you ever hear of a store called A  6:06:10PM
6  Summer Place?
7     A   Oh, yeah.  Ron.  And Roberta, yes..  6:06:15PM
8  Very nice people.
9     Q   Friends with them?            6:06:19PM
10    A   Just from doing my patrol.  I was   6:06:20PM
11  never at their house.
12    Q   Did you ever buy anything in their   6:06:25PM
13  store?
14    A   No.                    6:06:28PM
15    Q   Do you know whether any summonses were  6:06:32PM
16  ever issued to his wife, Roberta?
17       MR. NOVIKOFF:  By Mr. Bosetti or by  6:06:37PM
18  anybody?
19       MR. GOODSTADT:  By anybody.       6:06:39PM
20    A   No, I don't know.           6:06:40PM
21    Q   Have you ever heard that George Hesse  6:06:41PM
22  demanded that Frank Fiorillo withdraw a summons
23  that he issued to Roberta Smith?
24    A   I wouldn't doubt any of Frank's   6:06:50PM
25  summonses were BS --

Page 434

RICHARD BOSETTI

1
2       MR. FEHRINGER:  Answer the question.  6:06:54PM
3     A   No.                    6:06:55PM
4     Q   Did you ever hear that George Hesse   6:06:57PM
5  tore up a summons that Frank Fiorillo wrote to
6  Roberta Smith?
7       MR. NOVIKOFF:  Objection.       6:07:04PM
8     A   No.                    6:07:04PM
9     Q   Did Ron Smith ever give you anything  6:07:12PM
10  from his store?
11    A   No.                    6:07:15PM
12    Q   Did you ever have any deals with Ron  6:07:16PM
13  Smith?
14       MR. NOVIKOFF:  Objection.       6:07:18PM
15    A   Any what?                6:07:18PM
16    Q   Any dealings, business dealings with  6:07:20PM
17  Ron Smith?
18       MR. NOVIKOFF:  Oh, okay.        6:07:22PM
19    A   No, not at all.            6:07:23PM
20    Q   Who is Lisa Campbell?          6:07:24PM
21    A   Lisa Campbell?  Oh, she's a bartender  6:07:27PM
22  in CJ's.
23    Q   Friends with her?            6:07:37PM
24    A   Yes.                   6:07:38PM
25    Q   Did she live with Frank Tutone?    6:07:42PM

Page 435

RICHARD BOSETTI

1
2  T-U-T-O-N-E?
3     A   Yes, she did.              6:07:49PM
4     Q   Who is Frank Tutone?          6:07:50PM
5     A   He used to work in the -- in a hotel.  6:07:52PM
6  He was married to the owner of -- Jackie, who
7  used to own the hotel on cottage and Bayview.
8     Q   So he was living with Lisa Campbell   6:08:06PM
9  and he was married?
10    A   They were separated at that time.   6:08:10PM
11    Q   They were separated, and he was living  6:08:12PM
12  with Lisa Campbell?
13    A   Yes.                   6:08:15PM
14    Q   Do you know whether Lisa Campbell ever  6:08:17PM
15  took out an order of protection against Tutone?
16    A   Yes, she did.              6:08:22PM
17    Q   When was that?              6:08:23PM
18    A   I don't remember.  A few years ago.   6:08:25PM
19    Q   How did you learn about that?       6:08:27PM
20    A   I was on the -- I was a police officer  6:08:30PM
21  in Ocean Beach, and you have to know who has
22  order of protections out against who.
23    Q   Why do you have to know that?      6:08:37PM
24    A   Why?                   6:08:40PM
25    Q   Yeah.                  6:08:40PM

Page 436

RICHARD BOSETTI

1
2     A   It's just a good heads-up.       6:08:41PM
3     Q   Do you recall how you learned that she  6:08:44PM
4  had taken out an order of protection against
5  Mr. Tutone?
6     A   I'm sorry?                6:08:50PM
7     Q   Do you recall how you learned that she  6:08:53PM
8  took out an order of protection against
9  Mr. Tutone?
10    A   She might have told me or George might  6:08:59PM
11  have told me, because I knew Tutone was locked
12  up a few times for harassing her.
13    Q   Physically harassing her?        6:09:07PM
14    A   Yeah.                  6:09:09PM
15    Q   How many times?             6:09:10PM
16    A   I could count once, but then there's   6:09:11PM
17  been arguments and fights and everything else.
18    Q   Were you ever there when she contacted  6:09:17PM
19  the police station about an altercation she had
20  with Mr. Tutone?
21       MR. NOVIKOFF:  Was he ever where?   6:09:24PM
22       MR. GOODSTADT:  At the police station.  6:09:26PM
23    A   I don't recall.  I don't recall.    6:09:30PM
24  Because there's been a few altercations with her
25  and Tutone that I've responded to.

109 (Pages 433 to 436)

9c25d064-2409-42b6-86d8-7296043178a5

Page 437

RICHARD BOSETTI

1
2     Q    So you've responded to a few of them?  6:09:37PM
3     A    Yes.                        6:09:39PM
4     Q    Have you ever arrested Tutone in      6:09:39PM
5  response to --
6     A    I never arrested him.  I think George   6:09:42PM
7  might have arrested him once or one of the other
8  gentlemen on the 4 to 12, the officers on the 4
9  to 12.  I never arrested him.
10    Q    Did you ever have an occasion in which  6:09:52PM
11 Ms. Campbell made a complaint about Mr. Tutone
12 and you discussed it with her at the police
13 station?
14    A    Yes.                        6:10:08PM
15    Q    When was that?              6:10:10PM
16    A    That was the -- I don't know.  I don't  6:10:12PM
17 know the exact date.  She was all shook up.  She
18 was shaking like crazy.
19    Q    Did you give her any wine?      6:10:19PM
20    A    Yes, I did.                  6:10:21PM
21    Q    How come?                   6:10:23PM
22    A    Because she was shaking like crazy,     6:10:24PM
23 and I felt -- I felt bad for her, and I said,
24 here, have a glass of wine; and she said, okay,
25 I'll have some.

Page 438

RICHARD BOSETTI

1
2     Q    Where did you get the wine from?     6:10:33PM
3     A    I don't know.               6:10:34PM
4     Q    Just wine in the police station?    6:10:36PM
5     A    It might have been.  I didn't run out  6:10:37PM
6  and buy it.
7     Q    So just so I understand, she came down  6:10:40PM
8  to the police station?
9     A    Yes.                        6:10:43PM
10    Q    To file a complaint of domestic abuse?  6:10:44PM
11    A    Yes.                        6:10:46PM
12    Q    And you gave her a glass of wine?    6:10:47PM
13    A    Yes, I did.                  6:10:48PM
14    Q    Did she file that complaint?     6:10:49PM
15    A    I don't recall.              6:10:52PM
16    Q    Were you trying to talk her out of   6:10:57PM
17 filing the complaint?
18    A    No.  No way.  You can't fool around   6:11:01PM
19 with an order of protection.
20    Q    Did you go out and arrest Mr. Tutone   6:11:05PM
21 when she came down and filed the complaint?
22    A    No.                         6:11:10PM
23    Q    How come?                   6:11:10PM
24    A    Because I think the midnight crew did  6:11:11PM
25 it.

Page 439

RICHARD BOSETTI

1
2     Q    Who did she make the complaint to,   6:11:16PM
3  which officer?
4     A    I think it was the 4 to 12.     6:11:19PM
5     Q    Were you on that shift?         6:11:21PM
6     A    Yes.                        6:11:22PM
7     Q    Okay.  How long were you with her in  6:11:23PM
8  the station that day?
9     A    I don't remember.           6:11:27PM
10    Q    Tell me everything that you recall, in  6:11:30PM
11 sum and substance, that you discussed with her
12 that day.
13    A    I was taking pictures, took pictures   6:11:40PM
14 of her, her bruises.  And I don't know who came
15 in, the guys on the midnight, whatever, but it
16 was discussed that Frank Tutone was sleeping;
17 it's better off waiting till the morning or
18 later on, when the booze wears off or something
19 wears off, before they go and collar him.
20    Q    What time did --            6:12:07PM
21    A    If that was the incident.    6:12:08PM
22    Q    -- did Ms. Campbell come in?     6:12:09PM
23    A    I don't know.  Towards the end of the  6:12:12PM
24 evening, the last hour.
25    Q    So at some point around 11?     6:12:15PM

Page 440

RICHARD BOSETTI

1
2     A    Probably.                   6:12:18PM
3     Q    Who else was in the station?     6:12:20PM
4     A    If my brother was working, he may have  6:12:22PM
5  been.
6     Q    Was Tom Snyder there?           6:12:28PM
7     A    Don't recall.               6:12:30PM
8     Q    Was Officer Dyer there?         6:12:30PM
9     A    Dyer, I don't recall.        6:12:33PM
10    Q    Was Officer Boggleman there?     6:12:34PM
11    A    I'm not sure.               6:12:37PM
12    Q    Was Frank Fiorillo there?       6:12:38PM
13    A    I'm not sure.               6:12:40PM
14    Q    Did Officer Boggleman make the   6:12:43PM
15 request?
16    A    I don't know who made the arrest.     6:12:46PM
17    Q    Were you there when Mr. Tutone was   6:12:48PM
18 arrested?
19    A    No.  I think that was happening    6:12:51PM
20 somewhere towards the morning, when his buzz
21 wore off..  I'm only assuming.
22    Q    Are you aware of any law regarding an  6:13:00PM
23 automatic arrest where there's a claim of
24 domestic abuse against somebody who there's a
25 restraining order against?

110 (Pages 437 to 440)

9c25d064-2409-42b6-86d8-7296043178a5

Page 441

```
                RICHARD BOSETTI
 1
 2    A    Yes, sure.              6:13:14PM
 3    Q    What's that law?            6:13:15PM
 4    A    That the person should be arrested.   6:13:16PM
 5    Q    Was Ms. Campbell bruised?        6:13:19PM
 6    A    Yes.                6:13:21PM
 7    Q    Cut?                6:13:21PM
 8    A    I don't know if she was cut.    6:13:22PM
 9    Q    Did you ever speak to Officer      6:13:24PM
10  Boggleman about the incident?
11    A    No, I don't remember if I did or not.  6:13:28PM
12    Q    Did you fill out a report of the     6:13:30PM
13  incident?
14    A    No.                6:13:33PM
15    Q    You just took pictures?        6:13:34PM
16    A    Took pictures, and then the 12 to    6:13:36PM
17  midnight came in and they took it over.
18    Q    Did you have a glass of wine with her? 6:13:43PM
19    A    No.                6:13:45PM
20    Q    How many glasses of wine did she have? 6:13:46PM
21    A    Just a little thing like this     6:13:49PM
22  (indicating), just to calm her down, 2 ounces.
23        MR. GOODSTADT:  Let's take a      6:14:01PM
24    two-minute break.  I just want to review to
25    see what, if anything, I have left.
```

Page 442

```
                RICHARD BOSETTI
 1
 2        THE VIDEOGRAPHER:  The time is 6:15.  6:14:06PM
 3    We're off the record.
 4        (Whereupon, a discussion was held off  6:14:10PM
 5    the record.)
 6        THE VIDEOGRAPHER:  The time is 6:20.  6:19:05PM
 7    We are back on the record.
 8  BY MR. GOODSTADT:              6:19:20PM
 9    Q    Sir, I just have a few more questions  6:19:21PM
10  for you.
11        You testified that you took pictures  6:19:24PM
12  of Ms. Campbell; is that correct?
13    A    Yes.                6:19:28PM
14    Q    How many pictures did you take?      6:19:29PM
15    A    I don't know.            6:19:30PM
16    Q    Where did you put those pictures?    6:19:32PM
17    A    I left them with the 4 to 12 guys..   6:19:34PM
18  Probably filed with her report.
19    Q    Who on the 4 to 12 guys?        6:19:39PM
20    A    Whoever relieved us.          6:19:41PM
21    Q    The 4 to 12 guys or the 12 to 8 guys?  6:19:42PM
22    A    I'm sorry, the 12 to 8 guys.  I'm    6:19:44PM
23  getting tired too.
24    Q    Did you call rescue after Ms. Campbell  6:19:47PM
25  came in beaten and bruised?
```

Page 443

```
                RICHARD BOSETTI
 1
 2    A    If she was bruised, I probably did.  6:19:52PM
 3    Q    Do you recall one way or the other   6:19:56PM
 4  whether you called rescue?
 5    A    No.  But if she was hurt, I did.    6:19:59PM
 6    Q    Are you sure about that?        6:20:01PM
 7        MR. NOVIKOFF:  Objection.      6:20:04PM
 8    A    Yeah, I'm just going by past      6:20:05PM
 9  performances.  If somebody is hurt, I'd call
10  rescue.
11    Q    You testified before about -- strike  6:20:12PM
12  that.
13        If you had called rescue, would you    6:20:16PM
14  have had to document that somewhere, that you
15  called rescue?
16    A    Yeah, probably.          6:20:24PM
17    Q    Where would that be documented?      6:20:25PM
18    A    In a field report.          6:20:27PM
19    Q    Did you fill out a field report for   6:20:35PM
20  that incident?
21    A    I don't recall.  I may have let the 4  6:20:38PM
22  to 12 guys do it -- I mean the midnight guys.
23    Q    You testified before about you had    6:20:48PM
24  taken Elyse Miller out before heading upstate;
25  is that correct?
```

Page 444

```
                RICHARD BOSETTI
 1
 2    A    Yes.                6:20:56PM
 3    Q    Do you own a home upstate?        6:20:57PM
 4    A    Yes, I do.              6:20:58PM
 5    Q    Who else owns that?          6:20:59PM
 6    A    Me and my brother.          6:21:04PM
 7    Q    Any other owners of that house?      6:21:06PM
 8    A    No.                6:21:08PM
 9    Q    Have any current or former police    6:21:10PM
10  officers from Ocean Beach, other than for you
11  and your brother, been up to that house?
12    A    Two.                6:21:18PM
13    Q    Which ones?              6:21:19PM
14    A    Walter Moeller, and George came up    6:21:20PM
15  with his family.
16    Q    When did George come up with his     6:21:27PM
17  family -- strike that.
18        When you say George, you mean George  6:21:30PM
19  Hesse?
20    A    Yes.                6:21:33PM
21    Q    When did George Hesse come up to your  6:21:33PM
22  house with his family?
23    A    Winter before last.          6:21:37PM
24    Q    So the winter of '07 or winter of '08? 6:21:39PM
25    A    It might have been the winter of '08,  6:21:49PM
```

9c25d064-2409-42b6-86d8-729604317 8a5

Page 445

RICHARD BOSETTI

1    I'm guessing.
2    Q    Were you up there with him and his    6:21:52PM
3    family?
4    A    Yes.                    6:21:54PM
5    Q    Who else was there?              6:21:55PM
6    A    Me, my brother, Shannon, the two    6:21:57PM
7    little girls and George.
8    Q    When you say Shannon --          6:22:03PM
9    A    Oh, and my son.  My youngest son was    6:22:05PM
10   there and my brother's son was there, my nephew.
11   Q    When you say Shannon and the two    6:22:11PM
12   little girls, that's George's wife and his
13   daughters?
14   A    Yes.                    6:22:17PM
15   Q    Other than that instance, has      6:22:18PM
16   Mr. Hesse ever been up to your house upstate?
17   A    He may have came up one other time.  6:22:25PM
18   Q    When was that?              6:22:30PM
19   A    You know what, I'm not sure.  I know    6:22:31PM
20   Lonny came up.  I know Walter came up twice..
21   George may have came up one other time.
22   Q    So Lonny's been up there also?      6:22:40PM
23   A    Yes.                    6:22:42PM
24   Q    You didn't testify to him before.    6:22:42PM

Page 446

RICHARD BOSETTI

1    A    Lonny wasn't there the same time    6:22:45PM
2    George was there.  Lonny came up another time
3    with Walter.
4    Q    So George came up there definitely    6:22:52PM
5    once, but maybe twice.  Lonny came up there, and
6    Moeller came up there?
7    A    Yeah.                    6:22:59PM
8    Q    How many times has Lonny been there?  6:23:00PM
9    A    Once.                    6:23:02PM
10   Q    How many times has Moeller been there?  6:23:03PM
11   A    Moeller's been up once -- once in the  6:23:06PM
12   winter, and I think in the summertime we went to
13   Lake George on the motorcycles.  So he would
14   meet us up there; from there, we'd go to lake
15   George.
16   Q    So twice?                6:23:23PM
17   A    And then once for Canada.        6:23:24PM
18   Q    So three times, Moeller's been up    6:23:26PM
19   there?
20   A    Yeah.                    6:23:28PM
21   Q    Other than Lonny, Moeller, Hesse, you  6:23:29PM
22   and your brother, any other current or former
23   police officers in Ocean Beach been at your
24   house upstate?

Page 447

RICHARD BOSETTI

1    A    No.                    6:23:38PM
2    Q    The time that Lonny and Moeller were  6:23:39PM
3    both there at the same time, who was there?
4    A    Me, Gary, Lonny, Walter, and I think  6:23:45PM
5    that was it.
6    Q    Do you recall what year that was?    6:23:54PM
7    A    No.  The year before last maybe.    6:23:56PM
8    Q    Do you recall discussing with them who  6:23:59PM
9    the civil service rat was while you were guys
10   were up there?
11   A    No.                    6:24:07PM
12   Q    You don't recall having a conversation  6:24:08PM
13   trying to figure out who the civil service rat
14   was?
15        MR. NOVIKOFF:  Objection.          6:24:13PM
16   A    No.                    6:24:14PM
17   Q    You don't recall Lonny saying that it  6:24:14PM
18   probably was Snyder because he's the intelligent
19   one of that group?
20   A    No.                    6:24:21PM
21   Q    You testified before about statements  6:24:28PM
22   that Mr. Snyder had made that you allege were
23   antisemitic with respect to the senior cart; is
24   that correct?

Page 448

RICHARD BOSETTI

1    A    Yes.                    6:24:43PM
2    Q    Who actually drove the senior cart?  6:24:46PM
3    A    Police officers drove it.  Sometimes  6:24:50PM
4    the dock masters, the dock hands drove it, and
5    another time there was an older gentleman that
6    came in and volunteers his time.
7    Q    What was his name?              6:25:02PM
8    A    I don't know his name.          6:25:03PM
9    Q    Did you ever call him to come get the  6:25:05PM
10   cart and pick people up?
11   A    No, usually I took care of it myself.  6:25:09PM
12   Q    How many times did you drive the    6:25:11PM
13   senior cart?
14   A    Many, many times.            6:25:14PM
15   Q    Did you ever drive any civilians in  6:25:15PM
16   the cart other than for senior citizens?
17   A    Yeah.                    6:25:20PM
18   Q    Was it to be used for other civilians  6:25:21PM
19   other than senior citizens?
20   A    Once again, no, but discretion.      6:25:27PM
21   Q    What do you mean by discretion?      6:25:29PM
22   A    See an old lady walking down the    6:25:30PM
23   street and she's struggling, you know, we'll ask
24   her if she wants a ride.  I'll see a guy with

Page 449

RICHARD BOSETTI

1
2      two, three young kids and they're dragging
3      along, come kids, get in the cart; let me take
4      you.  Sure, it's a senior cart, but I'm there to
5      help.  I'm there to serve.  I do what I can.
6      And sometimes if there's a nice young lady, I
7      throw her in the cart too and bring her where
8      she wants to go, but that's it.
9          MR. GOODSTADT:  Mark that, please.    6:25:56PM
10         (Whereupon, A photocopy of a       6:25:57PM
11      photograph was marked as R. Bosetti Exhibit
12      15 for identification, as of this date.)
13         MR. GOODSTADT:  I've placed in front   6:26:19PM
14      of Mr. Bosetti what's been marked as R.
15      Bosetti Exhibit 15.  It is a one-page
16      photograph, bearing a date on the bottom,
17      2-9-09.
18      A  Yeah.                         6:26:33PM
19      Q  **Mr. Bosetti, do you recognize that**    **6:26:33PM**
20      **cart?  Is that the senior cart?**
21      A  Yes, I do.                     6:26:37PM
22      Q  **Do you recall when this picture was**    **6:26:38PM**
23      **taken?**
24      A  No, I don't.                   6:26:40PM
25      Q  **Do you recall putting these four women**  **6:26:41PM**

Page 450

RICHARD BOSETTI

1
2      **in the cart?**
3      A  Yeah.  I didn't force them.  I didn't   6:26:44PM
4      break their arms..  I was using the cart.
5      Probably on the way back, they're walking.
6      Could you give us a ride?  We're going into
7      town.  Sure, jump in.
8      Q  **And you let somebody else drive the**    **6:26:56PM**
9      **cart?**
10         MR. NOVIKOFF:  Note my objection to   6:26:59PM
11      the foundation.
12      A  No, nobody drove this cart.       6:27:01PM
13      Q  **The one on your lap holding the**       **6:27:02PM**
14      **steering wheel is not driving?**
15      A  What?                          6:27:06PM
16      Q  **The one on your lap holding the**       **6:27:07PM**
17      **steering wheel is not driving?**
18      A  For all I know, this might have been   6:27:09PM
19      stopped.  I don't see this thing moving.
20         MR. NOVIKOFF:  Yeah, I would think   6:27:13PM
21      that, in light of the way the pictures was
22      taken, if it was moving, that guy would've
23      been run over.
24      A  I wouldn't let them hang out the cart  6:27:22PM
25      like that.

Page 451

RICHARD BOSETTI

1
2      Q  **Where were you going with these women?**  **6:27:25PM**
3      A  Not where I wanted to go, but probably  6:27:26PM
4      into town.
5      Q  **Probably where?**                 **6:27:29PM**
6      A  Into town.  I'm sorry to be sarcastic.  6:27:30PM
7      Probably into town..
8      Q  **Was it appropriate to drive four women**  **6:27:38PM**
9      **in the senior cart into town?**
10      A  I think so.                    6:27:43PM
11      Q  **That was part of your being there to**    **6:27:44PM**
12      **serve?**
13      A  I saw young ladies walking after I    6:27:46PM
14      used the cart.  They said, can we have a ride?
15      No, we're not allowed to.  You're going to
16      have to walk yourself.  Sure, jump in.  I did it
17      for kids.  I did it for seniors.
18         MR. GOODSTADT:  I have nothing     6:28:01PM
19      further.
20         MR. NOVIKOFF:  Okay.  So then we will  6:28:02PM
21      pick up with my examination tomorrow morning
22      at 10?
23         MR. CONNOLLY:  10 or 10:30?  It's    6:28:09PM
24      scheduled for 10.
25         MR. NOVIKOFF:  I would prefer 10.    6:28:13PM

Page 452

RICHARD BOSETTI

1
2         MR. GOODSTADT:  Let's go off the     6:28:15PM
3      record.
4         THE VIDEOGRAPHER:  The time is 6:29.  6:28:17PM
5      We're going off the record.
6         (Time noted 6:29 p.m.)           6:28:20PM
7      _____              6:28:20PM
8            RICHARD BOSETTI        6:28:20PM
                                        6:28:20PM
9      Subscribed and sworn to before me        6:28:20PM
10     this       day of      , 2008    6:28:20PM
                                        6:28:20PM
11     _____       6:28:20PM
12                                      6:28:20PM
13
14
15
16
17
18
19
20
21
22
23
24
25

113 (Pages 449 to 452)

9c25d064-2409-42b6-86d8-7296043178a5

Page 453

```
1           PROCEEDINGS
2         C E R T I F I C A T E        6:28:20PM
3                                      6:28:20PM
4      I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Publi 6:28:20PM
5   and for the State of New York, do hereby certify:
6      THAT the witness whose testimony is hereinbefo 6:28:20PM
7   set forth, was duly sworn by me; and
8      THAT the within transcript is a true record   6:28:20PM
9   of the testimony given by said witness.  I further 6:28:20PM
10   certify that I am not related, either by blood or
11   marriage, to any of the parties to this action; and
12      THAT I am in no way interested in the outcome 6:28:20PM
13   this matter.
14      IN WITNESS WHEREOF, I have hereunto set      6:28:20PM
15   my hand this 23rd day of February, 2009..       6:28:20PM
16                                      6:28:20PM
17   _____           6:28:20PM
18      JUDI JOHNSON, RPR, CRR, CLR    6:28:20PM
19
20
21
22
23
24
25
```

Page 455

```
1            ERRATA SHEET
2   NAME OF CASE:  CARTER V. OCEAN BEACH        6:28:20PM
3   DATE OF DEPOSITION: February 10, 2009          6:28:20PM
4   NAME OF WITNESS:  RICHARD BOSETTI            6:28:20PM
5                             6:28:20PM
6   Reason codes:                   6:28:20PM
7     1. To clarify the record.           6:28:20PM
8     2. To conform to the facts         6:28:20PM
9     3. To correct the transcription        6:28:20PM
10       errors.               6:28:20PM
11   Page _____ Line _____ Reason _____        6:28:20PM
12   From _____ to _____        6:28:20PM
13   Page _____ Line _____ Reason _____        6:28:20PM
14   From _____ to _____        6:28:20PM
15   Page _____ Line _____ Reason _____        6:28:20PM
16   From _____ to _____        6:28:20PM
17   Page _____ Line _____ Reason _____        6:28:20PM
18   From _____ to _____        6:28:20PM
19   Page _____ Line _____ Reason _____        6:28:20PM
20   From _____ to _____        6:28:20PM
21   Page _____ Line _____ Reason _____        6:28:20PM
22   From _____ to _____        6:28:20PM
23                   6:28:20PM
24   _____        6:28:20PM
25     RICHARD BOSETTI              6:28:20PM
```

Page 454

```
1           PROCEEDINGS
2            INDEX              6:28:20PM
3   ATTORNEY                  PAGE 6:28:20PM
4      Mr. Novikoff        6  6:28:20PM
5                          6:28:20PM
6                          6:28:20PM
7                          6:28:20PM
8      INDEX OF R. BOSETTI EXHIBITS      6:28:20PM
9   I.D.         DESCRIPTION        PAGE 6:28:20PM
10   Exhibit 1  Subpoena          7  6:28:20PM
11   Exhibit 2  Job Description       126  6:28:20PM
12   Exhibit 3  Bates document 006087      156  6:28:20PM
13   Exhibit 4  Bates document 8221-8240      163  6:28:20PM
14   Exhibit 5  Bates document 05342      172  6:28:20PM
15   Exhibit 6  Bates document 1-25      179  6:28:20PM
16   Exhibit 7  Bates document 8183-8184      184  6:28:20PM
17   Exhibit 8  A photocopy of a photograph    266  6:28:20PM
18   Exhibit 9  Bates document 3187-3189      322  6:28:20PM
19   Exhibit 10  Bates document 3200-3204      358  6:28:20PM
20   Exhibit 11  Bates document 2662        395  6:28:20PM
21   Exhibit 12  Bates document 4673        415  6:28:20PM
22   Exhibit 13  Bates document 926-927      417  6:28:20PM
23   Exhibit 14  Bates document P916 and P336   418  6:28:20PM
24   Exhibit 15  A photocopy of a photograph    449  6:28:20PM
25
```

