Page 1

1

2                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK
3

    EDWARD CARTER, FRANK FIORILLO, )
4   KEVIN LAMM, JOSEPH NOFI and     )
    THOMAS SNYDER,                  )
5                                   )
                 Plaintiffs,        )
6                                   )
                 vs.                ) CV 07 1215
7                                   )
    INCORPORATED VILLAGE OF OCEAN   )
8   BEACH; MAYOR JOSEPH C. LOEFFLER)
    JR., individually and in his    )
9   Official capacity; former mayor)
    NATALIE K. ROGERS, individually)
10  and in her official capacity,   )
    OCEAN BEACH POLICE DEPARTMENT;  )
11  ACTING DEPUTY POLICE CHIEF      )
    GEORGE B. HESSE, individually   )
12  and in his official capacity;   )
    SUFFOLK COUNTY; SUFFOLK COUNTY  )
13  POLICE DEPARTMENT, SUFFOLK      )
    COUNTY DEPARTMENT OF CIVIL      )
14  SERVICE; and ALLISON SANCHEZ,   )
    Individually and in her         )
15  Official capacity,              )
                                    )
16               Defendants.        )
    ------------------------------)
17

18

19      VIDEOTAPED DEPOSITION OF ALLISON SANCHEZ
20              Hauppauge, New York
21          Wednesday, February 18, 2009
22

23

24  Reported by:
    Philip Rizzuti
25  JOB NO. 20820

Page 2

```
1
2
3
4                    February 18, 2008
5                     10:05 a.m.
6
7        Videotaped deposition of ALLISON
8    SANCHEZ, held at the offices of
9    Suffolk County Attorney, 100 Veteran's
10   Highway, Hauppauge, New York, pursuant
11   to subpoena, before Philip Rizzuti, a
12   Notary Public of the State of New York
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2    A P P E A R A N C E S:
3
4        THOMPSON WIGDOR & GILLY, LLP
5        Attorneys for Plaintiffs
6            85 Fifth Avenue
7            New York, New York 10003
8        BY:   ARIEL Y. GRAFF, ESQ.
9
10       MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11       Attorneys for George B. Hesse
12           530 Saw Mill River Road
13           Elmsford, New York 10523
14       BY:   KEVIN W. CONNOLLY, ESQ.
15
16       RIVKIN RADLER, LLP
17       Attorneys for Incorporated Village of
18       Ocean Beach, Joseph Loeffler, Natalie
19       Rogers and Ocean Beach Police Department
20           926 RexCorp Plaza
21           Uniondale, New York 11556-0926
22       BY:   KENNETH A. NOVIKOFF, ESQ.
23
24
25
```

Page 4

```
1
2    A P P E A R A N C E S:
3
4        BEE READY FISHBEIN HATTER & DONOVAN, LLP
5        Attorneys for Village of Ocean Beach
6            170 Old Country Road
7            Mineola, New York 11501
8        BY:  KENNETH A. GRAY, ESQ.
9
10
11       SUFFOLK COUNTY DEPARTMENT OF LAW
12           H. Lee Dennison Building,
13           6th floor
14           100 Veterans Memorial Highway
15           P.O. Box 6100
16           Hauppauge, New York 11788-4311
17       BY:   ARLENE S. ZWILLING, ESQ.
18
19   ALSO PRESENT:
20       KEVIN LAMM
21       FRANK FIORILLO
22       JORDAN MUMMERT, Videographer
23
24
25
```

Page 5

```
1
2        IT IS HEREBY STIPULATED AND AGREED,
3    by and between counsel for the respective
4    parties hereto, that the filing, sealing and
5    certification of the within deposition shall
6    be and the same are hereby waived;
7        IT IS FURTHER STIPULATED AND AGREED
8    that all objections, except as to the form
9    of the question, shall be reserved to the
10   time of the trial;
11       IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be signed
13   before any Notary Public with the same force
14   and effect as if signed and sworn to before
15   the Court.
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
1              Sanchez
2       MR. GRAFF:  Would you mark as
3  Sanchez Exhibit 1, Civil Service Human
4  Resources Organization Chart.
5       (Sanchez Exhibit 1, Civil Service  09:56:47
6  Human Resources Organization Chart,
7  marked for identification, as of this
8  date.)
9       MR. GRAFF:  Would you mark as
10 Sanchez Exhibit 2, document headed Police  09:58:20
11 Officer.
12      (Sanchez Exhibit 2, document
13 headed police officer, marked for
14 identification, as of this date.)
15      MR. GRAFF:  Would mark as Sanchez  09:58:29
16 Exhibit 3, document headed Sergeant
17 (Police:Towns and Villages).
18      (Sanchez Exhibit 3, document
19 headed Sergeant (Police:Towns and
20 Villages), marked for          09:58:39
21 identification, as of this date.)
22      MR. GRAFF:  Would you mark as
23 Sanchez Exhibit 4, document headed police
24 officer, part-time seasonal.
25      (Sanchez Exhibit 4, document   09:58:47
```

Page 7

```
1              Sanchez
2  headed police officer, part-time
3  seasonal, marked for identification, as
4  of this date.)
5       THE VIDEOGRAPHER:  This is the   10:05:26
6  start of the tape labeled number 1 of the
7  videotape deposition of Allison Sanchez,
8  in the matter of Carter, Fiorillo versus
9  the Incorporated Village of Ocean Beach.
10 This deposition is being held at 100    10:05:46
11 Veteran's Memorial Highway in Suffolk
12 County, New York, on February 18, 2009 at
13 approximately 10:05 a.m.
14      My name of Jordan Mummert from TSG
15 Reporting and I am the legal video     10:05:59
16 specialist.  The court reporter is Phil
17 Rizzuti in association with TSG
18 Reporting.  Will counsel please introduce
19 yourselves.
20      MR. GRAFF:  Ari Graff from the law  10:06:07
21 firm of Thompson Wigdor & Gilly
22 representing the plaintiffs in this
23 action.  Two of whom are in the room
24 today Frank Fiorillo and Kevin Lamm.
25      MS. ZWILLING:  For the county     10:06:17
```

Page 8

```
1              Sanchez
2  defendants and for the defendant witness
3  Allison Sanchez I am Arlene Zwilling for
4  Christine Malali Suffolk County Attorney.
5       MR. NOVIKOFF:  For all of the    10:06:27
6  Village defendants except for defendant
7  Hesse, Ken Novikoff, Rivkin Radler, LLP.
8       MR. CONNOLLY:  For defendant
9  George B. Hesse, Kevin W. Connolly of
10 Marks, O'Neil, O'Brien & Courtney.      10:06:36
11      THE VIDEOGRAPHER:  Will the court
12 reporter please swear in the witness.
13 A L L I S O N    S A N C H E Z, called as a
14   witness, having been duly sworn by a
15   Notary Public, was examined and        10:06:41
16   testified as follows:
17 EXAMINATION BY
18 MR. GRAFF:
19      MR. NOVIKOFF:  Regular
20 stipulations?                           10:06:57
21      MR. GRAFF:  Yeah, this deposition
22 will be governed by the Federal Rules of
23 Civil Procedure and the local civil rules
24 for the Eastern District of New York.
25      MS. ZWILLING:  I would assume you  10:07:02
```

Page 9

```
1              Sanchez
2  would want to ask me if that was
3  acceptable.  It is, but...
4       MR. NOVIKOFF:  Yes.  I thought it
5  was a bit presumptuous, but that is okay. 10:07:10
6       MR. GRAFF:  This is a deposition
7  conducted in Federal Court under the
8  Federal Rules.  Is that acceptable?
9       MS. ZWILLING:  Yes.
10      MR. GRAFF:  Okay.  Thank you.     10:07:20
11   Q.  Could you please state your name
12 for the record.
13   A.  Allison Sanchez.
14   Q.  Ms. Sanchez, do you understand
15 that you are testifying under oath today and  10:07:31
16 that you are obligated to tell the truth?
17      MR. NOVIKOFF:  She just swore to
18 the oath.
19   A.  I am.
20   Q.  Have you ever testified under oath  10:07:42
21 before?
22   A.  Yes.
23   Q.  And on how many occasions would
24 you estimate that you testified under oath
25 before?                                 10:07:51
```

## Page 10

```
1              Sanchez
2     A.   When.
3     Q.   When was that?
4     A.   I think 1980.
5     Q.   Do you recall whether you        10:07:59
6  testified in a deposition or in a trial?
7     A.   No, I did not.
8     Q.   In what context did you give sworn
9  testimony?
10    A.   There was a kid in my neighborhood 10:08:08
11 that was accused of flashing other kids.
12    Q.   Were you a witness in that case?
13    A.   Yes.
14    Q.   Before we get into some of the
15 substantive questions I just wanted to go over 10:08:23
16 some of the general protocols that we usually
17 follow in depositions to make sure that we are
18 on the same page going forward and facilitate
19 communication today.
20        As you can see there is a court    10:08:35
21 reporter who is taking down every word that is
22 said.  It is important so that there will be a
23 clear record that all of your answers be
24 communicated orally because the court reporter
25 obviously can't record a gesture or nod.   10:08:46
```

## Page 11

```
1              Sanchez
2     Do you understand that?
3     A.   Yes.
4     MR. NOVIKOFF:  I am sure
5  Ms. Zwilling has gone over with her     10:08:52
6  client the protocols involved in a
7  deposition.  I think you should just move
8  into it.
9     MR. GRAFF:  Mr. Novikoff, your
10 opinions on these matters are only going  10:09:03
11 to protract the duration of the
12 deposition.  I would ask that to the
13 extent that there is an objection that
14 you have that is not made by Ms. Zwilling
15 you can certainly state it.  But        10:09:15
16 otherwise please do not disrupt this
17 deposition.
18    MR. NOVIKOFF:  I will do what I
19 believe is appropriate Mr. Graff.
20    MR. GRAFF:  I would hope that you  10:09:21
21 would agree that it is not appropriate to
22 interrupt this deposition.
23    MR. NOVIKOFF:  I tend not to agree
24 with anything that you say.
25    Q.   Ms. Sanchez, if at any point you  10:09:27
```

## Page 12

```
1              Sanchez
2  don't hear a question or don't understand a
3  question that I have asked just let me know
4  and I will rephrase it or clarify it in a way
5  that you can understand it.  Okay?        10:09:40
6     A.   Okay.
7     Q.   But if you don't tell me that you
8  didn't understand the question I will not be
9  able to know that and I will assume that you
10 understood it.  So it is important just to    10:09:50
11 clarify for me when I ask the question if
12 there is any confusion about what I am asking.
13    MR. NOVIKOFF:  I object to that
14 instruction.  Whether or not your
15 question is confusion there is no     10:10:00
16 assumption -- there should be no
17 assumption if the witness doesn't tell
18 you it is confusing, that she is
19 objecting or she is confused.  That
20 doesn't mean that there should be a      10:10:13
21 presumption that she is not otherwise
22 confused.  That is why there is counsel
23 here to raise the appropriate objections
24 as to form.
25    MR. GRAFF:  The alternative would  10:10:19
```

## Page 13

```
1              Sanchez
2  be that after every question I ask her
3  whether she understood the question.
4  That certainly is going to protract the
5  day --                    10:10:30
6     MS. ZWILLING:  Not to mention I
7  wouldn't permit that to happen.  Why
8  don't we move forward and ask the
9  questions.
10    MR. NOVIKOFF:  Exactly.        10:10:33
11    Q.   If at any point you would like to
12 take a break you are free to do that, just let
13 me know.  I only ask that if there is a
14 question pending that you first answer the
15 question before taking a break.        10:10:44
16        Have you consumed any alcoholic
17 beverages in the last 24 hours?
18    A.   No.
19    Q.   Are you taking any medications or
20 drugs that could affect your ability to    10:10:55
21 testify truthfully today?
22    A.   No.
23    Q.   Are you taking any medications or
24 drugs that could affect your ability to
25 testify completely today?              10:11:02
```

Page 14

Sanchez

1
2    A.  No.
3    Q.  Are you feeling sick at all today?
4    A.  No.
5    MR. NOVIKOFF:  Objection.        10:11:08
6    Q.  Is there any reason you can think
7  of why you would not be able to answer my
8  questions fully and truthfully today?
9    MR. NOVIKOFF:  Objection. She
10  doesn't know what the questions are yet.  10:11:17
11    A.  I don't know what the questions
12  are yet.
13    Q.  Are there any categories of
14  questions that you are concerned you might not
15  be able to answer truthfully?        10:11:32
16    MS. ZWILLING:  Objection. That is
17  absolutely improper.
18    MR. NOVIKOFF:  And your question
19  was.
20    MR. GRAFF: It was fully and      10:11:41
21  truthfully.
22    MR. NOVIKOFF:  Okay, I view fully
23  and completely as the same.
24    Q.  Ms. Sanchez, are you represented
25  by an attorney in connection with this   10:11:47

Page 15

Sanchez

1
2  deposition?
3    MS. ZWILLING:  She is a defendant
4  in this case and we have appeared on her
5  behalf.                10:11:53
6    MR. GRAFF:  My question,
7  Ms. Zwilling, was directed to witness.
8    MS. ZWILLING:  Considering that my
9  office has formally appeared on her
10  behalf and has litigated the case against  10:12:01
11  Ms. Sanchez since the inception, your
12  question is not proper.
13    MR. NOVIKOFF:  Ari, I know this is
14  in the first page of the first chapter of
15  how to take a deposition, but common.      10:12:11
16    MR. GRAFF:  There are a number of
17  Suffolk County defendants, I just wanted
18  to clarify --
19    MS. ZWILLING:  We have formally
20  appeared for Ms. Sanchez since the time    10:12:20
21  we interposed her answer.
22    Q.  Ms. Sanchez, are you currently an
23  employee of Suffolk County?
24    A..  Yes, I am.
25    Q.  And what is your current position?  10:12:27

Page 16

Sanchez

1
2    A.  Probation officer.
3    Q.  When did you first learn that the
4  plaintiffs in this case were making
5  allegations against Ocean Beach and Suffolk   10:12:41
6  County and others?
7    MR. NOVIKOFF:  Objection as to
8  form on multiple levels.
9    A.  I don't remember exactly.
10    Q.  Do you recall whether you have   10:12:52
11  seen a copy of the complaint filed in Federal
12  court in this action?
13    A.  Yes.
14    Q.  And did you see a copy of the
15  complaint?            10:13:02
16    A.  Yes.
17    Q.  Have you -- were you aware that
18  the plaintiffs have filed a lawsuit before you
19  read the complaint?
20    MR. NOVIKOFF:  Objection. That   10:13:16
21  seems to be a legal impossibility since a
22  complaint being filed starts a lawsuit.
23  But I am going to object to the form.  Go
24  ahead.  Sorry.
25    A.  Could you repeat that.   10:13:30

Page 17

Sanchez

1
2    Q.  Sure. When you read the complaint
3  were you already aware of the lawsuit that had
4  been filed?
5    MS. ZWILLING:  Objection. You can  10:13:37
6  answer if the question makes sense to
7  you.
8    A.  It doesn't make sense to me so I
9  can't really answer that question.
10    Q.  How did you first come to learn   10:13:44
11  that the plaintiffs had filed a lawsuit
12  against Ocean Beach, Suffolk County and
13  others?
14    A.  I don't recall how I first learned
15  about it.        10:13:56
16    Q.  Have you discussed this lawsuit
17  with anyone other than your counsel?
18    A.  No.
19    Q.  Have you discussed the lawsuit
20  with defendant George B. Hesse?        10:14:12
21    MR. NOVIKOFF:  As opposed to when
22  she answered no, she had not discussed
23  with anybody. I object.
24    MR. GRAFF:  If you want to object
25  to the question you certainly can. The   10:14:24

Page 18

```
 1              Sanchez
 2      deposition will continue and your
 3      commentary is unnecessary and disruptive.
 4          MR. NOVIKOFF:  I will object to
 5      the form of the question.          10:14:30
 6      Q.   Just to clarify specifically, have
 7  you spoken to George Hesse about this
 8  deposition?
 9      A.  No.
10      Q.   Have you spoken to current mayor   10:14:36
11  of Ocean Beach Loeffler about this deposition?
12      A.  I have not spoken to anyone about
13  this lawsuit.
14      Q.   What about the fact that you are
15  hear today testifying, have you discussed that  10:14:48
16  with anyone other than your counsel?
17      A.  I advised my supervisor.
18      Q.   Who is your current supervisor?
19      A.  Michael Thompson.
20      Q.   What is his position?          10:15:00
21      A.  Supervising probation officer.
22  Although I did not advise him about the
23  lawsuit, I advised him that I was here for a
24  deposition, which I didn't give him details.
25  DI  Q.  Thank you for that clarification.  10:15:16
```

Page 19

```
 1              Sanchez
 2      Could you state your present
 3  address for the record?
 4          MS. ZWILLING:  Objection.  She is
 5      a defendant in this case.  She is      10:15:22
 6      represented by counsel, and you can
 7      communicate, the plaintiffs can
 8      communicate with her through counsel.
 9          MR. GRAFF:  Are you going to
10      instruct the witness not to identify her  10:15:30
11      address?
12          MS. ZWILLING:  Yes.
13          MR. NOVIKOFF:  I join.  I think
14      given the rash of identity thefts and all
15      the other issues that are out there.      10:15:39
16          MS. ZWILLING:  She is also a
17      probation officer.
18          MR. NOVIKOFF:  Exactly.
19          MR. GRAFF:  Okay.  Mr. Novikoff, I
20      will note again, depositions by --      10:15:48
21      objections by one party inures to the
22      benefit of all parties.  So your
23      objection was redundant and your
24      commentary was again disruptive.
25          MR. NOVIKOFF:  Thanks for the      10:16:02
```

Page 20

```
 1              Sanchez
 2  lesson.
 3      Q.   Ms. Sanchez, have you ever been
 4  convicted of a crime?
 5      A.  No.            10:16:06
 6      Q.   Have you ever been married?
 7      A.  Yes.
 8      Q.   Are you currently married?
 9      A.  Yes.
10      Q.   And what is the name of your   10:16:19
11  spouse, please?
12      A.  Lisa Sanchez.
13      Q.   When did you and Lisa Sanchez
14  marry?
15      A.  June 2007.          10:16:32
16      Q.   Other than Lisa Sanchez have you
17  been married to anyone else?
18      A.  No.
19      Q.   Do you have any children?
20      A.  No.            10:16:45
21      Q.   I have a couple of questions going
22  just to educational background.  Did you
23  graduate high school?
24      A.  Yes.
25      Q.   What high school did you attend?  10:16:53
```

Page 21

```
 1              Sanchez
 2      A.  Graduated from Longwood High
 3  School.
 4      Q.   What year did you graduate?
 5      A.  1988.            10:17:01
 6      Q.   And did you attend college at all?
 7      A.  Yes.
 8      Q.   What college did you attend?
 9      A.  Stony Brook University.
10      Q.   Did you attain a degree at Stony   10:17:13
11  Brook University?
12      A.  Yes.
13      Q.   In what field is your degree?
14      A.  Psychology.
15      Q.   Was that a Bachelor's degree?      10:17:20
16      A.  Yes.
17      Q.   When did you earn that Bachelor's
18  degree?
19      A.  1992.
20      Q.   And other than the BA at Stony      10:17:26
21  Brook have you attended college or university
22  for any other degrees?
23      A.  No.
24      Q.   Have you taken any other formal
25  course work at a college or university?      10:17:38
```

Page 22

Sanchez

1
2  A.  No.
3  Q.  Do you have any certifications
4  outside of university context?
5       MR. NOVIKOFF:  Objection..        10:17:50
6  A.  No.
7  Q.  And when did you start working as
8  a probation officer?
9  A.  April 2007.
10  Q.  And how did you go about applying   10:18:09
11  for the position of probation officer in April
12  of 2007?
13       MR. NOVIKOFF:  Objection.
14  A.  I submitted an application.
15  Q.  And is the position of probation    10:18:22
16  officer a Civil Service position?
17  A.  It is.
18  Q.  What Civil Service classification
19  does that have?
20  A.  That is not a clear question.       10:18:33
21  Q.  Is it a competitive position?
22  A.  Yes.
23  Q.  What requirements if any did you
24  need to satisfy to attain the position of
25  probation officer?                    10:18:49

Page 23

Sanchez

1
2  A.  I took a test.
3  Q.  Is that a written test?
4  A.  Initially.
5  Q.  Other than the written test what    10:18:55
6  else if anything did you have to do to get
7  that position?
8  A.  I had to take a physical, a
9  medical, psychological.
10  Q.  Anything else?                      10:19:05
11  A.  No.
12  Q.  How long did the process of
13  satisfying those requirements take?
14  A.  A couple of weeks.
15  Q.  Were you able to start working as   10:19:23
16  a probation officer until you had -- prior to
17  the time that you had completed those
18  requirements?
19       MR. NOVIKOFF:  Objection.
20  Q.  That is did you have to do all of   10:19:34
21  those things, the written test, the physical,
22  the psychological before the first day that
23  you could start work as a probation officer?
24  A.  I was not hired until I completed
25  all of my qualifying exams.            10:19:45

Page 24

Sanchez

1
2  Q.  Thank you.
3       Prior to working as a probation
4  officer what if any employment did you have
5  that is immediately prior to becoming a       10:19:56
6  probation officer?
7       MR. NOVIKOFF:  You mean the day
8  before she became --
9  Q.  The most recent job you had prior
10  to that?                              10:20:03
11  A.  I was a personnel analyst.
12  Q.  Where were you a personnel
13  analyst?
14  A.  In the Department of Civil
15  Service.                             10:20:12
16  Q.  In what county?
17  A.  Suffolk County.
18  Q.  From what date to what date did
19  you work as a personnel analyst in Suffolk
20  County?                              10:20:22
21  A.  December '02 until April '07.
22  Q.  And during the period that you
23  worked as a personnel analyst did you hold any
24  other employment positions?
25       MR. NOVIKOFF:  Objection.         10:20:39

Page 25

Sanchez

1
2  A.  No.
3  Q.  And after concluding your
4  employment as a personnel analyst other than
5  your work as a probation officer have you had  10:20:48
6  any other employment?
7  A.  No.
8  Q.  So am I correct in understanding
9  that from December '02 until the present you
10  had two jobs, probation officer and personnel  10:21:00
11  analyst?
12       MR. NOVIKOFF:  Objection.
13  A.  Yes.
14  Q.  Thank you.
15       What are your current duties as a   10:21:06
16  probation officer?
17  A.  I supervise convicted criminals in
18  the community.
19  Q.  And is there a particular
20  community or geographic area that your         10:21:26
21  responsibilities encompass?
22  A.  I am assigned to Manorville and
23  Riverhead.
24  Q.  Have you been assigned to any
25  other areas since becoming a probation         10:21:37

Page 26

1          Sanchez
2  officer?
3      A.  Yes.  South shore between
4  Patchogue and Westhampton.
5      Q.  As a personnel analyst what were   10:21:49
6  your duties?
7      A.  To review personnel transactions
8  that were submitted by my assigned
9  jurisdictions to make sure that they were in
10  compliance with Civil Service Law with regards   10:22:07
11  to hiring and maintaining personnel.
12      Q.  And were there -- was there a
13  particular geographic area that you were
14  responsible for that was your jurisdiction
15  when you were a personnel analyst?        10:22:25
16      A.  I had about thirteen jurisdictions
17  that were assigned to me.  So I don't remember
18  all of them.
19      Q.  Were those thirteen jurisdictions
20  contiguous, were they all touching on the map   10:22:39
21  or spread out?
22      A.  No, they were spread out.
23      Q.  Were they all in Suffolk County?
24      A.  Of course.
25      Q.  How did you go about attaining a   10:22:47

Page 27

1          Sanchez
2  position of personnel analyst?
3      A.  I filled out an application.  I
4  took a test.
5      Q.  Was that a written test that you   10:23:01
6  are referring to?
7      A.  Yes, initially.
8      Q.  And other than that written test
9  and the application what if anything did you
10  need to do to get the position of personnel   10:23:13
11  analyst?
12      A.  I submitted to an oral exam as
13  well and I submitted a writing sample.
14      Q.  And what subjects did the oral
15  exam cover?                     10:23:25
16      MS. ZWILLING:  Off the record.
17      THE VIDEOGRAPHER:  The time is
18  10:23, we are off the record.
19      (Recess taken.)
20      THE VIDEOGRAPHER:  The time is   10:24:16
21  10:24, we are on the record.
22      Q.  We just went off very briefly
23  while Mr. Gray entered the room.
24      Could the court reporter read back
25  my last question before we went off the   10:24:29

Page 28

1          Sanchez
2  record, please.
3      (Record read.)
4      A.  I don't recall subjects.  They
5  just asked me questions with regards to how I   10:24:49
6  would handle certain situations.
7      Q.  And was the oral exam something
8  that there were materials to study in
9  preparation for?
10      A.  No.                   10:25:02
11      Q.  And just going back, you have been
12  doing very well so far, since the court
13  reporter is trying to take down a clean
14  transcript it is important that you let me
15  finish the question before giving your answer   10:25:14
16  just so the record is clear today.
17      So other than the oral exam and
18  the application what other requirements if any
19  did you need to satisfy to become a personnel
20  analyst?                     10:25:35
21      A.  I had to have a Bachelor's degree
22  in order to qualify to take the exam.
23      Q.  Was the written exam that you had
24  to take, was that something that there were
25  materials that you had to study in preparation   10:25:47

Page 29

1          Sanchez
2  for?
3      A.  No.
4      Q.  Do you recall what the nature of
5  the materials listed on this written exam was?  10:25:51
6      A.  No.
7      Q.  How long did the process of
8  satisfying the requirements for the personnel
9  analyst position take?
10      MR. NOVIKOFF:  Exclusive of her   10:26:05
11  four years in college to get a Bachelor's
12  degree since that was one of the
13  requirements necessary to be appointed to
14  that position?
15      MR. GRAFF:  Yes, exclusive of   10:26:13
16  that.
17      A.  No other conditions.  I needed to
18  have a Bachelor's degree in order to qualify
19  to take the test.
20      Q.  How long did the process of taking  10:26:22
21  the test and the oral exams, how long did that
22  actually take from when you first initiated
23  your application until you had satisfied all
24  the requirements for the position?
25      MS. ZWILLING:  Are you asking how   10:26:33

Page 30

Sanchez

1
2    long a period of time elapsed between
3    when she submitted her application and
4    when she was hired?
5        MR. GRAFF: When she was eligible   10:26:41
6    to begin working.
7        A.  I am still not understanding what
8    you are asking. From when I took the test or
9    from when I applied for the job or from when
10   they scored the test; you need to be more   10:26:52
11   specific.
12       Q.  From when you took the first step
13   to initiate your application?
14       A.  Filled out an application; I don't
15   even remember when I submitted the   10:27:01
16   application.
17       Q.  Was it -- can you recall if it was
18   a period of months?
19       A.  Months.
20   DI  Q.  During your work as a probation   10:27:12
21   officer have there been any complaints made
22   against you personally?
23       MS. ZWILLING: Objection. Civil
24   Rights Law Section 50-A, relevance and
25       materiality.                10:27:32

Page 31

Sanchez

1
2        MR. NOVIKOFF: I got to go with
3    her on that one.
4        MR. GRAFF: I am not completely
5    clear on your objection. Would you be   10:27:42
6    able to add to that at all?
7        MS. ZWILLING: My client's history
8    as a peace officer subsequent to the
9    incidents involved in this case in which
10   she has not placed her post incident   10:27:57
11   fitness for employment in issue is not a
12   subject that you can inquire into.
13       MR. NOVIKOFF: I join in
14   completely and fully.
15       MR. GRAFF: Okay, again that is a   10:28:09
16   redundant statement. So really the
17   clarification, are you going to instruct
18   the witness not to answer?
19       MS. ZWILLING: At this time, yes.
20       MR. GRAFF: If we can mark the   10:28:19
21   transcript at that point.
22       Q.  Ms. Sanchez, during your work as a
23   personnel analyst were any complaints made
24   against you personally that you are aware of?
25       MR. NOVIKOFF: Objection.   10:28:30

Page 32

Sanchez

1
2        MS. ZWILLING: What are you
3    referring to the complaint; is it that
4    she wasted too much paper in the copy
5    machine, or she took five minutes too   10:28:36
6    long for lunch. You are talking about a
7    formal complaint from a citizen?
8        Q.  Let's clarify by complaints, by
9    non-employees. So not your supervisors, but
10   citizens.                    10:28:49
11       MS. ZWILLING: That she is aware
12   of?
13       MR. GRAFF: That was part of my
14   original question, yes.
15       MR. NOVIKOFF: Well then again why   10:28:56
16   would non-employees have any relevance to
17   this lawsuit; you mean non-employees of
18   Suffolk County or non-employees of the
19   Civil Service Department.
20       MR. GRAFF: People outside of her   10:29:05
21   own office in the Civil Service
22   Department.
23       MR. NOVIKOFF: You mean Suffolk
24   County employees but not those within her
25   own office?                   10:29:12

Page 33

Sanchez

1
2        MS. ZWILLING: I am not --
3        Q.  Let me try again.
4        Ms. Sanchez, were any formal
5    complaints brought against you during your   10:29:21
6    service as a personnel analyst that you are
7    aware of?
8        MR. NOVIKOFF: Objection. What is
9    formal?
10       MR. GRAFF: That was   10:29:32
11   Ms. Zwilling's suggestion --
12       MS. ZWILLING: Are you asking her
13   if she was served with disciplinary
14   charges?
15       MR. GRAFF: Why don't we focus   10:29:37
16   first on the disciplinary charges.
17       MS. ZWILLING: That is fine.
18       Q.  Were you subject to any sort of
19   discipline during--
20       MS. ZWILLING: Are you asking her   10:29:47
21   about discipline or disciplinary charges;
22   discipline can be don't make any personal
23   phone calls. Disciplinary charges is a
24   formalized matter.
25       Q.  Ms. Sanchez, do you understand, do   10:29:57

Page 34

1        **Sanchez**
2   **you have an understanding of what Ms. Zwilling**
3   **is referring to by disciplinary charges?**
4        A.   I am not a hundred percent sure.
5        **Q.   Okay.  Do you have an          10:30:07**
6   **understanding of what discipline would be in**
7   **the work context?**
8             MR. NOVIKOFF:  Objection.  What
9   work context?
10       **Q.   In the workplace.          10:30:20**
11            MR. NOVIKOFF:  Her workplace,
12   universal workplace?
13       **Q.   To your understanding were you**
14   **subject to disciplinary action during your**
15   **employment as a personnel analyst?      10:30:29**
16            MR. NOVIKOFF:  Objection.
17            MS. ZWILLING:  Are you asking if
18   she was subjected to disciplinary
19   proceedings pursuant to Civil Service
20   Law, and I am asking you to clarify      10:30:42
21   because that has a very specific meaning,
22   it has a very specific context.  If that
23   is what you want to know I don't have an
24   objection to your question.  But I would
25   like it clear for the record so that      10:30:48

Page 35

1             Sanchez
2    there is no discrepancy between what you
3    intend to ask and what the witness
4    intends to answer.
5         **Q.   Sure.  Ms. Sanchez, do you have an  10:30:57**
6    **understanding of what disciplinary proceedings**
7    **under the Civil Service Law refers to?**
8         A.   Yes.
9   DI   Q.   Could you explain what that means?
10            MS. ZWILLING:  I object to the      10:31:05
11   question.  If you want to ask her whether
12   she was subject to formal disciplinary
13   proceedings, that is fine.  But she is
14   not here to pontificate on Civil Service
15   Law and she is not an attorney.      10:31:17
16            MR. NOVIKOFF:  Nor is she an
17   expert in it, so I object as well.
18            MR. GRAFF:  Just as you don't want
19   there to be confusion as to what was
20   asked and what the witness was answering, 10:31:26
21   I just want to make sure that I
22   understand what the witness --
23            MS. ZWILLING:  She told you she
24   understands.  You are not entitled to her
25   personal explanation of Civil Service      10:31:33

Page 36

1             Sanchez
2    Law.  She told you she understands.  Ask
3    her if she was the subject of any formal
4    disciplinary proceedings.
5             MR. GRAFF:  Okay.  Ms. Zwilling,   10:31:41
6    are you not going to allow the witness to
7    answer the last question posed?
8             MS. ZWILLING:  I will not allow
9    her to give some sort of interpretation
10   of Civil Service Law, but I want to      10:31:49
11   clarify, I have absolutely no objection
12   to your asking her if she was subject to
13   any Civil Service disciplinary
14   proceedings in her position.
15            MR. NOVIKOFF:  Adopt that as your  10:32:00
16   question.
17            MR. GRAFF:  Mr. Novikoff, your
18   commentary serves no purpose.
19            MR. NOVIKOFF:  I am trying to help
20   you out, Ari.  Adopt Ms. Zwilling's      10:32:09
21   question.
22            MR. GRAFF:  We can mark the record
23   and I will ask Ms. Sanchez.
24       **Q.   Have you been subject to any Civil**
25   **Service -- were you during your employment as  10:32:17**

Page 37

1             **Sanchez**
2    **a personnel analyst subject to any Civil**
3    **Service disciplinary proceedings?**
4         A.   No.
5         **Q.   Did you receive any performance   10:32:26**
6    **reviews during your employment as a personnel**
7    **analyst?**
8             MR. NOVIKOFF:  Objection.  That is
9    very broad in scope.  Performance can be
10   a good job yesterday.          10:32:40
11        **Q.   Did you receive any formal**
12   **performance reviews from your supervisors?**
13            MS. ZWILLING:  You mean as in
14   written?
15        **Q.   Written?              10:32:50**
16            MR. NOVIKOFF:  Objection.
17   A.   No.
18            MR. NOVIKOFF:  No foundation.
19        **Q.   During your employment as a**
20   **personnel analyst who was your supervisor?      10:33:03**
21        A.   My direct supervisor was Phil
22   Cohen.
23        **Q.   Was he your direct supervisor**
24   **during the entire period of your employment as**
25   **a personnel analyst?              10:33:14**

Page 38

```
 1              Sanchez
 2      A.  Yes.
 3      Q.  What position did Mr. Cohen hold?
 4      A.  Principal personnel analyst.
 5      Q.  And were there other personnel      10:33:28
 6  analysts who to your knowledge also reported
 7  to Mr. Cohen?
 8      A.  Yes.
 9      Q.  How many personnel analysts were
10  there who reported to Mr. Cohen as far as you  10:33:40
11  know?
12      A.  I think five.
13      Q.  Prior to working as a personnel
14  analyst were you employed in any capacity?
15          MR. NOVIKOFF:  Objection, how far  10:34:20
16      back; was she a newspaper delivery girl,
17      did she sell knishes at the mall?
18      Q.  Subsequent to obtaining your BA
19  were you employed in any capacity subsequent
20  to obtaining the BA prior to working as a      10:34:34
21  personnel analyst?
22      A.  Yes.
23      Q.  What position did you hold
24  immediately prior to personnel analyst?
25      A.  Implementation coordinator.      10:34:45
```

Page 39

```
 1              Sanchez
 2      Q.  Who was your employer in that
 3  capacity?
 4      A.  FMS.  Financial Medical Systems.
 5      Q.  Is that a private company?      10:35:08
 6      A.  Uh-hum.
 7      Q.  During what period of time were
 8  you an implementation coordinator at Financial
 9  Medical Systems?
10      A.  I had that title I believe for      10:35:26
11  about a year.
12      Q.  And what position if any did you
13  hold immediately prior to being implementation
14  coordinator?
15      A.  Billing supervisor.      10:35:41
16      Q.  Was that also for FMS?
17      A.  Yes.
18      Q.  How long did you hold that
19  position of billing supervisor?
20      A.  Two or three years.      10:35:52
21      Q.  What position if any did you hold
22  prior, immediately prior to billing
23  supervisor?
24      A.  Billing supervisor in another
25  facility.                          10:36:05
```

Page 40

```
 1              Sanchez
 2      Q.  Another FMS facility?
 3      A.  No.  Another doctor's office.
 4      Q.  How long did you hold the billing
 5  supervisor position at another doctor's      10:36:13
 6  office.
 7      A..  I don't remember.  I had a number
 8  of different jobs in the sale field for about
 9  a ten year period.
10      Q.  Prior to working as a billing      10:36:28
11  supervisor for FMS were you employed at any
12  time by any government agency or entity?
13      A.  No.
14      Q.  Have you ever been demoted from
15  any position?                      10:36:49
16          MR. NOVIKOFF:  Ever in her life or
17      after she got a BA?
18          MR. GRAFF:  Ever.
19          MR. NOVIKOFF:  Okay.  Employment
20      position, school position?      10:36:58
21      A.  No.
22          MR. NOVIKOFF:  Just note my
23      objection.
24      Q.  Have you ever been terminated from
25  any employment position?          10:37:09
```

Page 41

```
 1              Sanchez
 2      A.  Yes.
 3      Q.  And were you terminated from more
 4  than one employment position?
 5      A.  Yes.                      10:37:20
 6      Q.  What was the most recent position
 7  that you held that you were terminated at?
 8      A.  It was a doctor's office, I don't
 9  remember the name, it was I think -- it was in
10  Nassau County in 1998.            10:38:03
11      Q.  Do you recall why you were
12  terminated from that position?
13          MS. ZWILLING:  Objection.  If she
14      knows.
15          MR. NOVIKOFF:  I join in.      10:38:14
16      A.  I believe they were just
17  dissatisfied with the accounts receivable that
18  I was responsible for.
19      Q.  Do you recall whether there was
20  any specific basis for their dissatisfaction?  10:38:31
21          MR. NOVIKOFF:  Objection.  How
22      would she know?
23      Q.  That was communicated to you in
24  the context of your termination?
25      A.  Not necessarily.  But that was the  10:38:43
```

Page 42

1               Sanchez
2    reason. I was responsible for accounts
3    receivable and they were unhappy with the
4    accounts receivable.
5        **Q.   Prior to that termination what was**   10:38:57
6    **the most recent termination prior to that**
7    **position that you were just talking about?**
8            MS. ZWILLING:  Objection.
9            MR. NOVIKOFF:  Objection to form.
10       A.   Mary Haven 1990 I think it was,     10:39:10
11   1989.
12       **Q.   What position did you hold at that**
13   **time?**
14       A.   I don't recall the exact title.
15   It was like a counselor to the mentally    10:39:51
16   disabled.
17       **Q.   Were you given a reason for your**
18   **termination from that position?**
19       A.   Yes.
20       **Q.   What reason was given to you?**    10:39:59
21       A.   I had obtained a promotional
22   position in a different area of the same
23   company, and being unaware of the need to give
24   a two week notice to my prior position, I
25   didn't give a long enough notice of    10:40:25

Page 43

1               Sanchez
2    termination from my current position.  So as a
3    result they terminated me for not giving
4    enough notice.
5        **Q.   And when you say promotional**    10:40:38
6    **position, you mean that that was a position**
7    **that was a promotion from the position that**
8    **you held?**
9        A.   Uh-hum.
10       **Q.   Okay.  Is your current position as**    10:40:47
11   **a probation officer, is that a law enforcement**
12   **position?**
13       A.   It is.
14       Q..   What aspects of law enforcement
15   are you responsible for as a probation    10:41:00
16   officer?
17           MS. ZWILLING:  It is defined by
18       the Criminal Procedure Law.
19           MR. NOVIKOFF:  Objection.  She is
20       not an expert.  It calls for a legal    10:41:08
21       conclusion.
22           MS. ZWILLING:  It calls for a
23       legal conclusion.  Police officers and
24       peace officers of all sorts are as
25       defined in the Criminal Procedure Law.    10:41:23

Page 44

1               Sanchez
2        **Q.   Do you have the power to arrest**
3    **people in your current position as a probation**
4    **officer?**
5        A.   Yes.                    10:41:38
6        **Q.   And can you arrest persons for**
7    **committing any crime, or are there specific**
8    **categories of crime?**
9            MS. ZWILLING:  Objection.  This
10       has absolutely nothing to do with this    10:41:50
11       case.  We have given you plenty of
12       latitude to go into relevant background,
13       but this is not background, it relates to
14       subsequent matters having no bearing on
15       the issues in the case.    10:42:05
16           MR. NOVIKOFF:  I fully agree.
17           MR. GRAFF:  Okay.  So will you
18       allow that testimony to continue subject
19       to your objection?
20           MS. ZWILLING:  I would expect that  10:42:11
21       you would move on to a relevant area of
22       inquiry and utilize efficiently the time
23       that you have.
24   DI   Q.   Do you have general arrest powers
25   as a probation officer or are there limited    10:42:21

Page 45

1               Sanchez
2    categories of crimes that you can arrest
3    people for?
4            MR. NOVIKOFF:  Objection.
5            MS. ZWILLING:  Objection.  These    10:42:42
6        are subsequent incidents.  The witness is
7        not an expert.
8            MR. NOVIKOFF:  If you want --
9            MS. ZWILLING:  She is not going to
10       give you conclusions of law.    10:42:52
11           MR. NOVIKOFF:  I think you want to
12       call the judge on this.
13           MS. ZWILLING:  This is getting
14       really far afield.  I am going to ask you
15       to move on to an area concerning the    10:42:59
16       allegations in the case, because we have
17       not heard any questions yet directed so
18       the conspiracy claim made by your
19       clients.
20           MR. GRAFF:  Okay, I will move on    10:43:09
21       from here, if you can mark the transcript
22       on this point.
23       **Q.   Ms. Sanchez, for any of the**
24   **positions that you have held with Suffolk**
25   **County were you ever required to take a**    10:43:26

Page 46

1             Sanchez
2    polygraph exam as a qualification for that
3    position?
4        A.   No.
5        Q.   If I could I ask you to please       10:43:35
6    take a look at a document that has been marked
7    as Sanchez Exhibit 1, it was produced to us by
8    the County without Bates number.
9        Ms. Sanchez, does your position
10   as -- does the position that you held as       10:44:09
11   personnel analyst appear on the organizational
12   chart that was marked as Sanchez Exhibit 1?
13       MR. NOVIKOFF:  Let the record
14   reflect that the document says what it
15   says.  If you are asking her if the       10:44:24
16   direct title that you are asking her is
17   on this document, clearly the document
18   would speak for itself.
19       MS. ZWILLING:  I think we can all
20   agree that her title does not appear on     10:44:31
21   this document.
22       MR. GRAFF:  Perhaps it had another
23   title in the context of this document.
24       MS. ZWILLING:  That wasn't your
25   question.       10:44:40

Page 47

1             Sanchez
2        MR. NOVIKOFF:  That wasn't your
3    question.  I mean the appropriate
4    question would be would your duties and
5    responsibilities fit with any of the       10:44:49
6    seven boxes on the bottom line.
7        Q.   Do any of the seven boxes on the
8    bottom line reflect your responsibilities and
9    duties as a personnel analyst?
10       A.   Yes.              10:45:06
11       Q.   Which of those numbered boxes
12   specifically?
13       A.   Classification.
14       Q.   And your direct supervisor in that
15   position, Mr. Cohen, was he -- did he hold the 10:45:20
16   position that is identified on this chart as
17   personnel director?
18       A.   No.
19       Q.   So there was another -- was
20   personnel director to your knowledge a senior  10:45:32
21   position to your direct supervisor's position?
22       MR. NOVIKOFF:  Objection.
23       A.   Yes.
24       Q.   So between the step on the bottom
25   line of the organization chart classification 10:45:53

Page 48

1             Sanchez
2    and the next level up, personnel director,
3    there is another level that would reflect your
4    supervisor's position?
5        A.   Yes.              10:46:03
6        Q.   Thank you.  We can put aside
7    Exhibit 1.
8        MR. NOVIKOFF:  Okay.  Is there a
9    garbage?
10       MS. ZWILLING:  There should be one 10:46:21
11   somewhere.
12       Q.   When you indicated that your
13   duties as a personnel analyst included
14   ensuring compliance in hiring and maintenance
15   of employees --          10:46:30
16       MS. ZWILLING:  Objection.  I do
17   not believe the witness stated that her
18   duties include compliance with respect to
19   hiring.
20       Q.   Okay.  To clarify did I misstate  10:46:38
21   your testimony there; did your duties include
22   ensuring compliance with respect to hiring
23   employees in your jurisdictions?
24       MR. NOVIKOFF:  Objection.  Is that
25   a question; is the question did you       10:46:54

Page 49

1             Sanchez
2    misstate her testify or is the question
3    what her duties are?
4        MS. ZWILLING:  Why don't you ask
5    her if she hires and fires.       10:47:02
6        MR. GRAFF:  I am referring back to
7    an earlier point in the testimony, I
8    don't want to re-ask the question, but I
9    can do that.
10       MR. NOVIKOFF:  Well then you       10:47:10
11   should take better notes or re-ask the
12   same question and we will object on the
13   basis of form.  But it is improper to ask
14   the witness to comment on whether you
15   have mischaracterized her testimony or    10:47:19
16   not.
17       MR. GRAFF:  Okay.
18       Q.   Can you identify again your duties
19   as personnel analyst, please?
20       MR. NOVIKOFF:  Objection.       10:47:28
21       A.   I was to make sure that the
22   jurisdictions followed Civil Service Law with
23   regards to their hiring practices as it
24   pertained to the Civil Service Law.  So they
25   would report their personnel transactions and 10:47:48

Sanchez

1    Sanchez
2  I would confirm that they were following the
3  guidelines as written in Civil Service Law.
4      Q.   How did you come to learn about
5  the guidelines of Civil Service Law; was there  10:48:03
6  formal instruction in that area?
7      MR. NOVIKOFF:  Objection.
8  Compound.
9      MS. ZWILLING:  Why don't you
10  choose which of the questions you are      10:48:14
11  asking her.
12      Q.   How did you come to learn the
13  Civil Service guidelines that were applicable
14  to your duties as a personnel analyst?
15     A.   On-the-job training after I was  10:48:27
16  hired.
17     Q.   And was any of that formal
18  instructional training?
19     A.   Can you define formal?
20     Q.   Lectures?                    10:48:39
21     A.   No lectures.
22     MR. NOVIKOFF:  Objection.
23     Q.   Were there any written materials
24  for you to study to become familiar with those
25  guidelines?                         10:48:47

1    Sanchez
2      MS. ZWILLING:  Are you asking if
3  the guidelines are written?
4      MR. GRAFF:  I am asking if there
5  is --                              10:48:53
6      MS. ZWILLING:  I mean the Civil
7  Service Law is a written guideline and we
8  all know where to find that volume in
9  McKinney's.
10     Q.   Let me clarify that.          10:49:06
11         Were the guidelines that you
12  followed the actual Civil Service Law itself?
13     MR. NOVIKOFF:  Would you consider
14  regulations that were adopted in
15  compliance with Civil Service Law, Civil  10:49:14
16  Service Laws themselves.
17     MR. GRAFF:  Yes.
18     A.   Yes.  I was instructed to read the
19  Civil Service Law.
20     Q.   And was the Incorporated Village  10:49:28
21  of Ocean Beach one of your jurisdictions
22  during your work as a personnel analyst?
23     A.   Yes.
24     Q.   And was Ocean Beach one of your
25  jurisdictions throughout the period of your  10:49:44

1    Sanchez
2  employment as a personnel analyst?
3      A.   Yes.  I didn't have them
4  immediately upon starting, but a few months
5  after I started.                   10:49:56
6      Q.   Do you recall who had
7  responsibility or jurisdiction for Ocean Beach
8  immediately prior to yourself?
9      A.   Yes.
10     Q.   Who was that individual?       10:50:05
11     A.   Mary Biglan.
12     Q.   As best as you can recall what
13  employment positions in the Incorporated
14  Village of Ocean Beach were subject to Civil
15  Service Law during your employment as a   10:50:29
16  personnel analyst?
17     MS. ZWILLING:  If she knows.  We
18  don't run Ocean Beach.
19     Q.   I understand that, I wouldn't want
20  you to testify about something that you don't  10:50:35
21  know.  To the best of your knowledge and
22  recollection can you identify the positions at
23  Ocean Beach that were subject to Civil Service
24  Law or regulation during your employment as a
25  personnel analyst?                  10:50:52

1    Sanchez
2      MR. NOVIKOFF:  Objection to the
3  form.  You have not laid a foundation
4  that this witness knows of each and every
5  position that might be subject to Civil  10:50:58
6  Service Law.  That should be the first
7  question.
8      MS. ZWILLING:  Moreover quite
9  frankly there is a factual/legal issue
10  here in that it is my understanding that  10:51:07
11  the plaintiffs have their own beliefs
12  about which positions are or are not
13  subject to Civil Service Law.
14     MR. GRAFF:  Now I am asking the
15  witness who had jurisdiction to ensure  10:51:16
16  compliance what positions she can recall
17  that were within the scope of her
18  jurisdiction.
19     MS. ZWILLING:  I am going to
20  object.  But if she can give you an      10:51:26
21  answer to any extent, she can go ahead
22  and answer.
23     A.   Any classified positions which --
24  which were being held in the jurisdiction.
25     Q.   Do you recall whether the position  10:51:42

1           Sanchez
2   of police officer was a position in the
3   Incorporated Village of Ocean Beach that was
4   subject to Civil Service regulations or law
5   when you were a personnel analyst?      10:51:54
6      A.   Yes.
7      Q.   Were there any other law
8   enforcement positions at Ocean Beach that you
9   can recall that fall into that category?
10         MS. ZWILLING:  Objection.  There    10:52:05
11   has been no testimony that there were
12   non-police officer law enforcement
13   positions in Ocean Beach.
14         MR. GRAFF:  I am asking that
15   question now.              10:52:12
16      A.   I don't know of any other non-law
17   enforcement positions other than police
18   officer.
19      Q.   Other than police officer.  What
20   about the position of sergeant, do you recall   10:52:24
21   whether that was a position subject to Civil
22   Service requirements at Ocean Beach when you
23   were a personnel analyst?
24      A.   Yes.
25      Q.   Were there any other law      10:52:39

1           Sanchez
2   enforcement positions that were within the
3   scope of your jurisdiction as a personnel
4   analyst at Ocean Beach?
5      A.   They were all --         10:52:47
6         MS. ZWILLING:  Objection.  Your
7   question -- I don't know if you realize
8   this, but it inquiries about positions
9   outside the Village of Ocean Beach.  I
10   don't know that you intended to phrase    10:53:06
11   your question that way, but that is what
12   you did.
13         MR. NOVIKOFF:  I join in the
14   objection.
15         MR. GRAFF:  I perhaps mis-spoke.    10:53:12
16         MR. NOVIKOFF:  Perhaps.
17      Q.   Other than the Civil Service
18   position police officer and sergeant were
19   there any other law enforcement positions in
20   the Incorporated Village of Ocean Beach that   10:53:26
21   were subject to Civil Service Law or
22   regulation when you were a personnel analyst?
23         MS. ZWILLING:  I object to your
24   use of the term law enforcement because
25   there is no standardized definition of    10:53:36

1           Sanchez
2   that term.  If you want to use the term
3   peace officer, that is acceptable to us..
4         MR. GRAFF:  Okay.  I certainly
5   don't want to confuse the witness.       10:53:46
6         MS. ZWILLING:  Because law
7   enforcement could be picking up the
8   garbage or catching stray dogs, and I
9   don't know that that is what you intend
10   to be asking about.  Why don't we use    10:53:57
11   peace officer.
12      Q.   I will ask about peace officer.  I
13   am not sure if I followed all of your
14   objections there.
15         Was there the position of peace    10:54:06
16   officer in the Incorporated Village of Ocean
17   Beach?
18         MS. ZWILLING:  Mr. Graff, I am not
19   suggesting that there are positions
20   entitled peace officer.  What I am      10:54:15
21   suggesting is under the Criminal
22   Procedure Law there is a definition of
23   the term peace officer which includes a
24   number of specified categories, among
25   them are police officers and sheriffs and   10:54:25

1           Sanchez
2   various other types of law enforcement
3   officers.
4         It is a standard definition that
5   we can open a book and refer to, and I am  10:54:35
6   suggesting that you use that as opposed
7   to law enforcement because there is no
8   standard definition of law enforcement
9   officer.  It is too subject to
10   misinterpretation and different       10:54:46
11   interpretation.
12         So when I ask you or suggest that
13   you use the term peace officer, I am not
14   suggesting that there is a position with
15   that title.  I am simply suggesting that  10:54:54
16   you use that to refer to the various
17   categories that are encompassed within
18   that definition in the criminal procedure
19   law.
20      Q.   Ms. Sanchez, did you understand    10:55:05
21   peace officer as described by Ms. Zwilling?
22         MR. NOVIKOFF:  Objection.
23      A.   Yes..
24      Q.   Okay.  Were the positions of
25   police officer and sergeant categories of   10:55:15

Sanchez
1  peace officers?
2
3        MS. ZWILLING: Mr. Graff, are you
4  familiar with the Criminal Procedure Law
5  definition of peace officer, it would      10:55:26
6  cover any sworn member of a Police
7  Department. I think we can agree on that
8  for purposes of the record.
9        MR. GRAFF: Okay. I am happy to
10  agree on that. You had earlier indicated  10:55:36
11  that she is not an attorney, can't call
12  for legal conclusion, I wanted to make
13  sure that --
14        MS. ZWILLING: But you are an
15  attorney and I am trying to just work out  10:55:41
16  an agreed definition here so that we
17  don't have to get into a lot of
18  background definitional questions.
19        MR. GRAFF: Okay. My concern is
20  that to the extent that you and I agree   10:55:52
21  on the definition, it is not necessarily
22  the case that the witness is on the same
23  page.
24        MS. ZWILLING: Well, we are all
25  going to be less on the same page if you  10:56:00

Sanchez
1
2  use a term like law enforcement officer
3  of which there is no standard written
4  definition.
5     Q.   Were there any other positions    10:56:09
6  other than police officer and other than
7  sergeant that would fall under the rubric of
8  peace officer that were subject to Civil
9  Service regulations in Ocean Beach when you
10  were personnel analyst?                    10:56:29
11        MR. NOVIKOFF: Objection. To the
12  extent that she can recall.
13     A.   Not that I can recall.
14     Q.   Was there a position of seasonal
15  police officer in the Incorporated Village of  10:56:41
16  Ocean Beach when you were a personnel analyst?
17     A.   Yes.
18     Q.   Was there a position of part-time
19  police officer in Ocean Beach when you were a
20  personnel analyst?                         10:56:52
21     A.   That is the same thing.
22        MS. ZWILLING: I am going to
23  object to -- a partial objection to your
24  question. You seem to be proceeding
25  under the assumption that these are        10:56:59

Sanchez
1
2  Suffolk County positions assigned to
3  Ocean Beach, supervised by Ocean Beach,
4  and then we supervise Ocean Beach.
5        Ocean Beach is a municipality.       10:57:07
6  Suffolk County is a different
7  municipality. We don't supervise them.
8  We don't hire employees of the village.
9  We don't fire employees of the village.
10        All Civil Service does is ensure    10:57:21
11  that their employment practices, and I am
12  talking about practices now as opposed to
13  hiring and firing decisions are in line
14  with Civil Service Law.
15        So I would suggest you don't ask    10:57:33
16  the question of the witness about what
17  positions does Ocean Beach have because
18  she is not going to be able to give you
19  an answer.
20        MR. NOVIKOFF: I join in.           10:57:45
21        MS. ZWILLING: We don't run Ocean
22  Beach. Okay, that is the bottom line of
23  it. We don't run Ocean Beach.
24        MR. GRAFF: My questions were
25  aimed at --                                10:57:54

Sanchez
1
2        MS. ZWILLING: It is not the City
3  of New York, we are not the City of New
4  York supervising The Bronx, Brooklyn,
5  Manhattan, Staten Island and Queens. The  10:58:02
6  Village of Ocean Beach is an independent
7  municipality. We don't supervise them.
8        MR. GRAFF: I understand that, but
9  as you indicated you ensure compliance
10  with the employment practices.            10:58:10
11        MS. ZWILLING: Practices, not
12  decisions.
13        MR. GRAFF: I had not suggested --
14        MS. ZWILLING: Let's be clear
15  about that.                               10:58:18
16        MR. GRAFF: Okay, I didn't believe
17  there was ambiguity, but I certainly
18  wouldn't want there to be --
19        MS. ZWILLING: Well, you are
20  posing questions to the witness about     10:58:25
21  what the village does seems to suggest
22  that there is some ambiguity. So I am
23  hoping that as we proceed the questions
24  will not be so ambiguous.
25     Q.   Okay. To make it crystal clear if  10:58:38

Page 62

Sanchez

1    I could --
2
3        MR. NOVIKOFF: That would be a
4    first.
5        MR. GRAFF: Mr. Novikoff, your        10:58:42
6    disruptions and commentary are disruptive
7    and improper.
8        MR. NOVIKOFF: I said four words.
9    Ms. Zwilling said 14,000 words.
10       MS. ZWILLING: I am talking more        10:58:53
11   than I planned here. Just ask the
12   witness about her contact with your
13   clients and any involvement she had with
14   their positions.
15       MR. GRAFF: Ms. Zwilling is            10:59:04
16   defending this deposition. To the extent
17   that her commentary falls within the
18   appropriate scope of that it is less
19   objectionable than your quips.
20       MS. ZWILLING: We all have a job       10:59:16
21   to do here, so why don't we just move on.
22       **Q.   Ms.. Sanchez, if I could ask you to**
23   **just direct your attention to what has been**
24   **marked as Sanchez Exhibit 2, I have copies for**
25   **counsel, this is a document that was produced  10:59:27**

Page 63

Sanchez

1
2    **to us by the County without Bates number.**
3        **Ms. Sanchez, when you have had a**
4    **chance to look over the document can you tell**
5    **me please if you recognize this document?      10:59:44**
6        A.   I do.
7        **Q.   What is the document?**
8        A.   A specification.
9        **Q.   A specification of what?**
10       A.   Of the title police officer.        10:59:54
11       **Q.   Where it says towards the bottom**
12   **in the last subheading in capitals underlined,**
13   **necessary special requirements, do you**
14   **understand what that is referring to in the**
15   **context of this document?                  11:00:09**
16       A.   Yes.
17       **Q.   Could you explain what that is**
18   **referring to?**
19       A.   That refers to special
20   requirements that the candidate needs to be    11:00:17
21   able to pass or be -- fit into the guidelines
22   in order to qualify for the position.
23       Q..  So when you ensured compliance
24   with hiring practices at Ocean Beach for
25   police officers, were these the guidelines    11:00:36

Page 64

Sanchez

1
2    that you applied?
3        MS. ZWILLING: Objection. There
4    has been no testimony by this witness
5    that this document is a Suffolk County    11:00:43
6    document. There has been no testimony
7    that this document has any connection
8    with the positions held by the
9    plaintiffs.
10       MR. NOVIKOFF: And moreover it is   11:00:55
11   dated 4/26/02. So when you say you
12   ensure, are you referring to the witness
13   or are you referring to the Suffolk
14   County agency responsible for any
15   employment related matters concerning any  11:01:09
16   Suffolk County Civil Service position.
17       MS. ZWILLING: There is numerous
18   Police Departments within the
19   geographical boundaries of Suffolk County
20   which Suffolk County Civil Service may be  11:01:22
21   responsible for, and we have not
22   established which if any of those Police
23   Departments this document pertains to.
24   It may not have been prepared by the
25   County.                                  11:01:37

Page 65

Sanchez

1
2        MR. GRAFF: That was exactly --
3        MS. ZWILLING: Your question
4    presumes that this document governs your
5    client's positions, and that has not been  11:01:43
6    established.
7        MR. NOVIKOFF: And your question
8    also presumes, counselor, that this
9    agency's responsibility to ensure
10   compliance in the absence of having any    11:01:52
11   information that there is no compliance.
12   I think it -- you need to establish the
13   fact that Ms. Sanchez and/or her agency
14   knew that there were uncertified officers
15   being retained before she got involved in  11:02:04
16   the matter.
17       MS. ZWILLING: These are hiring
18   qualifications. There has been no
19   testimony by this witness and I seriously
20   doubt there will be any that Suffolk        11:02:14
21   County hires police officers for the
22   Village of Ocean Beach.
23       MR. NOVIKOFF: I think the most
24   appropriate question of the witness to
25   start the whole ball rolling is when did  11:02:23

Page 66

```
 1              Sanchez
 2   you first learn that there was an issue
 3   concerning certification with Ocean Beach
 4   seasonal police officers.  That to me is
 5   the value of this witness, but you can    11:02:35
 6   obviously do you what you want to do.
 7        MR. GRAFF:  Are you both finished?
 8        MS. ZWILLING:  Yes, please clarify
 9   the question or please withdraw it and
10   ask a more appropriate question..         11:02:46
11      Q.    Sure.  Does this document reflect
12   qualification requirements for police officers
13   in the Incorporated Village of Ocean Beach?
14        MS. ZWILLING:  If you know.  And
15   what timeframe; again the document is      11:03:01
16   dated April 26, 2002.  As of that date?
17      Q.    During the period of her
18   employment as a personnel analyst?
19        MR. NOVIKOFF:  Objection to the
20   form.                                      11:03:13
21      A.    To my recollection this particular
22   specification and title referred to only one
23   employee of the Village of Ocean Beach.
24      Q.    Do you have a specific individual
25   in mind?                                   11:03:29
```

Page 67

```
 1              Sanchez
 2      A.    George Hesse.
 3      Q.    Looking down right around the
 4   middle of the necessary special requirements
 5   there is a sentence that states:  There will   11:03:43
 6   be qualifying medical, psychological, physical
 7   fitness and polygraph evaluations.
 8        Ms. Sanchez, do you understand
 9   what the qualifying medical refers to?
10        MS. ZWILLING:  What does it matter 11:03:59
11   if she understands or not?
12        MR. NOVIKOFF:  I agree.
13        MS. ZWILLING:  Are you asking her
14   what the requirement is?
15        MR. GRAFF:  Yes, I am asking what  11:04:10
16   the requirement is.
17        MS.. ZWILLING:  That is not what
18   you asked her.  You asked her if she
19   understands it.  The witness'
20   understanding of the document really is   11:04:18
21   unimportant here.  If you want to know
22   what the qualifying exam is, ask her.
23      Q.    Do you know what the qualifying
24   medical exam is in the context of police
25   officer in this document?                  11:04:30
```

Page 68

```
 1              Sanchez
 2      A.    No.
 3      Q.    Do you know what the qualifying
 4   psychological exam is as referenced in this
 5   document?                                  11:04:36
 6      A.    Do I know what the psychological
 7   exam is; no.  That is administered by a
 8   psychologist.  No, I don't know.
 9      Q.    Were these requirements or the
10   qualifications referenced in this line     11:04:56
11   qualifying medical, psychological, physical
12   fitness and polygraph, were those requirements
13   that applied to George Hesse's position at the
14   Ocean Beach Police Department?
15        MS. ZWILLING:  We didn't hire him, 11:05:12
16   how would we know that?
17        MR. GRAFF:  The witness indicated
18   that this document, police officer,
19   related specifically to George Hesse.  I
20   am asking whether --                       11:05:24
21        MR. NOVIKOFF:  Wouldn't that
22   regardless of your characterization of
23   her testimony, wouldn't what you just
24   said indicate that to the extent that
25   anything on this document applied to       11:05:35
```

Page 69

```
 1              Sanchez
 2   George Hesse, it did, and you don't need
 3   to go through specifically whether
 4   qualifying medical, psychological,
 5   physical fitness and polygraph evaluation 11:05:44
 6   applies to George Hesse.
 7        This witness has already testified
 8   that in her opinion, and I don't
 9   mischaracterize her testimony, that this
10   document, Sanchez Exhibit 2, applied to    11:05:58
11   only one position at Ocean Beach and that
12   was Mr. Hesse's position.
13        MS. ZWILLING:  Exactly.
14        MR. GRAFF:  I am asking
15   specifically focusing on this line      11:06:09
16   whether the qualifications on this line
17   applied to George Hesse's position.
18        MS. ZWILLING:  The witness just
19   said that the entire document applies to
20   George Hesse.  So the question has       11:06:16
21   already been responded to.
22        MR. NOVIKOFF:  I take that as a
23   yes, now move on.
24      Q.    If the witness could give the
25   testimony rather than counsel I could move on  11:06:27
```

Page 70

```
 1              Sanchez
 2  from that question?
 3        MR. NOVIKOFF: Objection. Sorry.
 4        MS. ZWILLING: You can answer,
 5  Allison. We objected.          11:06:34
 6     A.   Repeat that question.
 7     Q.   Sure. Did the qualifications of
 8  the qualifying medical, psychological,
 9  physical fitness and polygraph evaluations,
10  did that apply to George Hesse's position as   11:06:49
11  police officer at Ocean Beach during your
12  employment as personnel analyst?
13        MR. NOVIKOFF: Objection.
14        MS. ZWILLING: I am going to
15  object to the form because it is a      11:06:59
16  requirement for attaining the job, and
17  your question presumes that there has to
18  be some continuation of fitness.
19     Q.   Was George Hesse required to
20  satisfy these qualifications to attain the job  11:07:11
21  of police officer at Ocean Beach?
22        MS. ZWILLING: Objection. The
23  witness -- Civil Service does not hire or
24  does not fire. They do not participate
25  in the decision as to who gets a job, and  11:07:23
```

Page 71

```
 1              Sanchez
 2  I am going to ask that you tailor your
 3  questions accordingly.
 4     Q.   Were the decision-makers
 5  responsible for George Hesse attaining the    11:07:31
 6  position of police officer at Ocean Beach
 7  required to comply with these qualification
 8  standards with respect to his attainment of
 9  that position?
10        MR. NOVIKOFF: Objection.      11:07:47
11        MS. ZWILLING: Why don't ask her
12  first if she knows who the
13  decision-makers were with respect to the
14  hiring and maintaining of George Hesse.
15        MR. NOVIKOFF: And more      11:07:57
16  particularly my objection to form, one is
17  phraseology of the question, is also this
18  document is dated 4/26/02. I believe,
19  although you have not established it
20  through this witness, that Mr. Hesse was  11:08:11
21  hired well before 4/26/02. So for you to
22  ask her, ask this witness that question
23  given the undisputed facts in this case
24  as to when Mr. Hesse was initially hired
25  by Ocean Beach is improper.        11:08:25
```

Page 72

```
 1              Sanchez
 2        MR. GRAFF: I think I do actually
 3  understand what you are indicating.
 4        MR. NOVIKOFF: Okay.
 5     Q.   Was Ocean Beach required to comply  11:08:33
 6  with these qualification standards -- strike
 7  that.
 8        For Ocean Beach to continue to
 9  employ George Hesse as a police officer --
10        MS. ZWILLING: Can we stipulate    11:08:45
11  that Ocean Beach is required to abide by
12  the Civil Service Law and Civil Service
13  regulations; there is no dispute as to
14  that here. The witness is not your
15  expert on Civil Service Law. We are not  11:08:56
16  disputing that the village has to comply.
17        MR. GRAFF: That is all I had
18  wanted. The village had to comply with
19  Ms. Sanchez and Ms. Sanchez's --
20        MS. ZWILLING: No, the village has  11:09:06
21  to comply with Civil Service Law and
22  regulations, okay. The witness, who is
23  not an attorney, is not going to
24  interpret those laws and regulations for
25  you. But I think we can all agree that  11:09:16
```

Page 73

```
 1              Sanchez
 2  all municipalities in the state have to
 3  comply with Civil Service Law and
 4  regulations. That is why it is there.
 5        MR. NOVIKOFF: Since the late    11:09:30
 6  1800s.
 7     Q.   Ms. Sanchez, if George Hesse --
 8        MR. NOVIKOFF: Objection.
 9        MS. ZWILLING: She is not your
10  expert, Mr. Graff. She is not going to  11:09:38
11  answer hypotheticals.
12     Q.   Would it have been in compliance
13  with Civil Service requirements --
14        MR. NOVIKOFF: Objection.
15        MS. ZWILLING: She is not your    11:09:46
16  expert.
17        MR. GRAFF: But she was
18  responsible for --
19        MS. ZWILLING: Then ask her what
20  she did.            11:09:52
21        MR. NOVIKOFF: Exactly. She was
22  not there when Hesse was hired.
23     Q.   Ms. Sanchez, do you know whether
24  George Hesse ever took or satisfied a
25  qualifying medical exam in connection with his  11:10:09
```

Page 74

```
1          Sanchez
2   employment at Ocean Beach as a police officer?
3      A.   I don't know.
4      Q.   Do you know whether George Hesse
5   ever satisfied the qualifying psychological    11:10:21
6   exam in the context of his employment as a
7   police officer at Ocean Beach?
8      A.   No.  He was hired before I worked
9   with Civil Service.  I don't know what was
10  done when he was hired.                         11:10:34
11     Q.   Do you know whether George Hesse
12  ever took a polygraph exam in connection with
13  his employment as a police officer at Ocean
14  Beach?
15     A..  I don't know.                           11:10:43
16  DI  Q.   Do you understand what the purpose
17  of requiring a polygraph exam as set forth in
18  this document is?
19         MS. ZWILLING:  Objection.
20         MR. NOVIKOFF:  The purpose back in  11:10:56
21  the late 1800s when the New York State
22  legislature enacted these laws, or at any
23  point in time when these regulations were
24  enacted; I don't understand the question.
25         MS. ZWILLING:  I object because    11:11:07
```

Page 75

```
1          Sanchez
2   asking the witness to justify state law
3   is not a proper question, and that is
4   what you are asking.
5          MR. GRAFF:  I am asking for her     11:11:14
6   own understanding of why this is in the
7   state law in this context.
8          MS. ZWILLING:  I don't think the
9   witness has any understanding why the
10  legislature enacted the Criminal           11:11:22
11  Procedure Law provisions that it did.
12         You know, Mr. Graff, quite frankly
13  I assumed that before you came here today
14  that you would have familiarized yourself
15  with the Civil Service Law and Criminal    11:11:33
16  Procedure Law context of this witness'
17  testimony.  The witness is not going to
18  answer hypotheticals.  She is not going
19  to interpret the law and she is certainly
20  not going to give you her personal         11:11:48
21  opinion on why state statutes are written
22  the way they are written, and that is
23  what you are asking her to do.
24         MR. GRAFF:  Okay.  So can I
25  understand from your statement that you    11:11:56
```

Page 76

```
1          Sanchez
2   are not going to let the witness answer
3   the question?
4          MS. ZWILLING:  I will not let her
5   answer that question.  I will -- I can't  11:12:01
6   agree to have her answer questions that
7   ask her for a justification of Civil
8   Service Law.
9          MR. GRAFF:  I wasn't asking her to
10  justify, just to explain --              11:12:11
11         MS. ZWILLING:  Then why don't
12  rephrase your question so that it doesn't
13  appear to call for a justification of
14  Civil Service Law requirements.
15     Q.   Without asking you to justify the  11:12:19
16  qualification or Civil Service requirements,
17  do you have any personal understanding of what
18  the function of a polygraph exam is in the
19  context of the qualifications set forth in
20  this document?                            11:12:33
21         MR. NOVIKOFF:  Objection.
22         MS. ZWILLING:  I object.  But it
23  is a yes or no question, she can give you
24  her yes or no.
25     A.   Yes.                              11:12:41
```

Page 77

```
1          Sanchez
2      Q.   Could you explain what your
3   understanding of that is?
4          MR. NOVIKOFF:  Objection.
5          MS. ZWILLING:  Objection.  Her     11:12:46
6   understanding is irrelevant to the law,
7   but if you want her understanding she can
8   give it to you.
9          MR. NOVIKOFF:  You mean as opposed
10  to just making sure that the person is    11:12:58
11  telling the truth?
12         MS. ZWILLING:  Mr. Graff, even if
13  the witness thought that it was an
14  incredibly poor idea to have peace
15  officers pass polygraph exams, even if    11:13:08
16  she thought it was the most ill-advised
17  policy in the world it makes no different
18  to your client's case.  Her personal
19  opinion doesn't matter.
20         MR. GRAFF:  Then you should have    11:13:19
21  absolutely no basis for objecting to her
22  giving the opinion if it can't help our
23  case.
24         MS. ZWILLING:  Well, that is not
25  true, but in any event you only get your  11:13:24
```

Sanchez

1  seven hours, so its your funeral.
2      MR. GRAFF:  The objections on this
3  line of questioning have far exceeded the
4  time that the actual questioning would    11:13:32
5  have taken.
6      MS. ZWILLING:  Your focus on
7  irrelevant opinions and other immaterial
8  questions has far exceeded the amount of
9  time that you have spent asking the    11:13:45
10  witness about her involvement with the
11  plaintiffs..
12      MR. GRAFF:  Okay.  I would ask
13  that to the extent that it is possible to
14  limit the speaking objections so that the  11:13:56
15  witness --
16      MR. NOVIKOFF:  You are engaging
17  us.  You have asked Ms. Zwilling to
18  explain her objections.  Now you are
19  saying you want to limit the speaking    11:14:04
20  objections.  Okay.  In fact we helped you
21  frame some questions.
22      MR. GRAFF:  If I feel like I need
23  help or clarification I will ask you.
24  But now there is a question pending    11:14:17

Sanchez

1  before the witness and there has been an
2  extended colloquy without an answer.  We
3  can hopefully get the answer.
4      MS. ZWILLING:  Fine.  I am hoping  11:14:28
5  this is the last expert hypothetical you
6  pose to the defendant.
7      MR. NOVIKOFF:  I mean, Mr. Graff,
8  if you would like since I am not
9  defending this deposition I would be    11:14:37
10  happy to write some questions out and
11  give to your clients to give to you.
12      MR. GRAFF:  Mr. Novikoff, that was
13  not a proper comment.
14      MS. ZWILLING:  Why don't just ask  11:14:46
15  her a proper question, let's move along.
16      MR. GRAFF:  There was a question
17  pending before all of this.
18      MS. ZWILLING:  Why don't you just
19  re-ask the question.    11:14:56
20  Q.  I had asked for clarification on
21  what your understanding was of the purpose of
22  the polygraph or the function of the polygraph
23  evaluation in this context?
24      MS. ZWILLING:  If she has    11:15:06

Sanchez

1  knowledge of the purpose.
2      MR. GRAFF:  She indicated that she
3  had an understanding.  I am asking what
4  the understanding was.    11:15:12
5      MR.. NOVIKOFF:  Note my objection.
6  A.  To ask the candidate questions to
7  see if he is truthful.
8  Q.  The very last sentence of this
9  document it says:  After appointment    11:15:25
10  candidates will be required to successfully
11  complete a police officer training course
12  recognized by the New York State Municipal
13  Training Counsel.
14  My first question is do you    11:15:42
15  understand what it is referring to by after
16  appointment in this context?
17  A.  Yes.
18  Q.  Could you explain what after
19  appointment means in this context?    11:15:48
20      MR. NOVIKOFF:  Note my objection.
21  A.  Appointment means after the
22  candidate has been hired.
23  Q.  And as of a candidate's
24  appointment can the candidate begin working  11:16:01

Sanchez

1  immediately after being appointed?
2      MS. ZWILLING:  With what
3  municipality and with what position; we
4  don't -- Mr. Graff, your questions are -- 11:16:12
5  I have to say this again and again -- are
6  based on an incorrect understanding of
7  how Ocean Beach runs its Police
8  Department.  Every Police Department
9  makes its own rules and policies    11:16:28
10  regarding its work performed by its
11  employees.  We don't supervise that.
12      MR. GRAFF:  Was that an objection?
13      MS. ZWILLING:  Yeah, because your
14  question assumes that we somehow give the  11:16:46
15  police officers direction after Ocean
16  Beach appoints them, which is just not
17  the way it works.  I know I have said
18  this again and again, but perhaps you are
19  just not accepting it, but it is the    11:17:02
20  truth, we don't run the Ocean Beach
21  Village Police Department.
22      MR. GRAFF:  I wasn't suggesting
23  that you did.  I am just trying to
24  understand what this qualification means.  11:17:12

Page 82

```
1              Sanchez
2       MS. ZWILLING:  You keep assuring
3   me that you understand that, but then you
4   persist in asking questions which are
5   phrased to presume that we do run the      11:17:20
6   village Police Department.  So I am going
7   to ask you to just not phrase your
8   questions in that manner any longer.
9       Q.  Ms. Sanchez, do you understand
10  when it says:  After appointment candidates  11:17:33
11  will be required to successfully complete the
12  training course.
13      Do you know whether that means
14  after they have been hired but before they can
15  start serving in the position?            11:17:45
16      MS. ZWILLING:  Objection, but she
17  can answer the question if she knows the
18  answer.
19      MR. NOVIKOFF:  I join in the
20  objection.                               11:17:51
21      A.  I don't know.  After appointment
22  means whatever they do as directed by the
23  jurisdiction is on the village clock is
24  working.  After they get hired I don't know.
25  They have to do what --                  11:18:07
```

Page 83

```
1              Sanchez
2       Q.  Were you done?
3       A.  They do what they are told to do
4   by the jurisdiction.  That has nothing to do
5   with my role.                            11:18:15
6       Q.  Okay.  So then we can put aside
7   the document?
8       MS. ZWILLING:  We can put aside
9   any questions which assume that we hire,
10  we direct, we manage, we supervise, we    11:18:27
11  discipline.  We don't do any of those
12  things, okay, that is the village.
13      MR. GRAFF:  Okay, I understand
14  that.
15      MS. ZWILLING:  We have spent        11:18:38
16  enough time on this and I think if you
17  can just accept that representation and
18  move into the witness' contact with your
19  clients we can streamline this
20  deposition.                              11:18:48
21      MR. NOVIKOFF:  Yeah, I am actually
22  going to make an application for costs
23  going forward unless we begin to get into
24  some of the allegations in the complaint.
25      MR. GRAFF:  Let's take a short     11:18:55
```

Page 84

```
1              Sanchez
2   break.
3       THE VIDEOGRAPHER:  The time is
4   11:18.  We are off the record.
5       (Recess taken.)                     11:19:01
6       THE VIDEOGRAPHER:  The time is
7   11:26.  We are on the record.
8       Q.  Ms. Sanchez, do you know during
9   your employment as a personnel analyst what
10  the requirements were to be hired as a police  11:26:58
11  officer in Ocean Beach in compliance with
12  Civil Service Law?
13      MR. NOVIKOFF:  I am going to
14  object to the question because it is
15  twofold.  It asks what are the Ocean      11:27:07
16  Beach requirements and what are the Civil
17  Service Law requirements.
18      MR. GRAFF:  I am asking
19  in compliance with the Civil Service
20  requirements.                            11:27:20
21      MR. NOVIKOFF:  Could you repeat
22  the question so it is clear.  I'm sorry,
23  I didn't mean to cut you off.
24      MS. ZWILLING:  You know, I have no
25  objection to you asking, pursuing that   11:27:25
```

Page 85

```
1              Sanchez
2   information, but I am going to ask you to
3   rephrase the question because it is not
4   clear.  She may not know what Ocean
5   Beach's hiring requirements are, but she  11:27:35
6   may be able to tell you what Civil
7   Service Law requires.
8       Q.  Okay.  My question was what the
9   requirements were to be hired in compliance
10  with Civil Service Law?                   11:27:47
11      MS.. ZWILLING:  Maybe she may feel
12  that they are not in compliance.
13      MR. GRAFF:  So my question is what
14  are the requirements that they had to
15  comply with to be compliance with Civil   11:27:58
16  Service Law.
17      MS. ZWILLING:  That should be your
18  question.  That is not what you asked.
19      Q.  Ms. Sanchez, during your
20  employment as a personnel analyst what were  11:28:13
21  the Civil Service requirements to be hired as
22  a police officer at Ocean Beach?
23      MR. NOVIKOFF:  Objection.  The
24  requirements are set forth in the Civil
25  Service Law and the regulations          11:28:24
```

Page 86

Sanchez

1
2    promulgated and pursuant thereof.
3    Subject to that objection.
4         A.   Are you referring to full-time
5    police officer?            11:28:34
6         Q.   Let's start with full-time police
7    officer?
8         A.   I wasn't involved with the hiring
9    of full-time police officers.
10        Q.   And what sort of police officers    11:28:42
11   were you involved with the hiring of?
12        MS. ZWILLING:  Objection. The
13        question presumes she is involved in
14        hiring.  She may not have any involvement
15        in decisions to hire.          11:28:53
16        Q.   What if any types of police
17   officers were you involved at all in the
18   process of hiring in Ocean Beach?
19        MR. NOVIKOFF:  You mean
20        nationalities or titles?          11:29:02
21        MS. ZWILLING:  Objection. There
22        has been no testimony by the witness that
23        she participates in the decision to hire
24        police officers.  Again this gets back to
25        what I tried to establish before.  The    11:29:15

Page 87

Sanchez

1
2    County does not hire village police
3    officers.  We undertake certain functions
4    to check compliance with Civil Service
5    Law, but we do not hire.          11:29:29
6         I am going to have to object to
7    any questions with regard to what the
8    County does in connection with the hiring
9    process.
10        MR. GRAFF:  Okay.  Can I continue? 11:29:37
11        MS. ZWILLING:  You can continue.
12        Q.   Ms. Sanchez, when you indicated
13   that you were not involved in the hiring of
14   full-time police officers, is there another
15   kind of police officer that you were involved   11:29:47
16   in the hiring of?
17        MR. NOVIKOFF:  Objection.
18        A.   I was not involved in the hiring
19   of the officers, no.
20        Q.   Are you aware of what the Civil    11:29:55
21   Service requirements were for hiring a police
22   officer in Ocean Beach in compliance with
23   those requirements during your employment as a
24   personnel analyst?
25        A.   Yes.               11:30:12

Page 88

Sanchez

1
2         Q.   Could you identify those
3    requirements, please?
4         MR. NOVIKOFF:  Objection to the
5         form.               11:30:16
6         A.   Are we speaking about a full-time
7    police officer or otherwise?
8         Q.   I asked about full-time, now I
9    will ask about otherwise?
10        MR. NOVIKOFF:  What are you asking  11:30:27
11   about otherwise?
12        Q.   What were you referring to by
13   otherwise Ms. Sanchez?
14        A.   Non-full-time.
15        Q.   Okay.  With respect to        11:30:34
16   non-full-time police officers what were the
17   Civil Service requirements that had to be
18   complied with for the hiring of non-full-time
19   police officers at Ocean Beach during your
20   employment as personnel analyst?        11:30:47
21        MR.. NOVIKOFF:  Objection.
22        MS. ZWILLING:  Objection.
23        A.   I am not sure I understand exactly
24   what you are asking me.  You are asking me
25   what the requirement was for a part-time or    11:31:09

Page 89

Sanchez

1
2    call in, that is what they were called, police
3    officer was in order to be hired?
4         Q..  Yes.
5         MS. ZWILLING:  Let me ask you        11:31:20
6         this, Mr. Graff, and again I am just
7         trying to get to the nub of this so we
8         can go forward.  Are you asking the
9         witness about hiring requirements or
10        Civil Service Law specifications?        11:31:32
11        MR. GRAFF:  Civil Service Law
12        requirements that the --
13        MS. ZWILLING:  There are Civil
14        Service Law specifications, and the
15        village has whatever hiring requirements  11:31:42
16        it has.  The witness, and I think we
17        already made the point, the County does
18        not get involved in the hiring process.
19        There are certain Civil Service Law
20        specifications for police officers        11:31:55
21        generally.  They are not specific to the
22        Village of Ocean Beach or any other
23        municipality.  There is just general
24        Civil Service Law specifications.
25        Now if you want to ask her about    11:32:08

Page 90

Sanchez

1      the Civil Service Law specifications,
2      fine, that is what she is here for.  But
3      I am going to object to any questions
4      with respect to the village's hiring        11:32:19
5      requirements.  This witness has ever
6      worked for the village.  She can't answer
7      on behalf of the village.
8            MR. NOVIKOFF:  Ms. Zwilling, how
9      many CLE credits am I getting for this --  11:32:27
10           MR. GRAFF:  Mr. Novikoff, again
11     this is purely disruptive.  My question
12     is not about Ocean Beach's own internal
13     hiring requirements, it is about Civil
14     Service standards or requirements as they   11:32:42
15     would apply.
16           MS. ZWILLING:  Then why don't we
17     use the term specification since that is
18     the term used in the Civil Service Law.
19     This way we have no confusion.               11:32:51
20        **Q.  Ms. Sanchez, do you understand
21     what I am referring to if I say Civil Service
22     specifications?**
23        A.  Yes.
24        **Q.  Great.  So what were the Civil        11:32:59**

Page 91

Sanchez

1      **Service specifications that applied to
2      non-full-time police officers?**
3            MR. NOVIKOFF:  When?
4         **Q.  In Ocean Beach and other places      11:33:10
5      within Suffolk County?**
6            MS. ZWILLING:  Or the state.
7         **Q.  Or the state?**
8         A.  Well, I am only aware of Suffolk
9      County specifications for non-full-time police  11:33:23
10     officers, but the specifications for the
11     County required that the candidate would have
12     completed a police academy and also have
13     completed a medical, psychological, polygraph
14     and a physical, and passed all of those        11:33:42
15     qualifying exams.
16        **Q.  And if a person did not --**
17           MR. NOVIKOFF:  Objection.
18        **Q.  If those specifications were not
19     complied with would that have any effect on    11:34:01
20     the person's ability to serve as a police
21     officer lawfully?**
22           MS. ZWILLING:  Objection.
23           MR. NOVIKOFF:  Objection.  I don't
24     understand the question.                      11:34:16

Page 92

Sanchez

1            MS. ZWILLING:  That is one of my
2      objections.
3         **Q.  Is a person who has not satisfied
4      those requirements, is that person a civilian,  11:34:21
5      a non-police officer?**
6            MS. ZWILLING:  Objection.  I ask
7      you to rephrase the question because that
8      really didn't make any sense.
9         **Q.  To your knowledge is there any --    11:34:31
10     was there any impact on a person's ability to
11     serve as a police officer if they were not in
12     compliance with a Civil Service specification?**
13           MR. NOVIKOFF:  Objection.
14           MS. ZWILLING:  Objection.          11:34:50
15        A.  I don't know.  The way you asked
16     that question I don't know.  That is not part
17     of what I did.
18  DI    Q.  Do you know whether, and this is
19     only to your knowledge, whether a person could  11:35:06
20     lawfully exercise the powers and duties of
21     police officer if they had not satisfied those
22     Civil Service specifications?
23           MS. ZWILLING:  Objection.  Calls
24     for a legal conclusion, please move on.   11:35:19

Page 93

Sanchez

1      The witness is not an attorney and she is
2      not your expert.
3            MR. NOVIKOFF:  Objection.
4            MR. GRAFF:  I am just asking to      11:35:25
5      her knowledge.
6            MR. NOVIKOFF:  We know what you
7      are asking, yes.
8            MR. GRAFF:  Is that an instruction
9      not to answer?                      11:35:31
10           MS.. ZWILLING:  Yes.
11           MR. GRAFF:  If you could please
12     mark the transcript there.
13        **Q.  To your knowledge if a person were
14     employed as a police officer in compliance    11:35:42
15     with the Civil Service specifications in a
16     jurisdiction other than Ocean Beach, and then
17     went to work as a police officer in Ocean
18     Beach, would he be required to comply with
19     further or additional Civil Service          11:35:59
20     specifications when they transferred to Ocean
21     Beach?**
22           MR. NOVIKOFF:  Objection.
23           MS. ZWILLING:  By whom; the
24     witness is not going to speak to what the  11:36:11

```
1              Sanchez
2    village required.  We don't supervise or
3    manage the village.
4         MR. GRAFF:  I understand that.
5         MS. ZWILLING:  But yet your        11:36:18
6    question calls for her to provide that
7    information.
8         MR. GRAFF:  Ms. Zwilling, you
9    clarified that the Civil Service
10   specifications apply broadly throughout  11:36:25
11   the state.  My question is if a person
12   satisfied those specifications as a
13   police officer in New York would there be
14   any additional specifications that they
15   would need to satisfy under Civil Service 11:36:39
16   Law.
17        MR. NOVIKOFF:  Are you asking
18   Ms. Zwilling that question, because you
19   are looking at Ms. Zwilling.
20        MR. GRAFF:  I am clarifying the      11:36:48
21   question because we may have been
22   speaking at --
23        MS. ZWILLING:  It is all in the
24   Civil Service Law.  The witness is not an
25   attorney.  She is not here to interpret   11:36:53
```

```
1              Sanchez
2    or explain the Civil Service Law to you.
3         MR. NOVIKOFF:  Nor is it a memory
4    test.
5         MS. ZWILLING:  Yeah.  The meaning   11:37:00
6    of the Civil Service Law is not an
7    evidentiary matter in this case.  It is
8    not a matter of debate.  It is something
9    for attorneys like us to research and
10   interpret.  It is not an evidentiary      11:37:08
11   issue.
12        MR. GRAFF:  Ms. Zwilling, are you
13   going to instruct the witness not to
14   answer the question?
15        MS. ZWILLING:  No, I am not.  If    11:37:14
16   she can make sense out of your question
17   she can answer it.  But I will say this,
18   Mr. Graff, you have explicitly
19   acknowledged at this point that you
20   understand that Civil Service does not    11:37:23
21   manage or supervise the village.  Yet you
22   persist in asking questions which call
23   for information as to what Civil Service
24   does with respect to -- please allow me
25   to finish.                      11:37:39
```

```
1              Sanchez
2         Your questions call for
3    information as to what Civil Service does
4    in managing the village.  As long as you
5    persist in asking that type of question I 11:37:50
6    am going to have to object.  I cannot
7    allow the witness to answer any question
8    which inquires as to what Civil Service
9    does in its supervision of the village
10   because there is none.               11:38:05
11        MR. GRAFF:  Okay.
12        MS. ZWILLING:  So frame your
13   questions accordingly, please.
14        MR. GRAFF:  I framed my question
15   as to what Civil Service specifications   11:38:12
16   are applicable in the context.  Is
17   that --
18        MS. ZWILLING:  That is fine, but
19   that was not your original question.
20        MR. GRAFF:  It will be clear        11:38:19
21   enough when we get the transcript.
22   Q.   But asking now that question.
23        MR. NOVIKOFF:  What question?
24   Q.   If a person had satisfied
25   applicable Civil Service specifications for 11:38:30
```

```
1              Sanchez
2    employment let's say in New York City as a
3    police officer would there be additional Civil
4    Service specifications applicable to that
5    person if they were to begin working as a      11:38:41
6    police officer in Ocean Beach?
7         MR. NOVIKOFF:  Objection.  You are
8    presuming that this witness has knowledge
9    of what the New York City Civil Service
10   requirements are and if they are          11:38:56
11   coterminous with that which is required
12   by the Suffolk County Civil Service.  Ask
13   her does she have knowledge of what the
14   New York City Civil Service --
15   Q.   I don't want to confuse it with    11:39:09
16   New York City.  Any municipality in Suffolk
17   County other than Ocean Beach, if a person
18   were a police officer and had complied with
19   the Civil Service specifications of the police
20   officer in the jurisdiction other than Ocean 11:39:19
21   Beach and then worked to begin working as a
22   police officer in Ocean Beach, are there any
23   further Civil Service specifications that
24   would apply to their employment in that
25   context?                         11:39:30
```

Page 98

Sanchez

1          Sanchez
2          MR. NOVIKOFF:  Note my objection.
3      A.  Yes.
4      Q.  And could you please identify what
5  those specifications were?          11:39:35
6          MR. NOVIKOFF:  Objection.
7      A.  They would be required to pass a
8  psychological, a physical, a medical and a
9  polygraph in Suffolk County in order to be
10 employed by a jurisdiction in Suffolk County   11:39:48
11 as a police officer.
12     Q.  So if they had passed all of those
13 exams in the context of their employment as a
14 police officer in Suffolk County, but not in
15 Ocean Beach, would they need to retake those   11:40:01
16 qualifications upon transferring to the
17 jurisdiction of Ocean Beach?
18         MS. ZWILLING:  I am going to
19 object to the question because it is not
20 clear.  When you speak of them passing   11:40:12
21 exams, quote, in Suffolk County, unquote,
22 it is not clear whether what you speak of
23 is them being physically present within
24 the geographical boundaries of the County
25 at the time they took the test, or are   11:40:37

Page 99

1          Sanchez
2  you referring to them achieving the
3  specifications for the Suffolk County
4  Police Department, or something else?
5          MR. NOVIKOFF:  And I am going to   11:40:50
6  object on the grounds of form.  Your
7  question doesn't differentiate between
8  notwithstanding the fact that someone
9  passed the test whether they ever started
10 working for a jurisdiction, whether or   11:41:00
11 not there were breaks in service and for
12 reasons -- whether there was breaks,
13 there could be a military break, there
14 could be other breaks.
15         MS. ZWILLING:  Maybe they   11:41:10
16 qualified and never went to the academy.
17 I mean the possibilities are numerous.
18     Q.  Let me be as clear as I can.
19         If somebody were employed and had
20 passed all of the exams required or under   11:41:21
21 Civil Service specifications to be employed by
22 a Police Department in Suffolk County, but not
23 in Ocean Beach, not a Police Department in
24 Ocean Beach, and they had been actively
25 serving as a police officer and they   11:41:36

Page 100

1          Sanchez
2  immediately thereafter began working in Ocean
3  Beach, would there be any further
4  specifications that they would have to fulfill
5  by virtue of their working in Ocean Beach?   11:41:47
6          MR. NOVIKOFF:  Objection.
7          MS. ZWILLING:  Let me suggest
8  this.  Are you asking the witness whether
9  the Civil Service specifications are the
10 same for all police officer jobs under   11:42:00
11 the jurisdiction of Suffolk County
12 Department of Civil Service.
13     Q.  Let me ask that question.  Are
14 they the same?
15     A.  Yes.          11:42:12
16         MR. NOVIKOFF:  I was going to
17 object to your question, but...
18     Q.  If somebody had been a police
19 officer and had satisfied those, would they
20 need to requalify under those certifications   11:42:20
21 in Ocean Beach; would they need to again
22 attend police academy, again take a medical,
23 again take a psychological exam to begin
24 working in Ocean Beach?
25         MR. NOVIKOFF:  Objection.   11:42:33

Page 101

1          Sanchez
2          MS. ZWILLING:  Objection to that
3  question because it assumes that all of
4  those things are Civil Service
5  requirements.  They may or may not be.   11:42:39
6  In other words Civil Service for example
7  could require a medical, but they may not
8  require academy attendance.  However the
9  individual Police Department which does
10 its own hiring may require academy   11:42:51
11 attendance.
12         So you are grouping apples and
13 oranges together.  You are presuming that
14 each and every one of those is a Civil
15 Service spec in all circumstances and   11:43:06
16 that is not the case.  They are
17 requirements set by the Police
18 Departments and their Civil Service
19 specs.
20     Q.  Okay.  If a person had satisfied   11:43:15
21 all Civil Service specifications for their
22 employment as a police officer in a
23 jurisdiction other than Ocean Beach within
24 Suffolk County would there be any Civil
25 Service specifications that they would not   11:43:28

Page 102

```
 1            Sanchez
 2  have already satisfied for them to be a police
 3  officer in Ocean Beach?
 4            MR. NOVIKOFF:  Objection.  Form.
 5            MS. ZWILLING:  You know,        11:43:37
 6  Mr. Graff, you are asking is there
 7  anything that they have not satisfied.
 8  Your question assumes they have already
 9  satisfied.  What I think what you are
10  driving at is whether they would have to   11:43:49
11  requalify under any circumstances.
12        Now, they may have qualified once,
13  but if they retire for five years and
14  decide they want to resume work as a
15  police officer they may have to requalify  11:44:01
16  based upon their period of service.
17            MR. NOVIKOFF:  Or God forbid if
18  they had a leg amputated perhaps they
19  would have to take an additional
20  physical.                      11:44:14
21            MS. ZWILLING:  Let me suggest this
22  to you, Mr. Graff.  Instead of asking the
23  witness hypotheticals which are improper
24  for a deposition anyway, why don't we at
25  least begin with asking her questions   11:44:25
```

Page 103

```
 1            Sanchez
 2  about your client's situation because
 3  perhaps that will supply all the
 4  information that you do need, and if it
 5  doesn't at least then we can have some   11:44:34
 6  more directed follow up instead of asking
 7  broad scope hypotheticals which may or
 8  may not pertain to the facts of this
 9  case.
10            MR. GRAFF:  Okay, and I will be   11:44:45
11  getting to those issues.
12        Q.  Ms. Sanchez, are there any
13  circumstances in which a person would need to
14  requalify under Civil Service specifications
15  upon beginning to work as a police officer in   11:44:54
16  Ocean Beach after having worked as a police
17  officer somewhere else in Suffolk County and
18  complied with whatever Civil Service
19  specifications were applicable to that
20  employment?                      11:45:07
21            MR. NOVIKOFF:  Objection, calls
22  for a legal conclusion.  Objection on the
23  grounds that it is already contained in
24  the appropriate Civil Service
25  regulations.  That is my objection.      11:45:15
```

Page 104

```
 1            Sanchez
 2        A..  Yes.
 3        Q.  And what circumstances would
 4  necessitate their requalification with those
 5  Civil Service classifications?      11:45:24
 6        A.  Is that with the assumption that
 7  they have already passed all their qualifying
 8  exams previously in a Suffolk County
 9  jurisdiction?
10        Q.  Yes.              11:45:33
11        A.  A break in service would
12  constitute the candidate to be required to
13  take all of their qualifying exams again.
14        Q.  And is there a --
15        A.  A break in service, I apologize,   11:45:47
16  which exceeded a year.
17        Q.  Thank you.
18        And to your knowledge are there
19  any circumstances in which somebody who is
20  employed and in compliance with Civil Service   11:46:08
21  specifications in New York State outside of
22  Suffolk County, if such a person than began
23  working as a police officer in Ocean Beach,
24  are there any circumstances in which they
25  would have to requalify under any Civil   11:46:21
```

Page 105

```
 1            Sanchez
 2  Service specifications?
 3            MR. NOVIKOFF:  Objection.
 4            MS. ZWILLING:  At minimum they
 5  would have to qualify for the first time   11:46:31
 6  if they had not had previous service as a
 7  police officer.
 8        Q.  To be clear I was asking about if
 9  somebody had been employed as a police officer
10  in New York State outside of Suffolk County   11:46:54
11  and then were to immediately thereafter begin
12  working in Ocean Beach as a police officer
13  would there be any Civil Service
14  specifications that they would need to
15  requalify under under any circumstances?      11:47:08
16            MR. NOVIKOFF:  Objection.
17            MS. ZWILLING:  Are you asking
18  whether -- does your question assume they
19  had been working as a full-time permanent
20  police officer, because maybe they were a  11:47:20
21  probationary for a day.  You are mixing
22  up apples and oranges.  These various
23  designations trigger different rights and
24  responsibilities under Civil Service Law
25  and they have to be looked at         11:47:32
```

Page 106

1           Sanchez
2   individually.  But your question is
3   asking for a garbage can answer.
4       MR. NOVIKOFF:  I have not heard
5   that one before, I like that, I am going    11:47:41
6   to start using that.
7       Q.   Ms. Sanchez, as I mentioned at the
8   beginning if you are ever confused by my
9   questions please don't hesitate to tell me.
10      To focus now specifically on        11:47:51
11  somebody who had been employed in New York
12  State outside of Suffolk County as a full-time
13  police officer having satisfied any applicable
14  Civil Service specifications, would there be
15  any further Civil Service specifications that   11:48:04
16  they would need to attain or requalify under
17  to begin working as a police officer in Ocean
18  Beach?
19      MR. NOVIKOFF:  Objection.
20      A.   Yes.  Same answer as before.  If    11:48:14
21  they have not had their qualifying exams
22  performed by the Suffolk County Police
23  Department, they would need to pass all four
24  qualifying exams by Suffolk County's Police
25  Department.                      11:48:30

Page 107

1           Sanchez
2       Q.   And would there be any
3   circumstances in which that would not be the
4   case; are there any exceptions to that rule?
5       MR. NOVIKOFF:  Objection.        11:48:42
6       A.   No.  Not that I am aware of.
7       Q.   So say somebody had been on a SWAT
8   team somewhere in New York State, would they
9   still have to requalify under Suffolk County
10  administered exams?                 11:48:55
11      MR. NOVIKOFF:  Objection.
12      MS. ZWILLING:  Objection.  Are we
13  talking about a police SWAT team?
14      MR. GRAFF:  Yes.
15      MS. ZWILLING:  The objection        11:49:02
16  stands, but if the witness can answer.
17      A.   Given a different job, it doesn't
18  change the answer.  If they don't have their
19  Suffolk County qualifying exams administered
20  by the Suffolk County Police to be employed by 11:49:16
21  a jurisdiction in Suffolk County, then it
22  doesn't apply.  They need to have their
23  qualifying exams and pass them as given by
24  Suffolk County Police.
25      Q.   Thank you.                11:49:27

Page 108

1           Sanchez
2       Is there any Civil Service
3   specifications for Suffolk County with respect
4   to firearms permits for police officers?
5       A.   I am not aware of anything that    11:49:36
6   doesn't have anything to do with what I was
7   responsible for.
8       Q.   As far as you know would a police
9   officer be permitted to work as a police
10  officer prior to their satisfying all of those 11:49:49
11  Civil Service specifications?
12      MS. ZWILLING:  By whom?
13      Q..  By Suffolk County?
14      MS. ZWILLING:  By Suffolk County
15  what; are you asking about is it        11:49:59
16  acceptable under Civil Service Law, or
17  are you referring to the Suffolk County
18  Police Department?
19      Q.   I am referring to the Civil
20  Service Law?                      11:50:09
21      MR. NOVIKOFF:  Objection.  I don't
22  even know what your question is asking.
23  I am confused by it.
24      A.   I am confused by your question as
25  well.                          11:50:16

Page 109

1           Sanchez
2       Q.   Is there any Civil Service Law
3   that would have bearing on whether or not a
4   person could work as a police officer prior to
5   having satisfied the Civil Service        11:50:23
6   specifications in Suffolk County administered
7   by Suffolk County?
8       MS. ZWILLING:  Objection.
9       MR. NOVIKOFF:  Objection.
10      A.   That is more of a jurisdictional   11:50:32
11  type of a question.  I didn't have any role in
12  those types of decisions..  That wasn't part of
13  what my job was to say whether or not they
14  could work.  Once they were hired there was a
15  process that had to be followed and I just had 11:50:50
16  a checklist of things to ensure that they did
17  before the appointment could be approved.
18      Q.   To your knowledge was there
19  anybody in Suffolk County Civil Service who
20  was responsible for that?              11:51:03
21      MS. ZWILLING:  Object to the
22  question to the extent that it assumes
23  that that is the task of Suffolk County
24  Civil Service.
25      MR. GRAFF:  I am not assuming      11:51:13

Page 110

1           Sanchez
2    anything.  I asked if there was
3    anybody who --
4           MS. ZWILLING:  As long as it is
5    clear that there is to be no assumption.  11:51:18
6    A.   I don't know, that was outside the
7    scope of my position, so I wouldn't know.
8       Q.   **In the course of your dealings**
9    **with Ocean Beach as a personnel analyst who**
10   **would you communicate with primarily at Ocean  11:51:37**
11   **Beach?**
12          MR. NOVIKOFF:  Objection.
13   A.   It depends on what the matter was
14   pertaining to.
15      Q.   **Who were the possible people that  11:51:46**
16   **you, or who were the various people that you**
17   **did communicate with with respect to issues**
18   **arising in the context of your work as a**
19   **personnel analyst?**
20   A.   I primarily dealt with Kathryn  11:51:57
21   Spies.  There was also, I actually don't
22   remember the name of the person who was in
23   charge of the Ocean Beach village office
24   there, there was a woman.  Actually there was
25   a turnover, there was one woman who was in  11:52:17

Page 111

1           Sanchez
2    charge of the office and then she left and was
3    replaced by another woman and I would deal
4    with her as well.  But primarily I would deal
5    with Kathryn Spies when it came to reporting  11:52:30
6    personnel transactions.
7       Q.   **And were there any issues in which**
8    **you had to interact with Ocean Beach other**
9    **than reporting personnel transactions?**
10   A.   No, that was our primary function. 11:52:46
11      Q.   **Other than Kathryn Spies and the**
12   **two women whose names you were not certain of**
13   **did you have occasion in the course of your**
14   **work as a personnel analyst to interact with**
15   **anyone else at Ocean Beach?**           **11:53:03**
16   A.   Yes.  I was interacting with
17   George Hesse with regards to police personnel
18   transactions in conjunction with Kathryn
19   Spies.
20      Q.   **And did you interact with George  11:53:18**
21   **Hesse in connection with those issues**
22   **throughout the period of your employment as a**
23   **personnel analyst?**
24   A.   No.  I began to interact with
25   George Hesse after I had already been working  11:53:34

Page 112

1           Sanchez
2    with Ocean Beach for at least a year.  He came
3    into the picture later on after I had already
4    been having my dealings with Ocean Beach.  It
5    was not the entire time, no.       11:53:51
6       Q.   **Do you remember what calendar year**
7    **it was when he came into the picture in that**
8    **context?**
9    A.   2004.
10      Q.   **And prior to your interacting with  11:54:05**
11   **George Hesse on police personnel issues**
12   **beginning approximately 2004 was there**
13   **somebody else at Ocean Beach who you**
14   **interacted with with respect to those issues?**
15   A.   With respect to police issues?   11:54:17
16      Q.   **The issues that you interacted**
17   **with George Hesse with?**
18          MR. NOVIKOFF:  Objection.
19   A.   Kathryn Spies.
20      Q.   **Other than Kathryn Spies, George  11:54:26**
21   **Hesse and the two women whose names you**
22   **weren't sure of was there anyone else who you**
23   **had to interact with in the course of your**
24   **work as a personnel analyst?**
25          MS. ZWILLING:  A lot of people I  11:54:38

Page 113

1           Sanchez
2    am sure.  Your question is without
3    limitation.
4           MR. NOVIKOFF:  Why don't you just
5    ask her if she interacted with Chief  11:54:45
6    Paradiso; isn't that what you are trying
7    to get at?
8       Q.   **Did you interact with Chief**
9    **Paradiso?**
10   A.   No.  My attempts were      11:54:51
11   unsuccessful.
12      Q.   **What do you mean by your attempts**
13   **were unsuccessful?**
14   A.   I called him on a number of
15   occasions and my phone calls went unreturned.  11:55:00
16      Q.   **Would you leave messages with a**
17   **machine when you would call him?**
18   A.   I don't recall.
19      Q.   **Do you recall whether you ever**
20   **spoke with Chief Paradiso before 2004?**      **11:55:14**
21          MR. NOVIKOFF:  Objection.
22   A.   I don't recall.  I don't believe
23   so.
24      Q.   **Did you ever have occasion to**
25   **interact with Mayor Joseph Loeffler of Ocean  11:55:32**

Page 114

```
 1              Sanchez
 2   Beach in the course of your duties as
 3   personnel analyst?
 4       A.  No.
 5       Q.  What about Natalie Rogers, the      11:55:40
 6   former mayor at Ocean Beach, did you ever have
 7   occasion to interact with her in the course of
 8   your duties as personnel analyst?
 9       A.  No.
10       Q.  When did you first meet George     11:55:53
11   Hesse?
12       MR. NOVIKOFF:  Objection.
13       A.  I was in the village beach office
14   there training Kathryn Spies on the proper way
15   to complete Civil Service forms and on      11:56:20
16   reporting procedures.
17       Q.  And when did that occur date wise?
18       A.  I do not remember specifically.
19       Q.  Was it prior to when you started
20   interacting with George Hesse directly in    11:56:42
21   2004?
22       A.  Yes.  When I met him I didn't -- I
23   think I might have spoken to him once or twice
24   because he was still unknown to me when we
25   were introduced.                            11:56:56
```

Page 115

```
 1                Sanchez
 2       Q.  When was the last occasion when
 3   you spoke with George Hesse, the most recent
 4   occasion?
 5       A.  Right before I left Civil Service,  11:57:01
 6   I would imagine that would be April 2007.
 7       Q.  Do you recall what the context
 8   specifically of your last interaction with
 9   George Hesse was?
10       A.  No.                                 11:57:22
11       Q.  Was that last interaction with
12   George Hesse in the course of fulfilling your
13   job duties as a personnel analyst?
14       A.  Yes.
15       Q.  Did you ever interact socially     11:57:37
16   with George Hesse, that is not in the course
17   of fulfilling professional duties?
18       A.  No.
19       Q.  Did you ever spend time with
20   George Hesse socially?                      11:57:50
21       A.  You just asked me that question,
22   no.
23       MR. NOVIKOFF:  Objection.
24       Q.  Did you ever have lunch meetings
25   with George Hesse?                          11:58:04
```

Page 116

```
 1              Sanchez
 2       A.  Yes.
 3       Q.  About how frequently would you say
 4   you had lunch meetings with George Hesse?
 5       A.  On one occasion.          11:58:12
 6       Q.  When was that occasion?
 7       A.  I don't remember exactly.
 8       Q.  Do you remember what year it was?
 9       A.  Late 2004, early 2005 as a guess.
10       Q.  Do you remember why you had an in  11:58:32
11   person lunch meeting with George Hesse on that
12   occasion?
13       A.  It was a working lunch.  He had
14   delivered some documentation to the Civil
15   Service office with regards to the police    11:58:46
16   officers getting qualified, and I needed some
17   documentation that he had.  He brought it to
18   the office and it was normal for a personnel
19   analyst to have working lunches with the
20   clients in the jurisdiction.        11:59:12
21          So it was just reviewing
22   procedures as far as what we were trying to
23   accomplish with regards to his police officers
24   in the department.
25       Q.  Where was your office located as a  11:59:24
```

Page 117

```
 1                Sanchez
 2   personnel analyst?
 3       A.  Hauppauge.
 4       Q.  Was it part of this facility that
 5   we are present in for this deposition today?  11:59:34
 6       A.  No.
 7       Q.  Where did you have the working
 8   lunch that you were referring to with George
 9   Hesse?
10       A.  Maureen's Kitchen, I think it is   11:59:46
11   also Hauppauge, right up the road from here,
12   right up the road from the Civil Service
13   office.
14       Q.  Did there ever come a time during
15   your employment as a personnel analyst when    12:00:03
16   you learned that there were problems or less
17   than total compliance with Civil Service
18   specifications in the context of employment at
19   Ocean Beach?
20       MR. NOVIKOFF:  Objection.  Form.  12:00:22
21       A.  Yes.
22       Q.  And when did you first become
23   aware of that?
24       A.  When I was first given the
25   jurisdiction.                       12:00:36
```

Page 118

```
 1              Sanchez
 2    Q.  Did someone when you were given
 3  that jurisdiction indicate to you that there
 4  were problems with Civil Service
 5  specifications being adhered to in Ocean    12:00:45
 6  Beach?
 7    A.  Actually not -- not specifically
 8  about the specifications, but with regards to
 9  their reporting procedures.
10    Q.  Do you recall who it was who        12:00:57
11  communicated that to you at that time?
12    A.  Mary Biglan.
13    Q.  And I believe you identified Mary
14  Biglan earlier, was she an outgoing personnel
15  analyst?                                   12:01:12
16    A.  No.
17    Q.  What was her position at that
18  time?
19    A.  Personnel analyst.
20    Q.  Had Mary Biglan previously had the  12:01:18
21  jurisdiction of Ocean Beach?
22    A.  Yes.
23    Q.  Do you know why Mary Biglan --
24  strike that.
25        Was it ever explained to you why   12:01:28
```

Page 119

```
 1              Sanchez
 2  Mary Biglan stopped having the jurisdiction of
 3  Ocean Beach at that time?
 4    A.  Because I was new and our
 5  supervisor took jurisdictions from other     12:01:36
 6  analysts to give me work to do.
 7    Q.  And do you recall if Mary Biglan
 8  or anyone else explained to you the nature of
 9  the reporting problems at Ocean Beach that you
10  referred to a few moments ago?              12:01:52
11    A.  That they were negligent in
12  reporting as they were supposed to.
13    Q.  And did you understand that in the
14  context of your duties as a personnel analyst
15  that you had any responsibilities with respect 12:02:07
16  to correcting the reporting issues?
17    A.  I am not really sure I understand
18  your question.
19    Q.  Well, did Mary Biglan indicate to
20  you that you should do anything in particular  12:02:21
21  in response to that negligence that she had
22  identified?
23        MR. NOVIKOFF:  Objection.
24        MS. ZWILLING:  Objection.
25    A.  No.                                 12:02:29
```

Page 120

```
 1              Sanchez
 2    Q.  Did anybody else communicate to
 3  you that there was anything that you should do
 4  in response to those -- that negligence with
 5  respect to reporting?                       12:02:39
 6    A.  I don't know if you mean
 7  specifically something that I should do
 8  or that I should just do something about it;
 9  can you be more specific?
10    Q.  Yes.  Did you understand or did   12:02:51
11  anyone communicate to you that you should do
12  something about those reporting problems?
13    A.  Not specifically something that I
14  should do, but my job was to get them to
15  report which is why I went to the village to  12:03:03
16  teach Kathryn how to report properly so that
17  the problem could be remedied.
18    Q.  Okay.  And just so we are clear
19  what nature of reporting are you referring to
20  in this context?                            12:03:16
21    A.  When there is any change in
22  personnel, when there is a personnel
23  transaction of any type it needs to be
24  reported to Civil Service.
25    Q.  Did you understand at that time   12:03:33
```

Page 121

```
 1              Sanchez
 2  that the reporting problem was generally with
 3  respect to employees at Ocean Beach, or was
 4  there any specific entity or department that
 5  it was unique to at Ocean Beach?            12:03:41
 6        MR. NOVIKOFF:  Objection to the
 7    form.
 8    A.  It was a village wide problem.
 9    Q.  And after meeting with Ms. Spies
10  to train her on reporting compliance in your  12:03:56
11  opinion was the negligent reporting by Ocean
12  Beach ever remedied?
13    A.  To a degree.
14    Q.  To what degree was it remedied?
15    A.  They improved, but they still made 12:04:17
16  lots of mistakes.
17    Q.  Was there -- did there ever come a
18  point in time in the course of your employment
19  as a personnel analyst when in your estimation
20  Ocean Beach had achieved full compliance with 12:04:34
21  reporting requirements?
22        MR. NOVIKOFF:  Objection.  I
23    thought her last answer would have
24    answered that question..
25    A.  No.                                 12:04:42
```

Page 122

Sanchez

1
2     Q.   Was the Town of Islip ever one of
3  your jurisdictions as a personnel analyst?
4     A.   No.
5        MR. GRAFF:  Can I ask the          12:05:06
6  videographer how much time we have on
7  this tape?
8        THE VIDEOGRAPHER:  We have an hour
9  left on the tape.
10       MR. GRAFF:  There is a phone          12:05:14
11 ringing on my side of the table.
12       MS. ZWILLING:  I assume it is a
13 wrong number.
14       MR. GRAFF:  Should I wait for it
15 to --                                         12:05:24
16       MS. ZWILLING:  Yes.  It should go
17 over to the voice-mail.
18       MR. GRAFF:  Let's go off the
19 record.
20       THE VIDEOGRAPHER:  The time is        12:06:07
21 12:05, we are off the record.
22       (Recess taken.)
23       THE VIDEOGRAPHER:  The time is
24 12:06, we are on the record.
25    Q.   To the extent that Ocean Beach      12:07:04

Page 123

Sanchez

1
2  failed to correct any reporting problems that
3  you identified, to your knowledge would there
4  be any consequences if they failed after being
5  notified by you if they continued to fail to    12:07:26
6  satisfy those reporting requirements?
7        MR. NOVIKOFF:  Wrong on so many
8  levels.  Objection to form.
9     A.   No.
10 DI   Q.   To your knowledge would it be      12:07:53
11 improper to pay an employee for serving in a
12 position that had not been properly reported
13 by Ocean Beach?
14       MS. ZWILLING:  Objection.  The
15 Civil Service Commission in Suffolk          12:08:11
16 County does not pay any village
17 employees.  I won't permit her to answer
18 the question.
19       MR. NOVIKOFF:  Objection.
20    Q.   So was it your understanding that  12:08:20
21 a person could continue working in a capacity
22 that had not been properly reported to Civil
23 Service?
24       MS. ZWILLING:  Objection.
25 Hypothetical.  The witness is not here as 12:08:28

Page 124

Sanchez

1
2  the plaintiff's expert.  If you want to
3  know go interpret the Civil Service Law.
4        MR. NOVIKOFF:  Exactly.
5     Q.   Did you ever communicate to Ocean  12:08:36
6  Beach that it would be a problem for a person
7  to continue working in a capacity that had not
8  been properly reported to Civil Service?
9        MR. NOVIKOFF:  Objection.  Form.
10    A.   That had not been properly         12:08:52
11 reported?
12    Q.   Yes.  That is if you identified an
13 improper reporting and it was not remedied,
14 did you ever communicate to anyone at Ocean
15 Beach that that was a problem?              12:09:04
16       MR. NOVIKOFF:  Objection.
17    A.   No, it didn't work like that.  If
18 they were improperly reported it wouldn't
19 disqualify them from working.
20    Q.   Okay.  I have just a very brief     12:09:17
21 question on a document that has been marked as
22 Sanchez Exhibit 3?
23       MS. ZWILLING:  Do I get a copy;
24 thank you.
25    Q..   For clarification I brought        12:09:49

Page 125

Sanchez

1
2  sufficient copies for all counsel for
3  defendant's today?
4        MR. NOVIKOFF:  Don't worry, Ari,
5  you are not going to be punished.          12:09:57
6     Q.   If you could let me know,
7  Ms. Sanchez, after you have had a chance to
8  take a look at the document, do you recognize
9  this document?
10    A.   Yes.                                 12:10:10
11    Q.   Could you identify it, please?
12    A.   It is a Suffolk County Civil
13 Service specification for the title of
14 sergeant in the police towns and villages.
15    Q.   Within Suffolk County Civil         12:10:20
16 Service terminology would Ocean Beach,
17 Incorporated Village of Ocean Beach fall under
18 the category of a town or village in this
19 context?
20    A.   Yes.                                 12:10:31
21    Q.   My question on this one is the
22 very end of the body of the document there is
23 the subheading minimum qualifications, and
24 then on another line also in capitals
25 underlined the word promotional.            12:10:48

Page 126

```
 1              Sanchez
 2         Do you understand what promotional
 3    means in this context?
 4         A.  Yes.
 5         Q.  Could you explain what it means    12:10:52
 6    here, please?
 7         A.  It means that it is a promotional
 8    exam as opposed to an open competitive exam.
 9         Q.  Can you explain what the
10    difference between a promotional exam and an   12:11:02
11    open competitive exam is?
12         A.  A promotional exam is only open to
13    somebody as described in the sentence beneath
14    it as opposed to open competitive which is
15    open to anybody in the general public that    12:11:17
16    meets the qualifications as listed under the
17    minimum qualifications.
18         Q.  Okay, and just so we are clear for
19    the record the minimum qualifications in this
20    context states three years permanent      12:11:33
21    competitive status as a police officer?
22         A.  Uh-hum.
23         Q.  Do you understand what the
24    permanent competitive status as a police
25    officer means in this context?            12:11:47
```

Page 127

```
 1              Sanchez
 2         A.  Yes.
 3         Q.  Can you explain what that means?
 4         A.  That means that somebody who is
 5    holding a position of full-time police officer  12:11:53
 6    competitive, being that they took a test and
 7    met all of the qualifications as required by
 8    the Civil Service Law to allow the -- it came
 9    from a list, so that the list was certified
10    and that they were holding the position for    12:12:08
11    three years permanently, that they would be
12    eligible to take that promotional exam.
13         Q.  And as far as you know at any
14    point during your employment as a personnel
15    analyst did any police officers in Ocean Beach  12:12:24
16    satisfy the standard of three years permanent
17    competitive status as police officers?
18         A.  Yes.
19         Q.  And do you recall specifically who
20    satisfied that standard?                  12:12:41
21         A.  George Hesse.
22         Q.  Did anybody else satisfy that
23    standard as far as you know?
24         A.  He was the only full-time police
25    officer in the village.  So no.            12:12:53
```

Page 128

```
 1              Sanchez
 2         Q.  Was George Hesse in the position
 3    of permanent competitive status police officer
 4    at the time that you began interacting with
 5    him in the course of your duties as personnel  12:13:10
 6    analyst?
 7         MS. ZWILLING:  Objection.
 8    Competitive refers to the nature of the
 9    examination.  It doesn't refer to the
10    nature of the position.             12:13:17
11         MR. NOVIKOFF:  I would have to
12    agree.
13         Q.  Was he serving in a position which
14    after three years duration would have
15    satisfied this qualification standard?     12:13:30
16         A.  Yes.
17         Q.  Thank you.
18         How did you determine that that
19    was the case?
20         MR. NOVIKOFF:  What was the case?   12:13:41
21         MS. ZWILLING:  You just asked her.
22    There has been no testimony that she made
23    such a formal determination.  You asked
24    her if he met the standard.
25         Q.  What is the basis for your     12:13:52
```

Page 129

```
 1              Sanchez
 2    testimony that he met the standard?
 3         MR. NOVIKOFF:  You asked her the
 4    question.
 5         A.  I had viewed his personnel card as  12:14:01
 6    it had been reported by the village, and he
 7    had been longer -- he had been employed there
 8    as a full-time police officer for longer than
 9    three years.
10         Q.  And at the time that you viewed    12:14:20
11    that card do you know whether the information
12    on the card had been verified by anyone in the
13    Suffolk County Department of Civil Service?
14         MR. NOVIKOFF:  Objection.
15         MS. ZWILLING:  Objection because    12:14:35
16    you don't have any testimony that they
17    have the responsibility or the ability to
18    do that.
19         MR. GRAFF:  If they don't then the
20    answer would be no.               12:14:44
21         MS. ZWILLING:  You need to ask the
22    foundational question first, not to ask a
23    presumptive question.  If you want to ask
24    her if Civil Service has the ability or
25    the responsibility of making those     12:14:55
```

Page 130

Sanchez

1   changes, that is a fair question.
2       Q.   Do you know whether Civil Service
3   has the ability to verify whether the
4   information on a personnel card such as        12:15:03
5   personal card that you referred to, whether
6   they have the ability to verify that
7   information?
8       MR. NOVIKOFF:  Objection.  Form.
9       A.   It is kind of a general question.  12:15:12
10  As it applies to this specific case; yes.
11      Q.   And how --
12      A.   As it applies to George Hesse and
13  his card and his competitive status and when
14  he was hired and when he was appointed from    12:15:27
15  the list; yes.
16      Q.   And were you able to verify that
17  information as a personnel analyst?
18      A.   Was I able to; if I needed to.
19      Q.   Did you ever take any steps to       12:15:40
20  verify the information on his personnel card?
21      A.   No.
22      Q.   Do you recall whether the
23  personnel card indicated whether Mr. Hesse had
24  ever taken a sergeant's examination?           12:15:54

Page 131

Sanchez

1       MS. ZWILLING:  I am going to
2   object because your questions presume
3   that this witness played a role in the
4   decision to make George Hesse a sergeant.  12:16:06
5       MR. GRAFF:  Not at all.
6       MS. ZWILLING:  Rephrase the
7   question.  If you want to ask her if she
8   was one of the decision makers who
9   determined to make George Hesse a          12:16:17
10  sergeant, you can move on from there.
11      MR. NOVIKOFF:  I again renew my
12  application.  This is becoming patently
13  irrelevant.  I believe the questions are
14  becoming harassing.  They are patently     12:16:29
15  irrelevant to the allegations in the
16  complaint.  I think we had maybe three
17  questions so far that touch upon anything
18  that is relevant to the complaint.
19      MR. GRAFF:  Your objection is         12:16:42
20  noted.
21      Q.   Do you recall whether the
22  information on the card for George Hesse that
23  you referred to indicated whether or not
24  George Hesse had passed a Civil Service    12:16:51

Page 132

Sanchez

1   examination for the position of sergeant?
2       MS. ZWILLING:  I am going to
3   object because there is no testimony that
4   the cards are required to indicate       12:17:02
5   whether or not the person passed a test.
6   For that reason your question is unfair.
7   If you want to ask her if the card is
8   supposed to contain that information and
9   then she says yes, then you can ask her   12:17:15
10  if this particular card did.
11      But you can't ask a question that
12  presumes that the information was
13  supposed to be contained there so that a
14  negative answer is going to be misused by  12:17:25
15  you to suggest that some misconduct
16  occurred.
17      MR. NOVIKOFF:  I am going to ask
18  for another CLE credit.
19      MR. GRAFF:  I think your            12:17:35
20  presumption about the intended use is --
21      MS. ZWILLING:  Why don't you ask
22  her what the purpose of the card is.
23      MR. NOVIKOFF:  Yes.  You have a
24  habit of asking question number 10        12:17:45

Page 133

Sanchez

1   without laying a foundation for the first
2   9 questions.
3       Q.   Okay.  I just would like to get an
4   answer to the question did the actual card   12:17:50
5   indicate one way or another whether he did?
6       MS. ZWILLING:  Objection to that
7   question.
8       MR. NOVIKOFF:  Me too.
9       MS. ZWILLING:  If you want to ask  12:17:58
10  what the purpose of the card was that is
11  acceptable.  If you want to ask whether
12  the cards are supposed to contain such
13  information that is fine too.  But that
14  question that presumes that there is       12:18:08
15  something that should be in the card that
16  is not there is not a fair of
17  questioning.
18      MR. GRAFF:  I am not presuming
19  that there should be.  I am only asking    12:18:14
20  if --
21      MS. ZWILLING:  I get that you are
22  only asking and I expect you to get that
23  I am objecting.
24      MR. GRAFF:  Okay.  I clearly get   12:18:22

Page 134

1        Sanchez
2    that you are objecting.  Are you
3    instructing the witness not to answer the
4    current question that is pending?
5        MS. ZWILLING:  The witness is        12:18:29
6    happy to answer non-compound questions.
7    Again I would suggest that you ask if
8    that information is supposed to be
9    contained on the card.  If the witness
10   says yes, then be my guest in asking her   12:18:37
11   whether it was contained on this
12   particular card.
13       Do you wish to do that Mr.. Graff?
14       MR. GRAFF:  To facilitate this I
15   will ask the question.  I believe that    12:18:50
16   the speaking objections and colloquy were
17   improper.  You noted the objection and --
18       MR. NOVIKOFF:  You asked her.
19       MS. ZWILLING:  Mr. Graff, I have a
20   duty to represent my client.  When you     12:18:57
21   put a diatribe on the record I would not
22   be looking out for my client's interest
23   were I to sit silent.  When you respond
24   and make certain assertions it becomes
25   incumbent upon me to respond to those.     12:19:12

Page 135

1        Sanchez
2        I would prefer to have no speaking
3    objections, but if you are going to speak
4    I cannot prejudice my client's interest
5    by not responding to the remarks you       12:19:21
6    place on the record.
7        Now why don't we just go on with
8    the questions and try and limit any
9    further speaking objections.
10       MR. GRAFF:  I think that is          12:19:30
11   agreeable to all.
12   Q.   Ms. Sanchez, did the personnel
13   cards of the sort that you had referred to in
14   relation to George Hesse, to your knowledge
15   were they supposed to indicate whether or not  12:19:42
16   the individual in question had satisfied Civil
17   Service examinations for their position?
18       MR. NOVIKOFF:  Objection.
19   A.   That is a different question --
20       MS. ZWILLING:  Whose cards were      12:20:00
21   these; were these the village's cards?
22   A.   That doesn't make sense.
23   Q.   What is the card that you are
24   referring to, the card that had the
25   information recorded by Ocean Beach?        12:20:10

Page 136

1        Sanchez
2    A.   It is called a roster card.
3    Q.   And who -- is the roster card a
4    form that is filled in with specific
5    information?                  12:20:23
6        MS. ZWILLING:  Are you asking if
7    it is a county form or are you asking if
8    it is a village?
9    Q.   I am asking if it is a form of any
10   kind?                    12:20:28
11       MS. ZWILLING:  I think we already
12   established that.
13   A.   It is an index card.
14   Q.   Does the index card have
15   preprinted fields on it that are filled in?  12:20:37
16   A.   Yes.
17   Q.   Who creates the form of the index
18   card?
19       MR. NOVIKOFF:  You mean the person
20   who input it in the computer or handwrote  12:20:47
21   it or --
22       MS. ZWILLING:  Who printed the
23   form, is that what you are asking?
24   Q.   Yes.
25   A.   I would assume the County        12:20:52

Page 137

1        Sanchez
2    department --
3        MS. ZWILLING:  Don't assume.
4    A.   I don't know who printed the
5    cards.                    12:20:59
6    Q.   Who fills out the information on
7    those cards?
8    A.   It is the responsibility of the
9    clerical person and sometimes the analyst.
10   Q.   And when you say the clerical      12:21:10
11   person, is that a clerical person --
12   A.   That is working with the
13   jurisdiction as well as the analyst.
14   Q.   So a clerical person and analyst
15   in the Civil Service Department?        12:21:20
16   A.   Yes.
17   Q.   Where do they obtain the
18   information that is filled out on those forms?
19   A.   From the personnel transaction
20   forms that are filled out by the jurisdiction. 12:21:33
21   Q.   Do you know whether there was a
22   field on those form index cards that reflected
23   the status of any applicable Civil Service
24   examinations for the position that the
25   individual held?                12:21:51

Page 138

Sanchez

1
2    A.   No.
3         MR. NOVIKOFF:  Perhaps you could
4    just request the production of the card
5    and that would answer all your questions  12:22:01
6    pertaining to what forms are present on
7    the card.
8         MS. ZWILLING:  And saved us twenty
9    minutes.
10        MR. NOVIKOFF:  Yes.           12:22:07
11   **Q.   To your knowledge would Civil**
12   **Service take any steps to verify the**
13   **information reported by the municipality that**
14   **was filled in on the form index card?**
15        MS. ZWILLING:  You mean other than  12:22:18
16   asking the municipality for the
17   information?
18        MR. GRAFF:  Yes.
19        MR. NOVIKOFF:  Objection.
20        MS. ZWILLING:  Isn't it enough    12:22:22
21   that they ask for the municipality to
22   provide the information truthfully?
23        MR. NOVIKOFF:  You got my
24   objection, right?
25   **Q.   When the municipality would report  12:22:28**

Page 139

Sanchez

1
2    **the information that would be filled in on the**
3    **cards would that be information supported by**
4    **any documentation?**
5         MS. ZWILLING:  Whose            12:22:47
6    documentation, by whom?
7    **Q.   Any documentation from the**
8    **municipality --**
9         MS. ZWILLING:  Are you asking if
10   the municipality supplies documentation  12:22:53
11   along with the cards; is that your
12   question?
13   **Q.   Yes.  Documentation in support of**
14   **the cards?**
15   A.   On occasion.  It depended on the  12:23:01
16   transaction.
17        MR. NOVIKOFF:  Are you done with
18   your answer?
19        THE WITNESS:  Yes.
20        MR. NOVIKOFF:  Are you catching my  12:23:14
21   objections?
22        THE VIDEOGRAPHER:  Yes.
23        MS. ZWILLING:  Also will say if it
24   will circumvent all of this, we are happy
25   to produce the cards and the underlying  12:23:20

Page 140

Sanchez

1
2    documentation with the plaintiff's
3    consent, their personnel records.
4         MR. NOVIKOFF:  And Mr. Hesse's
5    consent.              12:23:35
6         MS. ZWILLING:  And Mr. Hesse's
7    consent.  Well, if he doesn't consent we
8    will --
9         MR. GRAFF:  We will address that
10   off the record.           12:23:42
11        MS. ZWILLING:  That is not a
12   matter of off the record.
13        MR. NOVIKOFF:  Do you want the
14   cards or not?
15        MR. GRAFF:  I would like the    12:23:53
16   cards, but we can discuss the particulars
17   of consent off the record.
18        MR. NOVIKOFF:  Are you making a
19   formal request for the plaintiff's cards
20   and Mr. Hesse's cards?       12:24:03
21        MR. GRAFF:  I think it should be
22   clear that I am not, and indicating that
23   I would like to discuss it off the
24   record.
25        MS. ZWILLING:  Okay, fine.  So   12:24:11

Page 141

Sanchez

1
2    there is no demand for the cards and the
3    supporting documentation.
4         I am going to need to take a break
5    soon.  I have a court appearance at 2   12:24:22
6    o'clock which I am going to have to
7    find someone else to cover for me if you
8    are going to be done by 1:30.
9         MR. GRAFF:  Would you like to take
10   a break now?              12:24:29
11        MS. ZWILLING:  What time is it?
12        THE WITNESS:  12:25.
13        MS. ZWILLING:  Let's go another
14   few minutes.
15        MR. NOVIKOFF:  Will you be done by  12:24:43
16   1:30?
17        MR. GRAFF:  I will not likely
18   conclude in the next hour.
19   **Q.   Ms. Sanchez, I think this will**
20   **only take a few minutes until Ms. Zwilling is  12:24:57**
21   **ready for a break.  If I could ask you to turn**
22   **your attention to a two-page document that has**
23   **been marked as Sanchez Exhibit 4, produced by**
24   **the County.  No Bates numbers.**
25        **Ms. Sanchez, when you had a moment  12:25:18**

Page 142

```
         Sanchez
1
2    to review the document can you tell me if you
3    recognize the document?
4        A.  I do.
5        Q.  Can you identify the document?      12:25:22
6        A.  Specifications for Suffolk County
7    Civil Service title police officer part-time
8    seasonal.
9        Q.  If I could direct your attention
10   to the second page of the document, the first  12:25:41
11   subheading in capital letters underlined
12   states:  Limitations on part-time employment.
13       My question is when you have had a
14   chance to review the text under that
15   subheading whether or not to your knowledge    12:25:57
16   these limitations apply to the part-time
17   employment of police officers at Ocean Beach
18   during your service as a personnel analyst?
19       MR. NOVIKOFF:  When you say
20   part-time do you mean part-time/seasonal,  12:26:07
21   because you are referring to the
22   part-time employment or limitations on
23   seasonal --
24       MR. GRAFF:  Top heading,
25   limitations on part-time employment.      12:26:20
```

Page 143

```
1            Sanchez
2        A.  What was your question?
3        Q.  Whether or not these limitations
4    to your knowledge apply to the part-time
5    employment of police officers at Ocean Beach   12:26:31
6    during your employment as a personnel analyst?
7        A.  That did apply.
8        MR. NOVIKOFF:  I will just note
9    for the record that this document on page
10   2 is dated 04/05/04.  So it would seem to  12:26:41
11   indicate by the face of the second page
12   that it only applied from that date going
13   forward.  So I will object to the prior
14   question.
15       Q.  To your knowledge did these       12:26:56
16   limitations on part-time employment apply to
17   the part-time employment of police officers at
18   Ocean Beach throughout the period of your
19   service as personnel analyst?
20       A.  Yes.                    12:27:11
21       Q.  And the second subheading, the
22   last subheading on -- which is the second
23   subheading on the second page states:
24   Limitations on seasonal employment, and it has
25   some text underneath it.  Ms. Sanchez, when    12:27:28
```

Page 144

```
          Sanchez
1
2    you had a chance to read what it states there
3    could you tell me to your knowledge were these
4    limitations on seasonal employment applicable
5    to the seasonal employment of police officers  12:27:35
6    at Ocean Beach throughout the period of your
7    employment as personnel analyst?
8        A.  Yes.
9        MR. GRAFF:  Off the record.
10       THE VIDEOGRAPHER:  The time is      12:27:52
11   12:27.  We are off the record.
12       (Luncheon recess taken.)
13       (Time noted:  12:27 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 145

```
1            Sanchez
2     A F T E R N O O N   S E S S I O N
3        (Time noted:  1:54 p.m.)
4    A L L I S O N   S A N C H E Z,  resumed
5        and testified as follows:
6    EXAMINATION BY (Cont'd.)
7    MR. GRAFF:
8        THE VIDEOGRAPHER:  The time is
9    1:54, we are on the record.
10       Q.  Ms. Sanchez, did you have any    13:54:45
11   interviews as part of your application for the
12   personnel analyst position with Suffolk
13   County?
14       A.  Yes.
15       Q.  How many such interviews did you   13:55:00
16   have?
17       A.  It was one interview with a panel
18   of senior personnel in the department.
19       Q.  Do you recall who the members of
20   the panel were?                  13:55:14
21       A.  Florence Dimino, Alan Schneider,
22   Phil Cohen, Barbara Smith, Cynthia DeStefano.
23   Possibly Stan Pelc, but I am not sure about
24   that one.
25       MR. NOVIKOFF:  Let me renew my     13:55:33
```

Page 146

```
1              Sanchez
2    application for costs and fees.  I cannot
3    imagine the relevance of this witness'
4    interviewing process to any of the claims
5    in this case.  But I can't tell her not   13:55:44
6    to answer.
7         MR. GRAFF:  That has been noted.
8    Q.  What position did Stan Pelc hold?
9         MS. ZWILLING:  At what time?
10   Q.  At the time that she interviewed   13:55:56
11   with him?
12        MR. NOVIKOFF:  Does she know what
13   position he held?
14   Q.  Do you know what position Stan
15   Peck held at the time that he interviewed you?  13:56:04
16   A.  No.
17   Q..  Do you know what position he held
18   at any point during your employment as
19   personnel analyst?
20   A.  I think he was a principal     13:56:12
21   personnel analyst.
22   Q.  I may have misheard, did you say
23   that Philip Cohen was always one of the
24   members of the panel?
25   A.  Yes.                 13:56:30
```

Page 147

```
1              Sanchez
2    Q.  Do you recall what position Phil
3    Cohen held?
4    A.  Principal personnel analyst.
5    Q.  Was that at the time that he    13:56:36
6    interviewed you that he held that position?
7    A.  Yes.
8    Q.  And did he hold that same position
9    throughout your employment as personnel
10   analyst?                13:56:45
11   A.  Yes.
12   Q.  What is the difference if you can
13   explain between a personnel analyst and a
14   principal personnel analyst in the context of
15   Suffolk County Civil Service?      13:56:52
16   A.  Principal personnel analyst
17   started as a personnel analyst who then got
18   promoted to a senior analyst and then gets
19   promoted to a principal personnel analyst
20   which is a position that is supervisory in   13:57:06
21   nature.
22   RQ   Q.  And just to note for the record,
23   to the extent that there is any org. charts
24   that reflect the various positions that didn't
25   appear to be reflected on what was marked as   13:57:25
```

Page 148

```
1              Sanchez
2    Sanchez Exhibit 1, we would call for the
3    production.
4         MS. ZWILLING:  I believe it is a
5    matter of public record.        13:57:31
6         MR. NOVIKOFF:  What is an org.
7    chart?
8         MR. CONNOLLY:  Organization chart.
9    Q.  Do you recall that before the
10   lunch break you had been giving some testimony  13:57:43
11   involving index card reporting forms, do you
12   recall what I am referring to?
13   A.  Yes.
14   Q.  Other than those reporting forms
15   were there any other forms that were used for  13:57:52
16   reporting personnel information by the Village
17   of Ocean Beach to Suffolk County?
18        MR. NOVIKOFF:  Objection.  You are
19   asking her if she knew of any forms that
20   were used by Ocean Beach even if they    13:58:08
21   never got to her?
22        MR. GRAFF:  No.  Forms that got to
23   her, if those were the only reporting
24   forms.
25   A.  Ocean Beach did not use the roster  13:58:15
```

Page 149

```
1              Sanchez
2    card to which we were referring before.  Ocean
3    Beach reported their personnel transactions on
4    a form called a CS-150.
5    Q.  And would Ocean Beach complete or   13:58:32
6    fill out the CS-150 forms and transmit the
7    actual forms to you?
8    A.  They would mail them to me after
9    their completion.
10   Q.  Were there any forms other than    13:58:42
11   CS-150 that were involved in reporting
12   personnel information to you?
13        MR. NOVIKOFF:  Objection.
14        MS. ZWILLING:  By the Village of
15   Ocean Beach?                13:58:52
16        MR. GRAFF:  Yes.
17        MR. NOVIKOFF:  Objection.
18   A.  No other Civil Service forms, no.
19   Q.  Were there any other forms that
20   would be filled out other than Civil Service   13:59:01
21   forms that would be filled out by Ocean Beach
22   and sent to you?
23        MR. NOVIKOFF:  Objection.
24   A.  They would -- there was no other
25   forms.  They would sometimes create their own   13:59:11
```

Page 150

Sanchez

1
2  chart to document the information that they
3  were trying to give to me in lieu of filling
4  out a CS-150 to supplement it.
5      Q.   And after the information from the  13:59:25
6  CS-150 would be transferred to the index card
7  reporting form -- actually first let me ask,
8  is there a better name for that?
9      A.  Roster card.
10     Q..  Roster card.  After the CS-150  13:59:38
11  information would be transferred to the roster
12  card would the roster card or any copy of it
13  ever be sent back to Ocean Beach?
14         MS. ZWILLING: Objection. There
15     has been no testimony that the  13:59:49
16     information from the paperwork supplied
17     by the village was transferred on to the
18     roster card?
19         MR. NOVIKOFF:  I join in the
20     objection.  13:59:59
21     Q.   Ms. Sanchez, was the information
22  reported on the CS-150 transferred to the
23  roster cards?
24     A.   After I would review it, the
25  CS-150, and approve or disapprove their  14:00:10

Page 151

Sanchez

1
2  transactions I would then submit that form to
3  my supervisor who would review it for
4  correctness and approval.  From there he would
5  then submit it to the clerical person who  14:00:24
6  would transmit the information that was on the
7  form on to the roster card.
8      Q.   Okay.  And after the roster cards
9  were filled out did they get sent anywhere
10  outside of the Civil Service Department?  14:00:38
11     A.  The roster card did not.
12     Q.  Do you know who Maryann Minerva
13  is?
14     A.  Yes.
15     Q.   Who is Maryann Minerva?  14:00:48
16     A.  She, I think she was the
17  administrator who took over at the Village of
18  Ocean Beach after the first person whose name
19  I don't remember.
20     Q.   She is one of the two women in the  14:01:04
21  village office whose names you didn't remember
22  earlier today?
23     A.  Yes.
24     Q.   And did she take over if you
25  remember at some point after you began working  14:01:12

Page 152

Sanchez

1
2  as a personnel analyst and were assigned to
3  the Ocean Beach jurisdiction?
4      A.  Yes.
5      Q.   Do you recall whether it was  14:01:19
6  communicated to you at any point whether the
7  reporting problems at Ocean Beach had begun at
8  any specific time; that is how long there had
9  been no reporting problems at Ocean Beach at
10  the time that you took over jurisdiction of  14:01:39
11  Ocean Beach?
12         MR. NOVIKOFF: Objection to the
13     form.
14     A.   Can you rephrase that, I don't
15  understand what you are asking.  14:01:46
16     Q.   Yes..  Earlier today I believe you
17  had testified that it was communicated to you
18  when you took over the jurisdiction of Ocean
19  Beach that there were reporting problems with
20  personnel at Ocean Beach; is that correct?  14:01:57
21         MR. NOVIKOFF: Objection.  Her
22  testimony is what it was.
23     Q.   Is that accurate?
24         MR. NOVIKOFF: Objection.
25         MS. ZWILLING: Objection.  14:02:04

Page 153

Sanchez

1
2         MR. NOVIKOFF:  Don't characterize
3     her testimony.
4      Q.   We can go through it again.  Was
5  it reported to you at or around the time that  14:02:10
6  the jurisdiction of Ocean Beach became part of
7  your responsibilities as a personnel analyst,
8  was it reported to you that there were
9  problems with personnel reporting by Ocean
10  Beach to Civil Service?  14:02:29
11     A.   Yes.  Mary Biglan had expressed
12  that to me.
13     Q.   Did Mary Biglan indicate to you
14  how long there had been those reporting
15  problems?  14:02:39
16     A.  No.
17     Q.   Do you recall whether -- strike
18  that..
19         Do you recall any specific
20  interactions that you had with Maryann Minerva  14:02:51
21  as part of your job duties as personnel
22  analyst?
23     A.  Specific?
24     Q.   Any specific issues that you
25  addressed with her, yes?  14:03:03

Page 154

```
1            Sanchez
2        MR. NOVIKOFF:  Objection.
3    Different question.  Objection as to
4    form.
5    A.  No.                    14:03:11
6        Q.  As far as you know has anyone at
7    Suffolk County Civil Service ever directed
8    anyone at Ocean Beach to terminate or end the
9    employment of any employee based on that
10   employee's failure to satisfy Civil Service    14:03:32
11   specifications?
12       MR. NOVIKOFF:  Objection to form.
13   No foundation.
14   A.  There was an employee whose name I
15   don't remember who was working there, she had  14:03:55
16   been working there for a while before I ever
17   was given the jurisdiction.  So she didn't
18   meet the minimum qualifications for the
19   specification, the title that she was hired
20   under.                    14:04:17
21       So I notified the jurisdiction
22   that that person was not qualified to be in
23   that position based on not meeting the minimum
24   qualifications, and that it wouldn't be
25   allowed to retain her in that title.    14:04:33
```

Page 155

```
1            Sanchez
2        Q.  When you say you notified the
3    jurisdiction, did you notify any specific
4    individual?
5        MR. NOVIKOFF:  As opposed to    14:04:48
6    sending a to whom it may concern letter?
7        Q.  Or something more generic, yes,
8    was the notification addressed to a specific
9    person?
10   A.  Yes.                    14:04:57
11       Q.  And who was that?
12   A.  I don't remember.
13       Q.  Do you recall what the position of
14   the employee in question was?
15   A.  Something like historian..    14:05:03
16   Something like that.
17       Q.  If I said archivist would that
18   refresh your recollection?
19   A.  Yes.
20       Q.  Was it archivist?            14:05:12
21   A.  I think it was archivist.
22       Q.  Other than that archivist to your
23   knowledge have there been any other employees
24   who were notified -- strike that.
25       Other than that archivist to your  14:05:26
```

Page 156

```
1            Sanchez
2    knowledge has Suffolk County Civil Service
3    ever notified Ocean Beach that the employment
4    of any employee could not continue based on
5    failure to comply with Civil Service    14:05:39
6    specifications?
7        MR. NOVIKOFF:  Objection as to the
8    characterization of her answer to your
9    question.
10   A.  No.                    14:05:45
11       Q.  Do you recall what the particular
12   specifications were that the archivist had not
13   satisfied?
14   A.  I don't remember what the minimum
15   qualifications were on that specification, but  14:06:02
16   whatever they were she didn't have that
17   experience.
18       Q.  And to your knowledge did Ocean
19   Beach discontinue the employment of that
20   person who had been an archivist in the    14:06:12
21   capacity of archivist?
22   A.  Yes.
23       Q.  To your knowledge did the employee
24   who had been an archivist continue in the
25   employ of Ocean Beach under a different title?  14:06:22
```

Page 157

```
1            Sanchez
2    A.  Not to my knowledge.
3        Q.  Do you know who Alan Loeffler is?
4    A.  I know the name.
5        Q.  And in what context do you know    14:06:34
6    the name?
7        A.  I am not sure if I remember
8    correctly, I think that there was more than
9    one Loeffler.  I don't know if I remember that
10   correctly.  I know there was one that was a    14:06:51
11   mayor or a police officer, I don't remember
12   for sure.
13       Q.  I ask the court reporter to please
14   mark as Sanchez Exhibit 5, a one-page document
15   produced by Ocean Beach bearing Bates number   14:07:11
16   005769.
17       (Sanchez Exhibit 5, one-page
18       document produced by Ocean Beach bearing
19       Bates number 005769, marked for
20       identification, as of this date.)    14:07:44
21       Q.  Ms. Sanchez, if you could take a
22   minute to look over the document and just let
23   me know when you have had a chance to review
24   it.
25   A.  Okay.                    14:08:11
```

Page 158

Sanchez

1
2     Q.   Have you ever seen this particular
3  document before?
4     A.   Yes.
5     Q.   When did you first see this        14:08:14
6  document?
7     A.   Shortly after it was written.
8     Q.   Could you -- were you involved in
9  the drafting of the document?
10    A.   No.                           14:08:27
11    Q.   In what context did you come to
12 see the document?
13    A.   It was part of the records which I
14 was overseeing in my file drawer, and I was
15 involved with attempting to get a copy from   14:08:44
16 George Hesse, a copy of the police officer
17 certification certificate to show that he had
18 completed the academy.  And so I was in
19 contact with George Hesse trying to get that
20 certificate, and upon not being able to     14:09:06
21 retrieve a copy of such because I believe that
22 George Hesse could not locate a copy in his
23 records, and we were also in contact with the
24 Suffolk County Police Academy who was also
25 unable to retrieve a copy to prove that he had 14:09:23

Page 159

Sanchez

1
2  completed the academy.
3     Q.   And just to clarify, when you say
4  to prove that he had completed the academy,
5  are you referring to he as Alan Loeffler who   14:09:35
6  is referenced in this document?
7     A.   Yes, Alan Loeffler.
8     Q.   The very first sentence of the
9  document reads:  We recently received a copy
10 of the letter from --                    14:09:48
11      MR. NOVIKOFF:  The document says
12 what it says, Ari.  If you have a
13 question just ask it.
14    Q.   -- from NYS Division of Criminal
15 Justice Services.                        14:09:58
16      Mr. Sanchez, do you know what NYS
17 Division of Criminal Justice Service is?
18    A.   I know now who they are.  At the
19 time that this letter was written I did not.
20    Q.   As far as you know what is the NYS 14:10:11
21 Division of Criminal Justice Services?
22    A.   DCJS, they oversee -- I don't know
23 how to word it, the criminal justice matters
24 as far as it pertains to police agencies in
25 the state.  Procedures and the laws that     14:10:36

Page 160

Sanchez

1
2  govern what was supposed to be doing.
3     Q.   How did you come to learn of what
4  that entity is?
5     A.   Through my job as a probation     14:10:47
6  officer.
7     Q..   The third sentence of the first
8  paragraph states:  Although we have previously
9  approved the appointment of Mr. Loeffler, the
10 police officer training certificate is a legal 14:11:04
11 requirement for continued employment.
12      Ms. Sanchez, as you sit here today
13 do you have an understanding of what the
14 statement legal requirement for continued
15 employment as it appears in this document    14:11:18
16 means?
17      MS. ZWILLING:  Objection, but if
18 she can answer yes or no I am going to
19 let her.
20    A.   Yes.                          14:11:26
21    Q.   And what is your understanding of
22 what that means in this context?
23      MS. ZWILLING:  Objection.  What
24 she understands someone else's comments
25 mean to a third-party is not relevant.   14:11:34

Page 161

Sanchez

1
2      MR.. NOVIKOFF:  I would agree.
3      MS. ZWILLING:  If you want to know
4  what Phil Cohen meant when he made that
5  statement I think you need to take his     14:11:47
6  deposition.
7      MR. GRAFF:  The witness has
8  indicated that this was a document that
9  she had seen in the context of her
10 employment, all I am asking --            14:11:55
11      MS. ZWILLING:  That doesn't mean
12 that she can read the mind of the author.
13      MR. GRAFF:  I am not asking her
14 about the mind of the author, I am asking
15 when she saw this for the first time if   14:12:02
16 she can clarify more specifically.
17    Q.   Did you understand -- did you have
18 an understanding yourself of what that
19 referred to?
20      MS. ZWILLING:  Asked and answered. 14:12:14
21 She said she did.
22      MR. NOVIKOFF:  I am still trying
23 to figure out the relevancy of that
24 question to this case is.  The issue
25 pertaining to Alan Loeffler may have      14:12:23

Page 162

Sanchez

1                Sanchez
2    relevance to your allegation, I am not a
3    mind reader, but this witness' answer to
4    that question, you don't need a mind
5    reader to figure out that there is no    14:12:32
6    relevance to your allegations.
7          MR. GRAFF: Ms. Zwilling, are you
8    going to let the witness answer the
9    question --
10        MS. ZWILLING: Why don't you    14:12:40
11    re-ask the question.
12   **Q. What is your understanding of what**
13  **legal requirement for continued employment is**
14  **in the context that it appears in this**
15  **document?**        **14:12:50**
16        MR. NOVIKOFF: Objection.
17      A. That there are things that they
18  are legally required to do in order to
19  continue their employment.
20  **Q. To your knowledge was a police**    **14:12:58**
21  **officer training certificate a legal**
22  **requirement for continued employment as a**
23  **police officer at Ocean Beach during the time**
24  **that you served as a personnel analyst?**
25      A. Yes.        14:13:14

Page 163

Sanchez

1                Sanchez
2  DI  Q. Were there any other legal
3  requirements for continued employment at Ocean
4  Beach that you are aware of?
5        MS. ZWILLING: Objection. We went  14:13:21
6    through this this morning. There was
7    lengthy discussion about the fact that
8    among the minimum qualifications is that
9    after appointment the proposed police
10    officer must complete the police academy.  14:13:35
11    We are now going back through the same
12    material in the context of a letter by
13    someone other than the witness.
14        It has all been covered and she
15    has nothing further to say with regards  14:13:48
16    to a letter that she didn't write.
17        MR. NOVIKOFF: I join.
18        MR. GRAFF: Will you let the
19    witness respond to the question?
20        MS. ZWILLING: Well, if it is a  14:13:56
21    proper question I can. If not it is my
22    responsibility to object.
23        MR. GRAFF: Okay.
24        MS. ZWILLING: Now what her
25    opinion on the law is not a proper    14:14:04

Page 164

Sanchez

1                Sanchez
2    subject of inquiry. What she believes
3    somebody may have had in their mind at
4    the time they authored a document is
5    similarly not a proper subject of    14:14:13
6    inquiry.
7        MR. GRAFF: If we can mark the
8    transcript at this point.
9        MS. ZWILLING: What are we
10    marking; I am simply asking you to    14:14:24
11    rephrase the question. There isn't
12    anything to mark.
13        MR. NOVIKOFF: I think he is
14    marking the fact that she didn't answer
15    the question yet. Is that what you are  14:14:30
16    marking Ari?
17        MR. GRAFF: Yes.
18        MR. NOVIKOFF: I can't wait for
19    this motion.
20  **Q. Ms. Sanchez, to the extent that**    **14:14:36**
21  **any employee at Ocean Beach had questions**
22  **about Civil Service specifications that may**
23  **have been applicable to Ocean Beach, do you**
24  **know if there was anybody at Suffolk County**
25  **Civil Service who they could have contacted**  **14:15:01**

Page 165

Sanchez

1                **Sanchez**
2  **and appropriately addressed their question to?**
3        MR. NOVIKOFF: Objection. Are you
4    talking about the receptionist,
5    secretary, who; when you say --    14:15:11
6      A. It depends on the question.
7        MS. ZWILLING: The reason I didn't
8    object is the question is potentially
9    anybody.
10        MR. NOVIKOFF: Anyone that picks  14:15:19
11    up the phone.
12      A. The law is the law. Anybody can
13  answer the question. Being that it is my
14  jurisdiction they could call me or my
15  supervisors or any other analyst in the    14:15:29
16  department.
17    **Q. Okay. Not a lot more on this**
18  **document. If you turn your attention please**
19  **to the second paragraph, the second full**
20  **sentence states: Continued employment would**  **14:15:46**
21  **be a violation of New York State Civil Service**
22  **Law?**
23      A. Yes.
24    **Q. Do you know what that is referring**
25  **to in the context of this document?**    **14:15:56**

Page 166

1         Sanchez
2         MS. ZWILLING: Objection. The
3    witness did not write this document. It
4    calls for a legal conclusion. She is not
5    an attorney, she is not your expert and    14:16:04
6    she is not going to interpret statements
7    regarding the law made by other persons?
8         MR. NOVIKOFF: I join in.
9         MR. GRAFF: Can the testimony
10   continue subject to your objection?    14:16:18
11        MS. ZWILLING: I would suggest
12   that you question around that, to phrase
13   your questions to get relevant
14   information that do not ask the witness
15   to give legal analysis.    14:16:28
16        MR. NOVIKOFF: There are multiple
17   ways in which you can accomplish that
18   Ari.
19   Q.   Was Philip Cohen in his capacity
20   as principal personnel analyst your direct    14:16:43
21   supervisor?
22   A.   Yes.
23   Q.   Did you ever have any
24   communications with Mr.. Cohen specifically
25   about this document which has been marked as    14:16:52

Page 167

1         Sanchez
2    Sanchez Exhibit 5?
3    A.   Yes.
4    Q.   And in substance what do you
5    recall of what was communicated between you    14:17:00
6    and Mr. Cohen with respect to this document?
7    A.   I don't recall any of that
8    conversation.
9    Q.   If you had --
10        MR. NOVIKOFF: Objection.    14:17:19
11        MR. GRAFF: Noted.
12   Q.   If you had read this and wanted to
13   follow up on the statement continued
14   employment would be a violation of New York
15   Civil Service Law to find out what it means,    14:17:29
16   who would you have asked in Civil Service?
17        MS. ZWILLING: Objection.
18        MR. NOVIKOFF: Objection.
19   Q.   Who would know what that means?
20        MR. NOVIKOFF: Objection.    14:17:38
21        MS.. ZWILLING: Obviously the
22   person who made the statement would know
23   what it means. So if you want to ask her
24   who her supervisor is or who their
25   supervisor is, that is fine, but to ask    14:17:48

Page 168

1         Sanchez
2    her hypotheticals based on facts which we
3    have now established did not occur is not
4    a proper question.
5    Why don't you ask her who Philip    14:17:58
6    Cohen's supervisor is.
7         MR. GRAFF: I could ask that
8    question, but that is not the question
9    that I have posed.
10        MS. ZWILLING: That doesn't mean    14:18:07
11   that your question is proper.
12        MR. NOVIKOFF: You have basically
13   asked her, Ari, who if she knows at Civil
14   Service would have an understanding as to
15   what the words violation of the Civil    14:18:15
16   Service Law means.
17        MR. GRAFF: In this context
18   perhaps there is --
19        MR. NOVIKOFF: But in this context
20   means who else looked at this letter.    14:18:24
21   You have not established that foundation.
22        MR. GRAFF: Perhaps there was an
23   attorney with whom Ms. Sanchez could
24   have --
25        MS. ZWILLING: Why don't you ask    14:18:31

Page 169

1         Sanchez
2    her if there was an attorney on staff
3    that she consults with.
4    Q.   Ms. Sanchez, other than Philip
5    Cohen was there anybody with expertise in    14:18:40
6    Civil Service Law who you were aware of that
7    you could have consulted to obtain further
8    information about this statement at the Civil
9    Service Department?
10        MS. ZWILLING: I am just going to    14:18:53
11   object since it is not her statement, but
12   she can answer the question.
13        MR. NOVIKOFF: Objection as to
14   asking this person as to who may have
15   expertise in the Civil Service Law,    14:19:04
16   whatever expertise means. I object to
17   the form of the question.
18        MR. CONNOLLY: Objection to the
19   characterization that Mr. Cohen is an
20   expert.    14:19:19
21        MS. ZWILLING: Why don't you just
22   ask her what the chain of command is over
23   there. I mean you have been driving
24   around that and circling over that all
25   day across 30 different questions. But    14:19:26

Page 170

1              Sanchez
2    if you just asked her what the chain of
3    command is we would have it all out there
4    at once.
5         MR. GRAFF:  Let's try it that way   14:19:30
6    as you suggested..
7         MR. NOVIKOFF:  Once again your
8    suggestion is taken.
9         Q.   What was the chain of command in
10   the Civil Service Department during your   14:19:39
11   employment as personnel analyst?
12        A.   Philip Cohen was my supervisor and
13   his supervisor was Cynthia DeStefano, I don't
14   remember what her exact title is, and her
15   supervisor was Alan Schneider who was the   14:19:59
16   Personnel Director of Suffolk County.
17        Q.   Are either of the three
18   individuals who you just mentioned attorneys?
19        A.   Not that I am aware of.
20        Q.   Was there an attorney in the Civil   14:20:11
21   Service Department who you ever addressed any
22   questions about Civil Service legal
23   requirements to during your employment as
24   personnel analyst?
25        A.   No.                14:20:24

Page 171

1              Sanchez
2         Q.   To your knowledge was there an
3    attorney in the Civil Service Department who
4    you could have addressed such questions to?
5         MR. NOVIKOFF:  Assuming she had   14:20:31
6    such questions?
7         MR. GRAFF:  Yes.
8         MR. NOVIKOFF:  Objection to the
9    form.
10        A.   I don't recall.  I don't believe   14:20:36
11   so.
12        Q.   We can put aside Sanchez Exhibit
13   5, thank you.
14        I am going to ask the court
15   reporter to please mark as Sanchez Exhibit 6,   14:21:03
16   a one-page document produced to us by the
17   County without Bates number.
18        (Sanchez Exhibit 6, one-page
19        document without Bates number, marked
20        for identification, as of this date.)   14:21:43
21        Q.   Do you have that document in front
22   of you?
23        A.   Yes..
24        Q.   When you have had a moment to
25   review the document can you tell me if you   14:21:49

Page 172

1              Sanchez
2    have seen this document before?
3         A.   Yes.
4         Q.   Could you identify the document,
5    please?                14:21:56
6         A.   It is an E-mail that Stan Pelc
7    sent to me with regards to Patrick Cherry.
8         Q.   If you notice at the top left of
9    the page it has the name in bold above the
10   underline it says Chester, Allison?   14:22:18
11        A.   Yes.
12        Q.   Is that a reference to you?
13        MR. NOVIKOFF:  Since the to line
14   says Chester, Allison, and she says it is
15   addressed to her, I would think the   14:22:31
16   answer to that would be yes.
17        MS. ZWILLING:  It is her maiden
18   name, we can agree on that.
19        Q.   At what time did you stop going by
20   the name of Allison Chester?   14:22:40
21        A.   When I got married.
22        Q.   And do you recall receiving this
23   E-mail from Stanley Pelc?
24        A.   Yes.
25        Q.   Do you recall whether you did   14:22:56

Page 173

1              Sanchez
2    anything upon being advised that for a time
3    Ocean Beach police officer candidate Patrick
4    Cherry failed to appear for his physical
5    fitness test on 4/18/2005?   14:23:10
6         MR. NOVIKOFF:  Objection.  Whether
7    she did something pertaining to this
8    E-mail or did she go get a cup of coffee?
9         Q.   Whether she did something
10   pertaining to Patrick Cherry?   14:23:24
11        A.   I don't remember specifically what
12   I did as soon as I received this E-mail.
13        Q.   When it says part-time Ocean Beach
14   police officer candidate, did you understand
15   from that that Patrick Cherry was currently   14:23:38
16   serving as a part-time police officer at Ocean
17   Beach as of the date of the E-mail?
18        MR. NOVIKOFF:  Objection.
19        MS. ZWILLING:  If she had any
20   understanding.  She didn't write the   14:23:48
21   E-mail.
22        MR. NOVIKOFF:  Exactly.  What was
23   your understanding if any of what
24   Mr. Cherry's position was at Ocean Beach,
25   if any, at the time of the E-mail in   14:23:56

## Page 174

1        Sanchez
2    April 18, 2005.  That is the question.
3        MR. GRAFF:  You know --
4        MR. NOVIKOFF:  Will you adopt that
5    question?                    14:24:07
6        MR. GRAFF:  I will adopt that
7    question..
8     A.   Well, he was not working
9    full-time.  I don't recall in what capacity he
10   was working there at that time of year being    14:24:16
11   that this E-mail is dated April.  But he
12   obviously had a physical fitness test
13   scheduled because that was one of the
14   qualifying exams that he had neglected to have
15   completed in order for him to have all of his   14:24:34
16   qualifying exams completed so that he could
17   continue employment.
18       Q.   To your knowledge did Patrick
19   Cherry ever take the physical fitness test
20   referenced in this letter?            14:24:55
21    A.   I don't remember.
22       Q.   And to your knowledge was Patrick
23   Cherry working as a police officer in Ocean
24   Beach as of the date of this E-mail?
25    A.   I don't remember.            14:25:11

## Page 175

1        Sanchez
2        MR. NOVIKOFF:  Objection.  When
3    you say police officer, are you using
4    that in a Civil Service title or
5    generically as a police officer.        14:25:15
6     Q.   Was he wearing a police officer
7    uniform in the course --
8        MS. ZWILLING:  How would she know
9    that?
10       MR. GRAFF:  She visited Ocean        14:25:24
11   Beach.
12       MS. ZWILLING:  She never said she
13   met Patrick Cherry.
14    Q.   Do you know who Patrick Cherry is?
15    A.   No.                      14:25:31
16    Q.   Do you know whether Patrick Cherry
17   was carrying out the duties of a police
18   officer?
19    A.   No.
20       MS. ZWILLING:  How would she know   14:25:37
21   that; the only people who would know that
22   are the village and Patrick Cherry.  She
23   is not a supervisor.
24       MR. NOVIKOFF:  Counselor, I think
25   you are wasting this witness' time.  I   14:25:48

## Page 176

1        Sanchez
2    mean I am getting paid no matter what,
3    but it is bordering on harassment for
4    this witness.
5        MR. GRAFF:  I don't think I am      14:25:58
6    harassing this witness.
7     Q.   Can you put aside that exhibit.
8        I ask the court reporter to please
9    mark as Sanchez Exhibit 7, a one-page document
10   produced by Ocean Beach bearing Bates number   14:26:21
11   005916.
12       (Sanchez Exhibit 7, one-page
13      document bearing Bates number 005916,
14      marked for identification, as of this
15      date.)                     14:26:49
16    Q.   Ms. Sanchez, if you could let me
17   know when you had a chance to review the
18   document?
19    A.   Okay.
20    Q.   Do you recognize this document?    14:27:02
21    A.   I don't recall writing it, no.
22   But it looks like something that I wrote.
23       MR. NOVIKOFF:  Are we looking at
24   the same document; okay, it is from, I
25   apologize.                    14:27:18

## Page 177

1        Sanchez
2     Q.   In the subject line at the top of
3    the document it has capital FT'ers.  Do you
4    recall what you were referring to by that
5    subject line?                 14:27:34
6     A.   No.
7     Q.   Can you tell from the header who
8    this E-mail is addressed to?
9     A.   To George Hesse.
10    Q.   I can see that what looks like two  14:27:42
11   E-mail addresses in the next to the to
12   section?
13    A.   Uh-hum.
14    Q.   Were both of those E-mail
15   addresses addresses for George Hesse as far as  14:27:56
16   you know?
17    A.   Yes.
18    Q.   As far as you know were either of
19   those addresses George Hesse's personal E-mail
20   addresses?                    14:28:07
21    A.   I was not aware.
22    Q.   You wrote here:  George, Paul
23   Trosko can be waived for all tests based on
24   his having passed them before and his status
25   as part-timer.                 14:28:26

Page 178

Sanchez

1          Sanchez
2     Do you recall what you were
3  referring to by that statement?
4          MR. NOVIKOFF: Other than it is
5  referring to Paul Trosko and everything    14:28:36
6  else being self-explanatory?
7     Q.  When you made the statement waived
8  for all tests, do you recall what you were
9  referring to by waived for all tests?
10     A.  Well, I would imagine that I would  14:28:46
11  have written that because he maintained his
12  employment without a break, either including
13  employment in someplace, some other
14  jurisdiction, or with the village.
15     Q.  Okay.  Do you know who Paul Trosko  14:28:59
16  is?
17     A.  No.
18     Q.  Do you know who Gerard Boucher
19  (phonetic) is?
20     A.  No.                    14:29:08
21     Q.  Do you recall why you were
22  conveying this information in this E-mail to
23  George Hesse at this time?
24     A.  Yes..
25     Q.  Why were you conveying what is set  14:29:23

Page 179

Sanchez

1          Sanchez
2  forth in this E-mail to George Hesse?
3     A.  Because my business with George
4  Hesse revolved around attempts to make sure
5  that all of the police officers in the village  14:29:35
6  were properly qualified, that being having
7  taken all the qualifying exams.  And for those
8  officers who needed exams who either had
9  breaks in service that exceeded a year or who
10  had not yet taken the special qualifying exams  14:29:51
11  that they needed, we were working together to
12  get them all scheduled and completed and
13  passed so that all the officers would be in
14  good standing.
15     Q.  Did you ever communicate to George  14:30:03
16  Hesse in substance that it would be prohibited
17  for a person to indefinitely continue serving
18  as a police officer if they did not satisfy
19  those tests and requirements?
20     A.  Yes.                   14:30:21
21     Q.  Do you recall any specific
22  communication with George Hesse when you
23  communicated that information to him?
24     A.  Yes.
25     Q.  What was the context of the most  14:30:31

Page 180

Sanchez

1          Sanchez
2  recent time that you can recall that you
3  communicated that information to George Hesse?
4     A.  I don't know that this is the most
5  recent, but what I do remember is that it was  14:30:42
6  expressed to him that the officers needed to
7  have their qualifying exams completed before
8  they start their employment, and his
9  explanation to me was that the beach was so
10  incredibly busy during the high season that he  14:31:04
11  didn't have any other choice but to have them
12  working.
13          So in light of the fact that me or
14  Civil Service is unable to physically make him
15  not have these people working, we were working  14:31:21
16  with him to get them qualified as they were
17  working.  But he was made aware of the fact
18  that it was not proper procedure for them to
19  be working until they had completed all their
20  qualifying exams.             14:31:36
21     Q.  And when it was communicated to
22  him that that was not proper, was it
23  communicated that it was not proper
24  notwithstanding his excuse that the department
25  was very busy?                14:31:46

Page 181

Sanchez

1          Sanchez
2          MR. NOVIKOFF: Objection.
3  Mischaracterization of what Mr. Hesse
4  said.
5     A.  My point was made.  I didn't need  14:31:51
6  to tell him his excuse wasn't valid.
7     Q.  And do you recall whether you
8  communicated, and what period of time you
9  communicated that information to George Hesse?
10     A.  No, not specifically.  We had been  14:32:16
11  working on this for a long time with a lot of
12  different people and it was very time
13  consuming work, to try to organize all of
14  those names and the different tests, no.  In
15  addition to all the other duties that I had  14:32:40
16  with other jurisdictions and thousands and
17  thousands of other employees that I had to
18  review documentation for, I couldn't possibly
19  remember something specific like that.
20     Q.  Do you recall out of the 13, I  14:32:54
21  believe you said 13 jurisdictions that you
22  had; is that correct?
23     A.  Uh-hum.
24     Q.  Out of the 13 whether Ocean Beach
25  was one of the larger jurisdictions by number  14:33:05

Page 182

1          Sanchez
2  of government employees relative to the other
3  12?
4          MR. NOVIKOFF:  Objection.
5      A.  No.  It was the smallest.        14:33:20
6      Q.  The smallest.  What was the
7  largest if you recall?
8      A.  I had the Suffolk County Sheriff's
9  Department and also Town of Southampton.
10     Q.  Do you recall whether any of the   14:33:43
11 other 12 jurisdictions had similar reporting
12 problems to what you encountered with Ocean
13 Beach?
14         MR. NOVIKOFF:  Objection.
15         MS. ZWILLING:  Objection.  You can 14:33:54
16 answer.
17     A.  Similar with regards to just poor
18 reporting procedures, is that what you mean;
19 or do you mean with regards to the police
20 situation?                          14:34:06
21     Q.  Let's break it down for both.
22 Let's start first with reporting procedures.
23 Were there other jurisdictions among the 12
24 that had similar problems with respect to
25 reporting procedures?                14:34:17

Page 183

1          Sanchez
2      A.  Not as bad.  There were other --
3  fire districts.  Fire districts were not very
4  good with their prompt reporting.  But no, no
5  other jurisdiction was as bad.        14:34:34
6      Q.  Do you recall whether there were
7  any other jurisdictions that had similar
8  problems with respect to reporting for police
9  officers?
10         MS. ZWILLING:  Are you asking     14:34:44
11    about reporting or qualifying now,
12    because you seem to be melding the two
13    different issues together.
14         MR. NOVIKOFF:  I agree.
15     Q.  Based on their reports to you with 14:34:52
16 qualifying police officers?
17     A.  No.
18     Q.  Is there such a term, and I am not
19 trying to confuse things, just trying to
20 facilitate communication if possible, is the  14:35:14
21 term Civil Service certified employee, does
22 that have any meaning that you are familiar
23 with; to say that someone is certified with
24 Civil Service?
25     A.  A person doesn't get certified,   14:35:29

Page 184

1          Sanchez
2  no.
3      Q.  You can put aside that document,
4  thank you.
5          I ask the court reporter to please 14:35:41
6  mark as Sanchez Exhibit 8, a one-page document
7  produced to us by Ocean Beach bearing Bates
8  number 003847.
9          (Sanchez Exhibit 8, one-page
10    document bearing Bates number 003847,  14:35:56
11    marked for identification, as of this
12    date.)
13     Q.  Ms. Sanchez, if you can just let
14 me know when you had a chance to review this
15 document?                           14:36:38
16         MR. NOVIKOFF:  What is the
17    question?
18         (Record read.)
19     A.  Okay.
20     Q.  Ms. Sanchez, have you seen this   14:37:29
21 document before?
22     A.  No.
23     Q.  Then we can put it aside, I am not
24 going to proceed if you have not seen it.
25         Are you familiar with the         14:37:40

Page 185

1          Sanchez
2  designation of a provisional position or
3  provisional appointment in the context of
4  Civil Service?
5      A.  Yes.                         14:37:49
6      Q.  What does that refer to?
7          MS. ZWILLING:  Objection.  You are
8     asking in general or with respect to
9     police officers, because the answer may
10    differ and it is not clear to me that the 14:37:58
11    designation exist with respect to a
12    police officer?
13         MR. NOVIKOFF:  I join in.
14     Q.  Are you familiar with the term
15 provisional appointment with respect to police 14:38:07
16 officers?
17     A.  No.  I have never heard that term
18 applied to a police officer.
19     Q.  What about a police sergeant if
20 that makes a difference?                14:38:18
21     A.  No.
22     Q.  To the extent that you are
23 familiar with a term provisional appointment,
24 what does it mean or in what context are you
25 familiar with it?                     14:38:31

Page 186

```
 1              Sanchez
 2      A.   A provisional employee is someone
 3  who is appointed to a position which is to be
 4  filled off of a Civil Service list, and in the
 5  absence of three or more willing candidates    14:38:41
 6  they are allowed to appoint somebody
 7  provisionally who meets the qualifications of
 8  that title until at which time a list, until
 9  at which time another list has been
10  established with three or more willing         14:39:01
11  candidates.
12          And in order for the person to
13  retain the position of their provisional
14  appointment they would have to be within the
15  top three scorers on the list.                 14:39:12
16      Q.   Could you explain a little bit
17  what the lists that you are referring to in
18  that context?
19      A.   A Civil Service list.
20      Q.   How does a person come to be         14:39:22
21  listed on such a list?
22      A.   You take the test.
23      Q.   I ask the court reporter to please
24  mark as Sanchez Exhibit 9 a two-page document
25  produced to us by Ocean Beach bearing Bates    14:39:51
```

Page 187

```
 1              Sanchez
 2  numbers 000270 through 271.
 3          (Sanchez Exhibit 9, two-page
 4      document bearing Bates numbers 000270
 5      through 271, marked for identification,   14:39:57
 6      as of this date.)
 7      Q.   Again, Ms. Sanchez, if you can let
 8  me know when you had a chance to review the
 9  exhibit?
10      A.   Okay.                                 14:41:05
11      Q.   Have you seen the document,
12  Exhibit 9 before?
13      A.   Have I seen this specific
14  document?
15      Q.   This specific document?              14:41:10
16      A.   This specific document was created
17  after I left Civil Service.  So the answer is
18  no.
19      Q.   Have you seen documents in the
20  form before?                                   14:41:17
21          MR. NOVIKOFF:  Objection.  What
22      form, the first page, the second page,
23      with handwriting on the top, signed by
24      Maryann Minerva; what do you mean?
25      Q.   The form, the two pages without      14:41:27
```

Page 188

```
 1              Sanchez
 2  anything filled in in handwriting?
 3      A.   This is a duty statement, I have
 4  seen it before.
 5      Q.   What is a duty statement if you      14:41:36
 6  can explain it, please?
 7      A.   It is a form that list the duties
 8  that are performed by a particular position.
 9          MR. NOVIKOFF:  I also object to
10      your question because you presume in your 14:41:48
11      question that the second page is normally
12      attached to the first page as part of a
13      Civil Service document, and I don't know
14      if that has been established yet.
15      Q.   Ms. Sanchez, do you know whether     14:42:03
16  these two pages belong together as a single
17  document?
18      A.   They do.  The second page is
19  normally on the back.
20      Q.   Of one --                            14:42:11
21      A.   Of a single sheet.
22      Q.   Based on your familiarity with
23  these forms can you tell what position this
24  specific form relates to?
25          MS. ZWILLING:  It may relate to       14:42:21
```

Page 189

```
 1              Sanchez
 2  more than one position.
 3      A.   It could be for police officer.
 4      Q.   And on what basis do you say it
 5  could be a police officer?                     14:42:35
 6      A.   Based on the fact that that is how
 7  it was classified on the second page, box 8,
 8  it was classified as police officer.
 9          MR. NOVIKOFF:  You are asking this
10      witness, Ari, to opine on a document that 14:42:48
11      was created after she left Civil Service.
12      She is not an expert, and if you want to
13      get the answer to that question I think
14      you can talk to Maryann Minerva or to --
15          THE WITNESS:  Alan Schneider.         14:43:02
16          MR.. NOVIKOFF:  Yeah.
17          MS. ZWILLING:  Their names appear
18      on the document.
19          MR. NOVIKOFF:  I think you have
20      the wrong witness for this document and   14:43:08
21      you should move on.
22          MS. ZWILLING:  Not to mention that
23      I think the document is pretty
24      self-explanatory.
25      Q.   I just have one more question on     14:43:17
```

Page 190

Sanchez

1 the document. On the second page at the top
2 left there is a typewritten name that looks
3 like it is partially cut off in the photocopy.
4 Do you see where I am referring to?       14:43:27
5
6     A.  Uh-hum.
7     Q.  Can you tell what the name was
8 that was partially cut off?
9     A.  No.
10    Q.  That is all for that document.       14:43:33
11        MR. GRAFF:  I ask the court
12 reporter to please mark as Sanchez
13 Exhibit 10, a one-page document produced
14 by Ocean Beach, Bates number 005915.
15        I am sorry, I am going to recall       14:44:08
16 that document.
17        MR. NOVIKOFF:  Can you read back
18 the number so I have it for my record.
19        (Record read.)
20        MR. GRAFF:  We will be coming back       14:44:24
21 to that document.
22        MR. NOVIKOFF:  I don't care.
23        MR. GRAFF:  Instead if we can mark
24 as Sanchez Exhibit 10 a document produced
25 by Ocean Beach bearing Bates number       14:44:37

Page 191

Sanchez

1
2 003911.
3        (Sanchez Exhibit 10, document
4 bearing Bates number 003911, marked for
5 identification, as of this date.)       14:45:01
6        MR. NOVIKOFF:  Just so we are
7 clear, Ari, you are going to show this
8 witness a document that looks like it was
9 created in 1995?
10        MR. GRAFF:  Yes.  My questions go       14:45:11
11 to the form of the document.
12        MR. NOVIKOFF:  Okay.
13    Q.  Ms. Sanchez, when you have had a
14 chance to look over Sanchez 10 can you tell me
15 if you have ever seen this actual document       14:45:25
16 before?
17    A.  No.
18    Q.  Do you recognize the form of this
19 document?
20    A.  Yes.       14:45:30
21    Q.  Can you identify the form of the
22 document?
23        MR. NOVIKOFF:  Other than it
24 saying certificate of eligible?
25    Q.  In what context have you       14:45:38

Page 192

Sanchez

1
2 encountered this form if
3 at all during your employment as a personnel
4 analyst?
5        MR. NOVIKOFF:  How about what is       14:45:44
6 the purpose of this form, if any; I mean
7 might that get right to the heart of it.
8        MR. GRAFF:  It would, but my
9 experience was that when I asked about
10 the purpose of things not created by the       14:45:58
11 witness I get objections.
12        MR. NOVIKOFF:  No, no, the
13 question is what is the purpose of the
14 form..  No one is going to object to that,
15 I don't think it is irrelevant, but I       14:46:04
16 won't object to it.
17    Q.  Mrs. Sanchez, do you know what the
18 purpose of the form is?
19    A.  Yes.  It is to create a list of
20 eligibles based on their score who have taken       14:46:12
21 the Civil Service exam so that the
22 jurisdiction can canvas for a position based
23 on the scores.
24    Q.  And is it typical -- I recall
25 earlier when you talked about lists, that you       14:46:31

Page 193

Sanchez

1
2 had been referring to three names on the list?
3    A.  Top three.
4    Q.  Is it typical to have a form like
5 this that only has one name listed?       14:46:39
6        MS. ZWILLING:  I am going to
7 object.  This is a form that was sent in
8 1995.
9        MR. GRAFF:  In her experience in
10 the forms that she has seen has she       14:46:47
11 encountered forms with one name listed.
12        MS. ZWILLING:  You are talking
13 about an eligible list and a notification
14 to the jurisdiction.  Two completely
15 distinct items.  You seem to be blending       14:47:00
16 them together here.
17        MR. NOVIKOFF:  I join in.
18        MS. ZWILLING:  There is no
19 testimony that this form is used to
20 communicate a list of eligibles.       14:47:11
21    Q.  What is the document used for,
22 this form document as you understand,
23 Ms. Sanchez?
24    A.  When a jurisdiction wants to fill
25 a competitive class position they request the       14:47:21

Page 194

1           Sanchez
2  list for that title, and the certifications
3  department then creates a list which is called
4  a certification of eligibles with a list of
5  the names of the people who had scored on the   14:47:35
6  exam and in the order that they scored highest
7  or lowest.
8      Q.   And during the period that you
9  were a personnel analyst did you ever
10 encounter a form with the list like this that   14:47:44
11 had only one name listed?
12     MR. NOVIKOFF:  Objection.
13     MS. ZWILLING:  For the record I
14     just want it noted that across the face
15     of Exhibit 10 it expressly states County   14:47:54
16     Wide List Available.  So this document
17     does not purport to be a list of one, yet
18     your question is framed in that manner.
19     MR. NOVIKOFF:  I join in.
20     Q.   Do you understand what the         14:48:10
21 reference to a county wide list is in this
22 context?
23     A.   Yes.
24     Q.   Can you explain what that is?
25     A.   A jurisdiction has the option to   14:48:15

Page 195

1           Sanchez
2  either request a list which includes all the
3  names from everybody who had taken the list,
4  which includes everybody in the County, or
5  they can request a list of just the persons in   14:48:26
6  that jurisdiction who are on the list.
7      Q.   And when you say in that
8  jurisdiction what are you referring to;
9  persons in that jurisdiction?
10     A.   People who are residents of that   14:48:39
11 jurisdiction..
12     Q.   And is a municipality, are there
13 circumstances when they have the discretion to
14 hire off of a county wide list or a
15 jurisdiction only list?                        14:48:57
16     MS. ZWILLING:  Objection.  It is
17     governed by Civil Service Law, but if the
18     witness knows she can give you an answer.
19     MR. NOVIKOFF:  I am going to make
20     an application for costs.                 14:49:05
21     Q.   Is that something that can be at
22 the election of the municipality, which list
23 to use, or is that fixed by Civil Service?
24     MR. NOVIKOFF:  Objection.
25     A.   The municipality can choose to     14:49:14

Page 196

1           Sanchez
2  request a county wide list or a jurisdictional
3  list.
4      Q..   Okay.  Just to be clear, the one
5  name that does appear on this is George B.     14:49:26
6  Hesse?
7      MS. ZWILLING:  Yes, we can all
8      agree that that is the single name on the
9      face of the document.
10     MR. NOVIKOFF:  Okay, we got that    14:49:35
11     established.  And also the name of the
12     mayor is Michael I. Youchah.
13     Q.   In the context of these lists of
14 eligibles and certifications of eligibles, are
15 you familiar with a canvas letter; does that   14:50:02
16 mean anything in the context?
17     A.   Yes.
18     Q.   What is a canvas letter in that
19 context?
20     MR. NOVIKOFF:  What context?      14:50:14
21     Q.   The context of eligible lists?
22     A.   A canvas letter is a letter that
23 is sent to the eligible candidates from a list
24 such as this one, a certification of
25 eligibles.  So the people that you see on the   14:50:32

Page 197

1           Sanchez
2  list, you send them a canvas letter to let
3  them know that the position is available and
4  how much it is paying to see if the candidates
5  are interested in interviewing for the         14:50:41
6  position.
7      Q.   So to be sure that I understand,
8  you can get on an eligible list by satisfying
9  certain requirements, and then as positions
10 become available a canvas letter is sent to    14:50:56
11 the individuals on the eligible list and they
12 can elect whether to apply for a specific
13 position?
14     MS. ZWILLING:  Objection.  All of
15     this is set forth in the New York State   14:51:04
16     Civil Service Law.  If the witness has an
17     answer she can give it to you.  But it is
18     subject to our objection.  It is all
19     there laid out in the statute book.
20     MR. GRAFF:  You noted your        14:51:16
21     objection.
22     Q.   Was that accurate?
23     A.   Sort of.
24     MR. NOVIKOFF:  What was accurate?
25     MS. ZWILLING:  You are asking the   14:51:26

Page 198

```
 1              Sanchez
 2     the witness if she agrees with my
 3     objection?
 4       Q.  No, I was asking about my
 5     rendition of how the list works, if I had      14:51:33
 6     stated that correctly?
 7              MR. NOVIKOFF:  I would guess not.
 8     Objection.
 9              MS. ZWILLING:  It would have saved
10     a lot of time if you had familiarized          14:51:41
11     yourself with that in the process of
12     framing the questions that you were going
13     to ask today.
14       A.   You are waiting on an answer from
15     me?                                            14:51:54
16              MR. NOVIKOFF:  No, no.
17       Q.  I was.
18              MR. NOVIKOFF:  I am just looking
19     at you feeling sorry for you.  I came
20     here to find out if you had sex with           14:52:02
21     Mr. Hesse or not.
22              MR. GRAFF:  Mr. Novikoff, your
23     disruptions are not proper during this
24     deposition.
25              MS. ZWILLING:  You wouldn't be        14:52:11
```

Page 199

```
 1              Sanchez
 2     here otherwise?
 3              MR. NOVIKOFF:  No.  Really there
 4     wasn't much importance to it.
 5              THE WITNESS:  I am sorry, I just      14:52:19
 6     threw up a little bit.
 7       A.   The list, you are asking about if
 8     your rendition of -- no, it was not exactly
 9     correct.  You take a test, you get a score.
10     Based on your score it would determine your   14:52:36
11     placement on the list.  When the list is then
12     created at the request of the jurisdiction
13     they receive the list, they send canvas
14     letters, canvas letters are then sent to the
15     candidates starting from the top down.         14:52:56
16              There is a certain procedure as to
17     who is eligible for hire based on the number
18     of candidates on the list.
19       Q.  Okay.  Thank you for that
20     clarification.                                 14:53:09
21              If I can ask the court reporter to
22     please mark as Sanchez Exhibit 11, a one-page
23     document produced by Ocean Beach Bates number
24     5915.
25              (Sanchez Exhibit 11, one-page         14:53:13
```

Page 200

```
 1              Sanchez
 2     document, Bates number 5915, marked for
 3     identification, as of this date.)
 4       Q.   Before we turn to Sanchez 11, Ms.
 5     Sanchez, just to clarify for the transcribed   14:53:55
 6     portion of this deposition.  What precipitated
 7     your throwing up a little bit as you stated a
 8     few minutes ago?
 9              MR. NOVIKOFF:  A comment that
10     Mr. Novikoff made with regard to whether       14:54:06
11     or not this witness had sex with George
12     Hesse, as it is clearly in the transcript
13     and on the video.  So why don't you move
14     on..
15       Q.   Was the reason that you threw up a     14:54:16
16     little bit because you were laughing or
17     because the thought of the question made you
18     ill?
19       A.   Because the thought of that made
20     me ill.                                        14:54:23
21              MR. CONNOLLY:  Objection.
22       Q.   Turning to Sanchez 11, have you
23     seen this particular document before,
24     Ms. Sanchez?
25       A.   No.                                     14:54:39
```

Page 201

```
 1              Sanchez
 2       Q.   Can you identify the document?
 3       A.   It is a certification of eligibles
 4     list for the title of police officer..
 5       Q.   The fourth name down --              14:54:55
 6              MR. NOVIKOFF:  Let the record
 7     reflect that it is George Hesse.
 8     Question.
 9       Q.   The address for George Hesse is
10     315 Bay Walk?                                14:55:05
11              MR. NOVIKOFF:  Box 371.
12       Q.   Box 371.  Ms. Sanchez, do you know
13     where that location is?
14              MS. ZWILLING:  It is a post office
15     box.                                          14:55:18
16              MR. NOVIKOFF:  Presumably in Ocean
17     Beach, New York because the next line
18     says Ocean Beach, New York 11770, which
19     presumably is the zip code for Ocean
20     Beach.                                        14:55:32
21              MR. GRAFF:  It could also be a
22     government building that has boxes for
23     various employees.
24              MS. ZWILLING:  Why would she know
25     that?                                         14:55:39
```

Page 202

Sanchez

1
2       MR. GRAFF:  If she doesn't know,
3   the answer is she doesn't know.
4       MS. ZWILLING:  She doesn't work
5   for Ocean Beach, she works for the        14:55:46
6   County.
7       A.  I have no idea.
8       Q.  And when it says under George
9   Hesse's name, three asterisks, pending item,
10   three asterisks, med, psych, agility and        14:55:56
11   polygraph, do you understand what that is
12   referring to in the context of this document?
13       A.  Yes.
14       Q.  What is it referring to?
15       A.  As it is listed for all the        14:56:09
16   employees on the list, everybody who takes
17   this test is required to pass a med, psych,
18   agility and polygraph.
19       Q.  If I could just briefly turn your
20   attention back to Sanchez 10, the 1995        14:56:25
21   document that I know you have not seen before,
22   when it says under George Hesse's name with a
23   pound symbol, pending agility, medical and
24   psychological exams, do you understand what
25   that is referring to?        14:56:44

Page 203

Sanchez

1
2       MR. NOVIKOFF:  Does she understand
3   what the author in 1995 meant?
4       Q.  Based on her familiarity with
5   these forms can she interpret what that        14:56:53
6   statement means?
7       MS. ZWILLING:  Are you asking her
8   if she knows whether or not George Hesse
9   passed any of these qualifications in
10   between the dates of the two lists.        14:57:02
11       Q.  No..  I am asking whether I am
12   interpreting Sanchez Exhibit 10 correctly in
13   stating that George Hesse had not passed those
14   as of this date?
15       MS. ZWILLING:  I don't know if she 14:57:15
16   is going to know.
17       A..  I wouldn't know that.
18       Q.  Thank you.
19       I would ask the court reporter to
20   please mark as Sanchez Exhibit 12 a one-page        14:57:34
21   document produced to us by Suffolk County
22   without Bates number.
23       (Sanchez Exhibit 12, one-page
24   document without Bates number, marked
25   for identification, as of this date.)        14:58:18

Page 204

Sanchez

1
2       Q.  Ms. Sanchez, first why don't you
3   take a look at the document?
4       A.  I did.
5       Q.  As far as you know were there any  14:58:24
6   Civil Service specifications with respect to
7   the standards for establishing residency
8   within a municipality for purposes of
9   employment?
10       MS. ZWILLING:  Objection. Are you 14:58:40
11   asking about whether Civil Service has
12   residency specifications or whether the
13   municipalities?
14       Q.  Whether Civil Service has any
15   standards for residency or whether it is        14:58:51
16   something that is left to the municipalities?
17       MS. ZWILLING:  Wouldn't it be
18   against State law for Civil Service to
19   make those types of residency
20   requirements in place of the        14:59:02
21   municipalities?
22       MR. NOVIKOFF:  She got you there
23   Ari.
24       Q.  Ms. Sanchez, are you aware of any
25   Civil Service specifications?        14:59:13

Page 205

Sanchez

1
2       A.  No, I am not aware, no.
3       Q.  Turning to Sanchez 12, do you
4   recognize this document?
5       A.  Yes.        14:59:19
6       Q.  Could you identify the document,
7   please?
8       A.  It is a letter that I wrote to the
9   mayor notifying him that I had become aware
10   that George Hesse was working in a supervisory 14:59:31
11   capacity and that we needed them to submit a
12   duty statement to reflect such.
13       Q.  And I notice that the letter has
14   your name at the signature block, but it is
15   not signed. Do you recall whether you ever        14:59:44
16   signed a copy of this letter?
17       A.  No.
18       Q.  Do you recall whether you ever
19   sent this letter to Ocean Beach?
20       A.  I believe I did.  I believe that I 14:59:55
21   wrote this at the request of my supervisor as
22   well.
23       Q.  Do you know why you addressed the
24   letter to Joseph Loeffler Mayor rather than
25   anyone else at Ocean Beach?        15:00:10

Page 206

```
1              Sanchez
2      A.  I don't recall.  I would imagine
3  because he is the person in charge of the
4  whole village.
5      Q.  Do you recall whether you ever as   15:00:18
6  part of your work as a personnel analyst
7  addressed any other letters to the Mayor of
8  Ocean Beach?
9          MR. NOVIKOFF:  Objection to
10     foundation.  I think given the timing of   15:00:30
11     this letter, Ari, the fact that it
12     pertained to George Hesse probably
13     precipitated her to send it Mr. Hesse's
14     superior.  And if there is another
15     similar instance then I would think the   15:00:46
16     question would be valid.  Other than that
17     I think you lack foundation.
18         MR. GRAFF:  Your objection is
19     noted.
20     Q.  Do you recall, Ms. Sanchez,       15:00:55
21  whether you in fact addressed any other
22  letters to the Mayor of Ocean Beach?
23     A.  I don't recall.
24     Q.  When you wrote the department has
25  become aware, how did you personally become   15:01:07
```

Page 207

```
1             Sanchez
2  aware if you did?
3      A.  Because I would speak to George
4  Hesse on the telephone and I was aware of what
5  his responsibilities entailed in part due to   15:01:15
6  the fact that he was taking responsibility for
7  attempting to clear up the dealings with the
8  qualifying exams as a police officer only,
9  that is not normally a police officer's role,
10 but somebody who is taking on more of a         15:01:37
11 responsibility would be assumed to have a
12 higher level of responsibility such that he
13 was a supervisor and designating assignments
14 and being responsible for employee records.
15     Q.  Other than designating assignments  15:01:51
16 and being responsible for employee records are
17 there any other duties that fall under the
18 heading of supervisory responsibility as you
19 used it in this document?
20         MR. NOVIKOFF:  As it pertains to   15:02:04
21     Mr. Hesse or in general?
22     Q.  As it pertains to Mr. Hesse?
23         MR. NOVIKOFF:  I still object.
24     A.  I don't know exactly what else he
25  did.  I knew what I just mentioned, that he   15:02:11
```

Page 208

```
1             Sanchez
2  was responsible for the maintaining of the
3  other officers' records as well as assigning
4  responsibilities to them.  The fact that I
5  didn't know the rest of what he did would    15:02:26
6  explain why we needed a duty statement.
7      Q.  And do you recall whether any duty
8  statement was submitted; did you ever receive
9  that?
10     A.  I don't recall ever receiving one. 15:02:40
11     Q.  When did you become aware that
12  George Hesse had been exercising supervisory
13  responsibilities as stated in this document?
14     A.  When we first started speaking on
15  the phone when he took over for Paradiso I    15:02:52
16  think his name was, whoever was out on office
17  comp.  So when I finally was able to speak to
18  somebody on the telephone with regard to
19  other officers, that person was George Hesse.
20     Q.  And approximately what time frame  15:03:09
21  did that occur?
22     A..  I don't remember exactly.  I guess
23  if you look back on when Chief Paradiso left,
24  perhaps it is around that time, whenever
25  George Hesse took over.  I don't know exactly. 15:03:24
```

Page 209

```
1             Sanchez
2      Q.  Do you recall whether it was
3  within a few months of January 2007?
4      A.  Yes.
5      Q.  Was it within a few months of --   15:03:38
6      A.  Yes.
7      Q.  It was within a few months?
8      A.  That I was aware of the
9  supervisory responsibilities?
10     Q.  That you first became aware?       15:03:48
11     A.  Yes.
12     Q.  And from the time that the
13  jurisdiction of Ocean Beach became part of
14  your portfolio as a personnel analyst until
15  the time that you started dealing with George 15:03:59
16  Hesse did you ever communicate directly with
17  Ed Paradiso as part of your responsibilities
18  as a personnel analyst?
19     A..  I believe I testified before that
20  I tried to contact him unsuccessfully.       15:04:11
21     Q.  Were you ever successful in
22  contacting him?
23     A.  I believe I also stated that I was
24  unsuccessful in my attempts to speak with him
25  and there is a possibility maybe I spoke to   15:04:26
```

Page 210

Sanchez

1   him once, but I don't think so.
2   
3   MR. NOVIKOFF:  That would be on
4   the first page of your notes.
5   **Q.   I believe you already indicated, I  15:04:35**
6   **am just checking in my notes to be sure, but I**
7   **will ask again.  The training with Ms. Spies**
8   **that you had referred to earlier, at**
9   **approximately what period of time did that**
10  **take place?                              15:05:12**
11  MR. NOVIKOFF:  Objection.
12  A.   I don't remember.  I don't
13  remember.  Before I -- I don't know.  I can't
14  even say.  I submitted travel vouchers, if you
15  want to look up specifically with the County,  15:05:30
16  that is available I suppose, but I don't
17  remember.
18  RQ  Q.   We will call for production of the
19  travel vouchers.
20  MS. ZWILLING:  We will take it    15:05:41
21  under advisement.
22  **Q.   As you sit here today do you**
23  **recall whether it was the case that there**
24  **were -- there was a period of years from when**
25  **Ocean Beach became part of your jurisdiction   15:05:54**

Page 211

Sanchez

1   
2   **and -- when it first became part of your**
3   **jurisdiction and when you ultimately succeeded**
4   **in speaking with George Hesse?**
5   MR. NOVIKOFF:  What; objection.  I  15:06:08
6   don't -- read it back.  I don't think
7   that was a question.
8   MR. GRAFF:  Maybe I mis-spoke on
9   that.
10  MS. ZWILLING:  There was no issue   15:06:18
11  about difficulty in communicating with
12  George Hesse.  The witness stated that it
13  was Chief Paradiso that was not returning
14  her phone calls.
15  **Q.   Did your efforts to communicate    15:06:27**
16  **with Chief Paradiso continue over a period of**
17  **years?**
18  A.   No.
19  **Q.   How long a period of time**
20  **approximately were you engaged in -- over how   15:06:35**
21  **long a period of time were you attempting to**
22  **communicate with Paradiso?**
23  A.   I don't recall.  It was not like I
24  was trying every day, I had other
25  jurisdictions to attend to.  So I would try  15:06:47

Page 212

Sanchez

1   
2   periodically.  But it was not one of my main
3   missions.  I don't remember.
4   **Q.   Other than trying to call Paradiso**
5   **did you ever try sending him written letters?  15:06:59**
6   A.   I don't recall doing that.
7   **Q.   Do you recall ever sending him**
8   **E-mails?**
9   A.   No.
10  **Q.   In Sanchez 12 when you wrote the   15:07:08**
11  **text of this to Ocean Beach did you -- strike**
12  **that.**
13  **Did you ever communicate to anyone**
14  **at Ocean Beach that George Hesse was not**
15  **permitted to continue serving in the   15:07:46**
16  **supervisory capacity until a new duty**
17  **statement was submitted as referenced in**
18  **Sanchez 12?**
19  MR. NOVIKOFF:  Objection to the
20  form.  I don't know if you established a  15:07:56
21  foundation that that is what would be the
22  consequence.
23  A.   No.
24  **Q.   Was George Hesse permitted to**
25  **continue working until such time as the duty   15:08:07**

Page 213

Sanchez

1   
2   **statement referenced here was submitted,**
3   **working in a supervisory capacity?**
4   MS. ZWILLING:  Are you asking if
5   the village allowed him to do so?     15:08:15
6   MR. NOVIKOFF:  Right, what are you
7   asking?
8   **Q.   With respect to Civil Service**
9   **specifications did any Civil Service**
10  **specification that you are aware of in       15:08:22**
11  **substance prohibit the continued service of**
12  **George Hesse in a supervisory capacity?**
13  MS. ZWILLING:  I am going to
14  object to the questions because it has
15  been explained very clearly that the    15:08:32
16  specifications and qualifications are
17  prerequisites to qualifying for the job.
18  They are not rules governing the carrying
19  out of the position or who is qualified
20  to remain in that position.       15:08:44
21  MR. GRAFF:  Okay.
22  MR. NOVIKOFF:  I think the issue
23  is is it a violation of Civil Service
24  Law, not whether or not Civil Service
25  prohibits anyone from working.       15:08:54

Page 214

```
 1            Sanchez
 2      MS. ZWILLING:  Yes.  He may have
 3  been ineligible, improperly hired in the
 4  first place.  That doesn't mean that
 5  there is a part of Civil Service Law that  15:09:03
 6  requires that he be terminated.
 7      MR. GRAFF:  That is what I am
 8  asking.
 9      MS. ZWILLING:  But that is not
10  what you are asking, Mr. Graff.  The        15:09:11
11  witness has explained that the Civil
12  Service requirements are towards
13  minimally qualified for the job.  It has
14  been explained to you that Civil Service
15  is not in the capacity of managing and      15:09:21
16  supervising persons once they meet those
17  minimum qualifications.
18      MR. GRAFF:  Okay.
19  Q.   Let me ask a different question.
20      Ms. Sanchez, when you drafted the       15:09:35
21  document marked as Sanchez 12 did you
22  understand that George Hesse could continue
23  working as far as any Civil Service
24  specifications are concerned, could continue
25  working in a supervisory capacity even if he 15:09:50
```

Page 215

```
 1            Sanchez
 2  did not submit the duty statement referenced
 3  here?
 4      MS. ZWILLING:  Objection.  But you
 5  can answer.                                 15:09:59
 6      MR. NOVIKOFF:  Objection.
 7  A.   Based upon the way I was directed
 8  from my supervisor, the way I was taught,
 9  Civil Service prefers that people do not work
10  out of title in a higher position, which is  15:10:14
11  why the duty statement was requested.  We were
12  aware that he was working out of title based
13  on necessity because there was nobody else
14  there to do the job as required.
15      However it is not something that        15:10:33
16  we are going to -- we could do anything about,
17  we don't have that type of authority, we don't
18  physically go in and make them stop, they were
19  doing it anyway.  So in an attempt to remedy
20  and right the situation we asked them to      15:10:48
21  submit the proper documentation so that we
22  could have the documentation and his position
23  reflect the job that he was doing so that
24  everything would be done the right way.
25  Q.   And other than asking for             15:11:03
```

Page 216

```
 1            Sanchez
 2  documentation is there any other action that
 3  you are aware that Civil Service could have
 4  taken other than requesting?
 5      MR. NOVIKOFF:  Objection.  To the       15:11:14
 6  extent there is any such action it would
 7  be reflected in the Civil Service Law and
 8  in the regulations.
 9      MS. ZWILLING:  As a matter of fact
10  it is reflected in Sanchez 9 which we        15:11:23
11  went through earlier.  They submitted the
12  statement for an out of title and it was
13  rejected.  That is what Sanchez 9 is.
14      MR. GRAFF:  Ms. Sanchez has
15  testified that as far as she knows no         15:11:37
16  duty statement was submitted in response
17  to this.
18      MS. ZWILLING:  I don't think that
19  is what she said.  There was none
20  submitted while she was there.  She          15:11:45
21  testified that statement was submitted
22  after she had left, and she cannot
23  address what the author of that document
24  had in their mind.  But it is clear on
25  the face of the document that it was         15:11:56
```

Page 217

```
 1            Sanchez
 2  rejected.  It was not approved for out of
 3  title work.
 4      MR. NOVIKOFF:  I believe her
 5  testimony was I don't recall that being      15:12:04
 6  done.
 7      MS. ZWILLING:  She is not going to
 8  recall it being done if she was not there
 9  when it happened, and we have already
10  established that the statement was           15:12:18
11  submitted after she left the position.
12  Q.   Turning back to Sanchez Exhibit 9,
13  where on the face of the document does it
14  indicate that this position update was
15  rejected?                                    15:12:27
16      MS. ZWILLING:  Second page.
17  A.   Second page, box 8 where it was
18  classified as police officer competitive.
19      MR. NOVIKOFF:  You got to look at
20  the documents, Ari.                          15:12:40
21      MR. GRAFF:  I am not completely
22  clear on this.
23      MS. ZWILLING:  They rejected his
24  contention that he was functioning as a
25  sergeant, saying that the position is in     15:12:49
```

Page 218

Sanchez

1       Sanchez
2    fact police officer.  They rejected his
3    request -- that the position he was
4    working in was that of a police officer.
5    They requested -- rejected the request      15:12:56
6    for out of title.  It is very obvious.
7    Signed Alan Schneider, that is where Alan
8    Schneider signed it.
9          MR. GRAFF:  Where on the
10   document does it indicate that this was a  15:13:09
11   request for --
12         THE WITNESS:  That is why it
13   was -- that is what the purpose of the
14   document is.  It is a request for a
15   position to be classified.          15:13:13
16     **Q.   So this was not a position update**
17   **making George Hesse a police officer**
18   **competitive?**
19     A.  Well, it is a request for his
20   position to be updated.          15:13:24
21         MR. NOVIKOFF:  I mean you are
22   spending so much time on these documents
23   that occurred after the non-hiring of
24   your clients back in April of 2006.  For
25   the life of me, Ari, I just don't get it.  15:13:38

Page 219

Sanchez

1       Sanchez
2          THE WITNESS:  And I wasn't there.
3          MS. ZWILLING:  The document says
4    within, on its face, he submitted a
5    request for an upgrade of his position      15:13:46
6    from police officer to police sergeant,
7    and Civil Service rejected the request.
8    It is signed by Alan Schneider, August
9    28, 2007, indicated in box number 8 on
10   page 2.                  15:14:06
11     **Q.   What part of the document does it**
12   **indicate that Hesse was requesting police**
13   **sergeant as his update?**
14     A.  I don't see that written on there.
15     **Q.   Do you see anywhere where it      15:14:21**
16   **indicates that there was a rejection of**
17   **something?**
18     A.  No, but perhaps you should ask the
19   people who wrote that.  I really can't attest
20   to what they had in their mind when they wrote  15:14:30
21   it or why they submitted it.  If they did it
22   by request or if they did it on their own.
23         I can't testify to anything about
24   this document because I didn't work there any
25   more.                  15:14:38

Page 220

Sanchez

1       Sanchez
2     Q..  Okay, I understand that and I
3    wouldn't have gone back into it except that
4    Ms. Zwilling indicated that it was obvious on
5    its face.              15:14:48
6          MS. ZWILLING:  I was trying to
7    move it along, and it is obvious on its
8    face.
9          MR. GRAFF:  How much time has
10   elapsed on this tape.          15:15:02
11         THE VIDEOGRAPHER:  I have 15
12   minutes.
13         MR. GRAFF:  Take a short break
14   here.
15         THE VIDEOGRAPHER:  The time is      15:15:07
16   3:14.  We are off the record.
17         (Recess taken.)
18         MR. GRAFF:  Would you mark as
19   Sanchez Exhibit 13, document numbered
20   002670.              15:20:26
21         (Sanchez Exhibit 13, document
22   numbered 002670, marked for
23   identification, as of this date.)
24         MR. GRAFF:  Would you mark as
25   Sanchez Exhibit 14, document headed      15:20:52

Page 221

Sanchez

1       Sanchez
2    report of personal changes.
3          (Sanchez Exhibit 14, document
4    headed report of personal changes,
5    marked for identification, as of this      15:20:55
6    date.)
7          THE VIDEOGRAPHER:  The time is
8    3:25, we are on the record.
9     **Q.  Ms. Sanchez, during the break I**
10   **asked the court reporter to mark as Sanchez      15:26:01**
11   **13, a one-page document produced by Ocean**
12   **Beach bearing Bates number 2670.  If you could**
13   **take a look at the document and let me know**
14   **when you had a chance to look it over.**
15     A.  Yes.              15:26:41
16     **Q.  Ms. Sanchez, have you seen Sanchez**
17   **Exhibit 13 before?**
18     A.  I don't remember seeing that.
19     **Q.  Do you recall whether you ever**
20   **received correspondence from Edward Paradiso      15:26:49**
21   **in your capacity as personnel analyst?**
22     A.  I don't recall.
23     **Q.  The very first line of text**
24   **references a DCJS form 2214 police registry**
25   **form.  Do you know what that is?          15:27:07**

Page 222

```
1              Sanchez
2     A.   Yes.
3     Q.   What is that?
4     A.   When a police officer is working
5  in a jurisdiction the DCJS needs to be        15:27:15
6  notified of who they are, and there is like
7  four spots on it, but a portion of it gets
8  filled out by the employee, and another
9  portion is filled out by the jurisdiction, and
10 another portion is filled out by Civil Service  15:27:33
11 stating that this person is working in that
12 title.  I don't remember what the other
13 section is, but it is something that gets sent
14 upstate to DCJS.
15    Q.   Thank you.  You can put aside      15:27:46
16 Sanchez Exhibit 13.
17         The court reporter has also marked
18 a document, Sanchez Exhibit 14, a one-page
19 document produced by Ocean Beach under Bates
20 number 231.                       15:28:05
21    A.   Yes.
22    Q.   Have you seen this document
23 before?
24    A.   Yes.
25    Q.   Could you identify the document,   15:28:30
```

Page 223

```
1              Sanchez
2  please?
3     A.   CS-150.
4     Q.   And are any of the handwritten
5  markings on the document things that you wrote  15:28:43
6  on the document?
7     A.   At the bottom where it says
8  approved as noted.
9     Q.   What about in the far left column
10 under the table with the bold heading         15:29:11
11 jurisdiction there is some checks?
12    A.   Uh-hum.
13    Q.   Are those things that you marked?
14    A.   No.
15    Q.   Do you recall whether when you     15:29:17
16 first saw this document the markings on the
17 table on the upper half of the document were
18 already on the document?
19    A.   It is likely the clerical marking
20 off that she did the work on the roster card   15:29:31
21 as she was going along, either that or put it
22 into the computer..
23    Q.   And is this a document that would
24 have been sent from Ocean Beach to Civil
25 Service?                          15:29:47
```

Page 224

```
1              Sanchez
2     A.   Uh-hum.
3     Q.   Would Civil Service have returned
4  a copy of this document with the notation
5  approved as noted to Ocean Beach?     15:29:52
6         MR. NOVIKOFF:  Objection.
7     A.   Yes.  After it has been approved
8  and my supervisor reviews it and it is given
9  to the clerical to enter on the roster card
10 and put into the computer, then a copy of it   15:30:05
11 would be sent back to the jurisdiction.
12    Q.   At the top right of the document
13 when it says date prepared, does that -- do
14 you know what that refers to; the date when
15 the document was prepared by Ocean Beach, is   15:30:21
16 that it?
17    A.   Yes.
18    Q.   And then directly underneath that
19 the second column from the right in the table
20 says effective date.  Do you know what         15:30:31
21 effective date refers to?
22    A.   The date that that transaction was
23 effective.
24    Q.   So for example the second name
25 here, Kevin Lamm, the title police officer, PT 15:30:41
```

Page 225

```
1              Sanchez
2  (seasonal) and then effective date 10/22/05.
3  Does that mean that effective October 22, '05
4  Kevin Lamm attained the title of police
5  officer part-time?                15:31:00
6     A.   No.  That means that his service
7  for the season was ended on that date.
8     Q.   So effective 10/22/05 Kevin Lamm
9  was no longer serving as a police officer
10 part-time?                       15:31:22
11        MR. NOVIKOFF:  Objection.  She is
12 only testifying as to what her
13 interpretation of the document is.
14        MS. ZWILLING:  Yes.  She is not --
15 you have not established that she has any 15:31:29
16 firsthand knowledge as to whether the
17 individual is reporting for work on this
18 specific day.
19    Q.   I am only asking about what you
20 understand from the document, not about any    15:31:38
21 thing that actually happened outside the
22 document.
23        MR. NOVIKOFF:  Then she already
24 answered that question.  She just -- you
25 asked her what does effective date mean   15:31:47
```

Page 226

```
 1              Sanchez
 2    and she told you, without
 3    mischaracterizing her testimony, that
 4    that is the date in which the service of
 5    the particular individual ended.      15:31:54
 6         THE WITNESS:  Right.
 7       Q.   Okay.  And do you understand what
 8    seasonal refers to in the context of police
 9    officers at Ocean Beach?
10       A.   Let me reference back to the    15:32:12
11    document that you submitted, Sanchez Exhibit
12    4, that is the title as indicated in this
13    column header that says title.
14       Q.   And what is the season in terms of
15    months for seasonal police officer at Ocean  15:32:29
16    Beach?
17       A.   Two weeks before Memorial Day and
18    two weeks after Labor Day as stated on the
19    second page of Sanchez Exhibit 4 underneath
20    limitations on seasonal employment:  Seasonal  15:32:45
21    employment is defined as commencing two weeks
22    preceding Memorial Day and terminating two
23    weeks after Labor Day.
24       Q.   Okay.  So on the fifth line down
25    on Sanchez 14 where it says Thomas Snyder,  15:32:59
```

Page 227

```
 1              Sanchez
 2    police officer, PT seasonal, then the
 3    effective date is 3/24/06.  That also means
 4    that he stopped serving in that capacity
 5    effective 3/24/06?                     15:33:15
 6         MS. ZWILLING:  Objection.  The
 7    witness has no firsthand knowledge as to
 8    when he did and did not report to work.
 9    If you want to ask her on what date did
10    the village report to be his last day of  15:33:28
11    work, she can give you that information.
12    But she can't vouch for the accuracy of
13    the record.
14         MR. NOVIKOFF:  But then again she
15    already answered the question Ari.  I can  15:33:36
16    repeat her answer for the second time.
17         MS. ZWILLING:  She can't comment
18    on the accuracy of the village's records.
19         MR. GRAFF:  I am not asking her to
20    comment on the accuracy of the --       15:33:42
21         MS. ZWILLING:  Then don't phrase
22    your questions for such information.
23       Q.   So is that the same as in the case
24    of Kevin Lamm that the date in this case,
25    3/24/06, is when he stopped serving as     15:33:56
```

Page 228

```
 1              Sanchez
 2    seasonal --
 3         MR. NOVIKOFF:  Objection.
 4       Q.   Let me withdraw that.
 5         Does this indicate, whether or not  15:34:06
 6    it is true at this point, that that is what is
 7    indicated on the document?
 8         MR. NOVIKOFF:  Objection.
 9         MS. ZWILLING:  The question makes
10    no sense.  If she can't vouch for it, you  15:34:12
11    don't correct your question by saying
12    whether or not say it is true.
13         MR. NOVIKOFF:  She has already
14    said to you, or she has confirmed my
15    understanding of her testimony, that the  15:34:24
16    dates under effective date according to
17    her understanding, her being
18    Ms. Sanchez's, is that the date in
19    which the particular individuals
20    identified in name and address and       15:34:37
21    position and control number had their
22    last day of service for the village in
23    that capacity.  You have asked that, you
24    got your answer.
25       Q.   Do you know who Winifred Loeffler  15:34:50
```

Page 229

```
 1              Sanchez
 2    is?
 3       A.   No, I don't know her personally.
 4       Q.   Have you heard the name prior to
 5    today?                                  15:35:06
 6       A.   Apparently so as I signed the
 7    bottom of this sheet.
 8       Q.   Other than in the context of
 9    seeing the sheet and signing it do you have
10    any other knowledge as to who Winifred     15:35:19
11    Loeffler is?
12       A.   No.
13       Q.   What about Kevin Lamm, other than
14    his name being on this sheet do you have any
15    knowledge of who Kevin Lamm is?         15:35:36
16       A.   It is kind of a loaded question.
17    I know --
18         MR. NOVIKOFF:  Wait, wait.  Other
19    than on this document notwithstanding the
20    fact that she has been named as a         15:35:48
21    defendant in a lawsuit where one of the
22    plaintiffs is Kevin Lamm?
23       A.   That Kevin Lamm?
24       Q.   Yes.
25         MS. ZWILLING:  She doesn't know --  15:35:55
```

Page 230

```
 1              Sanchez
 2     she does know that he sued her, yes.
 3         Q.   Was Kevin Lamm suing you the first
 4     time that you can recall actually being aware
 5     of who he was?                    15:36:09
 6         A.   I have seen his name on paperwork
 7     from dealing with the jurisdiction of course.
 8         Q.   Have you ever met Kevin Lamm?
 9         A.   No.  Let me correct, I am not sure
10     actually.  Three of the officers came to see  15:36:24
11     me in my office on an occasion with regards to
12     the matter in question, and so that if he was
13     there, then I met him that day.  Other than
14     that I couldn't tell you.
15           I never met him before that or     15:36:41
16     after that, and I wouldn't even recall what he
17     looked like.  I am not even sure if that is
18     him, I don't know.
19         MR. CONNOLLY:  We can let the
20         record reflect.             15:36:51
21         MR. NOVIKOFF:  Actually let the
22         record reflect that the only person now
23         in the room is Mr. Fiorillo if I am
24         correct, and I don't see Mr. Lamm in the
25         room any more.                   15:37:01
```

Page 231

```
 1              Sanchez
 2         MR. GRAFF:  The only plaintiff in
 3     the room?
 4         MR. NOVIKOFF:  Yes.
 5         Q.   Let's talk about that occasion    15:37:07
 6     when three of the officers met with you in
 7     your office?
 8         A.   Let's.
 9         MR. NOVIKOFF:  Praise be.
10         Q.   When did -- at what point in time  15:37:13
11     did three officers meet with you in your
12     office as you referred to?
13         A.   I don't recall the date.
14         Q.   Do you recall the year?
15         A.   No, it would be a guess.  I would  15:37:30
16     guess 2007.
17         Q.   Could it also have been 2006?
18         A.   It could have been 2006.
19         Q.   Could it have been April of 2006?
20         A.   It could have been.           15:37:47
21         Q.   If I suggested that it was April
22     of 2006 does that refresh your recollection at
23     all?
24         A.   No.
25         MS. ZWILLING:  Objection.  If you  15:37:54
```

Page 232

```
 1              Sanchez
 2     want to show her a copy of the complaint
 3     and ask if that refreshes her
 4     recollection or you want me to do that,
 5     fine.  But she is not required to take    15:38:01
 6     your representation.
 7         MR. NOVIKOFF:  I will represent
 8     that the plaintiffs have alleged that
 9     three of them have met with Ms. Sanchez
10     in the -- they have alleged in the    15:38:07
11     complaint, and that that meeting occurred
12     sometime shortly after the April 4th
13     decision not to rehire them.  But I would
14     suggest if you have any questions you
15     show Ms. Sanchez the complaint instead of  15:38:18
16     playing a memory game.  I think she
17     already testified that --
18         A.   They came.
19         Q.   And did three officers meet in
20     your office only on that one occasion, the  15:38:29
21     three officers who are plaintiffs in this
22     lawsuit?
23         MS. ZWILLING:  Are you asking if
24     they came to Civil Service on more than
25     one occasion.              15:38:42
```

Page 233

```
 1              Sanchez
 2         Q.   If they met with her more than
 3     once?
 4         A.   Only on that one time.
 5         Q.   Where did that meeting take place?  15:38:53
 6         A.   In my office.
 7         Q.   Did you have a private office?
 8         A.   Yes.
 9         Q.   Do you recall the names of the
10     three officers who met with you on that      15:39:07
11     occasion?
12         A.   No.  I had it written on a
13     post-it.  I don't remember exactly out of the
14     five in the suit, I don't remember which
15     three, I think it was Snyder, Lamm and    15:39:20
16     Fiorilli.
17         Q.   Do you recall whether Mr. Fiorilli
18     who is in the room was one of the three
19     officers who met with you?
20         A.   Yes.                 15:39:29
21         Q.   Prior to that meeting had you ever
22     spoken with any of those three officers
23     before?
24         A.   One of them called me earlier in
25     the day to ask if I would be in my office  15:39:41
```

## Page 234

```
1              Sanchez
2  later on to come meet with me.  I don't recall
3  which one it was.  And before that occasion I
4  don't believe I have ever spoken to any of
5  them on the telephone.          15:39:52
6      Q.  Do you recall whether the officer
7  who you spoke with on the telephone scheduled
8  an appointment to come in and meet with you on
9  that day?
10     A.  I said I would be there, I don't  15:40:03
11 remember if I made a specific time or not.
12 But I knew they were coming so I was there.
13 So I would assume that implied an appointment.
14 I don't know.  I could have just said come
15 after lunch, I don't know.        15:40:17
16     Q.  And did the officer you had that
17 conversation with indicate what the subject
18 that they wanted to meet with you about was?
19     A.  I don't believe so, but I knew.
20     Q.  How did you know?        15:40:32
21     A.  Because I was aware of what had
22 happened with regards to them not being
23 rehired.
24     Q.  And what was it that had happened
25 with them not being rehired that you were  15:40:50
```

## Page 235

```
1              Sanchez
2  aware of?
3      A.  After they were informed that they
4  wouldn't be retired, that is considered a
5  personnel transaction which I was made aware  15:41:00
6  of would be forthcoming.  So I was aware.
7      Q.  How were you made aware of that?
8      A.  George Hesse had notified me by
9  telephone.
10     Q.  Did George Hesse notify you in    15:41:13
11 that telephone conversation how many officers
12 were not being rehired at that time?
13     A.  I believe so.
14     Q.  Do you recall how many officers?
15     A.  No.                    15:41:30
16     Q.  And when did George Hesse convey
17 that information to you by telephone?
18     A.  Not that day, it was probably like
19 a week before.  I don't know.  It was after it
20 had already taken place, but it was not on  15:41:47
21 that day.
22     Q.  And other than indicating that
23 some number of officers wouldn't be rehired
24 did George Hesse communicate anything else to
25 you in that conversation?            15:42:03
```

## Page 236

```
1              Sanchez
2      A.  No, nothing of relevance that I
3  can recall.
4      Q.  Did George Hesse communicate to
5  you why those officers were not going to be  15:42:11
6  rehired?
7      A.  No.
8      Q.  Did you ask him?
9      A.  No.
10         MS. ZWILLING:  Objection.  You can 15:42:17
11 answer.
12     A.  I don't care why.  It doesn't
13 matter.
14     Q.  Was that the first time that
15 George Hesse had called you to let you know  15:42:23
16 that officers would not be rehired at Ocean
17 Beach?
18         MR. NOVIKOFF:  Objection to the
19 form.  I don't think you laid the proper
20 foundation for that question.  But if the 15:42:36
21 witness can answer, she can answer.
22     A.  Sort of.  I mean there were
23 officers who didn't pass qualifying exams that
24 would no longer be working there, he would
25 notify me that they weren't continuing on.  So 15:42:49
```

## Page 237

```
1              Sanchez
2  yes, he had notified me previous to this
3  particular instance that people wouldn't be
4  returning.
5      Q.  And did George Hesse communicate  15:42:59
6  to you in this instance that the officers were
7  not being rehired because of anything to do
8  with qualifying exams?
9          MS. ZWILLING:  Objection.  She
10     just said there was no discussion as to  15:43:12
11     why they were not being rehired.
12     Q.  Other than this communication with
13 respect to these officers and communications,
14 prior communications that had to do with
15 qualifying exams, did George Hesse ever in any 15:43:24
16 other context communicate to you that officers
17 would not be rehired?
18     A.  Can you say that again, I am
19 confused.
20         MS. ZWILLING:  Rephrase the       15:43:36
21     question.
22     Q.  Other than this incident with
23 these officers did George Hesse ever
24 communicate to you that officers were not
25 being rehired without any reference to  15:43:43
```

Page 238

1          **Sanchez**
2  **qualifying exams?**
3          MR. NOVIKOFF:  Objection.  Once
4  again no foundation.
5      A.   Without reference to qualifying      15:43:53
6  exams?
7          MS. ZWILLING:  I am going to
8  object because your question is mixing
9  together again two things that don't
10  belong together.  If they were not      15:44:02
11  qualified for the position they would not
12  have been hired.  If they were not hired
13  they wouldn't be rehired.
14          There is a distinction between
15  qualifying for the position and a      15:44:18
16  decision not to rehire someone who was
17  not a permanent employee.
18          MR. GRAFF:  I thought I had been
19  building on the reference that
20  Ms. Sanchez had made to other prior      15:44:30
21  calls where he had --
22          MS. ZWILLING:  Well, you asked if
23  they had similar conversations in the
24  past and she said yes, with respect to
25  officers who did not qualify.  I believe, 15:44:41

Page 239

1          Sanchez
2  and correct me if I am wrong Allison,
3  that she made it clear that there had
4  been no prior conversations with respect
5  to decisions not to rehire.      15:44:50
6      Q.   Okay.  Other than prior occasions
7  **when George Hesse communicated to you that**
8  **there were officers who wouldn't be hired**
9  **because they didn't qualify, did he ever**
10  **communicate to you that any officers would not** 15:45:04
11  **be rehired for any other reason?**
12          MR. NOVIKOFF:  Objection to the
13  form.  Asked and answered.  Foundation.
14      A.   I don't recall any other
15  conversations.      15:45:19
16      Q.   **Did George Hesse ever communicate**
17  **to you that any officers would not be rehired**
18  **due to budgetary constraints?**
19          MR. NOVIKOFF:  Objection.  Read
20  back at the question.      15:45:38
21          (Record read.)
22          MR. NOVIKOFF:  When?
23          MR. GRAFF:  Ever.
24          MR. NOVIKOFF:  I think the answer
25  that is subsumed within her prior      15:45:44

Page 240

1          Sanchez
2  answers.  I object.
3      A.   I don't recall any type of
4  conversation about the budget.  That didn't
5  concern me, no.      15:45:53
6          MR. NOVIKOFF:  And I think the
7  witness said I don't care why they
8  weren't hired.
9      A.   Yeah.  I mean it is not relevant.
10  I don't need the details.  That is not part of 15:46:02
11  what I did.  That was not part of my job.
12      Q.   **When the officer called you on the**
13  **phone prior to meeting with you and two other**
14  **officers, did the officer indicate to you how**
15  **many other former officers would be**      15:46:20
16  **accompanying him to that meeting?**
17      A.   I think so, but I am not sure.
18      Q.   **Between the time that the officer**
19  **called you to ask about a meeting and the time**
20  **that the meeting took place did you discuss**   15:46:36
21  **the fact that an officer had called you to set**
22  **up a meeting with anyone?**
23      A.   No.
24      Q.   **Did you do anything to prepare for**
25  **that meeting with the officers?**      15:46:50

Page 241

1          **Sanchez**
2      A.   No.
3      Q.   **Did you review any personnel**
4  **records concerning those officers prior to**
5  **that meeting?**      15:46:59
6      A.   No.
7      Q.   **Do you recall what time of day the**
8  **meeting took place?**
9      A.   After lunch.
10      Q.   **Do you recall how long the meeting**  15:47:10
11  **lasted?**
12      A.   I think about fifteen minutes.
13      Q.   **So when the three officers arrived**
14  **in your office who started the conversation?**
15      A.   I don't remember which one of      15:47:33
16  them.
17      Q.   **And did one of the officers**
18  **indicate to you what their purpose in seeking**
19  **a meeting with you was at that time?**
20      A.   Yes.      15:47:48
21      Q.   **And why did the officers say that**
22  **they wanted to meet with you?**
23          MS. ZWILLING:  Objection.  She
24  doesn't know why.  If you want to ask her
25  if the officers expressed a reason --      15:48:00

Page 242

Sanchez

1
2     **Q.   What reason did they, did the**
3  **officer indicate to you as their purpose in**
4  **wanting to meet with you?**
5     A.   I believe that they were telling   15:48:09
6  me that they were, and again this is just --
7  this is not based on a perfect recollection of
8  the conversation, this is just based on what I
9  can recall.  That they were complaining that
10  they were fired, and can they do that.  And   15:48:24
11  they were asking about their rights.  And I
12  proceeded to explain to them that I was aware
13  of the whole situation.  I knew why they were
14  there.
15          I was aware of the whole thing   15:48:40
16  already because before anything had transpired
17  George Hesse had contacted me to notify me
18  that there were some officers that he did want
19  to rehire without telling me who specifically,
20  and he asked me what was the Civil Service Law 15:48:59
21  as it pertains to that type of a situation
22  regarding their title, their type of
23  positions, the village's rights, the
24  employees' rights, and what were they allowed
25  to do and what were they not allowed to do.   15:49:17

Page 243

Sanchez

1
2          He asked me how the law applied to
3  this particular type of situation and what
4  were they allowed to do by law.
5          Would you like me to continue?   15:49:28
6     **Q.   Please.. Just to be clear, this is**
7  **that meeting with the officers or the**
8  **conversation --**
9          MR. NOVIKOFF:  She is answering
10  your question.                     15:49:36
11     A.   This is the conversation that I
12  had with George Hesse.  I am telling them what
13  George Hesse had asked me.  And he had asked
14  me about not rehiring some of the employees,
15  and what was the legality of it all with   15:49:48
16  regard to Civil Service Law and their titles.
17          And I informed them that I had
18  consulted with my supervisor on that, and
19  based on what he explained to me that these
20  were not permanent positions, they were   15:50:07
21  temporary in nature, they didn't have any
22  rights to the position, they didn't have
23  Section 75 rights based on the non-temporary
24  nature of the position, and that Section 75
25  would not have applied anyway because they   15:50:20

Page 244

Sanchez

1
2  were not fired, they were just not rehired,
3  because you don't have rights to a position
4  that is not a permanent position.
5          So I explained to them that based   15:50:31
6  on the law and the nature of the part-time
7  seasonal police officer position it is not a
8  permanent type position.  You cannot gain
9  permanency.  There is no continued service.
10  The nature of the seasonal summer employment   15:50:45
11  is temporary, which means you can never get
12  permanency from it.
13          Based upon that they had no rights
14  to the position and the village was within its
15  right to not ask them to return.  And that was 15:50:58
16  how the law is stated with regards to it.  So
17  I explained to them that based on that they
18  unfortunately didn't have -- they didn't have
19  the ability to say that they had rights to a
20  position that they didn't have rights to.   15:51:18
21          So I explained to them that
22  unfortunately it was going to have to remain
23  as it was standing based on the village's
24  decision.
25     **Q.   Did any of the officers indicate   15:51:26**

Page 245

**Sanchez**

1
2  **anything in response to that information when**
3  **you --**
4     A.   They were unhappy with it.  They I
5  think tried to argue the fact with me that   15:51:38
6  they have been there for however long they
7  have been there, and I explained to them that
8  it was not relevant based on the nature of the
9  position.
10          And then at that point they turned  15:51:51
11  the conversation into what I interpreted as a
12  whistle blowing type of a conversation where
13  they then tried to like tell on George Hesse
14  and the village for allowing other officers
15  who worked there who had not completed all of  15:52:06
16  their qualifying exams.
17          And upon telling me that
18  information I told them that I also was 100
19  percent well aware of all the officers who
20  were working there and what their status was   15:52:21
21  with regards to their qualifying exams, and I
22  was aware of it because George Hesse and I
23  were working together to get them all
24  qualified, along with Stan Pelc who was
25  scheduling the exams, and it was all being   15:52:34

Page 246

1          Sanchez
2  addressed and worked on.
3          So they were not telling me
4  anything that I didn't already know, and they
5  left unhappy.                    15:52:44
6      Q.   Did you know at that time whether
7  any of those three officers weren't qualified?
8          MS. ZWILLING:  Objection.  What do
9      you mean by qualified?
10     Q.   With respect to the qualifying     15:52:52
11 Civil Service specifications?
12         MS. ZWILLING:  If they met the
13     minimum qualifications, or does she think
14     that they should have been given the
15     police officer --           15:53:03
16     Q.   If they met the minimum
17 qualifications?
18         MR. NOVIKOFF:  Why is that even
19     relevant?
20         THE WITNESS:  And it is not.     15:53:10
21     A.   But I believe that they were at
22 that point in time.  They were not always.  I
23 believe that when I first started the project
24 of trying to find who needed exams and who
25 didn't believe that a couple of them were     15:53:19

Page 247

1          Sanchez
2  amongst the officers who did need some
3  qualifying exams.
4          But it was still not relevant
5  because we were aware that officers were     15:53:27
6  working there who had not completed all of
7  their exams, but they didn't have a right to
8  the position whether or not they had their
9  exams completed or not.
10     Q.   And did any of the three officers  15:53:39
11 indicate to you that they had been working as
12 part-time police officers throughout the year
13 on a part-time basis, not only during the
14 season?
15     A.   In the Village of Ocean Beach?     15:53:54
16     Q.   Yes.
17     A.   I don't recall that they mentioned
18 that, but I was aware of it if they were.
19 That didn't -- that was also irrelevant
20 because the nature of a seasonal summertime     15:54:07
21 employment is temporary in nature.  That
22 constitutes a break in service no matter if
23 they worked every single day of the year.
24 They had a break in service by working those
25 summers every year, that was a break in     15:54:21

Page 248

1          Sanchez
2  service.
3          So they didn't have continuous
4  service, and that is also irrelevant whether
5  or not they had continuous service or worked     15:54:29
6  all year because the fact of the matter
7  remains that they were not -- the way that it
8  was done is that they were not rehired.  It
9  was not a permanent position.  So Section 75
10 and firing wasn't applied, it was just to not  15:54:47
11 rehire.
12     Q.   And did you discuss these legal
13 requirements with George Hesse at the time
14 that he had contacted you to let you know that
15 he didn't want to rehire officers?     15:54:59
16     A.   Well, when he inquired with me as
17 to what he was looking to do, like I mentioned
18 before I consulted with my supervisor to ask
19 him to advise me as to what the law was with
20 regards to this and how it pertained to these     15:55:13
21 types of positions, and he explained it to me
22 and then I explained it to George Hesse.
23     Q.   And what supervisor did you
24 consult with?
25     A.   Philip Cohen.             15:55:21

Page 249

1          Sanchez
2      Q.   And did you have Hesse waiting on
3  the phone while you consulted?
4      A.   No.
5      Q.   So you consulted and then called     15:55:42
6  Hesse back?
7      A.   Yes.
8      Q.   Did your consultation with Philip
9  Cohen happen on the same day as Hesse called
10 you?                         15:55:51
11     A.   The day he initially called me to
12 inquire, yes..
13     Q.   And did you get back to Hesse
14 after consulting with Phil Cohen on that same
15 day?                         15:55:59
16     A.   I believe it was the same day, but
17 I wouldn't -- I wouldn't bet my life savings
18 on it.
19     Q.   Did Phil Cohen work in the same
20 physical office building as you did?     15:56:10
21     A.   Yes.
22     Q.   Was your consultation with
23 Mr. Cohen an in person consultation?
24     A.   Yes.
25     Q.   How long did it take?     15:56:18

Page 250

```
                    Sanchez
 1
 2        MR. NOVIKOFF:  What, to get to
 3   Phil Cohen's office or to have a meeting?
 4     Q.   The consultation with Phil Cohen?
 5     A.   It probably took about maybe      15:56:26
 6   fifteen minutes, because I believe he also
 7   showed me the section of law in the law book
 8   to show me how it also applied.  So in
 9   addition to explaining it to me he also showed
10   it to me.                                  15:56:40
11     Q.   And do you recall whether you were
12   familiar with that section of the law book
13   before Mr. Cohen showed it to you?
14        MR. NOVIKOFF:  Objection to the
15     term familiar.              15:56:53
16     A.   Familiar in that I had looked at
17   it before, but I consulted with Phil Cohen
18   very frequently so that I would ensure that my
19   understanding of it was correct.  So I very
20   often would not give an answer to a      15:57:08
21   jurisdiction if they had a question with
22   regard to law unless I was absolutely a
23   hundred percent positive on my own.  I went to
24   him, to Phil all the time to ask him
25   questions, so.                      15:57:21
```

Page 251

```
 1                    Sanchez
 2     Q.   And what position did Phil Cohen
 3   hold at that time that that consultation took
 4   place?
 5     A.   You already asked me that      15:57:38
 6   question.  Twice actually.
 7     Q..  I am asking specifically as of --
 8     A.   He has been the principal
 9   personnel officer since the beginning of my
10   employment to the end of my employment in    15:57:50
11   Civil Service.
12     Q.   Do you recall whether Mr. Cohen
13   asked you any questions about the nature of
14   the employment of the officers in Ocean Beach,
15   or was that something that he seemed to --    15:58:03
16     A.   That was part of the conversation,
17   yes.  I gave him a very well rounded
18   description of what the situation was in
19   asking him how the law applied.
20     Q.   Other than that communication with 15:58:17
21   George Hesse did you have any communications
22   with anyone else at Ocean Beach prior to the
23   time when the officer called to ask you for a
24   meeting; any communication with anyone else at
25   Ocean Beach with respect to the issue of    15:58:39
```

Page 252

```
 1                    Sanchez
 2   officers not being rehired at Ocean Beach?
 3     A.   No.
 4     Q.   Other than what you characterized
 5   as them trying to turn it into a whistle    15:58:48
 6   blowing proceeding and to tell on Hesse about
 7   other officers, meaning certification
 8   standards or qualification standards, did any
 9   of the three officers whistle blow or tell on
10   Hesse with respect to any other issues?    15:59:08
11        MR. NOVIKOFF:  Objection.
12        MR. CONNOLLY:  Objection.
13     A.   Not that I can recall, and if they
14   did I probably tuned it out anyway because it
15   is not relevant.  What they told me about I   15:59:19
16   already knew, and if they were -- if there
17   were other complaints about him personally I
18   couldn't care less, it didn't matter.
19     Q.   So do you recall whether there
20   were?                          15:59:32
21     A.   I don't recall, no.  If there was
22   I probably wasn't paying attention.
23     Q.   Do you recall whether you knew at
24   that time if any of the three officers held
25   any other employment positions with Suffolk   15:59:43
```

Page 253

```
 1                    Sanchez
 2   County?
 3     A.   Yes.  I don't remember which one,
 4   but I know somebody -- I think the older bald
 5   guy, I don't remember which one he is.      15:59:54
 6        MR. NOVIKOFF:  Nofi?
 7        THE WITNESS:  I don't know.
 8        MS. ZWILLING:  Do we have more
 9     than one older bald guy?
10     A.   I don't know which one he is.  He  16:00:10
11   I think worked for DPW maybe, I am not sure,
12   he had a position in the County.  I don't
13   remember who specifically, I know a number of
14   the other officers in the department had
15   worked for other jurisdictions in Suffolk      16:00:28
16   County in different capacities.
17     Q.   Do you recall whether any of the
18   three officers asked you during that meeting
19   about whether the substance of their meeting
20   with you would be confidential in any sense?  16:00:43
21     A.   No.
22     Q.   As far as you know were there any
23   Civil Service policies pursuant to which a
24   consultation of that nature would have been
25   confidential?                  16:01:03
```

Page 254

1          **Sanchez**
2          MS. ZWILLING:  Objection.  Are you
3    suggesting that this witness who works
4    for the County has to put her County
5    obligations aside and give first          16:01:09
6    consideration to some persons who are not
7    even employees of the County?
8          MR. GRAFF:  No.  I am asking if
9    the County had any policies that --
10         MS. ZWILLING:  Why should it;          16:01:20
11   shouldn't you consider that before you
12   ask a question that suggests to the
13   witness that when an employee of a
14   village walks into her office this woman
15   has to put her job responsibilities aside  16:01:32
16   and create some sort of confidentiality
17   with your clients.
18         She is not an attorney, she is not
19   an accountant, she is not any sort of
20   fiduciary, and she certainly doesn't work  16:01:44
21   for your clients or the Village of Ocean
22   Beach.
23         MR. NOVIKOFF:  I would also think,
24   Ari, that given that confidentiality is
25   very important in various context, that    16:01:51

Page 255

1                Sanchez
2    if there was such an obligation it would
3    be written down somewhere other than in
4    the Suffolk County law or the Civil
5    Service law or regulations or anywhere.   16:02:02
6          So had you done the research
7    before you -- do you have a good faith
8    basis to ask that question of this
9    witness?
10         MS. ZWILLING:  If I come to your      16:02:09
11   office and say I want to talk about your
12   client, can I demand that our
13   conversation be kept confidential at a
14   cost to your client; no, because you
15   don't work for me.                         16:02:18
16         MR. GRAFF:  That was not at all my
17   question to the witness.  My question was
18   if she was aware of any policy under
19   which --
20         MR. NOVIKOFF:  Are you aware of      16:02:26
21   any policy?
22         MR. GRAFF:  I am not, but I am not
23   the witness.
24         MS. ZWILLING:  Okay.  I am going
25   to ask you then what is your good faith    16:02:34

Page 256

1                Sanchez
2    basis for suggesting to the witness that
3    although she works for the County of
4    Suffolk, when someone who she doesn't
5    work for and who does not work for her,   16:02:46
6    when that individual walks into her
7    office she needs to put her job
8    responsibilities aside and that
9    person's conversation confidentiality at
10   the expense of her employer.              16:02:59
11         Because as I understand it if you
12   work for someone you have obligations to
13   your employer, and when some third-party
14   walks into your office and demands an
15   audience you don't put your obligations   16:03:12
16   to your employer aside.
17         MR. GRAFF:  Okay.  I am just
18   trying to understand whether there was
19   any part of her responsibilities or
20   duties to the employer that would have    16:03:21
21   created a context whereby this meeting
22   could have been confidential.
23         MS. ZWILLING:  Yes, probably
24   between her and her employer.  You know,
25   what you are saying is is do you have an  16:03:31

Page 257

1                Sanchez
2    obligation to your employer that you
3    carry out for someone else's benefit.
4    That question makes no sense.
5          If you want to ask her is she       16:03:40
6    required to keep all conversations
7    between herself and County personnel
8    confidential, that is a legitimate
9    question.  But she has no more obligation
10   to your clients than I do, and I can       16:03:57
11   assure you I have no obligation to keep
12   anything that he says confidential.
13   **Q.   Okay.  Was there any obligation**
14   **that you are aware of that would require that**
15   **conversations with County personnel be kept   16:04:12**
16   **confidential?**
17         MS. ZWILLING:  I don't know why
18   you would want to ask her that, but if
19   that is your question she can answer it.
20   A.   No.                      16:04:23
21 DI  Q.   As far as you know is there
22   anybody who is an employee of a municipality
23   in the County who could have spoken with
24   confidentiality in the Civil Service
25   Department if they had wanted to do so?    16:04:34

Page 258

Sanchez

1
2    MS. ZWILLING:  Objection to that.
3  We do not work for them, nor do they work
4  for us.  We have no obligation to them
5  and I am not going to allow you to ask    16:04:42
6  questions to suggest that the County
7  somehow has obligations to persons who it
8  does not employ?
9    MR. NOVIKOFF:  I also join in the
10  objection.                    16:04:52
11    MR. GRAFF:  I am not suggesting
12  that they do.  I am asking if they do, it
13  is a question to the witness.
14    MS. ZWILLING:  The County is a
15  government, it is not the fiduciary of    16:05:01
16  people.  The County has no obligations to
17  your client.  Let me just put it that
18  way.  We have no obligations to your
19  client, and for that reason I cannot
20  allow you to pose questions that presume    16:05:14
21  that the County engaged in wrongdoing if
22  it didn't take on voluntarily some
23  obligation to your client.
24    MR. NOVIKOFF:  Here is the
25  question I also have is where in your    16:05:25

Page 259

Sanchez

1
2  complaint is there an allegation that
3  alleges that anything that Ms. Sanchez
4  said with regard to this meeting, one,
5  states a cause of action under New York    16:05:36
6  law, and two, has caused any of your
7  clients damages.  I mean if it is
8  not then it is really not that relevant.
9    MR. GRAFF:  Why don't we mark the
10  transcript here for the unanswered    16:05:45
11  question.
12    Q.  Do you recall whether any of the
13  officers asked during that meeting if their
14  communication with you was in any sense
15  confidential?                16:05:56
16    A.  If they asked -- say that again.
17    Q.  If any of the officers asked you
18  whether their meeting with you, whether what
19  was communicated in that meeting was in any
20  way confidential?            16:06:05
21    A.  No.
22    Q.  Did the officer who indicated to
23  you that he had another job in Suffolk County,
24  do you recall whether he indicated to you why
25  he was sharing that information at that time?  16:06:22

Page 260

Sanchez

1
2    MS. ZWILLING:  Sharing which
3  information?
4    Q.  That he had another County job?
5    MS. ZWILLING:  Assuming he did.    16:06:31
6    Q.  Right.  When he stated that he did
7  did he give any context for why he was making
8  that statement?
9    A.  Not that I can recall.  It would
10  be irrelevant anyway.            16:06:41
11    Q.  After meeting with the three
12  officers in your office did you have any
13  subsequent communications with any of those
14  three officers?
15    A.  No.                16:06:52
16    Q.  Do you know whether any of those
17  three officers attempted to contact you after
18  that meeting?
19    A.  No.
20    Q.  Did you discuss that meeting with    16:07:05
21  anyone after it took place, other than your
22  counsel?
23    A.  Ever?
24    Q.  Yes.
25    A.  Yes.                16:07:21

Page 261

Sanchez

1
2    Q.  Who was the first person that you
3  discussed that meeting with after it was
4  concluded?
5    A.  I think I might have told Phil    16:07:26
6  Cohen.
7    Q.  Do you recall what you told Phil
8  Cohen about the meeting after it was
9  concluded?
10    A.  Specifically no.  I mean all I can  16:07:45
11  tell him is what transpired.
12    Q.  Did you take any notes during that
13  meeting?
14    A.  No.
15    Q.  Did you take any notes concerning  16:07:55
16  the meeting at any point after the meeting?
17    A.  I wrote on a post-it who had come
18  to see me, and the date and time.
19    Q.  Do you recall what you did with
20  that post-it?                16:08:09
21    A.  I can't find it.  I have it
22  someplace.  I can't find it.
23  RQ  Q.  We call for the production of the
24  post-it to the extent that you can find it.
25    Other than Phil Cohen do you    16:08:24

Page 262

1                Sanchez
2   recall anybody else who you communicated with
3   with respect to that meeting with the three
4   officers after the meeting concluded?
5        A.   I am not really sure.  I think --  16:08:32
6   I don't know.  At some point I told Alan
7   Schneider.  I don't know.  I don't recall
8   because it was like not important.  I told
9   Alan Schneider when he was asking me about
10  when this whole thing was coming about with    16:09:14
11  the lawsuit and that is when he asked me.
12       Q.   Did you have any communications
13  with George Hesse concerning the meeting with
14  the three officers at any point before or
15  after that meeting?          16:09:26
16       A.   Not that I can recall.  There was
17  not -- it was not important.
18       Q.   Other than what you have already
19  testified to can you recall any other
20  communications with anyone concerning the      16:10:04
21  meeting with those three officers?
22       A.   I told Ms. Zwilling.
23  DI  Q.   Was that after the lawsuit had
24  already been initiated?
25          MS. ZWILLING:  Objection.       16:10:22

Page 263

1                Sanchez
2   Attorney/client privilege.
3          MR. NOVIKOFF:  Hold on a second.
4          MR. GRAFF:  Off the record for a
5   second.            16:10:33
6          THE VIDEOGRAPHER:  The time is
7   4:10, we are off the record.
8          (Recess taken.)
9          MR. GRAFF:  Would you mark this as
10  Sanchez Exhibit 15, complaint.          16:12:45
11         (Sanchez Exhibit 15, complaint,
12  marked for identification, as of this
13  date.)
14         THE VIDEOGRAPHER:  The time is
15  4:13, we are on the record.        16:13:28
16         MR. NOVIKOFF:  Mr. Graff, you are
17  going to purport that Exhibit 15 is a
18  true and accurate and complete copy of
19  the complaint that was filed in this
20  action?            16:13:37
21         MR. GRAFF:  Yes.  Although I am
22  not going to print -- it is printed on
23  double sided pages.
24       Q.   Ms. Sanchez, could I please ask
25  you to turn to paragraph 100 of the complaint?  16:13:46

Page 264

1              Sanchez
2        A.   Yes.
3          MR. NOVIKOFF:  I got that one
4   circled.
5          MS. ZWILLING:  I have it marked     16:14:01
6   too, what do you know.
7        Q.   Ms. Sanchez, if I could ask you to
8   please just read paragraph 100 for the record.
9          MR. NOVIKOFF:  No, no -- well, I
10  can't tell the witness to do anything.     16:14:11
11  It says what it says, counsel.
12         MS. ZWILLING:  Why doesn't she
13  just read it to herself, and then if you
14  have a question, fine.  We don't want to
15  take up time reading the complaint into    16:14:20
16  the record.
17         MR. GRAFF:  I believe it is two
18  sentences, so it will be clear for the
19  transcript.
20       A.   Okay.  So I am reading something   16:14:27
21  that is in words of somebody else.  So this is
22  not -- I am not stating by reading this that
23  this is what I said.  I am actually reading
24  aloud what somebody else is accusing me of
25  saying.            16:14:45

Page 265

1              Sanchez
2        This document states that:
3   Sanchez assured Officers Fiorilli, Nofi and
4   Lamm that their conversation would remain
5   confidential and that they should speak freely  16:14:57
6   and candidly.  Particularly because Officer
7   Nofi was a full-time employee of Suffolk
8   County and disclosure of his decision to seek
9   recourse for Hesse and the OBPD's unlawful
10  termination of his employment potentially      16:15:17
11  would adversely affect his other job with the
12  County.
13       Q.   Thank you Ms. Sanchez.
14         Now, I understand those were not
15  your words --            16:15:30
16       A.   Oh, absolutely not.  There are
17  just a multiple of things wrong with this
18  paragraph.
19       Q.   What are you referring to?
20       A.   The entire thing is a fabrication.  16:15:37
21  First of all I never used the word candidly,
22  so I never told anybody -- so I never said
23  that anybody should speak freely and candidly.
24         In addition the fact that Officer
25  Nofi was a full-time employee of Suffolk        16:15:55

Page 266

```
 1              Sanchez
 2   County had no bearing on what had happened at
 3   Ocean Beach, and in my opinion his -- anything
 4   that happened in Ocean Beach could not hurt
 5   his employment with the County, and I was      16:16:07
 6   unaware of any type of recourse they were
 7   going to take, that would be if I had a
 8   crystal ball.
 9        So how would I tell them that
10   their decision to seek recourse could hurt his 16:16:18
11   job.  I didn't know what they were going to
12   do.  All they were doing was complaining to
13   me.  They didn't notify me of any possible or
14   future plans to sue or seek recourse in any
15   way.  So everything in this paragraph is       16:16:35
16   impossible to have taken place.
17        Q.  Okay, thank you.  That is all I
18   wanted from you.
19        A.  Good.
20            MR. NOVIKOFF:  That accomplished a 16:16:48
21   lot.  You want to go through 99 through
22   105; if you don't I will.
23            MR. GRAFF:  Is there any other
24   part of the complaint that you would like
25   to read into the record, Mr. Novikoff?     16:17:00
```

Page 267

```
 1              Sanchez
 2            MS. ZWILLING:  I don't think we
 3   want to read anything into the record.
 4            MR. NOVIKOFF:  I am not reading
 5   anything into the record, I am just      16:17:06
 6   saying if you want to go through the rest
 7   of the paragraphs, great.  If you don't I
 8   will.
 9        A.  Oh, I see a mistake in this
10   complaint.                               16:17:11
11            MS. ZWILLING:  There is no
12   question.
13        Q.  Please.
14        A.  You go ahead, ask me questions.
15        Q.  What mistake were you referring to 16:17:18
16   a moment ago?
17        A.  99 appeared to be incorrect.
18        Q.  Could you read the portion of 99
19   that you believe to be incorrect?
20        A.  "Upon information and belief      16:17:27
21   Sanchez was responsible for appointing and
22   approving the hiring of the uncertified
23   officers at OBPD."
24        I was not responsible to appoint
25   anybody, that is a jurisdiction's          16:17:43
```

Page 268

```
 1              Sanchez
 2   responsibility.
 3        Q.  Okay.
 4        A.  I also don't approve their hires.
 5   I approve the CS-150 to make sure that it is  16:17:50
 6   in compliance with Civil Service Law.  I have
 7   nothing to do with the people, the persons,
 8   nothing like that.
 9        Q.  Okay.  Thank you for that.
10        Do you recall whether during that  16:18:02
11   meeting the officers asked you if they did
12   have any possible recourse?
13        A.  I don't believe -- I recall they
14   asked me if they had recourse.  I believe that
15   I did make a statement to them notifying then  16:18:15
16   that based on the law there was nothing that
17   they could do about the decision by the
18   village to not rehire them.
19        Q.  If I could ask the court reporter
20   to please mark as Sanchez Exhibit 16, a      16:18:31
21   multipage document produced by Ocean Beach
22   bearing the Bates numbers 2652 through 2658.
23            (Sanchez Exhibit 16, multipage
24        document bearing Bates numbers 2652
25        through 2658, marked for identification, 16:18:47
```

Page 269

```
 1              Sanchez
 2        as of this date.)
 3        Q.  Ms. Sanchez, when you had a chance
 4   to take a look at the document can you tell me
 5   if this is a document that you have ever seen  16:19:34
 6   before?
 7        A.  No.
 8        Q.  No, it is not something that you
 9   have ever seen?
10        A.  No.                              16:19:42
11        Q.  Let's put it aside.  Just to be
12   clear do you know what the document is?
13        A.  No.  That is what I was trying to
14   see.
15        Q.  I ask the court reporter to mark  16:19:52
16   as Sanchez Exhibit 17, a two-page document
17   produced by Ocean Beach bearing Bates numbers
18   233 and 234.
19            (Sanchez Exhibit 17, two-page
20        document bearing Bates numbers 233 and  16:20:00
21        234, marked for identification, as of
22        this date.)
23        Q.  Ms. Sanchez, when you have had a
24   chance to review the document my first
25   question is whether you have seen either of  16:20:43
```

Page 270

1          Sanchez
2 these pages before?
3      A.  Yes.
4      Q.  Have you seen both pages?
5      A.  Yes.                    16:20:48
6      Q.  Could you identify the first page
7 of the document?
8      A.  CS-150.
9      Q.  And can you tell whether any of
10 the handwritten markings on the document are   16:21:01
11 markings that you placed on it?
12     A.  Yes, they are.
13     Q.  And which handwritten markings are
14 you referring to?
15     A.  The check next to approved as     16:21:11
16 noted.  The check next to disapproved.  The
17 initials next to that.  And 1/18/05 as noted
18 is my handwriting.
19     Q.  The initials, is that AC?
20     A.  Yes.                    16:21:28
21     Q.  Turning to the second page of the
22 document, could you identify the second page?
23     A.  That is what the village had sent
24 to me, as I had described before they would
25 send their own form in order to report the     16:21:45

Page 271

1          Sanchez
2 personnel transactions as opposed to writing
3 them up directly on the CS-150.
4      Q.  And do you recall whether any of
5 the handwritten notations on the second page   16:21:56
6 are notations that you made on the document?
7      A.  Yes.
8      Q.  And which notations did you make
9 on this document?
10     A.  The word disapproved appears to be 16:22:05
11 in my handwriting.  And the checkmarks as
12 well.  Possibly, but I couldn't swear to the
13 checkmarks.
14     Q.  Referring to the checkmarks on the
15 far left?                        16:22:23
16     A.  Yes.
17     Q.  And what about the two circled
18 police officer?
19     A.  I couldn't swear that that was my
20 circle.                          16:22:34
21     Q.  And I note that some of the
22 times -- some of the places where the word
23 disapproved is written the word is underlined,
24 and some of the times it is not.  Do you know
25 whether you intended to signify anything by    16:22:47

Page 272

1          Sanchez
2 underlining the term disapproved in certain
3 instances?
4      A.  I don't know that I was the one
5 who underlined, so I really couldn't tell you  16:22:59
6 why they are underlined.
7      Q.  And how did you determine which
8 officer's names to write the word disapproved
9 next to?
10     A.  Well, I don't recall.  It was      16:23:12
11 probably relayed to the jurisdiction through a
12 telephone conversation the reason that they
13 were disapproved if I didn't write it down,
14 and it was likely based upon qualification
15 disputes.  Or the service, breaks in service   16:23:31
16 possibly.  It could have been a multitude of
17 reasons that they were disapproved.
18     Q.  Do you recall whether you sent the
19 document back to Ocean Beach after making the
20 notations on it?                 16:23:46
21     A.  Well, I don't recall exactly, but
22 I likely did since it says approved and
23 disapproved, and there is nothing on the
24 CS-150, so they would need to know
25 specifically what is approved and disapproved. 16:23:59

Page 273

1          Sanchez
2 So I would imagine that this page was attached
3 when returned to the jurisdiction.
4      Q.  Turning back to the first page of
5 the document at the bottom right there is a    16:24:11
6 signature of the appointing authority.  Do you
7 recognize that signature?
8      A.  Maryann Minerva.
9      Q.  Do you recall whether documents of
10 this nature would be returned to the          16:24:22
11 jurisdiction to the attention of Maryann
12 Minerva?
13     A.  I don't know that the address
14 label said her name on it.
15     Q.  Do you recall whether a document   16:24:31
16 like this would be returned to George Hesse?
17     A.  No.
18     Q.  No, it would not?
19     A.  No, it would not.
20     Q.  On the second page of the document 16:24:44
21 does it indicate the position that the
22 individuals named held?
23     A.  Does it indicate the position that
24 they held?
25          MR. NOVIKOFF:  Objection.  This   16:25:01

Page 274

```
1              Sanchez
2    witness doesn't draft this second page of
3    the document.  So when you say position,
4    I think that is a little bit misleading.
5        Q.  I will clarify.          16:25:09
6            When you wrote the word
7    disapproved next to some of these rows what
8    did you intend to communicate by the word
9    disapproved?
10       A.  That the transaction was not    16:25:21
11   approved because there was something that they
12   didn't do right.
13       Q.  When the word disapproved is not
14   written there does that indicate that it --
15       A.  It is approved.          16:25:35
16       Q.  It is approved, and what was
17   approved for example with respect to Bacon,
18   Tyree, on the second name on the list?
19       A.  That he resigned effective on that
20   date.                          16:25:50
21       Q.  And resigned from what employment
22   position; if you can tell from this document?
23       A.  Police officer.
24       Q.  And when you wrote disapproved at
25   some places did that indicate that the    16:26:07
```

Page 275

```
1              Sanchez
2    resignation as of that date was disapproved,
3    or am I misunderstanding?
4        A.  Yes.  There was likely a problem
5    with the employment to begin with, so I don't  16:26:18
6    know, without -- I mean I don't know if there
7    is a page missing or something from this.
8    Sometimes I color coded things with
9    highlighters which is not on this copy either.
10   So without actually seeing additional    16:26:33
11   paperwork I don't recall.
12           I mean this was in '05 I think.
13   There was some point where the -- as time had
14   gone on and I was working with the
15   jurisdiction trying to correct all the    16:26:50
16   problems that my work got more detailed and
17   more diligent.  It was really, really
18   difficult to keep track of so many employees
19   who had so many different things wrong with
20   their personnel records as it pertained to    16:27:07
21   Civil Service.
22           So without any further indication
23   on here I can't tell you for any of these
24   people why they were disapproved.
25       Q.  And just to be clear when you    16:27:18
```

Page 276

```
1              Sanchez
2    wrote disapproved, you were indicating that
3    they were disapproved -- were you indicating
4    that they were disapproved for continued
5    employment?                    16:27:25
6        A.  No.
7        Q.  At the far left of the rows of
8    names there is next to each name typewritten
9    initials, do you see what I am referring to;
10   the first one is RS, the second is RS.  The    16:27:43
11   third is --
12       A.  Those are transaction codes.
13       Q.  What does the transaction code RS
14   stand for?
15       A.  Resign.                  16:27:51
16       Q.  And the third transaction code
17   down, C something?
18       A.  Call in.
19       Q.  And the second letter, is that
20   code?                          16:28:05
21       A.  I.
22       Q.  CI?
23       A.  Yes.
24       Q.  And what does call in mean in this
25   context?                        16:28:12
```

Page 277

```
1              Sanchez
2        A.  That they were a call in employee.
3    When they needed help they would call them in.
4    And to clarify before you asked me if the
5    disapproved meant that they were not supposed  16:28:23
6    to be continuing on.  With the people that
7    they were reporting as call in if that -- if
8    the people that were disapproved that have a
9    CI next to it, and you asked me -- before you
10   asked if all the disapproves were not -- I    16:28:36
11   don't remember how you phrased it.
12           But the people that were
13   reporting -- that were reported as call in who
14   were disapproved, the answer could be that
15   they should not have been working without    16:28:55
16   having finished all of their qualifying exams
17   if indeed that was the reason why they were
18   not working, which is again that was a
19   situation of which the village was aware.
20       Q.  For example the very first name,    16:29:09
21   Albanese, James, which has the code RS for
22   resigned, and at the far right you wrote
23   disapproved.  What were you indicating with
24   the disapproval?
25       A.  The transaction was not his    16:29:21
```

Page 278

```
 1              Sanchez
 2    resigning being disapproved, but the
 3    transaction itself was disapproved because
 4    there was something wrong with it.
 5        Q.   And could you give some examples?   16:29:31
 6        A.   No.  I don't remember why.
 7        Q.   Do you recall what position Edward
 8    Paradiso held at the Ocean Beach Police
 9    Department when you served as a personnel
10    analyst?                          16:30:12
11        A.   I think he was a police sergeant.
12        Q.   And did Ed Paradiso to your
13    knowledge hold any position other than police
14    sergeant during your employment as personnel
15    analyst?                          16:30:22
16        A.   I believe his Civil Service title
17    was police sergeant.
18        Q.   Do you know whether he held any
19    title at Ocean Beach that was different from
20    his Civil Service title?           16:30:32
21        A.   I don't recognize any other title
22    other than a Civil Service title.
23        Q.   Do you know what Civil Service
24    title George Hesse held during your employment
25    as --                             16:30:43
```

Page 279

```
 1              Sanchez
 2        A.   Police officer.
 3        Q.   Did he hold any other Civil
 4    Service titles during your employment?
 5        A.   No.                       16:30:47
 6        Q.   And as far as you know did he have any
 7    other titles in the context of his employment
 8    at Ocean Beach other than police officer?
 9        A.   That is the same question twice,
10    and I don't recognize any other title besides  16:30:56
11    the Civil Service title.
12        Q.   And when you say that -- when you
13    say that you don't recognize any other title,
14    what do you mean by that?
15        A.   In Police Departments or law   16:31:06
16    enforcement agencies sometimes they have
17    in-house titles or names that they call each
18    other.  Like for example the Sheriff's
19    Department or the Corrections Department, they
20    have -- they call them sarge or captain, but   16:31:23
21    that is not a Civil Service title.  There is
22    Deputy Sheriff 1, Deputy Sheriff 2, and they
23    may call each other sarge or whatever the
24    other rankings in the military are, but we
25    don't recognize that in Civil Service.  We go  16:31:44
```

Page 280

```
 1              Sanchez
 2    by the proper title.
 3        Q.   If I could ask the court reporter
 4    to mark as Sanchez Exhibit 18, a one-page
 5    document produced by plaintiffs bearing Bates  16:32:13
 6    number P 602.
 7             (Sanchez Exhibit 18, one-page
 8        document bearing Bates number P 602,
 9        marked for identification, as of this
10        date.)                         16:32:49
11        Q.   After you have had a chance to
12    look at the document just let me know?
13        A.   Yep.
14        Q.   Have you ever seen this specific
15    document before?                   16:33:00
16        A.   Yep.
17        Q.   When did you first see this
18    document?
19        A.   That would be when I filled it out
20    on January 25, '06.                16:33:10
21        Q.   What part of this document did you
22    fill out?
23        A.   Section 3.
24        Q.   Does section 3 indicate that you
25    filled it out?                     16:33:25
```

Page 281

```
 1              Sanchez
 2             MR. NOVIKOFF:  What; objection.
 3        She just said she filled out section 3.
 4        Q.   I am asking whether there is
 5    anything on the face of the document that       16:33:34
 6    indicates that you filled it out?
 7        A.   Yes.
 8             MR. NOVIKOFF:  Other than her
 9        handwriting?
10        Q.   Do you have P 602?             16:33:40
11        A.   Yes.
12        Q.   The name I see in section 3 is
13    Schneider, Alan, personnel officer?
14        A.   Yes.
15        Q.   Is that the section that you       16:33:53
16    filled out?
17        A.   Yes.  You see the signature line,
18    you see my initials?
19        Q.   Yes.  At the far right by the
20    date?                              16:34:03
21        A.   Yes.
22        Q.   Did you sign Alan Schneider's name
23    on this document?
24        A.   That would be a stamp.
25        Q.   Was this the only document of this  16:34:12
```

Page 282

Sanchez

1  
2   nature that you filled out in Alan Schneider's  
3   name?  
4       A.   Ever?  
5       Q.   As far as you can recall, the only  16:34:21  
6   police registry entry form?  
7       A.   Is this the only one that I ever  
8   filled out?  
9       Q.   In Alan Schneider's name that you  
10  can recall?                    16:34:31  
11      A.   No.  
12      Q.   Why didn't you fill it out in your  
13  own name?  
14      A.   Because I was directed by my  
15  superiors to put Alan's name on it.        16:34:39  
16      Q.   Which superiors directed you to do  
17  that?  
18      A.   Phil Cohen.  
19      Q.   Anyone else?  
20      A.   I think possibly Cynthia DeStefano  16:34:49  
21  as well.  
22      Q.   At the time that you filled out  
23  section 3 do you recall whether any of the  
24  other sections of the document were already  
25  filled out?                    16:35:03  

Page 283

Sanchez

1  
2       A.   They come to me that way.  
3       Q.   Were sections 1, 2 and 4 filled  
4   out?  
5       A.   Yes.                16:35:11  
6       Q.   What if anything did you do with  
7   the document after filling out section 3?  
8       A.   I believe I gave it to Alan  
9   Schneider's secretary, and I think they send  
10  it out from there.  I think.  Actually I think  16:35:25  
11  they just look them over and I am not a  
12  hundred percent sure, but I think that after  
13  they see it that it gets picked up by -- I  
14  think -- well with another jurisdiction I  
15  think they would come and get it.  I am not  16:35:43  
16  sure if we mailed this back to Ocean Beach or  
17  if we mailed it directly upstate.  
18      Q.   Do you know what the function or  
19  purpose of this form is?  
20      A.   No.                16:35:53  
21      Q.   In section 3 right above the  
22  signature line there is some italicized text.  
23  Do you see what I am referring to?  
24      A.   Uh-hum.  
25      Q.   Do you recall whether you read  16:36:01  

Page 284

Sanchez

1  
2   that text at the time that you stamped Alan  
3   Schneider's name and put your initials?  
4       A.   Do I recall if I read it; I don't  
5   recall if I read it.            16:36:10  
6       Q.   Do you recall if you ever read the  
7   text on a form like this at that spot?  
8       MR. NOVIKOFF:  Are you suggesting  
9       for a moment that there was some type of  
10      fraud involved in this?        16:36:19  
11      A.   Are you suggesting for a moment  
12  that there is some type of fraud involved in  
13  this, that because I stamped my superior's  
14  name and put my initials indicating that I did  
15  so, and then just explained to you that I gave  16:36:31  
16  it to Alan Schneider's office to review before  
17  released it out of our office, that I have  
18  done something that I should have not have  
19  done?  
20      Q.   No.  All I am asking is whether  16:36:41  
21  you read the italicized text?  
22      MR. NOVIKOFF:  What is the basis  
23      for that question?  
24      MR. GRAFF:  I don't need to  
25      justify the basis, I can ask her  16:36:48  

Page 285

Sanchez

1  
2   questions and you can instruct the  
3   witness not to answer.  
4       MR. NOVIKOFF:  I am not  
5       instructing her not to do anything, but  16:36:52  
6       she is doing fine on her own.  
7       A.   I don't recall whether I read it,  
8   and I don't think it was relevant whether I  
9   read it because I think that by placing my  
10  superior's stamp, signature on there as  16:37:03  
11  instructed to by my superiors, and then  
12  actually gave it to the actual person who's  
13  signature stamp is on there to review shows  
14  that this was in fact correctly filled out  
15  and handled properly.            16:37:21  
16      MR. NOVIKOFF:  Makes sense to me.  
17      Q.   Section 2 appears to have been  
18  filled out by George Hesse.  
19      MR. CONNOLLY:  Objection.  
20      Q.   As far as you know do you have any  16:37:30  
21  reason to believe that George Hesse did not  
22  fill out section 2?  
23      MS. ZWILLING:  Maybe she has no  
24      reason to believe that he did.  She  
25      doesn't have to accept only that  16:37:39

Page 286

```
1               Sanchez
2      possibility or reject it.  Why don't you
3      ask her if she knows who filled it out.
4         Q.  Do you know who filled out section
5      2?                        16:37:46
6      A.  No.
7         Q.  Do you recognize --
8         MR. NOVIKOFF:  Did you care who
9      filled it out?
10        THE WITNESS:  No.         16:37:50
11        Q.  Do you recognize the signature on
12     section 2?
13     A.  No.
14        Q.  Do you know whether George Hesse
15     held the title of sergeant at the time that he  16:37:54
16     filled out section 2; if he did?
17        MR. NOVIKOFF:  When you say title,
18     internal at Ocean Beach or Civil Service
19     title, because she has already answered
20     the latter and I think she told you that  16:38:08
21     she doesn't care about the former.
22        Q.  Do you understand what the field
23     title was calling for in the context of this
24     document?
25     A.  Which box?            16:38:20
```

Page 287

```
1               Sanchez
2         Q.  The top right of section 2?
3         A.  Top right of section 2, right.
4         Q.  Do you know what information was
5      to be entered in the field title; what that is  16:38:29
6      asking for?
7         A.  No.  I never really looked at that
8      box.  What I did was I looked at the person,
9      the registrant information in the first box
10     because that is who this document pertains to.  16:38:42
11     We are certifying that this person is holding
12     the title which is what the purpose of this
13     form is is with regards to the person in box
14     1.
15        The other boxes are just the other  16:38:53
16     people testifying to the person in box 2.  So
17     whatever is in box 2 is not really relevant to
18     me.  I am certifying with regards to the
19     person in box 1 by filling out this
20     information.  That is the person being    16:39:08
21     registered.
22  DI  Q.  Turning back to the italicized
23     text in section 3, the very last clause there
24     says:  I certify that it is true to the best
25     of my knowledge and belief.      16:39:24
```

Page 288

```
1               Sanchez
2      Do you know what portion of the
3      document that certification relates to?
4         MS. ZWILLING:  Objection.  The
5      document speaks for itself.      16:39:31
6         MR. NOVIKOFF:  I would think it
7      refers --
8         MS. ZWILLING:  She is not the
9      author of the document.
10        MR. NOVIKOFF:  I would think that  16:39:39
11     the italicized portion that appears in
12     section 3 refers to section 3, since
13     virtually the same language appears in
14     section 1, section 2 and section 4.
15        MR. GRAFF:  I am only asking    16:39:49
16     because a minute ago the witness
17     indicated that she was certifying with
18     respect to the information on the
19     registrant part in section 1.  I may have
20     misunderstood.  I am only asking now    16:40:00
21     whether --
22        MR. NOVIKOFF:  Yes.  I am the
23     Civil Service officer responsible for
24     certifying the appointment of individuals
25     appearing on the payroll of the law   16:40:08
```

Page 289

```
1               Sanchez
2      enforcement agency named in section 2.
3      Agency in section 2 is Ocean Beach,
4      referring to Edward Carter in section 1.
5         Ari, I mean this is getting --    16:40:27
6         THE WITNESS:  Irrelevant.
7         MS. ZWILLING:  Yeah.
8         Q.  Let's mark that and move on from
9      the document.
10        MR. NOVIKOFF:  Mark it for what;    16:40:41
11     she will answer the question, I am just
12     telling you I think it is a silly
13     question.
14        Q..  If you could answer it, do you
15     understand whether that is referring only to    16:40:43
16     what is in section 3, or to any of the other
17     information?
18     A.  It is referring to section 1.  I
19     told you that.
20        Q.  Okay.  If I could ask the court    16:40:51
21     reporter to please mark as Sanchez Exhibit 19,
22     a three-page document bearing Bates numbers
23     264 to 266 produced by Ocean Beach.
24        (Sanchez Exhibit 19, three-page
25        document bearing Bates numbers 264 to    16:41:01
```

Page 290

1          Sanchez
2     266, marked for identification, as of
3     this date.)
4        Q.   Ms. Sanchez, if you could just let
5     me know when you had a chance to review the    16:41:50
6     document?
7        A.   Uh-hum.
8        Q.   Do you recognize any of the pages
9     of this document?
10       A.   Yes.                 16:42:04
11       Q.   Have you seen any of these pages
12    before?
13       A.   My signature is on all of them.
14       Q.   Looking at the first page of the
15    document do you recall whether any of the    16:42:16
16    handwritten notations other than your initials
17    next to the approved are notations that you
18    made on this document?
19       A.   Its possible. The checkmarks
20    again as I stated before could have been that  16:42:32
21    of the clerical.
22       Q.   When you make checkmarks by hand
23    do you generally make them as these are with a
24    check and another line slashing through it?
25       A.   That is an indication of somebody  16:42:48

Page 291

1          Sanchez
2     who have gone through something twice. So it
3     could have been me, it could have been the
4     clerical.
5        Q.   The nature of change indicated on   16:42:54
6     this first page for all names is TM. Do you
7     know what TM indicates in this document?
8        A.   That that employment had ended.
9        Q.   Does TM stand for anything?
10       A.   It could be terminated, but it    16:43:09
11    doesn't necessarily mean -- it could be
12    terminated just because it was the end of the
13    season, as opposed to resign. They are kind
14    of interchangeable.
15       Q.   On the first page of the document  16:43:25
16    there is no notations of disapproved. Does
17    that indicate that --
18       A.   At the bottom of the page it says
19    approved.
20       Q.   So all of these --        16:43:35
21       A.   All of these transactions were
22    approved.
23       Q.   What about on the second page of
24    the document?
25       A.   Disapproved as noted on the      16:43:47

Page 292

1          Sanchez
2     bottom.
3        Q.   Are any of the handwritten
4     notations on the document above that notations
5     that you recognize as notations that you made?  16:43:56
6        A.   Those appear to be the handwriting
7     of the clerical.
8        Q.   And is that the case with respect
9     to all of the handwritten notations above the
10    signature line?          16:44:15
11       A.   Yes.
12       Q.   Do you know what in the far right
13    column under the heading duty statement --
14    actually I can't clearly read it. Are you
15    able to read it?          16:44:27
16       A.   I don't know where you are
17    looking.
18       Q.   The column heading for the last
19    column on the right.
20       A.   Duty statement number or name of  16:44:31
21    previous incumbent.
22       Q.   And underneath each name there is
23    a number. Do you know what the number is
24    referring to?
25       A.   In the right-hand column?      16:44:52

Page 293

1          Sanchez
2        Q.   Yes.
3        A.   Duty statement numbers.
4        Q.   And again in the nature of the
5     change column there is a different code, APT,  16:45:07
6     do you know what that stands for?
7        A.   Part-time appointment.
8        Q.   And the last four codes in that
9     left column, it looks like there is some kind
10    of line on the second letter, do you have   16:45:34
11    any --
12       A.   It was just correcting. Somebody
13    mistakenly typed in ADT, and it was just
14    changed to a P.
15       Q..  Is ADT that a code?       16:45:45
16       A.   No.
17       Q.   And the effective date on each
18    name, what is that the effective date of?
19       MR. NOVIKOFF:  Are we now on the
20    second page, Bates stamp number 265.     16:46:00
21       MR. GRAFF:  Yes.
22       A.   That is the date that the
23    transaction was effective.
24       Q.   And was that the date when they --
25    those employees began their part-time service,  16:46:13

Page 294

```
1              Sanchez
2  or concluded it?
3        MR. NOVIKOFF:  Objection.
4     A.   The code stated part-time
5  appointment, not a termination of employment.  16:46:23
6  So it was when they began working part-time.
7     Q.   Do you recall whether when you saw
8  the document the handwritten notations under
9  the heading title were already written on the
10 document?                    16:46:40
11    A.   Say that again.
12    Q.   When you saw this document did the
13 handwritten notations under the column title,
14 were those notations already on the document?
15    A.   No, the clerical put that in.     16:46:51
16    Q.   And was that after you had seen
17 it?
18    A.   Uh-hum.
19    Q.   So when --
20       MR. NOVIKOFF:  Still on 265,      16:47:02
21 right?
22    Q.   Still on 265.
23    A.   Sometimes they repeat it.
24 Sometimes they would send CS-150's with the
25 same information that they have already     16:47:14
```

Page 295

```
1              Sanchez
2  reported in the past.  So if it was duplicate
3  information that we were already aware of she
4  would be able to notate on it as she did on
5  this.  Apparently all these had already been   16:47:24
6  reported.
7        So she knew that this one was
8  previously approved.  She knew that this
9  person was disapproved until 10/5/05 and so
10 on.  All of this was duplicate information.    16:47:39
11    Q.   And at the signature block at the
12 bottom when it is checked off disapproved and
13 the handwritten word says noted and then your
14 initials and the date.  When it says
15 disapproved as noted what is that referring   16:47:56
16 to, as noted?
17    A.   The things that say disapproved as
18 noted up here.
19    Q.   And were those things written
20 there at the time that you saw the document?   16:48:10
21       MR. NOVIKOFF:  Objection.
22    A.   Probably went to the clerical
23 person, they came back to me, and then I
24 signed it.
25    Q.   Okay, I just wanted to clear that   16:48:27
```

Page 296

```
1              Sanchez
2  up?
3     A.   Yeah.  Because I would give her
4  something saying that I think we already have
5  this, she would notate it, I would review it,   16:48:36
6  and then I would sign it.
7     Q.   The fourth name from the bottom,
8  Arnold Hardman, under the title it says police
9  officer, then an asterisk, then it looks like
10 disapproved, hyphen, needs polygraph?       16:48:51
11    A.   Uh-hum.
12    Q.   What does needs polygraph mean in
13 this context?
14    A.   It means that it is a qualifying
15 exam that he had yet to take.        16:49:02
16    Q.   And as far as you know if you look
17 at all three pages of the document, at the top
18 in licensing the first one says 2 of 7, the
19 second one says 7 of 7, the third one says 1
20 of 7.  Do you have any idea what that is      16:49:20
21 referring to?
22    A.   Seven pages.
23    Q.   So when you saw the document was
24 this a set of seven pages?
25       MR. NOVIKOFF:  Objection.       16:49:35
```

Page 297

```
1              Sanchez
2        MS. ZWILLING:  Objection.
3        MR. NOVIKOFF:  She didn't testify
4  to that.  You asked her what that meant
5  in a pretty poor way and she answered the  16:49:41
6  question.
7     Q.   Were those notations on the pages
8  when you received them if you recall?
9     A.   No, that is my handwriting..
10    Q.   And just on the last page, that is  16:49:48
11 again your signature at the bottom, page 266?
12    A.   Yes.
13       MR. NOVIKOFF:  You mean her
14 initials, not her signature.
15       MR. GRAFF:  Yes.         16:50:00
16    Q.   We can put aside that document.  I
17 ask the videographer what is left on this
18 tape?
19       THE VIDEOGRAPHER:  Ten minutes.
20       MR. GRAFF:  Let's take a short    16:50:18
21 break now.
22       THE VIDEOGRAPHER:  The time is
23 4:50, we are off the record.
24       (Recess taken.)
25       MR. GRAFF:  Would you mark this   16:54:00
```

Page 298

1        Sanchez
2   document as Sanchez Exhibit 20, letter
3   dated August 23, 2004.
4        (Sanchez Exhibit 20, letter dated
5   August 23, 2004, marked for          16:54:13
6   identification, as of this date.)
7        THE VIDEOGRAPHER:  The time is
8   4:54, we are on the record.
9        Q.   Ms. Sanchez, have you ever heard
10  of something called the Ocean Beach Applicant  16:54:59
11  Investigation Section?
12       A.   No.
13       Q.   Have you ever heard of anything
14  called the Ocean Beach Police Department
15  Benevolent Association?          16:55:12
16       A.   No.
17       Q.   I have asked the court reporter to
18  mark as Exhibit 20 a two-page document without
19  Bates numbers.  If you could let me know when
20  you had a chance to look at the document.  My  16:55:28
21  first question is have you seen either page 1
22  or page 2 of the document before?
23       A.   Uh-hum.  Yes.
24       Q.   Have you seen both pages of the
25  document before?          16:55:38

Page 299

1        Sanchez
2   A.   Yes.
3        Q.   The first page of the document has
4   some -- in addition to the signature of
5   Kathryn Spies, has some handwritten notations?  16:55:46
6   A.   All mine.
7        Q.   On the bottom section where you
8   have some handwritten text --
9   A.   It is a key.
10       Q.   The third line on the key, the          16:56:04
11  description is need qual exams as attached..
12  A.   Yes.
13       Q.   Does that description apply to any
14  of the names listed above?
15  A.   Yes.          16:56:35
16       Q.   What is the symbol that
17  corresponds to that?
18       A.   There is no symbol, it was a
19  highlighter which is not showing up on this
20  copy and I do not recall which people were          16:56:46
21  originally highlighted.
22       Q.   And the very last bit on that
23  document in handwriting, it is a little --
24       A.   No breaks in service per Hesse
25  despite non-reporting by village.          16:57:02

Page 300

1        Sanchez
2        Q.   What does despite non-reporting by
3   village --
4        A.   They did not report them, but
5   George Hesse advised me that they did not have  16:57:11
6   a break in service with regards to the years
7   that they had worked.
8        Q.   Turning to the second page of the
9   document, do you recognize any of the
10  handwritten notations on this page?          16:57:22
11       A.   All mine.
12       Q.   On the far left column the
13  notation D, what does that indicate?
14       A.   As indicated in the key in the
15  upper righthand corner of the document it          16:57:34
16  states disapproved, needs qualifying exams.
17       Q.   And the other two items on the
18  key, were those also highlights or symbols?
19       A.   I don't recall if there was
20  highlighting.  I believe that the small circle  16:57:49
21  indicated that needs testing, they were new
22  employees.  And the big circles which did have
23  a highlighter in the middle says needs proof
24  of continuous service.
25       So you can conclude that there was  16:58:10

Page 301

1        Sanchez
2   highlighting on this sheet which is not
3   apparent, so I could not testify as to who it
4   applied to.
5        Q.   And the big circles, are those the  16:58:18
6   circles inside of which it says needs proof of
7   continuous service?
8        A.   It is likely those people.
9        Q.   And were there other highlights
10  that corresponded to that key other than those  16:58:29
11  big circles?
12       A.   I don't know.  I would assume not,
13  but again without seeing it in color I
14  couldn't tell you if there was more.
15       Q.   We can put aside that document.          16:58:43
16       Sanchez Exhibit 21, a one-page
17  document produced by the County without Bates
18  number.
19       (Sanchez Exhibit 21, one-page
20       document without Bates number, marked          16:58:52
21       for identification, as of this date.)
22       Q.   Have you had a chance to look at
23  the document?
24       A.   Yes.
25       Q.   Do you recognize this document?          16:59:25

Page 302

Sanchez

1   A.  Yes.
2   
3   Q.  Could you identify the document?
4   A.  It was an internal record, I don't
5   think I typed it, I think I got it from Stan   16:59:36
6   Pelc, but I am not a hundred percent sure.
7   Just trying to again keep track of all the
8   different people and where they stood with
9   regards to their qualifying exams.
10  Q.  Do you know whether any of the   16:59:53
11  handwritten notations are your notations on
12  this document?
13  A.  They are.
14  Q.  Are all of them?
15  A.  Yes.   17:00:02
16  Q.  On the far left column the
17  notation looks like P?
18  A.  Uh-hum.
19  Q.  What does P stand for here?
20  A.  I don't remember.  It could be   17:00:07
21  passed.
22  Q.  Is there anything else -- strike
23  that.
24      Are you guessing that it could be
25  passed?   17:00:21

Page 303

Sanchez

1   A.  Yes.
2   
3   Q.  Okay.  Arnold Hardman -- excuse
4   me.  Patrick Cherry, the fourth name down, do
5   you recall aside from what is written on the   17:00:31
6   document anything about Patrick Cherry?
7   A.  No.
8   Q.  Do you recall why you underlined
9   pending polygraph on some of this line?
10  A.  Possibly, so it would stand out to   17:00:45
11  me.
12  Q.  And the last question on this
13  document, between the names John Geyer and
14  Michael Batista there is a gap that is
15  slightly larger than the other ones.  Do you   17:01:00
16  know if there was anything indicated there in
17  highlighting perhaps?
18  A.  I don't believe so.
19  Q.  Okay.  You can put aside that one.
20      Next exhibit is a one-page   17:01:15
21  document produced by plaintiffs bearing Bates
22  number P 543, Sanchez Exhibit 22.
23      (Sanchez Exhibit 22, one-page
24      document bearing Bates number P 543,
25      marked for identification, as of this   17:01:17

Page 304

Sanchez

1   date.)
2   
3   Q.  Have you seen this document
4   before?
5   A.  No.   17:02:09
6   Q.  Do you recall anything of a
7   conversation --
8   A.  No.
9   Q..  -- described here?
10  A.  No.   17:02:16
11  Q.  Do you recall --
12  MR. NOVIKOFF:  Come on, Ari, she
13  never seen it, she recalls nothing about
14  the conversation.  What could -- I mean
15  respectfully what could you possibly ask?  17:02:26
16  MR. GRAFF:  I am done with this
17  one.
18  MR. NOVIKOFF:  Okay.
19  Q.  Ms. Sanchez, why did you stop
20  working as a personnel analyst at Suffolk   17:02:54
21  County Civil Service?
22  A.  Because I got a much better job
23  with the Probation Department.
24  Q.  Better in what sense?
25  A.  More self fulfilling, more   17:03:06

Page 305

Sanchez

1   important, more stimulating, more money.  I am
2   able to help the community and serve a purpose
3   in life doing something important, instead of
4   sitting behind a desk 24/7 doing boring work.  17:03:25
5   MR. NOVIKOFF:  Don't hold back..
6   Q.  If I could ask the court reporter
7   to mark as Sanchez Exhibit 23, a three-page
8   document -- four-page document produced by
9   plaintiffs Bates numbers P 373 to 376.  It was  17:03:41
10  also previously marked as Minerva 16.
11      (Sanchez Exhibit 23, four-page
12      document, Bates numbers P 373 to 376,
13      marked for identification, as of this
14      date.)   17:04:27
15  A.  Is there a question?
16  Q.  Do you recognize the form of the
17  document?
18  A.  Uh-hum.
19  Q.  If you could turn please to the   17:04:30
20  last page of the document?
21  A.  Yes.
22  Q.  Where the heading is your salary
23  information, and then underneath some text
24  saying total salary reported and some dates.   17:04:44

Page 306

```
1            Sanchez
2   Is the salary reporting in this context
3   something that had anything to do with your
4   job as personnel analyst?
5       A.  No.                    17:04:52
6       Q.  You can put aside that document.
7           MR. GRAFF:  If we could take a
8   very short break I might be done.
9           THE VIDEOGRAPHER:  The time is
10  5:04, we are off the record.       17:05:05
11          (Recess taken.)
12          MR. GRAFF:  Would you mark this
13  document as Sanchez Exhibit 24, letter
14  dated February 23, 2006.
15          (Sanchez Exhibit 24, letter dated  17:06:44
16  February 23, 2006, marked for
17  identification, as of this date.)
18          MR. GRAFF:  Would you mark this
19  document as Sanchez Exhibit 25, two-page
20  list.                          17:07:57
21          (Sanchez Exhibit 25, two-page
22  list, marked for identification, as of
23  this date.)
24          THE VIDEOGRAPHER:  The time is
25  5:08, we are on the record.       17:08:14
```

Page 307

```
1             Sanchez
2       Q.  Ms. Sanchez, while we were off the
3   record I asked the court reporter to mark
4   Exhibit Sanchez 24, a one-page document
5   without Bates number.  Have you had a chance  17:08:26
6   to look at that document?
7       A.  Yes.
8       Q.  Do you recognize it?
9       A.  Yes.
10      Q.  Have you seen it before?        17:08:31
11      A.  24?
12      Q.  Yes.
13      A.  I wrote it.
14      Q.  Why did you write this document,
15  Sanchez 24?                      17:08:41
16      A.  As indicated in the first
17  paragraph, as per our conversation she
18  requested that I give her this information.
19  That would be Naomi Jiminez.
20      Q..  And the first sentence here, as  17:08:54
21  per our conversation the following are the
22  employment dates for the police officers you
23  requested who have been employed by Ocean
24  Beach Village since 1996.
25          Ms. Sanchez, what were you       17:09:08
```

Page 308

```
1             Sanchez
2   referring to in that statement specifically
3   when you wrote that there have been police
4   officers who have been employed since 1996?
5       A.  She asked me specifically about    17:09:21
6   these people, and she wanted me to put in
7   writing the years that they had worked in the
8   village.  So I gave her specifically what she
9   asked for.
10      Q.  The second sentence states:  In    17:09:36
11  Suffolk County seasonal employment is for the
12  period two weeks before Memorial Day until two
13  weeks after Labor Day.
14          The four names that are listed
15  here, each line starts off with the word     17:09:49
16  seasonal and continues with some dates.  The
17  third name, Edward Carter, the first line is a
18  sentence that starts off seasonal and some
19  dates and it has a period.  Then on the second
20  line it states:  Per jurisdiction worked '96,  17:10:08
21  '97, '98, '99, '00, but neglected to report it
22  thus far.
23          What does that second sentence
24  under Edward Carter's name mean?
25      A.  It means that he also worked and   17:10:28
```

Page 309

```
1             Sanchez
2   it was to be implied seasonally during those
3   mentioned years, however it had not been
4   reported on paper.  As it states per the
5   jurisdiction that is when he worked.  So I was  17:10:45
6   just letting her know that officially it
7   wasn't reported, but that is what the
8   jurisdiction -- I forgot what I just said.  It
9   wasn't officially reported.
10      Q.  Okay, that is all, thank you.      17:10:57
11          The second document marked during
12  the break, Sanchez 25, two-page document
13  without Bates numbers.  Ms. Sanchez, have you
14  seen this document before?
15      A.  Yes.                       17:11:11
16      Q.  Could you identify the document?
17      A.  It is a chart that I was asked to
18  make by Cynthia DeStefano summarizing all of
19  the police officers who have ever worked at
20  Ocean Beach for as far back as I can find in   17:11:26
21  our records, and write what their status was
22  with regard to when they worked and when they
23  passed their exams.  What their current
24  approved status was.
25      Q.  And the chart doesn't appear to be  17:11:41
```

Page 310

Sanchez

1
2  dated.  Do you recall when you created it?
3      A.   It was probably around 2005 or --
4  I am seeing that that is the latest date
5  mentioned.  So I would assume 2005 since there  17:12:00
6  is nothing after that.
7      Q.   And did Ms. DeStefano indicate to
8  you why she was asking that you create the
9  chart at that time?
10     A.   I just think because there was a    17:12:13
11 lot of questions being raised as to what is
12 going on with them.  You know, because we
13 are -- there was a lot of things that were not
14 going right.  So I think she was just trying
15 to get it organized.               17:12:29
16     Q.   And are the things that you are
17 referring to that are not going right, is that
18 different than the reporting problems that we
19 already talked about today?
20     A.   Yes.  This was a separate issue.   17:12:37
21     Q.   What issue was it?
22     A..   The issue was with regards to when
23 they passed their exams, like when they got
24 approved or disapproved.  That is what this is
25 focusing on.  Not whether they reported, but   17:12:51

Page 311

Sanchez

1
2  when they did work, when did they pass their
3  exams.  This took a lot of research as far as
4  when they passed their exams, and a lot of
5  time to complete this chart.          17:13:03
6      Q.   The fourth column of the chart is
7  headed approved/disapproved?
8      A.   Uh-hum.  Where they stood as of
9  that date when I created the chart.
10     Q.   With respect to employment as      17:13:15
11 what?
12     A.   Whether their appointments were
13 approved or not.
14     Q.   Does it indicate the positions
15 specifically here?              17:13:25
16     A.   They were all police officers.
17 This wasn't the whole village, this was all
18 the police officers that I had records on that
19 had ever worked there for as far back as, you
20 know, the earliest date on here back in the    17:13:41
21 80s.  So I had to look at every single CS-150
22 that had been submitted since the 80s and
23 document each person and put them on the chart
24 and then go through every single one and then
25 see if they were approved or not.  And I had   17:13:56

Page 312

Sanchez

1
2  to research when they did their exams.  It is
3  kind of self-explanatory.
4      Q.   Maybe six names from the bottom on
5  the first page, the name is Alan Loeffler and  17:14:10
6  under the comments section it says:
7  Continuous T of Islip Harbor Master.
8          Do you recall what the
9  significance of that statement is in the
10 context of this document?           17:14:24
11     A.   There were breaks in service where
12 you see seasons worked.  There was a break in
13 service between '74 and '77, and a break in
14 service between '79 and '90.  However he
15 worked continuously in the Town of Islip as a  17:14:40
16 harbor master, therefore he wouldn't need to
17 retake his qualifying exams because he didn't
18 have a break in service in Suffolk County.
19     Q.   So that statement is explaining
20 that he is approved -- why he is approved      17:14:52
21 despite there being breaks in service?
22     A.   Right.
23     Q.   Okay.  There is just another
24 abbreviation on the second page by the name
25 Thomas Shore in the comments section?       17:15:22

Page 313

Sanchez

1
2      A.   Uh-hum.
3      Q.   Could you read what the comments
4  there?
5      A.   Passed all part, September 2005,   17:15:28
6  took physical fitness May '05.
7      Q.   And it indicates that Thomas Shore
8  was disapproved.  Do you understand from the
9  document what the basis of that disapproval
10 is?                      17:15:47
11     A.   No.  I don't remember.
12     Q.   This is the last exhibit and I
13 only have possibly one question on it.  This
14 is Sanchez Exhibit 26, a three-page document
15 produced by Ocean Beach bearing Bates numbers  17:16:21
16 10185 through 10187.
17         (Sanchez Exhibit 26, three-page
18         document, Bates numbers 10185 through
19         10187, marked for identification, as of
20         this date.)             17:17:04
21         MR. GRAFF:  Would you mark as
22 Sanchez Exhibit 27, report of personnel
23 changes.
24         (Sanchez Exhibit 27, report of
25 personnel changes, marked for       17:17:38

Page 314

```
1                Sanchez
2      identification, as of this date.)
3          Q.   When you had an opportunity to
4      look over Sanchez 26, can you tell me if you
5      have ever seen that document before?      17:17:45
6          A.   No.
7          Q.   Put it aside.
8              What about Sanchez Exhibit 27,
9      which for the record is a two-page document
10     produced by Ocean Beach bearing Bates number  17:17:55
11     237 and 238?
12         A.   Yes.
13         Q.   Have you seen both pages of the
14     document?
15         A.   Yes.                  17:18:04
16         Q.   On the first page of the document
17     do you recognize any of the handwritten
18     notations as yours?
19         A.   The word disapproved is my
20     handwriting.  The rest of the handwriting is  17:18:22
21     the clerical.
22         Q.   The second to last name has
23     handwritten on top of it, police officer,
24     (call in), and then in type underneath it,
25     seasonal police officer?              17:18:36
```

Page 315

```
1                Sanchez
2          A.   Uh-hum.
3          Q.   And then underneath it an
4      abbreviation, it looks like approved?
5          A.   Uh-hum.                17:18:42
6          Q.   Do you understand what any of
7      those handwritten notations mean in the
8      context of this document?
9          A.   Well, you have to line it up with
10     the notation that is above the other columns.  17:18:48
11     It is not just there that there is something
12     written in above it.  So the nature of the
13     change was RL where it says to line it up with
14     police officer call in..  So he was being
15     released as a call in police officer effective  17:19:04
16     May 16th, which is when the beginning of the
17     season would start two weeks before Memorial
18     Day, and the seasonal employment was beginning
19     May 17, '05.
20         Q.   And I think you just answered it,  17:19:18
21     the nature of the change column at the far
22     left, does RL stand for --
23         A.   Relieve.
24         Q.   And AT?
25         A.   Temporary.             17:19:27
```

Page 316

```
1                Sanchez
2          Q.   And SN?
3          A.   Seasonal.
4          Q.   So AT/SN?
5          A.   Is a temporary seasonal       17:19:36
6      employment.
7          Q.   On the second page of the document
8      do you recognize any of the handwritten
9      notations?
10         A.   It is the clerical.        17:19:51
11         Q.   And the far right column, again
12     under the heading duty statement number or
13     name of previous incumbent?
14         A.   Uh-hum.
15         Q.   I know you indicated that numbers  17:20:03
16     and a column like this in a form are your duty
17     statement number?
18         A.   Uh-hum.
19         Q.   Are you able from the number to
20     identify what the duty statement is; is that  17:20:15
21     like a code like RL?
22         A.   Each duty statement when it is
23     signed off on is assigned a number, it is a
24     number is created on the document.  It just
25     represents a position number.  So if they send  17:20:32
```

Page 317

```
1                Sanchez
2      in a duty statement for police officer, like
3      this means that in 2004 seasonal police
4      officer duty statement was submitted and this
5      was the number that was given.  It could   17:20:43
6      have been for any number of positions.  It
7      could have been for ten officers, and each of
8      those ten positions corresponds to a position.
9      And so as you see more than one person has the
10     same duty statement number on the right-hand  17:21:02
11     column.
12         Q.   So looking at the second page,
13     take the first two names, they have different
14     duty statement numbers?
15         A.   It doesn't mean anything.    17:21:13
16         Q.   It doesn't mean that they had
17     different duties?
18         A.   No.
19         Q.   Do you know why there would be
20     different duty statement numbers?        17:21:20
21         A.   Because we periodically ask them
22     to submit a new duty statement just so we have
23     updated records of what the position entails
24     just to make sure that it is properly
25     classified.                    17:21:33
```

Page 318

```
1              Sanchez
2      Q.  I have no further questions for
3  now.  Thank you very much for your time.
4          THE VIDEOGRAPHER:  The time is
5  5:24 and --                    17:21:40
6  EXAMINATION BY
7  MR. NOVIKOFF:
8      Q.  Good evening, Ms. Sanchez, how are
9  you?
10     A.  Good, yes.               17:21:53
11     Q.  I am going to hopefully ask you a
12 series of brief questions so that you can get
13 out of here.  We have been here since 10
14 o'clock to day; is that right?
15     A.  A little bit earlier than that.  17:22:25
16     Q.  Right, and you are a named
17 defendant in this lawsuit?
18     A.  Yes.
19     Q.  You have been named in your
20 official capacity; right?         17:22:32
21     A.  Yes.
22     Q.  You also have been named in your
23 individual capacity?
24     A.  Yes.
25     Q.  Are you aware that the plaintiffs  17:22:36
```

Page 319

```
1              Sanchez
2  in this case have alleged in the 14th cause of
3  action that you and Mr. Hesse engaged in a
4  conspiracy to do, among other things, destroy
5  their careers.  Are you aware of that?    17:22:51
6      A.  I am aware.
7      Q.  During the course of Mr. Graff,
8  and Mr. Graff is plaintiffs' counsel, you are
9  aware of that?
10     A.  Yes.                     17:23:00
11     Q.  During the course of Mr. Graff's
12 almost six to six and a half hours of
13 testimony did you ever hear the word
14 conspiracy come out of his mouth?
15     A.  No.                      17:23:10
16     Q.  Did you ever hear him use the word
17 conspire?
18     A.  No.
19     Q.  Let's go to the complaint and
20 specifically the 14th cause of action which  17:23:21
21 appears on 43.  I will get to some questions
22 in more specifics a little later, hopefully in
23 a few minutes, but do you see paragraphs 185
24 through 187?
25     A.  Yes.                     17:23:40
```

Page 320

```
1              Sanchez
2      Q.  Those are the allegations
3  concerning the allegation against you and Mr.
4  Hesse for civil conspiracy?
5      A.  Yes.                     17:23:50
6      Q.  Did Mr. Graff ask you any
7  questions referring specifically to paragraphs
8  185, 186 and 187?
9      A.  No.
10     Q.  Let's go to page 23 of the     17:23:59
11 complaint in this action, the title is in the
12 middle of the page, do you see the line in
13 bold?
14     A.  Yes.
15     Q.  It says:  Allison Sanchez      17:24:13
16 conspires with Hesse to destroy plaintiffs'
17 careers.
18         Do you see that?
19     A.  Yes.
20     Q.  Did Mr. Graff ask you any      17:24:19
21 questions concerning whether or not you
22 destroyed the plaintiffs' careers?
23     A.  No.
24     Q.  In fact other than paragraph 100
25 did Mr. Graff ask you any questions concerning  17:24:31
```

Page 321

```
1              Sanchez
2  paragraphs 99, 101, 102, 103, 104 and 105?
3      A.  No.
4      Q.  Let's just now go specifically
5  through these paragraphs.  I believe you    17:24:45
6  testified to some of them already, one in
7  response to Mr. Graff's question and one
8  because you noticed that there was a mistake,
9  for want of a better term, in paragraph 99.
10         First part of paragraph 99 states:  17:24:56
11 Within days of their termination Officers
12 Fiorilli, Nofi and Lamm met with Allison
13 Sanchez.
14         True or not true?
15     A.  True.                    17:25:10
16     Q.  Does this sentence refresh your
17 recollection as to which of the five
18 plaintiffs you met with on that day?
19     A.  I believe so.
20     Q.  And does this sentence refresh    17:25:21
21 your recollection with regard to the time
22 period after the non-rehiring of plaintiffs
23 that you met with the three plaintiffs?
24     A.  Yes.
25     Q.  Let's look at the next clause     17:25:34
```

Page 322

```
 1            Sanchez
 2  after it says Allison Sanchez it then goes on
 3  to allege, the plaintiffs do, quote:  The
 4  Suffolk County Civil Service official
 5  responsible for overseeing Civil Service      17:25:46
 6  compliance in Ocean Beach.
 7        Do you see that?
 8     A.   No, where are you looking?
 9     Q.   Second paragraph of clause 99?
10     A.   Yes.                17:25:54
11     Q.   Is that a true or untrue
12  statement?
13     A.   Yes.
14     Q.   You are the official
15  responsible --            17:26:02
16     A.   Well, I am not the official
17  official.  Alan Schneider is the official.
18     Q.   That is what I was asking you..  Is
19  this an accurate statement as it was written?
20     A.   No.                17:26:12
21     Q.   Who in your opinion and experience
22  is the official responsible for overseeing
23  Civil Service compliance in Ocean Beach?
24     A.   The personnel director, Alan
25  Schneider.                17:26:19
```

Page 323

```
 1           Sanchez
 2     Q..  I believe you said there were two
 3  people between -- in the chain of command
 4  between you and Mr. Schneider?
 5     A.   Yes.                17:26:26
 6     Q.   Let's look at the last sentence:
 7  Upon information and belief Sanchez was
 8  responsible for appointing and approving the
 9  hiring of the uncertified officers at OBPD.
10  OBPD.                 17:26:41
11        Do you see that?
12     A.   Yes.
13     Q.   Were you responsible for
14  appointing and approving the hiring of the
15  allegedly uncertified officers at OBPD?    17:26:51
16     A.   No.
17     Q.   Do you have an understanding as to
18  what this sentence even means when it uses the
19  phrase uncertified officers?
20     A.   No.                17:27:03
21     Q.   Is there such a term of art in
22  Civil Service jargon that refers to
23  uncertified officers?
24     A.   No.
25     Q.   Let's go to paragraph 100.  I    17:27:11
```

Page 324

```
 1            Sanchez
 2  believe you have testified at length with
 3  regard to the lack of truthfulness with regard
 4  to this allegation.  Do you recall that
 5  testimony?               17:27:25
 6     A.   I do.
 7     Q.   Was the testimony you gave with
 8  regard to Mr. Graff's reference to paragraph
 9  100 true and accurate when you gave it earlier
10  this afternoon?             17:27:39
11     A.   It was.
12     Q.   Is there any reason to go over
13  that testimony?
14     A..  No.
15     Q.   Is there anything that you want to  17:27:42
16  change with regard to that testimony?
17     A.   No.
18     Q.   Let's go to paragraph 101.
19  Officers -- this is the first clause that has
20  been alleged:  Officers Fiorilli, Nofi and   17:27:52
21  Lamm then relayed the substance of their
22  employment experience at the OBPD.
23        Do you see that?
24     A.   Yes.
25     Q.   Do you have an understanding as to  17:28:03
```

Page 325

```
 1            Sanchez
 2  what that allegation means?
 3     A.   No.
 4     Q..  Did Fiorilli, Nofi and Lamm relay
 5  the substance of their employment experience   17:28:11
 6  at the OBPD when you met with them?
 7     A.   No.
 8     Q.   The next clause goes:  Including
 9  their termination without notice or cause in
10  retaliation for complaints regarding repeated  17:28:32
11  instances of obstruction of justice, abuse of
12  power and other unlawful conduct committed by
13  or at the direction of Hesse.
14        Do you see what I have just read?
15     A.   Yes.               17:28:48
16     Q.   Let's break this down a little
17  bit.  Did either Fiorilli, Nofi and Lamm
18  discuss with you the fact that they believed
19  that they were terminated in retaliation for
20  complaints regarding repeated instances of     17:28:58
21  obstruction of justice?
22     A.   I don't recall if that was what
23  they were complaining about their -- the way
24  they phrased it, their termination.  But I
25  don't recall what they said that the reason    17:29:20
```

Page 326

```
           Sanchez
1
2   was.  And it is likely that I don't remember
3   because I wasn't paying attention because
4   again to me that portion of it was irrelevant,
5   the reason why they were not asked to return    17:29:29
6   because I knew what the law was with regard to
7   it and I knew that I was going to explain that
8   to them afterwards that the reason why they
9   were asked not to come back was not relevant.
10      Q.   And just so if the jury sees this    17:29:50
11  videotape, can you explain to the jury why in
12  your opinion what the reasons for their
13  alleged termination, why they were irrelevant
14  in your opinion?
15      A.   Because they were temporary    17:30:06
16  employees.  They were asked -- they were not
17  being rehired, they were informed that they
18  were not being rehired.  This was not a firing
19  and as such it didn't matter the reason that
20  the village didn't want them there any more.    17:30:25
21      Q.   Well, you say it doesn't matter,
22  you are referring only to the context of Civil
23  Service Law; right?
24      A.   Right.
25      Q.   You were not referring --    17:30:31
```

Page 327

```
           Sanchez
1
2       A.   We don't ask the reasons for that,
3   and Civil Service, they don't have to hire
4   them back.  They don't have a right to the
5   position like somebody who took a position    17:30:37
6   that is competitive where you have Section 75
7   rights and there is procedures as to layoffs
8   and firings.
9       None of that applied to them
10  because these were not permanent positions and    17:30:48
11  they were temporary in nature.  The village
12  doesn't have a reason.  They can have a
13  reason or they can choose not to have a
14  reason.
15      Q.   And that is with regard    17:30:57
16  specifically to Civil Service Law; is that
17  correct?
18      A.   Yes.
19      Q.   You are -- when you said you were
20  telling them -- I believe you testified    17:31:04
21  earlier to Mr. Graff's question that you were
22  giving them your opinion based upon your
23  communications with your superior as to what
24  their rights were; right?
25      A.   Right.    17:31:14
```

Page 328

```
           Sanchez
1
2       Q.   And that is what their rights were
3   with regard to Civil Service Law; right?
4       A.   Right.
5       Q.   You were not giving your opinion    17:31:21
6   with regard to what their rights would be
7   under the United States Constitution; right?
8       A.   No.  I don't know anything about
9   that.
10      Q.   And you were not giving your    17:31:28
11  opinion with regard to what their rights were
12  with regard to the New York State
13  Constitution?
14      A.   No.
15      Q.   And you never told them that you    17:31:35
16  were a lawyer; correct?
17      A.   No.
18      Q.   You would agree with me that the
19  sole purpose -- well, you would agree with me
20  that any information that you gave them during    17:31:41
21  that conversation concerning what their rights
22  were was solely and strictly within the
23  context of Civil Service Law?
24      A.   Entirely.
25      Q.   Let's go to paragraph 102,    17:31:52
```

Page 329

```
           Sanchez
1
2   plaintiffs allege:  In response, Sanchez
3   advised Officers Fiorilli, Nofi and Lamm that
4   Hesse had behaved lawfully and within his
5   authority under Civil Service Law.    17:32:12
6       Do you see that?
7       A.   Yes.
8       Q.   And is that an accurate
9   representation of what you said?
10      A.   Yes, and I advised them that I    17:32:20
11  knew that because I was the one who advised
12  him based on his inquiries as to what the law
13  was.
14      Q.   He being Mr. Hesse?
15      A.   Correct.    17:32:30
16      Q.   Just so I understand this
17  correctly because there may have been some
18  confusion with some of the questions that
19  Mr. Graff had asked you earlier today.
20  Mr. Hesse called you up to inquire with regard    17:32:40
21  to what the Civil Service Law obligations were
22  with regard to any decisions he had concerning
23  the not hiring of certain Ocean Beach seasonal
24  police officers during that time period?
25      A.   Yes.    17:32:57
```

Page 330

```
1              Sanchez
2     Q.  And that is when you went to your
3  superior to make sure that whatever advice you
4  gave to Mr. Hesse was in compliance with Civil
5  Service Law; right?            17:33:07
6     A.  Right.
7     Q.  And then after you spoke with your
8  superior at some point in time, whether it was
9  that day or the next day, you called up Mr.
10 Hesse and you reiterated to him in sum and   17:33:15
11 substance what your superior had reiterated to
12 you?
13    A.  Exactly.
14    Q.  Paragraph 102:  Plaintiffs then
15 further allege, quote:  And plaintiffs would   17:33:27
16 not, quote, have a leg to stand on, close
17 quote.
18       Do you see that?
19    A.  Yes.
20    Q.  Did you use that phrase?   17:33:41
21    A.  I don't believe I did.
22    Q.  Is that a phrase that you commonly
23 use?
24    A.  No.  I am sure I explained that to
25 them in a different way, but I wouldn't tell   17:33:50
```

Page 331

```
1              Sanchez
2  them they don't have a leg to stand on.  I
3  explained to them that they didn't have the
4  rights that they seemed to have been under the
5  impression that they had with regards to their  17:34:00
6  temporary positions.
7     Q.  Now, with regard to the last part
8  of paragraph 102 where it says quote:  Raised
9  further complaints against Hesse, close quote.
10       Do you see that?            17:34:16
11    A.  Yes.
12    Q.  Do you recall ever telling them
13 that they have no rights with regard to
14 raising any further complaints against Hesse?
15    A..  No, because I wasn't aware of if   17:34:23
16 they wanted to complain about him.
17    Q.  Did you care whether they
18 complained about Hesse or not?
19    A.  No.  It had nothing to do with me.
20 The only thing that applied to me was the   17:34:35
21 Civil Service Law and how it applied to their
22 position.  If they hated George Hesse or had
23 any other beef with him, I don't care.
24    Q.  Did you have a financial interest
25 in whether or not Mr. Hesse remained an   17:34:47
```

Page 332

```
1              Sanchez
2  employee of Ocean Beach?
3     A.  No.
4     Q.  Did you have any interest
5  whatsoever in anything to do with Mr. Hesse in  17:34:52
6  this time period?
7     A.  No.
8     Q.  Let's look at paragraph 103:  Upon
9  information and belief Sanchez knew that her
10 statements to plaintiffs were false.   17:35:04
11       Do you see that?
12    A.  I do.
13    Q.  Is that a truthful allegation?
14    A.  No.
15    Q.  Did Mr. Graff ask you about that?  17:35:15
16    A.  No.
17    Q.  Let's look at the next part of 103
18 that:  Plaintiffs reasonably believed her
19 statements to be true.
20       Do you see that?            17:35:27
21    A.  I do.
22    Q.  To the best of your knowledge is
23 that a truthful statement?
24    A.  I would assume so.  I know that
25 they didn't like what I had to say and they   17:35:35
```

Page 333

```
1              Sanchez
2  tried to argue it.  But I don't -- I didn't
3  get the feeling that they thought that I was
4  lying.
5     Q.  Okay, and did Mr. Graff ask you   17:35:43
6  any questions about the plaintiffs' reasonable
7  belief during this meeting as to anything that
8  you said?
9     A.  No.
10    Q.  Paragraph 103 continues on, it   17:35:55
11 says quote:  And that plaintiffs likely would
12 act in a reasonable reliance on her
13 statements.
14       Do you see that?
15    A.  Yes.            17:36:07
16    Q.  Did Mr. Graff ask you any
17 questions with regard to that part of
18 paragraph 103?
19    A.  No.
20    Q.  Do you have any basis one way or   17:36:13
21 the other to give me an opinion on whether
22 that aspect of the allegation is true or not?
23    A.  I don't care what they did with my
24 statement.  I told them what it was.  I told
25 them the truth, what the law was and whatever  17:36:26
```

Page 334

Sanchez

2 they choose to do with it, it doesn't matter.

3    Q.   That is fine.

4       Let's go on paragraph 103 starting

5 with the sentence:  Moreover.  Do you see       17:36:37

6 that?

7    A.   Yes.

8    Q.   Moreover Sanchez made these false

9 statements with an intent to deceive

10 plaintiffs and prevent them from seeking legal  17:36:50

11 recourse in connection with their termination.

12       Do you see that?

13    A.   I do.

14    Q.   Let's break this down a little

15 bit..  Did you make any false statements to any  17:37:00

16 of the plaintiffs at this meeting?

17    A.   No.

18    Q.   Did you make any statement to any

19 of these three plaintiffs with an intent to

20 deceive them during this meeting?       17:37:11

21    A.   Absolutely not.

22    Q.   Did you make any statements to any

23 of these three plaintiffs in order to prevent

24 them from seeking legal recourse in connection

25 with their alleged termination?       17:37:21

Page 335

Sanchez

2    A.   No.

3    Q.   Did you care one way or the other

4 what they did with regard to any legal

5 recourse for their alleged termination?       17:37:27

6    A.   No.  It doesn't affect me in any

7 way.

8    Q.   Did you have anything to do with

9 the decision not to -- withdrawn.

10       Did you have, did you consult with  17:37:39

11 George Hesse with regard to what officers were

12 not going to be rehired?

13    A.   No.  I didn't know until after it

14 was done.

15    Q.   Let's look at paragraph 104:  When  17:37:48

16 officers Fiorilli, Nofi and Lamm left

17 Sanchez's office, Sanchez immediately called

18 Hesse and notified him of the substance of her

19 conversation with plaintiffs.

20       Do you see that?       17:38:07

21    A.   I do.

22    Q.   Did you do that?

23    A.   I did not do that.

24    Q.   So this allegation is false?

25    A.   It is false.       17:38:13

Page 336

Sanchez

2    Q..  Did Mr. Graff ask you any

3 questions with regard to this specific

4 allegation to the best of your recollection?

5    A.   He asked me who I called and if I  17:38:19

6 recalled when, and my answer did not include

7 calling George Hesse.

8    Q.   Let's look at the next clause of

9 paragraph 104:  In flagrant disregard of her

10 promise to keep plaintiffs' conversation       17:38:36

11 confidential.

12       Do you see that?

13    A.   Yes.

14    Q.   Did you make any promise to any of

15 the plaintiffs to keep their conversations       17:38:42

16 confidential?

17    A.   I did not.

18    Q.   Now, 104, the last sentence, I am

19 going to read it into the record:  It is not

20 surprising that Sanchez breached her promise  17:38:57

21 to Officers Fiorilli, Nofi and Lamm as Hesse

22 has bragged to Officer Carter about having a

23 sexual relationship with Sanchez in the past.

24       Do you see that?

25    A.   I see it.       17:39:12

Page 337

Sanchez

2    Q.   Now, are you aware as to whether

3 or not Hesse has ever bragged to Officer

4 Carter about anything to do with you?

5    A.   No.       17:39:22

6    Q.   And just so we are clear, because

7 I don't know if we were clear during

8 Mr. Graff's questioning of you.  Have you ever

9 had a sexual relationship with Mr. Hesse?

10    A.   No.       17:39:29

11    Q.   Have you ever desired to have a

12 sexual relationship with Mr. Hesse?

13    A.   No.

14    Q.   Would you ever want to have a

15 sexual relationship with Mr. Hesse?       17:39:38

16    A.   No.  And I am a lesbian which

17 might preclude him from that pool of potential

18 suitors anyway.  So no.  And I have been a

19 lesbian long before I ever met George Hesse,

20 and should I decide to change my mind and not  17:39:57

21 be a lesbian George Hesse would be the last

22 person that I would ever choose on earth that

23 I would ever want to have a sexual

24 relationship with.

25       MS. ZWILLING:  Don't tell me you  17:40:08

Page 338

Sanchez

1          Sanchez
2  have more.
3       MR. NOVIKOFF: Well, I have a
4  little bit.
5    Q.  105. Mr. Graff didn't ask you any  17:40:10
6  questions about 105, did he?
7    A.  No.
8    Q.  105 plaintiffs allege: Officer
9  Lamm thereafter received a notice from Suffolk
10  County Civil Service stating that he was  17:40:34
11  quote, not qualified, close quote, to serve as
12  a police officer despite his years of
13  distinguished service at the OBPD.
14     Do you see that?
15    A.  I do.      17:40:46
16    Q.  Do you have any knowledge or
17  information concerning the allegation that
18  Lamm thereafter received a notice from Suffolk
19  County Civil Service stating that he was not
20  qualified?      17:40:56
21    A.  I know nothing about that, and I
22  don't believe that anything like that was
23  submitted into evidence as well.
24    Q.  Now, let's go to paragraph 186
25  which is on page 43, and again Mr. Graff  17:41:11

Page 339

Sanchez

1          Sanchez
2  didn't ask you this question so I feel
3  compelled to ask you this question. Did you
4  ever conspire with Mr. Hesse with regard to
5  anything to do with violating the rights of  17:41:31
6  the plaintiffs?
7    A.  No.
8    Q.  Did you ever engage in a
9  conversation with Mr. Hesse where he indicated
10  to you that it was his intent to violate the  17:41:40
11  rights of the plaintiff?
12    A.  No. To the contrary. He called
13  me on the telephone to ask me what the proper
14  thing would be to do with regards to the law.
15    Q.  186: As set forth above  17:41:57
16  defendants Hesse and Allison Sanchez conspired
17  to unlawfully destroy plaintiffs' careers.
18     Do you see that?
19    A.  Yes.
20    Q.  Did you conspire with Mr. Hesse to  17:42:13
21  unlawfully destroy plaintiffs' careers?
22    A.  No.
23    Q.  Do you care one bit with regard to
24  plaintiffs' careers?
25    A.  I didn't even know the plaintiffs.  17:42:21

Page 340

Sanchez

1          Sanchez
2    Q.  Then paragraph 186 continues on:
3  And shared a mutual agreement and
4  understanding regarding their objective to do
5  so and the manner in which the common  17:42:32
6  objective was to be achieved and committed
7  numerous overt acts in furtherance thereof.
8     Do you see that?
9    A..  I do.
10    Q.  Did you share a mutual agreement  17:42:45
11  with Mr. Hesse concerning anything to do with
12  the plaintiffs' careers?
13    A.  I never did.
14    Q.  Did you have an understanding with
15  Mr. Hesse with regard to the allegation  17:42:55
16  concerning the destruction of their careers?
17    A.  No.
18    Q.  Did you commit numerous overt acts
19  in furtherance of the alleged objective to
20  destroy the plaintiffs' careers?  17:43:08
21    A.  Absolutely not.
22    Q.  Do you have any idea as to why you
23  have been hauled and dragged into this lawsuit
24  as a defendant in your individual capacity?
25    A.  No. I mean it is all based on  17:43:18

Page 341

Sanchez

1          Sanchez
2  fabricated lies. I would imagine people cross
3  their fingers and hope that somebody believes
4  their lies and try to get some money.
5    Q.  Well --      17:43:34
6    A.  I don't know, I suppose they can't
7  imagine the fact that somebody wouldn't want
8  them and have to come up with some fabricated
9  story as to why not. I don't have any role in
10  this, I have absolutely no idea.  17:43:44
11    Q.  Well, I thank you very much for
12  your time and your patience in this matter,
13  and I hope that this is the last time that I
14  have to see you or hear about you in this case
15  because it is my sincerest hope that someone  17:43:58
16  would withdraw your name as a defendant in
17  this matter.
18      MR. GRAFF: Ms. Sanchez, just one
19  very brief follow up on something from
20  your response to Mr. Novikoff.  17:44:09
21  EXAMINATION BY
22  MR. GRAFF:
23    Q.  When you testified that Hesse
24  would be the last person on earth that you
25  would want to have a sexual relationship with,  17:44:16

Page 342

1           Sanchez
2  did you mean anything, was there any
3  particular reason why you made that statement?
4      A.   I find him highly unattractive.
5      Q.   I have nothing further.          17:44:32
6      A.   Which includes the fact that he is
7  a man.
8      Q.   Okay.. Are you done with your
9  response?
10     A.   Yes.                    17:44:41
11          MR. CONNOLLY:  I have no
12  questions.
13          MR. GRAFF:  This deposition is
14  adjourned.
15          THE VIDEOGRAPHER:  The time is    17:44:47
16  5:44, we are off the record.
17          (Time noted:  5:44 p.m.)
18          _____
19          ALLISON SANCHEZ
20
21  Subscribed and sworn to before me
22  this ___ day of _____, 2009
23
24  _____
25

Page 343

1
2          C E R T I F I C A T E
3  STATE OF NEW YORK   )
4                  : ss.
5  County OF NEW YORK  )
6
7       I, Philip Rizzuti, a Notary Public
8  within and for the State of New York, do
9  hereby certify:
10          That ALLISON SANCHEZ, the witness
11  whose deposition is hereinbefore set forth,
12  was duly sworn by me and that such deposition
13  is a true record of the testimony given by
14  the witness.
15          I further certify that I am not
16  related to any of the parties to this action
17  by blood or marriage, and that I am in no way
18  interested in the outcome of this matter.
19          IN WITNESS WHEREOF, I have
20  hereunto set my hand this 2nd day of
21  March, 2009.
22          _____
23          PHILIP RIZZUTI
24
25

Page 344

1
2  ----------------- I N D E X ----------------
3  WITNESS          EXAMINATION BY      PAGE
4  ALLISON SANCHEZ   Mr. Graff      8, 341
5              Mr. Novikoff      318
6
7  ------------ INFORMATION REQUESTS ----------
8  DIRECTIONS:   18, 30, 35, 44, 92, 123, 163,
9            257, 262, 287
10
11  REQUESTS:    147, 210, 261
12
13  ----------------- EXHIBITS -----------------
14  Sanchez Exhibit 1, Civil Service   6
15  HR Organization Chart,
16  Sanchez Exhibit 2, document       6
17  headed police officer,
18  Sanchez Exhibit 3, document       6
19  headed Sergeant (Police:Towns
20  and Villages),
21  Sanchez Exhibit 4, document       6
22  headed police officer, part-time
23  seasonal,
24  Sanchez Exhibit 5, one-page      157
25  document, Bates number 005769,

Page 345

1
2  Sanchez Exhibit 6, one-page      171
3  document without Bates number,
4  Sanchez Exhibit 7, one-page      176
5  document bearing Bates number
6  005916,
7  Sanchez Exhibit 8, one-page      184
8  document bearing Bates number
9  003847,
10  Sanchez Exhibit 9, two-page      187
11  document, 000270 through 271,
12  Sanchez Exhibit 10, document     191
13  bearing Bates number 003911,
14  Sanchez Exhibit 11, one-page     199
15  document, Bates number 5915,
16  Sanchez Exhibit 12, one-page     203
17  document without Bates number,
18  Sanchez Exhibit 13, document     220
19  numbered 002670,
20  Sanchez Exhibit 14, report of    221
21  personal changes,
22  Sanchez Exhibit 15, complaint,   263
23  Sanchez Exhibit 16, multipage    268
24  document bearing Bates numbers
25  2652 through 2658,

Page 346

1
2    Sanchez Exhibit 17, two-page    269
3    document bearing Bates numbers
4    233 and 234,
5    Sanchez Exhibit 18, one-page    280
6    document bearing Bates number P
7    602,
8    Sanchez Exhibit 19, three-page   289
9    document bearing Bates numbers
10   264 to 266,
11   Sanchez Exhibit 20, letter dated  298
12   August 23, 2004,
13   Sanchez Exhibit 21, one-page    301
14   document without Bates number,
15   Sanchez Exhibit 22, one-page    303
16   document bearing Bates P 543,
17   Sanchez Exhibit 23, four-page    305
18   document, Bates P 373 to 376,
19   Sanchez Exhibit 24, letter dated  306
20   February 23, 2006,
21   Sanchez Exhibit 25, two-page    306
22   list,
23   Sanchez Exhibit 26, three-page   313
24   document, Bates numbers 10185
25   through 10187,

Page 347

1
2    Sanchez Exhibit 27, report of    313
3    personnel changes,
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 348

1
2         *** ERRATA SHEET ***
3    NAME OF CASE: CARTER VS. OCEAN BEACH
     DATE OF DEPOSITION:  February 18, 2009
4    NAME OF WITNESS:   ALLISON SANCHEZ
     PAGE   LINE     FROM      TO
5    ____|____|_____|_____|
6    ____|____|_____|_____|
7    ____|____|_____|_____|
8    ____|____|_____|_____|
9    ____|____|_____|_____|
10   ____|____|_____|_____|
11   ____|____|_____|_____|
12   ____|____|_____|_____|
13   ____|____|_____|_____|
14   ____|____|_____|_____|
15   ____|____|_____|_____|
16   ____|____|_____|_____|
17   ____|____|_____|_____|
18   ____|____|_____|_____|
19
20        _____
21        ALLISON SANCHEZ
22   Subscribed and sworn to before me
23   this _____ day of _____, 2009.
24   _____    _____
25   (Notary Public)      My Commission Expires:

**A**

**abbreviation** 312:24 315:4
**abide** 72:11
**ability** 13:20,24 91:21 92:11 129:17,24 130:4,7 244:19
**able** 12:9 14:7,15 23:15 31:6 60:18 63:21 85:6 130:17,19 158:20 208:17 292:15 295:4 305:3 316:19
**absence** 65:10 186:5
**absolutely** 14:17 36:11 44:10 77:21 250:22 265:16 334:21 340:21 341:10
**abuse** 325:11
**AC** 270:19
**academy** 91:13 99:16 100:22 101:8,10 158:18,24 159:2,4 163:10
**accept** 83:17 285:25
**acceptable** 9:3,8 56:3 108:16 133:12
**accepting** 81:20
**accompanying** 240:16
**accomplish** 116:23 166:17
**accomplished** 266:20
**accountant** 254:19
**accounts** 41:17 42:2,4
**accuracy** 227:12,18,20
**accurate** 152:23 197:22 197:24 263:18 322:19 324:9 329:8
**accused** 10:11
**accusing** 264:24
**achieved** 121:20 340:6
**achieving** 99:2
**acknowledged** 95:19
**act** 333:12
**ACTING** 1:11
**action** 7:23 16:12 34:14 216:2,6 259:5 263:20 319:3,20 320:11 343:16
**actively** 99:24
**acts** 340:7,18
**actual** 51:12 78:5 133:5 149:7 191:15 285:12
**add** 31:6
**addition** 181:15 250:9 265:24 299:4
**additional** 93:20 94:14 97:3 102:19 275:10
**address** 19:3,11 140:9

201:9 216:23 228:20 273:13
**addressed** 153:25 155:8 165:2 170:21 171:4 172:15 177:8 205:23 206:7,21 246:2
**addresses** 177:11,15,15 177:19,20
**adhered** 118:5
**adjourned** 342:14
**administered** 68:7 107:10,19 109:6
**administrator** 151:17
**adopt** 36:15,20 174:4,6
**adopted** 51:14
**ADT** 293:13,15
**adversely** 265:11
**advice** 330:3
**advise** 18:22 248:19
**advised** 18:17,23 173:2 300:5 329:3,10,11
**advisement** 210:21
**affect** 13:20,24 265:11 335:6
**afield** 45:14
**afternoon** 324:10
**agencies** 159:24 279:16
**agency** 40:12 64:14 65:13 289:2,3
**agency's** 65:9
**agility** 202:10,18,23
**ago** 119:10 200:8 267:16 288:16
**agree** 11:21,23 44:16 46:20 58:7,10,20 67:12 72:25 76:6 128:12 161:2 172:18 183:14 196:8 328:18 328:19
**agreeable** 135:11
**agreed** 5:2,7,11 58:16
**agreement** 340:3,10
**agrees** 198:2
**ahead** 16:24 53:21 267:14
**aimed** 60:25
**Alan** 145:21 157:3 159:5,7 161:25 170:15 189:15 218:7 218:7 219:8 262:6,9 281:13,22 282:2,9 283:8 284:2,16 312:5 322:17,24
**Alan's** 282:15
**Albanese** 277:21
**alcoholic** 13:16
**allegation** 162:2 259:2 320:3 324:4 325:2

332:13 333:22 335:24 336:4 338:17 340:15
**allegations** 16:5 45:16 83:24 131:16 162:6 320:2
**allege** 322:3 329:2 330:15 338:8
**alleged** 232:8,10 319:2 324:20 326:13 334:25 335:5 340:19
**allegedly** 323:15
**alleges** 259:3
**Allison** 1:14,19 2:7 7:7 8:3 9:13 70:5 172:10 172:14,20 239:2 320:15 321:12 322:2 339:16 342:19 343:10 344:4 348:4,21
**allow** 36:6,8 44:18 95:24 96:7 127:8 258:5,20
**allowed** 154:25 186:6 213:5 242:24,25 243:4
**allowing** 245:14
**aloud** 264:24
**alternative** 12:25
**ambiguity** 61:17,22
**ambiguous** 61:24
**amount** 78:9
**amputated** 102:18
**analysis** 166:15
**analyst** 24:11,13,19,23 25:4,11 26:5,15 27:2 27:11 28:20 29:9 31:23 33:6 34:15 37:2,7,20,25 38:4,14 38:21,24 46:11 47:9 48:13 49:19 50:14 51:22 52:2,16,25 54:5 54:23 55:4,22 59:10 59:16,20 66:18 70:12 84:9 85:20 87:24 88:20 110:9,19 111:14,23 112:24 114:3,8 115:13 116:19 117:2,15 118:15,19 119:14 121:19 122:3 127:15 128:6 130:18 137:9 137:13,14 142:18 143:6,19 144:7 145:12 146:19,21 147:4,10,13,14,16,17 147:18,19 152:2 153:7,22 162:24 165:15 166:20 170:11 170:24 192:4 194:9 206:6 209:14,18

221:21 278:10,15 304:20 306:4
**analysts** 38:6,9 119:6
**and/or** 65:13
**answer** 13:14 14:7,15 15:21 17:6,9 28:15 31:18 35:4 36:7 53:21,22 60:19 70:4 73:11 75:18 76:2,5,6 79:3,4 82:17,18 90:7 93:10 95:14,17 96:7 106:3,20 107:16,18 121:23 123:17 129:20 132:15 133:5 134:3,6 138:5 139:18 146:6 156:8 160:18 162:3,8 164:14 165:13 169:12 172:16 182:16 185:9 187:17 189:13 195:18 197:17 198:14 202:3 215:5 227:16 228:24 236:11,21,21 239:24 250:20 257:19 277:14 285:3 289:11,14 336:6
**answered** 17:22 121:24 161:20 225:24 227:15 239:13 286:19 297:5 315:20
**answering** 35:20 243:9
**answers** 10:23 240:2
**anybody** 17:23 109:19 110:3 120:2 126:15 127:22 164:24 165:9 165:12 169:5 257:22 262:2 265:22,23 267:25
**anyway** 102:24 215:19 243:25 252:14 260:10 337:18
**apologize** 104:15 176:25
**apparent** 301:3
**Apparently** 229:6 295:5
**appear** 46:11,20 76:13 147:25 173:4 189:17 196:5 292:6 309:25
**appearance** 141:5
**appeared** 15:4,9,20 267:17
**appearing** 288:25
**appears** 160:15 162:14 271:10 285:17 288:11 288:13 319:21
**apples** 101:12 105:22
**applicable** 50:13 96:16 96:25 97:4 103:19 106:13 137:23 144:4

164:23
**Applicant** 298:10
**application** 22:14 27:3 27:9 28:18 29:23 30:3,13,14,16 83:22 131:13 145:11 146:2 195:20
**applied** 30:9 64:2 68:13 68:25 69:10,17 91:2 143:12 185:18 243:2 243:25 248:10 250:8 251:19 301:4 327:9 331:20,21
**applies** 69:6,19 130:11 130:13
**apply** 70:10 90:16 94:10 97:24 107:22 142:16 143:4,7,16 197:12 299:13
**applying** 22:10
**appoint** 186:6 267:24
**appointed** 29:13 81:2 130:15 186:3
**appointing** 267:21 273:6 323:8,14
**appointment** 80:10,17 80:20,22,25 82:10,21 109:17 160:9 163:9 185:3,15,23 186:14 234:8,13 288:24 293:7 294:5
**appointments** 311:12
**appoints** 81:17
**appropriate** 11:19,21 12:23 47:3 62:18 65:24 66:10 103:24
**appropriately** 165:2
**approval** 151:4
**approve** 150:25 268:4 268:5
**approved** 109:17 160:9 217:2 223:8 224:5,7 270:15 272:22,25 290:17 291:19,22 295:8 309:24 310:24 311:13,25 312:20,20 315:4
**approved/disapproved** 311:7
**approving** 267:22 323:8,14
**approximately** 7:13 112:12 208:20 210:9 211:20
**April** 22:9,11 24:21 66:16 115:6 174:2,11 218:24 231:19,21 232:12

**APT** 293:5
**archivist** 155:17,20,21 155:22,25 156:12,20 156:21,24
**area** 25:20 26:13 42:22 44:21 45:15 50:6
**areas** 25:25
**argue** 305:5 333:2
**Ari** 7:20 15:13 36:20 125:4 159:12 164:16 166:18 168:13 189:10 191:7 204:23 206:11 217:20 218:25 227:15 254:24 289:5 304:12
**ARIEL** 3:8
**arising** 110:18
**Arlene** 4:17 8:3
**Arnold** 296:8 303:3
**arrest** 44:2,6,24 45:2
**arrived** 241:13
**art** 323:21
**aside** 48:6 83:6,8 171:12 176:7 184:3 184:23 222:15 254:5 254:15 256:8,16 269:11 297:16 301:15 303:5,19 306:6 314:7
**asked** 12:3 28:5 35:20 67:18,18 78:18 79:21 85:18 88:8 92:16 110:2 115:21 128:21 128:23 129:3 134:18 161:20 167:16 168:13 170:2 192:9 215:20 221:10 225:25 228:23 238:22 239:13 242:20 243:2,13,13 251:5,13 253:18 259:13,16,17 262:11 268:11,14 277:4,9,10 297:4 298:17 307:3 308:5,9 309:17 326:5,9,16 329:19 336:5
**asking** 12:12 29:25 30:8 33:12,20 34:17 34:20 36:12 46:15,16 50:11 51:2,4 53:14 54:14 56:10 67:13,15 68:20 69:14 75:2,4,5 75:23 76:9,15 78:10 80:4 82:4 84:18,25 88:10,24,24 89:8 93:5 93:8 94:17 95:22 96:5,22 100:8 102:6 102:22,25 103:6 105:8,17 106:3 108:15,22 132:25 133:20,23 134:10 136:6,7,9,23 138:16

139:9 148:19 152:15 161:10,13,14 164:10 169:14 183:10 185:8 189:9 197:25 198:4 199:7 203:7,11 204:11 213:4,7 214:8 214:10 215:25 225:19 227:19 232:23 242:11 251:7,19 254:8 258:12 262:9 281:4 284:20 287:6 288:15 288:20 310:8 322:18
**asks** 84:15
**aspect** 333:22
**aspects** 43:14
**assertions** 134:24
**assigned** 25:22,24 26:8 26:17 60:2 152:2 316:23
**assigning** 208:3
**assignments** 207:13,15
**association** 7:17 298:15
**assume** 8:25 12:9 83:9 105:18 122:12 136:25 137:3 234:13 301:12 310:5 332:24
**assumed** 75:13 207:11
**assumes** 81:15 101:3 102:8 109:22
**assuming** 109:25 171:5 260:5
**assumption** 12:16,17 59:25 104:6 110:5
**assure** 257:11
**assured** 265:3
**assuring** 82:2
**asterisk** 296:9
**asterisks** 202:9,10
**attached** 188:12 273:2 299:11
**attain** 21:10 22:24 70:20 106:16
**attained** 225:4
**attaining** 26:25 70:16 71:5
**attainment** 71:8
**attempt** 215:19
**attempted** 260:17
**attempting** 158:15 207:7 211:21
**attempts** 113:10,12 179:4 209:24
**attend** 20:25 21:6,8 100:22 211:25
**attendance** 101:8,11
**attended** 21:21
**attention** 62:23 141:22 142:9 165:18 202:20 252:22 273:11 326:3

**attest** 219:19
**attorney** 2:9 8:4 14:25 35:15 58:11,15 72:23 93:2 94:25 166:5 168:23 169:2 170:20 171:3 254:18
**attorneys** 3:5,11,17 4:5 95:9 170:18
**Attorney/client** 263:2
**AT/SN** 316:4
**audience** 256:15
**August** 219:8 298:3,5 346:12
**author** 161:12,14 203:3 216:23 288:9
**authored** 164:4
**authority** 215:17 273:6 329:5
**available** 194:16 197:3 197:10 210:16
**Avenue** 3:6
**aware** 16:17 17:3 31:24 32:11 33:7 87:20 91:9 107:6 108:5 117:23 163:4 169:6 170:19 177:21 180:17 204:24 205:2,9 206:25 207:2,4 208:11 209:8,10 213:10 215:12 216:3 230:4 234:21 235:2,5 235:6,7 242:12,15 245:19,22 247:5,18 255:18,20 257:14 277:19 295:3 318:25 319:5,6,9 331:15 337:2
**a.m** 2:5 7:13

**B**

**B** 1:11 3:11 8:9 17:20 196:5
**BA** 21:20 38:18,20 40:17
**Bachelor's** 21:15,17 28:21 29:11,18
**back** 27:24 28:11 38:16 49:6 74:20 86:24 150:13 163:11 188:19 190:17,20 202:20 208:23 211:6 217:12 218:24 220:3 224:11 226:10 239:20 249:6 249:13 272:19 273:4 283:16 287:22 295:23 305:6 309:20 311:19 311:20 326:9 327:4
**background** 20:22 44:12,13 58:18

**Bacon** 274:17
**bad** 183:2,5
**bald** 235:4,9
**ball** 65:25 266:8
**Barbara** 145:22
**based** 81:7 102:16 154:9,23 156:4 168:2 177:23 183:15 188:22 189:6 192:20,22 199:10,17 203:4 215:7,12 242:7,8 243:19,23 244:5,13 244:17,23 245:8 268:16 272:14 327:22 329:12 340:25
**basically** 168:12
**basis** 41:20 49:13 77:21 128:25 189:4 247:13 255:8 256:2 284:22 284:25 313:9 333:20
**Bates** 46:8 63:2 141:24 157:15,19 171:17,19 176:10,13 184:7,10 186:25 187:4 190:14 190:25 191:4 199:23 200:2 203:22,24 221:12 222:19 268:22 268:24 269:17,20 280:5,8 289:22,25 293:20 298:19 301:17 301:20 303:21,24 305:10,13 307:5 309:13 313:15,18 314:10 344:25 345:3 345:5,8,13,15,17,24 346:3,6,9,14,16,18,24
**Battista** 303:14
**Bay** 201:10
**beach** 1:8,10 3:18,19 4:5 7:9 16:5 17:12 18:11 51:21,24 52:7 52:14,18,23 54:3,8,13 54:22 55:4,9,20 56:17 59:9,16,19 60:3,3,4,5 60:17,22,23 61:6 63:24 65:22 66:3,13 66:23 68:14 69:11 70:11,21 71:6,25 72:5 72:8,11 74:2,7,14 81:8,17,21 84:11,16 85:22 86:18 87:22 88:19 89:22 91:5 93:17,19,22 97:6,17 97:21,22 98:15,17 99:23,24 100:1,5,23 100:24 101:23 102:3 103:16 104:23 105:12 106:18 110:9,11,23 111:8,15 112:2,4,13

114:2,6,13 117:19 118:6,21 119:3,9 121:3,5,12,20 122:25 123:13 124:6,15 125:16,17 127:15 135:25 142:17 143:5 143:18 144:6 148:17 148:20,25 149:3,5,15 149:21 150:13 151:18 152:3,7,9,11,19,20 153:6,10 154:8 156:3 156:19,25 157:15,18 162:23 163:4 164:21 164:23 173:3,13,17 173:24 174:24 175:11 176:10 180:9 181:24 182:13 184:7 186:25 190:14,25 199:23 201:17,18,20 202:5 205:19,25 206:8,22 209:13 210:25 212:11 212:14 221:12 222:19 223:24 224:5,15 226:9,16 236:17 247:15 251:14,22,25 252:2 254:22 266:3,4 268:21 269:17 272:19 278:8,19 279:8 283:16 286:18 289:3 289:23 298:10,14 307:24 309:20 313:15 314:10 322:6,23 329:23 332:2 348:3
**Beach's** 85:5 90:13
**bearing** 44:14 109:3 157:15,18 176:10,13 184:7,10 186:25 187:4 190:25 191:4 221:12 266:2 268:22 268:24 269:17,20 280:5,8 289:22,25 303:21,24 313:15 314:10 345:5,8,13,24 346:3,6,9,16
**becoming** 24:5 25:25 131:13,15
**BEE** 4:4
**beef** 331:23
**began** 100:2 104:22 111:24 128:4 151:25 293:25 294:6
**beginning** 103:15 106:8 112:12 251:9 315:16 315:18
**begun** 152:7
**behalf** 15:5,10 90:8
**behaved** 329:4
**belief** 267:20 287:25 323:7 332:9 333:7

beliefs 53:11
believe 11:19 39:10
41:16 48:17 61:16
71:18 113:22 118:13
131:14 134:15 148:4
152:16 158:21 171:10
181:21 205:20,20
209:19,23 210:5
217:4 234:4,19
235:13 238:25 242:5
246:21,23,25 249:16
250:6 264:17 267:19
268:13,14 278:16
283:8 285:21,24
300:20 303:18 321:5
321:19 323:2 324:2
327:20 330:21 338:22
believed 325:18 332:18
believes 164:2 341:3
belong 188:16 238:10
beneath 126:13
benefit 19:22 257:3
Benevolent 298:15
best 52:12,21 287:24
332:22 336:4
bet 249:17
better 49:11 150:8
304:22,24 321:9
beverages 117:7
big 300:22 301:5,11
Biglan 52:11 118:12,14
118:20,23 119:2,7,19
153:11,13
billing 39:15,19,22,24
40:4,10
bit 9:5 186:16 199:6
200:7,16 274:4
299:22 318:15 325:17
334:15 338:4 339:23
blending 193:15
block 205:14 295:11
blood 343:17
blow 252:9
blowing 245:12 252:6
body 125:22
bold 172:9 223:10
320:13
book 57:5 197:19 250:7
250:12
bordering 176:3
boring 305:5
bottom 47:6,8,24 60:22
63:11 223:7 229:7
273:5 291:18 292:2
295:12 296:7 297:11
299:7 312:4
Boucher 178:18
boundaries 64:19
98:24

box 4:15 189:7 201:11
201:12,15 217:17
219:9 286:25 287:8,9
287:13,16,17,19
boxes 47:6,7,11 201:22
287:15
bragged 336:22 337:3
breached 336:20
break 13:12,15 84:2
99:13 102:16 104:11
104:15 141:4,10,21
148:10 178:12 182:21
220:13 221:9 247:22
247:24,25 297:21
300:6 306:8 309:12
312:12,13,18 325:16
334:14
breaks 99:11,12,14
179:9 272:15 299:24
312:11,21
brief 124:20 318:12
341:19
briefly 27:22 202:19
broad 37:9 103:7
broadly 94:10
Bronx 61:4
Brook 21:9,11,21
Brooklyn 61:4
brought 33:5 116:17
124:25
budget 240:4
budgetary 239:18
building 4:12 201:22
238:19 249:20
business 179:3
busy 180:10,25

— C —
C 1:8 3:2 4:2 8:13
145:4 276:17 343:2,2
calendar 112:6
call 45:12 58:11 76:13
89:2 95:22 96:2
113:17 148:2 165:14
210:18 212:4 261:23
276:18,24 277:2,3,7
277:13 279:17,20,23
314:24 315:14,15
called 8:13 89:2 113:14
136:2 149:4 194:3
233:24 236:15 240:12
240:19,21 249:5,9,11
251:23 298:10,14
329:20 330:9 335:17
336:5 339:12
calling 286:23 336:7
calls 33:23 43:20,22
92:24 94:6 103:21
113:15 166:4 211:14

238:21
candidate 63:20 80:7
80:23,25 91:12
104:12 173:3,14
candidates 80:11 82:10
186:5,11 196:23
197:4 199:15,18
candidate's 80:24
candidly 265:6,21,23
canvas 192:22 196:15
196:18,22 197:2,10
199:13,14
capacities 253:16
capacity 1:9,10,12,15
38:14,19 39:3 123:21
124:7 156:21 166:19
174:9 205:11 212:16
213:3,12 214:15,25
221:21 227:4 228:23
318:20,23 340:24
capital 142:11 177:3
capitals 63:12 125:24
captain 279:20
card 129:5,11,12 130:5
130:6,14,21,24
131:23 132:8,11,23
133:5,11,16 134:9,12
135:23,24 136:2,3,13
136:14,18 138:4,7,14
148:11 149:2 150:6,9
150:10,12,12,18
151:7,11 223:20
224:9
cards 132:5 133:13
135:13,20,21 137:5,7
137:22 139:3,11,14
139:25 140:14,16,19
140:20 141:2 150:23
151:8
care 190:22 236:12
240:7 252:18 286:8
286:21 331:17,23
333:23 335:3 339:23
careers 319:5 320:17
320:22 339:17,21,24
340:12,16,20
carry 257:3
carrying 175:17 213:18
Carter 1:3 7:8 289:4
308:17 336:22 337:4
348:3
Carter's 308:24
case 10:12 15:4,10 16:4
19:5 31:9 44:11,15
45:16 58:22 71:23
77:18,23 95:7 101:16
103:9 107:4 128:19
128:20 130:11 146:5
161:24 210:23 227:23

227:24 292:8 319:2
341:14 348:3
catching 56:8 139:20
categories 14:13 44:8
45:2 56:24 57:17,25
category 54:9 125:18
cause 259:5 319:2,20
325:9
caused 259:6
certain 28:6 87:3 89:19
111:12 134:24 197:9
199:16 272:2 329:23
certainly 11:15 13:4
17:25 56:4 61:17
75:19 254:20
certificate 158:17,20
160:10 162:21 191:24
certification 5:5 66:3
158:17 194:4 196:24
201:3 252:7 288:3
certifications 22:3
100:20 194:2 196:14
certified 127:9 183:21
183:23,25
certify 287:24 343:9,15
certifying 287:11,18
288:17,24
chain 169:22 170:2,9
323:3
chance 63:4 125:7
142:14 144:2 157:23
176:17 184:14 187:8
191:14 221:14 269:3
269:24 280:11 290:5
298:20 301:22 307:5
change 107:18 120:21
291:5 293:5 315:13
315:21 324:16 337:20
changed 293:14
changes 130:2 221:2,4
313:23,25 345:21
347:3
chapter 15:14
characterization 68:22
156:8 169:19
characterize 153:2
characterized 252:4
charge 110:23 111:2
206:3
charges 33:14,16,21,23
34:3
chart 6:4,6 46:12 47:16
47:25 148:7,8 150:2
309:17,25 310:9
311:5,6,9,23 344:15
charts 147:23
check 87:4 270:15,16
290:24
checked 295:12

checking 210:6
checklist 109:16
checkmarks 271:11,13
271:14 290:19,22
checks 223:11
Cherry 172:7 173:4,10
173:15 174:19,23
175:13,14,16,22
303:4,6
Cherry's 173:24
Chester 172:10,14,20
Chief 1:11 113:5,8,20
208:23 211:13,16
children 20:19
choice 180:11
choose 50:10 195:25
327:13 334:2 337:22
Christine 8:4
CI 276:22 277:9
circle 271:20 300:20
circled 264:4 271:17
circles 300:22 301:5,6
301:11
circling 169:24
circumstances 101:15
102:11 103:13 104:3
104:19,24 105:15
107:3 195:13
circumvent 139:24
citizen 32:7
citizens 32:10
City 61:2,3 97:2,9,14
97:16
civil 1:13 6:3,5 8:23,23
22:16,18 24:14 26:10
30:23 32:19,21 34:19
35:7,14,25 36:10,13
36:24 37:2 49:22,24
50:3,5,13 51:6,12,15
51:15,19 52:14,23
53:5,13 54:4,21 55:17
55:21 59:8 60:10,14
64:16,20 70:23 72:12
72:12,15,21 73:3,13
74:9 75:15 76:7,14,16
84:12,16,19 85:6,10
85:15,21,24 87:4,20
88:17 89:10,11,13,19
89:24 90:2,14,19,22
90:25 92:13,23 93:16
93:20 94:9,15,24 95:2
95:6,20,23 96:3,8,15
96:25 97:3,9,12,14,19
97:23 99:21 100:9,12
101:4,6,14,18,21,24
103:14,18,24 104:5
104:20,25 105:13,24
106:14,15 108:2,11
108:16,19 109:2,5,19

109:24 114:15 115:5
116:14 117:12,17
118:4 120:24 123:15
123:22 124:3,8
125:12,15 127:8
129:13,24 130:3
131:25 135:16 137:15
137:23 138:11 142:7
147:15 149:18,20
151:10 153:10 154:7
154:10 156:2,5
164:22,25 165:21
167:15,16 168:13,15
169:6,8,15 170:10,20
170:22 171:3 175:4
180:14 183:21,24
185:4 186:4,19
187:17 188:13 189:11
192:21 195:17,23
197:16 204:6,11,14
204:18,25 213:8,9,23
213:24 214:5,11,14
214:23 215:9 216:3,7
219:7 222:10 223:24
224:3 232:24 242:20
243:16 246:11 251:11
253:23 255:4 257:24
268:6 275:21 278:16
278:20,22,23 279:3
279:11,21,25 286:18
288:23 304:21 320:4
322:4,5,23 323:22
326:22 327:3,16
328:3,23 329:5,21
330:4 331:21 338:10
338:19 344:14
**civilian** 92:5
**claim** 45:18
**claims** 146:4
**clarification** 18:25
31:17 78:24 79:21
124:25 199:20
**clarified** 94:9
**clarify** 12:4,11 15:18
18:6 32:8 34:20
36:11 48:20 51:10
66:8 159:3 161:16
200:5 274:5 277:4
**clarifying** 94:20
**class** 193:25
**classification** 22:18
47:13,25
**classifications** 104:5
**classified** 53:23 189:7,8
217:18 218:15 317:25
**clause** 287:23 321:25
322:9 324:19 325:8
336:8
**CLE** 90:10 132:19

**clean** 28:13
**clear** 10:23 22:20 28:16
31:5 34:25 61:14,25
84:22 85:4 96:20
98:20,22 99:18 105:8
110:5 120:18 126:18
140:22 185:10 191:7
196:4 207:7 216:24
217:22 239:3 243:6
264:18 269:12 275:25
295:25 337:6,7
**clearly** 46:17 133:25
200:12 213:15 292:14
**clerical** 137:9,10,11,14
151:5 223:19 224:9
290:21 291:4 292:7
294:15 295:22 314:21
316:10
**client** 11:6 134:20
255:12,14 258:17,19
258:23
**clients** 45:19 62:13
79:12 83:19 116:20
218:24 254:17,21
257:10 259:7
**client's** 31:7 65:5 77:18
103:2 134:22 135:4
**clock** 82:23
**close** 330:16 331:9
338:11
**code** 201:19 276:13,16
276:20 277:21 293:5
293:15 294:4 316:21
**coded** 275:8
**codes** 276:12 293:8
**coffee** 173:8
**Cohen** 37:22 38:3,7,10
47:15 145:22 146:23
147:3 161:4 166:19
166:24 167:6 169:5
169:19 170:12 248:25
249:9,14,19,23 250:4
250:13,17 251:2,12
261:6,8,25 282:18
**Cohen's** 168:6 250:3
**college** 21:6,8,21,25
29:11
**colloquy** 79:3 134:16
**color** 275:8 301:13
**column** 223:9 224:19
226:13 292:13,18,19
292:25 293:5,9
294:13 300:12 302:16
311:6 315:21 316:11
316:16 317:11
**columns** 315:10
**come** 17:10 50:4,12
117:14 121:17 158:11
160:3 186:20 234:2,8

234:14 255:10 261:17
283:2,15 304:12
319:14 326:9 341:8
**coming** 190:20 234:12
262:10
**command** 169:22 170:3
170:9 323:3
**commencing** 226:21
**comment** 49:14 79:14
200:9 227:17,20
**commentary** 18:3
19:24 36:18 62:6,17
**comments** 160:24
312:6,25 313:3
**Commission** 123:15
348:25
**commit** 340:18
**committed** 325:12
340:6
**committing** 44:7
**common** 15:15 340:5
**commonly** 330:22
**communicate** 19:7,8
110:10,17 120:2,11
124:5,14 179:15
193:20 209:16 211:15
211:22 212:13 235:24
236:4 237:5,16,24
239:10,16 274:8
**communicated** 10:24
41:23 118:11 152:6
152:17 167:5 179:23
180:3,21,23 181:8,9
239:7 259:19 262:2
**communicating** 211:11
**communication** 10:19
179:22 183:20 237:12
251:20,24 259:14
**communications**
166:24 237:13,14
251:21 260:13 262:12
262:20 327:23
**community** 25:18,20
305:3
**comp** 208:17
**company** 39:5 42:23
**compelled** 339:3
**competitive** 22:21
126:8,11,14,21,24
127:6,17 128:3,8
130:14 193:25 217:18
218:18 327:6
**complain** 331:16
**complained** 331:18
**complaining** 242:9
266:12 325:23
**complaint** 16:11,15,19
16:22 17:2 32:3,7
83:24 131:17,19

232:2,11,15 259:2
263:10,11,19,25
264:15 266:24 267:10
319:19 320:11 345:22
**complaints** 30:21 31:23
32:8 33:5 252:17
325:10,20 331:9,14
**complete** 80:12 82:11
114:15 149:5 163:10
263:18 311:5
**completed** 23:17,24
91:13,14 158:18
159:2,4 174:15,16
179:12 180:7,19
245:15 247:6,9
**completely** 13:25 14:23
31:4,14 193:14
217:21
**completion** 149:9
**compliance** 26:10
48:14,18,22 51:15
53:16 61:9 63:23
65:10,11 73:12 84:11
84:19 85:9,12,15 87:4
87:22 92:13 93:15
104:20 117:17 121:10
121:20 268:6 322:6
322:23 330:4
**complied** 88:18 91:20
97:18 103:18
**comply** 71:7 72:5,16,18
72:21 73:3 85:15
93:19 156:5
**Compound** 50:8
**computer** 136:20
223:22 224:10
**concern** 58:19 155:6
240:5
**concerned** 14:14
214:24
**concerning** 45:15 64:15
66:3 241:4 261:15
262:13,20 320:3,21
320:25 328:21 329:22
338:17 340:11,16
**conclude** 141:18
300:25
**concluded** 261:4,9
262:4 294:2
**concluding** 25:3
**conclusion** 43:21,23
58:12 92:25 103:22
166:4
**conclusions** 45:10
**conditions** 29:17
**conduct** 325:12
**conducted** 9:7
**confidential** 253:20,25
255:13 256:22 257:8

257:12,16 259:15,20
265:5 336:11,16
**confidentiality** 254:16
254:24 256:9 257:24
**confirm** 50:2
**confirmed** 228:14
**confuse** 56:5 97:15
183:19
**confused** 12:19,22
106:8 108:23,24
237:19
**confusing** 12:18
**confusion** 12:12,15
35:19 90:20 329:18
**conjunction** 111:18
**connection** 14:25 64:7
73:25 74:12 87:8
111:21 334:11,24
**Connolly** 3:14 8:8,9
148:8 169:18 200:21
230:19 252:12 285:19
342:11
**consent** 140:3,5,7,7,17
**consequence** 212:22
**consequences** 123:4
**consider** 51:13 254:11
**consideration** 254:6
**considered** 235:4
**Considering** 15:8
**conspiracy** 45:18 319:4
319:14 320:4
**conspire** 319:17 339:4
339:20
**conspired** 339:16
**conspires** 320:16
**constitute** 104:12
**constitutes** 247:22
**Constitution** 328:7,13
**constraints** 239:18
**consult** 248:24 335:10
**consultation** 249:8,22
249:23 250:4 251:3
253:24
**consulted** 169:7 243:18
248:18 249:3,5
250:17
**consulting** 249:14
**consults** 169:3
**consumed** 13:16
**consuming** 181:13
**contact** 62:12 83:18
158:19,23 209:20
260:17
**contacted** 164:25
242:17 248:14
**contacting** 209:22
**contain** 132:9 133:13
**contained** 103:23
132:14 134:9,11

contention 217:24
context 10:8 22:4 34:7
  34:9,22 41:24 46:23
  63:15 67:24 74:6
  75:7,16 76:19 79:24
  80:17,20 96:16 97:25
  98:13 110:18 112:8
  115:7 117:18 119:14
  120:20 125:19 126:3
  126:20,25 147:14
  157:5 158:11 160:22
  161:9 162:14 163:12
  165:25 168:17,19
  179:25 185:3,24
  186:18 191:25 194:22
  196:13,16,19,20,21
  202:12 226:8 229:8
  237:16 254:25 256:21
  260:7 276:25 279:7
  286:23 296:13 306:2
  312:10 315:8 326:22
  328:23
contiguous 26:20
continuation 70:18
continue 18:2 44:18
  72:8 87:10,11 123:21
  124:7 156:4,24
  162:19 166:10 174:17
  179:17 211:16 212:15
  212:25 214:22,24
  243:5
continued 123:5 160:11
  160:14 162:13,22
  163:3 165:20 167:13
  213:11 244:9 276:4
continues 308:16
  333:10 340:2
continuing 236:25
  277:6
continuous 248:3,5
  300:24 301:7 312:7
continuously 312:15
contrary 339:12
control 228:21
Cont'd 145:6
conversation 167:8
  234:17 235:11,25
  240:4 241:14 242:8
  243:8,11 245:11,12
  251:16 255:13 256:9
  265:4 272:12 304:7
  304:14 307:17,21
  328:21 335:19 336:10
  339:9
conversations 238:23
  239:4,15 257:6,15
  336:15
convey 235:16
conveying 178:22,25

convicted 20:4 25:17
coordinator 38:25 39:8
  39:14
copies 62:24 125:2
copy 16:11,14 32:4
  124:23 150:12 158:15
  158:16,21,22,25
  159:9 205:16 224:4
  224:10 232:2 263:18
  275:9 299:20
corner 300:15
correct 25:8 123:2
  152:20 181:22 199:9
  228:11 230:9,24
  239:2 250:19 275:15
  327:17 328:16 329:15
correcting 119:16
  293:12
Corrections 279:19
correctly 157:8,10
  198:6 203:12 285:14
  329:17
correctness 151:4
corresponded 301:10
correspondence 221:20
corresponds 299:17
  317:8
cost 255:14
costs 83:22 146:2
  195:20
coterminous 97:11
counsel 5:3 7:18 12:22
  17:17 18:16 19:6,8
  62:25 69:25 80:14
  125:2 260:22 264:11
  319:8
counselor 42:15 65:8
  175:24
Country 4:6
county 1:12,12,13 2:9
  4:11 7:12,25 8:4
  15:17,23 16:6 17:12
  24:16,17,20 26:23
  32:18,24 41:10 45:25
  46:8 60:2,6 63:2 64:5
  64:14,16,19,20,25
  65:21 87:2,8 89:17
  91:6,10,12 97:12,17
  98:9,10,14,21,24 99:3
  99:22 100:11 101:24
  103:17 104:8,22
  105:10 106:12,22
  107:9,19,20,21,24
  108:3,13,14,17 109:6
  109:7,19,23 123:16
  125:12,15 129:13
  136:7,25 141:24
  142:6 145:13 147:15
  148:17 154:7 156:2

158:24 164:24 170:16
  171:17 182:8 194:15
  194:21 195:4,14
  196:2 202:6 203:21
  210:15 253:2,12,16
  254:4,4,7,9 255:4
  256:3 257:7,15,23
  258:6,14,16,21
  259:23 260:4 265:8
  265:12 266:2,5
  301:17 304:21 308:11
  312:18 322:4 338:10
  338:19 343:5
County's 106:24
couple 20:21 23:14
  246:25
course 21:25 26:24
  80:12 82:12 110:8
  111:13 112:23 114:2
  114:7 115:12,16
  121:18 128:5 175:7
  230:7 319:7,11
court 1:2 5:15 7:16
  8:11 9:7 10:20,24
  16:12 27:24 28:12
  141:5 157:13 171:14
  176:8 184:5 186:23
  190:11 199:21 203:19
  221:10 222:17 268:19
  269:15 280:3 289:20
  298:17 305:7 307:3
Courtney 3:10 8:10
cover 27:15 58:6 141:7
covered 163:14
create 149:25 192:19
  254:16 310:8
created 187:16 189:11
  191:9 192:10 199:12
  256:21 310:2 311:9
  316:24
creates 136:17 194:3
credit 132:19
credits 90:10
crime 20:4 44:7,8
crimes 45:2
criminal 43:18,25
  56:21 57:18 58:4
  75:10,15 159:14,17
  159:21,23
criminals 25:17
cross 341:2
crystal 61:25 266:8
CS-150 149:4,6,11
  150:4,6,10,22,25
  223:3 268:5 270:8
  271:3 272:24 311:21
CS-150's 294:24
cup 173:8
current 15:25 18:10,18

25:15 43:2,10 44:3
  134:4 309:23
currently 15:22 20:8
  173:15
cut 84:23 190:4,8
CV 1:6
Cynthia 145:22 170:13
  282:20 309:18

_____

D

D 300:13 344:2
damages 259:7
date 6:8,14,21 7:4
  24:18,18 66:16
  114:17 143:12 157:20
  171:20 173:17 174:24
  176:15 184:12 187:6
  191:5 200:3 203:14
  203:25 220:23 221:6
  224:13,14,20,21,22
  225:2,7,25 226:4
  227:3,9,24 228:16,18
  231:13 261:18 263:13
  269:2,22 274:20
  275:2 280:10 281:20
  290:3 293:17,18,22
  293:24 295:14 298:6
  301:21 304:2 305:15
  306:17,23 310:4
  311:9,20 313:20
  314:2 348:3
dated 64:11 66:16
  71:18 143:10 174:11
  298:3,4 306:14,15
  310:2 346:11,19
dates 203:10 228:16
  305:25 307:22 308:16
  308:19
day 13:5 23:22 24:7
  105:21 169:25 211:24
  225:18 226:17,18,22
  226:23 227:10 228:22
  230:13 233:25 234:9
  235:18,21 241:7
  247:23 249:9,11,15
  249:16 308:12,13
  315:18 318:14 321:18
  330:9,9 342:22
  343:20 348:23
days 321:11
DCJS 159:22 221:24
  222:5,14
deal 111:3,4
dealing 209:15 230:7
dealings 110:8 112:4
  207:7
dealt 110:20
debate 95:8
deceive 334:9,20

December 24:21 25:9
decide 102:14 337:20
decision 70:25 86:23
  131:5,9 232:13
  238:16 244:24 265:8
  266:10 268:17 335:9
decisions 60:13 61:12
  86:15 109:12 239:5
  329:22
decision-makers 71:4
  71:13
defendant 8:2,6,8 15:3
  17:20 19:5 79:7
  229:21 318:17 340:24
  341:16
defendants 1:16 8:2,6
  15:17 339:16
defendant's 125:3
defending 62:16 79:10
define 50:19
defined 43:17,25
  226:21
definition 55:25 56:22
  57:4,8,18 58:5,16,21
  59:4
definitional 58:11
degree 21:10,13,15,18
  28:21 29:12,18
  121:13,14
degrees 21:22
delivered 116:14
delivery 38:16
demand 141:2 255:12
demands 256:14
demoted 40:14
Dennison 4:12
department 1:10,13,13
  3:19 4:11 24:14
  32:19,22 58:7 68:14
  81:9,9,22 82:6 99:4
  99:22,23 100:12
  101:9 106:23,25
  108:18 116:24 121:4
  129:13 137:2,15
  145:18 151:10 165:16
  169:9 170:10,21
  171:3 180:24 182:9
  194:3 206:24 253:14
  257:25 278:9 279:19
  279:19 298:14 304:23
Departments 64:18,23
  101:18 279:15
depended 139:15
depends 110:13 165:6
deposition 1:19 2:7 5:5
  5:12 7:7,10 8:21 9:6
  10:6 11:7,12,17,22
  15:2,15 18:2,8,11,24
  62:16 79:10 83:20

102:24 117:5 161:6
198:24 200:6 342:13
343:11,12 348:3
**depositions** 10:17
19:20
**Deputy** 1:11 279:22,22
**described** 57:21 126:13
270:24 304:9
**description** 251:18
299:11,13
**designating** 207:13,15
**designation** 185:2,11
**designations** 105:23
**desired** 337:11
**desk** 305:5
**despite** 299:25 300:2
312:21 338:12
**DeStefano** 145:22
170:13 282:20 309:18
310:7
**destroy** 319:4 320:16
339:17,21 340:20
**destroyed** 320:22
**destruction** 340:16
**detailed** 275:16
**details** 18:24 240:10
**determination** 128:23
**determine** 128:18
199:10 272:7
**determined** 131:10
**DI** 18:25 30:20 35:9
44:24 74:16 92:19
123:10 163:2 257:21
262:23 287:22
**diatribe** 134:21
**differ** 185:10
**difference** 126:10
147:12 185:20
**different** 40:8 42:22
57:10 60:6 77:17
105:23 107:17 135:19
154:3 156:25 169:25
181:12,14 183:13
214:19 253:16 275:19
278:19 293:5 302:8
310:18 317:13,17,20
330:25
**differentiate** 99:7
**difficult** 275:18
**difficulty** 211:11
**diligent** 275:17
**Dimino** 145:21
**direct** 37:21,23 46:16
47:14,21 62:23 83:10
142:9 166:20
**directed** 15:7 45:17
82:22 103:6 154:7
215:7 282:14,16
**direction** 81:16 325:13

**DIRECTIONS** 344:8
**directly** 114:20 209:16
224:18 271:3 283:17
**director** 47:17,20 48:2
170:16 322:24
**disabled** 42:16
**disapproval** 277:24
313:9
**disapprove** 150:25
**disapproved** 270:16
271:10,23 272:2,8,13
272:17,23,25 274:7,9
274:13,24 275:2,24
276:2,3,4 277:5,8,14
277:23 278:2,3
291:16,25 295:9,12
295:15,17 296:10
300:16 310:24 313:8
314:19
**disapproves** 277:10
**disciplinary** 33:13,16
33:21,23 34:3,14,18
35:6,12 36:4,13 37:3
**discipline** 33:19,21,22
34:6 83:11
**disclosure** 265:8
**discontinue** 156:19
**discrepancy** 35:2
**discretion** 195:13
**discuss** 140:16,23
240:20 248:12 260:20
325:18
**discussed** 17:16,19,22
18:15 261:3
**discussion** 163:7
237:10
**dispute** 72:13
**disputes** 272:15
**disputing** 72:16
**disqualify** 124:19
**disregard** 336:9
**disrupt** 11:16
**disruptions** 62:6
198:23
**disruptive** 18:3 19:24
62:6 90:12
**dissatisfaction** 41:20
**dissatisfied** 41:17
**distinct** 193:15
**distinction** 238:14
**distinguished** 338:13
**District** 1:2,2 8:24
**districts** 183:3,3
**Division** 159:14,17,21
**doctor's** 40:3,5 41:8
**document** 6:10,12,16
6:18,23,25 46:6,14,17
46:17,21,23 62:25
63:4,5,7,15 64:5,6,7

64:23 65:4 66:11,15
67:20,25 68:5,18,25
69:10,19 71:18 74:18
76:20 80:10 83:7
124:21 125:8,9,22
141:22 142:2,3,5,10
143:9 150:2 157:14
157:18,22 158:3,6,9
158:12 159:6,9,11
160:15 161:8 162:15
164:4 165:18,25
166:3,25 167:6
171:16,19,21,25
172:2,4 176:9,13,18
176:20,24 177:3
184:3,6,10,15,21
186:24 187:4,11,14
187:15,16 188:13,17
189:10,18,20,23
190:2,10,13,16,21,24
191:3,8,11,15,19,22
193:21,22 194:16
196:9 199:23 200:2
200:23 201:2 202:12
202:21 203:21,24
204:3 205:4,6 207:19
208:13 214:21 216:23
216:25 217:13 218:10
218:14 219:3,11,24
220:19,21,25 221:3
221:11,13 222:18,19
222:22,25 223:5,6,16
223:17,18,23 224:4
224:12,15 225:13,20
225:22 226:11 228:7
229:19 265:2 268:21
268:24 269:4,5,12,16
269:20,24 270:7,10
270:22 271:6,9
272:19 273:5,15,20
274:3,22 280:5,8,12
280:15,18,21 281:5
281:23,25 282:24
283:7 286:24 287:10
288:3,5,9 289:9,22,25
290:6,9,15,18 291:7
291:15,24 292:4
294:8,10,12,14
295:20 296:17,23
297:16 298:2,18,20
298:22,25 299:3,23
300:9,15 301:15,17
301:20,23,25 302:3
302:12 303:6,13,21
303:24 304:3 305:9,9
305:13,18,21 306:6
306:13,19 307:4,6,14
309:11,12,14,16
311:23 312:10 313:9

313:14,18 314:5,9,14
314:16 315:8 316:7
316:24 344:16,18,21
344:25 345:3,5,8,11
345:12,15,17,18,24
346:3,6,9,14,16,18,24
**documentation** 116:14
116:17 139:4,6,7,10
139:13 140:2 141:3
181:18 215:21,22
216:2
**documents** 187:19
217:20 218:22 273:9
**dogs** 56:8
**doing** 28:12 160:2
212:6 215:19,23
266:12 285:6 305:4,5
**DONOVAN** 4:4
**double** 263:23
**doubt** 65:20
**DPW** 253:11
**draft** 274:2
**drafted** 214:20
**drafting** 158:9
**dragged** 340:23
**drawer** 158:14
**driving** 102:10 169:23
**drugs** 13:20,24
**due** 207:5 239:18
**duly** 8:14 343:12
**duplicate** 295:2,10
**duration** 11:11 128:14
**duties** 25:15 26:6 47:4
47:9 48:13,18,21 49:3
49:18 50:14 92:21
114:2,8 115:13,17
119:14 128:5 153:21
175:17 181:15 188:7
207:17 256:20 317:17
**duty** 134:20 188:3,5
205:12 208:6,7
212:16,25 215:2,11
216:16 292:13,20
293:3 316:12,16,20
316:22 317:2,4,10,14
317:20,22

---

**E**

**E** 3:2,2 4:2,2 8:13
145:2,2,4 343:2,2
344:2
**earlier** 49:7 58:10
118:14 151:22 152:16
192:25 210:8 216:11
233:24 318:15 324:9
327:21 329:19
**earliest** 311:20
**early** 116:9
**earn** 21:17

**earth** 337:22 341:24
**Eastern** 1:2 8:24
**Ed** 209:17 278:12
**educational** 20:22
**Edward** 1:3 221:20
278:7 289:4 308:17
308:24
**effect** 5:14 91:20
**effective** 224:20,21,23
225:2,3,8,25 227:3,5
228:16 274:19 293:17
293:18,23 315:15
**efficiently** 44:22
**efforts** 211:15
**either** 170:17 177:18
178:12 179:8 195:2
223:21 269:25 275:9
298:21 325:17
**elapsed** 30:2 220:10
**elect** 197:12
**election** 195:22
**eligible** 30:5 127:12
191:24 193:13 196:21
196:23 197:8,11
199:17
**eligibles** 192:20 193:20
194:4 196:14,14,25
201:3
**Elmsford** 3:13
**else's** 160:24 257:3
**employ** 72:9 156:25
258:8
**employed** 38:14,19
40:11 93:15 98:10
99:19,21 104:20
105:9 106:11 107:20
129:7 307:23 308:4
**employee** 15:23 66:23
123:11 154:9,14
155:14 156:4,23
164:21 183:21 186:2
207:14,16 222:8
238:17 254:13 257:22
265:7,25 277:2 332:2
**employees** 32:24 48:15
48:23 60:8,9 81:12
121:3 123:17 155:23
181:17 182:2 201:23
202:16 242:24 243:14
254:7 275:18 293:25
300:22 326:16
**employee's** 154:10
**employer** 39:2 256:10
256:13,16,20,24
257:2
**employment** 24:4,24
25:4,6 31:11 34:15
36:25 37:6,19,24
40:19,25 41:4 52:2,13

52:15,24 60:11 61:10
64:15 66:18 70:12
74:2,6,13 84:9 85:20
87:23 88:20 97:2,24
98:13 101:22 103:20
111:22 117:15,18
121:18 127:14 142:12
142:17,22,25 143:5,6
143:16,17,24 144:4,5
144:7 146:18 147:9
154:9 156:3,19
160:11,15 161:10
162:13,19,22 163:3
165:20 167:14 170:11
170:23 174:17 178:12
178:13 180:8 192:3
204:9 226:20,21
244:10 247:21 251:10
251:10,14 252:25
265:10 266:5 274:21
275:5 276:5 278:14
278:24 279:4,7 291:8
294:5 307:22 308:11
311:10 315:18 316:6
324:22 325:5
**enacted** 74:22,24 75:10
**encompass** 25:21
**encompassed** 57:17
**encounter** 192:2
194:10
**encountered** 182:12
192:2 193:11
**ended** 225:7 226:5
291:8
**enforcement** 43:11,14
54:8,12,17 55:2,19,24
56:7 57:2,7,8 59:2
279:16 289:2
**engage** 339:8
**engaged** 211:20 258:21
319:3
**engaging** 78:17
**ensure** 53:15 60:10
61:9 64:12 65:9
109:16 250:18
**ensured** 63:23
**ensuring** 48:14,22
**entailed** 207:5
**entails** 317:23
**enter** 224:9
**entered** 27:23 287:5
**entire** 37:24 69:19
112:5 265:20
**Entirely** 328:24
**entitled** 35:24 56:20
**entity** 40:12 121:4
160:4
**entry** 282:6
**ERRATA** 348:2

**ESQ** 3:8,14,22 4:8,17
**establish** 65:12 86:25
**established** 64:22 65:6
71:19 136:12 168:3
168:21 186:10 188:14
196:11 212:20 217:10
225:15
**establishing** 204:7
**estimate** 9:24
**estimation** 121:19
**evaluation** 69:5 79:24
**evaluations** 67:7 70:9
**evening** 318:8
**event** 77:25
**everybody** 195:3,4
202:16
**evidence** 338:23
**evidentiary** 95:7,10
**exact** 42:14 170:14
**exactly** 13:10 16:9
19:18 65:2 69:13
73:21 88:23 116:7
124:4 173:22 199:8
207:24 208:22,25
233:13 272:21 330:13
**exam** 27:12,15 28:7,17
28:22,23 29:5 46:2
67:22,24 68:4,7 73:25
74:6,12,17 76:18
100:23 126:8,8,10,11
126:12 127:12 192:21
194:6 296:15
**examination** 8:17
128:9 130:25 132:2
145:6 318:6 341:21
344:3
**examinations** 135:17
137:24
**examined** 8:15
**example** 101:6 224:24
274:17 277:20 279:18
**examples** 278:5
**exams** 23:25 29:21
77:15 91:16 98:13,21
99:20 104:8,13
106:21,24 107:10,19
107:23 174:14,16
179:7,8,10 180:7,20
202:24 207:8 236:23
237:8,15 238:2,6
245:16,21,25 246:24
247:3,7,9 277:16
299:11 300:16 302:9
309:23 310:23 311:3
311:4 312:2,17
**exceeded** 78:4,9 104:16
179:9
**exceptions** 107:4
**exclusive** 29:10,15

**excuse** 180:24 181:6
303:3
**exercise** 92:21
**exercising** 208:12
**exhibit** 6:3,5,10,12,16
6:18,23,25 46:7 48:7
62:24 69:10 124:22
141:23 148:2 157:14
157:17 167:2 171:12
171:15,18 176:7,9,12
184:6,9 186:24 187:3
187:9,12 190:13,24
191:3 194:15 199:22
199:25 203:12,20,23
217:12 220:19,21,25
221:3,17 222:16,18
226:11,19 263:10,11
263:17 268:20,23
269:16,19 280:4,7
289:21,24 298:2,4,18
301:16,19 303:20,22
303:23 305:8,12
306:13,15,19,21
307:4 313:12,14,17
313:22,24 314:8
344:14,16,18,21,24
345:2,4,7,10,12,14,16
345:18,20,22,23
346:2,5,8,11,13,15,17
346:19,21,23 347:2
**EXHIBITS** 344:13
**exist** 185:11
**expect** 44:20 133:23
**expense** 256:10
**experience** 156:17
192:9 193:9 322:21
324:22 325:5
**expert** 35:17 43:20
45:7 72:15 73:10,16
79:6 93:3 124:2
166:5 169:20 189:12
**expertise** 169:5,15,16
**Expires** 348:25
**explain** 35:9 63:17
76:10 77:2 78:19
80:19 95:2 126:5,9
127:3 147:13 186:16
188:6 194:24 208:6
242:12 326:7,11
**explained** 118:25 119:8
213:15 214:11,14
243:19 244:5,17,21
245:7 248:21,22
284:15 330:24 331:3
**explaining** 250:9
312:19
**explanation** 35:25
180:9
**explicitly** 95:18

**expressed** 153:11 180:6
241:25
**expressly** 194:15
**extended** 79:3
**extent** 11:13 53:21
58:20 59:12 62:16
68:24 78:14 109:22
122:25 147:23 164:20
185:22 216:6 261:24
**E-mail** 172:6,23 173:8
173:12,17,21,25
174:11,24 177:8,11
177:14,19 178:22
179:2
**E-mails** 212:8

_____

**F**

**F** 145:2 343:2
**fabricated** 341:2,8
**fabrication** 265:20
**face** 143:11 194:14
196:9 216:25 217:13
219:4 220:5,8 281:5
**facilitate** 10:18 134:14
183:20
**facility** 39:25 40:2
117:4
**fact** 18:14 65:13 78:21
99:8 163:7 164:14
180:13,17 189:6
206:11,21 207:6
208:4 216:9 218:2
229:20 240:21 245:5
248:6 265:24 285:14
320:24 325:18 341:7
342:6
**facts** 71:23 103:8 168:2
**factual/legal** 53:9
**fail** 123:5
**failed** 123:2,4 173:4
**failure** 154:10 156:5
**fair** 130:2 133:17
**faith** 255:7,25
**fall** 54:9 59:7 125:17
207:17
**falls** 62:17
**false** 332:10 334:8,15
335:24,25
**familiar** 50:24 58:4
183:22 184:25 185:14
185:23,25 196:15
250:12,15,16
**familiarity** 188:22
203:4
**familiarized** 75:14
198:10
**far** 28:12 38:10,15
45:14 78:4,9 108:8
116:22 127:13,23

131:18 154:6 159:20
159:24 177:15,18
204:5 214:23 216:15
223:9 253:22 257:21
271:15 276:7 277:22
279:6 281:19 282:5
285:20 292:12 296:16
300:12 302:16 308:22
309:20 311:3,19
315:21 316:11
**February** 1:21 2:4 7:12
306:14,16 346:20
348:3
**Federal** 8:22 9:7,8
16:11
**feel** 78:23 85:11 339:2
**feeling** 14:3 198:19
333:3
**fees** 146:2
**fiduciary** 254:20
258:15
**field** 21:13 40:8 137:22
286:22 287:5
**fields** 136:15
**fifteen** 241:12 250:6
**fifth** 3:6 226:24
**figure** 161:23 162:5
**file** 158:14
**filed** 16:11,18,22 17:4
17:11 263:19
**filing** 5:4
**fill** 149:6 193:24 280:22
282:12 285:22
**filled** 27:3 30:14 136:4
136:15 137:18,20
138:14 139:2 149:20
149:21 151:19 186:4
188:2 222:8,9,10
280:19,25 281:3,6,16
282:2,8,22,25 283:3
285:14,18 286:3,4,9
286:16
**filling** 150:3 283:7
287:19
**fills** 137:6
**finally** 208:17
**financial** 39:4,8 331:24
**find** 51:8 141:7 167:15
198:20 246:24 261:21
261:22,24 309:20
342:4
**fine** 33:17 35:13 79:5
90:3 96:18 133:14
140:25 167:25 232:5
264:14 285:6 334:3
**fingers** 341:3
**finish** 28:15 95:25
**finished** 66:7 277:16
**Fiorilli** 233:16,17 265:3

**force** 5:13
**forgot** 309:8
**form** 5:8 12:24 16:8,23 18:5 42:9 49:13 53:3 66:20 70:15 71:16 88:5 99:6 102:4 117:20 121:7 123:8 124:9 130:9 136:4,7,9 136:17,23 137:22 138:14 149:4 150:7 151:2,7 152:13 154:4 154:12 169:17 171:9 187:20,22,25 188:7 188:24 191:11,18,21 192:2,6,14,18 193:4,7 193:19,22 194:10 212:20 221:24,25 236:19 239:13 270:25 282:6 283:19 284:7 287:13 305:17 316:16
**formal** 21:24 32:7 33:4 33:9 35:12 36:3 37:11 50:6,17,19 128:23 140:19
**formalized** 33:24
**formally** 15:9,19
**former** 1:9 114:6 240:15 286:21
**forms** 114:15 137:18 137:20 138:6 148:11 148:14,15,19,22,24 149:6,7,10,18,19,21 149:25 188:23 193:10 193:11 203:5
**forth** 74:17 76:19 85:24 179:2 197:15 339:15 343:11
**forthcoming** 235:6
**forward** 10:18 13:8 83:23 89:8 143:13
**foundation** 37:18 53:3 133:2 154:13 168:21 206:10,17 212:21 236:20 238:4 239:13
**foundational** 129:22
**four** 29:11 62:8 106:23 222:7 293:8 308:14
**fourth** 201:5 296:7 303:4 311:6
**four-page** 305:9,12 346:17
**frame** 78:22 96:12 208:20
**framed** 96:14 194:18
**framing** 198:12
**Frank** 1:3 4:21 7:24
**frankly** 53:9 75:12
**fraud** 284:10,12
**free** 13:12

**freely** 265:5,23
**frequently** 116:3 250:18
**front** 171:21
**FT'ers** 177:3
**fulfill** 100:4
**fulfilling** 115:12,17 304:25
**full** 121:20 165:19
**fully** 14:8,20,22 31:14 44:16
**full-time** 86:4,6,9 87:14 88:6,8 105:19 106:12 127:5,24 129:8 174:9 265:7,25
**function** 76:18 79:23 111:10 283:18
**functioning** 217:24
**functions** 87:3
**funeral** 78:2
**further** 5:7,11 93:20 97:23 100:3 106:15 135:9 163:15 169:7 275:22 318:2 330:15 331:9,14 342:5 343:15
**furtherance** 340:7,19
**future** 266:14

_____

**G**

**gain** 244:8
**game** 232:16
**gap** 303:14
**garbage** 48:9 56:8 106:3
**general** 10:16 44:24 89:23 126:15 130:10 185:8 207:21
**generally** 89:21 121:2 290:23
**generic** 155:7
**generically** 175:5
**geographic** 25:20 26:13
**geographical** 64:19 98:24
**George** 1:11 3:11 8:9 17:20 18:7 67:2 68:13,19 69:2,6,17,20 70:10,19 71:5,14 72:9 73:7,24 74:4,11 111:17,20,25 112:11 112:17,20 114:10,20 115:3,9,12,16,20,25 116:4,11 117:8 127:21 128:2 130:13 131:5,10,23,25 135:14 158:16,19,22 177:9,15,19,22 178:23 179:2,3,15,22

**180**:3 181:9 196:5
**200**:11 201:7,9 202:8 202:22 203:8,13 205:10 206:12 207:3 208:12,19,25 209:15 211:4,12 212:14,24 213:12 214:22 218:17 235:8,10,16,24 236:4 236:15 237:5,15,23 239:7,16 242:17 243:12,13 245:13,22 248:13,22 251:21 262:13 273:16 278:24 285:18,21 286:14 300:5 331:22 335:11 336:7 337:19,21
**Gerard** 178:18
**gesture** 10:25
**getting** 45:13 90:10 103:11 116:16 176:2 289:5
**Geyer** 303:13
**Gilly** 3:4 7:21
**girl** 38:16
**give** 10:8 18:24 36:9 42:23,25 45:10 53:20 60:18 69:24 75:20 76:23 77:8 79:12,12 81:15 119:6 150:3 166:15 195:18 197:17 227:11 250:20 254:5 256:8 260:7 278:5 296:3 307:18 333:21
**given** 19:14 42:17,20 44:11 71:23 107:17 107:23 117:24 118:2 154:17 206:10 224:8 246:14 254:24 317:5 343:13
**giving** 28:15 43:3 77:22 148:10 327:22 328:5 328:10
**go** 10:15 16:23 22:10 26:25 31:2 44:12 53:21 69:3 89:8 122:16,18 124:3 135:7 141:13 153:4 173:8 191:10 215:18 266:21 267:6,14 279:25 311:24 319:19 320:10 321:4 323:25 324:12,18 328:25 334:4 338:24
**God** 102:17
**goes** 322:2 325:8
**going** 10:18 11:10 13:4 16:23 19:9 20:21 28:11 31:17 36:6 45:9,14 53:19 58:25

**59**:22 60:18 70:14 71:2 72:23 73:10 75:17,18,20 76:2 82:6 83:22,23 84:13 85:2 87:6 90:4 93:25 95:13 96:6 98:18 99:5 100:16 106:5 125:5 131:2 132:3,15 132:18 135:3 141:4,6 141:8 143:12 160:18 162:8 163:11 166:6 169:10 171:14 172:19 184:24 190:15 191:7 192:14 193:6 195:19 198:12 203:16 213:13 215:16 217:7 223:21 236:5 238:7 244:22 255:24 258:5 263:17 263:22 266:7,11 310:12,14,17 318:11 326:7 335:12 336:19
**good** 37:10 179:14 183:4 255:7,25 266:19 318:8,10
**govern** 160:2
**governed** 8:22 195:17
**governing** 213:18
**government** 40:12 182:2 201:22 258:15
**governs** 65:4
**graduate** 20:23 21:4
**Graduated** 21:2
**Graff** 3:8 6:2,9,15,22 7:20,20 8:18,21 9:6 9:10 11:9,19,20 12:25 14:20 15:6,16 17:24 19:9,19 29:15 30:5 31:4,15,20 32:13,20 33:10,15 35:18 36:5 36:17,22 40:18 44:17 45:20 46:22 49:6,17 51:4,17 53:14 54:14 55:15 56:4,18 58:3,9 58:19 60:24 61:8,13 61:16 62:5,15 65:2 66:7 67:15 68:17 69:14 72:2,17 73:10 73:17 75:5,12,24 76:9 77:12,20 78:3,13,23 79:8,13,17 80:3 81:5 81:13,23 83:13,25 84:18 85:13 87:10 89:6,11 90:11 93:5,9 93:12 94:4,8,20 95:12 95:18 96:11,14,20 102:6,22 103:10 107:14 109:25 122:5 122:10,14,18 129:19 131:6,20 132:20

**321**:12 324:20 325:4 329:3 335:16 336:21
**Fiorillo** 1:3 4:21 7:8,24 230:23 325:17
**fire** 60:9 70:24 183:3,3
**firearms** 108:4
**fired** 242:10 244:2
**fires** 49:5
**firing** 60:13 248:10 326:18
**firings** 327:8
**firm** 7:21
**first** 13:14 15:14,14 16:3 17:10,14 23:22 29:22 30:12 33:16 53:6 62:4 66:2 71:12 80:15 105:5 114:10 117:22,24 129:22 133:2 142:10 150:7 151:18 158:5 159:8 160:7 161:15 182:22 187:22 188:12 204:2 208:14 209:10 210:4 211:2 214:4 221:23 223:16 230:3 236:14 246:23 254:5 261:2 265:21 269:24 270:6 273:4 276:10 277:20 280:17 287:9 290:14 291:6,15 296:18 298:21 299:3 307:16 307:20 308:17 312:5 314:16 317:13 321:10 324:19
**firsthand** 225:16 227:7
**FISHBEIN** 4:4
**fit** 47:5 63:21
**fitness** 31:11 67:7 68:12 69:5 70:9,18 173:5 174:12,19 313:6
**five** 32:5 38:12 102:13 233:14 321:17
**fixed** 195:23
**flagrant** 336:9
**flashing** 10:11
**floor** 4:13
**Florence** 145:21
**FMS** 39:4,16 40:2,11
**focus** 33:15 78:7 106:10
**focusing** 69:15 310:25
**follow** 10:17 103:6 167:13 341:19
**followed** 49:22 51:12 56:13 109:15
**following** 50:2 307:21
**follows** 8:16 145:5
**forbid** 102:17

133:19,25 134:13,14
134:19 135:10 138:18
140:9,15,21 141:9,17
142:24 144:9 145:7
146:7 148:22 149:16
161:7,13 162:7
163:18,23 164:7,17
166:9 167:11 168:7
168:17,22 170:5
171:7 174:3,6 175:10
176:5 190:11,20,23
191:10 192:8 193:9
197:20 198:22 201:21
202:2 206:18 211:8
213:21 214:7,10,18
216:14 217:21 218:9
220:9,13,18,24
227:19 231:2 238:18
239:23 254:8 255:16
255:22 256:17 258:11
259:9 263:4,9,16,21
264:17 266:23 284:24
288:15 293:21 297:15
297:20,25 304:16
306:7,12,18 313:21
319:7,8 320:6,20,25
329:19 332:15 333:5
333:16 336:2 338:5
338:25 341:18,22
342:13 344:4
**Graff's** 319:11 321:7
324:8 327:21 337:8
**Gray** 4:8 27:23
**great** 90:25 267:7
**grounds** 99:6 103:23
**grouping** 101:12
**guess** 116:9 198:7
208:22 231:15,16
**guessing** 302:24
**guest** 134:10
**guideline** 51:7
**guidelines** 50:3,5,13,25
51:3,11 63:21,25
**guy** 253:5,9

**H**

**H** 4:12 8:13 145:4
**habit** 132:25
**half** 223:17 319:12
**hand** 290:22 343:20
**handle** 28:6
**handled** 285:15
**handwriting** 187:23
188:2 270:18 271:11
281:9 292:6 297:9
299:23 314:20,20
**handwritten** 223:4
270:10,13 271:5
290:16 292:3,9 294:8

294:13 295:13 299:5
299:8 300:10 302:11
314:17,23 315:7
316:8
**handwrote** 136:20
**happen** 13:7 249:9
**happened** 217:9 225:21
234:22,24 266:2,4
**happy** 58:9 79:11 134:6
139:24
**harassing** 131:15 176:6
**harassment** 176:3
**harbor** 312:7,16
**Hardman** 296:8 303:3
**hated** 331:22
**HATTER** 4:4
**hauled** 340:23
**Hauppauge** 1:20 2:10
4:16 117:3,11
**Haven** 42:10
**headed** 6:10,13,16,19
6:23 7:2 220:25
221:4 311:7 344:17
344:19,22
**header** 177:7 226:13
**heading** 142:24 207:18
223:10 292:13,18
294:9 305:23 316:12
**hear** 12:2 18:15 319:13
319:16 341:14
**heard** 45:17 106:4
185:17 229:4 298:9
298:13
**heart** 192:7
**held** 2:8 7:10 41:7 43:8
45:24 46:10 53:24
64:8 137:25 146:13
146:15,17 147:3,6
252:24 273:22,24
278:8,18,24 286:15
**help** 36:19 77:22 78:24
277:3 305:3
**helped** 78:21
**hereinbefore** 343:11
**hereto** 5:4
**hereunto** 343:20
**hesitate** 106:9
**Hesse** 1:11 3:11 8:7,9
17:20 18:7 67:2
68:19 69:2,6,20 70:19
71:5,14,20,24 72:9
73:7,22,24 74:4,11
111:17,21,25 112:11
112:17,21 114:11,20
115:3,9,12,16,20,25
116:4,11 117:9
127:21 128:2 130:13
130:24 131:5,10,23
131:25 135:14 158:16

158:19,22 177:9,15
178:23 179:2,4,16,22
180:3 181:3,9 196:6
198:21 200:12 201:7
201:9 203:8,13
205:10 206:12 207:4
207:21,22 208:12,19
208:25 209:16 211:4
211:12 212:14,24
213:12 214:22 218:17
219:12 235:8,10,16
235:24 236:4,15
237:5,15,23 239:7,16
242:17 243:12,13
245:13,22 248:13,22
249:2,6,9,13 251:21
252:6,10 262:13
265:9 273:16 278:24
285:18,21 286:14
299:24 300:5 319:3
320:4,16 325:13
329:4,14,20 330:4,10
331:9,14,18,22,25
332:5 335:11,18
336:7,21 337:3,9,12
337:15,19,21 339:4,9
339:16,20 340:11,15
341:23
**Hesse's** 68:13 69:12,17
70:10 140:4,6,20
177:19 202:9,22
206:13
**high** 20:23,25 21:2
180:10
**higher** 207:12 215:10
**highest** 194:6
**highlighted** 299:21
**highlighter** 299:19
300:23
**highlighters** 275:9
**highlighting** 300:20
301:2 303:17
**highlights** 300:18 301:9
**highly** 342:4
**Highway** 2:10 4:14
7:11
**hire** 60:8 68:15 70:23
83:9 86:15,23 87:2,5
195:14 199:17 327:3
**hired** 23:24 30:4 50:16
71:21,24 73:22 74:8
74:10 80:23 82:14,24
84:10 85:9,21 89:3
109:14 130:15 154:19
214:3 238:12,12
239:8 240:8
**hires** 49:5 65:21 268:4
**hiring** 26:11 48:14,19
48:22 49:23 60:13

63:24 65:17 71:14
85:5 86:8,11,14,18
87:8,13,16,18,21
88:18 89:9,15,18 90:5
90:14 101:10 267:22
323:9,14 329:23
**historian** 155:15
**history** 31:7
**hold** 24:23 38:3,23
39:13,18,21 40:4
42:12 47:15 146:8
147:8 251:3 263:3
278:13 279:3 305:6
**holding** 127:5,10
287:11
**hope** 11:20 341:3,13,15
**hopefully** 79:4 318:11
319:22
**hoping** 61:23 79:5
**hour** 122:8 141:18
**hours** 13:17 78:2
319:12
**HR** 344:15
**Human** 6:3,6
**hundred** 34:4 250:23
283:12 302:6
**hurt** 266:4,10
**hyphen** 296:10
**hypothetical** 79:6
123:25
**hypotheticals** 73:11
75:18 102:23 103:7
168:2

**I**

**idea** 77:14 202:7
296:20 340:22 341:10
**identification** 6:7,14,21
7:3 157:20 171:20
176:14 184:11 187:5
191:5 200:3 203:25
220:23 221:5 263:12
268:25 269:21 280:9
290:2 298:6 301:21
303:25 305:14 306:17
306:22 313:19 314:2
**identified** 47:16 118:13
119:22 123:3 124:12
228:20
**identify** 19:10 49:18
52:22 88:2 98:4
125:11 142:5 172:4
191:21 201:2 205:6
222:25 270:6,22
302:3 309:16 316:20
**identity** 19:14
**ill** 200:18,20
**ill-advised** 77:16
**imagine** 115:6 146:3

178:10 206:2 273:2
341:2,7
**immaterial** 78:8
**immediately** 24:5
38:24 39:13,22 52:4,8
81:2 100:2 105:11
335:17
**impact** 92:11
**implementation** 38:25
39:8,13
**implied** 234:13 309:2
**importance** 199:4
**important** 10:22 12:10
28:14 254:25 262:8
262:17 305:2,4
**impossibility** 16:21
**impossible** 266:16
**impression** 31:5
**improper** 14:17 49:13
62:7 71:25 102:23
123:11 124:13 134:17
**improperly** 124:18
214:3
**improved** 121:15
**inception** 15:11
**incident** 31:10 237:22
**incidents** 31:9 45:6
**include** 48:18,21 336:6
**included** 48:13
**includes** 56:23 195:2,4
342:6
**including** 178:12 325:8
**Incorporated** 1:7 3:17
7:9 51:20 52:13 54:3
55:20 56:16 59:15
66:13 125:17
**incorrect** 81:7 267:17
267:19
**incredibly** 77:14
180:10
**incumbent** 134:25
292:21 316:13
**indefinitely** 179:17
**independent** 61:6
**index** 136:13,14,17
137:22 138:14 148:11
150:6
**indicate** 68:24 118:3
119:19 132:5 133:6
135:15 143:11 153:13
217:14 218:10 219:12
228:5 234:17 240:14
241:18 242:3 244:25
247:11 273:21,23
274:14,25 280:24
291:17 300:13 310:7
311:14
**indicated** 48:12 58:10
61:9 68:17 80:3

87:12 130:24 131:24
161:8 210:5 219:9
220:4 226:12 228:7
259:22,24 288:17
291:5 300:14,21
303:16 307:16 316:15
339:9
**indicates** 219:16 281:6
291:7 313:7
**indicating** 72:3 140:22
235:22 276:2,3
277:23 284:14
**indication** 275:22
290:25
**individual** 52:10 66:24
101:9 135:16 137:25
155:4 225:17 226:5
256:6 318:23 340:24
**individually** 1:8,9,11
1:14 106:2
**individuals** 170:18
197:11 228:19 273:22
288:24
**ineligible** 214:3
**information** 65:11 85:2
94:7 95:23 96:3
103:4 129:11 130:5,8
130:18,21 131:23
132:9,13 133:14
134:8 135:25 136:5
137:6,18 138:13,17
138:22 139:2,3
148:16 149:12 150:2
150:5,11,16,21 151:6
166:14 169:8 178:22
179:23 180:3 181:9
227:11,22 235:17
245:2,18 259:25
260:3 267:20 287:4,9
287:20 288:18 289:17
294:25 295:3,10
305:24 307:18 323:7
328:20 332:9 338:17
344:7
**informed** 235:3 243:17
326:17
**initially** 23:4 27:7
71:24 249:11
**initials** 270:17,19 276:9
281:18 284:3,14
290:16 295:14 297:14
**initiate** 30:13
**initiated** 29:22 262:24
**input** 136:20
**inquire** 31:12 249:12
329:20
**inquired** 248:16
**inquires** 96:8
**inquiries** 55:8 329:12

**inquiry** 44:22 164:2,6
**inside** 301:6
**instance** 206:15 237:3
237:6
**instances** 272:3 325:11
325:20
**instruct** 19:10 31:17
95:13 285:2
**instructed** 51:18
285:11
**instructing** 134:3 285:5
**instruction** 12:14 50:6
93:9
**instructional** 50:18
**intend** 35:3 56:9 274:8
**intended** 55:10 132:21
271:25
**intends** 35:4
**intent** 334:9,19 339:10
**interact** 111:8,14,20,24
112:23 113:8,25
114:7 115:15
**interacted** 112:14,16
113:5
**interacting** 111:16
112:10 114:20 128:4
**interaction** 115:8,11
**interactions** 153:20
**interchangeable**
291:14
**interest** 134:22 135:4
331:24 332:4
**interested** 197:5 343:18
**internal** 90:13 286:18
302:4
**interposed** 15:21
**interpret** 72:24 75:19
94:25 95:10 124:3
166:6 203:5
**interpretation** 36:9
57:11 225:13
**interpreted** 245:11
**interpreting** 203:12
**interrupt** 11:22
**interview** 145:17
**interviewed** 146:10,15
147:6
**interviewing** 146:4
197:5
**interviews** 145:11,15
**introduce** 7:18
**introduced** 114:25
**inures** 19:21
**Investigation** 298:11
**involved** 11:6 31:9
65:15 86:8,11,13,17
87:13,15,18 89:18
149:11 158:8,15
284:10,12

**involvement** 62:13
78:11 86:14
**involving** 148:11
**in-house** 279:17
**irrelevant** 77:6 78:8
131:14,16 192:15
247:19 248:4 260:10
289:6 326:4,13
**Island** 61:5
**Islip** 122:2 312:7,15
**issue** 31:11 53:9 66:2
95:11 161:24 211:10
213:22 251:25 310:20
310:21,22
**issues** 19:15 44:15
103:11 110:17 111:7
111:21 112:11,14,15
112:16 119:16 153:24
183:13 252:10
**italicized** 283:22
284:21 287:22 288:11
**item** 202:9
**items** 193:15 300:17

---

### J

**James** 277:21
**January** 209:3 280:20
**jargon** 323:22
**Jiminez** 307:19
**job** 1:25 24:9 30:9
37:10 62:20 70:16,20
70:25 107:17 109:13
115:13 120:14 153:21
160:5 213:17 214:13
215:14,23 240:11
254:15 256:7 259:23
260:4 265:11 266:11
304:22 306:4
**jobs** 25:10 40:8 100:10
**John** 303:13
**join** 19:13 31:13 41:15
55:13 60:20 82:19
150:19 163:17 166:8
185:13 193:17 194:19
258:9
**Jordan** 4:22 7:14
**Joseph** 1:4,8 3:18
113:25 205:24
**JR** 1:8
**judge** 45:12
**June** 20:15
**jurisdiction** 26:14 52:7
53:15,18,24 55:3
82:23 83:4 93:17
97:20 98:10,17 99:10
100:11 101:23 104:9
107:21 116:20 117:25
118:3,21 119:2
137:13,20 152:3,10

152:18 153:6 154:17
154:21 155:3 165:14
178:14 183:5 192:22
193:14,24 194:25
195:6,8,9,11,15
199:12 209:13 210:25
211:3 222:5,9 223:11
224:11 230:7 250:21
272:11 273:3,11
275:15 283:14 308:20
309:5,8
**jurisdictional** 109:10
196:2
**jurisdictions** 26:9,16
26:19 48:23 49:22
51:21,25 119:5 122:3
181:16,21,25 182:11
182:23 183:7 211:25
253:15
**jurisdiction's** 267:25
**jury** 326:10,11
**justice** 159:15,17,21,23
325:11,21
**justification** 76:7,13
**justify** 75:2 76:10,15
284:25

---

### K

**K** 1:9
**Kathryn** 110:20 111:5
111:11,18 112:19,20
114:14 120:16 299:5
**keep** 82:2 257:6,11
275:18 302:7 336:10
336:15
**Ken** 8:7
**KENNETH** 3:22 4:8
**kept** 255:13 257:15
**Kevin** 1:4 3:14 4:20
7:24 8:9 224:25
225:4,8 227:24
229:13,15,22,23
230:3,8
**key** 299:9,10 300:14,18
301:10
**kid** 10:10
**kids** 10:11
**kind** 87:15 130:10
136:10 229:16 291:13
293:9 312:3
**Kitchen** 117:10
**knew** 65:14 148:19
207:25 234:12,19
242:13 252:16,23
295:7,8 326:6,7
329:11 332:9
**knishes** 38:17
**know** 12:3,9 13:13
14:10,11 15:13 34:23

38:11 41:22 51:8
52:21 54:16 55:7,10
56:9 66:14 67:21,23
68:3,6,8,16 73:23
74:3,4,9,11,15 75:12
81:18 82:13,21,24
84:8,24 85:4 92:16,17
92:19 93:7 102:5
108:8,22 110:6,7
118:23 120:6 124:3
125:6 127:13,23
129:11 130:3 137:4
137:21 146:12,14,17
151:12 154:6 157:3,4
157:5,9,10,23 159:16
159:18,20,22 161:3
164:24 165:24 167:19
167:22 174:3 175:8
175:14,16,20,21
176:17 177:16,18
178:15,18 180:4
184:14 187:8 188:13
188:15 192:17 197:3
201:12,24 202:2,3,21
203:15,16,17 204:5
205:23 207:24 208:5
208:25 210:13 212:20
221:13,25 224:14,20
228:25 229:3,17,25
230:2,18 234:14,15
234:20 235:19 236:15
241:24 246:4,6
248:14 253:4,7,10,13
253:22 256:24 257:17
257:21 260:16 262:6
262:7 264:6 266:11
269:12 271:24 272:4
272:24 273:13 275:6
275:6 278:18,23
279:6 280:12 283:18
285:20 286:4,14
287:4 288:2 290:5
291:7 292:12,16,23
293:6 296:16 298:19
301:12 302:10 303:16
309:6 310:12 311:20
316:15 317:19 328:8
332:24 335:13 337:7
338:21 339:25 341:6
**knowledge** 38:4 47:20
52:21 80:2 92:10,20
93:6,14 97:8,13
104:18 109:18 123:3
123:10 135:14 138:11
142:15 143:4,15
144:3 155:23 156:2
156:18,23 157:2
162:20 171:2 174:18
174:22 225:16 227:7

229:10,15 278:13
287:25 332:22 338:16
**knows** 41:14 52:17
53:4 71:12 82:17
168:13 195:18 203:8
216:15 286:3

**L**

**L** 8:13,13 145:4,4
**label** 273:14
**labeled** 7:6
**Labor** 226:18,23
308:13
**lack** 206:17 324:3
**laid** 53:3 197:19 236:19
**Lamm** 1:4 4:20 7:24
224:25 225:4,8
227:24 229:13,15,22
229:23 230:3,8,24
233:15 265:4 321:12
324:21 325:4,17
329:3 335:16 336:21
338:9,18
**language** 288:13
**larger** 181:25 303:15
**largest** 182:7
**lasted** 241:11
**late** 73:5 74:21 116:9
**latest** 310:4
**latitude** 44:12
**laughing** 200:16
**law** 4:11 7:20 26:10
30:24 34:20 35:7,15
36:2,10 43:11,14,18
43:25 45:10 49:22,24
50:3,5 51:7,12,15,19
52:15,24 53:6,13 54:4
54:7,12,25 55:19,21
55:24 56:6,22 57:2,7
57:8,19 58:4 59:2
60:14 72:12,15,21
73:3 75:2,7,11,15,16
75:19 76:8,14 77:6
84:12,17 85:7,10,16
85:25 87:5 89:10,11
89:14,19,24 90:2,19
94:16,24 95:2,6
105:24 108:16,20
109:2 124:3 127:8
163:25 165:12,12,22
166:7 167:15 168:16
169:6,15 195:17
197:16 204:18 213:24
214:5 216:7 242:20
243:2,4,16 244:6,16
248:19 250:7,7,12,22
251:19 255:4,5 259:6
268:6,16 279:15
288:25 326:6,23

327:16 328:3,23
329:5,12,21 330:5
331:21 333:25 339:14
**lawfully** 91:22 92:21
329:4
**laws** 51:16 72:24 74:22
159:25
**lawsuit** 16:18,22 17:3
17:11,16,19 18:13,23
32:17 229:21 232:22
262:11,23 318:17
340:23
**lawyer** 328:16
**laying** 133:2
**layoffs** 327:7
**learn** 16:3 17:10 50:4
50:12 66:2 160:3
**learned** 17:14 117:16
**leave** 113:16
**lectures** 50:20,21
**Lee** 4:12
**left** 111:2 115:5 122:9
172:8 187:17 189:11
190:3 204:16 208:23
216:22 217:11 223:9
246:5 271:15 276:7
293:9 297:17 300:12
302:16 315:22 335:16
**leg** 102:18 330:16
331:2
**legal** 7:15 16:21 43:20
43:23 58:12 92:25
103:22 160:10,14
162:13,21 163:2
166:4,15 170:22
248:12 334:10,24
335:4
**legality** 243:15
**legally** 162:18
**legislature** 74:22 75:10
**legitimate** 257:8
**length** 324:2
**lengthy** 163:7
**lesbian** 337:16,19,21
**lesson** 20:2
**letter** 155:6 159:10,19
163:12,16 168:20
174:20 196:15,18,22
196:22 197:2,10
205:8,13,16,19,24
206:11 276:19 293:10
298:2,4 306:13,15
346:11,19
**letters** 142:11 199:14
199:14 206:7,22
212:5
**letting** 309:6
**let's** 32:8 61:14 79:16
83:25 86:6 97:2

122:18 141:13 170:5
182:21,22 231:5,8
269:11 289:8 297:20
319:19 320:10 321:4
321:25 323:6,25
324:18 325:16 328:25
332:8,17 334:4,14
335:15 336:8 338:24
**level** 48:2,3 207:12
**levels** 16:8 123:8
**licensing** 296:18
**lies** 341:2,4
**lieu** 150:3
**life** 40:16 218:25
249:17 305:4
**light** 180:13
**limit** 78:15,20 135:8
**limitation** 113:3
**limitations** 142:12,16
142:22,25 143:3,16
143:24 144:4 226:20
**limited** 44:25
**line** 47:6,8,25 60:13,22
68:10 69:15,16 78:4
125:24 172:13 177:2
177:5 201:17 221:23
226:24 281:17 283:22
290:24 292:10 293:10
299:10 303:9 308:15
308:17,20 315:9,13
320:12 348:4
**Lisa** 20:12,13,16
**list** 127:9,9 130:16
186:4,8,9,15,19,21
188:7 192:19 193:2
193:13,20 194:2,3,4
194:10,16,17,21
195:2,3,5,6,14,15,22
196:2,3,23 197:2,8,11
198:5 199:7,11,11,13
199:18 201:4 202:16
274:18 306:20,22
346:22
**listed** 29:5 126:16
186:21 193:5,11
194:11 202:15 299:14
308:14
**lists** 186:17 192:25
196:13,21 203:10
**litigated** 15:10
**little** 186:16 199:6
200:7,16 274:4
299:23 318:15 319:22
325:16 334:14 338:4
**LLP** 3:4,16 4:4 8:7
**loaded** 229:16
**local** 8:23
**locate** 158:22
**located** 116:25

**location** 201:13
**Loeffler** 1:8 3:18 18:11
113:25 157:3,9 159:5
159:7 160:9 161:25
205:24 228:25 229:11
312:5
**long** 23:12 29:7,20,21
30:2 32:6 39:18 40:4
42:25 96:4 110:4
152:8 153:14 181:11
211:19,21 241:10
245:6 249:25 337:19
**longer** 82:8 129:7,8
225:9 236:24
**Longwood** 21:2
**look** 46:6 63:4 125:8
157:22 191:14 204:3
208:23 210:15 217:19
221:13,14 269:4
280:12 283:11 296:16
298:20 301:22 307:6
311:21 314:4 321:25
323:6 332:8,17
335:15 336:8
**looked** 105:25 168:20
230:17 250:16 287:7
287:8
**looking** 67:3 94:19
134:22 176:23 198:18
248:17 290:14 292:17
317:12 322:8
**looks** 176:22 177:10
190:3 191:8 293:9
296:9 302:17 315:4
**lot** 58:17 112:25 165:17
181:11 198:10 266:21
310:11,13 311:3,4
**lots** 121:16
**lowest** 194:7
**lunch** 32:6 115:24
116:4,11,13 117:8
148:10 234:15 241:9
**Luncheon** 144:12
**lunches** 116:19
**lying** 333:4

**M**

**machine** 32:5 113:17
**maiden** 172:17
**mail** 149:8
**mailed** 283:16,17
**main** 212:2
**maintained** 178:11
**maintaining** 26:11
71:14 208:2
**maintenance** 48:14
**makers** 131:9
**making** 16:4 77:10
129:25 140:18 218:17

260:7 272:19
**Malali** 8:4
**mall** 38:17
**man** 342:7
**manage** 83:10 94:3
95:21
**managing** 96:4 214:15
**Manhattan** 61:5
**manner** 82:8 194:18
340:5
**Manorville** 25:22
**map** 26:20
**March** 343:21
**mark** 6:2,9,15,22 31:20
36:22 45:21 93:13
157:14 164:7,12
171:15 176:9 184:6
186:24 190:12,23
199:22 203:20 220:18
220:24 221:10 259:9
263:9 268:20 269:15
280:4 289:8,10,21
297:25 298:18 305:8
306:12,18 307:3
313:21
**marked** 6:7,13,20 7:3
46:6,12 62:24 124:21
141:23 147:25 157:19
166:25 171:19 176:14
184:11 187:5 191:4
200:2 203:24 214:21
220:22 221:5 222:17
223:13 263:12 264:5
268:25 269:21 280:9
290:2 298:5 301:20
303:25 305:11,14
306:16,22 309:11
313:19,25
**marking** 164:10,14,16
223:19
**markings** 223:5,16
270:10,11,13
**Marks** 3:10 8:10
**marriage** 343:17
**married** 20:6,8,17
172:21
**marry** 20:14
**Mary** 42:10 52:11
118:12,13,20,23
119:2,7,19 153:11,13
**Maryann** 151:12,15
153:20 187:24 189:14
273:8,11
**master** 312:7,16
**material** 163:12
**materiality** 30:25
**materials** 28:8,25 29:5
50:23
**matter** 7:8 33:24 65:16

67:10 77:19 95:7,8
110:13 140:12 148:5
176:2 216:9 230:12
236:13 247:22 248:6
252:18 326:19,21
334:2 341:12,17
343:18
**matters** 11:10 44:14
64:15 159:23
**Maureen's** 117:10
**mayor** 1:8,9 18:10
113:25 114:6 157:11
196:12 205:9,24
206:7,22
**McKinney's** 51:9
**mean** 12:20 24:7 32:17
32:23 37:13 43:6
47:3 51:6 77:9 79:8
84:23 86:19 99:17
113:12 120:6 136:19
138:15 142:20 160:25
161:11 168:10 169:23
176:2 182:18,19
185:24 187:24 192:6
196:16 214:4 218:21
225:3,25 236:22
240:9 246:9 259:7
261:10 275:6,12
276:24 279:14 289:5
291:11 296:12 297:13
304:14 308:24 315:7
317:15,16 340:25
342:2
**meaning** 34:21 95:5
183:22 252:7
**means** 35:9 80:20,22
81:25 82:13,22 126:3
126:5,7,25 127:3,4
160:16,22 167:15,19
167:23 168:16,20
169:16 203:6 225:6
227:3 244:11 296:14
308:25 317:3 323:18
325:2
**meant** 161:4 203:3
277:5 297:4
**med** 202:10,17
**medical** 23:9 39:4,9
67:6,9,24 68:11 69:4
70:8 73:25 91:14
98:8 100:22 101:7
202:23
**medications** 13:19,23
**meet** 114:10 154:18
214:16 231:11 232:19
234:2,8,18 241:22
242:4
**meeting** 116:11 121:9
154:23 232:11 233:5

233:21 240:13,16,19
240:20,22,25 241:5,8
241:10,19 243:7
250:3 251:24 253:18
253:19 256:21 259:4
259:13,18,19 260:11
260:18,20 261:3,8,13
261:16,16 262:3,4,13
262:15,21 268:11
333:7 334:16,20
**meetings** 115:24 116:4
**meets** 126:16 186:7
**melding** 183:12
**member** 58:6
**members** 145:19
146:24
**Memorial** 4:14 7:11
226:17,22 308:12
315:17
**memory** 95:3 232:16
**mentally** 42:15
**mention** 13:6 189:22
**mentioned** 106:7
170:18 207:25 247:17
248:17 309:3 310:5
**messages** 113:16
**met** 114:22 127:7
128:24 129:2 175:13
230:8,13,15 231:6
232:9 233:2,10,19
246:12,16 321:12,18
321:23 325:6 337:19
**Michael** 18:19 196:12
303:14
**middle** 67:4 300:23
320:12
**military** 99:13 279:24
**Mill** 3:12
**mind** 66:25 161:12,14
162:3,4 164:3 216:24
219:20 337:20
**mine** 299:6 300:11
**Mineola** 4:7
**Minerva** 151:12,15
153:20 187:24 189:14
273:8,12 305:11
**minimally** 214:13
**minimum** 105:4 125:23
126:17,19 154:18,23
156:14 163:8 214:17
246:13,16
**minute** 157:22 288:16
**minutes** 32:5 138:9
141:14,20 200:8
220:12 241:12 250:6
297:19 319:23
**Mischaracterization**
181:3
**mischaracterize** 69:9

**mischaracterized**
49:15
**mischaracterizing**
226:3
**misconduct** 132:16
**misheard** 146:22
**misinterpretation**
57:10
**misleading** 274:4
**missing** 275:7
**missions** 212:3
**misstate** 48:20 49:2
**mistake** 267:9,15 321:8
**mistakenly** 293:13
**mistakes** 121:16
**misunderstanding**
275:3
**misunderstood** 288:20
**misused** 132:15
**mis-spoke** 55:15 211:8
**mixing** 105:21 238:8
**moment** 141:25 171:24
267:16 284:9,11
**moments** 119:10
**money** 305:2 341:4
**months** 30:18,19 52:4
209:3,5,7 226:15
**morning** 163:6
**motion** 164:19
**mouth** 319:14
**move** 11:7 13:8 44:21
45:15,20 62:21 69:23
69:25 79:16 83:18
92:25 131:11 189:21
200:13 220:7 289:8
**multipage** 268:21,23
345:23
**multiple** 16:8 166:16
265:17
**multitude** 272:16
**Mummert** 4:22 7:14
**Municipal** 80:13
**municipalities** 73:2
204:13,16,21
**municipality** 60:5,7
61:7 81:4 89:23
97:16 138:13,16,21
138:25 139:8,10
195:12,22,25 204:8
257:22
**mutual** 340:3,10

---

**N**

**N** 3:2 4:2 8:13,13 145:2
145:2,2,4,4 344:2
**name** 7:14 9:11 20:10
41:9 110:22 150:8
151:18 154:14 157:4
157:6 172:9,18,20

190:3,7 193:5,11
194:11 196:5,8,11
201:5 202:9,22
205:14 208:16 224:24
228:20 229:4,14
230:6 273:14 274:18
276:8 277:20 281:12
281:22 282:3,9,13,15
284:3,14 292:20,22
293:18 296:7 303:4
308:17,24 312:5,24
314:22 316:13 341:16
343:8,4
**named** 229:20 273:22
289:2 318:16,19,22
**names** 111:12 112:21
151:21 181:14 189:17
193:2 194:5 195:3
233:9 272:8 276:8
279:17 291:6 299:14
303:13 308:14 312:4
317:13
**Naomi** 307:19
**Nassau** 41:10
**Natalie** 1:9 3:18 114:5
**nationalities** 86:20
**nature** 29:4 119:8
120:19 128:8,10
147:21 243:21,24
244:6,10 245:8
247:20,21 251:13
253:24 273:10 282:2
291:5 293:4 315:12
315:21 327:11
**necessarily** 41:25 58:21
291:11
**necessary** 29:13 63:13
67:4
**necessitate** 104:4
**necessity** 215:13
**need** 22:24 27:10 28:19
30:10 42:23 65:12
69:2 78:23 94:15
98:15 100:20,21
103:4,13 105:14
106:16,23 107:22
129:21 141:4 161:5
162:4 181:5 240:10
247:2 272:24 284:24
299:11 312:16
**needed** 29:17 116:16
130:19 179:8,11
180:6 205:11 208:6
246:24 277:3
**needs** 63:20 120:23
222:5 256:7 296:10
296:12 300:16,21,23
301:6
**negative** 132:15

**neglected** 174:14
308:21
**negligence** 119:21
120:4
**negligent** 119:11
121:11
**neighborhood** 10:10
**never** 99:16 148:21
175:12 185:17 230:15
244:11 265:21,22,22
287:7 304:13 328:15
340:13
**new** 1:2,20 2:10,12 3:7
3:7,13,21 4:7,16 7:12
8:24 61:3,3 74:21
80:13 94:13 97:2,9,14
97:16 104:21 105:10
106:11 107:8 119:4
165:21 167:14 197:15
201:17,18 212:16
259:5 300:21 317:22
328:12 343:3,5,8
**newspaper** 38:16
**nod** 10:25
**Nofi** 1:4 253:6 265:3,7
265:25 321:12 324:20
325:4,17 329:3
335:16 336:21
**non-compound** 134:6
**non-employees** 32:9,16
32:17,18
**non-full-time** 88:14,16
88:18 91:3,10
**non-hiring** 218:23
**non-law** 54:16
**non-police** 54:12 92:6
**non-rehiring** 321:22
**non-reporting** 299:25
300:2
**non-temporary** 243:23
**normal** 116:18
**normally** 188:11,19
207:9
**Notary** 2:12 5:13 8:15
343:7 348:25
**notate** 295:4 296:5
**notation** 224:4 300:13
302:17 315:10
**notations** 271:5,6,8
272:20 290:16,17
291:16 292:4,4,5,9
294:8,13,14 297:7
299:5 300:10 302:11
302:11 314:18 315:7
316:9
**note** 19:20 40:22 80:6
80:21 98:2 143:8
147:22 271:21
**noted** 131:21 134:17

144:13 145:3 146:7
167:11 194:14 197:20
206:19 223:8 224:5
270:16,17 291:25
295:13,15,16,18
342:17
**notes** 49:11 210:4,6
261:12,15
**notice** 42:24,25 43:4
172:8 205:13 325:9
338:9,18
**noticed** 321:8
**notification** 155:8
193:13
**notified** 123:5 154:21
155:2,24 156:3 222:6
235:8 237:2 335:18
**notify** 155:3 235:10
236:25 242:17 266:13
**notifying** 205:9 268:15
**notwithstanding** 99:8
180:24 229:19
**Novikoff** 3:22 8:5,7,19
9:4,17 11:4,9,18,23
12:13 13:10 14:5,9,18
14:22 15:13 16:7,20
17:21 18:4 19:13,18
19:19,25 22:5,13
23:19 24:7,25 25:12
29:10 31:2,13,25
32:15,23 33:8 34:8,11
34:16 35:16 36:15,17
36:19 37:8,16,18
38:15 40:16,19,22
41:15,21 42:9 43:19
44:16 45:4,8,11 46:13
47:2,22 48:8,24 49:10
49:20 50:7,22 51:13
53:2 55:13,16 57:22
59:11 60:20 62:3,5,8
64:10 65:7,23 66:19
67:12 68:21 69:22
70:3,13 71:10,15 72:4
73:5,8,14,21 74:20
76:21 77:4,9 78:17
79:8,13 80:6,21 82:19
83:21 84:13,21 85:23
86:19 87:17 88:4,10
88:21 90:9,11 91:4,18
91:24 92:14 93:4,7,23
94:17 95:3 96:23
97:7 98:2,6 99:5
100:6,16,25 102:4,17
103:21 105:3,16
106:4,19 107:5,11
108:21 109:9 110:12
112:18 113:4,21
114:12 115:23 117:20
119:23 121:6,22

123:7,19 124:4,9,16
125:4 128:11,20
129:3,14 130:9
131:12 132:18,24
133:9 134:18 135:18
136:19 138:3,10,19
138:23 139:17,20
140:4,13,18 141:15
142:19 143:8 145:25
146:12 148:6,18
149:13,17,23 150:19
152:12,21,24 153:2
154:2,12 155:5 156:7
159:11 161:2,22
162:16 163:17 164:13
164:18 165:3,10
166:8,16 167:10,18
167:20 168:12,19
169:13 170:7 171:5,8
172:13 173:6,18,22
174:4 175:2,24
176:23 178:4 181:2
182:4,14 183:14
184:16 185:13 187:21
188:9 189:9,16,19
190:17,22 191:6,12
191:23 192:5,12
193:17 194:12,19
195:19,24 196:10,20
197:24 198:7,16,18
198:22 199:3 200:9
200:10 201:6,11,16
203:2 204:22 206:9
207:20,23 210:3,11
211:5 212:19 213:6
213:22 215:6 216:5
217:4,19 218:21
224:6 225:11,23
227:14 228:3,8,13
229:18 230:21 231:4
231:9 232:7 236:18
238:3 239:12,19,22
239:24 240:6 243:9
246:18 250:2,14
252:11 253:6 254:23
255:20 258:9,24
263:3,16 264:3,9
266:20,25 267:4
273:25 281:2,8 284:8
284:22 285:4,16
286:8,17 288:6,10,22
289:10 293:19 294:3
294:20 295:21 296:25
297:3,13 304:12,18
305:6 318:7 338:3
341:20 344:5
**nub** 89:7
**number** 7:6 15:16 40:7
46:8 56:24 63:2

113:14 122:13 132:25
157:15,19 171:17,19
176:10,13 181:25
184:8,10 190:14,18
190:25 191:4 199:17
199:23 200:2 203:22
203:24 219:9 221:12
222:20 228:21 235:23
253:13 280:6,8
292:20,23,23 293:20
301:18,20 303:22,24
307:5 314:10 316:12
316:17,19,23,24,25
317:5,6,10 344:25
345:3,5,8,13,15,17
346:6,14
**numbered** 47:11
220:19,22 345:19
**numbers** 141:24 187:2
187:4 268:22,24
269:17,20 289:22,25
293:3 298:19 305:10
305:13 309:13 313:15
313:18 316:15 317:14
317:20 345:24 346:3
346:9,24
**numerous** 64:17 99:17
340:7,18
**NYS** 159:14,16,20

## O

**O** 8:13 145:2,2,2,4
**oath** 9:15,18,20,24
**object** 12:13 16:23
17:23,24 18:4 35:10
35:17 49:12 53:20
55:23 59:23 70:15
74:25 76:22 84:14
87:6 90:4 96:6 98:19
99:6 100:17 109:21
131:3 132:4 143:13
163:22 165:8 169:11
169:16 188:9 192:14
192:16 193:7 207:23
213:14 238:8 240:2
**objected** 70:5
**objecting** 12:19 77:21
133:24 134:2
**objection** 11:13 14:5,9
14:16 16:7,20 17:5
19:4,23 22:5,13 23:19
24:25 25:12 30:23
31:5,25 33:8 34:8,16
34:24 36:11 37:8,16
38:15 40:23 41:13,21
42:8,9 43:19 44:9,19
45:4,5 47:22 48:16,24
49:20 50:7,22 53:2
54:10 55:6,14 57:22

59:11,23 64:3 66:19
70:3,13,22 71:10,16
73:8,14 74:19 76:21
77:4,5 80:6,21 81:13
82:16,20 84:25 85:23
86:3,12,21 87:17 88:4
88:21,22 91:18,23,24
92:7,14,15,24 93:4,23
97:7 98:2,6 100:6,25
101:2 102:4 103:21
103:22,25 105:3,16
106:19 107:5,11,12
107:15 108:21 109:8
109:9 110:12 112:18
113:21 114:12 115:23
117:20 119:23,24
121:6,22 123:8,14,19
123:24 124:9,16
128:7 129:14,15
130:9 131:20 133:7
134:17 135:18 138:19
138:24 148:18 149:13
149:17,23 150:14,20
152:12,21,24,25
154:2,3,12 156:7
160:17,23 162:16
163:5 165:3 166:2,10
167:10,17,18,20
169:13,18 171:8
173:6,18 175:2 181:2
182:4,14,15 185:7
187:21 194:12 195:16
195:24 197:14,18,21
198:3,8 200:21
204:10 206:9,18
210:11 211:5 212:19
215:4,6 216:5 224:6
225:11 227:6 228:3,8
231:25 236:10,18
237:9 238:3 239:12
239:19 241:23 246:8
250:14 252:11,12
254:2 258:2,10
262:25 273:25 281:2
285:19 288:4 294:3
295:21 296:25 297:2
**objectionable** 62:19
**objections** 5:8 12:23
19:21 56:14 78:3,15
78:19,21 92:3 134:16
135:3,9 139:21
192:11
**objective** 340:4,6,19
**obligated** 9:16
**obligation** 255:2 257:2
257:9,11,13 258:4,23
**obligations** 254:5
256:12,15 258:7,16
258:18 329:21

59:11,23 64:3 66:19
70:3,13,22 71:10,16
73:8,14 74:19 76:21
77:4,5 80:6,21 81:13
82:16,20 84:25 85:23
86:3,12,21 87:17 88:4
88:21,22 91:18,23,24
92:7,14,15,24 93:4,23
97:7 98:2,6 100:6,25
101:2 102:4 103:21
103:22,25 105:3,16
106:19 107:5,11,12
107:15 108:21 109:8
109:9 110:12 112:18
113:21 114:12 115:23
117:20 119:23,24
121:6,22 123:8,14,19
123:24 124:9,16
128:7 129:14,15
130:9 131:20 133:7
134:17 135:18 138:19
138:24 148:18 149:13
149:17,23 150:14,20
152:12,21,24,25
154:2,3,12 156:7
160:17,23 162:16
163:5 165:3 166:2,10
167:10,17,18,20
169:13,18 171:8
173:6,18 175:2 181:2
182:4,14,15 185:7
187:21 194:12 195:16
195:24 197:14,18,21
198:3,8 200:21
204:10 206:9,18
210:11 211:5 212:19
215:4,6 216:5 224:6
225:11 227:6 228:3,8
231:25 236:10,18
237:9 238:3 239:12
239:19 241:23 246:8
250:14 252:11,12
254:2 258:2,10
262:25 273:25 281:2
285:19 288:4 294:3
295:21 296:25 297:2

**OBPD** 267:23 323:10
323:15 324:22 325:6
338:13
**OBPD's** 265:9
**obstruction** 325:11,21
**obtain** 137:17 169:7
**obtained** 42:21
**obtaining** 38:18,20
**obvious** 218:6 220:4,7
**obviously** 10:25 66:6
167:21 174:12
**occasion** 111:13 113:24
114:7 115:2,4 116:5,6
116:12 139:15 230:11
231:5 232:20,25
233:11 234:3
**occasions** 9:23 113:15
239:6
**occur** 114:17 168:3
208:21
**occurred** 132:17
218:23 232:11
**Ocean** 1:7,10 3:18,19
4:5 7:9 16:5 17:12
18:11 51:21,24 52:7
52:14,18,23 54:3,8,13
54:22 55:4,9,20 56:16
59:9,16,19 60:3,3,4,5
60:17,21,23 61:6
63:24 65:22 66:3,13
66:23 68:14 69:11
70:11,21 71:6,25 72:5
72:8,11 74:2,7,13
81:8,16,21 84:11,15
85:4,22 86:18 87:22
88:19 89:22 90:13
91:5 93:17,18,21 97:6
97:17,20,22 98:15,17
99:23,24 100:2,5,21
100:24 101:23 102:3
103:16 104:23 105:12
106:17 110:9,10,23
111:8,15 112:2,4,13
113:25 114:6 117:19
118:5,21 119:3,9
121:3,5,11,20 122:25
123:13 124:5,14
125:16,17 127:15
135:25 142:17 143:5
143:18 144:6 148:17
148:20,25 149:2,5,15
149:21 150:13 151:18
152:3,7,9,11,18,20
153:6,9 154:8 156:3
156:18,25 157:15,18
162:23 163:3 164:21
164:23 173:3,13,16
173:24 174:23 175:10
176:10 181:24 182:12

184:7 186:25 190:14
190:25 199:23 201:16
201:18,19 202:5
205:19,25 206:8,22
209:13 210:25 212:11
212:14 221:11 222:19
223:24 224:5,15
226:9,15 236:16
247:15 251:14,22,25
252:2 254:21 266:3,4
268:21 269:17 272:19
278:8,19 279:8
283:16 286:18 289:3
289:23 298:10,14
307:23 309:20 313:15
314:10 322:6,23
329:23 332:2 348:3
**October** 225:7
**office** 15:9 32:21,25
40:3,6 41:8 110:23
111:2 114:13 116:15
116:18,25 117:13
151:21 201:14 208:16
230:11 231:7,12
232:20 233:6,7,25
241:14 249:20 250:3
254:14 255:11 256:7
256:14 260:12 284:16
284:17 335:17
**officer** 6:11,13,24 7:2
16:2 18:21 19:17
22:8,11,16,25 23:16
23:23 24:4,6 25:5,10
25:16 26:2 30:21
31:8 43:11,16 44:4,25
54:2,12,18,19 55:18
56:3,11,12,16,20,23
57:9,13,21,25 58:5
59:2,6,8,15,19 63:10
67:25 68:18 70:11,21
71:6 72:9 74:2,7,13
80:12 84:11 85:22
86:5,7 87:15,22 88:7
89:3 91:22 92:6,12,22
93:15,18 94:13 97:3,6
97:18,20,22 98:11,14
99:25 100:10,19
101:22 102:3,15
103:15,17 104:23
105:7,9,12,20 106:13
106:17 108:9,10
109:4 126:21,25
127:5,25 128:3 129:8
142:7 157:11 158:16
160:6,10 162:21,23
163:10 173:3,14,16
174:23 175:3,5,6,18
179:18 185:12,18
189:3,5,8 201:4 207:8

217:18 218:2,4,17
219:6 222:4 224:25
225:5,9 226:15 227:2
234:6,16 240:12,14
240:18,21 242:3
244:7 246:15 251:9
251:23 259:22 265:6
265:24 271:18 274:23
279:2,8 281:13
288:23 296:9 314:23
314:25 315:14,15
317:2,4 336:22 337:3
338:8,12 344:17,22
**officers** 43:23,24 56:25
57:3 58:2 63:25
65:14,21 66:4,12
77:15 81:16 86:9,10
86:17,24 87:3,14,19
88:16,19 89:20 91:3
91:11 108:4 116:16
116:23 127:15,17
142:17 143:5,17
144:5 179:5,8,13
180:6 183:9,16 185:9
185:16 208:3,19
226:9 230:10 231:6
231:11 232:19,21
233:10,19,22 235:11
235:14,23 236:5,16
236:23 237:6,13,16
237:23,24 238:25
239:8,10,17 240:14
240:15,25 241:4,13
241:17,21,25 242:18
243:7 244:25 245:14
245:19 246:7 247:2,5
247:10,12 248:15
251:14 252:2,7,9,24
253:14,18 259:13,17
260:12,14,17 262:4
262:14,21 265:3
267:23 268:11 307:22
308:4 309:19 311:16
311:18 317:7 321:11
323:9,15,19,23
324:19,20 329:3,24
335:11,16 336:21
**officer's** 207:9 272:8
**offices** 2:8
**official** 1:9,10,12,15
318:20 322:4,14,16
322:17,17,22
**officially** 309:6,9
**Oh** 265:16 267:9
**okay** 9:5,10 12:5,6
14:22 19:19 31:15
34:5 36:5 40:19
43:10 44:17 45:20
48:8,20 49:17 56:4

57:24 58:9,19 60:22
61:16,25 72:4,22
75:24 78:13,21 83:6
83:12,13 85:8 87:10
88:15 96:11 101:20
103:10 120:18 124:20
126:18 133:4,25
140:25 151:8 157:25
163:23 165:17 176:19
176:24 178:15 184:19
187:10 191:12 196:4
196:10 199:19 213:21
214:18 220:2 226:7
226:24 239:6 255:24
256:17 257:13 264:20
266:17 268:3,9
289:20 295:25 303:3
303:19 304:18 309:10
312:23 333:5 342:8
**Old** 4:6
**older** 253:4,9
**once** 102:12 109:14
114:23 170:4,7 210:2
214:16 233:3 238:3
**ones** 303:15
**one-page** 157:14,17
171:16,18 176:9,12
184:6,9 190:13
199:22,25 203:20,23
221:11 222:18 280:4
280:7 301:16,19
303:20,23 307:4
344:24 345:2,4,7,14
345:16 346:5,13,15
**On-the-job** 50:15
**open** 57:5 126:8,11,12
126:14,15
**opine** 189:10
**opinion** 69:8 75:21
77:19,22 121:11
163:25 266:3 322:21
326:12,14 327:22
328:5,11 333:21
**opinions** 11:10 78:8
**opportunity** 314:3
**opposed** 17:21 57:6
60:12 77:9 126:8,14
155:5 271:2 291:13
**option** 194:25
**oral** 27:12,14 28:7,17
29:21
**orally** 10:24
**oranges** 101:13 105:22
**order** 28:22 29:18
63:22 89:3 98:9
162:18 174:15 186:12
194:6 270:25 334:23
**org** 147:23 148:6
**organization** 6:4,6

47:25 148:8 344:15
**organizational** 46:11
**organize** 181:13
**organized** 310:15
**original** 32:14 96:19
**originally** 299:21
**outcome** 343:18
**outgoing** 118:14
**outside** 22:4 32:20 55:9
104:21 105:10 106:12
110:6 151:10 225:21
**oversee** 159:22
**overseeing** 158:14
322:5,22
**overt** 340:7,18
**O'Brien** 3:10 8:10
**o'clock** 141:6 318:14
**O'Neil** 8:10
**O'NEILL** 3:10

---

## P

**P** 3:2,2 4:2,2 280:6,8
281:10 293:14 302:17
302:19 303:22,24
305:10,13 346:6,16
346:18
**page** 10:18 15:14 58:23
58:25 142:10 143:9
143:11,23 172:9
187:22,22 188:11,12
188:18 189:7 190:2
210:4 217:16,17
219:10 226:19 270:6
270:21,22 271:5
273:2,4,20 274:2
275:7 290:14 291:6
291:15,18,23 293:20
297:10,11 298:21,22
299:3 300:8,10
305:21 312:5,24
314:16 316:7 317:12
320:10,12 338:25
344:3 348:4
**pages** 187:25 188:16
263:23 270:2,4 290:8
290:11 296:17,22,24
297:7 298:24 314:13
**paid** 176:2
**panel** 145:17,20 146:24
**paper** 32:4 309:4
**paperwork** 150:16
230:6 275:11
**Paradiso** 113:6,9,20
208:15,23 209:17
211:13,16,22 212:4
221:20 278:8,12
**paragraph** 160:8
165:19 263:25 264:8
265:18 266:15 307:17

320:24 321:9,10
322:9 323:25 324:8
324:18 328:25 330:14
331:8 332:8 333:10
333:18 334:4 335:15
336:9 338:24 340:2
**paragraphs** 267:7
319:23 320:7 321:2,5
**part** 32:13 92:17
109:12 117:4 145:11
153:6,21 158:13
188:12 206:6 207:5
209:13,17 210:25
211:2 214:5 219:11
240:10,11 251:16
256:19 266:24 280:21
288:19 313:5 321:10
331:7 332:17 333:17
**partial** 59:23
**partially** 190:4,8
**participate** 70:24
**participates** 86:23
**particular** 25:19 26:13
66:21 119:20 132:11
134:12 156:11 158:2
188:8 200:23 226:5
228:19 237:3 243:3
342:3
**particularly** 71:16
265:6
**particulars** 140:16
**parties** 5:4 19:22
343:16
**party** 19:21
**part-time** 6:24 7:2
59:18 88:25 142:7,12
142:16,20,22,25
143:4,16,17 173:13
173:16 225:5,10
244:6 247:12,13
293:7,25 294:4,6
344:22
**part-timer** 177:25
**part-time/seasonal**
142:20
**pass** 63:21 77:15 98:7
106:23 107:23 202:17
236:23 311:2
**passed** 91:15 98:12
99:9,20 104:7 131:25
132:6 177:24 179:13
203:9,13 302:21,25
309:23 310:23 311:4
313:5
**passing** 98:20
**Patchogue** 26:4
**patently** 131:13,15
**patience** 341:12
**Patrick** 172:7 173:3,10

173:15 174:18,22 175:13,14,16,22 303:4,6
**Paul** 177:22 178:5,15
**pay** 123:11,16
**paying** 197:4 252:22 326:3
**payroll** 288:25
**peace** 31:8 43:24 56:3 56:11,12,15,20,23 57:13,21 58:2,5 59:8 77:14
**Peck** 146:15
**Pelc** 145:23 146:8 172:6,23 245:24 302:6
**pending** 13:14 78:25 79:18 134:4 202:9,23 303:9
**people** 32:20 44:3 45:3 110:15,16 112:25 175:21 180:15 181:12 194:5 195:10 196:25 215:9 219:19 237:3 258:16 268:7 275:24 277:6,8,12 287:16 299:20 301:8 302:8 308:6 323:3 341:2
**percent** 34:4 245:19 250:23 283:12 302:6
**perfect** 242:7
**performance** 37:5,9,12
**performed** 81:11 106:22 188:8
**period** 24:22 30:2,18 37:24 39:7 40:9 51:25 66:17 111:22 143:18 144:6 181:8 194:8 210:9,24 211:16,19,21 308:12 308:19 321:22 329:24 332:6
**periodically** 212:2 317:21
**permanency** 244:9,12
**permanent** 105:19 126:20,24 127:16 128:3 238:17 243:20 244:4,8 248:9 327:10
**permanently** 127:11
**permit** 13:7 123:17
**permits** 108:4
**permitted** 108:9 212:15 212:24
**persist** 82:4 95:22 96:5
**person** 77:10 91:17 92:4,5,20 93:14 94:11 96:24 97:5,17 101:20 103:13 104:22 109:4

110:22 116:11 123:21 124:6 132:6 136:19 137:9,11,11,14 151:5 151:18 154:22 155:9 156:20 167:22 169:14 179:17 183:25 186:12 186:20 206:3 208:19 222:11 230:22 249:23 261:2 285:12 287:8 287:11,13,16,19,20 295:9,23 311:23 317:9 337:22 341:24
**personal** 33:22 35:25 75:20 76:17 77:18 130:6 177:19 221:2,4 345:21
**personally** 30:22 31:24 206:25 229:3 252:17
**personnel** 24:11,12,19 24:23 25:4,10 26:5,7 26:11,15 27:2,10 28:19 29:8 31:23 33:6 34:15 37:2,6,20 37:25 38:4,5,9,13,21 38:24 46:11 47:9,17 47:20 48:2,13 49:19 49:25 50:14 51:22 52:2,16,25 54:5,23 55:3,22 59:10,16,20 66:18 70:12 84:9 85:20 87:24 88:20 110:9,19 111:6,9,14 111:17,23 112:11,24 114:3,8 115:13 116:18 117:2,15 118:14,19 119:14 120:22,22 121:19 122:3 127:14 128:5 129:5 130:5,18,21,24 135:12 137:19 140:3 142:18 143:6,19 144:7 145:12,18 146:19,21 147:4,9,13 147:14,16,17,19 148:16 149:3,12 152:2,20 153:7,9,21 162:24 166:20 170:11 170:16,24 192:3 194:9 206:6 209:14 209:18 221:21 235:5 241:3 251:9 257:7,15 271:2 275:20 278:9 278:14 281:13 304:20 306:4 313:22,25 322:24 347:3
**persons** 44:6 166:7 195:5,9 214:16 254:6 258:7 268:7
**person's** 91:21 92:11

256:9
**pertain** 103:8
**pertained** 49:24 206:12 248:20 275:20
**pertaining** 110:14 138:6 161:25 173:7 173:10
**pertains** 64:23 159:24 207:20,22 242:21 287:10
**Phil** 7:16 37:21 145:22 147:2 161:4 249:14 249:19 250:3,4,17,24 251:2 261:5,7,25 282:18
**Philip** 1:24 2:11 146:23 166:19 168:5 169:4 170:12 248:25 249:8 343:7,23
**phone** 33:23 113:15 122:10 165:11 208:15 211:14 240:13 249:3
**phonetic** 178:19
**photocopy** 190:4
**phrase** 55:10 82:7 166:12 227:21 323:19 330:20,22
**phrased** 82:5 277:11 325:24
**phraseology** 71:17
**physical** 23:8,21 67:6 68:11 69:5 70:9 91:15 98:8 102:20 173:4 174:12,19 249:20 313:6
**physically** 98:23 180:14 215:18
**picked** 283:13
**picking** 56:7
**picks** 165:10
**picture** 112:3,7
**place** 135:6 204:20 210:10 214:4 233:5 235:20 240:20 241:8 251:4 260:21 266:16
**placed** 31:10 270:11
**placement** 199:11
**places** 91:5 271:22 274:25
**placing** 285:9
**plaintiff** 231:2 339:11
**plaintiffs** 1:5 3:5 7:22 16:4,18 17:11 19:7 53:11 64:9 78:12 229:22 232:8,21 280:5 303:21 305:10 318:25 319:8 320:16 320:22 321:18,22,23 322:3 329:2 330:14

330:15 332:10,18 333:6,11 334:10,16 334:19,23 335:19 336:10,15 338:8 339:6,17,21,24,25 340:12,20
**plaintiff's** 124:2 140:2 140:19
**planned** 62:11
**plans** 266:14
**played** 131:4
**playing** 232:16
**Plaza** 3:20
**please** 7:18 8:12 9:11 11:16 20:11 28:2 46:5 49:19 63:5 66:8 66:9 88:3 92:25 93:12 95:24 96:13 98:4 106:9 125:11 126:6 157:13 165:18 171:15 172:5 176:8 184:5 186:23 188:6 190:12 199:22 203:20 205:7 223:2 243:6 263:24 264:8 267:13 268:20 289:21 305:20
**plenty** 44:11
**point** 11:25 13:11 31:21 45:22 49:7 74:23 89:17 95:19 121:18 127:14 146:18 151:25 152:6 164:8 181:5 228:6 231:10 245:10 246:22 261:16 262:6,14 275:13 330:8
**police** 1:10,11,13 3:19 6:10,13,23 7:2 43:23 54:2,17,19 55:18 56:25 57:25 58:6 59:6,15,19 63:10,25 64:18,22 65:21 66:4 66:12 67:24 68:14,18 70:11,21 71:6 72:9 74:2,7,13 80:12 81:8 81:9,16,22 82:6 84:10 85:22 86:5,6,9,10,16 86:24 87:2,14,15,21 88:7,16,19 89:2,20 91:3,10,13,21 92:12 92:22 93:15,18 94:13 97:3,6,18,19,22 98:11 98:14 99:4,22,23,25 100:10,18,22 101:9 101:17,22 102:2,15 103:15,16 104:23 105:7,9,12,20 106:13 106:17,22,24 107:13 107:20,24 108:4,8,9

108:18 109:4 111:17 112:11,15 116:15,23 125:14 126:21,24 127:5,15,17,24 128:3 129:8 142:7,17 143:5 143:17 144:5 157:11 158:16,24 159:24 160:10 162:20,23 163:9,10 173:3,14,16 174:23 175:3,5,6,17 179:5,18 182:19 183:8,16 185:9,12,15 185:18,19 189:3,5,8 201:4 207:8,9 217:18 218:2,4,17 219:6,6,12 221:24 222:4 224:25 225:4,9 226:8,15 227:2 244:7 246:15 247:12 271:18 274:23 278:8,11,13,17 279:2 279:8,15 282:6 296:8 298:14 307:22 308:3 309:19 311:16,18 314:23,25 315:14,15 317:2,3 329:24 338:12 344:17,22
**Police:Towns** 6:17,19 344:19
**policies** 81:10 253:23 254:9
**policy** 77:17 255:18,21
**polygraph** 46:2 67:7 68:12 69:5 70:9 74:12,17 76:18 77:15 79:23,23 91:14 98:9 202:11,18 296:10,12 303:9
**pontificate** 35:14
**pool** 337:17
**poor** 77:14 182:17 297:5
**portfolio** 209:14
**portion** 200:6 222:7,9 222:10 267:18 288:2 288:11 326:4
**pose** 79:7 258:20
**posed** 36:7 168:9
**posing** 61:20
**position** 15:25 18:20 22:11,15,16,21,24 23:7 27:2,10 29:9,14 29:24 36:14 38:3,23 39:12,19,21 40:5,15 40:20,20,25 41:4,6,12 42:7,12,18,22,24 43:2 43:6,6,7,10,12 44:3 46:3,9,10 47:15,16,21 47:21 48:4 53:5,25 54:2,20,21 55:18

56:15 57:14 59:14,18
63:22 64:16 68:13
69:11,12,17 70:10
71:6,9 81:4 82:15
110:7 118:17 123:12
127:5,10 128:2,10,13
132:2 135:17 137:24
145:12 146:8,13,14
146:17 147:2,6,8,20
154:23 155:13 173:24
185:2 186:3,13 188:8
188:23 189:2 192:22
193:25 197:3,6,13
213:19,20 215:10,22
217:11,14,25 218:3
218:15,16,20 219:5
228:21 238:11,15
243:22,24 244:3,4,7,8
244:14,20 245:9
247:8 248:9 251:2
253:12 273:21,23
274:3,22 278:7,13
316:25 317:8,23
327:5,5 331:22
**positions** 24:24 45:24
52:13,22 53:12,16,23
54:8,13,17 55:2,8,19
56:19 57:24 59:5
60:2,17 62:14 64:8
65:5 147:24 197:9
242:23 243:20 248:21
252:25 311:14 317:6
317:8 327:10 331:6
**positive** 250:23
**possibilities** 99:17
**possibility** 209:25
286:2
**possible** 78:14 110:15
183:20 266:13 268:12
290:19
**possibly** 145:23 181:18
271:12 272:16 282:20
303:10 304:15 313:13
**post** 31:10 201:14
**post-it** 233:13 261:17
261:20,24
**potential** 337:17
**potentially** 165:8
265:10
**pound** 202:23
**power** 44:2 325:12
**powers** 44:24 92:21
**practices** 49:23 60:11
60:12 61:10,11 63:24
**Praise** 231:9
**preceding** 226:22
**precipitated** 200:6
206:13
**preclude** 337:17

**prefer** 135:2
**prefers** 215:9
**prejudice** 135:4
**preparation** 28:9,25
**prepare** 240:24
**prepared** 64:24 224:13
224:15
**preprinted** 136:15
**prerequisites** 213:17
**present** 4:19 19:2 25:9
98:23 117:5 138:6
**presumably** 201:16,19
**presume** 82:5 131:3
188:10 258:20
**presumes** 65:4,8 70:17
86:13 132:13 133:15
**presuming** 97:8 101:13
133:19
**presumption** 12:21
132:21
**presumptive** 129:23
**presumptuous** 9:5
**pretty** 189:23 297:5
**prevent** 334:10,23
**previous** 105:6 237:2
292:21 316:13
**previously** 104:8
118:20 160:8 295:8
305:11
**primarily** 110:10,20
111:4
**primary** 111:10
**principal** 38:4 146:20
147:4,14,16,19
166:20 251:8
**print** 263:22
**printed** 136:22 137:4
263:22
**prior** 16:19 24:3,5,9
38:13,20,24 39:13,22
39:22 40:10 42:5,6,24
52:8 108:10 109:4
112:10 114:19 143:13
229:4 233:21 237:14
238:20 239:4,6,25
240:13 241:4 251:22
**private** 39:5 233:7
**privilege** 263:2
**probably** 206:12
235:18 250:5 252:14
252:22 256:23 272:11
295:22 310:3
**probation** 16:2 18:21
19:17 22:8,11,15,25
23:16,23 24:3,6 25:5
25:10,16,25 30:20
43:11,15 44:3,25
160:5 304:23
**probationary** 105:21

**problem** 120:17 121:2
121:8 124:6,15 275:4
**problems** 117:16 118:4
119:9 120:12 123:2
152:7,9,19 153:9,15
182:12,24 183:8
275:16 310:18
**procedure** 8:23 43:18
43:25 56:22 57:18
58:4 75:11,16 180:18
199:16
**procedures** 114:16
116:22 118:9 159:25
182:18,22,25 327:7
**proceed** 61:23 184:24
**proceeded** 242:12
**proceeding** 59:24 252:6
**proceedings** 34:19 35:6
35:13 36:4,14 37:3
**process** 23:12 29:7,20
86:18 87:9 89:18
109:15 146:4 198:11
**produce** 139:25
**produced** 46:7 62:25
141:23 157:15,18
171:16 176:10 184:7
186:25 190:13,24
199:23 203:21 221:11
222:19 268:21 269:17
280:5 289:23 301:17
303:21 305:9 313:15
314:10
**production** 138:4 148:3
210:18 261:23
**professional** 115:17
**prohibit** 213:11
**prohibited** 179:16
**prohibits** 213:25
**project** 246:23
**promise** 336:10,14,20
**promoted** 147:18,19
**promotion** 43:7
**promotional** 42:21
43:5 125:25 126:2,7
126:10,12 127:12
**prompt** 183:4
**promulgated** 86:2
**proof** 300:23 301:6
**proper** 15:12 75:3
79:14,16 114:14
163:21,25 164:5
168:4,11 180:18,22
180:23 198:23 215:21
236:19 280:2 339:13
**properly** 120:16 123:12
123:22 124:8,10
179:6 285:15 317:24
**proposed** 163:9
**protocols** 10:16 11:6

**protract** 11:11 13:4
**prove** 158:25 159:4
**provide** 94:6 138:22
**provisional** 185:2,3,15
185:23 186:2,13
**provisionally** 186:7
**provisions** 75:11
**psych** 202:10,17
**psychological** 23:9,22
67:6 68:4,6,11 69:4
70:8 74:5 91:14 98:8
100:23 202:24
**psychologist** 68:8
**Psychology** 21:14
**PT** 224:25 227:2
**public** 2:12 5:13 8:15
126:15 148:5 343:7
348:25
**punished** 125:5
**purely** 90:12
**purport** 194:17 263:17
**purpose** 36:18 74:16,20
79:22 80:2 132:23
133:11 192:6,10,13
192:18 218:13 241:18
242:3 283:19 287:12
305:3 328:19
**purposes** 58:8 204:8
**pursuant** 2:10 34:19
86:2 253:23
**pursuing** 84:25
**put** 48:6 83:6,8 134:21
171:12 176:7 184:3
184:23 222:15 223:21
224:10 254:4,15
256:7,15 258:17
269:11 282:15 284:3
284:14 294:15 297:16
301:15 303:19 306:6
308:6 311:23 314:7
**P.C** 3:10
**p.m** 144:13 145:3
342:17
**P.O** 4:15

---

**Q**

**qual** 299:11
**qualification** 46:2
66:12 71:7 72:6
76:16 81:25 128:15
252:8 272:14
**qualifications** 65:18
68:10 69:16 70:7,20
76:19 98:16 125:23
126:16,17,19 127:7
154:18,24 156:15
163:8 186:7 203:9
213:16 214:17 246:13
246:17

**qualified** 99:16 102:12
116:16 154:22 179:6
180:16 213:19 214:13
238:11 245:24 246:7
246:9 338:11,20
**qualify** 28:22 29:18
63:22 105:5 238:25
239:9
**qualifying** 23:25 67:6,9
67:22,23 68:3,11 69:4
70:8 73:25 74:5
91:16 104:7,13
106:21,24 107:19,23
174:14,16 179:7,10
180:7,20 183:11,16
207:8 213:17 236:23
237:8,15 238:2,5,15
245:16,21 246:10
247:3 277:16 296:14
300:16 302:9 312:17
**Queens** 61:5
**question** 5:9 12:2,3,8
12:11,15 13:2,3,14,15
14:18 15:6,12 17:6,9
17:25 18:5 22:20
27:25 28:15 32:14
34:24 35:11 36:7,16
36:21 46:25 47:3,4
48:25,25 49:2,8,12
53:7 54:15 55:7,11
59:24 60:16 65:3,7,24
66:9,10 69:20 70:2,6
70:17 71:17,22 74:24
75:3 76:3,5,12,23
78:25 79:16,17,20
80:15 81:15 82:17
84:14,22 85:3,8,13,18
86:13 90:12 91:25
92:8,17 94:6,11,18,21
95:14,16 96:5,7,14,19
96:22,23 98:19 99:7
100:13,17 101:3
102:8 105:18 106:2
108:22,24 109:11,22
113:2 115:21 119:18
121:24 123:18 124:21
125:21 129:4,22,23
130:2,10 131:8 132:7
132:12,25 133:5,8,15
134:4,15 135:16,19
139:12 142:13 143:2
143:14 154:3 155:14
156:9 159:13 161:24
162:4,9,11 163:19,21
164:11,15 165:2,6,8
165:13 166:12 168:4
168:8,8,11 169:12,17
174:2,5,7 184:17
188:10,11 189:13,25

192:13 194:18 200:17
201:8 206:16 211:7
214:19 225:24 227:15
228:9,11 229:16
230:12 236:20 237:21
238:8 239:20 243:10
250:21 251:6 254:12
255:8,17,17 257:4,9
257:19 258:13,25
259:11 264:14 267:12
269:25 279:9 284:23
289:11,13 297:6
298:21 303:12 305:16
313:13 321:7 327:21
339:2,3
**questioning** 78:4,5
133:18 337:8
**questions** 10:15 13:9
14:8,10,11,14 20:21
28:5 45:17 50:10
58:18 60:24 61:20,23
71:3 76:6 78:9,22
79:11 80:7 81:5 82:4
82:8 83:9 87:7 90:4
95:22 96:2,13 102:25
106:9 131:3,14,18
133:3 134:6 135:8
138:5 164:21 166:13
169:25 170:22 171:4
171:6 191:10 198:12
213:14 227:22 232:14
250:25 251:13 258:6
258:20 267:14 285:2
310:11 318:2,12
319:21 320:7,21,25
329:18 333:6,17
336:3 338:6 342:12
**quips** 62:19
**quite** 53:8 75:12
**quote** 98:21 322:3
330:15,16,17 331:8,9
333:11 338:11,11

**R**

**R** 3:2 4:2 145:2 343:2
**Radler** 3:16 8:7
**raise** 12:23
**raised** 310:11 331:8
**raising** 331:14
**rankings** 279:24
**rash** 19:14
**read** 16:19 17:2 27:24
28:3 51:18 144:2
161:12 167:12 184:18
190:17,19 211:6
239:19,21 264:8,13
266:25 267:3,18
283:25 284:4,5,6,21
285:7,9 292:14,15

313:3 325:14 336:19
**reader** 162:3,5
**reading** 264:15,20,22
264:23 267:4
**reads** 159:9
**ready** 4:4 141:21
**realize** 55:7
**really** 17:9 31:16 45:14
67:20 92:9 119:17
199:3 219:19 259:8
262:5 272:5 275:17
275:17 287:7,17
**reason** 14:6 42:2,17,20
132:7 165:7 200:15
239:11 241:25 242:2
258:19 272:12 277:17
285:21,24 324:12
325:25 326:5,8,19
327:12,13,14 342:3
**reasonable** 333:6,12
**reasonably** 332:18
**reasons** 99:12 272:17
326:12 327:2
**recall** 10:5 16:10 17:14
28:4 29:4 30:17
41:11,19 42:14 52:6
52:12 53:16,25 54:9
54:20 59:12,13
113:18,19,22 115:7
118:10 119:7 127:19
130:23 131:22 145:19
147:2 148:9,12 152:5
153:17,19 155:13
156:11 167:5,7
171:10 172:22,25
174:9 176:21 177:4
178:2,8,21 179:21
180:2 181:7,20 182:7
182:10 183:6 190:15
192:24 205:15,18
206:2,5,20,23 208:7
208:10 209:2 210:23
211:23 212:6,7 217:5
217:8 221:19,22
223:15 230:4,16
231:13,14 233:9,17
234:2,6 235:14 236:3
239:14 240:3 241:7
241:10 242:9 247:17
250:11 251:12 252:13
252:19,21,23 253:17
259:12,24 260:9
261:7,19 262:2,7,16
262:19 268:10,13
271:4 272:10,18,21
273:9,15 275:11
278:7 282:5,10,23
283:25 284:4,5,6
285:7 290:15 294:7

297:8 299:20 300:19
303:5,8 304:6,11
310:2 312:8 324:4
325:22,25 331:12
**recalled** 336:6
**recalls** 304:13
**receivable** 41:17 42:3,4
**receive** 37:5,11 199:13
208:8
**received** 159:9 173:12
221:20 297:8 338:9
338:18
**receiving** 172:22
208:10
**receptionist** 165:4
**recess** 27:19 84:5
122:22 144:12 220:17
263:8 297:24 306:11
**recognize** 63:5 125:8
142:3 176:20 191:18
205:4 273:7 278:21
279:10,13,25 286:7
286:11 290:8 292:5
300:9 301:25 305:17
307:8 314:17 316:8
**recognized** 80:13
**recollection** 52:22
66:21 155:18 231:22
232:4 242:7 321:17
321:21 336:4
**record** 9:12 10:23,25
19:3 27:16,18,21 28:2
28:3,16 34:25 36:22
46:13 58:8 84:4,7
122:19,21,24 126:19
134:21 135:6 140:10
140:12,17,24 143:9
144:9,11 145:9
147:22 148:5 184:18
190:18,19 194:13
201:6 220:16 221:8
227:13 230:20,22
239:21 263:4,7,15
264:8,16 266:25
267:3,5 297:23 298:8
302:4 306:10,25
307:3 314:9 336:19
342:16 343:13
**recorded** 135:25
**records** 140:3 158:13
158:23 207:14,16
208:3 227:18 241:4
275:20 309:21 311:18
317:23
**recourse** 265:9 266:6
266:10,14 268:12,14
334:11,24 335:5
**redundant** 19:23 31:16
**refer** 57:5,16 128:9

185:6
**reference** 172:12
194:21 226:10 237:25
238:5,19 324:8
**referenced** 68:4,10
159:6 174:20 212:17
213:2 215:2
**references** 221:24
**referred** 66:22 119:10
130:6 131:24 135:13
161:19 210:8 231:12
**referring** 27:6 32:3
34:3 49:6 63:14,18
64:12,13 80:16 86:4
88:12 90:22 99:2
108:17,19 117:8
120:19 135:24 142:21
148:12 149:2 159:5
165:24 177:4 178:3,5
178:9 186:17 190:5
193:2 195:8 202:12
202:14,25 265:19
267:15 270:14 271:14
276:9 283:23 289:4
289:15,18 292:24
295:15 296:21 308:2
310:17 320:7 326:22
326:25
**refers** 35:7 63:19 67:9
128:8 224:14,21
226:8 288:7,12
323:22
**reflect** 46:14 47:8 48:3
66:11 147:24 201:7
205:12 215:23 230:20
230:22
**reflected** 137:22 147:25
216:7,10
**refresh** 155:18 231:22
321:16,20
**refreshes** 232:3
**regard** 87:7 200:10
208:18 243:16 250:22
259:4 309:22 321:21
324:3,3,8,16 326:6
327:15 328:3,6,11,12
329:20,22 331:7,13
333:17 335:4,11
336:3 339:4,23
340:15
**regarding** 81:11 166:7
242:22 325:10,20
340:4
**regardless** 68:22
**regards** 26:10 28:5
49:23 111:17 116:15
116:23 118:8 163:15
172:7 182:17,19
230:11 234:22 244:16

245:21 248:20 287:13
287:18 300:6 302:9
310:22 331:5 339:14
**registered** 287:21
**registrant** 287:9 288:19
**registry** 221:24 282:6
**Regular** 8:19
**regulation** 52:24 55:22
**regulations** 51:14 54:4
59:9 72:13,22,24 73:4
74:23 85:25 103:25
216:8 255:5
**rehire** 232:13 238:16
239:5 242:19 248:11
248:15 268:18
**rehired** 234:23,25
235:12,23 236:6,16
237:7,11,17,25
238:13 239:11,17
244:2 248:8 252:2
326:17,18 335:12
**rehiring** 243:14
**reiterated** 330:10,11
**reject** 286:2
**rejected** 216:13 217:2
217:15,23 218:2,5
219:7
**rejection** 219:16
**relate** 188:25
**related** 64:15 68:19
343:16
**relates** 44:13 188:24
288:3
**relation** 135:14
**relationship** 336:23
337:9,12,15,24
341:25
**relative** 182:2
**relay** 325:4
**relayed** 272:11 324:21
**released** 284:17 315:15
**relevance** 30:24 32:16
146:3 162:2,6 236:2
**relevancy** 161:23
**relevant** 44:12,21
131:19 160:25 166:13
240:9 245:8 246:19
247:4 252:15 259:8
285:8 287:17 326:9
**reliance** 333:12
**Relieve** 315:23
**remain** 213:20 244:22
265:4
**remained** 331:25
**remains** 248:7
**remarks** 135:5
**remedied** 120:17
121:12,14 124:13
**remedy** 215:19

**remember** 16:9 26:17 30:15 40:7 41:9 110:22 112:6 114:18 116:7,8,10 151:19,21 151:25 154:15 155:12 156:14 157:7,9,11 170:14 173:11 174:21 174:25 180:5 181:19 208:22 210:12,13,17 212:3 221:18 222:12 233:13,14 234:11 241:15 253:3,5,13 277:11 278:6 302:20 313:11 326:2
**rendition** 198:5 199:8
**renew** 131:12 145:25
**repeat** 16:25 70:6 84:21 227:16 294:23
**repeated** 325:10,20
**rephrase** 12:4 76:12 85:3 92:8 131:7 152:14 164:11 237:20
**replaced** 111:3
**report** 49:25 120:15,16 138:25 221:2,4 227:8 227:10 270:25 300:4 308:21 313:22,24 345:20 347:2
**reported** 1:24 38:6,10 120:24 123:12,22 124:8,11,18 129:6 138:13 149:3 150:22 153:5,8 277:13 295:2 295:6 305:25 309:4,7 309:9 310:25
**reporter** 7:16 8:12 10:21,24 27:24 28:13 157:13 171:15 176:8 184:5 186:23 190:12 199:21 203:19 221:10 222:17 268:19 269:15 280:3 289:21 298:17 305:7 307:3
**reporting** 7:15,18 111:5,9 114:16 118:9 119:9,12,16 120:5,12 120:19 121:2,10,11 121:21 123:2,6 124:13 148:11,14,16 148:23 149:11 150:7 152:7,9,19 153:9,14 182:11,18,22,25 183:4,8,11 225:17 277:7,13 306:2 310:18
**reports** 183:15
**represent** 134:20 232:7
**representation** 83:17 232:6 329:9

**represented** 14:24 19:6
**representing** 7:22
**represents** 316:25
**requalification** 104:4
**requalify** 100:20 102:11,15 103:14 104:25 105:15 106:16 107:9
**request** 138:4 140:19 193:25 195:2,5 196:2 199:12 205:21 218:3 218:5,11,14,19 219:5 219:7,22
**requested** 215:11 218:5 307:18,23
**requesting** 216:4 219:12
**REQUESTS** 344:7,11
**require** 101:7,8,10 257:14
**required** 45:25 70:19 71:7 72:5,11 80:11 82:11 91:12 93:19 94:2 97:11 98:7 99:20 104:12 127:7 132:5 162:18 202:17 215:14 232:5 257:6
**requirement** 67:14,16 70:16 88:25 160:11 160:14 162:13,22
**requirements** 22:23 23:13,18 28:18 29:8 29:13,24 54:22 63:13 63:20 66:12 67:4 68:9,12 73:13 76:14 76:16 84:10,16,17,20 85:5,9,14,21,24 87:21 87:23 88:3,17 89:9,12 89:15 90:6,14,15 92:5 97:10 101:5,17 121:21 123:6 163:3 170:23 179:19 197:9 204:20 214:12 248:13
**requires** 85:7 214:6
**requiring** 74:17
**research** 95:9 255:6 311:3 312:2
**reserved** 5:9
**residency** 204:7,12,15 204:19
**residents** 195:10
**resign** 276:15 291:13
**resignation** 275:2
**resigned** 274:19,21 277:22
**resigning** 278:2
**Resources** 6:4,6
**respect** 48:18,22 71:8 71:13 88:15 90:5

95:24 108:3 110:17 112:14,15 119:15 120:5 121:3 167:6 182:24 183:8 185:8 185:11,15 204:6 213:8 237:13 238:24 239:4 246:10 251:25 252:10 262:3 274:17 288:18 292:8 311:10
**respectfully** 304:15
**respective** 5:3
**respond** 134:23,25 163:19
**responded** 69:21
**responding** 135:5
**response** 119:21 120:4 216:16 245:2 321:7 329:2 341:20 342:9
**responsibilities** 25:21 47:5,8 105:24 119:15 153:7 207:5 208:4,13 209:9,17 254:15 256:8,19
**responsibility** 52:7 65:9 129:17,25 137:8 163:22 207:6,11,12 207:18 268:2
**responsible** 26:14 41:18 42:2 43:15 64:14,21 71:5 73:18 108:7 109:20 207:14 207:16 208:2 267:21 267:24 288:23 322:5 322:15,22 323:8,13
**rest** 208:5 267:6 314:20
**result** 43:3
**resume** 102:14
**resumed** 145:4
**retain** 154:25 186:13
**retained** 65:15
**retake** 98:15 312:17
**retaliation** 325:10,19
**retire** 102:13
**retired** 235:4
**retrieve** 158:21,25
**return** 244:15 326:5
**returned** 224:3 273:3 273:10,16
**returning** 211:13 237:4
**review** 26:7 142:2,14 150:24 151:3 157:23 171:25 176:17 181:18 184:14 187:8 241:3 269:24 284:16 285:13 290:5 296:5
**reviewing** 116:21
**reviews** 37:6,12 224:8
**revolved** 179:4
**RexCorp** 3:20

**re-ask** 49:8,11 79:20 162:11
**right** 67:3 115:5 117:11 117:12 138:24 192:7 213:6 215:20,24 224:12,19 226:6 244:15 247:7 260:6 273:5 274:12 277:22 281:19 283:21 287:2 287:3,3 292:12,19 294:21 310:14,17 312:22 316:11 318:14 318:16,20 326:23,24 327:4,24,25 328:3,4,7 330:5,6
**righthand** 300:15
**rights** 30:24 105:23 242:11,23,24 243:22 243:23 244:3,13,19 244:20 327:7,24 328:2,6,11,21 331:4 331:13 339:5,11
**right-hand** 292:25 317:10
**ringing** 122:11
**River** 3:12
**Riverhead** 25:23
**Rivkin** 3:16 8:7
**Rizzuti** 1:24 2:11 7:17 343:7,23
**RL** 315:13,22 316:21
**road** 3:12 4:6 117:11 117:12
**Rogers** 1:9 3:19 114:5
**role** 83:5 109:11 131:4 207:9 341:9
**rolling** 65:25
**room** 7:23 27:23 230:23,25 231:3 233:18
**roster** 136:2,3 148:25 150:9,10,11,12,18,23 151:7,8,11 223:20 224:9
**rounded** 251:17
**rows** 274:7 276:7
**RQ** 147:22 210:18 261:23
**RS** 276:10,10,13 277:21
**rubric** 59:7
**rule** 107:4
**rules** 8:22,23 9:8 81:10 213:18
**run** 52:18 60:21,23 81:21 82:5
**runs** 81:8

---
**S**

**S** 3:2 4:2,17 8:13,13 145:2,2,2,4,4
**salary** 305:23,25 306:2
**sale** 40:8
**sample** 27:13
**Sanchez** 1:14,19 2:8 6:1,3,5,10,12,15,18 6:23,25 7:1,7 8:1,3 9:1,13,14 10:1 11:1 11:25 12:1 13:1 14:1 14:24 15:1,11,20,22 16:1 17:1 18:1 19:1 20:1,3,12,13,16 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1,22 32:1 33:1,4,25 34:1 35:1,5 36:1,23 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1,23 46:1,7,9,12 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1,20 58:1 59:1 60:1 61:1 62:1,22,24 63:1,3 64:1 65:1,13 66:1 67:1,8 68:1 69:1 69:10 70:1 71:1 72:1 72:19 73:1,7,23 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1,9 83:1 84:1,8 85:1,19 86:1 87:1,12 88:1,13 89:1 90:1,21 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1,12 104:1 105:1 106:1,7 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1,22 125:1,7 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1,12 136:1 137:1 138:1 139:1 140:1 141:1,19,23,25 142:1 143:1,25 144:1 145:1 145:10 146:1 147:1 148:1,2 149:1 150:1 150:21 151:1 152:1 153:1 154:1 155:1 156:1 157:1,14,17,21 158:1 159:1,16 160:1 160:12 161:1 162:1

163:1 164:1,20 165:1
166:1 167:1,2 168:1
168:23 169:1,4 170:1
171:1,12,15,18 172:1
173:1 174:1 175:1
176:1,9,12,16 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1,6,9,13,20 185:1
186:1,24 187:1,3,7
188:1,15 189:1 190:1
190:12,24 191:1,3,13
191:14 192:1,17
193:1,23 194:1 195:1
196:1 197:1 198:1
199:1,22,25 200:1,4,5
200:22,24 201:1,12
202:1,20 203:1,12,20
203:23 204:1,2,24
205:1,3 206:1,20
207:1 208:1 209:1
210:1 211:1 212:1,10
212:18 213:1 214:1
214:20,21 215:1
216:1,10,13,14 217:1
217:12 218:1 219:1
220:1,19,21,25 221:1
221:3,9,10,16,16
222:1,16,18 223:1
224:1 225:1 226:1,11
226:19,25 227:1
228:1 229:1 230:1
231:1 232:1,9,15
233:1 234:1 235:1
236:1 237:1 238:1,20
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1,3
260:1 261:1 262:1
263:1,10,11,24 264:1
264:7 265:1,3,13
266:1 267:1,21 268:1
268:20,23 269:1,3,16
269:19,23 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1
280:1,4,7 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1,21,24 290:1,4
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1,2,4,9
299:1 300:1 301:1,16

301:19 302:1 303:1
303:22,23 304:1,19
305:1,8,12 306:1,13
306:15,19,21 307:1,2
307:4,15,25 308:1
309:1,12,13 310:1
311:1 312:1 313:1,14
313:17,22,24 314:1,4
314:8 315:1 316:1
317:1 318:1,8 319:1
320:1,15 321:1,13
322:1,2 323:1,7 324:1
325:1 326:1 327:1
328:1 329:1,2 330:1
331:1 332:1,9 333:1
334:1,8 335:1,17
336:1,20,23 337:1
338:1 339:1,16 340:1
341:1,18 342:1,19
343:10 344:4,14,16
344:18,21,24 345:2,4
345:7,10,12,14,16,18
345:20,22,23 346:2,5
346:8,11,13,15,17,19
346:21,23 347:2
348:4,21
**Sanchez's** 72:19 228:18
335:17
**sarge** 279:20,23
**satisfied** 29:23 73:24
74:5 92:4,22 94:12
96:24 100:19 101:20
102:2,7,9 106:13
109:5 127:20 128:15
135:16 156:13
**satisfy** 22:24 28:19
70:20 94:15 123:6
127:16,22 154:10
179:18
**satisfying** 23:13 29:8
108:10 197:8
**saved** 138:8 198:9
**savings** 249:17
**saw** 3:12 161:15 223:16
294:7,12 295:20
296:23
**saying** 78:20 191:24
217:25 228:11 256:25
264:25 267:6 296:4
305:25
**says** 46:14,15 63:11
80:10 82:10 132:10
134:10 159:11,12
172:10,14,14 173:13
201:18 202:8,22
219:3 223:7 224:13
224:20 226:13,25
257:12 264:11,11
272:22 287:24 291:18

295:13,14 296:8,18
296:19,19 300:23
301:6 312:6 315:13
320:15 322:2 331:8
333:11
**scheduled** 174:13
179:12 234:7
**scheduling** 245:25
**Schneider** 145:21
170:15 189:15 218:7
218:8 219:8 262:7,9
281:13 322:17,25
323:4
**Schneider's** 281:22
282:2,9 283:9 284:3
284:16
**school** 20:23,25 21:3
40:20
**scope** 37:9 53:17 55:3
62:18 103:7 110:7
**score** 192:20 199:9,10
**scored** 30:10 194:5,6
**scorers** 186:15
**scores** 192:23
**sealing** 5:4
**season** 180:10 225:7
226:14 247:14 291:13
315:17
**seasonal** 6:24 7:3 59:14
66:4 142:8,23 143:24
144:4,5 225:2 226:8
226:15,20,20 227:2
228:2 244:7,10
247:20 308:11,16,18
314:25 315:18 316:3
316:5 317:3 329:23
344:23
**seasonally** 309:2
**seasons** 312:12
**second** 142:10 143:11
143:21,22,23 165:19
165:19 187:22 188:11
188:18 189:7 190:2
217:16,17 224:19,24
226:19 227:16 263:3
263:5 270:21,22
271:5 273:20 274:2
274:18 276:10,19
291:23 293:10,20
296:19 300:8 308:10
308:19,23 309:11
312:24 314:22 316:7
317:12 322:9
**secretary** 165:5 283:9
**section** 30:24 177:12
222:13 243:23,24
248:9 250:7,12
280:23,24 281:3,12
281:15 282:23 283:7

283:21 285:17,22
286:4,12,16 287:2,3
287:23 288:12,12,14
288:14,14,19 289:2,3
289:4,16,18 298:11
299:7 312:6,25 327:6
**sections** 282:24 283:3
**see** 10:20 16:14 80:8
158:5,12 177:10
190:5 196:25 197:4
219:14,15 230:10,24
261:18 267:9 269:14
276:9 280:17 281:12
281:17,18 283:13,23
311:25 312:12 317:9
319:23 320:12,18
322:7 323:11 324:23
325:14 329:6 330:18
331:10 332:11,20
333:14 334:5,12
335:20 336:12,24,25
338:14 339:18 340:8
341:14
**seeing** 221:18 229:9
275:10 301:13 310:4
**seek** 265:8 266:10,14
**seeking** 241:18 334:10
334:24
**seen** 16:11 158:2 161:9
172:2 184:20,24
187:11,13,19 188:4
191:15 193:10 200:23
202:21 221:16 222:22
230:6 269:5,9,25
270:4 280:14 290:11
294:16 298:21,24
304:3,13 307:10
309:14 314:5,13
**sees** 326:10
**self** 304:25
**self-explanatory** 178:6
189:24 312:3
**sell** 38:17
**send** 197:2 199:13
206:13 270:25 283:9
294:24 316:25
**sending** 155:6 212:5,7
**senior** 47:20 145:18
147:18
**sense** 17:6,8 92:9 95:16
135:22 228:10 253:20
257:4 259:14 285:16
304:24
**sent** 149:22 150:13
151:9 172:7 193:7
196:23 197:10 199:14
205:19 222:13 223:24
224:11 270:23 272:18
**sentence** 67:5 80:9

126:13 159:8 160:7
165:20 307:20 308:10
308:18,23 321:16,20
323:6,18 334:5
336:18
**sentences** 264:18
**separate** 310:20
**September** 313:5
**sergeant** 6:16,19 54:20
55:18 57:25 59:7
125:14 131:5,11
132:2 185:19 217:25
219:6,13 278:11,14
278:17 286:15 344:19
**sergeant's** 130:25
**series** 318:12
**seriously** 65:19
**serve** 91:21 92:12
305:3 338:11
**served** 33:13 162:24
278:9
**serves** 36:18
**service** 1:14 6:3,5
22:16,18 24:15 26:10
32:19,21 33:6 34:19
35:7,14,25 36:10,13
36:25 37:3 49:22,24
50:3,5,13 51:7,12,15
51:16,19 52:15,23
53:6,13 54:4,22 55:17
55:21 59:9 60:10,14
64:16,20 70:23 72:12
72:12,15,21 73:3,13
74:9 75:15 76:8,14,16
84:12,17,19 85:7,10
85:16,21,25 87:4,21
88:17 89:10,11,14,19
89:24 90:2,15,19,22
91:2 92:13,23 93:16
93:20 94:9,15,24 95:2
95:6,20,23 96:3,8,15
96:25 97:4,9,12,14,19
97:23 99:11,21 100:9
100:12 101:4,6,15,18
101:21,25 102:16
103:14,18,24 104:5
104:11,15,20 105:2,6
105:13,24 106:14,15
108:2,11,16,20 109:2
109:5,19,24 114:15
115:5 116:15 117:12
117:17 118:4 120:24
123:15,23 124:3,8
125:13,16 127:8
129:13,24 130:3
131:25 135:17 137:15
137:23 138:12 142:7
142:18 143:19 147:15
149:18,20 151:10

153:10 154:7,10
156:2,5 159:17
164:22,25 165:21
167:15,16 168:14,16
169:6,9,15 170:10,21
170:22 171:3 175:4
179:9 180:14 183:21
183:24 185:4 186:4
186:19 187:17 188:13
189:11 192:21 195:17
195:23 197:16 204:6
204:11,14,18,25
213:8,9,11,23,24
214:5,12,14,23 215:9
216:3,7 219:7 222:10
223:25 224:3 225:6
226:4 228:22 232:24
242:20 243:16 244:9
246:11 247:22,24
248:2,4,5 251:11
253:23 255:5 257:24
268:6 272:15,15
275:21 278:16,20,22
278:23 279:4,11,21
279:25 286:18 288:23
293:25 299:24 300:6
300:24 301:7 304:21
312:11,13,14,18,21
322:4,5,23 323:22
326:23 327:3,16
328:3,23 329:5,21
330:5 331:21 338:10
338:13,19 344:14
**Services** 159:15,21
**serving** 82:15 99:25
123:11 128:13 173:16
179:17 212:15 225:9
227:4,25
**set** 74:17 76:19 85:24
101:17 178:25 197:15
240:21 296:24 339:15
343:11,20
**seven** 47:6,7 78:2
296:22,24
**sex** 198:20 200:11
**sexual** 336:23 337:9,12
337:15,23 341:25
**share** 340:10
**shared** 340:3
**sharing** 259:25 260:2
**sheet** 188:21 229:7,9,14
301:2 348:2
**Sheriff** 279:22,22
**sheriffs** 56:25
**Sheriff's** 182:8 279:18
**shore** 26:3 312:25
313:7
**short** 83:25 220:13
297:20 306:8

**shortly** 158:7 232:12
**show** 158:17 191:7
232:2,15 250:8
**showed** 250:7,9,13
**showing** 299:19
**shows** 285:13
**sick** 14:3
**side** 122:11
**sided** 263:23
**sign** 281:22 296:6
**signature** 205:14 273:6
273:7 281:17 283:22
285:10,13 286:11
290:13 292:10 295:11
297:11,14 299:4
**signed** 5:12,14 187:23
205:15,16 218:7,8
219:8 229:6 295:24
316:23
**significance** 312:9
**signify** 271:25
**signing** 229:9
**silent** 134:23
**silly** 289:12
**similar** 182:11,17,24
183:7 206:15 238:23
**similarly** 164:5
**simply** 57:15 164:10
**sincerest** 341:15
**single** 188:16,21 196:8
247:23 311:21,24
**sit** 134:23 160:12
210:22
**sitting** 305:5
**situation** 103:2 182:20
215:20 242:13,21
243:3 251:18 277:19
**situations** 28:6
**six** 312:4 319:12,12
**slashing** 290:24
**slightly** 303:15
**small** 300:20
**smallest** 182:5,6
**Smith** 145:22
**SN** 316:2
**Snyder** 1:4 226:25
233:15
**socially** 115:15,20
**sole** 328:19
**solely** 328:22
**somebody** 99:19
100:18 104:19 105:9
106:11 107:7 112:13
126:13 127:4 164:3
186:6 207:10 208:18
253:4 264:21,24
290:25 293:12 327:5
341:3,7
**someplace** 178:13

261:22
**soon** 141:5 173:12
**sorry** 16:24 70:3 84:22
190:15 198:19 199:5
**sort** 33:18 36:9 86:10
135:13 197:23 236:22
254:16,19
**sorts** 43:24
**South** 26:3
**Southhampton** 182:9
**speak** 46:18 93:25
98:20,22 135:3 207:3
208:17 209:24 265:5
265:23
**speaking** 78:15,20 88:6
94:22 134:16 135:2,9
208:14 211:4
**speaks** 288:5
**spec** 101:15
**special** 63:13,19 67:4
179:10
**specialist** 7:16
**specific** 30:11 34:21,22
41:20 44:7 66:24
89:21 120:9 121:4
130:11 136:4 152:8
153:19,23,24 155:3,8
179:21 181:19 187:13
187:15,16 188:24
197:12 225:18 234:11
280:14 336:3
**specifically** 18:6 47:12
68:19 69:3,15 106:10
114:18 115:8 118:7
120:7,13 127:19
161:16 166:24 173:11
181:10 210:15 242:19
251:7 253:13 261:10
272:25 308:2,5,8
311:15 319:20 320:7
321:4 327:16
**specification** 63:8,9
66:22 90:18 92:13
125:13 154:19 156:15
213:10
**specifications** 89:10,14
89:20,24 90:2,23 91:2
91:10,11,19 92:23
93:16,21 94:10,12,14
96:15,25 97:4,19,23
98:5 99:3,21 100:4,9
101:21,25 103:14,19
104:21 105:2,14
106:14,15 108:3,11
109:6 117:18 118:5,8
142:6 154:11 156:6
156:12 164:22 204:6
204:12,25 213:9,16
214:24 246:11

**specifics** 319:22
**specified** 56:24
**specs** 101:19
**spend** 115:19
**spending** 218:22
**spent** 78:10 83:15
**Spies** 110:21 111:5,11
111:19 112:19,20
114:14 121:9 210:7
299:5
**spoke** 113:20 115:3
209:25 234:7 330:7
**spoken** 18:7,10,12
114:23 233:22 234:4
257:23
**spot** 284:7
**spots** 222:7
**spouse** 20:11
**spread** 26:21,22
**ss** 343:4
**staff** 169:2
**stamp** 281:24 285:10
285:13 293:20
**stamped** 284:2,13
**Stan** 145:23 146:8,14
172:6 245:24 302:5
**stand** 276:14 291:9
302:19 303:10 315:22
330:16 331:2
**standard** 57:4,8 59:3
127:16,20,23 128:15
128:24 129:2
**standardized** 55:25
**standards** 71:8 72:6
90:15 204:7,15 252:8
252:8
**standing** 179:14 244:23
**stands** 107:16 293:6
**Stanley** 172:23
**start** 7:6 22:7 23:15,23
65:25 82:15 86:6
106:6 180:8 182:22
315:17
**started** 52:5 99:9
114:19 147:17 208:14
209:15 241:14 246:23
**starting** 52:4 199:15
334:4
**starts** 16:22 308:15,18
**state** 2:12 9:11 11:15
19:2 73:2 74:21 75:2
75:7,21 80:13 91:7,8
94:11 104:21 105:10
106:12 107:8 159:25
165:21 197:15 204:18
328:12 343:3,8
**stated** 48:17 198:6
200:7 208:13 209:23
211:12 226:18 244:16

260:6 290:20 294:4
**statement** 31:16 75:25
160:14 161:5 167:13
167:22 169:8,11
178:3,7 188:3,5 203:6
205:12 208:6,8
212:17 213:2 215:2
215:11 216:12,16,21
217:10 260:8 268:15
292:13,20 293:3
308:2 312:9,19
316:12,17,20,22
317:2,4,10,14,20,22
322:12,19 332:23
333:24 334:18 342:3
**statements** 166:6
332:10,19 333:13
334:9,15,22
**Staten** 61:5
**states** 1:2 67:5 126:20
142:12 143:23 144:2
160:8 165:20 194:15
259:5 265:2 300:16
308:10,20 309:4
321:10 328:7
**stating** 203:13 222:11
264:22 338:10,19
**status** 126:21,24
127:17 128:3 130:14
137:23 177:24 245:20
309:21,24
**statute** 197:19
**statutes** 75:21
**step** 30:12 47:24
**steps** 130:20 138:12
**stimulating** 305:2
**stipulate** 72:10
**STIPULATED** 5:2,7
5:11
**stipulations** 8:20
**Stony** 21:9,10,20
**stood** 302:8 311:8
**stop** 172:19 215:18
304:19
**stopped** 119:2 227:4,25
**story** 341:9
**stray** 56:8
**streamline** 83:19
**strictly** 328:22
**strike** 72:6 118:24
153:17 155:24 212:11
302:22
**study** 28:8,25 50:24
**subheading** 63:12
125:23 142:11,15
143:21,22,23
**subject** 31:12 33:18
34:14 35:12 36:3,12
36:24 37:2 44:18

52:14,23 53:5,13 54:4
54:21 55:21 57:9
59:8 86:3 164:2,5
166:10 177:2,5
197:18 234:17
**subjected** 34:18
**subjects** 27:14 28:4
**submit** 151:2,5 205:11
215:2,21 317:22
**submitted** 22:14 26:8
27:12,13 30:3,15
208:8 210:14 212:17
213:2 216:11,16,20
216:21 217:11 219:4
219:21 226:11 311:22
317:4 338:23
**subpoena** 2:11
**Subscribed** 342:21
348:22
**subsequent** 31:8 38:18
38:19 44:14 45:6
260:13
**substance** 167:4 179:16
213:11 253:19 324:21
325:5 330:11 335:18
**substantive** 10:15
**subsumed** 239:25
**succeeded** 211:3
**successful** 209:21
**successfully** 80:11
82:11
**sue** 266:14
**sued** 230:2
**sufficient** 125:2
**Suffolk** 1:12,12,13 2:9
4:11 7:11 8:4 15:17
15:23 16:5 17:12
24:17,19 26:23 32:18
32:23 45:24 60:2,6
64:5,13,16,19,20
65:20 91:6,9 97:12,16
98:9,10,14,21 99:3,22
100:11 101:24 103:17
104:8,22 105:10
106:12,22,24 107:9
107:19,20,21,24
108:3,13,14,17 109:6
109:7,19,23 123:15
125:12,15 129:13
142:6 145:12 147:15
148:17 154:7 156:2
158:24 164:24 170:16
182:8 203:21 252:25
253:15 255:4 256:4
259:23 265:7,25
304:20 308:11 312:18
322:4 338:9,18
**suggest** 57:12 60:15
61:21 100:7 102:21

132:16 134:7 166:11
232:14 258:6
**suggested** 61:13 170:6
231:21
**suggesting** 56:19,21
57:6,14,15 81:23
254:3 256:2 258:11
284:8,11
**suggestion** 33:11 170:8
**suggests** 254:12
**suing** 230:3
**suit** 233:14
**suitors** 337:18
**sum** 330:10
**summarizing** 309:18
**summer** 244:10
**summers** 247:25
**summertime** 247:20
**superior** 206:14 327:23
330:3,8,11
**superiors** 282:15,16
285:11
**superior's** 284:13
285:10
**supervise** 25:17 60:4,7
61:7 81:12 83:10
94:2 95:21
**supervised** 60:3
**supervising** 18:21 61:4
214:16
**supervision** 96:9
**supervisor** 18:17,18
37:20,21,23 39:15,19
39:23,24 40:5,11
47:14 119:5 151:3
166:21 167:24,25
168:6 170:12,13,15
175:23 205:21 207:13
215:8 224:8 243:18
248:18,23
**supervisors** 32:9 37:12
165:15
**supervisory** 147:20
205:10 207:18 208:12
209:9 212:16 213:3
213:12 214:25
**supervisor's** 47:21 48:4
**supplement** 150:4
**supplied** 150:16
**supplies** 139:10
**supply** 103:3
**support** 139:13
**supported** 139:3
**supporting** 141:3
**suppose** 210:16 341:6
**supposed** 119:12 132:9
132:14 133:13 134:8
135:15 160:2 277:5
**sure** 10:17 11:4 17:2

26:9 34:4 35:5,21
49:21 56:13 58:13
66:11 70:7 77:10
88:23 112:22 113:2
119:17 145:23 157:7
157:12 179:4 197:7
210:6 230:9,17
240:17 253:11 262:5
268:5 283:12,16
302:6 317:24 330:3
330:24
**surprising** 336:20
**SWAT** 107:7,13
**swear** 8:12 271:12,19
**swore** 9:17
**sworn** 5:14 8:14 10:8
58:6 342:21 343:12
348:22
**symbol** 202:23 299:16
299:18
**symbols** 300:18
**Systems** 39:4,9

---

**T**

**T** 145:2 312:7 343:2,2
**table** 122:11 223:10,17
224:19
**tailor** 71:2
**take** 13:12 15:15 23:8
23:13 28:13,22,24
29:9,19,22 45:25 46:6
49:11 69:22 83:25
100:22,23 102:19
104:13 125:8 127:12
130:20 138:12 141:4
141:9,20 151:24
157:21 161:5 174:19
186:22 199:9 204:3
210:10,20 220:13
221:13 232:5 233:5
249:25 258:22 261:12
261:15 264:15 266:7
269:4 296:15 297:20
306:7 317:13
**taken** 21:24 27:19 78:6
84:5 122:22 130:25
144:12 170:8 179:7
179:10 192:20 195:3
216:4 220:17 235:20
263:8 266:16 297:24
306:11
**takes** 202:16
**talk** 189:14 231:5
255:11
**talked** 192:25 310:19
**talking** 32:6 42:7 60:12
62:10 107:13 165:4
193:12
**tape** 7:6 122:7,9 220:10

297:18
**task** 109:23
**taught** 215:8
**teach** 120:16
**team** 107:8,13
**telephone** 207:4 208:18
234:5,7 235:9,11,17
272:12 339:13
**tell** 9:16 12:7,17 63:4
85:6 106:9 142:2
144:3 146:5 171:25
177:7 181:6 188:23
190:7 191:14 230:14
245:13 252:6,9
261:11 264:10 266:9
269:4 270:9 272:5
274:22 275:23 301:14
314:4 330:25 337:25
**telling** 77:11 242:5,19
243:12 245:17 246:3
289:12 327:20 331:12
**temporary** 243:21
244:11 247:21 315:25
316:5 326:15 327:11
331:6
**ten** 90:7 297:19 317:7,8
**tend** 11:23
**term** 55:24 56:2,2,23
57:13 59:2 90:18,19
183:18,21 185:14,17
185:23 250:15 272:2
321:9 323:21
**terminate** 154:8
**terminated** 40:24 41:3
41:7,12 43:3 214:6
291:10,12 325:19
**terminating** 226:22
**termination** 41:24 42:5
42:6,18 43:2 265:10
294:5 321:11 325:9
325:24 326:13 334:11
334:25 335:5
**terminology** 125:16
**terms** 226:14
**test** 23:2,3,5,21 27:4,5
27:8 29:19,21 30:8,10
95:4 98:25 99:9
127:6 132:6 173:5
174:12,19 186:22
199:9 202:17
**testified** 8:16 9:20,24
10:6 69:7 145:5
152:17 209:19 216:15
216:21 232:17 262:19
321:6 324:2 327:20
341:23
**testify** 13:21,25 49:2
52:20 219:23 297:3
301:3

**testifying** 9:15 18:15
225:12 287:16
**testimony** 10:9 44:18
48:21 49:7,15 54:11
64:4,6 65:19 68:23
69:9,25 75:17 86:22
128:22 129:2,16
132:4 148:10 150:15
152:22 153:3 166:9
193:19 217:5 226:3
228:15 319:13 324:5
324:7,13,16 343:13
**testing** 300:21
**tests** 177:23 178:8,9
179:19 181:14
**text** 142:14 143:25
212:11 221:23 283:22
284:2,7,21 287:23
299:8 305:24
**thank** 9:10 18:25 24:2
25:14 48:6 104:17
107:25 124:24 128:17
171:13 184:4 199:19
203:18 222:15 265:13
266:17 268:9 309:10
318:3 341:11
**Thanks** 19:25
**thefts** 19:14
**thereof** 86:2 340:7
**thing** 59:21 225:21
242:15 262:10 265:20
331:20 339:14
**things** 23:21 83:12
101:4 109:16 162:17
183:19 192:10 223:5
223:13 238:9 265:17
275:8,19 295:17,19
310:13,16 319:4
**think** 10:4 11:7 14:6
19:13 38:12 41:9
42:10 45:11 46:19
58:7 65:12,23 72:2,25
75:8 83:16 89:16
102:9 114:23 117:10
131:17 132:20 135:10
136:11 140:21 141:19
146:20 151:16 155:21
157:8 161:5 164:13
172:15 175:24 176:5
189:13,19,23 192:15
206:10,15,17 208:16
210:2 211:6 213:22
216:18 232:16 233:15
236:19 239:24 240:6
240:17 241:12 245:5
246:13 253:4,11
254:23 261:5 262:5
267:2 274:4 275:12
278:11 282:20 283:9

283:10,10,12,14,15
285:8,9 286:20 288:6
288:10 289:12 296:4
302:5,5 310:10,14
315:20
**third** 160:7 276:11,16
296:19 299:10 308:17
**third-party** 160:25
256:13
**thirteen** 26:16,19
**Thomas** 1:4 226:25
312:25 313:7
**Thompson** 3:4 7:21
18:19
**thought** 9:4 77:13,16
121:23 200:17,19
238:18 333:3
**thousands** 181:16,17
**three** 39:20 126:20
127:11,16 128:14
129:9 131:17 170:17
186:5,10,15 193:2,3
202:9,10 230:10
231:6,11 232:9,19,21
233:10,15,18,22
241:13 246:7 247:10
252:9,24 253:18
260:11,14,17 262:3
262:14,21 296:17
321:23 334:19,23
**three-page** 289:22,24
305:8 313:14,17
346:8,23
**threw** 199:6 200:15
**throwing** 200:7
**time** 5:10 15:20 23:17
27:17,20 30:2 31:19
39:7 40:12 42:13
44:22 74:23 78:5,10
83:16 84:3,6 98:25
105:5 112:5 115:19
117:14 118:11,18
119:3 120:25 121:18
122:6,20,23 128:4
129:10 141:11 144:10
144:13 145:3,8 146:9
146:10,15 147:5
152:8,10 153:5
159:19 161:15 162:23
164:4 172:19 173:2
173:25 174:10 175:25
178:23 180:2 181:8
181:11,12 186:8,9
198:10 208:20,24
209:12,15 210:9
211:19,21 212:25
218:22 220:9,15
221:7 227:16 230:4
231:10 233:4 234:11

235:12 236:14 240:18
240:19 241:7,19
246:6,22 248:13
250:24 251:3,23
252:24 259:25 261:18
263:6,14 264:15
275:13 282:22 284:2
286:15 295:20 297:22
298:7 306:9,24 310:9
311:5 318:3,4 321:21
329:24 330:8 332:6
341:12,13 342:15,17
**timeframe** 66:15
**times** 271:22,24
**timing** 206:10
**title** 39:10 42:14 46:16
46:20,23 57:15 63:10
66:22 125:13 142:7
154:19,25 156:25
170:14 175:4 186:8
194:2 201:4 215:10
215:12 216:12 217:3
218:6 222:12 224:25
225:4 226:12,13
242:22 278:16,19,20
278:21,22,24 279:10
279:11,13,21 280:2
286:15,17,19,23
287:5,12 294:9,13
296:8 320:11
**titles** 86:20 243:16
279:4,7,17
**TM** 291:6,7,9
**today** 7:24 9:15 10:19
13:21,25 14:3,8 18:15
28:16 75:13 117:5
125:3 151:22 152:16
160:12 198:13 210:22
229:5 310:19 329:19
**told** 35:23 36:2 83:3
226:2 245:18 252:15
261:5,7 262:6,8,22
265:22 286:20 289:19
328:15 333:24,24
**top** 142:24 172:8 177:2
186:15 187:23 190:2
193:3 199:15 224:12
287:2,3 296:17
314:23
**total** 117:17 305:25
**touch** 131:18
**touching** 26:20
**town** 122:2 125:18
182:9 312:15
**towns** 125:14
**track** 275:18 302:7
**train** 121:10
**training** 50:15,18 80:12
80:14 82:12 114:14

160:10 162:21 210:7
**transaction** 120:23
137:19 139:16 224:22
235:5 274:10 276:12
276:13,16 277:25
278:3 293:23
**transactions** 26:7 49:25
111:6,9,18 149:3
151:2 271:2 291:21
**transcribed** 200:5
**transcript** 28:14 31:21
45:21 93:13 96:21
164:8 200:12 259:10
264:19
**transferred** 93:21
150:6,11,17,22
**transferring** 98:16
**transmit** 149:6 151:6
**transpired** 242:16
261:11
**travel** 210:14,19
**trial** 5:10 10:6
**tried** 86:25 209:20
245:5,13 333:2
**trigger** 105:23
**Trosko** 177:23 178:5
178:15
**true** 77:25 228:6,12
263:18 287:24 321:14
321:14,15 322:11
324:9 332:19 333:22
343:13
**truth** 9:16 77:11 81:21
333:25
**truthful** 80:8 332:13,23
**truthfully** 13:21 14:8
14:15,21 138:22
**truthfulness** 324:3
**try** 33:3 135:8 170:5
181:13 211:25 212:5
341:4
**trying** 28:13 36:19
58:15 81:24 89:7
113:6 116:22 150:3
158:19 161:22 183:19
183:19 211:24 212:4
220:6 246:24 252:5
256:18 269:13 275:15
302:7 310:14
**TSG** 7:14,17
**tuned** 252:14
**turn** 141:21 165:18
200:4 202:19 252:5
263:25 305:20
**turned** 245:10
**Turning** 200:22 205:3
217:12 270:21 273:4
287:22 300:8
**turnover** 110:25

**twenty** 138:8
**twice** 114:23 251:6
279:9 291:2
**two** 7:23 25:10 39:20
42:24 111:12 112:21
151:20 177:10 183:12
187:25 188:16 193:14
203:10 226:17,18,21
226:22 238:9 240:13
259:6 264:17 271:17
300:17 308:12,12
315:17 317:13 323:2
**twofold** 84:15
**two-page** 141:22
186:24 187:3 269:16
269:19 298:18 306:19
306:21 309:12 314:9
345:10 346:2,21
**type** 96:5 109:11
120:23 215:17 240:3
242:21,22 243:3
244:8 245:12 266:6
284:9,12 314:24
**typed** 293:13 302:5
**types** 57:2 86:16
109:12 204:19 248:21
**typewritten** 190:3
276:8
**typical** 192:24 193:4
**Tyree** 274:18

――――――――――――
### U
――――――――――――

**Uh-hum** 39:6 43:9
126:22 177:13 181:23
190:6 223:12 224:2
283:24 290:7 294:18
296:11 298:23 302:18
305:19 311:8 313:2
315:2,5 316:14,18
**ultimately** 211:3
**unable** 158:25 180:14
**unanswered** 259:10
**unattractive** 342:4
**unaware** 42:23 266:6
**uncertified** 65:14
267:22 323:9,15,19
323:23
**underline** 172:10
**underlined** 63:12
125:25 142:11 271:23
272:5,6 303:8
**underlining** 272:2
**underlying** 139:25
**underneath** 143:25
224:18 226:19 292:22
305:24 314:24 315:3
**understand** 9:14 11:2
12:2,5,8 33:25 35:22
52:19 57:20 61:8

63:14 67:8 72:3
74:16,24 75:25 80:16
81:25 82:3,9 83:13
88:23 90:21 91:25
94:4 95:20 119:13,17
120:10,25 126:2,23
152:15 161:17 173:14
193:22 194:20 197:7
202:11,24 203:2
214:22 220:2 225:20
226:7 256:11,18
265:14 286:22 289:15
313:8 315:6 329:16
**understanding** 25:8
30:7 34:2,6,13 35:6
53:10 67:20 75:6,9
76:17 77:3,6,7 79:22
80:4,5 81:7 123:20
160:13,21 161:18
162:12 168:14 173:20
173:23 228:15,17
250:19 323:17 324:25
340:4,14
**understands** 35:24
36:2 67:11,19 160:24
**understood** 12:10 13:3
**undertake** 87:3
**undisputed** 71:23
**unfair** 132:7
**unfortunately** 244:18
244:22
**unhappy** 42:3 245:4
246:5
**uniform** 175:7
**unimportant** 67:21
**Uniondale** 3:21
**unique** 121:5
**United** 1:2 328:7
**universal** 34:12
**university** 21:9,11,21
21:25 22:4
**unknown** 114:24
**unlawful** 265:9 325:12
**unlawfully** 339:17,21
**unnecessary** 18:3
**unquote** 98:21
**unreturned** 113:15
**unsuccessful** 113:11,13
209:24
**unsuccessfully** 209:20
**untrue** 322:11
**update** 217:14 218:16
219:13
**updated** 218:20 317:23
**upgrade** 219:5
**upper** 223:17 300:15
**upstate** 222:14 283:17
**use** 55:24 56:2,10 57:6
57:13,16 59:2 90:18

132:21 148:25 195:23
319:16 330:20,23
**uses** 323:18
**usually** 10:16
**utilize** 44:22

---

**V**

**valid** 181:6 206:16
**value** 66:5
**various** 57:2,16 105:22
110:16 147:24 201:23
254:25
**verified** 129:12
**verify** 130:4,7,17,21
138:12
**versus** 7:8
**Veterans** 4:14
**Veteran's** 2:9 7:11
**video** 7:15 200:13
**videographer** 4:22 7:5
8:11 27:17,20 84:3,6
122:6,8,20,23 139:22
144:10 145:8 220:11
220:15 221:7 263:6
263:14 297:17,19,22
298:7 306:9,24 318:4
342:15
**videotape** 7:7 326:11
**Videotaped** 1:19 2:7
**view** 14:22
**viewed** 129:5,10
**village** 1:7 3:17 4:5 7:9
8:6 51:20 52:14 54:3
55:9,20 56:16 59:15
60:8,9 61:6,21 65:22
66:13,23 72:16,18,20
81:22 82:6,23 83:12
87:2 89:15,22 90:7,8
94:2,3 95:21 96:4,9
110:23 114:13 120:15
121:8 123:16 125:17
125:18 127:25 129:6
136:8 148:16 149:14
150:17 151:17,21
175:22 178:14 179:5
206:4 213:5 227:10
228:22 244:14 245:14
247:15 254:14,21
268:18 270:23 277:19
299:25 300:3 307:24
308:8 311:17 326:20
327:11
**villages** 6:17,20 125:14
344:20
**village's** 90:5 135:21
227:18 242:23 244:23
**violate** 339:10
**violating** 339:5
**violation** 165:21 167:14

168:15 213:23
**virtually** 288:13
**virtue** 100:5
**visited** 175:10
**voice-mail** 122:17
**volume** 51:8
**voluntarily** 258:22
**vouch** 227:12 228:10
**vouchers** 210:14,19
**vs** 1:6 348:3

---

**W**

**W** 3:14 8:9
**wait** 122:14 164:18
229:18,18
**waiting** 198:14 249:2
**waived** 5:6 177:23
178:7,9
**Walk** 201:10
**walks** 254:14 256:6,14
**want** 9:2 17:24 34:23
35:11,18,21 36:10
45:8,11 49:8 52:19
56:2,5 61:18 66:6
67:21 77:7 78:20
89:25 97:15 102:14
124:2 129:23 131:8
132:8 133:10,12
140:13 161:3 167:23
189:12 194:14 210:15
227:9 232:2,4 241:24
242:18 248:15 255:11
257:5,18 264:14
266:21 267:3,6 319:9
324:15 326:20 337:14
337:23 341:7,25
**wanted** 10:15 15:17
58:12 72:18 167:12
234:18 241:22 257:25
266:18 295:25 308:6
331:16
**wanting** 242:4
**wants** 193:24
**wasn't** 46:24 47:2 76:9
81:23 86:8 109:12
181:6 199:4 219:2
248:10 252:22 309:7
309:9 311:17 326:3
331:15
**wasted** 32:4
**wasting** 175:25
**way** 12:4 55:11 75:22
81:18 90:20 92:16
114:14 133:6 170:5
215:7,8,24 248:7
258:18 259:20 266:15
283:2 297:5 325:23
330:25 333:20 335:3
335:7 343:17

**ways** 166:17
**wearing** 175:6
**Wednesday** 1:21
**week** 42:24 235:19
**weeks** 23:14 226:17,18
226:21,23 308:12,13
315:17
**went** 27:22,25 93:18
99:16 113:15 120:15
163:5 216:11 250:23
295:22 330:2
**weren't** 112:22 236:25
240:8 246:7
**Westhampton** 26:4
**whatsoever** 332:5
**WHEREOF** 343:19
**whistle** 245:12 252:5,9
**wide** 121:8 194:16,21
195:14 196:2
**Wigdor** 3:4 7:21
**willing** 186:5,10
**Winifred** 228:25
229:10
**wise** 114:17
**wish** 134:13
**withdraw** 66:9 228:4
341:16
**withdrawn** 335:9
**witness** 8:2,12,14 10:12
12:17 15:7 19:10
31:18 35:3,20,22 36:6
45:6 48:17 49:14
53:4,15 56:5 58:22
60:16 61:20 62:12
64:4,12 65:19,24 66:5
67:19 68:17 69:7,18
69:24 70:23 71:20,22
72:14,22 75:2,9,16,17
76:2 77:13 78:11,16
79:2 83:18 86:22
89:9,16 90:6 93:2,25
94:24 95:13 96:7
97:8 100:8 102:23
107:16 123:25 131:4
134:3,5,9 139:19
141:12 146:3 161:7
162:3,8 163:13,19
166:3,14 175:25
176:4,6 189:10,15,20
191:8 192:11 195:18
197:16 198:2 199:5
200:11 211:12 214:11
218:12 219:2 226:6
227:7 236:21 240:7
246:20 253:7 254:3
254:13 255:9,17,23
256:2 258:13 264:10
274:2 285:3 286:10
288:16 289:6 343:10

343:14,19 344:3
348:4
**woman** 110:24,25
111:3 254:14
**women** 111:12 112:21
151:20
**word** 10:21 125:25
159:23 265:21 271:10
271:22,23 272:8
274:6,8,13 295:13
308:15 314:19 319:13
319:16
**words** 62:8,9 101:6
168:15 264:21 265:15
**work** 21:25 23:23
24:19 25:5 30:20
31:22 34:7,9 51:22
58:15 81:11 93:18
102:14 103:15 108:9
109:4,14 110:18
111:14 112:24 119:6
124:17 181:13 202:4
206:6 215:9 217:3
219:24 223:20 225:17
227:8,11 249:19
254:20 255:15 256:5
256:5,12 258:3,3
275:16 305:5 311:2
**worked** 24:23 74:8
90:7 97:21 103:16
245:15 246:2 247:23
248:5 253:11,15
300:7 308:7,20,25
309:5,19,22 311:19
312:12,15
**working** 22:7 23:15
24:3 30:6 38:13,20
40:10 80:25 82:24
97:5,21 99:10 100:2,5
100:24 104:23 105:12
105:19 106:17 111:25
116:13,19 117:7
123:21 124:7,19
137:12 151:25 154:15
154:16 174:8,10,23
179:11 180:12,15,15
180:17,19 181:11
205:10 212:25 213:3
213:25 214:23,25
215:12 218:4 222:4
222:11 236:24 245:20
245:23 247:6,11,24
275:14 277:15,18
294:6 304:20
**workplace** 34:10,11,12
**works** 81:18 198:5
202:5 254:3 256:3
**world** 77:17
**worry** 125:4

**wouldn't** 13:7 52:19
61:18 68:21,23 110:7
124:18 154:24 198:25
203:17 204:17 220:3
230:16 235:4,23
237:3 238:13 239:8
249:17,17 312:16
330:25 341:7
**write** 79:11 163:16
166:3 173:20 272:8
272:13 307:14 309:21
**writing** 27:13 176:21
271:2 308:7
**written** 23:3,5,21 27:5
27:8 28:23 29:5
37:14,15 50:3,23 51:3
51:7 59:3 75:21,22
158:7 159:19 178:11
212:5 219:14 233:12
255:3 271:23 274:14
294:9 295:19 303:5
315:12 322:19
**wrong** 122:13 123:7
189:20 239:2 265:17
275:19 278:4
**wrongdoing** 258:21
**wrote** 176:22 177:22
205:8,21 206:24
212:10 219:19,20
223:5 261:17 274:6
274:24 276:2 277:22
307:13 308:3

---

**X**

**X** 344:2

---

**Y**

**Y** 3:8
**Yeah** 8:21 81:14 83:21
95:5 189:16 240:9
289:7 296:3
**year** 2:4 39:11 40:9
104:16 112:2,6 116:8
174:10 179:9 231:14
247:12,23,25 248:6
**years** 29:11 39:20
102:13 126:20 127:11
127:16 128:14 129:9
210:24 211:17 300:6
308:7 309:3 338:12
**Yep** 280:13,16
**yesterday** 37:10
**York** 1:2,20 2:10,12
3:7,7,13,21 4:7,16
7:12 8:24 61:3,4
74:21 80:13 94:13
97:2,9,14,16 104:21
105:10 106:11 107:8
165:21 167:14 197:15

201:17,18 259:5
328:12 343:3,5,8
**Youchah** 196:12

_____
**Z**
_____

**Z** 8:13 145:4
**zip** 201:19
**Zwilling** 4:17 7:25 8:3
  8:25 9:9 11:5,14 13:6
  14:16 15:3,7,8,19
  17:5 19:4,12,16 27:16
  29:25 30:23 31:7,19
  32:2,11 33:2,12,17,20
  34:2,17 35:10,23 36:5
  36:8 37:13 41:13
  42:8 43:17,22 44:9,20
  45:5,9,13 46:19,24
  48:10,16 49:4 50:9
  51:2,6 52:17 53:8,19
  54:10 55:6,23 56:6,18
  57:21 58:3,14,24
  59:22 60:21 61:2,11
  61:14,19 62:9,10,15
  62:20 64:3,17 65:3,17
  66:8,14 67:10,13,17
  68:15 69:13,18 70:4
  70:14,22 71:11 72:10
  72:20 73:9,15,19
  74:19,25 75:8 76:4,11
  76:22 77:5,12,24 78:7
  78:18 79:5,15,19,25
  81:3,14 82:2,16 83:8
  83:15 84:24 85:11,17
  86:12,21 87:11 88:22
  89:5,13 90:9,17 91:7
  91:23 92:2,7,15,24
  93:11,24 94:5,8,18,19
  94:23 95:5,12,15
  96:12,18 98:18 99:15
  100:7 101:2 102:5,21
  105:4,17 107:12,15
  108:12,14 109:8,21
  110:4 112:25 119:24
  122:12,16 123:14,24
  124:23 128:7,21
  129:15,21 131:2,7
  132:3,22 133:7,10,22
  134:5,19 135:20
  136:6,11,22 137:3
  138:8,15,20 139:5,9
  139:23 140:6,11,25
  141:11,13,20 146:9
  148:4 149:14 150:14
  152:25 160:17,23
  161:3,11,20 162:7,10
  163:5,20,24 164:9
  165:7 166:2,11
  167:17,21 168:10,25
  169:10,21 172:17

173:19 175:8,12,20
182:15 183:10 185:7
188:25 189:17,22
193:6,12,18 194:13
195:16 196:7 197:14
197:25 198:9,25
201:14,24 202:4
203:7,15 204:10,17
210:20 211:10 213:4
213:13 214:2,9 215:4
216:9,18 217:7,16,23
219:3 220:4,6 225:14
227:6,17,21 228:9
229:25 231:25 232:23
236:10 237:9,20
238:7,22 241:23
246:8,12 253:8 254:2
254:10 255:10,24
256:23 257:17 258:2
258:14 260:2,5
262:22,25 264:5,12
267:2,11 285:23
288:4,8 289:7 297:2
337:25
**Zwilling's** 33:11 36:20

_____
**0**
_____

**00** 308:21
**000270** 187:2,4 345:11
**002670** 220:20,22
  345:19
**003847** 184:8,10 345:9
**003911** 191:2,4 345:13
**005769** 157:16,19
  344:25
**005915** 190:14
**005916** 176:11,13
  345:6
**02** 24:21 25:9
**04/05/04** 143:10
**05** 225:3 275:12 313:6
  315:19
**06** 280:20
**07** 1:6 24:21
**09:56:47** 6:5
**09:58:20** 6:10
**09:58:29** 6:15
**09:58:39** 6:20
**09:58:47** 6:25

_____
**1**
_____

**1** 6:3,5 7:6 46:7,12 48:7
  148:2 279:22 283:3
  287:14,16,19 288:14
  288:19 289:4,18
  296:19 298:21 344:14
**1/18/05** 270:17
**1:30** 141:8,16
**1:54** 145:3,9

**10** 132:25 190:13,24
  191:3,14 194:15
  202:20 203:12 318:13
  345:12
**10/22/05** 225:2,8
**10/5/05** 295:9
**10:05** 2:5 7:13
**10:05:26** 7:5
**10:05:46** 7:10
**10:05:59** 7:15
**10:06:07** 7:20
**10:06:17** 7:25
**10:06:27** 8:5
**10:06:36** 8:10
**10:06:41** 8:15
**10:06:57** 8:20
**10:07:02** 8:25
**10:07:10** 9:5
**10:07:20** 9:10
**10:07:31** 9:15
**10:07:42** 9:20
**10:07:51** 9:25
**10:07:59** 10:5
**10:08:08** 10:10
**10:08:23** 10:15
**10:08:35** 10:20
**10:08:46** 10:25
**10:08:52** 11:5
**10:09:03** 11:10
**10:09:15** 11:15
**10:09:21** 11:20
**10:09:27** 11:25
**10:09:40** 12:5
**10:09:50** 12:10
**10:10:00** 12:15
**10:10:13** 12:20
**10:10:19** 12:25
**10:10:30** 13:5
**10:10:33** 13:10
**10:10:44** 13:15
**10:10:55** 13:20
**10:11:02** 13:25
**10:11:08** 14:5
**10:11:17** 14:10
**10:11:32** 14:15
**10:11:41** 14:20
**10:11:47** 14:25
**10:11:53** 15:5
**10:12:01** 15:10
**10:12:11** 15:15
**10:12:20** 15:20
**10:12:27** 15:25
**10:12:41** 16:5
**10:12:52** 16:10
**10:13:02** 16:15
**10:13:16** 16:20
**10:13:30** 16:25
**10:13:37** 17:5
**10:13:44** 17:10

**10:13:56** 17:15
**10:14:12** 17:20
**10:14:24** 17:25
**10:14:30** 18:5
**10:14:36** 18:10
**10:14:48** 18:15
**10:15:00** 18:20
**10:15:16** 18:25
**10:15:22** 19:5
**10:15:30** 19:10
**10:15:39** 19:15
**10:15:48** 19:20
**10:16:02** 19:25
**10:16:06** 20:5
**10:16:19** 20:10
**10:16:32** 20:15
**10:16:45** 20:20
**10:16:53** 20:25
**10:17:01** 21:5
**10:17:13** 21:10
**10:17:20** 21:15
**10:17:26** 21:20
**10:17:38** 21:25
**10:17:50** 22:5
**10:18:09** 22:10
**10:18:22** 22:15
**10:18:33** 22:20
**10:18:49** 22:25
**10:18:55** 23:5
**10:19:05** 23:10
**10:19:23** 23:15
**10:19:34** 23:20
**10:19:45** 23:25
**10:19:56** 24:5
**10:20:03** 24:10
**10:20:12** 24:15
**10:20:22** 24:20
**10:20:39** 24:25
**10:20:48** 25:5
**10:21:00** 25:10
**10:21:06** 25:15
**10:21:26** 25:20
**10:21:37** 25:25
**10:21:49** 26:5
**10:22:07** 26:10
**10:22:25** 26:15
**10:22:39** 26:20
**10:22:47** 26:25
**10:23** 27:18
**10:23:01** 27:5
**10:23:13** 27:10
**10:23:25** 27:15
**10:24** 27:21
**10:24:16** 27:20
**10:24:29** 27:25
**10:24:49** 28:5
**10:25:02** 28:10
**10:25:14** 28:15
**10:25:35** 28:20

**10:25:47** 28:25
**10:25:51** 29:5
**10:26:05** 29:10
**10:26:13** 29:15
**10:26:22** 29:20
**10:26:33** 29:25
**10:26:41** 30:5
**10:26:52** 30:10
**10:27:01** 30:15
**10:27:12** 30:20
**10:27:32** 30:25
**10:27:42** 31:5
**10:27:57** 31:10
**10:28:09** 31:15
**10:28:19** 31:20
**10:28:30** 31:25
**10:28:36** 32:5
**10:28:49** 32:10
**10:28:56** 32:15
**10:29:05** 32:20
**10:29:12** 32:25
**10:29:21** 33:5
**10:29:32** 33:10
**10:29:37** 33:15
**10:29:47** 33:20
**10:29:57** 33:25
**10:30:07** 34:5
**10:30:20** 34:10
**10:30:29** 34:15
**10:30:42** 34:20
**10:30:48** 34:25
**10:30:57** 35:5
**10:31:05** 35:10
**10:31:17** 35:15
**10:31:26** 35:20
**10:31:33** 35:25
**10:31:41** 36:5
**10:31:49** 36:10
**10:32:00** 36:15
**10:32:09** 36:20
**10:32:17** 36:25
**10:32:26** 37:5
**10:32:40** 37:10
**10:32:50** 37:15
**10:33:03** 37:20
**10:33:14** 37:25
**10:33:28** 38:5
**10:33:40** 38:10
**10:34:20** 38:15
**10:34:34** 38:20
**10:34:45** 38:25
**10:35:08** 39:5
**10:35:26** 39:10
**10:35:41** 39:15
**10:35:52** 39:20
**10:36:05** 39:25
**10:36:13** 40:5
**10:36:28** 40:10
**10:36:49** 40:15

| | | | | |
|---|---|---|---|---|
| **10:36:58** 40:20 | **10:50:29** 52:15 | **101** 321:2 324:18 | **11:08:33** 72:5 | **11:18:48** 83:20 |
| **10:37:09** 40:25 | **10:50:35** 52:20 | **10185** 313:16,18 | **11:08:45** 72:10 | **11:18:55** 83:25 |
| **10:37:20** 41:5 | **10:50:52** 52:25 | 346:24 | **11:08:56** 72:15 | **11:19:01** 84:5 |
| **10:38:03** 41:10 | **10:50:58** 53:5 | **10187** 313:16,19 | **11:09:06** 72:20 | **11:26** 84:7 |
| **10:38:14** 41:15 | **10:51:07** 53:10 | 346:25 | **11:09:16** 72:25 | **11:26:58** 84:10 |
| **10:38:31** 41:20 | **10:51:16** 53:15 | **102** 321:2 328:25 | **11:09:30** 73:5 | **11:27:07** 84:15 |
| **10:38:43** 41:25 | **10:51:26** 53:20 | 330:14 331:8 | **11:09:38** 73:10 | **11:27:20** 84:20 |
| **10:38:57** 42:5 | **10:51:42** 53:25 | **103** 321:2 332:8,17 | **11:09:46** 73:15 | **11:27:25** 84:25 |
| **10:39:10** 42:10 | **10:51:54** 54:5 | 333:10,18 334:4 | **11:09:52** 73:20 | **11:27:35** 85:5 |
| **10:39:51** 42:15 | **10:52:05** 54:10 | **104** 321:2 335:15 336:9 | **11:10:09** 73:25 | **11:27:47** 85:10 |
| **10:39:59** 42:20 | **10:52:12** 54:15 | 336:18 | **11:10:21** 74:5 | **11:27:58** 85:15 |
| **10:40:25** 42:25 | **10:52:24** 54:20 | **105** 266:22 321:2 338:5 | **11:10:34** 74:10 | **11:28:13** 85:20 |
| **10:40:38** 43:5 | **10:52:39** 54:25 | 338:6,8 | **11:10:43** 74:15 | **11:28:24** 85:25 |
| **10:40:47** 43:10 | **10:52:47** 55:5 | **10523** 3:13 | **11:10:56** 74:20 | **11:28:34** 86:5 |
| **10:41:00** 43:15 | **10:53:06** 55:10 | **11** 199:22,25 200:4,22 | **11:11:07** 74:25 | **11:28:42** 86:10 |
| **10:41:08** 43:20 | **10:53:12** 55:15 | 345:14 | **11:11:14** 75:5 | **11:28:53** 86:15 |
| **10:41:23** 43:25 | **10:53:26** 55:20 | **11:00:09** 63:15 | **11:11:22** 75:10 | **11:29:02** 86:20 |
| **10:41:38** 44:5 | **10:53:36** 55:25 | **11:00:17** 63:20 | **11:11:33** 75:15 | **11:29:15** 86:25 |
| **10:41:50** 44:10 | **10:53:46** 56:5 | **11:00:36** 63:25 | **11:11:48** 75:20 | **11:29:29** 87:5 |
| **10:42:05** 44:15 | **10:53:57** 56:10 | **11:00:43** 64:5 | **11:11:56** 75:25 | **11:29:37** 87:10 |
| **10:42:11** 44:20 | **10:54:06** 56:15 | **11:00:55** 64:10 | **11:12:01** 76:5 | **11:29:47** 87:15 |
| **10:42:21** 44:25 | **10:54:15** 56:20 | **11:01:09** 64:15 | **11:12:11** 76:10 | **11:29:55** 87:20 |
| **10:42:42** 45:5 | **10:54:25** 56:25 | **11:01:22** 64:20 | **11:12:19** 76:15 | **11:30:12** 87:25 |
| **10:42:52** 45:10 | **10:54:35** 57:5 | **11:01:37** 64:25 | **11:12:33** 76:20 | **11:30:16** 88:5 |
| **10:42:59** 45:15 | **10:54:46** 57:10 | **11:01:43** 65:5 | **11:12:41** 76:25 | **11:30:27** 88:10 |
| **10:43:09** 45:20 | **10:54:54** 57:15 | **11:01:52** 65:10 | **11:12:46** 77:5 | **11:30:34** 88:15 |
| **10:43:26** 45:25 | **10:55:05** 57:20 | **11:02:04** 65:15 | **11:12:58** 77:10 | **11:30:47** 88:20 |
| **10:43:35** 46:5 | **10:55:15** 57:25 | **11:02:14** 65:20 | **11:13:08** 77:15 | **11:31:09** 88:25 |
| **10:44:09** 46:10 | **10:55:26** 58:5 | **11:02:23** 65:25 | **11:13:19** 77:20 | **11:31:20** 89:5 |
| **10:44:24** 46:15 | **10:55:36** 58:10 | **11:02:35** 66:5 | **11:13:24** 77:25 | **11:31:32** 89:10 |
| **10:44:31** 46:20 | **10:55:41** 58:15 | **11:02:46** 66:10 | **11:13:32** 78:5 | **11:31:42** 89:15 |
| **10:44:40** 46:25 | **10:55:52** 58:20 | **11:03:01** 66:15 | **11:13:45** 78:10 | **11:31:55** 89:20 |
| **10:44:49** 47:5 | **10:56:00** 58:25 | **11:03:13** 66:20 | **11:13:56** 78:15 | **11:32:08** 89:25 |
| **10:45:06** 47:10 | **10:56:09** 59:5 | **11:03:29** 66:25 | **11:14:04** 78:20 | **11:32:19** 90:5 |
| **10:45:20** 47:15 | **10:56:29** 59:10 | **11:03:43** 67:5 | **11:14:17** 78:25 | **11:32:27** 90:10 |
| **10:45:32** 47:20 | **10:56:41** 59:15 | **11:03:59** 67:10 | **11:14:28** 79:5 | **11:32:42** 90:15 |
| **10:45:53** 47:25 | **10:56:52** 59:20 | **11:04:10** 67:15 | **11:14:37** 79:10 | **11:32:51** 90:20 |
| **10:46:03** 48:5 | **10:56:59** 59:25 | **11:04:18** 67:20 | **11:14:46** 79:15 | **11:32:59** 90:25 |
| **10:46:21** 48:10 | **10:57:07** 60:5 | **11:04:30** 67:25 | **11:14:56** 79:20 | **11:33:10** 91:5 |
| **10:46:30** 48:15 | **10:57:21** 60:10 | **11:04:36** 68:5 | **11:15:06** 79:25 | **11:33:23** 91:10 |
| **10:46:38** 48:20 | **10:57:33** 60:15 | **11:04:56** 68:10 | **11:15:12** 80:5 | **11:33:42** 91:15 |
| **10:46:54** 48:25 | **10:57:45** 60:20 | **11:05:12** 68:15 | **11:15:25** 80:10 | **11:34:01** 91:20 |
| **10:47:02** 49:5 | **10:57:54** 60:25 | **11:05:24** 68:20 | **11:15:42** 80:15 | **11:34:16** 91:25 |
| **10:47:10** 49:10 | **10:58:02** 61:5 | **11:05:35** 68:25 | **11:15:48** 80:20 | **11:34:21** 92:5 |
| **10:47:19** 49:15 | **10:58:10** 61:10 | **11:05:44** 69:5 | **11:16:01** 80:25 | **11:34:31** 92:10 |
| **10:47:28** 49:20 | **10:58:18** 61:15 | **11:05:58** 69:10 | **11:16:12** 81:5 | **11:34:50** 92:15 |
| **10:47:48** 49:25 | **10:58:25** 61:20 | **11:06:09** 69:15 | **11:16:28** 81:10 | **11:35:06** 92:20 |
| **10:48:03** 50:5 | **10:58:38** 61:25 | **11:06:16** 69:20 | **11:16:46** 81:15 | **11:35:19** 92:25 |
| **10:48:14** 50:10 | **10:58:42** 62:5 | **11:06:27** 69:25 | **11:17:02** 81:20 | **11:35:25** 93:5 |
| **10:48:27** 50:15 | **10:58:53** 62:10 | **11:06:34** 70:5 | **11:17:12** 81:25 | **11:35:31** 93:10 |
| **10:48:39** 50:20 | **10:59:04** 62:15 | **11:06:49** 70:10 | **11:17:20** 82:5 | **11:35:42** 93:15 |
| **10:48:47** 50:25 | **10:59:16** 62:20 | **11:06:59** 70:15 | **11:17:33** 82:10 | **11:35:59** 93:20 |
| **10:48:53** 51:5 | **10:59:27** 62:25 | **11:07:11** 70:20 | **11:17:45** 82:15 | **11:36:11** 93:25 |
| **10:49:06** 51:10 | **10:59:44** 63:5 | **11:07:23** 70:25 | **11:17:51** 82:20 | **11:36:18** 94:5 |
| **10:49:14** 51:15 | **10:59:54** 63:10 | **11:07:31** 71:5 | **11:18** 84:4 | **11:36:25** 94:10 |
| **10:49:28** 51:20 | **100** 2:9 4:14 7:10 | **11:07:47** 71:10 | **11:18:07** 82:25 | **11:36:39** 94:15 |
| **10:49:44** 51:25 | 245:18 263:25 264:8 | **11:07:57** 71:15 | **11:18:15** 83:5 | **11:36:48** 94:20 |
| **10:49:56** 52:5 | 320:24 323:25 324:9 | **11:08:11** 71:20 | **11:18:27** 83:10 | **11:36:53** 94:25 |
| **10:50:05** 52:10 | **10003** 3:7 | **11:08:25** 71:25 | **11:18:38** 83:15 | **11:37:00** 95:5 |

| | | | | |
|---|---|---|---|---|
| 11:37:08 95:10 | 11:48:42 107:5 | 12:00:03 117:15 | 12:13:52 128:25 | 12:24:03 140:20 |
| 11:37:14 95:15 | 11:48:55 107:10 | 12:00:22 117:20 | 12:14:01 129:5 | 12:24:11 140:25 |
| 11:37:23 95:20 | 11:49:02 107:15 | 12:00:36 117:25 | 12:14:20 129:10 | 12:24:22 141:5 |
| 11:37:39 95:25 | 11:49:16 107:20 | 12:00:45 118:5 | 12:14:35 129:15 | 12:24:29 141:10 |
| 11:37:50 96:5 | 11:49:27 107:25 | 12:00:57 118:10 | 12:14:44 129:20 | 12:24:43 141:15 |
| 11:38:05 96:10 | 11:49:36 108:5 | 12:01:12 118:15 | 12:14:55 129:25 | 12:24:57 141:20 |
| 11:38:12 96:15 | 11:49:49 108:10 | 12:01:18 118:20 | 12:15:03 130:5 | 12:25 141:12 |
| 11:38:19 96:20 | 11:49:59 108:15 | 12:01:28 118:25 | 12:15:12 130:10 | 12:25:18 141:25 |
| 11:38:30 96:25 | 11:50:09 108:20 | 12:01:36 119:5 | 12:15:27 130:15 | 12:25:22 142:5 |
| 11:38:41 97:5 | 11:50:16 108:25 | 12:01:52 119:10 | 12:15:40 130:20 | 12:25:41 142:10 |
| 11:38:56 97:10 | 11:50:23 109:5 | 12:02:07 119:15 | 12:15:54 130:25 | 12:25:57 142:15 |
| 11:39:09 97:15 | 11:50:32 109:10 | 12:02:21 119:20 | 12:16:06 131:5 | 12:26:07 142:20 |
| 11:39:19 97:20 | 11:50:50 109:15 | 12:02:29 119:25 | 12:16:17 131:10 | 12:26:20 142:25 |
| 11:39:30 97:25 | 11:51:03 109:20 | 12:02:39 120:5 | 12:16:29 131:15 | 12:26:31 143:5 |
| 11:39:35 98:5 | 11:51:13 109:25 | 12:02:51 120:10 | 12:16:42 131:20 | 12:26:41 143:10 |
| 11:39:48 98:10 | 11:51:18 110:5 | 12:03:03 120:15 | 12:16:51 131:25 | 12:26:56 143:15 |
| 11:40:01 98:15 | 11:51:37 110:10 | 12:03:16 120:20 | 12:17:02 132:5 | 12:27 144:11,13 |
| 11:40:12 98:20 | 11:51:46 110:15 | 12:03:33 120:25 | 12:17:15 132:10 | 12:27:11 143:20 |
| 11:40:37 98:25 | 11:51:57 110:20 | 12:03:41 121:5 | 12:17:25 132:15 | 12:27:28 143:25 |
| 11:40:50 99:5 | 11:52:17 110:25 | 12:03:56 121:10 | 12:17:35 132:20 | 12:27:35 144:5 |
| 11:41:00 99:10 | 11:52:30 111:5 | 12:04:17 121:15 | 12:17:45 132:25 | 12:27:52 144:10 |
| 11:41:10 99:15 | 11:52:46 111:10 | 12:04:34 121:20 | 12:17:50 133:5 | 1215 1:6 |
| 11:41:21 99:20 | 11:53:03 111:15 | 12:04:42 121:25 | 12:17:58 133:10 | 123 344:8 |
| 11:41:36 99:25 | 11:53:18 111:20 | 12:05 122:21 | 12:18:08 133:15 | 13 181:20,21,24 220:19 |
| 11:41:47 100:5 | 11:53:34 111:25 | 12:05:06 122:5 | 12:18:14 133:20 |    220:21 221:11,17 |
| 11:42:00 100:10 | 11:53:51 112:5 | 12:05:14 122:10 | 12:18:22 133:25 |    222:16 345:18 |
| 11:42:12 100:15 | 11:54:05 112:10 | 12:05:24 122:15 | 12:18:29 134:5 | 13:54:45 145:10 |
| 11:42:20 100:20 | 11:54:17 112:15 | 12:06 122:24 | 12:18:37 134:10 | 13:55:00 145:15 |
| 11:42:33 100:25 | 11:54:26 112:20 | 12:06:07 122:20 | 12:18:50 134:15 | 13:55:14 145:20 |
| 11:42:39 101:5 | 11:54:38 112:25 | 12:07:04 122:25 | 12:18:57 134:20 | 13:55:33 145:25 |
| 11:42:51 101:10 | 11:54:45 113:5 | 12:07:26 123:5 | 12:19:12 134:25 | 13:55:44 146:5 |
| 11:43:06 101:15 | 11:54:51 113:10 | 12:07:53 123:10 | 12:19:21 135:5 | 13:55:56 146:10 |
| 11:43:15 101:20 | 11:55:00 113:15 | 12:08:11 123:15 | 12:19:30 135:10 | 13:56:04 146:15 |
| 11:43:28 101:25 | 11:55:14 113:20 | 12:08:20 123:20 | 12:19:42 135:15 | 13:56:12 146:20 |
| 11:43:37 102:5 | 11:55:32 113:25 | 12:08:28 123:25 | 12:20:00 135:20 | 13:56:30 146:25 |
| 11:43:49 102:10 | 11:55:40 114:5 | 12:08:36 124:5 | 12:20:10 135:25 | 13:56:36 147:5 |
| 11:44:01 102:15 | 11:55:53 114:10 | 12:08:52 124:10 | 12:20:23 136:5 | 13:56:45 147:10 |
| 11:44:14 102:20 | 11:56:20 114:15 | 12:09:04 124:15 | 12:20:28 136:10 | 13:56:52 147:15 |
| 11:44:25 102:25 | 11:56:42 114:20 | 12:09:17 124:20 | 12:20:37 136:15 | 13:57:06 147:20 |
| 11:44:34 103:5 | 11:56:56 114:25 | 12:09:49 124:25 | 12:20:47 136:20 | 13:57:25 147:25 |
| 11:44:45 103:10 | 11:57:01 115:5 | 12:09:57 125:5 | 12:20:52 136:25 | 13:57:31 148:5 |
| 11:44:54 103:15 | 11:57:22 115:10 | 12:10:10 125:10 | 12:20:59 137:5 | 13:57:43 148:10 |
| 11:45:07 103:20 | 11:57:37 115:15 | 12:10:20 125:15 | 12:21:10 137:10 | 13:57:52 148:15 |
| 11:45:15 103:25 | 11:57:50 115:20 | 12:10:31 125:20 | 12:21:20 137:15 | 13:58:08 148:20 |
| 11:45:24 104:5 | 11:58:04 115:25 | 12:10:48 125:25 | 12:21:33 137:20 | 13:58:15 148:25 |
| 11:45:33 104:10 | 11:58:12 116:5 | 12:10:52 126:5 | 12:21:51 137:25 | 13:58:32 149:5 |
| 11:45:47 104:15 | 11:58:32 116:10 | 12:11:02 126:10 | 12:22:01 138:5 | 13:58:42 149:10 |
| 11:46:08 104:20 | 11:58:46 116:15 | 12:11:17 126:15 | 12:22:07 138:10 | 13:58:52 149:15 |
| 11:46:21 104:25 | 11:59:12 116:20 | 12:11:33 126:20 | 12:22:18 138:15 | 13:59:01 149:20 |
| 11:46:31 105:5 | 11:59:24 116:25 | 12:11:47 126:25 | 12:22:22 138:20 | 13:59:11 149:25 |
| 11:46:54 105:10 | 11:59:34 117:5 | 12:11:53 127:5 | 12:22:28 138:25 | 13:59:25 150:5 |
| 11:47:08 105:15 | 11:59:46 117:10 | 12:12:08 127:10 | 12:22:47 139:5 | 13:59:38 150:10 |
| 11:47:20 105:20 | 11501 4:7 | 12:12:24 127:15 | 12:22:53 139:10 | 13:59:49 150:15 |
| 11:47:32 105:25 | 11556-0926 3:21 | 12:12:41 127:20 | 12:23:01 139:15 | 13:59:59 150:20 |
| 11:47:41 106:5 | 11770 201:18 | 12:12:53 127:25 | 12:23:14 139:20 | 14 220:25 221:3 222:18 |
| 11:47:51 106:10 | 11788-4311 4:16 | 12:13:10 128:5 | 12:23:20 139:25 |    226:25 345:20 |
| 11:48:04 106:15 | 12 182:3,11,23 203:20 | 12:13:17 128:10 | 12:23:35 140:5 | 14th 319:2,20 |
| 11:48:14 106:20 |    203:23 205:3 212:10 | 12:13:30 128:15 | 12:23:42 140:10 | 14,000 62:9 |
| 11:48:30 106:25 |    212:18 214:21 345:16 | 12:13:41 128:20 | 12:23:53 140:15 | 14:00:10 150:25 |

| | | | | |
|---|---|---|---|---|
| 14:00:24 151:5 | 14:13:14 162:25 | 14:24:55 174:20 | 14:39:12 186:15 | 14:51:41 198:10 |
| 14:00:38 151:10 | 14:13:21 163:5 | 14:25:11 174:25 | 14:39:22 186:20 | 14:51:54 198:15 |
| 14:00:48 151:15 | 14:13:35 163:10 | 14:25:15 175:5 | 14:39:51 186:25 | 14:52:02 198:20 |
| 14:01:04 151:20 | 14:13:48 163:15 | 14:25:24 175:10 | 14:39:57 187:5 | 14:52:11 198:25 |
| 14:01:12 151:25 | 14:13:56 163:20 | 14:25:31 175:15 | 14:41:05 187:10 | 14:52:19 199:5 |
| 14:01:19 152:5 | 14:14:04 163:25 | 14:25:37 175:20 | 14:41:10 187:15 | 14:52:36 199:10 |
| 14:01:39 152:10 | 14:14:13 164:5 | 14:25:48 175:25 | 14:41:17 187:20 | 14:52:56 199:15 |
| 14:01:46 152:15 | 14:14:24 164:10 | 14:25:58 176:5 | 14:41:27 187:25 | 14:53:09 199:20 |
| 14:01:57 152:20 | 14:14:30 164:15 | 14:26:21 176:10 | 14:41:36 188:5 | 14:53:13 199:25 |
| 14:02:04 152:25 | 14:14:36 164:20 | 14:26:49 176:15 | 14:41:48 188:10 | 14:53:55 200:5 |
| 14:02:10 153:5 | 14:15:01 164:25 | 14:27:02 176:20 | 14:42:03 188:15 | 14:54:06 200:10 |
| 14:02:29 153:10 | 14:15:11 165:5 | 14:27:18 176:25 | 14:42:11 188:20 | 14:54:16 200:15 |
| 14:02:39 153:15 | 14:15:19 165:10 | 14:27:34 177:5 | 14:42:21 188:25 | 14:54:23 200:20 |
| 14:02:51 153:20 | 14:15:29 165:15 | 14:27:42 177:10 | 14:42:35 189:5 | 14:54:39 200:25 |
| 14:03:03 153:25 | 14:15:46 165:20 | 14:27:56 177:15 | 14:42:48 189:10 | 14:54:55 201:5 |
| 14:03:11 154:5 | 14:15:56 165:25 | 14:28:07 177:20 | 14:43:02 189:15 | 14:55:05 201:10 |
| 14:03:32 154:10 | 14:16:04 166:5 | 14:28:26 177:25 | 14:43:08 189:20 | 14:55:18 201:15 |
| 14:03:55 154:15 | 14:16:18 166:10 | 14:28:36 178:5 | 14:43:17 189:25 | 14:55:32 201:20 |
| 14:04:17 154:20 | 14:16:28 166:15 | 14:28:46 178:10 | 14:43:27 190:5 | 14:55:39 201:25 |
| 14:04:33 154:25 | 14:16:43 166:20 | 14:28:59 178:15 | 14:43:33 190:10 | 14:55:46 202:5 |
| 14:04:48 155:5 | 14:16:52 166:25 | 14:29:08 178:20 | 14:44:08 190:15 | 14:55:56 202:10 |
| 14:04:57 155:10 | 14:17:00 167:5 | 14:29:23 178:25 | 14:44:24 190:20 | 14:56:09 202:15 |
| 14:05:03 155:15 | 14:17:19 167:10 | 14:29:35 179:5 | 14:44:37 190:25 | 14:56:25 202:20 |
| 14:05:12 155:20 | 14:17:29 167:15 | 14:29:51 179:10 | 14:45:01 191:5 | 14:56:44 202:25 |
| 14:05:26 155:25 | 14:17:38 167:20 | 14:30:03 179:15 | 14:45:11 191:10 | 14:56:53 203:5 |
| 14:05:39 156:5 | 14:17:48 167:25 | 14:30:21 179:20 | 14:45:25 191:15 | 14:57:02 203:10 |
| 14:05:45 156:10 | 14:17:58 168:5 | 14:30:31 179:25 | 14:45:30 191:20 | 14:57:15 203:15 |
| 14:06:02 156:15 | 14:18:07 168:10 | 14:30:42 180:5 | 14:45:38 191:25 | 14:57:34 203:20 |
| 14:06:12 156:20 | 14:18:15 168:15 | 14:31:04 180:10 | 14:45:44 192:5 | 14:58:18 203:25 |
| 14:06:22 156:25 | 14:18:24 168:20 | 14:31:21 180:15 | 14:45:58 192:10 | 14:58:24 204:5 |
| 14:06:34 157:5 | 14:18:31 168:25 | 14:31:36 180:20 | 14:46:04 192:15 | 14:58:40 204:10 |
| 14:06:51 157:10 | 14:18:40 169:5 | 14:31:46 180:25 | 14:46:12 192:20 | 14:58:51 204:15 |
| 14:07:11 157:15 | 14:18:53 169:10 | 14:31:51 181:5 | 14:46:31 192:25 | 14:59:02 204:20 |
| 14:07:44 157:20 | 14:19:04 169:15 | 14:32:16 181:10 | 14:46:39 193:5 | 14:59:13 204:25 |
| 14:08:11 157:25 | 14:19:19 169:20 | 14:32:40 181:15 | 14:46:47 193:10 | 14:59:19 205:5 |
| 14:08:14 158:5 | 14:19:26 169:25 | 14:32:54 181:20 | 14:47:00 193:15 | 14:59:31 205:10 |
| 14:08:27 158:10 | 14:19:30 170:5 | 14:33:05 181:25 | 14:47:11 193:20 | 14:59:44 205:15 |
| 14:08:44 158:15 | 14:19:39 170:10 | 14:33:20 182:5 | 14:47:21 193:25 | 14:59:55 205:20 |
| 14:09:06 158:20 | 14:19:59 170:15 | 14:33:43 182:10 | 14:47:35 194:5 | 147 344:11 |
| 14:09:23 158:25 | 14:20:11 170:20 | 14:33:54 182:15 | 14:47:44 194:10 | 15 220:11 263:10,11,17 |
| 14:09:35 159:5 | 14:20:24 170:25 | 14:34:06 182:20 | 14:47:54 194:15 | 345:22 |
| 14:09:48 159:10 | 14:20:31 171:5 | 14:34:17 182:25 | 14:48:10 194:20 | 15:00:10 205:25 |
| 14:09:58 159:15 | 14:20:36 171:10 | 14:34:34 183:5 | 14:48:15 194:25 | 15:00:18 206:5 |
| 14:10:11 159:20 | 14:21:03 171:15 | 14:34:44 183:10 | 14:48:26 195:5 | 15:00:30 206:10 |
| 14:10:36 159:25 | 14:21:43 171:20 | 14:34:52 183:15 | 14:48:39 195:10 | 15:00:46 206:15 |
| 14:10:47 160:5 | 14:21:49 171:25 | 14:35:14 183:20 | 14:48:57 195:15 | 15:00:55 206:20 |
| 14:11:04 160:10 | 14:21:56 172:5 | 14:35:29 183:25 | 14:49:05 195:20 | 15:01:07 206:25 |
| 14:11:18 160:15 | 14:22:18 172:10 | 14:35:41 184:5 | 14:49:14 195:25 | 15:01:15 207:5 |
| 14:11:26 160:20 | 14:22:31 172:15 | 14:35:56 184:10 | 14:49:26 196:5 | 15:01:37 207:10 |
| 14:11:34 160:25 | 14:22:40 172:20 | 14:36:38 184:15 | 14:49:35 196:10 | 15:01:51 207:15 |
| 14:11:47 161:5 | 14:22:56 172:25 | 14:37:29 184:20 | 14:50:02 196:15 | 15:02:04 207:20 |
| 14:11:55 161:10 | 14:23:10 173:5 | 14:37:40 184:25 | 14:50:14 196:20 | 15:02:11 207:25 |
| 14:12:02 161:15 | 14:23:24 173:10 | 14:37:49 185:5 | 14:50:32 196:25 | 15:02:26 208:5 |
| 14:12:14 161:20 | 14:23:38 173:15 | 14:37:58 185:10 | 14:50:41 197:5 | 15:02:40 208:10 |
| 14:12:23 161:25 | 14:23:48 173:20 | 14:38:07 185:15 | 14:50:56 197:10 | 15:02:52 208:15 |
| 14:12:32 162:5 | 14:23:56 173:25 | 14:38:18 185:20 | 14:51:04 197:15 | 15:03:09 208:20 |
| 14:12:40 162:10 | 14:24:07 174:5 | 14:38:31 185:25 | 14:51:16 197:20 | 15:03:24 208:25 |
| 14:12:50 162:15 | 14:24:16 174:10 | 14:38:41 186:5 | 14:51:26 197:25 | 15:03:38 209:5 |
| 14:12:58 162:20 | 14:24:34 174:15 | 14:39:01 186:10 | 14:51:33 198:5 | 15:03:48 209:10 |

| | | | | |
|---|---|---|---|---|
| 15:03:59 209:15 | 15:26:01 221:10 | 15:38:53 233:5 | 15:51:26 244:25 | 16:02:34 255:25 |
| 15:04:11 209:20 | 15:26:41 221:15 | 15:39:07 233:10 | 15:51:38 245:5 | 16:02:46 256:5 |
| 15:04:26 209:25 | 15:26:49 221:20 | 15:39:20 233:15 | 15:51:51 245:10 | 16:02:59 256:10 |
| 15:04:35 210:5 | 15:27:07 221:25 | 15:39:29 233:20 | 15:52:06 245:15 | 16:03:12 256:15 |
| 15:05:12 210:10 | 15:27:15 222:5 | 15:39:41 233:25 | 15:52:21 245:20 | 16:03:21 256:20 |
| 15:05:30 210:15 | 15:27:33 222:10 | 15:39:52 234:5 | 15:52:34 245:25 | 16:03:31 256:25 |
| 15:05:41 210:20 | 15:27:46 222:15 | 15:40:03 234:10 | 15:52:44 246:5 | 16:03:40 257:5 |
| 15:05:54 210:25 | 15:28:05 222:20 | 15:40:17 234:15 | 15:52:52 246:10 | 16:03:57 257:10 |
| 15:06:08 211:5 | 15:28:30 222:25 | 15:40:32 234:20 | 15:53:03 246:15 | 16:04:12 257:15 |
| 15:06:18 211:10 | 15:28:43 223:5 | 15:40:50 234:25 | 15:53:10 246:20 | 16:04:23 257:20 |
| 15:06:27 211:15 | 15:29:11 223:10 | 15:41:00 235:5 | 15:53:19 246:25 | 16:04:34 257:25 |
| 15:06:35 211:20 | 15:29:17 223:15 | 15:41:13 235:10 | 15:53:27 247:5 | 16:04:42 258:5 |
| 15:06:47 211:25 | 15:29:31 223:20 | 15:41:30 235:15 | 15:53:39 247:10 | 16:04:52 258:10 |
| 15:06:59 212:5 | 15:29:47 223:25 | 15:41:47 235:20 | 15:53:54 247:15 | 16:05:01 258:15 |
| 15:07:08 212:10 | 15:29:52 224:5 | 15:42:03 235:25 | 15:54:07 247:20 | 16:05:14 258:20 |
| 15:07:46 212:15 | 15:30:05 224:10 | 15:42:11 236:5 | 15:54:21 247:25 | 16:05:25 258:25 |
| 15:07:56 212:20 | 15:30:21 224:15 | 15:42:17 236:10 | 15:54:29 248:5 | 16:05:36 259:5 |
| 15:08:07 212:25 | 15:30:31 224:20 | 15:42:23 236:15 | 15:54:47 248:10 | 16:05:45 259:10 |
| 15:08:15 213:5 | 15:30:41 224:25 | 15:42:36 236:20 | 15:54:59 248:15 | 16:05:56 259:15 |
| 15:08:22 213:10 | 15:31:00 225:5 | 15:42:49 236:25 | 15:55:13 248:20 | 16:06:05 259:20 |
| 15:08:32 213:15 | 15:31:22 225:10 | 15:42:59 237:5 | 15:55:21 248:25 | 16:06:22 259:25 |
| 15:08:44 213:20 | 15:31:29 225:15 | 15:43:12 237:10 | 15:55:42 249:5 | 16:06:31 260:5 |
| 15:08:54 213:25 | 15:31:38 225:20 | 15:43:24 237:15 | 15:55:51 249:10 | 16:06:41 260:10 |
| 15:09:03 214:5 | 15:31:47 225:25 | 15:43:36 237:20 | 15:55:59 249:15 | 16:06:52 260:15 |
| 15:09:11 214:10 | 15:31:54 226:5 | 15:43:43 237:25 | 15:56:10 249:20 | 16:07:05 260:20 |
| 15:09:21 214:15 | 15:32:12 226:10 | 15:43:53 238:5 | 15:56:18 249:25 | 16:07:21 260:25 |
| 15:09:35 214:20 | 15:32:29 226:15 | 15:44:02 238:10 | 15:56:26 250:5 | 16:07:26 261:5 |
| 15:09:50 214:25 | 15:32:45 226:20 | 15:44:18 238:15 | 15:56:40 250:10 | 16:07:45 261:10 |
| 15:09:59 215:5 | 15:32:59 226:25 | 15:44:30 238:20 | 15:56:53 250:15 | 16:07:55 261:15 |
| 15:10:14 215:10 | 15:33:15 227:5 | 15:44:41 238:25 | 15:57:08 250:20 | 16:08:09 261:20 |
| 15:10:33 215:15 | 15:33:28 227:10 | 15:44:50 239:5 | 15:57:21 250:25 | 16:08:24 261:25 |
| 15:10:48 215:20 | 15:33:36 227:15 | 15:45:04 239:10 | 15:57:38 251:5 | 16:08:32 262:5 |
| 15:11:03 215:25 | 15:33:42 227:20 | 15:45:19 239:15 | 15:57:50 251:10 | 16:09:14 262:10 |
| 15:11:14 216:5 | 15:33:56 227:25 | 15:45:38 239:20 | 15:58:03 251:15 | 16:09:26 262:15 |
| 15:11:23 216:10 | 15:34:06 228:5 | 15:45:44 239:25 | 15:58:17 251:20 | 16:10:04 262:20 |
| 15:11:37 216:15 | 15:34:12 228:10 | 15:45:53 240:5 | 15:58:39 251:25 | 16:10:22 262:25 |
| 15:11:45 216:20 | 15:34:24 228:15 | 15:46:02 240:10 | 15:58:48 252:5 | 16:10:33 263:5 |
| 15:11:56 216:25 | 15:34:37 228:20 | 15:46:20 240:15 | 15:59:08 252:10 | 16:12:45 263:10 |
| 15:12:04 217:5 | 15:34:50 228:25 | 15:46:36 240:20 | 15:59:19 252:15 | 16:13:28 263:15 |
| 15:12:18 217:10 | 15:35:06 229:5 | 15:46:50 240:25 | 15:59:32 252:20 | 16:13:37 263:20 |
| 15:12:27 217:15 | 15:35:19 229:10 | 15:46:59 241:5 | 15:59:43 252:25 | 16:13:46 263:25 |
| 15:12:40 217:20 | 15:35:36 229:15 | 15:47:10 241:10 | 15:59:54 253:5 | 16:14:01 264:5 |
| 15:12:49 217:25 | 15:35:48 229:20 | 15:47:33 241:15 | 157 344:24 | 16:14:11 264:10 |
| 15:12:56 218:5 | 15:35:55 229:25 | 15:47:48 241:20 | 16 268:20,23 305:11 345:23 | 16:14:20 264:15 |
| 15:13:09 218:10 | 15:36:09 230:5 | 15:48:00 241:25 | 16th 315:16 | 16:14:27 264:20 |
| 15:13:13 218:15 | 15:36:24 230:10 | 15:48:09 242:5 | 16:00:10 253:10 | 16:14:45 264:25 |
| 15:13:24 218:20 | 15:36:41 230:15 | 15:48:24 242:10 | 16:00:28 253:15 | 16:14:57 265:5 |
| 15:13:38 218:25 | 15:36:51 230:20 | 15:48:40 242:15 | 16:00:43 253:20 | 16:15:17 265:10 |
| 15:13:46 219:5 | 15:37:01 230:25 | 15:48:59 242:20 | 16:01:03 253:25 | 16:15:30 265:15 |
| 15:14:06 219:10 | 15:37:07 231:5 | 15:49:17 242:25 | 16:01:09 254:5 | 16:15:37 265:20 |
| 15:14:21 219:15 | 15:37:13 231:10 | 15:49:28 243:5 | 16:01:20 254:10 | 16:15:55 265:25 |
| 15:14:30 219:20 | 15:37:30 231:15 | 15:49:36 243:10 | 16:01:32 254:15 | 16:16:07 266:5 |
| 15:14:38 219:25 | 15:37:47 231:20 | 15:49:48 243:15 | 16:01:44 254:20 | 16:16:18 266:10 |
| 15:14:48 220:5 | 15:37:54 231:25 | 15:50:07 243:20 | 16:01:51 254:25 | 16:16:35 266:15 |
| 15:15:02 220:10 | 15:38:01 232:5 | 15:50:20 243:25 | 16:02:02 255:5 | 16:16:48 266:20 |
| 15:15:07 220:15 | 15:38:07 232:10 | 15:50:31 244:5 | 16:02:09 255:10 | 16:17:00 266:25 |
| 15:20:26 220:20 | 15:38:18 232:15 | 15:50:45 244:10 | 16:02:18 255:15 | 16:17:06 267:5 |
| 15:20:52 220:25 | 15:38:29 232:20 | 15:50:58 244:15 | 16:02:26 255:20 | 16:17:11 267:10 |
| 15:20:55 221:5 | 15:38:42 232:25 | 15:51:18 244:20 | | 16:17:18 267:15 |

| | | | | |
|---|---|---|---|---|
| 16:17:27 267:20 | 16:31:06 279:15 | 16:43:09 291:10 | 17:00:02 302:15 | 17:17:55 314:10 |
| 16:17:43 267:25 | 16:31:23 279:20 | 16:43:25 291:15 | 17:00:07 302:20 | 17:18:04 314:15 |
| 16:17:50 268:5 | 16:31:44 279:25 | 16:43:35 291:20 | 17:00:21 302:25 | 17:18:22 314:20 |
| 16:18:02 268:10 | 16:32:13 280:5 | 16:43:47 291:25 | 17:00:31 303:5 | 17:18:36 314:25 |
| 16:18:15 268:15 | 16:32:49 280:10 | 16:43:56 292:5 | 17:00:45 303:10 | 17:18:42 315:5 |
| 16:18:31 268:20 | 16:33:00 280:15 | 16:44:15 292:10 | 17:01:00 303:15 | 17:18:48 315:10 |
| 16:18:47 268:25 | 16:33:10 280:20 | 16:44:27 292:15 | 17:01:15 303:20 | 17:19:04 315:15 |
| 16:19:34 269:5 | 16:33:25 280:25 | 16:44:31 292:20 | 17:01:17 303:25 | 17:19:18 315:20 |
| 16:19:42 269:10 | 16:33:34 281:5 | 16:44:52 292:25 | 17:02:09 304:5 | 17:19:27 315:25 |
| 16:19:52 269:15 | 16:33:40 281:10 | 16:45:07 293:5 | 17:02:16 304:10 | 17:19:36 316:5 |
| 16:20:00 269:20 | 16:33:53 281:15 | 16:45:34 293:10 | 17:02:26 304:15 | 17:19:51 316:10 |
| 16:20:43 269:25 | 16:34:03 281:20 | 16:45:45 293:15 | 17:02:54 304:20 | 17:20:03 316:15 |
| 16:20:48 270:5 | 16:34:12 281:25 | 16:46:00 293:20 | 17:03:06 304:25 | 17:20:15 316:20 |
| 16:21:01 270:10 | 16:34:21 282:5 | 16:46:13 293:25 | 17:03:25 305:5 | 17:20:32 316:25 |
| 16:21:11 270:15 | 16:34:31 282:10 | 16:46:23 294:5 | 17:03:41 305:10 | 17:20:43 317:5 |
| 16:21:28 270:20 | 16:34:39 282:15 | 16:46:40 294:10 | 17:04:27 305:15 | 17:21:02 317:10 |
| 16:21:45 270:25 | 16:34:49 282:20 | 16:46:51 294:15 | 17:04:30 305:20 | 17:21:13 317:15 |
| 16:21:56 271:5 | 16:35:03 282:25 | 16:47:02 294:20 | 17:04:44 305:25 | 17:21:20 317:20 |
| 16:22:05 271:10 | 16:35:11 283:5 | 16:47:14 294:25 | 17:04:52 306:5 | 17:21:33 317:25 |
| 16:22:23 271:15 | 16:35:25 283:10 | 16:47:24 295:5 | 17:05:05 306:10 | 17:21:40 318:5 |
| 16:22:34 271:20 | 16:35:43 283:15 | 16:47:39 295:10 | 17:06:44 306:15 | 17:21:53 318:10 |
| 16:22:47 271:25 | 16:35:53 283:20 | 16:47:56 295:15 | 17:07:57 306:20 | 17:22:25 318:15 |
| 16:22:59 272:5 | 16:36:01 283:25 | 16:48:10 295:20 | 17:08:14 306:25 | 17:22:32 318:20 |
| 16:23:12 272:10 | 16:36:10 284:5 | 16:48:27 295:25 | 17:08:26 307:5 | 17:22:36 318:25 |
| 16:23:31 272:15 | 16:36:19 284:10 | 16:48:36 296:5 | 17:08:31 307:10 | 17:22:51 319:5 |
| 16:23:46 272:20 | 16:36:31 284:15 | 16:48:51 296:10 | 17:08:41 307:15 | 17:23:00 319:10 |
| 16:23:59 272:25 | 16:36:41 284:20 | 16:49:02 296:15 | 17:08:54 307:20 | 17:23:10 319:15 |
| 16:24:11 273:5 | 16:36:48 284:25 | 16:49:20 296:20 | 17:09:08 307:25 | 17:23:21 319:20 |
| 16:24:22 273:10 | 16:36:52 285:5 | 16:49:35 296:25 | 17:09:21 308:5 | 17:23:40 319:25 |
| 16:24:31 273:15 | 16:37:03 285:10 | 16:49:41 297:5 | 17:09:36 308:10 | 17:23:50 320:5 |
| 16:24:44 273:20 | 16:37:21 285:15 | 16:49:48 297:10 | 17:09:49 308:15 | 17:23:59 320:10 |
| 16:25:01 273:25 | 16:37:30 285:20 | 16:50:00 297:15 | 17:10:08 308:20 | 17:24:13 320:15 |
| 16:25:09 274:5 | 16:37:39 285:25 | 16:50:18 297:20 | 17:10:28 308:25 | 17:24:19 320:20 |
| 16:25:21 274:10 | 16:37:46 286:5 | 16:54:00 297:25 | 17:10:45 309:5 | 17:24:31 320:25 |
| 16:25:35 274:15 | 16:37:50 286:10 | 16:54:13 298:5 | 17:10:57 309:10 | 17:24:45 321:5 |
| 16:25:50 274:20 | 16:37:54 286:15 | 16:54:59 298:10 | 17:11:11 309:15 | 17:24:56 321:10 |
| 16:26:07 274:25 | 16:38:08 286:20 | 16:55:12 298:15 | 17:11:26 309:20 | 17:25:10 321:15 |
| 16:26:18 275:5 | 16:38:20 286:25 | 16:55:28 298:20 | 17:11:41 309:25 | 17:25:21 321:20 |
| 16:26:33 275:10 | 16:38:29 287:5 | 16:55:38 298:25 | 17:12:00 310:5 | 17:25:34 321:25 |
| 16:26:50 275:15 | 16:38:42 287:10 | 16:55:46 299:5 | 17:12:13 310:10 | 17:25:46 322:5 |
| 16:27:07 275:20 | 16:38:53 287:15 | 16:56:04 299:10 | 17:12:29 310:15 | 17:25:54 322:10 |
| 16:27:18 275:25 | 16:39:08 287:20 | 16:56:35 299:15 | 17:12:37 310:20 | 17:26:02 322:15 |
| 16:27:25 276:5 | 16:39:24 287:25 | 16:56:46 299:20 | 17:12:51 310:25 | 17:26:12 322:20 |
| 16:27:43 276:10 | 16:39:31 288:5 | 16:57:02 299:25 | 17:13:03 311:5 | 17:26:19 322:25 |
| 16:27:51 276:15 | 16:39:39 288:10 | 16:57:11 300:5 | 17:13:15 311:10 | 17:26:26 323:5 |
| 16:28:05 276:20 | 16:39:49 288:15 | 16:57:22 300:10 | 17:13:25 311:15 | 17:26:41 323:10 |
| 16:28:12 276:25 | 16:40:00 288:20 | 16:57:34 300:15 | 17:13:41 311:20 | 17:26:51 323:15 |
| 16:28:23 277:5 | 16:40:08 288:25 | 16:57:49 300:20 | 17:13:56 311:25 | 17:27:03 323:20 |
| 16:28:36 277:10 | 16:40:27 289:5 | 16:58:10 300:25 | 17:14:10 312:5 | 17:27:11 323:25 |
| 16:28:55 277:15 | 16:40:41 289:10 | 16:58:18 301:5 | 17:14:24 312:10 | 17:27:25 324:5 |
| 16:29:09 277:20 | 16:40:43 289:15 | 16:58:29 301:10 | 17:14:40 312:15 | 17:27:39 324:10 |
| 16:29:21 277:25 | 16:40:51 289:20 | 16:58:43 301:15 | 17:14:52 312:20 | 17:27:42 324:15 |
| 16:29:31 278:5 | 16:41:01 289:25 | 16:58:52 301:20 | 17:15:22 312:25 | 17:27:52 324:20 |
| 16:30:12 278:10 | 16:41:50 290:5 | 16:59:25 301:25 | 17:15:28 313:5 | 17:28:03 324:25 |
| 16:30:22 278:15 | 16:42:04 290:10 | 16:59:36 302:5 | 17:15:47 313:10 | 17:28:11 325:5 |
| 16:30:32 278:20 | 16:42:16 290:15 | 16:59:53 302:10 | 17:16:21 313:15 | 17:28:32 325:10 |
| 16:30:43 278:25 | 16:42:32 290:20 | 163 344:8 | 17:17:04 313:20 | 17:28:48 325:15 |
| 16:30:47 279:5 | 16:42:48 290:25 | 17 269:16,19 315:19 | 17:17:38 313:25 | 17:28:58 325:20 |
| 16:30:56 279:10 | 16:42:54 291:5 | 346:2 | 17:17:45 314:5 | 17:29:20 325:25 |

| | | | | |
|---|---|---|---|---|
| 17:29:29 326:5 | 17:40:08 337:25 | 20 298:2,4,18 346:11 | 289 346:8 | 6100 4:15 |
| 17:29:50 326:10 | 17:40:10 338:5 | 2002 66:16 | 298 346:11 | |
| 17:30:06 326:15 | 17:40:34 338:10 | 2004 112:9,12 113:20 | | **7** |
| 17:30:25 326:20 | 17:40:46 338:15 | 114:21 116:9 298:3,5 | **3** | 7 176:9,12 296:18,19 |
| 17:30:31 326:25 | 17:40:56 338:20 | 317:3 346:12 | 3 6:16,18 124:22 | 296:19,20 345:4 |
| 17:30:37 327:5 | 17:41:11 338:25 | 2005 116:9 174:2 310:3 | 280:23,24 281:3,12 | 74 312:13 |
| 17:30:48 327:10 | 17:41:31 339:5 | 310:5 313:5 | 282:23 283:7,21 | 75 243:23,24 248:9 |
| 17:30:57 327:15 | 17:41:40 339:10 | 2006 218:24 231:17,18 | 287:23 288:12,12 | 327:6 |
| 17:31:04 327:20 | 17:41:57 339:15 | 231:19,22 306:14,16 | 289:16 344:18 | 77 312:13 |
| 17:31:14 327:25 | 17:42:13 339:20 | 346:20 | 3/24/06 227:3,5,25 | 79 312:14 |
| 17:31:21 328:5 | 17:42:21 339:25 | 2007 20:15 22:9,12 | 3:14 220:16 | |
| 17:31:28 328:10 | 17:42:32 340:5 | 115:6 209:3 219:9 | 3:25 221:8 | **8** |
| 17:31:35 328:15 | 17:42:45 340:10 | 231:16 | 30 169:25 344:8 | 8 184:6,9 189:7 217:17 |
| 17:31:41 328:20 | 17:42:55 340:15 | 2008 2:4 | 301 346:13 | 219:9 344:4 345:7 |
| 17:31:52 328:25 | 17:43:08 340:20 | 2009 1:21 7:12 342:22 | 303 346:15 | 80s 311:21,22 |
| 17:32:12 329:5 | 17:43:18 340:25 | 343:21 348:3,23 | 305 346:17 | 85 3:6 |
| 17:32:20 329:10 | 17:43:34 341:5 | 203 345:16 | 306 346:19,21 | |
| 17:32:30 329:15 | 17:43:44 341:10 | 20820 1:25 | 313 346:23 347:2 | **9** |
| 17:32:40 329:20 | 17:43:58 341:15 | 21 301:16,19 346:13 | 315 201:10 | 9 133:3 186:24 187:3 |
| 17:32:57 329:25 | 17:44:09 341:20 | 210 344:11 | 318 344:5 | 187:12 216:10,13 |
| 17:33:07 330:5 | 17:44:16 341:25 | 22 225:3 303:22,23 | 341 344:4 | 217:12 345:10 |
| 17:33:15 330:10 | 17:44:32 342:5 | 346:15 | 35 344:8 | 90 312:14 |
| 17:33:27 330:15 | 17:44:41 342:10 | 220 345:18 | 371 201:11,12 | 92 344:8 |
| 17:33:41 330:20 | 17:44:47 342:15 | 221 345:20 | 373 305:10,13 346:18 | 926 3:20 |
| 17:33:50 330:25 | 170 4:6 | 2214 221:24 | 376 305:10,13 346:18 | 96 308:20 |
| 17:34:00 331:5 | 171 345:2 | 23 298:3,5 305:8,12 | | 97 308:21 |
| 17:34:16 331:10 | 176 345:4 | 306:14,16 320:10 | **4** | 98 308:21 |
| 17:34:23 331:15 | 18 1:21 2:4 7:12 174:2 | 346:12,17,20 | 4 6:23,25 141:23 | 99 266:21 267:17,18 |
| 17:34:35 331:20 | 280:4,7 344:8 346:5 | 231 222:20 | 226:12,19 283:3 | 308:21 321:2,9,10 |
| 17:34:47 331:25 | 348:3 | 233 269:18,20 346:4 | 288:14 344:21 | 322:9 |
| 17:34:52 332:5 | 1800s 73:6 74:21 | 234 269:18,21 346:4 | 4th 232:12 | |
| 17:35:04 332:10 | 184 345:7 | 237 314:11 | 4/18/2005 173:5 | |
| 17:35:15 332:15 | 185 319:23 320:8 | 238 314:11 | 4/26/02 64:11 71:18,21 | |
| 17:35:27 332:20 | 186 320:8 338:24 | 24 13:17 306:13,15 | 4:10 263:7 | |
| 17:35:35 332:25 | 339:15 340:2 | 307:4,11,15 346:19 | 4:13 263:15 | |
| 17:35:43 333:5 | 187 319:24 320:8 | 24/7 305:5 | 4:50 297:23 | |
| 17:35:55 333:10 | 345:10 | 25 280:20 306:19,21 | 4:54 298:8 | |
| 17:36:07 333:15 | 19 289:21,24 346:8 | 309:12 346:21 | 43 319:21 338:25 | |
| 17:36:13 333:20 | 191 345:12 | 257 344:9 | 44 344:8 | |
| 17:36:26 333:25 | 1980 10:4 | 26 66:16 313:14,17 | | |
| 17:36:37 334:5 | 1988 21:5 | 314:4 346:23 | **5** | |
| 17:36:50 334:10 | 1989 42:11 | 261 344:11 | 5 157:14,17 167:2 | |
| 17:37:00 334:15 | 199 345:14 | 262 344:9 | 171:13 344:24 | |
| 17:37:11 334:20 | 1990 42:10 | 263 345:22 | 5:04 306:10 | |
| 17:37:21 334:25 | 1992 21:19 | 264 289:23,25 346:10 | 5:08 306:25 | |
| 17:37:27 335:5 | 1995 191:9 193:8 | 265 293:20 294:20,22 | 5:24 318:5 | |
| 17:37:39 335:10 | 202:20 203:3 | 2652 268:22,24 345:25 | 5:44 342:16,17 | |
| 17:37:48 335:15 | 1996 307:24 308:4 | 2658 268:22,25 345:25 | 50-A 30:24 | |
| 17:38:07 335:20 | 1998 41:10 | 266 289:23 290:2 | 530 3:12 | |
| 17:38:13 335:25 | | 297:11 346:10 | 543 303:22,24 346:16 | |
| 17:38:19 336:5 | **2** | 2670 221:12 | 5915 199:24 200:2 | |
| 17:38:36 336:10 | 2 6:10,12 62:24 69:10 | 268 345:23 | 345:15 | |
| 17:38:42 336:15 | 141:5 143:10 219:10 | 269 346:2 | | |
| 17:38:57 336:20 | 279:22 283:3 285:17 | 27 313:22,24 314:8 | **6** | |
| 17:39:12 336:25 | 285:22 286:5,12,16 | 347:2 | 6 171:15,18 344:14,16 | |
| 17:39:22 337:5 | 287:2,3,17 288:14 | 271 187:2,5 345:11 | 344:18,21 345:2 | |
| 17:39:29 337:10 | 289:2,3 296:18 | 28 219:9 | 6th 4:13 | |
| 17:39:38 337:15 | 298:22 344:16 | 280 346:5 | 602 280:6,8 281:10 | |
| 17:39:57 337:20 | 2nd 343:20 | 287 344:9 | 346:7 | |