Page 1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
     EDWARD CARTER, FRANK FIORILO,    )
4    KEVIN LAMM, JOSEPH NOFI, and     )
     THOMAS SNYDER,                   )
5                                     )
                    Plaintiffs,       )
6                                     )
     -against-                        )
7                                     ) Index No.
                                      ) CV 07 1215
8    INCORPORATED VILLAGE OF OCEAN    )
     BEACH; MAYOR JOSEPH C.           )
9    LOEFFLER, JR., individually      )
     and in his Official capacity;    )
10   former mayor NATALIE K.ROGERS,   )
     individually and in her         )
11   official capacity, OCEAN BEACH   )
     POLICE DEPARTMENT; ACTING        )
12   DEPUTY POLICE CHIEF GEORGE B.    )
     HESSE, individually and in his   )
13   official capacity; SUFFOLK       )
     COUNTY; SUFFOLK COUNTY POLICE    )
14   DEPARTMENT OF CIVIL SERVICE;     )
     and ALLISON SANCHEZ,             )
15   individually and in her         )
     official capacity,               )
16                                     )
                    Defendants.       )
17   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
18          DEPOSITION OF CYNTHIA DISTEFANO
                Hauppauge, New York
19                 June 5, 2009
20
21
22
23   Reported by:
     Judi Johnson, RPR, CRR, CLR
24   Job No.: 22935
25

Page 2

```
1
2                    100 Veterans Memorial Highway
                     Hauppauge, New York
3
4                    June 5, 2009
                     10:00 A.M.
5
6
7
8
9
10
11
12
13           Deposition of CYNTHIA DISTEFANO, held
14      at the offices of SUFFOLK COUNTY ATTORNEY'S
15      OFFICE, 100 Veterans Memorial Highway,
16      Hauppauge, New York, pursuant to Notice,
17      before Judi Johnson, a Registered
18      Professional Reporter, a Certified Realtime
19      Reporter, a Certified LiveNote Reporter and
20      Notary Public of the State of New York.
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 3

```
1                   CYNTHIA DISTEFANO
2   APPEARANCES:
3       THOMPSON WIGDOR & GILLY, LLP
4       Attorneys for the Plaintiffs
5       85 Fifth Avenue
6       New York, New York 10003
7
        BY:  ARIEL GRAFF, ESQ.
8
9
10      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11      Attorneys for GEORGE B. HESSE
12      530 Saw Mill Road
13      Elmsford, New York 10523
14
        BY: KEVIN W. CONNOLLY, ESQ.
15
16
17
18      RIVKIN RADLER, LLP
19      Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
20      JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
21      POLICE DEPARTMENT
22      926 RexCorp Plaza
23      Uniondale, New York 11556-0926
24
        BY: KENNETH A. NOVIKOFF, ESQ.
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 4

```
1                   CYNTHIA DISTEFANO
2   APPEARANCES CONTINUED:
3       BEE READY FISHBEIN HATTER & DONOVAN, LLP
4
5       Attorneys for SUFFOLK COUNTY
6       170 Old Country Road
7       Mineola, New York 11501
8
        BY: (NOT PRESENT)
9
10
11      SUFFOLK COUNTY DEPARTMENT OF LAW
12
13      Attorneys for the County
14      100 Veterans Memorial Highway
15      Hauppauge, New York 11788
16
        BY: ARLENE ZWILLING, ESQ.
17
18
19
20
21      ALSO PRESENT:
22      FRANK FIORILLO
23      TOM SNYDER - AM SESSION ONLY
24      CHERYL TYAS - THOMPSON SUMMER INTERN
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 5

```
1                   CYNTHIA DISTEFANO
2           IT IS HEREBY STIPULATED AND AGREED by
3   and between the attorneys for the respective
4   parties herein, that filing and sealing and
5   the same are hereby waived.
6           IT IS FURTHER STIPULATED AND AGREED
7   that all objections, except as to the form
8   of the question, shall be reserved to the
9   time of the trial.
10          IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be sworn to
12  and signed before any officer authorized to
13  administer an oath, with the same force and
14  effect as if signed and sworn to before the
15  Court.
16
17               - o0o -
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Page 6

1                    CYNTHIA DISTEFANO
2    CYNTHIA DISTEFANO,
3             Called as a witness herein, having
4         first been duly sworn, was examined and
5         testified as follows:
6    BY THE REPORTER:
7         Q    Please state your name and address for
8    the record.
9         A    Cynthia M. DiStefano, 725 Veterans
10   Memorial Highway, Hauppauge, New York 11788.
11   EXAMINATION                          9:59:44AM
12   BY MR. GRAFF:                        9:59:44AM
13        Q    Just for the record, the pronunciation  9:59:55AM
14   of your name, can you state that?
15        A    DiStefano.                  10:00:01AM
16        Q    Good morning, Ms. DiStefano.  My name  10:00:02AM
17   is Arie Graff.  I'm an attorney representing the
18   plaintiffs in this lawsuit in which you are
19   being deposed today.
20             Do you understand that testifying in a  10:00:10AM
21   deposition is like testifying before a judge and
22   jury?
23             MR. NOVIKOFF:  Is it, really?  Come  10:00:15AM
24   on.
25             MS. ZWILLING:  She is testifying, but  10:00:19AM

TSG Reporting - Worldwide  (877) 702-9580

Page 7

1                    CYNTHIA DISTEFANO
2    I don't think that we will stipulate it's
3    the same thing.
4    BY MR. GRAFF:                        10:00:25AM
5         Q    Do you understand that you're  10:00:25AM
6    testifying under oath today?
7         A    I do.                       10:00:27AM
8         Q    Have you testified before in a  10:00:30AM
9    deposition?
10        A    Not in a deposition, no.     10:00:35AM
11            MR. NOVIKOFF:  Arie, are we doing  10:00:38AM
12   regular stips?
13            MR. GRAFF:  Yes, under the Federal  10:00:41AM
14   Rules of Civil Procedure.
15   BY MR. GRAFF:                        10:00:48AM
16        Q    So I'll be asking you questions today.  10:00:48AM
17   The answers are going to be recorded by the
18   court reporter.  With that in mind, please make
19   sure to let me finish asking the question; and
20   by the same token, I'll be sure to let you
21   finish answering so we don't speak over each
22   other.
23        A    Okay.                       10:01:05AM
24        Q    So we can have a clear transcript.  10:01:06AM
25            If at any point you don't hear or  10:01:09AM

TSG Reporting - Worldwide  (877) 702-9580

Page 8

1                    CYNTHIA DISTEFANO
2    understand a question, please tell me and I can
3    repeat it or rephrase it.
4             If you need to take a break, just let  10:01:15AM
5    me know and we can do that.  But I would ask
6    that if there's a question pending that hasn't
7    been answered, that you first answer the
8    question, and then we can take a break.
9             And, of course, if you ever need to  10:01:26AM
10   consult with your counsel about whether a
11   response would cover anything, attorney-client
12   privilege or of that nature, you're always free
13   to do that as well.
14            Have you ever given testimony under  10:01:39AM
15   oath in any context before?
16        A    Yes.                        10:01:42AM
17        Q    And what was the most recent time that  10:01:43AM
18   you have given testimony under oath?
19            MS. ZWILLING:  Arie, can you limit  10:01:49AM
20   questions about prior testimony to testimony
21   given in the course of her employment?
22            MR. NOVIKOFF:  Yes, I would join in  10:01:54AM
23   that.
24            MR. GRAFF:  Yes.            10:01:56AM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 9

1                    CYNTHIA DISTEFANO
2    BY MR. GRAFF:                        10:01:56AM
3         Q    Have you given testimony under oath  10:01:57AM
4    specifically in the context of your employment
5    with the county?
6         A    Yes.                        10:02:02AM
7         Q    And have you done that on more than  10:02:02AM
8    one occasion?
9         A    I've done it once.  I'm not sure  10:02:05AM
10   whether other times were under oath.
11        Q    What was the one time that you are  10:02:09AM
12   sure was under oath?
13        A    In federal court.           10:02:12AM
14        Q    And when did that take place?  10:02:16AM
15        A    Several years ago.          10:02:17AM
16        Q    And do you remember what the  10:02:19AM
17   allegations were in the lawsuit in which you
18   testified?
19        A    It was a question about a police  10:02:26AM
20   probation issue.
21        Q    And are you referring to a police  10:02:35AM
22   probationary period?
23        A    Yes.                        10:02:39AM
24        Q    And in what jurisdiction was that an  10:02:39AM
25   issue?

TSG Reporting - Worldwide  (877) 702-9580

## Page 10

CYNTHIA DISTEFANO

2  A    You know, I don't remember.    10:02:44AM
3  Q    Do you remember why you testified in  10:02:47AM
4  that case, what your connection was to it?
5       MR. NOVIKOFF:  Objection to form.    10:02:56AM
6       MS. ZWILLING:  Arie, I also have an  10:02:56AM
7  objection to form.  She may not know.  I
8  mean, it's a legitimate area of inquiry what
9  she testified about or who called her, but
10  to ask her why she was asked to testify.
11  BY MR. GRAFF:    10:03:06AM
12  Q    What was the general subject matter of  10:03:06AM
13  your testimony?
14  A    The Civil Service rules regarding the  10:03:09AM
15  probationary period for a police officer.
16  Q    And was Civil Service a party in that  10:03:15AM
17  case, if you know?
18  A    No.    10:03:20AM
19  Q    Do you remember who the plaintiff was  10:03:21AM
20  in that case?
21  A    No.    10:03:23AM
22  Q    Do you remember who the defendants    10:03:26AM
23  were?
24  A    No.    10:03:31AM
25  Q    What position did you hold at that    10:03:32AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 11

CYNTHIA DISTEFANO

2  time?
3  A    I think I was a principal personnel  10:03:36AM
4  analyst.
5  Q    Do you recall what attorney    10:03:45AM
6  represented the county at that deposition?
7       MS. ZWILLING:  Objection.  There's  10:03:49AM
8  been no testimony that the county was a
9  party.
10  BY MR. GRAFF:    10:03:52AM
11  Q    Were you represented by an attorney at 10:03:53AM
12  that deposition?
13  A    Represented?    10:04:00AM
14  Q    Was there an attorney representing the 10:04:02AM
15  county who was there?
16  A    Yes.    10:04:05AM
17  Q    And who was that attorney?    10:04:06AM
18       MR. NOVIKOFF:  Relevancy escapes me.  10:04:11AM
19  A    I can't remember for sure.    10:04:16AM
20       MR. NOVIKOFF:  Was it a man or woman? 10:04:18AM
21       THE WITNESS:  Woman.    10:04:20AM
22       MR. NOVIKOFF:  Black hair, brown hair? 10:04:21AM
23       MR. GRAFF:  My question was for    10:04:24AM
24  finding something searchable that I could
25  identify the case about.  They don't post

TSG Reporting - Worldwide  (877) 702-9580

## Page 12

CYNTHIA DISTEFANO

2  gender or hair color on ETF.
3       MR. NOVIKOFF:  Why don't you just    10:04:32AM
4  leave a space in the transcript and she'll
5  fill in the name of the case with the index
6  number.
7       MR. GRAFF:  If you'd be able to do    10:04:37AM
8  that, we can leave a space in the transcript
9  here.
10       THE WITNESS:  Okay.    10:04:42AM
11       MS. ZWILLING:  We can't say for sure  10:04:43AM
12  we can ascertain what it is, but we'll
13  endeavor to do so.
14  (INSERT)_____  10:04:48AM
15  _____  10:04:49AM
16  BY MR. GRAFF:    10:04:49AM
17  Q    Are you presently taking any    10:04:49AM
18  medication that could influence your ability to
19  testify truthfully and accurately today?
20  A    No.    10:04:56AM
21  Q    Are you sick at all today?    10:04:58AM
22  A    No.    10:05:00AM
23  Q    Is there anything that would impair  10:05:01AM
24  your ability to testify truthfully and
25  completely today?

TSG Reporting - Worldwide  (877) 702-9580

## Page 13

CYNTHIA DISTEFANO

2  A    No.    10:05:07AM
3  Q    What is your current position with    10:05:12AM
4  Suffolk County?
5  A    I'm the director of classification    10:05:17AM
6  with the Suffolk County Civil Service
7  Department.
8  Q    And how long have you held the    10:05:36AM
9  position of director of classification?
10  A    Since October 2004.    10:05:40AM
11  Q    And what position did you hold    10:05:46AM
12  immediately prior to becoming director of
13  classification?
14  A    I should clarify.  I was the chief of  10:05:51AM
15  classification in 2004, which was deemed
16  comparable to the director of classification in
17  2008. It's essentially the same position.
18  Q    Okay.    10:06:05AM
19  A    Prior to that, I was a principal    10:06:05AM
20  personnel analyst.
21  Q    And when did you come chief of    10:06:08AM
22  classification?
23  A    That was 2004.    10:06:11AM
24  Q    And when did you become a principal  10:06:13AM
25  personnel analyst?

TSG Reporting - Worldwide  (877) 702-9580

## Page 14

CYNTHIA DISTEFANO

1
2    A    I'm not sure.                10:06:19AM
3    Q    Did you hold the position with the    10:06:20AM
4    county prior to being a principal personnel
5    analyst?
6    A    Yes, I was a senior personnel analyst. 10:06:25AM
7    Q    And for what period of time were you a 10:06:27AM
8    senior personnel analyst?
9    A    I'm not sure of the exact date.    10:06:33AM
10   Q    Did you hold a position prior to    10:06:38AM
11   senior personnel analyst?
12   A    Personnel analyst.        10:06:42AM
13   Q    And prior to personnel analyst?    10:06:48AM
14   A    Personnel analyst trainee.        10:06:50AM
15   Q    How long were you a personnel analyst  10:06:59AM
16   trainee, if you remember?
17   A    March 1981.            10:07:05AM
18   Q    And when did you change from being a  10:07:07AM
19   trainee to being a personnel analyst?
20   A    In about 15 months, in 1982.        10:07:12AM
21   Q    Were you employed prior to being a    10:07:21AM
22   personnel analyst trainee?
23   A    Not by the county.        10:07:25AM
24   Q    Where were you employed immediately   10:07:27AM
25   prior to that?

TSG Reporting - Worldwide  (877) 702-9580

## Page 15

CYNTHIA DISTEFANO

1
2    A    The Dime Savings Bank.        10:07:30AM
3    Q    And other than the positions that we  10:07:37AM
4    just went through, have you held any other
5    positions with a government or municipal entity?
6    A    No.                10:07:45AM
7    Q    I assume you graduated high school?   10:07:57AM
8    A    Yes.                10:07:59AM
9    Q    And what high school did you attend?  10:07:59AM
10   A    Andrew Jackson High School in Cambria 10:08:02AM
11   Heights, Queens.
12   Q    After graduating Andrew Jackson High  10:08:08AM
13   School, did you go on to pursue any higher
14   education?
15   A    Not immediately.        10:08:14AM
16   Q    At some point, did you?        10:08:15AM
17   A    Yes.                10:08:16AM
18   Q    And what form of higher education did 10:08:17AM
19   you pursue first?
20   A    I have a bachelor's degree from CW    10:08:21AM
21   Post.
22   Q    And have you had any other formal --  10:08:28AM
23   A    I have 12 graduate credits from    10:08:31AM
24   Hofstra.
25   Q    When did you obtain the bachelor's    10:08:35AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 16

CYNTHIA DISTEFANO

1
2    degree?
3    A    1974.                10:08:39AM
4    Q    And the graduate credits, during what 10:08:43AM
5    period of time did you earn those?
6    A    '74 to '76.            10:08:47AM
7    Q    And from '76 until you became a    10:08:54AM
8    personnel analyst trainee, did you have any
9    other formal training, either in a university or
10   a certification program?
11   A    No.                10:09:05AM
12   Q    And was the position of personnel    10:09:12AM
13   analyst trainee, did that have a Civil Service
14   classification?
15   A    That was the Civil Service        10:09:17AM
16   classification.
17   Q    And were there minimum qualifications 10:09:19AM
18   to a obtain that position?
19   A    Yes.                10:09:24AM
20   Q    As a personnel analyst trainee, was   10:09:33AM
21   there any particular jurisdiction within Suffolk
22   County that was within your area of
23   responsibility?
24   A    There were several, yes.        10:09:41AM
25   Q    Do you recall what they were?        10:09:43AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 17

CYNTHIA DISTEFANO

1
2    A    The police department, the Town of    10:09:45AM
3    Brookhaven.  Those are the two I'm sure about
4    when I started.
5    Q    When you say the police department,   10:09:53AM
6    are you referring --
7    A    Suffolk County Police Department.    10:09:58AM
8    Q    And as a personnel analyst trainee,   10:10:02AM
9    what was the position title of the person that
10   you reported to?
11   A    Senior personnel analyst.        10:10:12AM
12   Q    And who was the senior personnel    10:10:20AM
13   analyst who you reported to when you first
14   started working as a trainee?
15       MR. NOVIKOFF:  In 1981?  Oh, Arie,    10:10:26AM
16   we're gonna be here all day.  Come on --
17   never mind.
18   A    Gino DiStefano.            10:10:34AM
19   Q    And is Gino DiStefano any relation to 10:10:39AM
20   yourself?
21   A    Now he is, yes.            10:10:43AM
22   Q    Is he --                10:10:46AM
23   A    He's my husband.            10:10:48AM
24   Q    The area of your jurisdiction or    10:10:53AM
25   responsibilities as personnel analyst trainee,

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  did that ever change from Brookhaven in Suffolk
3  County to the time you were a trainee?
4      A   Yes.                          10:11:01AM
5      Q   And what other areas within your 10:11:02AM
6  jurisdiction or responsibility as a trainee?
7      A   They changed occasionally for all of 10:11:10AM
8  the personnel analyst trainees amongst towns,
9  school districts, county departments.  I don't
10 remember specifically.
11     MR. NOVIKOFF:  Was this witness       10:11:22AM
12 noticed up as a fact witness or an expert
13 witness?  Because if she was noticed up as
14 an expert witness, then I guess I could
15 understand why you're going through her
16 experiences and knowledge.  If she was
17 noticed up as a fact witness, then I think
18 this entire line of questioning is palpably
19 irrelevant, and I'm putting it on the record
20 as such.
21     MR. GRAFF:  Okay.  She was noticed as 10:11:45AM
22 a 30(b)(6) designee.
23     MR. NOVIKOFF:  Right.  Which, in my    10:11:50AM
24 understanding, under the federal rules means
25 that she's the one that the county is

CYNTHIA DISTEFANO

1
2  putting up to speak to the facts of this
3  case as you've alleged them and whatever is
4  relevant and material to the case.  She's
5  not here as an expert.  And my understanding
6  of a 30(b)(6) witness is that if she doesn't
7  have personal knowledge of particular facts,
8  it's incumbent upon her to find out the
9  facts.  What her duties and responsibilities
10 and knowledge were back in -- almost 30
11 years ago, I believe goes more towards that
12 of an expert witness than of a 30(b)(6)
13 witness.  And again, I'm putting on the
14 record if this line of questioning
15 continues, I will be seeking appropriate
16 sanctions.
17     MR. GRAFF:  You can do what you think  10:12:32AM
18 is appropriate.
19     MS. ZWILLING:  I just want to note for 10:12:34AM
20 the record that I do agree with
21 Mr. Novikoff.  For purposes of expediency at
22 this point, I am going to permit you a bit
23 of latitude, but I'm hoping that we're not
24 going to be here all day with things the
25 witness did 35 years ago.

CYNTHIA DISTEFANO

1
2      MR. GRAFF:  No, we're not going to be  10:12:50AM
3  spending the day on that.  I'm just going
4  through --
5      MS. ZWILLING:  Just move ahead, and if 10:12:53AM
6  we move ahead in a prompt fashion, it
7  will --
8      MR. GRAFF:  Great.              10:12:54AM
9  BY MR. GRAFF:                      10:12:55AM
10     Q   Did you have to apply for the position 10:12:59AM
11 of personnel analyst from the position that you
12 held as a personnel analyst trainee?
13     A   No.  The trainee had a one-year or  10:13:07AM
14 two-year probationary period, and that was the
15 training period.  If you were successful, you
16 became a personnel analyst without further
17 examination.  It was shortened from two years
18 during my time as a trainee, so I did not serve
19 the full two years as a trainee.
20     Q   And did the jurisdiction or area of  10:13:32AM
21 your responsibilities change when you became a
22 personnel analyst from your previous position of
23 being a personnel analyst trainee?
24     A   No.                          10:13:43AM
25     Q   So the various departments and       10:13:45AM

CYNTHIA DISTEFANO

1
2  Brookhaven and Suffolk County PD that you
3  referred to before, were those the same areas of
4  jurisdiction, responsibility during your period
5  as a personnel analyst?
6      A   I'm not absolutely sure when things  10:13:57AM
7  changed during the years.
8      Q   And when you were a personnel analyst, 10:14:01AM
9  what was the position level or title of the
10 person that you reported to?
11     A   Senior personnel analyst.         10:14:06AM
12     Q   And either a personnel analyst or a  10:14:15AM
13 personnel analyst trainee, did you ever have
14 jurisdiction or responsibility over anything to
15 do with Civil Service and the Incorporated
16 Village of Ocean Beach?
17     A   No.                          10:14:31AM
18     Q   And who was the senior personnel     10:14:37AM
19 analyst or who were they, if more than one, that
20 you reported to as a personnel analyst?
21     A   That was still Gino DiStefano.      10:14:46AM
22     Q   Was that the person you reported to  10:14:49AM
23 for the entire period that you were a personnel
24 analyst?
25     A   Yes.                         10:14:54AM

Page 22

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2      Q    And I may have asked this before, but 10:14:54AM
3  just to be clear.  If you recall, for what
4  length of time in terms of years or months, as
5  best you can remember, were you either a
6  personnel analyst or a personnel analyst
7  trainee?
8      A    Trainee was about 15 months.  I was   10:15:14AM
9  promoted to senior around 1984.  I'm not
10 absolutely sure of that.
11     Q    And what were your duties as a         10:15:29AM
12 personnel analyst?
13     A    To oversee the public employment in   10:15:34AM
14 the jurisdictions to which I was assigned for
15 their conformance with Civil Service rules and
16 regulations.
17     Q    And are the duties of a personnel     10:15:52AM
18 analyst today different in any material respect
19 from the duties of a personnel analyst at the
20 time you held that position?
21     A    No.                    10:16:01AM
22     Q    As a senior personnel analyst, what   10:16:13AM
23 were the -- what was the jurisdiction or
24 geographic area of your responsibility?
25     A    I don't remember precisely.       10:16:25AM

TSG Reporting - Worldwide  (877) 702-9580

Page 23

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2      Q    Did it ever include the Incorporated  10:16:27AM
3  Village of Ocean Beach?
4      A    No.                    10:16:31AM
5      Q    Did it include any police departments? 10:16:31AM
6      A    I think I still had Suffolk County    10:16:42AM
7  Police Department, but I'm not absolutely sure.
8      Q    As a personnel analyst trainee -- as a 10:16:54AM
9  personnel analyst trainee, was there any
10 formalized instruction beyond on-the-job
11 training as to how to satisfy the duties of a
12 personnel analyst?
13         MS. ZWILLING:  Objection.        10:17:12AM
14         MR. NOVIKOFF:  Objection to form.    10:17:13AM
15         MS. ZWILLING:  My objection is beyond 10:17:14AM
16 that.  I mean, we're talking about a period
17 decades before the events relative to this
18 case.
19         MR. GRAFF:  Okay.  Let me ask it in   10:17:23AM
20 relation to today or --
21 BY MR. GRAFF:                    10:17:37AM
22     Q    In 2006, could you please describe the 10:17:37AM
23 nature of the training that a personnel analyst
24 trainee underwent, undergoes or underwent?
25         MR. NOVIKOFF:  In 2006 -- you want to 10:17:52AM

TSG Reporting - Worldwide  (877) 702-9580

Page 24

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2  ask this witness in the year 2006, what the
3  training of a personnel analyst trainee
4  would be?
5          MR. GRAFF:  Let me ask a different    10:18:03AM
6  question.
7  BY MR. GRAFF:                    10:18:04AM
8      Q    During the period from 2000 to the    10:18:05AM
9  present, has the nature of the training provided
10 to personnel analyst trainees changed in any
11 material respects?
12     A    Just in one.            10:18:15AM
13     Q    Before telling me the one change,     10:18:19AM
14 describe the nature of that training up until
15 the time the change was made.
16     A    Normally the training is that we are  10:18:28AM
17 divided into units in the department.  The units
18 are supervised by a principal personnel analyst.
19 There are subordinate senior personnel analysts
20 and then analysts and trainees.  The trainee
21 works with a senior, with an experienced analyst
22 or with the principal and handling
23 jurisdictions, but not independently.
24         MR. NOVIKOFF:  Just one question.  On 10:18:58AM
25 your 30(B)(6) Notice, was this area of

TSG Reporting - Worldwide  (877) 702-9580

Page 25

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2  inquiry identified as an area you were going
3  to question her on?
4          MR. GRAFF:  It was.        10:19:07AM
5  BY MR. GRAFF:                    10:19:09AM
6      Q    And what was the change you were      10:19:10AM
7  referring to?
8      A    The change is that we used to have    10:19:13AM
9  state conferences that provided training.  But
10 the present county executive has not allowed
11 travel, so we no longer can go to those.
12     Q    And when did that change come into    10:19:26AM
13 place?
14     A    When was Mr. Levy elected?  I don't   10:19:29AM
15 remember.
16     Q    Was it within the last one to two     10:19:34AM
17 years?
18     A    Six years.  I think he's in the second 10:19:39AM
19 year of his second term.
20     Q    And at what point in his term did the 10:19:43AM
21 change come into place?
22     A    Within the first year or two.     10:19:49AM
23     Q    And you had explained that the        10:20:00AM
24 position of being a personnel analyst trainee
25 when you held it ripened into being a personnel

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  analyst without meeting subsequent examination;
3  is that correct?
4      A   Yes.                    10:20:11AM
5      Q   Was that the case also from the period 10:20:12AM
6  from 2000 to present?
7      A   Yes.  After one year as a successful  10:20:16AM
8  trainee.
9      Q   And how is it -- what are the factors  10:20:20AM
10 or what's the methodology for evaluating whether
11 someone has been a successful trainee in that
12 context?
13     A   An ongoing day-to-day observation by  10:20:29AM
14 the senior and the principal analyst assigned to
15 that person.
16     Q   And are there any written evaluations  10:20:38AM
17 other than what's observed?
18     A   No.                    10:20:43AM
19     Q   And you explained that personnel     10:20:53AM
20 analyst trainees worked together with a more
21 senior person and that, I believe, there are
22 many different possible people that a trainee
23 could be paired with; is that correct?
24     A   It's a senior or a principal.      10:21:05AM
25     Q   And how many seniors were there during 10:21:07AM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  the period 2000 to the present at any one time?
3      A   From three to five.          10:21:17AM
4      Q   And the other position that you had  10:21:26AM
5  mentioned that could be paired with the trainee
6  was?
7      A   Principal personnel analyst.     10:21:30AM
8      Q   And how many principal personnel     10:21:32AM
9  analysts were there at any --
10     A   There were three.            10:21:36AM
11     Q   And have there been three throughout 10:21:37AM
12 the period from 2000 through the present?
13     A   Yes.                    10:21:44AM
14     Q   And who does the principal personnel  10:21:46AM
15 analyst report to, what position?
16     A   The chief of classification, now the  10:21:51AM
17 director of classification.
18     Q   And that's the position that you     10:21:57AM
19 currently hold?
20     A   Yes.                    10:21:59AM
21     Q   And who do senior personnel analysts 10:22:00AM
22 report to?
23     A   The principal personnel analyst.   10:22:04AM
24     Q   And whom do you report to?        10:22:07AM
25     A   Alan Schneider, the personnel     10:22:10AM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  director.
3      Q   During the period, let's keep it     10:22:22AM
4  focused now on 2000 to the present, what
5  requirements or standards, if any, had to be
6  satisfied for a personnel analyst to become a
7  senior personnel analyst?
8      A   There's a Civil Service examination,  10:22:38AM
9  and it's promotional, I believe, with two years
10 of permanent competitive status as a personnel
11 analyst.
12     Q   How many personnel analysts were there 10:22:52AM
13 at any given point between 2000 and the present?
14     A   Twelve, 14.  I'm guessing.      10:23:01AM
15     Q   And what is the substance of the     10:23:10AM
16 examination that is required to become a senior
17 personnel analyst?
18     MS. ZWILLING:  At what time?       10:23:22AM
19     MR. GRAFF:  2000 to the present.   10:23:24AM
20 BY MR. GRAFF:                  10:23:26AM
21     Q   And please let me know if it changed  10:23:27AM
22 in that period.
23     A   I'm not in the examinations division. 10:23:30AM
24 I've taken one examination.  There are questions
25 on personnel issues, questions on Civil Service

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  law, questions on interviewing.
3      Q   And when you say questions on Civil   10:23:41AM
4  Service law, is that the New York State Civil
5  Service law?
6      A   Yes.                    10:23:48AM
7      Q   And are there other bodies of law or  10:23:48AM
8  regulation that are also tested on that
9  examination?
10     A   We have Civil Service rules.  I'm not 10:23:59AM
11 sure whether there are questions specifically
12 related to those.
13     Q   And what are the duties of a senior   10:24:06AM
14 personnel analyst?
15     A   Senior personnel analysts are also   10:24:10AM
16 assigned jurisdictions, but they have
17 supervisory responsibilities over the personnel
18 analysts and the trainees assigned to them.
19     Q   When you refer to jurisdictions, are  10:24:22AM
20 you referring to geographical units?
21     A   Municipalities.            10:24:26AM
22     Q   So it would be all the Civil Service  10:24:28AM
23 competitive class positions within a
24 municipalities?
25     A   Specific municipalities and the   10:24:35AM

TSG Reporting - Worldwide  (877) 702-9580

Page 30

CYNTHIA DISTEFANO

1
2  positions therein.
3      Q   As a senior personnel analyst, do you   10:24:39AM
4  recall what municipalities you had jurisdiction
5  over?
6      A   I don't know which were at specific   10:24:54AM
7  times.  I can tell you that I had over the
8  years, but what title I was in when I had them,
9  I'm not going to be able to separate.
10     Q   So in terms of all of your positions   10:25:06AM
11 up until being director of classification, could
12 you identify those jurisdictions?
13     A   I had the Town of Babylon, the Town of   10:25:17AM
14 Brookhaven, Suffolk County PD, Department of
15 Finance and Taxation, Department of Audit and
16 Control, District Attorney's office, county
17 executive's office, legislature, the Civil
18 Service Department.  Various school districts.
19 I know I had Southold.  I had Middle Country.  I
20 had Orient.  I had Little Flower.  I had the
21 Village of Northport for a while.
22     Q   Was the Village of Ocean Beach ever a   10:26:03AM
23 jurisdiction under your supervision?
24         MR. NOVIKOFF:  I didn't hear it.   10:26:09AM
25     A   It was under my indirect supervision   10:26:11AM

TSG Reporting - Worldwide  (877) 702-9580

Page 31

CYNTHIA DISTEFANO

1
2  because subordinates have responsibility for
3  that.
4      Q   What positions did you -- which of the   10:26:21AM
5  position that you held did you have subordinates
6  who had jurisdiction over Ocean Beach?
7      A   Definitely as the chief of   10:26:36AM
8  classification.
9      Q   What about as a senior --   10:26:40AM
10     A   I'm not sure as a principal.  Not as a   10:26:42AM
11 senior.
12     Q   What standards of requirements had to   10:26:55AM
13 be satisfied -- I'm now switching back to 2000
14 to the present -- for a senior personnel analyst
15 to become a principal personnel analyst?
16     A   Again a Civil Service examination and   10:27:08AM
17 qualifying time as a senior personnel analyst.
18     Q   And what are the duties of a principal   10:27:18AM
19 personnel analyst?  Again, it's the period 2000
20 to the present.
21     A   There's a larger scope of   10:27:26AM
22 responsibility.  More people as subordinates,
23 because there are subordinate supervisors and
24 seniors.
25     Q   And what are your current duties as   10:27:39AM

TSG Reporting - Worldwide  (877) 702-9580

Page 32

CYNTHIA DISTEFANO

1
2  director of classification?
3      A   I oversee the classification division,   10:27:42AM
4  which has three principal personnel analysts and
5  four senior personnel analysts at the present
6  and the analysts underneath them.  That's
7  divided into three sections.  And I oversee the
8  certifications division, which establishes the
9  eligible lists and certifies the lists to the
10 employers.  And I oversee the administrator 3,
11 who prepares the budget for our department.
12     Q   And as director of classification, do   10:28:34AM
13 you or anybody in your department actually
14 create regulations or draft the text of
15 regulations that are then promulgated?
16     A   I have worked on amendments to our   10:28:47AM
17 Civil Service rules, which then go to the state
18 for approval.
19     Q   I have some questions about the Civil   10:29:03AM
20 Service rules.  First, just very basically, are
21 you able to explain what that body of rule or
22 regulation is?
23     A   Yes.   10:29:15AM
24         MR. NOVIKOFF:  Objection to form.   10:29:15AM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 33

CYNTHIA DISTEFANO

1
2  BY MR. GRAFF:   10:29:16AM
3      Q   Can you explain what Civil Service   10:29:17AM
4  rules are?
5          MS. ZWILLING:  Objection.   10:29:20AM
6          MR. NOVIKOFF:  Objection to form.   10:29:20AM
7          MS. ZWILLING:  She can answer.   10:29:21AM
8      A   Civil Service rules are specific to   10:29:23AM
9  Suffolk County, and they set forth how we apply
10 the Civil Service law that the state has set.
11 So it's more detailed.
12     Q   And who -- is there a department or   10:29:37AM
13 division within the department that's
14 responsible for drafting those rules?
15         MS. ZWILLING:  Objection.   10:29:49AM
16         You can answer.   10:29:50AM
17     A   No.  We usually form a committee with   10:29:51AM
18 representatives from examinations and
19 classification, and we work on them together.
20 The personnel director, of course, reviews
21 everything before it goes to Albany.
22     Q   And who or what position initiates the   10:30:07AM
23 creation of a committee like that?
24     A   It becomes necessary when we see that   10:30:16AM
25 we need to make changes in those rules or we

TSG Reporting - Worldwide  (877) 702-9580

Page 34

CYNTHIA DISTEFANO

1
2     need to explain something that's causing
3     confusion and we want to clarify.
4         Q     And who has the -- who's the decision     10:30:27AM
5     maker who says let's make a committee?
6         A     It's Alan Schneider.          10:30:35AM
7         Q     Have you ever been on such a           10:30:37AM
8     committee?
9         A     Yes.                    10:30:39AM
10        Q     Have you ever -- could you identify      10:30:42AM
11    some, or as many as you can recall, of the rules
12    for which you were on a committee that made
13    amendments or modifications?
14            MS. ZWILLING: During what period of      10:30:56AM
15    time?
16    BY MR. GRAFF:                        10:30:57AM
17        Q     During any point during your           10:30:58AM
18    employment with the county?
19        A     The committee reviewed all of the       10:31:05AM
20    rules and just made attempts and revisions as we
21    went through and we thought things needed to be
22    addressed.
23        Q     Are the Civil Service rules for         10:31:13AM
24    Suffolk County published?
25        A     Yes.                    10:31:20AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 35

CYNTHIA DISTEFANO

1
2         Q     Are they made available to the public?   10:31:20AM
3         A     They are.  We have them available at    10:31:22AM
4     our information desk.  They have the force of
5     law.
6         Q     And what about outside of the county    10:31:27AM
7     offices, is it possible to obtain a copy
8     somewhere else, a member of the public, that is?
9         A     A member of the public can come and     10:31:36AM
10    get one from us.
11        Q     Can they go anywhere else?  Are they    10:31:39AM
12    in a library or on the website?
13            MS. ZWILLING: Objection. I don't       10:31:44AM
14    know if she's going to know if they're held
15    by the public libraries.
16            Do you know if they're on the website?   10:31:50AM
17            THE WITNESS: I don't know.  I don't     10:31:52AM
18    believe they're on the website.
19    BY MR. GRAFF:                        10:31:54AM
20        Q     Do you know any other way where a       10:31:55AM
21    member of the public could get access to a copy
22    of the rules other than coming to the
23    information desk?
24            MS. ZWILLING: Arie, they're directly    10:32:03AM
25    across the street on your way back to the

TSG Reporting - Worldwide  (877) 702-9580

---

Page 36

CYNTHIA DISTEFANO

1
2     city.  You can stick your head in the door
3     and get a copy.  Literally.
4     BY MR. GRAFF:                        10:32:13AM
5         Q     Do they distribute copies at the        10:32:13AM
6     information window?
7         A     Upon request, yes.           10:32:17AM
8         Q     How long are the Civil Service rules,   10:32:18AM
9     in terms of pages, if you can estimate?
10        A     I think 20 some.             10:32:22AM
11            MS. ZWILLING: As a matter of fact, if   10:32:28AM
12    you want them, I know I have copies of
13    rules. I just don't know if I have the
14    latest ones.  If you want to check before
15    you leave.
16            MR. GRAFF: That would be great.        10:32:38AM
17    Maybe at the lunch break.
18            MS. ZWILLING: Okay.          10:32:43AM
19            MR. GRAFF: I ask the court reporter     10:33:13AM
20    to mark as CD 1.
21            (Whereupon, 30(b)(6) Notice was marked   10:33:30AM
22    as DiStefano Exhibit 1 for identification,
23    as of this date.)
24    BY MR. GRAFF:                        10:34:09AM
25        Q     Ms. DiStefano, if you could just take   10:34:10AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 37

CYNTHIA DISTEFANO

1
2     a moment to look that over and let me know if
3     you've seen the document before?  (Handing.)
4         A     I'm not sure.                10:35:00AM
5         Q     If I could ask you to please turn your   10:35:00AM
6     attention to the second page towards the bottom,
7     Number 1.
8         A     (Witness complies.)          10:35:07AM
9         Q     If you could take a moment.  I'm not    10:35:08AM
10    going to read it all into the record.  If you
11    could read the text of Number 1 and let me know
12    when you've had a chance to do that.
13        A     Okay.  I have read Number 1.    10:35:17AM
14        Q     Can you tell me if you're            10:35:42AM
15    knowledgeable and qualified to testify on the
16    county's behalf about the matters described in
17    Number 1?
18            MS. ZWILLING: Objection.         10:35:50AM
19            MR. NOVIKOFF: Why don't you ask her    10:35:51AM
20    the questions, and then you can make the
21    determination whether she is qualified to
22    testify on behalf of the county.
23            MS. ZWILLING: I would ask that you     10:36:00AM
24    proceed in that fashion.
25

TSG Reporting - Worldwide  (877) 702-9580

Page 38

CYNTHIA DISTEFANO

1        CYNTHIA DISTEFANO
2    BY MR. GRAFF:                    10:36:05AM
3        Q    Rather than going through number by   10:36:05AM
4    number, I would like to ask if you could just
5    read through to Number 7 and let me know when
6    you've read the text of the document.
7        A    (Witness complies.)              10:36:16AM
8        MS. ZWILLING: Just to move things    10:36:19AM
9    along, Arie, most of these items, or
10    essentially all of them, pertain to Civil
11    Service documents which we previously
12    provided to your office. You're certainly
13    welcome to question the witness as to the
14    meaning of those documents, which I assumed
15    you were going to do anyway.
16        MR. GRAFF: Yeah.                  10:36:42AM
17        MS. ZWILLING: Have her explain and   10:36:43AM
18    interpret those to you. For obvious
19    reasons, I can't let her comment on whether
20    she's the best person to answer your
21    question.
22        MR. NOVIKOFF: I think she is.      10:36:55AM
23        MR. GRAFF: I won't ask her those    10:36:58AM
24    questions.
25        A    I have read it.               10:37:29AM

TSG Reporting - Worldwide  (877) 702-9580

Page 39

CYNTHIA DISTEFANO

1        CYNTHIA DISTEFANO
2        Q    And without going through each of the   10:37:30AM
3    items, is there anything in the list that you
4    read that you know that you are not knowledgeable
5    about or wouldn't be able to speak to?
6        MS. ZWILLING: Objection.          10:37:44AM
7        You can answer.                   10:37:44AM
8        A    I wouldn't know the minimal       10:37:48AM
9    qualifications for dock master without looking
10    in our specifications.
11        MS. ZWILLING: Arie, if I can just   10:37:55AM
12    help things along, with respect to the
13    minimum qualifications, I don't know that
14    there's anyone on the face of the earth that
15    could recite all those qualifications for
16    all of those positions by heart. But you
17    have been given the written qualification
18    sheets. So you're obviously free to
19    question her.
20        MR. GRAFF: I'll question her. Just   10:38:11AM
21    to be clear, it's not for certain that
22    everything that I have covers all of this,
23    if there's anything else.
24        MS. ZWILLING: I understand. If Ms.   10:38:20AM
25    DiStefano can't recite them by heart, we're,

TSG Reporting - Worldwide  (877) 702-9580

Page 40

CYNTHIA DISTEFANO

1        CYNTHIA DISTEFANO
2    quite frankly, not going to be able to
3    provide you with someone who can recite them
4    by heart. But certainly we have given you
5    the document listing those qualifications,
6    with which she is familiar and can explain
7    those to you.
8        A    There is no such title as police    10:38:33AM
9    dispatcher.
10        Q    Has there ever been such a title    10:38:40AM
11    during your employment?
12        MS. ZWILLING: Objection.          10:38:42AM
13        MR. NOVIKOFF: In the 100-year history   10:38:44AM
14    of the Suffolk County Civil Service?
15        MR. GRAFF: I just said during her    10:38:47AM
16    employment. Maybe if you weren't reading
17    the newspaper.
18        MR. NOVIKOFF: Trust me, I'm listening   10:38:52AM
19    to all your questions, Arie. About two have
20    been relevant so far.
21        MS. ZWILLING: My objection is       10:38:57AM
22    something else, and I'm just going to
23    request a clarification. Are you asking if
24    there has been a police dispatcher in any
25    jurisdiction or are you talking about

TSG Reporting - Worldwide  (877) 702-9580

Page 41

CYNTHIA DISTEFANO

1        CYNTHIA DISTEFANO
2    specific jurisdictions? Because different
3    PDs within the geographical confines of the
4    county may have different positions. You
5    can ask a general question, if you want, but
6    that's not clear to me.
7        MR. GRAFF: I did intend to ask a    10:39:19AM
8    general question.
9    BY MR. GRAFF:                        10:39:22AM
10        Q    During any part of your employment at   10:39:22AM
11    Suffolk County, are you aware of any
12    jurisdictions or any direction from the
13    Department of Civil Service with respect to a
14    position of police dispatcher?
15        MR. NOVIKOFF: Better form as to time   10:39:37AM
16    frame, but still objectionable.
17        MS. ZWILLING: You can answer.      10:39:40AM
18        A    There is no Civil Service title of   10:39:41AM
19    police dispatcher.
20        Q    And does Civil Service -- is there any   10:39:47AM
21    classified or Civil Service classified
22    position -- withdrawn.
23        Do any municipalities within Suffolk   10:40:00AM
24    County have the position of police dispatcher?
25        MR. NOVIKOFF: Objection. Form.     10:40:07AM

TSG Reporting - Worldwide  (877) 702-9580

Page 42

CYNTHIA DISTEFANO

1
2     MS. ZWILLING:  How would she know     10:40:08AM
3  that?  You can ask what Civil Service has
4  classified for them.
5     MR. NOVIKOFF:  Exactly.          10:40:13AM
6     MS. ZWILLING:  She can't speak to what  10:40:14AM
7  the internal titles are in the police
8  departments.  There's a distinction.
9     MR. GRAFF:  Okay.              10:40:20AM
10 BY MR. GRAFF:                      10:40:20AM
11    Q    Does Civil Service classify for any   10:40:21AM
12 specific jurisdictions a position within an
13 individual jurisdiction of police dispatcher?
14    A    We use a title public safety     10:40:30AM
15 dispatcher.
16    MS. ZWILLING:  Just to move things    10:40:34AM
17 along, Arie.  They have the public safety
18 title.  Different PDs may internally choose
19 to call them various other titles, but
20 that's not a Civil Service title.  That's
21 not information Civil Service is going to
22 have.  That's internal to the PD.
23    MR. GRAFF:  If I could ask the court   10:40:51AM
24 reporter to mark as CD 2 a one-page document
25 produced by the county without Bates number,

TSG Reporting - Worldwide  (877) 702-9580

Page 43

CYNTHIA DISTEFANO

1
2  headed "Police Officer."
3     (Whereupon, A document headed Police   10:41:01AM
4  Officer was marked as DiStefano Exhibit 2
5  for identification, as of this date.)
6  BY MR. GRAFF:                      10:41:27AM
7     Q    If you could just please look at the   10:41:27AM
8  document and let me know if it's a document
9  you've seen before.  (Handing.)
10    A    Yes, it is.               10:41:33AM
11    Q    If you look at the bottom left, it    10:41:34AM
12 looks like it's a revision or dated 4-26-02.
13    A    (Nodding.)               10:41:42AM
14    Q    Has this document been revised       10:41:43AM
15 subsequent to that date?
16    A    I would have to check.        10:41:46AM
17    Q    And would you know if -- when the last  10:41:48AM
18 revision prior to 2002 was?
19    A    Not without looking.         10:41:54AM
20    MS. ZWILLING:  I believe we produced   10:41:56AM
21 more than one version of this.
22    MR. GRAFF:  That may be true.      10:42:01AM
23 BY MR. GRAFF:                      10:42:09AM
24    Q    The last subheading, "Necessary       10:42:09AM
25 Special Requirements" --

TSG Reporting - Worldwide  (877) 702-9580

Page 44

CYNTHIA DISTEFANO

1
2     A    Uh-huh.                  10:42:13AM
3     Q    -- does that have any particular      10:42:13AM
4  meaning in the context of Civil Service
5  documents?
6     A    Yes.                    10:42:18AM
7     Q    What does it that mean?            10:42:19AM
8     A    That applicants must comply with these  10:42:20AM
9  things.
10    Q    And "minimum qualifications," does     10:42:24AM
11 that also have a particular meaning in this
12 context?
13    A    Yes.  That is what allows the person   10:42:29AM
14 to participate in the examination.
15    Q    When you say "must comply" --        10:42:35AM
16 withdrawn.
17    Roughly in the middle of the section,    10:42:41AM
18 under Necessary Special Requirements, it states
19 that there will be qualifying medical,
20 psychological, physical fitness and polygraph
21 evaluations.
22    A    Yes.                    10:42:53AM
23    Q    Are there other documents that define  10:42:54AM
24 what those -- Civil Service documents from
25 Suffolk County that define what those

TSG Reporting - Worldwide  (877) 702-9580

Page 45

CYNTHIA DISTEFANO

1
2  evaluations are?
3     MS. ZWILLING:  Could I just have that   10:43:02AM
4  question read back?
5     (Whereupon, the referred to portion    10:43:05AM
6  was read back by the court reporter:  Are
7  there other documents that define what those
8  -- Civil Service documents from Suffolk
9  County that define what those evaluations
10 are?)
11    MS. ZWILLING:  Is your question      10:43:16AM
12 whether Civil Service has additional
13 documents defining that or whether there are
14 some in some existence?
15    MR. GRAFF:  I meant to ask Civil      10:43:23AM
16 Service.
17    A    Yes.  We have specific agility     10:43:26AM
18 requirements and more details that's published
19 when we announce the examination.
20    Q    And is that published as part of the   10:43:40AM
21 examination announcement or is it a separate
22 document?
23    A    It's attached to the examination     10:43:44AM
24 announcement.
25    Q    And who devises the elements of each   10:43:48AM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  of these evaluations?
3      MS. ZWILLING:  You're asking who      10:44:00AM
4  devises the test?
5      MR. GRAFF:  Yeah.  Who puts together   10:44:02AM
6  what a physical fitness test is in this
7  context.
8      A    The state has established standards   10:44:09AM
9  statewide for police officer, and we adhere to
10 those.
11     Q    So all of these evaluations are      10:44:18AM
12 defined by the state --
13     A    No, you didn't ask about all.  You   10:44:22AM
14 asked about one.
15     Q    Let's go through one by one.  The    10:44:25AM
16 qualifying medical?
17     A    That is a state standard.         10:44:28AM
18     Q    What about the qualifying          10:44:30AM
19 psychological?
20     A    That's county.              10:44:33AM
21     Q    What about physical fitness?        10:44:37AM
22     A    That's a state standard.           10:44:39AM
23     Q    And the polygraph evaluation?       10:44:41AM
24     A    That's county.              10:44:44AM
25     Q    And what individual or position title 10:44:49AM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  in the county devises the polygraph evaluation
3  that's applicable in this context?
4      MS. ZWILLING:  Objection.  I'm not      10:44:59AM
5  certain whether you're asking who determines
6  that there should be such a requirement or
7  who devises the actual test.
8      MR. NOVIKOFF:  Also for the record,     10:45:10AM
9  any other time any other counsel objects to
10 the question, the village joins in in the
11 objection, even if not stated.
12     MR. CONNOLLY:  So does counsel for      10:45:22AM
13 Mr. Hesse.
14     MR. GRAFF:  I don't mean the          10:45:27AM
15 individual questions that are asked of a
16 polygraph examinee, but the general
17 requirements for structuring a polygraph
18 exam, who implements that and comes up with
19 that in this context.
20     MS. ZWILLING:  I'm still not sure I     10:45:38AM
21 understand the question.  Are you asking who
22 makes the decision there should be a
23 polygraph test?
24     MR. GRAFF:  Yes.            10:45:44AM
25     A    The police, Suffolk County Police    10:45:45AM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2  Department asked for that as a necessary special
3  requirement.
4      Q    And when did they make that request?  10:45:53AM
5      A    I'm not sure.  They used to do it, and  10:46:03AM
6  they wanted it specifically noted on the
7  specification at some point, so we did that.
8  They did that as part of their background
9  investigation.
10     Q    And was it made a necessary special   10:46:16AM
11 requirement within the last 10 years?
12     A    I think so.            10:46:21AM
13     Q    And who in the county was responsible  10:46:22AM
14 for the decision to make it a necessary special
15 requirement?
16     A    Alan Schneider in the Civil Service   10:46:34AM
17 Department in response to the police
18 department's is request.
19     Q    And did the police department explain  10:46:40AM
20 why it was making that request?
21     A    Because they'd been doing it anyway as  10:46:50AM
22 part of their background investigation, and they
23 just wanted it set forth on the specification.
24     Q    And do you have any information as to  10:46:59AM
25 why they were doing it in the first place?

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2      MS. ZWILLING:  Why the police          10:47:04AM
3  department did that?
4      MR. GRAFF:  It might have been         10:47:06AM
5  communicated in the context of asking for it
6  to be a special necessary qualification.
7      MS. ZWILLING:  If they told her about   10:47:13AM
8  it, she can speak to that.
9      A    I don't know.            10:47:15AM
10     Q    And the psychological examination,    10:47:20AM
11 who's responsible -- first of all, other than
12 the examination announcement, is there any other
13 written document created by Suffolk County that
14 provides further detail on what the
15 psychological evaluation involves?
16     A    I'm not aware of any.          10:47:41AM
17     Q    And who administers the psychological  10:47:45AM
18 evaluations?
19     A    We contract that.           10:47:48AM
20     Q    And are there any directions or      10:47:50AM
21 standards or guidelines that are provided to the
22 contractors who conduct those evaluations with
23 respect to what they should be doing?
24     MS. ZWILLING:  Objection.         10:48:05AM
25     Arie, I just have to ask what the       10:48:05AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 50

CYNTHIA DISTEFANO

1  relevance of this is, because as I
2  understand it, there's no suggestion that
3  your clients were somehow not meeting these
4  qualifications.
5        MR. NOVIKOFF:  Isn't the issue,        10:48:18AM
6  Arie -- and I don't think it's an issue,
7  because I think we've had eight different
8  witnesses testify.  I think we all
9  stipulated that at a certain point in time
10 there were a number of officers at Ocean
11 Beach that were not certified and then at a
12 certain point in time, some of them became
13 certified and some of them didn't.
14       MS. ZWILLING:  If you have any doubts  10:48:40AM
15 about that, pose those questions to her.
16 Let's narrow this down so we don't go all
17 over the place.  I think she's perfectly
18 capable to speak to those larger issues.
19       MR. GRAFF:  I'd like to get an answer  10:48:52AM
20 to the question that I posed.
21       MS. ZWILLING:  Well, why a bunch of    10:48:55AM
22 civil servants would tell psychologists how
23 to run a psychological exam --
24
25

TSG Reporting - Worldwide  (877) 702-9580

## Page 51

CYNTHIA DISTEFANO

1  BY MR. GRAFF:                                10:49:02AM
2     Q    Is there something that explains    10:49:03AM
3  generally what the objectives of the exam are
4  and why -- how the exam should be conducted to
5  meet the interests of the county?
6        MS. ZWILLING:  The exam is done by     10:49:12AM
7  psychologists.  It's a psychological exam.
8  It's not a Civil Service exam.
9        MR. NOVIKOFF:  Why couldn't all of     10:49:19AM
10 this be done by document request, asking for
11 those documents.  To the extent there's any
12 document that explains or articulates the
13 rationale behind any particular test that's
14 in the possession of the county, they will
15 produce it.  I'm sure the county would
16 produce that.  Respectfully, instead of
17 spending an hour and a half asking this
18 witness questions that she would only be
19 testifying to based upon a document, make
20 that request.
21       MR. GRAFF:  That would be great.  If   10:49:43AM
22 there are documents that have not been
23 produced that exist that define that,
24 then --
25

TSG Reporting - Worldwide  (877) 702-9580

## Page 52

CYNTHIA DISTEFANO

1        MS. ZWILLING:  Conceivably anything    10:49:49AM
2  and everything hasn't been produced.  What I
3  will say with respect to the psychological,
4  if the county has documents relating to the
5  psychologicals that have not been produced
6  and we legally can produce them, we will.
7  And I say legally because there may be state
8  law restrictions on us turning over Civil
9  Service examination materials without some
10 sort of confidentiality agreement.  Or if
11 they're state materials, we may not be
12 permitted to turn them over at all.
13       MR. GRAFF:  Okay.                       10:50:21AM
14       MS. ZWILLING:  Short of that,           10:50:22AM
15 certainly we would produce them.
16       MR. GRAFF:  Two small things.  I don't 10:50:25AM
17 think I'm disagreeing on that.  In the event
18 that you determine that you cannot legally
19 produce them, I would ask that you obviously
20 let us know that they exist.
21       MS. ZWILLING:  I would.  And you are    10:50:36AM
22 free to get them from the state at that
23 point, because some of these things are
24 state documents.  If there is something that
25

TSG Reporting - Worldwide  (877) 702-9580

## Page 53

CYNTHIA DISTEFANO

1  is not a state document, we may be able to
2  turn it over pursuant to a confidentiality
3  order.
4        MR. GRAFF:  There's actually a         10:50:48AM
5  confidentiality order in place.
6        MS. ZWILLING:  I know.  My concern     10:50:51AM
7  here is to the extent that the state
8  sometimes creates documents related to Civil
9  Service or imposes restrictions upon us as
10 to what we can do with them, even though all
11 parties may agree to keep things
12 confidential, the state may not be
13 comfortable with that.
14       MR. GRAFF:  I understand.  If that's    10:51:09AM
15 the case, if you can say there are documents
16 but pursuant to state requirements we're not
17 producing them, so we can address that.
18       MS. ZWILLING:  I don't know that there 10:51:17AM
19 are documents.  Certainly, the state issue
20 permeates all Civil Service document
21 questions.
22       MR. NOVIKOFF:  Have you made a request 10:51:24AM
23 from the state?  I mean, I think that would
24 be something you would want to do.
25

TSG Reporting - Worldwide  (877) 702-9580

Page 54

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2        MR. GRAFF:  Strategies for dealing      10:51:28AM
3    with the state is better addressed off the
4    record.
5        MR. NOVIKOFF:  Like you indicated to   10:51:35AM
6    me in an E-mail a week ago, we're two years
7    into the litigation, and I would've thought
8    that by now any information you would've
9    needed to get from the state you could have
10   gotten.  Again, you know, listen, I'll stay
11   here as long as we have to, but it just
12   seems that you're asking this witness to
13   opine on information that is contained
14   within a document --
15       MR. GRAFF:  We're about to move on      10:51:51AM
16   from that.  We hit on a constructive way --
17       MS. ZWILLING:  Generally speaking,      10:51:56AM
18   professional examinations are conducted by
19   professionals.  Civil Service doesn't tell
20   the doctor how to do a physical.  We don't
21   tell psychologists how to conduct a
22   psychological exam.  That's why we hire
23   professionals.
24       MR. GRAFF:  Okay.  The same thing       10:52:09AM
25   we've been discussing with respect to

TSG Reporting - Worldwide  (877) 702-9580

Page 55

CYNTHIA DISTEFANO

1    psychological, if I could ask with respect
2    to the other qualifying exams in this line,
3    medical, physical fitness, polygraph, to the
4    extent, subject to --
5        MS. ZWILLING:  Well, the physical       10:52:19AM
6    examination is not a written exam.  It's a
7    medical physical.  Like if you go to a
8    doctor and have an annual physical, you
9    know, it's akin to that.  These are not
10   written examinations.
11       MR. GRAFF:  Okay.                        10:52:29AM
12       MR. NOVIKOFF:  And your next question   10:52:31AM
13   to this witness will be what is the basis
14   for giving a physical exam, and this witness
15   again will either be able to testify based
16   upon something she has read or she's going
17   to say I don't know, but there's probably a
18   document out there that explains it.
19       MR. GRAFF:  Subject to everything you   10:52:47AM
20   said, that's all --
21       MS. ZWILLING:  If there are documents   10:52:49AM
22   and we can disclose them pursuant to the
23   considerations I've already mentioned, we
24   can give you them.  But I just want to make

TSG Reporting - Worldwide  (877) 702-9580

Page 56

CYNTHIA DISTEFANO

1    clear that these are not necessarily written
2    exams and they're expert exams done by
3    professionals in that discipline.  They're
4    not written Civil Service tests.
5        MR. GRAFF:  Okay.  I do understand      10:53:07AM
6    that.  I appreciate the explanation.
7    BY MR. GRAFF:                                10:53:13AM
8        Q    One more question on this line before  10:53:14AM
9    we can move on from it.
10       What is the basis for conducting a      10:53:16AM
11   polygraph evaluation in this context?
12       MR. NOVIKOFF:  Objection to form.  I    10:53:22AM
13   don't know what that question means.
14       MS. ZWILLING:  Whose basis?             10:53:24AM
15   BY MR. GRAFF:                                10:53:26AM
16       Q    What is the purpose of conducting a  10:53:26AM
17   polygraph evaluation in this context?
18       MR. NOVIKOFF:  Objection to form.       10:53:32AM
19       MS. ZWILLING:  Objection.  It's not     10:53:33AM
20   her requirement.  I don't understand the
21   question.  It was not her decision to
22   request a polygraph exam.
23       MR. GRAFF:  Right.  But she's           10:53:42AM
24   appearing as the county's designee on

TSG Reporting - Worldwide  (877) 702-9580

Page 57

CYNTHIA DISTEFANO

1    qualifications.  If she knows what the
2    purpose of a qualification is, I'm certainly
3    entitled to ask.
4        MR. NOVIKOFF:  She'll know what the     10:53:50AM
5    qualifications are, but to ask this witness
6    the purpose of the qualification, you're
7    asking this witness to get into the mind of
8    either the legislative body or the executive
9    body that at one point in time, perhaps a
10   century ago, have set forth these
11   requirements.
12       MS. ZWILLING:  Or the police            10:54:07AM
13   department.  And I can assure you Civil
14   Service does not read the mind of the police
15   department.  If it's been communicated to
16   her, she can relate that to her.  But I
17   don't think she can explain why the police
18   department made this request if she was not
19   told that.
20       MR. GRAFF:  All I want to know things   10:54:23AM
21   she can answer.
22       MR. NOVIKOFF:  You have to ask the      10:54:27AM
23   right question, Arie.
24       MS. ZWILLING:  If you want to ask her   10:54:29AM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2      if any of that was communicated to her,
3      that's certainly proper.
4          MR. GRAFF: I want to ask both      10:54:37AM
5      questions.
6      BY MR. GRAFF:                          10:54:39AM
7      Q   Do you know what the purpose of the  10:54:39AM
8      polygraph evaluation is in this context?
9          MS. ZWILLING: Objection.           10:54:44AM
10         MR. NOVIKOFF: Objection.           10:54:45AM
11         MS. ZWILLING: If she can answer, she  10:54:=
       47AM
12     can answer.
13     A   I have an opinion. I don't have any  10:54:49AM
14     specific --
15         MS. ZWILLING: She's not going to give  10:54:52AM
16     you her opinion.
17     BY MR. GRAFF:                          10:54:54AM
18     Q   Was it ever communicated to you?   10:54:55AM
19     A   No, it was not.                     10:54:57AM
20     Q   Is the basis for the opinion your  10:54:58AM
21     personal belief or is it based on knowledge or
22     experience with Civil Service?
23         MS. ZWILLING: Objection. It's her  10:55:05AM
24     personal opinion. Her personal opinion,
25     whether she thinks it's a good idea, bad

CYNTHIA DISTEFANO

1
2      idea, poor idea, wonderful idea is
3      irrelevant.
4          MR. NOVIKOFF: Palpably.            10:55:16AM
5          MS. ZWILLING: Especially since she  10:55:19AM
6      didn't make the decision.
7          MR. GRAFF: Can she answer the      10:55:22AM
8      question?
9          MS. ZWILLING: No. I'm going to ask  10:55:24AM
10     you to move on.
11         MR. GRAFF: So just to be clear. I'm  10:55:25AM
12     not trying to be argumentative. Are you
13     telling the witness not to answer the
14     question?
15         MS. ZWILLING: I'm asking you to move  10:55:31AM
16     on at this time. I'm not saying you will
17     not get an answer to the question at some
18     point. I'm asking you to move on, and we
19     can pick it up again later.
20         MR. GRAFF: If we could mark it then  10:55:40AM
21     so we can find that.
22     BY MR. GRAFF:                          10:55:43AM
23     Q   The last full sentence on that page,  10:55:43AM
24     if you could just read it and let me know when
25     you've read that sentence.

CYNTHIA DISTEFANO

1
2      A   The MPTC? I've read that.          10:55:56AM
3      Q   You're abbreviating Municipal Training  10:56:04AM
4      Police Council?
5      A   Yes.                               10:56:08AM
6      Q   What is a police officer training  10:56:20AM
7      course recognized by the state municipal
8      training council? What is that referring to?
9      A   The police academy training.       10:56:26AM
10     Q   And is that a police academy       10:56:29AM
11     training -- in the context of this document, is
12     that police academy training offered in any
13     particular part of the state?
14     A   It's offered in the Suffolk County  10:56:39AM
15     Police Academy.
16     Q   Could you identify what this document  10:56:45AM
17     is?
18     A   It is a job specification for a     10:56:48AM
19     full-time police officer.
20     Q   Is that a full-time police officer  10:56:53AM
21     within a jurisdiction in Suffolk County
22     specifically?
23     A   Within any jurisdiction in Suffolk  10:56:58AM
24     County.
25     Q   So for purposes of these           10:57:03AM

CYNTHIA DISTEFANO

1
2      qualifications, is a police officer training
3      course recognized by the state but one outside
4      of Suffolk County, does that satisfy this
5      requirement?
6          MR. NOVIKOFF: Objection to form.   10:57:16AM
7          MS. ZWILLING: Arie, it's a state   10:57:19AM
8      requirement. It's not Civil Service's
9      requirement. New York does not allow people
10     to have status of peace officer until they
11     complete a state-approved academy.
12         MR. GRAFF: I understand. But for the  10:57:33AM
13     jurisdiction of Suffolk County, does that
14     state approved police academy need to be in
15     Suffolk County or can it be a police academy
16     in another county in the state.
17     A   It can be anywhere. This is for --  10:57:44AM
18     Suffolk County police officers go to this one.
19         MR. NOVIKOFF: Again, I don't want to  10:57:50AM
20     be sounding like a broken record, but I want
21     to mark for the record again that you're
22     asking a lot of questions that are palpably
23     irrelevant. We have two issues, as far as I
24     see, regarding to Suffolk County Civil
25     Service. One, the certification issue,

CYNTHIA DISTEFANO

1
2  which you have talked about at length with
3  numerous witnesses, which I think for the
4  most part many of the facts are undisputed.
5  And two, the allegation that somebody at the
6  Suffolk County Civil Service was engaged in
7  a conspiracy with someone over at Ocean
8  Beach concerning these five plaintiffs.
9      What we're doing for the last hour and  10:58:17AM
10  a half, I just think it's borderline
11  harassment, and it's palpably improper.  I
12  can't instruct the witness not to answer.
13  I'm not going to stop the deposition.  I'm
14  going to explain to Judge Boyle that on this
15  issue, virtually all of the facts are
16  uncontested and not disputed.  I say it for
17  the record.
18      MR. GRAFF:  Was there a question      10:58:45AM
19  pending?
20      MR. NOVIKOFF:  Certainly regarding the 10:58:49AM
21  issue of certification.
22      MR. GRAFF:  Was there a question       10:58:57AM
23  pending when Mr. Novikoff made his comment?
24      (Whereupon, the referred to portion   10:59:15AM
25  was read back by the court reporter:  So for

CYNTHIA DISTEFANO

1
2  purposes of these qualifications, is a
3  police officer training course recognized by
4  the state but one outside of Suffolk County,
5  does that satisfy this requirement?)
6      MS. ZWILLING:  With respect to which   10:59:18AM
7  police department?  You're asking a question
8  that I think assumes information that may
9  not necessarily be assumed.  This may be
10  specs or qualifications applicable to all
11  police officers throughout the state, but
12  individual police departments may have their
13  own unique requirements.
14      MR. GRAFF:  I don't want the question  10:59:43AM
15  to be unclear.
16      MS. ZWILLING:  And she certainly can't 10:59:46AM
17  speak to what the police department in
18  Lackawanna, New York requires.
19  BY MR. GRAFF:                             10:59:51AM
20  Q   Can a police department in Suffolk    10:59:52AM
21  County have requirements that are less stringent
22  than the requirements on this page?
23  A   No.                                   10:59:58AM
24  Q   And then going back to my last        11:00:02AM
25  question.  Whether or not there are additional

CYNTHIA DISTEFANO

1
2  requirements in an individual police department,
3  as far as what the requirement of Suffolk County
4  Civil Service means, does a certificate from a
5  police officer training course recognized by the
6  state but not in Suffolk County satisfy this
7  requirement?
8      MR. NOVIKOFF:  Objection to form.  I   11:00:26AM
9  don't even understand it.
10  A   I don't really understand the         11:00:31AM
11  question.
12      MS. ZWILLING:  Arie, I know the answer 11:00:35AM
13  to the question, and that's the reason why I
14  know you're not going to be able to get an
15  answer to the question.  The state -- can we
16  go off the record.
17      (Whereupon, a discussion was held off  11:00:45AM
18  the record.)
19  BY MR. GRAFF:                             11:02:20AM
20  Q   Ms. DiStefano, I know it's a state    11:02:31AM
21  requirement, the Municipal Police Training
22  Council.  If you know, is there such a thing as
23  a part-time municipal police officer training
24  program versus a full-time?
25      MR. NOVIKOFF:  Objection to form.     11:02:48AM

CYNTHIA DISTEFANO

1
2      MS. ZWILLING:  Are you asking about a  11:02:52AM
3  police academy program?
4      MR. GRAFF:  Recognized by New York     11:02:56AM
5  State Municipal Training Council that would
6  satisfy this requirement, are there
7  subcategories, full-time or part-time, if
8  she knows.
9  A   I'm not sure if it's the same length   11:03:08AM
10  of time.  I think it's shorter, but I'm not
11  sure.  They still need the municipal police
12  training certificate.
13      MR. GRAFF:  I'll ask the court         11:03:30AM
14  reporter to please mark as CD 3 a two-page
15  document produced by the county without
16  Bates number, headed "Police officer
17  part-time/seasonal."
18      (Whereupon, police officer            11:03:41AM
19  part-time/seasonal was marked as DiStefano
20  Exhibit 3 for identification, as of this
21  date.)
22      MR. GRAFF:                             11:04:10AM
23  Q   Ms. DiStefano, if you can just take a 11:04:11AM
24  moment to look over the document and let me know
25  if it's something you've seen before. (Handing.)

CYNTHIA DISTEFANO

2  A   It is.                          11:04:19AM
3  Q   And could you identify it, please?   11:04:19AM
4  A   It's the Civil Service job      11:04:21AM
5  specification for a part-time seasonal police
6  officer.
7  Q   And if you look under, again, the   11:04:27AM
8  heading "Necessary Special Requirements," this
9  time Number 3, it states, "Candidates must
10  posses a police officer training certificate
11  recognized by the New York State Municipal
12  Police Training Council.
13  A   Uh-huh.                        11:04:43AM
14  Q   If you recall in the last exhibit it   11:04:44AM
15  said that after appointment, candidates will be
16  required to complete that program.
17  A   Uh-huh.                        11:04:52AM
18  Q   Is that a distinction with substance   11:04:54AM
19  or is it just different drafting language?
20      MR. NOVIKOFF: Objection. Form.   11:05:00AM
21      MS. ZWILLING: Objection.       11:05:00AM
22  BY MR. GRAFF:                       11:05:01AM
23  Q   Is there a difference between those   11:05:01AM
24  two requirements?
25      MR. NOVIKOFF: Well, you just stated   11:05:04AM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

2  that there is.  From the plain language of
3  the document, there seems to be a
4  difference.
5      MS. ZWILLING: The documents contain   11:05:12AM
6  different language.
7  Q   And then practice as applied by the   11:05:15AM
8  Department of Civil Service, are these applied
9  as written?
10      MR. NOVIKOFF: Objection. Foundation.   11:05:21AM
11      MS. ZWILLING: You can answer.   11:05:28AM
12  A   Of course they're applied as written.   11:05:30AM
13  That's why they're written.
14  Q   Do you know why for a part-time   11:05:34AM
15  seasonal the candidate must posses it, whereas
16  for a police officer, the candidate must
17  complete the program after completing the
18  program?
19      MR. NOVIKOFF: Objection.       11:05:47AM
20      MS. ZWILLING: Objection.       11:05:47AM
21      Did the state ever tell you that?   11:05:48AM
22      MR. NOVIKOFF: Does she know based on   11:05:51AM
23  personal knowledge or does she have an
24  opinion?  Or has the reason been
25  communicated to her?  If it's been

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

2  communicated to her or she has personal
3  knowledge, I think it's an appropriate
4  question.  If you're asking her if she has
5  an opinion, it's inappropriate.
6      MR. GRAFF: I asked if she knows.   11:06:05AM
7  A   A police officer full-time is hired   11:06:07AM
8  from the list.  He goes to the academy.  He
9  serves an 18-month probationary period.  He
10  starts in the academy.  He earns his municipal
11  police training certificate.  He's not out on
12  the street functioning as a police officer.
13  He's a student in the police academy.  A
14  part-time police officer is hired to go to work
15  immediately.  So he needs that MPTC in order to
16  do that.  Most times they go to whatever
17  training they need before they actually are
18  hired and hit the streets.
19  Q   And in this context, is there a   11:06:47AM
20  difference between appointment as it's used
21  after appointment versus being hired?
22      MR. NOVIKOFF: Objection. In what   11:06:57AM
23  context?
24      MS. ZWILLING: Objection.       11:06:58AM
25

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

2  BY MR. GRAFF:                       11:07:00AM
3  Q   Is appointment the same as hiring?   11:07:01AM
4  A   Yes.                           11:07:04AM
5  Q   So in the context of a police officer,   11:07:06AM
6  a police officer is hired and then after being
7  hired gets the -- goes into the training program
8  and then begins working after completing it?
9      MS. ZWILLING: Objection. Which kind   11:07:16AM
10  of police officer?
11      MR. GRAFF: The full-time.       11:07:18AM
12      MR. NOVIKOFF: Then say it.     11:07:20AM
13      MS. ZWILLING: Arie, if it helps   11:07:22AM
14  things, when the SCPD hires officers that
15  have been working with the New York City
16  Police Department up until the day before,
17  they begin the academy and go through the
18  same training program as recruits off the
19  street who never did any law enforcement in
20  their life.
21  BY MR. GRAFF:                       11:07:40AM
22  Q   And Ms. DiStefano, do you agree with   11:07:40AM
23  what Ms. Zwilling just explained?
24  A   Yes.                           11:07:46AM
25  Q   During the period after employment,   11:07:47AM

TSG Reporting - Worldwide  (877) 702-9580

Page 70

CYNTHIA DISTEFANO

1 **CYNTHIA DISTEFANO**
2 **when the full-time police officer is pursuing**
3 **that certificate, does the police officer earn**
4 **salary in the same way that they will upon**
5 **completion of the certificate program?**
6 A They're paid from the date they're 11:08:01AM
7 appointed, hired.
8 Q **And is it the same rate of pay or is** 11:08:04AM
9 **there a reduced rate of pay during that**
10 **training?**
11 A They have a step system in their 11:08:10AM
12 salary plan. You can have that, I'm sure.
13 Q **And how long does -- in the context of** 11:08:18AM
14 **full-time police officers, what length of time**
15 **does it take to complete the municipal police**
16 **officer training program?**
17 MS. ZWILLING: Are you asking how long 11:08:26AM
18 the academy training is? I don't know that
19 we're going to get into any commentary on
20 whether or not an officer satisfies state
21 requirements.
22 MR. GRAFF: I'm not asking about state 11:08:39AM
23 requirements.
24 MS. ZWILLING: That's why I'm asking. 11:08:41AM
25 Is your question how long the academy

TSG Reporting - Worldwide (877) 702-9580

Page 71

CYNTHIA DISTEFANO

1 CYNTHIA DISTEFANO
2 training is?
3 MR. GRAFF: No. 11:08:45AM
4 BY MR. GRAFF: 11:08:45AM
5 Q **Is there any Suffolk County rule or** 11:08:46AM
6 **direction that has any bearing on the period of**
7 **time between appointment and completion of that**
8 **program to satisfy that requirement?**
9 MS. ZWILLING: Civil Service 11:09:00AM
10 requirement or PD requirement?
11 MR. GRAFF: Civil Service. I 11:09:02AM
12 understand that's separate from PD
13 requirement.
14 BY MR. GRAFF: 11:09:07AM
15 Q **Does Civil Service have any** 11:09:08AM
16 **specification, requirement with respect to how**
17 **long after appointment an appointee has to**
18 **complete that training program?**
19 A There's no time set forth on the 11:09:17AM
20 specification.
21 Q **If we could turn back, actually, to** 11:09:29AM
22 **CD 2 for police officer.**
23 A Yes. 11:09:33AM
24 Q **How long is the probationary period** 11:09:33AM
25 **for the police officer?**

TSG Reporting - Worldwide (877) 702-9580

Page 72

CYNTHIA DISTEFANO

1 CYNTHIA DISTEFANO
2 A Eighteen months. 11:09:36AM
3 Q **And is it possible that a police** 11:09:37AM
4 **officer could satisfy this police officer**
5 **training council requirement after -- over a**
6 **period of time longer than 18 months? That is,**
7 **could a police officer become a full-time**
8 **non-probationary police officer before having**
9 **satisfied this training requirement? And again,**
10 **I'm not asking about whether or not any**
11 **individual police departments have any rules.**
12 **I'm only asking with respect to any rules by**
13 **Suffolk County.**
14 MR. NOVIKOFF: Objection. Form. 11:10:21AM
15 MS. ZWILLING: Objection. There may 11:10:21AM
16 or may not be Civil Service rules, but every
17 police department has their own rule. If
18 you're asking about Suffolk County, you're
19 including the Suffolk County Police
20 Department.
21 MR. GRAFF: Suffolk County Civil 11:10:34AM
22 Service.
23 MS. ZWILLING: Do they have rules in 11:10:35AM
24 addition to what the PD may have?
25 MR. GRAFF: Yes. Do they have any of 11:10:38AM

TSG Reporting - Worldwide (877) 702-9580

Page 73

CYNTHIA DISTEFANO

1 CYNTHIA DISTEFANO
2 their own rules that would bear on the
3 question that I asked.
4 MR. NOVIKOFF: I don't even know what 11:10:41AM
5 the question is anymore, so I'm objecting to
6 the form.
7 MS. ZWILLING: I think state law 11:10:43AM
8 prohibits anybody going out in the street
9 until they've been through a police academy.
10 BY MR. GRAFF: 11:10:49AM
11 Q **My question now -- and it might have** 11:10:49AM
12 **become confused. The question that I'm asking**
13 **is: Can a police officer complete their**
14 **probationary period and be a full-time**
15 **competitive class police officer before having**
16 **satisfied this last requirement?**
17 MS. ZWILLING: The state says they 11:11:10AM
18 can't. It's a state requirement. Arie,
19 respectfully, your question doesn't make
20 sense. The state says you can't function as
21 a police officer until you fulfill our
22 educational requirement. So what is your
23 question then? You're asking us if Suffolk
24 County allows -- if Civil Service allows
25 people to act as police officers that don't

TSG Reporting - Worldwide (877) 702-9580

Page 74

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     comply with state requirements?
3          MR. GRAFF:  No.  I'm asking about     11:11:34AM
4     their status, whether they have -- whether
5     they have the absence of protections that is
6     characteristics of a probationary employee
7     or whether they can become a full-time
8     employee, non-probationary employee before
9     having obtained the certificate.
10          MR. NOVIKOFF:  Objection to form.     11:11:54AM
11          MS. ZWILLING:  It's apples and     11:11:55AM
12     oranges.
13          MR. NOVIKOFF:  What is the relevancy     11:11:57AM
14     of this?  Is there any dispute that any of
15     your clients or any of the officers at issue
16     in this case didn't have -- didn't go to the
17     police school and get that qualification?
18          MS. ZWILLING:  You know, probationary     11:12:10AM
19     periods are matters of days on the calendar.
20          MR. GRAFF:  Right.     11:12:14AM
21          MS. ZWILLING:  Okay.  This is     11:12:15AM
22     something -- it's an educational requirement
23     that the state imposes.
24          MR. NOVIKOFF:  Why are you talking     11:12:21AM
25     about full-time employees?  Isn't this whole

TSG Reporting - Worldwide  (877) 702-9580

Page 75

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     case about part-time/seasonal?  I mean if
3     you want to address the qualifications for
4     that classification, I completely
5     understand.
6          MR. GRAFF:  Maybe I can phrase it     11:12:37AM
7     differently.
8     BY MR. GRAFF:     11:12:38AM
9     Q     Can a probationary police officer     11:12:39AM
10     satisfactorily complete their probationary
11     period without having actually completed the
12     municipal police officer training program?
13          MS. ZWILLING:  That depends on what     11:12:51AM
14     the PD allows.
15          MR. GRAFF:  I'm only asking as far as     11:12:54AM
16     Suffolk County Civil Service.
17          MR. NOVIKOFF:  Can they or would they     11:12:57AM
18     be in violation of something if they did?
19          MR. GRAFF:  Would they be in violation     11:13:01AM
20     of something --
21          MS. ZWILLING:  The witness can't     11:13:03AM
22     comment on whether people comply with state
23     law.
24          MR. GRAFF:  I'm not asking about state     11:13:08AM
25     law.  I'm asking about any law specific to

TSG Reporting - Worldwide  (877) 702-9580

Page 76

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     Civil Service.
3          MS. ZWILLING:  I'm not trying to be     11:13:12AM
4     difficult, Arie.  I understand there might
5     be some legitimate questions here, but the
6     way you're phrasing them really goes beyond
7     that and is really not driving at any useful
8     information.  I think we're just not getting
9     the nub of what you're trying to ask.
10          Are you asking will Civil Service     11:13:27AM
11     certify people as having permanent
12     appointments as police officers that
13     don't -- that haven't trained in the
14     academy?  Is that your question?
15          MR. GRAFF:  Sure.  Yes, yes.     11:13:39AM
16          MR. NOVIKOFF:  Great.     11:13:40AM
17     A     For a full-time police officer?     11:13:41AM
18     Q     Yes.     11:13:43AM
19     A     No.  The police would not keep them.     11:13:44AM
20          MS. ZWILLING:  The reality, Arie, is     11:13:47AM
21     that no PD is going to allow someone
22     permanent status if they haven't gone
23     through the academy.  There are training
24     requirements beyond police academies.
25     That's only one of the minimums.  There's

TSG Reporting - Worldwide  (877) 702-9580

Page 77

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     training beyond that that an officer has to
3     complete before they can get permanent
4     status.
5          MR. GRAFF:  Okay.  I'm done with that     11:14:05AM
6     question.
7     BY MR. GRAFF:     11:14:11AM
8     Q     Turning back to CD 3, Number 4 states,     11:14:12AM
9     "Candidates must successful pass a qualifying
10     psychological evaluation authorized by Suffolk
11     County Department of Civil Service."
12          Is that a psychological evaluation     11:14:23AM
13     different in any respect from the psychological
14     evaluation that applies in CD 2 to police
15     officers?
16     A     No, it is not.     11:14:33AM
17     Q     And what about in Number 5, the     11:14:35AM
18     qualifying medical valuation for part-time
19     seasonal, is that any different than the
20     qualifying medical for full-time?
21     A     No.     11:14:44AM
22     Q     What about the qualifying physical     11:14:46AM
23     fitness evaluation for part-time seasonal, is
24     that any different than the qualifying physical
25     fitness evaluation for full-time?

TSG Reporting - Worldwide  (877) 702-9580

## Page 78

CYNTHIA DISTEFANO

2  A    There's no age limit on part-time    11:14:56AM
3  police officers. There is for full-time. So
4  the standards do make age adjustments for what's
5  expected.
6  Q    Other than age, is there another --    11:15:07AM
7  A    No.                                     11:15:09AM
8  Q    And Number 9. This is on CD 3.          11:15:12AM
9  "Candidates must successfully pass a polygraph
10 evaluation." Is that polygraph evaluation
11 requirement any different than in the case of
12 full-time police officers?
13 A    No.                                     11:15:22AM
14 Q    Is there such a thing as an agility     11:15:28AM
15 evaluation that is a requirement for Suffolk
16 County Civil Service with respect to any law
17 enforcement, public safety or police officer
18 position?
19 A    For police officers, there's a         11:15:43AM
20 physical agility, physical fitness agility.
21 Q    Does that apply only to full-time       11:15:48AM
22 police officers?
23 A    No.                                     11:15:51AM
24 Q    Is that a requirement also for          11:15:51AM
25 part-time/seasonal police officers?

TSG Reporting - Worldwide  (877) 702-9580

## Page 79

CYNTHIA DISTEFANO

2  A    It is.                                  11:15:54AM
3  Q    I may be overlooking it. Is that        11:15:56AM
4  something's that's listed on this?
5  A    It's Number 6.                          11:16:02AM
6  Q    That's part of the physical fitness     11:16:03AM
7  evaluation?
8  A    Agility, physical fitness are           11:16:06AM
9  synonymous.
10 Q    Okay. Turning to the second page of     11:16:14AM
11 CD 3. My questions here are going to be -- it
12 would probably be more convenient if you just
13 read through the text of this page and let me
14 know when you're done.
15 A    (Witness complies.) Okay.                11:16:40AM
16 Q    And the heading "Limitations on         11:16:48AM
17 Part-Time Employment." Number 1, "Part-time
18 officers may be used under the following
19 conditions only and only as underlined. A, When
20 the full-time complement of police officers is
21 depleted due to court appearances, medical
22 absences or vacation."
23      Ms. DiStefano -- let me just read the   11:17:08AM
24 second one and then ask.
25      MR. NOVIKOFF: The document says what    11:17:23AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 80

CYNTHIA DISTEFANO

2  it says.
3      MR. GRAFF: It will be more clear to      11:17:26AM
4  follow in the transcript.
5  BY MR. GRAFF:                                 11:17:28AM
6  Q    "In emergency conditions, when the      11:17:29AM
7  full-time complement of police officers is
8  insufficient to ensure adequate protection of
9  life and property."
10      Ms. DiStefano, are these limitations    11:17:39AM
11 on part-time employment of police officers
12 applicable to the part-time employment of police
13 officers in the Incorporated Village of Ocean
14 Beach?
15 A    Yes.                                     11:17:50AM
16      MR. NOVIKOFF: Objection.                 11:17:51AM
17 BY MR. GRAFF:                                 11:17:51AM
18 Q    And has that been the case from 2000    11:17:52AM
19 to the present?
20 A    Yes.                                     11:17:57AM
21      MR. NOVIKOFF: Objection.                 11:17:58AM
22 BY MR. GRAFF:                                 11:17:58AM
23 Q    Was that the case, if you know, from    11:17:59AM
24 1990 to 2000?
25 A    Yes.                                     11:18:02AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 81

CYNTHIA DISTEFANO

2  Q    Who determines whether the full-time    11:18:04AM
3  complement of police officers has been depleted
4  as set forth in Subheading A?
5  A    The police chief or whoever is in       11:18:16AM
6  charge of the police department.
7  Q    And is that something that needs to be  11:18:20AM
8  reported to Civil Service?
9  A    We certify police payroll, and          11:18:26AM
10 sometimes they report that. We don't
11 micromanage police departments. If they deem it
12 an emergency, we accept that.
13 Q    And other than that presenting for      11:18:38AM
14 certification the payroll that lists the
15 position of part time police officer, is there
16 any other documentation as to the basis on which
17 that part-time officer was hired that needs to
18 be provided to that Civil Service Department?
19      MS. ZWILLING: Are you asking about      11:18:56AM
20 Civil Service documentation? Because the
21 PDs may have their own documentation.
22      MR. GRAFF: I'm asking about Civil       11:19:02AM
23 Service documentation.
24 BY MR. GRAFF:                                 11:19:04AM
25 Q    Other than stating they have employed   11:19:04AM

TSG Reporting - Worldwide  (877) 702-9580

Page 82

CYNTHIA DISTEFANO

1    a part-time police officer, do they need to
2    report anything else with respect to the matters
3    set forth in Number 1 here?
4        A    They're asked to explain which of the   11:19:19AM
5    part-time restrictions that officer is employed
6    under, whether it's that he won't earn over a
7    stipulated amount of money or whether he will
8    not work over half the normal work week.
9        Q    And how is that inquiry communicated   11:19:39AM
10   to -- how is that question posed to the
11   municipality?  Is it an oral question?
12       A    It's on the report of personnel   11:19:50AM
13   changes, the Civil Service 150 that they use to
14   report any personnel changes.
15       Q    And is it a requirement that on that   11:20:01AM
16   form they indicate the basis for the part-time
17   employment as set forth in Number 1 or Number 2
18   here?
19       MR. NOVIKOFF:  Objection to form.   11:20:11AM
20       A    We ask -- there's a column to address   11:20:13AM
21   that.  It's addressed on payroll if it's not
22   there.
23       Q    In part 1B, when it refers to   11:20:25AM
24   emergency conditions, when the complement of

TSG Reporting - Worldwide  (877) 702-9580

Page 83

CYNTHIA DISTEFANO

1    police officers is depleted, is there any
2    direction or specification from Civil Service
3    with respect to the duration of an emergency
4    condition within the meaning of this Section 2B?
5        A    We leave that up to the police   11:20:45AM
6    department, but the part-time limitations would
7    apply in the people they use to address it.
8        Q    And the part-time limitations that   11:20:55AM
9    you're referring to, is that what's Number 2?
10       A    Yes.   11:21:00AM
11       Q    So even in emergency conditions, when   11:21:04AM
12   a part-time officer is hired on that basis, they
13   still need to comply with Number 2?
14       A    Yes.   11:21:11AM
15       Q    When it refers to the Suffolk County   11:21:12AM
16   Department of Civil Service rules, Rule 2 and --
17   Rule 2, the pound sign 14, is that referring to
18   two different rules, Rule 2 and Rule 14?
19       A    No, it's Rule 2 Number 14.   11:21:28AM
20       Q    Do you know -- without consulting the   11:21:32AM
21   document, do you know what that rule is?
22       A    Yes, it's the definition of part-time.   11:21:35AM
23       Q    And what is that definition?   11:21:37AM
24       A    That the employment will not exceed   11:21:40AM

TSG Reporting - Worldwide  (877) 702-9580

Page 84

CYNTHIA DISTEFANO

1    50 percent of the normal work week or that it
2    will -- the person will not earn over a certain
3    amount of money.
4        Q    And is it -- in the actual rule   11:21:57AM
5    itself, is the amount of money specified?
6        A    It's $5,000 or 25 percent of the   11:22:02AM
7    entry-level salary for whatever that title is.
8        Q    And is that 25 percent of the annual   11:22:08AM
9    salary?
10       A    Yes.   11:22:11AM
11       Q    And how is normal week defined for   11:22:22AM
12   purposes of measuring 50 percent of a normal
13   week?
14       MR. NOVIKOFF:  Objection to form.   11:22:29AM
15       A    We contact whatever the jurisdiction   11:22:33AM
16   is and ask them whether it's 35, 37 and a half,
17   40.
18       Q    And is there -- could it be more than   11:22:39AM
19   40?
20       A    No.   11:22:42AM
21       Q    Would it be permissible under Civil   11:23:00AM
22   Service regulation for a part-time officer to
23   work 40 hours a week in the first week of the
24   month, zero hours in weeks two, three and four,

TSG Reporting - Worldwide  (877) 702-9580

Page 85

CYNTHIA DISTEFANO

1    such that their total month's employment is less
2    than 50 percent of the normal month's
3    employment?
4        MS. ZWILLING:  Objection.   11:23:20AM
5        MR. NOVIKOFF:  Objection to form.   11:23:21AM
6        MS. ZWILLING:  Your question -- I   11:23:22AM
7    mean, that's all kinds of variables that
8    I'm not sure you intend to factor in there.
9    What if someone's sick?  What if they're on
10   vacation?  Under those circumstances, they
11   would be working zero hours.  So I'm not
12   sure that that's what you're talking about.
13       MR. GRAFF:  I'm not asking about   11:23:34AM
14   vacation time or sick time.  That would be
15   part of the normal work year, week or month
16   of a full-time police officer.
17   BY MR. GRAFF:   11:23:46AM
18       Q    I'm asking in a normal month, can they   11:23:46AM
19   schedule themselves for full-time hours one
20   week, no hours the rest of the month and still
21   comply with the standard?
22       MS. ZWILLING:  Objection.  What do you   11:23:57AM
23   mean, schedule themselves?
24       MR. GRAFF:  Can they work on the   11:24:00AM

TSG Reporting - Worldwide  (877) 702-9580

Page 86

CYNTHIA DISTEFANO

1  clock.

2      MR. NOVIKOFF:  As opposed to off the  11:24:02AM

3  clock?

4      A   If they work in the circumstances that 11:24:04AM

5  you described, then they would be employable

6  under the money limit rather than the time

7  limit.

8

9      Q   And what if they did that 10 days a   11:24:14AM

10 month, 12 months a year?

11     MS. ZWILLING:  Objection.  I'm not   11:24:20AM

12 sure there's a question there.

13     MR. NOVIKOFF:  Objection.      11:24:22AM

14 BY MR. GRAFF:          11:24:24AM

15     Q   What if they worked one week a month  11:24:24AM

16 full hours for each month of the year?

17     MR. NOVIKOFF:  Objection.      11:24:33AM

18     MS. ZWILLING:  Are you asking if   11:24:34AM

19 that's permissible?

20     MR. GRAFF:  Yes.      11:24:36AM

21     A   If they did not earn over $5,000 or  11:24:37AM

22 25 percent of the entry level salary, that would

23 be fine.

24     Q   Is the entry-level salary for   11:24:42AM

25 municipalities in Suffolk County set by Suffolk

TSG Reporting - Worldwide  (877) 702-9580

Page 87

CYNTHIA DISTEFANO

1  County Civil Service?

2

3      A   It is set by the jurisdiction.  Each  11:24:50AM

4  jurisdiction sets its own.

5      Q   Are there any guidelines at all as far 11:24:54AM

6  as the range that a jurisdiction can set?

7      MS. ZWILLING:  Civil Service   11:24:59AM

8  guidelines?

9      A   Not Civil Service guidelines, no.   11:25:02AM

10     Q   Are there any guidelines, Civil   11:25:29AM

11 Service guidelines, with respect to the relative

12 starting salary of different police officer

13 positions?  If that question makes sense as I

14 posed it.

15     A   Civil Service does not set salaries.  11:25:42AM

16 Each jurisdiction sets its own.

17     Q   Would it be permissible for a   11:25:47AM

18 subordinate police officer level position to be

19 earning more than that individual's supervisor

20 as far as Civil Service guidelines?

21     MS. ZWILLING:  Objection.  If you want 11:26:00AM

22 to ask her if that is or is not in

23 compliance with Civil Service guidelines,

24 fine.

25     MR. GRAFF:  That's what I'm asking.   11:26:05AM

TSG Reporting - Worldwide  (877) 702-9580

Page 88

CYNTHIA DISTEFANO

1

2      MS. ZWILLING:  But whether or not it's 11:26:06AM

3  appropriate is --

4      MR. GRAFF:  I said permissible, and I  11:26:10AM

5  specifically mean with respect to Civil

6  Service guidelines.

7      MS. ZWILLING:  I'm going to object to  11:26:14AM

8  that, because she said there's no Civil

9  Service guidelines.

10 BY MR. GRAFF:          11:26:16AM

11     Q   Is there a guideline that would apply  11:26:17AM

12 to the situation that I described?

13     A   There are instances in the county   11:26:22AM

14 salary plan, which has 12 steps, where a

15 supervisor is earning less because he's newer

16 than a subordinate who's been there a long time.

17 So it's possible.

18     Q   What about law enforcement public   11:26:37AM

19 safety, are there any positions in those

20 categories where there would be a guideline that

21 would prohibit a subordinate from earning more

22 than a superior?

23     MS. ZWILLING:  A Civil Service   11:26:52AM

24 guideline?  Because different jurisdictions,

25 different municipalities will have different

TSG Reporting - Worldwide  (877) 702-9580

Page 89

CYNTHIA DISTEFANO

1  internal guidelines.  I think what the

2  witness is saying is Civil Service has no

3  involvement in setting salaries.

4      MR. GRAFF:  I just want to make sure  11:27:06AM

5  that Ms. DiStefano was referring to any

6  position, including law enforcement

7  positions.

8      MS. ZWILLING:  But it has to be   11:27:09AM

9  related to Civil Service restrictions.

10     MR. GRAFF:  Yes, I understand.  I   11:27:12AM

11 intend all of these questions to be on Civil

12 Service restrictions.

13     A   There are no Civil Service   11:27:18AM

14 restrictions.  If we see a salary that looks to

15 be an aberration, we may question whether that

16 is appropriately classified.

17     MR. GRAFF:  Off the record.   11:27:43AM

18     (Whereupon, a discussion was held off 11:27:43AM

19 the record.)

20

21 BY MR. GRAFF:          11:33:23AM

22     Q   Ms. DiStefano, on either CD 2 or CD 3, 11:33:37AM

23 are the items under necessary special

24 requirements, are there ever exceptions

25 authorized by the Civil Service Department with

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2   respect to necessary special services?
3        MR. NOVIKOFF:  Ever in the history of 11:33:53AM
4   the Civil Service Department?  Is that the
5   question?
6   BY MR. GRAFF:                    11:33:56AM
7   **Q    From 2000 to the present?**        **11:33:57AM**
8   A   I'm not aware of any.          11:33:59AM
9   **Q    And is the same true for minimum        11:34:00AM**
10  **qualifications?**
11       MR. NOVIKOFF:  Note my objection.     11:34:04AM
12  A   Yes.               11:34:05AM
13  **Q    On CD 2 -- and this is going to be, I  11:34:20AM**
14  **know, very basic material -- at the very bottom**
15  **of the page it says "competitive."  What does**
16  **that mean in this context?**
17  A   It means it's in the competitive      11:34:32AM
18  class.
19  **Q    And could you describe what the        11:34:36AM**
20  **competitive class means in the context that you**
21  **use it?**
22  A   That's subject to merit and fitness   11:34:42AM
23  through a competitive examination process.
24  **Q    And is that also the request for       11:34:46AM**
25  **eligibles and eligible list and canvass letter,**

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2   is that all characteristic of a competitive
3   class?
4   A   Yes, it is.             11:34:57AM
5   **Q    And non-competitive, could you explain 11:34:58AM**
6   **what that means?**
7   A   Non-competitive is subject to meeting 11:35:05AM
8   certain minimum qualifications, but there is no
9   written examination.  There's no ranking system.
10  **Q    With respect to the ranking system on  11:35:21AM**
11  **eligible lists, is it the case that the person**
12  **hired off an eligible list needs to be -- needs**
13  **to attain one of the top three scores on that**
14  **list?**
15       MR. NOVIKOFF:  Objection to form.     11:35:40AM
16  A   He must be among the top three willing 11:35:41AM
17  acceptors on the list.
18  **Q    What if there are -- what if a         11:35:48AM**
19  **municipality is looking to hire more than one**
20  **individual for the same position?  What effect**
21  **would that have on the requirement you just**
22  **referred to?**
23  A   As you hire one, that might make       11:36:01AM
24  reachability more widespread lower down on the
25  list.  That's the only difference.

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2   **Q    So it would be the same list, one of  11:36:09AM**
3   **the top three?**
4   A   Yes.               11:36:19AM
5   **Q    So if it they were going to hire two   11:36:21AM**
6   **positions, then the second hire would be one of**
7   **the top four on the original list?**
8   A   No -- it could be.  It could be.      11:36:30AM
9   There are tie scores sometimes, where the top
10  has 10, 15 names in.
11  **Q    Is it the case that a municipality can 11:36:46AM**
12  **request an eligible list that has a**
13  **jurisdictional limitation beyond just Suffolk**
14  **County?**
15       MS. ZWILLING:  Are you asking about    11:36:56AM
16  residency requirements?
17       MR. GRAFF:  Yes.           11:36:59AM
18       MS. ZWILLING:  Could you just rephrase 11:36:59AM
19  the question.
20  BY MR. GRAFF:                    11:37:02AM
21  **Q    Do you understand what residency       11:37:02AM**
22  **requirement is?**
23  A   Yes.               11:37:06AM
24       MS. ZWILLING:  What is your question   11:37:06AM
25  about residency requirements?

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2       MR. GRAFF:  I don't mean to be going   11:37:06AM
3   that way.  I just want to be sure the
4   witness knows the context I'm going in for
5   the next question.
6       MS. ZWILLING:  Okay.  So you're        11:37:06AM
7   withdrawing that question and you have a new
8   question?
9       MR. GRAFF:  Yes.           11:37:06AM
10      MS. ZWILLING:  Okay.          11:37:06AM
11  BY MR. GRAFF:                    11:37:06AM
12  **Q    On an eligible list that is not county 11:37:18AM**
13  **wide but that factors in residency requirements,**
14  **if that eligible list produces only one willing**
15  **qualified person and the municipality is looking**
16  **to hire more than one for the position, how can**
17  **they hire a second person?  Let me rephrase that**
18  **question.**
19  **     Are they then automatically required  11:37:44AM**
20  **to use the county-wide eligible list or is there**
21  **another way that they can hire a second person?**
22      MR. NOVIKOFF:  Wait a second.  You     11:37:53AM
23  asked one question.  Then you said let me
24  rephrase that question, and then you said
25  "are they then."

TSG Reporting - Worldwide  (877) 702-9580

Page 94

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2        MR. GRAFF:  I don't want the question  11:38:01AM
3   to be confusing.
4   BY MR. GRAFF:                        11:38:03AM
5     Q   If a jurisdictionally or a       11:38:04AM
6   geographically limited list is created and it
7   has, for example, one name on it, that person is
8   hired but the municipality wants to hire a
9   second person, is the municipality required to
10  hire that second person off the county-wide
11  eligible list?
12    A   Yes.                        11:38:24AM
13    Q   Are there any exceptions to that?   11:38:25AM
14    A   No.                         11:38:26AM
15    Q   Are there any Civil Service classified 11:38:32AM
16  positions in the Incorporated Village of Ocean
17  Beach for which employees need to be hired in
18  the first instance off a county-wide list?
19        MS. ZWILLING:  Objection.
20        MR. NOVIKOFF:  I'm going to object.   11:38:48AM
21        Are you referring just to police     11:38:48AM
22  officer or anybody?
23        MR. GRAFF:  I'm asking about any Civil 11:38:53AM
24  Service positions in Ocean Beach where Ocean
25  Beach can't request a geographically or

TSG Reporting - Worldwide  (877) 702-9580

Page 95

CYNTHIA DISTEFANO

1   jurisdictionally limited list.
2        MS. ZWILLING:  The residency        11:39:04AM
3   requirements are not Civil Service
4   requirements.  They're imposed by the
5   municipality.
6        MR. GRAFF:  Right.            11:39:08AM
7        MS. ZWILLING:  So it's their choice   11:39:09AM
8   whether to ask for a residency restricted --
9        MR. GRAFF:  The question I'm asking is 11:39:13AM
10  are there any positions with respect to
11  which they cannot choose to use a residency
12  requirement limited list.
13        MR. NOVIKOFF:  Objection.  You're    11:39:24AM
14  going to a place clearly where you're
15  suggesting that George Hesse was a not a
16  resident and therefore it must have been in
17  violation of some type of law, Civil Service
18  rule that he was hired by Ocean Beach.  I
19  get it.  What relevancy does that have to
20  this lawsuit, Mr. Hesse's residence?  I
21  think at this point we need some type of
22  proffer, because there is not one allegation
23  in your complaint that deals with residency
24  as a basis for the decision not to rehire

TSG Reporting - Worldwide  (877) 702-9580

Page 96

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2   and/or terminate, however you want to call
3   it, the plaintiffs.
4        MR. GRAFF:  Mr. Novikoff, I don't need 11:40:05AM
5   to defend the relevancy of the question.  If
6   any party here would like to seek a
7   protective order on that ground, fine, but I
8   will not explain the relevancy of that of
9   that question.
10        And I'd also ask you, especially if   11:40:15AM
11  you're going to be speaking on the record,
12  to perhaps return to your seat.
13        MR. NOVIKOFF:  Why do I need to be    11:40:22AM
14  sitting down in order to speak when there's
15  a court reporter here taking every word that
16  I say down?  There's no videotape here.
17        MR. GRAFF:  The court reporter has    11:40:33AM
18  noted for the record that I object to your
19  standing and speaking.
20        MR. NOVIKOFF:  You object to my       11:40:38AM
21  standing and speaking?  Actually, I'm
22  sitting on a windowsill, because I have a
23  bad back and sitting on these soft chairs
24  really gives me a lot of pain.  In fact,
25  it's really hurting me right now.

TSG Reporting - Worldwide  (877) 702-9580

Page 97

CYNTHIA DISTEFANO

1              CYNTHIA DISTEFANO
2        MR. GRAFF:  I will note that the      11:40:52AM
3   relevancy of that is unconnected to this
4   deposition.  But if you're indicating you're
5   in pain sitting, then I withdraw the
6   objection.
7   BY MR. GRAFF:                        11:41:27AM
8     Q   Are there any Civil Service classified 11:41:28AM
9   positions in Ocean Beach for which Ocean Beach
10  cannot request a residency limited eligible
11  list?
12    A   A jurisdiction may always request a   11:41:38AM
13  residency list.
14        MR. CONNOLLY:  That was "may"?       11:41:48AM
15        THE WITNESS:  May.            11:41:50AM
16        MR. GRAFF:  If I could ask the court  11:42:03AM
17  reporter to mark as CD 4 a one-page document
18  produced by the county without Bates
19  numbers, headed "Sergeant (police towns and
20  villages)."
21        (Whereupon, a document Headed sergeant 11:42:24AM
22  (police towns and villages) was marked as
23  DiStefano Exhibit 4 for identification, as
24  of this date.)
25

TSG Reporting - Worldwide  (877) 702-9580

Page 98

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  BY MR. GRAFF:                    11:42:50AM
3      Q   Again, Ms. DiStefano, if you can take 11:42:51AM
4  a moment to look at the document and tell me if
5  you've seen it before.
6      A   I have.                  11:42:57AM
7      Q   Can you identify it?     11:42:58AM
8      A   It's our job specification for    11:42:59AM
9  sergeant, police, towns and villages.
10     Q   And are there any other specifications 11:43:04AM
11 for sergeant positions within police, towns and
12 villages other than this one?
13         MR. NOVIKOFF: Objection.         11:43:15AM
14         MS. ZWILLING: You're talking about 11:43:16AM
15 Civil Service specifications.
16         MR. GRAFF: Yes. Yes.            11:43:16AM
17     A   Not for towns and villages, no.   11:43:18AM
18     Q   I note the date on this document is at 11:43:20AM
19 the bottom, 7-18-94. Do you know whether this
20 is the current specifications?
21     A   I would have to check. I think it is. 11:43:30AM
22     Q   And minimum qualifications here has an 11:43:37AM
23 underlined subheading "promotional." Could you
24 explain what "promotional" means in this
25 context?

TSG Reporting - Worldwide  (877) 702-9580

Page 99

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2      A   It's only open to people who have    11:43:44AM
3  three years of permanent competitive status as a
4  police officer.
5      Q   And is that as a police officer with 11:43:49AM
6  competitive status in Suffolk County?
7      A   In whatever the town and village is. 11:43:53AM
8  A promotional list is only applicable in one
9  particular jurisdiction.
10     Q   And that's a municipal jurisdiction, 11:44:03AM
11 not the jurisdiction of the county?
12     A   That's correct. Everybody takes the 11:44:08AM
13 same test, but the list resulting is only for a
14 particular jurisdiction. So the Town of
15 Southold police officers would take this, but
16 they would only be certified to the Town of
17 Southold.
18     Q   And is there any Civil Service    11:44:24AM
19 specification or rule that would bear on the
20 question of whether a municipality can extend
21 the title sergeant to a police officer or other
22 person who has not satisfied this specification?
23         MR. NOVIKOFF: Objection to form.  11:44:47AM
24 BY MR. GRAFF:                      11:44:52AM
25     Q   Did you follow the question?     11:44:52AM

TSG Reporting - Worldwide  (877) 702-9580

Page 100

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2      A   No.                      11:44:53AM
3      Q   Could somebody -- could the village 11:44:55AM
4  employ somebody with the title sergeant who has
5  not satisfied the standards on CD 4?
6          MR. NOVIKOFF: Could they employ   11:45:11AM
7  someone or would the employment of that
8  person be in violation of some Civil Service
9  regulation?
10         MR. GRAFF: Yes.          11:45:17AM
11 BY MR. GRAFF:                      11:45:17AM
12     Q   Could they employ consistent with    11:45:18AM
13 Civil Service regulation?
14         MR. NOVIKOFF: Note my objection to 11:45:22AM
15 the form, but it's getting close to a proper
16 question.
17     A   Anyone employed as a sergeant must be 11:45:26AM
18 appointed to a sergeant's eligible list.
19     Q   And I'm not trying to nitpick over the 11:45:34AM
20 words. But employed as a sergeant, is that
21 based on the title of their position or on the
22 duties of their position, if that distinction
23 makes sense?
24         MS. ZWILLING: Whose title?       11:45:48AM
25         MR. NOVIKOFF: Objection to form.  11:45:49AM

TSG Reporting - Worldwide  (877) 702-9580

Page 101

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2          MS. ZWILLING: Are you talking about 11:45:51AM
3  what their Civil Service title is or what
4  their department or the people they work
5  with may be calling them?
6          MR. NOVIKOFF: Or what they told    11:45:58AM
7  themselves out to be to the world.
8          MR. GRAFF: Right.        11:46:03AM
9  BY MR. GRAFF:                      11:46:05AM
10     Q   Can their own department refer to them 11:46:06AM
11 by the title sergeant if they have not been
12 hired in accordance with this specification?
13         MS. ZWILLING: I'm going to object to 11:46:16AM
14 that. If you want to ask if it's consistent
15 with --
16         MR. GRAFF: Yes. If it is consistent 11:46:19AM
17 with Civil Service regulations.
18     A   No.                      11:46:22AM
19         MR. NOVIKOFF: Their own department, 11:46:22AM
20 what does that mean?
21 BY MR. GRAFF:                      11:46:22AM
22     Q   Is it a violation of Civil Service   11:46:24AM
23 regulation?
24         MR. NOVIKOFF: Objection to the form. 11:46:26AM
25 I don't even know if that's a question.

TSG Reporting - Worldwide  (877) 702-9580

Page 102

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2      MS. ZWILLING:  Objection.      11:46:28AM
3  BY MR. GRAFF:                      11:46:30AM
4      Q    Would it violate any Civil Service   11:46:31AM
5  regulation for a municipality, police department
6  in a municipality to refer to an employee by the
7  title of sergeant if that employee was not hired
8  in accordance with the specification?
9      MR. NOVIKOFF:  Objection to form.     11:46:45AM
10     MS. ZWILLING:  Objection.      11:46:46AM
11     If you can answer it.          11:46:46AM
12     Obviously, Arie, there may be      11:46:53AM
13  problems, but they may not be problems with
14  respect to Civil Service.
15     MR. GRAFF:  That's my question.     11:46:58AM
16     A    If the person were reported to us as a 11:46:59AM
17  sergeant and not appointed from a sergeant list,
18  that would not be an approved appointment.  If
19  we're aware that someone is functioning in that
20  capacity and is not legally appointed in the
21  title, we would pursue that with whatever the
22  employing jurisdiction was to get the
23  appointment in conformance -- the employment in
24  conformance.
25     MR. NOVIKOFF:  Arie, isn't it almost  11:47:31AM

TSG Reporting - Worldwide  (877) 702-9580

Page 103

CYNTHIA DISTEFANO

1  not disputed that Mr. Hesse was in some
2  degree acting out of title, given the fact
3  that Civil Service, according to the
4  documentation you've produced at
5  depositions, put the beach on notice as to
6  that very existence?
7      MS. ZWILLING:  Certainly the county's  11:47:49AM
8  not going to disagree with that.
9      MR. GRAFF:  I'm really happy to talk  11:47:56AM
10  to you about these issues as much as you
11  want, but not as part of this deposition.
12     MR. NOVIKOFF:  It just seems like  11:48:02AM
13  you're asking this witness to answer
14  questions that you've already established
15  through documentation and in prior
16  depositions.
17     MR. GRAFF:  If I could ask the  11:48:13AM
18  reporter to please mark as CD 5 a four-page
19  document.  This is from the county's
20  website.
21     (Whereupon, a four-page document was  11:48:25AM
22  marked as DiStefano Exhibit 5 for
23  identification, as of this date.)

TSG Reporting - Worldwide  (877) 702-9580

Page 104

CYNTHIA DISTEFANO

1  BY MR. GRAFF:                       11:49:08AM
2      Q    My first question, do you recognize  11:49:09AM
3  the document?
4      A    I do.                       11:49:11AM
5      Q    And is it correctly assembled as a   11:49:12AM
6  four-page document here?
7      A    Yes.                       11:49:17AM
8      Q    That is, is it four pages?       11:49:17AM
9      A    Yes.                       11:49:19AM
10     Q    Could you identify the document,   11:49:23AM
11  please?
12     A    It's a Civil Service application.   11:49:26AM
13     Q    Is this the application for any Civil 11:49:27AM
14  Service prospect position?
15     A    No, it's for open competitive and   11:49:37AM
16  non-competitive appointments.
17     Q    And what other Civil Service      11:49:41AM
18  classified positions are there?
19     A    Exempt, labor.              11:49:47AM
20     Q    And do those have their own      11:49:48AM
21  application forms?
22     A    They do not require applications.   11:49:51AM
23     Q    There's obviously a lot on the form.  11:49:57AM
24  I had a question, though, on Number 5.  It's a

TSG Reporting - Worldwide  (877) 702-9580

Page 105

CYNTHIA DISTEFANO

1  little subheading or capitalized, Legal
2  Residents Codes.  Then it says, "Identify each
3  of the districts of which you are a legal
4  resident."
5      My question here, are there any Civil  11:50:14AM
6  Service specifications or guidelines that bear
7  on what a legal resident is in this context?
8      A    There's no definition in the Civil   11:50:28AM
9  Service law or rules as to legal resident.
10     Q    And do you know what definition     11:50:34AM
11  applies?  If not a Civil Service definition, is
12  it a municipal definition?
13     A    It's where you lay your head at night. 11:50:46AM
14     Q    And what are you basing that on?    11:50:49AM
15     A    Experience in the department as to   11:50:54AM
16  what that means.
17     Q    Okay.  If I were to stay at a hotel in 11:50:58AM
18  one jurisdiction for the night, would that
19  establish my legal residence in the context that
20  it's used here?
21     A    Sure.                       11:51:12AM
22     MR. NOVIKOFF:  Objection.       11:51:13AM
23     A    It's where you live.          11:51:14AM
24     Q    What if a person has multiple places  11:51:17AM

TSG Reporting - Worldwide  (877) 702-9580

Page 106

CYNTHIA DISTEFANO

1
2    where they live on a rotating basis, can a
3    person --
4         MS. ZWILLING:  The document seems to    11:51:23AM
5    allow for that.  It says identify each of
6    the districts.
7         MR. NOVIKOFF:  You're asking this    11:51:29AM
8    witness to opine on what the law is with
9    regard to how one establishes residencies?
10        MR. GRAFF:  No.  I'm asking if there's    11:51:36AM
11   any Civil Service standard or specification
12   that bears on the question I just asked,
13   namely whether a person can have multiple
14   legal residences.  As you point out, the
15   document suggests that the answer is yes.
16        MR. NOVIKOFF:  That would've been an    11:51:48AM
17   appropriate question instead of giving
18   hypotheticals.
19   A    The legal residence codes referred to    11:51:53AM
20   in Number 5 all refer to the same place.  It's
21   just subdivided, county, town, school district,
22   village, library district.  That doesn't mean
23   they are all different places.  It's all
24   different categories assigned to wherever they
25   normally live.

TSG Reporting - Worldwide  (877) 702-9580

Page 107

CYNTHIA DISTEFANO

1
2    Q    And is there any Civil Service    11:52:13AM
3    specification or guideline that bears on the
4    question whether an individual can have more
5    than one legal residence in this context?
6    A    One has to be a legal residence.  If    11:52:23AM
7    that becomes an issue, then we have to explore
8    which one that is.
9         MR. GRAFF:  Could you just read that    11:52:36AM
10   back.
11        (Whereupon, the requested portion was    11:52:46AM
12   read back by the court reporter:  A, One has
13   to be a legal residence.  If that becomes an
14   issue, then we have to explore which one
15   that is.)
16   BY MR. GRAFF:    11:52:47AM
17   Q    And do you mean only one location has    11:52:47AM
18   a legal residence?
19   A    Yes.    11:52:51AM
20   Q    And how would you go about exploring    11:52:53AM
21   that?
22        MR. NOVIKOFF:  The witness or the    11:52:58AM
23   Civil Service Department?
24        MR. GRAFF:  The Civil Service    11:52:59AM
25   Department.

TSG Reporting - Worldwide  (877) 702-9580

Page 108

CYNTHIA DISTEFANO

1
2    A    We have contacted the county    11:53:01AM
3    attorney's office.  We've contacted the board of
4    elections.  We've contacted the police
5    department.
6    Q    I have some more questions about    11:53:16AM
7    residence, but I don't want to make it a memory
8    game.  It's possible I have another document
9    that would help.
10        MR. GRAFF:  I will ask the reporter to    11:53:38AM
11   mark this document.  It's a one-page
12   document form headed "Request for
13   Certification of Eligibles," and this is
14   also a document from the county's website.
15        (Whereupon, Request for certification    11:53:51AM
16   of eligibles and this is also a document
17   from the County's website was marked as
18   DiStefano Exhibit 6 for identification, as
19   of this date.)
20   BY MR. GRAFF:    11:54:56AM
21   Q    I'm going to move off of residency for    11:54:57AM
22   a moment.
23        Ms. DiStefano, do you recognize this    11:55:00AM
24   document?  (Handing.)
25   A    I do.    11:55:03AM

TSG Reporting - Worldwide  (877) 702-9580

Page 109

CYNTHIA DISTEFANO

1
2    Q    Could you identify the document,    11:55:03AM
3    please?
4    A    It's a request for a list, a request    11:55:05AM
5    for certification of eligibles.
6    Q    And it says underneath the heading    11:55:09AM
7    "for appointing authorities only."  What does
8    "appointing authority" refer to in this context?
9    A    The appointing authority for whichever    11:55:19AM
10   jurisdiction is requesting the list.
11   Q    And is the identity of the appointing    11:55:23AM
12   authority something that Civil Service
13   specifications control or is that something a
14   municipality determines for itself?
15        MR. NOVIKOFF:  Objection.  Form.    11:55:33AM
16   A    The municipality determines, and they    11:55:34AM
17   file a signature slip with us identifying who is
18   authorized to sign for them.
19   Q    And is that a form that they fill out    11:55:48AM
20   and complete with respect to identifying
21   their --
22   A    Yes.    11:55:54AM
23   Q    And does every municipality have to    11:55:58AM
24   file such a form identifying the appointing
25   authority?

TSG Reporting - Worldwide  (877) 702-9580

Page 110

CYNTHIA DISTEFANO

1
2     A   Yes.                                11:56:05AM
3     Q   Can a municipality have more than one 11:56:06AM
4  appointing authority, say, for different parts
5  of that municipality?
6     A   Yes.  The county has appointing      11:56:15AM
7  authorities in each department.
8     Q   Within each department within the    11:56:18AM
9  municipality?
10    A   Within the county.  The head of each 11:56:21AM
11 department within the county is an appointing
12 authority.
13    Q   Let's talk specifically within Ocean 11:56:28AM
14 Beach.  Could Ocean Beach have simultaneously
15 more than one appointing authority for Ocean
16 Beach?
17        MR. NOVIKOFF:  Objection.          11:56:37AM
18    A   They normally have one, and they can 11:56:38AM
19 assign alternate signatures for our purposes.
20 The mayor and the board would be the appointing
21 authority.
22    Q   And who signs for the board?         11:56:48AM
23        MR. NOVIKOFF:  Objection.           11:56:54AM
24    A   I don't know if anybody signs for the 11:56:54AM
25 board on Ocean Beach.

TSG Reporting - Worldwide  (877) 702-9580

Page 111

CYNTHIA DISTEFANO

1
2     Q   Do you know who the appointing       11:56:59AM
3  authority is for Ocean Beach?
4         MS. ZWILLING:  At what time?         11:57:02AM
5         MR. GRAFF:  Today.                   11:57:04AM
6     A   I think right now it's the mayor and 11:57:04AM
7  the clerk who sign the signature slip for us.
8     Q   And are they joint appointing        11:57:11AM
9  authorities or can either of them sign that
10 slip?
11    A   Either of them could if both names are 11:57:16AM
12 on it.
13        MR. GRAFF:  To the extent an         11:57:21AM
14 appointing authority form exists for Ocean
15 Beach, if it wasn't produced, if you could
16 please produce that.
17        MS. ZWILLING:  For which time frame?  11:57:29AM
18        MR. GRAFF:  The duration of          11:57:30AM
19 plaintiffs' employment.
20        MS. ZWILLING:  Which goes back to?   11:57:35AM
21        MR. GRAFF:  1991.                    11:57:42AM
22 BY MR. GRAFF:                               11:57:46AM
23    Q   What is the purpose of this request  11:57:48AM
24 for a certificate of eligibles form?
25        MR. NOVIKOFF:  Same objection.       11:57:54AM

TSG Reporting - Worldwide  (877) 702-9580

Page 112

CYNTHIA DISTEFANO

1
2         MS. ZWILLING:  What is whose purpose? 11:57:54AM
3         MR. NOVIKOFF:  Exactly.             11:57:57AM
4  BY MR. GRAFF:                               11:57:57AM
5     Q   For what purpose would an appointing 11:57:58AM
6  authority complete this form and submit it to
7  Civil Service?
8         MS. ZWILLING:  Objection.           11:58:03AM
9         MR. NOVIKOFF:  Objection.           11:58:04AM
10        MS. ZWILLING:  She can't speak to    11:58:05AM
11 what's in the mind of the appointing
12 authority.  If you want to ask why the Civil
13 Service makes this available or under what
14 circumstances do they request it be filed, I
15 have no objection.
16 BY MR. GRAFF:                               11:58:16AM
17    Q   Under what circumstances does Civil  11:58:18AM
18 Service request this be filed by the appointing
19 authority?
20    A   We do not request this form.         11:58:23AM
21    Q   Under what circumstances would a     11:58:24AM
22 municipality submit this form to the Department
23 of Civil Service?
24        MR. NOVIKOFF:  Objection to form.    11:58:35AM
25    A   If they have a position they want to  11:58:36AM

TSG Reporting - Worldwide  (877) 702-9580

Page 113

CYNTHIA DISTEFANO

1
2  fill in the competitive class, they submit this
3  form to us and we send them a list of eligible
4  people from which they may choose their
5  employee.
6     Q   And Number 1, there are two bubbles,  11:58:47AM
7  one for residents only, one for entire list.  Is
8  this the place where they indicate whether they
9  want the residence list or the county-wide list?
10    A   It's obvious.                        11:59:03AM
11    Q   I wasn't sure if "entire list" might 11:59:03AM
12 refer to anything other than the county-wide
13 list.
14        And is it ever possible -- strike    11:59:19AM
15 that.
16        Is it ever consistent with Civil     11:59:24AM
17 Service guidelines or specifications for a
18 municipality to appoint or hire somebody for a
19 Civil Service competitive class position without
20 having first requested a certificate of
21 eligibles?
22    A   What was the beginning of your       11:59:42AM
23 question?
24    Q   Is it permissible under Civil Service 11:59:43AM
25 guidelines or standards?

TSG Reporting - Worldwide  (877) 702-9580

Page 114

CYNTHIA DISTEFANO

1  
2    A.   No.                           11:59:49AM
3    Q.   You can put that aside.        11:59:53AM
4         Prior to the village administrator and 12:00:03PM
5   mayor being the appointed authorities in Ocean
6   Beach, do you know who immediately prior to that
7   the appointing authority was?
8    A.   I think it's the village clerk, not   12:00:17PM
9   the village administrator.
10        I don't know.                  12:00:20PM
11    Q.   Does Civil Service have any guidelines 12:00:23PM
12   or specifications as far as who the appropriate
13   person within a municipality is to designate as
14   that appointing authority for the municipality?
15    A.   Yes.                          12:00:35PM
16    Q.   What are those guidelines?      12:00:35PM
17    A.   The definitions in Civil Service law   12:00:37PM
18   to unclassified positions define department
19   heads who have the power to hire and fire.  So
20   if someone is in the unclassified service in --
21   the mayor, a department head, town supervisor,
22   they are obviously the appointing authority.
23    Q.   Does the Civil Service Department -- 12:01:03PM
24   just for terminology, I've been referring to
25   guidelines or specifications.  Do those terms

TSG Reporting - Worldwide  (877) 702-9580

Page 115

CYNTHIA DISTEFANO

1  
2   mean the same thing in the context of Civil
3   Service?
4    A.   When I think of specification, I think 12:01:16PM
5   of the job specification, the description of a
6   particular class of positions.
7    Q.   So if I intend to ask a question more 12:01:=
                                                   22PM
8   broadly, any sort of Civil Service rule,
9   directive, is there a term I can use that would
10   shorten the question and we could understand
11   what I'm referring to?
12    A.   I would leave out specification in    12:01:37PM
13   that context.
14    Q.   Guideline is going to hit it?      12:01:41PM
15    A.   Guideline is not as binding as a law  12:01:43PM
16   or a rule.  So you decide how you want to ask
17   the question.
18        MS. ZWILLING:  In Civil Service, there 12:01:53PM
19   are local rules and there's also the state
20   Civil Service law.
21        MR. GRAFF:  Right.  I'm just looking  12:01:57PM
22   if there's a way to make the communication
23   easier, if there's a word I can use just for
24   the context of this deposition rather than
25   guideline, rule, regulation.  If that's

TSG Reporting - Worldwide  (877) 702-9580

Page 116

CYNTHIA DISTEFANO

1  
2   going to be objectionable or confusing, I
3   can drop it.
4        MS. ZWILLING:  I'm guessing it       12:02:12PM
5   probably will be, but we'll see with the
6   individual questions.
7   BY MR. GRAFF:                           12:02:15PM
8    Q.   If I say rule, would --           12:02:15PM
9        MS. ZWILLING:  Are they rules or regs? 12:02:17PM
10        THE WITNESS:  They're Civil Service   12:02:19PM
11   rules and they're New York State laws, and
12   there are guidelines on how to apply those
13   things.
14   BY MR. GRAFF:                           12:02:28PM
15    Q.   Okay.  So maybe that was not the best 12:02:28PM
16   angle to simplify things.
17        Are there any Civil Service rules,    12:02:36PM
18   guidelines or specifications with respect to who
19   in a municipality can exercise hire and fire
20   authority?
21    A.   I just explained that.  Civil Service 12:02:49PM
22   law and unclassified positions set that forth.
23    Q.   Okay.  I'm not sure if I follow.    12:02:55PM
24        Can a person who holds a position in  12:03:06PM
25   the classified -- a Civil Service classified

TSG Reporting - Worldwide  (877) 702-9580

Page 117

CYNTHIA DISTEFANO

1  
2   position exercise hire or fire authority under
3   those guidelines, rules, specifications?
4        MR. NOVIKOFF:  Objection.            12:03:20PM
5    A.   There are non-competitive department 12:03:21PM
6   heads in Suffolk County who are appointing
7   authorities.  The personnel director is one.
8   The commissioner of social services is one.  The
9   director of real property tax service is
10   another.
11    Q.   But an employee who holds a permanent 12:03:41PM
12   competitive class position cannot exercise
13   hire/fire authority under those guidelines,
14   rules, specifications?
15        MR. NOVIKOFF:  Objection.            12:03:51PM
16        Is that a statement or a question?    12:03:51PM
17        MR. GRAFF:  Question.               12:03:53PM
18        MR. NOVIKOFF:  Objection to form.    12:03:54PM
19    A.   I'm not aware of any competitive class 12:04:00PM
20   person who would be an appointing authority.
21    Q.   Is there anything that you could    12:04:12PM
22   consult to determine definitively whether that's
23   the case?
24        MR. NOVIKOFF:  Is there anything she  12:04:19PM
25   can consult?

TSG Reporting - Worldwide  (877) 702-9580

Page 118

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2    BY MR. GRAFF:                        12:04:21PM
3    Q   Are there any documents --        12:04:22PM
4    A   It doesn't meet --                12:04:23PM
5          MR. NOVIKOFF: Note my objection to  12:04:32PM
6    the form.
7          MS. ZWILLING: You can answer.      12:04:36PM
8    A   No, appointing authorities are    12:04:37PM
9    normally not in a competitive class because
10   they're specifically allowed not to be based on
11   that status of being an appointing authority, an
12   elected official or someone with the power to
13   hire, and that's defined in whatever the laws
14   are governing a particular municipality, whether
15   it's a suburban town that lines out the
16   departments or the county charter that describes
17   the departments or village law, which describes
18   the power of the mayor, town law, which
19   describes the power of a supervisor.  So none of
20   those are competitive.
21         MS. ZWILLING: And that's another   12:05:18PM
22   situation, Arie.  There are lots of laws
23   governing these things, but it's not Civil
24   Service law, and this witness is not being
25   an attorney or being offered for any expert

TSG Reporting - Worldwide  (877) 702-9580

Page 119

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2    purposes.
3          MR. GRAFF: I'm just looking for   12:05:29PM
4    whether there are Civil Service.
5          MS. ZWILLING: Tons of other stuff.  12:05:31PM
6    A   Civil Service law specifically is the  12:05:33PM
7    section on unclassified service.
8    Q   The Civil Service guidelines that you  12:05:43PM
9    referred to before, where are those published?
10         MR. NOVIKOFF: What, the state?    12:05:51PM
11   A   We have state -- New York State Civil  12:05:52PM
12   Service law and we have Suffolk County Civil
13   Service rules.  Both are published.
14   Q   Is there a separate category of    12:06:01PM
15   Suffolk County Civil Service guidelines?
16   A   No.                              12:06:05PM
17   Q   Is there a separate category of    12:06:06PM
18   Suffolk County Civil Service specifications?
19   A   Specifications are the job        12:06:11PM
20   specifications.  Each title has one.
21   Q   Other than the job specifications and  12:06:15PM
22   the Suffolk County Civil Service rules, are
23   there any other Suffolk County Civil Service
24   writings that bear on Civil Service issues in
25   Suffolk County?

TSG Reporting - Worldwide  (877) 702-9580

Page 120

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2    A   Yes.  We have manuals for various   12:06:29PM
3    things.  The state produces manuals for various
4    things.
5    Q   What types or what are the various   12:06:36PM
6    things that Suffolk County produces its own
7    manuals for, Suffolk County Civil Service?
8    A   Layoff procedures.  That's the most  12:06:43PM
9    official of the ones we do.  That's available to
10   the public.
11   Q   And are there any unofficial manuals?  12:06:59PM
12   A   There's interviewing techniques.     12:07:03PM
13   That's really in-house.
14   Q   Are there any other in-house manuals?  12:07:08PM
15   A   Not that we produce.             12:07:13PM
16   Q   Are there other manuals that you use  12:07:19PM
17   that neither the state nor Suffolk County Civil
18   Service produces?
19   A   No.                              12:07:27PM
20   Q   Other than state Civil Service law,   12:07:28PM
21   Suffolk County Civil Service rules, job
22   specifications and manuals, are there any other
23   writings that govern the conduct or set forth
24   requirements for Suffolk County Civil Service?
25         MS. ZWILLING: Broadly speaking, the  12:07:46PM

TSG Reporting - Worldwide  (877) 702-9580

Page 121

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2    county charter, village law, the
3    municipal --
4          MR. GRAFF: Right.  I'm looking at the  12:07:50PM
5    level of the Civil Service Department.
6          MS. ZWILLING: All of those things do  12:07:53PM
7    apply.
8          MR. GRAFF: I understand.         12:07:56PM
9    BY MR. GRAFF:                        12:07:56PM
10   Q   Does Civil Service Department create  12:07:57PM
11   anything else that governs its conduct in Civil
12   Service issues in Suffolk County?
13   A   We create internal memos.         12:08:06PM
14   Q   Anything else?                   12:08:10PM
15   A   Reports, memos.                  12:08:14PM
16   Q   Are those internal reports?        12:08:16PM
17   A   They're internal.                12:08:18PM
18         MS. ZWILLING: They create paperwork  12:08:20PM
19   in the normal course of business, but I
20   don't think that's what you're driving at.
21         MR. GRAFF: No.                 12:08:25PM
22   BY MR. GRAFF:                        12:08:26PM
23   Q   Who creates the manual for layoff   12:08:26PM
24   procedures that you referred to?
25         MS. ZWILLING: What does layoff    12:08:33PM

TSG Reporting - Worldwide  (877) 702-9580

Page 122

CYNTHIA DISTEFANO

1
2    procedures have to do with this case?  I
3    assume we're talking about mass layoffs in
4    the event of a budget difficulty.
5        Is that what we're speaking of?        12:08:42PM
6        THE WITNESS:  Yes.        12:08:43PM
7    BY MR. GRAFF:        12:08:45PM
8    Q    So who creates that?        **12:08:45PM**
9        MS. ZWILLING:  That pertains to the    12:08:48PM
10   county, right?
11       MR. NOVIKOFF:  It has no relevancy.    12:08:51PM
12   A    It pertains to the competitive class.  12:08:56PM
13   Q    And who drafts it?        **12:09:01PM**
14   A    Whether it's a layoff in the county or 12:09:03PM
15   in any of the jurisdictions, it would be applied
16   the same way.
17   Q    Who creates that memo?        **12:09:08PM**
18   A    Our examinations division in        12:09:10PM
19   compliance with Civil Service -- state Civil
20   Service law.
21   Q    **And do you know when the most recent  12:09:23PM**
22   **version of that manual was created?**
23   A    I do not.        12:09:27PM
24   Q    **Have you seen that manual?**        **12:09:28PM**
25   A    Of course.        12:09:29PM

TSG Reporting - Worldwide  (877) 702-9580

Page 123

CYNTHIA DISTEFANO

1
2    Q    **Have you read through it?**        **12:09:30PM**
3    A    Yes.        12:09:35PM
4        MR. GRAFF:  We request production of  12:09:35PM
5    that.
6        MS. ZWILLING:  I'm going to object,    12:09:38PM
7    because there was nobody on any side of this
8    case that was laid off.
9        MR. GRAFF:  That's a question of        12:09:44PM
10   terminology.
11       MS. ZWILLING:  As Civil Service        12:09:46PM
12   defines layoff, I think we're talking about
13   a very different situation.
14       MR. GRAFF:  I imagine if you could      12:09:51PM
15   just produce the document, I could see that.
16       MS. ZWILLING:  We'll take it under      12:09:56PM
17   advisement.
18   BY MR. GRAFF:        12:10:12PM
19   Q    **Ms. DiStefano, is there such a thing  12:10:13PM**
20   **as a provisional appointment in the context of**
21   **Suffolk County Civil Service?**
22   A    Yes, there is.        12:10:19PM
23   Q    **Could you explain what that is?**        **12:10:20PM**
24   A    If there's no available eligible list 12:10:22PM
25   for a specific title or if the eligible list has

TSG Reporting - Worldwide  (877) 702-9580

Page 124

CYNTHIA DISTEFANO

1
2    been exhausted, there are less than three
3    willing acceptors, an appointing authority may
4    hire a provisional who meets the minimum
5    qualifications and who has to take the next
6    examination offered and to be reachable for
7    appointment when that list is established.
8    Q    **And when you say "no eligible list,"  12:10:47PM**
9    **is that referring both to an area limited list**
10   **and a county-wide list?**
11   A    Yes.        12:10:57PM
12   Q    **So neither of those can exist?**        **12:10:57PM**
13   A    Yes.        12:11:00PM
14   Q    **Under what circumstances would there  12:11:04PM**
15   **not be in existence an eligible list for a**
16   **position?**
17   A    Eligible lists can last for four years 12:11:10PM
18   by law.  If they expire at the end of that
19   four-year period and there has not been a new
20   examination to establish a new list, then there
21   is no eligible list, or if it's a brand new
22   title and no exam has been given yet.
23   Q    **And are exams given -- that is, for  12:11:28PM**
24   **existing positions, are exams given at regular**
25   **intervals?**

TSG Reporting - Worldwide  (877) 702-9580

Page 125

CYNTHIA DISTEFANO

1
2    A    It depends.  We do some of our own    12:11:36PM
3    exams.  The state produces most of ours.  The
4    state does have a schedule for some common
5    exams, but there's really no set time I could
6    say every certain number of years we'll give
7    this or that.
8    Q    **And do you know on what basis it's    12:11:53PM**
9    **determined when to hold an exam for a given**
10   **title?**
11   A    If we have a provisional in the title, 12:11:59PM
12   we order the examination.  Police officer
13   examination is given every two years.
14   Q    **And if there's a provisional in the  12:12:09PM**
15   **title of police officer, would that accelerate**
16   **the timing of the next exam?**
17   A    There is never a provisional in the    12:12:17PM
18   title of police officer.
19   Q    **If there's a provisional in a title  12:12:21PM**
20   **for which no eligible list exists, how soon**
21   **after that provisional appointment is made is**
22   **the next exam offered?**
23       MS. ZWILLING:  Arie, the witness has  12:12:33PM
24   just testified that there can be no
25   provisional police officers.  So your

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO
questions with respect provisions are really
way beyond anything that's relevant in this
case.
BY MR. GRAFF: 12:12:45PM
**Q Can there be a provisional appointment 12:12:45PM**
**to police sergeant?**
MR. NOVIKOFF: In accordance with 12:12:52PM
Civil Service law?
MR. GRAFF: Yes. 12:12:54PM
A I can't say I've ever seen one, but I 12:12:58PM
would think the possibility could exist.
**Q If that possibility were to come 12:13:02PM**
**about, would an examination for the position of**
**police sergeant be scheduled?**
A Police sergeant, I believe, are on a 12:13:14PM
regular rotation.
**Q Do you know what the interval of that 12:13:19PM**
**is?**
A I think it's two years. I'm not sure. 12:13:22PM
Two or four.
**Q And say that right after an 12:13:26PM**
**examination is administered, within a few weeks,**
**a provisional appointment is made to the**
**position of police sergeant, would that**

**CYNTHIA DISTEFANO**
**accelerate the timing of the next exam?**
A No. 12:13:38PM
MS. ZWILLING: Why would a provisional 12:13:40PM
appointment be made a few weeks after an
exam?
MR. GRAFF: A short period after the 12:13:47PM
exam and the provisional list is exhausted.
I'm just asking -- or the eligible list is
exhausted. I'm just asking --
MS. ZWILLING: Eligible list exhausted 12:13:53PM
for police sergeant? Do you think that ever
happens?
MR. NOVIKOFF: Arie is asking this 12:13:59PM
witness questions that are contained in the
various Civil Service laws in McKinney's and
out there. In fact, I find all these
questions objectionable.
THE WITNESS: Maybe for a locality, 12:14:18PM
not for the county.
MS. ZWILLING: Not for the county, no. 12:14:21PM
People die on that list all the time, I
think. Over and over, the same people.
THE WITNESS: That's why we give it 12:14:25PM
every two years.

CYNTHIA DISTEFANO
BY MR. GRAFF: 12:14:27PM
**Q Do you know approximately how many 12:14:27PM**
**people are on the current eligible list for**
**police sergeant?**
A It's a promotional list. So the 12:14:35PM
number of people on it -- I don't know the
figure, but there would be a total figure. But
the promotional list is only certified to a
particular municipality. So there would be a
huge number for, say, the Suffolk County Police
Department and a lesser number for the local
jurisdictions.
**Q And when it's a promotional list, are 12:14:55PM**
**there any exceptions in which a person can get**
**onto that list without having satisfied the time**
**in position requirement?**
A No. 12:15:08PM
**Q And does Civil Service have to -- do 12:15:15PM**
**you know what the passing score is for the**
**sergeant's exam?**
A It's 70 for all Civil Service 12:15:26PM
examinations.
**Q And has that been the case from 2000 12:15:29PM**
**to the present?**

**CYNTHIA DISTEFANO**
A Its always been the case, to my 12:15:34PM
knowledge.
**Q When a provisional appointment is 12:15:39PM**
**made, does a municipality need to notify Civil**
**Service pursuant to any Civil Service rules,**
**specifications, guidelines?**
MR. NOVIKOFF: Objection to form. 12:15:53PM
A Any appointment, any personnel action 12:15:54PM
has to be reported to Civil Service.
**Q And does any particular information 12:15:58PM**
**need to be reported in connection with the**
**provisional appointment rather than another type**
**of personnel change?**
MR. NOVIKOFF: Objection to form. 12:16:10PM
A A personnel change has to be submitted 12:16:11PM
and the application has to be submitted and
approved so it's on file for the next
examination.
**Q And when a provisional appointment is 12:16:21PM**
**made, is the persona appointed to that position**
**required to take the next exam for that position**
**when it is offered?**
A Yes. I said that. 12:16:33PM
MR. NOVIKOFF: Required? 12:16:34PM

Page 130

CYNTHIA DISTEFANO

1           CYNTHIA DISTEFANO
2    BY MR. GRAFF:                    12:16:35PM
3        Q    And what if such a person does not   12:16:36PM
4    pass the first administration after their
5    provisional appointment, can they, pursuant to
6    Civil Service rules, guidelines, remain in that
7    position?
8        A    If there is a valid eligible list with   12:16:52PM
9    the name of three willing acceptors, then the
10   person who fails has to be out within 60 days.
11   If there are no willing -- if there are not
12   three willing acceptors, then the jurisdiction
13   could apply for a second provisional appointment
14   for the person who failed.
15       Q    And would that second provisional   12:17:15PM
16   appointment also require, under Civil Service
17   guidelines, rules, specification, that the
18   person that was re-provisionally appointed take
19   the next scheduled exam after that?
20       A    Yes.                   12:17:30PM
21       Q    And is it possible to get a third   12:17:30PM
22   provisional appointment if there are not three
23   willing eligibles?
24       A    Civil Service rules say that if the   12:17:38PM
25   person fails two examinations, he cannot have a

TSG Reporting - Worldwide  (877) 702-9580

Page 131

1           CYNTHIA DISTEFANO
2    third provisional appointment.
3        Q    What if a person fails to take a   12:17:46PM
4    scheduled exam that is offered, does that count
5    as one of their two fails?
6        A    Then they have to be removed from the   12:17:55PM
7    position within I think it's 7 to 10 business
8    days from the establishment of the list.
9        Q    Are there any exceptions to that?   12:18:01PM
10       A    No.                    12:18:03PM
11       Q    Is there any maximum length of time   12:18:20PM
12   that a provisional appointment can continue if
13   no exam is scheduled --
14           (Whereupon, a discussion was held off   12:18:41PM
15   the record.)
16           MR. GRAFF:  For clarity, can we just   12:18:41PM
17   strike that?  That will be off the record.
18       A    The provisional can remain until the   12:18:50PM
19   establishment of an eligible list, and then
20   action must be taken within 60 days of the
21   establishment of that list.
22       Q    And does the fact that there's   12:18:59PM
23   somebody in the provisional appointment -- I
24   know you said an eligible list would be created.
25   Is there any period of time in which Civil

TSG Reporting - Worldwide  (877) 702-9580

Page 132

1           CYNTHIA DISTEFANO
2    Service, under its own guidelines, rules or
3    specifications or state law, is required to
4    generate an eligible list?
5           MR. NOVIKOFF:  Objection to form.   12:19:20PM
6           MS. ZWILLING:  Generate the list or   12:19:21PM
7    give the test?
8           MR. GRAFF:  Administer the test and   12:19:24PM
9    generate the list on the basis of the test.
10          MS. ZWILLING:  They're two different   12:19:27PM
11   things, obviously.
12          MR. GRAFF:  Yes.                12:19:29PM
13          MR. NOVIKOFF:  Objection to form.   12:19:29PM
14       A    There is something in Civil Service   12:19:33PM
15   law about a time frame, but it's not always met.
16   It's an ideal, but it's not always met because
17   the tests are not always offered in a timely
18   fashion.
19          MR. NOVIKOFF:  Just note my objection   12:19:51PM
20   to all these questions.  They seem to be
21   asking this witness to opine on issues that
22   are memorialized in Civil Service law or in
23   various documentation, and you're asking her
24   to basically be an expert witness on Civil
25   Service law.

TSG Reporting - Worldwide  (877) 702-9580

Page 133

1           CYNTHIA DISTEFANO
2    BY MR. GRAFF:                    12:20:08PM
3        Q    Ms. DiStefano, is there such a thing   12:20:09PM
4    as a temporary appointment to a competitive
5    class Civil Service position?
6        A    Yes, there is.             12:20:16PM
7        Q    And could you explain what a temporary   12:20:17PM
8    appointment is?
9        A    A temporary appointment is limited   12:20:21PM
10   to -- up to six months, it can be made without
11   using an eligible list, and after six months --
12   I haven't looked at this in a while.  It has to
13   be -- no, I'm not sure of the time frame
14   anymore.
15       Q    Would it refresh your recollection if   12:20:59PM
16   I said past six months, the rule is that they
17   need to be on an eligible list but the ranking
18   can be disregarded?
19       A    There are three categories --   12:21:09PM
20          MR. NOVIKOFF:  Hold on.          12:21:12PM
21          You're refreshing her recollection by   12:21:12PM
22   telling her what the rule is, but your
23   underlining question is asking her what is
24   the rule is.
25          MR. GRAFF:  I don't know that that's   12:21:21PM

TSG Reporting - Worldwide  (877) 702-9580

```
1              CYNTHIA DISTEFANO
2    necessarily the rule that's applicable in
3    the context of Suffolk County Department of
4    Civil Service.  That's what I'm asking.  I'm
5    aware of a rule.  I'm trying to confirm if
6    that's what the rule is here.
7         MS. ZWILLING:  May I suggest you just  12:21:31PM
8    ask her what of the rule she knows.
9         MR. NOVIKOFF:  Right.  Is it codified  12:21:36PM
10   somewhere so you can look it up?  Because
11   apparently you have it.  If you're asking
12   her questions as to what the Civil Service
13   law requires, that is somewhere memorialized
14   in either the New York State Civil Service
15   law or the Suffolk County regs.  If it's
16   not, then I think it's an appropriate
17   question, Mr. Graff.  But what you're asking
18   her is to give you answers -- and I think by
19   the witness nodding her head, she agrees
20   with me.  You're asking her questions about
21   what the Civil Service law requires.  To me,
22   that means either you haven't done your
23   research or it's readily ascertainable
24   through McKinney's or some other
25   publication, and I think it's inappropriate
```

TSG Reporting - Worldwide  (877) 702-9580

```
1              CYNTHIA DISTEFANO
2    to keep asking this witness questions as to
3    is there a -- for example, you asked
4    this question, is there a provision --
5         MR. GRAFF:  No, no.  Your speaking is  12:22:30PM
6    improper here.
7         MR. NOVIKOFF:  Then you can call the  12:22:30PM
8    judge up, because I'm going to be making a
9    motion for sanctions on this one.
10        You've asked the witness, for example,  12:22:33PM
11   is there such a thing as a provisional
12   employee.  I guarantee you there's probably
13   five different places in New York State
14   Civil Service law that defines what a
15   provisional employee is.
16        MS. ZWILLING:  And I'm constrained to  12:22:45PM
17   point out, quite frankly, that this is the
18   second deposition we've had for purposes
19   into -- of inquiring into what various
20   aspects of Civil Service law mean.  I'm not
21   suggesting I'm cutting you off at this
22   point, but certainly what the law is is
23   readily available in McKinney's, and it's
24   not what this witness is here for.
25        MR. GRAFF:  Okay.  The fact that a law  12:23:08PM
```

TSG Reporting - Worldwide  (877) 702-9580

```
1              CYNTHIA DISTEFANO
2    exists in McKinney's does not necessarily
3    mean that that is the law as understood and
4    applied by the department.  It's a 30(b)(6)
5    designee.  I'm asking her --
6         MR. NOVIKOFF:  And ask those        12:23:19PM
7    questions, then.  Then ask her does the law
8    as codified in Civil Service law X, have you
9    ever applied it inconsistently or are there
10   exceptions that are not codified.  I get
11   those questions, Arie.  I understand this
12   completely.  But if you're going to ask this
13   witness for an hour and a half what a
14   specific law is, that's improper because
15   that's in McKinney's.
16   BY MR. GRAFF:                            12:23:42PM
17   Q    Ms. DiStefano, do you know where, if  12:23:42PM
18   anywhere, the rules governing temporary
19   appointments are codified?
20   A    In McKinney's.                       12:23:51PM
21   Q    Where in McKinney's?                  12:23:53PM
22   A    In Civil Service law.                12:23:55PM
23   Q    Is there a particular provision?      12:23:58PM
24        MS. ZWILLING:  Arie, you're the       12:24:00PM
25   attorney here.
```

TSG Reporting - Worldwide  (877) 702-9580

```
1              CYNTHIA DISTEFANO
2         MR. GRAFF:  That's my point.          12:24:=
02PM
3         MS. ZWILLING:  She doesn't need to  12:24:03PM
4    identify it.  It's incumbent upon you as the
5    attorney to familiarize yourself with it.
6         MR. NOVIKOFF:  Do you have it here,  12:24:10PM
7    because I'm sure if you look under the index
8    here, I'm sure the index will provide you
9    the answers.
10        MS. ZWILLING:  It's all right you      12:24:15PM
11   there.  If you want, we can even make it
12   available to you.
13        MR. GRAFF:  I'll ask the court         12:24:19PM
14   reporter to mark as Exhibit DiStefano 7 a
15   two-page document.  I'll represent that this
16   is a printout from LexisNexis of New York
17   Civil Service Civil Service Law, Section 64.
18        MR. NOVIKOFF:  So you've undertaken  12:24:35PM
19   research.
20        (Whereupon, LexisNexis of New York  12:24:38PM
21   civil service civil service law section 64
22   was marked as DiStefano Exhibit 7 for
23   identification, as of this date.)
24        MR. NOVIKOFF:  Let the record reflect  12:25:15PM
25   that Mr. Graff has now identified as a
```

TSG Reporting - Worldwide  (877) 702-9580

Page 138

CYNTHIA DISTEFANO

1         CYNTHIA DISTEFANO
2    deposition exhibit Civil Service Law
3    Section 64, which is titled "Temporary
4    Appointments."  And I believe the question
5    that precipitated this entire round of
6    discussion was to this witness, do you know
7    or is there any reference to temporary
8    appointments in the Civil Service law.  And
9    I just then question why this wasn't shown
10   to this witness at the get go and then
11   proceed with any questions.
12       MR. GRAFF:  We'll see how it goes.   12:25:44PM
13  BY MR. GRAFF:             12:25:51PM
14    **Q   Please let me know when you're done.  12:25:52PM**
15   A   I'm familiar with it.   12:25:57PM
16       MR. NOVIKOFF:  Ask her a question.   12:25:58PM
17  And then if she needs to look at the statute
18  to answer the question, she can.
19  BY MR. GRAFF:             12:26:04PM
20    **Q   Without focusing on the format of this 12:26:06PM**
21  **document, have you read this Section 64**
22  **before --**
23   A   Yes.           12:26:12PM
24    **Q   -- about temporary appointments?   12:26:12PM**
25       Other than what's -- well, first of   12:26:15PM

TSG Reporting - Worldwide  (877) 702-9580

Page 139

CYNTHIA DISTEFANO

1         **CYNTHIA DISTEFANO**
2  **all, is this the law on temporary appointments**
3  **that's applied by the Suffolk County Civil**
4  **Service Department?**
5   A   Yes.        12:26:22PM
6    **Q   Is there any other law on temporary   12:26:22PM**
7  **appointments that's applied by Suffolk County**
8  **Civil Service?**
9       MR. NOVIKOFF:  As opposed to New York  12:26:28PM
10  State case law that has interpreted
11  Section 64.
12       MR. GRAFF:  Yes.  I'm asking about   12:26:31PM
13  rules or regulations, specifications,
14  guidelines.
15       MR. NOVIKOFF:  Your question was was  12:26:36PM
16  there any other law that Suffolk County
17  Civil Service uses in connection with
18  temporary appointments.  We have the
19  statute, and then we must realize that case
20  law has interpreted the statute.  So when
21  you say is there any other law, are you
22  referring specifically to the statute or are
23  you referring to the statute as interpreted
24  by the state and federal courts that have
25  applied the statute?

TSG Reporting - Worldwide  (877) 702-9580

Page 140

CYNTHIA DISTEFANO

1         CYNTHIA DISTEFANO
2       MR. GRAFF:  Neither.      12:26:58PM
3  BY MR. GRAFF:             12:26:58PM
4    **Q   I'm asking, are there any other   12:26:59PM**
5  **writings that are the source of guidelines or**
6  **standards for temporary appointments that are**
7  **used by the Suffolk County Department of Civil**
8  **Service?**
9       MR. NOVIKOFF:  Objection.  Form.   12:27:12PM
10   A   We are bound to abide by New York   12:27:13PM
11  State law.  This is the New York State law
12  pertaining to temporary appointments.
13    **Q   And is there anything that supplements 12:27:22PM**
14  **or expands New York State law for temporary**
15  **appointments?**
16       MS. ZWILLING:  Are you asking if there 12:27:28PM
17  are any Civil Service rules covering
18  temporary employment?
19       MR. GRAFF:  Yes.      12:27:33PM
20       MR. NOVIKOFF:  Then ask that question. 12:27:35PM
21       MS. ZWILLING:  Yeah.     12:27:36PM
22   A   We define temporary appointment in our 12:27:37PM
23  rules.  It does not differ from this.
24    **Q   And is that in the Civil Service   12:27:42PM**
25  **rules that --**

TSG Reporting - Worldwide  (877) 702-9580

Page 141

CYNTHIA DISTEFANO

1         **CYNTHIA DISTEFANO**
2   A   Yes, it is.        12:27:45PM
3    **Q   And other than the rules in the Civil 12:27:48PM**
4  **Service rules, are there any other rules that**
5  **govern temporary appointments?**
6       MR. NOVIKOFF:  Objection to form.   12:27:57PM
7       MS. ZWILLING:  Objection.    12:27:58PM
8   A   No.         12:27:59PM
9       MR. GRAFF:  I'll note that this   12:28:04PM
10  document is dated 2009.
11       MR. NOVIKOFF:  It says current as of   12:28:09PM
12  April 30th, 2009.
13       MS. ZWILLING:  And it's, for purposes  12:28:12PM
14  of the record, not a record which we
15  produced.  It is a document which apparently
16  you generated, Mr. Graff.
17       MR. GRAFF:  Yes.  I noted that when it 12:28:20PM
18  was introduced.
19       MR. NOVIKOFF:  And please don't ask   12:28:23PM
20  her if this law has been supplemented since
21  April 30th, 2009, because that's something
22  you should've done research on.
23       MR. GRAFF:  I wasn't going to ask her 12:28:34PM
24  that.  And your ongoing commentaries is
25  disruptive.

TSG Reporting - Worldwide  (877) 702-9580

Page 142

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2          MR. NOVIKOFF: I think it's helpful.  12:28:38PM
3          MR. GRAFF: I'm telling you it's   12:28:41PM
4     disruptive. I'm asking her questions.
5          MR. NOVIKOFF: I don't think so.    12:28:45PM
6     BY MR. GRAFF:                    12:28:49PM
7     Q   Do you know if there was a previous   12:28:50PM
8     version of this Section 64 that was applied by
9     the department at any point from 2000 to the
10    present?
11         MR. NOVIKOFF: Note my objection.   12:29:01PM
12    McKinney's, if you looked at it, would have
13    a section laws preceding this, and it would
14    give you an entire history of what preceded
15    this particular section.
16         MS. ZWILLING: As attorneys, we    12:29:12PM
17    probably don't know if there was any version
18    after 2000.
19         MR. GRAFF: If the witness doesn't   12:29:16PM
20    know --
21         MR. NOVIKOFF: Why are you asking this 12:29:18PM
22    witness that, when it's set forth in
23    McKinney's? Every statute in McKinney's,
24    underneath the body of the section says what
25    the prior laws were preceding this section.

TSG Reporting - Worldwide  (877) 702-9580

Page 143

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     A   We get McKinney's. We get pocket   12:29:33PM
3     amendments every year. When something arises,
4     we look up to see what is the current. To
5     detail how they changed over the years is not
6     possible for me to do.
7     Q   Okay. Thank you. That was really   12:29:47PM
8     what my question was focused on. I appreciate
9     your help in getting there.
10         When there are updates or revisions,   12:29:54PM
11    is there any training program or formalized
12    instruction within the department to provide
13    training to personnel analysts --
14         MS. ZWILLING: Arie, is there some   12:30:08PM
15    sort of claim that someone misinterpreted a
16    provision of Civil Service law here?
17    Because I haven't heard such a claim made at
18    any time in the history of this case.
19         MR. NOVIKOFF: Either the Village of  12:30:18PM
20    Ocean Beach violated Civil Service law in
21    something they did pertaining to either
22    Mr. Hesse or any of the plaintiffs here or
23    any of the police officer or they didn't.
24    But there is no claim against Suffolk County
25    Civil Service Department for failure to

TSG Reporting - Worldwide  (877) 702-9580

Page 144

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     apply whatever rules or regulations.
3          MR. GRAFF: I don't agree with that.  12:30:37PM
4          MR. NOVIKOFF: So I join in with   12:30:41PM
5     Ms. Zwilling's comment.
6          MS. ZWILLING: You can join in with   12:30:41PM
7     the comment. I don't know that it's an
8     objection. You made your point.
9          MR. NOVIKOFF: Maybe we should call   12:30:46PM
10    the judge up.
11    BY MR. GRAFF:                    12:30:47PM
12    Q   Is there any training -- as I asked,  12:30:48PM
13    when there are new developments in the state
14    Civil Service law, how are those developments
15    communicated to personnel and what's --
16         MS. ZWILLING: Is there someone in   12:31:06PM
17    this case, either plaintiff, defendant,
18    witness, what have you, that was a temporary
19    employee? I mean, this statute is so far
20    afield.
21         MR. GRAFF: I'm not asking only with  12:31:15PM
22    respect to Section 64. I'm asking the
23    broader question.
24         MS. ZWILLING: What is the -- why are  12:31:19PM
25    you inquiring about how we enforce

TSG Reporting - Worldwide  (877) 702-9580

Page 145

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     modifications in the law when there is
3     nothing in the case, no allegation related
4     to that? I mean, I think I've been
5     exceedingly patient.
6          MR. GRAFF: Number 7 on the fourth   12:31:38PM
7     page of the 30(B)(6) Notice asks about any
8     and all training provided by Suffolk County
9     Department of Civil Service to personnel
10    analysts, principal personnel analysts.
11         MS. ZWILLING: That it's in the   12:31:49PM
12    30(B)(6) Notice doesn't make it proper. I
13    certainly would have no objection to your
14    questions about training with respect to the
15    facts of this case, but the witness is not
16    here to give you an abstract dissertation on
17    the procedures of Suffolk County Civil
18    Service.
19         MR. GRAFF: I don't want to argue back 12:32:08PM
20    and forth. If you want to instruct the
21    witness not to answer the question, I will
22    move on.
23         MS. ZWILLING: I will at this time.   12:32:14PM
24    And please do move on. And if necessary,
25    I'm not saying that we can't take it up

TSG Reporting - Worldwide  (877) 702-9580

Page 146

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  later, but at this point I am going to ask
3  you to move on to another area.
4      MR. GRAFF:  Okay.  If we could just   12:32:32PM
5  mark that.
6      MS. ZWILLING:  I mean, I can't help   12:32:32PM
7  but point out that at this pace we're not
8  going to get this done in the allotted seven
9  hours.  This witness has a wealth of
10  information about the actual allegations in
11  this case, and I would think you would want
12  to focus on those things.
13      MR. GRAFF:  I want to focus,   12:32:46PM
14  hopefully -- I should note, although it's
15  abundantly clear from the record, the
16  colloquy and commentary going on is impeding
17  progress.
18      MS. ZWILLING:  I think I'm trying to   12:32:57PM
19  limit my commentary.  In any event, you have
20  your seven hours, and after that, of course
21  she will not be back.
22      MR. NOVIKOFF:  And it would be your   12:33:06PM
23  seven hours minus whatever colloquy.
24      MR. GRAFF:  We'll deal with that if it   12:33:10PM
25  comes up.  I'll include that observation on

TSG Reporting - Worldwide  (877) 702-9580

Page 147

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  that colloquy.
3      CD 8 is a multi-page document, I'll   12:33:21PM
4  represent a Lexis printout of Section 65
5  Civil Service Law, entitled "Provisional
6  Appointments."
7      (Whereupon, a Lexis printout of civil   12:33:47PM
8  service law section 65 titled provisional
9  appointments was marked as DiStefano Exhibit
10  8 for identification, as of this date.)
11      MS. ZWILLING:  I just do want to note   12:34:16PM
12  for the record that, you know, prior to your
13  questioning the witness about the meaning of
14  Section 65 of the Civil Service law, the
15  witness has already testified rather
16  emphatically that there is no such thing as
17  a provisional police officer.  So this one
18  would seem to have not the remotest
19  connection with this matter.
20      MR. GRAFF:  Relevance, I don't need to   12:34:37PM
21  defend on the record of the deposition.
22  BY MR. GRAFF:   12:34:43PM
23      Q   Ms. DiStefano, my only question on   12:34:43PM
24  this document is whether or not this Section 65
25  on provisional appointments is the Civil Service

TSG Reporting - Worldwide  (877) 702-9580

Page 148

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  law applied by the Suffolk County Department of
3  Civil Service.
4      MR. NOVIKOFF:  You're kidding me,   12:34:54PM
5  right?  That's your question?
6      MR. GRAFF:  Yes.   12:34:57PM
7      A   All Civil Service law is applied by   12:34:57PM
8  the Suffolk County Civil Service Department.
9      Q   Do you recognize this?   12:35:02PM
10      A   I do.   12:35:03PM
11      MS. ZWILLING:  Are you asking her to   12:35:04PM
12  swear verbatim this is identical?  We're all
13  attorneys, and I would venture to say if you
14  showed me any section from McKinney's, any
15  of the volumes, I wouldn't have the
16  slightest clue whether or not it was the law
17  as written.
18      MR. NOVIKOFF:  Oh, God.   12:35:21PM
19      MS. ZWILLING:  Maybe if you want to   12:35:31PM
20  ask counsel to stipulate that this is
21  Section 65.
22      MR. NOVIKOFF:  And it comes from 65 of   12:35:40PM
23  the Civil Service Law.
24  BY MR. GRAFF:   12:35:41PM
25      Q   Ms. DiStefano, in connection with the   12:35:41PM

TSG Reporting - Worldwide  (877) 702-9580

Page 149

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  eligibles lists that we have been talking about,
3  is that a terminology that you've used or are
4  familiar with in this context?
5      A   Willing acceptors.   12:35:54PM
6      Q   What is a willing acceptor?   12:35:55PM
7      A   Someone who wants the particular job   12:35:57PM
8  that's offered.
9      Q   And how is it determined whether the   12:36:01PM
10  individuals on the eligible list are willing
11  acceptors?
12      A   They get canvassed.  They get sent a   12:36:08PM
13  letter, are they interested or are they not
14  interested.  And those who are interested then
15  constitute the list that has to be used.  Those
16  are the willing acceptors.
17      Q   And is a canvass letter sent to   12:36:21PM
18  everybody on the eligible list or is there some
19  score cutoff for who gets it?
20      A   It's a reasonable determination, how   12:36:30PM
21  many you need to fill your positions.  If we
22  have a police officer list of 25,000 people,
23  we're not going to send 25,000 letters.
24      Q   And is that a determination made   12:36:42PM
25  internally in the Civil Service Department?

TSG Reporting - Worldwide  (877) 702-9580

Page 150

CYNTHIA DISTEFANO

1
2     A    It can be made by the appointing        12:36:45PM
3  authority.  We will guide them if they ask us of
4  what score they need to go down to to get a
5  reasonable number of respondents.
6     Q    And who actually sends off the canvass 12:36:56PM
7  letters?  Is that a municipality or the Civil
8  Service Department?
9     A    It's usually the municipality.         12:37:03PM
10  Sometimes we do it for them.
11    Q    Ms. DiStefano, I know it wasn't set    12:37:21PM
12  out in our 30(B)(6) Notice, which is why I'm
13  going to ask.  Have you read the complaint in
14  this lawsuit?
15    A    Yes.                                    12:37:32PM
16    Q    I'll note, I have available -- I'm not 12:37:40PM
17  necessarily going to mark it, but I can provide
18  it to you if it will refresh your recollection
19  on any issues or be helpful, Section --
20          MR. NOVIKOFF:  You haven't established 12:37:50PM
21  that she has not had her recollection
22  refreshed.
23          MR. GRAFF:  I said if it comes to     12:37:54PM
24  that.  I just want to make the witness
25  aware.

TSG Reporting - Worldwide  (877) 702-9580

Page 151

CYNTHIA DISTEFANO

1
2  BY MR. GRAFF:                                   12:37:58PM
3     Q    I'm not trying to quiz your memory.    12:37:58PM
4          Section 75B, Retaliatory Action by     12:38:02PM
5  Public Employers, are you familiar with that
6  section?
7     A    I've read it.  I wouldn't say I'm      12:38:08PM
8  familiar, overly familiar with it.
9     Q    Does Suffolk County Civil Service have 12:38:12PM
10  any rules, guidelines or specifications that
11  supplement or modify Section 75B?
12          MS. ZWILLING:  Objection.  Your        12:38:22PM
13  question presumes that Section 75 is
14  within -- implementing that is within their
15  jurisdiction.  I think you need to establish
16  first the extent to which it is within their
17  jurisdiction, if any.
18          MR. GRAFF:  Well, if the answer is     12:38:37PM
19  yes, then I can know that it's within the
20  jurisdiction.  If the answer is no, I'll ask
21  a second question.
22          MS. ZWILLING:  Would you kindly ask    12:38:44PM
23  that foundational question first.
24          MR. GRAFF:  I'm not required to ask    12:38:47PM
25  foundational questions, but I will kindly

TSG Reporting - Worldwide  (877) 702-9580

Page 152

CYNTHIA DISTEFANO

1
2  ask.
3          MS. ZWILLING:  Thank you.              12:38:52PM
4  BY MR. GRAFF:                                   12:38:52PM
5     Q    Is it within the jurisdiction or scope 12:38:52PM
6  of authority of the Suffolk County Civil Service
7  Department to supplement or modify any aspect of
8  75B?
9          MS. ZWILLING:  Objection.              12:39:05PM
10         That was not my objection.  Maybe I    12:39:05PM
11  didn't make myself clear, so let me clarify
12  it.  Your question presumes that Civil
13  Service in some way enforces or implements
14  that section of Civil Service law.  The
15  foundation question I was hoping you would
16  ask was to what extent, if any, does Suffolk
17  County Civil Service implement or enforce
18  that section.  Because if they -- certainly,
19  they can't enact rules or procedures with
20  respect to that to any greater extent than
21  it's their responsibility to enforce that.
22          MR. GRAFF:  Okay.  Word for word, if  12:39:45PM
23  Ms. DiStefano followed that question, I'm
24  not going to oppose that.
25          MS. ZWILLING:  I'm not sure she did   12:39:53PM

TSG Reporting - Worldwide  (877) 702-9580

Page 153

CYNTHIA DISTEFANO

1
2  because I spoke quite a bit there, but why
3  don't you rephrase the question.
4  BY MR. GRAFF:                                   12:39:59PM
5     Q    To what extent, if any, does the       12:39:59PM
6  Suffolk County Department of Civil Service
7  enforce or implement Section 75B?
8     A    We have looked into county complaints  12:40:08PM
9  pertaining to whistle blowing.  I'm not aware of
10  any involvement with non-county situations.
11    Q    And when you say non-county            12:40:26PM
12  situations, you mean situations not involving
13  whistle blowing county employees?
14    A    Yes.                                    12:40:34PM
15    Q    Is the Suffolk County Department of    12:40:36PM
16  Civil Service required to, itself, comply with
17  Section 75B?  Is it applicable to the conduct of
18  this department?
19          MS. ZWILLING:  Objection.  That calls 12:40:50PM
20  for a legal conclusion.  The witness is not
21  an attorney.  If you want to ask her what
22  they do, and if you have already gotten
23  that testimony, the question is proper.
24  Obviously, any question about whether and to
25  what extent the law applies is not a proper

TSG Reporting - Worldwide  (877) 702-9580

Page 154

CYNTHIA DISTEFANO

1
2    question to this witness.
3        MR. GRAFF:  I don't know that I agree, 12:41:=
08PM
4    but I'll let that go.
5        MR. NOVIKOFF:  Appreciate it.        12:41:11PM
6    BY MR. GRAFF:                            12:41:12PM
7    Q    Does Suffolk County Civil Service    12:41:13PM
8    provide any information or guidance of any sort
9    to municipalities within the county regarding
10   any obligations that they may have under
11   Section 75B?
12       A    We would provide information about the 12:41:38PM
13   Civil Service protection afforded to a
14   particular person, whether or not that was
15   relative to 75B.
16   Q    What about an employee who is not --  12:41:55PM
17   strike that.  I can be more specific.
18       What about a part-time seasonal police 12:42:04PM
19   officer who does not have a permanent -- to the
20   extent that they do not have permanent
21   protection under the Civil Service law?
22       MR. NOVIKOFF:  Objection.  What about  12:42:17PM
23   a part-time seasonal?  Isn't it either
24   part-time or it's seasonal.  I think
25   seasonal is defined in a certain manner as

TSG Reporting - Worldwide  (877) 702-9580

Page 155

CYNTHIA DISTEFANO

1
2    being two weeks before Memorial Day and two
3    weeks after Labor Day, and then there's
4    within the Civil Service law part-time
5    definitions.  So I'm objecting to the form.
6        MR. GRAFF:  Strike the form of that    12:42:36PM
7    question.
8        MS. ZWILLING:  And, Arie, I'm also     12:42:39PM
9    constrained to point out that whistle
10   blowing is a broad category.  There is the
11   whistle blowing of my boss mistreats
12   everybody who is working for him, and then
13   there is while I was going shopping after I
14   got off work, I saw my boss rob a bank.  If
15   you see your boss rob a bank, I think we can
16   all agree that Civil Service would not have
17   any jurisdiction to deal with the commission
18   of the crime.
19       MR. GRAFF:  Let me help narrow it       12:43:08PM
20   down.
21       Let me mark as CD 9 the actual text of 12:43:12PM
22   75B.
23       (Whereupon, Text of 75-b was marked as 12:43:20PM
24   DiStefano Exhibit 9 for identification, as
25   of this date.)

TSG Reporting - Worldwide  (877) 702-9580

Page 156

CYNTHIA DISTEFANO

1
2    BY MR. GRAFF:                            12:43:51PM
3    Q    And Ms. DiStefano, you can certainly  12:43:51PM
4    take time to look at the document, if you want.
5    My questions are going to be on a very specific
6    section of the text that I can point you to.
7        A    Go ahead.                        12:44:17PM
8    Q    On the second page, Number 2, (A) and 12:44:18PM
9    then (ii).  Do you see the section I'm referring
10   to?
11       A    Yes.  I want to put it together.   12:44:36PM
12   Q    Sure.                               12:44:38PM
13       A    I have read that section.         12:44:57PM
14   Q    As far as the language within that   12:44:59PM
15   section, "reasonably believes to be true and
16   reasonably believes constitutes an improper
17   governmental action," do you have any
18   information as to how it is the reasonableness
19   of that belief is evaluated?
20       MS. ZWILLING:  Objection.            12:45:17PM
21       MR. NOVIKOFF:  Objection.            12:45:17PM
22       MS. ZWILLING:  I want to make it very 12:45:18PM
23   clear at this point, because, one, you're
24   asking the witness to interpret a statute,
25   which she can't do.

TSG Reporting - Worldwide  (877) 702-9580

Page 157

CYNTHIA DISTEFANO

1
2        MR. NOVIKOFF:  Right.                12:45:26PM
3        MS. ZWILLING:  Moreover, the statute 12:45:27PM
4    pertains to the employer.  It says so
5    explicitly.  So I have two objections here.
6    One is you're asking the witness, who's not
7    an attorney, to interpret a legal statute.
8    And two, you're asking her to interpret a
9    statute which, by its language, applies to
10   some other entity other than the one she is
11   employed by.  So I'm not going to permit her
12   to answer that.
13       MR. NOVIKOFF:  And I'm going to go one 12:46:00PM
14   step further.  And number three, you've just
15   asked this witness to opine on what case
16   law, I'm sure over the last half century,
17   has already discussed as to what the
18   interpretation of reasonability is within
19   the context of 75-B.  So either you haven't
20   done your research or you have and you still
21   know that it's an improper question to ask
22   this witness.
23       MR. GRAFF:  Right.  I'm not asking the 12:46:23PM
24   witness to interpret or opine.  I asked if
25   the witness had any information.  To the

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2 extent she knows about that, I'm asking that
3 she express that now.
4     MS. ZWILLING: Well, only an attorney  12:46:33PM
5 could interpret this. And to the extent any
6 attorney may have interpreted it for her,
7 that's privileged.
8     MR. NOVIKOFF: Do you want to call the  12:46:42PM
9 judge up on this one or mark it for a
10 ruling?
11     MS. ZWILLING: And quite frankly, what  12:46:46PM
12 her opinion of it may be is not going to
13 help you in any way.
14     MR. GRAFF: I didn't ask her for her  12:46:51PM
15 opinion.
16 BY MR. GRAFF:                  12:46:54PM
17   Q   Have you had -- in the course of your  12:46:54PM
18 employment in any of your positions in Suffolk
19 County Civil Service, have you had any personal
20 involvement in a situation applying that
21 provision of 75B1?
22     MR. NOVIKOFF: Objection.         12:47:09PM
23     MS. ZWILLING: Objection.        12:47:12PM
24   A   No.                  12:47:12PM
25   Q   Do you know whether any other employee 12:47:20PM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2 of Suffolk County Civil Service, specific
3 individual, has been involved in issues
4 involving the application of this provision?
5     MR. NOVIKOFF: You're kidding me.   12:47:30PM
6     MS. ZWILLING: Objection.        12:47:31PM
7     MR. NOVIKOFF: Objection.        12:47:33PM
8     MS. ZWILLING: The objection now is  12:47:34PM
9 numerous, because you could -- your question
10 also inquires whether there has been any
11 whistle blowing incident within Civil
12 Service, within Suffolk County, within
13 multiple other jurisdictions within the
14 county.
15     MR. GRAFF: That's already the      12:47:51PM
16 witness's testimony.
17     MS. ZWILLING: I'm going to ask you to 12:47:54PM
18 clarify the question because, as asked, I
19 can't permit her to respond to it. I want
20 to make clear I'm not foreclosing you
21 entirely from this avenue of inquiry. If
22 you want to rephrase your question, perhaps
23 you can put it together in some permissible
24 fashion.
25     MR. GRAFF: Okay.            12:48:14PM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2 BY MR. GRAFF:                  12:48:14PM
3   Q   Earlier you had made reference to some 12:48:14PM
4 county issues regarding 75B. Do you recall what
5 I'm referring to?
6   A   Yes.                  12:48:22PM
7   Q   And do you recall anything specific  12:48:23PM
8 about those issues that you referred to?
9     MR. NOVIKOFF: Objection to form.   12:48:26PM
10   A   I know our department investigated one 12:48:29PM
11 instance.
12   Q   Do you recall in substance what the  12:48:34PM
13 incident involved?
14     MS. ZWILLING: Objection. I       12:48:37PM
15 absolutely cannot let the witness get into
16 any whistle -- investigations of whistle
17 blowing issues, particularly since she's
18 testified that this relates to the county
19 and not a municipality. There's an
20 investigatory privilege there. We could be
21 violating the rights of any number of people
22 were we to give out that information.
23     MR. GRAFF: Let's mark that.      12:48:58PM
24     MR. NOVIKOFF: And I'm going to be   12:49:00PM
25 making a motion for sanctions on this

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2 question as well.
3     MS. ZWILLING: I do want to make     12:49:07PM
4 clear, Mr. Graff, that if for some reason
5 you can have a particularized factual basis
6 for asking that question which relates
7 directly to the issues here, I might
8 reevaluate that. But if you're just asking
9 to find out what else is out there, I
10 obviously have to instruct the witness not
11 to answer because, among other things, I
12 can't allow her to give that information
13 that we may be breaking the law by giving.
14     MR. GRAFF: Let's just mark that. I  12:49:32PM
15 don't agree with your position, but I'll
16 move on.
17     MS. ZWILLING: Okay. Thank you.    12:49:36PM
18 BY MR. GRAFF:                  12:49:37PM
19   Q   Do you know who in the department --  12:49:38PM
20 and I'm not asking by name, what position the
21 person who led that investigation that you
22 referred to involving Section 75B, who that was?
23   A   Yes.                  12:49:51PM
24   Q   And who was it?             12:49:51PM
25   A   Name or title?           12:49:55PM

TSG Reporting - Worldwide  (877) 702-9580

Page 162

CYNTHIA DISTEFANO

1           CYNTHIA DISTEFANO
2       MR. GRAFF:  Do you have an objection  12:49:58PM
3   to the name?
4       MS. ZWILLING:  Only that bit of     12:50:00PM
5   information, no.  But I'm obviously going to
6   parse the questions here because I have to
7   be careful that nothing is going to be
8   disclosed in terms of anybody's privacy or
9   other law of privilege.
10      MR. GRAFF:  Subject to my position,  12:50:15PM
11  which is that those don't apply in a federal
12  deposition, I will try to accommodate.
13      MS. ZWILLING:  I fully understand    12:50:21PM
14  that, and I'm sure you're not interested in
15  situations that are entirely unrelated.  On
16  the other hand, there obviously are
17  constraints on our ability to give out
18  information with respect to whistle blowing.
19  If you want the name, she can give you just
20  the name, yes.
21  A   Christine Chayes, C-H-A-Y-E-S.      12:50:37PM
22  Q   What position?                       12:50:42PM
23  A   Principal personnel analyst.         12:50:44PM
24  Q   What year did that investigation     12:50:51PM
25  commence?

TSG Reporting - Worldwide  (877) 702-9580

Page 163

CYNTHIA DISTEFANO

1           CYNTHIA DISTEFANO
2       MS. ZWILLING:  I'm going to object to  12:50:54PM
3   any questions regarding the investigation
4   itself at this time.
5       MR. GRAFF:  Can I get the time frame  12:51:02PM
6   that we're talking about?
7       MS. ZWILLING:  I'm going to say no,   12:51:05PM
8   because I don't know where that's going to
9   lead.
10      If you'd like during a break, I'm     12:51:10PM
11  happy to speak with Ms. DiStefano.  Possibly
12  there's some information she might be able
13  to share with me that we may be able, along
14  with you, to make some evaluation of whether
15  or not this is something that can be gone
16  into.
17  BY MR. GRAFF:                            12:51:29PM
18  Q   Who did Christine Chayes report to at  12:51:29PM
19  that time?
20  A   Alan Schneider.                      12:51:33PM
21  Q   Was there anyone between Christine    12:51:35PM
22  Chayes and Alan Schneider?
23  A   No.                                  12:51:40PM
24  Q   Do you know who Allison Sanchez is?  12:51:41PM
25  A   Yes.                                 12:51:43PM

TSG Reporting - Worldwide  (877) 702-9580

Page 164

CYNTHIA DISTEFANO

1           CYNTHIA DISTEFANO
2   Q   And who do you know her to be?       12:51:44PM
3   A   She was a personnel analyst trainee  12:51:46PM
4   and a personnel analyst in the Civil Service
5   Department.  She left us to go the probation
6   department.
7   Q   And were you ever her direct or      12:51:58PM
8   indirect supervisor?
9   A   Indirect, yes.                       12:52:04PM
10  Q   What was the nature of that indirect  12:52:05PM
11  supervisory relationship?
12  A   Through the chain on down through the  12:52:09PM
13  principal personnel analyst, senior personnel
14  analyst.
15  Q   Is that the extent of the chain?     12:52:15PM
16  A   Yes.                                 12:52:16PM
17  Q   Did you ever have occasion to        12:52:23PM
18  supervise her work or any aspect of it directly?
19  A   I would call my supervision always   12:52:33PM
20  indirect through the principal personnel
21  analyst, but I was certainly involved in some of
22  it, yes.
23  Q   Who were the principal personnel     12:52:41PM
24  analysts who were the direct supervisors of
25  Ms. Sanchez?

TSG Reporting - Worldwide  (877) 702-9580

Page 165

CYNTHIA DISTEFANO

1           CYNTHIA DISTEFANO
2   A   Phillip Cohen.                       12:52:48PM
3   Q   Was he the only one?                 12:52:48PM
4   A   Yes.                                 12:52:50PM
5   Q   Do you recall having any conversations  12:52:51PM
6   with Phillip Cohen about Ms. Sanchez?
7       MS. ZWILLING:  Ever?                 12:52:56PM
8       MR. GRAFF:  Yeah.                    12:52:57PM
9   A   I had some conversations with all my  12:52:58PM
10  supervisors about their employees.
11  Q   Do you recall any specific           12:53:02PM
12  conversation between yourself and Mr. Cohen
13  regarding Ms. Sanchez?
14  A   I recall several specific            12:53:10PM
15  conversations.
16  Q   As far as you know, was Ms. Sanchez's  12:53:22PM
17  performance as a personnel analyst or personnel
18  analyst trainee satisfactory?
19  A   Yes.  She successfully completed her  12:53:31PM
20  training and became a personnel analyst.
21  Q   And as a personnel analyst, did she  12:53:37PM
22  perform to the expectations of the Suffolk
23  County Department of Civil Service?
24  A   Yes, she did.                        12:53:43PM
25  Q   Were you aware any of disciplinary   12:53:44PM

TSG Reporting - Worldwide  (877) 702-9580

Page 166

CYNTHIA DISTEFANO

1
2    action taken against her?
3    A    No.                    12:53:48PM
4         MR. NOVIKOFF: Objection to form.    12:53:48PM
5    BY MR. GRAFF:                12:53:49PM
6    Q    When I say disciplinary action, what    12:53:49PM
7    do you understand me to refer to, if anything?
8    A    A formal disciplinary action within    12:53:57PM
9    the parameters established by Suffolk County.
10   Q    Do you know why Ms. Sanchez left for    12:54:22PM
11   the probation department?
12   A    She wanted a law enforcement position.    12:54:25PM
13   Q    Do you recall whether any of your    12:54:29PM
14   conversations with Mr. Cohen concerning
15   Ms. Sanchez also related to the Incorporated
16   Village of Ocean Beach specifically?
17   A    Yes, they did.            12:54:40PM
18   Q    How many such conversations do you    12:54:47PM
19   recall having?
20   A    I have no idea.            12:54:48PM
21   Q    What was the substance of the most    12:54:52PM
22   recent conversation of that nature?  The last
23   time that you can remember having spoken with
24   Mr. Cohen regarding Ms. Sanchez and the
25   Incorporated Village of Ocean Beach, what did

TSG Reporting - Worldwide  (877) 702-9580

Page 167

CYNTHIA DISTEFANO

1
2    you discuss?
3    A    I would say yesterday, in preparation    12:55:14PM
4    for this, we were looking through paperwork.
5    Q    We'll come back to that.        12:55:20PM
6         What about during the period when    12:55:21PM
7    Ms. Sanchez was actively actually employed as a
8    personnel analyst?
9         MR. NOVIKOFF: What about it?  Is that    12:55:30PM
10   a question or was the a preface to a
11   question?
12        MR. GRAFF: Taking a breath.  It's a    12:55:34PM
13   preface.
14   BY MR. GRAFF:                12:55:36PM
15   Q    Did you have any conversations with    12:55:36PM
16   Mr. Cohen concerning Ms. Sanchez and the
17   Incorporated Village of Ocean Beach that you can
18   recall during that period?
19   A    We had conversations about the general    12:55:45PM
20   employment status of people in the Village of
21   Ocean Beach.
22   Q    And was that people generally or    12:55:52PM
23   specific people in Ocean Beach?
24   A    People who were perhaps not in    12:55:56PM
25   approved status and how we were moving forward

TSG Reporting - Worldwide  (877) 702-9580

Page 168

CYNTHIA DISTEFANO

1
2    to resolve the problems.
3    Q    And in sum and substance, what do you    12:56:04PM
4    recall being discussed about how the department
5    was moving forward on those problems?
6    A    It was moving forward very well.    12:56:11PM
7    Q    And did you discuss this general    12:56:16PM
8    subject with Mr. Cohen on more than one
9    occasion?
10   A    Yes.                    12:56:21PM
11   Q    Over what period of time did those    12:56:21PM
12   conversations take place?
13   A    I don't know.            12:56:29PM
14   Q    Do you know what year, in what year    12:56:29PM
15   you first had a conversation with Mr. Cohen
16   regarding the Incorporated Village of Ocean
17   Beach?
18   A    No.                    12:56:37PM
19   Q    Do you recall whether you had such a    12:56:40PM
20   conversation before Ms. Sanchez was employed in
21   Suffolk County Civil Service?
22   A    I'm sure I did.            12:56:49PM
23   Q    And in substance, what did you discuss    12:56:55PM
24   with Mr. Cohen at that time, prior to
25   Ms. Sanchez's employment?

TSG Reporting - Worldwide  (877) 702-9580

Page 169

CYNTHIA DISTEFANO

1
2    A    I review all of the disapproved    12:57:02PM
3    employment in various jurisdictions regularly,
4    and I discuss with the analysts and the
5    supervisors responsible for that jurisdiction
6    what the situations are and how we're
7    progressing in resolving them.
8    Q    And at the time when you discussed    12:57:22PM
9    that with Mr. Cohen before Ms. Sanchez was
10   employed, what was the status of the county's
11   actions regarding Ocean Beach reporting?
12        MS. ZWILLING: Objection as to form.    12:57:35PM
13   Status as --
14        MR. GRAFF:  I may have missed a    12:57:38PM
15   question.
16   BY MR. GRAFF:                12:57:40PM
17   Q    At the time when you discussed that    12:57:40PM
18   with Mr. Cohen before Ms. Sanchez was employed,
19   were there problems with reporting and
20   certification?  Was that a subject of your
21   conversation as to Ocean Beach?
22        MR. NOVIKOFF: Objection to form.    12:57:57PM
23   A    Anything that resulted in an    12:57:58PM
24   employee's status being disapproved was the
25   subject of the conversation.

TSG Reporting - Worldwide  (877) 702-9580

Page 170

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     Q     And was the county's efforts to remedy 12:58:06PM
3  the basis for those disapprovals something that
4  you discussed with Mr. Cohen?
5     A     Yes.                              12:58:14PM
6     Q     And what was the status of those       12:58:14PM
7  efforts at the time that you discussed it with
8  Mr. Cohen before Ms. Sanchez was employed?
9     A     I just looked that we are on top of     12:58:22PM
10 it, that we have contacted whoever the
11 jurisdiction is, in this case, the village, and
12 told them what they need to do and remind them
13 if they haven't done it.
14    Q     And again, I'm at the period before      12:58:33PM
15 Ms. Sanchez started working.  What was the
16 outcome of these efforts to correct the basis
17 for the disapprovals in Ocean Beach?
18    MR. NOVIKOFF:  Objection.  I don't        12:58:47PM
19 know if you laid a foundation that an
20 outcome came into being before Ms. Sanchez
21 was hired.
22    A     It's an ongoing process.            12:58:55PM
23    Q     Correct me, please, if I'm misstating. 12:59:05PM
24 I believe you said you would contact Ocean
25 Beach, remind them what they need to do to try

TSG Reporting - Worldwide  (877) 702-9580

Page 171

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2  to correct the problem?
3     A     The analyst would normally do that.   12:59:14PM
4     Q     If that is not sufficient to correct   12:59:16PM
5  the problem, is there another -- anything else
6  that Suffolk County Civil Service could have
7  done to pursue the correction of that problem?
8     MR. NOVIKOFF:  Objection to form on   12:59:30PM
9  multiple levels.
10    MS. ZWILLING:  Objection.            12:59:32PM
11    You can answer.                     12:59:35PM
12    A     We send letters.  We make telephone  12:59:36PM
13 contacts.  We arrange meetings.
14    Q     And what actions beyond calling and   12:59:49PM
15 reminding them has Suffolk County -- did Suffolk
16 County take prior to the year 2000 to correct
17 the basis for the disapprovals in Ocean Beach?
18    A     I don't remember anything out the     1:00:01PM
19 ordinary.
20    MR. NOVIKOFF:  And I'm going to object  1:00:03PM
21 to the form of the question.  You asked her
22 a general question, the question previously,
23 and then you took what her answer was and
24 applied it to Ocean Beach, and there was no
25 foundation that the activities that this

TSG Reporting - Worldwide  (877) 702-9580

Page 172

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2  witness discussed generally they did with
3  regard to Ocean Beach.
4     MR. GRAFF:  That's my question now.   1:00:21PM
5  BY MR. GRAFF:                           1:00:22PM
6     Q     Of those activities that you described 1:00:22PM
7  generally, what, if any, of those activities did
8  the county undertake with respect to Ocean Beach
9  prior to the year 2000?
10    MS. ZWILLING:  The county?  I don't   1:00:33PM
11 think the county did anything.
12    MR. GRAFF:  Department of Civil       1:00:37PM
13 Service.
14    A     The Department of Civil Service sends  1:00:38PM
15 letters.  We ask for payrolls if we don't have
16 them.  Specifically, I don't know what and when
17 for Ocean Beach.  So don't waste my time and
18 yours asking me that.
19    MS. ZWILLING:  She's not going to know 1:00:54PM
20 the specifics.  You do have some documents
21 which have been provided which might reflect
22 various actions.  You already questioned
23 Allison Sanchez on them.
24    MR. GRAFF:  I'm asking about an       1:01:05PM
25 earlier period of time.

TSG Reporting - Worldwide  (877) 702-9580

Page 173

CYNTHIA DISTEFANO

1          CYNTHIA DISTEFANO
2     MS. ZWILLING:  She's told you, she's  1:01:08PM
3  not going to know the specifics.
4  BY MR. GRAFF:                           1:01:11PM
5     Q     Have you at any point yourself made    1:01:11PM
6  any phone calls or participated in any meetings
7  with any representative of Ocean Beach --
8     MR. NOVIKOFF:  Objection.  Compound.  1:01:23PM
9  BY MR. GRAFF:                           1:01:24PM
10    Q     -- in connection with efforts to      1:01:25PM
11 remedy the basis for disapprovals?
12    MR. NOVIKOFF:  Objection.  I don't    1:01:40PM
13 even know if that's what she said the
14 problem at Ocean Beach was.
15    A     During what time frame?            1:01:44PM
16    Q     Ever.                              1:01:46PM
17    MS. ZWILLING:  That's very broad and  1:01:48PM
18 may relate to things and persons not
19 involved in this case.
20 BY MR. GRAFF:                           1:01:52PM
21    Q     In the last -- have you been involved  1:01:53PM
22 in what I described on more than one occasion?
23    MR. NOVIKOFF:  "Involved" is very     1:02:04PM
24 broad.
25    MR. GRAFF:  Has she made phone calls  1:02:07PM

TSG Reporting - Worldwide  (877) 702-9580

Page 174

CYNTHIA DISTEFANO

```
1                CYNTHIA DISTEFANO
2    herself or participated in meetings herself
3    with a representative of Ocean Beach as part
4    of efforts to correct the basis for
5    disapprovals on multiple occasions.
6         MR. NOVIKOFF:  Objection to form.    1:02:19PM
7    A   Not on multiple occasions, no.        1:02:21PM
8    Q   When was the occasion when you did    1:02:24PM
9    make such a telephone call or participate in
10   such a meeting?
11        MR. NOVIKOFF:  Objection to form.    1:02:31PM
12   A   I was at one meeting in 2007 or '8.   1:02:32PM
13   I'd have to look.
14   Q   Where was that meeting held?         1:02:42PM
15   A   In our department.                   1:02:44PM
16   Q   And who was present for that meeting? 1:02:45PM
17   A   The mayor, Mayor Loeffler.           1:02:47PM
18   Q   Was anyone other than yourself and   1:02:50PM
19   Mayor Loeffler present?
20   A   And Alan Schneider and their village's 1:02:54PM
21   attorney.
22   Q   Was anyone else present?             1:03:00PM
23   A   No.                                  1:03:02PM
24   Q   Was there an attorney from the county? 1:03:02PM
25   A   No, not at that one.                 1:03:05PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 175

CYNTHIA DISTEFANO

```
1                CYNTHIA DISTEFANO
2    Q   And why was that meeting held at that  1:03:08PM
3    time?
4         MS. ZWILLING:  Objection.  She may not 1:03:10PM
5    know.  You haven't established that she or
6    anyone at Civil Service requested the
7    meeting.
8         MR. NOVIKOFF:  Exactly.              1:03:17PM
9    BY MR. GRAFF:                             1:03:18PM
10   Q   Do you know why that meeting took     1:03:18PM
11   place at that time?
12   A   The village requested it.            1:03:21PM
13   Q   And do you know why the village      1:03:24PM
14   requested it?
15        MS. ZWILLING:  Objection.  You can ask 1:03:27PM
16   if they communicated the reason to her.
17   BY MR. GRAFF:                             1:03:30PM
18   Q   Was it communicated to you why the   1:03:31PM
19   village requested the meeting at that time?
20   A   Yes.                                 1:03:34PM
21   Q   Who communicated that to you?        1:03:35PM
22   A   I don't know.                        1:03:44PM
23   Q   And what was communicated to you as  1:03:45PM
24   far as the reason for holding the meeting?
25   A   I know the village initiated the     1:03:49PM
```

TSG Reporting - Worldwide  (877) 702-9580

Page 176

CYNTHIA DISTEFANO

```
1                CYNTHIA DISTEFANO
2    request.  Whether it went to Alan Schneider or
3    came to me, I don't recall.
4    Q   And did anyone at some point         1:03:57PM
5    communicate to you why the village had
6    communicated to them that were requesting the
7    meeting?
8    A   Yes.                                 1:04:03PM
9    Q   And what was communicated to you on  1:04:04PM
10   that subject?
11   A   They were exploring the -- getting a 1:04:06PM
12   supervisory police position.
13   Q   Do you recall anything more specific 1:04:17PM
14   on that subject?
15   A   We told them what the Civil Service  1:04:23PM
16   possibilities would be.
17   Q   Do you recall what those possibilities 1:04:29PM
18   that you told them about were?
19   A   We could've given an open competitive 1:04:32PM
20   sergeant's exam.  They could've sought a
21   transfer from another police department of a
22   sergeant.  They could've reinstated someone who
23   had held sergeant status at some point.
24   Q   Do you know if the village ultimately 1:04:54PM
25   did any of those things?  Was it ever
```

TSG Reporting - Worldwide  (877) 702-9580

Page 177

CYNTHIA DISTEFANO

```
1                CYNTHIA DISTEFANO
2    communicated to you?
3    A   To my knowledge, they have not done  1:04:59PM
4    that.
5    Q   And after that meeting, has Suffolk  1:05:01PM
6    County Civil Service taken any further action
7    with respect to the subject of the meeting?
8    A   Yes, we have.                        1:05:10PM
9    Q   And what actions have been taken?    1:05:11PM
10   A   We have sent letters about the       1:05:14PM
11   supervisory situation with the police
12   department.
13   Q   How many such letters were sent?     1:05:19PM
14   A   I don't know.                        1:05:21PM
15   Q   More than one?                       1:05:21PM
16   A   I would think yes.                   1:05:23PM
17   Q   More than five?                      1:05:25PM
18   A   I don't know.                        1:05:26PM
19   Q   Do you know who -- under whose name  1:05:28PM
20   would've drafted and signed those letters to
21   Ocean Beach?
22   A   No.  I'd have to look.  It would be  1:05:33PM
23   the personnel analyst or the principal.
24   Q   When is the last time you personally 1:05:39PM
25   obtained further information on the status of
```

TSG Reporting - Worldwide  (877) 702-9580

Page 178

CYNTHIA DISTEFANO

1        **CYNTHIA DISTEFANO**
2    **Ocean Beach's handling of that issue subsequent**
3    **to the meeting?**
4        A   I would think within the last few   1:05:52PM
5    months.
6        Q   **And do you recall what information it**  **1:05:56PM**
7    **was that you became aware of at that time?**
8        A   That was a letter that we sent.   1:06:01PM
9        Q   **Do you know who that letter was**    **1:06:05PM**
10   **addressed to?**
11       A   No.      1:06:08PM
12       Q   **And so it's clear, was the issue that**  **1:06:11PM**
13   **Ocean Beach was employing a sergeant without**
14   **going through one of the possibilities that you**
15   **had proposed as being consistent with Civil**
16   **Service guidelines?**
17       MS. ZWILLING: Objection.   1:06:27PM
18       MR. NOVIKOFF: Objection to the form.  1:06:29PM
19       MS. ZWILLING: If he didn't go through 1:06:30PM
20   the procedures, then he wasn't a sergeant.
21       MR. GRAFF: I just want to be clear   1:06:34PM
22   that they weren't considering hiring a
23   sergeant and never did, but that there was a
24   sergeant who was hired and they needed to
25   correct that.

TSG Reporting - Worldwide  (877) 702-9580

Page 179

CYNTHIA DISTEFANO

1        CYNTHIA DISTEFANO
2        MR. CONNOLLY: Why don't we use the   1:06:42PM
3    term working out of title.
4        MR. NOVIKOFF: Why not ask the witness 1:06:45PM
5    what was the subject matter of the letter
6    that was sent to the village.
7    BY MR. GRAFF:       1:06:51PM
8        Q   **Do you know?**    **1:06:51PM**
9        A   I don't know specifically how he   1:06:53PM
10   worded it, so I'm not prepared to respond to
11   that.
12       Q   **Do you know if generally it was on the** **1:06:59PM**
13   **subject of an individual working out of title as**
14   **a sergeant?**
15       A   I don't know whether it was specific  1:07:06PM
16   to an individual or whether it was specific to
17   the supervisory situation.
18       MR. NOVIKOFF: Why don't you ask her  1:07:14PM
19   if it was about George Hesse.
20       MR. GRAFF: If she doesn't know if   1:07:17PM
21   it's an individual, I don't need that
22   question.
23   BY MR. GRAFF:       1:07:21PM
24       Q   **At the time of the actual in-person**   **1:07:22PM**
25   **meeting, was there discussion about any specific**

TSG Reporting - Worldwide  (877) 702-9580

Page 180

CYNTHIA DISTEFANO

1        CYNTHIA DISTEFANO
2    **individual?**
3        A   There must have been.   1:07:41PM
4        Q   **Do you recall who that individual was?** **1:07:43PM**
5        A   It would've been George Hesse.   1:07:44PM
6        Q   **Were there any other specific**   **1:07:51PM**
7    **employees of Ocean Beach who were discussed in**
8    **that meeting with respect to Civil Service**
9    **status?**
10       A   No.      1:07:58PM
11       Q   **During that meeting, did --**   **1:08:04PM**
12       MR. NOVIKOFF: The meeting with   1:08:12PM
13   Loeffler?
14       MR. GRAFF: The meeting with Loeffler. 1:08:14PM
15   BY MR. GRAFF:       1:08:15PM
16       Q   **In the meeting with Loeffler, did you** **1:08:15PM**
17   **or Mr. Schneider or anyone else on behalf of**
18   **Suffolk County Civil Service communicate to the**
19   **representatives from Ocean Beach that there**
20   **would be any consequences if they did not**
21   **correct the out of title issue with George**
22   **Hesse?**
23       MS. ZWILLING: Objection.   1:08:33PM
24       MR. NOVIKOFF: Objection to form.   1:08:34PM
25       MS. ZWILLING: There has been no   1:08:35PM

TSG Reporting - Worldwide  (877) 702-9580

Page 181

CYNTHIA DISTEFANO

1        CYNTHIA DISTEFANO
2    foundation that George Hesse was, in fact on
3    duty working out of title at the time of the
4    meeting.
5    BY MR. GRAFF:       1:08:46PM
6        Q   **Do you know whether George Hesse was**  **1:08:46PM**
7    **working out of title at the time of the meeting?**
8        A   No.      1:08:51PM
9        Q   **No, he was not or no, you don't know?** **1:08:52PM**
10       A   I don't know at that specific moment. 1:08:55PM
11       Q   **Do you know whether he's working out** **1:08:58PM**
12   **of title today?**
13       A   Do I know?   1:09:02PM
14       MR. NOVIKOFF: Does the witness have  1:09:06PM
15   personal knowledge?  Is that the question?
16   BY MR. GRAFF:       1:09:11PM
17       Q   **To the best of your knowledge and**   **1:09:11PM**
18   **information, is George Hesse working out of**
19   **title today?**
20       A   Yes.      1:09:17PM
21       Q   **As far as you know, has anybody from**  **1:09:25PM**
22   **Suffolk County Civil Service ever communicated**
23   **to any representative of Ocean Beach that there**
24   **would be any consequences for employing Sergeant**
25   **Hesse out of title and not correcting the**

TSG Reporting - Worldwide  (877) 702-9580

Page 182

CYNTHIA DISTEFANO

1
2    **problem as guided by Civil Service Department?**
3         MS. ZWILLING: Objection. Your          1:09:48PM
4    question presumes that there are
5    consequences that Civil Service can impose
6    for that.
7         MR. GRAFF: I'm asking not that Civil   1:09:55PM
8    Service would impose consequences, but that
9    there any consequences that could
10   ensue.
11        MS. ZWILLING: There are lots of        1:10:02PM
12   consequences, but it may have nothing to do
13   with Civil Service at all.
14        MR. GRAFF: I'm asking if Civil         1:10:06PM
15   Service communicated any such consequences.
16        MS. ZWILLING: Why would they           1:10:09PM
17   communicate those things? Like a taxpayer
18   suit by people in the village or that the
19   state could come in and do something about
20   it? They may not even be aware of those
21   things. If you want to ask are there
22   consequences that Civil Service can impose
23   and was that communicated, those questions
24   are certainly proper. They can't speculate
25   as to what other parties may or may not

TSG Reporting - Worldwide  (877) 702-9580

Page 183

CYNTHIA DISTEFANO

1
2    choose to do.
3         MR. NOVIKOFF: And I'm going to object  1:10:34PM
4    again on the grounds that this is palpably
5    and grossly irrelevant. You are asking this
6    witness a question about an observation of
7    whether or not Mr. Hesse is out of title in
8    2007, which is after --
9         MR. GRAFF: No, I asked at any point.   1:10:50PM
10        MR. NOVIKOFF: Oh, no. I thought you    1:10:52PM
11   were referring to information and belief
12   concerning this 2007 meeting.
13        MR. GRAFF: She wasn't sure if he was   1:10:58PM
14   working out of title at that time. So I
15   expanded the time to any time.
16        MR. NOVIKOFF: I didn't quite get       1:11:05PM
17   that. Okay, then fine. Still no relevancy
18   of it to the lawsuit, but I don't think, if
19   it's before 2006 it's grossly improper.
20        MS. ZWILLING: May I ask you just       1:11:14PM
21   this? Why don't you ask the witness if
22   there are consequences that Civil Service
23   can impose, if they communicated that to the
24   village, and if you want to separately ask
25   if they communicated to the village whether

TSG Reporting - Worldwide  (877) 702-9580

Page 184

CYNTHIA DISTEFANO

1
2    there were other consequences not to be
3    imposed by them.
4         MR. GRAFF: I think that my original    1:11:36PM
5    question was permissible. But to avoid
6    colloquy, I'm going to proceed as you
7    suggested.
8         MS. ZWILLING: I appreciate that.       1:11:42PM
9    Thank you.
10        MR. NOVIKOFF: Or, more simply, what    1:11:43PM
11   can the Civil Service Department --
12        MR. GRAFF: Your suggestion is not      1:11:49PM
13   appreciated.
14        MR. NOVIKOFF: I think the simpler      1:11:49PM
15   question is what, if anything, can the Civil
16   Service Department do to enforce any
17   violations of the Civil Service law.
18        MR. GRAFF: You can ask that question   1:11:56PM
19   when I'm done with my questions.
20        MR. NOVIKOFF: Okay. Just trying to     1:11:59PM
21   help you out, Arie.
22   BY MR. GRAFF:                                1:12:02PM
23        **Q   Was it after communicated to Ocean   1:12:02PM**
24   **Beach that there were any consequences that**
25   **Civil Service could impose for continued**

TSG Reporting - Worldwide  (877) 702-9580

Page 185

CYNTHIA DISTEFANO

1
2    **employment of sergeant --**
3         MS. ZWILLING: I request that you       1:12:19PM
4    first ask whether there are consequences.
5    BY MR. GRAFF:                                1:12:22PM
6         **Q   Are there consequences that Civil   1:12:23PM**
7    **Service can impose on a municipality for**
8    **continuing to employ someone out of title?**
9         MR. NOVIKOFF: Wasn't that my           1:12:31PM
10   question?
11        A   Yes, there are.                     1:12:32PM
12        **Q   What are those consequences?       1:12:33PM**
13        A   We could initiate a lawsuit. We have  1:12:35PM
14   not done that. A cease and desist of some sort
15   via the county attorney's office.
16        **Q   Has Suffolk County Department of Civil  1:12:48PM**
17   **Service in the last approximately 10 years**
18   **initiated such a lawsuit against any**
19   **municipality?**
20        A   Not to my knowledge.                1:12:56PM
21        **Q   What about during the entire span of  1:12:57PM**
22   **your employment with the county?**
23        A   Not to my knowledge.                1:13:00PM
24        **Q   Other than initiating a lawsuit, are  1:13:02PM**
25   **there any other consequences that Suffolk County**

TSG Reporting - Worldwide  (877) 702-9580

Page 186

CYNTHIA DISTEFANO

1
2  could impose?
3      MS. ZWILLING: Objection with respect  1:13:07PM
4  to your use of the term "Suffolk County."
5      MR. GRAFF: Suffolk County Civil      1:13:14PM
6  Service.
7      A    We remind people of the sections of    1:13:15PM
8  Civil Service law that make it a misdemeanor to
9  pay someone not properly certified, but that's
10 not something that we pursue. It's something
11 that a taxpayer could pursue. We remind them
12 that it could be a personal liability on their
13 part for the salary of people illegally
14 employed.
15     Q    In the context of Ocean Beach,        1:13:44PM
16 incorporated village of, you had testified
17 earlier that the village clerk and the mayor and
18 board of trustees were appointing authorities;
19 is that correct?
20     MR. NOVIKOFF: Objection to form.      1:13:59PM
21     A    No, I don't think the trustees are. I  1:14:00PM
22 think it's the village clerk and the mayor.
23     Q    When you stated a moment ago that it   1:14:04PM
24 could be a personal liability for monies paid to
25 the employee working out of title, who would

TSG Reporting - Worldwide  (877) 702-9580

Page 187

CYNTHIA DISTEFANO

1
2  potentially be personally liable?
3      MR. NOVIKOFF: Objection. Calls for a   1:14:18PM
4  legal conclusion.
5      A    I'm not an attorney.             1:14:20PM
6      Q    To the extent that you know based on  1:14:22PM
7  your experience with Civil Service issues, can
8  you answer the question?
9      MR. NOVIKOFF: Same problem.          1:14:28PM
10     A    It's not a Civil Service issue in that 1:14:29PM
11 regard.
12     MS. ZWILLING: It's in McKinney       1:14:35PM
13 somewhere. I think we can all agree on
14 that.
15     MR. GRAFF: Yeah.                 1:14:38PM
16 BY MR. GRAFF:                         1:14:39PM
17     Q    During the meeting with the         1:14:40PM
18 representatives of Ocean Beach, was it
19 communicated at that time that it could be a
20 misdemeanor or there could be personal liability
21 or Civil Service could potentially initiate a
22 lawsuit?
23     MR. NOVIKOFF: Objection to form. You  1:14:59PM
24 said meetings. The witness has only
25 testified to one meeting.

TSG Reporting - Worldwide  (877) 702-9580

Page 188

CYNTHIA DISTEFANO

1
2      MS. ZWILLING: And again, there's been  1:15:01PM
3  no testimony that at the time of the meeting
4  that George Hesse was in fact working out of
5  title. I don't think there's any dispute
6  that at some point he was, but we may not
7  have that timing here.
8      MR. GRAFF: She wasn't sure if he was  1:15:13PM
9  or wasn't. Now I'm asking was it
10 communicated to them at all at this meeting.
11     A    This was not a threatening meeting.   1:15:20PM
12 This was a working meeting to solve a problem.
13 And after that meeting, they did hire a
14 temporary for the summer and he has left. So we
15 were not making threats at that meeting.
16     Q    And now that it's been determined that 1:15:36PM
17 George Hesse is currently working out of title,
18 has it been communicated, as far as you know, to
19 anyone at Ocean Beach that any of those
20 consequences could potentially ensue?
21     MS. ZWILLING: Objection.          1:15:50PM
22     MR. NOVIKOFF: Objection.          1:15:51PM
23     MS. ZWILLING: Who has determined      1:15:51PM
24 that George Hesse is --
25     MR. GRAFF: She answered that he was.  1:15:53PM

TSG Reporting - Worldwide  (877) 702-9580

Page 189

CYNTHIA DISTEFANO

1
2      MR. NOVIKOFF: No.                1:15:55PM
3      MS. ZWILLING: No.                1:15:56PM
4      MR. NOVIKOFF: You asked if she had    1:15:56PM
5  any knowledge based upon any information and
6  belief. That's different.
7  BY MR. GRAFF:                         1:16:01PM
8      Q    Now that there is a basis of          1:16:02PM
9  information and belief that that is the case, in
10 light of that, as far as you know, has it been
11 communicated to anyone?
12     MR. NOVIKOFF: Objection.          1:16:11PM
13     A    As a threat?                  1:16:11PM
14     MR. NOVIKOFF: Objection to form.     1:16:12PM
15     MS. ZWILLING: I'm going to object    1:16:13PM
16 too, but the witness can answer the
17 question.
18     A    We sent a letter. As I said, before, 1:16:15PM
19 I don't recall the exact terminology of the
20 letter. I don't think we were citing
21 Section 100 or whatever as a consequence.
22     MS. ZWILLING: The letters have been  1:16:25PM
23 produced to you, by the way.
24     MR. GRAFF: Yeah, I know. I'll get to 1:16:29PM
25 those.

TSG Reporting - Worldwide  (877) 702-9580

Page 190

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2        (Whereupon, a discussion was held off  2:22:00PM
3    the record.)
4        (Whereupon, a lunch break was taken.)  2:22:00PM
5        MR. GRAFF:  Please mark this.        2:22:53PM
6        (Whereupon, Signature authorization     2:22:54PM
7    form dated March 7, 2003 was marked as
8    DiStefano Exhibit 10 for identification, as
9    of test date.)
10       (Whereupon, Report of Personnel         2:24:20PM
11   Changes was marked as DiStefano Exhibit 11
12   for identification, as of this date.)
13   BY MR. GRAFF:                             2:25:34PM
14   Q    Ms. DiStefano, during the lunch      2:25:44PM
15   recess, a moment ago, I asked the court reporter
16   to mark a document as CD 10.  It's a signature
17   authorization form with two signature
18   authorization forms copied onto the single page
19   that you provided during the lunch break.  I
20   have just a couple of questions.
21       In the bolded text that's in paragraph  2:26:05PM
22   format the top, "I hereby certify that I have
23   authorized the person listed below to sign
24   official documents such as payrolls, duty
25   statements and application for employment,

TSG Reporting - Worldwide  (877) 702-9580

Page 191

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    personnel changes and requests for eligible
3    lists for this jurisdiction for submission to
4    the Suffolk County Department of Civil Service,"
5    is this authorization a delegation by the
6    authorizing party of the authority to sign as an
7    appointing authority?
8        MS. ZWILLING:  Objection to form, to    2:26:41PM
9    your use of the word "delegation."  The
10   question, as phrased, calls for legal
11   conclusion.  But I think if you rephrase the
12   question, you'll get what you need without
13   that.
14   BY MR. GRAFF:                             2:26:52PM
15   Q    Is this conferring authorization for  2:26:53PM
16   the designated person to sign documents as the
17   appointing authority on behalf of the village?
18   A    It's an authorization to sign just    2:27:04PM
19   those documents that are listed in that bold
20   type that pertain to reporting to Civil Service.
21   Q    I also have marked as CD 11 a one-page  2:27:13PM
22   document produced by Ocean Beach with a Bates
23   number in the middle of the document 267.  At
24   the bottom right-hand corner of CD 11, there's a
25   box, signature of appointing authority, and it's

TSG Reporting - Worldwide  (877) 702-9580

Page 192

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    signed Maryann Minerva?
3    A    Yes.                            2:27:38PM
4    Q    Is this a document that would have    2:27:38PM
5    been signed by her pursuant to the signature
6    authorization on the top half of CD 10?
7    A    Yes, personnel changes.             2:27:43PM
8    Q    Let's look specifically at CD 11.  The  2:27:48PM
9    text above the signature in the bottom right,
10   "The above changes are hereby certified as being
11   in accordance with Civil Service requirements."
12   A    Uh-huh.  Yes.                    2:27:59PM
13   Q    Does the Civil Service Department give  2:28:01PM
14   any instruction or guidance to the appointing
15   authority with respect to whether the changes
16   are -- strike that.  Let me start again.
17       Does an appointing authority in Ocean  2:28:26PM
18   Beach specifically receive any instruction or
19   guidance from the Civil Service Department as to
20   how to determine whether or not the changes that
21   they certify in a form such as CD 11 are in
22   accordance with Civil Service law?
23       MR. NOVIKOFF:  Objection.  Form.      2:28:45PM
24   A    Yes.                            2:28:46PM
25   Q    And in what manner is that guidance   2:28:48PM

TSG Reporting - Worldwide  (877) 702-9580

Page 193

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    conveyed?
3    A    When there's a new person going to    2:28:54PM
4    handle their Civil Service transactions, we try
5    to meet with them and explain.  We provide them
6    with a copy of the rules.  We provide them with
7    the information they need to make various kinds
8    of appointments.  And each time they send us
9    something, if there's a problem, we speak with
10   them, we address it with them.  So it's an
11   ongoing process and it's initial training.
12   Q    And who specifically has been        2:29:21PM
13   responsible for the training, for conveying that
14   to the appointing authority in Ocean Beach, the
15   most recent time that such training or guidance
16   was conveyed?
17       MR. NOVIKOFF:  Objection to form.     2:29:35PM
18   A    It's normally the analyst assigned to  2:29:36PM
19   the jurisdiction.
20   Q    And the most recent time that the     2:29:40PM
21   analyst assigned to the jurisdiction had to do
22   that with respect to Ocean Beach, who was that
23   analyst?
24   A    I don't know a specific instance, but  2:29:48PM
25   it's Phillip Cohen who was specifically assigned

TSG Reporting - Worldwide  (877) 702-9580

Page 194

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2    as our liaison in Ocean Beach at this time.
3        Q    And who was the liaison assigned prior 2:29:57PM
4    to Phillip Cohen, if anyone?
5        A    I can't remember if there was anybody 2:30:01PM
6    between Allison and Phillip.
7        Q    And do you know in particular whether 2:30:07PM
8    Phillip Cohen actually has had occasion to
9    provide training or guidance to the appointing
10   authority in Ocean Beach?
11           MR. NOVIKOFF:  Objection to form.  You 2:30:19PM
12   never talked about training.  You asked
13   about guidance.
14           MR. GRAFF:  Instruction or guidance. 2:30:24PM
15       A    Training is offered.  Not every 2:30:25PM
16   jurisdiction avails itself of that.  But the
17   guidance, as I said, is ongoing with any
18   problems that arise as these transactions come
19   through.  I can't point to any specifics with
20   Ocean Beach.
21       Q    Turning back to CD 10, the top half is 2:30:41PM
22   a signature authorization dated March 7, 2003.
23   The bottom half is a signature authorization
24   dated July 19th, 2006.  During the period from
25   March 7th, 2003 to July 19thth, 2006, who was

TSG Reporting - Worldwide  (877) 702-9580

Page 195

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2    allowed in Ocean Beach to sign official
3    documents, such as CD 11, if you can determine
4    that from this document?
5            MS. ZWILLING:  Objection.        2:31:15PM
6            MR. NOVIKOFF:  Objection to form.  2:31:16PM
7            MS. ZWILLING:  Because this is the 2:31:17PM
8    Civil Service authorization.  The village
9    may or may not have permitted individuals
10   authorized on here --
11           MR. GRAFF:  I'm asking consistent with 2:31:25PM
12   Civil Service guidelines, regulations,
13   specifications, who from the perspective of
14   Civil Service --
15           MS. ZWILLING:  Why don't you ask whose 2:31:33PM
16   signature would Civil Service accept.
17           MR. GRAFF:  That's fine.        2:31:39PM
18   BY MR. GRAFF:                            2:31:39PM
19       Q    Can you answer the question that way? 2:31:40PM
20       A    What were the time frames?      2:31:42PM
21       Q    From the date of the first        2:31:43PM
22   authorization to the second, whose signature
23   would Civil Service accept from Ocean Beach on
24   the items described in the paragraph above?
25       A    From March 7th, 2003 to July 18th,    2:31:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 196

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2    2006?
3        Q    Yes.                           2:31:58PM
4        A    This one, I had two copies for     2:32:04PM
5    March 7th 2003, and in my hurry to get them back
6    here, I may have copied -- missed the other copy
7    from March 7th that had Natalie Rogers'
8    signature on it, because obviously it should
9    have her signature in addition to just her name.
10       Q    Okay.                          2:32:31PM
11       A    So presuming that's in order, it would 2:32:31PM
12   be one of the three signatures on there.  Ethan
13   Repp, Nancy Balarezo or Natalie Rogers.
14       Q    And we had touched on this earlier 2:32:48PM
15   this morning.  Are there any constraints on who
16   can be designated as an authorized alternative
17   who would be acceptable to Civil Service?
18       A    No.  And it varies widely.  It's 2:33:03PM
19   whoever the appointing authority decides to
20   offer that to.
21       Q    And can -- would Civil Service accept 2:33:09PM
22   a signature of anybody who has not been
23   authorized pursuant to a form like this?
24           MR. NOVIKOFF:  Objection to form. 2:33:19PM
25       A    No.                            2:33:20PM

TSG Reporting - Worldwide  (877) 702-9580

Page 197

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2        Q    Turning to CD 11.  Have you seen this 2:33:23PM
3    specific document before?
4        A    I don't know.                   2:33:31PM
5        Q    Is this the CS-150?            2:33:32PM
6        A    Yes.                           2:33:36PM
7        Q    And that's the report of personnel    2:33:37PM
8    changes?
9        A    Yes.                           2:33:39PM
10       Q    Could you explain what its function    2:33:40PM
11   is?
12       A    Its function is to report personnel 2:33:43PM
13   changes, any action that a jurisdiction takes in
14   regard to an employee, hiring, firing,
15   dismissals, resignations, leave of absence,
16   salary increases, anything that happens to that
17   employee.
18       Q    And can you determine from CD 11 what 2:33:58PM
19   personnel change was being reported?
20       A    Two salary increases.          2:34:03PM
21       Q    And is the salary listed in the column 2:34:07PM
22   headed "Salary" the salary post the increase?
23   Is this the new salary that's being reported?
24       A    Yes.                           2:34:19PM
25       Q    And is there anything on the document 2:34:19PM

TSG Reporting - Worldwide  (877) 702-9580

Page 198

CYNTHIA DISTEFANO

1
2 that indicates what the salary had been prior to
3 this increase?
4    A    No.                    2:34:26PM
5    Q    Is there any guideline, specification,  2:34:26PM
6 rule, regulation by Civil Service with respect
7 to the time period within which a change needs
8 to -- of this nature needs to be reported on a
9 CS-150?
10   A    We say within a reasonable time.  As  2:34:48PM
11 soon as possible.
12   Q    Is there anything --         2:34:55PM
13   A    There's nothing specific.      2:34:57PM
14   Q    As a matter of practice at the    2:34:58PM
15 Department of Civil Service, is there an
16 informal but more specific cutoff time?
17   A    No.                    2:35:06PM
18   Q    At the bottom left corner of the    2:35:09PM
19 document there is some writing in a box.  Based
20 on the form of the document, who would've been
21 or what entity or position or individual
22 would've been responsible for making the
23 handwritten notations there?
24   A    The analyst assigned to that    2:35:33PM
25 jurisdiction.

TSG Reporting - Worldwide  (877) 702-9580

Page 199

CYNTHIA DISTEFANO

1
2    Q    And can you determine from the    2:35:36PM
3 writings who that analyst was?
4    A    Yes.                   2:35:40PM
5    Q    Who?                   2:35:40PM
6    A    Allison Chester.            2:35:40PM
7    Q    And there's a box checked for     2:35:42PM
8 "approved as noted."  Does that refer to
9 something noted on this form or is that,
10 perhaps, a notation somewhere else?
11   A    It should refer to what's noted on    2:35:51PM
12 this form.  In this case, there isn't anything
13 noted on there.
14   Q    So is there a reason why approved as  2:35:58PM
15 noted would be checked instead of approved?
16       MR. NOVIKOFF: Objection to form.
17   A    It's not specified.          2:36:07PM
18   Q    Is there any reason why approved as  2:36:09PM
19 noted would be checked if there wasn't a
20 notation somewhere?
21       MR. NOVIKOFF: Objection. Form.    2:36:16PM
22   A    There might have been.  I can't put  2:36:17PM
23 myself in Allison's place and know why she did
24 that.
25   Q    Okay.  As a matter of personnel    2:36:22PM

TSG Reporting - Worldwide  (877) 702-9580

Page 200

CYNTHIA DISTEFANO

1
2 analyst functions, is there any reason why a
3 personnel analyst should -- consistent with the
4 form and the way the form is filled out, is
5 approved as noted something that would be in
6 writing or could it also be something noted in a
7 telephone conversation?
8       MR. NOVIKOFF: Objection. Form.    2:36:42PM
9    A    There should be something noted on the  2:36:43PM
10 150 itself to explain why that box is checked.
11   Q    And then at the top right of the    2:36:53PM
12 document it says "date prepared 6-15-05."
13 Underneath that, almost directly underneath
14 there's a column that says "Effective Dates,"
15 and the two dates there are 6-1-05 and 6-1-05.
16 As CF-150s are used at Civil Service, is there a
17 reason why the CS-150 would be prepared after
18 the effective date of the change?
19       MS. ZWILLING: Objection.      2:37:28PM
20       MR. NOVIKOFF: Objection to form.   2:37:29PM
21       MS. ZWILLING: Civil Service doesn't   2:37:31PM
22 prepare these documents.
23       MR. GRAFF: I understand Civil Service  2:37:33PM
24 doesn't prepare it.  I'm asking whether
25 Civil Service expects to receive these

TSG Reporting - Worldwide  (877) 702-9580

Page 201

CYNTHIA DISTEFANO

1
2 documents in advance of an effective date or
3 after an effective date.
4    A    It varies.  We don't expect.  We just  2:37:45PM
5 expect to get them.  We don't expect to get them
6 on a specific date.
7    Q    And how does a personnel analyst,    2:37:57PM
8 consistent with the expectations of the
9 Department of Civil Service, make the
10 determination as to whether the change is
11 approved or disapproved?
12       MR. NOVIKOFF: Objection. Form.    2:38:14PM
13       MS. ZWILLING: Objection. That    2:38:15PM
14 question calls for the subjective workings
15 of someone's mind.  If you want to ask her
16 what the criteria are, that's would be
17 acceptable.
18 BY MR. GRAFF:                 2:38:26PM
19   Q    Are there fixed criteria that are    2:38:26PM
20 applied to determining whether to approve or
21 disapprove a change noted on a CS-150?
22   A    Civil Service law and Civil Service    2:38:33PM
23 rules.
24   Q    Are there any specific Civil Service  2:38:35PM
25 laws or rules?

TSG Reporting - Worldwide  (877) 702-9580

Page 202

CYNTHIA DISTEFANO

1
2      A    There is a whole Civil Service book in   2:38:44PM
3   McKinney's that refers to Civil Service rules.
4      Q    Maybe my question -- maybe I            2:38:49PM
5   misunderstood.
6           When it's checked off as approved,     2:38:55PM
7   does that mean it's approved as being consistent
8   with all of the Civil Service rules?
9      A    Yes, it does.  Anything applicable to   2:39:01PM
10  that particular action.
11     Q    And is there an investigation that     2:39:05PM
12  provides the basis for making the determination
13  that it's consistent?
14     A    That's what we do.                      2:39:12PM
15     Q    And are there any criteria or           2:39:14PM
16  guidelines for how a personnel analyst should
17  carry out such an investigation?
18     A    The analyst should know the Civil       2:39:22PM
19  Service law and the Civil Service rules
20  applicable to employment.  That is the function
21  of our department.
22     Q    And if a personnel analyst has a        2:39:33PM
23  question, is that something that they would
24  address with the senior personnel analyst?
25         MR. NOVIKOFF:  Objection.                2:39:43PM

TSG Reporting - Worldwide  (877) 702-9580

Page 203

CYNTHIA DISTEFANO

1
2   BY MR. GRAFF:                                   2:39:44PM
3      Q    The principal personnel analyst?        2:39:45PM
4   Excuse me.
5          MR. NOVIKOFF:  Objection.                2:39:49PM
6      A    They could address it with anyone else  2:39:49PM
7   in the unit if they had a question.
8      Q    So they could confer with another       2:39:54PM
9   personnel analyst and figure it out among
10  themselves?
11         MR. NOVIKOFF:  Objection.                2:40:00PM
12     A    Sometimes.                              2:40:00PM
13     Q    Towards the top, there's again a        2:40:10PM
14  couple of handwritten notations next to the
15  printed change.  Do those notations have any
16  specific meaning in the context of a CS-150?
17     A    There is a clerical person who enters   2:40:20PM
18  the actual transaction on the roster card, and
19  there's an analyst who then checks the
20  clerical's work and what the jurisdiction has
21  reported.  So one check is the clerical's and
22  then the cross-check is the analyst's.
23     Q    And who was the clerical who would --   2:40:39PM
24  who had responsibility over the Village of Ocean
25  Beach with respect to forms like these?

TSG Reporting - Worldwide  (877) 702-9580

Page 204

CYNTHIA DISTEFANO

1
2      A    Not sure.                               2:40:48PM
3      Q    Was there -- is there at any one time   2:40:49PM
4   a designated clerical?
5      A    Yes, there's always a designated        2:40:54PM
6   clerical.
7      Q    Do you know today who the designated    2:40:57PM
8   clerical is for Ocean Beach?
9      A    No.                                     2:41:00PM
10     Q    Does the designated clerical report to  2:41:00PM
11  the personnel analyst or is there an independent
12  a chain of command?
13     A    There is a clerical supervisor.         2:41:08PM
14     Q    Who does the clerical supervisor        2:41:11PM
15  report to?
16     A    Me.                                     2:41:14PM
17     Q    How many clerical positions of that     2:41:16PM
18  nature are there today?
19     A    Nine.                                   2:41:20PM
20     Q    And did that number fluctuate at all    2:41:20PM
21  between 2000 and the present?
22     A    Maybe by one.                           2:41:26PM
23     Q    What are the requirements, if you       2:41:35PM
24  know, for obtaining the position of clerical
25  analyst in Suffolk County Civil Service?

TSG Reporting - Worldwide  (877) 702-9580

Page 205

CYNTHIA DISTEFANO

1
2      A    There is no clerical analyst.  There    2:41:43PM
3   is a clerical support staff and there is a
4   professional staff of analysts.  The clericals
5   do not make decisions about these things.
6      Q    In very, very small print at the        2:42:08PM
7   bottom of the document, it says, "Prior edition
8   may be used until supply is depleted."  Is this
9   form that we're looking at the current edition
10  today?
11     A    Yes, it is.                             2:42:24PM
12     Q    And do you know when the last revision  2:42:25PM
13  to the CS-150 was made?
14     A    If you look at the teeny, tiny print    2:42:30PM
15  to the far left, at the bottom you will see CS
16  form 150 (1086).
17     Q    And that's October 1986?                2:42:41PM
18     A    That's usually what 1086 refers to,     2:42:44PM
19  yes.
20     Q    Thank you.                              2:42:49PM
21         MR. NOVIKOFF:  What date in October?     2:42:59PM
22         MS. ZWILLING:  I think every county      2:43:03PM
23  form has the prior edition.
24  BY MR. GRAFF:                                   2:43:11PM
25     Q    Ms. DiStefano, when the document --     2:43:11PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 206

CYNTHIA DISTEFANO

1
2  when the personnel analyst fills out that the
3  document is approved, is that something that's
4  sometimes referred to as certifying the payroll?
5      A   No.                        2:43:22PM
6      Q   Is there something in the context of   2:43:23PM
7  Civil Service known as certifying payroll?
8      A   Yes.                       2:43:28PM
9      Q   Could you explain what that is,      2:43:28PM
10  please?
11     A   The jurisdiction has to submit its   2:43:30PM
12  payroll to us, and then we match the information
13  on the payroll with what they have reported via
14  these CS-150s that constitute the roster card
15  for the employee; and if they don't match, then
16  we cannot certify that item on the payroll.
17     Q   And is the payroll like the printout  2:43:55PM
18  of the actual payments or is it a Civil Service
19  form that's submitted as the payroll?
20     A   No.  It comes from the jurisdiction,  2:44:04PM
21  and that varies also.  We would like to see an
22  official payroll that's generated -- that
23  generated the paychecks, but sometimes they --
24  the tiny jurisdictions type us something.
25     Q   And when it comes to certifying the   2:44:18PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 207

CYNTHIA DISTEFANO

1
2  payroll, are there any other criteria other than
3  ensuring that the amounts paid match the amounts
4  that were approved on a CS-150?
5      MR. NOVIKOFF:  Objection to form.   2:44:29PM
6      A   The title has to match.  The   2:44:30PM
7  information on our roster has to be the same as
8  they're carrying on their payroll.
9      Q   And who -- what position in Civil   2:44:44PM
10  Service has the authority or responsibility to
11  certify a payroll when appropriate?
12     A   The analyst reviews the payroll, and  2:44:54PM
13  then it's stamped with Alan Schneider's
14  signature.
15     Q   And is it the same analyst who would  2:45:01PM
16  have responsibility for that jurisdiction's
17  CS-150?
18     A   If that same analyst is still assigned 2:45:07PM
19  to that jurisdiction at the time the payroll
20  comes in, yes.
21     Q   Is there any -- I'm trying to find the 2:45:13PM
22  best terms for it.
23         Is the process of certifying personnel 2:45:25PM
24  changes on the CS-150 and certifying payroll, is
25  there any built-in mechanism to have a

TSG Reporting - Worldwide  (877) 702-9580

## Page 208

CYNTHIA DISTEFANO

1
2  cross-check by another personnel analyst or more
3  senior position?
4      MR. NOVIKOFF:  Objection to the phrase 2:45:48PM
5  "built-in."  I don't know what that means.
6  BY MR. GRAFF:                     2:45:51PM
7      Q   Is there an automatic cross-check that 2:45:52PM
8  would take place as part of the process?
9      A   There are cross-checks during   2:45:55PM
10  training.
11     Q   That is when a personnel analyst is a  2:45:57PM
12  trainee?
13     A   Yes.                       2:46:00PM
14     Q   And then after they become a permanent 2:46:02PM
15  personnel analyst, are there any automatic
16  cross-checks that would happen?
17     A   Not automatic.  There can be.    2:46:10PM
18     Q   Are there any criteria pursuant to   2:46:12PM
19  which a cross-check would be initiated?
20     MR. NOVIKOFF:  Objection.  Form.   2:46:19PM
21     A   I think common sense, knowing how the 2:46:23PM
22  analyst works.  Knowing how difficult that
23  particular jurisdiction is.
24     Q   And who would have the authority or  2:46:32PM
25  responsibility to initiate such a cross-check?

TSG Reporting - Worldwide  (877) 702-9580

## Page 209

CYNTHIA DISTEFANO

1
2      A   Any supervisor.              2:46:39PM
3      Q   So that could be a principal personnel 2:46:41PM
4  analyst.  Are there any other categories of
5  supervisor that would --
6      A   Senior personnel analyst or my   2:46:48PM
7  position.
8      Q   Are there any other positions in the  2:46:51PM
9  county?
10     A   In the county?             2:46:54PM
11     Q   I'm sorry, in the Civil Service   2:46:55PM
12  Department who would have the authority or
13  responsibility to initiate a cross-check like
14  that?
15     A   The personnel director certainly   2:47:04PM
16  could.
17     Q   Are there any others?        2:47:06PM
18     A   No.                        2:47:07PM
19     Q   Do personnel analysts receive annual  2:47:17PM
20  written performance reviews?
21     A   No.                        2:47:21PM
22     Q   Do personnel analysts ever receive   2:47:22PM
23  written performance reviews?
24     MR. NOVIKOFF:  Objection.  In the   2:47:28PM
25  history of the Civil Service Department?

TSG Reporting - Worldwide  (877) 702-9580

Page 210

CYNTHIA DISTEFANO

1
2    A    Only in conjunction with disciplinary    2:47:32PM
3    actions.
4    Q    Are there any positions in the Civil    2:47:35PM
5    Service Department for which annual performance
6    reviews in writing are conducted?
7    A    No.    2:47:44PM
8    Q    Are there any positions in the Civil    2:47:45PM
9    Service Department for which annual -- strike
10   that.
11        For which there would be written    2:47:51PM
12   performance reviews other than in the context of
13   discipline?
14   A    No.    2:47:57PM
15   Q    Let's take a step back on this.    2:48:17PM
16        To your knowledge, who are the    2:48:24PM
17   individual employees in Ocean Beach who have
18   interacted with personnel analysts in the Civil
19   Service Department with respect to Ocean Beach
20   Civil Service issues?
21   A    Maryann Minerva and George Hesse.    2:48:42PM
22   Q    Are those --    2:48:47PM
23   A    That's to my personal knowledge.    2:48:49PM
24   Q    And do you have any information as to    2:48:52PM
25   other individuals who may have had such

TSG Reporting - Worldwide  (877) 702-9580

Page 211

CYNTHIA DISTEFANO

1
2    interactions?
3        MR. NOVIKOFF:  Objection.    2:49:01PM
4        MR. GRAFF:  Personal knowledge,    2:49:04PM
5    sometimes I'm not sure exactly what that
6    refers to.
7        MR. NOVIKOFF:  Why don't you ask her    2:49:07PM
8    the basis of her knowledge that Mr. Hesse
9    and Ms. Minerva interacted.
10        MR. GRAFF:  Okay.    2:49:16PM
11   A    In speaking with the people who work    2:49:18PM
12   with, I spoke with Maryann Minerva, I spoke with
13   George Hesse.  I've seen some of the
14   correspondence.
15   Q    Based on those or other sources of    2:49:30PM
16   information, have any other names been
17   referenced that you can think of?
18   A    The mayor occasionally, but I don't    2:49:35PM
19   know if he gets involved with the nitty-gritty.
20   I would doubt it.
21   Q    What about Catherine Spies?    2:49:41PM
22   A    Don't know that name.    2:49:43PM
23   Q    What about Edward Paradiso?    2:49:45PM
24   A    He has been on leave for a long time,    2:49:47PM
25   so I have not heard him mentioned in conjunction

TSG Reporting - Worldwide  (877) 702-9580

Page 212

CYNTHIA DISTEFANO

1
2    with personnel issues.
3    Q    Did the Civil Service Department have    2:49:58PM
4    any role or responsibilities at all in
5    connection with Ed Paradiso being on leave?
6        MR. NOVIKOFF:  Objection.    2:50:10PM
7    A    I believe it's a comp case, so we    2:50:10PM
8    would not have any involvement with that.
9    Q    Would Ed Paradiso's leave be something    2:50:15PM
10   that would've been reported on a CS-150?
11   A    Workers' comp claims are not reported    2:50:21PM
12   to us.
13   Q    When a person is on a workers' comp    2:50:28PM
14   leave, do they still hold the position and
15   permanent -- let me rephrase.
16        In the context of a permanent    2:50:40PM
17   competitive class position at Ocean Beach, does
18   an employee who goes on a workers' comp leave,
19   retain their rights and protections in that
20   position?
21        MS. ZWILLING:  Objection.    2:50:53PM
22        MR. NOVIKOFF:  Objection to form.    2:50:54PM
23        MS. ZWILLING:  And I'm going to have    2:50:55PM
24   to object to that on the basis that it calls
25   for a legal conclusion.  The problem with

TSG Reporting - Worldwide  (877) 702-9580

Page 213

CYNTHIA DISTEFANO

1
2    the question is there may be lots of rights
3    and interests in protection that go with the
4    position, and this witness, not being an
5    attorney, may not be familiar with the
6    panoply of that.  However, if you want to
7    break it down with respect to specific
8    aspects of the position, such as the title,
9    permanent status, is salary repaid, do they
10   maintain sick time or seniority, she may be
11   able to answer with respect to individual
12   aspects of the position.  I would also
13   imagine that the answer differs between
14   aspects.  So you would probably want to know
15   the individual answers.
16        MR. GRAFF:  Okay.    2:51:43PM
17   BY MR. GRAFF:    2:51:44PM
18   Q    Specifically on Ed Paradiso, if he's    2:51:44PM
19   on a workers' comp leave, does he maintain his
20   Civil Service title of police sergeant?
21   A    He would, because they don't report    2:51:53PM
22   the leave to us.  So if we looked at the roster
23   card, he looks like an active police sergeant,
24   so he maintains all his competitive rights.
25   Q    Does anything change with respect to    2:52:05PM

TSG Reporting - Worldwide  (877) 702-9580

Page 214

CYNTHIA DISTEFANO

1       **CYNTHIA DISTEFANO**
2  **Civil Service status of Ed Paradiso as a result**
3  **of his being on the workers' comp leave?**
4       A    Not until an action taken by the        2:52:13PM
5  village changes his status.
6       **Q    As far as you know, between 2000 and    2:52:20PM**
7  **2006, who were the individuals who had hire and**
8  **fire authority with respect to police officers**
9  **in Ocean Beach?**
10      A   I would think it was the mayor.        2:52:35PM
11      **Q    Would there be anyone else?           2:52:38PM**
12      A   No.                               2:52:39PM
13      **Q    Would Ed Paradiso have hire and fire   2:52:40PM**
14 **authority?**
15      A   No.                               2:52:44PM
16      **Q    Would George Hesse have hire and fire 2:52:45PM**
17 **authority?**
18      A   No.                               2:52:47PM
19      MR. NOVIKOFF:  And this is also under    2:52:50PM
20 Civil Service law?
21      MS. ZWILLING:  Right.  She can't speak  2:52:54PM
22 to the internal workings --
23      THE WITNESS:  What the village did, I    2:52:58PM
24 don't know, but the appointing authority for
25 the village is the mayor.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 215

CYNTHIA DISTEFANO

1       CYNTHIA DISTEFANO
2       MR. NOVIKOFF:  Nice try, though.       2:53:04PM
3  BY MR. GRAFF:                          2:53:09PM
4       **Q    Does a person who's authorized as an  2:53:10PM**
5  **alternative on a form like CD 10 have the hire**
6  **or fire powers of the appointing authority?**
7       MS. ZWILLING:  Objection.            2:53:21PM
8       Arie, the question -- the hiring and  2:53:22PM
9  firing authority is internal to the village.
10 The documents relate to who can sign off on
11 the report to Civil Service.  That may or
12 may not be the same person as the village
13 authorizes to make its decision.
14      MR. GRAFF:  Okay.                    2:53:40PM
15      MS. ZWILLING:  We don't have any      2:53:41PM
16 control over who the village makes into a
17 decision maker.
18 BY MR. GRAFF:                          2:53:48PM
19      **Q    Other than requiring that a person who 2:53:49PM**
20 **signs off on a form like this needs to be the**
21 **appointing authority or an authorized**
22 **alternative, are there any other Civil Service**
23 **specifications, guidelines, rules, regulations**
24 **that would bear on who has hire and fire**
25 **authority in Ocean Beach for police officers?**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 216

CYNTHIA DISTEFANO

1       CYNTHIA DISTEFANO
2       MR. NOVIKOFF:  I'm going to object now  2:54:11PM
3  to the form of the question.
4       I would've thought the comments       2:54:13PM
5  would've made it clear that the phrase
6  "hiring and firing authority" is not
7  necessarily appropriate in Civil Service
8  context.
9       MR. GRAFF:  I'm asking if it is.      2:54:24PM
10      MS. ZWILLING:  The further issue with  2:54:26PM
11 the question, Arie, if you want to ask if
12 any of the Civil Service rules relate,
13 certainly that's a proper question.  Once
14 you get into the Civil Service law, not only
15 are you asking her for a legal
16 interpretation, but there are aspects of
17 that law which may bind the individual
18 municipality but are outside of the
19 jurisdiction of Civil Service to enforce.
20      MR. GRAFF:  I should clarify.  Within  2:54:53PM
21 the jurisdiction of Civil Service in Suffolk
22 County to enforce.
23      MS. ZWILLING:  Well, then I'm going to 2:54:59PM
24 ask you to limit it to the Civil Service
25 rules as opposed to Civil Service law,

TSG Reporting - Worldwide  (877) 702-9580

---

Page 217

CYNTHIA DISTEFANO

1       CYNTHIA DISTEFANO
2  because, again, the witness can't interpret
3  Civil Service law.
4       MR. GRAFF:  Sure.                    2:55:06PM
5       MS. ZWILLING:  If you want to ask her  2:55:06PM
6  with respect to any sections of Civil
7  Service law that Civil Service is enforcing,
8  fine, but I can't allow her, obviously, to
9  speak about what aspects of the Civil
10 Service law may bind the village.  She's not
11 a witness who can give that testimony.
12      MR. GRAFF:  I understand what you're   2:55:26PM
13 saying.
14      MS. ZWILLING:  It's a phrasing        2:55:30PM
15 objection.  If you split up the question,
16 there's probably no objection.
17 BY MR. GRAFF:                          2:55:32PM
18      **Q    The Civil Service rules that you      2:55:33PM**
19 **provided me with a copy during lunch, is there a**
20 **more formal title for that document?**
21      A   No.  That is the formal title.     2:55:42PM
22      **Q    The civil Service rules?             2:55:43PM**
23      A   Yes.                              2:55:46PM
24      **Q    Are there any Civil Service rules that 2:55:46PM**
25 **bear on who has hire and fire authority with**

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2    respect to police officers in Ocean Beach?
3          MR. NOVIKOFF:  Objection to the form    2:55:58PM
4    of the question.
5          A    I don't know if we define appointing    2:55:59PM
6    authority in there, but that would be the only
7    place if it's anywhere.
8          Q    What about in any Civil Service    2:56:06PM
9    manuals?
10         A    We deal with appointing authorities.    2:56:09PM
11   We don't list titles that that appointing
12   authority can hire or fire.
13         Q    On CD 10, we don't even necessarily    2:56:25PM
14   have to look, but if the context helps.  The
15   title of Nancy J. Balarezo is village
16   clerk/treasurer.
17         A    Yes.                    2:56:39PM
18         Q    Is the village clerk/treasurer a Civil    2:56:39PM
19   Service classified -- classification for a
20   position?
21         A    Yes, it is.                2:56:46PM
22         Q    And is there a Civil Service -- are    2:56:47PM
23   there separate Civil Service a classifications
24   for the position village clerk and treasurer or
25   are those one single position?

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2          A    There are three titles, a village    2:56:59PM
3    clerk, a village treasurer and a village
4    clerk/treasurer.  If a village opts to use the
5    combined titles, they don't get to use the other
6    two.
7          Q    I see.  And are the combined titles,    2:57:12PM
8    is that a combination of everything that would
9    apply in the two separate titles?
10         A    Yes.  It's a money saving.  If they    2:57:20PM
11   don't want to use two people, they can have one
12   who combines two official functions.
13         Q    What about village administrator, is    2:57:29PM
14   that a Civil Service classification?
15         A    Yes, it is.                2:57:34PM
16         Q    What are the duties of a village    2:57:35PM
17   administrator?
18         A    It's the business manager for the    2:57:37PM
19   village.
20         Q    Is there a Civil Service class --    2:57:44PM
21   withdrawn.
22         MR. GRAFF:  I'm going to ask the court    2:58:01PM
23   reporter to please mark as Exhibit CD 12 a
24   one-page document without Bates number.
25         (Whereupon, Suffolk County Department    2:58:13PM

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2    of Civil Service Certification of Eligibles
3    was marked as DiStefano Exhibit 12 for
4    identification, as of this date.)
5    BY MR. GRAFF:                    2:59:00PM
6          Q    Ms. DiStefano, if you could just let    2:59:01PM
7    me know when you've had a chance to look it
8    over.  (Handing.)
9          A    (Witness complies.)  Okay, I've seen    2:59:08PM
10   it.  I've read it.
11         Q    Have you, prior to my handing it to    2:59:18PM
12   you, seen this specific page before?
13         A    I don't know.                2:59:26PM
14         Q    Towards the top, there's sort of a box    2:59:33PM
15   with text in capital letters.
16         Do you see that?                2:59:38PM
17         A    Yes.                    2:59:39PM
18         Q    At the line on top of it, right above    2:59:40PM
19   that, there's a line that's also in capitals.
20   The first thing it says there is "village list."
21         A    Yes.                    2:59:48PM
22         Q    Does that mean something in particular    2:59:48PM
23   in this context?
24         A    It means it's a residents list for the    2:59:55PM
25   Village of Ocean Beach.

TSG Reporting - Worldwide  (877) 702-9580

CYNTHIA DISTEFANO

1
2          Q    And then over next to that is the word    3:00:02PM
3    "permanent."  Does that mean something in this
4    context?
5          A    It's a permanent vacancy, not a    3:00:08PM
6    contingent permanent vacancy.
7          Q    And then next to that it says "list    3:00:14PM
8    not pre-canvassed."  What does that mean in this
9    context?
10         A    It means that the Civil Service    3:00:21PM
11   Department did not do a canvass of the
12   candidates before certifying the list to the
13   village.
14         Q    And how does that relate to the text    3:00:29PM
15   underneath that states, "The candidates listed
16   below have been canvassed by the Department of
17   Civil Service" and continues from there?
18         A    That would be applicable if it did not    3:00:44PM
19   say right above that that the list had not been
20   pre-canvassed.
21         Q    So that in this particular page, that    3:00:53PM
22   text does not apply?
23         A    That's correct.            3:00:56PM
24         Q    And can you tell from this document    3:01:02PM
25   what -- strike that.

TSG Reporting - Worldwide  (877) 702-9580

Page 222

CYNTHIA DISTEFANO

1
2       The names listed here, underneath each  3:01:15PM
3   of them it looks like there's three asterisks,
4   the word "pending item," three asterisks and
5   then some more text.  Do you see what I'm
6   referring to?
7       A   Yes.                            3:01:30PM
8       Q   Looking at the first one, Trosco,  3:01:30PM
9   Paul, the pending are med, psych, agility and
10  polygraph.
11      A   Yes.                            3:01:42PM
12      Q   What does "pending" mean in this  3:01:42PM
13  context?
14      A   It means that either haven't been  3:01:45PM
15  completed or we haven't gotten the results yet.
16      Q   And on this certification of eligibles  3:01:50PM
17  form, does the designation "pending item" have
18  any impact on whether the village can hire the
19  individual for whom an item is pending?
20      MR. NOVIKOFF:  Objection.  Form.    3:02:08PM
21      A   They can't be appointed until those  3:02:10PM
22  items have all been -- until those have been
23  passed.
24      Q   And is there a form on which notice  3:02:16PM
25  would be given to the village that the items in

TSG Reporting - Worldwide  (877) 702-9580

Page 223

CYNTHIA DISTEFANO

1   question have been passed?
2       MS. ZWILLING:  Objection.  Your     3:02:26PM
3   question assumes that we have that
4   information and pass it along to the
5   village.  You haven't determined how that
6   information flows.
7       MR. GRAFF:  Let me back up.         3:02:32PM
8   BY MR. GRAFF:                           3:02:33PM
9       Q   Do you know what the source or basis  3:02:35PM
10  for the statement "pending item, med, psych,
11  agility, polygraph" on this form is?
12      A   We maintain a record of who has passed  3:02:45PM
13  those tests.  So if they had, we would remove
14  the pending from the list certification.
15      Q   And how would you know they had passed  3:02:54PM
16  it?
17      A   We keep records in our examinations  3:02:57PM
18  division and certifications division.
19      Q   And would -- how would it be       3:03:02PM
20  communicated to the village that those items
21  were no longer pending if they were completed?
22      MR. NOVIKOFF:  Objection to form.    3:03:12PM
23      A   It could be something in writing.  It  3:03:14PM
24  could be a telephone call.

TSG Reporting - Worldwide  (877) 702-9580

Page 224

CYNTHIA DISTEFANO

1
2       Q   So there wouldn't be like another  3:03:17PM
3   certification of eligibles reissued?
4       A   No.                            3:03:21PM
5       Q   How does the rule of three apply in  3:03:23PM
6   the context of lists like this where there's
7   pending items for each person?
8       I can be more specific.  Say the    3:03:34PM
9   person ranked Number 5, Brian Butler, was the
10  first to complete the pending items.  Could he
11  then be immediately hired?
12      A   No.                            3:03:47PM
13      Q   Could you explain how the rule of   3:03:50PM
14  these plays out in the context of a list of
15  pending items?
16      A   Everybody has to complete those items.  3:03:55PM
17  If anybody fails those items, then they can be
18  bypassed.  Then they don't appear on the cert
19  anymore.
20      Q   Okay.  There's one person listed in  3:04:09PM
21  position one and then looks like a tie for
22  position two?
23      A   Yes.                           3:04:17PM
24      Q   Could the person then listed at    3:04:19PM
25  position four ever be hired in compliance with

TSG Reporting - Worldwide  (877) 702-9580

Page 225

CYNTHIA DISTEFANO

1   Civil Service regulations, guidelines,
2   specifications if persons 12 and two still had
3   pending items?
4       A   They would all have to have completed  3:04:36PM
5   those items before this cert could be acted
6   upon.
7       Q   And what if positions 12 and two    3:04:42PM
8   completed the items, would they still have to
9   wait for positions four and five?
10      A   No, because they're immediately   3:04:50PM
11  reachable.
12      Q   Is there any amount of time after   3:04:52PM
13  which position four would no longer have to wait
14  for one, two and two to complete the pending
15  items?
16      MR. NOVIKOFF:  Objection.  Form.     3:05:04PM
17      A   I don't understand your question.  3:05:05PM
18      Q   Well, is the person in position four  3:05:06PM
19  forever precluded from -- let me ask another
20  way.
21      Do the people in position one, two and  3:05:14PM
22  two ever lose that position if they don't,
23  within some amount of time, complete the pending
24  items?

TSG Reporting - Worldwide  (877) 702-9580

Page 226

CYNTHIA DISTEFANO

1
2      A    They only lose their position if they   3:05:25PM
3  fail one of the pending items.
4      Q    So they can remain on a certification   3:05:30PM
5  of eligibles until this certification of
6  eligibles itself expires?
7      A    Yes.  And there is an expiration date   3:05:39PM
8  on the top.
9      Q    What is the date?                        3:05:43PM
10     A    August 14th, 2006.                       3:05:44PM
11     Q    Is it --                                 3:05:45PM
12         MR. NOVIKOFF:  Is that where it says   3:05:48PM
13  "expiration date"?
14         THE WITNESS:  Yes.                        3:05:51PM
15  BY MR. GRAFF:                                    3:05:52PM
16     Q    The number above the date June 15th,  3:05:52PM
17  2006, do you know what that is?
18     A    Yes.  It's the year and it's the        3:05:58PM
19  clerical person in the certifications unit that
20  processed this, and each year each clerical
21  person in there sequentially numbers
22  certifications they issue.  So in 2006 Theresa
23  Albano, TA, issued this as her 355th
24  certification.
25     Q    What about just over to the left in   3:06:22PM

TSG Reporting - Worldwide  (877) 702-9580

Page 227

CYNTHIA DISTEFANO

1
2  bold for the position of pound sign and then a
3  string of numbers, do you know what those
4  numbers refer to?
5      A    That's the list number.  List was       3:06:34PM
6  established in 2003.  5002 is the specification
7  number for the police department.
8      Q    And police officer OC?                   3:06:47PM
9      A    Open competitive.                        3:06:47PM
10     Q    How many positions of open competitive   3:06:58PM
11  police officers have been established through
12  Civil Service for the Village of Ocean Beach?
13     A    I'd have to look at their position       3:07:05PM
14  control.
15     Q    The total score indicated for each       3:07:18PM
16  applicant, do you see where I'm referring to?
17     A    Yes.                                     3:07:24PM
18     Q    What does that refer to?                 3:07:24PM
19     A    The written test.                        3:07:26PM
20     Q    Is there anything on that document       3:07:31PM
21  that indicates the date of that written test?
22     A    Yes -- oh, not the date of the test,   3:07:38PM
23  no.  It indicates the date the list was
24  established.
25     Q    Is there a limit to the number of        3:07:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 228

CYNTHIA DISTEFANO

1
2  times that an individual can take the written
3  test for the position of police officer?
4      A    Just his age.                            3:07:55PM
5      Q    What about position of police            3:07:57PM
6  sergeant?
7      A    A limit to the number of times, no.   3:08:01PM
8  Pay your $100, we'll test you forever.
9          MS. ZWILLING:  Do we know what the        3:08:10PM
10  record number of times to take the test is?
11         THE WITNESS:  I have a guess.             3:08:14PM
12         MS. ZWILLING:  People take and take    3:08:15PM
13  and retake these tests.
14  BY MR. GRAFF:                                    3:08:16PM
15     Q    On a certification of eligibles, does   3:08:16PM
16  anything indicate what number attempt at the
17  test is reflected in the total score here?
18     A    No.                                      3:08:25PM
19     Q    A little further over, there's the    3:08:33PM
20  heading "Action Code."
21     A    Yes.                                     3:08:36PM
22     Q    What does that mean in this context?   3:08:36PM
23     A    A, appointed.  There's a key down at   3:08:38PM
24  the bottom.  Action code legend.
25     Q    I see.  And the effective date?        3:08:44PM

TSG Reporting - Worldwide  (877) 702-9580

Page 229

CYNTHIA DISTEFANO

1
2      A    Yes.                                     3:08:50PM
3      Q    That's the date when they were           3:08:51PM
4  actually appointed and hired to work in that
5  position?
6      A    Yes.                                     3:08:55PM
7      Q    So based on this document -- I know   3:09:00PM
8  you said you'd have to check your records.  But
9  based on this record, there's at least two
10  police officer positions open competitive that
11  have been established to pursuant to Civil
12  Service rules?
13         MR. NOVIKOFF:  Objection.  Form.          3:09:16PM
14     A    Yes.                                     3:09:17PM
15     Q    Do you know the name Paul Trosco other  3:09:24PM
16  than from this document?
17     A    No.                                      3:09:29PM
18     Q    Without reading all of them -- and I   3:09:29PM
19  take it you know George Hesse -- do you
20  recognize any of the other names in that list?
21     A    No.                                      3:09:37PM
22     Q    Who completed or what individual or    3:09:48PM
23  entity or position would have responsibility or
24  authority to fill in the handwritten notations
25  on action code and effective date?

TSG Reporting - Worldwide  (877) 702-9580

Page 230

CYNTHIA DISTEFANO

1    A    Maryann Minerva, who signed it.    3:10:00PM
2    Q    And then she would return it?    3:10:02PM
3    A    Yes.  And then we review it to see    3:10:04PM
4    whether those are legitimate appointments.
5    Q    Have you ever spoken directly with    3:10:19PM
6    Maryann Minerva?
7    A    No.    3:10:22PM
8    Q    To your knowledge, was Maryann --    3:10:23PM
9    strike that.
10         Is there anything on the document that    3:10:43PM
11   indicates when it was received or viewed by
12   Civil Service?
13        MS. ZWILLING:  You mean after it was    3:11:05PM
14   signed by Maryann Minerva?
15        MR. GRAFF:  Yes.    3:11:07PM
16   A    We do clock them in, but that's not on    3:11:08PM
17   this copy.  It might be on the back of our copy.
18   I don't know.  On the original.
19   Q    When it says "village list," I    3:11:18PM
20   understood that that indicates that these are
21   all residents of Ocean Beach?
22   A    Yes.    3:11:25PM
23   Q    The second individual in position two,    3:11:28PM
24   I think it says Michael Pagan.

TSG Reporting - Worldwide  (877) 702-9580

Page 231

CYNTHIA DISTEFANO

1    A    Yes.    3:11:34PM
2    Q    Has an address in Deer Park, New York.    3:11:35PM
3    A    It's a post office box.    3:11:37PM
4    Q    So the address that's listed on    3:11:53PM
5    candidate information don't have to do with
6    their residency status for purposes of making
7    the local village list?
8        MR. NOVIKOFF:  Objection.    3:12:03PM
9    A    They have to provide us with their    3:12:04PM
10   legal address in addition to a post office box.
11   Q    So there would be an additional    3:12:10PM
12   address for these individuals here who are
13   listed with post office box addresses?
14   A    Yes.  This is a mailing address so    3:12:17PM
15   they can be mailed their canvass letters.
16   Q    I see.  And where would their physical    3:12:22PM
17   address be located, if at all, in Civil Service
18   documents?
19   A    On the application.    3:12:34PM
20   Q    That was the form we looked at a blank    3:12:35PM
21   version earlier today?
22   A    There's a different form for law    3:12:39PM
23   enforcement positions.  It's similar, but it is
24   a different form.

TSG Reporting - Worldwide  (877) 702-9580

Page 232

CYNTHIA DISTEFANO

1    Q    Underneath, in the small text, it's a    3:12:55PM
2    little hard to see.  Underneath the line, the
3    second line says "necessary special
4    requirement"?
5    A    Yes.    3:13:06PM
6    Q    What is that referring to here?    3:13:07PM
7    A    It's directions to the hiring    3:13:13PM
8    jurisdiction.
9    Q    Earlier, when we had looked at the    3:13:18PM
10   Civil Service specifications --
11   A    Oh, no, it isn't.  Excuse me.  There    3:13:22PM
12   isn't anything there.  If there were, on the
13   specifications certain ones have necessary
14   special requirements, you need a particular
15   license, for instance, and that would be listed
16   there if there were one.
17   Q    So for the document CD 2 -- it's the    3:13:42PM
18   police officer specification.
19   A    Yeah, I know.    3:13:56PM
20   Q    So on this document, there are    3:14:19PM
21   necessary special requirements that are listed.
22   A    We don't list all of that for the    3:14:24PM
23   police officers in that part of the
24   certification.

TSG Reporting - Worldwide  (877) 702-9580

Page 233

CYNTHIA DISTEFANO

1    Q    What types of necessary special    3:14:29PM
2    requirements would be listed there if they
3    existed?
4    A    Registered nurse certificate -- no,    3:14:38PM
5    that's a bad example.  Pistol permit, perhaps.
6    Q    And as far as you know -- this    3:14:58PM
7    document is dated 2006.  Today, though, is a
8    pistol permit a necessary special requirement
9    for the position of police officer open
10   competitive in Ocean Beach?
11   A    I used that as an example.  There are    3:15:11PM
12   certain titles, not police officer.  You asked
13   for an example of a necessary special request.
14   Q    I understand.  I'm asking now beyond    3:15:20PM
15   it being an example.
16   A    That's part of their training.    3:15:23PM
17   Obviously, they're taught how to shoot.
18   Q    But possessing a pistol permit --    3:15:28PM
19   A    I don't believe police officers need    3:15:32PM
20   one.  The fact of being a police officer
21   replaces that, to my knowledge.
22   Q    So in order to obtain appointment to    3:15:40PM
23   the open competitive class position police
24   officer, there isn't an independent requirement

TSG Reporting - Worldwide  (877) 702-9580

Page 234

CYNTHIA DISTEFANO

1
2      of having a pistol permit?
3          A    No.  They go through the academy.  All    3:15:50PM
4      they have to do is pass all these qualifying
5      exams and be a high school graduate and be among
6      the top three acceptors for the position.
7              MR. GRAFF:  I'll ask the court        3:16:10PM
8      reporter to mark as Exhibit CD 13 a one-page
9      document produced by the county without
10     Bates numbers.
11             (Whereupon, a letter was marked as     3:16:21PM
12     DiStefano Exhibit 13 for identification, as
13     of this date.)
14     BY MR. GRAFF:                        3:16:56PM
15         Q    Ms. DiStefano, when you've had a      3:16:57PM
16     chance to look it over, could you tell me if the
17     form of this document is something that you
18     recognize, if not the specific addressee
19     indicated at the top?
20         A    I recognize the form.  I don't       3:17:11PM
21     recognize the specific addressee.
22         Q    What is the function of this form?    3:17:18PM
23         A    It's the schedule for the physical    3:17:20PM
24     fitness test for police officer for the Village
25     of Ocean Beach part-time.

TSG Reporting - Worldwide  (877) 702-9580

Page 235

CYNTHIA DISTEFANO

1
2          Q    At the bottom of the page, there's     3:17:31PM
3      bold capital italicized text.  "If you fail the
4      physical fitness test or fail to appear for this
5      test, you will eliminated from further
6      consideration."
7              Do you know what it means to be        3:17:45PM
8      eliminated from further consideration in this
9      context?
10             MS. ZWILLING:  Objection.  I think     3:17:50PM
11     it's pretty self-explanatory, but the
12     witness can answer.
13     BY MR. GRAFF:                        3:17:54PM
14         Q    Are you, for example, forever barred   3:17:55PM
15     from consideration for that position in Ocean
16     Beach or is it something less than that?
17         A    This is for a part-time position.  We   3:18:05PM
18     might consider the person later.  We don't like
19     to waste our time and the time of the person who
20     was going to administer the test.
21         Q    And is that true also if -- I may have   3:18:20PM
22     misunderstood.  If you failed the physical exam,
23     is it permissible under Civil Service
24     regulations, guidelines, specifications to take
25     a physical fitness test as part of attempts to

TSG Reporting - Worldwide  (877) 702-9580

Page 236

CYNTHIA DISTEFANO

1
2      attain another position?
3          A    There is an appeal process to this.    3:18:40PM
4      You get one extra shot under appeal.
5          Q    And is that just be respect to, in the   3:18:45PM
6      case of this document, applying for the police
7      officer part-time position?
8          A    No.  That's any time we administer the   3:18:54PM
9      physical fitness test, the person may appeal.
10         Q    So just as an example.  In the year    3:19:01PM
11     2005 an individual failed a physical fitness
12     test for this position, in the year 2008, could
13     they take a physical fitness test for, say, a
14     full-time police officer position?
15         A    Yes.                         3:19:18PM
16         Q    Are there any criteria pursuant to     3:19:22PM
17     which the decision is made whether or not a
18     person is eliminated from further consideration
19     as stated at the bottom of the document?
20             MR. NOVIKOFF:  Other than committing a   3:19:37PM
21     felony?
22             MR. GRAFF:  That's not what it states   3:19:39PM
23     there.
24         A    If they fail to appear, they're       3:19:42PM
25     removed from consideration.

TSG Reporting - Worldwide  (877) 702-9580

Page 237

CYNTHIA DISTEFANO

1
2          Q    I think earlier you had mentioned that   3:19:48PM
3      sometimes there are exceptions to that.  Was I
4      mistaken?
5              MR. NOVIKOFF:  Objection.  The        3:19:54PM
6      testimony was what it was.
7              MS. ZWILLING:  I don't think that's    3:19:57PM
8      what it was.
9      BY MR. GRAFF:                        3:19:59PM
10         Q    Are there exceptions?             3:19:59PM
11         A    For a part-time position, there might   3:20:00PM
12     be if there were extenuating circumstances.
13         Q    What are the criteria, if any, for     3:20:07PM
14     evaluating whether there are extenuating
15     circumstances?
16         A    Depends what the reason is.          3:20:14PM
17         Q    So there's no preestablished set of    3:20:16PM
18     criteria that would demonstrate extraordinary
19     circumstances?
20         A    Established, no.                 3:20:23PM
21         Q    Who has the responsibility or        3:20:24PM
22     authority to grant an exception to that basic
23     rule?
24         A    Stanley Pelk, whose name is on here,   3:20:32PM
25     in the relatively simple matters.  If it becomes

TSG Reporting - Worldwide  (877) 702-9580

Page 238

CYNTHIA DISTEFANO

1
2  a contentious issue, that would move up the
3  ladder to the chief of examinations or to the
4  personnel director.
5      Q    And the typewritten signature block    3:20:50PM
6  indicates Stanley Pelk, examinations division,
7  principal personnel analyst.  Are there other
8  divisions in which principal personnel analysts
9  work in the department?
10     A    There are three divisions where    3:21:09PM
11 principal personnel analysts work.
12     Q    And what are the three?    3:21:15PM
13     A    Classification, examinations and    3:21:16PM
14 administration.
15     Q    So in the context of Ocean Beach, is    3:21:25PM
16 there a different principal personnel analyst in
17 each of those three departments whose
18 jurisdiction is Ocean Beach?
19     A    Classification is the only one that    3:21:37PM
20 has jurisdictions assigned to particular
21 analysts.
22     Q    What is Stanley Pelk's current    3:21:51PM
23 position?
24     A    Principal personnel analyst.    3:21:54PM
25     Q    Is he still in the examinations    3:21:56PM

TSG Reporting - Worldwide  (877) 702-9580

Page 239

CYNTHIA DISTEFANO

1
2  division?
3      A    Yes, he is.    3:21:58PM
4      Q    Is he currently assigned to Ocean    3:21:59PM
5  Beach?
6      A    He's not assigned to Ocean Beach.    3:22:01PM
7      Q    I'm sorry.    3:22:03PM
8          MR. GRAFF:  This one is very brief.    3:22:14PM
9  It's a one-page document produced by Ocean
10 Beach bearing Bates No. 3847.
11         (Whereupon, Bates document 3847 was    3:22:20PM
12     marked as DiStefano Exhibit 14 for
13     identification, as of this date.)
14 BY MR. GRAFF:    3:23:00PM
15     Q    Ms. DiStefano, have you ever seen this    3:23:01PM
16 particular letter before?  (Handing.)
17     A    I have not.    3:23:05PM
18     Q    I have a question just on the very    3:23:06PM
19 last sentence, last two sentences of the last
20 full paragraph.
21     A    May I read it?    3:23:13PM
22     Q    Please.    3:23:14PM
23     A    I have read it.    3:24:02PM
24     Q    The second-to-last sentence in the    3:24:03PM
25 paragraph, "According to Civil Service, you can

TSG Reporting - Worldwide  (877) 702-9580

Page 240

CYNTHIA DISTEFANO

1
2  stay in a provisional position pending two
3  exams," is that an accurate statement with
4  respect to any Civil Service positions?
5          MS. ZWILLING:  Police or non-police?    3:24:16PM
6          MR. GRAFF:  That exist in Ocean Beach,    3:24:18PM
7  yeah.
8      A    It wouldn't be applicable to police    3:24:21PM
9  positions normally.
10     Q    Are there exceptions to that?    3:24:27PM
11     A    As I explained before, I'm not aware    3:24:29PM
12 of any provisional sergeants, but I would think
13 the possibility might exist.
14     Q    And if there was such a thing as    3:24:38PM
15 provisional sergeant, would it be true that you
16 could remain in that provisional position
17 pending two examinations?
18     A    Civil Service rule, as I explained to    3:24:49PM
19 you before, said that if you fail an exam, you
20 can be reappointed once if there are no willing
21 acceptors on the list; but if you fail twice,
22 you cannot be appointed a third time.  So in
23 that context, that might literally be accurate.
24     Q    But it's assuming that after the first    3:25:15PM
25 fail, there's nobody else who's a willing

TSG Reporting - Worldwide  (877) 702-9580

Page 241

CYNTHIA DISTEFANO

1
2  acceptor on the eligibility list; is that
3  correct?
4      A    Yes.    3:25:28PM
5      Q    And would the same be true with    3:25:29PM
6  respect to after the second fail?
7      A    No.  If you fail twice, that's it.    3:25:33PM
8  You're not eligible for a third provisional
9  appointment.
10     Q    And the very last part that gives me    3:25:40PM
11 at least four to five years to pass the test, I
12 believe you said that the sergeant test is given
13 every two years?
14     A    It's every two years.    3:25:49PM
15     Q    I'm not very good with numbers and    3:25:55PM
16 months.
17         MR. CONNOLLY:  The author of that may    3:26:02PM
18     not be either.
19         MR. NOVIKOFF:  You're asking the    3:26:06PM
20     witness to opine on the knowledge of the
21     author of this document as to the Civil
22     Service law.
23         MR. GRAFF:  I'm not.    3:26:12PM
24 BY MR. GRAFF:    3:26:12PM
25     Q    If you're not sure, we can pass on the    3:26:13PM

TSG Reporting - Worldwide  (877) 702-9580

Page 242

CYNTHIA DISTEFANO

1
2 question.  But based on the recurring schedule
3 for sergeant's exam, is there a way you can hold
4 the position for as long as five years without
5 passing?
6     A    Well, if the list had just been       3:26:28PM
7 established and you were allowed to have a
8 provisional appointment.
9     Q    So if the list had just been          3:26:34PM
10 established but all of the sergeants had been no
11 willing acceptors?
12     A    For the Village of Ocean Beach.  This  3:26:40PM
13 is a promotional list we're speaking of.  So
14 then ostensibly two years hence, we give the
15 test again.  So that's two years.  And then the
16 list is established maybe six moments after the
17 test is given.  That's two and a half years.
18 And then if another provisional appointment is
19 possible, so the outside possibilities could be
20 five years.
21     Q    Thank you for walking through that.    3:27:07PM
22        I think we had covered this earlier.   3:27:20PM
23 Maybe I misunderstood.
24        If there's no willing acceptors on the  3:27:25PM
25 jurisdictional list, can the provisional

TSG Reporting - Worldwide  (877) 702-9580

Page 243

CYNTHIA DISTEFANO

1
2 appointment happen without first turning to the
3 county-wide list?
4     A    On a promotional list, there is no     3:27:36PM
5 county-wide list.  It's exclusive to a
6 particular jurisdiction.
7     Q    Just to be absolutely clear, and then  3:27:51PM
8 let's take a break.
9        For a promotional position, if a        3:27:55PM
10 person was working out of title in the base
11 position, would they ever be eligible under
12 Civil Service rules to attain the promotional
13 position?
14        MR. NOVIKOFF:  Form.                     3:28:10PM
15        MS. ZWILLING:  Eligible or could they   3:28:11PM
16 be appointed into it?
17 BY MR. GRAFF:                                    3:28:14PM
18     Q    Could they be appointed to it?         3:28:14PM
19     A    Without having taken the examination?  3:28:16PM
20     Q    If they had been out of title for      3:28:18PM
21 whatever reason and they hadn't been duly
22 appointed and confirmed by Civil Service in the
23 base position.
24     A    In the base position, yes.             3:28:28PM
25        MR. NOVIKOFF:  Objection to form.        3:28:30PM

TSG Reporting - Worldwide  (877) 702-9580

Page 244

CYNTHIA DISTEFANO

1
2 BY MR. GRAFF:                                    3:28:31PM
3     Q    If you understand --                   3:28:31PM
4     A    You mean a police officer in this      3:28:33PM
5 case?
6     Q    Yes.  And sergeant is promotional from 3:28:35PM
7 police officer?
8     A    Yes, it is.                            3:28:38PM
9        MR. NOVIKOFF:  Objection.                3:28:39PM
10 BY MR. GRAFF:                                    3:28:39PM
11     Q    So if you weren't holding the position 3:28:39PM
12 of police officer in compliance with Civil
13 Service requirements for the minimum period,
14 could you ever validly be appointed to the
15 promotional position of sergeant having not
16 satisfied the police officer position?
17        MR. NOVIKOFF:  Objection.                3:28:55PM
18     A    You wouldn't be eligible to take the   3:28:56PM
19 sergeant's examination.
20        MR. GRAFF:  Let's take a break.          3:29:00PM
21        (Whereupon, a break was taken.)          3:29:01PM
22        MR. GRAFF:  This will be Exhibit 15.    3:36:39PM
23        (Whereupon, a letter dated August 6,    3:36:42PM
24 2007 was marked as DiStefano Exhibit 15 for
25 identification, as of this date.)

TSG Reporting - Worldwide  (877) 702-9580

Page 245

CYNTHIA DISTEFANO

1
2 BY MR. GRAFF:                                    3:37:03PM
3     Q    Ms. DiStefano, when you've had a       3:37:07PM
4 chance to look over the document, if you could
5 tell me if you've ever seen this actual letter
6 before.  (Handing.)
7     A    I have not.                            3:37:16PM
8        MR. NOVIKOFF:  Was this produced by     3:37:18PM
9 us?  Only because there's no Bates stamp
10 number.
11        MR. GRAFF:  I believe that it was       3:37:22PM
12 produced once with and once without, and we
13 had some trouble locating the one with.
14        MR. NOVIKOFF:  Okay.                    3:37:29PM
15 BY MR. GRAFF:                                    3:37:29PM
16     Q    If I could direct your attention,      3:37:32PM
17 please, to the full paragraph, first full
18 paragraph of text, "Civil Service rules and
19 regulations require you to work at least one
20 tour during the calendar year."
21        Do you know, Ms. DiStefano, whether     3:37:46PM
22 there are Civil Service rules and regulations
23 that require that?
24     A    I'm not aware of any.                  3:37:52PM
25     Q    Does that statement make any sense, as 3:37:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 246

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2  far as you know?
3        MR. NOVIKOFF:  Objection.        3:37:57PM
4    A   I can't think what Civil Service rule  3:38:03PM
5  and regulation would be applicable there.
6    Q   And the next sentence, "You may work  3:38:07PM
7  one tour for the village under modified duty
8  assignment to fulfill the requirement and
9  fulfill your status."
10        Do you know any Civil Service rules,  3:38:19PM
11  specifications or guidelines that would
12  establish that as a requirement?
13    A   I don't know what his status was, so I  3:38:23PM
14  would not be prepared to comment on that.
15    Q   If Officer Carollo was a full-time  3:38:30PM
16  police officer, competitive class, would he be
17  required to work at least one tour in the
18  calendar year to be able to maintain that
19  position the year after?
20    A   We really wouldn't know, unless it  3:38:45PM
21  showed on the payroll that he hadn't worked in a
22  year, at which point we would ask questions.
23    Q   And are there routine protocols to --  3:38:53PM
24  in reviewing those forms to determine whether
25  someone has worked a minimum amount in a year?

TSG Reporting - Worldwide  (877) 702-9580

Page 247

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2  Is that something the personnel analyst
3  specifically looks for?
4    A   Depends what the payroll looks like.  3:39:13PM
5    Q   But is that a subject that the  3:39:17PM
6  personnel analyst would particularly be
7  investigating or is it just something that if
8  they noticed they could act on?
9    A   Well, if it were obvious that somebody  3:39:26PM
10  hadn't worked for a long period of time, we
11  would ask questions and see what the situation
12  was.
13    Q   Do you know who Paul Carollo is?  3:39:38PM
14    A   I have a glancing knowledge of the  3:39:45PM
15  name, but I don't know him.
16    Q   In what context do you have a  3:39:47PM
17  glancing --
18    A   I've seen lists of police officers for  3:39:51PM
19  Ocean Beach often enough that some of the names
20  are familiar.
21    Q   To your knowledge, did -- different  3:40:13PM
22  question again.
23        Is modified duty assignment, does that  3:40:18PM
24  mean anything in the context of Civil Service in
25  Suffolk County?

TSG Reporting - Worldwide  (877) 702-9580

Page 248

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2    A   Not in the context of Civil Service,  3:40:25PM
3  no.
4    Q   In what context are you familiar with  3:40:28PM
5  modified duty assignment?
6    A   For people who are injured and can't  3:40:33PM
7  perform the full range of duties, they might get
8  light duty, modified duty until they are well
9  enough to function at full at level.
10    Q   And does a municipality need to report  3:40:50PM
11  to Civil Service if an employee in a competitive
12  class position is assigned to modified duties
13  rather than the duties of their title?
14    A   No.                       3:41:00PM
15    Q   To your knowledge, did Joseph  3:41:01PM
16  Loeffler, mayor of Ocean Beach, ever make
17  inquiry, as far as you know, to the Civil
18  Service Department with respect to modified duty
19  in Civil Service issues?
20    A   Not to my knowledge.         3:41:18PM
21    Q   Earlier today, we had talked about a  3:41:22PM
22  meeting that you were a participant in with
23  Mayor Loeffler and some other representatives.
24  Do you recall the meeting I'm referring to?
25    A   Yes.                       3:41:33PM

TSG Reporting - Worldwide  (877) 702-9580

Page 249

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2    Q   To your knowledge, was there a  3:41:34PM
3  subsequent meeting with representatives of Ocean
4  Beach and of the Suffolk County Department of
5  Civil Service?
6    A   No.                       3:41:40PM
7    Q   Was there a prior meeting that you're  3:41:41PM
8  aware of with those parties?
9    A   I'm not aware of.            3:41:45PM
10    Q   Just to be clear, do you know if a  3:41:50PM
11  meeting happened or not, or is it possible that
12  one happened that you're not aware of?
13        MR. NOVIKOFF:  Objection.        3:42:00PM
14    A   It's possible.  You asked me what I  3:42:01PM
15  was aware of.
16    Q   All right.  Thank you.  We can put  3:42:03PM
17  aside Exhibit CD 15.
18        Very briefly, I do want to ask a  3:42:37PM
19  couple of questions on an older form.
20        MR. GRAFF:  Please mark this as CD 16.  3:42:48PM
21        (Whereupon, Suffolk County Department  3:42:52PM
22  of Civil Service Certification of Eligibles
23  was marked as DiStefano Exhibit 16 for
24  identification, as of this date.)
25

TSG Reporting - Worldwide  (877) 702-9580

Page 250

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    BY MR. GRAFF:                  3:43:29PM
3        Q    This is another certification of    3:43:36PM
4    eligibles.  This one is dated May 16th, 1995.
5    But it appears to be in a very similar form to
6    the other certification we were looking at.
7    (Handing.)
8            If you could just let me know when    3:43:52PM
9    you've had a chance to review it.
10       A    I have reviewed it.             3:43:56PM
11       Q    Now, in the top area between two lines  3:44:05PM
12   there's capitals, "list not pre-canvassed."
13       A    Yes.                         3:44:15PM
14       Q    And then underneath that again there's  3:44:18PM
15   the language, "The candidates listed below have
16   been pre-canvassed by the department," and
17   there's a date filled in.
18       A    Yes.                         3:44:33PM
19       Q    Just to be clear, is this language    3:44:35PM
20   here not applicable in light of the statement
21   "list not pre-canvassed"?
22       A    It's the same as the other one in that  3:44:44PM
23   regard, yes.
24       Q    And then at the top, "for the position  3:44:46PM
25   of." Do you see that line?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 251

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2        A    Yes.                         3:44:52PM
3        Q    Going off towards the end of it,    3:44:52PM
4    there's 10/2/92 and then some more
5    abbreviations.  Do you know what the remainder
6    of that line says?
7        A    It was established 10-2-92 and it's    3:45:02PM
8    extended to establishment of new list.
9        Q    Do you understand what that means in   3:45:11PM
10   this context?
11       A    Yes.                         3:45:13PM
12       Q    Can you explain that, please?      3:45:14PM
13       A    A list may live up to four years per  3:45:15PM
14   Civil Service law.  When a new list is
15   established prior to the four years, then the
16   existing list dies and it's replaced by the new
17   one.  We used to put that on as standard
18   language.  We don't do that anymore.
19       Q    And the expiration date written in,   3:45:33PM
20   July 15th, '95, is that at all modified by the
21   extension language that you just explained?
22       A    There are two things we're talking     3:45:44PM
23   about.  We're talking about the list, which can
24   live for four years from the date that it's
25   established, and the certification of eligibles,

TSG Reporting - Worldwide  (877) 702-9580

---

Page 252

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    which used to be issued for 30 days.  Now we
3    issue for 60 days.  So certification is a much
4    shorter lived document than the eligibles list
5    itself.
6        Q    That's all for that form.  Thank you.  3:46:12PM
7            MR. GRAFF:  This is a one-page      3:46:29PM
8    document, CD 17, produced without Bates
9    number.
10           (Whereupon, a letter dated October 6,  3:46:36PM
11   2005 was marked as DiStefano Exhibit 17 for
12   identification, as of this date.)
13   BY MR. GRAFF:                  3:47:32PM
14       Q    Ms. DiStefano, have you had a chance   3:47:32PM
15   to read this over?
16       A    I have.                      3:47:35PM
17       Q    Have you seen this letter before?    3:47:35PM
18       A    I'm not sure.                 3:47:39PM
19       Q    Do you know who Alan Loeffler is?    3:47:40PM
20   He's referenced in the first sentence of the
21   first paragraph.
22       A    Just as the letter describes him, as a  3:47:48PM
23   police officer in the village.
24       Q    Other than that, do you have any --   3:47:51PM
25       A    No.                         3:47:53PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 253

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2        Q    The last sentence of the first      3:47:59PM
3    paragraph of this letter signed by Phillip B.
4    Cohen, principal personnel analyst, the last
5    sentence of the full paragraph, first full
6    paragraph states, "If Mr. Loeffler has not met
7    this requirement, we cannot certify his
8    employment with the village as a police
9    officer."  Do you know what it means to certify
10   his employment in this context?
11       A    Certify -- the next time the payroll   3:48:28PM
12   comes up -- we have a duty to certify employment
13   as in conformance, and we will not be able to do
14   that with this person unless he produces proof
15   that he's got his training.
16       Q    And is the certification referenced in  3:48:43PM
17   this context different than certifying the
18   payroll?
19       A    It's the employment, is really --    3:48:53PM
20   yeah.  We're certifying the payroll in that the
21   employment shown on the payroll conforms with
22   our records.  So we certify the payroll.  We
23   also certify the employment on an ongoing basis
24   in conjunction with these CS-150s, or we send a
25   letter in this case when something comes up that

TSG Reporting - Worldwide  (877) 702-9580

Page 254

CYNTHIA DISTEFANO

2  we can no longer certify that employment as in
3  conformance.
4      Q    Other than the certification and    3:49:23PM
5  payroll and certification of CS-150s, are there
6  any other aspects of certification of employment
7  that have to be done routinely?
8      A    No.                    3:49:36PM
9      Q    Looking at the second paragraph,    3:49:41PM
10  I'm -- for the sake of the court reporter, I'm
11  just going to only read out the second sentence.
12  "Continued employment is a violation of
13  New York State Civil Service law."
14          In the context of this paragraph, do    3:49:58PM
15  you understand what that's referring to?
16      A    I do.                    3:50:02PM
17      Q    Can you explain that, please.    3:50:03PM
18      A    Civil Service law mandates that    3:50:04PM
19  employment be in conformance with the law and
20  continued employment in violation is a
21  misdemeanor, according to, what, Section 100 or
22  thereabouts.
23      Q    Other than Section 100 or thereabouts,    3:50:20PM
24  are you aware of any other specific provision of
25  Civil Service law that this would refer to?

TSG Reporting - Worldwide  (877) 702-9580

Page 255

CYNTHIA DISTEFANO

2      A    It's difficult to isolate in that    3:50:41PM
3  context.  Civil Service law describes the whole
4  employment process, and this is a part of it
5  that's not in conformance.  The specification
6  says you have to have this, and that shows a
7  violation.
8      Q    And I know you didn't recognize the    3:51:01PM
9  Alan Loeffler name specifically.  But is the
10  issue of a person working as a police officer in
11  Ocean Beach without having the Municipal Police
12  Training Council certificate something you
13  remember having discussed with Phillip Cohen in
14  or around October 2005?
15      A    No.                    3:51:23PM
16      Q    The top left of the letterhead block,    3:51:29PM
17  where it has the address, says "Department of
18  Civil Service/Human Resources."
19      A    Yes.                    3:51:37PM
20      Q    What is human resources referred to in    3:51:37PM
21  that context?
22      A    That's the official name of the    3:51:41PM
23  department.
24      Q    Of Civil Service?        3:51:43PM
25      A    Yes.  We handle things in addition to    3:51:44PM

TSG Reporting - Worldwide  (877) 702-9580

Page 256

CYNTHIA DISTEFANO

2  Civil Service.
3      Q    And as far as you know, on    3:51:54PM
4  October 6th, 2005, was Edward Paradiso chief
5  of the Ocean Beach village police department?
6      A    Edward Paradiso was never chief of    3:52:04PM
7  Ocean Beach village police department.
8      Q    Do you know why Phillip Cohen would've    3:52:10PM
9  addressed a letter to him in that capacity?
10      A    He used the village's in-house title.    3:52:20PM
11  Edward Paradiso is a sergeant.
12      Q    And are there -- okay.        3:52:28PM
13          As far as you know, are there any    3:52:39PM
14  other individuals or positions in the Ocean
15  Beach -- in the Village of Ocean Beach that had
16  in-house titles that were not the same as Civil
17  Service titles?
18          MS. ZWILLING:  How would she know    3:52:50PM
19  that?
20          MR. GRAFF:  If she knows.  She can    3:52:52PM
21  answer as far as you knows.
22      A    George Hesse.            3:52:56PM
23      Q    And what was the official title for    3:52:57PM
24  George Hesse?
25      A    Police officer.            3:53:01PM

TSG Reporting - Worldwide  (877) 702-9580

Page 257

CYNTHIA DISTEFANO

2      Q    And the in-house title that you're    3:53:01PM
3  aware of?
4      A    Chief, acting chief, sergeant.    3:53:07PM
5      Q    Other than Ed Paradiso and George    3:53:10PM
6  Hesse, are you aware of any other employees at
7  Ocean Beach whose in-house titles didn't match
8  their Civil Service titles?
9      A    No.                    3:53:22PM
10      Q    Other than this letter itself, have    3:53:26PM
11  you ever seen another letter from a
12  representative of the Civil Service Department
13  addressed to somebody by their in-house title
14  rather than Civil Service title?
15      A    I don't know.            3:53:41PM
16          MR. GRAFF:  If we could take a short    3:53:48PM
17  break.
18          (Whereupon, a break was taken.)    3:53:57PM
19  BY MR. GRAFF:                3:57:53PM
20      Q    We may have already covered this.    3:58:15PM
21  Just to be clear, a provisional appointment,
22  when it's made, does it require any approval by
23  the Civil Service Department to appoint someone
24  provisionally?
25      A    Yes.                    3:58:27PM

TSG Reporting - Worldwide  (877) 702-9580

Page 258

CYNTHIA DISTEFANO

1
2   Q    And are there any criteria used to    3:58:29PM
3   determine whether to approve a provisional
4   appointment?
5   A    Yes.                         3:58:38PM
6   Q    And what are those criteria?    3:58:39PM
7   A    That there is no valid eligible list   3:58:41PM
8   with three willing acceptors and that the person
9   appointed meets all of the qualifications.
10   Q    And until approval is granted, is it   3:58:51PM
11   consistent with Civil Service laws for the
12   individual in question to begin serving in the
13   capacity to which they're being provisionally
14   appointed, like while approval is pending?
15   A    There are many positions that evolve   3:59:13PM
16   as time goes on and more responsibilities are
17   added.  So somebody might be working above
18   whatever level, and then they start a process to
19   make a provisional appointment.  For an official
20   appointment and an increase in salary, that
21   shouldn't occur before we approve it.  But if we
22   approve it shortly thereafter, we're not going
23   to fuss about that.
24   Q    Ms. DiStefano, did you do anything to   3:59:46PM
25   prepare for today's deposition?

TSG Reporting - Worldwide  (877) 702-9580

Page 259

CYNTHIA DISTEFANO

1
2   A    I met with Arlene Zwilling yesterday.   3:59:51PM
3        MR. GRAFF:  Arlene, I assume that's an   4:00:00PM
4   attorney-client meeting?
5        MS. ZWILLING:  Yes.  Of course.   4:00:03PM
6   BY MR. GRAFF:                      4:00:04PM
7   Q    Other than meeting with          4:00:05PM
8   Ms. Zwilling -- let me just back once more.
9        Did the Civil Service Department ever   4:00:12PM
10   approve George Hesse's provisional promotion to
11   the sergeant's position?
12   A    No.                         4:00:20PM
13   Q    Other than your meeting with       4:00:20PM
14   Ms. Zwilling yesterday, did you do anything else
15   to prepare in connection with your deposition
16   today?
17   A    I read through the documents that we   4:00:27PM
18   have in our file.
19   Q    Are those the documents that were   4:00:31PM
20   produced in this case, if you know?
21   A    Yes.                        4:00:36PM
22   Q    Did you review any other documents?   4:00:36PM
23   A    Roster records.               4:00:41PM
24   Q    And what are the roster records that   4:00:45PM
25   you're referring to?

TSG Reporting - Worldwide  (877) 702-9580

Page 260

CYNTHIA DISTEFANO

1
2   A    That's the employment record that's   4:00:48PM
3   produced via the CS-150 report of personnel
4   changes.
5        MS. ZWILLING:  The roster cards that   4:00:55PM
6   we went through with Allison Sanchez's
7   deposition.
8        MR. GRAFF:  Do we not have those?   4:01:01PM
9        MS. ZWILLING:  Yes.  You used them as   4:01:03PM
10   exhibits at Allison Sanchez's deposition.
11        MR. GRAFF:  Off the record.      4:01:10PM
12        (Whereupon, a discussion was held off   4:01:11PM
13   the record.)
14   BY MR. GRAFF:                      4:02:21PM
15   Q    Other than reviewing those documents   4:02:42PM
16   and meeting with Ms. Zwilling, was there
17   anything else that you did to prepare in
18   connection with your deposition today?
19   A    No.                         4:02:49PM
20   Q    Did you review any Civil Service    4:02:50PM
21   regulations in advance of the deposition?
22   A    I read 75B.                   4:02:57PM
23   Q    And did you read that in a McKinney's   4:03:02PM
24   book?
25   A    Yes.                        4:03:06PM

TSG Reporting - Worldwide  (877) 702-9580

Page 261

CYNTHIA DISTEFANO

1
2   Q    Did you read any other provisions of   4:03:07PM
3   Civil Service law?
4   A    Not in specific preparation for this,   4:03:11PM
5   no.
6   Q    Did you review any specific Civil    4:03:17PM
7   Service rules in preparation for this
8   deposition?
9   A    No.                         4:03:24PM
10   Q    Did you speak to anyone else other   4:03:24PM
11   than Ms. Zwilling in connection with your
12   deposition today?
13   A    I let Alan Schneider know I was coming   4:03:30PM
14   here for this.
15   Q    And when did you let him know that?   4:03:35PM
16   A    It was within the last few weeks, when   4:03:40PM
17   we set the date up.
18   Q    Other than letting him know it had    4:03:44PM
19   been scheduled, did you have any further
20   conversations with Alan Schneider?
21   A    Not about this subject, no.       4:03:52PM
22        MR. GRAFF:  I don't mean to intrude on   4:03:59PM
23   attorney-client with the next question.  I'm
24   happy if you tell me that's where it's
25   going.

TSG Reporting - Worldwide  (877) 702-9580

Page 262

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2    BY MR. GRAFF:                        4:04:05PM
3        Q   Do you know who made the decision to   4:04:05PM
4    have you appear as the witness at this
5    deposition?
6        A   Arlene Zwilling and I talked about who   4:04:16PM
7    might be a source of the sort of information she
8    thought you were seeking, and we came up with
9    me.
10       Q   I believe you testified earlier that   4:04:32PM
11   you had reviewed the complaint filed in federal
12   court in this case; is that true?
13       MS. ZWILLING: Are you asking her if   4:04:40PM
14   her prior testimony is true?
15       MR. GRAFF: If my recollection of the   4:04:43PM
16   testimony is correct.
17       MS. ZWILLING: Yes, she did say that.   4:04:50PM
18   BY MR. GRAFF:                        4:04:51PM
19       Q   When did you first review the   4:04:51PM
20   complaint in this case?
21       A   I don't remember.             4:04:54PM
22       Q   When did you most recently review the   4:04:55PM
23   complaint in this case?
24       A   I probably glanced at it within the   4:04:59PM
25   last few days, but I didn't read it carefully.

TSG Reporting - Worldwide  (877) 702-9580

Page 263

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2        Q   Did you ever discuss any of the   4:05:01PM
3    allegations in the complaint with anyone other
4    than Ms. Zwilling?
5        A   When I first saw it, I discussed it in   4:05:09PM
6    my department.
7        Q   Who did you discuss it with in your   4:05:12PM
8    department?
9        A   With Alan Schneider and with Phillip   4:05:15PM
10   Cohen.
11       Q   Did you discuss it with anyone else?   4:05:19PM
12       A   No.                          4:05:20PM
13       Q   Did you discuss it with both of them   4:05:24PM
14   jointly or in separate conversations?
15       A   Both.                        4:05:28PM
16       Q   Was there one occasion when you   4:05:30PM
17   discussed it together with both of them?
18       A   I don't know.                4:05:35PM
19       And I discussed it also with Allison.   4:05:39PM
20   She was in the department.
21       Q   Allison Sanchez?             4:05:44PM
22       A   Yes.                         4:05:45PM
23       MR. NOVIKOFF: I wondered when you   4:05:51PM
24   were going to get to this line of
25   questioning.

TSG Reporting - Worldwide  (877) 702-9580

Page 264

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2    BY MR. GRAFF:                        4:05:54PM
3        Q   Do you recall any of the substance of   4:06:01PM
4    what was discussed about the allegations in your
5    conversation with Mr. Schneider and Mr. Cohen?
6        A   We looked at the records to see   4:06:16PM
7    whether we thought there was any substance in
8    the allegation that some rights had been
9    violated.
10       Q   And did the three of you look at the   4:06:31PM
11   records together?
12       A   I don't remember.            4:06:35PM
13       Q   Did your conversation with   4:06:38PM
14   Mr. Schneider and Mr. Cohen happen prior to your
15   conversation with Ms. Sanchez?
16       A   Yes.                         4:06:46PM
17       Q   In your conversation with   4:06:56PM
18   Mr. Schneider and Mr. Cohen, was any conclusion
19   or consensus reached with respect to whether any
20   of the allegations had merit?
21       MR. NOVIKOFF: Allegations in general   4:07:07PM
22   or allegations pertaining to the Civil
23   Service Department?
24       MR. GRAFF: Specifically first   4:07:13PM
25   pertaining to the Civil Service.

TSG Reporting - Worldwide  (877) 702-9580

Page 265

CYNTHIA DISTEFANO

1    CYNTHIA DISTEFANO
2        MS. ZWILLING: I'm going to object,   4:07:17PM
3    but the witness can answer the question.
4        A   What we were concerned with was were   4:07:27PM
5    the rights of anyone violated in the dismissal,
6    and we looked at the roster cards to see whether
7    Civil Service protection was afforded to anyone
8    who was let go.
9        Q   Was there any discussion or reference   4:07:47PM
10   to Civil Service law Section 75B as it might or
11   might not apply to the plaintiffs?
12       A   Not to my recollection.       4:07:57PM
13       Q   Do you recall ever discussing that   4:08:00PM
14   provision with anyone in the Civil Service
15   Department?
16       A   Ever?                        4:08:05PM
17       Q   Yes.                         4:08:06PM
18       A   Or in conjunction with this --   4:08:06PM
19       Q   No. Ever.                    4:08:08PM
20       A   I addressed that this morning.   4:08:12PM
21       MR. GRAFF: Off the record.       4:08:16PM
22       (Whereupon, a discussion was held off   4:08:16PM
23   the record.)
24       MR. GRAFF: Back on the record.   4:09:07PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 266

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    BY MR. GRAFF:                        4:09:15PM
3       Q   Ms. DiStefano, my question is:  Have   4:09:15PM
4    you ever had any discussions with anyone in the
5    Civil Service Department at any point, not
6    necessarily in connection with this case, about
7    the meaning and implications of Civil Service
8    law 75B?
9       A   Just as I mentioned this morning, very   4:09:34PM
10   peripherally in relation to that one incident.
11      Q   Does anybody in the Civil Service    4:09:40PM
12   Department have any particular expertise with
13   respect to Section 75B?  And I'm not talking
14   about counsel.
15      A   No.                           4:09:52PM
16      Q   Do you recall whether in your       4:10:00PM
17   conversation with Mr. Schneider and Mr. Cohen,
18   there was any discussion of a specific
19   allegation in the complaint that included a
20   quotation "leg to stand on" as an expression?
21      A   No.                           4:10:15PM
22      Q   Does that sound familiar?        4:10:16PM
23      A   No.                           4:10:17PM
24      Q   Did your discussion with Mr. Schneider   4:10:28PM
25   or Mr. Cohen address any other allegations in

TSG Reporting - Worldwide  (877) 702-9580

---

Page 267

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    the complaint with respect to other entities?
3       A   Yes.                          4:10:36PM
4       Q   And do you recall in substance -- in   4:10:37PM
5    substance, what those allegations that you
6    discussed were?
7       A   There was an allegation of a      4:10:45PM
8    relationship between Allison and George Hesse.
9       Q   Did you discuss any other allegations   4:10:52PM
10   in the complaint, other than those addressed to
11   Civil Service or to Ms. Sanchez's alleged
12   relationship with Mr. Hesse?
13      A   I don't think so, but I couldn't    4:11:03PM
14   itemize the complaint.
15      Q   And how long after speaking to      4:11:10PM
16   Mr. Schneider and Mr. Cohen did you speak to
17   Ms. Sanchez?
18      A   I don't know precisely.          4:11:19PM
19      Q   Did you discuss with Mr. Schneider and   4:11:20PM
20   Mr. Cohen how you would approach or speak with
21   Ms. Sanchez about the allegations in the
22   complaint?
23      A   About the relationship issue, yes.   4:11:34PM
24      Q   And in substance, what did you discuss   4:11:36PM
25   about the relationship issue with Mr. Schneider

TSG Reporting - Worldwide  (877) 702-9580

---

Page 268

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    and Mr. Cohen?
3       A   We discussed just asking her whether   4:11:43PM
4    or not she had such a relationship.
5       Q   And without getting into whether she   4:11:49PM
6    did or didn't --
7          MR. NOVIKOFF:  Oh, no, no, no.  That's   4:11:55PM
8    the one area where I think that you have
9    some relevance since you alleged it, so
10   let's get into that.
11   BY MR. GRAFF:                        4:12:03PM
12      Q   Would there be anything improper under   4:12:03PM
13   Civil Service laws or regulations or
14   specifications if that allegation were true?
15      A   As long as it didn't impact on the   4:12:15PM
16   performance of the work in the Civil Service
17   Department, no.
18      Q   Did either Mr. Schneider or Mr. Cohen   4:12:25PM
19   indicate that they had prior conversations with
20   Ms. Sanchez with respect to any of the matters
21   alleged in the complaint?
22         MR. NOVIKOFF:  That's a pretty broad   4:12:38PM
23   question.  Form objection.
24      A   I don't know for sure.           4:12:42PM
25         MR. NOVIKOFF:  You allege issues    4:12:44PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 269

CYNTHIA DISTEFANO

1                CYNTHIA DISTEFANO
2    concerning certification, so your question
3    arguably could be related to that, right?
4          MR. GRAFF:  Yeah, that's actually what   4:12:53PM
5    I had intended.  I'm sorry if I wasn't
6    clear.
7    BY MR. GRAFF:                        4:12:58PM
8       Q   Did either Mr. Schneider or Mr. Cohen   4:12:59PM
9    indicate that they had prior communications with
10   Ms. Sanchez regarding certification issues and
11   Ocean Beach?
12      A   Oh, Phillip Cohen certainly did.    4:13:09PM
13      Q   During that conversation that we've   4:13:12PM
14   been discussing, did Mr. Cohen say anything with
15   respect to certification issues in Ocean Beach?
16         MR. NOVIKOFF:  Objection to form.   4:13:21PM
17      A   He was very pleased with the efforts   4:13:23PM
18   that Allison made to get their employees in
19   conformance with Civil Service law or off their
20   payroll.
21      Q   And was he pleased at the level of her   4:13:32PM
22   effort or at the success of her effort, if that
23   distinction was clear to you?
24      A   Well, you're asking me for my opinion   4:13:44PM
25   as to what his judgment was.

TSG Reporting - Worldwide  (877) 702-9580

Page 270

CYNTHIA DISTEFANO

Q   Right.  As to what to what is my judgment was  4:13:49PM
as communicated to you in that conversation.

A   He was pleased with both the  4:13:58PM
performance and the results.

Q   And other than expressing pleasure  4:14:03PM
with those two items, was anything else
discussed with respect to Civil Service
certification issues in Ocean Beach during that
conversation with you and Mr. Schneider and
Mr. Cohen?

A   We're not speaking of a specific  4:14:19PM
conversation.  We're speaking of a series.

Q   Okay.  When you ultimately spoke to  4:14:25PM
Allison Sanchez, what did you say to her?

A   We asked her whether she had a  4:14:36PM
relationship with George Hesse.

Q   When you say "we," who are you  4:14:42PM
referring to?

A   Alan Schneider and I.  4:14:44PM

Q   Where did that conversation take  4:14:46PM
place?

A   In my office.  4:14:48PM

Q   Prior to -- during that conversation,  4:14:52PM
did Ms. Sanchez communicate to you that she was

TSG Reporting - Worldwide  (877) 702-9580

Page 271

CYNTHIA DISTEFANO

already aware of the allegations in the
complaint?

A   No.  4:15:03PM

Q   Did she communicate to you that she  4:15:08PM
was learning of those allegations for the first
time in the meeting?

MS. ZWILLING:  Objection.  4:15:13PM

MR. NOVIKOFF:  Yeah.  4:15:16PM

MS. ZWILLING:  Your question assumes  4:15:17PM
that prior to the conversation the witness
has described, Allison Sanchez was in
possession of a copy of the Complaint and
had reviewed it, which may or may not be the
case.

MR. GRAFF:  My question is whether or  4:15:26PM
not Allison Sanchez indicated that was the
case either way.

A   Not to me.  4:15:32PM

MR. NOVIKOFF:  I'm still objecting to  4:15:34PM
form.

BY MR. GRAFF:

Q   And what did Ms. Sanchez say in  4:15:37PM
response to that question?

A   She said no.  4:15:40PM

TSG Reporting - Worldwide  (877) 702-9580

Page 272

CYNTHIA DISTEFANO

Q   Did she say anything else in that  4:15:47PM
conversation?

A   We asked the question, and she  4:15:51PM
answered the question.  She did not have a
relationship with George Hesse.

Q   Other than that one question and one  4:15:56PM
response, was anything else discussed in that
meeting with Allison Sanchez?

A   I don't remember.  That was the  4:16:07PM
specific purpose of the meeting.

Q   And other than your conversation with  4:16:14PM
Mr. Schneider and Mr. Cohen and now this meeting
with Ms. Sanchez, did you speak to anyone else
about any of the allegations in the complaint?

MS. ZWILLING:  Any of the allegations  4:16:26PM
or the ones involving Civil Service?

MR. GRAFF:  I'm asking more broadly,  4:16:29PM
any of the allegations.

MR. NOVIKOFF:  I object to the form.  4:16:34PM

A   I don't -- I don't remember.  4:16:37PM

Q   Do you remember whether you had any  4:16:38PM
discussions with anyone, other than those people
we've identified, regarding the allegations
specifically pertaining to Civil Service?

TSG Reporting - Worldwide  (877) 702-9580

Page 273

CYNTHIA DISTEFANO

A   I don't understand your question.  4:16:53PM

Q   Do you remember if you discussed the  4:16:54PM
allegations about the Civil Service Department
in the complaint with anyone either than
Mr. Schneider, Mr. Cohen or Ms. Sanchez?

A   That's the same question you just  4:17:05PM
asked, as far as I can tell.

Q   Have you reviewed any of the  4:17:20PM
deposition transcripts in this case?

A   No, I have not.  4:17:23PM

Q   Have you reviewed any of the documents  4:17:31PM
that have been produced by any party other than
Suffolk County in this case?

MR. NOVIKOFF:  Prior to the  4:17:40PM
deposition?

MR. GRAFF:  Yes.  4:17:42PM

A   The correspondence that the village  4:17:43PM
produced, the CS-150s and whatever, I have seen.

Q   Do you know whether anybody else in  4:17:58PM
the Civil Service Department conducted any sort
of investigation in connection with any of the
matters alleged in the complaint?  And that
would be exclusive of counsel.

A   I would say -- how are you describing  4:18:11PM

TSG Reporting - Worldwide  (877) 702-9580

Page 274

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  conducted an investigation?  What we did was
3  speak with Allison about that one particular
4  allegation.  Is that an investigation?  I don't
5  think so.
6      Q   Do you know whether anyone else    4:18:23PM
7  conducted any sort of follow-up or inquiries
8  regarding any other allegations in the
9  complaint?
10     A   We looked to -- as I said, we looked    4:18:35PM
11  to see whether any rights, Civil Service rights
12  had been violated.
13     Q   Other than you, Mr. Schneider and    4:18:43PM
14  Mr. Cohen, as far as you know, did anyone else
15  look to see that within the Department of Civil
16  Service?
17     A   I'm not aware of anybody.    4:18:51PM
18     MS. ZWILLING:  That's twice, and you    4:18:52PM
19  still haven't asked if they made a
20  determination and what that determination
21  was.
22     MR. NOVIKOFF:  I'm getting there.    4:18:59PM
23  BY MR. GRAFF:    4:19:04PM
24     Q   And what was the determination    4:19:04PM
25  reached, if one was reached by you,

TSG Reporting - Worldwide  (877) 702-9580

Page 275

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  Mr. Schneider or Mr. Cohen?
3      A   That the five people did not have the  4:19:13PM
4  status that would have granted them any Civil
5  Service protection.
6      MR. NOVIKOFF:  There's one more    4:19:27PM
7  question you need to ask on that.  Why?
8  Because I'll ask it if you don't ask it.
9      THE WITNESS:  Section 75 of the Civil  4:19:35PM
10  Service law grants protection against
11  disciplinary action to people in the
12  non-competitive class who have been
13  continually employed for five years.  These
14  people all had breaks in service, so they
15  did not have five years of continuous
16  service.
17  BY MR. GRAFF:    4:19:52PM
18     Q   What does a break in service mean in  4:19:52PM
19  that context?
20     A   A cessation of employment and a    4:19:57PM
21  re-employment.
22     Q   And is there any minimum duration of a  4:20:00PM
23  cessation in employment that is a threshold for
24  a break in service?
25     A   We have been told by the New York    4:20:12PM

TSG Reporting - Worldwide  (877) 702-9580

Page 276

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  State Civil Service Department that one day
3  would constitute a break.
4      Q   And to be clear, that isn't referring  4:20:21PM
5  to an employee who takes a sick day or a day
6  off, but an actual cessation of their employment
7  in a position?
8      A   That's correct.    4:20:35PM
9      Q   Are there any exceptions to the break  4:20:36PM
10  in service implications that you described?
11     A   I'm not aware of any.    4:20:44PM
12     Q   Do you know whether Section 5B of the  4:20:52PM
13  Civil Service law is limited to employees of a
14  public -- of a municipality whose status would
15  entitle them to protections under Section 75, as
16  you understand Section 75?
17     MS. ZWILLING:  Objection.    4:21:14PM
18     MR. NOVIKOFF:  Objection.    4:21:15PM
19     MR. GRAFF:  I'll reword it.    4:21:17PM
20     MR. NOVIKOFF:  I think anything past    4:21:20PM
21  the first six words calls for a legal
22  conclusion.
23  BY MR. GRAFF:    4:21:25PM
24     Q   If an employee is not entitled to    4:21:28PM
25  protections under Section 75, as far as you

TSG Reporting - Worldwide  (877) 702-9580

Page 277

CYNTHIA DISTEFANO

1  CYNTHIA DISTEFANO
2  know, would they be -- could they potentially be
3  entitled to any protections under Section 75B?
4      MS. ZWILLING:  Objection.    4:21:41PM
5      MR. NOVIKOFF:  Objection.    4:21:42PM
6      MS. ZWILLING:  That clearly calls for  4:21:43PM
7  her to interpret 75B.
8      MR. NOVIKOFF:  Although you've now    4:21:47PM
9  given me a good issue to research for my
10  summary judgment motion.
11     MS. ZWILLING:  As a matter of fact, I  4:21:55PM
12  think the answer is pretty clear on the face
13  of 75B.  But then again, we're attorneys,
14  that's why we think it's clear.  I cannot
15  permit you to ask that question to the
16  witness because she's not an attorney.
17     MR. GRAFF:  Just on terminology.  Are  4:22:03PM
18  you not going to permit the witness not to
19  answer the question?
20     MS. ZWILLING:  That particular    4:22:10PM
21  question, yes.  If you want to try to ask
22  some other questions with respect to that
23  line of inquiry, I may or may not have
24  objections.
25     MR. GRAFF:  I'm okay on that line of  4:22:18PM

TSG Reporting - Worldwide  (877) 702-9580

Page 278

CYNTHIA DISTEFANO

1        inquiry.
2                Before I conclude, if we could just    4:22:23PM
3        take a break.  I know we've marked some
4        previous questions.
5                MS. ZWILLING:  Sure.  I think we've    4:22:31PM
6        already addressed some of them or
7        essentially gotten past them, but if you
8        want to take a few minutes, sure.
9                (Whereupon, a discussion was held off   4:22:34PM
10       the record.)
11               MR. GRAFF:  Then I believe subject to   4:24:01PM
12       any follow-up to Mr. Novikoff's questioning,
13       I'm ready to conclude, and I thank you for
14       your time and patience with the questions
15       today.
16
17       EXAMINATION                                     4:24:10PM
18       BY MR. NOVIKOFF:                                4:24:11PM
19       **Q    I will hopefully be very brief.          4:24:12PM**
20       **Let's just go back to the last few            4:24:14PM**
21       **questions that Mr. Graff asked you about the**
22       **break in service issue.  Was the break in**
23       **service a result of the three of plaintiffs --**
24       **I'm sorry, the five plaintiffs being seasonal**
25       **employees?**

TSG Reporting - Worldwide  (877) 702-9580

Page 279

CYNTHIA DISTEFANO

1        A    Some of it was, yes.            4:24:29PM
2        **Q    What was the other basis?            4:24:30PM**
3        A    There was some part-time employment   4:24:32PM
4        interspersed also.
5        **Q    Now, with regard to seasonal            4:24:37PM**
6        **employment at Ocean Beach, if I understood the**
7        **statute correctly, the regulations, it was two**
8        **weeks before Memorial Day and to two weeks after**
9        **Labor Day?**
10       A    That's correct.                4:24:52PM
11       **Q    So if I understand it correctly, the   4:24:53PM**
12       **employment terminated on its own at the end of**
13       **the second week after Labor Day, correct?**
14       A    They have to tell us when that ends.   4:25:03PM
15       Sometimes they tell us when they put them on
16       that it's seasonal from A to B.  Sometimes they
17       send us a separate report when it's over.
18       **Q    And when you say a separate report?   4:25:13PM**
19       A    A new CS-150 with the termination     4:25:15PM
20       date.  Most places put it together on the one.
21       **Q    To your understanding, did Ocean Beach 4:25:18PM**
22       **send you a CS-150 at the end of the season to**
23       **advise you as to the termination of the seasonal**
24       **employees?**
25

TSG Reporting - Worldwide  (877) 702-9580

Page 280

CYNTHIA DISTEFANO

1        A    I think they gave us the whole date at  4:25:29PM
2        the beginning.
3        **Q    Now, under Civil Service law -- in the  4:25:33PM**
4        **context of Civil Service, Suffolk County Civil**
5        **Service, was the Village of Ocean Beach required**
6        **to send to you a CS-150 with regard to any**
7        **employees not rehired for the following season?**
8        A    If they were terminated at the end of   4:26:00PM
9        one season, we would not be looking for anything
10       else unless there was re-employment.
11       **Q    Let's use Mr. Fiorillo as an example    4:26:10PM**
12       **here and only because he's here.**
13       **If in the -- if at the end of the 2005   4:26:15PM**
14       **season Mr. Fiorillo was terminated, which he**
15       **would've been under the definition of seasonal**
16       **employment --**
17       A    Uh-huh.                         4:26:29PM
18       **Q    -- if he was not rehired for the 2006  4:26:29PM**
19       **season, you would not expect to receive from**
20       **Ocean Beach the CS-150 concerning Mr. Fiorillo?**
21       A    That's correct.                 4:26:40PM
22               MR. GRAFF:  Could I get that read    4:26:45PM
23       back?
24               MR. NOVIKOFF:  Sure.            4:26:48PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 281

CYNTHIA DISTEFANO

1                (Whereupon, the requested portion was  4:27:00PM
2        read back by the court reporter:  If he was
3        not rehired for the 2006 season, you would
4        not expect to receive from Ocean Beach the
5        CS-150 concerning Mr. Fiorillo?)
6        BY MR. NOVIKOFF:                         4:27:00PM
7        **Q    You understood my question, correct?   4:27:01PM**
8        A    Yes.                           4:27:03PM
9                MR. GRAFF:  Ken, was your question    4:27:06PM
10       with respect to at the end of that season or
11       the beginning of the next season?
12               MR. NOVIKOFF:  I think my question was  4:27:13PM
13       clear.  I was referring, you know, to the
14       beginning of the following season.
15               MR. GRAFF:  Okay.  So they already   4:27:17PM
16       would've received the CS-150?
17               MR. NOVIKOFF:  No.  I think the       4:27:22PM
18       question was clear.  It was over no
19       objection.
20               THE WITNESS:  They don't have to send  4:27:25PM
21       us a list of the people they're not hiring.
22       BY MR. NOVIKOFF:                         4:27:29PM
23       **Q    Exactly.  Let's say hypothetically for 4:27:30PM**
24       **the 2006 season, Ocean Beach interviewed 25**
25

TSG Reporting - Worldwide  (877) 702-9580

Page 282

CYNTHIA DISTEFANO

1         CYNTHIA DISTEFANO
2    employees for the seasonal job of police officer
3    and they only hired 15.  Would they need to
4    advise Civil Service of the 10 that were not
5    hired?
6         A   No.                    4:27:50PM
7         Q   Mr. Graff -- in response to      4:28:02PM
8    Mr. Graff's questions, you referred to the
9    plaintiffs as being terminated or let go.  Do
10   you recall that?
11        A   Yes.                   4:28:12PM
12        Q   Are you certain as you sit here today  4:28:13PM
13   that the plaintiffs were terminated and/or let
14   go or could it have been that they were just not
15   rehired?
16        A   I don't use "terminated" in any    4:28:22PM
17   derogatory sense.  It's when the season ends, in
18   effect, they're terminated.
19        Q   So when you used the word "terminated"  4:28:29PM
20   in response to Mr. Graff, you were referring, if
21   I understand you correctly -- and correct me if
22   I'm wrong -- that they were terminated at the
23   end of the prior season and not rehired for the
24   following season?
25        A   I'd have to look at their individual   4:28:41PM

TSG Reporting - Worldwide  (877) 702-9580

Page 283

CYNTHIA DISTEFANO

1    rosters to see if that is in effect when the
2    actual termination took place.
3         Q   Let me just lay it out there.      4:28:48PM
4    Mr. Fiorillo -- and again, I'm only picking on
5    him because he's sitting right next to me -- he
6    was a seasonal police officer for Ocean Beach
7    for the 2005 season.  He was not a police
8    officer, according to us, a seasonal police
9    officer for the 2006 season.  So given your
10   understanding, Mr. Fiorillo was terminated at
11   the end of the 2005 season and was not rehired
12   for the 2006 season; would that be correct?
13        MR. GRAFF:  Objection.      4:29:20PM
14        A   I'd have to look at his roster record.  4:29:21PM
15        MS. ZWILLING:  Do you want to use the  4:29:34PM
16   roster cards?
17        MR. NOVIKOFF:  Sure.  Let me see.    4:29:37PM
18        MS. ZWILLING:  I don't know if I have  4:29:39PM
19   all of them here.
20        MR. NOVIKOFF:  Let me take a quick   4:29:41PM
21   look.
22        MS. ZWILLING:  Tom Snyder, Ed Carter,  4:29:45PM
23   and I'll look for the others as you go
24   through those.  (Handing.)

TSG Reporting - Worldwide  (877) 702-9580

Page 284

CYNTHIA DISTEFANO

1         MR. NOVIKOFF:  I don't need to go      4:30:11PM
2    through them.  That's fine.
3    BY MR. NOVIKOFF:                   4:30:15PM
4         Q   Now, plaintiffs make an allegation in  4:30:17PM
5    this complaint that Ms. Sanchez and Mr. Hesse
6    conspired to, in sum and substance, injure the
7    plaintiffs and destroy their careers.  Do you
8    recall reading those parts of the allegation in
9    the complaint?
10        A   I do.                  4:30:35PM
11        Q   In any discussions or review of      4:30:35PM
12   whatever documentation you looked at or any
13   conversations you've had, did you ever discover,
14   in your opinion, evidence to suggest that
15   Ms. Sanchez was in a conspiracy with Mr. Hesse
16   to harm the plaintiffs?
17        A   I did not.             4:30:52PM
18        Q   In any of your discussions or      4:30:56PM
19   communications with any individuals at Civil
20   Service, or any review of any documentation, did
21   you ever come to the conclusion that Ms. Sanchez
22   did anything inappropriate with regard to her
23   job performance as it pertains to the five
24   plaintiffs in this lawsuit?

TSG Reporting - Worldwide  (877) 702-9580

Page 285

CYNTHIA DISTEFANO

1         A   I did not.            4:31:13PM
2         Q   In the complaint, the plaintiffs      4:31:24PM
3    allege the following.  I'm going to read it.
4    "Upon information and belief, Sanchez was
5    responsible for appointing and approving the
6    hiring of the uncertified officers at the OBPD."
7         I'll break it down and ask you some    4:31:42PM
8    questions.
9         Was Ms. Sanchez responsible in any    4:31:44PM
10   manner with regard to the hiring of any officers
11   at Ocean Beach?
12        A   No.                   4:31:53PM
13        Q   Would anyone at Civil Service be    4:31:56PM
14   responsible in any manner for the hiring of any
15   officers at Ocean Beach?
16        A   No.                   4:32:02PM
17        Q   Was Ms. Sanchez responsible at all for  4:32:04PM
18   appointing any employees at Ocean Beach?
19        A   No.                   4:32:13PM
20        Q   Would anyone at Civil Service be    4:32:13PM
21   responsible at all for the appointment of any
22   officers at Ocean Beach?
23        A   No.                   4:32:19PM
24        Q   Was Ms. Sanchez responsible in any    4:32:21PM

TSG Reporting - Worldwide  (877) 702-9580

Page 286

CYNTHIA DISTEFANO

1
2  manner for the approval of the hiring of any
3  officers at Ocean Beach?
4      A   As reported on the CS-150, yes.      4:32:33PM
5      Q   And describe in what context she would   4:32:36PM
6  be responsible for the approval?
7      A   She would get the report on the 150      4:32:40PM
8  that a police officer was hired, and she would
9  have to be sure that all of those qualifying
10 tests had been passed.
11     Q   And if they weren't, what would be      4:32:50PM
12 Ms. Sanchez's responsibility upon learning that
13 some of these requirements were not met, if any?
14     A   To contact the village and tell them   4:33:01PM
15 and to mark that CS-150 as disapproved because
16 whatever was lacking would have been cited.
17     Q   And to your knowledge, did Ms. Sanchez   4:33:09PM
18 do that?
19     A   Yes, she did.      4:33:12PM
20     Q   And to your knowledge, did Ms. Sanchez   4:33:13PM
21 do anything with regard to any approval,
22 disapproval of quote/unquote certified officers
23 that, in your opinion, did not follow with Civil
24 Service law, rules or regulations?
25     A   No.      4:33:27PM

TSG Reporting - Worldwide  (877) 702-9580

Page 287

CYNTHIA DISTEFANO

1
2      Q   Now, you would agree with me that      4:33:32PM
3  Ms. Sanchez could not force the village through
4  her own actions to do or not do anything?
5      A   That's correct.      4:33:42PM
6      Q   Her role was to -- if I understand      4:33:43PM
7  correctly, to advise the village that there may
8  have been problems with certain hirings if
9  certain officers did not pass certain tests or
10 did not have the requisite Civil Service
11 requirements, correct?
12     A   Yes.      4:33:56PM
13     Q   And that was the extent of her role      4:33:57PM
14 with respect to notifying the village, correct?
15     A   And to remind them to -- of what      4:34:04PM
16 needed to be done to be in compliance.
17     Q   And to work with the village to either   4:34:10PM
18 ensure compliance going forward or to ensure
19 that these officers did not work for the
20 village?
21     A   That's correct.      4:34:17PM
22     Q   And if I understand your testimony,      4:34:18PM
23 the Civil Service Department was pleased with
24 the efforts that Ms. Sanchez undertook with
25 regard to either getting compliance from Ocean

TSG Reporting - Worldwide  (877) 702-9580

Page 288

CYNTHIA DISTEFANO

1
2  Beach and/or getting those officers off of the
3  payroll?
4      A   That's correct.      4:34:40PM
5      Q   In any of your conversations or any of   4:34:43PM
6  your review of documentation, did you ever see
7  any written communication from Mr. Fiorillo on
8  the issue of uncertified officers at Ocean Beach
9  other than in the complaint?
10     A   No.      4:35:01PM
11     Q   How about with regard to any of the      4:35:02PM
12 four other plaintiffs?
13     A   I don't recall seeing anything like      4:35:05PM
14 that, no.
15     Q   Do you recall anyone that you would've   4:35:07PM
16 had communications with since 2001, concerning
17 Ocean Beach, ever hearing a complaint made by
18 Mr. Fiorillo concerning uncertified officers at
19 Ocean Beach?
20     A   No.      4:35:24PM
21     Q   Same question with regard to the four   4:35:25PM
22 other plaintiffs.
23     A   No.      4:35:27PM
24     Q   Did you ever receive communications      4:35:31PM
25 from any source prior to receiving the complaint

TSG Reporting - Worldwide  (877) 702-9580

Page 289

CYNTHIA DISTEFANO

1
2  that it was Mr. Fiorillo's position that
3  Ms. Sanchez conspired with Mr. Hesse to damage
4  him and his career?
5      A   No.      4:35:48PM
6      Q   Same question with regard to the four   4:35:48PM
7  plaintiffs.
8      A   No.      4:35:51PM
9      Q   Now, Mr. Graff asked you some      4:36:07PM
10 questions earlier this afternoon about hiring
11 and firing authority.  Do you recall that?
12     A   Yes.      4:36:16PM
13     Q   Now, when you gave those answers that   4:36:16PM
14 you believe the mayor had hiring and firing
15 authority, what were you referring to?
16     A   He's the appointing authority for the   4:36:23PM
17 village.
18     Q   So under -- is it your understanding   4:36:26PM
19 based upon Civil Service regulations -- well, do
20 you equate appointing authority with hiring and
21 firing authority?
22     A   Yes.      4:36:36PM
23     Q   Could Mr. Loeffler have delegated the   4:36:36PM
24 hiring and firing authority to someone else at
25 the village and still maintained appointing

TSG Reporting - Worldwide  (877) 702-9580

Page 290

CYNTHIA DISTEFANO

1     authority?
2
3     A   I'm not sure.                          4:36:47PM
4     Q   Now, is appointing authority a defined 4:36:50PM
5     term under Civil Service law?
6     A   Yes.                                    4:36:54PM
7     Q   And what is appointing authority        4:36:54PM
8     defined as under the Civil Service law?
9     A   The ability to hire and fire. It's in 4:36:59PM
10    Section 35, I believe.
11    Q   Great?                               4:37:04PM
12        MR. NOVIKOFF: Nothing further.          4:37:06PM
13        MR. GRAFF: I have a few more            4:37:07PM
14    follow-ups.
15        MR. CONNOLLY: I was going to ask --    4:37:09PM
16        MR. GRAFF: Please.                      4:37:09PM
17    EXAMINATION                                 4:37:09PM
18    BY MR. CONNOLLY:                            4:37:12PM
19    Q   Would department heads have firing or  4:37:14PM
20    hiring authority?
21    A   It depends on how you define            4:37:19PM
22    department heads.
23        MS. ZWILLING: I'm also going to ask,   4:37:22PM
24    are you talking about anywhere within the
25    county or are you talking specifically about

TSG Reporting - Worldwide  (877) 702-9580

Page 291

CYNTHIA DISTEFANO

1
2     the village?
3         MR. CONNOLLY: Talking specifically     4:37:29PM
4     about the village.
5     A   No. A department head would not in a   4:37:31PM
6     village.
7         MR. CONNOLLY: Nothing further.         4:37:42PM
8     EXAMINATION                                4:37:43PM
9     BY MR. GRAFF:                              4:37:43PM
10    Q   Just a few questions based on the last 4:37:46PM
11    set.
12        If a seasonal police officer, such as  4:37:51PM
13    the plaintiffs, at the end of the season in fact
14    continued working throughout the year on a
15    part-time basis, would the nature of their
16    employment have to be reported at some point
17    during the year on a CS-150?
18    A   Yes.                                   4:38:09PM
19    Q   And at what point?                     4:38:10PM
20    A   When their status changed from         4:38:11PM
21    seasonal to something else.
22    Q   And then at the start of the next      4:38:20PM
23    season, if their part-time employment ended and
24    they were not selected to work during that next
25    season, would the discontinuation of their

TSG Reporting - Worldwide  (877) 702-9580

Page 292

CYNTHIA DISTEFANO

1
2     part-time employment have to be reported on a
3     CS-150?
4     A   Yes.                                   4:38:43PM
5     Q   As part of your follow-up after        4:38:46PM
6     receiving the complaint, did you or, as far as
7     you know, anyone else in the Civil Service
8     Department conduct any investigation or make any
9     inquiries with respect to the allegation in the
10    complaint that George Hesse conspired with
11    Allison Sanchez?
12        MR. NOVIKOFF: Can you read that         4:39:09PM
13    question back.
14        (Whereupon, the requested portion was  4:39:27PM
15    read back by the court reporter: As part of
16    your follow-up after receiving the
17    complaint, did you or, as far as you know,
18    anyone else in the Civil Service Department
19    conduct any investigation or make any
20    inquiries with respect to the allegation in
21    the complaint that George Hesse conspired
22    with Allison Sanchez?)
23    A   No. I would say no.                    4:39:32PM
24    Q   As far as you know, did Allison        4:39:36PM
25    Sanchez ever approve CS-150s for officers who

TSG Reporting - Worldwide  (877) 702-9580

Page 293

CYNTHIA DISTEFANO

1
2     were ultimately determined to have not, in fact,
3     satisfied all of the requirements for the
4     officer positions?
5     A   No.                                    4:39:54PM
6         MR. NOVIKOFF: Objection to form.        4:39:55PM
7     BY MR. GRAFF:                              4:39:57PM
8     Q   So as far as you know, every CS-150    4:39:58PM
9     that Allison Sanchez approved for a police
10    officer at Ocean Beach was approved in
11    accordance with Civil Service requirements?
12    A   Yes.                                   4:40:10PM
13    Q   Other than Mr. Fiorillo, do you know   4:40:16PM
14    who the other plaintiffs in this case are?
15    A   I've seen the names. Whether I could 4:40:23PM
16    recite the other four. Carollo, I think was
17    one, Snyder, Nofi.
18    Q   Snyder and Nofi were, Carollo was not. 4:40:33PM
19        (Continued on the next page to include 4:40:37PM
20    jurat.)
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

Page 294

CYNTHIA DISTEFANO

1
2      MR. GRAFF: But I'm concluded. Thank   4:40:38PM
3   you.
4      MS. ZWILLING: I have nothing.          4:40:39PM
5      (Time noted 4:40 p.m.)                 4:40:40PM
6      _____                    4:40:40PM
7         CYNTHIA DISTEFANO                    4:40:40PM
8                                             4:40:40PM
    Subscribed and sworn to before me         4:40:40PM
9   this        day of      , 2009   4:40:40PM
                                              4:40:40PM
10  _____          4:40:40PM
11                 4:40:40PM
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

Page 295

PROCEEDINGS

1
2      C E R T I F I C A T E
3
4      I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Public in
5   and for the State of New York, do hereby certify:
6      THAT the witness whose testimony is hereinbefore
7   set forth, was duly sworn by me; and
8      THAT the within transcript is a true record
9   of the testimony given by said witness.  I further
10  certify that I am not related, either by blood or
11  marriage, to any of the parties to this action; and
12     THAT I am in no way interested in the outcome of
13  this matter.
14     IN WITNESS WHEREOF, I have hereunto set
15  my hand this 17th day of June, 2009.
16
17     _____
18         JUDI JOHNSON, RPR, CRR, CLR
19
20
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

Page 296

PROCEEDINGS

1
2            INDEX
3   ATTORNEY                    PAGE
4      By Mr. Graff             6
5      By Mr. Novikoff          278
6      By Mr. Connolly          290
7      By Mr. Graff             291
8
9
10
11
12
13       INDEX OF DISTEFANO EXHIBITS
14  I.D.        DESCRIPTION        PAGE
15  Exhibit 1  30(b)(6) Notice       36
16  Exhibit 2  A document headed Police Officer  43
17  Exhibit 3  Police officer part-time/seasonal  65
18  Exhibit 4  A document headed sergeant    97
19       (police towns and villages)
20  Exhibit 5  A four-page document       103
21  Exhibit 6  Request for certification of    108
22       eligibles and this is also a
23       document from the County's website
24  Exhibit 7  LexisNexis of New York civil    137
25       service Civil Service Law Section 64

TSG Reporting - Worldwide  (877) 702-9580

Page 297

PROCEEDINGS

1
2   INDEX OF DISTEFANO EXHIBITS CONTINUED
3   I.D.          DESCRIPTION          PAGE
4   Exhibit 8  A Lexis printout of Civil Service  47
5       Law Section 65 titled
6       provisional appointments
7   Exhibit 9  Text of 75-b            155
8   Exhibit 10  Signature authorization form   190
9       dated March 7, 2003
10  Exhibit 11  Report of Personnel Changes   190
11  Exhibit 12  Suffolk County Department of   220
12       Civil Service Certification of
13       Eligibles
14  Exhibit 13  A letter             234
15  Exhibit 14  Bates document 3847       239
16  Exhibit 15  A letter dated August 6, 2007   245
17  Exhibit 16  Suffolk County Department of   249
18       Civil Service Certification of Eligibles
19  Exhibit 17  A letter dated October 6, 2005   252
20
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

Page 298

```
 1              ERRATA SHEET
 2    NAME OF CASE:  CARTER V. OCEAN BEACH
 3    DATE OF DEPOSITION: JUNE 5, 2009
 4    NAME OF WITNESS:  CYNTHIA DISTEFANO
 5
 6    Reason codes:
 7       1.  To clarify the record.
 8       2.  To conform to the facts
 9       3.  To correct the transcription
10          errors.
11    Page _____ Line _____ Reason _____
12    From _____ to _____
13    Page _____ Line _____ Reason _____
14    From _____ to _____
15    Page _____ Line _____ Reason _____
16    From _____ to _____
17    Page _____ Line _____ Reason _____
18    From _____ to _____
19    Page _____ Line _____ Reason _____
20    From _____ to _____
21    Page _____ Line _____ Reason _____
22    From _____ to _____
23
24    _____
      CYNTHIA DISTEFANO
25
         TSG Reporting - Worldwide  (877) 702-9580
```

**A**

**abbreviating (1)**
60:3
**abbreviations (1)**
251:5
**aberration (1)**
89:16
**abide (1)**
140:10
**ability (4)**
12:18,24 162:17
290:9
**able (13)**
12:7 30:9 32:21 39:5
40:2 53:2 55:16
64:14 163:12,13
213:11 246:18
253:13
**absence (2)**
74:5 197:15
**absences (1)**
79:22
**absolutely (5)**
21:6 22:10 23:7
160:15 243:7
**abstract (1)**
145:16
**abundantly (1)**
146:15
**academies (1)**
76:24
**academy (18)**
60:9,10,12,15 61:11
61:14,15 65:3 68:8
68:10,13 69:17
70:18,25 73:9 76:14
76:23 234:3
**accelerate (2)**
125:15 127:2
**accept (4)**
81:12 195:16,23
196:21
**acceptable (2)**
196:17 201:17
**acceptor (2)**
149:6 241:2
**acceptors (12)**
91:17 124:3 130:9,12
149:5,11,16 234:6
240:21 242:11,24
258:8
**access (1)**
35:21
**accommodate (1)**
162:12
**accurate (2)**
240:3,23
**accurately (1)**

**administered (1)**
126:23
**administers (1)**
49:17
**administration (2)**
130:4 238:14
**administrator (5)**
32:10 114:4,9 219:13
219:17
**advance (2)**
201:2 260:21
**advise (3)**
279:24 282:4 287:7
**advisement (1)**
123:17
**afforded (2)**
154:13 265:7
**afield (1)**
144:20
**afternoon (1)**
289:10
**age (4)**
78:2,4,6 228:4
**agility (2)**
45:17 78:14,20,20
79:8 222:9 223:12
**ago (7)**
9:15 19:11,25 54:6
57:11 186:23
190:15
**agree (9)**
19:20 53:12 69:22
144:3 154:3 155:16
161:15 187:13
287:2
**AGREED (3)**
5:2,6,10
**agreement (1)**
52:11
**agrees (1)**
134:19
**ahead (3)**
20:5,6 156:7
**akin (1)**
55:10
**Alan (14)**
27:25 34:6 48:16
163:20,22 174:20
176:2 207:13
252:19 255:9
261:13,20 263:9
270:20
**Albano (1)**
226:23
**Albany (1)**
33:21
**allegation (12)**
62:5 95:23 145:3

12:19
**act (2)**
73:25 247:8
**acted (1)**
225:6
**acting (3)**
1:11 103:3 257:4
**action (16)**
129:9 131:20 151:4
156:17 166:2,6,8
177:6 197:13
202:10 214:4
228:20,24 229:25
275:11 295:11
**actions (6)**
169:11 171:14 172:22
177:9 210:3 287:4
**active (1)**
213:23
**actively (1)**
167:7
**activities (3)**
171:25 172:6,7
**actual (10)**
47:7 84:5 146:10
155:21 179:24
203:18 206:18
245:5 276:6 283:3
**added (1)**
258:17
**addition (4)**
72:24 196:9 231:11
255:25
**additional (3)**
45:12 63:25 231:12
**address (16)**
6:7 53:18 75:3 82:21
83:8 193:10 202:24
203:6 231:3,5,11,13
231:15,18 255:17
266:25
**addressed (9)**
34:22 54:3 82:22
178:10 256:9
257:13 265:20
267:10 278:7
**addressee (2)**
234:18,21
**addresses (1)**
231:14
**adequate (1)**
80:8
**adhere (1)**
46:9
**adjustments (1)**
78:4
**administer (4)**
5:13 132:8 235:20
236:8

264:8 266:19 267:7
268:14 274:4 284:5
284:9 292:9,20
**allegations (19)**
9:17 146:10 263:3
264:4,20,21,22
266:25 267:5,9,21
271:2,6 272:15,16
272:19,24 273:4
274:8
**allege (2)**
268:25 285:4
**alleged (5)**
19:3 267:11 268:9,21
273:23
**Allison (20)**
1:14 163:24 172:23
194:6 199:6 260:6
260:10 263:19,21
267:8 269:18
270:15 271:12,17
272:9 274:3 292:11
292:22,24 293:9
**Allison's (1)**
199:23
**allotted (1)**
146:8
**allow (5)**
61:9 76:21 106:5
161:12 217:8
**allowed (4)**
25:10 118:10 195:2
242:7
**allows (4)**
44:13 73:24,24 75:14
**alternate (1)**
110:19
**alternative (3)**
196:16 215:5,22
**amendments (3)**
32:16 34:13 143:3
**amount (6)**
82:8 84:4,6 225:13,24
246:25
**amounts (2)**
207:3,3
**analyst (112)**
11:4 13:20,25 14:5,6
14:8,11,12,13,14,15
14:19,22 16:8,13,20
17:8,11,13,25 18:8
20:11,12,16,22,23
21:5,8,11,12,13,19
21:20,24 22:6,6,12
22:18,19,22 23:8,9
23:12,23 24:3,10,18
24:21 25:24 26:2,14
26:20 27:7,15,23
28:6,7,11,17 29:14

30:3 31:14,15,17,19
162:23 164:3,4,13
164:14,21 165:17
165:18,20,21 167:8
171:3 177:23
193:18,21,23
198:24 199:3 200:2
200:3 201:7 202:16
202:18,22,24 203:3
203:9,19 204:11,25
205:2 206:2 207:12
207:15,18 208:2,11
208:15,22 209:4,6
238:7,16,24 247:2,6
253:4
**analysts (22)**
24:19,20 27:9,21
28:12 29:15,18 32:4
32:5,6 143:13
145:10,10 164:24
169:4 205:4 209:19
209:22 210:18
238:8,11,21
**analyst's (1)**
203:22
**Andrew (2)**
15:10,12
**and/or (3)**
96:2 282:13 288:2
**angle (1)**
116:16
**announce (1)**
45:19
**announcement (3)**
45:21,24 49:12
**annual (5)**
55:9 84:9 209:19
210:5,9
**answer (39)**
8:7 33:7,16 38:20
39:7 41:17 50:20
57:22 58:11,12 59:7
59:13,17 62:12
64:12,15 67:11
102:11 103:14
106:15 118:7
138:18 145:21
151:18,20 157:12
161:11 171:11,23
187:8 189:16
195:19 213:11,13
235:12 256:21
265:3 277:12,19
**answered (3)**
8:7 188:25 272:5
**answering (1)**
7:21
**answers (5)**
7:17 134:18 137:9

213:15 289:13
**anybody (11)**
32:13 73:8 94:22
110:24 181:21
194:5 196:22
224:17 266:11
273:20 274:17
**anybody's (1)**
162:8
**anymore (4)**
73:5 133:14 224:19
251:18
**anyway (2)**
38:15 48:21
**apparently (2)**
134:11 141:15
**appeal (3)**
236:3,4,9
**appear (4)**
224:18 235:4 236:24
262:4
**appearances (3)**
3:2 4:2 79:21
**appearing (1)**
56:25
**appears (1)**
250:5
**apples (1)**
74:11
**applicable (12)**
47:3 63:10 80:12 99:8
134:2 153:17 202:9
202:20 221:18
240:8 246:5 250:20
**applicant (1)**
227:16
**applicants (1)**
44:8
**application (7)**
104:13,14,22 129:17
159:4 190:25
231:20
**applications (1)**
104:23
**applied (14)**
67:7,8,12 122:15
136:4,9 139:3,7,25
142:8 148:2,7
171:24 201:20
**applies (4)**
77:14 105:12 153:25
157:9
**apply (14)**
20:10 33:9 78:21 83:8
88:11 116:12 121:7
130:13 144:2
162:11 219:9
221:22 224:5
265:11

**applying (2)**
158:20 236:6
**appoint (2)**
113:18 257:23
**appointed (17)**
70:7 100:18 102:17
102:20 114:5
129:21 130:18
222:21 228:23
229:4 240:22
243:16,18,22
244:14 258:9,14
**appointee (1)**
71:17
**appointing (47)**
109:7,8,9,11,24 110:4
110:6,11,15,20
111:2,8,14 112:5,11
112:18 114:7,14,22
117:6,20 118:8,11
124:3 150:2 186:18
191:7,17,25 192:14
194:9 196:19
214:24 215:6,21
218:5,10,11 285:6
285:19 289:16,20
289:25 290:4,7
**appointment (39)**
66:15 68:20,21 69:3
71:7,17 102:18,23
123:20 124:7
125:21 126:6,24
127:5 129:4,9,13,20
130:5,13,16,22
131:2,12,23 133:4,8
133:9 140:22
233:23 241:9 242:8
242:18 243:2
257:21 258:4,19,20
285:22
**appointments (19)**
76:12 104:17 136:19
138:4,8,24 139:2,7
139:18 140:6,12,15
141:5 147:6,9,25
193:8 230:5 297:6
**appreciate (4)**
56:7 143:8 154:5
184:8
**appreciated (1)**
184:13
**approach (1)**
267:20
**appropriate (9)**
19:15,18 68:3 88:3
106:17 114:12
134:16 207:11
216:7

**appropriately (1)**
89:17
**approval (7)**
32:18 257:22 258:10
258:14 286:2,6,21
**approve (6)**
201:20 258:3,21,22
259:10 292:25
**approved (16)**
61:14 102:18 129:18
167:25 199:8,14,15
199:18 200:5
201:11 202:6,7
206:3 207:4 293:9
293:10
**approving (1)**
285:6
**approximately (2)**
128:3 185:17
**April (2)**
141:12,21
**area (11)**
10:8 16:22 17:24
20:20 22:24 24:25
25:2 124:9 146:3
250:11 268:8
**areas (2)**
18:5 21:3
**arguably (1)**
269:3
**argue (1)**
145:19
**argumentative (1)**
59:12
**Arie (31)**
6:17 7:11 8:19 10:6
17:15 35:24 38:9
39:11 40:19 42:17
49:25 50:7 57:24
61:7 64:12 69:13
73:18 76:4,20
102:12,25 118:22
125:23 127:14
136:11,24 143:14
155:8 184:21 215:8
216:11
**ARIEL (1)**
3:7
**arises (1)**
143:3
**Arlene (4)**
4:16 259:2,3 262:6
**arrange (1)**
171:13
**articulates (1)**
51:11
**ascertain (1)**
12:12
**ascertainable (1)**

134:23
**aside (2)**
114:3 249:17
**asked (29)**
10:10 22:2 46:14
47:15 48:2 68:6
73:3 82:5 93:23
106:12 135:3,10
144:12 157:15,24
159:18 171:21
183:9 189:4 190:15
194:12 233:13
249:14 270:16
272:4 273:8 274:19
278:21 289:9
**asking (86)**
7:16,19 40:23 46:3
47:5,21 49:5 51:11
51:18 54:12 57:8
59:15,18 61:22 63:7
65:2 68:4 70:17,22
70:24 72:10,12,18
73:12,23 74:3 75:15
75:24,25 76:10
81:19,22 85:14,19
86:18 87:25 92:15
94:23 95:10 103:14
106:7,10 127:9,10
127:14 132:21,23
133:23 134:4,11,17
134:20 135:2 136:5
139:12 140:4,16
142:4,21 144:21,22
148:11 156:24
157:6,8,23 158:2
161:6,8,20 172:18
172:24 182:7,14
183:5 188:9 195:11
200:24 216:9,15
233:15 241:19
262:13 268:3
269:24 272:18
**asks (1)**
145:7
**aspect (2)**
152:7 164:18
**aspects (7)**
135:20 213:8,12,14
216:16 217:9 254:6
**assembled (1)**
104:6
**assign (1)**
110:19
**assigned (15)**
22:14 26:14 29:16,18
106:24 193:18,21
193:25 194:3
198:24 207:18
238:20 239:4,6

248:12
**assignment (3)**
246:8 247:23 248:5
**assume (3)**
15:7 122:3 259:3
**assumed (2)**
38:14 63:9
**assumes (3)**
63:8 223:4 271:10
**assuming (1)**
240:24
**assure (1)**
57:14
**asterisks (2)**
222:3,4
**attached (1)**
45:23
**attain (3)**
91:13 236:2 243:12
**attempt (1)**
228:16
**attempts (2)**
34:20 235:25
**attend (1)**
15:9
**attention (2)**
37:6 245:16
**attorney (18)**
6:17 11:5,11,14,17
118:25 136:25
137:5 153:21 157:7
158:4,6 174:21,24
187:5 213:5 277:16
296:3
**attorneys (9)**
3:4,11,19 4:5,13 5:3
142:16 148:13
277:13
**attorney's (4)**
2:14 30:16 108:3
185:15
**attorney-client (3)**
8:11 259:4 261:23
**Audit (1)**
30:15
**August (3)**
226:10 244:23 297:16
**author (2)**
241:17,21
**authorities (8)**
109:7 110:7 111:9
114:5 117:7 118:8
186:18 218:10
**authority (60)**
109:8,9,12,25 110:4
110:12,15,21 111:3
111:14 112:6,12,19
114:7,14,22 116:20

117:2,13,20 118:11
124:3 150:3 152:6
191:6,7,17,25
192:15,17 193:14
194:10 196:19
207:10 208:24
209:12 214:8,14,17
214:24 215:6,9,21
215:25 216:6
217:25 218:6,12
229:24 237:22
289:11,15,16,20,21
289:24 290:2,4,7,20

**authorization (12)**
190:6,17,18 191:5,15
191:18 192:6
194:22,23 195:8,22
297:8

**authorized (10)**
5:12 77:10 89:25
109:18 190:23
195:10 196:16,23
215:4,21

**authorizes (1)**
215:13

**authorizing (1)**
191:6

**automatic (3)**
208:7,15,17

**automatically (1)**
93:19

**available (8)**
35:2,3 112:13 120:9
123:24 135:23
137:12 150:16

**avails (1)**
194:16

**avenue (2)**
3:5 159:21

**avoid (1)**
184:5

**aware (23)**
41:11 49:16 90:8
102:19 117:19
134:5 150:25 153:9
165:25 178:7
182:20 240:11
245:24 249:8,9,12
249:15 254:24
257:3,6 271:2
274:17 276:11

**A.M (1)**
2:4

_____

**B**

**B (4)**
1:12 3:11 253:3
279:17

**Babylon (1)**

---

30:13

**bachelor's (2)**
15:20,25

**back (28)**
19:10 31:13 35:25
45:4,6 62:25 63:24
71:21 77:8 96:23
107:10,12 111:20
145:19 146:21
167:5 194:21 196:5
210:15 223:8
230:18 259:8
265:24 278:20
280:24 281:3
292:13,15

**background (2)**
48:8,22

**bad (3)**
58:25 96:23 233:6

**Balarezo (2)**
196:13 218:15

**bank (3)**
15:2 155:14,15

**barred (1)**
235:14

**base (3)**
243:10,23,24

**based (15)**
51:20 55:16 58:21
67:22 100:21
118:10 187:6 189:5
198:19 211:15
229:7,9 242:2
289:19 291:10

**basic (2)**
90:14 237:22

**basically (2)**
32:20 132:24

**basing (1)**
105:15

**basis (25)**
55:14 56:11,15 58:20
81:16 82:17 83:13
95:25 106:2 125:8
132:9 161:5 170:3
170:16 171:17
173:11 174:4 189:8
202:12 211:8
212:24 223:10
253:23 279:3
291:15

**Bates (11)**
42:25 65:16 97:18
191:22 219:24
234:10 239:10,11
245:9 252:8 297:15

**beach (113)**
1:8,11 3:19,20 21:16
23:3 30:22 31:6

---

50:12 62:8 80:14
94:17,24,25 95:19
97:9,9 103:6 110:14
110:14,16,25 111:3
111:15 114:6
143:20 166:16,25
167:17,21,23
168:17 169:11,21
170:17,25 171:17
171:24 172:3,8,17
173:7,14 174:3
177:21 178:13
180:7,19 181:23
184:24 186:15
187:18 188:19
191:22 192:18
193:14,22 194:2,10
194:20 195:2,23
203:25 204:8
210:17,19 212:17
214:9 215:25 218:2
220:25 227:12
230:22 233:11
234:25 235:16
238:15,18 239:5,6
239:10 240:6
242:12 247:19
248:16 249:4
255:11 256:5,7,15
256:15 257:7
269:11,15 270:9
279:7,22 280:6,21
281:5,25 283:7
285:12,16,19,23
286:3 288:2,8,17,19
293:10 298:2

**Beach's (1)**
178:2

**bear (6)**
73:2 99:19 105:7
119:24 215:24
217:23

**bearing (2)**
71:6 239:10

**bears (2)**
106:12 107:3

**becoming (1)**
13:12

**BEE (1)**
4:3

**beginning (4)**
113:22 280:3 281:12
281:15

**begins (1)**
69:8

**behalf (4)**
37:16,22 180:17
191:17

**belief (6)**

---

58:21 156:19 183:11
189:6,9 285:5

**believe (16)**
19:11 26:21 28:9
35:18 43:20 126:16
138:4 170:24 212:7
233:20 241:12
245:11 262:10
278:12 289:14
290:10

**believes (2)**
156:15,16

**best (5)**
22:5 38:20 116:15
181:17 207:22

**better (2)**
41:15 54:3

**beyond (9)**
23:10,15 76:6,24 77:2
92:13 126:3 171:14
233:15

**bind (2)**
216:17 217:10

**binding (1)**
115:15

**bit (3)**
19:22 153:2 162:4

**Black (1)**
11:22

**blank (1)**
231:21

**block (2)**
238:5 255:16

**blood (1)**
295:10

**blowing (7)**
153:9,13 155:10,11
159:11 160:17
162:18

**board (5)**
108:3 110:20,22,25
186:18

**bodies (1)**
29:7

**body (4)**
32:21 57:9,10 142:24

**bold (3)**
191:19 227:2 235:3

**bolded (1)**
190:21

**book (2)**
202:2 260:24

**borderline (1)**
62:10

**boss (3)**
155:11,14,15

**bottom (13)**
37:6 43:11 90:14

---

98:19 191:24 192:9
194:23 198:18
205:7,15 228:24
235:2 236:19

**bound (1)**
140:10

**box (8)**
191:25 198:19 199:7
200:10 220:14
231:4,11,14

**Boyle (1)**
62:14

**brand (1)**
124:21

**break (20)**
8:4,8 36:17 163:10
190:4,19 213:7
243:8 244:20,21
257:17,18 275:18
275:24 276:3,9
278:4,22,22 285:8

**breaking (1)**
161:13

**breaks (1)**
275:14

**breath (1)**
167:12

**Brian (1)**
224:9

**brief (2)**
239:8 278:19

**briefly (1)**
249:18

**broad (4)**
155:10 173:17,24
268:22

**broader (1)**
144:23

**broadly (3)**
115:8 120:25 272:18

**broken (1)**
61:20

**Brookhaven (4)**
17:3 18:2 21:2 30:14

**brown (1)**
11:22

**bubbles (1)**
113:6

**budget (2)**
32:11 122:4

**built-in (2)**
207:25 208:5

**bunch (1)**
50:22

**business (3)**
121:19 131:7 219:18

**Butler (1)**
224:9

**bypassed (1)**
224:18

_____
**C**
**C (3)**
1:8 295:2,2
**calendar (3)**
74:19 245:20 246:18
**call (8)**
42:19 96:2 135:7
144:9 158:8 164:19
174:9 223:25
**called (2)**
6:3 10:9
**calling (2)**
101:5 171:14
**calls (9)**
153:19 173:6,25
187:3 191:10
201:14 212:24
276:21 277:6
**Cambria (1)**
15:10
**candidate (3)**
67:15,16 231:6
**candidates (7)**
66:9,15 77:9 78:9
221:12,15 250:15
**canvass (5)**
90:25 149:17 150:6
221:11 231:16
**canvassed (2)**
149:12 221:16
**capable (1)**
50:19
**capacity (7)**
1:9,11,13,15 102:20
256:9 258:13
**capital (2)**
220:15 235:3
**capitalized (1)**
105:2
**capitals (2)**
220:19 250:12
**card (3)**
203:18 206:14 213:23
**cards (3)**
260:5 265:6 283:17
**career (1)**
289:4
**careers (1)**
284:8
**careful (1)**
162:7
**carefully (1)**
262:25
**Carollo (4)**
246:15 247:13 293:16

293:18
**carry (1)**
202:17
**carrying (1)**
207:8
**Carter (3)**
1:3 283:23 298:2
**case (50)**
10:4,17,20 11:25 12:5
19:3,4 23:18 26:5
53:16 74:16 75:2
78:11 80:18,23
91:11 92:11 117:23
122:2 123:8 126:4
128:24 129:2
139:10,19 143:18
144:17 145:3,15
146:11 157:15
170:11 173:19
189:9 199:12 212:7
236:6 244:5 253:25
259:20 262:12,20
262:23 266:6
271:15,18 273:10
273:14 293:14
298:2
**categories (4)**
88:20 106:24 133:19
209:4
**category (3)**
119:14,17 155:10
**Catherine (1)**
211:21
**causing (1)**
34:2
**CD (34)**
36:20 42:24 65:14
71:22 77:8,14 78:8
79:11 89:22,22
90:13 97:17 100:5
103:19 147:3
155:21 190:16
191:21,24 192:6,8
192:21 194:21
195:3 197:2,18
215:5 218:13
219:23 232:18
234:8 249:17,20
252:8
**cease (1)**
185:14
**century (2)**
57:11 157:16
**cert (2)**
224:18 225:6
**certain (14)**
39:21 47:5 50:10,13
84:3 91:8 125:6
154:25 232:14

233:13 282:12
287:8,9,9
**certainly (18)**
38:12 40:4 52:16
53:20 57:3 58:3
62:20 63:16 103:8
135:22 145:13
152:18 156:3
164:21 182:24
209:15 216:13
269:12
**certificate (11)**
64:4 65:12 66:10
68:11 70:3,5 74:9
111:24 113:20
233:5 255:12
**certification (33)**
16:10 61:25 62:21
81:14 108:13,15
109:5 169:20 220:2
222:16 223:15
224:3 226:4,5,24
228:15 232:25
249:22 250:3,6
251:25 252:3
253:16 254:4,5,6
269:2,10,15 270:9
296:21 297:12,18
**certifications (4)**
32:8 223:19 226:19
226:22
**certified (9)**
2:18,19 50:12,14
99:16 128:9 186:9
192:10 286:22
**certifies (1)**
32:9
**certify (15)**
76:11 81:9 190:22
192:21 206:16
207:11 253:7,9,11
253:12,22,23 254:2
295:5,10
**certifying (8)**
206:4,7,25 207:23,24
221:12 253:17,20
**cessation (3)**
275:20,23 276:6
**CF-150s (1)**
200:16
**chain (3)**
164:12,15 204:12
**chairs (1)**
96:23
**chance (6)**
37:12 220:7 234:16
245:4 250:9 252:14
**change (18)**
14:18 18:2 20:21

24:13,15 25:6,8,12
25:21 129:14,16
197:19 198:7
200:18 201:10,21
203:15 213:25
**changed (6)**
18:7 21:7 24:10 28:21
143:5 291:20
**changes (15)**
33:25 82:14,15
190:11 191:2 192:7
192:10,15,20 197:8
197:13 207:24
214:5 260:4 297:10
**characteristic (1)**
91:2
**characteristics (1)**
74:6
**charge (1)**
81:6
**charter (2)**
118:16 121:2
**Chayes (3)**
162:21 163:18,22
**check (5)**
36:14 43:16 98:21
203:21 229:8
**checked (5)**
199:7,15,19 200:10
202:6
**checks (1)**
203:19
**CHERYL (1)**
4:24
**Chester (1)**
199:6
**chief (11)**
1:12 13:14,21 27:16
31:7 81:5 238:3
256:4,6 257:4,4
**choice (1)**
95:8
**choose (4)**
42:18 95:12 113:4
183:2
**Christine (3)**
162:21 163:18,21
**circumstances (9)**
85:11 86:5 112:14,17
112:21 124:14
237:12,15,19
**cited (1)**
286:16
**citing (1)**
189:20
**city (2)**
36:2 69:15
**civil (410)**
1:14 7:14 10:14,16

13:6 16:13,15 21:15
22:15 28:8,25 29:3
29:4,10,22 30:17
31:16 32:17,19 33:3
33:8,10 34:23 36:8
38:10 40:14 41:13
41:18,20,21 42:3,11
42:20,21 44:4,24
45:8,12,15 48:16
50:23 51:9 52:9
53:9,21 54:19 56:5
57:14 58:22 61:8,24
62:6 64:4 66:4 67:8
71:9,11,15 72:16,21
73:24 75:16 76:2,10
77:11 78:16 81:8,18
81:20,22 82:14 83:3
83:17 84:22 87:2,7
87:9,10,15,20,23
88:5,8,23 89:3,10
89:12,14,25 90:4
94:15,23 95:4,18
97:8 98:15 99:18
100:8,13 101:3,17
101:22 102:4,14
103:4 104:13,14,18
105:6,9,12 106:11
107:2,23,24 109:12
112:7,12,17,23
113:16,19,24
114:11,17,23 115:2
115:8,18,20 116:10
116:17,21,25
118:23 119:4,6,8,11
119:12,15,18,22,23
119:24 120:7,17,20
120:21,24 121:5,10
121:11 122:19,19
123:11,21 126:9
127:16 128:19,22
129:5,6,10 130:6,16
130:24 131:25
132:14,22,24 133:5
134:4,12,14,21
135:14,20 136:8,22
137:17,17,21,21
138:2,8 139:3,8,17
140:7,17,24 141:3
143:16,20,25
144:14 145:9,17
147:5,7,14,25 148:3
148:7,8,23 149:25
150:7 151:9 152:6
152:12,14,17 153:6
153:16 154:7,13,21
155:4,16 158:19
159:2,11 164:4
165:23 168:21
171:6 172:12,14

175:6 176:15 177:6
178:15 180:8,18
181:22 182:2,5,7,13
182:14,22 183:22
184:11,15,17,25
185:6,16 186:5,8
187:7,10,21 191:4
191:20 192:11,13
192:19,22 193:4
195:8,12,14,16,23
196:17,21 198:6,15
200:16,21,23,25
201:9,22,22,24
202:2,3,8,18,19
204:25 206:7,18
207:9 209:11,25
210:4,8,18,20 212:3
213:20 214:2,20
215:11,22 216:7,12
216:14,19,21,24,25
217:3,6,7,9,18,22
217:24 218:8,18,22
218:23 219:14,20
220:2 221:10,17
225:2 227:12
229:11 230:13
231:18 232:11
235:23 239:25
240:4,18 241:21
243:12,22 244:12
245:18,22 246:4,10
247:24 248:2,11,17
248:19 249:5,22
251:14 254:13,18
254:25 255:3,18,24
256:2,16 257:8,12
257:14,23 258:11
259:9 260:20 261:3
261:6 264:22,25
265:7,10,14 266:5,7
266:11 267:11
268:13,16 269:19
270:8 272:17,25
273:4,21 274:11,15
275:4,9 276:2,13
280:4,5,5 282:4
284:20 285:14,21
286:23 287:10,23
289:19 290:5,8
292:7,18 293:11
296:24,25 297:4,12
297:18
**claim (3)**
143:15,17,24
**claims (1)**
212:11
**clarification (1)**
40:23
**clarify (6)**

13:14 34:3 152:11
159:18 216:20
298:7
**clarity (1)**
131:16
**class (19)**
29:23 73:15 90:18,20
91:3 113:2,19 115:6
117:12,19 118:9
122:12 133:5
212:17 219:20
233:24 246:16
248:12 275:12
**classification (21)**
13:5,9,13,15,16,22
16:14,16 27:16,17
30:11 31:8 32:2,3
32:12 33:19 75:4
218:19 219:14
238:13,19
**classifications (1)**
218:23
**classified (10)**
41:21,21 42:4 89:17
94:15 97:8 104:19
116:25,25 218:19
**classify (1)**
42:11
**clear (26)**
7:24 22:3 39:21 41:6
56:2 59:11 80:3
146:15 152:11
156:23 159:20
161:4 178:12,21
216:5 243:7 249:10
250:19 257:21
269:6,23 276:4
277:12,14 281:14
281:19
**clearly (2)**
95:15 277:6
**clerical (14)**
203:17,23 204:4,6,8
204:10,13,14,17,24
205:2,3 226:19,20
**clericals (1)**
205:4
**clerical's (2)**
203:20,21
**clerk (6)**
111:7 114:8 186:17
186:22 218:24
219:3
**clerk/treasurer (3)**
218:16,18 219:4
**clients (2)**
50:4 74:15
**clock (3)**
86:2,4 230:17

**close (1)**
100:15
**CLR (3)**
1:23 295:4,18
**clue (1)**
148:16
**code (3)**
228:20,24 229:25
**codes (3)**
105:3 106:19 298:6
**codified (4)**
134:9 136:8,10,19
**Cohen (37)**
165:2,6,12 166:14,24
167:16 168:8,15,24
169:9,18 170:4,8
193:25 194:4,8
253:4 255:13 256:8
263:10 264:5,14,18
266:17,25 267:16
267:20 268:2,18
269:8,12,14 270:11
272:13 273:6
274:14 275:2
**colloquy (4)**
146:16,23 147:2
184:6
**color (1)**
12:2
**column (3)**
82:21 197:21 200:14
**combination (1)**
219:8
**combined (2)**
219:5,7
**combines (1)**
219:12
**come (11)**
6:23 13:21 17:16
25:12,21 35:9
126:13 167:5
182:19 194:18
284:22
**comes (9)**
47:18 146:25 148:22
150:23 206:20,25
207:20 253:12,25
**comfortable (1)**
53:14
**coming (2)**
35:22 261:13
**command (1)**
204:12
**commence (1)**
162:25
**comment (6)**
38:19 62:23 75:22
144:5,7 246:14
**commentaries (1)**

141:24
**commentary (3)**
70:19 146:16,19
**comments (1)**
216:4
**commission (1)**
155:17
**commissioner (1)**
117:8
**committee (6)**
33:17,23 34:5,8,12,19
**committing (1)**
236:20
**common (2)**
125:4 208:21
**communicate (5)**
176:5 180:18 182:17
270:25 271:5
**communicated (27)**
49:5 57:16 58:2,18
67:25 68:2 82:10
144:15 175:16,18
175:21,23 176:6,9
177:2 181:22
182:15,23 183:23
183:25 184:23
187:19 188:10,18
189:11 223:21
270:3
**communication (2)**
115:22 288:7
**communications (4)**
269:9 284:20 288:16
288:24
**comp (6)**
212:7,11,13,18
213:19 214:3
**comparable (1)**
13:16
**competitive (29)**
28:10 29:23 73:15
90:15,17,20,23 91:2
99:3,6 104:16 113:2
113:19 117:12,19
118:9,20 122:12
133:4 176:19
212:17 213:24
227:9,10 229:10
233:11,24 246:16
248:11
**complaint (28)**
95:24 150:13 262:11
262:20,23 263:3
266:19 267:2,10,14
267:22 268:21
271:3,13 272:15
273:5,23 274:9
284:6,10 285:3
288:9,17,25 292:6

292:10,17,21
**complaints (1)**
153:8
**complement (4)**
79:20 80:7 81:3 82:25
**complete (14)**
61:11 66:16 67:17
70:15 71:18 73:13
75:10 77:3 109:20
112:6 224:10,16
225:15,24
**completed (7)**
75:11 165:19 222:15
223:22 225:5,9
229:22
**completely (3)**
12:25 75:4 136:12
**completing (2)**
67:17 69:8
**completion (2)**
70:5 71:7
**compliance (7)**
87:23 122:19 224:25
244:12 287:16,18
287:25
**complies (5)**
37:8 38:7 79:15 220:9
**comply (7)**
44:8,15 74:2 75:22
83:14 85:22 153:16
**Compound (1)**
173:8
**Conceivably (1)**
52:2
**concern (1)**
53:7
**concerned (1)**
265:4
**concerning (9)**
62:8 166:14 167:16
183:12 269:2
280:21 281:6
288:16,18
**conclude (2)**
278:3,14
**concluded (1)**
294:2
**conclusion (7)**
153:20 187:4 191:11
212:25 264:18
276:22 284:22
**condition (1)**
83:5
**conditions (4)**
79:19 80:6 82:25
83:12
**conduct (7)**
49:22 54:21 120:23
121:11 153:17

292:8,19
conducted (6)
51:5 54:18 210:6
273:21 274:2,7
conducting (2)
56:11,17
confer (1)
203:8
conferences (1)
25:9
conferring (1)
191:15
confidential (1)
53:13
confidentiality (3)
52:11 53:3,6
confines (1)
41:3
confirm (1)
134:5
confirmed (1)
243:22
conform (1)
298:8
conformance (8)
22:15 102:23,24
253:13 254:3,19
255:5 269:19
conforms (1)
253:21
confused (1)
73:12
confusing (2)
94:3 116:2
confusion (1)
34:3
conjunction (4)
210:2 211:25 253:24
265:18
connection (12)
10:4 129:12 139:17
147:19 148:25
173:10 212:5
259:15 260:18
261:11 266:6
273:22
Connolly (10)
3:14 47:12 97:14
179:2 241:17
290:15,18 291:3,7
296:6
consensus (1)
264:19
consequence (1)
189:21
consequences (16)
180:20 181:24 182:5
182:8,9,12,15,22

183:22 184:2,24
185:4,6,12,25
188:20
consider (1)
235:18
consideration (5)
235:6,8,15 236:18,25
considerations (1)
55:24
considering (1)
178:22
consistent (11)
100:12 101:14,16
113:16 178:15
195:11 200:3 201:8
202:7,13 258:11
conspiracy (2)
62:7 284:16
conspired (4)
284:7 289:3 292:10
292:21
constitute (3)
149:15 206:14 276:3
constitutes (1)
156:16
constrained (2)
135:16 155:9
constraints (2)
162:17 196:15
constructive (1)
54:16
consult (3)
8:10 117:22,25
consulting (1)
83:21
contact (3)
84:16 170:24 286:14
contacted (4)
108:2,3,4 170:10
contacts (1)
171:13
contain (1)
67:5
contained (2)
54:13 127:15
contentious (1)
238:2
context (62)
8:15 9:4 26:12 44:4
44:12 46:7 47:3,19
49:5 56:12,18 58:8
60:11 68:19,23 69:5
70:13 90:16,20 93:4
98:25 105:8,20
107:5 109:8 115:2
115:13,24 123:20
134:3 149:4 157:19
186:15 203:16
206:6 210:12

212:16 216:8
218:14 220:23
221:4,9 222:13
224:6,14 228:22
235:9 238:15
240:23 247:16,24
248:2,4 251:10
253:10,17 254:14
255:3,21 275:19
280:5 286:5
contingent (1)
221:6
continually (1)
275:13
continue (1)
131:12
continued (7)
4:2 184:25 254:12,20
291:14 293:19
297:2
continues (2)
19:15 221:17
continuing (1)
185:8
continuous (1)
275:15
contract (1)
49:19
contractors (1)
49:22
control (4)
30:16 109:13 215:16
227:14
convenient (1)
79:12
conversation (21)
165:12 166:22 168:15
168:20 169:21,25
200:7 264:5,13,15
264:17 266:17
269:13 270:3,10,13
270:21,24 271:11
272:3,12
conversations (13)
165:5,9,15 166:14,18
167:15,19 168:12
261:20 263:14
268:19 284:14
288:5
conveyed (2)
193:2,16
conveying (1)
193:13
copied (2)
190:18 196:6
copies (3)
36:5,12 196:4
copy (9)
35:7,21 36:3 193:6

196:6 217:19
230:18,18 271:13
corner (2)
191:24 198:18
correct (28)
26:3,23 99:12 170:16
170:23 171:2,4,16
174:4 178:25
180:21 186:19
221:23 241:3
262:16 276:8
279:11,14 280:22
281:8 282:21
283:13 287:5,11,14
287:21 288:4 298:9
correcting (1)
181:25
correction (1)
171:7
correctly (5)
104:6 279:8,12
282:21 287:7
correspondence (2)
211:14 273:18
could've (3)
176:19,20,22
council (7)
60:4,8 64:22 65:5
66:12 72:5 255:12
counsel (6)
8:10 47:9,12 148:20
266:14 273:24
count (1)
131:4
Country (2)
4:6 30:19
county (166)
1:13,13 2:14 4:5,11
4:13 9:5 11:6,8,15
13:4,6 14:4,23
16:22 17:7 18:3,9
18:25 21:2 23:6
25:10 30:14,16 33:9
34:18,24 35:6 37:22
40:14 41:4,11,24
42:25 44:25 45:9
46:20,24 47:2,25
48:13 49:13 51:6,15
51:16 52:5 60:14,21
60:24 61:4,13,15,16
61:18,24 62:6 63:4
63:21 64:3,6 65:15
71:5 72:13,18,19,21
73:24 75:16 77:11
78:16 83:16 86:25
87:2 88:13 92:14
93:12 97:18 99:6,11
106:21 108:2 110:6
110:10,11 117:6

118:16 119:12,15
119:18,22,23,25
120:6,7,17,21,24
121:2,12 122:10,14
123:21 127:20,21
128:11 134:3,15
139:3,7,16 140:7
143:24 145:8,17
148:2,8 151:9 152:6
152:17 153:6,8,13
153:15 154:7,9
158:19 159:2,12,14
160:4,18 165:23
166:9 168:21 171:6
171:15,16 172:8,10
172:11 174:24
177:6 180:18
181:22 185:15,16
185:22,25 186:4,5
191:4 204:25
205:22 209:9,10
216:22 219:25
234:9 247:25 249:4
249:21 273:14
280:5 290:25
297:11,17
county's (9)
37:16 56:25 103:8,20
108:14,17 169:10
170:2 296:23
county-wide (8)
93:20 94:10,18 113:9
113:12 124:10
243:3,5
couple (3)
190:20 203:14 249:19
course (13)
8:9,21 33:20 60:7
61:3 63:3 64:5
67:12 121:19
122:25 146:20
158:17 259:5
court (22)
1:2 5:15 7:18 9:13
36:19 42:23 45:6
62:25 65:13 79:21
96:15,17 97:16
107:12 137:13
190:15 219:22
234:7 254:10
262:12 281:3
292:15
COURTNEY (1)
3:10
courts (1)
139:24
cover (1)
8:11
covered (2)

242:22 257:20
**covering (1)**
140:17
**covers (1)**
39:22
**create (4)**
32:14 121:10,13,18
**created (4)**
49:13 94:6 122:22
131:24
**creates (4)**
53:9 121:23 122:8,17
**creation (1)**
33:23
**credits (2)**
15:23 16:4
**crime (1)**
155:18
**criteria (10)**
201:16,19 202:15
207:2 208:18
236:16 237:13,18
258:2,6
**cross-check (6)**
203:22 208:2,7,19,25
209:13
**cross-checks (2)**
208:9,16
**CRR (3)**
1:23 295:4,18
**CS (1)**
205:15
**CS-150 (22)**
197:5 198:9 200:17
201:21 203:16
205:13 207:4,17,24
212:10 260:3
279:20,23 280:7,21
281:6,17 286:4,15
291:17 292:3 293:8
**CS-150s (5)**
206:14 253:24 254:5
273:19 292:25
**current (8)**
13:3 31:25 98:20
128:4 141:11 143:4
205:9 238:22
**currently (3)**
27:19 188:17 239:4
**cutoff (2)**
149:19 198:16
**cutting (1)**
135:21
**CV (1)**
1:7
**CW (1)**
15:20
**Cynthia (299)**

1:18 2:13 3:1 4:1 5:1
6:1,2,9 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1

203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1,7 298:4
298:24
**C-H-A-Y-E-S (1)**
162:21

**D**

**damage (1)**
289:3
**date (45)**
14:9 36:23 43:5,15
65:21 70:6 97:24
98:18 103:24
108:19 137:23
147:10 155:25
190:9,12 195:21
200:12,18 201:2,3,6
205:21 220:4 226:7
226:9,13,16 227:21
227:22,23 228:25
229:3,25 234:13
239:13 244:25
249:24 250:17
251:19,24 252:12
261:17 279:21
280:2 298:3
**dated (12)**
43:12 141:10 190:7
194:22,24 233:8
244:23 250:4

252:10 297:9,16,19
**dates (2)**
200:14,15
**day (14)**
17:16 19:24 20:3
69:16 155:2,3 276:2
276:5,5 279:9,10,14
294:9 295:15
**days (8)**
74:19 86:9 130:10
131:8,20 252:2,3
262:25
**day-to-day (1)**
26:13
**deal (3)**
146:24 155:17 218:10
**dealing (1)**
54:2
**deals (1)**
95:24
**decades (1)**
23:17
**decide (1)**
115:16
**decides (1)**
196:19
**decision (10)**
34:4 47:22 48:14
56:22 59:6 95:25
215:13,17 236:17
262:3
**decisions (1)**
205:5
**deem (1)**
81:11
**deemed (1)**
13:15
**Deer (1)**
231:3
**defend (2)**
96:5 147:21
**defendant (1)**
144:17
**defendants (2)**
1:16 10:22
**define (9)**
44:23,25 45:7,9 51:24
114:18 140:22
218:5 290:21
**defined (6)**
46:12 84:12 118:13
154:25 290:4,8
**defines (2)**
123:12 135:14
**defining (1)**
45:13
**Definitely (1)**
31:7

**definition (7)**
83:23,24 105:9,11,12
105:13 280:16
**definitions (2)**
114:17 155:5
**definitively (1)**
117:22
**degree (3)**
15:20 16:2 103:3
**delegated (1)**
289:23
**delegation (2)**
191:5,9
**demonstrate (1)**
237:18
**department (139)**
1:11,14 3:21 4:11
13:7 17:2,5,7 23:7
24:17 30:14,15,18
32:11,13 33:12,13
41:13 48:2,17,19
49:3 57:14,16,19
63:7,17,20 64:2
67:8 69:16 72:17,20
77:11 81:6,18 83:7
83:17 89:25 90:4
101:4,10,19 102:5
105:16 107:23,25
108:5 110:7,8,11
112:22 114:18,21
114:23 117:5 121:5
121:10 128:12
134:3 136:4 139:4
140:7 142:9 143:12
143:25 145:9 148:2
148:8 149:25 150:8
152:7 153:6,15,18
160:10 161:19
164:5,6 165:23
166:11 168:4
172:12,14 174:15
176:21 177:12
182:2 184:11,16
185:16 191:4
192:13,19 198:15
201:9 202:21
209:12,25 210:5,9
210:19 212:3
219:25 221:11,16
227:7 238:9 248:18
249:4,21 250:16
255:17,23 256:5,7
257:12,23 259:9
263:6,8,20 264:23
265:15 266:5,12
268:17 273:4,21
274:15 276:2
287:23 290:19,22
291:5 292:8,18

297:11,17
**departments (10)**
18:9 20:25 23:5 42:8
63:12 72:11 81:11
118:16,17 238:17
**department's (1)**
48:18
**depends (5)**
75:13 125:2 237:16
247:4 290:21
**depleted (4)**
79:21 81:3 83:2 205:8
**deposed (1)**
6:19
**deposition (28)**
1:18 2:13 5:11 6:21
7:9,10 11:6,12
62:13 97:4 103:12
115:24 135:18
138:2 147:21
162:12 258:25
259:15 260:7,10,18
260:21 261:8,12
262:5 273:10,16
298:3
**depositions (2)**
103:6,17
**DEPUTY (1)**
1:12
**derogatory (1)**
282:17
**describe (4)**
23:22 24:14 90:19
286:5
**described (8)**
37:16 86:6 88:12
172:6 173:22
195:24 271:12
276:10
**describes (5)**
118:16,17,19 252:22
255:3
**describing (1)**
273:25
**description (3)**
115:5 296:14 297:3
**designate (1)**
114:13
**designated (6)**
191:16 196:16 204:4
204:5,7,10
**designation (1)**
222:17
**designee (3)**
18:22 56:25 136:5
**desist (1)**
185:14
**desk (2)**
35:4,23

**destroy (1)**
284:8
**detail (2)**
49:14 143:5
**detailed (1)**
33:11
**details (1)**
45:18
**determination (8)**
37:21 149:20,24
201:10 202:12
274:20,20,24
**determine (8)**
52:19 117:22 192:20
195:3 197:18 199:2
246:24 258:3
**determined (6)**
125:9 149:9 188:16
188:23 223:6 293:2
**determines (4)**
47:5 81:2 109:14,16
**determining (1)**
201:20
**developments (2)**
144:13,14
**devises (4)**
45:25 46:4 47:2,7
**die (1)**
127:22
**dies (1)**
251:16
**differ (1)**
140:23
**difference (4)**
66:23 67:4 68:20
91:25
**different (30)**
22:18 24:5 26:22 41:2
41:4 42:18 50:8
66:19 67:6 77:13,19
77:24 78:11 83:19
87:12 88:24,25,25
106:23,24 110:4
123:13 132:10
135:13 189:6
231:23,25 238:16
247:21 253:17
**differently (1)**
75:7
**differs (1)**
213:13
**difficult (3)**
76:4 208:22 255:2
**difficulty (1)**
122:4
**Dime (1)**
15:2
**direct (3)**

164:7,24 245:16
**direction (3)**
41:12 71:6 83:3
**directions (2)**
49:20 232:8
**directive (1)**
115:9
**directly (5)**
35:24 161:7 164:18
200:13 230:6
**director (14)**
13:5,9,12,16 27:17
28:2 30:11 32:2,12
33:20 117:7,9
209:15 238:4
**disagree (1)**
103:9
**disagreeing (1)**
52:18
**disapproval (1)**
286:22
**disapprovals (5)**
170:3,17 171:17
173:11 174:5
**disapprove (1)**
201:21
**disapproved (4)**
169:2,24 201:11
286:15
**disciplinary (5)**
165:25 166:6,8 210:2
275:11
**discipline (2)**
56:4 210:13
**disclose (1)**
55:23
**disclosed (1)**
162:8
**discontinuation (1)**
291:25
**discover (1)**
284:14
**discuss (11)**
167:2 168:7,23 169:4
263:2,7,11,13 267:9
267:19,24
**discussed (18)**
157:17 168:4 169:8
169:17 170:4,7
172:2 180:7 255:13
263:5,17,19 264:4
267:6 268:3 270:8
272:8 273:3
**discussing (3)**
54:25 265:13 269:14
**discussion (12)**
64:17 89:19 131:14
138:6 179:25 190:2
260:12 265:9,22

266:18,24 278:10
**discussions (4)**
266:4 272:23 284:12
284:19
**dismissal (1)**
265:5
**dismissals (1)**
197:15
**dispatcher (7)**
40:9,24 41:14,19,24
42:13,15
**dispute (2)**
74:14 188:5
**disputed (2)**
62:16 103:2
**disregarded (1)**
133:18
**disruptive (2)**
141:25 142:4
**dissertation (1)**
145:16
**DiStefano (354)**
1:18 2:13 3:1 4:1 5:1
6:1,2,9,15,16 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1,18,19
18:1 19:1 20:1 21:1
21:21 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1,22,25 37:1
38:1 39:1,25 40:1
41:1 42:1 43:1,4
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1,20 65:1,19,23
66:1 67:1 68:1 69:1
69:22 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
79:23 80:1,10 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
89:6,22 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1,23 98:1,3
99:1 100:1 101:1
102:1 103:1,23
104:1 105:1 106:1
107:1 108:1,18,23
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1

121:1 122:1 123:1
123:19 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1,3 134:1
135:1 136:1,17
137:1,14,22 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1,9
147:23 148:1,25
149:1 150:1,11
151:1 152:1,23
153:1 154:1 155:1
155:24 156:1,3
157:1 158:1 159:1
160:1 161:1 162:1
163:1,11 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1,8,11,14
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
205:25 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1,3,6 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1,12,15 235:1
236:1 237:1 238:1
239:1,12,15 240:1
241:1 242:1 243:1
244:1,24 245:1,3,21
246:1 247:1 248:1
249:1,23 250:1
251:1 252:1,11,14
253:1 254:1 255:1
256:1 257:1 258:1
258:24 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1,3
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1

279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1,7 296:13
297:2 298:4,24
**distinction (4)**
42:8 66:18 100:22
269:23
**distribute (1)**
36:5
**district (5)**
1:2,2 30:16 106:21,22
**districts (4)**
18:9 30:18 105:4
106:6
**divided (2)**
24:17 32:7
**division (9)**
28:23 32:3,8 33:13
122:18 223:19,19
238:6 239:2
**divisions (2)**
238:8,10
**dock (1)**
39:9
**doctor (2)**
54:20 55:9
**document (88)**
37:3 38:6 40:5 42:24
43:3,8,8,14 45:22
49:13 51:11,13,20
53:2,21 54:14 55:19
60:11,16 65:15,24
67:3 79:25 83:22
97:17,21 98:4,18
103:20,22 104:4,7
104:11 106:4,15
108:8,11,12,14,16
108:24 109:2
123:15 137:15
138:21 141:10,15
147:3,24 156:4
190:16 191:22,23
192:4 195:4 197:3
197:25 198:19,20
200:12 205:7,25
206:3 217:20
219:24 221:24
227:20 229:7,16
230:11 232:18,21
233:8 234:9,17
236:6,19 239:9,11
241:21 245:4 252:4
252:8 296:16,18,20
296:23 297:15
**documentation (10)**
81:16,20,21,23 103:5

103:16 132:23
284:13,21 288:6
**documents (32)**
38:11,14 44:5,23,24
45:7,8,13 51:12,23
52:5,25 53:9,16,20
55:22 67:5 118:3
172:20 190:24
191:16,19 195:3
200:22 201:2
215:10 231:19
259:17,19,22
260:15 273:12
**doing (5)**
7:11 48:21,25 49:23
62:9
**DONOVAN (1)**
4:3
**door (1)**
36:2
**doubt (1)**
211:20
**doubts (1)**
50:15
**draft (1)**
32:14
**drafted (1)**
177:20
**drafting (2)**
33:14 66:19
**drafts (1)**
122:13
**driving (2)**
76:7 121:20
**drop (1)**
116:3
**due (1)**
79:21
**duly (3)**
6:4 243:21 295:7
**duration (3)**
83:4 111:18 275:22
**duties (13)**
19:9 22:11,17,19
23:11 29:13 31:18
31:25 100:22
219:16 248:7,12,13
**duty (9)**
181:3 190:24 246:7
247:23 248:5,8,8,18
253:12

---

**E**

**E (2)**
295:2,2
**earlier (11)**
160:3 172:25 186:17
196:14 231:22
232:10 237:2

242:22 248:21
262:10 289:10
**earn (5)**
16:5 70:3 82:7 84:3
86:21
**earning (3)**
87:19 88:15,21
**earns (1)**
68:10
**earth (1)**
39:14
**easier (1)**
115:23
**EASTERN (1)**
1:2
**Ed (7)**
212:5,9 213:18 214:2
214:13 257:5
283:23
**edition (3)**
205:7,9,23
**education (2)**
15:14,18
**educational (2)**
73:22 74:22
**Edward (5)**
1:3 211:23 256:4,6,11
**effect (4)**
5:14 91:20 282:18
283:2
**effective (6)**
200:14,18 201:2,3
228:25 229:25
**effort (2)**
269:22,22
**efforts (7)**
170:2,7,16 173:10
174:4 269:17
287:24
**eight (1)**
50:8
**Eighteen (1)**
72:2
**either (24)**
16:9 21:12 22:5 55:16
57:9 89:22 111:9,11
134:14,22 143:19
143:21 144:17
154:23 157:19
222:14 241:18
268:18 269:8
271:18 273:5
287:17,25 295:10
**elected (2)**
25:14 118:12
**elections (1)**
108:4
**elements (1)**
45:25

**eligibility (1)**
241:2
**eligible (36)**
32:9 90:25 91:11,12
92:12 93:12,14,20
94:11 97:10 100:18
113:3 123:24,25
124:8,15,17,21
125:20 127:9,11
128:4 130:8 131:19
131:24 132:4
133:11,17 149:10
149:18 191:2 241:8
243:11,15 244:18
258:7
**eligibles (21)**
90:25 108:13,16
109:5 111:24
113:21 130:23
149:2 220:2 222:16
224:3 226:5,6
228:15 249:22
250:4 251:25 252:4
296:22 297:13,18
**eliminated (3)**
235:5,8 236:18
**Elmsford (1)**
3:13
**emergency (5)**
80:6 81:12 82:25 83:4
83:12
**emphatically (1)**
147:16
**employ (4)**
100:4,6,12 185:8
**employable (1)**
86:6
**employed (14)**
14:21,24 81:25 82:6
100:17,20 157:11
167:7 168:20
169:10,18 170:8
186:14 275:13
**employee (20)**
74:6,8,8 102:6,7
113:5 117:11
135:12,15 144:19
154:16 158:25
186:25 197:14,17
206:15 212:18
248:11 276:5,24
**employees (14)**
74:25 94:17 153:13
165:10 180:7
210:17 257:6
269:18 276:13
278:25 279:25
280:8 282:2 285:19
**employee's (1)**

169:24
**employer (1)**
157:4
**employers (2)**
32:10 151:5
**employing (3)**
102:22 178:13 181:24
**employment (50)**
8:21 9:4 22:13 34:18
40:11,16 41:10
69:25 79:17 80:11
80:12 82:18 83:25
85:2,4 100:7 102:23
111:19 140:18
158:18 167:20
168:25 169:3 185:2
185:22 190:25
202:20 253:8,10,12
253:19,21,23 254:2
254:6,12,19,20
255:4 260:2 275:20
275:23 276:6 279:4
279:7,13 280:17
291:16,23 292:2
**enact (1)**
152:19
**endeavor (1)**
12:13
**ended (1)**
291:23
**ends (2)**
279:15 282:17
**enforce (7)**
144:25 152:17,21
153:7 184:16
216:19,22
**enforcement (6)**
69:19 78:17 88:18
89:7 166:12 231:24
**enforces (1)**
152:13
**enforcing (1)**
217:7
**engaged (1)**
62:6
**ensue (2)**
182:10 188:20
**ensure (3)**
80:8 287:18,18
**ensuring (1)**
207:3
**enters (1)**
203:17
**entire (7)**
18:18 21:23 113:7,11
138:5 142:14
185:21
**entirely (2)**
159:21 162:15

entities (1)
267:2
entitle (1)
276:15
entitled (4)
57:4 147:5 276:24
277:3
entity (4)
15:5 157:10 198:21
229:23
entry (1)
86:22
entry-level (2)
84:8 86:24
equate (1)
289:20
ERRATA (1)
298:1
errors (1)
298:10
escapes (1)
11:18
especially (2)
59:5 96:10
ESQ (4)
3:7,14,24 4:16
essentially (3)
13:17 38:10 278:8
establish (4)
105:20 124:20 151:15
246:12
established (17)
46:8 103:15 124:7
150:20 166:9 175:5
227:6,11,24 229:11
237:20 242:7,10,16
251:7,15,25
establishes (2)
32:8 106:9
establishment (4)
131:8,19,21 251:8
estimate (1)
36:9
ETF (1)
12:2
Ethan (1)
196:12
evaluated (1)
156:19
evaluating (2)
26:10 237:14
evaluation (16)
46:23 47:2 49:15
56:12,18 58:8 77:10
77:12,14,23,25
78:10,10,15 79:7
163:14
evaluations (8)

26:16 44:21 45:2,9
46:2,11 49:18,22
event (3)
52:18 122:4 146:19
events (1)
23:17
everybody (4)
99:12 149:18 155:12
224:16
evidence (1)
284:15
evolve (1)
258:15
exact (2)
14:9 189:19
exactly (5)
42:5 112:3 175:8
211:5 281:24
exam (27)
47:18 50:24 51:4,5,7
51:8,9 54:22 55:7
55:15 56:23 124:22
125:9,16,22 127:2,6
127:8 128:21
129:22 130:19
131:4,13 176:20
235:22 240:19
242:3
examination (30)
6:11 20:17 26:2 28:8
28:16,24 29:9 31:16
44:14 45:19,21,23
49:10,12 52:10 55:7
90:23 91:9 124:6,20
125:12,13 126:14
126:23 129:19
243:19 244:19
278:17 290:17
291:8
examinations (13)
28:23 33:18 54:18
55:11 122:18
128:23 130:25
223:18 238:3,6,13
238:25 240:17
examined (1)
6:4
examinee (1)
47:16
example (10)
94:7 135:3,10 233:6
233:12,14,16
235:14 236:10
280:12
exams (9)
55:3 56:3,3 124:23,24
125:3,5 234:5 240:3
exceed (1)
83:25

exceedingly (1)
145:5
exception (1)
237:22
exceptions (9)
89:24 94:13 128:15
131:9 136:10 237:3
237:10 240:10
276:9
exclusive (2)
243:5 273:24
Excuse (2)
203:4 232:12
executive (2)
25:10 57:9
executive's (1)
30:17
Exempt (1)
104:20
exercise (3)
116:19 117:2,12
exhausted (4)
124:2 127:8,10,11
exhibit (41)
36:22 43:4 65:20
66:14 97:23 103:23
108:18 137:14,22
138:2 147:9 155:24
190:8,11 219:23
220:3 234:8,12
239:12 244:22,24
249:17,23 252:11
296:15,16,17,18,20
296:21,24 297:4,7,8
297:10,11,14,15,16
297:17,19
exhibits (3)
260:10 296:13 297:2
exist (6)
51:24 52:21 124:12
126:12 240:6,13
existed (1)
233:4
existence (3)
45:14 103:7 124:15
existing (2)
124:24 251:16
exists (3)
111:14 125:20 136:2
expanded (1)
183:15
expands (1)
140:14
expect (5)
201:4,5,5 280:20
281:5
expectations (2)
165:22 201:8

expected (1)
78:5
expects (1)
200:25
expediency (1)
19:21
experience (3)
58:22 105:16 187:7
experienced (1)
24:21
experiences (1)
18:16
expert (7)
18:12,14 19:5,12 56:3
118:25 132:24
expertise (1)
266:12
expiration (3)
226:7,13 251:19
expire (1)
124:18
expires (1)
226:6
explain (21)
32:21 33:3 34:2 38:17
40:6 48:19 57:18
62:14 82:5 91:5
96:8 98:24 123:23
133:7 193:5 197:10
200:10 206:9
224:13 251:12
254:17
explained (7)
25:23 26:19 69:23
116:21 240:11,18
251:21
explains (3)
51:3,13 55:19
explanation (1)
56:7
explicitly (1)
157:5
explore (2)
107:7,14
exploring (2)
107:20 176:11
express (1)
158:3
expressing (1)
270:6
expression (1)
266:20
extend (1)
99:20
extended (1)
251:8
extension (1)
251:21

extent (15)
51:12 53:8 55:5
111:13 151:16
152:16,20 153:5,25
154:20 158:2,5
164:15 187:6
287:13
extenuating (2)
237:12,14
extra (1)
236:4
extraordinary (1)
237:18
E-mail (1)
54:6

_____

F

F (1)
295:2
face (2)
39:14 277:12
fact (14)
18:12,17 36:11 96:24
103:3 127:17
131:22 135:25
181:2 188:4 233:21
277:11 291:13
293:2
factor (1)
85:9
factors (2)
26:9 93:13
facts (7)
19:2,7,9 62:4,15
145:15 298:8
factual (1)
161:5
fail (9)
226:3 235:3,4 236:24
240:19,21,25 241:6
241:7
failed (3)
130:14 235:22 236:11
fails (5)
130:10,25 131:3,5
224:17
failure (1)
143:25
familiar (10)
40:6 138:15 149:4
151:5,8,8 213:5
247:20 248:4
266:22
familiarize (1)
137:5
far (29)
40:20 61:23 64:3
75:15 87:5,20
114:12 144:19

156:14 165:16
175:24 181:21
188:18 189:10
205:15 214:6 233:7
246:2 248:17 256:3
256:13,21 273:8
274:14 276:25
292:6,17,24 293:8
**fashion (4)**
20:6 37:24 132:18
159:24
**federal (6)**
7:13 9:13 18:24
139:24 162:11
262:11
**felony (1)**
236:21
**Fifth (1)**
3:5
**figure (3)**
128:8,8 203:9
**file (4)**
109:17,24 129:18
259:18
**filed (3)**
112:14,18 262:11
**filing (1)**
5:4
**fill (5)**
12:5 109:19 113:2
149:21 229:24
**filled (2)**
200:4 250:17
**fills (1)**
206:2
**Finance (1)**
30:15
**find (5)**
19:8 59:21 127:17
161:9 207:21
**finding (1)**
11:24
**fine (7)**
86:23 87:24 96:7
183:17 195:17
217:8 284:3
**finish (2)**
7:19,21
**Fiorillo (10)**
4:22 280:12,15,21
281:6 283:5,11
288:7,18 293:13
**Fiorillo's (1)**
289:2
**FIORILO (1)**
1:3
**fire (11)**
114:19 116:19 117:2
214:8,13,16 215:6

215:24 217:25
218:12 290:9
**firing (8)**
197:14 215:9 216:6
289:11,14,21,24
290:19
**first (34)**
6:4 8:7 15:19 17:13
25:22 32:20 48:25
49:11 84:24 94:18
104:3 113:20 130:4
138:25 151:16,23
168:15 185:4
195:21 220:20
222:8 224:10
240:24 243:2
245:17 252:20,21
253:2,5 262:19
263:5 264:24 271:6
276:21
**FISHBEIN (1)**
4:3
**fitness (16)**
44:20 46:6,21 55:4
77:23,25 78:20 79:6
79:8 90:22 234:24
235:4,25 236:9,11
236:13
**five (13)**
27:3 62:8 135:13
177:17 225:10
241:11 242:4,20
275:3,13,15 278:24
284:24
**fixed (1)**
201:19
**Flower (1)**
30:20
**flows (1)**
223:7
**fluctuate (1)**
204:20
**focus (2)**
146:12,13
**focused (2)**
28:4 143:8
**focusing (1)**
138:20
**follow (4)**
80:4 99:25 116:23
286:23
**followed (1)**
152:23
**following (5)**
79:18 280:8 281:15
282:24 285:4
**follows (1)**
6:5
**follow-up (4)**

274:7 278:13 292:5
292:16
**follow-ups (1)**
290:14
**force (3)**
5:13 35:4 287:3
**foreclosing (1)**
159:20
**forever (3)**
225:20 228:8 235:14
**form (119)**
5:7 10:5,7 15:18
23:14 32:24 33:6,17
41:15,25 56:13,19
61:6 64:8,25 66:20
72:14 73:6 74:10
82:17,20 84:15 85:6
91:15 99:23 100:15
100:25 101:24
102:9 104:24
108:12 109:15,19
109:24 111:14,24
112:6,20,22,24
113:3 117:18 118:6
129:8,15 132:5,13
140:9 141:6 155:5,6
160:9 166:4 169:12
169:22 171:8,21
174:6,11 178:18
180:24 186:20
187:23 189:14
190:7,17 191:8
192:21,23 193:17
194:11 195:6
196:23,24 198:20
199:9,12,16,21
200:4,4,8,20 201:12
205:9,16,23 206:19
207:5 208:20
212:22 215:5,20
216:3 218:3 222:17
222:20,24 223:12
223:23 225:17
229:13 231:21,23
231:25 234:17,20
234:22 243:14,25
249:19 250:5 252:6
268:23 269:16
271:21 272:20
293:6 297:8
**formal (5)**
15:22 16:9 166:8
217:20,21
**formalized (2)**
23:10 143:11
**format (2)**
138:20 190:22
**former (1)**
1:10

**forms (4)**
104:22 190:18 203:25
246:24
**forth (12)**
33:9 48:23 57:11
71:19 81:4 82:4,18
116:22 120:23
142:22 145:20
295:7
**forward (4)**
167:25 168:5,6
287:18
**foundation (5)**
67:10 152:15 170:19
171:25 181:2
**foundational (2)**
151:23,25
**four (18)**
32:5 84:25 92:7 104:9
124:17 126:21
224:25 225:10,14
225:19 241:11
251:13,15,24
288:12,21 289:6
293:16
**fourth (1)**
145:6
**four-page (4)**
103:19,22 104:7
296:20
**four-year (1)**
124:19
**frame (6)**
41:16 111:17 132:15
133:13 163:5
173:15
**frames (1)**
195:20
**FRANK (2)**
1:3 4:22
**frankly (3)**
40:2 135:17 158:11
**free (3)**
8:12 39:18 52:23
**fulfill (3)**
73:21 246:8,9
**full (10)**
20:19 59:23 86:16
239:20 245:17,17
248:7,9 253:5,5
**fully (1)**
162:13
**full-time (25)**
60:19,20 64:24 65:7
68:7 69:11 70:2,14
72:7 73:14 74:7,25
76:17 77:20,25 78:3
78:12,21 79:20 80:7
81:2 85:17,20

236:14 246:15
**function (6)**
73:20 197:10,12
202:20 234:22
248:9
**functioning (2)**
68:12 102:19
**functions (2)**
200:2 219:12
**further (16)**
5:6,10 20:16 49:14
157:14 177:6,25
216:10 228:19
235:5,8 236:18
261:19 290:12
291:7 295:9
**fuss (1)**
258:23

—————————

**G**

**game (1)**
108:8
**gender (1)**
12:2
**general (8)**
10:12 41:5,8 47:16
167:19 168:7
171:22 264:21
**generally (6)**
51:4 54:17 167:22
172:2,7 179:12
**generate (2)**
132:4,6,9
**generated (3)**
141:16 206:22,23
**geographic (1)**
22:24
**geographical (2)**
29:20 41:3
**geographically (2)**
94:6,25
**George (25)**
1:12 3:11 95:16
179:19 180:5,21
181:2,6,18 188:4,17
188:24 210:21
211:13 214:16
229:19 256:22,24
257:5 259:10 267:8
270:17 272:6
292:10,21
**getting (8)**
76:8 100:15 143:9
176:11 268:5
274:22 287:25
288:2
**GILLY (1)**
3:3
**Gino (3)**

17:18,19 21:21
**give (15)**
  55:25 58:15 125:6
  127:24 132:7
  134:18 142:14
  145:16 160:22
  161:12 162:17,19
  192:13 217:11
  242:14
**given (20)**
  8:14,18,21 9:3 28:13
  39:17 40:4 103:3
  124:22,23,24 125:9
  125:13 176:19
  222:25 241:12
  242:17 277:9
  283:10 295:9
**gives (2)**
  96:24 241:10
**giving (3)**
  55:15 106:17 161:13
**glanced (1)**
  262:24
**glancing (2)**
  247:14,17
**go (29)**
  15:13 25:11 32:17
  35:11 46:15 50:17
  55:8 61:18 64:16
  68:14,16 69:17
  74:16 107:20
  138:10 150:4 154:4
  156:7 157:13 164:5
  178:19 213:3 234:3
  265:8 278:20 282:9
  282:14 283:24
  284:2
**God (1)**
  148:18
**goes (9)**
  19:11 33:21 68:8 69:7
  76:6 111:20 138:12
  212:18 258:16
**going (87)**
  7:17 18:15 19:22,24
  20:2,3 25:2 30:9
  35:14 37:10 38:3,15
  39:2 40:2,22 42:21
  55:17 58:15 59:9
  62:13,14 63:24
  64:14 70:19 73:8
  76:21 79:11 88:7
  90:13 92:5 93:2,4
  94:20 95:15 96:11
  101:13 103:9
  108:21 115:14
  116:2 123:6 135:8
  136:12 141:23
  146:2,8,16 149:23

150:13,17 152:24
155:13 156:5
157:11,13 158:12
159:17 160:24
162:5,7 163:2,7,8
171:20 172:19
173:3 178:14 183:3
184:6 189:15 193:3
212:23 216:2,23
219:22 235:20
251:3 254:11
258:22 261:25
263:24 265:2
277:18 285:4
287:18 290:15,23
**gonna (1)**
  17:16
**good (4)**
  6:16 58:25 241:15
  277:9
**gotten (4)**
  54:10 153:22 222:15
  278:8
**govern (2)**
  120:23 141:5
**governing (3)**
  118:14,23 136:18
**government (1)**
  15:5
**governmental (1)**
  156:17
**governs (1)**
  121:11
**graduate (3)**
  15:23 16:4 234:5
**graduated (1)**
  15:7
**graduating (1)**
  15:12
**Graff (392)**
  3:7 6:12,17 7:4,13,15
  8:24 9:2 10:11
  11:10,23 12:7,16
  18:21 19:17 20:2,8
  20:9 23:19,21 24:5
  24:7 25:4,5 28:19
  28:20 33:2 34:16
  35:19 36:4,16,19,24
  38:2,16,23 39:20
  40:15 41:7,9 42:9
  42:10,23 43:6,22,23
  45:15 46:5 47:14,24
  49:4 50:20 51:2,22
  52:14,17 53:5,15
  54:2,15,24 55:12,20
  56:6,8,16,24 57:21
  58:4,6,17 59:7,11
  59:20,22 61:12
  62:18,22 63:14,19

64:19 65:4,13,22
66:22 68:6 69:2,11
69:21 70:22 71:3,4
71:11,14 72:21,25
73:10 74:3,20 75:6
75:8,15,19,24 76:15
77:5,7 80:3,5,17,22
81:22,24 85:14,18
85:25 86:14,20
87:25 88:4,10 89:5
89:11,18,21 90:6
92:17,20 93:2,9,11
94:2,4,23 95:7,10
96:4,17 97:2,7,16
98:2,16 99:24
100:10,11 101:8,9
101:16,21 102:3,15
103:10,18 104:2
106:10 107:9,16,24
108:10,20 111:5,13
111:18,21,22 112:4
112:16 115:21
116:7,14 117:17
118:2 119:3 121:4,8
121:9,21,22 122:7
123:4,9,14,18 126:5
126:10 127:7 128:2
130:2 131:16 132:8
132:12 133:2,25
134:17 135:5,25
136:16 137:2,13,25
138:12,13,19
139:12 140:2,3,19
141:9,16,17,23
142:3,6,19 144:3,11
144:21 145:6,19
146:4,13,24 147:20
147:22 148:6,24
150:23 151:2,18,24
152:4,22 153:4
154:3,6 155:6,19
156:2 157:23
158:14,16 159:15
159:25 160:2,23
161:4,14,18 162:2
162:10 163:5,17
165:8 166:5 167:12
167:14 169:14,16
172:4,5,12,24 173:4
173:9,20,25 175:9
175:17 178:21
179:7,20,23 180:14
180:15 181:5,16
182:7,14 183:9,13
184:4,12,18,22
185:5 186:5 187:15
187:16 188:8,25
189:7,24 190:5,13
191:14 194:14

195:11,17,18
200:23 201:18
203:2 205:24 208:6
211:4,10 213:16,17
215:3,14,18 216:9
216:20 217:4,12,17
219:22 220:5 223:8
223:9 226:15
228:14 230:16
234:7,14 235:13
236:22 237:9 239:8
239:14 240:6
241:23,24 243:17
244:2,10,20,22
245:2,11,15 249:20
250:2 252:7,13
256:20 257:16,19
259:3,6 260:8,11,14
261:22 262:2,15,18
264:2,24 265:21,24
266:2 268:11 269:4
269:7 271:16,22
272:18 273:17
274:23 275:17
276:19,23 277:17
277:25 278:12,21
280:23 281:10,16
282:7,20 283:14
289:9 290:13,16
291:9 293:7 294:2
296:4,7
**Graff's (1)**
  282:8
**grant (1)**
  237:22
**granted (2)**
  258:10 275:4
**grants (1)**
  275:10
**great (5)**
  20:8 36:16 51:22
  76:16 290:11
**greater (1)**
  152:20
**grossly (2)**
  183:5,19
**ground (1)**
  96:7
**grounds (1)**
  183:4
**guarantee (1)**
  135:12
**guess (2)**
  18:14 228:11
**guessing (2)**
  28:14 116:4
**guidance (9)**
  154:8 192:14,19,25
  193:15 194:9,13,14

194:17
**guide (1)**
  150:3
**guided (1)**
  182:2
**guideline (8)**
  88:11,20,24 107:3
  115:14,15,25 198:5
**guidelines (37)**
  49:21 87:5,8,9,10,11
  87:20,23 88:6,9
  89:2 105:7 113:17
  113:25 114:11,16
  114:25 116:12,18
  117:3,13 119:8,15
  129:7 130:6,17
  132:2 139:14 140:5
  151:10 178:16
  195:12 202:16
  215:23 225:2
  235:24 246:11

**H**

**hair (3)**
  11:22,22 12:2
**half (10)**
  51:18 62:10 82:9
  84:17 136:13
  157:16 192:6
  194:21,23 242:17
**hand (2)**
  162:16 295:15
**handing (10)**
  37:3 43:9 65:25
  108:24 220:8,11
  239:16 245:6 250:7
  283:25
**handle (2)**
  193:4 255:25
**handling (2)**
  24:22 178:2
**handwritten (3)**
  198:23 203:14 229:24
**happen (3)**
  208:16 243:2 264:14
**happened (2)**
  249:11,12
**happens (2)**
  127:13 197:16
**happy (3)**
  103:10 163:11 261:24
**harassment (1)**
  62:11
**hard (1)**
  232:3
**harm (1)**
  284:17
**HATTER (1)**
  4:3

**Hauppauge (5)**
1:18 2:2,16 4:15 6:10
**head (6)**
36:2 105:14 110:10
114:21 134:19
291:5
**headed (9)**
43:2,3 65:16 97:19,21
108:12 197:22
296:16,18
**heading (4)**
66:8 79:16 109:6
228:20
**heads (4)**
114:19 117:6 290:19
290:22
**hear (2)**
7:25 30:24
**heard (2)**
143:17 211:25
**hearing (1)**
288:17
**heart (3)**
39:16,25 40:4
**Heights (1)**
15:11
**held (18)**
2:13 13:8 15:4 20:12
22:20 25:25 31:5
35:14 64:17 89:19
131:14 174:14
175:2 176:23 190:2
260:12 265:22
278:10
**help (7)**
39:12 108:9 143:9
146:6 155:19
158:13 184:21
**helpful (2)**
142:2 150:19
**helps (2)**
69:13 218:14
**hereinbefore (1)**
295:6
**hereunto (1)**
295:14
**Hesse (34)**
1:12 3:11 47:13 95:16
103:2 143:22
179:19 180:5,22
181:2,6,18,25 183:7
188:4,17,24 210:21
211:8,13 214:16
229:19 256:22,24
257:6 267:8,12
270:17 272:6 284:6
284:16 289:3
292:10,21
**Hesse's (2)**

95:21 259:10
**high (5)**
15:7,9,10,12 234:5
**higher (2)**
15:13,18
**Highway (4)**
2:2,15 4:14 6:10
**hire (26)**
54:22 91:19,23 92:5,6
93:16,17,21 94:8,10
113:18 114:19
116:19 117:2
118:13 124:4
188:13 214:7,13,16
215:5,24 217:25
218:12 222:18
290:9
**hired (23)**
68:7,14,18,21 69:6,7
70:7 81:17 83:13
91:12 94:8,17 95:19
101:12 102:7
170:21 178:24
224:11,25 229:4
282:3,5 286:8
**hires (1)**
69:14
**hire/fire (1)**
117:13
**hiring (16)**
69:3 178:22 197:14
215:8 216:6 232:8
281:22 285:7,11,15
286:2 289:10,14,20
289:24 290:20
**hirings (1)**
287:8
**history (5)**
40:13 90:3 142:14
143:18 209:25
**hit (3)**
54:16 68:18 115:14
**Hofstra (1)**
15:24
**hold (9)**
10:25 13:11 14:3,10
27:19 125:9 133:20
212:14 242:3
**holding (2)**
175:24 244:11
**holds (2)**
116:24 117:11
**hopefully (2)**
146:14 278:19
**hoping (2)**
19:23 152:15
**hotel (1)**
105:18
**hour (3)**

51:18 62:9 136:13
**hours (9)**
84:24,25 85:12,20,21
86:16 146:9,20,23
**huge (1)**
128:11
**human (1)**
255:20
**hurry (1)**
196:5
**hurting (1)**
96:25
**husband (1)**
17:23
**hypothetically (1)**
281:24
**hypotheticals (1)**
106:18

**I**

**idea (5)**
58:25 59:2,2,2 166:20
**ideal (1)**
132:16
**identical (1)**
148:12
**identification (17)**
36:22 43:5 65:20
97:23 103:24
108:18 137:23
147:10 155:24
190:8,12 220:4
234:12 239:13
244:25 249:24
252:12
**identified (3)**
25:2 137:25 272:24
**identify (11)**
11:25 30:12 34:10
60:16 66:3 98:7
104:11 105:3 106:5
109:2 137:4
**identifying (3)**
109:17,20,24
**identity (1)**
109:11
**ii (1)**
156:9
**illegally (1)**
186:13
**imagine (1)**
123:14 213:13
**immediately (7)**
13:12 14:24 15:15
68:15 114:6 224:11
225:11
**impact (2)**
222:18 268:15

**impair (1)**
12:23
**impeding (1)**
146:16
**implement (2)**
152:17 153:7
**implementing (1)**
151:14
**implements (2)**
47:18 152:13
**implications (2)**
266:7 276:10
**impose (7)**
182:5,8,22 183:23
184:25 185:7 186:2
**imposed (2)**
95:5 184:3
**imposes (2)**
53:10 74:23
**improper (7)**
62:11 135:6 136:14
156:16 157:21
183:19 268:12
**inappropriate (3)**
68:5 134:25 284:23
**incident (3)**
159:11 160:13 266:10
**include (4)**
23:2,5 146:25 293:19
**included (1)**
266:19
**including (2)**
72:19 89:7
**inconsistently (1)**
136:9
**incorporated (11)**
1:8 3:19 21:15 23:2
80:13 94:16 166:15
166:25 167:17
168:16 186:16
**increase (3)**
197:22 198:3 258:20
**increases (2)**
197:16,20
**incumbent (2)**
19:8 137:4
**independent (2)**
204:11 233:25
**independently (1)**
24:23
**index (7)**
1:7 12:5 137:7,8
296:2,13 297:2
**indicate (5)**
82:17 113:8 228:16
268:19 269:9
**indicated (4)**
54:5 227:15 234:19

271:17
**indicates (6)**
198:2 227:21,23
230:12,21 238:6
**indicating (1)**
97:4
**indirect (5)**
30:25 164:8,9,10,20
**individual (27)**
42:13 46:25 47:15
63:12 64:2 72:11
91:20 107:4 116:6
159:3 179:13,16,21
180:2,4 198:21
210:17 213:11,15
216:17 222:19
228:2 229:22
230:24 236:11
258:12 282:25
**individually (4)**
1:9,10,12,15
**individuals (7)**
149:10 195:9 210:25
214:7 231:13
256:14 284:20
**individual's (1)**
87:19
**influence (1)**
12:18
**informal (1)**
198:16
**information (36)**
35:4,23 36:6 42:21
48:24 54:8,13 63:8
76:8 129:11 146:10
154:8,12 156:18
157:25 160:22
161:12 162:5,18
163:12 177:25
178:6 181:18
183:11 189:5,9
193:7 206:12 207:7
210:24 211:16
223:5,7 231:6 262:7
285:5
**initial (1)**
193:11
**initiate (4)**
185:13 187:21 208:25
209:13
**initiated (3)**
175:25 185:18 208:19
**initiates (1)**
33:22
**initiating (1)**
185:24
**injure (1)**
284:7
**injured (1)**

**intervals (1)**
124:25
**interviewed (1)**
281:25
**interviewing (2)**
29:2 120:12
**introduced (1)**
141:18
**intrude (1)**
261:22
**investigated (1)**
160:10
**investigating (1)**
247:7
**investigation (12)**
48:9,22 161:21
162:24 163:3
202:11,17 273:22
274:2,4 292:8,19
**investigations (1)**
160:16
**investigatory (1)**
160:20
**involved (7)**
159:3 160:13 164:21
173:19,21,23
211:19
**involvement (4)**
89:4 153:10 158:20
212:8
**involves (1)**
49:15
**involving (4)**
153:12 159:4 161:22
272:17
**in-house (7)**
120:13,14 256:10,16
257:2,7,13
**in-person (1)**
179:24
**irrelevant (4)**
18:19 59:3 61:23
183:5
**isolate (1)**
255:2
**issue (25)**
9:20,25 50:6,7 53:20
61:25 62:15,21
74:15 107:7,14
178:2,12 180:21
187:10 216:10
226:22 238:2 252:3
255:10 267:23,25
277:9 278:22 288:8
**issued (2)**
226:23 252:2
**issues (21)**
28:25 50:19 61:23
103:11 119:24

**248:6**
**inquires (1)**
159:10
**inquiries (3)**
274:7 292:9,20
**inquiring (2)**
135:19 144:25
**inquiry (7)**
10:8 25:2 82:10
159:21 248:17
277:23 278:2
**INSERT (1)**
12:14
**instance (4)**
94:18 160:11 193:24
232:16
**instances (1)**
88:13
**instruct (3)**
62:12 145:20 161:10
**instruction (2)**
23:10 143:12 192:14
192:18 194:14
**insufficient (1)**
80:8
**intend (1)**
41:7 85:9 89:12 115:7
**intended (1)**
269:5
**interacted (2)**
210:18 211:9
**interactions (1)**
211:2
**interested (5)**
149:13,14,14 162:14
295:12
**interests (2)**
51:6 213:3
**INTERN (1)**
4:24
**internal (8)**
42:7,22 89:2 121:13
121:16,17 214:22
215:9
**internally (2)**
42:18 149:25
**interpret (8)**
38:18 156:24 157:7,8
157:24 158:5 217:2
277:7
**interpretation (2)**
157:18 216:16
**interpreted (4)**
139:10,20,23 158:6
**interspersed (1)**
279:5
**interval (1)**
126:18

121:12 132:21
150:19 159:3 160:4
160:8,17 161:7
187:7 210:20 212:2
248:19 268:25
269:10,15 270:9
**italicized (1)**
235:3
**item (5)**
206:16 222:4,17,19
223:11
**itemize (1)**
267:14
**items (19)**
38:9 39:3 89:23
195:24 222:22,25
223:21 224:7,10,15
224:16,17 225:4,6,9
225:16,25 226:3
270:7
**I.D (2)**
296:14 297:3

_____

**J**

**J (1)**
218:15
**Jackson (2)**
15:10,12
**job (11)**
1:24 60:18 66:4 98:8
115:5 119:19,21
120:21 149:7 282:2
284:24
**Johnson (4)**
1:23 2:17 295:4,18
**join (3)**
8:22 144:4,6
**joins (1)**
47:10
**joint (1)**
111:8
**jointly (1)**
263:14
**Joseph (4)**
1:4,8 3:20 248:15
**JR (1)**
1:9
**judge (5)**
6:21 62:14 135:8
144:10 158:9
**judgment (3)**
269:25 270:2 277:10
**Judi (4)**
1:23 2:17 295:4,18
**July (4)**
194:24,25 195:25
251:20
**June (5)**

1:19 2:4 226:16
295:15 298:3
**jurat (1)**
293:20
**jurisdiction (53)**
9:24 16:21 17:24 18:6
20:20 21:4,14 22:23
30:4,23 31:6 40:25
42:13 60:21,23
61:13 84:16 87:3,4
87:6,16 97:12 99:9
99:10,11,14 102:22
105:19 109:10
130:12 151:15,17
151:20 152:5
155:17 169:5
170:11 191:3
193:19,21 194:16
197:13 198:25
203:20 206:11,20
207:19 208:23
216:19,21 232:9
238:18 243:6
**jurisdictional (2)**
92:13 242:25
**jurisdictionally (2)**
94:5 95:2
**jurisdictions (15)**
22:14 24:23 29:16,19
30:12 41:2,12 42:12
88:24 122:15
128:13 159:13
169:3 206:24
238:20
**jurisdiction's (1)**
207:16
**jury (1)**
6:22

_____

**K**

**keep (5)**
28:3 53:12 76:19
135:2 223:18
**Ken (1)**
281:10
**KENNETH (1)**
3:24
**KEVIN (2)**
1:4 3:14
**key (1)**
228:23
**kidding (2)**
148:4 159:5
**kind (1)**
69:9
**kindly (2)**
151:22,25
**kinds (2)**
85:8 193:7

**know (186)**
8:5 10:2,7,17 28:21
30:6,19 35:14,14,16
35:17,20 36:12,13
37:2,11 38:5 39:4,8
39:13 42:2 43:8,17
49:9 52:21 53:7,19
54:10 55:10,18
56:14 57:5,21 58:7
59:24 64:12,14,20
64:22 65:24 67:14
67:22 70:18 73:4
74:18 79:14 80:23
83:21,22 90:14
98:19 101:25
105:11 110:24
111:2 114:6,10
122:21 125:8
126:18 128:3,7,20
131:24 133:25
136:17 138:6,14
142:7,17,20 144:7
147:12 150:11
151:19 154:3
157:21 158:25
160:10 161:19
163:8,24 164:2
165:16 166:10
168:13,14 170:19
172:16,19 173:3,13
175:5,10,13,22,25
176:24 177:14,18
177:19 178:9 179:8
179:9,12,15,20
181:6,9,10,11,13,21
187:6 188:18
189:10,24 193:24
194:7 197:4 199:23
202:18 204:7,24
205:12 208:5
211:19,22 213:14
214:6,24 218:5
220:7,13 223:10,16
226:17 227:3 228:9
229:7,15,19 230:19
232:20 233:7 235:7
245:21 246:2,10,13
246:20 247:13,15
248:17 249:10
250:8 251:5 252:19
253:9 255:8 256:3,8
256:13,18 257:15
259:20 261:13,15
261:18 262:3
263:18 267:18
268:24 273:20
274:6,14 276:12
277:2 278:4 281:14
283:19 292:7,17,24

293:8,13
**knowing (2)**
208:21,22
**knowledge (27)**
18:16 19:7,10 58:21
67:23 68:3 129:3
177:3 181:15,17
185:20,23 189:5
210:16,23 211:4,8
230:9 233:22
241:20 247:14,21
248:15,20 249:2
286:17,20
**knowledgeable (2)**
37:15 39:4
**known (1)**
206:7
**knows (8)**
57:2 65:8 68:6 93:4
134:8 158:2 256:20
256:21
**K.ROGERS (1)**
1:10

**L**

**labor (4)**
104:20 155:3 279:10
279:14
**Lackawanna (1)**
63:18
**lacking (1)**
286:16
**ladder (1)**
238:3
**laid (2)**
123:8 170:19
**LAMM (1)**
1:4
**language (9)**
66:19 67:2,6 156:14
157:9 250:15,19
251:18,21
**larger (2)**
31:21 50:19
**latest (1)**
36:14
**latitude (1)**
19:23
**law (114)**
4:11 29:2,4,5,7 33:10
35:5 52:9 69:19
73:7 75:23,25,25
78:16 88:18 89:7
95:18 105:10 106:8
114:17 115:15,20
116:22 118:17,18
118:24 119:6,12
120:20 121:2
122:20 124:18

126:9 132:3,15,22
132:25 134:13,15
134:21 135:14,20
135:22,25 136:3,7,8
136:14,22 137:17
137:21 138:2,8
139:2,6,10,16,20,21
140:11,11,14
141:20 143:16,20
144:14 145:2 147:5
147:8,14 148:2,7,16
148:23 152:14
153:25 154:21
155:4 157:16
161:13 162:9
166:12 184:17
186:8 192:22
201:22 202:19
214:20 216:14,17
216:25 217:3,7,10
231:23 241:22
251:14 254:13,18
254:19,25 255:3
261:3 265:10 266:8
269:19 275:10
276:13 280:4
286:24 290:5,8
296:25 297:5
**laws (9)**
116:11 118:13,22
127:16 142:13,25
201:25 258:11
268:13
**lawsuit (10)**
6:18 9:17 95:21
150:14 183:18
185:13,18,24
187:22 284:25
**lay (2)**
105:14 283:4
**layoff (5)**
120:8 121:23,25
122:14 123:12
**layoffs (1)**
122:3
**lead (1)**
163:9
**learning (2)**
271:6 286:12
**leave (14)**
12:4,8 36:15 83:6
115:12 197:15
211:24 212:5,9,14
212:18 213:19,22
214:3
**led (1)**
161:21
**left (8)**
43:11 164:5 166:10

188:14 198:18
205:15 226:25
255:16
**leg (1)**
266:20
**legal (19)**
105:2,4,8,10,20
106:14,19 107:5,6
107:13,18 153:20
157:7 187:4 191:10
212:25 216:15
231:11 276:21
**legally (4)**
52:7,8,19 102:20
**legend (1)**
228:24
**legislative (1)**
57:9
**legislature (1)**
30:17
**legitimate (3)**
10:8 76:5 230:5
**length (5)**
22:4 62:2 65:9 70:14
131:11
**lesser (1)**
128:12
**letter (23)**
90:25 149:13,17
178:8,9 179:5
189:18,20 234:11
239:16 244:23
245:5 252:10,17,22
253:3,25 256:9
257:10,11 297:14
297:16,19
**letterhead (1)**
255:16
**letters (10)**
149:23 150:7 171:12
172:15 177:10,13
177:20 189:22
220:15 231:16
**letting (1)**
261:18
**let's (15)**
28:3 34:5 46:15 50:17
110:13 160:23
161:14 192:8
210:15 243:8
244:20 268:10
278:20 280:12
281:24
**level (7)**
21:9 86:22 87:18
121:5 248:9 258:18
269:21
**levels (1)**
171:9

**Levy (1)**
25:14
**Lexis (3)**
147:4,7 297:4
**LexisNexis (3)**
137:16,20 296:24
**liability (3)**
186:12,24 187:20
**liable (1)**
187:2
**liaison (2)**
194:2,3
**libraries (1)**
35:15
**library (2)**
35:12 106:22
**license (1)**
232:16
**life (2)**
69:20 80:9
**light (3)**
189:10 248:8 250:20
**limit (8)**
8:19 78:2 86:7,8
146:19 216:24
227:25 228:7
**limitation (1)**
92:13
**limitations (4)**
79:16 80:10 83:7,9
**limited (7)**
94:6 95:2,13 97:10
124:9 133:9 276:13
**line (5)**
18:18 19:14 55:3 56:9
220:18,19 232:3,4
250:25 251:6
263:24 277:23,25
298:11,13,15,17,19
298:21
**lines (2)**
118:15 250:11
**list (100)**
39:3 68:8 90:25 91:12
91:14,17,25 92:2,7
92:12 93:12,14,20
94:6,11,18 95:2,13
97:11,13 99:8,13
100:18 102:17
109:4,10 113:3,7,9
113:9,11,13 123:24
123:25 124:7,8,9,10
124:15,20,21
125:20 127:8,9,11
127:22 128:4,6,9,14
128:16 130:8 131:8
131:19,21,24 132:4
132:6,9 133:11,17
149:10,15,18,22

218:11 220:20,24
221:7,12,19 223:15
224:14 227:5,5,23
229:20 230:20
231:8 232:23
240:21 241:2 242:6
242:9,13,16,25
243:3,4,5 250:12,21
251:8,13,14,16,23
252:4 258:7 281:22
**listed (14)**
79:4 190:23 191:19
197:21 221:15
222:2 224:20,24
231:5,14 232:16,22
233:3 250:15
**listen (1)**
54:10
**listening (1)**
40:18
**listing (1)**
40:5
**lists (9)**
32:9,9 81:14 91:11
124:17 149:2 191:3
224:6 247:18
**literally (2)**
36:3 240:23
**litigation (1)**
54:7
**little (4)**
30:20 105:2 228:19
232:3
**live (5)**
105:24 106:2,25
251:13,24
**lived (1)**
252:4
**LiveNote (1)**
2:19
**LLP (3)**
3:3,18 4:3
**local (3)**
115:19 128:12 231:8
**locality (1)**
127:19
**located (1)**
231:18
**locating (1)**
245:13
**location (1)**
107:17
**Loeffler (13)**
1:9 3:20 174:17,19
180:13,14,16
248:16,23 252:19
253:6 255:9 289:23
**long (15)**
13:8 14:15 36:8 54:11

70:13,17,25 71:17
71:24 88:16 211:24
242:4 247:10
267:15 268:15
**longer (5)**
25:11 72:6 223:22
225:14 254:2
**look (26)**
37:2 43:7,11 65:24
66:7 98:4 134:10
137:7 138:17 143:4
156:4 174:13
177:22 192:8
205:14 218:14
220:7 227:13
234:16 245:4
264:10 274:15
282:25 283:15,22
283:24
**looked (12)**
133:12 142:12 153:8
170:9 213:22
231:21 232:10
264:6 265:6 274:10
274:10 284:13
**looking (13)**
39:9 43:19 91:19
93:15 115:21 119:3
121:4 167:4 205:9
222:8 250:6 254:9
280:10
**looks (7)**
43:12 89:15 213:23
222:3 224:21 247:3
247:4
**lose (2)**
225:23 226:2
**lot (3)**
61:22 96:24 104:24
**lots (3)**
118:22 182:11 213:2
**lower (1)**
91:24
**lunch (5)**
36:17 190:4,14,19
217:19

———————
**M**
**M (1)**
6:9
**mailed (1)**
231:16
**mailing (1)**
231:15
**maintain (4)**
213:10,19 223:13
246:18
**maintained (1)**
289:25

**maintains (1)**
213:24
**maker (2)**
34:5 215:17
**making (7)**
48:20 135:8 160:25
188:15 198:22
202:12 231:7
**man (1)**
11:20
**manager (1)**
219:18
**mandates (1)**
254:18
**manner (5)**
154:25 192:25 285:11
285:15 286:2
**manual (3)**
121:23 122:22,24
**manuals (8)**
120:2,3,7,11,14,16,22
218:9
**March (8)**
14:17 190:7 194:22
194:25 195:25
196:5,7 297:9
**mark (21)**
36:20 42:24 59:20
61:21 65:14 97:17
103:19 108:11
137:14 146:5
150:17 155:21
158:9 160:23
161:14 190:5,16
219:23 234:8
249:20 286:15
**marked (19)**
36:21 43:4 65:19
97:22 103:23
108:17 137:22
147:9 155:23 190:7
190:11 191:21
220:3 234:11
239:12 244:24
249:23 252:11
278:4
**MARKS (1)**
3:10
**marriage (1)**
295:11
**Maryann (7)**
192:2 210:21 211:12
230:2,7,9,15
**mass (1)**
122:3
**master (1)**
39:9
**match (5)**
206:12,15 207:3,6

257:7
**material (4)**
19:4 22:18 24:11
90:14
**materials (2)**
52:10,12
**matter (8)**
10:12 36:11 147:19
179:5 198:14
199:25 277:11
295:13
**matters (6)**
37:16 74:19 82:3
237:25 268:20
273:23
**maximum (1)**
131:11
**mayor (18)**
1:8,10 110:20 111:6
114:5,21 118:18
174:17,17,19
186:17,22 211:18
214:10,25 248:16
248:23 289:14
**McKinney (1)**
187:12
**McKinney's (14)**
127:16 134:24 135:23
136:2,15,20,21
142:12,23,23 143:2
148:14 202:3
260:23
**mean (32)**
10:8 23:16 44:7 47:14
53:24 75:2 85:8,24
88:5 90:16 93:2
101:20 106:22
107:17 115:2
135:20 136:3
144:19 145:4 146:6
153:12 202:7
220:22 221:3,8
222:12 228:22
230:14 244:4
247:24 261:22
275:18
**meaning (7)**
38:14 44:4,11 83:5
147:13 203:16
266:7
**means (16)**
18:24 56:14 64:4
90:17,20 91:6 98:24
105:17 134:22
208:5 220:24
221:10 222:14
235:7 251:9 253:9
**meant (1)**
45:15

**measuring (1)**
84:13
**mechanism (1)**
207:25
**med (2)**
222:9 223:11
**medical (7)**
44:19 46:16 55:4,8
77:18,20 79:21
**medication (1)**
12:18
**meet (3)**
51:6 118:4 193:5
**meeting (46)**
26:2 50:4 91:7 174:10
174:12,14,16 175:2
175:7,10,19,24
176:7 177:5,7 178:3
179:25 180:8,11,12
180:14,16 181:4,7
183:12 187:17,25
188:3,10,11,12,13
188:15 248:22,24
249:3,7,11 259:4,7
259:13 260:16
271:7 272:9,11,13
**meetings (4)**
171:13 173:6 174:2
187:24
**meets (2)**
124:4 258:9
**member (3)**
35:8,9,21
**memo (1)**
122:17
**Memorial (6)**
2:2,15 4:14 6:10
155:2 279:9
**memorialized (2)**
132:22 134:13
**memory (2)**
108:7 151:3
**memos (2)**
121:13,15
**mentioned (5)**
27:5 55:24 211:25
237:2 266:9
**merit (2)**
90:22 264:20
**met (5)**
132:15,16 253:6
259:2 286:13
**methodology (1)**
26:10
**Michael (1)**
230:25
**micromanage (1)**
81:11

**middle (3)**
30:19 44:17 191:23
**Mill (1)**
3:12
**mind (6)**
7:18 17:17 57:8,15
112:11 201:15
**Mineola (1)**
4:7
**Minerva (7)**
192:2 210:21 211:9
211:12 230:2,7,15
**minimal (1)**
39:8
**minimum (10)**
16:17 39:13 44:10
90:9 91:8 98:22
124:4 244:13
246:25 275:22
**minimums (1)**
76:25
**minus (1)**
146:23
**minutes (1)**
278:9
**misdemeanor (3)**
186:8 187:20 254:21
**misinterpreted (1)**
143:15
**missed (2)**
169:14 196:6
**misstating (1)**
170:23
**mistaken (1)**
237:4
**mistreats (1)**
155:11
**misunderstood (3)**
202:5 235:22 242:23
**modifications (2)**
34:13 145:2
**modified (7)**
246:7 247:23 248:5,8
248:12,18 251:20
**modify (2)**
151:11 152:7
**moment (8)**
37:2,9 65:24 98:4
108:22 181:10
186:23 190:15
**moments (1)**
242:16
**money (5)**
82:8 84:4,6 86:7
219:10
**monies (1)**
186:24
**month (7)**

84:25 85:16,19,21
86:10,15,16
**months (11)**
14:20 22:4,8 72:2,6
86:10 133:10,11,16
178:5 241:16
**month's (2)**
85:2,3
**morning (4)**
6:16 196:15 265:20
266:9
**motion (3)**
135:9 160:25 277:10
**move (15)**
20:5,6 38:8 42:16
54:15 56:10 59:10
59:15,18 108:21
145:22,24 146:3
161:16 238:2
**moving (3)**
167:25 168:5,6
**MPTC (2)**
60:2 68:15
**multiple (6)**
105:25 106:13 159:13
171:9 174:5,7
**multi-page (1)**
147:3
**municipal (15)**
15:5 60:3,7 64:21,23
65:5,11 66:11 68:10
70:15 75:12 99:10
105:13 121:3
255:11
**municipalities (8)**
29:21,24,25 30:4
41:23 86:25 88:25
154:9
**municipality (32)**
82:12 91:19 92:11
93:15 94:8,9 95:6
99:20 102:5,6
109:14,16,23 110:3
110:5,9 112:22
113:18 114:13,14
116:19 118:14
128:10 129:5 150:7
150:9 160:19 185:7
185:19 216:18
248:10 276:14

**N**
**name (21)**
6:7,14,16 12:5 94:7
130:9 161:20,25
162:3,19,20 177:19
196:9 211:22
229:15 237:24
247:15 255:9,22

298:2,4
**names (7)**
92:10 111:11 211:16
222:2 229:20
247:19 293:15
**Nancy (2)**
196:13 218:15
**narrow (2)**
50:17 155:19
**Natalie (4)**
1:10 3:20 196:7,13
**nature (9)**
8:12 23:23 24:9,14
164:10 166:22
198:8 204:18
291:15
**necessarily (8)**
56:2 63:9 134:2 136:2
150:17 216:7
218:13 266:6
**necessary (17)**
33:24 43:24 44:18
48:2,10,14 49:6
66:8 89:23 90:2
145:24 232:4,14,22
233:2,9,14
**need (32)**
8:4,9 33:25 34:2
61:14 65:11 68:17
82:2 83:14 94:17
95:22 96:4,13 129:5
129:12 133:17
137:3 147:20
149:21 150:4
151:15 170:12,25
179:21 191:12
193:7 232:15
233:20 248:10
275:7 282:3 284:2
**needed (4)**
34:21 54:9 178:24
287:16
**needs (9)**
68:15 81:7,17 91:12
91:12 138:17 198:7
198:8 215:20
**neither (3)**
120:17 124:12 140:2
**never (6)**
17:17 69:19 125:17
178:23 194:12
256:6
**new (44)**
1:2,18 2:2,16,20 3:6,6
3:13,23 4:7,15 6:10
29:4 61:9 63:18
65:4 66:11 69:15
93:7 116:11 119:11
124:19,20,21

134:14 135:13
137:16,20 139:9
140:10,11,14
144:13 193:3
197:23 231:3 251:8
251:14,16 254:13
275:25 279:20
295:5 296:24
**newer (1)**
88:15
**newspaper (1)**
40:17
**Nice (1)**
215:2
**night (2)**
105:14,19
**Nine (1)**
204:19
**nitpick (1)**
100:19
**nitty-gritty (1)**
211:19
**nodding (2)**
43:13 134:19
**Nofi (3)**
1:4 293:17,18
**non-competitive (5)**
91:5,7 104:17 117:5
275:12
**non-county (2)**
153:10,11
**non-police (1)**
240:5
**non-probationary (2)**
72:8 74:8
**normal (8)**
82:9 84:2,12,13 85:3
85:16,19 121:19
**normally (7)**
24:16 106:25 110:18
118:9 171:3 193:18
240:9
**Northport (1)**
30:21
**Notary (2)**
2:20 295:4
**notation (2)**
199:10,20
**notations (4)**
198:23 203:14,15
229:24
**note (12)**
19:19 90:11 97:2
98:18 100:14 118:5
132:19 141:9
142:11 146:14
147:11 150:16
**noted (14)**
48:6 96:18 141:17

199:8,9,11,13,15,19
200:5,6,9 201:21
294:5
**notice (9)**
2:16 24:25 36:21
103:6 145:7,12
150:12 222:24
296:15
**noticed (5)**
18:12,13,17,21 247:8
**notify (1)**
129:5
**notifying (1)**
287:14
**Novikoff (258)**
3:24 6:23 7:11 8:22
10:5 11:18,20,22
12:3 17:15 18:11,23
19:21 23:14,25
24:24 30:24 32:24
33:6 37:19 38:22
40:13,18 41:15,25
42:5 47:8 50:6
51:10 53:23 54:5
55:13 56:13,19 57:5
57:23 58:10 59:4
61:6,19 62:20,23
64:8,25 66:20,25
67:10,19,22 68:22
69:12 72:14 73:4
74:10,13,24 75:17
76:16 79:25 80:16
80:21 82:20 84:15
85:6 86:3,13,17
90:3,11 91:15 93:22
94:20 95:14 96:4,13
96:20 98:13 99:23
100:6,14,25 101:6
101:19,24 102:9,25
103:13 105:23
106:7,16 107:22
109:15 110:17,23
111:25 112:3,9,24
117:4,15,18,24
118:5 119:10
122:11 126:8
127:14 129:8,15,25
132:5,13,19 133:20
134:9 135:7 136:6
137:6,18,24 138:16
139:9,15 140:9,20
141:6,11,19 142:2,5
142:11,21 143:19
144:4,9 146:22
148:4,18,22 150:20
154:5,22 156:21
157:2,13 158:8,22
159:5,7 160:9,24
166:4 167:9 169:22

170:18 171:8,20
173:8,12,23 174:6
174:11 175:8
178:18 179:4,18
180:12,24 181:14
183:3,10,16 184:10
184:14,20 185:9
186:20 187:3,9,23
188:22 189:2,4,12
189:14 192:23
193:17 194:11
195:6 196:24
199:16,21 200:8,20
201:12 202:25
203:5,11 205:21
207:5 208:4,20
209:24 211:3,7
212:6,22 214:19
215:2 216:2 218:3
222:20 223:23
225:17 226:12
229:13 231:9
236:20 237:5
241:19 243:14,25
244:9,17 245:8,14
246:3 249:13
263:25 264:21
268:7,22,25 269:16
271:9,20 272:20
273:15 274:22
275:6 276:18,20
277:5,8 278:18
280:25 281:7,13,18
281:23 283:18,21
284:2,4 290:12
292:12 293:6 296:5
**Novikoff's (1)**
278:13
**nub (1)**
76:9
**number (48)**
12:6 37:7,11,13,17
38:3,4,5 42:25
50:11 65:16 66:9
77:8,17 78:8 79:5
79:17 82:4,18,18
83:10,14,20 104:25
106:20 113:6 125:6
128:7,11,12 145:6
150:5 156:8 157:14
160:21 191:23
204:20 219:24
224:9 226:16 227:5
227:7,25 228:7,10
228:16 245:10
252:9
**numbers (6)**
97:19 226:21 227:3,4
234:10 241:15

**numerous (2)**
62:3 159:9
**nurse (1)**
233:5

**O**

**oath (7)**
5:13 7:6 8:15,18 9:3
9:10,12
**object (14)**
88:7 94:20 96:18,20
101:13 123:6 163:2
171:20 183:3
189:15 212:24
216:2 265:2 272:20
**objecting (3)**
73:5 155:5 271:20
**objection (179)**
10:5,7 11:7 23:13,14
23:15 32:24 33:5,6
33:15 35:13 37:18
39:6 40:12,21 41:25
47:4,11 49:24 56:13
56:19,20 58:9,10,23
61:6 64:8,25 66:20
66:21 67:10,19,20
68:22,24 69:9 72:14
72:15 74:10 80:16
80:21 82:20 84:15
85:5,6,23 86:11,13
86:17 87:21 90:11
91:15 94:19 95:14
97:6 98:13 99:23
100:14,25 101:24
102:2,9,10 105:23
109:15 110:17,23
111:25 112:8,9,15
112:24 117:4,15,18
118:5 129:8,15
132:5,13,19 140:9
141:6,7 142:11
144:8 145:13
151:12 152:9,10
153:19 154:22
156:20,21 158:22
158:23 159:6,7,8
160:9,14 162:2
166:4 169:12,22
170:18 171:8,10
173:8,12 174:6,11
175:4,15 178:17,18
180:23,24 182:3
186:3,20 187:3,23
188:21,22 189:12
189:14 191:8
192:23 193:17
194:11 195:5,6
196:24 199:16,21
200:8,19,20 201:12

201:13 202:25
203:5,11 207:5
208:4,20 209:24
211:3 212:6,21,22
215:7 217:15,16
218:3 222:20 223:3
223:23 225:17
229:13 231:9
235:10 237:5
243:25 244:9,17
246:3 249:13
268:23 269:16
271:8 276:17,18
277:4,5 281:20
283:14 293:6
**objectionable (3)**
41:16 116:2 127:18
**objections (3)**
5:7 157:5 277:24
**objectives (1)**
51:4
**objects (1)**
47:9
**obligations (1)**
154:10
**OBPD (1)**
285:7
**observation (3)**
26:13 146:25 183:6
**observed (1)**
26:17
**obtain (4)**
15:25 16:18 35:7
233:23
**obtained (2)**
74:9 177:25
**obtaining (1)**
204:24
**obvious (3)**
38:18 113:10 247:9
**obviously (13)**
39:18 52:20 102:12
104:24 114:22
132:11 153:24
161:10 162:5,16
196:8 217:8 233:18
**OC (1)**
227:8
**occasion (7)**
9:8 164:17 168:9
173:22 174:8 194:8
263:16
**occasionally (2)**
18:7 211:18
**occasions (2)**
174:5,7
**occur (1)**
258:21
**Ocean (113)**

1:8,11 3:19,20 21:16
23:3 30:22 31:6
50:11 62:7 80:13
94:16,24,24 95:19
97:9,9 110:13,14,15
110:25 111:3,14
114:5 143:20
166:16,25 167:17
167:21,23 168:16
169:11,21 170:17
170:24 171:17,24
172:3,8,17 173:7,14
174:3 177:21 178:2?
178:13 180:7,19
181:23 184:23
186:15 187:18
188:19 191:22
192:17 193:14,22
194:2,10,20 195:2
195:23 203:24
204:8 210:17,19
212:17 214:9
215:25 218:2
220:25 227:12
230:22 233:11
234:25 235:15
238:15,18 239:4,6,9
240:6 242:12
247:19 248:16
249:3 255:11 256:5
256:7,14,15 257:7
269:11,15 270:9
279:7,22 280:6,21
281:5,25 283:7
285:12,16,19,23
286:3 287:25 288:8
288:17,19 293:10
298:2
**October (7)**
13:10 205:17,21
252:10 255:14
256:4 297:19
**offer (1)**
196:20
**offered (10)**
60:12,14 118:25
124:6 125:22
129:23 131:4
132:17 149:8
194:15
**office (10)**
2:15 30:16,17 38:12
108:3 185:15 231:4
231:11,14 270:23
**officer (93)**
5:12 10:15 43:2,4
46:9 60:6,19,20
61:2,10 63:3 64:5
64:23 65:16,18 66:6

66:10 67:16 68:7,12
68:14 69:5,6,10
70:2,3,16,20 71:22
71:25 72:4,4,7,8
73:13,15,21 75:9,12
76:17 77:2 78:17
81:15,17 82:2,6
83:13 84:23 85:17
87:12,18 94:22 99:4
99:5,21 125:12,15
125:18 143:23
147:17 149:22
154:19 227:8 228:3
229:10 232:19
233:10,13,21,25
234:24 236:7,14
244:4,7,12,16
246:15,16 252:23
253:9 255:10
256:25 282:2 283:7
283:9,10 286:8
291:12 293:4,10
296:16,17
**officers (42)**
50:11 61:18 63:11
69:14 70:14 73:25
74:15 76:12 77:15
78:3,12,19,22,25
79:18,20 80:7,11,13
81:3 83:2 99:15
125:25 214:8
215:25 218:2
227:11 232:24
233:20 247:18
285:7,11,16,23
286:3,22 287:9,19
288:2,8,18 292:25
**offices (2)**
2:14 35:7
**official (13)**
1:9,11,13,15 118:12
120:9 190:24 195:2
206:22 219:12
255:22 256:23
258:19
**oh (7)**
17:15 148:18 183:10
227:22 232:12
268:7 269:12
**okay (41)**
7:23 12:10 13:18
18:21 23:19 36:18
37:13 42:9 52:14
54:24 55:12 56:6
74:21 77:5 79:10,15
93:6,10 105:18
116:15,23 135:25
143:7 146:4 152:22
159:25 161:17

183:17 184:20
196:10 199:25
211:10 213:16
215:14 220:9
224:20 245:14
256:12 270:14
277:25 281:16
**Old (1)**
4:6
**older (1)**
249:19
**once (6)**
9:9 216:13 240:20
245:12,12 259:8
**ones (4)**
36:14 120:9 232:14
272:17
**one-page (8)**
42:24 97:17 108:11
191:21 219:24
234:8 239:9 252:7
**one-year (1)**
20:13
**ongoing (6)**
26:13 141:24 170:22
193:11 194:17
253:23
**on-the-job (1)**
23:10
**open (8)**
99:2 104:16 176:19
227:9,10 229:10
233:10,24
**opine (6)**
54:13 106:8 132:21
157:15,24 241:20
**opinion (12)**
58:13,16,20,24,24
67:24 68:5 158:12
158:15 269:24
284:15 286:23
**oppose (1)**
152:24
**opposed (3)**
86:3 139:9 216:25
**opts (1)**
219:4
**oral (7)**
82:12
**oranges (1)**
74:12
**order (8)**
53:4,6 68:15 96:7,14
125:12 196:11
233:23
**ordinary (1)**
171:19
**Orient (1)**
30:20

original (3)
92:7 184:4 230:19
ostensibly (1)
242:14
outcome (3)
170:16,20 295:12
outside (5)
35:6 61:3 63:4 216:18
242:19
overlooking (1)
79:3
overly (1)
151:8
oversee (4)
22:13 32:3,7,10
O'BRIEN (1)
3:10
O'NEILL (1)
3:10
o0o (1)
5:17

**P**

pace (1)
146:7
Pagan (1)
230:25
page (22)
37:6 59:23 63:22
79:10,13 90:15
145:7 156:8 190:18
220:12 221:21
235:2 293:19 296:3
296:14 297:3
298:11,13,15,17,19
298:21
pages (2)
36:9 104:9
paid (3)
70:6 186:24 207:3
pain (2)
96:24 97:5
paired (2)
26:23 27:5
palpably (5)
18:18 59:4 61:22
62:11 183:4
panoply (1)
213:6
paperwork (2)
121:18 167:4
Paradiso (9)
211:23 212:5 213:18
214:2,13 256:4,6,11
257:5
Paradiso's (1)
212:9
paragraph (12)

190:21 195:24 239:20
239:25 245:17,18
252:21 253:3,5,6
254:9,14
parameters (1)
166:9
Park (1)
231:3
parse (1)
162:6
part (21)
41:10 45:20 48:8,22
60:13 62:4 79:6
81:15 82:24 85:16
103:12 174:3
186:13 208:8
232:24 233:17
235:25 241:10
255:4 292:5,15
participant (1)
248:22
participate (2)
44:14 174:9
participated (2)
173:6 174:2
particular (28)
16:21 19:7 44:3,11
51:14 60:13 99:9,14
115:6 118:14
128:10 129:11
136:23 142:15
149:7 154:14 194:7
202:10 208:23
220:22 221:21
232:15 238:20
239:16 243:6
266:12 274:3
277:20
particularized (1)
161:5
particularly (2)
160:17 247:6
parties (5)
5:4 53:12 182:25
249:8 295:11
parts (2)
110:4 284:9
party (5)
10:16 11:9 96:6 191:6
273:13
part-time (33)
64:23 65:7 66:5 67:14
68:14 77:18,23 78:2
79:17,17 80:11,12
81:17 82:2,6,17
83:7,9,13,23 84:23
154:18,23,24 155:4
234:25 235:17
236:7 237:11 279:4

291:15,23 292:2
part-time/seasonal ...
65:17,19 75:2 78:25
296:17
pass (8)
77:9 78:9 130:4 223:5
234:4 241:11,25
287:9
passed (5)
222:23 223:2,13,16
286:10
passing (2)
128:20 242:5
patience (1)
278:15
patient (1)
145:5
Paul (3)
222:9 229:15 247:13
pay (4)
70:8,9 186:9 228:8
paychecks (1)
206:23
payments (1)
206:18
payroll (27)
81:9,14 82:22 206:4,7
206:12,13,16,17,19
206:22 207:2,8,11
207:12,19,24
246:21 247:4
253:11,18,20,21,22
254:5 269:20 288:3
payrolls (2)
172:15 190:24
PD (8)
21:2 30:14 42:22
71:10,12 72:24
75:14 76:21
PDs (3)
41:3 42:18 81:21
peace (1)
61:10
Pelk (2)
237:24 238:6
Pelk's (1)
238:22
pending (21)
8:6 62:19,23 222:4,9
222:12,17,19
223:11,15,22 224:7
224:10,15 225:4,15
225:24 226:3 240:2
240:17 258:14
people (33)
26:22 31:22 61:9
73:25 75:22 76:11
83:8 99:2 101:4
113:4 127:22,23

128:4,7 149:22
160:21 167:20,22
167:23,24 182:18
186:7,13 211:11
219:11 225:22
228:12 248:6
272:23 275:3,11,14
281:22
percent (6)
84:2,7,9,13 85:3
86:22
perfectly (1)
50:18
perform (2)
165:22 248:7
performance (8)
165:17 209:20,23
210:5,12 268:16
270:5 284:24
period (36)
9:22 10:15 14:7 16:5
20:14,15 21:4,23
23:16 24:8 26:5
27:2,12 28:3,22
31:19 34:14 68:9
69:25 71:6,24 72:6
73:14 75:11 124:19
127:7 131:25 167:6
167:18 168:11
170:14 172:25
194:24 198:7
244:13 247:10
periods (1)
74:19
peripherally (1)
266:10
permanent (15)
28:10 76:11,22 77:3
99:3 117:11 154:19
154:20 208:14
212:15,16 213:9
221:3,5,6
permeates (1)
53:21
permissible (8)
84:22 86:19 87:17
88:4 113:24 159:23
184:5 235:23
permit (9)
19:22 157:11 159:19
233:6,9,19 234:2
277:15,18
permitted (2)
52:13 195:9
person (56)
17:9 21:10,22 26:15
26:21 38:20 44:13
84:3 91:11 93:15,17
93:21 94:7,9,10

99:22 100:8 102:16
105:25 106:3,13
114:13 116:24
117:20 128:15
130:3,10,14,18,25
131:3 154:14
161:21 190:23
191:16 193:3
203:17 212:13
215:4,12,19 224:7,9
224:20,24 225:19
226:19,21 235:18
235:19 236:9,18
243:10 253:14
255:10 258:8
persona (1)
129:21
personal (13)
19:7 58:21,24,24
67:23 68:2 158:19
181:15 186:12,24
187:20 210:23
211:4
personally (2)
177:24 187:2
personnel (135)
11:3 13:20,25 14:4,6
14:8,11,12,13,14,15
14:19,22 16:8,12,20
17:8,11,12,15 18:8
20:11,12,16,22,23
21:5,8,11,12,13,18
21:20,23 22:6,6,12
22:17,19,22 23:8,9
23:12,23 24:3,10,18
24:19 25:24,25
26:19 27:7,8,14,21
27:23,25 28:6,7,10
28:12,17,25 29:14
29:15,17 30:3 31:14
31:15,17,19 32:4,5
33:20 82:13,15
117:7 129:9,14,16
143:13 144:15
145:9,10 162:23
164:3,4,13,13,20,23
165:17,17,20,21
167:8 177:23
190:10 191:2 192:7
197:7,12,19 199:25
200:3 201:7 202:16
202:22,24 203:3,9
204:11 206:2
207:23 208:2,11,15
209:3,6,15,19,22
210:18 212:2 238:4
238:7,8,11,16,24
247:2,6 253:4 260:3
297:10

persons (2)
173:18 225:3
perspective (1)
195:13
pertain (2)
38:10 191:20
pertaining (6)
140:12 143:21 153:9
264:22,25 272:25
pertains (4)
122:9,12 157:4
284:24
Phillip (11)
165:2,6 193:25 194:4
194:6,8 253:3
255:13 256:8 263:9
269:12
phone (2)
173:6,25
phrase (3)
75:6 208:4 216:5
phrased (1)
191:10
phrasing (2)
76:6 217:14
physical (23)
44:20 46:6,21 54:20
55:4,6,8,9,15 77:22
77:24 78:20,20 79:6
79:8 231:17 234:23
235:4,22,25 236:9
236:11,13
pick (1)
59:19
picking (1)
283:5
pistol (4)
233:6,9,19 234:2
place (16)
9:14 25:13,21 48:25
50:18 53:6 95:15
106:20 113:8
168:12 175:11
199:23 208:8 218:7
270:22 283:3
places (4)
105:25 106:23 135:13
279:21
plain (1)
67:2
plaintiff (2)
10:19 144:17
plaintiffs (22)
1:5 3:4 6:18 62:8 96:3
111:19 143:22
265:11 278:23,24
282:9,13 284:5,8,17
284:25 285:3
288:12,22 289:7

291:13 293:14
plan (2)
70:12 88:14
plays (1)
224:14
Plaza (1)
3:22
please (26)
6:7 7:18 8:2 23:22
28:21 37:5 43:7
65:14 66:3 103:19
104:12 109:3
111:16 138:14
141:19 145:24
170:23 190:5
206:10 219:23
239:22 245:17
249:20 251:12
254:17 290:16
pleased (4)
269:17,21 270:4
287:23
pleasure (1)
270:6
pocket (1)
143:2
point (34)
7:25 15:16 19:22
25:20 28:13 34:17
48:7 50:10,13 52:24
57:10 59:18 95:22
106:14 135:17,22
137:2 142:9 144:8
146:2,7 155:9 156:6
156:23 173:5 176:4
176:23 183:9 188:6
194:19 246:22
266:5 291:16,19
police (192)
1:11,12,13 3:21 9:19
9:21 10:15 17:2,5,7
23:5,7 40:8,24
41:14,19,24 42:7,13
43:2,3 46:9 47:25
47:25 48:17,19 49:2
57:13,15,18 60:4,6
60:9,10,12,15,19,20
61:2,14,15,18 63:3
63:7,11,12,17,20
64:2,5,21,23 65:3
65:11,16,18 66:5,10
66:12 67:16 68:7,11
68:12,13,14 69:5,6
69:10,16 70:2,3,14
70:15 71:22,25 72:3
72:4,7,8,11,17,19
73:9,13,15,21,25
74:17 75:9,12 76:12
76:17,19,24 77:14

78:3,12,17,19,22,25
79:20 80:7,11,12
81:3,5,6,9,11,15
82:2 83:2,6 85:17
87:12,18 94:21
97:19,22 98:9,11
99:4,5,15,21 102:5
108:4 125:12,15,18
125:25 126:7,15,16
126:25 127:12
128:5,11 143:23
147:17 149:22
154:18 176:12,21
177:11 213:20,23
214:8 215:25 218:2
227:7,8,11 228:3,5
229:10 232:19,24
233:10,13,20,21,24
234:24 236:6,14
240:5,8 244:4,7,12
244:16 246:16
247:18 252:23
253:8 255:10,11
256:5,7,25 282:2
283:7,8,9 286:8
291:12 293:9
296:16,17,19
polygraph (15)
44:20 46:23 47:2,16
47:17,23 55:4 56:12
56:18,23 58:8 78:9
78:10 222:10
223:12
poor (1)
59:2
portion (5)
45:5 62:24 107:11
281:2 292:14
pose (1)
50:16
posed (3)
50:21 82:11 87:14
position (112)
10:25 13:3,9,11,17
14:3,10 16:12,18
17:9 20:10,11,22
21:9 22:20 25:24
27:4,15,18 31:5
33:22 41:14,22,24
42:12 46:25 78:18
81:15 87:18 89:7
91:20 93:16 100:21
100:22 104:15
112:25 113:19
116:24 117:2,12
124:16 126:14,25
128:17 129:21,22
130:7 131:7 133:5
161:15,20 162:10

162:22 166:12
176:12 198:21
204:24 207:9 208:3
209:7 212:14,17,20
213:4,8,12 218:20
218:24,25 224:21
224:22,25 225:14
225:19,22,23 226:2
227:2,13 228:3,5
229:5,23 230:24
233:10,24 234:6
235:15,17 236:2,7
236:12,14 237:11
238:23 240:2,16
242:4 243:9,11,13
243:23,24 244:11
244:15,16 246:19
248:12 250:24
259:11 276:7 289:2
positions (38)
15:3,5 29:23 30:2,10
31:4 39:16 41:4
87:13 88:19 89:8
92:6 94:16,24 95:11
97:9 98:11 104:19
114:18 115:6
116:22 124:24
149:21 158:18
204:17 209:8 210:4
210:8 225:8,10
227:10 229:10
231:24 240:4,9
256:14 258:15
293:4
posses (2)
66:10 67:15
possessing (1)
233:19
possession (2)
51:15 271:13
possibilities (4)
176:16,17 178:14
242:19
possibility (3)
126:12,13 240:13
possible (12)
26:22 35:7 72:3 88:17
108:8 113:14
130:21 143:6
198:11 242:19
249:11,14
Possibly (1)
163:11
post (6)
11:25 15:21 197:22
231:4,11,14
potentially (4)
187:2,21 188:20
277:2

pound (2)
83:18 227:2
power (4)
114:19 118:12,18,19
powers (1)
215:6
practice (2)
67:7 198:14
preceded (1)
142:14
preceding (2)
142:13,25
precipitated (1)
138:5
precisely (2)
22:25 267:18
precluded (1)
225:20
preestablished (1)
237:17
preface (2)
167:10,13
preparation (3)
167:3 261:4,7
prepare (5)
200:22,24 258:25
259:15 260:17
prepared (4)
179:10 200:12,17
246:14
prepares (1)
32:11
present (21)
4:8,21 24:9 25:10
26:6 27:2,12 28:4
28:13,19 31:14,20
32:5 80:19 90:7
128:25 142:10
174:16,19,22
204:21
presenting (1)
81:13
presently (1)
12:17
presumes (3)
151:13 152:12 182:4
presuming (1)
196:11
pretty (3)
235:11 268:22 277:12
previous (3)
20:22 142:7 278:5
previously (2)
38:11 171:22
pre-canvassed (5)
221:8,20 250:12,16
250:21
principal (30)

11:3 13:19,24 14:4
24:18,22 26:14,24
27:7,8,14,23 31:10
31:15,18 32:4
145:10 162:23
164:13,20,23
177:23 203:3 209:3
238:7,8,11,16,24
253:4
**print (2)**
205:6,14
**printed (1)**
203:15
**printout (5)**
137:16 147:4,7
206:17 297:4
**prior (33)**
8:20 13:12,19 14:4,10
14:13,21,25 43:18
103:16 114:4,6
142:25 147:12
168:24 171:16
172:9 194:3 198:2
205:7,23 220:11
249:7 251:15
262:14 264:14
268:14 269:9
270:24 271:11
273:15 282:23
288:25
**privacy (1)**
162:8
**privilege (3)**
8:12 160:20 162:9
**privileged (1)**
158:7
**probably (8)**
55:18 79:12 116:5
135:12 142:17
213:14 217:16
262:24
**probation (3)**
9:20 164:5 166:11
**probationary (10)**
9:22 10:15 20:14 68:9
71:24 73:14 74:6,18
75:9,10
**problem (9)**
171:2,5,7 173:14
182:2 187:9 188:12
193:9 212:25
**problems (7)**
102:13,13 168:2,5
169:19 194:18
287:8
**Procedure (1)**
7:14
**procedures (6)**
120:8 121:24 122:2

145:17 152:19
178:20
**proceed (3)**
37:24 138:11 184:6
**PROCEEDINGS (3)**
295:1 296:1 297:1
**process (8)**
90:23 170:22 193:11
207:23 208:8 236:3
255:4 258:18
**processed (1)**
226:20
**produce (8)**
51:16,17 52:7,16,20
111:16 120:15
123:15
**produced (21)**
42:25 43:20 51:24
52:3,6 65:15 97:18
103:5 111:15
141:15 189:23
191:22 234:9 239:9
245:8,12 252:8
259:20 260:3
273:13,19
**produces (5)**
93:14 120:3,6,18
125:3 253:14
**producing (1)**
53:18
**production (1)**
123:4
**professional (3)**
2:18 54:18 205:4
**professionals (2)**
54:19,23 56:4
**proffer (1)**
95:23
**program (14)**
16:10 64:24 65:3
66:16 67:17,18 69:7
69:18 70:5,16 71:8
71:18 75:12 143:11
**progress (1)**
146:17
**progressing (1)**
169:7
**prohibit (1)**
88:21
**prohibits (1)**
73:8
**promoted (1)**
22:9
**promotion (1)**
259:10
**promotional (13)**
28:9 98:23,24 99:8
128:6,9,14 242:13
243:4,9,12 244:6,15

**prompt (1)**
20:6
**promulgated (1)**
32:15
**pronunciation (1)**
6:13
**proof (1)**
253:14
**proper (7)**
58:3 100:15 145:12
153:23,25 182:24
216:13
**properly (1)**
186:9
**property (2)**
80:9 117:9
**proposed (1)**
178:15
**prospect (1)**
104:15
**protection (7)**
80:8 154:13,21 213:3
265:7 275:5,10
**protections (5)**
74:5 212:19 276:15
276:25 277:3
**protective (1)**
96:7
**protocols (1)**
246:23
**provide (10)**
40:3 137:8 143:12
150:17 154:8,12
193:5,6 194:9
231:10
**provided (9)**
24:9 25:9 38:12 49:21
81:18 145:8 172:21
190:19 217:19
**provides (2)**
49:14 202:12
**provision (7)**
135:4 136:23 143:16
158:21 159:4
254:24 265:14
**provisional (42)**
123:20 124:4 125:11
125:14,17,19,21,25
126:6,24 127:4,8
129:4,13,20 130:5
130:13,15,22 131:2
131:12,18,23
135:11,15 147:5,8
147:17,25 240:2,12
240:15,16 241:8
242:8,18,25 257:21
258:3,19 259:10
297:6
**provisionally (2)**

257:24 258:13
**provisions (2)**
126:2 261:2
**psych (2)**
222:9 223:11
**psychological (13)**
44:20 46:19 49:10,15
49:17 50:24 51:8
52:4 54:22 55:2
77:10,12,13
**psychologicals (1)**
52:6
**psychologists (3)**
50:23 51:8 54:21
**public (15)**
2:20 22:13 35:2,8,9
35:15,21 42:14,17
78:17 88:18 120:10
151:5 276:14 295:4
**publication (1)**
134:25
**published (5)**
34:24 45:18,20 119:9
119:13
**purpose (8)**
56:17 57:3,7 58:7
111:23 112:2,5
272:11
**purposes (9)**
19:21 60:25 63:2
84:13 110:19 119:2
135:18 141:13
231:7
**pursuant (11)**
2:16 53:3,17 55:23
129:6 130:5 192:5
196:23 208:18
229:11 236:16
**pursue (6)**
15:13,19 102:21
171:7 186:10,11
**pursuing (1)**
70:2
**put (9)**
103:6 114:3 156:11
159:23 199:22
249:16 251:17
279:16,21
**puts (1)**
46:5
**putting (3)**
18:19 19:2,13
**P.C (1)**
3:10
**p.m (1)**
294:5

_____
**Q**
_____
**qualification (5)**

39:17 49:6 57:3,7
74:17
**qualifications (18)**
16:17 39:9,13,15 40:5
44:10 50:5 57:2,6
61:2 63:2,10 75:3
90:10 91:8 98:22
124:5 258:9
**qualified (3)**
37:15,21 93:15
**qualifying (12)**
31:17 44:19 46:16,18
55:3 77:9,18,20,22
77:24 234:4 286:9
**Queens (1)**
15:11
**question (177)**
5:8 7:19 8:2,6,8 9:19
11:23 24:6,24 25:3
38:13,21 39:19,20
41:5,8 45:4,11
47:10,21 50:21
55:13 56:9,14,22
57:24 59:8,14,17
62:18,22 63:7,14,25
64:11,13,15 68:4
70:25 73:3,5,11,12
73:19,23 76:14 77:6
82:11,12 85:7 86:12
87:13 89:16 90:5
92:19,24 93:5,7,8
93:18,23,24 94:2
95:10 96:5,9 99:20
99:25 100:16
101:25 102:15
104:3,25 105:6
106:12,17 107:4
113:23 115:7,10,17
117:16,17 123:9
133:23 134:17
135:4 138:4,9,16,18
139:15 140:20
143:8 144:23
145:21 147:23
148:5 151:13,21,23
152:12,15,23 153:3
153:23,24 154:2
155:7 157:21 159:9
159:18,22 161:2,6
167:10,11 169:15
171:21,22,22 172:4
179:22 181:15
182:4 183:6 184:5
184:15,18 185:10
187:8 189:17
191:10,12 195:19
201:14 202:4,23
203:7 213:2 215:8
216:3,11,13 217:15

218:4 223:2,4
225:18 239:18
242:2 247:22
258:12 261:23
265:3 266:3 268:23
269:2 271:10,16,24
272:4,5,7 273:2,7
275:7 277:15,19,21
281:8,10,13,19
288:21 289:6
292:13
**questioned (1)**
172:22
**questioning (5)**
18:18 19:14 147:13
263:25 278:13
**questions (53)**
7:16 8:20 28:24,25
29:2,3,11 32:19
37:20 38:24 40:19
47:15 50:16 51:19
53:22 58:5 61:22
76:5 79:11 89:12
103:15 108:6 116:6
126:2 127:15,18
132:20 134:12,20
135:2 136:7,11
138:11 142:4
145:14 151:25
156:5 162:6 163:3
182:23 184:19
190:20 246:22
247:11 249:19
277:22 278:5,15,21
282:8 285:9 289:10
291:10
**quick (1)**
283:21
**quite (5)**
40:2 135:17 153:2
158:11 183:16
**quiz (1)**
151:3
**quotation (1)**
266:20
**quote/unquote (1)**
286:22

**R**

**R (1)**
295:2
**RADLER (1)**
3:18
**range (2)**
87:6 248:7
**ranked (1)**
224:9
**ranking (3)**
91:9,10 133:17

**rate (2)**
70:8,9
**rationale (1)**
51:14
**reachability (1)**
91:24
**reachable (2)**
124:6 225:12
**reached (3)**
264:19 274:25,25
**read (39)**
37:10,11,13 38:5,6,25
39:4 45:4,6 55:17
57:15 59:24,25 60:2
62:25 79:13,23
107:9,12 123:2
138:21 150:13
151:7 156:13
220:10 239:21,23
252:15 254:11
259:17 260:22,23
261:2 262:25
280:23 281:3 285:4
292:12,15
**readily (2)**
134:23 135:23
**reading (3)**
40:16 229:18 284:9
**ready (2)**
4:3 278:14
**real (1)**
117:9
**reality (1)**
76:20
**realize (1)**
139:19
**really (13)**
6:23 64:10 76:6,7
96:24,25 103:10
120:13 125:5 126:2
143:7 246:20
253:19
**Realtime (1)**
2:18
**reappointed (1)**
240:20
**reason (18)**
64:13 67:24 161:4
175:16,24 199:14
199:18 200:2,17
237:16 243:21
298:6,11,13,15,17
298:19,21
**reasonability (1)**
157:18
**reasonable (3)**
149:20 150:5 198:10
**reasonableness (1)**
156:18

**reasonably (2)**
156:15,16
**reasons (1)**
38:19
**recall (33)**
11:5 16:25 22:3 30:4
34:11 66:14 160:4,7
160:12 165:5,11,14
166:13,19 167:18
168:4,19 176:3,13
176:17 178:6 180:4
189:19 248:24
264:3 265:13
266:16 267:4
282:10 284:9
288:13,15 289:11
**receive (7)**
192:18 200:25 209:19
209:22 280:20
281:5 288:24
**received (2)**
230:12 281:17
**receiving (3)**
288:25 292:6,16
**recess (1)**
190:15
**recite (4)**
39:15,25 40:3 293:16
**recognize (8)**
104:3 108:23 148:9
229:20 234:18,20
234:21 255:8
**recognized (6)**
60:7 61:3 63:3 64:5
65:4 66:11
**recollection (6)**
133:15,21 150:18,21
262:15 265:12
**record (39)**
6:8,13 18:19 19:14,20
37:10 47:8 54:4
61:20,21 62:17
64:16,18 89:18,20
96:11,18 131:15,17
137:24 141:14,14
146:15 147:12,21
190:3 223:13
228:10 229:9 260:2
260:11,13 265:21
265:23,24 278:11
283:15 295:8 298:7
**recorded (1)**
7:17
**records (7)**
223:18 229:8 253:22
259:23,24 264:6,11
**recruits (1)**
69:18
**recurring (1)**

242:2
**reduced (1)**
70:9
**reevaluate (1)**
161:8
**refer (12)**
29:19 101:10 102:6
106:20 109:8
113:12 166:7 199:8
199:11 227:4,18
254:25
**reference (3)**
138:7 160:3 265:9
**referenced (3)**
211:17 252:20 253:16
**referred (12)**
21:3 45:5 62:24 91:22
106:19 119:9
121:24 160:8
161:22 206:4
255:20 282:8
**referring (28)**
9:21 17:6 25:7 29:20
60:8 83:10,18 89:6
94:21 114:24
115:11 124:9
139:22,23 156:9
160:5 183:11 222:6
227:16 232:7
248:24 254:15
259:25 270:19
276:4 281:14
282:20 289:15
**refers (5)**
82:24 83:16 202:3
205:18 211:6
**reflect (2)**
137:24 172:21
**reflected (1)**
228:17
**refresh (2)**
133:15 150:18
**refreshed (1)**
150:22
**refreshing (1)**
133:21
**regard (14)**
106:9 172:3 187:11
197:14 250:23
279:6 280:7 284:23
285:11 286:21
287:25 288:11,21
289:6
**regarding (13)**
10:14 61:24 62:20
154:9 160:4 163:3
165:13 166:24
168:16 169:11
269:10 272:24

274:8
**Registered (2)**
2:17 233:5
**regs (2)**
116:9 134:15
**regular (3)**
7:12 124:24 126:17
**regularly (1)**
169:3
**regulation (10)**
29:8 32:22 84:23
100:9,13 101:23
102:5 115:25 198:6
246:5
**regulations (17)**
22:16 32:14,15
101:17 139:13
144:2 195:12
215:23 225:2
235:24 245:19,22
260:21 268:13
279:8 286:24
289:19
**rehire (1)**
95:25
**rehired (6)**
280:8,19 281:4
282:15,23 283:12
**reinstated (1)**
176:22
**reissued (1)**
224:3
**relate (5)**
57:17 173:18 215:10
216:12 221:14
**related (7)**
29:12 53:9 89:10
145:3 166:15 269:3
295:10
**relates (2)**
160:18 161:6
**relating (1)**
52:5
**relation (3)**
17:19 23:20 266:10
**relationship (8)**
164:11 267:8,12,23
267:25 268:4
270:17 272:6
**relative (3)**
23:17 87:11 154:15
**relatively (1)**
237:25
**relevance (3)**
50:2 147:20 268:9
**relevancy (6)**
11:18 74:13 95:20
96:5,8 97:3 122:11
183:17

**relevant (3)**
19:4 40:20 126:3
**remain (4)**
130:6 131:18 226:4
240:16
**remainder (1)**
251:5
**remedy (2)**
170:2 173:11
**remember (2)**
9:16 10:2,3,19,22
11:19 14:16 18:10
22:5,25 25:15
166:23 171:18
194:5 255:13
262:21 264:12
272:10,21,22 273:3
**remind (5)**
170:12,25 186:7,11
287:15
**reminding (1)**
171:15
**remotest (1)**
147:18
**remove (1)**
223:14
**removed (2)**
131:6 236:25
**repaid (1)**
213:9
**repeat (1)**
8:3
**rephrase (8)**
8:3 92:18 93:17,24
153:3 159:22
191:11 212:15
**replaced (1)**
251:16
**replaces (1)**
233:22
**report (21)**
27:15,22,24 81:10
82:3,13,15 163:18
190:10 197:7,12
204:10,15 213:21
215:11 248:10
260:3 279:18,19
286:7 297:10
**reported (20)**
1:23 17:10,13 21:10
21:20,22 81:8
102:16 129:10,12
197:19,23 198:8
203:21 206:13
212:10,11 286:4
291:16 292:2
**reporter (23)**
2:18,19,19 6:6 7:18
36:19 42:24 45:6

62:25 65:14 96:15
96:17 97:17 103:19
107:12 108:10
137:14 190:15
219:23 234:8
254:10 281:3
292:15
**reporting (3)**
169:11,19 191:20
**reports (2)**
121:15,16
**Repp (1)**
196:13
**represent (2)**
137:15 147:4
**representative (4)**
173:7 174:3 181:23
257:12
**representatives (5)**
33:18 180:19 187:18
248:23 249:3
**represented (3)**
11:6,11,13
**representing (2)**
6:17 11:14
**request (28)**
36:7 40:23 48:4,18,20
51:11,21 53:23
56:23 57:19 90:24
92:12 94:25 97:10
97:12 108:12,15
109:4,4 111:23
112:14,18,20 123:4
176:2 185:3 233:14
296:21
**requested (8)**
107:11 113:20 175:6
175:12,14,19 281:2
292:14
**requesting (2)**
109:10 176:6
**requests (1)**
191:2
**require (5)**
104:23 130:16 245:19
245:23 257:22
**required (11)**
28:16 66:16 93:19
94:9 129:22,25
132:3 151:24
153:16 246:17
280:6
**requirement (38)**
47:6 48:3,11,15 56:21
61:5,8,9 63:5 64:3,7
64:21 65:6 71:8,10
71:10,13,16 72:5,9
73:16,18,22 74:22
78:11,15,24 82:16

91:21 92:22 95:13
128:17 232:5 233:9
233:25 246:8,12
253:7
**requirements (35)**
28:5 31:12 43:25
44:18 45:18 47:17
53:17 57:12 63:13
63:21,22 64:2 66:8
66:24 70:21,23 74:2
76:24 89:24 92:16
92:25 93:13 95:4,5
120:24 192:11
204:23 232:15,22
233:3 244:13
286:13 287:11
293:3,11
**requires (3)**
63:18 134:13,21
**requiring (1)**
215:19
**requisite (1)**
287:10
**research (5)**
134:23 137:19 141:22
157:20 277:9
**reserved (1)**
5:8
**residence (9)**
95:21 105:20 106:19
107:5,6,13,18 108:7
113:9
**residences (1)**
106:14
**residencies (1)**
106:9
**residency (12)**
92:16,21,25 93:13
95:3,9,12,24 97:10
97:13 108:21 231:7
**resident (4)**
95:17 105:5,8,10
**residents (4)**
105:3 113:7 220:24
220:22
**resignations (1)**
197:15
**resolve (1)**
168:2
**resolving (1)**
169:7
**resources (2)**
255:18,20
**respect (57)**
22:18 39:12 41:13
49:23 52:4 54:25
55:2 63:6 71:16
72:12 77:13 78:16
82:3 83:4 87:11

88:5 90:2 91:10
95:11 102:14
109:20 116:18
126:2 144:22
145:14 152:20
162:18 172:8 177:7
180:8 186:3 192:15
193:22 198:6
203:25 210:19
213:7,11,25 214:8
217:6 218:2 236:5
240:4 241:6 248:18
264:19 266:13
267:2 268:20
269:15 270:8
277:22 281:11
287:14 292:9,20
**respectfully (2)**
51:17 73:19
**respective (1)**
5:3
**respects (1)**
24:11
**respond (2)**
159:19 179:10
**respondents (1)**
150:5
**response (6)**
8:11 48:17 271:24
272:8 282:7,20
**responsibilities (6)**
17:25 19:9 20:21
29:17 212:4 258:16
**responsibility (16)**
16:23 18:6 21:4,14
22:24 31:2,22
152:21 203:24
207:10,16 208:25
209:13 229:23
237:21 286:12
**responsible (13)**
33:14 48:13 49:11
169:5 193:13
198:22 285:6,10,15
285:18,22,25 286:6
**rest (1)**
85:21
**restricted (1)**
95:9
**restrictions (6)**
52:9 53:10 82:6 89:10
89:13,15
**result (2)**
214:2 278:23
**resulted (1)**
169:23
**resulting (1)**
99:13
**results (2)**

222:15 270:5
**retain (1)**
212:19
**retake (1)**
228:13
**Retaliatory (1)**
151:4
**return (2)**
96:12 230:3
**review (11)**
169:2 230:4 250:9
259:22 260:20
261:6 262:19,22
284:12,21 288:6
**reviewed (6)**
34:19 250:10 262:11
271:14 273:9,12
**reviewing (2)**
246:24 260:15
**reviews (6)**
33:20 207:12 209:20
209:23 210:6,12
**revised (1)**
43:14
**revision (3)**
43:12,18 205:12
**revisions (2)**
34:20 143:10
**reword (1)**
276:19
**RexCorp (1)**
3:22
**re-employment (2)**
275:21 280:11
**re-provisionally (1)**
130:18
**right (26)**
18:23 56:24 57:24
74:20 95:7 96:25
101:8 111:6 115:21
121:4 122:10
126:22 134:9
137:10 148:5 157:2
157:23 192:9
200:11 214:21
220:18 221:19
249:16 269:3 270:2
283:6
**rights (8)**
160:21 212:19 213:2
213:24 264:8 265:5
274:11,11
**right-hand (1)**
191:24
**ripened (1)**
25:25
**RIVKIN (1)**
3:18
**Road (2)**

3:12 4:6
**rob (2)**
155:14,15
**Rogers (3)**
3:20 196:7,13
**role (3)**
212:4 287:6,13
**roster (10)**
203:18 206:14 207:7
213:22 259:23,24
260:5 265:6 283:15
283:17
**rosters (1)**
283:2
**rotating (1)**
106:2
**rotation (1)**
126:17
**Roughly (1)**
44:17
**round (1)**
138:5
**routine (1)**
246:23
**routinely (1)**
254:7
**RPR (3)**
1:23 295:4,18
**rule (29)**
32:21 71:5 72:17
83:17,18,19,19,20
83:22 84:5 95:19
99:19 115:8,16,25
116:8 133:16,22,24
134:2,5,6,8 198:6
224:5,13 237:23
240:18 246:4
**rules (69)**
7:14 10:14 18:24
22:15 29:10 32:17
32:20 33:4,8,14,25
34:11,20,23 35:22
36:8,13 72:11,12,16
72:23 73:2 83:17,19
105:10 115:19
116:9,11,17 117:3
117:14 119:13,22
120:21 129:6 130:6
130:17,24 132:2
136:18 139:13
140:17,23,25 141:3
141:4,4 144:2
151:10 152:19
193:6 201:23,25
202:3,8,19 215:23
216:12,25 217:18
217:22,24 229:12
243:12 245:18,22
246:10 261:7

286:24
**ruling (1)**
158:10
**run (1)**
50:24

———————
**S**
———————
**safety (4)**
42:14,17 78:17 88:19
**sake (1)**
254:10
**salaries (2)**
87:15 89:4
**salary (19)**
70:4,12 84:8,10 86:22
86:24 87:12 88:14
89:15 186:13
197:16,20,21,22,22
197:23 198:2 213:9
258:20
**Sanchez (47)**
1:14 163:24 164:25
165:6,13 166:10,15
166:24 167:7,16
168:20 169:9,18
170:8,15,20 172:23
263:21 264:15
267:17,21 268:20
269:10 270:15,25
271:12,17,23 272:9
272:14 273:6 284:6
284:16,22 285:5,10
285:18,25 286:17
286:20 287:3,24
289:3 292:11,22,25
293:9
**Sanchez's (6)**
165:16 168:25 260:6
260:10 267:11
286:12
**sanctions (3)**
19:16 135:9 160:25
**satisfactorily (1)**
75:10
**satisfactory (1)**
165:18
**satisfied (9)**
28:6 31:13 72:9 73:16
99:22 100:5 128:16
244:16 293:3
**satisfies (1)**
70:20
**satisfy (7)**
23:11 61:4 63:5 64:6
65:6 71:8 72:4
**saving (1)**
219:10
**Savings (1)**
15:2

**saw (3)**
3:12 155:14 263:5
**saying (4)**
59:16 89:3 145:25
217:13
**says (24)**
34:5 73:17,20 79:25
80:2 90:15 105:3
106:5 109:6 141:11
142:24 157:4
200:12,14 205:7
220:20 221:7
226:12 230:20,25
232:4 251:6 255:6
255:17
**schedule (5)**
85:20,24 125:4
234:23 242:2
**scheduled (5)**
126:15 130:19 131:4
131:13 261:19
**Schneider (27)**
27:25 34:6 48:16
163:20,22 174:20
176:2 180:17
261:13,20 263:9
264:5,14,18 266:17
266:24 267:16,19
267:25 268:18
269:8 270:10,20
272:13 273:6
274:13 275:2
**Schneider's (1)**
207:13
**school (9)**
15:7,9,10,13 18:9
30:18 74:17 106:21
234:5
**scope (2)**
31:21 152:5
**score (5)**
128:20 149:19 150:4
227:15 228:17
**scores (2)**
91:13 92:9
**SCPD (1)**
69:14
**sealing (1)**
5:4
**searchable (1)**
11:24
**season (20)**
279:23 280:8,10,15
280:20 281:4,11,12
281:15,25 282:17
282:23,24 283:8,10
283:12,13 291:13
291:23,25
**seasonal (18)**

66:5 67:15 77:19,23
154:18,23,24,25
278:24 279:6,17,24
280:16 282:2 283:7
283:9 291:12,21
**seat (1)**
96:12
**second (23)**
25:18,19 37:6 79:10
79:24 92:6 93:17,21
93:22 94:9,10
130:13,15 135:18
151:21 156:8
195:22 230:24
232:4 241:6 254:9
254:11 279:14
**second-to-last (1)**
239:24
**section (49)**
44:17 83:5 119:7
137:17,21 138:3,21
139:11 142:8,13,15
142:24,25 144:22
147:4,8,14,24
148:14,21 150:19
151:4,6,11,13
152:14,18 153:7,17
154:11 156:6,9,13
156:15 161:22
189:21 254:21,23
265:10 266:13
275:9 276:12,15,16
276:25 277:3
290:10 296:25
297:5
**sections (3)**
32:7 186:7 217:6
**see (28)**
33:24 61:24 89:15
116:5 123:15
138:12 143:4
155:15 156:9
205:15 206:21
219:7 220:16 222:5
227:16 228:25
230:4 231:17 232:3
247:11 250:25
264:6 265:6 274:11
274:15 283:2,18
288:6
**seeing (1)**
288:13
**seek (1)**
96:6
**seeking (2)**
19:15 262:8
**seen (17)**
37:3 43:9 65:25 98:5
122:24 126:11

197:2 211:13 220:9
220:12 239:15
245:5 247:18
252:17 257:11
273:19 293:15
**selected (1)**
291:24
**self-explanatory (1)**
235:11
**send (9)**
113:3 149:23 171:12
193:8 253:24
279:18,23 280:7
281:21
**sends (2)**
150:6 172:14
**senior (29)**
14:6,8,11 17:11,12
21:11,18 22:9,22
24:19,21 26:14,21
26:24 27:21 28:7,16
29:13,15 30:3 31:9
31:11,14,17 32:5
164:13 202:24
208:3 209:6
**seniority (1)**
213:10
**seniors (2)**
26:25 31:24
**sense (6)**
73:20 87:13 100:23
208:21 245:25
282:17
**sent (7)**
149:12,17 177:10,13
178:8 179:6 189:18
**sentence (9)**
59:23,25 239:19,24
246:6 252:20 253:2
253:5 254:11
**sentences (1)**
239:19
**separate (10)**
30:9 45:21 71:12
119:14,17 218:23
219:9 263:14
279:18,19
**separately (1)**
183:24
**sequentially (1)**
226:21
**sergeant (37)**
97:19,21 98:9,11
99:21 100:4,17,20
101:11 102:7,17,17
126:7,15,16,25
127:12 128:5
176:22,23 178:13
178:20,23,24

179:14 181:24
185:2 213:20,23
228:6 240:15
241:12 244:6,15
256:11 257:4
296:18
**sergeants (2)**
240:12 242:10
**sergeant's (6)**
100:18 128:21 176:20
242:3 244:19
259:11
**series (1)**
270:13
**servants (1)**
50:23
**serve (1)**
20:18
**serves (1)**
68:9
**service (416)**
1:14 10:14,16 13:6
16:13,15 21:15
22:15 28:8,25 29:4
29:5,10,22 30:18
31:16 32:17,20 33:3
33:8,10 34:23 36:8
38:11 40:14 41:13
41:18,20,21 42:3,11
42:20,21 44:4,24
45:8,12,16 48:16
51:9 52:10 53:10,21
54:19 56:5 57:15
58:22 61:25 62:6
64:4 66:4 67:8 71:9
71:11,15 72:16,22
73:24 75:16 76:2,10
77:11 78:16 81:8,18
81:20,23 82:14 83:3
83:17 84:23 87:2,7
87:9,11,15,20,23
88:6,9,23 89:3,10
89:13,14,25 90:4
94:15,24 95:4,18
97:8 98:15 99:18
100:8,13 101:3,17
101:22 102:4,14
103:4 104:13,15,18
105:7,10,12 106:11
107:2,23,24 109:12
112:7,13,18,23
113:17,19,24
114:11,17,20,23
115:3,8,18,20
116:10,17,21,25
117:9 118:24 119:4
119:6,7,8,12,13,15
119:18,22,23,24
120:7,18,20,21,24

121:5,10,12 122:19
122:20 123:11,21
126:9 127:16
128:19,22 129:6,6
129:10 130:6,16,24
132:2,14,22,25
133:5 134:4,12,14
134:21 135:14,20
136:8,22 137:17,17
137:21,21 138:2,8
139:4,8,17 140:8,17
140:24 141:4
143:16,20,25
144:14 145:9,18
147:5,8,14,25 148:3
148:7,8,23 149:25
150:8 151:9 152:6
152:13,14,17 153:6
153:16 154:7,13,21
155:4,16 158:19
159:2,12 164:4
165:23 168:21
171:6 172:13,14
175:6 176:15 177:6
178:16 180:8,18
181:22 182:2,5,8,13
182:15,22 183:22
184:11,16,17,25
185:7,17 186:6,8
187:7,10,21 191:4
191:20 192:11,13
192:19,22 193:4
195:8,12,14,16,23
196:17,21 198:6,15
200:16,21,23,25
201:9,22,22,24
202:2,3,8,19,19
204:25 206:7,18
207:10 209:11,25
210:5,9,19,20 212:3
213:20 214:2,20
215:11,22 216:7,12
216:14,19,21,24,25
217:3,7,7,10,18,22
217:24 218:8,19,22
218:23 219:14,20
220:2 221:10,17
225:2 227:12
229:12 230:13
231:18 232:11
235:23 239:25
240:4,18 241:22
243:12,22 244:13
245:18,22 246:4,10
247:24 248:2,11,18
248:19 249:5,22
251:14 254:13,18
254:25 255:3,24
256:2,17 257:8,12

257:14,23 258:11
259:9 260:20 261:3
261:7 264:23,25
265:7,10,14 266:5,7
266:11 267:11
268:13,16 269:19
270:8 272:17,25
273:4,21 274:11,16
275:5,10,14,16,18
275:24 276:2,10,13
278:22,23 280:4,5,6
282:4 284:21
285:14,21 286:24
287:10,23 289:19
290:5,8 292:7,18
293:11 296:25,25
297:4,12,18
**services (2)**
90:2 117:8
**Service's (1)**
61:8
**Service/Human (1)**
255:18
**serving (1)**
258:12
**SESSION (1)**
4:23
**set (22)**
33:9,10 48:23 57:11
71:19 81:4 82:4,18
86:25 87:3,6,15
116:22 120:23
125:5 142:22
150:11 237:17
261:17 291:11
295:7,14
**sets (2)**
87:4,16
**setting (1)**
89:4
**seven (3)**
146:8,20,23
**share (1)**
163:13
**SHEET (1)**
298:1
**sheets (1)**
39:18
**she'll (2)**
12:4 57:5
**shoot (1)**
233:18
**shopping (1)**
155:13
**short (3)**
52:15 127:7 257:16
**shorten (1)**
115:10
**shortened (1)**

20:17
**shorter (2)**
65:10 252:4
**shortly (1)**
258:22
**shot (1)**
236:4
**should've (1)**
141:22
**showed (2)**
148:14 246:21
**shown (2)**
138:9 253:21
**shows (1)**
255:6
**sick (5)**
12:21 85:10,15
213:10 276:5
**side (1)**
123:7
**sign (11)**
83:18 109:18 111:7,9
190:23 191:6,16,18
195:2 215:10 227:2
**signature (18)**
109:17 111:7 190:6
190:16,17 191:25
192:5,9 194:22,23
195:16,22 196:8,9
196:22 207:14
238:5 297:8
**signatures (2)**
110:19 196:12
**signed (8)**
5:12,14 177:20 192:2
192:5 230:2,15
253:3
**signs (3)**
110:22,24 215:20
**similar (2)**
231:24 250:5
**simple (1)**
237:25
**simpler (1)**
184:14
**simplify (1)**
116:16
**simply (1)**
184:10
**simultaneously (1)**
110:14
**single (2)**
190:18 218:25
**sit (1)**
282:12
**sitting (5)**
96:14,22,23 97:5
283:6

**situation (7)**
88:12 118:22 123:13
158:20 177:11
179:17 247:11
**situations (5)**
153:10,12,12 162:15
169:6
**six (6)**
25:18 133:10,11,16
242:16 276:21
**slightest (1)**
148:16
**slip (3)**
109:17 111:7,10
**small (3)**
52:17 205:6 232:2
**Snyder (5)**
1:4 4:23 283:23
293:17,18
**social (1)**
117:8
**soft (1)**
96:23
**solve (1)**
188:12
**somebody (8)**
62:5 100:3,4 113:18
131:23 247:9
257:13 258:17
**someone's (2)**
85:10 201:15
**something's (1)**
79:4
**soon (2)**
125:20 198:11
**sorry (4)**
209:11 239:7 269:5
278:24
**sort (9)**
52:11 115:8 143:15
154:8 185:14
220:14 262:7
273:21 274:7
**sought (1)**
176:20
**sound (1)**
266:22
**sounding (1)**
61:20
**source (4)**
140:5 223:10 262:7
288:25
**sources (1)**
211:15
**Southold (3)**
30:19 99:15,17
**space (2)**
12:4,8

**span (1)**
185:21
**speak (18)**
7:21 19:2 39:5 42:6
49:8 50:19 63:17
96:14 112:10
163:11 193:9
214:21 217:9
261:10 267:16,20
272:14 274:3
**speaking (12)**
54:17 96:11,19,21
120:25 122:5 135:5
211:11 242:13
267:15 270:12,13
**special (15)**
43:25 44:18 48:2,10
48:14 49:6 66:8
89:23 90:2 232:4,15
232:22 233:2,9,14
**specific (41)**
29:25 30:6 33:8 41:2
42:12 45:17 58:14
75:25 123:25
136:14 154:17
156:5 159:2 160:7
165:11,14 167:23
176:13 179:15,16
179:25 180:6
181:10 193:24
197:3 198:13,16
201:6,24 203:16
213:7 220:12 224:8
234:18,21 254:24
261:4,6 266:18
270:12 272:11
**specifically (24)**
9:4 18:10 29:11 48:6
60:22 88:5 110:13
118:10 119:6
139:22 166:16
172:16 179:9 192:8
192:18 193:12,25
213:18 247:3 255:9
264:24 272:25
290:25 291:3
**specification (22)**
48:7,23 60:18 66:5
71:16,20 83:3 98:8
99:19,22 101:12
102:8 106:11 107:3
115:4,5,12 130:17
198:5 227:6 232:19
255:5
**specifications (29)**
39:10 98:10,15,20
105:7 109:13
113:17 114:12,25
116:18 117:3,14

119:18,19,20,21
120:22 129:7 132:3
139:13 151:10
195:13 215:23
225:3 232:11,14
235:24 246:11
268:14
**specifics (3)**
172:20 173:3 194:19
**specified (2)**
84:6 199:17
**specs (1)**
63:10
**speculate (1)**
182:24
**spending (2)**
20:3 51:18
**Spies (1)**
211:21
**split (1)**
217:15
**spoke (4)**
153:2 211:12,12
270:14
**spoken (2)**
166:23 230:6
**staff (2)**
205:3,4
**stamp (1)**
245:9
**stamped (1)**
207:13
**stand (1)**
266:20
**standard (5)**
46:17,22 85:22
106:11 251:17
**standards (8)**
28:5 31:12 46:8 49:21
78:4 100:5 113:25
140:6
**standing (2)**
96:19,21
**Stanley (3)**
237:24 238:6,22
**start (3)**
192:16 258:18 291:22
**started (3)**
17:4,14 170:15
**starting (1)**
87:12
**starts (1)**
68:10
**state (71)**
2:20 6:7,14 25:9 29:4
32:17 33:10 46:8,12
46:17,22 52:8,12,23
52:25 53:2,8,13,17

53:20,24 54:3,9
60:7,13 61:3,7,14
61:16 63:4,11 64:6
64:15,20 65:5 66:11
67:21 70:20,22 73:7
73:17,18,20 74:2,23
75:22,24 115:19
116:11 119:10,11
119:11 120:3,17,20
122:19 125:3,4
132:3 134:14
135:13 139:10,24
140:11,11,14
144:13 182:19
254:13 276:2 295:5
**stated (4)**
47:11 66:25 186:23
236:19
**statement (5)**
117:16 223:11 240:3
245:25 250:20
**statements (1)**
190:25
**states (7)**
1:2 44:18 66:9 77:8
221:15 236:22
253:6
**statewide (1)**
46:9
**state-approved (1)**
61:11
**stating (1)**
81:25
**status (26)**
28:10 61:10 74:4
76:22 77:4 99:3,6
118:11 167:20,25
169:10,13,24 170:6
176:23 177:25
180:9 213:9 214:2,5
231:7 246:9,13
275:4 276:14
291:20
**statute (13)**
138:17 139:19,20,22
139:23,25 142:23
144:19 156:24
157:3,7,9 279:8
**stay (3)**
54:10 105:18 240:2
**step (3)**
70:11 157:14 210:15
**steps (1)**
88:14
**stick (1)**
36:2
**stips (1)**
7:12
**stipulate (2)**

7:2 148:20
**stipulated (5)**
5:2,6,10 50:10 82:8
**stop (1)**
62:13
**Strategies (1)**
54:2
**street (4)**
35:25 68:12 69:19
73:8
**streets (1)**
68:18
**strike (8)**
113:14 131:17 154:17
155:6 192:16 210:9
221:25 230:10
**string (1)**
227:3
**stringent (1)**
63:21
**structuring (1)**
47:17
**student (1)**
68:13
**stuff (1)**
119:5
**subcategories (1)**
65:7
**subdivided (1)**
106:21
**subheading (4)**
43:24 81:4 98:23
105:2
**subject (7)**
10:12 55:5,20 90:22
91:7 162:10 168:8
169:20,25 176:10
176:14 177:7 179:5
179:13 247:5
261:21 278:12
**subjective (1)**
201:14
**submission (1)**
191:3
**submit (4)**
112:6,22 113:2
206:11
**submitted (3)**
129:16,17 206:19
**subordinate (5)**
24:19 31:23 87:18
88:16,21
**subordinates (3)**
31:2,5,22
**Subscribed (1)**
294:8
**subsequent (4)**
26:2 43:15 178:2

249:3
**substance (12)**
28:15 66:18 160:12
166:21 168:3,23
264:3,7 267:4,5,24
284:7
**suburban (1)**
118:15
**success (1)**
269:22
**successful (4)**
20:15 26:7,11 77:9
**successfully (2)**
78:9 165:19
**sufficient (1)**
171:4
**Suffolk (108)**
1:13,13 2:14 4:5,11
13:4,6 16:21 17:7
18:2 21:2 23:6
30:14 33:9 34:24
40:14 41:11,23
44:25 45:8 47:25
49:13 60:14,21,23
61:4,13,15,18,24
62:6 63:4,20 64:3,6
71:5 72:13,18,19,21
73:23 75:16 77:10
78:15 83:16 86:25
86:25 92:13 99:6
117:6 119:12,15,18
119:22,23,25 120:6
120:7,17,21,24
121:12 123:21
128:11 134:3,15
139:3,7,16 140:7
143:24 145:8,17
148:2,8 151:9 152:6
152:16 153:6,15
154:7 158:18 159:2
159:12 165:22
166:9 168:21 171:6
171:15,15 177:5
180:18 181:22
185:16,25 186:4,5
191:4 204:25
216:21 219:25
247:25 249:4,21
273:14 280:5
297:11,17
**suggest (2)**
134:7 284:15
**suggested (1)**
184:7
**suggesting (2)**
95:16 135:21
**suggestion (2)**
50:3 184:12
**suggests (1)**

**106**:15
**suit (1)**
182:18
**sum (2)**
168:3 284:7
**summary (1)**
277:10
**summer (2)**
4:24 188:14
**superior (1)**
88:22
**supervise (1)**
164:18
**supervised (1)**
24:18
**supervision (3)**
30:23,25 164:19
**supervisor (9)**
87:19 88:15 114:21
118:19 164:8
204:13,14 209:2,5
**supervisors (4)**
31:23 164:24 165:10
169:5
**supervisory (5)**
29:17 164:11 176:12
177:11 179:17
**supplement (2)**
151:11 152:7
**supplemented (1)**
141:20
**supplements (1)**
140:13
**supply (1)**
205:8
**support (1)**
205:3
**sure (53)**
7:19,20 9:9,12 11:19
12:11 14:2,9 17:3
21:6 22:10 23:7
29:11 31:10 37:4
47:20 48:5 51:16
65:9,11 70:12 76:15
85:9,13 86:12 89:5
93:3 105:22 113:11
116:23 126:20
133:13 137:7,8
152:25 156:12
157:16 162:14
168:22 183:13
188:8 204:2 211:5
217:4 241:25
252:18 268:24
278:6,9 280:25
283:18 286:9 290:3
**swear (1)**
148:12
**switching (1)**

31:13
**sworn (5)**
5:11,14 6:4 294:8
295:7
**synonymous (1)**
79:9
**system (3)**
70:11 91:9,10

**T**

**T (2)**
295:2,2
**TA (1)**
226:23
**take (35)**
8:4,8 9:14 36:25 37:9
65:23 70:15 98:3
99:15 123:16 124:5
129:22 130:18
131:3 145:25 156:4
168:12 171:16
208:8 210:15 228:2
228:10,12,12
229:19 235:24
236:13 243:8
244:18,20 257:16
270:21 278:4,9
283:21
**taken (10)**
28:24 131:20 166:2
177:6,9 190:4 214:4
243:19 244:21
257:18
**takes (3)**
99:12 197:13 276:5
**talk (2)**
103:10 110:13
**talked (4)**
62:2 194:12 248:21
262:6
**talking (16)**
23:16 40:25 74:24
85:13 98:14 101:2
122:3 123:12 149:2
163:6 251:22,23
266:13 290:24,25
291:3
**taught (1)**
233:18
**tax (1)**
117:9
**Taxation (1)**
30:15
**taxpayer (2)**
182:17 186:11
**techniques (1)**
120:12
**teeny (1)**
205:14

**telephone (4)**
171:12 174:9 200:7
223:25
**tell (16)**
8:2 30:7 37:14 50:23
54:19,21 67:21 98:4
221:24 234:16
245:5 261:24 273:8
279:15,16 286:14
**telling (4)**
24:13 59:13 133:22
142:3
**temporary (18)**
133:4,7,9 136:18
138:3,7,24 139:2,6
139:18 140:6,12,14
140:18,22 141:5
144:18 188:14
**term (6)**
25:19,20 115:9 179:3
186:4 290:5
**terminate (1)**
96:2
**terminated (10)**
279:13 280:9,15
282:9,13,16,18,19
282:22 283:11
**termination (3)**
279:20,24 283:3
**terminology (5)**
114:24 123:10 149:3
189:19 277:17
**terms (6)**
22:4 30:10 36:9
114:25 162:8
207:22
**test (29)**
46:4,6 47:7,23 51:14
99:13 132:7,8,9
190:9 227:19,21,22
228:3,8,10,17
234:24 235:4,5,20
235:25 236:9,12,13
241:11,12 242:15
242:17
**tested (1)**
29:8
**testified (11)**
6:5 7:8 9:18 10:3,9
125:24 147:15
160:18 186:16
187:25 262:10
**testify (7)**
10:10 12:19,24 37:15
37:22 50:9 55:16
**testifying (5)**
6:20,21,25 7:6 51:20
**testimony (17)**
8:14,18,20,20 9:3

10:13 11:8 153:23
159:16 188:3
217:11 237:6
262:14,16 287:22
295:6,9
**tests (6)**
56:5 132:17 223:14
228:13 286:10
287:9
**text (17)**
32:14 37:11 38:6
79:13 155:21,23
156:6 190:21 192:9
220:15 221:14,22
222:5 232:2 235:3
245:18 297:7
**thank (10)**
143:7 152:3 161:17
184:9 205:20
242:21 249:16
252:6 278:14 294:2
**thereabouts (2)**
254:22,23
**Theresa (1)**
226:22
**they'd (1)**
48:21
**thing (11)**
7:3 54:24 64:22 78:14
115:2 123:19 133:3
135:11 147:16
220:20 240:14
**things (29)**
19:24 21:6 34:21 38:8
39:12 42:16 44:9
52:17,24 53:12
57:21 69:14 116:13
116:16 118:23
120:3,4,6 121:6
132:11 146:12
161:11 173:18
176:25 182:17,21
205:5 251:22
255:25
**think (83)**
7:2 11:3 18:17 19:17
23:6 25:18 36:10
38:22 48:12 50:7,8
50:9,18 52:18 53:24
57:18 62:3,10 63:8
65:10 68:3 73:7
76:8 89:2 95:22
98:21 111:6 114:8
115:4,4 121:20
123:12 126:12,20
127:12,23 131:7
134:16,18,25 142:2
142:5 145:4 146:11
146:18 151:15

153:22 154:24
155:15 172:11
177:16 178:4
183:18 184:4,14
186:21,22 187:13
188:5 189:20
191:11 205:22
208:21 211:17
214:10 230:25
235:10 237:2,7
240:12 242:22
246:4 267:13 268:8
274:5 276:20
277:12,14 278:6
280:2 281:13,18
293:16
**thinks (1)**
58:25
**third (4)**
130:21 131:2 240:22
241:8
**THOMAS (1)**
1:4
**THOMPSON (2)**
3:3 4:24
**thought (6)**
34:21 54:7 183:10
216:4 262:8 264:7
**threat (1)**
189:13
**threatening (1)**
188:11
**threats (1)**
188:15
**three (28)**
27:3,10,11 32:4,7
84:25 91:13,16 92:3
99:3 124:2 130:9,12
130:22 133:19
157:14 196:12
219:2 222:3,4 224:5
234:6 238:10,12,17
258:8 264:10
278:23
**threshold (1)**
275:23
**tie (2)**
92:9 224:21
**time (93)**
5:9 8:17 9:11 11:2
14:7 16:5 18:3
20:18 22:4,20 24:15
27:2 28:18 31:17
34:15 41:15 47:9
50:10,13 57:10
59:16 65:10 66:9
70:14 71:7,19 72:6
81:15 85:15,15 86:7
88:16 111:4,17

125:5 127:22
128:16 131:11,25
132:15 133:13
143:18 145:23
156:4 163:4,5,19
166:23 168:11,24
169:8,17 170:7
172:17,25 173:15
175:3,11,19 177:24
178:7 179:24 181:3
181:7 183:14,15,15
187:19 188:3 193:8
193:15,20 194:2
195:20 198:7,10,16
204:3 207:19
211:24 213:10
225:13,24 235:19
235:19 236:8
240:22 247:10
253:11 258:16
271:7 278:15 294:5

**timely (1)**
132:17

**times (6)**
9:10 30:7 68:16 228:2
228:7,10

**timing (3)**
125:16 127:2 188:7

**tiny (2)**
205:14 206:24

**title (57)**
17:9 21:9 30:8 40:8
40:10 41:18 42:14
42:18,20 46:25 84:8
99:21 100:4,21,24
101:3,11 102:7,21
103:3 119:20
123:25 124:22
125:10,11,15,18,19
161:25 179:3,13
180:21 181:3,7,12
181:19,25 183:7,14
185:8 186:25 188:5
188:17 207:6 213:8
213:20 217:20,21
218:15 243:10,20
248:13 256:10,23
257:2,13,14

**titled (3)**
138:3 147:8 297:5

**titles (12)**
42:7,19 218:11 219:2
219:5,7,9 233:13
256:16,17 257:7,8

**today (22)**
6:19 7:6,16 12:19,21
12:25 22:18 23:20
111:5 181:12,19
204:7,18 205:10

231:22 233:8
248:21 259:16
260:18 261:12
278:16 282:12

**today's (1)**
258:25

**token (1)**
7:20

**told (8)**
49:7 57:20 101:6
170:12 173:2
176:15,18 275:25

**Tom (2)**
4:23 283:23

**Tons (1)**
119:5

**top (19)**
91:13,16 92:3,7,9
170:9 190:22 192:6
194:21 200:11
203:13 220:14,18
226:8 234:6,19
250:11,24 255:16

**total (4)**
85:2 128:8 227:15
228:17

**touched (1)**
196:14

**tour (3)**
245:20 246:7,17

**town (10)**
17:2 30:13,13 99:7,14
99:16 106:21
114:21 118:15,18

**towns (7)**
18:8 97:19,22 98:9,11
98:17 296:19

**trained (1)**
76:13

**trainee (33)**
14:14,16,19,22 16:8
16:13,20 17:8,14,25
18:3,6 20:12,13,18
20:19,23 21:13 22:7
22:8 23:8,9,24 24:3
24:20 25:24 26:8,11
26:22 27:5 164:3
165:18 208:12

**trainees (5)**
18:8 24:10,20 26:20
29:18

**training (54)**
16:9 20:15 23:11,23
24:3,9,14,16 25:9
60:3,6,8,9,11,12
61:2 63:3 64:5,21
64:23 65:5,12 66:10
66:12 68:11,17 69:7
69:18 70:10,16,18

71:2,18 72:5,9
75:12 76:23 77:2
143:11,13 144:12
145:8,14 165:20
193:11,13,15 194:9
194:12,15 208:10
233:17 253:15
255:12

**transaction (1)**
203:18

**transactions (2)**
193:4 194:18

**transcript (1)**
7:24 12:4,8 80:4
295:8

**transcription (1)**
298:9

**transcripts (1)**
273:10

**transfer (1)**
176:21

**travel (1)**
25:11

**treasurer (2)**
218:24 219:3

**trial (1)**
5:9

**Trosco (2)**
222:8 229:15

**trouble (1)**
245:13

**true (10)**
43:22 90:9 156:15
235:21 240:15
241:5 262:12,14
268:14 295:8

**Trust (1)**
40:18

**trustees (2)**
186:18,21

**truthfully (2)**
12:19,24

**try (5)**
162:12 170:25 193:4
215:2 277:21

**trying (9)**
59:12 76:3,9 100:19
134:5 146:18 151:3
184:20 207:21

**turn (4)**
37:5 52:13 53:3 71:21

**turning (6)**
52:9 77:8 79:10
194:21 197:2 243:2

**Twelve (1)**
28:14

**twice (3)**
240:21 241:7 274:18

**two (57)**
17:3 20:17,19 25:16
25:22 28:9 40:19
52:17 54:6 61:23
62:5 66:24 83:19
84:25 92:5 113:6
125:13 126:20,21
127:25 130:25
131:5 132:10 155:2
155:2 157:5,8
190:17 196:4
197:20 200:15
219:6,9,11,12
224:22 225:3,8,15
225:15,22,23 229:9
230:24 239:19
240:2,17 241:13,14
242:14,15,17
250:11 251:22
270:7 279:8,9

**two-page (2)**
65:14 137:15

**two-year (1)**
20:14

**TYAS (1)**
4:24

**type (5)**
95:18,22 129:13
191:20 206:24

**types (2)**
120:5 233:2

**typewritten (1)**
238:5

---

**U**

**Uh-huh (5)**
44:2 66:13,17 192:12
280:18

**ultimately (3)**
176:24 270:14 293:2

**uncertified (3)**
285:7 288:8,18

**unclassified (4)**
114:18,20 116:22
119:7

**unclear (1)**
63:15

**unconnected (1)**
97:3

**uncontested (1)**
62:16

**undergoes (1)**
23:24

**underlined (2)**
79:19 98:23

**underlining (1)**
133:23

**underneath (10)**
32:6 109:6 142:24

200:13,13 221:15
222:2 232:2,3
250:14

**understand (36)**
6:20 7:5 8:2 18:15
39:24 47:21 50:3
53:15 56:6,21 61:12
64:9,10 71:12 75:5
76:4 89:11 92:21
115:10 121:8
136:11 162:13
166:7 200:23
217:12 225:18
233:15 244:3 251:9
254:15 273:2
276:16 279:12
282:21 287:6,22

**understanding (5)**
18:24 19:5 279:22
283:11 289:18

**understood (4)**
136:3 230:21 279:7
281:8

**undertake (1)**
172:15

**undertaken (1)**
137:18

**undertook (1)**
287:24

**underwent (2)**
23:24,24

**undisputed (1)**
62:4

**Uniondale (1)**
3:23

**unique (1)**
63:13

**unit (2)**
203:7 226:19

**UNITED (1)**
1:2

**units (3)**
24:17,17 29:20

**university (1)**
16:9

**unofficial (1)**
120:11

**unrelated (1)**
162:15

**updates (1)**
143:10

**use (18)**
42:14 82:14 83:8
90:21 93:20 95:12
115:9,23 120:16
179:2 186:4 191:9
219:4,5,11 280:12
282:16 283:16

**useful (1)**

76:7
**uses (1)**
139:17
**usually (3)**
33:17 150:9 205:18

**V**

**V (1)**
298:2
**vacancy (2)**
221:5,6
**vacation (3)**
79:22 85:11,15
**valid (2)**
130:8 258:7
**validly (1)**
244:14
**valuation (1)**
77:18
**variables (1)**
85:8
**varies (3)**
196:18 201:4 206:21
**various (12)**
20:25 30:18 42:19
120:2,3,5 127:16
132:23 135:19
169:3 172:22 193:7
**venture (1)**
148:13
**verbatim (1)**
148:12
**version (5)**
43:21 122:22 142:8
142:17 231:22
**versus (2)**
64:24 68:21
**Veterans (4)**
2:2,15 4:14 6:9
**videotape (1)**
96:16
**viewed (1)**
230:12
**village (88)**
1:8 3:19 21:16 23:3
30:21,22 47:10
80:13 94:16 99:7
100:3 106:22 114:4
114:8,9 118:17
121:2 143:19
166:16,25 167:17
167:20 168:16
170:11 175:12,13
175:19,25 176:5,24
179:6 182:18
183:24,25 186:16
186:17,22 191:17
195:8 203:24 214:5
214:23,25 215:9,12

215:16 217:10
218:15,18,24 219:2
219:3,3,4,13,16,19
220:20,25 221:13
222:18,25 223:6,21
227:12 230:20
231:8 234:24
242:12 246:7
252:23 253:8 256:5
256:7,15 273:18
280:6 286:14 287:3
287:7,14,17,20
289:17,25 291:2,4,6
**villages (6)**
97:20,22 98:9,12,17
296:19
**village's (2)**
174:20 256:10
**violate (1)**
102:4
**violated (4)**
143:20 264:9 265:5
274:12
**violating (1)**
160:21
**violation (8)**
75:18,19 95:18 100:8
101:22 254:12,20
255:7
**violations (1)**
184:17
**virtually (1)**
62:15
**volumes (1)**
148:15

**W**

**W (1)**
3:14
**wait (3)**
93:22 225:10,14
**waived (1)**
5:5
**walking (1)**
242:21
**want (57)**
19:19 23:25 34:3
36:12,14 41:5 53:25
55:25 57:21,25 58:4
61:19,20 63:14 75:3
87:21 89:5 93:3
94:2 96:2 101:14
103:12 108:7
112:12,25 113:9
115:16 137:11
145:19,20 146:11
146:13 147:11
148:19 150:24
153:21 156:4,11,22

158:8 159:19,22
161:3 162:19
178:21 182:21
183:24 201:15
213:6,14 216:11
217:5 219:11
249:18 277:21
278:9 283:16
**wanted (3)**
48:6,23 166:12
**wants (2)**
94:8 149:7
**wasn't (12)**
111:15 113:11 138:9
141:23 150:11
178:20 183:13
185:9 188:8,9
199:19 269:5
**waste (2)**
172:17 235:19
**way (19)**
35:20,25 54:16 70:4
76:6 93:3,21 115:22
122:16 126:3
152:13 158:13
189:23 195:19
200:4 225:21 242:3
271:18 295:12
**wealth (1)**
146:9
**website (7)**
35:12,16,18 103:21
108:14,17 296:23
**week (11)**
54:6 82:9 84:2,12,14
84:24,24 85:16,21
86:15 279:14
**weeks (8)**
84:25 126:23 127:5
155:2,3 261:16
279:9,9
**welcome (1)**
38:13
**went (4)**
15:4 34:21 176:2
260:6
**weren't (4)**
40:16 178:22 244:11
286:11
**we'll (8)**
12:12 116:5 123:16
125:6 138:12
146:24 167:5 228:8
**we're (29)**
17:16 19:23 20:2
23:16 39:25 53:17
54:6,15 62:9 70:19
76:8 102:19 122:3,5
123:12 146:7

148:12 149:23
163:6 169:6 205:9
242:13 251:22,23
253:20 258:22
270:12,13 277:13
**we've (9)**
50:8 54:25 108:3,4
135:18 269:13
272:24 278:4,6
**WHEREOF (1)**
295:14
**whichever (1)**
109:9
**whistle (8)**
153:9,13 155:9,11
159:11 160:16,16
162:18
**wide (1)**
93:13
**widely (1)**
196:18
**widespread (1)**
91:24
**WIGDOR (1)**
3:3
**willing (16)**
91:16 93:14 124:3
130:9,11,12,23
149:5,6,10,16
240:20,25 242:11
242:24 258:8
**window (1)**
36:6
**windowsill (1)**
96:22
**withdraw (1)**
97:5
**withdrawing (1)**
93:7
**withdrawn (3)**
41:22 44:16 219:21
**witness (95)**
6:3 11:21 12:10 18:11
18:12,13,14,17 19:6
19:12,13,25 24:2
35:17 37:8 38:7,13
51:19 54:12 55:14
55:15 57:6,8 59:13
62:12 75:21 79:15
89:3 93:4 97:15
103:14 106:8
107:22 116:10
118:24 122:6
125:23 127:15,19
127:24 132:21,24
134:19 135:2,10,24
136:13 138:6,10
142:19,22 144:18
145:15,21 146:9

147:13,15 150:24
153:20 154:2
156:24 157:6,15,22
157:24,25 160:15
161:10 172:2 179:4
181:14 183:6,21
187:24 189:16
213:4 214:23 217:2
217:11 220:9
226:14 228:11
235:12 241:20
262:4 265:3 271:11
275:9 277:16,18
281:21 295:6,9,14
298:4
**witnesses (2)**
50:9 62:3
**witness's (1)**
159:16
**woman (2)**
11:20,21
**wondered (1)**
263:23
**wonderful (1)**
59:2
**word (8)**
96:15 115:23 152:22
152:22 191:9 221:2
222:4 282:19
**worded (1)**
179:10
**words (2)**
100:20 276:21
**work (24)**
33:19 68:14 82:9,9
84:2,24 85:16,25
86:5 101:4 155:14
164:18 203:20
211:11 229:4 238:9
238:11 245:19
246:6,17 268:16
287:17,19 291:24
**worked (6)**
26:20 32:16 86:15
246:21,25 247:10
**workers (5)**
212:11,13,18 213:19
214:3
**working (21)**
17:14 69:8,15 85:12
155:12 170:15
179:3,13 181:3,7,11
181:18 183:14
186:25 188:4,12,17
243:10 255:10
258:17 291:14
**workings (2)**
201:14 214:22
**works (2)**

24:21 208:22
**world (1)**
101:7
**yesterday (3)**
167:3 259:2,14
**York (33)**
1:2,18 2:2,16,20 3:6,6
3:13,23 4:7,15 6:10
29:4 61:9 63:18
65:4 66:11 69:15
116:11 119:11
134:14 135:13
137:16,20 139:9
140:10,11,14 231:3
254:13 275:25
295:5 296:24

---

**Z**

**zero (2)**
84:25 85:12
**Zwilling (269)**
4:16 6:25 8:19 10:6
11:7 12:11 19:19
20:5 23:13,15 28:18
33:5,7,15 34:14
35:13,24 36:11,18
37:18,23 38:8,17
39:6,11,24 40:12,21
41:17 42:2,6,16
43:20 45:3,11 46:3
47:4,20 49:2,7,24
50:15,22 51:7 52:2
52:15,22 53:7,19
54:17 55:6,22 56:15
56:20 57:13,25 58:9
58:11,15,23 59:5,9
59:15 61:7 63:6,16
64:12 65:2 66:21
67:5,11,20 68:24
69:9,13,23 70:17,24
71:9 72:15,23 73:7
73:17 74:11,18,21
75:13,21 76:3,20
81:19 85:5,7,23
86:11,18 87:7,21
88:2,7,23 89:9
92:15,18,24 93:6,10
94:19 95:3,8 98:14
100:24 101:2,13
102:2,10 103:8
106:4 111:4,17,20
112:2,8,10 115:18
116:4,9 118:7,21
119:5 120:25 121:6
121:18,25 122:9
123:6,11,16 125:23
127:4,11,21 132:6
132:10 134:7
135:16 136:24
137:3,10 140:16,21

---

141:7,13 142:16
143:14 144:6,16,24
145:11,23 146:6,18
147:11 148:11,19
151:12,22 152:3,9
152:25 153:19
155:8 156:20,22
157:3 158:4,11,23
159:6,8,17 160:14
161:3,17 162:4,13
163:2,7 165:7
169:12 171:10
172:10,19 173:2,17
175:4,15 178:17,19
180:23,25 182:3,11
182:16 183:20
184:8 185:3 186:3
187:12 188:2,21,23
189:3,15,22 191:8
195:5,7,15 200:19
200:21 201:13
205:22 212:21,23
214:21 215:7,15
216:10,23 217:5,14
223:3 228:9,12
230:14 235:10
237:7 240:5 243:15
256:18 259:2,5,8,14
260:5,9,16 261:11
262:6,13,17 263:4
265:2 271:8,10
272:16 274:18
276:17 277:4,6,11
277:20 278:6
283:16,19,23
290:23 294:4
**Zwilling's (1)**
144:5

---

**$**

**$100 (1)**
228:8
**$5,000 (2)**
84:7 86:21

---

**0**

**02PM (1)**
137:2
**07 (1)**
1:7
**08PM (1)**
154:3

---

**1**

**1 (12)**
36:20,22 37:7,11,13
37:17 79:17 82:4,18
113:6 296:15 298:7
**1B (1)**

---

82:24
**1:00:01PM (1)**
171:18
**1:00:03PM (1)**
171:20
**1:00:21PM (1)**
172:4
**1:00:22PM (2)**
172:5,6
**1:00:33PM (1)**
172:10
**1:00:37PM (1)**
172:12
**1:00:38PM (1)**
172:14
**1:00:54PM (1)**
172:19
**1:01:05PM (1)**
172:24
**1:01:08PM (1)**
173:2
**1:01:11PM (2)**
173:4,5
**1:01:23PM (1)**
173:8
**1:01:24PM (1)**
173:9
**1:01:25PM (1)**
173:10
**1:01:40PM (1)**
173:12
**1:01:44PM (1)**
173:15
**1:01:46PM (1)**
173:16
**1:01:48PM (1)**
173:17
**1:01:52PM (1)**
173:20
**1:01:53PM (1)**
173:21
**1:02:04PM (1)**
173:23
**1:02:07PM (1)**
173:25
**1:02:19PM (1)**
174:6
**1:02:21PM (1)**
174:7
**1:02:24PM (1)**
174:8
**1:02:31PM (1)**
174:11
**1:02:32PM (1)**
174:12
**1:02:42PM (1)**
174:14
**1:02:44PM (1)**

---

174:15
**1:02:45PM (1)**
174:16
**1:02:47PM (1)**
174:17
**1:02:50PM (1)**
174:18
**1:02:54PM (1)**
174:20
**1:03:00PM (1)**
174:22
**1:03:02PM (2)**
174:23,24
**1:03:05PM (1)**
174:25
**1:03:08PM (1)**
175:2
**1:03:10PM (1)**
175:4
**1:03:17PM (1)**
175:8
**1:03:18PM (2)**
175:9,10
**1:03:21PM (1)**
175:12
**1:03:24PM (1)**
175:13
**1:03:27PM (1)**
175:15
**1:03:30PM (1)**
175:17
**1:03:31PM (1)**
175:18
**1:03:34PM (1)**
175:20
**1:03:35PM (1)**
175:21
**1:03:44PM (1)**
175:22
**1:03:45PM (1)**
175:23
**1:03:49PM (1)**
175:25
**1:03:57PM (1)**
176:4
**1:04:03PM (1)**
176:8
**1:04:04PM (1)**
176:9
**1:04:06PM (1)**
176:11
**1:04:17PM (1)**
176:13
**1:04:23PM (1)**
176:15
**1:04:29PM (1)**
176:17
**1:04:32PM (1)**

**world (1)**
101:7
**wouldn't (8)**
39:5,8 148:15 151:7
224:2 240:8 244:18
246:20
**would've (14)**
54:7,8 106:16 177:20
180:5 198:20,22
212:10 216:4,5
256:8 280:16
281:17 288:15
**writing (4)**
198:19 200:6 210:6
223:24
**writings (4)**
119:24 120:23 140:5
199:3
**written (20)**
26:16 39:17 49:13
55:7,11 56:2,5 67:9
67:12,13 91:9
148:17 209:20,23
210:11 227:19,21
228:2 251:19 288:7
**wrong (1)**
282:22

---

**X**

**X (3)**
1:3,17 136:8

---

**Y**

**yeah (11)**
38:16 46:5 140:21
165:8 187:15
189:24 232:20
240:7 253:20 269:4
271:9
**year (24)**
24:2 25:19,22 26:7
85:16 86:10,16
143:3 162:24
168:14,14 171:16
172:9 226:18,20
236:10,12 245:20
246:18,19,22,25
291:14,17
**years (34)**
9:15 19:11,25 20:17
20:19 21:7 22:4
25:17,18 28:9 30:8
48:11 54:6 99:3
124:17 125:6,13
126:20 127:25
143:5 185:17
241:11,13,14 242:4
242:14,15,17,20

| | | | | |
|---|---|---|---|---|
| 176:19 | 179:12 | 182:7 | 186:3 | 189:14 |
| **1:04:54PM (1)** | **1:07:06PM (1)** | **1:10:02PM (1)** | **1:13:14PM (1)** | **1:16:13PM (1)** |
| 176:24 | 179:15 | 182:11 | 186:5 | 189:15 |
| **1:04:59PM (1)** | **1:07:14PM (1)** | **1:10:06PM (1)** | **1:13:15PM (1)** | **1:16:15PM (1)** |
| 177:3 | 179:18 | 182:14 | 186:7 | 189:18 |
| **1:05:01PM (1)** | **1:07:17PM (1)** | **1:10:09PM (1)** | **1:13:44PM (1)** | **1:16:25PM (1)** |
| 177:5 | 179:20 | 182:16 | 186:15 | 189:22 |
| **1:05:10PM (1)** | **1:07:21PM (1)** | **1:10:34PM (1)** | **1:13:59PM (1)** | **1:16:29PM (1)** |
| 177:8 | 179:23 | 183:3 | 186:20 | 189:24 |
| **1:05:11PM (1)** | **1:07:22PM (1)** | **1:10:50PM (1)** | **1:14:00PM (1)** | **10 (13)** |
| 177:9 | 179:24 | 183:9 | 186:21 | 48:11 86:9 92:10 |
| **1:05:14PM (1)** | **1:07:41PM (1)** | **1:10:52PM (1)** | **1:14:04PM (1)** | 131:7 185:17 190:8 |
| 177:10 | 180:3 | 183:10 | 186:23 | 190:16 192:6 |
| **1:05:19PM (1)** | **1:07:43PM (1)** | **1:10:58PM (1)** | **1:14:18PM (1)** | 194:21 215:5 |
| 177:13 | 180:4 | 183:13 | 187:3 | 218:13 282:4 297:8 |
| **1:05:21PM (2)** | **1:07:44PM (1)** | **1:11:05PM (1)** | **1:14:20PM (1)** | **10-2-92 (1)** |
| 177:14,15 | 180:5 | 183:16 | 187:5 | 251:7 |
| **1:05:23PM (1)** | **1:07:51PM (1)** | **1:11:14PM (1)** | **1:14:22PM (1)** | **10/2/92 (1)** |
| 177:16 | 180:6 | 183:20 | 187:6 | 251:4 |
| **1:05:25PM (1)** | **1:07:58PM (1)** | **1:11:36PM (1)** | **1:14:28PM (1)** | **10:00 (1)** |
| 177:17 | 180:10 | 184:4 | 187:9 | 2:4 |
| **1:05:26PM (1)** | **1:08:04PM (1)** | **1:11:42PM (1)** | **1:14:29PM (1)** | **10:00:01AM (1)** |
| 177:18 | 180:11 | 184:8 | 187:10 | 6:15 |
| **1:05:28PM (1)** | **1:08:12PM (1)** | **1:11:43PM (1)** | **1:14:35PM (1)** | **10:00:02AM (1)** |
| 177:19 | 180:12 | 184:10 | 187:12 | 6:16 |
| **1:05:33PM (1)** | **1:08:14PM (1)** | **1:11:49PM (2)** | **1:14:38PM (1)** | **10:00:10AM (1)** |
| 177:22 | 180:14 | 184:12,14 | 187:15 | 6:20 |
| **1:05:39PM (1)** | **1:08:15PM (2)** | **1:11:56PM (1)** | **1:14:39PM (1)** | **10:00:15AM (1)** |
| 177:24 | 180:15,16 | 184:18 | 187:16 | 6:23 |
| **1:05:52PM (1)** | **1:08:33PM (1)** | **1:11:59PM (1)** | **1:14:40PM (1)** | **10:00:19AM (1)** |
| 178:4 | 180:23 | 184:20 | 187:17 | 6:25 |
| **1:05:56PM (1)** | **1:08:34PM (1)** | **1:12:02PM (2)** | **1:14:59PM (1)** | **10:00:25AM (2)** |
| 178:6 | 180:24 | 184:22,23 | 187:23 | 7:4,5 |
| **1:06:01PM (1)** | **1:08:35PM (1)** | **1:12:19PM (1)** | **1:15:01PM (1)** | **10:00:27AM (1)** |
| 178:8 | 180:25 | 185:3 | 188:2 | 7:7 |
| **1:06:05PM (1)** | **1:08:46PM (2)** | **1:12:22PM (1)** | **1:15:13PM (1)** | **10:00:30AM (1)** |
| 178:9 | 181:5,6 | 185:5 | 188:8 | 7:8 |
| **1:06:08PM (1)** | **1:08:51PM (1)** | **1:12:23PM (1)** | **1:15:20PM (1)** | **10:00:35AM (1)** |
| 178:11 | 181:8 | 185:6 | 188:11 | 7:10 |
| **1:06:11PM (1)** | **1:08:52PM (1)** | **1:12:31PM (1)** | **1:15:36PM (1)** | **10:00:38AM (1)** |
| 178:12 | 181:9 | 185:9 | 188:16 | 7:11 |
| **1:06:27PM (1)** | **1:08:55PM (1)** | **1:12:32PM (1)** | **1:15:50PM (1)** | **10:00:41AM (1)** |
| 178:17 | 181:10 | 185:11 | 188:21 | 7:13 |
| **1:06:29PM (1)** | **1:08:58PM (1)** | **1:12:33PM (1)** | **1:15:51PM (2)** | **10:00:48AM (2)** |
| 178:18 | 181:11 | 185:12 | 188:22,23 | 7:15,16 |
| **1:06:30PM (1)** | **1:09:02PM (1)** | **1:12:35PM (1)** | **1:15:53PM (1)** | **10:01:05AM (1)** |
| 178:19 | 181:13 | 185:13 | 188:25 | 7:23 |
| **1:06:34PM (1)** | **1:09:06PM (1)** | **1:12:48PM (1)** | **1:15:55PM (1)** | **10:01:06AM (1)** |
| 178:21 | 181:14 | 185:16 | 189:2 | 7:24 |
| **1:06:42PM (1)** | **1:09:11PM (2)** | **1:12:56PM (1)** | **1:15:56PM (2)** | **10:01:09AM (1)** |
| 179:2 | 181:16,17 | 185:20 | 189:3,4 | 7:25 |
| **1:06:45PM (1)** | **1:09:17PM (1)** | **1:12:57PM (1)** | **1:16:01PM (1)** | **10:01:15AM (1)** |
| 179:4 | 181:20 | 185:21 | 189:7 | 8:4 |
| **1:06:51PM (2)** | **1:09:25PM (1)** | **1:13:00PM (1)** | **1:16:02PM (1)** | **10:01:26AM (1)** |
| 179:7,8 | 181:21 | 185:23 | 189:8 | 8:9 |
| **1:06:53PM (1)** | **1:09:48PM (1)** | **1:13:02PM (1)** | **1:16:11PM (2)** | **10:01:39AM (1)** |
| 179:9 | 182:3 | 185:24 | 189:12,13 | 8:14 |
| **1:06:59PM (1)** | **1:09:55PM (1)** | **1:13:07PM (1)** | **1:16:12PM (1)** | **10:01:42AM (1)** |

| | | | | |
|---|---|---|---|---|
| 8:16 | 11:5 | 13:11 | 15:15 | 17:21 |
| **10:01:43AM (1)** | **10:03:49AM (1)** | **10:05:51AM (1)** | **10:08:15AM (1)** | **10:10:46AM (1)** |
| 8:17 | 11:7 | 13:14 | 15:16 | 17:22 |
| **10:01:49AM (1)** | **10:03:52AM (1)** | **10:06:05AM (2)** | **10:08:16AM (1)** | **10:10:48AM (1)** |
| 8:19 | 11:10 | 13:18,19 | 15:17 | 17:23 |
| **10:01:54AM (1)** | **10:03:53AM (1)** | **10:06:08AM (1)** | **10:08:17AM (1)** | **10:10:53AM (1)** |
| 8:22 | 11:11 | 13:21 | 15:18 | 17:24 |
| **10:01:56AM (2)** | **10:04:00AM (1)** | **10:06:11AM (1)** | **10:08:21AM (1)** | **10:11:01AM (1)** |
| 8:24 9:2 | 11:13 | 13:23 | 15:20 | 18:4 |
| **10:01:57AM (1)** | **10:04:02AM (1)** | **10:06:13AM (1)** | **10:08:28AM (1)** | **10:11:02AM (1)** |
| 9:3 | 11:14 | 13:24 | 15:22 | 18:5 |
| **10:02:02AM (2)** | **10:04:05AM (1)** | **10:06:19AM (1)** | **10:08:31AM (1)** | **10:11:10AM (1)** |
| 9:6,7 | 11:16 | 14:2 | 15:23 | 18:7 |
| **10:02:05AM (1)** | **10:04:06AM (1)** | **10:06:20AM (1)** | **10:08:35AM (1)** | **10:11:22AM (1)** |
| 9:9 | 11:17 | 14:3 | 15:25 | 18:11 |
| **10:02:09AM (1)** | **10:04:11AM (1)** | **10:06:25AM (1)** | **10:08:39AM (1)** | **10:11:45AM (1)** |
| 9:11 | 11:18 | 14:6 | 16:3 | 18:21 |
| **10:02:12AM (1)** | **10:04:16AM (1)** | **10:06:27AM (1)** | **10:08:43AM (1)** | **10:11:50AM (1)** |
| 9:13 | 11:19 | 14:7 | 16:4 | 18:23 |
| **10:02:16AM (1)** | **10:04:18AM (1)** | **10:06:33AM (1)** | **10:08:47AM (1)** | **10:12:32AM (1)** |
| 9:14 | 11:20 | 14:9 | 16:6 | 19:17 |
| **10:02:17AM (1)** | **10:04:20AM (1)** | **10:06:38AM (1)** | **10:08:54AM (1)** | **10:12:34AM (1)** |
| 9:15 | 11:21 | 14:10 | 16:7 | 19:19 |
| **10:02:19AM (1)** | **10:04:21AM (1)** | **10:06:42AM (1)** | **10:09:05AM (1)** | **10:12:50AM (1)** |
| 9:16 | 11:22 | 14:12 | 16:11 | 20:2 |
| **10:02:26AM (1)** | **10:04:24AM (1)** | **10:06:48AM (1)** | **10:09:12AM (1)** | **10:12:53AM (1)** |
| 9:19 | 11:23 | 14:13 | 16:12 | 20:5 |
| **10:02:35AM (1)** | **10:04:32AM (1)** | **10:06:50AM (1)** | **10:09:17AM (1)** | **10:12:54AM (1)** |
| 9:21 | 12:3 | 14:14 | 16:15 | 20:8 |
| **10:02:39AM (2)** | **10:04:37AM (1)** | **10:06:59AM (1)** | **10:09:19AM (1)** | **10:12:55AM (1)** |
| 9:23,24 | 12:7 | 14:15 | 16:17 | 20:9 |
| **10:02:44AM (1)** | **10:04:42AM (1)** | **10:07:05AM (1)** | **10:09:24AM (1)** | **10:12:59AM (1)** |
| 10:2 | 12:10 | 14:17 | 16:19 | 20:10 |
| **10:02:47AM (1)** | **10:04:43AM (1)** | **10:07:07AM (1)** | **10:09:33AM (1)** | **10:13:07AM (1)** |
| 10:3 | 12:11 | 14:18 | 16:20 | 20:13 |
| **10:02:56AM (2)** | **10:04:48AM (1)** | **10:07:12AM (1)** | **10:09:41AM (1)** | **10:13:32AM (1)** |
| 10:5,6 | 12:14 | 14:20 | 16:24 | 20:20 |
| **10:03:06AM (2)** | **10:04:49AM (3)** | **10:07:21AM (1)** | **10:09:43AM (1)** | **10:13:43AM (1)** |
| 10:11,12 | 12:15,16,17 | 14:21 | 16:25 | 20:24 |
| **10:03:09AM (1)** | **10:04:56AM (1)** | **10:07:25AM (1)** | **10:09:45AM (1)** | **10:13:45AM (1)** |
| 10:14 | 12:20 | 14:23 | 17:2 | 20:25 |
| **10:03:15AM (1)** | **10:04:58AM (1)** | **10:07:27AM (1)** | **10:09:53AM (1)** | **10:13:57AM (1)** |
| 10:16 | 12:21 | 14:24 | 17:5 | 21:6 |
| **10:03:20AM (1)** | **10:05:00AM (1)** | **10:07:30AM (1)** | **10:09:58AM (1)** | **10:14:01AM (1)** |
| 10:18 | 12:22 | 15:2 | 17:7 | 21:8 |
| **10:03:21AM (1)** | **10:05:01AM (1)** | **10:07:37AM (1)** | **10:10:02AM (1)** | **10:14:06AM (1)** |
| 10:19 | 12:23 | 15:3 | 17:8 | 21:11 |
| **10:03:23AM (1)** | **10:05:07AM (1)** | **10:07:45AM (1)** | **10:10:12AM (1)** | **10:14:15AM (1)** |
| 10:21 | 13:2 | 15:6 | 17:11 | 21:12 |
| **10:03:26AM (1)** | **10:05:12AM (1)** | **10:07:57AM (1)** | **10:10:20AM (1)** | **10:14:31AM (1)** |
| 10:22 | 13:3 | 15:7 | 17:12 | 21:17 |
| **10:03:31AM (1)** | **10:05:17AM (1)** | **10:07:59AM (2)** | **10:10:26AM (1)** | **10:14:37AM (1)** |
| 10:24 | 13:5 | 15:8,9 | 17:15 | 21:18 |
| **10:03:32AM (1)** | **10:05:36AM (1)** | **10:08:02AM (1)** | **10:10:34AM (1)** | **10:14:46AM (1)** |
| 10:25 | 13:8 | 15:10 | 17:18 | 21:21 |
| **10:03:36AM (1)** | **10:05:40AM (1)** | **10:08:08AM (1)** | **10:10:39AM (1)** | **10:14:49AM (1)** |
| 11:3 | 13:10 | 15:12 | 17:19 | 21:22 |
| **10:03:45AM (1)** | **10:05:46AM (1)** | **10:08:14AM (1)** | **10:10:43AM (1)** | **10:14:54AM (2)** |

| | | | | |
|---|---|---|---|---|
| 21:25 22:2 | 25:12 | 27:23 | 31:4 | 34:10 |
| **10:15:14AM (1)** | **10:19:29AM (1)** | **10:22:07AM (1)** | **10:26:36AM (1)** | **10:30:56AM (1)** |
| 22:8 | 25:14 | 27:24 | 31:7 | 34:14 |
| **10:15:29AM (1)** | **10:19:34AM (1)** | **10:22:10AM (1)** | **10:26:40AM (1)** | **10:30:57AM (1)** |
| 22:11 | 25:16 | 27:25 | 31:9 | 34:16 |
| **10:15:34AM (1)** | **10:19:39AM (1)** | **10:22:22AM (1)** | **10:26:42AM (1)** | **10:30:58AM (1)** |
| 22:13 | 25:18 | 28:3 | 31:10 | 34:17 |
| **10:15:52AM (1)** | **10:19:43AM (1)** | **10:22:38AM (1)** | **10:26:55AM (1)** | **10:31:05AM (1)** |
| 22:17 | 25:20 | 28:8 | 31:12 | 34:19 |
| **10:16:01AM (1)** | **10:19:49AM (1)** | **10:22:52AM (1)** | **10:27:08AM (1)** | **10:31:13AM (1)** |
| 22:21 | 25:22 | 28:12 | 31:16 | 34:23 |
| **10:16:13AM (1)** | **10:20:00AM (1)** | **10:23:01AM (1)** | **10:27:18AM (1)** | **10:31:20AM (2)** |
| 22:22 | 25:23 | 28:14 | 31:18 | 34:25 35:2 |
| **10:16:25AM (1)** | **10:20:11AM (1)** | **10:23:10AM (1)** | **10:27:26AM (1)** | **10:31:22AM (1)** |
| 22:25 | 26:4 | 28:15 | 31:21 | 35:3 |
| **10:16:27AM (1)** | **10:20:12AM (1)** | **10:23:22AM (1)** | **10:27:39AM (1)** | **10:31:27AM (1)** |
| 23:2 | 26:5 | 28:18 | 31:25 | 35:6 |
| **10:16:31AM (2)** | **10:20:16AM (1)** | **10:23:24AM (1)** | **10:27:42AM (1)** | **10:31:36AM (1)** |
| 23:4,5 | 26:7 | 28:19 | 32:3 | 35:9 |
| **10:16:42AM (1)** | **10:20:20AM (1)** | **10:23:26AM (1)** | **10:28:34AM (1)** | **10:31:39AM (1)** |
| 23:6 | 26:9 | 28:20 | 32:12 | 35:11 |
| **10:16:54AM (1)** | **10:20:29AM (1)** | **10:23:27AM (1)** | **10:28:47AM (1)** | **10:31:44AM (1)** |
| 23:8 | 26:13 | 28:21 | 32:16 | 35:13 |
| **10:17:12AM (1)** | **10:20:38AM (1)** | **10:23:30AM (1)** | **10:29:03AM (1)** | **10:31:50AM (1)** |
| 23:13 | 26:16 | 28:23 | 32:19 | 35:16 |
| **10:17:13AM (1)** | **10:20:43AM (1)** | **10:23:41AM (1)** | **10:29:15AM (2)** | **10:31:52AM (1)** |
| 23:14 | 26:18 | 29:3 | 32:23,24 | 35:17 |
| **10:17:14AM (1)** | **10:20:53AM (1)** | **10:23:48AM (2)** | **10:29:16AM (1)** | **10:31:54AM (1)** |
| 23:15 | 26:19 | 29:6,7 | 33:2 | 35:19 |
| **10:17:23AM (1)** | **10:21:05AM (1)** | **10:23:59AM (1)** | **10:29:17AM (1)** | **10:31:55AM (1)** |
| 23:19 | 26:24 | 29:10 | 33:3 | 35:20 |
| **10:17:37AM (2)** | **10:21:07AM (1)** | **10:24:06AM (1)** | **10:29:20AM (2)** | **10:32:03AM (1)** |
| 23:21,22 | 26:25 | 29:13 | 33:5,6 | 35:24 |
| **10:17:52AM (1)** | **10:21:17AM (1)** | **10:24:10AM (1)** | **10:29:21AM (1)** | **10:32:13AM (2)** |
| 23:25 | 27:3 | 29:15 | 33:7 | 36:4,5 |
| **10:18:03AM (1)** | **10:21:26AM (1)** | **10:24:22AM (1)** | **10:29:23AM (1)** | **10:32:17AM (1)** |
| 24:5 | 27:4 | 29:19 | 33:8 | 36:7 |
| **10:18:04AM (1)** | **10:21:30AM (1)** | **10:24:26AM (1)** | **10:29:37AM (1)** | **10:32:18AM (1)** |
| 24:7 | 27:7 | 29:21 | 33:12 | 36:8 |
| **10:18:05AM (1)** | **10:21:32AM (1)** | **10:24:28AM (1)** | **10:29:49AM (1)** | **10:32:22AM (1)** |
| 24:8 | 27:8 | 29:22 | 33:15 | 36:10 |
| **10:18:15AM (1)** | **10:21:36AM (1)** | **10:24:35AM (1)** | **10:29:50AM (1)** | **10:32:28AM (1)** |
| 24:12 | 27:10 | 29:25 | 33:16 | 36:11 |
| **10:18:19AM (1)** | **10:21:37AM (1)** | **10:24:39AM (1)** | **10:29:51AM (1)** | **10:32:38AM (1)** |
| 24:13 | 27:11 | 30:3 | 33:17 | 36:16 |
| **10:18:28AM (1)** | **10:21:44AM (1)** | **10:24:54AM (1)** | **10:30:07AM (1)** | **10:32:43AM (1)** |
| 24:16 | 27:13 | 30:6 | 33:22 | 36:18 |
| **10:18:58AM (1)** | **10:21:46AM (1)** | **10:25:06AM (1)** | **10:30:16AM (1)** | **10:33:13AM (1)** |
| 24:24 | 27:14 | 30:10 | 33:24 | 36:19 |
| **10:19:07AM (1)** | **10:21:51AM (1)** | **10:25:17AM (1)** | **10:30:27AM (1)** | **10:33:30AM (1)** |
| 25:4 | 27:16 | 30:13 | 34:4 | 36:21 |
| **10:19:09AM (1)** | **10:21:57AM (1)** | **10:26:03AM (1)** | **10:30:35AM (1)** | **10:34:09AM (1)** |
| 25:5 | 27:18 | 30:22 | 34:6 | 36:24 |
| **10:19:10AM (1)** | **10:21:59AM (1)** | **10:26:09AM (1)** | **10:30:37AM (1)** | **10:34:10AM (1)** |
| 25:6 | 27:20 | 30:24 | 34:7 | 36:25 |
| **10:19:13AM (1)** | **10:22:00AM (1)** | **10:26:11AM (1)** | **10:30:39AM (1)** | **10:35:00AM (2)** |
| 25:8 | 27:21 | 30:25 | 34:9 | 37:4,5 |
| **10:19:26AM (1)** | **10:22:04AM (1)** | **10:26:21AM (1)** | **10:30:42AM (1)** | **10:35:07AM (1)** |

| | | | | |
|---|---|---|---|---|
| 37:8 | 41:9,10 | 44:7 | 46:25 | 50:20 |
| **10:35:08AM (1)** | **10:39:37AM (1)** | **10:42:20AM (1)** | **10:44:59AM (1)** | **10:48:55AM (1)** |
| 37:9 | 41:15 | 44:8 | 47:4 | 50:22 |
| **10:35:17AM (1)** | **10:39:40AM (1)** | **10:42:24AM (1)** | **10:45:10AM (1)** | **10:49:02AM (1)** |
| 37:13 | 41:17 | 44:10 | 47:8 | 51:2 |
| **10:35:42AM (1)** | **10:39:41AM (1)** | **10:42:29AM (1)** | **10:45:22AM (1)** | **10:49:03AM (1)** |
| 37:14 | 41:18 | 44:13 | 47:12 | 51:3 |
| **10:35:50AM (1)** | **10:39:47AM (1)** | **10:42:35AM (1)** | **10:45:27AM (1)** | **10:49:12AM (1)** |
| 37:18 | 41:20 | 44:15 | 47:14 | 51:7 |
| **10:35:51AM (1)** | **10:40:00AM (1)** | **10:42:41AM (1)** | **10:45:38AM (1)** | **10:49:19AM (1)** |
| 37:19 | 41:23 | 44:17 | 47:20 | 51:10 |
| **10:36:00AM (1)** | **10:40:07AM (1)** | **10:42:53AM (1)** | **10:45:44AM (1)** | **10:49:43AM (1)** |
| 37:23 | 41:25 | 44:22 | 47:24 | 51:22 |
| **10:36:05AM (2)** | **10:40:08AM (1)** | **10:42:54AM (1)** | **10:45:45AM (1)** | **10:49:49AM (1)** |
| 38:2,3 | 42:2 | 44:23 | 47:25 | 52:2 |
| **10:36:16AM (1)** | **10:40:13AM (1)** | **10:43:02AM (1)** | **10:45:53AM (1)** | **10:50:21AM (1)** |
| 38:7 | 42:5 | 45:3 | 48:4 | 52:14 |
| **10:36:19AM (1)** | **10:40:14AM (1)** | **10:43:05AM (1)** | **10:46:03AM (1)** | **10:50:22AM (1)** |
| 38:8 | 42:6 | 45:5 | 48:5 | 52:15 |
| **10:36:42AM (1)** | **10:40:20AM (2)** | **10:43:16AM (1)** | **10:46:16AM (1)** | **10:50:25AM (1)** |
| 38:16 | 42:9,10 | 45:11 | 48:10 | 52:17 |
| **10:36:43AM (1)** | **10:40:21AM (1)** | **10:43:23AM (1)** | **10:46:21AM (1)** | **10:50:36AM (1)** |
| 38:17 | 42:11 | 45:15 | 48:12 | 52:22 |
| **10:36:55AM (1)** | **10:40:30AM (1)** | **10:43:26AM (1)** | **10:46:22AM (1)** | **10:50:48AM (1)** |
| 38:22 | 42:14 | 45:17 | 48:13 | 53:5 |
| **10:36:58AM (1)** | **10:40:34AM (1)** | **10:43:40AM (1)** | **10:46:34AM (1)** | **10:50:51AM (1)** |
| 38:23 | 42:16 | 45:20 | 48:16 | 53:7 |
| **10:37:29AM (1)** | **10:40:51AM (1)** | **10:43:44AM (1)** | **10:46:40AM (1)** | **10:51:09AM (1)** |
| 38:25 | 42:23 | 45:23 | 48:19 | 53:15 |
| **10:37:30AM (1)** | **10:41:01AM (1)** | **10:43:48AM (1)** | **10:46:50AM (1)** | **10:51:17AM (1)** |
| 39:2 | 43:3 | 45:25 | 48:21 | 53:19 |
| **10:37:44AM (2)** | **10:41:27AM (2)** | **10:44:00AM (1)** | **10:46:59AM (1)** | **10:51:24AM (1)** |
| 39:6,7 | 43:6,7 | 46:3 | 48:24 | 53:23 |
| **10:37:48AM (1)** | **10:41:33AM (1)** | **10:44:02AM (1)** | **10:47:04AM (1)** | **10:51:28AM (1)** |
| 39:8 | 43:10 | 46:5 | 49:2 | 54:2 |
| **10:37:55AM (1)** | **10:41:34AM (1)** | **10:44:09AM (1)** | **10:47:06AM (1)** | **10:51:35AM (1)** |
| 39:11 | 43:11 | 46:8 | 49:4 | 54:5 |
| **10:38:11AM (1)** | **10:41:42AM (1)** | **10:44:18AM (1)** | **10:47:13AM (1)** | **10:51:51AM (1)** |
| 39:20 | 43:13 | 46:11 | 49:7 | 54:15 |
| **10:38:20AM (1)** | **10:41:43AM (1)** | **10:44:22AM (1)** | **10:47:15AM (1)** | **10:51:56AM (1)** |
| 39:24 | 43:14 | 46:13 | 49:9 | 54:17 |
| **10:38:33AM (1)** | **10:41:46AM (1)** | **10:44:25AM (1)** | **10:47:20AM (1)** | **10:52:09AM (1)** |
| 40:8 | 43:16 | 46:15 | 49:10 | 54:24 |
| **10:38:40AM (1)** | **10:41:48AM (1)** | **10:44:28AM (1)** | **10:47:41AM (1)** | **10:52:19AM (1)** |
| 40:10 | 43:17 | 46:17 | 49:16 | 55:6 |
| **10:38:42AM (1)** | **10:41:54AM (1)** | **10:44:30AM (1)** | **10:47:45AM (1)** | **10:52:29AM (1)** |
| 40:12 | 43:19 | 46:18 | 49:17 | 55:12 |
| **10:38:44AM (1)** | **10:41:56AM (1)** | **10:44:33AM (1)** | **10:47:48AM (1)** | **10:52:31AM (1)** |
| 40:13 | 43:20 | 46:20 | 49:19 | 55:13 |
| **10:38:47AM (1)** | **10:42:01AM (1)** | **10:44:37AM (1)** | **10:47:50AM (1)** | **10:52:47AM (1)** |
| 40:15 | 43:22 | 46:21 | 49:20 | 55:20 |
| **10:38:52AM (1)** | **10:42:09AM (2)** | **10:44:39AM (1)** | **10:48:05AM (2)** | **10:52:49AM (1)** |
| 40:18 | 43:23,24 | 46:22 | 49:24,25 | 55:22 |
| **10:38:57AM (1)** | **10:42:13AM (2)** | **10:44:41AM (1)** | **10:48:18AM (1)** | **10:53:07AM (1)** |
| 40:21 | 44:2,3 | 46:23 | 50:6 | 56:6 |
| **10:39:19AM (1)** | **10:42:18AM (1)** | **10:44:44AM (1)** | **10:48:40AM (1)** | **10:53:13AM (1)** |
| 41:7 | 44:6 | 46:24 | 50:15 | 56:8 |
| **10:39:22AM (2)** | **10:42:19AM (1)** | **10:44:49AM (1)** | **10:48:52AM (1)** | **10:53:14AM (1)** |

| | | | | |
|---|---|---|---|---|
| 56:9 | 59:11 | 63:19 | **11:04:27AM (1)** | **11:07:22AM (1)** |
| **10:53:16AM (1)** | **10:55:31AM (1)** | **10:59:52AM (1)** | 66:7 | 69:13 |
| 56:11 | 59:15 | 63:20 | **11:04:43AM (1)** | **11:07:40AM (2)** |
| **10:53:22AM (1)** | **10:55:40AM (1)** | **10:59:58AM (1)** | 66:13 | 69:21,22 |
| 56:13 | 59:20 | 63:23 | **11:04:44AM (1)** | **11:07:46AM (1)** |
| **10:53:24AM (1)** | **10:55:43AM (2)** | **100 (6)** | 66:14 | 69:24 |
| 56:15 | 59:22,23 | 2:2,15 4:14 189:21 | **11:04:52AM (1)** | **11:07:47AM (1)** |
| **10:53:26AM (2)** | **10:55:56AM (1)** | 254:21,23 | 66:17 | 69:25 |
| 56:16,17 | 60:2 | **100-year (1)** | **11:04:54AM (1)** | **11:08:01AM (1)** |
| **10:53:32AM (1)** | **10:56:04AM (1)** | 40:13 | 66:18 | 70:6 |
| 56:19 | 60:3 | **10003 (1)** | **11:05:00AM (2)** | **11:08:04AM (1)** |
| **10:53:33AM (1)** | **10:56:08AM (1)** | 3:6 | 66:20,21 | 70:8 |
| 56:20 | 60:5 | **103 (1)** | **11:05:01AM (2)** | **11:08:10AM (1)** |
| **10:53:42AM (1)** | **10:56:20AM (1)** | 296:20 | 66:22,23 | 70:11 |
| 56:24 | 60:6 | **10523 (1)** | **11:05:04AM (1)** | **11:08:18AM (1)** |
| **10:53:50AM (1)** | **10:56:26AM (1)** | 3:13 | 66:25 | 70:13 |
| 57:5 | 60:9 | **108 (1)** | **11:05:12AM (1)** | **11:08:26AM (1)** |
| **10:54 (1)** | **10:56:29AM (1)** | 296:21 | 67:5 | 70:17 |
| 58:11 | 60:10 | **1086 (2)** | **11:05:15AM (1)** | **11:08:39AM (1)** |
| **10:54:07AM (1)** | **10:56:39AM (1)** | 205:16,18 | 67:7 | 70:22 |
| 57:13 | 60:14 | **11 (9)** | **11:05:21AM (1)** | **11:08:41AM (1)** |
| **10:54:23AM (1)** | **10:56:45AM (1)** | 190:11 191:21,24 | 67:10 | 70:24 |
| 57:21 | 60:16 | 192:8,21 195:3 | **11:05:28AM (1)** | **11:08:45AM (2)** |
| **10:54:27AM (1)** | **10:56:48AM (1)** | 197:2,18 297:10 | 67:11 | 71:3,4 |
| 57:23 | 60:18 | **11:00:02AM (1)** | **11:05:30AM (1)** | **11:08:46AM (1)** |
| **10:54:29AM (1)** | **10:56:53AM (1)** | 63:24 | 67:12 | 71:5 |
| 57:25 | 60:20 | **11:00:26AM (1)** | **11:05:34AM (1)** | **11:09:00AM (1)** |
| **10:54:37AM (1)** | **10:56:58AM (1)** | 64:8 | 67:14 | 71:9 |
| 58:4 | 60:23 | **11:00:31AM (1)** | **11:05:47AM (2)** | **11:09:02AM (1)** |
| **10:54:39AM (2)** | **10:57:03AM (1)** | 64:10 | 67:19,20 | 71:11 |
| 58:6,7 | 60:25 | **11:00:35AM (1)** | **11:05:48AM (1)** | **11:09:07AM (1)** |
| **10:54:44AM (1)** | **10:57:16AM (1)** | 64:12 | 67:21 | 71:14 |
| 58:9 | 61:6 | **11:00:45AM (1)** | **11:05:51AM (1)** | **11:09:08AM (1)** |
| **10:54:45AM (1)** | **10:57:19AM (1)** | 64:17 | 67:22 | 71:15 |
| 58:10 | 61:7 | **11:02:20AM (1)** | **11:06:05AM (1)** | **11:09:17AM (1)** |
| **10:54:49AM (1)** | **10:57:33AM (1)** | 64:19 | 68:6 | 71:19 |
| 58:13 | 61:12 | **11:02:31AM (1)** | **11:06:07AM (1)** | **11:09:29AM (1)** |
| **10:54:52AM (1)** | **10:57:44AM (1)** | 64:20 | 68:7 | 71:21 |
| 58:15 | 61:17 | **11:02:48AM (1)** | **11:06:47AM (1)** | **11:09:33AM (2)** |
| **10:54:54AM (1)** | **10:57:50AM (1)** | 64:25 | 68:19 | 71:23,24 |
| 58:17 | 61:19 | **11:02:52AM (1)** | **11:06:57AM (1)** | **11:09:36AM (1)** |
| **10:54:55AM (1)** | **10:58:17AM (1)** | 65:2 | 68:22 | 72:2 |
| 58:18 | 62:9 | **11:02:56AM (1)** | **11:06:58AM (1)** | **11:09:37AM (1)** |
| **10:54:57AM (1)** | **10:58:45AM (1)** | 65:4 | 68:24 | 72:3 |
| 58:19 | 62:18 | **11:03:08AM (1)** | **11:07:00AM (1)** | **11:10:21AM (2)** |
| **10:54:58AM (1)** | **10:58:49AM (1)** | 65:9 | 69:2 | 72:14,15 |
| 58:20 | 62:20 | **11:03:30AM (1)** | **11:07:01AM (1)** | **11:10:34AM (1)** |
| **10:55:05AM (1)** | **10:58:57AM (1)** | 65:13 | 69:3 | 72:21 |
| 58:23 | 62:22 | **11:03:41AM (1)** | **11:07:04AM (1)** | **11:10:35AM (1)** |
| **10:55:16AM (1)** | **10:59:15AM (1)** | 65:18 | 69:4 | 72:23 |
| 59:4 | 62:24 | **11:04:10AM (1)** | **11:07:06AM (1)** | **11:10:38AM (1)** |
| **10:55:19AM (1)** | **10:59:18AM (1)** | 65:22 | 69:5 | 72:25 |
| 59:5 | 63:6 | **11:04:11AM (1)** | **11:07:16AM (1)** | **11:10:41AM (1)** |
| **10:55:22AM (1)** | **10:59:43AM (1)** | 65:23 | 69:9 | 73:4 |
| 59:7 | 63:14 | **11:04:19AM (2)** | **11:07:18AM (1)** | **11:10:43AM (1)** |
| **10:55:24AM (1)** | **10:59:46AM (1)** | 66:2,3 | 69:11 | 73:7 |
| 59:9 | 63:16 | **11:04:21AM (1)** | **11:07:20AM (1)** | **11:10:49AM (2)** |
| **10:55:25AM (1)** | **10:59:51AM (1)** | 66:4 | 69:12 | 73:10,11 |

**11:11:10AM (1)** 73:17
**11:11:34AM (1)** 74:3
**11:11:54AM (1)** 74:10
**11:11:55AM (1)** 74:11
**11:11:57AM (1)** 74:13
**11:12:10AM (1)** 74:18
**11:12:14AM (1)** 74:20
**11:12:15AM (1)** 74:21
**11:12:21AM (1)** 74:24
**11:12:37AM (1)** 75:6
**11:12:38AM (1)** 75:8
**11:12:39AM (1)** 75:9
**11:12:51AM (1)** 75:13
**11:12:54AM (1)** 75:15
**11:12:57AM (1)** 75:17
**11:13:01AM (1)** 75:19
**11:13:03AM (1)** 75:21
**11:13:08AM (1)** 75:24
**11:13:12AM (1)** 76:3
**11:13:27AM (1)** 76:10
**11:13:39AM (1)** 76:15
**11:13:40AM (1)** 76:16
**11:13:41AM (1)** 76:17
**11:13:43AM (1)** 76:18
**11:13:44AM (1)** 76:19
**11:13:47AM (1)** 76:20
**11:14:05AM (1)** 77:5
**11:14:11AM (1)** 77:7
**11:14:12AM (1)** 77:8
**11:14:23AM (1)** 77:12
**11:14:33AM (1)** 77:16
**11:14:35AM (1)** 77:17
**11:14:44AM (1)** 77:21
**11:14:46AM (1)** 77:22
**11:14:56AM (1)** 78:2
**11:15:07AM (1)** 78:6
**11:15:09AM (1)** 78:7
**11:15:12AM (1)** 78:8
**11:15:22AM (1)** 78:13
**11:15:28AM (1)** 78:14
**11:15:43AM (1)** 78:19
**11:15:48AM (1)** 78:21
**11:15:51AM (2)** 78:23,24
**11:15:54AM (1)** 79:2
**11:15:56AM (1)** 79:3
**11:16:02AM (1)** 79:5
**11:16:03AM (1)** 79:6
**11:16:06AM (1)** 79:8
**11:16:14AM (1)** 79:10
**11:16:40AM (1)** 79:15
**11:16:48AM (1)** 79:16
**11:17:08AM (1)** 79:23
**11:17:23AM (1)** 79:25
**11:17:26AM (1)** 80:3
**11:17:28AM (1)** 80:5
**11:17:29AM (1)** 80:6
**11:17:39AM (1)** 80:10
**11:17:50AM (1)** 80:15
**11:17:51AM (2)** 80:16,17
**11:17:52AM (1)** 80:18
**11:17:57AM (1)** 80:20
**11:17:58AM (2)** 80:21,22
**11:17:59AM (1)** 80:23
**11:18:02AM (1)** 80:25
**11:18:04AM (1)** 81:2
**11:18:16AM (1)** 81:5
**11:18:20AM (1)** 81:7
**11:18:26AM (1)** 81:9
**11:18:38AM (1)** 81:13
**11:18:56AM (1)** 81:19
**11:19:02AM (1)** 81:22
**11:19:04AM (2)** 81:24,25
**11:19:19AM (1)** 82:5
**11:19:39AM (1)** 82:10
**11:19:50AM (1)** 82:13
**11:20:01AM (1)** 82:16
**11:20:11AM (1)** 82:20
**11:20:13AM (1)** 82:21
**11:20:25AM (1)** 82:24
**11:20:45AM (1)** 83:6
**11:20:55AM (1)** 83:9
**11:21:00AM (1)** 83:11
**11:21:04AM (1)** 83:12
**11:21:11AM (1)** 83:15
**11:21:12AM (1)** 83:16
**11:21:28AM (1)** 83:20
**11:21:32AM (1)** 83:21
**11:21:35AM (1)** 83:23
**11:21:37AM (1)** 83:24
**11:21:40AM (1)** 83:25
**11:21:57AM (1)** 84:5
**11:22:02AM (1)** 84:7
**11:22:08AM (1)** 84:9
**11:22:11AM (1)** 84:11
**11:22:22AM (1)** 84:12
**11:22:29AM (1)** 84:15
**11:22:33AM (1)** 84:16
**11:22:39AM (1)** 84:19
**11:22:42AM (1)** 84:21
**11:23:00AM (1)** 84:22
**11:23:20AM (1)** 85:5
**11:23:21AM (1)** 85:6
**11:23:22AM (1)** 85:7
**11:23:34AM (1)** 85:14
**11:23:46AM (2)** 85:18,19
**11:23:57AM (1)** 85:23
**11:24:00AM (1)** 85:25
**11:24:02AM (1)** 86:3
**11:24:04AM (1)** 86:5
**11:24:14AM (1)** 86:9
**11:24:20AM (1)** 86:11
**11:24:22AM (1)** 86:13
**11:24:24AM (2)** 86:14,15
**11:24:33AM (1)** 86:17
**11:24:34AM (1)** 86:18
**11:24:36AM (1)** 86:20
**11:24:37AM (1)** 86:21
**11:24:42AM (1)** 86:24
**11:24:50AM (1)** 87:3
**11:24:54AM (1)** 87:5
**11:24:59AM (1)** 87:7
**11:25:02AM (1)** 87:9
**11:25:29AM (1)** 87:10
**11:25:42AM (1)** 87:15
**11:25:47AM (1)** 87:17
**11:26:00AM (1)** 87:21
**11:26:05AM (1)** 87:25
**11:26:06AM (1)** 88:2
**11:26:10AM (1)** 88:4
**11:26:14AM (1)** 88:7
**11:26:16AM (1)** 88:10
**11:26:17AM (1)** 88:11
**11:26:22AM (1)** 88:13
**11:26:37AM (1)** 88:18
**11:26:52AM (1)** 88:23
**11:27:06AM (1)** 89:5
**11:27:09AM (1)** 89:9
**11:27:12AM (1)** 89:11
**11:27:18AM (1)** 89:14
**11:27:43AM (2)** 89:18,19
**11:33:23AM (1)** 89:21
**11:33:37AM (1)** 89:22
**11:33:53AM (1)** 90:3
**11:33:56AM (1)** 90:6
**11:33:57AM (1)** 90:7

**11:33:59AM (1)**
90:8
**11:34:00AM (1)**
90:9
**11:34:04AM (1)**
90:11
**11:34:05AM (1)**
90:12
**11:34:20AM (1)**
90:13
**11:34:32AM (1)**
90:17
**11:34:36AM (1)**
90:19
**11:34:42AM (1)**
90:22
**11:34:46AM (1)**
90:24
**11:34:57AM (1)**
91:4
**11:34:58AM (1)**
91:5
**11:35:05AM (1)**
91:7
**11:35:21AM (1)**
91:10
**11:35:40AM (1)**
91:15
**11:35:41AM (1)**
91:16
**11:35:48AM (1)**
91:18
**11:36:01AM (1)**
91:23
**11:36:09AM (1)**
92:2
**11:36:19AM (1)**
92:4
**11:36:21AM (1)**
92:5
**11:36:30AM (1)**
92:8
**11:36:46AM (1)**
92:11
**11:36:56AM (1)**
92:15
**11:36:59AM (2)**
92:17,18
**11:37:02AM (2)**
92:20,21
**11:37:06AM (7)**
92:23,24 93:2,6,9,10
93:11
**11:37:18AM (1)**
93:12
**11:37:44AM (1)**
93:19
**11:37:53AM (1)**
93:22
**11:38:01AM (1)**
94:2
**11:38:03AM (1)**
94:4
**11:38:04AM (1)**
94:5
**11:38:24AM (1)**
94:12
**11:38:25AM (1)**
94:13
**11:38:26AM (1)**
94:14
**11:38:32AM (1)**
94:15
**11:38:47AM (1)**
94:19
**11:38:48AM (2)**
94:20,21
**11:38:53AM (1)**
94:23
**11:39:04AM (1)**
95:3
**11:39:08AM (1)**
95:7
**11:39:09AM (1)**
95:8
**11:39:13AM (1)**
95:10
**11:39:24AM (1)**
95:14
**11:40:05AM (1)**
96:4
**11:40:15AM (1)**
96:10
**11:40:22AM (1)**
96:13
**11:40:33AM (1)**
96:17
**11:40:38AM (1)**
96:20
**11:40:52AM (1)**
97:2
**11:41:27AM (1)**
97:7
**11:41:28AM (1)**
97:8
**11:41:38AM (1)**
97:12
**11:41:48AM (1)**
97:14
**11:41:50AM (1)**
97:15
**11:42:03AM (1)**
97:16
**11:42:24AM (1)**
97:21
**11:42:50AM (1)**
98:2
**11:42:51AM (1)**
98:3
**11:42:57AM (1)**
98:6
**11:42:58AM (1)**
98:7
**11:42:59AM (1)**
98:8
**11:43:04AM (1)**
98:10
**11:43:15AM (1)**
98:13
**11:43:16AM (2)**
98:14,16
**11:43:18AM (1)**
98:17
**11:43:20AM (1)**
98:18
**11:43:30AM (1)**
98:21
**11:43:37AM (1)**
98:22
**11:43:44AM (1)**
99:2
**11:43:49AM (1)**
99:5
**11:43:53AM (1)**
99:7
**11:44:03AM (1)**
99:10
**11:44:08AM (1)**
99:12
**11:44:24AM (1)**
99:18
**11:44:47AM (1)**
99:23
**11:44:52AM (2)**
99:24,25
**11:44:53AM (1)**
100:2
**11:44:55AM (1)**
100:3
**11:45:11AM (1)**
100:6
**11:45:17AM (2)**
100:10,11
**11:45:18AM (1)**
100:12
**11:45:22AM (1)**
100:14
**11:45:26AM (1)**
100:17
**11:45:34AM (1)**
100:19
**11:45:48AM (1)**
100:24
**11:45:49AM (1)**
100:25
**11:45:51AM (1)**
101:2
**11:45:58AM (1)**
101:6
**11:46:03AM (1)**
101:8
**11:46:05AM (1)**
101:9
**11:46:06AM (1)**
101:10
**11:46:16AM (1)**
101:13
**11:46:19AM (1)**
101:16
**11:46:22AM (3)**
101:18,19,21
**11:46:24AM (1)**
101:22
**11:46:26AM (1)**
101:24
**11:46:28AM (1)**
102:2
**11:46:30AM (1)**
102:3
**11:46:31AM (1)**
102:4
**11:46:45AM (1)**
102:9
**11:46:46AM (2)**
102:10,11
**11:46:53AM (1)**
102:12
**11:46:58AM (1)**
102:15
**11:46:59AM (1)**
102:16
**11:47:31AM (1)**
102:25
**11:47:49AM (1)**
103:8
**11:47:56AM (1)**
103:10
**11:48:02AM (1)**
103:13
**11:48:13AM (1)**
103:18
**11:48:25AM (1)**
103:22
**11:49:08AM (1)**
104:2
**11:49:09AM (1)**
104:3
**11:49:11AM (1)**
104:5
**11:49:12AM (1)**
104:6
**11:49:17AM (2)**
104:8,9
**11:49:19AM (1)**
104:10
**11:49:23AM (1)**
104:11
**11:49:26AM (1)**
104:13
**11:49:27AM (1)**
104:14
**11:49:37AM (1)**
104:16
**11:49:41AM (1)**
104:18
**11:49:47AM (1)**
104:20
**11:49:48AM (1)**
104:21
**11:49:51AM (1)**
104:23
**11:49:57AM (1)**
104:24
**11:50:14AM (1)**
105:6
**11:50:28AM (1)**
105:9
**11:50:34AM (1)**
105:11
**11:50:46AM (1)**
105:14
**11:50:49AM (1)**
105:15
**11:50:54AM (1)**
105:16
**11:50:58AM (1)**
105:18
**11:51:12AM (1)**
105:22
**11:51:13AM (1)**
105:23
**11:51:14AM (1)**
105:24
**11:51:17AM (1)**
105:25
**11:51:23AM (1)**
106:4
**11:51:29AM (1)**
106:7
**11:51:36AM (1)**
106:10
**11:51:48AM (1)**
106:16
**11:51:53AM (1)**
106:19
**11:52:13AM (1)**
107:2
**11:52:23AM (1)**
107:6
**11:52:36AM (1)**

107:9
**11:52:46AM (1)**
107:11
**11:52:47AM (2)**
107:16,17
**11:52:51AM (1)**
107:19
**11:52:53AM (1)**
107:20
**11:52:58AM (1)**
107:22
**11:52:59AM (1)**
107:24
**11:53:01AM (1)**
108:2
**11:53:16AM (1)**
108:6
**11:53:38AM (1)**
108:10
**11:53:51AM (1)**
108:15
**11:54:56AM (1)**
108:20
**11:54:57AM (1)**
108:21
**11:55:00AM (1)**
108:23
**11:55:03AM (2)**
108:25 109:2
**11:55:05AM (1)**
109:4
**11:55:09AM (1)**
109:6
**11:55:19AM (1)**
109:9
**11:55:23AM (1)**
109:11
**11:55:33AM (1)**
109:15
**11:55:34AM (1)**
109:16
**11:55:48AM (1)**
109:19
**11:55:54AM (1)**
109:22
**11:55:58AM (1)**
109:23
**11:56:05AM (1)**
110:2
**11:56:06AM (1)**
110:3
**11:56:15AM (1)**
110:6
**11:56:18AM (1)**
110:8
**11:56:21AM (1)**
110:10
**11:56:28AM (1)**

110:13
**11:56:37AM (1)**
110:17
**11:56:38AM (1)**
110:18
**11:56:48AM (1)**
110:22
**11:56:54AM (2)**
110:23,24
**11:56:59AM (1)**
111:2
**11:57:02AM (1)**
111:4
**11:57:04AM (2)**
111:5,6
**11:57:11AM (1)**
111:8
**11:57:16AM (1)**
111:11
**11:57:21AM (1)**
111:13
**11:57:29AM (1)**
111:17
**11:57:30AM (1)**
111:18
**11:57:35AM (1)**
111:20
**11:57:42AM (1)**
111:21
**11:57:46AM (1)**
111:22
**11:57:48AM (1)**
111:23
**11:57:54AM (2)**
111:25 112:2
**11:57:57AM (2)**
112:3,4
**11:57:58AM (1)**
112:5
**11:58:03AM (1)**
112:8
**11:58:04AM (1)**
112:9
**11:58:05AM (1)**
112:10
**11:58:16AM (1)**
112:16
**11:58:18AM (1)**
112:17
**11:58:23AM (1)**
112:20
**11:58:24AM (1)**
112:21
**11:58:35AM (1)**
112:24
**11:58:36AM (1)**
112:25
**11:58:47AM (1)**

113:6
**11:59:03AM (2)**
113:10,11
**11:59:19AM (1)**
113:14
**11:59:24AM (1)**
113:16
**11:59:42AM (1)**
113:22
**11:59:43AM (1)**
113:24
**11:59:49AM (1)**
114:2
**11:59:53AM (1)**
114:3
**11501 (1)**
4:7
**11556-0926 (1)**
3:23
**11788 (2)**
4:15 6:10
**12 (8)**
15:23 86:10 88:14
    219:23 220:3 225:3
    225:8 297:11
**12:00:03PM (1)**
114:4
**12:00:17PM (1)**
114:8
**12:00:20PM (1)**
114:10
**12:00:23PM (1)**
114:11
**12:00:35PM (2)**
114:15,16
**12:00:37PM (1)**
114:17
**12:01 (1)**
115:7
**12:01:03PM (1)**
114:23
**12:01:16PM (1)**
115:4
**12:01:37PM (1)**
115:12
**12:01:41PM (1)**
115:14
**12:01:43PM (1)**
115:15
**12:01:53PM (1)**
115:18
**12:01:57PM (1)**
115:21
**12:02:12PM (1)**
116:4
**12:02:15PM (2)**
116:7,8
**12:02:17PM (1)**

116:9
**12:02:19PM (1)**
116:10
**12:02:28PM (2)**
116:14,15
**12:02:36PM (1)**
116:17
**12:02:49PM (1)**
116:21
**12:02:55PM (1)**
116:23
**12:03:06PM (1)**
116:24
**12:03:20PM (1)**
117:4
**12:03:21PM (1)**
117:5
**12:03:41PM (1)**
117:11
**12:03:51PM (2)**
117:15,16
**12:03:53PM (1)**
117:17
**12:03:54PM (1)**
117:18
**12:04:00PM (1)**
117:19
**12:04:12PM (1)**
117:21
**12:04:19PM (1)**
117:24
**12:04:21PM (1)**
118:2
**12:04:22PM (1)**
118:3
**12:04:23PM (1)**
118:4
**12:04:32PM (1)**
118:5
**12:04:36PM (1)**
118:7
**12:04:37PM (1)**
118:8
**12:05:18PM (1)**
118:21
**12:05:29PM (1)**
119:3
**12:05:31PM (1)**
119:5
**12:05:33PM (1)**
119:6
**12:05:43PM (1)**
119:8
**12:05:51PM (1)**
119:10
**12:05:52PM (1)**
119:11
**12:06:01PM (1)**

119:14
**12:06:05PM (1)**
119:16
**12:06:06PM (1)**
119:17
**12:06:11PM (1)**
119:19
**12:06:15PM (1)**
119:21
**12:06:29PM (1)**
120:2
**12:06:36PM (1)**
120:5
**12:06:43PM (1)**
120:8
**12:06:59PM (1)**
120:11
**12:07:03PM (1)**
120:12
**12:07:08PM (1)**
120:14
**12:07:13PM (1)**
120:15
**12:07:19PM (1)**
120:16
**12:07:27PM (1)**
120:19
**12:07:28PM (1)**
120:20
**12:07:46PM (1)**
120:25
**12:07:50PM (1)**
121:4
**12:07:53PM (1)**
121:6
**12:07:56PM (2)**
121:8,9
**12:07:57PM (1)**
121:10
**12:08:06PM (1)**
121:13
**12:08:10PM (1)**
121:14
**12:08:14PM (1)**
121:15
**12:08:16PM (1)**
121:16
**12:08:18PM (1)**
121:17
**12:08:20PM (1)**
121:18
**12:08:25PM (1)**
121:21
**12:08:26PM (2)**
121:22,23
**12:08:33PM (1)**
121:25
**12:08:42PM (1)**

| | | | | |
|---|---|---|---|---|
| 122:5 | 124:14 | 128:14 | 132:5 | 136:24 |
| **12:08:43PM (1)** | **12:11:10PM (1)** | **12:15:08PM (1)** | **12:19:21PM (1)** | **12:24:03PM (1)** |
| 122:6 | 124:17 | 128:18 | 132:6 | 137:3 |
| **12:08:45PM (2)** | **12:11:28PM (1)** | **12:15:15PM (1)** | **12:19:24PM (1)** | **12:24:10PM (1)** |
| 122:7,8 | 124:23 | 128:19 | 132:8 | 137:6 |
| **12:08:48PM (1)** | **12:11:36PM (1)** | **12:15:26PM (1)** | **12:19:27PM (1)** | **12:24:15PM (1)** |
| 122:9 | 125:2 | 128:22 | 132:10 | 137:10 |
| **12:08:51PM (1)** | **12:11:53PM (1)** | **12:15:29PM (1)** | **12:19:29PM (2)** | **12:24:19PM (1)** |
| 122:11 | 125:8 | 128:24 | 132:12,13 | 137:13 |
| **12:08:56PM (1)** | **12:11:59PM (1)** | **12:15:34PM (1)** | **12:19:33PM (1)** | **12:24:35PM (1)** |
| 122:12 | 125:11 | 129:2 | 132:14 | 137:18 |
| **12:09:01PM (1)** | **12:12:09PM (1)** | **12:15:39PM (1)** | **12:19:51PM (1)** | **12:24:38PM (1)** |
| 122:13 | 125:14 | 129:4 | 132:19 | 137:20 |
| **12:09:03PM (1)** | **12:12:17PM (1)** | **12:15:53PM (1)** | **12:20:08PM (1)** | **12:25:15PM (1)** |
| 122:14 | 125:17 | 129:8 | 133:2 | 137:24 |
| **12:09:08PM (1)** | **12:12:21PM (1)** | **12:15:54PM (1)** | **12:20:09PM (1)** | **12:25:44PM (1)** |
| 122:17 | 125:19 | 129:9 | 133:3 | 138:12 |
| **12:09:10PM (1)** | **12:12:33PM (1)** | **12:15:58PM (1)** | **12:20:16PM (1)** | **12:25:51PM (1)** |
| 122:18 | 125:23 | 129:11 | 133:6 | 138:13 |
| **12:09:23PM (1)** | **12:12:45PM (2)** | **12:16:10PM (1)** | **12:20:17PM (1)** | **12:25:52PM (1)** |
| 122:21 | 126:5,6 | 129:15 | 133:7 | 138:14 |
| **12:09:27PM (1)** | **12:12:52PM (1)** | **12:16:11PM (1)** | **12:20:21PM (1)** | **12:25:57PM (1)** |
| 122:23 | 126:8 | 129:16 | 133:9 | 138:15 |
| **12:09:28PM (1)** | **12:12:54PM (1)** | **12:16:21PM (1)** | **12:20:59PM (1)** | **12:25:58PM (1)** |
| 122:24 | 126:10 | 129:20 | 133:15 | 138:16 |
| **12:09:29PM (1)** | **12:12:58PM (1)** | **12:16:33PM (1)** | **12:21:09PM (1)** | **12:26:04PM (1)** |
| 122:25 | 126:11 | 129:24 | 133:19 | 138:19 |
| **12:09:30PM (1)** | **12:13:02PM (1)** | **12:16:34PM (1)** | **12:21:12PM (2)** | **12:26:06PM (1)** |
| 123:2 | 126:13 | 129:25 | 133:20,21 | 138:20 |
| **12:09:35PM (2)** | **12:13:14PM (1)** | **12:16:35PM (1)** | **12:21:21PM (1)** | **12:26:12PM (2)** |
| 123:3,4 | 126:16 | 130:2 | 133:25 | 138:23,24 |
| **12:09:38PM (1)** | **12:13:19PM (1)** | **12:16:36PM (1)** | **12:21:31PM (1)** | **12:26:15PM (1)** |
| 123:6 | 126:18 | 130:3 | 134:7 | 138:25 |
| **12:09:44PM (1)** | **12:13:22PM (1)** | **12:16:52PM (1)** | **12:21:36PM (1)** | **12:26:22PM (2)** |
| 123:9 | 126:20 | 130:8 | 134:9 | 139:5,6 |
| **12:09:46PM (1)** | **12:13:26PM (1)** | **12:17:15PM (1)** | **12:22:30PM (2)** | **12:26:28PM (1)** |
| 123:11 | 126:22 | 130:15 | 135:5,7 | 139:9 |
| **12:09:51PM (1)** | **12:13:38PM (1)** | **12:17:30PM (2)** | **12:22:33PM (1)** | **12:26:31PM (1)** |
| 123:14 | 127:3 | 130:20,21 | 135:10 | 139:12 |
| **12:09:56PM (1)** | **12:13:40PM (1)** | **12:17:38PM (1)** | **12:22:45PM (1)** | **12:26:36PM (1)** |
| 123:16 | 127:4 | 130:24 | 135:16 | 139:15 |
| **12:10:12PM (1)** | **12:13:47PM (1)** | **12:17:46PM (1)** | **12:23:08PM (1)** | **12:26:58PM (2)** |
| 123:18 | 127:7 | 131:3 | 135:25 | 140:2,3 |
| **12:10:13PM (1)** | **12:13:53PM (1)** | **12:17:55PM (1)** | **12:23:19PM (1)** | **12:26:59PM (1)** |
| 123:19 | 127:11 | 131:6 | 136:6 | 140:4 |
| **12:10:19PM (1)** | **12:13:59PM (1)** | **12:18:01PM (1)** | **12:23:42PM (2)** | **12:27:12PM (1)** |
| 123:22 | 127:14 | 131:9 | 136:16,17 | 140:9 |
| **12:10:20PM (1)** | **12:14:18PM (1)** | **12:18:03PM (1)** | **12:23:51PM (1)** | **12:27:13PM (1)** |
| 123:23 | 127:19 | 131:10 | 136:20 | 140:10 |
| **12:10:22PM (1)** | **12:14:21PM (1)** | **12:18:20PM (1)** | **12:23:53PM (1)** | **12:27:22PM (1)** |
| 123:24 | 127:21 | 131:11 | 136:21 | 140:13 |
| **12:10:47PM (1)** | **12:14:25PM (1)** | **12:18:41PM (2)** | **12:23:55PM (1)** | **12:27:28PM (1)** |
| 124:8 | 127:24 | 131:14,16 | 136:22 | 140:16 |
| **12:10:57PM (2)** | **12:14:27PM (2)** | **12:18:50PM (1)** | **12:23:58PM (1)** | **12:27:33PM (1)** |
| 124:11,12 | 128:2,3 | 131:18 | 136:23 | 140:19 |
| **12:11:00PM (1)** | **12:14:35PM (1)** | **12:18:59PM (1)** | **12:24 (1)** | **12:27:35PM (1)** |
| 124:13 | 128:6 | 131:22 | 137:2 | 140:20 |
| **12:11:04PM (1)** | **12:14:55PM (1)** | **12:19:20PM (1)** | **12:24:00PM (1)** | **12:27:36PM (1)** |

| | | | | |
|---|---|---|---|---|
| 140:21 | 144:4,6 | 148:24,25 | 153:4,5 | 157:3 |
| **12:27:37PM (1)** | **12:30:46PM (1)** | **12:35:54PM (1)** | **12:40:08PM (1)** | **12:46:00PM (1)** |
| 140:22 | 144:9 | 149:5 | 153:8 | 157:13 |
| **12:27:42PM (1)** | **12:30:47PM (1)** | **12:35:55PM (1)** | **12:40:26PM (1)** | **12:46:23PM (1)** |
| 140:24 | 144:11 | 149:6 | 153:11 | 157:23 |
| **12:27:45PM (1)** | **12:30:48PM (1)** | **12:35:57PM (1)** | **12:40:34PM (1)** | **12:46:33PM (1)** |
| 141:2 | 144:12 | 149:7 | 153:14 | 158:4 |
| **12:27:48PM (1)** | **12:31:06PM (1)** | **12:36:01PM (1)** | **12:40:36PM (1)** | **12:46:42PM (1)** |
| 141:3 | 144:16 | 149:9 | 153:15 | 158:8 |
| **12:27:57PM (1)** | **12:31:15PM (1)** | **12:36:08PM (1)** | **12:40:50PM (1)** | **12:46:46PM (1)** |
| 141:6 | 144:21 | 149:12 | 153:19 | 158:11 |
| **12:27:58PM (1)** | **12:31:19PM (1)** | **12:36:21PM (1)** | **12:41 (1)** | **12:46:51PM (1)** |
| 141:7 | 144:24 | 149:17 | 154:3 | 158:14 |
| **12:27:59PM (1)** | **12:31:38PM (1)** | **12:36:30PM (1)** | **12:41:11PM (1)** | **12:46:54PM (2)** |
| 141:8 | 145:6 | 149:20 | 154:5 | 158:16,17 |
| **12:28:04PM (1)** | **12:31:49PM (1)** | **12:36:42PM (1)** | **12:41:12PM (1)** | **12:47:09PM (1)** |
| 141:9 | 145:11 | 149:24 | 154:6 | 158:22 |
| **12:28:09PM (1)** | **12:32:08PM (1)** | **12:36:45PM (1)** | **12:41:13PM (1)** | **12:47:12PM (2)** |
| 141:11 | 145:19 | 150:2 | 154:7 | 158:23,24 |
| **12:28:12PM (1)** | **12:32:14PM (1)** | **12:36:56PM (1)** | **12:41:38PM (1)** | **12:47:20PM (1)** |
| 141:13 | 145:23 | 150:6 | 154:12 | 158:25 |
| **12:28:20PM (1)** | **12:32:32PM (2)** | **12:37:03PM (1)** | **12:41:55PM (1)** | **12:47:30PM (1)** |
| 141:17 | 146:4,6 | 150:9 | 154:16 | 159:5 |
| **12:28:23PM (1)** | **12:32:46PM (1)** | **12:37:21PM (1)** | **12:42:04PM (1)** | **12:47:31PM (1)** |
| 141:19 | 146:13 | 150:11 | 154:18 | 159:6 |
| **12:28:34PM (1)** | **12:32:57PM (1)** | **12:37:32PM (1)** | **12:42:17PM (1)** | **12:47:33PM (1)** |
| 141:23 | 146:18 | 150:15 | 154:22 | 159:7 |
| **12:28:38PM (1)** | **12:33:06PM (1)** | **12:37:40PM (1)** | **12:42:36PM (1)** | **12:47:34PM (1)** |
| 142:2 | 146:22 | 150:16 | 155:6 | 159:8 |
| **12:28:41PM (1)** | **12:33:10PM (1)** | **12:37:50PM (1)** | **12:42:39PM (1)** | **12:47:51PM (1)** |
| 142:3 | 146:24 | 150:20 | 155:8 | 159:15 |
| **12:28:45PM (1)** | **12:33:21PM (1)** | **12:37:54PM (1)** | **12:43:08PM (1)** | **12:47:54PM (1)** |
| 142:5 | 147:3 | 150:23 | 155:19 | 159:17 |
| **12:28:49PM (1)** | **12:33:47PM (1)** | **12:37:58PM (2)** | **12:43:12PM (1)** | **12:48:14PM (3)** |
| 142:6 | 147:7 | 151:2,3 | 155:21 | 159:25 160:2,3 |
| **12:28:50PM (1)** | **12:34:16PM (1)** | **12:38:02PM (1)** | **12:43:20PM (1)** | **12:48:22PM (1)** |
| 142:7 | 147:11 | 151:4 | 155:23 | 160:6 |
| **12:29:01PM (1)** | **12:34:37PM (1)** | **12:38:08PM (1)** | **12:43:51PM (2)** | **12:48:23PM (1)** |
| 142:11 | 147:20 | 151:7 | 156:2,3 | 160:7 |
| **12:29:12PM (1)** | **12:34:43PM (2)** | **12:38:12PM (1)** | **12:44:17PM (1)** | **12:48:26PM (1)** |
| 142:16 | 147:22,23 | 151:9 | 156:7 | 160:9 |
| **12:29:16PM (1)** | **12:34:54PM (1)** | **12:38:22PM (1)** | **12:44:18PM (1)** | **12:48:29PM (1)** |
| 142:19 | 148:4 | 151:12 | 156:8 | 160:10 |
| **12:29:18PM (1)** | **12:34:57PM (2)** | **12:38:37PM (1)** | **12:44:36PM (1)** | **12:48:34PM (1)** |
| 142:21 | 148:6,7 | 151:18 | 156:11 | 160:12 |
| **12:29:33PM (1)** | **12:35:02PM (1)** | **12:38:44PM (1)** | **12:44:38PM (1)** | **12:48:37PM (1)** |
| 143:2 | 148:9 | 151:22 | 156:12 | 160:14 |
| **12:29:47PM (1)** | **12:35:03PM (1)** | **12:38:47PM (1)** | **12:44:57PM (1)** | **12:48:58PM (1)** |
| 143:7 | 148:10 | 151:24 | 156:13 | 160:23 |
| **12:29:54PM (1)** | **12:35:04PM (1)** | **12:38:52PM (3)** | **12:44:59PM (1)** | **12:49:00PM (1)** |
| 143:10 | 148:11 | 152:3,4,5 | 156:14 | 160:24 |
| **12:30:08PM (1)** | **12:35:21PM (1)** | **12:39:05PM (2)** | **12:45:17PM (2)** | **12:49:07PM (1)** |
| 143:14 | 148:18 | 152:9,10 | 156:20,21 | 161:3 |
| **12:30:18PM (1)** | **12:35:31PM (1)** | **12:39:45PM (1)** | **12:45:18PM (1)** | **12:49:32PM (1)** |
| 143:19 | 148:19 | 152:22 | 156:22 | 161:14 |
| **12:30:37PM (1)** | **12:35:40PM (1)** | **12:39:53PM (1)** | **12:45:26PM (1)** | **12:49:36PM (1)** |
| 144:3 | 148:22 | 152:25 | 157:2 | 161:17 |
| **12:30:41PM (2)** | **12:35:41PM (2)** | **12:39:59PM (2)** | **12:45:27PM (1)** | **12:49:37PM (1)** |

161:18
**12:49:38PM (1)**
161:19
**12:49:51PM (2)**
161:23,24
**12:49:55PM (1)**
161:25
**12:49:58PM (1)**
162:2
**12:50:00PM (1)**
162:4
**12:50:15PM (1)**
162:10
**12:50:21PM (1)**
162:13
**12:50:37PM (1)**
162:21
**12:50:42PM (1)**
162:22
**12:50:44PM (1)**
162:23
**12:50:51PM (1)**
162:24
**12:50:54PM (1)**
163:2
**12:51:02PM (1)**
163:5
**12:51:05PM (1)**
163:7
**12:51:10PM (1)**
163:10
**12:51:29PM (2)**
163:17,18
**12:51:33PM (1)**
163:20
**12:51:35PM (1)**
163:21
**12:51:40PM (1)**
163:23
**12:51:41PM (1)**
163:24
**12:51:43PM (1)**
163:25
**12:51:44PM (1)**
164:2
**12:51:46PM (1)**
164:3
**12:51:58PM (1)**
164:7
**12:52:04PM (1)**
164:9
**12:52:05PM (1)**
164:10
**12:52:09PM (1)**
164:12
**12:52:15PM (1)**
164:15
**12:52:16PM (1)**

164:16
**12:52:23PM (1)**
164:17
**12:52:33PM (1)**
164:19
**12:52:41PM (1)**
164:23
**12:52:48PM (2)**
165:2,3
**12:52:50PM (1)**
165:4
**12:52:51PM (1)**
165:5
**12:52:56PM (1)**
165:7
**12:52:57PM (1)**
165:8
**12:52:58PM (1)**
165:9
**12:53:02PM (1)**
165:11
**12:53:10PM (1)**
165:14
**12:53:22PM (1)**
165:16
**12:53:31PM (1)**
165:19
**12:53:37PM (1)**
165:21
**12:53:43PM (1)**
165:24
**12:53:44PM (1)**
165:25
**12:53:48PM (2)**
166:3,4
**12:53:49PM (2)**
166:5,6
**12:53:57PM (1)**
166:8
**12:54:22PM (1)**
166:10
**12:54:25PM (1)**
166:12
**12:54:29PM (1)**
166:13
**12:54:40PM (1)**
166:17
**12:54:47PM (1)**
166:18
**12:54:48PM (1)**
166:20
**12:54:52PM (1)**
166:21
**12:55:14PM (1)**
167:3
**12:55:20PM (1)**
167:5
**12:55:21PM (1)**

167:6
**12:55:30PM (1)**
167:9
**12:55:34PM (1)**
167:12
**12:55:36PM (2)**
167:14,15
**12:55:45PM (1)**
167:19
**12:55:52PM (1)**
167:22
**12:55:56PM (1)**
167:24
**12:56:04PM (1)**
168:3
**12:56:11PM (1)**
168:6
**12:56:16PM (1)**
168:7
**12:56:21PM (2)**
168:10,11
**12:56:29PM (2)**
168:13,14
**12:56:37PM (1)**
168:18
**12:56:40PM (1)**
168:19
**12:56:49PM (1)**
168:22
**12:56:55PM (1)**
168:23
**12:57:02PM (1)**
169:2
**12:57:22PM (1)**
169:8
**12:57:35PM (1)**
169:12
**12:57:38PM (1)**
169:14
**12:57:40PM (2)**
169:16,17
**12:57:57PM (1)**
169:22
**12:57:58PM (1)**
169:23
**12:58:06PM (1)**
170:2
**12:58:14PM (2)**
170:5,6
**12:58:22PM (1)**
170:9
**12:58:33PM (1)**
170:14
**12:58:47PM (1)**
170:18
**12:58:55PM (1)**
170:22
**12:59:05PM (1)**

170:23
**12:59:14PM (1)**
171:3
**12:59:16PM (1)**
171:4
**12:59:30PM (1)**
171:8
**12:59:32PM (1)**
171:10
**12:59:35PM (1)**
171:11
**12:59:36PM (1)**
171:12
**12:59:49PM (1)**
171:14
**1215 (1)**
1:7
**13 (3)**
234:8,12 297:14
**137 (1)**
296:24
**14 (6)**
28:14 83:18,19,20
239:12 297:15
**14th (1)**
226:10
**15 (8)**
14:20 22:8 92:10
244:22,24 249:17
282:3 297:16
**15th (2)**
226:16 251:20
**150 (4)**
82:14 200:10 205:16
286:7
**155 (1)**
297:7
**16 (3)**
249:20,23 297:17
**16th (1)**
250:4
**17 (3)**
252:8,11 297:19
**17th (1)**
295:15
**170 (1)**
4:6
**18 (1)**
72:6
**18th (1)**
195:25
**18-month (1)**
68:9
**19th (1)**
194:24
**19thth (1)**
194:25
**190 (2)**

297:8,10
**1974 (1)**
16:3
**1981 (2)**
14:17 17:15
**1982 (1)**
14:20
**1984 (1)**
22:9
**1986 (1)**
205:17
**1990 (1)**
80:24
**1991 (1)**
111:21
**1995 (1)**
250:4

---

**2**

**2 (17)**
42:24 43:4 71:22
77:14 82:18 83:10
83:14,17,18,19,20
89:22 90:13 156:8
232:18 296:16
298:8
**2B (1)**
83:5
**2:22:00PM (2)**
190:2,4
**2:22:53PM (1)**
190:5
**2:22:54PM (1)**
190:6
**2:24:20PM (1)**
190:10
**2:25:34PM (1)**
190:13
**2:25:44PM (1)**
190:14
**2:26:05PM (1)**
190:21
**2:26:41PM (1)**
191:8
**2:26:52PM (1)**
191:14
**2:26:53PM (1)**
191:15
**2:27:04PM (1)**
191:18
**2:27:13PM (1)**
191:21
**2:27:38PM (2)**
192:3,4
**2:27:43PM (1)**
192:7
**2:27:48PM (1)**
192:8

| | | | | |
|---|---|---|---|---|
| **2:27:59PM (1)** 192:12 | **2:31:58PM (1)** 196:3 | **2:35:40PM (3)** 199:4,5,6 | **2:39:12PM (1)** 202:14 | **2:42:30PM (1)** 205:14 |
| **2:28:01PM (1)** 192:13 | **2:32:04PM (1)** 196:4 | **2:35:42PM (1)** 199:7 | **2:39:14PM (1)** 202:15 | **2:42:41PM (1)** 205:17 |
| **2:28:26PM (1)** 192:17 | **2:32:31PM (2)** 196:10,11 | **2:35:51PM (1)** 199:11 | **2:39:22PM (1)** 202:18 | **2:42:44PM (1)** 205:18 |
| **2:28:45PM (1)** 192:23 | **2:32:48PM (1)** 196:14 | **2:35:58PM (1)** 199:14 | **2:39:33PM (1)** 202:22 | **2:42:49PM (1)** 205:20 |
| **2:28:46PM (1)** 192:24 | **2:33:03PM (1)** 196:18 | **2:36:06PM (1)** 199:16 | **2:39:43PM (1)** 202:25 | **2:42:59PM (1)** 205:21 |
| **2:28:48PM (1)** 192:25 | **2:33:09PM (1)** 196:21 | **2:36:07PM (1)** 199:17 | **2:39:44PM (1)** 203:2 | **2:43:03PM (1)** 205:22 |
| **2:28:54PM (1)** 193:3 | **2:33:19PM (1)** 196:24 | **2:36:09PM (1)** 199:18 | **2:39:45PM (1)** 203:3 | **2:43:11PM (2)** 205:24,25 |
| **2:29:21PM (1)** 193:12 | **2:33:20PM (1)** 196:25 | **2:36:16PM (1)** 199:21 | **2:39:49PM (2)** 203:5,6 | **2:43:22PM (1)** 206:5 |
| **2:29:35PM (1)** 193:17 | **2:33:23PM (1)** 197:2 | **2:36:17PM (1)** 199:22 | **2:39:54PM (1)** 203:8 | **2:43:23PM (1)** 206:6 |
| **2:29:36PM (1)** 193:18 | **2:33:31PM (1)** 197:4 | **2:36:22PM (1)** 199:25 | **2:40:00PM (2)** 203:11,12 | **2:43:28PM (2)** 206:8,9 |
| **2:29:40PM (1)** 193:20 | **2:33:32PM (1)** 197:5 | **2:36:42PM (1)** 200:8 | **2:40:10PM (1)** 203:13 | **2:43:30PM (1)** 206:11 |
| **2:29:48PM (1)** 193:24 | **2:33:36PM (1)** 197:6 | **2:36:43PM (1)** 200:9 | **2:40:20PM (1)** 203:17 | **2:43:55PM (1)** 206:17 |
| **2:29:57PM (1)** 194:3 | **2:33:37PM (1)** 197:7 | **2:36:53PM (1)** 200:11 | **2:40:39PM (1)** 203:23 | **2:44:04PM (1)** 206:20 |
| **2:30:01PM (1)** 194:5 | **2:33:39PM (1)** 197:9 | **2:37:28PM (1)** 200:19 | **2:40:48PM (1)** 204:2 | **2:44:18PM (1)** 206:25 |
| **2:30:07PM (1)** 194:7 | **2:33:40PM (1)** 197:10 | **2:37:29PM (1)** 200:20 | **2:40:49PM (1)** 204:3 | **2:44:29PM (1)** 207:5 |
| **2:30:19PM (1)** 194:11 | **2:33:43PM (1)** 197:12 | **2:37:31PM (1)** 200:21 | **2:40:54PM (1)** 204:5 | **2:44:30PM (1)** 207:6 |
| **2:30:24PM (1)** 194:14 | **2:33:58PM (1)** 197:18 | **2:37:33PM (1)** 200:23 | **2:40:57PM (1)** 204:7 | **2:44:44PM (1)** 207:9 |
| **2:30:25PM (1)** 194:15 | **2:34:03PM (1)** 197:20 | **2:37:45PM (1)** 201:4 | **2:41:00PM (2)** 204:9,10 | **2:44:54PM (1)** 207:12 |
| **2:30:41PM (1)** 194:21 | **2:34:07PM (1)** 197:21 | **2:37:57PM (1)** 201:7 | **2:41:08PM (1)** 204:13 | **2:45:01PM (1)** 207:15 |
| **2:31:15PM (1)** 195:5 | **2:34:19PM (2)** 197:24,25 | **2:38:14PM (1)** 201:12 | **2:41:11PM (1)** 204:14 | **2:45:07PM (1)** 207:18 |
| **2:31:16PM (1)** 195:6 | **2:34:26PM (2)** 198:4,5 | **2:38:15PM (1)** 201:13 | **2:41:14PM (1)** 204:16 | **2:45:13PM (1)** 207:21 |
| **2:31:17PM (1)** 195:7 | **2:34:48PM (1)** 198:10 | **2:38:26PM (2)** 201:18,19 | **2:41:16PM (1)** 204:17 | **2:45:25PM (1)** 207:23 |
| **2:31:25PM (1)** 195:11 | **2:34:55PM (1)** 198:12 | **2:38:33PM (1)** 201:22 | **2:41:20PM (2)** 204:19,20 | **2:45:48PM (1)** 208:4 |
| **2:31:33PM (1)** 195:15 | **2:34:57PM (1)** 198:13 | **2:38:35PM (1)** 201:24 | **2:41:26PM (1)** 204:22 | **2:45:51PM (1)** 208:6 |
| **2:31:39PM (2)** 195:17,18 | **2:34:58PM (1)** 198:14 | **2:38:44PM (1)** 202:2 | **2:41:35PM (1)** 204:23 | **2:45:52PM (1)** 208:7 |
| **2:31:40PM (1)** 195:19 | **2:35:06PM (1)** 198:17 | **2:38:49PM (1)** 202:4 | **2:41:43PM (1)** 205:2 | **2:45:55PM (1)** 208:9 |
| **2:31:42PM (1)** 195:20 | **2:35:09PM (1)** 198:18 | **2:38:55PM (1)** 202:6 | **2:42:08PM (1)** 205:6 | **2:45:57PM (1)** 208:11 |
| **2:31:43PM (1)** 195:21 | **2:35:33PM (1)** 198:24 | **2:39:01PM (1)** 202:9 | **2:42:24PM (1)** 205:11 | **2:46:00PM (1)** 208:13 |
| **2:31:54PM (1)** 195:25 | **2:35:36PM (1)** 199:2 | **2:39:05PM (1)** 202:11 | **2:42:25PM (1)** 205:12 | **2:46:02PM (1)** 208:14 |

| | | | | |
|---|---|---|---|---|
| **2:46:10PM (1)** 208:17 | **2:48:52PM (1)** 210:24 | **2:52:39PM (1)** 214:12 | **2:55:43PM (1)** 217:22 | **2:59:48PM (2)** 220:21,22 |
| **2:46:12PM (1)** 208:18 | **2:49:01PM (1)** 211:3 | **2:52:40PM (1)** 214:13 | **2:55:46PM (2)** 217:23,24 | **2:59:55PM (1)** 220:24 |
| **2:46:19PM (1)** 208:20 | **2:49:04PM (1)** 211:4 | **2:52:44PM (1)** 214:15 | **2:55:58PM (1)** 218:3 | **20 (1)** 36:10 |
| **2:46:23PM (1)** 208:21 | **2:49:07PM (1)** 211:7 | **2:52:45PM (1)** 214:16 | **2:55:59PM (1)** 218:5 | **2000 (19)** 24:8 26:6 27:2,12 |
| **2:46:32PM (1)** 208:24 | **2:49:16PM (1)** 211:10 | **2:52:47PM (1)** 214:18 | **2:56:06PM (1)** 218:8 | 28:4,13,19 31:13,19 80:18,24 90:7 |
| **2:46:39PM (1)** 209:2 | **2:49:18PM (1)** 211:11 | **2:52:50PM (1)** 214:19 | **2:56:09PM (1)** 218:10 | 128:24 142:9,18 171:16 172:9 |
| **2:46:41PM (1)** 209:3 | **2:49:30PM (1)** 211:15 | **2:52:54PM (1)** 214:21 | **2:56:25PM (1)** 218:13 | 204:21 214:6 |
| **2:46:48PM (1)** 209:6 | **2:49:35PM (1)** 211:18 | **2:52:58PM (1)** 214:23 | **2:56:39PM (2)** 218:17,18 | **2001 (1)** 288:16 |
| **2:46:51PM (1)** 209:8 | **2:49:41PM (1)** 211:21 | **2:53:04PM (1)** 215:2 | **2:56:46PM (1)** 218:21 | **2002 (1)** 43:18 |
| **2:46:54PM (1)** 209:10 | **2:49:43PM (1)** 211:22 | **2:53:09PM (1)** 215:3 | **2:56:47PM (1)** 218:22 | **2003 (7)** 190:7 194:22,25 |
| **2:46:55PM (1)** 209:11 | **2:49:45PM (1)** 211:23 | **2:53:10PM (1)** 215:4 | **2:56:59PM (1)** 219:2 | 195:25 196:5 227:6 297:9 |
| **2:47:04PM (1)** 209:15 | **2:49:47PM (1)** 211:24 | **2:53:21PM (1)** 215:7 | **2:57:12PM (1)** 219:7 | **2004 (3)** 13:10,15,23 |
| **2:47:06PM (1)** 209:17 | **2:49:58PM (1)** 212:3 | **2:53:22PM (1)** 215:8 | **2:57:20PM (1)** 219:10 | **2005 (8)** 236:11 252:11 255:14 |
| **2:47:07PM (1)** 209:18 | **2:50:10PM (2)** 212:6,7 | **2:53:40PM (1)** 215:14 | **2:57:29PM (1)** 219:13 | 256:4 280:14 283:8 283:12 297:19 |
| **2:47:17PM (1)** 209:19 | **2:50:15PM (1)** 212:9 | **2:53:41PM (1)** 215:15 | **2:57:34PM (1)** 219:15 | **2006 (17)** 23:22,25 24:2 183:19 |
| **2:47:21PM (1)** 209:21 | **2:50:21PM (1)** 212:11 | **2:53:48PM (1)** 215:18 | **2:57:35PM (1)** 219:16 | 194:24,25 196:2 214:7 226:10,17,22 |
| **2:47:22PM (1)** 209:22 | **2:50:28PM (1)** 212:13 | **2:53:49PM (1)** 215:19 | **2:57:37PM (1)** 219:18 | 233:8 280:19 281:4 281:25 283:10,13 |
| **2:47:28PM (1)** 209:24 | **2:50:40PM (1)** 212:16 | **2:54:11PM (1)** 216:2 | **2:57:44PM (1)** 219:20 | **2007 (5)** 174:12 183:8,12 |
| **2:47:32PM (1)** 210:2 | **2:50:53PM (1)** 212:21 | **2:54:13PM (1)** 216:4 | **2:58:01PM (1)** 219:22 | 244:24 297:16 |
| **2:47:35PM (1)** 210:4 | **2:50:54PM (1)** 212:22 | **2:54:24PM (1)** 216:9 | **2:58:13PM (1)** 219:25 | **2008 (2)** 13:17 236:12 |
| **2:47:44PM (1)** 210:7 | **2:50:55PM (1)** 212:23 | **2:54:26PM (1)** 216:10 | **2:59:00PM (1)** 220:5 | **2009 (8)** 1:19 2:4 141:10,12,21 |
| **2:47:45PM (1)** 210:8 | **2:51:43PM (1)** 213:16 | **2:54:53PM (1)** 216:20 | **2:59:01PM (1)** 220:6 | 294:9 295:15 298:3 |
| **2:47:51PM (1)** 210:11 | **2:51:44PM (2)** 213:17,18 | **2:54:59PM (1)** 216:23 | **2:59:08PM (1)** 220:9 | **22PM (1)** 115:7 |
| **2:47:57PM (1)** 210:14 | **2:51:53PM (1)** 213:21 | **2:55:06PM (2)** 217:4,5 | **2:59:18PM (1)** 220:11 | **220 (1)** 297:11 |
| **2:48:17PM (1)** 210:15 | **2:52:05PM (1)** 213:25 | **2:55:26PM (1)** 217:12 | **2:59:26PM (1)** 220:13 | **22935 (1)** 1:24 |
| **2:48:24PM (1)** 210:16 | **2:52:13PM (1)** 214:4 | **2:55:30PM (1)** 217:14 | **2:59:33PM (1)** 220:14 | **234 (1)** 297:14 |
| **2:48:42PM (1)** 210:21 | **2:52:20PM (1)** 214:6 | **2:55:32PM (1)** 217:17 | **2:59:38PM (1)** 220:16 | **239 (1)** 297:15 |
| **2:48:47PM (1)** 210:22 | **2:52:35PM (1)** 214:10 | **2:55:33PM (1)** 217:18 | **2:59:39PM (1)** 220:17 | **245 (1)** 297:16 |
| **2:48:49PM (1)** 210:23 | **2:52:38PM (1)** 214:11 | **2:55:42PM (1)** 217:21 | **2:59:40PM (1)** 220:18 | **249 (1)** 297:17 |
| | | | | **25 (4)** 84:7,9 86:22 281:25 |
| | | | | **25,000 (2)** |

149:22,23
**252 (1)**
297:19
**267 (1)**
191:23
**278 (1)**
296:5
**290 (1)**
296:6
**291 (1)**
296:7

---

**3**

**3 (10)**
32:10 65:14,20 66:9
77:8 78:8 79:11
89:22 296:17 298:9
**3:00:02PM (1)**
221:2
**3:00:08PM (1)**
221:5
**3:00:14PM (1)**
221:7
**3:00:21PM (1)**
221:10
**3:00:29PM (1)**
221:14
**3:00:44PM (1)**
221:18
**3:00:53PM (1)**
221:21
**3:00:56PM (1)**
221:23
**3:01:02PM (1)**
221:24
**3:01:15PM (1)**
222:2
**3:01:30PM (2)**
222:7,8
**3:01:42PM (2)**
222:11,12
**3:01:45PM (1)**
222:14
**3:01:50PM (1)**
222:16
**3:02:08PM (1)**
222:20
**3:02:10PM (1)**
222:21
**3:02:16PM (1)**
222:24
**3:02:26PM (1)**
223:3
**3:02:32PM (1)**
223:8
**3:02:33PM (1)**
223:9
**3:02:35PM (1)**

223:10
**3:02:45PM (1)**
223:13
**3:02:54PM (1)**
223:16
**3:02:57PM (1)**
223:18
**3:03:02PM (1)**
223:20
**3:03:12PM (1)**
223:23
**3:03:14PM (1)**
223:24
**3:03:17PM (1)**
224:2
**3:03:21PM (1)**
224:4
**3:03:23PM (1)**
224:5
**3:03:34PM (1)**
224:8
**3:03:47PM (1)**
224:12
**3:03:50PM (1)**
224:13
**3:03:55PM (1)**
224:16
**3:04:09PM (1)**
224:20
**3:04:17PM (1)**
224:23
**3:04:19PM (1)**
224:24
**3:04:36PM (1)**
225:5
**3:04:42PM (1)**
225:8
**3:04:50PM (1)**
225:11
**3:04:52PM (1)**
225:13
**3:05:04PM (1)**
225:17
**3:05:05PM (1)**
225:18
**3:05:06PM (1)**
225:19
**3:05:14PM (1)**
225:22
**3:05:25PM (1)**
226:2
**3:05:30PM (1)**
226:4
**3:05:39PM (1)**
226:7
**3:05:43PM (1)**
226:9
**3:05:44PM (1)**

226:10
**3:05:45PM (1)**
226:11
**3:05:48PM (1)**
226:12
**3:05:51PM (1)**
226:14
**3:05:52PM (2)**
226:15,16
**3:05:58PM (1)**
226:18
**3:06:22PM (1)**
226:25
**3:06:34PM (1)**
227:5
**3:06:47PM (1)**
227:8
**3:06:51PM (1)**
227:9
**3:06:58PM (1)**
227:10
**3:07:05PM (1)**
227:13
**3:07:18PM (1)**
227:15
**3:07:24PM (2)**
227:17,18
**3:07:26PM (1)**
227:19
**3:07:31PM (1)**
227:20
**3:07:38PM (1)**
227:22
**3:07:47PM (1)**
227:25
**3:07:55PM (1)**
228:4
**3:07:57PM (1)**
228:5
**3:08:01PM (1)**
228:7
**3:08:10PM (1)**
228:9
**3:08:14PM (1)**
228:11
**3:08:15PM (1)**
228:12
**3:08:16PM (2)**
228:14,15
**3:08:25PM (1)**
228:18
**3:08:33PM (1)**
228:19
**3:08:36PM (2)**
228:21,22
**3:08:38PM (1)**
228:23
**3:08:44PM (1)**

228:25
**3:08:50PM (1)**
229:2
**3:08:51PM (1)**
229:3
**3:08:55PM (1)**
229:6
**3:09:00PM (1)**
229:7
**3:09:16PM (1)**
229:13
**3:09:17PM (1)**
229:14
**3:09:24PM (1)**
229:15
**3:09:29PM (2)**
229:17,18
**3:09:37PM (1)**
229:21
**3:09:48PM (1)**
229:22
**3:10:00PM (1)**
230:2
**3:10:02PM (1)**
230:3
**3:10:04PM (1)**
230:4
**3:10:19PM (1)**
230:6
**3:10:22PM (1)**
230:8
**3:10:23PM (1)**
230:9
**3:10:43PM (1)**
230:11
**3:11:05PM (1)**
230:14
**3:11:07PM (1)**
230:16
**3:11:08PM (1)**
230:17
**3:11:18PM (1)**
230:20
**3:11:25PM (1)**
230:23
**3:11:28PM (1)**
230:24
**3:11:34PM (1)**
231:2
**3:11:35PM (1)**
231:3
**3:11:37PM (1)**
231:4
**3:11:53PM (1)**
231:5
**3:12:03PM (1)**
231:9
**3:12:04PM (1)**

231:10
**3:12:10PM (1)**
231:12
**3:12:17PM (1)**
231:15
**3:12:22PM (1)**
231:17
**3:12:34PM (1)**
231:20
**3:12:35PM (1)**
231:21
**3:12:39PM (1)**
231:23
**3:12:55PM (1)**
232:2
**3:13:06PM (1)**
232:6
**3:13:07PM (1)**
232:7
**3:13:13PM (1)**
232:8
**3:13:18PM (1)**
232:10
**3:13:22PM (1)**
232:12
**3:13:42PM (1)**
232:18
**3:13:56PM (1)**
232:20
**3:14:19PM (1)**
232:21
**3:14:24PM (1)**
232:23
**3:14:29PM (1)**
233:2
**3:14:38PM (1)**
233:5
**3:14:58PM (1)**
233:7
**3:15:11PM (1)**
233:12
**3:15:20PM (1)**
233:15
**3:15:23PM (1)**
233:17
**3:15:28PM (1)**
233:19
**3:15:32PM (1)**
233:20
**3:15:40PM (1)**
233:23
**3:15:50PM (1)**
234:3
**3:16:10PM (1)**
234:7
**3:16:21PM (1)**
234:11
**3:16:56PM (1)**

| | | | | |
|---|---|---|---|---|
| 234:14 | 237:20 | 240:10 | 243:24 | 246:20 |
| **3:16:57PM (1)** | **3:20:24PM (1)** | **3:24:29PM (1)** | **3:28:30PM (1)** | **3:38:53PM (1)** |
| 234:15 | 237:21 | 240:11 | 243:25 | 246:23 |
| **3:17:11PM (1)** | **3:20:32PM (1)** | **3:24:38PM (1)** | **3:28:31PM (2)** | **3:39:13PM (1)** |
| 234:20 | 237:24 | 240:14 | 244:2,3 | 247:4 |
| **3:17:18PM (1)** | **3:20:50PM (1)** | **3:24:49PM (1)** | **3:28:33PM (1)** | **3:39:17PM (1)** |
| 234:22 | 238:5 | 240:18 | 244:4 | 247:5 |
| **3:17:20PM (1)** | **3:21:09PM (1)** | **3:25:15PM (1)** | **3:28:35PM (1)** | **3:39:26PM (1)** |
| 234:23 | 238:10 | 240:24 | 244:6 | 247:9 |
| **3:17:31PM (1)** | **3:21:15PM (1)** | **3:25:28PM (1)** | **3:28:38PM (1)** | **3:39:38PM (1)** |
| 235:2 | 238:12 | 241:4 | 244:8 | 247:13 |
| **3:17:45PM (1)** | **3:21:16PM (1)** | **3:25:29PM (1)** | **3:28:39PM (3)** | **3:39:45PM (1)** |
| 235:7 | 238:13 | 241:5 | 244:9,10,11 | 247:14 |
| **3:17:50PM (1)** | **3:21:25PM (1)** | **3:25:33PM (1)** | **3:28:55PM (1)** | **3:39:47PM (1)** |
| 235:10 | 238:15 | 241:7 | 244:17 | 247:16 |
| **3:17:54PM (1)** | **3:21:37PM (1)** | **3:25:40PM (1)** | **3:28:56PM (1)** | **3:39:51PM (1)** |
| 235:13 | 238:19 | 241:10 | 244:18 | 247:18 |
| **3:17:55PM (1)** | **3:21:51PM (1)** | **3:25:49PM (1)** | **3:29:00PM (1)** | **3:40:13PM (1)** |
| 235:14 | 238:22 | 241:14 | 244:20 | 247:21 |
| **3:18:05PM (1)** | **3:21:54PM (1)** | **3:25:55PM (1)** | **3:29:01PM (1)** | **3:40:18PM (1)** |
| 235:17 | 238:24 | 241:15 | 244:21 | 247:23 |
| **3:18:20PM (1)** | **3:21:56PM (1)** | **3:26:02PM (1)** | **3:36:39PM (1)** | **3:40:25PM (1)** |
| 235:21 | 238:25 | 241:17 | 244:22 | 248:2 |
| **3:18:40PM (1)** | **3:21:58PM (1)** | **3:26:06PM (1)** | **3:36:42PM (1)** | **3:40:28PM (1)** |
| 236:3 | 239:3 | 241:19 | 244:23 | 248:4 |
| **3:18:45PM (1)** | **3:21:59PM (1)** | **3:26:12PM (2)** | **3:37:03PM (1)** | **3:40:33PM (1)** |
| 236:5 | 239:4 | 241:23,24 | 245:2 | 248:6 |
| **3:18:54PM (1)** | **3:22:01PM (1)** | **3:26:13PM (1)** | **3:37:07PM (1)** | **3:40:50PM (1)** |
| 236:8 | 239:6 | 241:25 | 245:3 | 248:10 |
| **3:19:01PM (1)** | **3:22:03PM (1)** | **3:26:28PM (1)** | **3:37:16PM (1)** | **3:41:00PM (1)** |
| 236:10 | 239:7 | 242:6 | 245:7 | 248:14 |
| **3:19:18PM (1)** | **3:22:14PM (1)** | **3:26:34PM (1)** | **3:37:18PM (1)** | **3:41:01PM (1)** |
| 236:15 | 239:8 | 242:9 | 245:8 | 248:15 |
| **3:19:22PM (1)** | **3:22:20PM (1)** | **3:26:40PM (1)** | **3:37:22PM (1)** | **3:41:18PM (1)** |
| 236:16 | 239:11 | 242:12 | 245:11 | 248:20 |
| **3:19:37PM (1)** | **3:23:00PM (1)** | **3:27:07PM (1)** | **3:37:29PM (2)** | **3:41:22PM (1)** |
| 236:20 | 239:14 | 242:21 | 245:14,15 | 248:21 |
| **3:19:39PM (1)** | **3:23:01PM (1)** | **3:27:20PM (1)** | **3:37:32PM (1)** | **3:41:33PM (1)** |
| 236:22 | 239:15 | 242:22 | 245:16 | 248:25 |
| **3:19:42PM (1)** | **3:23:05PM (1)** | **3:27:25PM (1)** | **3:37:46PM (1)** | **3:41:34PM (1)** |
| 236:24 | 239:17 | 242:24 | 245:21 | 249:2 |
| **3:19:48PM (1)** | **3:23:06PM (1)** | **3:27:36PM (1)** | **3:37:52PM (1)** | **3:41:40PM (1)** |
| 237:2 | 239:18 | 243:4 | 245:24 | 249:6 |
| **3:19:54PM (1)** | **3:23:13PM (1)** | **3:27:51PM (1)** | **3:37:54PM (1)** | **3:41:41PM (1)** |
| 237:5 | 239:21 | 243:7 | 245:25 | 249:7 |
| **3:19:57PM (1)** | **3:23:14PM (1)** | **3:27:55PM (1)** | **3:37:57PM (1)** | **3:41:45PM (1)** |
| 237:7 | 239:22 | 243:9 | 246:3 | 249:9 |
| **3:19:59PM (2)** | **3:24:02PM (1)** | **3:28:10PM (1)** | **3:38:03PM (1)** | **3:41:50PM (1)** |
| 237:9,10 | 239:23 | 243:14 | 246:4 | 249:10 |
| **3:20:00PM (1)** | **3:24:03PM (1)** | **3:28:11PM (1)** | **3:38:07PM (1)** | **3:42:00PM (1)** |
| 237:11 | 239:24 | 243:15 | 246:6 | 249:13 |
| **3:20:07PM (1)** | **3:24:16PM (1)** | **3:28:14PM (2)** | **3:38:19PM (1)** | **3:42:01PM (1)** |
| 237:13 | 240:5 | 243:17,18 | 246:10 | 249:14 |
| **3:20:14PM (1)** | **3:24:18PM (1)** | **3:28:16PM (1)** | **3:38:23PM (1)** | **3:42:03PM (1)** |
| 237:16 | 240:6 | 243:19 | 246:13 | 249:16 |
| **3:20:16PM (1)** | **3:24:21PM (1)** | **3:28:18PM (1)** | **3:38:30PM (1)** | **3:42:37PM (1)** |
| 237:17 | 240:8 | 243:20 | 246:15 | 249:18 |
| **3:20:23PM (1)** | **3:24:27PM (1)** | **3:28:28PM (1)** | **3:38:45PM (1)** | **3:42:48PM (1)** |

249:20
**3:42:52PM (1)**
249:21
**3:43:29PM (1)**
250:2
**3:43:36PM (1)**
250:3
**3:43:52PM (1)**
250:8
**3:43:56PM (1)**
250:10
**3:44:05PM (1)**
250:11
**3:44:15PM (1)**
250:13
**3:44:18PM (1)**
250:14
**3:44:33PM (1)**
250:18
**3:44:35PM (1)**
250:19
**3:44:44PM (1)**
250:22
**3:44:46PM (1)**
250:24
**3:44:52PM (2)**
251:2,3
**3:45:02PM (1)**
251:7
**3:45:11PM (1)**
251:9
**3:45:13PM (1)**
251:11
**3:45:14PM (1)**
251:12
**3:45:15PM (1)**
251:13
**3:45:33PM (1)**
251:19
**3:45:44PM (1)**
251:22
**3:46:12PM (1)**
252:6
**3:46:29PM (1)**
252:7
**3:46:36PM (1)**
252:10
**3:47:32PM (2)**
252:13,14
**3:47:35PM (2)**
252:16,17
**3:47:39PM (1)**
252:18
**3:47:40PM (1)**
252:19
**3:47:48PM (1)**
252:22
**3:47:51PM (1)**

252:24
**3:47:53PM (1)**
252:25
**3:47:59PM (1)**
253:2
**3:48:28PM (1)**
253:11
**3:48:43PM (1)**
253:16
**3:48:53PM (1)**
253:19
**3:49:23PM (1)**
254:4
**3:49:36PM (1)**
254:8
**3:49:41PM (1)**
254:9
**3:49:58PM (1)**
254:14
**3:50:02PM (1)**
254:16
**3:50:03PM (1)**
254:17
**3:50:04PM (1)**
254:18
**3:50:20PM (1)**
254:23
**3:50:41PM (1)**
255:2
**3:51:01PM (1)**
255:8
**3:51:23PM (1)**
255:15
**3:51:29PM (1)**
255:16
**3:51:37PM (2)**
255:19,20
**3:51:41PM (1)**
255:22
**3:51:43PM (1)**
255:24
**3:51:44PM (1)**
255:25
**3:51:54PM (1)**
256:3
**3:52:04PM (1)**
256:6
**3:52:10PM (1)**
256:8
**3:52:20PM (1)**
256:10
**3:52:28PM (1)**
256:12
**3:52:39PM (1)**
256:13
**3:52:50PM (1)**
256:18
**3:52:52PM (1)**

256:20
**3:52:56PM (1)**
256:22
**3:52:57PM (1)**
256:23
**3:53:01PM (2)**
256:25 257:2
**3:53:07PM (1)**
257:4
**3:53:10PM (1)**
257:5
**3:53:22PM (1)**
257:9
**3:53:26PM (1)**
257:10
**3:53:41PM (1)**
257:15
**3:53:48PM (1)**
257:16
**3:53:57PM (1)**
257:18
**3:57:53PM (1)**
257:19
**3:58:15PM (1)**
257:20
**3:58:27PM (1)**
257:25
**3:58:29PM (1)**
258:2
**3:58:38PM (1)**
258:5
**3:58:39PM (1)**
258:6
**3:58:41PM (1)**
258:7
**3:58:51PM (1)**
258:10
**3:59:13PM (1)**
258:15
**3:59:46PM (1)**
258:24
**3:59:51PM (1)**
259:2
**30 (2)**
19:10 252:2
**30th (2)**
141:12,21
**30(b)(6) (10)**
18:22 19:6,12 24:25
  36:21 136:4 145:7
  145:12 150:12
  296:15
**35 (3)**
19:25 84:17 290:10
**355th (1)**
226:23
**36 (1)**
296:15

**37 (1)**
84:17
**3847 (3)**
239:10,11 297:15

_____ **4** _____

**4 (5)**
77:8 97:17,23 100:5
  296:18
**4-26-02 (1)**
43:12
**4:00:00PM (1)**
259:3
**4:00:03PM (1)**
259:5
**4:00:04PM (1)**
259:6
**4:00:05PM (1)**
259:7
**4:00:12PM (1)**
259:9
**4:00:20PM (2)**
259:12,13
**4:00:27PM (1)**
259:17
**4:00:31PM (1)**
259:19
**4:00:36PM (2)**
259:21,22
**4:00:41PM (1)**
259:23
**4:00:45PM (1)**
259:24
**4:00:48PM (1)**
260:2
**4:00:55PM (1)**
260:5
**4:01:01PM (1)**
260:8
**4:01:03PM (1)**
260:9
**4:01:10PM (1)**
260:11
**4:01:11PM (1)**
260:12
**4:02:21PM (1)**
260:14
**4:02:42PM (1)**
260:15
**4:02:49PM (1)**
260:19
**4:02:50PM (1)**
260:20
**4:02:57PM (1)**
260:22
**4:03:02PM (1)**
260:23
**4:03:06PM (1)**

260:25
**4:03:07PM (1)**
261:2
**4:03:11PM (1)**
261:4
**4:03:17PM (1)**
261:6
**4:03:24PM (2)**
261:9,10
**4:03:30PM (1)**
261:13
**4:03:35PM (1)**
261:15
**4:03:40PM (1)**
261:16
**4:03:44PM (1)**
261:18
**4:03:52PM (1)**
261:21
**4:03:59PM (1)**
261:22
**4:04:05PM (2)**
262:2,3
**4:04:16PM (1)**
262:6
**4:04:32PM (1)**
262:10
**4:04:40PM (1)**
262:13
**4:04:43PM (1)**
262:15
**4:04:50PM (1)**
262:17
**4:04:51PM (2)**
262:18,19
**4:04:54PM (1)**
262:21
**4:04:55PM (1)**
262:22
**4:04:59PM (1)**
262:24
**4:05:01PM (1)**
263:2
**4:05:09PM (1)**
263:5
**4:05:12PM (1)**
263:7
**4:05:15PM (1)**
263:9
**4:05:19PM (1)**
263:11
**4:05:20PM (1)**
263:12
**4:05:24PM (1)**
263:13
**4:05:28PM (1)**
263:15
**4:05:30PM (1)**

263:16
**4:05:35PM (1)**
263:18
**4:05:39PM (1)**
263:19
**4:05:44PM (1)**
263:21
**4:05:45PM (1)**
263:22
**4:05:51PM (1)**
263:23
**4:05:54PM (1)**
264:2
**4:06:01PM (1)**
264:3
**4:06:16PM (1)**
264:6
**4:06:31PM (1)**
264:10
**4:06:35PM (1)**
264:12
**4:06:38PM (1)**
264:13
**4:06:46PM (1)**
264:16
**4:06:56PM (1)**
264:17
**4:07:07PM (1)**
264:21
**4:07:13PM (1)**
264:24
**4:07:17PM (1)**
265:2
**4:07:27PM (1)**
265:4
**4:07:47PM (1)**
265:9
**4:07:57PM (1)**
265:12
**4:08:00PM (1)**
265:13
**4:08:05PM (1)**
265:16
**4:08:06PM (2)**
265:17,18
**4:08:08PM (1)**
265:19
**4:08:12PM (1)**
265:20
**4:08:16PM (2)**
265:21,22
**4:09:07PM (1)**
265:24
**4:09:15PM (2)**
266:2,3
**4:09:34PM (1)**
266:9
**4:09:40PM (1)**

266:11
**4:09:52PM (1)**
266:15
**4:10:00PM (1)**
266:16
**4:10:15PM (1)**
266:21
**4:10:16PM (1)**
266:22
**4:10:17PM (1)**
266:23
**4:10:28PM (1)**
266:24
**4:10:36PM (1)**
267:3
**4:10:37PM (1)**
267:4
**4:10:45PM (1)**
267:7
**4:10:52PM (1)**
267:9
**4:11:03PM (1)**
267:13
**4:11:10PM (1)**
267:15
**4:11:19PM (1)**
267:18
**4:11:20PM (1)**
267:19
**4:11:34PM (1)**
267:23
**4:11:36PM (1)**
267:24
**4:11:43PM (1)**
268:3
**4:11:49PM (1)**
268:5
**4:11:55PM (1)**
268:7
**4:12:03PM (2)**
268:11,12
**4:12:15PM (1)**
268:15
**4:12:25PM (1)**
268:18
**4:12:38PM (1)**
268:22
**4:12:42PM (1)**
268:24
**4:12:44PM (1)**
268:25
**4:12:53PM (1)**
269:4
**4:12:58PM (1)**
269:7
**4:12:59PM (1)**
269:8
**4:13:09PM (1)**

269:12
**4:13:12PM (1)**
269:13
**4:13:21PM (1)**
269:16
**4:13:23PM (1)**
269:17
**4:13:32PM (1)**
269:21
**4:13:44PM (1)**
269:24
**4:13:49PM (1)**
270:2
**4:13:58PM (1)**
270:4
**4:14:03PM (1)**
270:6
**4:14:19PM (1)**
270:12
**4:14:25PM (1)**
270:14
**4:14:36PM (1)**
270:16
**4:14:42PM (1)**
270:18
**4:14:44PM (1)**
270:20
**4:14:46PM (1)**
270:21
**4:14:48PM (1)**
270:23
**4:14:52PM (1)**
270:24
**4:15:03PM (1)**
271:4
**4:15:08PM (1)**
271:5
**4:15:13PM (1)**
271:8
**4:15:16PM (1)**
271:9
**4:15:17PM (1)**
271:10
**4:15:26PM (1)**
271:16
**4:15:32PM (1)**
271:19
**4:15:34PM (1)**
271:20
**4:15:36PM (1)**
271:22
**4:15:37PM (1)**
271:23
**4:15:40PM (1)**
271:25
**4:15:47PM (1)**
272:2
**4:15:51PM (1)**

272:4
**4:15:56PM (1)**
272:7
**4:16:07PM (1)**
272:10
**4:16:14PM (1)**
272:12
**4:16:26PM (1)**
272:16
**4:16:29PM (1)**
272:18
**4:16:34PM (1)**
272:20
**4:16:37PM (1)**
272:21
**4:16:38PM (1)**
272:22
**4:16:53PM (1)**
273:2
**4:16:54PM (1)**
273:3
**4:17:05PM (1)**
273:7
**4:17:20PM (1)**
273:9
**4:17:23PM (1)**
273:11
**4:17:31PM (1)**
273:12
**4:17:40PM (1)**
273:15
**4:17:42PM (1)**
273:17
**4:17:43PM (1)**
273:18
**4:17:58PM (1)**
273:20
**4:18:11PM (1)**
273:25
**4:18:23PM (1)**
274:6
**4:18:35PM (1)**
274:10
**4:18:43PM (1)**
274:13
**4:18:51PM (1)**
274:17
**4:18:52PM (1)**
274:18
**4:18:59PM (1)**
274:22
**4:19:04PM (2)**
274:23,24
**4:19:13PM (1)**
275:3
**4:19:27PM (1)**
275:6
**4:19:35PM (1)**

275:9
**4:19:52PM (2)**
275:17,18
**4:19:57PM (1)**
275:20
**4:20:00PM (1)**
275:22
**4:20:12PM (1)**
275:25
**4:20:21PM (1)**
276:4
**4:20:35PM (1)**
276:8
**4:20:36PM (1)**
276:9
**4:20:44PM (1)**
276:11
**4:20:52PM (1)**
276:12
**4:21:14PM (1)**
276:17
**4:21:15PM (1)**
276:18
**4:21:17PM (1)**
276:19
**4:21:20PM (1)**
276:20
**4:21:25PM (1)**
276:23
**4:21:28PM (1)**
276:24
**4:21:41PM (1)**
277:4
**4:21:42PM (1)**
277:5
**4:21:43PM (1)**
277:6
**4:21:47PM (1)**
277:8
**4:21:55PM (1)**
277:11
**4:22:03PM (1)**
277:17
**4:22:10PM (1)**
277:20
**4:22:18PM (1)**
277:25
**4:22:23PM (1)**
278:3
**4:22:31PM (1)**
278:6
**4:22:34PM (1)**
278:10
**4:24:01PM (1)**
278:12
**4:24:10PM (1)**
278:17
**4:24:11PM (1)**

| | | | | |
|---|---|---|---|---|
| 278:18 | 281:21 | 285:14 | 288:15 | 291:12 |
| **4:24:12PM (1)** | **4:27:29PM (1)** | **4:32:02PM (1)** | **4:35:24PM (1)** | **4:38:09PM (1)** |
| 278:19 | 281:23 | 285:17 | 288:20 | 291:18 |
| **4:24:14PM (1)** | **4:27:30PM (1)** | **4:32:04PM (1)** | **4:35:25PM (1)** | **4:38:10PM (1)** |
| 278:20 | 281:24 | 285:18 | 288:21 | 291:19 |
| **4:24:29PM (1)** | **4:27:50PM (1)** | **4:32:13PM (2)** | **4:35:27PM (1)** | **4:38:11PM (1)** |
| 279:2 | 282:6 | 285:20,21 | 288:23 | 291:20 |
| **4:24:30PM (1)** | **4:28:02PM (1)** | **4:32:19PM (1)** | **4:35:31PM (1)** | **4:38:20PM (1)** |
| 279:3 | 282:7 | 285:24 | 288:24 | 291:22 |
| **4:24:32PM (1)** | **4:28:12PM (1)** | **4:32:21PM (1)** | **4:35:48PM (2)** | **4:38:43PM (1)** |
| 279:4 | 282:11 | 285:25 | 289:5,6 | 292:4 |
| **4:24:37PM (1)** | **4:28:13PM (1)** | **4:32:33PM (1)** | **4:35:51PM (1)** | **4:38:46PM (1)** |
| 279:6 | 282:12 | 286:4 | 289:8 | 292:5 |
| **4:24:52PM (1)** | **4:28:22PM (1)** | **4:32:36PM (1)** | **4:36:07PM (1)** | **4:39:09PM (1)** |
| 279:11 | 282:16 | 286:5 | 289:9 | 292:12 |
| **4:24:53PM (1)** | **4:28:29PM (1)** | **4:32:40PM (1)** | **4:36:16PM (2)** | **4:39:27PM (1)** |
| 279:12 | 282:19 | 286:7 | 289:12,13 | 292:14 |
| **4:25:03PM (1)** | **4:28:41PM (1)** | **4:32:50PM (1)** | **4:36:23PM (1)** | **4:39:32PM (1)** |
| 279:15 | 282:25 | 286:11 | 289:16 | 292:23 |
| **4:25:13PM (1)** | **4:28:48PM (1)** | **4:33:01PM (1)** | **4:36:26PM (1)** | **4:39:36PM (1)** |
| 279:19 | 283:4 | 286:14 | 289:18 | 292:24 |
| **4:25:15PM (1)** | **4:29:20PM (1)** | **4:33:09PM (1)** | **4:36:36PM (2)** | **4:39:54PM (1)** |
| 279:20 | 283:14 | 286:17 | 289:22,23 | 293:5 |
| **4:25:18PM (1)** | **4:29:21PM (1)** | **4:33:12PM (1)** | **4:36:47PM (1)** | **4:39:55PM (1)** |
| 279:22 | 283:15 | 286:19 | 290:3 | 293:6 |
| **4:25:29PM (1)** | **4:29:34PM (1)** | **4:33:13PM (1)** | **4:36:50PM (1)** | **4:39:57PM (1)** |
| 280:2 | 283:16 | 286:20 | 290:4 | 293:7 |
| **4:25:33PM (1)** | **4:29:37PM (1)** | **4:33:27PM (1)** | **4:36:54PM (2)** | **4:39:58PM (1)** |
| 280:4 | 283:18 | 286:25 | 290:6,7 | 293:8 |
| **4:26:00PM (1)** | **4:29:39PM (1)** | **4:33:32PM (1)** | **4:36:59PM (1)** | **4:40 (1)** |
| 280:9 | 283:19 | 287:2 | 290:9 | 294:5 |
| **4:26:10PM (1)** | **4:29:41PM (1)** | **4:33:42PM (1)** | **4:37:04PM (1)** | **4:40:10PM (1)** |
| 280:12 | 283:21 | 287:5 | 290:11 | 293:12 |
| **4:26:15PM (1)** | **4:29:45PM (1)** | **4:33:43PM (1)** | **4:37:06PM (1)** | **4:40:16PM (1)** |
| 280:14 | 283:23 | 287:6 | 290:12 | 293:13 |
| **4:26:29PM (2)** | **4:30:11PM (1)** | **4:33:56PM (1)** | **4:37:07PM (1)** | **4:40:23PM (1)** |
| 280:18,19 | 284:2 | 287:12 | 290:13 | 293:15 |
| **4:26:40PM (1)** | **4:30:15PM (1)** | **4:33:57PM (1)** | **4:37:09PM (3)** | **4:40:33PM (1)** |
| 280:22 | 284:4 | 287:13 | 290:15,16,17 | 293:18 |
| **4:26:45PM (1)** | **4:30:17PM (1)** | **4:34:04PM (1)** | **4:37:12PM (1)** | **4:40:37PM (1)** |
| 280:23 | 284:5 | 287:15 | 290:18 | 293:19 |
| **4:26:48PM (1)** | **4:30:35PM (2)** | **4:34:10PM (1)** | **4:37:14PM (1)** | **4:40:38PM (1)** |
| 280:25 | 284:11,12 | 287:17 | 290:19 | 294:2 |
| **4:27:00PM (2)** | **4:30:52PM (1)** | **4:34:17PM (1)** | **4:37:19PM (1)** | **4:40:39PM (1)** |
| 281:2,7 | 284:18 | 287:21 | 290:21 | 294:4 |
| **4:27:01PM (1)** | **4:30:56PM (1)** | **4:34:18PM (1)** | **4:37:22PM (1)** | **4:40:40PM (9)** |
| 281:8 | 284:19 | 287:22 | 290:23 | 294:5,6,7,8,8,9,9,10 |
| **4:27:03PM (1)** | **4:31:13PM (1)** | **4:34:40PM (1)** | **4:37:29PM (1)** | 294:11 |
| 281:9 | 285:2 | 288:4 | 291:3 | **40 (3)** |
| **4:27:06PM (1)** | **4:31:24PM (1)** | **4:34:43PM (1)** | **4:37:31PM (1)** | 84:18,20,24 |
| 281:10 | 285:3 | 288:5 | 291:5 | **43 (1)** |
| **4:27:13PM (1)** | **4:31:42PM (1)** | **4:35:01PM (1)** | **4:37:42PM (1)** | 296:16 |
| 281:13 | 285:8 | 288:10 | 291:7 | **47 (1)** |
| **4:27:17PM (1)** | **4:31:44PM (1)** | **4:35:02PM (1)** | **4:37:43PM (2)** | 297:4 |
| 281:16 | 285:10 | 288:11 | 291:8,9 | **47AM (1)** |
| **4:27:22PM (1)** | **4:31:53PM (1)** | **4:35:05PM (1)** | **4:37:46PM (1)** | 58:11 |
| 281:18 | 285:13 | 288:13 | 291:10 | |
| **4:27:25PM (1)** | **4:31:56PM (1)** | **4:35:07PM (1)** | **4:37:51PM (1)** | **5** |

**5 (10)**
  1:19 2:4 77:17 103:19
    103:23 104:25
    106:20 224:9
    296:20 298:3
**5B (1)**
  276:12
**50 (3)**
  84:2,13 85:3
**5002 (1)**
  227:6
**530 (1)**
  3:12

---
**6**
**6 (8)**
  79:5 108:18 244:23
    252:10 296:4,21
    297:16,19
**6th (1)**
  256:4
**6-1-05 (2)**
  200:15,15
**6-15-05 (1)**
  200:12
**60 (3)**
  130:10 131:20 252:3
**64 (8)**
  137:17,21 138:3,21
    139:11 142:8
    144:22 296:25
**65 (8)**
  147:4,8,14,24 148:21
    148:22 296:17
    297:5

---
**7**
**7 (9)**
  38:5 131:7 137:14,22
    145:6 190:7 194:22
    296:24 297:9
**7th (4)**
  194:25 195:25 196:5
    196:7
**7-18-94 (1)**
  98:19
**70 (1)**
  128:22
**725 (1)**
  6:9
**74 (1)**
  16:6
**75 (5)**
  151:13 275:9 276:15
    276:16,25
**75B (17)**
  151:4,11 152:8 153:7
    153:17 154:11,15

  155:22 160:4
    161:22 260:22
    265:10 266:8,13
    277:3,7,13
**75B1 (1)**
  158:21
**75-b (3)**
  155:23 157:19 297:7
**76 (2)**
  16:6,7

---
**8**
**8 (4)**
  147:3,10 174:12
    297:4
**85 (1)**
  3:5

---
**9**
**9 (4)**
  78:8 155:21,24 297:7
**9:59:44AM (2)**
  6:11,12
**9:59:55AM (1)**
  6:13
**926 (1)**
  3:22
**95 (1)**
  251:20
**97 (1)**
  296:18