Page 1

1

2      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF NEW YORK
3      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
       EDWARD CARTER, FRANK FIORILO,   )
4      KEVIN LAMM, JOSEPH NOFI, and    )
       THOMAS SNYDER,                  )
5                                      )
                    Plaintiffs,        )
6                                      )
       -against-                       )
7                                      ) Index No.
                                       ) CV 07 1215
8      INCORPORATED VILLAGE OF OCEAN   )
       BEACH; MAYOR JOSEPH C.          )
9      LOEFFLER, JR., individually     )
       and in his Official capacity;   )
10     former mayor NATALIE K.ROGERS,  )
       individually and in her         )
11     official capacity, OCEAN BEACH  )
       POLICE DEPARTMENT; ACTING       )
12     DEPUTY POLICE CHIEF GEORGE B.   )
       HESSE, individually and in his  )
13     official capacity; SUFFOLK      )
       COUNTY; SUFFOLK COUNTY POLICE   )
14     DEPARTMENT OF CIVIL SERVICE;    )
       and ALLISON SANCHEZ,            )
15     individually and in her         )
       official capacity,              )
16                                     )
                    Defendants.        )
17     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
18            DEPOSITION OF EDWARD PARADISO
                  New York, New York
19                 July 27, 2009
20
21
22
23
24     Reported by:
       Judi Johnson, RPR, CRR, CLR
25     Job No.: 23814

## Page 2

```
 1
 2              85 Fifth Avenue
                New York, New York
 3
 4              July 27, 2009
                10:00 A.M.
 5
 6
 7
 8
 9
10
11
12
13         Deposition of EDWARD PARADISO, held at
14    the offices of THOMPSON, WIGDOR AND GILLY,
15    LLP, 85 Fifth Avenue, New York, New York,
16    pursuant to Notice, before Judi Johnson, a
17    Registered Professional Reporter, a
18    Certified Realtime Reporter, a Certified
19    LiveNote Reporter and Notary Public of the
20    State of New York.
21
22
23
24
25
```

## Page 3

```
 1              EDWARD PARADISO
 2    APPEARANCES:
 3       THOMPSON WIGDOR & GILLY, LLP
 4       Attorneys for the Plaintiffs
 5       85 Fifth Avenue
 6       New York, New York 10003
 7
         BY: ANDREW S. GOODSTADT, ESQ.
 8
 9       MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
10       Attorneys for GEORGE B. HESSE
11       530 Saw Mill Road
12       Elmsford, New York 10523
13
         BY: KEVIN W. CONNOLLY, ESQ.
14
15
16       RIVKIN RADLER, LLP
17
18       Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
19       JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
20       POLICE DEPARTMENT
21       926 RexCorp Plaza
22       Uniondale, New York 11556-0926
23
         BY: KENNETH A. NOVIKOFF, ESQ.
24
25
```

## Page 4

```
 1              EDWARD PARADISO
 2    BEE READY FISHBEIN HATTER & DONOVAN, LLP
 3
 4    Attorneys for SUFFOLK COUNTY
 5    170 Old Country Road
 6    Mineola, New York 11501
 7
      BY: (NOT PRESENT)
 8
 9
10    SUFFOLK COUNTY DEPARTMENT OF LAW
11
12    Attorneys for the County
13    100 Veterans Memorial Highway
14    Hauppauge, New York 11788
15
      BY: (NOT PRESENT)
16
17    ALSO PRESENT:
18    JOSH LIPSON - LEGAL VIDEO SPECIALIST
19    FRANK FIORILLO
20    EDWARD CARTER - A.M. SESSION ONLY
21    TOM SNYDER
22
23
24
25
```

## Page 5

```
 1              EDWARD PARADISO
 2         IT IS HEREBY STIPULATED AND AGREED by
 3    and between the attorneys for the respective
 4    parties herein, that filing and sealing and
 5    the same are hereby waived.
 6         IT IS FURTHER STIPULATED AND AGREED
 7    that all objections, except as to the form
 8    of the question, shall be reserved to the
 9    time of the trial.
10         IT IS FURTHER STIPULATED AND AGREED
11    that the within deposition may be sworn to
12    and signed before any officer authorized to
13    administer an oath, with the same force and
14    effect as if signed and sworn to before the
15    Court.
16
17              - o0o -
18
19
20
21
22
23
24
25
```

Page 6

1           EDWARD PARADISO
2  EDWARD PARADISO,
3           Called as a witness herein, having
4      first been duly sworn, was examined and
5      testified as follows:
6  BY THE REPORTER:
7      Q   Please state your name and address for
8  the record.
9      A   Edward Paradiso, 65 Timberpointe Road,
10 East Islip, New York 11730.
11          MR. GOODSTADT: Let's mark this.    10:02:05AM
12          (Whereupon, Subpoena was marked as   10:02:07AM
13 Plaintiff's Exhibit 1 for identification, as
14 of this date.)
15          THE VIDEOGRAPHER: This is the start  10:02:50AM
16 of Tape Number 1 of the videotaped
17 deposition of Edward Paradiso in the matter
18 Carter, et al versus the Incorporated
19 Village of Ocean Beach. Today's date is
20 July 27th, 2009, at approximately
21 10:04 a.m.
22          Will the court reporter please swear  10:03:06AM
23 in the witness.
24          MR. NOVIKOFF: Andrew, regular stips,  10:03:16AM
25 as in the past?

TSG Reporting - Worldwide  (877) 702-9580

Page 7

1           EDWARD PARADISO
2          MR. GOODSTADT: It is.          10:03:19AM
3      Do we need to make our appearance?  10:03:19AM
4          Andrew Goodstadt, Thompson, Wigdor &  10:03:22AM
5  Gilly, on behalf of the plaintiffs.
6          MR. NOVIKOFF: On behalf of all the 10:03:28AM
7  Village defendants except Mr. Hesse, Ken
8  Novikoff, Rivkin Radler.
9          MR. CONNOLLY: Kevin Connolly of Mark, 10:03:35AM
10 O'Neill, O'Brien & Courtney for Defendant
11 Hesse.
12          MR. NOVIKOFF: What do you want to do 10:03:39AM
13 about motions to strike? Because my
14 preference would be -- I don't know what the
15 federal rules say about it, but leave it as
16 with relevance objections. Is that fine
17 with you?
18          MR. GOODSTADT: That's fine with me.  10:03:52AM
19      Just so we're clear, everything is   10:03:59AM
20 preserved. Make a motion to strike, no need
21 to --
22          MR. NOVIKOFF: Everything is preserved 10:04:02AM
23 except objections to form.
24          MR. GOODSTADT: Perfect.         10:04:05AM
25 EXAMINATION                      10:04:05AM

TSG Reporting - Worldwide  (877) 702-9580

Page 8

1           EDWARD PARADISO
2  BY MR. GOODSTADT:                   10:04:07AM
3      Q   Good morning, Mr. Paradiso.     10:04:07AM
4      A   Good morning.              10:04:08AM
5      Q   My name is Andrew Goodstadt. I'm an 10:04:08AM
6  attorney at Thompson, Wigdor & Gilly, and my
7  firm represents the five plaintiffs in this
8  matter, being Frank Fiorillo, Tom Snyder, Ed
9  Carter, Joe Nofi and Kevin Lamm.
10          Just before we get started, I just  10:04:21AM
11 want to know how to address you. Is it Chief
12 Paradiso, Mr. Paradiso? How do you go about it?
13     A   You can just call me Ed.       10:04:30AM
14     Q   Ed? I prefer to do it a little more 10:04:31AM
15 formal than that.
16     A   You can call me Mr. Paradiso.   10:04:35AM
17     Q   Great. That's what I'll call you.  10:04:38AM
18         I just want to place in front of you 10:04:41AM
19 what's been now marked as Paradiso 1.
20 (Handing.)
21     A   And my address is wrong on this.  10:04:47AM
22     Q   Okay.                10:04:50AM
23         MR. GOODSTADT: I've placed in front  10:04:56AM
24 of Mr. Paradiso what's been marked as
25 Paradiso 1. It is a subpoena for today's

TSG Reporting - Worldwide  (877) 702-9580

Page 9

1           EDWARD PARADISO
2  deposition that was served in this matter.
3  BY MR. GOODSTADT:                   10:05:05AM
4      Q   Mr. Paradiso, did you receive what's  10:05:05AM
5  been marked as Paradiso 1 prior to appearing
6  today?
7      A   Yes.                10:05:10AM
8      Q   And I believe you just stated that  10:05:11AM
9  your address is incorrect on this.
10     A   Right.               10:05:15AM
11     Q   What is your address?         10:05:16AM
12     A   It's 65 Timberpointe Road.      10:05:17AM
13     Q   And you're appearing for today's  10:05:24AM
14 deposition in response to this subpoena; is that
15 correct?
16     A   Right.               10:05:30AM
17     Q   How long have you lived at        10:05:32AM
18 65 Timberpointe Road address?
19     A   Well, let's see. We bought the house 10:05:38AM
20 in June of 2007. We sold that same address
21 house in February of 2004. So I lived in it
22 for -- since July 11th, 2001 to February of
23 2004. We sold it, and we bought it back in June
24 of 2007. It's a long story.
25     Q   We'll save the story for another day. 10:06:17AM

TSG Reporting - Worldwide  (877) 702-9580

Page 10

EDWARD PARADISO

1  But where did you live between February of '04
2  and June 2007?
3     A    287 Timberpointe Road.          10:06:22AM
4     Q    So just so I'm clear.  So from   10:06:31AM
5  July 11th, 2001 to the present, you have lived
6  in East Islip on Timberpointe Road, whether it
7  be the 286 address or 65 address?
8     A    I lived there, and I had a residence  10:06:47AM
9  in Ocean Beach too.
10     Q    Where is your residence in Ocean  10:06:50AM
11  Beach?
12     A    My residence was at 315 Bay Walk,   10:06:52AM
13  Ocean Beach, New York 11730.
14     Q    Was that a property that you owned?   10:07:02AM
15     A    No.  That was an apartment owned by  10:07:04AM
16  the village.
17     Q    Was that -- is there any -- strike  10:07:11AM
18  that.
19          Is it an apartment building?       10:07:14AM
20     A    It's a -- it's a multi- -- multi-use  10:07:16AM
21  dwelling.  It's not just apartments.  It has --
22  the village office was downstairs.  The post
23  office was downstairs.  Above it was the police
24  barracks.  And there was several other

TSG Reporting - Worldwide  (877) 702-9580

Page 11

EDWARD PARADISO

1  apartments in the building.
2     Q    Was your apartment actually in the   10:07:37AM
3  barracks or was it separate from the barracks?
4     A    It was separate.            10:07:41AM
5     Q    Was it on the same floor as the     10:07:42AM
6  barracks?
7     A    Yeah.  It was like one huge building,  10:07:44AM
8  but it was on the far end of the building.
9     Q    Did anybody else use -- to your     10:07:52AM
10  knowledge, use 315 Bay Walk as their address at
11  Ocean Beach between, let's say, 2002 and 2006?
12     MR. NOVIKOFF:  Objection.        10:08:02AM
13  BY MR. GOODSTADT:                 10:08:06AM
14     Q    You can answer.             10:08:06AM
15     A    Oh, I can answer.  Okay.     10:08:07AM
16          Yeah, I think one of the women that   10:08:10AM
17  worked in the village lived upstairs in one of
18  the apartments.  The barracks was attached, so
19  different police officers lived there.  Sergeant
20  Hesse -- Chief Hesse had a room of his own
21  inside the barracks.  That's -- from that point
22  in time, I think that's it.
23     Q    You said that Chief Hesse -- I believe  10:08:38AM
24  you called him Chief Hesse.  Chief Hesse had a

TSG Reporting - Worldwide  (877) 702-9580

Page 12

EDWARD PARADISO

1  room inside the barracks?
2     A    Uh-huh.              10:08:46AM
3     Q    Is that what you said?       10:08:46AM
4     A    Yeah.              10:08:48AM
5     Q    How long did he have that room for?   10:08:48AM
6     A    He had it for quite a while.  I don't  10:08:50AM
7  remember exactly how long.
8     Q    Do you know what year he started    10:08:54AM
9  having a room there?
10     A    Not really.  Over -- over seven or    10:09:01AM
11  eight years.
12     Q    You said -- I believe you said other  10:09:06AM
13  police officers lived there as well.  Did you
14  say that?
15     A    Yeah.              10:09:12AM
16     Q    What other police officers lived    10:09:13AM
17  there?
18     A    It was open to any police officers   10:09:14AM
19  that wanted to stay there, so...
20     Q    As a residence or just stay there --  10:09:18AM
21     A    Just stay there --         10:09:25AM
22     Q    Let me finish the question.       10:09:25AM
23          Stay there as their residence or just  10:09:25AM
24  to stay there sporadically overnight when they

TSG Reporting - Worldwide  (877) 702-9580

Page 13

EDWARD PARADISO

1  had a tour?
2     A    Just sporadically.          10:09:30AM
3     MR. NOVIKOFF:  Objection.        10:09:31AM
4     A    Sporadically.             10:09:32AM
5     Q    Do you know if any other officers used  10:09:33AM
6  it as their residence?
7     A    Not to my knowledge.         10:09:38AM
8     Q    Would it be appropriate for officers  10:09:39AM
9  to use the barracks as their residence?
10     MR. NOVIKOFF:  Objection.        10:09:43AM
11     A    It -- I wouldn't say it would be    10:09:45AM
12  inappropriate.
13     Q    Why wouldn't you say that?       10:09:49AM
14     MR. NOVIKOFF:  Objection.        10:09:51AM
15     A    Well, if they wanted to claim that as  10:09:52AM
16  their as their residence, they could, depending
17  on what their life circumstance was.
18     Q    What do you mean by that?        10:09:58AM
19     A    You know, if they have no -- if they  10:09:59AM
20  wanted to live on the beach, you know, if you
21  lived in there more than 30 days, you could
22  claim it as your residence.  If they wanted to
23  vote there, they could vote there.
24     Q    And you don't know one way or the    10:10:17AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 14

EDWARD PARADISO

2 other whether any of the officers claimed it as
3 their residence?
4   A  Not offhand, no.    10:10:27AM
5   Q  Did you ever approve any officers  10:10:31AM
6 using the barracks as their residence?
7     MR. NOVIKOFF:  Prove or approve?  10:10:39AM
8     MR. GOODSTADT:  Approve.  10:10:41AM
9     MR. NOVIKOFF:  Objection.  10:10:42AM
10   A  It never was posed in that way.  I  10:10:44AM
11 never had to approve it.
12   Q  Just before we get into any  10:10:51AM
13 substantive questions, I just want to go over
14 some ground rules today so we're all on the same
15 plage.  A couple of them just came up in the
16 last couple of questions.
17     You understand that you're testifying 10:11:00AM
18 under oath today and that you're legally
19 obligated to tell the truth?
20   A  Yes.    10:11:04AM
21   Q  And that failure to do so could result 10:11:05AM
22 in a criminal sanction?
23   A  Yes.    10:11:12AM
24   Q  Do you understand that?  10:11:12AM
25   A  Yes.    10:11:12AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 15

EDWARD PARADISO

2   Q  And other than for in your capacity as 10:11:12AM
3 a police officer in Ocean Beach, have you ever
4 testified under oath at any other proceeding or
5 situation?
6   A  Other than as a police officer, no.  10:11:26AM
7   Q  Did you ever testify --  10:11:30AM
8     MR. NOVIKOFF:  When you say testify,  10:11:32AM
9 you mean verbally testify as opposed to
10 swearing something out on a piece of paper?
11 BY MR. GOODSTADT:    10:11:39AM
12   Q  Well, outside of your role as a police 10:11:40AM
13 officer, have you ever testified in writing or
14 verbally?
15   A  No.    10:11:45AM
16   Q  So you never testified in a civil  10:11:49AM
17 proceeding?
18   A  Not outside -- other than as a police 10:11:54AM
19 officer, no.
20   Q  Okay.  Why don't we just go through  10:11:57AM
21 the civil proceedings that you testified at,
22 whether it was as a police officer or not as a
23 police officer.  So other than for today, why
24 don't you go in reverse chronological order.
25 When was the most recent time when you testified

TSG Reporting - Worldwide  (877) 702-9580

## Page 16

EDWARD PARADISO

2 in a civil matter?
3   A  I was called in to testify in a matter 10:12:25AM
4 between the church that was across the street
5 from the police department versus the owner of
6 the property, Lee Pokoik, L-E-E P-O-K-O-I-K.
7   Q  If you can, just give us a  10:12:51AM
8 one-sentence explanation of what the case was
9 about.
10   A  The church had some kind of an  10:12:59AM
11 agreement with the owner of the property when
12 they took ownership that they had to operate it
13 on a year-round basis, and he was trying to
14 the property back from the church, stating that
15 they didn't maintain it on a year-round basis.
16 And I was called in to testify whether or not
17 they were there on a year-round basis.
18   Q  So you weren't a party to that case,  10:13:23AM
19 right?
20   A  No.    10:13:26AM
21   Q  How about prior to that testimony,  10:13:26AM
22 when was the time before that that you testified
23 in a civil matter?
24   A  I think that was it.  10:13:43AM
25   Q  That was it?    10:13:45AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 17

EDWARD PARADISO

2   A  Oh, there was one -- I don't know if  10:13:46AM
3 that's classified as a civil matter or not, but
4 this is back -- going back like 24 or 25 years.
5 It was a case.  I don't remember the person's
6 name.  He was trying to get a dancing license
7 for his establishment, and I was called to
8 testify on whether or not he served salad on his
9 pool table.
10   Q  And that was at Ocean Beach, an  10:14:16AM
11 establishment on Ocean Beach?
12   A  Yes.    10:14:21AM
13   Q  And other than for those two times,  10:14:21AM
14 did you ever testify in any other civil
15 proceeding?
16   A  I don't believe so.  10:14:27AM
17   Q  Although you've testified at times, I 10:14:32AM
18 just want to continue with the ground rules.
19     It's important that you give verbal  10:14:36AM
20 answers.  Because shakes of the head, nods of
21 the head, hand motions can't be taken down by
22 our court reporter.
23     Do you understand that?  10:14:46AM
24   A  Sure.    10:14:46AM
25     Oh, there was another case.  I never  10:14:47AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 18

EDWARD PARADISO

1  was called to testify.  I had to go to a
2  deposition, I believe.  It was Peterson versus
3  the Village of Ocean Beach.
4  **Q   Just to clarify my question before.   10:15:01AM**
5  A   I'm sorry.                    10:15:04AM
6  **Q   When I said did you ever testify under 10:15:05AM**
7  **oath, I meant in a deposition, at a trial, in**
8  **front of an ALJ, and any other proceeding where**
9  **you were actually sworn under oath.  So that**
10 **should include all those types of proceedings.**
11 A   Okay.  I'm sorry.        10:15:20AM
12 **Q   So let's talk about Peterson versus  10:15:21AM**
13 **Ocean Beach.  When was your testimony in that**
14 **case?**
15 A   Sometime between 2003 and 2005.  I'm  10:15:28AM
16 not exactly certain on that.
17 **Q   And who was the name of the plaintiff? 10:15:36AM**
18 A   Bridgett Peterson.          10:15:38AM
19 **Q   And who were the defendants in that   10:15:42AM**
20 **matter?**
21 A   Myself, Mayor Rogers and the Village  10:15:45AM
22 of Ocean Beach.
23 **Q   What was the nature of the claims in  10:15:51AM**
24 **that case?**

TSG Reporting - Worldwide  (877) 702-9580

## Page 19

EDWARD PARADISO

1  A   She was claiming -- she claimed that  10:15:54AM
2  she was discriminated against because of her
3  gender.
4  **Q   And she claimed that you individually  10:16:06AM**
5  **discriminated against her?**
6  A   Yes.                      10:16:10AM
7  **Q   And you testified at a deposition in  10:16:12AM**
8  **that matter?**
9  A   Yes.                      10:16:15AM
10 **Q   Did you testify in any other        10:16:16AM**
11 **proceeding in that matter?**
12 A   No.                       10:16:19AM
13 **Q   Were you represented by counsel in   10:16:21AM**
14 **connection with that matter?**
15 A   Yes.                      10:16:24AM
16 **Q   Who was your lawyer in that matter?   10:16:24AM**
17 A   I don't recall.           10:16:26AM
18 **Q   Was it Bee Ready and Fishbein?       10:16:28AM**
19 A   No.                       10:16:30AM
20 **Q   Is that matter still pending?        10:16:38AM**
21 A   No.                       10:16:39AM
22 **Q   How did that matter -- how was that   10:16:40AM**
23 **matter resolved?**
24 A   It was settled out of court.      10:16:44AM

TSG Reporting - Worldwide  (877) 702-9580

## Page 20

EDWARD PARADISO

1  **Q   Do you know what it was settled for?  10:16:47AM**
2  MR. NOVIKOFF:  Note my objection to   10:16:49AM
3  the extent that there was a confidential
4  settlement agreement that this witness is
5  aware of.
6  MR. GOODSTADT:  Okay.       10:16:56AM
7  MR. NOVIKOFF:  I can't tell now not to 10:16:57AM
8  answer.  I'm just putting it on the record.
9  BY MR. GOODSTADT:            10:17:01AM
10 **Q   Do you recall what that settled for?  10:17:02AM**
11 **Do you know what that settled for?**
12 A   I think there was a confidentiality  10:17:10AM
13 agreement that I wasn't supposed to discuss it.
14 **Q   Right.  Right.            10:17:14AM**
15 MR. GOODSTADT:  We can mark this     10:17:15AM
16 portion --
17 MR. NOVIKOFF:  Absolutely.      10:17:17AM
18 MR. GOODSTADT:  -- as confidential?  10:17:17AM
19 I know h can't give you advice either, 10:17:20AM
20 but I don't want to have to call you back
21 in.
22 MR. NOVIKOFF:  Why don't we mark it.  10:17:22AM
23 And if you feel you need to make the
24 application to the court, then we do it.  I

TSG Reporting - Worldwide  (877) 702-9580

## Page 21

EDWARD PARADISO

1  don't represent Mr. Paradiso.  Mr. Connolly
2  doesn't represent Mr. Paradiso.
3  Mr. Goodstadt doesn't represent
4  Mr. Paradiso.  And I think, as either
5  Mr. Goodstadt aptly said, neither he nor I
6  nor Mr. Connolly can give this witness any
7  advice, who happens not to be represented
8  today.
9  Is that correct?            10:17:45AM
10 THE WITNESS:  I requested          10:17:47AM
11 representation from the village, but I never
12 heard a reply.
13 MR. NOVIKOFF:  So therefore, I can't  10:17:52AM
14 tell you what to do, Andrew, and I can't
15 tell this witness what to do.  I've stated
16 my objection.
17 BY MR. GOODSTADT:               10:18:00AM
18 **Q   Without disclosing how much it settled 10:18:01AM**
19 **for, do you know how much it settled for?**
20 A   I know the ballpark.         10:18:06AM
21 **Q   So without a confidentiality        10:18:07AM**
22 **agreement, you would be able to tell me the**
23 **ballpark?**
24 A   Yes.                      10:18:12AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 22

EDWARD PARADISO

1    EDWARD PARADISO
2    MR. GOODSTADT:  We'll mark that one   10:18:14AM
3    for a ruling.
4        MR. NOVIKOFF:  Sure.        10:18:15AM
5    BY MR. GOODSTADT:              10:18:20AM
6    Q    Other than for the Peterson matter,   10:18:25AM
7    the church matter and the dancing license
8    matter, did you testify in any other civil
9    proceedings?
10   A    I don't recall any.        10:18:34AM
11   Q    Just to continue with the ground    10:18:38AM
12   rules.  If you don't hear or understand a
13   question that I ask, just ask me to repeat or
14   rephrase.  I'll be happy to do so, okay?
15   A    Yes.                10:18:48AM
16   Q    If you don't hear or understand a    10:18:48AM
17   phrase or a word that I use, again just ask me
18   to repeat or rephrase it.  I'll be happy to do
19   so, okay?
20   A    Fine.  Thank you.        10:18:54AM
21   Q    Because when you answer a question,   10:18:55AM
22   I'm going to assume that you heard it and that
23   you understood it.
24       Is that fair?            10:18:58AM
25   A    Yes.                10:18:59AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 23

EDWARD PARADISO

1    EDWARD PARADISO
2    Q    It's important that you let me finish 10:19:02AM
3    my questions before you interpose your answer,
4    just as though it's important that I allow you
5    to finish your answer before I ask the next
6    question.
7        Do you understand that?        10:19:11AM
8    A    Yes.                10:19:12AM
9    Q    Because we're trying to get a     10:19:12AM
10   transcript here, so we need question, answer,
11   question, answer?
12       Is that fair?            10:19:18AM
13   A    Yes.                10:19:18AM
14   Q    If at any time you feel like you need 10:19:18AM
15   to take a break or a recess, just ask me.  I'll
16   be happy to accommodate that.
17   A    Thank you.            10:19:23AM
18   Q    Are you presently taking any     10:19:28AM
19   medications?
20   A    Yes.                10:19:30AM
21   Q    What medications do you take -- well, 10:19:30AM
22   strike that.
23       Do you believe any of those       10:19:34AM
24   medications would affect your ability to testify
25   fully and truthfully today?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 24

EDWARD PARADISO

1    EDWARD PARADISO
2    A    Yes.                10:19:40AM
3    Q    It would affect your ability?     10:19:40AM
4    A    Yes.                10:19:42AM
5    Q    What medications do you believe would 10:19:42AM
6    affect your ability to testify fully and
7    truthfully today?
8    A    I feel uncomfortable discussing my   10:19:46AM
9    medical history.
10   Q    I'm not asking whether you feel     10:19:51AM
11   uncomfortable discussing your medical history.
12   Let's put aside any discussion about your
13   medical history.
14       My question is:  Is there anything    10:20:00AM
15   about ingesting or taking the medications that
16   you're on that would affect your ability to
17   testify fully or truthfully today?
18       MR. NOVIKOFF:  Objection.  Asked and  10:20:09AM
19   answered.  He just said yes.
20   A    Yes.                10:20:12AM
21   Q    So you don't believe you can testify  10:20:17AM
22   fully and truthfully today because you're taking
23   medication?
24       MR. NOVIKOFF:  Objection.  Asked and  10:20:23AM
25   answered.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 25

EDWARD PARADISO

1    EDWARD PARADISO
2    A    I'm on medication that if I had to   10:20:25AM
3    sign informed consent in a hospital, they would
4    not be able to take it, if you understand what
5    that means.
6    Q    I understand what informed consent in 10:20:34AM
7    a hospital means, but I just want to -- does the
8    medication you're taking affect your memory?
9    A    It -- it could.            10:20:45AM
10   Q    Have you ever known it to affect your 10:20:46AM
11   memory?
12   A    It has.                10:20:49AM
13   Q    Short-term or long-term memory?     10:20:50AM
14   A    More long-term than short-term.    10:20:52AM
15   Q    And when you say long-term, how long  10:20:54AM
16   ago was your memory affected?  What period of
17   time did the event happen that you couldn't
18   recall?
19   A    It's hard to say.  It all depends on  10:21:02AM
20   the event, you know.
21   Q    I guess I don't know.  Have you sought 10:21:12AM
22   any medical treatment for memory loss?
23   A    No.  I am currently taking medicines  10:21:20AM
24   for several different medical conditions that I
25   have, some of which could affect my ability to

TSG Reporting - Worldwide  (877) 702-9580

---

Page 26

EDWARD PARADISO

1  remember.

2  Q   When was the last time that you had a   10:21:40AM

3  difficult time remembering something because of

4  your medicine?

5      MR. NOVIKOFF: If he remembers.      10:21:46AM

6  A   I have difficulty remembering people's   10:22:02AM

7  names.

8  Q   Anything other than for people's names   10:22:05AM

9  that you have difficulty remembering because of

10 your medication?

11 A   It's hard to pinpoint exactly what it   10:22:25AM

12 affects, and it's not easy to put into words how

13 it affects sometimes and not others, you know.

14 Q   Sure. Well, why don't we reach an   10:22:46AM

15 agreement that today if there's something that

16 you don't recall and you think it's because of

17 your medication, you'll let me know that, okay?

18 A   Okay.               10:22:56AM

19     MR. NOVIKOFF: I'm going to object to   10:22:57AM

20 whatever that means.

21     Can we take a two-minute break, and   10:22:59AM

22 can I just ask the witness to excuse us for

23 one second? Is that okay with you?

24     MR. GOODSTADT: Works for me.      10:23:06AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 27

EDWARD PARADISO

1      THE VIDEOGRAPHER: The time is 10:24. 10:23:08AM

2  We're off the record.

3      (Whereupon, a discussion was held off  10:23:12AM

4  the record.)

5      THE VIDEOGRAPHER: The time is 10:29.  10:24:45AM

6  We are back on the record.

7  BY MR. GOODSTADT:              10:28:32AM

8  Q   Mr. Paradiso, when we went off the   10:28:33AM

9  record, counsel had a discussion about the

10 answer that you gave with respect to the

11 medication affecting your ability to recall

12 certain things. And it's important for us -- I

13 think we can all agree that it's important for

14 us to understand what medication you're taking,

15 when you started taking it and how you believe

16 it affects your memory. And I understand you

17 have a concern about disclosing or discussing

18 your medical history; and, you know, like I

19 said, I can't give you any advice. But to the

20 extent you're not going to disclose what

21 medicine you're on, how long you've been on it

22 and how you think it affects you, other than for

23 possibly forgetting names, as you testified to,

24 we're going to call the court to get a ruling.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 28

EDWARD PARADISO

1  And we can mark it confidential, which we have a

2  stipulation amongst the parties that

3  confidential information can only be disclosed

4  to certain people, meaning non-public

5  disclosures, and we can do that as a protection.

6  But again, it's up to you. I can't give you

7  advice. I can't tell you what to do. So I

8  guess I'll just pose the question.

9      Are you comfortable disclosing the   10:29:38AM

10 medicine, based on that, that you're taking?

11 A   No.                10:29:43AM

12     MR. NOVIKOFF: Just for the record, we  10:29:44AM

13 did have a conversation. And if the court

14 will be called, it will not be my doing. I

15 am -- I am of the position that if you

16 believe that you're on medication where you

17 can't truthfully and fully answer questions,

18 that the deposition should end because any

19 answers you may give would -- who would know

20 whether you were answering them fully or

21 truthfully given your medication. But this

22 is Mr. Goodstadt's deposition, and it's his

23 ballgame to play.

24     THE WITNESS: Well, I'm not saying   10:30:13AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 29

EDWARD PARADISO

1  that I wouldn't answer the questions

2  truthfully.

3  BY MR. GOODSTADT:              10:30:17AM

4  Q   It just may affect your ability to   10:30:17AM

5  answer things fully?

6  A   Right.               10:30:21AM

7      MR. NOVIKOFF: Right.           10:30:21AM

8  BY MR. GOODSTADT:              10:30:21AM

9  Q   Do you think it would affect your   10:30:23AM

10 ability to recall everything fully or just

11 certain things?

12 A   It's hard to say what it is. You'd   10:30:27AM

13 have to ask the question, and I can tell you to

14 the best of my ability my answer as truthfully

15 as possible. If I feel I don't remember

16 something, I'll just say I don't remember it.

17 Q   And does it affect -- other than for  10:30:43AM

18 you possibly not being able to recall certain

19 things, does it affect your ability to tell the

20 truth?

21 A   No.                10:30:51AM

22 Q   It doesn't cause you to say something  10:30:51AM

23 that's false; it just affects your ability to

24 fully recall something?

TSG Reporting - Worldwide  (877) 702-9580

Page 30

EDWARD PARADISO

1    A    No.                     10:30:59AM
2    Q    Is that correct?              10:30:59AM
3    A    That's correct.              10:31:00AM
4    Q    Okay.                   10:31:01AM
5        MR. GOODSTADT:  So why don't we get on 10:31:04AM
6    the phone with Judge Boyle and we'll ask.
7    BY MR. GOODSTADT:              10:31:09AM
8    Q    Again, I don't mean to put you in a  10:31:10AM
9    position where you're not comfortable, but
10   before this case goes forward, there's going to
11   be arguments made -- regardless of whose
12   deposition it is and who may have proposed to
13   end this deposition today, there's going to be
14   arguments made forward about you're not a
15   credible witness or you are a credible witness
16   because you testified that you're taking
17   medication that may affect your ability to
18   recall certain things.  That's why it's
19   important for us to understand what it is that
20   affects your ability.
21   A    I understand.              10:31:36AM
22   Q    Okay.                   10:31:37AM
23       THE VIDEOGRAPHER:  The time is 10:33. 10:31:39AM
24   We're going off the record.
25
     TSG Reporting - Worldwide  (877) 702-9580

Page 31

EDWARD PARADISO

1    (Whereupon, a discussion was held off 10:31:43AM
2    the record.)
3        THE VIDEOGRAPHER:  The time is 10:38. 10:36:35AM
4    We are back on the record.
5    BY MR. GOODSTADT:              10:36:39AM
6    Q    Mr. Paradiso, other than for the   10:36:41AM
7    medication that you're taking, is there any
8    other reason that you can think of that would
9    potentially inhibit you from testifying fully or
10   truthfully today?
11   A    No.                     10:36:52AM
12   Q    I believe that in response to one of  10:36:55AM
13   Mr. Novikoff's questions before, you testified
14   that you're not represented by an attorney
15   today; is that correct?
16   A    No.                     10:37:02AM
17   Q    It's not correct?              10:37:03AM
18   A    No, that's correct.  I'm not.      10:37:05AM
19   Q    And you stated that you had attempted 10:37:07AM
20   to get counsel; is that correct?
21   A    Yes.                    10:37:11AM
22   Q    Okay.  Why don't you tell me what your 10:37:11AM
23   attempts were to get counsel?
24   A    I wrote a letter to the Village of   10:37:14AM
25
     TSG Reporting - Worldwide  (877) 702-9580

Page 32

EDWARD PARADISO

1    Ocean Beach requesting that they provide me with
2    counsel.
3    Q    Who did you write that letter to?   10:37:20AM
4    A    I wrote it to the mayor.        10:37:22AM
5    Q    Mayor Loeffler?              10:37:27AM
6    A    Yes.                    10:37:28AM
7    Q    Did you get a response from Mayor    10:37:30AM
8    Loeffler?
9    A    No.                     10:37:33AM
10   Q    Did you get a response from anybody? 10:37:33AM
11   A    No.                     10:37:35AM
12   Q    Did you ever follow up?          10:37:36AM
13   A    Did I follow up?             10:37:37AM
14   Q    Yeah, with Mayor Loeffler or anybody 10:37:38AM
15   else at the beach with respect to your request?
16   A    No.                     10:37:42AM
17   Q    Had they ever provided you counsel in 10:37:46AM
18   the past?
19   A    Yes.  In the Bridgett Peterson matter. 10:37:56AM
20   Q    Any other matters that they've      10:38:00AM
21   provided you with counsel other than for the
22   Bridgett Peterson matter?
23   A    No.                     10:38:06AM
24   Q    Did you ever speak with anybody at   10:38:08AM
25
     TSG Reporting - Worldwide  (877) 702-9580

Page 33

EDWARD PARADISO

1    Ocean Beach other than for your letter about
2    your request for counsel?
3    A    No.                     10:38:13AM
4    Q    So I take it you don't know why they 10:38:18AM
5    rejected your request for counsel?
6    A    I have no idea.              10:38:23AM
7    Q    When did you first learn that the    10:38:26AM
8    plaintiffs in this matter were making
9    allegations against the Village of Ocean Beach
10   police department and/or other individuals?
11       MR. NOVIKOFF:  Objection to the form. 10:38:36AM
12       Again, when you refer to the      10:38:38AM
13   allegations, you're talking about the
14   complaints that have been filed or
15   complaints about --
16   BY MR. GOODSTADT:              10:38:45AM
17   Q    Let's say a formal complaint in a   10:38:46AM
18   legal sense, whether it be the notice of claim,
19   formal complaint, charge of another government
20   agency or anything to that effect.
21       MR. NOVIKOFF:  Note my objection to   10:38:57AM
22   the form, but I understand it a little bit
23   better now.
24   A    I believe it's when I read it in the  10:39:03AM
25
     TSG Reporting - Worldwide  (877) 702-9580

Page 34

EDWARD PARADISO

1  paper.
2  **Q    Do you recall when that was?**    10:39:12AM
3  A    No.    10:39:13AM
4  **Q    Do you recall what year it was?**    10:39:13AM
5  A    2006.    10:39:19AM
6  **Q    What paper did you read it in?**    10:39:20AM
7  A    Newsday.    10:39:22AM
8  **Q    What was your reaction when you read**    10:39:28AM
9  **it in Newsday?**
10  A    I was heartbroken.    10:39:32AM
11  **Q    What do you mean by that?**    10:39:33AM
12  A    That all this was being alleged about    10:39:37AM
13  the department that I ran for such a long time.
14  **Q    At or about the time that you read it,**    10:39:56AM
15  **did you speak with anybody or correspond with**
16  **anybody in Ocean Beach about the allegations?**
17  A    No.    10:40:11AM
18  **Q    Have you ever spoken with George Hesse**    10:40:12AM
19  **about the claims in this case, whether it be the**
20  **fact that they were brought or the actual**
21  **substance of the allegations?**
22  A    Yes.    10:40:22AM
23  **Q    How many times?**    10:40:22AM
24  A    Three.    10:40:30AM

TSG Reporting - Worldwide  (877) 702-9580

Page 35

EDWARD PARADISO

1  MR. NOVIKOFF:  And just so we're    10:40:31AM
2  clear, was your question concerning after he
3  read about them in Newsday?
4  BY MR. GOODSTADT:    10:40:38AM
5  **Q    After you learned of these**    10:40:38AM
6  **allegations, you spoke three times with him?**
7  A    Three.    10:40:39AM
8  **Q    Okay.  When was the first time?**    10:40:40AM
9  A    I think the first time was Memorial    10:40:45AM
10  Day 2006.
11  **Q    Okay.  Where did you have that**    10:40:58AM
12  **discussion?**
13  A    I had gone to the village to watch the    10:41:00AM
14  Memorial Day parade.
15  **Q    And when you went to the village to**    10:41:09AM
16  **watch the Memorial Day parade, at that time, did**
17  **you know that the plaintiffs were making**
18  **allegations or did you learn about it when you**
19  **were out there at the parade?**
20  A    I learned about it when I read the    10:41:20AM
21  paper.
22  **Q    Where was your conversation -- strike**    10:41:23AM
23  **that.**
24  **Was it a verbal conversation with**    10:41:24AM

TSG Reporting - Worldwide  (877) 702-9580

Page 36

EDWARD PARADISO

1  **Hesse?**
2  A    Yes.    10:41:26AM
3  **Q    In person?**    10:41:26AM
4  A    Yes.    10:41:27AM
5  **Q    Where were you guys located when you**    10:41:28AM
6  **had that conversation?**
7  A    Right in front of the police station.    10:41:32AM
8  **Q    So was it outside or inside the police**    10:41:38AM
9  **station?**
10  A    Outside.    10:41:41AM
11  **Q    Did you approach him about it or did**    10:41:44AM
12  **he approach you?**
13  A    I asked him how he was doing.    10:41:51AM
14  **Q    What was his response?**    10:41:57AM
15  A    He said he was doing terribly.    10:42:00AM
16  **Q    Did he explain what he meant by that?**    10:42:07AM
17  A    They had the two cases going on at    10:42:09AM
18  that time.  They had the allegations about the
19  abuse case that was going on and then also the
20  fact that this case was being brought.
21  **Q    What else was discussed between the**    10:42:29AM
22  **two of you during that conversation?**
23  A    Just how he was feeling.  How it was    10:42:36AM
24  really affecting him mentally.  That it was

TSG Reporting - Worldwide  (877) 702-9580

Page 37

EDWARD PARADISO

1  always on his mind.  That it was an incredible
2  amount of pressure to be under.
3  **Q    When you say it was always on his**    10:42:54AM
4  **mind, was he referring to the abuse case or was**
5  **he referring to this case?**
6  MR. NOVIKOFF:  Objection.    10:43:01AM
7  MR. CONNOLLY:  Objection.    10:43:02AM
8  A    I think he was probably talking about    10:43:02AM
9  all the events that were taking place in
10  general.
11  **Q    What else do you recall -- what else**    10:43:10AM
12  **do you recall Mr. Hesse stating in that**
13  **conversation?**
14  A    I really don't recall anything else,    10:43:34AM
15  basically, that was said.  It was kind of just
16  like I said, I can't believe what you're going
17  through, George, you know.  I really feel bad,
18  you know.  I had said that all you gotta do is
19  tell the truth because the truth is easy to
20  remember because it never changes, it's always
21  the truth.  And I'm sure that once everything
22  comes to light, everything will work out.
23  That's basically what I said.
24  **Q    Do you recall what he responded to**    10:44:13AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  that?
3    A   No, I don't recall.          10:44:23AM
4    Q   How long did that conversation last?  10:44:28AM
5    A   Two or three minutes.       10:44:33AM
6    Q   Was anybody else there?      10:44:34AM
7    A   I don't think so.           10:44:37AM
8    Q   During that conversation, did   10:44:43AM
9  Mr. Hesse mention that he believed the police
10 station was bugged?
11   A   Yeah, I think he did say that.   10:44:54AM
12   Q   What did he say about that?    10:44:56AM
13   A   He said he thought that the police  10:44:58AM
14 station was bugged.
15   Q   Is that why you were outside?   10:45:02AM
16   A   No.  He was outside when I walked up  10:45:06AM
17 and saw him.
18   Q   Did he tell you why he believed the  10:45:13AM
19 police station was bugged?
20   A   I believe he said that the District  10:45:30AM
21 Attorney's Office was investigating him with
22 regards to the abuse allegations and that he
23 felt that it wasn't safe to talk in the police
24 station.
25   Q   Did he tell you who he believed was  10:45:42AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  bugging the police station?
3    A   No.                        10:45:46AM
4    Q   Other than for what you've now   10:45:48AM
5  testified to, do you recall anything else that
6  was discussed in that conversation on Memorial
7  Day -- Memorial Day weekend?
8    A   No.                        10:45:58AM
9    Q   When was the next time you spoke with  10:46:01AM
10 Mr. Hesse about the allegations or claims in
11 this matter?
12   A   The next time I spoke to him, it   10:46:12AM
13 wasn't exactly about the allegations in the
14 claims.  It was just the next conversation I had
15 with him.  I had called him up to find out the
16 status of my train pass, and I asked him how he
17 was doing.  And he said, how do you think I'm
18 doing?  He goes, I got District Attorney's
19 Office investigating me.  I have this lawsuit
20 from the other officers going on.  He goes, I'm
21 spending thousands and thousands of dollars on
22 attorneys.  How the hell do you think I'm doing?
23 And I was like, George, I'm really sorry.  He
24 said, how are you doing?  I go, well, I go, my
25 back is really bothering me.  He goes, how about

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  I don't care how you're doing?  And he hung up
3  the phone.
4    Q   He said, how about I don't care how  10:47:07AM
5  you're doing, and he hung up the phone?
6    A   Yeah.                       10:47:07AM
7    Q   Do you know what he meant by that?   10:47:07AM
8    A   He sounded angry at me, and he really  10:47:09AM
9  didn't care how I was doing and hung up the
10 phone.
11   Q   Do you recall when that call was?   10:47:16AM
12   A   I think it was in the winter of   10:47:25AM
13 between 2006, 2007.
14   Q   Let's go back to the first      10:47:36AM
15 conversation you had that you testified to.  Did
16 you discuss the substance of any of the
17 allegations at that time?
18   A   I don't believe so.          10:47:44AM
19   Q   Okay.  And how about during the second  10:47:45AM
20 conversation which was by phone, did you discuss
21 the substance of any of the allegations?
22   A   No.                        10:47:52AM
23   Q   How long was that phone call?    10:47:53AM
24   A   Minute, maybe two.          10:47:55AM
25   Q   Okay.  Have you ever followed up with  10:47:57AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  him about what he meant by how about I don't
3  care how you're feeling?
4    A   I tried calling him right back, and   10:48:06AM
5  the officer that answered the phone said he was
6  unavailable.
7    Q   Do you recall which officer answered  10:48:12AM
8  the phone?
9    A   No.                        10:48:14AM
10   Q   When was the next time you spoke with  10:48:18AM
11 George Hesse about the claims or allegations in
12 this case?
13   A   The next time I spoke to him was   10:48:23AM
14 Fourth of July 2007.
15   Q   Where were you located when --    10:48:37AM
16   A   It might have been Memorial Day 2007.  10:48:38AM
17        This was at the -- I went back for   10:48:42AM
18 Memorial Day again, and I went into the police
19 station.  And I said, you know, George, I go,
20 our last conversation, if I upset you in any
21 way, I'm sorry.  You know, I didn't mean to
22 upset you.  And he's like, hey, don't worry
23 about it.  He goes, I was just having a bad day.
24 I said, okay.  So I asked him how he was doing
25 then.  He goes, not much better.  Then something

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  happened in the police station, somebody had
3  stolen a wreath for the Memorial Day parade.
4  And they had a new system in the police station,
5  new video system where they had some cameras on
6  the ferry dock, and they were able to see who
7  took the wreath off the ferry dock.  So they
8  were in the process of trying to round him up.
9  And, you know, things were busy.  So Mayor
10  Loeffler was there too.  He asked me how I was
11  feeling, I told him, and that was the end of the
12  conversation.  So it was more or less kind of
13  like an apology, you know.  It seemed like he
14  was upset with me.  I didn't know why, but I
15  didn't want it to be bad blood because I've
16  known George for such a long time.
17      Q   Did you discuss the substance of the   10:50:08AM
18  plaintiffs' allegations with George at that
19  time?
20      A   No, I don't believe so.        10:50:11AM
21      Q   And other than for those three        10:50:14AM
22  conversations that you testified to, are there
23  any other conversations that you've had with
24  George Hesse about the claims or allegations?
25      A   Yes, there was another one.      10:50:22AM

EDWARD PARADISO

1
2      Q   And when was that?              10:50:23AM
3      A   I think it was maybe the end of last   10:50:29AM
4  summer, maybe the beginning of fall.  It was
5  outside my house.  I was outside, and he drove
6  up on his motorcycle.
7      Q   Okay.  Why don't you tell me          10:50:55AM
8  everything you recall from that conversation.
9      A   Well, he walked up and he goes -- he   10:50:58AM
10  goes, you got a minute? I'm like, yeah.  He
11  goes, I really shouldn't be talking to you, but
12  I really feel like I need to apologize.  So I
13  said, yeah, come in, you know.  So we walked
14  into my backyard, and we sat on my back porch.
15  And he's like, you know, I really felt abandoned
16  by you because you got hurt and you weren't
17  there when everything started to happen, and I
18  really kind of blamed you because you weren't
19  there and everything was kind of like dropped in
20  my lap.  And I know now it wasn't fair to blame
21  you because it wasn't your fault, you were just
22  hurt and there was nothing you could do about
23  not being there.  So I said I appreciate that.
24  I go, don't worry about it.  You were under a
25  lot of stress, you know.

EDWARD PARADISO

1
2  So then he went into a little bit      10:51:52AM
3  about the District Attorney's investigation of
4  the allegations by the man who was claiming that
5  he had gotten beaten up, and he had said that --
6  you know, that he was going through a lot of
7  money for his defense but that he had to spend
8  it because, you know, he didn't do anything and
9  he -- he didn't want to get found guilty of
10  anything, obviously.  And then he went into a
11  little bit about the five guys that were suing
12  him for wrongful termination.
13      Q   Why don't we focus on that piece.   10:52:40AM
14  What did he say about the five guys suing him
15  for wrongful termination?
16      A   He's like, I don't understand what the 10:52:47AM
17  problem was.  I let these guys go.  I told them
18  I would give them recommendations, and that
19  wasn't good enough.  And then the next thing you
20  know I got a lawsuit.  And I'm like, well, I go,
21  how can they sue you for, you know, wrongful
22  termination? I go, it's not like it's a Civil
23  Service job.  It's a non-competitive
24  appointment.  You're not guaranteed the job
25  every year.  If we want you back, you come back.

EDWARD PARADISO

1
2  If we don't want you back, you don't come back.
3  It's a part-time job.  And he's like, I don't
4  know.  I don't understand it either, but it's
5  really intense.  I'm like, well, you know, I
6  don't know what to tell you.  I go, you know,
7  did you do anything that you felt maybe you
8  could've did differently?  He goes, no, no.  I
9  offered them recommendations and everything
10  else, he goes, but, you know, they wanted their
11  jobs back, and I just -- I didn't want them
12  back.  I go, well, there's not much you can do
13  about that.  I go, I guess you just have to go
14  through the process and see how it turns out.
15  So that was basically the extent of our
16  conversation.  We didn't go into individuals,
17  you know, each -- each guy.  It was kind of like
18  a group conversation.
19      Q   Was anybody else there --       10:54:20AM
20      A   No.                   10:54:22AM
21      Q   -- other than you?          10:54:22AM
22      A   It was just myself and George.   10:54:23AM
23      Q   And what else was discussed during   10:54:25AM
24  that conversation other than for what you
25  testified to?

Page 46

**EDWARD PARADISO**

1
2     A   He asked how my kids were doing.  I   10:54:31AM
3     asked how his kids were doing.  He said that
4     he's been putting on a lot of weight because of
5     all the stress he was under.  He asked how my
6     foot was, because I had had surgery.  How my
7     back was doing.  It was more or less -- it was
8     kind of like a nice -- a nice end to all the
9     other poor conversations that we had had in the
10    past.  You know, I appreciated that he took the
11    time to come and, you know, apologize like that,
12    you know.  I meant a lot to me because I
13    had known him for so long, you know.
14       Q   Did you discuss at that time why he   10:55:26AM
15    let the five plaintiffs go?
16       A   I don't recall.           10:55:41AM
17       Q   At any point in time, did you ever   10:55:45AM
18    discuss why he let the five plaintiffs go?
19       A   He had said that he had caught Eddie   10:56:04AM
20    Carter sleeping, which I was surprised by,
21    because when Eddie worked for me, he always did
22    a good job.  You know, he discovered a fire
23    burning in a dumpster at 4:30 in the morning.
24    If the guy's going to be sleeping on the job,
25    he's not going to find a fire at 4:30 in the

Page 47

**EDWARD PARADISO**

1
2     morning.  He -- early in the morning at one of
3     the bars, one of the bartenders got hit over the
4     head with a bottle.  Eddie was the only one on.
5     He was able to find the guy that did it and lock
6     up the guy who did it.  If you're sleeping on
7     the job, you don't make arrests, you don't find
8     places on fire.  Things just happen and you
9     discover it later.  So it was a surprise to me
10    that Ed would be sleeping on the job.
11       Q   Did he give you any other reasons why   10:57:14AM
12    he let Ed go other than for caught him sleeping?
13       A   No.                   10:57:22AM
14       Q   Did he give any reasons why he let the   10:57:23AM
15    other guys go, the other four plaintiffs in this
16    case?
17           MR. NOVIKOFF:  Note my objection to   10:57:30AM
18        the form of the question.
19       A   He had said something about he let   10:57:34AM
20    Frank go because all Frank did was write
21    summonses, and the village wanted to take a
22    different -- a different way of enforcement.
23       Q   When did he tell you that?       10:57:54AM
24       A   When?               10:57:55AM
25       Q   Yeah.               10:57:56AM

Page 48

**EDWARD PARADISO**

1
2     A   I think he told me in my backyard.   10:57:56AM
3     Q   Okay.                 10:57:59AM
4         MR. NOVIKOFF:  Do you want to ask him   10:58:03AM
5      about when Ed Carter told him that too?
6     BY MR. GOODSTADT:               10:58:07AM
7        Q   When did he tell you that he caught Ed   10:58:08AM
8     Carter sleeping as the reason for letting Ed
9     Carter go?
10       A   Same conversation.        10:58:14AM
11       Q   Did you have a response to the       10:58:15AM
12    reason -- whatever reason he gave for letting
13    Frank go?
14       A   Frank was my go-to guy when I needed   10:58:25AM
15    summonses written.  I gave Frank a job to do.
16    It was enforcement on the beach, and nobody did
17    it better than Frank.  The village wanted to see
18    enforcement at every village homeowner's
19    association meeting.  All they'd do is complain
20    that there's never anybody on the beach,
21    nobody's enforcing the laws on the beach.  When
22    Frank was out on the beach, people came out there
23    complain about that because he was out there
24    enforcing the different laws that the village
25    wanted enforced.

Page 49

**EDWARD PARADISO**

1
2        Q   Did the mayor ever claim to you that   10:59:03AM
3     no one was enforcing the law on the beach?
4           MR. NOVIKOFF:  Which mayor?       10:59:09AM
5           MR. GOODSTADT:  Whoever the mayor was   10:59:11AM
6        at the time, any current sitting mayor.
7           MR. NOVIKOFF:  Objection.        10:59:16AM
8        A   The current mayor wasn't the mayor at   10:59:16AM
9     the time that I was working there.
10       Q   Did any sitting mayor at the time tell   10:59:20AM
11    you?  Like for example, when Natalie Rogers was
12    mayor, did she ever tell you that the beach --
13    no one was enforcing the law on the beach?
14       A   She would get complaints from the       10:59:32AM
15    people that are on the beach, and then she would
16    come to me with the complaints.  The complaints
17    would be vetted at village board meetings, at
18    Ocean Beach association meetings.  People would
19    write letters in the village newspaper that the
20    laws were never being enforced.  So I had Frank
21    make sure that when he saw somebody breaking one
22    of the laws on the beach, that he wrote
23    summonses on the beach.  And he wrote more than
24    anybody.
25       Q   In your mind as the chief of police at   11:00:10AM

EDWARD PARADISO

1
2  the time, was that a positive thing?
3      A   Yes.                    11:00:15AM
4          MR. NOVIKOFF: Objection.      11:00:15AM
5  BY MR. GOODSTADT:                 11:00:16AM
6      Q   Did you discuss Frank Fiorillo's being 11:00:19AM
7  let go with Mr. Hesse other than for what you
8  testified to thus far?
9      A   I don't recall. I don't think so.   11:00:32AM
10     Q   Did you discuss with Mr. Hesse the   11:00:35AM
11 reasons why he let Mr. Snyder go?
12     A   I don't recall why he said -- why he  11:00:46AM
13 let Tom go.
14     Q   Did you discuss with Mr. Hesse the   11:00:50AM
15 reasons why he let Mr. Lamm go?
16     A   I don't remember why he said he let   11:01:01AM
17 Lamm go.
18     Q   You don't recall what he said or you  11:01:04AM
19 don't recall whether you discussed it at all?
20     A   I don't recall if he discussed it at   11:01:09AM
21 all.
22     Q   How about Mr. Nofi, did you discuss   11:01:11AM
23 with Mr. Hesse the reasons why he let Mr. Nofi
24 go?
25     A   Joe was another person that I would   11:01:25AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  put up on the beach and he would write a lot of
3  summonses, but I don't recall specifically if he
4  said why he let Joe go.
5      Q   Okay. Now, again, other than for what 11:01:52AM
6  you testified to thus far, do you recall
7  anything else that you discussed with Mr. Hesse
8  in that meeting in your backyard?
9      A   It wasn't a actually a meeting.      11:02:00AM
10     Q   The discussion you had in your       11:02:03AM
11 backyard.
12     A   No. He was disappointed in the way    11:02:17AM
13 the village had kind of cut him and the other
14 guys that were being investigated for the
15 brutality case off from legal counsel. As soon
16 as the investigation went from the allegations
17 to an actual criminal complaint, he was
18 disappointed that the village just stepped back
19 and hung out the guys to swing on their own.
20 And not having a PBA, that you could just go and
21 get a PBA attorney, it forced all the guys that
22 were there to pay for their own defenses.
23     Q   Did Ocean Beach have a PBA?         11:03:00AM
24     A   No.                    11:03:02AM
25     Q   Just going back to the question      11:03:05AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  before. Do you recall anything else that was
3  discussed between the two of you in that
4  conversation that you your backyard?
5      A   I think I asked him how his family was 11:03:30AM
6  holding up under all of it, how his kids were
7  doing. I knew them from when they were born,
8  you know. And we hadn't had a lot of really
9  good conversations over the last couple of
10 years, so I was just trying to catch up on all
11 the rest of the other stuff, you know, not
12 having to worry about all the legal things. It
13 was more or less just like how are your kids
14 doing in school? How's are things going? How's
15 this. He was asking my son was. My son was
16 preparing to go to Iraq then, and how I felt
17 about that. You know.
18     Q   I just want to focus on, I think you  11:04:05AM
19 called them legal things.
20     A   I'm sorry.                11:04:08AM
21     Q   Did you discuss any other legal      11:04:09AM
22 things?
23     A   I don't recall anything else about    11:04:12AM
24 that.
25     Q   Let me ask you a question. During the 11:04:13AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  conversation that you with Mr. Hesse on Memorial
3  Day of 2006, what was your position at the
4  beach, if any?
5      A   I was the chief of police. I was out  11:04:21AM
6  on disability.
7      Q   How about in conversation, the call   11:04:28AM
8  that you had with him in the winter of '06/'07?
9      A   I was the chief of police, out on     11:04:37AM
10 disability.
11     Q   How about the Memorial Day 2007      11:04:40AM
12 conversation?
13     A   I was chief of police, out on        11:04:43AM
14 disability.
15     Q   And then how about the conversation   11:04:46AM
16 you had with him last summer/fall?
17     A   I think my retirement had just gone    11:04:52AM
18 through.
19     Q   When did you retire?            11:04:55AM
20     A   My retirement became effective -- two 11:04:56AM
21 different dates they said it was effective. It
22 was either August 3rd of 2008 or July 29th of
23 2008. I'm not exactly certain which one turned
24 out to be the official date.
25     Q   So somewhere at the end of July,      11:05:14AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1  EDWARD PARADISO
2  beginning of August 2008?
3      A   Yes.                        11:05:17AM
4      Q   Have you ever read a copy of the    11:05:19AM
5  complaint in this matter?
6      A   No.                         11:05:22AM
7      Q   Have you ever spoken with -- other   11:05:26AM
8  than for Mr. Hesse, have you ever spoken with
9  any employees of Ocean Beach about the claims?
10     MR. NOVIKOFF:  Objection.       11:05:37AM
11     At the time that he was speaking, did  11:05:38AM
12  he speak with present employees?
13     MR. GOODSTADT:  Current or former   11:05:42AM
14  employees.
15     MR. NOVIKOFF:  Okay.  Note my      11:05:44AM
16  objection, but now it's a little bit more
17  clear.
18     A   I spoke with Eddie Carter a couple of  11:05:47AM
19  times.
20     Q   Anyone else?                11:05:54AM
21     A   I spoke with all five of them when my  11:06:02AM
22  mom passed away.  I think I spoke with Tommy
23  Snyder a couple times out in front of my house.
24  Joe Nofi called me and asked me for a letter of
25  recommendation for a police officer job.  Frank

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1  called me for a letter of recommendation but
2  then never got back to me with who it was for or
3  what he needed it, but I had told him that I'd
4  give him one.
5      I saw Kevin Lamm at the airport when  11:06:54AM
6  my flight got delayed in the snow.  As a matter
7  of fact, I spoke to him a couple of times
8  because he -- when he was working at the airport
9  for the town, he was able to get me a courtesy
10  parking pass to park at the airport.  Back then,
11  before things got haywire, they were able to do
12  that for police officers.
13     Q   Other than for the five plaintiffs and  11:07:24AM
14  George Hesse, have you spoken to any other
15  current or former employees about the claims and
16  the allegations that are raised in the
17  complaint?
18     A   Not that I recall.          11:07:45AM
19     Q   How about any officials, whether it be  11:07:47AM
20  a mayor, someone who sits on the Board of
21  Trustees?
22     MR. NOVIKOFF:  Objection.       11:07:53AM
23  BY MR. GOODSTADT:                  11:07:53AM
24     Q   Someone who's not an employee but has  11:07:53AM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1  job duties at Ocean Beach.
2      A   No.                        11:07:58AM
3      Q   You never discussed with -- the    11:07:58AM
4  claims, even the fact that there were claims or
5  the specific allegations with Joe Loeffler?
6      MR. NOVIKOFF:  Objection.       11:08:07AM
7      A   No.                        11:08:08AM
8      Q   Have you ever spoken to Natalie Rogers  11:08:10AM
9  about the claims or the fact that there were
10  claims?
11     A   No.                        11:08:14AM
12     Q   How about Pat Cherry, did you discuss  11:08:15AM
13  with him?
14     A   Pat Cherry?                 11:08:18AM
15     Q   Yes.  Senior.               11:08:19AM
16     A   I don't recall talking to him about   11:08:31AM
17  it, no.
18     Q   How about Ty Bacon?          11:08:33AM
19     A   I can't say that I recall talking to  11:08:47AM
20  Ty Bacon about anything like that, no.
21     Q   How about Richard Bosetti?    11:08:51AM
22     A   I haven't talked to any of the    11:08:58AM
23  employees of the village about the allegations
24  that were made.

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1      Q   When I say talk, I mean not just    11:09:03AM
2  verbally.  I'm talking about communicate by
3  E-mail, on the phone, in person.
4      A   No.                        11:09:11AM
5      Q   Have you ever had any communications  11:09:15AM
6  with anyone at the law firm of Rivkin Radler
7  about these claims?
8      A   Who represents -- who's Rivkin Radler?  11:09:23AM
9      Q   Mr. Novikoff firm, Rivkin Radler, him  11:09:27AM
10  and Michael Welch of his office.
11     MR. NOVIKOFF:  Well, is the question  11:09:30AM
12  has Mr. Paradiso spoken to me or Mr. Welch?
13     MR. GOODSTADT:  Or anyone else at your  11:09:36AM
14  firm.
15     A   I think they called me to come into a  11:09:38AM
16  deposition.
17     THE WITNESS:  Didn't you want to have  11:09:40AM
18  a deposition with me prior to coming here?
19     MR. NOVIKOFF:  I can't --       11:09:45AM
20     A   I think something like that, but there  11:09:45AM
21  was no substance involved.  Just they wanted to
22  know what my availability was.
23     Q   Did you ever speak with anyone -- did  11:09:52AM
24  you ever speak with Mr. Connolly or anyone at

TSG Reporting - Worldwide  (877) 702-9580

Page 58

EDWARD PARADISO

1 his firm, Marks O'Neil, about the plaintiffs?
2     A    I don't think so.          11:09:57AM
3     Q    Did you ever speak to anyone at Bee   11:09:58AM
4 Ready and Fishbein?
5     A    No.                        11:10:03AM
6     Q    Did you ever speak to any current or   11:10:03AM
7 former residents of Ocean Beach about these
8 claims?
9         MR. NOVIKOFF:  The plaintiffs' claims? 11:10:10AM
10        MR. GOODSTADT:  Yes.         11:10:12AM
11    A    Not that I recall, no.      11:10:27AM
12    Q    Did you ever speak with Ken Gray about 11:10:29AM
13 the claims?
14    A    No.                        11:10:40AM
15    Q    Do you know who Ken Gray is?   11:10:41AM
16    A    Yes.  He works for the village   11:10:42AM
17 attorney's office.
18        I didn't have any conversations with   11:10:48AM
19 Ken or any of the representatives of the
20 village, because I had -- I was in the process
21 of my own lawsuit with them.  So they wouldn't
22 talk to me directly.
23    Q    When were you first hired at Ocean   11:11:08AM
24 Beach?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 59

EDWARD PARADISO

1     A    May of 1982.              11:11:14AM
2     Q    What was the position you were hired   11:11:21AM
3 for?
4     A    Police constable.         11:11:23AM
5     Q    Police constable?          11:11:26AM
6     A    Uh-huh.  Yes.              11:11:27AM
7     Q    And who did you report to in that   11:11:31AM
8 position?
9     A    Joe Loeffler, Sr.          11:11:34AM
10    Q    He was the chief of police at the   11:11:35AM
11 time?
12    A    Yes.                       11:11:37AM
13    Q    Was that your first law enforcement   11:11:41AM
14 job?
15    A    Yes.                       11:11:43AM
16    Q    Did you have to graduate the academy   11:11:51AM
17 to get a job as a police constable?
18    A    No.                        11:11:54AM
19    Q    Did you have to take any training to   11:11:54AM
20 be a police constable?
21        MR. NOVIKOFF:  Objection.    11:11:55AM
22    A    Joe Loeffler put us through a mini   11:11:56AM
23 training camp, firearms, deadly force and law.
24 But we worked -- we didn't work as police

TSG Reporting - Worldwide  (877) 702-9580

---

Page 60

EDWARD PARADISO

1 officers.  We were adjunct to the police
2 department.  There were police officers working.
3 We were police constables.  So we issued
4 summonses, but we couldn't make warrant arrests.
5 If we were issuing a summons to somebody and it
6 turned out that they had a warrant, we had to
7 get one of the police officers in to make the
8 arrest.
9     Q    Did you have to take any tests   11:12:34AM
10 administered by Suffolk County Civil Service?
11    A    Not for the police constable job, no. 11:12:39AM
12    Q    How long did you have that job?   11:12:43AM
13    A    I was a police constable until October 11:12:44AM
14 of 1982.
15    Q    And what position did you have   11:12:52AM
16 starting October of '82?
17    A    Then I was sworn in as a police   11:12:55AM
18 officer and entered into the Suffolk County
19 police academy.
20    Q    Were you sworn in as a police officer   11:13:04AM
21 on Ocean Beach?
22    A    Uh-huh.  Yes.              11:13:07AM
23    Q    When did you graduate the academy?   11:13:08AM
24    A    May of 1983.              11:13:11AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 61

EDWARD PARADISO

1     Q    Did you have to take any tests   11:13:15AM
2 administered by Suffolk County Civil Service to
3 become a police officer in Ocean Beach in
4 October of '82 through May of '83?
5     A    No, I did not.            11:13:27AM
6     Q    How about after May of 1983, did you   11:13:28AM
7 have to take any tests administered by Suffolk
8 County Civil Service?
9     A    Yes.                       11:13:34AM
10    Q    When did you take those tests?   11:13:35AM
11    A    I took it in 1985.        11:13:36AM
12    Q    What tests did you take?   11:13:40AM
13    A    It was the police officer.   11:13:41AM
14    Q    Was that a written test?   11:13:45AM
15    A    Yes.                       11:13:47AM
16    Q    Did you have to take any other tests   11:13:47AM
17 to become a police officer at that time?
18    A    There was a physical agility and a   11:13:52AM
19 medical.
20    Q    Any others?                11:13:59AM
21    A    No.                        11:14:00AM
22    Q    You didn't have to take a polygraph?   11:14:01AM
23    A    No.                        11:14:03AM
24    Q    You didn't have to take a   11:14:04AM

TSG Reporting - Worldwide  (877) 702-9580

Page 62

EDWARD PARADISO

1    psychological?
2
3    A   Yes. Medical, physical,    11:14:06AM
4    psychological.
5    Q   And you took all those tests?    **11:14:11AM**
6    A   Yes.    11:14:12AM
7    Q   Passed them all?    **11:14:13AM**
8    A   Uh-huh. Yes.    11:14:14AM
9    Q   How long did you hold the position as   11:14:25AM
10   police officer -- strike that.
11      When did you get the position as    11:14:29AM
12   police officer?
13    A   October of 1982.    11:14:33AM
14    Q   And how long did you serve in that   11:14:34AM
15   role?
16    A   Until December of 1985.    11:14:37AM
17    Q   And what was the -- what, did you get   11:14:42AM
18   another position in December of '85?
19    A   In December of '85, I was promoted to   11:14:46AM
20   acting sergeant.
21    Q   Did anyone hold the position of    11:14:54AM
22   sergeant prior to you taking over as acting
23   sergeant?
24    A   No.    11:15:00AM
25    Q   Who promoted you?    **11:15:00AM**

Page 63

EDWARD PARADISO

1
2    A   Joe Loeffler.    11:15:03AM
3    Q   Senior?    **11:15:04AM**
4    A   Yes.    11:15:05AM
5    Q   Did you have to take any tests    **11:15:08AM**
6   administered by Civil Service to get the
7   position as acting sergeant?
8    A   No.    11:15:14AM
9    Q   Did the board vote on it?    **11:15:15AM**
10    A   No.    11:15:17AM
11    Q   What does it mean to be acting    **11:15:25AM**
12   sergeant of Ocean Beach?
13      MR. NOVIKOFF: Objection.    11:15:29AM
14    A   You were the supervisor. I was the   11:15:33AM
15   second in command.
16    Q   Do you know whether that change in   **11:15:45AM**
17   position was reported to Civil Service?
18    A   I do not know.    11:15:49AM
19    Q   How long did you hold the position of   11:15:57AM
20   acting sergeant?
21    A   I think it was probably about year or   11:16:02AM
22   two.
23    Q   So until '86 or 87?    **11:16:06AM**
24    A   '86, 87, yeah.    11:16:09AM
25    Q   What was your next title?    **11:16:11AM**

Page 64

EDWARD PARADISO

1
2    A   Police sergeant.    11:16:13AM
3    Q   Who promoted you to that title?    **11:16:18AM**
4    A   I took the Suffolk County police   11:16:20AM
5   sergeant's examination, and the village board
6   promoted me.
7    Q   Did you pass that test the first time?  **11:16:30AM**
8    A   Yes.    11:16:32AM
9    Q   Was it required to pass that test to   **11:16:33AM**
10   become a police sergeant on Ocean Beach?
11      MR. NOVIKOFF: Objection.    11:16:37AM
12    A   I believe so, yes.    11:16:42AM
13    Q   What's the basis of your belief?    **11:16:44AM**
14    A   Well, they told me they me I had to   11:16:46AM
15   pass the test.
16    Q   Who told you that?    **11:16:52AM**
17    A   Joe Loeffler.    11:16:53AM
18    Q   Did you have to take any tests   **11:16:54AM**
19   to become sergeant other than for the Suffolk
20   County Civil Service sergeant's test?
21    A   I went through the Suffolk County   11:17:00AM
22   sergeant's supervision school.
23    Q   When did you do that?    **11:17:06AM**
24    A   I think somewhere between '86 and '88,  11:17:15AM
25   somewhere in that time frame. I don't recall.

Page 65

EDWARD PARADISO

1
2    Q   Did you have to go through the Suffolk  11:17:28AM
3   County sergeant's supervisor school to become
4   sergeant?
5    A   No.    11:17:33AM
6    Q   It was something you did voluntarily?  **11:17:35AM**
7    A   Yeah.    11:17:37AM
8    Q   Did you get like a certificate or   **11:17:40AM**
9   something for it?
10    A   I believe so.    11:17:42AM
11    Q   Did you take any other tests to become  **11:17:49AM**
12   sergeant?
13    A   No.    11:17:51AM
14    Q   Who was the mayor at the time?    **11:17:55AM**
15    A   It was either Ed Krepella or Mike   11:18:07AM
16   Youchah. I'm not certain. Krepella,
17   K-R-E-P-E-L-L-A. And Youchah, Y-O-U-C-H-A-H.
18    Q   How long did you hold the position of  11:18:30AM
19   sergeant?
20    A   Until I was promoted to acting chief  11:18:33AM
21   of police.
22    Q   When was that?    **11:18:35AM**
23    A   1992. April of '92.    11:18:38AM
24    Q   Who promoted you to that position?   **11:18:43AM**
25    A   Village board.    11:18:45AM

Page 66

EDWARD PARADISO

1
2  Q  Was Joe Loeffler, Sr. still the chief  11:18:51AM
3  at the time?
4  A  No, he retired.  11:18:54AM
5  Q  He retired.  At or about that time?  11:18:56AM
6  A  Yes.  11:18:58AM
7  Q  So there was no chief or acting chief  11:18:59AM
8  in between Joe Loeffler and you?
9  A  No.  11:19:03AM
10  Q  Why were you promoted to acting chief  11:19:06AM
11  as opposed to chief?
12  A  Because I never took the chief's test.  11:19:10AM
13  Q  Was that something that was required  11:19:19AM
14  to take to be chief of police at Ocean Beach?
15  MR. NOVIKOFF: Objection.  11:19:24AM
16  A  I don't believe so.  Because Joe  11:19:24AM
17  Loeffler never took the chief's test either.  He
18  was a Civil Service sergeant.
19  Q  But he held the title of chief?  11:19:36AM
20  A  He held the title of chief.  11:19:38AM
21  Q  Okay.  And who was the mayor in 1992,  11:19:41AM
22  when you were promoted to acting chief?
23  A  Michael Youchah.  11:19:46AM
24  Q  Did you need to have passed the  11:19:51AM
25  sergeant's test to become the acting chief?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 67

EDWARD PARADISO

1
2  MR. NOVIKOFF: Objection.  11:19:56AM
3  A  Yes.  11:19:56AM
4  Q  Yes?  11:19:57AM
5  A  Yes.  11:19:57AM
6  THE WITNESS: I'm sorry.  11:20:01AM
7  MR. NOVIKOFF: Don't apologize.  Don't  11:20:02AM
8  worry about it.
9  BY MR. GOODSTADT:  11:20:06AM
10  Q  And the board actually voted on  11:20:06AM
11  promoting you to acting chief?
12  A  5/0.  Five votes yes.  11:20:11AM
13  Q  How long did you hold the title of  11:20:17AM
14  acting chief?
15  A  Until I retired.  11:20:20AM
16  Q  So you never held the position of  11:20:27AM
17  chief of police?
18  MR. NOVIKOFF: Note my objection to  11:20:32AM
19  the form of the question.
20  A  I was the chief of police, acting or  11:20:34AM
21  otherwise.  There was no other one I reported to
22  other than the mayor.  So there was no
23  difference in the title or anything one way or
24  the other, if it was acting or not.  So I was
25  the chief of police.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 68

EDWARD PARADISO

1
2  Q  Did the board ever appoint you chief  11:20:50AM
3  of police?
4  A  They appointed me chief of police.  11:21:03AM
5  Q  So they didn't appoint you acting  11:21:04AM
6  chief --
7  A  No.  11:21:07AM
8  Q  -- in April of '92?  11:21:08AM
9  A  I guess it was chief of police.  11:21:09AM
10  Q  Who was on the board that voted 5/0?  11:21:11AM
11  A  Mike Youchah was the mayor.  Barbara  11:21:16AM
12  Bruna.  Give me a second.
13  Did I say Arthur Sillsdorf?  11:22:14AM
14  Q  No.  11:22:18AM
15  A  Arthur Sillsdorf.  I don't recall the  11:22:19AM
16  names of the other two people.  I can see their
17  faces, but I can't recall their names.
18  Q  Okay.  So at any point in time between  11:22:37AM
19  April 1992 and the date in July or August of '08
20  that you retired, did you ever take the Civil
21  Service test for chief?
22  A  No.  11:22:49AM
23  Q  Did you ever sign up to take the test?  11:22:51AM
24  A  No.  11:22:53AM
25  Q  What were your job duties as the chief  11:23:02AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 69

EDWARD PARADISO

1
2  of police?
3  MR. NOVIKOFF: When?  11:23:08AM
4  BY MR. GOODSTADT:  11:23:12AM
5  Q  Any point in time from the time they  11:23:12AM
6  got you and to the time you retired.
7  A  I was in charge of the police  11:23:17AM
8  department.  I created the budget.  I wrote out
9  the schedules.  I was the administrative officer
10  of the entire department.
11  Q  Did you have hiring and firing  11:23:36AM
12  authority?
13  A  Yes.  11:23:38AM
14  Q  Who told you that you had hiring and  11:23:48AM
15  firing authority?
16  MR. NOVIKOFF: Objection to form.  11:23:54AM
17  A  I don't think anyone ever told me if I  11:24:01AM
18  had hiring or firing authority.  I just ran the
19  department.
20  Q  Did you need approval from anybody to  11:24:07AM
21  hire or fire an officer?
22  A  No.  11:24:11AM
23  Q  Did you ever seek approval to hire --  11:24:13AM
24  when you hired or fired an officer when you were
25  the chief of police?

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2     A    Oh, when we hired -- yes.  When -- for    11:24:20AM
3   a full-time position.  When I became chief,
4   there was an opening for supervisor.  So I
5   recommended Robert Golopi, and he was approved
6   by the board for that position.  And then later
7   on when they approved a second officer, I
8   recommended George Hesse for the position, and
9   then the village approved that.
10    Q    Did you seek approval for hiring or    11:24:54AM
11  firing at any point other than for Golopi and
12  Hesse?
13    A    I would -- I would hire people, but    11:25:00AM
14  they would have to be -- they would have to be
15  all be approved by the village board.  They
16  would have a board meeting and approve the
17  hirings for the season, the new hires.  So yes,
18  I guess I had to get approval for everyone I
19  hired.
20    Q    And how did you propose the list of    11:25:21AM
21  people for the season to the board?  Was it in
22  writing, verbally?
23    A    I submitted the list, the names to the    11:25:27AM
24  village manager.  The village manager would have
25  them added to the agenda, and then it would be

EDWARD PARADISO

1   brought up at a meeting.
2     Q    Did you submit anything other than for    11:25:38AM
3   names, sort of like backgrounds or resumes or
4   anything else?
5     A    I don't believe so.              11:25:48AM
6     Q    Did you do anything to confirm that    11:25:54AM
7   the people that were on these lists were
8   certified to work as police officers?
9           MR. NOVIKOFF:  Objection.        11:26:01AM
10  BY MR. GOODSTADT:                        11:26:01AM
11    Q    Prior to submitting that list?      11:26:01AM
12    A    The majority of the time we would do    11:26:03AM
13  interviews of potential candidates, background
14  investigations would be done and then they'd be
15  sent to the police academy.  The list would be
16  submitted to the Suffolk County Police
17  Department.  The Civil Service office would --
18  then they'd enter into the police academy.
19    Q    How about for officers who had already    11:26:29AM
20  passed the police academy?
21    A    Then they would just -- I would just    11:26:36AM
22  hire them and put them -- if they municipal
23  police training council certificates, if they
24  worked at other departments, then I would just

EDWARD PARADISO

1   put them on.
2     Q    Did you do anything to check to make    11:26:50AM
3   sure they were certified to work in Suffolk
4   County as police officers?
5     A    No.  If they were police officers in    11:27:16AM
6   the State of New York, then I'd put them on to
7   work.
8     Q    Is it your understanding that if a    11:27:25AM
9   police officer served anywhere in the State of
10  New York, that they would be certified to work
11  as a police officer in Suffolk County?
12          MR. NOVIKOFF:  Objection to form.    11:27:34AM
13    A    If they -- we would hire guys that --    11:27:55AM
14  some guys that were working for the Suffolk
15  County Police Department.  They would go right
16  on.  Nassau County, they would go right on.  If
17  they worked in the city, I was under the
18  impression that they could work for me.  But it
19  turned out that Suffolk wanted them to go
20  through their investigative process.  So we
21  worked out a procedure with the Suffolk County
22  Civil Service Department to put the guys through
23  their background investigation process to bring
24  them back on.  This was after the fact.  They

EDWARD PARADISO

1   had already -- some of them had already been
2   working for me for a while.  And something got
3   flagged, that there was an impropriety with
4   something like that, so we worked with Civil
5   Service to work it through to get the guys
6   certified with Suffolk Civil Service.
7     Q    We'll go over that later in a little    11:28:50AM
8   bit more detail.
9           MR. NOVIKOFF:  Aw, I was hoping to do    11:28:54AM
10  that now.
11          MR. GOODSTADT:  We'll just go over it    11:29:00AM
12  later in a little bit more detail.
13  BY MR. GOODSTADT:                        11:29:07AM
14    Q    When you said you were the head      11:29:07AM
15  administrative officer or head administrative
16  person for the department, did you make policy
17  for the department?
18    A    Yes.                      11:29:15AM
19    Q    Did you ever hold yourself out outside    11:29:24AM
20  of Ocean Beach as being the chief of police at
21  Ocean Beach?
22    A    I don't understand the question.      11:29:31AM
23    Q    Did you ever tell anybody outside of    11:29:32AM
24  Ocean Beach that you were the chief of the

EDWARD PARADISO

1  police in Ocean Beach?  Like, for example, did
2  **you register with the New York State registry of**
3  **police officers that you were the chief of**
4  **police?**
5      A    Is there a New York State registry of   11:29:53AM
6  police officers?
7      Q    **Any entity in New York State, did you**   11:29:58AM
8  **register yourself as a chief of police?**
9      A    There was a book of local village   11:30:03AM
10  officials that would put down the mayor, police
11  department, who was the chief of police.  I
12  would be listed as chief of police in that book.
13  Whenever I had correspondence with other police
14  agencies, I was the chief of police.  That's how
15  I was sworn in when I got sworn in at the
16  village as chief of police.
17      Q    **During your time as chief of police,**   11:30:35AM
18  **did you ever discipline any of the five**
19  **plaintiffs in this matter?**
20      A    About this matter?   11:30:47AM
21      Q    **No, no.  Did you ever discipline any**   11:30:49AM
22  **of the five plaintiffs about any matter?**
23          MR. NOVIKOFF:  Objection to form.   11:30:56AM
24          MR. GOODSTADT:  So why don't we break   11:31:00AM

EDWARD PARADISO

1  it down.
2  BY MR. GOODSTADT:   11:31:02AM
3      Q    **When you were chief of police or**   11:31:02AM
4  **acting chief of police, did you ever discipline**
5  **Frank Fiorillo?**
6      A    What do you mean by discipline?   11:31:08AM
7      Q    **What's your understanding of the word**   11:31:10AM
8  **"discipline" in relation to your position as**
9  **chief of police?**
10      A    Well, if I had to discipline an   11:31:15AM
11  officer means he did something wrong.  So are
12  you talking about suspension?  Are you talking
13  about --
14      Q    **I'm talking about any kind of**   11:31:24AM
15  **discipline, verbal, written, suspension.**
16          MR. NOVIKOFF:  Even including telling   11:31:28AM
17      an officer that he or she did something
18      wrong?
19  BY MR. GOODSTADT:   11:31:33AM
20      Q    **Well, do you consider that to be**   11:31:33AM
21  **discipline?**
22      A    No, I think that is supervision.  You   11:31:37AM
23  know, our department, it was a seasonal
24  department, and guys came out of the police

EDWARD PARADISO

1  academy, not all of them had a lot of experience
2  as police officers.  So they got it basically on
3  the job with us.  And if something came up that
4  I didn't feel they were doing it the right way,
5  I would tell them this is the way I want to see
6  it done.
7      Q    **Let's just stick with that right now.**   11:31:57AM
8      A    Okay.   11:32:00AM
9      Q    **Did you ever have to do that with any**   11:32:00AM
10  **of the five plaintiffs?**
11      A    I had to tell Frank to -- at one   11:32:03AM
12  point, Frank Fiorillo was given an order by
13  George Hesse to wash the windows of the police
14  car, and Frank -- what I was told was that Frank
15  refused to do it, and that upset George.  And so
16  I had to tell Frank, when the sergeant gives you
17  an order, you're expected -- as long as it's
18  reasonable, I expect you to follow the order.
19  That it shouldn't happen again.  And Frank had
20  no problem with that.  Frank was unhappy with
21  the way the request was given, and I told Frank
22  that in the future, I'll make sure that when
23  he's given requests to do certain jobs, they
24  would be given in an appropriate manner, that it

EDWARD PARADISO

1  wouldn't upset him.
2      Q    **Did you ever have to speak with George**   11:33:00AM
3  **Hesse about that --**
4      A    Yeah.   11:33:03AM
5      Q    **-- about Frank's claim that he --**   11:33:03AM
6      A    I'm sorry.   11:33:07AM
7      Q    **Did you ever speak with George Hesse**   11:33:07AM
8  **about Frank's claim that the order was given in**
9  **an inappropriate manner?**
10      A    Yes.   11:33:15AM
11      Q    **And what was George Hesse's response?**   11:33:16AM
12      A    He didn't understand why Frank was   11:33:20AM
13  upset.  He asked Frank to wash the windows, and
14  Frank took it like it was beneath him to wash
15  the windows of the police car.  And I said,
16  well, that's kind of silly, because everybody
17  maintains the vehicles.  I wash the police car.
18  Why would Frank have a problem with that?  And
19  he said, I don't know, but he did.
20      Q    **Do you know whether Frank was on duty**   11:33:40AM
21  **at the time he was asked to wash the police car?**
22      A    I believe he was.   11:33:44AM
23      Q    **He was on duty?  What's the basis of**   11:33:46AM
24  **that belief, that he was on duty?**

Page 78

EDWARD PARADISO

2   A   Why would he be given orders to do   11:33:51AM
3   things if he wasn't on duty?
4   Q   Is it possible that's why Frank   11:33:55AM
5   was upset?
6        MR. NOVIKOFF: Objection as to what   11:33:59AM
7   this witness thinks is possible or not. But
8   I can't tell him not to answer.
9   A   I don't know.   11:34:10AM
10   Q   Other than for that conversation with   11:34:13AM
11   Mr. Fiorillo, did you ever have to tell any of
12   the five plaintiffs in this case that they were
13   doing something incorrectly?
14   A   We had a civilian complaint about   11:34:28AM
15   Frank by a young man who said that Frank
16   threatened to shoot him in the face, and I spoke
17   to the young man. It didn't seem like a very
18   credible complaint, but I had to speak with
19   Frank about it anyway. And when I spoke to
20   Frank about it, it was -- he had stopped him for
21   riding a bike at night without a light, I think,
22   and the kid caught an attitude with Frank; and
23   Frank had said that if he doesn't calm down,
24   he's going to shoot him with Mace, which is a
25   chemical irritant. And so there was the shoot

TSG Reporting - Worldwide  (877) 702-9580

Page 79

EDWARD PARADISO

2   the face or shoot with the Mace. There was --
3   you know, there was a question as to what words
4   were used, and that was the end of the
5   complaint. I felt satisfied that Frank wasn't
6   threatening people with his gun.
7   Q   Was it a violation of any law or   11:35:44AM
8   ordinance to ride your bike without a light?
9   A   Yeah.   11:35:51AM
10   Q   And if somebody violates an ordinance, 11:35:51AM
11   acts unruly, would it be appropriate to use
12   Mace?
13        MR. NOVIKOFF: Objection to the form. 11:35:59AM
14   A   It wouldn't be appropriate to   11:36:00AM
15   instantly use Mace. You use the level of force
16   needed to effect whatever action you need to
17   take place. So if he asked the person to get
18   off the bike, they don't get off of the bike,
19   you're gonna have to stop them because you're
20   going to have issue a summons. If they're going
21   to roll around on the ground with you, yeah,
22   then at that point it would be viable that you
23   could use Mace to subdue somebody.
24   Q   Did you conclude that Mr. Fiorillo did 11:36:26AM
25   anything wrong in that incident?

TSG Reporting - Worldwide  (877) 702-9580

Page 80

EDWARD PARADISO

2   A   No, I did not.   11:36:30AM
3   Q   Other than for those two instances   11:36:36AM
4   with Mr. Fiorillo, did you ever have to tell any
5   of the other five plaintiffs -- any of the five
6   plaintiffs that they had done anything wrong?
7   A   I had to speak with Officer Nofi a   11:36:46AM
8   couple of times about how he would write out
9   summonses. It was very difficult to read
10   sometimes. He didn't have the greatest
11   penmanship. So I asked him to kind of -- it
12   wasn't so much I couldn't read them. The court
13   clerk couldn't read them, and she had to give
14   them to the judge. So he had to take extra time
15   in writing out his summonses, because at times
16   he could be sloppy when he wrote summonses out.
17   Q   Anything else with respect to the   11:37:20AM
18   other five plaintiffs in this case?
19   A   I think I had to talk with Tommy   11:37:49AM
20   Snyder once or twice about his attendance.
21   Sometimes he would -- something would come up at
22   his other job and he wouldn't be able to come
23   in, and it got to be a little bit of a problem
24   from time to time, especially when you're
25   running in the off season, when you only have

TSG Reporting - Worldwide  (877) 702-9580

Page 81

EDWARD PARADISO

2   one or two guys there that were coming in for a
3   shift. When one guy calls in at the last
4   minute, it really puts you in a spot to fill the
5   spot at the time.
6   Q   Did he always call in?   11:38:17AM
7   A   Oh, he always called in. He never   11:38:18AM
8   just not showed up. But I think I had to ask
9   him, listen, you gotta -- you're going to have
10   to either give me the dates that you know you're
11   definitely going to be available or we're going
12   to have to work something out, you know, with
13   your shifts, because if you call in, you know,
14   we're stuck, so -- but I don't think -- I don't
15   look at that as a disciplinary action. It was
16   just -- it was more or less a courtesy type of a
17   thing for me, because it would put me out to try
18   to find guys for those spots if some guys didn't
19   come in.
20        THE WITNESS: Can I just ask a   11:38:51AM
21   question? I'm a little chilly. Is it cool
22   in here?
23        MR. GOODSTADT: Why don't we change   11:38:55AM
24   the tape, go off the record.
25        THE VIDEOGRAPHER: The time is 11:40. 11:39:00AM

TSG Reporting - Worldwide  (877) 702-9580

Page 82

EDWARD PARADISO

1
2    We're going off the record.
3         (Whereupon, a discussion was held off  11:39:08AM
4    the record.)
5         THE VIDEOGRAPHER:  The time is 11:50.  11:49:13AM
6    We are back on the record.
7    BY MR. GOODSTADT:                         11:49:16AM
8    Q    I just want to go back to the line of  11:49:17AM
9    questioning that we were discussing before.
10        Other than what you testified to, did  11:49:21AM
11   you have any other occasion in which you needed
12   to tell one of the five plaintiffs that they
13   were doing something incorrectly?
14   A    Nothing that stands out in my mind.  11:49:44AM
15   Q    Did you ever have to take any          11:49:46AM
16   disciplinary action against any of the five
17   plaintiffs?
18   A    I don't recall.                        11:49:58AM
19   Q    Did there come a point when George     11:50:09AM
20   Hesse was hired to work in Ocean Beach?
21   A    Yes.                                   11:50:14AM
22   Q    Do you recall when that was?          11:50:14AM
23   A    I think he -- I'm guessing.  '92, '93,  11:50:25AM
24   around there.
25   Q    What position was he hired for         11:50:31AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 83

EDWARD PARADISO

1
2    originally?
3    A    Seasonal police officer.              11:50:34AM
4    Q    Who was the person who hired him?     11:50:40AM
5    A    I was the chief at the time, so we put  11:50:43AM
6    him through the police academy.
7    Q    Prior to Mr. Hesse demonstrating an   11:50:52AM
8    intent to work at the Ocean Beach Police
9    Department, had you known Mr. Hesse?
10   A    No.                                   11:51:05AM
11   Q    Do you recall how you first met him?  11:51:07AM
12   A    He came in for an interview.          11:51:12AM
13   Q    You interviewed him?                  11:51:18AM
14   A    Uh-huh.  Yes.                         11:51:19AM
15   Q    Did anyone else interview him?        11:51:20AM
16   A    I think Bob Golopi was there too.     11:51:23AM
17   Q    Was Golopi the sergeant at the time?  11:51:30AM
18   A    No.  He was just the full-time police  11:51:36AM
19   officer.
20   Q    Other than for you and Golopi at the  11:51:49AM
21   time, were there any other full-time police
22   officers?
23   A    No.                                   11:51:54AM
24   Q    When you say seasonal police officer,  11:52:01AM
25   what do you mean by that?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 84

EDWARD PARADISO

1
2    A    Well, a seasonal police officer was   11:52:04AM
3    allowed to work from May through September.
4    It's a non-competitive appointment.  As opposed
5    to a full-time officer, which would have to come
6    off of the Civil Service list.
7    Q    And does a seasonal police officer --  11:52:25AM
8    is there any relationship between hiring a
9    seasonal police officer and a full-time police
10   officer, meaning that is it like a stepping
11   stone for a full-time position?
12        MR. NOVIKOFF:  Objection.            11:52:37AM
13   A    It's not automatic -- it's not an     11:52:41AM
14   automatic stepping stone, because there were
15   only so many positions with the village police
16   department on a full-time basis.  Traditionally,
17   it was the head of the department and one
18   full-time police officer.  The rest of the
19   department was seasonal and part-time.
20   Q    What's the difference between seasonal  11:53:01AM
21   and part-time?
22   A    Part-time, you worked in the winter.  11:53:05AM
23   Q    Was that a competitive position?      11:53:07AM
24   A    No.                                   11:53:10AM
25   Q    So it didn't have to come off a list?  11:53:10AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 85

EDWARD PARADISO

1
2    A    No.                                   11:53:13AM
3    Q    At the time that Mr. Hesse was hired,  11:53:15AM
4    do you know whether he had passed a Civil
5    Service test?
6         MR. CONNOLLY:  The question refers to  11:53:36AM
7    his hiring as a seasonal officer?
8         MR. GOODSTADT:  Yes.                 11:53:39AM
9    A    I'm not certain whether or not they   11:53:42AM
10   required the seasonals to go through any of the
11   other portions of the police officer examination
12   other than the academy back then.  There was a
13   point in time that they went from -- they just
14   went through the police academy to they had to
15   go through the psych, medical and physical.  I'm
16   not certain whether he had to do that for the
17   seasonal position.
18   Q    How long was he a seasonal police     11:54:19AM
19   officer?
20   A    Until 1994 -- yeah, until 1994.       11:54:36AM
21   Q    And what happened in '94?             11:54:39AM
22   A    In '94 the village approved the second  11:54:40AM
23   full-time position, and George was nominated for
24   that position.
25   Q    Who nominated him?                    11:54:51AM

TSG Reporting - Worldwide  (877) 702-9580

Page 86

EDWARD PARADISO

1    A    I put him up for the job.  He had    11:54:52AM
2    already taken the Civil Service examination.
3    The village board approved his nomination.
4    **Q    And what -- did he have to take any    11:55:07AM**
5    **tests at that time other than for the written**
6    **Civil Service test?**
7    A    He had to take the medical, physical    11:55:15AM
8    and psychological test.
9    **Q    Do you know whether he took those?    11:55:19AM**
10   A    Yes, he did.    11:55:20AM
11   **Q    All three of them?    11:55:21AM**
12   A    Yes.    11:55:21AM
13   **Q    Did he pass them all?    11:55:22AM**
14   A    Yes.    11:55:24AM
15   **Q    The first time?    11:55:25AM**
16   A    He didn't pass the agility the first    11:55:25AM
17   time.
18   **Q    So he failed the agility the first    11:55:28AM**
19   **time?**
20   A    Yes.    11:55:31AM
21   **Q    Was there a one-strike policy that if    11:55:31AM**
22   **you failed the physical agility, that you**
23   **couldn't take it again to be a police officer?**
24   A    No.  They gave you an appeal.  You    11:55:39AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 87

EDWARD PARADISO

1    could appeal and retest.
2    **Q    Do you know whether he did that?    11:55:46AM**
3    A    Yes, he did.    11:55:47AM
4    **Q    Did you help him do that?    11:55:48AM**
5    A    Did I help him?    11:55:49AM
6    **Q    Yes.  With the appeal process?    11:55:51AM**
7    A    Yeah, I gave him a stretching machine.    11:56:01AM
8    His problem was to sit and stretch.  You have to
9    be able to sit down and stretch past your -- so
10   many inches past your feet in a sitting
11   position.  He had very tight quadriceps.  I was
12   in the middle of my black belt promotion in
13   karate, so I had a machine that would help you
14   stretch, you know, to get limber, and I lent him
15   a machine that would help him do that.
16   **Q    Did you write a letter to Angie    11:56:38AM**
17   **Carpenter on his behalf?**
18   A    Yes, I did.    11:56:42AM
19   MR. NOVIKOFF:  To who?    11:56:43AM
20   MR. GOODSTADT:  Angie Carpenter.    11:56:44AM
21   MR. NOVIKOFF:  Okay.    11:56:46AM
22   BY MR. GOODSTADT:    11:56:46AM
23   **Q    Who is Angie Carpenter?    11:56:46AM**
24   A    Angie Carpenter was the Suffolk County    11:56:49AM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 88

EDWARD PARADISO

1    legislator in our area.
2    **Q    What was the content of that letter?    11:56:54AM**
3    A    That George has been working in the    11:56:58AM
4    title of a seasonal police officer, part-time
5    police officer, and that he was working
6    successfully in that role and that he deserved
7    another opportunity to be able to pass that
8    agility test.
9    **Q    Did you ever receive a response?    11:57:21AM**
10   A    I don't recall.    11:57:30AM
11   **Q    And to your understanding, he got    11:57:33AM**
12   **another opportunity to take the agility test?**
13   A    Yes.    11:57:37AM
14   **Q    Do you know who gave him that    11:57:37AM**
15   **opportunity?**
16   A    Civil Service.    11:57:40AM
17   **Q    Did you ever speak with anyone at    11:57:41AM**
18   **Civil Service about George Hesse's failing the**
19   **agility test?**
20   A    I don't recall.  I know that the mayor    11:57:47AM
21   at the time also wrote a letter.
22   **Q    Who was the mayor at the time?    11:57:53AM**
23   A    Paul Pugliese.    11:57:55AM
24   **Q    And he wrote a letter to Ms. Carpenter    11:57:57AM**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 89

EDWARD PARADISO

1    as well?
2    A    I believe either -- he wrote a letter    11:58:00AM
3    to someone.  I don't remember who.  When you're
4    the village mayor, you're also the police
5    commissioner.
6    **Q    The village mayor is the police    11:58:12AM**
7    **commissioner?**
8    A    Yes.    11:58:14AM
9    **Q    Is there somebody who's the police    11:58:19AM**
10   **liaison in Ocean Beach?  Did you ever hear that**
11   **title, police liaison?**
12   A    I've heard the title, but I don't    11:58:29AM
13   think they ever had anybody working in that --
14   in that position.  They had -- the mayor had at
15   one point appointed one of the other trustees as
16   police commissioner.
17   **Q    Who was that?    11:58:46AM**
18   A    That was Mayor Rogers appointed Andrew    11:58:47AM
19   Miller.
20   **Q    Did you ever hear that Joe Loeffler    11:58:59AM**
21   **was the police liaison at any point in time?**
22   A    No.    11:59:06AM
23   **Q    When I say Joe Loeffler, I mean the    11:59:13AM**
24   **current mayor, Joe Loeffler, Jr.**

TSG Reporting - Worldwide  (877) 702-9580

## Page 90

EDWARD PARADISO

1
2    A   Yeah.  He was never appointed police  11:59:19AM
3    liaison.
4    Q   How long did George Hesse have the  11:59:28AM
5    title full-time police officer?
6    A   Had to be sometime after 1998 he was  11:59:59AM
7    made acting sergeant, because Sergeant Golopi
8    left in 1998.  So I'm thinking maybe 2000.
9    Q   So in 2000 you believe he was  12:00:18PM
10   appointed acting sergeant?
11   A   Yes, I think so.  12:00:21PM
12   Q   And what procedure was done to appoint 12:00:23PM
13   him acting sergeant?
14   A   He wrote a letter asking for the  12:00:27PM
15   appointment.  And I made a recommendation to the
16   village board, and the village board approved
17   the recommendation.
18   Q   What's the difference between acting  12:00:42PM
19   sergeant and sergeant?
20       MR. NOVIKOFF: Objection.  12:00:45PM
21   A   The difference would be the Civil  12:00:46PM
22   Service title.
23   Q   Is there any difference in the job  12:00:52PM
24   duties or responsibilities?
25   A   No.  12:00:55PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 91

EDWARD PARADISO

1
2    Q   Is there a certain period of time that 12:00:56PM
3    you can keep the title acting?
4        MR. NOVIKOFF: Objection.  12:01:00PM
5    A   I think it's indefinite.  12:01:01PM
6        MR. NOVIKOFF: You think it's what?  12:01:03PM
7        THE WITNESS: Indefinite.  12:01:04PM
8        MR. NOVIKOFF: Indefinite? Great.  12:01:06PM
9    Thank you.
10   BY MR. GOODSTADT:  12:01:15PM
11   Q   Do you wear the same uniform as acting 12:01:16PM
12   sergeant as you would if you were sergeant?
13   A   Yes.  12:01:20PM
14   Q   Do you have the same shield?  12:01:21PM
15   A   Yes.  12:01:22PM
16   Q   Does your shield say acting or just  12:01:23PM
17   say sergeant?
18   A   Just says sergeant.  12:01:26PM
19   Q   Is it the same pay scale?  12:01:27PM
20   A   Yes.  12:01:30PM
21   Q   So why would somebody take the test to 12:01:31PM
22   become a full-time sergeant?
23       MR. NOVIKOFF: Objection to form.  12:01:35PM
24   A   For Civil Service protection.  12:01:43PM
25   Q   What do you mean by that?  12:01:45PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 92

EDWARD PARADISO

1
2    A   Well, you could be appointed to any  12:01:46PM
3    position in a police department; but if there's
4    some problem and they're going to reduce you in
5    rank, they can only reduce you to your next
6    level of Civil Service position.  So if you were
7    Civil Service sergeant and you were made acting
8    lieutenant, acting captain, deputy chief,
9    assistant chief, acting chief, if they wanted to
10   hire somebody in your place, they could demote
11   you down to your highest Civil Service rank.
12   Q   Do you know if Mr. Hesse held himself  12:02:28PM
13   out as being a sergeant as opposed to acting
14   sergeant?
15       MR. NOVIKOFF: Objection to form.  12:02:34PM
16   A   The two are indistinguishable other  12:02:35PM
17   than through Civil Service.
18   Q   So when you say the two are  12:02:47PM
19   indistinguishable, other than for the testimony
20   that you gave about protections, there's no
21   difference between the two?
22   A   No.  12:02:55PM
23   Q   So in theory, somebody could be  12:02:55PM
24   appointed acting sergeant -- strike that.
25       Do you need to be a full-time police  12:03:03PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 93

EDWARD PARADISO

1
2    officer --
3    A   Yes.  12:03:06PM
4    Q   -- to be appointed acting sergeant?  12:03:06PM
5    A   Yes.  12:03:09PM
6    Q   Do you know whether George Hesse took  12:03:09PM
7    the full-time police officer academy training?
8        MR. NOVIKOFF: Objection.  12:03:14PM
9    A   No, he did not.  12:03:15PM
10   Q   Did he have any formal training to be  12:03:18PM
11   a full-time police officer?
12   A   He went through the Suffolk County  12:03:22PM
13   police academy.
14   Q   On the seasonal part-time academy?  12:03:25PM
15   A   You get the same certification whether 12:03:27PM
16   you go through the full-time school or part-time
17   school.
18   Q   So just so I'm clear, George Hesse has 12:03:32PM
19   the same certification that Frank Fiorillo did?
20   A   Yes.  12:03:38PM
21       MR. NOVIKOFF: Objection to form.  12:03:38PM
22   A   Yes.  12:03:40PM
23   Q   And same with the other four  12:03:41PM
24   plaintiffs?  George had the same certifications
25   as the -- all five plaintiffs?

TSG Reporting - Worldwide  (877) 702-9580

Page 94

EDWARD PARADISO

2    MR. NOVIKOFF:  Same objection.    12:03:48PM
3    A   Yes.                         12:03:49PM
4    Q   You testified about a request that    12:03:57PM
5    Mr. Hesse made in or around 2000 to become -- to
6    be appointed acting sergeant or provisional
7    appointment to sergeant.  Is that the first time
8    he had raised that issue with you?
9    A   No.                          12:04:13PM
10   Q   When was the first time he raised that    12:04:14PM
11   with you?
12   A   I think he had asked a year prior.    12:04:21PM
13   Q   Did he ask you verbally or in writing?    12:04:24PM
14   A   I don't recall.              12:04:28PM
15   Q   Did you actually make the    12:04:32PM
16   recommendation to the board the year prior?
17   A   No, I did not.               12:04:37PM
18   Q   How come?                    12:04:38PM
19   A   I think he needed more time to act in    12:04:48PM
20   a supervisory role.
21   Q   As a full-time officer, could he have    12:05:00PM
22   acted in a supervisory role?
23   A   He did.                      12:05:04PM
24   Q   He did?  Was that appropriate under    12:05:04PM
25   Civil Service law?

TSG Reporting - Worldwide  (877) 702-9580

Page 95

EDWARD PARADISO

2    MR. NOVIKOFF:  Objection.        12:05:07PM
3    A   I don't think Civil Service law    12:05:12PM
4    addresses that.
5    MR. GOODSTADT:  Let's mark that.    12:05:21PM
6    (Whereupon, a letter dated February    12:05:22PM
7    15, 1999 was marked as Plaintiff's Exhibit 2
8    for identification, as of this date.)
9    MR. GOODSTADT:  I've placed in front    12:05:48PM
10   of Mr. Paradiso what's now been marked as
11   Paradiso 2.  It is a one-page exhibit
12   bearing Bates 3856.  (Handing.)
13   MR. NOVIKOFF:  No Bates.  Your eyes    12:06:08PM
14   gave it away, Andrew.
15   MR. GOODSTADT:  I think there is.    12:06:16PM
16   MR. NOVIKOFF:  I'm sure there's a    12:06:16PM
17   Bates on this.
18   MR. GOODSTADT:  There should be a    12:06:22PM
19   Bates, 3856.
20   BY MR. GOODSTADT:                  12:06:24PM
21   Q   Mr. Paradiso, do you recall receiving    12:06:24PM
22   the document that's been marked as Paradiso 2?
23   A   Yes.                         12:06:30PM
24   Q   Do you see on the very bottom of    12:06:32PM
25   Paradiso 2 there's some handwritten for a CC to

TSG Reporting - Worldwide  (877) 702-9580

Page 96

EDWARD PARADISO

2    Chief Paradiso correspondence file?
3    Do you see that?                  12:06:39PM
4    A   Uh-huh.                      12:06:40PM
5    Q   Whose handwriting is that?    12:06:41PM
6    A   I don't know.                12:06:42PM
7    Q   And it says "Re: Provisional    12:06:46PM
8    appointment to sergeant."
9    Do you see that?                  12:06:50PM
10   A   The top here?                12:06:51PM
11   Q   Yes.  Uh-huh.                12:06:53PM
12   A   Yes.                         12:06:55PM
13   Q   What does it mean, provisional    12:06:55PM
14   appointment?
15   MR. NOVIKOFF:  Objection to form.    12:06:58PM
16   A   I didn't write the letter.    12:07:05PM
17   Q   Do you know what he was referring to    12:07:06PM
18   when he said "provisional appointment"?
19   A   He wanted -- I guess this was the    12:07:10PM
20   letter that he was asking to -- he wanted to be
21   appointed sergeant, acting sergeant pending the
22   next sergeant's test.
23   Q   How do you know he wanted to be    12:07:27PM
24   appointed to acting sergeant?  It doesn't say
25   that here, does it?

TSG Reporting - Worldwide  (877) 702-9580

Page 97

EDWARD PARADISO

2    A   Well, acting and provisional are kind    12:07:32PM
3    of like interchangeable.
4    Q   Do you use them interchangeably?    12:07:40PM
5    A   Yeah.                        12:07:42PM
6    Q   And if you look at the substance of    12:07:43PM
7    this memo to you, it says "as per our
8    conversation."
9    Do you see that, first line?      12:07:50PM
10   A   Yes.                         12:07:53PM
11   Q   When did you have that conversation    12:07:53PM
12   he's referring to?
13   A   I don't remember having that    12:07:56PM
14   conversation.
15   Q   Do you recall speaking with him about    12:08:00PM
16   the potential of a provisional appointment to
17   sergeant prior to receiving this memo?
18   A   Well, by reading the letter, we must    12:08:18PM
19   have had a conversation; but to be honest with
20   you, I don't recall it.
21   Q   It says, "The undersigned officer    12:08:26PM
22   would like to make a proposal to the village
23   board regarding a provisional appointment."
24   Do you see that?                  12:08:32PM
25   A   Yes.                         12:08:33PM

TSG Reporting - Worldwide  (877) 702-9580

Page 98

EDWARD PARADISO

1
2    Q    So he was saying that he wanted to    12:08:34PM
3    make the proposal or was he asking you to make
4    the proposal?
5    A    Well, it says here that he would like  12:08:42PM
6    to make the proposal.
7    Q    Do you know whether he actually made a 12:08:46PM
8    proposal to the board about this issue?
9    A    I don't recall. I might have -- I    12:09:02PM
10   remember when I forwarded his request to the
11   board, I had a copy letter, a letter that went
12   on top of his request --
13   Q    That was a subsequent time, correct? 12:09:22PM
14   A    That --                12:09:25PM
15   Q    That was a subsequent time, right?  12:09:25PM
16   A    I'm not sure.             12:09:25PM
17   Q    Okay.                 12:09:26PM
18   A    I would've put a cover letter on top 12:09:29PM
19   of it and forwarded both letters to the board.
20   So I don't know if this was the first time he
21   wanted to do this or if it was the second time.
22   Q    Now, if you look at the third line   12:09:40PM
23   down, it says, "I already assume the role of a
24   supervisor"?
25   A    Uh-huh.                12:09:45PM

TSG Reporting - Worldwide  (877) 702-9580

Page 99

EDWARD PARADISO

1
2    Q    Do you know what he's referring to   12:09:46PM
3    there?
4    A    Yeah, the full-time officer is the   12:09:49PM
5    supervisor, the second in command.
6    Q    And this was after Golopi left?     12:10:03PM
7    A    Yes.                  12:10:05PM
8    Q    Do you know whether Golopi ever passed 12:10:07PM
9    the sergeant's test?
10   A    I don't believe so.          12:10:13PM
11   Q    Did he ever hold the title of       12:10:14PM
12   sergeant?
13   A    I think he held the provisional acting 12:10:17PM
14   sergeant role.
15   Q    Do you know whether he actually took 12:10:21PM
16   the test ever?
17   A    I'm not certain. I don't think so.  12:10:24PM
18        You're talking about Golopi, right?  12:10:26PM
19   Q    Yes. Yes.               12:10:28PM
20   A    I don't believe so.          12:10:30PM
21   Q    If you look at the last sentence, it 12:10:31PM
22   says, "If you have any questions or comments,
23   please feel free to contact me."
24        Do you see that?           12:10:37PM
25   A    Yes.                  12:10:37PM

TSG Reporting - Worldwide  (877) 702-9580

Page 100

EDWARD PARADISO

1
2    Q    Did you ever contact him about this? 12:10:38PM
3    A    I'm sure that I did. But if this was 12:10:54PM
4    his first request, I think I had to tell him he
5    had to wait. If it's his second request, I
6    think I put a cover letter on it and forwarded
7    it to the board. So I'm not exactly certain
8    which one this is.
9    Q    Do you know whether -- by the time you 12:11:12PM
10   received this request, whether George Hesse had
11   taken the sergeant's test at any time?
12   A    Could you repeat that?         12:11:19PM
13   Q    Yeah. At the time you received this  12:11:20PM
14   memo in around February of 1999, do you know
15   whether George Hesse had taken the sergeant's
16   test at any time?
17   A    I don't believe he had taken it at   12:11:30PM
18   this point, no. Because the letter says he's
19   planning to take the next promotional exam.
20   Q    My question was, did he ever take any 12:11:42PM
21   prior to this and failed it, for example?
22   A    Prior to this date? I'm not certain  12:11:46PM
23   if he had or not.
24   Q    And I believe you testified at this  12:11:52PM
25   point in time, you decided not -- assuming this

TSG Reporting - Worldwide  (877) 702-9580

Page 101

EDWARD PARADISO

1
2    is the first request, you decided not to make
3    the proposal to the board; is that correct?
4    A    Yeah. I told him he had to wait.    12:12:01PM
5    Q    What was his response when you told  12:12:03PM
6    him he had to wait?
7    A    Well, he wasn't thrilled, but I think 12:12:06PM
8    he understood.
9    Q    What did he say to lead you to believe 12:12:09PM
10   he wasn't thrilled?
11   A    Well, he wanted to know why I felt -- 12:12:13PM
12   why I felt that he -- that this wasn't something
13   that I could support at this time, and it was
14   only shortly after -- the way I recall it is
15   that he wanted to be able to separate himself
16   from the rest of the department at a scene, to
17   have a person with stripes. They would know who
18   was in charge of the situation if there was a
19   group officers there. If there was somebody
20   that needed to be in command, it was obvious
21   that he would be in command because he had the
22   stripes and the different shield that set him
23   apart from the other officers.
24   Q    Do you recall anything else that was 12:12:54PM
25   discussed between you and him at that time about

TSG Reporting - Worldwide  (877) 702-9580

Page 102

EDWARD PARADISO

1    the reason why you didn't believe he was ready?
2    A   No.                          12:13:18PM
3    Q   I believe you testified there was a   12:13:18PM
4    second request that he had made in writing that
5    you attached a cover letter and forwarded it on;
6    is that correct?
7    A   I believe so, yes.           12:13:26PM
8    Q   Do you recall whether you spoke with   12:13:27PM
9    him about his potential of becoming an acting
10   sergeant between the first request, which is now
11   Paradiso 2, and the second request that you
12   testified to was about a year later?
13   A   We -- I'm sure we had conversations,   12:13:46PM
14   but I don't remember any particular ones.
15   Q   Do you recall anything that you   12:13:50PM
16   discussed between those two times?
17   A   Not off the top of -- not of my   12:13:55PM
18   recollection, no.
19   Q   And you testified that about a year   12:13:59PM
20   later you received a second request.  Do you
21   recall testifying to that?
22   A   If this is the first one --   12:14:06PM
23   Q   That is the first one.   12:14:08PM
24   A   -- then yeah.               12:14:09PM

TSG Reporting - Worldwide  (877) 702-9580

Page 103

EDWARD PARADISO

1    MR. GOODSTADT:  Mark that as 3,   12:14:11PM
2    please.
3    (Whereupon, a letter was marked as   12:14:12PM
4    Plaintiff's Exhibit 3 for identification, as
5    of this date.)
6    MR. GOODSTADT:  I've placed in front   12:14:59PM
7    of Mr. Paradiso what's now marked as
8    Paradiso 3.  It's a two-page exhibit.  I
9    know this is not a Bates numbered version,
10   but I believe the Bates numbers are 357 and
11   358.
12   MR. NOVIKOFF:  And just so the record   12:15:14PM
13   is clear, the first page is a letter from
14   Mr. Paradiso to Andrew Miller with a stamp
15   March 30th, 2001, and the second page of
16   this exhibit is a March 25th, 2001 letter
17   purporting from Mr. Hesse to Mr. Paradiso.
18   MR. GOODSTADT:  Right.           12:15:33PM
19   MR. NOVIKOFF:  Okay.  It's actually a   12:15:33PM
20   memo, it looks like.
21   MR. GOODSTADT:  Right.           12:15:37PM
22   MR. NOVIKOFF:  Yeah.             12:15:38PM
23   BY MR. GOODSTADT:                12:15:38PM
24   Q   Mr. Paradiso, do you recognize the   12:15:39PM

TSG Reporting - Worldwide  (877) 702-9580

Page 104

EDWARD PARADISO

1    pages that have been marked as Paradiso 3?
2    A   I just skimmed through the first one.  12:15:47PM
3    Q   Okay.                       12:15:54PM
4    A   Okay.  Yes.                  12:15:54PM
5    Q   Before we get to Paradiso 3, though,   12:15:55PM
6    did you speak with anybody on the board about
7    his request in 1999 that was marked as
8    Paradiso 2?
9    A   I don't believe so.          12:16:07PM
10   Q   So you didn't even raise to anybody on   12:16:07PM
11   the board or the mayor that George Hesse wanted
12   this promotion?
13   A   No.                         12:16:15PM
14   Q   Okay.  Do you know whether he spoke to   12:16:15PM
15   anyone on the board at the time?
16   A   No.                         12:16:21PM
17   Q   Okay.  So let's focus on Paradiso 3.   12:16:22PM
18   Just turn to the second page of Paradiso 3,
19   which is the March 25th, 2001 memo from George
20   Hesse to Chief Edward T. Paradiso.
21   Do you see that?            12:16:34PM
22   A   Uh-huh.                     12:16:35PM
23   Q   Do you recall when you received this?  12:16:39PM
24   A   I guess sometime in March of 2001.   12:16:52PM

TSG Reporting - Worldwide  (877) 702-9580

Page 105

EDWARD PARADISO

1    Q   Do you recall how you received it?   12:16:54PM
2    A   It was probably left on my desk.   12:16:56PM
3    Q   So this is actually two years after   12:16:59PM
4    the initial request, right?
5    A   Okay.                       12:17:04PM
6    Q   And sitting here today, you don't   12:17:04PM
7    recall discussing this issue with him between
8    the time in 1999 that he submitted Paradiso 2
9    until this time in 2001 that he submitted to you
10   Paradiso 3, or at least the second page of
11   Paradiso 3?
12   A   We probably had conversations, but   12:17:18PM
13   none that I can recall.
14   Q   Do you know whether at this point in   12:17:25PM
15   time George Hesse had taken the sergeant's test?
16   A   I think he had already taken it once,   12:17:30PM
17   but he didn't pass.
18   Q   Did he tell you that he was going to   12:17:35PM
19   take it when he took it between '99 and '01?
20   A   He wouldn't have to tell me.   12:17:41PM
21   Q   Did you know -- did you know that he   12:17:43PM
22   was taking it?
23   MR. NOVIKOFF:  Objection.        12:17:47PM
24   A   I didn't know that he had signed up   12:17:49PM

TSG Reporting - Worldwide  (877) 702-9580

Page 106

EDWARD PARADISO

1  EDWARD PARADISO
2  for it.
3  Q   When did you learn that he failed it?   12:17:51PM
4  A   I think he told me he failed it, I   12:18:01PM
5  guess. I don't remember when I learned it.
6  Q   You don't remember when he told you?   12:18:06PM
7  A   No.   12:18:08PM
8  Q   Did you regularly receive formal   12:18:09PM
9  memoranda like this from George Hesse?
10  A   It would all depend on what it was   12:18:21PM
11  about. The majority of times we spoke, but we
12  did have correspondence in this regard from time
13  to time also.
14  Q   Other than for promotional requests?   12:18:34PM
15  A   Yeah, for vacation time or, you know,   12:18:36PM
16  different things that would have to come up.
17  Q   So other than for vacation,   12:18:43PM
18  promotions, what do you recall receiving formal
19  memos about?
20  A   Vehicle problems.   12:18:51PM
21  Q   How about problems with officers, did   12:18:54PM
22  you ever receive any formal memo about any
23  problems with any officers?
24  MR. NOVIKOFF: Objection to form.   12:19:00PM
25  A   I don't -- I don't recall any.   12:19:09PM

TSG Reporting - Worldwide  (877) 702-9580

Page 107

EDWARD PARADISO

1  EDWARD PARADISO
2  Q   If you look at the second paragraph of 12:19:12PM
3  the second page of Paradiso 3, it says, "The
4  last time we spoke on this, you stated, look at
5  what they did to Bob Golopi."
6  Do you know what he's referring to   12:19:24PM
7  there?
8  A   When Paul Pugliese was mayor, probably 12:19:46PM
9  seven or eight months into his first term of
10  office, he took the role of police commissioner
11  very literally, to the point where he carried
12  around a radio and would call in reports of
13  requests for officers to respond and issue
14  summonses, and he was almost acting as a quasi
15  police officer. He would bring people into the
16  police station and demand that officers would
17  write them summonses. I tried to explain to him
18  how this was a very problematic way to do
19  business, for a sitting mayor to physically drag
20  people into the police station and order
21  officers to write summonses that they didn't
22  witness. Because these are just violations,
23  they're not crimes. And the police officer
24  can't write a violation summons if they don't
25  personally witness, you know, act on information

TSG Reporting - Worldwide  (877) 702-9580

Page 108

EDWARD PARADISO

1  EDWARD PARADISO
2  and belief for the violation.
3  He, the mayor, took quite a big   12:21:11PM
4  offensive at this and proceeded to
5  systematically take away duties that were
6  traditionally the chief of police's and turn
7  them over to the second command, Bob Golopi.
8  Bob, I guess, was ready to become the chief of
9  police. I wasn't ready to abdicate that
10  position, but the mayor tried to make life as
11  difficult as possible for me while I was the
12  chief of police.
13  In the course of about nine months,   12:22:02PM
14  the village board came back to me and asked me
15  to resume the duties that were taken away from
16  me, because they realized that the mayor had
17  personal issues with me and it wasn't because I
18  wasn't doing my job properly, and started to
19  twist everything about Bob and really trued to
20  drive a wedge between Bob and I.
21  I never took things that were done   12:22:33PM
22  personally to me, so I'm not a vindictive
23  person, where I'm going to make your life
24  difficult, even though you really weren't as
25  upright as you should've been with me. It never

TSG Reporting - Worldwide  (877) 702-9580

Page 109

EDWARD PARADISO

1  EDWARD PARADISO
2  seemed to make sense to go out of your way to
3  try to be vindictive with people.
4  So when the situation came up where   12:22:57PM
5  they gave me back all of my command functions,
6  Bob was put in a very uncomfortable position.
7  He looked for a new job out of state and
8  subsequently left the police department.
9  When I was speaking about this, I   12:23:21PM
10  spoke to George about -- to be careful because
11  the village board didn't always act in a
12  forthright manner because they are -- they're
13  civilians, they're not policemen, and the mayor
14  at the time was not a consistent manager. So to
15  be cautious in dealing with him because he would
16  turn things around and the next thing you know
17  he would have an issue. So that was probably
18  what I was alluding to in this letter.
19  Q   I believe you testified as part of   12:24:12PM
20  that answer that you're not vindictive if people
21  don't do right by you or not stand up for you;
22  is that correct?
23  A   I try not to be vindictive, no.   12:24:22PM
24  Q   Okay. Do you believe that George   12:24:25PM
25  Hesse is vindictive, using that definition?

TSG Reporting - Worldwide  (877) 702-9580

Page 110

EDWARD PARADISO

1
2       MR. NOVIKOFF:  Objection.          12:24:30PM
3       MR. CONNOLLY:  Objection.          12:24:31PM
4    A    I wouldn't classify George as        12:24:42PM
5  vindictive, but I don't think he is able to
6  handle things the way that I handled them in
7  similar situations.  You know, everybody's
8  different.  Everybody has their own management
9  style, and what works for me doesn't work for
10  anyone else.  It just works for me the way I do
11  my job.  So it isn't up to me to classify George
12  as anything else but George.
13    Q    But when you say he handled things    12:25:16PM
14  differently, what are you referring to?
15       MR. NOVIKOFF:  Note my objection.    12:25:27PM
16    A    Well, everybody handles things      12:25:29PM
17  differently.  I mean, you guys are asking the
18  same question, one of you is objecting and one
19  of you is asking the question.  It is all
20  depending on where you are at the time, you
21  know.  What -- what's going on in your life at
22  the time.  Are you having a good day?  Are you
23  having a bad day?  Are you happy at your job?
24  Are you happy at home?  You know, there's a lot
25  of different things that could cause you to act

TSG Reporting - Worldwide  (877) 702-9580

Page 111

EDWARD PARADISO

1
2  a certain way.  So I am not George Hesse, George
3  Hesse is not Ed Paradiso.
4    Q    Did you ever know George Hesse to be  12:26:04PM
5  vindictive?
6       MR. NOVIKOFF:  Objection.          12:26:07PM
7       MR. CONNOLLY:  Objection.          12:26:08PM
8    A    I wouldn't say vindictive, but I've -- 12:26:13PM
9  over the years, I think he has been sometimes
10  quick to make a decision without really looking
11  at the whole picture.
12    Q    What do you mean by that?          12:26:39PM
13    A    Well, when he was hired on as the    12:26:40PM
14  third full-timer, he and Sergeant Golopi
15  attempted to start a police union -- because
16  you need at least two guys to have a union.
17  This was at the same time that I was having my
18  problems with Mayor Pugliese.
19       About a year into that, the scheduling 12:27:15PM
20  duties were taken away from me and given to
21  Sergeant Golopi.  When the new schedule came
22  out, there were problems with the schedule.  I
23  mean, I've been doing this for a long time.
24  Paul Pugliese hasn't been writing police
25  schedules.  He's not a police officer.  He's a

TSG Reporting - Worldwide  (877) 702-9580

Page 112

EDWARD PARADISO

1
2  map maker.  And he would have the entire
3  full-time staff of three officers work Monday
4  through Friday around the clock and put seasonal
5  guys or part-time guys on the weekends.  So you
6  would have no supervision on during the week
7  end.  And I brought this up in a memo to the
8  mayor because I couldn't have any face-to-face
9  dealings with the mayor because he wanted
10  everything in writing.
11       It turns out that Bob and George had   12:28:16PM
12  worked out a deal with the mayor that they would
13  be on call on the weekends at his disposal and
14  to not worry about how the schedule was because
15  they would be there if need be.  So it kind of
16  like poised the two of them against me.  Because
17  here I'm trying to run a police department and
18  I'm trying to do what's best for the village,
19  and it seemed to me like they were trying to
20  work out their own little side deal.
21       So although it seems like a workable   12:28:59PM
22  solution, he kind of like bought a bill of goods
23  from the mayor and should've thought about that
24  more because, just looking at the schedule, you
25  would know that this isn't the way to run a

TSG Reporting - Worldwide  (877) 702-9580

Page 113

EDWARD PARADISO

1
2  police department.  In the off season is when
3  all your full-time -- you know, your owners come
4  back that they rent their homes all summer long.
5  They want to see the police that they know.
6  They want to see the chief of police.  They want
7  to see the sergeant.  They want to see the
8  supervising officer.  They want to see -- they
9  don't want to call up and explain to the guy
10  that's answering the phone who they are.  They
11  want to pick up the phone and go, hey, chief,
12  how are you doing?  Listen, I got a problem at
13  my house.  So I thought it was a poor way of
14  scheduling, and I thought that both Bob and
15  George made an error in agreeing to something
16  like that because, number one, it wasn't best
17  for the village.  It wasn't best for how a
18  police department was running, and it worked to
19  try to undermine my authority with the police
20  department.
21    Q    They did it behind your back and      12:30:11PM
22  didn't tell you about it?
23    A    They didn't tell me about it.        12:30:14PM
24    Q    Did you ever know George Hesse to    12:30:15PM
25  retaliate against somebody for doing something?

TSG Reporting - Worldwide  (877) 702-9580

Page 114

EDWARD PARADISO

1      **EDWARD PARADISO**
2      MR. NOVIKOFF: Objection.          12:30:20PM
3      MR. CONNOLLY: Objection.          12:30:21PM
4      A   What do you mean by retaliate?   12:30:34PM
5      **Q   Just take some adverse action against** 12:30:36PM
6      **somebody for something they had done or he**
7      **perceived they had done to him?**
8      MR. NOVIKOFF: Objection.          12:30:43PM
9      MR. CONNOLLY: Objection.          12:30:45PM
10     A   I remember one time George had a   12:31:12PM
11     problem with one of the plumbers, and there was
12     a verbal altercation between the plumber and he.
13     And the plumber came in and complained to me
14     about what he had said to the plumber.  And I
15     think he always kind of held a little bit of a
16     grudge with that plumber.  Not that he went out
17     of his way to screw him or to retaliate, but I
18     think that if the opportunity came, he caught
19     him doing something wrong, there wasn't going to
20     be a lot of discretion used in whether or not he
21     was going to write him a ticket for it.  He
22     would just write him the ticket.
23
24     **Q   Did he actually write him a ticket?** 12:32:05PM
25     A   I think he wrote him a ticket.   12:32:07PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 115

EDWARD PARADISO

1      **EDWARD PARADISO**
2      **Q   And you believe that was in          12:32:09PM**
3      **retaliation for him complaining to you about**
4      **something he had done?**
5      A   No, not at all.               12:32:14PM
6      MR. NOVIKOFF: Objection.          12:32:16PM
7      MR. CONNOLLY: Objection.          12:32:17PM
8      A   No, not at all.  He didn't write him a 12:32:17PM
9      ticket to retaliate.  Police officers have
10     discretion on whether or not they're going to
11     say, sir, you're not allowed to use a blue pen
12     in this office anymore.  Please put the blue pen
13     away.  Or I'm going to write you a ticket, you
14     know what I mean?  So I would think that with
15     this plumber, if the opportunity came that he
16     caught him doing something that he shouldn't do,
17     he'd be less likely to give a warning and more
18     likely to write a summons.
19     **Q   What was the plumber's name?     12:32:52PM**
20     A   It was John Petrowsky.         12:32:54PM
21     But I'll tell you the truth, I don't  12:32:58PM
22     know if he ever wrote him a summons.
23     **Q   Other than for the plumber incident, 12:33:05PM**
24     **do you have any other examples of when or if**
25     **George Hesse -- strike that.**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 116

EDWARD PARADISO

1      **EDWARD PARADISO**
2      MR. GOODSTADT: Could you just go back 12:33:16PM
3      to what the question was that I asked.
4      Okay.                          12:33:20PM
5      BY MR. GOODSTADT:                  12:33:42PM
6      **Q   You gave me the plumber example in   12:33:42PM**
7      **response to the question about whether you had**
8      **known George Hesse to be retaliatory, meaning**
9      **take adverse action against somebody he didn't**
10     **like.  Any other examples?**
11     MR. NOVIKOFF: Objection.          12:33:55PM
12     MR. CONNOLLY: Objection.          12:33:57PM
13     A   First off, I didn't think he was a 12:33:57PM
14     retaliatory person.
15     MR. NOVIKOFF: Exactly.            12:34:01PM
16     A   So, if you could restructure that 12:34:02PM
17     question maybe.
18     **Q   Well, I asked you the question about 12:34:09PM**
19     **whether you'd ever known George Hesse to be**
20     **retaliatory.  You asked me what I meant by**
21     **retaliatory.  I told you take an adverse action**
22     **against somebody for doing something.  Then you**
23     **gave me the example of the plumber.**
24     A   Right.                       12:34:24PM
25     **Q   I went back and checked the record.  12:34:24PM**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 117

EDWARD PARADISO

1      **EDWARD PARADISO**
2      **That was the answer to the question.**
3      MR. NOVIKOFF: Objection to the    12:34:28PM
4      characterization of the questions and
5      answers.
6      MR. GOODSTADT: Can I finish the   12:34:31PM
7      question first before object?
8      MR. NOVIKOFF: I don't think you got 12:34:34PM
9      to a question.
10     MR. GOODSTADT: Well, I was asking it 12:34:35PM
11     when you objected.
12     MR. NOVIKOFF: Okay.               12:34:35PM
13     BY MR. GOODSTADT:                  12:34:36PM
14     **Q   The question is, are there any other 12:34:37PM**
15     **examples in the same line you gave the example**
16     **of the plumber for?**
17     MR. NOVIKOFF: Objection.          12:34:43PM
18     A   Well, I think that as a supervisor, 12:34:49PM
19     you're dealing with all the people that work for
20     you, and from time to time you're going to have
21     personality conflicts with the officers that
22     work for you, okay?  If you don't resolve an
23     underlying problem, over time, especially over
24     years and years, there could be, you know,
25     some -- I guess some acts that might take

TSG Reporting - Worldwide  (877) 702-9580

Page 118

EDWARD PARADISO

1  place -- not acts, really, but just ways of
2  dealing with people, you know, that you might
3  give somebody more leeway with their scheduling
4  or something, where with other officers, you
5  might not give that same leeway or that same
6  benefit of the doubt because over a period of
7  time, you know, maybe you had problems with that
8  individual officer or something. So I would
9  think that in that respect from time to time,
10 there were going to be issues that he would be
11 like, you know, I'm not that happy with this
12 guy, so I'm not going to grant him his time off
13 or on, I'm going to give him a crappy assignment
14 or something like that, but nothing that I could
15 give you a who, a what, a where, a when or a
16 why.
17     Q    Let's go back to the example you gave  12:36:13PM
18 before about the time where you had to speak
19 with Frank Fiorillo about the car washing
20 incident. Do you recall that?
21     A    Yes.                    12:36:22PM
22     Q    And then you went back to George Hesse 12:36:22PM
23 and told him Frank's concerns, correct?
24     A    Right.                   12:36:26PM

TSG Reporting - Worldwide  (877) 702-9580

Page 119

EDWARD PARADISO

1     Q    Do you know whether George Hesse did  12:36:27PM
2  anything to Frank in response to your telling
3  him that Frank had complained to you?
4     A    I think he wanted to put a letter in  12:36:35PM
5  Frank's jacket about the incident.
6     Q    Did he do that?            12:36:41PM
7     A    No.                     12:36:42PM
8     Q    Do you know whether he did anything   12:36:44PM
9  else in response to you telling George Hesse
10 that Frank had raised a complaint about the way
11 he had told him to wash the car?
12     A    I don't exactly recall, but I know   12:37:03PM
13 that he wasn't -- he wasn't satisfied with the
14 way I handled the situation.
15     Q    Who wasn't?             12:37:10PM
16     A    George.                 12:37:10PM
17     Q    Did you ever hear that George put    12:37:11PM
18 Frank under a light post for three tours in a
19 row in response to you telling him that Frank
20 had raised a complaint about him?
21         MR. NOVIKOFF: Note my objection to   12:37:22PM
22 the form.
23     A    Put him under a light post?     12:37:25PM
24     Q    Made him stand under a light post for 12:37:26PM

TSG Reporting - Worldwide  (877) 702-9580

Page 120

EDWARD PARADISO

1  three straight tours.
2     A    Which light post?          12:37:31PM
3     Q    Any light post.           12:37:33PM
4     A    Are you waiting for him?       12:37:57PM
5     Q    No, I had a question.        12:37:59PM
6     A    I thought you had more coming.    12:38:02PM
7         I don't recall it.          12:38:04PM
8     Q    Let's go back to Paradiso 3, the first 12:38:11PM
9  page. You forwarded this on, this memo on to
10 Mr. Miller; is that correct?
11     A    Yes.                    12:38:19PM
12     Q    And he was the commissioner who was  12:38:19PM
13 appointed by --
14     A    Mayor Rogers.             12:38:24PM
15     Q    By Mayor Rogers, correct?      12:38:25PM
16     A    Yeah.                   12:38:27PM
17     Q    So when you forwarded this on to    12:38:27PM
18 Mr. Miller, did you speak with him at all about
19 the request?
20     A    Yeah, I probably -- I must have had a 12:38:41PM
21 conversation with him about it. I told him that
22 I was sending the letter up, George's request,
23 and that I thought it should be approved.
24     Q    Did you speak with him at all about  12:38:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 121

EDWARD PARADISO

1  the fact that George hadn't passed his
2  sergeant's test?
3     A    No.                     12:38:57PM
4     Q    Did you speak with any other people   12:38:58PM
5  who were CC'ed there, meaning the mayor and the
6  three village trustees and the village
7  administrator?
8     A    No.                     12:39:06PM
9     Q    Why did you CC the mayor, three     12:39:08PM
10 trustees and the administrator?
11     A    Because they were the ones that were  12:39:13PM
12 going to have to make the determination on
13 whether or not they were going to grant his --
14 his new status change.
15     Q    And Mayor Miller was a trustee at the 12:39:28PM
16 time?
17     A    Yes.                    12:39:31PM
18     Q    Did George receive the formal      12:39:35PM
19 appointment?
20     A    They granted him the provisional    12:39:38PM
21 appointment.
22     Q    Were you at the board meeting when   12:39:42PM
23 that happened?
24     A    I think so.              12:39:45PM

TSG Reporting - Worldwide  (877) 702-9580

Page 122

EDWARD PARADISO

2  Q   Did you actually make a presentation  12:39:46PM
3  to the board?
4  A   I don't recall.                        12:39:51PM
5  Q   You don't recall one way or the other? 12:39:52PM
6  A   No.                                    12:39:55PM
7  Q   Do you know whether George made a      12:39:56PM
8  presentation to the board?
9  A   I don't know.                          12:39:59PM
10 Q   Just going back to the question of     12:40:00PM
11 which light post.  I believe it was on the
12 corner of Bay Walk and Denhoff?
13 A   Bay Walk and Denhoff -- when -- I      12:40:07PM
14 don't recall him being posted there, but that's
15 a busy spot.  It would not be uncommon to have
16 somebody standing there.
17 Q   For three straight tours without       12:40:23PM
18 leaving?
19 A   Well, there's a lot going on there.  I 12:40:26PM
20 don't know what tours they were.  I don't know
21 when it was.  Was it in the middle of the
22 winter?  Was it middle of the summer?  I'm not
23 certain.
24 Q   Well, do you recall when the complaint 12:40:36PM
25 came in from Fiorillo that Hesse had ordered to

TSG Reporting - Worldwide  (877) 702-9580

---

Page 123

EDWARD PARADISO

2  do this in an inappropriate manner?
3  A   Not entirely, no.                      12:40:43PM
4  Q   You don't recall if it was during the 12:40:45PM
5  season or during the winter?
6  A   I just remember the incident.  I don't 12:40:49PM
7  remember when it was.
8  Q   Do you know whether this appointment   12:40:54PM
9  was -- Hesse's appointment to provisional
10 sergeant, whether that was reported to Civil
11 Service?
12 A   I don't believe so.                    12:41:03PM
13 Q   You don't believe it was reported to   12:41:04PM
14 Civil Service?
15 A   No.                                    12:41:06PM
16 Q   Was that something that should be      12:41:06PM
17 reported to Civil Service?
18 A   Not a provisional appointment.         12:41:09PM
19 Q   Do you know whether he ever received a 12:41:15PM
20 full appointment?
21 A   No, he did not.                        12:41:18PM
22 Q   How come?                              12:41:19PM
23 A   He never passed the sergeant's test.   12:41:21PM
24 Q   Do you know whether he took the        12:41:23PM
25 sergeant's test at any other time?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 124

EDWARD PARADISO

2  A   I don't know.                          12:41:26PM
3  Q   So when he received -- just to go      12:41:30PM
4  back.  Before, I think you said when he received
5  the provisional appointment, he had a change in
6  his uniform?
7  A   New badge and stripes.                 12:41:40PM
8  Q   And again, the badge and stripes don't 12:41:41PM
9  indicate that it's provisional as opposed to
10 being a sergeant?
11 A   No.                                    12:41:48PM
12 Q   Was there a change in the village --   12:41:48PM
13 strike that.
14     Was there a change in the police       12:41:50PM
15 department letterhead indicating that he was the
16 sergeant?
17 A   He wasn't added to the letterhead.     12:41:53PM
18 Q   As sergeant, did he have authority to  12:42:04PM
19 hire and fire?
20 A   No.                                    12:42:11PM
21 Q   Would he be able to -- strike that.    12:42:17PM
22     Would he need your approval do so?     12:42:20PM
23 A   Yes.                                   12:42:22PM
24 Q   And the provisional appointment, is    12:42:27PM
25 that a competitive appointment?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 125

EDWARD PARADISO

2  A   No.                                    12:42:32PM
3  Q   So there's no canvass letter?          12:42:33PM
4  A   No.                                    12:42:35PM
5  Q   No list?                               12:42:36PM
6  A   It's not a competitive appointment.    12:42:37PM
7  Q   Do you know whether he ever signed up  12:42:42PM
8  to take the sergeant's test and actually not
9  take it, was a no show?
10 A   I don't know.                          12:42:49PM
11 Q   Do you know how many times the test    12:42:55PM
12 has been administered since 2001?
13 A   No, I do not.                          12:43:00PM
14 Q   Did you ever have to discipline George 12:43:10PM
15 Hesse?
16     MR. NOVIKOFF:  Objection.             12:43:15PM
17 A   I don't recall ever having to do so.   12:43:35PM
18 Q   Did there come a point in time where   12:43:37PM
19 -- well, strike that.
20     When you were the chief and he was a   12:43:40PM
21 sergeant, did you have specific tours that each
22 of you worked, like set tours?
23     MR. NOVIKOFF:  Objection.             12:43:48PM
24 A   Yes.                                   12:43:48PM
25 Q   What were the tours that you worked?   12:43:49PM

TSG Reporting - Worldwide  (877) 702-9580

Page 126

EDWARD PARADISO

1  A    I worked Tuesday through Sunday day   12:43:51PM
2
3  tours.
4  Q    And what did he work?              12:43:59PM
5  A    He worked Friday through Monday. He   12:44:00PM
6  worked nights. But his would alternate. He'd
7  either work 9 at night to 5 in the morning or 4
8  to 12, depending on the day of the week.
9  Q    Did there ever come a point in time   12:44:22PM
10 when you guys switched tours for a while?
11 A    Some days we'd switch tours.        12:44:27PM
12 Q    Was there a point in time where you   12:44:29PM
13 were working the night tours and he worked the
14 day tours for a while?
15 A    Yes.                               12:44:35PM
16 Q    When was that?                     12:44:35PM
17 A    That was summer of 2002.           12:44:36PM
18 Q    Okay. Why did you switch tours with   12:44:44PM
19 him during that period?
20 A    I was ordered to by the village.    12:44:47PM
21 Q    Do you know why?                   12:44:52PM
22 A    They said that things were out of    12:44:54PM
23 control at night and they wanted me more
24 visible. They ordered -- I said that -- they
25 also ordered me to have George wear a white

TSG Reporting - Worldwide  (877) 702-9580

---

Page 127

EDWARD PARADISO

1  shirt during the day so they could identify him
2  as being the supervisor on during the day.
3
4  Q    Any other reasons?                 12:45:16PM
5  A    I think also, too, because of the year   12:45:21PM
6  prior I had gone through a divorce with my wife,
7  ex-wife, and I think it was -- they felt a
8  little put off that this scandal took place in
9  their little town, as chief of police, divorcing
10 his wife. My ex was very vocal and started
11 spending a lot of time out at night in the bars
12 and would complain about me to anybody that
13 would listen. So it was a wonderful time in my
14 life, actually.
15    MR. NOVIKOFF: Can you just read that   12:46:08PM
16 answer back.
17    (Whereupon, the requested portion was   12:46:10PM
18 read back by the court reporter: I think
19 also, too, because of the year prior I had
20 gone through a divorce with my wife,
21 ex-wife, and I think it was -- they felt a
22 little put off that this scandal took place
23 in their little town, as chief of police,
24 divorcing his wife. My ex was very vocal
25 and started spending a lot of time out at

TSG Reporting - Worldwide  (877) 702-9580

---

Page 128

EDWARD PARADISO

1  night in the bars and would complain about
2  me to anybody that would listen. So it was
3  a wonderful time in my life, actually.)
4  BY MR. GOODSTADT:                       12:46:40PM
5  Q    Why would the board order you to be on   12:46:41PM
6  nights because of that?
7     MR. NOVIKOFF: Objection.             12:46:44PM
8  A    Because they did not feel I was as    12:46:47PM
9  visible as they thought I should be and they
10 wanted to see me more. And so -- and they said
11 the bar scene had gotten out of control at night
12 and that they wanted me to rein the town in
13 before the new trustee came in to being sworn in
14 in the village.
15 Q    Did you view that as a form of       12:47:11PM
16 discipline for yourself?
17 A    I wasn't happy about it. I was a     12:47:15PM
18 little upset that they would feel the need to
19 have me on at nighttime. I was a little upset
20 that they felt that the village was out of
21 control. And when I informed George about it, I
22 said to him, I go, they want me on at nights
23 because you're not doing your job at night, so I
24 have to go on at night. Thanks a lot.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 129

EDWARD PARADISO

1  Q    Is that what your belief was when they   12:47:53PM
2  said things were out of control at night, that
3  George wasn't doing his job?
4  A    At that time, yeah. That was my      12:48:02PM
5  belief, yeah. That's what they said to me.
6  Q    Did you view it as a form of         12:48:06PM
7  discipline to George?
8  A    Working days?                       12:48:09PM
9  Q    No. I mean --                       12:48:11PM
10 A    Please. I would've loved to have been   12:48:13PM
11 disciplined that way.
12 Q    I understand that. But I guess what   12:48:16PM
13 I'm asking you is -- well, strike that.
14    Do you think had George been doing his   12:48:22PM
15 job and not letting the place get out of
16 control, that that switch would've happened?
17    MR. NOVIKOFF: Objection --           12:48:29PM
18    MR. CONNOLLY: Objection.             12:48:30PM
19    MR. NOVIKOFF: -- to the form of the   12:48:30PM
20 question.
21 A    I don't think the place was that out   12:48:33PM
22 of control, okay? I think the village needed --
23 wanted to do something because they had a new
24 trustee in power who wanted to be mayor. And he

TSG Reporting - Worldwide  (877) 702-9580

Page 130

EDWARD PARADISO

2  also wanted to be the police commissioner, and
3  he wanted to close down the village at 2:00 in
4  the morning.  And he wanted to do this and he
5  wanted to do that.  So they wanted everything
6  back nice and quiet before he took office.
7  Because once he got in, they didn't want him
8  taking the credit for all the big changes that
9  were taking place.
10     MR. NOVIKOFF:  Who was the trustee?  12:49:10PM
11  BY MR. GOODSTADT:              12:49:11PM
12     Q   Who was the trustee?      12:49:11PM
13     A   That was Steven Einig, E-N-I-G.  12:49:13PM
14     Q   I think it's E-I-N-I-G.  I believe.  12:49:22PM
15        Who told you -- who actually delivered 12:49:39PM
16  this news to you from the board?
17     MR. NOVIKOFF:  Objection.      12:49:42PM
18     A   Mayor Rogers, James Mallet and Scott  12:49:47PM
19  Hirsch.
20     Q   And they explained to you the reason  12:50:02PM
21  was because things were out of control at night
22  and that George had to wear a white shirt.  Did
23  they explain to you anything about your wife?
24     A   No.  They left that out.  They said I  12:50:14PM
25  wasn't very visible last year, meaning the

TSG Reporting - Worldwide  (877) 702-9580

---

Page 131

EDWARD PARADISO

2  summer of 2001, and that people needed to see
3  their chief of police out and about.  And I
4  said, well, you know, they're not going to see
5  anybody during the day.  And he goes, well, then
6  have George wear a white shirt to identify him
7  during the day.
8     Q   Did James Mallet own a bar in Ocean  12:50:42PM
9  Beach?
10     A   Yes.              12:50:47PM
11     Q   What bar, do you know?      12:50:47PM
12     A   Albatross.          12:50:50PM
13     Q   And did Mr. Hirsch own a bar?    12:50:51PM
14     A   Yes.              12:50:54PM
15     Q   In Ocean Beach?        12:50:54PM
16     A   Yes, he did.        12:50:55PM
17     Q   What did he own?        12:50:56PM
18     A   He owned the Island Mermaid.    12:50:57PM
19     Q   And they were concerned that Einig was 12:51:03PM
20  going to come in with all these new rules?
21     A   Yes.              12:51:08PM
22     Q   And it would've hurt their businesses? 12:51:09PM
23     A   Not so much that it would hurt their  12:51:12PM
24  businesses, but that he would take credit for
25  reining in the town and that he would be next in

TSG Reporting - Worldwide  (877) 702-9580

---

Page 132

EDWARD PARADISO

2  line to become mayor.
3     Q   Did Mayor Rogers -- Mayor Rogers was  12:51:22PM
4  the mayor at the time?
5     A   Yes.              12:51:28PM
6     Q   Did she ever tell you that the switch  12:51:28PM
7  was a form of discipline on you because you were
8  double dipping in another job?
9     A   I was never double dipping in another  12:51:37PM
10  job.
11     Q   Do you know whether Mayor Rogers ever  12:51:40PM
12  investigated you for double dipping in another
13  job?
14     A   Yes.              12:51:44PM
15     Q   Okay.  When did you learn about that?  12:51:45PM
16     A   I had to sit down with the village  12:51:49PM
17  attorney, go through all my time sheets, and
18  cleared myself.
19     Q   What was your other job that you had?  12:52:04PM
20     A   I worked school security at East Islip 12:52:06PM
21  High School.
22     Q   Do you know how the issue arose which  12:52:15PM
23  led the -- strike that.
24        Do you know how the village learned  12:52:20PM
25  about this alleged double dipping that led to

TSG Reporting - Worldwide  (877) 702-9580

---

Page 133

EDWARD PARADISO

2  their investigation?
3     A   Dale Wykoff put in a Freedom of    12:52:28PM
4  Information Act to get my hours at the school
5  that I was working at.
6     Q   And who is Dale Wykoff?      12:52:34PM
7     A   Dale Wykoff is the post mistress.  12:52:36PM
8     Q   Do you know why she did that?    12:52:41PM
9     A   I have no idea.        12:52:44PM
10     Q   Did you ever speak with her about it?  12:52:45PM
11     A   Yeah.              12:52:49PM
12     Q   And what did -- what did you discuss  12:52:51PM
13  with her about the double-dipping issue?
14     A   She was very matter of fact about it.  12:52:56PM
15  She said that people were talking about it, but
16  nobody wanted to do anything because they didn't
17  want to incur my wrath, and that she knew that I
18  wasn't like that, so she would be the one to
19  file the freedom of information to get the
20  information.
21     Q   Were you friendly with Ms. Wykoff?  12:53:13PM
22     A   Yeah.  I've known her forever.  My  12:53:15PM
23  kids went to school with her.  And I was the
24  officer that responded when her son committed
25  suicide.

TSG Reporting - Worldwide  (877) 702-9580

Page 134

EDWARD PARADISO

1   EDWARD PARADISO
2   Q   Her son committed suicide in Ocean   12:53:26PM
3   Beach?
4   A   Yes.                              12:53:28PM
5   Q   When was that?                    12:53:29PM
6   A   It was Halloween 2000 something.   12:53:29PM
7   Q   Prior to '04?                     12:53:46PM
8   A   Yeah. Yeah, it was prior.          12:53:50PM
9        MR. NOVIKOFF:  Was the question prior   12:53:52PM
10  to '04?
11       MR. GOODSTADT:  Was the Halloween   12:53:54PM
12  something prior to -- prior to Halloween
13  2004.
14  A   Yeah, it was prior. Yeah.          12:53:59PM
15  Q   And then you said that the board   12:54:05PM
16  ordered you to have George Hesse wear a white
17  shirt; is that correct?
18  A   Right.                            12:54:13PM
19  Q   Is it appropriate for the second in   12:54:14PM
20  command to wear a white shirt?
21       MR. NOVIKOFF:  Objection.         12:54:17PM
22  A   It's usually set up for lieutenant and   12:54:18PM
23  above.
24  Q   And Mr. Hesse wasn't lieutenant, was   12:54:21PM
25  he, at the time?

TSG Reporting - Worldwide  (877) 702-9580

Page 135

EDWARD PARADISO

1   EDWARD PARADISO
2   A   No.                               12:54:24PM
3   Q   And he wasn't above lieutenant, was   12:54:25PM
4   he?
5   A   No.                               12:54:28PM
6   Q   Did you raise that with the board,   12:54:28PM
7   that a white shirt is only for a lieutenant and
8   above?
9   A   No.                               12:54:33PM
10  Q   Did he wear the white shirt?       12:54:34PM
11  A   Yeah.                             12:54:36PM
12  Q   For how long?                     12:54:36PM
13  A   Oh, till about August.            12:54:41PM
14  Q   Is that when you guys switched back   12:54:45PM
15  shifts?
16  A   Yeah.                             12:54:48PM
17  Q   Just so I'm clear, how long was the   12:54:49PM
18  shift change for?  How many weeks or months?
19  A   Wait a second.  I might have made a   12:54:55PM
20  mistake there.  Hold on a second.
21       It was until September.          12:55:14PM
22  Q   So from --                        12:55:16PM
23  A   From --                           12:55:18PM
24  Q   From when until September?         12:55:19PM
25  A   From end of June until September.  12:55:21PM

TSG Reporting - Worldwide  (877) 702-9580

Page 136

EDWARD PARADISO

1   EDWARD PARADISO
2   Q   Did there come a point in time that   12:55:46PM
3   George Hesse was promoted from the provisional
4   appointment to acting sergeant?
5   A   They were the same appointment.    12:55:54PM
6   Q   The provisional appointment to acting   12:55:58PM
7   sergeant, that was an appointment.  The question
8   is, was he ever promoted subsequent to that
9   point?
10  A   No.  He'd have to pass the sergeant's   12:56:06PM
11  test to get promoted -- oh, yes.  Yeah, he got
12  promoted to deputy chief after I got hurt.  I'm
13  sorry.
14  Q   Do you know when that was?          12:56:18PM
15  A   January or February of 2006.       12:56:27PM
16  Q   When did you get hurt?             12:56:31PM
17  A   I got hurt in August of 2005.      12:56:33PM
18  Q   You went out on disability in      12:56:37PM
19  August 2005?
20  A   I went out for three days, came back   12:56:40PM
21  to work, and then I went out for good on
22  September the 26th.
23  Q   2005?                             12:56:48PM
24  A   2005.                             12:56:49PM
25  Q   You never actively worked after that?   12:56:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 137

EDWARD PARADISO

1   EDWARD PARADISO
2   A   No.                               12:56:53PM
3   Q   So you remained acting chief from   12:56:54PM
4   September 26th, 2005 until that July or August
5   date 2008?
6   A   Right.                            12:57:02PM
7   Q   As acting chief out on disability?   12:57:04PM
8   A   Right.                            12:57:06PM
9   Q   Did you do any work while you were   12:57:07PM
10  out?
11  A   No.                               12:57:09PM
12  Q   How did you learn that George Hesse   12:57:11PM
13  was promoted to deputy chief?
14  A   I got a letter in the mail.        12:57:16PM
15  Q   From who?                         12:57:18PM
16  A   Huh?                              12:57:21PM
17  Q   From who?                         12:57:21PM
18  A   From the mayor.                   12:57:22PM
19  Q   Were you consulted prior to -- strike   12:57:23PM
20  that.
21       What did the letter say?         12:57:26PM
22  A   It said, dear Mr. Paradiso, this   12:57:28PM
23  letter is to inform you that in an effort to
24  remain -- to maintain chain of command in the
25  police department, the village board has

TSG Reporting - Worldwide  (877) 702-9580

Page 138

EDWARD PARADISO

2  promoted George Hesse to acting deputy chief.
3  Good luck in your recovery.
4      Q    Who was the mayor at the time?    12:58:07PM
5      A    Mayor Rogers.              12:58:11PM
6      Q    Did you keep a copy of that letter?  12:58:12PM
7      A    Yeah, I think I have it on the desktop 12:58:16PM
8  on my computer.  It was an E-mail attachment.
9      Q    Did they consult you prior to that   12:58:30PM
10 promotion with respect to the fact that they
11 were going to promote him?
12     A    Nope.                  12:58:37PM
13     Q    How about subsequent to receiving that 12:58:38PM
14 letter, did you ever speak with Mayor Rogers
15 about that promotion?
16     A    Nope.                  12:58:43PM
17     Q    Did you ever opine whether you thought 12:58:44PM
18 George Hesse was qualified for the position?
19     A    One more time.              12:58:49PM
20     Q    Did you ever opine whether George    12:58:50PM
21 Hesse was qualified?
22     A    What does "opine" mean?         12:58:53PM
23     Q    Give your opinion, whether you agreed? 12:58:57PM
24     A    I wasn't consulted in the decision.   12:58:58PM
25 Why would I give my opinion afterwards?

TSG Reporting - Worldwide  (877) 702-9580

Page 139

EDWARD PARADISO

2      Q    And you were still the chief at the   12:59:04PM
3  time?
4      A    Technically.              12:59:07PM
5      Q    Do you know if George Hesse has      12:59:15PM
6  requested that promotion, like he had done for
7  the sergeant's position?
8      A    I have no idea.             12:59:19PM
9      Q    Did you discuss that promotion with   12:59:21PM
10 any board members?
11     A    Nope.                  12:59:24PM
12     Q    Either before or after?         12:59:25PM
13     A    Nope.                  12:59:26PM
14     Q    Did you ever discuss it with Joe     12:59:30PM
15 Loeffler?
16     A    Nope.                  12:59:33PM
17     Q    Do you know who made the decision?   12:59:35PM
18     A    Nope.                  12:59:36PM
19     Q    Was Loeffler on the board at the time? 12:59:44PM
20     A    Yes.                   12:59:47PM
21     Q    Is there a test for deputy chief,    12:59:53PM
22 Civil Service test?
23     A    I don't think so.            1:00:02PM
24     Q    Do you need to pass a sergeant's test 1:00:04PM
25 in order to become deputy chief?

TSG Reporting - Worldwide  (877) 702-9580

Page 140

EDWARD PARADISO

2      MR. NOVIKOFF:  Objection.        1:00:08PM
3      A    I was always under the impression that 1:00:09PM
4  you had to be at least a Civil Service sergeant
5  to get appointed to any position above sergeant.
6  But that was my understanding.  I don't know if
7  it was the law.
8      Q    What is your impression or        1:00:25PM
9  understanding based on?
10     A    What is my understanding based on?   1:00:28PM
11     Q    Yeah.                  1:00:31PM
12     A    It's what Joe Loeffler, Sr. told me   1:00:31PM
13 back 20 years ago.
14     Q    So if your understanding is correct,  1:00:34PM
15 then the board acted improperly by pointing him
16 deputy chief?
17     MR. CONNOLLY:  Objection.        1:00:44PM
18     A    I doubt the board would do anything   1:00:44PM
19 improper, because they have a very competent
20 legal team that advises them.  So if it was
21 illegal, they wouldn't do it.
22     Q    What do you mean by if it was illegal? 1:00:56PM
23     A    If it was against the law to have    1:01:01PM
24 appointed him, they wouldn't have done it.
25     Q    You mean violate Civil Service law?   1:01:06PM

TSG Reporting - Worldwide  (877) 702-9580

Page 141

EDWARD PARADISO

2      A    Right.                 1:01:08PM
3      Q    Sitting here today, do you know     1:01:09PM
4  whether George Hesse ever passed the sergeant's
5  test?
6      A    I don't believe he ever did, no.     1:01:15PM
7      Q    Sitting here today do you know how   1:01:19PM
8  many times he's taken it?
9      A    I know he's taken it at least once.   1:01:22PM
10     Q    Do you know whether this appointment  1:01:35PM
11 or promotion was reported to Civil Service?
12     A    I have no idea.             1:01:41PM
13     MR. GOODSTADT:  Just mark that,     1:01:55PM
14 please.
15     (Whereupon, Bates document 28 was    1:01:56PM
16 marked as Plaintiff's Exhibit 4 for
17 identification, as of this date.)
18     MR. GOODSTADT:  I've placed in front  1:02:27PM
19 of Mr. Paradiso what's now been marked as
20 Paradiso 4.  It's a one-page exhibit.  I
21 know it's not Bates numbered -- it is Bates
22 numbered 28.
23 BY MR. GOODSTADT:               1:02:40PM
24     Q    Mr. Paradiso, have you ever seen this 1:02:40PM
25 page of the minutes from the Incorporated

TSG Reporting - Worldwide  (877) 702-9580

Page 142

EDWARD PARADISO

1  Village of Ocean Beach Board of Trustees meeting
2  from January 28, 2006?
3
4    A   No.                        1:02:49PM
5    Q   Okay.  If you look down on the section  1:02:50PM
6  that says "Designation of George Hesse as deputy
7  chief of police."
8        Do you see that?           1:03:00PM
9    A   Yes.                       1:03:00PM
10   Q   And it says that -- in the second line  1:03:01PM
11  it says, "Trustee Loeffler made motion to
12  designate George Hesse as deputy chief of police
13  with all power and authority involved in that
14  position."
15       Do you see that?           1:03:13PM
16   A   Yes.                       1:03:14PM
17   Q   Do you know what that means, all power  1:03:15PM
18  and authority involved in that position?
19   A   I guess you would have to ask Trustee  1:03:19PM
20  Loeffler what that means.
21   Q   You don't know what it means?  1:03:22PM
22   A   I can only postulate by reading it  1:03:24PM
23  that it gives him all power and authority
24  involved with acting as the deputy chief of
25  police.

TSG Reporting - Worldwide  (877) 702-9580

Page 143

EDWARD PARADISO

1
2    Q   Do you know how George Hesse's role  1:03:36PM
3  changed come January 28, 2006, other than for
4  the title change?
5        MR. NOVIKOFF:  Objection to the form.  1:03:47PM
6  Compared to what time period?    1:03:51PM
7        MR. GOODSTADT:  Compared to the day  1:03:53PM
8  before he had the title change.
9        MR. NOVIKOFF:  Then you have --  1:03:57PM
10       MR. GOODSTADT:  When he was sergeant.  1:03:58PM
11       MR. NOVIKOFF:  Well, there was period  1:03:59PM
12  of time that he was sergeant, and then
13  Mr. Paradiso, from what I recollect his
14  testimony being, left in August or September
15  due to injury.  And then Mr. Hesse was there
16  between September and December and
17  Mr. Paradiso wasn't.  So that was the basis
18  of my question.
19       MR. GOODSTADT:  Okay.         1:04:15PM
20       MR. NOVIKOFF:  It's a foundation  1:04:15PM
21  question, really.
22       MR. GOODSTADT:  That's a good point.  1:04:17PM
23  BY MR. GOODSTADT:                 1:04:18PM
24   Q   Between the time of your going out on  1:04:18PM
25  disability and Hesse receiving his promotion,

TSG Reporting - Worldwide  (877) 702-9580

Page 144

EDWARD PARADISO

1
2  did his role change?
3        MR. NOVIKOFF:  Objection to form.  1:04:29PM
4    A   I think in the time that I got hurt to  1:04:34PM
5  the time that this took place, my role changed.
6  I was no longer actively working at the police
7  station and I was no longer making the
8  day-to-day decisions of the police department.
9  When I went out, we had had a string of rain.  I
10  think we had 12 days of straight rain in
11  October.  And I went in to sign the payroll.
12  Because I had only been out from the 26th, so
13  I'm thinking that I gotta go in and at least
14  sign the payroll.  And I looked at the payroll
15  sheets, and George had himself down for three
16  24-hour tours during this height of the storms.
17  And I said, George, you know, how can I sign
18  this?  How can you work 24 hours a day?  And he
19  said, oh, it's okay, I already cleared it with
20  Joe Loeffler.  And I said, oh, okay, then I
21  don't have to sign these.  And I realized that,
22  you know, I was already out of the loop of
23  decision making, that George and Joe Loeffler
24  were going to be handling the day-to-day, and I
25  would just have to have my surgery and recover

TSG Reporting - Worldwide  (877) 702-9580

Page 145

EDWARD PARADISO

1
2  and hopefully get back to duty as soon as
3  possible.  And it didn't work out that way.
4    Q   And did you -- had you ever seen  1:06:02PM
5  somebody work three 24-hour shifts in one pay
6  period?
7    A   Oh, I've done it.            1:06:08PM
8    Q   Three 24-hour shifts?        1:06:11PM
9    A   Yeah.  I didn't get paid for 24 hours.  1:06:12PM
10  I'd get paid for my eight hours.  But back when
11  I first worked with Joe Loeffler, we would work
12  four days 24 hours a day and then be off three.
13   Q   So you wouldn't sleep at all?  1:06:25PM
14   A   Oh, you'd sleep.  You'd be on call for  1:06:27PM
15  those times, you know, so -- it was only the two
16  of us back then.  We didn't have the seasonals
17  in the off season.  After the ferries stopped
18  running on Memorial Day, very few people would
19  be out there.  There would only be the
20  year-round residents.  Nothing would be open.
21  So we worked our normal shift, and then we'd be
22  on call for the other 16.  We had the police
23  phone in our house.  It was kind of like Jaws,
24  you know?
25   Q   But you never got paid?       1:06:56PM

TSG Reporting - Worldwide  (877) 702-9580

Page 146

EDWARD PARADISO

1    A    No.                                    1:06:57PM
2    Q    Have you ever seen anyone get paid for  1:06:58PM
3  a 24 hour shifts?
4    A    George did.                            1:07:01PM
5    Q    Other than for George?          1:07:02PM
6    A    Yes.  Yeah, I had other guys that    1:07:05PM
7  would come in and work like a holiday where I
8  couldn't get anybody else to work, so they would
9  work a complete 24-hour tour and stay up.
10   Q    Did you believe that George worked   1:07:18PM
11 those three 24-hour tours?
12        MR. NOVIKOFF:  Objection.            1:07:22PM
13        MR. CONNOLLY:  Objection.            1:07:23PM
14   A    He wrote it, he signed it.  I doubt  1:07:23PM
15 that he would sign anything he didn't do.
16        MR. NOVIKOFF:  I withdraw my         1:07:30PM
17 objection.  Just kidding.
18 BY MR. GOODSTADT:                             1:07:44PM
19   Q    And so the promotion to deputy chief, 1:07:44PM
20 that's senior to sergeant, correct?
21   A    Yes.                                  1:07:49PM
22   Q    So during the period that you were on 1:07:50PM
23 leave prior to the January of '06 promotion, did
24 George have the authority to hire and fire?

TSG Reporting - Worldwide  (877) 702-9580

Page 147

EDWARD PARADISO

1    A    I don't know what authority he had.  1:08:03PM
2    Q    How about after a January 28th of    1:08:05PM
3  2006, did George have the authority to hire and
4  fire?
5    A    Well, I guess when they made him     1:08:14PM
6  deputy chief, they gave him the authority to
7  hire and fire.
8        MR. NOVIKOFF:  Can you just read back 1:08:19PM
9  the prior question and answer.
10       (Whereupon, the requested portion was  1:08:22PM
11 read back by the court reporter:  Q, So
12 during the period that you were on leave
13 prior to the January of '06 promotion, did
14 George have the authority to hire and fire?
15 A, I don't know what authority he had.)
16 BY MR. GOODSTADT:                             1:08:22PM
17   Q    And it's your understanding that after 1:08:42PM
18 January of 2006, that he had authority to hire
19 and fire?
20       MR. NOVIKOFF:  Objection.             1:08:47PM
21   A    I can only go by what is written here, 1:08:48PM
22 that they gave him all the authority that the
23 job entails.  So I guess they gave him the
24 authority to hire and fire.

TSG Reporting - Worldwide  (877) 702-9580

Page 148

EDWARD PARADISO

1    Q    And he didn't have to come to you for 1:08:58PM
2  approval after that?
3    A    He didn't.                           1:09:02PM
4    Q    Before that, while you were still    1:09:07PM
5  there, did he come to you for approval to hire
6  and fire?
7        MR. NOVIKOFF:  Objection.             1:09:17PM
8    A    When?                                1:09:17PM
9    Q    While you were still actively working 1:09:17PM
10 and George was a sergeant, did he need your
11 approval to hire and fire?
12       MR. NOVIKOFF:  Note my objection as to 1:09:24PM
13 form.
14   A    George didn't have the authority to  1:09:27PM
15 hire and fire.
16   Q    So is it your understanding that he  1:09:36PM
17 gained that authority with this promotion?
18       MR. NOVIKOFF:  Objection to form.     1:09:42PM
19   A    It's my understanding by reading     1:09:44PM
20 what's written here that they gave him that
21 authority.
22   Q    Okay.  And just so the record is     1:09:49PM
23 crystal clear, because it's an important point,
24 to your understanding, prior to this promotion,

TSG Reporting - Worldwide  (877) 702-9580

Page 149

EDWARD PARADISO

1  had he ever been granted that authority?
2        MR. NOVIKOFF:  Objection.  Asked and  1:10:02PM
3  answered.
4    A    I have no idea.                      1:10:04PM
5    Q    Okay.                                1:10:05PM
6        MR. NOVIKOFF:  You're talking about   1:10:06PM
7  between the period of time that Mr. Paradiso
8  went out on disability and the date of this
9  promotion?
10       MR. GOODSTADT:  Or anytime before     1:10:13PM
11 that.
12       MR. NOVIKOFF:  I think he's already   1:10:14PM
13 testified while he was active, Mr. Hesse had
14 no hiring or firing authority.
15       MR. GOODSTADT:  Okay.  Then I guess    1:10:20PM
16 it's that sub period, then.
17   A    You gotta repeat that last part.     1:10:26PM
18   Q    My question was whether you're aware  1:10:29PM
19 of -- prior to January 28th, 2006, were you
20 aware at any point in time where George was
21 given the authority to hire and fire prior to
22 this promotion?
23   A    No.                                  1:10:44PM
24   Q    Do you know whether George Hesse      1:11:01PM

TSG Reporting - Worldwide  (877) 702-9580

Page 150

EDWARD PARADISO

1   received any promotions from the title of deputy
2   chief of police?
3       A    No.                      1:11:09PM
4       Q    Is there a difference between a deputy  1:11:11PM
5   chief of police and a chief of police?
6       MR. NOVIKOFF:  Objection.        1:11:15PM
7       A    Other than the word "deputy"?  We      1:11:19PM
8   never -- I never had a deputy chief working for
9   me while I was the chief of police.  Once I was
10  no longer able to work, I still retained the
11  title until my retirement went through.  So they
12  couldn't promote him to anything but a deputy
13  chief.  Once I was no longer actively employed
14  by the village, when my retirement went through,
15  I don't know what they did, if they just took
16  the deputy away and made him chief of police or
17  what.  I don't know.
18      Q    So you're not aware of any formal      1:11:58PM
19  promotion after this date?
20      A    No.                      1:12:02PM
21      MR. GOODSTADT:  We can break here for  1:12:16PM
22  lunch?
23      THE VIDEOGRAPHER:  The time is 1:13.   1:12:18PM
24  We're going off the record.

TSG Reporting - Worldwide  (877) 702-9580

Page 151

EDWARD PARADISO

1       (Whereupon, a lunch break was taken.)  1:12:22PM
2       THE VIDEOGRAPHER:  The time is 2:11.   2:10:16PM
3   We're back on the record.
4   BY MR. GOODSTADT:                    2:10:19PM
5       Q    Prior to us taking a break, we       2:10:22PM
6   discussed George Hesse's promotion through the
7   ranks at Ocean Beach Police Department.
8       A    Right.                   2:10:35PM
9       Q    And one question I asked you was about  2:10:36PM
10  a letter that you had written on behalf of
11  Mr. Hesse to Angie -- I don't remember her last
12  name.
13      A    Carpenter.               2:10:55PM
14      Q    Carpenter, exactly.      2:10:56PM
15          Did you keep a copy of that letter?   2:10:57PM
16      A    No.                      2:10:59PM
17      Q    You don't have a copy?  Did you do it  2:11:00PM
18  at home on your home computer or did you put
19  together the letter at the department?
20      A    I'm trying to think whether or not I   2:11:12PM
21  actually wrote the letter or I talked to the
22  mayor and the mayor wrote the letter.  I'm
23  pretty sure the mayor wrote the letter, but I'm
24  not certain if I wrote a letter or not.  I might

TSG Reporting - Worldwide  (877) 702-9580

Page 152

EDWARD PARADISO

1   have, but I'm not certain.  If I wrote it, I
2   would've wrote it at the police station.
3       Q    Now, other than for the -- other than  2:11:31PM
4   for the Bridgett Peterson litigation, have you
5   been a party in any other litigations in
6   connection with your employment at Ocean Beach?
7       A    Yeah.  There were -- I guess whatever  2:11:51PM
8   complaint was made against the police
9   department, I was added to it as chief of
10  police.  But I was never deposed in any of them.
11      Q    In which cases were you named as a     2:12:03PM
12  party?
13      A    Gilena versus the village, I think.   2:12:08PM
14  There might have been one or two others.  I
15  don't recall the names.
16      Q    Were you named in the Sam Gilbert     2:12:32PM
17  case?
18      A    No, I was not.           2:12:36PM
19      Q    How about in the Jesse Prisco matter?  2:12:41PM
20      A    Who's Jesse Prisco?       2:12:43PM
21      Q    I guess the answer is you don't know   2:12:45PM
22  if you were named by him.
23          Do you recall a matter called Bruce    2:12:55PM
24  Mancada versus Ocean Beach Police Department?

TSG Reporting - Worldwide  (877) 702-9580

Page 153

EDWARD PARADISO

1       A    No.                      2:13:00PM
2       MR. GOODSTADT:  Can you just mark      2:13:15PM
3   this, please.
4       (Whereupon, Bates document 7729 was     2:13:17PM
5   marked as Plaintiff's Exhibit 5 for
6   identification, as of this date.)
7       MR. GOODSTADT:  I've placed in front   2:13:48PM
8   of Mr. Paradiso what's marked as Paradiso 5.
9   It's a one-page exhibit bearing Bates
10  Number 7729.  It's a March 14th, 2000
11  letter.
12  BY MR. GOODSTADT:                    2:13:58PM
13      Q    Mr. Paradiso, do you recall receiving  2:14:00PM
14  the letter marked as Paradiso 5?
15      A    No.                      2:14:04PM
16      Q    This doesn't refresh your            2:14:08PM
17  recollection?
18      A    No.                      2:14:12PM
19      Q    Do you have any idea how who Bruce    2:14:12PM
20  Mancada is?
21      A    No.                      2:14:15PM
22      Q    Do you recall ever forwarding officer  2:14:16PM
23  Hesse's personnel file to lawyers for the
24  village?

TSG Reporting - Worldwide  (877) 702-9580

Page 154

EDWARD PARADISO

2     A    No.                          2:14:21PM
3     Q    Let's go back to the Gilena matter.   2:14:25PM
4     What was that case about?
5     A    That was Sergeant Golopi had stopped a   2:14:32PM
6     guy who was grabbing a girl's rear-end as he
7     walked by. He grabbed the guy and arm barred
8     him to the police station.
9     Q    When was this case brought?      2:15:00PM
10    A    Had to be before 1998, because that's   2:15:03PM
11    when Bob left, so...
12    Q    And what was Mr. Gilena suing for?   2:15:08PM
13    What was the cause of action?
14    A    I think he was suing for false arrest   2:15:23PM
15    and maybe an injury. I'm not certain.
16    Q    Did he allege that you did anything   2:15:36PM
17    wrong?
18    A    No. I wasn't there.      2:15:38PM
19    Q    Do you know how the case resolved?   2:15:42PM
20    A    I think they settled out of court.   2:15:46PM
21    Q    Have you ever been sued for engaging   2:15:57PM
22    in police brutality?
23    A    No.                          2:16:03PM
24    Q    Do you know whether George Hesse has   2:16:04PM
25    ever been sued for engaging in some form of

TSG Reporting - Worldwide  (877) 702-9580

Page 155

EDWARD PARADISO

2     police brutality?
3     A    I think it was alleged.      2:16:11PM
4     Q    How many times?           2:16:12PM
5     A    Counting this last one that just took   2:16:25PM
6     place?
7     Q    The Gilbert matter that was settled?   2:16:28PM
8     A    Counting that one?          2:16:31PM
9         MR. NOVIKOFF: I'm sorry, what was   2:16:34PM
10    that question?
11        MR. GOODSTADT: The Gilbert matter   2:16:36PM
12    that was settled. I assume that the
13    newspaper report was accurate.
14        MR. NOVIKOFF: Objection to the form   2:16:44PM
15    of the question. Just in case Mr. Goodstadt
16    tries to slip that in for the jury in this
17    trial, if it ever becomes a jury question.
18    A    I'm thinking maybe three.      2:16:55PM
19    Q    That includes the Gilbert matter?   2:16:57PM
20    A    Yeah.                        2:16:59PM
21    Q    Okay. What were the other two?   2:16:59PM
22    A    I don't remember the names. One, they   2:17:03PM
23    were chasing a guy who was having a problem at
24    the ferry terminal. He went to jump over the
25    line, caught his foot on the line and hit his

TSG Reporting - Worldwide  (877) 702-9580

Page 156

EDWARD PARADISO

2     face on the ground, and the guy implied that
3     George threw him to the ground. But there were
4     like five or six civilian witnesses right there
5     that he tripped over the rope, but he put the
6     complaint in.
7     Q    Were you named in that complaint?   2:17:27PM
8     A    As the chief, yeah.         2:17:30PM
9     Q    So that's in addition to the Galena   2:17:32PM
10    case?
11    A    Yeah. You're asking for names, and   2:17:34PM
12    that's the only one I could come up with.
13    Q    How did that case resolve?      2:17:41PM
14    A    I think it was dismissed.      2:17:43PM
15    Q    Do you know where the case was filed?   2:17:46PM
16    A    No.                          2:17:48PM
17    Q    Did you ever testify in that case?   2:17:49PM
18    A    No.                          2:17:50PM
19    Q    Do you know whether George testified   2:17:51PM
20    in that case?
21    A    I'm not certain.             2:17:53PM
22    Q    Okay. Any others that Mr. Hesse was   2:18:02PM
23    named as a defendant for alleged police
24    brutality?
25    A    I think there was one other, but I   2:18:14PM

TSG Reporting - Worldwide  (877) 702-9580

Page 157

EDWARD PARADISO

2     don't remember the facts and circumstances
3     behind it.
4     Q    Do you recall any facts or      2:18:18PM
5     circumstance?
6     A    Say it again.              2:18:20PM
7     Q    Do you remember any of the facts or   2:18:22PM
8     circumstances?
9     A    I just said I don't remember any of   2:18:24PM
10    the facts and circumstances behind it.
11    Q    Do you know when that was filed?   2:18:27PM
12    A    No.                          2:18:29PM
13    Q    Were you named in that case as well?   2:18:30PM
14    A    Probably as chief of police. Whenever   2:18:31PM
15    anything would come across the police
16    department's thing, I would get named as a
17    chief. It was a common practice.
18        MR. NOVIKOFF: Except this case.   2:18:38PM
19        THE WITNESS: Yes.           2:18:40PM
20    BY MR. GOODSTADT:                  2:18:41PM
21    Q    How many times had you been named as a   2:18:44PM
22    defendant in a matter in connection with your
23    employment at Ocean Beach?
24    A    Four or five.               2:18:57PM
25    Q    Do you recall the facts or      2:19:00PM

TSG Reporting - Worldwide  (877) 702-9580

Page 158

EDWARD PARADISO

1   circumstances, than for the ones you've
2   testified to thus far?
3   A   I discussed the other ones with you,   2:19:06PM
4   the Bridgett Peterson case.
5   Q   Right.                              2:19:10PM
6   A   Right.  You had Gilena, the guy that   2:19:11PM
7   jumped over the rope.  The one I can't remember.
8   Is there another one?  No, I don't remember.
9   Q   Have you ever been a plaintiff in a   2:19:39PM
10  civil matter?
11  A   My divorce.                         2:19:43PM
12  Q   Any other matters you've been a     2:19:44PM
13  plaintiff?
14  A   In a civil matter?                  2:19:46PM
15  Q   Yes.                                2:19:47PM
16  A   Yes.  I was a plaintiff versus the   2:19:48PM
17  village.
18  Q   And when was that?                  2:19:52PM
19  A   That was -- I guess that case was   2:19:53PM
20  filed in 2007.
21  Q   You filed in a court?               2:20:06PM
22  A   Yes.                                2:20:07PM
23  Q   What court was it filed in?         2:20:07PM
24  A   Suffolk County District Court, I   2:20:10PM

TSG Reporting - Worldwide  (877) 702-9580

Page 159

EDWARD PARADISO

1   guess, supreme court.  Either the District or
2   Supreme Court, whatever would handle a civil
3   matter like that.
4   Q   Were you the only plaintiff in the   2:20:21PM
5   case?
6   A   Yes.                                2:20:23PM
7   Q   And who were the defendants?        2:20:24PM
8   A   The mayor and the Village of Ocean   2:20:25PM
9   Beach.
10  Q   Mayor Loeffler or Mayor Rogers?     2:20:28PM
11  A   Well, it happened under Mayor Rogers'   2:20:31PM
12  watch, but somehow they -- when they switched --
13  when she didn't run, he re-ran, so now he was
14  named as the defending mayor.
15  Q   And what were the allegations in that   2:20:50PM
16  case?
17  A   Well, while I was out on disability,   2:20:55PM
18  they gave George Hesse a raise.  And according
19  to the general municipal law, the chief is
20  protected from subordinates getting raises by
21  being entitled to the same percentage raise or
22  the same monetary amount raise that his first
23  subordinate officer would get.  I hired -- I
24  wrote them a letter, and they said, no, it

TSG Reporting - Worldwide  (877) 702-9580

Page 160

EDWARD PARADISO

1   didn't apply to us because we didn't have a PBA
2   or a union and we were under a contract.  So I
3   hired an attorney.  He took a retainer.  We won
4   in court.  I was -- they were told to pay the
5   amount.  It was like $2,100.  They appealed, and
6   they won on appeal.  So I ended up spending like
7   $14,000 to lose my appeal.  That was the second
8   best day of my life.
9   Q   On a $2,100 claim?                  2:22:07PM
10  A   Yeah.                               2:22:09PM
11  Q   What was the basis for -- if you know,  2:22:11PM
12  for the appellate court overturning the
13  decision?
14  A   Well, first the village was alleging   2:22:17PM
15  that I was never the chief of police, and then
16  that got sidelined.  And the appellate court
17  said, oh, even though it reads one way, it's
18  really only to police departments that are
19  covered by union agreements.  So even though the
20  law says that chiefs are protected, it only
21  protects the chiefs that work for a department
22  that has a union.
23  Q   Let me ask you the question you said   2:22:53PM
24  about before, that the village alleged that you

TSG Reporting - Worldwide  (877) 702-9580

Page 161

EDWARD PARADISO

1   weren't the chief.  They're alleging that you
2   were never the chief of police?
3   A   Yeah.                               2:23:01PM
4   Q   Or you just weren't the chief while   2:23:01PM
5   you were out?
6   A   No.                                 2:23:04PM
7   Q   That you were never the chief?      2:23:04PM
8   A   That I was never the chief.         2:23:04PM
9   Q   What was the basis of their argument?  2:23:06PM
10  A   My Civil Service ranking as sergeant.  2:23:08PM
11  Q   Were you ever appointed chief by the   2:23:11PM
12  board?
13  A   Yeah.  I was sworn in on the document.  2:23:13PM
14  All my credentials were chief of police.  On my
15  retirement papers, I have the mayor's signature
16  stating I was the chief of police on my
17  retirement papers.  On the village's website, it
18  named me as chief of police.
19  Q   When you say it got sidelined, what   2:23:29PM
20  did you mean by that?
21  A   Well, they decided that that was a   2:23:32PM
22  moot point.  They just concentrated on the union
23  issue.
24  Q   The village did or the court did?   2:23:38PM

TSG Reporting - Worldwide  (877) 702-9580

Page 162

EDWARD PARADISO

1    A    The court did.                          2:23:39PM
2    Q    And when you say a moot point, it was   2:23:42PM
3  moot because it had proven otherwise or moot
4  because once you lost the other argument, it
5  didn't matter whether you were chief or not?
6         MR. NOVIKOFF:  You're asking him why    2:23:53PM
7  the appellate division decided something was
8  moot, in his opinion?
9         MR. GOODSTADT:  Yeah.                    2:23:59PM
10        MR. NOVIKOFF:  Objection to form.        2:24:01PM
11   A    I don't know.                            2:24:02PM
12   Q    Was there a written opinion?             2:24:03PM
13   A    Yeah.  And then I had to pay $3,000 to   2:24:04PM
14 get it all printed up too.
15   Q    What do you mean, to get it all          2:24:13PM
16 printed up?
17   A    Get the decisions all printed up.        2:24:15PM
18 There were printing costs involved that all
19 got -- they got one billing of something
20 approved, so I had to send the village attorneys
21 $3,200 to print out all the different copies and
22 the per-page documents that they had to come up
23 with.  It was a highlight.
24   Q    When you say the village attorneys,      2:24:37PM
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 163

EDWARD PARADISO

1  who are you referring to?
2    A    It was Ken Gray and Bee Fishman and      2:24:41PM
3  Ready.
4    Q    Did you appeal that decision?            2:24:49PM
5    A    No.                                       2:24:51PM
6    Q    So it's done, the case is done?          2:24:52PM
7    A    Yeah.  I wasn't gonna go into further    2:24:54PM
8  debt over $2,100.  I couldn't imagine that -- I
9  had no idea it would cost me that much to appeal
10 it.  I was kind of naive.
11   Q    Other than for that case and the          2:25:08PM
12 divorce, have you ever been a plaintiff in any
13 other matters?
14   A    No.                                       2:25:17PM
15   Q    Did you do anything to prepare for        2:25:21PM
16 today's deposition?
17   A    I'm sorry.                               2:25:25PM
18   Q    Go ahead.  If you want to correct an     2:25:26PM
19 answer, that's fine.
20   A    Yeah.  Does workmen's compensation        2:25:29PM
21 cases count as plaintiff or is that all counted
22 in with your retirement and stuff?  I still have
23 an ongoing workmen's compensation case.
24   Q    Against who?                             2:25:41PM
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 164

EDWARD PARADISO

1    A    Against the State of New York.  I        2:25:41PM
2  guess it's with the State of New York.  I mean
3  my retirement was all approved, but my workmen's
4  comp case is still in limbo.
5    Q    In connection with your injury at the    2:25:51PM
6  beach?
7    A    Yeah.                                    2:25:53PM
8    Q    Other than for that, any other cases?    2:25:53PM
9    A    Yeah.  No, no.                           2:25:56PM
10   Q    What did you do, if anything, to         2:25:57PM
11 prepare for today's deposition?
12   A    I didn't do anything.                    2:26:01PM
13   Q    Did you review any files or documents?   2:26:03PM
14   A    I don't have any.                        2:26:05PM
15   Q    Did you speak with anybody other than    2:26:06PM
16 for myself or somebody over at Ken Novikoff's
17 firm to schedule cases?
18   A    No.  Oh, I did call up the attorney      2:26:15PM
19 that did represent me in other portions of the
20 village to find out whether or not the village
21 is providing me with an attorney, if I should
22 bring an attorney.
23   Q    That's the attorney you hired that       2:26:36PM
24 called up?
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 165

EDWARD PARADISO

1    A    Yes.                                     2:26:38PM
2    Q    The one that represented you in the      2:26:39PM
3  compensation case?
4    A    Yes.                                     2:26:41PM
5    Q    Other than for him -- and I don't want   2:26:42PM
6  to know anything you said or heard with him.
7  But other than for him, did you speak with
8  anybody else?
9    A    No.                                      2:26:47PM
10   Q    Before, you testified that generally     2:26:52PM
11 you worked the day tours and George Hesse, when
12 he was a sergeant worked certain night tours,
13 correct?
14   A    Uh-huh.  Yes.                            2:27:02PM
15   Q    And so on your tours, you were the       2:27:03PM
16 most senior officer; is that correct?
17   A    Yes.                                     2:27:07PM
18   Q    And on his tours, he was the most        2:27:08PM
19 senior officer?
20   A    Yes.                                     2:27:11PM
21   Q    What is a chain of command, your         2:27:12PM
22 understanding with respect to the police
23 department?
24        MR. NOVIKOFF:  Objection.                2:27:18PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 166

EDWARD PARADISO

1  A   You want me to explain the chain of   2:27:19PM
2  command?
3  Q   Yes.                          2:27:22PM
4  A   Chain of command, well, in a small   2:27:22PM
5  department, it's very narrow, because you have
6  the chief, you have the second in command,
7  George Hesse, and then you have all the other
8  officers.  So that's the chain.
9  Q   So the chain, to go up the chain, you   2:27:33PM
10  go officers to George Hesse to you?
11  A   Yes.                         2:27:39PM
12  Q   Okay.  Is there anybody above you in   2:27:40PM
13  the chain of command?
14  A   Mayor.                       2:27:43PM
15  Q   How about above the mayor, is there   2:27:44PM
16  anyone?
17  A   No.                          2:27:46PM
18  Q   And did you ever instruct officers   2:27:56PM
19  that if there's a problem on George Hesse's
20  shift, that you speak to him about it; if
21  there's a problem on your shift, that they speak
22  to you about it?
23  A   The chain of command was if there's a   2:28:13PM
24  problem, talk to the sergeant.  If the sergeant

TSG Reporting - Worldwide  (877) 702-9580

Page 167

EDWARD PARADISO

1  is the problem, you talk to me.
2  Q   And you told people that?       2:28:20PM
3  A   That's what I told -- well, I told   2:28:23PM
4  them that at the first meeting when I took over
5  as chief of police.
6  Q   Did you tell anyone that after you   2:28:27PM
7  took over as chief of police?
8  A   That was the chain of command.  It   2:28:34PM
9  didn't change.
10  Q   Did -- were Gary and Richard Bosetti   2:28:48PM
11  generally on your tour or Chief Hesse's tour?
12        MR. NOVIKOFF:  Objection to form.   2:28:56PM
13  A   Gary and Richie usually worked 4 to   2:29:00PM
14  12s, so they would be -- they were like an
15  in-between tour.  I usually got off at 4:00.
16  George would come on at 9.  They would come on
17  either individually or together at 4:00 and work
18  until midnight or until -- if it was a weekend,
19  they might work until 2 in the morning or
20  however -- it was dictated by the amount of
21  people that were there, how many guys came in
22  and worked that night.
23  Q   How about Arnold Hardman, what tour   2:29:30PM
24  did he generally work?

TSG Reporting - Worldwide  (877) 702-9580

Page 168

EDWARD PARADISO

1  A   Arnold, he usually worked a tour   2:29:35PM
2  similar with George, 9 to 5.
3        MR. NOVIKOFF:  That's 9 at night until   2:29:43PM
4  5 in the morning?
5        THE WITNESS:  Yeah.           2:29:46PM
6        MR. NOVIKOFF:  Okay.          2:29:46PM
7  BY MR. GOODSTADT:                2:29:46PM
8  Q   How about Tyree Bacon?         2:29:47PM
9  A   Ty Bacon worked usually midnights,   2:29:49PM
10  midnight to 8 in the morning.
11  Q   So that would be on -- George would be   2:29:57PM
12  the commanding officer?
13  A   Yes.  Uh-huh.                 2:30:01PM
14  Q   How about John Dyer?          2:30:02PM
15  A   John Dyer.  John Dyer?  I don't   2:30:05PM
16  remember what he would work.
17  Q   How about Walter Moeller?      2:30:24PM
18  A   Walter usually worked 4 to 12s, I   2:30:26PM
19  believe.
20  Q   Is that the same tour the Bosettis   2:30:29PM
21  usually worked?
22  A   Yes.                         2:30:32PM
23  Q   So part of the tour there would be   2:30:32PM
24  nobody -- no commanding officer, and then the

TSG Reporting - Worldwide  (877) 702-9580

Page 169

EDWARD PARADISO

1  other part Mr. Hesse would be the commanding
2  officer?
3  A   Yes.                         2:30:39PM
4  Q   How about Frank Fiorillo?      2:30:41PM
5  A   Frank usually worked midnights and   2:30:44PM
6  then day tours -- he usually backed up.  He'd
7  work doubles.  He was a machine.  He'd work
8  midnight to 8 in the morning and come on, and he
9  worked beach tours on the weekends.
10  Q   So midnight to 8, George Hesse would   2:31:01PM
11  be the commanding officer; and the morning tour,
12  you'd be the commanding officer?
13  A   Right.                       2:31:07PM
14  Q   How about Joe Nofi?           2:31:07PM
15  A   Nofi worked usually day, day tours on   2:31:09PM
16  the beach.
17  Q   How about Tom Snyder?          2:31:14PM
18  A   Tommy worked midnights, or 9 to 5s.   2:31:15PM
19        Right, Tom?                 2:31:19PM
20  Q   So that would be -- commanding officer   2:31:20PM
21  would be George Hesse?
22  A   Right.                       2:31:23PM
23  Q   How about Kevin Lamm?          2:31:24PM
24  A   Kevin Lamm, usually midnights.   2:31:26PM

TSG Reporting - Worldwide  (877) 702-9580

Page 170

EDWARD PARADISO

1
2   Q   So Lamm, Mr. Hesse would be the        2:31:30PM
3   commanding per?
4   A   Correct.                              2:31:35PM
5   Q   And how about Ed Carter?              2:31:36PM
6   A   Eddie Carter would work midnights     2:31:37PM
7   also.
8   Q   So he had mostly -- Mr. Hesse would be  2:31:40PM
9   his commanding officer?
10  A   Right.                                2:31:45PM
11  Q   Do you recall what year Gary and       2:31:52PM
12  Richard Bosetti were hired?
13  A   2002.                                 2:32:17PM
14  Q   Did you have any role in hiring them?  2:32:18PM
15      MR. NOVIKOFF: Other than what he's     2:32:22PM
16  already testified to as being his authority?
17      ATTORNEY1: I don't know that he        2:32:26PM
18  testified about specifically with the
19  Bosettis.
20      MR. NOVIKOFF: He said he had hiring    2:32:29PM
21  and firing authority. Objection to form.
22  A   They came in, placed applications, and  2:32:35PM
23  I hired them.
24  Q   Did you know them before --            2:32:38PM
25  A   No.                                   2:32:39PM

TSG Reporting - Worldwide  (877) 702-9580

Page 171

EDWARD PARADISO

1
2   Q   -- hiring them?                       2:32:39PM
3      Did you check to see if the Bosettis   2:32:47PM
4   or did you do anything to determine whether the
5   Bosettis were certified to work as police
6   officers in Suffolk County?
7      MR. NOVIKOFF: Objection to form. He    2:32:56PM
8   already testified as to what his process
9   was.
10  A   They were certified police officers.   2:32:59PM
11  They were retired city cops.
12  Q   So when you say certified police       2:33:04PM
13  officers, does that mean --
14  A   State of New York.                    2:33:08PM
15  Q   How about in Suffolk County?          2:33:09PM
16  A   When I hired them, they weren't.       2:33:12PM
17  Eventually, they became certified.
18  Q   I'm just focusing right now on when    2:33:21PM
19  you hired them.
20  A   When I hired them, they -- I hired     2:33:24PM
21  them, they had not been certified by Suffolk
22  County.
23      MR. NOVIKOFF: I'm sorry?              2:33:34PM
24      THE WITNESS: They had not been        2:33:35PM
25  certified by Suffolk County.

TSG Reporting - Worldwide  (877) 702-9580

Page 172

EDWARD PARADISO

1
2   BY MR. GOODSTADT:                         2:33:37PM
3   Q   So they were retired from the city but  2:33:38PM
4   not certified by Suffolk County; is that
5   correct?
6   A   Right.                                2:33:42PM
7   Q   If they retire from New York City, do  2:33:42PM
8   they still retain the title of police officer or
9   do they become civilians --
10      MR. NOVIKOFF: Objection.              2:33:54PM
11  BY MR. GOODSTADT:                         2:33:55PM
12  Q   -- upon retiring?                     2:33:55PM
13  A   They are civilians upon retiring, but  2:33:56PM
14  their certificates are still valid for year. So
15  if they get another police job within that year,
16  they're still certified by the state.
17  Q   Again, I think there's a distinction   2:34:11PM
18  between state and county; is that correct?
19  A   That's your distinction, yes.         2:34:15PM
20  Q   And is there a distinction?           2:34:16PM
21      MR. NOVIKOFF: Objection to form.      2:34:18PM
22  A   What distinction would you mean?      2:34:22PM
23  Q   I think you testified that at the time  2:34:24PM
24  you hired them, they weren't certified to be
25  police officers for Suffolk County, but they

TSG Reporting - Worldwide  (877) 702-9580

Page 173

EDWARD PARADISO

1
2   were certified by the state; is that correct?
3   A   Well, it was eventually brought to my  2:34:30PM
4   attention by the county that they had some
5   inconsistencies with the Civil Service payroll
6   by certifying the payroll. And they required us
7   to have everyone go through an additional
8   background, medical, psychological for all the
9   other officers that hadn't had it prior. So Ty
10  Bacon had to go through it, Gary and Rich
11  Bosetti, John -- an officer named John, I don't
12  remember his last name, that had to go through.
13  Arnie Hardman had to go back through. But they
14  didn't require it of their sheriff's department
15  officers, who were -- they didn't require the
16  same of the guys who worked for the sheriff's
17  department. So it kind of an inconsistency with
18  Suffolk County that still was ongoing after I
19  left. They never came up with a concrete answer
20  on whether or not or why some people would be
21  considered fine without any further information
22  needed and why some officers would need more.
23  Q   You mean between the sheriff's          2:35:51PM
24  department and people who were working in the
25  village?

TSG Reporting - Worldwide  (877) 702-9580

Page 174

**EDWARD PARADISO**

1
2     A    Right.                          2:35:55PM
3     Q    Did you ever ask anyone that question?  2:35:55PM
4          MR. NOVIKOFF: Objection. Form.   2:35:57PM
5     A    The sheriff -- this wasn't in person.  2:36:00PM
6     This was what was related to me. The sheriff
7     said that his sheriffs didn't have to take a
8     polygraph, and that was it. They didn't have to
9     take a polygraph.
10    Q    How did you learn that was the case?  2:36:16PM
11    A    George had been handling the      2:36:20PM
12    conversations between our village and Civil
13    Service. And when the different sheriff
14    department guys came up, the sheriff said that
15    they don't have to have the polygraph done.
16    Q    But my question was how did you learn  2:36:37PM
17    about that.
18    A    George told me.                  2:36:41PM
19    Q    And do you know where he learned it  2:36:43PM
20    from?
21    A    Civil Service.                   2:36:46PM
22    Q    Do you know who in Civil Service told  2:36:47PM
23    him that?
24    A    I don't know. You have to ask him.  2:36:49PM
25    Q    Did you ever have any conversations  2:36:51PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 175

**EDWARD PARADISO**

1
2     with Allison Chester or Allison Sanchez?
3     A    No.                            2:36:55PM
4     Q    Do you know who that is?         2:36:56PM
5     A    No -- oh, I think, maybe. She's the  2:36:57PM
6     girl that works at Civil Service that George was
7     dealing with.
8     Q    Did you ever have any conversations  2:37:04PM
9     with her, if that's the person?
10    A    No.                            2:37:07PM
11    Q    And you said that at that time George  2:37:07PM
12    handled the conversations between the village
13    and Civil Service. What time are you referring
14    to?
15    A    The time when their certifications  2:37:15PM
16    came into question. We got a new village clerk,
17    and she certified the payroll with Civil
18    Service. And four or five of the officers,
19    Civil Service popped up saying, listen, we don't
20    have this, we don't have this, we don't have
21    this. We need you to get these guys back
22    through the system again. They worked out a
23    deal between the village and Civil Service to
24    get it done.
25    Q    Who worked out that deal?        2:37:40PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 176

**EDWARD PARADISO**

1
2     A    The village. George and Civil     2:37:41PM
3     Service.
4     Q    Did all of the officers who previously  2:37:43PM
5     were uncertified eventually become certified?
6          MR. NOVIKOFF: Objection.          2:37:49PM
7     A    I think John -- I forget his last  2:37:53PM
8     name. He failed the psych -- the psychology
9     test. He had worked for the state.
10    Q    Was it John Dyer?               2:38:06PM
11    A    It might have been him. And oh, what  2:38:07PM
12    was his name? One guy couldn't do the run. His
13    knee started bothering him while he was doing
14    the run, so he had to drop out. And the process
15    was still ongoing after I got hurt, so I don't
16    know how it finished.
17    Q    How about Pat Cherry, Sr.?       2:38:31PM
18    A    Pat Cherry, no. Pat Cherry ended up  2:38:33PM
19    having a heart attack, so he withdrew. He came
20    back as a dispatcher.
21    Q    Was he one of the officers who were  2:38:43PM
22    hired and worked as a police officer who were
23    not certified?
24    A    Yeah, he was a Nassau County detective  2:38:51PM
25    that retired.

TSG Reporting - Worldwide  (877) 702-9580

---

Page 177

**EDWARD PARADISO**

1
2     Q    But he was one of the people who Civil  2:38:55PM
3     Service notified you that was uncertified to
4     work in Suffolk County as a police officer?
5     A    Right.                         2:39:02PM
6     Q    Do you know whether he -- so he never  2:39:03PM
7     passed the test?
8     A    No. He ended up -- before he even got  2:39:05PM
9     started, he had a heart attack at his house.
10    Q    Are the radio codes different in  2:39:11PM
11    Suffolk County than they are in the city?
12    A    Yes.                           2:39:15PM
13    Q    Do you think it was important for the  2:39:18PM
14    officers in Ocean Beach to know the radio codes?
15         MR. NOVIKOFF: Objection.          2:39:22PM
16    A    All the officers knew the radio codes.  2:39:23PM
17    Q    The Bosettis knew the radio codes?  2:39:29PM
18    A    Yeah. We had a card that had all the  2:39:31PM
19    radio codes on it.
20    Q    Do you know whether -- strike that.  2:39:36PM
21         Did Joe Nofi ever complain to you that  2:39:38PM
22    the Bosettis did not respond to a 10/1?
23    A    I don't recall that, no.         2:39:45PM
24    Q    Did you ever hear that --        2:39:47PM
25    A    No.                            2:39:48PM

TSG Reporting - Worldwide  (877) 702-9580

Page 178

EDWARD PARADISO

Q   -- allegation?                        2:39:48PM

How about Arnold Hardman, did you ever   2:39:51PM
hear any allegation that Nofi claimed that
Hardman did not respond to a 10/1?

A   I don't recall that either.          2:39:59PM

Q   Do you think it would be a threat to   2:40:02PM
public safety if the police officers in Ocean
Beach didn't know the radio codes?

MR. NOVIKOFF:  Objection.               2:40:09PM

A   If the officers didn't know the radio   2:40:11PM
codes, they wouldn't be working for the police
department.

Q   What do you mean by that?            2:40:15PM

A   Well, they're given the codes.  They   2:40:16PM
have to be able to talk on the radio as part of
the job.  You know, it's not -- it's not a
difficult set of codes that you're talking
about.

Q   So if an officer admitted, let's say,   2:40:27PM
that he didn't know the radio codes, do you
believe that would've been a threat to public
safety?

MR. NOVIKOFF:  Objection.               2:40:34PM

A   I wouldn't classify it as that.  The   2:40:39PM

TSG Reporting - Worldwide  (877) 702-9580

Page 179

EDWARD PARADISO

guy needs to learn the radio codes.  You don't
put him out on the street if he doesn't know the
codes.

Q   How come?                          2:40:48PM

A   Because he wouldn't be able to        2:40:49PM
communicate with you on the radio.

Q   Would that cause a threat to public   2:40:52PM
safety?

MR. NOVIKOFF:  Objection.               2:40:55PM

A   In an extreme circumstance, I'm sure   2:40:59PM
it could.

Q   Like, for example, if an officer      2:41:01PM
called out a 10/1?

A   Uh-huh.                            2:41:06PM

Q   Yes?                               2:41:06PM

A   Yes.  Or if they got on the radio and   2:41:07PM
called a 10/13, because 10/13 didn't mean
anything in our -- 13, what was that?  I don't
remember anymore.  But a 10/13 in the city is
like a 10/1 for Ocean Beach, you know, in
Suffolk County.  So if they would be on the
radio calling out the city codes, I wouldn't be
respond to them either.  So it would behoove
them to learn the codes.

TSG Reporting - Worldwide  (877) 702-9580

Page 180

EDWARD PARADISO

Q   We'll talk a little bit later about   2:41:36PM
something called the Halloween incident.  But do
you know what I'm referring to when I say the
Halloween incident?

A   I believe so.                      2:41:41PM

Q   That's the fight that happened at     2:41:42PM
Houser's on Halloween of 2004?

A   Yes.                               2:41:46PM

Q   Isn't it true that after the Halloween   2:41:46PM
incident, that Tom Snyder complained to you that
the Bosettis did not know the radio codes?

MR. NOVIKOFF:  Objection.  Leading.     2:41:54PM

A   I don't recall that.               2:41:56PM

Q   You don't recall one way or the other?   2:41:57PM

A   I don't recall.                    2:42:00PM

Q   Would it be a serious concern of yours   2:42:12PM
as chief of police if an officer did not respond
to a 10/1?

A   Yes.                               2:42:19PM

MR. NOVIKOFF:  Objection.               2:42:19PM

BY MR. GOODSTADT:                        2:42:20PM

Q   What is a 10/1?                    2:42:20PM

A   A 10/1 is officer needs help.        2:42:22PM

Q   Is that one of the most important     2:42:24PM

TSG Reporting - Worldwide  (877) 702-9580

Page 181

EDWARD PARADISO

codes?

A   I would think so, yes.             2:42:30PM

Q   Did you ever have a problem with the   2:42:42PM
Bosettis putting down on their time sheet an
extra half hour from the time they actually
arrived at the checkpoint as opposed to when
they actually started serving?

MR. NOVIKOFF:  Objection to form.       2:42:57PM
Foundation.

A   I don't recall that they ever did     2:43:02PM
that.

Q   Did you ever put out a directive or a   2:43:07PM
memo that the officers' time sheets should
reflect the time that they actually started
working as opposed to the time they got to the
check-out point, or the check-in point, I should
say?

MR. NOVIKOFF:  Objection.  Form.        2:43:24PM

A   I don't recall if I ever wrote a memo   2:43:40PM
like that.

Q   Was there a certain rule as to when   2:43:42PM
your time started in terms of being paid?

A   Time started usually when you arrived   2:43:50PM
at the village.  Sometimes what would happen in

TSG Reporting - Worldwide  (877) 702-9580

Page 182

EDWARD PARADISO

1   the off season is guys would make their relief
2   point was at the checkpoint.  So the guy going
3   off would drop one car off, and that guy would
4   come in with that car.  When those situations
5   started, then their time would start when they
6   got into the car.  When you have one guy driving
7   relief and four guys coming in, the time would
8   start when they arrived in the village.  So it
9   would depend on the circumstance.
10
11       Q    Was there ever a problem with any of   2:44:25PM
12  the officers on their time cards putting in
13  before the time that you just testified to would
14  actually start the clock?
15       MR. NOVIKOFF:  Objection to form.  I   2:44:35PM
16  don't understand it.
17       A    I don't recall that.          2:44:40PM
18       Q    When you were the chief, were you the   2:44:51PM
19  person responsible for making sure that all the
20  officers had passed the required certifications?
21       A    Yes.                         2:44:59PM
22       Q    And you delegated to George Hesse to   2:45:04PM
23  handle all the conversations with the village
24  and Civil Service Civil Service during that
25  period that you testified to before?

TSG Reporting - Worldwide  (877) 702-9580

Page 183

EDWARD PARADISO

1
2       A    Yes.                         2:45:14PM
3       Q    Did you get updates from George Hesse   2:45:14PM
4   on that issue?
5       A    Yes.                         2:45:17PM
6       Q    When did you first learn that there   2:45:19PM
7   were issues with the certification of some of
8   your police officers?
9       A    I think it was the summer of 2004.   2:45:45PM
10       Q    How did you learn of it?       2:45:49PM
11       A    I got a call from the village office   2:45:51PM
12  that Suffolk County Civil Service said that
13  there were irregularities with several of the
14  officers, that they didn't go through all the
15  different aspects that the county was requiring.
16  So I think Joe Loeffler got involved.  He spoke
17  with them, and he worked out -- because it
18  would've really severely impacted the amount of
19  officers we had working in the village if Civil
20  Service didn't give us some time to get
21  everybody through.  So Civil Service said,
22  that's fine, we'll give you as much time as you
23  need, have the guys start the process and get
24  them all through.  So they gave us the year to
25  get everybody through.

TSG Reporting - Worldwide  (877) 702-9580

Page 184

EDWARD PARADISO

1
2       Q    So when you say they gave you a year,   2:46:43PM
3   from when to when?
4       A    I guess from the mid to end summer of   2:46:46PM
5   2004 to about the same time in 2005.
6       Q    Who from the village office told you   2:46:56PM
7   about this irregularity?
8       A    I think it was Mary Ann.  I forget her   2:47:01PM
9   last name.
10       Q    Mary Ann Minerva?            2:47:05PM
11       A    Yeah.  Is it possible that she told   2:47:07PM
12  you about that in December of '03?
13       MR. NOVIKOFF:  Objection.      2:47:13PM
14       A    I don't think so.  I think it was the   2:47:20PM
15  summer of '04.
16       Q    So to your knowledge, nothing was   2:47:23PM
17  being done in December of '03 to rectify the
18  problem?
19       A    I don't recall.  Might have been.  I   2:47:31PM
20  might have my years wrong.
21       Q    Is there anything that would refresh   2:47:40PM
22  your recollection about this issue?
23       A    I don't know.                2:47:42PM
24       Q    How about Alan Loeffler, was he one of   2:47:43PM
25  the officers who was not certified?

TSG Reporting - Worldwide  (877) 702-9580

Page 185

EDWARD PARADISO

1
2       A    Alan Loeffler.  As far as I know, he   2:47:50PM
3   was certified.
4       Q    And who was Alan Loeffler?     2:48:01PM
5       A    Alan Loeffler?               2:48:04PM
6       Q    Yeah, is he --               2:48:07PM
7       A    He was the son of the former chief.   2:48:08PM
8   He was working as a police officer when I
9   started there.
10       Q    Is he brother with the current mayor?   2:48:15PM
11       A    Yes.                        2:48:18PM
12       MR. GOODSTADT:  Can you mark that,   2:48:32PM
13  please.
14       (Whereupon, Bates document 235 was   2:48:34PM
15  marked as Plaintiff's Exhibit 6 for
16  identification, as of this date.)
17  BY MR. GOODSTADT:                     2:49:05PM
18       Q    I believe you said that you received a   2:49:07PM
19  phone call from Minerva, is that correct, to
20  inform you of the irregularity that you
21  testified to?
22       A    I don't know if it was a phone call or   2:49:16PM
23  they called me into the office.  I don't recall.
24  One way or the other.
25       Q    Did you ever receive anything in   2:49:21PM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  writing from her with respect to that issue?
3      A   I don't recall.                    2:49:31PM
4      Q   Do you know who Catherine Spies is?   2:49:32PM
5      A   Yeah.  She was one of the girls that   2:49:35PM
6  worked in the office.
7      Q   Do you recall ever receiving anything   2:49:37PM
8  in writing from Ms. Spies about certain officers
9  not being certified?
10     A   I don't recall receiving -- I'm sure I   2:49:54PM
11 did, but I don't recall receiving something.
12         MR. NOVIKOFF:  Paradiso 6.        2:50:02PM
13         MR. GOODSTADT:  I've placed in front   2:50:10PM
14 of Mr. Paradiso what's been marked as
15 Paradiso 6.  It's a one-page memo dated
16 April 18, 2005, bearing Bates Number 235.
17 (Handing.)
18 BY MR. GOODSTADT:                        2:50:21PM
19     Q   Mr. Paradiso, do you recall receiving   2:50:22PM
20 this memo that's marked as Paradiso 6?
21     A   No.                              2:50:43PM
22         MR. NOVIKOFF:  Just also note for the   2:50:43PM
23 record, at least my copy looks like the
24 bottom paragraph --
25         THE WITNESS:  That's how mine is also.   2:50:51PM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2         MR. NOVIKOFF:  -- is missing.      2:50:52PM
3         MR. GOODSTADT:  That's how it was   2:50:53PM
4  produced to us.
5         MR. NOVIKOFF:  I'm not suggesting   2:50:55PM
6  otherwise.  I'm just saying on this exhibit
7  that it's missing.
8  BY MR. GOODSTADT:                        2:50:57PM
9      Q   I just want to focus your attention   2:50:58PM
10 where it says Gary Bosetti and Richard Bosetti.
11         Do you see those two names?        2:51:03PM
12     A   Yes.                             2:51:05PM
13     Q   And it says "needs polygraph."     2:51:05PM
14         Do you see that?                  2:51:06PM
15     A   Uh-huh.                          2:51:08PM
16     Q   Do you know what that means?       2:51:08PM
17     A   It means they need to take their   2:51:10PM
18 polygraphs.
19     Q   And that was one of the tests to be   2:51:13PM
20 certified in Suffolk County?
21     A   Yes.  Unless you were a sheriff.   2:51:17PM
22     Q   How about on Ocean Beach, though?   2:51:19PM
23     A   Well, according to the county, that's   2:51:20PM
24 what they wanted them to get.
25     Q   Okay.  So according to Civil Service,   2:51:25PM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  in order to be certified to work as a police
3  officer in Ocean Beach, they need to pass the
4  polygraph, correct?
5      A   Unless you were a sheriff.        2:51:34PM
6      Q   I'm asking about -- were there ever   2:51:35PM
7  any sheriffs in Ocean Beach?
8      A   Yeah, I had sheriffs working for me as   2:51:39PM
9  police officers, but they weren't required to
10 take the polygraph.
11         MR. NOVIKOFF:  I think the witness is   2:51:45PM
12 saying unless they were a sheriff in another
13 jurisdiction.
14         THE WITNESS:  No, in Suffolk County.   2:51:49PM
15 BY MR. GOODSTADT:
16     Q   In Suffolk County, correct.  So if you   2:51:51PM
17 were a sheriff in Suffolk County?
18     A   You could work for me as a police   2:51:53PM
19 officer, but you wouldn't have to take a
20 polygraph.  The sheriffs weren't required.
21     Q   But they were working other police   2:51:58PM
22 jobs in Suffolk County, correct?
23     A   They were working as sheriffs, which   2:52:01PM
24 are police officers for Suffolk County Police.
25     Q   And who told you that, the whole   2:52:06PM

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

1
2  sheriffs rule?
3      A   I -- I think George -- they had told   2:52:10PM
4  that to George, the sheriff.  Or the guys
5  themselves said our union rep said we don't have
6  to take the polygraph.  The sheriff said we
7  don't have to take it, and so we're not going to
8  take it.  And Civil Service said okay.
9      Q   Do you know who at Civil Service said   2:52:24PM
10 okay?
11     A   No.                              2:52:26PM
12     Q   Did you ever speak with anybody at   2:52:26PM
13 Civil Service who said okay?
14     A   No.                              2:52:30PM
15     Q   Now, under the Bosettis, it says John   2:52:30PM
16 Bullis.
17         Do you see that?                  2:52:36PM
18     A   Yes.                             2:52:37PM
19     Q   Is that the John you were referring to   2:52:37PM
20 before?
21     A   No.                              2:52:39PM
22     Q   John Bullis, it says "not approved -   2:52:41PM
23 resigned."  Do you know what that means?
24     A   Yeah.  He declined to take -- to   2:52:47PM
25 follow through with the process.  He just

TSG Reporting - Worldwide  (877) 702-9580

Page 190

EDWARD PARADISO

1  decided to quit.
2
3  **Q   Are you related to Mr. Bullis?   2:52:57PM**
4  A   He's my brother-in-law.   2:52:59PM
5  **Q   So he's married to your sister?   2:53:03PM**
6  A   No, I'm married to --   2:53:07PM
7  **Q   You're married to his sister?   2:53:08PM**
8  A   I'm married to his wife's -- my wife   2:53:10PM
9  and his wife are sisters.
10 **Q   Do you know why he resigned as opposed  2:53:16PM**
11 **to take the test?**
12 A   He went off his diet and gained like   2:53:22PM
13 100 pounds.
14 **Q   It says "John Dyer needs   2:53:27PM**
15 **polygraph/physical."**
16 **Do you see that?   2:53:31PM**
17 A   Yes.   2:53:31PM
18 **Q   Do you know whether he ever took his   2:53:32PM**
19 **polygraph or physical?**
20 A   I don't know.  I know that -- I don't   2:53:35PM
21 think he did.  I think he -- he got a job -- he
22 was going to school to become a nurse.  He got a
23 job full-time as a nurse, so he decided not to
24 come back.
25 **Q   And you go down to Thomas Shore.   2:53:52PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 191

EDWARD PARADISO

2  **Do you see that?   2:53:53PM**
3  A   Uh-huh.   2:53:54PM
4  **Q   It says "needs physical."  Do you know  2:53:54PM**
5  **whether he ever took the physical?**
6  A   I think he did, yes.   2:53:59PM
7  **Q   So he eventually passed --   2:54:00PM**
8  A   Yes.   2:54:02PM
9  **Q   -- or was certified?   2:54:02PM**
10 A   Uh-huh.   2:54:04PM
11 **Q   Now, during the period that these   2:54:04PM**
12 **officers who are indicated that they were not**
13 **certified, they were being paid as police**
14 **officers up until the point that they were**
15 **certified; is that correct?**
16 A   Yes.   2:54:15PM
17 **Q   Do you know who Lonny Augenbaugh is?  2:54:33PM**
18 A   Yes.   2:54:36PM
19 **Q   Do you know whether he was certified?  2:54:37PM**
20 A   Yes, he was.   2:54:39PM
21 **Q   How about Tyree Bacon?   2:54:39PM**
22 A   He's right here.  He says "good."   2:54:42PM
23 **Q   Do you know whether he ever had a   2:54:44PM**
24 **problem with his certification?**
25 MR. NOVIKOFF:  Objection.   2:54:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 192

EDWARD PARADISO

2  A   I think -- yeah, they had a problem   2:54:47PM
3  with him.  They wanted him to go back through
4  also.
5  **Q   Do you know why?   2:54:52PM**
6  A   No.   2:54:53PM
7  **Q   Is it because you didn't send the   2:54:53PM**
8  **proper paperwork to Civil Service?**
9  MR. NOVIKOFF:  "You" being   2:54:59PM
10 Mr. Paradiso or "you" being the village?
11 MR. GOODSTADT:  "You" being   2:55:02PM
12 Mr. Paradiso.
13 A   I don't believe that's why.   2:55:05PM
14 **Q   So if he testified that that was the   2:55:06PM**
15 **reason, he'd be lying?**
16 MR. NOVIKOFF:  Objection.   2:55:10PM
17 A   I don't -- I wouldn't call him a liar.  2:55:13PM
18 Maybe he's just got the facts wrong.
19 **Q   So it wouldn't be truthful, that   2:55:19PM**
20 **statement?**
21 MR. NOVIKOFF:  Objection.   2:55:22PM
22 A   I wouldn't say it wouldn't be   2:55:23PM
23 truthful.  I don't -- I don't see where the
24 problem is.  It says that he's good here.
25 **Q   You said they wanted him to go back   2:55:26PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 193

EDWARD PARADISO

2  **through the test, right?**
3  A   Yeah, because there was a break in   2:55:30PM
4  service.
5  **Q   He testified, I represent to you, that  2:55:32PM**
6  **the reason why he had to go through the test**
7  **again was because you didn't forward the correct**
8  **paperwork on to Civil Service?**
9  A   Oh.   2:55:41PM
10 **Q   Do you recall that being the case?   2:55:42PM**
11 A   I don't recall that being the case,   2:55:44PM
12 no.
13 **Q   Do you recall ever discussing that   2:55:48PM**
14 **with him?**
15 A   No.   2:55:50PM
16 **Q   If you look down on the list, Arnold   2:55:55PM**
17 **Hardman.  Do you see that?  Strike that.  You**
18 **don't have the list.**
19 **Do you know whether Arnold Hardman was  2:56:05PM**
20 **certified?**
21 A   I don't know.   2:56:08PM
22 **Q   So it never came to your attention   2:56:15PM**
23 **that Arnold Hardman never passed the polygraph?**
24 A   I was out in -- at the end of 2005.   2:56:20PM
25 So he might have been scheduled past that point.

TSG Reporting - Worldwide  (877) 702-9580

Page 194

EDWARD PARADISO

1  But after I went out, I didn't get any
2  information from the police department about
3  anything that was going on.
4      Q   Did Arnold Hardman ever work under you  2:56:33PM
5  as a police officer?
6      A   Yes.                                   2:56:38PM
7          MR. NOVIKOFF:   When you say -- in     2:56:38PM
8  theory.
9          MR. GOODSTADT:   In his department.    2:56:41PM
10         MR. NOVIKOFF:   Are you saying work on  2:56:42PM
11  his tour or within his department?
12         MR. GOODSTADT:   Within the department.  2:56:45PM
13     A   Yes.                                   2:56:46PM
14     Q   Did he ever work under you on your     2:56:46PM
15  tour?
16     A   There might have been some night tours  2:56:49PM
17  when I was working and he was working.
18     Q   Did you work any night tours in '05?   2:56:54PM
19     A   I would work nights if George took,    2:56:57PM
20  like, time off.
21     Q   Like vacation or something?            2:57:01PM
22     A   Yeah.                                  2:57:02PM
23     Q   Do you know who Eric Onderdonk is?     2:57:08PM
24     A   Eric Onderdonk.  Yeah.                 2:57:12PM

TSG Reporting - Worldwide  (877) 702-9580

Page 195

EDWARD PARADISO

1      Q   Do you know whether he was certified?  2:57:16PM
2      A   Yeah.                                  2:57:18PM
3      Q   Did he have a break in service?        2:57:19PM
4      A   Eric Onderdonk?                        2:57:20PM
5      Q   Yes.                                   2:57:21PM
6      A   No.  He left to become an Amityville   2:57:21PM
7  PD police officer.
8      Q   Do you know who Daniel Shook is?       2:57:26PM
9      A   Dan was the one that hurt his leg      2:57:29PM
10  while he was running the physical.  So he pulled
11  out of the process.
12     Q   Did he ever work as a police officer   2:57:38PM
13  in Ocean Beach?
14     A   Prior to being requested to go back    2:57:41PM
15  through, yes.
16     Q   Paid as a police officer?              2:57:44PM
17     A   Yes.                                   2:57:45PM
18     Q   How about William Walsh, do you know   2:57:47PM
19  who that is?
20     A   Yes.                                   2:57:50PM
21     Q   Who is William Walsh?                  2:57:50PM
22     A   He worked for me as a police officer.  2:57:52PM
23  He's a retired city sergeant.
24     Q   Do you know whether he ever took any   2:57:56PM

TSG Reporting - Worldwide  (877) 702-9580

Page 196

EDWARD PARADISO

1  of the exams needed to be certified as a police
2  officer?
3      A   I don't know.                          2:58:01PM
4      Q   Sitting here today, do you know        2:58:14PM
5  whether it was a violation of Civil Service law
6  for those officers who hadn't passed the test to
7  be working as a police officer and paid as a
8  police officer?
9          MR. NOVIKOFF:   Objection to form.     2:58:23PM
10     A   I don't know.                          2:58:38PM
11         MR. GOODSTADT:   Just mark that.       2:58:55PM
12         (Whereupon, Bates document P 542 was   2:58:56PM
13  marked as Plaintiff's Exhibit 7 for
14  identification, as of this date.)
15         MR. NOVIKOFF:   This is Number 7?      2:59:19PM
16         MR. GOODSTADT:   Yes.                  2:59:20PM
17         I've placed in front of Mr. Paradiso   2:59:23PM
18  what's been marked as Paradiso 7.  It's a
19  one-page memo dated March 31, 2005, bearing
20  Bates Number P 542.  (Handing.)
21  BY MR. GOODSTADT:                             2:59:34PM
22     Q   Mr. Paradiso, do you recall receiving  2:59:34PM
23  this memorandum marked as Paradiso 7?
24     A   No.                                    3:00:03PM

TSG Reporting - Worldwide  (877) 702-9580

Page 197

EDWARD PARADISO

1      Q   So if you look down at the text, the   3:00:06PM
2  second line down, it says, "I'm hoping that this
3  season will be a much smoother one with regard
4  to new hires and returnees and regard to
5  qualifications required by Suffolk County Civil
6  Service."
7          Do you see that?                       3:00:20PM
8      A   Uh-huh.  Yes.                          3:00:22PM
9      Q   Do you have any idea what that's       3:00:23PM
10  referring to?
11     A   Well, the same thing that this is      3:00:25PM
12  referring to.
13         MR. NOVIKOFF:   Let the record reflect  3:00:28PM
14  the witness is pointing, I think, to
15  Paradiso Number 6.
16         Is that correct?                       3:00:33PM
17         THE WITNESS:   Yes.                    3:00:34PM
18  BY MR. GOODSTADT:                             3:00:38PM
19     Q   So that's referring to the officers    3:00:38PM
20  that weren't certified?
21     A   Right.  That's what I said.  In 2004   3:00:40PM
22  it came to light, and they were giving us time
23  to get everybody through the process.  Here in
24  April, the majority of the guys had gone through

TSG Reporting - Worldwide  (877) 702-9580

Page 198

EDWARD PARADISO

1          EDWARD PARADISO
2   the process, and they were just working out the
3   polygraphs.
4        Q    And did you -- strike that.        3:00:54PM
5             Did you ever have anything in writing  3:00:58PM
6   that said Suffolk County was giving you the time
7   to work this out?
8        A    No.                          3:01:04PM
9        Q    Then how did you learn that Suffolk    3:01:04PM
10  County was giving you this time?
11       A    I guess the different conversations    3:01:08PM
12  with George and the village office.
13       Q    Who in the village office?         3:01:11PM
14       A    I guess Kathy or Mary Ann.         3:01:15PM
15       Q    Do you actually recall any         3:01:17PM
16  conversations with either of them with respect
17  to this issue?
18       A    Nothing specific.  It was kind of like  3:01:50PM
19  a process that everybody was involved in trying
20  to get through.  So we would have, you know,
21  anything new happening?  No, not yet.  Or, who's
22  scheduled?  We have dates for these guys to go
23  through this or that.  You know, I would get my
24  information from George and, you know, so -- it
25  was a process.  The village board was aware of

TSG Reporting - Worldwide  (877) 702-9580

---

Page 199

EDWARD PARADISO

1   it.  Everybody was aware of what was going on.
2        Q    How do you know the board was aware of  3:02:17PM
3   it?
4        A    Because I would have conversations    3:02:19PM
5   with Joe Loeffler.  They had discussions with it
6   at board meetings.
7        Q    Board meetings that you were at?    3:02:29PM
8        A    Yeah.                        3:02:31PM
9        Q    In open session or executive session?  3:02:31PM
10       A    It was probably in executive session.  3:02:41PM
11       Q    Were you in executive sessions?     3:02:43PM
12       A    I would be.                   3:02:45PM
13       Q    In all the executive sessions?      3:02:46PM
14       A    Not all of them, no.             3:02:47PM
15            MR. GOODSTADT:  Let me mark the record  3:02:58PM
16  to request the production of any minutes of
17  any meetings or sessions in which this issue
18  was discussed at board meetings because I
19  don't think we have any.
20            MR. NOVIKOFF:  Taken under advisement.  3:03:09PM
21  BY MR. GOODSTADT:                      3:03:14PM
22       Q    Did you ever speak with anybody at    3:03:14PM
23  Civil Service with respect to this issue?
24       A    No.                         3:03:18PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 200

EDWARD PARADISO

1            MR. NOVIKOFF:  The issue being having  3:03:21PM
2   time to fix the issue?
3            MR. GOODSTADT:  Anything at all about  3:03:25PM
4   this issue.
5            MR. NOVIKOFF:  That wasn't the       3:03:26PM
6   question.  Okay.
7   BY MR. GOODSTADT:                      3:03:27PM
8        Q    I asked did you ever speak with      3:03:27PM
9   anybody at Civil Service with respect to this
10  issue of certified officers, anything at all
11  about the issue.
12       A    No.                         3:03:35PM
13       Q    Did you get a copy of the          3:03:39PM
14  pre-polygraph questionnaire for officers prior
15  to their taking the polygraph?
16       A    Which one?                   3:04:02PM
17       Q    What do you mean, which one?       3:04:03PM
18       A    The one that the county would normally  3:04:06PM
19  give or the one George developed.
20       Q    Either one.  Let's start with the one  3:04:11PM
21  the county normally gives.
22       A    No, I never saw a copy of that.     3:04:15PM
23       Q    How about the one that George        3:04:19PM
24  developed?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 201

EDWARD PARADISO

1        A    I don't think so.              3:04:32PM
2        Q    Why did George develop a pre-polygraph  3:04:39PM
3   questionnaire?
4        A    It -- over time, it got more and more  3:04:46PM
5   difficult to get guys into the seasonal police
6   academy.  It would seem -- I think when Frank
7   went through, there were only nine of you that
8   got into that class, when 10 or 12 or 15 years
9   ago there would be 70 or 80 in a seasonal police
10  officer class.  And it almost seemed like the
11  county was trying to do away with the seasonal
12  police officer program because they were making
13  it more increasingly difficult to get officers
14  through.
15            So I think -- I think George worked on  3:05:33PM
16  a questionnaire and submitted it and got it
17  approved through -- Suffolk County Police said,
18  okay, we'll use this one.  And they used that,
19  and George sat in on the questioning for the
20  polygraph.
21       Q    When you said before that it was more  3:06:00PM
22  difficult to get in the program or they were
23  trying to do away with the program, was that
24  your opinion?

TSG Reporting - Worldwide  (877) 702-9580

EDWARD PARADISO

2  A   That was just my opinion. It        3:06:09PM
3  wasn't -- that's just how it seemed.
4      Q   And when you said that George got the  3:06:15PM
5  pre-polygraph questionnaire approved, who did he
6  get it approved by?
7      A   I think by the Suffolk County Police  3:06:22PM
8  academy unit that was handling the polygraph
9  section.
10     Q   How do you know that he got it        3:06:29PM
11 approved? Did you ever see the approval?
12     A   No. He told me. I think he told me   3:06:33PM
13 he got it approved or they were using an
14 approved -- one or the other.
15     Q   So George would administer the       3:06:42PM
16 pre-polygraph questionnaire?
17     A   He didn't administer. They had their 3:06:46PM
18 own -- the county provided the polygraph
19 administration, you know. It's a -- you know,
20 the process was very new, and it only really
21 came into effect as I was leaving. So I never
22 really got to sit through or observe any of it
23 because by the time they really started getting
24 all the polygraphs done, I was already out of
25 there.

EDWARD PARADISO

2      Q   Didn't you as of the summer of       3:07:12PM
3  '04, you knew they had to take the polygraphs?
4      A   They had to do everything. So there  3:07:18PM
5  was this process. So they had to get through
6  the physical, the psychological, their agility
7  test and then do the polygraph. The polygraph
8  was the last section of the tests.
9      Q   So when you say the polygraph was a   3:07:27PM
10 new process, when did that become a requirement?
11     A   I think they added the polygraph in,  3:07:37PM
12 like, 2000.
13     Q   So when you say new, within five years 3:07:42PM
14 is considered new?
15     A   Yeah.                   3:07:48PM
16     MR. GOODSTADT: Mark that.         3:08:05PM
17     (Whereupon, Bates document 5773     3:08:06PM
18 marked as Plaintiff's Exhibit 8 for
19 identification, as of this date.)
20     MR. GOODSTADT: I've placed in front  3:08:34PM
21 of Mr. Paradiso what's been marked as
22 Paradiso 8. It's a one-page letter dated
23 October 30, 2005, and it bears Bates
24 Number 5773.  (Handing.)
25

EDWARD PARADISO

2      A   Okay. I never received this letter.  3:08:51PM
3  I was out on disability as of September 26th,
4  2005.
5      Q   Okay. So this letter that was to you, 3:08:56PM
6  you don't recall ever receiving it?
7      A   Never received it.            3:09:01PM
8      Q   Did you ever hear of the issue that  3:09:02PM
9  Alan Loeffler did not successfully complete the
10 basic course for police officers?
11     A   I had heard reference of it. I don't 3:09:05PM
12 remember from who. But I was out of the loop
13 when it was coming to what was going on with the
14 police department at that point. So it never
15 really came under anything that I had to concern
16 myself about.
17     Q   Did you ever hear how this was       3:09:25PM
18 resolved?
19     A   No.                    3:09:27PM
20     Q   Do you know if Alan Loeffler still    3:09:28PM
21 works at the department as a police officer?
22     A   No.                    3:09:37PM
23     Q   Did you ever speak with Alan Loeffler 3:09:37PM
24 about this issue?
25     A   No.                    3:09:38PM

EDWARD PARADISO

2      Q   When was the last time you spoke with 3:09:39PM
3  Alan Loeffler?
4      A   I ran into him buying furniture about 3:09:42PM
5  three weeks ago.
6      Q   And how about before that?         3:09:46PM
7      A   I think he came to my father's funeral 3:09:50PM
8  in 2006.
9      Q   Do you know whether he was employed as 3:09:55PM
10 a police officer at that time?
11     A   I don't know. I don't believe so,    3:09:59PM
12 because he retired.
13     Q   Do you know when he retired?        3:10:05PM
14     A   I'm not certain.             3:10:08PM
15     Q   Do you know why he retired?        3:10:09PM
16     A   He retired from his town job; and he  3:10:10PM
17 had enough time on as a police officer, so he
18 retired. Once you retire from one, you can't
19 keep working. I guess he wanted to retire from
20 everything at once, so he just retired from
21 everything.
22     Q   If you look at the handwriting on the 3:10:30PM
23 bottom left there, do you recognize that
24 handwriting?
25     MR. NOVIKOFF: Objection to form.     3:10:35PM

Page 206

EDWARD PARADISO

1    EDWARD PARADISO
2    A    I don't recognize anybody's          3:10:40PM
3    handwriting.
4    Q    You don't remember, okay.            3:10:43PM
5        How many years did Alan Loeffler work  3:10:52PM
6    as a police officer?
7    A    One second. I'm just reading it.     3:10:55PM
8        Which is interesting, because if you  3:11:07PM
9    look back here at Number 6, his name is down as
10   good.
11   Q    Okay.                                3:11:14PM
12   A    So how does that happen? Suffolk     3:11:15PM
13   County Civil Service had him down as good. New
14   York State is saying they can't find it. What
15   do we do with that?
16   Q    Do you know whether Suffolk County   3:11:28PM
17   Civil Service ever chimed in on this issue?
18   A    No idea. They listed him as good on  3:11:32PM
19   this letter.
20       MR. GOODSTADT: Can you mark that,     3:11:41PM
21   please.
22       (Whereupon, Bates document 5769 was   3:11:43PM
23   marked as Plaintiff's Exhibit 9 for
24   identification, as of this date.)
25       MR. NOVIKOFF: It's a mystery to me.   3:11:45PM

TSG Reporting - Worldwide  (877) 702-9580

Page 207

EDWARD PARADISO

1    EDWARD PARADISO
2        MR. GOODSTADT: What was that?         3:11:50PM
3        MR. NOVIKOFF: I said it was a mystery 3:11:51PM
4    to me.
5        Number 9?                             3:12:11PM
6        MR. GOODSTADT: Yes.                   3:12:12PM
7    A    I never received this letter either. 3:12:13PM
8        MR. GOODSTADT: Let me just introduce  3:12:16PM
9    it first.
10       I placed in front of Mr. Paradiso     3:12:17PM
11   what's now been marked as Paradiso 9. It's
12   a one-page letter dated October 6th, 2005,
13   bearing Bates Number 5769.
14   BY MR. GOODSTADT:                          3:12:32PM
15   Q    Mr. Paradiso, did you ever receive   3:12:33PM
16   this letter?
17   A    No, sir.                             3:12:36PM
18   Q    Have you ever seen this letter?      3:12:36PM
19   A    No. It says here he's no longer      3:12:38PM
20   employed by the village.
21   Q    Where are you referring to?          3:12:48PM
22   A    It says here at the bottom, "It is our  3:12:49PM
23   understanding that Mr. Loeffler is no longer
24   employed by the village."
25       Did they ever submit the CS-150?      3:12:57PM

TSG Reporting - Worldwide  (877) 702-9580

Page 208

EDWARD PARADISO

1    EDWARD PARADISO
2    Q    Luckily, I don't have to answer      3:13:04PM
3    questions today. I don't have the answer to the
4    question.
5    A    So they recanted his good on Number 6. 3:13:12PM
6    Q    Well, I don't know. I'm asking if    3:13:17PM
7    you've ever seen this letter. If you haven't,
8    you haven't.
9    A    No.                                  3:13:22PM
10       How do we know that any of the goods  3:13:23PM
11   on this letter are good if they can send you a
12   letter a year later and they they're not good.
13       MR. NOVIKOFF: It's not a year later.  3:13:31PM
14       THE WITNESS: It's five months later.  3:13:34PM
15       MR. NOVIKOFF: Yeah.                   3:13:35PM
16   BY MR. GOODSTADT:                          3:13:36PM
17   Q    Do you know how Civil Service became 3:13:37PM
18   aware of this issue that there were certain
19   officers working at the Ocean Beach Police
20   Department who were not certified to work in
21   Suffolk County?
22       MR. NOVIKOFF: Objection to form.      3:13:47PM
23   A    I believe I thought it was Mary Ann  3:13:48PM
24   Minerva went to certify the payroll.
25   Q    Did you ever hear anyone allege that 3:13:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 209

EDWARD PARADISO

1    EDWARD PARADISO
2    it was Tom Snyder who went to Civil Service to
3    alert them to that fact?
4        MR. NOVIKOFF: Did he ever hear it on  3:14:02PM
5    a ledge?
6        MR. GOODSTADT: Did he hear it         3:14:04PM
7    alleged.
8    BY MR. GOODSTADT:                          3:14:05PM
9    Q    Have you ever heard the allegation   3:14:05PM
10   that Tom Snyder was the one who went to Civil
11   Service to let them know about this issue of
12   uncertified officers working at Ocean Beach?
13   A    I remember -- I remember that. They  3:14:18PM
14   did say that you did that, Tommy, but there was
15   no proof that I could see. It was kind of like
16   a rumor.
17   Q    Who said that?                       3:14:29PM
18   A    I don't know. It was just a -- you   3:14:29PM
19   know. There would be, like, a talk. You know,
20   you'd walk past and hear a conversation or
21   something. It wasn't anybody that came up to me
22   and said, you know, Tommy Snyder called Civil
23   Service. It wasn't like that. I mean, what
24   would he have to gain by calling Civil Service?
25   Q    My question was who did you learn that 3:14:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 210

EDWARD PARADISO

1  from.
2
3      A   I don't know.  It was just something   3:14:57PM
4  that you'd hear.  I don't know who.
5      Q   You don't know who you heard it from?   3:15:01PM
6      A   No.                    3:15:03PM
7      Q   Did you ever hear George Hesse make   3:15:03PM
8  that statement?
9      A   No.                    3:15:06PM
10     Q   Did you ever hear Gary Bosetti make   3:15:07PM
11  that statement?
12     A   I just said I don't know who I heard   3:15:10PM
13  it from.
14     Q   Did you ever hear anyone call Tom   3:15:12PM
15  Snyder a Civil Service rat?
16     A   No.                    3:15:18PM
17     Q   Did you ever hear anyone call Kevin   3:15:18PM
18  Lamm a Civil Service rat?
19     A   No.                    3:15:22PM
20     Q   Did you ever hear that same rumor   3:15:23PM
21  about Kevin Lamm, that he alerted Civil Service
22  to this issue?
23     A   No.                    3:15:30PM
24     Q   Did you ever hear anyone call Tom   3:15:32PM
25  Snyder a rat, ever?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 211

EDWARD PARADISO

1
2      A   No.                    3:15:40PM
3      Q   Did you ever see anybody refer to Tom   3:15:42PM
4  Snyder as a rat in writing as opposed to hearing
5  it?
6      MR. NOVIKOFF:  Objection.          3:15:48PM
7      A   No.                    3:15:52PM
8      Q   Did you ever hear or see anyone refer   3:15:52PM
9  to Frank Fiorillo as a rat?
10     A   No.                    3:15:56PM
11     Q   Did you ever or see anyone refer to   3:15:56PM
12  Kevin Lamm as a rat?
13     A   You just asked me that.           3:16:01PM
14     Q   I think I asked Snyder.           3:16:03PM
15     MR. NOVIKOFF:  I thought it was Lamm.   3:16:06PM
16  I didn't feel like objecting to it.
17     MR. GOODSTADT:  I think I asked        3:16:09PM
18  Snyder.
19     A   No.                    3:16:12PM
20     Q   No to Kevin Lamm?                3:16:12PM
21     A   No to Kevin Lamm.                3:16:14PM
22     Q   How about Ed Carter, did you ever hear   3:16:15PM
23  or see anyone refer to him as a rat?
24     A   No.                    3:16:20PM
25     Q   Did you ever hear or see anyone refer   3:16:20PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 212

EDWARD PARADISO

1  to Joe Nofi as a rat?
2      A   No.                    3:16:25PM
3      Q   Did there come a point time where   3:16:33PM
4  George Hesse had taken over the background
5  investigations for the officers at Ocean Beach?
6      A   Uh-huh.                  3:16:41PM
7      Q   When was that?              3:16:42PM
8      A   When he came -- when he became   3:16:52PM
9  sergeant.  He started the process.  What we were
10  doing is Suffolk County Police Department, their
11  applicant investigation unit did all of our
12  background investigations for years and years
13  and years.  Then it got to the point where I'd
14  give him 15 names, and none of them would get
15  through the background investigation.  And these
16  were guys that were in the military, Coast Guard
17  guys, just out the military, MPs, clean
18  backgrounds, and for whatever the reason, I
19  couldn't get anybody into the police academy.
20  So at that point, we had to find a different
21  place to find police officers.  So we went to
22  the retired pool as they were just retiring from
23  different jobs.
24     Q   But my question was, when did George   3:17:53PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 213

EDWARD PARADISO

1  Hesse take over the role as doing the background
2  investigations as opposed to Suffolk County?
3      A   Had to be maybe 2002.          3:18:04PM
4      Q   Who gave him that authority?       3:18:25PM
5      A   I did.                  3:18:26PM
6      Q   Did you report that to Suffolk County?   3:18:27PM
7      A   I didn't have to report it to Suffolk   3:18:31PM
8  County.
9      Q   Did you report it to Suffolk County   3:18:33PM
10  though?
11     A   No.                    3:18:35PM
12     Q   Why did you -- strike that.        3:18:38PM
13     After 2002, did Suffolk County do any   3:18:41PM
14  of your background checks?
15     A   No.                    3:18:44PM
16     Q   Why did you no longer use Suffolk   3:18:44PM
17  County?
18     A   I couldn't get anybody through.  It   3:18:47PM
19  seemed like there was a concerted effort not to
20  have seasonal police officers.
21     Q   So you did it to end round Suffolk   3:18:53PM
22  County so you would get people through?
23     MR. NOVIKOFF:  Objection.          3:18:59PM
24     A   I didn't do end round anybody.  We   3:19:00PM

TSG Reporting - Worldwide  (877) 702-9580

Page 214

EDWARD PARADISO

1  didn't end round anybody.  We did a complete,
2  thorough background investigation.  Used the
3  same resources that the Suffolk County Police
4  did.  Sent the fingerprints off.  Did checks of
5  former employees.  You know, everything that was
6  needed to be done to get a pool of names we did.
7  
8     Q    Do you know whether George Hesse      3:19:23PM
9  received any training with respect to doing
10  background checks?
11    A    I don't know if he took any classes or  3:19:50PM
12  not.  I don't recall.
13    Q    Did you review all the background      3:19:55PM
14  checks that he did?
15    A    Yes.                  3:19:58PM
16    Q    How many background checks did he do   3:20:07PM
17  between 2002 and 2005, approximately?
18    A    I don't know.                  3:20:15PM
19    Q    Did you ever receive any training in   3:20:15PM
20  doing background checks?
21    A    From Joe Loeffler, Sr.            3:20:18PM
22    Q    On-the-job training?            3:20:21PM
23    A    Uh-huh.  Yes.               3:20:22PM
24    Q    What year was that?            3:20:24PM
25    A    Started in 1983.            3:20:27PM

Page 215

EDWARD PARADISO

1  
2     Q    Your training of background checks     3:20:30PM
3  started in 1983?
4     A    Yes.                  3:20:34PM
5     Q    How long did that training last?  Just  3:20:34PM
6  on background checks.
7     A    Well, it was an ongoing process that I  3:20:43PM
8  would do with him until he retired.
9     Q    Was Suffolk County doing the         3:20:48PM
10  background checks at that time?
11    A    No.                  3:20:51PM
12    Q    So Joe Loeffler, Sr. was doing them   3:20:51PM
13  with you?
14    A    Yes.                  3:20:54PM
15    Q    Did you train Hesse?            3:20:57PM
16    A    It wasn't like I sat down one day and   3:21:21PM
17  said, okay, today's your day to learn to do
18  background investigations.
19    Q    So is that you didn't train him?      3:21:37PM
20    A    I don't know how to answer the      3:21:40PM
21  question.
22    Q    Do you have anything that would      3:21:50PM
23  demonstrate that you did train him or that he
24  was trained at all?
25    A    I reviewed his -- the work that he    3:21:55PM

Page 216

EDWARD PARADISO

1  did.  It seemed thorough.
2  
3     Q    Did you ever prepare any performance   3:22:14PM
4  evaluations for police officers at Ocean Beach?
5     A    No.                  3:22:18PM
6     Q    Did you ever receive a handbook, Ocean  3:22:21PM
7  Beach handbook, employee handbook?
8     A    Yes.                  3:22:30PM
9     Q    Did you ever distribute a handbook to   3:22:30PM
10  any of your officers?
11    A    The employee handbooks that the      3:22:34PM
12  village handed out were only for full-time
13  employees.
14    Q    So did all of your full-time employees  3:22:41PM
15  receive the handbook?
16    A    There was something that was given by   3:22:44PM
17  the village.  The village gave that to full-time
18  employees.  The village office would hand them
19  out.
20    Q    Do you know whether it's -- strike   3:22:56PM
21  that.
22        How do you know it was only for      3:22:59PM
23  full-time officers?  Who told you that?
24    A    The village only gave it to full-time   3:23:03PM
25  employees.

Page 217

EDWARD PARADISO

1  
2     Q    Did anyone ever tell you that it only   3:23:07PM
3  applies to full-time officers?
4        MR. NOVIKOFF:  Objection.  That's not  3:23:12PM
5  what he testified to.
6        MR. GOODSTADT:  That's what I asked   3:23:15PM
7  him, did anyone ever tell you that it only
8  applied to full-time employees.
9     A    I took it for granted, since they only  3:23:17PM
10  gave me the -- it wasn't my book to give out.
11  It was the village's book.
12        MR. NOVIKOFF:  It sounds like you're   3:23:23PM
13  attacking the witness.
14        MR. GOODSTADT:  I don't need that kind  3:23:26PM
15  of comment.  That is wholly improper.
16        MR. NOVIKOFF:  What is?            3:23:32PM
17        MR. GOODSTADT:  To say that I'm         3:23:33PM
18  attacking the witness.
19        MR. NOVIKOFF:  Well, it sounds like   3:23:33PM
20  it.
21        MR. GOODSTADT:  It doesn't matter what  3:23:35PM
22  it sounds like.  It's wholly improper for
23  you to say on the record that I'm attacking a
24  witness, when A, there's no evidence of it,
25  and B, I'm asking him questions and he's

Page 218

EDWARD PARADISO

1    answering questions.  For you to classify
2    what I've done as attacking is wholly
3    legally improper, and you know it's wrong.
4    You know it's wrong.
5         MR. NOVIKOFF:  I don't think it is.    3:23:51PM
6         MR. GOODSTADT:  We'll bring it to the   3:23:52PM
7    judge and see.  Completely improper and not
8    true.
9         Can I see the question that           3:24:02PM
10   Mr. Novikoff improperly interrupted?
11        (Whereupon, the referred to portion    3:24:15PM
12   was read back by the court reporter:  Did
13   anyone ever tell you that it only applies to
14   full-time officers?)
15   BY MR. GOODSTADT:                          3:24:15PM
16        Q    Did anyone ever tell you that it   3:24:16PM
17   applied only to the full-time employees?
18        MR. NOVIKOFF:  Objection to form.      3:24:22PM
19        A    I believe inside the book it stated   3:24:23PM
20   that it only applied to people who worked in
21   excess of 1,500 hours a year.  I forget what
22   page that might be on; but if you have a copy of
23   the book, I could probably find it for you.
24        Q    Did you ever complete performance   3:24:47PM

TSG Reporting - Worldwide  (877) 702-9580

Page 219

EDWARD PARADISO

1    evaluations for any of the your full-time
2    officers?
3         A    No.                              3:24:53PM
4         Q    Was it a requirement to perform   3:24:54PM
5    performance evaluations for full-time employees?
6         A    No.                              3:25:00PM
7         Q    I believe you testified before that   3:25:03PM
8    at -- at board meetings, I think you said
9    homeowners association meetings that you were --
10   that the complaint was there weren't enough
11   summonses being issued on the beach; is that
12   correct?
13        A    Enforcement.  There wasn't enough   3:25:20PM
14   enforcement.
15        Q    Enforcement.  Was there ever a    3:25:23PM
16   complaint that there weren't enough summonses
17   being written?
18        A    Yeah.  Yes.                       3:25:30PM
19        Q    By who?                           3:25:31PM
20        A    It would be -- it would be a consensus   3:25:33PM
21   of the group.  They looked at enforcement as how
22   many summonses would be issued.  There were
23   years that I would have to give exactly how many
24   summonses were issued weekly to the board at a

TSG Reporting - Worldwide  (877) 702-9580

Page 220

EDWARD PARADISO

1    board meeting.
2         Q    Did you ever instruct police officers   3:25:52PM
3    to write more summonses?
4         A    I told them to enforce the laws.  I   3:25:56PM
5    left the discretion up to the police officers.
6    They have to do the job.
7         Q    Did you ever have any directives with   3:26:10PM
8    respect to that, written directives?
9         A    I would put up how many people wrote   3:26:21PM
10   summonses sometimes.  I put up a list of who
11   wrote summonses, and there would be some that
12   were clearly able to write a lot of summonses
13   and some guys who weren't writing any summonses
14   at all.  And I didn't come down on the guys who
15   weren't writing summonses because I didn't want
16   to -- you shouldn't set quotas as a police
17   officer and you shouldn't set quotas as a
18   requirement of your employment.  You have to
19   have enough faith in the officers that are doing
20   the job that they're doing it with the best
21   intentions in mind.  If an officer seems to feel
22   that people can learn from a warning instead of
23   a summons and they issued warnings, I found -- I
24   had to trust the officers that I had working for

TSG Reporting - Worldwide  (877) 702-9580

Page 221

EDWARD PARADISO

1    me that they were going to do the job and get it
2    done.  When officers write summonses, they had
3    to make sure that they were writing summonses
4    that were enforceable and for proper reasons.
5    So even though a lot of people were complaining
6    that we weren't writing enough summonses, I felt
7    that we were adequately enforcing the law as a
8    village, and that I tried to tell them over and
9    over again, them being the board and the public
10   in general, that if I'm issuing 500 summonses
11   for people riding bicycles, obviously we're not
12   getting the point across that you shouldn't be
13   riding bicycles.  We're writing a lot of
14   summonses.  Showing a lot of summonses doesn't
15   mean that enforcement is any better or that
16   compliance is getting increased.  What I was
17   trying to do is get the word out to people so
18   they wouldn't get summonses, that they would
19   follow the law instead.  I didn't look at the
20   summonses as the end all, be all on how well the
21   officers were doing their jobs or how well we
22   were providing the services to the village.
23   There were some people that were always going to
24   want to see summonses written; and no matter if

TSG Reporting - Worldwide  (877) 702-9580

Page 222

EDWARD PARADISO

1  we wrote a thousand summonses, they still would
2  say that you're not doing enough.
3      So it's part of the job of the chief   3:28:40PM
4  of police or the head of the department to,
5  bottom line, make sure that the job is getting
6  done and that you're not running a police state.
7  You're running a police department in a resort
8  community, where people feel the biggest crime
9  is when you have a soda on the beach. And you
10 have to temper that with, you know, the realism
11 that, you know, people come to enjoy themselves,
12 and it's not out of character for a little kid
13 to pull a cookie out of their pocket and start
14 chewing on it. And some of the laws that people
15 would want enforced were very difficult for some
16 officers, and we tried to do our best.
17     Q   What was the purpose of putting on the  3:29:30PM
18 board the amount of summonses that officers
19 write?
20     A   Because there was such a glaring   3:29:35PM
21 discrepancy with some of the officers that had
22 two summonses for the entire summer and other
23 officers had 300, you know. And I was trying to
24 just like inspire the guys that weren't writing

TSG Reporting - Worldwide  (877) 702-9580

Page 223

EDWARD PARADISO

1  any that you can't let everybody go, you can't
2  be everybody's best friend. You're a police
3  officer. You can't everybody that's speeding go
4  with a warning. You have to write summonses
5  from time to time or they're going to just know
6  that they can get over on you all the time too.
7  So I was trying to inspire the guys that weren't
8  writing a lot of summonses to try to write a few
9  more.
10     Q   So the guys that were writing like two  3:30:10PM
11 summons a year, did you believe that they had an
12 effective enforcement for those years?
13     A   If you looked at basically just    3:30:21PM
14 numbers, you would say yes, they had ineffective
15 enforcement. If they were walking past people
16 who were breaking the law and not stopping and
17 saying stop or taking some kind of action, then
18 I would say yes, they definitely weren't doing
19 their jobs. In a resort community, when you see
20 the same people every day, it's -- it's a
21 service-oriented police department. We're
22 trying to be there for a lot of different
23 thicks, not just writing summonses. A so lot of
24 guys were very good at other portions of the

TSG Reporting - Worldwide  (877) 702-9580

Page 224

EDWARD PARADISO

1  police work, and the summonses weren't their
2  main focus. So it wasn't like they weren't
3  doing their jobs. It was more or less like they
4  spent more their time doing other aspects of their
5  jobs. I was just trying to get them to throw in
6  a few more summonses too.
7      Q   Did you ever write any summons on the  3:31:16PM
8  beach?
9      A   I wrote summonses all the time.   3:31:20PM
10     Q   I believe you testified before that if  3:31:25PM
11 you wanted the beach to be patrolled and
12 enforced, you'd send Frank Fiorillo out there?
13     A   Yes.               3:31:35PM
14     Q   He was a bulldog; is that what you    3:31:35PM
15 called him?
16     A   He was a machine. Frank was a    3:31:39PM
17 diligent worker. Frank would -- if I said,
18 Frank, we're going to concentrate on balls and
19 Frisbees today, he would come back with a
20 handful of summonses for people playing ball.
21 He wouldn't be out there saying, hey, throw me a
22 ball, I'm going to write you a summons. But he
23 would also warn people, listen, can't -- he
24 would go down the beach and warn everybody; and

TSG Reporting - Worldwide  (877) 702-9580

Page 225

EDWARD PARADISO

1  then on the way back, if they were still doing
2  it, he would write the summonses. He wouldn't
3  warn the same people over and over and over
4  again, because obviously they're not getting the
5  hint. And he was very good at what he did.
6      Q   Do you think Frank exercised an      3:32:16PM
7  appropriate level of discretion?
8          MR. NOVIKOFF: Objection.       3:32:20PM
9  BY MR. GOODSTADT:               3:32:21PM
10     Q   As a police officer?          3:32:21PM
11     A   I think Frank knew that I wanted    3:32:23PM
12 enforcement on the beach. So he showed the
13 appropriate amount of discretion for a person
14 who was asked to write summonses.
15     Q   Do you think Frank Fiorillo was a good  3:32:37PM
16 police officer?
17     A   I thought he was a great police     3:32:40PM
18 officer.
19     Q   Tom Snyder was a good police officer?  3:32:42PM
20     A   I thought he was a wonderful police   3:32:43PM
21 officer.
22     Q   What about Eddie Carter, do you think  3:32:45PM
23 he was a good police officer?
24     A   Yes, I do.            3:32:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 226

EDWARD PARADISO

1    EDWARD PARADISO
2    **Q   Was Joe Nofi a good police officer?   3:32:53PM**
3    A   Joe was good.  Joe had his issues,   3:32:55PM
4    okay?  But none that I found to be fatal flaws,
5    none that would stop me from recommending him
6    for another police job.  Joe just had a good
7    personality.  He was a people kind of a guy.  He
8    could get people to open up and talk and --
9    which is a good aspect, because you get a lot of
10   information that way from people.  Joe's only
11   flaw was that his grammar was -- his grammar was
12   lousy, and so we had to work with that with him.
13   But Joe did his job, you know.  He worked for a
14   lot of different agencies, and he was a good
15   guy.
16   **Q   So other than for his grammar and his   3:33:51PM**
17   **penmanship, I think you testified before --**
18   A   Yeah, yeah.   3:33:55PM
19   **Q   -- did you have any other problems   3:33:56PM**
20   **that you perceived with Joe's work?**
21   A   I prefer Joe type than write.   3:33:57PM
22   **Q   But the question is, other than for   3:34:01PM**
23   **the grammar and the penmanship, did you have any**
24   **other problems with Joe's performance as a**
25   **police officer?**

TSG Reporting - Worldwide  (877) 702-9580

Page 227

EDWARD PARADISO

1    EDWARD PARADISO
2    A   No.  The only other problem I had with   3:34:13PM
3    Joe is that he wasn't available enough, you
4    know.  I like guys that could work a lot, and
5    Joe worked for the county and tobacco
6    enforcement and he was a harbor master for
7    Brookhaven Town, I think he was working at.  So,
8    you know, he could only give me -- and then he
9    had a bunch of kids too.  So he was like, you
10   know, I want to spend time with my family, I
11   can't keep working all these hours.  Oh, come
12   on, Joe, you don't need to spend that much time
13   with your family.  I need you working.  So those
14   were my only complaints, that I wanted to have
15   him more.
16   **Q   Just so I'm clear on that last point   3:34:52PM**
17   **about not being available enough.  It wasn't**
18   **that he wasn't available when he was on duty, he**
19   **just wasn't available for enough tours?**
20   A   Yeah, right.   3:35:01PM
21   **Q   I just want to be clear on that.   3:35:02PM**
22   MR. NOVIKOFF: I think that's pretty   3:35:03PM
23   clear.
24   BY MR. GOODSTADT:   3:35:04PM
25   **Q   How about Kevin Lamm, was he a good   3:35:04PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 228

EDWARD PARADISO

1    EDWARD PARADISO
2    police officer?
3    A   Yeah, Kevin Lamm was a wonderful   3:35:07PM
4    police officer.  He was tireless, and he
5    didn't -- he didn't -- one of the good things
6    about Kevin Lamm, he didn't hang out on Fire
7    Island.  He worked and he went home.  He
8    wouldn't go out later on, you know what I mean?
9    Some of the guys could get into trouble with
10   that, you know.  So Kevin, he got hurt doing
11   arrests, you know.  He was a worker, you know,
12   and he'd write summonses, you know, he was a
13   good guy.
14   **Q   Did you ever have any problems with   3:35:47PM**
15   **Kevin Lamm's work as a police officer?**
16   A   The only thing, too, toward the end,   3:35:52PM
17   he was, like, unavailable for different shifts,
18   you know what I mean.  He'd give me a list of
19   days he could work, but there weren't all
20   weekends in it.  And I'd be like, Kevin, you're
21   killing me, you know, this is a weekend job and
22   you're not available, you know, on weekends.  I
23   need you to work.  I need you to work more.
24   **Q   Did you have any problems with him and   3:36:11PM**
25   **his police work when he was actually working?**

TSG Reporting - Worldwide  (877) 702-9580

Page 229

EDWARD PARADISO

1    EDWARD PARADISO
2    A   No.   3:36:15PM
3    **Q   Did you ever have to discipline Gary   3:36:19PM**
4    **Bosetti?**
5    A   Yes.   3:36:24PM
6    **Q   When?   3:36:24PM**
7    A   There was an incident at Houser's --   3:36:26PM
8    Gary or Richie?  Gary.  There was an incident at
9    Houser's -- can we take a break for a minute?  I
10   just have to use the men's room.
11   **Q   Sure.   3:36:41PM**
12   THE VIDEOGRAPHER: The time is 3:38.   3:36:42PM
13   We're going off the record.
14   (Whereupon, a discussion was held off   3:36:46PM
15   the record.)
16   THE VIDEOGRAPHER: The time is 3:51.   3:49:37PM
17   We are back on the record.
18   BY MR. GOODSTADT:   3:49:42PM
19   **Q   I believe before we took the break,   3:49:43PM**
20   **you had mentioned something about disciplining**
21   **Richard Bosetti.**
22   A   Right.   3:49:50PM
23   **Q   For a fight that happened at Houser's;   3:49:51PM**
24   **is that correct?**
25   A   Right.   3:49:54PM

TSG Reporting - Worldwide  (877) 702-9580

Page 230

EDWARD PARADISO

1   EDWARD PARADISO
2       MR. NOVIKOFF:  I'm going to object to   3:49:55PM
3   the characterization of his testimony in
4   response to your question.
5       MR. CONNOLLY:  Andrew, I think your   3:50:00PM
6   question made reference to Gary Bosetti.
7       MR. GOODSTADT:  Can I see the question   3:50:05PM
8   and answer.
9       You're right.  It's Gary Bosetti.  I   3:50:18PM
10  apologize.
11  BY MR. GOODSTADT:                          3:50:20PM
12      Q   So I believe before we took a break,   3:50:21PM
13  you testified about an incident that you had to
14  discipline Gary Bosetti about that happened at
15  Houser's; is that correct?
16      A   Right.                             3:50:29PM
17      Q   Why don't you tell me what you're   3:50:29PM
18  referring to there.
19      A   Okay.  Well, I called the police   3:50:33PM
20  station early Sunday to find out how the night
21  had gone.  I think I got Frank Fiorillo on the
22  phone, and he said everything -- you know, it
23  was a busy night, and he seemed reluctant in
24  telling me exactly everything that took place.
25  I said, Frank, what's going on?  He goes, well,

TSG Reporting - Worldwide  (877) 702-9580

Page 231

EDWARD PARADISO

1   I really think you need to come down here.  I'm
2   like -- because I wasn't coming in that Sunday.
3   So he goes, no, you really should come down
4   here.  There was an incident.  I'm like okay.
5   So I got in my truck and drove to the beach.  I
6   get there, and he tells me that --
7
8       Q   Just before you go there.  When he   3:51:28PM
9   said there was an incident, did he tell you
10  anything about the incident that you should come
11  down and discuss?
12      A   He said he'd rather talk to me when I   3:51:35PM
13  got there.
14      Q   Okay.                              3:51:38PM
15      A   So I go down there.  And it turns out   3:51:40PM
16  that during the Halloween party at Houser's, an
17  incident took place that Gary was involved in.
18  People got hurt.  They had to go and find one of
19  the guys that had gotten injured.  They called
20  for an ambulance and had him shipped off.  So
21  when I got to the police station, I was getting
22  filled in on the events as they knew them, which
23  was that there was an argument started inside
24  the bar, Gary took some action and a fight
25  ensued, and that a couple of guys were coming

TSG Reporting - Worldwide  (877) 702-9580

Page 232

EDWARD PARADISO

1   after him and he was swinging a pool cue.  One
2   guy got at him and hit in the head with a pool
3   cue.  And then the police finally arrived, and
4   they had to separate, I guess, who was there.
5   And at first he didn't want to tell me that it
6   was Gary who was involved in this, but
7   eventually he said that the person picked out
8   Gary's picture off the wall and said that's the
9   guy who hit him with the pool cue.
10      So now I tried to find Gary Bosetti,   3:53:16PM
11  and I couldn't find him.  He wasn't in the
12  barracks.  He wasn't anywhere I could find him.
13      Eventually, he called the police   3:53:29PM
14  station.  He was in somebody's car, and he was
15  driving off of the beach.  I said, where are
16  you?  He said, I'm going off of the beach.  I
17  said, I need you to get down to the police
18  station.  He said, well, you know, I'd really
19  rather just leave.  I said, I need to talk to
20  you.  And he goes, yeah, well, I'm gonna have to
21  talk to you later because I'm not gonna come
22  back now.  I'll come back later.  So he leaves.
23  I go, well, I go, if you're not going to come
24  back, I'm going to have to let you go because I

TSG Reporting - Worldwide  (877) 702-9580

Page 233

EDWARD PARADISO

1   gotta find out what's going on here; and if
2   you're not going to tell me, then I'll have to
3   terminate you.  I go, so consider yourself
4   suspended pending termination.
5       The people come in off the boat that   3:54:08PM
6   were involved in the fight.  A girl, a guy --
7   and two guys?  I believe it was three people.
8   One guy doesn't know what happened.  He doesn't
9   know what happened, who hit him or whatever.  He
10  was so intoxicated when everything took place,
11  he doesn't know what happened.  There's a girl
12  saying -- claiming that she didn't choke
13  anybody.  And then there's a guy saying that he
14  went to pull Gary off his friend, and that's
15  when Gary hit him in the head with the pool cue.
16  So I was, like, horrified.  So I told them, you
17  know, do you want to file charges against this
18  guy?  They weren't -- they were kind of
19  wishy-washy on whether they wanted me to have
20  him arrested.  I go, I already talked to him.  I
21  had him suspended pending termination.  So if
22  this is the way it's going to end, keep in mind
23  that he's going to be terminated.  They said
24  they'd get back to me, so they left.

TSG Reporting - Worldwide  (877) 702-9580

Page 234

EDWARD PARADISO

1    George came in. I started looking    3:55:33PM
2    through the paperwork. We didn't have a lot of
3    witness statements as to what happened. And as
4    far as I could recollect, people didn't really
5    want to talk to -- I think it was Tommy and
6    Frank that were there. I'm not exactly certain
7    who else. But I think it was -- was Kevin
8    there? I don't remember. So we had really no
9    witness statements of what took place in the
10   bar. All I had was what these three people were
11   telling me. The one guy that couldn't remember
12   anything, the one guy that said he went to the
13   aid of his friend and the girl who said she
14   didn't choke anybody.
15       Q   Do you remember the names of any of   3:56:18PM
16   those three people?
17       Did you take any notes when they came   3:56:26PM
18   of what they said?
19       MR. NOVIKOFF: I don't think the   3:56:26PM
20   witness was done with his answer. Were you
21   done with your answer?
22       THE WITNESS: Well, he had asked me a   3:56:36PM
23   question in the middle of my answer.
24       MR. NOVIKOFF: So you weren't done.   3:56:41PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 235

EDWARD PARADISO

1    MR. GOODSTADT: We can go back.   3:56:42PM
2        MR. NOVIKOFF: If you could, please   3:56:46PM
3    read back what the last part of his answer
4    before Mr. Goodstadt asked the next
5    question.
6        (Whereupon, the requested portion was   3:56:54PM
7    read back by the court reporter: I don't
8    remember. So we had really no witness
9    statements of what took place in the bar.
10   All I had was what these three people were
11   telling me. The one guy that couldn't
12   remember anything, the one guy that said he
13   went to the aid of his friend and the girl
14   who said she didn't choke anybody. Q, Do
15   you remember the names of any of those three
16   people?)
17
18   BY MR. GOODSTADT:   3:57:24PM
19       Q   I apologize if I cut you off. I   3:57:24PM
20   thought you were finished with your answer.
21       A   I'll never forgive you.   3:57:30PM
22       So I didn't remember any of their   3:57:35PM
23   names. But they seemed to want to get out of
24   the police station as quickly as possible, so
25   they left.

TSG Reporting - Worldwide  (877) 702-9580

Page 236

EDWARD PARADISO

1    George came in. As a matter of fact,   3:57:51PM
2    I think I called George, and he came in. I
3    filled him in on what took place and what I had
4    said to Gary. And that was it for that day, as
5    far as I recall.
6
7        Monday I was off. Tuesday I came back   3:58:19PM
8    to work. George had talked to Doug Wyckoff, who
9    was working as a bouncer, I think, outside of
10   Houser's that night, and said that he had held
11   back the one guy that got hit in the head
12   because Gary was grabbing the friend off of one
13   of the firemen's wives. She was getting choked
14   by somebody, and he had intervened in what was
15   going on and had the guy on the ground, saying
16   I'm a police officer, you know, cut it out. You
17   know. And Doug was holding the guy that got hit
18   in the head, but he hadn't gotten hit yet. And
19   he's like, let me go, that's my friend on the
20   floor. He goes, relax, that's one of the police
21   officers. I don't give an F who it is. Pushed
22   away from Doug and went racing over there and
23   grabbed Gary. So Gary is now -- he's like
24   fighting with two of them, and he picks up a
25   pool cue and is swinging it back and forth,

TSG Reporting - Worldwide  (877) 702-9580

Page 237

EDWARD PARADISO

1    trying to push off the guys that were on top of
2    him, and this guy got hit in the head. So now
3    there was a little more information going on.
4    There was -- there seemed to be more to the
5    story than what we had just from the three
6    people that originally told us what was
7    happening.
8
9        Pat Cherry, who was working as a   4:00:05PM
10   dispatcher because he couldn't work as a police
11   officer anymore because he had the heart attack.
12   But he was a homicide detective for 25 years in
13   Nassau County. So he's a guy who knows how to
14   take a statement from people. So George put him
15   on the case, taking witness statements from
16   people who were at the bar. It turns out that
17   the way it was presented to me, that the wife of
18   one of the firemen -- his name is Bud, I don't
19   remember his last name. He passed away about
20   two years ago. His wife was in the bathroom.
21   The girl was pounding on the door, cursing her
22   through the door because she had to use the
23   bathroom. When she got out, she started choking
24   her. Gary saw it, went to her aid to pull this
25   drunk girl off of this guy's wife. The drunk

TSG Reporting - Worldwide  (877) 702-9580

Page 238

EDWARD PARADISO

1    guy that couldn't identify anybody jumped on
2    Gary's back, and he ended up wrestling him to
3    the ground and showed him the shield and said,
4    listen, I'm a police officer, you have to stop.
5    And then the other guy jumped in.  So there was
6    more to the story now, and there were witnesses
7    that were coming through backing up that part of
8    the story, so much so that the woman that
9    eventually got choked ended up pressing charges
10   against the people who were involved in the
11   event and wrote letters to me and the mayor on
12   how if Gary wasn't there, this woman really
13   could've really gotten hurt and that he came to
14   her aid and that he wasn't the instigator in
15   this.  He was trying to help her.  And it's
16   wrong to discharge him.  He's -- more or less,
17   they were touting him as he saved the day.
18        So when all this came to light, I    4:02:12PM
19   called Gary into the office.  And I said, how
20   come you didn't tell me any of this over the
21   phone?  He said, well, I was afraid that you
22   were just going to listen to those people and
23   you were just going to have me arrested.  I'm
24   like, well, you didn't give me much of a chance

TSG Reporting - Worldwide  (877) 702-9580

Page 239

EDWARD PARADISO

1    to do any of that, you know, but I'm going to
2    change your -- your status to suspended pending
3    the rest of the investigation, not terminated.
4    And then when the investigation was concluded, I
5    reinstated him because it was clear that the
6    actions he had taken were in the best interest
7    of the girl that was there as it was reported to
8    me, and there were enough witness statements to
9    backup his actions involved with this case.
10       Q   Are you done with your answer?    4:03:18PM
11       A   Yes.              4:03:19PM
12       Q   Okay.  Let's go back to the beginning   4:03:20PM
13   of that answer.
14       When you came in that day because    4:03:25PM
15   Frank Fiorillo asked you to come in, what did
16   Frank tell you about the incident, if anything?
17       A   He told me there was an incident at   4:03:38PM
18   the bar, that a guy had gotten hurt.  Somebody
19   got hit in the head with a pool cue, and that
20   they identified the guy as Gary Bosetti from a
21   picture on the wall.  Richard Bosetti had walked
22   through the police station while they were being
23   interviewed by the officers, Frank and I think
24   Tom.  And they said that it was a guy that

TSG Reporting - Worldwide  (877) 702-9580

Page 240

EDWARD PARADISO

1    looked like him.  Witnesses, Richard Bosetti,
2    not Gary Bosetti.  They're brothers and they
3    look very similar.  And then the guy noticed the
4    picture on the wall and identified that this is
5    the guy that hit me, and it was obvious that it
6    was Gary Bosetti.
7        So he told me that he didn't -- he    4:04:24PM
8    didn't know where Gary was, that Richie said he
9    was going to -- they were up at the barracks;
10   but when he went up to talk to them, they
11   weren't there.  And that when they arrived, this
12   guy that couldn't remember who hit him was
13   already gone, but they were able to find out
14   where he was because he was in bad shape and
15   needed medical attention.  And I told them they
16   did a wonderful job finding this guy, that they
17   went over and above.  Normally, you know, they
18   could have said, well, he'll eventually call for
19   help or whatever; but no, they went out and they
20   found him.
21       Q   The on-duty officers?       4:05:10PM
22       A   Excuse me?          4:05:11PM
23       Q   The on-duty officers went above and   4:05:11PM
24   beyond their duty?

TSG Reporting - Worldwide  (877) 702-9580

Page 241

EDWARD PARADISO

1        MR. NOVIKOFF:  Objection.       4:05:14PM
2        A   Yes.              4:05:14PM
3        Q   Anything else that Frank Fiorillo told   4:05:16PM
4    you when he first got there?
5        A   Not that I can recall.        4:05:19PM
6        Q   And then you testified that two males   4:05:21PM
7    and a female came to the station that next day,
8    correct?
9        A   That was Sunday, that morning.     4:05:28PM
10       Q   Okay.  Did any of them identify the   4:05:30PM
11   person who used the pool cue at that time?
12       A   Yeah, they pointed to the picture that   4:05:37PM
13   was on the wall.
14       Q   They pointed to Gary Bosetti's     4:05:39PM
15   picture?
16       A   Yes.              4:05:42PM
17       Q   What else did they tell you other than   4:05:45PM
18   that was the guy who used a pool cue, and the
19   woman I think you said -- I think you said the
20   woman said she didn't choke anyone.
21       A   Yeah.  Well, all she did was continue   4:05:58PM
22   to say I didn't choke anybody.
23       Q   Uh-huh.           4:06:02PM
24       A   And which I didn't know what she was   4:06:03PM

TSG Reporting - Worldwide  (877) 702-9580

Page 242

EDWARD PARADISO

1  talking about because I never asked her if she
2  did choke anybody.  And like I said, the one guy
3  that had gotten -- that was drunk couldn't
4  remember who did anything to him.  So he was
5  just that he couldn't identify anybody.  And the
6  one guy that got hit on the head is the one that
7  identified Gary, but he had said that the
8  bouncer had held him back, told him that he was
9  a cop.  And he said, I don't give a shit and ran
10 over and pushed Gary off the top of the guy and
11 started swinging at Gary.
12 Q    Who started swinging at Gary?      4:06:38PM
13 A    The guy that got hit in the head.    4:06:39PM
14 Q    And he's the one that told you that he  4:06:41PM
15 started swinging at Gary?
16 A    Yeah.                  4:06:46PM
17 Q    Did you ask him any questions?      4:06:46PM
18 A    I asked him if the officer      4:06:48PM
19 identified -- if this guy identified himself as
20 a police officer.  He goes, yeah.  He had a
21 badge hanging around his neck, but I didn't
22 care.
23 Q    Did you ask him any other questions?  4:06:57PM
24 A    I asked him if he wanted to press    4:07:09PM
25

Page 243

EDWARD PARADISO

1  charges.  He said he wasn't sure.
2  Q    That's when you told him about your   4:07:14PM
3  suspension pending termination?
4  A    Yeah.  I told him that, you know, you  4:07:18PM
5  have time to make that decision.  You don't have
6  to make that decision today.  You know, you can
7  call me up tomorrow and say I want to press
8  charges, and we'll just proceed with that.  We
9  don't know who you're identifying.
10 Q    Do you know why they came to the    4:07:33PM
11 station that day?
12 A    I'm not certain.            4:07:41PM
13 Q    Do you know whether they were called   4:07:42PM
14 to come in?
15 A    They weren't called to come in.  They  4:07:45PM
16 came off the boat.  They got to the hospital and
17 then they came back on the ferry, and the ferry
18 stops right at the police station.
19 Q    Did you take any notes of their     4:07:53PM
20 statement?
21 A    If I did, it would be in the file    4:07:56PM
22 jacket.
23 Q    Is that something you normally would  4:07:58PM
24 take note of?
25

Page 244

EDWARD PARADISO

1  A    Sure.                4:08:01PM
2  Q    Witnesses that come back in the next  4:08:01PM
3  day after an incident?
4  A    Yeah.                4:08:05PM
5  Q    Would there be any reason why you    4:08:07PM
6  wouldn't take notes of what they said?
7     MR. NOVIKOFF:  Objection.      4:08:11PM
8  A    I can't think of any reason why I    4:08:12PM
9  wouldn't take notes.
10 Q    Do you recall anything else that was  4:08:16PM
11 said while they were there?
12 A    No.                4:08:19PM
13 Q    Do you know whether -- was Frank still  4:08:20PM
14 there when they came in?
15 A    I don't remember.  Maybe.  Maybe you  4:08:24PM
16 were.  Maybe he was.
17 Q    Was anybody else in the station other  4:08:28PM
18 than for the three of them, you and maybe Frank?
19 A    There was a dispatcher.  I don't know  4:08:38PM
20 who was working as dispatcher.  You know what it
21 is, we wouldn't have a lot of people on the day
22 after Halloween because it's an off-season day.
23 So normally that morning we'd only have one guy
24 working.  So whoever was normally scheduled for
25

Page 245

EDWARD PARADISO

1  that day, I'm not sure.
2  Q    And did you usually call in the night  4:09:02PM
3  after Halloween or the morning after Halloween
4  night?
5     MR. NOVIKOFF:  Objection.      4:09:08PM
6  BY MR. GOODSTADT:                4:09:09PM
7  Q    Is that like a standard practice?    4:09:09PM
8  A    Usually, I would be coming into work  4:09:16PM
9  the morning after Halloween, you know.  That day
10 I wasn't feeling well.  I wasn't planning on
11 coming into work.
12 Q    How many years after the Wyckoff    4:09:24PM
13 suicide was the Halloween '04 incident?
14 A    I'm thinking.  I think it was 2002.  4:09:51PM
15 Q    So it was two years later?  The    4:10:33PM
16 Halloween incident, it was two years after the
17 suicide?
18 A    I think so.            4:10:39PM
19 Q    How come there was no supervisor on   4:10:39PM
20 duty that night of the Halloween incident?
21 A    George worked that evening.  I think  4:10:46PM
22 he worked 4 to 12.
23 Q    So you didn't schedule a supervisor be  4:10:55PM
24 on that whole night of the Halloween party?
25

Page 246

EDWARD PARADISO

1     A    George had the ability to stay on if   4:11:04PM
2  things were busy.  If it looked like it was
3  busy, he could have stayed on later, but he was
4  scheduled 4 to 12.  George would've had the
5  ability to stay on later if it looked like he
6  was going to be busy that night, but he was
7  scheduled for a 4 to 12.
8     Q    Did you ever ask him why he didn't     4:11:21PM
9  stay on?
10    A    No.                    4:11:24PM
11       MR. NOVIKOFF: Objection.       4:11:24PM
12 BY MR. GOODSTADT:            4:11:25PM
13    Q    Just going back to when the three    4:11:37PM
14 people came in, two males and a female.  Is
15 there anything else that you recall them stating
16 that you haven't testified to yet?
17    A    No.                    4:11:47PM
18    Q    Did you speak with Fiorillo at all   4:11:47PM
19 that morning other than for what you already
20 testified to?
21    A    I don't think so.          4:11:53PM
22    Q    Okay.  You stated before there didn't 4:11:54PM
23 seem to be any eyewitnesses available; is that
24 correct?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 247

EDWARD PARADISO

1     A    Yes.                   4:11:59PM
2     Q    What was the basis of that statement?  4:12:00PM
3     A    Because there were no witness    4:12:01PM
4  statements.  There were no lists of witnesses.
5     Q    Did you ask whether they tried to take 4:12:05PM
6  witness statements that night?
7     A    Yes.                   4:12:10PM
8        MR. NOVIKOFF: Ask who?      4:12:10PM
9        MR. GOODSTADT: Ask Frank.  4:12:11PM
10    A    Yes.  He said that people weren't   4:12:12PM
11 cooperating.
12    Q    Did he tell you when they didn't try  4:12:23PM
13 to get the statements that night, that led them
14 to believe that people weren't cooperating?
15    A    I don't recall.            4:12:33PM
16    Q    So let's keep focusing on that morning 4:12:37PM
17 before you went to go try and find Gary
18 Bosetti -- strike that.
19       You went to go find Gary Bosetti    4:12:44PM
20 before the three people came in; is that
21 correct?
22    A    Yes.                   4:12:49PM
23    Q    Had you already spoken to Gary Bosetti 4:12:49PM
24 before the three of them came in?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 248

EDWARD PARADISO

1     A    I think so.             4:12:55PM
2     Q    Had you tried to find Gary before he  4:12:59PM
3  called in?
4     A    Yes.                   4:13:02PM
5     Q    What did you do to try to find him?   4:13:02PM
6     A    I went to the barracks to look for   4:13:04PM
7  him.  I went to a few houses of people I knew
8  that he was friendly with to see if he was
9  staying there.
10    Q    Whose houses?             4:13:13PM
11    A    I don't remember their names.     4:13:14PM
12    Q    Do you remember any names of the    4:13:15PM
13 people he was friendly with whose house you
14 checked?
15    A    No.                    4:13:19PM
16    Q    What else did you do to try to find  4:13:20PM
17 him?
18    A    That's all I did.          4:13:22PM
19    Q    And then he called you or called the 4:13:23PM
20 station; is that correct?
21    A    Yeah.                  4:13:26PM
22    Q    Other than what you testified to, do  4:13:27PM
23 you recall anything else that was stated during
24 that telephone conversation between you and Gary

TSG Reporting - Worldwide  (877) 702-9580

---

Page 249

EDWARD PARADISO

1  Bosetti?
2     A    No.                    4:13:41PM
3     Q    Okay.  And you suspended him at that  4:13:42PM
4  time because he refused to speak with you?
5     A    Because he refused to come back.   4:13:47PM
6     Q    Did you consider that at that time to 4:13:50PM
7  be insubordinate?
8     A    At the time that that was taking    4:14:13PM
9  place, I wasn't thinking about insubordination.
10 I was thinking about getting to the bottom of
11 what took place.  I felt I'd get a better idea
12 if I could get him in the police station and
13 find out exactly what happened.  I didn't have
14 his version of the story, and I thought that was
15 a crucial piece of the part to try to make sense
16 of what took place.  I think it if he would've
17 come back, it would've made a big difference.
18    Q    Did you ask him why he didn't give a  4:14:43PM
19 statement to the officers who were on duty that
20 night?
21       MR. NOVIKOFF: In this conversation? 4:14:48PM
22       MR. GOODSTADT: In this conversation. 4:14:49PM
23       MR. NOVIKOFF: Okay.       4:14:50PM
24    A    No.  I was more or less trying to get 4:14:51PM

TSG Reporting - Worldwide  (877) 702-9580

Page 250

EDWARD PARADISO

1    him to come back.
2    Q    At any point in time, did you ever ask    4:14:55PM
3    him why he didn't give the officers who were on
4    duty a statement that night?
5         MR. NOVIKOFF: Objection to form.    4:15:01PM
6    A    After a lot of the information had    4:15:02PM
7    come to pass and the witness statements were
8    starting to come in, I had asked him why he
9    didn't want to come back, and he had said that
10   he was afraid that I was just going to lock him
11   up.
12   Q    I'm not talking about asking why he    4:15:16PM
13   didn't come back. I'm asking, did you ever
14   speak with him as to why he didn't give a
15   statement to the on-duty officers at the bar
16   that night.
17        MR. NOVIKOFF: And I'm going to object    4:15:27PM
18   to the form.
19   A    What I recall was that either he or    4:15:32PM
20   his brother Richie asked the guys that were on
21   duty if they needed any help with the
22   information, and they said, no, we got it taken
23   care of.
24   Q    And what did --    4:15:50PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 251

EDWARD PARADISO

1    MR. NOVIKOFF: I'm sorry. Can you    4:15:51PM
2    just read that answer back so I don't have
3    to repeat the question.
4         (Whereupon, the requested portion was    4:15:55PM
5    read back by the court reporter: What I
6    recall was that either he or his brother
7    Richie asked the guys that were on duty if
8    they needed any help with the information
9    and they said no, we got it taken care of.)
10        MR. NOVIKOFF: Okay.    4:16:10PM
11   BY MR. GOODSTADT:    4:16:10PM
12   Q    And where did you learn that from?    4:16:11PM
13   A    I got that from Richie.    4:16:13PM
14   Q    Uh-huh. When?    4:16:15PM
15   A    Maybe two days later.    4:16:23PM
16   Q    At the time that you learned of it,    4:16:25PM
17   did you think it was strange that Gary Bosetti,
18   having a 20 year career in the NYPD, would leave
19   the scene of an incident that he was involved in
20   without giving a statement?
21        MR. NOVIKOFF: Objection.    4:16:41PM
22   A    It didn't make any sense to me at all.    4:16:41PM
23   Q    Why do you say that?    4:16:46PM
24   A    Because he -- he took action, he    4:16:47PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 252

EDWARD PARADISO

1    should've been the arresting officer involved in
2    it. He should've been involved in the entire
3    situation that took place at the police station.
4    It didn't make sense to me for him to just
5    disappear that way.
6    Q    And then I believe you testified that    4:17:11PM
7    George Hesse came in; is that correct?
8    A    Yeah, he was scheduled 4 to 12.    4:17:14PM
9    Q    So you didn't call him to come in, he    4:17:17PM
10   just appeared for his tour?
11   A    I called to let him know that we    4:17:21PM
12   had had an incident and that Gary was involved.
13   So I'm not exactly certain what time he -- if he
14   came in earlier or just came in on his 4 to 12.
15   Q    And that's just 4 in the afternoon    4:17:33PM
16   until midnight?
17   A    Uh-huh. Yes.    4:17:38PM
18   Q    Do you recall during that phone    4:17:41PM
19   conversation what he said, if anything, after
20   you informed him that there was an incident
21   involving Gary Bosetti?
22   A    Other than shock, no, I don't remember    4:17:55PM
23   anything else that was said. I think I did ask
24   him to come in earlier. I wasn't feeling well,

TSG Reporting - Worldwide  (877) 702-9580

---

Page 253

EDWARD PARADISO

1    so I didn't plan on spending the entire day
2    there anyway. I wasn't in uniform. I just came
3    over because of the incident.
4    Q    I believe you testified that you    4:18:12PM
5    reviewed the paperwork; is that correct?
6    A    I reviewed what they had in the file.    4:18:17PM
7    Q    What was in the file that you    4:18:19PM
8    reviewed?
9    A    I don't recall a lot of it. There was    4:18:21PM
10   a copy of the ambulance report. There was a
11   field report about the initial call and how they
12   arrived. I don't exactly remember.
13   Q    Have you ever spoken or had any    4:18:46PM
14   communication with Joe Loeffler about the
15   incident?
16   A    Joe Loeffler I spoke to that morning.    4:18:54PM
17   He was on the ambulance crew that came to pick
18   up the young man.
19   Q    Tell me the substance of your    4:19:06PM
20   conversation with Loeffler.
21        MR. NOVIKOFF: How about when?    4:19:10PM
22        MR. GOODSTADT: That morning he said.    4:19:11PM
23        MR. NOVIKOFF: Oh, he said that    4:19:12PM
24   morning? Sorry.

TSG Reporting - Worldwide  (877) 702-9580

Page 254

EDWARD PARADISO

1    A    At that moment, he didn't know who --   4:19:18PM
2  that Gary was involved.  And it was like, it
3  looks like we got at least an assault 2 because
4  of the pool cue.  That's an assault with a
5  weapon.
6    Q    Do you recall anything else he said or   4:19:41PM
7  you said during that conversation?
8    A    Not really, because you know what, he   4:19:44PM
9  can't discuss what happened on the medical end
10 of it because of the HIPAA regulations.  He's on
11 an ambulance.  He's not supposed to discuss what
12 kind of medical need that people needed.  So he
13 would've been in breach of his EMT duties if he
14 had -- would've went into detail on the
15 injuries.
16   Q    But he just told you he thought it was   4:20:11PM
17 at least an assault 2?
18   A    Yes.                    4:20:15PM
19   Q    Did you take any notes of that        4:20:18PM
20 conversation?
21   A    No.                     4:20:20PM
22   Q    Was that in person or was that over   4:20:21PM
23 the phone?
24   A    It was in person.          4:20:23PM

TSG Reporting - Worldwide  (877) 702-9580

Page 255

EDWARD PARADISO

1    Q    Where was that?              4:20:24PM
2    A    Right in front of the police station.  4:20:25PM
3    Q    Was anyone else there?          4:20:27PM
4    A    No.                     4:20:29PM
5    Q    And you testified -- and that was   4:20:32PM
6  before Hesse got there?  That was in the morning
7  still?
8    A    Yes.                    4:20:36PM
9    Q    And you testified that George Hesse   4:20:37PM
10 came at some point, correct?
11   A    Yes.                    4:20:41PM
12   Q    And you don't recall what time it was?  4:20:42PM
13   A    No.                     4:20:44PM
14   Q    Tell me everything you recall        4:20:44PM
15 discussing with George Hesse at the police
16 station that day.
17   A    I went over what the facts and   4:20:55PM
18 circumstances of the incident were.  It was like
19 good recall.  I went over this -- what the
20 people had said, the fact that I finally talked
21 to Gary on the phone and that I had suspended
22 him subject to termination.
23   Q    How did he react when you told him   4:21:22PM
24 that?

TSG Reporting - Worldwide  (877) 702-9580

Page 256

EDWARD PARADISO

1    A    He was amazed that all that took   4:21:24PM
2  place, and he was wondering why there weren't
3  any statements from witnesses that took place of
4  what took place.  And I had said that nobody
5  did -- nobody came forward to give statements to
6  the officers that had responded to the call.
7    Q    Anything else that was stated during   4:21:56PM
8  that conversation?
9    A    No.                     4:22:08PM
10   Q    Did you appoint George Hesse as the   4:22:12PM
11 investigator for the case?
12   A    I didn't say you're investigating this  4:22:30PM
13 case.  It would be the normal job of the
14 supervisor to look further into it, you know, to
15 do more of an investigation.  When I held the
16 role of sergeant, whenever there was an arrest,
17 I would do all the paperwork to make sure
18 everything was done correctly.
19   Q    When you say an arrest, you mean   4:22:54PM
20 involving a police officer or just any arrest?
21   A    Any arrest.                4:22:56PM
22   Q    How about an incident involving a   4:22:57PM
23 police officer?
24   A    Even more so, you need a supervisor to  4:23:01PM

TSG Reporting - Worldwide  (877) 702-9580

Page 257

EDWARD PARADISO

1  handle that paperwork.
2    Q    Is there an internal affairs group at   4:23:02PM
3  Ocean Beach that would investigate internal
4  police conduct?
5    A    No.                     4:23:08PM
6    Q    Have you ever used the Suffolk County   4:23:09PM
7  internal affairs group to investigate anything
8  at Ocean Beach?
9    A    No.                     4:23:23PM
10   Q    Do you know whether George Hesse had   4:23:30PM
11 any investigation training in connection with a
12 case of alleged police brutality?
13       MR. NOVIKOFF:  Objection.  Well,        4:23:40PM
14 objection.
15   A    Not that I -- not that I'm aware of.  4:23:52PM
16   Q    Did you speak with Tom Snyder that   4:23:54PM
17 day, the day that you came to the beach, the
18 Sunday?
19   A    I don't remember.          4:24:05PM
20   Q    Did you speak with Kevin Lamm that   4:24:05PM
21 day?
22   A    I wasn't even certain if he was still  4:24:12PM
23 there when I got there, so I don't think so.
24   Q    Did you try calling either of them?   4:24:16PM

TSG Reporting - Worldwide  (877) 702-9580

Page 258

EDWARD PARADISO

1  A   No. I was more involved with talking   4:24:19PM
2  with the people that were there and trying to
3  figure out what took place. I had Frank there.
4  I didn't think that I was going to get a
5  different story from every officer that worked.
6      Q   Let's talk about the question I asked   4:24:34PM
7  you before. I'm not sure if you finished the
8  answer. When I asked you what paperwork you
9  reviewed, you said the ambulance report. Was
10  there any other paperwork you reviewed?
11     A   The field report that they generated   4:24:45PM
12  and whatever else they might have had in the
13  file. I don't recall.
14     Q   Now, you said you were off on Monday;   4:24:57PM
15  is that correct?
16     A   Right.                  4:24:59PM
17     Q   Did you hear from anyone, speak with   4:25:00PM
18  anyone about this incident on Monday when you
19  were off?
20     A   I don't remember.          4:25:06PM
21     Q   And then that Tuesday, were you back   4:25:10PM
22  on duty that Tuesday?
23     A   Yes.                     4:25:14PM
24     Q   And I believe you testified that   4:25:14PM

TSG Reporting - Worldwide  (877) 702-9580

Page 259

EDWARD PARADISO

1  George Hesse had spoke with Doug Wyckoff; is
2  that correct?
3      A   Right.                 4:25:19PM
4      Q   Okay. Did he tell you anyone else --   4:25:20PM
5  on that Tuesday, did he tell you anyone else
6  that he had spoken with?
7      A   I don't remember if he said he spoke   4:25:39PM
8  with anyone else. I know he had gotten some
9  names of people who were there from Doug. So I
10  think he was in the process of trying to track
11  down those people to find out what they had
12  seen.
13     Q   Did you know Doug Wyckoff before that   4:25:57PM
14  time?
15     A   Yes, I've known Doug Wyckoff for 26   4:26:00PM
16  years.
17     Q   Are you friends with Doug Wyckoff?   4:26:04PM
18     A   I'm acquainted with Doug Wyckoff. We   4:26:06PM
19  never went out.
20     Q   And is he related at all to Marissa   4:26:10PM
21  Wyckoff?
22     A   He's Marissa's father.        4:26:15PM
23     Q   And Marissa worked as a dock master   4:26:18PM
24  there?

TSG Reporting - Worldwide  (877) 702-9580

Page 260

EDWARD PARADISO

1  A   Dock master, and she also worked as a   4:26:19PM
2  dispatcher when she had a job at the NYPD.
3      Q   Did she report to you when she worked   4:26:26PM
4  there?
5      A   If she was on duty when I was, yes.   4:26:29PM
6      Q   Do you know whether Doug Wyckoff was   4:26:34PM
7  drinking that night?
8      A   Have no idea.            4:26:38PM
9      Q   Did you ask Mr. Hesse whether he   4:26:39PM
10  inquired as to whether Doug Wyckoff was
11  drinking?
12         MR. NOVIKOFF: Objection.      4:26:44PM
13     A   I don't remember what I asked him   4:26:47PM
14  about Doug Wyckoff.
15     Q   Do you think it would be relevant to   4:26:52PM
16  know whether an alleged eyewitness was drinking
17  the night of the incident?
18         MR. NOVIKOFF: Objection.      4:26:59PM
19     A   I think it would be relevant.    4:27:05PM
20     Q   Do you think it would be a mistake not   4:27:09PM
21  to ask whether he was drinking?
22     A   I think he would -- I don't think I   4:27:12PM
23  made a mistake to ask him -- to not ask him if
24  he was drinking or not. I don't remember what

TSG Reporting - Worldwide  (877) 702-9580

Page 261

EDWARD PARADISO

1  exactly was said.
2      Q   I'm asking you whether the person that   4:27:23PM
3  took his witness statement, do you think it
4  would be a mistake to ask whether he had
5  been drinking that night?
6          MR. NOVIKOFF: In the absence of any   4:27:45PM
7  other information concerning it.
8      A   I don't really understand. If you   4:27:50PM
9  take -- you're taking a statement from somebody
10  who is claiming to be there. He's bouncing at
11  the bar. You're asking him what he saw. I
12  don't know if it would be a mistake to not ask
13  him if he had a drink. You want to get -- you
14  want to find out what happened. He didn't ask
15  him what were you doing for the last hour and a
16  half before this took place. He asked what he
17  saw. You get a statement of what you observed.
18  So I don't think every statement would be
19  started with, you know, I had three vodka and
20  seven's and this is what I saw. I don't know.
21     Q   So just so I'm clear on your   4:28:38PM
22  testimony. I wasn't sure exactly what you said.
23  You do or don't think it was a mistake not to
24  find out whether Mr. Wyckoff, who was an alleged

TSG Reporting - Worldwide  (877) 702-9580

Page 262

EDWARD PARADISO

1  eyewitness giving a statement, had he been
2  drinking at the time?
3        MR. NOVIKOFF: Objection to form.    4:28:54PM
4     A   I don't know if he found if he was    4:28:55PM
5  drinking or not.
6     Q   If he didn't find out, do you think it 4:28:58PM
7  would be a mistake?
8        MR. NOVIKOFF: Note my objection to   4:29:01PM
9  the form.
10    A   I don't think it would be a mistake.   4:29:15PM
11 I would've been surprised if I found out he
12 wasn't drinking the night that it took place. I
13 mean, you're at a bar, it's a Halloween party.
14 Bouncers typically have at least a beer or two
15 while they were working, and I would be shocked
16 if he didn't have a beer or a drink while he was
17 working. But how much of an effect that would
18 have on his witness statement, I don't know. So
19 I don't know how to answer your question,
20 because, you know, you're asking me to judge on
21 whether or not somebody took a good statement.
22 I haven't read the statement.  I don't know if
23 he asked him.  I don't know if Doug did drink.
24 I don't know.  I would have to see the statement

TSG Reporting - Worldwide  (877) 702-9580

Page 263

EDWARD PARADISO

1  and see how it was worded to tell you if I
2  thought it was a complete statement.
3     Q   Did you ever read his statement?    4:29:53PM
4     A   I'm thinking that I did.  But I don't 4:29:58PM
5  remember the sum or substance of it other than
6  that he held the guy back, told him that he was
7  a police officer, and the guy said I don't care
8  and pushed Doug off and went back in.
9     Q   In your experience as a chief of     4:30:16PM
10 police and a sergeant and a police officer, do
11 you believe that alcohol could impair somebody's
12 perception as to what they're witnessing?
13       MR. NOVIKOFF: Objection.            4:30:30PM
14    A   Depends on the person.  Some people   4:30:33PM
15 are able to maintain an incredible ability to
16 state what took place no matter how much they've
17 drank, and some people could have one drink and
18 not be able to walk.  So it really depends on
19 the person, what they've been drinking, how much
20 they've been drinking, what they had to eat.
21 There's a lot of different factors.  If you're
22 asking me as a police officer does alcohol
23 impair somebody's memory, I would say most
24 people I think it would.

TSG Reporting - Worldwide  (877) 702-9580

Page 264

EDWARD PARADISO

1     Q   You don't think it would be important 4:31:06PM
2  to know those factors that you just listed to
3  see if their memory was possibly impaired?
4     A   I think that when it would come to    4:31:12PM
5  trial, all those questions would probably be
6  asked. So I don't know.  I'd have to see the
7  transcripts of the trial to see if the judge
8  thought it was important.
9     Q   I'm asking whether you think it's    4:31:24PM
10 important.
11       MR. NOVIKOFF: Objection.            4:31:25PM
12 BY MR. GOODSTADT:                          4:31:26PM
13    Q   I'm not asking what the judge may    4:31:26PM
14 think.
15    A   I really don't know if it's important 4:31:28PM
16 or not, depending on how much the person has had
17 to drink.  If I was taking the statement, I
18 would probably ask were you drinking that night
19 and how much did you have to drink.
20    Q   Okay.  Do you know why Mr. Wyckoff   4:31:38PM
21 didn't come forward that night and give a
22 statement?
23       MR. NOVIKOFF: Objection.            4:31:42PM
24    A   No.                                 4:31:43PM

TSG Reporting - Worldwide  (877) 702-9580

Page 265

EDWARD PARADISO

1     Q   Did you ever speak with Wyckoff about 4:31:45PM
2  the incident?
3     A   I don't recall having a direct       4:31:57PM
4  conversation with him about it, only because
5  when it started to come out that there was more
6  to the story, I thought it was a better position
7  to take a step back from the investigation and
8  let George handle the investigation along with
9  Pat Cherry, who was taking the statements
10 because I didn't want it to look like I was
11 trying to railroad these three people and just
12 do a cover for an officer so he wouldn't get
13 into trouble. I felt that as chief, being the
14 person to conduct the investigation wasn't the
15 best position for the department or for the
16 village or for the officer.
17    Q   Was the board aware that an          4:32:52PM
18 investigation was taking place?
19    A   I'm certain that they were.         4:33:05PM
20    Q   How do you know that?              4:33:07PM
21    A   Well, George was not one to keep    4:33:08PM
22 things close to the vest.  So if there was
23 something happening, he would talk about it, you
24 know.  It wasn't like it was a confidential

TSG Reporting - Worldwide  (877) 702-9580

Page 266

EDWARD PARADISO

1    investigation.  This wasn't a sex crime or an
2    underage person that there was a lot of people
3    to, like, you know, we don't want to talk about
4    this.  So George would sometimes talk through an
5    issue, see what people might know or to see, you
6    know, what was going on with it, and it wouldn't
7    surprise me if he had a conversation with one of
8    the board members just to keep them updated on
9    what was taking place.
10   **Q    Are you just speculating that that    4:33:54PM**
11   **happened or you know that that happened?**
12   A    I'm speculating.        4:33:58PM
13   **Q    So do you know whether the board --    4:33:59PM**
14   **for a fact, that the board was aware that an**
15   **investigation was taking place?**
16   A    No.  But it's a small village.    4:34:07PM
17   **Q    Right.                4:34:13PM**
18   A    It's only -- it's less than 85 acres    4:34:14PM
19   of land.  It's very difficult for anything to
20   take place over here and not have everybody
21   knowing about it over here.  You know, it
22   wasn't -- it's not the City of New York, where
23   you can fall into a crack and it's never going
24   to be seen again.  This is a small spot.  People

TSG Reporting - Worldwide  (877) 702-9580

Page 267

EDWARD PARADISO

1    talk.  This was the only party going on in the
2    village, and, you know, you had a bar packed
3    with people.  So everybody was there.  Everybody
4    saw what took place.  So it would be very
5    difficult for anything to be going on the next
6    day and not have everybody in the village
7    talking about it.  So the board members all
8    living in the village and one of them responding
9    in the ambulance, would all probably be very in
10   the loop onto what was taking place.  My
11   speculation.
12   **Q    And you said a lot of people were    4:35:12PM**
13   **there and all of whom saw what was going on at**
14   **the bar that night?**
15   A    As far as I know.  Halloween was a big    4:35:17PM
16   night in Ocean Beach at Houser's.  It was always
17   a well-attended party.
18   **Q    And yet nobody other than for the    4:35:25PM**
19   **three people who gave statements to the on-duty**
20   **officers came forward that night with a**
21   **statement?**
22       MR. NOVIKOFF:  Objection.    4:35:33PM
23   BY MR. GOODSTADT:                4:35:33PM
24   **Q    Is that correct?            4:35:34PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 268

EDWARD PARADISO

1    A    I don't even know if those people gave  4:35:35PM
2    statements.  One couldn't identify what was
3    happening.  So other than those two people, the
4    young girl and the guy, I thought it was odd
5    that no one -- that they didn't have any other
6    witness statements, but sometimes people come in
7    the next day and say, you know, I saw what
8    happened.  Or maybe they didn't want to speak
9    officially as it was taking place, but now
10   they'll come in, they'll filter in, you know, I
11   was there, I saw this, I saw that.  It's just
12   the nature of how people are.  You know, some
13   people aren't comfortable talking with police
14   all the time.
15   **Q    Do you know whether Wyckoff disclosed  4:36:09PM**
16   **in his witness statement that Gary Bosetti used**
17   **a pool cue?**
18       MR. NOVIKOFF:  I'm sorry.  What was    4:36:15PM
19       that question?
20   BY MR. GOODSTADT:                4:36:16PM
21   **Q    Do you know whether Wyckoff disclosed  4:36:16PM**
22   **in his witness statement that Gary Bosetti used**
23   **a pool cue?**
24   A    I'm not sure.        4:36:24PM

TSG Reporting - Worldwide  (877) 702-9580

Page 269

EDWARD PARADISO

1    **Q    Did George Hesse get Pat Cherry    4:36:39PM**
2    **involved -- strike that.**
3        **Did you learn that Pat Cherry was    4:36:44PM**
4    **involved after he had already been involved or**
5    **did George Hesse come to you first and ask**
6    **whether Pat Cherry should've been involved?**
7        MR. NOVIKOFF:  Objection.  There are    4:36:55PM
8        other alternatives.
9    BY MR. GOODSTADT:                4:36:57PM
10   **Q    Or some other reason.        4:36:57PM**
11       MR. NOVIKOFF:  Note my objection.    4:36:59PM
12   A    George told me that he was thinking of  4:37:01PM
13   having Pat take the statements, and I thought it
14   was a wonderful idea because the guy made his
15   living taking statements for homicide cases.  He
16   knows how to take a statement.  He's not a
17   rookie by any stretch of the imagination.  He's
18   probably taken hundreds, if not thousands of
19   statements from witnesses in the course of his
20   career.  And I thought it was a wonderful choice
21   for someone who was going to be taking witness
22   statements and thought he would do a very good
23   job.
24   **Q    And was Pat Cherry -- Pat Cherry    4:37:47PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 270

EDWARD PARADISO

1
2    wasn't certified in Suffolk County, correct?
3        A    No.  He was working as a dock    4:37:53PM
4    master -- he was working as a dispatcher.
5        Q    At that time?              4:37:57PM
6        A    Yeah.                      4:37:58PM
7        Q    Are you sure about that?        4:37:59PM
8        A    Almost pretty sure.        4:37:59PM
9        Q    Are you as sure about that as you are   4:37:59PM
10   about all the other testimony you've given
11   today?
12       MR. NOVIKOFF:  Objection.       4:38:03PM
13       A    Wow, that's -- that's not very nice.  4:38:04PM
14       MR. NOVIKOFF:  No.             4:38:07PM
15       A    Now that you broach that, no, I'm not  4:38:11PM
16   certain.
17       Q    Did anyone advise the board that Pat   4:38:16PM
18   Cherry was going to investigate this matter?
19       MR. NOVIKOFF:  Objection to form.    4:38:20PM
20       A    Well, I wasn't certain that anyone   4:38:23PM
21   advised the board to what the process of the
22   investigation was, so I wouldn't be able to say
23   yes or no to that question.
24       Q    Did you ever discuss with Mr. Hesse or  4:38:43PM
25   Mr. Cherry what their plan was for the

TSG Reporting - Worldwide  (877) 702-9580

Page 271

EDWARD PARADISO

1
2    investigation?
3        A    No.  Like I said, I tried to keep a   4:38:49PM
4    hands-off approach.  I wanted them to conduct,
5    complete the investigation, because once
6    information was starting to come out that there
7    was more than just the story that we had gotten
8    from the people that were involved on the one
9    side of the fight, I just wanted to have them
10   hand me their completed investigation.
11       Q    Did they ever do a completed report of  4:39:18PM
12   investigation?
13       A    Yeah.  They brought it to trial, so it  4:39:22PM
14   would seem to me that they had all the witness
15   statements that they needed.  I was getting
16   letters in the mail from people, the woman that
17   had gotten choked.  So there was -- there was a
18   lot of people coming forward to tell a different
19   version of the story.
20       Q    Did they ever write up a report, do   4:39:41PM
21   you know?
22       MR. NOVIKOFF:  I'm going to object to   4:39:52PM
23   the form of the question.
24       A    Yeah, I don't really understand.  You  4:39:54PM
25   mean a separate report in addition to all the

TSG Reporting - Worldwide  (877) 702-9580

Page 272

EDWARD PARADISO

1
2    witness statements and everything else, with
3    like a conclusion?
4        Q    Exactly?                   4:40:02PM
5        A    I think the -- no, I don't recall if   4:40:08PM
6    they wrote a conclusion or not.  I think the
7    evidence spoke for itself, and the judge agreed.
8        Q    What do you mean, the judge agreed?   4:40:18PM
9        A    They ended up -- the people that were  4:40:21PM
10   involved in the case were found guilty of a
11   couple different charges in court, in our court.
12       Q    They pled guilty or there was a   4:40:31PM
13   verdict that they were guilty, a verdict after
14   presentation of evidence?
15       MR. NOVIKOFF:  I'm going to object to   4:40:39PM
16   the form of the question.
17       A    I'm not certain.  There wasn't a jury  4:40:41PM
18   trial.  I think they pled -- they pled to --
19   pled to some charges.
20       Q    Was there any trial?        4:40:53PM
21       A    There was a hearing in our court, and  4:40:55PM
22   I think the attorneys that were defending them
23   worked out a plea deal with the District
24   Attorney that was there.
25       Q    Did any of the people that came in the  4:41:11PM

TSG Reporting - Worldwide  (877) 702-9580

Page 273

EDWARD PARADISO

1
2    next day indicate that they thought that the
3    Ocean Beach Police Department was going to cover
4    up what had happened?
5        MR. NOVIKOFF:  I'm sorry, could you   4:41:19PM
6    just read that question.  I apologize.
7        (Whereupon, the requested portion was   4:41:21PM
8    read back by the court reporter:  Did any of
9    the people that came in the next day
10   indicate that they thought that the Ocean
11   Beach Police Department was going to cover
12   up what had happened?)
13       MR. NOVIKOFF:  You mean the two --   4:41:38PM
14       MR. GOODSTADT:  The two males and the   4:41:39PM
15   woman.
16       MR. NOVIKOFF:  Exactly.        4:41:42PM
17       A    I tried to make that pretty clear,    4:41:43PM
18   that that was not going to take place.  That was
19   the reason why I assured them, based on what
20   they had told me, that Gary Bosetti wasn't going
21   to be working for me anymore.
22       Q    But did they indicate that they   4:41:56PM
23   thought it would be covered up?
24       A    I don't recall that they did, no.   4:41:59PM
25       Q    Did you ever speak with Jeanne Yager   4:42:03PM

TSG Reporting - Worldwide  (877) 702-9580

Page 274

EDWARD PARADISO

1  about the incident?
2
3      A   Yeah.  She was the woman that got      4:42:10PM
4  choked by the young girl.
5      Q   Did you ever speak with her about the   4:42:13PM
6  incident?
7      A   Her husband wrote me a letter about    4:42:18PM
8  the incident.  And I think the last time I spoke
9  to her about it I think was at her husband's
10  funeral, where she still couldn't believe that
11  it had all took place and that she was thankful
12  that Gary was there.
13      Q   Did you ever ask why she didn't give a   4:42:37PM
14  statement that night?
15      A   No.                             4:42:43PM
16      Q   Have you ever been told by anyone why   4:42:48PM
17  she didn't give a statement that night?
18      A   No.                             4:42:54PM
19      Q   Did you ask her if she was drinking     4:42:57PM
20  that night?
21      A   No.                             4:43:04PM
22      Q   Do you know whether the two officers    4:43:15PM
23  who were investigating the incident, Mr. Hesse
24  and Mr. Cherry, spoke with the individuals who
25  were involved in the altercation with Gary

TSG Reporting - Worldwide  (877) 702-9580

Page 275

EDWARD PARADISO

1
2  Bosetti?
3      MR. NOVIKOFF:  Objection to the form.  4:43:34PM
4      A   I would take it for granted that they   4:43:49PM
5  had, but I can't tell you that I remember that
6  they did.
7      Q   Why would you take it for granted that  4:43:54PM
8  they had?
9      A   Well, because they had to interview      4:43:56PM
10  them when they processed the arrest paperwork.
11      Q   So you think speaking with them would   4:44:03PM
12  be an important part of the investigation?
13      MR. NOVIKOFF:  Objection.          4:44:08PM
14      A   I think it would be part.  I don't      4:44:15PM
15  think it would be the most important part.
16      Q   Would it be an unimportant part to get  4:44:18PM
17  the statement from the other side of the story,
18  I think you called it?
19      A   Well, the one person couldn't remember  4:44:29PM
20  much of anything.  The one girl, the only thing
21  she would say was that she didn't choke anybody.
22  And the third guy claimed that he knew it was a
23  police officer, and he didn't care, and he went
24  in and pushed him on the ground.  So now looking
25  back and when you have a person saying that she

TSG Reporting - Worldwide  (877) 702-9580

Page 276

EDWARD PARADISO

1
2  was being choked and a police officer came to
3  her rescue and identified himself, now I'm
4  looking at a guy that knew it was a police
5  officer and he decided to attack him anyway.  So
6  it changed the story considerably.
7      Q   That wasn't the question.  My question  4:45:03PM
8  was whether it would be an important element of
9  the investigation to get their side of the
10  story.
11      A   It would be a part of it.  I don't      4:45:12PM
12  think it would be a crucial part of it.
13      Q   How about the guy who was medevaced,    4:45:17PM
14  taken away by ambulance, did you ever speak to
15  him?
16      A   He's the guy that couldn't remember     4:45:25PM
17  anything.
18      Q   So there were two guys and a woman?     4:45:27PM
19      A   Yeah.                           4:45:29PM
20      Q   Did you note in the file that there     4:45:30PM
21  were statements from three males?
22      A   I only remember two and a woman.        4:45:37PM
23      Q   If I give you the names, would it ring  4:45:40PM
24  a bell who they are?
25      A   Probably not.                    4:45:45PM

TSG Reporting - Worldwide  (877) 702-9580

Page 277

EDWARD PARADISO

1
2      Q   Do you remember speaking to a           4:45:45PM
3  Mr. Shallick?
4      A   No.                             4:45:48PM
5      Q   Mr. Van Coot?                    4:45:48PM
6      A   No.                             4:45:49PM
7      Q   Mr. Tesoro?                     4:45:50PM
8      A   Mr.?                            4:45:51PM
9      Q   Tesoro?                         4:45:52PM
10      A   No.                            4:45:53PM
11      Q   Did you take any witness statements as  4:46:03PM
12  part of the investigation?  I know you wanted to
13  step back, but did you take any witness
14  statements?
15      MR. NOVIKOFF:  Objection.  Asked and   4:46:11PM
16  answered.
17      A   Yeah, I don't -- if I would've taken    4:46:14PM
18  any, they would be in the folder, but I don't
19  remember taking any.
20      Q   Did you know that Pat Cherry did a      4:46:20PM
21  background check on only on the three people who
22  were involved in the fight and none of the other
23  witnesses?
24      A   I believe you said there were four.     4:46:28PM
25      Q   Well, Gary Bosetti was one and then     4:46:30PM

TSG Reporting - Worldwide  (877) 702-9580

Page 278

EDWARD PARADISO

1    three males.

2        MR. NOVIKOFF: Objection to the form  4:46:34PM

3    of the question. Is there a question?

4        MR. GOODSTADT: Yeah, I asked if he  4:46:38PM

5    was aware that Pat Cherry testified to the

6    fact that he had only done a background

7    check on the three people involved in the

8    fight and nobody else.

9        MR. NOVIKOFF: Background. Objection  4:46:50PM

10   to the form.

11    A  He did a background check -- he ran a  4:46:51PM

12   normal -- when -- I don't recall him telling me

13   that, no.

14       MR. CONNOLLY: Andrew, after this next  4:47:05PM

15   question, can we take a two-minute break?

16       MR. GOODSTADT: Sure can.    4:47:08PM

17   BY MR. GOODSTADT:    4:47:09PM

18    Q  Do you know who Elyse Miller is?  4:47:10PM

19    A  No.    4:47:14PM

20       MR. GOODSTADT: Just a couple of  4:47:20PM

21   questions.

22   BY MR. GOODSTADT:    4:47:21PM

23    Q  Do you know if her statement was  4:47:21PM

24   taken?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 279

EDWARD PARADISO

1    A  I don't know who she is.    4:47:23PM

2    Q  You never saw a witness -- I'm not  4:47:24PM

3   asking whether you know her now. I'm asking

4   whether you ever saw any witness statements by

5   Elyse Miller.

6    A  I don't recall.    4:47:30PM

7       MR. GOODSTADT: Take a break now.  4:47:32PM

8       THE VIDEOGRAPHER: The time is 4:49.  4:47:34PM

9   We are off the record.

10      (Whereupon, a discussion was held off  4:47:39PM

11   the record.)

12       THE VIDEOGRAPHER: The time is 5:01.  4:59:39PM

13   We're back on the record.

14   BY MR. GOODSTADT:    4:59:42PM

15    Q  I just want to go back to the  4:59:46PM

16   Halloween investigation.

17      Did you ever read Ian Levine's witness  4:59:50PM

18   statement?

19    A  I probably did, but I don't recall  5:00:04PM

20   reading it.

21    Q  In all the witness statements that you  5:00:07PM

22   read, other than for the ones that the on-duty

23   officers took that night and the one that Gary

24   Bosetti and Richard Bosetti wrote, do you recall

TSG Reporting - Worldwide  (877) 702-9580

---

Page 280

EDWARD PARADISO

1    any of the witnesses identifying Gary Bosetti

2   using a pool cue that night?

3    A  To tell you the truth, I don't  5:00:30PM

4   remember what they said he used. Just for some

5   reason in my mind, pool cue stuck.

6    Q  Well, if he admits that he used a pool  5:00:37PM

7   cue that night, would you find it strange that

8   no other eyewitness whose statements were taken

9   had mentioned anything about a pool cue?

10    A  Yeah, I would find that strange.  5:00:49PM

11    Q  And do you know whether any of the  5:00:53PM

12   eyewitnesses who came forward, whether the

13   officers that were investigating the incident

14   attempted to find out how much alcohol, if any,

15   they had consumed?

16    A  I'm not certain.    5:01:09PM

17    Q  You don't know one way or the other?  5:01:11PM

18    A  No, I don't know one way or of the  5:01:13PM

19   other.

20    Q  Did you ever review the 1042s or the  5:01:22PM

21   statements that the on-duty officers prepared

22   that evening, prepared about that evening? A

23   2042, I should say.

24    A  I'm sure that I did, but I don't

TSG Reporting - Worldwide  (877) 702-9580

---

Page 281

EDWARD PARADISO

1    recall them.

2    Q  Did you ever discuss any of those  5:01:45PM

3   statements with Mr. Hesse or Mr. Cherry?

4    A  I don't remember. But if they had  5:02:19PM

5   written 42s, they would've been accessible to

6   George anyway. He would've been able to read

7   them.

8    Q  But my question was, did you ever  5:02:30PM

9   discuss the 42s with Mr. Hesse or Mr. Cherry?

10    A  I don't remember.    5:02:35PM

11    Q  So you don't recall whether or not  5:02:42PM

12   George Hesse gave you his opinion on the 42s

13   that these guys wrote?

14    A  No.    5:02:49PM

15    Q  When is the first time you spoke with  5:02:52PM

16   Mr. Snyder about the Halloween incident?

17    A  I don't recall when I talked to him.  5:03:37PM

18   It was probably in the morning during the change

19   of tour, but I couldn't tell you when that was.

20    Q  Do you recall the substance of your  5:03:45PM

21   conversation or anything that was stated during

22   that conversation?

23    A  The only thing that I think I can  5:04:10PM

24   remember discussing with Tommy was that he just

TSG Reporting - Worldwide  (877) 702-9580

Page 282

EDWARD PARADISO

1   wanted to make sure that this wasn't just shoved
2   under a rock and covered over.
3   Q   That was the next morning?          5:04:21PM
4   A   I don't know if it was the next     5:04:22PM
5   morning.  I wasn't in the next morning.
6   Q   You don't recall when it was in     5:04:27PM
7   relation to the incident?
8   A   I don't recall when it was.  It had to  5:04:30PM
9   be within a few days of it happening, because
10  all the witness statements hadn't really come in
11  yet.  I hadn't gotten the letter from Buddy's
12  wife about it yet.  You know, it was still --
13  the process of obtaining the statements was
14  still taking place.
15  Q   Did you ever hear George Hesse refer  5:04:58PM
16  to Tom Snyder's report as a piece of shit, his
17  42?
18  A   No.                                 5:05:05PM
19  Q   Did you ever hear the allegation that  5:05:06PM
20  somebody had heard George Hesse refer to it as a
21  piece of shit?
22  A   No.                                 5:05:12PM
23  Q   Did you ever hear George Hesse state  5:05:18PM
24  that Tom Snyder needed to protect the Bosettis
25

TSG Reporting - Worldwide  (877) 702-9580

Page 283

EDWARD PARADISO

1   rather than the victims?
2   A   No.                                 5:05:25PM
3   Q   Did you ever hear that allegation that  5:05:26PM
4   he had said that?
5   A   We're not in the process of protecting  5:05:30PM
6   one side or another.  We're in the process of
7   gaining the facts and telling the truth.
8   Q   I understand.                       5:05:39PM
9   A   So it isn't -- it isn't -- we're not  5:05:40PM
10  trying to protect people.  We're protecting life
11  and property.  We're protecting people when they
12  get hurt, obviously, from further injury.  But
13  this wasn't a protection issue.  This was
14  getting the story to what exactly took place
15  issue.
16  Q   I understand that.  The question I    5:05:56PM
17  asked was slightly different.  I asked whether
18  you ever heard that allegation.
19  A   Who would've said that?             5:06:05PM
20  Q   Anybody.  Did you ever hear anybody  5:06:06PM
21  say that they heard George Hesse say that Snyder
22  needs to protect the Bosettis rather than the
23  victims?
24  A   No.                                 5:06:18PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 284

EDWARD PARADISO

1   Q   Did you ever learn whether Tom Snyder  5:06:32PM
2   spoke with the District Attorney about the
3   Halloween incident?
4   A   No.                                 5:06:38PM
5   Q   Do you know whether Tom Snyder ever  5:06:39PM
6   spoke to the District Attorney about the Gilbert
7   incident?
8   A   No.                                 5:06:43PM
9   Q   Do you know whether Joe Nofi ever   5:06:44PM
10  spoke to the District Attorney about the Gilbert
11  incident?
12  A   No.                                 5:06:48PM
13  Q   Do you know whether Frank Fiorillo  5:06:48PM
14  ever spoke to the District Attorney about the
15  Gilbert incident?
16  A   No.                                 5:06:52PM
17  Q   Did you ever speak with George Hesse  5:07:02PM
18  about any of these people speaking to the
19  District Attorney about the Gilbert incident?
20  A   George and I really weren't talking  5:07:11PM
21  that much.  He really wasn't that thrilled with
22  me, so it wasn't like there was a stream of
23  information coming my way.
24  Q   So the answer is no?                5:07:20PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 285

EDWARD PARADISO

1   A   The answer is no.                   5:07:21PM
2   Were they there during the Gilbert   5:07:29PM
3   incident?  I don't even know if they were there
4   for it.
5   Q   Do you know whether George Hesse spoke  5:07:39PM
6   to the District Attorney about the Halloween
7   incident?
8   A   The District Attorney was involved in  5:07:45PM
9   the prosecution of the people that were involved
10  in the Halloween incident.  So he had to provide
11  the file to the District Attorney that handled
12  the case.  So I would think yes, he had to have
13  talked to the District Attorney's Office.
14  Q   Do you know who at the District      5:08:04PM
15  Attorney's Office he spoke to?
16  A   No, I don't.                        5:08:07PM
17  Q   Do you know the sum and substance of  5:08:08PM
18  any of those discussions?
19  A   No, I don't.                        5:08:10PM
20  Q   I just want to go back, just to be   5:08:19PM
21  clear on this issue.  Did you ever review
22  Snyder's 42?
23  MR. NOVIKOFF:  Objection.            5:08:25PM
24  A   I'm sure that I did, but I don't      5:08:28PM
25

TSG Reporting - Worldwide  (877) 702-9580

## Page 286

EDWARD PARADISO

1  recall what it said.

2

3    Q   Do you recall what your reaction was   5:08:31PM

4  when you read it?

5    A   I don't recall what it said, so I     5:08:35PM

6  don't know what my reaction would be.

7    Q   Did you ever review Fiorillo's 42?   5:08:38PM

8    A   No, I don't recall what it said or    5:08:54PM

9  what my reaction to it was.  I wish I had a

10  better memory, I'm sorry.

11       It's very frustrating to continually   5:09:01PM

12  be asked questions of things that I really don't

13  have a clear or any memory of, and I apologize.

14  I'm really not trying to elude your questions or

15  give you answers that, you know, don't mean

16  anything.  I just don't remember.

17       MR. NOVIKOFF:  Actually, I think your  5:09:23PM

18   answers have been right on.

19  BY MR. GOODSTADT:               5:09:25PM

20    Q   Do you think that your ingestion of   5:09:26PM

21  your medication had anything to do with the fact

22  that you're not recalling some of this stuff?

23       MR. NOVIKOFF:  Objection to form.    5:09:32PM

24    A   I don't know.               5:09:41PM

25    Q   Did Fiorillo ever complain to you that 5:09:42PM

TSG Reporting - Worldwide  (877) 702-9580

## Page 287

EDWARD PARADISO

1  Hesse told him that he needed to file a new

2  statement, a new 42?

3    A   I don't recall that, no.         5:09:50PM

4    Q   Do you recall whether Fiorillo      5:09:52PM

5  complained to you that Hesse asked him to revise

6  his 42?

7    A   It's very difficult to revise       5:10:04PM

8  statements once you make them, they're

9  in the computer.  They can't be changed.  It's

10  password protected.  So every point in time that

11  an officer wrote a 42, that was there.  It was

12  not going anywhere.  If they made a typo, it was

13  there.  You couldn't erase them.  So it would --

14  it wouldn't be prudent that once you made a

15  statement, to keep revising your statement

16  unless you made a blaring error and you had to

17  make a correction for some reason.

18    Q   Do you know whether their 42s were    5:10:40PM

19  done on the station computer?

20    A   They were usually -- 42s are usually  5:10:44PM

21  done on the front desk computer.

22    Q   I'm asking you whether the three     5:10:48PM

23  officers who did the 42 that night, whether

24  those three were done on the station computer?

25

TSG Reporting - Worldwide  (877) 702-9580

## Page 288

EDWARD PARADISO

1    A   Oh, I don't know.  I would take it for 5:10:59PM

2  granted that's where they would do them.  We had

3  a file.  It was just for 42s, and it kept every

4  single one that everybody typed.

5    Q   Did you ever review Kevin Lamm's 42?  5:11:20PM

6    A   Probably did, but I don't recall what  5:11:27PM

7  it said.

8    Q   Did you ever speak with Lamm about    5:11:29PM

9  Halloween?

10    A   I think so.  I think -- yeah, I think  5:11:49PM

11  I did.  I spoke about it.

12    Q   When did you speak with him about it?  5:11:55PM

13    A   When?                   5:11:56PM

14    Q   Yes.                    5:11:57PM

15    A   It had to be two or three days after   5:12:06PM

16  the incident.

17    Q   Do you recall the sum and substance of 5:12:12PM

18  the discussion that you had with Mr. Lamm?

19    A   No.                     5:12:27PM

20    Q   Do you recall anything that was      5:12:28PM

21  discussed?

22    A   No.                     5:12:43PM

23    Q   Did you ever hear George Hesse state  5:12:44PM

24  that Lamm's 42 was not good and it didn't

25

TSG Reporting - Worldwide  (877) 702-9580

## Page 289

EDWARD PARADISO

1  reflect what happened?

2    A   I don't recall him making that       5:13:08PM

3  statement, but I find it hard to think that

4  George would.  Because I how do you judge a

5  person's statement?  This is what they believed

6  to have seen, what the facts that were available

7  to them at the time.  And if more information

8  came to light with regards to a situation that

9  wasn't available to them when they wrote the 42,

10  you could say that they didn't have all the

11  information, but you really couldn't complain

12  about how they wrote it or what they added to

13  it.

14    Q   Did you ever discuss Lamm's 42 with    5:13:40PM

15  George Hesse?

16    A   I don't recall.              5:13:46PM

17    Q   Did you ever discuss Fiorillo's 42    5:13:47PM

18  with Hesse?

19    A   I think you already asked me this, but 5:13:50PM

20  I don't remember discussing it with George.

21    Q   So the same thing with Snyder?      5:13:56PM

22    A   Yes.  I'm sorry, guys, I just don't   5:14:03PM

23  remember.

24    Q   There came a point in time that some  5:14:09PM

25

TSG Reporting - Worldwide  (877) 702-9580

Page 290

EDWARD PARADISO

1  of the individuals involved in the Halloween
2  incident were arrested; is that correct?
3      A   Yes.  Yes.  Once the remainder of the   5:14:21PM
4  witness statements were taken and the young lady
5  who had gotten choked gave her version of the
6  story, they wrote up criminal complaints for the
7  people who were involved.  And they were sent
8  criminal summonses to come to court, and they
9  read the informations.  They brought -- I think
10  they brought attorneys with them.  It would be
11  silly not to.  I'm pretty silly myself.  And
12  they worked out -- with the amount of
13  information they had with all the witness
14  statements, they pled guilty to whatever charges
15  they could work out.
16      Q   Who was the arresting officer?      5:15:18PM
17      A   I'm thinking George.  I'm not sure.   5:15:33PM
18      Q   So you don't know one way or the   5:15:36PM
19  other?
20      A   I'm not certain.  Any police officer   5:15:38PM
21  can make the arrest when they have information
22  and belief.  You don't have to be at the scene
23  to make the arrest.  As the investigation goes
24  on, whoever is handling the investigation can

TSG Reporting - Worldwide  (877) 702-9580

Page 291

EDWARD PARADISO

1  make the arrest.  So it was either Pat or
2  George.  If you're telling me that Pat was still
3  working as a police officer, then maybe Pat was
4  the arresting officer.  I'm not certain.
5      Q   Would it have been appropriate to send   5:16:04PM
6  Gary Bosetti out to be the arresting officer?
7          MR. NOVIKOFF:  Objection to the form.   5:16:16PM
8      A   What do you mean by appropriate?   5:16:19PM
9      Q   Is that something that you would have   5:16:21PM
10  considered good practice?
11          MR. NOVIKOFF:  Objection.         5:16:29PM
12      A   Well, he did have firsthand knowledge   5:16:52PM
13  of what took place in the bar because he was
14  there when it took place.  So to have the
15  arresting officer who witnessed everything there
16  as the arresting officer, it would not have been
17  inappropriate for him to make the arrest.
18      Q   And did the people who came in that   5:17:20PM
19  next morning, the two males and the female, did
20  they ever file any charges or press any charges
21  against Gary Bosetti?
22      A   No.                               5:17:30PM
23      Q   Do you know why they didn't?      5:17:30PM
24          MR. NOVIKOFF:  Objection.         5:17:33PM

TSG Reporting - Worldwide  (877) 702-9580

Page 292

EDWARD PARADISO

1      A   I don't know why they didn't.     5:17:34PM
2      Q   Did you attend the court appearance   5:17:35PM
3  for any of the people who were arrested?
4      A   No.                               5:17:41PM
5      Q   Do you believe that the three on-duty   5:17:56PM
6  officers had it out for Gary Bosetti?
7      A   Why would they have --            5:18:04PM
8          MR. NOVIKOFF:  Objection.         5:18:05PM
9      A   Why would they have it out for Gary   5:18:06PM
10  Bosetti?
11      Q   I'm asking you whether you believe   5:18:09PM
12  that they did.
13      A   No.                               5:18:11PM
14      Q   Was there anything, in your estimation   5:18:20PM
15  as the chief of police, that the three on-duty
16  officers should have done that evening that they
17  didn't?
18          MR. NOVIKOFF:  Objection.         5:18:28PM
19      A   The only thing that I think the --   5:18:52PM
20  that should've taken place that didn't was that
21  Gary and Richie should've been at the police
22  station during the entire event because they
23  took police action.  They should've been the
24  officers making reports.  They should've been

TSG Reporting - Worldwide  (877) 702-9580

Page 293

EDWARD PARADISO

1  making arrests.  It's not up to Tom Snyder,
2  Frank Fiorillo or Kevin Lamm to order these guys
3  to do these things.  They weren't their superior
4  officers.  So when the initial event took place,
5  I thought they went out of their way to make
6  sure the person who had gotten injured was
7  safeguarded and got proper medical care, and I
8  found no fault with that.  They were more
9  interested in making sure that that person got
10  the care that he needed.  And I think when
11  you're looking at what's right and what's
12  important, that was the most important thing
13  that took place, and that's what they did.
14      Q   I just want to go back to your first   5:20:16PM
15  half of that answer.  I think you testified that
16  the one thing that you thought should've been
17  done was that Gary and Richard Bosetti should
18  have been at the station the whole time and
19  taking statements; is that correct?
20      A   They should've been more involved in   5:20:31PM
21  the procedure.
22      Q   Was that the fault of, in your   5:20:33PM
23  estimation, the three on-duty officers or the
24  fault of Gary and Richard Bosetti?

TSG Reporting - Worldwide  (877) 702-9580

Page 294

EDWARD PARADISO

1   A   That was the fault of Gary and Richard 5:20:43PM
2   Bosetti.
3   Q   Okay.  And as a chief of police, would 5:20:46PM
4   you have done anything differently than what the
5   three on-duty officers did that evening?
6       MR. NOVIKOFF: Objection to form.   5:20:54PM
7   A   If I was working while this took   5:20:55PM
8   place?
9   Q   Yes.   5:20:57PM
10   A   Well, as chief of police, I would've   5:20:58PM
11   made sure that Gary and Richie came back to the
12   police station, and I would've -- I have a
13   different rapport with the people of the
14   village, since I was there for such a long time.
15   I would've been able to probably get more
16   statements out of the people that were there
17   from my relationship with them over time.  And I
18   think that probably it would've surfaced -- I
19   would've gotten a statement from Buddy's wife,
20   and I would've gotten more information just from
21   me the mere fact that as chief, more people talk to
22   me and they know that I'm going to want to know
23   what happened --
24   Q   Okay.   5:21:54PM
25
TSG Reporting - Worldwide  (877) 702-9580

Page 295

EDWARD PARADISO

1   A   -- and I'm going to expect them to   5:21:54PM
2   tell me.  I would rely on that relationship that
3   I've had with them for all these years.  It's
4   harder for officers that aren't there as much or
5   have a different type of relationship with these
6   people to get them to come forward sometimes.
7
8   Q   Okay.   5:22:11PM
9   A   So that -- that's what I would've done 5:22:12PM
10   differently had I been there.
11   Q   Right.  But just so I'm clear, the   5:22:16PM
12   first piece of getting Gary and Richie to come
13   back, I think you testified that the three of
14   them didn't have the authority to do that,
15   right?
16       MR. NOVIKOFF: Objection.   5:22:27PM
17   A   They weren't commanding officers over 5:22:27PM
18   these officers, and I don't -- I don't even know
19   if Richie or Gary -- I don't know if Gary was
20   there when they arrived.  I don't know if they
21   ever saw Gary.  I don't recall.  So Gary might
22   have just relied on his brother to find out what
23   was going on, and I don't know.  I don't know if
24   they had access to that.
25       A lot of -- this guy that didn't   5:22:50PM
TSG Reporting - Worldwide  (877) 702-9580

Page 296

EDWARD PARADISO

1   remember what had taken place wasn't even at the
2   bar when they arrived.  They had to go out and
3   search for him.  They didn't know if they were
4   going to find him in a bush or something.  So
5   they -- they were trying to do their best to
6   make sure that he was okay.  I mean, I can't
7   find fault with that.
8   Q   Do you find fault with anything they 5:23:12PM
9   did that evening?
10       MR. NOVIKOFF: Objection.   5:23:15PM
11   A   The only fault I could've found is   5:23:23PM
12   that I didn't get a call or George didn't get a
13   call at 3:00 in the morning when it all took
14   place.  It was my calling in to let them know
15   that I wasn't coming in to find out what
16   happened at 8:00 in the morning or 7:30,
17   whenever I called.  I should've gotten a call
18   right away.  If they knew that one of the
19   officers was involved, they should've reached
20   out to a supervisor right away, either myself or
21   George.
22   Q   Other than that, did you find fault   5:23:54PM
23   with anything else they did that night?
24       MR. NOVIKOFF: Note my objection.   5:23:58PM
25
TSG Reporting - Worldwide  (877) 702-9580

Page 297

EDWARD PARADISO

1   A   No.  I think they did the best that   5:24:09PM
2   they could.  They wanted -- they tried to do
3   their best job.
4   Q   Did you ever hear George Hesse refer   5:24:19PM
5   to Kevin Lamm as either being homosexual or gay
6   or anything to that effect?
7   A   At the Halloween incident?   5:24:35PM
8   Q   Ever.  We're off the Halloween   5:24:37PM
9   incident now.
10   A   Oh.  No.   5:24:41PM
11       MR. GOODSTADT: Can you mark this.   5:24:48PM
12       MR. NOVIKOFF: Number 10?   5:24:53PM
13       MR. GOODSTADT: Yes.   5:24:54PM
14       (Whereupon, Bates document 925 was   5:24:58PM
15   marked as Plaintiff's Exhibit 10 for
16   identification, as of this date.)
17       MR. GOODSTADT: I've placed in front   5:25:29PM
18   of Mr. Paradiso what's now been marked as
19   Paradiso 10.  It's a one-page exhibit Bates
20   numbered P 925.
21   BY MR. GOODSTADT:   5:25:38PM
22   Q   Mr. Paradiso, have you ever seen this 5:25:39PM
23   exhibit?
24   A   No, I have not.  And as a matter of   5:25:41PM
25
TSG Reporting - Worldwide  (877) 702-9580

Page 298

EDWARD PARADISO

1   fact, I'm offended that my name is even on it.
2   All right?  Number one, 516 exchange changed so
3   many years ago that I don't even believe Kevin
4   was working when there was a 516 exchange.
5           Secondly, these patches and everything  5:25:57PM
6   else are new patches, so they're put on
7   something that's old, because I don't know where
8   you get 516 from.
9           And I don't even have a comment for  5:26:13PM
10  this.  This is ridiculous.
11      Q   If you had learned that George Hesse  5:26:25PM
12  had given this to Kevin Lamm, do you think that
13  would be grounds for discipline for George
14  Hesse?
15      A   Yes.                     5:26:32PM
16      Q   Okay.                    5:26:34PM
17          MR. GOODSTADT:  Just mark this.  5:26:56PM
18          (Whereupon, a photocopy was marked as  5:26:58PM
19  Plaintiff's Exhibit 11 for identification,
20  as of this date.)
21          MR. GOODSTADT:  I've placed in front  5:27:35PM
22  of Mr. Paradiso what's been marked as
23  Paradiso Exhibit 11.  It's a two-page
24  exhibit.  The first page says, "Prepare to

TSG Reporting - Worldwide  (877) 702-9580

Page 299

EDWARD PARADISO

1   be Snyderized," with "Snyder" crossed out,
2   saying "woman."  And Page 2 says, "whore
3   Lamminated," with "Lamm" crossed out with
4   the word "fag" written.
5   BY MR. GOODSTADT:                5:27:55PM
6       Q   Mr. Paradiso, have you ever seen the  5:27:55PM
7   writing that's depicted here on Paradiso 11?
8       A   No.                      5:28:03PM
9       Q   You don't recall seeing this on the  5:28:04PM
10  wall of the police station?
11      A   No.                      5:28:08PM
12      Q   Okay.  If you found out who -- strike  5:28:09PM
13  that.
14          If this was on the wall and you found  5:28:16PM
15  out who had done that, would that be grounds for
16  discipline?
17          MR. NOVIKOFF:  Assuming it was a  5:28:23PM
18  police officer?
19          MR. GOODSTADT:  Yes.        5:28:25PM
20          MR. NOVIKOFF:  Okay.        5:28:25PM
21      A   Yes.                     5:28:29PM
22      Q   Let's just go back to -- strike that.  5:28:30PM
23          Do you recall this handwriting ever on  5:28:34PM
24  the bathroom wall at the police station?

TSG Reporting - Worldwide  (877) 702-9580

Page 300

EDWARD PARADISO

1       A   This?                    5:28:40PM
2       Q   Yes.                     5:28:40PM
3       A   No.                      5:28:41PM
4       Q   Let's just go back to Paradiso 10, the  5:28:42PM
5   Kevin Lamm business card.
6       A   Yeah.                    5:28:48PM
7       Q   If George Hesse had given -- if you  5:28:49PM
8   learned that George Hesse had given him that, I
9   know you said it would be grounds for
10  discipline.  Would it be grounds for
11  termination?
12          MR. NOVIKOFF:  Objection.   5:29:00PM
13          MR. CONNOLLY:  Objection.   5:29:01PM
14      A   It would be grounds for a  5:29:46PM
15  psychological review, because you'd have to be
16  out of your mind to give this to somebody.  You
17  know, I don't know how to answer it.  This stuff
18  is ridiculous.
19      Q   Was there a policy in Ocean Beach at  5:30:03PM
20  any point in time when you were the chief
21  regarding officers drinking while on duty?
22      A   Yeah, officers can't drink on duty.  5:30:14PM
23      Q   Is that a written policy?  5:30:16PM
24      A   Yes.                     5:30:17PM

TSG Reporting - Worldwide  (877) 702-9580

Page 301

EDWARD PARADISO

1       Q   How about with respect to off-duty  5:30:20PM
2   officers drinking at bars in the Village of
3   Ocean Beach?
4       A   When I first started in Ocean Beach,  5:30:36PM
5   police officers weren't allowed to go into the
6   bars off duty.
7           MR. NOVIKOFF:  I'm sorry.  Your hand  5:30:42PM
8   is in the way.
9           THE WITNESS:  Sorry.         5:30:45PM
10      A   When I first started working in Ocean  5:30:45PM
11  Beach back in 1982, police officers weren't
12  allowed to go into the bars off duty.  If they
13  were going to go out, they had to go out into a
14  different part of Fire Island.  They couldn't go
15  to the bars in Ocean Beach.
16      Q   Did that change, that policy?  5:31:00PM
17      A   That policy changed over time.  We had  5:31:01PM
18  an older department.  I found no reason why
19  adult officers couldn't be trusted to act
20  themselves -- act in an appropriate way even if
21  they were in a restaurant or a bar at night.  I
22  expected they would always act in an appropriate
23  manner.  I treated them like adults.
24      Q   Did you ever issue a directive on that  5:31:38PM

TSG Reporting - Worldwide  (877) 702-9580

Page 302

EDWARD PARADISO

1
2  issue about off-duty officers drinking in a bar?
3    A  No.  Not that I recall.        5:31:42PM
4    Q  Did you ever address the issue at any  5:31:46PM
5  meetings while you were the chief of police?
6    A  If I did, I would've said it just that  5:31:54PM
7  way.
8    Q  But you don't recall one way or the  5:31:57PM
9  other whether you did?
10    A  I don't recall.        5:32:00PM
11    Q  How about during an officer's meal  5:32:00PM
12  breaks?
13    A  To go into a bar and have a drink?  5:32:04PM
14    Q  Yes.        5:32:06PM
15    A  During a meal break?        5:32:07PM
16    Q  Yes.        5:32:09PM
17    A  No, they weren't allowed to do that.  5:32:09PM
18    Q  And is that a terminable offense if  5:32:11PM
19  they did that?
20    A  Terminating -- a terminating offense?  5:32:15PM
21    Q  A terminable offense.        5:32:19PM
22    A  Terminable.        5:32:21PM
23      Yeah.  If I became aware of it, yeah.  5:32:22PM
24  It's a dangerous offense.
25    Q  How about having a drink with your  5:32:25PM

TSG Reporting - Worldwide  (877) 702-9580

Page 303

EDWARD PARADISO

1
2  meal before getting on duty?
3    A  How much before?        5:32:31PM
4    Q  Is there a line of demarcation that  5:32:35PM
5  you draw?
6    A  Yeah.  The human body can filter one  5:32:38PM
7  ounce of alcohol per hour.  So if you have a
8  drink at 10:00 and you're not scheduled to come
9  onto work until 4, one drink would not be
10  something that I would be overly concerned
11  about.  But the human body should be able -- you
12  wouldn't be impaired to drive after one drink.
13  That time frame wouldn't be a problem.  Not that
14  I would be happy to hear about it or if I went
15  and talked to the officer after it took place,
16  saying, listen, it's not a good idea to drink
17  before you come on duty, please stop.
18    Q  Did you ever witness any officers  5:33:20PM
19  drinking while they were on duty?
20    A  No.        5:33:23PM
21    Q  Did you ever witness any officers  5:33:23PM
22  having any drinks in the station, whether on
23  duty or off duty?
24    A  You're talking in the course of 26  5:33:43PM
25  years.  Give me a little time to think.

TSG Reporting - Worldwide  (877) 702-9580

Page 304

EDWARD PARADISO

1
2      Never on duty.  And I don't recall  5:33:56PM
3  ever off duty.
4    Q  Were there any policies with respect  5:34:03PM
5  to drinking in the station while off duty?
6    A  I don't think I have a written policy,  5:34:19PM
7  but I never saw the need to have to have a
8  written policy.  I mean, I never wrote a policy
9  saying don't shoot yourself in the foot while
10  you're walking down the street.  There's a
11  certain line of common sense that takes place
12  when you work at a police station.  There are
13  certain things that you aren't allowed to do.
14    Q  And that's one of them?        5:34:38PM
15    A  I would think that that would be one  5:34:39PM
16  of them, yeah.
17    Q  So just so I'm clear, drinking in the  5:34:41PM
18  station while off duty is one of those things
19  that's such common sense that you can't do it
20  that you didn't require to write a written
21  policy on; is that correct?
22    A  Yeah.  I mean, sometimes if a guy was  5:34:52PM
23  coming off the boat, he's -- maybe he's not
24  working for an entire day and he walks into the
25  police station and he's talking with a few of

TSG Reporting - Worldwide  (877) 702-9580

Page 305

EDWARD PARADISO

1
2  the guys and he has beers with him, if he took a
3  sip of the beer while he's in the police station
4  and then he was going off to wherever he was
5  staying, I wouldn't be, like, you know, are you
6  out of your mind, you're fired.  But it wasn't
7  like that would take place on a normal basis
8  anyway.  So unless you're going to come up with
9  a piece of paper or a picture of somebody having
10  a beer in the police station, I would say no, it
11  wasn't a normal course of action.
12    Q  Did anybody ever complain to you that  5:35:31PM
13  officers were drinking on duty?
14    A  No.        5:35:34PM
15    Q  Did anyone ever complain to you that  5:35:35PM
16  officers were drinking in the station?
17    A  No.        5:35:38PM
18    Q  After the Halloween incident, did Tom  5:35:50PM
19  Snyder complain to you that the Bosettis drank
20  while they were on duty?
21    A  I don't remember him saying that to  5:36:02PM
22  me.
23    Q  Did Tom Snyder ever tell you he had to  5:36:03PM
24  relieve them -- strike that.
25      Did anyone ever tell you that they had  5:36:08PM

TSG Reporting - Worldwide  (877) 702-9580

Page 306

EDWARD PARADISO

1
2    to relieve the Bosetts at a bar at the end of
3    their tour?
4         MR. NOVIKOFF: Objection to form.   5:36:14PM
5    A    Relieve them at a bar?          5:36:15PM
6    Q    Yes.                            **5:36:16PM**
7    A    No.                            5:36:17PM
8    Q    Did Tom Snyder ever complain to you   5:36:32PM
9    that the Bosetts would leave him at the station
10   while they would go to a bar with the police
11   cell phone?
12        MR. NOVIKOFF: Objection to the form.  5:36:41PM
13   A    No.                            5:36:42PM
14        MR. NOVIKOFF: The answer was no?   5:36:49PM
15        THE WITNESS: No.               5:36:50PM
16   Q    Did Mr. Fiorillo ever complain to you   5:36:56PM
17   that the Bosetts were drinking in the bars at
18   Ocean Beach?
19   A    On duty?                       5:37:04PM
20   Q    Either on duty or off duty.    **5:37:05PM**
21   A    What do you mean by complain?  Do you   5:37:18PM
22   mean like I had a real problem with the
23   Bosetts, they were drunk in a bar or Gary was
24   drunk in a bar, what's up with that?  I don't
25   understand what you mean.

TSG Reporting - Worldwide  (877) 702-9580

Page 307

EDWARD PARADISO

1
2    Q    Either one.                   **5:37:31PM**
3         MR. NOVIKOFF: Objection to the form.  5:37:32PM
4    A    I don't recall them complaining about   5:37:33PM
5    anything like that.
6         Was I working at a different place?   5:37:46PM
7    Q    Did Fiorillo ever complain to you that  5:37:48PM
8    he had to get Walter Moeller out of a bar while
9    he was on duty to go to a drug overdose case?
10   A    No.  That Walter was on duty while   5:37:59PM
11   this was taking place?
12   Q    Yes.                          **5:38:11PM**
13   A    No.  No, I don't remember anything   5:38:11PM
14   like that.
15   Q    Did Snyder complain to you that the  **5:38:21PM**
16   Bosetts were not answering the radio codes?
17   A    I don't recall that either.    5:38:33PM
18   Q    Did Snyder complain to you that beer  **5:38:34PM**
19   cans were left in the police vehicle?
20   A    No.                            5:38:39PM
21   Q    Did you ever tell Snyder that when  **5:38:42PM**
22   George Hesse is in charge, he has to speak with
23   him because it's his tour?
24        MR. NOVIKOFF: Objection.  Asked and   5:38:50PM
25   answered.

TSG Reporting - Worldwide  (877) 702-9580

Page 308

EDWARD PARADISO

1
2    A    Speak to him about what?       5:39:01PM
3    Q    About any complaints that Snyder may  **5:39:02PM**
4    have brought to your attention.
5         MR. NOVIKOFF: Objection.  Asked and   5:39:09PM
6    answered.
7    A    It wouldn't be appropriate for Tom to   5:39:09PM
8    come to me if George was working.  If there was
9    a problem, he should go to George first.
10   Q    Did Ed Carter ever complain to you  **5:39:23PM**
11   that Ty Bacon was drinking?
12   A    No.                            5:39:28PM
13   Q    Do you know what a rocket fuel is?  **5:39:33PM**
14   A    Yeah.                          5:39:34PM
15   Q    Did you ever hear that rocket fuels  **5:39:36PM**
16   were delivered to the police station for
17   off-duty officers to drink?
18   A    Bars don't have a license to sell  5:39:42PM
19   drinks to go.
20   Q    Say that again.               **5:39:54PM**
21   A    Bars don't have a license to sell   5:39:55PM
22   drinks to go.
23   Q    How about if they didn't sell it, they  **5:39:58PM**
24   just gave it to them?
25   A    Even then.  Even then.  They're   5:40:03PM

TSG Reporting - Worldwide  (877) 702-9580

Page 309

EDWARD PARADISO

1
2    licensed for on-premise consumption.
3    Q    Did any of the five plaintiffs in this  **5:40:13PM**
4    case complain to you that Hesse forced them to
5    clean up cups and other drinking debris in the
6    station?
7    A    Alcoholic drinking debris you mean?   5:40:26PM
8    Q    Yes.                          **5:40:28PM**
9    A    You could have alcoholic drinking   5:40:29PM
10   debris in the police station from the people
11   that you bring in for drinking on walks.  So
12   there could be debris in the police station, but
13   it's not from the officers.  It's from the
14   people who may be getting summonsed for open
15   alcoholic beverages.  We had people walking past
16   the police station all the time carrying beers
17   or whatnot.  We wouldn't let them leave again
18   with the beers.  The beers would be either
19   dumped into the sink and thrown out or whatever.
20   But there could be times when that stuff is
21   around the police station, but I wouldn't think
22   that it was from the police officers that were
23   on duty and off duty.
24   Q    Did any of them ever complain that  **5:41:04PM**
25   they had to clean up the drinking refuse that

TSG Reporting - Worldwide  (877) 702-9580

Page 310

EDWARD PARADISO

1  was left there?
2     A    Not that I recall.          5:41:07PM
3     Q    What would be done with beer that was  5:41:11PM
4  confiscated from people on the beach, for
5  example?
6     A    The majority of the time, I would say  5:41:19PM
7  when I confiscated beer, I would pop the bottoms
8  of the cans right up on the beach and empty it
9  into the garbage pail and then throw the beer
10 out.
11    Q    Would it be appropriate for the      5:41:34PM
12 officers to drink beer that was confiscated?
13       MR. NOVIKOFF: Objection.          5:41:40PM
14    A    It would be -- it wouldn't be the    5:42:12PM
15 normal course of business, but if it had
16 happened, it wouldn't be the most
17 earth-shattering thing.
18    Q    Would it surprise you to learn that it  5:42:38PM
19 happened frequently?
20       MR. NOVIKOFF: Objection to the form.  5:42:41PM
21    A    It would surprise me to learn that it  5:42:45PM
22 happened frequently, yes.
23    Q    If Ty -- withdrawn.              5:42:50PM
24       Did you ever drink a confiscated beer?  5:42:53PM

TSG Reporting - Worldwide  (877) 702-9580

Page 311

EDWARD PARADISO

1     A    I don't drink beer.            5:42:55PM
2     Q    So if Ty Bacon testified that he    5:42:56PM
3  personally witnessed you drinking a confiscated
4  beer, he would be lying?
5     A    Yes, he would be.             5:42:59PM
6     Q    Are there any policies with respect to  5:43:00PM
7  officers drinking in the police truck?
8     A    While they're on duty?          5:43:29PM
9     Q    Or off duty.  I assume it's covered by  5:43:31PM
10 the drinking on duty policy we discussed before.
11 So let's focus on off duty.
12    A    There were no -- I don't think I had a  5:43:47PM
13 policy about that.
14    Q    Did you have any policy about drinking  5:43:55PM
15 in the barracks?
16    A    No.                      5:43:58PM
17    Q    So officers were free to drink in the  5:44:01PM
18 barracks?
19       MR. NOVIKOFF: Again, off duty?      5:44:03PM
20       MR. GOODSTADT: Off duty.          5:44:05PM
21    A    Yeah.                     5:44:05PM
22    Q    Are off-duty officers free to drink in  5:44:07PM
23 the police truck?
24    A    I didn't have a policy on that.    5:44:19PM

TSG Reporting - Worldwide  (877) 702-9580

Page 312

EDWARD PARADISO

1     Q    Were they free to do it?        5:44:21PM
2       MR. NOVIKOFF: Objection.          5:44:24PM
3     A    Not if they were driving.         5:44:32PM
4     Q    How about if they were passengers?   5:44:34PM
5     A    They shouldn't be drinking in a     5:44:37PM
6  vehicle that's moving.  So I would say no,
7  they're not free to do it.
8     Q    So that's a law, that they can't have  5:44:43PM
9  an open container in a moving vehicle?
10    A    It's a New York State law.        5:44:48PM
11    Q    So it would be a violation of law if  5:44:49PM
12 they had done that, correct?
13    A    It would be a violation if anybody did  5:44:52PM
14 that.
15    Q    Right.  Just so I'm clear, would that  5:44:55PM
16 be one of those incidents that would be so
17 obviously inappropriate that you didn't need a
18 policy on it?
19    A    What do you mean by "one of those"?  5:45:14PM
20    Q    I believe before you testified that  5:45:16PM
21 there were certain things, like shooting
22 yourself in your foot, that are so obviously
23 wrong that you didn't need a written policy.
24    A    Right.                    5:45:27PM

TSG Reporting - Worldwide  (877) 702-9580

Page 313

EDWARD PARADISO

1     Q    Do you remember you testified to that?  5:45:27PM
2     A    Yeah.                     5:45:28PM
3     Q    Would an-off duty officer drinking  5:45:29PM
4  alcohol in the police truck, as passengers, is
5  that one of those --
6     A    It would be inappropriate for anyone  5:45:38PM
7  to drink alcohol as a passenger in a motor
8  vehicle, and police officers are held to a
9  higher standard.  So it would be one of those
10 policies that don't have to be written.  It
11 would be understood that that is something that
12 shouldn't be done.
13    Q    Did any of the five plaintiffs in this  5:45:58PM
14 case ever complain to you that George Hesse had
15 required them to drive them places while they
16 were on duty?
17       MR. NOVIKOFF: Drive the plaintiffs  5:46:09PM
18 places?
19       MR. GOODSTADT: The plaintiffs drive  5:46:11PM
20 George Hesse.
21       MR. NOVIKOFF: George.             5:46:13PM
22       MR. GOODSTADT: Right.            5:46:14PM
23 BY MR. GOODSTADT:
24    Q    On non-police business.          5:46:18PM

TSG Reporting - Worldwide  (877) 702-9580

Page 314

EDWARD PARADISO

1    A    No.                                5:46:20PM
2    Q    None of them ever complained to you?    5:46:21PM
3    A    No.                                5:46:22PM
4    Q    Did any of the plaintiffs ever    5:46:23PM
5    complain to you that George Hesse required them
6    to drive off-duty officers to the checkpoint
7    while they were on duty?
8
9    A    Well, it would be normal to drive    5:46:35PM
10   off-duty officers to the checkpoint.  They're
11   going off duty.  Especially if you needed the
12   truck back, the guys that were going off duty
13   would be driven off by somebody who was on duty,
14   and then they'd bring the truck back.  I mean, I
15   don't understand exactly what you mean.
16   Q    Well, would it leave the village short    5:46:52PM
17   of police officers if one of the on-duty
18   officers drove to the checkpoint?  My
19   understanding is it takes between 15 and 20
20   minutes to get there and 15 to 20 minutes back;
21   is that correct?
22        MR. NOVIKOFF:  What's the question?    5:47:05PM
23        MR. GOODSTADT:  I just want to --    5:47:06PM
24   let's just go to the second question.
25        MR. NOVIKOFF:  Okay.               5:47:06PM

TSG Reporting - Worldwide  (877) 702-9580

Page 315

EDWARD PARADISO

1    BY MR. GOODSTADT:                        5:47:06PM
2
3    Q    Does it take about 15 or 20 minutes to    5:47:07PM
4    get there and 15 to 20 minutes to get back; is
5    that correct?
6    A    Yeah.                              5:47:13PM
7    Q    Okay.  So I guess the question is    5:47:13PM
8    whether any complained to you that they're
9    required to drive the off-duty police officers
10   and it would leave the village short an officer
11   for 30 to 40 minutes.
12        MR. NOVIKOFF:  Objection.  Asked and    5:47:26PM
13   answered.
14   A    No, none of them ever complained about    5:47:29PM
15   that.
16   Q    Do you know who Mitch Burns is?      5:47:40PM
17   A    Is this the Mitch that invented the    5:47:50PM
18   triangle ball?
19   Q    I'm not sure.  What's a triangle ball?    5:48:00PM
20   A    I don't know.                       5:48:04PM
21        THE WITNESS:  Frank -- did he invent    5:48:05PM
22   the triangle ball game, that guy, Mitch?  Is
23   this the same Mitch Burns you're talking
24   about?
25        MR. NOVIKOFF:  Does Mr. Fiorillo want    5:48:14PM

TSG Reporting - Worldwide  (877) 702-9580

Page 316

EDWARD PARADISO

2    to open himself up to his deposition?
3        THE WITNESS:  I'm sorry.            5:48:17PM
4        MR. NOVIKOFF:  No, that's okay.  I'm    5:48:18PM
5    kidding.
6    A    I don't -- I'm not sure which Mitch    5:48:21PM
7    Burns you're talking about.  I knew a guy named
8    Mitch, but I don't know if his last name is
9    Burns.
10   Q    Was Mitch a property owner on Ocean    5:48:31PM
11   Beach?
12   A    Yeah.  I think he had a house on Ocean    5:48:34PM
13   Breeze or Evergreen.
14   Q    Did you ever hear that any Mitch was    5:48:39PM
15   alleged to have been a drug dealer --
16   A    No.                                5:48:44PM
17   Q    -- in Ocean Beach?                  5:48:44PM
18        Did there come a point in time where    5:48:48PM
19   an incident where there was a file cabinet
20   thrown into the Great South Bay?
21   A    Yes.                               5:48:55PM
22   Q    Okay.  Tell me how did you learn about    5:48:56PM
23   that.
24   A    I walked out of my house, and I saw it    5:48:58PM
25   in the bay.

TSG Reporting - Worldwide  (877) 702-9580

Page 317

EDWARD PARADISO

2    Q    When was that?                      5:49:01PM
3    A    On Bay Walk and Cottage.            5:49:04PM
4    Q    When?  When did this happen?        5:49:07PM
5    A    When?  It was during the summer one    5:49:10PM
6    year.  I forget which year.
7    Q    What was your reaction when you saw it    5:49:17PM
8    in the Great South Bay?
9    A    I was furious.                      5:49:20PM
10   Q    How come?                          5:49:23PM
11   A    Because they threw a file cabinet in    5:49:30PM
12   the Great South Bay.
13   Q    Who did?                           5:49:33PM
14   A    Gary and Rich Bosetti.              5:49:34PM
15   Q    Do you know what was in the file    5:49:36PM
16   cabinet?
17   A    It was empty.                       5:49:38PM
18   Q    How do you know that?              5:49:40PM
19   A    Because it was kept empty in the    5:49:41PM
20   barracks.
21   Q    Do you know when it was brought to the    5:49:45PM
22   barracks?
23   A    When?                              5:49:47PM
24   Q    Yeah.                              5:49:48PM
25   A    It was brought up to the barracks    5:49:48PM

TSG Reporting - Worldwide  (877) 702-9580

Page 318

EDWARD PARADISO

1                  EDWARD PARADISO
2  probably year or two before that.
3      **Q   How did you learn that the Bosettis   5:50:02PM**
4  **threw it in?**
5      A   They came and they told me.   5:50:05PM
6      **Q   When did they tell you?   5:50:06PM**
7      A   After I went down to the police   5:50:08PM
8  station to try to find out why one of our file
9  cabinets -- it was a two-tier high file
10 cabinet -- was in the bay.
11     **Q   And what did they say?   5:50:17PM**
12     A   And they had -- there was, I guess,   5:50:19PM
13 some sort of angst going on in the barracks.
14 Somebody had put something in their bed.  They
15 put something in somebody else's bed.  And then
16 the next thing you know, somebody put the file
17 cabinet in their bed, so they took the file
18 cabinet and threw it in the bay.
19     **Q   Who put something in their bed?   5:50:48PM**
20     A   I don't know.   5:50:50PM
21     **Q   And whose bed did they put something   5:50:50PM**
22 **into?**
23     A   I'm not sure.  All I know is that my   5:50:53PM
24 file cabinet ended up in the bay and I got a
25 bunch of adult men acting like three-year-old

TSG Reporting - Worldwide  (877) 702-9580

Page 319

EDWARD PARADISO

1                  EDWARD PARADISO
2  kids, and I wasn't happy about it in the least
3  little bit.
4      **Q   Okay.  When you say a bunch of adult   5:51:11PM**
5  **men, are you referring to Gary and Richard**
6  **Bosetti as part of that group?**
7      A   Uh-huh.  Yes.   5:51:18PM
8      **Q   Who else were you referring to in that   5:51:19PM**
9  **group?**
10     A   I'm not exactly certain who else was   5:51:21PM
11 involved.  But there was -- it was kind of -- it
12 was like, you know, seemed like a horseplay
13 going on between them all, and it just went one
14 step further than it should've, you know.  You
15 got adults that are living together, working
16 together, and they get into the practical joke
17 mode.  And I refused to be their camp counselor.
18 I was just very disappointed at everyone
19 involved.
20     **Q   Are you sure that that file cabinet   5:52:06PM**
21 **was up there for one to two years?**
22     A   Yeah, about that.   5:52:11PM
23     **Q   Did you ever speak with Frank Fiorillo   5:52:14PM**
24 **about the incident?**
25     A   I don't know.  I don't believe so.   5:52:27PM

TSG Reporting - Worldwide  (877) 702-9580

Page 320

EDWARD PARADISO

1                  EDWARD PARADISO
2      **Q   You do or you don't?   5:52:30PM**
3      A   I don't believe so.   5:52:31PM
4      **Q   Is it possible that Frank Fiorillo   5:52:32PM**
5  **actually carried up the file cabinet to the**
6  **barracks that day?**
7      MR. NOVIKOFF:  Before it went in the   5:52:40PM
8  water?
9      A   Before it went in the water?   5:52:41PM
10     MR. GOODSTADT:  The day that it went   5:52:43PM
11 into the water, did he carry did it up to
12 the barracks.
13     A   That day?   5:52:47PM
14     MR. GOODSTADT:  He testified it was   5:52:47PM
15 one to two years.
16     MR. NOVIKOFF:  So the question is,   5:52:49PM
17 before the file cabinet was thrown in the
18 water, could it be possible that
19 Mr. Fiorillo carried the file cabinet up to
20 the second floor?
21     MR. GOODSTADT:  That day.  As opposed   5:52:59PM
22 to being one to two years.
23     MR. NOVIKOFF:  Got it.   5:53:04PM
24     A   I don't see that as possible.   5:53:10PM
25     **Q   Is it possible that it's a different   5:53:12PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 321

EDWARD PARADISO

1                  **EDWARD PARADISO**
2  **file cabinet they threw than the one that you**
3  **thought was up there that was empty for one to**
4  **two years?**
5      A   We didn't have that many file   5:53:20PM
6  cabinets, but it would -- it would shock me if
7  Frank under oath testified that it was the exact
8  same file cabinet that went up earlier that day,
9  because I know Frank wouldn't lie under oath.
10 But as far as I am concerned, the way I remember
11 it, that file cabinet was up there empty for
12 quite a period of time.
13     **Q   Did you keep -- strike that.   5:53:59PM**
14     **Were there ever any surveillance   5:54:01PM**
15 **cameras in the station while you were the chief?**
16     A   Yes.   5:54:06PM
17     **Q   Where did you keep the tapes from the   5:54:07PM**
18 **surveillance cameras?**
19     A   We had large cabinets for tapes.  They   5:54:10PM
20 were like five feet wide with a handle, they
21 open up, and they were lined up.
22     **Q   Where did you keep the fingerprinting   5:54:22PM**
23 **cards?**
24     A   Fingerprinting cards were in a black   5:54:24PM
25 file cabinet inside the police station, already

TSG Reporting - Worldwide  (877) 702-9580

Page 322

EDWARD PARADISO

1
2  set up inside folders, prepackaged arrest
3  folders.  So everything was set up like that.
4  We didn't maintain a file base of fingerprint
5  cards on our own.  We would have no reason to
6  keep fingerprint cards.
7      Q    And how did the file cabinet get out  5:54:46PM
8  of the bay?
9      A   I either had someone from the        5:54:55PM
10 maintenance department fetch it out or a couple
11 of the dock masters, maybe the lifeguards.  I
12 don't recall.
13     Q    And did you see -- check to see if  5:55:03PM
14 anything was in it when it was fished out?
15     A   It was empty when it went in, and it  5:55:10PM
16 was empty when it came out.
17     Q   Did you check it when it came out?  5:55:14PM
18     A   Yes.                              5:55:16PM
19     Q   When did you check it after it came  5:55:16PM
20 out?
21     A   I was standing there when they pulled  5:55:16PM
22 it out.
23     Q    Did you ever discipline the Bosettis  5:55:20PM
24 for throwing the cabinet into the bay?
25     A   I didn't formally discipline them.  I  5:55:42PM

TSG Reporting - Worldwide  (877) 702-9580

Page 323

EDWARD PARADISO

1
2  spoke to them.  I told them that they were
3  killing me, that I had a lot better things to
4  follow them around when they were off duty to
5  make sure that they weren't pulling pranks, and
6  that they were probably going to have to dig
7  sprinklers in my lawn where I wanted them put in
8  to make up, which I never actually had them do.
9      Q    Did you ever discuss with them whether  5:56:17PM
10 they were drinking that night?
11     A   No, I didn't.                     5:56:21PM
12     Q    Did they tell you whether they were  5:56:22PM
13 drinking that night?
14     A   I didn't ask, they didn't tell.  It  5:56:25PM
15 was a stupid thing to do.  I told them that.  It
16 never happened again.
17     Q    Did you ever discuss it with George  5:56:35PM
18 Hesse?
19     A   I probably did.                   5:56:40PM
20     Q    You don't recall one way or the other?  5:56:42PM
21     A   It's something that I probably      5:56:46PM
22 would've discussed with him, like did you hear
23 what these idiots did.  That sort of a
24 conversation.
25     Q    That's speculation?  You don't recall  5:56:53PM

TSG Reporting - Worldwide  (877) 702-9580

Page 324

EDWARD PARADISO

1
2  having that conversation?
3      A   Not verbatim, no.                 5:56:57PM
4      Q   Do you know who Dave Gurden is?    5:57:01PM
5      A   Dave Gurden, yes.  He was a Suffolk  5:57:04PM
6  County homicide detective, and I hired him to
7  work after he retired from the county.
8      Q   When was that, the hiring of him?  5:57:14PM
9      A   Oh Jeez.  When did I hire him?  Let's  5:57:17PM
10 see.  I left in 2005, he was there.  2004.  So I
11 brought him on probably the summer of 2004 and
12 '5, I think.
13     Q   Was he a good police officer?      5:57:36PM
14     A   Yeah, Dave was okay.  He -- he was  5:57:41PM
15 very appreciative of being back on the job, and
16 he was a very -- he was an older gentleman,
17 okay, because he had had a long career with the
18 Suffolk County Police Department, and he was a
19 very good people type person.  He was everywhere
20 and everywhere at the same time, you know.  He
21 would always be on a random patrol.  He got to
22 know the shopkeepers pretty quick, you know.
23 And in a small community, that makes shop owners
24 feel good when they have a relationship with the
25 police officers.  So he -- I thought he did a

TSG Reporting - Worldwide  (877) 702-9580

Page 325

EDWARD PARADISO

1
2  good job.
3      Q   Were you involved in his termination?  5:58:40PM
4      A   No, I was not.                    5:58:42PM
5      Q   Do you know why he was terminated?  5:58:43PM
6      A   I heard, I don't remember from who,  5:58:50PM
7  that they saw him on the camera system copying
8  confidential records.
9      Q    Do you know what confidential records  5:59:00PM
10 he was allegedly copying?
11     A   No.                              5:59:03PM
12     Q   Was that camera system around when you  5:59:06PM
13 were there?
14     A   When I left, they removed the camera  5:59:13PM
15 system.  So they must have gotten a new one.
16     Q   Was the camera system working during  5:59:20PM
17 your entire time there as a chief?
18     A   As far as I knew, it was.  I found out  5:59:26PM
19 that there was a problem with the camera system
20 on -- in my last year, in September, Walter
21 Moeller called me up, said he had a prisoner in
22 handcuffs.  I said make sure you have the tape.
23 Make sure the tape is on.  He goes, I don't
24 think it's working.  So I came down the next day
25 to find out why it wasn't working, and it seems

TSG Reporting - Worldwide  (877) 702-9580

Page 326

EDWARD PARADISO

2 that someone had plugged in a microwave oven and

3 unplugged the camera system.

4     Q   **Do you know how long the camera system**   5:59:58PM

5 **was unplugged for?**

6     A   I didn't know it was unplugged until I   6:00:01PM

7 found out that it had been.  So I did not know.

8 I asked George if he knew that there was a

9 problem with the camera system, and he told me

10 that it was a problem for a while.

11     Q   **Did he tell you how long a while is?**   6:00:13PM

12     A   He led me to believe that it hadn't   6:00:18PM

13 been working the entire summer.

14     Q   **Did you ask him why he didn't fix it**   6:00:22PM

15 **or at least raise it to your attention to fix**

16 **it?**

17     A   He told me he thought I knew about it.  6:00:28PM

18     MR. GOODSTADT:  I want to take a   6:00:30PM

19 couple minute break.  We'll come back and

20 finish up.

21     MR. NOVIKOFF:  Okay.   6:00:34PM

22     THE VIDEOGRAPHER:  The time is 6:02.   6:00:35PM

23 We're going off the record.

24     (Whereupon, a discussion was held off   6:00:39PM

25 the record.)

TSG Reporting - Worldwide   (877) 702-9580

---

Page 327

EDWARD PARADISO

2     THE VIDEOGRAPHER:  The time is 6:12.   6:11:05PM

3 We are back on the record.

4 BY MR. GOODSTADT:   6:11:09PM

5     Q   **So, Mr. Paradiso, I just want to be**   6:11:13PM

6 **clear.  I know we went through the timeline**

7 **before.  But the season of 2006 was the first**

8 **season in which George Hesse had authority to**

9 **hire and fire; is that correct?**

10     A   Yes.   6:11:28PM

11     MR. NOVIKOFF:  Objection to form.   6:11:31PM

12 BY MR. GOODSTADT:   6:11:32PM

13     Q   **When did you first learn that the**   6:11:34PM

14 **plaintiffs in this case were going to be let go?**

15     MR. NOVIKOFF:  Were going to be let   6:11:40PM

16 go?

17     MR. GOODSTADT:  Yeah.   6:11:42PM

18 BY MR. GOODSTADT:   6:11:43PM

19     Q   **When was the first time?**   6:11:44PM

20     A   I found out after the fact.   6:11:45PM

21     Q   **You found out after the fact?**   6:11:48PM

22     A   Yeah.   6:11:49PM

23     Q   **So prior to their terminations, you**   6:11:50PM

24 **didn't have any discussion with anyone at the**

25 **beach about it?**

TSG Reporting - Worldwide   (877) 702-9580

---

Page 328

EDWARD PARADISO

2     A   No.   6:11:54PM

3     Q   **How did you learn that they were**   6:11:55PM

4 **terminated?**

5     MR. CONNOLLY:  Again, once again we're   6:12:14PM

6 in agreement.

7     MR. GOODSTADT:  We're yeah, we have   6:12:17PM

8 the same stipulation.

9     A   I think my -- I think my   6:12:23PM

10 brother-in-law John was at the village meeting.

11 He still worked as a dispatcher.  He was at the

12 meeting.

13     Q   **And what did John tell you?**   6:12:35PM

14     A   And he told me that the five guys were   6:12:37PM

15 let go right in the middle of the meeting and

16 told to drop off their stuff and walk out of the

17 meeting.

18     Q   **Did he tell you why they were let go?**   6:12:49PM

19     A   No.   6:12:51PM

20     Q   **Did he tell you what was said about**   6:12:52PM

21 **them at the meeting?**

22     A   No.  He just said that they were told   6:13:03PM

23 they weren't coming back and to get on the water

24 taxi to be taken back to the checkpoint.

25     Q   **What was your reaction when you heard**   6:13:13PM

TSG Reporting - Worldwide   (877) 702-9580

---

Page 329

EDWARD PARADISO

2 **that they were terminated?**

3     A   I was amazed.   6:13:16PM

4     Q   **How come?**   6:13:17PM

5     A   Because I never had a problem with any   6:13:18PM

6 of them.  I didn't know if they had cut the

7 budget back or what -- what the actual story

8 was.  I was a little taken back that they had a

9 police department meeting and they didn't let me

10 know they were having a meeting.  I mean, I was

11 out on disability, yeah, but still -- I was

12 planning on coming back.  You know, my condition

13 hadn't gotten to a point where I was ready to

14 retire.  I still had hopes of recovery, and I

15 was -- I was really surprised that, number one,

16 I wasn't even called to let me know that they

17 were planning the April meeting and, number two,

18 that they had let the guys go without any -- any

19 kind of reason.  I thought that letting guys go

20 in a public meeting was a little bit -- wouldn't

21 have been the way that I did it, I had done it,

22 if I had let guys go.

23     Q   **Did you ever speak with any of the**   6:14:26PM

24 **plaintiffs about their terminations?**

25     A   Eddie Carter stopped by my house.   6:14:29PM

TSG Reporting - Worldwide   (877) 702-9580

Page 330

EDWARD PARADISO

1    Q    Tell me what you recall about that    6:14:31PM
2    discussion.
3    A    And he had said that he had asked    6:14:34PM
4    George why he was letting him go, and George had
5    said that it wasn't up for discussion. And he's
6    like, well, what do you mean it's not up for
7    discussion? You can just tell me why. He goes,
8    I really don't want to talk to you. And he said
9    that George refused to tell him any reason why.
10    Q    Did you speak to any other plaintiffs    6:14:54PM
11    about their termination other than for Ed
12    Carter?
13    A    Yeah. I think at some point in time I    6:14:59PM
14    had spoken with all of them, and they all were
15    pretty much kind of like drop-mouthed that they
16    were just let go. They felt like they had
17    gotten humiliated, that they really weren't
18    treated in a professional manner. And they were
19    hoping that I could do something. And I told
20    them, unfortunately, I didn't even know that
21    there was going to be a meeting. They didn't
22    talk to me about it ahead of time, you know.
23    And the fact that I'm out on disability, I
24    really didn't really have any kind of input as
25
TSG Reporting - Worldwide (877) 702-9580

Page 331

EDWARD PARADISO

1    to what was taking place or why.
2    Q    Did you ever speak to Tommy Snyder    6:15:45PM
3    about his termination?
4    A    I'm sure, yeah, the time he stopped by    6:15:49PM
5    the house. You know, Tommy had gone through a
6    rough time health-wise. So I was wondering,
7    because he had needed so much time off, if that
8    was the reason why they let him go. I was
9    postulating. I didn't know.
10    Q    Did he tell you how he got let go?    6:16:12PM
11    A    Didn't he get let go at the meeting    6:16:15PM
12    the same way everybody else did?
13    Q    Did he tell you how he got let go?    6:16:20PM
14    A    That they told him to get up, you're    6:16:23PM
15    not working here anymore.
16    Q    If I represent to you that he wasn't    6:16:29PM
17    at the meeting, would that refresh your
18    recollection?
19    A    Oh. No. Then I don't remember how he    6:16:36PM
20    got let go.
21    Q    Did you ever speak to George Hesse as    6:16:39PM
22    to the specific reasons why he let each
23    plaintiff go? I believe you testified something
24    about Ed Carter, that he caught him sleeping?
25
TSG Reporting - Worldwide (877) 702-9580

Page 332

EDWARD PARADISO

1    A    Yeah. He had said Eddie Carter he    6:16:48PM
2    caught sleeping or got reports that he was
3    sleeping. That they were going a different way
4    with summonses and Frank would just write
5    anybody, so they didn't want somebody that just
6    didn't use any discretion whatsoever. I don't
7    remember why he said that.
8    Q    How about Lamm?    6:17:25PM
9    A    I don't recall why he said he let    6:17:41PM
10    Kevin go.
11    Q    How about Nofi?    6:17:44PM
12    MR. CONNOLLY: Objection as to asked    6:17:50PM
13    and answered.
14    A    I think it was the same summons thing.    6:17:57PM
15    You know, he was my other summons guy, and they
16    were getting away from the summons writing
17    routine. I think that year all they did was
18    warn people. I don't think they wrote any
19    summonses whatsoever.
20    Q    How about Snyder?    6:18:13PM
21    A    I don't remember why he let Tommy    6:18:15PM
22    Snyder go.
23    Q    When did you have this conversation    6:18:20PM
24    with Mr. Hesse?
25
TSG Reporting - Worldwide (877) 702-9580

Page 333

EDWARD PARADISO

1    A    George? It was in the -- in September    6:18:23PM
2    of 2008, when he came to apologize.
3    Q    So you hadn't spoken with Mr. Hesse    6:18:35PM
4    between April of '06 and September of '08 about
5    the reasons why he let these guys go?
6    MR. NOVIKOFF: Objection to the form.    6:18:44PM
7    A    No. Because he really -- he didn't    6:18:47PM
8    want to talk to me. When I called on the phone,
9    I asked him how he was doing, he said how do you
10    think I'm doing? I got this, I got that. And
11    then he asked me how I was doing, and he said,
12    well, how about I don't care how you're doing
13    and hung up the phone, and we didn't speak until
14    Memorial Day. And I went in, and I go, I don't
15    know what I said to upset you, but I'm sorry.
16    He goes, don't worry about it, you know. Things
17    were going on, so we didn't really discuss why
18    he let everybody go. He had enough on his mind
19    with the brutality case and everything else that
20    was going on. So it wasn't like it was the
21    topic of conversation, you know what I mean? So
22    the first time we really had any kind of a
23    conversation is when he came to my house that
24    day on his motorcycle.
25
TSG Reporting - Worldwide (877) 702-9580

Page 334

EDWARD PARADISO

1
2    Q    Did Hesse tell you where he caught    6:19:34PM
3    Carter sleeping?
4    A    No.    6:19:40PM
5    Q    Did he tell you when he caught Carter    6:19:41PM
6    sleeping?
7    A    I think he said that the village    6:19:46PM
8    administrator, Mary Ann, had told him that he
9    was sleeping, but I don't know where they said
10   he was.
11   Q    Did he tell you how many times Ed was    6:20:05PM
12   caught sleeping?
13   A    No, he didn't say.    6:20:09PM
14   Q    Did you ever hear that these guys or    6:20:11PM
15   any of them were let go because of budget cuts?
16   MR. NOVIKOFF:  "These guys" being the    6:20:17PM
17   plaintiffs?
18   MR. GOODSTADT:  The plaintiffs.    6:20:19PM
19   A    No.    6:20:28PM
20   Q    Did you ever hear that -- in a claim    6:20:33PM
21   that George Hesse stated to the assembled
22   officers of that meeting in April of '06 that he
23   let Snyder and Carter go because he suspected
24   they were going to wear a wire for the District
25   Attorney's Office?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 335

EDWARD PARADISO

1
2    A    No.  It would be kind of silly to say    6:20:54PM
3    that to anyone.
4    Q    Why do you say that?    6:21:06PM
5    A    Well, to first -- to let somebody go    6:21:08PM
6    because you think they're going to do something
7    is not really a valid reason to let someone go,
8    number one.  Number two, if you had that kind of
9    a fear, to mention it in public would be really
10   kind of stupid.
11   MR. GOODSTADT:  Mark that, please.    6:21:32PM
12   (Whereupon, Bates document P 317 was    6:21:34PM
13   marked as Plaintiff's Exhibit 12 for
14   identification, as of this date.)
15   MR. GOODSTADT:  I placed in front of    6:22:04PM
16   Mr. Paradiso what's been marked as
17   Paradiso 12.  It's a one-page exhibit
18   bearing Bates Number P 317.
19   BY MR. GOODSTADT:    6:22:12PM
20   Q    Mr. Paradiso, do you recognize the    6:22:16PM
21   document that's been marked as Paradiso 12?
22   (Handing.)
23   A    Yeah, I recognize it.    6:22:53PM
24   Q    And is this a letter that you signed,    6:22:56PM
25   the top half of this?

TSG Reporting - Worldwide  (877) 702-9580

---

Page 336

EDWARD PARADISO

1
2    A    Yeah.    6:23:00PM
3    Q    Do you recall sending it to    6:23:02PM
4    Mr. Fiorillo in September of 2006?
5    A    I remember he asked for a letter, and    6:23:10PM
6    I guess that at this point in time that I
7    thought that he was let go due to budget
8    restrictions.
9    Q    And what led you to believe he was let    6:23:34PM
10   go due to budget reductions at that point in
11   time?
12   A    Because I was unaware of any other    6:23:47PM
13   reason why they would've let him go, I guess, in
14   September of 2006.
15   Q    Were you aware of that being a reason?    6:23:53PM
16   A    It must have been my understanding of    6:24:07PM
17   why he was let go.
18   Q    Did Fiorillo tell you that that's what    6:24:10PM
19   Hesse told him as to the reason why he was being
20   let go?
21   A    That would make sense to me.    6:24:16PM
22   Q    At this point in time, you were the    6:24:19PM
23   chief of police out on disability; is that
24   correct?
25   A    Right.    6:24:24PM

TSG Reporting - Worldwide  (877) 702-9580

---

Page 337

EDWARD PARADISO

1
2    Q    How come you didn't put this letter on    6:24:24PM
3    letterhead?
4    A    I didn't have any letterhead to write    6:24:30PM
5    it with.  I wrote it from my house.
6    Q    Do you know whether there were any    6:24:38PM
7    budget cuts at Ocean Beach in the season of
8    2006?
9    A    I would have to look at a copy of the    6:24:51PM
10   budget to see if there was any.  I think they
11   did cut back that year, but I don't -- I don't
12   exactly remember.
13   Q    You don't remember?    6:25:03PM
14   A    I tried to give Frank as good a letter    6:25:05PM
15   as I could.
16   Q    Just going back to the reasons that    6:25:12PM
17   you heard for Ed Carter in 2008 about him
18   sleeping.  Do you know whether that related to a
19   call for a squirrel in somebody's house?  Does
20   that refresh your recollection?
21   A    No.    6:25:26PM
22   Q    Never heard that?    6:25:26PM
23   Did you do any letters of    6:25:35PM
24   recommendation or employment letters for any of
25   the other guys other than for Frank Fiorillo?

TSG Reporting - Worldwide  (877) 702-9580

Page 338

EDWARD PARADISO

1 **EDWARD PARADISO**
2     A    Let's see. I think I either did a    6:25:40PM
3 letter or a phone call for Joe Nofi.
4     **Q    And who was that letter or phone call  6:25:47PM**
5 **with or to?**
6     A    It was with another police agency.    6:25:49PM
7     **Q    Do you recall which agency?        6:25:55PM**
8     A    I don't recall which police agency it  6:25:57PM
9 was.
10    **Q    Did that police agency reach out to    6:26:01PM**
11 **you or did you reach out to that police agency?**
12    A    I received a phone call from them.    6:26:08PM
13    **Q    Do you recall in sum and substance    6:26:11PM**
14 **what you told that person from the police**
15 **agency?**
16    A    I told them that Joe was a good police  6:26:15PM
17 officer. That he would be a good addition to
18 their force. You know, that he was competent.
19 He did a good job. Then the guy had asked me if
20 I knew about the lawsuit, and I said I had heard
21 about the lawsuit. I didn't have any personal
22 knowledge of exactly what took place. I wasn't
23 there when it happened. But as far as the time
24 that I was chief, that I would recommend Joe for
25 any position he looked for.

TSG Reporting - Worldwide  (877) 702-9580

Page 339

EDWARD PARADISO

1                    EDWARD PARADISO
2     **Q    Did you discuss with the investigator  6:26:54PM**
3 **from the police job how they were dismissed?**
4         MR. NOVIKOFF: Objection to the form.    6:27:04PM
5 BY MR. GOODSTADT:                              6:27:05PM
6     **Q    How Joe Nofi was dismissed?        6:27:06PM**
7         MR. NOVIKOFF: Objection to the form.    6:27:08PM
8     A    I -- I told them that I heard that    6:27:09PM
9 they were let go in a public forum and that I
10 didn't think that was the proper way to let
11 people go.
12    **Q    Did you tell them the reasons for the  6:27:20PM**
13 **termination?**
14    A    I didn't know the reasons.        6:27:23PM
15        MR. GOODSTADT: Would you mark this.    6:27:27PM
16        (Whereupon, Bates document CCSO    6:27:28PM
17 147-150 was marked as Plaintiff's Exhibit 13
18 for identification, as of this date.)
19        MR. NOVIKOFF: 13?            6:27:55PM
20        MR. GOODSTADT: I placed in front of    6:28:00PM
21 Mr. Paradiso what's been marked as Paradiso
22 13. It is a four-page exhibit bearing Bates
23 Numbers CCSO 147 through CCSO 150.
24        MR. NOVIKOFF: These are two        6:28:16PM
25 references. Are you aware of that, Andrew?

TSG Reporting - Worldwide  (877) 702-9580

Page 340

EDWARD PARADISO

1             EDWARD PARADISO
2     MR. GOODSTADT: I am. I am. The    6:28:20PM
3 first two pages which appear to be the
4 reference from Chief Edward Paradiso.
5     MR. NOVIKOFF: Yes, that I would agree  6:28:25PM
6 with.
7 BY MR. GOODSTADT:            6:28:27PM
8     **Q    Chief Paradiso, does this refresh your  6:28:28PM**
9 **recollection as to what police agency --**
10    A    Hold on a second. I'm still reading.  6:28:32PM
11    **Q    Go ahead. Take your time.        6:28:35PM**
12    MR. NOVIKOFF: And I would just note    6:28:38PM
13 for the record and Mr. Paradiso, that his
14 reference is the first two pages of this.
15 And he's reading this. Would you like him
16 to read the last two pages before you ask
17 any questions?
18    MR. GOODSTADT: I'll just start by    6:28:50PM
19 asking questions on the first two pages.
20    MR. NOVIKOFF: All right. So I would    6:28:54PM
21 suggest that you advise Mr. Paradiso to stop
22 reading after the first two pages.
23 BY MR. GOODSTADT:            6:29:03PM
24    **Q    I'm just going to ask you questions on  6:29:04PM**
25 **the first two pages for now.**

TSG Reporting - Worldwide  (877) 702-9580

Page 341

EDWARD PARADISO

1             **EDWARD PARADISO**
2     A    Okay.                    6:29:08PM
3     **Q    Does this refresh your recollection as  6:29:09PM**
4 **to what police agency called you?**
5     A    It doesn't refresh my recollection on  6:29:15PM
6 what agency called me. It tells me what agency
7 called me. It just doesn't beam a new ray of
8 light into my memory pocket. But I remember
9 having a conversation with the guy on the phone.
10    **Q    Okay. And if you look down about    6:29:30PM**
11 **maybe two-thirds of the way down the first page,**
12 **where it says "applicant's reason for leaving**
13 **employment," do you see that?**
14    A    Uh-huh.                6:29:43PM
15    **Q    And it's checked off "laid off." It    6:29:43PM**
16 **says, "Laid off due to personnel cuts of the**
17 **department."**
18        **Do you see that?            6:29:48PM**
19    A    Right.                6:29:50PM
20    **Q    Do you recall how you learned as of    6:29:53PM**
21 **that point in time that Joe Nofi was dismissed**
22 **in this layoff due to budget cuts?**
23    A    Which point in time is this? Because  6:30:05PM
24 there's no date on this.
25    **Q    I believe it's dated 9-20 of '06.    6:30:07PM**

TSG Reporting - Worldwide  (877) 702-9580

Page 342

EDWARD PARADISO

1  It's around the same time that you prepared this
2  that letter for Mr. Fiorillo.
3      A    Well, I would say obviously at some    6:30:15PM
4  point in time it had been relayed to me that
5  they were let go because of budget cuts.
6      Q    Is it possible that Joe Nofi told you    6:30:30PM
7  that that was the reason why -- that's the
8  reason that Chief Hesse gave to him?
9          MR. NOVIKOFF: Objection.    6:30:36PM
10     A    I don't remember if Joe said that or    6:30:37PM
11 not.
12     Q    If you look at the bottom handwritten    6:30:39PM
13 notes there --
14     A    Uh-huh.    6:30:43PM
15     Q    It says that "Chief Paradiso states    6:30:43PM
16 while he, chief, was out on disability, that his
17 deputy chief dismissed the applicant and four
18 other police officers in a poor way."
19         Do you see that?    6:30:59PM
20         MR. NOVIKOFF: Objection.    6:30:59PM
21     A    Yes, I see it here.    6:31:00PM
22     Q    Do you know what that refers to?    6:31:02PM
23     A    Yeah.  He had asked me what the    6:31:04PM
24 lawsuit was about.  He goes, what's the lawsuit

TSG Reporting - Worldwide  (877) 702-9580

Page 343

EDWARD PARADISO

1  about?  I'm like, well, I go, the four of
2  them -- the five of them were let go, as far as
3  I know, in a public meeting in front of all the
4  other guys.  They weren't happy about how they
5  were let go and they instituted a lawsuit about
6  it.  Not the way I would've done it.
7      Q    And then it says, "Deputy Chief Hesse    6:31:26PM
8  is being sued by the five police officers
9  terminated."
10         Do you see that?    6:31:35PM
11     A    Yeah.    6:31:36PM
12     Q    And that's part of the same    6:31:37PM
13 conversation that you just testified to?
14     A    Yeah.  He asked me what the lawsuit    6:31:40PM
15 was about.
16     Q    And then it says, "Reasons, budget    6:31:42PM
17 cuts."
18         Do you see that?    6:31:45PM
19     A    Uh-huh.    6:31:46PM
20     Q    So that's just the same thing you gave    6:31:47PM
21 up top?
22     A    Right.    6:31:50PM
23     Q    And if you look above that section,    6:31:50PM
24 where it says "rate the applicant in the

TSG Reporting - Worldwide  (877) 702-9580

Page 344

EDWARD PARADISO

1  following areas."
2      A    Uh-huh.    6:31:55PM
3      Q    Do you see -- did you tell him    6:31:56PM
4  excellent for punctuality, excellent attendance
5  and excellent work performance for Joe Nofi?
6          Do you see that?    6:32:09PM
7      A    Yes.    6:32:10PM
8      Q    Is that what you told him?    6:32:11PM
9      A    Yes.    6:32:13PM
10     Q    Is that true?    6:32:13PM
11     A    Yes.    6:32:14PM
12     Q    Other than for this Collier County    6:32:23PM
13 position, did you speak with any other potential
14 employers of any of the other five plaintiffs in
15 this matter?
16     A    I don't remember speaking to anybody    6:32:37PM
17 else.
18     Q    Did you provide any written references    6:32:39PM
19 to any other potential employers other than for
20 the verbal -- strike that.
21         Did you supply any written references    6:32:48PM
22 to any other potential employers other than for
23 whoever made the Fiorillo statement in
24 Paradiso 12?

TSG Reporting - Worldwide  (877) 702-9580

Page 345

EDWARD PARADISO

1      A    I don't recall.    6:33:11PM
2      Q    Would you have been willing to provide    6:33:12PM
3  good references for all five of the plaintiffs
4  in this case?
5      A    Yes.    6:33:17PM
6      Q    Did you ever hear a claim that George    6:33:24PM
7  Hesse gave bad references to any of the
8  plaintiffs in this matter to any potential
9  employers?
10         MR. NOVIKOFF: Objection.    6:33:32PM
11     A    Yes.    6:33:42PM
12     Q    Where did you hear that from?    6:33:42PM
13     A    I think Kevin Lamm told me that he    6:33:43PM
14 didn't get a good recommendation when he was
15 going for -- he had been called by Suffolk
16 County Police for a position and he -- I
17 remember him telling me that George didn't give
18 him a good recommendation.
19     Q    Do you know where he learned that from    6:34:03PM
20 that George didn't give him a good
21 recommendation?
22         MR. NOVIKOFF: Objection.    6:34:07PM
23 BY MR. GOODSTADT:    6:34:08PM
24     Q    Did he tell you?    6:34:08PM

TSG Reporting - Worldwide  (877) 702-9580

Page 346

EDWARD PARADISO

1    A    No.                           6:34:09PM
2    Q    Did you ever speak with George Hesse   6:34:09PM
3  about any recommendation that he gave for Kevin
4  Lamm for the Suffolk County job?
5    A    No.                           6:34:16PM
6    Q    Did you ever speak with George Hesse   6:34:17PM
7  about any reference that he gave for any of the
8  five plaintiffs in this matter?
9    A    No.                           6:34:23PM
10   Q    Other than for Lamm's Suffolk County   6:34:23PM
11  job, had you ever heard the claim that Hesse
12  gave a negative reference to anyone else who
13  were plaintiffs in this matter?
14       MR. NOVIKOFF: Objection.       6:34:34PM
15       Ed Carter said that reference that   6:34:42PM
16  George had given or the reason for George's
17  termination had slowed his promotion down at the
18  town. I don't recall anything else.
19   Q    Were you ever contacted by the       6:35:03PM
20  Southampton police department for Mr. Fiorillo?
21   A    I don't remember.             6:35:20PM
22   Q    Were you ever contacted about a park   6:35:23PM
23  ranger job for Mr. Fiorillo?
24   A    I don't believe so.          6:35:30PM

TSG Reporting - Worldwide  (877) 702-9580

Page 347

EDWARD PARADISO

1    Q    How about an FBI job for Mr. Fiorillo? 6:35:30PM
2    A    Yes.                         6:35:33PM
3    Q    The FBI contacted you?          6:35:33PM
4    A    Yeah, while I was still working as   6:35:35PM
5  chief of police. Frank was going through an
6  investigation for an FBI job.
7    Q    Did you give a reference for Frank?   6:35:41PM
8    A    Yes, I did.                  6:35:43PM
9    Q    Was it a positive recommendation?     6:35:44PM
10   A    Yes, it was.                 6:35:45PM
11   Q    Do you know whether George Hesse spoke  6:35:46PM
12  with anyone at the FBI with respect to
13  Mr. Fiorillo?
14   A    I don't know.                6:35:50PM
15   Q    Did you ever speak to the Department   6:35:50PM
16  of Taxation and Finance for Joe Nofi?
17   A    I don't recall. If I had, it would've  6:35:57PM
18  been a positive reference.
19       THE VIDEOGRAPHER: The time is 6:37.   6:36:10PM
20  We're off the record.
21       (Whereupon, a discussion was held off  6:36:13PM
22  the record.)
23       THE VIDEOGRAPHER: The time is 6:38.   6:36:46PM
24  We're back on the record.

TSG Reporting - Worldwide  (877) 702-9580

Page 348

EDWARD PARADISO

1       MR. GOODSTADT: Mark that.        6:36:54PM
2       (Whereupon, Bates document P 926-927   6:36:55PM
3  was marked as Plaintiff's Exhibit 14 for
4  identification, as of this date.)
5       (Whereupon, Letter dated February 28,  6:37:15PM
6  2003 was marked as Plaintiff's Exhibit 15
7  for identification, as of this date.)
8       MR. GOODSTADT: Why don't we start   6:37:57PM
9  with 15 because that's what you're reading.
10       I placed in front of Mr. Paradiso   6:38:00PM
11  what's been marked as Paradiso 15. It's a
12  one-page letter dated February 28th, 2003.
13  I don't know if it has a Bates number on it
14  or not, but it should say 4673.
15       MR. NOVIKOFF: The one with the feet?  6:38:17PM
16       MR. GOODSTADT: Yeah.             6:38:18PM
17       MR. NOVIKOFF: So we're doing the feet  6:38:19PM
18  first?
19       MR. GOODSTADT: Feet first. That's   6:38:21PM
20  the one he's reading.
21       MR. NOVIKOFF: Is that 15?        6:38:24PM
22  BY MR. GOODSTADT:                     6:38:25PM
23   Q    Mr. Paradiso, have you ever seen the   6:38:26PM
24  document marked as Paradiso 15?

TSG Reporting - Worldwide  (877) 702-9580

Page 349

EDWARD PARADISO

1    A    No.                           6:38:30PM
2    Q    You testified before that there was no  6:38:30PM
3  Ocean Beach police benevolent association,
4  correct?
5    A    There was no union.          6:38:35PM
6    Q    Was there a PBA?               6:38:37PM
7    A    They -- when George and Bobby first   6:38:42PM
8  started to get the union, they started this
9  Ocean Beach PBA. But it's a name only thing.
10  It never resulted in a union contract or
11  anything else.
12   Q    Do you know what happened to the money  6:38:58PM
13  that they collected on behalf of the PBA?
14   A    I think they used some of the money   6:39:06PM
15  for the DirecTV that was up in the barracks, for
16  different things for the men. T-shirts and
17  stuff. I'm not certain.
18   Q    Did there come a point in time that   6:39:24PM
19  you learned of an allegation that Tommy Snyder
20  was double dipping with his town job?
21   A    Is this part of the letter that I'm   6:39:35PM
22  reading?
23   Q    No. You can put that one down.    6:39:37PM
24   A    Oh. That Tommy Snyder was double   6:39:40PM

TSG Reporting - Worldwide  (877) 702-9580

Page 350

EDWARD PARADISO

1  dipping with his town job?
2
3  Q   Yes.                        6:39:46PM
4  A   I don't recall that.        6:39:46PM
5      MR. NOVIKOFF: Do you -- sorry.   6:39:49PM
6  BY MR. GOODSTADT:               6:39:51PM
7  Q   Do you know what double dipping means   6:39:51PM
8  when I say double dipping?
9  A   Yeah, working at two places at once,   6:39:54PM
10  at the same time.
11     MR. NOVIKOFF: I think your question   6:39:57PM
12  was did you ever hear of it as opposed to
13  did Tommy ever do it.
14  BY MR. GOODSTADT:              6:40:01PM
15  Q   My question is, did you ever hear of   6:40:01PM
16  the allegation that he had done it?
17  A   No.                       6:40:04PM
18  Q   Do you know whether he actually ever   6:40:04PM
19  did it?
20  A   I don't think he did.     6:40:07PM
21     MR. GOODSTADT: Can you just mark   6:40:08PM
22  this.
23     (Whereupon, Bates document P 916 and P   6:40:23PM
24  336 was marked as Plaintiff's Exhibit 16 for
25  identification, as of this date.)

TSG Reporting - Worldwide  (877) 702-9580

Page 351

EDWARD PARADISO

1
2      MR. GOODSTADT: I just placed in front   6:40:51PM
3  of Mr. Paradiso what's been marked as
4  Paradiso Exhibit 16.  It is a two-page
5  exhibit bearing Bates Numbers P 916 and
6  P 336.
7  A   This was sent to Tommy Snyder?   6:41:38PM
8  Q   That was my question.  Do you -- did   6:41:42PM
9  you ever see the document that's been marked
10  as -- the first page that's been marked as
11  Paradiso 16?
12  A   No.  I don't remember it.   6:41:48PM
13  Q   Did you ever discuss this issue with   6:41:51PM
14  any current or former employees of Ocean Beach,
15  the issue that's set forth in Page 1 of Paradiso
16  16?
17  A   I don't remember any conversation.   6:42:04PM
18  Q   Okay.  I just want to go back quickly   6:42:06PM
19  to something we discussed before, because I have
20  some following-up questions.  I think you
21  testified that you don't recall any of the
22  plaintiffs complaining to you about officers
23  drinking.
24     MR. NOVIKOFF: Objection. Sorry.   6:42:22PM
25

TSG Reporting - Worldwide  (877) 702-9580

Page 352

EDWARD PARADISO

1
2  BY MR. GOODSTADT:              6:42:23PM
3  Q   Did you ever hear that any of the   6:42:24PM
4  plaintiffs complained to George Hesse about
5  officers drinking on or off duty?
6      MR. NOVIKOFF: Objection to the form   6:42:30PM
7  of the question.
8  A   No.                       6:42:31PM
9  Q   So George Hesse never raised that   6:42:32PM
10  issue with you?
11  A   No.                       6:42:34PM
12  Q   Do you know whether any of these --   6:42:35PM
13  did you ever hear that any of the plaintiffs in
14  this case complained to George Hesse about
15  having to chauffeur people around the village,
16  either civilians or other on- and off-duty
17  police officers on non-police business?
18     MR. NOVIKOFF: Objection.   6:42:54PM
19  A   No.                       6:42:54PM
20  Q   Is it possible that they made these   6:42:55PM
21  complaints to Mr. Hesse and that Mr. Hesse just
22  didn't raise them to you?
23     MR. NOVIKOFF: Objection.   6:43:01PM
24     MR. CONNOLLY: Objection.   6:43:02PM
25  A   I can't even answer that question.   6:43:03PM

TSG Reporting - Worldwide  (877) 702-9580

Page 353

EDWARD PARADISO

1
2  Anything is possible.
3  Q   Okay.                      6:43:07PM
4  A   But I don't believe that that would be   6:43:08PM
5  the case.
6  Q   You don't believe that he wouldn't   6:43:12PM
7  raise it with you?
8  A   No.  Why wouldn't he?  If there's a   6:43:15PM
9  problem going on, he would tell me about it.
10  Q   Well, he didn't raise the deal that he   6:43:20PM
11  made with Golopi and the board, did he?
12     MR. NOVIKOFF: Objection.   6:43:25PM
13     MR. CONNOLLY: Objection.   6:43:26PM
14  A   No.  He didn't raise that.   6:43:27PM
15  Q   Did you ever post on any blog with   6:43:30PM
16  respect to any of the plaintiffs in this matter?
17  A   Post on a blog?            6:43:37PM
18  Q   Yeah.  Why don't we start before that.   6:43:39PM
19     Do you know what a blog is?   6:43:43PM
20  A   Online type of a rant.     6:43:44PM
21  Q   Right.  Have you ever read any blog in   6:43:47PM
22  connection with the plaintiffs, their claims in
23  this matter?
24  A   Yes.                      6:43:56PM
25  Q   What blog did you read?    6:43:57PM

TSG Reporting - Worldwide  (877) 702-9580

Page 354

EDWARD PARADISO

1     A  Long Island citizens.  6:43:59PM
2     **Q  Long Island Politics?  6:44:05PM**
3     A  Schwartz Report or --  6:44:10PM
4     **Q  Long Island Politics.  6:44:13PM**
5     A  Yeah, that's the one.  6:44:13PM
6     **Q  Did you ever post on the Schwartz  6:44:16PM**
7     **Report or Long Island Politics?**
8     A  Yes.  6:44:21PM
9     **Q  How many times?  6:44:21PM**
10   A  Twice.  6:44:22PM
11   **Q  And what name did you post under?  6:44:24PM**
12   A  Edward P.  6:44:29PM
13   **Q  Both times?  6:44:33PM**
14   A  Yes.  6:44:34PM
15   **Q  Do you recall in sum or substance what  6:44:35PM**
16   **your posts stated?**
17   A  Yes, I do.  That this should stop.  6:44:38PM
18   Enough of this.  That kind of stuff.  This is
19   ridiculous.  Please stop doing this.
20   **Q  Where did you post from?  6:44:49PM**
21   A  Where did I post from?  Library.  6:44:51PM
22   **Q  Which library?  6:44:58PM**
23   A  East Islip library.  6:44:59PM
24   **Q  Both times were from East Islip  6:45:04PM**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 355

EDWARD PARADISO

1    library?
2    A  I believe so.  6:45:07PM
3    **Q  Did you ever post on the Schwartz  6:45:08PM**
4    **Report or Long Island Politics.com from your own**
5    **home?**
6    A  Not on that site.  6:45:15PM
7    **Q  Did you ever post on any blogs with  6:45:16PM**
8    **respect to the plaintiffs from your home?**
9    A  No.  6:45:21PM
10   **Q  Did you ever post on any other blogs  6:45:22PM**
11   **with respect to the plaintiffs other than for**
12   **the Schwartz Report, Long Island Politics?**
13   A  No.  6:45:29PM
14   **Q  Did you ever speak to George Hesse as  6:45:30PM**
15   **to whether he posted on any of the blogs?**
16   A  No.  6:45:35PM
17   **Q  Do you know whether he posted on any  6:45:36PM**
18   **of the blogs?**
19   A  How would I know?  6:45:39PM
20   **Q  Did anyone ever tell you?  6:45:40PM**
21     MR. NOVIKOFF:  Objection.  6:45:41PM
22   A  No.  6:45:42PM
23   **Q  Do you know whether any current or  6:45:43PM**
24   **former police officers in Ocean Beach, other**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 356

EDWARD PARADISO

1    **than for yourself, has posted on the Schwartz**
2    **Report or Long Island Politics.com?**
3    A  I have no personal knowledge of that.  6:45:53PM
4    There was one other response I put down.
5    Somebody had written about Andy Bescher and his
6    bachelor party, and I wrote that I was at Andy
7    Bescher's bachelor party, that none of this took
8    place. It wasn't true.
9      MR. NOVIKOFF:  That was under  6:46:12PM
10   Edward P?
11     THE WITNESS:  I believe so, or 101.  I  6:46:15PM
12   might put Edward P 101 so the guys that
13   worked there that might be writing or
14   reading this stuff would know it was me.
15   BY MR. GOODSTADT:  6:46:26PM
16   **Q  Was that your shield number, 101?  6:46:26PM**
17   A  Yeah.  6:46:30PM
18   **Q  And was that a third post or was that  6:46:30PM**
19   **one of the two posts that you already testified**
20   **about?**
21   A  I think it was one of the two posts.  6:46:34PM
22   **Q  And I know you said you don't have any  6:46:37PM**
23   **personal knowledge of any current or former**
24   **Ocean Beach police officers posting other than**

TSG Reporting - Worldwide  (877) 702-9580

---

Page 357

EDWARD PARADISO

1    **yourself, but have you heard that any other**
2    **current or former police officers posted on the**
3    **blog?**
4      MR. NOVIKOFF:  Objection. Form.  6:46:50PM
5    A  No.  6:46:51PM
6      MR. GOODSTADT:  Why don't we take  6:46:57PM
7    30 seconds.  I just want to make sure I have
8    everything, and then we can wrap it up.
9      THE VIDEOGRAPHER:  The time is 6:48.  6:47:03PM
10   We're going off the record.
11     (Whereupon, a discussion was held off  6:47:06PM
12   the record.)
13     THE VIDEOGRAPHER:  The time is 6:53.  6:51:35PM
14   We are back on the record.
15   BY MR. GOODSTADT:  6:51:40PM
16   **Q  Mr. Paradiso, why do you believe  6:51:41PM**
17   **George Hesse selected these five plaintiffs for**
18   **termination?**
19     MR. NOVIKOFF:  Objection.  6:51:48PM
20     MR. CONNOLLY:  Objection.  6:51:49PM
21   A  To tell you the truth, I don't know  6:52:11PM
22   why he picked these five guys.  Maybe he had a
23   certain number of police officers he had in mind
24   and he had some new guys he wanted to bring in.

TSG Reporting - Worldwide  (877) 702-9580

Page 358

1       EDWARD PARADISO
2   I don't know.
3       Q    So you don't have any belief one way    6:52:30PM
4   or the other as to why he selected these five?
5           MR. NOVIKOFF:  Objection to form.  And  6:52:35PM
6   asked and answered.
7           MR. CONNOLLY:  Objection.       6:52:37PM
8       A    No.  I wouldn't have picked any of     6:52:43PM
9   them to leave.  I would've kept each and every
10  one of them.
11          MR. GOODSTADT:  No further questions    6:52:49PM
12  at this time.
13          MR. NOVIKOFF:  So we will pick up at     6:52:51PM
14  9:30 in my office.
15          MR. GOODSTADT:  When is that?           6:52:54PM
16          MR. NOVIKOFF:  Wednesday.               6:52:56PM
17          THE VIDEOGRAPHER:  The time is 6:54.    6:52:57PM
18  We are going off the record.
19          (Time noted 6:53 p.m.)          6:53:01PM
20
            _____
21          EDWARD PARADISO
22
    Subscribed and sworn to before me
23  this        day of        , 2009
24  _____
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 359

1           PROCEEDINGS
2           C E R T I F I C A T E
3
4       I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Publi
5   and for the State of New York, do hereby certify:
6       THAT the witness whose testimony is hereinbefo
7   set forth, was duly sworn by me; and
8       THAT the within transcript is a true record
9   of the testimony given by said witness.  I further
10  certify that I am not related, either by blood or
11  marriage, to any of the parties to this action; and
12      THAT I am in no way interested in the outcome
13  this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15  my hand this 6th day of August, 2009.
16
17
            _____
18          JUDI JOHNSON, RPR, CRR, CLR
19
20
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 360

1           PROCEEDINGS
2           INDEX
3   ATTORNEY                  PAGE
4       By Mr. Goodstadt           8
5
6
7
8       INDEX OF PARADISO EXHIBITS
9   I.D.        DESCRIPTION        PAGE
10  Exhibit 1   Subpoena            6
11  Exhibit 2   A letter dated February 15, 1999   95
12  Exhibit 3   A letter            103
13  Exhibit 4   Bates document 28        141
14  Exhibit 5   Bates document 7729      153
15  Exhibit 6   Bates document 235       185
16  Exhibit 7   Bates document P 542     196
17  Exhibit 8   Bates document 5773      203
18  Exhibit 9   Bates document 5769      206
19  Exhibit 10  Bates document 925       297
20  Exhibit 11  A photocopy         298
21  Exhibit 12  Bates document P 317        335
22  Exhibit 13  Bates document CCSO 147-150   339
23  Exhibit 14  Bates document P 926-927    348
24  Exhibit 15  Letter dated February 28, 2003  348
25  Exhibit 16  Bates document P 916 and P 336   350

TSG Reporting - Worldwide  (877) 702-9580

---

Page 361

1           ERRATA SHEET
2   NAME OF CASE:  CARTER V. OCEAN BEACH
3   DATE OF DEPOSITION:  JULY 27, 2009
4   NAME OF WITNESS:  EDWARD PARADISO
5
6   Reason codes:
7      1.  To clarify the record.
8      2.  To conform to the facts
9      3.  To correct the transcription
10        errors.
11  Page _____ Line _____ Reason _____
12  From _____ to _____
13  Page _____ Line _____ Reason _____
14  From _____ to _____
15  Page _____ Line _____ Reason _____
16  From _____ to _____
17  Page _____ Line _____ Reason _____
18  From _____ to _____
19  Page _____ Line _____ Reason _____
20  From _____ to _____
21  Page _____ Line _____ Reason _____
22  From _____ to _____
23
24  _____
    EDWARD PARADISO
25

TSG Reporting - Worldwide  (877) 702-9580

**A**

**abandoned (1)**
43:15
**abdicate (1)**
108:9
**ability (16)**
23:24 24:3,6,16 25:25
27:12 29:5,11,15,20
29:24 30:18,21
246:2,6 263:16
**able (24)**
21:23 25:4 29:19 42:6
47:5 55:10,12 80:22
87:10 88:8 101:15
110:5 124:21
150:11 178:16
179:6 220:13
240:14 263:16,19
270:22 281:7
294:16 303:11
**absence (1)**
261:7
**Absolutely (1)**
20:18
**abuse (3)**
36:20 37:5 38:22
**academy (16)**
59:17 60:20,24 71:16
71:19,21 76:2 83:6
85:12,14 93:7,13,14
201:7 202:8 212:20
**access (1)**
295:24
**accessible (1)**
281:6
**accommodate (1)**
23:16
**accurate (1)**
155:13
**acquainted (1)**
259:19
**acres (1)**
266:19
**act (8)**
94:19 107:25 109:11
110:25 133:4
301:20,21,23
**acted (2)**
94:22 140:15
**acting (44)**
1:11 62:20,22 63:7,11
63:20 65:20 66:7,10
66:22,25 67:11,14
67:20,24 68:5 75:5
90:7,10,13,18 91:3
91:11,16 92:7,8,9
92:13,24 93:4 94:6
96:21,24 97:2 99:13

102:10 107:14
136:4,6 137:3,7
138:2 142:24
318:25
**action (13)**
79:16 81:15 82:16
114:5 116:9,21
154:13 223:18
231:24 251:25
292:24 305:11
359:11
**actions (2)**
239:7,10
**active (1)**
149:14
**actively (4)**
136:25 144:6 148:10
150:14
**acts (3)**
79:11 117:25 118:2
**actual (3)**
34:21 51:17 329:7
**added (5)**
70:25 124:17 152:10
203:11 289:13
**addition (3)**
156:9 271:25 338:17
**additional (1)**
173:7
**address (11)**
6:7 8:11,21 9:9,11,18
9:20 10:8,8 11:11
302:4
**addresses (1)**
95:4
**adequately (1)**
221:8
**adjunct (1)**
60:2
**administer (3)**
5:13 202:15,17
**administered (5)**
60:11 61:3,8 63:6
125:12
**administration (1)**
202:19
**administrative (3)**
69:9 73:16,16
**administrator (3)**
121:8,11 334:8
**admits (1)**
280:7
**admitted (1)**
178:20
**adult (3)**
301:20 318:25 319:4
**adults (2)**
301:24 319:15

**adverse (3)**
114:5 116:9,21
**advice (4)**
20:20 21:8 27:20 28:8
**advise (2)**
270:17 340:21
**advised (1)**
270:21
**advisement (1)**
199:21
**advises (1)**
140:20
**affairs (2)**
257:3,8
**affect (12)**
23:24 24:3,6,16 25:8
25:10,25 29:5,10,18
29:20 30:18
**afraid (2)**
238:22 250:11
**afternoon (1)**
252:16
**agencies (2)**
74:15 226:14
**agency (11)**
33:21 338:6,7,8,10,11
338:15 340:9 341:4
341:6,6
**agenda (1)**
70:25
**agility (8)**
61:19 86:17,19,23
88:9,13,20 203:6
**ago (6)**
25:16 140:13 201:10
205:5 237:20 298:4
**agree (2)**
27:14 340:5
**agreed (6)**
5:2,6,10 138:23 272:7
272:8
**agreeing (1)**
113:15
**agreement (6)**
16:11 20:5,14 21:23
26:16 328:6
**agreements (1)**
160:20
**ahead (3)**
163:19 330:23 340:11
**aid (4)**
234:14 235:14 237:24
238:15
**airport (3)**
55:6,9,11
**al (1)**
6:18
**Alan (9)**

**adverse (3)**
184:24 185:2,4,5
204:9,20,23 205:3
206:5
**Albatross (1)**
131:12
**alcohol (6)**
263:12,23 280:15
303:7 313:5,8
**alcoholic (3)**
309:7,9,15
**alert (1)**
209:3
**alerted (1)**
210:21
**ALJ (1)**
18:9
**allegation (8)**
178:2,4 209:9 282:20
283:4,19 349:20
350:16
**allegations (21)**
33:10,14 34:17,22
35:7,19 36:19 38:22
39:10,13 40:17,21
41:11 42:18,24 44:4
51:16 55:17 56:6,24
159:16
**allege (2)**
154:16 208:25
**alleged (10)**
34:13 132:25 155:3
156:23 160:25
209:7 257:13
260:17 261:25
316:15
**allegedly (1)**
325:10
**alleging (2)**
160:15 161:2
**Allison (3)**
1:14 175:2,2
**allow (1)**
23:4
**allowed (6)**
84:3 115:11 301:6,13
302:17 304:13
**alluding (1)**
109:18
**altercation (2)**
114:12 274:25
**alternate (1)**
126:6
**alternatives (1)**
269:9
**amazed (2)**
256:2 329:3
**ambulance (7)**
231:20 253:11,18
254:12 258:10

267:10 276:14
**Amityville (1)**
195:7
**amount (8)**
37:3 159:23 160:6
167:21 183:18
222:19 225:14
290:13
**Andrew (11)**
3:7 6:24 7:4 8:5 21:15
89:19 95:14 103:15
230:5 278:15
339:25
**Andy (2)**
356:6,7
**and/or (1)**
33:11
**Angie (5)**
87:17,21,24,25
151:12
**angry (1)**
40:8
**angst (1)**
318:13
**Ann (5)**
184:8,10 198:14
208:23 334:8
**answer (41)**
11:15,16 20:9 22:21
23:3,5,10,11 27:11
28:18 29:2,6,15
78:8 109:20 117:2
127:16 147:10
152:22 163:20
173:19 208:2,3
215:20 230:8
234:21,22,24 235:4
235:20 239:11,14
251:3 258:9 262:20
284:25 285:2
293:16 300:18
306:14 352:25
**answered (11)**
24:19,25 41:5,7 149:4
277:16 307:25
308:6 315:13
332:14 358:6
**answering (4)**
28:21 113:10 218:2
307:16
**answers (5)**
17:20 28:20 117:5
286:15,18
**anybody (46)**
11:10 32:11,15,25
34:16,17 38:6 45:19
48:20 49:24 69:20
73:24 89:14 104:7
104:11 127:12

128:3 131:5 146:9
164:16 165:9
166:13 189:12
199:23 200:10
209:21 211:3
212:20 213:19,25
214:2 233:14
234:15 235:15
238:2 241:23 242:3
242:6 244:18
275:21 283:21,21
305:12 312:14
332:6 344:17
**anybody's (1)**
206:2
**anymore (5)**
115:12 179:20 237:11
273:21 331:16
**anytime (1)**
149:11
**anyway (5)**
78:19 253:3 276:5
281:7 305:8
**an-off (1)**
313:4
**apart (1)**
101:23
**apartment (3)**
10:16,20 11:3
**apartments (3)**
10:22 11:2,19
**apologize (8)**
43:12 46:11 67:7
230:10 235:19
273:6 286:13 333:3
**apology (1)**
42:13
**appeal (7)**
86:25 87:2,7 160:7,8
163:5,10
**appealed (1)**
160:6
**appear (1)**
340:3
**appearance (2)**
7:3 292:3
**APPEARANCES (1)**
3:2
**appeared (1)**
252:11
**appearing (2)**
9:5,13
**appellate (3)**
160:13,17 162:8
**applicant (3)**
212:12 342:18 343:25
**applicant's (1)**
341:12
**application (1)**

20:25
**applications (1)**
170:22
**applied (3)**
217:8 218:18,21
**applies (2)**
217:3 218:14
**apply (1)**
160:2
**appoint (4)**
68:2,5 90:12 256:11
**appointed (15)**
68:4 89:16,19 90:2,10
92:2,24 93:4 94:6
96:21,24 120:14
140:5,24 161:12
**appointment (24)**
44:24 84:4 90:15 94:7
96:8,14,18 97:16,23
121:20,22 123:8,9
123:18,20 124:5,24
124:25 125:6 136:4
136:5,6,7 141:10
**appreciate (1)**
43:23
**appreciated (1)**
46:10
**appreciative (1)**
324:15
**approach (3)**
36:12,13 271:4
**appropriate (14)**
13:9 76:25 79:11,14
94:24 134:19 225:8
225:14 291:6,9
301:21,23 308:7
310:12
**approval (9)**
69:20,23 70:10,18
124:22 148:3,6,12
202:11
**approve (5)**
14:5,7,8,11 70:16
**approved (17)**
70:5,7,9,15 85:22
86:4 90:16 120:24
162:21 164:4
189:22 201:18
202:5,6,11,13,14
**approximately (2)**
6:20 214:17
**April (8)**
65:23 68:8,19 186:16
197:25 329:17
333:5 334:22
**aptly (1)**
21:6
**area (1)**
88:2

**areas (1)**
344:2
**argument (3)**
161:10 162:5 231:23
**arguments (2)**
30:12,15
**arm (1)**
154:7
**Arnie (1)**
173:13
**Arnold (7)**
167:24 168:2 178:3
193:16,19,23 194:5
**arose (1)**
132:22
**arrest (12)**
60:9 154:14 256:17
256:20,21,22
275:10 290:22,24
291:2,18 322:2
**arrested (4)**
233:21 238:24 290:3
292:4
**arresting (6)**
252:2 290:17 291:5,7
291:16,17
**arrests (4)**
47:7 60:5 228:11
293:2
**arrived (8)**
181:7,24 182:9 232:4
240:12 253:13
295:20 296:3
**Arthur (2)**
68:13,15
**aside (1)**
24:12
**asked (63)**
24:18,24 36:14 39:16
41:24 42:10 46:2,3
46:5 52:5 54:24
77:14,22 79:17
80:11 94:12 108:14
116:3,18,20 149:3
151:10 200:9
211:13,14,17 217:6
225:15 234:23
235:5 239:16 242:2
242:19,25 250:9,21
251:8 258:7,9
260:14 261:17
262:24 264:7
277:15 278:5
283:18,18 286:12
287:6 289:20
307:24 308:5
315:12 326:8 330:4
332:13 333:10,12
336:5 338:19

342:24 343:15
358:6
**asking (27)**
24:10 52:15 90:14
96:20 98:3 110:17
110:19 117:10
129:14 156:11
162:7 188:6 208:6
217:25 250:13,14
261:3,12 262:21
263:23 264:10,14
279:4,4 287:23
292:12 340:19
**aspect (1)**
226:9
**aspects (2)**
183:15 224:5
**assault (3)**
254:4,5,18
**assembled (1)**
334:21
**assignment (1)**
118:14
**assistant (1)**
92:9
**association (4)**
48:19 49:18 219:10
349:4
**assume (4)**
22:22 98:23 155:12
311:10
**assuming (2)**
100:25 299:18
**assured (1)**
273:19
**attached (2)**
11:19 102:6
**attachment (1)**
138:8
**attack (4)**
176:19 177:9 237:11
276:5
**attacking (4)**
217:13,18,23 218:3
**attempted (3)**
31:20 111:15 280:15
**attempts (1)**
31:24
**attend (1)**
292:3
**attendance (2)**
80:20 344:5
**attention (6)**
173:4 187:9 193:22
240:16 308:4
326:15
**attitude (1)**
78:22

**attorney (19)**
8:6 31:15 51:21
132:17 160:4
164:19,22,23,24
272:24 284:3,7,11
284:15,20 285:7,9
285:12 360:3
**attorneys (11)**
3:4,10,18 4:4,12 5:3
39:22 162:21,25
272:22 290:11
**attorney's (7)**
38:21 39:18 44:3
58:18 285:14,16
334:25
**ATTORNEY1 (1)**
170:17
**Augenbaugh (1)**
191:17
**August (9)**
53:22 54:2 68:19
135:13 136:17,19
137:4 143:14
359:15
**authority (28)**
69:12,15,18 113:19
124:18 142:13,18
142:23 146:25
147:2,4,7,15,16,19
147:23,25 148:15
148:18,22 149:2,15
149:22 170:16,21
213:5 295:14 327:8
**authorized (1)**
5:12
**automatic (2)**
84:13,14
**availability (1)**
57:23
**available (9)**
81:11 227:3,17,18,19
228:22 246:24
289:7,10
**Avenue (3)**
2:2,15 3:5
**Aw (1)**
73:10
**aware (15)**
20:6 149:19,21
150:19 198:25
199:2,3 208:18
257:16 265:18
266:15 278:6
302:23 336:15
339:25
**a.m (3)**
2:4 4:20 6:21

**B**

**B (3)**
1:12 3:10 217:25
**bachelor (2)**
356:7,8
**back (119)**
9:23 16:14 17:4,4
20:21 27:7 31:5
39:25 40:14 41:4,17
43:14 44:25,25 45:2
45:2,11,12 46:7
51:18,25 55:3,11
72:25 82:6,8 85:12
108:14 109:5 113:4
113:21 116:2,25
118:18,23 120:9
122:10 124:4
127:16,18 130:6
135:14 136:20
140:13 145:2,10,16
147:9,12 151:4
154:3 173:13
175:21 176:20
190:24 192:3,25
195:15 206:9
218:13 224:20
225:2 229:17
232:23,23,25
233:25 235:2,4,8
236:7,11,25 238:3
239:13 242:9
243:18 244:3
246:14 249:6,18
250:2,10,14 251:3,6
258:22 263:7,9
265:8 273:8 275:25
277:13 279:14,16
285:21 293:15
294:12 295:13
299:23 300:5
301:12 314:12,14
314:20 315:4
324:15 326:19
327:3 328:23,24
329:7,8,12 337:11
337:16 347:25
351:18 357:15
**backed (1)**
169:7
**background (21)**
71:14 72:24 173:8
212:5,13,16 213:2
213:15 214:3,10,13
214:16,20 215:2,6
215:10,18 277:21
278:7,10,12
**backgrounds (2)**
71:4 212:19
**backing (1)**
238:8

**backup (1)**
239:10
**backyard (5)**
43:14 48:2 51:8,11
52:4
**Bacon (8)**
56:19,21 168:9,10
173:10 191:21
308:11 311:3
**bad (6)**
37:18 41:23 42:15
110:23 240:15
345:8
**badge (3)**
124:7,8 242:22
**ball (5)**
224:21,23 315:18,19
315:22
**ballgame (1)**
28:24
**ballpark (2)**
21:21,24
**balls (1)**
224:19
**bar (25)**
128:12 131:8,11,13
231:24 234:11
235:10 237:16
239:19 250:16
261:12 262:14
267:3,15 291:14
296:3 301:22 302:2
302:13 306:2,5,10
306:23,24 307:8
**Barbara (1)**
68:11
**barracks (21)**
10:25 11:4,4,7,19,22
12:2 13:10 14:6
232:13 240:10
248:7 311:16,19
317:20,22,25
318:13 320:6,12
349:16
**barred (1)**
154:7
**bars (10)**
47:3 127:11 128:2
301:3,7,13,16
306:17 308:18,21
**bartenders (1)**
47:3
**base (1)**
322:4
**based (4)**
28:11 140:9,10
273:19
**basic (1)**
204:10

**basically (5)**
37:16,24 45:15 76:3
223:14
**basis (11)**
16:13,15,17 64:13
77:24 84:16 143:17
160:12 161:10
247:3 305:7
**Bates (40)**
95:12,13,17,19
103:10,11 141:15
141:21,21 153:5,10
185:14 186:16
196:13,21 203:17
203:23 206:22
207:13 297:15,20
335:12,18 339:16
339:22 348:3,14
350:23 351:5
360:13,14,15,16,17
360:18,19,21,22,23
360:25
**bathroom (3)**
237:20,23 299:25
**bay (14)**
10:13 11:11 122:12
122:13 316:20,25
317:3,8,12 318:10
318:18,24 322:8,24
**beach (108)**
1:8,11 3:18,19 6:19
10:10,12,14 11:12
13:21 15:3 17:10,11
18:4,14,23 32:2,16
33:2,10 34:17 48:16
48:20,21,22 49:3,12
49:13,15,18,22,23
51:2,23 53:4 54:9
56:2 58:8,25 60:22
61:4 63:12 64:10
66:14 73:21,22,25
74:2 82:20 83:8
89:11 131:9,15
134:3 142:2 151:8
152:7,25 157:23
159:10 164:7
169:10,17 177:14
178:9 179:21
187:22 188:3,7
195:14 208:19
209:12 212:6 216:4
216:7 219:12
222:10 224:9,12,25
225:13 231:6
232:16,17 257:4,9
257:18 267:17
273:3,11 300:20
301:4,5,12,16
306:18 310:5,9

316:11,17 327:25
337:7 349:4,10
351:14 355:25
356:25 361:2
**beam (1)**
341:7
**bearing (8)**
95:12 153:10 186:16
196:20 207:13
335:18 339:22
351:5
**bears (1)**
203:23
**beaten (1)**
44:5
**becoming (1)**
102:10
**bed (5)**
318:14,15,17,19,21
**Bee (4)**
4:2 19:19 58:4 163:3
**beer (12)**
262:15,17 305:3,10
307:18 310:4,8,10
310:13,25 311:2,5
**beers (4)**
305:2 309:16,18,18
**beginning (3)**
43:4 54:2 239:13
**behalf (5)**
7:5,6 87:18 151:11
349:14
**behoove (1)**
179:24
**belief (7)**
64:13 77:25 108:2
129:2,6 290:23
358:3
**believe (79)**
9:8 11:24 12:13 17:16
18:3 23:23 24:5,21
27:16 28:17 31:13
33:25 37:17 38:20
40:18 42:20 64:12
65:10 66:16 71:6
77:23 89:3 90:9
99:10,20 100:17,24
101:9 102:2,4,8
103:11 104:10
109:19,24 115:2
122:11 123:12,13
130:14 141:6
146:11 168:20
178:22 180:6
205:11 208:23
218:20 219:8
223:12 224:11
229:19 230:12

233:8 247:15 252:7
253:5 258:25
263:12 274:10
277:24 292:6,12
298:4 312:21
319:25 320:3
326:12 331:24
336:9 341:25
346:25 353:4,6
355:3 356:12
357:17
**believed (4)**
38:9,18,25 289:6
**bell (1)**
276:24
**belt (1)**
87:13
**beneath (1)**
77:15
**benefit (1)**
118:7
**benevolent (1)**
349:4
**Bescher (1)**
356:6
**Bescher's (1)**
356:8
**best (13)**
29:15 112:18 113:16
113:17 160:9
220:21 222:17
223:3 239:7 265:16
296:6 297:2,4
**better (8)**
33:24 41:25 48:17
221:16 249:12
265:7 286:10 323:3
**beverages (1)**
309:15
**beyond (1)**
240:25
**bicycles (2)**
221:12,14
**big (4)**
108:3 130:8 249:18
267:16
**biggest (1)**
222:9
**bike (4)**
78:21 79:8,18,18
**bill (1)**
112:22
**billing (1)**
162:20
**bit (11)**
33:23 44:2,11 54:21
73:9,13 80:23
114:16 180:2 319:3
329:20

**black (2)**
87:13 321:24
**blame (1)**
43:20
**blamed (1)**
43:18
**blaring (1)**
287:17
**blog (6)**
353:15,17,19,21,25
357:4
**blogs (4)**
355:8,11,16,19
**blood (2)**
42:15 359:10
**blue (2)**
115:11,12
**board (59)**
49:17 55:21 63:9 64:5
65:25 67:10 68:2,10
70:6,15,16,21 86:4
90:16,16 94:16
97:23 98:8,11,19
100:7 101:3 104:7
104:12,16 108:14
109:11 121:23
122:3,8 128:6
130:16 134:15
135:6 137:25
139:10,19 140:15
140:18 142:2
161:13 198:25
199:3,7,8,19 219:9
219:25 220:2
221:10 222:19
265:18 266:9,14,15
267:8 270:17,21
353:11
**boat (3)**
233:6 243:17 304:23
**Bob (10)**
83:16 107:5 108:7,8
108:19,20 109:6
112:11 113:14
154:11
**Bobby (1)**
349:8
**body (2)**
303:6,11
**book (6)**
74:10,13 217:10,11
218:20,24
**born (1)**
52:7
**Bosetti (41)**
56:22 167:11 170:12
173:11 187:10,10
210:10 229:4,21
230:6,9,14 232:11

239:21,22 240:2,3,7
247:19,20,24 249:2
251:18 252:22
268:17,23 273:20
275:2 277:25
279:25,25 280:2
291:7,22 292:7,11
293:18,25 294:3
317:14 319:6
**Bosettis (19)**
168:21 170:19 171:3
171:5 177:17,22
180:12 181:5
189:15 282:25
283:23 305:19
306:2,9,17,23
307:16 318:3
322:23
**Bosetti's (1)**
241:15
**bothering (2)**
39:25 176:13
**bottle (1)**
47:4
**bottom (7)**
95:24 186:24 205:23
207:22 222:6
249:11 342:13
**bottoms (1)**
310:8
**bought (3)**
9:19,23 112:22
**bouncer (2)**
236:9 242:9
**Bouncers (1)**
262:15
**bouncing (1)**
261:11
**Boyle (1)**
30:7
**breach (1)**
254:14
**break (15)**
23:15 26:22 74:25
150:22 151:2,6
193:3 195:4 229:9
229:19 230:12
278:16 279:8
302:15 326:19
**breaking (2)**
49:21 223:17
**breaks (1)**
302:12
**Breeze (1)**
316:13
**Bridgett (5)**
18:19 32:20,23 152:5
158:5
**bring (7)**

72:24 107:15 164:23
218:7 309:11
314:14 357:25
**broach (1)**
270:15
**Brookhaven (1)**
227:7
**brother (4)**
185:10 250:21 251:7
295:22
**brothers (1)**
240:3
**brother-in-law (2)**
190:4 328:10
**brought (13)**
34:21 36:21 71:2
112:7 154:9 173:3
271:13 290:10,11
308:4 317:21,25
324:11
**Bruce (2)**
152:24 153:20
**Bruna (1)**
68:12
**brutality (6)**
51:15 154:22 155:2
156:24 257:13
333:20
**Bud (1)**
237:18
**Buddy's (2)**
282:12 294:20
**budget (10)**
69:8 329:7 334:15
336:7,10 337:7,10
341:22 342:6
343:17
**bugged (3)**
38:10,14,19
**bugging (1)**
39:2
**building (4)**
10:20 11:2,8,9
**bulldog (1)**
224:15
**Bullis (3)**
189:16,22 190:3
**bunch (3)**
227:9 318:25 319:4
**burning (1)**
46:23
**Burns (4)**
315:16,23 316:7,9
**bush (1)**
296:5
**business (5)**
107:19 300:6 310:16
313:25 352:17

**businesses (2)**
131:22,24
**busy (6)**
42:9 122:15 230:23
246:3,4,7
**buying (1)**
205:4

_____

**C**

**C (3)**
1:8 359:2,2
**cabinet (17)**
316:19 317:11,16
318:10,17,18,24
319:20 320:5,17,19
321:2,8,11,25 322:7
322:24
**cabinets (3)**
318:9 321:6,19
**call (36)**
8:13,16,17 20:21
27:25 40:11,23 53:7
81:6,13 107:12
112:13 113:9
145:14,22 164:19
183:11 185:19,22
192:17 210:14,17
210:24 240:19
243:8 245:3 252:10
253:12 256:7
296:13,14,18
337:19 338:3,4,12
**called (41)**
6:3 11:25 16:3,16
17:7 18:2 28:15
39:15 52:19 54:24
55:2 57:16 81:7
152:24 164:25
179:14,18 180:3
185:23 209:22
224:16 230:19
231:19 232:14
236:3 238:20
243:14,16 248:4,20
248:20 252:12
275:18 296:18
325:21 329:16
333:9 341:4,6,7
345:16
**calling (5)**
41:4 179:23 209:24
257:25 296:15
**calls (1)**
81:3
**calm (1)**
78:23
**camera (8)**
325:7,12,14,16,19
326:3,4,9

**cameras (3)**
42:5 321:15,18
**camp (2)**
59:24 319:17
**candidates (1)**
71:14
**cans (2)**
307:19 310:9
**canvass (1)**
125:3
**capacity (5)**
1:9,11,13,15 15:2
**captain (1)**
92:8
**car (10)**
76:15 77:16,18,22
118:20 119:12
182:4,5,7 232:15
**card (2)**
177:18 300:6
**cards (5)**
182:12 321:23,24
322:5,6
**care (12)**
40:2,4,9 41:3 242:23
250:24 251:10
263:8 275:23 293:8
293:11 333:13
**career (3)**
251:19 269:21 324:17
**careful (1)**
109:10
**Carpenter (7)**
87:18,21,24,25 88:25
151:14,15
**carried (3)**
107:11 320:5,19
**carry (1)**
320:11
**carrying (1)**
309:16
**Carter (24)**
1:3 4:20 6:18 8:9
46:20 48:5,8,9
54:18 170:5,6
211:22 225:23
308:10 329:25
330:13 331:25
332:2 334:3,5,23
337:17 346:16
361:2
**case (57)**
16:8,18 17:5,25 18:15
18:25 30:11 34:20
36:20,21 37:5,6
41:12 47:16 51:15
78:12 80:18 152:18
154:4,9,19 155:15
156:10,13,15,17,20

157:13,18 158:5,20
159:6,17 163:7,12
163:24 164:5 165:4
174:10 193:10,11
237:15 239:10
256:12,14 257:13
272:10 285:13
307:9 309:4 313:15
327:14 333:20
345:5 352:14 353:5
361:2
**cases (5)**
36:18 152:12 163:22
164:9 269:16
**catch (1)**
52:10
**Catherine (1)**
186:4
**caught (12)**
46:19 47:12 48:7
78:22 114:19
115:16 155:25
331:25 332:3 334:2
334:5,12
**cause (4)**
29:23 110:25 154:13
179:8
**cautious (1)**
109:15
**CC (2)**
95:25 121:10
**CCSO (4)**
339:16,23,23 360:22
**CC'ed (1)**
121:6
**cell (1)**
306:11
**certain (43)**
18:17 27:13 28:5
29:12,19 30:19
53:23 65:16 76:24
85:9,16 91:2 99:17
100:7,22 111:2
122:23 151:25
152:2 154:15
156:21 165:13
181:22 186:8
205:14 208:18
234:7 243:13
252:14 257:23
265:20 270:16,20
272:17 280:17
290:21 291:5
304:11,13 312:22
319:10 349:18
357:24
**certificate (1)**
65:8
**certificates (2)**

71:24 172:14
**certification (4)**
93:15,19 183:7
191:24
**certifications (3)**
93:24 175:15 182:20
**certified (35)**
2:18,18 71:9 72:4,11
73:7 171:5,10,12,17
171:21,25 172:4,16
172:24 173:2
175:17 176:5,23
184:25 185:3 186:9
187:20 188:2 191:9
191:13,15,19
193:20 195:2 196:2
197:21 200:11
208:20 270:2
**certify (1)**
208:24 359:5,10
**certifying (1)**
173:6
**chain (10)**
137:24 165:22 166:2
166:5,9,10,10,14,24
167:9
**chance (1)**
238:25
**change (14)**
63:16 81:23 121:15
124:5,12,14 135:18
143:4,8 144:2
167:10 239:3
281:19 301:17
**changed (6)**
143:3 144:5 276:6
287:10 298:3
301:18
**changes (2)**
37:21 130:8
**character (1)**
222:13
**characterization (2)**
117:4 230:3
**charge (4)**
33:20 69:7 101:18
307:22
**charges (9)**
233:18 238:10 243:2
243:9 272:11,19
290:15 291:2,10
**chasing (1)**
155:23
**chauffeur (1)**
352:15
**check (8)**
72:3 171:3 277:21
278:8,12 322:13,17
322:19

**checked (3)**
116:25 248:15 341:15
**checkpoint (6)**
181:7 182:3 314:7,10
314:18 328:24
**checks (9)**
213:15 214:5,10,14
214:16,20 215:2,6
215:10
**check-in (1)**
181:17
**check-out (1)**
181:17
**chemical (1)**
78:25
**Cherry (19)**
56:13,15 176:17,18
176:18 237:9
265:10 269:2,4,7,25
269:25 270:18,25
274:24 277:20
278:6 281:4,10
**Chester (1)**
175:2
**chewing (1)**
222:15
**chief (127)**
1:12 8:11 11:21,24,25
11:25 49:25 53:5,9
53:13 59:11 65:20
66:2,7,7,10,11,14
66:19,20,22,25
67:11,14,17,20,25
68:2,4,6,9,21,25
69:25 70:3 73:21,25
74:4,9,12,13,15,17
74:18 75:4,5,10
83:5 92:8,9,9 96:2
104:21 108:6,8,12
113:6,11 125:20
127:9,23 131:3
136:12 137:3,7,13
138:2 139:2,21,25
140:16 142:7,12,24
146:20 147:7 150:3
150:6,6,9,10,14,17
152:10 156:8
157:14,17 159:20
160:16 161:2,3,5,8
161:9,12,15,17,19
162:6 166:7 167:6,8
167:12 180:18
182:18 185:7 222:4
263:10 265:14
292:16 294:4,11,22
300:21 302:5
321:15 325:17
336:23 338:24
340:4,8 342:9,16,17

342:18 343:8 347:6
**chiefs (2)**
160:21,22
**chief's (2)**
66:12,17
**chilly (1)**
81:21
**chimed (1)**
206:17
**choice (1)**
269:21
**choke (7)**
233:13 234:15 235:15
241:21,23 242:3
275:21
**choked (6)**
236:13 238:10 271:17
274:4 276:2 290:6
**choking (1)**
237:23
**chronological (1)**
15:24
**church (4)**
16:4,10,14 22:7
**circumstance (4)**
13:18 157:5 179:11
182:10
**circumstances (5)**
157:2,8,10 158:2
255:19
**citizens (1)**
354:2
**city (9)**
72:18 171:11 172:3,7
177:11 179:20,23
195:24 266:23
**civil (82)**
1:14 15:16,21 16:2,23
17:3,14 22:8 44:22
60:11 61:3,9 63:6
63:17 64:20 66:18
68:20 71:18 72:23
73:5,7 84:6 85:4
86:3,7 88:17,19
90:21 91:24 92:6,7
92:11,17 94:25 95:3
123:10,14,17
124:10 130:4,25
141:11 158:11,15
159:3 161:11 173:5
174:12,21,22 175:6
175:13,17,19,23
176:2 177:2 182:24
182:24 183:12,19
183:21 187:25
189:8,9,13 192:8
193:8 196:6 197:6
199:24 200:10
206:13,17 208:17

209:2,10,22,24
210:15,18,21
**civilian (2)**
78:14 156:4
**civilians (2)**
109:13 172:9,13
352:16
**claim (10)**
13:16,23 33:19 49:2
77:6,9 160:10
334:20 345:7
346:12
**claimed (2)**
14:2 19:2,5 178:4
275:22
**claiming (4)**
19:2 44:4 233:13
261:11
**claims (17)**
18:24 34:20 39:10,14
41:11 42:24 54:9
55:16 56:5,5,10,11
57:8 58:9,10,14
353:22
**clarify (2)**
18:5 361:7
**class (2)**
201:9,11
**classes (1)**
214:11
**classified (1)**
17:3
**classify (4)**
110:4,11 178:25
218:2
**clean (3)**
212:18 309:5,25
**clear (20)**
7:19 10:5 35:3 54:17
93:18 103:14
135:17 148:24
227:16,21,23 239:6
261:22 273:17
285:22 286:13
295:11 304:17
312:16 327:6
**cleared (2)**
132:18 144:19
**clearly (1)**
220:13
**clerk (2)**
80:13 175:16
**clock (2)**
112:4 182:14
**close (2)**
130:3 265:23
**CLR (3)**
1:24 359:4,18
**Coast (1)**

212:17
**codes (18)**
177:10,14,16,17,19
178:9,12,15,18,21
179:2,4,23,25
180:12 181:2
307:16 361:6
**collected (1)**
349:14
**Collier (1)**
344:13
**come (81)**
43:13 44:25 45:2
46:11 49:16 57:16
80:21,22 81:19
82:19 84:5,25 94:18
106:16 113:3
123:22 125:18
126:9 131:20 136:2
143:3 146:8 148:2,6
156:12 157:15
162:23 167:17,17
169:9 179:5 182:5
190:24 212:4
220:15 222:12
224:20 227:11
231:2,4,10 232:22
232:23,24 233:6
238:21 239:16
243:15,16 244:3
245:20 249:6,18
250:2,8,9,10,14
252:10,25 264:5,22
265:6 268:7,11
269:6 271:6 282:11
290:9 295:7,12
303:8,17 305:8
308:8 316:18
317:10 326:19
329:4 337:2 349:19
**comes (1)**
37:23
**comfortable (3)**
28:10 30:10 268:14
**coming (16)**
57:19 81:2 120:7
182:8 204:13 231:3
231:25 238:8 245:9
245:12 271:18
284:24 296:16
304:23 328:23
329:12
**command (15)**
63:15 99:5 101:20,21
108:7 109:5 134:20
137:24 165:22
166:3,5,7,14,24
167:9
**commanding (9)**

168:13,25 169:2,12
169:13,21 170:3,9
295:17
**comment (2)**
217:15 298:10
**comments (1)**
99:22
**commissioner (6)**
89:6,8,17 107:10
120:13 130:2
**committed (2)**
133:24 134:2
**common (3)**
157:17 304:11,19
**communicate (2)**
57:3 179:7
**communication (1)**
253:15
**communications (1)**
57:6
**community (3)**
222:9 223:20 324:23
**comp (1)**
164:5
**Compared (2)**
143:6,7
**compensation (3)**
163:21,24 165:4
**competent (2)**
140:19 338:18
**competitive (3)**
84:23 124:25 125:6
**complain (21)**
48:19,23 127:12
128:2 177:21
286:25 289:12
305:12,15,19 306:8
306:16,21 307:7,15
307:18 308:10
309:4,24 313:15
314:6
**complained (9)**
114:13 119:4 180:11
287:6 314:3 315:8
315:14 352:4,14
**complaining (4)**
115:3 221:6 307:4
351:22
**complaint (16)**
33:18,20 51:17 54:5
55:18 78:14,18 79:5
119:11,21 122:24
152:9 156:6,7
219:11,17
**complaints (9)**
33:15,16 49:14,16,16
227:14 290:7 308:3
352:21
**complete (6)**

146:10 204:9 214:2
218:25 263:3 271:5
**completed (2)**
271:10,11
**Completely (1)**
218:8
**compliance (1)**
221:17
**computer (6)**
138:8 151:19 287:10
287:20,22,25
**concentrate (1)**
224:19
**concentrated (1)**
161:23
**concern (3)**
27:18 180:17 204:15
**concerned (3)**
131:19 303:10 321:10
**concerning (2)**
35:3 261:8
**concerns (1)**
118:24
**concerted (1)**
213:20
**conclude (1)**
79:24
**concluded (1)**
239:5
**conclusion (2)**
272:3,6
**concrete (1)**
173:19
**condition (1)**
329:12
**conditions (1)**
25:24
**conduct (3)**
257:5 265:15 271:4
**confidential (7)**
20:4,19 28:2,4 265:25
325:8,9
**confidentiality (2)**
20:13 21:22
**confirm (1)**
71:7
**confiscated (5)**
310:5,8,13,25 311:4
**conflicts (1)**
117:21
**conform (1)**
361:8
**connection (6)**
19:15 152:7 157:22
164:6 257:12
353:22
**Connolly (26)**
3:13 7:9,9 21:2,7 37:8

57:25 85:6 110:3
111:7 114:3,9 115:7
116:12 129:19
140:17 146:14
230:5 278:15
300:14 328:5
332:13 352:24
353:13 357:21
358:7
**consensus (1)**
219:21
**consent (2)**
25:3,6
**consider (3)**
75:21 233:4 249:7
**considerably (1)**
276:6
**considered (3)**
173:21 203:14 291:11
**consistent (1)**
109:14
**constable (6)**
59:5,6,18,21 60:12,14
**constables (1)**
60:4
**consult (1)**
138:9
**consulted (2)**
137:19 138:24
**consumed (1)**
280:16
**consumption (1)**
309:2
**contact (2)**
99:23 100:2
**contacted (3)**
346:20,23 347:4
**container (1)**
312:10
**content (1)**
88:3
**continually (1)**
286:11
**continue (3)**
17:18 22:11 241:22
**contract (2)**
160:3 349:11
**control (7)**
126:23 128:12,22
129:3,17,23 130:21
**conversation (51)**
28:14 35:23,25 36:7
36:23 37:14 38:4,8
39:6,14 40:15,20
41:20 42:12 43:8
45:16,18,24 48:10
52:4 53:2,7,12,15
78:10 97:8,11,14,19
120:22 209:20

248:25 249:22,23
252:20 253:21
254:8,21 256:9
265:5 266:8 281:22
281:23 323:24
324:2 332:24
333:22,24 341:9
343:14 351:17
**conversations (15)**
42:22,23 46:9 52:9
58:19 102:14
105:13 174:12,25
175:8,12 182:23
198:11,16 199:5
**cookie (1)**
222:14
**cool (1)**
81:21
**cooperating (2)**
247:12,15
**Coot (1)**
277:5
**cop (1)**
242:10
**copies (1)**
162:22
**cops (1)**
171:11
**copy (11)**
54:4 98:11 138:6
151:16,18 186:23
200:14,23 218:23
253:11 337:9
**copying (2)**
325:7,10
**corner (1)**
122:12
**correct (56)**
9:15 21:10 30:3,4
31:16,18,19,21
98:13 101:3 102:7
109:22 118:24
120:11,16 134:17
140:14 146:21
163:19 165:14,17
170:4 172:5,18
173:2 185:19 188:4
188:16,22 191:15
193:7 197:17
219:13 229:24
230:15 241:9
246:25 247:22
248:21 252:8 253:6
255:11 258:16
259:3 267:25 270:2
290:3 293:20
304:21 312:13
314:21 315:5 327:9
336:24 349:5 361:9

**correction (1)**
287:18
**correctly (1)**
256:19
**correspond (1)**
34:16
**correspondence (3)**
74:14 96:2 106:12
**cost (1)**
163:10
**costs (1)**
162:19
**Cottage (1)**
317:3
**could've (3)**
45:8 238:14 296:12
**council (1)**
71:24
**counsel (10)**
19:14 27:10 31:21,24
32:3,18,22 33:3,6
51:15
**counselor (1)**
319:17
**count (1)**
163:22
**counted (1)**
163:22
**Counting (2)**
155:5,8
**Country (1)**
4:5
**county (77)**
1:13,13 4:4,10,12
60:11,19 61:3,9
64:4,20,21 65:3
71:17 72:5,12,16,17
72:22 87:25 93:12
158:25 171:6,15,22
171:25 172:4,18,25
173:4,18 176:24
177:4,11 179:22
183:12,15 187:20
187:23 188:14,16
188:17,22,24 197:6
198:6,10 200:19,22
201:12,18 202:7,18
206:13,16 208:21
212:11 213:3,7,9,10
213:14,18,23 214:4
215:9 227:5 237:13
257:7 270:2 324:6,7
324:18 344:13
345:17 346:5,11
**couple (12)**
14:15,16 52:9 54:18
54:23 55:8 80:8
231:25 272:11
278:21 322:10

326:19
**course (6)**
108:13 204:10 269:20
303:24 305:11
310:16
**court (31)**
1:2 5:15 6:22 17:22
19:25 20:25 27:25
28:14 80:12 127:18
147:12 154:20
158:22,24,25 159:2
159:3 160:5,13,17
161:25 162:2
218:13 235:8 251:6
272:11,11,21 273:8
290:9 292:3
**courtesy (2)**
55:10 81:16
**Courtney (2)**
3:9 7:10
**cover (6)**
98:18 100:6 102:6
265:13 273:3,11
**covered (4)**
160:20 273:23 282:3
311:10
**crack (1)**
266:24
**crappy (1)**
118:14
**created (1)**
69:8
**credentials (1)**
161:15
**credible (3)**
30:16,16 78:18
**credit (2)**
130:8 131:24
**crew (1)**
253:18
**crime (2)**
222:9 266:2
**crimes (1)**
107:23
**criminal (4)**
14:22 51:17 290:7,9
**crossed (2)**
299:2,4
**CRR (3)**
1:24 359:4,18
**crucial (2)**
249:16 276:12
**crystal (1)**
148:24
**CS-150 (1)**
207:25
**cue (15)**
232:2,4,10 233:16

236:25 239:20
241:12,19 254:5
268:18,24 280:3,6,8
280:10
**cups (1)**
309:5
**current (11)**
49:6,8 54:13 55:16
58:7 89:25 185:10
351:14 355:24
356:24 357:3
**currently (1)**
25:23
**cursing (1)**
237:21
**cut (5)**
51:13 235:19 236:16
329:6 337:11
**cuts (6)**
334:15 337:7 341:16
341:22 342:6
343:18
**CV (1)**
1:7

---

**D**

**Dale (3)**
133:3,6,7
**Dan (1)**
195:10
**dancing (2)**
17:6 22:7
**dangerous (1)**
302:24
**Daniel (1)**
195:9
**date (25)**
6:14,19 53:24 68:19
95:8 100:22 103:6
137:5 141:17 149:9
150:20 153:7
185:16 196:15
203:19 206:24
297:17 298:21
335:14 339:18
341:24 348:5,8
350:25 361:3
**dated (10)**
95:6 186:15 196:20
203:22 207:12
341:25 348:6,13
360:11,24
**dates (4)**
53:21 81:10 164:18
198:22
**Dave (3)**
324:4,5,14
**day (63)**
9:25 35:11,15,17 39:7

39:7 41:16,18,23
42:3 53:3,11 110:22
110:23 126:2,8,14
127:2,3 131:5,7
143:7 144:18
145:12,18 160:9
165:12 169:7,16,16
215:16,17 223:21
236:5 238:18
239:15 241:8
243:12 244:4,22,23
245:2,10 253:2
255:17 257:18,18
257:22 267:7 268:8
273:2,9 304:24
320:6,10,13,21
321:8 325:24
333:15,25 358:23
359:15
**days (10)**
13:22 126:11 129:9
136:20 144:10
145:12 228:19
251:16 282:10
288:16
**day-to-day (2)**
144:8,24
**deadly (1)**
59:24
**deal (6)**
112:12,20 175:23,25
272:23 353:10
**dealer (1)**
316:15
**dealing (4)**
109:15 117:19 118:3
175:7
**dealings (1)**
112:9
**dear (1)**
137:22
**debris (4)**
309:5,7,10,12
**debt (1)**
163:9
**December (6)**
62:16,18,19 143:16
184:12,17
**decided (7)**
100:25 101:2 161:22
162:8 190:2,23
276:5
**decision (8)**
111:10 138:24 139:17
144:23 160:14
163:5 243:6,7
**decisions (2)**
144:8 162:18
**declined (1)**

189:24
**defendant (3)**
7:10 156:23 157:22
**defendants (4)**
1:16 7:7 18:20 159:8
**defending (2)**
159:15 272:22
**defense (1)**
44:7
**defenses (1)**
51:22
**definitely (2)**
81:11 223:19
**definition (1)**
109:25
**delayed (1)**
55:7
**delegated (1)**
182:22
**delivered (2)**
130:15 308:16
**demand (1)**
107:16
**demarcation (1)**
303:4
**demonstrate (1)**
215:23
**demonstrating (1)**
83:7
**demote (1)**
92:10
**Denhoff (2)**
122:12,13
**department (66)**
1:11,14 3:20 4:10
16:5 33:11 34:14
60:3 69:8,10,19
71:18 72:16,23
73:17,18 74:12
75:24,25 83:9 84:16
84:17,19 92:3
101:16 109:8
112:17 113:2,18,20
124:15 137:25
144:8 151:8,20
152:10,25 160:22
165:24 166:6
173:14,17,24
174:14 178:13
194:3,10,12,13
204:14,21 208:20
212:11 222:5,8
223:22 265:16
273:3,11 301:19
322:10 324:18
329:9 341:17
346:21 347:16
**departments (2)**
71:25 160:19

**department's (1)**
157:16
**depend (2)**
106:10 182:10
**depending (4)**
13:17 110:20 126:8
264:17
**depends (3)**
25:19 263:15,19
**depicted (1)**
299:8
**deposed (1)**
152:11
**deposition (19)**
1:18 2:13 5:11 6:17
9:2,14 18:3,8 19:8
28:19,23 30:13,14
57:17,19 163:17
164:12 316:2 361:3
**deputy (21)**
1:12 92:8 136:12
137:13 138:2
139:21,25 140:16
142:6,12,24 146:20
147:7 150:2,5,8,9
150:13,17 342:18
343:8
**DESCRIPTION (1)**
360:9
**deserved (1)**
88:7
**designate (1)**
142:12
**Designation (1)**
142:6
**desk (2)**
105:3 287:22
**desktop (1)**
138:7
**detail (3)**
73:9,13 254:15
**detective (3)**
176:24 237:12 324:6
**determination (1)**
121:13
**determine (1)**
171:4
**develop (1)**
201:3
**developed (2)**
200:20,25
**dictated (1)**
167:21
**diet (1)**
190:12
**difference (8)**
67:23 84:20 90:18,21
90:23 92:21 150:5

249:18
**different (32)**
11:20 25:24 47:22,22
48:24 53:21 101:22
106:16 110:8,25
162:22 174:13
177:10 183:15
198:11 212:21,24
223:23 226:14
228:17 258:6
263:22 271:18
272:11 283:18
294:14 295:6
301:15 307:6
320:25 332:4
349:17
**differently (5)**
45:8 110:14,17 294:5
295:10
**difficult (12)**
26:4 80:9 108:11,24
178:18 201:6,14,23
222:16 266:20
267:6 287:8
**difficulty (2)**
26:7,10
**dig (1)**
323:6
**diligent (1)**
224:18
**dipping (8)**
132:8,9,12,25 349:21
350:2,7,8
**direct (1)**
265:4
**directive (2)**
181:13 301:25
**directives (1)**
220:8,9
**directly (1)**
58:23
**DirecTV (1)**
349:16
**disability (13)**
53:6,10,14 136:18
137:7 143:25 149:9
159:18 204:3
329:11 330:24
336:23 342:17
**disappear (1)**
252:6
**disappointed (3)**
51:12,18 319:18
**discharge (1)**
238:17
**disciplinary (2)**
81:15 82:16
**discipline (19)**
74:19,22 75:5,7,9,11

75:16,22 125:14
128:17 129:8 132:7
229:3 230:14
298:14 299:17
300:11 322:23,25
**disciplined (1)**
129:12
**disciplining (1)**
229:20
**disclose (1)**
27:21
**disclosed (3)**
28:4 268:16,22
**disclosing (3)**
21:19 27:18 28:10
**disclosures (1)**
28:6
**discover (1)**
47:9
**discovered (1)**
46:22
**discrepancy (1)**
222:22
**discretion (6)**
114:21 115:10 220:6
225:8,14 332:7
**discriminated (2)**
19:3,6
**discuss (28)**
20:14 40:16,20 42:17
46:14,18 50:6,10,14
50:22 52:21 56:13
133:12 139:9,14
231:11 254:10,12
270:24 281:3,10
289:15,18 323:9,17
333:18 339:2
351:13
**discussed (17)**
36:22 39:6 45:23
50:19,20 51:7 52:3
56:4 101:25 102:17
151:7 158:4 199:19
288:22 311:11
323:22 351:19
**discussing (9)**
24:8,11 27:18 82:9
105:8 193:13
255:16 281:25
289:21
**discussion (17)**
24:12 27:4,10 31:2
35:13 51:10 82:3
229:14 279:11
288:19 326:24
327:24 330:3,6,8
347:22 357:12
**discussions (2)**
199:6 285:19

**dismissed (5)**
156:14 339:3,6
341:21 342:18
**dispatcher (7)**
176:20 237:10 244:20
244:21 260:3 270:4
328:11
**disposal (1)**
112:13
**distinction (4)**
172:17,19,20,22
**distribute (1)**
216:9
**District (19)**
1:2,2 38:20 39:18
44:3 158:25 159:2
272:23 284:3,7,11
284:15,20 285:7,9
285:12,14,15
334:24
**division (1)**
162:8
**divorce (4)**
127:6,20 158:12
163:13
**divorcing (2)**
127:9,24
**dock (6)**
42:6,7 259:24 260:2
270:3 322:11
**document (27)**
95:22 141:15 153:5
161:14 185:14
196:13 203:17
206:22 297:15
335:12,21 339:16
348:3,25 350:23
351:9 360:13,14,15
360:16,17,18,19,21
360:22,23,25
**documents (2)**
162:23 164:14
**doing (52)**
28:15 36:14,16 39:17
39:18,22,24 40:2,5
40:9 41:24 46:2,3,7
52:7,14 76:5 78:13
82:13 108:18
111:23 113:12,25
114:20 115:16
116:22 128:24
129:4,15 176:13
212:11 213:2 214:9
214:20 215:9,12
220:20,21 221:22
222:3 223:19 224:4
224:5 225:2 228:10
261:16 333:10,11
333:12,13 348:18

354:20
**dollars (1)**
39:21
**DONOVAN (1)**
4:2
**door (2)**
237:21,22
**double (8)**
132:8,9,12,25 349:21
349:25 350:7,8
**doubles (1)**
169:8
**double-dipping (1)**
133:13
**doubt (3)**
118:7 140:18 146:15
**Doug (14)**
236:8,17,22 259:2,10
259:14,16,18,19
260:7,11,15 262:24
263:9
**downstairs (2)**
10:23,24
**drag (1)**
107:19
**drank (2)**
263:18 305:19
**draw (1)**
303:5
**drink (20)**
261:14 262:17,24
263:18 264:18,20
300:23 302:13,25
303:8,9,12,16
308:17 310:13,25
311:2,18,23 313:8
**drinking (38)**
260:8,12,17,22,25
261:6 262:3,6,13
263:20,21 264:19
274:19 300:22
301:3 302:2 303:19
304:5,17 305:13,16
306:17 308:11
309:5,7,9,11,25
311:4,8,11,15 312:6
313:4 323:10,13
351:23 352:5
**drinks (3)**
303:22 308:19,22
**drive (8)**
108:20 303:12 313:16
313:18,20 314:7,9
315:9
**driven (1)**
314:13
**driving (3)**
182:7 232:16 312:4
**drop (3)**

176:14 182:4
328:16
**dropped (1)**
43:19
**drop-mouthed (1)**
330:16
**drove (3)**
43:5 231:6 314:18
**drug (2)**
307:9 316:15
**drunk (5)**
237:25,25 242:4
306:23,24
**due (5)**
143:15 336:7,10
341:16,22
**duly (2)**
6:4 359:7
**dumped (1)**
309:19
**dumpster (1)**
46:23
**duties (7)**
56:2 68:25 90:24
108:5,15 111:20
254:14
**duty (50)**
77:21,24,25 78:3
145:2 227:18
240:25 245:21
249:20 250:5,22
251:8 258:23 260:6
300:22,23 301:7,13
303:2,17,19,23,23
304:2,3,5,18 305:13
305:20 306:19,20
306:20 307:9,10
309:23,23 311:9,10
311:11,12,20,21
313:4,17 314:8,11
314:12,13 323:4
352:5
**dwelling (1)**
10:22
**Dyer (5)**
168:15,16,16 176:10
190:14

**E**

**E (2)**
359:2,2
**earlier (3)**
252:15,25 321:8
**early (2)**
47:2 230:20
**earth-shattering (1)**
310:18
**East (5)**
6:10 10:7 132:20

354:24,25
**EASTERN (1)**
1:2
**easy (2)**
26:13 37:20
**eat (1)**
263:21
**Ed (18)**
8:8,13,14 47:10,12
48:5,7,8 65:15
111:3 170:5 211:22
308:10 330:12
331:25 334:11
337:17 346:16
**Eddie (8)**
46:19,21 47:4 54:18
170:6 225:23
329:25 332:2
**Edward (371)**
1:3,18 2:13 3:1 4:1,20
5:1 6:1,2,9,17 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1,21
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1

144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1

321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1,4 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1,13 355:1
356:1,11,13 357:1
358:1,21 361:4,24
**effect (6)**
5:14 33:21 79:16
202:21 262:18
297:7
**effective (3)**
53:20,21 223:13
**effort (2)**
137:23 213:20
**eight (3)**
12:12 107:9 145:10
**Einig (2)**
130:13 131:19
**either (31)**
20:20 21:5 45:4 53:22
65:15 66:17 81:10
89:3 126:7 139:12
159:2 167:18 178:6
179:24 198:16
200:21 207:7
250:20 251:7
257:25 291:2
296:21 297:6
306:20 307:2,17
309:18 322:9 338:2
352:16 359:10
**element (1)**
276:8
**Elmsford (1)**
3:12
**else's (1)**
318:15
**elude (1)**
286:14
**Elyse (2)**
278:19 279:6
**employed (4)**
150:14 205:9 207:20
207:24
**employee (3)**
55:25 216:7,11
**employees (14)**
54:9,12,14 55:16
56:24 214:6 216:13
216:14,18,25 217:8
218:18 219:6

351:14
**employers (4)**
344:15,20,23 345:10
**employment (5)**
152:7 157:23 220:19
337:24 341:13
**empty (7)**
310:9 317:17,19
321:3,11 322:15,16
**EMT (1)**
254:14
**ended (7)**
160:7 176:18 177:8
238:3,10 272:9
318:24
**enforce (1)**
220:5
**enforceable (1)**
221:5
**enforced (4)**
48:25 49:20 222:16
224:13
**enforcement (13)**
47:22 48:16,18 59:14
219:14,15,16,22
221:16 223:13,16
225:13 227:6
**enforcing (5)**
48:21,24 49:3,13
221:8
**engaging (2)**
154:21,25
**enjoy (1)**
222:12
**ensued (1)**
231:25
**entails (1)**
147:24
**enter (1)**
71:19
**entered (1)**
60:19
**entire (9)**
69:10 112:2 222:23
252:3 253:2 292:23
304:24 325:17
326:13
**entirely (1)**
123:3
**entitled (1)**
159:22
**entity (1)**
74:8
**erase (1)**
287:14
**Eric (3)**
194:24,25 195:5
**ERRATA (1)**

error (2)
113:15 287:17
errors (1)
361:10
especially (3)
80:24 117:23 314:11
ESQ (3)
3:7,13,23
establishment (2)
17:7,11
estimation (2)
292:15 293:24
et (1)
6:18
evaluations (3)
216:4 219:2,6
evening (6)
245:22 280:23,23
292:17 294:6
296:10
event (5)
25:17,20 238:12
292:23 293:5
events (2)
37:10 231:22
eventually (8)
171:17 173:3 176:5
191:7 232:8,14
238:10 240:19
Evergreen (1)
316:13
everybody (18)
77:17 110:8,16
183:21,25 197:24
198:19 199:2 223:2
223:4 224:25
266:21 267:4,4,7
288:5 331:13
333:19
everybody's (2)
110:7 223:3
evidence (3)
217:24 272:7,14
ex (2)
127:10,24
exact (1)
321:7
exactly (24)
12:8 18:17 26:12
39:13 53:23 100:7
116:15 119:13
151:15 219:24
230:24 234:7
249:14 252:14
253:13 261:2,23
272:4 273:16
283:15 314:15
319:10 337:12
338:22

exam (1)
100:19
examination (4)
7:25 64:5 85:11 86:3
examined (1)
6:4
example (9)
49:11 74:2 100:21
116:6,23 117:15
118:18 179:13
310:6
examples (3)
115:24 116:10 117:15
exams (1)
196:2
excellent (3)
344:5,5,6
excess (1)
218:22
exchange (2)
298:3,5
excuse (2)
26:23 240:23
executive (4)
199:10,11,12,14
exercised (1)
225:7
exhibit (46)
6:13 95:7,11 103:5,9
103:17 141:16,20
153:6,10 185:15
187:6 196:14
203:18 206:23
297:16,20,24
298:20,24,25
335:13,17 339:17
339:22 348:4,7
350:24 351:4,5
360:10,11,12,13,14
360:15,16,17,18,19
360:20,21,22,23,24
360:25
EXHIBITS (1)
360:8
expect (2)
76:19 295:2
expected (2)
76:18 301:23
experience (2)
76:2 263:10
explain (5)
36:17 107:17 113:9
130:23 166:2
explained (1)
130:20
explanation (1)
16:8
extent (3)
20:4 27:21 45:15

extra (2)
80:14 181:6
extreme (1)
179:11
ex-wife (2)
127:7,21
eyes (1)
95:13
eyewitness (3)
260:17 262:2 280:9
eyewitnesses (2)
246:24 280:13
E-I-N-I-G (1)
130:14
E-mail (2)
57:4 138:8
E-N-I-G (1)
130:13

_____

**F**

F (2)
236:21 359:2
face (3)
78:16 79:2 156:2
faces (1)
68:17
face-to-face (1)
112:8
fact (20)
34:21 36:21 55:8 56:5
56:10 72:25 121:2
133:14 138:10
209:3 236:2 255:21
266:15 278:7
286:21 294:22
298:2 327:20,21
330:24
factors (2)
263:22 264:3
facts (10)
157:2,4,7,10,25
192:18 255:18
283:8 289:7 361:8
fag (1)
299:5
failed (6)
86:19,23 100:21
106:3,4 176:8
failing (1)
88:19
failure (1)
14:21
fair (3)
22:24 23:12 43:20
faith (1)
220:20
fall (2)
43:4 266:24

false (2)
29:24 154:14
family (3)
52:5 227:10,13
far (12)
11:9 50:8 51:6 158:3
185:2 234:5 236:6
267:16 321:10
325:18 338:23
343:3
fatal (1)
226:4
father (1)
259:23
father's (1)
205:7
fault (9)
43:21 293:9,23,25
294:2 296:8,9,12,23
FBI (4)
347:2,4,7,13
fear (1)
335:9
February (10)
9:21,22 10:2 95:6
100:14 136:15
348:6,13 360:11,24
federal (1)
7:15
feel (15)
20:24 23:14 24:8,10
29:16 37:18 43:12
76:5 99:23 128:9,19
211:16 220:22
222:9 324:24
feeling (5)
36:24 41:3 42:11
245:11 252:25
feet (5)
87:11 321:20 348:16
348:18,20
felt (14)
38:23 43:15 45:7
52:16 79:5 101:11
101:12 127:7,21
128:21 221:7
249:12 265:14
330:17
female (3)
241:8 246:15 291:20
ferries (1)
145:17
ferry (5)
42:6,7 155:24 243:18
243:18
fetch (1)
322:10
field (2)
253:12 258:12

Fifth (3)
2:2,15 3:5
fight (7)
180:7 229:23 231:24
233:7 271:9 277:22
278:9
fighting (1)
236:24
figure (1)
258:4
file (32)
96:2 133:19 153:24
233:18 243:22
253:7,8 258:14
276:20 285:12
287:2 288:4 291:21
316:19 317:11,15
318:8,9,16,17,24
319:20 320:5,17,19
321:2,5,8,11,25
322:4,7
filed (6)
33:15 156:15 157:11
158:21,22,24
files (1)
164:14
filing (1)
5:4
fill (1)
81:4
filled (2)
231:22 236:4
filter (2)
268:11 303:6
finally (2)
232:4 255:21
Finance (1)
347:17
find (39)
39:15 46:25 47:5,7
81:18 164:21
206:14 212:21,22
218:24 230:20
231:18 232:11,12
232:13 233:2
240:14 247:18,20
248:3,6,17 249:14
259:12 261:15,25
262:7 280:8,11,15
289:4 295:22 296:5
296:8,9,16,23 318:8
325:25
finding (1)
240:17
fine (6)
7:16,18 22:20 163:20
173:21 183:22
fingerprint (2)
322:4,6

fingerprinting (2)
321:22,24
fingerprints (1)
214:5
finish (5)
12:23 23:2,5 117:6
326:20
finished (3)
176:16 235:20 258:8
Fiorillo (37)
4:19 8:8 75:6 76:13
78:11 79:24 80:4
93:19 118:20
122:25 169:5 211:9
224:13 225:16
230:21 239:16
241:4 246:19
284:14 286:25
287:5 293:3 306:16
307:7 315:25
319:23 320:4,19
336:4,18 337:25
342:3 344:24
346:21,24 347:2,14
Fiorillo's (3)
50:6 286:7 289:18
FIORILO (1)
1:3
fire (18)
46:22,25 47:8 69:21
124:19 146:25
147:5,8,15,20,25
148:7,12,16 149:22
228:6 301:15 327:9
firearms (1)
59:24
fired (2)
69:24 305:6
firemen (1)
237:18
firemen's (1)
236:13
firing (6)
69:11,15,18 70:11
149:15 170:21
firm (6)
8:7 57:7,10,15 58:2
164:18
first (58)
6:4 33:8 35:9,10
40:14 58:24 59:14
64:7 83:11 86:16,17
86:19 94:7,10 97:9
98:20 100:4 101:2
102:11,23,24
103:14 104:3 107:9
116:13 117:7 120:9
145:11 159:23
160:15 167:5 183:6

207:9 232:6 241:5
269:6 281:16
293:15 295:12
298:25 301:5,11
308:9 327:7,13,19
333:23 335:5 340:3
340:14,19,22,25
341:11 348:19,20
349:8 351:10
firsthand (1)
291:13
Fishbein (3)
4:2 19:19 58:5
fished (1)
322:14
Fishman (1)
163:3
five (35)
8:7 44:11,14 46:15,18
54:21 55:14 67:12
74:19,23 76:11
78:12 80:5,5,18
82:12,16 93:25
156:4 157:24
175:18 203:13
208:14 309:3
313:14 321:20
328:14 343:3,9
344:15 345:4 346:9
357:18,23 358:4
fix (3)
200:3 326:14,15
flagged (1)
73:4
flaw (1)
226:11
flaws (1)
226:4
flight (1)
55:7
floor (3)
11:6 236:20 320:20
focus (6)
44:13 52:18 104:18
187:9 224:3 311:12
focusing (2)
171:18 247:17
folder (1)
277:18
folders (2)
322:2,3
follow (6)
32:13,14 76:19
189:25 221:20
323:4
followed (1)
40:25
following (1)
344:2

following-up (1)
351:20
follows (1)
6:5
foot (4)
46:6 155:25 304:9
312:23
force (4)
5:13 59:24 79:15
338:18
forced (2)
51:21 309:4
forever (1)
133:22
forget (4)
176:7 184:8 218:22
317:6
forgetting (1)
27:24
forgive (1)
235:21
form (63)
5:7 7:23 33:12,23
47:18 67:19 69:16
72:13 74:24 79:13
91:23 92:15 93:21
96:15 106:24
119:23 128:16
129:7,20 132:7
143:5 144:3 148:14
148:19 154:25
155:14 162:11
167:13 170:21
171:7 172:21 174:4
181:9,19 182:15
196:10 205:25
208:22 218:19
250:6,19 262:4,10
270:19 271:23
272:16 275:3 278:3
278:11 286:23
291:8 294:7 306:4
306:12 307:3
310:21 327:11
333:7 339:4,7 352:6
357:5 358:5
formal (9)
8:15 33:18,20 93:10
106:8,18,22 121:19
150:19
formally (1)
322:25
former (10)
1:10 54:13 55:16 58:8
185:7 214:6 351:14
355:25 356:24
357:3
forth (3)
236:25 351:15 359:7

forthright (1)
109:12
forum (1)
339:9
forward (9)
30:11,15 193:7 256:6
264:22 267:21
271:18 280:13
295:7
forwarded (6)
98:10,19 100:6 102:6
120:10,18
forwarding (1)
153:23
found (16)
44:9 220:24 226:4
240:21 262:5,12
272:10 293:9
296:12 299:13,15
301:19 325:18
326:7 327:20,21
foundation (2)
143:20 181:10
four (9)
47:15 93:23 145:12
157:24 175:18
182:8 277:24
342:18 343:2
Fourth (1)
41:14
four-page (1)
339:22
frame (2)
64:25 303:13
Frank (76)
1:3 4:19 8:8 47:20,20
48:13,14,15,17,22
49:20 50:6 54:25
75:6 76:12,13,15,15
76:17,20,21,22
77:13,14,15,19,21
78:4,15,15,19,20,22
78:23 79:5 93:19
118:20 119:3,4,11
119:19,20 169:5,6
201:7 211:9 224:13
224:17,18,19 225:7
225:12,16 230:21
230:25 234:7
239:16,17,24 241:4
244:14,19 247:10
258:4 284:14 293:3
315:21 319:23
320:4 321:7,9 332:5
337:14,25 347:6,8
Frank's (4)
77:6,9 118:24 119:6
free (5)
99:23 311:18,23

312:2,8
freedom (2)
133:3,19
frequently (2)
310:20,23
Friday (2)
112:4 126:5
friend (6)
223:3 233:15 234:14
235:14 236:12,19
friendly (3)
133:21 248:9,14
friends (1)
259:18
Frisbees (1)
224:20
front (22)
8:18,23 18:9 36:8
54:23 95:9 103:7
141:18 153:8
186:13 196:18
203:20 207:10
255:3 287:22
297:18 298:22
335:15 339:20
343:4 348:11 351:2
frustrating (1)
286:11
fuel (1)
308:13
fuels (1)
308:15
full (1)
123:20
fully (10)
23:25 24:6,17,22
28:18,21 29:6,11,25
31:10
full-time (31)
70:3 83:18,21 84:5,9
84:11,16,18 85:23
90:5 91:22 92:25
93:7,11,16 94:21
99:4 112:3 113:3
190:23 216:12,14
216:17,23,24 217:3
217:8 218:15,18
219:2,6
full-timer (1)
111:14
functions (1)
109:5
funeral (2)
205:7 274:10
furious (1)
317:9
furniture (1)
205:4
further (9)

5:6,10 163:8 173:21
256:15 283:13
319:14 358:11
359:9
**future (1)**
76:23

_____

**G**

**gain (1)**
209:24
**gained (2)**
148:18 190:12
**gaining (1)**
283:8
**Galena (1)**
156:9
**game (1)**
315:22
**garbage (1)**
310:10
**Gary (70)**
167:11,14 170:11
173:10 187:10
210:10 229:3,8,8
230:6,9,14 231:17
231:24 232:7,11
233:15,16 236:5,12
236:23,23 237:24
238:13,20 239:21
240:3,7,9 241:15
242:8,11,12,13,16
247:18,20,24 248:3
248:25 251:18
252:13,22 254:3
255:22 268:17,23
273:20 274:12,25
277:25 279:24
280:2 291:7,22
292:7,10,22 293:18
293:25 294:2,12
295:12,19,19,21,21
306:23 317:14
319:5
**Gary's (2)**
232:9 238:3
**gay (1)**
297:6
**gender (1)**
19:4
**general (3)**
37:11 159:20 221:11
**generally (3)**
165:11 167:12,25
**generated (1)**
258:12
**gentleman (1)**
324:16
**George (197)**
1:12 3:10 34:19 37:18

39:23 41:11,19
42:16,18,24 45:22
55:15 70:8 76:14,16
77:3,8,12 82:19
85:23 88:4,19 90:4
93:6,18,24 100:10
100:15 104:12,20
105:16 106:9
109:10,24 110:4,11
110:12 111:2,2,4
112:11 113:15,24
114:10,14,14
115:25 116:8,19
118:23 119:2,10,17
119:18 121:2,19
122:7 125:14
126:25 128:22
129:4,8,15 130:22
131:6 134:16 136:3
137:12 138:2,18,20
139:5 141:4 142:6
142:12 143:2
144:15,17,23 146:5
146:6,11,25 147:4
147:15 148:11,15
149:21,25 151:7
154:24 156:3,19
159:19 165:12
166:8,11,20 167:17
168:3,12 169:11,22
174:11,18 175:6,11
176:2 182:22 183:3
189:3,4 194:20
198:12,24 200:20
200:24 201:3,16,20
202:4,15 210:7
212:5,25 214:8
234:2 236:2,3,8
237:14 245:22
246:2,5 252:8
255:10,16 256:11
257:11 259:2 265:9
265:22 266:5 269:2
269:6,13 281:7,13
282:16,21,24
283:22 284:18,21
285:6 288:24 289:5
289:16,21 290:18
291:3 296:13,22
297:5 298:12,14
300:8,9 307:22
308:8,9 313:15,21
313:22 314:6
323:17 326:8 327:8
330:5,5,10 331:22
333:2 334:21 345:7
345:18,21 346:3,7
346:17 347:12
349:8 352:4,9,14

355:15 357:18
**George's (2)**
120:23 346:17
**getting (15)**
159:21 202:23 221:13
221:17 222:6 225:5
231:21 236:13
249:11 271:15
283:15 295:12
303:2 309:14
332:17
**Gilbert (9)**
152:17 155:7,11,19
284:7,11,16,20
285:3
**Gilena (4)**
152:14 154:3,12
158:7
**Gilly (4)**
2:14 3:3 7:5 8:6
**girl (11)**
175:6 233:7,12
234:14 235:14
237:21,25 239:8
268:5 274:4 275:20
**girls (1)**
186:5
**girl's (1)**
154:6
**give (47)**
16:7 17:19 20:20 21:7
27:20 28:7,20 44:18
47:11,14 55:5 68:12
80:13 81:10 115:17
118:4,6,14,16
138:23,25 183:20
183:22 200:20
212:15 217:10
219:24 227:8
228:18 236:21
238:25 242:10
249:19 250:4,15
256:6 264:22
274:13,17 276:23
286:15 300:17
303:25 337:14
345:18,21 347:8
**given (17)**
28:22 76:13,22,24,25
77:9 78:2 111:20
149:22 178:15
216:16 270:10
298:13 300:8,9
346:17 359:9
**gives (3)**
76:17 142:23 200:22
**giving (5)**
197:23 198:6,10
251:21 262:2

**glaring (1)**
222:21
**go (144)**
8:12 14:13 15:20,24
18:2 39:24,24 40:14
41:19 43:24 44:17
44:20,22 45:6,12,13
45:13,16 46:15,18
47:12,15,20 48:9,13
50:7,11,13,15,17,24
51:4,20 52:16 65:2
72:16,17,20 73:8,12
81:24 82:8 85:10,15
93:16 109:2 113:11
116:2 118:18 120:9
124:3 128:23,25
132:17 144:13
147:22 154:3 163:8
163:19 166:10,11
173:7,10,12,13
183:14 190:25
192:3,25 193:6
195:15 198:22
223:2,4 224:25
228:8 231:8,15,18
232:24,24,25 233:4
233:21 235:2
236:19 239:13
247:18,20 279:16
285:21 293:15
296:3 299:23 300:5
301:6,13,14,14,15
302:13 306:10
307:9 308:9,19,22
314:24 327:14,16
328:15,18 329:18
329:19,22 330:5,17
331:9,11,12,14,21
331:24 332:11,23
333:6,15,19 334:15
334:23 335:5,7
336:7,10,13,17,20
339:9,11 340:11
342:6 343:2,3,6
351:18
**goes (22)**
30:11 39:18,20,25
41:23,25 43:9,10,11
45:8,10 131:5
230:25 231:4
232:21 236:20
242:21 290:24
325:23 330:8
333:17 342:25
**going (120)**
17:4 22:20 26:20
27:21,25 30:11,14
30:25 36:18,20
37:17 39:20 44:6

46:24,25 51:25
52:14 78:24 79:20
79:20 81:9,11,11
82:2 92:4 105:19
108:23 110:21
114:20,22 115:10
115:13 117:20
118:11,13,14
121:13,14 122:10
122:19 131:4,20
138:11 143:24
144:24 150:25
182:3 189:7 190:22
194:4 199:2 204:13
221:2,24 223:6
224:19,23 229:13
230:2,25 232:17,24
232:25 233:2,3,23
233:24 236:15
237:4 238:23,24
239:2 240:10 246:7
246:14 250:11,18
258:5 266:7,24
267:2,6,14 269:22
270:18 271:22
272:15 273:3,11,18
273:20 287:13
294:23 295:2,23
296:5 301:14 305:4
305:8 314:11,12
318:13 319:13
323:6 326:23
327:14,15 330:22
332:4 333:18,21
334:24 335:6
337:16 340:24
345:16 347:6 353:9
357:11 358:18
**Golopi (15)**
70:5,11 83:16,17,20
90:7 99:6,8,18
107:5 108:7 111:14
111:21 154:5
353:11
**gonna (4)**
79:19 163:8 232:21
232:22
**good (48)**
8:3,4 44:19 46:22
52:9 110:22 136:21
138:3 143:22
191:22 192:24
206:10,13,18 208:5
208:11,12 223:25
225:6,16,20,24
226:2,3,6,9,14
227:25 228:5,13
255:20 262:22
269:23 288:25

291:11 303:16
324:13,19,24 325:2
337:14 338:16,17
338:19 345:4,15,19
345:21
**goods (2)**
112:22 208:10
**Goodstadt (208)**
3:7 6:11 7:2,4,18,24
8:2,5,23 9:3 11:14
14:8 15:11 20:7,10
20:16,19 21:4,6,18
22:2,5 26:25 27:8
29:4,9 30:6,8 31:6
33:17 35:5 48:6
49:5 50:5 54:13
55:24 57:14 58:11
67:9 69:4 71:11
73:12,14 74:25 75:3
75:20 81:23 82:7
85:8 87:21,23 91:10
95:5,9,15,18,20
103:2,7,19,22,24
116:2,5 117:6,10,13
128:5 130:11
134:11 141:13,18
141:23 143:7,10,19
143:22,23 146:19
147:17 149:11,16
150:22 151:5 153:3
153:8,13 155:11,15
157:20 162:10
168:8 172:2,11
180:22 185:12,17
186:13,18 187:3,8
188:15 192:11
194:10,13 196:12
196:17,22 197:19
199:16,22 200:4,8
203:16,20 206:20
207:2,6,8,14 208:16
209:6,8 211:17
217:6,14,17,21
218:7,16 225:10
227:24 229:18
230:7,11 235:2,5,18
245:7 246:13
247:10 249:23
251:12 253:23
264:13 267:24
268:21 269:10
273:14 278:5,17,18
278:21,23 279:8,15
286:19 297:12,14
297:18,22 298:18
298:22 299:6,20
311:21 313:20,23
313:24 314:23
315:2 320:10,14,21

326:18 327:4,12,17
327:18 328:7
334:18 335:11,15
335:19 339:5,15,20
340:2,7,18,23
345:24 348:2,9,17
348:20,23 350:6,14
350:21 351:2 352:2
356:16 357:7,16
358:11,15 360:4
**Goodstadt's (1)**
28:23
**gotta (5)**
37:19 81:9 144:13
149:18 233:2
**gotten (19)**
44:5 128:12 231:19
236:18 238:14
239:19 242:4 259:9
271:7,17 282:12
290:6 293:7 294:20
294:21 296:18
325:15 329:13
330:18
**government (1)**
33:20
**go-to (1)**
48:14
**grabbed (2)**
154:7 236:23
**grabbing (2)**
154:6 236:12
**graduate (2)**
59:17 60:24
**grammar (4)**
226:11,11,16,23
**grant (2)**
118:13 121:14
**granted (6)**
121:21 149:2 217:9
275:4,7 288:3
**Gray (3)**
58:13,16 163:3
**great (6)**
8:17 91:8 225:18
316:20 317:8,12
**greatest (1)**
80:10
**ground (9)**
14:14 17:18 22:11
79:21 156:2,3
236:15 238:4
275:24
**grounds (5)**
298:14 299:16 300:10
300:11,15
**group (7)**
45:18 101:19 219:22
257:3,8 319:6,9

**grudge (1)**
114:17
**guaranteed (1)**
44:24
**Guard (1)**
212:17
**guess (29)**
25:21 28:9 45:13 68:9
70:18 96:19 104:25
106:5 108:8 117:25
129:13 142:19
147:6,24 149:16
152:8,22 158:20
159:2 164:3 184:4
198:11,14 205:19
232:5 315:7 318:12
336:6,13
**guessing (1)**
82:23
**guilty (5)**
44:9 272:10,12,13
290:15
**gun (1)**
79:6
**Gurden (2)**
324:4,5
**guy (66)**
45:17 47:5,6 48:14
81:3 113:9 118:13
154:6,7 155:23
156:2 158:7 176:12
179:2 182:3,4,7
226:7,15 228:13
232:3,10 233:7,9,14
233:19 234:12,13
235:12,13 236:11
236:15,17 237:3,13
238:2,6 239:19,21
239:25 240:4,6,13
240:17 241:19
242:3,7,11,14,20
244:24 263:7,8
268:5 269:15
275:22 276:4,13,16
295:25 304:22
315:22 316:7
332:16 338:19
341:9
**guys (68)**
36:6 44:11,14,17
47:15 51:14,19,21
72:14,15,23 73:6
75:25 81:2,18,18
110:17 111:16
112:5,5 126:10
135:14 146:7
167:22 173:16
174:14 175:21
182:2,8 183:23

189:4 197:25
198:22 201:6
212:17,18 220:14
220:15 222:25
223:8,11,25 227:4
228:9 231:19,25
233:8 237:2 250:21
251:8 276:18
281:14 289:23
293:3 305:2 314:12
328:14 329:18,19
329:22 333:6
334:14,16 337:25
343:5 356:13
357:23,25
**guy's (2)**
46:24 237:25

**H**

**h (1)**
20:20
**half (4)**
181:6 261:17 293:16
335:25
**Halloween (28)**
134:6,11,12 180:3,5,8
180:10 231:16
244:23 245:4,4,10
245:14,17,21,25
262:14 267:16
279:17 281:17
284:4 285:7,11
288:10 290:2 297:8
297:9 305:18
**hand (5)**
17:21 216:18 271:10
301:8 359:15
**handbook (5)**
216:6,7,7,9,15
**handbooks (1)**
216:11
**handcuffs (1)**
325:22
**handed (1)**
216:12
**handful (1)**
224:21
**Handing (6)**
8:20 95:12 186:17
196:21 203:24
335:22
**handle (6)**
110:6 159:3 182:23
257:2 265:9 321:20
**handled (5)**
110:6,13 119:15
175:12 285:12
**handles (1)**
110:16

**handling (4)**
144:24 174:11 202:8
290:25
**hands-off (1)**
271:4
**handwriting (5)**
96:5 205:22,24 206:3
299:24
**handwritten (2)**
95:25 342:13
**hang (1)**
228:6
**hanging (1)**
242:22
**happen (7)**
25:17 43:17 47:8
76:20 181:25
206:12 317:4
**happened (29)**
42:2 85:21 121:24
129:17 159:12
180:7 229:23
230:14 233:9,10,12
234:4 249:14
254:10 261:15
266:12,12 268:9
273:4,12 289:2
294:24 296:17
310:17,20,23
323:16 338:23
349:13
**happening (5)**
198:21 237:8 265:24
268:4 282:10
**happens (1)**
21:8
**happy (10)**
22:14,18 23:16
110:23,24 118:12
128:18 303:14
319:2 343:5
**harbor (1)**
227:6
**hard (4)**
25:19 26:12 29:13
289:4
**harder (1)**
295:5
**Hardman (8)**
167:24 173:13 178:3
178:5 193:17,19,23
194:5
**HATTER (1)**
4:2
**Hauppauge (1)**
4:14
**haywire (1)**
55:12
**head (15)**

17:20,21 47:4 73:15
73:16 84:17 222:5
232:3 233:16
236:11,18 237:3
239:20 242:7,14
**health-wise (1)**
331:7
**hear (43)**
22:12,16 89:11,21
119:18 177:24
178:4 204:8,17
208:25 209:4,6,20
210:4,7,10,14,17,20
210:24 211:8,22,25
258:18 282:16,20
282:24 283:4,21
288:24 297:5
303:14 308:15
316:14 323:22
334:14,20 345:7,13
350:12,15 352:3,13
**heard (19)**
21:13 22:22 89:13
165:7 204:11 209:9
210:5,12 282:21
283:19,22 325:6
328:25 337:17,22
338:20 339:8
346:12 357:2
**hearing (2)**
211:4 272:21
**heart (3)**
176:19 177:9 237:11
**heartbroken (1)**
34:11
**height (1)**
144:16
**held (20)**
2:13 27:4 31:2 66:19
66:20 67:16 82:3
92:12 99:13 114:16
229:14 236:10
242:9 256:16 263:7
279:11 313:9
326:24 347:22
357:12
**hell (1)**
39:22
**help (9)**
87:5,6,14,16 180:24
238:16 240:20
250:22 251:9
**hereinbefo (1)**
359:6
**hereunto (1)**
359:14
**Hesse (150)**
1:12 3:10 7:7,11
11:21,24,25,25

34:19 36:2 37:13
38:9 39:10 41:11
42:24 50:7,10,14,23
51:7 53:2 54:8
55:15 70:8,12 76:14
77:4,8 82:20 83:7,9
85:3 90:4 92:12
93:6,18 94:5 100:10
100:15 103:18
104:12,21 105:16
106:9 109:25 111:2
111:3,4 113:24
115:25 116:8,19
118:23 119:2,10
122:25 125:15
134:16,24 136:3
137:12 138:2,18,21
139:5 141:4 142:6
142:12 143:15,25
149:14,25 151:12
154:24 156:22
159:19 165:12
166:8,11 169:2,11
169:22 170:2,8
182:22 183:3 210:7
212:5 213:2 214:8
215:15 252:8 255:7
255:10,16 256:11
257:11 259:2
260:10 269:2,6
270:24 274:23
281:4,10,13 282:16
282:21,24 283:22
284:18 285:6 287:2
287:6 288:24
289:16,19 297:5
298:12,15 300:8,9
307:22 309:4
313:15,21 314:6
323:18 327:8
331:22 332:25
333:4 334:2,21
336:19 342:9 343:8
345:8 346:3,7,12
347:12 352:4,9,14
352:21,21 355:15
357:18
**Hesse's (8)**
77:12 88:19 123:9
143:2 151:7 153:24
166:20 167:12
**hey (3)**
41:22 113:11 224:22
**he'll (1)**
240:19
**high (2)**
132:21 318:9
**higher (1)**
313:10

**highest (1)**
92:11
**highlight (1)**
162:24
**Highway (1)**
4:13
**hint (1)**
225:6
**HIPAA (1)**
254:11
**hire (19)**
69:21,23 70:13 71:23
72:14 92:10 124:19
146:25 147:4,8,15
147:19,25 148:6,12
148:16 149:22
324:9 327:9
**hired (22)**
58:24 59:3 69:24 70:2
70:19 82:20,25 83:4
85:3 111:13 159:24
160:4 164:24
170:12,23 171:16
171:19,20,20
172:24 176:22
324:6
**hires (2)**
70:17 197:5
**hiring (11)**
69:11,14,18 70:10
84:8 85:7 149:15
170:14,20 171:2
324:8
**hirings (1)**
70:17
**Hirsch (2)**
130:19 131:13
**history (4)**
24:9,11,13 27:19
**hit (5)**
47:3 155:25 232:3,10
233:10,16 236:11
236:17,18 237:3
239:20 240:6,13
242:7,14
**hold (9)**
62:9,21 63:19 65:18
67:13 73:20 99:11
135:20 340:10
**holding (2)**
52:6 236:17
**holiday (1)**
146:8
**home (6)**
110:24 151:19,19
228:7 355:6,9
**homeowners (1)**
219:10
**homeowner's (1)**

48:18
**homes (1)**
113:4
**homicide (3)**
237:12 269:16 324:6
**homosexual (1)**
297:6
**honest (1)**
97:19
**hopefully (1)**
145:2
**hopes (1)**
329:14
**hoping (3)**
73:10 197:3 330:20
**horrified (1)**
233:17
**horseplay (1)**
319:12
**hospital (3)**
25:3,7 243:17
**hour (4)**
146:4 181:6 261:16
303:7
**hours (7)**
133:4 144:18 145:9
145:10,12 218:22
227:11
**house (15)**
9:19,21 43:5 54:23
113:13 145:23
177:9 248:14
316:12,24 329:25
331:6 333:24 337:5
337:19
**Houser's (8)**
180:8 229:7,9,23
230:15 231:16
236:10 267:17
**houses (2)**
248:8,11
**How's (2)**
52:14,14
**huge (1)**
11:8
**Huh (1)**
137:16
**human (2)**
303:6,11
**humiliated (1)**
330:18
**hundreds (1)**
269:19
**hung (5)**
40:2,5,9 51:19 333:14
**hurt (15)**
43:16,22 131:22,23
136:12,16,17 144:4

176:15 195:10
228:10 231:18
238:14 239:19
283:13
**husband (1)**
274:7
**husband's (1)**
274:9

_____

**I**

**Ian (1)**
279:18
**idea (13)**
33:7 133:9 139:8
141:12 149:5
153:20 163:10
197:10 206:18
249:12 260:9
269:15 303:16
**identification (16)**
6:13 95:8 103:5
141:17 153:7
185:16 196:15
203:19 206:24
297:17 298:20
335:14 339:18
348:5,8 350:25
**identified (6)**
239:21 240:5 242:8
242:20,20 276:3
**identify (6)**
127:2 131:6 238:2
241:11 242:6 268:3
**identifying (2)**
243:10 280:2
**idiots (1)**
323:23
**illegal (2)**
140:21,22
**imagination (1)**
269:18
**imagine (1)**
163:9
**impacted (1)**
183:18
**impair (2)**
263:12,24
**impaired (2)**
264:4 303:12
**implied (1)**
156:2
**important (18)**
17:19 23:2,4 27:13,14
30:20 148:24
177:13 180:25
264:2,9,11,16
275:12,15 276:8
293:13,13
**impression (3)**

72:19 140:3,8
**improper (5)**
140:19 217:15,22
218:4,8
**improperly (2)**
140:15 218:11
**impropriety (1)**
73:4
**inappropriate (6)**
13:13 77:10 123:2
291:18 312:18
313:7
**inches (1)**
87:11
**incident (53)**
79:25 115:23 118:21
119:6 123:6 180:3,5
180:11 229:7,8
230:13 231:5,9,10
231:17 239:17,18
244:4 245:14,17,21
251:20 252:13,21
253:4,16 255:19
256:23 258:19
260:18 265:3 274:2
274:6,8,23 280:14
281:17 282:8 284:4
284:8,12,16,20
285:4,8,11 288:17
290:3 297:8,10
305:18 316:19
319:24
**incidents (1)**
312:17
**include (1)**
18:11
**includes (1)**
155:19
**including (1)**
75:17
**inconsistencies (1)**
173:5
**inconsistency (1)**
173:17
**Incorporated (4)**
1:8 3:18 6:18 141:25
**incorrect (1)**
9:9
**incorrectly (2)**
78:13 82:13
**increased (1)**
221:17
**increasingly (1)**
201:14
**incredible (2)**
37:2 263:16
**incur (1)**
133:17
**indefinite (3)**

91:5,7,8
**Index (3)**
1:7 360:2,8
**indicate (4)**
124:9 273:2,10,22
**indicated (1)**
191:12
**indicating (1)**
124:15
**indistinguishable (2)**
92:16,19
**individual (1)**
118:9
**individually (6)**
1:9,10,12,15 19:5
167:18
**individuals (4)**
33:11 45:16 274:24
290:2
**ineffective (1)**
223:15
**inform (2)**
137:23 185:20
**information (21)**
28:4 107:25 133:4,19
133:20 173:21
194:3 198:24
226:10 237:4 250:7
250:23 251:9 261:8
271:6 284:24 289:8
289:12 290:14,22
294:21
**informations (1)**
290:10
**informed (4)**
25:3,6 128:22 252:21
**ingesting (1)**
24:15
**ingestion (1)**
286:20
**inhibit (1)**
31:10
**initial (3)**
105:5 253:12 293:5
**injured (2)**
231:19 293:7
**injuries (1)**
254:16
**injury (4)**
143:15 154:15 164:6
283:13
**input (1)**
330:25
**inquired (1)**
260:11
**inside (7)**
11:22 12:2 36:9
218:20 231:23

321:25 322:2
**inspire (2)**
222:25 223:8
**instances (1)**
80:3
**instantly (1)**
79:15
**instigator (1)**
238:15
**instituted (1)**
343:6
**instruct (2)**
166:19 220:3
**insubordinate (1)**
249:8
**insubordination (1)**
249:10
**intense (1)**
45:5
**intent (1)**
83:8
**intentions (1)**
220:22
**interchangeable (1)**
97:3
**interchangeably (1)**
97:4
**interest (1)**
239:7
**interested (2)**
293:10 359:12
**interesting (1)**
206:8
**internal (3)**
257:3,4,8
**interpose (1)**
23:3
**interrupted (1)**
218:11
**intervened (1)**
236:14
**interview (3)**
83:12,15 275:9
**interviewed (2)**
83:13 239:24
**interviews (1)**
71:14
**intoxicated (1)**
233:11
**introduce (1)**
207:8
**invent (1)**
315:21
**invented (1)**
315:17
**investigate (3)**
257:4,8 270:18
**investigated (2)**

51:14 132:12
**investigating (5)**
38:21 39:19 256:13
274:23 280:14
**investigation (29)**
44:3 51:16 72:24
133:2 212:12,16
214:3 239:4,5
256:16 257:12
265:8,9,15,19 266:2
266:16 270:22
271:2,5,10,12
275:12 276:9
277:12 279:17
290:24,25 347:7
**investigations (5)**
71:15 212:6,13 213:3
215:18
**investigative (1)**
72:21
**investigator (2)**
256:12 339:2
**involved (36)**
57:22 142:13,18,24
162:19 183:16
198:19 231:17
232:7 233:7 238:11
239:10 251:20
252:2,3,13 254:3
258:2 269:3,5,5,7
271:8 272:10
274:25 277:22
278:8 285:9,10
290:2,8 293:21
296:20 319:11,19
325:3
**involving (3)**
252:22 256:21,23
**in-between (1)**
167:16
**Iraq (1)**
52:16
**irregularities (1)**
183:13
**irregularity (2)**
184:7 185:20
**irritant (1)**
78:25
**Island (10)**
131:18 228:7 301:15
354:2,3,5,8 355:5
355:13 356:3
**Islip (5)**
6:10 10:7 132:20
354:24,25
**issue (36)**
79:20 94:8 98:8 105:8
107:13 109:17
132:22 133:13

161:24 183:4
184:22 186:2
198:17 199:18,24
200:2,3,5,11,12
204:8,24 206:17
208:18 209:11
210:22 266:6
283:14,16 285:22
301:25 302:2,4
351:13,15 352:10
**issued (5)**
60:4 219:12,23,25
220:24
**issues (4)**
108:17 118:11 183:7
226:3
**issuing (2)**
60:6 221:11
**I.D (1)**
360:9

_____

**J**

**jacket (2)**
119:6 243:23
**James (2)**
130:18 131:8
**January (8)**
136:15 142:3 143:3
146:24 147:3,14,19
149:20
**Jaws (1)**
145:23
**Jeanne (1)**
273:25
**Jeez (1)**
324:9
**Jesse (2)**
152:20,21
**job (61)**
1:25 44:23,24 45:3
46:22,24 47:7,10
48:15 54:25 56:2
59:15,18 60:12,13
68:25 76:4 80:22
86:2 90:23 108:18
109:7 110:11,23
128:24 129:4,16
132:8,10,13,19
147:24 172:15
178:17 190:21,23
205:16 220:7,21
221:2 222:4,6 226:6
226:13 228:21
240:17 256:14
260:3 269:24 297:4
324:15 325:2
338:19 339:3 346:5
346:12,24 347:2,7
349:21 350:2

**jobs (8)**
45:11 76:24 188:22
212:24 221:22
223:20 224:4,6
**Joe (48)**
8:9 50:25 51:4 54:24
56:6 59:10,23 63:2
64:17 66:2,8,16
89:21,24,25 139:14
140:12 144:20,23
145:11 169:15
177:21 183:16
199:6 212:2 214:21
215:12 226:2,3,3,6
226:13,21 227:3,5
227:12 253:15,17
284:10 338:3,16,24
339:6 341:21 342:7
342:11 344:6
347:17
**Joe's (3)**
226:10,20,24
**John (14)**
115:20 168:15,16,16
173:11,11 176:7,10
189:15,19,22
190:14 328:10,13
**Johnson (4)**
1:24 2:16 359:4,18
**joke (1)**
319:16
**JOSEPH (3)**
1:4,8 3:19
**JOSH (1)**
4:18
**Jr (2)**
1:9 89:25
**judge (9)**
30:7 80:14 218:8
262:21 264:8,14
272:7,8 289:5
**Judi (4)**
1:24 2:16 359:4,18
**July (11)**
1:19 2:4 6:20 9:22
10:6 41:14 53:22,25
68:19 137:4 361:3
**jump (1)**
155:24
**jumped (3)**
158:8 238:2,6
**June (4)**
9:20,23 10:3 135:25
**jurisdiction (1)**
188:13
**jury (3)**
155:16,17 272:17

**K**

**karate (1)**
87:14
**Kathy (1)**
198:14
**keep (15)**
91:3 138:6 151:16
205:19 227:11
233:23 247:17
265:22 266:9 271:3
287:16 321:13,17
321:22 322:6
**Ken (6)**
7:7 58:13,16,20 163:3
164:17
**KENNETH (1)**
3:23
**kept (3)**
288:4 317:19 358:9
**Kevin (29)**
1:4 3:13 7:9 8:9 55:6
169:24,25 210:17
210:21 211:12,20
211:21 227:25
228:3,6,10,15,20
234:8 257:21 288:6
293:3 297:6 298:4
298:13 300:6
332:11 345:14
346:4
**kid (2)**
78:22 222:13
**kidding (2)**
146:18 316:5
**kids (7)**
46:2,3 52:6,13 133:23
227:9 319:2
**killing (2)**
228:21 323:3
**kind (34)**
16:10 37:16 42:12
43:18,19 45:17 46:8
51:13 75:15 77:17
80:11 97:2 112:15
112:22 114:16
145:23 163:11
173:17 198:18
209:15 217:14
223:18 226:7
233:19 254:13
319:11 329:19
330:16,25 333:23
335:2,8,10 354:19
**knee (1)**
176:13
**knew (16)**
52:7 133:17 177:16
177:17 203:3
225:12 231:22
248:8 275:22 276:4

296:19 316:7
325:18 326:8,17
338:20
**know (413)**
7:14 8:11 12:9 13:6
13:20,21,25 17:2
20:2,12,20 21:20,21
25:20,21 26:14,18
27:19 28:20 33:5
35:18 37:18,19 40:7
41:19,21 42:9,13,14
43:13,15,20,25 44:6
44:8,20,21 45:4,5,6
45:6,10,17 46:10,11
46:12,13,22 52:8,11
52:17 57:23 58:16
63:16,18 75:24
77:20,21 78:9 79:3
81:10,12,13 85:4
86:10 87:3,15 88:15
88:21 92:12 93:6
96:6,17,23 98:7,20
99:2,8,15 100:9,14
101:11,17 103:10
104:15 105:15,22
105:22,25 106:15
107:6,25 109:16
110:7,21,24 111:4
112:25 113:3,5,24
115:14,22 117:24
118:3,8,12 119:2,9
119:13 122:7,9,20
122:20 123:8,19,24
124:2 125:7,10,11
126:21 131:4,11
132:11,22,24 133:8
136:14 139:5,17
140:6 141:3,7,9,10
141:21 142:17,21
143:2 144:17,22
145:15,24 147:2,16
149:25 150:16,18
152:22 154:19,24
156:15,19 157:11
160:12 162:12
165:7 170:17,24
174:19,22,24 175:4
176:16 177:6,14,20
178:9,11,17,21
179:3,21 180:4,12
184:23 185:2,22
186:4 187:16 189:9
189:23 190:10,18
190:20,20 191:4,17
191:19,23 192:5
193:19,21 194:24
195:2,9,19,25 196:4
196:5,11 198:20,23
198:24 199:3

202:10,19,19
204:20 205:9,11,13
205:15 206:16
208:6,10,17 209:11
209:18,19,19,22
210:3,4,5,12 214:6
214:8,11,18 215:20
216:20,22 218:4,5
222:11,12,24 223:6
226:13 227:4,8,10
228:8,10,11,11,12
228:18,21,22
230:22 232:19
233:9,10,12,18
236:16,17 239:2
240:9,18 241:25
243:5,7,10,11,14
244:14,20,21
245:10 252:12
254:2,9 256:15
257:11 259:9,14
260:7,17 261:13,20
261:21 262:5,19,20
262:21,23,24,25
264:3,7,16,21
265:21,25 266:4,6,7
266:12,14,22 267:3
267:16 268:2,8,11
268:13,16,22
271:21 274:22
277:12,20 278:19
278:24 279:2,4
280:12,18,19 282:5
282:13 284:6,10,14
285:4,6,15,18 286:6
286:15,24 287:19
288:2 290:19
291:24 292:2
294:23,23 295:18
295:19,20,23,23
296:4,15 298:8
300:10,18,18 305:5
308:13 315:16,20
316:8 317:15,18,21
318:16,20,23
319:12,14,25 321:9
324:4,20,22,22
325:5,9 326:4,6,7
327:6 329:6,10,12
329:16 330:21,23
331:6,10 332:16
333:16,17,22 334:9
337:6,18 338:18
339:14 342:23
343:4 345:20
347:12,15 348:14
349:13 350:7,18
352:12 353:19
355:18,20,24

356:15,23 357:22
358:2
**knowing (1)**
266:22
**knowledge (7)**
11:11 13:8 184:16
291:13 338:22
356:4,24
**known (8)**
25:10 42:16 46:13
83:9 116:8,19
133:22 259:16
**knows (2)**
237:13 269:17
**Krepella (2)**
65:15,16
**K-R-E-P-E-L-L-A (...**
65:17
**K.ROGERS (1)**
1:10

**L**

**lady (1)**
290:5
**laid (2)**
341:15,16
**Lamm (28)**
1:4 8:9 50:15,17 55:6
169:24,25 170:2
210:18,21 211:12
211:15,20,21
227:25 228:3,6
257:21 288:9,19
293:3 297:6 298:13
299:4 300:6 332:9
345:14 346:5
**Lamminated (1)**
299:4
**Lamm's (5)**
228:15 288:6,25
289:15 346:11
**land (1)**
266:20
**lap (1)**
43:20
**large (1)**
321:19
**law (21)**
4:10 49:3,13 57:7
59:14,24 79:7 94:25
95:3 140:7,23,25
159:20 160:21
196:6 221:8,20
223:17 312:9,11,12
**lawn (1)**
323:7
**laws (6)**
48:21,24 49:20,22
220:5 222:15

**lawsuit (9)**
39:19 44:20 58:22
338:20,21 342:25
342:25 343:6,15
**lawyer (1)**
19:17
**lawyers (1)**
153:24
**layoff (1)**
341:22
**lead (1)**
101:9
**Leading (1)**
180:13
**learn (24)**
33:8 35:19 106:3
132:15 137:12
174:10,16 179:2,25
183:6,10 198:9
209:25 215:17
220:23 251:13
269:4 284:2 310:19
310:22 316:22
318:3 327:13 328:3
**learned (11)**
35:6,21 106:5 132:24
174:19 251:17
298:12 300:9
341:20 345:20
349:20
**leave (10)**
7:15 146:24 147:13
232:20 251:19
306:9 309:17
314:16 315:10
358:9
**leaves (1)**
232:23
**leaving (3)**
122:18 202:21 341:12
**led (5)**
132:23,25 247:14
326:12 336:9
**ledge (1)**
209:5
**Lee (1)**
16:6
**leeway (2)**
118:4,6
**left (17)**
90:8 99:6 105:3 109:8
130:24 143:14
154:11 173:19
195:7 205:23 220:6
233:25 235:25
307:19 310:2
324:10 325:14
**leg (1)**
195:10

**legal (7)**
4:18 33:19 51:15
52:12,19,21 140:20
**legally (2)**
14:18 218:4
**legislator (1)**
88:2
**lent (1)**
87:15
**letter (69)**
31:25 32:4 33:2 54:24
55:2 87:17 88:3,22
88:25 89:3 90:14
95:6 96:16,20 97:18
98:11,11,18 100:6
100:18 102:6 103:4
103:14,17 109:18
119:5 120:23 125:3
137:14,21,23 138:6
138:14 151:11,16
151:20,22,23,24,25
153:12,15 159:25
203:22 204:2,5
206:19 207:7,12,16
207:18 208:7,11,12
274:7 282:12
335:24 336:5 337:2
337:14 338:3,4
342:3 348:6,13
349:22 360:11,12
360:24
**letterhead (4)**
124:15,17 337:3,4
**letters (6)**
49:19 98:19 238:12
271:16 337:23,24
**letting (5)**
48:8,12 129:16
329:19 330:5
**let's (24)**
6:11 9:19 11:12 18:13
24:12 33:18 40:14
76:8 95:5 104:18
118:18 120:9 154:3
178:20 200:21
239:13 247:17
258:7 299:23 300:5
311:12 314:24
324:9 338:2
**level (3)**
79:15 92:6 225:8
**Levine's (1)**
279:18
**liaison (4)**
89:11,12,22 90:3
**liar (1)**
192:17
**library (4)**
354:22,23,24 355:2

**license (4)**
17:6 22:7 308:18,21
**licensed (1)**
309:2
**lie (1)**
321:9
**lieutenant (5)**
92:8 134:22,24 135:3
135:7
**life (8)**
13:18 108:10,23
110:21 127:14
128:4 160:9 283:11
**lifeguards (1)**
322:11
**light (13)**
37:23 78:21 79:8
119:19,24,25 120:3
120:4 122:11
197:23 238:19
289:9 341:8
**limber (1)**
87:15
**limbo (1)**
164:5
**line (18)**
82:8 97:9 98:22
117:15 132:2
142:10 155:25,25
197:3 222:6 303:4
304:11 361:11,13
361:15,17,19,21
**lined (1)**
321:21
**LIPSON (1)**
4:18
**list (11)**
70:20,23 71:12,16
84:6,25 125:5
193:16,18 220:11
228:18
**listed (3)**
74:13 206:18 264:3
**listen (9)**
81:9 113:12 127:13
128:3 175:19
224:24 238:5,23
303:16
**lists (2)**
71:8 247:5
**literally (1)**
107:11
**litigation (1)**
152:5
**litigations (1)**
152:6
**little (24)**
8:14 33:23 44:2,11
54:16 73:8,13 80:23

81:21 112:20
114:16 127:8,9,22
127:23 128:19,20
180:2 222:13 237:4
303:25 319:3 329:8
329:20
**live (2)**
10:2 13:21
**lived (9)**
9:17,21 10:6,9 11:18
11:20 12:14,17
13:22
**LiveNote (1)**
2:19
**living (3)**
267:9 269:16 319:15
**LLP (4)**
2:15 3:3,16 4:2
**local (1)**
74:10
**located (2)**
36:6 41:15
**lock (2)**
47:5 250:11
**Loeffler (43)**
1:9 3:19 32:6,9,15
42:10 56:6 59:10,23
63:2 64:17 66:2,8
66:17 89:21,24,25
139:15,19 140:12
142:11,20 144:20
144:23 145:11
159:11 183:16
184:24 185:2,4,5
199:6 204:9,20,23
205:3 206:5 207:23
214:21 215:12
253:15,17,21
**long (36)**
9:17,24 12:6,8 25:15
27:22 34:14 38:4
40:23 42:16 46:13
60:13 62:9,14 63:19
65:18 67:13 76:18
85:18 90:4 111:23
113:4 135:12,17
215:5 294:15
324:17 326:4,11
354:2,3,5,8 355:5
355:13 356:3
**longer (7)**
144:6,7 150:11,14
207:19,23 213:17
**long-term (3)**
25:13,14,15
**Lonny (1)**
191:17
**look (20)**
81:15 97:6 98:22

99:21 107:2,4 142:5
193:16 197:2
205:22 206:9
221:20 240:4 248:7
256:15 265:11
337:9 341:10
342:13 343:24
**looked (8)**
109:7 144:14 219:22
223:14 240:2 246:3
246:6 338:25
**looking (6)**
111:10 112:24 234:2
275:24 276:4
293:12
**looks (3)**
103:21 186:23 254:4
**loop (3)**
144:22 204:12 267:11
**lose (1)**
160:8
**loss (1)**
25:22
**lost (1)**
162:5
**lot (33)**
43:25 44:6 46:4,12
51:2 52:8 76:2
110:24 114:21
122:19 127:11,25
128:25 220:13
221:6,14,15 223:9
223:23,24 226:9,14
227:4 234:3 244:22
250:7 253:10
263:22 266:3
267:13 271:18
295:25 323:3
**lousy (1)**
226:12
**loved (1)**
129:11
**luck (1)**
138:3
**Luckily (1)**
208:2
**lunch (2)**
150:23 151:2
**lying (2)**
192:15 311:5
**L-E-E (1)**
16:6

**M**

**Mace (5)**
78:24 79:2,12,15,23
**machine (5)**
87:8,14,16 169:8
224:17

**mail (2)**
137:14 271:16
**main (1)**
224:3
**maintain (4)**
16:15 137:24 263:16
322:4
**maintains (1)**
77:18
**maintenance (1)**
322:10
**majority (4)**
71:13 106:11 197:25
310:7
**maker (1)**
112:2
**making (10)**
33:9 35:18 144:7,23
182:19 201:13
289:3 292:25 293:2
293:10
**males (6)**
241:7 246:15 273:14
276:21 278:2
291:20
**Mallet (2)**
130:18 131:8
**man (4)**
44:4 78:15,17 253:19
**management (1)**
110:8
**manager (3)**
70:24,24 109:14
**Mancada (2)**
152:25 153:21
**manner (6)**
76:25 77:10 109:12
123:2 301:24
330:19
**map (1)**
112:2
**March (6)**
103:16,17 104:20,25
153:11 196:20
**Marissa (2)**
259:21,24
**Marissa's (1)**
259:23
**mark (21)**
6:11 7:9 20:16,23
22:2 28:2 95:5
103:2 141:13 153:3
185:12 196:12
199:16 203:16
206:20 297:12
298:18 335:11
339:15 348:2
350:21
**marked (43)**

6:12 8:19,24 9:5 95:7
95:10,22 103:4,8
104:2,8 141:16,19
153:6,9,15 185:15
186:14,20 196:14
196:19,24 203:18
203:21 206:23
207:11 297:16,19
298:19,23 335:13
335:16,21 339:17
339:21 348:4,7,12
348:25 350:24
351:3,9,10
**Marks (2)**
3:9 58:2
**marriage (1)**
359:11
**married (4)**
190:5,6,7,8
**Mary (5)**
184:8,10 198:14
208:23 334:8
**master (4)**
227:6 259:24 260:2
270:4
**masters (1)**
322:11
**matter (52)**
6:17 8:9:2 16:2,3,23
17:3 18:21 19:9,12
19:15,17,21,23,24
22:6,7,8 32:20,23
33:9 39:11 54:5
55:7 74:20,21,23
133:14 152:20,24
154:3 155:7,11,19
157:22 158:11,15
159:4 162:6 217:21
221:25 236:2
263:17 270:18
297:25 344:16
345:9 346:9,14
353:16,23 359:13
**matters (3)**
32:21 158:13 163:14
**mayor (69)**
1:8,10 18:22 32:5,6,8
32:15 42:9 49:2,4,5
49:6,8,8,10,12
55:21 65:14 66:21
67:22 68:11 74:11
88:21,23 89:5,7,15
89:19,25 104:12
107:8,19 108:3,10
108:16 109:13
111:18 112:8,9,12
112:23 120:15,16
121:6,10,16 129:25
130:18 132:2,3,3,4

132:11 137:18
138:4,5,14 151:23
151:23,24 159:9,11
159:11,12,15
166:15,16 185:10
238:12
**mayor's (1)**
161:16
**meal (3)**
302:11,15 303:2
**mean (54)**
13:19 15:9 30:9 34:12
41:21 57:2 63:11
75:7 83:25 89:24
91:25 96:13 110:17
111:12,23 114:4
115:14 129:10
138:22 140:22,25
161:21 162:16
164:3 171:13
172:22 173:23
178:14 179:18
200:18 209:23
221:16 228:8,18
256:20 262:14
271:25 272:8
273:13 286:15
291:9 296:7 304:8
304:22 306:21,22
306:25 309:7
312:20 314:14,15
329:10 330:7
333:22
**meaning (5)**
28:5 84:10 116:8
121:6 130:25
**means (11)**
25:5,7 26:21 75:12
142:17,20,21
187:16,17 189:23
350:7
**meant (6)**
18:8 36:17 40:7 41:2
46:12 116:20
**medevaced (1)**
276:13
**medical (15)**
24:9,11,13 25:22,24
27:19 61:20 62:3
85:15 86:8 173:8
240:16 254:10,13
293:8
**medication (12)**
24:23 25:2,8 26:11,18
27:12,15 28:17,22
30:18 31:8 286:21
**medications (5)**
23:19,21,24 24:5,15
**medicine (3)**

26:5 27:22 28:11
**medicines (1)**
25:23
**meeting (23)**
48:19 51:8,9 70:16
71:2 121:23 142:2
167:5 220:2 328:10
328:12,15,17,21
329:9,10,17,20
330:22 331:12,18
334:22 343:4
**meetings (9)**
49:17,18,19 77,8,18
199:19 219:9,10
302:5
**members (3)**
139:10 266:9 267:8
**memo (13)**
97:7,17 100:14
103:21 104:20
106:22 112:7
120:10 181:14,20
186:15,20 196:20
**memoranda (1)**
106:9
**memorandum (1)**
196:24
**Memorial (13)**
4:13 35:10,15,17 39:6
39:7 41:16,18 42:3
53:2,11 145:18
333:15
**memory (11)**
25:8,11,13,16,22
27:17 263:24 264:4
286:10,13 341:8
**memos (1)**
106:19
**men (3)**
318:25 319:5 349:17
**mentally (1)**
36:25
**mention (2)**
38:9 335:9
**mentioned (2)**
229:20 280:10
**men's (1)**
229:10
**mere (1)**
294:22
**Mermaid (1)**
131:18
**met (1)**
83:11
**Michael (2)**
57:11 66:23
**microwave (1)**
326:2
**mid (1)**

184:4
**middle (5)**
87:13 122:21,22
234:24 328:15
**midnight (5)**
167:19 168:11 169:9
169:11 252:17
**midnights (5)**
168:10 169:6,19,25
170:6
**Mike (2)**
65:15 68:11
**military (2)**
212:17,18
**Mill (1)**
3:11
**Miller (7)**
89:20 103:15 120:11
120:19 121:16
278:19 279:6
**mind (11)**
37:2,5 49:25 82:14
220:22 233:23
280:6 300:17 305:6
333:19 357:24
**mine (1)**
186:25
**Mineola (1)**
4:6
**Minerva (3)**
184:10 185:19 208:24
**mini (1)**
59:23
**minute (5)**
40:24 43:10 81:4
229:9 326:19
**minutes (8)**
38:5 141:25 199:17
314:20,20 315:3,4
315:11
**missing (2)**
187:2,7
**mistake (8)**
135:20 260:21,24
261:5,13,24 262:8
262:11
**mistress (1)**
133:7
**Mitch (8)**
315:16,17,22,23
316:6,8,10,14
**mode (1)**
319:17
**Moeller (3)**
168:18 307:8 325:21
**mom (1)**
54:22
**moment (1)**

254:2
**Monday (5)**
112:3 126:5 236:7
258:15,19
**monetary (1)**
159:23
**money (3)**
44:7 349:13,15
**months (4)**
107:9 108:13 135:18
208:14
**moot (5)**
161:23 162:3,4,4,9
**morning (29)**
8:3,4 46:23 47:2,2
126:7 130:4 167:20
168:5,11 169:9,12
241:10 244:24
245:4,10 246:20
247:17 253:17,23
253:25 255:7
281:19 282:4,6,6
291:20 296:14,17
**motion (2)**
7:20 142:11
**motions (2)**
7:13 17:21
**motor (1)**
313:8
**motorcycle (2)**
43:6 333:25
**moving (2)**
312:7,10
**MPs (1)**
212:18
**multi (1)**
10:21
**multi-use (1)**
10:21
**municipal (2)**
71:23 159:20
**mystery (2)**
206:25 207:3

_____
**N**
**naive (1)**
163:11
**name (19)**
6:7 8:5 17:6 18:18
115:19 151:13
173:12 176:8,12
184:9 206:9 237:18
237:19 298:2 316:8
349:10 354:12
361:2,4
**named (12)**
152:12,17,23 156:7
156:23 157:13,16
157:21 159:15

161:19 173:11
316:7
**names (20)**
26:8,9 27:24 68:16,17
70:23 71:4 152:16
155:22 156:11
187:11 212:15
214:7 234:16
235:16,23 248:12
248:13 259:10
276:23
**narrow (1)**
166:6
**Nassau (3)**
72:17 176:24 237:13
**Natalie (4)**
1:10 3:19 49:11 56:9
**nature (2)**
18:24 268:13
**neck (1)**
242:22
**need (34)**
7:3,20 20:24 23:10,14
43:12 66:24 69:20
79:16 92:25 111:16
112:15 124:22
128:19 139:24
148:11 173:22
175:21 183:23
187:17 188:3
217:14 227:12,13
228:23,23 231:2
232:18,20 254:13
256:25 304:7
312:18,24
**needed (21)**
48:14 55:4 79:16
82:11 94:19 101:20
129:23 131:2
173:22 196:2 214:7
240:16 250:22
251:9 254:13
271:15 282:25
287:2 293:11
314:11 331:8
**needs (6)**
179:2 180:24 187:13
190:14 191:4
283:23
**negative (1)**
346:13
**neither (1)**
21:6
**never (52)**
14:10,11 15:16 17:25
21:12 37:21 48:20
49:20 55:3 56:4
66:12,17 67:16 81:7
90:2 108:21,25

123:23 132:9
136:25 145:25
150:9,9 152:11
160:16 161:3,8,9
173:19 177:6
193:22,23 200:23
202:21 204:2,7,14
207:7 235:21 242:2
259:20 266:24
279:3 304:2,7,8
323:8,16 329:5
337:22 349:11
352:9
**new (52)**
1:2,18,18 2:2,2,15,15
2:20 3:6,6,12,22 4:6
4:14 6:10 10:14
42:4,5 70:17 72:7
72:11 74:3,6,8
109:7 111:21
121:15 124:7
128:14 129:24
131:20 164:2,3
171:14 172:7
175:16 197:5
198:21 202:20
203:10,13,14
206:13 266:23
287:2,3 298:7
312:11 325:15
341:7 357:25 359:5
**news (1)**
130:16
**Newsday (3)**
34:8,10 35:4
**newspaper (2)**
49:19 155:13
**nice (4)**
46:8,8 130:6 270:13
**night (49)**
78:21 126:7,13,23
127:11 128:2,12,24
128:25 129:3
130:21 165:13
167:23 168:4
194:17,19 230:20
230:23 236:10
245:3,5,21,25 246:7
247:7,14 249:21
250:5,17 260:8,18
261:6 262:13
264:19,22 267:15
267:17,21 274:14
274:17,20 279:24
280:3,8 287:24
296:24 301:22
323:10,13
**nights (4)**
126:6 128:7,23

194:20
**nighttime (1)**
128:20
**nine (2)**
108:13 201:8
**nobody's (1)**
48:21
**nods (1)**
17:20
**Nofi (20)**
1:4 8:9 50:22,23
54:24 80:7 169:15
169:16 177:21
178:4 212:2 226:2
284:10 332:12
338:3 339:6 341:21
342:7 344:6 347:17
**nominated (2)**
85:23,25
**nomination (1)**
86:4
**non-competitive (2)**
44:23 84:4
**non-police (2)**
313:25 352:17
**non-public (1)**
28:5
**Nope (6)**
138:12,16 139:11,13
139:16,18
**normal (7)**
145:21 256:14 278:13
305:7,11 310:16
314:9
**normally (6)**
200:19,22 240:18
243:24 244:24,25
**Notary (2)**
2:19 359:4
**note (15)**
20:3 33:22 47:17
54:15 67:18 110:15
119:22 148:13
186:22 243:25
262:9 269:12
276:20 296:25
340:12
**noted (1)**
358:19
**notes (6)**
234:18 243:20 244:7
244:10 254:20
342:14
**notice (2)**
2:16 33:19
**noticed (1)**
240:4
**notified (1)**
177:3

**Novikoff (297)**
3:23 6:24 7:6,8,12,22
11:13 13:4,11,15
14:7,9 15:8 20:3,8
20:18,23 21:14 22:4
24:18,24 26:6,20
28:13 29:8 33:12,22
35:2 37:7 47:17
48:4 49:4,7 50:4
54:10,15 55:23 56:7
57:10,12,20 58:10
59:22 63:13 64:11
66:15 67:2,7,18
69:3,16 71:10 72:13
73:10 74:24 75:17
78:6 79:13 84:12
87:20,22 90:20 91:4
91:6,8,23 92:15
93:8,21 94:2 95:2
95:13,16 96:15
103:13,20,23
105:24 106:24
110:2,15 111:6
114:2,8 115:6
116:11,15 117:3,8
117:12,17 119:22
125:16,23 127:15
128:8 129:18,20
130:10,17 134:9,21
140:2 143:5,9,11,20
144:3 146:13,17
147:9,21 148:8,13
148:19 149:3,7,13
150:7 155:9,14
157:18 162:7,11
165:25 167:13
168:4,7 170:15,20
171:7,23 172:10,21
174:4 176:6 177:15
178:10,24 179:10
180:13,21 181:9,19
182:15 184:13
186:12,22 187:2,5
188:11 191:25
192:9,16,21 194:8
194:11 196:10,16
197:14 199:21
200:2,6 205:25
206:25 207:3
208:13,15,22 209:4
211:6,15 213:24
217:4,12,16,19
218:6,11,19 225:9
227:22 230:2
234:20,25 235:3
241:2 244:8 245:6
246:12 247:9
249:22,24 250:6,18
251:2,11,22 253:22

253:24 257:14
260:13,19 261:7
262:4,9 263:14
264:12,24 267:23
268:19 269:8,12
270:12,14,19
271:22 272:15
273:5,13,16 275:3
275:13 277:15
278:3,10 285:24
286:17,23 291:8,12
291:25 292:9,19
294:7 295:16
296:11,25 297:13
299:18,21 300:13
301:8 306:4,12,14
307:3,24 308:5
310:14,21 311:20
312:3 313:18,22
314:22,25 315:12
315:25 316:4 320:7
320:16,23 326:21
327:11,15 333:7
334:16 339:4,7,19
339:24 340:5,12,20
342:10,21 345:11
345:23 346:15
348:16,18,22 350:5
350:11 351:24
352:6,18,23 353:12
355:22 356:10
357:5,20 358:5,13
358:16

**Novikoff's (2)**
31:14 164:17

**number (22)**
6:16 113:16 153:11
186:16 196:16,21
197:16 203:24
206:9 207:5,13
208:5 297:13 298:3
329:15,17 335:8,8
335:18 348:14
356:17 357:24

**numbered (4)**
103:10 141:21,22
297:21

**numbers (4)**
103:11 223:15 339:23
351:5

**nurse (2)**
190:22,23

**NYPD (2)**
251:19 260:3

———————————
**O**
———————————

**oath (7)**
5:13 14:18 15:4 18:8
18:10 321:7,9

**object (6)**
26:20 117:7 230:2
250:18 271:22
272:15

**objected (1)**
117:11

**objecting (2)**
110:18 211:16

**objection (181)**
11:13 13:4,11,15 14:9
20:3 21:17 24:18,24
33:12,22 37:7,8
47:17 49:7 50:4
54:10,16 55:23 56:7
59:22 63:13 64:11
66:15 67:2,18 69:16
71:10 72:13 74:24
78:6 79:13 84:12
90:20 91:4,23 92:15
93:8,21 94:2 95:2
96:15 105:24
106:24 110:2,3,15
111:6,7 114:2,3,8,9
115:6,7 116:11,12
117:3,17 119:22
125:16,23 128:8
129:18,19 130:17
134:21 140:2,17
143:5 144:3 146:13
146:14,18 147:21
148:8,13,19 149:3
150:7 155:14
162:11 165:25
167:13 170:21
171:7 172:10,21
174:4 176:6 177:15
178:10,24 179:10
180:13,21 181:9,19
182:15 184:13
191:25 192:16,21
196:10 205:25
208:22 211:6
213:24 217:4
218:19 225:9 241:2
244:8 245:6 246:12
250:6 251:22
257:14,15 260:13
260:19 262:4,9
263:14 264:12,24
267:23 269:8,12
270:12,19 275:3,13
277:15 278:3,10
285:24 286:23
291:8,12,25 292:9
292:19 294:7
295:16 296:11,25
300:13,14 306:4,12
307:3,24 308:5
310:14,21 312:3

315:12 327:11
332:13 333:7 339:4
339:7 342:10,21
345:11,23 346:15
351:24 352:6,18,23
352:24 353:12,13
355:22 357:5,20,21
358:5,7

**objections (3)**
5:7 7:16,23

**obligated (1)**
14:19

**observe (1)**
202:22

**observed (1)**
261:18

**obtaining (1)**
282:14

**obvious (2)**
101:20 240:6

**obviously (7)**
44:10 221:12 225:5
283:13 312:18,23
342:4

**occasion (1)**
82:11

**Ocean (79)**
1:8,11 3:18,19 6:19
10:10,11,14 11:12
15:3 17:10,11 18:4
18:14,23 32:2 33:2
33:10 34:17 49:18
51:23 54:9 56:2
58:8,24 60:22 61:4
63:12 64:10 66:14
73:21,22,25 74:2
82:20 83:8 89:11
131:8,15 134:2
142:2 151:8 152:7
152:25 157:23
159:9 177:14 178:8
179:21 187:22
188:3,7 195:14
208:19 209:12
212:6 216:4,6 257:4
257:9 267:17 273:3
273:10 300:20
301:4,5,11,16
306:18 316:10,12
316:17 337:7 349:4
349:10 351:14
355:25 356:25
361:2

**October (7)**
60:14,17 61:5 62:13
144:11 203:23
207:12

**odd (1)**
268:5

**offended (1)**
298:2

**offense (4)**
302:18,20,21,24

**offensive (1)**
108:4

**offered (1)**
45:9

**offhand (1)**
14:4

**office (22)**
10:23,24 38:21 39:19
57:11 58:18 71:18
107:10 115:12
130:6 183:11 184:6
185:23 186:6
198:12,13 216:18
238:20 285:14,16
334:25 358:14

**officer (136)**
5:12 15:3,6,13,19,22
15:23 41:5,7 54:25
60:19,21 61:4,14,18
62:10,12 69:9,21,24
70:7 72:10,12 73:16
75:12,18 80:7 83:3
83:19,24 84:2,5,7,9
84:10,18 85:7,11,19
86:24 88:5,6 90:5
93:2,7,11 94:21
97:21 99:4 107:15
107:23 111:25
113:8 118:9 133:24
153:23 159:24
165:17,20 168:13
168:25 169:3,12,13
169:21 170:9 172:8
173:11 176:22
177:4 178:20
179:13 180:18,24
185:8 188:3,19
194:6 195:8,13,17
195:23 196:3,8,9
201:11,13 204:21
205:10,17 206:6
220:18,22 223:4
225:11,17,19,20,22
225:24 226:2,25
228:2,4,15 236:16
237:11 238:5
242:19,21 252:2
256:21,24 258:6
263:8,11,23 265:13
265:17 275:23
276:2,5 287:12
290:17,21 291:4,5,7
291:16,17 299:19
303:15 313:4
315:10 324:13

338:17

**officers (147)**
11:20 12:14,17,19
13:6,9 14:2,5 39:20
55:13 60:2,3,8 71:9
71:20 72:5,6 74:4,7
76:3 83:22 101:19
101:23 106:21,23
107:13,16,21 112:3
115:9 117:21 118:5
166:9,11,19 171:6
171:10,13 172:25
173:9,15,22 175:18
176:4,21 177:14,16
178:8,11 181:14
182:12,20 183:8,14
183:19 184:25
186:8 188:9,24
191:12,14 196:7
197:20 200:11,15
201:14 204:10
208:19 209:12
212:6,22 213:21
216:4,10,23 217:3
218:15 219:3 220:3
220:6,20,25 221:3
221:22 222:17,19
222:22,24 236:21
239:24 240:22,24
249:20 250:4,16
256:7 267:21
274:22 279:24
280:14,22 287:24
292:7,17,25 293:5
293:24 294:6 295:5
295:17,18 296:20
300:22,23 301:3,6
301:12,20 302:2
303:18,21 305:13
305:16 308:17
309:13,22 310:13
311:8,18,23 313:9
314:7,10,17,18
315:9 324:25
334:22 342:19
343:9 351:22 352:5
352:17 355:25
356:25 357:3,24

**officer's (1)**
302:11

**offices (1)**
2:14

**official (5)**
1:9,11,13,15 53:24

**officially (1)**
268:10

**officials (2)**
55:20 74:11

**off-duty (8)**

301:2 302:2 308:17
311:23 314:7,10
315:9 352:16
**off-season (1)**
244:23
**oh (23)**
11:16 17:2,25 70:2
81:7 135:13 136:11
144:19,20 145:7,14
160:18 164:19
175:5 176:11 193:9
227:11 253:24
288:2 297:11 324:9
331:20 349:25
**okay (93)**
8:22 11:16 15:20
18:12 20:7 22:14,19
26:18,19,24 30:5,23
31:23 35:9,12 40:19
40:25 41:24 43:7
48:3 51:5 54:15
66:21 68:18 76:9
87:22 98:17 103:20
104:4,5,15,18 105:6
109:24 116:4
117:12,22 126:18
129:23 132:15
142:5 143:19
144:19,20 148:23
149:6,16 155:21
156:22 166:13
168:7 187:25 189:8
189:10,13 200:7
201:19 204:2,5
206:4,11 215:17
226:4 230:19 231:5
231:14 239:13
241:11 246:23
249:4,24 251:11
259:5 264:21 294:4
294:25 295:8 296:7
298:17 299:13,21
314:25 315:7 316:4
316:22 319:4
324:14,17 326:21
341:2,10 351:18
353:3
**old (2)**
4:5 298:8
**older (2)**
301:19 324:16
**once (16)**
37:22 80:20 105:17
130:7 141:9 150:10
150:14 162:5
205:18,20 271:5
287:9,15 290:4
328:5 350:9
**Onderdonk (3)**

194:24,25 195:5
**ones (5)**
102:15 121:12 158:2
158:4 279:23
**one-page (10)**
95:11 141:20 153:10
186:15 196:20
203:22 207:12
297:20 335:17
348:13
**one-sentence (1)**
16:8
**one-strike (1)**
86:22
**ongoing (4)**
163:24 173:18 176:15
215:7
**Online (1)**
353:20
**on-duty (11)**
240:22,24 250:16
267:20 279:23
280:22 292:6,16
293:24 294:6
314:17
**on-premise (1)**
309:2
**On-the-job (1)**
214:22
**open (8)**
12:19 145:20 199:10
226:8 309:14
312:10 316:2
321:21
**opening (1)**
70:4
**operate (1)**
16:12
**opine (3)**
138:17,20,22
**opinion (7)**
138:23,25 162:9,13
201:25 202:2
281:13
**opportunity (5)**
88:8,13,16 114:19
115:15
**opposed (12)**
15:9 66:11 84:4 92:13
124:9 181:7,16
190:10 211:4 213:3
320:21 350:12
**order (10)**
15:24 76:13,18,19
77:9 107:20 128:6
139:25 188:2 293:3
**ordered (5)**
122:25 126:20,24,25
134:16

**orders (1)**
78:2
**ordinance (2)**
79:8,10
**originally (2)**
83:2 237:7
**ounce (1)**
303:7
**outcome (1)**
359:12
**outside (11)**
15:12,18 36:9,11
38:15,16 43:5,5
73:20,24 236:9
**oven (1)**
326:2
**overdose (1)**
307:9
**overly (1)**
303:10
**overnight (1)**
12:25
**overturning (1)**
160:13
**owned (3)**
10:15,16 131:18
**owner (3)**
16:5,11 316:10
**owners (2)**
113:3 324:23
**ownership (1)**
16:12
**O'Brien (2)**
3:9 7:10
**O'Neil (1)**
58:2
**O'Neill (2)**
3:9 7:10
**o0o (1)**
5:17

———————————

**P**

**P (18)**
196:13,21 297:21
335:12,18 348:3
350:23,23 351:5,6
354:13 356:11,13
360:16,21,23,25,25
**packed (1)**
267:3
**page (21)**
103:14,16 104:19
105:11 107:3
120:10 141:25
218:23 298:25
299:3 341:11
351:10,15 360:3,9
361:11,13,15,17,19

361:21
**pages (7)**
104:2 340:3,14,16,19
340:22,25
**paid (8)**
145:9,10,25 146:3
181:23 191:13
195:17 196:8
**pail (1)**
310:10
**paper (5)**
15:10 34:2,7 35:22
305:9
**papers (2)**
161:16,18
**paperwork (9)**
192:8 193:8 234:3
253:6 256:18 257:2
258:9,11 275:10
**parade (4)**
35:15,17,20 42:3
**Paradiso (462)**
1:18 2:13 3:1 4:1 5:1
6:1,2,9,17 7:1 8:1,3
8:12,12,16,19,24,25
9:1,4,5 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1,2,3,5 22:1
23:1 24:1 25:1 26:1
27:1,9 28:1 29:1
30:1 31:1,7 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1,13 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
95:10,11,21,22,25
96:1,2 97:1 98:1
99:1 100:1 101:1
102:1,12 103:1,8,9
103:15,18,25 104:1
104:2,6,9,18,19,21
105:1,9,11,12 106:1
107:1,3 108:1 109:1
110:1 111:1,3 112:1
113:1 114:1 115:1
116:1 117:1 118:1

119:1 120:1,9 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1,22 138:1
139:1 140:1 141:1
141:19,20,24 142:1
143:1,13,17 144:1
145:1 146:1 147:1
148:1 149:1,8 150:1
151:1 152:1 153:1,9
153:9,14,15 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1,12,14
186:15,19,20 187:1
188:1 189:1 190:1
191:1 192:1,10,12
193:1 194:1 195:1
196:1,18,19,23,24
197:1,16 198:1
199:1 200:1 201:1
202:1 203:1,21,22
204:1 205:1 206:1
207:1,10,11,15
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 263:1 264:1
265:1 266:1 267:1
268:1 269:1 270:1
271:1 272:1 273:1
274:1 275:1 276:1
277:1 278:1 279:1

280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
297:19,20,23 298:1
298:23,24 299:1,7,8
300:1,5 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1,5 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
335:16,17,20,21
336:1 337:1 338:1
339:1,21,21 340:1,4
340:8,13,21 341:1
342:1,16 343:1
344:1,25 345:1
346:1 347:1 348:1
348:11,12,24,25
349:1 350:1 351:1,3
351:4,11,15 352:1
353:1 354:1 355:1
356:1 357:1,17
358:1,21 360:8
361:4,24
**paragraph (2)**
107:2 186:24
**park (2)**
55:11 346:23
**parking (1)**
55:11
**part (20)**
109:19 149:18 168:24
169:2 178:16 222:4
235:4 238:8 249:16
275:12,14,15,16
276:11,12 277:12
301:15 319:6
343:13 349:22
**particular (1)**
102:15
**parties (3)**
5:4 28:3 359:11
**party (10)**
16:18 152:6,13
231:16 245:25
262:14 267:2,18
356:7,8
**part-time (8)**
45:3 84:19,21,22 88:5

93:14,16 112:5
**pass (13)**
39:16 55:11 64:7,9,15
86:14,17 88:8
105:18 136:10
139:24 188:3 250:8
**passed (15)**
54:22 62:7 66:24
71:21 85:4 99:8
121:2 123:23 141:4
177:7 182:20 191:7
193:23 196:7
237:19
**passenger (1)**
313:8
**passengers (2)**
312:5 313:5
**password (1)**
287:11
**Pat (19)**
56:13,15 176:17,18
176:18 237:9
265:10 269:2,4,7,14
269:25,25 270:17
277:20 278:6 291:2
291:3,4
**patches (2)**
298:6,7
**patrol (1)**
324:21
**patrolled (1)**
224:12
**Paul (3)**
88:24 107:8 111:24
**pay (5)**
51:22 91:19 145:5
160:5 162:14
**payroll (7)**
144:11,14,14 173:5,6
175:17 208:24
**PBA (7)**
51:20,21,23 160:2
349:7,10,14
**PD (1)**
195:8
**pen (2)**
115:11,12
**pending (6)**
19:21 96:21 233:5,22
239:3 243:4
**penmanship (3)**
80:11 226:17,23
**people (110)**
28:5 48:22 49:15,18
68:16 70:13,21 71:8
79:6 107:15,20
109:3,20 117:19
118:3 121:5 131:2
133:15 145:18

167:3,22 173:20,24
177:2 213:23
218:21 220:10,23
221:6,12,18,24
222:9,12,15 223:16
223:21 224:21,24
225:4 226:7,8,10
231:18 233:6,8
234:5,11,17 235:11
235:17 237:7,14,16
238:11,23 244:22
246:15 247:11,15
247:21 248:8,14
254:13 255:21
258:3 259:10,12
263:15,18,25
265:12 266:3,6,25
267:4,13,20 268:2,4
268:7,13,14 271:8
271:16,18 272:9,25
273:9 277:21 278:8
283:11,12 284:19
285:10 290:8
291:19 292:4
294:14,17,22 295:7
309:10,14,15 310:5
324:19 332:19
339:11 352:15
**people's (2)**
26:7,9
**perceived (2)**
114:7 226:20
**percentage (1)**
159:22
**perception (1)**
263:13
**Perfect (1)**
7:24
**perform (1)**
219:5
**performance (5)**
216:3 218:25 219:6
226:24 344:6
**period (14)**
25:16 91:2 118:7
126:19 143:6,11
145:6 146:23
147:13 149:8,17
182:25 191:11
321:12
**person (29)**
36:4 50:25 57:4 73:17
79:17 83:4 101:17
108:23 116:14
174:5 175:9 182:19
225:14 232:8
241:12 254:23,25
261:3 263:15,20
264:17 265:15

266:3 275:19,25
293:7,10 324:19
338:14
**personal (4)**
108:17 338:21 356:4
356:24
**personality (2)**
117:21 226:7
**personally (3)**
107:25 108:22 311:4
**personnel (2)**
153:24 341:16
**person's (2)**
17:5 289:6
**per-page (1)**
162:23
**Peterson (8)**
18:3,13,19 22:6 32:20
32:23 152:5 158:5
**Petrowsky (1)**
115:20
**phone (26)**
30:7 40:3,5,10,20,23
41:5,8 57:4 113:10
113:11 145:23
185:19,22 230:22
238:22 252:19
254:24 255:22
306:11 333:9,14
338:3,4,12 341:9
**photocopy (2)**
298:19 360:20
**phrase (1)**
22:17
**physical (10)**
61:19 62:3 85:15 86:8
86:23 190:19 191:4
191:5 195:11 203:6
**physically (1)**
107:19
**pick (3)**
113:11 253:18 358:13
**picked (3)**
232:8 357:23 358:8
**picks (1)**
236:24
**picture (7)**
111:11 232:9 239:22
240:5 241:13,16
305:9
**piece (7)**
15:10 44:13 249:16
282:17,22 295:12
305:9
**pinpoint (1)**
26:12
**place (58)**
8:18 13:22 37:10
79:17 92:10 118:2

127:8,22 129:16,22
130:9 144:5 155:6
212:22 230:24
231:17 233:11
234:10 235:10
236:4 249:10,12,17
252:4 256:3,4,5
258:4 261:17
262:13 263:17
265:19 266:10,16
266:21 267:5,11
268:10 273:18
274:11 282:15
283:15 291:14,15
292:21 293:5,14
294:9 296:2,15
303:15 304:11
305:7 307:6,11
331:2 338:22 356:9
**placed (16)**
8:23 95:9 103:7
141:18 153:8
170:22 186:13
196:18 203:20
207:10 297:18
298:22 335:15
339:20 348:11
351:2
**places (4)**
47:8 313:16,19 350:9
**plage (1)**
14:15
**plaintiff (8)**
18:18 158:10,14,17
159:5 163:13,22
331:24
**plaintiffs (47)**
1:5 3:4 7:5 8:7 33:9
35:18 42:18 46:15
46:18 47:15 55:14
58:2,10 74:20,23
76:11 78:12 80:5,6
80:18 82:12,17
93:24,25 309:3
313:14,18,20 314:5
327:14 329:24
330:11 334:17,18
344:15 345:4,9
346:9,14 351:22
352:4,13 353:16,22
355:9,12 357:18
**Plaintiff's (16)**
6:13 95:7 103:5
141:16 153:6
185:15 196:14
203:18 206:23
297:16 298:20
335:13 339:17
348:4,7 350:24

**plan (2)**
253:2 270:25
**planning (4)**
100:19 245:11 329:12
329:17
**play (1)**
28:24
**playing (1)**
224:21
**Plaza (1)**
3:21
**plea (1)**
272:23
**please (14)**
6:7,22 99:23 103:3
115:12 129:11
141:14 153:4
185:13 206:21
235:3 303:17
335:11 354:20
**pled (5)**
272:12,18,18,19
290:15
**plugged (1)**
326:2
**plumber (9)**
114:12,13,15,17
115:15,23 116:6,23
117:16
**plumbers (1)**
114:11
**plumber's (1)**
115:19
**pocket (2)**
222:14 341:8
**point (51)**
11:22 46:17 68:18
69:5 70:11 76:13
79:22 82:19 85:13
89:16,22 100:18,25
105:15 107:11
125:18 126:9,12
136:2,9 143:22
148:24 149:21
161:23 162:3
181:17,17 182:3
191:14 193:25
204:14 212:4,14,21
221:13 227:16
250:3 255:11
287:11 289:25
300:21 316:18
329:13 330:14
336:6,10,22 341:21
341:23 342:5
349:19
**pointed (2)**
241:13,15
**pointing (2)**

140:15 197:15
**poised (1)**
112:16
**Pokoik (1)**
16:6
**police (345)**
1:11,12,13 3:20 10:24
11:20 12:14,17,19
15:3,6,12,18,22,23
16:5 33:11 36:8,9
38:9,13,19,23 39:2
53:5,9,13 54:25
55:13 59:5,6,11,18
59:21,25 60:2,3,4,8
60:12,14,18,20,21
61:4,14,18 62:10,12
64:2,4,10 65:21
66:14 67:17,20,25
68:3,4,9 69:2,7,25
71:9,16,17,19,21,24
72:5,6,10,12,16
73:21 74:2,4,5,7,9
74:11,12,13,14,15
74:17,18 75:4,5,10
75:25 76:3,14 77:16
77:18,22 83:3,6,8
83:18,21,24 84:2,7
84:9,9,15,18 85:11
85:14,18 86:24 88:5
88:6 89:5,7,10,12
89:17,22 90:2,5
92:3,25 93:7,11,13
107:10,15,16,20,23
108:9,12 109:8
111:15,24,25
112:17 113:2,5,6,18
113:19 115:9
124:14 127:9,23
130:2 131:3 137:25
142:7,12,25 144:6,8
145:22 150:3,6,6,10
150:17 151:8 152:3
152:9,11,25 154:8
154:22 155:2
156:23 157:14,15
160:16,19 161:3,15
161:17,19 165:23
167:6,8 171:5,10,12
172:8,15,25 176:22
177:4 178:8,12
180:18 183:8 185:8
188:2,9,18,21,24,24
191:13 194:3,6
195:8,13,17,23
196:2,8,9 201:6,10
201:13,18 202:7
204:10,14,21
205:10,17 206:6

208:19 212:11,20
212:22 213:21
214:4 216:4 220:3,6
220:17 222:5,7,8
223:3,22 224:2
225:11,17,18,20,21
225:24 226:2,6,25
228:2,4,15,25
230:19 231:21
232:4,14,18 235:24
236:16,20 237:10
238:5 239:23
242:21 243:19
249:13 252:4 255:3
255:16 256:21,24
257:5,13 263:8,11
263:11,23 268:14
273:3,11 275:23
276:2,4 290:21
291:4 292:16,22,24
294:4,11,13 299:11
299:19,25 301:6,12
302:5 304:12,25
305:3,10 306:10
307:19 308:16
309:10,12,16,21,22
311:8,24 313:5,9
314:17 315:9 318:7
321:25 324:13,18
324:25 329:9
336:23 338:6,8,10
338:11,14,16 339:3
340:9 341:4 342:19
343:9 345:17
346:21 347:6 349:4
352:17 355:25
356:25 357:3,24
**policemen (1)**
109:13
**police's (1)**
108:6
**policies (3)**
304:4 311:7 313:11
**policy (16)**
73:17 86:22 300:20
300:24 301:17,18
304:6,8,8,21 311:11
311:14,15,25
312:19,24
**Politics (4)**
354:3,5,8 355:13
**Politics.com (2)**
355:5 356:3
**polygraph (19)**
61:23 174:8,9,15
187:13 188:4,10,20
189:6 190:19
193:23 200:16
201:21 202:8,18

203:7,7,9,11
**polygraphs (4)**
187:18 198:3 202:24
203:3
**polygraph/physical ...**
190:15
**pool (18)**
17:9 212:23 214:7
232:2,3,10 233:16
236:25 239:20
241:12,19 254:5
268:18,24 280:3,6,7
280:10
**poor (3)**
46:9 113:13 342:19
**pop (1)**
310:8
**popped (1)**
175:19
**porch (1)**
43:14
**portion (7)**
20:17 127:17 147:11
218:12 235:7 251:5
273:7
**portions (3)**
85:11 164:20 223:25
**pose (1)**
28:9
**posed (1)**
14:10
**position (42)**
28:16 30:10 53:3 59:3
59:9 60:16 62:9,11
62:18,21 63:7,17,19
65:18,24 67:16 70:3
70:6,8 75:9 82:25
84:11,23 85:17,23
85:24 87:12 89:15
92:3,6 108:10 109:6
138:18 139:7 140:5
142:14,18 265:7,16
338:25 344:14
345:17
**positions (1)**
84:15
**positive (3)**
50:2 347:10,19
**possible (14)**
29:16 78:4,7 108:11
145:3 184:11
235:24 320:4,18,24
320:25 342:7
352:20 353:2
**possibly (3)**
27:24 29:19 264:4
**post (18)**
10:23 119:19,24,25
120:3,4 122:11

133:7 353:15,17
354:7,12,21,22
355:4,8,11 356:19
**posted (5)**
122:14 355:16,18
356:2 357:3
**posting (1)**
356:25
**posts (3)**
354:17 356:20,22
**postulate (1)**
142:22
**postulating (1)**
331:10
**potential (7)**
71:14 97:16 102:10
344:14,20,23 345:9
**potentially (1)**
31:10
**pounding (1)**
237:21
**pounds (1)**
190:13
**power (4)**
129:25 142:13,17,23
**practical (1)**
319:16
**practice (3)**
157:17 245:8 291:11
**pranks (1)**
323:5
**prefer (2)**
8:14 226:21
**preference (1)**
7:14
**prepackaged (1)**
322:2
**prepare (4)**
163:16 164:12 216:3
298:25
**prepared (3)**
280:22,23 342:2
**preparing (1)**
52:16
**present (5)**
4:7,15,17 10:6 54:12
**presentation (3)**
122:2,8 272:14
**presented (1)**
237:17
**presently (1)**
23:18
**preserved (2)**
7:20,22
**press (3)**
242:25 243:8 291:21
**pressing (1)**
238:10

**pressure (1)**
37:3
**pretty (7)**
151:24 227:22 270:8
273:17 290:12
324:22 330:16
**previously (1)**
176:4
**pre-polygraph (4)**
200:15 201:3 202:5
202:16
**print (1)**
162:22
**printed (3)**
162:15,17,18
**printing (1)**
162:19
**prior (32)**
9:5 16:21 57:19 62:22
71:12 83:7 94:12,16
97:17 100:21,22
127:6,19 134:7,8,9
134:12,12,14
137:19 138:9
146:24 147:10,14
148:25 149:20,22
151:6 173:9 195:15
200:15 327:23
**Prisco (2)**
152:20,21
**prisoner (1)**
325:21
**probably (25)**
37:9 63:21 105:3,13
107:8 109:17
120:21 157:14
199:11 218:24
264:6,19 267:10
269:19 276:25
279:20 281:19
288:7 294:16,19
318:2 323:6,19,21
324:11
**problem (29)**
44:17 76:21 77:19
80:23 87:9 92:4
113:12 114:11
117:23 155:23
166:20,22,25 167:2
181:4 182:11
184:18 191:24
192:2,24 227:2
303:13 306:22
308:9 325:19 326:9
326:10 329:5 353:9
**problematic (1)**
107:18
**problems (10)**
106:20,21,23 111:18

111:22 118:8
226:19,24 228:14
228:24
**procedure (3)**
72:22 90:12 293:22
**proceed (1)**
243:9
**proceeded (1)**
108:4
**proceeding (5)**
15:4,17 17:15 18:9
19:12
**proceedings (5)**
15:21 18:11 22:9
359:1 360:1
**process (25)**
42:8 45:14 58:21
72:21,24 87:7 171:8
176:14 183:23
189:25 195:12
197:24 198:2,19,25
202:20 203:5,10
212:10 215:7
259:11 270:21
282:14 283:6,7
**processed (1)**
275:10
**produced (1)**
187:4
**production (1)**
199:17
**professional (2)**
2:17 330:19
**program (3)**
201:13,23,24
**promote (2)**
138:11 150:13
**promoted (14)**
62:19,25 64:3,6 65:20
65:24 66:10,22
136:3,8,11,12
137:13 138:2
**promoting (1)**
67:11
**promotion (18)**
87:13 104:13 138:10
138:15 139:6,9
141:11 143:25
146:20,24 147:14
148:18,25 149:10
149:23 150:20
151:7 346:18
**promotional (2)**
100:19 106:14
**promotions (2)**
106:18 150:2
**proof (1)**
209:15
**proper (4)**

192:8 221:5 293:8
339:10
**properly (1)**
108:18
**property (6)**
10:15 16:6,11,14
283:12 316:10
**proposal (6)**
97:22 98:3,4,6,8
101:3
**propose (1)**
70:20
**proposed (1)**
30:13
**prosecution (1)**
285:10
**protect (3)**
282:25 283:11,23
**protected (3)**
159:21 160:21 287:11
**protecting (3)**
283:6,11,12
**protection (3)**
28:6 91:24 283:14
**protections (1)**
92:20
**protects (1)**
160:22
**Prove (1)**
14:7
**proven (1)**
162:4
**provide (4)**
32:2 285:11 344:19
345:3
**provided (3)**
32:18,22 202:18
**providing (2)**
164:22 221:23
**provisional (16)**
94:6 96:7,13,18 97:2
97:16,23 99:13
121:21 123:9,18
124:5,9,24 136:3,6
**prudent (1)**
287:15
**psych (2)**
85:15 176:8
**psychological (6)**
62:2,4 86:9 173:8
203:6 300:16
**psychology (1)**
176:8
**Publi (1)**
359:4
**public (9)**
2:19 178:8,22 179:8
221:10 329:20

335:9 339:9 343:4
**Pugliese (4)**
88:24 107:8 111:18
111:24
**pull (3)**
222:14 233:15 237:24
**pulled (2)**
195:11 322:21
**pulling (1)**
323:5
**punctuality (1)**
344:5
**purporting (1)**
103:18
**purpose (1)**
222:18
**pursuant (1)**
2:16
**push (1)**
237:2
**pushed (4)**
236:21 242:11 263:9
275:24
**put (42)**
24:12 26:13 30:9 51:2
59:23 71:23 72:2,7
72:23 74:11 81:17
83:5 86:2 98:18
100:6 109:6 112:4
115:12 119:5,18,24
127:8,22 133:3
151:19 156:5 179:3
181:13 220:10,11
237:14 298:7
318:14,15,16,19,21
323:7 337:2 349:24
356:5,13
**puts (1)**
81:4
**putting (5)**
20:9 46:4 181:5
182:12 222:18
**P-O-K-O-I-K (1)**
16:6
**P.C (1)**
3:9
**p.m (1)**
358:19

_____
**Q**
_____

**quadriceps (1)**
87:12
**qualifications (1)**
197:6
**qualified (2)**
138:18,21
**quasi (1)**
107:14

**question (85)**
5:8 12:23 18:5 22:13
22:21 23:6,10,11
24:14 28:9 29:14
35:3 47:18 51:25
52:25 57:12 67:19
73:23 79:3 81:21
85:6 100:20 110:18
110:19 116:3,7,17
116:18 117:2,7,9,14
120:6 122:10
129:21 134:9 136:7
143:18,21 147:10
149:19 151:10
155:10,15,17
160:24 174:3,16
175:16 200:7 208:4
209:25 212:25
215:21 218:10
226:22 230:4,6,7
234:24 235:6 251:4
258:7 262:20
268:20 270:23
271:23 272:16
273:6 276:7,7 278:4
278:4,16 281:9
283:17 314:22,24
315:7 320:16
350:11,15 351:8
352:7,25
**questioning (2)**
82:9 201:20
**questionnaire (5)**
200:15 201:4,17
202:5,16
**questions (22)**
14:13,16 23:3 28:18
29:2 31:14 99:2
117:4 208:3 217:25
218:2 242:18,24
264:6 278:22
286:12,14 340:17
340:19,24 351:20
358:11
**quick (2)**
111:10 324:22
**quickly (2)**
235:24 351:18
**quiet (1)**
130:6
**quit (1)**
190:2
**quite (3)**
12:7 108:3 321:12
**quotas (2)**
220:17,18

_____
**R**
_____

**R (1)**

359:2
**racing (1)**
236:22
**radio (16)**
107:12 177:10,14,16
177:17,19 178:9,11
178:16,21 179:2,7
179:17,23 180:12
307:16
**Radler (5)**
3:16 7:8 57:7,9,10
**railroad (1)**
265:12
**rain (2)**
144:9,10
**raise (10)**
104:11 135:6 159:19
159:22,23 326:15
352:22 353:7,10,14
**raised (6)**
55:17 94:8,10 119:11
119:21 352:9
**raises (1)**
159:21
**ran (5)**
34:14 69:18 205:4
242:10 278:12
**random (1)**
324:21
**ranger (1)**
346:24
**rank (2)**
92:5,11
**ranking (1)**
161:11
**ranks (1)**
151:8
**rant (1)**
353:20
**rapport (1)**
294:14
**rat (8)**
210:15,18,25 211:4,9
211:12,23 212:2
**rate (1)**
343:25
**ray (1)**
341:7
**reach (3)**
26:15 338:10,11
**reached (1)**
296:20
**react (1)**
255:24
**reaction (6)**
34:9 286:3,6,9 317:7
328:25
**read (31)**

33:25 34:7,9,15 35:4
35:21 54:4 80:9,12
80:13 127:15,18
147:9,12 218:13
235:4,8 251:3,6
262:23 263:4 273:6
273:8 279:18,23
281:7 286:4 290:10
340:16 353:21,25
**reading (12)**
97:18 142:22 148:20
206:7 279:21
340:10,15,22
348:10,21 349:23
356:15
**reads (1)**
160:18
**ready (8)**
4:2 19:19 58:5 102:2
108:8,9 163:4
329:13
**real (1)**
306:22
**realism (1)**
222:11
**realized (2)**
108:16 144:21
**really (54)**
12:11 36:25 37:15,18
39:23,25 40:8 43:11
43:12,15,18 45:5
52:8 81:4 108:19,24
111:10 118:2
143:21 160:19
183:18 202:20,22
202:23 204:15
231:2,4 232:19
234:5,9 235:9
238:13,14 254:9
261:9 263:19
264:16 271:24
282:11 284:21,22
286:12,14 289:12
329:15 330:9,18,25
330:25 333:8,18,23
335:7,9
**Realtime (1)**
2:18
**rear-end (1)**
154:6
**reason (35)**
31:9 48:8,12,12 102:2
130:20 192:15
193:6 212:19 244:6
244:9 269:11
273:19 280:6
287:18 301:19
322:5 329:19
330:10 331:9 335:7

336:13,15,19
341:12 342:8,9
346:17 361:6,11,13
361:15,17,19,21
**reasonable (1)**
76:19
**reasons (13)**
47:11,14 50:11,15,23
127:4 221:5 331:23
333:6 337:16
339:12,14 343:17
**recall (162)**
19:18 20:11 22:10
25:18 26:17 27:12
29:11,19,25 30:19
34:3,5 37:12,13,15
37:25 38:3 39:5
40:11 41:7 43:8
46:16 50:9,12,18,19
50:20 51:3,6 52:2
52:23 55:19 56:17
56:20 58:12 64:25
68:15,17 82:18,22
83:11 88:11,21
94:14 95:21 97:15
97:20 98:9 101:14
101:24 102:9,16,22
104:24 105:2,8,14
106:18,25 118:21
119:13 120:8 122:4
122:5,14,24 123:4
125:17 152:16,24
153:14,23 157:4,25
170:11 177:23
178:6 180:14,15,16
181:11,20 182:17
184:19 185:23
186:3,7,10,11,19
193:10,11,13
196:23 198:15
204:6 214:12 236:6
241:6 244:11
246:16 247:16
248:24 250:20
251:7 252:19
253:10 254:7
255:13,15,20
258:14 265:4 272:5
273:24 278:13
279:7,20,25 281:2
281:12,18,21 282:7
282:9 286:2,3,5,8
287:4,5 288:7,18,21
289:3,17 295:21
299:10,24 302:3,8
302:10 304:2 307:4
307:17 310:3
322:12 323:20,25
330:2 332:10 336:3

338:7,8,13 341:20
345:2 346:19
347:18 350:4
351:21 354:16
**recalling (1)**
286:22
**recanted (1)**
208:5
**receive (10)**
9:4 88:10 106:8,22
121:19 185:25
207:15 214:19
216:6,15
**received (15)**
100:10,13 102:21
104:24 105:2
123:19 124:3,4
150:2 185:18 204:2
204:7 207:7 214:9
338:12
**receiving (12)**
95:21 97:17 106:18
138:13 143:25
153:14 186:7,10,11
186:19 196:23
204:6
**recess (1)**
23:15
**recognize (5)**
103:25 205:23 206:2
335:20,23
**recollect (2)**
143:13 234:5
**recollection (8)**
102:19 153:18 184:22
331:19 337:20
340:9 341:3,5
**recommend (1)**
338:24
**recommendation (11)**
54:25 55:2 90:15,17
94:16 337:24
345:15,19,22 346:4
347:10
**recommendations (2)**
44:18 45:9
**recommended (2)**
70:5,8
**recommending (1)**
226:5
**record (42)**
6:8 20:9 27:3,5,7,10
28:13 30:25 31:3,5
81:24 82:2,4,6
103:13 116:25
148:23 150:25
151:4 186:23
197:14 199:16
217:23 229:13,15

229:17 279:10,12
279:14 326:23,25
327:3 340:13
347:21,23,25
357:11,13,15
358:18 359:8 361:7
**records (2)**
325:8,9
**recover (1)**
144:25
**recovery (2)**
138:3 329:14
**rectify (1)**
184:17
**reduce (2)**
92:4,5
**reductions (1)**
336:10
**refer (9)**
33:13 211:3,8,11,23
211:25 282:16,21
297:5
**reference (9)**
204:11 230:6 340:4
340:14 346:8,13,16
347:8,19
**references (5)**
339:25 344:19,22
345:4,8
**referred (1)**
218:12
**referring (18)**
37:5,6 96:17 97:12
99:2 107:6 110:14
163:2 175:13 180:4
189:19 197:11,13
197:20 207:21
230:18 319:5,8
**refers (2)**
85:6 342:23
**reflect (3)**
181:15 197:14 289:2
**refresh (7)**
153:17 184:21 331:18
337:20 340:8 341:3
341:5
**refuse (1)**
309:25
**refused (5)**
76:16 249:5,6 319:17
330:10
**regard (3)**
106:12 197:4,5
**regarding (2)**
97:23 300:22
**regardless (1)**
30:12
**regards (2)**
38:22 289:9

register (2)
74:3,9
Registered (1)
2:17
registry (2)
74:3,6
regular (1)
6:24
regularly (1)
106:8
regulations (1)
254:11
rein (1)
128:13
reining (1)
131:25
reinstated (1)
239:6
rejected (1)
33:6
related (5)
174:6 190:3 259:21
337:18 359:10
relation (2)
75:9 282:8
relationship (5)
84:8 294:18 295:3,6
324:24
relax (1)
236:20
relayed (1)
342:5
relevance (1)
7:16
relevant (2)
260:16,20
relied (1)
295:22
relief (2)
182:2,8
relieve (3)
305:24 306:2,5
reluctant (1)
230:23
rely (1)
295:3
remain (1)
137:24
remainder (1)
290:4
remained (1)
137:3
remember (83)
12:8 17:5 26:2 29:16
29:17 37:21 50:16
89:4 97:13 98:10
102:15 106:5,6
114:10 123:6,7

151:12 155:22
157:2,7,9 158:8,9
168:17 173:12
179:20 204:12
206:4 209:13,13
234:9,12,16 235:9
235:13,16,22
237:19 240:13
242:5 244:16
248:12,13 252:23
253:13 257:20
258:21 259:8
260:14,25 263:6
275:5,19 276:16,22
277:2,19 280:5
281:5,11,25 286:16
289:21,24 296:2
305:21 307:13
313:2 321:10 325:6
331:20 332:8,22
336:5 337:12,13
341:8 342:11
344:17 345:18
346:22 351:12,17
remembering (3)
26:4,7,10
remembers (1)
26:6
removed (1)
325:14
rent (1)
113:4
rep (1)
189:5
repeat (5)
22:13,18 100:12
149:18 251:4
rephrase (2)
22:14,18
reply (1)
21:13
report (19)
59:8 155:13 213:7,8
213:10 253:11,12
258:10,12 260:4
271:11,20,25
282:17 354:4,8
355:5,13 356:3
reported (8)
1:24 63:17 67:21
123:10,13,17
141:11 239:8
reporter (12)
2:17,18,19 6:6,22
17:22 127:18
147:12 218:13
235:8 251:6 273:8
reports (3)
107:12 292:25 332:3

represent (6)
21:2,3,4 164:20 193:5
331:17
representation (1)
21:12
representatives (1)
58:20
represented (4)
19:14 21:8 31:15
165:3
represents (2)
8:7 57:9
request (20)
32:16 33:3,6 76:22
94:4 98:10,12 100:4
100:5,10 101:2
102:5,11,12,21
104:8 105:5 120:20
120:23 199:17
requested (8)
21:11 127:17 139:6
147:11 195:15
235:7 251:5 273:7
requesting (1)
32:2
requests (3)
76:24 106:14 107:13
require (3)
173:14,15 304:20
required (11)
64:9 66:13 85:10
173:6 182:20 188:9
188:20 197:6
313:16 314:6 315:9
requirement (3)
203:10 219:5 220:19
requiring (1)
183:15
rescue (1)
276:3
reserved (1)
5:8
residence (11)
10:9,11,13 12:21,24
13:7,10,17,23 14:3
14:6
residents (2)
58:8 145:20
resigned (2)
189:23 190:10
resolve (2)
117:22 156:13
resolved (3)
19:24 154:19 204:18
resort (2)
222:8 223:20
resources (1)
214:4

respect (19)
27:11 32:16 80:17
118:10 138:10
165:23 186:2
198:16 199:24
200:10 214:9 220:9
301:2 304:4 311:7
347:13 353:16
355:9,12
respective (1)
5:3
respond (5)
107:13 177:22 178:5
179:24 180:18
responded (3)
37:25 133:24 256:7
responding (1)
267:9
response (15)
9:14 31:13 32:8,11
36:15 48:11 77:12
88:10 101:5 116:7
119:3,10,20 230:4
356:5
responsibilities (1)
90:24
responsible (1)
182:19
rest (4)
52:11 84:18 101:16
239:4
restaurant (1)
301:22
restrictions (1)
336:8
restructure (1)
116:16
result (1)
14:21
resulted (1)
349:11
resume (1)
108:15
resumes (1)
71:4
retain (1)
172:8
retained (1)
150:11
retainer (1)
160:4
retaliate (4)
113:25 114:4,18
115:9
retaliation (1)
115:3
retaliatory (4)
116:8,14,20,21

retest (1)
87:2
retire (5)
53:19 172:7 205:18
205:19 329:14
retired (18)
66:4,5 67:15 68:20
69:6 171:11 172:3
176:25 195:24
205:12,13,15,16,18
205:20 212:23
215:8 324:7
retirement (8)
53:17,20 150:12,15
161:16,18 163:23
164:4
retiring (3)
172:12,13 212:23
returnees (1)
197:5
reverse (1)
15:24
review (7)
164:14 214:13 280:21
285:22 286:7 288:6
300:16
reviewed (6)
215:25 253:6,7,9
258:10,11
revise (2)
287:6,8
revising (1)
287:16
RexCorp (1)
3:21
re-ran (1)
159:14
Rich (2)
173:10 317:14
Richard (12)
56:22 167:11 170:12
187:10 229:21
239:22 240:2
279:25 293:18,25
294:2 319:5
Richie (10)
167:14 229:8 240:9
250:21 251:8,14
292:22 294:12
295:12,19
ride (1)
79:8
ridiculous (3)
298:11 300:19 354:20
riding (3)
78:21 221:12,14
right (67)
9:10,16 16:19 20:15
20:15 29:7,8 36:8

41:4 72:16,17 76:5
76:8 98:15 99:18
103:19,22 105:5
109:21 116:24
118:25 134:18
137:6,8 141:2 151:9
156:4 158:6,7
169:14,20,23
170:10 171:18
172:6 174:2 177:5
191:22 193:2
197:22 227:20
229:22,25 230:9,16
243:19 255:3
258:17 259:4
266:18 286:18
293:12 295:11,15
296:19,21 298:3
310:9 312:16,25
313:23 328:15
336:25 340:20
341:19 343:23
353:21
**ring (1)**
276:23
**Rivkin (5)**
3:16 7:8 57:7,9,10
**Road (7)**
3:11 4:5 6:9 9:12,18
10:4,7
**Robert (1)**
70:5
**rock (1)**
282:3
**rocket (2)**
308:13,15
**Rogers (15)**
3:19 18:22 49:11 56:9
89:19 120:15,16
130:18 132:3,3,11
138:5,14 159:11,12
**role (14)**
15:12 62:15 88:7
94:20,22 98:23
99:14 107:10 143:2
144:2,5 170:14
213:2 256:17
**roll (1)**
79:21
**rookie (1)**
269:18
**room (5)**
11:21 12:2,6,10
229:10
**rope (2)**
156:5 158:8
**rough (1)**
331:7
**round (4)**

42:8 213:22,25 214:2
**routine (1)**
332:18
**row (1)**
119:20
**RPR (3)**
1:24 359:4,18
**rule (2)**
181:22 189:2
**rules (5)**
7:15 14:14 17:18
22:12 131:20
**ruling (2)**
22:3 27:25
**rumor (2)**
209:16 210:20
**run (5)**
112:17,25 159:14
176:12,14
**running (6)**
80:25 113:18 145:18
195:11 222:7,8

_____

**S**

**S (1)**
3:7
**safe (1)**
38:23
**safeguarded (1)**
293:8
**safety (3)**
178:8,23 179:9
**salad (1)**
17:8
**Sam (1)**
152:17
**Sanchez (2)**
1:14 175:2
**sanction (1)**
14:22
**sat (3)**
43:14 201:20 215:16
**satisfied (2)**
79:5 119:14
**save (1)**
9:25
**saved (1)**
238:18
**saw (21)**
3:11 38:17 49:21 55:6
200:23 237:24
261:12,18,21 267:5
267:14 268:8,12,12
279:3,5 295:21
304:7 316:24 317:7
325:7
**saying (17)**
28:25 98:2 175:19

187:6 188:12
194:11 206:14
223:18 224:22
233:13,14 236:15
275:25 299:3
303:16 304:9
305:21
**says (32)**
91:18 96:7 97:7,21
98:5,23 99:22
100:18 107:3 142:6
142:10,11 160:21
187:10,13 189:15
189:22 190:14
191:4,22 192:24
197:3 207:19,22
298:25 299:3
341:12,16 342:16
343:8,17,25
**scale (1)**
91:19
**scandal (2)**
127:8,22
**scene (4)**
101:16 128:12 251:20
290:23
**schedule (6)**
111:21,22 112:14,24
164:18 245:24
**scheduled (7)**
193:25 198:22 244:25
246:5,8 252:9 303:8
**schedules (2)**
69:9 111:25
**scheduling (3)**
111:19 113:14 118:4
**school (10)**
52:14 64:22 65:3
93:16,17 132:20,21
133:4,23 190:22
**Schwartz (5)**
354:4,7 355:4,13
356:2
**Scott (1)**
130:18
**screw (1)**
114:18
**sealing (1)**
5:4
**search (1)**
296:4
**season (11)**
70:17,21 80:25 113:2
123:5 145:17 182:2
197:4 327:7,8 337:7
**seasonal (18)**
75:24 83:3,24 84:2,7
84:9,19,20 85:7,17
85:18 88:5 93:14

112:4 201:6,10,12
213:21
**seasonals (2)**
85:10 145:16
**second (29)**
26:24 40:19 63:15
68:12 70:7 85:22
98:21 99:5 100:5
102:5,12,21 103:16
104:19 105:11
107:2,3 108:7
134:19 135:19,20
142:10 160:8 166:7
197:3 206:7 314:24
320:20 340:10
**Secondly (1)**
298:6
**seconds (1)**
357:8
**section (4)**
142:5 202:9 203:8
343:24
**security (1)**
132:20
**see (67)**
9:19 42:6 45:14 48:17
68:16 76:6 95:24
96:3,9 97:9,24
99:24 104:22 113:5
113:6,7,7,8 128:11
131:2,4 142:8,15
171:3 187:11,14
189:17 190:16
191:2 192:23
193:17 197:8
202:11 209:15
211:3,8,11,23,25
218:8,10 221:25
223:20 230:7 248:9
262:25 263:2 264:4
264:7,8 266:6,6
320:24 322:13,13
324:10 337:10
338:2 341:13,18
342:20,22 343:11
343:19 344:4,7
351:9
**seeing (1)**
299:10
**seek (2)**
69:23 70:10
**seen (11)**
141:24 145:4 146:3
207:18 208:7
259:13 266:25
289:7 297:23 299:7
348:24
**selected (2)**
357:18 358:4

**sell (3)**
308:18,21,23
**send (5)**
162:21 192:7 208:11
224:13 291:6
**sending (2)**
120:23 336:3
**senior (5)**
56:16 63:3 146:21
165:17,20
**sense (8)**
33:19 109:2 249:16
251:23 252:5
304:11,19 336:21
**sent (4)**
71:16 214:5 290:8
351:7
**sentence (1)**
99:21
**separate (5)**
11:4,5 101:15 232:5
271:25
**September (14)**
84:3 135:21,24,25
136:22 137:4
143:14,16 204:3
325:20 333:2,5
336:4,14
**sergeant (67)**
11:20 62:20,22,23
63:7,12,20 64:2,10
64:19 65:4,12,19
66:18 76:17 83:17
90:7,7,10,13,19,19
91:12,12,17,18,22
92:7,13,14,24 93:4
94:6,7 96:8,21,21
96:24 97:17 99:12
99:14 102:11
111:14,21 113:7
123:10 124:10,16
124:18 125:21
136:4,7 140:4,5
143:10,12 146:21
148:11 154:5
161:11 165:13
166:25,25 195:24
212:10 256:17
263:11
**sergeant's (18)**
64:5,20,22 65:3 66:25
96:22 99:9 100:11
100:15 105:16
121:3 123:23,25
125:8 136:10 139:7
139:24 141:4
**serious (1)**
180:17
**serve (1)**

62:14
**served (3)**
9:2 17:8 72:10
**service (74)**
1:14 44:23 60:11 61:3
61:9 63:6,17 64:20
66:18 68:21 71:18
72:23 73:6,7 84:6
85:5 86:3,7 88:17
88:19 90:22 91:24
92:6,7,11,17 94:25
95:3 123:11,14,17
139:22 140:4,25
141:11 161:11
173:5 174:13,21,22
175:6,13,18,19,23
176:3 177:3 182:24
182:24 183:12,20
183:21 187:25
189:8,9,13 192:8
193:4,8 195:4 196:6
197:7 199:24
200:10 206:13,17
208:17 209:2,11,23
209:24 210:15,18
210:21
**services (1)**
221:23
**service-oriented (1)**
223:22
**serving (1)**
181:8
**session (4)**
4:20 199:10,10,11
**sessions (3)**
199:12,14,18
**set (11)**
101:22 125:22 134:22
178:18 220:17,18
322:2,3 351:15
359:7,14
**settled (9)**
19:25 20:2,11,12
21:19,20 154:20
155:7,12
**settlement (1)**
20:5
**seven (2)**
12:11 107:9
**seven's (1)**
261:21
**severely (1)**
183:18
**sex (1)**
266:2
**shakes (1)**
17:20
**Shallick (1)**
277:3

**shape (1)**
240:15
**sheet (2)**
181:5 361:1
**sheets (3)**
132:17 144:15 181:14
**sheriff (10)**
174:5,6,13,14 187:21
188:5,12,17 189:4,6
**sheriffs (6)**
174:7 188:7,8,20,23
189:2
**sheriff's (3)**
173:14,16,23
**shield (5)**
91:14,16 101:22
238:4 356:17
**shift (5)**
81:3 135:18 145:21
166:21,22
**shifts (6)**
81:13 135:15 145:5,8
146:4 228:17
**shipped (1)**
231:20
**shirt (7)**
127:2 130:22 131:6
134:17,20 135:7,10
**shit (3)**
242:10 282:17,22
**shock (2)**
252:23 321:6
**shocked (1)**
262:16
**Shook (1)**
195:9
**shoot (5)**
78:16,24,25 79:2
304:9
**shooting (1)**
312:22
**shop (1)**
324:23
**shopkeepers (1)**
324:22
**Shore (1)**
190:25
**short (2)**
314:16 315:10
**shortly (1)**
101:14
**short-term (2)**
25:13,14
**should've (14)**
108:25 112:23 252:2
252:3 269:7 292:21
292:22,24,25
293:17,21 296:18

296:20 319:14
**shoved (1)**
282:2
**show (1)**
125:9
**showed (3)**
81:8 225:13 238:4
**Showing (1)**
221:15
**side (5)**
112:20 271:9 275:17
276:9 283:7
**sidelined (2)**
160:17 161:20
**sign (7)**
25:3 68:23 144:11,14
144:17,21 146:16
**signature (1)**
161:16
**signed (6)**
5:12,14 105:25 125:7
146:15 335:24
**Sillsdorf (2)**
68:13,15
**silly (4)**
77:17 290:12,12
335:2
**similar (3)**
110:7 168:3 240:4
**single (1)**
288:5
**sink (1)**
309:19
**sip (1)**
305:3
**sir (2)**
115:11 207:17
**sister (2)**
190:5,7
**sisters (1)**
190:9
**sit (4)**
87:9,10 132:16
202:22
**site (1)**
355:7
**sits (1)**
55:21
**sitting (8)**
49:6,10 87:11 105:7
107:19 141:3,7
196:5
**situation (6)**
15:5 101:18 109:4
119:15 252:4 289:9
**situations (2)**
110:7 182:5
**six (1)**

156:4
**skimmed (1)**
104:3
**sleep (2)**
145:13,14
**sleeping (14)**
46:20,24 47:6,10,12
48:8 331:25 332:3,4
334:3,6,9,12 337:18
**slightly (1)**
283:18
**slip (1)**
155:16
**sloppy (1)**
80:16
**slowed (1)**
346:18
**small (4)**
166:5 266:17,25
324:23
**smoother (1)**
197:4
**snow (1)**
55:7
**Snyder (40)**
1:4 4:21 8:8 50:11
54:23 80:20 169:18
180:11 209:2,10,22
210:15,25 211:4,14
211:18 225:20
257:17 281:17
282:25 283:22
284:2,6 289:22
293:2 299:2 305:19
305:23 306:8
307:15,18,21 308:3
331:3 332:21,23
334:23 349:20,25
351:7
**Snyderized (1)**
299:2
**Snyder's (2)**
282:17 285:23
**soda (1)**
222:10
**sold (2)**
9:20,23
**solution (1)**
112:22
**somebody (32)**
42:2 49:21 60:6 79:10
79:23 89:10 91:21
92:10,23 101:19
113:25 114:6 116:9
116:22 118:4
122:16 145:5
164:17 236:14
239:19 261:10
262:22 282:21

300:17 305:9
314:13 318:14,15
318:16 332:6 335:5
356:6
**somebody's (4)**
232:15 263:12,24
337:19
**son (5)**
52:15,15 133:24
134:2 185:7
**soon (2)**
51:15 145:2
**sorry (23)**
18:6,12 39:23 41:21
52:20 67:6 77:7
136:13 155:9
163:18 171:23
251:2 253:25
268:19 273:5
286:10 289:23
301:8,10 316:3
333:16 350:5
351:24
**sort (3)**
71:4 318:13 323:23
**sought (1)**
25:21
**sounded (1)**
40:8
**sounds (3)**
217:12,19,22
**South (3)**
316:20 317:8,12
**Southampton (1)**
346:21
**speak (56)**
32:25 34:16 54:12
57:24,25 58:4,7,13
77:3,8 78:18 80:7
88:18 104:7 114:14
118:19 120:19,25
121:5 133:10
138:14 164:16
165:8 166:21,22
189:12 199:23
200:9 204:23
246:19 249:5
250:15 257:17,21
258:18 265:2 268:9
273:25 274:5
276:14 284:18
288:9,13 307:22
308:2 319:23
329:23 330:11
331:3,22 333:14
344:14 346:3,7
347:16 355:15
**speaking (7)**
54:11 97:15 109:9

275:11 277:2
284:19 344:17
**SPECIALIST (1)**
4:18
**specific (4)**
56:6 125:21 198:18
331:23
**specifically (2)**
51:3 170:18
**speculating (2)**
266:11,13
**speculation (2)**
267:12 323:25
**speeding (1)**
223:4
**spend (3)**
44:7 227:10,12
**spending (5)**
39:21 127:11,25
160:7 253:2
**spent (1)**
224:5
**Spies (2)**
186:4,8
**spoke (34)**
35:7 39:9,12 41:10,13
54:18,21,22 55:8
78:16,19 102:9
104:15 106:11
107:4 109:10
183:16 205:2
253:17 259:2,8
272:7 274:8,24
281:16 284:3,7,11
284:15 285:6,16
288:12 323:2
347:12
**spoken (11)**
34:19 54:7,8 55:15
56:9 57:13 247:24
253:14 259:7
330:15 333:4
**sporadically (3)**
12:25 13:3,5
**spot (4)**
81:4,5 122:15 266:25
**spots (1)**
81:18
**sprinklers (1)**
323:7
**squirrel (1)**
337:19
**Sr (6)**
59:10 66:2 140:12
176:17 214:21
215:12
**staff (1)**
112:3
**stamp (1)**

103:15
**stand (2)**
109:21 119:25
**standard (2)**
245:8 313:10
**standing (2)**
122:16 322:21
**stands (1)**
82:14
**start (11)**
6:15 111:15 182:6,9
182:14 183:23
200:21 222:14
340:18 348:9
353:18
**started (31)**
8:10 12:9 27:16 43:17
108:18 127:10,25
176:13 177:9 181:8
181:15,23,24 182:6
185:9 202:23
212:10 214:25
215:3 231:23 234:2
237:23 242:12,13
242:16 261:20
265:6 301:5,11
349:9,9
**starting (3)**
60:17 250:9 271:6
**state (22)**
2:20 6:7 72:7,10 74:3
74:6,8 109:7 164:2
164:3 171:14
172:16,18 173:2
176:9 206:14 222:7
263:17 282:24
288:24 312:11
359:5
**stated (11)**
9:8 21:16 31:20 107:4
218:20 246:23
248:24 256:8
281:22 334:21
354:17
**statement (39)**
192:20 210:8,11
237:14 243:21
247:3 249:20 250:5
250:16 251:21
261:4,10,18,19
262:2,19,22,23,25
263:3,4 264:18,23
267:22 268:17,23
269:17 274:14,17
275:17 278:24
279:19 287:3,16,16
289:4,6 294:20
344:24
**statements (36)**

234:4,10 235:10
237:15 239:9 247:5
247:7,14 250:8
256:4,6 265:10
267:20 268:3,7
269:14,16,20,23
271:15 272:2
276:21 277:11,14
279:5,22 280:9,22
281:4 282:11,14
287:9 290:5,15
293:20 294:17
**states (2)**
1:2 342:16
**stating (4)**
16:14 37:13 161:17
246:16
**station (55)**
36:8,10 38:10,14,19
38:24 39:2 41:19
42:2,4 107:16,20
144:7 152:3 154:8
230:20 231:21
232:15,19 235:24
239:23 241:8
243:12,19 244:18
248:21 249:13
252:4 255:3,17
287:20,25 292:23
293:19 294:13
299:11,25 303:22
304:5,12,18,25
305:3,10,16 306:9
308:16 309:6,10,12
309:16,21 318:8
321:15,25
**status (3)**
39:16 121:15 239:3
**stay (9)**
12:20,21,22,24,25
146:10 246:2,6,10
**stayed (1)**
246:4
**staying (2)**
248:10 305:5
**step (3)**
265:8 277:13 319:14
**stepped (1)**
51:18
**stepping (2)**
84:10,14
**Steven (1)**
130:13
**stick (1)**
76:8
**stips (1)**
6:24
**STIPULATED (3)**
5:2,6,10

**stipulation (2)**
28:3 328:8
**stolen (1)**
42:3
**stone (2)**
84:11,14
**stop (8)**
79:19 223:18 226:5
238:5 303:17
340:21 354:18,20
**stopped (5)**
78:20 145:17 154:5
329:25 331:5
**stopping (1)**
223:17
**stops (1)**
243:19
**storms (1)**
144:16
**story (16)**
9:24,25 237:6 238:7,9
249:15 258:6 265:7
271:7,19 275:17
276:6,10 283:15
290:7 329:7
**straight (3)**
120:2 122:17 144:10
**strange (3)**
251:18 280:8,11
**stream (1)**
284:23
**street (3)**
16:4 179:3 304:10
**stress (2)**
43:25 46:5
**stretch (4)**
87:9,10,15 269:18
**stretching (1)**
87:8
**strike (26)**
7:13,20 10:18 23:22
35:23 62:10 92:24
115:25 124:13,21
125:19 129:14
132:23 137:19
177:20 193:17
198:4 213:13
216:20 247:19
269:3 299:13,23
305:24 321:13
344:21
**string (1)**
144:9
**stripes (4)**
101:17,22 124:7,8
**stuck (2)**
81:14 280:6
**stuff (9)**
52:11 163:23 286:22

300:18 309:20
328:16 349:18
354:19 356:15
**stupid (2)**
323:15 335:10
**style (1)**
110:9
**sub (1)**
149:17
**subdue (1)**
79:23
**subject (1)**
255:23
**submit (2)**
71:3 207:25
**submitted (5)**
70:23 71:17 105:9,10
201:17
**submitting (1)**
71:12
**subordinate (1)**
159:24
**subordinates (1)**
159:21
**subpoena (4)**
6:12 8:25 9:14 360:10
**Subscribed (1)**
358:22
**subsequent (4)**
98:13,15 136:8
138:13
**subsequently (1)**
109:8
**substance (13)**
34:22 40:16,21 42:17
57:22 97:6 253:20
263:6 281:21
285:18 288:18
338:13 354:16
**substantive (1)**
14:13
**successfully (2)**
88:7 204:9
**sue (1)**
44:21
**sued (3)**
154:21,25 343:9
**Suffolk (64)**
1:13,13 4:4,10 60:11
60:19 61:3,8 64:4
64:19,21 65:2 71:17
72:4,12,15,20,22
73:7 87:25 93:12
158:25 171:6,15,21
171:25 172:4,25
173:18 177:4,11
179:22 183:12
187:20 188:14,16
188:17,22,24 197:6

198:6,9 201:18
202:7 206:12,16
208:21 212:11
213:3,7,8,10,14,17
213:22 214:4 215:9
257:7 270:2 324:5
324:18 345:16
346:5,11
**suggest (1)**
340:21
**suggesting (1)**
187:5
**suicide (4)**
133:25 134:2 245:14
245:18
**suing (4)**
44:11,14 154:12,14
**sum (5)**
263:6 285:18 288:18
338:13 354:16
**summer (3)**
43:4 113:4 122:22
126:17 131:2 183:9
184:4,15 203:2
222:23 317:5
324:11 326:13
**summer/fall (1)**
53:16
**summons (12)**
60:6 79:20 107:24
115:18,22 220:24
223:12 224:8,23
332:15,16,17
**summonsed (1)**
309:14
**summonses (46)**
47:21 48:15 49:23
51:3 60:5 80:9,15
80:16 107:14,17,21
219:12,17,23,25
220:4,11,12,13,14
220:16 221:3,4,7,11
221:15,15,19,21,25
222:2,19,23 223:5,9
223:24 224:2,17,19
224:21 225:3,15
228:12 290:9 332:5
332:20
**Sunday (5)**
126:2 230:20 231:3
241:10 257:19
**superior (1)**
293:4
**supervising (1)**
113:8
**supervision (3)**
64:22 75:23 112:6
**supervisor (12)**
63:14 65:3 70:4 98:24

99:5 117:18 127:3
245:20,24 256:15
256:25 296:21
**supervisory (2)**
94:20,22
**supply (1)**
344:22
**support (1)**
101:13
**supposed (2)**
20:14 254:12
**supreme (2)**
159:2,3
**sure (46)**
17:24 22:4 26:15
37:22 49:21 72:4
76:23 95:16 98:16
100:3 102:14
151:24 179:11
182:19 186:10
221:4 222:6 229:11
243:2 244:2 245:2
256:18 258:8
261:23 268:25
270:7,8,9 278:17
280:25 282:2
285:25 290:18
293:7,10 294:12
296:7 315:19 316:6
318:23 319:20
323:5 325:22,23
331:5 357:8
**surfaced (1)**
294:19
**surgery (2)**
46:6 144:25
**surprise (4)**
47:9 266:8 310:19,22
**surprised (3)**
46:20 262:12 329:15
**surveillance (2)**
321:14,18
**suspected (1)**
334:23
**suspended (5)**
233:5,22 239:3 249:4
255:22
**suspension (3)**
75:13,16 243:4
**swear (1)**
6:22
**swearing (1)**
15:10
**swing (1)**
51:19
**swinging (5)**
232:2 236:25 242:12
242:13,16
**switch (4)**

126:11,18 129:17
132:6
**switched (3)**
126:10 135:14 159:13
**sworn (12)**
5:11,14 6:4 18:10
60:18,21 74:16,16
128:14 161:14
358:22 359:7
**system (11)**
42:4,5 175:22 325:7
325:12,15,16,19
326:3,4,9
**systematically (1)**
108:5

_____

| T |
| --- |

**T (3)**
104:21 359:2,2
**table (1)**
17:9
**take (79)**
23:15,21 25:4 26:22
33:5 47:21 59:20
60:10 61:2,8,11,13
61:17,23,25 63:5
64:18 65:11 66:14
68:20,23 79:17
80:14 82:15 86:5,8
86:24 88:13 91:21
100:19,20 105:20
108:5 114:5 116:9
116:21 117:25
125:8,9 131:24
174:7,9 187:17
188:10,19 189:6,7,8
189:24 190:11
203:3 213:2 229:9
234:18 237:14
243:20,25 244:7,10
247:6 254:20
261:10 265:8
266:21 269:14,17
273:18 275:4,7
277:11,13 278:16
279:8 288:2 305:7
315:3 326:18
340:11 357:7
**taken (27)**
17:21 86:3 100:11,15
100:17 105:16,17
108:15 111:20
141:8,9 151:2
199:21 212:5 239:7
250:23 251:10
269:19 276:14
277:17 278:25
280:9 290:5 292:21
296:2 328:24 329:8

**takes (2)**
304:11 314:19
**talk (25)**
18:13 38:23 57:2
58:23 80:19 166:25
167:2 178:16 180:2
209:19 226:8
231:12 232:20,22
234:6 240:11 258:7
265:24 266:4,5
267:2 294:22 330:9
330:23 333:9
**talked (8)**
56:23 151:22 233:21
236:8 255:21
281:18 285:14
303:15
**talking (23)**
33:14 37:9 43:11
56:17,20 57:3 75:13
75:13,15 99:18
133:15 149:7
178:18 242:2
250:13 258:2 267:8
268:14 284:21
303:24 304:25
315:23 316:7
**tape (4)**
6:16 81:24 325:22,23
**tapes (2)**
321:17,19
**Taxation (1)**
347:17
**taxi (1)**
328:24
**team (1)**
140:20
**Technically (1)**
139:4
**telephone (1)**
248:25
**tell (83)**
14:19 20:8 21:15,16
21:23 28:8 29:14,20
31:23 37:20 38:18
38:25 43:7 45:6
47:23 48:7 49:10,12
73:24 76:6,12,17
78:8,11 80:4 82:12
100:4 105:19,21
113:22,23 115:21
132:6 167:7 217:2,7
218:14,17 221:9
230:17 231:9 232:6
233:3 238:21
239:17 241:18
247:13 253:20
255:15 259:5,6
263:2 271:18 275:5

280:4 281:20 295:3
305:23,25 307:21
316:22 318:6
323:12,14 326:11
328:13,18,20 330:2
330:8,10 331:11,14
334:2,5,11 336:18
339:12 344:4
345:25 353:9
355:21 357:22
**telling (11)**
75:17 119:3,10,20
230:24 234:12
235:12 278:13
283:8 291:3 345:18
**tells (2)**
231:7 341:6
**temper (1)**
222:11
**term (1)**
107:9
**terminable (3)**
302:18,21,22
**terminal (1)**
155:24
**terminate (1)**
233:4
**terminated (6)**
233:24 239:4 325:5
328:4 329:2 343:10
**terminating (2)**
302:20,20
**termination (14)**
44:12,15,22 233:5,22
243:4 255:23
300:12 325:3
330:12 331:4
339:13 346:18
357:19
**terminations (2)**
327:23 329:24
**terms (1)**
181:23
**terribly (1)**
36:16
**Tesoro (2)**
277:7,9
**test (40)**
61:15 64:7,9,15,20
66:12,17,25 68:21
68:23 85:5 86:7,9
88:9,13,20 91:21
96:22 99:9,16
100:11,16 105:16
121:3 123:23,25
125:8,11 136:11
139:21,22,24 141:5
176:9 177:7 190:11
193:2,6 196:7 203:7

**testified (65)**
6:5 15:4,13,16,21,25
16:22 17:17 19:8
27:24 30:17 31:14
39:5 40:15 42:22
45:25 50:8 51:6
82:10 94:4 100:24
102:4,13,20 109:19
149:14 156:19
158:3 165:11
170:16,18 171:8
172:23 182:13,25
185:21 192:14
193:5 217:5 219:8
224:11 226:17
230:13 241:7
246:17,21 248:23
252:7 253:5 255:6
255:10 258:25
278:6 293:16
295:13 311:3
312:21 313:2
320:14 321:7
331:24 343:14
349:3 351:21
356:20
**testify (16)**
15:7,8,9 16:3,16 17:8
17:14 18:2,7 19:11
22:8 23:24 24:6,17
24:21 156:17
**testifying (3)**
14:17 31:10 102:22
**testimony (9)**
16:21 18:14 92:19
143:14 230:3
261:23 270:10
359:6,9
**tests (13)**
60:10 61:2,8,11,13,17
62:5 63:5 64:18
65:11 86:6 187:19
203:8
**text (1)**
197:2
**Thank (3)**
22:20 23:17 91:9
**thankful (1)**
274:11
**Thanks (1)**
128:25
**theory (2)**
92:23 194:9
**they'd (5)**
48:19 71:15,19
233:25 314:14
**thicks (1)**
223:24
**thing (19)**

44:19 50:2 81:17
109:16 157:16
197:12 228:16
275:20 281:24
289:22 292:20
293:13,17 310:18
318:16 323:15
332:15 343:21
349:10
**things (34)**
27:13 29:6,12,20
30:19 42:9 47:8
52:12,14,19,22
55:12 78:3 106:16
108:21 109:16
110:6,13,16,25
126:22 129:3
130:21 228:5 246:3
265:23 286:12
293:4 304:13,18
312:22 323:3
333:17 349:17
**think (216)**
11:17,23 16:24 20:13
21:5 26:17 27:14,23
29:10 31:9 35:10
37:9 38:7,11 39:17
39:22 40:12 43:3
48:2 50:9 52:5,18
53:17 54:22 57:16
57:21 58:3 63:21
64:24 69:17 75:23
78:21 80:19 81:8,14
82:23 83:16 89:14
90:11 91:5,6 94:12
94:19 95:3,15 99:13
99:17 100:4,6 101:7
105:17 106:4 110:5
111:9 114:16,19,25
115:14 116:13
117:8,18 118:10
119:5 121:25 124:4
127:5,7,18,21
129:15,22,23
130:14 138:7
139:23 144:4,10
149:13 151:21
152:14 154:14,20
155:3 156:14,25
172:17,23 175:5
176:7 177:13 178:7
181:3 183:9,16
184:8,14,14 188:11
189:3 190:21,21
191:6 192:2 197:15
199:20 201:2,7,16
201:16 202:7,12
203:11 205:7
211:14,17 218:6

219:9 225:7,12,16
225:23 226:17
227:7,22 230:5,21
231:2 234:6,8,20
236:3,9 239:24
241:20,20 244:9
245:15,19,22
246:22 248:2
249:17 251:18
252:24 257:24
258:5 259:11
260:16,20,21,23,23
261:4,19,24 262:7
262:11 263:25
264:2,5,10,15 272:5
272:6,18,22 274:8,9
275:11,14,15,18
276:12 281:24
285:13 286:17,20
288:11,11,11 289:4
289:20 290:10
292:20 293:11,16
294:19 295:13
297:2 298:13
303:25 304:6,15
309:21 311:13
316:12 324:12
325:24 328:9,9
330:14 332:15,18
332:19 333:11
334:7 335:6 337:10
338:2 339:10
345:14 349:15
350:11,20 351:20
356:22
**thinking (9)**
90:8 144:13 155:18
245:15 249:10,11
263:5 269:13
290:18
**thinks (1)**
78:7
**third (4)**
98:22 111:14 275:22
356:19
**Thomas (2)**
1:4 190:25
**Thompson (4)**
2:14 3:3 7:4 8:6
**thorough (2)**
214:3 216:2
**thought (32)**
38:13 112:23 113:13
113:14 120:7,24
128:10 138:17
208:23 211:15
225:18,21 235:20
249:15 254:17
263:3 264:9 265:7

268:5 269:14,21,23
273:2,10,23 293:6
293:17 321:3
324:25 326:17
329:19 336:7
**thousand (1)**
222:2
**thousands (3)**
39:21,21 269:19
**threat (3)**
178:7,22 179:8
**threatened (1)**
78:16
**threatening (1)**
79:6
**three (45)**
34:25 35:7,8 38:5
42:21 86:12 112:3
119:19 120:2 121:7
121:10 122:17
136:20 144:15
145:5,8,12 146:12
155:18 205:5 233:8
234:11,17 235:11
235:16 237:6
244:19 246:14
247:21,25 261:20
265:12 267:20
276:21 277:21
278:2,8 287:23,25
288:16 292:6,16
293:24 294:6
295:13
**three-year-old (1)**
318:25
**threw (5)**
156:3 317:11 318:4
318:18 321:2
**thrilled (3)**
101:7,10 284:22
**throw (3)**
224:6,22 310:10
**throwing (1)**
322:24
**thrown (3)**
309:19 316:20 320:17
**ticket (6)**
114:22,23,24,25
115:9,13
**tight (1)**
87:12
**till (1)**
135:13
**Timberpointe (5)**
6:9 9:12,18 10:4,7
**time (228)**
5:9 11:23 15:25 16:22
23:14 25:17 26:3,4
27:2,6 30:24 31:4

34:14,15 35:9,10,17
36:19 39:9,12 40:17
41:10,13 42:16,19
46:11,14,17 49:6,9
49:10 50:2 54:11
59:12 61:18 64:7,25
65:14 66:3,5 68:18
69:5,5,6 71:13
74:18 77:22 80:14
80:24,24 81:5,25
82:5 83:5,17,21
85:3,13 86:6,16,18
86:20 88:22,23
89:22 91:2 94:7,10
94:19 98:13,15,20
98:21 100:9,11,13
100:16,25 101:13
101:25 104:16
105:9,10,16 106:12
106:13,15 107:4
109:14 110:20,22
111:17,23 114:10
117:20,20,23 118:8
118:10,10,13,19
121:17 123:25
125:18 126:9,12
127:11,13,25 128:4
129:5 132:4,17
134:25 136:2 138:4
138:19 139:3,19
143:6,12,24 144:4,5
149:8,21 150:24
151:3 172:23
175:11,13,15 181:5
181:6,14,15,16,23
181:24 182:6,8,12
182:13 183:20,22
184:5 194:21
197:23 198:6,10
200:3 201:5 202:23
205:2,10,17 212:4
215:10 223:6,6,7
224:5,10 227:10,12
229:12,16 241:12
243:6 249:5,7,9
250:3 251:17
252:14 255:13
259:15 262:3
268:15 270:5 274:8
279:9,13 281:16
287:11 289:8,25
293:19 294:15,18
300:21 301:18
303:13,25 309:16
310:7 316:18
321:12 324:20
325:17 326:22
327:2,19 330:14,23
331:5,7,8 333:23

336:6,11,22 338:23
340:11 341:21,23
342:2,5 347:20,24
349:19 350:10
357:10,14 358:12
358:17,19
**timeline (1)**
327:6
**times (21)**
17:13,17 34:24 35:7
54:19,23 55:8 80:8
80:15 102:17
106:11 125:11
141:8 145:15 155:4
157:21 309:20
334:11 354:10,14
354:25
**tireless (1)**
228:4
**title (18)**
63:25 64:3 66:19,20
67:13,23 88:5 89:12
89:13 90:5,22 91:3
99:11 143:4,8 150:2
150:12 172:8
**tobacco (1)**
227:5
**today (21)**
9:6 14:14,18 15:23
21:9 23:25 24:7,17
24:22 26:16 30:14
31:11,16 105:7
141:3,7 196:5 208:3
224:20 243:7
270:11
**today's (6)**
6:19 8:25 9:13 163:17
164:12 215:17
**told (70)**
42:11 44:17 48:2,5
55:4 64:14,16 69:14
69:17 76:15,22
101:4,5 106:4,6
116:21 118:24
119:12 120:22
130:15 140:12
160:5 167:3,4,4
174:18,22 184:6,11
188:25 189:3
202:12,12 216:23
220:5 233:17 237:7
239:18 240:8,16
241:4 242:9,15
243:3,5 254:17
255:24 263:7
269:13 273:20
274:16 287:2 318:5
323:2,15 326:9,17
328:14,16,22

330:20 331:15
334:8 336:19
338:14,16 339:8
342:7 344:9 345:14
**Tom (23)**
4:21 8:8 50:13 169:18
169:20 180:11
209:2,10 210:14,24
211:3 225:20
239:25 257:17
282:17,25 284:2,6
293:2 305:18,23
306:8 308:7
**Tommy (14)**
54:22 80:19 169:19
209:14,22 234:6
281:25 331:3,6
332:22 349:20,25
350:13 351:7
**tomorrow (1)**
243:8
**top (8)**
96:10 98:12,18
102:18 237:2
242:11 335:25
343:22
**topic (1)**
333:22
**tour (16)**
13:2 146:10 167:12
167:12,16,24 168:2
168:21,24 169:12
194:12,16 252:11
281:20 306:3
307:23
**tours (25)**
119:19 120:2 122:17
122:20 125:21,22
125:25 126:3,10,11
126:13,14,18
144:16 146:12
165:12,13,16,19
169:7,10,16 194:17
194:19 227:19
**touting (1)**
238:18
**town (10)**
55:10 127:9,23
128:13 131:25
205:16 227:7
346:19 349:21
350:2
**track (1)**
259:11
**traditionally (2)**
84:16 108:6
**train (4)**
39:16 215:15,19,23
**trained (1)**

215:24
**training (11)**
59:20,24 71:24 93:7
93:10 214:9,19,22
215:2,5 257:12
**transcript (2)**
23:10 359:8
**transcription (1)**
361:9
**transcripts (1)**
264:8
**treated (2)**
301:24 330:19
**treatment (1)**
25:22
**trial (8)**
5:9 18:8 155:17 264:6
264:8 271:13
272:18,20
**triangle (3)**
315:18,19,22
**tried (12)**
41:4 107:17 108:10
221:9 222:17
232:11 247:6 248:3
271:3 273:17 297:3
337:14
**tries (1)**
155:16
**tripped (1)**
156:5
**trouble (2)**
228:9 265:14
**truck (6)**
231:6 311:8,24 313:5
314:12,14
**true (5)**
180:10 218:9 344:11
356:9 359:8
**trued (1)**
108:19
**trust (1)**
220:25
**trusted (1)**
301:20
**trustee (7)**
121:16 128:14 129:25
130:10,12 142:11
142:19
**trustees (5)**
55:22 89:16 121:7,11
142:2
**truth (9)**
14:19 29:21 37:20,20
37:22 115:21 280:4
283:8 357:22
**truthful (2)**
192:19,23

**truthfully (9)**
23:25 24:7,17,22
28:18,22 29:3,15
31:11
**try (12)**
81:17 109:3,23
113:19 223:9
247:13,18 248:6,17
249:16 257:25
318:8
**trying (26)**
16:13 17:6 23:9 42:8
52:10 112:17,18,19
151:21 198:19
201:12,24 221:18
222:24 223:8,23
224:6 237:2 238:16
249:25 258:3
259:11 265:12
283:11 286:14
296:6
**Tuesday (5)**
126:2 236:7 258:22
258:23 259:6
**turn (3)**
104:19 108:6 109:16
**turned (3)**
53:23 60:7 72:20
**turns (4)**
45:14 112:11 231:15
237:16
**twice (2)**
80:20 354:11
**twist (1)**
108:19
**two (58)**
17:13 36:18,23 38:5
40:24 52:3 53:20
63:22 68:16 80:3
81:2 92:16,18 102:7
102:17 105:4
111:16 112:16
145:15 152:15
155:21 187:11
222:23 223:11
233:8 236:24
237:20 241:7
245:16,17 246:15
251:16 262:15
268:4 273:13,14
274:22 276:18,22
288:16 291:20
318:2 319:21
320:15,22 321:4
329:17 335:8
339:24 340:3,14,16
340:19,22,25 350:9
356:20,22
**two-minute (2)**

26:22 278:16
**two-page (3)**
103:9 298:24 351:4
**two-thirds (1)**
341:11
**two-tier (1)**
318:9
**Ty (7)**
56:19,21 168:10
173:9 308:11
310:24 311:3
**type (5)**
81:16 226:21 295:6
324:19 353:20
**typed (1)**
288:5
**types (1)**
18:11
**typically (1)**
262:15
**typo (1)**
287:13
**Tyree (2)**
168:9 191:21
**T-shirts (1)**
349:17

---

**U**

**Uh-huh (26)**
12:3 59:7 60:23 62:8
83:14 96:4,11 98:25
104:23 165:15
168:14 179:15
187:15 191:3,10
197:9 212:7 214:23
241:24 251:15
252:18 319:7
341:14 342:15
343:20 344:3
**unavailable (2)**
41:6 228:17
**unaware (1)**
336:12
**uncertified (3)**
176:5 177:3 209:12
**uncomfortable (3)**
24:8,11 109:6
**uncommon (1)**
122:15
**underage (1)**
266:3
**underlying (1)**
117:23
**undermine (1)**
113:19
**undersigned (1)**
97:21
**understand (25)**

14:17,24 17:23
22:12,16 23:7 25:4
25:6 27:15,17 30:20
30:22 33:23 44:16
45:4 73:23 77:13
129:13 182:16
261:9 271:24 283:9
283:17 306:25
314:15
**understanding (15)**
72:9 75:8 88:12 140:6
140:9,10,14 147:18
148:17,20,25
165:23 207:23
314:19 336:16
**understood (5)**
22:23 101:8 313:12
**unfortunately (1)**
330:21
**unhappy (1)**
76:21
**uniform (3)**
91:11 124:6 253:3
**unimportant (1)**
275:16
**union (10)**
111:15,16 160:3,20
160:23 161:23
189:5 349:6,9,11
**Uniondale (1)**
3:22
**unit (2)**
202:8 212:12
**UNITED (1)**
1:2
**unplugged (3)**
326:3,5,6
**unruly (1)**
79:11
**updated (1)**
266:9
**updates (1)**
183:3
**upright (1)**
108:25
**upset (10)**
41:20,22 42:14 76:16
77:2,14 78:5 128:19
128:20 333:16
**upstairs (1)**
11:18
**use (15)**
11:10,11 13:10 22:17
79:11,15,15,23 97:4
115:11 201:19
213:17 229:10
237:22 332:7
**usually (16)**
134:22 167:14,16

168:2,10,19,22
169:6,7,16,25
181:24 245:3,9
287:21,21

_____
**V**
**V (1)**
361:2
**vacation (3)**
106:15,17 194:22
**valid (2)**
172:14 335:7
**Van (1)**
277:5
**vehicle (5)**
106:20 307:19 312:7
312:10 313:9
**vehicles (1)**
77:18
**verbal (5)**
17:19 35:25 75:16
114:12 344:21
**verbally (5)**
15:9,14 57:3 70:22
94:13
**verbatim (1)**
324:3
**verdict (2)**
272:13,13
**version (4)**
103:10 249:15 271:19
290:6
**versus (7)**
6:18 16:5 18:3,13
152:14,25 158:17
**vest (1)**
265:23
**Veterans (1)**
4:13
**vetted (1)**
49:17
**viable (1)**
79:22
**victims (2)**
283:2,24
**video (2)**
4:18 42:5
**VIDEOGRAPHER...**
6:15 27:2,6 30:24
31:4 81:25 82:5
150:24 151:3
229:12,16 279:9,13
326:22 327:2
347:20,24 357:10
357:14 358:17
**videotaped (1)**
6:16
**view (2)**

128:16 129:7
**village (106)**
1:8 3:18 6:19 7:7
10:17,23 11:18 18:4
18:22 21:12 31:25
33:10 35:14,16
47:21 48:17,18,24
49:17,19 51:13,18
56:24 58:17,21 64:5
65:25 70:9,15,24,24
74:10,17 84:15
85:22 86:4 89:5,7
90:16,16 97:22
108:14 109:11
112:18 113:17
121:7,7 124:12
126:20 128:15,21
129:23 130:3
132:16,24 137:25
142:2 150:15
152:14 153:25
158:18 159:9
160:15,25 161:25
162:21,25 164:21
164:21 173:25
174:12 175:12,16
175:23 176:2
181:25 182:9,23
183:11,19 184:6
192:10 198:12,13
198:25 207:20,24
216:12,17,17,18,24
221:9,23 265:17
266:17 267:3,7,9
294:15 301:3
314:16 315:10
328:10 334:7
352:15
**village's (2)**
161:18 217:11
**vindictive (8)**
108:22 109:3,20,23
109:25 110:5 111:5
111:8
**violate (1)**
140:25
**violates (1)**
79:10
**violation (6)**
79:7 107:24 108:2
196:6 312:12,14
**violations (1)**
107:22
**visible (3)**
126:24 128:10 130:25
**vocal (2)**
127:10,24
**vodka (1)**
261:20

**voluntarily (1)**
65:6
**vote (3)**
13:24,24 63:9
**voted (2)**
67:10 68:10
**votes (1)**
67:12

_____
**W**
**W (1)**
3:13
**wait (4)**
100:5 101:4,6 135:19
**waiting (1)**
120:5
**waived (1)**
5:5
**walk (8)**
10:13 11:11 122:12
122:13 209:20
263:19 317:3
328:16
**walked (6)**
38:16 43:9,13 154:7
239:22 316:24
**walking (3)**
223:16 304:10 309:15
**walks (2)**
304:24 309:11
**wall (7)**
232:9 239:22 240:5
241:14 299:11,15
299:25
**Walsh (2)**
195:19,22
**Walter (2)**
168:18,19 307:8,10
325:20
**want (60)**
7:12 8:11,18 14:13
17:18 20:21 25:7
42:15 44:9,25 45:2
45:11 48:4 52:18
57:18 76:6 82:8
113:5,6,6,7,8,9,11
128:23 130:7
133:17 163:19
165:6 166:2 187:9
220:16 221:25
222:16 227:10,21
232:6 233:18 234:6
235:23 243:8
250:10 261:14,15
265:11 266:4 268:9
279:16 285:21
293:15 294:23
314:23 315:25
326:18 327:5 330:9

332:6 333:9 351:18
357:8
**wanted (48)**
12:20 13:16,21,23
45:10 47:21 48:17
48:25 57:22 72:20
92:9 96:19,20,23
98:2,21 101:11,15
104:12 112:9 119:5
126:23 128:11,13
129:24,25 130:2,3,4
130:5,5 133:16
187:24 192:3,25
205:19 224:12
225:12 227:14
233:20 242:25
271:4,9 277:12
282:2 297:3 323:7
357:25
**warn (4)**
224:24,25 225:4
332:19
**warning (3)**
115:17 220:23 223:5
**warnings (1)**
220:24
**warrant (2)**
60:5,7
**wash (6)**
76:14 77:14,15,18,22
119:12
**washing (1)**
118:20
**wasn't (88)**
20:14 38:23 39:13
43:20,21 44:19 49:8
51:9 78:3 79:5
80:12 101:7,10,12
108:9,17,18 113:16
113:17 114:20
119:14,14,16
124:17 128:18
129:4 130:25
133:18 134:24
135:3 138:24
143:17 154:18
163:8 174:5 200:6
202:3 209:21,23
215:16 217:10
219:14 224:3 227:3
227:17,18,19 231:3
232:12,13 238:13
238:15 243:2
245:11,11 249:10
252:25 253:3
257:23 261:23
262:13 265:15,25
266:2,23 270:2,20
272:17 273:20

276:7 282:2,6
283:14 284:22,23
289:10 296:2,16
305:6,11 319:2
325:25 329:16
330:6 331:17
333:21 338:22
356:9
**watch (3)**
35:14,17 159:13
**water (5)**
320:8,9,11,18 328:23
**way (51)**
13:25 14:10 41:21
47:22 51:12 67:23
76:5,6,22 101:14
107:18 109:2 110:6
110:10 111:2
112:25 113:13
114:18 119:11,15
122:5 129:12 145:3
160:18 180:15
185:24 225:2
226:10 233:23
237:17 252:6
280:18,19 284:24
290:19 293:6 301:9
301:21 302:7,8
321:10 323:20
329:21 331:13
332:4 339:10
341:11 342:19
343:7 358:3 359:12
**ways (1)**
118:2
**weapon (1)**
254:6
**wear (8)**
91:11 126:25 130:22
131:6 134:16,20
135:10 334:24
**website (1)**
161:18
**wedge (1)**
108:20
**Wednesday (1)**
358:16
**week (2)**
112:6 126:8
**weekend (3)**
39:7 167:19 228:21
**weekends (5)**
112:5,13 169:10
228:20,22
**weekly (1)**
219:25
**weeks (2)**
135:18 205:5
**weight (1)**

46:4
**Welch (2)**
57:11,13
**well-attended (1)**
267:18
**went (63)**
27:9 35:16 41:17,18
44:2,10 51:16 64:21
85:13,14 93:12
98:11 114:17
116:25 118:23
133:23 136:18,20
136:21 144:9,11
149:9 150:12,15
155:24 190:12
194:2 201:8 208:24
209:2,10 212:22
228:7 233:15
234:13 235:14
236:22 237:24
240:11,18,20,24
247:18,20 248:7,8
254:15 255:18,20
259:20 263:9
275:23 293:6
303:14 318:7
319:13 320:7,9,10
321:8 322:15 327:6
333:15
**weren't (39)**
16:18 43:16,18
108:24 161:2,5
171:16 172:24
188:9,20 197:21
219:11,17 220:14
220:16 221:7
222:25 223:8,19
224:2,3 228:19
233:19 234:25
240:12 243:16
247:11,15 256:3
284:21 293:4
295:17 301:6,12
302:17 323:5
328:23 330:18
343:5
**we'll (11)**
9:25 22:2 30:7 73:8
73:12 180:2 183:22
201:19 218:7 243:9
326:19
**we're (32)**
7:19 14:14 23:9 27:3
27:25 30:25 35:2
81:11,14 82:2
150:25 151:4 189:7
221:12,14 223:22
224:19 229:13
279:14 283:6,7,10

283:11,12 297:9
326:23 328:5,7
347:21,25 348:18
357:11
**whatnot (1)**
309:17
**whatsoever (2)**
332:7,20
**WHEREOF (1)**
359:14
**white (7)**
126:25 130:22 131:6
134:16,20 135:7,10
**wholly (3)**
217:15,22 218:3
**whore (1)**
299:3
**wide (1)**
321:20
**wife (12)**
127:6,10,20,24
130:23 190:8,9
237:17,20,25
282:13 294:20
**wife's (1)**
190:8
**Wigdor (4)**
2:14 3:3 7:4 8:6
**William (2)**
195:19,22
**willing (1)**
345:3
**windows (3)**
76:14 77:14,16
**winter (5)**
40:12 53:8 84:22
122:22 123:5
**wire (1)**
334:24
**wish (1)**
286:9
**wishy-washy (1)**
233:20
**withdraw (1)**
146:17
**withdrawn (1)**
310:24
**withdrew (1)**
176:19
**witness (67)**
6:3,23 20:5 21:7,11
21:16 26:23 28:25
30:16,16 57:18 67:6
78:7 81:20 91:7
107:22,25 157:19
168:6 171:24
186:25 188:11,14
197:15,18 208:14
217:13,18,24 234:4

234:10,21,23 235:9
237:15 239:9 247:4
247:7 250:8 261:4
262:19 268:7,17,23
269:22 271:14
272:2 277:11,13
279:3,5,18,22
282:11 290:5,14
301:10 303:18,21
306:15 315:21
316:3 356:12 359:6
359:9,14 361:4
**witnessed (2)**
291:16 311:4
**witnesses (9)**
156:4 238:7 240:2
244:3 247:5 256:4
269:20 277:23
280:2
**witnessing (1)**
263:13
**wives (1)**
236:13
**woman (10)**
238:9,13 241:20,21
271:16 273:15
274:3 276:18,22
299:3
**women (1)**
11:17
**won (2)**
160:4,7
**wonderful (7)**
127:13 128:4 225:21
228:3 240:17
269:15,21
**wondering (2)**
256:3 331:7
**word (5)**
22:17 75:8 150:8
221:18 299:5
**worded (1)**
263:2
**words (2)**
26:13 79:3
**work (69)**
37:23 59:25 71:9 72:4
72:8,11,19 73:6
81:12 82:20 83:8
84:3 110:9 112:3,20
117:19,22 126:4,7
136:21 137:9
144:18 145:3,5,11
146:8,9,10 150:11
160:22 167:18,20
167:25 168:17
169:8,8 170:6 171:5
177:4 188:2,18
194:5,11,15,19,20

195:13 198:7 206:5
208:20 215:25
224:2 226:12,20
227:4 228:15,19,23
228:23,25 236:8
237:10 245:9,12
290:16 303:9
304:12 324:7 344:6
**workable (1)**
112:21
**worked (56)**
11:18 46:21 59:25
71:25 72:18,22 73:5
84:22 112:12
113:18 125:22,25
126:2,5,6,13 132:20
136:25 145:11,21
146:11 165:12,13
167:14,23 168:2,10
168:19,22 169:6,10
169:16,19 173:16
175:22,25 176:9,22
183:17 186:6
195:23 201:16
218:21 226:13
227:5 228:7 245:22
245:23 258:6
259:24 260:2,4
272:23 290:13
328:11 356:14
**worker (2)**
224:18 228:11
**working (58)**
49:9 55:9 60:3 72:15
73:3 88:4,6 89:14
126:13 129:9 133:5
144:6 148:10 150:9
173:24 178:12
181:16 183:19
185:8 188:8,21,23
194:18,18 196:8
198:2 205:19
208:19 209:12
220:25 227:7,11,13
228:25 236:9 237:9
244:21,25 262:16
262:18 270:3,4
273:21 291:4 294:8
298:5 301:11
304:24 307:6 308:8
319:15 325:16,24
325:25 326:13
331:16 347:5 350:9
**workmen's (3)**
163:21,24 164:4
**works (6)**
26:25 58:17 110:9,10
175:6 204:21
**worry (6)**

| | | | | |
|---|---|---|---|---|
| 41:22 43:24 52:12 | 356:14 | 135:11,16 136:11 | 321:4 | **1:00:04PM (1)** |
| 67:8 112:14 333:17 | **written (22)** | 138:7 140:11 145:9 | **year-round (4)** | 139:24 |
| **wouldn't (46)** | 48:15 61:15 75:16 | 146:7 152:8 155:20 | 16:13,15,17 145:20 | **1:00:08PM (1)** |
| 13:12,14 29:2 58:22 | 86:6 147:22 148:21 | 156:8,11 160:11 | **York (29)** | 140:2 |
| 77:2 79:14 80:22 | 151:11 162:13 | 161:4,14 162:10,14 | 1:2,18,18 2:2,2,15,15 | **1:00:09PM (1)** |
| 105:21 110:4 111:8 | 219:18 220:9 | 163:8,21 164:8,10 | 2:20 3:6,6,12,22 4:6 | 140:3 |
| 140:21,24 145:13 | 221:25 281:6 299:5 | 168:6 176:24 | 4:14 6:10 10:14 | **1:00:25PM (1)** |
| 178:12,25 179:6,23 | 300:24 304:6,8,20 | 177:18 184:11 | 72:7,11 74:3,6,8 | 140:8 |
| 188:19 192:17,19 | 312:24 313:11 | 185:6 186:5 188:8 | 164:2,3 171:14 | **1:00:28PM (1)** |
| 192:22,22 221:19 | 344:19,22 356:6 | 189:24 192:2 193:3 | 172:7 206:14 | 140:10 |
| 224:22 225:3 228:8 | **wrong (13)** | 194:23,25 195:3 | 266:23 312:11 | **1:00:31PM (2)** |
| 244:7,10,22 265:13 | 8:21 75:12,19 79:25 | 199:9 203:15 | 359:5 | 140:11,12 |
| 266:7 270:22 | 80:6 114:20 154:17 | 208:15 219:19 | **Youchah (4)** | **1:00:34PM (1)** |
| 287:15 303:12,13 | 184:20 192:18 | 226:18,18 227:20 | 65:16,17 66:23 68:11 | 140:14 |
| 305:5 308:7 309:17 | 218:4,5 238:17 | 228:3 232:21 | **young (6)** | **1:00:44PM (2)** |
| 309:21 310:15,17 | 312:24 | 241:13,22 242:17 | 78:15,17 253:19 | 140:17,18 |
| 321:9 329:20 353:6 | **wrongful (3)** | 242:21 243:5 244:5 | 268:5 274:4 290:5 | **1:00:56PM (1)** |
| 353:8 358:8 | 44:12,15,21 | 248:22 252:9 270:6 | **Y-O-U-C-H-A-H (1)** | 140:22 |
| **would've (30)** | **wrote (38)** | 271:13,24 274:3 | 65:17 | **1:01:01PM (1)** |
| 98:18 129:11,17 | 31:25 32:5 49:22,23 | 276:19 277:17 | | 140:23 |
| 131:22 152:3 | 69:8 80:16 88:22,25 | 278:5 280:11 | **$** | **1:01:06PM (1)** |
| 178:22 183:18 | 89:3 90:14 114:25 | 288:11 300:7,23 | **$14,000 (1)** | 140:25 |
| 246:5 249:17,18 | 115:22 146:15 | 302:23,23 303:6 | 160:8 | **1:01:08PM (1)** |
| 254:14,15 262:12 | 151:22,23,24,25 | 304:16,22 308:14 | **$2,100 (3)** | 141:2 |
| 277:17 281:6,7 | 152:2,3 159:25 | 311:22 313:3 315:6 | 160:6,10 163:9 | **1:01:09PM (1)** |
| 283:20 294:11,13 | 181:20 220:10,12 | 316:12 317:24 | **$3,000 (1)** | 141:3 |
| 294:16,19,20,21 | 222:2 224:10 | 319:22 324:14 | 162:14 | **1:01:15PM (1)** |
| 295:9 302:6 323:22 | 238:12 272:6 274:7 | 327:17,22 328:7 | **$3,200 (1)** | 141:6 |
| 336:13 343:7 | 279:25 281:14 | 329:11 330:14 | 162:22 | **1:01:19PM (1)** |
| 347:18 358:9 | 287:12 289:10,13 | 331:5 332:2 335:23 | | 141:7 |
| **Wow (1)** | 290:7 304:8 332:19 | 336:2 342:24 | **0** | **1:01:22PM (1)** |
| 270:13 | 337:5 356:7 | 343:12,15 347:5 | **01 (1)** | 141:9 |
| **wrap (1)** | **Wyckoff (16)** | 348:17 350:9 | 105:20 | **1:01:35PM (1)** |
| 357:9 | 236:8 245:13 259:2 | 353:18 354:6 | **03 (2)** | 141:10 |
| **wrath (1)** | 259:14,16,18,19,22 | 356:18 | 184:12,17 | **1:01:41PM (1)** |
| 133:17 | 260:7,11,15 261:25 | **year (29)** | **04 (6)** | 141:12 |
| **wreath (2)** | 264:21 265:2 | 12:9 34:5 44:25 63:21 | 10:2 134:7,10 184:15 | **1:01:55PM (1)** |
| 42:3,7 | 268:16,22 | 94:12,16 102:13,20 | 203:3 245:14 | 141:13 |
| **wrestling (1)** | **Wykoff (4)** | 111:19 127:5,19 | **05 (1)** | **1:01:56PM (1)** |
| 238:3 | 133:3,6,7,21 | 130:25 170:11 | 194:19 | 141:15 |
| **write (32)** | | 172:14,15 183:24 | **06 (6)** | **1:02:27PM (1)** |
| 32:4 47:20 49:19 51:2 | **X** | 184:2 208:12,13 | 53:8 146:24 147:14 | 141:18 |
| 80:8 87:17 96:16 | **X (2)** | 214:24 218:22 | 333:5 334:22 | **1:02:40PM (2)** |
| 107:17,21,24 | 1:3,17 | 223:12 251:19 | 341:25 | 141:23,24 |
| 114:22,23,24 115:8 | | 317:6,6 318:2 | **07 (2)** | **1:02:49PM (1)** |
| 115:13,18 220:4,13 | **Y** | 325:20 332:18 | 1:7 53:8 | 142:4 |
| 221:3 222:20 223:5 | **Yager (1)** | 337:11 | **08 (2)** | **1:02:50PM (1)** |
| 223:9 224:8,23 | 273:25 | **years (30)** | 68:19 333:5 | 142:5 |
| 225:3,15 226:21 | **yeah (127)** | 12:12 17:4 52:10 | | **1:03:00PM (2)** |
| 228:12 271:20 | 11:8,17 12:5,16 32:15 | 105:4 111:9 117:24 | **1** | 142:8,9 |
| 304:20 332:5 337:4 | 38:11 40:6 43:10,13 | 117:24 140:13 | **1 (8)** | **1:03:01PM (1)** |
| **writing (23)** | 47:25 63:24 65:7 | 184:20 201:9 | 6:13,16 8:19,25 9:5 | 142:10 |
| 15:13 70:22 80:15 | 77:5 79:9,21 85:20 | 203:13 206:5 | 351:15 360:10 | **1:03:13PM (1)** |
| 94:13 102:5 111:24 | 87:8 90:2 97:5 99:4 | 212:13,13,14 | 361:7 | 142:15 |
| 112:10 186:2,8 | 100:13 101:4 | 219:24 223:13 | **1,500 (1)** | **1:03:14PM (1)** |
| 198:5 211:4 220:14 | 102:25 103:23 | 237:12,20 245:13 | 218:22 | 142:16 |
| 220:16 221:4,7,14 | 106:15 120:17,21 | 245:16,17 259:17 | **1:00:02PM (1)** | **1:03:15PM (1)** |
| 222:25 223:9,11,24 | 129:5,6 133:11,22 | 295:4 298:4 303:25 | 139:23 | 142:17 |
| 299:8 332:17 | 134:8,8,14,14 | 319:21 320:15,22 | | |

**1:03:19PM (1)**
142:19
**1:03:22PM (1)**
142:21
**1:03:24PM (1)**
142:22
**1:03:36PM (1)**
143:2
**1:03:47PM (1)**
143:5
**1:03:51PM (1)**
143:6
**1:03:53PM (1)**
143:7
**1:03:57PM (1)**
143:9
**1:03:58PM (1)**
143:10
**1:03:59PM (1)**
143:11
**1:04:15PM (2)**
143:19,20
**1:04:17PM (1)**
143:22
**1:04:18PM (2)**
143:23,24
**1:04:29PM (1)**
144:3
**1:04:34PM (1)**
144:4
**1:06:02PM (1)**
145:4
**1:06:08PM (1)**
145:7
**1:06:11PM (1)**
145:8
**1:06:12PM (1)**
145:9
**1:06:25PM (1)**
145:13
**1:06:27PM (1)**
145:14
**1:06:56PM (1)**
145:25
**1:06:57PM (1)**
146:2
**1:06:58PM (1)**
146:3
**1:07:01PM (1)**
146:5
**1:07:02PM (1)**
146:6
**1:07:05PM (1)**
146:7
**1:07:18PM (1)**
146:11
**1:07:22PM (1)**
146:13

**1:07:23PM (2)**
146:14,15
**1:07:30PM (1)**
146:17
**1:07:44PM (2)**
146:19,20
**1:07:49PM (1)**
146:22
**1:07:50PM (1)**
146:23
**1:08:03PM (1)**
147:2
**1:08:05PM (1)**
147:3
**1:08:14PM (1)**
147:6
**1:08:19PM (1)**
147:9
**1:08:22PM (2)**
147:11,17
**1:08:42PM (1)**
147:18
**1:08:47PM (1)**
147:21
**1:08:48PM (1)**
147:22
**1:08:58PM (1)**
148:2
**1:09:02PM (1)**
148:4
**1:09:07PM (1)**
148:5
**1:09:17PM (3)**
148:8,9,10
**1:09:24PM (1)**
148:13
**1:09:27PM (1)**
148:15
**1:09:36PM (1)**
148:17
**1:09:42PM (1)**
148:19
**1:09:44PM (1)**
148:20
**1:09:49PM (1)**
148:23
**1:10:02PM (1)**
149:3
**1:10:04PM (1)**
149:5
**1:10:05PM (1)**
149:6
**1:10:06PM (1)**
149:7
**1:10:13PM (1)**
149:11
**1:10:14PM (1)**
149:13

**1:10:20PM (1)**
149:16
**1:10:26PM (1)**
149:18
**1:10:29PM (1)**
149:19
**1:10:44PM (1)**
149:24
**1:11:01PM (1)**
149:25
**1:11:09PM (1)**
150:4
**1:11:11PM (1)**
150:5
**1:11:15PM (1)**
150:7
**1:11:19PM (1)**
150:8
**1:11:58PM (1)**
150:19
**1:12:02PM (1)**
150:21
**1:12:16PM (1)**
150:22
**1:12:18PM (1)**
150:24
**1:12:22PM (1)**
151:2
**1:13 (1)**
150:24
**10 (6)**
201:9 297:13,16,20
300:5 360:19
**10/1 (7)**
177:22 178:5 179:14
179:21 180:19,23
180:24
**10/13 (3)**
179:18,18,20
**10:00 (2)**
2:4 303:8
**10:02:05AM (1)**
6:11
**10:02:07AM (1)**
6:12
**10:02:50AM (1)**
6:15
**10:03:06AM (1)**
6:22
**10:03:16AM (1)**
6:24
**10:03:19AM (2)**
7:2,3
**10:03:22AM (1)**
7:4
**10:03:28AM (1)**
7:6
**10:03:35AM (1)**

7:9
**10:03:39AM (1)**
7:12
**10:03:52AM (1)**
7:18
**10:03:59AM (1)**
7:19
**10:04 (1)**
6:21
**10:04:02AM (1)**
7:22
**10:04:05AM (2)**
7:24,25
**10:04:07AM (2)**
8:2,3
**10:04:08AM (2)**
8:4,5
**10:04:21AM (1)**
8:10
**10:04:30AM (1)**
8:13
**10:04:31AM (1)**
8:14
**10:04:35AM (1)**
8:16
**10:04:38AM (1)**
8:17
**10:04:41AM (1)**
8:18
**10:04:47AM (1)**
8:21
**10:04:50AM (1)**
8:22
**10:04:56AM (1)**
8:23
**10:05:05AM (2)**
9:3,4
**10:05:10AM (1)**
9:7
**10:05:11AM (1)**
9:8
**10:05:15AM (1)**
9:10
**10:05:16AM (1)**
9:11
**10:05:17AM (1)**
9:12
**10:05:24AM (1)**
9:13
**10:05:30AM (1)**
9:16
**10:05:32AM (1)**
9:17
**10:05:38AM (1)**
9:19
**10:06:17AM (1)**
9:25
**10:06:22AM (1)**

10:4
**10:06:31AM (1)**
10:5
**10:06:47AM (1)**
10:9
**10:06:50AM (1)**
10:11
**10:06:52AM (1)**
10:13
**10:07:02AM (1)**
10:15
**10:07:04AM (1)**
10:16
**10:07:11AM (1)**
10:18
**10:07:14AM (1)**
10:20
**10:07:16AM (1)**
10:21
**10:07:37AM (1)**
11:3
**10:07:41AM (1)**
11:5
**10:07:42AM (1)**
11:6
**10:07:44AM (1)**
11:8
**10:07:52AM (1)**
11:10
**10:08:02AM (1)**
11:13
**10:08:06AM (2)**
11:14,15
**10:08:07AM (1)**
11:16
**10:08:10AM (1)**
11:17
**10:08:38AM (1)**
11:24
**10:08:46AM (2)**
12:3,4
**10:08:48AM (2)**
12:5,6
**10:08:50AM (1)**
12:7
**10:08:54AM (1)**
12:9
**10:09:01AM (1)**
12:11
**10:09:06AM (1)**
12:13
**10:09:12AM (1)**
12:16
**10:09:13AM (1)**
12:17
**10:09:14AM (1)**
12:19
**10:09:18AM (1)**

| | | | | |
|---|---|---|---|---|
| 12:21 | 15:8 | 18:19 | 20:18,19 | 23:23 |
| **10:09:25AM (3)** | **10:11:39AM (1)** | **10:15:42AM (1)** | **10:17:20AM (1)** | **10:19:40AM (2)** |
| 12:22,23,24 | 15:11 | 18:20 | 20:20 | 24:2,3 |
| **10:09:30AM (1)** | **10:11:40AM (1)** | **10:15:45AM (1)** | **10:17:22AM (1)** | **10:19:42AM (2)** |
| 13:3 | 15:12 | 18:22 | 20:23 | 24:4,5 |
| **10:09:31AM (1)** | **10:11:45AM (1)** | **10:15:51AM (1)** | **10:17:45AM (1)** | **10:19:46AM (1)** |
| 13:4 | 15:15 | 18:24 | 21:10 | 24:8 |
| **10:09:32AM (1)** | **10:11:49AM (1)** | **10:15:54AM (1)** | **10:17:47AM (1)** | **10:19:51AM (1)** |
| 13:5 | 15:16 | 19:2 | 21:11 | 24:10 |
| **10:09:33AM (1)** | **10:11:54AM (1)** | **10:16:06AM (1)** | **10:17:52AM (1)** | **10:20:00AM (1)** |
| 13:6 | 15:18 | 19:5 | 21:14 | 24:14 |
| **10:09:38AM (1)** | **10:11:57AM (1)** | **10:16:10AM (1)** | **10:18:00AM (1)** | **10:20:09AM (1)** |
| 13:8 | 15:20 | 19:7 | 21:18 | 24:18 |
| **10:09:39AM (1)** | **10:12:25AM (1)** | **10:16:12AM (1)** | **10:18:01AM (1)** | **10:20:12AM (1)** |
| 13:9 | 16:3 | 19:8 | 21:19 | 24:20 |
| **10:09:43AM (1)** | **10:12:51AM (1)** | **10:16:15AM (1)** | **10:18:06AM (1)** | **10:20:17AM (1)** |
| 13:11 | 16:7 | 19:10 | 21:21 | 24:21 |
| **10:09:45AM (1)** | **10:12:59AM (1)** | **10:16:16AM (1)** | **10:18:07AM (1)** | **10:20:23AM (1)** |
| 13:12 | 16:10 | 19:11 | 21:22 | 24:24 |
| **10:09:49AM (1)** | **10:13:23AM (1)** | **10:16:19AM (1)** | **10:18:12AM (1)** | **10:20:25AM (1)** |
| 13:14 | 16:18 | 19:13 | 21:25 | 25:2 |
| **10:09:51AM (1)** | **10:13:26AM (2)** | **10:16:21AM (1)** | **10:18:14AM (1)** | **10:20:34AM (1)** |
| 13:15 | 16:20,21 | 19:14 | 22:2 | 25:6 |
| **10:09:52AM (1)** | **10:13:43AM (1)** | **10:16:24AM (2)** | **10:18:15AM (1)** | **10:20:45AM (1)** |
| 13:16 | 16:24 | 19:16,17 | 22:4 | 25:9 |
| **10:09:58AM (1)** | **10:13:45AM (1)** | **10:16:26AM (1)** | **10:18:20AM (1)** | **10:20:46AM (1)** |
| 13:19 | 16:25 | 19:18 | 22:5 | 25:10 |
| **10:09:59AM (1)** | **10:13:46AM (1)** | **10:16:28AM (1)** | **10:18:25AM (1)** | **10:20:49AM (1)** |
| 13:20 | 17:2 | 19:19 | 22:6 | 25:12 |
| **10:10:17AM (1)** | **10:14:16AM (1)** | **10:16:30AM (1)** | **10:18:34AM (1)** | **10:20:50AM (1)** |
| 13:25 | 17:10 | 19:20 | 22:10 | 25:13 |
| **10:10:27AM (1)** | **10:14:21AM (2)** | **10:16:38AM (1)** | **10:18:38AM (1)** | **10:20:52AM (1)** |
| 14:4 | 17:12,13 | 19:21 | 22:11 | 25:14 |
| **10:10:31AM (1)** | **10:14:27AM (1)** | **10:16:39AM (1)** | **10:18:48AM (2)** | **10:20:54AM (1)** |
| 14:5 | 17:16 | 19:22 | 22:15,16 | 25:15 |
| **10:10:39AM (1)** | **10:14:32AM (1)** | **10:16:40AM (1)** | **10:18:54AM (1)** | **10:21:02AM (1)** |
| 14:7 | 17:17 | 19:23 | 22:20 | 25:19 |
| **10:10:41AM (1)** | **10:14:36AM (1)** | **10:16:44AM (1)** | **10:18:55AM (1)** | **10:21:12AM (1)** |
| 14:8 | 17:19 | 19:25 | 22:21 | 25:21 |
| **10:10:42AM (1)** | **10:14:46AM (2)** | **10:16:47AM (1)** | **10:18:58AM (1)** | **10:21:20AM (1)** |
| 14:9 | 17:23,24 | 20:2 | 22:24 | 25:23 |
| **10:10:44AM (1)** | **10:14:47AM (1)** | **10:16:49AM (1)** | **10:18:59AM (1)** | **10:21:40AM (1)** |
| 14:10 | 17:25 | 20:3 | 22:25 | 26:3 |
| **10:10:51AM (1)** | **10:15:01AM (1)** | **10:16:56AM (1)** | **10:19:02AM (1)** | **10:21:46AM (1)** |
| 14:12 | 18:5 | 20:7 | 23:2 | 26:6 |
| **10:11:00AM (1)** | **10:15:04AM (1)** | **10:16:57AM (1)** | **10:19:11AM (1)** | **10:22:02AM (1)** |
| 14:17 | 18:6 | 20:8 | 23:7 | 26:7 |
| **10:11:04AM (1)** | **10:15:05AM (1)** | **10:17:01AM (1)** | **10:19:12AM (2)** | **10:22:05AM (1)** |
| 14:20 | 18:7 | 20:10 | 23:8,9 | 26:9 |
| **10:11:05AM (1)** | **10:15:20AM (1)** | **10:17:02AM (1)** | **10:19:18AM (3)** | **10:22:25AM (1)** |
| 14:21 | 18:12 | 20:11 | 23:12,13,14 | 26:12 |
| **10:11:12AM (4)** | **10:15:21AM (1)** | **10:17:10AM (1)** | **10:19:23AM (1)** | **10:22:46AM (1)** |
| 14:23,24,25 15:2 | 18:13 | 20:13 | 23:17 | 26:15 |
| **10:11:26AM (1)** | **10:15:28AM (1)** | **10:17:14AM (1)** | **10:19:28AM (1)** | **10:22:56AM (1)** |
| 15:6 | 18:16 | 20:15 | 23:18 | 26:19 |
| **10:11:30AM (1)** | **10:15:36AM (1)** | **10:17:15AM (1)** | **10:19:30AM (2)** | **10:22:57AM (1)** |
| 15:7 | 18:18 | 20:16 | 23:20,21 | 26:20 |
| **10:11:32AM (1)** | **10:15:38AM (1)** | **10:17:17AM (2)** | **10:19:34AM (1)** | **10:22:59AM (1)** |

| | | | | |
|---|---|---|---|---|
| 26:22 | 30:24 | 33:4 | 35:12 | 38:6 |
| **10:23:06AM (1)** | **10:36:35AM (1)** | **10:38:18AM (1)** | **10:41:00AM (1)** | **10:44:37AM (1)** |
| 26:25 | 31:4 | 33:5 | 35:14 | 38:7 |
| **10:23:08AM (1)** | **10:36:39AM (1)** | **10:38:23AM (1)** | **10:41:09AM (1)** | **10:44:43AM (1)** |
| 27:2 | 31:6 | 33:7 | 35:16 | 38:8 |
| **10:23:12AM (1)** | **10:36:41AM (1)** | **10:38:26AM (1)** | **10:41:20AM (1)** | **10:44:54AM (1)** |
| 27:4 | 31:7 | 33:8 | 35:21 | 38:11 |
| **10:24 (1)** | **10:36:52AM (1)** | **10:38:36AM (1)** | **10:41:23AM (1)** | **10:44:56AM (1)** |
| 27:2 | 31:12 | 33:12 | 35:23 | 38:12 |
| **10:24:45AM (1)** | **10:36:55AM (1)** | **10:38:38AM (1)** | **10:41:24AM (1)** | **10:44:58AM (1)** |
| 27:6 | 31:13 | 33:13 | 35:25 | 38:13 |
| **10:28:32AM (1)** | **10:37:02AM (1)** | **10:38:45AM (1)** | **10:41:26AM (2)** | **10:45:02AM (1)** |
| 27:8 | 31:17 | 33:17 | 36:3,4 | 38:15 |
| **10:28:33AM (1)** | **10:37:03AM (1)** | **10:38:46AM (1)** | **10:41:27AM (1)** | **10:45:06AM (1)** |
| 27:9 | 31:18 | 33:18 | 36:5 | 38:16 |
| **10:29 (1)** | **10:37:05AM (1)** | **10:38:57AM (1)** | **10:41:28AM (1)** | **10:45:13AM (1)** |
| 27:6 | 31:19 | 33:22 | 36:6 | 38:18 |
| **10:29:38AM (1)** | **10:37:07AM (1)** | **10:39:03AM (1)** | **10:41:32AM (1)** | **10:45:30AM (1)** |
| 28:10 | 31:20 | 33:25 | 36:8 | 38:20 |
| **10:29:43AM (1)** | **10:37:11AM (2)** | **10:39:12AM (1)** | **10:41:38AM (1)** | **10:45:42AM (1)** |
| 28:12 | 31:22,23 | 34:3 | 36:9 | 38:25 |
| **10:29:44AM (1)** | **10:37:14AM (1)** | **10:39:13AM (2)** | **10:41:41AM (1)** | **10:45:46AM (1)** |
| 28:13 | 31:25 | 34:4,5 | 36:11 | 39:3 |
| **10:30:13AM (1)** | **10:37:20AM (1)** | **10:39:19AM (1)** | **10:41:44AM (1)** | **10:45:48AM (1)** |
| 28:25 | 32:4 | 34:6 | 36:12 | 39:4 |
| **10:30:17AM (2)** | **10:37:22AM (1)** | **10:39:20AM (1)** | **10:41:51AM (1)** | **10:45:58AM (1)** |
| 29:4,5 | 32:5 | 34:7 | 36:14 | 39:8 |
| **10:30:21AM (3)** | **10:37:27AM (1)** | **10:39:22AM (1)** | **10:41:57AM (1)** | **10:46:01AM (1)** |
| 29:7,8,9 | 32:6 | 34:8 | 36:15 | 39:9 |
| **10:30:23AM (1)** | **10:37:28AM (1)** | **10:39:28AM (1)** | **10:42:00AM (1)** | **10:46:12AM (1)** |
| 29:10 | 32:7 | 34:9 | 36:16 | 39:12 |
| **10:30:27AM (1)** | **10:37:30AM (1)** | **10:39:32AM (1)** | **10:42:07AM (1)** | **10:47:07AM (3)** |
| 29:13 | 32:8 | 34:11 | 36:17 | 40:4,6,7 |
| **10:30:43AM (1)** | **10:37:33AM (2)** | **10:39:33AM (1)** | **10:42:09AM (1)** | **10:47:09AM (1)** |
| 29:18 | 32:10,11 | 34:12 | 36:18 | 40:8 |
| **10:30:51AM (2)** | **10:37:35AM (1)** | **10:39:37AM (1)** | **10:42:29AM (1)** | **10:47:16AM (1)** |
| 29:22,23 | 32:12 | 34:13 | 36:22 | 40:11 |
| **10:30:59AM (2)** | **10:37:36AM (1)** | **10:39:56AM (1)** | **10:42:36AM (1)** | **10:47:25AM (1)** |
| 30:2,3 | 32:13 | 34:15 | 36:24 | 40:12 |
| **10:31:00AM (1)** | **10:37:37AM (1)** | **10:40:11AM (1)** | **10:42:54AM (1)** | **10:47:36AM (1)** |
| 30:4 | 32:14 | 34:18 | 37:4 | 40:14 |
| **10:31:01AM (1)** | **10:37:38AM (1)** | **10:40:12AM (1)** | **10:43:01AM (1)** | **10:47:44AM (1)** |
| 30:5 | 32:15 | 34:19 | 37:7 | 40:18 |
| **10:31:04AM (1)** | **10:37:42AM (1)** | **10:40:22AM (2)** | **10:43:02AM (2)** | **10:47:45AM (1)** |
| 30:6 | 32:17 | 34:23,24 | 37:8,9 | 40:19 |
| **10:31:09AM (1)** | **10:37:46AM (1)** | **10:40:30AM (1)** | **10:43:10AM (1)** | **10:47:52AM (1)** |
| 30:8 | 32:18 | 34:25 | 37:12 | 40:22 |
| **10:31:10AM (1)** | **10:37:56AM (1)** | **10:40:31AM (1)** | **10:43:34AM (1)** | **10:47:53AM (1)** |
| 30:9 | 32:20 | 35:2 | 37:15 | 40:23 |
| **10:31:36AM (1)** | **10:38 (1)** | **10:40:38AM (2)** | **10:44:13AM (1)** | **10:47:55AM (1)** |
| 30:22 | 31:4 | 35:5,6 | 37:25 | 40:24 |
| **10:31:37AM (1)** | **10:38:00AM (1)** | **10:40:39AM (1)** | **10:44:23AM (1)** | **10:47:57AM (1)** |
| 30:23 | 32:21 | 35:8 | 38:3 | 40:25 |
| **10:31:39AM (1)** | **10:38:06AM (1)** | **10:40:40AM (1)** | **10:44:28AM (1)** | **10:48:06AM (1)** |
| 30:24 | 32:24 | 35:9 | 38:4 | 41:4 |
| **10:31:43AM (1)** | **10:38:08AM (1)** | **10:40:45AM (1)** | **10:44:33AM (1)** | **10:48:12AM (1)** |
| 31:2 | 32:25 | 35:10 | 38:5 | 41:7 |
| **10:33 (1)** | **10:38:13AM (1)** | **10:40:58AM (1)** | **10:44:34AM (1)** | **10:48:14AM (1)** |

41:9
**10:48:18AM (1)**
41:10
**10:48:23AM (1)**
41:13
**10:48:37AM (1)**
41:15
**10:48:38AM (1)**
41:16
**10:48:42AM (1)**
41:17
**10:50:08AM (1)**
42:17
**10:50:11AM (1)**
42:20
**10:50:14AM (1)**
42:21
**10:50:22AM (1)**
42:25
**10:50:23AM (1)**
43:2
**10:50:29AM (1)**
43:3
**10:50:55AM (1)**
43:7
**10:50:58AM (1)**
43:9
**10:51:52AM (1)**
44:2
**10:52:40AM (1)**
44:13
**10:52:47AM (1)**
44:16
**10:54:20AM (1)**
45:19
**10:54:22AM (2)**
45:20,21
**10:54:23AM (1)**
45:22
**10:54:25AM (1)**
45:23
**10:54:31AM (1)**
46:2
**10:55:26AM (1)**
46:14
**10:55:41AM (1)**
46:16
**10:55:45AM (1)**
46:17
**10:56:04AM (1)**
46:19
**10:57:14AM (1)**
47:11
**10:57:22AM (1)**
47:13
**10:57:23AM (1)**
47:14
**10:57:30AM (1)**

47:17
**10:57:34AM (1)**
47:19
**10:57:54AM (1)**
47:23
**10:57:55AM (1)**
47:24
**10:57:56AM (2)**
47:25 48:2
**10:57:59AM (1)**
48:3
**10:58:03AM (1)**
48:4
**10:58:07AM (1)**
48:6
**10:58:08AM (1)**
48:7
**10:58:14AM (1)**
48:10
**10:58:15AM (1)**
48:11
**10:58:25AM (1)**
48:14
**10:59:03AM (1)**
49:2
**10:59:09AM (1)**
49:4
**10:59:11AM (1)**
49:5
**10:59:16AM (2)**
49:7,8
**10:59:20AM (1)**
49:10
**10:59:32AM (1)**
49:14
**100 (2)**
4:13 190:13
**10003 (1)**
3:6
**101 (3)**
356:12,13,17
**103 (1)**
360:12
**1042s (1)**
280:21
**10523 (1)**
3:12
**11 (4)**
298:20,24 299:8
360:20
**11th (2)**
9:22 10:6
**11:00:10AM (1)**
49:25
**11:00:15AM (2)**
50:3,4
**11:00:16AM (1)**
50:5

**11:00:19AM (1)**
50:6
**11:00:32AM (1)**
50:9
**11:00:35AM (1)**
50:10
**11:00:46AM (1)**
50:12
**11:00:50AM (1)**
50:14
**11:01:01AM (1)**
50:16
**11:01:04AM (1)**
50:18
**11:01:09AM (1)**
50:20
**11:01:11AM (1)**
50:22
**11:01:25AM (1)**
50:25
**11:01:52AM (1)**
51:5
**11:02:00AM (1)**
51:9
**11:02:03AM (1)**
51:10
**11:02:17AM (1)**
51:12
**11:03:00AM (1)**
51:23
**11:03:02AM (1)**
51:24
**11:03:05AM (1)**
51:25
**11:03:30AM (1)**
52:5
**11:04:05AM (1)**
52:18
**11:04:08AM (1)**
52:20
**11:04:09AM (1)**
52:21
**11:04:12AM (1)**
52:23
**11:04:13AM (1)**
52:25
**11:04:21AM (1)**
53:5
**11:04:28AM (1)**
53:7
**11:04:37AM (1)**
53:9
**11:04:40AM (1)**
53:11
**11:04:43AM (1)**
53:13
**11:04:46AM (1)**
53:15

**11:04:52AM (1)**
53:17
**11:04:55AM (1)**
53:19
**11:04:56AM (1)**
53:20
**11:05:14AM (1)**
53:25
**11:05:17AM (1)**
54:3
**11:05:19AM (1)**
54:4
**11:05:22AM (1)**
54:6
**11:05:26AM (1)**
54:7
**11:05:37AM (1)**
54:10
**11:05:38AM (1)**
54:11
**11:05:42AM (1)**
54:13
**11:05:44AM (1)**
54:15
**11:05:47AM (1)**
54:18
**11:05:54AM (1)**
54:20
**11:06:02AM (1)**
54:21
**11:06:54AM (1)**
55:6
**11:07:24AM (1)**
55:14
**11:07:45AM (1)**
55:19
**11:07:47AM (1)**
55:20
**11:07:53AM (3)**
55:23,24,25
**11:07:58AM (2)**
56:3,4
**11:08:07AM (1)**
56:7
**11:08:08AM (1)**
56:8
**11:08:10AM (1)**
56:9
**11:08:14AM (1)**
56:12
**11:08:15AM (1)**
56:13
**11:08:18AM (1)**
56:15
**11:08:19AM (1)**
56:16
**11:08:31AM (1)**
56:17

**11:08:33AM (1)**
56:19
**11:08:47AM (1)**
56:20
**11:08:51AM (1)**
56:22
**11:08:58AM (1)**
56:23
**11:09:03AM (1)**
57:2
**11:09:11AM (1)**
57:5
**11:09:15AM (1)**
57:6
**11:09:23AM (1)**
57:9
**11:09:27AM (1)**
57:10
**11:09:30AM (1)**
57:12
**11:09:36AM (1)**
57:14
**11:09:38AM (1)**
57:16
**11:09:40AM (1)**
57:18
**11:09:45AM (2)**
57:20,21
**11:09:52AM (1)**
57:24
**11:09:57AM (1)**
58:3
**11:09:58AM (1)**
58:4
**11:10:03AM (2)**
58:6,7
**11:10:10AM (1)**
58:10
**11:10:12AM (1)**
58:11
**11:10:27AM (1)**
58:12
**11:10:29AM (1)**
58:13
**11:10:40AM (1)**
58:15
**11:10:41AM (1)**
58:16
**11:10:42AM (1)**
58:17
**11:10:48AM (1)**
58:19
**11:11:08AM (1)**
58:24
**11:11:14AM (1)**
59:2
**11:11:21AM (1)**
59:3

| | | | | |
|---|---|---|---|---|
| **11:11:23AM (1)** 59:5 | **11:13:40AM (1)** 61:13 | **11:15:15AM (1)** 63:9 | **11:17:33AM (1)** 65:5 | **11:19:51AM (1)** 66:24 |
| **11:11:26AM (1)** 59:6 | **11:13:41AM (1)** 61:14 | **11:15:17AM (1)** 63:10 | **11:17:35AM (1)** 65:6 | **11:19:56AM (2)** 67:2,3 |
| **11:11:27AM (1)** 59:7 | **11:13:45AM (1)** 61:15 | **11:15:25AM (1)** 63:11 | **11:17:37AM (1)** 65:7 | **11:19:57AM (2)** 67:4,5 |
| **11:11:31AM (1)** 59:8 | **11:13:47AM (2)** 61:16,17 | **11:15:29AM (1)** 63:13 | **11:17:40AM (1)** 65:8 | **11:20:01AM (1)** 67:6 |
| **11:11:34AM (1)** 59:10 | **11:13:52AM (1)** 61:19 | **11:15:33AM (1)** 63:14 | **11:17:42AM (1)** 65:10 | **11:20:02AM (1)** 67:7 |
| **11:11:35AM (1)** 59:11 | **11:13:59AM (1)** 61:21 | **11:15:45AM (1)** 63:16 | **11:17:49AM (1)** 65:11 | **11:20:06AM (2)** 67:9,10 |
| **11:11:37AM (1)** 59:13 | **11:14:00AM (1)** 61:22 | **11:15:49AM (1)** 63:18 | **11:17:51AM (1)** 65:13 | **11:20:11AM (1)** 67:12 |
| **11:11:41AM (1)** 59:14 | **11:14:01AM (1)** 61:23 | **11:15:57AM (1)** 63:19 | **11:17:55AM (1)** 65:14 | **11:20:17AM (1)** 67:13 |
| **11:11:43AM (1)** 59:16 | **11:14:03AM (1)** 61:24 | **11:16:02AM (1)** 63:21 | **11:18:07AM (1)** 65:15 | **11:20:20AM (1)** 67:15 |
| **11:11:51AM (1)** 59:17 | **11:14:04AM (1)** 61:25 | **11:16:06AM (1)** 63:23 | **11:18:30AM (1)** 65:18 | **11:20:27AM (1)** 67:16 |
| **11:11:54AM (2)** 59:19,20 | **11:14:06AM (1)** 62:3 | **11:16:09AM (1)** 63:24 | **11:18:33AM (1)** 65:20 | **11:20:32AM (1)** 67:18 |
| **11:11:55AM (1)** 59:22 | **11:14:11AM (1)** 62:5 | **11:16:11AM (1)** 63:25 | **11:18:35AM (1)** 65:22 | **11:20:34AM (1)** 67:20 |
| **11:11:56AM (1)** 59:23 | **11:14:12AM (1)** 62:6 | **11:16:13AM (1)** 64:2 | **11:18:38AM (1)** 65:23 | **11:20:50AM (1)** 68:2 |
| **11:12:34AM (1)** 60:10 | **11:14:13AM (1)** 62:7 | **11:16:18AM (1)** 64:3 | **11:18:43AM (1)** 65:24 | **11:21:03AM (1)** 68:4 |
| **11:12:39AM (1)** 60:12 | **11:14:14AM (1)** 62:8 | **11:16:20AM (1)** 64:4 | **11:18:45AM (1)** 65:25 | **11:21:04AM (1)** 68:5 |
| **11:12:43AM (1)** 60:13 | **11:14:25AM (1)** 62:9 | **11:16:30AM (1)** 64:7 | **11:18:51AM (1)** 66:2 | **11:21:07AM (1)** 68:7 |
| **11:12:44AM (1)** 60:14 | **11:14:29AM (1)** 62:11 | **11:16:32AM (1)** 64:8 | **11:18:54AM (1)** 66:4 | **11:21:08AM (1)** 68:8 |
| **11:12:52AM (1)** 60:16 | **11:14:33AM (1)** 62:13 | **11:16:33AM (1)** 64:9 | **11:18:56AM (1)** 66:5 | **11:21:09AM (1)** 68:9 |
| **11:12:55AM (1)** 60:18 | **11:14:34AM (1)** 62:14 | **11:16:37AM (1)** 64:11 | **11:18:58AM (1)** 66:6 | **11:21:11AM (1)** 68:10 |
| **11:13:04AM (1)** 60:21 | **11:14:37AM (1)** 62:16 | **11:16:42AM (1)** 64:12 | **11:18:59AM (1)** 66:7 | **11:21:16AM (1)** 68:11 |
| **11:13:07AM (1)** 60:23 | **11:14:42AM (1)** 62:17 | **11:16:44AM (1)** 64:13 | **11:19:03AM (1)** 66:9 | **11:22:14AM (1)** 68:13 |
| **11:13:08AM (1)** 60:24 | **11:14:46AM (1)** 62:19 | **11:16:46AM (1)** 64:14 | **11:19:06AM (1)** 66:10 | **11:22:18AM (1)** 68:14 |
| **11:13:11AM (1)** 60:25 | **11:14:54AM (1)** 62:21 | **11:16:52AM (1)** 64:16 | **11:19:10AM (1)** 66:12 | **11:22:19AM (1)** 68:15 |
| **11:13:15AM (1)** 61:2 | **11:15:00AM (2)** 62:24,25 | **11:16:53AM (1)** 64:17 | **11:19:19AM (1)** 66:13 | **11:22:37AM (1)** 68:18 |
| **11:13:27AM (1)** 61:6 | **11:15:03AM (1)** 63:2 | **11:16:54AM (1)** 64:18 | **11:19:24AM (2)** 66:15,16 | **11:22:49AM (1)** 68:22 |
| **11:13:28AM (1)** 61:7 | **11:15:04AM (1)** 63:3 | **11:17:00AM (1)** 64:21 | **11:19:36AM (1)** 66:19 | **11:22:51AM (1)** 68:23 |
| **11:13:34AM (1)** 61:10 | **11:15:05AM (1)** 63:4 | **11:17:06AM (1)** 64:23 | **11:19:38AM (1)** 66:20 | **11:22:53AM (1)** 68:24 |
| **11:13:35AM (1)** 61:11 | **11:15:08AM (1)** 63:5 | **11:17:15AM (1)** 64:24 | **11:19:41AM (1)** 66:21 | **11:23:02AM (1)** 68:25 |
| **11:13:36AM (1)** 61:12 | **11:15:14AM (1)** 63:8 | **11:17:28AM (1)** 65:2 | **11:19:46AM (1)** 66:23 | **11:23:08AM (1)** 69:3 |

| | | | | |
|---|---|---|---|---|
| **11:23:12AM (2)**<br>69:4,5 | **11:29:00AM (1)**<br>73:12 | **11:33:16AM (1)**<br>77:12 | **11:49:16AM (1)**<br>82:7 | **11:52:37AM (1)**<br>84:12 |
| **11:23:17AM (1)**<br>69:7 | **11:29:07AM (2)**<br>73:14,15 | **11:33:20AM (1)**<br>77:13 | **11:49:17AM (1)**<br>82:8 | **11:52:41AM (1)**<br>84:13 |
| **11:23:36AM (1)**<br>69:11 | **11:29:15AM (1)**<br>73:19 | **11:33:40AM (1)**<br>77:21 | **11:49:21AM (1)**<br>82:10 | **11:53:01AM (1)**<br>84:20 |
| **11:23:38AM (1)**<br>69:13 | **11:29:24AM (1)**<br>73:20 | **11:33:44AM (1)**<br>77:23 | **11:49:44AM (1)**<br>82:14 | **11:53:05AM (1)**<br>84:22 |
| **11:23:48AM (1)**<br>69:14 | **11:29:31AM (1)**<br>73:23 | **11:33:46AM (1)**<br>77:24 | **11:49:46AM (1)**<br>82:15 | **11:53:07AM (1)**<br>84:23 |
| **11:23:54AM (1)**<br>69:16 | **11:29:32AM (1)**<br>73:24 | **11:33:51AM (1)**<br>78:2 | **11:49:58AM (1)**<br>82:18 | **11:53:10AM (2)**<br>84:24,25 |
| **11:24:01AM (1)**<br>69:17 | **11:29:53AM (1)**<br>74:6 | **11:33:55AM (1)**<br>78:4 | **11:50 (1)**<br>82:5 | **11:53:13AM (1)**<br>85:2 |
| **11:24:07AM (1)**<br>69:20 | **11:29:58AM (1)**<br>74:8 | **11:33:59AM (1)**<br>78:6 | **11:50:09AM (1)**<br>82:19 | **11:53:15AM (1)**<br>85:3 |
| **11:24:11AM (1)**<br>69:22 | **11:30:03AM (1)**<br>74:10 | **11:34:10AM (1)**<br>78:9 | **11:50:14AM (2)**<br>82:21,22 | **11:53:36AM (1)**<br>85:6 |
| **11:24:13AM (1)**<br>69:23 | **11:30:35AM (1)**<br>74:18 | **11:34:13AM (1)**<br>78:10 | **11:50:25AM (1)**<br>82:23 | **11:53:39AM (1)**<br>85:8 |
| **11:24:20AM (1)**<br>70:2 | **11:30:47AM (1)**<br>74:21 | **11:34:28AM (1)**<br>78:14 | **11:50:31AM (1)**<br>82:25 | **11:53:42AM (1)**<br>85:9 |
| **11:24:54AM (1)**<br>70:10 | **11:30:49AM (1)**<br>74:22 | **11:35:44AM (1)**<br>79:7 | **11:50:34AM (1)**<br>83:3 | **11:54:19AM (1)**<br>85:18 |
| **11:25:00AM (1)**<br>70:13 | **11:30:56AM (1)**<br>74:24 | **11:35:51AM (2)**<br>79:9,10 | **11:50:40AM (1)**<br>83:4 | **11:54:36AM (1)**<br>85:20 |
| **11:25:21AM (1)**<br>70:20 | **11:31:00AM (1)**<br>74:25 | **11:35:59AM (1)**<br>79:13 | **11:50:43AM (1)**<br>83:5 | **11:54:39AM (1)**<br>85:21 |
| **11:25:27AM (1)**<br>70:23 | **11:31:02AM (2)**<br>75:3,4 | **11:36:00AM (1)**<br>79:14 | **11:50:52AM (1)**<br>83:7 | **11:54:40AM (1)**<br>85:22 |
| **11:25:38AM (1)**<br>71:3 | **11:31:08AM (1)**<br>75:7 | **11:36:26AM (1)**<br>79:24 | **11:51:05AM (1)**<br>83:10 | **11:54:51AM (1)**<br>85:25 |
| **11:25:48AM (1)**<br>71:6 | **11:31:10AM (1)**<br>75:8 | **11:36:30AM (1)**<br>80:2 | **11:51:07AM (1)**<br>83:11 | **11:54:52AM (1)**<br>86:2 |
| **11:25:54AM (1)**<br>71:7 | **11:31:15AM (1)**<br>75:11 | **11:36:36AM (1)**<br>80:3 | **11:51:12AM (1)**<br>83:12 | **11:55:07AM (1)**<br>86:5 |
| **11:26:01AM (3)**<br>71:10,11,12 | **11:31:24AM (1)**<br>75:15 | **11:36:46AM (1)**<br>80:7 | **11:51:18AM (1)**<br>83:13 | **11:55:15AM (1)**<br>86:8 |
| **11:26:03AM (1)**<br>71:13 | **11:31:28AM (1)**<br>75:17 | **11:37:20AM (1)**<br>80:17 | **11:51:19AM (1)**<br>83:14 | **11:55:19AM (1)**<br>86:10 |
| **11:26:29AM (1)**<br>71:20 | **11:31:33AM (2)**<br>75:20,21 | **11:37:49AM (1)**<br>80:19 | **11:51:20AM (1)**<br>83:15 | **11:55:20AM (1)**<br>86:11 |
| **11:26:36AM (1)**<br>71:22 | **11:31:37AM (1)**<br>75:23 | **11:38:17AM (1)**<br>81:6 | **11:51:23AM (1)**<br>83:16 | **11:55:21AM (2)**<br>86:12,13 |
| **11:26:50AM (1)**<br>72:3 | **11:31:57AM (1)**<br>76:8 | **11:38:18AM (1)**<br>81:7 | **11:51:30AM (1)**<br>83:17 | **11:55:22AM (1)**<br>86:14 |
| **11:27:16AM (1)**<br>72:6 | **11:32:00AM (2)**<br>76:9,10 | **11:38:51AM (1)**<br>81:20 | **11:51:36AM (1)**<br>83:18 | **11:55:24AM (1)**<br>86:15 |
| **11:27:25AM (1)**<br>72:9 | **11:32:03AM (1)**<br>76:12 | **11:38:55AM (1)**<br>81:23 | **11:51:49AM (1)**<br>83:20 | **11:55:25AM (2)**<br>86:16,17 |
| **11:27:34AM (1)**<br>72:13 | **11:33:00AM (1)**<br>77:3 | **11:39:00AM (1)**<br>81:25 | **11:51:54AM (1)**<br>83:23 | **11:55:28AM (1)**<br>86:19 |
| **11:27:55AM (1)**<br>72:14 | **11:33:03AM (2)**<br>77:5,6 | **11:39:08AM (1)**<br>82:3 | **11:52:01AM (1)**<br>83:24 | **11:55:31AM (2)**<br>86:21,22 |
| **11:28:50AM (1)**<br>73:8 | **11:33:07AM (2)**<br>77:7,8 | **11:40 (1)**<br>81:25 | **11:52:04AM (1)**<br>84:2 | **11:55:39AM (1)**<br>86:25 |
| **11:28:54AM (1)**<br>73:10 | **11:33:15AM (1)**<br>77:11 | **11:49:13AM (1)**<br>82:5 | **11:52:25AM (1)**<br>84:7 | **11:55:46AM (1)**<br>87:3 |

| | | | | |
|---|---|---|---|---|
| **11:55:47AM (1)** 87:4 | **11:58:47AM (1)** 89:19 | **12:01:06PM (1)** 91:8 | **12:03:32PM (1)** 93:18 | **12:06:39PM (1)** 96:3 |
| **11:55:48AM (1)** 87:5 | **11:58:59AM (1)** 89:21 | **12:01:15PM (1)** 91:10 | **12:03:38PM (2)** 93:20,21 | **12:06:40PM (1)** 96:4 |
| **11:55:49AM (1)** 87:6 | **11:59:06AM (1)** 89:23 | **12:01:16PM (1)** 91:11 | **12:03:40PM (1)** 93:22 | **12:06:41PM (1)** 96:5 |
| **11:55:51AM (1)** 87:7 | **11:59:13AM (1)** 89:24 | **12:01:20PM (1)** 91:13 | **12:03:41PM (1)** 93:23 | **12:06:42PM (1)** 96:6 |
| **11:56:01AM (1)** 87:8 | **11:59:19AM (1)** 90:2 | **12:01:21PM (1)** 91:14 | **12:03:48PM (1)** 94:2 | **12:06:46PM (1)** 96:7 |
| **11:56:38AM (1)** 87:17 | **11:59:28AM (1)** 90:4 | **12:01:22PM (1)** 91:15 | **12:03:49PM (1)** 94:3 | **12:06:50PM (1)** 96:9 |
| **11:56:42AM (1)** 87:19 | **11:59:59AM (1)** 90:6 | **12:01:23PM (1)** 91:16 | **12:03:57PM (1)** 94:4 | **12:06:51PM (1)** 96:10 |
| **11:56:43AM (1)** 87:20 | **11501 (1)** 4:6 | **12:01:26PM (1)** 91:18 | **12:04:13PM (1)** 94:9 | **12:06:53PM (1)** 96:11 |
| **11:56:44AM (1)** 87:21 | **11556-0926 (1)** 3:22 | **12:01:27PM (1)** 91:19 | **12:04:14PM (1)** 94:10 | **12:06:55PM (2)** 96:12,13 |
| **11:56:46AM (3)** 87:22,23,24 | **11730 (2)** 6:10 10:14 | **12:01:30PM (1)** 91:20 | **12:04:21PM (1)** 94:12 | **12:06:58PM (1)** 96:15 |
| **11:56:49AM (1)** 87:25 | **11788 (1)** 4:14 | **12:01:31PM (1)** 91:21 | **12:04:24PM (1)** 94:13 | **12:07:05PM (1)** 96:16 |
| **11:56:54AM (1)** 88:3 | **12 (13)** 126:8 144:10 201:9 | **12:01:35PM (1)** 91:23 | **12:04:28PM (1)** 94:14 | **12:07:06PM (1)** 96:17 |
| **11:56:58AM (1)** 88:4 | 245:23 246:5,8 | **12:01:43PM (1)** 91:24 | **12:04:32PM (1)** 94:15 | **12:07:10PM (1)** 96:19 |
| **11:57:21AM (1)** 88:10 | 252:9,15 335:13,17 | **12:01:45PM (1)** 91:25 | **12:04:37PM (1)** 94:17 | **12:07:27PM (1)** 96:23 |
| **11:57:30AM (1)** 88:11 | 335:21 344:25 | **12:01:46PM (1)** 92:2 | **12:04:38PM (1)** 94:18 | **12:07:32PM (1)** 97:2 |
| **11:57:33AM (1)** 88:12 | 360:21 | **12:02:28PM (1)** 92:12 | **12:04:48PM (1)** 94:19 | **12:07:40PM (1)** 97:4 |
| **11:57:37AM (2)** 88:14,15 | **12s (2)** 167:15 168:19 | **12:02:34PM (1)** 92:15 | **12:05:00PM (1)** 94:21 | **12:07:42PM (1)** 97:5 |
| **11:57:40AM (1)** 88:17 | **12:00:18PM (1)** 90:9 | **12:02:35PM (1)** 92:16 | **12:05:04PM (2)** 94:23,24 | **12:07:43PM (1)** 97:6 |
| **11:57:41AM (1)** 88:18 | **12:00:21PM (1)** 90:11 | **12:02:47PM (1)** 92:18 | **12:05:07PM (1)** 95:2 | **12:07:50PM (1)** 97:9 |
| **11:57:47AM (1)** 88:21 | **12:00:23PM (1)** 90:12 | **12:02:55PM (2)** 92:22,23 | **12:05:12PM (1)** 95:3 | **12:07:53PM (2)** 97:10,11 |
| **11:57:53AM (1)** 88:23 | **12:00:27PM (1)** 90:14 | **12:03:03PM (1)** 92:25 | **12:05:21PM (1)** 95:5 | **12:07:56PM (1)** 97:13 |
| **11:57:55AM (1)** 88:24 | **12:00:42PM (1)** 90:18 | **12:03:06PM (2)** 93:3,4 | **12:05:22PM (1)** 95:6 | **12:08:00PM (1)** 97:15 |
| **11:57:57AM (1)** 88:25 | **12:00:45PM (1)** 90:20 | **12:03:09PM (2)** 93:5,6 | **12:05:48PM (1)** 95:9 | **12:08:18PM (1)** 97:18 |
| **11:58:00AM (1)** 89:3 | **12:00:46PM (1)** 90:21 | **12:03:14PM (1)** 93:8 | **12:06:08PM (1)** 95:13 | **12:08:26PM (1)** 97:21 |
| **11:58:12AM (1)** 89:7 | **12:00:52PM (1)** 90:23 | **12:03:15PM (1)** 93:9 | **12:06:16PM (2)** 95:15,16 | **12:08:32PM (1)** 97:24 |
| **11:58:14AM (1)** 89:9 | **12:00:55PM (1)** 90:25 | **12:03:18PM (1)** 93:10 | **12:06:22PM (1)** 95:18 | **12:08:33PM (1)** 97:25 |
| **11:58:19AM (1)** 89:10 | **12:00:56PM (1)** 91:2 | **12:03:22PM (1)** 93:12 | **12:06:24PM (2)** 95:20,21 | **12:08:34PM (1)** 98:2 |
| **11:58:29AM (1)** 89:13 | **12:01:00PM (1)** 91:4 | **12:03:25PM (1)** 93:14 | **12:06:30PM (1)** 95:23 | **12:08:42PM (1)** 98:5 |
| **11:58:46AM (1)** 89:18 | **12:01:01PM (1)** 91:5 | **12:03:27PM (1)** 93:15 | **12:06:32PM (1)** 95:24 | **12:08:46PM (1)** 98:7 |
| | **12:01:03PM (1)** 91:6 | | | |
| | **12:01:04PM (1)** 91:7 | | | |

| | | | | |
|---|---|---|---|---|
| **12:09:02PM (1)**<br>98:9 | **12:11:46PM (1)**<br>100:22 | **12:16:07PM (2)**<br>104:10,11 | **12:18:51PM (1)**<br>106:20 | **12:28:59PM (1)**<br>112:21 |
| **12:09:22PM (1)**<br>98:13 | **12:11:52PM (1)**<br>100:24 | **12:16:15PM (2)**<br>104:14,15 | **12:18:54PM (1)**<br>106:21 | **12:30:11PM (1)**<br>113:21 |
| **12:09:25PM (3)**<br>98:14,15,16 | **12:12:01PM (1)**<br>101:4 | **12:16:21PM (1)**<br>104:17 | **12:19:00PM (1)**<br>106:24 | **12:30:14PM (1)**<br>113:23 |
| **12:09:26PM (1)**<br>98:17 | **12:12:03PM (1)**<br>101:5 | **12:16:22PM (1)**<br>104:18 | **12:19:09PM (1)**<br>106:25 | **12:30:15PM (1)**<br>113:24 |
| **12:09:29PM (1)**<br>98:18 | **12:12:06PM (1)**<br>101:7 | **12:16:34PM (1)**<br>104:22 | **12:19:12PM (1)**<br>107:2 | **12:30:20PM (1)**<br>114:2 |
| **12:09:40PM (1)**<br>98:22 | **12:12:09PM (1)**<br>101:9 | **12:16:35PM (1)**<br>104:23 | **12:19:24PM (1)**<br>107:6 | **12:30:21PM (1)**<br>114:3 |
| **12:09:45PM (1)**<br>98:25 | **12:12:13PM (1)**<br>101:11 | **12:16:39PM (1)**<br>104:24 | **12:19:46PM (1)**<br>107:8 | **12:30:34PM (1)**<br>114:4 |
| **12:09:46PM (1)**<br>99:2 | **12:12:54PM (1)**<br>101:24 | **12:16:52PM (1)**<br>104:25 | **12:21:11PM (1)**<br>108:3 | **12:30:36PM (1)**<br>114:5 |
| **12:09:49PM (1)**<br>99:4 | **12:13:18PM (2)**<br>102:3,4 | **12:16:54PM (1)**<br>105:2 | **12:22:02PM (1)**<br>108:13 | **12:30:43PM (1)**<br>114:8 |
| **12:10:03PM (1)**<br>99:6 | **12:13:26PM (1)**<br>102:8 | **12:16:56PM (1)**<br>105:3 | **12:22:33PM (1)**<br>108:21 | **12:30:45PM (1)**<br>114:9 |
| **12:10:05PM (1)**<br>99:7 | **12:13:27PM (1)**<br>102:9 | **12:16:59PM (1)**<br>105:4 | **12:22:57PM (1)**<br>109:4 | **12:31:12PM (1)**<br>114:10 |
| **12:10:07PM (1)**<br>99:8 | **12:13:46PM (1)**<br>102:14 | **12:17:04PM (2)**<br>105:6,7 | **12:23:21PM (1)**<br>109:9 | **12:32:05PM (1)**<br>114:24 |
| **12:10:13PM (1)**<br>99:10 | **12:13:50PM (1)**<br>102:16 | **12:17:18PM (1)**<br>105:13 | **12:24:12PM (1)**<br>109:19 | **12:32:07PM (1)**<br>114:25 |
| **12:10:14PM (1)**<br>99:11 | **12:13:55PM (1)**<br>102:18 | **12:17:25PM (1)**<br>105:15 | **12:24:22PM (1)**<br>109:23 | **12:32:09PM (1)**<br>115:2 |
| **12:10:17PM (1)**<br>99:13 | **12:13:59PM (1)**<br>102:20 | **12:17:30PM (1)**<br>105:17 | **12:24:25PM (1)**<br>109:24 | **12:32:14PM (1)**<br>115:5 |
| **12:10:21PM (1)**<br>99:15 | **12:14:06PM (1)**<br>102:23 | **12:17:35PM (1)**<br>105:19 | **12:24:30PM (1)**<br>110:2 | **12:32:16PM (1)**<br>115:6 |
| **12:10:24PM (1)**<br>99:17 | **12:14:08PM (1)**<br>102:24 | **12:17:41PM (1)**<br>105:21 | **12:24:31PM (1)**<br>110:3 | **12:32:17PM (2)**<br>115:7,8 |
| **12:10:26PM (1)**<br>99:18 | **12:14:09PM (1)**<br>102:25 | **12:17:43PM (1)**<br>105:22 | **12:24:42PM (1)**<br>110:4 | **12:32:52PM (1)**<br>115:19 |
| **12:10:28PM (1)**<br>99:19 | **12:14:11PM (1)**<br>103:2 | **12:17:47PM (1)**<br>105:24 | **12:25:16PM (1)**<br>110:13 | **12:32:54PM (1)**<br>115:20 |
| **12:10:30PM (1)**<br>99:20 | **12:14:12PM (1)**<br>103:4 | **12:17:49PM (1)**<br>105:25 | **12:25:27PM (1)**<br>110:15 | **12:32:58PM (1)**<br>115:21 |
| **12:10:31PM (1)**<br>99:21 | **12:14:59PM (1)**<br>103:7 | **12:17:51PM (1)**<br>106:3 | **12:25:29PM (1)**<br>110:16 | **12:33:05PM (1)**<br>115:23 |
| **12:10:37PM (2)**<br>99:24,25 | **12:15:14PM (1)**<br>103:13 | **12:18:01PM (1)**<br>106:4 | **12:26:04PM (1)**<br>111:4 | **12:33:16PM (1)**<br>116:2 |
| **12:10:38PM (1)**<br>100:2 | **12:15:33PM (2)**<br>103:19,20 | **12:18:06PM (1)**<br>106:6 | **12:26:07PM (1)**<br>111:6 | **12:33:20PM (1)**<br>116:4 |
| **12:10:54PM (1)**<br>100:3 | **12:15:37PM (1)**<br>103:22 | **12:18:08PM (1)**<br>106:7 | **12:26:08PM (1)**<br>111:7 | **12:33:42PM (2)**<br>116:5,6 |
| **12:11:12PM (1)**<br>100:9 | **12:15:38PM (2)**<br>103:23,24 | **12:18:09PM (1)**<br>106:8 | **12:26:13PM (1)**<br>111:8 | **12:33:55PM (1)**<br>116:11 |
| **12:11:19PM (1)**<br>100:12 | **12:15:39PM (1)**<br>103:25 | **12:18:21PM (1)**<br>106:10 | **12:26:39PM (1)**<br>111:12 | **12:33:57PM (1)**<br>116:12,13 |
| **12:11:20PM (1)**<br>100:13 | **12:15:47PM (1)**<br>104:3 | **12:18:34PM (1)**<br>106:14 | **12:26:40PM (1)**<br>111:13 | **12:34:01PM (1)**<br>116:15 |
| **12:11:30PM (1)**<br>100:17 | **12:15:54PM (2)**<br>104:4,5 | **12:18:36PM (1)**<br>106:15 | **12:27:15PM (1)**<br>111:19 | **12:34:02PM (1)**<br>116:16 |
| **12:11:42PM (1)**<br>100:20 | **12:15:55PM (1)**<br>104:6 | **12:18:43PM (1)**<br>106:17 | **12:28:16PM (1)**<br>112:11 | **12:34:09PM (1)**<br>116:18 |

| | | | | |
|---|---|---|---|---|
| **12:34:24PM (2)**<br>116:24,25 | **12:38:11PM (1)**<br>120:9 | **12:40:43PM (1)**<br>123:3 | **12:42:36PM (1)**<br>125:5 | **12:46:40PM (1)**<br>128:5 |
| **12:34:28PM (1)**<br>117:3 | **12:38:19PM (2)**<br>120:12,13 | **12:40:45PM (1)**<br>123:4 | **12:42:37PM (1)**<br>125:6 | **12:46:41PM (1)**<br>128:6 |
| **12:34:31PM (1)**<br>117:6 | **12:38:24PM (1)**<br>120:15 | **12:40:49PM (1)**<br>123:6 | **12:42:42PM (1)**<br>125:7 | **12:46:44PM (1)**<br>128:8 |
| **12:34:34PM (1)**<br>117:8 | **12:38:25PM (1)**<br>120:16 | **12:40:54PM (1)**<br>123:8 | **12:42:49PM (1)**<br>125:10 | **12:46:47PM (1)**<br>128:9 |
| **12:34:35PM (2)**<br>117:10,12 | **12:38:27PM (2)**<br>120:17,18 | **12:41:03PM (1)**<br>123:12 | **12:42:55PM (1)**<br>125:11 | **12:47:11PM (1)**<br>128:16 |
| **12:34:36PM (1)**<br>117:13 | **12:38:41PM (1)**<br>120:21 | **12:41:04PM (1)**<br>123:13 | **12:43:00PM (1)**<br>125:13 | **12:47:15PM (1)**<br>128:18 |
| **12:34:37PM (1)**<br>117:14 | **12:38:51PM (1)**<br>120:25 | **12:41:06PM (2)**<br>123:15,16 | **12:43:10PM (1)**<br>125:14 | **12:47:53PM (1)**<br>129:2 |
| **12:34:43PM (1)**<br>117:17 | **12:38:57PM (1)**<br>121:4 | **12:41:09PM (1)**<br>123:18 | **12:43:15PM (1)**<br>125:16 | **12:48:02PM (1)**<br>129:5 |
| **12:34:49PM (1)**<br>117:18 | **12:38:58PM (1)**<br>121:5 | **12:41:15PM (1)**<br>123:19 | **12:43:35PM (1)**<br>125:17 | **12:48:06PM (1)**<br>129:7 |
| **12:36:13PM (1)**<br>118:18 | **12:39:06PM (1)**<br>121:9 | **12:41:18PM (1)**<br>123:21 | **12:43:37PM (1)**<br>125:18 | **12:48:09PM (1)**<br>129:9 |
| **12:36:22PM (2)**<br>118:22,23 | **12:39:08PM (1)**<br>121:10 | **12:41:19PM (1)**<br>123:22 | **12:43:40PM (1)**<br>125:20 | **12:48:11PM (1)**<br>129:10 |
| **12:36:26PM (1)**<br>118:25 | **12:39:13PM (1)**<br>121:12 | **12:41:21PM (1)**<br>123:23 | **12:43:48PM (2)**<br>125:23,24 | **12:48:13PM (1)**<br>129:11 |
| **12:36:27PM (1)**<br>119:2 | **12:39:28PM (1)**<br>121:16 | **12:41:23PM (1)**<br>123:24 | **12:43:49PM (1)**<br>125:25 | **12:48:16PM (1)**<br>129:13 |
| **12:36:35PM (1)**<br>119:5 | **12:39:31PM (1)**<br>121:18 | **12:41:26PM (1)**<br>124:2 | **12:43:51PM (1)**<br>126:2 | **12:48:22PM (1)**<br>129:15 |
| **12:36:41PM (1)**<br>119:7 | **12:39:35PM (1)**<br>121:19 | **12:41:30PM (1)**<br>124:3 | **12:43:59PM (1)**<br>126:4 | **12:48:29PM (1)**<br>129:18 |
| **12:36:42PM (1)**<br>119:8 | **12:39:38PM (1)**<br>121:21 | **12:41:40PM (1)**<br>124:7 | **12:44:00PM (1)**<br>126:5 | **12:48:30PM (2)**<br>129:19,20 |
| **12:36:44PM (1)**<br>119:9 | **12:39:42PM (1)**<br>121:23 | **12:41:41PM (1)**<br>124:8 | **12:44:22PM (1)**<br>126:9 | **12:48:33PM (1)**<br>129:22 |
| **12:37:03PM (1)**<br>119:13 | **12:39:45PM (1)**<br>121:25 | **12:41:48PM (2)**<br>124:11,12 | **12:44:27PM (1)**<br>126:11 | **12:49:10PM (1)**<br>130:10 |
| **12:37:10PM (2)**<br>119:16,17 | **12:39:46PM (1)**<br>122:2 | **12:41:50PM (1)**<br>124:14 | **12:44:29PM (1)**<br>126:12 | **12:49:11PM (2)**<br>130:11,12 |
| **12:37:11PM (1)**<br>119:18 | **12:39:51PM (1)**<br>122:4 | **12:41:53PM (1)**<br>124:17 | **12:44:35PM (2)**<br>126:15,16 | **12:49:13PM (1)**<br>130:13 |
| **12:37:22PM (1)**<br>119:22 | **12:39:52PM (1)**<br>122:5 | **12:42:04PM (1)**<br>124:18 | **12:44:36PM (1)**<br>126:17 | **12:49:22PM (1)**<br>130:14 |
| **12:37:25PM (1)**<br>119:24 | **12:39:55PM (1)**<br>122:6 | **12:42:11PM (1)**<br>124:20 | **12:44:44PM (1)**<br>126:18 | **12:49:39PM (1)**<br>130:15 |
| **12:37:26PM (1)**<br>119:25 | **12:39:56PM (1)**<br>122:7 | **12:42:17PM (1)**<br>124:21 | **12:44:47PM (1)**<br>126:20 | **12:49:42PM (1)**<br>130:17 |
| **12:37:31PM (1)**<br>120:3 | **12:39:59PM (1)**<br>122:9 | **12:42:20PM (1)**<br>124:22 | **12:44:52PM (1)**<br>126:21 | **12:49:47PM (1)**<br>130:18 |
| **12:37:33PM (1)**<br>120:4 | **12:40:00PM (1)**<br>122:10 | **12:42:22PM (1)**<br>124:23 | **12:44:54PM (1)**<br>126:22 | **12:50:02PM (1)**<br>130:20 |
| **12:37:57PM (1)**<br>120:5 | **12:40:07PM (1)**<br>122:13 | **12:42:27PM (1)**<br>124:24 | **12:45:16PM (1)**<br>127:4 | **12:50:14PM (1)**<br>130:24 |
| **12:37:59PM (1)**<br>120:6 | **12:40:23PM (1)**<br>122:17 | **12:42:32PM (1)**<br>125:2 | **12:45:21PM (1)**<br>127:5 | **12:50:42PM (1)**<br>131:8 |
| **12:38:02PM (1)**<br>120:7 | **12:40:26PM (1)**<br>122:19 | **12:42:33PM (1)**<br>125:3 | **12:46:08PM (1)**<br>127:15 | **12:50:47PM (2)**<br>131:10,11 |
| **12:38:04PM (1)**<br>120:8 | **12:40:36PM (1)**<br>122:24 | **12:42:35PM (1)**<br>125:4 | **12:46:10PM (1)**<br>127:17 | **12:50:50PM (1)**<br>131:12 |

| | | | | |
|---|---|---|---|---|
| **12:50:51PM (1)** 131:13 | **12:53:13PM (1)** 133:21 | **12:55:18PM (1)** 135:23 | **12:57:26PM (1)** 137:21 | **12:59:47PM (1)** 139:20 |
| **12:50:54PM (2)** 131:14,15 | **12:53:15PM (1)** 133:22 | **12:55:19PM (1)** 135:24 | **12:57:28PM (1)** 137:22 | **12:59:53PM (1)** 139:21 |
| **12:50:55PM (1)** 131:16 | **12:53:26PM (1)** 134:2 | **12:55:21PM (1)** 135:25 | **12:58:07PM (1)** 138:4 | **1215 (1)** 1:7 |
| **12:50:56PM (1)** 131:17 | **12:53:28PM (1)** 134:4 | **12:55:46PM (1)** 136:2 | **12:58:11PM (1)** 138:5 | **13 (5)** 179:19 339:17,19,22 360:22 |
| **12:50:57PM (1)** 131:18 | **12:53:29PM (2)** 134:5,6 | **12:55:54PM (1)** 136:5 | **12:58:12PM (1)** 138:6 | **14 (2)** 348:4 360:23 |
| **12:51:03PM (1)** 131:19 | **12:53:46PM (1)** 134:7 | **12:55:58PM (1)** 136:6 | **12:58:16PM (1)** 138:7 | **14th (1)** 153:11 |
| **12:51:08PM (1)** 131:21 | **12:53:50PM (1)** 134:8 | **12:56:06PM (1)** 136:10 | **12:58:30PM (1)** 138:9 | **141 (1)** 360:13 |
| **12:51:09PM (1)** 131:22 | **12:53:52PM (1)** 134:9 | **12:56:18PM (1)** 136:14 | **12:58:37PM (1)** 138:12 | **147 (1)** 339:23 |
| **12:51:12PM (1)** 131:23 | **12:53:54PM (1)** 134:11 | **12:56:27PM (1)** 136:15 | **12:58:38PM (1)** 138:13 | **147-150 (2)** 339:17 360:22 |
| **12:51:22PM (1)** 132:3 | **12:53:59PM (1)** 134:14 | **12:56:31PM (1)** 136:16 | **12:58:43PM (1)** 138:16 | **15 (14)** 95:7 201:9 212:15 314:19,20 315:3,4 348:7,10,12,22,25 360:11,24 |
| **12:51:28PM (2)** 132:5,6 | **12:54:05PM (1)** 134:15 | **12:56:33PM (1)** 136:17 | **12:58:44PM (1)** 138:17 | |
| **12:51:37PM (1)** 132:9 | **12:54:13PM (1)** 134:18 | **12:56:37PM (1)** 136:18 | **12:58:49PM (1)** 138:19 | |
| **12:51:40PM (1)** 132:11 | **12:54:14PM (1)** 134:19 | **12:56:40PM (1)** 136:20 | **12:58:50PM (1)** 138:20 | **150 (1)** 339:23 |
| **12:51:44PM (1)** 132:14 | **12:54:17PM (1)** 134:21 | **12:56:48PM (1)** 136:23 | **12:58:53PM (1)** 138:22 | **153 (1)** 360:14 |
| **12:51:45PM (1)** 132:15 | **12:54:18PM (1)** 134:22 | **12:56:49PM (1)** 136:24 | **12:58:57PM (1)** 138:23 | **16 (6)** 145:22 350:24 351:4 351:11,16 360:25 |
| **12:51:49PM (1)** 132:16 | **12:54:21PM (1)** 134:24 | **12:56:51PM (1)** 136:25 | **12:58:58PM (1)** 138:24 | |
| **12:52:04PM (1)** 132:19 | **12:54:24PM (1)** 135:2 | **12:56:53PM (1)** 137:2 | **12:59:04PM (1)** 139:2 | **170 (1)** 4:5 |
| **12:52:06PM (1)** 132:20 | **12:54:25PM (1)** 135:3 | **12:56:54PM (1)** 137:3 | **12:59:07PM (1)** 139:4 | **18 (1)** 186:16 |
| **12:52:15PM (1)** 132:22 | **12:54:28PM (2)** 135:5,6 | **12:57:02PM (1)** 137:6 | **12:59:15PM (1)** 139:5 | **185 (1)** 360:15 |
| **12:52:20PM (1)** 132:24 | **12:54:33PM (1)** 135:9 | **12:57:04PM (1)** 137:7 | **12:59:19PM (1)** 139:8 | **196 (1)** 360:16 |
| **12:52:28PM (1)** 133:3 | **12:54:34PM (1)** 135:10 | **12:57:06PM (1)** 137:8 | **12:59:21PM (1)** 139:9 | **1982 (4)** 59:2 60:15 62:13 301:12 |
| **12:52:34PM (1)** 133:6 | **12:54:36PM (2)** 135:11,12 | **12:57:07PM (1)** 137:9 | **12:59:24PM (1)** 139:11 | **1983 (4)** 60:25 61:7 214:25 215:3 |
| **12:52:36PM (1)** 133:7 | **12:54:41PM (1)** 135:13 | **12:57:09PM (1)** 137:11 | **12:59:25PM (1)** 139:12 | |
| **12:52:41PM (1)** 133:8 | **12:54:45PM (1)** 135:14 | **12:57:11PM (1)** 137:12 | **12:59:26PM (1)** 139:13 | **1985 (2)** 61:12 62:16 |
| **12:52:44PM (1)** 133:9 | **12:54:48PM (1)** 135:16 | **12:57:16PM (1)** 137:14 | **12:59:30PM (1)** 139:14 | **1992 (3)** 65:23 66:21 68:19 |
| **12:52:45PM (1)** 133:10 | **12:54:49PM (1)** 135:17 | **12:57:18PM (1)** 137:15 | **12:59:33PM (1)** 139:16 | **1994 (2)** 85:20,20 |
| **12:52:49PM (1)** 133:11 | **12:54:55PM (1)** 135:19 | **12:57:21PM (2)** 137:16,17 | **12:59:35PM (1)** 139:17 | **1998 (3)** 90:6,8 154:10 |
| **12:52:51PM (1)** 133:12 | **12:55:14PM (1)** 135:21 | **12:57:22PM (1)** 137:18 | **12:59:36PM (1)** 139:18 | **1999 (5)** 95:7 100:14 104:8 105:9 360:11 |
| **12:52:56PM (1)** 133:14 | **12:55:16PM (1)** 135:22 | **12:57:23PM (1)** 137:19 | **12:59:44PM (1)** 139:19 | |

2

**2 (13)**
95:7,11,22,25 102:12
104:9 105:9 167:20
254:4,18 299:3
360:11 361:8
**2:00 (1)**
130:3
**2:10:16PM (1)**
151:3
**2:10:19PM (1)**
151:5
**2:10:22PM (1)**
151:6
**2:10:35PM (1)**
151:9
**2:10:36PM (1)**
151:10
**2:10:55PM (1)**
151:14
**2:10:56PM (1)**
151:15
**2:10:57PM (1)**
151:16
**2:10:59PM (1)**
151:17
**2:11 (1)**
151:3
**2:11:00PM (1)**
151:18
**2:11:12PM (1)**
151:21
**2:11:31PM (1)**
152:4
**2:11:51PM (1)**
152:8
**2:12:03PM (1)**
152:12
**2:12:08PM (1)**
152:14
**2:12:32PM (1)**
152:17
**2:12:36PM (1)**
152:19
**2:12:41PM (1)**
152:20
**2:12:43PM (1)**
152:21
**2:12:45PM (1)**
152:22
**2:12:55PM (1)**
152:24
**2:13:00PM (1)**
153:2
**2:13:15PM (1)**
153:3
**2:13:17PM (1)**
153:5
**2:13:48PM (1)**

153:8
**2:13:58PM (1)**
153:13
**2:14:00PM (1)**
153:14
**2:14:04PM (1)**
153:16
**2:14:08PM (1)**
153:17
**2:14:12PM (2)**
153:19,20
**2:14:15PM (1)**
153:22
**2:14:16PM (1)**
153:23
**2:14:21PM (1)**
154:2
**2:14:25PM (1)**
154:3
**2:14:32PM (1)**
154:5
**2:15:00PM (1)**
154:9
**2:15:03PM (1)**
154:10
**2:15:08PM (1)**
154:12
**2:15:23PM (1)**
154:14
**2:15:36PM (1)**
154:16
**2:15:38PM (1)**
154:18
**2:15:42PM (1)**
154:19
**2:15:46PM (1)**
154:20
**2:15:57PM (1)**
154:21
**2:16:03PM (1)**
154:23
**2:16:04PM (1)**
154:24
**2:16:11PM (1)**
155:3
**2:16:12PM (1)**
155:4
**2:16:25PM (1)**
155:5
**2:16:28PM (1)**
155:7
**2:16:31PM (1)**
155:8
**2:16:34PM (1)**
155:9
**2:16:36PM (1)**
155:11
**2:16:44PM (1)**

155:14
**2:16:55PM (1)**
155:18
**2:16:57PM (1)**
155:19
**2:16:59PM (2)**
155:20,21
**2:17:03PM (1)**
155:22
**2:17:27PM (1)**
156:7
**2:17:30PM (1)**
156:8
**2:17:32PM (1)**
156:9
**2:17:34PM (1)**
156:11
**2:17:41PM (1)**
156:13
**2:17:43PM (1)**
156:14
**2:17:46PM (1)**
156:15
**2:17:48PM (1)**
156:16
**2:17:49PM (1)**
156:17
**2:17:50PM (1)**
156:18
**2:17:51PM (1)**
156:19
**2:17:53PM (1)**
156:21
**2:18:02PM (1)**
156:22
**2:18:14PM (1)**
156:25
**2:18:18PM (1)**
157:4
**2:18:20PM (1)**
157:6
**2:18:22PM (1)**
157:7
**2:18:24PM (1)**
157:9
**2:18:27PM (1)**
157:11
**2:18:29PM (1)**
157:12
**2:18:30PM (1)**
157:13
**2:18:31PM (1)**
157:14
**2:18:38PM (1)**
157:18
**2:18:40PM (1)**
157:19
**2:18:41PM (1)**

157:20
**2:18:44PM (1)**
157:21
**2:18:57PM (1)**
157:24
**2:19:00PM (1)**
157:25
**2:19:06PM (1)**
158:4
**2:19:10PM (1)**
158:6
**2:19:11PM (1)**
158:7
**2:19:39PM (1)**
158:10
**2:19:43PM (1)**
158:12
**2:19:44PM (1)**
158:13
**2:19:46PM (1)**
158:15
**2:19:47PM (1)**
158:16
**2:19:48PM (1)**
158:17
**2:19:52PM (1)**
158:19
**2:19:53PM (1)**
158:20
**2:20:06PM (1)**
158:22
**2:20:07PM (2)**
158:23,24
**2:20:10PM (1)**
158:25
**2:20:21PM (1)**
159:5
**2:20:23PM (1)**
159:7
**2:20:24PM (1)**
159:8
**2:20:25PM (1)**
159:9
**2:20:28PM (1)**
159:11
**2:20:31PM (1)**
159:12
**2:20:50PM (1)**
159:16
**2:20:55PM (1)**
159:18
**2:22:07PM (1)**
160:10
**2:22:09PM (1)**
160:11
**2:22:11PM (1)**
160:12
**2:22:17PM (1)**

160:15
**2:22:53PM (1)**
160:24
**2:23:01PM (2)**
161:4,5
**2:23:04PM (3)**
161:7,8,9
**2:23:06PM (1)**
161:10
**2:23:08PM (1)**
161:11
**2:23:11PM (1)**
161:12
**2:23:13PM (1)**
161:14
**2:23:29PM (1)**
161:20
**2:23:32PM (1)**
161:22
**2:23:38PM (1)**
161:25
**2:23:39PM (1)**
162:2
**2:23:42PM (1)**
162:3
**2:23:53PM (1)**
162:7
**2:23:59PM (1)**
162:10
**2:24:01PM (1)**
162:11
**2:24:02PM (1)**
162:12
**2:24:03PM (1)**
162:13
**2:24:04PM (1)**
162:14
**2:24:13PM (1)**
162:16
**2:24:15PM (1)**
162:18
**2:24:37PM (1)**
162:25
**2:24:41PM (1)**
163:3
**2:24:49PM (1)**
163:5
**2:24:51PM (1)**
163:6
**2:24:52PM (1)**
163:7
**2:24:54PM (1)**
163:8
**2:25:08PM (1)**
163:12
**2:25:17PM (1)**
163:15
**2:25:21PM (1)**

| | | | | |
|---|---|---|---|---|
| 163:16 | 166:4,5 | 168:23,24 | 171:3 | 174:11 |
| **2:25:25PM (1)** | **2:27:33PM (1)** | **2:30:39PM (1)** | **2:32:56PM (1)** | **2:36:37PM (1)** |
| 163:18 | 166:10 | 169:4 | 171:7 | 174:16 |
| **2:25:26PM (1)** | **2:27:39PM (1)** | **2:30:41PM (1)** | **2:32:59PM (1)** | **2:36:41PM (1)** |
| 163:19 | 166:12 | 169:5 | 171:10 | 174:18 |
| **2:25:29PM (1)** | **2:27:40PM (1)** | **2:30:44PM (1)** | **2:33:04PM (1)** | **2:36:43PM (1)** |
| 163:21 | 166:13 | 169:6 | 171:12 | 174:19 |
| **2:25:41PM (2)** | **2:27:43PM (1)** | **2:31:01PM (1)** | **2:33:08PM (1)** | **2:36:46PM (1)** |
| 163:25 164:2 | 166:15 | 169:11 | 171:14 | 174:21 |
| **2:25:51PM (1)** | **2:27:44PM (1)** | **2:31:07PM (2)** | **2:33:09PM (1)** | **2:36:47PM (1)** |
| 164:6 | 166:16 | 169:14,15 | 171:15 | 174:22 |
| **2:25:53PM (2)** | **2:27:46PM (1)** | **2:31:09PM (1)** | **2:33:12PM (1)** | **2:36:49PM (1)** |
| 164:8,9 | 166:18 | 169:16 | 171:16 | 174:24 |
| **2:25:56PM (1)** | **2:27:56PM (1)** | **2:31:14PM (1)** | **2:33:21PM (1)** | **2:36:51PM (1)** |
| 164:10 | 166:19 | 169:18 | 171:18 | 174:25 |
| **2:25:57PM (1)** | **2:28:13PM (1)** | **2:31:15PM (1)** | **2:33:24PM (1)** | **2:36:55PM (1)** |
| 164:11 | 166:24 | 169:19 | 171:20 | 175:3 |
| **2:26:01PM (1)** | **2:28:20PM (1)** | **2:31:19PM (1)** | **2:33:34PM (1)** | **2:36:56PM (1)** |
| 164:13 | 167:3 | 169:20 | 171:23 | 175:4 |
| **2:26:03PM (1)** | **2:28:23PM (1)** | **2:31:20PM (1)** | **2:33:35PM (1)** | **2:36:57PM (1)** |
| 164:14 | 167:4 | 169:21 | 171:24 | 175:5 |
| **2:26:05PM (1)** | **2:28:27PM (1)** | **2:31:23PM (1)** | **2:33:37PM (1)** | **2:37:04PM (1)** |
| 164:15 | 167:7 | 169:23 | 172:2 | 175:8 |
| **2:26:06PM (1)** | **2:28:34PM (1)** | **2:31:24PM (1)** | **2:33:38PM (1)** | **2:37:07PM (2)** |
| 164:16 | 167:9 | 169:24 | 172:3 | 175:10,11 |
| **2:26:15PM (1)** | **2:28:48PM (1)** | **2:31:26PM (1)** | **2:33:42PM (2)** | **2:37:15PM (1)** |
| 164:19 | 167:11 | 169:25 | 172:6,7 | 175:15 |
| **2:26:36PM (1)** | **2:28:56PM (1)** | **2:31:30PM (1)** | **2:33:54PM (1)** | **2:37:40PM (1)** |
| 164:24 | 167:13 | 170:2 | 172:10 | 175:25 |
| **2:26:38PM (1)** | **2:29:00PM (1)** | **2:31:35PM (1)** | **2:33:55PM (2)** | **2:37:41PM (1)** |
| 165:2 | 167:14 | 170:4 | 172:11,12 | 176:2 |
| **2:26:39PM (1)** | **2:29:30PM (1)** | **2:31:36PM (1)** | **2:33:56PM (1)** | **2:37:43PM (1)** |
| 165:3 | 167:24 | 170:5 | 172:13 | 176:4 |
| **2:26:41PM (1)** | **2:29:35PM (1)** | **2:31:37PM (1)** | **2:34:11PM (1)** | **2:37:49PM (1)** |
| 165:5 | 168:2 | 170:6 | 172:17 | 176:6 |
| **2:26:42PM (1)** | **2:29:43PM (1)** | **2:31:40PM (1)** | **2:34:15PM (1)** | **2:37:53PM (1)** |
| 165:6 | 168:4 | 170:8 | 172:19 | 176:7 |
| **2:26:47PM (1)** | **2:29:46PM (3)** | **2:31:45PM (1)** | **2:34:16PM (1)** | **2:38:06PM (1)** |
| 165:10 | 168:6,7,8 | 170:10 | 172:20 | 176:10 |
| **2:26:52PM (1)** | **2:29:47PM (1)** | **2:31:52PM (1)** | **2:34:18PM (1)** | **2:38:07PM (1)** |
| 165:11 | 168:9 | 170:11 | 172:21 | 176:11 |
| **2:27:02PM (1)** | **2:29:49PM (1)** | **2:32:17PM (1)** | **2:34:22PM (1)** | **2:38:31PM (1)** |
| 165:15 | 168:10 | 170:13 | 172:22 | 176:17 |
| **2:27:03PM (1)** | **2:29:57PM (1)** | **2:32:18PM (1)** | **2:34:24PM (1)** | **2:38:33PM (1)** |
| 165:16 | 168:12 | 170:14 | 172:23 | 176:18 |
| **2:27:07PM (1)** | **2:30:01PM (1)** | **2:32:22PM (1)** | **2:34:30PM (1)** | **2:38:43PM (1)** |
| 165:18 | 168:14 | 170:15 | 173:3 | 176:21 |
| **2:27:08PM (1)** | **2:30:02PM (1)** | **2:32:26PM (1)** | **2:35:51PM (1)** | **2:38:51PM (1)** |
| 165:19 | 168:15 | 170:17 | 173:23 | 176:24 |
| **2:27:11PM (1)** | **2:30:05PM (1)** | **2:32:29PM (1)** | **2:35:55PM (2)** | **2:38:55PM (1)** |
| 165:21 | 168:16 | 170:20 | 174:2,3 | 177:2 |
| **2:27:12PM (1)** | **2:30:24PM (1)** | **2:32:35PM (1)** | **2:35:57PM (1)** | **2:39:02PM (1)** |
| 165:22 | 168:18 | 170:22 | 174:4 | 177:5 |
| **2:27:18PM (1)** | **2:30:26PM (1)** | **2:32:38PM (1)** | **2:36:00PM (1)** | **2:39:03PM (1)** |
| 165:25 | 168:19 | 170:24 | 174:5 | 177:6 |
| **2:27:19PM (1)** | **2:30:29PM (1)** | **2:32:39PM (2)** | **2:36:16PM (1)** | **2:39:05PM (1)** |
| 166:2 | 168:21 | 170:25 171:2 | 174:10 | 177:8 |
| **2:27:22PM (2)** | **2:30:32PM (2)** | **2:32:47PM (1)** | **2:36:20PM (1)** | **2:39:11PM (1)** |

| | | | | |
|---|---|---|---|---|
| 177:10 | 179:17 | 183:2,3 | 185:18 | 188:5 |
| **2:39:15PM (1)** | **2:41:36PM (1)** | **2:45:17PM (1)** | **2:49:16PM (1)** | **2:51:35PM (1)** |
| 177:12 | 180:2 | 183:5 | 185:22 | 188:6 |
| **2:39:18PM (1)** | **2:41:41PM (1)** | **2:45:19PM (1)** | **2:49:21PM (1)** | **2:51:39PM (1)** |
| 177:13 | 180:6 | 183:6 | 185:25 | 188:8 |
| **2:39:22PM (1)** | **2:41:42PM (1)** | **2:45:45PM (1)** | **2:49:31PM (1)** | **2:51:45PM (1)** |
| 177:15 | 180:7 | 183:9 | 186:3 | 188:11 |
| **2:39:23PM (1)** | **2:41:46PM (2)** | **2:45:49PM (1)** | **2:49:32PM (1)** | **2:51:49PM (1)** |
| 177:16 | 180:9,10 | 183:10 | 186:4 | 188:14 |
| **2:39:29PM (1)** | **2:41:54PM (1)** | **2:45:51PM (1)** | **2:49:35PM (1)** | **2:51:51PM (2)** |
| 177:17 | 180:13 | 183:11 | 186:5 | 188:15,16 |
| **2:39:31PM (1)** | **2:41:56PM (1)** | **2:46:43PM (1)** | **2:49:37PM (1)** | **2:51:53PM (1)** |
| 177:18 | 180:14 | 184:2 | 186:7 | 188:18 |
| **2:39:36PM (1)** | **2:41:57PM (1)** | **2:46:46PM (1)** | **2:49:54PM (1)** | **2:51:58PM (1)** |
| 177:20 | 180:15 | 184:4 | 186:10 | 188:21 |
| **2:39:38PM (1)** | **2:42:00PM (1)** | **2:46:56PM (1)** | **2:50:02PM (1)** | **2:52:01PM (1)** |
| 177:21 | 180:16 | 184:6 | 186:12 | 188:23 |
| **2:39:45PM (1)** | **2:42:12PM (1)** | **2:47:01PM (1)** | **2:50:10PM (1)** | **2:52:06PM (1)** |
| 177:23 | 180:17 | 184:8 | 186:13 | 188:25 |
| **2:39:47PM (1)** | **2:42:19PM (2)** | **2:47:05PM (1)** | **2:50:21PM (1)** | **2:52:10PM (1)** |
| 177:24 | 180:20,21 | 184:10 | 186:18 | 189:3 |
| **2:39:48PM (2)** | **2:42:20PM (2)** | **2:47:07PM (1)** | **2:50:22PM (1)** | **2:52:24PM (1)** |
| 177:25 178:2 | 180:22,23 | 184:11 | 186:19 | 189:9 |
| **2:39:51PM (1)** | **2:42:22PM (1)** | **2:47:13PM (1)** | **2:50:43PM (2)** | **2:52:26PM (2)** |
| 178:3 | 180:24 | 184:13 | 186:21,22 | 189:11,12 |
| **2:39:59PM (1)** | **2:42:24PM (1)** | **2:47:20PM (1)** | **2:50:51PM (1)** | **2:52:30PM (2)** |
| 178:6 | 180:25 | 184:14 | 186:25 | 189:14,15 |
| **2:40:02PM (1)** | **2:42:30PM (1)** | **2:47:23PM (1)** | **2:50:52PM (1)** | **2:52:36PM (1)** |
| 178:7 | 181:3 | 184:16 | 187:2 | 189:17 |
| **2:40:09PM (1)** | **2:42:42PM (1)** | **2:47:31PM (1)** | **2:50:53PM (1)** | **2:52:37PM (2)** |
| 178:10 | 181:4 | 184:19 | 187:3 | 189:18,19 |
| **2:40:11PM (1)** | **2:42:57PM (1)** | **2:47:40PM (1)** | **2:50:55PM (1)** | **2:52:39PM (1)** |
| 178:11 | 181:9 | 184:21 | 187:5 | 189:21 |
| **2:40:15PM (1)** | **2:43:02PM (1)** | **2:47:42PM (1)** | **2:50:57PM (1)** | **2:52:41PM (1)** |
| 178:14 | 181:11 | 184:23 | 187:8 | 189:22 |
| **2:40:16PM (1)** | **2:43:07PM (1)** | **2:47:43PM (1)** | **2:50:58PM (1)** | **2:52:47PM (1)** |
| 178:15 | 181:13 | 184:24 | 187:9 | 189:24 |
| **2:40:27PM (1)** | **2:43:24PM (1)** | **2:47:50PM (1)** | **2:51:03PM (1)** | **2:52:57PM (1)** |
| 178:20 | 181:19 | 185:2 | 187:11 | 190:3 |
| **2:40:34PM (1)** | **2:43:40PM (1)** | **2:48:01PM (1)** | **2:51:05PM (2)** | **2:52:59PM (1)** |
| 178:24 | 181:20 | 185:4 | 187:12,13 | 190:4 |
| **2:40:39PM (1)** | **2:43:42PM (1)** | **2:48:04PM (1)** | **2:51:06PM (1)** | **2:53:03PM (1)** |
| 178:25 | 181:22 | 185:5 | 187:14 | 190:5 |
| **2:40:48PM (1)** | **2:43:50PM (1)** | **2:48:07PM (1)** | **2:51:08PM (2)** | **2:53:07PM (1)** |
| 179:5 | 181:24 | 185:6 | 187:15,16 | 190:6 |
| **2:40:49PM (1)** | **2:44:25PM (1)** | **2:48:08PM (1)** | **2:51:10PM (1)** | **2:53:08PM (1)** |
| 179:6 | 182:11 | 185:7 | 187:17 | 190:7 |
| **2:40:52PM (1)** | **2:44:35PM (1)** | **2:48:15PM (1)** | **2:51:13PM (1)** | **2:53:10PM (1)** |
| 179:8 | 182:15 | 185:10 | 187:19 | 190:8 |
| **2:40:55PM (1)** | **2:44:40PM (1)** | **2:48:18PM (1)** | **2:51:17PM (1)** | **2:53:16PM (1)** |
| 179:10 | 182:17 | 185:11 | 187:21 | 190:10 |
| **2:40:59PM (1)** | **2:44:51PM (1)** | **2:48:32PM (1)** | **2:51:19PM (1)** | **2:53:22PM (1)** |
| 179:11 | 182:18 | 185:12 | 187:22 | 190:12 |
| **2:41:01PM (1)** | **2:44:59PM (1)** | **2:48:34PM (1)** | **2:51:20PM (1)** | **2:53:27PM (1)** |
| 179:13 | 182:21 | 185:14 | 187:23 | 190:14 |
| **2:41:06PM (2)** | **2:45:04PM (1)** | **2:49:05PM (1)** | **2:51:25PM (1)** | **2:53:31PM (2)** |
| 179:15,16 | 182:22 | 185:17 | 187:25 | 190:16,17 |
| **2:41:07PM (1)** | **2:45:14PM (2)** | **2:49:07PM (1)** | **2:51:34PM (1)** | **2:53:32PM (1)** |

190:18
**2:53:35PM (1)**
190:20
**2:53:52PM (1)**
190:25
**2:53:53PM (1)**
191:2
**2:53:54PM (2)**
191:3,4
**2:53:59PM (1)**
191:6
**2:54:00PM (1)**
191:7
**2:54:02PM (2)**
191:8,9
**2:54:04PM (2)**
191:10,11
**2:54:15PM (1)**
191:16
**2:54:33PM (1)**
191:17
**2:54:36PM (1)**
191:18
**2:54:37PM (1)**
191:19
**2:54:39PM (2)**
191:20,21
**2:54:42PM (1)**
191:22
**2:54:44PM (1)**
191:23
**2:54:47PM (2)**
191:25 192:2
**2:54:52PM (1)**
192:5
**2:54:53PM (2)**
192:6,7
**2:54:59PM (1)**
192:9
**2:55:02PM (1)**
192:11
**2:55:05PM (1)**
192:13
**2:55:06PM (1)**
192:14
**2:55:10PM (1)**
192:16
**2:55:13PM (1)**
192:17
**2:55:19PM (1)**
192:19
**2:55:22PM (1)**
192:21
**2:55:23PM (1)**
192:22
**2:55:26PM (1)**
192:25
**2:55:30PM (1)**

193:3
**2:55:32PM (1)**
193:5
**2:55:41PM (1)**
193:9
**2:55:42PM (1)**
193:10
**2:55:44PM (1)**
193:11
**2:55:48PM (1)**
193:13
**2:55:50PM (1)**
193:15
**2:55:55PM (1)**
193:16
**2:56:05PM (1)**
193:19
**2:56:08PM (1)**
193:21
**2:56:15PM (1)**
193:22
**2:56:20PM (1)**
193:24
**2:56:33PM (1)**
194:5
**2:56:38PM (2)**
194:7,8
**2:56:41PM (1)**
194:10
**2:56:42PM (1)**
194:11
**2:56:45PM (1)**
194:13
**2:56:46PM (2)**
194:14,15
**2:56:49PM (1)**
194:17
**2:56:54PM (1)**
194:19
**2:56:57PM (1)**
194:20
**2:57:01PM (1)**
194:22
**2:57:02PM (1)**
194:23
**2:57:08PM (1)**
194:24
**2:57:12PM (1)**
194:25
**2:57:16PM (1)**
195:2
**2:57:18PM (1)**
195:3
**2:57:19PM (1)**
195:4
**2:57:20PM (1)**
195:5
**2:57:21PM (2)**

195:6,7
**2:57:26PM (1)**
195:9
**2:57:29PM (1)**
195:10
**2:57:38PM (1)**
195:13
**2:57:41PM (1)**
195:15
**2:57:44PM (1)**
195:17
**2:57:45PM (1)**
195:18
**2:57:47PM (1)**
195:19
**2:57:50PM (2)**
195:21,22
**2:57:52PM (1)**
195:23
**2:57:56PM (1)**
195:25
**2:58:01PM (1)**
196:4
**2:58:14PM (1)**
196:5
**2:58:23PM (1)**
196:10
**2:58:38PM (1)**
196:11
**2:58:55PM (1)**
196:12
**2:58:56PM (1)**
196:13
**2:59:19PM (1)**
196:16
**2:59:20PM (1)**
196:17
**2:59:23PM (1)**
196:18
**2:59:34PM (2)**
196:22,23
**20 (6)**
140:13 251:19 314:19
314:20 315:3,4
**2000 (6)**
90:8,9 94:5 134:6
153:11 203:12
**2001 (9)**
9:22 10:6 103:16,17
104:20,25 105:10
125:12 131:2
**2002 (7)**
11:12 126:17 170:13
213:4,14 214:17
245:15
**2003 (4)**
18:16 348:7,13
360:24

**2004 (9)**
9:21,23 134:13 180:8
183:9 184:5 197:22
324:10,11
**2005 (15)**
18:16 136:17,19,23
136:24 137:4 184:5
186:16 193:24
196:20 203:23
204:4 207:12
214:17 324:10
**2006 (16)**
11:12 34:6 35:11
40:13 53:3 136:15
142:3 143:3 147:4
147:19 149:20
205:8 327:7 336:4
336:14 337:8
**2007 (8)**
9:20,24 10:3 40:13
41:14,16 53:11
158:21
**2008 (6)**
53:22,23 54:2 137:5
333:3 337:17
**2009 (6)**
1:19 2:4 6:20 358:23
359:15 361:3
**203 (1)**
360:17
**2042 (1)**
280:24
**206 (1)**
360:18
**235 (3)**
185:14 186:16 360:15
**23814 (1)**
1:25
**24 (5)**
17:4 144:18 145:9,12
146:4
**24-hour (5)**
144:16 145:5,8
146:10,12
**25 (2)**
17:4 237:12
**25th (2)**
103:17 104:20
**26 (2)**
259:16 303:24
**26th (4)**
136:22 137:4 144:12
204:3
**27 (3)**
1:19 2:4 361:3
**27th (1)**
6:20
**28 (7)**
141:15,22 142:3

143:3 348:6 360:13
360:24
**28th (3)**
147:3 149:20 348:13
**286 (1)**
10:8
**287 (1)**
10:4
**29th (1)**
53:22
**297 (1)**
360:19
**298 (1)**
360:20

_____
**3**

**3 (13)**
103:2,5,9 104:2,6,18
104:19 105:11,12
107:3 120:9 360:12
361:9
**3rd (1)**
53:22
**3:00 (1)**
296:14
**3:00:03PM (1)**
196:25
**3:00:06PM (1)**
197:2
**3:00:20PM (1)**
197:8
**3:00:22PM (1)**
197:9
**3:00:23PM (1)**
197:10
**3:00:25PM (1)**
197:12
**3:00:28PM (1)**
197:14
**3:00:33PM (1)**
197:17
**3:00:34PM (1)**
197:18
**3:00:38PM (2)**
197:19,20
**3:00:40PM (1)**
197:22
**3:00:54PM (1)**
198:4
**3:00:58PM (1)**
198:5
**3:01:04PM (2)**
198:8,9
**3:01:08PM (1)**
198:11
**3:01:11PM (1)**
198:13
**3:01:15PM (1)**

| | | | | |
|---|---|---|---|---|
| 198:14 | 201:3 | 204:25 | 207:7 | 210:3 |
| **3:01:17PM (1)** | **3:04:46PM (1)** | **3:09:39PM (1)** | **3:12:16PM (1)** | **3:15:01PM (1)** |
| 198:15 | 201:5 | 205:2 | 207:8 | 210:5 |
| **3:01:50PM (1)** | **3:05:33PM (1)** | **3:09:42PM (1)** | **3:12:17PM (1)** | **3:15:03PM (2)** |
| 198:18 | 201:16 | 205:4 | 207:10 | 210:6,7 |
| **3:02:17PM (1)** | **3:06:00PM (1)** | **3:09:46PM (1)** | **3:12:32PM (1)** | **3:15:06PM (1)** |
| 199:3 | 201:22 | 205:6 | 207:14 | 210:9 |
| **3:02:19PM (1)** | **3:06:09PM (1)** | **3:09:50PM (1)** | **3:12:33PM (1)** | **3:15:07PM (1)** |
| 199:5 | 202:2 | 205:7 | 207:15 | 210:10 |
| **3:02:29PM (1)** | **3:06:15PM (1)** | **3:09:55PM (1)** | **3:12:36PM (2)** | **3:15:10PM (1)** |
| 199:8 | 202:4 | 205:9 | 207:17,18 | 210:12 |
| **3:02:31PM (2)** | **3:06:22PM (1)** | **3:09:59PM (1)** | **3:12:38PM (1)** | **3:15:12PM (1)** |
| 199:9,10 | 202:7 | 205:11 | 207:19 | 210:14 |
| **3:02:41PM (1)** | **3:06:29PM (1)** | **3:10:05PM (1)** | **3:12:48PM (1)** | **3:15:18PM (2)** |
| 199:11 | 202:10 | 205:13 | 207:21 | 210:16,17 |
| **3:02:43PM (1)** | **3:06:33PM (1)** | **3:10:08PM (1)** | **3:12:49PM (1)** | **3:15:22PM (1)** |
| 199:12 | 202:12 | 205:14 | 207:22 | 210:19 |
| **3:02:45PM (1)** | **3:06:42PM (1)** | **3:10:09PM (1)** | **3:12:57PM (1)** | **3:15:23PM (1)** |
| 199:13 | 202:15 | 205:15 | 207:25 | 210:20 |
| **3:02:46PM (1)** | **3:06:46PM (1)** | **3:10:10PM (1)** | **3:13:04PM (1)** | **3:15:30PM (1)** |
| 199:14 | 202:17 | 205:16 | 208:2 | 210:23 |
| **3:02:47PM (1)** | **3:07:12PM (1)** | **3:10:30PM (1)** | **3:13:12PM (1)** | **3:15:32PM (1)** |
| 199:15 | 203:2 | 205:22 | 208:5 | 210:24 |
| **3:02:58PM (1)** | **3:07:18PM (1)** | **3:10:35PM (1)** | **3:13:17PM (1)** | **3:15:40PM (1)** |
| 199:16 | 203:4 | 205:25 | 208:6 | 211:2 |
| **3:03:09PM (1)** | **3:07:27PM (1)** | **3:10:40PM (1)** | **3:13:22PM (1)** | **3:15:42PM (1)** |
| 199:21 | 203:9 | 206:2 | 208:9 | 211:3 |
| **3:03:14PM (2)** | **3:07:37PM (1)** | **3:10:43PM (1)** | **3:13:23PM (1)** | **3:15:48PM (1)** |
| 199:22,23 | 203:11 | 206:4 | 208:10 | 211:6 |
| **3:03:18PM (1)** | **3:07:42PM (1)** | **3:10:52PM (1)** | **3:13:31PM (1)** | **3:15:52PM (2)** |
| 199:25 | 203:13 | 206:5 | 208:13 | 211:7,8 |
| **3:03:21PM (1)** | **3:07:48PM (1)** | **3:10:55PM (1)** | **3:13:34PM (1)** | **3:15:56PM (2)** |
| 200:2 | 203:15 | 206:7 | 208:14 | 211:10,11 |
| **3:03:25PM (1)** | **3:08:05PM (1)** | **3:11:07PM (1)** | **3:13:35PM (1)** | **3:16:01PM (1)** |
| 200:4 | 203:16 | 206:8 | 208:15 | 211:13 |
| **3:03:26PM (1)** | **3:08:06PM (1)** | **3:11:14PM (1)** | **3:13:36PM (1)** | **3:16:03PM (1)** |
| 200:6 | 203:17 | 206:11 | 208:16 | 211:14 |
| **3:03:27PM (2)** | **3:08:34PM (1)** | **3:11:15PM (1)** | **3:13:37PM (1)** | **3:16:06PM (1)** |
| 200:8,9 | 203:20 | 206:12 | 208:17 | 211:15 |
| **3:03:35PM (1)** | **3:08:51PM (1)** | **3:11:28PM (1)** | **3:13:47PM (1)** | **3:16:09PM (1)** |
| 200:13 | 204:2 | 206:16 | 208:22 | 211:17 |
| **3:03:39PM (1)** | **3:08:56PM (1)** | **3:11:32PM (1)** | **3:13:48PM (1)** | **3:16:12PM (2)** |
| 200:14 | 204:5 | 206:18 | 208:23 | 211:19,20 |
| **3:04:02PM (1)** | **3:09:01PM (1)** | **3:11:41PM (1)** | **3:13:54PM (1)** | **3:16:14PM (1)** |
| 200:17 | 204:7 | 206:20 | 208:25 | 211:21 |
| **3:04:03PM (1)** | **3:09:02PM (1)** | **3:11:43PM (1)** | **3:14:02PM (1)** | **3:16:15PM (1)** |
| 200:18 | 204:8 | 206:22 | 209:4 | 211:22 |
| **3:04:06PM (1)** | **3:09:05PM (1)** | **3:11:45PM (1)** | **3:14:04PM (1)** | **3:16:20PM (2)** |
| 200:19 | 204:11 | 206:25 | 209:6 | 211:24,25 |
| **3:04:11PM (1)** | **3:09:25PM (1)** | **3:11:50PM (1)** | **3:14:05PM (2)** | **3:16:25PM (1)** |
| 200:21 | 204:17 | 207:2 | 209:8,9 | 212:3 |
| **3:04:15PM (1)** | **3:09:27PM (1)** | **3:11:51PM (1)** | **3:14:18PM (1)** | **3:16:33PM (1)** |
| 200:23 | 204:19 | 207:3 | 209:13 | 212:4 |
| **3:04:19PM (1)** | **3:09:28PM (1)** | **3:12:11PM (1)** | **3:14:29PM (2)** | **3:16:41PM (1)** |
| 200:24 | 204:20 | 207:5 | 209:17,18 | 212:7 |
| **3:04:32PM (1)** | **3:09:37PM (2)** | **3:12:12PM (1)** | **3:14:54PM (1)** | **3:16:42PM (1)** |
| 201:2 | 204:22,23 | 207:6 | 209:25 | 212:8 |
| **3:04:39PM (1)** | **3:09:38PM (1)** | **3:12:13PM (1)** | **3:14:57PM (1)** | **3:16:52PM (1)** |

| | | | | |
|---|---|---|---|---|
| 212:9 | 215:7 | 218:6 | 224:14,15 | 229:2 |
| **3:17:53PM (1)** | **3:20:48PM (1)** | **3:23:52PM (1)** | **3:31:39PM (1)** | **3:36:19PM (1)** |
| 212:25 | 215:9 | 218:7 | 224:17 | 229:3 |
| **3:18:04PM (1)** | **3:20:51PM (2)** | **3:24:02PM (1)** | **3:32:16PM (1)** | **3:36:24PM (2)** |
| 213:4 | 215:11,12 | 218:10 | 225:7 | 229:5,6 |
| **3:18:25PM (1)** | **3:20:54PM (1)** | **3:24:15PM (2)** | **3:32:20PM (1)** | **3:36:26PM (1)** |
| 213:5 | 215:14 | 218:12,16 | 225:9 | 229:7 |
| **3:18:26PM (1)** | **3:20:57PM (1)** | **3:24:16PM (1)** | **3:32:21PM (2)** | **3:36:41PM (1)** |
| 213:6 | 215:15 | 218:17 | 225:10,11 | 229:11 |
| **3:18:27PM (1)** | **3:21:21PM (1)** | **3:24:22PM (1)** | **3:32:23PM (1)** | **3:36:42PM (1)** |
| 213:7 | 215:16 | 218:19 | 225:12 | 229:12 |
| **3:18:31PM (1)** | **3:21:37PM (1)** | **3:24:23PM (1)** | **3:32:37PM (1)** | **3:36:46PM (1)** |
| 213:8 | 215:19 | 218:20 | 225:16 | 229:14 |
| **3:18:33PM (1)** | **3:21:40PM (1)** | **3:24:47PM (1)** | **3:32:40PM (1)** | **3:38 (1)** |
| 213:10 | 215:20 | 218:25 | 225:18 | 229:12 |
| **3:18:35PM (1)** | **3:21:50PM (1)** | **3:24:53PM (1)** | **3:32:42PM (1)** | **3:49:37PM (1)** |
| 213:12 | 215:22 | 219:4 | 225:20 | 229:16 |
| **3:18:38PM (1)** | **3:21:55PM (1)** | **3:24:54PM (1)** | **3:32:43PM (1)** | **3:49:42PM (1)** |
| 213:13 | 215:25 | 219:5 | 225:21 | 229:18 |
| **3:18:41PM (1)** | **3:22:14PM (1)** | **3:25:00PM (1)** | **3:32:45PM (1)** | **3:49:43PM (1)** |
| 213:14 | 216:3 | 219:7 | 225:23 | 229:19 |
| **3:18:44PM (2)** | **3:22:18PM (1)** | **3:25:03PM (1)** | **3:32:51PM (1)** | **3:49:50PM (1)** |
| 213:16,17 | 216:5 | 219:8 | 225:25 | 229:22 |
| **3:18:47PM (1)** | **3:22:21PM (1)** | **3:25:20PM (1)** | **3:32:53PM (1)** | **3:49:51PM (1)** |
| 213:19 | 216:6 | 219:14 | 226:2 | 229:23 |
| **3:18:53PM (1)** | **3:22:30PM (2)** | **3:25:23PM (1)** | **3:32:55PM (1)** | **3:49:54PM (1)** |
| 213:22 | 216:8,9 | 219:16 | 226:3 | 229:25 |
| **3:18:59PM (1)** | **3:22:34PM (1)** | **3:25:30PM (1)** | **3:33:51PM (1)** | **3:49:55PM (1)** |
| 213:24 | 216:11 | 219:19 | 226:16 | 230:2 |
| **3:19:00PM (1)** | **3:22:41PM (1)** | **3:25:31PM (1)** | **3:33:55PM (1)** | **3:50:00PM (1)** |
| 213:25 | 216:14 | 219:20 | 226:18 | 230:5 |
| **3:19:23PM (1)** | **3:22:44PM (1)** | **3:25:33PM (1)** | **3:33:56PM (1)** | **3:50:05PM (1)** |
| 214:8 | 216:16 | 219:21 | 226:19 | 230:7 |
| **3:19:50PM (1)** | **3:22:56PM (1)** | **3:25:52PM (1)** | **3:33:57PM (1)** | **3:50:18PM (1)** |
| 214:11 | 216:20 | 220:3 | 226:21 | 230:9 |
| **3:19:55PM (1)** | **3:22:59PM (1)** | **3:25:56PM (1)** | **3:34:01PM (1)** | **3:50:20PM (1)** |
| 214:13 | 216:22 | 220:5 | 226:22 | 230:11 |
| **3:19:58PM (1)** | **3:23:03PM (1)** | **3:26:10PM (1)** | **3:34:13PM (1)** | **3:50:21PM (1)** |
| 214:15 | 216:24 | 220:8 | 227:2 | 230:12 |
| **3:20:07PM (1)** | **3:23:07PM (1)** | **3:26:21PM (1)** | **3:34:52PM (1)** | **3:50:29PM (2)** |
| 214:16 | 217:2 | 220:10 | 227:16 | 230:16,17 |
| **3:20:15PM (2)** | **3:23:12PM (1)** | **3:28:40PM (1)** | **3:35:01PM (1)** | **3:50:33PM (1)** |
| 214:18,19 | 217:4 | 222:4 | 227:20 | 230:19 |
| **3:20:18PM (1)** | **3:23:15PM (1)** | **3:29:30PM (1)** | **3:35:02PM (1)** | **3:51 (1)** |
| 214:21 | 217:6 | 222:18 | 227:21 | 229:16 |
| **3:20:21PM (1)** | **3:23:17PM (1)** | **3:29:35PM (1)** | **3:35:03PM (1)** | **3:51:28PM (1)** |
| 214:22 | 217:9 | 222:21 | 227:22 | 231:8 |
| **3:20:22PM (1)** | **3:23:23PM (1)** | **3:30:10PM (1)** | **3:35:04PM (2)** | **3:51:35PM (1)** |
| 214:23 | 217:12 | 223:11 | 227:24,25 | 231:12 |
| **3:20:24PM (1)** | **3:23:26PM (1)** | **3:30:21PM (1)** | **3:35:07PM (1)** | **3:51:38PM (1)** |
| 214:24 | 217:14 | 223:14 | 228:3 | 231:14 |
| **3:20:27PM (1)** | **3:23:32PM (1)** | **3:31:16PM (1)** | **3:35:47PM (1)** | **3:51:40PM (1)** |
| 214:25 | 217:16 | 224:8 | 228:14 | 231:15 |
| **3:20:30PM (1)** | **3:23:33PM (2)** | **3:31:20PM (1)** | **3:35:52PM (1)** | **3:53:16PM (1)** |
| 215:2 | 217:17,19 | 224:10 | 228:16 | 232:11 |
| **3:20:34PM (2)** | **3:23:35PM (1)** | **3:31:25PM (1)** | **3:36:11PM (1)** | **3:53:29PM (1)** |
| 215:4,5 | 217:21 | 224:11 | 228:24 | 232:14 |
| **3:20:43PM (1)** | **3:23:51PM (1)** | **3:31:35PM (2)** | **3:36:15PM (1)** | **3:54:08PM (1)** |

233:6
**3:55:33PM (1)**
234:2
**3:56:18PM (1)**
234:16
**3:56:26PM (2)**
234:18,20
**3:56:36PM (1)**
234:23
**3:56:41PM (1)**
234:25
**3:56:42PM (1)**
235:2
**3:56:46PM (1)**
235:3
**3:56:54PM (1)**
235:7
**3:57:24PM (2)**
235:18,19
**3:57:30PM (1)**
235:21
**3:57:35PM (1)**
235:22
**3:57:51PM (1)**
236:2
**3:58:19PM (1)**
236:7
**30 (4)**
13:22 203:23 315:11
357:8
**30th (1)**
103:16
**300 (1)**
222:24
**31 (1)**
196:20
**315 (2)**
10:13 11:11
**317 (3)**
335:12,18 360:21
**335 (1)**
360:21
**336 (3)**
350:24 351:6 360:25
**339 (1)**
360:22
**348 (2)**
360:23,24
**350 (1)**
360:25
**357 (1)**
103:11
**358 (1)**
103:12
**3856 (2)**
95:12,19

**4**

**4 (13)**
126:7 141:16,20
167:14 168:19
245:23 246:5,8
252:9,15,16 303:9
360:13
**4:00 (2)**
167:16,18
**4:00:05PM (1)**
237:9
**4:02:12PM (1)**
238:19
**4:03:18PM (1)**
239:11
**4:03:19PM (1)**
239:12
**4:03:20PM (1)**
239:13
**4:03:25PM (1)**
239:15
**4:03:38PM (1)**
239:18
**4:04:24PM (1)**
240:8
**4:05:10PM (1)**
240:22
**4:05:11PM (2)**
240:23,24
**4:05:14PM (2)**
241:2,3
**4:05:16PM (1)**
241:4
**4:05:19PM (1)**
241:6
**4:05:21PM (1)**
241:7
**4:05:28PM (1)**
241:10
**4:05:30PM (1)**
241:11
**4:05:37PM (1)**
241:13
**4:05:39PM (1)**
241:15
**4:05:42PM (1)**
241:17
**4:05:45PM (1)**
241:18
**4:05:58PM (1)**
241:22
**4:06:02PM (1)**
241:24
**4:06:03PM (1)**
241:25
**4:06:38PM (1)**
242:13
**4:06:39PM (1)**
242:14

**4:06:41PM (1)**
242:15
**4:06:46PM (2)**
242:17,18
**4:06:48PM (1)**
242:19
**4:06:57PM (1)**
242:24
**4:07:09PM (1)**
242:25
**4:07:14PM (1)**
243:3
**4:07:18PM (1)**
243:5
**4:07:33PM (1)**
243:11
**4:07:41PM (1)**
243:13
**4:07:42PM (1)**
243:14
**4:07:45PM (1)**
243:16
**4:07:53PM (1)**
243:20
**4:07:56PM (1)**
243:22
**4:07:58PM (1)**
243:24
**4:08:01PM (2)**
244:2,3
**4:08:05PM (1)**
244:5
**4:08:07PM (1)**
244:6
**4:08:11PM (1)**
244:8
**4:08:12PM (1)**
244:9
**4:08:16PM (1)**
244:11
**4:08:19PM (1)**
244:13
**4:08:20PM (1)**
244:14
**4:08:24PM (1)**
244:16
**4:08:28PM (1)**
244:18
**4:08:38PM (1)**
244:20
**4:09:02PM (1)**
245:3
**4:09:08PM (1)**
245:6
**4:09:09PM (2)**
245:7,8
**4:09:16PM (1)**
245:9

**4:09:24PM (1)**
245:13
**4:09:51PM (1)**
245:15
**4:10:33PM (1)**
245:16
**4:10:39PM (2)**
245:19,20
**4:10:46PM (1)**
245:22
**4:10:55PM (1)**
245:24
**4:11:04PM (1)**
246:2
**4:11:21PM (1)**
246:9
**4:11:24PM (2)**
246:11,12
**4:11:25PM (1)**
246:13
**4:11:37PM (1)**
246:14
**4:11:47PM (2)**
246:18,19
**4:11:53PM (1)**
246:22
**4:11:54PM (1)**
246:23
**4:11:59PM (1)**
247:2
**4:12:00PM (1)**
247:3
**4:12:01PM (1)**
247:4
**4:12:05PM (1)**
247:6
**4:12:10PM (2)**
247:8,9
**4:12:11PM (1)**
247:10
**4:12:12PM (1)**
247:11
**4:12:23PM (1)**
247:13
**4:12:33PM (1)**
247:16
**4:12:37PM (1)**
247:17
**4:12:44PM (1)**
247:20
**4:12:49PM (2)**
247:23,24
**4:12:55PM (1)**
248:2
**4:12:59PM (1)**
248:3
**4:13:02PM (2)**
248:5,6

**4:13:04PM (1)**
248:7
**4:13:13PM (1)**
248:11
**4:13:14PM (1)**
248:12
**4:13:15PM (1)**
248:13
**4:13:19PM (1)**
248:16
**4:13:20PM (1)**
248:17
**4:13:22PM (1)**
248:19
**4:13:23PM (1)**
248:20
**4:13:26PM (1)**
248:22
**4:13:27PM (1)**
248:23
**4:13:41PM (1)**
249:3
**4:13:42PM (1)**
249:4
**4:13:47PM (1)**
249:6
**4:13:50PM (1)**
249:7
**4:14:13PM (1)**
249:9
**4:14:43PM (1)**
249:19
**4:14:48PM (1)**
249:22
**4:14:49PM (1)**
249:23
**4:14:50PM (1)**
249:24
**4:14:51PM (1)**
249:25
**4:14:55PM (1)**
250:3
**4:15:01PM (1)**
250:6
**4:15:02PM (1)**
250:7
**4:15:16PM (1)**
250:13
**4:15:27PM (1)**
250:18
**4:15:32PM (1)**
250:20
**4:15:50PM (1)**
250:25
**4:15:51PM (1)**
251:2
**4:15:55PM (1)**
251:5

| | | | | |
|---|---|---|---|---|
| **4:16:10PM (2)** 251:11,12 | **4:19:44PM (1)** 254:9 | **4:23:08PM (1)** 257:6 | **4:26:19PM (1)** 260:2 | **4:31:12PM (1)** 264:5 |
| **4:16:11PM (1)** 251:13 | **4:20:11PM (1)** 254:17 | **4:23:09PM (1)** 257:7 | **4:26:26PM (1)** 260:4 | **4:31:24PM (1)** 264:10 |
| **4:16:13PM (1)** 251:14 | **4:20:15PM (1)** 254:19 | **4:23:23PM (1)** 257:10 | **4:26:29PM (1)** 260:6 | **4:31:25PM (1)** 264:12 |
| **4:16:15PM (1)** 251:15 | **4:20:18PM (1)** 254:20 | **4:23:30PM (1)** 257:11 | **4:26:34PM (1)** 260:7 | **4:31:26PM (2)** 264:13,14 |
| **4:16:23PM (1)** 251:16 | **4:20:20PM (1)** 254:22 | **4:23:40PM (1)** 257:14 | **4:26:38PM (1)** 260:9 | **4:31:28PM (1)** 264:16 |
| **4:16:25PM (1)** 251:17 | **4:20:21PM (1)** 254:23 | **4:23:52PM (1)** 257:16 | **4:26:39PM (1)** 260:10 | **4:31:38PM (1)** 264:21 |
| **4:16:41PM (2)** 251:22,23 | **4:20:23PM (1)** 254:25 | **4:23:54PM (1)** 257:17 | **4:26:44PM (1)** 260:13 | **4:31:42PM (1)** 264:24 |
| **4:16:46PM (1)** 251:24 | **4:20:24PM (1)** 255:2 | **4:24:05PM (2)** 257:20,21 | **4:26:47PM (1)** 260:14 | **4:31:43PM (1)** 264:25 |
| **4:16:47PM (1)** 251:25 | **4:20:25PM (1)** 255:3 | **4:24:12PM (1)** 257:23 | **4:26:52PM (1)** 260:16 | **4:31:45PM (1)** 265:2 |
| **4:17:11PM (1)** 252:7 | **4:20:27PM (1)** 255:4 | **4:24:16PM (1)** 257:25 | **4:26:59PM (1)** 260:19 | **4:31:57PM (1)** 265:4 |
| **4:17:14PM (1)** 252:9 | **4:20:29PM (1)** 255:5 | **4:24:19PM (1)** 258:2 | **4:27:05PM (1)** 260:20 | **4:32:52PM (1)** 265:18 |
| **4:17:17PM (1)** 252:10 | **4:20:32PM (1)** 255:6 | **4:24:34PM (1)** 258:7 | **4:27:09PM (1)** 260:21 | **4:33:05PM (1)** 265:20 |
| **4:17:21PM (1)** 252:12 | **4:20:36PM (1)** 255:9 | **4:24:45PM (1)** 258:12 | **4:27:12PM (1)** 260:23 | **4:33:07PM (1)** 265:21 |
| **4:17:33PM (1)** 252:16 | **4:20:37PM (1)** 255:10 | **4:24:57PM (1)** 258:15 | **4:27:23PM (1)** 261:3 | **4:33:08PM (1)** 265:22 |
| **4:17:38PM (1)** 252:18 | **4:20:41PM (1)** 255:12 | **4:24:59PM (1)** 258:17 | **4:27:45PM (1)** 261:7 | **4:33:54PM (1)** 266:11 |
| **4:17:41PM (1)** 252:19 | **4:20:42PM (1)** 255:13 | **4:25:00PM (1)** 258:18 | **4:27:50PM (1)** 261:9 | **4:33:58PM (1)** 266:13 |
| **4:17:55PM (1)** 252:23 | **4:20:44PM (2)** 255:14,15 | **4:25:06PM (1)** 258:21 | **4:28:38PM (1)** 261:22 | **4:33:59PM (1)** 266:14 |
| **4:18:12PM (1)** 253:5 | **4:20:55PM (1)** 255:18 | **4:25:10PM (1)** 258:22 | **4:28:54PM (1)** 262:4 | **4:34:07PM (1)** 266:17 |
| **4:18:17PM (1)** 253:7 | **4:21:22PM (1)** 255:24 | **4:25:14PM (2)** 258:24,25 | **4:28:55PM (1)** 262:5 | **4:34:13PM (1)** 266:18 |
| **4:18:19PM (1)** 253:8 | **4:21:24PM (1)** 256:2 | **4:25:19PM (1)** 259:4 | **4:28:58PM (1)** 262:7 | **4:34:14PM (1)** 266:19 |
| **4:18:21PM (1)** 253:10 | **4:21:56PM (1)** 256:8 | **4:25:20PM (1)** 259:5 | **4:29:01PM (1)** 262:9 | **4:35:12PM (1)** 267:13 |
| **4:18:46PM (1)** 253:14 | **4:22:08PM (1)** 256:10 | **4:25:39PM (1)** 259:8 | **4:29:15PM (1)** 262:11 | **4:35:17PM (1)** 267:16 |
| **4:18:54PM (1)** 253:17 | **4:22:12PM (1)** 256:11 | **4:25:57PM (1)** 259:14 | **4:29:53PM (1)** 263:4 | **4:35:25PM (1)** 267:19 |
| **4:19:06PM (1)** 253:20 | **4:22:30PM (1)** 256:13 | **4:26:00PM (1)** 259:16 | **4:29:58PM (1)** 263:5 | **4:35:33PM (2)** 267:23,24 |
| **4:19:10PM (1)** 253:22 | **4:22:54PM (1)** 256:20 | **4:26:04PM (1)** 259:18 | **4:30 (2)** 46:23,25 | **4:35:34PM (1)** 267:25 |
| **4:19:11PM (1)** 253:23 | **4:22:56PM (1)** 256:22 | **4:26:06PM (1)** 259:19 | **4:30:16PM (1)** 263:10 | **4:35:35PM (1)** 268:2 |
| **4:19:12PM (1)** 253:24 | **4:22:57PM (1)** 256:23 | **4:26:10PM (1)** 259:21 | **4:30:30PM (1)** 263:14 | **4:36:09PM (1)** 268:16 |
| **4:19:18PM (1)** 254:2 | **4:23:01PM (1)** 256:25 | **4:26:15PM (1)** 259:23 | **4:30:33PM (1)** 263:15 | **4:36:15PM (1)** 268:19 |
| **4:19:41PM (1)** 254:7 | **4:23:02PM (1)** 257:3 | **4:26:18PM (1)** 259:24 | **4:31:06PM (1)** 264:2 | **4:36:16PM (2)** 268:21,22 |

**4:36:24PM (1)**
268:25
**4:36:39PM (1)**
269:2
**4:36:44PM (1)**
269:4
**4:36:55PM (1)**
269:8
**4:36:57PM (2)**
269:10,11
**4:36:59PM (1)**
269:12
**4:37:01PM (1)**
269:13
**4:37:47PM (1)**
269:25
**4:37:53PM (1)**
270:3
**4:37:57PM (1)**
270:5
**4:37:58PM (1)**
270:6
**4:37:59PM (3)**
270:7,8,9
**4:38:03PM (1)**
270:12
**4:38:04PM (1)**
270:13
**4:38:07PM (1)**
270:14
**4:38:11PM (1)**
270:15
**4:38:16PM (1)**
270:17
**4:38:20PM (1)**
270:19
**4:38:23PM (1)**
270:20
**4:38:43PM (1)**
270:24
**4:38:49PM (1)**
271:3
**4:39:18PM (1)**
271:11
**4:39:22PM (1)**
271:13
**4:39:41PM (1)**
271:20
**4:39:52PM (1)**
271:22
**4:39:54PM (1)**
271:24
**4:40:02PM (1)**
272:4
**4:40:08PM (1)**
272:5
**4:40:18PM (1)**
272:8

**4:40:21PM (1)**
272:9
**4:40:31PM (1)**
272:12
**4:40:39PM (1)**
272:15
**4:40:41PM (1)**
272:17
**4:40:53PM (1)**
272:20
**4:40:55PM (1)**
272:21
**4:41:11PM (1)**
272:25
**4:41:19PM (1)**
273:5
**4:41:21PM (1)**
273:7
**4:41:38PM (1)**
273:13
**4:41:39PM (1)**
273:14
**4:41:42PM (1)**
273:16
**4:41:43PM (1)**
273:17
**4:41:56PM (1)**
273:22
**4:41:59PM (1)**
273:24
**4:42:03PM (1)**
273:25
**4:42:10PM (1)**
274:3
**4:42:13PM (1)**
274:5
**4:42:18PM (1)**
274:7
**4:42:37PM (1)**
274:13
**4:42:43PM (1)**
274:15
**4:42:48PM (1)**
274:16
**4:42:54PM (1)**
274:18
**4:42:57PM (1)**
274:19
**4:43:04PM (1)**
274:21
**4:43:15PM (1)**
274:22
**4:43:34PM (1)**
275:3
**4:43:49PM (1)**
275:4
**4:43:54PM (1)**
275:7

**4:43:56PM (1)**
275:9
**4:44:03PM (1)**
275:11
**4:44:08PM (1)**
275:13
**4:44:15PM (1)**
275:14
**4:44:18PM (1)**
275:16
**4:44:29PM (1)**
275:19
**4:45:03PM (1)**
276:7
**4:45:12PM (1)**
276:11
**4:45:17PM (1)**
276:13
**4:45:25PM (1)**
276:16
**4:45:27PM (1)**
276:18
**4:45:29PM (1)**
276:19
**4:45:30PM (1)**
276:20
**4:45:37PM (1)**
276:22
**4:45:40PM (1)**
276:23
**4:45:45PM (2)**
276:25 277:2
**4:45:48PM (2)**
277:4,5
**4:45:49PM (1)**
277:6
**4:45:50PM (1)**
277:7
**4:45:51PM (1)**
277:8
**4:45:52PM (1)**
277:9
**4:45:53PM (1)**
277:10
**4:46:03PM (1)**
277:11
**4:46:11PM (1)**
277:15
**4:46:14PM (1)**
277:17
**4:46:20PM (1)**
277:20
**4:46:28PM (1)**
277:24
**4:46:30PM (1)**
277:25
**4:46:34PM (1)**
278:3

**4:46:38PM (1)**
278:5
**4:46:50PM (1)**
278:10
**4:46:51PM (1)**
278:12
**4:47:05PM (1)**
278:15
**4:47:08PM (1)**
278:17
**4:47:09PM (1)**
278:18
**4:47:10PM (1)**
278:19
**4:47:14PM (1)**
278:20
**4:47:20PM (1)**
278:21
**4:47:21PM (2)**
278:23,24
**4:47:23PM (1)**
279:2
**4:47:24PM (1)**
279:3
**4:47:30PM (1)**
279:7
**4:47:32PM (1)**
279:8
**4:47:34PM (1)**
279:9
**4:47:39PM (1)**
279:11
**4:49 (1)**
279:9
**4:59:39PM (1)**
279:13
**4:59:42PM (1)**
279:15
**4:59:46PM (1)**
279:16
**4:59:50PM (1)**
279:18
**40 (1)**
315:11
**42 (12)**
282:18 285:23 286:7
   287:3,7,12,24 288:6
   288:25 289:10,15
   289:18
**42s (6)**
281:6,10,13 287:19
   287:21 288:4
**4673 (1)**
348:15

———————————
**5**
———————————
**5 (8)**
126:7 153:6,9,15

168:3,5 324:12
   360:14
**5s (1)**
169:19
**5/0 (2)**
67:12 68:10
**5:00:04PM (1)**
279:20
**5:00:07PM (1)**
279:22
**5:00:30PM (1)**
280:4
**5:00:37PM (1)**
280:7
**5:00:49PM (1)**
280:11
**5:00:53PM (1)**
280:12
**5:01 (1)**
279:13
**5:01:09PM (1)**
280:17
**5:01:11PM (1)**
280:18
**5:01:13PM (1)**
280:19
**5:01:22PM (1)**
280:21
**5:01:42PM (1)**
280:25
**5:01:45PM (1)**
281:3
**5:02:19PM (1)**
281:5
**5:02:30PM (1)**
281:9
**5:02:35PM (1)**
281:11
**5:02:42PM (1)**
281:12
**5:02:49PM (1)**
281:15
**5:02:52PM (1)**
281:16
**5:03:37PM (1)**
281:18
**5:03:45PM (1)**
281:21
**5:04:10PM (1)**
281:24
**5:04:21PM (1)**
282:4
**5:04:22PM (1)**
282:5
**5:04:27PM (1)**
282:7
**5:04:30PM (1)**
282:9

| | | | | |
|---|---|---|---|---|
| **5:04:58PM (1)**<br>282:16 | **5:08:07PM (1)**<br>285:17 | **5:11:56PM (1)**<br>288:14 | **5:17:33PM (1)**<br>291:25 | **5:23:15PM (1)**<br>296:11 |
| **5:05:05PM (1)**<br>282:19 | **5:08:08PM (1)**<br>285:18 | **5:11:57PM (1)**<br>288:15 | **5:17:34PM (1)**<br>292:2 | **5:23:23PM (1)**<br>296:12 |
| **5:05:06PM (1)**<br>282:20 | **5:08:10PM (1)**<br>285:20 | **5:12:06PM (1)**<br>288:16 | **5:17:35PM (1)**<br>292:3 | **5:23:54PM (1)**<br>296:23 |
| **5:05:12PM (1)**<br>282:23 | **5:08:19PM (1)**<br>285:21 | **5:12:12PM (1)**<br>288:18 | **5:17:41PM (1)**<br>292:5 | **5:23:58PM (1)**<br>296:25 |
| **5:05:18PM (1)**<br>282:24 | **5:08:25PM (1)**<br>285:24 | **5:12:27PM (1)**<br>288:20 | **5:17:56PM (1)**<br>292:6 | **5:24:09PM (1)**<br>297:2 |
| **5:05:25PM (1)**<br>283:3 | **5:08:28PM (1)**<br>285:25 | **5:12:28PM (1)**<br>288:21 | **5:18:04PM (1)**<br>292:8 | **5:24:19PM (1)**<br>297:5 |
| **5:05:26PM (1)**<br>283:4 | **5:08:31PM (1)**<br>286:3 | **5:12:43PM (1)**<br>288:23 | **5:18:05PM (1)**<br>292:9 | **5:24:35PM (1)**<br>297:8 |
| **5:05:30PM (1)**<br>283:6 | **5:08:35PM (1)**<br>286:5 | **5:12:44PM (1)**<br>288:24 | **5:18:06PM (1)**<br>292:10 | **5:24:37PM (1)**<br>297:9 |
| **5:05:39PM (1)**<br>283:9 | **5:08:38PM (1)**<br>286:7 | **5:13:08PM (1)**<br>289:3 | **5:18:09PM (1)**<br>292:12 | **5:24:41PM (1)**<br>297:11 |
| **5:05:40PM (1)**<br>283:10 | **5:08:54PM (1)**<br>286:8 | **5:13:40PM (1)**<br>289:15 | **5:18:11PM (1)**<br>292:14 | **5:24:48PM (1)**<br>297:12 |
| **5:05:56PM (1)**<br>283:17 | **5:09:01PM (1)**<br>286:11 | **5:13:46PM (1)**<br>289:17 | **5:18:20PM (1)**<br>292:15 | **5:24:53PM (1)**<br>297:13 |
| **5:06:05PM (1)**<br>283:20 | **5:09:23PM (1)**<br>286:17 | **5:13:47PM (1)**<br>289:18 | **5:18:28PM (1)**<br>292:19 | **5:24:54PM (1)**<br>297:14 |
| **5:06:06PM (1)**<br>283:21 | **5:09:25PM (1)**<br>286:19 | **5:13:50PM (1)**<br>289:20 | **5:18:52PM (1)**<br>292:20 | **5:24:58PM (1)**<br>297:15 |
| **5:06:18PM (1)**<br>283:25 | **5:09:26PM (1)**<br>286:20 | **5:13:56PM (1)**<br>289:22 | **5:20:16PM (1)**<br>293:15 | **5:25:29PM (1)**<br>297:18 |
| **5:06:32PM (1)**<br>284:2 | **5:09:32PM (1)**<br>286:23 | **5:14:03PM (1)**<br>289:23 | **5:20:31PM (1)**<br>293:21 | **5:25:38PM (1)**<br>297:22 |
| **5:06:38PM (1)**<br>284:5 | **5:09:41PM (1)**<br>286:24 | **5:14:09PM (1)**<br>289:25 | **5:20:33PM (1)**<br>293:23 | **5:25:39PM (1)**<br>297:23 |
| **5:06:39PM (1)**<br>284:6 | **5:09:42PM (1)**<br>286:25 | **5:14:21PM (1)**<br>290:4 | **5:20:43PM (1)**<br>294:2 | **5:25:41PM (1)**<br>297:25 |
| **5:06:43PM (1)**<br>284:9 | **5:09:50PM (1)**<br>287:4 | **5:15:18PM (1)**<br>290:17 | **5:20:46PM (1)**<br>294:4 | **5:25:57PM (1)**<br>298:6 |
| **5:06:44PM (1)**<br>284:10 | **5:09:52PM (1)**<br>287:5 | **5:15:33PM (1)**<br>290:18 | **5:20:54PM (1)**<br>294:7 | **5:26:13PM (1)**<br>298:10 |
| **5:06:48PM (2)**<br>284:13,14 | **5:10:04PM (1)**<br>287:8 | **5:15:36PM (1)**<br>290:19 | **5:20:55PM (1)**<br>294:8 | **5:26:25PM (1)**<br>298:12 |
| **5:06:52PM (1)**<br>284:17 | **5:10:40PM (1)**<br>287:19 | **5:15:38PM (1)**<br>290:21 | **5:20:57PM (1)**<br>294:10 | **5:26:32PM (1)**<br>298:16 |
| **5:07:02PM (1)**<br>284:18 | **5:10:44PM (1)**<br>287:21 | **5:16:04PM (1)**<br>291:6 | **5:20:58PM (1)**<br>294:11 | **5:26:34PM (1)**<br>298:17 |
| **5:07:11PM (1)**<br>284:21 | **5:10:48PM (1)**<br>287:23 | **5:16:16PM (1)**<br>291:8 | **5:21:54PM (2)**<br>294:25 295:2 | **5:26:56PM (1)**<br>298:18 |
| **5:07:20PM (1)**<br>284:25 | **5:10:59PM (1)**<br>288:2 | **5:16:19PM (1)**<br>291:9 | **5:22:11PM (1)**<br>295:8 | **5:26:58PM (1)**<br>298:19 |
| **5:07:21PM (1)**<br>285:2 | **5:11:20PM (1)**<br>288:6 | **5:16:21PM (1)**<br>291:10 | **5:22:12PM (1)**<br>295:9 | **5:27:35PM (1)**<br>298:22 |
| **5:07:29PM (1)**<br>285:3 | **5:11:27PM (1)**<br>288:7 | **5:16:29PM (1)**<br>291:12 | **5:22:16PM (1)**<br>295:11 | **5:27:55PM (2)**<br>299:6,7 |
| **5:07:39PM (1)**<br>285:6 | **5:11:29PM (1)**<br>288:9 | **5:16:52PM (1)**<br>291:13 | **5:22:27PM (2)**<br>295:16,17 | **5:28:03PM (1)**<br>299:9 |
| **5:07:45PM (1)**<br>285:9 | **5:11:49PM (1)**<br>288:11 | **5:17:20PM (1)**<br>291:19 | **5:22:50PM (1)**<br>295:25 | **5:28:04PM (1)**<br>299:10 |
| **5:08:04PM (1)**<br>285:15 | **5:11:55PM (1)**<br>288:13 | **5:17:30PM (2)**<br>291:23,24 | **5:23:12PM (1)**<br>296:9 | **5:28:08PM (1)**<br>299:12 |

| | | | | |
|---|---|---|---|---|
| **5:28:09PM (1)** 299:13 | **5:31:57PM (1)** 302:8 | **5:35:50PM (1)** 305:18 | **5:38:50PM (1)** 307:24 | **5:42:53PM (1)** 310:25 |
| **5:28:16PM (1)** 299:15 | **5:32:00PM (2)** 302:10,11 | **5:36:02PM (1)** 305:21 | **5:39:01PM (1)** 308:2 | **5:42:55PM (1)** 311:2 |
| **5:28:23PM (1)** 299:18 | **5:32:04PM (1)** 302:13 | **5:36:03PM (1)** 305:23 | **5:39:02PM (1)** 308:3 | **5:42:56PM (1)** 311:3 |
| **5:28:25PM (2)** 299:20,21 | **5:32:06PM (1)** 302:14 | **5:36:08PM (1)** 305:25 | **5:39:09PM (2)** 308:5,7 | **5:42:59PM (1)** 311:6 |
| **5:28:29PM (1)** 299:22 | **5:32:07PM (1)** 302:15 | **5:36:14PM (1)** 306:4 | **5:39:23PM (1)** 308:10 | **5:43:00PM (1)** 311:7 |
| **5:28:30PM (1)** 299:23 | **5:32:09PM (2)** 302:16,17 | **5:36:15PM (1)** 306:5 | **5:39:28PM (1)** 308:12 | **5:43:29PM (1)** 311:9 |
| **5:28:34PM (1)** 299:24 | **5:32:11PM (1)** 302:18 | **5:36:16PM (1)** 306:6 | **5:39:33PM (1)** 308:13 | **5:43:31PM (1)** 311:10 |
| **5:28:40PM (2)** 300:2,3 | **5:32:15PM (1)** 302:20 | **5:36:17PM (1)** 306:7 | **5:39:34PM (1)** 308:14 | **5:43:47PM (1)** 311:13 |
| **5:28:41PM (1)** 300:4 | **5:32:19PM (1)** 302:21 | **5:36:32PM (1)** 306:8 | **5:39:36PM (1)** 308:15 | **5:43:55PM (1)** 311:15 |
| **5:28:42PM (1)** 300:5 | **5:32:21PM (1)** 302:22 | **5:36:41PM (1)** 306:12 | **5:39:42PM (1)** 308:18 | **5:43:58PM (1)** 311:17 |
| **5:28:48PM (1)** 300:7 | **5:32:22PM (1)** 302:23 | **5:36:42PM (1)** 306:13 | **5:39:54PM (1)** 308:20 | **5:44:01PM (1)** 311:18 |
| **5:28:49PM (1)** 300:8 | **5:32:25PM (1)** 302:25 | **5:36:49PM (1)** 306:14 | **5:39:55PM (1)** 308:21 | **5:44:03PM (1)** 311:20 |
| **5:29:00PM (1)** 300:13 | **5:32:31PM (1)** 303:3 | **5:36:50PM (1)** 306:15 | **5:39:58PM (2)** 308:23 | **5:44:05PM (2)** 311:21,22 |
| **5:29:01PM (1)** 300:14 | **5:32:35PM (1)** 303:4 | **5:36:56PM (1)** 306:16 | **5:40:03PM (1)** 308:25 | **5:44:07PM (1)** 311:23 |
| **5:29:46PM (1)** 300:15 | **5:32:38PM (1)** 303:6 | **5:37:04PM (1)** 306:19 | **5:40:13PM (1)** 309:3 | **5:44:19PM (1)** 311:25 |
| **5:30:03PM (1)** 300:20 | **5:33:20PM (1)** 303:18 | **5:37:05PM (1)** 306:20 | **5:40:26PM (1)** 309:7 | **5:44:21PM (1)** 312:2 |
| **5:30:14PM (1)** 300:23 | **5:33:23PM (2)** 303:20,21 | **5:37:18PM (1)** 306:21 | **5:40:28PM (1)** 309:8 | **5:44:24PM (1)** 312:3 |
| **5:30:16PM (1)** 300:24 | **5:33:43PM (1)** 303:24 | **5:37:31PM (1)** 307:2 | **5:40:29PM (1)** 309:9 | **5:44:32PM (1)** 312:4 |
| **5:30:17PM (1)** 300:25 | **5:33:56PM (1)** 304:2 | **5:37:32PM (1)** 307:3 | **5:41:04PM (1)** 309:24 | **5:44:34PM (1)** 312:5 |
| **5:30:20PM (1)** 301:2 | **5:34:03PM (1)** 304:4 | **5:37:33PM (1)** 307:4 | **5:41:07PM (1)** 310:3 | **5:44:37PM (1)** 312:6 |
| **5:30:36PM (1)** 301:5 | **5:34:19PM (1)** 304:6 | **5:37:46PM (1)** 307:6 | **5:41:11PM (1)** 310:4 | **5:44:43PM (1)** 312:9 |
| **5:30:42PM (1)** 301:8 | **5:34:38PM (1)** 304:14 | **5:37:48PM (1)** 307:7 | **5:41:19PM (1)** 310:7 | **5:44:48PM (1)** 312:11 |
| **5:30:45PM (2)** 301:10,11 | **5:34:39PM (1)** 304:15 | **5:37:59PM (1)** 307:10 | **5:41:34PM (1)** 310:12 | **5:44:49PM (1)** 312:12 |
| **5:31:00PM (1)** 301:17 | **5:34:41PM (1)** 304:17 | **5:38:11PM (2)** 307:12,13 | **5:41:40PM (1)** 310:14 | **5:44:52PM (1)** 312:14 |
| **5:31:01PM (1)** 301:18 | **5:34:52PM (1)** 304:22 | **5:38:21PM (1)** 307:15 | **5:42:12PM (1)** 310:15 | **5:44:55PM (1)** 312:16 |
| **5:31:38PM (1)** 301:25 | **5:35:31PM (1)** 305:12 | **5:38:33PM (1)** 307:17 | **5:42:38PM (1)** 310:19 | **5:45:14PM (1)** 312:20 |
| **5:31:42PM (1)** 302:3 | **5:35:34PM (1)** 305:14 | **5:38:34PM (1)** 307:18 | **5:42:41PM (1)** 310:21 | **5:45:16PM (1)** 312:21 |
| **5:31:46PM (1)** 302:4 | **5:35:35PM (1)** 305:15 | **5:38:39PM (1)** 307:20 | **5:42:45PM (1)** 310:22 | **5:45:27PM (2)** 312:25 313:2 |
| **5:31:54PM (1)** 302:6 | **5:35:38PM (1)** 305:17 | **5:38:42PM (1)** 307:21 | **5:42:50PM (1)** 310:24 | **5:45:28PM (1)** 313:3 |

5:45:29PM (1)
313:4
5:45:38PM (1)
313:7
5:45:58PM (1)
313:14
5:46:09PM (1)
313:18
5:46:11PM (1)
313:20
5:46:13PM (1)
313:22
5:46:14PM (1)
313:23
5:46:17PM (1)
313:24
5:46:18PM (1)
313:25
5:46:20PM (1)
314:2
5:46:21PM (1)
314:3
5:46:22PM (1)
314:4
5:46:23PM (1)
314:5
5:46:35PM (1)
314:9
5:46:52PM (1)
314:16
5:47:05PM (1)
314:22
5:47:06PM (3)
314:23,25 315:2
5:47:07PM (1)
315:3
5:47:13PM (2)
315:6,7
5:47:26PM (1)
315:12
5:47:29PM (1)
315:14
5:47:40PM (1)
315:16
5:47:50PM (1)
315:17
5:48:00PM (1)
315:19
5:48:04PM (1)
315:20
5:48:05PM (1)
315:21
5:48:14PM (1)
315:25
5:48:17PM (1)
316:3
5:48:18PM (1)
316:4

5:48:21PM (1)
316:6
5:48:31PM (1)
316:10
5:48:34PM (1)
316:12
5:48:39PM (1)
316:14
5:48:44PM (2)
316:16,17
5:48:48PM (1)
316:18
5:48:55PM (1)
316:21
5:48:56PM (1)
316:22
5:48:58PM (1)
316:24
5:49:01PM (1)
317:2
5:49:04PM (1)
317:3
5:49:07PM (1)
317:4
5:49:10PM (1)
317:5
5:49:17PM (1)
317:7
5:49:20PM (1)
317:9
5:49:23PM (1)
317:10
5:49:30PM (1)
317:11
5:49:33PM (1)
317:13
5:49:34PM (1)
317:14
5:49:36PM (1)
317:15
5:49:38PM (1)
317:17
5:49:40PM (1)
317:18
5:49:41PM (1)
317:19
5:49:45PM (1)
317:21
5:49:47PM (1)
317:23
5:49:48PM (2)
317:24,25
5:50:02PM (1)
318:3
5:50:05PM (1)
318:5
5:50:06PM (1)
318:6

5:50:08PM (1)
318:7
5:50:17PM (1)
318:11
5:50:19PM (1)
318:12
5:50:48PM (1)
318:19
5:50:50PM (2)
318:20,21
5:50:53PM (1)
318:23
5:51:11PM (1)
319:4
5:51:18PM (1)
319:7
5:51:19PM (1)
319:8
5:51:21PM (1)
319:10
5:52:06PM (1)
319:20
5:52:11PM (1)
319:22
5:52:14PM (1)
319:23
5:52:27PM (1)
319:25
5:52:30PM (1)
320:2
5:52:31PM (1)
320:3
5:52:32PM (1)
320:4
5:52:40PM (1)
320:7
5:52:41PM (1)
320:9
5:52:43PM (1)
320:10
5:52:47PM (2)
320:13,14
5:52:49PM (1)
320:16
5:52:59PM (1)
320:21
5:53:04PM (1)
320:23
5:53:10PM (1)
320:24
5:53:12PM (1)
320:25
5:53:20PM (1)
321:5
5:53:59PM (1)
321:13
5:54:01PM (1)
321:14

5:54:06PM (1)
321:16
5:54:07PM (1)
321:17
5:54:10PM (1)
321:19
5:54:22PM (1)
321:22
5:54:24PM (1)
321:24
5:54:46PM (1)
322:7
5:54:55PM (1)
322:9
5:55:03PM (1)
322:13
5:55:10PM (1)
322:15
5:55:14PM (1)
322:17
5:55:16PM (3)
322:18,19,21
5:55:20PM (1)
322:23
5:55:42PM (1)
322:25
5:56:17PM (1)
323:9
5:56:21PM (1)
323:11
5:56:22PM (1)
323:12
5:56:25PM (1)
323:14
5:56:35PM (1)
323:17
5:56:40PM (1)
323:19
5:56:42PM (1)
323:20
5:56:46PM (1)
323:21
5:56:53PM (1)
323:25
5:56:57PM (1)
324:3
5:57:01PM (1)
324:4
5:57:04PM (1)
324:5
5:57:14PM (1)
324:8
5:57:17PM (1)
324:9
5:57:36PM (1)
324:13
5:57:41PM (1)
324:14

5:58:40PM (1)
325:3
5:58:42PM (1)
325:4
5:58:43PM (1)
325:5
5:58:50PM (1)
325:6
5:59:00PM (1)
325:9
5:59:03PM (1)
325:11
5:59:06PM (1)
325:12
5:59:13PM (1)
325:14
5:59:20PM (1)
325:16
5:59:26PM (1)
325:18
5:59:58PM (1)
326:4
500 (1)
221:11
516 (3)
298:3,5,9
530 (1)
3:11
542 (3)
196:13,21 360:16
5769 (3)
206:22 207:13 360:18
5773 (3)
203:17,24 360:17

6

6 (9)
185:15 186:12,15,20
197:16 206:9 208:5
360:10,15
6th (2)
207:12 359:15
6:00:01PM (1)
326:6
6:00:13PM (1)
326:11
6:00:18PM (1)
326:12
6:00:22PM (1)
326:14
6:00:28PM (1)
326:17
6:00:30PM (1)
326:18
6:00:34PM (1)
326:21
6:00:35PM (1)
326:22

| | | | | |
|---|---|---|---|---|
| **6:00:39PM (1)** 326:24 | **6:13:13PM (1)** 328:25 | **6:18:35PM (1)** 333:4 | **6:23:53PM (1)** 336:15 | **6:27:20PM (1)** 339:12 |
| **6:02 (1)** 326:22 | **6:13:16PM (1)** 329:3 | **6:18:44PM (1)** 333:7 | **6:24:07PM (1)** 336:16 | **6:27:23PM (1)** 339:14 |
| **6:11:05PM (1)** 327:2 | **6:13:17PM (1)** 329:4 | **6:18:47PM (1)** 333:8 | **6:24:10PM (1)** 336:18 | **6:27:27PM (1)** 339:15 |
| **6:11:09PM (1)** 327:4 | **6:13:18PM (1)** 329:5 | **6:19:34PM (1)** 334:2 | **6:24:16PM (1)** 336:21 | **6:27:28PM (1)** 339:16 |
| **6:11:13PM (1)** 327:5 | **6:14:26PM (1)** 329:23 | **6:19:40PM (1)** 334:4 | **6:24:19PM (1)** 336:22 | **6:27:55PM (1)** 339:19 |
| **6:11:28PM (1)** 327:10 | **6:14:29PM (1)** 329:25 | **6:19:41PM (1)** 334:5 | **6:24:24PM (2)** 336:25 337:2 | **6:28:00PM (1)** 339:20 |
| **6:11:31PM (1)** 327:11 | **6:14:31PM (1)** 330:2 | **6:19:46PM (1)** 334:7 | **6:24:30PM (1)** 337:4 | **6:28:16PM (1)** 339:24 |
| **6:11:32PM (1)** 327:12 | **6:14:34PM (1)** 330:4 | **6:20:05PM (1)** 334:11 | **6:24:38PM (1)** 337:6 | **6:28:20PM (1)** 340:2 |
| **6:11:34PM (1)** 327:13 | **6:14:54PM (1)** 330:11 | **6:20:09PM (1)** 334:13 | **6:24:51PM (1)** 337:9 | **6:28:25PM (1)** 340:5 |
| **6:11:40PM (1)** 327:15 | **6:14:59PM (1)** 330:14 | **6:20:11PM (1)** 334:14 | **6:25:03PM (1)** 337:13 | **6:28:27PM (1)** 340:7 |
| **6:11:42PM (1)** 327:17 | **6:15:45PM (1)** 331:3 | **6:20:17PM (1)** 334:16 | **6:25:05PM (1)** 337:14 | **6:28:28PM (1)** 340:8 |
| **6:11:43PM (1)** 327:18 | **6:15:49PM (1)** 331:5 | **6:20:19PM (1)** 334:18 | **6:25:12PM (1)** 337:16 | **6:28:32PM (1)** 340:10 |
| **6:11:44PM (1)** 327:19 | **6:16:12PM (1)** 331:11 | **6:20:28PM (1)** 334:19 | **6:25:26PM (2)** 337:21,22 | **6:28:35PM (1)** 340:11 |
| **6:11:45PM (1)** 327:20 | **6:16:15PM (1)** 331:12 | **6:20:33PM (1)** 334:20 | **6:25:35PM (1)** 337:23 | **6:28:38PM (1)** 340:12 |
| **6:11:48PM (1)** 327:21 | **6:16:20PM (1)** 331:14 | **6:20:54PM (1)** 335:2 | **6:25:40PM (1)** 338:2 | **6:28:50PM (1)** 340:18 |
| **6:11:49PM (1)** 327:22 | **6:16:23PM (1)** 331:15 | **6:21:06PM (1)** 335:4 | **6:25:47PM (1)** 338:4 | **6:28:54PM (1)** 340:20 |
| **6:11:50PM (1)** 327:23 | **6:16:29PM (1)** 331:17 | **6:21:08PM (1)** 335:5 | **6:25:49PM (1)** 338:6 | **6:29:03PM (1)** 340:23 |
| **6:11:54PM (1)** 328:2 | **6:16:36PM (1)** 331:20 | **6:21:32PM (1)** 335:11 | **6:25:55PM (1)** 338:7 | **6:29:04PM (1)** 340:24 |
| **6:11:55PM (1)** 328:3 | **6:16:39PM (1)** 331:22 | **6:21:34PM (1)** 335:12 | **6:25:57PM (1)** 338:8 | **6:29:08PM (1)** 341:2 |
| **6:12 (1)** 327:2 | **6:16:48PM (1)** 332:2 | **6:22:04PM (1)** 335:15 | **6:26:01PM (1)** 338:10 | **6:29:09PM (1)** 341:3 |
| **6:12:14PM (1)** 328:5 | **6:17:25PM (1)** 332:9 | **6:22:12PM (1)** 335:19 | **6:26:08PM (1)** 338:12 | **6:29:15PM (1)** 341:5 |
| **6:12:17PM (1)** 328:7 | **6:17:41PM (1)** 332:10 | **6:22:16PM (1)** 335:20 | **6:26:11PM (1)** 338:13 | **6:29:30PM (1)** 341:10 |
| **6:12:23PM (1)** 328:9 | **6:17:44PM (1)** 332:12 | **6:22:53PM (1)** 335:23 | **6:26:15PM (1)** 338:16 | **6:29:43PM (2)** 341:14,15 |
| **6:12:35PM (1)** 328:13 | **6:17:50PM (1)** 332:13 | **6:22:56PM (1)** 335:24 | **6:26:54PM (1)** 339:2 | **6:29:48PM (1)** 341:18 |
| **6:12:37PM (1)** 328:14 | **6:17:57PM (1)** 332:15 | **6:23:00PM (1)** 336:2 | **6:27:04PM (1)** 339:4 | **6:29:50PM (1)** 341:19 |
| **6:12:49PM (1)** 328:18 | **6:18:13PM (1)** 332:21 | **6:23:02PM (1)** 336:3 | **6:27:05PM (1)** 339:5 | **6:29:53PM (1)** 341:20 |
| **6:12:51PM (1)** 328:19 | **6:18:15PM (1)** 332:22 | **6:23:10PM (1)** 336:5 | **6:27:06PM (1)** 339:6 | **6:30:05PM (1)** 341:23 |
| **6:12:52PM (1)** 328:20 | **6:18:20PM (1)** 332:24 | **6:23:34PM (1)** 336:9 | **6:27:08PM (1)** 339:7 | **6:30:07PM (1)** 341:25 |
| **6:13:03PM (1)** 328:22 | **6:18:23PM (1)** 333:2 | **6:23:47PM (1)** 336:12 | **6:27:09PM (1)** 339:8 | **6:30:15PM (1)** 342:4 |

| | | | | |
|---|---|---|---|---|
| **6:30:30PM (1)**<br>342:7 | **6:32:48PM (1)**<br>344:22 | **6:35:57PM (1)**<br>347:18 | **6:39:49PM (1)**<br>350:5 | **6:43:07PM (1)**<br>353:3 |
| **6:30:36PM (1)**<br>342:10 | **6:33:11PM (1)**<br>345:2 | **6:36:10PM (1)**<br>347:20 | **6:39:51PM (2)**<br>350:6,7 | **6:43:08PM (1)**<br>353:4 |
| **6:30:37PM (1)**<br>342:11 | **6:33:12PM (1)**<br>345:3 | **6:36:13PM (1)**<br>347:22 | **6:39:54PM (1)**<br>350:9 | **6:43:12PM (1)**<br>353:6 |
| **6:30:39PM (1)**<br>342:13 | **6:33:17PM (1)**<br>345:6 | **6:36:46PM (1)**<br>347:24 | **6:39:57PM (1)**<br>350:11 | **6:43:15PM (1)**<br>353:8 |
| **6:30:43PM (2)**<br>342:15,16 | **6:33:24PM (1)**<br>345:7 | **6:36:54PM (1)**<br>348:2 | **6:40:01PM (2)**<br>350:14,15 | **6:43:20PM (1)**<br>353:10 |
| **6:30:59PM (2)**<br>342:20,21 | **6:33:32PM (1)**<br>345:11 | **6:36:55PM (1)**<br>348:3 | **6:40:04PM (2)**<br>350:17,18 | **6:43:25PM (1)**<br>353:12 |
| **6:31:00PM (1)**<br>342:22 | **6:33:42PM (2)**<br>345:12,13 | **6:37 (1)**<br>347:20 | **6:40:07PM (1)**<br>350:20 | **6:43:26PM (1)**<br>353:13 |
| **6:31:02PM (1)**<br>342:23 | **6:33:43PM (1)**<br>345:14 | **6:37:15PM (1)**<br>348:6 | **6:40:08PM (1)**<br>350:21 | **6:43:27PM (1)**<br>353:14 |
| **6:31:04PM (1)**<br>342:24 | **6:34:03PM (1)**<br>345:20 | **6:37:57PM (1)**<br>348:9 | **6:40:23PM (1)**<br>350:23 | **6:43:30PM (1)**<br>353:15 |
| **6:31:26PM (1)**<br>343:8 | **6:34:07PM (1)**<br>345:23 | **6:38 (1)**<br>347:24 | **6:40:51PM (1)**<br>351:2 | **6:43:37PM (1)**<br>353:17 |
| **6:31:35PM (1)**<br>343:11 | **6:34:08PM (2)**<br>345:24,25 | **6:38:00PM (1)**<br>348:11 | **6:41:38PM (1)**<br>351:7 | **6:43:39PM (1)**<br>353:18 |
| **6:31:36PM (1)**<br>343:12 | **6:34:09PM (2)**<br>346:2,3 | **6:38:17PM (1)**<br>348:16 | **6:41:42PM (1)**<br>351:8 | **6:43:43PM (1)**<br>353:19 |
| **6:31:37PM (1)**<br>343:13 | **6:34:16PM (1)**<br>346:6 | **6:38:18PM (1)**<br>348:17 | **6:41:48PM (1)**<br>351:12 | **6:43:44PM (1)**<br>353:20 |
| **6:31:40PM (1)**<br>343:15 | **6:34:17PM (1)**<br>346:7 | **6:38:19PM (1)**<br>348:18 | **6:41:51PM (1)**<br>351:13 | **6:43:47PM (1)**<br>353:21 |
| **6:31:42PM (1)**<br>343:17 | **6:34:23PM (2)**<br>346:10,11 | **6:38:21PM (1)**<br>348:20 | **6:42:04PM (1)**<br>351:17 | **6:43:56PM (1)**<br>353:24 |
| **6:31:45PM (1)**<br>343:19 | **6:34:34PM (1)**<br>346:15 | **6:38:24PM (1)**<br>348:22 | **6:42:06PM (1)**<br>351:18 | **6:43:57PM (1)**<br>353:25 |
| **6:31:46PM (1)**<br>343:20 | **6:34:42PM (1)**<br>346:16 | **6:38:25PM (1)**<br>348:23 | **6:42:22PM (1)**<br>351:24 | **6:43:59PM (1)**<br>354:2 |
| **6:31:47PM (1)**<br>343:21 | **6:35:03PM (1)**<br>346:20 | **6:38:26PM (1)**<br>348:24 | **6:42:23PM (1)**<br>352:2 | **6:44:05PM (1)**<br>354:3 |
| **6:31:50PM (2)**<br>343:23,24 | **6:35:20PM (1)**<br>346:22 | **6:38:30PM (2)**<br>349:2,3 | **6:42:24PM (1)**<br>352:3 | **6:44:10PM (1)**<br>354:4 |
| **6:31:55PM (1)**<br>344:3 | **6:35:23PM (1)**<br>346:23 | **6:38:35PM (1)**<br>349:6 | **6:42:30PM (1)**<br>352:6 | **6:44:13PM (2)**<br>354:5,6 |
| **6:31:56PM (1)**<br>344:4 | **6:35:30PM (2)**<br>346:25 347:2 | **6:38:37PM (1)**<br>349:7 | **6:42:31PM (1)**<br>352:8 | **6:44:16PM (1)**<br>354:7 |
| **6:32:09PM (1)**<br>344:7 | **6:35:33PM (2)**<br>347:3,4 | **6:38:42PM (1)**<br>349:8 | **6:42:32PM (1)**<br>352:9 | **6:44:21PM (2)**<br>354:9,10 |
| **6:32:10PM (1)**<br>344:8 | **6:35:35PM (1)**<br>347:5 | **6:38:58PM (1)**<br>349:13 | **6:42:34PM (1)**<br>352:11 | **6:44:22PM (1)**<br>354:11 |
| **6:32:11PM (1)**<br>344:9 | **6:35:41PM (1)**<br>347:8 | **6:39:06PM (1)**<br>349:15 | **6:42:35PM (1)**<br>352:12 | **6:44:24PM (1)**<br>354:12 |
| **6:32:13PM (2)**<br>344:10,11 | **6:35:43PM (1)**<br>347:9 | **6:39:24PM (1)**<br>349:19 | **6:42:54PM (2)**<br>352:18,19 | **6:44:29PM (1)**<br>354:13 |
| **6:32:14PM (1)**<br>344:12 | **6:35:44PM (1)**<br>347:10 | **6:39:35PM (1)**<br>349:22 | **6:42:55PM (1)**<br>352:20 | **6:44:33PM (1)**<br>354:14 |
| **6:32:23PM (1)**<br>344:13 | **6:35:45PM (1)**<br>347:11 | **6:39:37PM (1)**<br>349:24 | **6:43:01PM (1)**<br>352:23 | **6:44:34PM (1)**<br>354:15 |
| **6:32:37PM (1)**<br>344:17 | **6:35:46PM (1)**<br>347:12 | **6:39:40PM (1)**<br>349:25 | **6:43:02PM (1)**<br>352:24 | **6:44:35PM (1)**<br>354:16 |
| **6:32:39PM (1)**<br>344:19 | **6:35:50PM (2)**<br>347:15,16 | **6:39:46PM (2)**<br>350:3,4 | **6:43:03PM (1)**<br>352:25 | **6:44:38PM (1)**<br>354:18 |

**6:44:49PM (1)**
354:21
**6:44:51PM (1)**
354:22
**6:44:58PM (1)**
354:23
**6:44:59PM (1)**
354:24
**6:45:04PM (1)**
354:25
**6:45:07PM (1)**
355:3
**6:45:08PM (1)**
355:4
**6:45:15PM (1)**
355:7
**6:45:16PM (1)**
355:8
**6:45:21PM (1)**
355:10
**6:45:22PM (1)**
355:11
**6:45:29PM (1)**
355:14
**6:45:30PM (1)**
355:15
**6:45:35PM (1)**
355:17
**6:45:36PM (1)**
355:18
**6:45:39PM (1)**
355:20
**6:45:40PM (1)**
355:21
**6:45:41PM (1)**
355:22
**6:45:42PM (1)**
355:23
**6:45:43PM (1)**
355:24
**6:45:53PM (1)**
356:4
**6:46:12PM (1)**
356:10
**6:46:15PM (1)**
356:12
**6:46:26PM (2)**
356:16,17
**6:46:30PM (2)**
356:18,19
**6:46:34PM (1)**
356:22
**6:46:37PM (1)**
356:23
**6:46:50PM (1)**
357:5
**6:46:51PM (1)**
357:6

**6:46:57PM (1)**
357:7
**6:47:03PM (1)**
357:10
**6:47:06PM (1)**
357:12
**6:48 (1)**
357:10
**6:51:35PM (1)**
357:14
**6:51:40PM (1)**
357:16
**6:51:41PM (1)**
357:17
**6:51:48PM (1)**
357:20
**6:51:49PM (1)**
357:21
**6:52:11PM (1)**
357:22
**6:52:30PM (1)**
358:3
**6:52:35PM (1)**
358:5
**6:52:37PM (1)**
358:7
**6:52:43PM (1)**
358:8
**6:52:49PM (1)**
358:11
**6:52:51PM (1)**
358:13
**6:52:54PM (1)**
358:15
**6:52:56PM (1)**
358:16
**6:52:57PM (1)**
358:17
**6:53 (2)**
357:14 358:19
**6:53:01PM (1)**
358:19
**6:54 (1)**
358:17
**65 (4)**
6:9 9:12,18 10:8

---
**7**
---

**7 (5)**
196:14,16,19,24
  360:16
**7:30 (1)**
296:17
**70 (1)**
201:10
**7729 (3)**
153:5,11 360:14

---
**8**
---

**8 (7)**
168:11 169:9,11
  203:18,22 360:4,17
**8:00 (1)**
296:17
**80 (1)**
201:10
**82 (2)**
60:17 61:5
**83 (1)**
61:5
**85 (6)**
2:2,15 3:5 62:18,19
  266:19
**86 (3)**
63:23,24 64:24
**87 (2)**
63:23,24
**88 (1)**
64:24

---
**9**
---

**9 (9)**
126:7 167:17 168:3,4
  169:19 206:23
  207:5,11 360:18
**9-20 (1)**
341:25
**9:30 (1)**
358:14
**916 (3)**
350:23 351:5 360:25
**92 (3)**
65:23 68:8 82:23
**925 (3)**
297:15,21 360:19
**926 (1)**
3:21
**926-927 (2)**
348:3 360:23
**93 (1)**
82:23
**94 (2)**
85:21,22
**95 (1)**
360:11
**99 (1)**
105:20

Page 362

1
2                 UNITED STATES DISTRICT COURT
3                 EASTERN DISTRICT OF NEW YORK
4
5    EDWARD CARTER, FRANK FIORILLO,   )
     KEVIN LAMM, JOSEPH NOFI, and     )
6    THOMAS SNYDER,                   ) CV 07 1215
                                      )
7                    Plaintiffs,      )
                                      )
8              vs.                    )
                                      )
9    INCORPORATED VILLAGE OF OCEAN    )
     BEACH; MAYOR JOSEPH C. LOEFFLER,)
10   JR., individually and in his     )
     official capacity; former mayor )
11   NATALIE K. ROGERS, individually )
     and in her official capacity,    )
12   OCEAN BEACH POLICE DEPARTMENT;   )
     ACTING DEPUTY POLICE CHIEF       )
13   GEORGE B. HESSE, individually    )
     and in his official capacity;    )
14   SUFFOLK COUNTY; SUFFOLK COUNTY   )
     POLICE DEPARTMENT, SUFFOLK       )
15   COUNTY DEPARTMENT OF CIVIL       )
     SERVICE; and ALISON SANCHEZ,     )
16   individually and in her          )
     official capacity,               )
17                                    )
                     Defendants.      )
18   -------------------------------)
19
20          CONTINUED VIDEOTAPED DEPOSITION OF
21               EDWARD THOMAS PARADISO
22                 Uniondale, New York
23              Wednesday, July 29, 2009
24
     Reported by:
25   KRISTIN KOCH, RPR, RMR, CRR, CLR
     JOB NO. 23953

Page 363

```
 1
 2
 3
 4
 5                    July 29, 2009
 6                    9:49 a.m.
 7
 8
 9          Continued Videotaped Deposition of
10    EDWARD THOMAS PARADISO, held at the offices
11    of Rivkin Radler, LLP, 926 RexCorp Plaza,
12    Uniondale, New York, before Kristin Koch, a
13    Registered Professional Reporter,
14    Registered Merit Reporter, Certified
15    Realtime Reporter, Certified Livenote
16    Reporter and Notary Public of the State of
17    New York.
18
19
20
21
22
23
24
25
```

Page 364

```
 1
 2    A P P E A R A N C E S:
 3
 4
 5        THOMPSON WIGDOR & GILLY LLP
 6        Attorneys for Plaintiffs
 7           85 Fifth Avenue
 8           New York, New York 10003
 9        BY:   ANDREW S. GOODSTADT, ESQ.
10
11
12        RIVKIN RADLER LLP
13        Attorneys for Incorporated Village of
14        Ocean Beach, Joseph C. Loeffler Jr.,
15        Natalie K. Rogers and Ocean Beach Police
16        Department
17           926 RexCorp Plaza
18           Uniondale, New York 11556-0926
19        BY:   KENNETH A. NOVIKOFF, ESQ.
20
21
22
23
24
25
```

Page 365

```
 1
 2    A P P E A R A N C E S:  (Continued)
 3
 4
 5        MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
 6        Attorneys for George B. Hesse
 7           530 Saw Mill River Road
 8           Elmsford, New York 10523
 9        BY:   KEVIN W. CONNOLLY, ESQ.
10
11
12    ALSO PRESENT:
13
14        STEVE SANPIETRO, Legal Video Specialist
15        FRANK FIORILLO
16        THOMAS SNYDER
17
18
19
20
21
22
23
24
25
```

Page 366

```
 1
 2          THE VIDEOGRAPHER:  This is the start   09:02
 3    of the tape labeled number 1 of the          09:48
 4    continuing videotaped deposition of Edward   09:48
 5    Paradiso in the matter of Carter, Fiorillo,  09:48
 6    et al., versus the Incorporated Village of   09:48
 7    Ocean Beach.                                 09:48
 8          This deposition is being held at 926   09:48
 9    RexCorp Plaza, Uniondale, New York on        09:48
10    Wednesday, July 29th, 2009 at approximately  09:48
11    9:49 a.m.                                    09:48
12          My name is Steve Sanpietro and I am    09:48
13    the legal video specialist from TSG          09:48
14    Reporting, Inc.  The court reporter today    09:48
15    is Kristin Koch in association with TSG      09:48
16    Reporting.                                   09:49
17          MR. GOODSTADT:  Can we just hang on    09:49
18    one second.                                  09:49
19          THE VIDEOGRAPHER:  Absolutely.         09:49
20          (Recess was taken.)                    09:49
21          THE VIDEOGRAPHER:  The time is now     09:50
22    9:51 a.m.  We are now back on the record     09:50
23    and we are going to introduce counsel.       09:50
24          MR. GOODSTADT:  Andrew Goodstadt,      09:50
25    Thompson, Wigdor & Gilly, on behalf of the   09:51
```

Page 367

```
1
2      plaintiffs.                    09:51
3          MR. NOVIKOFF:  On behalf of all of    09:51
4      the Village defendants except Defendant    09:51
5      Hesse, Ken Novikoff, Rivkin Radler.    09:51
6          MR. CONNOLLY:  Kevin W. Connolly of    09:51
7      Marks, O'Neill, O'Brien & Courtney on    09:51
8      behalf of the Defendant Hesse.    09:51
9          THE VIDEOGRAPHER:  Will the court    09:51
10     reporter please re-swear the witness.    09:51
11          *   *   *              09:51
12     E D W A R D   T H O M A S   P A R A D I S O,    09:51
13        resumed as a witness, having been duly sworn
14        by a Notary Public, was examined and
15        testified as follows:
16     EXAMINATION BY
17     MR. NOVIKOFF:
18     Q.   Good morning, Mr. Paradiso.    09:51
19     A.   Good morning.                  09:51
20     Q.   Thank you for coming back to    09:51
21     continue and hopefully finish your deposition    09:51
22     today in this case.            09:51
23          As I have already indicated, I    09:51
24     represent all of those defendants except for    09:51
25     Mr. Hesse.  I will be asking you a series of    09:51
```

Page 368

```
1                  Paradiso
2      questions.  I believe the court reporter has    09:51
3      sworn you in again.  You answered    09:51
4      Mr. Goodstadt's questions.          09:51
5          You understand what the oath means;    09:51
6      correct?                      09:51
7      A.   Yes.                      09:51
8      Q.   There was nothing that you testified    09:51
9      to on Monday that in your belief was perjurious    09:51
10     or a lie or a misrepresentation of the facts to    09:51
11     the best of your recollection; correct?    09:52
12     A.   Correct.                  09:52
13     Q.   Okay.  Just want to go over a few    09:52
14     things concerning your present relationship    09:52
15     with the Village.              09:52
16          You are not an employee right now;    09:52
17     correct?                      09:52
18     A.   No.                      09:52
19     Q.   And you went out on disability when?    09:52
20     A.   Initially August 3rd, 2005 and I    09:52
21     came back to work three days later and then I    09:52
22     went out permanently on September the 26th,    09:52
23     2005.                        09:52
24     Q.   So between the time that you went    09:52
25     out permanently and the time that you retired,    09:52
```

Page 369

```
1                  Paradiso
2      would it be correct to say that you were still,    09:52
3      in your opinion, the chief of the police    09:52
4      department but you weren't working at the    09:52
5      police department; correct?          09:52
6      A.   I was -- I retained the title.    09:52
7      Q.   But you weren't working there?    09:52
8      A.   No.                      09:52
9      Q.   Okay.  And I believe you testified    09:52
10     that you were not aware of the April 2006    09:52
11     meeting prior to the 2006 season where the    09:52
12     plaintiffs were not rehired?          09:53
13     A.   Correct.                  09:53
14          MR. NOVIKOFF:  And I understand we    09:53
15     have that same agreement --          09:53
16          MR. GOODSTADT:  Right.          09:53
17          MR. NOVIKOFF:  -- between the terms    09:53
18     "termination" and "rehired."          09:53
19     Q.   And that didn't make you happy;    09:53
20     correct?                      09:53
21     A.   I was surprised.            09:53
22     Q.   You would have preferred to have    09:53
23     been in the loop on that, at least knowledge of    09:53
24     the meeting; correct?              09:53
25     A.   I would -- I was surprised that I    09:53
```

Page 370

```
1                  Paradiso
2      was not told about the meeting.  I was    09:53
3      anticipating coming back if my injury hadn't    09:53
4      gotten to the point where it was gonna -- I    09:53
5      considered it a permanent injury.  I was still    09:53
6      recuperating.                  09:53
7      Q.   So it was your belief that if the    09:53
8      Village was to have done the right thing, that    09:53
9      they would have told you about that meeting    09:53
10     since you were still the chief of police?    09:53
11     A.   I figured I should have known about    09:53
12     it, yes.                      09:53
13     Q.   And there came a point in time that    09:53
14     Mr. Hesse's salary was increased; correct?    09:53
15     A.   Yes.                      09:53
16     Q.   And they didn't increase your    09:53
17     salary; right?                  09:53
18     A.   No.                      09:53
19     Q.   And that didn't make you happy    09:53
20     either; correct?                  09:54
21     A.   No.                      09:54
22     Q.   And, in fact -- well, did you    09:54
23     approach the Village after learning about    09:54
24     Mr. Hesse's increase in salary to request the    09:54
25     same increase?                  09:54
```

Page 371

Paradiso

1
2    A.  Yes.                          09:54
3    Q.  And who did you speak to?     09:54
4    A.  I wrote a letter to the Village.  I   09:54
5    got a letter back from the Village's attorneys   09:54
6    and they said that I wasn't entitled to it.   09:54
7    The fact that I had gotten a raise the year   09:54
8    prior was a mistake and -- but in the good   09:54
9    heart of the Village they weren't going to   09:54
10   request that money back.          09:54
11   Q.  Okay.  And how much was that?  When   09:54
12   I say "that," what was that raise that the   09:54
13   Village in their good-hearted being didn't take   09:54
14   back?                             09:54
15   A.  It was a 3 percent raise.     09:54
16   Q.  Okay.  So what did that mean in   09:54
17   terms of dollars?                 09:54
18   A.  It was --                    09:54
19   Q.  On a yearly basis.           09:54
20   A.  $2,600.                      09:54
21   Q.  Okay.  And so the Village, if I   09:54
22   understand your testimony correctly, refused to   09:54
23   give you the raise that they had just given   09:55
24   Mr. Hesse?                        09:55
25   A.  They didn't give me the raise and   09:55

Page 372

Paradiso

1
2    they didn't give me the longevity pay bonus   09:55
3    that they promised I would always get.   09:55
4    Q.  So how much was the long-term   09:55
5    longevity bonus and the salary equal to in   09:55
6    terms of dollars on a yearly basis?   09:55
7    A.  Probably about $3,500.        09:55
8    Q.  Okay.  And you weren't happy about   09:55
9    the fact that they wouldn't give you $3,500;   09:55
10   correct?                          09:55
11   A.  No.                          09:55
12   Q.  And, in fact, you were so unhappy   09:55
13   that you filed a lawsuit against the Village?   09:55
14   A.  Right, yes.                  09:55
15   Q.  So if I understand you correctly,   09:55
16   the Village was requiring you to file a lawsuit   09:55
17   against them to get $3,500?       09:55
18   A.  They didn't require it.  They --   09:55
19   that was my only recourse.        09:55
20   Q.  Right.  The Village's position was   09:55
21   such that the only way you were going to get   09:55
22   that $3,500 was to file a lawsuit against them;   09:55
23   correct?                          09:55
24   A.  Their position was that I wasn't   09:55
25   entitled to it.                  09:56

Page 373

Paradiso

1
2    Q.  Right.  So you had to sue.     09:56
3    A.  So I felt that I was.  I contacted   09:56
4    an attorney.  He said that, yeah, there is laws   09:56
5    that say you should get the same, and the only   09:56
6    way you are going to be able to get that is by   09:56
7    explaining to them that you were going to file   09:56
8    a lawsuit, maybe that would be enough to get   09:56
9    them to say okay, and that wasn't the case, so   09:56
10   then we had to go into a legal proceeding.   09:56
11   Q.  Okay.  So you actually before you   09:56
12   filed a lawsuit told them that you were going   09:56
13   to file the lawsuit?              09:56
14   A.  Right.                       09:56
15   Q.  And they still didn't care?   09:56
16   A.  Right.                       09:56
17   Q.  So they, you know, basically forced   09:56
18   your hand and you had to -- if you were ever   09:56
19   going to get that $3,500, you were going to   09:56
20   have to sue them for it; right?   09:56
21   A.  Right.                       09:56
22   Q.  And that meant going into your own   09:56
23   pocket for legal fees; right?     09:56
24   A.  Correct.                     09:56
25   Q.  And if I understand you correctly,   09:56

Page 374

Paradiso

1
2    you won at the first round; correct?   09:56
3    A.  Correct.                     09:56
4    Q.  The Supreme Court judge that   09:56
5    listened to your case ruled in your favor?   09:56
6    A.  Correct.                     09:56
7    Q.  Said you are entitled to that raise?   09:56
8    A.  Correct.                     09:57
9    Q.  And the Village didn't stop there,   09:57
10   they filed an appeal; correct?   09:57
11   A.  Yes, they did.               09:57
12   Q.  And forcing you to go further into   09:57
13   your pocket to go after that $3,500; right?   09:57
14   A.  Yep.                         09:57
15   Q.  And at the end of the day it cost   09:57
16   you about $17,500 to go after 3,500; right?   09:57
17   A.  Yep.                         09:57
18   Q.  And none of that made you happy;   09:57
19   right?                            09:57
20   A.  Nope.                        09:57
21   Q.  Now, you have never spoken to me   09:57
22   before these depositions, have you?   09:57
23   A.  No.                          09:57
24   Q.  In fact, you spoke to my associate,   09:57
25   Michael Welch?                    09:57

Page 375

1          Paradiso
2      A.  I think so.  Somebody called up      09:57
3  wanting to have a deposition.              09:57
4      Q.  Right.  And the fact is, though, you  09:57
5  were subpoenaed for this deposition by      09:57
6  Mr. Goodstadt; correct?                    09:57
7      A.  Correct.                          09:57
8      Q.  And we didn't subpoena you to appear  09:57
9  on Monday; correct?                        09:57
10     A.  No.                              09:57
11     Q.  And you are not represented by      09:57
12  counsel today?                            09:58
13     A.  No.                              09:58
14     Q.  Correct?  And, in fact, you asked    09:58
15  the Village to represent -- have counsel    09:58
16  represent you; right?                      09:58
17     A.  Yes.                             09:58
18     Q.  You wanted them to pay for your      09:58
19  counsel?                                  09:58
20     A.  Yes.                             09:58
21     Q.  And they didn't even respond to you?  09:58
22     A.  No.                              09:58
23     Q.  And that hasn't made you happy      09:58
24  either?                                   09:58
25     A.  It's par for the course.          09:58

Page 376

1          Paradiso
2      Q.  Right.  So would it be fair to say    09:58
3  that at least as you sit here today you have no  09:58
4  love loss for the Village?                  09:58
5          MR. GOODSTADT:  Objection.        09:58
6      A.  I wouldn't say that's fair.        09:58
7      Q.  Okay.                            09:58
8      A.  I worked for them for 26 years.  You  09:58
9  don't work for people -- you know, I don't look  09:58
10  at the people that are in charge now as the    09:58
11  entire Village.  I raised my family there.  My  09:58
12  kids went to school there.  I was proud of the  09:58
13  time that I spent there and I always felt that  09:58
14  I tried to do my best for the people of the    09:58
15  Village and it isn't that I'm not -- that I    09:58
16  have any love loss for the Village.  I am hurt  09:58
17  more than anything else.  I really feel that I  09:58
18  put everything I had, I put my life on hold,    09:59
19  and I really feel I was treated like I did    09:59
20  something wrong.                          09:59
21     Q.  You filed a Reply Affidavit in your  09:59
22  lawsuit against the Village; correct?      09:59
23     A.  My attorneys did, yes.            09:59
24         MR. NOVIKOFF:  Okay.  Well, let's    09:59
25     mark this as Paradiso 17.            09:59

Page 377

1          Paradiso
2          (Paradiso Exhibit 17, Reply        09:59
3      Affidavit, marked for identification.)  09:59
4      Q.  Now, I am going to ask you a series  09:59
5  of questions, but what I would like you to do  09:59
6  is read Paradiso 17 to the extent you need to  09:59
7  in order to advise me as to whether or not this  09:59
8  is, in fact, an affidavit that was filed on    09:59
9  your behalf in the action that you have      09:59
10  commenced against the Village.              09:59
11         (Document review.)                10:00
12     Q.  And do you recognize what's been      10:00
13  marked as Paradiso 17?                    10:00
14     A.  Yes.                            10:00
15     Q.  And what is that?                  10:00
16     A.  This is the Reply Affidavit that my  10:00
17  attorney filed in my lawsuit for the Village.  10:00
18     Q.  And is that your signature on      10:01
19  page 3?                                   10:01
20     A.  Yes, it is.                      10:01
21     Q.  And did you sign this before a      10:01
22  notary public?                           10:01
23     A.  Yes.                            10:01
24     Q.  And you understood what it meant by  10:01
25  that you were swearing out your signature on  10:01

Page 378

1          Paradiso
2  this affidavit?                           10:01
3      A.  Yes.                            10:01
4      Q.  It's similar to the deposition      10:01
5  testimony you are giving today, that everything  10:01
6  in here is truthful; correct?              10:01
7      A.  Yes.                            10:01
8      Q.  And did you review this affidavit    10:01
9  before you signed it?                     10:01
10     A.  Yes.                            10:01
11     Q.  Okay.  And there was nothing that    10:01
12  you saw that was untruthful prior to you      10:01
13  executing this document; correct?          10:01
14     A.  No.                             10:01
15     Q.  Okay.  So let's go through it,      10:01
16  hopefully shortly, but there are some things I  10:01
17  do want to talk to you about and just confirm  10:01
18  with you the accuracy of what you said.      10:01
19         Paragraph 3, you write:            10:01
20  "Notwithstanding the department's denial that I  10:01
21  was its chief for the last fifteen years, I    10:01
22  have been the "head" of the department for that  10:01
23  entire period of time."  Do you see that?    10:01
24     A.  Yes.                            10:01
25     Q.  When did that period of time end?    10:01

Page 379

Paradiso

1
2  Well, withdrawn.                              10:01
3      Was that period of time certainly up     10:02
4  through the last day of September of 2005?    10:02
5      A.  Yes.  The 26th of September.          10:02
6      Q.  Right.  Okay.  And you put quotes     10:02
7  around "head."  Do you see that?              10:02
8      A.  Yes.                                  10:02
9      Q.  What did you mean by the use of the   10:02
10 word "head" in paragraph 3?                   10:02
11     A.  Well, the Village was claiming that   10:02
12 I was never actually the chief, that my Civil 10:02
13 Service title was sergeant, and the way the   10:02
14 general municipal law was written, it covered 10:02
15 the chief of the department or its head of the 10:02
16 department, so whether I was the chief or      10:02
17 the -- I was the head of the department, so I  10:02
18 believe they were trying to cover both -- all  10:02
19 the bases with regards to the lawsuit.         10:02
20     Q.  And when you wrote "head," did you    10:02
21 mean to convey to the reader of this document  10:02
22 that you were in charge of all aspects of the  10:02
23 Ocean Beach Police Department in those fifteen 10:02
24 years?                                         10:03
25     A.  Yes.                                  10:03

Page 380

Paradiso

1
2      Q.  Okay.  And that there -- withdrawn.   10:03
3      Let's look at paragraph 4.  You           10:03
4  write:  "In my tenure as chief and head of the 10:03
5  department, I was entrusted with all the       10:03
6  responsibilities attendant to the role of the  10:03
7  police chief."  Do you see that?               10:03
8      A.  Yes.                                  10:03
9      Q.  Completely accurate statement?       10:03
10     A.  Yes.                                  10:03
11     Q.  No doubt about it as you sit here     10:03
12 today?                                         10:03
13     A.  No.                                   10:03
14     Q.  You then go on to write:  "The        10:03
15 department entrusts me the position of police  10:03
16 chief, has held me accountable to this position 10:03
17 and all the designations thereof."  Completely 10:03
18 accurate?                                       10:03
19     A.  Yes.                                  10:03
20     Q.  No doubt as you sit here today?       10:03
21     A.  No.                                   10:03
22     Q.  Great.  What did you mean when you    10:03
23 said "has held me accountable to this          10:03
24 position"?                                     10:03
25     A.  That if anything came up that the     10:03

Page 381

Paradiso

1
2  chief of police was required to be accountable 10:03
3  for, that I was the person that they had       10:03
4  designated.                                    10:03
5      Q.  So if -- at least in your mind,       10:03
6  whatever went on that concerned the police    10:04
7  department, the buck stopped with you; correct? 10:04
8      A.  Right.                                10:04
9      Q.  You were the person in charge and     10:04
10 the person to be held accountable?             10:04
11     A.  Yes.                                  10:04
12     Q.  And that would be -- withdrawn.       10:04
13     Paragraph 5, next page.                   10:04
14     Let's actually skip 5 and go to           10:04
15 paragraph 6.  "As chief I was responsible for 10:04
16 the planning and directing of law enforcement 10:04
17 activities and all police functions within the 10:04
18 Village; correct?  Do you see that?            10:04
19     A.  Yes.                                  10:04
20     Q.  Accurate?                             10:04
21     A.  Yes.                                  10:04
22     Q.  No doubt as you sit here today?       10:04
23     A.  There is nothing in this entire       10:04
24 document that I have any problem with what it  10:04
25 says.                                          10:04

Page 382

Paradiso

1
2      Q.  And nor do I.  And as you can tell,   10:04
3  I am not trying to trip you up.  I am just, for 10:04
4  the record, trying to get exactly what you     10:04
5  wrote and to make sure that it was completely  10:04
6  accurate and that you have complete confidence 10:04
7  in it.                                         10:04
8      MR. GOODSTADT:  Objection.                10:04
9      Q.  Okay.  So let's look at that first    10:05
10 sentence.  You were responsible for the        10:05
11 planning and directing of law enforcement      10:05
12 activities.                                     10:05
13     Can you tell the court and the jury       10:05
14 that may be looking at this videotape what did 10:05
15 you mean by that?                              10:05
16     A.  Whatever the Police Department was    10:05
17 charged to do in the Village, I was in charge  10:05
18 of directing the police officers to take those 10:05
19 actions.                                        10:05
20     Q.  And when you wrote "all police        10:05
21 functions within the Village," what did you    10:05
22 mean by "police functions"?                    10:05
23     A.  The enforcement of laws, police       10:05
24 activity.                                       10:05
25     Q.  You then go on in paragraph 6 to      10:05

Page 383

```
                 Paradiso
1
2   say: "Not by limitation, I was in charge of      10:05
3   training police personnel and maintaining the    10:05
4   standards throughout the department." Do you     10:05
5   see that?                                         10:05
6       A.  Yes.                                      10:05
7       Q.  What did you mean by "training            10:05
8   police personnel"?                                10:05
9       A.  I was in charge to make sure that         10:05
10  people were trained properly and I would          10:05
11  arrange for training if they needed it.           10:05
12      Q.  Would that be -- would that include       10:06
13  codes?                                            10:06
14      A.  Village codes?                            10:06
15      Q.  Yes, police codes.                        10:06
16      A.  Radio --                                  10:06
17      Q.  Yes, radio codes.                         10:06
18      A.  Yes.                                      10:06
19      Q.  Okay.  And you trained police             10:06
20  personnel to know the Village police radio        10:06
21  codes?                                            10:06
22      A.  Yeah.  Everyone was handed a card.        10:06
23  These are the codes that we used every day.       10:06
24      Q.  Now, let me ask this question to          10:06
25  you.  Between 2000 and September of 2005 did      10:06
```

Page 384

```
                 Paradiso
1
2   you ever come to learn that any police officer   10:06
3   at Ocean Beach did not know the police radio     10:06
4   codes?                                            10:06
5       A.  No.                                       10:06
6       Q.  Did you ever receive a complaint          10:06
7   from any citizen who resided in Ocean Beach       10:06
8   that any police officer did not know police       10:06
9   radio code?                                       10:06
10      A.  I don't remember receiving any            10:06
11  complaints of that nature, no.                    10:06
12      Q.  Okay.  You then go on to state in         10:07
13  the sentence:  "Including directing the           10:07
14  operations training procedures and policies of    10:07
15  the Police Department, I issued working orders    10:07
16  for the department and maintained discipline      10:07
17  and morale."  Do you see that?                    10:07
18      A.  Yes.                                       10:07
19      Q.  Completely accurate?                       10:07
20      A.  Yes.                                       10:07
21      Q.  No doubt as you sit here today as to      10:07
22  the accuracy of this statement?                   10:07
23      A.  No.                                        10:07
24      Q.  You were the man?                          10:07
25      A.  Yes.                                       10:07
```

Page 385

```
                 Paradiso
1
2       Q.  Not Mr. Hesse, but you?                   10:07
3       A.  Correct.                                  10:07
4       Q.  Even though you worked different          10:07
5   shifts; correct?                                  10:07
6       A.  Right.                                    10:07
7       Q.  Mr. Hesse was your subordinate?           10:07
8       A.  Yes.                                       10:07
9       Q.  "I also directed the preparation of       10:07
10  written reports and I directed the                10:07
11  investigation of criminal offenses."  Do you      10:07
12  see that?                                         10:07
13      A.  Yes.                                       10:07
14      Q.  You were, with regard now to the         10:07
15  Police Department only, the person in charge of   10:07
16  setting policy; correct?                          10:07
17          MR. GOODSTADT:  Objection.                10:07
18      A.  Yes.                                       10:07
19          MR. NOVIKOFF:  What's your                10:08
20  objection?                                        10:08
21          MR. GOODSTADT:  What do you mean by       10:08
22  "policy"?                                         10:08
23      Q.  Do you have an understanding as to        10:08
24  what I mean by "policy," sir?                      10:08
25      A.  The rules of the department,              10:08
```

Page 386

```
                 Paradiso
1
2   procedures that they would follow.               10:08
3       Q.  Based upon your understanding of the     10:08
4   word "policy," you were the person responsible   10:08
5   in the Police Department for setting policy;     10:08
6   correct?                                          10:08
7       A.  Yes.                                       10:08
8       Q.  Number 7:  "I dealt directly with        10:08
9   the State Commission of Correction as well as     10:08
10  the Suffolk County Police Department on issues    10:08
11  of evaluation and procedure acting as the main   10:08
12  point person from the department."  Do you see   10:08
13  that?                                             10:08
14      A.  Yes.                                       10:08
15      Q.  Now, Mr. Hesse wasn't the main point     10:08
16  person, was he, as it pertains to the State      10:08
17  Commission of Correction and the Suffolk County  10:08
18  Police Department?                                10:09
19      A.  No.                                        10:09
20          MR. GOODSTADT:  Can we just get a         10:09
21  time frame for when these questions are?          10:09
22          MR. NOVIKOFF:  I think they are           10:09
23  all --                                            10:09
24          MR. GOODSTADT:  Before he went out        10:09
25  on leave?                                         10:09
```

Page 387

Paradiso

1
2      MR. NOVIKOFF:  Yes, before he went      10:09
3   out on leave.                              10:09
4      Q.  I am not asking you anything about   10:09
5   when you left, because obviously you weren't   10:09
6   there.  Correct?  You understood the time   10:09
7   frame --                                   10:09
8      A.  Yes.                                 10:09
9      Q.  -- of all these questions?  Good.   10:09
10      MR. CONNOLLY:  During his role as      10:09
11   police chief?                             10:09
12      Q.  During your role as police chief.   10:09
13   Those fifteen years that you referred to in the   10:09
14   original affidavit.                       10:09
15      MR. GOODSTADT:  Again, prior to        10:09
16   going out on leave?                       10:09
17      MR. NOVIKOFF:  Absolutely, prior to   10:09
18   going out on leave.                       10:09
19      Q.  Now, I think we are done with the   10:09
20   affidavit, so thank you very much.        10:09
21      A.  Okay.                              10:09
22      Q.  Now, I believe that you said that   10:09
23   you learned about the filing of the federal   10:09
24   lawsuit that brings you to be deposed today by   10:09
25   reading it in the paper.                  10:09

Page 388

Paradiso

1
2      A.  Yes.                                10:09
3      Q.  And I am not sure, did you ever read   10:09
4   the Complaint?                             10:10
5      A.  No.                                 10:10
6      Q.  Okay.                               10:10
7      A.  You are not going to make me read it   10:10
8   now, are you?                             10:10
9      Q.  No, but we are going to go through   10:10
10   it.                                        10:10
11      A.  Okay.                              10:10
12      Q.  But I am not going to ask you about   10:10
13   conversations yet.                        10:10
14      A.  All right.                         10:10
15      MR. NOVIKOFF:  Let's mark the          10:10
16   following document as Paradiso 18.        10:10
17      (Paradiso Exhibit 18, Complaint and   10:10
18   Jury Demand, marked for identification.)   10:10
19      Q.  Now, before we go through the      10:10
20   Complaint, I believe you said in response to   10:10
21   one of Mr. Goodstadt's questions on Monday that   10:10
22   you were heartbroken when you found out that   10:10
23   the plaintiffs were suing the Village.    10:10
24      A.  I was heartbroken that this was    10:10
25   happening in the department that I ran for so   10:10

Page 389

Paradiso

1
2   many years.                                10:10
3      Q.  And it pertained to events, at least   10:10
4   to your knowledge, that occurred prior to you   10:10
5   leaving; correct?                          10:11
6      A.  Yeah, I guess, yeah.                10:11
7      Q.  Obviously you weren't there when the   10:11
8   plaintiffs weren't hired, but a lot of the   10:11
9   events --                                  10:11
10      A.  Were let go, you mean.              10:11
11      Q.  Well, they say let go, we say       10:11
12   weren't rehired.                          10:11
13      A.  Oh, you said rehired.  I thought you   10:11
14   said hired.  I'm sorry.                    10:11
15      Q.  No.  Right.  They weren't rehired.   10:11
16      And a lot of the events that you are   10:11
17   aware of took place that the plaintiffs claim   10:11
18   in the Complaint while you were the chief;   10:11
19   right?                                     10:11
20      A.  Okay.                              10:11
21      Q.  You understand that; right?        10:11
22      A.  I understand that.                 10:11
23      Q.  Okay.  So now let's go through, and   10:11
24   you understand that the plaintiffs are, among   10:11
25   others, Mr. Fiorillo; correct?            10:11

Page 390

Paradiso

1
2      A.  Yes.                                10:11
3      Q.  Okay.  So this is Mr. Fiorillo's    10:11
4   Complaint as well as Mr. Snyder's, Mr. Nofi's   10:11
5   Mr. Carter's and Mr. Lamm's.  You understand   10:11
6   that?                                      10:11
7      A.  Yes.                                10:11
8      Q.  Okay.  And, in your opinion, would   10:11
9   Mr. Fiorillo have allowed his attorneys to file   10:11
10   a Complaint that wasn't accurate?         10:12
11      MR. GOODSTADT:  Objection.             10:12
12      Q.  In his belief?                     10:12
13      MR. GOODSTADT:  Objection.             10:12
14      A.  I don't think I am qualified to     10:12
15   answer that.                              10:12
16      Q.  Okay.  Let's look at the first page,   10:12
17   preliminary statement.  "Mr. Fiorillo and his   10:12
18   fellow plaintiffs allege as follows.       10:12
19   Plaintiffs are five police officers who had the   10:12
20   courage to overcome the "blue wall of     10:12
21   silence"."  Do you see that?              10:12
22      A.  Yes.                               10:12
23      Q.  While you were the chief of the    10:12
24   Police Department, were you -- well, do you   10:12
25   have an understanding as to what the phrase   10:12

Page 391

Paradiso

1
2  "blue wall of silence" means?                    10:12
3      A.   I've heard it used before.           10:12
4      Q.   And when you have heard it used       10:12
5  before, do you recall the context in which it   10:12
6  was used?                                      10:12
7      A.   That the police wouldn't talk about   10:12
8  other police.                                  10:12
9      Q.   Okay.  Now, while you were chief of   10:12
10 police, before you went out on disability, and  10:12
11 all my questions this is the time frame, unless  10:13
12 I say differently it is from the time you        10:13
13 became chief to the time you left on permanent   10:13
14 disability, I think, in the end of September of  10:13
15 2005.                                          10:13
16      Were you aware of any blue wall of         10:13
17 silence within the Ocean Beach Police           10:13
18 Department?                                    10:13
19      MR. GOODSTADT:  Objection.              10:13
20      A.   No.                                  10:13
21      Q.   Did Mr. Fiorillo ever say to you in   10:13
22 sum or substance that he believed that there    10:13
23 was a blue wall of silence?                    10:13
24      A.   I don't recall him saying that.      10:13
25      Q.   Did any of the other plaintiffs ever  10:13

Page 392

Paradiso

1
2  say to you in sum or substance that they        10:13
3  believed that there was a blue wall of silence?  10:13
4      A.   I don't believe so.                   10:13
5      Q.   Did you ever instruct any police      10:13
6  officer to cover up any involvement of a        10:13
7  criminal nature involving an Ocean Beach police  10:13
8  officer?                                       10:13
9      A.   No.                                  10:13
10      Q.   Did you ever learn that Mr. Hesse    10:13
11 ordered any officers to cover up any criminal   10:13
12 involvement concerning an Ocean Beach Police    10:14
13 Department officer?                            10:14
14      A.   No.                                  10:14
15      Q.   Now, I believe you have testified    10:14
16 that it's a small Village and you basically     10:14
17 hear everything that goes on; correct?         10:14
18      A.   Right.                               10:14
19      Q.   Would you agree with me that given   10:14
20 the size of the Village and given your role at  10:14
21 the Village that had there been a blue wall of  10:14
22 silence that perhaps didn't involve Mr. Hesse,  10:14
23 you would have heard about it?                 10:14
24      MR. GOODSTADT:  Objection.              10:14
25      A.   I would believe I would have heard   10:14

Page 393

Paradiso

1
2  about it.                                      10:14
3      Q.   Now, let's go to the next sentence.   10:14
4  "And fulfill their duty to protect the public   10:14
5  by speaking out in opposition to the regime of  10:14
6  endemic corruption."  Do you see that?         10:14
7      A.   Yes.                                  10:14
8      Q.   So now this is Mr. Fiorillo and the   10:14
9  other four plaintiffs saying that the Police    10:14
10 Department that you were the head of engaged in  10:14
11 a regime of endemic corruption.                10:14
12      Do you understand that is what            10:15
13 Mr. Fiorillo and his plaintiffs are alleging?   10:15
14      A.   I see what it says.                  10:15
15      Q.   And do you agree with Mr. Fiorillo   10:15
16 and the other plaintiffs that under your        10:15
17 direction and supervision as chief that there   10:15
18 was a regime of endemic corruption within the   10:15
19 Ocean Beach Police Department?                 10:15
20      MR. GOODSTADT:  Objection.              10:15
21      A.   I don't feel there was.             10:15
22      Q.   Was there any corruption, to your    10:15
23 knowledge, within the Ocean Beach Police       10:15
24 Department while you were chief?               10:15
25      A.   None that I knew about.             10:15

Page 394

Paradiso

1
2      Q.   To your knowledge, did Mr. Fiorillo   10:15
3  ever complain to you about any type of          10:15
4  corruption going on within the Ocean Beach      10:15
5  Police Department while you were chief?        10:15
6      A.   No.                                  10:15
7      Q.   How about with regard to any of the   10:15
8  four other plaintiffs?                         10:15
9      A.   No.                                  10:15
10      Q.   Did Mr. Hesse ever go to you and     10:15
11 complain to you that there is corruption going  10:16
12 on within the Police Department?               10:16
13      A.   No.                                  10:16
14      Q.   How about the mayor?                 10:16
15      A.   No.                                  10:16
16      Q.   How about any trustee member?        10:16
17      A.   No.                                  10:16
18      Q.   How about any newspaper person?      10:16
19      A.   No.                                  10:16
20      Q.   How about any resident?              10:16
21      A.   No.                                  10:16
22      Q.   So do you agree with Mr. Fiorillo's  10:16
23 allegation in this Complaint that while you     10:16
24 were the chief, there was a regime of endemic   10:16
25 corruption within the Ocean Beach Police       10:16

Page 395

Paradiso

1      Department?                           10:16
2          MR. GOODSTADT: Objection. Asked   10:16
3      and answered.                         10:16
4          A.  I don't feel -- I don't feel that   10:16
5      there was.                            10:16
6          Q.  Do you have any doubt in your mind?   10:16
7          A.  No.                           10:16
8          Q.  Mr. Fiorillo then goes on with his   10:16
9      other plaintiffs to allege --         10:16
10         A.  On the same page?             10:16
11         Q.  We are starting on this page, we are   10:16
12     turning to this next page.            10:16
13         "Plaintiffs' repeated and tireless   10:16
14     efforts to champion integrity and the highest   10:16
15     values of public service have met with the   10:17
16     abject failure as the department has inexorably   10:17
17     fallen under the control of officers and   10:17
18     commanders while in uniform drink alcohol   10:17
19     and frequent local bars, recklessly turn their   10:17
20     backs on minors consuming alcohol and others   10:17
21     using drugs, associate with known criminals,   10:17
22     allow their friends and acquaintances to   10:17
23     violate the law while in Ocean Beach with   10:17
24     impunity, and attempt to cover up numerous acts   10:17

Page 396

Paradiso

1      of despicable police brutality by coercing the   10:17
2      silence of witnesses, victims, and the very   10:17
3      people who are oath-bound to enforce the laws   10:17
4      that are supposed to protect us."  Do you see   10:17
5      that?                                 10:17
6          A.  Yes.                          10:17
7          Q.  Okay.  How many officers between   10:17
8      2000 and your last day of employment in   10:17
9      September of 2005, how many officers were   10:17
10     there?                                10:17
11         A.  Different officers in total?   10:17
12         Q.  Withdrawn.  How many commanders were   10:18
13     there?                                10:18
14         A.  I was the commanding officer.   10:18
15         Q.  And under you there was Mr. Hesse?   10:18
16         A.  Correct.                      10:18
17         Q.  So do you understand what   10:18
18     Mr. Fiorillo and the plaintiffs are saying,   10:18
19     that you as a commander while in uniform drank   10:18
20     alcohol?                              10:18
21         MR. GOODSTADT: Objection.         10:18
22         A.  I don't believe that's what it says.   10:18
23         Q.  Okay.  Well, then let's go through   10:18
24     it piece by piece.                    10:18

Page 397

Paradiso

1          Did you ever drink alcohol while in   10:18
2      uniform?                              10:18
3          A.  No.                           10:18
4          Q.  Did you ever frequent local bars --   10:18
5          A.  Yes.                          10:18
6          Q.  -- while in uniform?          10:18
7          A.  No.  Well, I ate lunch in some of   10:18
8      the restaurants.                      10:18
9          Q.  So there would be times while you   10:18
10     were in uniform that you would be eating lunch?   10:18
11         A.  Yes.                          10:18
12         Q.  Is that what you are saying?  And   10:18
13     that you did not necessarily drink alcohol --   10:18
14         A.  No.                           10:18
15         Q.  -- while you were eating lunch;   10:18
16     right?                                10:18
17         A.  No.  I never drank alcohol while I   10:18
18     was in uniform.                       10:18
19         Q.  But if someone saw you in a bar   10:18
20     eating lunch, they would not know one way or   10:18
21     the other whether or not you were drinking   10:18
22     alcohol or not?                       10:19
23         MR. GOODSTADT: Objection.         10:19
24         Q.  Correct?                      10:19

Page 398

Paradiso

1          A.  They would know, because they know   10:19
2      that I wouldn't do that.              10:19
3          Q.  Okay.  Did you recklessly turn your   10:19
4      back on minors consuming alcohol?     10:19
5          A.  No, I didn't.                 10:19
6          Q.  Did you recklessly turn your back on   10:19
7      minors using drugs?                   10:19
8          A.  Never.                        10:19
9          Q.  Did you associate with known   10:19
10     criminals?                            10:19
11         A.  No.                           10:19
12         Q.  Did you allow your friends and   10:19
13     acquaintances to violate the law while in Ocean   10:19
14     Beach with impunity?                  10:19
15         A.  No.                           10:19
16         Q.  Did you cover up numerous acts of   10:19
17     despicable police brutality?          10:19
18         A.  No.                           10:19
19         Q.  Did you coerce the silencing of   10:19
20     witnesses?                            10:19
21         A.  No.                           10:19
22         Q.  Did you coerce the silencing of   10:19
23     victims?                              10:19
24         A.  No.                           10:19

Page 399

```
1                    Paradiso
2       Q.  Did -- okay.  So now we know that as   10:19
3   a commander none of what plaintiffs allege in   10:19
4   this paragraph pertains to you.  You would      10:19
5   agree with me; right?                 10:19
6       MR. GOODSTADT:  Objection.         10:19
7   A.  Yes.                     10:19
8       MR. NOVIKOFF:  What's the objection?  10:19
9       MR. GOODSTADT:  You said "we know"   10:19
10  that that's the case.                 10:19
11      MR. NOVIKOFF:  Fine.              10:19
12      MR. GOODSTADT:  That's what he        10:19
13  testified to.                       10:19
14      Q.  Mr. Paradiso, in your opinion --   10:19
15      MR. GOODSTADT:  Exactly.          10:20
16      Q.  -- none of what Mr. Fiorillo and the  10:20
17  other plaintiffs have alleged in this paragraph  10:20
18  that I have just read pertains to you; right?   10:20
19      A.  No.                   10:20
20      Q.  Okay.  So was Mr. Hesse a commander,  10:20
21  as you understand the word "commander" is used  10:20
22  in this paragraph?              10:20
23      A.  He was the second in command.     10:20
24      Q.  Okay.  Then let's go through it with  10:20
25  Mr. Hesse.  Did you ever see Mr. Hesse while in  10:20
```

Page 400

```
1                    Paradiso
2   uniform drink alcohol?             10:20
3       A.  No.                   10:20
4       Q.  Did you ever see Mr. Hesse while in   10:20
5   uniform frequent local bars?         10:20
6       A.  If he had, it would be to eat his    10:20
7   meal, as I did.                     10:20
8       Q.  And did you ever see Mr. Hesse turn  10:20
9   his back on minors consuming alcohol?    10:20
10      A.  No.                   10:20
11      Q.  Did you ever see Mr. Hesse turn his  10:20
12  back on minors using drugs?          10:20
13      A.  No.                   10:20
14      Q.  Did you ever know Mr. Hesse -- did   10:20
15  you ever see Mr. Hesse associate with known    10:20
16  criminals?                       10:21
17      A.  No.                   10:21
18      Q.  Did you ever see Mr. Hesse allow    10:21
19  friends and acquaintances to violate the law   10:21
20  while in Ocean Beach with impunity?      10:21
21      A.  No.                   10:21
22      Q.  Did you ever see Mr. Hesse cover up  10:21
23  numerous acts of despicable police brutality?  10:21
24      A.  No.                   10:21
25      Q.  Did you ever see Mr. Hesse silence   10:21
```

Page 401

```
1                    Paradiso
2   witnesses --                     10:21
3       A.  No.                   10:21
4       Q.  -- by coercion?             10:21
5       A.  No.                   10:21
6       Q.  Did you ever see Mr. Hesse coerce   10:21
7   the silencing of victims?            10:21
8       A.  No.                   10:21
9       Q.  Did you ever see Mr. Hesse coerce   10:21
10  the silencing of any other police officer?     10:21
11      A.  No.                   10:21
12      Q.  Okay.  Now that's what we have just  10:21
13  gone through is what you have witnessed.  Let's  10:21
14  go through now what you may have heard.     10:21
15      Did any -- did Mr. Fiorillo or any      10:21
16  of the plaintiffs ever say to you that they     10:21
17  witnessed Mr. Hesse drink alcohol while in      10:21
18  uniform?                         10:21
19      A.  No.                   10:21
20      Q.  Did Mr. Fiorillo or any plaintiffs   10:21
21  ever say to you that they saw Mr. Hesse      10:22
22  frequent local bars?              10:22
23      A.  No.                   10:22
24      Q.  Did Mr. Fiorillo or any of the     10:22
25  plaintiffs ever advise you that Mr. Hesse was   10:22
```

Page 402

```
1                    Paradiso
2   recklessly turning their backs on minors      10:22
3   consuming alcohol?                 10:22
4       A.  No.                   10:22
5       Q.  Did Mr. Hesse -- I'm sorry.        10:22
6       Did Mr. Fiorillo or any of the         10:22
7   plaintiffs ever advise you that Mr. Hesse was   10:22
8   turning his back on minors using drugs?      10:22
9       A.  No.                   10:22
10      Q.  Did Mr. Fiorillo or any of the      10:22
11  plaintiffs ever advise you that Mr. Hesse was   10:22
12  associating with a known criminal?        10:22
13      A.  No.                   10:22
14      Q.  Did Mr. Fiorillo or any of the      10:22
15  plaintiffs ever advise you that Mr. Hesse was   10:22
16  allowing friends and acquaintances to violate  10:22
17  the law while in Ocean Beach?          10:22
18      A.  No.                   10:22
19      Q.  With impunity?             10:22
20      A.  No.                   10:22
21      Q.  Did Mr. Fiorillo and any of the     10:22
22  plaintiffs ever advise you that Mr. Hesse was   10:22
23  covering up any act of despicable police       10:22
24  brutality?                       10:22
25      A.  No.                   10:23
```

Page 403

Paradiso

1
2     Q.   How about just police brutality in      10:23
3     general?                                      10:23
4     A.   Any police brutality would be           10:23
5     despicable.                                   10:23
6     Q.   Yes, but I want to make sure that I      10:23
7     cover everything that they are saying.        10:23
8         Did Mr. Fiorillo or any of the other      10:23
9     plaintiffs ever advise you that Mr. Hesse     10:23
10    coerced the silencing of witnesses?           10:23
11    A.   No.                                      10:23
12    Q.   How about the coercion of the            10:23
13    silencing of victims?                         10:23
14    A.   No.                                      10:23
15    Q.   How about the coercion of any other      10:23
16    police officer?                               10:23
17    A.   No.                                      10:23
18    Q.   Now, without going through              10:23
19    everything that I have just gone through but  10:23
20    applying to this paragraph, did you ever learn 10:23
21    from any source that Mr. Hesse either engaged  10:23
22    in or directed any of the acts that are       10:23
23    identified in the paragraph that we have just  10:23
24    gone through?                                 10:23
25    A.   No.                                      10:23

Page 404

Paradiso

1
2     Q.   Let me ask you this question:  Did       10:23
3     Mr. Fiorillo -- now I am going to go plaintiff 10:24
4     by plaintiff, because it's important.         10:24
5         Did Mr. Fiorillo ever advise you,         10:24
6     whether by phone, e-mail, letter, rock through 10:24
7     a window, that Mr. Hesse was engaging in or    10:24
8     directing others to engage in any act that was 10:24
9     dangerous to the public?                      10:24
10    A.   No.                                      10:24
11    Q.   Same question with regard to             10:24
12    Mr. Snyder.                                   10:24
13    A.   No.                                      10:24
14    Q.   Same question with regard to             10:24
15    Mr. Carter.                                   10:24
16    A.   No.                                      10:24
17    Q.   Same question with regard to             10:24
18    Mr. Lamm.                                     10:24
19    A.   No.                                      10:24
20    Q.   Same question with regard to             10:24
21    Mr. Nofi.                                     10:25
22    A.   Nofi.                                     10:25
23    Q.   Nofi.                                     10:25
24    A.   No.                                      10:25
25    Q.   Let's go to paragraph 13, and I am       10:25

Page 405

Paradiso

1
2     going to read it into the record and then I am 10:25
3     going to ask you some questions.              10:25
4         "Defendant George B. Hesse ("Hesse")     10:25
5     was and is employed by Ocean Beach and the OBPD 10:25
6     with his principal place of business at Bay and 10:25
7     Bayberry Walks, Ocean Beach, New York.  Upon  10:25
8     information and belief Hesse resides in Suffolk 10:25
9     County, New York.  At all times hereinafter   10:25
10    mentioned Defendant Hesse was and is the       10:26
11    official responsible for the management and    10:26
12    supervision of the OBPD, including its         10:26
13    maintenance and operation, as well as the     10:26
14    hiring, promotion and discipline of employees, 10:26
15    and all other employment-related issues.       10:26
16    Additionally, Hesse was and is a policy maker  10:26
17    for the OBPD charged with the responsibility of 10:26
18    ensuring that employees are not subject to     10:26
19    unlawful treatment.  He is also responsible for 10:26
20    properly training and supervising employees of 10:26
21    the OBPD.  Hesse engaged in the unlawful       10:26
22    conduct as set forth below."                   10:26
23        Now, let's focus on the part of           10:26
24    paragraph 13 that starts with "at all times    10:26
25    hereinafter."  Do you see that?                10:26

Page 406

Paradiso

1
2     A.   Yes.                                      10:26
3     Q.   Mr. Fiorillo alleges, I believe          10:26
4     under penalty of perjury --                    10:26
5         MR. GOODSTADT:  Objection.                 10:26
6     Q.   --- that "Defendant Hesse was and is      10:26
7     the official responsible for the management and 10:26
8     supervision of the OBPD including its          10:27
9     maintenance and operation as well as the       10:27
10    hiring, promotion and discipline of employees  10:27
11    and all other employment-related issues."      10:27
12        Let's go to that part of the               10:27
13    sentence that says he is responsible for the   10:27
14    management and supervision of the OBPD.        10:27
15        Sir, that's not a correct statement;       10:27
16    correct?                                       10:27
17        MR. GOODSTADT:  Objection.                 10:27
18    Q.   Well, sir, is that a correct              10:27
19    statement?                                     10:27
20    A.   He had responsibilities and              10:27
21    management and supervision duties, but not --  10:27
22    he wasn't the final say.  During his shift he  10:27
23    ran his shift, but he was answerable to me.    10:27
24    Q.   Right.  And ultimately, sir, you          10:27
25    would agree with me that you were the official 10:27

Page 407

Paradiso

1
2  responsible for the management and supervision   10:27
3  of the OBPD?                                      10:27
4      A.   During that time frame, yes.            10:27
5      Q.   You were the one who was                10:27
6  accountable?                                      10:27
7      A.   Yes.                                     10:27
8      Q.   Now, was Mr. Hesse the official         10:27
9  responsible for the maintenance and operation    10:28
10  of the OBPD as Mr. Fiorillo and the other        10:28
11  plaintiffs allege?                               10:28
12      A.   I was in charge of everything, but I    10:28
13  delegated certain things for George to oversee.  10:28
14      Q.   Like what?                              10:28
15      A.   Vehicle maintenance.  He did           10:28
16  background investigations.  We went through the  10:28
17  different people who applied for the positions   10:28
18  and he would make recommendations to me, but     10:28
19  the final say would be mine.                     10:28
20      Q.   Recommendations as to --               10:28
21      A.   As to whose application we would       10:28
22  pass on for employment or whatever.              10:28
23      Q.   But the final decision was yours?      10:28
24      A.   Yes.                                    10:28
25      Q.   So when Mr. Fiorillo and his other     10:28

Page 408

Paradiso

1
2  plaintiffs allege that Defendant Hesse was and   10:28
3  is the official responsible for, and now I am     10:28
4  going on to the remainder of the paragraph, the   10:28
5  hiring, promotion and discipline of employees     10:29
6  and all other employment-related issues, that's   10:29
7  not correct, is it?                               10:29
8      A.   That would be correct after            10:29
9  September 26, 2006.                               10:29
10      Q.   Right, but --                           10:29
11      A.   2005.                                   10:29
12      Q.   -- but before that that's not          10:29
13  correct; right?                                  10:29
14      A.   Right.                                  10:29
15      Q.   You were?                               10:29
16      A.   Yes.                                    10:29
17      Q.   So when the Bosettis were hired, you   10:29
18  were the one who decided to hire them; correct?  10:29
19      A.   Yes.                                    10:29
20      Q.   That was your decision that you        10:29
21  recommended to the board to approve; right?      10:29
22      A.   Yes.                                    10:29
23      Q.   Now, let's assume just for the         10:29
24  purposes of this question that they were hired   10:29
25  in 2002.  We have in the record when they were.  10:29

Page 409

Paradiso

1
2  I am not exactly sure.                            10:29
3          It would be correct to say that it       10:29
4  was your decision to rehire them for the 2003     10:29
5  season; correct?                                  10:29
6      A.   Yes.                                     10:29
7      Q.   And it would be your decision to        10:29
8  rehire them for the 2004 season; correct?        10:29
9      A.   Correct.                                 10:29
10      Q.   And it would have been your decision   10:29
11  to rehire the Bosettis for the 2005 season;      10:29
12  right?                                           10:29
13      A.   Right.                                  10:29
14      Q.   And then if they were rehired for      10:29
15  2006, that's when it was Mr. Hesse's --          10:30
16      A.   Correct.                                10:30
17      Q.   -- responsibility; right?              10:30
18          Same thing for every other police       10:30
19  officer, correct, for 2002, 2003, 2004 and       10:30
20  2005, if you wanted -- it was up to you to       10:30
21  either rehire them for those seasons or not;     10:30
22  correct?                                         10:30
23      A.   Correct.                                10:30
24      Q.   Likewise, it was your decision if      10:30
25  you didn't want to rehire them; right?           10:30

Page 410

Paradiso

1
2      A.   Yes.                                     10:30
3      Q.   For the seasons.                         10:30
4          Now, did Mr. Hesse ever advise you       10:30
5  let's just say starting in 2002 that any of the   10:30
6  plaintiffs should not be rehired for the          10:30
7  following season?                                 10:30
8          Let me break it down.  For the 2003      10:30
9  season did Mr. Hesse ever advise you that in      10:30
10  his opinion any of the five plaintiffs should    10:30
11  not be rehired?                                   10:30
12      A.   No.                                     10:30
13      Q.   Did he ever advise you for the 2004    10:30
14  season that any of the plaintiffs should not be  10:30
15  rehired?                                          10:30
16      A.   I don't believe so, no.                10:30
17      Q.   How about for the 2005 season?         10:30
18      A.   No.                                     10:31
19      Q.   And while we are on the subject of     10:31
20  the plaintiffs, I believe you testified to the   10:31
21  varying shifts, the different shifts that some   10:31
22  of the plaintiffs worked.  Do you recall that    10:31
23  testimony?                                       10:31
24      A.   Yes.                                    10:31
25      Q.   I believe, for the most part, they     10:31

13

Page 411

Paradiso

1
2  all worked on the shift that Mr. Hesse was the   10:31
3  officer supervising; right?                      10:31
4       MR. GOODSTADT:  Objection.            10:31
5       MR. NOVIKOFF:  Withdrawn.            10:31
6     Q.   Would you agree with me that for the   10:31
7  most part the plaintiffs worked the shifts        10:31
8  under which Mr. Hesse also worked?              10:31
9       MR. GOODSTADT:  Objection.            10:31
10     A.   The schedule would rotate around,      10:31
11  but the majority of the shifts that these guys   10:31
12  worked were evening or night shifts, yes.       10:31
13     Q.   Right, and those were the majority      10:31
14  of the shifts that Mr. Hesse worked?            10:31
15     A.   Correct.                    10:31
16     Q.   And would you agree with me that       10:31
17  given that fact, that Mr. Hesse saw more of     10:31
18  their police work than you did between 2002 and  10:32
19  the 2006 season?                          10:32
20     A.   That would be a reasonable --        10:32
21     Q.   Right.                       10:32
22     A.   -- representation.              10:32
23     Q.   Not to suggest that you don't have     10:32
24  an opinion of how they were and not to suggest  10:32
25  that you weren't aware of what they were doing,  10:32

Page 412

Paradiso

1
2  but you would agree with me that on a          10:32
3  day-to-day basis Mr. Hesse was more aware of    10:32
4  what the officers did during their shifts than   10:32
5  you did?                               10:32
6     A.   Yes.                         10:32
7     Q.   Now, Mr. Fiorillo and the other       10:32
8  plaintiffs then go on to say that Mr. Hesse was  10:32
9  and is the official responsible for ensuring     10:32
10  that employees are not subject to unlawful       10:32
11  treatment.  Do you see that?                 10:33
12     A.   Yes.                         10:33
13     Q.   Now, for the period of time prior to   10:33
14  September of -- the end of September of 2005,    10:33
15  that's not an accurate statement, is it?        10:33
16     A.   No.                          10:33
17     Q.   You are the person at the Ocean       10:33
18  Beach Police Department that was responsible    10:33
19  for properly training and supervising          10:33
20  employees.  Do you see that?                10:33
21     A.   Yes.                         10:33
22     Q.   Same -- let's go to the next         10:33
23  sentence.  Mr. Fiorillo and the other          10:33
24  plaintiffs allege that Mr. Hesse was and is the  10:33
25  official responsible for properly training and   10:33

Page 413

Paradiso

1
2  supervising employees of the OBPD.  Do you see   10:33
3  that?                                  10:33
4     A.   Yes.                         10:33
5     Q.   Again, prior to the end of September  10:33
6  2005 that would not be an accurate statement;    10:33
7  correct?                               10:33
8     A.   No.                          10:33
9     Q.   You would have been the person;      10:33
10  correct?                               10:33
11     A.   Yes.                         10:33
12     Q.   Now, would you agree with me that at  10:33
13  no time prior to the end of September 2005 did   10:33
14  any of these plaintiffs complain to you that     10:33
15  you, Mr. Paradiso, were not properly exercising  10:33
16  your job responsibilities as chief of police?    10:33
17     A.   That would be correct.            10:33
18     Q.   And you did not learn from any       10:34
19  source that any of these plaintiffs had         10:34
20  complained to the mayor that you, Mr. Paradiso,  10:34
21  were not properly exercising your             10:34
22  responsibilities as police chief?              10:34
23     A.   No.                          10:34
24     Q.   Same question as it pertains to      10:34
25  Board of Trustees.  You didn't learn from any   10:34

Page 414

Paradiso

1
2  trustee that any of the plaintiffs had          10:34
3  complained to that particular trustee that you   10:34
4  as chief were not fulfilling your functions as   10:34
5  chief of police?                          10:34
6     A.   No.                          10:34
7     Q.   Now, let's just -- you had an open    10:34
8  door, correct, in terms of complaints?          10:34
9       MR. GOODSTADT:  Objection.            10:34
10     Q.   Would you agree with me?           10:34
11     A.   Anybody could come in and talk to    10:34
12  me.                                  10:34
13     Q.   Or they could call you up?          10:34
14     A.   Yes.                         10:34
15     Q.   Right.  In your opinion, did you     10:34
16  inhibit by your conduct or your attitude        10:34
17  anybody from complaining to you about anything  10:34
18  involving the Ocean Beach Police Department?    10:34
19     A.   No.                          10:34
20     Q.   And, in fact, if I recall, it was     10:34
21  your policy that if the issue was pertaining to  10:35
22  Sergeant Hesse, then the complaints should go   10:35
23  to you as opposed to Mr. Hesse?              10:35
24     A.   Right.                        10:35
25     Q.   Now, why was that your policy?       10:35

Page 415

Paradiso

1
2     A.   Because I wanted to know what was        10:35
3     going on.                                     10:35
4        Q.   And did you feel that if Mr. Hesse     10:35
5     was the problem, then complaining to Mr. Hesse  10:35
6     wouldn't solve that problem?                  10:35
7        A.   It would make sense.                   10:35
8        Q.   Right.  It would make sense that if    10:35
9     Mr. Hesse was the problem, they would go to    10:35
10    you?                                          10:35
11       A.   Yes.                                   10:35
12       Q.   And if you didn't satisfy their        10:35
13    problem, where should they go after that, in   10:35
14    your opinion?  Who was the next in chain of    10:35
15    command?                                      10:35
16       A.   It would be the mayor.                 10:35
17       Q.   Right.  So if hypothetically           10:35
18    Mr. Fiorillo said that Mr. Hesse was treating  10:35
19    him improperly and you ignored it,            10:35
20    Mr. Fiorillo's next level of complaint, if he   10:36
21    chose to do it, would have been to the mayor;  10:36
22    right?                                        10:36
23       A.   Yes.                                   10:36
24       Q.   And is that because the mayor was      10:36
25    the police commissioner?                      10:36

Page 416

Paradiso

1
2     A.   Yes.                                     10:36
3        Q.   Let's look at paragraph 29.           10:36
4     Mr. Fiorillo and the other plaintiffs allege as  10:36
5     follows.  Hesse was -- I'm sorry.  "In his     10:36
6     capacity as sergeant, Hesse exercised direct    10:36
7     supervisory authority over officers assigned to   10:36
8     the night tour of duty including plaintiffs.     10:36
9     Upon information and belief, Hesse was          10:36
10    temporarily removed from his position as        10:36
11    commander of the night shift for several months   10:37
12    in and around 2002 in response to public        10:37
13    complaints concerning his inadequate           10:37
14    performance as the night shift commander."      10:37
15       Were you aware of any public             10:37
16    complaints as it's alleged in paragraph 29?     10:37
17       A.   I wasn't aware of the complaints,      10:37
18    no.                                           10:37
19       Q.   So if I understand your testimony      10:37
20    correctly, you never received a complaint       10:37
21    directly from an Ocean Beach resident          10:37
22    concerning Mr. Hesse's performance as a night   10:37
23    commander prior to the change in shifts in      10:37
24    2002?                                         10:37
25       A.   No.                                   10:37

Page 417

Paradiso

1
2     Q.   While we are on this, why don't we      10:37
3     just talk a little bit about Ocean Beach,      10:37
4     because we have -- you haven't been here for    10:37
5     all the depositions, but I don't think anyone   10:37
6     has actually described what Ocean Beach is.     10:37
7        Describe for me the jurisdiction in      10:37
8     which you were chief for fifteen years from a   10:37
9     geographic standpoint.                        10:37
10       A.   Okay.  Ocean Beach was a summer        10:38
11    resort community that had a year-round          10:38
12    population of about 145 people, had a summer    10:38
13    population in excess of 10,000 people.         10:38
14    Boundaries of the Village were from the east,   10:38
15    the western half of Surf Road, including all of   10:38
16    the pavement, and two feet east of the         10:38
17    pavement.  That would continue on in a westerly  10:38
18    direction for the next ten blocks ending at     10:38
19    Surf Road.  Surf View was the eastern road.     10:38
20    Surf Road was the west road.  From bay to ocean  10:38
21    including the pavement and two feet west of the   10:38
22    end of the payment.  That was the geographical   10:38
23    boundary of the Village.                      10:39
24       Q.   From north to south, how long would    10:39
25    it take to walk from north to south?          10:39

Page 418

Paradiso

1
2     A.   The widest area of the Village was      10:39
3     approximately 1,900 feet, so depending on how   10:39
4     fast you could walk.                          10:39
5        Q.   Before your injury, how long would    10:39
6     it take you to walk?                          10:39
7        A.   Eight minutes, seven minutes.         10:39
8        Q.   From east to west how long would it   10:39
9     have taken you to walk?                       10:39
10       A.   It was probably the same amount       10:39
11    of -- same distance.  Probably -- maybe a      10:39
12    little shorter.  Three or four minutes, five    10:39
13    minutes, six minutes.                         10:39
14       Q.   So that was the jurisdiction of the   10:39
15    Police Department; correct?                   10:39
16       A.   Correct.                              10:39
17       Q.   Okay.  Now, how about to drive --     10:39
18    well, what motor vehicles were available to the  10:39
19    Police Department between 2002 and September of  10:39
20    2005?                                         10:40
21       A.   We had bicycles, we had electric      10:40
22    golf carts, and we had the police trucks.      10:40
23       Q.   Okay.  How long would it take to      10:40
24    drive a police truck -- well, could you drive a  10:40
25    police truck north to south?                  10:40

Page 419

```
                 Paradiso
1
2      A.   Yes.                        10:40
3      Q.   How long would it take to drive from  10:40
4  north to south?                      10:40
5      A.   Well, the roads were very narrow    10:40
6  there, there are only 8 feet wide, so you had to  10:40
7  go slow.                            10:40
8      Q.   Right. Okay. Even going slow.     10:40
9      A.   So a minute and a half, two minutes.  10:40
10     Q.   East to west, same question?      10:40
11     A.   About the same amount of time.    10:40
12     Q.   Okay. And how about to bike?     10:40
13     A.   Bike, you could probably get by a   10:40
14  little quicker, so two, two minutes.    10:40
15     Q.   How many bars in that time period   10:40
16  were located on Ocean Beach?        10:40
17     A.   Approximately 15.             10:40
18     Q.   Fifteen bars.                 10:40
19     Did you ever learn as police chief   10:41
20  that Chief Hesse was not issuing summonses to   10:41
21  bar owners in return for certain favors?  10:41
22     A.   No.                          10:41
23     Q.   Did you ever learn while you were   10:41
24  police chief that Mr. Hesse had instructed any  10:41
25  officers not to issue summonses to certain  10:41
```

Page 420

```
                 Paradiso
1
2  bars?                              10:41
3      A.   No.                         10:41
4      Q.   How many other business       10:41
5  establishments were there in Ocean Beach in  10:41
6  this time period?                   10:41
7      A.   Rough estimate, about 50 or 60.  10:41
8      Q.   Okay. Did you ever learn from any  10:41
9  source that Mr. Hesse had instructed any  10:41
10  officer not to issue summonses to any of those  10:41
11  business establishments for any reason?  10:41
12     A.   No.                          10:41
13     Q.   Did you ever form an opinion that  10:41
14  Mr. Hesse favored certain business    10:42
15  establishments over others with regard to how  10:42
16  laws were enforced?                 10:42
17     A.   No.                          10:42
18     Q.   Did you ever receive any complaints  10:42
19  from any business establishment owner on Ocean  10:42
20  Beach that Mr. Hesse was not acting, in their  10:42
21  opinion, appropriately as a police officer?  10:42
22     A.   No.                          10:42
23     Q.   What was Mr. Hesse's rapport like  10:42
24  with the year-round residents of the village,  10:42
25  to the extent you have enough information to  10:42
```

Page 421

```
                 Paradiso
1
2  form an opinion?                    10:42
3      A.   He -- I think he had a good working  10:42
4  relationship with the year-round residents.  10:42
5  There were some that were -- seemed to be  10:42
6  always complaining about something. Not him in  10:42
7  general, but just complaining.        10:42
8      Q.   Okay.                        10:42
9      A.   There were some that really didn't  10:43
10  want to follow the laws very well. But I don't  10:43
11  recall anybody that stands out in my mind that  10:43
12  had a real problem with the way George did his  10:43
13  job.                               10:43
14     Q.   And what about with the Bosettis,  10:43
15  can you describe, to the extent you can, what  10:43
16  their rapport was like with the residents and  10:43
17  non-residents of Ocean Beach while they were  10:43
18  police officers?                   10:43
19     A.   The Bosettis had a very welcoming  10:43
20  attitude to people. Part of the way I liked  10:43
21  the way they did their job was that they didn't  10:43
22  have to learn how to deal with the public, they  10:43
23  had twenty years of police experience, and they  10:43
24  were highly trained in the department that they  10:43
25  came from. They were emergency service  10:43
```

Page 422

```
                 Paradiso
1
2  officers. When they started working at the  10:44
3  Village, it was kind of like a different type  10:44
4  of a job for them, because they weren't under  10:44
5  that constant pressure of responding to  10:44
6  critical emergencies at all times, so they  10:44
7  were -- got to know the people of the Village.  10:44
8      Q.   Would you agree with me that the  10:44
9  atmosphere in Ocean Beach certainly during the  10:44
10  summer was a little bit less stressful than the  10:44
11  atmosphere in Brownsville where the Bosettis  10:44
12  worked as police officers?           10:44
13     MR. GOODSTADT: Objection.         10:44
14     A.   Well, I was -- tell you the truth, I  10:44
15  have never been in Brownsville, but I would  10:44
16  think that as opposed to working as a city  10:44
17  police officer and working as an Ocean Beach  10:44
18  police officer, the threat level was what I  10:44
19  would think would be lower working where we  10:44
20  were.                              10:44
21     Q.   Okay. Now, you said what you liked  10:44
22  about the Bosettis was that they didn't have to  10:45
23  learn how to deal with the public because I  10:45
24  believe, as you said, they were twenty-year  10:45
25  police officers in New York City.     10:45
```

Page 423

Paradiso

1
2        Did Mr. Fiorillo have to learn how     10:45
3   to deal with the public from the first day that  10:45
4   he was employed as a seasonal police officer to  10:45
5   the time that you left?               10:45
6        A.   There is -- for new officers   10:45
7   is a learning curve on how to deal with the   10:45
8   public, how to be able to remain calm in a   10:45
9   situation where most people could lose their   10:45
10  cool. Frank caught on very quickly.        10:45
11       Q.   And how about Mr. Nofi, did he have  10:45
12  to learn as well?                 10:45
13       A.   Like I said, all officers learn that  10:45
14  if they have never worked in law enforcement   10:45
15  before.                       10:45
16       Q.   So would that be applicable to all   10:45
17  five of the plaintiffs here, that there was   10:45
18  some learning curve?               10:45
19       A.   Actually, Tommy Snyder and Eddie   10:45
20  Carter both had law enforcement experience   10:45
21  probably before becoming police officers, so   10:46
22  they had an extensive knowledge on how to deal  10:46
23  with the public prior to coming to work for me.  10:46
24       Q.   So at least in your opinion as   10:46
25  between these five plaintiffs, the learning   10:46

Page 424

Paradiso

1
2   curve was applicable to Mr. Lamm, Mr. Fiorillo  10:46
3   and Mr. Nofi?                   10:46
4        A.   Right.                10:46
5        Q.   Now, again, did you have any   10:46
6   hesitancy in rehiring the Bosettis for the 2003  10:46
7   season?                      10:46
8        A.   No.                 10:46
9        Q.   Did you have any hesitancy in   10:46
10  rehiring the Bosettis for the 2004 season?    10:46
11       A.   No.                 10:46
12       Q.   Did you have any hesitancy in   10:46
13  rehiring the Bosettis for the 2005 season?    10:46
14       A.   No.                 10:46
15       Q.   How about Arnold Hardman, did you  10:46
16  have any hesitancy in rehiring Mr. Hardman for  10:46
17  any of the seasons between 2002 and 2005?     10:46
18       A.   No.                 10:46
19       Q.   Same question with Mr. Carollo, any  10:46
20  hesitancies?                    10:46
21       A.   I don't think he worked in 2002.   10:46
22       Q.   Okay. Whenever Mr. Carollo worked  10:47
23  within that time period, did you have any   10:47
24  hesitancies in rehiring him?             10:47
25       A.   No.                 10:47

Page 425

Paradiso

1
2        Q.   How about Ty Bacon?           10:47
3        A.   If I had any hesitancy in rehiring  10:47
4   anybody, I wouldn't have rehired them.      10:47
5        Q.   And why is that? I understand it,  10:47
6   but the jury may not.              10:47
7        A.   If I thought there was a problem   10:47
8   with an officer or the way they did their job,  10:47
9   I just wouldn't bring them back.          10:47
10       Q.   And that would have been your   10:47
11  discretion; right?                10:47
12       A.   Right.                10:47
13       Q.   They were seasonal; right?       10:47
14       A.   Seasonal and part-time.        10:47
15       Q.   So at least for the season there was  10:47
16  no guarantee of working the next year?      10:47
17       A.   No.                 10:47
18       Q.   That would have been up to you?    10:47
19       A.   Right.                10:47
20       Q.   Until you left, obviously; right?   10:47
21       A.   Correct.              10:47
22       Q.   Let's go to paragraph 30. "In or   10:47
23  around May 2002 Hesse began to install and   10:47
24  consolidate a regime of corruption, cronyism   10:48
25  and outright thuggery in the Ocean Beach Police  10:48

Page 426

Paradiso

1
2   Department." Do you agree with that      10:48
3   allegation; sir?                 10:48
4        A.   No.                 10:48
5        Q.   Did you see any evidence as police  10:48
6   chief that Mr. Hesse was installing and/or   10:48
7   consolidating a regime of corruption?      10:48
8        A.   No.                 10:48
9        Q.   Cronyism?              10:48
10       A.   No.                 10:48
11       Q.   Outright thuggery?          10:48
12       A.   No.                 10:48
13       Q.   Did you ever see any thuggery that  10:48
14  went on between 2002 and 2005 concerning    10:48
15  Mr. Hesse?                    10:48
16       A.   What exactly is thuggery?       10:48
17       Q.   I don't know. If you don't      10:48
18  understand it, then that's fine.         10:48
19           MR. GOODSTADT: So why are you   10:48
20  asking the questions on a word that you     10:48
21  don't know?                  10:48
22           MR. NOVIKOFF: What's that?      10:48
23           MR. GOODSTADT: Why are you asking  10:48
24  him the question on a word that you don't   10:48
25  understand?                  10:48

Page 427

Paradiso

1
2     MR. NOVIKOFF:  Maybe he does.  I        10:48
3  don't know.  This is your Complaint.  I am  10:49
4  asking him.                                 10:49
5     MR. GOODSTADT:  I understand what it     10:49
6  means.                                      10:49
7     MR. NOVIKOFF:  Well, you are smarter     10:49
8  than me --                                  10:49
9     MR. GOODSTADT:  I think the jury         10:49
10 understands what it means too.              10:49
11    MR. NOVIKOFF:  -- and Mr. Paradiso       10:49
12 apparently.  You know what, we will move    10:49
13 on.                                         10:49
14    Q.   Now let's go paragraph 31.          10:49
15 Mr. Fiorillo and the other plaintiffs allege 10:49
16 that, quote:  "Indeed several purported     10:49
17 officers in the OBPD failed to even take, let 10:49
18 alone pass, the regimen of tests required for 10:49
19 certification as a police officer in Suffolk 10:49
20 County."  Do you see that?                  10:49
21    A.   Yes.                                10:49
22    Q.   Now, that was not Mr. Hesse's fault, 10:49
23 was it?                                     10:49
24    A.   I don't believe it was anyone's     10:49
25 fault.                                      10:49

Page 428

Paradiso

1
2     Q.   Right.  I agree with you, but my    10:49
3  question is now specifically to Mr. Hesse.  10:49
4  And, Mr. Paradiso, the reason why I am focusing 10:49
5  on Mr. Hesse is because you are not named as a 10:49
6  defendant in the lawsuit and Mr. Hesse is.   10:49
7  Trust me, if you were named as a defendant, I 10:49
8  would be asking the questions towards you as  10:50
9  well.                                        10:50
10    A.   Okay.                                10:50
11    Q.   So let's just stick with Mr. Hesse.  10:50
12 The allegation of 31, if true, that was not   10:50
13 Mr. Hesse's fault; correct?                  10:50
14    A.   No.                                  10:50
15    Q.   And while we are on the subject,     10:50
16 since Mr. Goodstadt spent a considerable time 10:50
17 on it on Monday, there came a time that you   10:50
18 learned that certain police officers needed to 10:50
19 be certified by Suffolk County Civil Service; 10:50
20 right?                                       10:50
21    A.   Right.                               10:50
22    Q.   Prior to that time you,              10:50
23 Mr. Paradiso, did not believe that officers who 10:50
24 had worked in the city system as police      10:50
25 officers needed to be certified by Suffolk   10:50

Page 429

Paradiso

1
2  County; correct?                            10:50
3     A.   No.                                 10:50
4     Q.   And, in fact, you hired a few       10:50
5  officers, the Bosettis among them, who were  10:50
6  former New York City police officers who had 10:50
7  not been certified by Suffolk County; correct? 10:50
8     A.   Correct.                            10:50
9     Q.   So now when you learned that Suffolk 10:50
10 County required certification, Suffolk County 10:50
11 Civil Service, you had a discussion with whom, 10:51
12 if anyone, at Suffolk County Civil Service   10:51
13 concerning this issue?                      10:51
14    A.   I didn't have a direct discussion   10:51
15 with anyone at Civil Service.               10:51
16    Q.   Okay.  Did you ever learn from any  10:51
17 source that Suffolk County Civil Service was 10:51
18 giving the Police Department some time to get 10:51
19 their house in order --                     10:51
20    A.   Yes.                                10:51
21    Q.   -- on this issue?                   10:51
22    A.   Yes.                                10:51
23    Q.   And had they not given you time, you 10:51
24 would have been forced to fire the uncertified 10:51
25 officers; correct?                          10:51

Page 430

Paradiso

1
2     A.   Correct.                            10:51
3     Q.   And what would that have done, in   10:51
4  your opinion, to the Police Department at that 10:51
5  time?                                       10:51
6     A.   It would have left us severely      10:51
7  short-handed.                               10:51
8     Q.   Okay.  Now, did you ever learn from 10:51
9  any source that Suffolk County Civil Service 10:51
10 was saying to you, the Police Department, you 10:51
11 must fire uncertified officers immediately?  10:51
12    A.   No.                                 10:51
13    Q.   And had you learned that Suffolk     10:51
14 County Civil Service was demanding the        10:51
15 terminations of any seasonal or part-time     10:52
16 officer, what would you have done?            10:52
17    A.   I would have had to let them go.     10:52
18    Q.   Because you were not going to        10:52
19 violate the law?                             10:52
20    A.   No.                                  10:52
21    MR. GOODSTADT:  Objection.                10:52
22    Q.   Now, let's go to paragraph 32.       10:52
23 Mr. Fiorillo alleges -- Mr. Fiorillo and the  10:52
24 other plaintiffs allege that:  "As just one   10:52
25 example, Hesse allowed his allies on the      10:52

Page 431

Paradiso

1
2      force" -- let me stop there.                    10:52
3            Were you aware that Mr. Hesse had         10:52
4      any allies on the force?                        10:52
5        A.   We were all allies.                      10:52
6        Q.   Mr. Fiorillo then goes on to allege:     10:52
7      "Many of whom were unqualified."                10:52
8            Did you ever hire any seasonal            10:52
9      officer, Mr. Paradiso, who you believed was     10:52
10     unqualified?                                    10:52
11       A.   No.                                      10:52
12       Q.   And, in fact, let's talk about the       10:53
13     Bosettis very briefly.  Would you agree with me 10:53
14     at least with regard to experience as police    10:53
15     officers both of the Bosettis had much more     10:53
16     experience than any of the five plaintiffs      10:53
17     here?                                           10:53
18       A.   As police officers?                      10:53
19       Q.   Yes.                                     10:53
20       A.   Yes.                                     10:53
21       Q.   Mr. Fiorillo then goes on to say:        10:53
22     "And had not been duly certified by Suffolk     10:53
23     County Civil Service to spend their shifts      10:53
24     drinking at local bars while in uniform and     10:53
25     officially on duty."                            10:53

Page 432

Paradiso

1
2            Would you agree with me, sir, that        10:53
3      in your capacity as police chief if police      10:53
4      officers were spending their shifts in uniform  10:53
5      on duty drinking, you would have learned about  10:53
6      it from some source?                            10:53
7            MR. GOODSTADT:  Objection.                10:54
8        A.   I believe so.                            10:54
9        Q.   And why is that?  Why would you have     10:54
10     learned about it from some source?              10:54
11       A.   Because I was the chief.  Somebody       10:54
12     would have said something.  There is no way     10:54
13     that could have gone on without somebody        10:54
14     saying, you know, giving me a call or a note or 10:54
15     a knock on my door or anything like that.       10:54
16       Q.   And, in fact, there were trustee         10:54
17     members and perhaps a mayor or two that were    10:54
18     not fans of yours; correct?                     10:54
19            MR. GOODSTADT:  Objection.               10:54
20       A.   That's correct.                          10:54
21       Q.   Would it be fair to say that, you        10:54
22     know, a mayor or a trustee that was not a fan   10:54
23     of yours would have relished the opportunity to 10:54
24     give you a dig involving an officer that they   10:54
25     saw drinking in a bar while on duty?            10:54

Page 433

Paradiso

1
2            MR. GOODSTADT:  Objection.                10:54
3        A.   I don't think they would relish the      10:54
4      opportunity.  They would take it as a personal  10:54
5      problem for the Village and in their role as a  10:54
6      Village official they would be compelled to say 10:54
7      something.  If they didn't, they would be       10:55
8      negligent in their vow.                         10:55
9        Q.   Any trustee or mayor ever tell you       10:55
10     that they had even heard a rumor that any       10:55
11     police officer at any time while in uniform was 10:55
12     drinking alcohol in a bar?                      10:55
13       A.   No.                                      10:55
14       Q.   32:  "Moreover, Hesse instructed         10:55
15     other officers under his command, including     10:55
16     plaintiffs, to neglect their own duties in      10:55
17     order to chauffeur their intoxicated colleagues 10:55
18     both inside and out of Ocean Beach."  Do you    10:55
19     see that?                                       10:55
20       A.   Yes.                                     10:55
21       Q.   Did you ever learn from any source       10:55
22     even the rumor that Mr. Hesse had instructed    10:55
23     other officers to do that which I just read?    10:55
24       A.   I don't believe Sergeant Hesse would     10:55
25     have ordered anyone to neglect their duties.    10:55

Page 434

Paradiso

1
2        Q.   Did you ever hear even the rumor         10:56
3      that Mr. Hesse had ordered any of the           10:56
4      plaintiffs or anyone to chauffeur intoxicated   10:56
5      police officers both inside and outside of      10:56
6      Ocean Beach?                                    10:56
7        A.   If guys had gotten off at 4:00 in        10:56
8      the evening and decided to go out later on off  10:56
9      duty and still required a ride-off at change of 10:56
10     tours, there would be times that they could be  10:56
11     intoxicated and be driven off out of the beach. 10:56
12       Q.   Okay.  You are aware that there were     10:56
13     times when that happened?                       10:56
14       A.   Yes.                                     10:56
15       Q.   Okay.  And are you aware of who          10:56
16     directed the person to drive these intoxicated  10:56
17     officers?  Would that have been Mr. Hesse?      10:56
18       A.   If it happened at night and George       10:56
19     was on duty, then he wouldn't have just said    10:57
20     "take the drunk guys off the beach."  The shift 10:57
21     change would have went and the guys would have  10:57
22     got in the car and left also.                   10:57
23       Q.   And if you were in charge, you would     10:57
24     have issued that directive?                     10:57
25       A.   Right.  It wasn't a directive.  It       10:57

Page 435

Paradiso

1         Paradiso
2  was how we got on and off the beach.  The boats   10:57
3  would stop running.  Guys would have to go in   10:57
4  and out.  So it could have taken place.   10:57
5    Q.   Right.  But you are not aware that   10:57
6  Mr. Hesse ever directed any of the plaintiffs   10:57
7  to neglect their duties in order to chauffeur   10:57
8  police officers off and on the beach?   10:57
9    A.   That's correct.   10:57
10    Q.   Okay.  Let's look at paragraph 33.   10:57
11  Did you ever hear even the rumor from any   10:57
12  source that Mr. Hesse would be -- was   10:57
13  collecting money to have officers get rocket   10:57
14  fuel delivered to the police station?   10:58
15    A.   No.   10:58
16    Q.   Let's look at paragraph 34.   10:58
17  "Moreover, beginning in May 2002 Hesse   10:58
18  undertook a concerted effort to advance a   10:58
19  hand-picked cadre of uncertified and   10:58
20  unqualified police officers who had not been   10:58
21  certified for duty by the Civil Service   10:58
22  Department and Suffolk County."  Do you see   10:58
23  where I was reading?   10:58
24    A.   Yes.   10:58
25    Q.   Now, with regard to the allegation   10:58

Page 436

Paradiso

1         Paradiso
2  that Hesse undertook a concerted effort to   10:58
3  advance a hand-picked cadre of uncertified and   10:58
4  unqualified officers, is that an accurate   10:58
5  statement?   10:58
6    A.   I don't believe so.   10:58
7    Q.   In fact, Mr. Hesse, at least prior   10:58
8  to your last day of full-time employment in   10:58
9  September of 2004, did not have the   10:58
10  authority --   10:58
11    A.   2006.   10:58
12    Q.   2006.   10:58
13    A.   Five.  2005.   10:58
14    Q.   Did not have the authority to   10:58
15  advance anyone's career at Ocean Beach;   10:58
16  correct?   10:58
17    A.   No.   10:58
18    Q.   Number 35.  "Hesse also hired   10:59
19  civilians as police dispatchers despite the   10:59
20  fact that they did not meet minimum standards   10:59
21  in violation of Suffolk County Civil Service   10:59
22  law."   10:59
23     Put aside whether or not there is a   10:59
24  violation of Suffolk County Civil Service law.   10:59
25  The statement that Mr. Fiorillo and his   10:59

Page 437

Paradiso

1         Paradiso
2  plaintiffs allege, Hesse also hired civilians   10:59
3  as the police dispatchers, is that a correct   10:59
4  statement?   10:59
5    A.   I hired the dispatchers.   10:59
6    Q.   And would you have hired any police   10:59
7  dispatcher that you believed put any citizen at   10:59
8  risk on Ocean Beach?   10:59
9    A.   The dispatchers that we hired were   10:59
10  off-duty police officers from other   10:59
11  jurisdictions that -- or they might have been   10:59
12  retired police officers.  These were people   11:00
13  that had police experience, but like an active   11:00
14  city, police -- New York City police officer   11:00
15  couldn't work for another Police Department in   11:00
16  the role of a police officer, so I hired them   11:00
17  as dispatchers so I would have a knowledgeable   11:00
18  person answering the phone and directing people   11:00
19  over the radio.   11:00
20    Q.   So I think you have answered, but I   11:00
21  just want to make sure so the record is clear.   11:00
22    You never, in your opinion, hired   11:00
23  any police dispatcher who you considered to be   11:00
24  unqualified; correct?   11:00
25    A.   No.   11:00

Page 438

Paradiso

1         Paradiso
2    Q.   Or to put -- who would have put the   11:00
3  public's health and safety at risk; correct?   11:00
4    A.   No.   11:00
5    Q.   Before I go any further,   11:00
6  Mr. Paradiso, we have gone through a number of   11:00
7  allegations and your testimony is your   11:00
8  testimony.   11:00
9    As you sit here today, do you have   11:00
10  any explanation as to why Mr. Fiorillo and the   11:00
11  other plaintiffs are making these specific   11:00
12  factual allegations in this Complaint if they   11:01
13  are not true?   11:01
14    MR. GOODSTADT:  Objection.   11:01
15    A.   I don't think I am qualified to   11:01
16  answer that question.  I don't know what the   11:01
17  officers might have seen that I don't know -- I   11:01
18  wasn't aware of or what reason they might want   11:01
19  to make a statement that I might not have   11:01
20  been -- that I wasn't aware of.  It's not for   11:01
21  me to decide why they would make these claims.   11:01
22    Q.   But certainly with regard to the   11:01
23  claims that we have gone through already, you   11:01
24  never became aware of them from any source?   11:01
25    A.   No.   11:01

Page 439

Paradiso

1
2      Q.   Let's go to 37.  37 refers to an        11:01
3   incident that Mr. Nofi alleged took place when   11:02
4   he issued a 10-1 on the radio and no one came    11:02
5   to his aid.  Would you agree with me?  If you    11:02
6   want to read 37, by all means, do so.            11:02
7          (Document review.)                        11:02
8      A.   Okay, I have read it.                     11:02
9      Q.   And you would agree with me that         11:02
10  this involves an incident, at least according    11:02
11  to Mr. Nofi, that on one occasion he issued a    11:02
12  10-1 and no one came to his aid?                 11:02
13     A.   Correct.                                 11:02
14     Q.   Would you agree with me that a 10-1      11:02
15  is among, if not the most important code that    11:02
16  an officer can issue?                            11:03
17     A.   Yes.                                     11:03
18     Q.   It's basically saying to anyone who     11:03
19  is listening that an officer is down and his or  11:03
20  her life is in danger?                           11:03
21     A.   Yes.                                     11:03
22     Q.   And you would agree with me that        11:03
23  that would be a pretty important event that      11:03
24  took place in someone's life as a police         11:03
25  officer, that they had to issue a 10-1?          11:03

Page 440

Paradiso

1
2      A.   Yes.                                     11:03
3      Q.   Have you ever issued a 10-1?            11:03
4      A.   No.                                      11:03
5      Q.   Have you ever been on the phone, on     11:03
6   the radio in Ocean Beach when someone has        11:03
7   issued a 10-1?                                   11:03
8      A.   Yes.                                     11:03
9      Q.   Who?                                     11:03
10     A.   Sergeant Golippi.                        11:03
11     Q.   Okay.  And other than this one          11:03
12  instance, was there any other instance when a    11:03
13  10-1 was issued?                                 11:03
14     A.   That I heard?                            11:03
15     Q.   That you heard.                          11:03
16     A.   Yeah, I have responded to Suffolk        11:03
17  County police's 10-1s out of the Village.        11:03
18     Q.   Okay, but in the Village.  Other        11:03
19  than Mr. Golippi's 10-1, did you ever hear       11:03
20  another 10-1?                                    11:03
21     A.   I might have.  I don't recall,          11:03
22  but --                                          11:04
23     Q.   But it's not a lot?                     11:04
24     A.   You don't get them often.               11:04
25     Q.   It's not a common event?                11:04

Page 441

Paradiso

1
2      A.   No.                                      11:04
3      Q.   Did Mr. Nofi ever go to you and say     11:04
4   in sum or substance, "chief, you are not gonna   11:04
5   believe this, but my life was in jeopardy the    11:04
6   other night, I called a 10-1 and no one came to  11:04
7   help me"?                                        11:04
8      A.   I don't recall that ever happening.     11:04
9      Q.   Did you ever recall seeing a            11:04
10  document that Mr. Nofi drafted, whether it was   11:04
11  a police report or a memo, saying "this is what  11:04
12  took place, I was in trouble, I issued a 10-1    11:04
13  and no one came to help me"?                     11:04
14     A.   No.                                      11:04
15     Q.   Would that be something in your         11:04
16  experience as a police chief that you would      11:04
17  want to know about from an officer?              11:04
18     A.   Yes.                                     11:04
19     Q.   And if you were aware or became --      11:04
20  as police chief if you did learn that an         11:04
21  officer issued a 10-1 and no one came to his or  11:04
22  her aid, you would want to investigate that;     11:04
23  correct?                                         11:05
24     A.   Yes.                                     11:05
25          MR. GOODSTADT:  Objection.              11:05

Page 442

Paradiso

1
2      Q.   Because the most important thing as     11:05
3   a police officer, you would agree, is to make    11:05
4   sure that another police officer's life was not  11:05
5   in danger or if it was, that you would do        11:05
6   everything in your power to ensure that that     11:05
7   police officer was taken care of?                11:05
8      A.   Yes.                                     11:05
9      Q.   Let's look at paragraph 38.  "Upon      11:05
10  information and belief the Suffolk County        11:05
11  Police Department compounded and exacerbated     11:05
12  the severe danger to public safety by allowing   11:05
13  certain of the uncertified officers to obtain    11:05
14  firearm certification even though these          11:05
15  officers did not have pistol permits and had     11:05
16  not been trained or certified by the Suffolk     11:05
17  County Police Academy or any other accredited    11:05
18  police training agency in Suffolk County."  Do   11:05
19  you see that?                                    11:05
20     A.   Yes.                                     11:05
21     Q.   When you hired the Bosettis, what       11:05
22  information, if any, did you have with regard    11:05
23  to whether or not they were permitted to carry   11:06
24  and use their pistols?                           11:06
25     A.   I believe they had pistol permits.     11:06

Page 443

Paradiso

1         Paradiso
2      Q.   And you looked into this before you    11:06
3  hired them?                          11:06
4      A.   I believe so.                11:06
5      Q.   And you were satisfied that that was  11:06
6  in compliance with whatever the law was?    11:06
7      A.   Yes.                        11:06
8      Q.   And you had no concern that their    11:06
9  having these pistols in Ocean Beach created a  11:06
10 safety issue for the citizens?            11:06
11     A.   No.                         11:06
12     Q.   At any point in time before          11:06
13 September of 2005 did you become aware of any  11:06
14 issue concerning the violation by the Bosettis 11:06
15 or anybody else who were not trained by a     11:06
16 Suffolk County agency concerning carrying their 11:06
17 pistols?                            11:06
18     A.   No.                         11:06
19     Q.   Did the plaintiffs ever complain to  11:06
20 you that any of the police officers were not   11:06
21 properly qualified to carry their pistols     11:06
22 because they had not been issued the          11:06
23 certification by the Suffolk County police     11:07
24 academy or other accredited police training   11:07
25 agency in Suffolk County?               11:07

Page 444

Paradiso

1         Paradiso
2      A.   No.                         11:07
3      Q.   Let's look at 39. "In addition,      11:07
4  Hesse allowed the uncertified officers to     11:07
5  assign dock masters to "cover" their shifts at 11:07
6  the OBPD, blithely entrusting law enforcement  11:07
7  power and responsibility to untrained and     11:07
8  unsupervised civilians."                 11:07
9         Do you have an understanding as to   11:07
10 what Mr. Fiorillo and the other plaintiffs are 11:07
11 alleging with regard to this allegation in    11:07
12 paragraph 39?                        11:07
13     A.   The only thing that I could see by   11:07
14 something like this is from time to time we had 11:07
15 dock masters that worked for the Village and  11:07
16 they would cover the docks, they carried      11:07
17 radios, and they would -- they were like extra 11:07
18 set of eyes that worked the docks.  Some of   11:07
19 them were aspiring to become law enforcement   11:08
20 officers later on.  And if the dispatcher that 11:08
21 was behind the desk had to go to the bathroom  11:08
22 or had to run, you know, on a personal matter  11:08
23 for like two or three minutes, they would -- we 11:08
24 would call one of the dock masters in just to  11:08
25 man the radios for a short period of time until 11:08

Page 445

Paradiso

1         Paradiso
2  the guy came back from the bathroom or wherever 11:08
3  he had to go quickly, but they couldn't cover a 11:08
4  shift.  You know, this would be like a        11:08
5  temporary thing just to make sure we had      11:08
6  somebody in the police station.           11:08
7      Q.   So that if a call came in there      11:08
8  would be someone to answer the phone?        11:08
9      A.   Right.                      11:08
10     Q.   And you were aware -- and did you    11:08
11 ever ask a dockmaster to temporarily --       11:08
12     A.   Yes.                        11:08
13     Q.   -- cover a shift?               11:08
14     A.   And especially if there was an       11:08
15 emergency somewhere in the Village and all the 11:08
16 police officers had to run, and say instead of 11:08
17 a dispatcher on duty they had -- I had a police 11:08
18 officer behind the desk, if there was an       11:08
19 emergency at one of the bars, they would call  11:09
20 one of dock masters up so we could get an extra 11:09
21 officer to run down there.               11:09
22     Q.   So Mr. Hesse, to the extent this     11:09
23 allegation was even true that he allowed       11:09
24 uncertified officers, whatever that means, to  11:09
25 assign dock masters to cover shifts, that     11:09

Page 446

Paradiso

1         Paradiso
2  wasn't in violation of any Ocean Beach policy,  11:09
3  was it?                             11:09
4         MR. GOODSTADT:  Objection.         11:09
5      A.   They wouldn't be covering a shift.   11:09
6  They would watch the phones on a temporary    11:09
7  basis.                              11:09
8      Q.   So would this be an accurate        11:09
9  statement, in your opinion, given your        11:09
10 experience as police chief that Hesse allowed  11:09
11 uncertified officers to assign dock masters to 11:09
12 cover their shifts?                     11:09
13     A.   No.                         11:09
14     Q.   Did you learn from any source ever   11:09
15 as police chief that Mr. Hesse was allowing    11:09
16 dock masters to cover the entire shifts of     11:09
17 dispatchers?                         11:09
18     A.   No.                         11:09
19     Q.   Did Mr. Fiorillo or any of the      11:09
20 plaintiffs ever complain to you about this     11:09
21 issue that they have alleged in paragraph 39?  11:09
22     A.   No.                         11:09
23     Q.   Let's look at paragraph 40.  "Hesse  11:10
24 also allowed the uncertified officers to drink 11:10
25 beer while patrolling in police vehicles."     11:10

Page 447

Paradiso

1
2        Did the plaintiffs ever advise you      11:10
3   at any time that you were police chief that     11:10
4   Mr. Hesse allowed anybody, whether certified or  11:10
5   uncertified -- again, I don't know what that    11:10
6   means -- that a particular officer was drinking  11:10
7   beer while patrolling in a police vehicle?      11:10
8        MR. GOODSTADT: Objection.           11:10
9   A.   No.                     11:10
10       MR. NOVIKOFF: There was an          11:10
11  objection, so let me rephrase the question.  11:10
12       MR. GOODSTADT: Are you going to     11:10
13  take out your inappropriate colloquy about   11:10
14  not knowing what things mean?           11:10
15       MR. NOVIKOFF: I don't know. Maybe.  11:10
16  I don't know what comes out of my mouth     11:10
17  until it comes out.                11:10
18       MR. GOODSTADT: Okay. Then I will    11:10
19  object if I have to.                11:10
20       MR. NOVIKOFF: Okay.             11:10
21  Q.   Mr. Paradiso, did the plaintiffs     11:10
22  ever complain to you -- withdrawn.         11:10
23       Did the plaintiffs ever advise you    11:10
24  in whatever form that Hesse was allowing any   11:10
25  police officer to drink beer while patrolling  11:11

Page 448

Paradiso

1
2   in police vehicles?                11:11
3   A.   No.                     11:11
4   Q.   Did you ever hear from any source as  11:11
5   police chief that that was taking place?     11:11
6   A.   No.                     11:11
7   Q.   Did the plaintiffs ever advise you    11:11
8   that they learned that Hesse was instructing   11:11
9   officers as to what beer to confiscate?      11:11
10  A.   No.                     11:11
11  Q.   Did you ever learn from any source    11:11
12  that Hesse was, in fact, doing what was being  11:11
13  alleged in paragraph 40 with regard to      11:11
14  confiscating beer?               11:11
15  A.   No.                     11:11
16  Q.   42. "Despite plaintiffs' repeated    11:11
17  complaints, Hesse's policy of allowing the    11:11
18  uncertified officers to become intoxicated    11:11
19  while on duty became even more expansive during  11:12
20  the summer of 2004."              11:12
21       Were you ever aware of a policy of    11:12
22  Mr. Hesse's to allow any officers to become    11:12
23  intoxicated while on duty?            11:12
24  A.   No.                     11:12
25  Q.   Did you ever receive any          11:12

Page 449

Paradiso

1
2   communication on even one occasion that a     11:12
3   police officer while on duty was intoxicated?   11:12
4   A.   No.                     11:12
5   Q.   Is that something that you think as   11:12
6   police chief in this very small village you    11:12
7   would have learned of through some source?    11:12
8   A.   Yes.                    11:12
9        MR. GOODSTADT: Just note my        11:12
10  objection to that last question.         11:12
11       MR. NOVIKOFF: How much time left?    11:12
12       THE VIDEOGRAPHER: About six        11:12
13  minutes.                    11:12
14       MR. NOVIKOFF: Okay.            11:12
15  Q.   Let's look at paragraph 43 and then   11:12
16  I think we will end the tape with this      11:12
17  paragraph. "By way of example only, Officer    11:12
18  Snyder was assigned to OBPD headquarters where  11:12
19  he served as an emergency dispatcher.       11:13
20  Notwithstanding Hesse allowing the uncertified  11:13
21  officers to frequent bars while on duty,     11:13
22  Officer Snyder frequently would attempt to    11:13
23  contact him over the emergency police radio if  11:13
24  no other officers were available to respond to  11:13
25  a public emergency. In retaliation for what    11:13

Page 450

Paradiso

1
2   they perceived as Officer Snyder's unwarranted  11:13
3   interruptions, the uncertified officers began   11:13
4   confiscating the Police Department's emergency  11:13
5   cell phone from Officer Snyder at the start of  11:13
6   his shift." Do you see that?           11:13
7   A.   Yes.                    11:13
8   Q.   Would you agree with me, sir, that   11:13
9   if Mr. Snyder was having his emergency cell    11:13
10  phone taken away from him at the beginning of  11:13
11  the shift, that that would have constituted a  11:13
12  dangerous situation?               11:13
13  A.   Yes.                    11:13
14  Q.   What is the importance of the       11:13
15  emergency cell phone?              11:13
16  A.   Well, we could call forward our     11:13
17  police line to that cell phone if he had to    11:13
18  leave the office.                11:13
19  Q.   Did Mr. Snyder ever advise you that  11:13
20  any officer was taking away his emergency cell  11:14
21  phone before his shift?             11:14
22  A.   No.                     11:14
23  Q.   Now, let's look at the last        11:14
24  sentence. "When their shifts ended, they would  11:14
25  return the emergency cell phone to Officer    11:14

Page 451

Paradiso

1          Paradiso
2    Snyder, who would then review a series of          11:14
3    unanswered messages from residents and/or          11:14
4    visitors of Ocean Beach who had attempted in          11:14
5    vain to contact the OBPD."  Do you see that?          11:14
6        A.   Yes.          11:14
7        Q.   Do you understand what Mr. Snyder is          11:14
8    saying is that there was a period of time that          11:14
9    his cell phone was taken away where citizens or          11:14
10   visitors to Ocean Beach were trying to contact          11:14
11   the police and couldn't?          11:14
12       A.   I understand -- I understand that          11:14
13   comment, yes.          11:15
14       Q.   Right.  So you understand that's          11:15
15   what Mr. Snyder is saying; correct?          11:15
16       A.   Yes.          11:15
17       Q.   That there were citizens or visitors          11:15
18   of Ocean Beach who could not get through to the          11:15
19   police because Mr. Snyder didn't have his          11:15
20   emergency cell phone.  Do you see that?          11:15
21       A.   Yes.          11:15
22       Q.   Would you agree with me that          11:15
23   Mr. Snyder would have been derelict in his duty          11:15
24   by not informing the chief of police that there          11:15
25   were citizens and visitors of Ocean Beach who          11:15

Page 452

Paradiso

1          Paradiso
2    could not get police assistance because some          11:15
3    other officers were taking away his cell phone?          11:15
4        A.   First off, I never felt that Officer          11:15
5    Snyder was derelict in his duties.          11:15
6        Q.   I understand that, because you          11:15
7    didn't know about this.  Let's assume it's          11:15
8    true.          11:15
9        A.   And, secondly, if he didn't have the          11:15
10   cell phone, then he would be in the police          11:15
11   station and the calls would be coming in to the          11:15
12   police line, not to the cell phone.          11:16
13       Q.   Okay.  But Mr. Snyder is saying at          11:16
14   the end "who had attempted in vain to contact          11:16
15   the Ocean Beach Police Department."  Do you see          11:16
16   that?          11:16
17       A.   Yes.          11:16
18       Q.   Do you agree with me that by saying          11:16
19   "who had attempted in vain to contact the Ocean          11:16
20   Beach Police Department," that means that they          11:16
21   didn't succeed in getting the Ocean Beach          11:16
22   Police Department?          11:16
23       A.   Yes.          11:16
24       Q.   Okay.  If that is true, and for the          11:16
25   purpose of this question only let's assume that          11:16

Page 453

Paradiso

1          Paradiso
2    what Mr. Snyder is true, would you agree with          11:16
3    me that it would have been a dereliction of his          11:16
4    duty to not tell the chief of police that Ocean          11:16
5    Beach visitors or residents could not get          11:16
6    through to the Ocean Beach Police Department          11:16
7    because other officers had taken away his cell          11:16
8    phone?          11:16
9        A.   I should have been notified.          11:16
10           MR. NOVIKOFF:  Great.  Let's stop          11:16
11       and pick it up in about five or ten          11:16
12       minutes.          11:16
13           THE VIDEOGRAPHER:  That is the end          11:16
14       of tape number 1.  The time is 11:17 a.m.          11:16
15       We are now off the record.          11:16
16           (Recess was taken from 11:17 to          11:17
17       11:31.)          11:17
18           THE VIDEOGRAPHER:  This is the start          11:31
19       of tape number 2.  The time is now          11:31
20       11:32 a.m.  We are now back on the record.          11:31
21   BY MR. NOVIKOFF:          11:31
22       Q.   Mr. Paradiso, let's just stay on          11:31
23   paragraph 43 for, I think, one more question          11:31
24   hopefully.          11:32
25           Did you ever receive notification          11:32

Page 454

Paradiso

1          Paradiso
2    from any resident or any visitor that they          11:32
3    unsuccessfully attempted to get ahold of the          11:32
4    Ocean Beach Police Department while you were          11:32
5    chief?          11:32
6        A.   Yes.          11:32
7        Q.   Do you recall specifically on how          11:32
8    many occasions?          11:32
9        A.   I don't recall specifically, but          11:32
10   when we first went over to the call forwarding          11:32
11   to the cell phone, the service wasn't always          11:32
12   constant, so sometimes the call wouldn't go to          11:32
13   our phone, but nothing that had any kind of          11:32
14   pattern or -- it was more of an issue during          11:32
15   the off season when there was only one guy on,          11:33
16   because he would spend the majority of the time          11:33
17   out of the office on that phone, you know, with          11:33
18   the calls forwarded to that phone, but after          11:33
19   they installed the cell sites on the water          11:33
20   tower, it eliminated a lot of those problems.          11:33
21       Q.   And when did they install the cell          11:33
22   sites on the water towers?          11:33
23       A.   Oh, gosh, I don't exactly know when.          11:33
24       Q.   1990s or in the 2000s?          11:33
25       A.   I think in the '90s.          11:33

Page 455

Paradiso

1
2      Q.   Okay.  Now, let's -- you mentioned      11:33
3   something in that last answer about off season    11:33
4   when there is only one person on, and that's an    11:33
5   area I wanted to get into, but since you      11:33
6   brought it up, I will get into it now.      11:33
7        If I understand correctly, there was    11:33
8   the season, correct, that was that two weeks    11:33
9   before Memorial Day and two weeks after Labor    11:33
10  Day, approximately?      11:33
11     A.   Yeah, that's the -- that's the      11:33
12  definition of the summer season, two weeks    11:33
13  before Memorial Day, two weeks after Labor Day.  11:34
14     Q.   Okay.  And for that season, Ocean    11:34
15  Beach would hire seasonal police officers;    11:34
16  correct?      11:34
17     A.   Right.      11:34
18     Q.   Between 2002 and 2005 seasons,      11:34
19  approximately how many seasonal police officers  11:34
20  were hired during the season, for each season?  11:34
21     A.   It fluctuated between maybe 20 and    11:34
22  25.      11:34
23     Q.   Okay.  Now we have the season.      11:34
24  Would it be fair to say that everything other    11:34
25  than the season was off season?      11:34

Page 456

Paradiso

1
2      A.   Yes.      11:34
3      Q.   Okay.  And that would be at some    11:34
4   point in October through some point in time in    11:34
5   early May; right?      11:34
6      A.   Well, the season would end -- the    11:34
7   height of the season would end Labor Day      11:34
8   weekend where we would cut the shifts down    11:34
9   during the week and we would still have quite a  11:34
10  contingent of men working on the weekends      11:34
11  through Columbus Day and then after Columbus    11:34
12  Day it would taper off again, because the ferry  11:35
13  schedules would be severely restricted, and    11:35
14  then the bars and the restaurants would close,  11:35
15  so it got to the point by around the end of    11:35
16  October, beginning of November there was      11:35
17  usually only one restaurant, CJ's was the only  11:35
18  place that stayed open on a year-round basis.    11:35
19     Q.   Okay.  So now between Columbus Day    11:35
20  and let's say April 1st, there would be two    11:35
21  full-time police officers, you and Mr. Hesse;    11:35
22  right?      11:35
23     A.   Right.      11:35
24     Q.   And you would have your own shifts?  11:35
25     A.   Yes.      11:35

Page 457

Paradiso

1
2      Q.   On average how many -- well, how    11:35
3   would you go about -- withdrawn.      11:35
4        Would you hire other officers in a    11:35
5   part-time role during that time period?      11:35
6      A.   Yes.      11:35
7      Q.   How many shifts per day would you    11:35
8   need an officer for during that time period?    11:36
9      A.   Day shifts there would usually be    11:36
10  one officer on.  It was usually me or George    11:36
11  during the day and then we would have a guy    11:36
12  working 4 to 12 and a guy working midnight    11:36
13  to 8.      11:36
14     Q.   Okay.  So during the period of time  11:36
15  that we are talking about from Columbus Day    11:36
16  through middle of April, you would have on    11:36
17  average only one officer per 4 to 12 shift and  11:36
18  one officer per midnight to 8 shift?      11:36
19     A.   Normally, yeah.  In October on the    11:36
20  weekends if there was still some restaurants    11:36
21  open, we might have a couple of guys intermixed  11:36
22  in between the evening and overnight just for    11:36
23  extra coverage, but by November 1st it was one  11:36
24  person on per shift.      11:37
25     Q.   And these officers were part-time?    11:37

Page 458

Paradiso

1
2      A.   Yes.      11:37
3      Q.   And who decided what part-time      11:37
4   officers would work during this off-season    11:37
5   period of time that we are talking about?    11:37
6      A.   I made the schedule.      11:37
7      Q.   And for the on-season, who made the  11:37
8   schedule?      11:37
9      A.   I did.      11:37
10     Q.   Now, on the day shifts during the    11:37
11  season on average, again, 2002 through the 2005  11:37
12  seasons, how many seasonal officers, excluding  11:37
13  you and Mr. Hesse who weren't seasonal, for the  11:37
14  day shift that you were on, generally, how many  11:37
15  other seasonal officers were on that shift?    11:37
16     A.   We usually have a dispatcher, if we  11:37
17  could get one, and Monday through Friday we    11:37
18  would have one to two additional officers on    11:37
19  for an 8 to 4.  On the weekends we would have    11:37
20  four or five on during the day, so we could    11:38
21  cover the beach also.      11:38
22     Q.   Okay.  And when you say "cover the    11:38
23  beach," how long was the beach?  Withdrawn.    11:38
24        Describe the length of the beach    11:38
25  from one end to the other.  Not the depth.  The  11:38

Page 459

1          Paradiso
2    length.                          11:38
3        A.   Approximately 1,800 feet.          11:38
4        Q.   And when you say you would have an    11:38
5    officer or officers patrolling the beach,      11:38
6    describe how they would patrol the beach on the  11:38
7    weekends during the season.              11:38
8        A.   It would be foot patrols on the      11:38
9    beach.                            11:38
10       Q.   Just walking up and down?        11:38
11       A.   Yes.                      11:38
12       Q.   And how many officers would be      11:38
13   assigned to the beach during the season on the  11:38
14   weekends?                        11:38
15       A.   Usually -- my attempt would be to    11:38
16   have two guys up there from 9:00 in the morning  11:38
17   until 5 or 6 in the afternoon.           11:38
18       Q.   Okay.  And the other officers, where  11:38
19   would they be assigned in the Village?  Were    11:38
20   there specific places in the Village that you    11:38
21   would have officers assigned, during the day    11:38
22   shift now?                        11:38
23       A.   There would be a guy in the        11:38
24   residential areas patrolling the back streets    11:39
25   and a guy in town and one other guy fluctuating  11:39

Page 460

1          Paradiso
2    back and forth between that, and then we would   11:39
3    have a dockmaster or two on the docks.        11:39
4        Q.   Okay.  So during the season on the    11:39
5    weekends you would have three seasonal officers  11:39
6    in town, you would have a couple of          11:39
7    dockmasters, and then you would have two        11:39
8    officers on the beach?                11:39
9        A.   Yeah.                    11:39
10       Q.   And then it would be you?          11:39
11       A.   Right.                    11:39
12       Q.   Okay.  And what would you do during   11:39
13   those season weekends?                11:39
14       A.   I normally patrolled the beach also.  11:39
15       Q.   Oh, okay.  So there could be at      11:39
16   times three people on the beach?           11:39
17       A.   Yes.                      11:39
18       Q.   Now, from -- so that's the day      11:39
19   shift.  Let's talk about from the 4 to midnight  11:39
20   shift during the season.               11:39
21       A.   4 to 12s I would have probably --    11:39
22       Q.   Let's not talk about shifts.       11:39
23   Between 4 and 12 how many seasonal officers     11:39
24   would be in the Village patrolling the Village   11:39
25   in that time period?                 11:40

Page 461

1          Paradiso
2        A.   It would fluctuate between 4 and 12,  11:40
3    because we had 4 to 12 guys come in and then we  11:40
4    would have another contingency either come on    11:40
5    at 6:00 and then another group come on at 9:00   11:40
6    at night.                         11:40
7        Q.   Okay.                     11:40
8        A.   So there could be as many as nine or  11:40
9    ten.                          11:40
10       Q.   And who was responsible for        11:40
11   scheduling those officers for those shifts?     11:40
12       A.   I scheduled everyone.            11:40
13       Q.   Okay.  And where during the 4 to 12   11:40
14   time period would the officers be assigned?     11:40
15       A.   You would have more people in town   11:40
16   at the different ends of town, walking Main     11:40
17   Street or on bike.  We had a couple of guys     11:40
18   that had gone through bike training school with  11:40
19   the Suffolk County police, so they were more or  11:40
20   less doing the majority of the bike patrol, but  11:40
21   other officers used the bicycles also, and then  11:40
22   we would have guys responding in the electric    11:40
23   golf carts, and then if it was really busy, we   11:41
24   would have a guy in the back street in the      11:41
25   patrol car also.                   11:41

Page 462

1          Paradiso
2        Q.   And in your opinion, at any point in  11:41
3    time between 2002 and 2005 between 4 and 12 was  11:41
4    there insufficient number of seasonal officers   11:41
5    scheduled to patrol the Village?           11:41
6        A.   I wouldn't say it was insufficient.   11:41
7    I would always want more.               11:41
8        Q.   Right.                    11:41
9        A.   I always thought more was better.    11:41
10   You know, I tried to put as many guys on as I    11:41
11   could to cover all the different shifts.  If I   11:41
12   had 40 guys, if I could hire 40 guys, I would   11:41
13   have 20 guys working, because I just felt that   11:41
14   the more guys you had out there, the more you    11:41
15   could contain a crowd.  If you had four         11:41
16   officers respond to an incident, it was less    11:41
17   likely to escalate, as opposed to one officer   11:42
18   responding to an incident, because people just   11:42
19   might confront one officer if you had four or    11:42
20   five guys, but if you had three or four guys     11:42
21   show up, they were less likely to, you know, go  11:42
22   off on the police officers.             11:42
23       Q.   Now -- well, on how many occasions    11:42
24   did anyone -- putting aside the Halloween       11:42
25   incident, how many occasions did a civilian go   11:42

Paradiso

1
2  off physically on a police officer between 2002   11:42
3  and 2005?                                    11:42
4      A.  I couldn't give you the exact number   11:42
5  or an estimate, but it -- the potential for it   11:42
6  happening was there.                       11:42
7      Q.  Okay.  Now, Mr. Hesse, he worked     11:42
8  what shift again, generally?               11:42
9      A.  Normally Sergeant Hesse would        11:42
10 work -- let's see.  His days off were usually   11:42
11 Wednesdays and Thursdays, so he would normally   11:42
12 work a 9 to 5 on Friday, a 9 to 5 on Saturday,   11:42
13 a 4 to 12 on Sunday, and either a day shift or   11:43
14 a 4 to 12 on Monday and Tuesday.           11:43
15     Q.  Okay.  And let's talk about the      11:43
16 midnight to 8 a.m. time period.  How many     11:43
17 officers in that time period, 2002 to 2005, did   11:43
18 you normally schedule?                     11:43
19     A.  There would usually be two to three   11:43
20 guys or maybe four that would come on at     11:43
21 midnight, so you had carry-overs from the 4 to   11:43
22 12 shifts that -- the guys came on at 9 at   11:43
23 night, they worked until 5:00 in the morning,   11:43
24 if they came on at 6:00, they worked until 2,   11:43
25 and then depending on how busy the Village was,   11:43

Paradiso

1
2  the opportunity to work -- to be held over and   11:43
3  work extra was -- I left in George's purview as   11:43
4  he saw fit.  If he wanted guys to stay longer,   11:43
5  he could have them stay longer.            11:44
6      Q.  I am just trying to get the numbers   11:44
7  down.  From midnight to 8 in the morning during   11:44
8  the summer season, the Village had anywhere   11:44
9  from four to six police officers, seasonal   11:44
10 police officers, on duty?                   11:44
11     A.  On the weekend until 5:00 you had --   11:44
12 you probably had six or seven until 5:00 in the   11:44
13 morning, and then from 5:00 in the morning   11:44
14 until 8:00 in the morning, four or three.   11:44
15     Q.  Now, if you weren't there and        11:44
16 Mr. Hesse -- well, were there times that you   11:44
17 and Mr. Hesse were not in the Village during   11:44
18 the season?                                11:44
19     A.  I stayed in the Village overnight on   11:44
20 the weekends, Friday and Saturday, and then I   11:44
21 would go home -- I would go off the beach   11:44
22 Sunday afternoon when my shift ended.      11:44
23     Q.  Okay.  So now during the season, was   11:44
24 there ever a point that both you and Mr. Hesse   11:44
25 were not present in the Village?           11:45

Paradiso

1
2      A.  There would be times that we        11:45
3  weren't, we both weren't there, yes.       11:45
4      Q.  How often would that take place?     11:45
5      A.  On George's days off, Wednesday and   11:45
6  Thursday, depending on how things were going or   11:45
7  whether or not I would stay over on Thursday,   11:45
8  sometimes Wednesdays, Tuesdays, once we went   11:45
9  off duty the guys were on their -- you know,   11:45
10 were on their own.  If they needed us, we were   11:45
11 always available on the radio, the phones.  We   11:45
12 had Nextels, so they were a direct connect type   11:45
13 of a radio.                                11:45
14     Q.  So if they needed to get you and you   11:45
15 happened -- or Mr. Hesse happened to have been   11:45
16 off the beach, on Fire Island or on the       11:45
17 mainland, they could have reached you?     11:45
18     A.  Yeah, we were a key click away.      11:45
19     Q.  Okay, a key click away.             11:45
20         And in those instances where either   11:45
21 you or Mr. Hesse were not on duty supervising   11:45
22 the officers, who was in charge?           11:45
23     A.  Well, we never really actually put   11:46
24 an officer in charge in our absence.  There   11:46
25 wasn't a command structure set up like that,   11:46

Paradiso

1
2  but it was usually the guy that had the most   11:46
3  time on would be the one I would look for   11:46
4  answers if something took place.           11:46
5      Q.  When you say "most time on," what do   11:46
6  you mean?                                  11:46
7      A.  Working for the Village.            11:46
8      Q.  Okay.  So even, for example, if     11:46
9  Mr. Bosetti had twenty years of experience, if   11:46
10 Mr. Carter had twelve years of seasonal     11:46
11 experience for the Village, it would be your   11:46
12 belief that Mr. Carter would be the person in   11:46
13 charge?                                    11:46
14     A.  He would be the one I would ask what   11:46
15 happened.                                  11:46
16     Q.  And how -- when you and Mr. Hesse   11:46
17 were not, quote unquote, on duty, how would the   11:46
18 seasonal officers know what posts to go to?   11:47
19     A.  They would follow the similar       11:47
20 patrols that we would normally do.  The guys   11:47
21 were there.  They know where they would have to   11:47
22 go.  These weren't times when there was a lot   11:47
23 of people there or it was busy, so they would   11:47
24 patrol the main streets, they would patrol the   11:47
25 back streets, they would check the businesses   11:47

Page 467

1           Paradiso
2   at night. For instance, when Tom would be       11:47
3   working midnights, he would be checking doors.   11:47
4   On several occasions he would find that the      11:47
5   Village court didn't get locked up that day or   11:47
6   they would find an open door at one of the       11:47
7   Village properties and he would make a report    11:47
8   about that. Same for all the officers in the     11:47
9   evening. They would -- if there was no one       11:47
10  else around, then they would do just normal      11:47
11  patrols and checks of Village properties,        11:48
12  periodic checks through the residential          11:48
13  districts just to maintain a presence.           11:48
14      Q.   What do you mean, make a report?        11:48
15  You just said Mr. Snyder would make a report if  11:48
16  he checked on the justice courthouse and         11:48
17  it was unlocked.                                 11:48
18      A.   There would be a blotter entry and a    11:48
19  field report generated.                          11:48
20      Q.   Okay. And what's a field report?        11:48
21      A.   Field report is done on the computer    11:48
22  in the main desk in the front office of the      11:48
23  police station. It's a numbered report that      11:48
24  would be filled out by the officer of the        11:48
25  incident that took place, the time it began,     11:48

Page 468

1           Paradiso
2   the time it finished, the date, if it was a      11:48
3   called-in complaint, who the complainant on the  11:48
4   call was, if it was a patrol pick-up, it would   11:48
5   be noted as patrol pick-up of an open door at    11:48
6   123 Bay Walk, "officer checked, no sign of       11:48
7   forced entry."                                   11:48
8       Q.   And do you review the field reports?    11:48
9       A.   Yes.                                    11:48
10      Q.   So let's go back to Mr. Nofi's 10-1.    11:48
11          Would you agree with me that given       11:48
12  what you have just described as the field        11:49
13  report and why a field report is generated,      11:49
14  that if Mr. Nofi felt he had to call a 10-1,     11:49
15  that that incident would have required Mr. Nofi  11:49
16  to put in -- to draft a field report?           11:49
17      A.   There would have been a report of       11:49
18  the incident and inside that field report there  11:49
19  would have been mention to the call and who      11:49
20  responded. It also would list the officers       11:49
21  that responded to the call.                      11:49
22      Q.   Did you ever see a field report from    11:49
23  Mr. Nofi concerning his issuing a 10-1 call and  11:49
24  getting no response?                             11:49
25      A.   I never -- I don't recall ever          11:49

Page 469

1           Paradiso
2   seeing a report like that.                       11:49
3       Q.   And certainly you would agree with      11:49
4   me that that type of a report would be a         11:49
5   very -- would be addressing a very important     11:49
6   issue?                                           11:49
7       A.   Yes.                                    11:49
8       Q.   Something that you would have           11:49
9   remembered?                                      11:49
10      A.   There would have been more to it        11:49
11  than just a 10-1 call. There would have been     11:49
12  the report that brought him to that call and     11:49
13  then the subsequent report of the 10-1 or the    11:49
14  incidents that followed after that.              11:50
15      Q.   So it's something that would have --    11:50
16  you would remember?                              11:50
17      A.   I'd hope. I have issues with my         11:50
18  memory, but I would hope I would remember that.  11:50
19      Q.   Right. Now, let's go to paragraph       11:50
20  44 and 45. So just read it and then tell me      11:50
21  when you are done.                               11:50
22          (Document review.)                       11:50
23      A.   All right.                              11:51
24      Q.   Do you have any knowledge as to the     11:51
25  incident that Mr. Fiorillo is alleging took      11:51

Page 470

1           Paradiso
2   place in June of 2002 in terms of a              11:51
3   highly-intoxicated off-duty police officer       11:51
4   having to be restrained by Mr. Fiorillo?         11:51
5       A.   No.                                     11:51
6       Q.   Let's look at paragraph 45. Now, if     11:51
7   I understand paragraph 45 correctly, and tell    11:52
8   me if you have the same understanding, at some   11:52
9   point in time after Mr. Fiorillo restrained      11:52
10  this intoxicated off-duty police officer,        11:52
11  Mr. Hesse ridiculed, berated and condemned him,  11:52
12  Mr. Fiorillo, in the presence of Lamm, Nofi and  11:52
13  other assembled officers." Do you see that?      11:52
14      A.   Yes.                                    11:52
15      Q.   Do you have that same understanding     11:52
16  as me, at least that that's what                 11:52
17  Mr. Fiorillo --                                  11:52
18      A.   That's what it says here, yes.          11:52
19      Q.   Right. Did you ever learn from any      11:52
20  of these assembled officers or from Lamm or      11:52
21  Nofi or Fiorillo that Hesse ever berated,        11:52
22  ridiculed or condemned him for interceding in    11:52
23  an altercation involving a drunken off-duty      11:52
24  police officer?                                  11:52
25      A.   No.                                     11:52

Page 471

Paradiso

1
2    Q.   Did Mr. Fiorillo or any of the        11:52
3    plaintiffs identified in paragraph 45 ever  11:53
4    advise you that Hesse told them that his    11:53
5    friends should be afforded the freedom to   11:53
6    violate the law with impunity?              11:53
7    A.   No.                                    11:53
8    Q.   Is that something that you would       11:53
9    have expected Mr. Fiorillo to have advised you  11:53
10   of if, in fact, it took place?             11:53
11   A.   Yes.                                   11:53
12   Q.   Same question with regard to Lamm      11:53
13   and Nofi, if they were aware of this        11:53
14   instruction.                               11:53
15   A.   I'd expect it from anybody that was   11:53
16   there.                                     11:53
17   Q.   Let's look at paragraph 46, and I     11:53
18   will ask you to read it and then tell me when  11:53
19   you are done.                              11:53
20      (Document review.)                      11:53
21   A.   Okay.                                 11:54
22   Q.   Now, let's assume for the purpose of  11:54
23   my question that Mr. Fiorillo is telling the  11:54
24   truth and that there was an occasion when  11:54
25   Mr. Hesse while in uniform and on duty demanded  11:54

Page 472

Paradiso

1
2    that Mr. Fiorillo transport him to a party at a  11:54
3    private resident in Ocean Beach.           11:54
4       Based upon your testimony, would you   11:54
5    agree with me that if he took an automobile to  11:54
6    transport Mr. Hesse, it would have taken   11:54
7    Mr. Fiorillo no less than four minutes to take  11:55
8    Mr. Hesse to any private residence in Ocean  11:55
9    Beach?                                     11:55
10   A.   That could be -- that's accurate.     11:55
11   Q.   Okay.  Would you agree with the       11:55
12   statement, and let's assume now it's true, that  11:55
13   what Mr. Fiorillo is alleging is true, would  11:55
14   you agree with a statement that Mr. Fiorillo's  11:55
15   transporting Mr. Hesse to a private resident in  11:55
16   Ocean Beach taking no more than four minutes  11:55
17   would have left the Village understaffed and  11:55
18   underpatrolled?                            11:55
19   A.   It's hard to answer, because I don't  11:55
20   know how many officers were on at the time that  11:55
21   this would have taken place.               11:55
22   Q.   Well, it's in June of 2002.           11:55
23   Let's assume it took place during the normal  11:55
24   shift that Mr. Fiorillo and Mr. Hesse had in  11:55
25   that time period and the normal number of  11:55

Page 473

Paradiso

1
2    officers were assigned by you.  Let's say it  11:56
3    was during the weekend.                    11:56
4       Would the Village have been            11:56
5    understaffed and underpatrolled for those four  11:56
6    minutes?                                   11:56
7       MR. GOODSTADT:  Objection.             11:56
8    A.   If I had the amount of people that I  11:56
9    normally would have on on a weekend, no, it  11:56
10   wouldn't.                                  11:56
11   Q.   And, in fact, officers are allowed    11:56
12   to go to the bathroom during their shifts;  11:56
13   right?                                     11:56
14   A.   Yes.                                  11:56
15   Q.   There is no time limit on how long   11:56
16   they can take in the bathroom; right?      11:56
17   A.   No.                                   11:56
18   Q.   Without getting graphic, it could    11:56
19   take someone five to ten minutes to do what  11:56
20   they need to do in the bathroom; correct?  11:56
21   A.   Correct.                              11:56
22   Q.   Would you consider the Village to be  11:56
23   understaffed and underpatrolled at any point in  11:56
24   time during the season if an officer took ten  11:56
25   minutes to go to the bathroom?             11:56

Page 474

Paradiso

1
2    A.   In normal circumstances, no.          11:56
3    Q.   Did Mr. Fiorillo ever complain to    11:57
4    you that Mr. Hesse was causing the Village to  11:57
5    be understaffed and underpatrolled at any point  11:57
6    in time?                                   11:57
7    A.   I don't recall him ever saying that.  11:57
8    Q.   Did the plaintiffs ever advise you   11:57
9    that in their opinion, any one of them, that  11:57
10   what Mr. Hesse was doing or directing them to  11:57
11   do ever put the Village in a position where it  11:57
12   was underpatrolled or understaffed?        11:57
13   A.   I don't believe so.                   11:57
14   Q.   And you would agree with me that     11:57
15   that would be something that would be very  11:57
16   important if it took place?                11:57
17   A.   Yes.                                  11:57
18   Q.   And that's something that you would  11:57
19   normally remember?                         11:57
20   A.   Hopefully, yes.                       11:57
21   Q.   And -- withdrawn.                     11:57
22      Would you expect Mr. Fiorillo, for     11:58
23   example, to have reported to you any incident  11:58
24   where he believed that Mr. Hesse was putting  11:58
25   the public safety at risk on Ocean Beach?  11:58

Page 475

Paradiso

1
2      A.   Yes.                              11:58
3      Q.   Would you have expected any of the   11:58
4   other plaintiffs to report to you any instance   11:58
5   where they thought that the public's health and   11:58
6   safety was at risk due to something that   11:58
7   Mr. Hesse was doing?                     11:58
8      A.   Yes.                             11:58
9      Q.   Same goes with any other police   11:58
10  officer; correct?                        11:58
11     A.   Correct.                         11:58
12     Q.   While we are on the subject, between   11:58
13  2002 -- well, before you left in September of   11:58
14  2005, would any of these plaintiffs come to you   11:58
15  and discuss any personal issues with you?   11:59
16     A.   We had personal conversations from   11:59
17  time to time, yes.                       11:59
18     Q.   So you would agree with me that each   11:59
19  of these plaintiffs on different occasions had   11:59
20  conversations with you concerning personal   11:59
21  issues?                                  11:59
22     A.   Yes.                            11:59
23     Q.   Did you ever tell them to go away?   11:59
24     A.   No.                             11:59
25     Q.   Did you ever tell them you weren't   11:59

Page 476

Paradiso

1
2   interested in talking to them?            11:59
3      A.   Never.                          11:59
4      Q.   Would you consider yourself in a   11:59
5   friendship -- withdrawn.                 11:59
6          Would you consider yourself friendly   11:59
7   with each of these plaintiffs?            11:59
8      A.   Yes.                            11:59
9      Q.   Did you ever socialize with them   11:59
10  outside of Ocean Beach prior to September of   11:59
11  2005?                                    11:59
12     A.   Occasionally we would have like an   11:59
13  end of the year party.                   11:59
14     Q.   Okay.  And do you have any reason to   11:59
15  believe as you sit here today that anything you   11:59
16  have done would have prevented any of these   11:59
17  plaintiffs from raising any type of complaint   11:59
18  to you concerning the Ocean Beach Police   12:00
19  Department?                              12:00
20     A.   I don't believe so.             12:00
21     Q.   Let's look at paragraph 47.  Tell me   12:00
22  when you are done reading that.           12:00
23         (Document review.)               12:00
24     A.   Okay.                           12:00
25     Q.   Are you aware of any known drug   12:00

Page 477

Paradiso

1
2   dealers residing in Ocean Beach between the   12:00
3   season of 2002 and the season of 2005?   12:00
4      A.   There were people of interest that   12:00
5   lived within the Village that we from time to   12:00
6   time would attempt to see what we could do   12:01
7   about, you know, placing them under arrest or   12:01
8   trying to stop their activities.         12:01
9      Q.   Who is "we"?                    12:01
10     A.   "We" would be the Police Department.   12:01
11     Q.   Okay.  And how would you go about   12:01
12  instructing the officers, if any, that there   12:01
13  were people of interest in the Village that you   12:01
14  were looking to arrest?                  12:01
15     A.   Well, whenever we would come across   12:01
16  somebody who had -- was either doing drugs or   12:01
17  possessing drugs, we would try to find out   12:01
18  where they got them from and continue   12:01
19  investigations from there.               12:01
20     Q.   Now, how would you come to learn if   12:01
21  someone was doing drugs or in possession of   12:01
22  drugs?                                   12:01
23     A.   As the officer is during their   12:01
24  normal patrol, we would make arrests and bring   12:01
25  them back into the police station.        12:01

Page 478

Paradiso

1
2      Q.   So based upon arrests that were made   12:01
3   you would then attempt to further investigate   12:01
4   to see the source of the drugs?          12:01
5      A.   Right, correct.                 12:01
6      Q.   Now, when you say you knew of people   12:01
7   of interest on Ocean Beach, can you identify   12:02
8   any of them as you sit here today?       12:02
9      A.   There was a guy named Leonard who   12:02
10  lived on -- just outside of the Village who it   12:02
11  was rumored that he was involved in marijuana   12:02
12  sales.                                   12:02
13     Q.   Anybody else that you could think   12:02
14  of?                                      12:02
15     A.   There was a guy Tom Seglakis we had   12:02
16  arrested in the past for sale of marijuana, and   12:02
17  he was a long-time resident of the Village and   12:02
18  I had no reason to believe that he would stop   12:02
19  selling.                                 12:02
20     Q.   Right.  But you never caught him?   12:02
21     A.   We caught him once.             12:02
22     Q.   Okay.  Anybody else?            12:02
23     A.   There is one guy we picked up for   12:02
24  selling psylicide and he spent a couple of   12:02
25  summers on the beach.  His name was Luna.  I   12:02

Page 479

Paradiso

1
2     think I caught him myself coming down from one    12:03
3     of the residents above the Sun & Moon.    12:03
4        Q.   Okay.  Now, to your knowledge, did    12:03
5     Mr. Hesse ever do anything to impede any type    12:03
6     of investigation into a person of interest as    12:03
7     you have described it?    12:03
8        A.   No.    12:03
9        Q.   Now, did Mr. Fiorillo ever advise    12:03
10    you at any point in time prior to end of    12:03
11    September 2005 that Mr. Hesse told him that a    12:03
12    drug dealer within the village was a close    12:03
13    personal friend of his and that Mr. Fiorillo    12:03
14    was forbidden to interfere with the drug    12:03
15    dealing activity of that person?    12:03
16       A.   No.    12:03
17       Q.   Now, would you agree with me that as    12:03
18    police chief that's something you would expect    12:03
19    a police officer to advise you of?    12:04
20       A.   Yes.    12:04
21       Q.   Would you agree with me that if for    12:04
22    some reason that police officer thought that    12:04
23    you as the police chief would do nothing about    12:04
24    it, that the officer should then go to the    12:04
25    district attorney?    12:04

Page 480

Paradiso

1
2        A.   The officer would never have a    12:04
3     reason to think that I would do nothing about    12:04
4     it.    12:04
5        Q.   Why is that?    12:04
6        A.   Because I would not have done    12:04
7     nothing about it.    12:04
8        Q.   Were there any occasions -- well --    12:04
9     okay.    12:04
10       So it would be fair to say that you    12:04
11    never investigated Mr. Hesse concerning any    12:04
12    accusation that he was interfering with the    12:04
13    police surveillance or arrest of any drug    12:04
14    dealer on Ocean Beach?    12:04
15       A.   No.    12:04
16       Q.   Did Mr. Fiorillo ever advise you    12:04
17    that Mr. Hesse required him to chauffeur    12:05
18    Mr. Hesse to any place either inside or outside    12:05
19    of Ocean Beach to have sex with a particular    12:05
20    individual?    12:05
21       A.   No.    12:05
22       Q.   How about any of the other    12:05
23    plaintiffs?    12:05
24       A.   No.    12:05
25       Q.   Did you ever even hear the rumor    12:05

Page 481

Paradiso

1
2     that Mr. Hesse was being chauffeured by police    12:05
3     officers both in and outside of Ocean Beach to    12:05
4     have sex while on duty?    12:05
5        A.   No.    12:05
6        Q.   Let's look at number 50.  Please    12:05
7     read number 50 and then tell me when you are    12:06
8     done.    12:06
9        (Document review.)    12:06
10       A.   Okay.    12:06
11       Q.   Now, 51, Mr. -- the plaintiffs are    12:06
12    alleging certain conduct on the part of    12:06
13    Mr. Hesse concerning directions not to issue    12:06
14    summonses to certain bars.  Do you see that?    12:06
15       A.   Yes.    12:06
16       Q.   You would agree with me that such    12:06
17    conduct would be in violation of Mr. Hesse's --    12:06
18    if true, would have been in violation of    12:06
19    Mr. Hesse's duties as a sergeant for the Ocean    12:06
20    Beach Police Department?    12:06
21       A.   Yes.    12:07
22       Q.   And, in fact, would you agree with    12:07
23    me that if true, this allegation could subject    12:07
24    Mr. Hesse to criminal action?    12:07
25       A.   Yes.    12:07

Page 482

Paradiso

1
2        Q.   Now, is that something that in your    12:07
3     experience as a police chief that a police    12:07
4     officer who either was directed by Mr. Hesse    12:07
5     not to issue certain summonses or learned that    12:07
6     Mr. Hesse had directed another officer not to    12:07
7     issue summonses should have advised you of as    12:07
8     the police chief?    12:07
9        A.   Yes.    12:07
10       Q.   Now my question is, sir, at any    12:07
11    point in time did any of the plaintiffs ever    12:07
12    advise you that they were instructed by    12:07
13    Mr. Hesse not to issue summonses to any bar on    12:07
14    Ocean Beach?    12:07
15       A.   No.    12:07
16       Q.   Did you ever hear the rumor from any    12:07
17    source that such activity was taking place with    12:07
18    regard to Mr. Hesse's directions about issuing    12:07
19    summonses to bars?    12:07
20       A.   No.    12:07
21       Q.   Did you ever hear a rumor from any    12:07
22    source that Mr. Hesse was giving any police    12:08
23    officer any direction not to issue summonses to    12:08
24    any of his friends?    12:08
25       A.   No.    12:08

Page 483

Paradiso

1
2    Q.   Is that something that you would        12:08
3    have expected a police officer, if he or she    12:08
4    had learned of such a direction, to advise you    12:08
5    of immediately?                    12:08
6        A.   Yes.                12:08
7        Q.   Let's look at paragraph 52.  Please    12:08
8    read 52 and 53 and then tell me when you are    12:08
9    done.                        12:08
10        (Document review.)            12:08
11        A.   Okay.                12:09
12        Q.   Now, 52 and 53 are plaintiffs'    12:09
13    allegations --                    12:09
14        A.   I didn't read 53.            12:09
15        Q.   Okay.  When you are done with 53,    12:09
16    tell me.                        12:09
17        (Document review.)            12:09
18        A.   Okay.                12:09
19        Q.   Now, 52 and 53, and if you don't    12:09
20    agree with me, tell me, involve an alleged    12:09
21    incident concerning Officer Snyder and Lamm in  12:09
22    May of 2004 witnessing a down-pouring of beer    12:09
23    at their feet from a laughing crowd on a    12:09
24    third-floor balcony of a residence in Ocean    12:09
25    Beach.  Would you agree with me that's the    12:09

Page 484

Paradiso

1
2    incident that they are addressing in these two    12:09
3    paragraphs?                    12:09
4        A.   Yes.                12:09
5        Q.   Okay.  Now, they are alleging that    12:09
6    "Hesse directed Lamm and Snyder not to issue    12:09
7    any citations to these intoxicated minors or    12:09
8    make any arrests despite the fact that the    12:10
9    youths were breaking the law."  Do you see    12:10
10    that?                        12:10
11        A.   Yes.                12:10
12        Q.   Is the conduct that they are    12:10
13    attributing to Mr. Hesse, in your opinion,    12:10
14    would it subject Mr. Hesse to some type of    12:10
15    criminal action if true?                12:10
16        A.   I believe so.            12:10
17        Q.   Is that the type of information that  12:10
18    you would expect Frank Fiorillo or any of the    12:10
19    other plaintiffs to advise you of?            12:10
20        A.   Yes.                12:10
21        Q.   At any point in time prior to    12:10
22    September 2005 did Mr. Fiorillo or any of the    12:10
23    other plaintiffs ever advise you of the    12:10
24    incident that is being discussed in paragraph    12:10
25    53 and 54?                    12:10

Page 485

Paradiso

1
2        A.   No.  And I don't believe there are    12:10
3    any third-floor balconies.  There is    12:10
4    second-floor balconies, but there are no    12:10
5    third-story --                    12:11
6        Q.   On Bay and Ocean?            12:11
7        A.   On Bay and Ocean.            12:11
8        Q.   Did you ever hear a rumor from any    12:11
9    source at any time before end of September 2005  12:11
10    that Lamm and Snyder witnessed intoxicated    12:11
11    minors pouring beer from a balcony in Ocean    12:11
12    Beach and that Hesse had directed them not to    12:11
13    issue any summonses or to make any arrests?    12:11
14        A.   No.                12:11
15        Q.   Is that something that you would    12:11
16    think given the size of the Village and your    12:11
17    position at the Village that you would have    12:11
18    heard about?                    12:11
19        A.   Yes.                12:11
20        Q.   Paragraph 54, read it and tell me    12:11
21    when you are done reading it.            12:11
22        (Document review.)            12:11
23        A.   Okay.                12:12
24        Q.   If the allegation in 54 is true,    12:12
25    would that, in your opinion, subject Mr. Hesse    12:12

Page 486

Paradiso

1
2    to some type of criminal sanction or criminal    12:12
3    violation?                    12:12
4        A.   Yes.                12:12
5        Q.   Did any of the plaintiffs ever    12:12
6    advise you that Hesse prohibited the plaintiffs  12:12
7    from investigating the alleged crimes as set    12:12
8    forth in paragraph 54?                12:12
9        A.   No.                12:12
10        Q.   Did you ever hear any rumors of such  12:12
11    conduct as alleged in 54?                12:12
12        A.   No.                12:12
13        Q.   Now, let's look at the last    12:13
14    paragraph.  "Plaintiffs even observed certain    12:13
15    of the uncertified officers on the apartment    12:13
16    balcony drinking and socializing with the same  12:13
17    group of minors."  Do you see that?        12:13
18        A.   Yes.                12:13
19        Q.   Would it have been appropriate for    12:13
20    any police officer, even if off duty, to drink    12:13
21    alcohol with a minor?                12:13
22        A.   No.                12:13
23        Q.   And is that something that you would  12:13
24    have expected any of the plaintiffs to advise    12:13
25    you of if they witnessed it?            12:13

Paradiso

1
2      A.   Yes.                          12:13
3      Q.   At any point in time did any of the   12:13
4  plaintiffs advise you that any officer -- that   12:13
5  they witnessed any officer drinking alcohol   12:13
6  with minors?                        12:13
7      A.   No.                          12:13
8      Q.   Look at 56.  Just read 56 and then   12:13
9  tell me when you are done.          12:14
10       (Document review.)          12:14
11     A.   Okay.                     12:14
12     Q.   Did you ever hear -- withdrawn.   12:14
13          Did any of the plaintiffs ever   12:14
14  advise you that Mr. Hesse was calling them   12:14
15  losers or disparaging any of them in front of   12:14
16  anybody else while you were chief of police?   12:14
17     A.   No.                     12:14
18     Q.   Did you ever hear Hesse refer to   12:14
19  Lamm in your presence as a loser?   12:14
20     A.   No.                     12:14
21     Q.   Did you ever hear Hesse say about   12:14
22  Lamm in your presence that no one likes him?   12:14
23     A.   No.                     12:15
24     Q.   Did you ever hear Hesse in your   12:15
25  presence say about Lamm that no one should   12:15

Paradiso

1
2  listen to Lamm's directives?          12:15
3      A.   No.                          12:15
4      Q.   Did you ever hear of any rumor from   12:15
5  any source that Hesse did not issue a summons   12:15
6  or arrest an individual who was in possession   12:15
7  of drugs or drug paraphernalia?      12:15
8      A.   No.                          12:15
9      Q.   Did the plaintiffs ever advise you   12:15
10  that Hesse ever refused to issue a summons or   12:15
11  arrest an individual who was in possession of   12:15
12  drugs or drug paraphernalia?          12:15
13     A.   No.                          12:15
14     Q.   What was the procedure for a police   12:15
15  officer to secure and inventory drugs and drug   12:16
16  paraphernalia that they became in possession   12:16
17  of?                              12:16
18     A.   Well, it would be photographed and   12:16
19  it would be sealed in an evidence bag.  They   12:16
20  would put the case number on the evidence bag,   12:16
21  the officer's name, there was a chain of   12:16
22  evidence log, and then eventually that evidence   12:16
23  would be brought to the lab at Suffolk County   12:16
24  police.  I think it's the 4th precinct area has   12:16
25  a 24-hour lock-up for the lab.          12:16

Paradiso

1
2      Q.   Did you in all of your years with   12:16
3  Chief Hesse at the Ocean Beach Police   12:17
4  Department ever witness him failing to secure   12:17
5  drugs or drug paraphernalia in accordance with   12:17
6  the procedure that you just identified?   12:17
7      A.   No.                          12:17
8      Q.   Did you ever learn from any source   12:17
9  while you were working with Mr. Hesse at Ocean   12:17
10  Beach for all those years that Mr. Hesse failed   12:17
11  to secure drugs and drug paraphernalia in the   12:17
12  procedure that you just identified?      12:17
13     A.   No.                          12:17
14     Q.   Did you ever hear a rumor of this?   12:17
15     A.   No.                          12:17
16     Q.   Did the plaintiffs ever make mention   12:17
17  of this to you?                     12:17
18     A.   No.                          12:17
19     Q.   Let's look at number 58 and 59 and   12:17
20  just read it and tell me when you are done.   12:17
21       (Document review.)          12:18
22     A.   All right.                12:18
23     Q.   Now, was it proper procedure for an   12:18
24  officer to give an alleged domestic abuse   12:18
25  victim alcohol?                     12:18

Paradiso

1
2      A.   No.                          12:18
3      Q.   Do you think that's one of those   12:18
4  policies that didn't need to be written down   12:18
5  that falls under the common sense policy?   12:18
6      A.   Yes.                        12:18
7      Q.   Would you agree with me that if   12:18
8  true, this was somewhat of a serious incident?   12:19
9      A.   Yes.                        12:19
10     Q.   Is it something in your opinion as   12:19
11  the chief of police for fifteen years at Ocean   12:19
12  Beach that you would have expected any officer   12:19
13  who was present when the alleged incident took   12:19
14  place, as set forth in 58 and 59, would have   12:19
15  reported to you?                     12:19
16     A.   Yes.                        12:19
17     Q.   Did the plaintiffs -- I'm sorry --   12:19
18  did any plaintiff ever report any incident of a   12:19
19  domestic abuse victim being given alcohol by a   12:19
20  police officer to you?                12:19
21     A.   I don't recall that ever happening.   12:19
22     Q.   Well, when you say you don't recall   12:19
23  that ever happening, as you sit here today,   12:19
24  that didn't happen?                12:19
25     A.   Didn't happen.             12:19

Page 491

Paradiso

1          Paradiso
2      Q.  Did you ever hear a rumor from any      12:19
3  source concerning the incident alleged in 58      12:19
4  and 59?                               12:20
5      A.  No.                          12:20
6      Q.  Paragraph 60 refers to the incident      12:20
7  involving the Bosettis throwing a file cabinet      12:20
8  into the ocean.  Just read that and when you      12:20
9  are done, tell me when you are done.      12:20
10         (Document review.)            12:20
11     A.  Okay.                        12:21
12     Q.  Did Mr. Fiorillo ever advise you      12:21
13  that the Bosettis said that they had been too      12:21
14  drunk to control themselves and that's why they  12:21
15  threw the file cabinet into the bay?      12:21
16     A.  I don't recall that happening, no.      12:21
17     Q.  Did Mr. Fiorillo ever inquire with      12:21
18  you as to what discipline, if any, you meted      12:21
19  out to the Bosettis for throwing the file      12:21
20  cabinet into the bay?                  12:22
21     A.  It wouldn't have been up to him to      12:22
22  ask what discipline was taken.          12:22
23     Q.  I understand that.  Did he ever      12:22
24  inquire with you?                      12:22
25     A.  I don't believe so.            12:22

Page 492

Paradiso

1          Paradiso
2      Q.  Did Mr. Fiorillo ever advise you      12:22
3  that the Bosetti had asked him to assist them      12:22
4  in retrieving the file cabinet from the bay?      12:22
5      A.  No.                          12:22
6      Q.  The answer is no?               12:22
7      A.  No.                          12:22
8      Q.  Let's look at 61.  In 61 --       12:22
9  actually, read it and then tell me when you are  12:22
10  done.                               12:22
11         (Document review.)            12:22
12     A.  Okay.                        12:22
13     Q.  Now, in 61 Mr. Fiorillo alleges that  12:22
14  Hesse ordered him to spend three consecutive      12:23
15  shifts standing motionless beneath a      12:23
16  streetlight at the intersection of Dehnhoff      12:23
17  Walk and Bay Walk.  Do you see that?      12:23
18     A.  Yes.                         12:23
19     Q.  Was the intersection of Dehnhoff      12:23
20  Walk and Bay Walk a place that seasonal police  12:23
21  officers were normally stationed?      12:23
22     A.  Yes.                         12:23
23     Q.  And why is that?               12:23
24     A.  It's a busy area.  There is -- you      12:23
25  have a view of Bay Walk from Ocean Breeze to      12:23

Page 493

Paradiso

1          Paradiso
2  Dehnhoff in one direction.  You can see two to      12:23
3  three bars in any direction from that point.      12:23
4      Q.  Would it be out of the ordinary --      12:23
5  withdrawn.                          12:23
6         Put aside how Mr. Fiorillo was told      12:23
7  to stand and what he was prohibited from doing,  12:23
8  putting aside that for the sake of this      12:23
9  question, would it have been out of the      12:23
10  ordinary for a seasonal police officer to spend  12:23
11  three consecutive shifts at that intersection?  12:23
12     A.  Three consecutive shifts,         12:23
13  yes, it would be out of the ordinary.      12:24
14     Q.  Why would that be?              12:24
15     A.  Because they rotate through.  You      12:24
16  know, guys would be in town, then they would be  12:24
17  rotated to the back end of town.  If something  12:24
18  would happen to divert their attention, they      12:24
19  would go toward the incident that would take      12:24
20  place, so it would be very difficult to say      12:24
21  stay in one spot, don't move for no reason.      12:24
22     Q.  Well, no, let's put aside for the      12:24
23  sake of the question how he was told to stand      12:24
24  and what he was prohibited from doing.  Let's      12:24
25  just say there is -- for example, there is      12:24

Page 494

Paradiso

1          Paradiso
2  station A, B, C, D and E in Ocean Beach.      12:24
3         Would it be out of the ordinary, for  12:24
4  example, for a seasonal police officer to be      12:24
5  assigned on three consecutive shifts place C?      12:24
6      A.  It wouldn't be something that would      12:24
7  be out of -- I don't know, yeah, it kind of      12:25
8  would be, because you would shift people on and  12:25
9  off.  There is no reason for one person to be      12:25
10  in the same spot for three days in a row.      12:25
11     Q.  Okay.  That's fine.  Now, would you      12:25
12  agree with me that even if on one occasion      12:25
13  Mr. Hesse, for whatever reason, told      12:25
14  Mr. Fiorillo that his assigned duty was the      12:25
15  intersection as referenced in 61, it would be      12:25
16  completely out of the ordinary and      12:25
17  inappropriate to advise Mr. Fiorillo to stand      12:25
18  motionless; right?                  12:25
19     A.  Yes.                         12:25
20     Q.  And, in fact, if true, and if      12:25
21  Mr. Fiorillo did stand motionless and was not      12:25
22  permitted to leave that station, there would be  12:25
23  a risk that he would not be able to respond to  12:26
24  a call where a police assistance was needed;      12:26
25  correct?                            12:26

Page 495

```
1              Paradiso
2    A.  Correct.                12:26
3    Q.  And that could be a potentially   12:26
4  dangerous situation; correct?         12:26
5    A.  Yes.                    12:26
6    Q.  And certainly it would be completely  12:26
7  inappropriate for, in your opinion, for   12:26
8  Mr. Hesse to have instructed Mr. Fiorillo that  12:26
9  he couldn't even move for meal breaks or   12:26
10 bathroom breaks?              12:26
11   A.  Yes.                    12:26
12   Q.  Now, I believe you testified Monday  12:26
13 that you recall Mr. Fiorillo on the one   12:26
14 occasion complaining to you about the    12:26
15 inappropriate way that Mr. Hesse spoke to him  12:26
16 concerning cleaning a police vehicle.  Do you  12:26
17 remember that?               12:26
18   A.  Yes.                    12:26
19   Q.  Would you agree with me in your   12:26
20 capacity and experience as a police chief that  12:26
21 a direction to stand motionless on three   12:26
22 consecutive days is a more serious form of  12:26
23 improper direction than the way one is spoken  12:27
24 to by a superior to a subordinate?        12:27
25     MR. GOODSTADT:  Objection.      12:27
```

Page 496

```
1              Paradiso
2    A.  Yes.                    12:27
3    Q.  Okay.  Did Mr. Fiorillo ever     12:27
4  complain to you about being forced by Mr. Hesse  12:27
5  to stand motionless for a cumulative total of  12:27
6  approximately 24 hours in one place without the  12:27
7  ability to go to the bathroom, eat a meal or  12:27
8  respond to a police call?            12:27
9    A.  I don't recall that ever taking   12:27
10 place.                      12:27
11   Q.  Is that something that you would   12:27
12 have expected Mr. Fiorillo to complain to you  12:27
13 about if it took place?             12:27
14   A.  Yes.                    12:27
15   Q.  Did you ever even hear a rumor about  12:27
16 such conduct?                 12:27
17   A.  No.                     12:28
18   Q.  Now, is that something that as a   12:28
19 police chief you think you would have heard  12:28
20 about through the rumor mill if it actually  12:28
21 took place?                  12:28
22   A.  Yes.                    12:28
23     MR. NOVIKOFF:  How much time left?  12:28
24     THE VIDEOGRAPHER:  32.        12:28
25   Q.  Now, let's talk about the Halloween  12:28
```

Page 497

```
1              Paradiso
2  incident.                    12:28
3      You know what, before we go to the  12:28
4  Halloween incident, let's talk about your   12:28
5  letters of references or recommendations that  12:28
6  you have given on behalf of some of the   12:28
7  plaintiffs.  Mr. Goodstadt showed you a few.  I  12:28
8  am going to show you a few others.        12:28
9      Did you ever write in November of   12:28
10 2006 a letter of reference or recommendation  12:29
11 for Mr. Nofi?                 12:29
12   A.  I believe so, yes.            12:29
13   Q.  Okay.  Let's mark this -- well,   12:29
14 actually, this has been previously marked as  12:29
15 Defendant's 19 at the deposition of somebody on  12:29
16 September 19th, 2008.             12:29
17     MR. GOODSTADT:  Let's remark it.   12:29
18     MR. NOVIKOFF:  Okay.          12:29
19     (Paradiso Exhibit 19, letter dated   12:29
20   November 28, 2006, marked for       12:29
21   identification.)               12:30
22   Q.  When you are done looking at 19,   12:30
23 just tell me.                  12:30
24     (Document review.)            12:30
25   A.  Okay.                   12:30
```

Page 498

```
1              Paradiso
2    Q.  Is that your signature, sir?      12:30
3    A.  Yes.                    12:30
4    Q.  And do you recall writing this    12:30
5  letter of recommendation or reference on or  12:30
6  about November 20th, 2006 for Mr. Nofi?     12:30
7    A.  Vaguely, yeah.             12:30
8    Q.  Well, when you say "vaguely," what  12:30
9  do you mean?                 12:30
10   A.  I don't actually remember writing   12:30
11 it, but yeah, I wrote it.            12:30
12   Q.  Do you remember the facts and     12:30
13 circumstances that would have led you to have  12:30
14 written this letter for Mr. Nofi in this time  12:30
15 period?                     12:30
16   A.  He would have called me up, asked me  12:30
17 for -- to write him a letter of recommendation.  12:30
18 I would have said I can only write for the time  12:30
19 period that, you know, he worked for me and he  12:30
20 said that would be fine.            12:30
21   Q.  And do you recall that conversation  12:30
22 taking place?  And I understand it's going back  12:30
23 three years now.                12:31
24   A.  It's -- I don't exactly remember the  12:31
25 conversation, but I wrote the letter.      12:31
```

Page 499

Paradiso

1
2    Q.   Is it fair to say that you wouldn't   12:31
3    have written a letter without Mr. Nofi asking   12:31
4    you to?                           12:31
5    A.   It's fair to say, yes.        12:31
6        MR. NOVIKOFF:  Okay.  We are done   12:31
7    with that.                        12:31
8        Let's mark the next one as       12:31
9    Exhibit 20.                       12:31
10       (Paradiso Exhibit 20, letter dated   12:31
11       December 15, 2000, marked for    12:31
12       identification.)                12:32
13   Q.   Now, for the record, while     12:32
14   Mr. Paradiso is reading Exhibit 20, it is a   12:32
15   one-page document.  It's not Bates stamped, but   12:32
16   I believe it's been produced, purporting to be   12:32
17   on Ocean Beach Police Department letterhead   12:32
18   from Mr. Paradiso to a Mr. Giancanti,   12:32
19   G-I-A-N-C-A-N-T-I.                12:32
20   A.   Okay.                       12:32
21   Q.   Do you recall drafting this letter   12:32
22   on behalf of Mr. Nofi?            12:32
23   A.   No.                         12:32
24   Q.   Any reason to believe that that's   12:32
25   not your signature?               12:32

Page 500

Paradiso

1
2    A.   No.                         12:32
3    Q.   Do you have any recollection of who   12:32
4    Mr. Giancanti is?                 12:32
5    A.   No.                         12:32
6    Q.   Between -- let's talk about each   12:32
7    plaintiff now.                    12:33
8        Between the time that you first   12:33
9    worked with Mr. Fiorillo to the last day of   12:33
10   your full-time position in September of 2005,   12:33
11   are you aware of what jobs, if any,   12:33
12   Mr. Fiorillo applied for in the law enforcement   12:33
13   field?                            12:33
14   A.   I remember he was investigated for a   12:33
15   position with the FBI and I spoke to an   12:33
16   investigator --                   12:33
17       THE COURT REPORTER:  I can't hear   12:33
18   you.  I'm sorry.                  12:33
19   A.   I'm sorry.  He was investigated for   12:33
20   a position with the FBI.  I think I spoke to an   12:33
21   investigator from the FBI.        12:33
22   Q.   And did he get that job with the   12:33
23   FBI?                              12:33
24   A.   I don't -- I'm taking for granted   12:33
25   that since I don't think he is employed by the   12:33

Page 501

Paradiso

1
2    FBI that he didn't get the job.    12:33
3    Q.   And do you know why he didn't get   12:33
4    that job?                         12:33
5    A.   No, I do not.                12:33
6    Q.   Did Mr. Fiorillo ever explain to you   12:33
7    why he didn't get that job?       12:33
8    A.   I don't recall if he did.     12:34
9    Q.   Okay.  And do you recall any other   12:34
10   law enforcement jobs that Mr. Fiorillo had   12:34
11   advised you that he had been applying for in   12:34
12   the time period between your first meeting   12:34
13   Mr. Fiorillo and the end of September 2005?   12:34
14   A.   I don't recall.               12:34
15   Q.   Okay.  Same question with regard to   12:34
16   Mr. Snyder, and I only pick Mr. Snyder because   12:34
17   he is in the room.                12:34
18       Between the time you first met   12:34
19   Mr. Snyder and the end of September 2005, are   12:34
20   you aware of any law enforcement jobs that   12:34
21   Mr. Snyder applied for?           12:34
22   A.   No.                         12:34
23   Q.   Same question with regard to   12:34
24   Mr. Nofi.                         12:34
25   A.   I think Joe got a job working for   12:34

Page 502

Paradiso

1
2    Brookhaven -- Town of Brookhaven as -- I think   12:34
3    it was in their bay constable division, and he   12:34
4    also worked for the -- got a job with Suffolk   12:34
5    County Tobacco Enforcement, I think.  He   12:34
6    applied for a job with a police department that   12:35
7    I did a telephone interview for him with.   12:35
8    Q.   And do you recall the name of that   12:35
9    Police Department?                12:35
10   A.   I saw it on the paper the other   12:35
11   week.  It was in Florida, but I don't   12:35
12   remember the --                   12:35
13   Q.   Oh, Collier County.           12:35
14   A.   Okay.                       12:35
15   Q.   Collier County.  My question to you   12:35
16   is between the first day you saw Mr. Nofi and   12:35
17   September -- end of September 2005.  I believe   12:35
18   Collier County --                 12:35
19   A.   That was after 2005, so those are   12:35
20   all the ones I can recall.        12:35
21   Q.   And how about Mr. Carter?      12:35
22   A.   Mr. Carter, no, he was employed by   12:35
23   the town the whole time he worked for me.   12:35
24   Q.   How about Mr. Lamm?           12:35
25   A.   I think he got a job with the Town   12:35

Page 503

Paradiso

1
2  of Islip in their airport police division.  I    12:36
3  know he was being investigated for the Suffolk    12:36
4  County Police Department, but I never got an    12:36
5  inquiry about him before 2005.    12:36
6      Q.   Okay.  So prior to 2005 are you    12:36
7  aware that Mr. Lamm was being investigated by    12:36
8  the Suffolk County Police Academy?    12:36
9      A.   I believe so.    12:36
10      Q.   Okay.  And you don't know before the    12:36
11  end of September 2005 whether or not he had    12:36
12  gotten that job or not?    12:36
13      A.   No.    12:36
14      Q.   I think I am done with that.    12:36
15      Now, let's talk about the Halloween    12:37
16  incident.  You are aware that at some point in    12:37
17  time in the early morning of October 31st, I    12:37
18  believe, that there was an incident at Houser's    12:37
19  bar requiring Mr. Lamm, Mr. Snyder and    12:37
20  Mr. Fiorillo to answer a call; correct?    12:37
21      A.   Yes.    12:37
22      Q.   And you have since come to learn    12:37
23  that there was a physical altercation involving    12:37
24  civilians and Mr. Bosetti, Gary Bosetti;    12:37
25  correct?    12:37

Page 504

Paradiso

1
2      A.   Right.    12:37
3      Q.   And you have since learned that    12:37
4  Richard Bosetti was present in the bar that    12:37
5  night as well; correct?    12:38
6      A.   Right.    12:38
7      Q.   Now, just so the record is clear,    12:38
8  you were not present in the Village at the time    12:38
9  that the incident took place; correct?    12:38
10      A.   No.    12:38
11      Q.   To your knowledge, Mr. Hesse wasn't    12:38
12  present in the Village at the time this    12:38
13  incident took place; correct?    12:38
14      A.   Correct.    12:38
15      Q.   Now, Mr. Fiorillo, Lamm and Snyder    12:38
16  answer the call about a physical altercation in    12:38
17  Houser's and, to your knowledge, they proceeded    12:38
18  to that call; correct?    12:38
19      A.   Yes.    12:38
20      Q.   And do you recall approximately what    12:38
21  time this took place?    12:38
22      A.   No.    12:38
23      Q.   Do you recall when you came in to    12:38
24  the Village the next morning?    12:38
25      A.   It was probably sometime around 7:30    12:38

Page 505

Paradiso

1
2  or 8:00 in the morning.    12:39
3      Q.   So there was a period of time    12:39
4  between when they received the call and when    12:39
5  you came in that neither you, nor Mr. Hesse    12:39
6  were present in the Village; correct?    12:39
7      A.   Correct.    12:39
8      Q.   And I believe you testified that you    12:39
9  were a click away on your Nextel phone at all    12:39
10  times in this time period; correct?    12:39
11      A.   Yes.    12:39
12      Q.   Same thing for Mr. Hesse; correct?    12:39
13      A.   Yes.    12:39
14      Q.   So would you agree with me that if    12:39
15  any of the three plaintiffs that I identified    12:39
16  needed to reach you concerning this incident,    12:39
17  all they had to do was click the button and    12:39
18  call you on the Nextel radio?    12:39
19      A.   Either that or just dial the phone,    12:39
20  my phone.  I kept it next to my bed.    12:40
21      Q.   But it would have taken longer to    12:40
22  dial the phone, they could have just clicked    12:40
23  the radio; right?    12:40
24      A.   Right.    12:40
25      Q.   That's assuming you had the radio on    12:40

Page 506

Paradiso

1
2  you; right?    12:40
3      A.   (Nodding.)    12:40
4      Q.   Now, at any point in time did any of    12:40
5  those three plaintiffs call you?    12:40
6      A.   No.    12:40
7      Q.   To your knowledge, did any of those    12:40
8  plaintiffs before you arrived in Ocean Beach    12:40
9  call Mr. Hesse or click the Nextel phone to    12:40
10  call Mr. Hesse?    12:40
11      A.   I'm not aware that they did.    12:40
12      Q.   Okay.  Now, Mr. Gary Bosetti was off    12:40
13  duty at the time; right?    12:40
14      A.   As far as I know, yes.    12:40
15      Q.   And I understand he had his shield    12:40
16  and I'm led to -- well, is a police officer    12:40
17  ever really off duty, in your opinion?    12:40
18      A.   Well, you are always a police    12:40
19  officer, but you are on duty and off duty.    12:40
20      Q.   Okay.  But he wasn't on an official    12:41
21  tour when this incident took place; right?    12:41
22      A.   No.    12:41
23      Q.   Neither was Richard Bosetti;    12:41
24  correct?    12:41
25      A.   No.    12:41

Page 507

Paradiso

1
2      Q.   In your experience at Ocean Beach on   12:41
3   how many other occasions, if any, had an   12:41
4   off-duty police officer been involved in a   12:41
5   physical altercation in a bar that required a   12:41
6   police presence?   12:41
7      A.   How many?   12:41
8      Q.   Yes.   12:41
9      A.   I couldn't give you a number.   12:41
10      Q.   Okay.  Well, let's then maybe break   12:41
11   it down a little bit.   12:41
12      On how many occasions was   12:41
13   Mr. Fiorillo prior to this incident involved in   12:41
14   a situation when an off-duty police officer was   12:41
15   one of the actors in a physical altercation   12:42
16   while off duty in a bar?   12:42
17      A.   I don't think he had been before.   12:42
18      Q.   Same question with regard to   12:42
19   Mr. Snyder.   12:42
20      A.   I don't recall it ever happening   12:42
21   with Mr. Snyder either.   12:42
22      Q.   Same question with regard to   12:42
23   Mr. Lamm.   12:42
24      A.   I don't recall.   12:42
25      Q.   So at least based upon your   12:42

Page 508

Paradiso

1
2   recollection as you sit here today, would you   12:42
3   agree with me that the situation confronting   12:42
4   these three officers was unique for them at   12:42
5   that point in time?   12:42
6      A.   Yes.   12:42
7      Q.   Would you agree with me that at   12:42
8   least one deficiency in their performance that   12:42
9   night was not immediately calling you or   12:43
10   Mr. Hesse when they became aware of a physical   12:43
11   altercation that may have involved either Gary   12:43
12   or Richard Bosetti?   12:43
13      MR. GOODSTADT:  Objection.   12:43
14      A.   Yes.   12:43
15      Q.   Okay.  To your knowledge, did any of   12:43
16   these three plaintiffs secure the crime scene   12:43
17   upon arriving at the bar?   12:43
18      A.   I'm not certain what they did upon   12:43
19   their arrival.   12:43
20      Q.   Well, based upon your knowledge --   12:43
21   based upon your experience, what does securing   12:43
22   the crime scene mean?   12:43
23      A.   Preserving the scene for a further   12:43
24   investigation to take place.  Limiting access   12:43
25   in and out.   12:44

Page 509

Paradiso

1
2      Q.   To your knowledge, did any of the   12:44
3   three plaintiffs secure the crime scene, as you   12:44
4   have just described it?   12:44
5      A.   I don't know.   12:44
6      Q.   Did you ever find any evidence in   12:44
7   your review of any documentation created either   12:44
8   by the plaintiffs or anybody else that leads   12:44
9   you to believe that the plaintiffs secured the   12:44
10   crime scene?   12:44
11      A.   Securing the crime scene wouldn't   12:44
12   have been a typical thing that we did at Ocean   12:44
13   Beach at a bar fight.  It just wasn't part of   12:44
14   our normal procedure to secure scenes in that   12:44
15   manner.  I wouldn't have expected them to tape   12:44
16   off the bar and preserve it like that.   12:45
17      Q.   Would you have expect -- well, would   12:45
18   you have expected them in their role as the   12:45
19   initial three investigating officers to at   12:45
20   least identify one potential eyewitness to the   12:45
21   event?   12:45
22      A.   I would have hoped that they would   12:45
23   have been able to get an eyewitness to the   12:45
24   event.   12:45
25      Q.   Even if that eyewitness didn't give   12:45

Page 510

Paradiso

1
2   them any information, you understand what I am   12:45
3   saying?   12:45
4      A.   An eyewitness would have to say "I   12:45
5   saw something" and if none came forward, it   12:45
6   would be impossible for them to secure that.   12:45
7      Q.   How about even a list of potential   12:45
8   eyewitnesses who were present in the bar that   12:45
9   night?   12:45
10      A.   With the amount of manpower that was   12:45
11   on -- I wasn't there.   12:46
12      Q.   I understand that.  Right.  I am   12:46
13   just asking --   12:46
14      A.   So I don't know how many people were   12:46
15   in the bar when it took place, and in a   12:46
16   situation where you have somebody who is   12:46
17   injured, I think their first response was   12:46
18   trying to deal with the injuries of the person   12:46
19   that got hurt and --   12:46
20      Q.   More so --   12:46
21      A.   More so than the secondary   12:46
22   investigation of what exactly took place.   12:46
23      Q.   Okay.  So it's your belief that the   12:46
24   three officers that arrived, their first   12:46
25   priority should have been to find out who was   12:46

Page 511

Paradiso

1
2 injured, and if the injured parties were not in   12:46
3 their presence, to find them?   12:46
4     A.   And if they needed medical   12:46
5 assistance, to get it for them, yes.   12:46
6     Q.   Now, if Gary Bosetti was one of the   12:46
7 injured parties, would you agree with me that   12:46
8 it would have been the plaintiffs' -- the three   12:46
9 officers that were there that night --   12:46
10 responsibility to try to find Mr. Bosetti and   12:47
11 attend to whatever injuries he may have?   12:47
12     A.   If he was injured, yes.   12:47
13     Q.   To your knowledge, did the   12:47
14 plaintiffs -- did any of the three plaintiffs   12:47
15 who arrived on the scene that night do anything   12:47
16 to try to find Gary Bosetti in between the time   12:47
17 they first arrived and the time that you came   12:47
18 to the police station the following morning?   12:47
19     A.   I don't remember.   12:47
20     Q.   Okay.  Let's discuss again the   12:47
21 geography of Ocean Beach.  You have the ferry   12:47
22 station.  Right?  In relation to Houser's,   12:47
23 where is the ferry station?   12:47
24     A.   About 300 feet from the bar.   12:47
25     Q.   If you didn't try to get off the   12:48

Page 512

Paradiso

1
2 island on a ferry, how could one get off the   12:48
3 island?  What were the other possible ways that   12:48
4 you can get off of Ocean Beach?   12:48
5     A.   You could take a water taxi, you   12:48
6 could take a ferry from a different area, water   12:48
7 taxi from a different area, you could take a   12:48
8 private boat, or you could drive off in a   12:48
9 four-wheel drive vehicle.   12:48
10     Q.   Okay.  Now, at 3:00 in the morning   12:48
11 in the end of October, are there ferries   12:48
12 running?   12:48
13     A.   I don't believe so.   12:48
14     Q.   Are there water taxis running?   12:48
15     A.   Yes.   12:48
16     Q.   Okay.  And where is the water taxi   12:48
17 station in comparison to the ferry terminal?   12:48
18     A.   It's further past the ferry terminal   12:48
19 at the end of -- the one in Ocean Beach is at   12:48
20 the end of Bay Walk.   12:48
21     Q.   Now, is there someone --   12:48
22     A.   I mean Bayberry Walk.  I'm sorry.   12:48
23     Q.   Say 3:00 in the morning, is there a   12:48
24 dockmaster or some other official police   12:48
25 officer at Ocean Beach who is present at the   12:49

Page 513

Paradiso

1
2 ferry terminal?   12:49
3     A.   We probably had a dockmaster on that   12:49
4 night.  Water taxis stop running at 2:00 in the   12:49
5 morning in Ocean Beach.   12:49
6     Q.   Okay.  So if this incident took   12:49
7 place after 2:00, then the water taxi would not   12:49
8 be available?   12:49
9     A.   Not in Ocean Beach, no.   12:49
10     Q.   And when would the ferries start   12:49
11 again the following morning?   12:49
12     A.   I'm not certain of the schedule, but   12:49
13 there would probably be a boat around 10:00 in   12:49
14 the morning.   12:49
15     Q.   And how about water taxi?   12:49
16     A.   Water taxis can start up again at   12:49
17 like 5 or 6:00 in the morning if they were   12:49
18 going to be running.  I don't know if they were   12:49
19 running at that time.   12:49
20     Q.   And if they were running, there   12:49
21 would probably be a dockmaster there?   12:49
22     A.   Not always.   12:49
23     Q.   Okay.  You could take a four-wheel   12:49
24 drive.  How would you take -- where would you   12:49
25 go to take a four-wheel drive off the island?   12:49

Page 514

Paradiso

1
2     A.   You would have to drive down the   12:49
3 beach to Robert Moses Causeway, over the   12:49
4 bridges, and...   12:49
5     Q.   Okay.  Now, is there a road that you   12:49
6 have to go through on Ocean Beach to get to the   12:49
7 Robert Moses Causeway?   12:50
8     A.   You would go through -- take Midway   12:50
9 and there is like a sand path that you could   12:50
10 take or you can walk over to the beach and go   12:50
11 straight down the beach.   12:50
12     Q.   Okay.  And you said there is a   12:50
13 private -- there could be private boats too.   12:50
14     A.   Yes.   12:50
15     Q.   Are you aware as you sit here today   12:50
16 that any of the plaintiffs took any action to   12:50
17 try to find Gary Bosetti in the hours between   12:50
18 the incident and that you came to the Village?   12:50
19     A.   I believe that they said that they   12:50
20 did look for him in the barracks, but he wasn't   12:50
21 there.   12:50
22     Q.   Anyplace else that you know as you   12:50
23 sit here today that the plaintiffs looked for   12:50
24 Mr. Gary Bosetti?   12:50
25     A.   I don't recall.   12:51

Page 515

Paradiso

1  Q.  Now, Richard Bosetti, you would      12:51
2  agree with me that the three plaintiffs knew   12:51
3  that Richard Bosetti was at least in the bar at   12:51
4  the time of the incident; correct?      12:51
5  A.  I believe so.          12:51
6  Q.  Whether he was an eyewitness or not,   12:51
7  he was in the bar.  And you would agree with me  12:51
8  that you learned at some point in time that   12:51
9  while the alleged victims of the -- at the time   12:51
10 of what they claimed to be a brutal act by Gary  12:51
11 Bosetti were in the police station having their  12:51
12 injuries tended to, that Richard Bosetti walked  12:51
13 into the police station at that time.  Do you   12:51
14 recall that?          12:51
15 A.  Yes, I recall that.      12:51
16 Q.  To your knowledge, did any of the   12:51
17 plaintiffs do anything to make sure that   12:51
18 Mr. Bosetti didn't leave the police station   12:51
19 before he gave an account of everything that   12:51
20 transpired?          12:51
21 A.  I'm not aware if they did or not.   12:51
22 Q.  Okay.  Is that something that you   12:52
23 think as the police chief, given your   12:52
24 experience, that these three officers should   12:52

Page 516

Paradiso

1  have at least attempted to do with regard to   12:52
2  Richard Bosetti?          12:52
3  A.  It all depends on how serious the   12:52
4  injuries of the people in the office were.   12:52
5  Richard Bosetti was a member of the Police   12:52
6  Department.  Whether or not they got their   12:52
7  information from him immediately or later on,   12:52
8  it wasn't like he was gonna hop on a plane and   12:52
9  flee the country.  He was somebody that they   12:52
10 could talk to at any point, so...      12:52
11 Q.  Would you agree with me, though,   12:52
12 that recollections sometimes tend to fade the   12:52
13 further away you get from an event?      12:52
14 A.  I think I am proof --      12:52
15 MR. GOODSTADT:  Objection.      12:52
16 A.  I am proof positive of that, but it   12:52
17 all depends on what's going on in the office at  12:52
18 the time.  You know, you have people injured,   12:52
19 you have the ambulance crew in and out.  You   12:52
20 know, guys are working.  They are trying to do   12:53
21 the best that they can.      12:53
22 Q.  And at least as of the time that you  12:53
23 arrived, the only story that was being told   12:53
24 about what took place came from the three   12:53

Page 517

Paradiso

1  alleged victims and a woman; correct?  To your  12:53
2  knowledge.          12:53
3  A.  The three people that were there,   12:53
4  the woman and the two guys.      12:53
5  Q.  Okay.  And at least at the time that  12:53
6  you arrived that morning, nobody else had come  12:53
7  forward and given any other story?      12:53
8  A.  No.          12:53
9  Q.  So would it be fair to say that all   12:53
10 you knew at the time that you arrived once you   12:53
11 talked to Mr. Fiorillo and saw whatever was   12:53
12 written up at the time was that Mr. Bosetti was  12:53
13 involved in a physical altercation while off   12:53
14 duty at Houser's bar in the morning hours of   12:53
15 the 31st and he hit someone with a pool cue.   12:53
16 A.  Right.          12:53
17 Q.  Okay.  And you were unaware as to   12:53
18 whether this was in self-defense or not at the   12:54
19 time, correct, based upon at least what you had  12:54
20 heard and what you had seen?      12:54
21 A.  Yeah, I -- the events that took   12:54
22 place in the bar were kind of sketchy.  All I   12:54
23 had to go by was what was reported to me and   12:54
24 what the people said.      12:54

Page 518

Paradiso

1  Q.  Okay.  "The people" being the --   12:54
2  A.  The injured.          12:54
3  Q.  Right.  And at some point in time   12:54
4  after you arrived you called Gary Bosetti up?   12:54
5  A.  Actually, first I went looking for   12:54
6  him.          12:54
7  Q.  Okay.  And where did you go again?   12:54
8  A.  I went to the barracks to see if he   12:54
9  turned up in the barracks.  I went to a house   12:54
10 on Bayberry that someone said he might be at.   12:54
11 I forget who.  He wasn't there.  And then I   12:54
12 tried him on his cell phone.  I got his   12:54
13 message.  And then eventually he called in to   12:54
14 the police station.      12:54
15 Q.  And that's when you asked him to   12:54
16 come in so that he can give his version of what  12:55
17 took place; right?          12:55
18 A.  Right.          12:55
19 Q.  And he said no?          12:55
20 A.  Right.          12:55
21 Q.  And that's when you suspended him   12:55
22 for -- pending termination?      12:55
23 A.  Right.          12:55
24 Q.  And if I believe -- if I remember   12:55

Page 519

```
 1              Paradiso
 2   correctly, you suspended him pending        12:55
 3   termination because he refused to come in and  12:55
 4   discuss with you the incident?              12:55
 5       A.  Well, all I had was the statement --  12:55
 6   you know, what the people had told me had    12:55
 7   happened and without any other information from  12:55
 8   a witness or anything else, I could only go by  12:55
 9   what they said, and on the basis of that and  12:55
10   his refusal to come back in, my hands were   12:55
11   tied.                                       12:55
12       Q.  No, I understand.  Again, the point  12:55
13   of my question isn't to be critical.  I am just  12:55
14   trying to figure out -- get the facts as to  12:55
15   what precipitated you making that decision, and  12:55
16   if I understand you correctly, it was based,  12:55
17   one, on the fact that the only story that you  12:55
18   had at that point in time was the fact that  12:55
19   Gary hit somebody with a pool cue and that he  12:55
20   refused to come back to the Village to discuss  12:55
21   it with you.                                12:56
22       A.  Right.                             12:56
23          MR. NOVIKOFF:  Okay.  Why don't we   12:56
24   take a break and why don't we have like a    12:56
25   half-hour lunch and I think then I could     12:56
```

Page 520

```
 1              Paradiso
 2   wrap it up probably within the hour.        12:56
 3          MR. GOODSTADT:  Okay.                12:56
 4          THE VIDEOGRAPHER:  The time is now   12:56
 5   12:56 p.m.  That is the end of tape          12:56
 6   number 2.  We are now off the record.       12:56
 7          (Lunch recess was taken from 12:56   12:56
 8   to 1:41.)                                    01:39
 9          THE VIDEOGRAPHER:  This is the start  01:39
10   of tape number 3.  The time is now           01:40
11   1:41 p.m.  We are now back on the record.    01:40
12   CONTINUED EXAMINATION BY                     01:40
13   MR. NOVIKOFF:                                01:40
14       Q.  Let's go to -- back to the          01:40
15   Complaint, page 17.                          01:40
16          When you first spoke to Mr. Fiorillo  01:40
17   on the morning of October 31st, did he advise  01:40
18   you that Richard Bosetti refused to assist in  01:41
19   the investigation earlier that morning?      01:41
20       A.  When I spoke to him on the phone?    01:41
21       Q.  Yes.                                 01:41
22       A.  I don't remember if he did or not,   01:41
23   but I don't believe so.                      01:41
24       Q.  Okay.  Did Mr. Fiorillo on that      01:41
25   phone conversation advise you that he had asked  01:41
```

Page 521

```
 1              Paradiso
 2   where Gary Bosetti was and that Richard Bosetti  01:41
 3   refused to tell him?                          01:41
 4       A.  I'm uncertain if he told me that the  01:41
 5   Bosettis were involved during that phone call.  01:41
 6   I thought he said that I had to come in, that  01:41
 7   there was an incident, and then once I got to  01:41
 8   the police station is when I found out that --  01:41
 9       Q.  The Bosettis were involved?          01:41
10       A.  The Bosettis were involved.          01:41
11       Q.  And you found out from Mr. Fiorillo?  01:41
12       A.  Yes.                                 01:42
13       Q.  And in that in-person conversation   01:42
14   in the police house, now not the telephone, but  01:42
15   when you actually got on the beach, did       01:42
16   Mr. Fiorillo advise you during that in-person  01:42
17   conversation that Richard Bosetti in his      01:42
18   opinion had refused to assist in the          01:42
19   investigation earlier that morning?           01:42
20       A.  I don't recall.                      01:42
21       Q.  And did Mr. Fiorillo advise you in   01:42
22   that in-person conversation that he had        01:42
23   asked -- he or the other officer had asked    01:42
24   where Mr. Gary Bosetti was and that Richard   01:42
25   Bosetti refused to tell him?                 01:42
```

Page 522

```
 1              Paradiso
 2       A.  I don't remember him saying that     01:42
 3   either.                                      01:42
 4       Q.  Okay.  Did you talk to Tom Snyder at  01:42
 5   all that morning?  When I say "that morning,"  01:42
 6   the morning of the 31st.                     01:42
 7       A.  I don't recall if he was there or    01:42
 8   not.                                          01:43
 9       Q.  Okay.  Do you recall before first    01:43
10   advising Mr. Hesse of what had gone on of     01:43
11   speaking with Tom Snyder?                     01:43
12       A.  I'm not sure.                        01:43
13       Q.  Okay.  Did Mr. Snyder ever advise    01:43
14   you that he was told by patrons at Houser's   01:43
15   that night that one or more patrons were      01:43
16   concerned about a cover-up?                  01:43
17       A.  I don't recall that.                 01:43
18       Q.  Now, you testified before           01:43
19   Mr. Goodstadt on Monday that Mr. Snyder did   01:44
20   communicate to you the following in sum or    01:44
21   substance, that he didn't want this to be swept  01:44
22   under the rug.  Do you recall testifying to   01:44
23   that?                                         01:44
24       A.  Yeah, but I think it was a couple of  01:44
25   days after all this took place.              01:44
```

Page 523

Paradiso

1
2    Q.   Yeah, I am not asking you exactly   01:44
3    when, just that you recall testifying to that.   01:44
4    A.   Right.                    01:44
5    Q.   Do you have any reason -- withdrawn.   01:44
6        Do you have any understanding as to   01:44
7    why Mr. Snyder would have told you a couple of   01:44
8    days after the incident that he didn't want   01:44
9    anything to be hidden under the rug, in sum or   01:44
10   substance?                    01:44
11   A.   Not really.              01:44
12   Q.   Did you inquire with him as to what   01:44
13   he meant by he didn't want this to be swept   01:44
14   under the rug?                01:44
15   A.   No, I just told him that that would   01:44
16   never take place.              01:44
17   Q.   Had Mr. Snyder ever advised you   01:44
18   prior to that time that he thought that certain   01:44
19   incidents involving the Ocean Beach Police   01:44
20   Department were swept under the rug?   01:45
21   A.   I don't believe so.         01:45
22   Q.   Did Mr. Snyder in this conversation   01:45
23   that you just testified about advise you that   01:45
24   he advised patrons at Houser's that night that   01:45
25   there would not be a cover-up?       01:45

Page 524

Paradiso

1
2    A.   I don't recall that.        01:45
3    Q.   Let's turn to the next page.     01:45
4    A.   Which page number?          01:45
5    Q.   18.  At the top of the page     01:45
6    underlined it says "the cover-up by Hesse."  Do   01:45
7    you see that?                  01:45
8    A.   Yes.                     01:45
9    Q.   As you sit here today, based upon   01:45
10   your involvement in the Halloween incident in   01:45
11   terms of being the chief of police, reviewing   01:45
12   documents, talking to people, are you of the   01:45
13   opinion that Mr. Hesse covered up anything with   01:46
14   regard to the events of that evening?   01:46
15   A.   No.                     01:46
16       MR. GOODSTADT:  Objection.       01:46
17   A.   I don't believe so.         01:46
18   Q.   In your opinion based upon all you   01:46
19   know, did Mr. Hesse do anything to protect Gary   01:46
20   Bosetti during the course of his investigation?   01:46
21   A.   I'm not aware of anything he did.   01:46
22   Q.   To your knowledge as the chief of   01:46
23   police, did Mr. Hesse conduct a thorough   01:46
24   investigation of the Halloween incident?   01:46
25   A.   I felt it was thorough.      01:46

Page 525

Paradiso

1
2    Q.   To your knowledge, did Pat Cherry do   01:46
3    anything that was inappropriate with regard to   01:46
4    his involvement with the investigation?   01:46
5    A.   I don't think so.          01:46
6    Q.   Now, there came a point in time that   01:46
7    the DA got involved in this matter, correct,   01:47
8    the Suffolk County DA?           01:47
9    A.   Yeah, when it was filed in court.   01:47
10   Q.   What was filed with court?       01:47
11   A.   The court informations, I guess, the   01:47
12   complaints.                    01:47
13   Q.   Okay.  Now, between the time that   01:47
14   you first arrived at the Village that morning   01:47
15   of the 31st and the time that the Suffolk   01:47
16   County DA, to your understanding, got involved   01:47
17   in the matter, did Mr. Snyder ever advise you   01:47
18   that he thought that Mr. Hesse was engaging in   01:47
19   a cover-up?                    01:47
20   A.   I don't think so.          01:47
21   Q.   Same question with Mr. Lamm.      01:47
22   A.   No.                      01:47
23   Q.   Same question for Mr. Fiorillo.   01:47
24   A.   No.                      01:47
25   Q.   Did the Suffolk County DA ever   01:47

Page 526

Paradiso

1
2    advise you that -- and when I say the DA, I   01:47
3    mean any assistant district attorney or the DA   01:47
4    himself, ever advise you that it was the DA's   01:47
5    belief that there was a cover-up concerning the   01:47
6    investigation of the Halloween incident?   01:48
7    A.   No.                      01:48
8    Q.   Let's look at paragraph 71.  Just   01:48
9    read it for me and then tell me when you are   01:48
10   done.                        01:48
11       (Document review.)           01:48
12   A.   Okay.                    01:48
13   Q.   Now, did -- to your knowledge, do   01:48
14   you have -- well, withdrawn.         01:49
15       Do you have an understanding as to   01:49
16   what the plaintiffs mean -- meant when they   01:49
17   alleged in paragraph 71 that the field report   01:49
18   was then rewritten by or at the direction of   01:49
19   Hesse?                       01:49
20   A.   No.                      01:49
21   Q.   Did you ever discover any evidence   01:49
22   to suggest that a field report drafted by one   01:49
23   or more of the plaintiffs in this action   01:49
24   concerning the Halloween incident was   01:49
25   rewritten?                     01:49

Page 527

Paradiso

1
2     A.   I don't believe so.                01:49
3     Q.   Let's look at paragraph 73.  Well,  01:49
4  actually, let's look at paragraph 72.  It's   01:49
5  alleged that Chief Paradiso and Officer Snyder  01:49
6  spoke the morning of October 31st, 2004.     01:49
7        Without accepting this as true, does  01:49
8  that statement refresh your recollection as to  01:49
9  whether or not you and Mr. Snyder spoke on the  01:49
10  morning of the 31st?                01:49
11     A.   Not really.                01:49
12     Q.   Okay.  Let's look at paragraph 73.   01:49
13  "On October 31st, 2004 Chief Paradiso        01:50
14  terminated Gary Bosetti's employment for his   01:50
15  role in brutalizing the civilians at Houser's  01:50
16  earlier that morning."  Is that an accurate   01:50
17  allegation as you sit here today?        01:50
18     A.   It's hard to answer that question,   01:50
19  because I don't remember the actual        01:51
20  conversation verbatim as to what exactly was   01:51
21  stated.                01:51
22     Q.   I am not asking you about the second  01:51
23  part.  Then let me break it down.  Paragraph   01:51
24  73.                01:51
25        Did you on October 31st terminate   01:51

Page 528

Paradiso

1
2  Gary Bosetti's employment or did you suspend   01:51
3  him pending termination?                01:51
4     A.   I suspended him pending termination.  01:51
5     Q.   At any point in time did you ever   01:51
6  terminate Gary Bosetti for the Halloween      01:52
7  incident?                01:52
8     A.   No.                01:52
9     Q.   Based upon what you know, did Gary   01:52
10  Bosetti brutalize civilians at Houser's that   01:52
11  morning?                01:52
12        MR. GOODSTADT:  Objection.        01:52
13     A.   Based on what I knew then?        01:52
14     Q.   No, based on what you know now.      01:52
15     A.   No, I don't believe he did.        01:52
16     Q.   Okay.  Now, based upon what you knew  01:52
17  then, did he engage in brutalizing a civilian?  01:52
18  And when I say "then," I mean on the morning of  01:52
19  the 31st.                01:52
20     A.   Based on the information I had        01:52
21  gotten from the people when they got back and   01:52
22  without any other information to the contrary,  01:52
23  I felt that he was -- he acted improperly as   01:52
24  for a police officer working for my department.  01:52
25     Q.   And then subsequently once you got   01:52

Page 529

Paradiso

1
2  more information your opinion changed?        01:52
3     A.   Yes.                01:52
4     Q.   And you believe he acted        01:52
5  appropriately?                01:53
6     A.   I believe he intervened, as I would   01:53
7  hope any of my officers would have, and,        01:53
8  outmanned, he took whatever actions he seen   01:53
9  necessary to protect himself once he was being  01:53
10  attacked.                01:53
11     Q.   You said "outmanned"?        01:53
12     A.   Yes.                01:53
13     Q.   Now, let's look at the second        01:53
14  sentence.  "After demanding Bosetti's shield   01:53
15  and sidearm."                01:53
16        Do you recall ever demanding        01:53
17  Bosetti's shield and sidearm in that telephone  01:53
18  conversation that day?                01:53
19     A.   I don't remember it, but if I        01:53
20  suspended him, I would have wanted his shield   01:53
21  and sidearm back.                01:53
22     Q.   Did you offer Bosetti the        01:53
23  opportunity to submit a resignation letter on   01:53
24  October 31st, 2004?                01:53
25     A.   I don't recall that.        01:53

Page 530

Paradiso

1
2     Q.   Okay.  Let's look at paragraph 75.   01:53
3  Did Officer Carter ever --        01:53
4     A.   Let me read it first, please.        01:53
5     Q.   Sure.  Read it and tell me when you   01:54
6  are done.                01:54
7        (Document review.)                01:54
8     A.   Okay.                01:54
9     Q.   Did Officer Carter ever advise you   01:54
10  that Hesse referred to Snyder's report as a   01:54
11  piece of shit?                01:54
12     A.   I don't recall that.                01:54
13     Q.   Did Officer Snyder ever advise you   01:54
14  that Hesse told him concerning the        01:54
15  investigation that he needed to protect Bosetti  01:54
16  rather than the victims?                01:54
17     A.   I don't recall that either.        01:54
18     Q.   Did Fiorillo ever advise you that   01:54
19  Hesse told him that he needed to protect the   01:54
20  Bosettis rather than the victims?        01:54
21     A.   I don't recall that.        01:55
22     Q.   Let's look at paragraph 76 and then   01:55
23  tell me when you are done reading.        01:55
24     A.   Okay.                01:55
25        (Document review.)                01:55

Page 531

Paradiso

1
2     A.   Okay.                          01:55
3     Q.   All right.  Plaintiffs start off by  01:55
4  alleging in paragraph 76 the following.  "Hesse  01:55
5  then directed an uncertified OBPD officer John  01:55
6  "Pat" Cherry, who was not on duty and did not  01:55
7  witness the fight at Houser's, to investigate  01:55
8  the incident."  Do you see that?         01:55
9     A.   Yes.                            01:55
10    Q.   Now, you were aware that Pat Cherry  01:55
11  was doing the -- taking statements; correct?  01:56
12    A.   Yes.                            01:56
13    Q.   And you believe that was I think you  01:56
14  said a marvelous decision?                01:56
15    A.   Yes.                            01:56
16         MR. GOODSTADT:  Objection.       01:56
17    Q.   That's because Mr. Cherry was an  01:56
18  experienced police officer in the homicide  01:56
19  department for New York City?             01:56
20    A.   Nassau County.                   01:56
21    Q.   Nassau County, and that, in your  01:56
22  opinion, he had taken at least hundreds, if not  01:56
23  thousands of witness statements?         01:56
24    A.   Yes.                            01:56
25    Q.   Now, let's assume that Mr. Cherry  01:56

Page 532

Paradiso

1
2  was an uncertified OBPD officer at the time.  01:56
3         In your opinion, did that make him  01:56
4  unqualified to take witness statements as part  01:56
5  of this investigation?                    01:56
6     A.   No.                             01:56
7     Q.   And why is that?                 01:56
8     A.   He had a career of taking witness  01:56
9  statements.  He -- Pat was a career police  01:56
10  officer.  He was -- in my opinion he -- his  01:56
11  reputation was beyond reproach and I thought  01:57
12  that he would do a very competent job of taking  01:57
13  the witness statements.                  01:57
14    Q.   Now, within this particular       01:57
15  allegation that I have just read, the        01:57
16  plaintiffs emphasize that Mr. Cherry did not  01:57
17  witness the fight at Houser's.  Do you see  01:57
18  that?                                   01:57
19    A.   Yes.                            01:57
20    Q.   Does one need to have been an      01:57
21  eyewitness to an event to investigate that  01:57
22  event?                                  01:57
23    A.   Very rarely do officers eyewitness  01:57
24  events at bar fights.                    01:57
25    Q.   So it would be the exception that an  01:57

Page 533

Paradiso

1
2  officer who had actually eyewitnessed an event  01:57
3  investigate that event; correct?         01:57
4     A.   Yes.                            01:57
5     Q.   Stated differently, it's actually  01:57
6  the common practice that someone            01:57
7  investigates -- a police officer investigates  01:57
8  an incident who did not eyewitness that  01:57
9  incident; correct?                       01:57
10    A.   Yes.                            01:57
11    Q.   And, in fact, no officer other than  01:58
12  the Bosettis had arguably eyewitnessed the  01:58
13  events that evening; correct?            01:58
14    A.   Correct.                        01:58
15    Q.   So if plaintiffs' allegations are  01:58
16  taken to the logical end, no one could -- other  01:58
17  than the Bosettis could have investigated the  01:58
18  incident because no officer had eyewitnessed  01:58
19  the event?                              01:58
20         MR. GOODSTADT:  Objection.       01:58
21    Q.   Would you agree with me?          01:58
22         MR. GOODSTADT:  Objection.       01:58
23    A.   Could you repeat that question.   01:58
24    Q.   Well, it seems like the plaintiffs  01:58
25  are complaining that Mr. Cherry should not have  01:58

Page 534

Paradiso

1
2  investigated the incident in part because he  01:58
3  did not witness the incident; right?     01:58
4         MR. GOODSTADT:  Objection.       01:58
5     A.   It doesn't state -- I don't think it  01:58
6  says that he shouldn't have took the statements  01:58
7  because he wasn't there.  It's just that they  01:58
8  were stating that he wasn't there.       01:58
9     Q.   Okay.  Let's then move on to the  01:58
10  next sentence.  "Cherry conducted a sham  01:58
11  investigation."                          01:58
12         As chief of police based upon your  01:58
13  observations and your review of the materials  01:59
14  concerning the investigation undertaken by  01:59
15  Mr. Hesse and Mr. Cherry, in your opinion did  01:59
16  Mr. Cherry conduct a sham investigation?  01:59
17    A.   No, he did not.                  01:59
18    Q.   To your knowledge, has anyone other  01:59
19  than these five plaintiffs accused Mr. Cherry  01:59
20  and Mr. Hesse of conducting a sham        01:59
21  investigation?                           01:59
22    A.   No.                             01:59
23    Q.   Let's continue.  After the word  01:59
24  "sham investigation" the plaintiffs then go on  01:59
25  to say:  "That included consulting with some of  01:59

Page 535

Paradiso

1
2    Hesse's friends who had been at Houser's bar on   01:59
3    the night of October 30th and morning of   01:59
4    October 31st and asking these individuals to   01:59
5    submit false and misleading statements   01:59
6    concerning the events surrounding the fight and   01:59
7    the fight itself."   01:59
8        Have you ever been advised through   01:59
9    any source, whether it be rumor, hearsay or   01:59
10   personal knowledge, that either Mr. Hesse or   02:00
11   Mr. Cherry ever asked any witness to provide a   02:00
12   false or misleading statement?   02:00
13      A.   No.   02:00
14      Q.   Based upon your review of the   02:00
15   information that was ascertained by Mr. Cherry   02:00
16   and Mr. Hesse, in your opinion, did any witness   02:00
17   provide false or misleading statements?   02:00
18        MR. GOODSTADT:  Objection.   02:00
19      A.   No.  Well, that's not true.  I'm   02:00
20   sorry.   02:00
21      Q.   Who?   02:00
22      A.   It would seem that the people I   02:00
23   initially --   02:00
24        THE COURT REPORTER:  I can't hear   02:00
25   you.   02:00

Page 536

Paradiso

1
2      A.   I said no, that's not true.  It   02:00
3    seemed that the people that I initially talked   02:00
4    to that morning gave false and misleading   02:00
5    statements.   02:00
6      Q.   You mean the alleged victims?   02:00
7      A.   The alleged victims.   02:00
8      Q.   The ones that the plaintiffs had   02:00
9    interviewed that evening?   02:00
10     A.   Yes.   02:00
11     Q.   Now, they make reference in the same   02:00
12   paragraph 76 to the following.  "Upon   02:00
13   information and belief Cherry and Hesse   02:01
14   ratified these false statements to cover up the   02:01
15   Bosetti brothers' involvement in the Halloween   02:01
16   incident and by attempting to shift blame to   02:01
17   the victims."  Do you see that?   02:01
18     A.   Yes.   02:01
19     Q.   Would it be fair to say that at   02:01
20   least as to those alleged victims that pled   02:01
21   guilty to certain violations or crimes months   02:01
22   later, that they did, in fact, accept blame for   02:01
23   the events that took place?   02:01
24        MR. GOODSTADT:  Objection.   02:01
25     A.   It would seem so.   02:01

Page 537

Paradiso

1
2      Q.   "They" being the alleged victims?   02:01
3      A.   Yes.   02:01
4      Q.   Paragraph 77.  "Plaintiffs allege   02:01
5    that Officers Fiorillo, Lamm and Snyder   02:01
6    received no further information on the   02:01
7    investigation from Hesse or Officers Cherry,   02:01
8    Richard Bosetti or Gary Bosetti."   02:01
9        Putting aside the Bosetti brothers   02:01
10   for a second, would it have been the   02:01
11   requirement of Hesse and Cherry to advise   02:01
12   Fiorillo, Lamm and Snyder of the investigation   02:01
13   that was taking place?   02:01
14     A.   It wouldn't have been a requirement,   02:01
15   no.   02:01
16     Q.   Did Fiorillo, Lamm or Snyder inquire   02:02
17   with you at all as to how the investigation was   02:02
18   going?   02:02
19     A.   I don't recall that they did.   02:02
20     Q.   Did Fiorillo, Lamm or Snyder ever   02:02
21   ask you if the investigation had ended?   02:02
22     A.   I don't recall.   02:02
23     Q.   Did Fiorillo, Lamm or Snyder ever   02:02
24   ask you what the results of the investigation   02:02
25   were?   02:02

Page 538

Paradiso

1
2      A.   I don't remember.   02:02
3      Q.   In paragraph 78 -- withdrawn.   02:02
4        Please read paragraph 78 to yourself   02:02
5    and then tell me when you are done reading it.   02:02
6        (Document review.)   02:02
7      A.   Okay.   02:03
8      Q.   Very simple, sir.  Did Mr. Fiorillo   02:03
9    ever advise you that it was his belief that   02:03
10   Hesse was asking him to engage in a cover-up   02:03
11   concerning the incidents on Halloween?   02:03
12     A.   I don't remember him saying that.   02:03
13     Q.   Would you agree with me, sir, that   02:03
14   you would have expected Mr. Fiorillo to   02:03
15   communicate that to you if, in fact, Mr. Hesse   02:03
16   had asked him to engage in a cover-up?   02:03
17     A.   Yes.   02:03
18     Q.   Let's turn to the next page.   02:03
19        Paragraph 82, I will ask you to read   02:03
20   that and then tell me when you are done.   02:03
21        (Document review.)   02:03
22     A.   Okay.   02:04
23     Q.   Did Mr. Lamm ever advise you in any   02:04
24   manner that Hesse asked you to engage in a   02:04
25   cover-up concerning the events of Halloween?   02:04

Page 539

Paradiso

1
2     A.   I don't recall him ever saying that      02:04
3  to me.                                            02:04
4     Q.   And is that something also, sir,          02:04
5  that had that taken place, you would have         02:04
6  expected Lamm to advise you of?                   02:04
7     A.   Yes.                                       02:04
8     Q.   Paragraph 83, in or around the           02:04
9  week -- this is what the plaintiffs allege and   02:04
10 I will read it.                                    02:04
11     "In or around the week following the          02:04
12 incident, Hesse rehired Gary Bosetti to work as   02:04
13 an OBPD officer."  Do you see that?               02:04
14     A.   Yes.                                      02:04
15     Q.   Is that an accurate statement?          02:04
16     A.   No.                                       02:04
17     Q.   In fact, it was you who rehired Gary     02:04
18 Bosetti; right?                                    02:05
19     A.   Yes.                                      02:05
20     Q.   And, in fact, you rehired Gary          02:05
21 Bosetti based upon your conclusion at that time   02:05
22 that there was another side to the story and      02:05
23 that Gary Bosetti had behaved appropriately       02:05
24 when he was attacked by the alleged victims;      02:05
25 correct?                                           02:05

Page 540

Paradiso

1
2     A.   There was another side to the story      02:05
3  and I found that Gary hadn't attacked people.     02:05
4  He was there acting as a police officer trying    02:05
5  to prevent somebody from being injured.           02:05
6     Q.   Okay.  To your knowledge -- look at      02:05
7  paragraph 84 and when you are done reading it,    02:05
8  just tell me.                                      02:05
9     (Document review.)                             02:05
10     A.   Okay.                                     02:06
11     Q.   To your knowledge, did Hesse            02:06
12 instruct Gary Bosetti to arrest two of the        02:06
13 alleged Bosettis' victims as is set forth in      02:06
14 84?                                                02:06
15     MR. GOODSTADT:  Objection.                    02:06
16     A.   I don't recall.                          02:06
17     Q.   Do you know who instructed              02:06
18 Mr. Bosetti, if anyone, to arrest two of the      02:06
19 alleged victims of Mr. Bosetti?                    02:06
20     A.   I don't recall if Gary Bosetti was      02:06
21 the arresting officer.                             02:06
22     Q.   Okay.  Let's go to paragraph 85.        02:06
23 Plaintiffs allege -- now, again, this is          02:06
24 regarding alleged behavior that took place        02:06
25 while you were the chief.  Quote: "This was       02:06

Page 541

Paradiso

1
2  part of Hesse's pattern and practice of           02:06
3  attempting to cover up numerous criminal          02:06
4  assaults of civilians by OBPD officers by         02:06
5  filing false criminal charges against the         02:06
6  victims of such brutal attacks."                  02:06
7     In your time at Ocean Beach as               02:07
8  police chief, did the Ocean Beach Police          02:07
9  Department ever engage in criminal assaults on   02:07
10 civilians?                                         02:07
11     MR. GOODSTADT:  Objection.                    02:07
12     A.   No.                                       02:07
13     Q.   In your time as police chief, did       02:07
14 Mr. Hesse ever cover up any assaults on           02:07
15 civilians by the Ocean Beach Police Department?  02:07
16     A.   I don't believe so.                      02:07
17     Q.   In your time as chief of police, did    02:07
18 Mr. Hesse ever file a false criminal charge       02:07
19 against any alleged victim of a police officer?  02:07
20     A.   Not as far as I know.                    02:07
21     Q.   Have you ever been advised by any of    02:07
22 the plaintiffs before September -- end of         02:07
23 September 2005 that Mr. Hesse had filed a false   02:07
24 criminal charge against any alleged victim of     02:07
25 an Ocean Beach police officer?                    02:08

Page 542

Paradiso

1
2     A.   Not that I know.                          02:08
3     Q.   Did any plaintiff ever advise you        02:08
4  that they believed that they were being treated  02:08
5  differently by Mr. Hesse than other officers in  02:08
6  the department?                                    02:08
7     MR. GOODSTADT:  Objection.                     02:08
8     MR. NOVIKOFF:  I will withdraw.                02:08
9  Let's break it down to Mr. Fiorillo.              02:08
10     Q.   Did Mr. Fiorillo ever advise you        02:08
11 that in his opinion he was being treated          02:08
12 differently by Mr. Hesse than other officers?    02:08
13     A.   Well, when he said -- when he           02:08
14 complained about being told to wash the police   02:08
15 vehicles, he didn't feel that -- he felt he was  02:08
16 being singled out by that, I thought.            02:08
17     Q.   By?                                       02:08
18     A.   He was being singled out for that,      02:08
19 that he felt that other officers weren't asked   02:08
20 to do that, that only he was.                     02:08
21     Q.   Any other examples regarding            02:08
22 Mr. Fiorillo complaining to you that he was       02:08
23 being singled out?                                 02:09
24     A.   I don't recall any.                      02:09
25     Q.   Mr. Lamm, and I am going to use your    02:09

Page 543

Paradiso

1
2  expression now, did he ever advise you that he    02:09
3  felt he was being singled out by Mr. Hesse?    02:09
4      A.  I don't believe so.            02:09
5      Q.  Same question with regard to    02:09
6  Mr. Snyder?                02:09
7      A.  I don't believe so.            02:09
8      Q.  Mr. Carter?            02:09
9      A.  No.            02:09
10     Q.  Mr. Nofi?            02:09
11     A.  No.            02:09
12     Q.  Did Mr. Fiorillo ever advise you    02:09
13 that he believed that something Mr. Hesse was    02:09
14 engaged in put the public at risk?        02:09
15     A.  I don't recall anything like that.    02:09
16     Q.  Same question with regard to    02:09
17 Mr. Snyder.                02:09
18     A.  I don't recall that either.        02:09
19     Q.  Lamm?            02:09
20     A.  No.            02:09
21     Q.  Nofi?            02:09
22     A.  No.            02:09
23     Q.  Carter?            02:09
24     A.  No.            02:09
25         MR. NOVIKOFF:  I may only have about  02:10

Page 544

Paradiso

1
2  fifteen or twenty more minutes.  I just    02:10
3  want to go through my notes from yesterday.  02:10
4      THE WITNESS:  Okay.        02:10
5      Q.  You mentioned that you spoke to Ed    02:10
6  Carter a couple of times concerning this    02:10
7  lawsuit; is that correct?        02:10
8      A.  Yes.            02:10
9      Q.  What specifically do you recall    02:10
10 Mr. Carter saying to you on these occasions?    02:10
11     A.  One time I was in front of my house.  02:10
12 He had stopped by.  I was outside, I don't    02:10
13 know, washing my car or mowing or something,    02:11
14 and it had already come out in the news that --  02:11
15 about the lawsuit and everything and I asked    02:11
16 him how he was doing and he had said that he    02:11
17 had been -- his promotion to lieutenant had    02:11
18 been held back because of something that was    02:11
19 said about why he was terminated at Ocean    02:11
20 Beach.                02:11
21     Q.  And did he say it was something that  02:11
22 Hesse said about him?        02:11
23     A.  Yes.            02:11
24     Q.  Did he tell you what Hesse said?    02:11
25     A.  That he was caught sleeping on the    02:11

Page 545

Paradiso

1
2  job.                02:11
3      Q.  And did Carter tell you who told him  02:11
4  this?                02:11
5      A.  I don't remember.        02:11
6      Q.  Okay.  Anything else you recall    02:11
7  Carter saying to you about this lawsuit?    02:11
8      A.  He asked me if I would be willing to  02:12
9  come and testify about how I felt about him as  02:12
10 a police officer while he worked for me.    02:12
11     Q.  Okay.  And your answer to him was?    02:12
12     A.  I had no problem at all.        02:12
13     Q.  Okay.  And is that the sum and    02:12
14 substance of your conversations with Carter?    02:12
15     A.  To the best of my memory.        02:12
16     Q.  Okay.  And you also mentioned that    02:12
17 all five of these plaintiffs -- and I'm sure    02:12
18 among many others, many former police officers,  02:12
19 came to see you when your mother passed away?    02:12
20     A.  Actually, they were the only five.    02:12
21     Q.  They were the only five?        02:12
22     A.  Yes.  And they came to my house    02:12
23 because they felt that it would cause a problem  02:12
24 if they came to the service because of other    02:12
25 people from the Village that might be there,    02:12

Page 546

Paradiso

1
2  but it turned out that no one else from the    02:12
3  Village ever came.            02:12
4      Q.  Do you want to take a couple of    02:12
5  minutes?                02:12
6      A.  I'm fine.            02:12
7      Q.  Did you discuss this lawsuit with    02:12
8  them during this time at your house?        02:13
9      A.  No.            02:13
10     Q.  Okay.  You mentioned that you spoke    02:13
11 with Tom Snyder a couple of times in front of    02:13
12 your house.  Do you recall that?        02:13
13     A.  Yeah, in front of a different house,  02:13
14 the house I am living at now.        02:13
15     Q.  Do you recall the sum and substance    02:13
16 of any of those conversations concerning this    02:13
17 lawsuit?                02:13
18     A.  They were conversations, but they    02:13
19 weren't really concerning the lawsuit.  My    02:13
20 neighbor across the street was installing a    02:13
21 pool and the woman that lived around the corner  02:13
22 from him had a problem with him installing the    02:13
23 pool so would constantly call the town and    02:13
24 complain about whatever.  He had all his    02:13
25 permits and everything in place, but every time  02:13

Page 547

Paradiso

1
2  there is a complaint, someone had to go and      02:13
3  investigate, and a couple of times it fell to    02:13
4  Tom to come by and see what was going on, so I    02:13
5  would walk over and ask him how he was doing,     02:13
6  how everything was going, if his thing had        02:13
7  gotten settled yet.  He said it was going to      02:13
8  take a long time to get settled, it's just        02:14
9  really starting, and, you know, and he had said   02:14
10 that he appreciated that I was willing to come    02:14
11 and testify on his behalf to what kind of an      02:14
12 officer he was and how I felt about him and the   02:14
13 rest of the guys that worked for me.              02:14
14     Q.  Mr. Goodstadt may have asked you         02:14
15 this question and I may have asked you this       02:14
16 morning.  If I did, I apologize.                  02:14
17         Did you ever come to learn of any        02:14
18 officers, any seasonal officers of Ocean Beach    02:14
19 who did not know the police codes?               02:14
20     A.  No.                    02:14
21     Q.  Back to the Halloween incident for       02:15
22 just a couple more questions, you testified on    02:15
23 Monday that in response to a question of          02:15
24 Mr. Goodstadt that it didn't make sense for       02:15
25 Gary Bosetti to disappear.  Do you recall that?   02:15

Page 548

Paradiso

1
2     A.  I think so.             02:15
3     Q.  What if he was in shock from a            02:15
4  physical injury, would that change your          02:15
5  opinion?                      02:16
6         MR. GOODSTADT:  Objection.               02:16
7     A.  If he was in shock from a physical       02:16
8  injury, he should have asked -- came to the      02:16
9  police station and asked for medical attention.  02:16
10    Q.  Is it common sometimes for people in      02:16
11 shock not to do that which one would expect to    02:16
12 do?                           02:16
13        MR. GOODSTADT:  Objection.  Is that      02:16
14 his medical opinion?           02:16
15        MR. NOVIKOFF:  I am just asking a        02:16
16 question.  If you have an objection, that's       02:16
17 fine.                         02:16
18        MR. GOODSTADT:  I do have an            02:16
19 objection.                     02:16
20        MR. NOVIKOFF:  Okay.                     02:16
21    A.  Do you know what the medical             02:16
22 definition of shock is?        02:16
23    Q.  No, I don't.            02:16
24    A.  Okay.  When a person is suffering        02:16
25 from shock, their heart starts to race, their    02:16

Page 549

Paradiso

1
2  respirations increase.  They can have a          02:16
3  multitude of different medical problems that     02:16
4  start to elicit.  Depending on what's causing    02:16
5  the shock, it could be metabolic shock, it       02:17
6  could be hemorrhagic shock, it could be a --     02:17
7  it's a life -- serious life-threatening event.   02:17
8  It could be -- sometimes they can compensate     02:17
9  for it.  Other times it's uncompensatable and    02:17
10 they can die from it.  So depending on the       02:17
11 extent of his injuries -- if he got hit in the   02:17
12 head, he could be suffering from neurogenic      02:17
13 shock and he would have had to have been         02:17
14 hospitalized.  If you talking about just being   02:17
15 scared or in -- shocking, that's a different     02:17
16 story.  So as far as I was aware, he didn't      02:17
17 seek any medical attention immediately          02:18
18 thereafter and he didn't tell me on the phone    02:18
19 that he was on his way to the hospital, so I     02:18
20 don't think he was suffering from a form of      02:18
21 shock personally.              02:18
22    Q.  Okay.  But if he was, would that         02:18
23 perhaps explain why he didn't stay around the    02:18
24 station?                      02:18
25        MR. GOODSTADT:  Objection.              02:18

Page 550

Paradiso

1
2     Q.  I mean stay around Houser's bar.         02:18
3     A.  It could be one explanation.             02:18
4     Q.  Okay.                   02:18
5         MR. NOVIKOFF:  I'm done.  Thank you      02:19
6  very much.                    02:19
7         THE WITNESS:  Thank you.                 02:19
8  EXAMINATION BY                  02:19
9  MR. CONNOLLY:                   02:19
10    Q.  Good afternoon, Mr. Paradiso.            02:19
11    A.  Could you just tell me your name         02:19
12 again?                        02:19
13    Q.  It's Kevin Connolly and I represent      02:19
14 George Hesse as a defendant in this case.        02:19
15        Had any of the plaintiffs in this       02:19
16 action ever had a conversation with you where    02:19
17 they told you they were going to commence a      02:19
18 lawsuit against the Village prior to you         02:19
19 learning that a lawsuit was commenced against    02:19
20 the Village?                   02:19
21    A.  It's possible, but I don't remember      02:19
22 an exact conversation.         02:20
23    Q.  Who would you have had the               02:20
24 conversation with?             02:20
25        MR. GOODSTADT:  Objection.              02:20

Page 551

Paradiso

1
2  Q.  Which particular plaintiff?       02:20
3     MR. GOODSTADT:  Objection.        02:20
4  Q.  If such a conversation actually    02:20
5  occurred.                        02:20
6  A.  I don't exactly remember the      02:20
7  conversation, so I couldn't tell you who it   02:20
8  would have been with.  I guess it would have   02:20
9  been with one of the five of them.      02:20
10 Q.  Other than speaking with plaintiff   02:20
11 counsel's office in connection with the    02:20
12 arrangements for this deposition, have you   02:20
13 spoken to anybody from that office in regards   02:20
14 to the lawsuit?                   02:20
15 A.  Other than his -- other than -- it's   02:20
16 Andrew, right?                  02:20
17    MR. GOODSTADT:  Yes.          02:20
18 Q.  Other than Mr. Goodstadt's office in   02:20
19 connection with making arrangements for you to   02:20
20 appear here.                    02:21
21 A.  I think I spoke with someone from    02:21
22 your office a long time -- a while ago.    02:21
23    MR. GOODSTADT:  When you say "your   02:21
24 office," you are referring to         02:21
25 Mr. Novikoff's office?             02:21

Page 552

Paradiso

1
2  A.  Yes, I think so.  They were calling   02:21
3  because they wanted to have me come in for a   02:21
4  deposition and they said "just to let you know,   02:21
5  you are entitled to an attorney," and I said,   02:21
6  "well, if I'm entitled to an attorney, I think   02:21
7  I should have an attorney."  He goes, "well, we   02:21
8  can't be your attorney.  You could hire your   02:21
9  own attorney."  I said, "well, if I am being   02:21
10 asked questions as the chief of police for a   02:21
11 time period when I was the chief of police, I   02:21
12 think the Village of Ocean Beach should be    02:21
13 supplying me with an attorney," and the person   02:21
14 from the office said, well, they can't make    02:21
15 that request for me.  I would have to make that   02:21
16 request for myself.  And then I said, "well,   02:21
17 okay," so then I made the request for myself in   02:22
18 writing.  Then they called again and they asked   02:22
19 when I would be available.  I told them that I   02:22
20 had a lot on my plate, that I wouldn't be    02:22
21 available until after the 13th -- 15th of July   02:22
22 and had they heard from the Village whether or   02:22
23 not they were going to give me an attorney.    02:22
24 And they said, "well, you have to talk to the   02:22
25 Village yourself about that."  And I think I    02:22

Page 553

Paradiso

1
2  said, "I thought I asked you to do that," and   02:22
3  he repeated again that "you really have to do   02:22
4  that on your own."  Then they said the week of   02:22
5  the 21st of July, what my availability then    02:22
6  would be.  I said, "well, I guess that Monday   02:22
7  I'm available."  And they asked, "well, going   02:23
8  forward after Monday, what's your available" --   02:23
9  oh, they also -- I couldn't come because I was   02:23
10 volunteering for the U.S. Open, the golf    02:23
11 tournament, and then they had said, well, going   02:23
12 forward after if I came in on that Monday, how   02:23
13 was I set up to be there for Tuesday,      02:23
14 Wednesday, Thursday, Friday, and I said, "are   02:23
15 you kidding?  I don't anticipate being      02:23
16 available more than one day."  I go, "I don't   02:23
17 see the need to be here for a long time.  I'm   02:23
18 not involved in the lawsuit and how could this   02:23
19 all be -- how can I be this important in this   02:23
20 case."                          02:23
21 Q.  Other than conversations with either   02:23
22 plaintiff's counsel or Mr. Novikoff's office   02:23
23 regarding the scheduling of the deposition,    02:23
24 have you spoken to anybody about the facts    02:23
25 alleged in the lawsuit?              02:23

Page 554

Paradiso

1
2  A.  With their -- with either office?    02:23
3  Q.  Correct.                     02:24
4  A.  I don't believe so.             02:24
5     MR. CONNOLLY:  I have no further     02:24
6  questions.  Thank you.              02:24
7     MR. GOODSTADT:  I have some         02:24
8  questions.                      02:24
9  FURTHER EXAMINATION BY               02:24
10 MR. GOODSTADT:                   02:24
11 Q.  Again, thank you for coming back,    02:24
12 Mr. Paradiso.  I just have some follow-up    02:24
13 questions in connection with some of your    02:24
14 testimony today.                  02:24
15 A.  Okay.                       02:24
16 Q.  If you could just turn back to the   02:24
17 Complaint, which I believe was marked as    02:24
18 Paradiso 18.                     02:24
19 A.  Is that this big packet?          02:24
20 Q.  It is.                       02:24
21 A.  Okay.                       02:24
22 Q.  Just go back to page 15, which is    02:24
23 paragraphs 58 and 59, and this is an allegation   02:24
24 regarding an incident -- an allegation that    02:25
25 Officer Richard Bosetti gave a domestic abuse   02:25

Page 555

Paradiso

1  victim some wine at the station.  Do you recall  02:25
2  testifying about that?                           02:25
3      A.   Yes.                                     02:25
4      Q.   And I believe you testified that        02:25
5  nobody ever complained to you about that         02:25
6  incident; is that correct?                       02:25
7      A.   I never heard of it.                     02:25
8      Q.   Never heard of that incident?           02:25
9      A.   No.                                      02:25
10     Q.   So sitting here today is the first       02:25
11 time you have heard of that allegation?          02:25
12     A.   Yes.                                     02:25
13     Q.   If that actually occurred, is that      02:25
14 something you would have expected that you       02:25
15 would have known about?                          02:25
16     A.   Yes.                                     02:25
17     Q.   And that's because the police           02:25
18 station is small, correct, the police           02:25
19 department is small, you would have known about  02:25
20 it?                                              02:25
21     A.   If something like this took place in    02:25
22 the police station, I would expect one of my    02:25
23 officers to tell me about it, yes.  I wouldn't   02:25
24 expect it to have taken place.                   02:25

Page 556

Paradiso

1      Q.   And if it did take place, would that    02:25
2  have been something that would have put Richard  02:26
3  Bosetti in violation of any policies?            02:26
4      (Document review.)                           02:26
5      A.   I'm just rereading it.                   02:26
6      Q.   Okay.  Take your time.                   02:26
7      (Document review.)                           02:26
8      A.   I'm not exactly certain what            02:26
9  policies it would have violated, but it -- it's  02:26
10 not the officer's job to talk people out of      02:26
11 making complaints and you are not supposed to    02:26
12 withhold medical attention for somebody who is   02:26
13 injured.  You call -- the ambulance is on call.  02:26
14 These people are on call right there.  They      02:26
15 come right in and take care of it.  The first    02:26
16 thing to do would be take care of her injuries   02:26
17 and then get the report taken care of.           02:26
18     Q.   Let's just focus on the claim that      02:27
19 Richard Bosetti served wine to an alleged        02:27
20 victim of domestic abuse.                        02:27
21          Would that act of serving wine to a     02:27
22 domestic -- to an alleged victim of domestic     02:27
23 abuse violate any policies?                      02:27
24     A.   I believe so.                            02:27

Page 557

Paradiso

1      Q.   In fact, I think you testified that     02:27
2  that's one of the policies that are so obvious,  02:27
3  you didn't actually need a written policy;       02:27
4  correct?                                         02:27
5      A.   Probably.                                02:27
6      Q.   If you had evidence that that           02:27
7  occurred, would you have terminated Richard      02:27
8  Bosetti for doing that?                          02:27
9      MR. CONNOLLY:  Are we speaking about         02:27
10     just the wine?                                02:27
11     Q.   Feeding -- serving a glass of wine      02:27
12 to someone who came to the station to complain   02:27
13 about domestic abuse.                            02:27
14     MR. NOVIKOFF:  Note my objection to          02:27
15     the question.                                 02:27
16     A.   Yeah, I probably would have had to      02:27
17 get rid of him, because it's so off the chart,   02:27
18 yeah, I probably would have terminated him.      02:27
19     Q.   What do you mean by "off the chart"?    02:28
20     A.   It's just not what you do.  It's not    02:28
21 a normal course of business.  It isn't -- it's   02:28
22 not a treatment that you would give somebody     02:28
23 who is reporting a problem.  You don't give      02:28
24 somebody alcohol, first off, in the police      02:28

Page 558

Paradiso

1  station.  Why would we have alcohol in the       02:28
2  police station?  Why would an officer think,     02:28
3  well, let me give you a glass of wine and see    02:28
4  if I can talk you out of this.  The person has   02:28
5  got injuries.  You don't know how bad they are.  02:28
6  You don't give somebody any kind of an          02:28
7  intoxicant when you don't know what their        02:28
8  medical condition is.  It just is -- it's wrong  02:28
9  on so many different levels.                     02:28
10     Q.   And just so I'm clear for the           02:28
11 record, Richard Bosetti never reported to you    02:28
12 that he served a glass of wine to someone who    02:28
13 came in to complain of domestic abuse; correct?  02:28
14     A.   No.                                      02:28
15     Q.   And if he had, would you expect him     02:28
16 to report it to you?                             02:28
17     A.   No.                                      02:29
18     Q.   Why not?                                 02:29
19     A.   Because he would be an idiot if he      02:29
20 reported that he did something like that.        02:29
21     Q.   Would he be an idiot for actually       02:29
22 serving a glass of wine?                         02:29
23     A.   That too.                                02:29
24     Q.   Okay.  And if it did happen, would      02:29

Page 559

Paradiso

1
2  you expect it to have been one of these rumors  02:29
3  that you would have heard of that Mr. Novikoff  02:29
4  asked you a lot of questions about whether you  02:29
5  heard rumors?  02:29
6      A.  Would I have heard a rumor that  02:29
7  he --  02:29
8      Q.  Would you think that that would be  02:29
9  one of the rumors you would hear at least as a  02:29
10  rumor of occurring?  02:29
11      MR. NOVIKOFF:  Objection to form.  02:29
12      A.  I don't even know how to answer that  02:29
13  question.  02:29
14      Q.  Let me ask it this way:  Would you  02:29
15  be surprised -- sitting here today, would you  02:29
16  be surprised that you didn't know that  02:29
17  something like that happened?  02:29
18      MR. NOVIKOFF:  Objection.  02:29
19      A.  After reading all of this, I'm not  02:29
20  surprised at anything anymore.  02:29
21      Q.  The question is a little bit  02:29
22  different.  The question I am asking is if it  02:29
23  actually happened, would you be surprised that  02:29
24  you weren't aware of it?  02:29
25      A.  Yes.  02:29

Page 560

Paradiso

1
2      Q.  As surprised as you would be not  02:29
3  being aware of all the other stuff that you  02:30
4  testified to today that you weren't aware of?  02:30
5      MR. NOVIKOFF:  Objection.  02:30
6      A.  You had a lot of chilling stuff that  02:30
7  I testified that I wasn't aware of here today.  02:30
8  I couldn't rate it all.  I would have to sit  02:30
9  down with a piece of paper and a pencil.  02:30
10      Q.  Would this be up there as one of the  02:30
11  things that you would be surprised about --  02:30
12      MR. NOVIKOFF:  Objection.  02:30
13      Q.  -- that you didn't know about?  02:30
14      MR. NOVIKOFF:  Objection.  02:30
15      A.  Yeah.  02:30
16      Q.  Is it possible that you knew about  02:30
17  this and forgot about it?  02:30
18      A.  No.  No, because if I would have  02:30
19  known about it, I would have gotten rid of  02:30
20  Richard Bosetti.  02:30
21      Q.  Is it possible that Hesse knew about  02:30
22  it and just didn't tell you?  02:30
23      MR. NOVIKOFF:  Objection.  02:30
24      MR. CONNOLLY:  Objection.  02:30
25      A.  I would find that hard to believe.  02:30

Page 561

Paradiso

1
2      Q.  In your mind this couldn't have  02:30
3  happened because you didn't hear about it;  02:30
4  right?  02:30
5      MR. NOVIKOFF:  Objection.  02:30
6      A.  In my mind?  02:30
7      Q.  In your opinion.  02:31
8      MR. NOVIKOFF:  Argumentative.  Form.  02:31
9      A.  As far as I'm concerned, it couldn't  02:31
10  have happened.  02:31
11      Q.  And your opinion that it couldn't  02:31
12  have happened, are you certain about that with  02:31
13  respect to this incident where Richard Bosetti  02:31
14  is alleged to have served a glass of wine to  02:31
15  someone who came in who claimed domestic abuse  02:31
16  as you are with respect to all the other  02:31
17  allegations that you testified to today that  02:31
18  you don't think happened?  02:31
19      MR. NOVIKOFF:  Objection.  02:31
20      MR. CONNOLLY:  Objection.  02:31
21      MR. NOVIKOFF:  I don't think he  02:31
22  testified he didn't think it happened.  I  02:31
23  never asked him that, but objection to  02:31
24  form.  02:31
25      A.  Could you repeat the question.  02:31

Page 562

Paradiso

1
2      Q.  Yes.  You just testified that in  02:31
3  your opinion or in your mind, I'm not sure  02:31
4  which one you answered with, that the  02:31
5  allegation that Richard Bosetti served a glass  02:32
6  of wine to an alleged victim of domestic abuse  02:32
7  who came to the police station about that  02:32
8  issue, in your mind it didn't happen.  Is that  02:32
9  what you testified to?  02:32
10      MR. NOVIKOFF:  Objection.  02:32
11      Q.  I don't want to put words in your  02:32
12  mouth.  02:32
13      A.  I couldn't believe that it happened.  02:32
14      Q.  Is your belief that it couldn't have  02:32
15  happened at the same level of your belief that  02:32
16  all the other incidents couldn't have happened  02:32
17  that you testified to today?  02:32
18      MR. NOVIKOFF:  Objection as to form.  02:32
19  Mischaracterization of his testimony.  02:32
20      A.  Pretty much.  02:32
21      Q.  Now, you testified at the outset of  02:32
22  today's deposition for Mr. Novikoff that you  02:32
23  were not upset with George Hesse about the fact  02:32
24  that you didn't receive a raise and your  02:32
25  longevity payment; is that correct?  02:32

Page 563

Paradiso

1
2     MR. NOVIKOFF:  Objection.        02:32
3     A.  It wasn't George Hesse's problem --  02:32
4  fault or problem that I didn't get it.        02:32
5     Q.  My question was that you weren't    02:33
6  upset with George Hesse because of the fact you  02:33
7  didn't get it; right?        02:33
8     A.  No.        02:33
9     MR. NOVIKOFF:  Note my objection.     02:33
10    Q.  You didn't testify that you were not  02:33
11 upset.        02:33
12    A.  No, I was not upset.        02:33
13    Q.  Okay.  So you are not upset with --  02:33
14    MR. NOVIKOFF:  But the question --    02:33
15 you mischaracterized the question.  It had  02:33
16 nothing to do with Hesse.  It was with the  02:33
17 village.        02:33
18    MR. GOODSTADT:  But I believe you   02:33
19 asked him whether he was upset with Hesse  02:33
20 about the fact --        02:33
21    MR. NOVIKOFF:  I don't think I ever  02:33
22 did, but the testimony will be --        02:33
23    MR. GOODSTADT:  The record will     02:33
24 reflect.        02:33
25    MR. NOVIKOFF:  Note my objection to  02:33

Page 564

Paradiso

1
2  the form.        02:33
3     Q.  Were you upset with anybody in the  02:33
4  Ocean Beach Police Department about the fact   02:33
5  that you didn't get the raise and the   02:33
6  longevity bonus or payment?        02:33
7     A.  Nobody -- it didn't have anything to  02:33
8  do with anybody in the Police Department.   02:33
9     Q.  And also in response to Mr. Novikoff  02:33
10 asked you about, you know, receiving a subpoena  02:33
11 from me and the fact that you are here today   02:33
12 because my office subpoenaed you and not his;   02:33
13 correct?        02:33
14    A.  I think I received a subpoena from   02:33
15 your office also, but I wasn't able to make it.  02:33
16    Q.  That was going to be my next    02:33
17 question.  Do you recall receiving a subpoena   02:33
18 from Mr. Novikoff's office?        02:33
19    A.  I think so.  Didn't I receive it?   02:33
20 You can't answer me, right?  I'm sorry.  I    02:34
21 think so.        02:34
22    Q.  And, in fact, isn't that subpoena    02:34
23 the catalyst to your speaking with Mr. Welch   02:34
24 about that you were volunteering at the golf   02:34
25 tournament and couldn't make it on the day --   02:34

Page 565

Paradiso

1
2     A.  Yes.  Yes.        02:34
3     MR. NOVIKOFF:  Objection.  Just note  02:34
4  my objection.        02:34
5     Q.  I also believe that you testified    02:34
6  that the Village, as part of your lawsuit    02:34
7  against the Village, the Village took the    02:34
8  opinion or took the position that you were not  02:34
9  the chief and, therefore, not entitled to this  02:34
10 protection because your Civil Service title was  02:34
11 sergeant; is that correct?        02:34
12    A.  That was part of the argument that   02:34
13 they made.        02:34
14    Q.  Do you know what George Hesse's    02:34
15 Civil Service title is?        02:34
16    A.  Police officer.        02:34
17    Q.  Do you know whether the Village has   02:34
18 ever taken the position that George Hesse is   02:34
19 not the chief because his Civil Service title   02:34
20 is something below that?        02:34
21    MR. NOVIKOFF:  Objection to form.     02:34
22    A.  Actually, they don't list him as    02:34
23 chief of police in the police budget.        02:34
24    Q.  What do they list him as?        02:34
25    A.  Officer in charge, I think.        02:34

Page 566

Paradiso

1
2     Q.  What do you mean by "in the police   02:34
3  budget"?  Where is that written?        02:35
4     A.  The police budget -- the Village    02:35
5  creates a budget every year, fiscal year, from  02:35
6  July 1st to June 30th, and in the course of the  02:35
7  budget is everything that -- all their   02:35
8  expenditures from beach, lifeguards, to Fire   02:35
9  Department, to public safety, and then in the   02:35
10 back page is a list of everybody's salaries,    02:35
11 what they got paid two years ago, what they got  02:35
12 paid last year and what their new pay is going   02:35
13 to be, and at what percentage everybody would   02:35
14 get their increase.  And for the budget of    02:35
15 2006/2007 my salary was there from 2005, so it  02:35
16 had chief of police, my salary for 2005, my    02:35
17 salary for 2006, it had Sergeant Hesse,    02:36
18 2005/2006, you know, it would list everybody --  02:36
19 all the full-time employees it would list that.  02:36
20 In 2007 they didn't give me the increase, they  02:36
21 gave George Hesse the increase, but they did   02:36
22 not have him listed as deputy -- acting deputy  02:36
23 chief of police.  They just had him as George   02:36
24 Hesse and my position was changed from chief of  02:36
25 police to sergeant.  So they noted me after my  02:36

Page 567

Paradiso

1
2  lawsuit was initiated as the sergeant instead    02:36
3  of chief of police.                               02:36
4      Q.  Was that the first time they ever        02:36
5  listed you as sergeant in the annual budget?      02:36
6      A.  Other than when I was a sergeant,        02:36
7  yeah.                                             02:36
8      Q.  So after you achieved the title of        02:36
9  chief of police, were you listed as chief of      02:37
10 police all the years in the budget?               02:37
11     A.  Yes.                                       02:37
12     Q.  Do you know what George Hesse was         02:37
13 listed when he was sergeant up until that year    02:37
14 where he was just listed as George Hesse?         02:37
15     A.  I think he was listed as full-time        02:37
16 officer.                                           02:37
17     Q.  Did you receive a pay increase or         02:37
18 salary increase in 2006?                          02:37
19     A.  Yes.                                       02:37
20     Q.  Do you know whether George Hesse          02:37
21 received a salary increase in 2006?               02:37
22     A.  Yes.                                       02:37
23     Q.  I believe you testified before that       02:37
24 during your time before you went out on leave     02:37
25 in fall of 2005 that sort of the buck stopped     02:37

Page 568

Paradiso

1
2  here in terms of -- the buck stopped with you     02:37
3  in terms of setting policy; is that correct?      02:37
4      A.  Yes.                                       02:37
5      Q.  Did you ever delegate any of your         02:37
6  supervisory responsibilities?                     02:37
7      A.  Yes.                                       02:37
8      Q.  So on the night tour, for example,        02:37
9  you delegated George Hesse to be supervisor;      02:38
10 correct?                                           02:38
11     A.  Right.                                     02:38
12     Q.  Did you ever delegate any training        02:38
13 responsibilities to George Hesse?                 02:38
14     A.  Yes.                                       02:38
15     Q.  And then after September of 2005          02:38
16 when you left on medical leave, your title was    02:38
17 still chief of police; correct?                   02:38
18     A.  Yes.                                       02:38
19     Q.  And that was all the way through          02:38
20 your retirement in 2008, August of 2008?          02:38
21     A.  Well, after I initiated the lawsuit,      02:38
22 on anything that was written that came to me,     02:38
23 which was only maybe one or two letters, they     02:38
24 no longer listed me -- they no longer addressed   02:38
25 me as chief of police, because they are in --     02:38

Page 569

Paradiso

1
2  they were in court saying that I was never the    02:38
3  chief of police.  It would be kind of silly for   02:38
4  them to sign things chief of police at that       02:38
5  point.  So although I was technically -- I        02:38
6  still had my ID and shield and on the Village     02:38
7  website still listed me as chief of police,       02:39
8  they no longer addressed me as chief of police.   02:39
9      Q.  Do you think they were addressing         02:39
10 you as something different just to bolster        02:39
11 their defense of your lawsuit?                    02:39
12     MR. NOVIKOFF:  Objection.                     02:39
13     A.  Yes.                                       02:39
14     Q.  Now, I just want to focus on what         02:39
15 your practical -- I understand what your titles   02:39
16 were and what you believe your title was and      02:39
17 what the village believed your title was, but     02:39
18 practically speaking, after September 2005        02:39
19 through the time of your retirement, did you      02:39
20 set any policy at the village?                    02:39
21     A.  No.                                        02:39
22     Q.  Did you set any policy within the         02:39
23 department?                                        02:39
24     A.  No.                                        02:39
25     Q.  Did the buck still stop with you          02:39

Page 570

Paradiso

1
2  after September 2005?                             02:39
3      A.  No.                                        02:39
4      Q.  Who took over the role of setting         02:39
5  policy after September 2005?                      02:39
6      MR. NOVIKOFF:  Objection.                     02:39
7      A.  I'm not exactly certain once I got        02:39
8  hurt who -- whether it was the mayor or if it     02:39
9  was George who was creating the policy, because   02:39
10 the mayor was the police commissioner, George    02:39
11 was still the sergeant, so I'm not certain.       02:39
12     Q.  So it was either the mayor or George      02:39
13 Hesse?                                             02:40
14     A.  Yes.                                       02:40
15     Q.  Do you know who took on                   02:40
16 responsibility for hiring and firing after       02:40
17 September 2005?                                    02:40
18     A.  No.                                        02:40
19     Q.  Did you ever terminate any officers       02:40
20 when you were the chief of police?               02:40
21     A.  Yes.  Well, I asked for -- I asked        02:40
22 people to resign.  I asked for resignations.     02:40
23     Q.  It was like a resignation under the      02:40
24 threat of termination?  Strike that.             02:40
25     If they didn't resign, would you             02:40

Page 571

Paradiso

1
2  have terminated the people that you were asking   02:40
3  to resign?                                        02:40
4      A.   I asked them to resign.                  02:40
5      Q.   Who were those officers?                 02:40
6      A.   I asked Brian Butler and Melissa         02:40
7  Swift I think her name was.  I asked Frank        02:40
8  Danalchuz.  I asked Lani Aughenbaugh to resign    02:41
9  once and then I offered him to return.  There     02:41
10 might have been others.  I can't recall.          02:41
11     Q.   Why did you ask Brian Butler to          02:41
12 resign?                                           02:41
13     A.   Brian Butler went through a period       02:41
14 of time where he would call in at the last        02:41
15 minute for tours and it left us short-handed.     02:42
16     Q.   Was Brian Butler a full-time officer     02:42
17 or part-time officer or seasonal?                 02:42
18     A.   He was a seasonal part-time officer      02:42
19 when I had him.                                   02:42
20     Q.   Was he ever a full-time officer?         02:42
21     A.   I'm not -- I don't know.  Not while      02:42
22 I was chief of police.                            02:42
23     Q.   How often would your tour overlap        02:42
24 with George Hesse's tour once you were the        02:42
25 chief and he was sergeant?                        02:42

Page 572

Paradiso

1
2      MR. NOVIKOFF:  Objection.                     02:42
3      A.   It overlapped on Sundays.                02:42
4      Q.   Sundays only?                            02:42
5      A.   Yes.                                     02:42
6      Q.   For how many hours?                      02:42
7      A.   An hour.                                 02:42
8      Q.   And would the overlap be when he was     02:42
9  coming on and you were getting off?               02:42
10     A.   Yes.                                     02:42
11     Q.   So it was sometime mid afternoon or      02:42
12 late afternoon?                                   02:42
13     A.   12 to 4:00 in the afternoon on           02:42
14 Sunday.                                           02:42
15     Q.   So other than for that one-hour          02:42
16 overlap, there were no other tours where the      02:43
17 two of you were on the same tour when you were    02:43
18 the chief and he was sergeant?                    02:43
19     A.   There might have been others.  None      02:43
20 of them stand out in my mind.                     02:43
21     Q.   It wasn't a frequent event, though,      02:43
22 was it?                                           02:43
23     A.   No.                                      02:43
24     Q.   So is it possible that some of the       02:43
25 things that are alleged in the complaint          02:43

Page 573

Paradiso

1
2  happened on George's tour, George Hesse's tour    02:43
3  that you wouldn't see?                            02:43
4      MR. NOVIKOFF:  Objection.                     02:43
5      A.   Anything that happened on George         02:43
6  Hesse's tour that I wasn't -- if I didn't work    02:43
7  with him at the same time, I wouldn't have        02:43
8  seen.                                             02:43
9      Q.   Is it possible that the plaintiffs       02:43
10 in this case complained to George Hesse about     02:43
11 some of the stuff that you testified to today     02:43
12 and that Hesse just didn't bring it to your       02:43
13 attention?                                        02:43
14     MR. NOVIKOFF:  Objection.                     02:43
15     MR. CONNOLLY:  Objection.                     02:43
16     A.   I don't have any direct knowledge        02:43
17 that that ever took place, but anything is        02:44
18 possible.                                         02:44
19     Q.   Well, is it possible that he just        02:44
20 kept things from you?                             02:44
21     MR. NOVIKOFF:  Objection.                     02:44
22     MR. CONNOLLY:  Objection.                     02:44
23     A.   I don't have any knowledge that he       02:44
24 did, but anything is possible.                    02:44
25     Q.   Well, you have knowledge that he         02:44

Page 574

Paradiso

1
2  kept at least one thing from you; right?  He      02:44
3  kept from you the fact that him and Bob Golippi   02:44
4  were setting up this union; right?                02:44
5      A.   Once it happened it wasn't kept from     02:44
6  me.  It was -- oh, I knew about the union being   02:44
7  set up.                                           02:44
8      Q.   What didn't you know about that they     02:44
9  were doing?                                       02:44
10     A.   That they made a deal with the           02:44
11 mayor, Puglisi at the time, to be the             02:44
12 supervise -- you know, be on call for the         02:44
13 weekends when I raised a question about not       02:44
14 having any of the full-time officers on the       02:44
15 weekends.                                         02:44
16     Q.   And he kept that from you, the deal      02:44
17 that he was making?                               02:44
18     MR. NOVIKOFF:  Objection.                     02:44
19     A.   I wasn't aware of it until the mayor     02:44
20 told me about it.                                 02:44
21     Q.   So Hesse made this deal behind your      02:44
22 back?                                             02:44
23     MR. NOVIKOFF:  Objection.                     02:44
24     MR. CONNOLLY:  Objection.                     02:44
25     Q.   Correct?  Is that how you viewed it?     02:44

## Page 575

Paradiso

1
2     A.   Rob Golippi and George together made   02:44
3  this deal with the mayor.  I was out of the   02:45
4  loop.                                         02:45
5     Q.   Do you know whether the Board of      02:45
6  Trustees approved the hiring of Gary and      02:45
7  Richard Bosetti?                              02:45
8     A.   I believe they did.                   02:45
9     Q.   What was the process by which they    02:45
10 went about approving it?                      02:45
11    A.   You would submit names to the         02:45
12 Village manager.  The names would be brought up  02:45
13 at a board meeting and then at the board      02:45
14 meeting the names would be read and the board   02:45
15 would vote.                                   02:45
16    Q.   Would that happen before or after     02:45
17 you actually offered the job to Gary and      02:45
18 Richard Bosetti?                              02:45
19       MR. NOVIKOFF:  Objection.               02:45
20    A.   That would happen after.              02:45
21    Q.   So you had already offered the job    02:45
22 to them?                                      02:45
23    A.   Yes.                                  02:45
24    Q.   Did you tell them it was pending      02:45
25 board approval?                               02:45

## Page 576

Paradiso

1
2     A.   Yes.                                  02:45
3     Q.   Who recommended Gary and Richard      02:45
4  Bosetti, if anyone, to come work at the Ocean   02:45
5  Beach Police Department?                      02:45
6     A.   I'm not certain.  I think it might    02:45
7  have been Walter Moller.  I'm not certain.    02:46
8     Q.   I believe that you testified before   02:46
9  about an incident or at least your lack of    02:46
10 knowledge of an incident where Mr. Fiorillo   02:46
11 went and had to intervene with an off-duty    02:46
12 police officer.  Do you recall that incident --  02:46
13       MR. NOVIKOFF:  Objection to form.       02:46
14    A.   I remember -- what we talked about    02:46
15 today?                                        02:46
16    Q.   Right.                                02:46
17       MR. NOVIKOFF:  Objection.               02:46
18    A.   I remember testifying about it.       02:46
19    Q.   If I were to tell you that refers to  02:46
20 Walter Moller, would that refresh your        02:46
21 recollection?                                 02:46
22    A.   No.                                   02:46
23    Q.   Did Hesse have a personal friendship  02:46
24 with Walter Moller?                           02:46
25       MR. NOVIKOFF:  Objection.               02:46

## Page 577

Paradiso

1
2       MR. CONNOLLY:  Objection.                02:46
3     A.   Yes.                                  02:46
4     Q.   They were good friends?               02:46
5       MR. NOVIKOFF:  Objection.                02:46
6       MR. CONNOLLY:  Objection.                02:46
7     A.   They were friends outside of the      02:46
8  department.                                   02:46
9     Q.   They would take vacations together;   02:46
10 do you know?                                  02:47
11    A.   Yeah, they took motorcycle trips      02:47
12 together.                                     02:47
13    Q.   Did George Hesse ever complain to     02:47
14 you about any of the five plaintiffs'         02:47
15 performance?                                  02:47
16    A.   George complained about Frank when    02:47
17 he wouldn't wash the windows on the police car,  02:47
18 wouldn't wash the police car.  Complained about  02:47
19 Joe Nofi's handwriting on summonses.  I don't   02:47
20 recall anything else.                         02:47
21    Q.   Do you know whether Mr. Fiorillo was  02:47
22 on duty at the time Mr. Hesse asked him to wash   02:47
23 the windows?                                  02:47
24    A.   I don't know.                         02:47
25    Q.   Would it be appropriate to ask an     02:47

## Page 578

Paradiso

1
2  off-duty officer to wash the police truck?    02:47
3     A.   You could ask, but you couldn't       02:47
4  order.                                        02:48
5     Q.   What do you mean by that, "you        02:48
6  couldn't order"?                              02:48
7     A.   Well, if someone was off duty and     02:48
8  you asked him to do you a favor, that's one   02:48
9  thing, but you wouldn't like be upset if he   02:48
10 said no.  You know, you can't compel somebody   02:48
11 that isn't working to do things for you.      02:48
12    Q.   Now, other than for Joe Nofi's        02:48
13 handwriting and Frank Fiorillo's response to   02:48
14 not wash the truck, I just want to be clear,  02:48
15 did you ever receive any other complaints from   02:48
16 George Hesse about their performance, the five   02:48
17 plaintiffs' performance?                      02:48
18    A.   Not that I recall.                    02:48
19    Q.   Did you ever receive any complaints   02:48
20 from any other police officers at Ocean Beach   02:48
21 about the five plaintiffs' performance?       02:48
22    A.   I know that after the Halloween       02:48
23 incident there was tension between the Bosettis   02:48
24 and Frank, Tom and Kevin.                     02:49
25    Q.   How do you know that?                 02:49

Page 579

```
           Paradiso
1
2      A.   Because if I tried to schedule at      02:49
3  least Kevin to work with -- at the same time as  02:49
4  the Bosettis were working, he would refuse to    02:49
5  work the tour.                                    02:49
6      Q.   Kevin did or the Bosettis did?          02:49
7      A.   Kevin did.                              02:49
8      Q.   Did Kevin explain why he refused to     02:49
9  work the tour?                                    02:49
10     A.   He just didn't want to work with        02:49
11 them.                                             02:49
12     Q.   He never told you the reason?           02:49
13     A.   He didn't go into details.              02:49
14     Q.   So just going back to my question,      02:49
15 did you ever receive any complaints about the    02:49
16 five police officers from any of the other       02:49
17 police officers in Ocean Beach?                   02:49
18     A.   No.                                     02:49
19     Q.   Anyone on the Board of Trustees ever    02:49
20 complain about the five plaintiffs' work as      02:49
21 police officers?                                  02:49
22     A.   No.                                     02:49
23          MR. NOVIKOFF:  Objection to form.       02:49
24     Q.   I believe you testified before that     02:50
25 you never received any complaints from the       02:50
```

Page 580

```
1                    Paradiso
2  Board of Trustees about George Hesse.  Is that   02:50
3  correct?                                          02:50
4          MR. NOVIKOFF:  Objection.  I don't       02:50
5     know if I ever asked him that.                 02:50
6      A.   I don't think you ever asked that        02:50
7  either.                                           02:50
8          MR. NOVIKOFF:  Why don't you ask         02:50
9     him.                                           02:50
10         MR. GOODSTADT:  Well, I asked him --      02:50
11    he has already testified to one complaint     02:50
12    he received about George Hesse being that     02:50
13    the nights were out of control.               02:50
14     Q.   Is that correct?                         02:50
15         MR. CONNOLLY:  Objection.                02:50
16         MR. NOVIKOFF:  Objection.                02:50
17     Q.   Is that correct?                         02:50
18     A.   Yes.                                     02:50
19     Q.   You understood what I am talking         02:50
20 about when I say what you testified to about     02:50
21 the nights being out of control?                  02:50
22     A.   Yes.                                     02:50
23     Q.   Okay.  Other than for that, did you     02:50
24 receive any other complaints about George         02:50
25 Hesse's performance from the board of trustee?   02:50
```

Page 581

```
1                    Paradiso
2      A.   Mayor Rogers, when there was a          02:50
3  lawsuit filed about that guy that jumped over    02:50
4  the rope and hit his face, he sued the Village   02:50
5  and George Hesse, and Mayor Rogers said why are 02:50
6  we getting this complaint about George Hesse.    02:51
7  And I said, "well, the guy jumped over a rope.    02:51
8  I got witnesses."  He goes, "well, I don't like  02:51
9  having all these lawsuits," I think she said,    02:51
10 and they weren't happy with the fact that they   02:51
11 had to defend a lawsuit for police brutality.    02:51
12     Q.   Any other complaints about George       02:51
13 Hesse other than for the two now that you have   02:51
14 testified about from the Board of Trustees?      02:51
15     A.   None that I can recall.                 02:51
16     Q.   Who told you about the board's          02:51
17 concern that the nights were out of control      02:51
18 under George Hesse's watch?                       02:51
19         MR. NOVIKOFF:  Objection.  Certainly     02:51
20    beyond the scope of my cross, but I can't     02:51
21    stop you from answering.                      02:51
22     A.   It was Mayor Rogers, James Mallott      02:51
23 and Scott Hirsch.                                 02:52
24     Q.   Was Mayor Rogers an Ocean Beach         02:52
25 resident?                                         02:52
```

Page 582

```
1                    Paradiso
2      A.   Yes.  You have to be a resident to      02:52
3  be the mayor or a board of trustee member.       02:52
4      Q.   So James Mallott, Scotty Hirsch and     02:52
5  Mayor Rogers all were --                          02:52
6      A.   All the trustees are.                   02:52
7      Q.   Okay.  So before when you testified     02:52
8  that you never got a complaint from any Ocean    02:52
9  Beach resident about George Hesse, that's not    02:52
10 exactly true; right?                              02:52
11         MR. NOVIKOFF:  Objection.                02:52
12     Q.   These three were residents; correct?    02:52
13     A.   That's a semantical view of it.         02:52
14 When I think of residents, I don't think of      02:52
15 Village officials, I think of people that        02:52
16 reside in the Village, but not the people who    02:52
17 are in charge of the Village.  Trustees and the  02:52
18 mayor -- a complaint from the trustee or mayor   02:52
19 would carry a lot more weight behind it because  02:52
20 they are -- they run the village, so I answer    02:53
21 to them.                                          02:53
22     Q.   Did George Hesse ever complain to       02:53
23 you that Kevin Lamm used excessive force?         02:53
24     A.   I don't recall any incidents where      02:53
25 Kevin Lamm used excessive force.                  02:53
```

Page 583

Paradiso

1
2      Q.   So the answer is no, George Hesse      02:53
3   never complained to you?                       02:53
4      A.   I would say no.                         02:53
5      Q.   Did George Hesse every complain to     02:53
6   you that any of the plaintiffs used excessive  02:53
7   force?                                          02:53
8      A.   I don't believe so.                     02:53
9      Q.   Do you know how many times George      02:53
10  Hesse has been sued for alleged acts of police  02:53
11  brutality?                                       02:53
12     A.   Three.                                  02:53
13     Q.   And please tell me what three that     02:54
14  you are aware of.                                02:54
15     A.   The most recent one.                    02:54
16     Q.   That's the Gilberd case?                02:54
17     A.   Yes.  The guy that jumped over the     02:54
18  rope, and there was a third one, but I don't    02:54
19  remember the name of the person or really the   02:54
20  circumstances around it.                         02:54
21     Q.   And are you aware how the Gilbert      02:54
22  case was resolved?                               02:54
23       MR. NOVIKOFF: I think you told him        02:54
24     last time it was settled in part of your    02:54
25     question.                                    02:54

Page 584

Paradiso

1
2      A.   Yeah, I read it in the newspaper       02:54
3   that he was found not guilty of the charges.    02:54
4      Q.   How about the civil suit that          02:54
5   Gilberd had against the beach?                  02:54
6      A.   The civil suit, I read that was        02:54
7   settled for $600,000.                           02:54
8      Q.   How about the rope case, do you know   02:54
9   how that resolved?  I don't know if this is the 02:54
10  one that I asked you about where you told me    02:54
11  there was a confidentiality stip, so I just     02:54
12  want to --                                       02:54
13     A.   That's not the one.  The rope case,    02:54
14  I think -- I don't think there was a            02:55
15  settlement.  I think it was found to be         02:55
16  unwarranted.                                     02:55
17     Q.   Did that case go to trial?             02:55
18     A.   I don't believe so.                     02:55
19     Q.   How about the third case that you      02:55
20  don't recall the instance, but do you recall    02:55
21  how that case resolved?                          02:55
22     A.   No, I don't.                            02:55
23     Q.   How long ago was the rope case?        02:55
24     A.   I've been out four years.  So eleven   02:55
25  years ago, maybe.                                02:55

Page 585

Paradiso

1
2      Q.   How long ago was the third case that  02:55
3   you don't recall the details of?                02:55
4      A.   I don't really recall.                 02:55
5      Q.   You testified before that there was   02:55
6   a learning curve on how to deal with the public 02:56
7   for new officers; is that correct?              02:56
8      A.   Yeah.  They go through a               02:56
9   probationary period.  It's like a 40 hours of   02:56
10  supervised field training.                       02:56
11     Q.   Did any of the five plaintiffs fail   02:56
12  to come up the learning curve on how to deal    02:56
13  with the public?                                 02:56
14     A.   No.                                    02:56
15     Q.   Have you ever had any officers in     02:56
16  the Ocean Beach Police Department who were      02:56
17  unable to come up the learning curve to learn   02:56
18  to deal with the public?                         02:56
19     A.   Yes.                                   02:56
20     Q.   Who is that?                           02:56
21     A.   That was Frank Danalchuz.              02:56
22     Q.   Is that the reason why you asked him  02:56
23  to resign?                                       02:56
24     A.   Yes.                                   02:56
25     Q.   Were reviews ever sent, reviews of    02:56

Page 586

Paradiso

1
2   newly-hired police officers, ever sent to       02:56
3   Albany?                                          02:56
4        MR. NOVIKOFF: Objection.                   02:56
5      Q.   Do you understand what I am asking?    02:56
6      A.   Yes.  No, the supervised field         02:56
7   training booklets that were required after the  02:56
8   guys graduate from Police Academy were sent to  02:56
9   the Police Academy.                              02:56
10     Q.   And just to go back to the learning    02:57
11  curve, how to deal with the public, that wasn't 02:57
12  something that was specific to the five         02:57
13  plaintiffs, was it?                              02:57
14     A.   No.  It was --                         02:57
15       MR. NOVIKOFF: Objection.                  02:57
16     A.   No.                                    02:57
17     Q.   It was all newly-hired officers       02:57
18  would need to get up the learning curve?        02:57
19       MR. NOVIKOFF: Objection.                  02:57
20     A.   All those officers that went through  02:57
21  the Police Academy that really didn't have any  02:57
22  experience in a law enforcement matter, in a    02:57
23  law enforcement setting.  That's why I said     02:57
24  that Tom and Ed didn't have that problem.  They 02:57
25  were experienced with dealing with the public.  02:57

Page 587

Paradiso

1
2 Not that the rest of them had a problem. It        02:57
3 was that they had already acquired that           02:57
4 skillset.                                          02:57
5     Q.  Did you ever have any problems with        02:57
6 Arnie Hardman's performance as a police           02:58
7 officer?                                           02:58
8         MR. NOVIKOFF:  Beyond the scope.           02:58
9     A.  I had to talk to Arnie once about          02:58
10 something that he did that I didn't like.         02:58
11    Q.  Was that being in Seaview while he         02:58
12 was on duty?                                      02:58
13    A.  No.                                        02:58
14    Q.  What did you have to speak with            02:58
15 Mr. Hardman about?                                02:58
16    A.  He was going down to the checkpoint        02:58
17 to pick up the guys that were coming on duty      02:58
18 and he stopped to pick up a civilian to take      02:58
19 with him on the trip.                             02:58
20    Q.  Was that somebody by the name of           02:58
21 Paula?                                            02:58
22    A.  Yes.                                       02:58
23    Q.  Did you ever know of Mr. Hardman           02:58
24 being outside of the Village while he was on      02:58
25 duty to be with Paula?                            02:59

Page 588

Paradiso

1
2     A.  No.                                        02:59
3         MR. NOVIKOFF:  Note my objection.          02:59
4     Q.  I just want to go back to the issue        02:59
5 of certification that came up today.  I believe   02:59
6 you testified that it was your belief that        02:59
7 retired officers in New York City didn't have     02:59
8 to go through the certification process to work   02:59
9 as a police officer in Suffolk County; is that    02:59
10 correct?                                          02:59
11        MR. NOVIKOFF:  Note my objection.          02:59
12    A.  Yes, that's correct.                       02:59
13    Q.  Did you ever ask anybody at Civil          02:59
14 Service whether that's the case?                  02:59
15    A.  No.                                        02:59
16    Q.  Did anyone at Suffolk County Civil         02:59
17 Service ever tell you that to be the case?        02:59
18    A.  No, actually, when it came to their        02:59
19 attention, they recommended that we had to get    02:59
20 everybody back in through the certification       02:59
21 process.                                          02:59
22    Q.  Just so I am clear, no one at              02:59
23 Suffolk County ever told you that they wouldn't   02:59
24 have to be re-certified if they had worked for    02:59
25 the city; correct?                                02:59

Page 589

Paradiso

1
2         MR. NOVIKOFF:  Objection.                  02:59
3     A.  I never posed the question.                03:00
4     Q.  Did you ever try to get a waiver for       03:00
5 the Bosettis to not have to go through the        03:00
6 certification test?                                03:00
7         MR. NOVIKOFF:  Objection.                  03:00
8     A.  I don't believe so.                        03:00
9     Q.  Did you ever tell them that you were       03:00
10 going to attempt to get a waiver?                 03:00
11    A.  Tell who?                                  03:00
12    Q.  The Bosettis, that you were going to       03:00
13 attempt to get a waiver for them to have to go    03:00
14 through the tests.                                03:00
15    A.  I don't remember ever saying that.         03:00
16    Q.  Okay.  Now I just want to go back to       03:00
17 some testimony you had given earlier today        03:00
18 about the dispatchers.                            03:00
19        I believe you testified that you           03:00
20 hired retired police officers or police           03:00
21 officers from other jurisdiction to be            03:00
22 dispatchers?                                      03:00
23        MR. NOVIKOFF:  Objection.                  03:00
24 Testimony --                                      03:00
25    Q.  Is that correct?                           03:00

Page 590

Paradiso

1
2     A.  All of my dispatchers were either         03:00
3 active city police officers that couldn't work    03:00
4 for me because they can't work for another law    03:00
5 enforcement agency while they were city police    03:00
6 officers, or police officers from other           03:00
7 jurisdictions.                                     03:00
8     Q.  That's true for every one of them?        03:00
9     A.  I believe so, yes.                         03:00
10    Q.  Where did Chris Moran work as a            03:01
11 police officer?                                   03:01
12    A.  Chris Moran didn't work as a               03:01
13 dispatcher.  Chris Moran worked as a              03:01
14 dockmaster.                                       03:01
15    Q.  So he was never a dispatcher?             03:01
16    A.  I don't believe so.                        03:01
17    Q.  Was Chris Moran qualified to be a          03:01
18 dispatcher?                                       03:01
19    A.  Chris Moran went through the fire          03:01
20 academy.  He was a member of the New York City    03:01
21 Fire Department.  But I don't think I hired him   03:01
22 as a dispatcher.  He worked -- I believe he       03:01
23 worked as a dockmaster.                           03:01
24    Q.  When did he go through the fire            03:01
25 academy?                                          03:01

Page 591

Paradiso

1
2     A.   I'm not sure.                         03:01
3     Q.   Okay.  I want to focus back in on      03:01
4  the issue that you testified to today as well   03:01
5  as on Monday about Officer Nofi's claim that he  03:01
6  called in a 10-1.                              03:02
7        Do you recall that testimony you         03:02
8  gave or at least the issue?                    03:02
9     A.   I recall the issue, yes.              03:02
10    Q.   A 10-1, I believe you testified, is    03:02
11 a serious radio call; is that correct?         03:02
12    A.   Yes.                                   03:02
13    Q.   Not a common event, I think you        03:02
14 testified to?                                  03:02
15    A.   Yes.                                   03:02
16    Q.   And officers should respond            03:02
17 immediately if they hear a 10-1; correct?      03:02
18    A.   Yes.                                   03:02
19    Q.   So if -- assuming for this question    03:02
20 that it's true that Joe Nofi called in the     03:02
21 10-1, he actually called it in, the officers   03:02
22 who were on duty that did not respond, were    03:02
23 they neglecting their duties?                  03:02
24    A.   If an officer called in a 10-1 on      03:02
25 the radio and they heard it and they didn't    03:02

Page 592

Paradiso

1
2  respond, I would say yes, they neglected their  03:02
3  duties.                                        03:02
4     Q.   Would that be a terminable offense     03:02
5  in your mind?                                  03:02
6     A.   It could be.                           03:02
7     Q.   Is that another one of those          03:02
8  incidents that if it happened, you are pretty  03:03
9  sure that you would have heard about it?       03:03
10    A.   Yes.                                   03:03
11    Q.   You testified that all of your        03:03
12 officers knew the ten code.  Is that correct?  03:03
13    A.   Yes.                                   03:03
14    Q.   Would it -- would that -- if the       03:03
15 officers didn't know the ten code, would that  03:03
16 be something also that you would assume you    03:03
17 would have heard of or heard about?            03:03
18        MR. NOVIKOFF:  Objection.  Note my     03:03
19 objection.                                     03:03
20    A.   When the officers are hired, they      03:03
21 are given a copy of the ten code.  They keep it 03:03
22 with them.  Some of them would keep it inside  03:03
23 their field appearance ticket booklets.  There 03:03
24 were some ten codes that were used very rarely  03:03
25 that after 26 years as a police officer I would 03:03

Page 593

Paradiso

1
2  have had to check the code card to find out    03:03
3  what it was, because we didn't normally use    03:03
4  them, but everybody that was out on patrol had  03:04
5  a copy of the card and was expected to know and 03:04
6  knew the ten codes that we used frequently.    03:04
7     Q.   But if somebody didn't know the ten    03:04
8  codes, and I am not talking about the ones that 03:04
9  are never used, I am just talking about        03:04
10 generally the ten codes, would that be         03:04
11 something that you would assume that you would  03:04
12 be aware of?                                   03:04
13        MR. NOVIKOFF:  Objection.              03:04
14    A.   Yes.                                   03:04
15    Q.   When I say "know the ten codes," I     03:04
16 am not talking about a ten code being called   03:04
17 and then the officer having to get back on the 03:04
18 radio and say, "hey, what does that mean?"  If  03:04
19 someone had to do that, you would assume you    03:04
20 would have been alerted to that fact?          03:04
21        MR. NOVIKOFF:  Objection.              03:04
22    Q.   Again, I am not talking about the      03:04
23 rare ten codes.  I am talking about ones that  03:04
24 are used frequently.                           03:04
25        MR. NOVIKOFF:  Same objection.         03:04

Page 594

Paradiso

1
2     A.   Could you repeat the question.        03:04
3     Q.   Sure.  If there was an officer        03:04
4  working in the Ocean Beach Police Department   03:04
5  who knew the ten code would be called over the 03:04
6  radio and they frequently had to say "hey, what 03:05
7  does that mean," and then whoever called it in  03:05
8  in, whether it was dispatcher or command, would 03:05
9  have to explain what it meant and that happened 03:05
10 on a regular basis, is that one of the things   03:05
11 that you think that you would know about?      03:05
12        MR. NOVIKOFF:  Objection.              03:05
13    A.   It's one of the things I would have    03:05
14 to address with the officer on, making sure    03:05
15 that they would find out why -- I would find   03:05
16 out why he wasn't aware of what that code      03:05
17 meant.                                         03:05
18    Q.   And you are not aware of any          03:05
19 officers that had that problem; correct?       03:05
20    A.   No.                                   03:05
21    Q.   Would it surprise you to learn that    03:05
22 there are officers who had that problem?       03:05
23        MR. NOVIKOFF:  Note my objection.      03:05
24    A.   Yes.                                   03:05
25    Q.   Why would it surprise you?  Because    03:05

Page 595

Paradiso

1
2  you would assume that you would have heard        03:05
3  about that; correct?                              03:05
4        MR. NOVIKOFF: Objection.                    03:05
5        MR. CONNOLLY: Objection.                    03:05
6     A.  No, they got the card when they            03:05
7  started working. The majority of the guys had     03:05
8  training in it. The guys from the city were       03:06
9  told what the new codes were. They are not        03:06
10 idiots. You know, you are doing the job every     03:06
11 day, you use the same codes over and over and     03:06
12 over again, so, you know, these guys would have   03:06
13 enough time to be able to assimilate new          03:06
14 responses to radio codes.                         03:06
15    Q.  I just want to go back to another          03:06
16 issue that you testified to today about           03:06
17 dockmasters sitting shifts or part of shifts      03:06
18 for police officers at the desk. I believe you    03:06
19 testified that it was a -- it happened when an    03:06
20 officer had to go to the bathroom or had to run   03:06
21 out of the station on an emergency. Is that       03:06
22 what you testified to?                            03:06
23    A.  Right.                                     03:06
24    Q.  Okay. How about in situations where        03:06
25 it wasn't a bathroom break or an emergency, did   03:06

Page 596

Paradiso

1
2  that happen where a dockmaster was asked to       03:06
3  cover a shift or part of a shift for a police     03:06
4  officer who was on duty?                          03:06
5     A.  An eight-hour shift?                       03:07
6     Q.  Either a part of the shift or the          03:07
7  whole shift.                                      03:07
8     A.  It would be -- it would only be done       03:07
9  on a short-term basis, a few minutes while the    03:07
10 officer had to step out or if he was responding   03:07
11 to an emergency, he had to come in and man the    03:07
12 desk while the guy was responding to the          03:07
13 emergency.                                        03:07
14    Q.  And if it was other than for those         03:07
15 short-term periods for the bathroom and           03:07
16 emergency where a dockmaster was asked to sit     03:07
17 in the office -- in the station to cover a        03:07
18 shift, would that be a violation of policy?       03:07
19       MR. NOVIKOFF: Objection.                    03:07
20    A.  It would be something that I would         03:07
21 want to be aware of and find out what the         03:07
22 rationale for that special circumstance was.      03:07
23    Q.  Did you ever hear that that happened       03:07
24 on George Hesse's tour?                           03:07
25       MR. NOVIKOFF: Objection.                    03:07

Page 597

Paradiso

1
2     A.  Which tour?                                03:07
3     Q.  On a tour that he was a supervisor         03:07
4  of.                                               03:07
5        MR. NOVIKOFF: Same objection.               03:07
6     A.  That what happened?                        03:07
7        MR. NOVIKOFF: Thank you.                    03:07
8     Q.  That a dockmaster was asked to sit         03:08
9  for a part of the shift or the whole shift        03:08
10 other than for in the bathroom or emergency       03:08
11 situation that you testified to.                  03:08
12       MR. NOVIKOFF: Objection.                    03:08
13    A.  I wasn't aware of it.                      03:08
14    Q.  But, again, just so we are clear           03:08
15 with respect to this question, if it happened     03:08
16 on George Hesse's tour, you wouldn't have seen    03:08
17 it; correct?                                      03:08
18    A.  No, I would not have seen it.              03:08
19    Q.  Did Hesse ever tell you that that          03:08
20 happened, meaning that a dock master sat on the   03:08
21 desk for more than just a brief period of time    03:08
22 other than for a bathroom or emergency break?     03:08
23    A.  I don't recall him ever telling me         03:08
24 that.                                             03:08
25       MR. GOODSTADT: I have some more             03:08

Page 598

Paradiso

1
2  time, but we are -- I have some more              03:08
3  questions, but I think we are at the end of       03:08
4  the tape, so why don't we take a two-minute       03:08
5  break and then we will come back and finish       03:08
6  up.                                               03:08
7        THE VIDEOGRAPHER: The time is now           03:08
8  3:09 p.m. This is the end of tape                 03:08
9  number 3. We are now off the record.             03:08
10       (Recess was taken from 3:09 to              03:09
11 3:21.)                                            03:09
12       THE VIDEOGRAPHER: This is the start         03:20
13 of tape number 4. The time is now                 03:20
14 3:21 p.m. We are now back on the record.          03:20
15 BY MR. GOODSTADT:                                 03:20
16    Q.  Mr. Paradiso, I believe that you           03:20
17 testified that you don't recall anyone ever       03:20
18 complaining to you about the allegation that      03:20
19 Tom Snyder was left in the police station while   03:20
20 the Bosettis took the police radio, the cell      03:20
21 phone with them, and they weren't answering the   03:21
22 calls. Do you recall that?                        03:21
23       MR. NOVIKOFF: Objection to form.            03:21
24    A.  Yes, I recall the question, yes.           03:21
25    Q.  If that happened, you wouldn't have        03:21

Page 599

Paradiso

1
2    been there to see it; correct?                03:21
3       A.   No.                                   03:21
4       Q.   And it's possible that Tom Snyder     03:21
5    complained to George Hesse about that and     03:21
6    George Hesse simply didn't elevate it to you; 03:21
7    correct?                                      03:21
8           MR. NOVIKOFF:  Objection.              03:21
9       A.   Like I said before, I can't believe   03:21
10   it happened, but I -- anything, I guess, is   03:21
11   possible.                                     03:21
12      Q.   And when you say you can't believe    03:21
13   that happened, that's a similar vein to the   03:21
14   episode with Richard Bosetti serving a glass of 03:21
15   wine to a domestic abuse victim?              03:21
16          MR. NOVIKOFF:  Objection.              03:21
17          MR. CONNOLLY:  Objection.              03:21
18          MR. NOVIKOFF:  I don't even know       03:21
19   what you are asking about.                    03:21
20          MR. GOODSTADT:  I am asking if it's    03:21
21   the same vein, he can't believe that it       03:21
22   happened.                                     03:21
23          MR. NOVIKOFF:  Objection.              03:21
24      A.   Yeah, I don't believe it happened.    03:21
25      Q.   And if Tom Snyder did complain to     03:21

Page 600

Paradiso

1
2    George Hesse about it, assume that he did for  03:21
3    this question, and George Hesse didn't report  03:22
4    it to you, would George Hesse have been        03:22
5    derelict in his duties?                        03:22
6           MR. NOVIKOFF:  Objection.               03:22
7       A.   He should have taken steps to          03:22
8    correct it before it even would have to get to 03:22
9    me.                                            03:22
10      Q.   And if he didn't take steps to         03:22
11   correct it, would he have been derelict in his 03:22
12   duties?                                        03:22
13      A.   I believe so.                          03:22
14      Q.   Isn't it true that there came a        03:22
15   point in time where Tom Snyder told you that he 03:22
16   wanted to go back to the night tours as opposed 03:22
17   to work on the day tours because he didn't feel 03:22
18   safe working with those other officers who were 03:22
19   on the day tour?                               03:22
20          MR. NOVIKOFF:  Objection.               03:22
21      A.   I don't recall that.                   03:22
22      Q.   I just want to go back to the          03:22
23   episode about -- or the allegation about Walter 03:23
24   Moller being involved in a dispute at the      03:23
25   docks.  Do you recall?                         03:23

Page 601

Paradiso

1
2       A.   I recall being asked about it.        03:23
3       Q.   Okay.  Do you know whether there was  03:23
4    a field report written about that incident?   03:23
5    Not the piece that's alleged that Frank       03:23
6    Fiorillo was told not to write him a summons  03:23
7    and then was belittled, but just the incident 03:23
8    at the docks, do you know whether a field     03:23
9    report was done with respect to that incident? 03:23
10          MR. NOVIKOFF:  Objection.              03:23
11      A.   I don't know if a field report was    03:23
12   ever written.  I don't know if it ever took   03:23
13   place.                                        03:23
14      Q.   Do you recall ever seeing a field     03:23
15   report with respect to that issue?            03:23
16      A.   No.                                   03:23
17      Q.   Do you know whether that incident     03:23
18   was ever entered into the blotter?            03:23
19          MR. NOVIKOFF:  Objection.              03:23
20   Foundation.  You are asking the witness to    03:23
21   opine on an event that he doesn't know ever   03:24
22   took place.                                   03:24
23          MR. GOODSTADT:  I want to know if he   03:24
24   ever read a blotter entry with respect to     03:24
25   that --                                       03:24

Page 602

Paradiso

1
2           MR. NOVIKOFF:  Okay, that's a          03:24
3    different question.                           03:24
4           MR. GOODSTADT:  -- with respect to     03:24
5    that event.                                   03:24
6       A.   I don't recall a blotter entry to     03:24
7    that event.                                   03:24
8       Q.   If the event took place, should a     03:24
9    blotter entry have been written?              03:24
10      A.   Yes.                                  03:24
11      Q.   Should there have been a field        03:24
12   report?                                       03:24
13      A.   Yes.                                  03:24
14      Q.   I believe you testified before the    03:24
15   difference between -- whether it was today, I  03:24
16   think you testified a little bit about it today 03:24
17   and a little bit on Monday, the difference     03:24
18   between part-time and seasonal; correct?       03:24
19      A.   Yes.                                  03:24
20      Q.   Were the plaintiffs part-time police  03:24
21   officers?                                      03:24
22          MR. NOVIKOFF:  Objection.  Form.       03:24
23      A.   The plaintiffs were part-time during  03:24
24   the off-season months.                        03:24
25      Q.   And seasonal during the season?       03:24

Page 603

Paradiso

1
2    A.   Yes.                              03:24
3    Q.   I just want to go back to an      03:24
4    allegation that you testified to before about   03:24
5    the plaintiffs' claim that they were directed   03:24
6    to drive or chauffeur George Hesse to personal   03:25
7    visits while they were on tour.  Do you recall   03:25
8    that?                                  03:25
9    A.   I recall the question.           03:25
10   Q.   And Mr. Novikoff had mentioned    03:25
11   something about the fact that it was only four   03:25
12   minutes and it would have left the Village --   03:25
13   you know, he asked you a question about whether   03:25
14   you thought it left the village safe or unsafe.   03:25
15   Do you recall that?                    03:25
16        MR. NOVIKOFF:  Objection.         03:25
17   A.   Yes.                              03:25
18   Q.   Okay.  Would it have been         03:25
19   appropriate for George Hesse to have directed   03:25
20   on-duty police officers to drive him in the   03:25
21   police vehicle for personal business?   03:25
22   A.   What sort of personal business?   03:25
23   Q.   How about to see some friends.    03:25
24   Completely unrelated to any police work.   03:25
25   A.   It would have to -- you would have   03:25

Page 604

Paradiso

1
2    to give me the circumstances that -- the amount   03:26
3    of manpower I had on, what the frequency of   03:26
4    something like that would have been, and the   03:26
5    rationale behind why George couldn't get there   03:26
6    on his own.                            03:26
7    Q.   Let's say George Hesse -- assuming   03:26
8    for this question that George Hesse was on duty   03:26
9    during the time that he had other on-duty   03:26
10   police officers drive him to personal visits.   03:26
11        Would it have been appropriate for   03:26
12   George Hesse to be running a personal visit to   03:26
13   somebody while he was on duty?          03:26
14        MR. NOVIKOFF:  Objection.         03:26
15   A.   Inside the Village?               03:27
16   Q.   Well, inside the village.         03:27
17   A.   From one spot of the village to   03:27
18   another in the village?                03:27
19   Q.   Why don't we start inside the   03:27
20   village.                               03:27
21        MR. NOVIKOFF:  Objection.         03:27
22   A.   I don't really understand what you   03:27
23   mean by proper and personal.           03:27
24   Q.   Okay.  So let's use a hypothetical.   03:27
25   If Frank Fiorillo while he was on duty was   03:27

Page 605

Paradiso

1
2    directed by George Hesse while George Hesse was   03:27
3    on duty to drive him to an acquaintance's house   03:27
4    for non-police related business, would that   03:27
5    have been appropriate?                 03:27
6        MR. NOVIKOFF:  Objection.          03:27
7    A.   Depending on the circumstances, it   03:27
8    could have been appropriate.           03:27
9    Q.   What do you mean by that?         03:28
10   A.   Well --                          03:28
11        MR. NOVIKOFF:  Objection.  I think   03:28
12   he already explained it.               03:28
13   A.   If -- say he needed to talk to   03:28
14   somebody about something, he shouldn't -- he   03:28
15   doesn't have to give an explanation to a   03:28
16   subordinate officer on why he needs to go   03:28
17   somewhere for some reason on or off -- if he   03:28
18   was on duty.  It could be something that that   03:28
19   officer doesn't need to know about.  It all   03:28
20   depends on the circumstance.           03:28
21   Q.   Well, how about if he was -- strike   03:28
22   that.                                  03:28
23        Would it have been appropriate for   03:28
24   George Hesse to make a visit to an     03:28
25   acquaintance's house for two hours while he was   03:28

Page 606

Paradiso

1
2    on duty and being paid?                03:28
3    A.   No, it would not be.              03:28
4    Q.   I asked you before about whether you   03:28
5    ever -- any officers or George Hesse ever   03:28
6    complained to you about any of the plaintiffs   03:29
7    using excessive force.  I just want to focus on   03:29
8    something a little bit different.       03:29
9        Did you ever receive any complaints   03:29
10   from any police officers that any of the   03:29
11   plaintiffs ever used any Anti-Semitic or racist   03:29
12   comments or statements?                03:29
13        MR. NOVIKOFF:  Objection.  Well   03:29
14   beyond the scope.                      03:29
15   A.   I don't recall any complaints of   03:29
16   that nature.                           03:29
17   Q.   Is that something you would expect   03:29
18   somebody to complain to you about if a fellow   03:29
19   police officer went on an Anti-Semitic or   03:29
20   racist tirade?                         03:29
21        MR. NOVIKOFF:  Objection.         03:29
22   A.   It would -- I would be surprised   03:29
23   that that couldn't come back to me.  I would   03:29
24   say that a police officer making Anti-Semitic   03:29
25   remarks in the Village where the population of   03:29

Page 607

Paradiso

1
2  residents that were of a Jewish heritage were        03:29
3  probably 85 percent would probably have gotten       03:29
4  to be noticed by someone that would have told        03:29
5  me.                                                  03:30
6      Q.   So you would be surprised if it             03:30
7  happened and you didn't learn about it?              03:30
8      A.   Yes.                                        03:30
9          MR. NOVIKOFF:  Objection.                    03:30
10     Q.   The same way that you would be              03:30
11 surprised to learn that some of these other          03:30
12 things happened that you didn't know about?          03:30
13         MR. NOVIKOFF:  Objection.                    03:30
14     A.   I don't know if it would be the same        03:30
15 level of surprise.                                   03:30
16     Q.   Before you testified about I                03:30
17 think -- I think you mentioned two known or          03:30
18 suspected drug dealers in the Village.               03:30
19     A.   Right.                                      03:30
20     Q.   Do you recall that?  I notice that          03:30
21 you didn't mention Sean O'Rourke.  Do you know       03:30
22 who that is?                                         03:30
23     A.   Yes.                                        03:30
24     Q.   Was he a known or suspected drug            03:30
25 dealer?                                              03:30

Page 608

Paradiso

1
2      A.   He was arrested -- he was              03:30
3  arrested for drug possession.                   03:30
4      Q.   Was he suspected of selling drugs as   03:30
5  well?                                           03:30
6      A.   I think -- I think he was arrested     03:30
7  for possession with intent to sell.             03:31
8      Q.   Was he found with scales or            03:31
9  something to that effect?                       03:31
10     A.   No, he had packets, packets of         03:31
11 cocaine in individual packets.                  03:31
12     Q.   Do you believe Sean O'Rourke to be     03:31
13 somebody who is credible?                       03:31
14         MR. NOVIKOFF:  Objection.               03:31
15     A.   Credible?                              03:31
16     Q.   Yes.                                   03:31
17         MR. NOVIKOFF:  Objection.               03:31
18     A.   Credible as to what?                   03:31
19     Q.   As to what he says.                    03:31
20     A.   Like a witness?                        03:31
21     Q.   Yes.                                   03:31
22         MR. NOVIKOFF:  Objection.               03:31
23     A.   It would depend on the circumstance.   03:31
24     Q.   How about as a witness to the          03:31
25 Halloween incident?                             03:31

Page 609

Paradiso

1
2          MR. NOVIKOFF:  Objection.               03:31
3      A.   I am not aware of whether or not he    03:31
4  was a witness to the Halloween incident.        03:32
5      Q.   I just want to focus on the            03:32
6  Halloween incident a bit more.  We are sort of  03:32
7  getting to the end of the questioning, so just  03:32
8  bear with me for a couple more minutes.  Okay?  03:32
9      A.   Okay.                                  03:32
10     Q.   Do you know whether George Hesse was   03:32
11 on vacation the night of the Halloween          03:32
12 incident?                                       03:32
13     A.   No.  I believe he worked a tour that   03:32
14 evening.                                        03:32
15     Q.   What leads you to that belief?         03:32
16     A.   I think he was scheduled for a         03:32
17 4-to-12 that day.                               03:32
18     Q.   And what leads you to that belief?     03:32
19     A.   That's just the way I recall it.       03:32
20     Q.   Was that something that you recall     03:32
21 from the schedule or something that you recall  03:32
22 George Hesse telling you?                       03:32
23         MR. NOVIKOFF:  Objection.               03:32
24     Q.   Or from some other source?             03:32
25         MR. NOVIKOFF:  Objection.               03:33

Page 610

Paradiso

1
2      A.   That's just the way I remember it.    03:33
3      Q.   Now, I believe you testified that     03:33
4  one of the things that you thought that the     03:33
5  on-duty police officer should have done that    03:33
6  evening was call you; correct?                  03:33
7      A.   Yeah, the officers that responded to  03:33
8  that fight there I felt did a great job in      03:33
9  taking care of the people that got injured, but 03:33
10 the only thing that I felt they were remiss in  03:33
11 is that they didn't notify a supervisor.        03:33
12     Q.   Do you believe that either Gary or     03:33
13 Richard Bosetti should have notified a          03:33
14 supervisor that night?                          03:33
15     A.   Gary and Richie should have been       03:33
16 down at the police station with the rest of the 03:33
17 officers working out the paperwork on the       03:33
18 arrest for the people that were involved in it. 03:33
19     Q.   And, in fact, Gary and Richard         03:33
20 Bosetti were the first officers on the scene;   03:33
21 correct?                                        03:34
22         MR. NOVIKOFF:  Objection.               03:34
23     A.   They were at the scene when it         03:34
24 initiated.                                      03:34
25     Q.   So they were the first officers on     03:34

Page 611

Paradiso

1
2    the scene?                              03:34
3            MR. NOVIKOFF: Objection.        03:34
4        Q.  Do you understand what I am saying  03:34
5    when I say --                           03:34
6        A.  The first officers on the scene were  03:34
7    the three that responded. Gary and Richie were  03:34
8    there as it happened. They didn't respond to  03:34
9    it. They were there.                    03:34
10       Q.  The fact that they took police   03:34
11   action didn't make them the first officers on  03:34
12   the scene?                              03:34
13       A.  No.                            03:34
14       Q.  Other than for should have going  03:34
15   back to the police station, was there anything  03:34
16   else that you think Gary or Richard Bosetti  03:34
17   should have done that evening that they didn't?  03:34
18       A.  Gary should have came back when I  03:34
19   asked him to come back.                  03:34
20       Q.  Anything else?                  03:34
21       A.  Besides coming back to the police  03:34
22   station and helping with the paperwork and the  03:35
23   arrests and everything else? Besides that?  03:35
24       Q.  Yes, besides that. You have already  03:35
25   testified to those.                     03:35

Page 612

Paradiso

1
2        A.  If they would have done all that, we  03:35
3    probably wouldn't be having this conversation  03:35
4    about all this.                         03:35
5        Q.  But I am saying is there anything  03:35
6    else that they should have done in your opinion  03:35
7    as the chief of police that they didn't do?  03:35
8        A.  I don't really understand what you  03:35
9    are trying to get -- have me explain.    03:35
10       Q.  Okay. Well, I will ask you some   03:35
11   more specific things.                    03:35
12       A.  Please. Thank you.              03:35
13       Q.  Do you believe that they should have  03:35
14   given statements that evening?           03:35
15       A.  Yes.                          03:35
16       Q.  Do you believe they should have  03:35
17   attempted to get eyewitness statements from  03:35
18   other people who were at the bar that evening?  03:36
19       A.  Well, if they would have been    03:36
20   assisting in the investigation from when it  03:36
21   started instead of leaving and then having  03:36
22   everything unfold the way it did, a lot of  03:36
23   different things would have happened there that  03:36
24   they would have done. They would have been  03:36
25   processing people for an arrest. They would  03:36

Page 613

Paradiso

1
2    have been bringing the people that were  03:36
3    attacked down to the police station to give  03:36
4    eyewitness statements about who choked who and  03:36
5    who came on top of who or all the information  03:36
6    that finally came to light. All that would  03:36
7    have been there before I was even called.  03:36
8        Q.  Should they have participated in the  03:36
9    investigation?                          03:37
10           MR. NOVIKOFF: Objection.        03:37
11       A.  Initially, yes.                 03:37
12       Q.  And should they have attempted to  03:37
13   secure the crime scene?                  03:37
14       A.  A bar fight -- traditionally in a  03:37
15   bar fight we wouldn't be securing a scene. It  03:37
16   isn't like you have a situation where I am  03:37
17   going to have Crime Scene come over and take  03:37
18   fingerprints and evidence and picture and all  03:37
19   these other things. When the officers that got  03:37
20   there -- I'm not even certain if the Bosettis  03:37
21   were there when they arrived. So there was a  03:37
22   lot going on at that moment. The officers were  03:37
23   more concerned with the people who were  03:37
24   injured, and since nobody was coming forward to  03:37
25   tell them what they saw, they could only go by  03:37

Page 614

Paradiso

1
2    what they heard from the people that got --  03:37
3    that were reporting to them, the people that  03:38
4    eventually ended up getting arrested.    03:38
5        Q.  Does it strike you as a bit odd or a  03:38
6    bit strange that two 20-year decorated veterans  03:38
7    of the New York City Police Department would  03:38
8    leave the scene of the assault?          03:38
9            MR. NOVIKOFF: Objection.        03:38
10       A.  I thought it was odd.           03:38
11       Q.  At the time that the on-duty      03:38
12   officers arrived at the scene, was there a  03:38
13   complainant at the time?                 03:38
14       A.  I don't know. I would have to go  03:38
15   over and look at the file.               03:38
16       Q.  So if there wasn't a complainant at  03:38
17   the time, would it even be -- well, strike  03:38
18   that.                                   03:38
19           If there wasn't a complainant at the  03:38
20   time, would it be fair to say that the on-duty  03:38
21   officers didn't even know a crime had occurred  03:38
22   at the time?                            03:38
23           MR. NOVIKOFF: Objection. I don't  03:38
24       even understand the question.        03:38
25       A.  To tell you the truth, I don't even  03:38

Page 615

Paradiso

1  know how to answer that question. I don't even  03:38
2  understand it.                                 03:38
3
4    Q.  Well, when I say "complainant," do      03:39
5  you know what I mean by a complainant?         03:39
6    A.  I know what I -- I know what I mean       03:39
7  by a complainant. I don't know what you mean   03:39
8  by a complainant.                              03:39
9    Q.  Why don't you tell me what you mean      03:39
10 so I will tell you if --                        03:39
11   A.  A complainant is a person that           03:39
12 called in saying that there was a fight at the  03:39
13 bar or somebody that got injured at the bar,    03:39
14 they called the police station saying "I got    03:39
15 injured at the bar." They are the one that      03:39
16 initiates the police action.                    03:39
17   Q.  So the person who called the on-duty     03:39
18 officers that night, regardless of whether they 03:39
19 were involved in the fight, could be the        03:39
20 complainant?                                    03:39
21   A.  They would be listed in our field        03:39
22 report as the complainant, the first person     03:39
23 that called it in.                              03:39
24   Q.  And at the time that the on-duty         03:39
25 officers were at the scene, do you know whether 03:39

Page 616

Paradiso

1  they even knew that Gary Bosetti was involved   03:39
2  at that time?                                   03:39
3
4    A.  I don't know.                            03:39
5        MR. NOVIKOFF: What was the               03:40
6    question?                                     03:40
7    (Record read.)                                03:40
8        MR. NOVIKOFF: The question is does       03:40
9    he know?                                      03:40
10        MR. GOODSTADT: Does he know.            03:40
11        MR. NOVIKOFF: Okay.                     03:40
12   Q.  I just want to focus a bit on the --      03:40
13 well, strike that. I will focus a bit on this   03:40
14 as well.                                        03:40
15       As -- I believe you testified that       03:40
16 officers -- the on-duty officers should have or 03:40
17 did a good job of going out and finding the     03:40
18 victim who may have needed medical attention;   03:40
19 is that correct?                                03:40
20   A.  Right.                                    03:40
21       MR. NOVIKOFF: Objection.                 03:40
22   Q.  Yes?                                      03:40
23   A.  Yes.                                      03:40
24   Q.  Do you believe that the Bosetti          03:40
25 should have allowed the alleged victim of the   03:40

Page 617

Paradiso

1  assault to have left the scene of the incident? 03:40
2        MR. NOVIKOFF: Objection to the           03:40
3    form. Foundation. A whole host of other      03:40
4    problems. Assumes facts not in evidence.     03:40
5    A.  I don't know what took place.            03:40
6    Q.  I want to focus a bit on the             03:41
7  investigation.                                  03:41
8        What bureau was Pat Cherry in in         03:41
9  Nassau County?                                  03:41
10        MR. NOVIKOFF: Objection. Asked and      03:41
11   answered.                                     03:41
12   A.  He was in detective bureau.              03:41
13   Q.  Do you know what type of crimes he       03:41
14 investigated?                                    03:41
15   A.  The way I remember it, he was either     03:41
16 a narcotics or a homicide detective, but I'm    03:41
17 sure he was a detective in probably a few       03:41
18 different areas.                                03:41
19   Q.  Do you know whether the Bosetis          03:41
20 ever gave a statement as part of the Halloween  03:41
21 incident?                                       03:41
22   A.  I don't recall.                          03:41
23   Q.  Did you ever read the Bosettis'          03:41
24 statement?                                      03:41
25

Page 618

Paradiso

1    A.  I don't remember it.                     03:41
2    Q.  Did you ever read a statement by         03:41
3  Sean O'Rourke? I know you testified that you   03:41
4  don't recall whether he was involved, but do   03:41
5  you recall ever reading a statement by him?    03:41
6    A.  No, I don't.                             03:41
7    Q.  If the Bosettis gave a statement,        03:41
8  would it have been appropriate for them to have 03:41
9  been able to review all the other witness      03:42
10 statements prior to them putting together a     03:42
11 statement?                                      03:42
12        MR. NOVIKOFF: Objection.                03:42
13   Q.  Do you understand what I am asking       03:42
14 you?                                            03:42
15   A.  I am trying to --                        03:42
16   Q.  Let me --                                03:42
17   A.  -- understand it.                        03:42
18   Q.  Let me rephrase it then.                 03:42
19   A.  Okay.                                    03:42
20   Q.  Would it have been appropriate prior     03:42
21 to Gary Bosetti giving a written statement for  03:42
22 George Hesse and/or Pat Cherry to give them     03:42
23 copies or show them copies of the other witness 03:42
24 statements that had already been taken?         03:42

Page 619

```
 1              Paradiso
 2         MR. NOVIKOFF:  Objection.        03:42
 3      A.  I think they wouldn't -- I don't     03:42
 4   think that would have been an appropriate act  03:42
 5   to take.  I think they should be able to give a  03:42
 6   statement based on their own personal knowledge  03:42
 7   of what took place.                    03:42
 8      Q.  So in your view as the chief of     03:42
 9   police that would have been inappropriate;     03:42
10   correct?                             03:43
11         MR. NOVIKOFF:  Objection.        03:43
12      A.  It could be viewed as inappropriate.  03:43
13      Q.  Well, I am asking what your view is  03:43
14   as chief of police.                    03:43
15      A.  I don't know if it happened or not.  03:43
16      Q.  Well, assuming it did happen.     03:43
17      A.  Oh.                          03:43
18         MR. NOVIKOFF:  Note my objection.  03:43
19      A.  I would think that they should not  03:43
20   have been afforded the ability to read everyone  03:43
21   else's statement prior to giving their own.   03:43
22      Q.  How come?                     03:43
23      A.  Because I don't see how it would   03:43
24   serve a purpose in forming their own       03:43
25   statements.  They should be able to give a   03:43
```

Page 620

```
 1              Paradiso
 2   statement on the basis of what they knew that   03:43
 3   took place.                          03:43
 4      Q.  In your mind, would it undermine    03:43
 5   their credibility if you learned that that    03:43
 6   happened?                            03:43
 7         MR. NOVIKOFF:  Objection.        03:43
 8         MR. CONNOLLY:  Objection.        03:43
 9      A.  I don't know if it would undermine  03:43
10   their credibility or not.               03:43
11      Q.  In your mind, would it undermine the  03:43
12   credibility of their statements, I should say,  03:44
13   if that happened?                     03:44
14         MR. NOVIKOFF:  Objection.        03:44
15      A.  I don't think so.               03:44
16      Q.  Is it proper procedure to show a    03:44
17   witness who is about to give a statement the   03:44
18   other statements that have been taken in      03:44
19   connection with the event?               03:44
20      A.  Well, were they giving witness --   03:44
21   were they giving a witness statement or were   03:44
22   they doing a police report on what took place?  03:44
23   I didn't -- I don't remember what their      03:44
24   statement said, so I don't know what format    03:44
25   their statement was given.  I'd have to look at  03:44
```

Page 621

```
 1              Paradiso
 2   their statement and see what it said to tell   03:44
 3   you whether or not it looked like a compilation  03:44
 4   or if it looked like an original statement.   03:44
 5      Q.  Assuming it was a witness statement.  03:44
 6      A.  Witness statement should be taken   03:44
 7   independent of what other people say.        03:44
 8      Q.  So you believe it was not following  03:44
 9   proper procedure if they had been shown the   03:44
10   other witness statements prior to giving their  03:44
11   own witness statements?                 03:44
12      A.  I'd say that would not be a normal  03:44
13   procedure to do.                      03:44
14      Q.  Do you know whether George Hesse or  03:45
15   Patrick Cherry interviewed the three on-duty   03:45
16   police officers in connection with their      03:45
17   investigation?                        03:45
18      A.  I don't recall.                 03:45
19      Q.  Do you believe that they should have  03:45
20   as part of their investigation?           03:45
21         MR. NOVIKOFF:  Objection.        03:45
22      A.  Yes.                         03:45
23      Q.  I believe you testified before that  03:45
24   you thought they did a thorough job.         03:45
25         If you learned that they never spoke  03:45
```

Page 622

```
 1              Paradiso
 2   with the three on-duty officers, would that    03:45
 3   change your opinion of the thoroughness of     03:45
 4   their job?                           03:45
 5      A.  I based my opinion on the           03:45
 6   thoroughness of the job that they did by the   03:45
 7   results of the case that went to court.       03:45
 8      Q.  Putting aside what happened         03:45
 9   afterwards and the results of the case, talking  03:45
10   about while -- just the concept of doing a    03:45
11   thorough investigation.                 03:45
12      A.  Well, the three officers that       03:45
13   arrived at the scene weren't witnesses to what  03:45
14   took place, so they could only testify to what  03:45
15   the people that ended up pleading guilty to the  03:46
16   different charges would say, so their         03:46
17   statements on what took place is only going to  03:46
18   be what the people that ended up getting       03:46
19   convicted of what happened took place.  They   03:46
20   didn't take any witness statements of any     03:46
21   eyewitnesses that were there, so what would    03:46
22   they -- what would their statements say?      03:46
23      Q.  Well, do you think they should have  03:46
24   found out what they tried to do to get witness  03:46
25   statements at that time, for example?         03:46
```

Page 623

Paradiso

1
2      MR. NOVIKOFF: Objection.          03:46
3    A.   I don't know.                  03:46
4    Q.   Do you know whether they --    03:46
5  Mr. Hesse or Mr. Cherry interviewed the three  03:46
6  or two alleged victims, the guys and the woman  03:46
7  that you spoke with?                  03:46
8    A.   I don't actually recall.       03:46
9    Q.   Do you think they should have?  03:46
10   A.   I think once the focus of the   03:46
11 investigation went from whether or not an    03:46
12 officer was acting inappropriate to people who  03:47
13 committed some offenses, it would be         03:47
14 inappropriate to take a statement from somebody  03:47
15 without reading them their rights and then    03:47
16 force them to make statements as to what they  03:47
17 did without benefit of counsel, so I don't know  03:47
18 if they had counsel with them when they -- once  03:47
19 a person is a target of an investigation, they  03:47
20 are read their rights and they are afforded   03:47
21 counsel before they are questioned.          03:47
22   Q.   When did they become a target in the  03:47
23 investigation?                       03:47
24   A.   I would think that they became a  03:47
25 target of the investigation once the witness  03:47

Page 624

Paradiso

1
2  statements came in saying that they were the   03:47
3  initial aggressors in this incident.         03:47
4    Q.   How about prior to the time they   03:47
5  became a target, do you think that Mr. Hesse or  03:47
6  Mr. Cherry should have spoken with them?      03:47
7      MR. NOVIKOFF: Objection.         03:47
8    A.   It isn't -- well, in a perfect   03:47
9  world, I guess, yeah, but these people didn't  03:48
10 live on Fire Island.  They came over for a    03:48
11 party.  And it wasn't like they were staying   03:48
12 for an undisclosed period of time on the beach.  03:48
13 They went right back on the ferry after I spoke  03:48
14 with them and I don't think they returned until  03:48
15 after the majority of the investigation had    03:48
16 taken place from the witnesses that had seen   03:48
17 what happened.                       03:48
18   Q.   But you had their address and phone  03:48
19 numbers; correct?                    03:48
20   A.   Yes.                        03:48
21   Q.   So just like one of the on-duty   03:48
22 police officers could have picked up the phone  03:48
23 and called you that night, either Mr. Cherry or  03:48
24 Mr. Hesse could have picked up the phone and   03:48
25 called them; correct?                 03:48

Page 625

Paradiso

1
2      MR. NOVIKOFF: Objection to form.    03:48
3    A.   I don't know if they did not do   03:48
4  that.                            03:48
5    Q.   Would it surprise you to learn that  03:48
6  they didn't do that?                  03:48
7      MR. NOVIKOFF: Objection.          03:48
8    A.   I don't know.                 03:48
9    Q.   Would it change your opinion of the  03:48
10 thoroughness of their investigation if you    03:48
11 learned that they did not do that?           03:48
12     MR. NOVIKOFF: Objection.          03:48
13   A.   Not necessarily.              03:48
14   Q.   Mr. Novikoff asked you something   03:48
15 about a hypothetical about if Gary Bosetti was  03:49
16 in shock.  Do you recall that?            03:49
17   A.   Yes.                        03:49
18   Q.   Okay.  If Gary Bosetti was in shock,  03:49
19 should his brother have gotten him immediate   03:49
20 medical attention as a twenty-year veteran of  03:49
21 the New York Police Department and off-duty    03:49
22 officer who was there that night?            03:49
23     MR. NOVIKOFF: Objection.          03:49
24     MR. CONNOLLY: Objection.          03:49
25   A.   It was a hypothetical situation on  03:49

Page 626

Paradiso

1
2  whether or not he was in shock.  I guess      03:49
3  hypothetically he did get him medical         03:49
4  attention.                       03:49
5    Q.   What do you mean by that?         03:49
6    A.   I don't know what he did.  It was   03:49
7  never determined that he was in shock.         03:49
8      MR. NOVIKOFF: Ergo being a         03:49
9  hypothetical question.               03:49
10   Q.   I believe you testified that you   03:49
11 went to a house on Bayberry looking for Gary   03:49
12 Bosetti; correct?                    03:49
13   A.   Yes.                        03:49
14   Q.   Why did you go to that house?      03:49
15   A.   I had asked -- I had asked around on  03:49
16 if anybody had any idea where he might be and  03:49
17 they pointed out a house on Bayberry.         03:50
18   Q.   Who did?                     03:50
19   A.   I don't recall, but I went to the   03:50
20 house and talked to the occupants of the house  03:50
21 to see if he was there and he wasn't.         03:50
22   Q.   Who were the occupants?          03:50
23   A.   There was a girl there with red    03:50
24 hair.  I don't recall her name.           03:50
25   Q.   Was her name Elise Miller?        03:50

Paradiso

1
2      A.   I don't know.                         03:50
3      Q.   Did you take a statement from her?    03:50
4      A.   No, I didn't.                         03:50
5      Q.   Did she tell you anything about what  03:50
6    happened that night?                         03:50
7           MR. NOVIKOFF:  Objection.             03:50
8      A.   I don't recall.                       03:50
9      Q.   Did you take any notes of your        03:50
10   conversation with her?                       03:50
11     A.   No.  I was looking for Gary Bosetti.  03:50
12   If he wasn't there, that was the end of the  03:50
13   conversation.                                03:50
14     Q.   Did you subsequently learn how Gary   03:50
15   Bosetti got off the island that night?       03:50
16     A.   He got off the island that morning.   03:50
17     Q.   That morning.                         03:50
18     A.   He went off in four-wheel-drive       03:50
19   truck, but I don't know whose.               03:50
20     Q.   You never heard that -- do you know   03:50
21   who Matt Bellowes is?                        03:50
22     A.   Who?                                  03:50
23     Q.   Matt Bellowes or Matt the plumber.    03:51
24     A.   I know Matt the plumber.              03:51
25     Q.   Right.  You never heard that Matt     03:51

Paradiso

1
2    the plumber took him off by private boat that  03:51
3    morning?                                     03:51
4      A.   No, I didn't hear that.               03:51
5      Q.   What makes you believe that he left   03:51
6    on a four-wheel-drive vehicle?               03:51
7      A.   Because he said he was just getting   03:51
8    off the beach down by Robert Moses.          03:51
9      Q.   Did he tell you that he had left on   03:51
10   a four-wheel-drive vehicle?                  03:51
11     A.   That's the way I remember it.         03:51
12     Q.   During the entirety of the            03:51
13   investigation did you take any notes?        03:51
14     A.   I might have taken some notes when I  03:51
15   was talking to the three people that came off  03:51
16   the boat.  They would have been in the file. 03:51
17          MR. NOVIKOFF:  If you took the        03:51
18     notes.                                     03:51
19     A.   If I took them.                       03:51
20     Q.   Why weren't the on-duty officers      03:51
21   part of the investigation?                   03:51
22          MR. NOVIKOFF:  Objection.  Didn't     03:51
23     they start the investigation?              03:51
24     Q.   Yes, well, I guess they did a         03:51
25   preliminary investigation that night, but the  03:51

Paradiso

1
2    investigation that George Hesse and Patrick  03:52
3    Cherry undertook, why were weren't the on-duty  03:52
4    officers part of that investigation?         03:52
5      A.   Well, we used the personnel who was   03:52
6    on duty at the time to carry on that         03:52
7    investigation.  George was the supervisor that  03:52
8    was on.  Pat was working.  I wasn't going to  03:52
9    call guys back in after they had just worked to  03:52
10   pay overtime to do an investigation.  I used  03:52
11   the guys that I had.  I don't have an unlimited  03:52
12   budget for personnel.  I have to be able to  03:52
13   justify expenditures.  I am not going to keep  03:52
14   guys over.  They all -- most of them have     03:52
15   second jobs that they go to when they leave me  03:52
16   or they have to sleep so they can go to their  03:52
17   second jobs, so...                           03:52
18     Q.   So just so we are clear, it's your    03:52
19   testimony that Pat Cherry was on duty and     03:52
20   wasn't called in specifically for this?      03:52
21          MR. NOVIKOFF:  Objection.             03:52
22     A.   I'm not certain whether or not he     03:52
23   was called in specifically.  After I left --  03:52
24   when George came in, I left the beach.        03:52
25     Q.   So it's possible that Pat Cherry      03:53

Paradiso

1
2    actually was called and he wasn't just the    03:53
3    personnel that was on duty; correct?         03:53
4          MR. NOVIKOFF:  Objection.              03:53
5      A.   I'm not certain which way it was.     03:53
6      Q.   When you spoke with Gary Bosetti on   03:53
7    the phone that next morning, was anybody      03:53
8    else -- well, strike that.                    03:53
9           You were in the police station at     03:53
10   the time?                                    03:53
11     A.   Yes.                                  03:53
12     Q.   Was anybody else with you?            03:53
13     A.   I don't recall.                       03:53
14     Q.   You don't recall Frank Fiorillo       03:53
15   being next to you?                           03:53
16     A.   It's possible.                        03:53
17     Q.   I believe that you testified today    03:53
18   about allegations of cover-ups.  Do you recall  03:53
19   that?                                        03:53
20     A.   Yes.                                  03:53
21          MR. NOVIKOFF:  Objection.             03:53
22     Q.   And I believe you testified that you  03:53
23   were not aware of any cover-up; is that       03:53
24   correct?                                     03:53
25     A.   That's correct.                       03:54

Page 631

Paradiso

1
2    Q.   If you were aware -- well, strike    03:54
3    that.                                      03:54
4        If George Hesse engaged in a          03:54
5    cover-up, I believe you testified that would be  03:54
6    criminal; is that correct?                 03:54
7        MR. NOVIKOFF:  Objection.              03:54
8        MR. CONNOLLY:  Objection.              03:54
9        MR. NOVIKOFF:  I don't think that      03:54
10   was his testimony.  I don't think the      03:54
11   question was ever posed that way.          03:54
12       MR. GOODSTADT:  I will pose it to      03:54
13   him.                                       03:54
14   Q.   If George Hesse engaged in a          03:54
15   cover-up of a claim of police abuse, would that  03:54
16   subject him to criminal sanctions?         03:54
17       MR. NOVIKOFF:  Objection.              03:54
18   A.   Yes.                                  03:54
19   Q.   And if you knew about George Hesse    03:54
20   engaging in a cover-up and didn't do anything  03:54
21   about it, would that subject you to any    03:54
22   criminal sanctions?                        03:54
23       MR. NOVIKOFF:  Objection.              03:54
24   A.   It certainly would.                   03:54
25   Q.   I just have a couple of final         03:54

Page 632

Paradiso

1
2    questions.  You testified yesterday about --  03:54
3    A.   Monday.                               03:54
4    Q.   Not yesterday.  Monday.  You are      03:55
5    right.                                     03:55
6        You testified Monday about the use     03:55
7    of some medication that affects your memory;  03:55
8    correct?                                   03:55
9    A.   Yes.                                  03:55
10   Q.   And I believe today you said          03:55
11   something to the effect that you have issues  03:55
12   with your memory as well as the fact that you  03:55
13   are proof positive that the recollection of  03:55
14   facts fades over time.  Do you recall that?  03:55
15       MR. NOVIKOFF:  Objection.  The         03:55
16   testimony speaks for itself.               03:55
17   A.   Actually, I don't recall that.        03:55
18   Q.   Okay.  The testimony speaks for       03:55
19   itself.                                    03:55
20       So Mr. Paradiso, sitting here today,   03:55
21   are you able to tell the jury that your    03:55
22   testimony on Monday and today is -- your   03:55
23   recollection of the facts that you testified to  03:55
24   on Monday and today is full and accurate?  03:55
25       MR. NOVIKOFF:  Objection.              03:55

Page 633

Paradiso

1
2    A.   To the best of my ability.           03:55
3        MR. GOODSTADT:  I'm done.              03:55
4        MR. NOVIKOFF:  Okay.                   03:55
5        I apologize.  I am going to try to     03:55
6    limit this to three minutes.               03:56
7    FURTHER EXAMINATION BY                      03:56
8    MR. NOVIKOFF:                               03:56
9    Q.   Sean O'Rourke, to your knowledge,     03:56
10   was he a friend of George Hesse's?         03:56
11   A.   No.                                   03:56
12   Q.   Do you have knowledge one way or the  03:56
13   other or --                                03:56
14   A.   I don't believe he was a friend of    03:56
15   George Hesse.                              03:56
16   Q.   Okay.  Mr. Goodstadt asked you a      03:56
17   question regarding delegation of training to  03:56
18   Mr. Hesse and you answered yes, if I recall  03:56
19   correctly.                                 03:56
20   A.   Yes.                                  03:56
21   Q.   For some reason he didn't ask you     03:56
22   what you delegated to him in this regard, so I  03:56
23   will.                                      03:56
24       With regard to training, what did      03:56
25   you delegate to Mr. Hesse?                 03:56

Page 634

Paradiso

1
2    A.   George Hesse would arrange with the   03:56
3    Suffolk County Police Department's academy  03:56
4    different dates that were available for    03:56
5    re-certification for firearms training, deadly  03:56
6    use of force training, if there were any   03:56
7    special training sessions that were available  03:56
8    to the seasonal police officers to go in for,  03:56
9    he would make the arrangements and post the  03:56
10   dates.  EMT refreshers or any OSHA requirements  03:56
11   that would have to be done.  Those type of  03:57
12   things.                                    03:57
13   Q.   Okay.  Mr. Goodstadt asked you some   03:57
14   questions about whether or not Cherry or Hesse  03:57
15   should have spoken to the victims.          03:57
16       Do you recall that happening say       03:57
17   within the last half hour?                 03:57
18   A.   Yes.                                  03:57
19   Q.   Okay.  Now, let me understand this    03:57
20   correctly.  The on-duty officers at the time,  03:57
21   Lamm, Nofi and Fiorillo, spoke to the alleged  03:57
22   victims right after the incident occurred?  03:57
23   A.   As far as I recall, yes.              03:57
24   Q.   They took statements, correct, to     03:57
25   the best of your recollection?             03:57

Page 635

Paradiso

1
2      A.   I believe that they did.          03:57
3      Q.   Okay.  You spoke to them that     03:57
4  morning when they came back or some of them?     03:57
5      A.   Yes.                              03:57
6      Q.   Anything that you could think of as   03:57
7  to what Hesse or Cherry could have asked them   03:57
8  that the three officers and you hadn't already   03:57
9  asked them?                               03:57
10     A.   Nothing comes to mind.            03:57
11     Q.   Mr. Goodstadt asked you a question   03:58
12 as to whether or not the on-duty officers   03:58
13 should have been part of an investigation.  Do   03:58
14 you recall that?                          03:58
15     A.   Yes.                              03:58
16     Q.   Now, this was off season; correct?   03:58
17     A.   Yes.                              03:58
18     Q.   The officers, if they were working   03:58
19 for the Village, would have been working for   03:58
20 the Village as part-time officers for a   03:58
21 particular shift; correct?                03:58
22     A.   Yes.                              03:58
23     Q.   They had other jobs; correct?     03:58
24     A.   Yes.                              03:58
25     Q.   Okay.  Now, they had already been   03:58

Page 636

Paradiso

1
2  part of the initial investigation; correct?     03:58
3      A.   Yes.                              03:58
4      Q.   They had already spoken with the   03:58
5  alleged victims; correct?                 03:58
6      A.   As far as I know, yes.            03:58
7      Q.   Mr. Bosetti and -- both Mr. Bosetti,   03:58
8  Richard and Gary, at least, to your   03:58
9  recollection weren't cooperative with these   03:58
10 three officers, correct, at least that night?   03:58
11     A.   Didn't seem to be.                03:58
12     Q.   Right.  Can you think of any purpose   03:58
13 that would have been served by having the three   03:58
14 on-duty officers be part of the investigation   03:58
15 subsequent to the first night of the event?   03:58
16     A.   Can you repeat that.              03:58
17     Q.   Yes.  We have established that the   03:59
18 three on-duty officers did the initial   03:59
19 investigation.  They spoke to the alleged   03:59
20 victims.  They tried to speak with the   03:59
21 Bosettis, but the Bosettis, according to what   03:59
22 you have learned, weren't the most cooperative   03:59
23 that evening; correct?                    03:59
24     A.   Okay.                             03:59
25     Q.   You had George Hesse as part of the   03:59

Page 637

Paradiso

1
2  investigation; correct?                   03:59
3      A.   Yes.                              03:59
4      Q.   You had Pat Cherry who, in your   03:59
5  view, was an experienced and former New York   03:59
6  City police officer?                      03:59
7      A.   Nassau County.                    03:59
8      Q.   Nassau County, who had done   03:59
9  hundreds, if not thousands of witness   03:59
10 statements.                               03:59
11          Given all these facts what benefit   03:59
12 could you think of that would have been served   03:59
13 by having three additional officers as part of   03:59
14 an investigation?                         03:59
15     A.   I can't think of any.             03:59
16     Q.   Then Mr. Goodstadt asked you some   03:59
17 questions about whether the Bosettis should   03:59
18 have been part of the investigation at least   03:59
19 that evening.  Do you recall that?        03:59
20     A.   Yes.                              03:59
21     Q.   Well, is it -- would it be   03:59
22 appropriate for a police officer who is being   04:00
23 accused of police brutality to be part of the   04:00
24 investigation into whether or not he committed   04:00
25 the brutality being alleged?              04:00

Page 638

Paradiso

1
2      A.   No.                               04:00
3      Q.   Especially within the first few   04:00
4  hours of the incident.                    04:00
5      A.   No.                               04:00
6      Q.   Would it be appropriate for the   04:00
7  brother of the police officer being alleged of   04:00
8  committing brutality to be part of the initial   04:00
9  investigation into whether or not his brother   04:00
10 committed the brutality?                  04:00
11     A.   No.                               04:00
12          MR. NOVIKOFF:  I have no further   04:00
13 questions.                                04:00
14 FURTHER EXAMINATION BY                     04:00
15 MR. CONNOLLY:                             04:00
16     Q.   You earlier indicated that you   04:00
17 believe Sean O'Rourke had been arrested for   04:00
18 drug possession; is that correct?         04:00
19     A.   Yes.                              04:00
20     Q.   He was arrested in Ocean Beach?   04:00
21     A.   Yes.                              04:00
22     Q.   Was George Hesse the arresting   04:00
23 officer?                                  04:00
24     A.   Yes, he was.                      04:00
25          MR. CONNOLLY:  No questions.  Thank   04:00

Page 639

```
 1              Paradiso
 2   you.                        04:00
 3        MR. GOODSTADT:  I have nothing      04:00
 4   further.                    04:00
 5        MR. NOVIKOFF:  All right.  Well,    04:00
 6   thank you very much.          04:00
 7        THE VIDEOGRAPHER:  That concludes   04:00
 8   the video record for today.  The time is 04:00
 9   4:01 p.m.  We are now off the record.    04:00
10        (Time noted:  4:01 p.m.)     04:00
11
12
13            ---------------------
14        EDWARD THOMAS PARADISO
15
16
17   Subscribed and sworn to before me
18   this      day of         2009.
19
20   ---------------------------------------
21
22
23
24
25
```

Page 640

```
 1
 2         C E R T I F I C A T E
 3
 4   STATE OF NEW YORK   )
 5              ) ss.:
 6   COUNTY OF NASSAU   )
 7
 8        I, KRISTIN KOCH, a Notary Public
 9   within and for the State of New York, do
10   hereby certify:
11        That EDWARD THOMAS PARADISO, the
12   witness whose deposition is hereinbefore
13   set forth, was duly sworn by me and that
14   such deposition is a true record of the
15   testimony given by such witness.
16        I further certify that I am not
17   related to any of the parties to this
18   action by blood or marriage; and that I am
19   in no way interested in the outcome of
20   this matter.
21        IN WITNESS WHEREOF, I have hereunto
22   set my hand this 10th day of August, 2009.
23            -------------------------
24        KRISTIN KOCH, RPR, RMR, CRR, CLR
25
```

Page 641

```
 1
 2   --------------------I N D E X------------------
 3
     WITNESS         EXAMINATION BY      PAGE
 4
 5   EDWARD THOMAS PARADISO  MR. NOVIKOFF 367, 633
 6              MR. CONNOLLY  550, 638
 7              MR. GOODSTADT    554
 8
     --------------------EXHIBITS------------------
 9
10   PARADISO              PAGE LINE
11
     Exhibit 17
12   Reply Affidavit..................... 377  2
13   Exhibit 18
     Complaint and Jury Demand............ 388  17
14
     Exhibit 19
15   Letter dated November 28, 2006....... 497  19
16   Exhibit 20
     Letter dated December 15, 2000....... 499  10
17
18
19
20
21
22
23
24
25
```

Page 642

```
 1
 2       ERRATA SHEET FOR THE TRANSCRIPT OF:
 3   Case Name:      Carter v. Ocean Beach
     Dep. Date:      July 29, 2009
 4   Deponent:      Edward Thomas Paradiso
 5          CORRECTIONS:
 6   Pg. Ln. Now Reads    Should Read    Reason
 7   ___ ___ _____ _____ _____
 8   ___ ___ _____ _____ _____
 9   ___ ___ _____ _____ _____
10   ___ ___ _____ _____ _____
11   ___ ___ _____ _____ _____
12   ___ ___ _____ _____ _____
13   ___ ___ _____ _____ _____
14   ___ ___ _____ _____ _____
15   ___ ___ _____ _____ _____
16   ___ ___ _____ _____ _____
17   ___ ___ _____ _____ _____
18
19          _____
20          Signature of Deponent
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS____DAY OF_____, 2009.
23
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____
```

## A

**ability (3)**
496:7 619:20 633:2
**abject (1)**
395:17
**able (11)**
373:6 423:8 494:23
509:23 564:15
595:13 618:10
619:5,25 629:12
632:21
**absence (1)**
465:24
**Absolutely (2)**
366:19 387:17
**abuse (11)**
489:24 490:19 554:25
556:21,24 557:14
558:14 561:15
562:6 599:15
631:15
**academy (9)**
442:17 443:24 503:8
586:8,9,21 590:20
590:25 634:3
**accept (1)**
536:22
**accepting (1)**
527:7
**access (1)**
508:24
**account (1)**
515:20
**accountable (5)**
380:16,23 381:2,10
407:6
**accredited (2)**
442:17 443:24
**accuracy (2)**
378:18 384:22
**accurate (14)**
380:9,18 381:20
382:6 384:19
390:10 412:15
413:6 436:4 446:8
472:10 527:16
539:15 632:24
**accusation (1)**
480:12
**accused (2)**
534:19 637:23
**achieved (1)**
567:8
**acquaintances (4)**
395:23 398:14 400:19
402:16

**acquaintance's (2)**
605:3,25
**acquired (1)**
587:3
**act (5)**
402:23 404:8 515:11
556:22 619:4
**acted (2)**
528:23 529:4
**acting (6)**
362:12 386:11 420:20
540:4 566:22
623:12
**action (9)**
377:9 481:24 484:15
514:16 526:23
550:16 611:11
615:16 640:18
**actions (2)**
382:19 529:8
**active (2)**
437:13 590:3
**activities (3)**
381:17 382:12 477:8
**activity (3)**
382:24 479:15 482:17
**actors (1)**
507:15
**acts (5)**
395:25 398:17 400:23
403:22 583:10
**actual (1)**
527:19
**addition (1)**
444:3
**additional (2)**
458:18 637:13
**Additionally (1)**
405:16
**address (2)**
594:14 624:18
**addressed (2)**
568:24 569:8
**addressing (3)**
469:5 484:2 569:9
**advance (3)**
435:18 436:3,15
**advise (52)**
377:7 401:25 402:7
402:11,15,22 403:9
404:5 410:4,9,13
447:2,23 448:7
450:19 471:4 474:8
479:9,19 480:16
482:12 483:4
484:19,23 486:6,24

487:4,14 488:9
491:12 492:2
494:17 520:17,25
521:16,21 522:13
523:23 525:17
526:2,4 530:9,13,18
537:11 538:9,23
539:6 542:3,10
543:2,12
**advised (7)**
471:9 482:7 501:11
523:17,24 535:8
541:21
**advising (1)**
522:10
**affidavit (9)**
376:21 377:3,8,16
378:2,8 387:14,20
641:12
**afforded (3)**
471:5 619:20 623:20
**afternoon (6)**
459:17 464:22 550:10
572:11,12,13
**agency (4)**
442:18 443:16,25
590:5
**aggressors (1)**
624:3
**ago (5)**
551:22 566:11 584:23
584:25 585:2
**agree (49)**
392:19 393:15 394:22
399:5 406:25 411:6
411:16 412:2
413:12 414:10
422:8 426:2 428:2
431:13 432:2 439:5
439:9,14,22 442:3
450:8 451:22
452:18 453:2
468:11 469:3 472:5
472:11,14 474:14
475:18 479:17,21
481:16,22 483:20
483:25 490:7
494:12 495:19
505:14 508:3,7
511:7 515:3,8
516:12 533:21
538:13
**agreement (1)**
369:15
**ahold (1)**
454:3

**aid (3)**
439:5,12 441:22
**airport (1)**
503:2
**al (1)**
366:6
**Albany (1)**
586:3
**alcohol (19)**
395:19,21 396:21
397:2,14,18,23
398:5 400:2,9
401:17 402:3
433:12 486:21
487:5 489:25
490:19 557:25
558:2
**alerted (1)**
593:20
**ALISON (1)**
362:15
**allegation (17)**
394:23 426:3 428:12
435:25 444:11
445:23 481:23
485:24 527:17
532:15 554:23,24
555:12 562:5
598:18 600:23
603:4
**allegations (6)**
438:7,12 483:13
533:15 561:17
630:18
**allege (14)**
390:18 395:10 399:3
407:11 408:2
412:24 416:4
427:15 430:24
431:6 437:2 537:4
539:9 540:23
**alleged (40)**
399:17 416:16 439:3
446:21 448:13
483:20 486:7,11
489:24 490:13
491:3 515:10 517:2
526:17 527:5 536:6
536:7,20 537:2
539:24 540:13,19
540:24 541:19,24
553:25 556:20,23
561:14 562:6
572:25 583:10
601:5 616:25 623:6
634:21 636:5,19

637:25 638:7
**alleges (3)**
406:3 430:23 492:13
**alleging (7)**
393:13 444:11 469:25
472:13 481:12
484:5 531:4
**allies (3)**
430:25 431:4,5
**allow (4)**
395:23 398:13 400:18
448:22
**allowed (9)**
390:9 430:25 444:4
445:23 446:10,24
447:4 473:11
616:25
**allowing (6)**
402:16 442:12 446:15
447:24 448:17
449:20
**altercation (7)**
470:23 503:23 504:16
507:5,15 508:11
517:14
**ambulance (2)**
516:20 556:14
**amount (5)**
418:10 419:11 473:8
510:10 604:2
**Andrew (3)**
364:9 366:24 551:16
**and/or (3)**
426:6 451:3 618:23
**annual (1)**
567:5
**answer (15)**
390:15 438:16 445:8
455:3 472:19 492:6
503:20 504:16
527:18 545:11
559:12 564:20
582:20 583:2 615:2
**answerable (1)**
406:23
**answered (6)**
368:3 395:4 437:20
562:4 617:12
633:18
**answering (3)**
437:18 581:21 598:21
**answers (1)**
466:4
**anticipate (1)**
553:15
**anticipating (1)**

370:3
**Anti-Semitic (3)**
606:11,19,24
**anybody (19)**
414:11,17 421:11
425:4 443:15 447:4
471:15 478:13,22
487:16 509:8
551:13 553:24
564:3,8 588:13
626:16 630:7,12
**anymore (1)**
559:20
**anyone's (2)**
427:24 436:15
**Anyplace (1)**
514:22
**apartment (1)**
486:15
**apologize (2)**
547:16 633:5
**apparently (1)**
427:12
**appeal (1)**
374:10
**appear (2)**
375:8 551:20
**appearance (1)**
592:23
**applicable (2)**
423:16 424:2
**application (1)**
407:21
**applied (4)**
407:17 500:12 501:21
502:6
**applying (2)**
403:20 501:11
**appreciated (1)**
547:10
**approach (1)**
370:23
**appropriate (12)**
486:19 577:25 603:19
604:11 605:5,8,23
618:9,21 619:4
637:22 638:6
**appropriately (3)**
420:21 529:5 539:23
**approval (1)**
575:25
**approve (1)**
408:21
**approved (1)**
575:6
**approving (1)**

575:10
**approximately (8)**
366:10 418:3 419:17
455:10,19 459:3
496:6 504:20
**April (3)**
369:10 456:20 457:16
**area (6)**
418:2 455:5 488:24
492:24 512:6,7
**areas (2)**
459:24 617:19
**arguably (1)**
533:12
**argument (1)**
565:12
**Argumentative (1)**
561:8
**Arnie (2)**
587:6,9
**Arnold (1)**
424:15
**arrange (2)**
383:11 634:2
**arrangements (3)**
551:12,19 634:9
**arrest (9)**
477:7,14 480:13
488:6,11 540:12,18
610:18 612:25
**arrested (7)**
478:16 608:2,3,6
614:4 638:17,20
**arresting (2)**
540:21 638:22
**arrests (5)**
477:24 478:2 484:8
485:13 611:23
**arrival (1)**
508:19
**arrived (12)**
506:8 510:24 511:15
511:17 516:24
517:7,11 518:5
525:14 613:21
614:12 622:13
**arriving (1)**
508:17
**ascertained (1)**
535:15
**aside (7)**
436:23 462:24 493:6
493:8,22 537:9
622:8
**asked (57)**
375:14 395:3 492:3

498:16 518:16
520:25 521:23,23
535:11 538:16,24
542:19 544:15
545:8 547:14,15
548:8,9 552:10,18
553:2,7 559:4
561:23 563:19
564:10 570:21,21
570:22 571:4,6,7,8
577:22 578:8 580:5
580:6,10 584:10
585:22 596:2,16
597:8 601:2 603:13
606:4 611:19
617:11 625:14
626:15,15 633:16
634:13 635:7,9,11
637:16
**asking (21)**
367:25 387:4 426:20
426:23 427:4 428:8
499:3 510:13 523:2
527:22 535:4
538:10 548:15
559:22 571:2 586:5
599:19,20 601:20
618:14 619:13
**aspects (1)**
379:22
**aspiring (1)**
444:19
**assault (2)**
614:8 617:2
**assaults (3)**
541:4,9,14
**assembled (2)**
470:13,20
**assign (3)**
444:5 445:25 446:11
**assigned (9)**
416:7 449:18 459:13
459:19,21 461:14
473:2 494:5,14
**assimilate (1)**
595:13
**assist (3)**
492:3 520:18 521:18
**assistance (3)**
452:2 494:24 511:5
**assistant (1)**
526:3
**assisting (1)**
612:20
**associate (4)**
374:24 395:22 398:10

400:15
**associating (1)**
402:12
**association (1)**
366:15
**assume (12)**
408:23 452:7,25
471:22 472:12,23
531:25 592:16
593:11,19 595:2
600:2
**Assumes (1)**
617:5
**assuming (5)**
505:25 591:19 604:7
619:16 621:5
**ate (1)**
397:8
**atmosphere (2)**
422:9,11
**attacked (4)**
529:10 539:24 540:3
613:3
**attacks (1)**
541:6
**attempt (7)**
395:25 449:22 459:15
477:6 478:3 589:10
589:13
**attempted (7)**
451:4 452:14,19
454:3 516:2 612:17
613:12
**attempting (2)**
536:16 541:3
**attend (1)**
511:11
**attendant (1)**
380:6
**attention (9)**
493:18 548:9 549:17
556:13 573:13
588:19 616:18
625:20 626:4
**attitude (2)**
414:16 421:20
**attorney (11)**
373:4 377:17 479:25
526:3 552:5,6,7,8,9
552:13,23
**attorneys (6)**
364:6,13 365:6 371:5
376:23 390:9
**attributing (1)**
484:13
**Aughenbaugh (1)**

571:8
**August (3)**
368:20 568:20 640:22
**authority (3)**
416:7 436:10,14
**automobile (1)**
472:5
**availability (1)**
553:5
**available (11)**
418:18 449:24 465:11
513:8 552:19,21
553:7,8,16 634:4,7
**Avenue (1)**
364:7
**average (3)**
457:2,17 458:11
**aware (46)**
369:10 389:17 391:16
411:25 412:3
416:15,17 431:3
434:12,15 435:5
438:18,20,24
441:19 443:13
445:10 448:21
471:13 476:25
500:11 501:20
503:7,16 506:11
508:10 514:15
515:22 524:21
531:10 549:16
559:24 560:3,4,7
574:19 583:14,21
593:12 594:16,18
596:21 597:13
609:3 630:23 631:2
**a.m (6)**
363:6 366:11,22
453:14,20 463:16

### B

**B (4)**
362:13 365:6 405:4
494:2
**back (57)**
366:22 367:20 368:21
370:3 371:5,10,14
398:5,7 400:9,12
402:8 425:9 445:2
453:20 459:24
460:2 461:24
466:25 468:10
477:25 493:17
498:22 519:10,20
520:11,14 528:21
529:21 544:18

547:21 554:11,16
554:22 566:10
574:22 579:14
586:10 588:4,20
589:16 591:3
593:17 595:15
598:5,14 600:16,22
603:3 606:23
611:15,18,19,21
624:13 629:9 635:4
**background (1)**
407:16
**backs (2)**
395:21 402:2
**Bacon (1)**
425:2
**bad (1)**
558:6
**bag (2)**
488:19,20
**balconies (2)**
485:3,4
**balcony (3)**
483:24 485:11 486:16
**bar (28)**
397:20 419:21 432:25
433:12 482:13
503:19 504:4 507:5
507:16 508:17
509:13,16 510:8,15
511:24 515:4,8
517:15,23 532:24
535:2 550:2 612:18
613:14,15 615:13
615:13,15
**barracks (3)**
514:20 518:9,10
**bars (14)**
395:20 397:5 400:5
401:22 419:15,18
420:2 431:24
445:19 449:21
456:14 481:14
482:19 493:3
**based (20)**
386:3 472:4 478:2
507:25 508:20,21
517:20 519:16
524:9,18 528:9,13
528:14,16,20
534:12 535:14
539:21 619:6 622:5
**bases (1)**
379:19
**basically (3)**
373:17 392:16 439:18

**basis (9)**
371:19 372:6 412:3
446:7 456:18 519:9
594:10 596:9 620:2
**Bates (1)**
499:15
**bathroom (13)**
444:21 445:2 473:12
473:16,20,25
495:10 496:7
595:20,25 596:15
597:10,22
**bay (13)**
405:6 417:20 468:6
485:6,7 491:15,20
492:4,17,20,25
502:3 512:20
**Bayberry (5)**
405:7 512:22 518:11
626:11,17
**beach (127)**
362:9,12 364:14,15
366:7 379:23 384:3
384:7 391:17 392:7
392:12 393:19,23
394:4,25 395:24
398:15 400:20
402:17 405:5,7
412:18 414:18
416:21 417:3,6,10
419:16 420:5,20
421:17 422:9,17
425:25 433:18
434:6,11,20 435:2,8
436:15 437:8 440:6
443:9 446:2 451:4
451:10,18,25
452:15,20,21 453:5
453:6 454:4 455:15
458:21,23,23,24
459:5,6,9,13 460:8
460:14,16 464:21
465:16 472:3,9,16
474:25 476:10,18
477:2 478:7,25
480:14,19 481:3,20
482:14 483:25
485:12 489:3,10
490:12 494:2
499:17 506:8 507:2
509:13 511:21
512:4,19,25 513:5,9
514:3,6,10,11
521:15 523:19
541:7,8,15,25
544:20 547:18

552:12 564:4 566:8
576:5 578:20
579:17 581:24
582:9 584:5 585:16
594:4 624:12 628:8
629:24 638:20
642:3
**bear (1)**
609:8
**becoming (1)**
423:21
**bed (1)**
505:20
**beer (7)**
446:25 447:7,25
448:9,14 483:22
485:11
**began (3)**
425:23 450:3 467:25
**beginning (3)**
435:17 450:10 456:16
**behalf (7)**
366:25 367:3,8 377:9
497:6 499:22
547:11
**behaved (1)**
539:23
**behavior (1)**
540:24
**belief (16)**
368:9 370:7 390:12
405:8 416:9 442:10
466:12 510:23
526:5 536:13 538:9
562:14,15 588:6
609:15,18
**believe (103)**
368:2 369:9 379:18
387:22 388:20
392:4,15,25 396:23
406:3 410:16,20,25
422:24 427:24
428:23 432:8
433:24 436:6 441:5
442:25 443:4
474:13 476:15,20
478:18 484:16
485:2 491:25
495:12 497:12
499:16,24 502:17
503:9,18 505:8
509:9 512:13
514:19 515:6
518:25 520:23
523:21 524:17
527:2 528:15 529:4

529:6 531:13
541:16 543:4,7
554:4,17 555:5
556:25 560:25
562:13 563:18
565:5 567:23
569:16 575:8 576:8
579:24 583:8
584:18 588:5 589:8
589:19 590:9,16,22
591:10 595:18
598:16 599:9,12,21
599:24 600:13
602:14 608:12
609:13 610:3,12
612:13,16 616:15
616:24 621:8,19,23
626:10 628:5
630:17,22 631:5
632:10 633:14
635:2 638:17
**believed (8)**
391:22 392:3 431:9
437:7 474:24 542:4
543:13 569:17
**belittled (1)**
601:7
**Bellowes (2)**
627:21,23
**beneath (1)**
492:15
**benefit (2)**
623:17 637:11
**berated (2)**
470:11,21
**best (6)**
368:11 376:14 516:22
545:15 633:2
634:25
**better (1)**
462:9
**beyond (4)**
532:11 581:20 587:8
606:14
**bicycles (2)**
418:21 461:21
**big (1)**
554:19
**bike (5)**
419:12,13 461:17,18
461:20
**bit (13)**
417:3 422:10 507:11
559:21 602:16,17
606:8 609:6 614:5,6
616:12,13 617:7

**blame (2)**
536:16,22
**blithely (1)**
444:6
**blocks (1)**
417:18
**blood (1)**
640:18
**blotter (5)**
467:18 601:18,24
602:6,9
**blue (6)**
390:20 391:2,16,23
392:3,21
**board (12)**
408:21 413:25 575:5
575:13,13,14,25
579:19 580:2,25
581:14 582:3
**board's (1)**
581:16
**boat (4)**
512:8 513:13 628:2
628:16
**boats (2)**
435:2 514:13
**Bob (1)**
574:3
**bolster (1)**
569:10
**bonus (2)**
372:2,5 564:6
**booklets (2)**
586:7 592:23
**Bosetti (70)**
466:9 503:24,24
504:4 506:12,23
508:12 511:6,10,16
514:17,24 515:2,4
515:12,13,19 516:3
516:6 517:13 518:5
520:18 521:2,2,17
521:24,25 524:20
528:6,10 529:22
530:15 536:15
537:8,8,9 539:12,18
539:21,23 540:12
540:18,19,20
547:25 554:25
556:4,20 557:9
558:12 560:20
561:13 562:5 575:7
575:18 576:4
599:14 610:13,20
611:16 616:2
618:22 625:15,18

626:12 627:11,15
630:6 636:7,7
**Bosettis (39)**
408:17 409:11 421:14
421:19 422:11,22
424:6,10,13 429:5
431:13,15 442:21
443:14 491:7,13,19
492:3 521:5,9,10
530:20 533:12,17
540:13 578:23
579:4,6 589:5,12
598:20 613:20
616:24 617:20,24
618:8 636:21,21
637:17
**Bosetti's (4)**
527:14 528:2 529:14
529:17
**Boundaries (1)**
417:14
**boundary (1)**
417:23
**break (8)**
410:8 507:10 519:24
527:23 542:9
595:25 597:22
598:5
**breaking (1)**
484:9
**breaks (2)**
495:9,10
**Breeze (1)**
492:25
**Brian (4)**
571:6,11,13,16
**bridges (1)**
514:4
**brief (1)**
597:21
**briefly (1)**
431:13
**bring (3)**
425:9 477:24 573:12
**bringing (1)**
613:2
**brings (1)**
387:24
**Brookhaven (2)**
502:2,2
**brother (3)**
625:19 638:7,9
**brothers (2)**
536:15 537:9
**brought (4)**
455:6 469:12 488:23

575:12
**Brownsville (2)**
422:11,15
**brutal (2)**
515:11 541:6
**brutality (12)**
396:2 398:18 400:23
402:24 403:2,4
581:11 583:11
637:23,25 638:8,10
**brutalize (1)**
528:10
**brutalizing (2)**
527:15 528:17
**buck (4)**
381:7 567:25 568:2
569:25
**budget (9)**
565:23 566:3,4,5,7,14
567:5,10 629:12
**bureau (2)**
617:9,13
**business (9)**
405:6 420:4,11,14,19
557:22 603:21,22
605:4
**businesses (1)**
466:25
**busy (4)**
461:23 463:25 466:23
492:24
**Butler (4)**
571:6,11,13,16
**button (1)**
505:17

_____
**C**
**C (8)**
362:9 364:2,14 365:2
494:2,5 640:2,2
**cabinet (4)**
491:7,15,20 492:4
**cadre (2)**
435:19 436:3
**call (35)**
414:13 432:14 444:24
445:7,19 450:16
454:10,12 468:4,14
468:19,21,23
469:11,12 494:24
496:8 503:20
504:16,18 505:4,18
506:5,9,10 521:5
546:23 556:14,14
556:15 571:14
574:12 591:11

610:6 629:9
**called (23)**
375:2 441:6 498:16
518:5,14 552:18
591:6,20,21,24
593:16 594:5,7
613:7 615:12,14,17
615:23 624:23,25
629:20,23 630:2
**called-in (1)**
468:3
**calling (3)**
487:14 508:9 552:2
**calls (3)**
452:11 454:18 598:22
**calm (1)**
423:8
**capacity (7)**
362:10,11,13,16
416:6 432:3 495:20
**car (5)**
434:22 461:25 544:13
577:17,18
**card (4)**
383:22 593:2,5 595:6
**care (6)**
373:15 442:7 556:16
556:17,18 610:9
**career (3)**
436:15 532:8,9
**Carollo (2)**
424:19,22
**carried (1)**
444:16
**carry (4)**
442:23 443:21 582:19
629:6
**carrying (1)**
443:16
**carry-overs (1)**
463:21
**Carter (18)**
362:5 366:5 404:15
423:20 466:10,12
502:21,22 530:3,9
543:8,23 544:6,10
545:3,7,14 642:3
**Carter's (1)**
390:5
**carts (2)**
418:22 461:23
**case (22)**
367:22 373:9 374:5
399:10 488:20
550:14 553:20
573:10 583:16,22

584:8,13,17,19,21
584:23 585:2
588:14,17 622:7,9
642:3
**catalyst (1)**
564:23
**caught (5)**
423:10 478:20,21
479:2 544:25
**cause (1)**
545:23
**Causeway (2)**
514:3,7
**causing (2)**
474:4 549:4
**cell (17)**
450:5,9,15,17,20,25
451:9,20 452:3,10
452:12 453:7
454:11,19,21
518:13 598:20
**certain (23)**
407:13 419:21,25
420:14 428:18
442:13 481:12,14
482:5 486:14
508:18 513:12
523:18 536:21
556:9 561:12 570:7
570:11 576:6,7
613:20 629:22
630:5
**certainly (7)**
379:3 422:9 438:22
469:3 495:6 581:19
631:24
**certification (8)**
427:19 429:10 442:14
443:23 588:5,8,20
589:6
**certified (9)**
363:14,15 428:19,25
429:7 431:22
435:21 442:16
447:4
**certify (2)**
640:10,16
**chain (2)**
415:14 488:21
**champion (1)**
395:15
**change (6)**
416:23 434:9,21
548:4 622:3 625:9
**changed (2)**
529:2 566:24

**charge (16)**
376:10 379:22 381:9
382:17 383:2,9
385:15 407:12
434:23 465:22,24
466:13 541:18,24
565:25 582:17
**charged (2)**
382:17 405:17
**charges (3)**
541:5 584:3 622:16
**chart (2)**
557:18,20
**chauffeur (5)**
433:17 434:4 435:7
480:17 603:6
**chauffeured (1)**
481:2
**check (2)**
466:25 593:2
**checked (2)**
467:16 468:6
**checking (1)**
467:3
**checkpoint (1)**
587:16
**checks (2)**
467:11,12
**Cherry (28)**
525:2 531:6,10,17,25
532:16 533:25
534:10,15,16,19
535:11,15 536:13
537:7,11 617:9
618:23 621:15
623:5 624:6,23
629:3,19,25 634:14
635:7 637:4
**chief (87)**
362:12 369:3 370:10
378:21 379:12,15
379:16 380:4,7,16
381:2,15 387:11,12
389:18 390:23
391:9,13 393:17,24
394:5,24 413:16,22
414:4,5 417:8
419:19,20,24 426:6
432:3,11 441:4,16
441:20 446:10,15
447:3 448:5 449:6
451:24 453:4 454:5
479:18,23 482:3,8
487:16 489:3
490:11 495:20
496:19 515:24

524:11,22 527:5,13
534:12 540:25
541:8,13,17 552:10
552:11 565:9,19,23
566:16,23,24 567:3
567:9,9 568:17,25
569:3,4,7,8 570:20
571:22,25 572:18
612:7 619:8,14
**chilling (1)**
560:6
**choked (1)**
613:4
**chose (1)**
415:21
**Chris (5)**
590:10,12,13,17,19
**circumstance (3)**
596:22 605:20 608:23
**circumstances (5)**
474:2 498:13 583:20
604:2 605:7
**citations (1)**
484:7
**citizen (2)**
384:7 437:7
**citizens (4)**
443:10 451:9,17,25
**city (15)**
422:16,25 428:24
429:6 437:14,14
531:19 588:7,25
590:3,5,20 595:8
614:7 637:6
**civil (20)**
362:15 379:12 428:19
429:11,12,15,17
430:9,14 431:23
435:21 436:21,24
565:10,15,19 584:4
584:6 588:13,16
**civilian (3)**
462:25 528:17 587:18
**civilians (9)**
436:19 437:2 444:8
503:24 527:15
528:10 541:4,10,15
**CJ's (1)**
456:17
**claim (5)**
389:17 556:19 591:5
603:5 631:15
**claimed (2)**
515:11 561:15
**claiming (1)**
379:11

**claims (2)**
438:21,23
**cleaning (1)**
495:16
**clear (7)**
437:21 504:7 558:11
578:14 588:22
597:14 629:18
**click (5)**
465:18,19 505:9,17
506:9
**clicked (1)**
505:22
**close (2)**
456:14 479:12
**CLR (2)**
362:25 640:24
**cocaine (1)**
608:11
**code (9)**
384:9 439:15 592:12
592:15,21 593:2,16
594:5,16
**codes (17)**
383:13,14,15,17,21
383:23 384:4
547:19 592:24
593:6,8,10,15,23
595:9,11,14
**coerce (4)**
398:20,23 401:6,9
**coerced (1)**
403:10
**coercing (1)**
396:2
**coercion (3)**
401:4 403:12,15
**colleagues (1)**
433:17
**collecting (1)**
435:13
**Collier (3)**
502:13,15,18
**colloquy (1)**
447:13
**Columbus (4)**
456:11,11,19 457:15
**come (33)**
384:2 414:11 461:3,4
461:5 463:20
475:14 477:15,20
503:22 517:7
518:17 519:3,10,20
521:6 544:14 545:9
547:4,10,17 552:3
553:9 556:16 576:4

585:12,17 596:11
598:5 606:23
611:19 613:17
619:22
**comes (3)**
447:16,17 635:10
**coming (10)**
367:20 370:3 423:23
452:11 479:2
554:11 572:9
587:17 611:21
613:24
**command (5)**
399:23 415:15 433:15
465:25 594:8
**commander (7)**
396:20 399:3,20,21
416:11,14,23
**commanders (2)**
395:19 396:13
**commanding (1)**
396:15
**commence (1)**
550:17
**commenced (2)**
377:10 550:19
**comment (1)**
451:13
**comments (1)**
606:12
**Commission (3)**
386:9,17 642:25
**commissioner (2)**
415:25 570:10
**committed (3)**
623:13 637:24 638:10
**committing (1)**
638:8
**common (5)**
440:25 490:5 533:6
548:10 591:13
**communicate (2)**
522:20 538:15
**communication (1)**
449:2
**community (1)**
417:11
**comparison (1)**
512:17
**compel (1)**
578:10
**compelled (1)**
433:6
**compensate (1)**
549:8
**competent (1)**

532:12
**compilation (1)**
621:3
**complain (18)**
394:3,11 413:14
443:19 446:20
447:22 474:3 496:4
496:12 546:24
557:13 558:14
577:13 579:20
582:22 583:5
599:25 606:18
**complainant (11)**
468:3 614:13,16,19
615:4,5,7,8,11,20
615:22
**complained (10)**
413:20 414:3 542:14
555:6 573:10
577:16,18 583:3
599:5 606:6
**complaining (8)**
414:17 415:5 421:6,7
495:14 533:25
542:22 598:18
**complaint (23)**
384:6 388:4,17,20
389:18 390:4,10
394:23 415:20
416:20 427:3
438:12 468:3
476:17 520:15
547:2 554:17
572:25 580:11
581:6 582:8,18
641:13
**complaints (18)**
384:11 414:8,22
416:13,16,17
420:18 448:17
525:12 556:12
578:15,19 579:15
579:25 580:24
581:12 606:9,15
**complete (1)**
382:6
**completely (7)**
380:9,17 382:5
384:19 494:16
495:6 603:24
**compliance (1)**
443:6
**compounded (1)**
442:11
**computer (1)**
467:21

**concept (1)**
622:10
**concern (2)**
443:8 581:17
**concerned (4)**
381:6 522:16 561:9
613:23
**concerning (27)**
368:14 392:12 416:13
416:22 426:14
429:13 443:14,16
468:23 475:20
476:18 480:11
481:13 483:21
491:3 495:16
505:16 526:5,24
530:14 534:14
535:6 538:11,25
544:6 546:16,19
**concerted (2)**
435:18 436:2
**concludes (1)**
639:7
**conclusion (1)**
539:21
**condemned (1)**
470:11,22
**condition (1)**
558:9
**conduct (9)**
405:22 414:16 481:12
481:17 484:12
486:11 496:16
524:23 534:16
**conducted (1)**
534:10
**conducting (1)**
534:20
**confidence (1)**
382:6
**confidentiality (1)**
584:11
**confirm (1)**
378:17
**confiscate (1)**
448:9
**confiscating (2)**
448:14 450:4
**confront (1)**
462:19
**confronting (1)**
508:3
**connect (1)**
465:12
**connection (5)**
551:11,19 554:13

620:19 621:16
**Connolly (24)**
365:9 367:6,6 387:10
550:9,13 554:5
557:10 560:24
561:20 573:15,22
574:24 577:2,6
580:15 595:5
599:17 620:8
625:24 631:8
638:15,25 641:6
**consecutive (5)**
492:14 493:11,12
494:5 495:22
**consider (3)**
473:22 476:4,6
**considerable (1)**
428:16
**considered (2)**
370:5 437:23
**consolidate (1)**
425:24
**consolidating (1)**
426:7
**constable (1)**
502:3
**constant (2)**
422:5 454:12
**constantly (1)**
546:23
**constituted (1)**
450:11
**consulting (1)**
534:25
**consuming (4)**
395:21 398:5 400:9
402:3
**contact (5)**
449:23 451:5,10
452:14,19
**contacted (1)**
373:3
**contain (1)**
462:15
**context (1)**
391:5
**contingency (1)**
461:4
**contingent (1)**
456:10
**continue (4)**
367:21 417:17 477:18
534:23
**Continued (4)**
362:20 363:9 365:2
520:12

**continuing (1)**
366:4
**contrary (1)**
528:22
**control (5)**
395:18 491:14 580:13
580:21 581:17
**conversation (17)**
498:21,25 520:25
521:13,17,22
523:22 527:20
529:18 550:16,22
550:24 551:4,7
612:3 627:10,13
**conversations (7)**
388:13 475:16,20
545:14 546:16,18
553:21
**convey (1)**
379:21
**convicted (1)**
622:19
**cool (1)**
423:10
**cooperative (2)**
636:9,22
**copies (2)**
618:24,24
**copy (2)**
592:21 593:5
**corner (1)**
546:21
**correct (164)**
368:6,11,12,17 369:2
369:5,13,20,24
370:14,20 372:10
372:23 373:24
374:2,3,6,8,10
375:6,7,9,14 376:22
378:6,13 381:7,18
385:3,5,16 386:6
387:6 389:5,25
392:17 396:17
397:25 406:15,16
406:18 408:7,8,13
408:18 409:3,5,8,9
409:16,19,22,23
411:15 413:7,10,17
414:8 418:15,16
425:21 428:13
429:2,7,8,25 430:2
432:18,20 435:9
436:16 437:3,24
438:3 439:13
441:23 451:15
455:8,16 473:20,21

475:10,11 478:5
494:25 495:2,4
503:20,25 504:5,9
504:13,14,18 505:6
505:7,10,12 506:24
515:5 517:2,20
525:7 531:11 533:3
533:9,13,14 539:25
544:7 554:3 555:7
555:19 557:5
558:14 562:25
564:13 565:11
568:3,10,17 574:25
580:3,14,17 582:12
585:7 588:10,12,25
589:25 591:11,17
592:12 594:19
595:3 597:17 599:2
599:7 600:8,11
602:18 610:6,21
616:19 619:10
624:19,25 626:12
630:3,24,25 631:6
632:8 634:24
635:16,21,23 636:2
636:5,10,23 637:2
638:18
**Correction (2)**
386:9,17
**CORRECTIONS (1)**
642:5
**correctly (10)**
371:22 372:15 373:25
416:20 455:7 470:7
519:2,16 633:19
634:20
**corruption (9)**
393:6,11,18,22 394:4
394:11,25 425:24
426:7
**cost (1)**
374:15
**counsel (8)**
366:23 375:12,15,19
553:22 623:17,18
623:21
**counsel's (1)**
551:11
**country (1)**
516:10
**County (48)**
362:14,14,15 386:10
386:17 405:9
427:20 428:19
429:2,7,10,10,12,17
430:9,14 431:23

435:22 436:21,24
440:17 442:10,17
442:18 443:16,23
443:25 461:19
488:23 502:5,13,15
502:18 503:4,8
525:8,16,25 531:20
531:21 588:9,16,23
617:10 634:3 637:7
637:8 640:6
**couple (13)**
457:21 460:6 461:17
478:24 522:24
523:7 544:6 546:4
546:11 547:3,22
609:8 631:25
**courage (1)**
390:20
**course (4)**
375:25 524:20 557:22
566:6
**court (14)**
362:2 366:14 367:9
368:2 374:4 382:13
467:5 500:17 525:9
525:10,11 535:24
569:2 622:7
**courthouse (1)**
467:16
**Courtney (2)**
365:5 367:7
**cover (22)**
379:18 392:6,11
395:25 398:17
400:22 403:7 444:5
444:16 445:3,13,25
446:12,16 458:21
458:22 462:11
536:14 541:3,14
596:3,17
**coverage (1)**
457:23
**covered (2)**
379:14 524:13
**covering (2)**
402:23 446:5
**cover-up (12)**
522:16 523:25 524:6
525:19 526:5
538:10,16,25
630:23 631:5,15,20
**cover-ups (1)**
630:18
**created (2)**
443:9 509:7
**creates (1)**

566:5
**creating (1)**
570:9
**credibility (3)**
620:5,10,12
**credible (3)**
608:13,15,18
**crew (1)**
516:20
**crime (8)**
508:16,22 509:3,10
509:11 613:13,17
614:21
**crimes (3)**
486:7 536:21 617:14
**criminal (16)**
385:11 392:7,11
402:12 481:24
484:15 486:2,3
541:3,5,9,18,24
631:6,16,22
**criminals (3)**
395:22 398:11 400:16
**critical (2)**
422:6 519:13
**cronyism (2)**
425:24 426:9
**cross (1)**
581:20
**crowd (2)**
462:15 483:23
**CRR (2)**
362:25 640:24
**cue (2)**
517:16 519:19
**cumulative (1)**
496:5
**curve (8)**
423:7,18 424:2 585:6
585:12,17 586:11
586:18
**cut (1)**
456:8
**CV (1)**
362:6

—————————————
**D**
**D (5)**
367:12,12,12 494:2
641:2
**DA (6)**
525:7,8,16,25 526:2,3
**Danalchuz (2)**
571:8 585:21
**danger (3)**
439:20 442:5,12

**dangerous (3)**
404:9 450:12 495:4
**date (2)**
468:2 642:3
**dated (4)**
497:19 499:10 641:15
641:16
**dates (2)**
634:4,10
**day (37)**
374:15 379:4 383:23
396:9 423:3 436:8
455:9,10,13,13
456:7,11,12,19
457:7,9,11,15
458:10,14,20
459:21 460:18
463:13 467:5 500:9
502:16 529:18
553:16 564:25
595:11 600:17,19
609:17 639:18
640:22 642:22
**days (7)**
368:21 463:10 465:5
494:10 495:22
522:25 523:8
**day-to-day (1)**
412:3
**DA's (1)**
526:4
**deadly (1)**
634:5
**deal (14)**
421:22 422:23 423:3
423:7,22 510:18
574:10,16,21 575:3
585:6,12,18 586:11
**dealer (3)**
479:12 480:14 607:25
**dealers (2)**
477:2 607:18
**dealing (2)**
479:15 586:25
**dealt (1)**
386:8
**December (2)**
499:11 641:16
**decide (1)**
438:21
**decided (3)**
408:18 434:8 458:3
**decision (8)**
407:23 408:20 409:4
409:7,10,24 519:15
531:14

**decorated (1)**
614:6
**defend (1)**
581:11
**defendant (9)**
367:4,8 405:4,10
406:6 408:2 428:6,7
550:14
**defendants (3)**
362:17 367:4,24
**Defendant's (1)**
497:15
**defense (1)**
569:11
**deficiency (1)**
508:8
**definition (2)**
455:12 548:22
**Dehnhoff (3)**
492:16,19 493:2
**delegate (3)**
568:5,12 633:25
**delegated (3)**
407:13 568:9 633:22
**delegation (1)**
633:17
**delivered (1)**
435:14
**Demand (2)**
388:18 641:13
**demanded (1)**
471:25
**demanding (3)**
430:14 529:14,16
**denial (1)**
378:20
**Dep (1)**
642:3
**department (79)**
362:12,14,15 364:16
369:4,5 378:22
379:15,16,17,23
380:5,15 381:7
382:16 383:4
384:15,16 385:15
385:25 386:5,10,12
386:18 388:25
390:24 391:18
392:13 393:10,19
393:24 394:5,12
395:2,17 412:18
414:18 418:15,19
421:24 426:2
429:18 430:4,10
435:22 437:15
442:11 452:15,20

452:22 453:6 454:4
476:19 477:10
481:20 489:4
499:17 502:6,9
503:4 516:7 523:20
528:24 531:19
541:9,15 542:6
555:20 564:4,8
566:9 569:23 576:5
577:8 585:16
590:21 594:4 614:7
625:21
**department's (3)**
378:20 450:4 634:3
**depend (1)**
608:23
**depending (6)**
418:3 463:25 465:6
549:4,10 605:7
**depends (3)**
516:4,18 605:20
**Deponent (2)**
642:4,20
**deposed (1)**
387:24
**deposition (15)**
362:20 363:9 366:4,8
367:21 375:3,5
378:4 497:15
551:12 552:4
553:23 562:22
640:12,14
**depositions (2)**
374:22 417:5
**depth (1)**
458:25
**deputy (3)**
362:12 566:22,22
**derelict (4)**
451:23 452:5 600:5
600:11
**dereliction (1)**
453:3
**describe (4)**
417:7 421:15 458:24
459:6
**described (4)**
417:6 468:12 479:7
509:4
**designated (1)**
381:4
**designations (1)**
380:17
**desk (6)**
444:21 445:18 467:22
595:18 596:12

597:21
**despicable (5)**
396:2 398:18 400:23
402:23 403:5
**despite (3)**
436:19 448:16 484:8
**details (2)**
579:13 585:3
**detective (3)**
617:13,17,18
**determined (1)**
626:7
**dial (2)**
505:19,22
**die (1)**
549:10
**difference (2)**
602:15,17
**different (22)**
385:4 396:12 407:17
410:21 422:3
461:16 462:11
475:19 512:6,7
546:13 549:3,15
558:10 559:22
569:10 602:3 606:8
612:23 617:19
622:16 634:4
**differently (4)**
391:12 533:5 542:5
542:12
**difficult (1)**
493:20
**dig (1)**
432:24
**direct (4)**
416:6 429:14 465:12
573:16
**directed (13)**
385:9,10 403:22
434:16 435:6 482:4
482:6 484:6 485:12
531:5 603:5,19
605:2
**directing (7)**
381:16 382:11,18
384:13 404:8
437:18 474:10
**direction (9)**
393:17 417:18 482:23
483:4 493:2,3
495:21,23 526:18
**directions (2)**
481:13 482:18
**directive (2)**
434:24,25

**directives (1)**
488:2
**directly (2)**
386:8 416:21
**disability (3)**
368:19 391:10,14
**disappear (1)**
547:25
**discipline (6)**
384:16 405:14 406:10
408:5 491:18,22
**discover (1)**
526:21
**discretion (1)**
425:11
**discuss (5)**
475:15 511:20 519:4
519:20 546:7
**discussed (1)**
484:24
**discussion (2)**
429:11,14
**disparaging (1)**
487:15
**dispatcher (11)**
437:7,23 444:20
445:17 449:19
458:16 590:13,15
590:18,22 594:8
**dispatchers (9)**
436:19 437:3,5,9,17
446:17 589:18,22
590:2
**dispute (1)**
600:24
**distance (1)**
418:11
**district (4)**
362:2,3 479:25 526:3
**districts (1)**
467:13
**divert (1)**
493:18
**division (2)**
502:3 503:2
**dock (8)**
444:5,15,24 445:20
445:25 446:11,16
597:20
**dockmaster (10)**
445:11 460:3 512:24
513:3,21 590:14,23
596:2,16 597:8
**dockmasters (2)**
460:7 595:17
**docks (5)**

444:16,18 460:3
600:25 601:8
**document (28)**
377:11 378:13 379:21
381:24 388:16
439:7 441:10
469:22 471:20
476:23 481:9
483:10,17 485:22
487:10 489:21
491:10 492:11
497:24 499:15
526:11 530:7,25
538:6,21 540:9
556:5,8
**documentation (1)**
509:7
**documents (1)**
524:12
**doing (17)**
411:25 448:12 461:20
474:10 475:7
477:16,21 493:7,24
531:11 544:16
547:5 557:9 574:9
595:10 620:22
622:10
**dollars (2)**
371:17 372:6
**domestic (11)**
489:24 490:19 554:25
556:21,23,23
557:14 558:14
561:15 562:6
599:15
**door (5)**
414:8 432:15 467:6
467:16 468:5
**doors (1)**
467:3
**doubt (5)**
380:11,20 381:22
384:21 395:7
**down-pouring (1)**
483:22
**draft (1)**
468:16
**drafted (2)**
441:10 526:22
**drafting (1)**
499:21
**drank (2)**
396:20 397:18
**drink (8)**
395:19 397:2,14
400:2 401:17

446:24 447:25
486:20
**drinking (8)**
397:22 431:24 432:5
432:25 433:12
447:6 486:16 487:5
**drive (14)**
418:17,24,24 419:3
434:16 512:8,9
513:24,25 514:2
603:6,20 604:10
605:3
**driven (1)**
434:11
**drug (13)**
476:25 479:12,14
480:13 488:7,12,15
489:5,11 607:18,24
608:3 638:18
**drugs (15)**
395:22 398:8 400:12
402:8 477:16,17,21
477:22 478:4 488:7
488:12,15 489:5,11
608:4
**drunk (2)**
434:20 491:14
**drunken (1)**
470:23
**due (1)**
475:6
**duly (3)**
367:13 431:22 640:13
**duties (10)**
406:21 433:16,25
435:7 452:5 481:19
591:23 592:3 600:5
600:12
**duty (46)**
393:4 416:8 431:25
432:5,25 434:9,19
435:21 445:17
448:19,23 449:3,21
451:23 453:4
464:10 465:9,21
466:17 471:25
481:4 486:20
494:14 506:13,17
506:19,19 507:16
517:15 531:6
577:22 578:7
587:12,17,25
591:22 596:4 604:8
604:13,25 605:3,18
606:2 629:6,19
630:3

| | E | |
| --- | --- | --- |

**E (9)**
364:2,2 365:2,2
367:12 494:2 640:2
640:2 641:2
**earlier (5)**
520:19 521:19 527:16
589:17 638:16
**early (2)**
456:5 503:17
**east (4)**
417:14,16 418:8
419:10
**eastern (2)**
362:3 417:19
**eat (2)**
400:6 496:7
**eating (3)**
397:11,16,21
**Ed (2)**
544:5 586:24
**Eddie (1)**
423:19
**Edward (8)**
362:5,21 363:10
366:4 639:14
640:11 641:5 642:4
**effect (2)**
608:9 632:11
**effort (2)**
435:18 436:2
**efforts (1)**
395:15
**Eight (1)**
418:7
**eight-hour (1)**
596:5
**either (27)**
370:20 375:24 403:21
409:21 461:4
463:13 465:20
477:16 480:18
482:4 505:19
507:21 508:11
509:7 522:3 530:17
535:10 543:18
553:21 554:2
570:12 580:7 590:2
596:6 610:12
617:16 624:23
**electric (2)**
418:21 461:22
**elevate (1)**
599:6
**eleven (1)**
584:24

**elicit (1)**
549:4
**eliminated (1)**
454:20
**Elise (1)**
626:25
**Elmsford (1)**
365:8
**else's (1)**
619:21
**emergencies (1)**
422:6
**emergency (19)**
421:25 445:15,19
449:19,23,25 450:4
450:9,15,20,25
451:20 595:21,25
596:11,13,16
597:10,22
**emphasize (1)**
532:16
**employed (4)**
405:5 423:4 500:25
502:22
**employee (1)**
368:16
**employees (9)**
405:14,18,20 406:10
408:5 412:10,20
413:2 566:19
**employment (5)**
396:9 407:22 436:8
527:14 528:2
**employment-relate...**
405:15 406:11 408:6
**EMT (1)**
634:10
**ended (6)**
450:24 464:22 537:21
614:4 622:15,18
**endemic (4)**
393:6,11,18 394:24
**ends (1)**
461:16
**enforce (1)**
396:4
**enforced (1)**
420:16
**enforcement (14)**
381:16 382:11,23
423:14,20 444:6,19
500:12 501:10,20
502:5 586:22,23
590:5
**engage (6)**
404:8 528:17 538:10

538:16,24 541:9
**engaged (6)**
393:10 403:21 405:21
543:14 631:4,14
**engaging (3)**
404:7 525:18 631:20
**ensure (1)**
442:6
**ensuring (2)**
405:18 412:9
**entered (1)**
601:18
**entire (5)**
376:11 378:23 381:23
446:16 493:12
**entirety (1)**
628:12
**entitled (6)**
371:6 372:25 374:7
552:5,6 565:9
**entrusted (1)**
380:5
**entrusting (1)**
444:6
**entrusts (1)**
380:15
**entry (5)**
467:18 468:7 601:24
602:6,9
**episode (2)**
599:14 600:23
**equal (1)**
372:5
**Ergo (1)**
626:8
**ERRATA (1)**
642:2
**escalate (1)**
462:17
**especially (2)**
445:14 638:3
**ESQ (3)**
364:9,19 365:9
**established (1)**
636:17
**establishment (1)**
420:19
**establishments (3)**
420:5,11,15
**estimate (2)**
420:7 463:5
**et (1)**
366:6
**evaluation (1)**
386:11
**evening (14)**

411:12 434:8
457:22 467:9
524:14 533:13
536:9 609:14 610:6
611:17 612:14,18
636:23 637:19
**event (19)**
439:23 440:25 509:21
509:24 516:14
532:21,22 533:2,3
533:19 549:7
572:21 591:13
601:21 602:5,7,8
620:19 636:15
**events (10)**
389:3,9,16 517:22
524:14 532:24
533:13 535:6
536:23 538:25
**eventually (3)**
488:22 518:14 614:4
**everybody (4)**
566:13,18 588:20
593:4
**everybody's (1)**
566:10
**evidence (10)**
426:5 488:19,20,22
488:22 509:6
526:21 557:7
613:18 617:5
**exacerbated (1)**
442:11
**exact (2)**
463:4 550:22
**exactly (13)**
382:4 399:15 409:2
426:16 454:23
498:24 510:22
523:2 527:20 551:6
556:9 570:7 582:10
**EXAMINATION (7)**
367:16 520:12 550:8
554:9 633:7 638:14
641:3
**examined (1)**
367:14
**example (8)**
430:25 449:17 466:8
474:23 493:25
494:4 568:8 622:25
**examples (1)**
542:21
**exception (1)**
532:25
**excess (1)**

417:13
**excessive (4)**
582:23,25 583:6
606:7
**excluding (1)**
458:12
**executing (1)**
378:13
**exercised (1)**
416:6
**exercising (2)**
413:15,21
**Exhibit (10)**
377:2 388:17 497:19
499:9,10,14 641:11
641:13,14,16
**EXHIBITS (1)**
641:8
**expansive (1)**
448:19
**expect (11)**
471:15 474:22 479:18
484:18 509:17
548:11 555:23,25
558:16 559:2
606:17
**expected (12)**
471:9 475:3 483:3
486:24 490:12
496:12 509:15,18
538:14 539:6
555:15 593:5
**expenditures (2)**
566:8 629:13
**experience (15)**
421:23 423:20 431:14
431:16 437:13
441:16 446:10
466:9,11 482:3
495:20 507:2
508:21 515:25
586:22
**experienced (3)**
531:18 586:25 637:5
**EXPIRES (1)**
642:25
**explain (5)**
501:6 549:23 579:8
594:9 612:9
**explained (1)**
605:12
**explaining (1)**
373:7
**explanation (3)**
438:10 550:3 605:15
**expression (1)**

543:2
**extensive (1)**
423:22
**extent (5)**
377:6 420:25 421:15
445:22 549:11
**extra (4)**
444:17 445:20 457:23
464:3
**eyes (1)**
444:18
**eyewitness (10)**
509:20,23,25 510:4
515:7 532:21,23
533:8 612:17 613:4
**eyewitnessed (3)**
533:2,12,18
**eyewitnesses (2)**
510:8 622:21
**e-mail (1)**
404:6

---

**F**

**F (1)**
640:2
**face (1)**
581:4
**fact (42)**
370:22 371:7 372:9
372:12 374:24
375:4,14 377:8
411:17 414:20
429:4 431:12
432:16 436:7,20
448:12 471:10
473:11 481:22
484:8 494:20
519:17,18 533:11
536:22 538:15
539:17,20 557:2
562:23 563:6,20
564:4,11,22 574:3
581:10 593:20
603:11 610:19
611:10 632:12
**facts (8)**
368:10 498:12 519:14
553:24 617:5
632:14,23 637:11
**factual (1)**
438:12
**fade (1)**
516:13
**fades (1)**
632:14
**fail (1)**

585:11
**failed (2)**
427:17 489:10
**failing (1)**
489:4
**failure (1)**
395:17
**fair (10)**
376:2,6 432:21
455:24 480:10
499:2,5 517:10
536:19 614:20
**fall (1)**
567:25
**fallen (1)**
395:18
**falls (1)**
490:5
**false (8)**
535:5,12,17 536:4,14
541:5,18,23
**family (1)**
376:11
**fan (1)**
432:22
**fans (1)**
432:18
**far (6)**
506:14 541:20 549:16
561:9 634:23 636:6
**fast (1)**
418:4
**fault (4)**
427:22,25 428:13
563:4
**favor (2)**
374:5 578:8
**favored (1)**
420:14
**favors (1)**
419:21
**FBI (5)**
500:15,20,21,23
501:2
**federal (1)**
387:23
**Feeding (1)**
557:12
**feel (8)**
376:17,19 393:21
395:5,5 415:4
542:15 600:17
**fees (1)**
373:23
**feet (7)**
417:16,21 418:3

419:6 459:3 483:23
511:24
**fell (1)**
547:3
**fellow (2)**
390:18 606:18
**felt (15)**
373:3 376:13 452:4
462:13 468:14
524:25 528:23
542:15,19 543:3
545:9,23 547:12
610:8,10
**ferries (2)**
512:11 513:10
**ferry (9)**
456:12 511:21,23
512:2,6,17,18 513:2
624:13
**field (21)**
467:19,20,21 468:8
468:12,13,16,18,22
500:13 526:17,22
585:10 586:6
592:23 601:4,8,11
601:14 602:11
615:21
**fifteen (7)**
378:21 379:23 387:13
417:8 419:18
490:11 544:2
**Fifth (1)**
364:7
**fight (10)**
509:13 531:7 532:17
535:6,7 610:8
613:14,15 615:12
615:19
**fights (1)**
532:24
**figure (1)**
519:14
**figured (1)**
370:11
**file (12)**
372:16,22 373:7,13
390:9 491:7,15,19
492:4 541:18
614:15 628:16
**filed (10)**
372:13 373:12 374:10
376:21 377:8,17
525:9,10 541:23
581:3
**filing (2)**
387:23 541:5

**filled (1)**
467:24
**final (4)**
406:22 407:19,23
631:25
**finally (1)**
613:6
**find (14)**
467:4,6 477:17 509:6
510:25 511:3,10,16
514:17 560:25
593:2 594:15,15
596:21
**finding (1)**
616:17
**fine (6)**
399:11 426:18 494:11
498:20 546:6
548:17
**fingerprints (1)**
613:18
**finish (2)**
367:21 598:5
**finished (1)**
468:2
**Fiorillo (107)**
362:5 365:15 366:5
389:25 390:9,17
391:21 393:8,13,15
394:2 395:9 396:19
399:16 401:15,20
401:24 402:6,10,14
402:21 403:8 404:3
404:5 406:3 407:10
407:25 412:7,23
415:18 416:4 423:2
424:2 427:15
430:23,23 431:6,21
436:25 438:10
444:10 446:19
469:25 470:4,9,12
470:17,21 471:2,9
471:23 472:2,7,13
472:24 474:3,22
479:9,13 480:16
484:18,22 491:12
491:17 492:2,13
493:6 494:14,17,21
495:8,13 496:3,12
500:9,12 501:6,10
501:13 503:20
504:15 507:13
517:12 520:16,24
521:11,16,21
525:23 530:18
537:5,12,16,20,23

538:8,14 542:9,10
542:22 543:12
576:10 577:21
601:6 604:25
630:14 634:21
**Fiorillo's (5)**
390:3 394:22 415:20
472:14 578:13
**fire (8)**
429:24 430:11 465:16
566:8 590:19,21,24
624:10
**firearm (1)**
442:14
**firearms (1)**
634:5
**firing (1)**
570:16
**first (29)**
374:2 382:9 390:16
423:3 452:4 454:10
500:8 501:12,18
502:16 510:17,24
511:17 518:6
520:16 522:9
525:14 530:4
555:11 556:16
557:25 567:4
610:20,25 611:6,11
615:22 636:15
638:3
**fiscal (1)**
566:5
**fit (1)**
464:4
**five (23)**
390:19 410:10 418:12
423:17,25 431:16
436:13 453:11
458:20 462:20
473:19 534:19
545:17,20,21 551:9
577:14 578:16,21
579:16,20 585:11
586:12
**flee (1)**
516:10
**Florida (1)**
502:11
**fluctuate (1)**
461:2
**fluctuated (1)**
455:21
**fluctuating (1)**
459:25
**focus (10)**

405:23 556:19 569:14
591:3 606:7 609:5
616:12,13 617:7
623:10
**focusing (1)**
428:4
**follow (3)**
386:2 421:10 466:19
**followed (1)**
469:14
**following (9)**
388:16 410:7 511:18
513:11 522:20
531:4 536:12
539:11 621:8
**follows (3)**
367:15 390:18 416:5
**follow-up (1)**
554:12
**foot (1)**
459:8
**forbidden (1)**
479:14
**force (8)**
431:2,4 582:23,25
583:7 606:7 623:16
634:6
**forced (4)**
373:17 429:24 468:7
496:4
**forcing (1)**
374:12
**forget (1)**
518:12
**forgot (1)**
560:17
**form (17)**
420:13 421:2 447:24
495:22 549:20
559:11 561:8,24
562:18 564:2
565:21 576:13
579:23 598:23
602:22 617:4 625:2
**format (1)**
620:24
**former (4)**
362:10 429:6 545:18
637:5
**forming (1)**
619:24
**forth (6)**
405:22 460:2 486:8
490:14 540:13
640:13
**forward (6)**

450:16 510:5 517:8
553:8,12 613:24
**forwarded (1)**
454:18
**forwarding (1)**
454:10
**found (8)**
388:22 521:8,11
540:3 584:3,15
608:8 622:24
**Foundation (2)**
601:20 617:4
**four (15)**
393:9 394:8 418:12
458:20 462:15,19
462:20 463:20
464:9,14 472:7,16
473:5 584:24
603:11
**four-wheel (2)**
512:9 513:23,25
**four-wheel-drive (3)**
627:18 628:6,10
**frame (4)**
386:21 387:7 391:11
407:4
**Frank (12)**
362:5 365:15 423:10
484:18 571:7
577:16 578:13,24
585:21 601:5
604:25 630:14
**freedom (1)**
471:5
**frequency (1)**
604:3
**frequent (6)**
395:20 397:5 400:5
401:22 449:21
572:21
**frequently (4)**
449:22 593:6,24
594:6
**Friday (4)**
458:17 463:12 464:20
553:14
**friend (3)**
479:13 633:10,14
**friendly (1)**
476:6
**friends (10)**
395:23 398:13 400:19
402:16 471:5
482:24 535:2 577:4
577:7 603:23
**friendship (2)**

476:5 576:23
**front (5)**
467:22 487:15 544:11
546:11,13
**fuel (1)**
435:14
**fulfill (1)**
393:4
**fulfilling (1)**
414:4
**full (1)**
632:24
**full-time (8)**
436:8 456:21 500:10
566:19 567:15
571:16,20 574:14
**functions (4)**
381:17 382:21,22
414:4
**further (14)**
374:12 438:5 478:3
508:23 512:18
516:14 537:6 554:5
554:9 633:7 638:12
638:14 639:4
640:16

---

**G**

**Gary (44)**
503:24 506:12 508:11
511:6,16 514:17,24
515:11 518:5
519:19 521:2,24
524:19 527:14
528:2,6,9 537:8
539:12,17,20,23
540:3,12,20 547:25
575:6,17 576:3
610:12,15,19 611:7
611:16,18 616:2
618:22 625:15,18
626:11 627:11,14
630:6 636:8
**general (3)**
379:14 403:3 421:7
**generally (3)**
458:14 463:8 593:10
**generated (2)**
467:19 468:13
**geographic (1)**
417:9
**geographical (1)**
417:22
**geography (1)**
511:21
**George (75)**

362:13 365:6 405:4
407:13 421:12
434:18 457:10
550:14 562:23
563:3,6 565:14,18
566:21,23 567:12
567:14,20 568:9,13
570:9,10,12 571:24
573:2,5,10 575:2
577:13,16 578:16
580:2,12,24 581:5,6
581:12,18 582:9,22
583:2,5,9 596:24
597:16 599:5,6
600:2,3,4 603:6,19
604:5,7,8,12 605:2
605:2,24 606:5
609:10,22 618:23
621:14 629:2,7,24
631:4,14,19 633:10
633:15 634:2
636:25 638:22
**George's (3)**
464:3 465:5 573:2
**getting (9)**
452:21 468:24 473:18
572:9 581:6 609:7
614:4 622:18 628:7
**Giancanti (2)**
499:18 500:4
**Gilberd (3)**
583:16,21 584:5
**Gilly (2)**
364:5 366:25
**girl (1)**
626:23
**give (23)**
371:23,25 372:2,9
432:24 463:4
489:24 507:9
509:25 518:17
552:23 557:23,24
558:4,7 566:20
604:2 605:15 613:3
618:23 619:5,25
620:17
**given (18)**
371:23 392:19,20
411:17 429:23
446:9 468:11
485:16 490:19
497:6 515:24 517:8
589:17 592:21
612:14 620:25
637:11 640:15
**giving (9)**

378:5 429:18 432:14
482:22 618:22
619:21 620:20,21
621:10
**glass (7)**
557:12 558:4,13,23
561:14 562:5
599:14
**go (94)**
368:13 373:10 374:12
374:13,16 378:15
380:14 381:14
382:25 384:12
388:9,19 389:10,11
389:23 393:3
394:10 396:24
399:24 401:14
404:3,25 406:12
412:8,22 414:22
415:9,13 419:7
425:22 427:14
430:17,22 434:8
435:3 438:5 439:2
441:3 444:21 445:3
454:12 457:3
462:21,25 464:21
464:21 466:18,22
468:10 469:19
473:12,25 475:23
477:11 479:24
493:19 496:7 497:3
513:25 514:6,8,10
517:24 518:8 519:8
520:14 534:24
540:22 544:3 547:2
553:16 554:22
579:13 584:17
585:8 586:10 588:4
588:8 589:5,13,16
590:24 595:15,20
600:16,22 603:3
605:16 613:25
614:14 626:14
629:15,16 634:8
**goes (7)**
392:17 395:9 431:6
431:21 475:9 552:7
581:8
**going (54)**
366:23 371:9 372:21
373:6,7,12,19,19,22
377:4 387:16,18
388:7,9,12 394:4,11
403:18 404:3 405:2
405:3 408:4 415:3
419:8 430:18

447:12 465:6 497:8
498:22 513:18
516:18 537:18
542:25 547:4,6,7
550:17 552:23
553:7,11 564:16
566:12 579:14
587:16 589:10,12
611:14 613:17,22
616:17 622:17
629:8,13 633:5
**golf (4)**
418:22 461:23 553:10
564:24
**Golippi (3)**
440:10 574:3 575:2
**Golippi's (1)**
440:19
**gonna (3)**
370:4 441:4 516:9
**good (8)**
367:18,19 371:8
387:9 421:3 550:10
577:4 616:17
**Goodstadt (95)**
364:9 366:17,24,24
369:16 375:6 376:5
382:8 385:17,21
386:20,24 387:15
390:11,13 391:19
392:24 393:20
395:3 396:22
397:24 399:6,9,12
399:15 406:5,17
411:4,9 414:9
422:13 426:19,23
427:5,9 428:16
430:21 432:7,19
433:2 438:14
441:25 446:4 447:8
447:12,18 449:9
473:7 495:25 497:7
497:17 508:13
516:16 520:3
522:19 524:16
528:12 531:16
533:20,22 534:4
535:18 536:24
540:15 541:11
542:7 547:14,24
548:6,13,18 549:25
550:25 551:3,17,23
554:7,10 563:18,23
580:10 597:25
598:15 599:20
601:23 602:4

616:10 631:12
633:3,16 634:13
635:11 637:16
639:3 641:7
**Goodstadt's (3)**
368:4 388:21 551:18
**good-hearted (1)**
371:13
**gosh (1)**
454:23
**gotten (9)**
370:4 371:7 434:7
503:12 528:21
547:7 560:19 607:3
625:19
**graduate (1)**
586:8
**granted (1)**
500:24
**graphic (1)**
473:18
**great (3)**
380:22 453:10 610:8
**group (2)**
461:5 486:17
**guarantee (1)**
425:16
**guess (8)**
389:6 525:11 551:8
553:6 599:10 624:9
626:2 628:24
**guilty (3)**
536:21 584:3 622:15
**guy (16)**
445:2 454:15 457:11
457:12 459:23,25
459:25 461:24
466:2 478:9,15,23
581:3,7 583:17
596:12
**guys (35)**
411:11 434:7,20,21
435:3 457:21
459:16 461:3,17,22
462:10,12,12,13,14
462:20,20 463:20
463:22 464:4 465:9
466:20 493:16
516:21 517:5
547:13 586:8
587:17 595:7,8,12
623:6 629:9,11,14
**G-I-A-N-C-A-N-T-...**
499:19

_____

**H**

**H (1)**
367:12
**hair (1)**
626:24
**half (3)**
417:15 419:9 634:17
**half-hour (1)**
519:25
**Halloween (19)**
462:24 496:25 497:4
503:15 524:10,24
526:6,24 528:6
536:15 538:11,25
547:21 578:22
608:25 609:4,6,11
617:21
**hand (2)**
373:18 640:22
**handed (1)**
383:22
**hands (1)**
519:10
**handwriting (2)**
577:19 578:13
**hand-picked (2)**
435:19 436:3
**hang (1)**
366:17
**happen (9)**
490:24,25 493:18
558:25 562:8
575:16,20 596:2
619:16
**happened (42)**
434:13,18 465:15,15
466:15 519:7
559:17,23 561:3,10
561:12,18,22
562:13,15,16 573:2
573:5 574:5 592:8
594:9 595:19
596:23 597:6,15,20
598:25 599:10,13
599:22,24 607:7,12
611:8 612:23
619:15 620:6,13
622:8,19 624:17
627:6
**happening (8)**
388:25 441:8 463:6
490:21,23 491:16
507:20 634:16
**happy (6)**
369:19 370:19 372:8
374:18 375:23
581:10

**hard (3)**
472:19 527:18 560:25
**Hardman (4)**
424:15,16 587:15,23
**Hardman's (1)**
587:6
**head (9)**
378:22 379:7,10,15
379:17,20 380:4
393:10 549:12
**headquarters (1)**
449:18
**health (2)**
438:3 475:5
**hear (25)**
392:17 434:2 435:11
440:19 448:4
480:25 482:16,21
485:8 486:10
487:12,18,21,24
488:4 489:14 491:2
496:15 500:17
535:24 559:9 561:3
591:17 596:23
628:4
**heard (26)**
391:3,4 392:23,25
401:14 433:10
440:14,15 485:18
496:19 517:21
552:22 555:8,9,12
559:3,5,6 591:25
592:9,17,17 595:2
614:2 627:20,25
**hearsay (1)**
535:9
**heart (2)**
371:9 548:25
**heartbroken (2)**
388:22,24
**height (1)**
456:7
**held (7)**
363:10 366:8 380:16
380:23 381:10
464:2 544:18
**help (2)**
441:7,13
**helping (1)**
611:22
**hemorrhagic (1)**
549:6
**hereinafter (2)**
405:9,25
**hereinbefore (1)**
640:12

**hereunto (1)**
640:21
**heritage (1)**
607:2
**hesitancies (2)**
424:20,24
**hesitancy (5)**
424:6,9,12,16 425:3
**Hesse (259)**
362:13 365:6 367:5,8
367:25 371:24
385:2,7 386:15
392:10,22 394:10
396:16 399:20,25
399:25 400:4,8,11
400:14,15,18,22,25
401:6,9,17,21,25
402:5,7,11,15,22
403:9,21 404:7
405:4,4,8,10,16,21
406:6 407:8 408:2
410:4,9 411:2,8,14
411:17 412:3,8,24
414:22,23 415:4,5,9
415:18 416:5,6,9
419:20,24 420:9,14
420:20 425:23
426:6,15 428:3,5,6
428:11 430:25
431:3 433:14,22,24
434:3,17 435:6,12
435:17 436:2,7,18
437:2 444:4 445:22
446:10,15,23 447:4
447:24 448:8,12
449:20 456:21
458:13 463:7,9
464:16,17,24
465:15,21 466:16
470:11,21 471:4,25
472:6,8,15,24 474:4
474:10,24 475:7
479:5,11 480:11,17
480:18 481:2,13,24
482:4,6,13,22 484:6
484:13,14 485:12
485:25 486:6
487:14,18,21,24
488:5,10 489:3,9,10
492:14 494:13
495:8,15 496:4
504:11 505:5,12
506:9,10 508:10
522:10 524:6,13,19
524:23 525:18
526:19 530:10,14

530:19 531:4
534:15,20 535:10
535:16 536:13
537:7,11 538:10,15
538:24 539:12
540:11 541:14,18
541:23 542:5,12
543:3,13 544:22,24
550:14 560:21
562:23 563:6,16,19
565:18 566:17,21
566:24 567:12,14
567:20 568:9,13
570:13 573:10,12
574:21 576:23
577:13,22 578:16
580:2,12 581:5,6,13
582:9,22 583:2,5,10
597:19 599:5,6
600:2,3,4 603:6,19
604:7,8,12 605:2,2
605:24 606:5
609:10,22 618:23
621:14 623:5 624:5
624:24 629:2 631:4
631:14,19 633:15
633:18,25 634:2,14
635:7 636:25
638:22
**Hesse's (24)**
370:14,24 409:15
416:22 420:23
427:22 428:13
448:17,22 481:17
481:19 482:18
535:2 541:2 563:3
565:14 571:24
573:2,6 580:25
581:18 596:24
597:16 633:10
**hey (2)**
593:18 594:6
**hidden (1)**
523:9
**highest (1)**
395:15
**highly (1)**
421:24
**highly-intoxicated (1)**
470:3
**hire (6)**
408:18 431:8 455:15
457:4 462:12 552:8
**hired (18)**
389:8,14 408:17,24
429:4 436:18 437:2

437:5,6,9,16,22
442:21 443:3
455:20 589:20
590:21 592:20
**hiring (5)**
405:14 406:10 408:5
570:16 575:6
**Hirsch (2)**
581:23 582:4
**hit (4)**
517:16 519:19 549:11
581:4
**hold (1)**
376:18
**home (1)**
464:21
**homicide (2)**
531:18 617:17
**hop (1)**
516:9
**hope (3)**
469:17,18 529:7
**hoped (1)**
509:22
**hopefully (4)**
367:21 378:16 453:24
474:20
**hospital (1)**
549:19
**hospitalized (1)**
549:14
**host (1)**
617:4
**hour (3)**
520:2 572:7 634:17
**hours (7)**
496:6 514:17 517:15
572:6 585:9 605:25
638:4
**house (16)**
429:19 518:10 521:14
544:11 545:22
546:8,12,13,14
605:3,25 626:11,14
626:17,20,20
**Houser's (12)**
503:18 504:17 511:22
517:15 522:14
523:24 527:15
528:10 531:7
532:17 535:2 550:2
**hundreds (2)**
531:22 637:9
**hurt (3)**
376:16 510:19 570:8
**hypothetical (4)**

604:24 625:15,25
626:9
**hypothetically (2)**
415:17 626:3

**I**

**ID (1)**
569:6
**idea (1)**
626:16
**identification (4)**
377:3 388:18 497:21
499:12
**identified (5)**
403:23 471:3 489:6
489:12 505:15
**identify (2)**
478:7 509:20
**idiot (2)**
558:20,22
**idiots (1)**
595:10
**ignored (1)**
415:19
**immediate (1)**
625:19
**immediately (6)**
430:11 483:5 508:9
516:8 549:17
591:17
**impede (1)**
479:5
**importance (1)**
450:14
**important (7)**
404:4 439:15,23
442:2 469:5 474:16
553:19
**impossible (1)**
510:6
**improper (1)**
495:23
**improperly (2)**
415:19 528:23
**impunity (5)**
395:25 398:15 400:20
402:19 471:6
**inadequate (1)**
416:13
**inappropriate (9)**
447:13 494:17 495:7
495:15 525:3 619:9
619:12 623:12,14
**incident (69)**
439:3,10 462:16,18
462:25 467:25

468:15,18 469:25
474:23 483:21
484:2,24 490:8,13
490:18 491:3,6
493:19 497:2,4
503:16,18 504:9,13
505:16 506:21
507:13 513:6
514:18 515:5 519:4
521:7 523:8 524:10
524:24 526:6,24
528:7 531:8 533:8,9
533:18 534:2,3
536:16 539:12
547:21 554:24
555:7,9 561:13
576:9,10,12 578:23
601:4,7,9,17 608:25
609:4,6,12 617:2,22
624:3 634:22 638:4
**incidents (6)**
469:14 523:19 538:11
562:16 582:24
592:8
**include (1)**
383:12
**included (1)**
534:25
**including (7)**
384:13 405:12 406:8
416:8 417:15,21
433:15
**Incorporated (3)**
362:9 364:13 366:6
**increase (10)**
370:16,24,25 549:2
566:14,20,21
567:17,18,21
**increased (1)**
370:14
**independent (1)**
621:7
**indicated (2)**
367:23 638:16
**individual (4)**
480:20 488:6,11
608:11
**individually (4)**
362:10,11,13,16
**individuals (1)**
535:4
**inexorably (1)**
395:17
**information (16)**
405:8 416:9 420:25
442:10,22 484:17

510:2 516:8 519:7
528:20,22 529:2
535:15 536:13
537:6 613:5
**informations (1)**
525:11
**informing (1)**
451:24
**inhibit (1)**
414:16
**initial (5)**
509:19 624:3 636:2
636:18 638:8
**initially (4)**
368:20 535:23 536:3
613:11
**initiated (3)**
567:2 568:21 610:24
**initiates (1)**
615:16
**injured (13)**
510:17 511:2,2,7,12
516:19 518:3 540:5
556:14 610:9
613:24 615:13,15
**injuries (7)**
510:18 511:11 515:13
516:5 549:11
556:17 558:6
**injury (5)**
370:3,5 418:5 548:4,8
**inquire (4)**
491:17,24 523:12
537:16
**inquiry (1)**
503:5
**inside (8)**
433:18 434:5 468:18
480:18 592:22
604:15,16,19
**install (2)**
425:23 454:21
**installed (1)**
454:19
**installing (3)**
426:6 546:20,22
**instance (5)**
440:12,12 467:2
475:4 584:20
**instances (1)**
465:20
**instruct (2)**
392:5 540:12
**instructed (7)**
419:24 420:9 433:14
433:22 482:12

495:8 540:17
**instructing (2)**
448:8 477:12
**instruction (1)**
471:14
**insufficient (2)**
462:4,6
**integrity (1)**
395:15
**intent (1)**
608:7
**interceding (1)**
470:22
**interest (4)**
477:4,13 478:7 479:6
**interested (2)**
476:2 640:19
**interfere (1)**
479:14
**interfering (1)**
480:12
**intermixed (1)**
457:21
**interruptions (1)**
450:3
**intersection (4)**
492:16,19 493:11
494:15
**intervene (1)**
576:11
**intervened (1)**
529:6
**interview (1)**
502:7
**interviewed (3)**
536:9 621:15 623:5
**intoxicant (1)**
558:8
**intoxicated (10)**
433:17 434:4,11,16
448:18,23 449:3
470:10 484:7
485:10
**introduce (1)**
366:23
**inventory (1)**
488:15
**investigate (6)**
441:22 478:3 531:7
532:21 533:3 547:3
**investigated (8)**
480:11 500:14,19
503:3,7 533:17
534:2 617:15
**investigates (2)**
533:7,7

**investigating (2)**
486:7 509:19
**investigation (51)**
385:11 479:6 508:24
510:22 520:19
521:19 524:20,24
525:4 526:6 530:15
532:5 534:11,14,16
534:21,24 537:7,12
537:17,21,24
612:20 613:9 617:8
621:17,20 622:11
623:11,19,23,25
624:15 625:10
628:13,21,23,25
629:2,4,7,10 635:13
636:2,14,19 637:2
637:14,18,24 638:9
**investigations (2)**
407:16 477:19
**investigator (2)**
500:16,21
**involve (2)**
392:22 483:20
**involved (16)**
478:11 507:4,13
508:11 517:14
521:5,9,10 525:7,16
553:18 600:24
610:18 615:19
616:2 618:5
**involvement (5)**
392:6,12 524:10
525:4 536:15
**involves (1)**
439:10
**involving (7)**
392:7 414:18 432:24
470:23 491:7
503:23 523:19
**in-person (3)**
521:13,16,22
**island (7)**
465:16 512:2,3
513:25 624:10
627:15,16
**Islip (1)**
503:2
**issue (28)**
414:21 419:25 420:10
429:13,21 439:16
439:25 443:10,14
446:21 454:14
469:6 481:13 482:5
482:7,13,23 484:6
485:13 488:5,10

562:8 588:4 591:4,8
591:9 595:16
601:15
**issued (10)**
384:15 434:24 439:4
439:11 440:3,7,13
441:12,21 443:22
**issues (8)**
386:10 405:15 406:11
408:6 469:17
475:15,21 632:11
**issuing (3)**
419:20 468:23 482:18

———————————
**J**

**James (2)**
581:22 582:4
**jeopardy (1)**
441:5
**Jewish (1)**
607:2
**job (26)**
362:25 413:16 421:13
421:21 422:4 425:8
500:22 501:2,4,7,25
502:4,6,25 503:12
532:12 545:2
556:11 575:17,21
595:10 610:8
616:17 621:24
622:4,6
**jobs (6)**
500:11 501:10,20
629:15,17 635:23
**Joe (4)**
501:25 577:19 578:12
591:20
**John (1)**
531:5
**Joseph (3)**
362:5,9 364:14
**Jr (2)**
362:10 364:14
**judge (1)**
374:4
**July (7)**
362:23 363:5 366:10
552:21 553:5 566:6
642:3
**jumped (3)**
581:3,7 583:17
**June (3)**
470:2 472:22 566:6
**jurisdiction (3)**
417:7 418:14 589:21
**jurisdictions (2)**

437:11 590:7
**jury (6)**
382:13 388:18 425:6
427:9 632:21
641:13
**justice (1)**
467:16
**justify (1)**
629:13

**K**

**K (2)**
362:11 364:15
**keep (3)**
592:21,22 629:13
**Ken (1)**
367:5
**KENNETH (1)**
364:19
**kept (6)**
505:20 573:20 574:2
574:3,5,16
**Kevin (11)**
362:5 365:9 367:6
550:13 578:24
579:3,6,7,8 582:23
582:25
**key (2)**
465:18,19
**kidding (1)**
553:15
**kids (1)**
376:12
**kind (7)**
422:3 454:13 494:7
517:23 547:11
558:7 569:3
**knew (14)**
393:25 478:6 515:3
517:11 528:13,16
560:16,21 574:6
592:12 593:6 616:2
620:2 631:19
**knock (1)**
432:15
**know (141)**
373:17 376:9 383:20
384:3,8 397:21
398:2,2 399:2,9
400:14 415:2 422:7
426:17,21 427:3,12
432:14,22 438:16
438:17 441:17
444:22 445:4 447:5
447:15,16 452:7
454:17,23 462:10

462:21 465:9
466:18,21 472:20
477:7 493:16 494:7
497:3 498:19 501:3
503:3,10 506:14
509:5 510:14
513:18 514:22
516:19,21 519:6
524:19 528:9,14
540:17 541:20
542:2 544:13 547:9
547:19 548:21
552:4 558:6,8
559:12,16 560:13
564:10 565:14,17
566:18 567:12,20
570:15 571:21
574:8,12 575:5
577:10,21,24
578:10,22,25 580:5
583:9 584:8,9
587:23 592:15
593:5,7,15 594:11
595:10,12 599:18
601:3,8,11,12,17,21
601:23 603:13
605:19 607:12,14
607:21 609:10
614:14,21 615:2,5,6
615:6,7,25 616:4,9
616:10 617:6,14,20
618:4 619:15 620:9
620:24 621:14
623:3,4,17 625:3,8
626:6 627:2,19,20
627:24 636:6
**knowing (1)**
447:14
**knowledge (30)**
369:23 389:4 393:23
394:2 423:22
469:24 479:4
504:11,17 506:7
508:15,20 509:2
511:13 515:17
517:3 524:22 525:2
526:13 534:18
535:10 540:6,11
573:16,23,25
576:10 619:6 633:9
633:12
**knowledgeable (1)**
437:17
**known (11)**
370:11 395:22 398:10
400:15 402:12

476:25 555:16,20
560:19 607:17,24
**Koch (5)**
362:25 363:12 366:15
640:8,24
**Kristin (5)**
362:25 363:12 366:15
640:8,24

**L**

**lab (2)**
488:23,25
**labeled (1)**
366:3
**Labor (3)**
455:9,13 456:7
**lack (1)**
576:9
**Lamm (30)**
362:5 404:18 424:2
470:12,20 471:12
483:21 484:6
485:10 487:19,22
487:25 502:24
503:7,19 504:15
507:23 525:21
537:5,12,16,20,23
538:23 539:6
542:25 543:19
582:23,25 634:21
**Lamm's (2)**
390:5 488:2
**Lani (1)**
571:8
**late (1)**
572:12
**laughing (1)**
483:23
**law (23)**
379:14 381:16 382:11
395:24 398:14
400:19 402:17
423:14,20 430:19
436:22,24 443:6
444:6,19 471:6
484:9 500:12
501:10,20 586:22
586:23 590:4
**laws (5)**
373:4 382:23 396:4
420:16 421:10
**lawsuit (28)**
372:13,16,22 373:8
373:12,13 376:22
377:17 379:19
387:24 428:6 544:7

544:15 545:7 546:7
546:17,19 550:18
550:19 551:14
553:18,25 565:6
567:2 568:21
569:11 581:3,11
**lawsuits (1)**
581:9
**leads (3)**
509:8 609:15,18
**learn (30)**
384:2 392:10 403:20
413:18,23 419:19
419:23 420:8
421:22 422:23
423:2,12,13 429:16
430:8 433:21
441:20 446:14
448:11 470:19
477:20 489:8
503:22 547:17
585:17 594:21
607:7,11 625:5
627:14
**learned (16)**
387:23 428:18 429:9
430:13 432:5,10
448:8 449:7 482:5
483:4 504:3 515:9
620:5 621:25
625:11 636:22
**learning (10)**
370:23 423:7,18,25
550:19 585:6,12,17
586:10,18
**leave (11)**
386:25 387:3,16,18
450:18 494:22
515:19 567:24
568:16 614:8
629:15
**leaving (2)**
389:5 612:21
**led (2)**
498:13 506:16
**left (21)**
387:5 391:13 423:5
425:20 430:6
434:22 449:11
464:3 472:17
475:13 496:23
568:16 571:15
598:19 603:12,14
617:2 628:5,9
629:23,24
**legal (4)**

365:14 366:13 373:10
373:23
**length (2)**
458:24 459:2
**Leonard (1)**
478:9
**letter (15)**
371:4,5 404:6 497:10
497:19 498:5,14,17
498:25 499:3,10,21
529:23 641:15,16
**letterhead (1)**
499:17
**letters (2)**
497:5 568:23
**let's (86)**
376:24 378:15 380:3
381:14 382:9
388:15 389:23
390:16 393:3
396:24 399:24
401:13 404:25
405:23 406:12
408:23 410:5
412:22 414:7 416:3
425:22 427:14
428:11 430:22
431:12 435:10,16
439:2 442:9 444:3
446:23 449:15
450:23 452:7,25
453:10,22 455:2
456:20 460:19,22
463:10,15 468:10
469:19 470:6
471:17,22 472:12
472:23 473:2
476:21 481:6 483:7
486:13 489:19
492:8 493:22,24
496:25 497:4,13,17
499:8 500:6 503:15
507:10 511:20
520:14 524:3 526:8
527:3,4,12 529:13
530:2,22 531:25
534:9,23 538:18
540:22 542:9
556:19 604:7,24
**level (4)**
415:20 422:18 562:15
607:15
**levels (1)**
558:10
**lie (1)**
368:10

**lieutenant (1)**
544:17
**life (6)**
376:18 439:20,24
441:5 442:4 549:7
**lifeguards (1)**
566:8
**life-threatening (1)**
549:7
**light (1)**
613:6
**liked (2)**
421:20 422:21
**likes (1)**
487:22
**Likewise (1)**
409:24
**limit (2)**
473:15 633:6
**limitation (1)**
383:2
**Limiting (1)**
508:24
**line (3)**
450:17 452:12 641:10
**list (7)**
468:20 510:7 565:22
565:24 566:10,18
566:19
**listed (9)**
566:22 567:5,9,13,14
567:15 568:24
569:7 615:21
**listen (1)**
488:2
**listened (1)**
374:5
**listening (1)**
439:19
**little (9)**
417:3 418:12 419:14
422:10 507:11
559:21 602:16,17
606:8
**live (1)**
624:10
**lived (3)**
477:5 478:10 546:21
**Livenote (1)**
363:15
**living (1)**
546:14
**LLP (3)**
363:11 364:5,12
**Ln (1)**
642:6

**local (5)**
395:20 397:5 400:5
401:22 431:24
**located (1)**
419:16
**locked (1)**
467:5
**lock-up (1)**
488:25
**Loeffler (2)**
362:9 364:14
**log (1)**
488:22
**logical (1)**
533:16
**long (12)**
417:24 418:5,8,23
419:3 458:23
473:15 547:8
551:22 553:17
584:23 585:2
**longer (6)**
464:4,5 505:21
568:24,24 569:8
**longetivity (2)**
562:25 564:6
**longevity (2)**
372:2,5
**long-term (1)**
372:4
**long-time (1)**
478:17
**look (33)**
376:9 380:3 382:9
390:16 416:3
435:10,16 442:9
444:3 446:23
449:15 450:23
466:3 470:6 471:17
476:21 481:6 483:7
486:13 487:8
489:19 492:8
514:20 526:8 527:3
527:4,12 529:13
530:2,22 540:6
614:15 620:25
**looked (4)**
443:2 514:23 621:3,4
**looking (6)**
382:14 477:14 497:22
518:6 626:11
627:11
**loop (2)**
369:23 575:4
**lose (1)**
423:9

**loser (1)**
487:19
**losers (1)**
487:15
**loss (2)**
376:4,16
**lot (11)**
389:8,16 440:23
454:20 466:22
552:20 559:4 560:6
582:19 612:22
613:22
**love (2)**
376:4,16
**lower (1)**
422:19
**Luna (1)**
478:25
**lunch (6)**
397:8,11,16,21
519:25 520:7

————————————

**M**

**M (1)**
367:12
**main (5)**
386:11,15 461:16
466:24 467:22
**mainland (1)**
465:17
**maintain (1)**
467:13
**maintained (1)**
384:16
**maintaining (1)**
383:3
**maintenance (4)**
405:13 406:9 407:9
407:15
**majority (6)**
411:11,13 454:16
461:20 595:7
624:15
**maker (1)**
405:16
**making (7)**
438:11 519:15 551:19
556:12 574:17
594:14 606:24
**Mallott (2)**
581:22 582:4
**man (3)**
384:24 444:25 596:11
**management (5)**
405:11 406:7,14,21
407:2

**manager (1)**
575:12
**manner (2)**
509:15 538:24
**manpower (2)**
510:10 604:3
**marijuana (2)**
478:11,16
**mark (4)**
376:25 388:15 497:13
499:8
**marked (7)**
377:3,13 388:18
497:14,20 499:11
554:17
**Marks (2)**
365:5 367:7
**marriage (1)**
640:18
**marvelous (1)**
531:14
**master (1)**
597:20
**masters (7)**
444:5,15,24 445:20
445:25 446:11,16
**materials (1)**
534:13
**Matt (5)**
627:21,23,23,24,25
**matter (6)**
366:5 444:22 525:7
525:17 586:22
640:20
**mayor (24)**
362:9,10 394:14
413:20 415:16,21
415:24 432:17,22
433:9 570:8,10,12
574:11,19 575:3
581:2,5,22,24 582:3
582:5,18,18
**meal (3)**
400:7 495:9 496:7
**mean (33)**
371:16 379:9,21
380:22 382:15,22
383:7 385:21,24
389:10 447:14
466:6 467:14 498:9
508:22 512:22
526:3,16 528:18
536:6 550:2 557:20
566:2 578:5 593:18
594:7 604:23 605:9
615:5,6,7,9 626:5

**meaning (1)**
597:20
**means (8)**
368:5 391:2 427:6,10
439:6 445:24 447:6
452:20
**meant (6)**
373:22 377:24 523:13
526:16 594:9,17
**medical (12)**
511:4 548:9,14,21
549:3,17 556:13
558:9 568:16
616:18 625:20
626:3
**medication (1)**
632:7
**meet (1)**
436:20
**meeting (7)**
369:11,24 370:2,9
501:12 575:13,14
**Melissa (1)**
571:6
**member (4)**
394:16 516:6 582:3
590:20
**members (1)**
432:17
**memo (1)**
441:11
**Memorial (2)**
455:9,13
**memory (4)**
469:18 545:15 632:7
632:12
**men (1)**
456:10
**mention (3)**
468:19 489:16 607:21
**mentioned (7)**
405:10 455:2 544:5
545:16 546:10
603:10 607:17
**Merit (1)**
363:14
**message (1)**
518:14
**messages (1)**
451:3
**met (2)**
395:16 501:18
**metabolic (1)**
549:5
**meted (1)**
491:18

**Michael (1)**
374:25
**mid (1)**
572:11
**middle (1)**
457:16
**midnight (6)**
457:12,18 460:19
463:16,21 464:7
**midnights (1)**
467:3
**Midway (1)**
514:8
**mill (2)**
365:7 496:20
**Miller (1)**
626:25
**mind (12)**
381:5 395:7 421:11
561:2,6 562:3,8
572:20 592:5 620:4
620:11 635:10
**mine (1)**
407:19
**minimum (1)**
436:20
**minor (1)**
486:21
**minors (11)**
395:21 398:5,8 400:9
400:12 402:2,8
484:7 485:11
486:17 487:6
**minute (2)**
419:9 571:15
**minutes (21)**
418:7,7,12,13,13
419:9,14 444:23
449:13 453:12
472:7,16 473:6,19
473:25 544:2 546:5
596:9 603:12 609:8
633:6
**Mischaracterizatio...**
562:19
**mischaracterized (1)**
563:15
**misleading (4)**
535:5,12,17 536:4
**misrepresentation (1)**
368:10
**mistake (1)**
371:8
**Moller (4)**
576:7,20,24 600:24
**moment (1)**

613:22
**Monday (19)**
368:9 375:9 388:21
428:17 458:17
463:14 495:12
522:19 547:23
553:6,8,12 591:5
602:17 632:3,4,6,22
632:24
**money (2)**
371:10 435:13
**months (3)**
416:11 536:21 602:24
**Moon (1)**
479:3
**morale (1)**
384:17
**Moran (5)**
590:10,12,13,17,19
**morning (40)**
367:18,19 459:16
463:23 464:7,13,13
464:14 503:17
504:24 505:2
511:18 512:10,23
513:5,11,14,17
517:7,15 520:17,19
521:19 522:5,5,6
525:14 527:6,10,16
528:11,18 535:3
536:4 547:16
627:16,17 628:3
630:7 635:4
**Moses (3)**
514:3,7 628:8
**mother (1)**
545:19
**motionless (5)**
492:15 494:18,21
495:21 496:5
**motor (1)**
418:18
**motorcycle (1)**
577:11
**mouth (2)**
447:16 562:12
**move (4)**
427:12 493:21 495:9
534:9
**mowing (1)**
544:13
**multitude (1)**
549:3
**municipal (1)**
379:14

**N (3)**
364:2 365:2 641:2
**name (11)**
366:12 478:25 488:21
502:8 550:11 571:7
583:19 587:20
626:24,25 642:3
**named (3)**
428:5,7 478:9
**names (3)**
575:11,12,14
**narcotics (1)**
617:17
**narrow (1)**
419:5
**Nassau (6)**
531:20,21 617:10
637:7,8 640:6
**Natalie (2)**
362:11 364:15
**nature (3)**
384:11 392:7 606:16
**necessarily (2)**
397:14 625:13
**necessary (1)**
529:9
**need (9)**
377:6 457:8 473:20
490:4 532:20
553:17 557:4
586:18 605:19
**needed (12)**
383:11 428:18,25
465:10,14 494:24
505:16 511:4
530:15,19 605:13
616:18
**needs (1)**
605:16
**neglect (3)**
433:16,25 435:7
**neglected (1)**
592:2
**neglecting (1)**
591:23
**negligent (1)**
433:8
**neighbor (1)**
546:20
**neither (2)**
505:5 506:23
**neurogenic (1)**
549:12
**never (34)**
374:21 379:12 397:18

398:9 416:20
422:15 423:14
437:22 438:24
452:4 465:23
468:25 476:3
478:20 480:2,11
503:4 523:16 555:8
555:9 558:12
561:23 569:2
579:12,25 582:8
583:3 589:3 590:15
593:9 621:25 626:7
627:20,25
**new (27)**
362:3,22 363:12,17
364:8,8,18 365:8
366:9 405:7,9
422:25 423:6 429:6
437:14 531:19
566:12 585:7 588:7
590:20 595:9,13
614:7 625:21 637:5
640:4,9
**newly-hired (2)**
586:2,17
**news (1)**
544:14
**newspaper (2)**
394:18 584:2
**Nextel (3)**
505:9,18 506:9
**Nextels (1)**
465:12
**night (31)**
411:12 416:8,11,14
416:22 434:18
441:6 461:6 463:23
467:2 504:5 508:9
510:9 511:9,15
513:4 522:15
523:24 535:3 568:8
600:16 609:11
610:14 615:18
624:23 625:22
627:6,15 628:25
636:10,15
**nights (3)**
580:13,21 581:17
**nine (1)**
461:8
**Nodding (1)**
506:3
**Nofi (27)**
362:5 404:21,22,23
423:11 424:3 439:3
439:11 441:3,10

468:14,15,23
470:12,21 471:13
497:11 498:6,14
499:3,22 501:24
502:16 543:10,21
591:20 634:21
**Nofi's (5)**
390:4 468:10 577:19
578:12 591:5
**non-police (1)**
605:4
**non-residents (1)**
421:17
**Nope (1)**
374:20
**normal (8)**
467:10 472:23,25
474:2 477:24
509:14 557:22
621:12
**normally (10)**
457:19 460:14 463:9
463:11,18 466:20
473:9 474:19
492:21 593:3
**north (4)**
417:24,25 418:25
419:4
**notary (5)**
363:16 367:14 377:22
640:8 642:25
**note (11)**
432:14 449:9 557:15
563:9,25 565:3
588:3,11 592:18
594:23 619:18
**noted (3)**
468:5 566:25 639:10
**notes (5)**
544:3 627:9 628:13
628:14,18
**notice (1)**
607:20
**noticed (1)**
607:4
**notification (1)**
453:25
**notified (2)**
453:9 610:13
**notify (1)**
610:11
**Notwithstanding (2)**
378:20 449:20
**November (6)**
456:16 457:23 497:9
497:20 498:6

641:15
**Novikoff (170)**
364:19 367:3,5,17
369:14,17 376:24
385:19 386:22
387:2,17 388:15
399:8,11 411:5
426:22 427:2,7,11
447:10,15,20
449:11,14 453:10
453:21 496:23
497:18 499:6
519:23 520:13
542:8 543:25
548:15,20 550:5
557:15 559:3,11,18
560:5,12,14,23
561:5,8,19,21
562:10,18,22 563:2
563:9,14,21,25
564:9 565:3,21
569:12 570:6 572:2
573:4,14,21 574:18
574:23 575:19
576:13,17,25 577:5
579:23 580:4,8,16
581:19 582:11
583:23 586:4,15,19
587:8 588:3,11
589:2,7,23 592:18
593:13,21,25
594:12,23 595:4
596:19,25 597:5,7
597:12 598:23
599:8,16,18,23
600:6,20 601:10,19
602:2,22 603:10,16
604:14,21 605:6,11
606:13,21 607:9,13
608:14,17,22 609:2
609:23,25 610:22
611:3 613:10 614:9
614:23 616:5,8,11
616:21 617:3,11
618:13 619:2,11,18
620:7,14 621:21
623:2 624:7 625:2,7
625:12,14,23 626:8
627:7 628:17,22
629:21 630:4,21
631:7,9,17,23
632:15,25 633:4,8
638:12 639:5 641:5
**Novikoff's (3)**
551:25 553:22 564:18
**number (19)**

366:3 386:8 436:18
438:6 453:14,19
462:4 463:4 472:25
481:6,7 488:20
489:19 507:9 520:6
520:10 524:4 598:9
598:13
**numbered (1)**
467:23
**numbers (2)**
464:6 624:19
**numerous (4)**
395:25 398:17 400:23
541:3

_____

**O**

**O (2)**
367:12,12
**oath (1)**
368:5
**oath-bound (1)**
396:4
**object (1)**
447:19
**objection (176)**
376:5 382:8 385:17
385:20 390:11,13
391:19 392:24
393:20 395:3
396:22 397:24
399:6,8 406:5,17
411:4,9 414:9
422:13 430:21
432:7,19 433:2
438:14 441:25
446:4 447:8,11
449:10 473:7
495:25 508:13
516:16 524:16
528:12 531:16
533:20,22 534:4
535:18 536:24
540:15 541:11
542:7 548:6,13,16
548:19 549:25
550:25 551:3
557:15 559:11,18
560:5,12,14,23,24
561:5,19,20,23
562:10,18 563:2,9
563:25 565:3,4,21
569:12 570:6 572:2
573:4,14,15,21,22
574:18,23,24
575:19 576:13,17
576:25 577:2,5,6

579:23 580:4,15,16
581:19 582:11
586:4,15,19 588:3
588:11 589:2,7,23
592:18,19 593:13
593:21,25 594:12
594:23 595:4,5
596:19,25 597:5,12
598:23 599:8,16,17
599:23 600:6,20
601:10,19 602:22
603:16 604:14,21
605:6,11 606:13,21
607:9,13 608:14,17
608:22 609:2,23,25
610:22 611:3
613:10 614:9,23
616:21 617:3,11
618:13 619:2,11,18
620:7,8,14 621:21
623:2 624:7 625:2,7
625:12,23,24 627:7
628:22 629:21
630:4,21 631:7,8,17
631:23 632:15,25
**OBPD (17)**
405:5,12,17,21 406:8
406:14 407:3,10
413:2 427:17 444:6
449:18 451:5 531:5
532:2 539:13 541:4
**observations (1)**
534:13
**observed (1)**
486:14
**obtain (1)**
442:13
**obvious (1)**
557:3
**obviously (3)**
387:5 389:7 425:20
**occasion (5)**
439:11 449:2 471:24
494:12 495:14
**Occasionally (1)**
476:12
**occasions (9)**
454:8 462:23,25
467:4 475:19 480:8
507:3,12 544:10
**occupants (2)**
626:20,22
**occurred (6)**
389:4 551:5 555:14
557:8 614:21
634:22

**occurring (1)**
559:10
**ocean (105)**
362:9,12 364:14,15
366:7 379:23 384:3
384:7 391:17 392:7
392:12 393:19,23
394:4,25 395:24
398:14 400:20
402:17 405:5,7
412:17 414:18
416:21 417:3,6,10
417:20 419:16
420:5,19 421:17
422:9,17 425:25
433:18 434:6
436:15 437:8 440:6
443:9 446:2 451:4
451:10,18,25
452:15,19,21 453:4
453:6 454:4 455:14
472:3,8,16 474:25
476:10,18 477:2
478:7 480:14,19
481:3,19 482:14
483:24 485:6,7,11
489:3,9 490:11
491:8 492:25 494:2
499:17 506:8 507:2
509:12 511:21
512:4,19,25 513:5,9
514:6 523:19 541:7
541:8,15,25 544:19
547:18 552:12
564:4 576:4 578:20
579:17 581:24
582:8 585:16 594:4
638:20 642:3
**October (12)**
456:4,16 457:19
503:17 512:11
520:17 527:6,13,25
529:24 535:3,4
**odd (2)**
614:5,10
**offense (1)**
592:4
**offenses (2)**
385:11 623:13
**offer (1)**
529:22
**offered (3)**
571:9 575:17,21
**office (18)**
450:18 454:17 467:22
516:5,18 551:11,13

551:18,22,24,25
552:14 553:22
554:2 564:12,15,18
596:17
**officer (137)**
384:2,8 392:6,8,13
396:15 401:10
403:16 409:19
411:3 420:10,21
422:17,18 423:4
425:8 427:19
430:16 431:9
432:24 433:11
437:14,16 439:16
439:19,25 441:17
441:21 442:3,7
445:18,21 447:6,25
449:3,17,22 450:2,5
450:20,25 452:4
457:8,10,17,18
459:5 462:17,19
463:2 465:24
467:24 468:6 470:3
470:10,24 473:24
475:10 477:23
479:19,22,24 480:2
482:4,6,23 483:3,21
486:20 487:4,5
488:15 489:24
490:12,20 493:10
494:4 506:16,19
507:4,14 512:25
521:23 527:5
528:24 530:3,9,13
531:5,18 532:2,10
533:2,7,11,18
539:13 540:4,21
541:19,25 545:10
547:12 554:25
558:3 565:16,25
567:16 571:16,17
571:18,20 576:12
578:2 587:7 588:9
590:11 591:5,24
592:25 593:17
594:3,14 595:20
596:4,10 605:16,19
606:19,24 610:5
623:12 625:22
637:6,22 638:7,23
**officers (173)**
382:18 390:19 392:11
395:18 396:8,10,12
412:4 416:7 419:25
421:18 422:2,12,25
423:6,13,21 427:17

428:18,23,25 429:5
429:6,25 430:11
431:15,18 432:4
433:15,23 434:5,17
435:8,13,20 436:4
437:10,12 438:17
442:13,15 443:20
444:4,20 445:16,24
446:11,24 448:9,18
448:22 449:21,24
450:3 452:3 453:7
455:15,19 456:21
457:4,25 458:4,12
458:15,18 459:5,12
459:18,21 460:5,8
460:23 461:11,14
461:21 462:4,16,22
463:17 464:9,10
465:22 466:18
467:8 468:20
470:13,20 472:20
473:2,11 477:12
481:3 486:15
492:21 508:4
509:19 510:24
511:9 515:25 529:7
532:23 537:5,7
541:4 542:5,12,19
545:18 547:18,18
555:24 570:19
571:5 574:14
578:20 579:16,17
579:21 585:7,15
586:2,17,20 588:7
589:20,21 590:3,6,6
591:16,21 592:12
592:15,20 594:19
594:22 595:18
600:18 602:21
603:20 604:10
606:5,10 610:7,17
610:20,25 611:6,11
613:19,22 614:12
614:21 615:18,25
616:16,16 621:16
622:2,12 624:22
628:20 629:4 634:8
634:20 635:8,12,18
635:20 636:10,14
636:18 637:13
**officer's (3)**
442:4 488:21 556:11
**offices (1)**
363:10
**official (14)**
362:10,11,13,16

405:11 406:7,25
407:8 408:3 412:9
412:25 433:6
506:20 512:24
**officially (1)**
431:25
**officials (1)**
582:15
**off-duty (9)**
437:10 470:3,10,23
507:4,14 576:11
578:2 625:21
**off-season (2)**
458:4 602:24
**oh (7)**
389:13 454:23 460:15
502:13 553:9 574:6
619:17
**okay (181)**
368:13 369:9 371:11
371:16,21 372:8
373:9,11 376:7,24
378:11,15 379:6
380:2 382:9 383:19
384:12 387:21
388:6,11 389:20,23
390:3,8,16 391:9
396:8,24 398:4
399:2,20,24 401:12
417:10 418:17,23
419:8,12 420:8
421:8 422:21
424:22 428:10
429:16 430:8
434:12,15 435:10
439:8 440:11,18
447:18,20 449:14
452:13,24 455:2,14
455:23 456:3,19
457:14 458:22
459:18 460:4,12,15
461:7,13 463:7,15
464:23 465:19
466:8 467:20
471:21 472:11,22
476:14,24 477:11
478:22 479:4 480:9
481:10 483:11,15
483:18 484:5
485:23 487:11
491:11 492:12
494:11 496:3
497:13,18,25 499:6
499:20 501:9,15
502:14 503:6,10
506:12,20 507:10

508:15 510:23
511:20 512:10,16
513:6,23 514:5,12
515:23 517:6,18
518:2,8 519:23
520:3,24 522:4,9,13
525:13 526:12
527:12 528:16
530:2,8,24 531:2
534:9 538:7,22
540:6,10,22 544:4
545:6,11,13,16
546:10 548:20,24
549:22 550:4
552:17 554:15,21
556:7 558:25
563:13 580:23
582:7 589:16 591:3
595:24 601:3 602:2
603:18 604:24
609:8,9 612:10
616:11 618:20
625:18 632:18
633:4,16 634:13,19
635:3,25 636:24
**once (14)**
465:8 478:21 517:11
521:7 528:25 529:9
570:7 571:9,24
574:5 587:9 623:10
623:18,25
**ones (4)**
502:20 536:8 593:8
593:23
**one-hour (1)**
572:15
**one-page (1)**
499:15
**on-duty (17)**
603:20 604:9 610:5
614:11,20 615:17
615:24 616:16
621:15 622:2
624:21 628:20
629:3 634:20
635:12 636:14,18
**on-season (1)**
458:7
**open (6)**
414:7 456:18 457:21
467:6 468:5 553:10
**operation (3)**
405:13 406:9 407:9
**operations (1)**
384:14
**opine (1)**

601:21
**opinion (41)**
369:3 390:8 399:14
410:10 411:24
414:15 415:14
420:13,21 421:2
423:24 430:4
437:22 446:9 462:2
474:9 484:13
485:25 490:10
495:7 506:17
521:18 524:13,18
529:2 531:22 532:3
532:10 534:15
535:16 542:11
548:5,14 561:7,11
562:3 565:8 612:6
622:3,5 625:9
**opportunity (4)**
432:23 433:4 464:2
529:23
**opposed (4)**
414:23 422:16 462:17
600:16
**opposition (1)**
393:5
**order (6)**
377:7 429:19 433:17
435:7 578:4,6
**ordered (4)**
392:11 433:25 434:3
492:14
**orders (1)**
384:15
**ordinary (5)**
493:4,10,13 494:3,16
**original (2)**
387:14 621:4
**OSHA (1)**
634:10
**outcome (1)**
640:19
**outmanned (2)**
529:8,11
**outright (2)**
425:25 426:11
**outset (1)**
562:21
**outside (8)**
434:5 476:10 478:10
480:18 481:3
544:12 577:7
587:24
**overcome (1)**
390:20
**overlap (3)**

571:23 572:8,16
**overlapped (1)**
572:3
**overnight (2)**
457:22 464:19
**oversee (1)**
407:13
**overtime (1)**
629:10
**owner (1)**
420:19
**owners (1)**
419:21
**O'Brien (2)**
365:5 367:7
**O'Neill (2)**
365:5 367:7
**O'Rourke (5)**
607:21 608:12 618:4
633:9 638:17

---

**P**

**P (5)**
364:2,2 365:2,2
367:12
**packet (1)**
554:19
**packets (3)**
608:10,10,11
**page (15)**
377:19 381:13 390:16
395:11,12,13
520:15 524:3,4,5
538:18 554:22
566:10 641:3,10
**paid (3)**
566:11,12 606:2
**paper (3)**
387:25 502:10 560:9
**paperwork (2)**
610:17 611:22
**par (1)**
375:25
**Paradiso (308)**
362:21 363:10 366:5
367:18 368:1 369:1
370:1 371:1 372:1
373:1 374:1 375:1
376:1,25 377:1,2,6
377:13 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
388:16,17 389:1
390:1 391:1 392:1
393:1 394:1 395:1

396:1 397:1 398:1
399:1,14 400:1
401:1 402:1 403:1
404:1 405:1 406:1
407:1 408:1 409:1
410:1 411:1 412:1
413:1,15,20 414:1
415:1 416:1 417:1
418:1 419:1 420:1
421:1 422:1 423:1
424:1 425:1 426:1
427:1,11 428:1,4,23
429:1 430:1 431:1,9
432:1 433:1 434:1
435:1 436:1 437:1
438:1,6 439:1 440:1
441:1 442:1 443:1
444:1 445:1 446:1
447:1,21 448:1
449:1 450:1 451:1
452:1 453:1,22
454:1 455:1 456:1
457:1 458:1 459:1
460:1 461:1 462:1
463:1 464:1 465:1
466:1 467:1 468:1
469:1 470:1 471:1
472:1 473:1 474:1
475:1 476:1 477:1
478:1 479:1 480:1
481:1 482:1 483:1
484:1 485:1 486:1
487:1 488:1 489:1
490:1 491:1 492:1
493:1 494:1 495:1
496:1 497:1,19
498:1 499:1,10,14
499:18 500:1 501:1
502:1 503:1 504:1
505:1 506:1 507:1
508:1 509:1 510:1
511:1 512:1 513:1
514:1 515:1 516:1
517:1 518:1 519:1
520:1 521:1 522:1
523:1 524:1 525:1
526:1 527:1,5,13
528:1 529:1 530:1
531:1 532:1 533:1
534:1 535:1 536:1
537:1 538:1 539:1
540:1 541:1 542:1
543:1 544:1 545:1
546:1 547:1 548:1
549:1 550:1,10
551:1 552:1 553:1

554:1,12,18 555:1
556:1 557:1 558:1
559:1 560:1 561:1
562:1 563:1 564:1
565:1 566:1 567:1
568:1 569:1 570:1
571:1 572:1 573:1
574:1 575:1 576:1
577:1 578:1 579:1
580:1 581:1 582:1
583:1 584:1 585:1
586:1 587:1 588:1
589:1 590:1 591:1
592:1 593:1 594:1
595:1 596:1 597:1
598:1,16 599:1
600:1 601:1 602:1
603:1 604:1 605:1
606:1 607:1 608:1
609:1 610:1 611:1
612:1 613:1 614:1
615:1 616:1 617:1
618:1 619:1 620:1
621:1 622:1 623:1
624:1 625:1 626:1
627:1 628:1 629:1
630:1 631:1 632:1
632:20 633:1 634:1
635:1 636:1 637:1
638:1 639:1,14
640:11 641:5,10
642:4
**paragraph (58)**
378:19 379:10 380:3
381:13,15 382:25
399:4,17,22 403:20
403:23 404:25
405:24 408:4 416:3
416:16 425:22
427:14 430:22
435:10,16 442:9
444:12 446:21,23
448:13 449:15,17
453:23 469:19
470:6,7 471:3,17
476:21 483:7
484:24 485:20
486:8,14 491:6
526:8,17 527:3,4,12
527:23 530:2,22
531:4 536:12 537:4
538:3,4,19 539:8
540:7,22
**paragraphs (2)**
484:3 554:23
**paraphernalia (5)**

488:7,12,16 489:5,11
**part (30)**
405:23 406:12 410:25
411:7 421:20
481:12 509:13
527:23 532:4 534:2
541:2 565:6,12
583:24 595:17
596:3,6 597:9
617:21 621:20
628:21 629:4
635:13 636:2,14,25
637:13,18,23 638:8
**participated (1)**
613:8
**particular (6)**
414:3 447:6 480:19
532:14 551:2
635:21
**parties (3)**
511:2,7 640:17
**party (3)**
472:2 476:13 624:11
**part-time (11)**
425:14 430:15 457:5
457:25 458:3
571:17,18 602:18
602:20,23 635:20
**pass (2)**
407:22 427:18
**passed (1)**
545:19
**Pat (10)**
525:2 531:6,10 532:9
617:9 618:23 629:8
629:19,25 637:4
**path (1)**
514:9
**Patrick (2)**
621:15 629:2
**patrol (10)**
459:6 461:20,25
462:5 466:24,24
468:4,5 477:24
593:4
**patrolled (1)**
460:14
**patrolling (6)**
446:25 447:7,25
459:5,24 460:24
**patrols (3)**
459:8 466:20 467:11
**patrons (3)**
522:14,15 523:24
**pattern (2)**
454:14 541:2

**Paula (2)**
587:21,25
**pavement (3)**
417:16,17,21
**pay (5)**
372:2 375:18 566:12
567:17 629:10
**payment (3)**
417:22 562:25 564:6
**penalty (1)**
406:4
**pencil (1)**
560:9
**pending (5)**
518:23 519:2 528:3,4
575:24
**people (56)**
376:9,10,14 383:10
396:4 407:17
417:12,13 421:20
422:7 423:9 437:12
437:18 460:16
461:15 462:18
466:23 473:8 477:4
477:13 478:6 494:8
510:14 516:5,19
517:4,25 518:2
519:6 524:12
528:21 535:22
536:3 540:3 545:25
548:10 556:11,15
570:22 571:2
582:15,16 610:9,18
612:18,25 613:2,23
614:2,3 621:7
622:15,18 623:12
624:9 628:15
**perceived (1)**
450:2
**percent (2)**
371:15 607:3
**percentage (1)**
566:13
**perfect (1)**
624:8
**performance (9)**
416:14,22 508:8
577:15 578:16,17
578:21 580:25
587:6
**period (28)**
378:23,25 379:3
412:13 419:15
420:6 424:23
444:25 451:8 457:5
457:8,14 458:5

460:25 461:14
463:16,17 472:25
498:15,19 501:12
505:3,10 552:11
571:13 585:9
597:21 624:12
**periodic (1)**
467:12
**periods (1)**
596:15
**perjurious (1)**
368:9
**perjury (1)**
406:4
**permanent (2)**
370:5 391:13
**permanently (2)**
368:22,25
**permits (3)**
442:15,25 546:25
**permitted (2)**
442:23 494:22
**person (27)**
381:3,9,10 385:15
386:4,12,16 394:18
412:17 413:9
434:16 437:18
455:4 457:24
466:12 479:6,15
494:9 510:18
548:24 552:13
558:5 583:19
615:11,17,22
623:19
**personal (15)**
433:4 444:22 475:15
475:16,20 479:13
535:10 576:23
603:6,21,22 604:10
604:12,23 619:6
**personally (1)**
549:21
**personnel (6)**
383:3,8,20 629:5,12
630:3
**pertained (1)**
389:3
**pertaining (1)**
414:21
**pertains (4)**
386:16 399:4,18
413:24
**Pg (1)**
642:6
**phone (35)**
404:6 437:18 440:5

445:8 450:5,10,15
450:17,21,25 451:9
451:20 452:3,10,12
453:8 454:11,13,17
454:18 505:9,19,20
505:22 506:9
518:13 520:20,25
521:5 549:18
598:21 624:18,22
624:24 630:7
**phones (2)**
446:6 465:11
**photographed (1)**
488:18
**phrase (1)**
390:25
**physical (8)**
503:23 504:16 507:5
507:15 508:10
517:14 548:4,7
**physically (1)**
463:2
**pick (4)**
453:11 501:16 587:17
587:18
**picked (3)**
478:23 624:22,24
**pick-up (2)**
468:4,5
**picture (1)**
613:18
**piece (5)**
396:25,25 530:11
560:9 601:5
**pistol (2)**
442:15,25
**pistols (4)**
442:24 443:9,17,21
**place (60)**
389:17 405:6 435:4
439:3,24 441:12
448:5 456:18 465:4
466:4 467:25 470:2
471:10 472:21,23
474:16 480:18
482:17 490:14
492:20 493:20
494:5 496:6,10,13
496:21 498:22
504:9,13,21 506:21
508:24 510:15,22
513:7 516:25
517:23 518:18
522:25 523:16
536:23 537:13
539:5 540:24

546:25 555:22,25
556:2 573:17
601:13,22 602:8
617:6 619:7 620:3
620:22 622:14,17
622:19 624:16
**places (1)**
459:20
**placing (1)**
477:7
**plaintiff (7)**
404:3,4 490:18 500:7
542:3 551:2,10
**plaintiffs (126)**
362:7 364:6 367:2
369:12 388:23
389:8,17,24 390:18
390:19 391:25
393:9,13,16 394:8
395:10,14 396:19
399:3,17 401:16,20
401:25 402:7,11,15
402:22 403:9
407:11 408:2 410:6
410:10,14,20,22
411:7 412:8,24
413:14,19 414:2
416:4,8 423:17,25
427:15 430:24
431:16 433:16
434:4 435:6 437:2
438:11 443:19
444:10 446:20
447:2,21,23 448:7
448:16 471:3 474:8
475:4,14,19 476:7
476:17 480:23
481:11 482:11
483:12 484:19,23
486:5,6,14,24 487:4
487:13 488:9
489:16 490:17
497:7 505:15 506:5
506:8 508:16 509:3
509:8,9 511:8,14,14
514:16,23 515:3,18
526:16,23 531:3
532:16 533:15,24
534:19,24 536:8
537:4 539:9 540:23
541:22 545:17
550:15 573:9
577:14 578:17,21
579:20 583:6
585:11 586:13
602:20,23 603:5

606:6,11
**plaintiff's (1)**
553:22
**plane (1)**
516:9
**planning (2)**
381:16 382:11
**plate (1)**
552:20
**Plaza (3)**
363:11 364:17 366:9
**pleading (1)**
622:15
**please (7)**
367:10 481:6 483:7
530:4 538:4 583:13
612:12
**pled (1)**
536:20
**plumber (3)**
627:23,24 628:2
**pocket (2)**
373:23 374:13
**point (30)**
370:4,13 386:12,15
443:12 456:4,4,15
462:2 464:24 470:9
473:23 474:5
479:10 482:11
484:21 487:3 493:3
503:16 506:4 508:5
515:9 516:11 518:4
519:12,18 525:6
528:5 569:5 600:15
**pointed (1)**
626:17
**police (328)**
362:12,12,14 364:15
369:3,5 370:10
379:23 380:7,15
381:2,6,17 382:16
382:18,20,22,23
383:3,8,15,19,20
384:2,3,8,8,15
385:15 386:5,10,18
387:11,12 390:19
390:24 391:7,8,10
391:17 392:5,7,12
393:9,19,23 394:5
394:12,25 396:2
398:18 400:23
401:10 402:23
403:2,4,16 409:18
411:18 412:18
413:16,22 414:5,18
415:25 418:15,19

418:22,24,25
419:19,24 420:21
421:18,23 422:12
422:17,18,25 423:4
423:21 425:25
426:5 427:19
428:18,24 429:6,18
430:4,10 431:14,18
432:3,3 433:11
434:5 435:8,14,20
436:19 437:3,6,10
437:12,13,14,14,15
437:16,23 439:24
441:11,16,20 442:3
442:4,7,11,17,18
443:20,23,24 445:6
445:16,17 446:10
446:15,25 447:3,7
447:25 448:2,5
449:3,6,23 450:4,17
451:11,19,24 452:2
452:10,12,15,20,22
453:4,6 454:4
455:15,19 456:21
461:19 462:22
463:2 464:9,10
467:23 470:3,10,24
475:9 476:18
477:10,25 479:18
479:19,22,23
480:13 481:2,20
482:3,3,8,22 483:3
486:20 487:16
488:14,24 489:3
490:11,20 492:20
493:10 494:4,24
495:16,20 496:8,19
499:17 502:6,9
503:2,4,8 506:16,18
507:4,6,14 511:18
512:24 515:12,14
515:19,24 516:6
518:15 521:8,14
523:19 524:11,23
528:24 531:18
532:9 533:7 534:12
540:4 541:8,8,13,15
541:17,19,25
542:14 545:10,18
547:19 548:9
552:10,11 555:18
555:19,23 557:25
558:3 562:7 564:4,8
565:16,23,23 566:2
566:4,16,23,25
567:3,9,10 568:17

568:25 569:3,4,7,8
570:10,20 571:22
576:5,12 577:17,18
578:2,20 579:16,17
579:21 581:11
583:10 585:16
586:2,8,9,21 587:6
588:9 589:20,20
590:3,5,6,11 592:25
594:4 595:18 596:3
598:19,20 602:20
603:20,21,24
604:10 606:10,19
606:24 610:5,16
611:10,15,21 612:7
613:3 614:7 615:14
615:16 619:9,14
620:22 621:16
624:22 625:21
630:9 631:15 634:3
634:8 637:6,22,23
638:7
**police's (1)**
440:17
**policies (6)**
384:14 490:4 556:4
556:10,24 557:3
**policy (19)**
385:16,22,24 386:4,5
405:16 414:21,25
446:2 448:17,21
490:5 557:4 568:3
569:20,22 570:5,9
596:18
**pool (4)**
517:16 519:19 546:21
546:23
**population (3)**
417:12,13 606:25
**pose (1)**
631:12
**posed (2)**
589:3 631:11
**position (14)**
372:20,24 380:15,16
380:24 416:10
474:11 485:17
500:10,15,20 565:8
565:18 566:24
**positions (1)**
407:17
**positive (2)**
516:17 632:13
**possessing (1)**
477:17
**possession (7)**

477:21 488:6,11,16
    608:3,7 638:18
**possible (13)**
    512:3 550:21 560:16
    560:21 572:24
    573:9,18,19,24
    599:4,11 629:25
    630:16
**post (1)**
    634:9
**posts (1)**
    466:18
**potential (3)**
    463:5 509:20 510:7
**potentially (1)**
    495:3
**pouring (1)**
    485:11
**power (2)**
    442:6 444:7
**practical (1)**
    569:15
**practically (1)**
    569:18
**practice (2)**
    533:6 541:2
**precinct (1)**
    488:24
**precipitated (1)**
    519:15
**preferred (1)**
    369:22
**preliminary (2)**
    390:17 628:25
**preparation (1)**
    385:9
**presence (7)**
    467:13 470:12 487:19
    487:22,25 507:6
    511:3
**present (10)**
    365:12 368:14 464:25
    490:13 504:4,8,12
    505:6 510:8 512:25
**preserve (1)**
    509:16
**Preserving (1)**
    508:23
**pressure (1)**
    422:5
**pretty (3)**
    439:23 562:20 592:8
**prevent (1)**
    540:5
**prevented (1)**
    476:16

**previously (1)**
    497:14
**principal (1)**
    405:6
**prior (25)**
    369:11 371:8 378:12
    387:15,17 389:4
    412:13 413:5,13
    416:23 423:23
    428:22 436:7
    476:10 479:10
    484:21 503:6
    507:13 523:18
    550:18 618:11,21
    619:21 621:10
    624:4
**priority (1)**
    510:25
**private (7)**
    472:3,8,15 512:8
    514:13,13 628:2
**probably (19)**
    372:7 418:10,11
    419:13 423:21
    460:21 464:12
    504:25 513:3,13,21
    520:2 557:6,17,19
    607:3,3 612:3
    617:18
**probationary (1)**
    585:9
**problem (18)**
    381:24 415:5,6,9,13
    421:12 425:7 433:5
    545:12,23 546:22
    557:24 563:3,4
    586:24 587:2
    594:19,22
**problems (4)**
    454:20 549:3 587:5
    617:5
**procedure (9)**
    386:11 488:14 489:6
    489:12,23 509:14
    620:16 621:9,13
**procedures (2)**
    384:14 386:2
**proceeded (1)**
    504:17
**proceeding (1)**
    373:10
**process (3)**
    575:9 588:8,21
**processing (1)**
    612:25
**produced (1)**

499:16
**Professional (1)**
    363:13
**prohibited (3)**
    486:6 493:7,24
**promised (1)**
    372:3
**promotion (4)**
    405:14 406:10 408:5
    544:17
**proof (3)**
    516:15,17 632:13
**proper (4)**
    489:23 604:23 620:16
    621:9
**properly (7)**
    383:10 405:20 412:19
    412:25 413:15,21
    443:21
**properties (2)**
    467:7,11
**protect (6)**
    393:4 396:5 524:19
    529:9 530:15,19
**protection (1)**
    565:10
**proud (1)**
    376:12
**provide (2)**
    535:11,17
**psylicide (1)**
    478:24
**public (25)**
    363:16 367:14 377:22
    393:4 395:16 404:9
    416:12,15 421:22
    422:23 423:3,8,23
    442:12 449:25
    474:25 543:14
    566:9 585:6,13,18
    586:11,25 640:8
    642:25
**public's (2)**
    438:3 475:5
**Puglisi (1)**
    574:11
**purported (1)**
    427:16
**purporting (1)**
    499:16
**purpose (4)**
    452:25 471:22 619:24
    636:12
**purposes (1)**
    408:24
**purview (1)**

464:3
**put (17)**
    376:18,18 379:6
    436:23 437:7 438:2
    438:2 462:10
    465:23 468:16
    474:11 488:20
    493:6,22 543:14
    556:3 562:11
**putting (6)**
    462:24 474:24 493:8
    537:9 618:11 622:8
**P.C (1)**
    365:5
**p.m (6)**
    520:5,11 598:8,14
    639:9,10

---

## Q

**qualified (4)**
    390:14 438:15 443:21
    590:17
**question (67)**
    383:24 404:2,11,14
    404:17,20 408:24
    413:24 419:10
    424:19 426:24
    428:3 438:16
    447:11 449:10
    452:25 453:23
    471:12,23 482:10
    493:9,23 501:15,23
    502:15 507:18,22
    519:13 525:21,23
    527:18 533:23
    543:5,16 547:15,23
    548:16 557:16
    559:13,21,22
    561:25 563:5,14,15
    564:17 574:13
    579:14 583:25
    589:3 591:19 594:2
    597:15 598:24
    600:3 602:3 603:9
    603:13 604:8
    614:24 615:2 616:6
    616:8 626:9 631:11
    633:17 635:11
**questioned (1)**
    623:21
**questioning (1)**
    609:7
**questions (22)**
    368:2,4 377:5 386:21
    387:9 388:21
    391:11 405:3

426:20 428:8
    547:22 552:10
    554:6,8,13 559:4
    598:3 632:2 634:14
    637:17 638:13,25
**quicker (1)**
    419:14
**quickly (2)**
    423:10 445:3
**quite (1)**
    456:9
**quote (3)**
    427:16 466:17 540:25
**quotes (1)**
    379:6

---

## R

**R (5)**
    364:2 365:2 367:12
    367:12 640:2
**race (1)**
    548:25
**racist (2)**
    606:11,20
**radio (20)**
    383:16,17,20 384:3,9
    437:19 439:4 440:6
    449:23 465:11,13
    505:18,23,25
    591:11,25 593:18
    594:6 595:14
    598:20
**radios (2)**
    444:17,25
**Radler (3)**
    363:11 364:12 367:5
**raise (8)**
    371:7,12,15,23,25
    374:7 562:24 564:5
**raised (2)**
    376:11 574:13
**raising (1)**
    476:17
**ran (2)**
    388:25 406:23
**rapport (2)**
    420:23 421:16
**rare (1)**
    593:23
**rarely (2)**
    532:23 592:24
**rate (1)**
    560:8
**ratified (1)**
    536:14
**rationale (2)**

596:22 604:5
**reach (1)**
505:16
**reached (1)**
465:17
**read (35)**
377:6 388:3,7 399:18
405:2 433:23 439:6
439:8 469:20
471:18 481:7 483:8
483:14 485:20
487:8 489:20 491:8
492:9 526:9 530:4,5
532:15 538:4,19
539:10 575:14
584:2,6 601:24
616:7 617:24 618:3
619:20 623:20
642:6
**reader (1)**
379:21
**reading (11)**
387:25 435:23 476:22
485:21 499:14
530:23 538:5 540:7
559:19 618:6
623:15
**Reads (1)**
642:6
**real (1)**
421:12
**really (16)**
376:17,19 421:9
461:23 465:23
506:17 523:11
527:11 546:19
547:9 553:3 583:19
585:4 586:21
604:22 612:8
**Realtime (1)**
363:15
**reason (17)**
420:11 428:4 438:18
476:14 478:18
479:22 480:3
493:21 494:9,13
499:24 523:5
579:12 585:22
605:17 633:21
642:6
**reasonable (1)**
411:20
**recall (107)**
391:5,24 410:22
414:20 421:11
440:21 441:8,9

454:7,9 468:25
474:7 490:21,22
491:16 495:13
496:9 498:4,21
499:21 501:8,9,14
502:8,20 504:20,23
507:20,24 514:25
515:15,16 521:20
522:7,9,17,22 523:3
524:2 529:16,25
530:12,17,21
537:19,22 539:2
540:16,20 542:24
543:15,18 544:9
545:6 546:12,15
547:25 555:2
564:17 571:10
576:12 577:20
578:18 581:15
582:24 584:20,20
585:3,4 591:7,9
597:23 598:17,22
598:24 600:21,25
601:2,14 602:6
603:7,9,15 606:15
607:20 609:19,20
609:21 617:23
618:5,6 621:18
623:8 625:16
626:19,24 627:8
630:13,14,18
632:14,17 633:18
634:16,23 635:14
637:19
**receive (12)**
384:6 420:18 448:25
453:25 562:24
564:19 567:17
578:15,19 579:15
580:24 606:9
**received (7)**
416:20 505:4 537:6
564:14 567:21
579:25 580:12
**receiving (3)**
384:10 564:10,17
**recess (4)**
366:20 453:16 520:7
598:10
**recklessly (4)**
395:20 398:4,7 402:2
**recognize (1)**
377:12
**recollection (9)**
368:11 500:3 508:2
527:8 576:21

632:13,23 634:25
636:9
**recollections (1)**
516:13
**recommendation (3)**
497:10 498:5,17
**recommendations (3)**
407:18,20 497:5
**recommended (3)**
408:21 576:3 588:19
**record (19)**
366:22 382:4 405:2
408:25 437:21
453:15,20 499:13
504:7 520:6,11
558:12 563:23
598:9,14 616:7
639:8,9 640:14
**recourse (1)**
372:19
**recuperating (1)**
370:6
**red (1)**
626:23
**refer (1)**
487:18
**reference (3)**
497:10 498:5 536:11
**referenced (1)**
494:15
**references (1)**
497:5
**referred (2)**
387:13 530:10
**referring (1)**
551:24
**refers (3)**
439:2 491:6 576:19
**reflect (1)**
563:24
**refresh (2)**
527:8 576:20
**refreshers (1)**
634:10
**refusal (1)**
519:10
**refuse (1)**
579:4
**refused (9)**
371:22 488:10 519:3
519:20 520:18
521:3,18,25 579:8
**regard (26)**
385:14 394:7 404:11
404:14,17,20
420:15 431:14

435:25 438:22
442:22 444:11
448:13 471:12
482:18 501:15,23
507:18,22 516:2
524:14 525:3 543:5
543:16 633:22,24
**regarding (5)**
540:24 542:21 553:23
554:24 633:17
**regardless (1)**
615:18
**regards (2)**
379:19 551:13
**regime (6)**
393:5,11,18 394:24
425:24 426:7
**regimen (1)**
427:18
**Registered (2)**
363:13,14
**regular (1)**
594:10
**rehire (5)**
409:4,8,11,21,25
**rehired (13)**
369:12,18 389:12,13
389:15 409:14
410:6,11,15 425:4
539:12,17,20
**rehiring (6)**
424:6,10,13,16,24
425:3
**related (2)**
605:4 640:17
**relation (1)**
511:22
**relationship (2)**
368:14 421:4
**relish (1)**
433:3
**relished (1)**
432:23
**remain (1)**
423:8
**remainder (1)**
408:4
**remark (1)**
497:17
**remarks (1)**
606:25
**remember (30)**
384:10 469:16,18
474:19 495:17
498:10,12,24
500:14 502:12

511:19 518:25
520:22 522:2
527:19 529:19
538:2,12 545:5
550:21 551:6
576:14,18 583:19
589:15 610:2
617:16 618:2
620:23 628:11
**remembered (1)**
469:9
**remiss (1)**
610:10
**removed (1)**
416:10
**repeat (4)**
533:23 561:25 594:2
636:16
**repeated (3)**
395:14 448:16 553:3
**rephrase (2)**
447:11 618:19
**Reply (4)**
376:21 377:2,16
641:12
**report (33)**
441:11 467:7,14,15
467:19,20,21,23
468:13,13,16,17,18
468:22 469:2,4,12
469:13 475:4
490:18 526:17,22
530:10 556:18
558:17 600:3 601:4
601:9,11,15 602:12
615:22 620:22
**reported (6)**
362:24 474:23 490:15
517:24 558:12,21
**reporter (9)**
363:13,14,15,16
366:14 367:10
368:2 500:17
535:24
**reporting (4)**
366:14,16 557:24
614:3
**reports (2)**
385:10 468:8
**represent (4)**
367:24 375:15,16
550:13
**representation (1)**
411:22
**represented (1)**
375:11

reproach (1)
532:11
reputation (1)
532:11
request (5)
370:24 371:10 552:15
552:16,17
require (1)
372:18
required (8)
381:2 427:18 429:10
434:9 468:15
480:17 507:5 586:7
requirement (2)
537:11,14
requirements (1)
634:10
requiring (2)
372:16 503:19
rereading (1)
556:6
reside (1)
582:16
resided (1)
384:7
residence (2)
472:8 483:24
resident (5)
394:20 416:21 454:2
472:3,15 478:17
581:25 582:2,9
residential (2)
459:24 467:12
residents (9)
420:24 421:4,16
451:3 453:5 479:3
582:12,14 607:2
resides (1)
405:8
residing (1)
477:2
resign (7)
570:22,25 571:3,4,8
571:12 585:23
resignation (2)
529:23 570:23
resignations (1)
570:22
resolved (3)
583:22 584:9,21
resort (1)
417:11
respect (7)
561:13,16 597:15
601:9,15,24 602:4
respirations (1)

549:2
respond (9)
375:21 449:24 462:16
494:23 496:8
591:16,22 592:2
611:8
responded (2)
440:16 468:20,21
610:7 611:7
responding (5)
422:5 461:22 462:18
596:10,12
response (7)
388:20 416:12 468:24
510:17 547:23
564:9 578:13
responses (1)
595:14
responsibilities (6)
380:6 406:20 413:16
413:22 568:6,13
responsibility (5)
405:17 409:17 444:7
511:10 570:16
responsible (14)
381:15 382:10 386:4
405:11,19 406:7,13
407:2,9 408:3 412:9
412:18,25 461:10
rest (3)
547:13 587:2 610:16
restaurant (1)
456:17
restaurants (3)
397:9 456:14 457:20
restrained (2)
470:4,9
restricted (1)
456:13
results (3)
537:24 622:7,9
resumed (1)
367:13
retained (1)
369:6
retaliation (1)
449:25
retired (4)
368:25 437:12 588:7
589:20
retirement (2)
568:20 569:19
retrieving (1)
492:4
return (3)
419:21 450:25 571:9

returned (1)
624:14
review (29)
377:11 378:8 439:7
451:2 468:8 469:22
471:20 476:23
481:9 483:10,17
485:22 487:10
489:21 491:10
492:11 497:24
509:7 526:11 530:7
530:25 534:13
535:14 538:6,21
540:9 556:5,8
618:10
reviewing (1)
524:11
reviews (2)
585:25,25
rewritten (2)
526:18,25
RexCorp (3)
363:11 364:17 366:9
re-certification (1)
634:5
re-certified (1)
588:24
re-swear (1)
367:10
Richard (29)
504:4 506:23 508:12
515:2,4,13 516:3,6
520:18 521:2,17,24
537:8 554:25 556:3
556:20 557:8
558:12 560:20
561:13 562:5 575:7
575:18 576:3
599:14 610:13,19
611:16 636:8
Richie (2)
610:15 611:7
rid (2)
557:18 560:19
ride-off (1)
434:9
ridiculed (1)
470:11,22
right (115)
368:16 369:16 370:8
370:17 372:14,20
373:2,14,16,20,21
373:23 374:13,16
374:19 375:4,16
376:2 379:6 381:8
385:6 388:14

389:15,19,21
392:18 397:17
399:5,18 406:24
408:10,13,14,21
409:12,13,17,25
411:3,13,21 414:15
414:24 415:8,17,22
419:8 424:4 425:11
425:12,13,19,20
428:2,20,21 434:25
435:5 445:9 451:14
455:17 456:5,22,23
460:11 462:8
469:19,23 470:19
473:13,16 478:5,20
489:22 494:18
504:2,6 505:23,24
506:2,13,21 510:12
511:22 517:17
518:4,18,19,21,24
519:22 523:4 531:3
534:3 539:18
551:16 556:15,16
561:4 563:7 564:20
568:11 574:2,4
576:16 582:10
595:23 607:19
616:20 624:13
627:25 632:5
634:22 636:12
639:5
rights (2)
623:15,20
risk (6)
437:8 438:3 474:25
475:6 494:23
543:14
River (1)
365:7
Rivkin (3)
363:11 364:12 367:5
RMR (2)
362:25 640:24
road (7)
365:7 417:15,19,19
417:20,20 514:5
roads (1)
419:5
Rob (1)
575:2
Robert (3)
514:3,7 628:8
rock (1)
404:6
rocket (1)
435:13

Rogers (7)
362:11 364:15 581:2
581:5,22,24 582:5
role (10)
380:6 387:10,12
392:20 433:5
437:16 457:5
509:18 527:15
570:4
room (1)
501:17
rope (6)
581:4,7 583:18 584:8
584:13,23
rotate (2)
411:10 493:15
rotated (1)
493:17
Rough (1)
420:7
round (1)
374:2
row (1)
494:10
RPR (2)
362:25 640:24
rug (4)
522:22 523:9,14,20
ruled (1)
374:5
rules (1)
385:25
rumor (16)
433:10,22 434:2
435:11 480:25
482:16,21 485:8
488:4 489:14 491:2
496:15,20 535:9
559:6,10
rumored (1)
478:11
rumors (4)
486:10 559:2,5,9
run (5)
444:22 445:16,21
582:20 595:20
running (8)
435:3 512:12,14
513:4,18,19,20
604:12

_____

**S**

S (5)
364:2,9 365:2 367:12
367:12
safe (2)

600:18 603:14
**safety (6)**
438:3 442:12 443:10
474:25 475:6 566:9
**sake (2)**
493:8,23
**salaries (1)**
566:10
**salary (9)**
370:14,17,24 372:5
566:15,16,17
567:18,21
**sale (1)**
478:16
**sales (1)**
478:12
**SANCHEZ (1)**
362:15
**sanction (1)**
486:2
**sanctions (2)**
631:16,22
**sand (1)**
514:9
**Sanpietro (2)**
365:14 366:12
**sat (1)**
597:20
**satisfied (1)**
443:5
**satisfy (1)**
415:12
**Saturday (2)**
463:12 464:20
**saw (12)**
365:7 378:12 397:20
401:21 411:17
432:25 464:4
502:10,16 510:5
517:12 613:25
**saying (27)**
391:24 393:9 396:19
397:13 403:7
430:10 432:14
439:18 441:11
451:8,15 452:13,18
474:7 510:3 522:2
538:12 539:2
544:10 545:7 569:2
589:15 611:4 612:5
615:12,14 624:2
**says (8)**
381:25 393:14 396:23
406:13 470:18
524:6 534:6 608:19
**scales (1)**

608:8
**scared (1)**
549:15
**scene (20)**
508:16,22,23 509:3
509:10,11 511:15
610:20,23 611:2,6
611:12 613:13,15
613:17 614:8,12
615:25 617:2
622:13
**scenes (1)**
509:14
**schedule (7)**
411:10 458:6,8
463:18 513:12
579:2 609:21
**scheduled (3)**
461:12 462:5 609:16
**schedules (1)**
456:13
**scheduling (2)**
461:11 553:23
**school (2)**
376:12 461:18
**scope (3)**
581:20 587:8 606:14
**Scott (1)**
581:23
**Scotty (1)**
582:4
**sealed (1)**
488:19
**Sean (5)**
607:21 608:12 618:4
633:9 638:17
**season (39)**
369:11 409:5,8,11
410:7,9,14,17
411:19 424:7,10,13
425:15 454:15
455:3,8,12,14,20,20
455:23,25,25 456:6
456:7 458:11 459:7
459:13 460:4,13,20
464:8,18,23 473:24
477:3,3 602:25
635:16
**seasonal (25)**
423:4 425:13,14
430:15 431:8
455:15,19 458:12
458:13,15 460:5,23
462:4 464:9 466:10
466:18 492:20
493:10 494:4

547:18 571:17,18
602:18,25 634:8
**seasons (5)**
409:21 410:3 424:17
455:18 458:12
**Seaview (1)**
587:11
**second (7)**
366:18 399:23 527:22
529:13 537:10
629:15,17
**secondary (1)**
510:21
**secondly (1)**
452:9
**second-floor (1)**
485:4
**secure (8)**
488:15 489:4,11
508:16 509:3,14
510:6 613:13
**secured (1)**
509:9
**securing (3)**
508:21 509:11 613:15
**see (63)**
378:23 379:7 380:7
381:18 383:5
384:17 385:12
386:12 390:21
393:6,14 396:5
399:25 400:4,8,11
400:15,18,22,25
401:6,9 405:25
412:11,20 413:2
426:5,13 427:20
433:19 435:22
442:19 444:13
450:6 451:5,20
452:15 463:10
468:22 470:13
477:6 478:4 481:14
484:9 486:17
492:17 493:2 518:9
524:7 531:8 532:17
536:17 539:13
545:19 547:4
553:17 558:4 573:3
599:2 603:23
619:23 621:2
626:21
**seeing (3)**
441:9 469:2 601:14
**seek (1)**
549:17
**seen (7)**

438:17 517:21 529:8
573:8 597:16,18
624:16
**Seglakis (1)**
478:15
**self-defense (1)**
517:19
**sell (1)**
608:7
**selling (3)**
478:19,24 608:4
**semantical (1)**
582:13
**sense (4)**
415:7,8 490:5 547:24
**sent (3)**
585:25 586:2,8
**sentence (3)**
382:10 384:13 393:3
406:13 412:23
450:24 529:14
534:10
**September (33)**
368:22 379:4,5
383:25 391:14
396:10 408:9
412:14,14 413:5,13
418:19 436:9
443:13 475:13
476:10 479:11
484:22 485:9
497:16 500:10
501:13,19 502:17
502:17 503:11
541:22,23 568:15
569:18 570:2,5,17
**sergeant (17)**
379:13 414:22 416:6
433:24 440:10
463:9 481:19
565:11 566:17,25
567:2,5,6,13 570:11
571:25 572:18
**series (3)**
367:25 377:4 451:2
**serious (5)**
490:8 495:22 516:4
549:7 591:11
**serve (1)**
619:24
**served (7)**
449:19 556:20 558:13
561:14 562:5
636:13 637:12
**service (22)**
362:15 379:13 395:16

421:25 428:19
429:11,12,15,17
430:9,14 431:23
435:21 436:21,24
454:11 545:24
565:10,15,19
588:14,17
**serving (4)**
556:22 557:12 558:23
599:14
**sessions (1)**
634:7
**set (12)**
405:22 444:18 465:25
486:7 490:14
540:13 553:13
569:20,22 574:7
640:13,22
**setting (6)**
385:16 386:5 568:3
570:4 574:4 586:23
**settled (4)**
547:7,8 583:24 584:7
**settlement (1)**
584:15
**seven (2)**
418:7 464:12
**severe (1)**
442:12
**severely (2)**
430:6 456:13
**sex (2)**
480:19 481:4
**sham (4)**
534:10,16,20,24
**SHEET (1)**
642:2
**shield (5)**
506:15 529:14,17,20
569:6
**shift (35)**
406:22,23 411:2
416:11,14 434:20
445:4,13 446:5
450:6,11,21 457:17
457:18,24 458:14
458:15 459:22
460:19,20 463:8,13
464:22 472:24
494:8 536:16 596:3
596:3,5,6,7,18
597:9,9 635:21
**shifts (32)**
385:5 410:21,21
411:7,11,12,14
412:4 416:23

412:4 416:23
431:23 432:4 444:5
445:25 446:12,16
450:24 456:8,24
457:7,9 458:10
460:22 461:11
462:11 463:22
473:12 492:15
493:11,12 494:5
595:17,17
**shit (1)**
530:11
**shock (14)**
548:3,7,11,22,25
549:5,5,6,13,21
625:16,18 626:2,7
**shocking (1)**
549:15
**short (1)**
444:25
**shorter (1)**
418:12
**shortly (1)**
378:16
**short-handed (2)**
430:7 571:15
**short-term (2)**
596:9,15
**show (4)**
462:21 497:8 618:24
620:16
**showed (1)**
497:7
**shown (1)**
621:9
**side (2)**
539:22 540:2
**sidearm (3)**
529:15,17,21
**sign (3)**
377:21 468:6 569:4
**signature (1)**
377:18,25 498:2
499:25 642:20
**signed (1)**
378:9
**silence (8)**
390:21 391:2,17,23
392:3,22 396:3
400:25
**silencing (6)**
398:20,23 401:7,10
403:10,13
**silly (1)**
569:3
**similar (3)**

378:4 466:19 599:13
**simple (1)**
538:8
**simply (1)**
599:6
**singled (4)**
542:16,18,23 543:3
**sir (12)**
385:24 406:15,18,24
426:3 432:2 450:8
482:10 498:2 538:8
538:13 539:4
**sit (17)**
376:3 380:11,20
381:22 384:21
438:9 476:15 478:8
490:23 508:2
514:15,23 524:9
527:17 560:8
596:16 597:8
**sites (2)**
454:19,22
**sitting (4)**
555:11 559:15 595:17
632:20
**situation (9)**
423:9 450:12 495:4
507:14 508:3
510:16 597:11
613:16 625:25
**situations (1)**
595:24
**six (4)**
418:13 449:12 464:9
464:12
**size (2)**
392:20 485:16
**sketchy (1)**
517:23
**skillset (1)**
587:4
**skip (1)**
381:14
**sleep (1)**
629:16
**sleeping (1)**
544:25
**slow (2)**
419:7,8
**small (4)**
392:16 449:6 555:19
555:20
**smarter (1)**
427:7
**Snyder (52)**
362:6 365:16 404:12

423:19 449:18,22
450:5,9,19 451:2,7
451:15,19,23 452:5
452:13 453:2
467:15 483:21
484:6 485:10
501:16,16,19,21
503:19 504:15
507:19,21 522:4,11
522:13,19 523:7,17
523:22 525:17
527:5,9 530:13
537:5,12,16,20,23
543:6,17 546:11
598:19 599:4,25
600:15
**Snyder's (3)**
390:4 450:2 530:10
**socialize (1)**
476:9
**socializing (1)**
486:16
**solve (1)**
415:6
**somebody (23)**
375:2 432:11,13
445:6 477:16
497:15 510:16
516:10 519:19
540:5 556:13
557:23,25 558:7
578:10 587:20
593:7 604:13
605:14 606:18
608:13 615:13
623:14
**someone's (1)**
439:24
**somewhat (1)**
490:8
**sorry (9)**
389:14 402:5 416:5
490:17 500:18,19
512:22 535:20
564:20
**sort (3)**
567:25 603:22 609:6
**source (23)**
403:21 413:19 420:9
429:17 430:9 432:6
432:10 433:21
435:12 438:24
446:14 448:4,11
449:7 478:4 482:17
482:22 485:9 488:5
489:8 491:3 535:9

609:24
**south (4)**
417:24,25 418:25
419:4
**speak (3)**
371:3 587:14 636:20
**speaking (6)**
393:5 522:11 551:10
557:10 564:23
569:18
**speaks (2)**
632:16,18
**special (2)**
596:22 634:7
**specialist (2)**
365:14 366:13
**specific (4)**
438:11 459:20 586:12
612:11
**specifically (6)**
428:3 454:7,9 544:9
629:20,23
**spend (4)**
431:23 454:16 492:14
493:10
**spending (1)**
432:4
**spent (3)**
376:13 428:16 478:24
**spoke (18)**
374:24 495:15 500:15
500:20 520:16,20
527:6,9 544:5
546:10 551:21
621:25 623:7
624:13 630:6
634:21 635:3
636:19
**spoken (7)**
374:21 495:23 551:13
553:24 624:6
634:15 636:4
**spot (3)**
493:21 494:10 604:17
**ss (1)**
640:5
**stamped (1)**
499:15
**stand (7)**
493:7,23 494:17,21
495:21 496:5
572:20
**standards (2)**
383:4 436:20
**standing (1)**
492:15

**standpoint (1)**
417:9
**stands (1)**
421:11
**start (11)**
366:2 450:5 453:18
513:10,16 520:9
531:3 549:4 598:12
604:19 628:23
**started (3)**
422:2 595:7 612:21
**starting (3)**
395:12 410:5 547:9
**starts (2)**
405:24 548:25
**state (7)**
363:16 384:12 386:9
386:16 534:5 640:4
640:9
**stated (2)**
527:21 533:5
**statement (38)**
380:9 384:22 390:17
406:15,19 412:15
413:6 436:5,25
437:4 438:19 446:9
472:12,14 519:5
527:8 535:12
539:15 617:21,25
618:3,6,8,12,22
619:6,21 620:2,17
620:21,24,25 621:2
621:4,5,6 623:14
627:3
**statements (29)**
531:11,23 532:4,9,13
534:6 535:5,17
536:5,14 606:12
612:14,17 613:4
618:11,25 619:25
621:11 622:17,20
622:22,25 623:16
624:2 634:24
637:10
**STATES (1)**
362:2
**stating (1)**
534:8
**station (34)**
435:14 445:6 452:11
467:23 477:25
494:2,22 511:18,22
511:23 512:17
515:12,14,19
518:15 521:8 548:9

549:24 555:2,19,23
557:13 558:2,3
562:7 595:21
596:17 598:19
610:16 611:15,22
613:3 615:14 630:9
**stationed (1)**
492:21
**stay (7)**
453:22 464:4,5 465:7
493:21 549:23
550:2
**stayed (2)**
456:18 464:19
**staying (1)**
624:11
**step (1)**
596:10
**steps (2)**
600:7,10
**Steve (2)**
365:14 366:12
**stick (1)**
428:11
**stip (1)**
584:11
**stop (9)**
374:9 431:2 435:3
453:10 477:8
478:18 513:4
569:25 581:21
**stopped (5)**
381:7 544:12 567:25
568:2 587:18
**story (6)**
516:24 517:8 519:17
539:22 540:2
549:16
**straight (1)**
514:11
**strange (1)**
614:6
**street (3)**
461:17,24 546:20
**streetlight (1)**
492:16
**streets (3)**
459:24 466:24,25
**stressful (1)**
422:10
**strike (7)**
570:24 605:21 614:5
614:17 616:13
630:8 631:2
**structure (1)**
465:25

**stuff (3)**
560:3,6 573:11
**subject (10)**
405:18 410:19 412:10
428:15 475:12
481:23 484:14
485:25 631:16,21
**submit (3)**
529:23 535:5 575:11
**subordinate (3)**
385:7 495:24 605:16
**subpoena (5)**
375:8 564:10,14,17
564:22
**subpoenaed (2)**
375:5 564:12
**Subscribed (2)**
639:17 642:21
**subsequent (2)**
469:13 636:15
**subsequently (2)**
528:25 627:14
**substance (7)**
391:22 392:2 441:4
522:21 523:10
545:14 546:15
**succeed (1)**
452:21
**sue (2)**
373:2,20
**sued (2)**
581:4 583:10
**suffering (3)**
548:24 549:12,20
**Suffolk (39)**
362:14,14,14 386:10
386:17 405:8
427:19 428:19,25
429:7,9,10,12,17
430:9,13 431:22
435:22 436:21,24
440:16 442:10,16
442:18 443:16,23
443:25 461:19
488:23 502:4 503:3
503:8 525:8,15,25
588:9,16,23 634:3
**suggest (3)**
411:23,24 526:22
**suing (1)**
388:23
**suit (2)**
584:4,6
**sum (7)**
391:22 392:2 441:4
522:20 523:9

545:13 546:15
**summer (6)**
417:10,12 422:10
448:20 455:12
464:8
**summers (1)**
478:25
**summons (3)**
488:5,10 601:6
**summonses (11)**
419:20,25 420:10
481:14 482:5,7,13
482:19,23 485:13
577:19
**Sun (1)**
479:3
**Sunday (3)**
463:13 464:22 572:14
**Sundays (2)**
572:3,4
**superior (1)**
495:24
**supervise (1)**
574:12
**supervised (2)**
585:10 586:6
**supervising (5)**
405:20 411:3 412:19
413:2 465:21
**supervision (6)**
393:17 405:12 406:8
406:14,21 407:2
**supervisor (5)**
568:9 597:3 610:11
610:14 629:7
**supervisory (2)**
416:7 568:6
**supplying (1)**
552:13
**supposed (2)**
396:5 556:12
**Supreme (1)**
374:4
**sure (18)**
382:5 383:9 388:3
403:6 409:2 437:21
442:4 445:5 515:18
522:12 530:5
545:17 562:3 591:2
592:9 594:3,14
617:18
**Surf (4)**
417:15,19,19,20
**surprise (4)**
594:21,25 607:15
625:5

**surprised (11)**
369:21,25 559:15,16
559:20,23 560:2,11
606:22 607:6,11
**surrounding (1)**
535:6
**surveillance (1)**
480:13
**suspected (3)**
607:18,24 608:4
**suspend (1)**
528:2
**suspended (4)**
518:22 519:2 528:4
529:20
**swearing (1)**
377:25
**swept (3)**
522:21 523:13,20
**Swift (1)**
571:7
**sworn (5)**
367:13 368:3 639:17
640:13 642:21
**system (1)**
428:24

**— T —**

**T (3)**
367:12 640:2,2
**take (44)**
371:13 382:18 417:25
418:6,23 419:3
427:17 433:4
434:20 447:13
465:4 472:7 473:16
473:19 493:19
508:24 512:5,6,7
513:23,24,25 514:8
514:10 519:24
523:16 532:4 546:4
547:8 556:2,7,16,17
577:9 587:18 598:4
600:10 613:17
619:5 622:20
623:14 627:3,9
628:13
**taken (26)**
366:20 418:9 435:4
442:7 450:10 451:9
453:7,16 472:6,21
491:22 505:21
520:7 531:22
533:16 539:5
555:25 556:18
565:18 598:10

600:7 618:25
620:18 621:6
624:16 628:14
**talk (19)**
378:17 391:7 414:11
417:3 431:12
460:19,22 463:15
496:25 497:4 500:6
503:15 516:11
522:4 552:24
556:11 558:5 587:9
605:13
**talked (4)**
517:12 536:3 576:14
626:20
**talking (13)**
457:15 458:5 476:2
524:12 549:14
580:19 593:8,9,16
593:22,23 622:9
622:15
**tape (10)**
366:3 449:16 453:14
453:19 509:15
520:5,10 598:4,8,13
**taper (1)**
456:12
**target (4)**
623:19,22,25 624:5
**taxi (5)**
512:5,7,16 513:7,15
**taxis (3)**
512:14 513:4,16
**technically (1)**
569:5
**telephone (3)**
502:7 521:14 529:17
**tell (51)**
382:2,13 422:14
433:9 453:4 469:20
470:7 471:18
475:23,25 476:21
481:7 483:8,16,20
485:20 487:9
489:20 491:9 492:9
497:23 521:3,25
526:9 530:5,23
538:5,20 540:8
544:24 545:3
549:18 550:11
551:7 555:24
560:22 575:24
576:19 583:13
588:17 589:9,11
597:19 613:25
614:25 615:9,10

621:2 627:5 628:9
632:21
**telling (3)**
471:23 597:23 609:22
**temporarily (2)**
416:10 445:11
**temporary (2)**
445:5 446:6
**ten (16)**
417:18 453:11 461:9
473:19,24 592:12
592:15,21,24 593:6
593:7,10,15,16,23
594:5
**tend (1)**
516:13
**tended (1)**
515:13
**tension (1)**
578:23
**tenure (1)**
380:4
**terminable (1)**
592:4
**terminal (3)**
512:17,18 513:2
**terminate (3)**
527:25 528:6 570:19
**terminated (5)**
527:14 544:19 557:8
557:19 571:2
**termination (6)**
369:18 518:23 519:3
528:3,4 570:24
**terminations (1)**
430:15
**terms (8)**
369:17 371:17 372:6
414:8 470:2 524:11
568:2,3
**test (1)**
589:6
**testified (58)**
367:15 368:8 369:9
392:15 399:13
410:20 495:12
505:8 522:18
523:23 547:22
555:5 557:2 560:4,7
561:17,22 562:2,9
562:17,21 565:5
567:23 573:11
576:8 579:24
580:11,20 581:14
582:7 585:5 588:6
589:19 591:4,10,14

592:11 595:16,19
595:22 597:11
598:17 602:14,16
603:4 607:16 610:3
611:25 616:15
618:4 621:23
626:10 630:17,22
631:5 632:2,6,23
**testify (4)**
545:9 547:11 563:10
622:14
**testifying (4)**
522:22 523:3 555:3
576:18
**testimony (19)**
371:22 378:5 410:23
416:19 438:7,8
472:4 554:14
562:19 563:22
589:17,24 591:7
629:19 631:10
632:16,18,22
640:15
**tests (2)**
427:18 589:14
**thank (10)**
367:20 387:20 550:5
550:7 554:6,11
597:7 612:12
638:25 639:6
**thereof (1)**
380:17
**thing (12)**
370:8 409:18 442:2
444:13 445:5
505:12 509:12
547:6 556:17 574:2
578:9 610:10
**things (18)**
368:14 378:16 407:13
447:14 465:6
560:11 569:4
572:25 573:20
578:11 594:10,13
607:12 610:4
612:11,23 613:19
634:12
**think (102)**
375:2 386:22 387:19
390:14 391:14
417:5 421:3 422:16
422:19 424:21
427:9 433:3 437:20
438:15 449:5,16
453:23 454:25
478:13 479:2 480:3

485:16 488:24
490:3 496:19
500:20,25 501:25
502:2,5,25 503:14
507:17 510:17
515:24 516:15
519:25 522:24
525:5,20 531:13
534:5 548:2 549:20
551:21 552:2,6,12
552:25 557:2 558:3
559:8 561:18,21,22
563:21 564:14,19
564:21 565:25
567:15 569:9 571:7
576:6 580:6 581:9
582:14,14,15
583:23 584:14,14
584:15 590:21
591:13 594:11
598:3 602:16
605:11 607:17,17
608:6,6 609:16
611:16 619:3,4,5,19
620:15 622:23
623:9,10,24 624:5
624:14 631:9,10
635:6 636:12
637:12,15
**third (3)**
583:18 584:19 585:2
**third-floor (2)**
483:24 485:3
**third-story (1)**
485:5
**Thomas (8)**
362:6,21 363:10
365:16 639:14
640:11 641:5 642:4
**Thompson (2)**
364:5 366:25
**thorough (4)**
524:23,25 621:24
622:11
**thoroughness (3)**
622:3,6 625:10
**thought (15)**
389:13 425:7 462:9
475:5 479:22 521:6
523:18 525:18
532:11 542:16
553:2 603:14 610:4
614:10 621:24
**thousands (2)**
531:23 637:9
**threat (2)**

422:18 570:24
**three (44)**
368:21 418:12 444:23
460:5,16 462:20
463:19 464:14
492:14 493:3,11,12
494:5,10 495:21
498:23 505:15
506:5 508:4,16
509:3,19 510:24
511:8,14 515:3,25
516:25 517:4
582:12 583:12,13
611:7 621:15 622:2
622:12 623:5
628:15 633:6 635:8
636:10,13,18
637:13
**threw (1)**
491:15
**throwing (2)**
491:7,19
**thuggery (4)**
425:25 426:11,13,16
**Thursday (3)**
465:6,7 553:14
**Thursdays (1)**
463:11
**ticket (1)**
592:23
**tied (1)**
519:11
**time (151)**
366:21 368:24,25
370:13 376:13
378:23,25 379:3
386:21 387:6
391:11,12,13 407:4
412:13 413:13
419:11,15 420:6
423:5 424:23
428:16,17,22
429:18,23 430:5
433:11 443:12
444:14,14,25 447:3
449:11 451:8
453:14,19 454:16
456:4 457:5,8,14
458:5 460:25
461:14 462:3
463:16,17 466:3,5
467:25 468:2 470:9
472:20,25 473:15
473:24 474:6
475:17,17 477:5,6
479:10 482:11

484:21 485:9 487:3
496:23 498:14,18
500:8 501:12,18
502:23 503:17
504:8,12,21 505:3
505:10 506:4,13
508:5 511:16,17
513:19 515:5,9,10
517:6,11,13,20
518:4 519:18 520:4
520:10 523:18
525:6,13,15 528:5
532:2 539:21 541:7
541:13,17 544:11
546:8,25 547:8
551:22 552:11
553:17 555:12
556:7 567:4,24
569:19 571:14
573:7 574:11
577:22 579:3
583:24 595:13
597:21 598:2,7,13
600:15 604:9
614:11,13,17,20,22
615:24 616:3
622:25 624:4,12
629:6 630:10
632:14 634:20
639:8,10
**times (16)**
397:10 405:9,24
422:6 434:10,13
460:16 464:16
465:2 466:22
505:10 544:6
546:11 547:3 549:9
583:9
**tirade (1)**
606:20
**tireless (1)**
395:14
**title (9)**
369:6 379:13 565:10
565:15,19 567:8
568:16 569:16,17
**titles (1)**
569:15
**Tobacco (1)**
502:5
**today (41)**
366:14 367:22 375:12
376:3 378:5 380:12
380:20 381:22
384:21 387:24

438:9 476:15 478:8
490:23 508:2
514:15,23 524:9
527:17 554:14
555:11 559:15
560:4,7 561:17
562:17 564:11
573:11 576:15
588:5 589:17 591:4
595:16 602:15,16
630:17 632:10,20
632:22,24 639:8
**today's (1)**
562:22
**told (30)**
370:2,9 373:12 471:4
479:11 493:6,23
494:13 516:24
519:6 521:4 522:14
523:7,15 530:14,19
542:14 545:3
550:17 552:19
574:20 579:12
581:16 583:23
584:10 588:23
595:9 600:15 601:6
607:4
**Tom (12)**
467:2 478:15 522:4
522:11 546:11
547:4 578:24
586:24 598:19
599:4,25 600:15
**Tommy (1)**
423:19
**top (2)**
524:5 613:5
**total (2)**
396:12 496:5
**tour (18)**
416:8 506:21 568:8
571:23,24 572:17
573:2,2,6 579:5,9
596:24 597:2,3,16
600:19 603:7
609:13
**tournament (2)**
553:11 564:25
**tours (5)**
434:10 571:15 572:16
600:16,17
**tower (1)**
454:20
**towers (1)**
454:22
**town (10)**

459:25 460:6 461:15
461:16 493:16,17
502:2,23,25 546:23
**traditionally (1)**
613:14
**trained (5)**
383:10,19 421:24
442:16 443:15
**training (19)**
383:3,7,11 384:14
405:20 412:19,25
442:18 443:24
461:18 568:12
585:10 586:7 595:8
633:17,24 634:5,6,7
**TRANSCRIPT (1)**
642:2
**transpired (1)**
515:21
**transport (2)**
472:2,6
**transporting (1)**
472:15
**treated (3)**
376:19 542:4,11
**treating (1)**
415:18
**treatment (3)**
405:19 412:11 557:23
**trial (1)**
584:17
**tried (6)**
376:14 462:10 518:13
579:2 622:24
636:20
**trip (2)**
382:3 587:19
**trips (1)**
577:11
**trouble (1)**
441:12
**truck (5)**
418:24,25 578:2,14
627:19
**trucks (1)**
418:22
**true (22)**
428:12 438:13 445:23
452:8,24 453:2
472:12,13 481:18
481:23 484:15
485:24 490:8
494:20 527:7
535:19 536:2
582:10 590:8
591:20 600:14

640:14
**Trust (1)**
428:7
**trustee (9)**
394:16 414:2,3
432:16,22 433:9
580:25 582:3,18
**trustees (7)**
413:25 575:6 579:19
580:2 581:14 582:6
582:17
**truth (3)**
422:14 471:24 614:25
**truthful (1)**
378:6
**try (7)**
477:17 511:10,16,25
514:17 589:4 633:5
**trying (12)**
379:18 382:3,4
451:10 464:6 477:8
510:18 516:21
519:14 540:4 612:9
618:16
**TSG (2)**
366:13,15
**Tuesday (2)**
463:14 553:13
**Tuesdays (1)**
465:8
**turn (8)**
395:20 398:4,7 400:8
400:11 524:3
538:18 554:16
**turned (2)**
518:10 546:2
**turning (3)**
395:13 402:2,8
**twelve (1)**
466:10
**twenty (3)**
421:23 466:9 544:2
**twenty-year (2)**
422:24 625:20
**two (30)**
417:16,21 419:9,14
419:14 432:17
444:23 455:8,9,12
455:13 456:20
458:18 459:16
460:3,7 463:19
484:2 493:2 517:5
540:12,18 566:11
568:23 572:17
581:13 605:25
607:17 614:6 623:6

**two-minute (1)**
598:4
**Ty (1)**
425:2
**type (11)**
394:3 422:3 465:12
469:4 476:17 479:5
484:14,17 486:2
617:14 634:11
**typical (1)**
509:12

———————
**U**
**ultimately (1)**
406:24
**unable (1)**
585:17
**unanswered (1)**
451:3
**unaware (1)**
517:18
**uncertain (1)**
521:4
**uncertified (16)**
429:24 430:11 435:19
436:3 442:13 444:4
445:24 446:11,24
447:5 448:18
449:20 450:3
486:15 531:5 532:2
**uncompensatable (1)**
549:9
**underlined (1)**
524:6
**undermine (3)**
620:4,9,11
**underpatrolled (5)**
472:18 473:5,23
474:5,12
**understaffed (5)**
472:17 473:5,23
474:5,12
**understand (41)**
368:5 369:14 371:22
372:15 373:25
389:21,22,24 390:5
393:12 396:18
399:21 416:19
425:5 426:18,25
427:5 451:7,12,12
451:14 452:6 455:7
470:7 491:23
498:22 506:15
510:2,12 519:12,16
569:15 586:5
604:22 611:4 612:8

614:24 615:3
618:14,18 634:19
**understanding (9)**
385:23 386:3 390:25
444:9 470:8,15
523:6 525:16
526:15
**understands (1)**
427:10
**understood (3)**
377:24 387:6 580:19
**undertaken (1)**
534:14
**undertook (3)**
435:18 436:2 629:3
**undisclosed (1)**
624:12
**unfold (1)**
612:22
**unhappy (1)**
372:12
**uniform (13)**
395:19 396:20 397:3
397:7,11,19 400:2,5
401:18 431:24
432:4 433:11
471:25
**union (2)**
574:4,6
**Uniondale (4)**
362:22 363:12 364:18
366:9
**unique (1)**
508:4
**UNITED (1)**
362:2
**unlawful (3)**
405:19,21 412:10
**unlimited (1)**
629:11
**unlocked (1)**
467:17
**unqualified (6)**
431:7,10 435:20
436:4 437:24 532:4
**unquote (1)**
466:17
**unrelated (1)**
603:24
**unsafe (1)**
603:14
**unsuccessfully (1)**
454:3
**unsupervised (1)**
444:8
**untrained (1)**

444:7
**untruthful (1)**
378:12
**unwarranted (2)**
450:2 584:16
**upset (8)**
562:23 563:6,11,12
563:13,19 564:3
578:9
**use (8)**
379:9 442:24 542:25
593:3 595:11
604:24 632:6 634:6
**usually (8)**
456:17 457:9,10
458:16 459:15
463:10,19 466:2
**U.S (1)**
553:10

---

**V**

**v (1)**
642:3
**vacation (1)**
609:11
**vacations (1)**
577:9
**vaguely (2)**
498:7,8
**vain (3)**
451:5 452:14,19
**values (1)**
395:16
**varying (1)**
410:21
**vehicle (7)**
407:15 447:7 495:16
512:9 603:21 628:6
628:10
**vehicles (4)**
418:18 446:25 448:2
542:15
**vein (2)**
599:13,21
**verbatim (1)**
527:20
**version (1)**
518:17
**versus (1)**
366:6
**veteran (1)**
625:20
**veterans (1)**
614:6
**victim (11)**
489:25 490:19 541:19

541:24 555:2
556:21,23 562:6
599:15 616:18,25
**victims (22)**
396:3 398:24 401:7
403:13 515:10
517:2 530:16,20
536:6,7,17,20 537:2
539:24 540:13,19
541:6 623:6 634:15
634:22 636:5,20
**video (3)**
365:14 366:13 639:8
**VIDEOGRAPHER...**
366:2,19,21 367:9
449:12 453:13,18
496:24 520:4,9
598:7,12 639:7
**videotape (1)**
382:14
**videotaped (3)**
362:20 363:9 366:4
**view (6)**
417:19 492:25 582:13
619:8,13 637:5
**viewed (2)**
574:25 619:12
**village (113)**
362:9 364:13 366:6
367:4 368:15 370:8
370:23 371:4,9,13
371:21 372:13,16
374:9 375:15 376:4
376:11,15,16,22
377:10,17 379:11
381:18 382:17,21
383:14,20 388:23
392:16,20,21
417:14,23 418:2
420:24 422:3,7
433:5,6 440:17,18
444:15 445:15
449:6 459:19,20
460:24,24 462:5
463:25 464:8,17,19
464:25 466:7,11
467:5,7,11 472:17
473:4,22 474:4,11
477:5,13 478:10,17
479:12 485:16,17
504:8,12,24 505:6
514:18 519:20
525:14 545:25
546:3 550:18,20
552:12,22,25
563:17 565:6,7,7,17

566:4 569:6,17,20
575:12 581:4
582:15,16,17,20
587:24 603:12,14
604:15,16,17,18,20
606:25 607:18
635:19,20
**Village's (2)**
371:5 372:20
**violate (7)**
395:24 398:14 400:19
402:16 430:19
471:6 556:24
**violated (1)**
556:10
**violation (9)**
436:21,24 443:14
446:2 481:17,18
486:3 556:4 596:18
**violations (1)**
536:21
**visit (2)**
604:12 605:24
**visitor (1)**
454:2
**visitors (5)**
451:4,10,17,25 453:5
**visits (2)**
603:7 604:10
**volunteering (2)**
553:10 564:24
**vote (1)**
575:15
**vow (1)**
433:8
**vs (1)**
362:8

---

**W**

**W (3)**
365:9 367:6,12
**waiver (3)**
589:4,10,13
**walk (14)**
417:25 418:4,6,9
468:6 492:17,17,20
492:20,25 512:20
512:22 514:10
547:5
**walked (1)**
515:13
**walking (2)**
459:10 461:16
**Walks (1)**
405:7
**wall (6)**

390:20 391:2,16,23
392:3,21
**Walter (4)**
576:7,20,24 600:23
**want (33)**
368:13 378:17 403:6
409:25 421:10
437:21 438:18
439:6 441:17,22
462:7 522:21 523:8
523:13 544:3 546:4
562:11 569:14
578:14 579:10
584:12 588:4
589:16 591:3
595:15 596:21
600:22 601:23
603:3 606:7 609:5
616:12 617:7
**wanted (8)**
375:18 409:20 415:2
455:5 464:4 529:20
552:3 600:16
**wanting (1)**
375:3
**wash (6)**
542:14 577:17,18,22
578:2,14
**washing (1)**
544:13
**wasn't (41)**
371:6 372:24 373:9
386:15 390:10
406:22 416:17
434:25 438:18,20
446:2 454:11
465:25 504:11
506:20 509:13
510:11 514:20
516:9 518:12 534:7
534:8 560:7 563:3
564:15 572:21
573:6 574:5,19
586:11 594:16
595:25 597:13
614:16,19 624:11
626:21 627:12
629:8,20 630:2
**watch (2)**
446:6 581:18
**water (10)**
454:19,22 512:5,6,14
512:16 513:4,7,15
513:16
**way (25)**
372:21 373:6 379:13

397:21 421:12,20
421:21 425:8
432:12 449:17
495:15,23 549:19
559:14 568:19
607:10 609:19
610:2 612:22
617:16 628:11
630:5 631:11
633:12 640:19
**ways (1)**
512:3
**website (1)**
569:7
**Wednesday (4)**
362:23 366:10 465:5
553:14
**Wednesdays (2)**
463:11 465:8
**week (5)**
456:9 502:11 539:9
539:11 553:4
**weekend (4)**
456:8 464:11 473:3,9
**weekends (10)**
456:10 457:20 458:19
459:7,14 460:5,13
464:20 574:13,15
**weeks (4)**
455:8,9,12,13
**weight (1)**
582:19
**Welch (2)**
374:25 564:23
**welcoming (1)**
421:19
**went (29)**
368:19,22,24 376:12
381:6 386:24 387:2
391:10 407:16
426:14 434:21
454:10 465:8 518:6
518:9,10 567:24
571:13 575:10
576:11 586:20
590:19 606:19
622:7 623:11
624:13 626:11,19
627:18
**weren't (29)**
369:4,7 371:9 372:8
387:5 389:7,8,12,15
411:25 422:4
458:13 464:15
465:3,3 466:22
475:25 542:19

546:19 559:24
560:4 563:5 581:10
598:21 622:13
628:20 629:3 636:9
636:22
**west (4)**
417:20,21 418:8
419:10
**westerly (1)**
417:17
**western (1)**
417:15
**WHEREOF (1)**
640:21
**wide (1)**
419:6
**widest (1)**
418:2
**Wigdor (2)**
364:5 366:25
**willing (2)**
545:8 547:10
**window (1)**
404:7
**windows (2)**
577:17,23
**wine (11)**
555:2 556:20,22
557:11,12 558:4,13
558:23 561:14
562:6 599:15
**withdraw (1)**
542:8
**withdrawn (15)**
379:2 380:2 381:12
396:13 411:5
447:22 457:3
458:23 474:21
476:5 487:12 493:5
523:5 526:14 538:3
**withhold (1)**
556:13
**witness (36)**
367:10,13 489:4
519:8 531:7,23
532:4,8,13,17 534:3
535:11,16 544:4
550:7 601:20
608:20,24 609:4
618:10,24 620:17
620:20,21 621:5,6
621:10,11 622:20
622:24 623:25
637:9 640:12,15,21
641:3
**witnessed (5)**

401:13,17 485:10
486:25 487:5
**witnesses (7)**
396:3 398:21 401:2
403:10 581:8
622:13 624:16
**witnessing (1)**
483:22
**woman (4)**
517:2,5 546:21 623:6
**won (1)**
374:2
**word (6)**
379:10 386:4 399:21
426:20,24 534:23
**words (1)**
562:11
**work (25)**
368:21 376:9 411:18
423:23 437:15
458:4 463:10,12
464:2,3 539:12
573:6 576:4 579:3,5
579:9,10,20 588:8
590:3,4,10,12
600:17 603:24
**worked (30)**
376:8 385:4 410:22
411:2,7,8,12,14
422:12 423:14
424:21,22 428:24
444:15,18 463:7,23
463:24 498:19
500:9 502:4,23
545:10 547:13
588:24 590:13,22
590:23 609:13
629:9
**working (28)**
369:4,7 384:15 421:3
422:2,16,17,19
425:16 456:10
457:12,12 462:13
466:7 467:3 489:9
501:25 516:21
528:24 578:11
579:4 594:4 595:7
600:18 610:17
629:8 635:18,19
**world (1)**
624:9
**wouldn't (31)**
372:9 376:6 391:7
398:3 415:6 425:4,9
434:19 446:5
454:12 462:6

473:10 491:21
494:6 499:2 509:11
509:15 537:14
552:20 555:24
573:3,7 577:17,18
578:9 588:23
597:16 598:25
612:3 613:15 619:3
**wrap (1)**
520:2
**write (7)**
378:19 380:4,14
497:9 498:17,18
601:6
**writing (3)**
498:4,10 552:18
**written (13)**
379:14 385:10 490:4
498:14 499:3
517:13 557:4 566:3
568:22 601:4,12
602:9 618:22
**wrong (2)**
376:20 558:9
**wrote (6)**
371:4 379:20 382:5
382:20 498:11,25

_____
## X
**X (1)**
641:2

_____
## Y
**yeah (27)**
373:4 383:22 389:6,6
440:16 455:11
457:19 460:9
465:18 494:7 498:7
498:11 517:22
522:24 523:2 525:9
546:13 557:17,19
560:15 567:7
577:11 584:2 585:8
599:24 610:7 624:9
**year (7)**
371:7 425:16 476:13
566:5,5,12 567:13
**yearly (2)**
371:19 372:6
**years (18)**
376:8 378:21 379:24
387:13 389:2 417:8
421:23 466:9,10
489:2,10 490:11
498:23 566:11
567:10 584:24,25

592:25
**year-round (4)**
417:11 420:24 421:4
456:18
**Yep (2)**
374:14,17
**yesterday (3)**
544:3 632:2,4
**York (22)**
362:3,22 363:12,17
364:8,8,18 365:8
366:9 405:7,9
422:25 429:6
437:14 531:19
588:7 590:20 614:7
625:21 637:5 640:4
640:9
**youths (1)**
484:9

_____
## $
**$17,500 (1)**
374:16
**$2,600 (1)**
371:20
**$3,500 (6)**
372:7,9,17,22 373:19
374:13
**$600,000 (1)**
584:7

_____
## 0
**01:39 (2)**
520:8,9
**01:40 (8)**
520:10,11,12,13,14
520:15,16,17
**01:41 (18)**
520:18,19,20,21,22
520:23,24,25 521:2
521:3,4,5,6,7,8,9,10
521:11
**01:42 (20)**
521:12,13,14,15,16
521:17,18,19,20,21
521:22,23,24,25
522:2,3,4,5,6,7
**01:43 (11)**
522:8,9,10,11,12,13
522:14,15,16,17,18
**01:44 (25)**
522:19,20,21,22,23
522:24,25 523:2,3,4
523:5,6,7,8,9,10,11
523:12,13,14,15,16
523:17,18,19

**01:45 (16)**
523:20,21,22,23,24
523:25 524:2,3,4,5
524:6,7,8,9,10,11
**01:46 (19)**
524:12,13,14,15,16
524:17,18,19,20,21
524:22,23,24,25
525:2,3,4,5,6
**01:47 (23)**
525:7,8,9,10,11,12,13
525:14,15,16,17,18
525:19,20,21,22,23
525:24,25 526:2,3,4
526:5
**01:48 (8)**
526:6,7,8,9,10,11,12
526:13
**01:49 (23)**
526:14,15,16,17,18
526:19,20,21,22,23
526:24,25 527:2,3,4
527:5,6,7,8,9,10,11
527:12
**01:50 (6)**
527:13,14,15,16,17
527:18
**01:51 (11)**
527:19,20,21,22,23
527:24,25 528:2,3,4
528:5
**01:52 (23)**
528:6,7,8,9,10,11,12
528:13,14,15,16,17
528:18,19,20,21,22
528:23,24,25 529:2
529:3,4
**01:53 (24)**
529:5,6,7,8,9,10,11
529:12,13,14,15,16
529:17,18,19,20,21
529:22,23,24,25
530:2,3,4
**01:54 (16)**
530:5,6,7,8,9,10,11
530:12,13,14,15,16
530:17,18,19,20
**01:55 (14)**
530:21,22,23,24,25
531:2,3,4,5,6,7,8,9
531:10
**01:56 (24)**
531:11,12,13,14,15
531:16,17,18,19,20
531:21,22,23,24,25
532:2,3,4,5,6,7,8,9

532:10
**01:57 (24)**
532:11,12,13,14,15
532:16,17,18,19,20
532:21,22,23,24,25
533:2,3,4,5,6,7,8,9
533:10
**01:58 (26)**
533:11,12,13,14,15
533:16,17,18,19,20
533:21,22,23,24,25
534:2,3,4,5,6,7,8,9
534:10,11,12
**01:59 (21)**
534:13,14,15,16,17
534:18,19,20,21,22
534:23,24,25 535:2
535:3,4,5,6,7,8,9
**02:00 (27)**
535:10,11,12,13,14
535:15,16,17,18,19
535:20,21,22,23,24
535:25 536:2,3,4,5
536:6,7,8,9,10,11
536:12
**02:01 (26)**
536:13,14,15,16,17
536:18,19,20,21,22
536:23,24,25 537:2
537:3,4,5,6,7,8,9,10
537:11,12,13,14
**02:02 (16)**
537:15,16,17,18,19
537:20,21,22,23,24
537:25 538:2,3,4,5
538:6
**02:03 (15)**
538:7,8,9,10,11,12,13
538:14,15,16,17,18
538:19,20,21
**02:04 (20)**
538:22,23,24,25
539:2,3,4,5,6,7,8,9
539:10,11,12,13,14
539:15,16,17
**02:05 (16)**
539:18,19,20,21,22
539:23,24,25 540:2
540:3,4,5,6,7,8,9
**02:06 (21)**
540:10,11,12,13,14
540:15,16,17,18,19
540:20,21,22,23,24
540:25 541:2,3,4,5
541:6
**02:07 (18)**

541:7,8,9,10,11,12,13
541:14,15,16,17,18
541:19,20,21,22,23
541:24
**02:08 (22)**
541:25 542:2,3,4,5,6
542:7,8,9,10,11,12
542:13,14,15,16,17
542:18,19,20,21,22
**02:09 (26)**
542:23,24,25 543:2,3
543:4,5,6,7,8,9,10
543:11,12,13,14,15
543:16,17,18,19,20
543:21,22,23,24
**02:10 (12)**
543:25 544:2,3,4,5,6
544:7,8,9,10,11,12
**02:11 (19)**
544:13,14,15,16,17
544:18,19,20,21,22
544:23,24,25 545:2
545:3,4,5,6,7
**02:12 (24)**
545:8,9,10,11,12,13
545:14,15,16,17,18
545:19,20,21,22,23
545:24,25 546:2,3,4
546:5,6,7
**02:13 (24)**
546:8,9,10,11,12,13
546:14,15,16,17,18
546:19,20,21,22,23
546:24,25 547:2,3,4
547:5,6,7
**02:14 (13)**
547:8,9,10,11,12,13
547:14,15,16,17,18
547:19,20
**02:15 (8)**
547:21,22,23,24,25
548:2,3,4
**02:16 (24)**
548:5,6,7,8,9,10,11
548:12,13,14,15,16
548:17,18,19,20,21
548:22,23,24,25
549:2,3,4
**02:17 (12)**
549:5,6,7,8,9,10,11
549:12,13,14,15,16
**02:18 (12)**
549:17,18,19,20,21
549:22,23,24,25
550:2,3,4
**02:19 (17)**

550:5,6,7,8,9,10,11
550:12,13,14,15,16
550:17,18,19,20,21
**02:20 (22)**
550:22,23,24,25
551:2,3,4,5,6,7,8,9
551:10,11,12,13,14
551:15,16,17,18,19
**02:21 (21)**
551:20,21,22,23,24
551:25 552:2,3,4,5
552:6,7,8,9,10,11
552:12,13,14,15,16
**02:22 (14)**
552:17,18,19,20,21
552:22,23,24,25
553:2,3,4,5,6
**02:23 (20)**
553:7,8,9,10,11,12,13
553:14,15,16,17,18
553:19,20,21,22,23
553:24,25 554:2
**02:24 (21)**
554:3,4,5,6,7,8,9,10
554:11,12,13,14,15
554:16,17,18,19,20
554:21,22,23
**02:25 (27)**
554:24,25 555:2,3,4,5
555:6,7,8,9,10,11
555:12,13,14,15,16
555:17,18,19,20,21
555:22,23,24,25
556:2
**02:26 (16)**
556:3,4,5,6,7,8,9,10
556:11,12,13,14,15
556:16,17,18
**02:27 (25)**
556:19,20,21,22,23
556:24,25 557:2,3,4
557:5,6,7,8,9,10,11
557:12,13,14,15,16
557:17,18,19
**02:28 (22)**
557:20,21,22,23,24
557:25 558:2,3,4,5
558:6,7,8,9,10,11
558:12,13,14,15,16
558:17
**02:29 (33)**
558:18,19,20,21,22
558:23,24,25 559:2
559:3,4,5,6,7,8,9,10
559:11,12,13,14,15
559:16,17,18,19,20

559:21,22,23,24,25
560:2
**02:30 (28)**
560:3,4,5,6,7,8,9,10
560:11,12,13,14,15
560:16,17,18,19,20
560:21,22,23,24,25
561:2,3,4,5,6
**02:31 (22)**
561:7,8,9,10,11,12,13
561:14,15,16,17,18
561:19,20,21,22,23
561:24,25 562:2,3,4
**02:32 (24)**
562:5,6,7,8,9,10,11
562:12,13,14,15,16
562:17,18,19,20,21
562:22,23,24,25
563:2,3,4
**02:33 (39)**
563:5,6,7,8,9,10,11
563:12,13,14,15,16
563:17,18,19,20,21
563:22,23,24,25
564:2,3,4,5,6,7,8,9
564:10,11,12,13,14
564:15,16,17,18,19
**02:34 (31)**
564:20,21,22,23,24
564:25 565:2,3,4,5
565:6,7,8,9,10,11
565:12,13,14,15,16
565:17,18,19,20,21
565:22,23,24,25
566:2
**02:35 (14)**
566:3,4,5,6,7,8,9,10
566:11,12,13,14,15
566:16
**02:36 (16)**
566:17,18,19,20,21
566:22,23,24,25
567:2,3,4,5,6,7,8
**02:37 (24)**
567:9,10,11,12,13,14
567:15,16,17,18,19
567:20,21,22,23,24
567:25 568:2,3,4,5
568:6,7,8
**02:38 (22)**
568:9,10,11,12,13,14
568:15,16,17,18,19
568:20,21,22,23,24
568:25 569:2,3,4,5
569:6
**02:39 (30)**

569:7,8,9,10,11,12,13
569:14,15,16,17,18
569:19,20,21,22,23
569:24,25 570:2,3,4
570:5,6,7,8,9,10,11
570:12
**02:40 (19)**
570:13,14,15,16,17
570:18,19,20,21,22
570:23,24,25 571:2
571:3,4,5,6,7
**02:41 (7)**
571:8,9,10,11,12,13
571:14
**02:42 (25)**
571:15,16,17,18,19
571:20,21,22,23,24
571:25 572:2,3,4,5
572:6,7,8,9,10,11
572:12,13,14,15
**02:43 (25)**
572:16,17,18,19,20
572:21,22,23,24,25
573:2,3,4,5,6,7,8,9
573:10,11,12,13,14
573:15,16
**02:44 (34)**
573:17,18,19,20,21
573:22,23,24,25
574:2,3,4,5,6,7,8,9
574:10,11,12,13,14
574:15,16,17,18,19
574:20,21,22,23,24
574:25 575:2
**02:45 (28)**
575:3,4,5,6,7,8,9,10
575:11,12,13,14,15
575:16,17,18,19,20
575:21,22,23,24,25
576:2,3,4,5,6
**02:46 (27)**
576:7,8,9,10,11,12,13
576:14,15,16,17,18
576:19,20,21,22,23
576:24,25 577:2,3,4
577:5,6,7,8,9
**02:47 (18)**
577:10,11,12,13,14
577:15,16,17,18,19
577:20,21,22,23,24
577:25 578:2,3
**02:48 (20)**
578:4,5,6,7,8,9,10,11
578:12,13,14,15,16
578:17,18,19,20,21
578:22,23

**02:49 (24)**
578:24,25 579:2,3,4,5
  579:6,7,8,9,10,11
  579:12,13,14,15,16
  579:17,18,19,20,21
  579:22,23
**02:50 (30)**
579:24,25 580:2,3,4,5
  580:6,7,8,9,10,11
  580:12,13,14,15,16
  580:17,18,19,20,21
  580:22,23,24,25
  581:2,3,4,5
**02:51 (17)**
581:6,7,8,9,10,11,12
  581:13,14,15,16,17
  581:18,19,20,21,22
**02:52 (21)**
581:23,24,25 582:2,3
  582:4,5,6,7,8,9,10
  582:11,12,13,14,15
  582:16,17,18,19
**02:53 (17)**
582:20,21,22,23,24
  582:25 583:2,3,4,5
  583:6,7,8,9,10,11
  583:12
**02:54 (25)**
583:13,14,15,16,17
  583:18,19,20,21,22
  583:23,24,25 584:2
  584:3,4,5,6,7,8,9,10
  584:11,12,13
**02:55 (16)**
584:14,15,16,17,18
  584:19,20,21,22,23
  584:24,25 585:2,3,4
  585:5
**02:56 (27)**
585:6,7,8,9,10,11,12
  585:13,14,15,16,17
  585:18,19,20,21,22
  585:23,24,25 586:2
  586:3,4,5,6,7,8
**02:57 (21)**
586:9,10,11,12,13,14
  586:15,16,17,18,19
  586:20,21,22,23,24
  586:25 587:2,3,4,5
**02:58 (19)**
587:6,7,8,9,10,11,12
  587:13,14,15,16,17
  587:18,19,20,21,22
  587:23,24
**02:59 (26)**
587:25 588:2,3,4,5,6

588:7,8,9,10,11,12
  588:13,14,15,16,17
  588:18,19,20,21,22
  588:23,24,25 589:2
**03:00 (31)**
589:3,4,5,6,7,8,9,10
  589:11,12,13,14,15
  589:16,17,18,19,20
  589:21,22,23,24,25
  590:2,3,4,5,6,7,8,9
**03:01 (20)**
590:10,11,12,13,14
  590:15,16,17,18,19
  590:20,21,22,23,24
  590:25 591:2,3,4,5
**03:02 (26)**
591:6,7,8,9,10,11,12
  591:13,14,15,16,17
  591:18,19,20,21,22
  591:23,24,25 592:2
  592:3,4,5,6,7
**03:03 (20)**
592:8,9,10,11,12,13
  592:14,15,16,17,18
  592:19,20,21,22,23
  592:24,25 593:2,3
**03:04 (26)**
593:4,5,6,7,8,9,10,11
  593:12,13,14,15,16
  593:17,18,19,20,21
  593:22,23,24,25
  594:2,3,4,5
**03:05 (26)**
594:6,7,8,9,10,11,12
  594:13,14,15,16,17
  594:18,19,20,21,22
  594:23,24,25 595:2
  595:3,4,5,6,7
**03:06 (21)**
595:8,9,10,11,12,13
  595:14,15,16,17,18
  595:19,20,21,22,23
  595:24,25 596:2,3,4
**03:07 (27)**
596:5,6,7,8,9,10,11
  596:12,13,14,15,16
  596:17,18,19,20,21
  596:22,23,24,25
  597:2,3,4,5,6,7
**03:08 (26)**
597:8,9,10,11,12,13
  597:14,15,16,17,18
  597:19,20,21,22,23
  597:24,25 598:2,3,4
  598:5,6,7,8,9
**03:09 (2)**

598:10,11
**03:20 (9)**
598:12,13,14,15,16
  598:17,18,19,20
**03:21 (30)**
598:21,22,23,24,25
  599:2,3,4,5,6,7,8,9
  599:10,11,12,13,14
  599:15,16,17,18,19
  599:20,21,22,23,24
  599:25 600:2
**03:22 (20)**
600:3,4,5,6,7,8,9,10
  600:11,12,13,14,15
  600:16,17,18,19,20
  600:21,22
**03:23 (22)**
600:23,24,25 601:2,3
  601:4,5,6,7,8,9,10
  601:11,12,13,14,15
  601:16,17,18,19,20
**03:24 (33)**
601:21,22,23,24,25
  602:2,3,4,5,6,7,8,9
  602:10,11,12,13,14
  602:15,16,17,18,19
  602:20,21,22,23,24
  602:25 603:2,3,4,5
**03:25 (20)**
603:6,7,8,9,10,11,12
  603:13,14,15,16,17
  603:18,19,20,21,22
  603:23,24,25
**03:26 (13)**
604:2,3,4,5,6,7,8,9,10
  604:11,12,13,14
**03:27 (18)**
604:15,16,17,18,19
  604:20,21,22,23,24
  604:25 605:2,3,4,5
  605:6,7,8
**03:28 (20)**
605:9,10,11,12,13,14
  605:15,16,17,18,19
  605:20,21,22,23,24
  605:25 606:2,3,4
**03:29 (24)**
606:5,6,7,8,9,10,11
  606:12,13,14,15,16
  606:17,18,19,20,21
  606:22,23,24,25
  607:2,3,4
**03:30 (26)**
607:5,6,7,8,9,10,11
  607:12,13,14,15,16
  607:17,18,19,20,21

607:22,23,24,25
  608:2,3,4,5,6
**03:31 (21)**
608:7,8,9,10,11,12,13
  608:14,15,16,17,18
  608:19,20,21,22,23
  608:24,25 609:2,3
**03:32 (21)**
609:4,5,6,7,8,9,10,11
  609:12,13,14,15,16
  609:17,18,19,20,21
  609:22,23,24
**03:33 (20)**
609:25 610:2,3,4,5,6
  610:7,8,9,10,11,12
  610:13,14,15,16,17
  610:18,19,20
**03:34 (25)**
610:21,22,23,24,25
  611:2,3,4,5,6,7,8,9
  611:10,11,12,13,14
  611:15,16,17,18,19
  611:20,21
**03:35 (20)**
611:22,23,24,25
  612:2,3,4,5,6,7,8,9
  612:10,11,12,13,14
  612:15,16,17
**03:36 (15)**
612:18,19,20,21,22
  612:23,24,25 613:2
  613:3,4,5,6,7,8
**03:37 (18)**
613:9,10,11,12,13,14
  613:15,16,17,18,19
  613:20,21,22,23,24
  613:25 614:2
**03:38 (25)**
614:3,4,5,6,7,8,9,10
  614:11,12,13,14,15
  614:16,17,18,19,20
  614:21,22,23,24,25
  615:2,3
**03:39 (25)**
615:4,5,6,7,8,9,10,11
  615:12,13,14,15,16
  615:17,18,19,20,21
  615:22,23,24,25
  616:2,3,4
**03:40 (26)**
616:5,6,7,8,9,10,11
  616:12,13,14,15,16
  616:17,18,19,20,21
  616:22,23,24,25
  617:2,3,4,5,6
**03:41 (27)**

617:7,8,9,10,11,12,13
  617:14,15,16,17,18
  617:19,20,21,22,23
  617:24,25 618:2,3,4
**03:42 (24)**
618:10,11,12,13,14
  618:15,16,17,18,19
  618:20,21,22,23,24
  618:25 619:2,3,4,5
  619:6,7,8,9
**03:43 (26)**
619:10,11,12,13,14
  619:15,16,17,18,19
  619:20,21,22,23,24
  619:25 620:2,3,4,5
  620:6,7,8,9,10,11
**03:44 (26)**
620:12,13,14,15,16
  620:17,18,19,20,21
  620:22,23,24,25
  621:2,3,4,5,6,7,8,9
  621:10,11,12,13
**03:45 (25)**
621:14,15,16,17,18
  621:19,20,21,22,23
  621:24,25 622:2,3,4
  622:5,6,7,8,9,10,11
  622:12,13,14
**03:46 (21)**
622:15,16,17,18,19
  622:20,21,22,23,24
  622:25 623:2,3,4,5
  623:6,7,8,9,10,11
**03:47 (21)**
623:12,13,14,15,16
  623:17,18,19,20,21
  623:22,23,24,25
  624:2,3,4,5,6,7,8
**03:48 (30)**
624:9,10,11,12,13,14
  624:15,16,17,18,19
  624:20,21,22,23,24
  624:25 625:2,3,4,5
  625:6,7,8,9,10,11
  625:12,13,14
**03:49 (26)**
625:15,16,17,18,19
  625:20,21,22,23,24
  625:25 626:2,3,4,5
  626:6,7,8,9,10,11
  626:12,13,14,15,16
**03:50 (30)**
626:17,18,19,20,21
  626:22,23,24,25
  627:2,3,4,5,6,7,8,9

627:10,11,12,13,14
627:15,16,17,18,19
627:20,21,22
**03:51 (27)**
627:23,24,25 628:2,3
628:4,5,6,7,8,9,10
628:11,12,13,14,15
628:16,17,18,19,20
628:21,22,23,24,25
**03:52 (23)**
629:2,3,4,5,6,7,8,9,10
629:11,12,13,14,15
629:16,17,18,19,20
629:21,22,23,24
**03:53 (24)**
629:25 630:2,3,4,5,6
630:7,8,9,10,11,12
630:13,14,15,16,17
630:18,19,20,21,22
630:23,24
**03:54 (27)**
630:25 631:2,3,4,5,6
631:7,8,9,10,11,12
631:13,14,15,16,17
631:18,19,20,21,22
631:23,24,25 632:2
632:3
**03:55 (26)**
632:4,5,6,7,8,9,10,11
632:12,13,14,15,16
632:17,18,19,20,21
632:22,23,24,25
633:2,3,4,5
**03:56 (29)**
633:6,7,8,9,10,11,12
633:13,14,15,16,17
633:18,19,20,21,22
633:23,24,25 634:2
634:3,4,5,6,7,8,9,10
**03:57 (24)**
634:11,12,13,14,15
634:16,17,18,19,20
634:21,22,23,24,25
635:2,3,4,5,6,7,8,9
635:10
**03:58 (30)**
635:11,12,13,14,15
635:16,17,18,19,20
635:21,22,23,24,25
636:2,3,4,5,6,7,8,9
636:10,11,12,13,14
636:15,16
**03:59 (29)**
636:17,18,19,20,21
636:22,23,24,25
637:2,3,4,5,6,7,8,9

637:10,11,12,13,14
637:15,16,17,18,19
637:20,21
**04:00 (37)**
637:22,23,24,25
638:2,3,4,5,6,7,8,9
638:10,11,12,13,14
638:15,16,17,18,19
638:20,21,22,23,24
638:25 639:2,3,4,5
639:6,7,8,9,10
**07 (1)**
362:6
**09:02 (1)**
366:2
**09:48 (13)**
366:3,4,5,6,7,8,9,10
366:11,12,13,14,15
**09:49 (5)**
366:16,17,18,19,20
**09:50 (4)**
366:21,22,23,24
**09:51 (29)**
366:25 367:2,3,4,5,6
367:7,8,9,10,11,12
367:18,19,20,21,22
367:23,24,25 368:2
368:3,4,5,6,7,8,9,10
**09:52 (25)**
368:11,12,13,14,15
368:16,17,18,19,20
368:21,22,23,24,25
369:2,3,4,5,6,7,8,9
369:10,11
**09:53 (32)**
369:12,13,14,15,16
369:17,18,19,20,21
369:22,23,24,25
370:2,3,4,5,6,7,8,9
370:10,11,12,13,14
370:15,16,17,18,19
**09:54 (29)**
370:20,21,22,23,24
370:25 371:2,3,4,5
371:6,7,8,9,10,11
371:12,13,14,15,16
371:17,18,19,20,21
371:22
**09:55 (26)**
371:23,24,25 372:2,3
372:4,5,6,7,8,9,10
372:11,12,13,14,15
372:16,17,18,19,20
372:21,22,23,24
**09:56 (31)**
372:25 373:2,3,4,5,6

373:7,8,9,10,11,12
373:13,14,15,16,17
373:18,19,20,21,22
373:23,24,25 374:2
374:3,4,5,6,7
**09:57 (28)**
374:8,9,10,11,12,13
374:14,15,16,17,18
374:19,20,21,22,23
374:24,25 375:2,3,4
375:5,6,7,8,9,10,11
**09:58 (30)**
375:12,13,14,15,16
375:17,18,19,20,21
375:22,23,24,25
376:2,3,4,5,6,7,8,9
376:10,11,12,13,14
376:15,16,17
**09:59 (17)**
376:18,19,20,21,22
376:23,24,25 377:2
377:3,4,5,6,7,8,9,10

---

**1**

**1 (2)**
366:3 453:14
**1st (3)**
456:20 457:23 566:6
**1,800 (1)**
459:3
**1,900 (1)**
418:3
**1:41 (2)**
520:8,11
**10 (1)**
641:16
**10th (1)**
640:22
**10,000 (1)**
417:13
**10-1 (22)**
439:4,12,14,25 440:3
440:7,13,19,20
441:6,12,21 468:10
468:14,23 469:11
469:13 591:6,10,17
591:21,24
**10-1s (1)**
440:17
**10:00 (8)**
377:11,12,13,14,15
377:16,17 513:13
**10:01 (33)**
377:18,19,20,21,22
377:23,24,25 378:2
378:3,4,5,6,7,8,9,10

378:11,12,13,14,15
378:16,17,18,19,20
378:21,22,23,24,25
379:2
**10:02 (21)**
379:3,4,5,6,7,8,9,10
379:11,12,13,14,15
379:16,17,18,19,20
379:21,22,23
**10:03 (30)**
379:24,25 380:2,3,4,5
380:6,7,8,9,10,11
380:12,13,14,15,16
380:17,18,19,20,21
380:22,23,24,25
381:2,3,4,5
**10:04 (27)**
381:6,7,8,9,10,11,12
381:13,14,15,16,17
381:18,19,20,21,22
381:23,24,25 382:2
382:3,4,5,6,7,8
**10:05 (27)**
382:9,10,11,12,13,14
382:15,16,17,18,19
382:20,21,22,23,24
382:25 383:2,3,4,5
383:6,7,8,9,10,11
**10:06 (24)**
383:12,13,14,15,16
383:17,18,19,20,21
383:22,23,24,25
384:2,3,4,5,6,7,8,9
384:10,11
**10:07 (31)**
384:12,13,14,15,16
384:17,18,19,20,21
384:22,23,24,25
385:2,3,4,5,6,7,8,9
385:10,11,12,13,14
385:15,16,17,18
**10:08 (23)**
385:19,20,21,22,23
385:24,25 386:2,3,4
386:5,6,7,8,9,10,11
386:12,13,14,15,16
386:17
**10:09 (34)**
386:18,19,20,21,22
386:23,24,25 387:2
387:3,4,5,6,7,8,9,10
387:11,12,13,14,15
387:16,17,18,19,20
387:21,22,23,24,25
388:2,3
**10:10 (25)**

388:4,5,6,7,8,9,10,11
388:12,13,14,15,16
388:17,18,19,20,21
388:22,23,24,25
389:2,3,4
**10:11 (29)**
389:5,6,7,8,9,10,11
389:12,13,14,15,16
389:17,18,19,20,21
389:22,23,24,25
390:2,3,4,5,6,7,8,9
**10:12 (25)**
390:10,11,12,13,14
390:15,16,17,18,19
390:20,21,22,23,24
390:25 391:2,3,4,5
391:6,7,8,9,10
**10:13 (25)**
391:11,12,13,14,15
391:16,17,18,19,20
391:21,22,23,24,25
392:2,3,4,5,6,7,8,9
392:10,11
**10:14 (24)**
392:12,13,14,15,16
392:17,18,19,20,21
392:22,23,24,25
393:2,3,4,5,6,7,8,9
393:10,11
**10:15 (23)**
393:12,13,14,15,16
393:17,18,19,20,21
393:22,23,24,25
394:2,3,4,5,6,7,8,9
394:10
**10:16 (29)**
394:11,12,13,14,15
394:16,17,18,19,20
394:21,22,23,24,25
395:2,3,4,5,6,7,8,9
395:10,11,12,13,14
395:15
**10:17 (21)**
395:16,17,18,19,20
395:21,22,23,24,25
396:2,3,4,5,6,7,8,9
396:10,11,12
**10:18 (34)**
396:13,14,15,16,17
396:18,19,20,21,22
396:23,24,25 397:2
397:3,4,5,6,7,8,9,10
397:11,12,13,14,15
397:16,17,18,19,20
397:21,22
**10:19 (40)**

397:23,24,25 398:2
398:3,4,5,6,7,8,9,10
398:11,12,13,14,15
398:16,17,18,19,20
398:21,22,23,24,25
399:2,3,4,5,6,7,8,9
399:10,11,12,13,14
**10:20 (25)**
399:15,16,17,18,19
399:20,21,22,23,24
399:25 400:2,3,4,5
400:6,7,8,9,10,11
400:12,13,14,15
**10:21 (29)**
400:16,17,18,19,20
400:21,22,23,24,25
401:2,3,4,5,6,7,8,9
401:10,11,12,13,14
401:15,16,17,18,19
401:20
**10:22 (28)**
401:21,22,23,24,25
402:2,3,4,5,6,7,8,9
402:10,11,12,13,14
402:15,16,17,18,19
402:20,21,22,23,24
**10:23 (26)**
402:25 403:2,3,4,5,6
403:7,8,9,10,11,12
403:13,14,15,16,17
403:18,19,20,21,22
403:23,24,25 404:2
**10:24 (18)**
404:3,4,5,6,7,8,9,10
404:11,12,13,14,15
404:16,17,18,19,20
**10:25 (13)**
404:21,22,23,24,25
405:2,3,4,5,6,7,8,9
**10:26 (22)**
405:10,11,12,13,14
405:15,16,17,18,19
405:20,21,22,23,24
405:25 406:2,3,4,5
406:6,7
**10:27 (25)**
406:8,9,10,11,12,13
406:14,15,16,17,18
406:19,20,21,22,23
406:24,25 407:2,3,4
407:5,6,7,8
**10:28 (20)**
407:9,10,11,12,13,14
407:15,16,17,18,19
407:20,21,22,23,24
407:25 408:2,3,4

**10:29 (34)**
408:5,6,7,8,9,10,11
408:12,13,14,15,16
408:17,18,19,20,21
408:22,23,24,25
409:2,3,4,5,6,7,8,9
409:10,11,12,13,14
**10:30 (27)**
409:15,16,17,18,19
409:20,21,22,23,24
409:25 410:2,3,4,5
410:6,7,8,9,10,11
410:12,13,14,15,16
410:17
**10:31 (24)**
410:18,19,20,21,22
410:23,24,25 411:2
411:3,4,5,6,7,8,9,10
411:11,12,13,14,15
411:16,17
**10:32 (17)**
411:18,19,20,21,22
411:23,24,25 412:2
412:3,4,5,6,7,8,9,10
**10:33 (31)**
412:11,12,13,14,15
412:16,17,18,19,20
412:21,22,23,24,25
413:2,3,4,5,6,7,8,9
413:10,11,12,13,14
413:15,16,17
**10:34 (27)**
413:18,19,20,21,22
413:23,24,25 414:2
414:3,4,5,6,7,8,9,10
414:11,12,13,14,15
414:16,17,18,19,20
**10:35 (23)**
414:21,22,23,24,25
415:2,3,4,5,6,7,8,9
415:10,11,12,13,14
415:15,16,17,18,19
**10:36 (15)**
415:20,21,22,23,24
415:25 416:2,3,4,5
416:6,7,8,9,10
**10:37 (23)**
416:11,12,13,14,15
416:16,17,18,19,20
416:21,22,23,24,25
417:2,3,4,5,6,7,8,9
**10:38 (13)**
417:10,11,12,13,14
417:15,16,17,18,19
417:20,21,22
**10:39 (21)**

417:23,24,25 418:2,3
418:4,5,6,7,8,9,10
418:11,12,13,14,15
418:16,17,18,19
**10:40 (23)**
418:20,21,22,23,24
418:25 419:2,3,4,5
419:6,7,8,9,10,11
419:12,13,14,15,16
419:17,18
**10:41 (19)**
419:19,20,21,22,23
419:24,25 420:2,3,4
420:5,6,7,8,9,10,11
420:12,13
**10:42 (19)**
420:14,15,16,17,18
420:19,20,21,22,23
420:24,25 421:2,3,4
421:5,6,7,8
**10:43 (17)**
421:9,10,11,12,13,14
421:15,16,17,18,19
421:20,21,22,23,24
421:25
**10:44 (20)**
422:2,3,4,5,6,7,8,9,10
422:11,12,13,14,15
422:16,17,18,19,20
422:21
**10:45 (23)**
422:22,23,24,25
423:2,3,4,5,6,7,8,9
423:10,11,12,13,14
423:15,16,17,18,19
423:20
**10:46 (25)**
423:21,22,23,24,25
424:2,3,4,5,6,7,8,9
424:10,11,12,13,14
424:15,16,17,18,19
424:20,21
**10:47 (26)**
424:22,23,24,25
425:2,3,4,5,6,7,8,9
425:10,11,12,13,14
425:15,16,17,18,19
425:20,21,22,23
**10:48 (27)**
425:24,25 426:2,3,4,5
426:6,7,8,9,10,11
426:12,13,14,15,16
426:17,18,19,20,21
426:22,23,24,25
427:2
**10:49 (29)**

427:3,4,5,6,7,8,9,10
427:11,12,13,14,15
427:16,17,18,19,20
427:21,22,23,24,25
428:2,3,4,5,6,7
**10:50 (27)**
428:8,9,10,11,12,13
428:14,15,16,17,18
428:19,20,21,22,23
428:24,25 429:2,3,4
429:5,6,7,8,9,10
**10:51 (28)**
429:11,12,13,14,15
429:16,17,18,19,20
429:21,22,23,24,25
430:2,3,4,5,6,7,8,9
430:10,11,12,13,14
**10:52 (21)**
430:15,16,17,18,19
430:20,21,22,23,24
430:25 431:2,3,4,5
431:6,7,8,9,10,11
**10:53 (19)**
431:12,13,14,15,16
431:17,18,19,20,21
431:22,23,24,25
432:2,3,4,5,6
**10:54 (24)**
432:7,8,9,10,11,12,13
432:14,15,16,17,18
432:19,20,21,22,23
432:24,25 433:2,3,4
433:5,6
**10:55 (19)**
433:7,8,9,10,11,12,13
433:14,15,16,17,18
433:19,20,21,22,23
433:24,25
**10:56 (17)**
434:2,3,4,5,6,7,8,9,10
434:11,12,13,14,15
434:16,17,18
**10:57 (19)**
434:19,20,21,22,23
434:24,25 435:2,3,4
435:5,6,7,8,9,10,11
435:12,13
**10:58 (28)**
435:14,15,16,17,18
435:19,20,21,22,23
435:24,25 436:2,3,4
436:5,6,7,8,9,10,11
436:12,13,14,15,16
436:17
**10:59 (18)**
436:18,19,20,21,22

436:23,24,25 437:2
437:3,4,5,6,7,8,9,10
437:11
**10003 (1)**
364:8
**10523 (1)**
365:8
**11:00 (24)**
437:12,13,14,15,16
437:17,18,19,20,21
437:22,23,24,25
438:2,3,4,5,6,7,8,9
438:10,11
**11:01 (15)**
438:12,13,14,15,16
438:17,18,19,20,21
438:22,23,24,25
439:2
**11:02 (13)**
439:3,4,5,6,7,8,9,10
439:11,12,13,14,15
**11:03 (30)**
439:16,17,18,19,20
439:21,22,23,24,25
440:2,3,4,5,6,7,8,9
440:10,11,12,13,14
440:15,16,17,18,19
440:20,21
**11:04 (25)**
440:22,23,24,25
441:2,3,4,5,6,7,8,9
441:10,11,12,13,14
441:15,16,17,18,19
441:20,21,22
**11:05 (24)**
441:23,24,25 442:2,3
442:4,5,6,7,8,9,10
442:11,12,13,14,15
442:16,17,18,19,20
442:21,22
**11:06 (24)**
442:23,24,25 443:2,3
443:4,5,6,7,8,9,10
443:11,12,13,14,15
443:16,17,18,19,20
443:21,22
**11:07 (20)**
443:23,24,25 444:2,3
444:4,5,6,7,8,9,10
444:11,12,13,14,15
444:16,17,18
**11:08 (24)**
444:19,20,21,22,23
444:24,25 445:2,3,4
445:5,6,7,8,9,10,11
445:12,13,14,15,16

445:17,18
**11:09 (28)**
445:19,20,21,22,23
445:24,25 446:2,3,4
446:5,6,7,8,9,10,11
446:12,13,14,15,16
446:17,18,19,20,21
446:22
**11:10 (26)**
446:23,24,25 447:2,3
447:4,5,6,7,8,9,10
447:11,12,13,14,15
447:16,17,18,19,20
447:21,22,23,24
**11:11 (18)**
447:25 448:2,3,4,5,6
448:7,8,9,10,11,12
448:13,14,15,16,17
448:18
**11:12 (24)**
448:19,20,21,22,23
448:24,25 449:2,3,4
449:5,6,7,8,9,10,11
449:12,13,14,15,16
449:17,18
**11:13 (25)**
449:19,20,21,22,23
449:24,25 450:2,3,4
450:5,6,7,8,9,10,11
450:12,13,14,15,16
450:17,18,19
**11:14 (17)**
450:20,21,22,23,24
450:25 451:2,3,4,5
451:6,7,8,9,10,11
451:12
**11:15 (23)**
451:13,14,15,16,17
451:18,19,20,21,22
451:23,24,25 452:2
452:3,4,5,6,7,8,9,10
452:11
**11:16 (28)**
452:12,13,14,15,16
452:17,18,19,20,21
452:22,23,24,25
453:2,3,4,5,6,7,8,9
453:10,11,12,13,14
453:15
**11:17 (4)**
453:14,16,16,17
**11:31 (7)**
453:17,18,19,20,21
453:22,23
**11:32 (16)**
453:20,24,25 454:2,3

454:4,5,6,7,8,9,10
454:11,12,13,14
**11:33 (22)**
454:15,16,17,18,19
454:20,21,22,23,24
454:25 455:2,3,4,5
455:6,7,8,9,10,11
455:12
**11:34 (23)**
455:13,14,15,16,17
455:18,19,20,21,22
455:23,24,25 456:2
456:3,4,5,6,7,8,9,10
456:11
**11:35 (20)**
456:12,13,14,15,16
456:17,18,19,20,21
456:22,23,24,25
457:2,3,4,5,6,7
**11:36 (16)**
457:8,9,10,11,12,13
457:14,15,16,17,18
457:19,20,21,22,23
**11:37 (20)**
457:24,25 458:2,3,4,5
458:6,7,8,9,10,11
458:12,13,14,15,16
458:17,18,19
**11:38 (28)**
458:20,21,22,23,24
458:25 459:2,3,4,5
459:6,7,8,9,10,11
459:12,13,14,15,16
459:17,18,19,20,21
459:22,23
**11:39 (25)**
459:24,25 460:2,3,4,5
460:6,7,8,9,10,11
460:12,13,14,15,16
460:17,18,19,20,21
460:22,23,24
**11:40 (22)**
460:25 461:2,3,4,5,6
461:7,8,9,10,11,12
461:13,14,15,16,17
461:18,19,20,21,22
**11:41 (18)**
461:23,24,25 462:2,3
462:4,5,6,7,8,9,10
462:11,12,13,14,15
462:16
**11:42 (20)**
462:17,18,19,20,21
462:22,23,24,25
463:2,3,4,5,6,7,8,9
463:10,11,12

**11:43 (16)**
463:13,14,15,16,17
463:18,19,20,21,22
463:23,24,25 464:2
464:3,4
**11:44 (20)**
464:5,6,7,8,9,10,11
464:12,13,14,15,16
464:17,18,19,20,21
464:22,23,24
**11:45 (21)**
464:25 465:2,3,4,5,6
465:7,8,9,10,11,12
465:13,14,15,16,17
465:18,19,20,21
**11:46 (20)**
465:22,23,24,25
466:2,3,4,5,6,7,8,9
466:10,11,12,13,14
466:15,16,17
**11:47 (17)**
466:18,19,20,21,22
466:23,24,25 467:2
467:3,4,5,6,7,8,9,10
**11:48 (25)**
467:11,12,13,14,15
467:16,17,18,19,20
467:21,22,23,24,25
468:2,3,4,5,6,7,8,9
468:10,11
**11:49 (26)**
468:12,13,14,15,16
468:17,18,19,20,21
468:22,23,24,25
469:2,3,4,5,6,7,8,9
469:10,11,12,13
**11:50 (9)**
469:14,15,16,17,18
469:19,20,21,22
**11:51 (8)**
469:23,24,25 470:2,3
470:4,5,6
**11:52 (20)**
470:7,8,9,10,11,12,13
470:14,15,16,17,18
470:19,20,21,22,23
470:24,25 471:2
**11:53 (18)**
471:3,4,5,6,7,8,9,10
471:11,12,13,14,15
471:16,17,18,19,20
**11:54 (10)**
471:21,22,23,24,25
472:2,3,4,5,6
**11:55 (19)**
472:7,8,9,10,11,12,13

472:14,15,16,17,18
472:19,20,21,22,23
472:24,25
**11:56 (25)**
473:2,3,4,5,6,7,8,9,10
473:11,12,13,14,15
473:16,17,18,19,20
473:21,22,23,24,25
474:2
**11:57 (19)**
474:3,4,5,6,7,8,9,10
474:11,12,13,14,15
474:16,17,18,19,20
474:21
**11:58 (17)**
474:22,23,24,25
475:2,3,4,5,6,7,8,9
475:10,11,12,13,14
**11:59 (27)**
475:15,16,17,18,19
475:20,21,22,23,24
475:25 476:2,3,4,5
476:6,7,8,9,10,11
476:12,13,14,15,16
476:17
**11556-0926 (1)**
364:18
**12 (11)**
457:12,17 460:23
461:2,3,13 462:3
463:13,14,22
572:13
**12s (1)**
460:21
**12:00 (12)**
476:18,19,20,21,22
476:23,24,25 477:2
477:3,4,5
**12:01 (25)**
477:6,7,8,9,10,11,12
477:13,14,15,16,17
477:18,19,20,21,22
477:23,24,25 478:2
478:3,4,5,6
**12:02 (19)**
478:7,8,9,10,11,12,13
478:14,15,16,17,18
478:19,20,21,22,23
478:24,25
**12:03 (17)**
479:2,3,4,5,6,7,8,9,10
479:11,12,13,14,15
479:16,17,18
**12:04 (22)**
479:19,20,21,22,23
479:24,25 480:2,3,4

480:5,6,7,8,9,10,11
480:12,13,14,15,16
**12:05 (14)**
480:17,18,19,20,21
480:22,23,24,25
481:2,3,4,5,6
**12:06 (19)**
481:7,8,9,10,11,12,13
481:14,15,16,17,18
481:19,20
**12:07 (25)**
481:21,22,23,24,25
482:2,3,4,5,6,7,8,9
482:10,11,12,13,14
482:15,16,17,18,19
482:20,21
**12:08 (13)**
482:22,23,24,25
483:2,3,4,5,6,7,8,9
483:10
**12:09 (21)**
483:11,12,13,14,15
483:16,17,18,19,20
483:21,22,23,24,25
484:2,3,4,5,6,7
**12:10 (21)**
484:8,9,10,11,12,13
484:14,15,16,17,18
484:19,20,21,22,23
484:24,25 485:2,3,4
**12:11 (18)**
485:5,6,7,8,9,10,11
485:12,13,14,15,16
485:17,18,19,20,21
485:22
**12:12 (14)**
485:23,24,25 486:2,3
486:4,5,6,7,8,9,10
486:11,12
**12:13 (20)**
486:13,14,15,16,17
486:18,19,20,21,22
486:23,24,25 487:2
487:3,4,5,6,7,8
**12:14 (14)**
487:9,10,11,12,13,14
487:15,16,17,18,19
487:20,21,22
**12:15 (16)**
487:23,24,25 488:2,3
488:4,5,6,7,8,9,10
488:11,12,13,14
**12:16 (12)**
488:15,16,17,18,19
488:20,21,22,23,24
488:25 489:2

**12:17 (18)**
489:3,4,5,6,7,8,9,10
  489:11,12,13,14,15
  489:16,17,18,19,20
**12:18 (11)**
489:21,22,23,24,25
  490:2,3,4,5,6,7
**12:19 (20)**
490:8,9,10,11,12,13
  490:14,15,16,17,18
  490:19,20,21,22,23
  490:24,25 491:2,3
**12:20 (7)**
491:4,5,6,7,8,9,10
**12:21 (9)**
491:11,12,13,14,15
  491:16,17,18,19
**12:22 (18)**
491:20,21,22,23,24
  491:25 492:2,3,4,5
  492:6,7,8,9,10,11
  492:12,13
**12:23 (23)**
492:14,15,16,17,18
  492:19,20,21,22,23
  492:24,25 493:2,3,4
  493:5,6,7,8,9,10,11
  493:12
**12:24 (18)**
493:13,14,15,16,17
  493:18,19,20,21,22
  493:23,24,25 494:2
  494:3,4,5,6
**12:25 (16)**
494:7,8,9,10,11,12,13
  494:14,15,16,17,18
  494:19,20,21,22
**12:26 (24)**
494:23,24,25 495:2,3
  495:4,5,6,7,8,9,10
  495:11,12,13,14,15
  495:16,17,18,19,20
  495:21,22
**12:27 (18)**
495:23,24,25 496:2,3
  496:4,5,6,7,8,9,10
  496:11,12,13,14,15
  496:16
**12:28 (17)**
496:17,18,19,20,21
  496:22,23,24,25
  497:2,3,4,5,6,7,8,9
**12:29 (11)**
497:10,11,12,13,14
  497:15,16,17,18,19
  497:20

**12:30 (26)**
497:21,22,23,24,25
  498:2,3,4,5,6,7,8,9
  498:10,11,12,13,14
  498:15,16,17,18,19
  498:20,21,22
**12:31 (13)**
498:23,24,25 499:2,3
  499:4,5,6,7,8,9,10
  499:11
**12:32 (19)**
499:12,13,14,15,16
  499:17,18,19,20,21
  499:22,23,24,25
  500:2,3,4,5,6
**12:33 (25)**
500:7,8,9,10,11,12,13
  500:14,15,16,17,18
  500:19,20,21,22,23
  500:24,25 501:2,3,4
  501:5,6,7
**12:34 (22)**
501:8,9,10,11,12,13
  501:14,15,16,17,18
  501:19,20,21,22,23
  501:24,25 502:2,3,4
  502:5
**12:35 (20)**
502:6,7,8,9,10,11,12
  502:13,14,15,16,17
  502:18,19,20,21,22
  502:23,24,25
**12:36 (13)**
503:2,3,4,5,6,7,8,9,10
  503:11,12,13,14
**12:37 (14)**
503:15,16,17,18,19
  503:20,21,22,23,24
  503:25 504:2,3,4
**12:38 (21)**
504:5,6,7,8,9,10,11
  504:12,13,14,15,16
  504:17,18,19,20,21
  504:22,23,24,25
**12:39 (18)**
505:2,3,4,5,6,7,8,9,10
  505:11,12,13,14,15
  505:16,17,18,19
**12:40 (24)**
505:20,21,22,23,24
  505:25 506:2,3,4,5
  506:6,7,8,9,10,11
  506:12,13,14,15,16
  506:17,18,19
**12:41 (19)**
506:20,21,22,23,24

506:25 507:2,3,4,5
  507:6,7,8,9,10,11
  507:12,13,14
**12:42 (18)**
507:15,16,17,18,19
  507:20,21,22,23,24
  507:25 508:2,3,4,5
  508:6,7,8
**12:43 (16)**
508:9,10,11,12,13,14
  508:15,16,17,18,19
  508:20,21,22,23,24
**12:44 (15)**
508:25 509:2,3,4,5,6
  509:7,8,9,10,11,12
  509:13,14,15
**12:45 (19)**
509:16,17,18,19,20
  509:21,22,23,24,25
  510:2,3,4,5,6,7,8,9
  510:10
**12:46 (23)**
510:11,12,13,14,15
  510:16,17,18,19,20
  510:21,22,23,24,25
  511:2,3,4,5,6,7,8,9
**12:47 (15)**
511:10,11,12,13,14
  511:15,16,17,18,19
  511:20,21,22,23,24
**12:48 (24)**
511:25 512:2,3,4,5,6
  512:7,8,9,10,11,12
  512:13,14,15,16,17
  512:18,19,20,21,22
  512:23,24
**12:49 (30)**
512:25 513:2,3,4,5,6
  513:7,8,9,10,11,12
  513:13,14,15,16,17
  513:18,19,20,21,22
  513:23,24,25 514:2
  514:3,4,5,6
**12:50 (18)**
514:7,8,9,10,11,12,13
  514:14,15,16,17,18
  514:19,20,21,22,23
  514:24
**12:51 (22)**
514:25 515:2,3,4,5,6
  515:7,8,9,10,11,12
  515:13,14,15,16,17
  515:18,19,20,21,22
**12:52 (22)**
515:23,24,25 516:2,3
  516:4,5,6,7,8,9,10

516:11,12,13,14,15
  516:16,17,18,19,20
**12:53 (22)**
516:21,22,23,24,25
  517:2,3,4,5,6,7,8,9
  517:10,11,12,13,14
  517:15,16,17,18
**12:54 (22)**
517:19,20,21,22,23
  517:24,25 518:2,3,4
  518:5,6,7,8,9,10,11
  518:12,13,14,15,16
**12:55 (28)**
518:17,18,19,20,21
  518:22,23,24,25
  519:2,3,4,5,6,7,8,9
  519:10,11,12,13,14
  519:15,16,17,18,19
  519:20
**12:56 (13)**
519:21,22,23,24,25
  520:2,3,4,5,5,6,7,7
**1215 (1)**
362:6
**123 (1)**
468:6
**13 (2)**
404:25 405:24
**13th (1)**
552:21
**145 (1)**
417:12
**15 (4)**
419:17 499:11 554:22
  641:16
**15th (1)**
552:21
**17 (7)**
376:25 377:2,6,13
  520:15 641:11,13
**18 (5)**
388:16,17 524:5
  554:18 641:13
**19 (5)**
497:15,19,22 641:14
  641:15
**19th (1)**
497:16
**1990s (1)**
454:24

_____

**2**

**2 (4)**
453:19 463:24 520:6
  641:12
**2:00 (2)**

513:4,7
**20 (6)**
455:21 462:13 499:9
  499:10,14 641:16
**20th (1)**
498:6
**20-year (1)**
614:6
**2000 (4)**
383:25 396:9 499:11
  641:16
**2000s (1)**
454:24
**2002 (21)**
408:25 409:19 410:5
  411:18 416:12,24
  418:19 424:17,21
  425:23 426:14
  435:17 455:18
  458:11 462:3 463:2
  463:17 470:2
  472:22 475:13
  477:3
**2003 (4)**
409:4,19 410:8 424:6
**2004 (10)**
409:8,19 410:13
  424:10 436:9
  448:20 483:22
  527:6,13 529:24
**2005 (47)**
368:20,23 379:4
  383:25 391:15
  396:10 408:11
  409:11,20 410:17
  412:14 413:6,13
  418:20 424:13,17
  426:14 436:13
  443:13 455:18
  458:11 462:3 463:3
  463:17 475:14
  476:11 477:3
  479:11 484:22
  485:9 500:10
  501:13,19 502:17
  502:19 503:5,6,11
  541:23 566:15,16
  567:25 568:15
  569:18 570:2,5,17
**2005/2006 (1)**
566:18
**2006 (14)**
369:10,11 408:9
  409:15 411:19
  436:11,12 497:10
  497:20 498:6

566:17 567:18,21
641:15
**2006/2007 (1)**
566:15
**2007 (1)**
566:20
**2008 (3)**
497:16 568:20,20
**2009 (7)**
362:23 363:5 366:10
639:18 640:22
642:3,22
**21st (1)**
553:5
**23953 (1)**
362:25
**24 (1)**
496:6
**24-hour (1)**
488:25
**25 (1)**
455:22
**26 (3)**
376:8 408:9 592:25
**26th (2)**
368:22 379:5
**28 (2)**
497:20 641:15
**29 (5)**
362:23 363:5 416:3
416:16 642:3
**29th (1)**
366:10

_____
**3**
_____
**3 (6)**
371:15 377:19 378:19
379:10 520:10
598:9
**3rd (1)**
368:20
**3,500 (1)**
374:16
**3:00 (2)**
512:10,23
**3:09 (2)**
598:8,10
**3:21 (2)**
598:11,14
**30 (1)**
425:22
**30th (2)**
535:3 566:6
**300 (1)**
511:24
**31 (2)**

427:14 428:12
**31st (12)**
503:17 517:15 520:17
522:6 525:15 527:6
527:10,13,25
528:19 529:24
535:4
**32 (3)**
430:22 433:14 496:24
**33 (1)**
435:10
**34 (1)**
435:16
**35 (1)**
436:18
**367 (1)**
641:5
**37 (3)**
439:2,2,6
**377 (1)**
641:12
**38 (1)**
442:9
**388 (1)**
641:13
**39 (3)**
444:3,12 446:21

_____
**4**
_____
**4 (15)**
380:3 457:12,17
458:19 460:19,21
460:23 461:2,3,13
462:3 463:13,14,21
598:13
**4th (1)**
488:24
**4-to-12 (1)**
609:17
**4:00 (2)**
434:7 572:13
**4:01 (2)**
639:9,10
**40 (5)**
446:23 448:13 462:12
462:12 585:9
**42 (1)**
448:16
**43 (2)**
449:15 453:23
**44 (1)**
469:20
**45 (4)**
469:20 470:6,7 471:3
**46 (1)**
471:17

**47 (1)**
476:21
**497 (1)**
641:15
**499 (1)**
641:16

_____
**5**
_____
**5 (6)**
381:13,14 459:17
463:12,12 513:17
**5:00 (4)**
463:23 464:11,12,13
**50 (3)**
420:7 481:6,7
**51 (1)**
481:11
**52 (4)**
483:7,8,12,19
**53 (6)**
483:8,12,14,15,19
484:25
**530 (1)**
365:7
**54 (5)**
484:25 485:20,24
486:8,11
**550 (1)**
641:6
**554 (1)**
641:7
**56 (2)**
487:8,8
**58 (4)**
489:19 490:14 491:3
554:23
**59 (4)**
489:19 490:14 491:4
554:23

_____
**6**
_____
**6 (3)**
381:15 382:25 459:17
**6:00 (3)**
461:5 463:24 513:17
**60 (2)**
420:7 491:6
**61 (4)**
492:8,8,13 494:15
**633 (1)**
641:5
**638 (1)**
641:6

_____
**7**
_____
**7 (1)**

386:8
**7:30 (1)**
504:25
**71 (2)**
526:8,17
**72 (1)**
527:4
**73 (3)**
527:3,12,24
**75 (1)**
530:2
**76 (3)**
530:22 531:4 536:12
**77 (1)**
537:4
**78 (2)**
538:3,4

_____
**8**
_____
**8 (6)**
419:6 457:13,18
458:19 463:16
464:7
**8:00 (2)**
464:14 505:2
**82 (1)**
538:19
**83 (1)**
539:8
**84 (2)**
540:7,14
**85 (3)**
364:7 540:22 607:3

_____
**9**
_____
**9 (3)**
463:12,12,22
**9:00 (2)**
459:16 461:5
**9:49 (2)**
363:6 366:11
**9:51 (1)**
366:22
**90s (1)**
454:25
**926 (3)**
363:11 364:17 366:8