Page 1

1

2                 UNITED STATES DISTRICT COURT

3                 EASTERN DISTRICT OF NEW YORK

4

5      EDWARD CARTER, FRANK FIORILLO,   )
       KEVIN LAMM, JOSEPH NOFI, and     )
6      THOMAS SNYDER,                    ) CV 07 1215
                                         )
7                   Plaintiffs,          )
                                         )
8             vs.                        )
                                         )
9      INCORPORATED VILLAGE OF OCEAN     )
       BEACH; MAYOR JOSEPH C. LOEFFLER,)
10     JR., individually and in his     )
       official capacity; former mayor )
11     NATALIE K. ROGERS, individually  )
       and in her official capacity,    )
12     OCEAN BEACH POLICE DEPARTMENT;    )
       ACTING DEPUTY POLICE CHIEF        )
13     GEORGE B. HESSE, individually     )
       and in his official capacity;    )
14     SUFFOLK COUNTY; SUFFOLK COUNTY    )
       POLICE DEPARTMENT, SUFFOLK        )
15     COUNTY DEPARTMENT OF CIVIL        )
       SERVICE; and ALISON SANCHEZ,      )
16     individually and in her          )
       official capacity,               )
17                                       )
                    Defendants.          )
18     -------------------------------)

19

20         DEPOSITION OF CHRISTOPHER JAMES MORAN

21                New York, New York

22              Monday, June 8, 2009

23

24

       Reported by:
25     KRISTIN KOCH, RPR, RMR, CRR, CLR

Page 2

```
 1
 2
 3
 4                    June 8, 2009
 5                    10:35 a.m.
 6
 7
 8
 9         Deposition of CHRISTOPHER JAMES
10    MORAN, held at the offices of Thompson
11    Wigdor & Gilly, LLP, New York, New York,
12    before Kristin Koch, a Registered
13    Professional Reporter, Registered Merit
14    Reporter, Certified Realtime Reporter,
15    Certified Livenote Reporter and Notary
16    Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2    A P P E A R A N C E S:
 3
 4    THOMPSON WIGDOR & GILLY LLP
 5    Attorneys for Plaintiffs
 6         85 Fifth Avenue
 7         New York, New York 10003
 8    BY:   ARIEL Y. GRAFF, ESQ.
 9
10    RIVKIN RADLER LLP
11    Attorneys for Incorporated Village of
12    Ocean Beach, Joseph C. Loeffler Jr.,
13    Natalie K. Rogers and Ocean Beach Police
14    Department
15         926 RexCorp Plaza
16         Uniondale, New York 11556-0926
17    BY:   KENNETH A. NOVIKOFF, ESQ.
18
19    MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
20    Attorneys for George B. Hesse
21         530 Saw Mill River Road
22         Elmsford, New York 10523
23    BY:   KEVIN W. CONNOLLY, ESQ.
24
25    ALSO PRESENT:  FRANK FIORILLO
```

Page 4

```
 1
 2    C H R I S T O P H E R   J A M E S   M O R A N,
 3        called as a witness, having been duly sworn
 4        by a Notary Public, was examined and
 5        testified as follows:            10:35
 6            MR. GRAFF:  This deposition will be   10:35
 7        governed by the Federal Rules of Civil    10:35
 8        Procedure and local rules for the Eastern 10:35
 9        District.                        10:35
10            MR. NOVIKOFF:  As every other    10:35
11        deposition has been.  Regular stips, so we 10:35
12        are clear.                       10:35
13            MR. GRAFF:  Regular stips that we   10:35
14        have had in our depositions.        10:35
15    EXAMINATION BY                        10:35
16    MR. GRAFF:                           10:35
17        Q.  Good morning, again, Mr. Moran.  We  10:35
18    met very briefly off the record.  Let me     10:35
19    re-introduce myself.  My name is Ari Graff.  I 10:35
20    am a lawyer representing the plaintiffs in this 10:35
21    lawsuit against Ocean Beach and others in    10:35
22    connection with which you are testifying here 10:35
23    today.                               10:35
24        Do you understand that you are       10:36
25    testifying under oath?                  10:36
```

Page 5

```
 1                    Moran
 2        A.  Yes.                      10:36
 3        Q.  And that failure to tell the truth   10:36
 4    could be punishable as a criminal offense?    10:36
 5        A.  Yes.                      10:36
 6        Q.  Have you ever testified under oath    10:36
 7    before?                          10:36
 8        A.  No.                       10:36
 9        Q.  So one thing that's important to     10:36
10    keep in mind is that we have a court reporter  10:36
11    here today.  She is taking down word for word  10:36
12    everything that is said.  To make sure that the 10:36
13    transcript is clear, it's important, first of  10:36
14    all, that all your responses be made verbally, 10:36
15    not a shake of the head.              10:36
16        A.  Okay.                     10:36
17        Q.  A second related issue is that we    10:36
18    need to be very careful not to speak over each 10:36
19    other, so if you could, please try to make sure 10:36
20    that I finish the question before you start    10:36
21    answering.  By the same token, I will do my    10:36
22    best not to speak over you and we will have a  10:36
23    clear transcript of what was said.          10:36
24        A.  Okay.                     10:36
25        Q.  If you don't hear or understand a    10:36
```

Page 6

Moran

1
2  question, please tell me and I will repeat or    10:36
3  rephrase it so that you do understand it.    10:36
4      A.   Okay.                    10:36
5      Q.   If you want to correct an answer at    10:36
6  any point during the deposition that is an    10:37
7  answer to an earlier question, that's fine, you    10:37
8  can do that.  Just let me know.    10:37
9      A.   Okay.                    10:37
10      MR. NOVIKOFF:  And obviously even if  10:37
11  my client answers a question, he will have    10:37
12  that opportunity to correct any answer to    10:37
13  the extent necessary even if it's based    10:37
14  upon confusion with the question.    10:37
15      MR. GRAFF:  Consistent with the    10:37
16  federal rules.    10:37
17      MR. NOVIKOFF:  Yes, absolutely.    10:37
18      Q.   If you would like to take a break at  10:37
19  any point, that's completely fine and you are    10:37
20  allowed to do that.  Just let me know.  The one  10:37
21  thing that I would ask is if there is a pending    10:37
22  question that I have asked that you haven't yet  10:37
23  answered, that you first answer that question    10:37
24  before we take the break.    10:37
25      A.   Okay.                    10:37

TSG Reporting - Worldwide  (877) 702-9580

Page 7

Moran

1
2      Q.   If you answer a question, I will    10:37
3  assume that you understood it.  There is no way  10:37
4  for me to know if you didn't, so it's    10:37
5  important, just let me know and that way I can    10:37
6  repeat or rephrase a question.    10:37
7      MR. NOVIKOFF:  Nope.  Sorry, Ari.    10:37
8  That one I will not agree to.  If you ask a  10:38
9  question, there is no assumption that my    10:38
10  client understood it.  Obviously I am    10:38
11  entitled to object if I so choose and he is  10:38
12  entitled to correct his answer in    10:38
13  accordance with the federal rules.    10:38
14      MR. GRAFF:  Yes, all in accordance    10:38
15  with the federal rules.    10:38
16      MR. NOVIKOFF:  Yes.    10:38
17      Q.   Mr. Moran, are you presently taking  10:38
18  any medications that could affect your ability  10:38
19  to testify truthfully and completely today?    10:38
20      A.   No.                    10:38
21      Q.   Have you consumed any controlled    10:38
22  substances, drugs, narcotics, in the last 24    10:38
23  hours?                    10:38
24      A.   No.                    10:38
25      Q.   Have you had any alcoholic beverages  10:38

TSG Reporting - Worldwide  (877) 702-9580

Page 8

Moran

1
2  in the last 24 hours?                    10:38
3      A.   Yes.                    10:38
4      Q.   And when -- how long ago did you    10:38
5  have the most recent drink?    10:38
6      A.   Last night at 10:30 p.m.    10:38
7      Q.   How many drinks did you have?    10:38
8      A.   One beer.    10:38
9      Q.   You only had one beer all day    10:38
10  yesterday?                    10:38
11      A.   Yes.    10:38
12      Q.   Are you sick at all today?    10:38
13      A.   No.    10:38
14      Q.   Is there any reason that you can    10:38
15  think of why you won't be able to answer my    10:38
16  questions truthfully and completely today?    10:39
17      A.   No.    10:39
18      Q.   Are you represented by an attorney    10:39
19  in connection with this deposition?    10:39
20      MR. NOVIKOFF:  Let the record    10:39
21  reflect that Mr. Moran is presently an    10:39
22  employee of the Village, so, therefore,    10:39
23  since I represent the Village in this    10:39
24  action, I am representing Mr. Moran at this  10:39
25  deposition.    10:39

TSG Reporting - Worldwide  (877) 702-9580

Page 9

Moran

1
2      Q.   Mr. Moran, do you understand that?    10:39
3      A.   Yes.                    10:39
4      Q.   Mr. Moran, has anyone communicated    10:39
5  to you the nature of the claims that the    10:39
6  plaintiffs are making in this lawsuit?    10:39
7      MR. NOVIKOFF:  Other than counsel?    10:39
8      MR. GRAFF:  Other than counsel.    10:39
9      A.   Just what the lawyer --    10:39
10      MR. NOVIKOFF:  Don't say -- any    10:39
11  conversations that you have had with me or  10:39
12  with Mr. Welch are privileged and you don't  10:39
13  talk about that.  Anything other than    10:39
14  conversations with me or Mr. Welch you can  10:40
15  tell Mr. Graff.    10:40
16      A.   Just what my attorney told me.    10:40
17      Q.   And following up on what    10:40
18  Mr. Novikoff said, none of my questions are    10:40
19  aimed to get at any information communicated    10:40
20  between you and Mr. Novikoff or you and    10:40
21  Mr. Welch, and if you have any concern that a  10:40
22  question might touch on that, please let me    10:40
23  know and please feel free to consult with    10:40
24  Mr. Novikoff on that issue.    10:40
25      A.   Okay.    10:40

TSG Reporting - Worldwide  (877) 702-9580

---

Page 10

Moran

1
2  Q.  Prior to speaking with Mr. Novikoff   10:40
3  or Mr. Welch, were you aware that the   10:40
4  plaintiffs had initiated a lawsuit against   10:40
5  Ocean Beach?   10:40
6  A.  No.   10:40
7  Q.  Do you know who I am referring to by   10:40
8  "plaintiffs"?   10:40
9  A.  Yes.  The -- can I back up?   10:40
10  MR. NOVIKOFF:  Yes, back up.   10:40
11  A.  The five officers; Mr. Nofi,   10:40
12  Fiorillo, Lamm, Snyder and Shore.   10:40
13  Q.  And I can represent Mr. Shore is not   10:41
14  a plaintiff.  The fifth would be Mr. Carter.   10:41
15  MR. NOVIKOFF:  Okay.   10:41
16  A.  Okay.   10:41
17  Q.  How did you learn that those   10:41
18  individuals were plaintiffs in this case?   10:41
19  A.  I heard from George, Chief Hesse.   10:41
20  Q.  And when did you hear that from   10:41
21  Mr. Hesse?   10:41
22  A.  I can't recall when.   10:41
23  Q.  Can you recall the year?   10:41
24  A.  No.   10:41
25  Q.  Can you recall whether you heard it   10:41

TSG Reporting - Worldwide  (877) 702-9580

---

Page 11

Moran

1
2  from Mr. Hesse in a face-to-face communication?   10:41
3  MR. NOVIKOFF:  As opposed to over   10:41
4  the phone or over the computer?   10:42
5  MR. GRAFF:  Yes.   10:42
6  A.  I can't recall.   10:42
7  Q.  Can you recall anything about the   10:42
8  context in which you heard that from Mr. Hesse?   10:42
9  A.  I know he told me about it, but I   10:42
10  don't specifically know actually when he told   10:42
11  me.   10:42
12  Q.  And what is it that he told you?   10:42
13  A.  That they were suing the   10:42
14  information.   10:42
15  Q.  Did he tell you what they were suing   10:42
16  the Village for?   10:42
17  A.  No.   10:42
18  Q.  Did you ask?   10:42
19  A.  No.   10:42
20  Q.  Did you ever ask anyone other than   10:42
21  counsel what they were suing the Village for?   10:42
22  A.  No.   10:42
23  Q.  Did you ever discuss with anyone   10:42
24  what they may have been suing the Village for?   10:42
25  A.  No.   10:42

TSG Reporting - Worldwide  (877) 702-9580

---

Page 12

Moran

1
2  Q.  Prior to learning that the   10:42
3  plaintiffs were suing the Village in your   10:42
4  conversation with Mr. Hesse, had you ever   10:42
5  discussed with anyone the possibility that any   10:42
6  of the plaintiffs might bring a lawsuit against   10:42
7  Ocean Beach?   10:42
8  A.  No.   10:42
9  MR. NOVIKOFF:  Objection to form.   10:42
10  You can answer.   10:43
11  A.  No.   10:43
12  Q.  Other than that conversation with   10:43
13  Mr. Hesse -- well, first of all, was it one   10:43
14  conversation or more?   10:43
15  A.  I can't recall.   10:43
16  Q.  Can you recall if anyone else was   10:43
17  present for the one or more conversations you   10:43
18  had with Mr. Hesse on the subject?   10:43
19  A.  No.   10:43
20  Q.  Has anyone else other than counsel   10:43
21  ever -- or Mr. Hesse ever indicated to you that   10:43
22  they were aware that the plaintiffs had filed a   10:43
23  lawsuit against Ocean Beach?   10:43
24  MR. NOVIKOFF:  Objection.  When you   10:43
25  say "other than counsel," you are presuming   10:43

TSG Reporting - Worldwide  (877) 702-9580

---

Page 13

Moran

1
2  counsel has said something along those   10:43
3  lines.   10:43
4  MR. GRAFF:  No, but I am making   10:43
5  clear that I am excluding --   10:43
6  MR. NOVIKOFF:  All right.  You don't   10:43
7  have to say "other than counsel."  That's   10:43
8  clear.  He knows not to speak about counsel   10:43
9  conversations.   10:43
10  A.  No.   10:43
11  Q.  So your only knowledge about the   10:43
12  lawsuit that you are testifying here today, the   10:43
13  nature of that lawsuit, is that the plaintiffs   10:43
14  are suing Ocean Beach and you heard that from   10:43
15  George Hesse; is that correct?   10:44
16  MR. NOVIKOFF:  Objection.  Your   10:44
17  question says about the nature of the   10:44
18  lawsuit.  Mr. Moran may have knowledge   10:44
19  about certain of the allegations that are   10:44
20  set forth in the lawsuit, but if the   10:44
21  question is is his only knowledge that   10:44
22  there was a lawsuit filed from Mr. Hesse,   10:44
23  that's appropriate.   10:44
24  Q.  With that clarification, is that   10:44
25  correct?   10:44

TSG Reporting - Worldwide  (877) 702-9580

Page 14

Moran

1
2      MR. NOVIKOFF:  Why don't you --      10:44
3      A.   Can you --                      10:44
4      **Q.   Other than Mr. Hesse, did anybody      10:44**
5   **else ever indicate to you that the plaintiffs      10:44**
6   **had filed a lawsuit against Ocean Beach?      10:44**
7      A.   No.                             10:44
8      **Q.   Are you aware of any of the         10:44**
9   **allegations involved in that lawsuit?        10:44**
10      MR. NOVIKOFF:  Why don't you just      10:44
11   ask him if he has read the Complaint.        10:44
12      **Q.   I will ask that first.  Have you      10:44**
13   **read the Complaint?                     10:44**
14      MR. NOVIKOFF:  Here is --            10:44
15      A.   The --    NOVIKOFF:  I can't help you.      10:44
16      MR. NOVIKOFF:  I can't help you.      10:44
17      A.   The deposition you are talking      10:44
18   about?                                  10:44
19      MR. NOVIKOFF:  No.  There was a      10:44
20   Complaint filed by the plaintiffs in        10:44
21   federal court, so the question is have you   10:45
22   ever read what the plaintiffs have filed in  10:45
23   federal court?                          10:45
24      A.   No, no, I haven't.             10:45
25      **Q.   Has anyone ever communicated to you   10:45**

TSG Reporting - Worldwide  (877) 702-9580

Page 15

Moran

1
2   **the nature of any of the allegations set forth      10:45**
3   **in the Complaint or lawsuit?            10:45**
4      A.   Can you repeat that.             10:45
5      **Q.   Do you have any idea what the      10:45**
6   **allegations in the Complaint are?        10:45**
7      A.   Yes.  Just a little bit of it.      10:45
8      **Q.   And could you explain?          10:45**
9      MR. NOVIKOFF:  What was the basis --   10:45
10   you need to ask him what the basis of his    10:45
11   knowledge is, because if it's based upon     10:45
12   what counsel told him, then I am going to    10:45
13   instruct him not to answer.  If it's based   10:45
14   upon some independent knowledge, then he     10:45
15   can answer that.                        10:45
16      **Q.   Is the little bit of knowledge that   10:45**
17   **you referred to something that you learned from   10:45**
18   **counsel?                               10:45**
19      MR. NOVIKOFF:  Either Mr. Welch or     10:45
20   myself.                                 10:45
21      A.   No.                            10:45
22      **Q.   Okay.  Could you explain?        10:45**
23      A.   All I know about the case is that   10:45
24   the five plaintiffs were let go from the     10:45
25   Village and from what I could -- from what   10:46

TSG Reporting - Worldwide  (877) 702-9580

Page 16

Moran

1
2   people -- from what they -- they were let go   10:46
3   and they were suing the Village.  That's all I   10:46
4   know of what the case was.               10:46
5      **Q.   And do you know when the          10:46**
6   **plaintiffs --                          10:46**
7      MR. GRAFF:  Before I ask the         10:46
8   question, Mr. Novikoff --               10:46
9      MR. NOVIKOFF:  Same understanding.   10:46
10   Notwithstanding how the witness            10:46
11   characterizes what transpired in April of    10:46
12   '06, we take the position that they were     10:46
13   not rehired, you take the position that      10:46
14   they were let go and/or terminated.         10:46
15   However you phrase the question in          10:46
16   accordance with our prior understanding at   10:46
17   these depositions does not one way or the    10:46
18   other impact upon either your theory of the   10:46
19   case or our theory of the case.            10:46
20      MR. GRAFF:  Thank you.               10:46
21      **Q.   Do you know when the plaintiffs were   10:46**
22   **let go?                               10:46**
23      A.   It was April of 2006.           10:47
24      **Q.   And how did you learn that they had   10:47**
25   **been let go?                           10:47**

TSG Reporting - Worldwide  (877) 702-9580

Page 17

Moran

1
2      A.   We had our annual meeting and at the   10:47
3   time the five -- Nofi, Fiorillo, Lamm, Carter   10:47
4   and the other officer went inside by themselves   10:47
5   with George, whatever they had discussed they   10:47
6   discussed, we were all outside, and then they   10:47
7   left after the fact on a water taxi and went   10:47
8   back to the mainland and then we started our   10:47
9   normal meeting.                         10:47
10      **Q.   Can you explain what you mean by      10:47**
11   **outside and inside?                     10:47**
12      A.   Okay.  We were -- the meeting took   10:47
13   place at the boathouse, so we were all outside   10:47
14   the boathouse in the street and then the five   10:48
15   officers went inside to talk to George, and   10:48
16   whatever they said, it was them privately and   10:48
17   George, and then they -- once they were        10:48
18   finished they all left and went on a water taxi   10:48
19   and went back to the mainland.             10:48
20      **Q.   And did they all go in, as far as      10:48**
21   **you could see, together?                10:48**
22      MR. NOVIKOFF:  Objection to form.      10:48
23      You can answer.  Unless I instruct      10:48
24      you not to answer something, even if I      10:48
25      object to the question, you must answer it.  10:48

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2      A.  I can't recall if they were -- I      10:48
3   can't recall that.      10:48
4      Q.  Do you recall or do you know how      10:48
5   long they were inside speaking with George?      10:48
6      A.  No.      10:48
7      Q.  Did you remain outside from the time      10:48
8   that the plaintiffs went in until the time that      10:48
9   they came out?      10:49
10     A.  Yes.      10:49
11     Q.  Do you remember approximately how      10:49
12  long that was?      10:49
13     A.  No.      10:49
14     Q.  Do you remember what you were doing      10:49
15  outside?      10:49
16     A.  I was talking to other officers.      10:49
17     Q.  Who else was with you outside?      10:49
18     A.  I can't recall.      10:49
19     Q.  Can you recall any of the      10:49
20  individuals who were outside with you?      10:50
21     A.  No, not at this time.      10:50
22     Q.  Can you recall if Pat Cherry was      10:50
23  with you?      10:50
24     A.  Yeah.      10:50
25     Q.  And was he with you?      10:50

Moran

1
2      A.  He was outside when we were all --      10:50
3   he was outside with us.      10:50
4      MR. NOVIKOFF:  Listen to the      10:51
5   question.  The question was not who was      10:51
6   outside, but who was with you while you      10:51
7   were talking to other officers.  That was      10:51
8   the question.      10:51
9      Q.  Okay.  And to be clear, other than      10:51
10  the others who were outside when you were      10:51
11  talking to officers, were there other people      10:51
12  who were also there?      10:51
13     A.  Could you --      10:51
14     Q.  Yes.  I just want to make sure we      10:51
15  are clear with Mr. Novikoff's clarification.      10:51
16  When I am asking now who was with you, I am      10:51
17  asking who was outside at the same time in      10:51
18  connection with that meeting.  Does that make      10:51
19  sense?      10:51
20     A.  So you want to know when I was      10:51
21  outside, who else was with me?      10:51
22     Q.  Yes.  Who else was in the area?      10:51
23     MR. NOVIKOFF:  I am going to object      10:51
24  to that, because that would be a pretty      10:51
25  broad question, who was in the area.  I      10:51

Moran

1
2   think -- and I don't mean to be problematic 10:51
3   here.  I think the witness said that he was 10:51
4   outside talking with other officers and      10:51
5   that's where I thought you were going with 10:52
6   your questions, who was he talking with, as 10:52
7   opposed to who may have been mingling      10:52
8   outside.      10:52
9      Q.  I am asking more broadly.  Mingling 10:52
10  even if they weren't talking directly with you. 10:52
11     A.  I can't recall at this time.      10:52
12     Q.  But Pat Cherry you do recall was      10:52
13  mingling?      10:52
14     A.  I don't recall right -- it's been      10:52
15  three years.      10:52
16     Q.  Do you recall whether Gary Bosetti      10:52
17  was mingling or speaking with you?      10:52
18     A.  I can't recall that.      10:52
19     Q.  What about Richie Bosetti?      10:52
20     A.  I can't recall.      10:52
21     Q.  Okay.  Rather than going through      10:52
22  every single person on the OBPD roster.  If we 10:52
23  could just leave a space in the transcript and 10:52
24  when you review it, if you can remember any of 10:52
25  the people who were there, you can just write 10:52

Moran

1
2   it in the transcript.      10:52
3      A.  Okay.      10:52
4      MR. NOVIKOFF:  I will take that      10:52
5   under advisement.      10:52
6   TO BE FURNISHED:_____.      10:52
7      Q.  How did you get from your home to      10:52
8   the boat house the day of the April meeting?      10:53
9      A.  I actually was on the island.      10:53
10     Q.  And where were you?      10:53
11     A.  I have a house on Cottage.  My      10:53
12  parents have a house on Cottage Walk, so I      10:53
13  stayed over the night before.      10:53
14     Q.  And did other officers, as far as      10:53
15  you know, get to the boathouse that day on the 10:53
16  water taxi?      10:53
17     MR. NOVIKOFF:  Objection to form.      10:53
18     A.  They took the ferry over from Bay      10:53
19  Shore.      10:53
20     Q.  And did you see any of the      10:53
21  plaintiffs get off of the ferry?      10:53
22     A.  I saw Kevin, I saw Kevin Lamm, and 10:53
23  that was it, from what I can recall right now. 10:54
24     Q.  And do you recall if any other      10:54
25  officers arrived on a ferry or water taxi that 10:54

**Moran**

1
2  you saw before the plaintiffs?            10:54
3      A.  I can't recall.            10:54
4      Q.  Do you recall if Tyree Bacon was one  10:54
5  of the officers who was outside?        10:54
6      A.  I can't recall right now.        10:54
7      Q.  Do you recall whether you or any of  10:54
8  the people who were waiting outside had any  10:54
9  discussion about why the five plaintiffs were  10:54
10  inside?                        10:54
11      MR. NOVIKOFF:  Objection to form.  10:54
12      You can answer.            10:54
13      A.  No.                10:54
14      Q.  What about as the five plaintiffs  10:54
15  left, do you recall if you or anyone else said  10:55
16  anything to them?                10:55
17      MR. NOVIKOFF:  Objection to form.  10:55
18      A.  No.                10:55
19      Q.  Do you know where the plaintiffs  10:55
20  went when they walked outside?        10:55
21      MR. NOVIKOFF:  Objection. Form.  10:55
22      A.  Can you repeat the question.    10:55
23      Q.  Do you know where the plaintiffs  10:55
24  went after they walked outside?        10:55
25      MR. NOVIKOFF:  Objection.        10:55

Moran

1
2      A.  They went to the water taxi.    10:55
3      Q.  Did else anybody else go to the    10:55
4  water taxi with them?                10:55
5      A.  No.                10:55
6      MR. GRAFF:  I am going to ask the    10:55
7  court reporter to mark as Exhibit Moran 1 a  10:55
8  one-page document bearing Bates number    10:55
9  2662.                        10:55
10      (Moran Exhibit 1, letter dated March  10:55
11  11, 2006, Bates stamped 2662, marked for    10:55
12  identification.)                10:56
13      Q.  After Mr. Novikoff has had a chance  10:56
14  to compare the marked copy against the copy  10:56
15  that I gave him to review, if you could please  10:56
16  take a moment to read through the document and  10:56
17  let me know when you have read it.        10:56
18      MR. NOVIKOFF:  Ari, as you know my  10:56
19  practice, if you have a question that    10:56
20  requires him to read through it, I will    10:56
21  give it to him.  If the question is "do you  10:57
22  recognize the document," that would    10:57
23  certainly require him to read it.        10:57
24      MR. GRAFF:  That will be my very    10:57
25  first question.                10:57

Moran

1
2      MR. NOVIKOFF:  So ask that question  10:57
3  and then I will give it to him.        10:57
4      Q.  After you have read the document, if  10:57
5  you could please let me know do you recognize  10:57
6  the document.                10:57
7      MR. NOVIKOFF:  Okay.  Read it.    10:57
8      (Document review.)            10:57
9      MR. NOVIKOFF:  The question is yes    10:57
10  or no, do you recognize it?            10:57
11      A.  Yes.                10:57
12      Q.  And what is the document?        10:57
13      A.  It's a letter from Chief Hesse    10:57
14  saying when the department meeting is.    10:57
15      Q.  And was that the department meeting  10:57
16  in 2006 that you were referring to in the last  10:57
17  few minutes?                10:57
18      A.  Yes.                10:57
19      Q.  Did you receive this letter?    10:57
20      A.  Yes, I did.            10:57
21      Q.  And did you understand when you    10:57
22  received the letter what the reference to the  10:57
23  annual department meeting was?        10:57
24      A.  Yes.                10:57
25      Q.  And what is the annual department  10:58

**Moran**

1
2  meeting?                    10:58
3      A.  It's a meeting held every year with  10:58
4  all the officers.                10:58
5      Q.  Is it held at a particular time    10:58
6  every year?                    10:58
7      MR. NOVIKOFF:  A specific date or    10:58
8  time frame?                    10:58
9      MR. GRAFF:  Time frame.        10:58
10      A.  It's a meeting held once a year    10:58
11  usually in the springtime.            10:58
12      Q.  And is there a standard set of    10:58
13  topics that are covered at that annual meeting?  10:58
14      MR. NOVIKOFF:  Objection. Form.    10:58
15      You can answer.            10:58
16      A.  Not really.  It varies on -- it's  10:58
17  usually held in the spring once a year and it  10:58
18  varies on -- there is no specific date.  It's  10:58
19  just a general time frame for when they hold  10:58
20  the meeting.                10:58
21      Q.  Do you know what the purpose of that  10:58
22  annual meeting is?                10:58
23      MR. NOVIKOFF:  Objection to form.    10:58
24      You can answer.            10:58
25      A.  Usually it's training.  Like this  10:58

```
1              Moran
2    past meeting we had we did departmental    10:59
3    training.                            10:59
4       Q.  After the plaintiffs left the April  10:59
5    2006 meeting, did the meeting then take place?  10:59
6       A.  Yes.                         10:59
7       Q.  And what was discussed at the     10:59
8    meeting?                            10:59
9          MR. NOVIKOFF:  Only if you can    10:59
10   recall.                             10:59
11      A.  I can't really recall.            10:59
12      Q.  Can you recall anything that was    10:59
13   discussed at the meeting?              10:59
14      A.  No.                          10:59
15      Q.  Can you recall any of the officers   10:59
16   or other employees who were present for the  10:59
17   meeting?                            10:59
18      A.  No.                          10:59
19      Q.  Do you recall how long the meeting  10:59
20   lasted?                             10:59
21      A.  No.                          10:59
22      Q.  Do you recall whether other than   10:59
23   plaintiffs anyone else who was present met  10:59
24   privately with Mr. Hesse?              10:59
25      A.  No.                          10:59
```

```
1              Moran
2       Q.  Do you recall whether there was any  10:59
3    reference made to the plaintiffs at that    10:59
4    meeting?                            10:59
5       A.  Not that I can recall at this time.  10:59
6       Q.  Do you recall whether anyone asked  11:00
7    Mr. Hesse where the plaintiffs had gone?    11:00
8       A.  No.                          11:00
9          MR. NOVIKOFF:  Objection to form.   11:00
10      A.  No.                          11:00
11      Q.  Is there anything that would refresh  11:00
12   your recollection regarding what happened   11:00
13   during that meeting?                  11:00
14      A.  Repeat the question.             11:00
15      Q.  Is there anything you can think of,  11:00
16   like documents or any other source that you can  11:00
17   think of that might refresh your memory about  11:00
18   what was discussed at the meeting?         11:00
19      A.  Not at this time.               11:00
20      Q.  At what point did you learn that the  11:00
21   plaintiffs had been let go by George Hesse when  11:00
22   they went in shortly before the meeting?    11:00
23         MR. CONNOLLY:  Objection.         11:00
24         MR. NOVIKOFF:  I am going to join   11:01
25   in, but just like we did at the last       11:01
```

```
1              Moran
2    deposition and prior depositions, if       11:01
3    Mr. Connolly objects, without me          11:01
4    necessarily having to say I join in every   11:01
5    time, I am joining in any objection that    11:01
6    Mr. Connolly makes.                   11:01
7          MR. GRAFF:  That's fine, and vice   11:01
8    versa.                              11:01
9          MR. NOVIKOFF:  And vice versa.     11:01
10         MR. CONNOLLY:  Yes.             11:01
11         MR. GRAFF:  Could the court reporter  11:01
12   please read back my last question.        11:01
13         (Record read.)                 11:01
14      A.  They weren't there when we came    11:01
15   back.                               11:01
16      Q.  So did you assume on that basis that  11:01
17   they had been let go?                 11:01
18      A.  No.                          11:01
19      Q.  So at what point in time were you   11:01
20   certain that they had been let go?         11:02
21      A.  They weren't at the -- when we came  11:02
22   back to start the meeting, they weren't there.  11:02
23      Q.  Did you consider that maybe they    11:02
24   were on a special assignment than having been  11:02
25   let go?                             11:02
```

```
1              Moran
2          MR. NOVIKOFF:  Objection to form.   11:02
3    Foundation as well.                   11:02
4       A.  No.                          11:02
5       Q.  Did you consider any other        11:02
6    possibility based on their absence other than  11:02
7    the conclusion that they had been let go?   11:02
8       A.  No.                          11:02
9       Q.  Did you at any point ever speak to  11:02
10   anyone about your belief that the plaintiffs  11:02
11   had been let go?                     11:02
12         MR. NOVIKOFF:  Objection to form.   11:02
13         You can answer.                 11:02
14      A.  Repeat the question.             11:02
15      Q.  What was the first time that you can  11:02
16   remember that you ever spoke with anyone about  11:02
17   the plaintiffs having been let go?         11:02
18      A.  After the fact.  I spoke to Kevin   11:03
19   Lamm.                               11:03
20      Q.  When did you speak to Kevin Lamm?   11:03
21      A.  Shortly after we had the meeting.   11:03
22      Q.  Did you speak to him in person?    11:03
23      A.  Over the phone.                11:03
24      Q.  And did you speak with him over the  11:03
25   phone more than once?                 11:03
```

Moran

1    A.   Yes.    11:03

2    Q.   And do you remember if your first  11:03

3  conversation over the phone with Kevin Lamm was  11:03

4  the same date as the meeting?    11:03

5    A.   That I can't recall.    11:03

6    Q.   Do you recall what you said to Kevin  11:03

7  Lamm the first time you spoke with him?    11:03

8    A.   No.    11:03

9    Q.   Can you recall anything that you  11:03

10  ever said in those conversations with Kevin  11:03

11  Lamm?    11:03

12    A.   Not right now, no.    11:03

13    Q.   Can you recall anything that Kevin  11:03

14  Lamm said to you in those conversations?  11:03

15    A.   No.    11:03

16    Q.   Other than Mr. Lamm, did you ever at  11:03

17  any point speak with anyone else about the  11:04

18  plaintiffs having been let go?    11:04

19    A.   Joe Nofi called me on my cell phone  11:04

20  about a year after the fact, but for about two  11:04

21  minutes, if that.    11:04

22    Q.   And what did Mr. Nofi say?    11:04

23    A.   Just how my job was going with the  11:04

24  city. Nothing to the effect of his case.    11:04

TSG Reporting - Worldwide  (877) 702-9580

Moran

1    Q.   Did he say anything at all about the  11:04

2  Ocean Beach Police Department?    11:04

3    A.   Not that I can recall.    11:04

4    Q.   What did you say to Mr. Nofi in that  11:04

5  conversation?    11:04

6    A.   I don't recall right now.  It's been  11:04

7  over a year.    11:04

8    Q.   What job did you have at that point  11:04

9  that he was asking about?    11:05

10    A.   I was working -- I worked for the  11:05

11  City, so he called up to see how my job was, I  11:05

12  asked him how his job was with what he was  11:05

13  doing.    11:05

14    MR. NOVIKOFF:  The question was what  11:05

15  job were you doing.

16    A.   Oh, I was with the city when he  11:05

17  called me.    11:05

18    Q.   Had Mr. Nofi ever called you before  11:05

19  on your cell phone?    11:05

20    A.   No.  First time.    11:05

21    Q.   Did you speak with anyone else about  11:05

22  the fact that Mr. Nofi had called you on your  11:05

23  cell phone?    11:05

24    A.   No.    11:05

TSG Reporting - Worldwide  (877) 702-9580

Moran

1    Q.   Did you speak with anyone else about  11:05

2  the fact that you had had conversations with  11:05

3  Kevin Lamm about the Ocean Beach Police  11:05

4  Department after the plaintiffs were let go?  11:05

5    MR. NOVIKOFF:  I'm sorry, can you  11:05

6  repeat that question again.    11:05

7    (Record read.)    11:06

8    MR. NOVIKOFF:  I am going to object  11:06

9  to form, but you can answer.    11:06

10    A.   Call in reference to the Police  11:06

11  Department or just call me -- can you clarify?  11:06

12    Q.   You had indicated that you had had  11:06

13  several telephone conversations with Kevin Lamm  11:06

14  after the plaintiffs were let go.    11:06

15    Did you ever discuss with anyone the  11:06

16  fact that you had had those conversations with  11:06

17  Kevin Lamm?    11:06

18    A.   No.    11:06

19    MR. GRAFF:  Off the record.    11:06

20    (Recess was taken from 11:06 to    11:06

21  11:07.)    11:06

22  BY MR. GRAFF:    11:07

23    Q.   Other than Mr. Lamm and Joe Nofi,  11:07

24  did you speak with any of the other plaintiffs  11:08

TSG Reporting - Worldwide  (877) 702-9580

Moran

1  after they were let go?    11:08

2    A.   No.    11:08

3    Q.   Other than Mr. Lamm and Mr. Nofi --  11:08

4  strike that.    11:08

5    Other than Mr. Lamm, did you ever  11:08

6  speak with anyone else about the plaintiffs  11:08

7  having been let go?    11:08

8    MR. NOVIKOFF:  Objection to form.  11:08

9  You can answer.    11:08

10    A.   No.    11:08

11    Q.   Did you ever speak with George Hesse  11:08

12  about the fact that the plaintiffs had been let  11:08

13  go?    11:08

14    MR. NOVIKOFF:  Objection to form.  11:08

15    A.   Repeat the question.    11:08

16    Q.   Did you ever speak with George Hesse  11:08

17  about the plaintiffs having been let go?    11:08

18    MR. NOVIKOFF:  Objection to form.  11:08

19  It's a very broad question, Ari.    11:08

20    A.   No.    11:08

21    Q.   Do you know why the plaintiffs were  11:08

22  let go?    11:08

23    MR. NOVIKOFF:  Objection.    11:08

24    A.   No.    11:09

TSG Reporting - Worldwide  (877) 702-9580

Page 34

Moran

1
2     Q.   Did you ever discuss with anyone why   11:09
3   the plaintiffs may have been let go?   11:09
4     A.   Nope.   11:09
5     Q.   Did anyone ever communicate to you   11:09
6   any reason why they believed the plaintiffs had   11:09
7   been let go?   11:09
8     A.   Could you repeat that.   11:09
9     Q.   Sure.  Did anyone ever tell you a   11:09
10   reason why the plaintiffs had been let go,   11:09
11   whether or not you believed that reason to be   11:09
12   true?   11:09
13     A.   Kevin Lamm when I was on the phone   11:09
14   with him told me that he thought he got let go   11:09
15   due to the fact for some Halloween incident, I   11:09
16   guess, that happened in the Village.   11:09
17     Q.   And what did you say when Kevin Lamm   11:09
18   indicated that to you?   11:09
19     A.   I don't really know why they got let   11:09
20   go, because I wasn't there in the room when it   11:09
21   happened.   11:10
22     Q.   And did you understand what he was   11:10
23   referring to as the Halloween incident?   11:10
24     A.   Yes.   11:10
25     Q.   What is the Halloween incident?   11:10

TSG Reporting - Worldwide  (877) 702-9580

Page 35

Moran

1
2     A.   I wasn't working at the time it   11:10
3   happened, but some incident went down at one of   11:10
4   the bars, I think at Housers, with -- it's kind   11:10
5   of -- I don't know -- I wasn't working at that   11:10
6   time, so I wasn't there firsthand, but this is   11:10
7   third and fourth, fifth, that something   11:10
8   happened at Housers and I think Kevin was   11:10
9   working at the time.  It's pretty vague,   11:10
10   because I wasn't there.   11:10
11     Q.   Other than what you just testified   11:10
12   to, do you know any other details about what   11:11
13   the Halloween incident involved?   11:11
14       MR. NOVIKOFF:  Objection.  Asked and   11:11
15     answered, but you can answer again to the   11:11
16     extent you know.   11:11
17     A.   From what I know, something happened   11:11
18   at Housers and I think Kevin was there, was   11:11
19   working, and I don't know the exact details.   11:11
20   Like I said, I wasn't working that night when   11:11
21   it happened, so...   11:11
22     Q.   Other than the fact that Kevin was   11:11
23   working, do you know anything at all about the   11:11
24   nature of the incident?   11:11
25     A.   I wasn't there, so I don't know.   11:11

TSG Reporting - Worldwide  (877) 702-9580

Page 36

Moran

1
2     Q.   What is the source of your   11:11
3   information about the Halloween incident?   11:12
4       MR. NOVIKOFF:  Objection to form.   11:12
5     A.   What my source is?   11:12
6     Q.   How do you know anything about the   11:12
7   Halloween incident?   11:12
8     A.   I have heard through like third,   11:12
9   fourth, fifth person of what actually happened,   11:12
10   because I wasn't there at the time of the   11:12
11   incident in question.  I wasn't working, so...   11:12
12     Q.   Okay.  Who are the people who you   11:12
13   heard about it from?   11:12
14     A.   I can't recall right at this second.   11:12
15     Q.   Can you recall who any of those   11:12
16   people were?   11:12
17     A.   No.   11:12
18     Q.   When Kevin Lamm told you, as you   11:12
19   testified, that he thought he had been let go   11:12
20   because of something to do with the Halloween   11:12
21   incident, did you ask him what he meant by   11:12
22   that?   11:12
23       MR. NOVIKOFF:  Objection to form.   11:12
24     A.   No.   11:12
25     Q.   Did you think you understood what he   11:12

TSG Reporting - Worldwide  (877) 702-9580

Page 37

Moran

1
2   meant?   11:12
3       MR. NOVIKOFF:  Objection.   11:12
4     A.   Yes.   11:13
5     Q.   And did you understand why he   11:13
6   thought that that incident might have resulted   11:13
7   in his termination?   11:13
8     A.   No.   11:13
9     Q.   Do you recall if there were any   11:13
10   other particular officers other than Kevin Lamm   11:13
11   who were involved in that incident?   11:13
12     A.   I wasn't there.  I wasn't working,   11:13
13   so I don't know.   11:13
14     Q.   Did you ever hear from anyone who   11:13
15   those other officers, if any, may have been?   11:13
16     A.   Repeat the question.   11:13
17     Q.   Did anyone ever say anything to you   11:13
18   about other officers who may have been involved   11:13
19   in the Halloween incident?   11:13
20       MR. NOVIKOFF:  Objection to form.   11:13
21     A.   No.   11:13
22     Q.   Did anyone ever communicate to you   11:13
23   that either Gary or Richie Bosetti may have   11:13
24   been involved in the Halloween incident?   11:13
25     A.   Yes, but I don't know who.  I can't   11:13

TSG Reporting - Worldwide  (877) 702-9580

Moran

1 recall right now who told me.                    11:14
2    Q.   What was the nature of the              11:14
3 involvement by the Bosettis in that incident as  11:14
4 it was explained to you?                         11:14
5        MR. NOVIKOFF:  If you can recall,         11:14
6    you can answer the question.                  11:14
7    A.   What I can recall from what I have       11:14
8 heard through fourth, fifth, that they were at   11:14
9 Housers at the time that this incident went      11:14
10 down.  Other than that, I don't know what       11:14
11 exactly -- what their involvement was, but they 11:14
12 were there at the time.                          11:14
13       MR. NOVIKOFF:  Ari, I gotta tell          11:14
14    you, you are asking questions about the      11:14
15    Halloween incident.  He wasn't there.        11:14
16    A.   I wasn't there.                         11:14
17       MR. NOVIKOFF:  No, no, no.                11:14
18    He has already told you that his             11:14
19    information, whatever it may be to the       11:14
20    extent he recalls anything, is from second, 11:14
21    third, fourth-hand sources.  If you want to  11:14
22    ask him, in my opinion, did George Hesse     11:14
23    ever talk to you about the Halloween         11:14
24    incident, that's appropriate, or Mayor       11:14

Moran

1 Loeffler did or Mayor Rogers, because that  11:15
2    wouldn't necessarily be hearsay.  I am not  11:15
3    stipulating to that right now, but if he    11:15
4    learned anything from other than the main   11:15
5    actors in this case, I don't see where      11:15
6    that's admissible.                          11:15
7       MR. GRAFF:  I will get to that.          11:15
8    Q.   Was it ever your perception that the  11:15
9 Halloween incident had resulted in any tension 11:15
10 between officers of the Ocean Beach Police    11:15
11 Department?                                    11:15
12       MR. NOVIKOFF:  Objection to form.       11:15
13    You can answer if you can understand       11:15
14    it.                                         11:15
15    A.   Can you reframe that.                 11:15
16    Q.   Did you ever come to believe that    11:15
17 the Halloween incident was the cause for     11:15
18 tensions between any officers at the Ocean    11:15
19 Beach Police Department?                      11:15
20       MR. NOVIKOFF:  Objection to form.      11:15
21    And you have a foundation problem there,  11:15
22    Ari, but you can answer.                    11:15
23    A.   No.                                    11:15
24    Q.   Did you ever speak to George Hesse   11:15

Moran

1 about the Halloween incident?                11:15
2    A.   Yes.                                  11:16
3    Q.   When did you speak to George Hesse   11:16
4 about that?                                    11:16
5    A.   I really can't recall the exact      11:16
6 date.                                          11:16
7    Q.   And what did George Hesse say when   11:16
8 you spoke to him about that?                   11:16
9    A.   I can't recall what he told me.  I   11:16
10 can't recall.                                 11:16
11    Q.   Do you recall if you spoke to George 11:16
12 Hesse about the Halloween incident more than  11:16
13 once?                                          11:16
14    A.   No.                                   11:16
15    Q.   Do you recall whether you spoke to  11:16
16 him in person?                                 11:16
17    A.   Yes.                                   11:16
18    Q.   Did you speak to George Hesse in    11:16
19 person about the Halloween incident?          11:16
20    A.   Yeah, I did.                          11:16
21    Q.   Do you recall how long the          11:16
22 conversation lasted?                          11:16
23    A.   No.                                   11:16
24    Q.   Do you recall anything else that was 11:16

Moran

1 discussed during that conversation?           11:16
2    A.   Not at this time.                     11:16
3    Q.   Do you recall where the conversation 11:16
4 took place?                                     11:16
5    A.   Probably at the police station.      11:16
6       MR. NOVIKOFF:  The question is do      11:16
7    you recall.  If you do, you do.  If you    11:16
8    don't, you don't.  Anything that starts    11:17
9    with the word "probably" --                11:17
10    A.   At the police station.              11:17
11    Q.   Do you recall whether anyone else   11:17
12 was participating in that conversation?       11:17
13    A.   No.                                   11:17
14    Q.   No, you don't recall, or --         11:17
15    A.   No, I don't recall.                  11:17
16       MR. NOVIKOFF:  You need to be         11:17
17    careful with your questions, Ari.  If you 11:17
18    are going to start with the "do you       11:17
19    recall," that could be a problem depending 11:17
20    on how he answers.                         11:17
21    Q.   Did you ever speak with Mayor or    11:17
22 Trustee Loeffler about the Halloween incident? 11:17
23    A.   No.                                   11:17
24    Q.   Did you ever speak with Mayor or    11:17

```
 1              Moran
 2    Police Commissioner Rogers about the Halloween   11:17
 3    incident?                          11:17
 4         MR. NOVIKOFF: Objection to form.   11:17
 5    A.   No.                    11:17
 6    Q.   Were you issued a new ID card at the   11:17
 7    April 2006 annual meeting?           11:17
 8    A.   Yes.                   11:17
 9    Q.   Do you recall whether anyone else   11:17
10    was issued an ID card?               11:17
11    A.   Yes.                   11:17
12    Q.   Who else was issued an ID card at   11:18
13    that meeting?                     11:18
14    A.   Other officers.              11:18
15    Q.   What was George Hesse's position or   11:18
16    title at the time of the annual meeting?   11:18
17         MR. NOVIKOFF: Objection to form and   11:18
18    foundation.              11:18
19         You can answer.              11:18
20    A.   He was the acting police chief.     11:18
21         MR. NOVIKOFF: As of the Halloween   11:18
22    incident?                     11:18
23         MR. GRAFF: At the annual meeting.   11:18
24         MR. NOVIKOFF: Okay.           11:18
25    A.   The acting police chief.          11:18
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1              Moran
 2    Q.   At the time of the Halloween      11:18
 3    incident, what was George Hesse's position?   11:18
 4         MR. NOVIKOFF: Objection to form.   11:18
 5    Foundation.                  11:18
 6    A.   I can't recall his title.         11:18
 7    Q.   If you recall, at what point did    11:18
 8    George Hesse begin serving as acting police   11:18
 9    chief?                          11:19
10         MR. NOVIKOFF: Objection to form.   11:19
11    Foundation.                  11:19
12    A.   After Chief Paradiso left the      11:19
13    department and then -- Chief Paradiso got hurt   11:19
14    on duty and then George took over as acting   11:19
15    police chief.                    11:19
16    Q.   Do you remember when Paradiso hurt   11:19
17    himself on duty?                   11:19
18         MR. NOVIKOFF: Objection to form.   11:19
19         No guessing.                 11:19
20    A.   I can't recall the exact date when   11:19
21    he got hurt.                    11:19
22    Q.   What was George Hesse's position up   11:19
23    until the time that Paradiso got hurt?   11:19
24         MR. NOVIKOFF: Objection to form.   11:19
25    Foundation.                  11:19
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1              Moran
 2    A.   Sergeant.                 11:19
 3    Q.   And other than the positions of    11:19
 4    sergeant and acting police chief, do you know   11:19
 5    if George Hesse ever had any other positions at   11:20
 6    Ocean Beach?                     11:20
 7         MR. NOVIKOFF: Form.           11:20
 8    A.   He was a police officer before he   11:20
 9    became sergeant.                11:20
10    Q.   Do you know when he became sergeant?   11:20
11    A.   No.                    11:20
12    Q.   How did you find out that George    11:20
13    Hesse had begun serving as acting police chief?   11:20
14    A.   After Chief Paradiso got hurt, then   11:20
15    he became the acting chief.            11:20
16    Q.   Did someone tell you at that time    11:20
17    that George Hesse was acting chief?       11:20
18    A.   George told me himself.          11:20
19    Q.   Do you recall anything else that    11:20
20    George Hesse said to you at the time he told   11:20
21    you he was acting police chief?          11:20
22    A.   No.                    11:20
23    Q.   Do you recall if George Hesse said    11:20
24    anything about Paradiso at the time that he   11:20
25    told you he was acting police chief?       11:20
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1              Moran
 2    A.   No.                    11:21
 3    Q.   Do you recall what time of day it    11:21
 4    was when George Hesse told you that he was   11:21
 5    acting chief?                     11:21
 6         MR. NOVIKOFF: Objection to form.   11:21
 7    A.   What time of day?              11:21
 8    Q.   More broadly, was it light outside?   11:21
 9         MR. NOVIKOFF: Objection to form.   11:21
10    A.   I don't know.               11:21
11    Q.   Are you currently working at Ocean   11:21
12    Beach?                          11:21
13    A.   Yes.                   11:21
14    Q.   What job do you currently have?     11:21
15    A.   Dispatcher.                11:21
16         MR. GRAFF: Rather than trying to go   11:22
17    backwards and quiz you on every position   11:22
18    and date that you had, I am actually going   11:22
19    to ask the court reporter to mark as      11:22
20    Exhibit Moran 2 a one-page document without   11:22
21    Bates number.                 11:22
22    Q.   Mr. Moran, is there such a thing as   11:23
23    the on season or season at the Ocean Beach   11:23
24    Police Department?                 11:23
25         MR. NOVIKOFF: Objection to form.   11:23
```

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2    A.   The season for employment?          11:23
3    Q.   Yes.                                11:23
4    A.   Oh, what the season is for --       11:24
5    Q.   Yes.                                11:24
6    A.   Yes.                                11:24
7    Q.   And what is the season?             11:24
8    A.   It's from like May, like for summer,  11:24
9    for seasonal, it's from like May to September.  11:24
10   Q.   And when you worked as dispatcher --  11:24
11   strike that.                            11:24
12       Now, as dispatcher do you work year  11:24
13   round?                                  11:24
14   A.   Just in the summertime. From May to  11:24
15   September.                              11:24
16       MR. NOVIKOFF: The season.          11:24
17   A.   The season.                        11:24
18   Q.   What about last season, did you also  11:24
19   work as a police dispatcher?            11:24
20   A.   Yes.                                11:24
21       MR. NOVIKOFF: So we are talking     11:24
22   about what, about the 2008 --           11:24
23       MR. GRAFF: 2008 summer season.      11:24
24   A.   Yes.                                11:24
25   Q.   And during 2008 did you only work   11:24

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2    during the summer season?               11:24
3    A.   Yes.                                11:24
4    Q.   Were you a dispatcher in the 2007   11:24
5    season?                                 11:25
6    A.   Yes.                                11:25
7    Q.   And during 2007 did you work at any  11:25
8    other time at Ocean Beach other than the --  11:25
9    A.   That's it.                          11:25
10   Q.   What about the 2006 season, were you  11:25
11   a dispatcher that season?               11:25
12   A.   Yes.                                11:25
13   Q.   And during 2006 did you work at any  11:25
14   other time of year other than the season?  11:25
15   A.   That's it.                          11:25
16   Q.   What about 2005, were you a police  11:25
17   dispatcher the summer of 2005?          11:25
18   A.   Can I see --                        11:25
19       MR. NOVIKOFF: See what, this? You   11:25
20   want to look at number 1?               11:25
21       THE WITNESS: Yes.                   11:25
22       MR. NOVIKOFF: This is dated March   11:25
23   11, 2006. So the question is were you a  11:25
24   dispatcher for the 2005 season?         11:25
25   A.   No.                                 11:25

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2        MR. NOVIKOFF: That was your         11:25
3    question, right, Ari?                   11:25
4        MR. GRAFF: Yes.                     11:25
5    Q.   And did you apply to be a dispatcher  11:25
6    in the 2005 season?                     11:25
7    A.   I can't recall.                     11:25
8    Q.   Do you recall whether there was any  11:26
9    particular reason that you were not a   11:26
10   dispatcher that season?                 11:26
11   A.   No.                                 11:26
12   Q.   Were you a dispatcher in the 2004   11:26
13   season?                                 11:26
14   A.   I know I had a break for like a     11:26
15   year, a break in service with the Village  11:26
16   from --                                 11:26
17       MR. NOVIKOFF: You gotta answer the  11:26
18   question and then --                    11:26
19   A.   I know I had a break for like a year  11:26
20   of service with the Village. Yeah, for one  11:26
21   year I had a break in service.          11:26
22   Q.   What do you mean by "break in       11:26
23   service"?                               11:26
24   A.   I wasn't working for the Village for  11:26
25   a year, I mean, for a season.           11:26

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2    Q.   Did you ever work for the Village as  11:26
3    a part-time employee?                   11:26
4        MR. NOVIKOFF: As opposed to         11:26
5    being -- working as a seasonal employee.  11:26
6        MR. GRAFF: Yes.                     11:27
7    A.   No. Just summertime, seasonal.      11:27
8    Q.   Do you know whether any of the      11:27
9    plaintiffs worked at Ocean Beach other than  11:27
10   during a summer season?                 11:27
11       MR. NOVIKOFF: Objection to form and  11:27
12   foundation.                             11:27
13       You can answer.                     11:27
14   A.   Yes.                               11:27
15   Q.   And which plaintiffs worked other   11:27
16   than during the summer season?          11:27
17   A.   Well, depending on the schedule, if  11:27
18   George needed coverage, whatever cops were  11:27
19   available like to work a shift, they would  11:27
20   work. In the wintertime, summertime, if they  11:27
21   needed the coverage, they would be on the  11:27
22   schedule.                               11:27
23   Q.   Who --                             11:27
24       MR. NOVIKOFF: I am going to strike  11:27
25   that answer as not responsive.          11:27

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     MR. GRAFF: It's your witness.        11:27
3     MR. NOVIKOFF: Even though it's my    11:27
4  witness. I know.                        11:27
5     MR. GRAFF: I thought it was          11:28
6  responsive.                             11:28
7     MR. NOVIKOFF: I don't think so.      11:28
8     THE WITNESS: Could I talk to him a   11:28
9  second?                                 11:28
10    MR. GRAFF: Yes.                      11:28
11    MR. NOVIKOFF: Sure.                  11:28
12    MR. GRAFF: Let's go off the record.  11:28
13    (Recess was taken from 11:28 to      11:28
14  11:29.)                                11:28
15    MR. NOVIKOFF: I think the witness    11:29
16  may want to just clarify that last answer.  11:29
17  If you want to give him the opportunity,   11:29
18  great. If not, I will do it on my      11:29
19  questioning.                           11:29
20    Q.  Like I said, Mr. Moran, if you would  11:29
21  ever like to clarify a response, that's fine.  11:29
22    A.  The last question you said about  11:29
23  them being, I guess -- can you repeat the last  11:29
24  question.                              11:29
25    (Record read.)                       11:29

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     A.  It was the plaintiffs, but for    11:29
3  scheduling I meant to say Chief Paradiso,  11:29
4  because George was a sergeant at the time, so  11:29
5  Paradiso was doing the schedule.        11:29
6     Q.  So was the April 2006 summer season  11:29
7  the first season Paradiso was out and George  11:30
8  Hesse was acting chief?                 11:30
9     MR. NOVIKOFF: I am going to object   11:30
10  to the form of the question.            11:30
11    A.  Yes.                             11:30
12    Q.  Other than dispatcher, have you had  11:30
13  any other positions at Ocean Beach ever?  11:30
14    A.  Yes.                             11:30
15    MR. NOVIKOFF: Objection to the form  11:30
16  of the question.                        11:30
17    You can answer.                      11:30
18    A.  Yes, I did.                      11:30
19    Q.  What other positions have you had?  11:30
20    A.  I was a beach cleaner and also a  11:30
21  dockmaster.                            11:30
22    Q.  When were you a dockmaster?      11:30
23    A.  From like 1999 to 2002, 2001.    11:30
24    Q.  As a dockmaster were you only    11:31
25  working during the summer season?      11:31

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     A.  Yes.                            11:31
3     Q.  Who was your direct supervisor when  11:31
4  you were a dockmaster?                  11:31
5     A.  George Hesse.                    11:31
6     Q.  Was Ed Paradiso your direct      11:31
7  supervisor as dockmaster?              11:31
8     A.  Sorry. Chief Paradiso was the chief  11:31
9  who was in charge and George was the sergeant,  11:31
10  but I worked mostly day tours and Paradiso was  11:31
11  my direct supervisor for the day shift.  11:31
12    Q.  So when you worked on the day shift  11:31
13  as a dockmaster, Hesse was your direct  11:31
14  supervisor?                            11:31
15    A.  No. Let me strike. Paradiso was.  11:31
16  When I worked on the day shift, Chief Paradiso  11:31
17  was the boss on the day tours.          11:32
18    Q.  Did you ever work night tours as  11:32
19  dockmaster?                            11:32
20    A.  Yes.                            11:32
21    Q.  And when you worked night tours, was  11:32
22  George Hesse your supervisor?          11:32
23    A.  Yes.                            11:32
24    Q.  What were your duties as a       11:32
25  dockmaster?                            11:32

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     A.  To patrol the Village-owned marinas,  11:32
3  to make sure there was no vandalism on the  11:32
4  boats, and if anything happened would call  11:32
5  dispatch to have an officer come to take care  11:32
6  of the situation, because we didn't have police  11:32
7  powers, so we were just like -- we were  11:32
8  civilians, so if we saw something, we could  11:32
9  call it in and have an officer on duty come to  11:32
10  the dock to check it out.               11:32
11    Q.  I think I missed a word in your  11:32
12  answer. You said you were looking to see for  11:32
13  something in the boats?                11:33
14    A.  Yeah, for vandalism on the boats.  11:33
15  And if something happened, we would then call  11:33
16  dispatch, the desk, and have an officer who was  11:33
17  in the area come to check it out.       11:33
18    Q.  Can you name any other people, if  11:33
19  any existed, who were dock masters at the time  11:33
20  you were dockmaster?                    11:33
21    A.  Yes. Byron Chanot (phonetic).    11:33
22  Kevin Butler. Hirsch. That's what I can  11:33
23  recall right now.                      11:34
24    Q.  How did you go about getting the  11:34
25  position of dockmaster?                11:34

TSG Reporting - Worldwide  (877) 702-9580

1              **Moran**
2      A.  I applied to the Village.        11:34
3      **Q.  Was there a written application?  11:34**
4      A.  Yes.                    11:34
5      **Q.  And do you recall if you sent it to  11:34**
6  **any particular office or individual at the  11:34**
7  **Village?                       11:34**
8      A.  The Village office.          11:34
9      **Q.  And what happened next after you  11:34**
10 **sent it?                        11:34**
11     A.  I applied for it, sent it to the    11:34
12 Village office, and then got hired.       11:34
13     **Q.  Did somebody call you about that   11:35**
14 **application before you had sent it to the  11:35**
15 **Village?                       11:35**
16     A.  I know Chief Paradiso when I applied  11:35
17 called up and said that he got the application  11:35
18 and I could come and start at a particular   11:35
19 time.                          11:35
20     **Q.  And what about the position of     11:35**
21 **police dispatcher, how did you go about   11:35**
22 **obtaining that position?             11:35**
23     A.  I asked George if there was any     11:35
24 openings for a dispatcher for the summertime.  11:35
25 He said there were.  I then filled out my   11:35

1              Moran
2  application for the Village, sent it in and   11:35
3  that was it.                     11:35
4      **Q.  Did George Hesse ever interview you  11:35**
5  **for that position?               11:36**
6      A.  No.               11:36
7      **Q.  What were your duties as a        11:36**
8  **dispatcher?                    11:36**
9      A.  Would take calls from Village      11:36
10 residents for whatever the complaint would be,  11:36
11 get down the information, send one of the    11:36
12 officers on duty, whoever was in that area, and  11:36
13 then would have relayed the information and   11:36
14 then the officer would go to the call, write   11:36
15 out a field report or write out a summons.    11:36
16 Depending what the officer did, he would write  11:36
17 a field report or if he wrote a summons against  11:36
18 one of the Village codes, and come back to the  11:36
19 police station and then put it in a computer   11:36
20 for data entry and then put it in the blotter.  11:36
21     **Q.  And where would you physically be    11:37**
22 **sitting or located when you were working as a  11:37**
23 **dispatcher?                    11:37**
24     A.  Front desk at the police station, up  11:37
25 front.                        11:37

1              Moran
2      **Q.  And when calls would come in, would  11:37**
3  **that be on a land line telephone?       11:37**
4      A.  Yes, land line phone.          11:37
5      **Q.  And how would you contact the      11:37**
6  **officers on duty?                11:37**
7      A.  Via radio.  Police Department radio.  11:37
8      **Q.  Did you have any training in       11:37**
9  **connection with the position of dispatcher?  11:37**
10     A.  Just on-the-job training.        11:37
11     **Q.  Is there such a thing as radio     11:37**
12 **codes?                        11:37**
13     A.  Yes.                  11:37
14     **Q.  What are those radio codes?       11:37**
15     A.  Suffolk County police ten codes.    11:37
16     **Q.  And have those Suffolk county     11:37**
17 **police ten codes been the same for the entire  11:37**
18 **length of your service as a dispatcher?    11:38**
19     A.  Yes.                  11:38
20     **Q.  Are they still in use today?      11:38**
21     A.  Yes.                  11:38
22     **Q.  Have you ever heard an officer or a  11:38**
23 **dispatcher or an officer -- strike that.   11:38**
24     **Are the ten codes something that the  11:38**
25 **dispatcher alone uses or do officers in the  11:38**

1              **Moran**
2  **field also use the ten codes?          11:38**
3      MR. NOVIKOFF:  Objection to form.    11:38
4      You can answer.              11:38
5      A.  Yeah, well, we both use it, officers  11:38
6  and dispatchers.  It's a universal ten code.   11:38
7  So the officers and dispatchers would be using  11:38
8  the same codes.                  11:38
9      **Q.  And that's still the case today?    11:38**
10     A.  Yes.                  11:38
11     **Q.  Was there ever a period of time when  11:38**
12 **you were working simultaneously as a dispatcher  11:38**
13 **and as a dockmaster?              11:38**
14     MR. NOVIKOFF:  Objection to form.    11:38
15     A.  Yes.  When I first started as a     11:38
16 dockmaster, some nights would be pretty busy,   11:39
17 so they would have one of us take the desk as a  11:39
18 dockmaster and have the officer who was at the  11:39
19 desk go out in the field to free up an officer  11:39
20 and we would take the desk.            11:39
21     **Q.  And how often would that happen?    11:39**
22     A.  It would all depend on the night.    11:39
23 Some nights not on, some nights on.  It all    11:39
24 depended how busy it was on a given weekend.   11:39
25     **Q.  And would that be the case from when  11:39**

Page 58

```
            Moran
1
2  you first started working as a dockmaster until  11:39
3  you became officially a dispatcher?         11:39
4      A.  Yes.                     11:39
5      Q.  Who was your supervisor at Ocean  11:39
6  Beach as a beach cleaner?             11:39
7          MR. NOVIKOFF:  Objection to form.  11:39
8      A.  John Bucksband.               11:39
9      Q.  Was anyone else your supervisor as a  11:40
10 beach cleaner?                    11:40
11     A.  That was it.  He was the one.      11:40
12     Q.  Can you name, please, as many as you  11:40
13 can recall, other individuals who worked as  11:40
14 dispatchers during the same period that you  11:40
15 worked as a dispatcher?             11:40
16         MR. NOVIKOFF:  Objection.  Now  11:40
17     that's broad, because if I recall the  11:40
18     witness correctly, he said that when he  11:40
19     started, which I think was 1999, but I'm  11:40
20     not sure, he was a dockmaster, but he also  11:40
21     at certain times worked as a dispatcher and  11:40
22     then at some other point in time, which I  11:40
23     don't think you have quite defined yet, he  11:40
24     became a dispatcher.             11:40
25     Q.  Let's define that.  At what point  11:40
```

TSG Reporting - Worldwide  (877) 702-9580

Page 59

```
            Moran
1
2  did you start working as a dispatcher formally?  11:40
3      A.  2006 when the -- sorry.  2005, the  11:40
4  summer before the meeting in question.    11:41
5      Q.  Okay.  So from summer 2005 to the  11:41
6  present, could you please list as many other  11:41
7  dispatchers at the Ocean Beach Police  11:41
8  Department as you can remember?        11:41
9      A.  Myself, Pat Cherry, Hanni, Stu, Bill  11:41
10 and Jack.                      11:42
11         MR. NOVIKOFF:  Are you done with  11:42
12     your answer?                 11:42
13     THE WITNESS:  Yes.             11:42
14         MR. NOVIKOFF:  Two minutes.     11:42
15         MR. GRAFF:  Yes, we can go off the  11:42
16     record.                     11:42
17     (Recess was taken from 11:42 to    11:42
18     11:43.)                     11:42
19         MR. NOVIKOFF:  I think, again,    11:42
20     Mr. Moran wants to -- would like the   11:43
21     opportunity to clarify the prior answer as  11:43
22     to the timing, time frame.          11:43
23     A.  Because I know for a fact I started  11:43
24 as dispatcher in 2006 as a dispatcher for   11:43
25 working.  From that meeting forward is when I  11:43
```

TSG Reporting - Worldwide  (877) 702-9580

Page 60

```
            Moran
1
2  worked.                        11:44
3      Q.  Did you work at Ocean Beach in 2005,  11:44
4  the year before that meeting?         11:44
5          MR. NOVIKOFF:  The season; right?  11:44
6          MR. GRAFF:  The season.        11:44
7          MR. NOVIKOFF:  You already asked   11:44
8      that question, so I am going to object on  11:44
9      it being asked and answered, but you can go  11:44
10     ahead.                      11:44
11     A.  I can't recall right now.      11:44
12     Q.  Do you know whether Pat Cherry ever  11:44
13 had any positions at Ocean Beach other than  11:44
14 dispatcher?                    11:44
15     A.  Senior or junior Pat Cherry?    11:44
16     Q.  Senior.                  11:44
17     A.  No.                     11:44
18     Q.  What about Pat Cherry Junior, do you  11:44
19 know if he ever had any positions at the OBPD?  11:44
20     A.  Yes, he was a dockmaster for a time.  11:44
21 Actually, when I was a dockmaster he was a  11:44
22 dockmaster as well, and then he is now with the  11:44
23 New York City Police Department.        11:44
24     Q.  Do you know somebody by the name of  11:44
25 Paul Trosko?                     11:45
```

TSG Reporting - Worldwide  (877) 702-9580

Page 61

```
            Moran
1
2      A.  Yes.                     11:45
3      Q.  And who do you know him to be?   11:45
4      A.  He was a dockmaster when I was    11:45
5  dockmaster and then he went to the academy,  11:45
6  became a cop with the Village for a while and  11:45
7  he became full-time and at the present time he  11:45
8  is with Nassau County PD.             11:45
9      Q.  Do you know in what city or Village  11:45
10 Paul Trosko lived at the time he was a    11:45
11 dispatcher?  Let me reask that.        11:45
12     Q.  Do you know if Paul Trosko currently  11:45
13 lives in Ocean Beach?              11:45
14     A.  I don't -- no idea.           11:45
15     Q.  Do you know if Paul Trosko has ever  11:45
16 lived in Ocean Beach?              11:45
17         MR. NOVIKOFF:  Objection to the   11:45
18     form.                      11:45
19     A.  Not to my knowledge.         11:45
20     Q.  Do you know if George Hesse lives in  11:45
21 Ocean Beach?                   11:45
22     A.  No.                     11:46
23         MR. NOVIKOFF:  Objection to form.  11:46
24     Q.  Do you know where George Hesse    11:46
25 lives, what town or county?          11:46
```

TSG Reporting - Worldwide  (877) 702-9580

Page 62

```
1              Moran
2      A.  I know he is in Suffolk, Suffolk      11:46
3   County.  West Islip, I believe.           11:46
4      Q.  Do you know whether George Hesse    11:46
5   ever lived in Ocean Beach?                11:46
6      MR. NOVIKOFF:  Objection to form.      11:46
7      A.  I can't recall, no.               11:46
8      Q.  Do you know somebody by the name of  11:46
9   Marissa Wykoff?                          11:46
10     A.  Yes.                              11:46
11     Q.  And who do you know her to be?     11:46
12     A.  She -- I grew up with her at the   11:46
13  beach and she also was a dispatcher too when I  11:46
14  was a dockmaster.  She now works for the New   11:46
15  York City Police Department.              11:46
16     Q.  Do you recall if Pat cherry was one  11:46
17  of the people who was outside of the boathouse  11:46
18  at the time that the plaintiffs went in at the  11:46
19  April 2nd, 2006 meeting?                 11:46
20     MR. NOVIKOFF:  Objection.  Asked and   11:46
21  answered.                               11:46
22     A.  No, I can't recall that.          11:47
23     Q.  Do you know if Paul Trosko was one  11:47
24  of the people who was there at that time?  11:47
25     MR. NOVIKOFF:  Same objection.  You   11:47
        TSG Reporting - Worldwide  (877) 702-9580
```

Page 63

```
1              Moran
2   already asked for a space in the transcript  11:47
3   and if he recalls, so which one is it, Ari?  11:47
4      MR. GRAFF:  Both a space in the       11:47
5   transcript, but there is these specific   11:47
6   names that I would like to confirm with   11:47
7   him.                                    11:47
8      MR. NOVIKOFF:  Objection.            11:47
9      A.  I can't recall.                  11:47
10     Q.  You mentioned a moment ago that you  11:47
11  grew up in Ocean Beach?                  11:47
12     A.  Yes, sir.                        11:47
13     Q.  Is that where your parents live?  11:47
14     A.  Yes, well, for the season.        11:47
15     Q.  And would you only -- when you were  11:47
16  growing up, would you live in Ocean Beach only  11:47
17  for the summer season?                   11:47
18     A.  Correct.                         11:47
19     Q.  Where would you live --           11:47
20     A.  In Westchester.                  11:47
21     Q.  And when you would live in Ocean   11:47
22  Beach for the summer season, would your parents  11:47
23  work at Ocean Beach?                     11:47
24     A.  No.                             11:47
25     Q.  Have either of your parents ever  11:47
        TSG Reporting - Worldwide  (877) 702-9580
```

Page 64

```
1              Moran
2   worked in Ocean Beach?                   11:48
3      A.  My dad used to be a trustee.      11:48
4      Q.  And what is his name?            11:48
5      A.  John.                           11:48
6      Q.  John Moran?                      11:48
7      A.  Moran.                          11:48
8      Q.  And during what period of time was  11:48
9   he a trustee?                           11:48
10     A.  '90 to 1992.                     11:48
11     Q.  Did you work in Ocean Beach at that  11:48
12  time?                                   11:48
13     A.  Did I?  Yes.                     11:48
14     Q.  What position did you have?       11:48
15     A.  I really can't recall.           11:48
16     Q.  Do you recall if your father,     11:48
17  Mr. John Moran, was elected to serve as a  11:48
18  trustee?                                11:48
19     A.  Yes.                            11:48
20     Q.  Do you recall if he ran against   11:48
21  anyone?                                 11:48
22     A.  I know he did, but I forgot who ran.  11:48
23  He ran in the election, but I forgot who  11:48
24  actually ran against -- opposed him for the  11:48
25  position.                               11:48
        TSG Reporting - Worldwide  (877) 702-9580
```

Page 65

```
1              Moran
2      Q.  And did he run in an election after  11:48
3   being elected the first time?            11:49
4      A.  Oh, for a second time?           11:49
5      Q.  Yes.                            11:49
6      A.  No.                             11:49
7      Q.  And was Marissa Wykoff when you were  11:49
8   growing up also a seasonal resident?     11:49
9      A.  She lived there year round.       11:49
10     Q.  And do you know if her parents held  11:49
11  any employment at Ocean Beach?           11:49
12     A.  Her mom is a -- the post master and  11:49
13  her dad works for the school as a teacher.  11:49
14     Q.  And what's her mom's name?        11:49
15     A.  Dale Wykoff.                     11:49
16     Q.  D-A-L-E?                         11:49
17     A.  Yes.                            11:49
18     Q.  And her father's name?           11:49
19     A.  Doug.                           11:49
20     Q.  Doug Wykoff?                     11:49
21     A.  Yes.                            11:49
22     Q.  When did you first meet Kevin Lamm?  11:49
23     A.  Back in when I first started as a  11:49
24  dockmaster.  '99.                       11:50
25     Q.  Did you ever have any conflicts  11:50
        TSG Reporting - Worldwide  (877) 702-9580
```

Page 66

```
 1              Moran
 2    or --                          11:50
 3       A.   No.                     11:50
 4          MR. NOVIKOFF: Let him finish the   11:50
 5    question.                       11:50
 6       Q.   Conflicts or other problems with  11:50
 7    Kevin Lamm?                     11:50
 8          MR. NOVIKOFF: Objection to form.   11:50
 9       A.   No.                     11:50
10       Q.   When did you first meet Frank   11:50
11    Fiorillo, who is here today?          11:50
12       A.   His first summer working for the  11:50
13    Village.                        11:50
14       Q.   Did you ever have any conflicts with  11:50
15    Mr. Fiorillo?                     11:50
16          MR. NOVIKOFF: Same objection.   11:50
17       A.   No.                     11:50
18       Q.   When did you first meet Joe Nofi?  11:50
19       A.   His first summer working with the  11:50
20    Village when I was dock master.      11:50
21       Q.   Did you ever have any conflicts with  11:50
22    Joe Nofi?                       11:50
23          MR. NOVIKOFF: Objection.       11:50
24       A.   No.                     11:50
25       Q.   What about Tom Snyder, when did you  11:50
```
TSG Reporting - Worldwide  (877) 702-9580

Page 67

```
 1              Moran
 2    first meet him?                   11:50
 3       A.   When I was a dockmaster.      11:50
 4       Q.   Did you ever have any conflicts with  11:50
 5    Tom Snyder?                     11:51
 6       A.   No.                     11:51
 7       Q.   What about Ed Carter, when did you  11:51
 8    first meet him?                   11:51
 9       A.   Same, when I was a dockmaster.  11:51
10       Q.   Did you ever have any conflicts with  11:51
11    Ed Carter?                      11:51
12       A.   No.                     11:51
13       Q.   Do you know whether Kevin -- did   11:51
14    anyone ever communicate to you that Kevin Lamm  11:51
15    had conflicts with anyone else at the Ocean   11:51
16    Beach Police Department?          11:51
17          MR. NOVIKOFF: Objection to form.  11:51
18          You can answer.            11:51
19       A.   Conflicts as in -- can you rephrase  11:51
20    the question.                    11:51
21       Q.   Well, what do you understand the  11:51
22    word "conflicts" to mean?          11:51
23       A.   You mean conflicts with other   11:51
24    officers or conflicts in general?     11:51
25       Q.   Conflicts with other officers.   11:51
```
TSG Reporting - Worldwide  (877) 702-9580

Page 68

```
 1              Moran
 2       A.   No, not to my knowledge.      11:51
 3       Q.   What about conflicts in general   11:51
 4    between Kevin Lamm and others?      11:51
 5       A.   No.                     11:51
 6       Q.   What about Frank Fiorillo, did   11:51
 7    anyone ever communicate to you that he had   11:51
 8    conflicts with other officers or that other   11:51
 9    officers had conflicts with him?      11:52
10          MR. NOVIKOFF: Note my objection.  11:52
11       A.   No.                     11:52
12       Q.   What about conflicts in general   11:52
13    involving Mr. Fiorillo?             11:52
14          MR. NOVIKOFF: Note my objection.  11:52
15       A.   No.                     11:52
16       Q.   And Joe Nofi, did anyone ever   11:52
17    communicate to you that other officers had   11:52
18    conflicts with Joe?               11:52
19          MR. NOVIKOFF: Note my objection.  11:52
20       A.   No.                     11:52
21       Q.   What about other people generally,  11:52
22    not just officers, did anyone ever communicate  11:52
23    to you that Joe Nofi had conflicts with anyone  11:52
24    in general?                     11:52
25          MR. NOVIKOFF: Note my objection.  11:52
```
TSG Reporting - Worldwide  (877) 702-9580

Page 69

```
 1              Moran
 2       A.   No.                     11:52
 3       Q.   And Tom Snyder, did anyone ever   11:52
 4    communicate to you that he had conflicts with   11:52
 5    any other officers at Ocean Beach?   11:52
 6          MR. NOVIKOFF: Objection.       11:52
 7       A.   No.                     11:52
 8       Q.   And as far as conflicts in general  11:52
 9    involving Tom Snyder, has anyone ever   11:52
10    communicated anything of that nature to you?  11:52
11          MR. NOVIKOFF: Objection.       11:52
12       A.   No.                     11:52
13       Q.   And finally Ed Carter, did anyone  11:52
14    ever communicate to you that he had conflicts  11:52
15    with other officers?               11:52
16          MR. NOVIKOFF: Objection.       11:52
17       A.   No.                     11:52
18       Q.   And what about conflicts in general?  11:52
19       A.   No.                     11:53
20       Q.   Did anyone ever communicate to you  11:53
21    that Richie Bosetti had conflicts with anyone  11:53
22    in general?                     11:53
23          MR. NOVIKOFF: Objection.       11:53
24       A.   No.                     11:53
25       Q.   And did anyone ever communicate to  11:53
```
TSG Reporting - Worldwide  (877) 702-9580

Page 70

Moran

1
2  you that Gary Bosetti had conflicts with anyone   11:53
3  in general?                                        11:53
4       MR. NOVIKOFF: Objection.                     11:53
5  A.  No.                                            11:53
6  Q.  Do you know who Ty Bacon is?                   11:53
7  A.  Yes.                                           11:53
8  Q.  Who do you know him to be?                     11:53
9  A.  He is a police officer with the                11:53
10 Ocean Beach Police Department.                     11:53
11 Q.  When did you first meet Ty Bacon?              11:53
12 A.  When I was a dockmaster.                        11:53
13 Q.  Did anyone ever communicate to you            11:53
14 that Ty Bacon had conflicts with anyone else at    11:53
15 the OBPD?                                          11:53
16      MR. NOVIKOFF: Objection.                     11:53
17 A.  No.                                            11:53
18 Q.  Did you ever apply for any other              11:53
19 positions at Ocean Beach other than beach         11:53
20 cleaner, dockmaster or dispatcher?                11:54
21 A.  I was a Village dockmaster for -- at           11:54
22 one point in time with the Village.                11:54
23 Q.  What's the difference, if you could           11:54
24 explain, between the dockmaster and a Village      11:54
25 dockmaster?                                        11:54

TSG Reporting - Worldwide  (877) 702-9580

Page 71

Moran

1
2  A.  Police Department dockmaster would            11:54
3  have the marina set up as like two marinas,        11:54
4  east and a west, so the Police Department          11:54
5  dockmaster would basically for the seasonal        11:54
6  slip, only homeowners' boats, would patrol that    11:54
7  area, make sure there is no vandalism on those     11:54
8  boats.  What a Village dock master does is they    11:54
9  have slip rentals, daily and weekly, so what       11:54
10 the Village dock master would do is basically      11:54
11 dock boats per day and then take -- you know,      11:54
12 give them receipts and collect money for the       11:54
13 slip rentals.                                      11:55
14 Q.  Did you ever work as a fire marshal           11:55
15 at Ocean Beach?                                    11:55
16 A.  No.                                            11:55
17 Q.  Did you ever apply to work as a fire          11:55
18 marshal at Ocean Beach?                            11:55
19 A.  I sent my resume in to Mayor                    11:55
20 Loeffler at one point for if there was any         11:55
21 positions for fire marshal.                        11:55
22 Q.  Who was your supervisor as Village            11:55
23 dockmaster?                                        11:55
24      MR. NOVIKOFF: Objection to form.             11:55
25 A.  Kerry Rabino.                                  11:55

TSG Reporting - Worldwide  (877) 702-9580

Page 72

Moran

1
2  Q.  Did you ever learn from any source            11:55
3  if there were any problems at the Ocean Beach      11:56
4  department as far as Civil Service issues?         11:56
5       MR. NOVIKOFF: Objection to form.             11:56
6  A.  No.                                            11:56
7  Q.  Do you know who, if anyone, at Ocean          11:56
8  Beach Police Department was responsible for        11:56
9  Civil Service matters for police officers?         11:56
10      MR. NOVIKOFF: Objection to form.             11:56
11 Foundation.                                        11:56
12 A.  Repeat the question.                            11:56
13 Q.  Do you know if there was anyone at            11:56
14 the Ocean Beach Police Department who was          11:56
15 responsible for Civil Service-related issues?      11:56
16      MR. NOVIKOFF: Objection.                     11:56
17 A.  George Hesse.                                   11:56
18 Q.  And do you know at what point he              11:56
19 would be, again, exercising that                   11:56
20 responsibility?                                    11:56
21 A.  No.                                            11:56
22 Q.  Do you know if George Hesse had               11:56
23 responsibility for Civil Service issues before     11:56
24 Ed Paradiso was injured?                           11:56
25      MR. NOVIKOFF: Objection.                     11:56

TSG Reporting - Worldwide  (877) 702-9580

Page 73

Moran

1
2  A.  I have no idea.                                11:56
3  Q.  As dispatcher do you have a Civil             11:56
4  Service classification that you are aware of?      11:56
5  A.  No, not that I can recall.                     11:56
6  Q.  What is your current position other           11:57
7  than dockmaster, if you have one?                 11:57
8       MR. NOVIKOFF: Wait a minute.                 11:57
9  Position at Ocean Beach?                           11:57
10      MR. GRAFF: No.                                11:57
11 Q.  Other than dockmaster, do you have           11:57
12 any other employment?                              11:57
13      MR. NOVIKOFF: Does he have any               11:57
14 employment other than at Ocean Beach?             11:57
15      MR. GRAFF: Yes.                               11:57
16 Q.  Other than in your capacity as a             11:57
17 dispatcher at Ocean Beach, do you have any        11:57
18 other employment?                                  11:57
19 A.  Yes, I do.                                     11:57
20 Q.  And what is that employment?                  11:57
21 A.  I work for the New York City Fire             11:57
22 Department.                                        11:57
23 Q.  What is your position with the Fire          11:57
24 Department?                                        11:57
25 A.  Supervisor and fire inspector.               11:57

TSG Reporting - Worldwide  (877) 702-9580

Page 74

Moran

1
2      Q.   And how long have you held that          11:57
3   position?                                        11:57
4      A.   I have been with the department a        11:57
5   total of six years.                              11:57
6      Q.   And during the summer seasons, like      11:57
7   this season you are working at Ocean Beach, do   11:57
8   you still work as a fire inspector?              11:57
9      A.   Yes.                                     11:57
10     Q.   Is your position with the Fire           11:57
11  Department a part-time position?                 11:57
12     A.   Full-time.                               11:57
13     Q.   Do you continue to work full-time        11:57
14  hours during the summer season when you are      11:57
15  also at Ocean Beach?                             11:58
16     A.   Yes.                                     11:58
17     Q.   Is your position as dispatcher at        11:58
18  Ocean Beach a part-time position?                11:58
19         MR. NOVIKOFF:  Objection.                 11:58
20     A.   Seasonal.                                11:58
21     Q.   During the season as dispatcher, how     11:58
22  many hours do you work in a week?                11:58
23         MR. NOVIKOFF:  Objection.  Time           11:58
24     frame.  This season, last season?             11:58
25     Q.   Let's talk this season.                  11:58

TSG Reporting - Worldwide  (877) 702-9580

Page 75

Moran

1
2      A.   This season, eight hours usually on      11:58
3   a Saturday.                                      11:58
4      Q.   So only one day a week?                  11:58
5      A.   One day a week.                          11:58
6      Q.   And what about the 2006 season?          11:58
7      A.   One day a week.                          11:58
8          MR. GRAFF:  I am going to ask the         11:58
9      court reporter to mark as Exhibit Moran 2,    11:58
10     which is, I believe, the cover letter and     11:58
11     resume that you sent to Mayor Loeffler, a     11:58
12     two-page document bearing Bates numbers       11:58
13     6307 to 6308.                                 11:59
14         (Moran Exhibit 2, letter dated            11:59
15     August 21, 2006, Bates stamped 6307 and       11:59
16     6308, marked for identification.)             11:59
17     Q.   Mr. Moran, when your counsel has had     11:59
18  a chance to review his copy and the marked copy  11:59
19  of the exhibit, if you could please take a       11:59
20  moment to look at the document and tell me if    11:59
21  you recognize it.                                11:59
22     A.   Can I take two minutes to go to the      11:59
23  bathroom.                                        11:59
24         MR. GRAFF:  Yes, let's take a brief       11:59
25     break.                                        11:59

TSG Reporting - Worldwide  (877) 702-9580

Page 76

Moran

1
2          (Recess was taken from 11:59 to          11:59
3      12:07.)                                       11:59
4          MR. NOVIKOFF:  You want the witness       12:07
5      to look at Moran Exhibit 2 to see if he       12:07
6      recognizes it?                                12:07
7          MR. GRAFF:  Yes, both pages, please.      12:07
8          (Document review.)                        12:07
9      A.   Okay.                                    12:07
10     Q.   And do you recognize the document?       12:07
11     A.   Yes.                                     12:07
12     Q.   What is the first page of the            12:07
13  document?                                        12:07
14     A.   Cover letter to Mayor Loeffler for       12:07
15  the position of fire marshal.                    12:07
16     Q.   And what is the second page of the       12:07
17  document?                                        12:08
18     A.   A copy of my resume.                     12:08
19     Q.   Did you draft the first page of the      12:08
20  document?                                        12:08
21     A.   Yes.                                     12:08
22     Q.   Did you draft the second page?           12:08
23     A.   Yes.                                     12:08
24     Q.   Did you ever sign a version of the       12:08
25  first page of the document?  If you will note    12:08

TSG Reporting - Worldwide  (877) 702-9580

Page 77

Moran

1
2   at the bottom, there is a typewritten            12:08
3   signature.                                       12:08
4      A.   Yes.                                     12:08
5          MR. NOVIKOFF:  It's a typed name.         12:08
6      There is no signature on the document.        12:08
7          MR. GRAFF:  Yes.                          12:08
8      A.   This document, no.                       12:08
9      Q.   On what computer did you type this       12:08
10  first page?                                      12:08
11     A.   My own computer.                         12:08
12     Q.   And is your home address the address     12:08
13  listed in the top right-hand corner?             12:08
14     A.   Yes.                                     12:08
15     Q.   Did you ever receive any response        12:08
16  from Mayor Loeffler after sending this           12:08
17  document?                                        12:08
18     A.   Yes.                                     12:08
19     Q.   And how did he respond?                  12:08
20     A.   Via telephone.                           12:08
21     Q.   And what did he say to you when he       12:08
22  called?                                          12:09
23     A.   He said that the position -- what he     12:09
24  had in mind and what I had in mind were two      12:09
25  different things, so after the fact of this      12:09

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2  they actually hired a person full-time to do          12:09
3  the same fire marshal, building inspector,            12:09
4  because it would be too much work.  For what he       12:09
5  wanted to do and what I could do would be too         12:09
6  much work for a part-time position.                   12:09
7      Q.  And did you agree with his               12:09
8  explanation of that?                                  12:09
9      A.  Yes.  That was fine.                          12:09
10     Q.  On the second page of the document,     12:09
11 at what computer did you create the second            12:09
12 page?                                                 12:09
13     A.  My house.  My laptop.                         12:09
14     Q.  And did you create the second page     12:09
15 specifically in connection with the fire              12:09
16 marshal position at Ocean Beach?                 12:09
17     A.  No.                                           12:09
18     Q.  When did you first create the           12:09
19 document?                                             12:09
20     A.  I can't recall when.                          12:09
21     Q.  Did you update the document at all      12:10
22 in connection with the copy that you sent with   12:10
23 this cover letter on August 21, '06?             12:10
24     A.  As of today or after?                         12:10
25     Q.  When you were putting together the     12:10

Moran

1
2  two pages that are marked as Moran 2, did you    12:10
3  make any changes to the copy that you already    12:10
4  had of the second page?                               12:10
5      A.  No.                                           12:10
6      Q.  And if you could take a moment to       12:10
7  look specifically at the second page, your       12:10
8  resume, when you drafted this did you intend it  12:10
9  to be an accurate statement of what it was       12:10
10 setting forth?                                        12:10
11         MR. NOVIKOFF:  Objection.                12:10
12     A.  Yes.                                          12:10
13     Q.  And as you sit here today, is it        12:10
14 accurate as best you can determine?                   12:10
15         MR. NOVIKOFF:  Objection.                12:10
16     A.  Yes.                                          12:10
17     Q.  Are there any things, any items on      12:10
18 the resume that are not accurate?                     12:11
19         MR. NOVIKOFF:  Objection.  Asked and     12:11
20 answered.  If you need to look at the whole      12:11
21 thing, go ahead.                                      12:11
22     A.  No.                                           12:11
23         MR. NOVIKOFF:  The question you          12:11
24 asked him was is there anything that is on       12:11
25 this resume that is inaccurate; right?               12:11

Moran

1
2          MR. GRAFF:  Yes.                         12:11
3          MR. NOVIKOFF:  Okay.  The answer was     12:11
4  no.                                                   12:11
5      Q.  If you would look the second bolded     12:11
6  section in experience, 2006 to present,          12:11
7  dispatcher?                                           12:11
8      A.  Yes.                                          12:11
9      Q.  And in the description the last full    12:11
10 sentence states "using a computer to conduct      12:11
11 data entry, which include incident reports,       12:11
12 summonses issued and obtain registration and      12:11
13 warrant information."  Is that an accurate        12:11
14 statement of your duties as a dispatcher?         12:11
15     A.  Yes.                                          12:11
16     Q.  Did you exercise any of those duties    12:11
17 at any point when you were a dockmaster?          12:12
18         MR. NOVIKOFF:  You mean when he was      12:12
19 a dockmaster or when someone asked him to        12:12
20 cover the dispatcher desk?                            12:12
21         MR. GRAFF:  When he was officially a     12:12
22 dockmaster, did he ever cover any of these       12:12
23 duties of a dispatcher.                               12:12
24         MR. NOVIKOFF:  Well, he has already      12:12
25 answered that when he was a dockmaster,          12:12

Moran

1
2  there was occasions when someone asked him  12:12
3  to be a dispatcher.                                   12:12
4          MR. GRAFF:  Right.  I am asking if       12:12
5  on those occasions he exercised these            12:12
6  duties.                                               12:12
7          MR. NOVIKOFF:  Now I understand.  So  12:12
8  the question is when you were a dockmaster,      12:12
9  on those occasions that you were asked to        12:12
10 be a dispatcher, did you exercise any of         12:12
11 the tasks that are reflected in the resume.  12:12
12     A.  Yes.                                          12:12
13     Q.  Is there a second page of this          12:12
14 resume?  I know I have not put a second page in  12:12
15 front of you.  I am asking if one exists.        12:12
16     A.  Yes, there was, for references.          12:13
17     Q.  Did you submit that page together       12:13
18 with this page to Mayor Loeffler?                     12:13
19     A.  No.                                           12:13
20     Q.  Why doesn't the resume refer to your   12:13
21 position as a dockmaster?                             12:13
22         MR. NOVIKOFF:  So the question is        12:13
23 why didn't Mr. Moran on this resume include  12:13
24 his position as a dockmaster?                         12:13
25         MR. GRAFF:  Yes.                         12:13

Page 82

Moran

1
2     A.   I felt it was irrelevant to the          12:13
3  position.                                        12:13
4     Q.   When you were a dockmaster on any of  12:13
5  the occasions when you were asked to cover as a  12:13
6  dispatcher, can you remember any of the people   12:13
7  who asked you to do that?                        12:13
8     A.   I can't recall.                          12:13
9     Q.   Can you recall a single person?      12:13
10    A.   No.                                      12:13
11    Q.   Did George Hesse, as best you can     12:14
12 recall, ever ask you to cover as a dispatcher    12:14
13 when you were a dockmaster?                       12:14
14         MR. NOVIKOFF:  Objection.  Asked and  12:14
15    answered.                                     12:14
16    A.   Yes.                                      12:14
17    Q.   Did Gary Bosetti ever ask you to      12:14
18 cover as a dispatcher when you were a            12:14
19 dockmaster?                                       12:14
20    A.   I didn't know him at the time.  He     12:14
21 wasn't working when I was dockmaster.             12:14
22    Q.   What about Richie Bosetti?            12:14
23    A.   Same thing.  He wasn't working when   12:14
24 I was a dockmaster.                               12:14
25    Q.   Did any of the plaintiffs ever ask   12:14

TSG Reporting - Worldwide  (877) 702-9580

Page 83

Moran

1
2  you to cover as a dispatcher when you were a     12:14
3  dockmaster?                                       12:14
4     A.   No.                                      12:14
5         MR. NOVIKOFF:  Are you going to ask   12:14
6     him about Paradiso or are you going to wait 12:14
7     for me to do it?                              12:14
8     Q.   Did Ed Paradiso ever ask you to do    12:14
9  that?                                             12:14
10    A.   No.  Because -- no.                      12:14
11    Q.   Okay.  You can put aside Moran 2.    12:15
12         Have you ever had a business card in   12:15
13 connection with any of your positions at Ocean   12:15
14 Beach?                                            12:15
15    A.   No.                                      12:15
16    Q.   Have you ever seen any business       12:15
17 cards for Ocean Beach police officers or other   12:15
18 employees?                                        12:15
19    A.   We have a generic business card for    12:15
20 the Police Department.                            12:15
21    Q.   The generic card, does that just      12:15
22 say --                                            12:15
23    A.   Ocean Beach police and the phone       12:15
24 numbers.                                          12:15
25    Q.   But without a person's name?          12:15

TSG Reporting - Worldwide  (877) 702-9580

Page 84

Moran

1
2     A.   Correct.                                 12:15
3     Q.   Do you know who drafted the text of   12:15
4  that generic card?                                12:15
5     A.   George did, Chief Hesse.                 12:15
6     Q.   Do you know whether Chief Hesse or    12:15
7  George Hesse ever made any other business        12:15
8  cards?                                            12:15
9         MR. NOVIKOFF:  Objection.              12:15
10    A.   I know he has his own set of           12:15
11 business cards.                                   12:15
12    Q.   Do you know if George Hesse is able   12:15
13 to print out business cards at the department?   12:15
14         MR. NOVIKOFF:  Objection.              12:16
15         MR. CONNOLLY:  Objection.              12:16
16    A.   Could you repeat the question.          12:16
17    Q.   Yes.  Do you know where the Ocean    12:16
18 Beach business cards, either George Hesse's or   12:16
19 the generic, are actually printed?               12:16
20    A.   No, I don't know where they are        12:16
21 printed.                                          12:16
22    Q.   Is there a color printer that you    12:16
23 are aware of at the Ocean Beach Police           12:16
24 Department?                                       12:16
25    A.   There is a color printer, yes.          12:16

TSG Reporting - Worldwide  (877) 702-9580

Page 85

Moran

1
2     Q.   Do you know if George Hesse has ever  12:16
3  printed any business cards with that printer?    12:16
4     A.   Not to my knowledge.                     12:16
5     Q.   Do you know today what George        12:16
6  Hesse's business card indicates is his title?    12:16
7     A.   I have no idea.                          12:16
8         MR. GRAFF:  I will ask the court       12:16
9     reporter to please mark as Exhibit Moran 3 12:16
10    a one-page document bearing Bates number    12:16
11    P 925.                                        12:16
12         (Moran Exhibit 3, Kevin T. Lambo      12:16
13    business card, Bates stamped P925, marked   12:16
14    for identification.)                          12:17
15    Q.   Mr. Moran, if you could take a look  12:17
16 at this document and tell me have you ever seen  12:17
17 what's reproduced on Moran 3?                     12:17
18    A.   What's that?                             12:17
19    Q.   Have you ever seen any version of    12:17
20 what appears on Moran 3?                          12:17
21    A.   No.                                      12:17
22    Q.   Have you ever heard anyone make      12:17
23 reference to anything that you would recognize   12:17
24 as Moran 3?                                       12:17
25    A.   No.                                      12:17

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2      Q.   Can you tell what is depicted in      12:17
3   Moran 3?                                       12:17
4          MR. NOVIKOFF:  You want him to read   12:18
5   what it says?  Doesn't the document speak   12:18
6   for itself?                                    12:18
7      Q.   Do you recognize Moran 3 as a         12:18
8   business card?                                 12:18
9          MR. NOVIKOFF:  Well, let the record   12:18
10  reflect that -- okay, you could answer the   12:18
11  question.  Do you recognize this to be a     12:18
12  business card based upon what's shown to     12:18
13  you?                                           12:18
14     A.   What's shown would appear to be a     12:18
15  business card.                                 12:18
16     Q.   And do you know whose business card   12:18
17  it is?                                         12:18
18         MR. NOVIKOFF:  Well, it says Kevin    12:18
19  T. Lambo, I mean, so I am going to object   12:18
20  to the question.                               12:18
21     Q.   Do you have an understanding of who   12:18
22  that's referring to?                           12:18
23         MR. NOVIKOFF:  That's a more          12:18
24  appropriate question.  Objection to form,   12:18
25  but...                                         12:18

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2      A.   Yes.                           12:18
3      Q.   And who would you understand it to   12:18
4   refer to?                                      12:18
5      A.   It would be Kevin Lamm.        12:18
6      Q.   And the line underneath the name    12:18
7   Kevin T. Lambo, could you read that text?   12:18
8          MR. NOVIKOFF:  Well, let the record   12:18
9   reflect that the text speaks for itself.   12:18
10  It says "gay police officer."  Is there a   12:18
11  question?                                      12:18
12     Q.   Other than on this business card,    12:18
13  have you ever heard anyone make any statements   12:19
14  or references concerning Kevin Lamm and being   12:19
15  gay or homosexual?                             12:19
16         MR. NOVIKOFF:  Objection to form.   12:19
17  Foundation.  This isn't a business card   12:19
18  that you are showing him.  It's something   12:19
19  on a piece of paper which he believes looks   12:19
20  like a business card.                          12:19
21         MR. GRAFF:  Sure.                12:19
22     Q.   Other than Moran 3, have you ever    12:19
23  heard any references made to Kevin Lamm being   12:19
24  gay or homosexual?                             12:19
25     A.   No.                            12:19

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2      Q.   Have you ever heard George Hesse    12:19
3   refer to Kevin Lamm as gay or homosexual or   12:19
4   another word of that sort?                     12:19
5      A.   No.                            12:19
6      Q.   Do you recognize the telephone      12:19
7   number on Moran 3 on the card?                 12:19
8      A.   Yes.                           12:19
9      Q.   What's that telephone number for?   12:19
10     A.   It's the main -- one of the main   12:19
11  lines of the Police Department.            12:19
12     Q.   And do you recognize in the top     12:19
13  right-hand corner of the document there is an   12:20
14  emblem or a seal, do you recognize what that   12:20
15  emblem or seal depicts?                        12:20
16         MR. NOVIKOFF:  There is three     12:20
17  apparent emblems or seals.                 12:20
18     Q.   The upper right corner.               12:20
19     A.   The one in the middle or -- you want  12:20
20  the whole thing or which one?              12:20
21     Q.   First the one at the top right.       12:20
22         MR. NOVIKOFF:  Do you recognize   12:20
23  whatever that appears to be?               12:20
24     A.   Yes.                           12:20
25     Q.   And what is that?                     12:20

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2      A.   It's the state seal, Ocean Beach   12:20
3   Fire Island.                               12:20
4      Q.   And then at the top left, do you    12:20
5   recognize that?                                12:20
6      A.   Yes.                           12:20
7      Q.   What is that?                         12:20
8      A.   It's the Police Department patch.   12:20
9      Q.   Is that the Ocean Beach Police      12:20
10  Department specifically?                       12:20
11     A.   Yes.                           12:20
12     Q.   And then behind the text "Kevin T.   12:20
13  Lambo gay police officer" there is a           12:20
14  water-marked image.  Can you tell what that is   12:20
15  of?                                            12:20
16         MR. NOVIKOFF:  Only if you know.   12:20
17     A.   I can't -- from what this copy is,   12:20
18  it would be the state seal.                12:21
19     Q.   Is there a restroom in the Ocean     12:21
20  Beach Police Department?                       12:21
21         MR. NOVIKOFF:  Is there a restroom?   12:21
22  A bathroom?                                12:21
23         MR. GRAFF:  Yes.                 12:21
24     A.   Yes.                           12:21
25     Q.   Have you had occasion to use that   12:21

TSG Reporting - Worldwide  (877) 702-9580

Page 90

```
1              Moran
2    bathroom?                        12:21
3       A.   Yes.                      12:21
4       Q.   As a dispatcher?          12:21
5       A.   Yes.                      12:21
6       Q.   What about as a dockmaster?   12:21
7       A.   Yes.                      12:21
8       Q.   You would also use the same bathroom   12:21
9    in the Ocean Beach Police Department?   12:21
10      A.   Yes.                      12:21
11      Q.   Have you ever seen any writing,   12:21
12   writings in that bathroom concerning Kevin   12:21
13   Lamm?                            12:21
14          MR. NOVIKOFF:  Where it mentions   12:21
15   Kevin Lamm by name or some variation of his   12:21
16   name?                            12:21
17          MR. GRAFF:  Yes.           12:21
18          MR. NOVIKOFF:  Okay.  You could   12:21
19   answer.                          12:21
20      A.   No.                       12:21
21      Q.   Have you ever seen any writings that   12:21
22   mention the name or a variation of the name Tom   12:21
23   Snyder?                          12:21
24      A.   No.                       12:21
25      Q.   Have you ever seen any handwritten   12:22
```

TSG Reporting - Worldwide  (877) 702-9580

Page 91

```
1              Moran
2    markings written anywhere in the Ocean Beach   12:22
3    bathroom?                        12:22
4       A.   Yes.                      12:22
5       Q.   Do you recall what any of those   12:22
6    writings said?                   12:22
7       A.   It says "George Hesse was here" in   12:22
8    pen and that was it.             12:22
9       Q.   Can you think of any other writings   12:22
10   that you have seen?              12:22
11      A.   Not to my knowledge.      12:22
12      Q.   Is it possible that there were other   12:22
13   writings that you don't recall or do you think   12:22
14   that there were never other writings in the   12:22
15   bathroom when you were there?    12:22
16          MR. NOVIKOFF:  Objection.   12:22
17      A.   Can you repeat.           12:22
18      Q.   Yes.  Do you believe that the only   12:22
19   writing in the Ocean Beach Police Department   12:22
20   bathroom on the occasions when you have been   12:22
21   there was "George Hesse was here," or is it   12:22
22   possible that there is others that you have   12:22
23   forgotten?                       12:22
24          MR. NOVIKOFF:  Objection.   12:22
25          MR. CONNOLLY:  Objection.   12:22
```

TSG Reporting - Worldwide  (877) 702-9580

Page 92

```
1              Moran
2       A.   There could be others, but I can't   12:22
3    recall what they said if there were.   12:23
4       Q.   Other than the writing referring to   12:23
5    George Hesse, can you recall any other writings   12:23
6    that referred to a name or variation of a name   12:23
7    of any other person?             12:23
8       A.   No.                       12:23
9       Q.   Do you know who wrote "George Hesse   12:23
10   was here" in the bathroom?       12:23
11      A.   No.                       12:23
12      Q.   Did it appear to you to be in George   12:23
13   Hesse's handwriting?             12:23
14      A.   I have no idea.           12:23
15          MR. GRAFF:  I am going to ask the   12:23
16   court reporter to please mark as   12:23
17   Exhibit Moran 4 a two-page document   12:23
18   produced by plaintiffs.          12:24
19          (Moran Exhibit 4, photocopy of   12:24
20   writing, two pages, marked for   12:24
21   identification.)                 12:24
22      Q.   Mr. Moran, if you could take a   12:24
23   minute to look at the first page of what's been   12:24
24   marked as Moran 4, are you able to read what   12:24
25   appears to be the handwritten writing in this   12:24
```

TSG Reporting - Worldwide  (877) 702-9580

Page 93

```
1              Moran
2    image?                           12:24
3       A.   It's kind of blurry.      12:24
4       Q.   Can you read any of the words?   12:25
5       A.   Yes.                      12:25
6       Q.   Could you please read the words that   12:25
7    you can read?                    12:25
8       A.   "Prepare to be Snyderized" with a   12:25
9    cross and then "woman" above with arrows.   12:25
10          MR. NOVIKOFF:  Again, let the record   12:25
11   reflect that the document says what it   12:25
12   says.  This witness could try to interpret   12:25
13   what the arrows and the cross-outs mean,   12:25
14   but it doesn't replace the fact that this   12:25
15   document, which has been marked as an   12:25
16   exhibit, does say what it says.   12:25
17          MR. GRAFF:  I am just trying to   12:25
18   ascertain if Mr. Moran can recognize this   12:25
19   image as anything rather than --   12:25
20          MR. NOVIKOFF:  Well, did you ask him   12:25
21   that?  I mean, ask him.          12:25
22          Have you ever seen anything in the   12:25
23   bathroom walls that looks like Moran 4?   12:25
24          MR. GRAFF:  Well, if Moran 4 is too   12:25
25   blurry to be seen, then I think the answer   12:25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 94

```
 1              Moran
 2    would be no.                    12:26
 3         MR. NOVIKOFF:  Oh, I don't think    12:26
 4    it's it blurry to be seen.  I think the   12:26
 5    record will reflect that the arrows and the  12:26
 6    words and the cross-outs are pretty clear.  12:26
 7         Q.  Mr. Moran, have you ever seen    12:26
 8    anything like the first page of Moran 4 written  12:26
 9    on a wall or a stall in the Ocean Beach   12:26
10    bathroom?                        12:26
11         A.  I can't recall.             12:26
12         Q.  What about the second page?   12:26
13         A.  I can't recall.             12:26
14         Q.  This one genuinely has some blur.   12:26
15    Can you tell what the words on the second page  12:26
16    are?                            12:26
17         MR. NOVIKOFF:  Again, the document  12:26
18    speaks for itself, Ari.  I will reflect    12:26
19    that at least according to this document   12:26
20    the second page has the word "or" on it,   12:26
21    there seems to be an arrow, the word "Lamm"  12:26
22    with a line through the word, then       12:26
23    underneath the arrow and "Lamm" it says   12:27
24    "fag," and underneath the word "fag" there  12:27
25    appears to be the letters I-N-A-T-E-D with  12:27
```

TSG Reporting - Worldwide  (877) 702-9580

Page 95

```
 1              Moran
 2    at least two exclamation marks.       12:27
 3         Q.  Okay.  Can you also see the document  12:27
 4    as reflecting what Mr. Novikoff described?   12:27
 5         A.  Yes.                       12:27
 6         Q.  Have you ever seen this written in   12:27
 7    the bathroom?                      12:27
 8         A.  Not that I can recall.         12:27
 9         Q.  Can you tell from either of these   12:27
10    pages where this writing or what space is being  12:27
11    depicted here?                     12:27
12         MR. NOVIKOFF:  Objection to form.   12:27
13    What's the question?                 12:27
14         MR. GRAFF:  Does he recognize the   12:27
15    backdrop against which these words are   12:27
16    written.                        12:27
17         MR. NOVIKOFF:  Okay.  Don't guess.  12:27
18    If you recognize --                 12:27
19         A.  It would be on a wall.         12:27
20         MR. NOVIKOFF:  Don't guess.  Do you   12:27
21    know?                           12:27
22         A.  On a wall.                  12:27
23         Q.  Is the bathroom in the Ocean Beach   12:27
24    Police Department or the walls or any walls in   12:27
25    the stalls unfinished wood of the type that   12:27
```

TSG Reporting - Worldwide  (877) 702-9580

Page 96

```
 1              Moran
 2    appears to be on the second page?        12:28
 3         MR. CONNOLLY:  Objection.          12:28
 4         MR. NOVIKOFF:  Again, this doesn't   12:28
 5    reflect that it's on wood or anything else.  12:28
 6    It's a photocopy of something that appears  12:28
 7    to be a photocopy of words appearing on   12:28
 8    something.  Whether it's wood or a piece of  12:28
 9    paper or cardboard, who knows.          12:28
10         MR. GRAFF:  Okay.  If Mr. Moran is   12:28
11    able to answer the last question, then I am  12:28
12    done with the document.              12:28
13         A.  So repeat your question.        12:28
14         Q.  Are there walls or stalls in the   12:28
15    Ocean Beach Police Department bathroom that are  12:28
16    constructed of unfinished wood?         12:28
17         A.  Yes.                       12:28
18         Q.  Thank you.                  12:28
19         When was the last time that you    12:28
20    spoke with Mayor Loeffler?            12:28
21         A.  After -- direct conversation?  After  12:29
22    when I applied for the fire marshal position.  12:29
23         Q.  And have you ever spoken directly   12:29
24    with Mayor Rogers either before or after his   12:29
25    service as mayor?                  12:29
```

TSG Reporting - Worldwide  (877) 702-9580

Page 97

```
 1              Moran
 2         A.  No.                        12:29
 3         Q.  Have you ever spoken directly with   12:29
 4    Mary Anne Minerva?                  12:29
 5         A.  No.                        12:29
 6         Q.  Do you know who that person is?   12:29
 7         A.  Yes.  She is the Village         12:29
 8    administrator.                     12:29
 9         Q.  Do you know a person by the name of   12:29
10    Kathy or Katherine Spies?             12:29
11         A.  No.                        12:29
12         Q.  Is Pat Cherry currently working at   12:29
13    the Ocean Beach Police Department?       12:29
14         A.  Yes.                       12:29
15         Q.  In what capacity is he working?   12:29
16         A.  Dispatcher.                  12:29
17         Q.  When is the last time you spoke to   12:29
18    Pat Cherry?                       12:29
19         A.  I saw him yesterday.           12:29
20         Q.  Do you know who, if anyone, other   12:30
21    than yourself has had a deposition in this   12:30
22    case?                           12:30
23         A.  No.                        12:30
24         Q.  Has anyone indicated to you that   12:30
25    they had or were going to have their deposition  12:30
```

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2  taken in this case?                        12:30
3     A.  No.                                 12:30
4     Q.  Have you discussed the fact that    12:30
5  your deposition is happening today with anyone  12:30
6  other than counsel?                        12:30
7     A.  No.                                 12:30
8     Q.  So does anyone outside of this room  12:30
9  know where you are?                        12:30
10    A.  Actually, can I clarify?            12:30
11    Q.  Please.                             12:30
12    A.  I told my boss for the city that I  12:30
13 had to take the day off.  That was it.  My  12:30
14 lawyer and my boss.  That's it.            12:30
15    Q.  Did you tell anyone at Ocean Beach  12:30
16 that you were --                           12:30
17    A.  No.                                 12:30
18    Q.  When was the last time you worked,  12:30
19 like the last day that you worked at Ocean  12:30
20 Beach?                                     12:30
21    A.  Saturday, 4 p.m. to midnight,       12:30
22 midnight to 8.                             12:30
23    Q.  And did you speak with any other    12:31
24 employees of the Ocean Beach Police Department  12:31
25 on Saturday?                               12:31

Moran

1
2     A.  No.                                 12:31
3     Q.  About anything?                     12:31
4        MR. NOVIKOFF:  Well, objection.  I   12:31
5  mean, anything related to this lawsuit or  12:31
6  anything in general?                       12:31
7     Q.  In general, did you --             12:31
8     A.  Yes.                                12:31
9     Q.  Who did you speak to?  Who was there  12:31
10 that night?                                12:31
11       MR. NOVIKOFF:  On Saturday?          12:31
12       MR. GRAFF:  Yes.                     12:31
13       MR. NOVIKOFF:  Objection.            12:31
14    A.  Whatever calls went out, I          12:31
15 dispatched, but in regards to this case, no.  12:31
16    Q.  Have you ever been convicted of a   12:31
17 crime?                                     12:31
18    A.  No.                                 12:31
19    Q.  Did you graduate high school?       12:31
20    A.  Yes.                                12:31
21    Q.  Which high school?                  12:31
22    A.  Irvington High School.              12:31
23    Q.  Did you attend any college or       12:31
24 university?                                12:31
25    A.  Yes.                                12:31

Moran

1
2     Q.  And what was the first college or   12:31
3  university that you attended after graduating  12:31
4  high school?                               12:31
5     A.  SUNY Rockland Community College.    12:31
6     Q.  And did you attain a degree there?  12:32
7     A.  Yes.                                12:32
8     Q.  In what was your degree?            12:32
9     A.  Associate's of applied science.     12:32
10    Q.  And do you hold any other degrees?  12:32
11    A.  Yes.                                12:32
12    Q.  What other degrees?                 12:32
13    A.  Bachelor's of science.              12:32
14    Q.  Where did you obtain that degree?   12:32
15    A.  University of New Haven.            12:32
16    Q.  Other than those two degrees, do you  12:32
17 hold any other degrees?                    12:32
18    A.  No.                                 12:32
19    Q.  Do you hold any other               12:32
20 certifications?                            12:32
21       MR. NOVIKOFF:  Objection to form.    12:32
22       You can answer.                      12:32
23    A.  For work, yes.                      12:32
24    Q.  For your work at the Fire           12:32
25 Department?                                12:32

Moran

1
2     A.  Yes.                                12:32
3     Q.  What kind of certifications?        12:32
4     A.  New York State peace officer without  12:32
5  firearms, and certification for New York City  12:32
6  Fire Department for fire inspector.        12:32
7     Q.  And other than college or university  12:32
8  that ended with a degree, did you take any  12:32
9  other college or university courses?       12:32
10    A.  No.                                 12:32
11    Q.  Are you married?                    12:32
12    A.  No.                                 12:33
13    Q.  Do you have children?               12:33
14    A.  No.                                 12:33
15    Q.  Have you ever been married?         12:33
16    A.  No.                                 12:33
17    Q.  Have you ever been a plaintiff in a  12:33
18 lawsuit?                                   12:33
19    A.  No.                                 12:33
20    Q.  Have you ever been a defendant in a  12:33
21 lawsuit?                                   12:33
22    A.  No.                                 12:33
23    Q.  Have you ever threatened to sue your  12:33
24 employer, any employer?                    12:33
25    A.  No.                                 12:33

Page 102

```
 1              Moran
 2      Q.   Has anyone ever threatened to sue    12:33
 3  you?                                 12:33
 4      A.   No.                        12:33
 5      Q.   Have any civilian complaints been   12:33
 6  filed against you in connection with your jobs  12:33
 7  at Ocean Beach?                      12:33
 8      A.   No.                        12:33
 9      Q.   What about in connection with your  12:33
10  jobs at the city?                     12:33
11      A.   No.                        12:33
12      Q.   Have you ever been terminated?     12:33
13      A.   Yes.                       12:33
14      Q.   When was the most recent time that  12:33
15  you were terminated?                  12:33
16          MR. NOVIKOFF:  Well, I am assuming   12:33
17  when you say "terminated," you mean fired?   12:33
18          MR. GRAFF:  Yes.            12:33
19          MR. NOVIKOFF:  As opposed to the    12:33
20  season ending.                       12:34
21          MR. GRAFF:  Yes.  I am not asking    12:34
22  about that.                          12:34
23          MR. NOVIKOFF:  Okay.  Fine.       12:34
24      Do you understand?                12:34
25          THE WITNESS:  Yes.          12:34
```

Page 103

```
 1              Moran
 2      Q.   Have you ever been fired from a job?  12:34
 3      A.   Yes.                       12:34
 4      Q.   And what was the most recent job    12:34
 5  that you were fired from?               12:34
 6      A.   It was back in when I was like 17   12:34
 7  with the Village when I was a dockmaster.    12:34
 8      Q.   Did you say when you were 17?      12:34
 9      A.   Yes.                       12:34
10      Q.   Who fired you?                 12:34
11      A.   The Village.  I don't know the exact  12:34
12  person, but the Village let me go.         12:34
13      Q.   Was any reason communicated to you  12:34
14  for why you were fired from that position?   12:34
15      A.   The reason was that I took money and  12:34
16  that was -- they found out and they let me go.  12:34
17      Q.   How much money?                12:34
18      A.   I can't recall how much at this     12:34
19  time.  It was years ago.                12:34
20          MR. NOVIKOFF:  How many years ago?   12:35
21      A.   Twelve years ago maybe, 13 years    12:35
22  ago.                                 12:35
23      Q.   How old are you?               12:35
24      A.   31.                        12:35
25      Q.   Can I just get your date of birth,   12:35
```

Page 104

```
 1              Moran
 2  please?                               12:35
 3      A.   May 23rd, 1978.                12:35
 4      Q.   Have you personally ever had a drink  12:35
 5  at any bars in Ocean Beach?             12:35
 6      A.   Yes.                       12:35
 7      Q.   When was the last time you had a    12:35
 8  drink at a bar in Ocean Beach?           12:35
 9      A.   Last summer.                 12:35
10      Q.   Have you ever had drinks with any   12:35
11  other employees of Ocean Beach?          12:35
12          MR. NOVIKOFF:  In a bar?         12:35
13          MR. GRAFF:  Anywhere.          12:35
14      A.   Outside of work?              12:35
15      Q.   Yes.                       12:35
16      A.   No.  Actually, yes, yes.         12:35
17      Q.   Who have you had drinks with?      12:36
18      A.   One time last year with Mike Mills   12:36
19  after I was off, he was off.             12:36
20      Q.   And then what about -- you had said  12:36
21  outside of work.  What about during work or   12:36
22  inside of work?                       12:36
23      A.   No.                        12:36
24      Q.   Have you ever had a drink of an    12:36
25  alcoholic beverage inside the Ocean Beach    12:36
```

Page 105

```
 1              Moran
 2  Police Department?                     12:36
 3      A.   No.                        12:36
 4      Q.   What about inside the Ocean Beach   12:36
 5  police barracks?                      12:36
 6      A.   Yes.                       12:36
 7      Q.   When was the last time you had a    12:36
 8  drink in the barracks?                 12:36
 9      A.   Four years ago.               12:36
10      Q.   And who did you have a drink with at  12:36
11  that time?                           12:36
12      A.   Myself.  I was the only one present.  12:36
13      Q.   Other than on that occasion, did you  12:36
14  ever have any other drinks in the barracks?   12:36
15      A.   No.                        12:36
16      Q.   How many drinks, if you remember,   12:36
17  did you have on that occasion in the barracks   12:37
18  drinking by yourself?                  12:37
19      A.   Two beers.                   12:37
20      Q.   Two beers?                   12:37
21      A.   Yes.                       12:37
22      Q.   What kind of beers, if you remember?  12:37
23      A.   I can't remember.              12:37
24      Q.   Has anyone ever communicated to you  12:37
25  that any members of the Ocean Beach Police   12:37
```

Moran

1
2 Department ever confiscated beers from          12:37
3 civilians for any reason?                        12:37
4     A.   Yes.                                     12:37
5         MR. NOVIKOFF:  Well, I am going to       12:37
6 object to the form.  When you say                12:37
7 confiscate beer from civilians, are you          12:37
8 saying took alcoholic beverages from             12:37
9 civilians for no reason or took it and           12:37
10 then --                                          12:37
11        MR. GRAFF:  For any reason.  I was       12:37
12 about to --                                      12:37
13        MR. NOVIKOFF:  Okay.  Why don't you      12:37
14 clarify the question.                            12:37
15    Q.   Who communicated to you -- who told     12:37
16 you that they or other members of the Ocean     12:38
17 Beach Police Department had confiscated beer    12:38
18 from a civilian?                                 12:38
19    A.   I don't understand the question.        12:38
20    Q.   My first question was do you know       12:38
21 if -- has anyone ever told you if that's        12:38
22 happened?                                        12:38
23    A.   Yes.                                     12:38
24    Q.   Now I am asking who told you.           12:38
25    A.   I don't know who, but it has            12:38

Moran

1
2 happened.                                        12:38
3     Q.   Do you know when it does happen what   12:38
4 is done with the beers that are confiscated?    12:38
5         MR. NOVIKOFF:  Objection to form.        12:38
6 You can answer.                                  12:38
7     A.   They are taken up to the police         12:38
8 barracks.                                        12:38
9     Q.   For what purpose, if you know?          12:38
10        MR. NOVIKOFF:  Objection.                12:38
11    A.   I don't know the purpose.               12:38
12    Q.   Do you know if they are consumed in    12:38
13 the police barracks?                             12:38
14        MR. NOVIKOFF:  Objection.                12:38
15    A.   No.                                     12:38
16    Q.   Has anyone ever communicated to you    12:38
17 that they had consumed beer or other alcoholic  12:38
18 beverage that had been confiscated from a       12:38
19 civilian?                                        12:38
20    A.   No.                                     12:38
21    Q.   Have you ever seen any other            12:38
22 employees of Ocean Beach drink in the police    12:38
23 barracks?                                        12:38
24    A.   No, not that I can recall.              12:38
25    Q.   What about in the police department    12:39

Moran

1
2 itself?                                          12:39
3         MR. NOVIKOFF:  In the physical           12:39
4 building?  Are you asking the physical           12:39
5 building?                                         12:39
6         MR. GRAFF:  Yes.                          12:39
7         MR. NOVIKOFF:  Okay.                      12:39
8     A.   Yes.                                     12:39
9     Q.   Who did you see drink there?            12:39
10    A.   Gary and Richie Bosetti.                12:39
11    Q.   Did you see Gary or Richie Bosetti     12:39
12 drinking in the police barracks on more than    12:39
13 one occasion?                                    12:39
14        MR. NOVIKOFF:  You said police           12:39
15 station.                                         12:39
16    A.   Station or barracks?                    12:39
17    Q.   I'm sorry, police station on more      12:39
18 than one occasion.                               12:39
19        MR. NOVIKOFF:  He asked you two          12:39
20 questions ago whether or not you had seen       12:39
21 any other police officers -- anybody else       12:39
22 drink in the police barracks.  You answered     12:39
23 no.                                              12:39
24        MR. GRAFF:  He answered he didn't        12:39
25 recall.                                          12:39

Moran

1
2         MR. NOVIKOFF:  You don't recall.         12:39
3 The next question was did you ever see           12:39
4 anybody drink in the Police Department and       12:40
5 you just answered yes.  Did you understand       12:40
6 the questions?                                    12:40
7     A.   Let me -- so what is your question?     12:40
8     Q.   How many times did you see Gary or     12:40
9 Richie Bosetti drink in the police department   12:40
10 station?                                         12:40
11    A.   Only one time.                          12:40
12    Q.   And did you see both of them           12:40
13 drinking on that occasion?                       12:40
14    A.   Yes.                                     12:40
15    Q.   What were they drinking?                12:40
16        MR. NOVIKOFF:  If you know.               12:40
17    A.   I don't -- I can't recall.              12:40
18    Q.   Was anyone else drinking with them?    12:40
19    A.   I can't recall.                         12:40
20    Q.   Was anyone else present in the         12:40
21 station other than you and the Bosettis?        12:40
22    A.   I can't recall.                         12:40
23    Q.   Do you recall when that incident       12:40
24 took place?                                      12:40
25    A.   No.                                     12:40

Page 110

```
 1            Moran
 2     Q.  Other than that one instance with      12:40
 3  the Bosettis, have you seen anyone else        12:40
 4  drinking alcohol in the Ocean Beach police     12:40
 5  station?                        12:40
 6     A.  Not that I can recall.          12:40
 7     Q.  Has anyone ever communicated to you  12:41
 8  that any Ocean Beach police officer had drinks 12:41
 9  while they were on duty?                12:41
10     A.  No, not that I can recall.       12:41
11     Q.  Do you know whether the Bosettis     12:41
12  were on duty on the one occasion which you saw 12:41
13  them in the department?               12:41
14     A.  Repeat your question.           12:41
15     Q.  On the occasion when you saw the    12:41
16  Bosettis drinking in the police station, do you 12:41
17  know if they were on duty at that time?       12:41
18     A.  Yes.                    12:41
19     Q.  Were they on duty?            12:41
20     A.  Yes.                    12:41
21     Q.  Do you know if there is any rule or  12:41
22  policy that would prohibit an Ocean Beach      12:41
23  police officer from drinking while on duty?    12:41
24     A.  I can't recall.              12:41
25     Q.  Is there any policy or rule that    12:41
```

TSG Reporting - Worldwide  (877) 702-9580

Page 111

```
 1            Moran
 2  would prohibit Ocean Beach police officers from 12:41
 3  drinking in Ocean Beach when they were off     12:41
 4  duty?                        12:41
 5     A.  No.                     12:41
 6        MR. NOVIKOFF:  What was the        12:42
 7  question?                      12:42
 8        (Record read.)              12:42
 9        MR. NOVIKOFF:  Now you want to talk  12:42
10  to me?                        12:42
11        THE WITNESS:  Yes.           12:42
12        MR. GRAFF:  Okay, let's go off the   12:42
13  record.                       12:42
14        (Recess was taken from 12:42 to     12:42
15  12:45.)                       12:42
16        (Record read.)              12:45
17        MR. NOVIKOFF:  The witness wants to  12:45
18  clarify that.                   12:45
19  BY MR. GRAFF:                    12:45
20     Q.  Please.                  12:45
21     A.  George basically told us at one     12:46
22  point that once you are done your shift, to go  12:46
23  home, and even though you are off duty, but not 12:46
24  to drink.  He verbally told us that when your   12:46
25  shift is over, just go home, not to drink in    12:46
```

TSG Reporting - Worldwide  (877) 702-9580

Page 112

```
 1            Moran
 2  the Village.                    12:46
 3        MR. NOVIKOFF:  Off duty.         12:46
 4     A.  Off duty.                 12:46
 5     Q.  At what point did George Hesse say   12:46
 6  that?                        12:46
 7     A.  I can't recall the exact time.      12:46
 8     Q.  Did he say it to you in your        12:46
 9  presence?                      12:46
10     A.  Yes, it was a general statement that 12:46
11  when you are off duty, just go home.         12:46
12     Q.  Were there other people other than   12:46
13  you and Mr. Hesse present?             12:46
14     A.  Yes.                    12:46
15     Q.  Was it a general department meeting?  12:46
16     A.  I can't recall.              12:46
17     Q.  Do you recall where that          12:46
18  conversation took place?               12:46
19     A.  No.                     12:46
20     Q.  Do you recall any of the other      12:46
21  individuals who were present?            12:47
22     A.  No.                     12:47
23     Q.  Did you ever discuss with anyone or  12:47
24  mention to anyone that George Hesse had said   12:47
25  that?                        12:47
```

TSG Reporting - Worldwide  (877) 702-9580

Page 113

```
 1            Moran
 2     A.  No.                     12:47
 3     Q.  Have you ever had any conversations  12:47
 4  with any other employees of Ocean Beach Police 12:47
 5  Department regarding the issue of police       12:47
 6  officers drinking on or off duty?           12:47
 7     A.  No.                     12:47
 8     Q.  Did you ever have any conversation   12:47
 9  with Gary or Richie Bosetti about any of the   12:47
10  plaintiffs in this case?               12:47
11     A.  No.                     12:47
12        MR. NOVIKOFF:  Before or after April 12:47
13  2006?                        12:47
14        MR. GRAFF:  Before or after.       12:47
15        MR. NOVIKOFF:  Okay.          12:47
16     A.  No.                     12:47
17     Q.  Have you ever heard Gary or Richie   12:47
18  Bosetti make any statements about any of the   12:47
19  plaintiffs in this case?               12:47
20     A.  No.                     12:47
21     Q.  Other than the fact that the        12:47
22  plaintiffs were suing Ocean Beach and that they 12:48
23  had been let go at the meeting, has George     12:48
24  Hesse ever said anything else to you about any 12:48
25  of the plaintiffs in this case?            12:48
```

TSG Reporting - Worldwide  (877) 702-9580

1          **Moran**
2      A.   In what regards?                    12:48
3      **Q.   Any regards.**                        **12:48**
4      A.   Can I -- give me one second.        12:48
5          MR. NOVIKOFF:  You have got to      12:48
6      answer that one.                         12:48
7      A.   Yes.                                12:48
8      **Q.   Has he made more than one such    12:48**
9      **statement?**                               **12:48**
10     A.   No.                                 12:48
11     **Q.   And what was the statement that you  12:48**
12     **are referring to?**                        **12:48**
13     A.   Can I talk to him?                  12:48
14         MR. NOVIKOFF:  You have to answer   12:48
15     the question and then you can talk to me.  12:48
16     A.   He basically told me with Kevin --  12:48
17     because Kevin was trying to go for the PD --  12:48
18     Suffolk County PD and somebody's review, I  12:49
19     guess, that he had a review for him and that it  12:49
20     was unfavorable.                         12:49
21     **Q.   I'm not sure I followed that.      12:49**
22     **George Hesse told you that he --**         **12:49**
23     A.   In passing that supposedly Kevin   12:49
24     trying to get him a job with Suffolk County  12:49
25     police as an officer and he got a review or  12:49

1          Moran
2      somebody's review from the Village to the --  12:49
3      for him, for Suffolk County.             12:49
4      **Q.   And at what point in time is that,  12:49**
5      **more specifically?  Was that after the April  12:49**
6      **2006 meeting?**                            **12:49**
7      A.   Yes, it was after.                  12:49
8      **Q.   And did you understand Hesse to be  12:49**
9      **referring to like an employment reference or  12:49**
10     **recommendation for the job?**              **12:50**
11         MR. NOVIKOFF:  Objection to form.   12:50
12         MR. CONNOLLY:  Objection.           12:50
13     A.   Could you repeat.                   12:50
14     **Q.   When you say "review," do you mean  12:50**
15     **the same thing as like a reference or     12:50**
16     **recommendation or something?**             **12:50**
17     A.   Yes.                                12:50
18     **Q.   Did George Hesse indicate to you at  12:50**
19     **all what the nature of the bad review was?  12:50**
20     A.   No.                                 12:50
21     **Q.   Did he say why he had given a bad  12:50**
22     **review?**                                   **12:50**
23     A.   No.                                 12:50
24     **Q.   Did you ask?**                        **12:50**
25     A.   No.                                 12:50

1          Moran
2      **Q.   Did you discuss the statement that  12:50**
3      **George Hesse made to you with anyone?**    **12:50**
4      A.   No.                                 12:50
5      **Q.   Did you discuss it with Kevin Lamm?  12:50**
6      A.   Yes.                                12:50
7      **Q.   Did you discuss it with anyone else?  12:50**
8      A.   No.                                 12:50
9      **Q.   When did you discuss it with Kevin  12:50**
10     **Lamm?**                                     **12:50**
11     A.   I do not recall exactly when, but it  12:50
12     was -- I talked to him on the phone.  I don't  12:50
13     know when, but...                        12:51
14     **Q.   Sort of a tricky question to say    12:51**
15     **precisely.  Would you say that you are friends  12:51**
16     **with Kevin Lamm?**                          **12:51**
17     A.   Yes, I was friends with him.        12:51
18         MR. NOVIKOFF:  Is the question today  12:51
19     or any time before today?                12:51
20         MR. GRAFF:  He indicated he was.    12:51
21     **Q.   Would you today consider yourself --  12:51**
22     A.   No.                                 12:51
23     **Q.   Why not?**                             **12:51**
24     A.   I don't know.  I liked him and then  12:51
25     after a while we just -- I haven't talked to  12:51

1          Moran
2      him in a while.                          12:51
3      **Q.   Did you have some sort of dispute or  12:51**
4      **falling out?**                              **12:51**
5      A.   No.                                 12:51
6      **Q.   What about Frank, would you say that  12:51**
7      **at any point you considered yourself to be  12:51**
8      **friends with Frank Fiorillo?**             **12:51**
9      A.   Yeah.                               12:51
10     **Q.   As you sit here today, is there      12:51**
11     **anything that has happened?**               **12:52**
12     A.   No.                                 12:52
13     **Q.   So you would still consider Frank a  12:52**
14     **friend?**                                   **12:52**
15     A.   Yeah.                               12:52
16     **Q.   What about Ed Carter?**                **12:52**
17     A.   Yeah.                               12:52
18     **Q.   You would consider him a friend?**     **12:52**
19     A.   Yeah.                               12:52
20     **Q.   What about Tom Snyder?**               **12:52**
21     A.   I guess, yeah.                      12:52
22     **Q.   What about Joe Nofi?**                 **12:52**
23     A.   Yeah.                               12:52
24     **Q.   What about George Hesse?**             **12:52**
25     A.   Yeah.                               12:52

Page 118

```
 1              Moran
 2     Q.  What about Gary Bosetti?        12:52
 3     A.  Yeah.                 12:52
 4     Q.  What about Richie Bosetti?      12:52
 5     A.  Yes.                  12:52
 6     Q.  Just to be clear, all these     12:52
 7 questions I am asking if you would consider  12:52
 8 them friends.                 12:52
 9     A.  Yes, yes, yes, yes.          12:52
10     Q.  During the time prior to April 2nd,  12:52
11 2006 did you have an opinion either way as to  12:52
12 whether Kevin Lamm and Frank Fiorillo were  12:52
13 friends?                   12:52
14     MR. NOVIKOFF:  Wait a minute.  Prior  12:52
15 to -- objection.  The question is prior to  12:52
16 April 2006 did this witness have an opinion  12:52
17 as to whether or not Mr. Fiorillo and  12:53
18 Mr. Lamm were friends?  I am going to  12:53
19 object.  Completely irrelevant, but you can  12:53
20 answer.                   12:53
21     A.  I guess they were friends.  They  12:53
22 worked together.             12:53
23     Q.  Did you have an opinion as to  12:53
24 whether Frank and Richie Bosetti were friends?  12:53
25     A.  I don't know.            12:53
```

Page 119

```
 1              Moran
 2     MR. NOVIKOFF:  Note my objection.   12:53
 3     Q.  Is there such a position as Ocean  12:53
 4 Beach police commissioner?         12:53
 5     MR. NOVIKOFF:  Objection.        12:53
 6 Foundation.  Form.            12:53
 7     You can answer.            12:53
 8     A.  Yeah, it would be the mayor.    12:53
 9     Q.  So currently that would be Mayor  12:53
10 Loeffler is the police commissioner?   12:53
11     A.  Correct.               12:53
12     Q.  And was Mayor Rogers police    12:53
13 commissioner?                12:53
14     A.  Yes.                 12:53
15     Q.  Can you think of -- other than those  12:53
16 two individuals, can you think of anyone else  12:53
17 who served as Ocean Beach police commissioner?  12:53
18     A.  In the past or from my knowledge?  12:53
19     Q.  As far as you --          12:53
20     A.  From what I recall, it was just  12:53
21 those two people.             12:54
22     Q.  Is there a position Ocean Beach  12:54
23 police liaison?              12:54
24     MR. NOVIKOFF:  Objection.  Form.   12:54
25 Foundation.                 12:54
```

Page 120

```
 1              Moran
 2     A.  Yeah.                 12:54
 3     Q.  What is that position?        12:54
 4     A.  It's one of the trustees.  I believe  12:54
 5 one of the trustees is a liaison to the Police  12:54
 6 Department.  I don't know much -- I don't know  12:54
 7 who it is or --              12:54
 8     Q.  Do you know anyone who has been in  12:54
 9 that position?               12:54
10     A.  No, I can't recall.         12:54
11     Q.  Do you know whether current Mayor  12:54
12 Loeffler was ever the police liaison?   12:54
13     A.  I don't know.            12:54
14     Q.  How did you hear of the existence of  12:54
15 a position police liaison?          12:54
16     A.  I don't know.            12:54
17     Q.  Did George Hesse ever make any  12:54
18 statements to you concerning Ocean Beach police  12:54
19 liaison?                   12:54
20     A.  No.                  12:54
21     Q.  Do you know who the liaison was when  12:54
22 Mayor Rogers was mayor?          12:55
23     A.  No.                  12:55
24     Q.  We touched on a similar question  12:55
25 earlier, but have you read any transcript from  12:55
```

Page 121

```
 1              Moran
 2 any other depositions in this case?    12:55
 3     A.  No.                  12:55
 4     MR. GRAFF:  I am going to ask the   12:55
 5 court reporter to please mark as      12:55
 6 Exhibit Moran 5 a multi-page document   12:55
 7 produced by Ocean Beach, Bates numbers 1  12:55
 8 through 25, titled Incorporated Village of  12:55
 9 Ocean Beach, Employee Handbook.       12:55
10     (Moran Exhibit 5, The Incorporated  12:56
11 Village of Ocean Beach Employee Handbook,  12:56
12 Bates stamped 1 through 25, marked for   12:56
13 identification.)             12:56
14     Q.  Mr. Moran, if you could take as much  12:56
15 time as you need to look through that document  12:56
16 to tell me if it's something that you have seen  12:56
17 before.                   12:56
18     MR. NOVIKOFF:  Take a look.  Go    12:56
19 through it page by page if you have to.  12:56
20     (Document review.)          12:56
21     MR. GRAFF:  While Mr. Moran is     12:57
22 reviewing, I think that I probably have  12:57
23 approximately an hour left of questioning.  12:57
24 Would anyone want to continue for an hour?  12:57
25     Off the record.            12:57
```

Page 122

```
 1              Moran
 2        (Discussion off the record.)      12:58
 3   BY MR. GRAFF:                          12:58
 4      Q.  Mr. Moran, having reviewed Moran 5,   01:01
 5   can you tell me if you recognize the document   01:01
 6   as something you have seen before?     01:01
 7      A.  No. It's my first --           01:01
 8      Q.  I'm sorry, it's your --        01:01
 9      A.  First time with this. First time I  01:01
10   have seen this.                       01:01
11      Q.  Have you ever seen a document called  01:01
12   Ocean Beach Handbook?                  01:01
13      A.  No.                           01:01
14      Q.  Employee Handbook?             01:01
15      A.  No.                           01:01
16        MR. GRAFF:  Okay.  Why don't we take   01:01
17   a break now and we can discuss timing off   01:01
18   the record.                           01:01
19        MR. NOVIKOFF:  You got it.       01:01
20        (Lunch Recess was taken from 1:01 to   01:01
21   2:01.)                                01:01
22   CONTINUED EXAMINATION BY             01:01
23   MR. GRAFF:                            02:01
24      Q.  Good afternoon, again, Mr. Moran.   02:01
25        If you recall, earlier today I had   02:01
```

TSG Reporting - Worldwide  (877) 702-9580

Page 123

```
 1              Moran
 2   asked you some questions about a beer that you   02:01
 3   drank at the barracks on one occasion.    02:01
 4        MR. NOVIKOFF:  Was it the barracks   02:01
 5   or the police station?                02:01
 6      Q.  Was it a beer that you drank in the   02:01
 7   barracks?                             02:01
 8        MR. NOVIKOFF:  Oh, that he drank.   02:01
 9   Okay.                                 02:02
10      A.  Yes.                          02:02
11      Q.  Did you get that beer in the      02:02
12   refrigerator in the barracks?          02:02
13      A.  Yes.                          02:02
14      Q.  Were there other beers in that    02:02
15   refrigerator?                         02:02
16      A.  Yes.                          02:02
17      Q.  Was that a beer that you drank, was   02:02
18   it a beer that you had purchased?      02:02
19        MR. NOVIKOFF:  That he had        02:02
20   purchased?                            02:02
21      A.  No.                           02:02
22      Q.  Do you know who had purchased the   02:02
23   beer that you drank?                  02:02
24      A.  No.                           02:02
25      Q.  Do you know who had purchased any of  02:02
```

TSG Reporting - Worldwide  (877) 702-9580

Page 124

```
 1              Moran
 2   the beers that were in the barracks    02:02
 3   refrigerator?                         02:02
 4      A.  No.                           02:02
 5      Q.  Do you know today whether as you sit  02:02
 6   here today presently there are beers in the   02:02
 7   barracks?                             02:02
 8      A.  No idea.                      02:02
 9      Q.  On Saturday when you last worked at   02:02
10   Ocean Beach, were you in the barracks?   02:02
11      A.  No.                           02:02
12      Q.  Do you know who at any point       02:02
13   purchased any beers that may have been in the   02:02
14   refrigerator in the barracks?          02:02
15      A.  I have no idea.                02:02
16      Q.  Other than that one occasion when   02:02
17   you opened the fridge to get that one beer that   02:03
18   you drank, were there any other times that you   02:03
19   were aware that there were beers in the fridge   02:03
20   in the barracks?                      02:03
21      A.  Could you repeat the question.    02:03
22      Q.  Other than the specific time that   02:03
23   you opened up the fridge and took a beer out,   02:03
24   were you ever at any other time aware that   02:03
25   there were beers in that refrigerator?   02:03
```

TSG Reporting - Worldwide  (877) 702-9580

Page 125

```
 1              Moran
 2      A.  Yes.                          02:03
 3      Q.  And how did you come to be aware on   02:03
 4   other occasions that there were beers in that   02:03
 5   refrigerator?                         02:03
 6        MR. NOVIKOFF:  Note my objection to   02:03
 7   the form.                             02:03
 8        You can answer.                  02:03
 9      A.  Repeat that.                   02:03
10      Q.  How is it that you know that on    02:03
11   other occasions there were beers in the fridge?  02:03
12      A.  It was there.                  02:03
13      Q.  Did you ever see anyone else       02:03
14   drinking beers in the barracks from the   02:04
15   refrigerator?                         02:04
16      A.  No.                           02:04
17      Q.  When you took the beer that you    02:04
18   drank, do you remember how many other beers   02:04
19   were in the refrigerator?             02:04
20      A.  No.                           02:04
21      Q.  Did you ever hear anything in     02:04
22   connection with the Halloween incident, did you   02:04
23   ever hear anyone make any reference    02:04
24   specifically to any reports involved in that   02:04
25   incident?                             02:04
```

TSG Reporting - Worldwide  (877) 702-9580

Page 126

Moran

1
2      MR. NOVIKOFF: Objection. Asked and   02:04
3  answered.                              02:04
4      You can answer.                     02:04
5  A.  Repeat your question.               02:04
6  Q.  Earlier today you had mentioned the   02:04
7  Halloween incident.                    02:04
8      My question is did you ever hear    02:04
9  anyone mention any reports in connection with   02:04
10 the Halloween incident?                02:04
11     MR. NOVIKOFF: Note my objection to   02:04
12 form.                                  02:04
13 A.  Basically just the incident report   02:04
14 that was written up.                    02:04
15 Q.  And who mentioned something to you   02:04
16 about that?                            02:04
17 A.  No one mentioned it, but it was     02:04
18 standard practice.  Whatever happened, they   02:04
19 would write up a report of what happened and   02:05
20 they would put it in the computer.      02:05
21 Q.  So are you assuming that that was   02:05
22 done in connection with the Halloween incident?   02:05
23     MR. NOVIKOFF: Objection.  He has   02:05
24 already testified to what his knowledge is   02:05
25 of the incident, but you can answer.    02:05

TSG Reporting - Worldwide  (877) 702-9580

Page 127

Moran

1
2  A.  Yes, it's standard practice.  If you   02:05
3  go to any incident, you write up a field report   02:05
4  and put it in the computer.            02:05
5  Q.  Do you know who or what people wrote   02:05
6  reports in connection with the Halloween   02:05
7  incident?                              02:05
8  A.  No.                                02:05
9      MR. NOVIKOFF: Objection.           02:05
10     You can answer.                     02:05
11 Q.  Earlier you had testified that as   02:05
12 police dispatcher there is a desk at the police   02:05
13 station with a computer on it.  Was that your   02:05
14 testimony?                             02:05
15     MR. NOVIKOFF: Ari, his testimony is   02:05
16 his testimony.  Just ask him a question.   02:05
17 Q.  Is there a computer on the desk that   02:05
18 you use as police dispatcher?           02:05
19 A.  Yes.                               02:05
20 Q.  Is that computer connected to the   02:05
21 Internet?                              02:05
22 A.  Yes.                               02:05
23 Q.  Are there any other computers       02:05
24 connected to the Internet in the police   02:05
25 station?                               02:05

TSG Reporting - Worldwide  (877) 702-9580

Page 128

Moran

1
2  A.  Yes.                               02:05
3  Q.  What other computers are those?     02:05
4  A.  George's computer and there is a    02:05
5  second computer on that desk.          02:06
6  Q.  I'm sorry?                         02:06
7  A.  There is two computers, three total.   02:06
8  Q.  And have you ever seen anyone other   02:06
9  than George using George's computer?    02:06
10 A.  Yes.                               02:06
11 Q.  Who else had you seen using that    02:06
12 computer?                              02:06
13 A.  I have used it myself.  If someone   02:06
14 was on the desk, I had to do a report, I would   02:06
15 go in the back and use his to log on.  Other   02:06
16 officers that were on duty would use it.   02:06
17 Q.  And have you ever seen anyone using   02:06
18 the second computer in the back?        02:06
19 A.  Yes.                               02:06
20 Q.  Who have you seen using that        02:06
21 computer?                              02:06
22 A.  Paul Trosko.  When we were busy, we   02:06
23 would use multiple computers.           02:06
24 Q.  And do you know what Paul Trosko was   02:06
25 using the computer for?                02:07

TSG Reporting - Worldwide  (877) 702-9580

Page 129

Moran

1
2  A.  The SJS data entry system we use for   02:07
3  the field reports, incident reports.    02:07
4  Q.  Do you know what SJS stands for?    02:07
5  A.  Spectrum Justice System.            02:07
6  Q.  And is that -- when you say "log    02:07
7  in," is that something that is logging in to a   02:07
8  computer somewhere else or just internal to the   02:07
9  station?                               02:07
10 A.  It's its own like software program   02:07
11 where we each have our own main password to log   02:07
12 in to our profile to put the data in.   02:07
13 Q.  Is there any log-in that's required   02:07
14 to be able to run a search for prior warrants   02:07
15 or other criminal history information?   02:08
16 A.  Yeah.  For -- to do like background   02:08
17 checks?                                02:08
18 Q.  Sure.                             02:08
19 A.  Yes.  There is two programs we use;   02:08
20 the state -- New York State DMV where we log in   02:08
21 to run like licenses, and then there is this   02:08
22 thing called E-Justice where we have our own   02:08
23 name and a password and a key fob that you have   02:08
24 to log in to access to do -- to run background   02:08
25 checks.                                02:08

TSG Reporting - Worldwide  (877) 702-9580

Page 130

```
 1            Moran
 2      Q.  Have you used both of those programs   02:08
 3  at Ocean Beach?                        02:08
 4      A.  Yes.                    02:08
 5      Q.  Currently do you have your own     02:08
 6  log-in password for both of those programs?   02:08
 7      A.  Yes.                    02:08
 8      Q.  Did you use either of those programs   02:08
 9  when you were a dockmaster?           02:08
10      A.  No.                02:08
11      Q.  Did you require any kind of license   02:08
12  or certification to obtain your own user name   02:08
13  or password for either of those programs?   02:08
14      A.  We had to take like a written test,   02:09
15  seminar -- like an overview and take a written   02:09
16  test.                        02:09
17      Q.  When did you take that test?       02:09
18      A.  Last summer.  The only test is just   02:09
19  for the -- can I clarify?           02:09
20      Q.  Please.                02:09
21      A.  Is for the E-Justice terminal,       02:09
22  because SJS is its own internal program, but   02:09
23  the E-Justice goes through the state, so...   02:09
24      Q.  Do you remember what month you took   02:09
25  that test?                      02:09
```

TSG Reporting - Worldwide  (877) 702-9580

Page 131

```
 1            Moran
 2      A.  The annual meeting, probably April   02:09
 3  or May.                     02:09
 4      Q.  And prior to April or May had you   02:09
 5  ever used the justice system?           02:09
 6      A.  Yes.                02:09
 7      Q.  And when was the most recent time   02:09
 8  prior to April '06 that you used it?       02:09
 9      A.  Used it last summer, this summer.   02:10
10  So two years.  Two seasons.           02:10
11      Q.  I may have misspoken.  I'm sorry.  I   02:10
12  don't mean to ask the same question twice.  You   02:10
13  obtained the license did you say in the '06   02:10
14  April meeting or am I confusing that?       02:10
15      A.  It would be --           02:10
16      MR. NOVIKOFF:  Note my objection.       02:10
17      You can answer.               02:10
18      A.  -- the '07.               02:10
19      Q.  So after -- a year after the       02:10
20  plaintiffs were let go?               02:10
21      A.  Yes.                02:10
22      Q.  And in '06 did you ever use the       02:10
23  E-Justice system?               02:10
24      MR. NOVIKOFF:  When you say '06, you   02:10
25  mean '06 season --               02:10
```

TSG Reporting - Worldwide  (877) 702-9580

Page 132

```
 1            Moran
 2      MR. GRAFF:  Summer '06, yes.       02:10
 3      A.  I can't recall right now.       02:10
 4      Q.  Have you ever seen anyone who is not   02:10
 5  an OBPD officer using any of the computers in   02:10
 6  the Ocean Beach police station?           02:10
 7      MR. NOVIKOFF:  When you say "OBPD   02:11
 8  officer," you are also including       02:11
 9  dispatchers in that category?           02:11
10      MR. GRAFF:  Yes, I am including       02:11
11  dispatchers.               02:11
12      A.  I can't recall right now.       02:11
13      Q.  Are there any computers in the Ocean   02:11
14  Beach police barracks?               02:11
15      A.  No.                02:11
16      Q.  Have there ever been, as far as you   02:11
17  know?                        02:11
18      A.  Not to my knowledge.           02:11
19      Q.  Is there any sort of video       02:11
20  surveillance program -- system in the Ocean   02:11
21  Beach police station?               02:11
22      A.  Yes.                02:11
23      Q.  And when was that system installed,   02:11
24  if you know?                  02:11
25      MR. NOVIKOFF:  Objection.       02:11
```

TSG Reporting - Worldwide  (877) 702-9580

Page 133

```
 1            Moran
 2  Foundation.                   02:11
 3      Don't guess.               02:11
 4      A.  I don't -- I can't recall when it   02:11
 5  was installed.                  02:11
 6      Q.  Over the entire span of your       02:11
 7  employment at Ocean Beach, did you ever learn   02:11
 8  or was it ever communicated to you that there   02:12
 9  had been an upgrade or a change in the nature   02:12
10  of the video surveillance system?           02:12
11      MR. NOVIKOFF:  Objection.       02:12
12      A.  Yes.                02:12
13      Q.  And when did you learn of that?       02:12
14      A.  I can't recall the exact time and   02:12
15  date.                        02:12
16      Q.  Do you recall the season?       02:12
17      A.  No.                02:12
18      Q.  Do you recall where you heard that?   02:12
19      A.  No.                02:12
20      Q.  Do you recall ever discussing it   02:12
21  with anyone?                  02:12
22      A.  I asked George about it, because he   02:12
23  showed me how to use it when it was installed.   02:12
24      Q.  And what did he say about it?       02:12
25      A.  He just showed me what to do with   02:12
```

TSG Reporting - Worldwide  (877) 702-9580

Page 134

Moran

1
2     the -- basically the cameras, where the cameras   02:12
3     are at, and there is one that you can zoom   02:12
4     around with a joy stick, how to use that, zoom   02:12
5     in, zoom out, the basics of it.   02:12
6        Q.   And did he communicate to you why   02:12
7     that system had been installed?   02:12
8        A.   I know he said that due to the old   02:13
9     surveillance was outdated, they put a new one   02:13
10    in.   02:13
11       Q.   And were you aware prior to that   02:13
12    time that there had been what you referred to   02:13
13    as the old surveillance system?   02:13
14       A.   Yes.  There was an older one in the   02:13
15    station that was there.   02:13
16       Q.   Did you ever see any video that was   02:13
17    recorded on that older system?   02:13
18       A.   No.   02:13
19       Q.   Did you ever hear anyone in the   02:13
20    department talking about any video recorded on   02:13
21    that system?   02:13
22       A.   No.   02:13
23       Q.   Is there any audio recording or   02:13
24    surveillance system anywhere in the Ocean Beach   02:13
25    police station?   02:13

TSG Reporting - Worldwide  (877) 702-9580

Page 135

Moran

1
2        MR. NOVIKOFF: Objection.   02:13
3     A.   Yes.   02:13
4        Q.   And was that installed at the same   02:13
5     time as the new video system?   02:13
6        A.   Yes.   02:13
7        Q.   Prior to that time was there any   02:13
8     audio surveillance system?   02:14
9        A.   No.   02:14
10       MR. NOVIKOFF: Objection to form.   02:14
11    Foundation.   02:14
12       Q.   Do you know whether there at any   02:14
13    point was ever any audio recording or   02:14
14    surveillance system in George Hesse's office?   02:14
15       MR. NOVIKOFF: Foundation.   02:14
16    Objection.   02:14
17       A.   Repeat your question.   02:14
18       Q.   Do you know if there was ever any   02:14
19    audio surveillance or recording system in   02:14
20    George Hesse's office?   02:14
21       MR. NOVIKOFF: Objection.   02:14
22       A.   When?  What time?   02:14
23       Q.   At any point.   02:14
24       A.   Yeah.   02:14
25       Q.   And what are you referring to?   02:14

TSG Reporting - Worldwide  (877) 702-9580

Page 136

Moran

1
2     A.   It's the new video system.   02:14
3        Q.   Other than that new video system,   02:14
4     any other audio recording or surveillance   02:14
5     system in George Hesse's office?   02:14
6        MR. NOVIKOFF: Objection.   02:14
7     A.   No.  That's it.   02:14
8        Q.   Do you know if George Hesse had his   02:14
9     own listening device or recording system that   02:14
10    he installed in his office?   02:14
11       A.   No.   02:14
12       Q.   Do you know someone by the name of   02:14
13    Ian Levine?   02:14
14       A.   Yes.   02:14
15       Q.   Who is Ian Levine?   02:14
16       A.   He lives out in Ocean Beach, one of   02:15
17    the residents.   02:15
18       Q.   Did you ever have an opinion as to   02:15
19    whether Ian Levine and George Hesse were   02:15
20    friends?   02:15
21       MR. NOVIKOFF: Note my objection.   02:15
22    It's also palpably irrelevant, but you can   02:15
23    answer.   02:15
24    A.   I don't know.   02:15
25    Q.   Where does Ian Levine work?   02:15

TSG Reporting - Worldwide  (877) 702-9580

Page 137

Moran

1
2        MR. NOVIKOFF: Presently?   02:15
3        MR. GRAFF: Presently.   02:15
4        MR. NOVIKOFF: If you know, answer.   02:15
5     A.   I know he did satellite systems,   02:15
6     installed satellite TVs.  Other than that --   02:15
7     and he runs a bed and breakfast with his   02:15
8     father, but present day, I don't know what he   02:15
9     does present day.   02:15
10       Q.   Do you know someone by the name of   02:15
11    Mitch Burns?   02:15
12       A.   Yes.   02:15
13       Q.   Who is Mitch Burns?   02:15
14       A.   He is a resident of the Village.   02:15
15       Q.   Did you ever see Mitch Burns in the   02:15
16    Ocean Beach police station?   02:16
17       A.   A couple of times.   02:16
18       Q.   And what did you see him doing on   02:16
19    those times?   02:16
20       A.   Just asked if George was available.   02:16
21       Q.   And do you remember if George was   02:16
22    available?   02:16
23       A.   Not that I can recall.   02:16
24       Q.   Did Mitch Burns ask you if George   02:16
25    was available?   02:16

TSG Reporting - Worldwide  (877) 702-9580

Page 138

Moran

1             **Moran**
2    A.  Yes.             02:16
3    Q.  On how many times, if more than  02:16
4 once, did he ask you that?        02:16
5       MR. NOVIKOFF:  Objection.  If you  02:16
6 understand the question.       02:16
7    A.  Can you repeat yourself.    02:16
8    Q.  Was there more than one occasion  02:16
9 when Mitch Burns asked you at the police  02:16
10 station if George Hesse was available?  02:16
11    A.  Yes.            02:16
12    Q.  On how many total occasions?  02:16
13    A.  That I can't recall.     02:16
14    Q.  Would you think it was more than ten  02:16
15 occasions?             02:16
16    A.  I don't know.       02:16
17    Q.  And when was the most recent time  02:16
18 that that happened?       02:16
19    A.  I can't recall that.    02:16
20    Q.  When Ian Levine asked you -- I'm  02:16
21 sorry.            02:17
22       When Mitch Burns asked you the most  02:17
23 recent time if George Hesse was available, do  02:17
24 you remember what he said?    02:17
25    A.  If he was there, he was there.  If  02:17

TSG Reporting - Worldwide  (877) 702-9580

Page 139

Moran

1 not -- if he was in that station, he was there.  02:17
2 If he wasn't, he was in the street on patrol.  02:17
3    Q.  Do you know why -- did Mitch Burns  02:17
4 ever communicate to you why he was looking for  02:17
5 George Hesse?         02:17
6    A.  No.          02:17
7    Q.  Did George Hesse ever say anything  02:17
8 to you about Mitch Burns?    02:17
9    A.  No.          02:17
10    Q.  On those occasions when you would  02:17
11 tell Mitch Burns that George Hesse was not  02:17
12 available, what would Mitch Burns do at that  02:17
13 point?           02:17
14       MR. NOVIKOFF:  Each and every  02:17
15 occasion?          02:17
16       MR. GRAFF:  If it was not the same  02:17
17 on every occasion, let me know.   02:17
18       MR. NOVIKOFF:  Okay.  Note my  02:17
19 objection.          02:17
20       You can answer.     02:17
21    A.  If he stopped in if George was  02:17
22 there, he was there.  If he wasn't, he would be  02:17
23 on the street.  He stopped in the station and  02:17
24 said if George was here.  I'd say either he is  02:18

TSG Reporting - Worldwide  (877) 702-9580

Page 140

Moran

1             Moran
2 or he isn't.  If he wasn't, he would be out on  02:18
3 patrol somewhere.        02:18
4    Q.  And on those occasions when George  02:18
5 Hesse was there, do you recall whether you ever  02:18
6 saw Mitch Burns speak to George Hesse?  02:18
7    A.  Yes.           02:18
8    Q.  Would they speak in George Hesse's  02:18
9 office?           02:18
10    A.  Yes.           02:18
11    Q.  How many occasions can you remember  02:18
12 Mitch Burns and George Hesse speaking in George  02:18
13 Hesse's office?       02:18
14    A.  I can't recall that.    02:18
15    Q.  Did either George Hesse or Mitch  02:18
16 Burns ever say anything to you about the  02:18
17 subject of their meetings or conversations?  02:18
18    A.  No.          02:18
19    Q.  Did anyone else ever say anything to  02:18
20 you about the subject of any communications  02:18
21 between Mitch Burns and George Hesse?  02:18
22    A.  No.          02:18
23    Q.  Did you ever see Mitch Burns use a  02:18
24 computer in the Ocean Beach police station?  02:18
25    A.  Not that I can recall.    02:18

TSG Reporting - Worldwide  (877) 702-9580

Page 141

Moran

1             Moran
2    Q.  Did you ever see Ian Levine in the  02:18
3 Ocean Beach police station?    02:18
4    A.  Yes.           02:18
5    Q.  And did you see him in the Ocean  02:18
6 Beach police station on more than one separate  02:19
7 occasion?            02:19
8    A.  Ian, he is also an EMT, if I recall,  02:19
9 so he would -- if he was on duty, he would come  02:19
10 to the police station.  If there was a medical  02:19
11 call in the police station, he would come and  02:19
12 respond with the ambulance, so in an official  02:19
13 capacity.           02:19
14    Q.  Do you know somebody by the name of  02:19
15 JT who worked at CJs bar?    02:19
16    A.  Yes.           02:19
17    Q.  Does JT have a full name?   02:19
18    A.  I don't know.       02:19
19       MR. NOVIKOFF:  I would think most  02:19
20 people do.          02:19
21    A.  I don't know.       02:19
22    Q.  Did you ever see JT in the Ocean  02:19
23 Beach police station?      02:19
24    A.  Yes.  I don't know when or the  02:19
25 extent.           02:19

TSG Reporting - Worldwide  (877) 702-9580

Page 142

```
 1            Moran
 2     Q.  Did you see him more than once?      02:19
 3     A.  I can't recall.                02:19
 4     Q.  Did you speak with him on any      02:19
 5  occasion in the Ocean Beach police station?  02:19
 6     A.  Yes.              02:19
 7     Q.  And did he communicate anything   02:20
 8  about the nature of his purpose in being there?  02:20
 9     A.  Just to see if George was available,  02:20
10  if he was there.  If he wasn't, he wasn't.    02:20
11     Q.  And on any occasions did you ever   02:20
12  see JT go into George Hesse's office to speak  02:20
13  to George Hesse?              02:20
14     A.  Yes.              02:20
15     Q.  And did anyone ever communicate   02:20
16  anything to you about the nature of those  02:20
17  communications?              02:20
18     A.  No.              02:20
19     Q.  Did you ever discuss Mitch Burns   02:20
20  with Tyree Bacon?              02:20
21     A.  No.              02:20
22     Q.  Did you ever discuss JT with Tyree  02:20
23  Bacon?              02:20
24     A.  No.              02:20
25     Q.  Did you ever discuss Mitch Burns   02:20
```

TSG Reporting - Worldwide  (877) 702-9580

Page 143

```
 1            Moran
 2  with Kevin Lamm?              02:20
 3     A.  No.              02:20
 4     Q.  Did you ever discuss JT with Kevin   02:20
 5  Lamm?              02:20
 6     A.  No.              02:20
 7     Q.  Did you ever discuss Ian Levine with  02:20
 8  Ty Bacon?              02:20
 9     A.  No.              02:21
10     Q.  Did you ever discuss Ian Levine with  02:21
11  Kevin Lamm?              02:21
12     A.  No.              02:21
13     Q.  Has anyone ever made any statements  02:21
14  to you indicating any kind of connection      02:21
15  between Mitch Burns and any illegal drugs?    02:21
16     MR. NOVIKOFF:  Objection.      02:21
17     You can answer.          02:21
18     A.  No.              02:21
19     Q.  Same question with respect to JT?  02:21
20     A.  No.              02:21
21     Q.  Same question with respect to Ian   02:21
22  Levine?              02:21
23     A.  No.              02:21
24     Q.  Do you know where evidence is      02:21
25  currently stored in the Ocean Beach Police    02:21
```

TSG Reporting - Worldwide  (877) 702-9580

Page 144

```
 1            Moran
 2  Department?              02:21
 3     A.  Yes.              02:21
 4     Q.  Where is that stored?          02:21
 5     A.  We have two places.  For -- what    02:21
 6  kind of evidence?  What type of evidence?    02:21
 7     Q.  If you could tell me what kind is   02:21
 8  stored in both of those places.          02:21
 9     A.  There is two things.  There is a    02:22
10  safe in the front for found property, so let's  02:22
11  say if you lose something, we will record it in  02:22
12  the blotter and make a lost property receipt,  02:22
13  it will go in the front safe, and then in the   02:22
14  back room they have a black cabinet that has   02:22
15  all the inventory and it goes in the black --  02:22
16  back room.              02:22
17     Q.  And did you ever put any evidence   02:22
18  into that back room?              02:22
19     A.  No.              02:22
20     Q.  Have you ever seen the evidence     02:22
21  that's in that back room?              02:22
22     A.  No, just in the black storage      02:22
23  cabinet.              02:22
24     Q.  Do you know whether at any point   02:22
25  during your employment at Ocean Beach evidence  02:22
```

TSG Reporting - Worldwide  (877) 702-9580

Page 145

```
 1            Moran
 2  was ever stored anywhere other than those two  02:22
 3  places?              02:22
 4     A.  No.              02:22
 5     Q.  Do you know if George Hesse ever   02:22
 6  kept any sort of evidence in his own office?   02:22
 7     A.  No idea.              02:22
 8     Q.  Did George Hesse ever make any      02:22
 9  statements to you about Samuel Gilberd?        02:23
10     MR. NOVIKOFF:  I am going to --    02:23
11     MR. CONNOLLY:  Objection.      02:23
12     MR. NOVIKOFF:  You could ask this   02:23
13  question.  Why you are asking it, I don't   02:23
14  know, but I think we are on tricky ground   02:23
15  here, so you can answer the question.      02:23
16     A.  No.              02:23
17     MR. NOVIKOFF:  There we go.      02:23
18     Q.  Did George Hesse ever make any      02:23
19  statement to you about any of the plaintiffs   02:23
20  wearing a wire?              02:23
21     A.  Not that I can recall.          02:23
22     Q.  And when I say "wearing a wire,"    02:23
23  just so we are clear, do you understand what I  02:23
24  mean by that?              02:23
25     A.  Yes.              02:23
```

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2     Q.   What does wearing a wire mean?        02:23
3     A.   It would be when someone would be     02:23
4  wearing a microphone to get a tape for --     02:23
5  wearing a mike -- being taped, tape recording a  02:23
6  conversation.                                 02:23
7     Q.   Did anyone ever make any statements   02:23
8  to you about any of the plaintiffs and wearing  02:24
9  a wire?                                        02:24
10         MR. NOVIKOFF:  Other than counsel?    02:24
11         MR. GRAFF:  Other than counsel.       02:24
12    A.   Not that I can recall.                02:24
13    Q.   Did you ever make any statements to   02:24
14 anyone else about any of the plaintiffs and a  02:24
15 wire?                                          02:24
16         MR. NOVIKOFF:  Other than to          02:24
17 counsel?                                       02:24
18         MR. GRAFF:  Yes.                       02:24
19    A.   Not that I can recall.                02:24
20    Q.   Did George Hesse ever make any        02:24
21 statements to you about anyone else in Ocean   02:24
22 Beach wearing a wire other than plaintiffs?    02:24
23    A.   Not that I can recall.                02:24
24    Q.   Did anyone else ever make any         02:24
25 statements to you about anyone in the Ocean    02:24

Moran

1
2  Beach Police Department wearing a wire?        02:24
3     A.   Not that I can recall.                02:24
4     Q.   Did Kevin Lamm ever make any          02:24
5  statements to you about anyone wearing a wire?  02:24
6     A.   Not that I can recall.                02:24
7     Q.   Did anyone ever make any statement    02:24
8  or suggestion to you or in your presence that  02:25
9  any of the plaintiffs may have been let go     02:25
10 because of something to do with a wire?        02:25
11         MR. NOVIKOFF:  Objection to form.     02:25
12    A.   What?                                 02:25
13    Q.   Did anyone ever say anything that     02:25
14 you heard about the reason that plaintiffs were  02:25
15 let go being something to do with the wire?    02:25
16         MR. NOVIKOFF:  Note my objection.     02:25
17    A.   No.                                   02:25
18    Q.   Did anyone ever make any statements   02:25
19 to you that made reference to Officer Hardman   02:25
20 and a wire?                                    02:25
21    A.   Not that I -- no, I can't recall.     02:25
22         MR. GRAFF:  Off the record.           02:26
23         (Discussion off the record.)          02:26
24         MR. GRAFF:  I will note for the       02:28
25 record as I mentioned when we were off that    02:28

Moran

1
2  the recordings that I am going to play are      02:28
3  excerpts from a longer recording that was       02:28
4  previously produced to all parties in this      02:28
5  case.  The court reporter will be labeling      02:28
6  the specific disks that I play with             02:28
7  exhibits so that we can have a clear record     02:28
8  of what was played.  I also have copies of      02:28
9  the disks containing any excerpts that I        02:28
10 play for counsel.                               02:28
11         MR. NOVIKOFF:  So now let me just      02:28
12 understand this.  The court reporter is         02:28
13 going to transcribe --                          02:28
14         MR. GRAFF:  No, the court reporter     02:28
15 will not transcribe it.  It's going to be       02:28
16 on the recording.                               02:28
17         MR. NOVIKOFF:  Well, I understand      02:28
18 that you are playing apparently excerpts of     02:28
19 one or more recordings, which I presume my      02:28
20 client was involved in terms of being           02:29
21 one of the participants to the recordings.      02:29
22 I also understand that what you are             02:29
23 claiming has been produced, that's your         02:29
24 representation.  I am aware that you            02:29
25 introduced to prior counsel a disk             02:29

Moran

1
2  containing numerous recordings and they         02:29
3  were, in fact, I think identified by            02:29
4  various track numbers.  Are you going to        02:29
5  provide us with before you play this tape       02:29
6  exactly what track this is coming from?         02:29
7         MR. GRAFF:  I can get you that          02:29
8  information.  I can tell you that                02:29
9  everything I am going to play is from a         02:29
10 disk that was Bates stamped P 919.              02:29
11        MR. NOVIKOFF:  How are we going to      02:29
12 be able to know from the transcript what        02:29
13 this witness is answering if it's not           02:30
14 transcribed?  Because then all you are          02:30
15 going to have in this record is presumably      02:30
16 the court reporter is going to say "excerpt     02:30
17 from audio played," you are going to ask a      02:30
18 question and my client, Mr. Moran, is going     02:30
19 to be answering your question without any       02:30
20 reference whatsoever to what was said on        02:30
21 the audio.  So when this is a record either     02:30
22 at trial or for any other reason, the           02:30
23 reader of the record will have absolutely       02:30
24 no idea what was being stated in the            02:30
25 excerpt.                                        02:30

Page 150

Moran

1
2       MR. GRAFF: Okay. To the extent          02:30
3   that it's possible --                        02:30
4       MR. NOVIKOFF: I am going to have to      02:30
5   object then, unless you have a written        02:30
6   transcript of what we are going to be         02:30
7   looking at, to doing this. Now, if that       02:30
8   means we come back another time with a        02:31
9   proper transcript, then I'm fine with that,   02:31
10  but I think that it's unfair for you to       02:31
11  have an excerpt played and then ask my        02:31
12  client questions and then expect me or        02:31
13  Mr. Connolly to remember what exactly was     02:31
14  said and then to either go back with our      02:31
15  own tapes to see what was said beforehand     02:31
16  or what was after so that the excerpt would   02:31
17  be in context.                                02:31
18      MR. GRAFF: Okay. To address that         02:31
19  in part, I will ask the witness to tell me    02:31
20  in his words what he heard spoken so that     02:31
21  what he heard and is responding to will be    02:31
22  in the transcript.                            02:31
23      MR. NOVIKOFF: Ari, that doesn't          02:31
24  fly, because -- and respectfully, I am not    02:31
25  trying to be hard here, but what you are      02:31

Page 151

Moran

1
2   asking this witness to do is to testify as    02:31
3   to what he heard on the audio. It may not     02:31
4   be completely accurate, given the speed in    02:32
5   which the recording is going on, the manner   02:32
6   in which it's being said and the manner in    02:32
7   which it's being recorded, and if you are     02:32
8   going to ask my client to do that, then no    02:32
9   disrespect to the court reporter, the court   02:32
10  reporter is probably more capable than my     02:32
11  client of hearing and transcribing what was   02:32
12  said.                                         02:32
13      MR. GRAFF: I think that the              02:32
14  recordings and my questions will be aimed     02:32
15  at whether the recording refreshes            02:32
16  Mr. Moran's recollection of anything          02:32
17  independent of what's here and my questions   02:32
18  will then be based on Mr. Moran's             02:32
19  independent recollection. Does that           02:32
20  address any of your objections?               02:32
21      MR. NOVIKOFF: It does one. I mean,       02:32
22  I don't know what you are asking him to       02:32
23  refresh his recollection about.               02:32
24      MR. GRAFF: I will ask him first          02:32
25  question "does what you heard refresh your    02:32

Page 152

Moran

1
2   recollection of anything."                    02:33
3       MR. NOVIKOFF: Kevin, if you want         02:33
4   to --                                         02:33
5       MR. CONNOLLY: I think we are still       02:33
6   faced with the same problem if whoever is     02:33
7   reading the transcript doesn't have           02:33
8   reference. I mean, counsel has indicated      02:33
9   that he is not ruling out questions in this   02:33
10  regard. It's just under the setup we have     02:33
11  today.                                        02:33
12      MR. NOVIKOFF: I will represent that      02:33
13  if you are able to either produce to us       02:33
14  prior to the deposition or at the             02:33
15  deposition, I don't care, a transcript of     02:33
16  what is being shown in context and/or tell    02:33
17  us exactly what track we are talking about    02:33
18  and the time, the second and the minute,      02:33
19  because that's how it was produced to us,     02:33
20  then there would be some type of ability      02:33
21  for the reader of the transcript to know      02:33
22  exactly what was being spoken on the audio.   02:33
23      MR. GRAFF: Okay. So if I can give        02:34
24  you the track and the minute, will that be    02:34
25  sufficient?                                   02:34

Page 153

Moran

1
2       MR. NOVIKOFF: I think for the --         02:34
3       MR. CONNOLLY: I think for Ari's          02:34
4   questions if he gives you the track, but      02:34
5   there is also concern about having the        02:34
6   recording transcribed.                        02:34
7       MR. NOVIKOFF: I mean, at least then      02:34
8   I can identify it, but the problem here is    02:34
9   that, again, unless we are going to be        02:34
10  constantly rewinding and going forward and    02:34
11  going back, you are playing an audio for      02:34
12  him without a written transcript. You are     02:34
13  going to ask him some questions and then      02:34
14  either Mr. Connolly or I are going to have    02:34
15  to then try to remember exactly what was      02:34
16  said on the audio in order to then perhaps    02:34
17  question Mr. Moran. How many excerpts are     02:34
18  you doing?                                     02:34
19      MR. GRAFF: Two. And they are both        02:34
20  shorter than two minutes. I think that        02:34
21  this will be fairly quick.                     02:34
22      MR. NOVIKOFF: I think we can -- if       02:34
23  you can get me before you do this the track   02:34
24  and the period of time on the track that      02:34
25  it's going to be played, whether it's --      02:35

Page 154

Moran

1
2     for example, if it's track 3, 43rd second   02:35
3     to minute and 12, then the court reporter   02:35
4     can put that in and then whoever is reading   02:35
5     this will have an understanding, because we   02:35
6     would then have to agree to attach as an   02:35
7     exhibit to the deposition the transcript of   02:35
8     that audio, this way the reader of the   02:35
9     transcript will have accessible what   02:35
10    exactly was said on the audio.   02:35
11        MR. CONNOLLY:  You would also need   02:35
12    to attach as an exhibit the disk.   02:35
13        MR. GRAFF:  That's what I had in   02:35
14    mind originally, and so I am clear, if I   02:35
15    can get you the track and the time number,   02:35
16    but not a transcript --   02:35
17        MR. NOVIKOFF:  We can go forward   02:35
18    with the questioning.   02:35
19        MR. CONNOLLY:  Based upon your   02:35
20    representation that it's two tracks of   02:35
21    approximately two minutes.   02:35
22        MR. NOVIKOFF:  Right.   02:35
23        MR. GRAFF:  Okay.  Let's take a   02:36
24    break.  I think I can get that information.   02:36
25        (Recess was taken from 2:36 to   02:36

Page 155

Moran

1
2     2:54.)   02:36
3         MR. NOVIKOFF:  After considerable   02:36
4     discussion with Mr. Graff and Mr. Connolly   02:54
5     and I, we have agreed to go forward with   02:54
6     the examination with regard to two excerpts   02:54
7     from audio tapes which Mr. Graff has   02:54
8     represented have already been produced so   02:54
9     that he can inquire with the witness with   02:55
10    regard to what we will be listening to.   02:55
11    The representation has been made that these   02:55
12    excerpts are approximately two minutes in   02:55
13    length each.  We will be walking out today   02:55
14    with a disk or disks containing both   02:55
15    excerpts and that the court reporter will   02:55
16    undertake her best efforts to transcribe   02:55
17    what we will hear, although she will not   02:55
18    certify that as to the accuracy of these   02:55
19    two audio tape excerpts.   02:55
20        Mr. Graff, does that represent what   02:55
21    we have agreed to?   02:55
22        MR. GRAFF:  Yes, and just in case   02:55
23    your copies get lost, we will be actually   02:55
24    marking the disks that I play.   02:55
25        The first excerpt is contained on   02:55

Page 156

Moran

1
2     the disk with the case caption on it.  I   02:55
3     have copies for Mr. Connolly and   02:56
4     Mr. Novikoff.   02:56
5         MR. NOVIKOFF:  So also what we will   02:56
6     get from you is at least an identification   02:56
7     of what track it came from and the second   02:57
8     and the period of time within that track   02:57
9     that these disks that had audio we are   02:57
10    listening to.   02:57
11        MR. GRAFF:  Yes.   02:57
12        MR. NOVIKOFF:  Okay.   02:57
13        (Audio excerpt was played.)   02:57
14        *** Uncertified transcription ***   02:57
15        VOICE 1:  Well, what the hell did he   02:57
16    say in that meeting?   02:57
17        VOICE 2:  I don't know.   02:57
18        VOICE 1:  Because I remember calling   02:57
19    you that night to find out what was said at   02:57
20    the meeting and then something with this   02:57
21    wire and shit with Eddie.  What the hell?   02:57
22        VOICE 2:  (Inaudible) I think he   02:57
23    said -- (inaudible) -- wear a wire --   02:57
24    (inaudible) -- Talking about wearing a wire   02:57
25    (inaudible).   02:57

Page 157

Moran

1
2         VOICE 1:  Who was wearing the wire   02:57
3     or was gonna wear the wire or whatever with   02:57
4     this wire?   02:57
5         VOICE 2:  (Inaudible) was gonna wear   02:57
6     a wire -- (inaudible) -- I don't know who   02:58
7     did it or -- (inaudible) -- I don't know --   02:58
8     (inaudible).   02:58
9         *** Uncertified transcription ***   02:58
10        MR. NOVIKOFF:  I am going to state   02:58
11    that before this witness will answer   02:58
12    questions, you need to lay a foundation   02:58
13    with regard to whether or not he even   02:58
14    understood what was being said on this tape   02:58
15    from the audio standpoint.   02:58
16    Q.   Mr. Moran, were you able to identify   02:58
17    either of the voices on that tape?   02:59
18    A.   Yes.   02:59
19    Q.   Were you able to identify both?   02:59
20    A.   Yes.   02:59
21    Q.   Whose voices were they?   02:59
22    A.   Myself and Kevin Lamm.   02:59
23    Q.   And were you able to understand   02:59
24    anything that you said in your voice on the   02:59
25    tape?   02:59

Page 158

Moran

1
2    A.   No.                              02:59
3    Q.   Were you able to hear the word   02:59
4  "wire" in your voice?                   02:59
5    A.   Yes.                             02:59
6    Q.   Were you able to hear a reference to   02:59
7  something about a guy who got beat up or to   02:59
8  Gilberd?                                02:59
9    A.   Repeat. What?                    02:59
10   Q.   Did you hear a reference to a wire   02:59
11 connected to somebody beat up or Gilberd?   02:59
12   A.   No.                              02:59
13   Q.   Do you recall the conversation?  02:59
14   A.   No.                              02:59
15   Q.   Do you recall that you ever spoke to   02:59
16 Kevin Lamm about what was said at a meeting   02:59
17 about why they were let go?              02:59
18   A.   No.                              02:59
19        MR. NOVIKOFF: Your answer is no.  02:59
20   A.   No.                              02:59
21   Q.   Do you recall whether anyone ever   02:59
22 said anything to you with respect to a reason   03:00
23 for plaintiffs being let go having something to   03:00
24 do with a wire?                         03:00
25        MR. NOVIKOFF: Objection. Asked and   03:00

TSG Reporting - Worldwide  (877) 702-9580

Page 159

Moran

1
2  answered. He answered that this morning.   03:00
3  I think your question should be,         03:00
4  respectfully, does anything he heard     03:00
5  refresh his recollection, not whether what   03:00
6  he recalled, because he has already      03:00
7  answered that question.                  03:00
8        MR. GRAFF: Absolutely. I thought   03:00
9  it was easier than trying to make him    03:00
10 remember his prior testimony.            03:00
11       MR. NOVIKOFF: I am going to object   03:00
12 to the question.                        03:00
13       You can answer it.                 03:00
14   A.   No.                              03:00
15   Q.   And does anything here refresh your   03:00
16 recollection about that?                 03:00
17   A.   No.                              03:00
18   Q.   As you sit here today, do you      03:00
19 believe that you ever said anything to Kevin   03:00
20 Lamm about wearing a wire and George Hesse?   03:00
21       MR. CONNOLLY: Objection.           03:00
22       MR. NOVIKOFF: Objection. The audio   03:00
23 speaks for itself. The audio clearly      03:00
24 states in his voice, from what I understand   03:00
25 from what the witness said he heard his   03:00

TSG Reporting - Worldwide  (877) 702-9580

Page 160

Moran

1
2  voice say the word "wire," so if you are   03:01
3  asking him if he ever believes he said it,   03:01
4  I don't understand the question in light of   03:01
5  the fact that he has already testified that   03:01
6  he heard his voice say the word "wire."   03:01
7        MR. CONNOLLY: Ari, I am going to   03:01
8  request, and you guys can work it out    03:01
9  however you want it, I would like to listen   03:01
10 to it a second time.                     03:01
11       MR. GRAFF: I was just going to ask   03:01
12 if he wouldn't mind, I know the quality is   03:01
13 poor, but I am going to play the same    03:01
14 recording once more.                     03:01
15       MR. NOVIKOFF: Now I object to that,   03:01
16 Ari, and let me state for the record, you   03:01
17 have now played this audio tape once. The   03:01
18 witness indicated that he does not       03:01
19 understand some of what he said on that   03:01
20 because of the quality of the audio. He   03:01
21 has identified that it's him, he has     03:01
22 identified that it's Kevin Lamm on the   03:01
23 other end, he has answered yes that he did   03:01
24 hear that he used the word "wire." What he   03:01
25 heard does not refresh his recollection as   03:01

TSG Reporting - Worldwide  (877) 702-9580

Page 161

Moran

1
2  to the conversation. What's the purpose of   03:01
3  playing it again?                        03:01
4        MR. GRAFF: I am going to play one   03:02
5  minute and twelve seconds again in case he   03:02
6  is able to hear any more the second time   03:02
7  through.                                 03:02
8        MR. NOVIKOFF: Well, you should ask   03:02
9  him does he think if you play it again will   03:02
10 it refresh his recollection. If he       03:02
11 doesn't, then I think it is harassment.   03:02
12   Q.   Do you think that if --           03:02
13   A.   No.                              03:02
14   Q.   You think you won't understand     03:02
15 anything more?                           03:02
16   A.   No.                              03:02
17       MR. CONNOLLY: What I am going to   03:02
18 request is to the extent there is going to   03:02
19 be any further questioning of the witness   03:02
20 in this regard, that I be provided an    03:02
21 opportunity to listen to it a second time,   03:02
22 if need be, out of his presence.         03:02
23       MR. NOVIKOFF: That would be        03:02
24 appropriate.                            03:02
25       MR. GRAFF: Okay. Well, if         03:02

TSG Reporting - Worldwide  (877) 702-9580

Page 162

```
1              Moran
2    Mr. Moran has testified to as much as he    03:02
3    understood from this and doesn't believe    03:02
4    that he will be able to hear it more        03:02
5    clearly the second time, I am going to not  03:02
6    continue with questions.                    03:02
7         MR. CONNOLLY: Okay, then I won't       03:02
8    need to listen to it, but Ari, my concern   03:02
9    is that I didn't get a good listen -- I got 03:02
10   a good listen. A lot of it I was unable to  03:02
11   understand.                                 03:03
12        MR. NOVIKOFF: I will represent that    03:03
13   if you go through with any witness word by  03:03
14   word in slow motion or whatever, I'm sure   03:03
15   any witness will hear better than the first 03:03
16   time. Do you understand what I am saying?   03:03
17        MR. GRAFF: So then what's your         03:03
18   objection --                                03:03
19        MR. NOVIKOFF: Well, you are doing      03:03
20   it at the same speed. You are not breaking  03:03
21   it down.                                    03:03
22        MR. GRAFF: I can pause it at points    03:03
23   to ask what he heard.                       03:03
24        MR. NOVIKOFF: The witness has          03:03
25   said -- well, he has answered your          03:03
```
TSG Reporting - Worldwide  (877) 702-9580

Page 163

```
1              Moran
2    question. What you do -- I can't            03:03
3    physically stop you from putting the disk   03:03
4    in the tape recorder and playing it and I   03:03
5    can't physically stop you from asking the   03:03
6    question. I am objecting to it.             03:03
7         MR. GRAFF: So I am going to replay     03:03
8    a couple of segments of that minute and     03:03
9    twelve seconds subject to Mr. Novikoff's    03:03
10   objection.                                  03:03
11        Mr. Connolly, do you need a break to   03:03
12   listen to it or do you want to listen to it 03:03
13   this time through?                          03:03
14        MR. CONNOLLY: I would like to          03:03
15   listen to it one time before -- I would     03:03
16   like to listen to it another time. Then     03:03
17   you can do what you need to do in terms of  03:04
18   questioning the witness.                    03:04
19        MR. GRAFF: Okay, and is your           03:04
20   "another time" now when I play it or do you 03:04
21   want to listen to it privately?             03:04
22        MR. CONNOLLY: I want to listen to      03:04
23   it privately. Why don't we break and you   03:04
24   can play it for me.                         03:04
25        MR. NOVIKOFF: Well, let's just         03:04
```
TSG Reporting - Worldwide  (877) 702-9580

Page 164

```
1              Moran
2    finish this line of questioning with this   03:04
3    witness first.                              03:04
4         MR. CONNOLLY: But I wanted to be       03:04
5    able to hear it so I could follow better.   03:04
6         MR. GRAFF: It's up to you.             03:04
7         MR. CONNOLLY: It's a minute and        03:04
8    twenty seconds. Let him take a bathroom     03:04
9    break and let me listen to it.              03:04
10        (Recess was taken from 3:04 to         03:04
11   3:06.)                                      03:04
12        MR. NOVIKOFF: Let's on the record      03:07
13   indicate what's going on. Mr. Graff is      03:08
14   going to again play the same recording that 03:08
15   he played for Mr. Moran. He is going to     03:08
16   play it a second time. Correct?             03:08
17        MR. GRAFF: Yes.                        03:08
18        MR. NOVIKOFF: You don't need to say    03:08
19   anything more. Then what you do you do.     03:08
20        (Audio excerpt played.)                03:08
21        MR. NOVIKOFF: I am going to            03:09
22   represent on the record that that last part 03:10
23   of the tape that we just heard now the      03:10
24   second time was not played the first time,  03:10
25   there was a reference to the word           03:10
```
TSG Reporting - Worldwide  (877) 702-9580

Page 165

```
1              Moran
2    "Gilbert," and so your question prior to    03:10
3    playing it the second time made reference   03:10
4    to Gilbert, which my client -- I don't      03:10
5    recall what his answer was at the time, but 03:10
6    you now played two different -- not two     03:10
7    different. You played -- the second         03:10
8    recording was different in length and in    03:10
9    content than the first recording, that's    03:10
10   the only thing I want to represent, and the 03:10
11   court reporter, from my understanding, did  03:10
12   not take down the last part of the second   03:10
13   audio that we heard, which was just an      03:10
14   extension of the first recording.           03:10
15        MR. GRAFF: The first recording the     03:10
16   first time we listened I stopped it at 112. 03:10
17   In fact, it runs to 128. It was             03:10
18   unintentional. I thought I heard in that    03:10
19   first 112 a reference to Gilbert. That's    03:10
20   it.                                         03:10
21        MR. NOVIKOFF: Okay. So now your        03:10
22   question is now that you have played it a   03:10
23   second time --                              03:11
24   Q.  Mr. Moran, having listened to this a    03:11
25   second time, do you have any recollection of 03:11
```
TSG Reporting - Worldwide  (877) 702-9580

Page 166

Moran

1
2   what it was that you were talking about in this   03:11
3   portion of the conversation?   03:11
4       MR. NOVIKOFF:  And just so the   03:11
5   record is clear, you are asking this   03:11
6   witness if by hearing this audio tape, to   03:11
7   the extent he even understood it, does that   03:11
8   refresh his recollection today as to what   03:11
9   he said to Kevin Lamm whenever he had a   03:11
10  conversation with Kevin Lamm?   03:11
11      A.  No.   03:11
12      Q.  Does it refresh your recollection as   03:11
13  to whether you said anything to Kevin Lamm   03:11
14  about a wire?   03:11
15      A.  No.   03:11
16      Q.  Does it refresh your recollection as   03:11
17  to whether you said anything to Kevin Lamm   03:11
18  about Gilberd?   03:11
19      A.  No.   03:11
20      Q.  Does it refresh your recollection as   03:11
21  to whether you said anything to Kevin Lamm   03:11
22  about some guy being beat up?   03:11
23      A.  No.   03:11
24      Q.  Does it refresh your recollection as   03:11
25  to whether you ever discussed with anyone at   03:11

Page 167

Moran

1
2   Ocean Beach in the Police Department the   03:11
3   subject of anyone else wearing a wire?   03:11
4       A.  No.   03:11
5       MR. NOVIKOFF:  Okay.   03:11
6       MR. GRAFF:  That's the end of   03:12
7   questions on that tape.   03:12
8       (Moran Exhibit 6, CD labeled Carter   03:12
9   et al., v. Incorporated Village of Ocean   03:12
10  Beach, et al., Disk C, marked for   03:12
11  identification.)   03:13
12      MR. NOVIKOFF:  We would ask the   03:13
13  court reporter to give it her best to try   03:13
14  to transcribe this as well, understanding   03:13
15  that if it's like the last one, it may be   03:13
16  difficult.   03:13
17      (Audio excerpt was played.)   03:13
18      *** Uncertified Transcription ***   03:13
19      VOICE 1:  So the last time I spoke   03:13
20  to you was, I don't know, like a month ago.   03:13
21  A month ago you said that JT was MIA from   03:13
22  the Village, huh?   03:13
23      VOICE 2:  Yeah -- (inaudible) --   03:13
24  last month -- (inaudible).   03:13
25      VOICE 1:  Okay.  So he hasn't been   03:13

Page 168

Moran

1
2   in the Village?   03:13
3       VOICE 2:  No -- (inaudible) -- I saw   03:13
4   him on Thursday.  He is back in the   03:13
5   Village -- (inaudible).   03:14
6       VOICE 1:  So what do they think.   03:14
7   They think it was drugs or what?   03:14
8       VOICE 2:  (Inaudible).   03:14
9       VOICE 1:  Ian?  What Ian?   03:14
10      VOICE 2:  (Inaudible).   03:14
11      VOICE 1:  Oh, Levine?   03:14
12      VOICE 2:  Yeah, yeah -- (inaudible).   03:14
13      VOICE 1:  He is a what?  I'm sorry,   03:14
14  you are breaking up again.   03:14
15      VOICE 2:  (Inaudible).   
16      VOICE 1:  Ian.   
17      VOICE 2:  (Inaudible).   
18      VOICE 1:  (Inaudible).   
19      VOICE 2:  (Inaudible).   
20      VOICE 1:  Yeah.   
21      VOICE 2:  (Inaudible).   
22      VOICE 1:  Oh, something that he   03:14
23  gave -- (inaudible).   03:14
24      VOICE 2:  (Inaudible) -- bad   03:14
25  stuff -- (inaudible).   03:14

Page 169

Moran

1
2       VOICE 1:  Holy shit, he was selling   03:15
3   bad stuff around that village, huh?   03:15
4       *** Uncertified Transcription ***   03:15
5       (Moran Exhibit 7, CD labeled Carter   03:15
6   et al., v. Incorporated Village of Ocean   03:15
7   Beach, et al., Disk A, marked for   03:15
8   identification.)   03:16
9       Q.  Mr. Moran, can you recognize any of   03:16
10  the voices on that recording?   03:16
11      A.  Yes.   03:16
12      Q.  And what voices did you recognize?   03:16
13      A.  Myself and Kevin Lamm.   03:16
14      Q.  Did you understand anything of what   03:16
15  you were recorded as saying on that recording?   03:16
16      A.  No.   03:16
17      MR. NOVIKOFF:  Note my objection to   03:16
18  the form of that question.   03:16
19      Q.  Having listened to this recording,   03:16
20  does it refresh your recollection of any   03:17
21  conversation you may have had with Kevin Lamm?   03:17
22      A.  No.   03:17
23      Q.  Did you hear in your voice the word   03:17
24  "cokehead" once or more times?   03:17
25      A.  No.   03:17

```
 1            Moran
 2      Q.  Did you hear any reference to      03:17
 3  selling drugs or bad shit around the Village?  03:17
 4      MR. NOVIKOFF:  To the witness      03:17
 5  selling drugs or bad shit around the    03:17
 6  village?                               03:17
 7      MR. GRAFF:  No, to those --        03:17
 8      MR. NOVIKOFF:  Oh, to those words,  03:17
 9  okay.                                  03:17
10      A.  No.  The audio was a horrible   03:17
11  quality.                               03:17
12      Q.  Did you hear any reference to Ian  03:17
13  Levine being George Hesse's friend?    03:17
14      A.  No.                            03:17
15      MR. NOVIKOFF:  Did he hear any      03:17
16  reference to Ian Levine or did he hear any  03:17
17  reference to -- because I heard reference  03:17
18  to Ian Levine.  I don't think I heard   03:17
19  reference to being George's friend.     03:17
20      Q.  Did you hear a reference to Ian  03:17
21  Levine?                                03:17
22      A.  Yes, I did.                    03:17
23      Q.  Did you hear a reference to Ian  03:17
24  Levine being George's friend?          03:17
25      A.  No.                            03:17
```

```
 1            Moran
 2      Q.  Did you hear a reference to JT?  03:17
 3      MR. NOVIKOFF:  I am going to object,  03:17
 4  Ari.                                   03:18
 5      A.  What are you --                03:18
 6      MR. NOVIKOFF:  No.  If the question  03:18
 7  is does anything here refresh his       03:18
 8  recollection, that's appropriate.  If the  03:18
 9  question is does he recall the          03:18
10  conversation, that's appropriate.  If you  03:18
11  are going to ask him, and I should have  03:18
12  objected a couple of questions ago and I am  03:18
13  putting on the record I am, did he hear a  03:18
14  reference to, then I am objecting, because  03:18
15  the audio speaks for itself.  If there is a  03:18
16  reference to the names or the words or the  03:18
17  phrases that you are referring to, then   03:18
18  they either appear or they don't appear on  03:18
19  this audio.  What you are then asking this  03:18
20  witness, though, is essentially a hearing  03:18
21  test.  Your hearing is different than my   03:18
22  hearing, which is different than the court  03:18
23  reporter's, different than Mr. Fiorillo's,  03:18
24  different than the witness'.             03:18
25      MR. GRAFF:  Exactly.  I am trying to  03:18
```

```
 1            Moran
 2  ascertain whether the witness had better   03:18
 3  hearing of anything on this than anyone   03:18
 4  else.                                  03:18
 5      MR. NOVIKOFF:  Again, the tape says  03:18
 6  what it says.  Unless you are going to test  03:18
 7  on this witness' hearing -- I mean, are you  03:18
 8  going to represent that you heard those   03:18
 9  words?                                 03:18
10      MR. GRAFF:  I am, but I have        03:19
11  listened to it a few more times.        03:19
12      MR. NOVIKOFF:  Okay.  There you go.  03:19
13      Q.  Did you hear reference to JT?   03:19
14      MR. NOVIKOFF:  If you could.        03:19
15      A.  Yes, I did.                    03:19
16      Q.  And do you recall discussing JT with  03:19
17  Kevin Lamm in any telephone conversation?  03:19
18      A.  No.                            03:19
19      Q.  Do you recall independent of this  03:19
20  recording whether JT had a girlfriend at some  03:19
21  point between 2006 and the present who passed  03:19
22  away?                                  03:19
23      A.  Rephrase your question.        03:19
24      Q.  Do you recall whether JT who works  03:19
25  at CJ's bar from 2006 to today ever had a  03:19
```

```
 1            Moran
 2  girlfriend who passed away?            03:19
 3      MR. NOVIKOFF:  Objection to form.   03:19
 4      A.  I can't recall at this time.    03:19
 5      Q.  Do you recall ever discussing with  03:19
 6  anyone the subject of illegal drug use in Ocean  03:19
 7  Beach?                                 03:19
 8      A.  No.  I can't recall.           03:19
 9      MR. GRAFF:  I thank you very much   03:19
10  for your time.  I am concluded for now.  03:19
11      MR. NOVIKOFF:  Mr. Connolly is going  03:20
12  to go and then I will have some questions  03:20
13  for you.                               03:20
14  EXAMINATION BY                         03:20
15  MR. CONNOLLY:                          03:20
16      Q.  Mr. Moran, how long have you known  03:20
17  Ed Carter?                             03:20
18      A.  About three years.             03:20
19      Q.  And had you first met Mr. Carter  03:20
20  through your employment at Ocean Beach?  03:20
21      A.  Yes.                           03:20
22      Q.  And since April of 2006, have you  03:20
23  seen Mr. Carter?                       03:20
24      A.  No.                            03:20
25      Q.  Since April of 2006 have you had any  03:20
```

Page 174

```
 1           Moran
 2   conversations with Mr. Carter?          03:20
 3     A.   No.                      03:20
 4     Q.   For how long have you known Kevin   03:20
 5   Lamm?                          03:20
 6     A.   Ten years.                03:20
 7     Q.   And did you know Mr. Lamm in the   03:20
 8   course of Ocean Beach?              03:21
 9     A.   Yes.                     03:21
10     Q.   And how did you first meet Mr. Lamm?   03:21
11     A.   When I started as a dockmaster.    03:21
12     Q.   And how about Mr. Fiorillo?        03:21
13     A.   I met him when he first -- when I   03:21
14   was a dockmaster on his first season as a cop.   03:21
15     Q.   And had you seen Mr. Fiorillo since   03:21
16   April of 2006?                    03:21
17     A.   No.                      03:21
18     Q.   Have you spoken with Mr. Fiorillo   03:21
19   since April of 2006?               03:21
20     A.   No.                      03:21
21     Q.   When did you first meet Mr. Nofi?   03:21
22     A.   When his first summer with the     03:21
23   Village.                        03:21
24     Q.   And how many years ago was that?   03:21
25     A.   I can't recall the exact date.  His   03:21
```

Page 175

```
 1           Moran
 2   first summer working.               03:21
 3     Q.   Since April of 2006 have you seen    03:21
 4   Mr. Nofi?                       03:21
 5     A.   No.                      03:21
 6     Q.   Since April of 2006 have you had any   03:21
 7   conversations with Mr. Nofi?          03:21
 8     A.   Just that one time when he called me   03:21
 9   a while ago.  That was it.            03:22
10     Q.   And who initiated that conversation?   03:22
11     A.   He called me.               03:22
12     Q.   And where were you when you had that   03:22
13   conversation?                    03:22
14     A.   I was in my car working with the     03:22
15   city, driving around.               03:22
16     Q.   That was on a cell phone?          03:22
17     A.   Yes, sir.                 03:22
18     Q.   Had you provided the cell phone    03:22
19   number to Mr. Nofi?                 03:22
20     A.   Repeat your --              03:22
21     Q.   Did you provide your cell phone    03:22
22   number to Mr. Nofi?                 03:22
23     A.   No.                      03:22
24     Q.   And when did you first meet Tom    03:22
25   Snyder?                         03:22
```

Page 176

```
 1           Moran
 2     A.   When I was dockmaster.          03:22
 3     Q.   Okay.  How many years ago was that?   03:22
 4     A.   Probably like six years ago        03:22
 5   probably.                       03:22
 6     Q.   And since April of 2006 have you had   03:22
 7   any contact with Mr. Snyder?          03:22
 8     A.   No.                      03:23
 9     Q.   And since April of 2006 have you had   03:23
10   any conversations with Mr. Snyder?       03:23
11     A.   No.                      03:23
12     Q.   I believe earlier you indicated that   03:23
13   your family has maintained a home on Ocean   03:23
14   Beach for many years now; is that correct?   03:23
15     A.   Yes.                     03:23
16     Q.   How long has the family owned a    03:23
17   home?                          03:23
18     A.   Since 1979.                03:23
19     Q.   Can you tell me how many people     03:23
20   reside in the Village of Ocean Beach off   03:23
21   season?                         03:23
22           MR. GRAFF:  Objection.         03:23
23     A.   About 200 people year round, 250.   03:23
24     Q.   And how many residents or visitors   03:23
25   are in Ocean Beach during the summer season?   03:23
```

Page 177

```
 1           Moran
 2           MR. GRAFF:  Objection.         03:23
 3     Q.   On a daily basis?              03:23
 4           MR. GRAFF:  Objection.         03:23
 5     A.   Usually triple that number.        03:23
 6     Q.   So that would be 600 people?       03:23
 7     A.   No, maybe a thousand, if that.     03:24
 8   Basically it grows in size.           03:24
 9     Q.   Did you ever have a conversation     03:24
10   with George Hesse regarding Kevin Lamm?       03:24
11     A.   Yes.                     03:24
12     Q.   When did that conversation occur?   03:24
13           MR. GRAFF:  Objection.         03:24
14     A.   I can't recall the exact.         03:24
15     Q.   Was that conversation after April of   03:24
16   2006?                          03:24
17     A.   Yes.                     03:24
18     Q.   Where were you during the -- where   03:24
19   did the --                      03:24
20     A.   Oh, it was the police station.     03:24
21     Q.   So it occurred in the police       03:24
22   station?                        03:24
23     A.   Yes.                     03:24
24     Q.   What exactly did Mr. Hesse say to    03:24
25   you regarding Mr. Lamm?               03:25
```

Moran

1
2     A.   The whole thing with his review, I   03:25
3   guess, that he got a review for the -- because   03:25
4   he wanted to get on the job with the Suffolk PD   03:25
5   and that he got some review he had to fill out   03:25
6   for Kevin and that was it.   03:25
7     Q.   Did you ever see a copy of this   03:25
8   review?   03:25
9     A.   No.   03:25
10    Q.   Did you ever speak to anybody in   03:25
11  Suffolk -- within the Suffolk County --   03:25
12  withdrawn.   03:25
13        Do you know for whom the review was   03:25
14  for?   03:25
15        MR. GRAFF:  Objection.   03:25
16    A.   It was for Kevin, but he didn't say   03:25
17  what the exact details of what it entailed.   03:26
18    Q.   Can you be specific as to what   03:26
19  George said?   03:26
20    A.   I can't.  I can't recall.   03:26
21    Q.   Do you know in what regard the   03:26
22  review was made?   03:27
23    A.   No.   03:27
24    Q.   Do you know for whom the review was   03:27
25  made?  I don't mean Kevin.  Who was the review   03:27

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2   given to?   03:27
3     A.   I don't know.   03:27
4     Q.   Earlier you testified about a   03:27
5   meeting of officers that occurred on April 2nd,   03:27
6   2006.  Correct?   03:27
7     A.   Yes.   03:27
8     Q.   Do you have a recollection of seeing   03:27
9   Ed Carter that day?   03:27
10    A.   No, I can't recall that.   03:27
11    Q.   Do you have a recollection of seeing   03:27
12  Tom Snyder that day?   03:28
13    A.   No, I can't recall.   03:28
14    Q.   Do you have a recollection of seeing   03:28
15  Kevin Lamm that day?   03:28
16    A.   Yes.   03:28
17    Q.   Do you have a recollection of seeing   03:28
18  Frank Fiorillo that day?   03:28
19    A.   I can't recall.   03:28
20    Q.   Do you have a recollection of seeing   03:28
21  Joe Nofi that day?   03:28
22    A.   I can't recall.   03:28
23        MR. CONNOLLY:  I have no further   03:28
24  questions.  Thank you.   03:28
25        MR. NOVIKOFF:  I have a few   03:28

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2   questions, just to clear up some things.   03:28
3   EXAMINATION BY   03:28
4   MR. NOVIKOFF:   03:28
5     Q.   Mr. Graff asked you a couple of   03:28
6   questions about radio codes.  Do you remember   03:28
7   that?   03:28
8     A.   Yes.   03:28
9     Q.   And as a dispatcher are the -- only   03:28
10  with regard to conversations that you are on,   03:29
11  are codes the only way police officers   03:29
12  communicate with each other over the radio,   03:29
13  police radio?   03:29
14        MR. GRAFF:  Objection.   03:29
15        MR. NOVIKOFF:  What's the objection?   03:29
16        MR. GRAFF:  Presumably other than   03:29
17  codes they say words.   03:29
18        MR. NOVIKOFF:  Well, that's what I   03:29
19  am trying to ascertain from the witness.   03:29
20        MR. GRAFF:  But I think your   03:29
21  question makes it unclear do they   03:29
22  communicate in anything other than code on   03:29
23  the radio.   03:29
24    Q.   Okay.  Do they communicate in your   03:29
25  experience, the dispatcher, in any other manner   03:29

TSG Reporting - Worldwide  (877) 702-9580

Moran

1
2   other than through codes?   03:29
3     A.   When I do -- when I am on the desk,   03:29
4   I use the ten codes plus plain English.   03:29
5     Q.   What do you mean by "plain English"?   03:29
6     A.   Let's say, for example, there is a   03:29
7   fight.  For Suffolk PD it's 1016, fight.  I   03:29
8   would say XYZ officer, 1016, fight, at such and   03:29
9   such address, such and such a place, for me how   03:29
10  I do it, to clarify what the call would be.   03:29
11    Q.   Okay.  So if I understand you   03:30
12  correctly, if you -- when you are   03:30
13  dispatching -- and you have been a dispatcher   03:30
14  since 2006; right?   03:30
15    A.   Yes.   03:30
16    Q.   You would give, for example, a 1016?   03:30
17    A.   Yes.   03:30
18    Q.   And then you would in plain English   03:30
19  describe to the best of your ability what is   03:30
20  transpiring?   03:30
21    A.   Correct.   03:30
22    Q.   And are you a voluntary fireman?   03:30
23    A.   Yes.   03:30
24    Q.   For whom?   03:30
25    A.   Right now I am Village of Tarrytown   03:30

TSG Reporting - Worldwide  (877) 702-9580

Page 182

Moran

1  Fire Department.                                03:30
2  Fire Department.                                03:30
3      Q.   Does the volunteer Fire Department    03:30
4  in Tarrytown use plain English as well as      03:30
5  codes?                                         03:30
6      A.   We just use plain English.  No more   03:30
7  ten codes.                                     03:30
8      Q.   Why is that, from the best of your    03:30
9  knowledge?                                     03:30
10     A.   From what FEMA mandates, that they    03:30
11 have to go to plain English, a couple of years 03:30
12 ago.                                           03:30
13     Q.   Now, Mr. Graff at the beginning of    03:30
14 this deposition asked you certain questions    03:30
15 about what transpired in April of 2006         03:30
16 concerning the plaintiffs and I believe your   03:31
17 answer was that they were let go.  Do you      03:31
18 recall giving that answer?                     03:31
19     A.   Yes.                                  03:31
20     Q.   What do you mean by "let go"?         03:31
21     A.   That they weren't hired back for the  03:31
22 season.                                        03:31
23     Q.   Okay.  So, to your knowledge, were    03:31
24 they fired?                                    03:31
25     A.   Yeah, I thought they were fired or    03:31

TSG Reporting - Worldwide  (877) 702-9580

Page 183

Moran

1  let go.                                        03:31
2  let go.                                        03:31
3      Q.   Okay.  And what makes you think that  03:31
4  they were fired as opposed to not just rehired? 03:31
5      A.   Because we are basically seasonal     03:31
6  employees.  If the Village wants us, let us go 03:31
7  or fire us, it is what it is.                  03:31
8      Q.   Okay, fine.  Now, let's just go over  03:31
9  your employment history a little bit with the  03:31
10 Village.  Starting in 1999 you were a          03:31
11 dockmaster?                                    03:31
12     A.   Yes.                                  03:31
13     Q.   And how many hours per week did you   03:31
14 work on average that first year?               03:31
15     A.   Eight hours a day, so 40 hours a      03:32
16 week.                                          03:32
17     Q.   And did you have any other full-time  03:32
18 employment at that time?                       03:32
19     A.   No, that was it.                      03:32
20     Q.   Through what year were you a          03:32
21 dockmaster for which you worked 40 hours a week 03:32
22 on average?                                    03:32
23     A.   From '99 to 2003.                     03:32
24     Q.   And what occurred in or around        03:32
25 2003 -- well, and after 2003 were you a        03:32

TSG Reporting - Worldwide  (877) 702-9580

Page 184

Moran

1
2  dockmaster in 2004?                            03:32
3      A.   Yes.                                  03:32
4      Q.   Okay.  And how many hours per week    03:32
5  in 2004 did you work as a dockmaster?          03:32
6      A.   Eight hours on the weekends.          03:32
7      Q.   And can you explain why from '99      03:32
8  through 2003 you worked 40 hours a week and in 03:32
9  2004 you worked eight hours a week on average? 03:32
10     A.   On average, between those -- the      03:32
11 first was my only job for the summer, like a   03:32
12 summer job.  Then after 2003 I hired with the  03:32
13 Fire Department, so that was my full-time       03:32
14 position, and then after that I worked just    03:32
15 weekends.                                      03:32
16     Q.   Who hired you in 1999 to be a         03:32
17 dockmaster?                                    03:33
18     A.   Chief Paradiso.                       03:33
19     Q.   And who hired you in 2006 to be a     03:33
20 dispatcher?                                    03:33
21     A.   George Hesse.                         03:33
22     Q.   Did George Hesse hire you in 2000?    03:33
23     A.   No.                                   03:33
24     Q.   Did George Hesse hire you in 2001?    03:33
25     A.   No.                                   03:33

TSG Reporting - Worldwide  (877) 702-9580

Page 185

Moran

1
2      Q.   Did George Hesse hire you in 2002?    03:33
3      A.   No.                                   03:33
4      Q.   Did George Hesse hire you in 2003?    03:33
5      A.   No.                                   03:33
6      Q.   Did George Hesse hire you in 2004?    03:33
7      A.   No.                                   03:33
8      Q.   Now, Mr. Graff asked you a couple of  03:33
9  questions about who assigned you while you were 03:33
10 a dockmaster to work as a dispatcher on certain 03:33
11 occasions.  Do you remember that?              03:33
12     A.   Yes.                                  03:33
13     Q.   I believe, and correct me if I am     03:33
14 wrong, you testified that it was George Hesse. 03:33
15 Correct?                                       03:33
16     A.   Uh-huh.                               03:33
17     Q.   And in response to another question   03:33
18 Mr. Graff asked you whether it was             03:34
19 Mr. Paradiso, you answered no, that            03:34
20 Mr. Paradiso did not request you, to the best  03:34
21 of your recollection, to be a dispatcher while 03:34
22 you were a dockmaster; right?                  03:34
23     A.   That is correct, yes.                 03:34
24     Q.   To your knowledge, why was it that    03:34
25 George Hesse asked you and Mr. Paradiso didn't? 03:34

TSG Reporting - Worldwide  (877) 702-9580

Page 186

Moran

1

2      MR. GRAFF:  Objection.                03:34
3      MR. NOVIKOFF:  Go ahead, you can      03:34
4  answer.                                   03:34
5      A.   Chief Paradiso worked on the day  03:34
6  shift and then George worked on the night  03:34
7  shift, so usually nighttime is busier than the  03:34
8  daytime.  That's why we would --          03:34
9      **Q.   Between 1999 and 2003 on how many   03:34**
10 **shifts do you recall Chief Paradiso being the   03:34**
11 **person in charge when you were a dockmaster?   03:34**
12     MR. GRAFF:  Objection.                03:34
13     A.   One time, if that.               03:34
14     **Q.   One time if that?              03:34**
15     A.   Yes.                             03:34
16     MR. NOVIKOFF:  Was there an           03:34
17 objection?                                03:34
18     MR. GRAFF:  Yes.                      03:34
19     MR. NOVIKOFF:  What basis?            03:34
20     MR. GRAFF:  I'm not sure if I         03:34
21 followed your question.                   03:34
22     MR. NOVIKOFF:  Okay.  I will          03:34
23 rephrase it.                              03:34
24     **Q.   You were a dock master --      03:34**
25     A.   Yes.                             03:34

TSG Reporting - Worldwide  (877) 702-9580

Page 187

Moran

1

2      **Q.   -- during the 1999 season; correct?   03:34**
3      A.   Yes.                             03:34
4      **Q.   2000 season?                   03:35**
5      A.   Yes.                             03:35
6      **Q.   2001 season?                   03:35**
7      A.   Yes.                             03:35
8      **Q.   2002 season?                   03:35**
9      A.   Yes.                             03:35
10     **Q.   2003 season; correct?          03:35**
11     A.   Yes.                             03:35
12     **Q.   That's when you were working about   03:35**
13 **40 hours a week; correct?                03:35**
14     A.   Correct.                         03:35
15     **Q.   On how many of the shifts that you   03:35**
16 **had in 1999 through 2003 when you were   03:35**
17 **virtually a full-time seasonal employee for the   03:35**
18 **Village as a dockmaster did Chief Paradiso also   03:35**
19 **work with you on that shift, to the best of   03:35**
20 **your knowledge?                          03:35**
21     A.   I can't recall that right now.   03:35
22     **Q.   On how many -- so you can't recall?   03:35**
23     A.   Yes.                             03:35
24     **Q.   Less than five?                03:35**
25     A.   Yes.                             03:35

TSG Reporting - Worldwide  (877) 702-9580

Page 188

Moran

1

2      **Q.   So to the best of your recollection,   03:35**
3  **less than five occasions in that four-year   03:35**
4  **period Chief Paradiso was your supervisor   03:35**
5  **during your shift?                       03:35**
6      A.   Correct.                         03:35
7      **Q.   And on the other occasion it was   03:35**
8  **who?                                     03:35**
9      A.   George.                          03:35
10     **Q.   And I believe that Mr. Graff asked   03:35**
11 **you questions about whether or not you drank   03:36**
12 **some beers in the barracks?              03:36**
13     A.   Yes.                             03:36
14     **Q.   And I think the record will reflect   03:36**
15 **what your answer was.  Were you on duty or off   03:36**
16 **duty?                                    03:36**
17     A.   Off duty.                        03:36
18     **Q.   Mr. Graff asked you some questions   03:36**
19 **about Mr. Hesse's computer being used by other   03:36**
20 **people than Mr. Hesse.  Do you recall that?   03:36**
21     A.   Yes.                             03:36
22     **Q.   To your knowledge, was Mr. Hesse's   03:36**
23 **computer accessible to any police officer in   03:36**
24 **the station house?                       03:36**
25     A.   Yes.                             03:36

TSG Reporting - Worldwide  (877) 702-9580

Page 189

Moran

1

2      **Q.   Okay.  Same thing to a dispatcher?   03:36**
3      A.   Yes.                             03:36
4      **Q.   And now Mr. Graff asked you some   03:36**
5  **questions about two or three people asking for   03:36**
6  **George at the station house.  I think one of   03:36**
7  **them was JT, one of them was Ian Levine and the   03:36**
8  **other guy was Mr. Burns.  Do you recall that?   03:36**
9      A.   Yes.                             03:36
10     **Q.   Any other people in your time at the   03:36**
11 **station house ask for George Hesse?       03:37**
12     A.   Yes, numerous people.            03:37
13     **Q.   On more than one occasion?       03:37**
14     A.   Yes.                             03:37
15     **Q.   Other than those three people, did   03:37**
16 **you ever see others in George Hesse's office   03:37**
17 **having a conversation with him?          03:37**
18     A.   Yes.                             03:37
19     **Q.   And obviously Mr. Graff --       03:37**
20 **withdrawn.  Mr. Graff had you listen to certain   03:37**
21 **audio tapes of a phone conversation or phone   03:37**
22 **conversations or excerpts of those phone   03:37**
23 **conversations between you and your friend at   03:37**
24 **the time, Kevin Lamm.  Do you recall that?   03:37**
25     A.   Yes.                             03:37

TSG Reporting - Worldwide  (877) 702-9580

## Page 190

Moran

2  Q.  Did Mr. Lamm ever advise you that he  03:37
3  was taping the conversations?  03:37
4  A.  No.  03:37
5  Q.  To this day has Mr. Lamm ever  03:37
6  advised you that he has taped your  03:37
7  conversations?  03:37
8  A.  No.  03:37
9  Q.  In your view, is that an act of a  03:37
10  friend?  03:37
11  A.  No.  03:37
12  Q.  Have you ever observed any police  03:38
13  officers drinking in the bars of Ocean Beach  03:38
14  while on duty?  03:38
15  A.  No.  03:38
16  Q.  Have you ever witnessed George Hesse  03:38
17  drinking in the bars on Ocean Beach while on  03:38
18  duty?  03:38
19  A.  No.  03:38
20  MR. GRAFF:  Objection.  To the  03:38
21  extent that he knows if he was on or off  03:38
22  duty at the time he witnessed him.  03:38
23  MR. NOVIKOFF:  Okay.  03:38
24  Q.  Let's talk about Mr. Fiorillo for a  03:38
25  second.  Did there come a time that  03:38

TSG Reporting - Worldwide  (877) 702-9580

## Page 191

Moran

2  Mr. Fiorillo bragged about getting oral sex  03:38
3  from a woman in the barracks?  03:38
4  A.  Yes.  03:38
5  Q.  Can you describe what Mr. Fiorillo  03:38
6  said to you?  03:38
7  A.  You want me to --  03:38
8  Q.  Yes, please.  03:38
9  A.  In detail or --  03:38
10  Q.  In as much detail as you can  03:39
11  possibly recall.  03:39
12  A.  Okay.  We were at the station.  I  03:39
13  think it was his first year working and I was  03:39
14  back in the squad room and then he came in the  03:39
15  back, was sitting down in the back washing off  03:39
16  his hands and he said that he had -- he had  03:39
17  hooked up with some lady named Terry at the  03:39
18  time and he had to wash his hands because the  03:39
19  stench was very great.  03:39
20  Q.  Now, was Mr. Fiorillo on duty or off  03:39
21  duty at the time, according to Mr. Fiorillo?  03:39
22  A.  On duty.  03:39
23  Q.  So we are clear, Mr. Fiorillo told  03:39
24  you that he had gotten oral sex from a woman in  03:39
25  the barracks while on duty during his first  03:39

TSG Reporting - Worldwide  (877) 702-9580

## Page 192

Moran

2  year on the job?  03:40
3  A.  That is correct.  03:40
4  Q.  And there is absolutely no doubt in  03:40
5  your mind as you sit here today that that was  03:40
6  said by Mr. Fiorillo to you?  03:40
7  A.  He told me directly.  03:40
8  Q.  Right.  So there is absolutely no  03:40
9  doubt as you sit here today that Mr. Fiorillo  03:40
10  told you that while on duty he got oral sex  03:40
11  from a woman in police barracks?  03:40
12  A.  Yes.  03:40
13  Q.  There is no doubt?  03:40
14  A.  No.  He told me directly.  03:40
15  Q.  Let's talk about Mr. Nofi.  Did you  03:40
16  ever hear Mr. Nofi use the phrase "mother  03:40
17  fucker"?  03:40
18  A.  Yes.  03:40
19  Q.  In what context did you hear  03:40
20  Mr. Nofi use the phrase "mother fucker"?  03:40
21  A.  At times when he was on patrol, he  03:40
22  would, I guess, whistle and say, "come here,  03:40
23  mother fucker."  03:40
24  Q.  Who was he talking to?  03:40
25  A.  General public.  03:40

TSG Reporting - Worldwide  (877) 702-9580

## Page 193

Moran

2  Q.  All right.  Let me just understand  03:40
3  this then.  While Mr. Nofi was on duty as a  03:40
4  police officer, you personally witnessed him  03:40
5  blow his whistle in the direction of a civilian  03:40
6  and say to that civilian, "hey, you mother  03:41
7  fucker"?  03:41
8  A.  He said, "come here, mother fucker."  03:41
9  Q.  And based upon your interaction with  03:41
10  Mr. Nofi -- well, on how many occasions did you  03:41
11  hear Mr. Nofi do this?  03:41
12  A.  More than once.  It was a lot.  03:41
13  Q.  When you say "a lot," was it -- in  03:41
14  your presence -- withdrawn.  03:41
15  In your opinion, was it his normal  03:41
16  way of talking to civilians on Ocean Beach?  03:41
17  A.  At times, yes.  03:41
18  Q.  And for what purpose, if you know,  03:41
19  did he -- was he calling the civilians over  03:41
20  with his whistle and saying, "come over here,  03:41
21  mother fucker"?  03:41
22  MR. GRAFF:  Objection.  03:41
23  A.  I don't -- that's the way he was.  03:41
24  Q.  Was he acting, in your opinion, in  03:41
25  the capacity as a police officer?  03:41

TSG Reporting - Worldwide  (877) 702-9580

Page 194

Moran

1
2     A.   Yes.                              03:41
3     Q.   Was he issuing summonses at least in  03:41
4  your presence when he called these people over  03:41
5  and called them a mother fucker?           03:42
6     A.   At times, yeah, he would walk --   03:42
7  yeah, if he was -- if he saw something in   03:42
8  violation, he would say with his mouth --   03:42
9  whistle with his mouth and say, "come here,  03:42
10  mother fucker."                            03:42
11    Q.   Okay.  Let's talk about Ed Carter  03:42
12  for a second.                              03:42
13        Did there come a time in your       03:42
14  capacity as a dispatcher that you had to call  03:42
15  Ed Carter to answer -- to respond to a call and  03:42
16  that he was slow because he was sleeping?  03:42
17    A.   Yes.                              03:42
18    Q.   Can you describe when that took    03:42
19  place?                                    03:42
20    A.   When I was -- I can't give you the  03:42
21  exact year, but I was at the desk.  It was Ed  03:42
22  and -- Eddie was working and Tommy -- Tommy  03:42
23  Shore was working.                        03:42
24    Q.   Shore or Snyder?                   03:42
25    A.   Sorry.  Snyder.  I'm sorry.  Tommy  03:42

TSG Reporting - Worldwide  (877) 702-9580

Page 195

Moran

1  Snyder.  They were both upstairs in the    03:42
2  barracks.  Some lady was calling the station in  03:43
3  regards to -- she had like a wild animal, I  03:43
4  guess, in her chimney, so she kept calling to  03:43
5  see if we could respond to help her out, and  03:43
6  then as soon as I got down the information I  03:43
7  would normally radio it out to the officers,  03:43
8  respond, you know, and then a couple times --  03:43
9  once they told me to actually tell her to call  03:43
10  Animal Control and there was numerous         03:43
11  occasions, went back and forth.  Finally Chief  03:43
12  Paradiso at the time came on the radio and   03:43
13  heard this and told them to go on the call.  03:43
14
15    Q.   So how do you know as you sit here  03:43
16  today that Ed Carter was either in the barracks  03:43
17  sleeping or for some other reason unable to  03:43
18  answer the call promptly?                   03:43
19    A.   He was upstairs.  When I -- my      03:43
20  recollection was he was upstairs in the     03:43
21  barracks.                                  03:43
22    Q.   How do you know that?              03:44
23    A.   That's where they were.            03:44
24    Q.   Okay.  How do you know he went up  03:44
25  there?                                    03:44

TSG Reporting - Worldwide  (877) 702-9580

Page 196

Moran

1
2     A.   He said he was going to go upstairs.  03:44
3     Q.   Did Mr. Carter go up to the barracks  03:44
4  often during his tour to catch a nap or go to  03:44
5  sleep?                                     03:44
6        MR. GRAFF:  Objection.              03:44
7     Q.   In your presence.                  03:44
8     A.   When I was working?               03:44
9     Q.   Yes.                              03:44
10    A.   That was probably the only time I  03:44
11  recalled him doing it in my presence.       03:44
12    Q.   In your presence.  Okay.          03:44
13        MR. NOVIKOFF:  I have nothing       03:44
14  further.                                  03:44
15        MR. GRAFF:  Okay.  I have a few     03:44
16  items of redirect.                         03:44
17  FURTHER EXAMINATION BY                      03:44
18  MR. GRAFF:                                03:44
19    Q.   Did you actually ever see Ed Carter  03:44
20  asleep while he was on duty?               03:44
21    A.   No.                               03:44
22    Q.   Is there any rule that would       03:44
23  prohibit an on-duty police officer from being  03:44
24  in the barracks for any reason?            03:44
25    A.   Any -- repeat your question.       03:44

TSG Reporting - Worldwide  (877) 702-9580

Page 197

Moran

1
2     Q.   Is an on-duty police officer       03:44
3  forbidden to be in the barracks for any reason?  03:44
4        MR. NOVIKOFF:  Note my objection to  03:44
5  the form of the question.                   03:45
6     A.   No.                               03:45
7     Q.   On any of the occasions when you, as  03:45
8  you testified, saw Officer Nofi refer to a  03:45
9  civilian as a mother fucker, was anyone else  03:45
10  present?                                   03:45
11    A.   Yeah, other civilians when he was on  03:45
12  patrol.                                   03:45
13    Q.   Can you identify any of those      03:45
14  civilians?                                03:45
15        MR. NOVIKOFF:  Objection to form.   03:45
16    A.   No.                               03:45
17    Q.   Can you identify any of the        03:45
18  individuals that Mr. Nofi, as you say, made  03:45
19  that statement to?                         03:45
20    A.   Can you repeat your question.      03:45
21    Q.   Do you know who any of the people  03:45
22  who Mr. Nofi, as you testified, referred to as  03:45
23  a mother fucker, do you know who those people  03:45
24  are?                                      03:45
25    A.   No.                               03:45

TSG Reporting - Worldwide  (877) 702-9580

Page 198

```
 1            Moran
 2      Q.  Do you recall the intersection or      03:45
 3  any other descriptor of the location where you  03:45
 4  saw Mr. Nofi make any of those statements?      03:45
 5      A.  In town in Bay Walk.               03:45
 6      Q.  Where in Bay Walk?                 03:45
 7      A.  Within the business district on Bay  03:45
 8  Walk.  I can't give you the address, but it was  03:46
 9  on Bay Walk.                            03:46
10      Q.  And where were you standing?       03:46
11      A.  I was with him when he did it.      03:46
12      Q.  Why were you with him on that      03:46
13  occasion?                               03:46
14      A.  Because I was there.  I can't tell  03:46
15  you why.  I was there with him.           03:46
16      Q.  Were you just passing by or were you  03:46
17  on your way somewhere with Officer Nofi?      03:46
18      MR. NOVIKOFF:  Objection to form.     03:46
19      A.  I was on my way to get something to  03:46
20  eat when I saw him in town on Bay Walk and  03:46
21  that's what he said.                     03:46
22      Q.  And do you remember the gender of  03:46
23  the person Mr. Nofi --                   03:46
24      A.  No, that I can't recall.          03:46
25      Q.  Do you recall the race of the      03:46
```
TSG Reporting - Worldwide  (877) 702-9580

Page 199

```
 1            Moran
 2  person?                                 03:46
 3      A.  No.                             03:46
 4      Q.  Can you recall any identifying      03:46
 5  details of any of the people you testified you  03:46
 6  saw Mr. Nofi refer to as mother fucker?      03:46
 7      A.  No.                             03:46
 8      Q.  Can you identify any specific      03:46
 9  individuals who were ever present on any of the  03:47
10  occasions when you, as you testified, heard  03:47
11  Mr. Nofi refer to a civilian as a mother  03:47
12  fucker?                                 03:47
13      A.  Can you rephrase that one more time.  03:47
14      Q.  Can you identify or name anyone else  03:47
15  who was ever present on any of the occasions  03:47
16  you testified you saw Mr. Nofi refer to a  03:47
17  civilian as a mother fucker?             03:47
18      A.  I saw it when I was with him.  From  03:47
19  what I can recall, I was with him at the time  03:47
20  he did it.  Other people I can't recall.  03:47
21      Q.  Did you ever report to anyone that  03:47
22  you had heard Officer Nofi refer to a civilian  03:47
23  as a mother fucker?                     03:47
24      A.  No.                             03:47
25      MR. NOVIKOFF:  Objection to form.     03:47
```
TSG Reporting - Worldwide  (877) 702-9580

Page 200

```
 1            Moran
 2      Q.  Did you ever hear George Hesse brag  03:47
 3  about having sex with anyone in the barracks?  03:47
 4      A.  No.                             03:47
 5      Q.  Did you ever hear George Hesse brag  03:47
 6  about having sex with any residents of Ocean  03:48
 7  Beach?                                  03:48
 8      MR. NOVIKOFF:  Now I am going to      03:48
 9  object.  That goes beyond the scope of my  03:48
10  examination, Ari.  I think the first      03:48
11  question was completely appropriate, having  03:48
12  sex in the barracks, and I think whether it  03:48
13  was off duty or on duty it's appropriate.  03:48
14  You didn't ask him in your direct        03:48
15  examination about having sex anywhere on  03:48
16  Ocean Beach and I certainly didn't ask.  03:48
17      Q.  Okay.  Did you ever hear Officer  03:48
18  Hesse brag about having sex with anyone on  03:48
19  duty?                                   03:48
20      A.  No.                             03:48
21      Q.  Did anyone else ever make any      03:48
22  statements to you about Officer Hesse having  03:48
23  sex on duty?                            03:48
24      A.  No.                             03:48
25      MR. CONNOLLY:  Objection.            03:48
```
TSG Reporting - Worldwide  (877) 702-9580

Page 201

```
 1            Moran
 2      Q.  Did anyone ever tell you that as a  03:48
 3  dispatcher you are required to use both the  03:48
 4  codes and plain English?                 03:48
 5      A.  No.                             03:48
 6      Q.  Did anyone ever tell you as a police  03:48
 7  dispatcher that you are required to use the  03:48
 8  codes?                                  03:48
 9      A.  Yes.                            03:48
10      Q.  As far as you know, do all other  03:48
11  dispatchers use both the codes and plain  03:49
12  English?                                03:49
13      MR. NOVIKOFF:  Objection to form.     03:49
14      A.  Whatever the dispatchers do on their  03:49
15  shifts, they do.  Whatever they -- but we use  03:49
16  the ten codes when we dispatch.           03:49
17      Q.  Other than the reference regarding  03:49
18  Kevin Lamm that George Hesse mentioned to you,  03:49
19  did George Hesse ever refer to any other  03:49
20  references or recommendations for any other  03:49
21  officers?                               03:49
22      A.  No.                             03:49
23      Q.  So the only time George Hesse ever  03:49
24  referred to any reference that he gave for any  03:49
25  other officer was that reference about Kevin  03:49
```
TSG Reporting - Worldwide  (877) 702-9580

Page 202

Moran

1          Moran
2  Lamm?                                    03:49
3      A.  Correct, from what he told me.    03:49
4      Q.  Okay.  And what did he tell you    03:49
5  about the nature of the reference he gave?    03:49
6      A.  That he got -- he gave a reference    03:49
7  to Kevin and he didn't give me details of what    03:49
8  went where.  He just said he gave a reference    03:49
9  for Kevin and that was it.              03:49
10     Q.  I believe earlier you testified that    03:49
11 he told you he gave a negative reference.  Is    03:49
12 that clear?                              03:49
13         MR. NOVIKOFF:  His testimony is what    03:50
14     his testimony is.  You just asked him a    03:50
15     question.  His testimony is what it is and    03:50
16     let the chips fall.                   03:50
17     Q.  Do you recall whether anyone else    03:50
18 was present at the time that Frank Fiorillo, as    03:50
19 you testified, bragged about having oral sex in    03:50
20 the barracks?                            03:50
21     A.  I was with him after the fact.     03:50
22     Q.  Was anyone else present?           03:50
23     A.  No, just me and him.              03:50
24     Q.  Do you recall who the woman in       03:50
25 question was?                            03:50

TSG Reporting - Worldwide  (877) 702-9580

---

Page 203

Moran

1          Moran
2      A.  Yes.                            03:50
3      Q.  Who was she?                     03:50
4      A.  Terry.                          03:50
5      Q.  Who is Terry?                    03:50
6      A.  Some lady within the Village.  I    03:50
7  don't know her last name.                03:50
8         MR. GRAFF:  Thank you.             03:50
9         (Time noted:  3:50 p.m.)           03:50
10
11
12         ---------------------
13         CHRISTOPHER JAMES MORAN
14
15 Subscribed and sworn to before me
16 this      day of           2009.
17
18 -------------------------------------
19
20
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 204

1
2          C E R T I F I C A T E
3
4  STATE OF NEW YORK   )
5                     ) ss.:
6  COUNTY OF NASSAU    )
7
8         I, KRISTIN KOCH, a Notary Public
9  within and for the State of New York, do
10 hereby certify:
11        That CHRISTOPHER JAMES MORAN, the
12 witness whose deposition is hereinbefore
13 set forth, was duly sworn by me and that
14 such deposition is a true record of the
15 testimony given by such witness.
16        I further certify that I am not
17 related to any of the parties to this
18 action by blood or marriage; and that I am
19 in no way interested in the outcome of
20 this matter.
21        IN WITNESS WHEREOF, I have hereunto
22 set my hand this 11th day of June, 2009.
23        -------------------------
24        KRISTIN KOCH, RPR, RMR, CRR, CLR
25

TSG Reporting - Worldwide  (877) 702-9580

---

Page 205

1
2  ------------------I N D E X-----------------
3
   WITNESS          EXAMINATION BY      PAGE
4
5  CHRISTOPHER JAMES MORAN   MR. GRAFF   4, 196
6                           MR. CONNOLLY   173
7                           MR. NOVIKOFF   180
8
   ------------------EXHIBITS-----------------
9
10 MORAN                    PAGE LINE
11
   Exhibit 1
12 Letter dated March 11, 2006, Bates
   stamped 2662......................... 23  10
13
   Exhibit 2
14 Letter dated August 21, 2006, Bates
   stamped 6307 and 6308................ 75  14
15
   Exhibit 3
16 Kevin T. Lambo business card, Bates
   stamped P925......................... 85  12
17
   Exhibit 4
18 Photocopy of writing, two pages...... 92  19
19 Exhibit 5
   The Incorporated Village of Ocean
20 Beach Employee Handbook, Bates
   stamped 1 through 25................. 121  10
21
   Exhibit 6
22 CD labeled Carter et al., v.
   Incorporated Village of Ocean
23 Beach, et al., Disk C............... 167  8
24 Exhibit 7
   CD labeled Carter et al., v.
25 Incorporated Village of Ocean

TSG Reporting - Worldwide  (877) 702-9580

```
 1
 2        ERRATA SHEET FOR THE TRANSCRIPT OF:
 3   Case Name:      Carter v. Ocean Beach
     Dep. Date:      June 8, 2009
 4   Deponent:       Christopher James Moran
 5        CORRECTIONS:
 6   Pg. Ln. Now Reads      Should Read    Reason
 7   ___ ___ _____ _____ _____
 8   ___ ___ _____ _____ _____
 9   ___ ___ _____ _____ _____
10   ___ ___ _____ _____ _____
11   ___ ___ _____ _____ _____
12   ___ ___ _____ _____ _____
13   ___ ___ _____ _____ _____
14   ___ ___ _____ _____ _____
15   ___ ___ _____ _____ _____
16   ___ ___ _____ _____ _____
17   ___ ___ _____ _____ _____
18
19        _____
20           Signature of Deponent
21   SUBSCRIBED AND SWORN BEFORE ME
22   THIS____DAY OF_____, 2009.
23
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____
         TSG Reporting - Worldwide  (877) 702-9580
```

**A**

**ability (3)**
7:18 152:20 181:19
**able (15)**
8:15 84:12 92:24
96:11 129:14
149:12 152:13
157:16,19,23 158:3
158:6 161:6 162:4
164:5
**absence (1)**
29:6
**absolutely (5)**
6:17 149:23 159:8
192:4,8
**academy (1)**
61:5
**access (1)**
129:24
**accessible (2)**
154:9 188:23
**accuracy (1)**
155:18
**accurate (5)**
79:9,14,18 80:13
151:4
**act (1)**
190:9
**acting (14)**
1:12 42:20,25 43:8,14
44:4,13,15,17,21,25
45:5 51:8 193:24
**action (2)**
8:24 204:18
**actors (1)**
39:6
**address (6)**
77:12,12 150:18
151:20 181:9 198:8
**administrator (1)**
97:8
**admissible (1)**
39:7
**advise (1)**
190:2
**advised (1)**
190:6
**advisement (1)**
21:5
**affect (1)**
7:18
**afternoon (1)**
122:24
**ago (16)**
8:4 63:10 103:19,20
103:21,22 105:9
108:20 167:20,21
171:12 174:24

175:9 176:3,4
182:12
**agree (3)**
7:8 78:7 154:6
**agreed (2)**
155:5,21
**ahead (3)**
60:10 79:21 186:3
**aimed (2)**
9:19 151:14
**al (7)**
167:9,10 169:6,7
205:22,23,24
**alcohol (1)**
110:4
**alcoholic (4)**
7:25 104:25 106:8
107:17
**ALISON (1)**
1:15
**allegations (4)**
13:19 14:9 15:2,6
**allowed (1)**
6:20
**ambulance (1)**
141:12
**and/or (2)**
16:14 152:16
**animal (2)**
195:4,11
**Anne (1)**
97:4
**annual (9)**
17:2 24:23,25 25:13
25:22 42:7,16,23
131:2
**answer (65)**
6:5,7,12,23 7:2,12
8:15 12:10 15:13,15
17:23,24,25 22:12
25:15,24 29:13
32:10 33:10 35:15
38:7 39:14,23 42:19
48:17 49:13,25
50:16 51:17 53:12
57:4 59:12,21 67:18
80:3 86:10 90:19
93:25 96:11 100:22
107:6 114:6,14
118:20 119:7 125:8
126:4,25 127:10
131:17 136:23
137:4 139:21
143:17 145:15
157:11 158:19
159:13 165:5
182:17,18 186:4
188:15 194:15
195:18

**answered (17)**
6:23 35:15 60:9 62:21
79:20 80:25 82:15
108:22,24 109:5
126:3 159:2,2,7
160:23 162:25
185:19
**answering (3)**
5:21 149:13,19
**answers (2)**
6:11 41:21
**anybody (5)**
14:4 23:3 108:21
109:4 178:10
**apparent (1)**
88:17
**apparently (1)**
148:18
**appear (4)**
86:14 92:12 171:18
171:18
**appearing (1)**
96:7
**appears (6)**
85:20 88:23 92:25
94:25 96:2,6
**application (4)**
54:3,14,17 55:2
**applied (5)**
54:2,11,16 96:22
100:9
**apply (3)**
48:5 70:18 71:17
**appropriate (8)**
13:23 38:25 86:24
161:24 171:8,10
200:11,13
**approximately (4)**
18:11 121:23 154:21
155:12
**April (26)**
16:11,23 21:8 26:4
42:7 51:6 62:19
113:12 115:5
118:10,16 131:2,4,8
131:14 173:22,25
174:16,19 175:3,6
176:6,9 177:15
179:5 182:15
**area (5)**
19:22,25 53:17 55:12
71:7
**Ari (17)**
4:19 7:7 23:18 33:20
38:14 39:23 41:18
48:3 63:3 94:18
127:15 150:23
160:7,16 162:8
171:4 200:10

**ARIEL (1)**
3:8
**Ari's (1)**
153:3
**arrived (1)**
21:25
**arrow (2)**
94:21,23
**arrows (3)**
93:9,13 94:5
**ascertain (3)**
93:18 172:2 180:19
**aside (1)**
83:11
**asked (35)**
6:22 27:6 31:13 35:14
54:23 60:7,9 62:20
63:2 79:19,24 80:19
81:2,9 82:5,7,14
108:19 123:2 126:2
133:22 137:20
138:9,20,22 158:25
180:5 182:14 185:8
185:18,25 188:10
188:18 189:4
202:14
**asking (19)**
19:16,17 20:9 31:10
38:15 81:4,15
102:21 106:24
108:4 118:7 145:13
151:2,22 160:3
163:5 166:5 171:19
189:5
**asleep (1)**
196:20
**assigned (1)**
185:9
**assignment (1)**
28:24
**Associate's (1)**
100:9
**assume (2)**
7:3 28:16
**assuming (2)**
102:16 126:21
**assumption (1)**
7:9
**attach (2)**
154:6,12
**attain (1)**
100:6
**attend (1)**
99:23
**attended (1)**
100:3
**attorney (2)**
8:18 9:16

**Attorneys (3)**
3:5,11,20
**audio (30)**
134:23 135:8,13,19
136:4 149:17,21
151:3 152:22
153:11,16 154:8,10
155:7,19 156:9,13
157:15 159:22,23
160:17,20 164:20
165:13 166:6
167:17 170:10
171:15,19 189:21
**August (3)**
75:15 78:23 205:14
**available (8)**
49:19 137:20,22,25
138:10,23 139:13
142:9
**Avenue (1)**
3:6
**average (4)**
183:14,22 184:9,10
**aware (6)**
10:3 12:22 14:8 73:4
84:23 124:19,24
125:3 134:11
148:24
**a.m (1)**
2:6

**B**

**B (2)**
1:13 3:20
**Bachelor's (1)**
100:13
**back (25)**
10:9,10 17:8,19 28:12
28:15,22 55:18
65:23 103:6 128:15
128:18 144:14,16
144:18,21 150:8,14
153:11 168:4
182:21 191:14,15
191:15 195:12
**backdrop (1)**
95:15
**background (2)**
129:16,24
**backwards (1)**
45:17
**Bacon (7)**
22:4 70:6,11,14
142:20,23 143:8
**bad (6)**
115:19,21 168:24
169:3 170:3,5
**bar (4)**
104:8,12 141:15

172:25
**barracks (34)**
105:5,8,14,17 107:8
107:13,23 108:12
108:16,22 123:3,4,7
123:12 124:2,7,10
124:14,20 125:14
132:14 188:12
191:3,25 192:11
195:3,16,21 196:3
196:24 197:3 200:3
200:12 202:20
**bars (4)**
35:4 104:5 190:13,17
**based (8)**
6:13 15:11,13 29:6
86:12 151:18
154:19 193:9
**basically (8)**
71:5,10 111:21
114:16 126:13
134:2 177:8 183:5
**basics (1)**
134:5
**basis (5)**
15:9,10 28:16 177:3
186:19
**Bates (14)**
23:8,11 45:21 75:12
75:15 85:10,13
121:7,12 149:10
205:12,14,16,20
**bathroom (15)**
75:23 89:22 90:2,8,12
91:3,15,20 92:10
93:23 94:10 95:7,23
96:15 164:8
**Bay (6)**
21:18 198:5,6,7,9,20
**beach (133)**
1:9,12 3:12,13 4:21
10:5 12:7,23 13:14
14:6 31:3 32:4
39:11,20 44:6 45:12
45:23 47:8 49:9
51:13,20 58:6,6,10
59:7 60:3,13 61:13
61:16,21 62:5,13
63:11,16,22,23 64:2
64:11 65:11 67:16
69:5 70:10,19,19
71:15,18 72:3,8,14
73:9,14,17 74:7,15
74:18 78:16 83:14
83:17,23 84:18,23
89:2,9,20 90:9 91:2
91:19 94:9 95:23
96:15 97:13 98:15
98:20,24 102:7

104:5,8,11,25 105:4
105:25 106:17
107:22 110:4,8,22
111:2,3 113:4,22
119:4,17,22 120:18
121:7,9,11 122:12
124:10 130:3 132:6
132:14,21 133:7
134:24 136:16
137:16 140:24
141:3,6,23 142:5
143:25 144:25
146:22 147:2 167:2
167:10 169:7 173:7
173:20 174:8
176:14,20,25
190:13,17 193:16
200:7,16 205:20,23
206:3
**bearing (3)**
23:8 75:12 85:10
**beat (3)**
158:7,11 166:22
**bed (1)**
137:7
**beer (14)**
8:8,9 106:7,17 107:17
123:2,6,11,17,18,23
124:17,23 125:17
**beers (16)**
105:19,20,22 106:2
107:4 123:14 124:2
124:6,13,19,25
125:4,11,14,18
188:12
**beginning (1)**
182:13
**begun (1)**
44:13
**belief (1)**
29:10
**believe (12)**
39:17 62:3 75:10
91:18 120:4 159:19
162:3 176:12
182:16 185:13
188:10 202:10
**believed (2)**
34:6,11
**believes (2)**
87:19 160:3
**best (10)**
5:22 79:14 82:11
155:16 167:13
181:19 182:8
185:20 187:19
188:2
**better (3)**
162:15 164:5 172:2

**beverage (2)**
104:25 107:18
**beverages (2)**
7:25 106:8
**beyond (1)**
200:9
**Bill (1)**
59:9
**birth (1)**
103:25
**bit (3)**
15:7,16 183:9
**black (3)**
144:14,15,22
**blood (1)**
204:18
**blotter (2)**
55:20 144:12
**blow (1)**
193:5
**blur (1)**
94:14
**blurry (3)**
93:3,25 94:4
**boat (1)**
21:8
**boathouse (4)**
17:13,14 21:15 62:17
**boats (6)**
53:4,13,14 71:6,8,11
**bolded (1)**
80:5
**Bosetti (15)**
20:16,19 37:23 69:21
70:2 82:17,22
108:10,11 109:9
113:9,18 118:2,4,24
**Bosettis (5)**
38:4 109:21 110:3,11
110:16
**boss (3)**
52:17 98:12,14
**bottom (1)**
77:2
**brag (3)**
200:2,5,18
**bragged (2)**
191:2 202:19
**break (13)**
6:18,24 48:14,15,19
48:21,22 75:25
122:17 154:24
163:11,23 164:9
**breakfast (1)**
137:7
**breaking (2)**
162:20 168:14
**brief (1)**

75:24
**briefly (1)**
4:18
**bring (1)**
12:6
**broad (3)**
19:25 33:20 58:17
**broadly (2)**
20:9 45:8
**Bucksband (1)**
58:8
**building (3)**
78:3 108:4,5
**Burns (19)**
137:11,13,15,24
138:9,22 139:4,9,12
139:13 140:6,12,16
140:21,23 142:19
142:25 143:15
189:8
**busier (1)**
186:7
**business (19)**
83:12,16,19 84:7,11
84:13,18 85:3,6,13
86:8,12,15,16 87:12
87:17,20 198:7
205:16
**busy (3)**
57:16,24 128:22
**Butler (1)**
53:22
**Byron (1)**
53:21

---
**C**
---

**C (8)**
1:9 3:2,12 4:2 167:10
204:2,2 205:23
**cabinet (2)**
144:14,23
**call (14)**
32:11,12 53:4,9,15
54:13 55:14 141:11
181:10 194:14,15
195:10,14,18
**called (14)**
4:3 30:20 31:12,18,19
31:23 54:17 77:22
122:11 129:22
175:8,11 194:4,5
**calling (4)**
156:18 193:19 195:3
195:5
**calls (3)**
55:9 56:2 99:14
**cameras (2)**
134:2,2

**capable (1)**
151:10
**capacity (9)**
1:10,11,13,16 73:16
97:15 141:13
193:25 194:14
**caption (1)**
156:2
**car (1)**
175:14
**card (18)**
42:6,10,12 83:12,19
83:21 84:4 85:6,13
86:8,12,15,16 87:12
87:17,20 88:7
205:16
**cardboard (1)**
96:9
**cards (6)**
83:17 84:8,11,13,18
85:3
**care (2)**
53:5 152:15
**careful (2)**
5:18 41:18
**Carter (22)**
1:5 10:14 17:3 67:7
67:11 69:13 117:16
167:8 169:5 173:17
173:19,23 174:2
179:9 194:11,15
195:16 196:3,19
205:22,24 206:3
**case (21)**
10:18 15:23 16:4,19
16:19 30:25 39:6
57:9,25 97:22 98:2
99:15 113:10,19,25
121:2 148:5 155:22
156:2 161:5 206:3
**catch (1)**
196:4
**category (1)**
132:9
**cause (1)**
39:18
**CD (4)**
167:8 169:5 205:22
205:24
**cell (6)**
30:20 31:20,24
175:16,18,21
**certain (6)**
13:19 28:20 58:21
182:14 185:10
189:20
**certainly (2)**
23:23 200:16
**certification (2)**

101:5 130:12
**certifications (2)**
100:20 101:3
**Certified (2)**
2:14,15
**certify (3)**
155:18 204:10,16
**chance (2)**
23:13 75:18
**change (1)**
133:9
**changes (1)**
79:3
**Chanot (1)**
53:21
**characterizes (1)**
16:11
**charge (2)**
52:9 186:11
**check (2)**
53:10,17
**checks (2)**
129:17,25
**cherry (9)**
18:22 20:12 59:9
60:12,15,18 62:16
97:12,18
**chief (31)**
1:12 10:19 24:13
42:20,25 43:9,12,13
43:15 44:4,13,14,15
44:17,21,25 45:5
51:3,8 52:8,8,16
54:16 84:5,6 184:18
186:5,10 187:18
188:4 195:12
**children (1)**
101:13
**chimney (1)**
195:5
**chips (1)**
202:16
**choose (1)**
7:11
**Christopher (6)**
1:20 2:9 203:13
204:11 205:5 206:4
**city (11)**
30:25 31:12,17 60:23
61:9 62:15 73:21
98:12 101:5 102:10
175:15
**Civil (7)**
1:15 4:7 72:4,9,15,23
73:3
**civilian (9)**
102:5 106:18 107:19
193:5,6 197:9
199:11,17,22

**civilians (8)**
53:8 106:3,7,9 193:16
193:19 197:11,14
**CJs (1)**
141:15
**CJ's (1)**
172:25
**claiming (1)**
148:23
**claims (1)**
9:5
**clarification (2)**
13:24 19:15
**clarify (9)**
32:12 50:16,21 59:21
98:10 106:14
111:18 130:19
181:10
**classification (1)**
73:4
**cleaner (4)**
51:20 58:6,10 70:20
**clear (16)**
4:12 5:13,23 13:5,8
19:9,15 94:6 118:6
145:23 148:7
154:14 166:5 180:2
191:23 202:12
**clearly (2)**
159:23 162:5
**client (8)**
6:11 7:10 148:20
149:18 150:12
151:8,11 165:4
**CLR (2)**
1:25 204:24
**code (2)**
57:6 180:22
**codes (19)**
55:18 56:12,14,15,17
56:24 57:2,8 180:6
180:11,17 181:2,4
182:5,7 201:4,8,11
201:16
**cokehead (1)**
169:24
**collect (1)**
71:12
**college (5)**
99:23 100:2,5 101:7,9
**color (2)**
84:22,25
**come (17)**
39:17 53:5,9,17 54:18
55:18 56:2 125:3
141:9,11 150:8
190:25 192:22
193:8,20 194:9,13
**coming (1)**

149:6
**COMMISSION (1)**
206:25
**commissioner (5)**
42:2 119:4,10,13,17
**communicate (18)**
34:5 37:22 67:14 68:7
68:17,22 69:4,14,20
69:25 70:13 134:6
139:5 142:7,15
180:12,22,24
**communicated (10)**
9:4,19 14:25 69:10
103:13 105:24
106:15 107:16
110:7 133:8
**communication (1)**
11:2
**communications (2)**
140:20 142:17
**Community (1)**
100:5
**compare (1)**
23:14
**complaint (6)**
14:11,13,20 15:3,6
55:10
**complaints (1)**
102:5
**completely (6)**
6:19 7:19 8:16 118:19
151:4 200:11
**computer (22)**
11:4 55:19 77:9,11
78:11 80:10 126:20
127:4,13,17,20
128:4,5,9,12,18,21
128:25 129:8
140:24 188:19,23
**computers (6)**
127:23 128:3,7,23
132:5,13
**concern (3)**
9:21 153:5 162:8
**concerning (4)**
87:14 90:12 120:18
182:16
**concluded (1)**
173:10
**conclusion (1)**
29:7
**conduct (1)**
80:10
**confirm (1)**
63:6
**confiscate (1)**
106:7
**confiscated (4)**
106:2,17 107:4,18

**conflicts (25)**
65:25 66:6,14,21 67:4
67:10,15,19,22,23
67:24,25 68:3,8,9
68:12,18,23 69:4,8
69:14,18,21 70:2,14
**confusing (1)**
131:14
**confusion (1)**
6:14
**connected (3)**
127:20,24 158:11
**connection (14)**
4:22 8:19 19:18 56:9
78:15,22 83:13
102:6,9 125:22
126:9,22 127:6
143:14
**Connolly (32)**
3:23 27:23 28:3,6,10
84:15 91:25 96:3
115:12 145:11
150:13 152:5 153:3
153:14 154:11,19
155:4 156:3 159:21
160:7 161:17 162:7
163:11,14,22 164:4
164:7 173:11,15
179:23 200:25
205:6
**consider (6)**
28:23 29:5 116:21
117:13,18 118:7
**considerable (1)**
155:3
**considered (1)**
117:7
**Consistent (1)**
6:15
**constantly (1)**
153:10
**constructed (1)**
96:16
**consult (1)**
9:23
**consumed (3)**
7:21 107:12,17
**contact (2)**
56:5 176:7
**contained (1)**
155:25
**containing (3)**
148:9 149:2 155:14
**content (1)**
165:9
**context (4)**
11:8 150:17 152:16
192:19
**continue (3)**

74:13 121:24 162:6
**CONTINUED (1)**
122:22
**Control (1)**
195:11
**controlled (1)**
7:21
**conversation (27)**
12:4,12,14 30:4 31:6
40:23 41:2,4,13
96:21 112:18 113:8
146:6 158:13 161:2
166:3,10 169:21
171:10 172:17
175:10,13 177:9,12
177:15 189:17,21
**conversations (19)**
9:11,14 12:17 13:9
30:11,15 32:3,14,21
113:3 140:17 174:2
175:7 176:10
180:10 189:22,23
190:3,7
**convicted (1)**
99:16
**cop (2)**
61:6 174:14
**copies (3)**
148:8 155:23 156:3
**cops (1)**
49:18
**copy (9)**
23:14,14 75:18,18
76:18 78:22 79:3
89:17 178:7
**corner (3)**
77:13 88:13,18
**correct (22)**
6:5,12 7:12 13:15,25
63:18 84:2 119:11
164:16 176:14
179:6 181:21
185:13,15,23 187:2
187:10,13,14 188:6
192:3 202:3
**CORRECTIONS (1)**
206:5
**correctly (2)**
58:18 181:12
**Cottage (2)**
21:11,12
**counsel (18)**
9:7,8 11:21 12:20,25
13:2,7,8 15:12,18
75:17 98:6 146:10
146:11,17 148:10
148:25 152:8
**county (13)**
1:14,14,15 56:15,16

61:8,25 62:3 114:18
114:24 115:3
178:11 204:6
**couple (7)**
137:17 163:8 171:12
180:5 182:11 185:8
195:9
**course (1)**
174:8
**courses (1)**
101:9
**court (22)**
1:2 5:10 14:21,23
23:7 28:11 45:19
75:9 85:8 92:16
121:5 148:5,12,14
149:16 151:9,9
154:3 155:15
165:11 167:13
171:22
**COURTNEY (1)**
3:19
**cover (9)**
75:10 76:14 78:23
80:20,22 82:5,12,18
83:2
**coverage (2)**
49:18,21
**covered (1)**
25:13
**create (3)**
78:11,14,18
**crime (1)**
99:17
**criminal (2)**
5:4 129:15
**cross (1)**
93:9
**cross-outs (2)**
93:13 94:6
**CRR (2)**
1:25 204:24
**current (2)**
73:6 120:11
**currently (7)**
45:11,14 61:12 97:12
119:9 130:5 143:25
**CV (1)**
1:6

———— D ————

**D (1)**
205:2
**dad (2)**
64:3 65:13
**daily (2)**
71:9 177:3
**Dale (1)**

**65:**15
**data (4)**
55:20 80:11 129:2,12
**date (10)**
25:7,18 30:5 40:7
43:20 45:18 103:25
133:15 174:25
206:3
**dated (5)**
23:10 47:22 75:14
205:12,14
**day (29)**
8:9 21:8,15 45:3,7
52:10,11,12,16,17
71:11 75:4,5,7
98:13,19 137:8,9
179:9,12,15,18,21
183:15 186:5 190:5
203:16 204:22
206:22
**daytime (1)**
186:8
**defendant (1)**
101:20
**Defendants (1)**
1:17
**define (1)**
58:25
**defined (1)**
58:23
**degree (4)**
100:6,8,14 101:8
**degrees (4)**
100:10,12,16,17
**Dep (1)**
206:3
**department (62)**
1:12,14,15 3:14 24:14
24:15,23,25 31:3
32:5,12 39:12,20
43:13 45:24 56:7
59:8 60:23 62:15
67:16 70:10 71:2,4
72:4,8,14 73:22,24
74:4,11 83:20 84:13
84:24 88:11 89:8,10
89:20 90:9 91:19
95:24 96:15 97:13
98:24 100:25 101:6
105:2 106:2,17
107:25 109:4,9
110:13 112:15
113:5 120:6 134:20
144:2 147:2 167:2
182:2,3 184:13
**departmental (1)**
26:2
**depend (1)**
57:22

**depended (1)**
57:24
**depending (3)**
41:20 49:17 55:16
**depicted (2)**
86:2 95:11
**depicts (1)**
88:15
**Deponent (2)**
206:4,20
**deposition (18)**
1:20 2:9 4:6,11 6:6
8:19,25 14:17 28:2
97:21,25 98:5
152:14,15 154:7
182:14 204:12,14
**depositions (4)**
4:14 16:17 28:2 121:2
**DEPUTY (1)**
1:12
**describe (3)**
181:19 191:5 194:18
**described (1)**
95:4
**description (1)**
80:9
**descriptor (1)**
198:3
**desk (12)**
53:16 55:24 57:17,19
57:20 80:20 127:12
127:17 128:5,14
181:3 194:21
**detail (2)**
191:9,10
**details (5)**
35:12,19 178:17
199:5 202:7
**determine (1)**
79:14
**device (1)**
136:9
**difference (1)**
70:23
**different (8)**
77:25 165:6,7,8
171:21,22,23,24
**difficult (1)**
167:16
**direct (6)**
52:3,6,11,13 96:21
200:14
**direction (1)**
193:5
**directly (5)**
20:10 96:23 97:3
192:7,14
**discuss (15)**

**11:**23 32:16 34:2
112:23 116:2,5,7,9
122:17 142:19,22
142:25 143:4,7,10
**discussed (9)**
12:5 17:5,6 26:7,13
27:18 41:2 98:4
166:25
**discussing (3)**
133:20 172:16 173:5
**discussion (4)**
22:9 122:2 147:23
155:4
**disk (9)**
148:25 149:10 154:12
155:14 156:2 163:3
167:10 169:7
205:23
**disks (5)**
148:6,9 155:14,24
156:9
**dispatch (3)**
53:5,16 201:16
**dispatched (1)**
99:15
**dispatcher (60)**
45:15 46:10,12,19
47:4,11,17,24 48:5
48:10,12 51:12
54:21,24 55:8,23
56:9,18,23,25 57:12
58:3,15,21,24 59:2
59:24,24 60:14
61:11 62:13 70:20
73:3,17 74:17,21
80:7,14,20,23 81:3
81:10 82:6,12,18
83:2 90:4 97:16
127:12,18 180:9,25
181:13 184:20
185:10,21 189:2
194:14 201:3,7
**dispatchers (8)**
57:6,7 58:14 59:7
132:9,11 201:11,14
**dispatching (1)**
181:13
**dispute (1)**
117:3
**disrespect (1)**
151:9
**district (4)**
1:2,3 4:9 198:7
**DMV (1)**
129:20
**dock (7)**
53:10,19 66:20 71:8
71:10,11 186:24
**dockmaster (62)**

**51:**21,22,24 52:4,7,13
52:19,25 53:20,25
57:13,16,18 58:2,20
60:20,21,22 61:4,5
62:14 65:24 67:3,9
70:12,20,21,24,25
71:2,5,23 73:7,11
80:17,19,22,25 81:8
81:21,24 82:4,13,19
82:21,24 83:3 90:6
103:7 130:9 174:11
174:14 176:2
183:11,21 184:2,5
184:17 185:10,22
186:11 187:18
**document (38)**
23:8,16,22 24:4,6,8
24:12 45:20 75:12
75:20 76:8,10,13,17
76:20,25 77:6,8,17
78:10,19,21 85:10
85:16 86:5 88:13
92:17 93:11,15
94:17,19 95:3 96:12
121:6,15,20 122:5
122:11
**documents (1)**
27:16
**doing (9)**
18:14 31:14,16 51:5
137:18 150:7
153:18 162:19
196:11
**doubt (3)**
192:4,9,13
**Doug (2)**
65:19,20
**draft (2)**
76:19,22
**drafted (2)**
79:8 84:3
**drank (8)**
123:3,6,8,17,23
124:18 125:18
188:11
**drink (13)**
8:5 104:4,8,24 105:8
105:10 107:22
108:9,22 109:4,9
111:24,25
**drinking (13)**
105:18 108:12 109:13
109:15,18 110:4,16
110:23 111:3 113:6
125:14 190:13,17
**drinks (6)**
8:7 104:10,17 105:14
105:16 110:8
**driving (1)**

175:15
**drug (1)**
173:6
**drugs (5)**
7:22 143:15 168:7
170:3,5
**due (2)**
34:15 134:8
**duly (2)**
4:3 204:13
**duties (6)**
52:24 55:7 80:14,16
80:23 81:6
**duty (35)**
43:14,17 53:9 55:12
56:6 110:9,12,17,19
110:23 111:4,23
112:3,4,11 113:6
128:16 141:9
188:15,16,17
190:14,18,22
191:20,21,22,25
192:10 193:3
196:20 200:13,13
200:19,23
**D-A-L-E (1)**
65:16

**E**

**E (7)**
3:2,2 4:2,2 204:2,2
205:2
**earlier (8)**
6:7 120:25 122:25
126:6 127:11
176:12 179:4
202:10
**easier (1)**
159:9
**east (1)**
71:4
**Eastern (2)**
1:3 4:8
**eat (1)**
198:20
**Ed (14)**
52:6 67:7,11 69:13
72:24 83:8 117:16
173:17 179:9
194:11,15,21
195:16 196:19
**Eddie (2)**
156:21 194:22
**EDWARD (1)**
1:5
**effect (1)**
30:25
**efforts (1)**
155:16

**eight (4)**
75:2 183:15 184:6,9
**either (19)**
15:19 16:18 37:23
63:25 84:18 95:9
96:24 118:11 130:8
130:13 139:25
140:15 149:21
150:14 152:13
153:14 157:17
171:18 195:16
**elected (2)**
64:17 65:3
**election (2)**
64:23 65:2
**Elmsford (1)**
3:22
**emblem (2)**
88:14,15
**emblems (1)**
88:17
**employee (8)**
8:22 49:3,5 121:9,11
122:14 187:17
205:20
**employees (7)**
26:16 83:18 98:24
104:11 107:22
113:4 183:6
**employer (2)**
101:24,24
**employment (12)**
46:2 65:11 73:12,14
73:18,20 115:9
133:7 144:25
173:20 183:9,18
**EMT (1)**
141:8
**ended (1)**
101:8
**English (8)**
181:4,5,18 182:4,6,11
201:4,12
**entailed (1)**
178:17
**entire (2)**
56:17 133:6
**entitled (2)**
7:11,12
**entry (3)**
55:20 80:11 129:2
**ERRATA (1)**
206:2
**ESQ (3)**
3:8,17,23
**essentially (1)**
171:20
**et (7)**

167:9,10 169:6,7
205:22,23,24
**evidence (7)**
143:24 144:6,6,17,20
144:25 145:6
**exact (10)**
35:19 40:6 43:20
103:11 112:7
133:14 174:25
177:14 178:17
194:21
**exactly (10)**
38:12 116:11 149:6
150:13 152:17,22
153:15 154:10
171:25 177:24
**examination (9)**
4:15 122:22 155:6
173:14 180:3
196:17 200:10,15
205:3
**examined (1)**
4:4
**example (3)**
154:2 181:6,16
**excerpt (8)**
149:16,25 150:11,16
155:25 156:13
164:20 167:17
**excerpts (9)**
148:3,9,18 153:17
155:6,12,15,19
189:22
**exclamation (1)**
95:2
**excluding (1)**
13:5
**exercise (2)**
80:16 81:10
**exercised (1)**
81:5
**exercising (1)**
72:19
**exhibit (25)**
23:7,10 45:20 75:9,14
75:19 76:5 85:9,12
92:17,19 93:16
121:6,10 154:7,12
167:8 169:5 205:11
205:13,15,17,19,21
205:24
**exhibits (2)**
148:7 205:8
**existed (1)**
53:19
**existence (1)**
120:14
**exists (1)**
81:15

**expect (1)**
150:12
**experience (2)**
80:6 180:25
**EXPIRES (1)**
206:25
**explain (5)**
15:8,22 17:10 70:24
184:7
**explained (1)**
38:5
**explanation (1)**
78:8
**extension (1)**
165:14
**extent (8)**
6:13 35:16 38:21
141:25 150:2
161:18 166:7
190:21
**E-Justice (4)**
129:22 130:21,23
131:23

**F**

**F (1)**
204:2
**faced (1)**
152:6
**face-to-face (1)**
11:2
**fact (18)**
17:7 29:18 30:21
31:23 32:3,17 33:13
34:15 35:22 59:23
77:25 93:14 98:4
113:21 149:3 160:5
165:17 202:21
**fag (2)**
94:24,24
**failure (1)**
5:3
**fairly (1)**
153:21
**fall (1)**
202:16
**falling (1)**
117:4
**family (2)**
176:13,16
**far (7)**
17:20 21:14 69:8 72:4
119:19 132:16
201:10
**father (2)**
64:16 137:8
**father's (1)**
65:18

**federal (6)**
4:7 6:16 7:13,15
14:21,23
**feel (1)**
9:23
**felt (1)**
82:2
**FEMA (1)**
182:10
**ferry (3)**
21:18,21,25
**field (6)**
55:15,17 57:2,19
127:3 129:3
**fifth (5)**
3:6 10:14 35:7 36:9
38:9
**fight (3)**
181:7,7,8
**filed (6)**
12:22 13:22 14:6,20
14:22 102:6
**fill (1)**
178:5
**filled (1)**
54:25
**finally (2)**
69:13 195:12
**find (2)**
44:12 156:19
**fine (8)**
6:7,19 28:7 50:21
78:9 102:23 150:9
183:8
**finish (3)**
5:20 66:4 164:2
**finished (1)**
17:18
**Fiorillo (24)**
1:5 3:25 10:12 17:3
66:11,15 68:6,13
117:8 118:12,17
174:12,15,18
179:18 190:24
191:2,5,20,21,23
192:6,9 202:18
**Fiorillo's (1)**
171:23
**fire (20)**
71:14,17,21 73:21,23
73:25 74:8,10 76:15
78:3,15 89:3 96:22
100:24 101:6,6
182:2,3 183:7
184:13
**firearms (1)**
101:5
**fired (8)**
102:17 103:2,5,10,14

182:24,25 183:4
**fireman (1)**
181:22
**first (58)**
5:13 6:23 12:13 14:12
23:25 29:15 30:3,8
31:21 51:7 57:15
58:2 65:3,22,23
66:10,12,18,19 67:2
67:8 70:11 76:12,19
76:25 77:10 78:18
88:21 92:23 94:8
100:2 106:20 122:7
122:9,9 151:24
155:25 162:15
164:3,24 165:9,14
165:15,16,19
173:19 174:10,13
174:14,21,22 175:2
175:24 183:14
184:11 191:13,25
200:10
**firsthand (1)**
35:6
**five (8)**
10:11 15:24 17:3,14
22:9,14 187:24
188:3
**fly (1)**
150:24
**fob (1)**
129:23
**follow (1)**
164:5
**followed (2)**
114:21 186:21
**following (1)**
9:17
**follows (1)**
4:5
**forbidden (1)**
197:3
**forgot (2)**
64:22,23
**forgotten (1)**
91:23
**form (64)**
12:9 17:22 21:17
22:11,17,21 25:14
25:23 27:9 29:2,12
32:10 33:9,15,19
36:4,23 37:20 39:13
39:21 42:4,17 43:4
43:10,18,24 44:7
45:6,9,25 49:11
51:10,15 57:3,14
58:7 61:18,23 62:6
66:8 67:17 71:24
72:5,10 86:24 87:16

95:12 100:21 106:6
107:5 115:11 119:6
119:24 125:7
126:12 135:10
147:11 169:18
173:3 197:5,15
198:18 199:25
201:13
**formally (1)**
59:2
**former (1)**
1:10
**forth (5)**
13:20 15:2 79:10
195:12 204:13
**forward (4)**
59:25 153:10 154:17
155:5
**found (2)**
103:16 144:10
**foundation (15)**
29:3 39:22 42:18 43:5
43:11,25 49:12
72:11 87:17 119:6
119:25 133:2
135:11,15 157:12
**Four (1)**
105:9
**fourth (3)**
35:7 36:9 38:9
**fourth-hand (1)**
38:22
**four-year (1)**
188:3
**frame (5)**
25:8,9,19 59:22 74:24
**Frank (11)**
1:5 3:25 66:10 68:6
117:6,8,13 118:12
118:24 179:18
202:18
**free (2)**
9:23 57:19
**fridge (4)**
124:17,19,23 125:11
**friend (7)**
117:14,18 170:13,19
170:24 189:23
190:10
**friends (9)**
116:15,17 117:8
118:8,13,18,21,24
136:20
**front (5)**
55:24,25 81:15
144:10,13
**fucker (14)**
192:17,20,23 193:7,8
193:21 194:5,10

197:9,23 199:6,12
199:17,23
**full (2)**
80:9 141:17
**full-time (7)**
61:7 74:12,13 78:2
183:17 184:13
187:17
**FURNISHED (1)**
21:6
**further (5)**
161:19 179:23 196:14
196:17 204:16

---

**G**

**Gary (10)**
20:16 37:23 70:2
82:17 108:10,11
109:8 113:9,17
118:2
**gay (5)**
87:10,15,24 88:3
89:13
**gender (1)**
198:22
**general (14)**
25:19 67:24 68:3,12
68:24 69:8,18,22
70:3 99:6,7 112:10
112:15 192:25
**generally (1)**
68:21
**generic (4)**
83:19,21 84:4,19
**genuinely (1)**
94:14
**George (118)**
1:13 3:20 10:19 13:15
17:5,15,17 18:5
27:21 33:12,17
38:23 39:25 40:4,8
40:12,19 42:15 43:3
43:8,14,22 44:5,12
44:17,18,20,23 45:4
49:18 51:4,7 52:5,9
52:22 54:23 55:4
61:20,24 62:4 72:17
72:22 82:11 84:5,7
84:12,18 85:2,5
88:2 91:7,21 92:5,9
92:12 111:21 112:5
112:24 113:23
114:22 115:18
116:3 117:24
120:17 128:9
133:22 135:14,20
136:5,8,19 137:20
137:21,24 138:10
138:23 139:6,8,12

139:22,25 140:4,6,8
140:12,12,15,21
142:9,12,13 145:5,8
145:18 146:20
159:20 170:13
177:10 178:19
184:21,22,24 185:2
185:4,6,14,25 186:6
188:9 189:6,11,16
190:16 200:2,5
201:18,19,23
**George's (4)**
128:4,9 170:19,24
**getting (2)**
53:24 191:2
**Gilberd (7)**
145:9 158:8,11 165:2
165:4,19 166:18
**Gilly (2)**
2:11 3:4
**girlfriend (2)**
172:20 173:2
**give (11)**
23:21 24:3 50:17
71:12 114:4 152:23
167:13 181:16
194:20 198:8 202:7
**given (5)**
57:24 115:21 151:4
179:2 204:15
**gives (1)**
153:4
**giving (1)**
182:18
**go (74)**
15:24 16:2,14,22,25
17:20 23:3 27:21
28:17,20,25 29:7,11
29:17 30:19 32:5,15
33:2,8,14,18,23
34:3,7,10,14,20
36:19 45:16 50:12
53:24 54:21 55:14
57:19 59:15 60:9
75:22 79:21 103:12
103:16 111:12,22
111:25 112:11
113:23 114:17
121:18 127:3
128:15 131:20
142:12 144:13
145:17 147:9,15
150:14 154:17
155:5 158:17,23
162:13 172:12
173:12 182:11,17
182:20 183:2,6,8
186:3 195:14 196:2
196:3,4

goes (3)
130:23 144:15 200:9
**going (64)**
15:12 19:23 20:5,21
23:6 27:24 30:24
32:9 41:19 45:18
49:24 51:9 60:8
75:8 83:5,6 86:19
92:15 97:25 106:5
118:18 121:4
145:10 148:2,13,15
149:4,9,11,15,16,17
149:18 150:4,6
151:5,8 153:9,10,11
153:13,14,25
157:10 159:11
160:7,11,13 161:4
161:17,18 162:5
163:7 164:13,14,15
164:21 171:3,11
172:6,8 173:11
196:2 200:8
**gonna (2)**
157:3,5
**good (4)**
4:17 122:24 162:9,10
**gotta (2)**
38:14 48:17
**gotten (1)**
191:24
**governed (1)**
4:7
**graduate (1)**
99:19
**graduating (1)**
100:3
**Graff (136)**
3:8 4:6,13,16,19 6:15
7:14 9:8,15 11:5
13:4 16:7,20 23:6
23:24 25:9 28:7,11
32:20,23 39:8 42:23
45:16 46:23 48:4
49:6 50:2,5,10,12
59:15 60:6 63:4
73:10,15 75:8,24
76:7 77:7 80:2,21
81:4,25 85:8 87:21
89:23 90:17 92:15
93:17,24 95:14
96:10 99:12 102:18
102:21 104:13
106:11 108:6,24
111:12,19 113:14
116:20 121:4,21
122:3,16,23 132:2
132:10 137:3
139:17 146:11,18
147:22,24 148:14

149:7 150:2,18
151:13,24 152:23
153:19 154:13,23
155:4,7,20,22
156:11 159:8
160:11 161:4,25
162:17,22 163:7,19
164:6,13,17 165:15
167:6 170:7 171:25
172:10 173:9
176:22 177:2,4,13
178:15 180:5,14,16
180:20 182:13
185:8,18 186:2,12
186:18,20 188:10
188:18 189:4,19,20
190:20 193:22
196:6,15,18 203:8
205:5
**great (2)**
50:18 191:19
**grew (2)**
62:12 63:11
**ground (1)**
145:14
**growing (2)**
63:16 65:8
**grows (1)**
177:8
**guess (11)**
34:16 50:23 95:17,20
114:19 117:21
118:21 133:3 178:3
192:22 195:5
**guessing (1)**
43:19
**guy (3)**
158:7 166:22 189:8
**guys (1)**
160:8

H

**H (2)**
4:2,2
**Halloween (25)**
34:15,23,25 35:13
36:3,7,20 37:19,24
38:16,24 39:10,18
40:2,13,20 41:23
42:2,21 43:2 125:22
126:7,10,22 127:6
**hand (1)**
204:22
**Handbook (5)**
121:9,11 122:12,14
205:20
**hands (2)**
191:16,18
**handwriting (1)**

92:13
**handwritten (2)**
90:25 92:25
**Hanni (1)**
59:9
**happen (2)**
57:21 107:3
**happened (17)**
27:12 34:16,21 35:3,8
35:17,21 36:9 53:4
53:15 54:9 106:22
107:2 117:11
126:18,19 138:18
**happening (1)**
98:5
**harassment (1)**
161:11
**hard (1)**
150:25
**Hardman (1)**
147:19
**Haven (1)**
100:15
**head (1)**
5:15
**hear (33)**
5:25 10:20 37:14
120:14 125:21,23
126:8 134:19
155:17 158:3,6,10
160:24 161:6 162:4
162:15 164:5
169:23 170:2,12,15
170:16,20,23 171:2
171:13 172:13
192:16,19 193:11
200:2,5,17
**heard (33)**
10:19,25 11:8 13:14
36:8,13 38:9 56:22
85:22 87:13,23 88:2
113:17 133:18
147:14 150:20,21
151:3,25 159:4,25
160:6,25 162:23
164:23 165:13,18
170:17,18 172:8
195:14 199:10,22
**hearing (7)**
151:11 166:6 171:20
171:21,22 172:3,7
**hearsay (1)**
39:3
**held (7)**
2:10 25:3,5,10,17
65:10 74:2
**hell (2)**
156:15,21
**help (2)**

14:16 195:6
**hereinbefore (1)**
204:12
**hereunto (1)**
204:21
**Hesse (101)**
1:13 3:20 10:19,21
11:2,8 12:4,13,18
12:21 13:15,22 14:4
24:13 26:24 27:7,21
33:12,17 38:23
39:25 40:4,8,13,19
43:8 44:5,13,17,20
44:23 45:4 51:8
52:5,13,22 55:4
61:20,24 62:4 72:17
72:22 82:11 84:5,6
84:7,12 85:2 88:2
91:7,21 92:5,9
112:5,13,24 113:24
114:22 115:8,18
116:3 117:24
120:17 136:8,19
138:10,23 139:6,8
139:12 140:5,6,12
140:15,21 142:13
145:5,8,18 146:20
159:20 177:10,24
184:21,22,24 185:2
185:4,6,14,25
188:20 189:11
190:16 200:2,5,18
200:22 201:18,19
201:23
**Hesse's (16)**
42:15 43:3,22 84:18
85:6 92:13 135:14
135:20 136:5 140:8
140:13 142:12
170:13 188:19,22
189:16
**hey (1)**
193:6
**high (4)**
99:19,21,22 100:4
**hire (5)**
184:22,24 185:2,4,6
**hired (6)**
54:12 78:2 182:21
184:12,16,19
**Hirsch (1)**
53:22
**history (2)**
129:15 183:9
**hold (4)**
25:19 100:10,17,19
**Holy (1)**
169:2
**home (7)**

21:7 77:12 111:23,25
112:11 176:13,17
**homeowners (1)**
71:6
**homosexual (3)**
87:15,24 88:3
**hooked (1)**
191:17
**horrible (1)**
170:10
**hour (2)**
121:23,24
**hours (14)**
7:23 8:2 74:14,22
75:2 183:13,15,15
183:21 184:4,6,8,9
187:13
**house (7)**
21:8,11,12 78:13
188:24 189:6,11
**Housers (4)**
35:4,8,18 38:10
**huh (2)**
167:22 169:3
**hurt (5)**
43:13,16,21,23 44:14

I

**Ian (19)**
136:13,15,19,25
138:20 141:2,8
143:7,10,21 168:9,9
168:16 170:12,16
170:18,20,23 189:7
**ID (3)**
42:6,10,12
**idea (9)**
15:5 61:14 73:2 85:7
92:14 124:8,15
145:7 149:24
**identification (8)**
23:12 75:16 85:14
92:21 121:13 156:6
167:11 169:8
**identified (3)**
149:3 160:21,22
**identify (7)**
153:8 157:16,19
197:13,17 199:8,14
**identifying (1)**
199:4
**illegal (2)**
143:15 173:6
**image (3)**
89:14 93:2,19
**impact (1)**
16:18
**important (3)**

5:9,13 7:5
**inaccurate (1)**
79:25
**inaudible (23)**
156:22,23,24,25
157:5,6,7,8 167:23
167:24 168:3,5,8,10
168:12,15,17,18,19
168:21,23,24,25
**incident (39)**
34:15,23,25 35:3,13
35:24 36:3,7,11,21
37:6,11,19,24 38:4
38:10,16,25 39:10
39:18 40:2,13,20
41:23 42:3,22 43:3
80:11 109:23
125:22,25 126:7,10
126:13,22,25 127:3
127:7 129:3
**include (2)**
80:11 81:23
**including (2)**
132:8,10
**Incorporated (9)**
1:9 3:11 121:8,10
167:9 169:6 205:19
205:22,25
**independent (4)**
15:14 151:17,19
172:19
**indicate (3)**
14:5 115:18 164:13
**indicated (8)**
12:21 32:13 34:18
97:24 116:20 152:8
160:18 176:12
**indicates (1)**
85:6
**indicating (1)**
143:14
**individual (1)**
54:6
**individually (4)**
1:10,11,13,16
**individuals (7)**
10:18 18:20 58:13
112:21 119:16
197:18 199:9
**information (11)**
9:19 11:14 36:3 38:20
55:11,13 80:13
129:15 149:8
154:24 195:7
**initiated (2)**
10:4 175:10
**injured (1)**
72:24
**inquire (1)**

155:9
**inside (8)**
17:4,11,15 18:5 22:10
104:22,25 105:4
**inspector (4)**
73:25 74:8 78:3 101:6
**installed (7)**
132:23 133:5,23
134:7 135:4 136:10
137:6
**instance (1)**
110:2
**instruct (2)**
15:13 17:23
**intend (1)**
79:8
**interaction (1)**
193:9
**interested (1)**
204:19
**internal (2)**
129:8 130:22
**Internet (2)**
127:21,24
**interpret (1)**
93:12
**intersection (1)**
198:2
**interview (1)**
55:4
**introduced (1)**
148:25
**inventory (1)**
144:15
**involved (7)**
14:9 35:13 37:11,18
37:24 125:24
148:20
**involvement (2)**
38:4,12
**involving (2)**
68:13 69:9
**irrelevant (3)**
82:2 118:19 136:22
**Irvington (1)**
99:22
**island (2)**
21:9 89:3
**Islip (1)**
62:3
**issue (3)**
5:17 9:24 113:5
**issued (4)**
42:6,10,12 80:12
**issues (3)**
72:4,15,23
**issuing (1)**
194:3

**items (2)**
79:17 196:16
**I-N-A-T-E-D (1)**
94:25

———————
**J**

**J (1)**
4:2
**Jack (1)**
59:10
**James (6)**
1:20 2:9 203:13
204:11 205:5 206:4
**job (14)**
30:24 31:9,12,13,16
45:14 103:2,4
114:24 115:10
178:4 184:11,12
192:2
**jobs (2)**
102:6,10
**Joe (9)**
30:20 32:24 66:18,22
68:16,18,23 117:22
179:21
**John (4)**
58:8 64:5,6,17
**join (2)**
27:24 28:4
**joining (1)**
28:5
**Joseph (3)**
1:5,9 3:12
**joy (1)**
134:4
**Jr (2)**
1:10 3:12
**JT (14)**
141:15,17,22 142:12
142:22 143:4,19
167:21 171:2
172:13,16,20,24
189:7
**June (4)**
1:22 2:5 204:22 206:3
**junior (2)**
60:15,18
**justice (2)**
129:5 131:5

———————
**K**

**K (2)**
1:11 3:13
**Katherine (1)**
97:10
**Kathy (1)**
97:10
**keep (1)**

5:10
**KENNETH (1)**
3:17
**kept (2)**
145:6 195:5
**Kerry (1)**
71:25
**Kevin (72)**
1:5 3:23 21:22,22
29:18,20 30:4,7,11
30:14 32:4,14,18
34:13,17 35:8,18,22
36:18 37:10 53:22
65:22 66:7 67:13,14
68:4 85:12 86:18
87:5,7,14,23 88:3
89:12 90:12,15
114:16,17,23 116:5
116:9,16 118:12
143:2,4,11 147:4
152:3 157:22
158:16 159:19
160:22 166:9,10,13
166:17,21 169:13
169:21 172:17
174:4 177:10 178:6
178:16,25 179:15
189:24 201:18,25
202:7,9 205:16
**key (1)**
129:23
**kind (8)**
35:4 93:3 101:3
105:22 130:11
143:14 144:6,7
**know (159)**
6:8,20 7:4,5 9:23 10:7
11:9,10 15:23 16:4
16:5,21 18:4 19:20
21:15 22:19,23
23:17,18 24:5 25:21
33:22 34:19 35:5,12
35:16,17,19,23,25
36:6 37:13,25 38:11
44:4,10 45:10 48:14
48:19 49:8 50:4
54:16 59:23 60:12
60:19,24 61:3,9,12
61:15,20,24 62:2,4
62:8,11,23 64:22
65:10 67:13 70:6,8
71:11 72:7,13,18,22
81:14 82:20 84:3,6
84:10,12,17,20 85:2
85:5 86:16 89:16
92:9 95:21 97:6,9
97:20 98:9 103:11
106:20,25 107:3,9
107:11,12 109:16

110:11,17,21
116:13,24 118:25
120:6,6,8,11,13,16
120:21 123:22,25
124:5,12 125:10
127:5 128:24 129:4
132:17,24 134:8
135:12,18 136:8,12
136:24 137:4,5,8,10
138:16 139:4,18
141:14,18,21,24
143:24 144:24
145:5,14 149:12
151:22 152:21
156:17 157:6,7
160:12 167:20
174:7 178:13,21,24
179:3 193:18 195:9
195:15,22,24
197:21,23 201:10
203:7
**knowledge (18)**
13:11,18,21 15:11,14
15:16 61:19 68:2
85:4 91:11 119:18
126:24 132:18
182:9,23 185:24
187:20 188:22
**known (2)**
173:16 174:4
**knows (3)**
13:8 96:9 190:21
**Koch (4)**
1:25 2:12 204:8,24
**Kristin (4)**
1:25 2:12 204:8,24

———————
**L**

**labeled (4)**
167:8 169:5 205:22
205:24
**labeling (1)**
148:5
**lady (3)**
191:17 195:3 203:6
**Lambo (5)**
85:12 86:19 87:7
89:13 205:16
**Lamm (65)**
1:5 10:12 17:3 21:22
29:19,20 30:4,8,12
30:15,17 32:4,14,18
32:24 33:4,6 34:13
34:17 36:18 37:10
65:22 66:7 67:14
68:4 87:5,14,23
88:3 90:13,15 94:21
94:23 116:5,10,16
118:12,18 143:2,5

143:11 147:4
157:22 158:16
159:20 160:22
166:9,10,13,17,21
169:13,21 172:17
174:5,7,10 177:10
177:25 179:15
189:24 190:2,5
201:18 202:2
**land (2)**
56:3,4
**laptop (1)**
78:13
**lasted (2)**
26:20 40:23
**lawsuit (16)**
4:21 9:6 10:4 12:6,23
13:12,13,18,20,22
14:6,9 15:3 99:5
101:18,21
**lawyer (3)**
4:20 9:9 98:14
**lay (1)**
157:12
**learn (6)**
10:17 16:24 27:20
72:2 133:7,13
**learned (2)**
15:17 39:5
**learning (1)**
12:2
**leave (1)**
20:23
**left (7)**
17:7,18 22:15 26:4
43:12 89:4 121:23
**length (3)**
56:18 155:13 165:8
**letter (10)**
23:10 24:13,19,22
75:10,14 76:14
78:23 205:12,14
**letters (1)**
94:25
**let's (14)**
50:12 58:25 74:25
75:24 111:12
144:10 154:23
163:25 164:12
181:6 183:8 190:24
192:15 194:11
**Levine (16)**
136:13,15,19,25
138:20 141:2 143:7
143:10,22 168:11
170:13,16,18,21,24
189:7
**liaison (6)**
119:23 120:5,12,15

119:23 120:5,12,15
120:19,21
**license (2)**
130:11 131:13
**licenses (1)**
129:21
**light (2)**
45:8 160:4
**liked (1)**
116:24
**line (6)**
56:3,4 87:6 94:22
164:2 205:10
**lines (2)**
13:3 88:11
**list (1)**
59:6
**listed (1)**
77:13
**listen (14)**
19:4 160:9 161:21
162:8,9,10 163:12
163:12,15,16,21,22
164:9 189:20
**listened (4)**
165:16,24 169:19
172:11
**listening (3)**
136:9 155:10 156:10
**little (3)**
15:7,16 183:9
**live (4)**
63:13,16,19,21
**lived (4)**
61:10,16 62:5 65:9
**Livenote (1)**
2:15
**lives (4)**
61:13,20,25 136:16
**LLP (3)**
2:11 3:4,10
**Ln (1)**
206:6
**local (1)**
4:8
**located (1)**
55:22
**location (1)**
198:3
**Loeffler (12)**
1:9 3:12 39:2 41:23
71:20 75:11 76:14
77:16 81:18 96:20
119:10 120:12
**log (5)**
128:15 129:6,11,20
129:24
**logging (1)**

129:7
**log-in (2)**
129:13 130:6
**long (9)**
8:4 18:5,12 26:19
40:22 74:2 173:16
174:4 176:16
**longer (1)**
148:3
**look (10)**
47:20 75:20 76:5 79:7
79:20 80:5 85:15
92:23 121:15,18
**looking (3)**
53:12 139:5 150:7
**looks (2)**
87:19 93:23
**lose (1)**
144:11
**lost (2)**
144:12 155:23
**lot (3)**
162:10 193:12,13
**Lunch (1)**
122:20

_____
**M**

**M (2)**
4:2,2
**main (4)**
39:5 88:10,10 129:11
**mainland (2)**
17:8,19
**maintained (2)**
176:13
**making (2)**
9:6 13:4
**mandates (1)**
182:10
**manner (3)**
151:5,6 180:25
**March (3)**
23:10 47:22 205:12
**marina (1)**
71:3
**marinas (2)**
53:2 71:3
**Marissa (2)**
62:9 65:7
**mark (6)**
23:7 45:19 75:9 85:9
92:16 121:5
**marked (12)**
23:11,14 75:16,18
79:2 85:13 92:20,24
93:15 121:12
167:10 169:7
**marking (1)**

155:24
**markings (1)**
91:2
**marks (2)**
3:19 95:2
**marriage (1)**
204:18
**married (2)**
101:11,15
**marshal (7)**
71:14,18,21 76:15
78:3,16 96:22
**Mary (1)**
97:4
**master (5)**
65:12 66:20 71:8,10
186:24
**masters (1)**
53:19
**matter (1)**
204:20
**matters (1)**
72:9
**mayor (20)**
1:9,10 38:25 39:2
41:22,25 71:19
75:11 76:14 77:16
81:18 96:20,24,25
119:8,9,12 120:11
120:22,22
**mean (24)**
17:10 20:2 48:22,25
67:22,23 80:18
86:19 93:13,21 99:5
102:17 115:14
131:12,25 145:24
146:2 151:21 152:8
153:7 172:7 178:25
181:5 182:20
**means (1)**
150:8
**meant (3)**
36:21 37:2 51:3
**medical (1)**
141:10
**medications (1)**
7:18
**meet (9)**
65:22 66:10,18 67:2,8
70:11 174:10,21
175:24
**meeting (45)**
17:2,9,12 19:18 21:8
24:14,15,23 25:2,3
25:10,13,20,22 26:2
26:5,5,8,13,17,19
27:4,13,18,22 28:22
29:21 30:5 42:7,13
42:16,23 59:4,25

60:4 62:19 112:15
113:23 115:6 131:2
131:14 156:16,20
158:16 179:5
**meetings (1)**
140:17
**members (2)**
105:25 106:16
**memory (1)**
27:17
**mention (3)**
90:22 112:24 126:9
**mentioned (6)**
63:10 126:6,15,17
147:25 201:18
**mentions (1)**
90:14
**Merit (1)**
2:13
**met (4)**
4:18 26:23 173:19
174:13
**MIA (1)**
167:21
**microphone (1)**
146:4
**middle (1)**
88:19
**midnight (2)**
98:21,22
**mike (2)**
104:18 146:5
**Mill (1)**
3:21
**Mills (1)**
104:18
**mind (6)**
5:10 77:24,24 154:14
160:12 192:5
**Minerva (1)**
97:4
**mingling (4)**
20:7,9,13,17
**minute (9)**
73:8 92:23 118:14
152:18,24 154:3
161:5 163:8 164:7
**minutes (7)**
24:17 30:22 59:14
75:22 153:20
154:21 155:12
**missed (1)**
53:11
**misspoken (1)**
131:11
**Mitch (18)**
137:11,13,15,24
138:9,22 139:4,9,12

139:13 140:6,12,15
140:21,23 142:19
142:25 143:15
**mom (1)**
65:12
**moment (4)**
23:16 63:10 75:20
79:6
**mom's (1)**
65:14
**Monday (1)**
1:22
**money (3)**
71:12 103:15,17
**month (4)**
130:24 167:20,21,24
**Moran (266)**
1:20 2:10 4:17 5:1 6:1
7:1,17 8:1,21,24 9:1
9:2,4 10:1 11:1 12:1
13:1,18 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
23:7,10 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
45:20,22 46:1 47:1
48:1 49:1 50:1,20
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1,20 60:1 61:1
62:1 63:1 64:1,6,7
64:17 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1,9,14,17 76:1,5
77:1 78:1 79:1,2
80:1 81:1,23 82:1
83:1,11 84:1 85:1,9
85:12,15,17,20,24
86:1,3,7 87:1,22
88:1,7 89:1 90:1
91:1 92:1,17,19,22
92:24 93:1,18,23,24
94:1,7,8 95:1 96:1
96:10 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1,6,10,14
121:21 122:1,4,4,24
123:1 124:1 125:1

126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
149:18 150:1 151:1
152:1 153:1,17
154:1 155:1 156:1
157:1,16 158:1
159:1 160:1 161:1
162:1,2 163:1 164:1
164:15 165:1,24
166:1 167:1,8 168:1
169:1,5,9 170:1
171:1 172:1 173:1
173:16 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1,13 204:11
205:5,10 206:4

**Moran's (2)**
151:16,18
**morning (2)**
4:17 159:2
**mother (14)**
192:16,20,23 193:6,8
193:21 194:5,10
197:9,23 199:6,11
199:17,23
**motion (1)**
162:14
**mouth (2)**
194:8,9
**multiple (1)**
128:23
**multi-page (1)**
121:6

_____N_____

**N (3)**
3:2 4:2 205:2
**name (27)**
4:19 53:18 58:12
60:24 62:8 64:4
65:14,18 77:5 83:25
87:6 90:15,16,22,22
92:6,6 97:9 129:23
130:12 136:12
137:10 141:14,17

199:14 203:7 206:3
**named (1)**
191:17
**names (2)**
63:6 171:16
**nap (1)**
196:4
**narcotics (1)**
7:22
**Nassau (2)**
61:8 204:6
**Natalie (2)**
1:11 3:13
**nature (12)**
9:5 13:13,17 15:2
35:24 38:3 69:10
115:19 133:9 142:8
142:16 202:5
**necessarily (2)**
28:4 39:3
**necessary (1)**
6:13
**need (12)**
5:18 15:10 41:17
79:20 121:15
154:11 157:12
161:22 162:8
163:11,17 164:18
**needed (2)**
49:18,21
**negative (1)**
202:11
**never (1)**
91:14
**new (24)**
1:3,21,21 2:11,11,16
3:7,7,16,22 42:6
60:23 62:14 73:21
100:15 101:4,5
129:20 134:9 135:5
136:2,3 204:4,9
**night (9)**
8:6 21:13 35:20 52:18
52:21 57:22 99:10
156:19 186:6
**nights (3)**
57:16,23,23
**nighttime (1)**
186:7
**Nofi (37)**
1:5 10:11 17:3 30:20
30:23 31:5,19,23
32:24 33:4 66:18,22
68:16,23 117:22
174:21 175:4,7,19
175:22 179:21
192:15,16,20 193:3
193:10,11 197:8,18
197:22 198:4,17,23

199:6,11,16,22
**Nope (2)**
7:7 34:4
**normal (2)**
17:9 193:15
**normally (1)**
195:8
**Notary (4)**
2:15 4:4 204:8 206:25
**note (15)**
68:10,14,19,25 76:25
119:2 125:6 126:11
131:16 136:21
139:19 147:16,24
169:17 197:4
**noted (1)**
203:9
**Notwithstanding (1)**
16:10
**Novikoff (310)**
3:17 4:10 6:10,17 7:7
7:16 8:20 9:7,10,18
9:20,24 10:2,10,15
11:3 12:9,24 13:6
13:16 14:2,10,14,16
14:19 15:9,19 16:8
16:9 17:22 19:4,23
21:4,17 22:11,17,21
22:25 23:13,18 24:2
24:7,9 25:7,14,23
26:9 27:9,24 28:9
29:2,12 31:15 32:6
32:9 33:9,15,19,24
35:14 36:4,23 37:3
37:20 38:6,14,18
39:13,21 41:7,17
42:4,17,21,24 43:4
43:10,18,24 44:7
45:6,9,25 46:16,21
47:19,22 48:2,17
49:4,11,24 50:3,7
50:11,15 51:9,15
57:3,14 58:7,16
59:11,14,19 60:5,7
61:17,23 62:6,20,25
63:8 66:4,8,16,23
67:17 68:10,14,19
68:25 69:6,11,16,23
70:4,16 71:24 72:5
72:10,16,25 73:8,13
74:19,23 76:4 77:5
79:11,15,19,23 80:3
80:18,24 81:7,22
82:14 83:5 84:9,14
86:4,9,18,23 87:8
87:16 88:16,22
89:16,21 90:14,18
91:16,24 93:10,20
94:3,17 95:4,12,17

95:20 96:4 99:4,11
99:13 100:21
102:16,19,23
103:20 104:12
106:5,13 107:5,10
107:14 108:3,7,14
108:19 109:2,16
111:6,9,17 112:3
113:12,15 114:5,14
115:11 116:18
118:14 119:2,5,24
121:18 122:19
123:4,8,19 125:6
126:2,11,23 127:9
127:15 131:16,24
132:7,25 133:11
135:2,10,15,21
136:6,21 137:2,4
138:5 139:15,19
141:19 143:16
145:10,12,17
146:10,16 147:11
147:16 148:11,17
149:11 150:4,23
151:21 152:3,12
153:2,7,22 154:17
154:22 155:3 156:4
156:5,12 157:10
158:19,25 159:11
159:22 160:15
161:8,23 162:12,19
162:24 163:25
164:12,18,21
165:21 166:4 167:5
167:12 169:17
170:4,8,15 171:3,6
172:5,12,14 173:3
173:11 179:25
180:4,15,18 186:3
186:16,19,22
190:23 196:13
197:4,15 198:18
199:25 200:8
201:13 202:13
205:7
**Novikoff's (2)**
19:15 163:9
**number (10)**
23:8 45:21 47:20
85:10 88:7,9 154:15
175:19,22 177:5
**numbers (4)**
75:12 83:24 121:7
149:4
**numerous (3)**
149:2 189:12 195:11

_____O_____

**O (2)**

95:20 96:4 99:4,11
4:2,2
**oath (2)**
4:25 5:6
**object (14)**
7:11 17:25 19:23 32:9
51:9 60:8 86:19
106:6 118:19 150:5
159:11 160:15
171:3 200:9
**objected (1)**
171:12
**objecting (2)**
163:6 171:14
**objection (141)**
12:9,24 13:16 17:22
21:17 22:11,17,21
22:25 25:14,23 27:9
27:23 28:5 29:2,12
33:9,15,19,24 35:14
36:4,23 37:3,20
39:13,21 42:4,17
43:4,10,18,24 45:6
45:9,25 49:11 51:15
57:3,14 58:7,16
61:17,23 62:6,20,25
63:8 66:8,16,23
67:17 68:10,14,19
68:25 69:6,11,16,23
70:4,16 71:24 72:5
72:10,16,25 74:19
74:23 79:11,15,19
82:14 84:9,14,15
86:24 87:16 91:16
91:24,25 95:12 96:3
99:4,13 100:21
107:5,10,14 115:11
115:12 118:15
119:2,5,24 125:6
126:2,11,23 127:9
131:16 132:25
133:11 135:2,10,16
135:21 136:6,21
138:5 139:20
143:16 145:11
147:11,16 158:25
159:21,22 162:18
163:10 169:17
173:3 176:22 177:2
177:4,13 178:15
180:14,15 186:2,12
186:17 190:20
193:22 196:6 197:4
197:15 198:18
199:25 200:25
201:13
**objections (1)**
151:20
**objects (1)**
28:3

**OBPD (5)**
20:22 60:19 70:15
132:5,7
**observed (1)**
190:12
**obtain (3)**
80:12 100:14 130:12
**obtained (1)**
131:13
**obtaining (1)**
54:22
**obviously (3)**
6:10 7:10 189:19
**occasion (18)**
89:25 105:13,17
108:13,18 109:13
110:12,15 123:3
124:16 138:8
139:16,18 141:7
142:5 188:7 189:13
198:13
**occasions (20)**
81:2,5,9 82:5 91:20
125:4,11 138:12,15
139:11 140:4,11
142:11 185:11
188:3 193:10
195:12 197:7
199:10,15
**occur (1)**
177:12
**occurred (3)**
177:21 179:5 183:24
**Ocean (129)**
1:9,12 3:12,13 4:21
10:5 12:7,23 13:14
14:6 31:3 32:4
39:11,19 44:6 45:11
45:23 47:8 49:9
51:13 58:5 59:7
60:3,13 61:13,16,21
62:5 63:11,16,21,23
64:2,11 65:11 67:15
69:5 70:10,19 71:15
71:18 72:3,7,14
73:9,14,17 74:7,15
74:18 78:16 83:13
83:17,23 84:17,23
89:2,9,19 90:9 91:2
91:19 94:9 95:23
96:15 97:13 98:15
98:19,24 102:7
104:5,8,11,25 105:4
105:25 106:16
107:22 110:4,8,22
111:2,3 113:4,22
119:3,17,22 120:18
121:7,9,11 122:12
124:10 130:3 132:6

132:13,20 133:7
134:24 136:16
137:16 140:24
141:3,5,22 142:5
143:25 144:25
146:21,25 167:2,9
169:6 173:6,20
174:8 176:13,20,25
190:13,17 193:16
200:6,16 205:19,22
205:25 206:3
**offense (1)**
5:4
**office (12)**
54:6,8,12 135:14,20
136:5,10 140:9,13
142:12 145:6
189:16
**officer (33)**
17:4 44:8 53:5,9,16
55:14,16 56:22,23
57:18,19 70:9 87:10
89:13 101:4 110:8
110:23 114:25
132:5,8 147:19
181:8 188:23 193:4
193:25 196:23
197:2,8 198:17
199:22 200:17,22
201:25
**officers (41)**
10:11 17:15 18:16
19:7,11 20:4 21:14
21:25 22:5 25:4
26:15 37:10,15,18
39:11,19 42:14
55:12 56:6,25 57:5
57:7 67:24,25 68:8
68:9,17,22 69:5,15
72:9 83:17 108:21
111:2 113:6 128:16
179:5 180:11
190:13 195:8
201:21
**offices (1)**
2:10
**official (5)**
1:10,11,13,16 141:12
**officially (2)**
58:3 80:21
**Oh (9)**
31:17 46:4 65:4 94:3
123:8 168:11,22
170:8 177:20
**okay (63)**
5:16,24 6:4,9,25 9:25
10:15,16 15:22
17:12 19:9 20:21
21:3 24:7 36:12

42:24 59:5 76:9
80:3 83:11 86:10
90:18 95:3,17 96:10
102:23 106:13
108:7 111:12
113:15 122:16
123:9 139:19 150:2
150:18 152:23
154:23 156:12
161:25 162:7
163:19 165:21
167:5,25 170:9
172:12 176:3
180:24 181:11
182:23 183:3,8
184:4 186:22 189:2
190:23 191:12
194:11 195:24
196:12,15 200:17
202:4
**old (3)**
103:23 134:8,13
**older (2)**
134:14,17
**once (13)**
17:17 25:10,17 29:25
40:14 111:22 138:4
142:2 160:14,17
169:24 193:12
195:10
**one-page (3)**
23:8 45:20 85:10
**on-duty (2)**
196:23 197:2
**on-the-job (1)**
56:10
**opened (2)**
124:17,23
**openings (1)**
54:24
**opinion (7)**
38:23 118:11,16,23
136:18 193:15,24
**opportunity (4)**
6:12 50:17 59:21
161:21
**opposed (6)**
11:3 20:7 49:4 64:24
102:19 183:4
**oral (4)**
191:2,24 192:10
202:19
**order (1)**
153:16
**originally (1)**
154:14
**outcome (1)**
204:19
**outdated (1)**

134:9
**outside (24)**
17:6,11,13 18:7,15,17
18:20 19:2,3,6,10
19:17,21 20:4,8
22:5,8,20,24 45:8
62:17 98:8 104:14
104:21
**overview (1)**
130:15
**owned (1)**
176:16
**O'BRIEN (1)**
3:19
**O'NEILL (1)**
3:19

_____

**P**

**P (5)**
3:2,2 4:2 85:11
149:10
**page (25)**
76:12,16,19,22,25
77:10 78:10,12,14
79:4,7 81:13,14,17
81:18 92:23 94:8,12
94:15,20 96:2
121:19,19 205:3,10
**pages (5)**
76:7 79:2 92:20 95:10
205:18
**palpably (1)**
136:22
**paper (2)**
87:19 96:9
**Paradiso (27)**
43:12,13,16,23 44:14
44:24 51:3,5,7 52:6
52:8,10,15,16 54:16
72:24 83:6,8 184:18
185:19,20,25 186:5
186:10 187:18
188:4 195:13
**parents (5)**
21:12 63:13,22,25
65:10
**part (3)**
150:19 164:22 165:12
**participants (1)**
148:21
**participating (1)**
41:13
**particular (5)**
25:5 37:10 48:9 54:6
54:18
**parties (2)**
148:4 204:17
**part-time (4)**
49:3 74:11,18 78:6

134:9
**passed (2)**
172:21 173:2
**passing (2)**
114:23 198:16
**password (4)**
129:11,23 130:6,13
**Pat (9)**
18:22 20:12 59:9
60:12,15,18 62:16
97:12,18
**patch (1)**
89:8
**patrol (6)**
53:2 71:6 139:3 140:3
192:21 197:12
**Paul (7)**
60:25 61:10,12,15
62:23 128:22,24
**pause (1)**
162:22
**PD (5)**
61:8 114:17,18 178:4
181:7
**peace (1)**
101:4
**pen (1)**
91:8
**pending (1)**
6:21
**people (28)**
16:2 19:11 20:25 22:8
36:12,16 53:18
62:17,24 68:21 82:6
112:12 119:21
127:5 141:20
176:19,23 177:6
188:20 189:5,10,12
189:15 194:4
197:21,23 199:5,20
**perception (1)**
39:9
**period (6)**
57:11 58:14 64:8
153:24 156:8 188:4
**person (14)**
20:22 29:22 36:9
40:17,20 78:2 82:9
92:7 97:6,9 103:12
186:11 198:23
199:2
**personally (2)**
104:4 193:4
**person's (1)**
83:25
**Pg (1)**
206:6
**phone (17)**
11:4 29:23,25 30:4,20
31:20,24 34:13 56:4

83:23 116:12
175:16,18,21
189:21,21,22
**phonetic (1)**
53:21
**photocopy (4)**
92:19 96:6,7 205:18
**phrase (3)**
16:15 192:16,20
**phrases (1)**
171:17
**physical (2)**
108:3,4
**physically (3)**
55:21 163:3,5
**piece (2)**
87:19 96:8
**place (7)**
17:13 26:5 41:5
109:24 112:18
181:9 194:19
**places (3)**
144:5,8 145:3
**plain (8)**
181:4,5,18 182:4,6,11
201:4,11
**plaintiff (2)**
10:14 101:17
**plaintiffs (61)**
1:7 3:5 4:20 9:6 10:4
10:8,18 12:3,6,22
13:13 14:5,20,22
15:24 16:6,21 18:8
21:21 22:2,9,14,19
22:23 26:4,23 27:3
27:7,21 29:10,17
30:19 32:5,15,25
33:7,13,18,22 34:3
34:6,10 49:9,15
51:2 62:18 82:25
92:18 113:10,19,22
113:25 131:20
145:19 146:8,14,22
147:9,14 158:23
182:16
**play (13)**
148:2,6,10 149:5,9
155:24 160:13
161:4,9 163:20,24
164:14,16
**played (13)**
148:8 149:17 150:11
153:25 156:13
160:17 164:15,20
164:24 165:6,7,22
167:17
**playing (5)**
148:18 153:11 161:3
163:4 165:3

**Plaza (1)**
3:15
**please (20)**
5:19 6:2 9:22,23
23:15 24:5 28:12
58:12 59:6 75:19
76:7 85:9 92:16
93:6 98:11 104:2
111:20 121:5
130:20 191:8
**plus (1)**
181:4
**point (24)**
6:6,19 27:20 28:19
29:9 30:18 31:9
43:7 58:22,25 70:22
71:20 72:18 80:17
111:22 112:5 115:4
117:7 124:12
135:13,23 139:14
144:24 172:21
**points (1)**
162:22
**police (123)**
1:12,12,14 3:13 31:3
32:4,11 39:11,20
41:6,11 42:2,20,25
43:8,15 44:4,8,13
44:21,25 45:24
46:19 47:16 53:6
54:21 55:19,24 56:7
56:15,17 59:7 60:23
62:15 67:16 70:9,10
71:2,4 72:8,9,14
83:17,20,23 84:23
87:10 88:11 89:8,9
89:13,20 90:9 91:19
95:24 96:15 97:13
98:24 105:2,5,25
106:17 107:7,13,22
107:25 108:12,14
108:17,21,22 109:4
109:9 110:4,8,16,23
111:2 113:4,5
114:25 119:4,10,12
119:17,23 120:5,12
120:15,18 123:5
127:12,12,18,24
132:6,14,21 134:25
137:16 138:9
140:24 141:3,6,10
141:11,23 142:5
143:25 147:2 167:2
177:20,21 180:11
180:13 188:23
190:12 192:11
193:4,25 196:23
197:2 201:6
**policy (2)**

110:22,25
**poor (1)**
160:13
**portion (1)**
166:3
**position (36)**
16:12,13 42:15 43:3
43:22 45:17 53:25
54:20,22 55:5 56:9
64:14,25 73:6,9,23
74:3,10,11,17,18
76:15 77:23 78:6,16
81:21,24 82:3 96:22
103:14 119:3,22
120:3,9,15 184:14
**positions (9)**
44:3,5 51:13,19 60:13
60:19 70:19 71:21
83:13
**possibility (2)**
12:5 29:6
**possible (3)**
91:12,22 150:3
**possibly (1)**
191:11
**post (1)**
65:12
**powers (1)**
53:7
**practice (3)**
23:19 126:18 127:2
**precisely (1)**
116:15
**Prepare (1)**
93:8
**presence (8)**
112:9 147:8 161:22
193:14 194:4 196:7
196:11,12
**present (19)**
3:25 12:17 26:16,23
59:6 61:7 80:6
105:12 109:20
112:13,21 137:8,9
172:21 197:10
199:9,15 202:18,22
**presently (5)**
7:17 8:21 124:6 137:2
137:3
**presumably (2)**
149:15 180:16
**presume (1)**
148:19
**presuming (1)**
12:25
**pretty (4)**
19:24 35:9 57:16 94:6
**previously (1)**
148:4

**print (1)**
84:13
**printed (3)**
84:19,21 85:3
**printer (3)**
84:22,25 85:3
**prior (17)**
10:2 12:2 16:16 28:2
59:21 118:10,14,15
129:14 131:4,8
134:11 135:7
148:25 152:14
159:10 165:2
**privately (4)**
17:16 26:24 163:21
163:23
**privileged (1)**
9:12
**probably (8)**
41:6,10 121:22 131:2
151:10 176:4,5
196:10
**problem (4)**
39:22 41:20 152:6
153:8
**problematic (1)**
20:2
**problems (2)**
66:6 72:3
**Procedure (1)**
4:8
**produce (1)**
152:13
**produced (6)**
92:18 121:7 148:4,23
152:19 155:8
**Professional (1)**
2:13
**profile (1)**
129:12
**program (3)**
129:10 130:22 132:20
**programs (5)**
129:19 130:2,6,8,13
**prohibit (3)**
110:22 111:2 196:23
**promptly (1)**
195:18
**proper (1)**
150:9
**property (2)**
144:10,12
**provide (2)**
149:5 175:21
**provided (2)**
161:20 175:18
**public (5)**
2:16 4:4 192:25 204:8

206:25
**punishable (1)**
5:4
**purchased (5)**
123:18,20,22,25
124:13
**purpose (6)**
25:21 107:9,11 142:8
161:2 193:18
**put (10)**
55:19,20 81:14 83:11
126:20 127:4
129:12 134:9
144:17 154:4
**putting (3)**
78:25 163:3 171:13
**P.C (1)**
3:19
**p.m (3)**
8:6 98:21 203:9
**P925 (2)**
85:13 205:16

_____

**Q**

**quality (3)**
160:12,20 170:11
**question (109)**
5:20 6:2,7,11,14,22
6:23 7:2,6,9 9:22
13:17,21 14:21 16:8
16:15 17:25 19:5,5
19:8,25 22:22 23:19
23:21,25 24:2,9
27:14 28:12 29:14
31:15 32:7 33:16,20
36:11 37:16 38:7
41:7 47:23 48:3,18
50:22,24 51:10,16
59:4 60:8 66:5
67:20 72:12 79:23
81:8,22 84:16 86:11
86:20,24 87:11
95:13 96:11,13
106:14,19,20 109:3
109:7 110:14 111:7
114:15 116:14,18
118:15 120:24
124:21 126:5,8
127:16 131:12
135:17 138:6
143:19,21 145:13
145:15 149:18,19
151:25 153:17
159:3,7,12 160:4
163:2,6 165:2,22
169:18 171:6,9
172:23 180:21
185:17 186:21
196:25 197:5,20

200:11 202:15,25
**questioning (6)**
50:19 121:23 154:18
161:19 163:18
164:2
**questions (28)**
8:16 9:18 20:6 38:15
41:18 108:20 109:6
118:7 123:2 150:12
151:14,17 152:9
153:4,13 157:12
162:6 167:7 171:12
173:12 179:24
180:2,6 182:14
185:9 188:11,18
189:5
**quick (1)**
153:21
**quite (1)**
58:23
**quiz (1)**
45:17

**R**

**R (5)**
3:2 4:2,2,2 204:2
**Rabino (1)**
71:25
**race (1)**
198:25
**radio (10)**
56:7,7,11,14 180:6,12
180:13,23 195:8,13
**RADLER (1)**
3:10
**ran (4)**
64:20,22,23,24
**read (23)**
14:11,13,22 23:16,17
23:20,23 24:4,7
28:12,13 32:8 50:25
86:4 87:7 92:24
93:4,6,7 111:8,16
120:25 206:6
**reader (3)**
149:23 152:21 154:8
**reading (2)**
152:7 154:4
**Reads (1)**
206:6
**really (5)**
25:16 26:11 34:19
40:6 64:15
**Realtime (1)**
2:14
**reask (1)**
61:11
**reason (17)**
8:14 34:6,10,11 48:9

103:13,15 106:3,9
106:11 147:14
149:22 158:22
195:17 196:24
197:3 206:6
**recall (168)**
10:22,23,25 11:6,7
12:15,16 18:2,3,4
18:18,19,22 20:11
20:12,14,16,18,20
21:23,24 22:3,4,6,7
22:15 26:10,11,12
26:15,19,22 27:2,5
27:6 30:6,7,10,14
31:4,7 36:14,15
37:9 38:2,6,8 40:6
40:10,11,12,16,22
40:25 41:4,8,12,15
41:16,20 42:9 43:6
43:7,20 44:19,23
45:3 48:7,8 53:23
54:5 58:13,17 60:11
62:7,16,22 63:9
64:15,16,20 73:5
78:20 82:8,9,12
91:5,13 92:3,5
94:11,13 95:8
103:18 107:24
108:25 109:2,17,19
109:22,23 110:6,10
110:24 112:7,16,17
112:20 116:11
119:20 120:10
122:25 132:3,12
133:4,14,16,18,20
137:23 138:13,19
140:5,14,25 141:8
142:3 145:21
146:12,19,23 147:3
147:6,21 158:13,15
158:21 165:5 171:9
172:16,19,24 173:4
173:5,8 174:25
177:14 178:20
179:10,13,19,22
182:18 186:10
187:21,22 188:20
189:8,24 191:11
198:2,24,25 199:4
199:19,20 202:17
202:24
**recalled (2)**
159:6 196:11
**recalls (2)**
38:21 63:3
**receipt (1)**
144:12
**receipts (1)**
71:12

**receive (2)**
24:19 77:15
**received (1)**
24:22
**Recess (8)**
32:21 50:13 59:17
76:2 111:14 122:20
154:25 164:10
**recognize (19)**
23:22 24:5,10 75:21
76:10 85:23 86:7,11
88:6,12,14,22 89:5
93:18 95:14,18
122:5 169:9,12
**recognizes (1)**
76:6
**recollection (25)**
27:12 151:16,19,23
152:2 159:5,16
160:25 161:10
165:25 166:8,12,16
166:20,24 169:20
171:8 179:8,11,14
179:17,20 185:21
188:2 195:20
**recommendation (2)**
115:10,16
**recommendations (1)**
201:20
**record (33)**
4:18 8:20 28:13 32:8
32:20 50:12,25
59:16 86:9 87:8
93:10 94:5 111:8,13
111:16 121:25
122:2,18 144:11
147:22,23,25 148:7
149:15,21,23
160:16 164:12,22
166:5 171:13
188:14 204:14
**recorded (4)**
134:17,20 151:7
169:15
**recorder (1)**
163:4
**recording (21)**
134:23 135:13,19
136:4,9 146:5 148:3
148:16 151:5,15
153:6 160:14
164:14 165:8,9,14
165:15 169:10,15
169:19 172:20
**recordings (5)**
148:2,19,21 149:2
151:14
**redirect (1)**
196:16

**refer (9)**
81:20 87:4 88:3 197:8
199:6,11,16,22
201:19
**reference (34)**
24:22 27:3 32:11
85:23 115:9,15
125:23 147:19
149:20 152:8 158:6
158:10 164:25
165:3,19 170:2,12
170:16,17,19,20
170:23 171:2,14,16
172:13 201:17,24
201:25 202:5,6,8,11
**references (4)**
81:16 87:14,23
201:20
**referred (5)**
15:17 92:6 134:12
197:22 201:24
**referring (9)**
10:7 24:16 34:23
86:22 92:4 114:12
115:9 135:25
171:17
**reflect (8)**
8:21 86:10 87:9 93:11
94:5,18 96:5 188:14
**reflected (1)**
81:11
**reflecting (1)**
95:4
**reframe (1)**
39:16
**refresh (15)**
27:11,17 151:23,25
159:5,15 160:25
161:10 166:8,12,16
166:20,24 169:20
171:7
**refreshes (1)**
151:15
**refrigerator (8)**
123:12,15 124:3,14
124:25 125:5,15,19
**regard (7)**
152:10 155:6,10
157:13 161:20
178:21 180:10
**regarding (5)**
27:12 113:5 177:10
177:25 201:17
**regards (4)**
99:15 114:2,3 195:4
**Registered (2)**
2:12,13
**registration (1)**
80:12

**Regular (2)**
4:11,13
**rehired (2)**
16:13 183:4
**related (3)**
5:17 99:5 204:17
**relayed (1)**
55:13
**remain (1)**
18:7
**remember (23)**
18:11,14 20:24 29:16
30:3 43:16 59:8
82:6 105:16,22,23
125:18 130:24
137:21 138:24
140:11 150:13
153:15 156:18
159:10 180:6
185:11 198:22
**rentals (2)**
71:9,13
**repeat (26)**
6:2 7:6 15:4 22:22
27:14 29:14 32:7
33:16 34:8 37:16
50:23 72:12 84:16
91:17 96:13 110:14
115:13 124:21
125:9 126:5 135:17
138:7 158:9 175:20
196:25 197:20
**rephrase (6)**
6:3 7:6 67:19 172:23
186:23 199:13
**replace (1)**
93:14
**replay (1)**
163:7
**report (7)**
55:15,17 126:13,19
127:3 128:14
199:21
**Reported (1)**
1:24
**reporter (22)**
2:13,14,14,15 5:10
23:7 28:11 45:19
75:9 85:9 92:16
121:5 148:5,12,14
149:16 151:9,10
154:3 155:15
165:11 167:13
**reporter's (1)**
171:23
**reports (6)**
80:11 125:24 126:9
127:6 129:3,3
**represent (8)**

8:23 10:13 152:12
155:20 162:12
164:22 165:10
172:8
**representation (3)**
148:24 154:20 155:11
**represented (2)**
8:18 155:8
**representing (2)**
4:20 8:24
**reproduced (1)**
85:17
**request (3)**
160:8 161:18 185:20
**require (2)**
23:23 130:11
**required (3)**
129:13 201:3,7
**requires (1)**
23:20
**reside (1)**
176:20
**resident (2)**
65:8 137:14
**residents (4)**
55:10 136:17 176:24
200:6
**respect (3)**
143:19,21 158:22
**respectfully (2)**
150:24 159:4
**respond (5)**
77:19 141:12 194:15
195:6,9
**responding (1)**
150:21
**response (3)**
50:21 77:15 185:17
**responses (1)**
5:14
**responsibility (2)**
72:20,23
**responsible (2)**
72:8,15
**responsive (2)**
49:25 50:6
**restroom (2)**
89:19,21
**resulted (2)**
37:6 39:10
**resume (10)**
71:19 75:11 76:18
79:8,18,25 81:11,14
81:20,23
**review (21)**
20:24 23:15 24:8
75:18 76:8 114:18
114:19,25 115:2,14

115:19,22 121:20
178:2,3,5,8,13,22
178:24,25
**reviewed (1)**
122:4
**reviewing (1)**
121:22
**rewinding (1)**
153:10
**RexCorp (1)**
3:15
**re-introduce (1)**
4:19
**Richie (11)**
20:19 37:23 69:21
82:22 108:10,11
109:9 113:9,17
118:4,24
**right (26)**
13:6 20:14 21:23 22:6
30:13 31:7 36:14
38:2 39:4 48:3
53:23 60:5,11 79:25
81:4 88:18,21 132:3
132:12 154:22
181:14,25 185:22
187:21 192:8 193:2
**right-hand (2)**
77:13 88:13
**River (1)**
3:21
**RIVKIN (1)**
3:10
**RMR (2)**
1:25 204:24
**Road (1)**
3:21
**Rockland (1)**
100:5
**Rogers (7)**
1:11 3:13 39:2 42:2
96:24 119:12
120:22
**room (7)**
34:20 98:8 144:14,16
144:18,21 191:14
**roster (1)**
20:22
**round (3)**
46:13 65:9 176:23
**RPR (2)**
1:25 204:24
**rule (3)**
110:21,25 196:22
**rules (5)**
4:7,8 6:16 7:13,15
**ruling (1)**
152:9

**run (4)**
65:2 129:14,21,24
**runs (2)**
137:7 165:17

_____

**S**

**S (3)**
3:2 4:2,2
**safe (2)**
144:10,13
**Samuel (1)**
145:9
**SANCHEZ (1)**
1:15
**satellite (2)**
137:5,6
**Saturday (5)**
75:3 98:21,25 99:11
124:9
**saw (17)**
3:21 21:22,22 22:2
53:8 97:19 110:12
110:15 140:6 168:3
194:7 197:8 198:4
198:20 199:6,16,18
**saying (5)**
24:14 106:8 162:16
169:15 193:20
**says (5)**
13:17 86:5,18 87:10
91:7 93:11,12,16
94:23 172:5,6
**schedule (3)**
49:17,22 51:5
**scheduling (1)**
51:3
**school (5)**
65:13 99:19,21,22
100:4
**science (2)**
100:9,13
**scope (1)**
200:9
**seal (4)**
88:14,15 89:2,18
**seals (1)**
88:17
**search (1)**
129:14
**season (49)**
45:23,23 46:2,4,7,16
46:17,18,23 47:2,5
47:10,11,14,24 48:6
48:10,13,25 49:10
49:16 51:6,7,25
60:5,6 63:14,17,22
74:7,14,21,24,24,25
75:2,6 102:20

131:25 133:16
174:14 176:21,25
182:22 187:2,4,6,8
187:10
**seasonal (8)**
46:9 49:5,7 65:8 71:5
74:20 183:5 187:17
**seasons (2)**
74:6 131:10
**second (38)**
5:17 36:14 38:21 50:9
65:4 76:16,22 78:10
78:11,14 79:4,7
80:5 81:13,14 94:12
94:15,20 96:2 114:4
128:5,18 152:18
154:2 156:7 160:10
161:6,21 162:5
164:16,24 165:3,7
165:12,23,25
190:25 194:12
**seconds (3)**
161:5 163:9 164:8
**section (1)**
80:6
**see (30)**
17:21 21:20 31:12
39:6 47:18,19 53:12
76:5 95:3 108:9,11
109:3,8,12 125:13
134:16 137:15,18
140:23 141:2,5,22
142:2,9,12 150:15
178:7 189:16 195:6
196:19
**seeing (5)**
179:8,11,14,17,20
**seen (28)**
83:16 85:16,19 90:11
90:21,25 91:10
93:22,25 94:4,7
95:6 107:21 108:20
110:3 121:16 122:6
122:10,11 128:8,11
128:17,20 132:4
144:20 173:23
174:15 175:3
**segments (1)**
163:8
**selling (3)**
169:2 170:3,5
**seminar (1)**
130:15
**send (1)**
55:11
**sending (1)**
77:16
**Senior (2)**
60:15,16

**sense (1)**
19:19
**sent (8)**
54:5,10,11,14 55:2
71:19 75:11 78:22
**sentence (1)**
80:10
**separate (1)**
141:6
**September (2)**
46:9,15
**sergeant (6)**
44:2,4,9,10 51:4 52:9
**serve (1)**
64:17
**served (1)**
119:17
**service (11)**
1:15 48:15,20,21,23
56:18 72:4,9,23
73:4 96:25
**Service-related (1)**
72:15
**serving (2)**
43:8 44:13
**set (7)**
13:20 15:2 25:12 71:3
84:10 204:13,22
**setting (1)**
79:10
**setup (1)**
152:10
**sex (10)**
191:2,24 192:10
200:3,6,12,15,18,23
202:19
**shake (1)**
5:15
**SHEET (1)**
206:2
**shift (10)**
49:19 52:11,12,16
111:22,25 186:6,7
187:19 188:5
**shifts (3)**
186:10 187:15 201:15
**shit (4)**
156:21 169:2 170:3,5
**Shore (5)**
10:12,13 21:19
194:23,24
**shorter (1)**
153:20
**shortly (2)**
27:22 29:21
**showed (2)**
133:23,25
**showing (1)**

87:18
**shown (3)**
86:12,14 152:16
**sick (1)**
8:12
**sign (1)**
76:24
**signature (3)**
77:3,6 206:20
**similar (1)**
120:24
**simultaneously (1)**
57:12
**single (2)**
20:22 82:9
**sir (2)**
63:12 175:17
**sit (7)**
79:13 117:10 124:5
159:18 192:5,9
195:15
**sitting (2)**
55:22 191:15
**situation (1)**
53:6
**six (2)**
74:5 176:4
**size (1)**
177:8
**SJS (3)**
129:2,4 130:22
**sleep (1)**
196:5
**sleeping (2)**
194:16 195:17
**slip (3)**
71:6,9,13
**slow (2)**
162:14 194:16
**Snyder (15)**
1:6 10:12 66:25 67:5
69:3,9 90:23 117:20
175:25 176:7,10
179:12 194:24,25
195:2
**Snyderized (1)**
93:8
**software (1)**
129:10
**somebody (5)**
54:13 60:24 62:8
141:14 158:11
**somebody's (2)**
114:18 115:2
**soon (1)**
195:7
**sorry (12)**
7:7 32:6 52:8 59:3

108:17 122:8 128:6
131:11 138:21
168:13 194:25,25
**sort (5)**
88:4 116:14 117:3
132:19 145:6
**source (4)**
27:16 36:2,5 72:2
**sources (1)**
38:22
**space (4)**
20:23 63:2,4 95:10
**span (1)**
133:6
**speak (27)**
5:18,22 13:8 29:9,20
29:22,24 30:18
31:22 32:2,25 33:7
33:12,17 39:25 40:4
40:19 41:22,25 86:5
98:23 99:9 140:6,8
142:4,12 178:10
**speaking (4)**
10:2 18:5 20:17
140:12
**speaks (4)**
87:9 94:18 159:23
171:15
**special (1)**
28:24
**specific (7)**
25:7,18 63:5 124:22
148:6 178:18 199:8
**specifically (6)**
11:10 78:15 79:7
89:10 115:5 125:24
**Spectrum (1)**
129:5
**speed (2)**
151:4 162:20
**Spies (1)**
97:10
**spoke (10)**
29:16,18 30:8 40:9,12
40:16 96:20 97:17
158:15 167:19
**spoken (5)**
96:23 97:3 150:20
152:22 174:18
**spring (1)**
25:17
**springtime (1)**
25:11
**squad (1)**
191:14
**ss (1)**
204:5
**stall (1)**
94:9

**stalls (2)**
95:25 96:14
**stamped (9)**
23:11 75:15 85:13
121:12 149:10
205:12,14,16,20
**standard (3)**
25:12 126:18 127:2
**standing (1)**
198:10
**standpoint (1)**
157:15
**stands (1)**
129:4
**start (5)**
5:20 28:22 41:19
54:18 59:2
**started (7)**
17:8 57:15 58:2,19
59:23 65:23 174:11
**Starting (1)**
183:10
**starts (1)**
41:9
**state (11)**
2:16 89:2,18 101:4
129:20,20 130:23
157:10 160:16
204:4,9
**stated (1)**
149:24
**statement (9)**
79:9 80:14 112:10
114:9,11 116:2
145:19 147:7
197:19
**statements (13)**
87:13 113:18 120:18
143:13 145:9 146:7
146:13,21,25 147:5
147:18 198:4
200:22
**states (3)**
1:2 80:10 159:24
**station (37)**
41:6,11 55:19,24
108:15,16,17
109:10,21 110:5,16
123:5 127:13,25
129:9 132:6,21
134:15,25 137:16
138:10 139:2,24
140:24 141:3,6,10
141:11,23 142:5
177:20,22 188:24
189:6,11 191:12
195:3
**stayed (1)**
21:13

**stench (1)**
191:19
**stick (1)**
134:4
**stips (2)**
4:11,13
**stipulating (1)**
39:4
**stop (2)**
163:3,5
**stopped (3)**
139:22,24 165:16
**storage (1)**
144:22
**stored (4)**
143:25 144:4,8 145:2
**street (3)**
17:14 139:3,24
**strike (5)**
33:5 46:11 49:24
52:15 56:23
**Stu (1)**
59:9
**stuff (2)**
168:25 169:3
**subject (6)**
12:18 140:17,20
163:9 167:3 173:6
**submit (1)**
81:17
**Subscribed (2)**
203:15 206:21
**substances (1)**
7:22
**sue (2)**
101:23 102:2
**sufficient (1)**
152:25
**Suffolk (14)**
1:14,14,14 56:15,16
62:2,2 114:18,24
115:3 178:4,11,11
181:7
**suggestion (1)**
147:8
**suing (8)**
11:13,15,21,24 12:3
13:14 16:3 113:22
**summer (26)**
46:8,23 47:2,17 49:10
49:16 51:6,25 59:4
59:5 63:17,22 66:12
66:19 74:6,14 104:9
130:18 131:9,9
132:2 174:22 175:2
176:25 184:11,12
**summertime (4)**
46:14 49:7,20 54:24

**summons (2)**
55:15,17
**summonses (2)**
80:12 194:3
**SUNY (1)**
100:5
**supervisor (10)**
52:3,7,11,14,22 58:5
58:9 71:22 73:25
188:4
**supposedly (1)**
114:23
**sure (13)**
5:12,19 19:14 34:9
50:11 53:3 58:20
71:7 87:21 114:21
129:18 162:14
186:20
**surveillance (9)**
132:20 133:10 134:9
134:13,24 135:8,14
135:19 136:4
**sworn (4)**
4:3 203:15 204:13
206:21
**system (20)**
129:2,5 131:5,23
132:20,23 133:10
134:7,13,17,21,24
135:5,8,14,19 136:2
136:3,5,9
**systems (1)**
137:5

---

**T**

**T (8)**
4:2 85:12 86:19 87:7
89:12 204:2,2
205:16
**take (29)**
6:18,24 16:12,13 21:4
23:16 26:5 53:5
55:9 57:17,20 71:11
75:19,22,24 79:6
85:15 92:22 98:13
101:8 121:14,18
122:16 130:14,15
130:17 154:23
164:8 165:12
**taken (10)**
32:21 50:13 59:17
76:2 98:2 107:7
111:14 122:20
154:25 164:10
**talk (11)**
9:13 17:15 38:24 50:8
74:25 111:9 114:13
114:15 190:24
192:15 194:11

**talked (2)**
116:12,25
**talking (14)**
14:17 18:16 19:7,11
20:4,6,10 46:21
134:20 152:17
156:24 166:2
192:24 193:16
**tape (13)**
146:4,5 149:5 155:19
157:14,17,25
160:17 163:4
164:23 166:6 167:7
172:5
**taped (2)**
146:5 190:6
**tapes (3)**
150:15 155:7 189:21
**taping (1)**
190:3
**Tarrytown (2)**
181:25 182:4
**tasks (1)**
81:11
**taxi (6)**
17:7,18 21:16,25 23:2
23:4
**teacher (1)**
65:13
**telephone (6)**
32:14 56:3 77:20 88:6
88:9 172:17
**tell (27)**
5:3 6:2 9:15 11:15
34:9 38:14 44:16
75:20 85:16 86:2
89:14 94:15 95:9
98:15 121:16 122:5
139:12 144:7 149:8
150:19 152:16
176:19 195:10
198:14 201:2,6
202:4
**ten (10)**
56:15,17,24 57:2,6
138:14 174:6 181:4
182:7 201:16
**tension (1)**
39:10
**tensions (1)**
39:19
**terminal (1)**
130:21
**terminated (4)**
16:14 102:12,15,17
**termination (1)**
37:7
**terms (2)**
148:20 163:17

**Terry (3)**
191:17 203:4,5
**test (7)**
130:14,16,17,18,25
171:21 172:6
**testified (17)**
4:5 5:6 35:11 36:19
126:24 127:11
160:5 162:2 179:4
185:14 197:8,22
199:5,10,16 202:10
202:19
**testify (2)**
7:19 151:2
**testifying (3)**
4:22,25 13:12
**testimony (8)**
127:14,15,16 159:10
202:13,14,15
204:15
**text (4)**
84:3 87:7,9 89:12
**thank (5)**
16:20 96:18 173:9
179:24 203:8
**theory (2)**
16:18,19
**thing (12)**
5:9 6:21 45:22 56:11
79:21 82:23 88:20
115:15 129:22
165:10 178:2 189:2
**things (4)**
77:25 79:17 144:9
180:2
**think (51)**
8:15 20:2,3 27:15,17
35:4,8,18 36:25
50:7,15 53:11 58:19
58:23 59:19 91:9,13
93:25 94:3,4 119:15
119:16 121:22
138:14 141:19
145:14 149:3
150:10 151:13
152:5 153:2,3,20,22
154:24 156:22
159:3 161:9,11,12
161:14 168:6,7
170:18 180:20
183:3 188:14 189:6
191:13 200:10,12
**third (3)**
35:7 36:8 38:22
**THOMAS (1)**
1:6
**Thompson (2)**
2:10 3:4
**thought (8)**

20:5 34:14 36:19 37:6
50:5 159:8 165:18
182:25
**thousand (1)**
177:7
**threatened (2)**
101:23 102:2
**three (6)**
20:15 88:16 128:7
173:18 189:5,15
**Thursday (1)**
168:4
**time (123)**
17:3 18:7,8,21 19:17
20:11 25:5,8,9,19
27:5,19 28:5,19
29:15 30:8 31:21
35:2,6,9 36:10
38:10,13 41:3 42:16
43:2,23 44:16,20,24
45:3,7 47:8,14 51:4
53:19 54:19 57:11
58:22 59:22 60:20
61:7,10 62:18,24
64:8,12 65:3,4
70:22 74:23 82:20
96:19 97:17 98:18
102:14 103:19
104:7,18 105:7,11
109:11 110:17
112:7 115:4 116:19
118:10 121:15
122:9,9 124:22,24
131:7 133:14
134:12 135:5,7,22
138:17,23 150:8
152:18 153:24
154:15 156:8
160:10 161:6,21
162:5,16 163:13,15
163:16,20 164:16
164:24,24 165:3,5
165:16,23,25
167:19 173:4,10
175:8 183:18
186:13,14 189:10
189:24 190:22,25
191:18,21 194:13
195:13 196:10
199:13,19 201:23
202:18 203:9
**times (12)**
58:21 109:8 124:18
137:17,19 138:3
169:24 172:11
192:21 193:17
194:6 195:9
**timing (2)**
59:22 122:17

**title (3)**
42:16 43:6 85:6
**titled (1)**
121:8
**today (29)**
4:23 5:11 7:19 8:12
8:16 13:12 56:20
57:9 66:11 78:24
79:13 85:5 98:5
116:18,19,21
117:10 122:25
124:5,6 126:6
152:11 155:13
159:18 166:8
172:25 192:5,9
195:16
**token (1)**
5:21
**told (30)**
9:16 11:9,10,12 15:12
34:14 36:18 38:2,19
40:10 44:18,20,25
45:4 98:12 106:15
106:21,24 111:21
111:24 114:16,22
191:23 192:7,10,14
195:10,14 202:3,11
**Tom (8)**
66:25 67:5 69:3,9
90:22 117:20
175:24 179:12
**Tommy (3)**
194:22,22,25
**top (4)**
77:13 88:12,21 89:4
**topics (1)**
25:13
**total (3)**
74:5 128:7 138:12
**touch (1)**
9:22
**touched (1)**
120:24
**tour (1)**
196:4
**tours (4)**
52:10,17,18,21
**town (3)**
61:25 198:5,20
**track (11)**
149:4,6 152:17,24
153:4,23,24 154:2
154:15 156:7,8
**tracks (1)**
154:20
**training (4)**
25:25 26:3 56:8,10
**transcribe (4)**
148:13,15 155:16

167:14
**transcribed (2)**
149:14 153:6
**transcribing (1)**
151:11
**transcript (19)**
5:13,23 20:23 21:2
63:2,5 120:25
149:12 150:6,9,22
152:7,15,21 153:12
154:7,9,16 206:2
**transcription (4)**
156:14 157:9 167:18
169:4
**transpired (2)**
16:11 182:15
**transpiring (1)**
181:20
**trial (1)**
149:22
**tricky (2)**
116:14 145:14
**triple (1)**
177:5
**Trosko (7)**
60:25 61:10,12,15
62:23 128:22,24
**true (2)**
34:12 204:14
**trustee (4)**
41:23 64:3,9,18
**trustees (2)**
120:4,5
**truth (1)**
5:3
**truthfully (2)**
7:19 8:16
**try (4)**
5:19 93:12 153:15
167:13
**trying (8)**
45:16 93:17 114:17
114:24 150:25
159:9 171:25
180:19
**TVs (1)**
137:6
**twelve (3)**
103:21 161:5 163:9
**twenty (1)**
164:8
**twice (1)**
131:12
**two (32)**
30:21 59:14 71:3
75:22 77:24 79:2
92:20 95:2 100:16
105:19,20 108:19

119:16,21 128:7
129:19 131:10,10
144:5,9 145:2
153:19,20 154:20
154:21 155:6,12,19
165:6,6 189:5
205:18
**two-page (2)**
75:12 92:17
**Ty (4)**
70:6,11,14 143:8
**type (4)**
77:9 95:25 144:6
152:20
**typed (1)**
77:5
**typewritten (1)**
77:2
**Tyree (3)**
22:4 142:20,22

_____
U
_____
**Uh-huh (1)**
185:16
**unable (2)**
162:10 195:17
**Uncertified (4)**
156:14 157:9 167:18
169:4
**unclear (1)**
180:21
**underneath (3)**
87:6 94:23,24
**understand (30)**
4:24 5:25 6:3 9:2
24:21 34:22 37:5
39:14 67:21 81:7
87:3 102:24 106:19
109:5 115:8 138:6
145:23 148:12,17
148:22 157:23
159:24 160:4,19
161:14 162:11,16
169:14 181:11
193:2
**understanding (6)**
16:9,16 86:21 154:5
165:11 167:14
**understood (6)**
7:3,10 36:25 157:14
162:3 166:7
**undertake (1)**
155:16
**unfair (1)**
150:10
**unfavorable (1)**
114:20
**unfinished (2)**
95:25 96:16

**unintentional (1)**
165:18
**Uniondale (1)**
3:16
**UNITED (1)**
1:2
**universal (1)**
57:6
**university (5)**
99:24 100:3,15 101:7
101:9
**update (1)**
78:21
**upgrade (1)**
133:9
**upper (1)**
88:18
**upstairs (4)**
195:2,19,20 196:2
**use (26)**
56:20 57:2,5 89:25
90:8 127:18 128:15
128:16,23 129:2,19
130:8 131:22
133:23 134:4
140:23 173:6 181:4
182:4,6 192:16,20
201:3,7,11,15
**user (1)**
130:12
**uses (1)**
56:25
**usually (6)**
25:11,17,25 75:2
177:5 186:7

_____
V
_____
**v (5)**
167:9 169:6 205:22
205:24 206:3
**vague (1)**
35:9
**vandalism (3)**
53:3,14 71:7
**variation (3)**
90:15,22 92:6
**varies (2)**
25:16,18
**various (1)**
149:4
**verbally (2)**
5:14 111:24
**versa (2)**
28:8,9
**version (2)**
76:24 85:19
**vice (2)**
28:7,9

**video (7)**
132:19 133:10 134:16
134:20 135:5 136:2
136:3
**view (1)**
190:9
**village (60)**
1:9 3:11 8:22,23
11:16,21,24 12:3
15:25 16:3 34:16
48:15,20,24 49:2
54:2,7,8,12,15 55:2
55:9,18 61:6,9
66:13,20 70:21,22
70:24 71:8,10,22
97:7 103:7,11,12
112:2 115:2 121:8
121:11 137:14
167:9,22 168:2,5
169:3,6 170:3,6
174:23 176:20
181:25 183:6,10
187:18 203:6
205:19,22,25
**Village-owned (1)**
53:2
**violation (1)**
194:8
**virtually (1)**
187:17
**visitors (1)**
176:24
**voice (33)**
156:15,17,18,22
157:2,5,24 158:4
159:24 160:2,6
167:19,23,25 168:3
168:6,8,9,10,11,12
168:13,15,16,17,18
168:19,20,21,22,24
169:2,23
**voices (4)**
157:17,21 169:10,12
**voluntary (1)**
181:22
**volunteer (1)**
182:3
**vs (1)**
1:8

_____
W
_____
**W (1)**
3:23
**wait (3)**
73:8 83:6 118:14
**waiting (1)**
22:8
**walk (7)**
21:12 194:6 198:5,6,8

198:9,20
**walked (2)**
22:20,24
**walking (1)**
155:13
**wall (3)**
94:9 95:19,22
**walls (4)**
93:23 95:24,24 96:14
**want (19)**
6:5 19:14,20 38:22
47:20 50:16,17 76:4
86:4 88:19 111:9
121:24 152:3 160:9
163:12,21,22
165:10 191:7
**wanted (3)**
78:5 164:4 178:4
**wants (3)**
59:20 111:17 183:6
**warrant (1)**
80:13
**warrants (1)**
129:14
**wash (1)**
191:18
**washing (1)**
191:15
**wasn't (21)**
34:20 35:2,5,6,10,20
35:25 36:10,11
37:12,12 38:16,17
48:24 82:21,23
139:3,23 140:2
142:10,10
**water (6)**
17:7,18 21:16,25 23:2
23:4
**water-marked (1)**
89:14
**way (11)**
7:3,5 16:17 118:11
154:8 180:11
193:16,23 198:17
198:19 204:19
**wear (3)**
156:23 157:3,5
**wearing (13)**
145:20,22 146:2,4,5,8
146:22 147:2,5
156:24 157:2
159:20 167:3
**week (11)**
74:22 75:4,5,7 183:13
183:16,21 184:4,8,9
187:13
**weekend (1)**
57:24
**weekends (2)**

184:6,15
**weekly (1)**
71:9
**Welch (5)**
9:12,14,21 10:3 15:19
**went (18)**
17:4,7,15,18,19 18:8
22:20,24 23:2 27:22
35:3 38:10 61:5
62:18 99:14 195:12
195:24 202:8
**weren't (5)**
20:10 28:14,21,22
182:21
**west (2)**
62:3 71:4
**Westchester (1)**
63:20
**whatsoever (1)**
149:20
**WHEREOF (1)**
204:21
**whistle (4)**
192:22 193:5,20
194:9
**Wigdor (2)**
2:11 3:4
**wild (1)**
195:4
**wintertime (1)**
49:20
**wire (27)**
145:20,22 146:2,9,15
146:22 147:2,5,10
147:15,20 156:21
156:23,24 157:2,3,4
157:6 158:4,10,24
159:20 160:2,6,24
166:14 167:3
**withdrawn (3)**
178:12 189:20 193:14
**witness (40)**
4:3 16:10 20:3 47:21
50:2,4,8,15 58:18
59:13 76:4 93:12
102:25 111:11,17
118:16 149:13
150:19 151:2 155:9
157:11 159:25
160:18 161:19
162:13,15,24
163:18 164:3 166:6
170:4 171:20,24
172:2,7 180:19
204:12,15,21 205:3
**witnessed (3)**
190:16,22 193:4
**woman (5)**
93:9 191:3,24 192:11

202:24
**wood (4)**
95:25 96:5,8,16
**word (18)**
5:11,11 41:10 53:11
67:22 88:4 94:20,21
94:22,24 158:3
160:2,6,24 162:13
162:14 164:25
169:23
**words (11)**
93:4,6 94:6,15 95:15
96:7 150:20 170:8
171:16 172:9
180:17
**work (32)**
46:12,19,25 47:7,13
49:2,19,20 52:18
60:3 63:23 64:11
71:14,17 73:21 74:8
74:13,22 78:4,6
100:23,24 104:14
104:21,21,22
136:25 160:8
183:14 184:5
185:10 187:19
**worked (24)**
31:11 46:10 49:9,15
52:10,12,16,21
58:13,15,21 60:2
64:2 98:18,19
118:22 124:9
141:15 183:21
184:8,9,14 186:5,6
**working (32)**
31:11 35:2,5,9,19,20
35:23 36:11 37:12
45:11 48:24 49:5
51:25 55:22 57:12
58:2 59:2,25 66:12
66:19 74:7 82:21,23
97:12,15 175:2,14
187:12 191:13
194:22,23 196:8
**works (3)**
62:14 65:13 172:24
**wouldn't (2)**
39:3 160:12
**write (6)**
20:25 55:14,15,16
126:19 127:3
**writing (7)**
90:11 91:19 92:4,20
92:25 95:10 205:18
**writings (7)**
90:12,21 91:6,9,13,14
92:5
**written (10)**
54:3 91:2 94:8 95:6

95:16 126:14
130:14,15 150:5
153:12
**wrong (1)**
185:14
**wrote (3)**
55:17 92:9 127:5
**Wykoff (4)**
62:9 65:7,15,20

_____
**X**
_____
**X (1)**
205:2
**XYZ (1)**
181:8

_____
**Y**
_____
**Y (1)**
3:8
**yeah (25)**
18:24 40:21 48:20
53:14 57:5 117:9,15
117:17,19,21,23,25
118:3 119:8 120:2
129:16 135:24
167:23 168:12,12
168:20 182:25
194:6,7 197:11
**year (23)**
10:23 25:3,6,10,17
30:21 31:8 46:12
47:14 48:15,19,21
48:25 60:4 65:9
104:18 131:19
176:23 183:14,20
191:13 192:2
194:21
**years (15)**
20:15 74:5 103:19,20
103:21,21 105:9
131:10 173:18
174:6,24 176:3,4,14
182:11
**yesterday (2)**
8:10 97:19
**York (18)**
1:3,21,21 2:11,11,16
3:7,7,16,22 60:23
62:15 73:21 101:4,5
129:20 204:4,9

_____
**Z**
_____
**zoom (3)**
134:3,4,5

_____
**0**
_____
**01:01 (19)**
122:4,5,6,7,8,9,10,11
122:12,13,14,15,16

122:17,18,19,20,21
122:22
**02:01 (10)**
122:23,24,25 123:2,3
123:4,5,6,7,8
**02:02 (32)**
123:9,10,11,12,13,14
123:15,16,17,18,19
123:20,21,22,23,24
123:25 124:2,3,4,5
124:6,7,8,9,10,11
124:12,13,14,15,16
**02:03 (21)**
124:17,18,19,20,21
124:22,23,24,25
125:2,3,4,5,6,7,8,9
125:10,11,12,13
**02:04 (29)**
125:14,15,16,17,18
125:19,20,21,22,23
125:24,25 126:2,3,4
126:5,6,7,8,9,10,11
126:12,13,14,15,16
126:17,18
**02:05 (34)**
126:19,20,21,22,23
126:24,25 127:2,3,4
127:5,6,7,8,9,10,11
127:12,13,14,15,16
127:17,18,19,20,21
127:22,23,24,25
128:2,3,4
**02:06 (20)**
128:5,6,7,8,9,10,11
128:12,13,14,15,16
128:17,18,19,20,21
128:22,23,24
**02:07 (14)**
128:25 129:2,3,4,5,6
129:7,8,9,10,11,12
129:13,14
**02:08 (23)**
129:15,16,17,18,19
129:20,21,22,23,24
129:25 130:2,3,4,5
130:6,7,8,9,10,11
130:12,13
**02:09 (19)**
130:14,15,16,17,18
130:19,20,21,22,23
130:24,25 131:2,3,4
131:5,6,7,8
**02:10 (22)**
131:9,10,11,12,13,14
131:15,16,17,18,19
131:20,21,22,23,24
131:25 132:2,3,4,5
132:6
**02:11 (25)**

132:7,8,9,10,11,12,13
132:14,15,16,17,18
132:19,20,21,22,23
132:24,25 133:2,3,4
133:5,6,7
**02:12 (24)**
133:8,9,10,11,12,13
133:14,15,16,17,18
133:19,20,21,22,23
133:24,25 134:2,3,4
134:5,6,7
**02:13 (24)**
134:8,9,10,11,12,13
134:14,15,16,17,18
134:19,20,21,22,23
134:24,25 135:2,3,4
135:5,6,7
**02:14 (32)**
135:8,9,10,11,12,13
135:14,15,16,17,18
135:19,20,21,22,23
135:24,25 136:2,3,4
136:5,6,7,8,9,10,11
136:12,13,14,15
**02:15 (24)**
136:16,17,18,19,20
136:21,22,23,24,25
137:2,3,4,5,6,7,8,9
137:10,11,12,13,14
137:15
**02:16 (29)**
137:16,17,18,19,20
137:21,22,23,24,25
138:2,3,4,5,6,7,8,9
138:10,11,12,13,14
138:15,16,17,18,19
138:20
**02:17 (28)**
138:21,22,23,24,25
139:2,3,4,5,6,7,8,9
139:10,11,12,13,14
139:15,16,17,18,19
139:20,21,22,23,24
**02:18 (29)**
139:25 140:2,3,4,5,6
140:7,8,9,10,11,12
140:13,14,15,16,17
140:18,19,20,21,22
140:23,24,25 141:2
141:3,4,5
**02:19 (25)**
141:6,7,8,9,10,11,12
141:13,14,15,16,17
141:18,19,20,21,22
141:23,24,25 142:2
142:3,4,5,6
**02:20 (26)**
142:7,8,9,10,11,12,13
142:14,15,16,17,18

142:19,20,21,22,23
142:24,25 143:2,3,4
143:5,6,7,8
**02:21 (24)**
143:9,10,11,12,13,14
143:15,16,17,18,19
143:20,21,22,23,24
143:25 144:2,3,4,5
144:6,7,8
**02:22 (24)**
144:9,10,11,12,13,14
144:15,16,17,18,19
144:20,21,22,23,24
144:25 145:2,3,4,5
145:6,7,8
**02:23 (23)**
145:9,10,11,12,13,14
145:15,16,17,18,19
145:20,21,22,23,24
145:25 146:2,3,4,5
146:6,7
**02:24 (24)**
146:8,9,10,11,12,13
146:14,15,16,17,18
146:19,20,21,22,23
146:24,25 147:2,3,4
147:5,6,7
**02:25 (14)**
147:8,9,10,11,12,13
147:14,15,16,17,18
147:19,20,21
**02:26 (2)**
147:22,23
**02:28 (20)**
147:24,25 148:2,3,4,5
148:6,7,8,9,10,11
148:12,13,14,15,16
148:17,18,19
**02:29 (17)**
148:20,21,22,23,24
148:25 149:2,3,4,5
149:6,7,8,9,10,11
149:12
**02:30 (19)**
149:13,14,15,16,17
149:18,19,20,21,22
149:23,24,25 150:2
150:3,4,5,6,7
**02:31 (20)**
150:8,9,10,11,12,13
150:14,15,16,17,18
150:19,20,21,22,23
150:24,25 151:2,3
**02:32 (22)**
151:4,5,6,7,8,9,10,11
151:12,13,14,15,16
151:17,18,19,20,21
151:22,23,24,25
**02:33 (21)**

| | | | | |
|---|---|---|---|---|
| 152:2,3,4,5,6,7,8,9 | 161:22,23,24,25 | 171:2,3 | 180:20,21,22,23,24 | **03:39 (16)** |
| 152:10,11,12,13,14 | 162:2,3,4,5,6,7,8,9 | **03:18 (29)** | 180:25 181:2,3,4,5 | 191:10,11,12,13,14 |
| 152:15,16,17,18,19 | 162:10 | 171:4,5,6,7,8,9,10,11 | 181:6,7,8,9,10 | 191:15,16,17,18,19 |
| 152:20,21,22 | **03:03 (30)** | 171:12,13,14,15,16 | **03:30 (29)** | 191:20,21,22,23,24 |
| **02:34 (26)** | 162:11,12,13,14,15 | 171:17,18,19,20,21 | 181:11,12,13,14,15 | 191:25 |
| 152:23,24,25 153:2,3 | 162:16,17,18,19,20 | 171:22,23,24,25 | 181:16,17,18,19,20 | **03:40 (28)** |
| 153:4,5,6,7,8,9,10 | 162:21,22,23,24,25 | 172:2,3,4,5,6,7,8 | 181:21,22,23,24,25 | 192:2,3,4,5,6,7,8,9,10 |
| 153:11,12,13,14,15 | 163:2,3,4,5,6,7,8,9 | **03:19 (26)** | 182:2,3,4,5,6,7,8,9 | 192:11,12,13,14,15 |
| 153:16,17,18,19,20 | 163:10,11,12,13,14 | 172:9,10,11,12,13,14 | 182:10,11,12,13,14 | 192:16,17,18,19,20 |
| 153:21,22,23,24 | 163:15,16 | 172:15,16,17,18,19 | 182:15 | 192:21,22,23,24,25 |
| **02:35 (22)** | **03:04 (19)** | 172:20,21,22,23,24 | **03:31 (23)** | 193:2,3,4,5 |
| 153:25 154:2,3,4,5,6 | 163:17,18,19,20,21 | 172:25 173:2,3,4,5 | 182:16,17,18,19,20 | **03:41 (23)** |
| 154:7,8,9,10,11,12 | 163:22,23,24,25 | 173:6,7,8,9,10 | 182:21,22,23,24,25 | 193:6,7,8,9,10,11,12 |
| 154:13,14,15,16,17 | 164:2,3,4,5,6,7,8,9 | **03:20 (21)** | 183:2,3,4,5,6,7,8,9 | 193:13,14,15,16,17 |
| 154:18,19,20,21,22 | 164:10,11 | 173:11,12,13,14,15 | 183:10,11,12,13,14 | 193:18,19,20,21,22 |
| **02:36 (5)** | **03:07 (1)** | 173:16,17,18,19,20 | **03:32 (26)** | 193:23,24,25 194:2 |
| 154:23,24,25 155:2,3 | 164:12 | 173:21,22,23,24,25 | 183:15,16,17,18,19 | 194:3,4 |
| **02:54 (5)** | **03:08 (8)** | 174:2,3,4,5,6,7 | 183:20,21,22,23,24 | **03:42 (22)** |
| 155:4,5,6,7,8 | 164:13,14,15,16,17 | **03:21 (25)** | 183:25 184:2,3,4,5 | 194:5,6,7,8,9,10,11 |
| **02:55 (18)** | 164:18,19,20 | 174:8,9,10,11,12,13 | 184:6,7,8,9,10,11 | 194:12,13,14,15,16 |
| 155:9,10,11,12,13,14 | **03:09 (1)** | 174:14,15,16,17,18 | 184:12,13,14,15,16 | 194:17,18,19,20,21 |
| 155:15,16,17,18,19 | 164:21 | 174:19,20,21,22,23 | **03:33 (25)** | 194:22,23,24,25 |
| 155:20,21,22,23,24 | **03:10 (25)** | 174:24,25 175:2,3,4 | 184:17,18,19,20,21 | 195:2 |
| 155:25 156:2 | 164:22,23,24,25 | 175:5,6,7,8 | 184:22,23,24,25 | **03:43 (18)** |
| **02:56 (4)** | 165:2,3,4,5,6,7,8,9 | **03:22 (23)** | 185:2,3,4,5,6,7,8,9 | 195:3,4,5,6,7,8,9,10 |
| 156:3,4,5,6 | 165:10,11,12,13,14 | 175:9,10,11,12,13,14 | 185:10,11,12,13,14 | 195:11,12,13,14,15 |
| **02:57 (23)** | 165:15,16,17,18,19 | 175:15,16,17,18,19 | 185:15,16,17 | 195:16,17,18,19,20 |
| 156:7,8,9,10,11,12,13 | 165:20,21,22 | 175:20,21,22,23,24 | **03:34 (34)** | **03:44 (32)** |
| 156:14,15,16,17,18 | **03:11 (31)** | 175:25 176:2,3,4,5 | 185:18,19,20,21,22 | 195:21,22,23,24,25 |
| 156:19,20,21,22,23 | 165:23,24,25 166:2,3 | 176:6,7 | 185:23,24,25 186:2 | 196:2,3,4,5,6,7,8,9 |
| 156:24,25 157:2,3,4 | 166:4,5,6,7,8,9,10 | **03:23 (23)** | 186:3,4,5,6,7,8,9,10 | 196:10,11,12,13,14 |
| 157:5 | 166:11,12,13,14,15 | 176:8,9,10,11,12,13 | 186:11,12,13,14,15 | 196:15,16,17,18,19 |
| **02:58 (11)** | 166:16,17,18,19,20 | 176:14,15,16,17,18 | 186:16,17,18,19,20 | 196:20,21,22,23,24 |
| 157:6,7,8,9,10,11,12 | 166:21,22,23,24,25 | 176:19,20,21,22,23 | 186:21,22,23,24,25 | 196:25 197:2,3,4 |
| 157:13,14,15,16 | 167:2,3,4,5 | 176:24,25 177:2,3,4 | 187:2,3 | **03:45 (27)** |
| **02:59 (29)** | **03:12 (5)** | 177:5,6 | **03:35 (31)** | 197:5,6,7,8,9,10,11 |
| 157:17,18,19,20,21 | 167:6,7,8,9,10 | **03:24 (18)** | 187:4,5,6,7,8,9,10,11 | 197:12,13,14,15,16 |
| 157:22,23,24,25 | **03:13 (18)** | 177:7,8,9,10,11,12,13 | 187:12,13,14,15,16 | 197:17,18,19,20,21 |
| 158:2,3,4,5,6,7,8,9 | 167:11,12,13,14,15 | 177:14,15,16,17,18 | 187:17,18,19,20,21 | 197:22,23,24,25 |
| 158:10,11,12,13,14 | 167:16,17,18,19,20 | 177:19,20,21,22,23 | 187:22,23,24,25 | 198:2,3,4,5,6,7 |
| 158:15,16,17,18,19 | 167:21,22,23,24,25 | 177:24 | 188:2,3,4,5,6,7,8,9 | **03:46 (25)** |
| 158:20,21 | 168:2,3,4 | **03:25 (16)** | 188:10 | 198:8,9,10,11,12,13 |
| **03:00 (28)** | **03:14 (14)** | 177:25 178:2,3,4,5,6 | **03:36 (24)** | 198:14,15,16,17,18 |
| 158:22,23,24,25 | 168:5,6,7,8,9,10,11 | 178:7,8,9,10,11,12 | 188:11,12,13,14,15 | 198:19,20,21,22,23 |
| 159:2,3,4,5,6,7,8,9 | 168:12,13,14,22,23 | 178:13,14,15,16 | 188:16,17,18,19,20 | 198:24,25 199:2,3,4 |
| 159:10,11,12,13,14 | 168:24,25 | **03:26 (5)** | 188:21,22,23,24,25 | 199:5,6,7,8 |
| 159:15,16,17,18,19 | **03:15 (6)** | 178:17,18,19,20,21 | 189:2,3,4,5,6,7,8,9 | **03:47 (21)** |
| 159:20,21,22,23,24 | 169:2,3,4,5,6,7 | **03:27 (14)** | 189:10 | 199:9,10,11,12,13,14 |
| 159:25 | **03:16 (12)** | 178:22,23,24,25 | **03:37 (25)** | 199:15,16,17,18,19 |
| **03:01 (26)** | 169:8,9,10,11,12,13 | 179:2,3,4,5,6,7,8,9 | 189:11,12,13,14,15 | 199:20,21,22,23,24 |
| 160:2,3,4,5,6,7,8,9,10 | 169:14,15,16,17,18 | 179:10,11 | 189:16,17,18,19,20 | 199:25 200:2,3,4,5 |
| 160:11,12,13,14,15 | 169:19 | **03:28 (22)** | 189:21,22,23,24,25 | **03:48 (29)** |
| 160:16,17,18,19,20 | **03:17 (32)** | 179:12,13,14,15,16 | 190:2,3,4,5,6,7,8,9 | 200:6,7,8,9,10,11,12 |
| 160:21,22,23,24,25 | 169:20,21,22,23,24 | 179:17,18,19,20,21 | 190:10,11 | 200:13,14,15,16,17 |
| 161:2,3 | 169:25 170:2,3,4,5 | 179:22,23,24,25 | **03:38 (22)** | 200:18,19,20,21,22 |
| **03:02 (31)** | 170:6,7,8,9,10,11 | 180:2,3,4,5,6,7,8,9 | 190:12,13,14,15,16 | 200:23,24,25 201:2 |
| 161:4,5,6,7,8,9,10,11 | 170:12,13,14,15,16 | **03:29 (25)** | 190:17,18,19,20,21 | 201:3,4,5,6,7,8,9,10 |
| 161:12,13,14,15,16 | 170:17,18,19,20,21 | 180:10,11,12,13,14 | 190:22,23,24,25 | **03:49 (26)** |
| 161:17,18,19,20,21 | 170:22,23,24,25 | 180:15,16,17,18,19 | 191:2,3,4,5,6,7,8,9 | 201:11,12,13,14,15 |

**201:**16,17,18,19,20
201:21,22,23,24,25
202:2,3,4,5,6,7,8,9
202:10,11,12
**03:50 (21)**
202:13,14,15,16,17
202:18,19,20,21,22
202:23,24,25 203:2
203:3,4,5,6,7,8,9
**06 (8)**
16:12 78:23 131:8,13
131:22,24,25 132:2
**07 (2)**
1:6 131:18

_____

**1**

**1 (21)**
23:7,10 47:20 121:7
121:12 156:15,18
157:2 167:19,25
168:6,9,11,13,16,18
168:20,22 169:2
205:11,20
**1:01 (1)**
122:20
**10 (2)**
205:12,20
**10:30 (1)**
8:6
**10:35 (20)**
2:6 4:5,6,7,8,9,10,11
4:12,13,14,15,16,17
4:18,19,20,21,22,23
**10:36 (30)**
4:24,25 5:2,3,4,5,6,7
5:8,9,10,11,12,13
5:14,15,16,17,18,19
5:20,21,22,23,24,25
6:2,3,4,5
**10:37 (26)**
6:6,7,8,9,10,11,12,13
6:14,15,16,17,18,19
6:20,21,22,23,24,25
7:2,3,4,5,6,7
**10:38 (32)**
7:8,9,10,11,12,13,14
7:15,16,17,18,19,20
7:21,22,23,24,25
8:2,3,4,5,6,7,8,9,10
8:11,12,13,14,15
**10:39 (22)**
8:16,17,18,19,20,21
8:22,23,24,25 9:2,3
9:4,5,6,7,8,9,10,11
9:12,13
**10:40 (23)**
9:14,15,16,17,18,19
9:20,21,22,23,24,25
10:2,3,4,5,6,7,8,9

10:10,11,12
**10:41 (15)**
10:13,14,15,16,17,18
10:19,20,21,22,23
10:24,25 11:2,3
**10:42 (30)**
11:4,5,6,7,8,9,10,11
11:12,13,14,15,16
11:17,18,19,20,21
11:22,23,24,25 12:2
12:3,4,5,6,7,8,9
**10:43 (29)**
12:10,11,12,13,14,15
12:16,17,18,19,20
12:21,22,23,24,25
13:2,3,4,5,6,7,8,9
13:10,11,12,13,14
**10:44 (30)**
13:15,16,17,18,19,20
13:21,22,23,24,25
14:2,3,4,5,6,7,8,9
14:10,11,12,13,14
14:15,16,17,18,19
14:20
**10:45 (28)**
14:21,22,23,24,25
15:2,3,4,5,6,7,8,9
15:10,11,12,13,14
15:15,16,17,18,19
15:20,21,22,23,24
**10:46 (22)**
15:25 16:2,3,4,5,6,7,8
16:9,10,11,12,13,14
16:15,16,17,18,19
16:20,21,22
**10:47 (15)**
16:23,24,25 17:2,3,4
17:5,6,7,8,9,10,11
17:12,13
**10:48 (19)**
17:14,15,16,17,18,19
17:20,21,22,23,24
17:25 18:2,3,4,5,6,7
18:8
**10:49 (11)**
18:9,10,11,12,13,14
18:15,16,17,18,19
**10:50 (8)**
18:20,21,22,23,24,25
19:2,3
**10:51 (25)**
19:4,5,6,7,8,9,10,11
19:12,13,14,15,16
19:17,18,19,20,21
19:22,23,24,25 20:2
20:3,4
**10:52 (27)**
20:5,6,7,8,9,10,11,12
20:13,14,15,16,17

20:18,19,20,21,22
20:23,24,25 21:2,3
21:4,5,6,7
**10:53 (15)**
21:8,9,10,11,12,13,14
21:15,16,17,18,19
21:20,21,22
**10:54 (16)**
21:23,24,25 22:2,3,4
22:5,6,7,8,9,10,11
22:12,13,14
**10:55 (21)**
22:15,16,17,18,19,20
22:21,22,23,24,25
23:2,3,4,5,6,7,8,9
23:10,11
**10:56 (9)**
23:12,13,14,15,16,17
23:18,19,20
**10:57 (28)**
23:21,22,23,24,25
24:2,3,4,5,6,7,8,9
24:10,11,12,13,14
24:15,16,17,18,19
24:20,21,22,23,24
**10:58 (25)**
24:25 25:2,3,4,5,6,7,8
25:9,10,11,12,13,14
25:15,16,17,18,19
25:20,21,22,23,24
25:25
**10:59 (28)**
26:2,3,4,5,6,7,8,9,10
26:11,12,13,14,15
26:16,17,18,19,20
26:21,22,23,24,25
27:2,3,4,5
**10003 (1)**
3:7
**1016 (3)**
181:7,8,16
**10523 (1)**
3:22
**11 (3)**
23:11 47:23 205:12
**11th (1)**
204:22
**11:00 (18)**
27:6,7,8,9,10,11,12
27:13,14,15,16,17
27:18,19,20,21,22
27:23
**11:01 (20)**
27:24,25 28:2,3,4,5,6
28:7,8,9,10,11,12
28:13,14,15,16,17
28:18,19
**11:02 (22)**
28:20,21,22,23,24,25

29:2,3,4,5,6,7,8,9
29:10,11,12,13,14
29:15,16,17
**11:03 (24)**
29:18,19,20,21,22,23
29:24,25 30:2,3,4,5
30:6,7,8,9,10,11,12
30:13,14,15,16,17
**11:04 (16)**
30:18,19,20,21,22,23
30:24,25 31:2,3,4,5
31:6,7,8,9
**11:05 (22)**
31:10,11,12,13,14,15
31:16,17,18,19,20
31:21,22,23,24,25
32:2,3,4,5,6,7
**11:06 (16)**
32:8,9,10,11,12,13,14
32:15,16,17,18,19
32:20,21,22
**11:07 (3)**
32:22,23,24
**11:08 (24)**
32:25 33:2,3,4,5,6,7,8
33:9,10,11,12,13,14
33:15,16,17,18,19
33:20,21,22,23,24
**11:09 (20)**
33:25 34:2,3,4,5,6,7,8
34:9,10,11,12,13,14
34:15,16,17,18,19
34:20
**11:10 (15)**
34:21,22,23,24,25
35:2,3,4,5,6,7,8,9
35:10,11
**11:11 (15)**
35:12,13,14,15,16,17
35:18,19,20,21,22
35:23,24,25 36:2
**11:12 (25)**
36:3,4,5,6,7,8,9,10,11
36:12,13,14,15,16
36:17,18,19,20,21
36:22,23,24,25 37:2
37:3
**11:13 (22)**
37:4,5,6,7,8,9,10,11
37:12,13,14,15,16
37:17,18,19,20,21
37:22,23,24,25
**11:14 (24)**
38:2,3,4,5,6,7,8,9,10
38:11,12,13,14,15
38:16,17,18,19,20
38:21,22,23,24,25
**11:15 (25)**
39:2,3,4,5,6,7,8,9,10

39:11,12,13,14,15
39:16,17,18,19,20
39:21,22,23,24,25
40:2
**11:16 (30)**
40:3,4,5,6,7,8,9,10,11
40:12,13,14,15,16
40:17,18,19,20,21
40:22,23,24,25 41:2
41:3,4,5,6,7,8
**11:17 (27)**
41:9,10,11,12,13,14
41:15,16,17,18,19
41:20,21,22,23,24
41:25 42:2,3,4,5,6,7
42:8,9,10,11
**11:18 (21)**
42:12,13,14,15,16,17
42:18,19,20,21,22
42:23,24,25 43:2,3
43:4,5,6,7,8
**11:19 (20)**
43:9,10,11,12,13,14
43:15,16,17,18,19
43:20,21,22,23,24
43:25 44:2,3,4
**11:20 (21)**
44:5,6,7,8,9,10,11,12
44:13,14,15,16,17
44:18,19,20,21,22
44:23,24,25
**11:21 (14)**
45:2,3,4,5,6,7,8,9,10
45:11,12,13,14,15
**11:22 (6)**
45:16,17,18,19,20,21
**11:23 (6)**
45:22,23,24,25 46:2,3
**11:24 (25)**
46:4,5,6,7,8,9,10,11
46:12,13,14,15,16
46:17,18,19,20,21
46:22,23,24,25 47:2
47:3,4
**11:25 (27)**
47:5,6,7,8,9,10,11,12
47:13,14,15,16,17
47:18,19,20,21,22
47:23,24,25 48:2,3
48:4,5,6,7
**11:26 (22)**
48:8,9,10,11,12,13,14
48:15,16,17,18,19
48:20,21,22,23,24
48:25 49:2,3,4,5
**11:27 (23)**
49:6,7,8,9,10,11,12
49:13,14,15,16,17
49:18,19,20,21,22

49:23,24,25 50:2,3
50:4
**11:28 (11)**
50:5,6,7,8,9,10,11,12
50:13,13,14
**11:29 (17)**
50:14,15,16,17,18,19
50:20,21,22,23,24
50:25 51:2,3,4,5,6
**11:30 (17)**
51:7,8,9,10,11,12,13
51:14,15,16,17,18
51:19,20,21,22,23
**11:31 (17)**
51:24,25 52:2,3,4,5,6
52:7,8,9,10,11,12
52:13,14,15,16
**11:32 (20)**
52:17,18,19,20,21,22
52:23,24,25 53:2,3
53:4,5,6,7,8,9,10,11
53:12
**11:33 (10)**
53:13,14,15,16,17,18
53:19,20,21,22
**11:34 (14)**
53:23,24,25 54:2,3,4
54:5,6,7,8,9,10,11
54:12
**11:35 (16)**
54:13,14,15,16,17,18
54:19,20,21,22,23
54:24,25 55:2,3,4
**11:36 (16)**
55:5,6,7,8,9,10,11,12
55:13,14,15,16,17
55:18,19,20
**11:37 (21)**
55:21,22,23,24,25
56:2,3,4,5,6,7,8,9
56:10,11,12,13,14
56:15,16,17
**11:38 (22)**
56:18,19,20,21,22,23
56:24,25 57:2,3,4,5
57:6,7,8,9,10,11,12
57:13,14,15
**11:39 (17)**
57:16,17,18,19,20,21
57:22,23,24,25 58:2
58:3,4,5,6,7,8
**11:40 (19)**
58:9,10,11,12,13,14
58:15,16,17,18,19
58:20,21,22,23,24
58:25 59:2,3
**11:41 (6)**
59:4,5,6,7,8,9
**11:42 (11)**

59:10,11,12,13,14,15
59:16,17,18,19
**11:43 (7)**
59:18,20,21,22,23,24
59:25
**11:44 (23)**
60:2,3,4,5,6,7,8,9,10
60:11,12,13,14,15
60:16,17,18,19,20
60:21,22,23,24
**11:45 (21)**
60:25 61:2,3,4,5,6,7,8
61:9,10,11,12,13,14
61:15,16,17,18,19
61:20,21
**11:46 (24)**
61:22,23,24,25 62:2,3
62:4,5,6,7,8,9,10,11
62:12,13,14,15,16
62:17,18,19,20,21
**11:47 (28)**
62:22,23,24,25 63:2,3
63:4,5,6,7,8,9,10,11
63:12,13,14,15,16
63:17,18,19,20,21
63:22,23,24,25
**11:48 (25)**
64:2,3,4,5,6,7,8,9,10
64:11,12,13,14,15
64:16,17,18,19,20
64:21,22,23,24,25
65:2
**11:49 (21)**
65:3,4,5,6,7,8,9,10,11
65:12,13,14,15,16
65:17,18,19,20,21
65:22,23
**11:50 (29)**
65:24,25 66:2,3,4,5,6
66:7,8,9,10,11,12
66:13,14,15,16,17
66:18,19,20,21,22
66:23,24,25 67:2,3
67:4
**11:51 (28)**
67:5,6,7,8,9,10,11,12
67:13,14,15,16,17
67:18,19,20,21,22
67:23,24,25 68:2,3
68:4,5,6,7,8
**11:52 (34)**
68:9,10,11,12,13,14
68:15,16,17,18,19
68:20,21,22,23,24
68:25 69:2,3,4,5,6,7
69:8,9,10,11,12,13
69:14,15,16,17,18
**11:53 (25)**
69:19,20,21,22,23,24

69:25 70:2,3,4,5,6,7
70:8,9,10,11,12,13
70:14,15,16,17,18
70:19
**11:54 (17)**
70:20,21,22,23,24,25
71:2,3,4,5,6,7,8,9
71:10,11,12
**11:55 (14)**
71:13,14,15,16,17,18
71:19,20,21,22,23
71:24,25 72:2
**11:56 (27)**
72:3,4,5,6,7,8,9,10,11
72:12,13,14,15,16
72:17,18,19,20,21
72:22,23,24,25 73:2
73:3,4,5
**11:57 (33)**
73:6,7,8,9,10,11,12
73:13,14,15,16,17
73:18,19,20,21,22
73:23,24,25 74:2,3
74:4,5,6,7,8,9,10,11
74:12,13,14
**11:58 (22)**
74:15,16,17,18,19,20
74:21,22,23,24,25
75:2,3,4,5,6,7,8,9
75:10,11,12
**11:59 (16)**
75:13,14,15,16,17,18
75:19,20,21,22,23
75:24,25 76:2,2,3
**112 (2)**
165:16,19
**11556-0926 (1)**
3:16
**12 (2)**
154:3 205:16
**12:07 (14)**
76:3,4,5,6,7,8,9,10,11
76:12,13,14,15,16
**12:08 (29)**
76:17,18,19,20,21,22
76:23,24,25 77:2,3
77:4,5,6,7,8,9,10,11
77:12,13,14,15,16
77:17,18,19,20,21
**12:09 (23)**
77:22,23,24,25 78:2,3
78:4,5,6,7,8,9,10,11
78:12,13,14,15,16
78:17,18,19,20
**12:10 (21)**
78:21,22,23,24,25
79:2,3,4,5,6,7,8,9
79:10,11,12,13,14
79:15,16,17

**12:11 (23)**
79:18,19,20,21,22,23
79:24,25 80:2,3,4,5
80:6,7,8,9,10,11,12
80:13,14,15,16
**12:12 (23)**
80:17,18,19,20,21,22
80:23,24,25 81:2,3
81:4,5,6,7,8,9,10,11
81:12,13,14,15
**12:13 (19)**
81:16,17,18,19,20,21
81:22,23,24,25 82:2
82:3,4,5,6,7,8,9,10
**12:14 (24)**
82:11,12,13,14,15,16
82:17,18,19,20,21
82:22,23,24,25 83:2
83:3,4,5,6,7,8,9,10
**12:15 (27)**
83:11,12,13,14,15,16
83:17,18,19,20,21
83:22,23,24,25 84:2
84:3,4,5,6,7,8,9,10
84:11,12,13
**12:16 (24)**
84:14,15,16,17,18,19
84:20,21,22,23,24
84:25 85:2,3,4,5,6,7
85:8,9,10,11,12,13
**12:17 (14)**
85:14,15,16,17,18,19
85:20,21,22,23,24
85:25 86:2,3
**12:18 (33)**
86:4,5,6,7,8,9,10,11
86:12,13,14,15,16
86:17,18,19,20,21
86:22,23,24,25 87:2
87:3,4,5,6,7,8,9,10
87:11,12
**12:19 (24)**
87:13,14,15,16,17,18
87:19,20,21,22,23
87:24,25 88:2,3,4,5
88:6,7,8,9,10,11,12
**12:20 (29)**
88:13,14,15,16,17,18
88:19,20,21,22,23
88:24,25 89:2,3,4,5
89:6,7,8,9,10,11,12
89:13,14,15,16,17
**12:21 (31)**
89:18,19,20,21,22,23
89:24,25 90:2,3,4,5
90:6,7,8,9,10,11,12
90:13,14,15,16,17
90:18,19,20,21,22
90:23,24

**12:22 (26)**
90:25 91:2,3,4,5,6,7,8
91:9,10,11,12,13,14
91:15,16,17,18,19
91:20,21,22,23,24
91:25 92:2
**12:23 (15)**
92:3,4,5,6,7,8,9,10,11
92:12,13,14,15,16
92:17
**12:24 (10)**
92:18,19,20,21,22,23
92:24,25 93:2,3
**12:25 (22)**
93:4,5,6,7,8,9,10,11
93:12,13,14,15,16
93:17,18,19,20,21
93:22,23,24,25
**12:26 (21)**
94:2,3,4,5,6,7,8,9,10
94:11,12,13,14,15
94:16,17,18,19,20
94:21,22
**12:27 (27)**
94:23,24,25 95:2,3,4
95:5,6,7,8,9,10,11
95:12,13,14,15,16
95:17,18,19,20,21
95:22,23,24,25
**12:28 (19)**
96:2,3,4,5,6,7,8,9,10
96:11,12,13,14,15
96:16,17,18,19,20
**12:29 (23)**
96:21,22,23,24,25
97:2,3,4,5,6,7,8,9
97:10,11,12,13,14
97:15,16,17,18,19
**12:30 (26)**
97:20,21,22,23,24,25
98:2,3,4,5,6,7,8,9
98:10,11,12,13,14
98:15,16,17,18,19
98:20,21
**12:31 (32)**
98:22,23,24,25 99:2,3
99:4,5,6,7,8,9,10,11
99:12,13,14,15,16
99:17,18,19,20,21
99:22,23,24,25
100:2,3,4,5
**12:32 (30)**
100:6,7,8,9,10,11,12
100:13,14,15,16,17
100:18,19,20,21,22
100:23,24,25 101:2
101:3,4,5,6,7,8,9,10
101:11
**12:33 (32)**

101:12,13,14,15,16
101:17,18,19,20,21
101:22,23,24,25
102:2,3,4,5,6,7,8,9
102:10,11,12,13,14
102:15,16,17,18,19
**12:34 (24)**
102:20,21,22,23,24
102:25 103:2,3,4,5
103:6,7,8,9,10,11
103:12,13,14,15,16
103:17,18,19
**12:35 (21)**
103:20,21,22,23,24
103:25 104:2,3,4,5
104:6,7,8,9,10,11
104:12,13,14,15,16
**12:36 (24)**
104:17,18,19,20,21
104:22,23,24,25
105:2,3,4,5,6,7,8,9
105:10,11,12,13,14
105:15,16
**12:37 (23)**
105:17,18,19,20,21
105:22,23,24,25
106:2,3,4,5,6,7,8,9
106:10,11,12,13,14
106:15
**12:38 (33)**
106:16,17,18,19,20
106:21,22,23,24,25
107:2,3,4,5,6,7,8,9
107:10,11,12,13,14
107:15,16,17,18,19
107:20,21,22,23,24
**12:39 (27)**
107:25 108:2,3,4,5,6
108:7,8,9,10,11,12
108:13,14,15,16,17
108:18,19,20,21,22
108:23,24,25 109:2
109:3
**12:40 (27)**
109:4,5,6,7,8,9,10,11
109:12,13,14,15,16
109:17,18,19,20,21
109:22,23,24,25
110:2,3,4,5,6
**12:41 (23)**
110:7,8,9,10,11,12,13
110:14,15,16,17,18
110:19,20,21,22,23
110:24,25 111:2,3,4
111:5
**12:42 (11)**
111:6,7,8,9,10,11,12
111:13,14,14,15
**12:45 (6)**

111:15,16,17,18,19
111:20
**12:46 (24)**
111:21,22,23,24,25
112:2,3,4,5,6,7,8,9
112:10,11,12,13,14
112:15,16,17,18,19
112:20
**12:47 (25)**
112:21,22,23,24,25
113:2,3,4,5,6,7,8,9
113:10,11,12,13,14
113:15,16,17,18,19
113:20,21
**12:48 (20)**
113:22,23,24,25
114:2,3,4,5,6,7,8,9
114:10,11,12,13,14
114:15,16,17
**12:49 (16)**
114:18,19,20,21,22
114:23,24,25 115:2
115:3,4,5,6,7,8,9
**12:50 (27)**
115:10,11,12,13,14
115:15,16,17,18,19
115:20,21,22,23,24
115:25 116:2,3,4,5
116:6,7,8,9,10,11
116:12
**12:51 (22)**
116:13,14,15,16,17
116:18,19,20,21,22
116:23,24,25 117:2
117:3,4,5,6,7,8,9,10
**12:52 (30)**
117:11,12,13,14,15
117:16,17,18,19,20
117:21,22,23,24,25
118:2,3,4,5,6,7,8,9
118:10,11,12,13,14
118:15,16
**12:53 (28)**
118:17,18,19,20,21
118:22,23,24,25
119:2,3,4,5,6,7,8,9
119:10,11,12,13,14
119:15,16,17,18,19
119:20
**12:54 (26)**
119:21,22,23,24,25
120:2,3,4,5,6,7,8,9
120:10,11,12,13,14
120:15,16,17,18,19
120:20,21
**12:55 (12)**
120:22,23,24,25
121:2,3,4,5,6,7,8,9
**12:56 (11)**

121:10,11,12,13,14
121:15,16,17,18,19
121:20
**12:57 (5)**
121:21,22,23,24,25
**12:58 (2)**
122:2,3
**121 (1)**
205:20
**1215 (1)**
1:6
**128 (1)**
165:17
**13 (1)**
103:21
**14 (1)**
205:14
**167 (1)**
205:23
**17 (2)**
103:6,8
**173 (1)**
205:6
**180 (1)**
205:7
**19 (1)**
205:18
**196 (1)**
205:5
**1978 (1)**
104:3
**1979 (1)**
176:18
**1992 (1)**
64:10
**1999 (7)**
51:23 58:19 183:10
184:16 186:9 187:2
187:16

---

**2**

**2 (20)**
45:20 75:9,14 76:5
79:2 83:11 156:17
156:22 157:5
167:23 168:3,8,10
168:12,15,17,19,21
168:24 205:13
**2nd (3)**
62:19 118:10 179:5
**2:01 (1)**
122:21
**2:36 (1)**
154:25
**2:54 (1)**
155:2
**200 (1)**
176:23

**2000 (2)**
184:22 187:4
**2001 (3)**
51:23 184:24 187:6
**2002 (3)**
51:23 185:2 187:8
**2003 (9)**
183:23,25,25 184:8
184:12 185:4 186:9
187:10,16
**2004 (5)**
48:12 184:2,5,9 185:6
**2005 (7)**
47:16,17,24 48:6 59:3
59:5 60:3
**2006 (36)**
16:23 23:11 24:16
26:5 42:7 47:10,13
47:23 51:6 59:3,24
62:19 75:6,15 80:6
113:13 115:6
118:11,16 172:21
172:25 173:22,25
174:16,19 175:3,6
176:6,9 177:16
179:6 181:14
182:15 184:19
205:12,14
**2007 (2)**
47:4,7
**2008 (3)**
46:22,23,25
**2009 (6)**
1:22 2:5 203:16
204:22 206:3,22
**21 (3)**
75:15 78:23 205:14
**23 (1)**
205:12
**23rd (1)**
104:3
**24 (2)**
7:22 8:2
**25 (3)**
121:8,12 205:20
**250 (1)**
176:23
**2662 (3)**
23:9,11 205:12

---

**3**

**3 (11)**
85:9,12,17,20,24 86:3
86:7 87:22 88:7
154:2 205:15
**3:04 (1)**
164:10
**3:06 (1)**

164:11
**3:50 (1)**
203:9
**31 (1)**
103:24

---

**4**

**4 (9)**
92:17,19,24 93:23,24
94:8 98:21 205:5,17
**40 (4)**
183:15,21 184:8
187:13
**43rd (1)**
154:2

---

**5**

**5 (4)**
121:6,10 122:4
205:19
**530 (1)**
3:21

---

**6**

**6 (2)**
167:8 205:21
**600 (1)**
177:6
**6307 (3)**
75:13,15 205:14
**6308 (3)**
75:13,16 205:14

---

**7**

**7 (2)**
169:5 205:24
**75 (1)**
205:14

---

**8**

**8 (5)**
1:22 2:5 98:22 205:23
206:3
**85 (2)**
3:6 205:16

---

**9**

**90 (1)**
64:10
**919 (1)**
149:10
**92 (1)**
205:18
**925 (1)**
85:11
**926 (1)**
3:15
**99 (3)**

65:24 183:23 184:7