UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
EDWARD CARTER, FRANK FIORILLO, KEVIN
LAMM, JOSEPH NOFI AND THOMAS SNYDER,         Case No.: 07 CV 1215 (SJF) (ETB)

                Plaintiffs,

    -against-

INCORPORATED VILLAGE OF OCEAN BEACH;
MAYOR JOSEPH C. LOEFFLER, JR., individually
and in his official capacity; former mayor NATALIE K.
ROGERS, individually and in her official capacity,
OCEAN BEACH POLICE DEPARTMENT; ACTING
DEPUTY POLICE CHIEF GEORGE B. HESSE,
individually and in his official capacity; SUFFOLK
COUNTY; SUFFOLK COUNTY POLICE
DEPARTMENT; SUFFOLK COUNTY
DEPARTMENT OF CIVIL SERVICE; and ALISON
SANCHEZ, individually and in her official capacity,

                Defendants.
------------------------------------------------------------- X

## DECLARATION OF JAMES M. SKELLY
## IN FURTHER SUPPORT OF DEFENDANT'S REPLY MEMORANDUM OF LAW

      James M. Skelly, Esq., declares pursuant to the provisions of 28 U.S.C. §1746, as follows:

      1.    I am a member of **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**, attorneys for defendant, **ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE** in this matter. I make this declaration in support of defendant, **ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE**, Reply Memorandum of Law in Further Support of its Motion for Summary Judgment.

      2.    The purpose of the Declaration is to identify the materials being submitted in support of defendant's reply memorandum, which materials are referred to and discussed therein,

{NY072438.1}

and to attest to the authenticity and correctness of the copies of documents being submitted as exhibits. I have personal knowledge of the documents and underlying facts surrounding said documents as stated herein and could competently testify thereto if called as a witness herein.

3. Attached hereto and incorporated herein as **Exhibit 1** is the Deposition Transcript of witness Paul Carollo, held on 8-11-09.

4. Attached hereto and incorporated herein as **Exhibit 2** is the Deposition Transcript of witness Christopher James Moran, held on 6-8-09.

5. Attached hereto and incorporated herein as **Exhibit 3** is Sergeant Foster's applicant notes for plaintiff, Frank Fiorillo.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of January, 2010.

_____
James M. Skelly, Esq. (JMS/4844)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 15, 2010, a true and correct copy of the foregoing **DECLARATION OF JAMES M. SKELLY IN FURTHER SUPPORT OF DEFENDANT'S REPLY MEMORANDUM OF LAW**, was served Via Overnight Mail, upon the following:

Andrew Goodstadt, Esq.
**THOMPSON, WIGDOR & GILLY, LLP**
Attorneys for Plaintiffs
**EDWARD CARTER, FRANK FIORILLO,
KEVIN LAMM, JOSEPH NOFI, and THOMAS SNYDER**
85 Fifth Avenue
New York, New York 10003
(212) 239-9292

Kenneth A. Novikoff, Esq.
**RIVKIN, RADLER LLP**
Attorneys for Defendants
**INCORPORATED VILLAGE OF OCEAN BEACH,
MAYOR JOSEPH C. LOEFFLER, JR., individually
and in his official capacity, former mayor
NATALIE K. ROGERS, individually and in her official
capacity and OCEAN BEACH POLICE DEPARTMENT**
926 Rexcorp Plaza
Uniondale, New York 11556-0926
(516) 357-3333

Arlene Zwilling, Esq.
**COUNTY OF SUFFOLK**
County Attorney's Office
Attorneys for Defendants
**SUFFOLK COUNTY POLICE DEPARTMENT,
SUFFOLK COUNTY DEPARTMENT OF CIVIL
SERVICE and ALISON SANCHEZ, individually and in
her official capacity**
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788
(631) 853-4049

_____
James M. Skelly (JMS - 4844)

**MARKS, O'NEILL, O'BRIEN
& COURTNEY, P.C.**
Attorneys for Defendant
**ACTING DEPUTY POLICE CHIEF
GEORGE B. HESSE, individually and in his
official capacity**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701

{NY067136.1}

Index No.    CV 07 1215                               RJI No.         Hon.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EDWARD CARTER, FRANK FIORILLO, KEVIN LAMM, JOSEPH NOFI AND THOMAS SNYDER,

                          Plaintiffs,
-against-

INCORPORATED VILLAGE OF OCEAN BEACH; MAYOR JOSEPH C. LOEFFLER, JR., individually and in his official capacity; former mayor NATALIE K. ROGERS, individually and in her official capacity, OCEAN BEACH POLICE DEPARTMENT; ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE, individually and in his official capacity; SUFFOLK COUNTY; SUFFOLK COUNTY POLICE DEPARTMENT; SUFFOLK COUNTY DEPARTMENT OF CIVIL SERVICE; and ALISON SANCHEZ, individually and in her official capacity,,

                          Defendants.

---

### DECLARATION OF JAMES M. SKELLY IN FURTHER SUPPORT OF DEFENDANT GEORGE B. HESSE'S REPLY MEMORANDUM OF LAW WITH ACCOMPANYING EXHIBITS "1" THROUGH "3"

---

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendant
**ACTING DEPUTY POLICE CHIEF GEORGE B. HESSE,**
**individually and in his official capacity**
Office and Post Office Address, Telephone
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701

---

To                                        Signature (Rule 130-1.1-a)

                                              Print name beneath

Attorney(s) for

---

Service of a copy of the within                      is hereby admitted.

Dated,

                                              Attorneys for:

---

**Please take notice**
☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the  within named court on
☐ **NOTICE OF SETTLEMENT**
that an order                        of which the within is a true copy will be presented for
settlement to the HON.                                                one of the judges
of the within named court, at
on                      at          M

Dated,

                                      Yours, etc.

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Office and Post Office Address
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701