# EXHIBIT "3"

Dianne
853-6099

5/8/06 - Spoke to applicant -
Chief Paradiso
Village Office Natalie Rogers - Mayor

Village of Ocean Beach
Cottage & Bay Walk
Ocean Beach 11770

Thursday 11th — 3:00 PM.

5/9/06 - Spoke to Chief of Police for Ocean
Beach George Hess 583-5866
Chief Hess has written applicant up in the
past / will not hire him back and does
not recommend him at all.
5/9/06 — Spoke to applicant on the phone and he began
to actually argue with Sgt. Foster on the
phone. Advised him the interview was cancelled
and ended the conversation.

STPD 013