Page 456

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_ _ _ _ _ _ _ _ _ _ _ _ _ _ X
EDWARD CARTER, FRANK FIORILO,   )
KEVIN LAMM, JOSEPH NOFI, and    )
THOMAS SNYDER,                  )
                                )
            Plaintiffs,         )
                                )
-against-                       )
                                ) Index No.
                                ) CV 07 1215
INCORPORATED VILLAGE OF OCEAN   )
BEACH; MAYOR JOSEPH C.          )
LOEFFLER, JR., individually     )
and in his Official capacity;   )
former mayor NATALIE K.ROGERS,  )
individually and in her         )
official capacity, OCEAN BEACH  )
POLICE DEPARTMENT; ACTING       )
DEPUTY POLICE CHIEF GEORGE B.   )
HESSE, individually and in his  )
official capacity; SUFFOLK      )
COUNTY; SUFFOLK COUNTY POLICE   )
DEPARTMENT OF CIVIL SERVICE;    )
and ALLISON SANCHEZ,            )
individually and in her         )
official capacity,              )
                                )
            Defendants.         )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ X
          ***VOLUME II***
     CONTINUED DEPOSITION OF RICHARD BOSETTI
               New York, New York
               February 11, 2009


Reported by:
Judi Johnson, RPR, CRR, CLR
Job No.: 20818
```

Page 457

```
 1
 2            85 Fifth Avenue
              New York, New York
 3
 4            February 11, 2009
              10:30 A.M.
 5
 6
 7
 8
 9
10
11
12
13       Deposition of RICHARD BOSETTI, held at
14   the offices of THOMPSON WIGDOR & GILLY, LLP,
15   85 Fifth Avenue, New York, New York,
16   pursuant to Notice, before Judi Johnson, a
17   Registered Professional Reporter, a
18   Certified Realtime Reporter, a Certified
19   LiveNote Reporter and Notary Public of the
20   State of New York.
21
22
23
24
25
```

Page 458

```
 1            RICHARD BOSETTI
 2   APPEARANCES:
 3      THOMPSON WIGDOR & GILLY, LLP
 4      Attorneys for the Plaintiffs
 5      85 Fifth Avenue
 6      New York, New York 10003
 7
        BY: ARIEL GRAFF, ESQ.
 8
 9
10      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11      Attorneys for GEORGE B. HESSE
12      530 Saw Mill River Road
13      Elmsford, New York 10523
14
        BY: KEVIN W. CONNOLLY, ESQ.
15
16
17      RIVKIN RADLER, LLP
18
19      Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
20      JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
21      POLICE DEPARTMENT
22      926 RexCorp Plaza
23      Uniondale, New York 11556-0926
24
        BY: KENNETH A. NOVIKOFF, ESQ.
25
```

Page 459

```
 1            RICHARD BOSETTI
 2
 3
 4      BEE READY FISHBEIN HATTER & DONOVAN, LLP
 5
 6      Attorneys for SUFFOLK COUNTY
 7      170 Old Country Road
 8      Mineola, New York 11501
 9
10      BY: KENNETH A. GRAY, ESQ.
11
12      REYNOLDS, CARONIA, GIANELLI, HAGNEY &
13      LA PINTA, LLP
14      Attorneys for the WITNESS
15      35 Arkay Drive
16      Hauppauge, New York 11788
17
        BY: MICHAEL E. FEHRINGER, ESQ.
18
19      ALSO PRESENT:
20      FRANK FIORILLO
21      JOSH LIPSON - LEGAL VIDEO SPECIALIST
22
23
24
25
```

1 (Pages 456 to 459)

Page 460

RICHARD BOSETTI

1
2      IT IS HEREBY STIPULATED AND AGREED by
3  and between the attorneys for the respective
4  parties herein, that filing and sealing and
5  the same are hereby waived.
6      IT IS FURTHER STIPULATED AND AGREED
7  that all objections, except as to the form
8  of the question, shall be reserved to the
9  time of the trial.
10      IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be sworn to
12  and signed before any officer authorized to
13  administer an oath, with the same force and
14  effect as if signed and sworn to before the
15  Court.
16
17          - o0o -
18
19
20
21
22
23
24
25

Page 461

RICHARD BOSETTI

1
2  RICHARD BOSETTI,
3      Called as a witness herein, having
4  first been duly sworn, was examined and
5  testified as follows:
6  BY THE REPORTER:
7      Q   Please state your name and address for
8  the record.
9      A   Richard Bosetti, 344 Campus Road,
10  Franklin Square, New York 11010.
11      THE VIDEOGRAPHER:  This is the start  10:30:46AM
12  of Tape Number 1, Volume 2 of a continued
13  deposition of Mr. Bosetti.  Today's date is
14  February 11th, 2009, at approximately
15  10:31 a.m.
16      We are back on the record.          10:30:58AM
17  EXAMINATION                              10:30:59AM
18  BY MR. NOVIKOFF:                         10:31:01AM
19      Q   Good morning, Mr. Bosetti.        10:31:03AM
20      A   Good morning.              10:31:04AM
21      Q   How are you?              10:31:05AM
22      My name is Ken Novikoff. I was here  10:31:06AM
23  yesterday.  I'm defending the village
24  defendants, except for Mr. Hesse.
25      Do you recall that?          10:31:14AM

Page 462

RICHARD BOSETTI

1
2      A   Yes.                  10:31:14AM
3      Q   I'm still here today in the same    10:31:15AM
4  capacity.
5      Let the record reflect that in      10:31:17AM
6  addition to your counsel, counsel for
7  plaintiffs, Mr. Gray, counsel for Mr. Hesse and
8  Mr. Fiorillo, is present.
9      Do you recognize Mr. Fiorillo?      10:31:26AM
10      A   Yes, I do.              10:31:28AM
11      Q   Is that, in fact, Mr. Fiorillo sitting 10:31:29AM
12  here today?
13      A   Yes, it is.              10:31:31AM
14      Q   You didn't appear voluntarily      10:31:33AM
15  yesterday, did you?
16      A   No.                  10:31:36AM
17      Q   In fact, you were subpoenaed, correct? 10:31:37AM
18      A   Correct.              10:31:39AM
19      Q   And just before I ask you any further 10:31:39AM
20  questions, this is being videotaped.
21      You understand that, right?      10:31:44AM
22      A   Yes, I do.              10:31:45AM
23      Q   You also understand that if this      10:31:46AM
24  matter ever gets to trial, some of your
25  videotape may be shown, either by the

Page 463

RICHARD BOSETTI

1
2  plaintiffs' attorney, me or Mr. Hesse's
3  attorney?
4      A   Correct..              10:31:56AM
5      Q   You understand that, right?        10:31:56AM
6      A   Yes.                  10:31:57AM
7      Q   So if I refer to the jury in some of  10:31:57AM
8  my questions, you'll understand what I'm talking
9  about, correct?
10      A   Okay, sure.              10:32:03AM
11      Q   Great.  Now, again, you were        10:32:04AM
12  subpoenaed, right?
13      A   Yes.                  10:32:07AM
14      Q   Plaintiffs' counsel subpoenaed you,  10:32:07AM
15  correct?
16      A   Yes.                  10:32:09AM
17      Q   You had never spoken to me before    10:32:11AM
18  yesterday, right?
19      A   No.                  10:32:14AM
20      Q   In fact, you never saw me before      10:32:15AM
21  yesterday?
22      A   Correct.              10:32:17AM
23      Q   You never spoke to anyone from my    10:32:17AM
24  office, correct?
25      A   Correct.              10:32:20AM

2 (Pages 460 to 463)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

RICHARD BOSETTI

1
2    Q    And in fact, other than perhaps little 10:32:21AM
3    interchanges during breaks, you and I haven't
4    spoken substantively about this case at all,
5    correct?
6    A    Not at all.                10:32:31AM
7    Q    And the same thing goes for        10:32:31AM
8    Mr. Connolly.  You didn't speak to Mr. Connolly
9    before yesterday's deposition?
10   A    No.                    10:32:35AM
11   Q    And, in fact, had you bumped into him  10:32:36AM
12   in the street at 9:00 tomorrow morning, you
13   would have no idea who he was, correct?
14   A    Correct.                10:32:43AM
15   Q    Same thing with Mr. Jemal that was    10:32:44AM
16   here yesterday?  Do you remember Mr.. Jemal came
17   in at the end?
18   A    Yes.                  10:32:47AM
19   Q    The same thing with the older-looking  10:32:47AM
20   gentleman during the morning?
21   A    Yes.                  10:32:50AM
22   Q    Mr. Fishbein, you didn't know who he  10:32:51AM
23   was, did you?
24   A    No.                   10:32:53AM
25   Q    Same thing with Mr. Gray, who is here  10:32:53AM

RICHARD BOSETTI

1
2    today?
3    A    Yes.                  10:32:56AM
4    Q    Do you know Mr. Gray?          10:32:57AM
5    A    No.  Well --              10:32:57AM
6    Q    How do you know Mr. Gray?        10:32:59AM
7    A    You mean --              10:32:59AM
8    Q    Ken Gray.              10:33:00AM
9    A    Yeah, Kenny, yeah.           10:33:01AM
10   Q    How do you know him?          10:33:02AM
11   A    From the village.            10:33:02AM
12   Q    Okay.  But did you speak to Mr. Gray  10:33:03AM
13   prior to this deposition concerning your
14   deposition?
15   A    No.                   10:33:08AM
16   Q    Now, Mr. Goodstadt, plaintiffs'     10:33:14AM
17   counsel yesterday, asked you about six hours
18   worth of questions.  Hopefully, I won't be
19   asking you as many questions or at least keep
20   you as long.  But I'm going to go over some of
21   the things that he touched upon yesterday.
22        He brought up the fact that you were a  10:33:33AM
23   police officer for 20 years; is that correct?
24   A    Correct.                10:33:40AM
25   Q    And that was for the New York City   10:33:40AM

RICHARD BOSETTI

1
2    Police Department, correct?
3    A    Correct.                10:33:43AM
4    Q    Prior to that, what was your      10:33:43AM
5    employment history?
6    A    I was a mechanic for the New York City 10:33:45AM
7    Transit Authority.
8    Q    Okay.  And for how long were you a   10:33:49AM
9    mechanic?
10   A    Seven years.              10:33:51AM
11   Q    And then you decided to go become a   10:33:52AM
12   police officer, right?
13   A    Yes, I did.              10:33:56AM
14   Q    Why?                  10:33:57AM
15   A    Because I got tired of getting dirty,  10:33:58AM
16   doing the same old job every day, and I wanted
17   some adventure, helping people, doing my part.
18   Q    When you say helping people, what do  10:34:12AM
19   you mean?  Why did you want to be a police
20   officer?
21   A    To carry out my -- to carry out police 10:34:16AM
22   duties, of course.  To answer calls for people
23   in distress.  To answer calls where police
24   officers are needed in various robberies,
25   hostage situation.  That's why I went into the

RICHARD BOSETTI

1
2    emergency service unit, which was a SWAT team.
3    Q    And can you tell for the jury what is  10:34:38AM
4    a SWAT team, for those who may not may not have
5    seen TV or know about a SWAT team?
6    A    The New York City Police Department   10:34:49AM
7    ESU unit is a rescue unit.  It's also like an
8    EMT unit.  It's also heavy weapons, dignitary
9    protection.  I guarded all the presidents; I
10   rode in all their motorcades.  I was with Fidel
11   Castro for a week.  I was with Nettenyahu, Ariel
12   Sharron, Perez from Israel and various other
13   dignitaries.
14   Q    How was it that you came to be on such 10:35:15AM
15   an important role with the New York City Police
16   Department?
17        MR. GRAFF:  Objection.        10:35:22AM
18   A    I had a --                10:35:22AM
19        MR. NOVIKOFF:  I'm sorry.  What was   10:35:23AM
20   the basis of your objection?
21        MR. GRAFF:  Just objection to the form 10:35:26AM
22   of the question.
23        MR. NOVIKOFF:  What was wrong with the 10:35:29AM
24   form?  I'd like to correct it.
25        Take your time.            10:35:31AM

RICHARD BOSETTI

1
2      MR. GRAFF: Can you read back the        10:35:39AM
3   question once more.
4      (Whereupon, the requested portion was   10:35:41AM
5   read back by the court reporter: How was it
6   that you came to be on such an important
7   role with the New York City Police
8   Department?)
9      MR. NOVIKOFF: And there was an          10:35:51AM
10  objection, so I'm trying to --
11     MR. GRAFF: Foundation that he knows     10:35:54AM
12  how he was assigned and characterization of
13  the role as important.
14     MR. NOVIKOFF: So you're suggesting      10:35:57AM
15  that Mr. Bosetti does not know how he -- why
16  he was assigned to this role?
17     MR. GRAFF: Why he was assigned to the   10:36:04AM
18  important role.
19     MR. NOVIKOFF: Okay. I'll fix it.        10:36:06AM
20  BY MR. NOVIKOFF:                           10:36:07AM
21     Q   Would you characterize your role -- 10:36:08AM
22  your position on the SWAT team as an important
23  role?
24     A   Extremely.                          10:36:15AM
25     Q   Okay.                               10:36:16AM

RICHARD BOSETTI

1
2      A   Like I said, we handled every       10:36:16AM
3   situation. If the police couldn't handle it, we
4   handled it. We worked with Secret Service. We
5   removed people from highrise buildings. We were
6   trained in rope rescue. Removed numerous people
7   off the Brooklyn Bridge. Responded to the first
8   World Trade Center, responded to the second
9   World Trade Center. I'm still suffering from a
10  cough from that.
11     It was -- like I said yesterday, I was 10:36:40AM
12  in a heated gun battle that lasted me
13  45 minutes. My partner went down, I was shot.
14  After I went to the hospital, the gunfight went
15  on until approximately 12:00 at night, when the
16  perpetrator, Sebastian Spiela, surrendered.
17     Q   Okay. And I'm going to get to some of 10:37:03AM
18  that, and I thank you for that.
19     Did you have to apply to be on the      10:37:07AM
20  SWAT team?
21     A   Yes.                                10:37:10AM
22     Q   Can you describe the application    10:37:11AM
23  process?
24     A   You had to be in good standing. You 10:37:15AM
25  couldn't have any, any civilian complaints. You

RICHARD BOSETTI

1
2   had to pass a psychological. You had to have a
3   decent amount of mechanical ability. You had to
4   have a good want to help people. You had to be
5   able to work by yourself, because in many
6   situations there were no supervisors. So you
7   had to make your own decisions.
8      Q   Now, when did you apply for the SWAT  10:37:48AM
9   team?
10     A   I think it was about 19- -- you had to 10:37:51AM
11  have at least five years on the job. I probably
12  applied for it maybe my third or fourth year.
13     Q   Okay. And for how long were you on   10:38:00AM
14  the SWAT team?
15     A   From 1987 until retirement.         10:38:02AM
16     Q   So that was about 15 years, correct? 10:38:06AM
17     A   Yes, sir.                           10:38:09AM
18     Q   Okay. And in your opinion, is working 10:38:09AM
19  on the SWAT team more dangerous than just being
20  a, quote/unquote, regular police officer?
21     A   In some ways, yes. In some ways, no. 10:38:19AM
22  We're trained for special operations. We're
23  trained in special rescue. If a regular cop
24  were to do it, I would say it would be more
25  dangerous for him; but if you're trained in it,

RICHARD BOSETTI

1
2   you do it. If there's a hostage situation, then
3   we would take over at the door, then it would be
4   more dangerous for us than it is for them.
5      Q   Does everyone, in your experience, who 10:38:42AM
6   applies for the SWAT team get on the SWAT team?
7      A   No.                                 10:38:47AM
8      Q   Okay.                               10:38:48AM
9      A   Very hard to get on it.             10:38:49AM
10     Q   What do you mean, it's very hard to  10:38:50AM
11  get on?
12     A   They didn't take just anybody. You   10:38:55AM
13  had to have specialties, and they have to see
14  that you really wanted that job.
15     Q   And you said you had to be in good   10:39:03AM
16  standing. What do you mean by that?
17     A   No civilian complaints. Your summons 10:39:08AM
18  quotas, if there were quotas, you had to be, you
19  know, at least par with that. You couldn't have
20  any reprimands with the bosses. I'm sure
21  there's more; I just can't think of it right
22  now.
23     Q   What did you mean by summons quotas?  10:39:27AM
24     A   Well, there expect some activity.    10:39:30AM
25  There was no actual number on it. But they do

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 472

RICHARD BOSETTI

1
2  expect if you're a police officer and you work
3  in such a population, if you don't give any
4  summonses, it means that you're not seeing
5  anything.
6      Q    When you're saying the population,     10:39:43AM
7  you're referring to the area in which you
8  worked?
9      A    Right. New York City.          10:39:48AM
10     Q    Right. And the area which you worked, 10:39:50AM
11 I think you said was Brownsville.
12     A    Brownsville, East New York, Bed Sty.  10:39:53AM
13     Q    Okay. So you were part of the SWAT   10:39:55AM
14 team for that particular area?
15     A    I was part of SWAT team for all of New 10:39:58AM
16 York City. I was just based out of --
17     Q    Got it?                    10:40:03AM
18     A    -- that particular area..          10:40:04AM
19     Q    Got it. And so if I understand your  10:40:05AM
20 testimony correctly, you, at least for the
21 aspect of the SWAT team application regarding
22 summonses, your superiors found that you had
23 issued an appropriate amount of summonses?
24     A    Correct.                   10:40:22AM
25     Q    Okay. And no civilian complaints?  10:40:24AM

Page 473

RICHARD BOSETTI

1
2      A    No civilian complaints.           10:40:27AM
3      Q    What does that mean?             10:40:29AM
4      A    In other words, if I was abusing     10:40:30AM
5  anyone or talking negatively to anyone and they
6  made a complaint to the desk officer, the desk
7  officer would have to turn that over to internal
8  affairs, where they would investigate how the
9  matter was handled and exactly what I said.
10     Q    And for the first five years, you    10:40:49AM
11 didn't have any civilian complaints, to your
12 knowledge?
13     A    No. No. If there was anything, it   10:40:53AM
14 was so, so minute that -- could I give you an
15 example?
16     Q    Sure.                    10:41:01AM
17     A    Okay. Got called to the house -- got 10:41:03AM
18 called to a house in East New York where a
19 lady's front stoop and door was egged. So I go
20 into the house, and she was, like, had a heart
21 condition. She goes, I got a heart condition, I
22 can't take this anymore. I can't take this
23 anymore. I said Miss, I said, before you do
24 anything, did you take your pills? Take your
25 pills, okay? So when it was all over, when she

Page 474

RICHARD BOSETTI

1
2  made a complaint that I told her to go take a
3  pill.
4      Q    And you view that as minor?        10:41:34AM
5      A    That's minor. I don't even think it's 10:41:36AM
6  on the record, but I think that's the most.
7      Q    Right. And obviously, during the    10:41:40AM
8  application process, you weren't told by any of
9  your superiors that there was any civilian
10 complaints --
11     A    No.                      10:41:47AM
12     Q    -- that would've prevented you from   10:41:47AM
13 becoming a SWAT team member?
14     A    No, not at all.                10:41:51AM
15     Q    And during the 15 years that you were 10:41:52AM
16 a SWAT team member, I presume you also couldn't
17 have any more civil complaints?
18     A    No.                      10:41:58AM
19         MR. GRAFF: Objection.             10:41:59AM
20         MR. NOVIKOFF: What's the basis?      10:41:59AM
21         MR. GRAFF: It's a presumption, not a  10:42:01AM
22 question.
23         MR. NOVIKOFF: What's the presumption? 10:42:03AM
24         MR. GRAFF: The statement which you    10:42:04AM
25 presumed in the question.

Page 475

RICHARD BOSETTI

1
2  BY MR. NOVIKOFF:                    10:42:07AM
3      Q    Well then, let me ask you this:      10:42:07AM
4  During your 15 years, were you ever advised by
5  your superiors about any other civil complaints?
6      A    No.                      10:42:13AM
7      Q    Okay. Did you retire in good standing 10:42:14AM
8  with the police department?
9      A    Absolutely.                 10:42:29AM
10     Q    Do you have full pension?         10:42:29AM
11     A    Yes.                     10:42:30AM
12     Q    Okay. Were you ever brought up on    10:42:31AM
13 charges?
14         MR. GRAFF: Objection.             10:42:36AM
15     A    No.                      10:42:37AM
16         MR. NOVIKOFF: What was that?        10:42:37AM
17         MR. GRAFF: Objection. Ambiguous.     10:42:40AM
18         MR. NOVIKOFF: Were you ever brought   10:42:42AM
19 up on charges.
20 BY MR. NOVIKOFF:                    10:42:44AM
21     Q    Did you understand what I was asking, 10:42:44AM
22 sir?
23     A    Of course.                  10:42:46AM
24     Q    Since plaintiffs' counsel seemed not 10:42:50AM
25 to, let me perhaps try to make it more clear.

5  (Pages 472 to 475)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 476

RICHARD BOSETTI

1
2       Were you ever brought up on any      10:42:56AM
3   charges by the New York City Police Department?
4       A   Never.                10:43:03AM
5       Q   Now, you were based out of        10:43:16AM
6   Brownsville, correct?
7       A   Yeah, my first couple of years out of  10:43:19AM
8   Brownsville; and then when I went into emergency
9   service, I was based in Williamsburg.
10      Q   Okay. Well, describe Brownsville at  10:43:26AM
11  the time that you were based out of one of those
12  precincts.
13      A   Well, Brownsville, of course, was the  10:43:33AM
14  French connection precinct, Popeye Doyle,
15  Williamsburg was Serpico, and it was very high
16  crime. Almost every day working as a patrolman,
17  I would say, on the average, on a weekly
18  average, I'd pull my gun six times.
19      Q   Okay. Were you ever written up for  10:43:52AM
20  pulling your gun improperly?
21      A   No, never.             10:43:56AM
22      Q   When you say high crime, can you    10:43:56AM
23  describe the types of crimes that you witnessed
24  on a daily or weekly basis while in Brownsville
25  and then in Williamsburg?

Page 477

RICHARD BOSETTI

1
2       A   From violations to arsons to murder.  10:44:08AM
3       Q   Rapes?                10:44:11AM
4       A   Rapes, of course. That was a common  10:44:12AM
5   thing.
6       Q   Assaults?             10:44:15AM
7       A   Of course.            10:44:15AM
8       Q   Assaults with bats?        10:44:16AM
9       A   Yes. Assault with guns, assault with  10:44:18AM
10  knives, assault with machetes, assault with
11  acid.
12      Q   Acid?                10:44:27AM
13      A   Acid, yes.            10:44:28AM
14      Q   Burglaries?           10:44:29AM
15      A   Many.                10:44:30AM
16      Q   Robberies?            10:44:31AM
17      A   Many.                10:44:32AM
18      Q   With guns?            10:44:32AM
19      A   Of course.            10:44:33AM
20      Q   Suicides?             10:44:35AM
21      A   Plenty.               10:44:37AM
22      Q   Attempted suicides?        10:44:38AM
23      A   Attempted suicides, yeah. Well,    10:44:39AM
24  that's how we take people down off the bridges..
25      Q   So would it be fair to say that as a  10:44:44AM

Page 478

RICHARD BOSETTI

1
2   patrol officer and as a member of the SWAT team
3   in Brownsville and in Williamsburg, you
4   personally witnessed in your 20 years every
5   possible evil that a human being could
6   perpetrate on another human being?
7       MR. GRAFF: Objection.         10:45:03AM
8       A   I don't think there are any other  10:45:04AM
9   evils that I saw.
10      Q   Right.               10:45:06AM
11      A   Right.               10:45:07AM
12      Q   So you saw the worst of the worst?   10:45:07AM
13      A   I saw it all.           10:45:10AM
14      Q   The worst of the worst?      10:45:10AM
15      MR. GRAFF: Objection.         10:45:13AM
16      MR. NOVIKOFF: What was the objection? 10:45:13AM
17      MR. GRAFF: It's an ambiguous      10:45:15AM
18  question.
19  BY MR. NOVIKOFF:                10:45:16AM
20      Q   Do you understand what the worst of  10:45:17AM
21  the worst means?
22      A   Yes.                 10:45:19AM
23      Q   Tell me what you think the worst of  10:45:20AM
24  the worst means.
25      A   Worst of the worst?        10:45:24AM

Page 479

RICHARD BOSETTI

1
2       Q   Yeah.                10:45:26AM
3       A   Like an example?          10:45:26AM
4       Q   Yeah.                10:45:28AM
5       A   Like a young boy getting assaulted by  10:45:28AM
6   his next-door neighbor and he was penetrated,
7   and the neighbor -- and at court -- while I was
8   taking my report, I said this young man, your
9   son, just penetrated this little boy, and the
10  mother goes, so what, he kicked my dog. Okay?
11      Q   You retired?          10:45:56AM
12      A   Yes.                 10:45:57AM
13      Q   And then you went to work part-time  10:45:59AM
14  for Ocean Beach?
15      A   Yes.                 10:46:04AM
16      Q   Now, Ocean Beach is a seasonal     10:46:05AM
17  community, correct?
18      A   Yes, it is.            10:46:10AM
19      Q   And I think in response to       10:46:11AM
20  Mr. Goodstadt's question, you said you believe
21  the season was sometime around Memorial Day to
22  sometime around Labor Day, correct?
23      A   Correct.              10:46:22AM
24      Q   Was, in your opinion, Ocean Beach    10:46:23AM
25  similar to Brownsville?

6  (Pages 476 to 479)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 480

RICHARD BOSETTI

1
2      A    No.                      10:46:26AM
3      Q    In your opinion, was Ocean Beach   10:46:26AM
4    similar to Williamsburg?
5          MR. GRAFF:  Objection.        10:46:31AM
6      A    No.                      10:46:32AM
7          MR. NOVIKOFF:  What's your objection?  10:46:33AM
8          MR. GRAFF:  It's a vague question.   10:46:34AM
9    Similar in what respect?
10         THE REPORTER:  Can you speak louder?  10:46:37AM
11    I can barely hear you.
12         MR. GRAFF:  I'm sorry.  I didn't want  10:46:37AM
13    to be disruptive to Mr. Novikoff.
14         MR. NOVIKOFF:  You objected.  You can  10:46:48AM
15    raise your voice.  That's fine.  It's not
16    disruptive..
17         THE WITNESS:  Yeah, I did yesterday.   10:46:49AM
18   BY MR. NOVIKOFF:                  10:46:50AM
19     Q    It's okay, Mr. Bosetti.      10:46:50AM
20     Q    Do you understand what I meant by    10:46:53AM
21    similar?
22     A    Yes, I do.                 10:46:54AM
23     Q    How many people, on average, unless   10:46:56AM
24    you don't know, were in Ocean Beach during the
25    season?

Page 481

RICHARD BOSETTI

1
2          MR. GRAFF:  Objection.        10:47:04AM
3      A    Thousands.                 10:47:06AM
4      Q    Okay.  How many people were in your   10:47:07AM
5    precinct, either in Brownsville or Williamsburg?
6          MR. GRAFF:  Objection.        10:47:13AM
7      A    Thousands and thousands and thousands  10:47:13AM
8    and thousands.
9      Q    A multiple of thousands, correct?   10:47:16AM
10     A    Yes.                      10:47:19AM
11     Q    Did you ever get calls for a rape    10:47:20AM
12    while you worked in Ocean Beach?
13     A    Yeah, a date rape kind of a thing    10:47:29AM
14    maybe.
15     Q    Can you explain what you mean?      10:47:32AM
16     A    I don't recall the instant all the   10:47:34AM
17    way, but, you know, people would come in and --
18    oh, okay.  We have a masseuse there.  Young lady
19    went in to the masseuse, then she came into the
20    precinct crying that the masseuse touched her
21    inappropriately.
22     Q    Okay.  Now, that wouldn't be rape,   10:47:54AM
23    would it?
24     A    No, but it was --           10:47:56AM
25     Q    It was something, but it wasn't rape?  10:47:58AM

Page 482

RICHARD BOSETTI

1
2      A    Yeah, right.               10:48:00AM
3      Q    Were you ever called to a murder scene  10:48:01AM
4    while you worked at Ocean Beach?
5      A    No.                      10:48:07AM
6      Q    Were you ever called for an attempted  10:48:07AM
7    murder at -- while you were at Ocean Beach?
8      A    No.                      10:48:14AM
9      Q    Were you ever called for a robbery    10:48:15AM
10    with a gun while you were at Ocean Beach?
11     A    No.                      10:48:20AM
12     Q    Were you ever called for a child     10:48:21AM
13    molestation case while you were at Ocean Beach?
14     A    No.                      10:48:27AM
15     Q    What's the most serious crime you can  10:48:29AM
16    think of that you were called to attend while
17    you were at Ocean Beach?
18     A    Assault on the weekends in the bars,  10:48:41AM
19    but that's everywhere.
20     Q    I understand that may be everywhere.  10:48:46AM
21     A    Yeah.                     10:48:48AM
22     Q    I just want to -- so the jury has a  10:48:49AM
23    clear idea of what was going on in Ocean
24    Beach --
25     A    Correct.                  10:48:54AM

Page 483

RICHARD BOSETTI

1
2      Q    -- as compared to Brownsville and    10:48:54AM
3    Williamsburg.
4      A    Right.                    10:48:58AM
5      Q    The most serious crime you were ever   10:48:58AM
6    called for was -- while you were an officer at
7    Ocean Beach, was a bar fight?
8          MR. GRAFF:  Objection.        10:49:04AM
9      A    Bar fight, burglary sometimes in the  10:49:05AM
10    bungalows.
11     Q    Okay.  But not a burglary with a     10:49:09AM
12    weapon?
13     A    No.  Right.                10:49:12AM
14     Q    Just a complaint that somebody robbed  10:49:13AM
15    a house?
16     A    Right.                    10:49:15AM
17     Q    And how many times were you called for  10:49:16AM
18    something like that?
19         MR. GRAFF:  Objection.        10:49:18AM
20     A    I was called for something like that,  10:49:19AM
21    for bungalows it was a good amount of time,
22    because a lot of the bungalows were empty.
23    They're seasonal.
24     Q    Okay.                     10:49:35AM
25     A    Some people go, see a broken window,  10:49:36AM

7 (Pages 480 to 483)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 484

RICHARD BOSETTI

1  RICHARD BOSETTI
2  all of that.
3      Q    All right.  Now, you obviously were a   10:49:39AM
4  police officer.  Your brother Gary was a police
5  officer, correct?
6      A    Yes.                          10:49:46AM
7      Q    For how long was Gary a police     10:49:47AM
8  officer?
9      A    Same amount of time.            10:49:49AM
10     Q    New York City?                 10:49:51AM
11     A    Yes.                          10:49:52AM
12     Q    Now, you started in Ocean Beach in  10:49:52AM
13 2002, correct?
14     A    Yes.                          10:49:55AM
15     Q    And you ended in 2008 or 2007?    10:49:55AM
16     A    2007.                         10:50:00AM
17     Q    Okay.  When you first started at Ocean  10:50:01AM
18 Beach, other than you and your brother, were
19 there any other former New York City police
20 officers working on the Ocean Beach Police
21 Department?
22     A    No, sir.  Me and my brother were the  10:50:15AM
23 first.
24     Q    How about former Nassau County Police  10:50:17AM
25 Department?

Page 485

RICHARD BOSETTI

1  RICHARD BOSETTI
2      A    There may have been.            10:50:20AM
3      Q    How about Suffolk County Police    10:50:21AM
4  Department?
5      A    May have been.                  10:50:23AM
6      Q    Okay.  After you, were there any other  10:50:24AM
7  former New York City Police Department officers
8  that worked for the Ocean Beach Police
9  Department, to your knowledge?
10     A    Yes.                          10:50:33AM
11     Q    And who would that be?          10:50:33AM
12     A    That would be Dominico, Sergeant    10:50:34AM
13 Richie.  I forgot his last name.  Hardman.
14 Billy -- he's also one of the defendants that
15 got locked up and then released because they
16 didn't have enough evidence.  He only did one
17 night there, and then they decided to release
18 him.
19     Q    Okay.  How about any former Nassau    10:51:01AM
20 County Police Department, Nassau County police
21 officers?
22     A    Yeah, Cherry was there as a police   10:51:08AM
23 officer.
24     MR. GRAFF:  Objection.            10:51:11AM
25     A    Now he's a dispatcher.         10:51:12AM

Page 486

RICHARD BOSETTI

1  RICHARD BOSETTI
2      Q    And how about any former Suffolk    10:51:17AM
3  County Police Department police officers?
4      MR. GRAFF:  Objection.            10:51:26AM
5  BY MR. NOVIKOFF:                     10:51:29AM
6      Q    Again, after you first came?      10:51:29AM
7      A    Dispatcher.                   10:51:29AM
8      MR. GRAFF:  Objection.            10:51:29AM
9  BY MR. NOVIKOFF:                     10:51:29AM
10     Q    So if I understand your testimony   10:51:30AM
11 correctly, when you came, you and your brother
12 were, to your understanding, the first real
13 former police officers either from the city or
14 the counties that were working for the Ocean
15 Beach Police Department, correct?
16     A    Yes, we were.                 10:51:48AM
17     Q    And after you came, more former city  10:51:49AM
18 police officers or Suffolk or Nassau County
19 police officers came on to the Ocean Beach
20 Police Department, right?
21     A    Yes, they did.                 10:52:00AM
22     Q    Frank Fiorillo, he wasn't a New York  10:52:02AM
23 City Police Department former officer, was he?
24     MR. GRAFF:  Objection.            10:52:19AM
25     A    No, he wasn't.                 10:52:22AM

Page 487

RICHARD BOSETTI

1  RICHARD BOSETTI
2      Q    He didn't work for Suffolk or Nassau  10:52:24AM
3  County Police Department, right?
4      MR. GRAFF:  Objection.            10:52:28AM
5      A    He was an auxiliary..          10:52:29AM
6      Q    What's that?                  10:52:30AM
7      A    An auxiliary.                 10:52:30AM
8      Q    Auxiliary?                    10:52:31AM
9      A    Yeah.                        10:52:33AM
10     Q    Are those the guys who stand during  10:52:33AM
11 the parades to control traffic?
12     MR. GRAFF:  Objection.            10:52:35AM
13     A    They get the raincoats.        10:52:35AM
14     Q    What do you mean, they get the     10:52:37AM
15 raincoats?
16     A    They get the suit and the raincoat.  10:52:39AM
17     Q    Right.  And they control traffic    10:52:42AM
18 during parades, right?
19     A    I guess.                     10:52:45AM
20     Q    They're not real police officers?   10:52:46AM
21     MR. GRAFF:  Objection.            10:52:47AM
22     A    No.                          10:52:48AM
23     Q    How about Kevin Lamm, he wasn't a New  10:52:49AM
24 York -- former New York City police officer, was
25 he?

8 (Pages 484 to 487)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 488

```
                    RICHARD BOSETTI
 1
 2        MR. GRAFF:  Objection.          10:52:54AM
 3     A   No.                  10:52:55AM
 4     Q   He wasn't a former -- to your      10:52:55AM
 5   knowledge.  Now, all I'm asking you is to your
 6   knowledge.
 7     A   No.                  10:53:00AM
 8     Q   To your knowledge, was Kevin Lamm a    10:53:00AM
 9   former Suffolk or Nassau County police officer?
10     A   No.                  10:53:06AM
11     Q   Tom Snyder, to your knowledge, was he   10:53:07AM
12   a former New York City police officer?
13     A   No.                  10:53:11AM
14     Q   Was he a former Suffolk or Nassau     10:53:12AM
15   County police officer?
16        MR. GRAFF:  Objection.          10:53:16AM
17     A   No.  I think he's a code of       10:53:16AM
18   enforcement officer right now for town ever
19   Islip.
20     Q   So he writes parking tickets, right?   10:53:22AM
21     A   Yeah.  Yes.              10:53:24AM
22     Q   Ed Carter, he wasn't a former New York  10:53:26AM
23   City police officer, was he?
24        MR. GRAFF:  Objection.          10:53:29AM
25
```

Page 489

```
                    RICHARD BOSETTI
 1
 2   BY MR. NOVIKOFF:               10:53:30AM
 3     Q   To your knowledge?           10:53:30AM
 4     A   Code enforcement.           10:53:31AM
 5     Q   Write tickets?             10:53:32AM
 6     A   Yeah.                 10:53:33AM
 7     Q   Right.                10:53:34AM
 8     A   Yes, sir.               10:53:34AM
 9     Q   He wasn't a former Nassau or Suffolk   10:53:34AM
10   County Police Department, was he?
11        MR. GRAFF:  Objection.          10:53:38AM
12     A   No.                  10:53:38AM
13     Q   And who's the fifth guy in this?  Oh,   10:53:39AM
14   Nofi.  How could we forget Joe Nofi..
15        He wasn't a former New York City      10:53:45AM
16   Police Department, was he?
17        MR. GRAFF:  Objection.          10:53:48AM
18     A   No.                  10:53:49AM
19     Q   And he wasn't a former Nassau or      10:53:49AM
20   Suffolk County Police Department officer, was
21   he?
22        MR. GRAFF:  Objection.          10:53:53AM
23     A   No, he wasn't.             10:53:54AM
24     Q   Now, you testified yesterday that Joe   10:53:56AM
25   Loeffler had a hard-on for you.
```

Page 490

```
                    RICHARD BOSETTI
 1
 2     A   Yes.                  10:54:04AM
 3     Q   Right.  I accurately stated your     10:54:04AM
 4   testimony, correct?
 5     A   Yes.                  10:54:07AM
 6     Q   And you know I'm representing       10:54:08AM
 7   Mr. Loeffler in this case, right?
 8     A   Yes.  Yes.              10:54:11AM
 9     Q   And he's now the mayor?         10:54:12AM
10     A   Yes.                  10:54:13AM
11     Q   He was a trustee at the time of the    10:54:14AM
12   Halloween incident.  Do you recall that?
13     A   Yes, I do.              10:54:18AM
14     Q   And I believe you said you thought he   10:54:19AM
15   had a hard-on for you at that time too, correct?
16     A   Yeah.  From the beginning, yes.     10:54:23AM
17     Q   Right.  Okay.  So you have no love    10:54:25AM
18   lost -- there's no love lost between you and
19   Mr. Loeffler, right?
20        MR. GRAFF:  Objection.          10:54:29AM
21     A   No.                  10:54:30AM
22     Q   Mayor Rogers, what was your        10:54:31AM
23   relationship with her?
24     A   She was the mayor when I first       10:54:35AM
25   started, and Joe Loeffler took over after --
```

Page 491

```
                    RICHARD BOSETTI
 1
 2     Q   Right.                10:54:43AM
 3     A   -- you know, he won the election.    10:54:43AM
 4   I liked Natalie.  She's a nice lady.  10:54:46AM
 5     Q   Right.  And, in fact, the village    10:54:49AM
 6   fired you, right?
 7     A   Who?                 10:54:54AM
 8     Q   The village, the Ocean Beach       10:54:55AM
 9   administration.
10     A   Yes.                 10:54:55AM
11     Q   Right.  And you had to fight them to   10:54:55AM
12   get unemployment benefits, right?
13     A   Correct.               10:55:00AM
14     Q   They just didn't hand it to you.  In   10:55:00AM
15   fact, they said you're not entitled to them,
16   right?
17     A   Right.                10:55:04AM
18     Q   And you had to go through an appeal,   10:55:04AM
19   right?
20     A   Right.                10:55:06AM
21     Q   And you won?              10:55:07AM
22     A   I won.                10:55:08AM
23     Q   So you don't have any great love --   10:55:08AM
24   you know, there's no real love lost between you
25   and the village, is there?
```

9 (Pages 488 to 491)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

RICHARD BOSETTI

1
2    MR. GRAFF:  Objection.        10:55:14AM
3    A    No.              10:55:14AM
4    MR. NOVIKOFF:  To what, use of the   10:55:15AM
5    phrase "love lost"?
6    MR. GRAFF:  Between him and the    10:55:19AM
7    village.  He can speak to his own feelings.
8    MR. NOVIKOFF:  That's all I'm asking, 10:55:21AM
9    is there love lost between him and the
10   village according to him.
11   BY MR. NOVIKOFF:            10:55:24AM
12   Q    You understand, I'm only asking you   10:55:24AM
13   what you know, right?
14   A    Right.            10:55:27AM
15   Q    I'm not asking you what the village   10:55:28AM
16   may be thinking.
17   A    No.              10:55:30AM
18   Q    Right.  Now, Mr. Goodstadt asked you a 10:55:31AM
19   number of questions concerning issuing
20   summonses.
21   MR. GRAFF:  Objection.         10:55:49AM
22   MR. NOVIKOFF:  To what?        10:55:50AM
23   MR. GRAFF:  It wasn't a question.   10:55:52AM
24   MR. NOVIKOFF:  Because I wasn't done   10:55:54AM
25   with the question yet.

RICHARD BOSETTI

1
2    MR. GRAFF:  Excuse me.  Objection    10:55:56AM
3    withdrawn.
4    MR. NOVIKOFF:  Thank you.       10:55:58AM
5    BY MR. NOVIKOFF:            10:55:58AM
6    Q    Now, Mr. Goodstadt asked you a series 10:55:59AM
7    of questions concerning the issuance of
8    summonses, and you talked about discretion.
9    Do you recall doing that yesterday?   10:56:06AM
10   A    Yes.             10:56:08AM
11   Q    Now, I'm not going to ask you what    10:56:08AM
12   your testimony was because your testimony is in
13   the transcript.
14   You stated that, in your experience, a 10:56:15AM
15   lot of a police officer's job is based upon the
16   exercise of his or her discretion.
17   A    Yes.             10:56:24AM
18   Q    Is that correct?          10:56:25AM
19   A    A large part, yes.         10:56:26AM
20   Q    What did you mean by that?       10:56:27AM
21   A    I mean you don't come into work with   10:56:31AM
22   an us-against-them mentality.  I'm going to
23   enforce the laws to the full extent, and there's
24   no -- there's no area in between that.
25   Q    So now let me give you some examples   10:56:51AM

RICHARD BOSETTI

1
2    so I understand a little better and perhaps the
3    jury, who's maybe watching this videotape,
4    understands a little better as to what you mean.
5    If the speeding limit is 55 miles per  10:57:01AM
6    hour on the Long Island Expressway and I'm doing
7    65 miles an hour, it's really up to the police
8    officer's discretion, as you've testified to,
9    whether or not he or she wants to pull me over
10   for violating the law, correct?
11   A    Of course, yes.          10:57:17AM
12   Q    And would you agree with me that --   10:57:18AM
13   well, what would be, in your 20-year experience
14   as a police -- full-time police officer, what
15   would happen if a police officer on the LIE
16   chose to enforce the 55-mile-per-hour limit law
17   on every car that drove on the LIE?
18   MR.. GRAFF:  Objection.        10:57:38AM
19   BY MR. NOVIKOFF:            10:57:38AM
20   Q    In a given --          10:57:39AM
21   A    No, forget it.  It would be the worst 10:57:41AM
22   parking lot.
23   Q    And why would that be?        10:57:44AM
24   MR. GRAFF:  Objection.         10:57:46AM
25   A    Because if you enforce all the laws in 10:57:46AM

RICHARD BOSETTI

1
2    a certain situation, it would just cause havoc.
3    Q    And jaywalking, that's against the    10:57:54AM
4    law, right?
5    A    Yep.             10:57:57AM
6    Q    Jaywalking, to your knowledge, is    10:58:05AM
7    against the law in New York City, right?
8    A    Right.            10:58:08AM
9    Q    Would that be something that a police 10:58:09AM
10   officer would exercise his or her discretion on?
11   A    Only if the jaywalker caused a    10:58:13AM
12   dangerous situation and was a threat to traffic
13   and may cause an accident.
14   Q    Okay.  I'll give you an example.     10:58:20AM
15   Today I was driving through the midtown tunnel,
16   and unbeknownst to me I didn't have my
17   registration sticker on the window shield.  I
18   still had my temporary registration.
19   A    Right.            10:58:35AM
20   Q    A police officer pulled me over.     10:58:35AM
21   Now, was I in violation of the law at 10:58:37AM
22   that time?
23   MR. GRAFF:  Objection.         10:58:40AM
24   A    Yes, you were.          10:58:40AM
25   Q    Right.  You understand what the laws  10:58:41AM

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 496

RICHARD BOSETTI

1   RICHARD BOSETTI
2   would be with regard to that?
3   A   Right.                    10:58:44AM
4   Q   Now, the police officer didn't give me 10:58:44AM
5   a ticket.
6   A   Okay.                     10:58:46AM
7   Q   Do you think that was a violation, in 10:58:47AM
8   your opinion, of the police officer's duty to
9   protect and serve by not giving me a ticket?
10       MR. GRAFF: Objection.       10:58:55AM
11   A   No, because the police officer     10:58:56AM
12   probably ran your plate and saw your car was
13   registered properly, and you probably spoke
14   nicely to him and, you know, the police officer
15   said there's no reason to hurt this guy.  He's
16   honest, his car is registered.  I could
17   understand why the sticker fell off or wasn't
18   put on.  I've been there myself.
19   Q   You sure you didn't drive in with me  10:59:16AM
20   today?  Because that's exactly what happened.
21       MR. GRAFF: Objection.        10:59:20AM
22   A   Oh yeah?                  10:59:21AM
23   Q   I spoke nicely.              10:59:22AM
24   A   Was it my brother?          10:59:22AM
25   Q   No, it wasn't your brother.      10:59:24AM

Page 497

RICHARD BOSETTI

1   RICHARD BOSETTI
2   Now, you went from 20 years in New   10:59:26AM
3   York City, Brownsville and Williamsburg to Ocean
4   Beach.
5   What type of violations did you, in   10:59:41AM
6   the exercise of your discretion as a police
7   officer, let go from time to time while you were
8   a police officer at Ocean Beach?
9       MR. GRAFF: Objection.       10:59:54AM
10      MR. NOVIKOFF: On what basis?    10:59:55AM
11      MR. GRAFF: From time to time.    10:59:58AM
12      MR. NOVIKOFF: There's ambiguity, from 11:00:01AM
13   time to time?  All right.
14      MR. GRAFF: It's a long period of   11:00:04AM
15   time.
16   BY MR. NOVIKOFF:                11:00:06AM
17   Q   Okay.  Mr. Graff thinks that what I  11:00:07AM
18   just asked you is ambiguous, so let me see if I
19   can narrow it down a little bit.
20      Between 2002 and 2007, were there   11:00:15AM
21   times when you saw a violation of a town -- of a
22   village code ordinance that you, in the exercise
23   of your discretion, ignored?
24   A   Yes.                     11:00:31AM
25   Q   Could you give me some examples?   11:00:32AM

Page 498

RICHARD BOSETTI

1   RICHARD BOSETTI
2   A   A lady on the beach maybe giving her  11:00:37AM
3   children a slice of orange.
4   Q   That's a violation of the --       11:00:44AM
5   A   Terrible.                 11:00:46AM
6   Q   No, no, no.  That was a violation of  11:00:47AM
7   the village ordinance?
8   A   Yes.                     11:00:51AM
9   Q   And if you were following the law to  11:00:52AM
10   the T, you were required to issue --
11   A   A summons.                11:01:03AM
12   Q   -- a summons.  And you didn't?     11:01:03AM
13   A   No.                      11:01:05AM
14   Q   Why not?                  11:01:05AM
15   A   My discretion said it was -- it wasn't 11:01:06AM
16   a smart thing to do.
17   Q   Why?                     11:01:12AM
18   A   Because I could understand if I had a 11:01:12AM
19   child and it was a hot day, I would be giving
20   that child a piece of orange too.  So I can't
21   possibly do a summons for some mistake or
22   something that I would be doing myself.
23   Q   How about another example of a     11:01:24AM
24   violation of the village law that, in the
25   exercise of your discretion, you decided nah, I

Page 499

RICHARD BOSETTI

1   RICHARD BOSETTI
2   won't issue a summons on this one, that you
3   witnessed in your five years?
4   A   You want me to give you --       11:01:40AM
5   Q   Give me another example.        11:01:42AM
6   A   If there is a young person relieving  11:01:45AM
7   himself on somebody's lawn or on a back street
8   and all the bathrooms are closed and he's too
9   young to get into a licensed establishment, I
10   can't see him busting his bladder and holding it
11   in waiting for a ferry that's a few hours from
12   now.  I remember when I was younger, I would've
13   done the same thing.  I'm sure everybody in this
14   room had to relieve themselves outdoors at some
15   time, which is summonsable offense.
16   Q   So you, in the exercise of your     11:02:11AM
17   discretion, gave that particular young
18   individual a pass?
19   A   A few of them, sure.         11:02:15AM
20   Q   Now, did you ever witness Frank     11:02:17AM
21   Fiorillo issue a summons for anything?
22   A   Oh, of course.             11:02:26AM
23   Q   Now, let's just leave it to Frank    11:02:28AM
24   Fiorillo now, because he's here.  And that's the
25   only reason I'm using him first, because I see

11  (Pages 496 to 499)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 500

RICHARD BOSETTI

1
2  him.
3     A    Okay.              11:02:36AM
4     Q    And again, I'm only asking what you   11:02:36AM
5  personally witnessed, not what you heard, not
6  what a rumor was, not what you may have seen
7  written on a wall.  What you saw with your own
8  eyes.
9     A    Okay.              11:02:47AM
10    Q    Can you give me an example of a     11:02:48AM
11 summons that Frank Fiorillo issued to someone in
12 Ocean Beach that you thought wasn't the best
13 exercise of his discretion?
14    A    First of all, I gotta say that at   11:03:01AM
15 least 60 percent of his summons, I think weren't
16 part of good discretion.  I can't see stopping a
17 man, a woman and a child -- and a couple of
18 children that are riding tricycles and coming in
19 from the town and they just don't happen to see
20 the sign, Town of Ocean Beach, no bicycle
21 riding, prohibited, and he goes and gives
22 someone a summons in front of his children for a
23 violation that I feel that they probably really
24 didn't notice.
25    Q    In front of his children, he would  11:03:35AM

Page 501

RICHARD BOSETTI

1
2  give the summons?
3     A    Yes.              11:03:38AM
4     Q    Let's stick with this for the time  11:03:38AM
5  being, because I want the jury to understand
6  this one.
7          Ocean Beach is comprised of how many  11:03:44AM
8  towns?
9     A    Ocean Beach is just Ocean Beach.    11:03:49AM
10    Q    Okay.  Well, what's next to Ocean   11:03:51AM
11 Beach?
12    A    It's -- I think it's Seaview and    11:03:53AM
13 Ocean -- Ocean -- I'm not sure.  I don't know.
14 I forgot this.  I was only there two years ago,
15 but, you know --
16    Q    Okay.  But there was another       11:04:04AM
17 jurisdiction --
18    A    Yes.              11:04:06AM
19    Q    -- next to the village of Ocean Beach, 11:04:06AM
20 correct?
21    A    Correct.           11:04:09AM
22    Q    Okay.  So a man and his wife and his  11:04:09AM
23 children were riding bikes, correct?
24    A    Yes.              11:04:14AM
25    Q    And the children were riding the    11:04:15AM

Page 502

RICHARD BOSETTI

1
2  little three-wheel tricycles, right?
3     A    Right.             11:04:19AM
4     Q    Just like anyone else -- anyone who  11:04:19AM
5  has children, at some point in time their
6  children are on tricycles, correct?
7     A    Yes.              11:04:25AM
8     Q    Okay.  And they were riding their   11:04:25AM
9  bikes and tricycles from one town, and they
10 crossed over into Ocean Beach; is that correct?
11    A    Yes.              11:04:34AM
12    Q    And at the border there's a sign that 11:04:34AM
13 says no bike riding?
14    A    Yes.              11:04:39AM
15    Q    And for whatever reason, you don't   11:04:41AM
16 really know, the man, his wife and children
17 continued to ride their bicycles in Ocean Beach?
18    A    Right.             11:04:49AM
19    Q    And you witnessed Mr. Fiorillo, who's 11:04:49AM
20 sitting here today, issue a summons to that man,
21 woman and child?
22    A    Many, many, many times.     11:04:57AM
23    Q    Did he -- let's just stick with the  11:04:59AM
24 example you addressed earlier.
25          Did he give them a warning?       11:05:04AM

Page 503

RICHARD BOSETTI

1
2     A    I have never seen Frank give a     11:05:07AM
3  warning.  I don't know.
4     Q    I'm sorry.  Did he say, for example, 11:05:10AM
5  you know, I'm sure you didn't see the sign, so
6  next time, please just don't ride your bikes in
7  Ocean Beach?
8          MR. GRAFF:  Objection.      11:05:19AM
9  BY MR. NOVIKOFF:               11:05:20AM
10    Q    Did you ever hear him say that?   11:05:20AM
11    A    I wasn't there for that occasion, no. 11:05:22AM
12    Q    So you never heard him ever say that? 11:05:24AM
13    A    No.               11:05:26AM
14    Q    Okay.  But you did personally witness, 11:05:26AM
15 as an officer of Ocean Beach, while you were on
16 duty, Mr. Fiorillo issuing a summons to a man
17 and a woman for riding their bikes with their
18 little child?
19    A    Correct.           11:05:39AM
20    Q    How about another example of a summons 11:05:40AM
21 that Mr. Fiorillo issued that you believed in
22 your 20 years of New York City Police Department
23 experience probably wasn't the best exercise of
24 discretion?
25          MR. GRAFF:  Objection..    11:05:53AM

RICHARD BOSETTI
A Giving summons at night for people 11:05:55AM riding bikes when it was 5:00 in the morning, the streets are empty, all right? It might be drizzling, some of the streets back up with puddles, and they get on their bikes and ride through the puddles not to get soaking wet.
**Q And why do you think -- well, why 11:06:17AM would you have exercised your discretion and not issued a summons in that scenario?**
A Because I would've jumped on a bike 11:06:24AM and drove through the puddle myself.
**Q Okay. 11:06:29AM**
A You know, there are certain times -- I 11:06:30AM could see if the streets are packed with men, women and children and you're riding your bike through them, like, come on, you should know better, guy. Reckless endangerment, doing something stupid.
**Q So in that situation, you would've 11:06:44AM issued a summons, right?**
MR. GRAFF: Objection. 11:06:47AM
A Not at 5:00 in the morning. 11:06:47AM
**Q No, no. But if the streets were 11:06:49AM packed with men, women and children, and someone**

**RICHARD BOSETTI**
**was riding their bike --**
A Yes. 11:06:55AM
MR. GRAFF: Objection. 11:06:57AM
**Q -- you would've issued a summons in 11:06:57AM that scenario, correct?**
A If I honestly believed that he did it 11:06:58AM knowing that he was endangering people and breaking the village code.
**Q Now, on how many occasions did you 11:07:09AM actually patrol with Mr. Fiorillo in your five years there?**
MR. GRAFF: Objection. 11:07:18AM
MR. NOVIKOFF: To? 11:07:19AM
MR. GRAFF: I don't know what you mean 11:07:20AM by "patrol."
MR. NOVIKOFF: You don't know what 11:07:22AM patrol means? Should I take Webster's dictionary and read the definition? You really don't know what the word "patrol" is? Fine.
BY MR. NOVIKOFF: 11:07:31AM
**Q Sir, do you know what I mean by the 11:07:32AM word "patrol"?**
A Yes. 11:07:35AM

RICHARD BOSETTI
**Q For Mr. Graff's sake, why don't you 11:07:35AM tell the jury what you mean by patrol.**
A Patrol is driving through your 11:07:40AM geographical area of employment or sector to make sure that there are no violations of laws or crime being committed.
**Q In your four to five years with Ocean 11:07:51AM Beach, did you ever drive with Mr. Fiorillo on patrol?**
A I may have once or twice; but to tell 11:07:56AM you the truth, I made it my thing not to ride with Mr. Fiorillo or Mr. Fiorillo whenever he was on his summons rampage.
**Q Okay. And why was that? 11:08:10AM**
A It's embarrassing. 11:08:12AM
**Q Why was it embarrassing? 11:08:13AM**
A Because he's always abusing the 11:08:14AM people. And if he wasn't abusing the people, he would say things in such a way that everybody took it that he meant it sarcastically.
**Q Okay. 11:08:24AM**
A And there are problems that any other 11:08:25AM cop could give a summons to and there wouldn't be any problems at all with handing out that

RICHARD BOSETTI
summons, he would escalate it into some mess.
**Q Okay. And you personally witnessed 11:08:37AM it?**
A I've witnessed it many times. 11:08:39AM
**Q Okay. And how about Mr. Lamm? In 11:08:40AM your -- during your time at Ocean Beach, did you ever work -- did you ever patrol with Mr. Lamm in the car?**
A No -- yeah, I did, but he's another 11:08:53AM one I stayed away from.
**Q And why was that? 11:08:57AM**
A For just about the same reason. 11:08:58AM
**Q Okay. 11:09:00AM**
A You know, I can't see stopping 11:09:00AM somebody for a violation and putting handcuffs on them and bringing them into the station handcuffed. George --
**Q Hold on -- are you done with your 11:09:09AM answer?**
A He was warned many times not to put 11:09:12AM handcuffs on people that he ticketed.
**Q Okay. Let's put what Mr. Hesse may or 11:09:16AM may have not done with Mr. Lamm aside for a moment. I'm just interested and I think the**

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 508

RICHARD BOSETTI

1
2    jury would be interested in finding out from you
3    an example of when Mr. Lamm would have put
4    someone in handcuffs for a violation.
5        MR. GRAFF:  Objection.        11:09:30AM
6        MR. NOVIKOFF:  Wait a minute.        11:09:33AM
7        What's the basis for your objection?  11:09:36AM
8        MR. GRAFF:  You're asking for an        11:09:37AM
9    example of when he would've done something.
10   Ask him --
11       MR. NOVIKOFF:  I just did.        11:09:42AM
12   BY MR. NOVIKOFF:                11:09:42AM
13       Q   Can you provide an example for me of  11:09:43AM
14   when you witnessed Mr. Lamm putting handcuffs on
15   someone for a violation?
16       A   I can't go by names.  I can't go by   11:09:52AM
17   exact dates.  But I know I've witnessed Mr. Lamm
18   put handcuffs on people.
19       Q   Do you know for what type of violation 11:09:56AM
20   you witnessed Mr. Lamm doing this?
21       A   Just for regular maybe having a bottle 11:10:00AM
22   of beer or maybe urinating.  If he was scared to
23   walk them by himself, he'd slap the handcuffs on
24   them, bring them into the precinct and write-up
25   the summons there.

Page 509

RICHARD BOSETTI

1
2        Q   He would put -- you witnessed him      11:10:16AM
3    putting handcuffs on somebody for urinating in
4    the grass?
5        MR. GRAFF:  Objection..        11:10:25AM
6        A   For committing a violation.        11:10:26AM
7        Q   Okay.        11:10:31AM
8        A   Whichever one it may be.        11:10:32AM
9        Q   Sure.        11:10:33AM
10       A   I've seen Mr. Lamm escort people into  11:10:34AM
11   the precinct with handcuffs on.
12       Q   Okay.  How about Mr. Carter, did you   11:10:40AM
13   ever patrol in a car with Mr. Carter?
14       A   No.        11:10:44AM
15       Q   How about Mr. Snyder, did you ever     11:10:44AM
16   patrol in a car with Mr. Snyder?
17       A   Yeah.        11:10:49AM
18       Q   On how many occasions?        11:10:50AM
19       A   Probably quite a few.        11:10:54AM
20       Q   Did Snyder, in your opinion, exercise  11:10:55AM
21   the same poor judgment that you say Lamm and
22   Fiorillo did?
23       A   Not to that extent.  He just was more  11:11:02AM
24   like lazier, more -- a lot with the antisemitic
25   nonsense.

Page 510

RICHARD BOSETTI

1
2        Q   Right.  How about Nofi, did you ever  11:11:13AM
3    patrol in a car with Nofi?
4        A   When you say car, we use golf carts.  11:11:25AM
5        Q   Yeah, whatever they are.  Golf carts, 11:11:27AM
6    trucks, anything that had wheels and a motor.
7    Did you ever patrol with Nofi?
8        A   Yeah.  Probably walking with him too, 11:11:33AM
9    walking through town with him too.
10       Q   Did, in your opinion, Nofi exercise   11:11:37AM
11   the same poor judgment as Mr. Fiorillo and
12   Mr. Lamm?
13       MR.. GRAFF:  Objection.        11:11:43AM
14       A   Nofi got me nervous.        11:11:45AM
15       Q   How did Nofi get you nervous?        11:11:47AM
16       A   Because I knew a lot of the people in 11:11:49AM
17   the town, the kids.  They all got to know me,
18   you know, the ones that come in, the transients
19   with the boats and the people with families and
20   everything else.  And a lot of time Joey would
21   just turn to somebody, even like anybody in this
22   room might be walking past Nofi, and he'd make a
23   remark, hey asshole, hey asshole, get over here
24   before I smack you.
25       Q   Nofi would say that?        11:12:17AM

Page 511

RICHARD BOSETTI

1
2        A   Yeah.        11:12:19AM
3        Q   So someone like me, just enjoying a   11:12:21AM
4    Saturday afternoon, could be minding my business
5    and you would see Nofi call me an asshole and
6    tell me to come over before I get smacked?
7        MR. GRAFF:  Objection.        11:12:32AM
8        A   Definitely.  And the way I feel about 11:12:32AM
9    it is when a cop comes up to me when I'm in
10   plain clothes, if he treats me with any
11   disrespect, it pisses me off because I know I
12   don't do that when I put on a uniform.
13       Q   I believe yesterday you testified     11:12:57AM
14   concerning a time that you and Mr. Nofi were off
15   the island together and he issued a summons for
16   a motor vehicle violation?
17       A   Yes.        11:13:09AM
18       MR. GRAFF:  Objection.        11:13:10AM
19   BY MR.. NOVIKOFF:        11:13:10AM
20       Q   Do you recall that?        11:13:12AM
21       A   He either issued it or he wanted to   11:13:13AM
22   issue it.  I'm 90 percent sure he issued it.  We
23   were on our way to the range, we stopped at a
24   Dunkin Donuts shop.  Nofi was the last one to
25   come in.  I said, what's going on?  He said, I

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 512

RICHARD BOSETTI

1
2    issued -- I had to issue a summons to someone
3    for parking in handicap or whatever it was.
4          And there was also -- should I keep   11:13:33AM
5    going?
6    Q    Sure.                    11:13:37AM
7    A    There's also instances on the island   11:13:37AM
8    that Joey was interested in this underage girl
9    and the girl was supposed to be of age in a
10   month or two, and he was talking with me, he
11   wanted to know if he should bang her now or
12   wait. So I told him, I think you should wait.
13   Q    Okay. Now, you made reference to --   11:13:57AM
14   you used the term "real cop" yesterday. Do you
15   recall that?
16   A    I may have, I'm not sure. If you put   11:14:16AM
17   it in --
18   Q    Let me ask you point blank. You were   11:14:20AM
19   a real cop when you worked --
20   A    Yes.                     11:14:23AM
21   Q    -- for New York City, right?        11:14:23AM
22        MR. GRAFF: Objection.
23   Q    What's your understanding of -- when   11:14:26AM
24   you worked for the city and when you agree with
25   me that you were a real cop, what was your

Page 513

RICHARD BOSETTI

1
2    understanding of what a real cop is?
3    A    First of all, I have to tell you that   11:14:36AM
4    when it comes to police officers, the New York
5    City police officer and the Ocean Beach police
6    officer have the same powers.
7    Q    Right.                    11:14:46AM
8    A    They're both actually real cops.     11:14:46AM
9    Where the difference is right there is that if
10   you work in a high-crime neighborhood in New
11   York City, you learn how to speak to people
12   properly, otherwise you're gonna get your ass
13   kicked.
14   Q    Now, when you worked for the New York   11:15:05AM
15   City Police Department, that was your full-time
16   job, right?
17   A    Correct.                  11:15:11AM
18   Q    You worked 40 hours, sometimes more?   11:15:11AM
19   A    Yes.                     11:15:14AM
20   Q    It wasn't your second job, was it?    11:15:15AM
21   A    No, that was my primary job.        11:15:17AM
22   Q    It wasn't your night job?          11:15:19AM
23   A    No, it was my primary job.         11:15:21AM
24   Q    It wasn't your part-time job?       11:15:22AM
25   A    No, it was my full-time job.        11:15:24AM

Page 514

RICHARD BOSETTI

1
2    Q    Now, to your knowledge, was working at   11:15:25AM
3    Ocean Beach during the summer part-time
4    Mr. Fiorillo's primary job? Again, to your
5    understanding.
6    A    No.                      11:15:38AM
7    Q    How about Nofi, was that his primary   11:15:38AM
8    job?
9    A    No.                      11:15:42AM
10        MR. GRAFF: Objection.             11:15:42AM
11   BY MR. NOVIKOFF:                      11:15:42AM
12   Q    Carter?                   11:15:43AM
13        MR. GRAFF: Objection.             11:15:44AM
14   A    No.                      11:15:44AM
15   Q    Snyder?                   11:15:45AM
16        MR. GRAFF: Objection.             11:15:45AM
17   A    No.                      11:15:47AM
18   Q    Lamm?                     11:15:48AM
19        MR. GRAFF: Objection.             11:15:49AM
20   A    No.                      11:15:49AM
21   Q    So in that respect, you wouldn't      11:15:50AM
22   suggest that they were real cops, right?
23        MR. GRAFF: Objection.             11:15:53AM
24   A    That was their hobby, where they get   11:15:54AM
25   to play cops and robbers.

Page 515

RICHARD BOSETTI

1
2    Q    What do you mean, that was their       11:15:57AM
3    hobbies?
4    A    They put on -- like Nofi puts on a   11:16:00AM
5    Superman suit, which means a police uniform, and
6    he goes out, and he could treat people with
7    disrespect, whereas if he didn't have that
8    uniform on, he wouldn't be able to get away with
9    that. It's the same with Frank, the same with
10   Lamm.
11   Q    How about Snyder and Carter?        11:16:16AM
12        MR. GRAFF: Objection.             11:16:18AM
13   A    Snyder, like I said, I don't know   11:16:19AM
14   his original purpose was for getting the job. I
15   don't think it was to do real police work.. I
16   think he just wanted the cash and a place to
17   sleep from when he's not on his full-time job.
18   Q    All right. In your opinion, was Frank   11:16:35AM
19   Fiorillo jealous of you and your brother because
20   you were police officers for New York City for
21   so many years and they weren't -- and he wasn't?
22        MR. GRAFF: Objection.             11:17:05AM
23   BY MR. NOVIKOFF:                      11:17:05AM
24   Q    Do you have an opinion?            11:17:05AM
25   A    I don't think Frank Fiorillo was     11:17:06AM

15  (Pages 512 to 515)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 516

RICHARD BOSETTI

1
2 jealous of that.  Frank Fiorillo was jealous for
3 the fact that me and my brother came on the
4 island.  People took a liking to us.  People
5 told us things.  There was more of a rapport
6 with the police department and the public out
7 there when me and my brother started.  Several,
8 many people told me and my brother things
9 haven't been so good since you guys started with
10 the police department and the Ocean Beach
11 residents until me and my brother started.  At
12 least we're able to talk.  We're able to come up
13 to you guys.
14       You know, I would do them favors.   11:17:42AM
15 Sometimes, if I find out that one of the locals
16 is stranded out by the checkpoint, that's not my
17 job to go pick him up.  I said, hey, but it's
18 freezing out there.  And I'll give the radio to
19 my partner or take the radio with me if he has
20 his own, and I go to the checkpoint and get the
21 poor guy.
22       You know, it's just common -- common   11:18:01AM
23 things like that that helped get a situation
24 between the police department and the citizens
25 good.

Page 517

RICHARD BOSETTI

1
2    Q   Okay.  Now, let's talk about going out 11:18:14AM
3 to the checkpoint, only because it was brought
4 up yesterday a little bit.
5       Did Mr. Hesse ever order Frank       11:18:20AM
6 Fiorillo to drive you to the checkpoint?
7       MR. GRAFF:  Objection.       11:18:25AM
8    A   Drive me to the checkpoint?   11:18:26AM
9    Q   Yeah.  Order, now.       11:18:29AM
10       MR. GRAFF:  Objection.       11:18:32AM
11    A   I don't know --       11:18:33AM
12       MR. NOVIKOFF:  I'll rephrase the   11:18:34AM
13 question because there's an objection.
14 Don't know why, but there's an objection.
15 BY MR. NOVIKOFF:       11:18:39AM
16    Q   In your presence, did you ever witness 11:18:40AM
17 George Hesse order Frank Fiorillo to drive you
18 to the checkpoint?
19    A   Not to my knowledge, but George might  11:18:47AM
20 have said the Bosetti brothers would like a ride
21 off; you know, help them out.
22    Q   Not asking you what you may speculate. 11:18:56AM
23    A   Okay.       11:18:58AM
24    Q   What you may assume.       11:18:58AM
25    A   Yeah.       11:18:59AM

Page 518

RICHARD BOSETTI

1
2    Q   My questions, unlike yesterday, is   11:19:01AM
3 what you witnessed with your ears or your eyes
4 or your nose.
5       Did you ever witness George Hesse     11:19:09AM
6 order Frank Fiorillo to drive you to the
7 checkpoint?
8    A   No, I didn't.       11:19:17AM
9    Q   Did you ever witness George Hesse     11:19:18AM
10 order any of the plaintiffs to drive you to the
11 checkpoint?
12    A   No, I never witnessed that.       11:19:26AM
13    Q   Okay.  Were you ever driven to the   11:19:27AM
14 checkpoint by anyone other than the five
15 plaintiffs in this case?
16    A   Yes.       11:19:43AM
17    Q   Okay.  Who, if you can give me some   11:19:44AM
18 names?
19    A   Everyone that was on the Ocean Beach  11:19:50AM
20 Police Department at one time probably drove me
21 off, and I probably drove everyone on the police
22 department off at some point as well.
23    Q   Was this just a matter of professional 11:20:02AM
24 courtesy?
25       MR. GRAFF:  Objection.       11:20:04AM

Page 519

RICHARD BOSETTI

1
2    A   Yes.       11:20:04AM
3    Q   You understand what we mean by       11:20:05AM
4 professional courtesy?
5    A   Yes.  We were stranded out there.   11:20:09AM
6       MR. NOVIKOFF:  By the way, what was   11:20:11AM
7 the objection?  You do know this is
8 cross-examination and I'm allowed to lead
9 the witness, right?
10       MR. GRAFF:  Yeah, the objection wasn't 11:20:17AM
11 leading.
12       MR. NOVIKOFF:  So I'm asking you,   11:20:19AM
13 because I want to make sure the record is
14 clear so when I read this to the jury, there
15 won't be an objection at trial..  So if you
16 can please tell me what your objection was,
17 I'll be more than happy to try to clean up
18 my question.
19       MR. GRAFF:  The professional courtesy, 11:20:32AM
20 which you corrected.
21       MR. NOVIKOFF:  Because it was -- you  11:20:35AM
22 believe it was ambiguous, the term
23 "professional courtesy"?
24       MR. GRAFF:  Yes.       11:20:39AM
25       MR. NOVIKOFF:  Okay.       11:20:40AM

16 (Pages 516 to 519)

Page 520

1    RICHARD BOSETTI
2  BY MR. NOVIKOFF:              11:20:45AM
3    Q    Now, I think you mentioned earlier    11:20:46AM
4  this morning that you were shot during a
5  45-minute firefight; is that correct?
6    A    Correct.              11:21:01AM
7    Q    Can you describe for the jury what    11:21:01AM
8  took place that led to you being shot?
9    A    We were called to South Second Street 11:21:07AM
10  at approximately 12 o'clock in the afternoon.
11  There was an armed perpetrator in the -- in his
12  apartment.  Supposedly he held two female
13  victims there that he raped.  Knocked on the
14  door, knocked on the door.  He wouldn't answer.
15  No noise whatsoever.  I tell my partner, Andy,
16  go down to the basement and cut the power to the
17  apartment, because there was loud music coming
18  from the apartment.
19    Q    Uh-huh.              11:21:35AM
20    A    He cuts the power to the apartment.    11:21:36AM
21  We get up to the door.  There's an entry team of
22  about five people.  The sergeant was -- was
23  standing a little bit in front of me, which he
24  probably shouldn't have been, and Andy was
25  directly in front, holding a body bunker.  The

Page 521

1    RICHARD BOSETTI
2  reason the sergeant was in front of me was
3  because he put the rabbit tool in the door.  A
4  rabbit tool is a pump that cracks the door open.
5    Q    What's a body bunker?        11:22:07AM
6    A    A body bunker is a handheld piece of  11:22:08AM
7  armor with a little sight glass in it.
8    Q    Got it.  And can you go on for the    11:22:13AM
9  jury?
10    A    Yes.  And the sergeant put the rabbit 11:22:15AM
11  tool in the door, cranked the door up.  He
12  wasn't gonna take the door at that time; he just
13  wanted to get the tool in place.  As he put the
14  tool into the door, you could hear the door
15  start to crackle, which the perpetrator inside
16  heard that door crackle also.  So he let loose
17  with a round that missed Andy, missed the
18  sergeant.  I was holding an automatic Ruger .223
19  rifle.  It went underneath the handgrip, went
20  through the pockets of my vest and then went
21  along my arm.
22    With this, we all jumped to the side  11:22:59AM
23  of the door.  And Andy said, what the hell is
24  going on?  I said, I just got shot.  He said,
25  what?  I said, I just got shot.

Page 522

1    RICHARD BOSETTI
2    With this, another shot comes through 11:23:16AM
3  the door.  I picked up my rifle, put it over
4  Andy's head and shot through the door again,
5  once.  That was the first time.
6    With this I told Andy, this is a bad  11:23:26AM
7  spot.  I said, he knows exactly where we are.  I
8  said, I'm gonna run across the doorway, across
9  the vestibule, and take up a better position
10  this way.  He said, all right.
11    I made a run.  I shot.  He shot back  11:23:40AM
12  and hit Andy in the lower abdominal area.  Andy
13  went down, crawled up the stairs, dropped his
14  gun, dropped his body bunker, crawled up the
15  stairs, was halfway up the stairs into like a
16  little flat spot, where the stairs turn.  And
17  Andy said, please don't let him come out.  I
18  said, don't worry, I'm not gonna let him come
19  out.
20    With this, I got a little pissed, and 11:24:12AM
21  I told Sabastian Spiela, come out, it's me and
22  you.  And then it went like that for 45 minutes,
23  and he never came out.
24    I had Andy -- when EMS arrived, I had 11:24:27AM
25  Andy not removed through the front door.  I had

Page 523

1    RICHARD BOSETTI
2  EMS take him upstairs and remove him through a
3  fire escape so they didn't have to pass the
4  doorway where he might have been in the way of
5  fire.
6    After a while, bosses and more backup 11:24:43AM
7  came, and they ordered me to go to Bellevue.
8    Q    For your physical gunshot injury?    11:24:50AM
9    A    Excuse me?              11:24:53AM
10    Q    For your gunshot injury?        11:24:54AM
11    A    Yes.                11:24:55AM
12    Q    Now, you also mentioned that you    11:24:56AM
13  worked down at the World Trade Center site on
14  the unfortunate day of 9-11; is that correct?
15    A    Yes, and also the first one.      11:25:04AM
16    Q    I'm sorry?            11:25:06AM
17    A    The first one also.          11:25:07AM
18    Q    Right.  The first one was the truck  11:25:08AM
19  bombing --
20    A    Yes.                11:25:10AM
21    Q    -- in the garage, right?        11:25:10AM
22    A    Correct.              11:25:11AM
23    Q    Let's talk about the second one, 9-11. 11:25:12AM
24  What did you do down at the site?
25    A    At the site, I was assigned to -- I  11:25:17AM

17  (Pages 520 to 523)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 524

RICHARD BOSETTI

1
2  was supposed to go in a helicopter should they
3  need to repel on the roof.  But my lieutenant
4  told me that -- because at that time, I was
5  working Floyd Bennett field, where all the
6  equipment was.  He goes, Rich, you've got a
7  Class 3 truck driver's -- a class -- a
8  commercial truck license, tractor-trailers.  And
9  he said, what I want you to do is get as much
10 equipment and men as you can and bring a rig
11 down here.  So I did that.  I brought the rig
12 down.
13      And then earlier on that day, we went  11:25:47AM
14 on top of the pile, and that's where we -- I
15 helped pull out one of the housing cops that the
16 movie was about that were stranded.
17   Q   Uh-huh.                    11:26:02AM
18   A   You know?  I helped pull the first    11:26:03AM
19 guy.  I wasn't in the hole.  I was on the
20 rubble.  And with all the fire going around,
21 they just passed this guy along down the row,
22 and I think I breathed in enough asbestos -- I'm
23 going for tests now, for the last -- I went last
24 year.  I have to go again this year.
25   Q   How long were you down at the site    11:26:23AM

Page 525

RICHARD BOSETTI

1
2  for?
3   A   I was down at the site that whole     11:26:25AM
4  night and -- that whole night on the rubble when
5  all that crap was coming up and probably part of
6  the next day, and then from then on like here
7  and there.
8   Q   Okay.                       11:26:37AM
9   A   But also the shop where I worked,     11:26:37AM
10 that's where all the rescue tools came; and if I
11 repaired the rescue tools, you had to blow off
12 all that asbestos.
13   Q   All right.                   11:26:48AM
14   A   My brother was at the site, in the   11:26:49AM
15 hole, underground for weeks.
16   Q   Gary?                       11:26:52AM
17   A   Gary, yeah.  He was also in my unit.  11:26:53AM
18 SWAT team; ESU, they call it.
19      MR. NOVIKOFF:  Mr. Graff, do you have  11:27:06AM
20 something to say?
21      MR. GRAFF:  No.              11:27:08AM
22      MR. NOVIKOFF:  Okay.  I just saw a     11:27:09AM
23 smirk on your face.  I don't know what the
24 smirking is about, but --
25      MR. GRAFF:  I think you're misstating  11:27:12AM

Page 526

RICHARD BOSETTI

1
2  the expression on my face, but why don't you
3  ask the witness a question.
4      THE WITNESS:  He seems like a nice     11:27:19AM
5  guy.
6  BY MR. NOVIKOFF:                    11:27:21AM
7   Q   So, now, sir, let's see, you mentioned  11:27:21AM
8  an incident in response to Mr. Goodstadt's
9  questions yesterday about Kevin Lamm searching
10 for drugs in a restaurant.
11      Do you recall that?          11:27:44AM
12   A   Yes.                     11:27:45AM
13   Q   Okay.  Without me trying to        11:27:46AM
14 characterize your testimony, can you just tell
15 me what occurred with regard to Mr. Lamm at that
16 restaurant?
17   A   According to the bartenders that were  11:27:57AM
18 there -- I don't know if it was Barry or JJ --
19 and even some of the patrons to that bar, Kevin
20 Lamm came in, ran right to the kitchen, started
21 rattling pots and pans, looking all around for
22 illegal drugs, yelling that I know that they're
23 in here.  I know they're in here somewhere.  And
24 then when he came out, people said, what are you
25 doing?  That's not right, Richie and Gary

Page 527

RICHARD BOSETTI

1
2  wouldn't do that and all this other stuff.  He
3  started pounding his nightstick -- which he did
4  because he copied off of me.  He wanted a wooden
5  nightstick, and then George told him no more of
6  that shit.  And he started pounding it on the
7  ground and on the floor, saying the brothers
8  don't run this place, the brothers aren't the
9  boss here, I am.
10   Q   The brothers being you and Gary?     11:28:46AM
11   A   Me and Gary.                 11:28:48AM
12   Q   Now, I may not be the brightest bulb  11:28:49AM
13 in the shed, but don't you need a search warrant
14 to go into a private establishment to search for
15 drugs?
16   A   Yes, you do.                 11:29:00AM
17   Q   Did Mr. Lamm have a search warrant at  11:29:01AM
18 the time, to your knowledge?
19   A   No.                      11:29:04AM
20   Q   Did Mr. Lamm ever explain to you why  11:29:06AM
21 he was going into that restaurant for drugs?
22      MR. GRAFF:  Objection.           11:29:13AM
23   A   I never, ever asked him anything about  11:29:14AM
24 that.
25   Q   Okay.                       11:29:17AM

18  (Pages 524 to 527)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 528

RICHARD BOSETTI

1
2    A    I didn't even want to get into it with   11:29:18AM
3    him.
4    Q    Okay.  And when he said the Bosetti   11:29:22AM
5    brothers aren't the boss, I am, what did you
6    take that to mean?
7         MR. GRAFF:  Objection.    11:29:32AM
8    A    That the people respect -- respected   11:29:35AM
9    me and Gary to the point that they trusted us
10   and whenever any cop, were they're going in and
11   hassling for some reason or another, even if
12   it's for loud noise or anything else, and people
13   on the street also would say -- they'd say, you
14   know, we know the brothers.  What are you doing?
15   They wouldn't do that.  And that's probably what
16   caused a lot of the animosity.  We were invited
17   to parties; we were invited to functions.
18   Q    What do you mean, animosity?    11:30:17AM
19   A    In other words, I'm enjoying carrying   11:30:22AM
20   out the functions as a police officer and I'm
21   having a good time doing it, without getting
22   agita, high blood pressure and making myself
23   nervous trying to enforce the laws by being mean
24   to people.
25   Q    Now, did you ever form the opinion   11:30:48AM

Page 529

RICHARD BOSETTI

1
2    that Mr. Fiorillo didn't like you?
3    A    Oh, yeah.    11:30:53AM
4    Q    Now, did you form that opinion before   11:30:54AM
5    the Halloween incident?
6    A    Yeah.    11:30:58AM
7    Q    What was the basis for the opinion   11:30:59AM
8    before the Halloween incident that Mr. Fiorillo
9    didn't like you?
10   A    Because Mr. Fiorillo was pissed off   11:31:05AM
11   that he was always being yelled at by the
12   supervisor and he'd have to go -- he'd get
13   punished or he'd have to clean up the car or,
14   you know, that the supervisor trusted us more
15   for handling certain jobs than him because he
16   didn't have a knack for talking to people.
17   Q    Supervisor being who?    11:31:26AM
18   A    Probably George Hesse and Paradiso,   11:31:30AM
19   except for when it came to summonses, then
20   they -- Paradiso trusted him more.
21   Q    All right.  So let's break this down.  11:31:38AM
22        Paradiso, to your knowledge, again,   11:31:41AM
23   based upon your own eyewitnessing or hearing it
24   take place in the moment, Paradiso would, at
25   times, punish Mr. Fiorillo, to use your words?

Page 530

RICHARD BOSETTI

1
2    A    No.  No..    11:31:55AM
3    Q    No?    11:31:56AM
4    A    Paradiso -- they were Paradiso's pet.  11:31:57AM
5    He gave out the numbers, they gave out the
6    tickets.
7    Q    What do you mean, Fiorillo was    11:32:04AM
8    Paradiso's pet?
9    A    In other words, if George were to   11:32:07AM
10   scold them or if he saw me and my brother doing
11   anything that was not to his liking, you know,
12   he might even complain the Bosetti brothers
13   never give out a lot of summonses.  He would run
14   to the chief, like chit, chit, chit, chit, you
15   know.
16   Q    Now, again, I'm not -- I don't want   11:32:22AM
17   you to tell me anything that you may have heard
18   someone else tell you.  Did you ever witness
19   Fiorillo run to the chief and complain about
20   you?
21   A    No, but I witnessed the chief come in,  11:32:31AM
22   like skipping, holding -- not holding his
23   summonses, but going, 30 summons last night from
24   Fiorillo.  You know, one of these.
25   Q    Okay.  And did -- and was Fiorillo   11:32:45AM

Page 531

RICHARD BOSETTI

1
2    upset that he wasn't Hesse's pet?
3         MR. GRAFF:  Objection.    11:32:52AM
4    BY MR.. NOVIKOFF:    11:32:52AM
5    Q    Well, was Fiorillo Hesse's pet, in   11:32:52AM
6    your opinion?
7    A    Well, I think sergeant Hesse trusted   11:32:55AM
8    us a lot more and the other officers than he
9    would ever trust Lamm and Fiorillo.
10   Q    We're just sticking with Fiorillo now.  11:33:05AM
11   A    With Fiorillo.    11:33:09AM
12   Q    And how about Lamm?  Before the   11:33:10AM
13   Halloween incident, did you have the opinion
14   that Lamm didn't like you?
15   A    I had the opinion that, yeah, after   11:33:18AM
16   talking -- yeah, I had the opinion that Lamm
17   didn't like me.  I also had the --
18   Q    No, no.  That's all I'm asking you.   11:33:27AM
19        Now, what was the basis of your   11:33:29AM
20   opinion, again, before the Halloween incident
21   that Lamm didn't like you?
22   A    Same thing.  The same thing.  The   11:33:36AM
23   summonses.
24   Q    That George punished him sometimes?   11:33:39AM
25        MR. GRAFF:  Objection.    11:33:42AM

19 (Pages 528 to 531)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 532

RICHARD BOSETTI

1
2    A    Yeah. That he was always being        11:33:42AM
3    scolded about how he talked to people, how he
4    spoke to people.
5    Q    Did Hesse ever punish Lamm --        11:33:48AM
6         MR. GRAFF: Objection.        11:33:50AM
7    BY MR. NOVIKOFF:        11:33:50AM
8    Q    -- in your --        11:33:50AM
9         MR. NOVIKOFF: Wait.        11:33:54AM
10        One, I didn't finish the question. So 11:33:54AM
11   I'm going to finish it, and then if you want
12   to object, by all means.
13   BY MR. NOVIKOFF:        11:34:00AM
14   Q    Did you ever witness George punish    11:34:01AM
15   Lamm?
16   A    I know that George wanted to punish    11:34:08AM
17   Lamm --
18   Q    I'm not asking you what you know.  Did 11:34:15AM
19   you ever witness George punish Lamm?
20   A    No, sir.        11:34:19AM
21   Q    Okay.  Did George ever tell you he    11:34:19AM
22   wanted to punish Lamm?
23   A    George told me many times he couldn't 11:34:23AM
24   believe what assholes those two guys were.
25   Q    Now, again, this is before the        11:34:28AM

Page 533

RICHARD BOSETTI

1
2    Halloween incident?
3    A    Yes.        11:34:30AM
4    Q    When did George -- under what        11:34:31AM
5    circumstances do you recall George telling you
6    he couldn't believe what asshole Lamm was?
7    A    After about -- Lamm?        11:34:41AM
8    Q    We're talking about Lamm now.        11:34:44AM
9    A    Yeah.  Just in general, as time went 11:34:47AM
10   on, more and more he would say Lamm's a freakin'
11   idiot.
12   Q    Again, I'm only caring about before    11:34:56AM
13   the Halloween incident.
14   A    Okay.  Yeah.        11:35:00AM
15   Q    Now, before the Halloween incident -- 11:35:01AM
16   and you know what I'm talking about?
17   A    Yes.        11:35:04AM
18   Q    Okay.  Because Mr. Goodstadt spent a 11:35:05AM
19   lot of time yesterday on it.
20   A    Yes, he did.        11:35:09AM
21   Q    Before the Halloween --        11:35:10AM
22        MR. GRAFF: You're clarifying that we 11:35:11AM
23   know what the Halloween incident is?
24        MR. NOVIKOFF: I don't know what      11:35:14AM
25   you're talking about.  I think the witness

Page 534

RICHARD BOSETTI

1
2    knows what I'm talking about.  If you want
3    to take the chair, by all means.
4    BY MR. NOVIKOFF:        11:35:21AM
5    Q    Mr. Bosetti --        11:35:21AM
6    A    Yes, sir.        11:35:22AM
7    Q    -- before the Halloween incident, did 11:35:22AM
8    you ever hear Hesse say to you that Lamm is an
9    asshole?
10   A    Yes, many times.        11:35:33AM
11   Q    Do you recall why Hesse called Lamm an 11:35:34AM
12   asshole?
13        MR. GRAFF: Objection.        11:35:41AM
14   A    By the way he spoke to people.  By the 11:35:42AM
15   things he had done, like the illegal search.
16   Just his overall outlook and discretion and how
17   he handled jobs.
18   Q    I'm assuming that's your opinion.     11:35:58AM
19   A    Yes.        11:36:00AM
20   Q    And I appreciate that, but my question 11:36:00AM
21   is a little bit more focused.
22        In your presence, did Hesse ever       11:36:05AM
23   explain to you why he thought Lamm was an
24   asshole?
25   A    Yeah, sure, many times.        11:36:15AM

Page 535

RICHARD BOSETTI

1
2    Q    What would Hesse say to you in those 11:36:16AM
3    circumstances when he called Lamm an asshole,
4    prior to the Halloween incident?
5         MR. GRAFF: Objection.        11:36:24AM
6         MR. NOVIKOFF: What's the basis for    11:36:26AM
7    the objection?
8         MR. GRAFF: You can ask him what did   11:36:28AM
9    Hesse say to him.  What would Hesse say is a
10   different question.  It's calling for
11   speculation.
12        MR. NOVIKOFF: Okay.  I'll rephrase    11:36:36AM
13   it.  I don't think it was objectionable.
14   BY MR. NOVIKOFF:        11:36:39AM
15   Q    In your presence, what did Hesse say 11:36:40AM
16   to you as to why he just called Lamm an asshole?
17   A    One of the things were that he can't 11:36:51AM
18   believe how much Mace he's using.
19   Q    Okay.  Give me another example.       11:36:56AM
20   A    I can't believe how he talks to       11:37:02AM
21   people.
22   Q    Okay.  Give me another example.       11:37:04AM
23   A    I can't believe he rides around in a 11:37:12AM
24   vehicle all night.  He should be in the office
25   sometimes, not being out there, always looking

20  (Pages 532 to 535)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 536

RICHARD BOSETTI

1
2     for people to summons.
3          Q    Okay.  How about Fiorillo?  Did Hesse, 11:37:22AM
4     in your presence ever call Fiorillo an asshole
5     prior to the Halloween incident?
6          A    He may not have used the word        11:37:37AM
7     "asshole."  It could've been jerk.
8          Q    Okay, that's fine.  Well, let me break 11:37:41AM
9     it down.  Let me broaden the word.
10          In your presence prior to the        11:37:45AM
11     Halloween incident, did Hesse ever use a
12     derogatory term with regard to Mr. Fiorillo?
13          A    Yes.                    11:37:55AM
14          Q    Okay.  Give me an example.        11:37:55AM
15          A    I can't believe this asshole, he's    11:37:58AM
16     going out banging everybody for stupid reasons.
17          Q    "Banging" meaning what?        11:38:02AM
18          A    Summonses.              11:38:04AM
19          Q    Okay.  Any other examples?        11:38:05AM
20          A    I'm sure I could think of some, but    11:38:13AM
21     right now -- some, but right now I'm at a --
22          Q    Okay.  If I gave you a couple of     11:38:18AM
23     minutes to think about it, do you think you
24     could come up with some more examples?
25          A    Okay.  One was what I told you -- what 11:38:25AM

Page 537

RICHARD BOSETTI

1
2     I brought up yesterday.
3          Q    Which was?              11:38:27AM
4          A    When Frank embarrassed the hell out of 11:38:27AM
5     him with the new recruits in the vehicle.
6          Q    Okay.  And can you think of any     11:38:34AM
7     others?
8          A    When Frank refused or started crying  11:38:38AM
9     when he was asked to clean out the cells, which
10     was the night that the filing cabinet was put by
11     my bed.
12          Q    Okay.  Anything else?        11:38:51AM
13          MR. GRAFF:  Objection.        11:38:54AM
14          MR. NOVIKOFF:  To what?        11:38:54AM
15          MR. GRAFF:  It's not clear what you're 11:38:55AM
16     asking the witness.
17          MR. NOVIKOFF:  You're kidding me?    11:38:58AM
18          MR. GRAFF:  No.            11:38:59AM
19          MR. NOVIKOFF:  When I say anything    11:39:02AM
20     else with regard to the question about
21     giving me examples, that's not clear?  You
22     want me to repeat the same question every
23     time?  I can do that.
24          MR. GRAFF:  It's not clear if you're  11:39:12AM
25     asking him to expand on the last example or

Page 538

RICHARD BOSETTI

1
2     with regard to another example or start
3     another --
4          MR. NOVIKOFF:  Okay.        11:39:17AM
5     BY MR. NOVIKOFF:                11:39:17AM
6          Q    Any other examples, Mr. Bosetti, where 11:39:18AM
7     you heard Mr. Hesse speak of Mr. Fiorillo in a
8     derogatory term, other than what you've just
9     testified to?
10          A    There would be a couple of times where 11:39:30AM
11     he'd say, go get Frank, he's probably hanging
12     out in the candy shop.
13          Q    Okay.  And in your opinion, Mr. Hesse 11:39:41AM
14     said that in a derogatory manner?
15          A    Yes.                    11:39:47AM
16          Q    Okay.  How about with Mr. Nofi?  In  11:39:48AM
17     your presence, did Mr. Hesse, again prior to the
18     Halloween incident, ever speak of Mr. Nofi in a
19     derogatory manner?
20          A    Well, in one instant, he said       11:40:01AM
21     something that just about covers it all.
22          Q    What did he say?            11:40:08AM
23          A    I can't believe how fucking stupid    11:40:10AM
24     that guy is.
25          Q    Okay.  What was the basis, according  11:40:13AM

Page 539

RICHARD BOSETTI

1
2     to Mr. Hesse, if he provided any, for his
3     statement that he can't believe how F'in stupid
4     Nofi was?
5          A    I can't recall the instance to that.  11:40:24AM
6          Q    Okay.  But that was before the      11:40:26AM
7     Halloween incident?
8          A    Yes.                    11:40:30AM
9          Q    How about Snyder?            11:40:31AM
10          Hold on.  Before there's an objection, 11:40:32AM
11     do you recall Mr. Hesse ever speaking in a
12     derogatory manner about Mr. Snyder in your
13     presence prior to the Halloween incident?
14          A    Yes.                    11:40:45AM
15          Q    Can you give me some examples of when  11:40:46AM
16     Mr. Hesse spoke in your presence concerning
17     Mr. Snyder in a derogatory manner prior to the
18     Halloween incident?
19          A    I wish Snyder would get it all       11:41:00AM
20     together and get in on time.
21          Q    Did Mr. Hesse say anything with regard 11:41:04AM
22     to that statement that you just made in your
23     presence?
24          A    Yes.                    11:41:12AM
25          Q    What did he say?            11:41:13AM

21 (Pages 536 to 539)

TSG Reporting - Worldwide    877-702-9580

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 540

RICHARD BOSETTI

1
2     A    If Snyder would get in on time, you    11:41:16AM
3  guys could leave on time.
4     Q    Okay.  What were the circumstances    11:41:20AM
5  that precipitated Mr. Hesse saying that, if you
6  know?
7     A    No.  I'd have to -- this is just as    11:41:25AM
8  time went on, it was always statements like
9  that, not only from Mr. Hesse, but other
10 officers.
11    Q    I'm only asking you about Mr. Hesse    11:41:34AM
12 now.
13    A    Sure.                11:41:36AM
14    Q    Now, with regard to Mr. Carter, did    11:41:37AM
15 Mr. Hesse, prior to the Halloween incident, make
16 any statements to you that referred to
17 Mr.. Carter in a derogatory manner?
18    A    Yes.                11:41:50AM
19    Q    What were those statements?        11:41:50AM
20    A    You know, that fucking guy sleeps all  11:41:53AM
21 night.
22    Q    Okay.  And did Mr. Hesse ever say    11:41:55AM
23 anything to you in addition to that in a
24 derogatory way concerning Mr. Carter?
25    A    No, that was -- that was probably    11:42:03AM

Page 541

RICHARD BOSETTI

1
2  about it.
3     Q    Okay.  So, based on your conversations 11:42:05AM
4  with Mr. Hesse prior to the Halloween incident,
5  do you have an opinion as to whether Mr. Hesse
6  respected any of the five plaintiffs here as
7  police officers?
8        MR. CONNOLLY:  Objection.        11:42:26AM
9     A    Can I answer?            11:42:30AM
10    Q    Yes.                11:42:31AM
11    A    The only one --            11:42:32AM
12    Q    The question is yes or no.  Do you    11:42:32AM
13 want me to repeat the question?
14    A    Yeah.  Because if I say it -- all    11:42:37AM
15 right.  Most --
16    Q    Well, let's break it down.        11:42:43AM
17    A    Repeat your question.            11:42:44AM
18    Q    Let me break it down.            11:42:45AM
19    A    Or rephrase it.            11:42:47AM
20    Q    Sure.  Sure.            11:42:48AM
21        Let's start with Mr. Fiorillo, and    11:42:49AM
22 again, only because he's here.
23    A    Yeah.                11:42:53AM
24    Q    In your -- do you have an opinion as  11:42:54AM
25 to whether or not, prior to the Halloween

Page 542

RICHARD BOSETTI

1
2  incident, Mr. Hesse respected Mr. Fiorillo as a
3  police officer?
4     A    Never.                11:43:04AM
5     Q    Okay.                11:43:05AM
6        MR. CONNOLLY:  Objection.        11:43:06AM
7  BY MR. NOVIKOFF:                11:43:11AM
8     Q    And what would be the basis for that  11:43:12AM
9  opinion?
10    A    What we discussed before, the handling 11:43:15AM
11 of jobs.
12    Q    The way who was handling --        11:43:21AM
13    A    Spoke to people.            11:43:23AM
14    Q    The way Mr. Fiorillo was handling the  11:43:24AM
15 jobs?
16    A    Yes.                11:43:26AM
17    Q    Okay.  With regard to Mr. Lamm, same  11:43:26AM
18 question.  Prior to the Halloween incident, do
19 you have an opinion as to whether or not
20 Mr. Hesse -- now, again, only based upon your
21 interaction with Mr. Hesse -- had an opinion as
22 to whether or not Mr. Lamm was a good police
23 officer?
24    A    Sergeant Hesse never thought that Lamm 11:43:44AM
25 was a good police officer.

Page 543

RICHARD BOSETTI

1
2     Q    Same question with regard to Carter.  11:43:49AM
3  First, did you have an opinion based upon your
4  interactions with Mr. Hesse?
5     A    Yes.  He probably -- he thought that  11:43:57AM
6  Carter wasn't a good police officer either,
7  because his main basis for the job was to come
8  in and sleep.
9     Q    Okay.  Now, you've got to slow down.  11:44:06AM
10       Was your answer that he thought that  11:44:07AM
11 Mr. Carter wasn't a good police officer?
12    A    Mr. Carter was not a good police    11:44:10AM
13 officer.
14    Q    Same question with regard to Snyder.  11:44:13AM
15 Based only upon your interactions with Hesse and
16 nothing else, do you have an opinion as to
17 whether Hesse believed that Carter was a good
18 police officer prior to the Halloween incident?
19       MR. CONNOLLY:  Objection.        11:44:29AM
20    A    Did we Carter?  You mean Snyder?    11:44:30AM
21    Q    Snyder, yes.            11:44:33AM
22    A    Snyder is the closest, he probably    11:44:36AM
23 believed, of any of them to be anything near
24 resembling a police officer.
25    Q    And why is that?  Again, based solely  11:44:45AM

22  (Pages 540 to 543)

TSG Reporting - Worldwide      877-702-9580

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 544

RICHARD BOSETTI

1          RICHARD BOSETTI
2     upon your interactions with Hesse.
3          A    Because Snyder would be more like the    11:44:51AM
4     secretaryish type.  He wanted to be on the front
5     desk to do the radios so he didn't have to
6     waddle down the street.
7          Q    Okay.  Now, with regards to Nofi,    11:45:03AM
8     based upon your interaction only with Hesse
9     prior to the Halloween incident, do you have an
10    opinion as to whether Hesse thought that Nofi
11    was a good police officer?
12         A    Hesse thought that Nofi, Nofi was a    11:45:16AM
13    terrible police officer.
14         Q    Okay.  Now, in 2002, did Mr. Hesse    11:45:21AM
15    have a superior?
16         A    Yes, Ed Paradiso.          11:45:28AM
17         Q    Okay.  To your knowledge, did    11:45:30AM
18    Mr. Paradiso have the -- have the final
19    authority as between him and Mr. Hesse to hire
20    and fire officers?
21         A    Yes.          11:45:42AM
22         Q    2003, same question.  Did Mr. Hesse    11:45:44AM
23    have a superior?
24         A    Yes.          11:45:50AM
25         Q    And who was that?          11:45:50AM

Page 545

RICHARD BOSETTI

1          RICHARD BOSETTI
2          A    Paradiso.          11:45:52AM
3          Q    And based upon your interaction with    11:45:52AM
4     Hesse and Paradiso as between the two of
5     them, did Paradiso have the ultimate authority
6     as to whether someone should be hired or fired?
7          A    Paradiso had the authority.          11:46:07AM
8          Q    2004.  Did Hesse have a superior?    11:46:09AM
9          A    Yes.          11:46:13AM
10         Q    Who was that?          11:46:13AM
11         A    Paradiso.          11:46:14AM
12         Q    And when -- based upon your    11:46:15AM
13    interaction with Hesse and Paradiso in 2004, did
14    Paradiso have the ultimate authority as to
15    hiring and firing police officers?
16         MR. GRAFF:  Objection.          11:46:29AM
17         A    Yes.          11:46:30AM
18         MR. NOVIKOFF:  What was different    11:46:31AM
19    between 2002 and 2003, when you had no
20    objection, and 2004?
21         MR. GRAFF:  I should've objected to    11:46:35AM
22    the earlier ones too.
23         MR. NOVIKOFF:  Yeah.  Maybe.          11:46:39AM
24    BY MR. NOVIKOFF:          11:46:40AM
25         Q    Okay.  2005.          11:46:40AM

Page 546

RICHARD BOSETTI

1          RICHARD BOSETTI
2          A    Yes.          11:46:43AM
3          Q    Did Mr. Hesse, while you worked there    11:46:45AM
4     during the season, have a superior, to your
5     knowledge?
6          A    I'm not sure if Paradiso was gone yet,    11:46:55AM
7     but -- I'm not sure what year Paradiso left.
8          Q    Okay.  Was Paradiso there, to your    11:47:02AM
9     knowledge, during the April organization meeting
10    in 2005?
11         A    April organization meeting?  Is that    11:47:14AM
12    when the officers were told they weren't coming
13    back?
14         Q    No, that was April 2006.          11:47:20AM
15         A    Yeah, Paradiso was the chief then.    11:47:22AM
16         Q    In 2005, in April?          11:47:24AM
17         A    Yes.          11:47:27AM
18         Q    Okay.  And in 2006, in April, to your    11:47:27AM
19    knowledge, did Hesse have a superior?
20         A    No, not probably for a good part of    11:47:35AM
21    it, if any.
22         Q    Right.  Okay.          11:47:40AM
23         THE VIDEOGRAPHER:  The time is 11:49.    11:48:04AM
24    We are going off the record.
25         (Whereupon, a discussion was held off    11:48:08AM

Page 547

RICHARD BOSETTI

1          RICHARD BOSETTI
2     the record.)
3          THE VIDEOGRAPHER:  The time is 11:55.    11:54:49AM
4     We are back on the record.
5     BY MR. NOVIKOFF:          11:54:53AM
6          Q    Mr. Bosetti, Mr. Goodstadt asked you a    11:54:56AM
7     number of questions yesterday concerning the
8     codes of Ocean Beach.
9          Do you recall those?          11:55:06AM
10         A    Yes.          11:55:08AM
11         Q    Just discussing that with    11:55:08AM
12    Mr. Goodstadt?
13         A    Are you talking about the radio codes?    11:55:11AM
14         Q    Yes.          11:55:13AM
15         A    Yes.          11:55:15AM
16         Q    Again, I don't want to characterize    11:55:15AM
17    your testimony.  It is what it is.
18         A    Yeah.          11:55:18AM
19         Q    You indicated -- well, what do radio    11:55:19AM
20    codes mean as they are applied in the police
21    world?
22         A    Radio codes mean you don't have to    11:55:29AM
23    actually say the words, you can say a number.
24    It's easier to write down.  It take up a lot
25    less space.  A little faster to say it.

23  (Pages 544 to 547)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 548

```
 1              RICHARD BOSETTI
 2     Q    All right.  And you said you knew at  11:55:42AM
 3   the time the important codes of Ocean Beach?
 4     A    Yes.                    11:55:45AM
 5     Q    Okay.  What, in your opinion, were the 11:55:45AM
 6   important codes?
 7     A    One important code, a 10/1.    11:55:48AM
 8     Q    Okay.  Which was what?        11:55:50AM
 9     A    Officer needs assistance.    11:55:52AM
10     Q    Okay.  What were other important codes 11:55:53AM
11   that you knew?
12     A    I don't recall the codes.    11:55:56AM
13     Q    Well, maybe you don't recall the    11:55:59AM
14   numbers.
15     A    Oh.                11:56:01AM
16     Q    What important descriptions did you  11:56:02AM
17   know the codes to when you worked at Ocean
18   Beach?
19         MR. GRAFF:  Objection.        11:56:06AM
20         MR.. NOVIKOFF:  Basis?        11:56:08AM
21         MR. GRAFF:  You're characterizing it  11:56:09AM
22   now as important codes.  If you want to go
23   by the codes that he considered to be
24   important.
25         MR. NOVIKOFF:  Well, no.
```

Page 549

```
 1              RICHARD BOSETTI
 2   BY MR. NOVIKOFF:              11:56:16AM
 3     Q    My question is what descriptions that  11:56:15AM
 4   had codes to it --
 5     A    Yeah.                11:56:19AM
 6     Q    -- did you view to be important for   11:56:20AM
 7   which you knew the codes to while you were
 8   working?
 9     A    Codes we used every day were AIDED.  11:56:25AM
10     Q    What does that mean?        11:56:34AM
11     A    Which means a person needs medical  11:56:35AM
12   assistance.
13     Q    Okay.  And you knew the code at the  11:56:38AM
14   time?
15     A    Yes, sir.              11:56:41AM
16     Q    What other description did you believe 11:56:41AM
17   at the time was important did you know the code
18   to?
19     A    Lunch.                11:56:48AM
20     Q    Okay.  How about anything else?    11:56:48AM
21     A    A fight, disturbance.        11:56:54AM
22     Q    Okay.  Anything else that you knew the 11:56:56AM
23   code to?
24     A    Noise violation.          11:56:59AM
25     Q    Okay.  Now, did any other officer, to  11:57:01AM
```

Page 550

```
 1              RICHARD BOSETTI
 2   your knowledge, ever complain to Hesse about you
 3   not knowing the codes?
 4     A    Not to my knowledge.        11:57:13AM
 5     Q    Okay..  To your knowledge, did any    11:57:14AM
 6   other officer complain to Paradiso about you not
 7   knowing the codes?
 8     A    Not to my knowledge.        11:57:22AM
 9     Q    Did any of the plaintiffs ever      11:57:27AM
10   complain to you about you not knowing the codes?
11     A    No.                11:57:33AM
12     Q    Did you ever fail to arrive at a    11:57:34AM
13   potential crime situation because you didn't
14   know a code?
15         MR. GRAFF:  Objection.        11:57:44AM
16     A    No.                11:57:45AM
17         MR. NOVIKOFF:  What was the objection? 11:57:45AM
18   I mean, I get you don't like the answer.
19   But what's the objection?
20         MR. GRAFF:  Did he ever fail to arrive 11:57:55AM
21   on time in whose opinion?  Was he told that
22   he --
23         MR. NOVIKOFF:  His opinion.      11:57:59AM
24         MR. GRAFF:  Okay.            11:58:00AM
25         MR. NOVIKOFF:  I'm just asking him.  11:58:01AM
```

Page 551

```
 1              RICHARD BOSETTI
 2   BY MR. NOVIKOFF:              11:58:01AM
 3     Q    Did you -- I'll say it again,        11:58:01AM
 4   Mr. Bosetti.
 5         Did you ever not go to a crime scene  11:58:05AM
 6   because you didn't know the code?
 7     A    No.                11:58:15AM
 8     Q    Did you ever get to a crime scene late 11:58:15AM
 9   because you didn't know the code?
10     A    No.                11:58:22AM
11     Q    Did you ever put a citizen in      11:58:22AM
12   jeopardy, to your knowledge, because you didn't
13   know a code?
14         MR. GRAFF:  Objection.        11:58:32AM
15     A    No.                11:58:33AM
16         MR. GRAFF:  Put a citizen in jeopardy  11:58:38AM
17   is ambiguous.
18         MR.. NOVIKOFF:  I'll try it again.    11:58:46AM
19   BY MR. NOVIKOFF:              11:58:47AM
20     Q    Mr. Bosetti, to your knowledge, did  11:58:47AM
21   any citizen suffer any injury because you didn't
22   know a code?
23     A    No.                11:59:00AM
24     Q    When Mr. Hesse, according, I believe,  11:59:14AM
25   to your testimony, told you to learn the damn
```

24  (Pages 548 to 551)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 552

RICHARD BOSETTI

1
2  codes, do you know why he said that to you?
3        MR. GRAFF:  Objection.          11:59:24AM
4        MR. NOVIKOFF:  To what?          11:59:25AM
5  A   Mainly --                11:59:28AM
6        MR. NOVIKOFF:  Hold on.          11:59:29AM
7        To what?                11:59:30AM
8        MR. GRAFF:  If he knows what Hesse's  11:59:31AM
9  motives were for making the comments.
10        MR. NOVIKOFF:  That's the essence of  11:59:36AM
11  the question.
12        MR. GRAFF:  Do you ask him whether he  11:59:38AM
13  explained that to him?
14        MR. NOVIKOFF:  Counsel, the question  11:59:42AM
15  was does he know why Hesse said that to him.
16  His answer would be either yes or no.  If
17  his answer is no, I don't go any further.
18  If his answer is yes, then I will say what
19  is the basis for your knowledge.  So I'm
20  going to repeat the question.  You can keep
21  your objection, if you'd like.
22  BY MR. NOVIKOFF:              12:00:00PM
23  Q   Sir, when you testified yesterday that  12:00:00PM
24  Hesse said, in sum or substance, learn the damn
25  codes --

Page 553

RICHARD BOSETTI

1
2  A   Yes.                12:00:06PM
3  Q   -- do you know why Mr. Hesse said that  12:00:07PM
4  to you?
5        MR. GRAFF:  Objection.          12:00:09PM
6  BY MR. NOVIKOFF:              12:00:09PM
7  Q   Yes or no?            12:00:10PM
8        MR. GRAFF:  Objection.          12:00:13PM
9  A   Hesse said that jokingly.  He just    12:00:13PM
10  said, learn the codes, you screwball.
11  Q   Okay.  When you say Hesse, in your    12:00:18PM
12  opinion, said that jokingly, what precipitated
13  Hesse saying that to you?
14  A   Maybe I was listening to the radio and  12:00:25PM
15  a number came over Suffolk County, and I turned
16  to George and said, what's that?  And he would
17  go, would you learn the codes.
18  Q   To your knowledge -- well, did Nofi    12:00:44PM
19  ever -- well, what was the -- was there a code
20  for officer in danger?  Is that a 10/1?
21  A   Yeah, that would be 10/1.        12:00:53PM
22  Q   Did Nofi ever issue a 10/1 on a radio?  12:00:55PM
23  A   Yes.                12:00:58PM
24  Q   And you heard it?            12:00:58PM
25  A   Yes.                12:01:00PM

Page 554

RICHARD BOSETTI

1
2  Q   You were working when he did that?    12:01:01PM
3  A   Yes.                12:01:02PM
4  Q   And did you respond?          12:01:04PM
5  A   I was on my way to respond.  I think  12:01:07PM
6  it was called off by one of the other officers
7  working that night.
8  Q   Okay.            12:01:13PM
9  A   As nonsense.            12:01:13PM
10  Q   Did you at that time not know what a  12:01:14PM
11  10/1 was?
12  A   Oh, I knew what a 10/1 was.        12:01:18PM
13  Q   What's an officer down in New York    12:01:21PM
14  City code?
15  A   10/13.            12:01:24PM
16  Q   Okay.  And do you know who called off  12:01:25PM
17  the 10/1?
18  A   No.  It was one of the officers on the  12:01:28PM
19  4 to 12.
20  Q   Did you ever find out what        12:01:31PM
21  precipitated Mr. Nofi saying a 10/1 on the
22  radio?
23  A   I know he had some kind of        12:01:37PM
24  confrontation over by the boat house, and I
25  think it went on to be nonsense.

Page 555

RICHARD BOSETTI

1
2  Q   And who told you this?          12:01:46PM
3  A   Whoever the officer was working that  12:01:50PM
4  night.
5  Q   Okay.  And how about Fiorillo, did    12:01:52PM
6  Fiorillo ever issue a 10/1 that you heard on the
7  radio?
8  A   If he didn't use the term "10/1," he  12:01:59PM
9  said I need a couple of officers down here.
10  Q   Oh, so you recall Mr. Fiorillo on some  12:02:03PM
11  occasions not to use the code, but just it to --
12  A   Oh, sure.            12:02:11PM
13  Q   -- but just to describe what he      12:02:12PM
14  needed?
15  A   Yeah.                12:02:14PM
16  Q   Okay.  How about Carter, did you ever  12:02:15PM
17  hear Carter use the 10/1 code on the radio?
18  Again, only what you heard on the radio with
19  your own ears.
20  A   No.            12:02:27PM
21  Q   Same question, Snyder..          12:02:28PM
22  A   No.                12:02:38PM
23  Q   Same question, Lamm.          12:02:38PM
24  A   Yes.                12:02:40PM
25  Q   Okay.  When did you hear Mr. Lamm --  12:02:40PM

25  (Pages 552 to 555)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 556

RICHARD BOSETTI

1
2    well, how many times, if more than one, did
3    Mr. Lamm issue a 10/1 on the radio that you
4    heard?
5        A    I can't put a number on it, but it was    12:02:49PM
6    quite a few times.  He always got into some
7    nonsense.
8        Q    And were you ever -- did you respond    12:02:58PM
9    to those 10/1 calls?
10       A    Yeah, unless they were called off.    12:03:02PM
11       Q    Okay.  And in your opinion, were you    12:03:04PM
12   ever untimely in your response because you
13   didn't know what a 10/1 meant?
14       A    You never ever take your time on a    12:03:10PM
15   10/1.
16       Q    No, but my question --    12:03:15PM
17       A    No, I was never untimely.    12:03:17PM
18       Q    Let me just so the record is clear.    12:03:19PM
19   Were you ever untimely when Lamm issued a 10/1
20   on the radio because you didn't know what a 10/1
21   was?
22       A    No.    12:03:27PM
23       Q    You mentioned, I believe, to    12:03:31PM
24   Mr. Goodstadt that, in your opinion, the cops on
25   the 12 to 8 shift -- I'm sorry, on the midnight

Page 557

RICHARD BOSETTI

1
2    to 8 shift -- yeah, that's the 12 to 8 shift --
3    didn't like you and your brother.
4        Do you recall that?    12:03:45PM
5        A    Not all of them, yes.    12:03:46PM
6        Q    And who were among those officers that    12:03:47PM
7    didn't like you?
8        MR. GRAFF:  Objection..    12:03:51PM
9        A    Well, it would be Carter --    12:03:51PM
10   BY MR. NOVIKOFF:    12:03:53PM
11       Q    In your opinion, of course.    12:03:54PM
12       A    It would be Carter, it would be Lamm,    12:03:56PM
13   it would be if Frank worked the midnight tour.
14       Q    Uh-huh.    12:04:01PM
15       A    I really shouldn't have said all of    12:04:02PM
16   them.  It was mainly -- mainly those three guys.
17   They worked the midnight tour a lot.
18       Q    And why, in your opinion, did they not    12:04:12PM
19   like you and your brother?
20       A    For the same reason, jealousy.  And    12:04:15PM
21   the other main, main, main reason is if we'd
22   come in after a night of maybe going to a couple
23   of the bars, at 3:30 in the morning, they were
24   pissed that we'd wake them up.
25       Q    When they were sleeping where?    12:04:31PM

Page 558

RICHARD BOSETTI

1
2        A    In the barracks.    12:04:33PM
3        Q    Okay.  Yeah, describe to me -- because    12:04:34PM
4    I haven't had the pleasure yet of seeing the
5    barracks, and I probably will before this case
6    ever gets to a trial, if it ever gets to a
7    trial.  In the relation to the police station,
8    where are the barracks?
9        A    Upstairs from the post office.    12:04:47PM
10       Q    And in relation to the police station,    12:04:49PM
11   where is the post office?
12       A    The post office is on the corner of    12:04:53PM
13   Cottage and Bayview.
14       Q    Okay.  So how long a walk is it from    12:04:59PM
15   the police station to the barracks?
16       A    Two, three blocks.    12:05:03PM
17       Q    Okay.  How long would it take to walk    12:05:04PM
18   from one end of Ocean Beach to the other?
19       A    Up along Bayview, fast walk, three    12:05:10PM
20   minutes, three and a half minutes.
21       Q    To walk?    12:05:21PM
22       A    Yeah.  Maybe not even.    12:05:22PM
23       Q    Now, I'm not talking about on a little    12:05:23PM
24   motor car or truck.
25       A    Yeah.  To walk along Main Street from    12:05:28PM

Page 559

RICHARD BOSETTI

1
2    one border -- oh, wait.  I'm thinking the town,
3    just where the residential area -- the stores
4    are.
5        Q    Right.    12:05:37PM
6        A    Brisk walk, five minutes.    12:05:39PM
7        Q    And about drive in a little car?    12:05:40PM
8        MR. GRAFF:  Objection.  Only because    12:05:43PM
9    I'm not clear, are we crossing town
10   north-south or east-west.  I don't know if
11   that makes a difference.
12       MR. NOVIKOFF:  From one end of the    12:05:51PM
13   island.
14       THE WITNESS:  East to west.    12:05:54PM
15   BY MR. NOVIKOFF:    12:05:55PM
16       Q    East to west.  I'll get to north and    12:05:55PM
17   south.  But east to west, how long of a walk?
18       A    From one end all the way to the other    12:06:02PM
19   end, maybe about five minutes, a little less.
20       Q    North and south.    12:06:07PM
21       A    North and south, depending on which    12:06:10PM
22   block, brisk walk, maybe about six minutes.
23       Q    And that's -- that was -- if I    12:06:17PM
24   understand the situation correctly, was the
25   geographical limit of where you guys were

26  (Pages 556 to 559)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

RICHARD BOSETTI

1
2    patrolling?
3    A    Yes.                          12:06:29PM
4    Q    Okay.  And how about just the town    12:06:30PM
5    itself, where you used to have the stores, how
6    long a walk from east to west?
7         MR. GRAFF:  Objection.         12:06:41PM
8    A    Brisk walk, three minutes.     12:06:42PM
9    Q    North and south?               12:06:44PM
10   A    Not even.  North to south --   12:06:44PM
11   Q    Yes.                           12:06:47PM
12   A    -- from where the stores are?  Six    12:06:47PM
13   minutes.
14   Q    Okay.  Now, were you ever drunk on    12:06:50PM
15   duty?
16   A    No, sir.                       12:07:06PM
17   Q    Did you ever notice any officers drunk    12:07:09PM
18   on duty?
19   A    No, sir.                       12:07:14PM
20   Q    Other than when you were waiting to be    12:07:21PM
21   relieved -- withdrawn.
22        Do you remember talking to      12:07:29PM
23   Mr. Goodstadt about that period of time --
24   A    Right.                         12:07:33PM
25   Q    -- when you were waiting to be    12:07:33PM

RICHARD BOSETTI

1
2    relieved?
3         So the jury is clear, when you were in    12:07:36PM
4    that period of time waiting to relieved that you
5    were talking to Mr. Goodstadt yesterday, were
6    you on duty or off duty, in your opinion?
7    A    I was off duty.                 12:07:47PM
8    Q    Now, why would you say you were off    12:07:48PM
9    duty?
10   A    Because I was already in my street    12:07:51PM
11   clothes.
12   Q    And it would be in those occasions,    12:07:53PM
13   when you were waiting to be relieved, that you
14   testified, if I understand correctly, that you
15   had a beer from time to time?
16   A    Yes.                           12:07:59PM
17   Q    Okay.  Did you ever get drunk in that    12:08:00PM
18   period of time waiting to go be relieved?
19   A    No.                            12:08:05PM
20   Q    Okay.  Did you ever -- just because it    12:08:05PM
21   got a little confusing yesterday.  Again, I'm
22   not the brightest bulb.  Did you ever drink --
23   except when you may have gone to a barbecue, did
24   you ever drink while you were on duty?
25   A    Maybe if I had a meatball hero or a    12:08:20PM

RICHARD BOSETTI

1
2    sandwich, during my lunch.
3    Q    During your lunch?             12:08:24PM
4    A    Yeah.                          12:08:25PM
5    Q    You would have a beer?          12:08:26PM
6    A    One beer.                      12:08:27PM
7    Q    Light beer?                    12:08:29PM
8    A    Yes.                           12:08:30PM
9    Q    Were you ever concerned that that    12:08:30PM
10   would put you into an inebriated state?
11   A    No.                            12:08:36PM
12   Q    Were you ever concerned that one    12:08:36PM
13   light beer would cause you not to be effective
14   in your responsibilities?
15   A    No.                            12:08:42PM
16   Q    Did you try to hide the fact you were    12:08:42PM
17   having a beer when you were having your meatball
18   hero during lunch?
19   A    No.                            12:08:51PM
20   Q    Where would you have your meatball    12:08:52PM
21   hero?
22   A    In the barracks.  I wouldn't have a    12:08:52PM
23   beer in the open, because that doesn't look
24   good.  I would take the cart down and have a
25   beer.  Sometimes I'd go to the bar at the end,

RICHARD BOSETTI

1
2    which I still can't remember the name.
3    Q    I'm just talking about the meatball    12:09:00PM
4    hero lunch.
5    A    In the barracks.               12:09:03PM
6    Q    Okay.  And did you lock the door?    12:09:04PM
7    A    The doors are always locked because    12:09:06PM
8    it's the fire office.
9    Q    Okay.  Did Mr. Paradiso know you would    12:09:08PM
10   have a beer from time to time while you were
11   eating?
12   A    Sure.                          12:09:13PM
13   Q    How do you know that Mr. Paradiso knew    12:09:13PM
14   this?
15   A    Because if he came in or walked in on    12:09:16PM
16   me, I'd be having a beer.
17   Q    Oh, there were times that Mr. Paradiso    12:09:19PM
18   actually walked in --
19   A    Oh, no, I'm sorry.             12:09:23PM
20        MR. FEHRINGER:  Wait till he's done.    12:09:26PM
21   A    Okay.  No.                     12:09:28PM
22   Q    Did Mr. Paradiso ever see you having a    12:09:29PM
23   beer while you were having a meatball hero?
24   A    No.                            12:09:34PM
25   Q    How about Hesse?               12:09:35PM

27 (Pages 560 to 563)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 564

RICHARD BOSETTI

1
2     A   Yes.                              12:09:36PM
3     Q   And did Hesse ever say anything to    12:09:36PM
4  you?
5     A   As long as I was having it with my    12:09:40PM
6  lunch, no.
7     Q   Okay. So Hesse never said no to you?  12:09:42PM
8     A   Right.                            12:09:44PM
9     Q   Okay. How about at the checkpoints?   12:09:44PM
10  I think you testified that you saw Carter and
11  Snyder drinking at the checkpoints?
12     A   Yes. We would either offer them a    12:09:52PM
13  beer, and they would sometimes they would take
14  it. Nofi also.
15     Q   What's that?                     12:09:57PM
16     A   Nofi also.                        12:09:58PM
17     Q   So Nofi, Carter and Snyder.        12:09:59PM
18         When in relation to when they were on  12:10:01PM
19  duty at the checkpoint would they take a beer?
20         Well, let me ask you -- let me be more 12:10:08PM
21  direct.
22         Were Carter, Snyder and/or Nofi on    12:10:11PM
23  duty when they would take a beer from you?
24     A   Sometimes, yes.                   12:10:18PM
25     Q   And how do you know that they were on 12:10:18PM

Page 565

RICHARD BOSETTI

1
2  duty?
3     A   After 12. Really after 11:30.      12:10:21PM
4     Q   So someone would take you to the     12:10:24PM
5  checkpoint or you would drive there, correct?
6     A   Yes.                             12:10:28PM
7     Q   And Carter and Snyder and/or Lamm    12:10:29PM
8  would be coming onto midnight shift, correct?
9     A   Yes.                             12:10:32PM
10     Q   You would see them at the checkpoint,  12:10:32PM
11  correct?
12     A   Yes.                             12:10:34PM
13     Q   You would have some beers in the car?  12:10:35PM
14     A   Right.                           12:10:37PM
15     Q   And you would offer or someone would  12:10:37PM
16  offer it to them?
17     A   Right.                           12:10:41PM
18     Q   And you saw during these occasions,   12:10:41PM
19  not all of the time but some of the time,
20  Carter, Snyder and/or Nofi having a beer?
21     A   Yes. We'd have a beer. We'd talk    12:10:47PM
22  about what was going on, you know, laugh a
23  little bit, joke.
24     Q   And then they would go on to do their  12:10:52PM
25  job?

Page 566

RICHARD BOSETTI

1
2         MR. GRAFF: Objection.             12:10:55PM
3     A   Yes.                             12:10:56PM
4     Q   Then they would go into the village   12:10:56PM
5  because it was their shift?
6     A   Yes.                             12:10:59PM
7         MR. GRAFF: Objection.             12:10:59PM
8         MR. NOVIKOFF: Objection to what?    12:11:01PM
9         MR. GRAFF: Why they were going to the  12:11:02PM
10  village or if it's their shift.
11         MR. NOVIKOFF: I think he just        12:11:06PM
12  testified because they were going onto their
13  shift. Well, I'll break it down.
14  BY MR. NOVIKOFF:                         12:11:10PM
15     Q   Did you have an understanding on those 12:11:11PM
16  occasions when you offered beers to Snyder, Nofi
17  and/or Carter and they accepted them, where they
18  were going after having the beers?
19     A   Yes.                             12:11:20PM
20     Q   And what is your understanding?    12:11:21PM
21     A   That they were going to work, and I  12:11:23PM
22  thought nothing of it because they had a beer.
23     Q   And what was the basis for your      12:11:29PM
24  opinion that they were going to work?
25     A   They were in uniform. They just got  12:11:33PM

Page 567

RICHARD BOSETTI

1
2  off their other shift, and they're on roll call
3  and they're getting into an official police
4  vehicle and they're driving into town.
5     Q   Okay. Mr. Goodstadt asked you some    12:11:44PM
6  questions about rocket fuel.
7     A   Right.                           12:11:49PM
8     Q   Did you ever drink rocket fuel while  12:11:49PM
9  you were on duty?
10     A   No, not while I was duty.          12:11:54PM
11     Q   To your knowledge, did Mr. Fiorillo  12:11:57PM
12  know that -- well, where would you drink the
13  rocket fuel?
14     A   I'd have a rocket fuel sometimes after 12:12:00PM
15  the shift was over, civilian clothes, maybe in
16  the station house, waiting for the vehicle to
17  come in. That's it.
18     Q   And this was in the station house?    12:12:13PM
19     A   Yes.                             12:12:14PM
20     Q   The doors weren't locked, were they?  12:12:16PM
21     A   No, but I was in the back.         12:12:18PM
22     Q   Okay. Mr. Hesse could've walked in   12:12:19PM
23  there, right?
24         MR. GRAFF: Objection.             12:12:21PM
25     A   Yes.                             12:12:22PM

28  (Pages 564 to 567)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 568

RICHARD BOSETTI

1
2    Q    Mr. Paradiso, if he was around        12:12:22PM
3    could've, walked in there?
4         MR. GRAFF:  Objection.            12:12:25PM
5    A    Sure.                    12:12:26PM
6    Q    You didn't hide the fact that you were 12:12:26PM
7    having the rocket fuel, did you?
8    A    No, off duty.                12:12:30PM
9    Q    Okay.  To your knowledge, did      12:12:31PM
10   Mr. Fiorillo know that you drank rocket fuel in
11   the back of the police station from time to
12   time?
13   A    Of course.                12:12:37PM
14   Q    How about Mr. Nofi?            12:12:38PM
15   A    They all knew.                12:12:39PM
16   Q    All the plaintiffs knew?            12:12:40PM
17   A    Yes.                    12:12:41PM
18   Q    To your knowledge, did any of the    12:12:42PM
19   plaintiffs ever complain to you about you
20   drinking rocket fuel?
21   A    No.                    12:12:48PM
22   Q    To your knowledge, did any of the    12:12:49PM
23   plaintiffs ever complain to Hesse about you
24   drinking rocket fuel?
25   A    No.                    12:12:54PM

Page 569

RICHARD BOSETTI

1
2    Q    To your knowledge, did any of the    12:12:55PM
3    plaintiffs complain to Paradiso about you
4    drinking rocket fuel?
5    A    No.                    12:13:00PM
6    Q    To your knowledge, did any of the    12:13:00PM
7    plaintiffs complain to Mayor Rogers about you
8    drinking rocket fuel?
9    A    No.                    12:13:06PM
10   Q    How about Trustee Loeffler?        12:13:07PM
11   A    No.                    12:13:09PM
12   Q    How about any trustee member?        12:13:09PM
13   A    No.                    12:13:11PM
14   Q    You also addressed yesterday at least 12:13:31PM
15   one circumstance when Mr. Fiorillo asked you
16   what type of beer you wanted.  Do you recall
17   that?
18   A    Yes.                    12:13:41PM
19   Q    Did that happen on more than one    12:13:41PM
20   occasion or just one occasion?
21   A    Yes.  That's when we were on more or  12:13:44PM
22   less speaking terms.
23   Q    Was that before the Halloween      12:13:47PM
24   incident?
25   A    Yes.                    12:13:49PM

Page 570

RICHARD BOSETTI

1
2    Q    And on how many occasions did      12:13:50PM
3    Mr. Fiorillo ask you what brand of beer you
4    wanted?
5    A    Numerous.                12:13:54PM
6    Q    And that would be in the context of  12:13:55PM
7    him going on his shift --
8    A    Yes.                    12:13:59PM
9    Q    -- and telling you he was going to    12:14:00PM
10   confiscate beer that day?
11   A    Yes.                    12:14:04PM
12   Q    And he was asking you what type of    12:14:04PM
13   beer do you want me to confiscate?
14   A    Yes.                    12:14:10PM
15   Q    Did you ever answer him?            12:14:10PM
16   A    Anything.                12:14:12PM
17   Q    As long as it was light beer?        12:14:12PM
18   A    Yeah, I don't like the ultras.        12:14:15PM
19   Q    How about Nofi, did he ever ask you  12:14:17PM
20   what type of beer you wanted?
21   A    No.                    12:14:20PM
22   Q    Any of the other plaintiffs?        12:14:21PM
23   A    No.                    12:14:22PM
24   Q    And did -- to your knowledge, did    12:14:23PM
25   Mr. Fiorillo ever complain to you about you

Page 571

RICHARD BOSETTI

1
2    drinking while off duty in the village?
3    A    No.                    12:14:32PM
4    Q    How about any of the other plaintiffs? 12:14:33PM
5    A    No.                    12:14:35PM
6    Q    To your knowledge, did Mr. Fiorillo  12:14:35PM
7    complain to Mr. Hesse about you drinking at all
8    in the village when you were off duty?
9    A    No.                    12:14:43PM
10   Q    How about any of the other plaintiffs? 12:14:44PM
11   A    No.                    12:14:45PM
12   Q    To your knowledge, did Mr. Fiorillo  12:14:46PM
13   ever complain to Mr. Paradiso about you drinking
14   at any point in time while you were on the
15   village?
16   A    Not to my knowledge.            12:14:55PM
17   Q    How about any of the other plaintiffs? 12:14:56PM
18        MR. GRAFF:  Objection.  And I'll    12:14:58PM
19   clarify.  It's not clear if you're asking if
20   Mr. Fiorillo complained to the other
21   plaintiffs or if any of the other plaintiffs
22   made a complaint.  You asked about
23   Mr. Fiorillo.
24        MR. NOVIKOFF:  Oh, I think it is    12:15:09PM
25   clear.  I don't think you like the answers.

29  (Pages 568 to 571)

Page 572

RICHARD BOSETTI

1    Can you just read the question back    12:15:13PM
2    for me.  Because I don't think Mr. Bosetti
3    answered it yet because there was an
4    interruption.
5        (Whereupon, the requested portion was  12:15:19PM
6    read back by the court reporter:  How about
7    any of the other plaintiffs?)
8    BY MR. NOVIKOFF:                12:15:28PM
9    Q    Did any of the other plaintiffs    12:15:29PM
10   complain to Mr. Paradiso about you drinking beer
11   or any other alcoholic beverage at any point in
12   time while you were on the village?
13       MR. GRAFF:  Objection.         12:15:39PM
14   A    Not to my knowledge.         12:15:40PM
15   Q    Okay.  How about, to your knowledge,  12:15:41PM
16   did any of the plaintiffs complain to either
17   Mayor Rogers or Trustee Loeffler about you
18   drinking alcoholic beverages while you were in
19   the village?
20   A    No.                         12:15:59PM
21   Q    To your knowledge, did any civilian  12:16:08PM
22   ever complain to anyone at the village about you
23   being in an inebriated state while on duty?
24   A    No.                         12:16:21PM

Page 573

RICHARD BOSETTI

1    Q    How about while off duty?       12:16:21PM
2    A    No.                         12:16:23PM
3    Q    Did there come a point in time --   12:16:59PM
4    well, withdrawn.
5        I believe you testified yesterday that 12:17:03PM
6    Hesse told you on one occasion that you should
7    start writing more summonses.
8    A    Yes.                        12:17:11PM
9    Q    When did that take place?       12:17:11PM
10   A    First year.                  12:17:14PM
11   Q    And do you have an understanding as to 12:17:15PM
12   why Hesse told you that?
13   A    He said it looks good for the town  12:17:21PM
14   board.
15   Q    Okay.  And what was your response, if 12:17:27PM
16   any, to Mr. Hesse?
17   A    Okay, I will.                12:17:34PM
18   Q    Okay.  And did you?            12:17:35PM
19   A    No.                         12:17:37PM
20   Q    And after that time, did Hesse tell  12:17:38PM
21   you that you should write more summonses?
22   A    Yes.                        12:17:43PM
23   Q    When was the next time?         12:17:44PM
24   A    The next year.               12:17:46PM

Page 574

RICHARD BOSETTI

1    Q    And did you follow it?          12:17:47PM
2    A    No.  Only certain summonses that I   12:17:49PM
3    thought were necessary.
4    Q    Did Hesse tell you after the second  12:17:53PM
5    time to write more summonses?
6    A    Yep.                        12:17:57PM
7    Q    When was the next time?         12:17:57PM
8    A    The next time he told me?       12:17:59PM
9    Q    Yeah.                       12:18:01PM
10   A    The next year after that and the year 12:18:02PM
11   after that.
12   Q    And you didn't do it?           12:18:04PM
13   A    Not unless it was necessary.     12:18:07PM
14   Q    Okay.  And other than him -- other   12:18:08PM
15   than Hesse telling you to do it, did he ever
16   discipline you for not doing it?
17   A    No.                         12:18:16PM
18   Q    Did he ever reprimand you for not    12:18:16PM
19   doing it?
20   A    No.                         12:18:18PM
21   Q    Did Paradiso ever talk to you about  12:18:19PM
22   writing more summonses?
23   A    I don't recall.              12:18:24PM
24   Q    Okay.  But certainly you weren't    12:18:25PM

Page 575

RICHARD BOSETTI

1    punished or disciplined for not writing
2    summonses, were you?
3    A    No, sir.                    12:18:31PM
4    Q    Okay.  Did Hesse ever tell you not to 12:18:32PM
5    issue a summons to a friend of his --
6    A    No.                         12:18:39PM
7    Q    -- who was committing a crime?      12:18:39PM
8    A    No.                         12:18:40PM
9    Q    Did Hesse ever tell you to avoid any 12:18:41PM
10   particular location that may have been the
11   subject of crime because that person was a
12   friend of his?
13   A    No.                         12:18:49PM
14   Q    Did Hesse ever tell you to violate the 12:18:50PM
15   law?
16   A    No.                         12:18:53PM
17   Q    Did Hesse ever tell you to ignore    12:18:54PM
18   known criminal activity?
19   A    No.                         12:18:59PM
20   Q    Did Hesse ever tell you to ignore    12:18:59PM
21   locations where there may have been criminal
22   activity going on?
23   A    Never.                      12:19:08PM
24   Q    I would presume all your answers would 12:19:11PM

30 (Pages 572 to 575)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 576

RICHARD BOSETTI

1
2  be the same if I asked you about Paradiso?
3      A   Yes.                        12:19:16PM
4      Q   Okay. Did Hesse ever tell you not to 12:19:16PM
5  issue -- not to arrest someone who committed a
6  crime at Ocean Beach because that person was a
7  friend of his?
8      A   Never.                      12:19:32PM
9      Q   Now, Mr. Goodstadt asked you questions 12:19:51PM
10 about the Halloween incident yesterday, and he
11 asked you specifically about, I believe her name
12 is Edith Miller? I'm sorry, Eileen Miller?
13     A   Elyse.                      12:20:05PM
14     Q   Elyse Miller, thank you. Elyse     12:20:06PM
15 Miller.
16        And whether or not she had a sexual  12:20:08PM
17 relationship with your brother?
18     A   Yes.                        12:20:11PM
19     Q   And I think he asked you some       12:20:11PM
20 questions whether she had a sexual relationship
21 with you?
22     A   Yes.                        12:20:17PM
23     Q   Now, to your knowledge, did Elyse   12:20:18PM
24 Miller provide a statement of her observations
25 of the Halloween incident to the Ocean Beach

Page 577

RICHARD BOSETTI

1
2  Police Department?
3      A   Yes, she did. She did.       12:20:27PM
4      Q   So I presume that's probably why    12:20:29PM
5  Mr. Goodstadt was asking you --
6      A   Yes.                        12:20:33PM
7      Q   -- if there was a sexual relationship 12:20:33PM
8  between Mr. Goodstadt -- between Mr. Bosetti,
9  your brother, and her, correct?
10        MR. GRAFF:  Objection.        12:20:39PM
11     A   Yes. I found out yesterday he didn't 12:20:40PM
12 have any sexual relationship with that woman.
13     Q   So you asked your brother that?     12:20:46PM
14     A   Yes.                        12:20:50PM
15        MR. GRAFF:  I'm sorry. With the 12:20:51PM
16 traffic noise --
17        MR. NOVIKOFF:  I think he -- I think 12:20:52PM
18 Mr. Bosetti said he found out yesterday that
19 his brother did not, in fact, have a sexual
20 relationship with Ms. Miller.
21        THE WITNESS:  Yes.           12:20:58PM
22 BY MR. NOVIKOFF:                    12:20:58PM
23     Q   And I presume that's because --    12:20:58PM
24     A   I've heard that before, but yes.   12:20:59PM
25        MR. CONNOLLY:  With that woman.   12:21:03PM

Page 578

RICHARD BOSETTI

1
2  BY MR. NOVIKOFF:                    12:21:04PM
3      Q   And that's Ms. Miller, right?     12:21:05PM
4      A   Yes.                        12:21:07PM
5      Q   And that's from you speaking to your 12:21:08PM
6  brother yesterday?
7      A   Correct.                    12:21:13PM
8      Q   Well, frankly, I didn't care whether 12:21:14PM
9  your brother had a sexual relationship with
10 Ms. Miller. I'm going to ask you another
11 question.
12     A   I was surprised.            12:21:21PM
13     Q   What's that?                12:21:22PM
14     A   I was surprised myself.      12:21:22PM
15     Q   To your knowledge, did Jennean Yager 12:21:23PM
16 submit a witness statement concerning her
17 observations of the Halloween incident?
18     A   Yes.                        12:21:32PM
19     Q   To your knowledge, did your brother 12:21:32PM
20 have a sexual relationship with Jean Yager?
21     A   No.                         12:21:38PM
22     Q   Did you have a sexual relationship  12:21:38PM
23 with Jean Yager?
24     A   No.                         12:21:42PM
25     Q   Did George Hesse have a sexual     12:21:42PM

Page 579

RICHARD BOSETTI

1
2  relationship with Jean Yager?
3        MR.. GRAFF:  Objection.       12:21:46PM
4      A   No.                         12:21:47PM
5      Q   To your knowledge. That's all I'm  12:21:48PM
6  asking.
7      A   No.                         12:21:49PM
8        MR. NOVIKOFF:  That's all I'm asking, 12:21:49PM
9  Counsel, to his knowledge.
10 BY MR. NOVIKOFF:                    12:21:52PM
11     Q   No, right?                  12:21:53PM
12     A   Yes. No.                    12:21:54PM
13     Q   No, he did not have one?     12:21:55PM
14     A   He did not have a sexual relationship 12:21:55PM
15 with that woman.
16     Q   Sean O'Rourke put in a witness     12:21:57PM
17 statement; is that correct?
18     A   Yes.                        12:22:02PM
19     Q   To your knowledge?          12:22:02PM
20     A   Yes.                        12:22:03PM
21     Q   Did your brother have a sexual     12:22:03PM
22 relationship with Sean O'Rourke?
23        MR. GRAFF:  Objection.       12:22:08PM
24     A   No.                         12:22:08PM
25     Q   To your knowledge?          12:22:08PM

31 (Pages 576 to 579)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

RICHARD BOSETTI

1
2      A    No.                         12:22:09PM
3      Q    Did you have a sexual relationship    12:22:10PM
4   with Sean O'Rourke?
5      A    No.                         12:22:12PM
6      Q    To your knowledge, did George Hesse   12:22:13PM
7   have a sexual relationship with Sean O'Rourke?
8      A    I hope not.  No.            12:22:20PM
9      Q    Okay.  No?                  12:22:21PM
10     A    No.                         12:22:22PM
11     Q    Ian Levine, he put in a witness    12:22:23PM
12  statement concerning his observations of the
13  Halloween incident, correct?
14     A    Right.                      12:22:28PM
15     Q    Did your brother have a sexual    12:22:29PM
16  relationship with Ian Levine?
17     A    No.                         12:22:33PM
18         MR. GRAFF:  Objection.        12:22:33PM
19  BY MR. NOVIKOFF:                     12:22:34PM
20     Q    To your knowledge?          12:22:34PM
21     A    No.                         12:22:35PM
22     Q    Did you?                    12:22:35PM
23     A    No.                         12:22:36PM
24     Q    Did George Hesse?           12:22:36PM
25         MR. GRAFF:  Objection.        12:22:37PM

RICHARD BOSETTI

1
2      A    No.                         12:22:38PM
3         MR. NOVIKOFF:  What's the objection   12:22:39PM
4   about?
5         MR. GRAFF:  To his knowledge.   12:22:41PM
6         MR. NOVIKOFF:  To his knowledge, did  12:22:43PM
7   George Hesse have a sexual relationship with
8   Ian Levine, and you objected to that.
9         MR. GRAFF:  I don't believe that was  12:22:53PM
10  the question you asked.
11         MR. NOVIKOFF:  Okay.. I thought it was  12:23:00PM
12  subsumed, since I had asked it previously.
13         But that's okay.
14  BY MR. NOVIKOFF:                     12:23:02PM
15     Q    To your knowledge -- and this is all  12:23:02PM
16  to your knowledge, and all my other questions on
17  this issue are to your knowledge.
18         To your knowledge, did George Hesse  12:23:08PM
19  have a sexual relationship with Ian Levine?
20     A    No.                         12:23:12PM
21     Q    How about Bud Yager, Buddy Yager --  12:23:31PM
22  Jennean's husband, right?
23     A    Yes.                        12:23:38PM
24     Q    To your knowledge, did your brother  12:23:39PM
25  have a sexual relationship with him?

RICHARD BOSETTI

1
2      A    No.                         12:23:43PM
3      Q    Did you?                    12:23:43PM
4      A    No.                         12:23:44PM
5      Q    To your knowledge, did George Hesse  12:23:44PM
6   have one?
7      A    No.                         12:23:47PM
8      Q    Now, you testified that, to your    12:23:58PM
9   knowledge, Brian Van Coot pled guilty to a
10  charge or more than one charge concerning the
11  Halloween incident; is that correct?
12     A    Yes.                        12:24:11PM
13     Q    What is the basis of your knowledge  12:24:11PM
14  with regard to that?
15     A    When I went to court or George told  12:24:17PM
16  me.  Because the first time I went to court, I
17  don't know if it was Van Coot or the other guy,
18  that they -- that they collared.  And they
19  copped a plea, they admitted.
20     Q    Okay.  Do you know what plea they    12:24:33PM
21  copped?
22         MR. GRAFF:  Objection.         12:24:37PM
23         MR. NOVIKOFF:  Withdrawn.       12:24:38PM
24  BY MR. NOVIKOFF:                     12:24:38PM
25     Q    Do you know what Van Coot pled guilty  12:24:39PM

RICHARD BOSETTI

1
2   to?
3      A    No.  I know between the both of them,  12:24:42PM
4   one pled guilty to holding my brother's legs and
5   kicking him, and the other one pled guilty to
6   actually putting his hands around Jean Yager.
7      Q    Okay.  So two of the three    12:24:55PM
8   individuals, to your knowledge, that were
9   involved in the Halloween incident, other than
10  your brother and you --
11     A    Yes.                        12:25:02PM
12     Q    -- pled guilty to crimes concerning  12:25:02PM
13  the events that night?
14     A    Yes, they did.              12:25:07PM
15     Q    All right.  And one of them was Brian  12:25:08PM
16  Van Coot?
17     A    Yes.                        12:25:11PM
18     Q    And you don't recall the name the    12:25:11PM
19  other guy?
20     A    I don't, no.               12:25:14PM
21     Q    You didn't plead guilty to anything,  12:25:18PM
22  did you?
23     A    Me, no.                    12:25:22PM
24     Q    Did your brother plead guilty to    12:25:22PM
25  anything?

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 584

RICHARD BOSETTI

2    A    No.                    12:25:24PM
3    Q    Were you ever brought up on civil    12:25:28PM
4    charges by Van Coot, Shallick or the other
5    person involved?
6    A    Nope.                  12:25:34PM
7    Q    Was your brother ever brought up on    12:25:34PM
8    charges -- I'm sorry.  Was your brother ever
9    sued civilly by Van Coot, Shallick or the other
10   guy?
11   A    No.                    12:25:44PM
12   Q    Were any of the people who submitted    12:25:45PM
13   witness statements concerning the Halloween
14   incident ever charged by either Ocean Beach or
15   Suffolk County for filing a false instrument?
16       MR. GRAFF:  To his knowledge.    12:26:00PM
17   BY MR. NOVIKOFF:              12:26:01PM
18   Q    To your knowledge.  That's it, to your    12:26:01PM
19   knowledge.
20   A    Not to my knowledge.        12:26:02PM
21   Q    To your knowledge, were any of the    12:26:03PM
22   people who submitted witness statements
23   concerning -- I'm sorry.  Let me rephrase, and
24   maybe I'll have to break it down.
25   A    Okay.                  12:26:14PM

Page 585

RICHARD BOSETTI

2    Q    To your knowledge, did Jeanne Yager,    12:26:14PM
3    was she ever charged with any crime by either
4    Suffolk County or Ocean Beach for filing a false
5    witness statement?
6    A    No.                    12:26:26PM
7    Q    Same question with regard to Sean    12:26:28PM
8    O'Rourke.
9    A    No.                    12:26:30PM
10   Q    Same question with regard to Ian    12:26:31PM
11   Levine.
12   A    No.                    12:26:33PM
13   Q    Same question with regard to Bud    12:26:34PM
14   Yager.
15   A    No.                    12:26:37PM
16   Q    Same question with regard to Elyse    12:26:39PM
17   Miller.
18   A    No.                    12:26:42PM
19   Q    Who was the bartender that night?    12:26:42PM
20   There was another name that you mentioned
21   yesterday.
22   A    I'm not sure.  I think it was Dan.    12:26:48PM
23   Dan, maybe, the guy that answered the phone.
24   Q    Well, with regard to -- Dan McKenna.    12:26:55PM
25   A    Yes.                   12:27:04PM

Page 586

RICHARD BOSETTI

2    Q    Do you know if he put in a witness    12:27:04PM
3    statement?
4    A    He should've, because I remember what    12:27:07PM
5    he told me about the guys not answering the
6    call.
7    Q    What about the bouncer, do you know    12:27:14PM
8    who the bouncer was?
9    A    Wykoff.                 12:27:17PM
10   Q    Okay, that's the guy.        12:27:18PM
11       Did Wykoff put a statement in?    12:27:19PM
12   A    Yes, he did.             12:27:21PM
13   Q    Okay.  Let me go back to the other    12:27:22PM
14   questions.
15       To your knowledge, did your brother    12:27:24PM
16   have a sexual relationship with Wykoff?
17   A    No.                    12:27:28PM
18   Q    To your knowledge, did George Hesse    12:27:29PM
19   have a sexual relationship with Wykoff?
20   A    No.                    12:27:35PM
21   Q    How about you?           12:27:36PM
22   A    No.                    12:27:36PM
23       MR. GRAFF:  Just to be clear, is    12:27:37PM
24   Wykoff a first name?
25

Page 587

RICHARD BOSETTI

2    BY MR. NOVIKOFF:              12:27:40PM
3    Q    Was it a first name?        12:27:40PM
4    A    No.  His first name is Dougie.    12:27:42PM
5    Q    Doug Wykoff, okay.         12:27:45PM
6       Well, then let's go down the list.    12:27:48PM
7       Was Doug Wykoff ever charged either by    12:27:48PM
8    Ocean Beach or Suffolk County with filing a
9    false instrument?
10   A    No.                    12:27:52PM
11       MR. GRAFF:  Objection.  To his    12:27:53PM
12   knowledge.
13   BY MR. NOVIKOFF:              12:27:56PM
14   Q    Everything is to your knowledge, sir.    12:27:56PM
15   Do you understand that?
16   A    Yes.                   12:27:58PM
17   Q    I'm not asking what you heard, what    12:27:59PM
18   you may have seen in the newspapers.  I'm
19   talking about your knowledge.
20   A    Right.                 12:28:04PM
21   Q    To your knowledge, Ian Levine, was he    12:28:04PM
22   ever charged?
23   A    No.                    12:28:09PM
24   Q    To your knowledge --        12:28:10PM
25   A    No.                    12:28:13PM

33  (Pages 584 to 587)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

RICHARD BOSETTI

```
1              RICHARD BOSETTI
2     Q   Criminally, for filing a false      12:28:14PM
3   statement?
4     A   No.                    12:28:16PM
5     Q   Doug Wykoff, was he ever charged    12:28:16PM
6   criminally for filing a false statement?
7     A   No.                    12:28:18PM
8     Q   How about Elyse Miller, was she ever  12:28:18PM
9   criminally charged?
10    A   No.                    12:28:23PM
11    Q   How about Bud Yager, was he ever    12:28:23PM
12  criminally charged?
13    A   No.                    12:28:27PM
14        MR. GRAFF:  Objection.        12:28:28PM
15        MR. NOVIKOFF:  For?          12:28:29PM
16        MR. GRAFF:  Criminally charged in what 12:28:30PM
17  context?
18        MR. NOVIKOFF:  Are you going to take  12:28:32PM
19  that to the judge at trial?  Is that the
20  objection, you didn't know what I'm
21  referring to?
22        MR. GRAFF:  I've noted the objection  12:28:36PM
23  for the record.
24        MR. NOVIKOFF:  Okay.        12:28:38PM
25
```

```
1              RICHARD BOSETTI
2   BY MR. NOVIKOFF:                12:28:38PM
3     Q   Sir, just to be clear, since there is  12:28:38PM
4   an objection.  Was Bud Yager ever criminally
5   charged for filing a false witness statement by
6   either Ocean Beach or Suffolk County?
7     A   No.                    12:28:48PM
8     Q   Okay.  Were any of the individuals    12:28:51PM
9   that I've just named who put in witness
10  statements, to your knowledge, ever sued by any
11  of the three individuals, Van Coot, Shallick or
12  the other guy, for any of the events concerning
13  the Halloween incident?
14    A   No.                    12:29:08PM
15    Q   Tesoro.  T-E-S-O-R-O.          12:29:09PM
16    A   Who is that, the other defendant?    12:29:15PM
17    Q   Yes.                   12:29:18PM
18    A   Okay.                  12:29:22PM
19    Q   No?                    12:29:22PM
20    A   No.                    12:29:23PM
21    Q   Now, to your -- do you have an     12:29:24PM
22  understanding here that Mr. Fiorillo and the
23  other four plaintiffs are alleging that there
24  was this grand coverup concerning the Halloween
25  incident?
```

```
1              RICHARD BOSETTI
2         MR. GRAFF:  Objection.        12:29:38PM
3     A   Yes.                   12:29:38PM
4     Q   Okay.  And you've learned that how?  12:29:39PM
5     A   I've learned that by my brother     12:29:44PM
6   getting fired immediately afterwards, that they
7   wrote bogus reports.
8     Q   I understand that's what you think   12:29:56PM
9   that they did, but my question is a little bit
10  more focused.
11        Are you aware that in this lawsuit  12:30:01PM
12  against the village -- by the way, you're not a
13  party to this lawsuit, right?
14    A   No.                    12:30:07PM
15    Q   And your brother is not a party to   12:30:07PM
16  this lawsuit, right?
17    A   No.                    12:30:10PM
18    Q   In this lawsuit, are you aware of the 12:30:10PM
19  fact that Mr. Fiorillo and the plaintiffs are
20  alleging this coverup orchestrated by Mr. Hesse
21  concerning the events of the Halloween incident?
22    A   Yes.                   12:30:21PM
23    Q   Okay.  Now, to your knowledge, has any 12:30:22PM
24  person who put in a witness statement --
25  withdrawn.
```

```
1              RICHARD BOSETTI
2         To your knowledge, did Jeanne Yager -- 12:30:31PM
3   I'm sorry.  Withdrawn.
4         To your knowledge, has anyone, other  12:30:37PM
5   than the plaintiffs, accused Jeanne Yager of
6   lying in her witness statement?
7     A   No.                    12:30:43PM
8     Q   To your knowledge, has anyone, other  12:30:43PM
9   than the plaintiffs, accused Sean O'Rourke of
10  lying in his witness statement?
11    A   No.                    12:30:51PM
12    Q   To your knowledge, has anyone, other  12:30:52PM
13  than the plaintiffs, accused Ian Levine of lying
14  in his witness statement?
15    A   No.                    12:30:59PM
16    Q   To your knowledge, other than the    12:30:59PM
17  plaintiffs, has anyone accused you of lying in
18  your witness statement?
19    A   No.                    12:31:05PM
20    Q   To your knowledge?          12:31:06PM
21    A   No.                    12:31:06PM
22    Q   To your knowledge, has anyone, other  12:31:07PM
23  than the plaintiffs, alleged that you were
24  lying -- I'm sorry, that your brother, Gary
25  Bosetti, was lying in the witness statements?
```

Page 592

RICHARD BOSETTI

2  A   No.                        12:31:18PM
3  Q   To your knowledge, other than the   12:31:18PM
4  plaintiffs, has anyone alleged that Elyse Miller
5  was lying in her witness statement?
6  A   No.                        12:31:24PM
7  Q   To your knowledge, has anyone, other   12:31:25PM
8  than the plaintiffs, alleged that Bud Yager was
9  lying in his witness statement?
10  A   No.                       12:31:33PM
11  Q   To your knowledge, other than the   12:31:33PM
12  plaintiffs, has anyone alleged that Dougie
13  Wykoff was lying in his witness statement?
14  A   No.                       12:31:42PM
15  Q   Did you ever ask any of these people   12:31:43PM
16  that I've just mentioned to lie on your behalf?
17  A   No.                       12:31:51PM
18  Q   To your knowledge, have you ever asked   12:31:52PM
19  anybody, any of these people that I've just read
20  the names of, to lie on behalf of your brother?
21  A   No.                       12:31:59PM
22  Q   To your knowledge, did George Hesse --   12:32:00PM
23  well, so there's no objection.
24      In your presence, did George Hesse   12:32:06PM
25  ever ask any of these individuals to lie in

Page 593

RICHARD BOSETTI

2  their witness statements?
3  A   No.                       12:32:14PM
4  Q   Did George Hesse ever ask you to lie   12:32:15PM
5  in your witness statement?
6  A   Told me just tell the truth.   12:32:19PM
7  Q   To your knowledge and in your   12:32:20PM
8  presence, did he ever ask your brother to lie in
9  his witness statement?
10  A   No.                       12:32:26PM
11  Q   To your knowledge, have any of the   12:32:30PM
12  three individuals -- withdrawn.
13      To your knowledge, has Van Coot ever,   12:32:34PM
14  after he copped a plea, said that he lied by
15  copping a plea -- withdrawn.
16  A   I don't understand.         12:32:46PM
17  Q   Well, to your knowledge, has Van Coot   12:32:47PM
18  ever said that the plea that I gave was a lie, I
19  didn't commit the crime and I just pled because
20  I was forced to plead?
21      MR. GRAFF: Objection.      12:33:00PM
22  A   He or they stated that the crimes that   12:33:03PM
23  they committed actually happened, and the first
24  night they claimed the crimes that they
25  supposedly committed didn't happen.

Page 594

RICHARD BOSETTI

2  Q   No, I understand that. I'm saying   12:33:14PM
3  after they copped a plea --
4  A   Yeah.                      12:33:17PM
5  Q   -- in court.               12:33:18PM
6  A   Yeah.                      12:33:19PM
7  Q   They pled guilty to whatever they pled   12:33:19PM
8  guilty to. After that moment in time, are you
9  aware of either one of the two gentlemen ever
10  stating to anybody, you know, I really lied when
11  I took the plea, I didn't commit the crime, I
12  just took it because I wanted to get my life --
13  get on with my life?
14      MR. GRAFF: Objection.      12:33:38PM
15  A   No.                       12:33:39PM
16  Q   Right. And they had to allocute?   12:33:40PM
17      MR. GRAFF: Objection.      12:33:46PM
18      MR. NOVIKOFF: Withdrawn.   12:33:48PM
19  BY MR. NOVIKOFF:                 12:33:48PM
20  Q   Did you witness them allocuting to the   12:33:48PM
21  -- do you know what "allocute" means?
22  A   No, I'm not sure.          12:33:52PM
23  Q   Okay. Then I'll move on.   12:33:53PM
24      Were you present when they took the   12:33:55PM
25  plea?

Page 595

RICHARD BOSETTI

2  A   I was present when one guy took the   12:33:59PM
3  plea.
4  Q   Okay. And did that person have to   12:34:02PM
5  make any statement in front of the judge?
6  A   Yes.                       12:34:06PM
7  Q   And do you recall what that statement   12:34:06PM
8  was?
9  A   I'm sure that he was the one that   12:34:08PM
10  stated he held the guy, Gary, by his feet.
11  Q   And the court accepted that   12:34:14PM
12  explanation, correct?
13  A   Yes. And punched him and kicked him.   12:34:16PM
14  Q   Right. The court didn't suggest that   12:34:18PM
15  he was lying, right?
16  A   No.                       12:34:21PM
17  Q   At least in your presence?   12:34:24PM
18  A   In my presence, right.     12:34:25PM
19  Q   Now, Mr. Goodstadt showed you your   12:34:49PM
20  statement. I believe it was Exhibit 10. I'll
21  ask your counsel to show you Exhibit 10.
22      Now, I'm not going to go through this   12:35:10PM
23  with you, just ask you some general questions.
24      Everything in there truthful, to the   12:35:14PM
25  extent you recall, when you made that statement?

35  (Pages 592 to 595)

Page 596

RICHARD BOSETTI

1
2     A    Yes, it is.                          12:35:18PM
3     Q    With regard to anything in that      12:35:19PM
4  statement, did Mr. Hesse ask you to lie?
5     A    No.                                  12:35:23PM
6     Q    Did you write any statement --       12:35:24PM
7  withdrawn.
8          Did you present any statement to     12:35:29PM
9  Mr. Hesse that he rejected and told you to redo
10  it --
11     A    No.                                 12:35:34PM
12     Q    -- prior to you having that statement 12:35:34PM
13  typed?
14     A    No.                                 12:35:37PM
15     Q    Did Mr. Hesse at any point in time  12:35:38PM
16  say, yeah, you know what, I'm going to leave
17  this one sentence out because I don't want this
18  in there?
19     A    No..                               12:35:45PM
20     Q    Now, you did that to the best of your 12:35:49PM
21  recollection at the time?
22     A    Yes.                                12:35:52PM
23     Q    Based upon what you witnessed --    12:35:53PM
24     A    Right.                              12:35:54PM
25     Q    -- at the time?                     12:35:55PM

Page 597

RICHARD BOSETTI

1
2     A    Yes..                               12:35:55PM
3     Q    And you were confident at the time  12:35:58PM
4  that you made this statement that that was
5  truthful and accurate?
6     A    Yes, it was.                        12:36:03PM
7     Q    And do you recall yesterday         12:36:03PM
8  Mr. Goodstadt asking you a series of questions
9  about the events of the Halloween incident?
10     A    Yes, I do.                          12:36:10PM
11     Q    And do you recall you consistently  12:36:11PM
12  asking Mr. Goodstadt to look at the statement to
13  refresh your recollection?
14     A    Yes.                                12:36:18PM
15          MR. GRAFF: Objection.              12:36:18PM
16  BY MR. NOVIKOFF:                            12:36:19PM
17     Q    Did Mr. Goodstadt ever show you your 12:36:19PM
18  statement to refresh your recollection, to your
19  knowledge?
20     A    No.                                 12:36:24PM
21     Q    Now, did any of the three officers  12:36:33PM
22  that were present at that -- I'm sorry, just so
23  we're clear here.  It was Mr. Fiorillo, it was
24  Mr. Lamm and it was Mr. Snyder, right?
25     A    Correct.                            12:36:57PM

Page 598

RICHARD BOSETTI

1
2     Q    Did any of them contact you before you 12:36:59PM
3  left the island the next morning?
4     A    No, they didn't.                    12:37:04PM
5     Q    Did anyone, even while you were at the 12:37:05PM
6  bar, ask you your version of the events?
7     A    No.                                 12:37:13PM
8     Q    To your knowledge, did anyone ask Gary 12:37:16PM
9  his version of the events while he was at the
10  bar?
11     A    No.                                 12:37:22PM
12     Q    Would you agree with me that the    12:37:23PM
13  officers had the opportunity, while Gary was
14  still in the bar, to talk to him?
15          MR. GRAFF:  Objection.              12:37:31PM
16     A    Of course.                          12:37:32PM
17          MR. NOVIKOFF:  What's the basis of the 12:37:33PM
18  objection?
19          MR. GRAFF:  Withdrawn.              12:37:35PM
20          MR. NOVIKOFF:  Withdrawn, okay.     12:37:36PM
21  BY MR. NOVIKOFF:                            12:37:36PM
22     Q    What is the basis of your opinion that 12:37:37PM
23  while the three officers were in or near the
24  bar, they had an opportunity to talk to Gary
25  Bosetti?

Page 599

RICHARD BOSETTI

1
2     A    A because Gary was in close proximity. 12:37:44PM
3     Q    What do you mean -- he was in the bar? 12:37:47PM
4     A    He was in the bar, yes.             12:37:49PM
5     Q    Right.  And to your knowledge, the  12:37:50PM
6  officers knew where you were staying that night,
7  right?
8     A    Of course.                          12:37:59PM
9     Q    And where were you staying that night? 12:38:00PM
10     A    I was staying in the barracks.      12:38:01PM
11     Q    And you told who that?              12:38:03PM
12     A    I told that to probably -- I'm not  12:38:04PM
13  sure which one, but it was probably Kevin Lamm.
14     Q    Okay.  And no one before the next   12:38:13PM
15  morning, 9:00 time period, did anyone come to
16  the barracks to take your statement?
17     A    No.  I called them that night also. 12:38:22PM
18     Q    What time did you call them?        12:38:24PM
19     A    It was approximately -- I called    12:38:27PM
20  headquarters.  Approximately 20 minutes later, I
21  called headquarters.  It was early on in the
22  morning.
23          MR. GRAFF:  For the record, if we   12:38:43PM
24  could just note that the witness was
25  referring to Exhibit 10.

36 (Pages 596 to 599)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 600

RICHARD BOSETTI

1
2     MR. NOVIKOFF: I think the video gets  12:38:48PM
3     that, yeah.
4     MR. GRAFF: Just for the transcript.   12:38:50PM
5     MR. NOVIKOFF: Okay. That's fine.   12:38:51PM
6   BY MR. NOVIKOFF:                      12:38:53PM
7     Q    And what was the purpose of you    12:38:53PM
8   calling them?
9     A    Because I wanted to see what the     12:38:55PM
10  outcome is or how it was going.
11    Q    Okay. And to your knowledge, did the  12:38:59PM
12  officers know where Gary Bosetti was sleeping
13  that night?
14    A    Yeah.                     12:39:08PM
15    Q    And what was the basis of that    12:39:08PM
16  opinion?
17    A    Because in the morning, they told Gary  12:39:12PM
18  Bosetti -- they told the chief where Gary
19  Bosetti was.
20    Q    How do you know that?           12:39:19PM
21    A    Because someone said the chief went to  12:39:22PM
22  the house, opened up the door, walked in and
23  said, where's Gary?
24    Q    Okay. So if I understand your     12:39:31PM
25  testimony correctly, Chief Paradiso was told

Page 601

RICHARD BOSETTI

1
2   where -- well, withdrawn.
3     And to your knowledge, did any of the  12:39:44PM
4   three officers approach Gary before he left the
5   island --
6     A    No.                       12:39:49PM
7     Q    -- with regard to what his version of  12:39:49PM
8   the events were?
9     MR. FEHRINGER: Wait until he finishes  12:39:54PM
10  the question.
11    A    No.                       12:39:55PM
12    Q    The answer is no?             12:39:56PM
13    A    No.                       12:39:57PM
14    Q    Did you do anything to obstruct their  12:39:59PM
15  investigation that night prior to you leaving
16  the island?
17    MR. GRAFF: Objection.           12:40:07PM
18    A    No.                       12:40:07PM
19    MR. NOVIKOFF: What was the objection?  12:40:08PM
20    MR. GRAFF: "Obstruct" is ambiguous.  12:40:09PM
21    ATTORNEY1: "Obstruct" is ambiguous.  12:40:11PM
22    MR. GRAFF: I noted the objection.   12:40:14PM
23  BY MR. NOVIKOFF:                      12:40:15PM
24    Q    Do you understand what the word     12:40:16PM
25  "obstruct" means?

Page 602

RICHARD BOSETTI

1
2     A    Yes.                      12:40:18PM
3     Q    What do you understand the word     12:40:20PM
4   "obstruct" to mean?
5     A    Yes, I understand.            12:40:22PM
6     Q    What do you -- just so we understand  12:40:23PM
7   what that word means, what do you understand
8   that word to mean?
9     A    Impede their investigation.       12:40:30PM
10    Q    Fine.                     12:40:32PM
11    Did you do anything prior to you     12:40:34PM
12  leaving the island to impede their
13  investigation?
14    A    No.                       12:40:38PM
15    Q    Did your brother, to your knowledge,  12:40:39PM
16  do anything prior to him leaving the island to
17  impede their investigation that night?
18    A    No.                       12:40:46PM
19    Q    To your knowledge, did any of the    12:41:05PM
20  officers call Mr. Paradiso that night to tell
21  him that two Ocean Beach officers were involved
22  in a physical altercation resulting in injuries
23  that night?
24    A    No.                       12:41:24PM
25    Q    To your knowledge, did any of the    12:41:25PM

Page 603

RICHARD BOSETTI

1
2   three officers call up George Hesse to advise
3   him that two Ocean Beach officers were involved
4   in a physical altercation with up to three
5   civilians that resulted in physical injuries?
6     A    Nope.                     12:41:42PM
7     Q    To your knowledge, did any of those  12:41:44PM
8   three officers advise Mayor Rogers that two
9   Ocean Beach police officers were involved in a
10  physical altercation with up to three civilians
11  that resulted in injuries?
12    A    No.                       12:42:01PM
13    Q    Now, were you one -- were you one of  12:42:19PM
14  Mr. Paradiso's pets --
15    MR. GRAFF: Objection.           12:42:23PM
16  BY MR. NOVIKOFF:                      12:42:24PM
17    Q    -- as you used the term earlier?    12:42:24PM
18    A    In the beginning, he really liked us.  12:42:32PM
19    Q    Uh-huh.                   12:42:35PM
20    A    And then later on, I guess with the  12:42:37PM
21  summons incident, he'd rather have the other
22  officers that wrote the summons.
23    Q    How about at the time of the Halloween  12:42:44PM
24  incident, would you characterize yourself as a
25  pet of Mr. Paradiso?

37 (Pages 600 to 603)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 604

RICHARD BOSETTI

1
2   A   Not a pet, but in good standing.      12:42:53PM
3   Q   Okay.  Now, Mr. Paradiso -- how about 12:42:55PM
4   your brother?
5   A   Same thing..                12:42:56PM
6   Q   Now, Mr. Paradiso wouldn't lie for    12:42:57PM
7   you, would he?
8   A   No.                12:43:00PM
9   Q   Mr. Paradiso wouldn't cover up        12:43:00PM
10  anything for you, would he?
11  A   Of course not.             12:43:03PM
12  Q   Would Mr. Paradiso, in your opinion,  12:43:04PM
13  lie for your brother?
14  A   No, he wouldn't.            12:43:07PM
15  Q   In your opinion, would Mr. Paradiso   12:43:08PM
16  lie or cover up for your brother?
17  A   No, he wouldn't.            12:43:13PM
18  Q   And am I correct in understanding your 12:43:13PM
19  testimony that at some point in time after your
20  brother was terminated, Mr. Paradiso gave him
21  his job back, correct?
22  A   Correct.                12:43:23PM
23  Q   Now, it wasn't Mr. Hesse that gave him 12:43:23PM
24  his job back, was it?
25  A   No.                12:43:27PM

Page 605

RICHARD BOSETTI

1
2   Q   Well, you said that emphatically.  In 12:43:27PM
3   fact, the video tape would show that you said
4   that emphatically.  Why did you say "no" so
5   emphatically?
6   A   Because at the time Chief Paradiso was 12:43:37PM
7   the one that terminated Gary, so George
8   obviously had no say.  Chief Paradiso was the
9   boss, so he's the one that's could have hired
10  him back.
11  Q   And in fact, Mr. Paradiso, if I       12:43:51PM
12  understand your testimony correctly, shook your
13  brother's hand that day when you had a meeting
14  with Paradiso and said you have your job back?
15      MR. GRAFF:  Objection.          12:44:00PM
16  A   Yes.                12:44:01PM
17  Q   What's that?            12:44:02PM
18  A   Yes, he did.            12:44:03PM
19  Q   And how long between Gary being       12:44:05PM
20  initially terminated and Mr. Paradiso shaking
21  his hand, how long a period of time was that?
22  A   Maybe a week, week and a half, two    12:44:12PM
23  weeks.
24  Q   Now, in that period of time, had there 12:44:17PM
25  been any additional investigation other than the

Page 606

RICHARD BOSETTI

1
2   so-called investigation that the three
3   plaintiffs undertook the night of the Halloween
4   incident?
5       MR. GRAFF:  Objection.          12:44:28PM
6   A   Yes.                12:44:28PM
7   Q   To your knowledge, who participated in 12:44:29PM
8   that investigation?
9       MR. GRAFF:  Objection.          12:44:33PM
10  A   George Hesse --             12:44:34PM
11  Q   I'm sorry, hold on.         12:44:35PM
12      MR. NOVIKOFF:  To your knowledge, who 12:44:37PM
13  participated in that investigation.  What's
14  your on objection.
15      MR. GRAFF:  Which investigation are   12:44:41PM
16  you referring to?  There was the
17  investigation by the plaintiffs and the --
18      MR.. NOVIKOFF:  I think my prior      12:44:46PM
19  question was clear, but I'll rephrase.
20  BY MR. NOVIKOFF:                12:44:50PM
21  Q   After you left the island --      12:44:52PM
22  withdrawn.
23      After you found out that your brother 12:44:55PM
24  was terminated, was there an investigation that
25  took place into the events of the Halloween

Page 607

RICHARD BOSETTI

1
2   incident?
3   A   Yes.                12:45:04PM
4   Q   Okay.  Now, did this investigation at 12:45:05PM
5   least commence between the time that Gary was
6   terminated and the time that Gary got his job
7   back?
8   A   Yes.                12:45:14PM
9   Q   In that period of time, do you have   12:45:15PM
10  knowledge as to who was involved in the
11  investigation?
12  A   Yes.                12:45:20PM
13  Q   Who?                12:45:21PM
14  A   It would've been sergeant Hesse and   12:45:21PM
15  probably John Cherry.
16  Q   Okay.  Pat Cherry?          12:45:28PM
17  A   Pat Cherry.             12:45:29PM
18  Q   Okay.  And in that period of did      12:45:32PM
19  George Hesse ever tell you to lie?
20  A   No.                12:45:37PM
21  Q   About anything involving the Halloween 12:45:38PM
22  incident?
23  A   George never told me to lie about     12:45:41PM
24  anything.
25  Q   In that period of time, did Pat Cherry 12:45:43PM

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 608

RICHARD BOSETTI

1
2    ever tell you to lie about anything involving
3    the Halloween incident?
4        A    No.                    12:45:48PM
5        Q    In that period of time, did your    12:45:48PM
6    brother ever advise you that Hesse or Cherry
7    advised him to lie about anything involving the
8    Halloween incident?
9        A    No.                    12:45:56PM
10       Q    To your knowledge, did Pat Cherry ask    12:45:56PM
11   any of the witnesses, other than any of the
12   witnesses of the names that I've read, to lie
13   about anything involving the Halloween incident?
14       A    No.                    12:46:07PM
15       Q    Okay.  Now, you don't know    12:46:10PM
16   specifically -- well, withdrawn.
17            George Hesse never told you why the    12:46:38PM
18   decision was made not to rehire the plaintiffs
19   in this action?
20       A    No.                    12:46:46PM
21       Q    Okay.  Mayor Loeffler never told you    12:46:46PM
22   why, in his opinion, the plaintiffs weren't
23   rehired, did he?
24       A    No.                    12:46:56PM
25       Q    How about Mayor Rogers, did she ever    12:46:56PM

Page 609

RICHARD BOSETTI

1
2    advise you why, in her opinion, the plaintiffs
3    were never rehired?
4        A    Nope.                    12:47:03PM
5        Q    Paradiso, did he ever advise you his    12:47:04PM
6    opinion as to why the plaintiffs weren't
7    rehired?
8        A    Nope.                    12:47:09PM
9        Q    In fact, you have never been advised    12:47:10PM
10   by anybody in any position of authority as to
11   why the five plaintiffs were not rehired, have
12   you?
13       A    No.                    12:47:20PM
14       MR. NOVIKOFF:  Give me a few minutes    12:47:33PM
15   and let me see if I'm done.
16       THE VIDEOGRAPHER:  The time is 12:48.    12:47:36PM
17   We are going off the record.
18       (Whereupon, a discussion was held off    12:47:40PM
19   the record.)
20       THE VIDEOGRAPHER:  The time is 12:53.    12:52:09PM
21   We are back on the record.
22   BY MR. NOVIKOFF:                    12:52:14PM
23       Q    Just a few cleanup questions, sir,    12:52:16PM
24   with regard to the Halloween incident.
25            Jean Yager, she lived on the island,    12:52:21PM

Page 610

RICHARD BOSETTI

1
2    right, to your knowledge?
3        A    No.                    12:52:25PM
4        Q    No?                    12:52:25PM
5        A    No.                    12:52:26PM
6        Q    Do you know where she was staying the    12:52:26PM
7    night of the Halloween incident?
8        A    She had -- they had their own    12:52:29PM
9    apartment at the island.
10       Q    At the island?                12:52:33PM
11       A    I don't know if they were -- they    12:52:34PM
12   always have an apartment there for the season.
13   At the time, I don't know if they were living
14   and they came in for the Halloween party or if
15   they were still occupying that apartment, but
16   they live on the mainland as a permanent
17   residence.
18       Q    Right.  Now, to your knowledge, I    12:52:49PM
19   believe you testified to Mr. Goodstadt that the
20   three officers who were involved in the
21   Halloween incident knew where Jeanne Yager
22   lived?
23       A    Yes, they did.                12:53:00PM
24       Q    And what's the basis for that opinion?    12:53:01PM
25       A    She's been there for years, they all    12:53:03PM

Page 611

RICHARD BOSETTI

1
2    know her.
3        Q    To your knowledge, did any of the    12:53:05PM
4    three officers seek out Jeanne Yager before
5    their shift was over to interview them?
6        A    Nope.                    12:53:13PM
7        Q    To your knowledge, did any of the    12:53:13PM
8    three officers take a witness statement from
9    Dougie Wykoff?
10       A    No..                    12:53:21PM
11       Q    To your knowledge, did any of the    12:53:21PM
12   three officers take a witness statement from
13   Elyse Miller?
14       A    Say that question again.            12:53:30PM
15       Q    Did any of the three officers take a    12:53:31PM
16   witness statement that night from Elyse Miller?
17       A    No.                    12:53:35PM
18       Q    To your knowledge, did any of the    12:53:35PM
19   three officers take any witness statement from
20   anyone other than the three alleged victims?
21       A    One person, Sean O'Rourke, stated in    12:53:46PM
22   his statement that he was threatened with arrest
23   if he didn't shut the hell up, because he was
24   telling the officers what happened and what he
25   seen.  He was threatened with arrest.

39  (Pages 608 to 611)

TSG Reporting - Worldwide    877-702-9580

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 612

RICHARD BOSETTI

1        RICHARD BOSETTI
2    Q   Well, my question to you is more     12:54:02PM
3    specific.
4    A   Okay.                    12:54:04PM
5    Q   To your knowledge, did any of the    12:54:04PM
6    three officers take a witness statement from
7    anybody who witnessed any of the events at the
8    Halloween incident?
9    A   No.                      12:54:14PM
10   Q   Other than the three alleged victims? 12:54:14PM
11   A   No.                      12:54:16PM
12   Q   Okay.                    12:54:16PM
13       MR. NOVIKOFF:  And I'm done.  Thank  12:54:23PM
14   you.
15       THE WITNESS:  That's it?        12:54:26PM
16       MR. NOVIKOFF:  That's it.  I think   12:54:27PM
17   Mr. Connolly is going to go, and then I
18   don't know what plaintiffs' counsel is going
19   to go.
20   EXAMINATION                     12:54:31PM
21   BY MR. CONNOLLY:                 12:54:36PM
22   Q   Mr. Bosetti, I just want to clear up 12:54:47PM
23   something from what you said yesterday.
24   A   Yes.                     12:54:51PM
25   Q   You're aware that I work for the law 12:54:51PM

Page 613

RICHARD BOSETTI

1        RICHARD BOSETTI
2    offices of Marks, O'Neil, O'Brien and Courtney,
3    that we're counsel for Mr. Hesse as a defendant
4    in this lawsuit?
5    A   Yes.                     12:55:02PM
6    Q   Yesterday, when Mr. Goodstadt was    12:55:03PM
7    questioning you, he asked if you've ever spoken
8    to me before.
9    A   Yes.                     12:55:10PM
10   Q   Okay.  And at that time, I believe you 12:55:10PM
11   said you didn't know, okay?  Had you ever spoken
12   to me before yesterday?
13   A   No.  I thought you were affiliated   12:55:19PM
14   with the village --
15   Q   Okay.                    12:55:23PM
16   A   -- and that I might have run into you. 12:55:24PM
17   Q   All right.               12:55:27PM
18   A   And now you're clearing it up.  I'm  12:55:27PM
19   sorry.
20   Q   And had you ever spoken to anyone from 12:55:29PM
21   my firm regarding this case or any other case?
22   A   No.                      12:55:37PM
23       MR. GRAFF:  Objection.          12:55:37PM
24       MR. CONNOLLY:  I have no further     12:55:40PM
25   questions.  Thank you.

Page 614

RICHARD BOSETTI

1        RICHARD BOSETTI
2        THE VIDEOGRAPHER:  The time is 12:56. 12:55:48PM
3    We are going off the record.
4        (Time noted 12:56 p.m.)           12:56:02PM
5                                 12:56:02PM
6        RICHARD BOSETTI          12:56:02PM
7                            12:56:02PM
8    Subscribed and sworn to before me           12:56:02PM
     this      day of      , 2009       12:56:02PM
9                                 12:56:02PM
                                         12:56:02PM
10   _____          12:56:02PM
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 615

1             PROCEEDINGS
2        C E R T I F I C A T E        12:56:02PM
3                            12:56:02PM
4        I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Publi 12:56:02PM
5    and for the State of New York, do hereby certify:
6        THAT the witness whose testimony is hereinbefo 12:56:02PM
7    set forth, was duly sworn by me; and
8        THAT the within transcript is a true record    12:56:02PM
9    of the testimony given by said witness.  I further 12:56:02PM
10   certify that I am not related, either by blood or
11   marriage, to any of the parties to this action; and
12       THAT I am in no way interested in the outcome  12:56:02PM
13   this matter.
14       IN WITNESS WHEREOF, I have hereunto set        12:56:02PM
15   my hand this 24th day of February, 2009.          12:56:02PM
16                                 12:56:02PM
17   _____          12:56:02PM
18       JUDI JOHNSON, RPR, CRR, CLR   12:56:02PM
19
20
21
22
23
24
25

40  (Pages 612 to 615)

d64f547d-0a83-4e7a-bde9-d6b371bea4de

Page 616

```
 1              PROCEEDINGS
 2          INDEX              12:56:02PM
 3  ATTORNEY              PAGE12:56:02PM
 4      By Mr. Novikoff      462 12:56:02PM
 5      By Mr. Connolly      613 12:56:02PM
 6                    12:56:02PM
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 617

```
 1          ERRATA SHEET
 2  NAME OF CASE:  CARTER V. OCEAN BEACH        12:56:02PM
 3  DATE OF DEPOSITION: February 11, 2009        12:56:02PM
 4  NAME OF WITNESS:  RICHARD BOSETTI        12:56:02PM
 5                    12:56:02PM
 6  Reason codes:              12:56:02PM
 7      1. To clarify the record.      12:56:02PM
 8      2. To conform to the facts      12:56:02PM
 9      3. To correct the transcription      12:56:02PM
10      errors.          12:56:02PM
11  Page _____ Line _____ Reason _____      12:56:02PM
12  From _____ to _____      12:56:02PM
13  Page _____ Line _____ Reason _____      12:56:02PM
14  From _____ to _____      12:56:02PM
15  Page _____ Line _____ Reason _____      12:56:02PM
16  From _____ to _____      12:56:02PM
17  Page _____ Line _____ Reason _____      12:56:02PM
18  From _____ to _____      12:56:02PM
19  Page _____ Line _____ Reason _____      12:56:02PM
20  From _____ to _____      12:56:02PM
21  Page _____ Line _____ Reason _____      12:56:02PM
22  From _____ to _____      12:56:02PM
23                    12:56:02PM
24  _____      12:56:02PM
25      RICHARD BOSETTI          12:56:02PM
```

41 (Pages 616 to 617)