UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EDWARD CARTER, FRANK FIORILLO, KEVIN
LAMM, JOSEPH NOFI, and THOMAS SNYDER,

                               Plaintiffs,         Case No. 07-Civ-1215 (SJF)(ETB)

          -against-                     **NOTICE OF MOTION**

INCORPORATED VILLAGE OF OCEAN BEACH;
MAYOR JOSEPH C. LOEFFLER, JR., individually and in
his official capacity; former mayor NATALIE K.
ROGERS, individually and in her official capacity,
OCEAN BEACH POLICE DEPARTMENT; ACTING
DEPUTY POLICE CHIEF GEORGE B. HESSE,
individually and in his official capacity; SUFFOLK
COUNTY; SUFFOLK COUNTY POLICE
DEPARTMENT; SUFFOLK COUNTY DEPARTMENT:
OF CIVIL SERVICE; and ALISON SANCHEZ,
individually and in her official capacity,

                               Defendants.

-------------------------------------------------------------------X

Upon the Declaration of Kenneth A. Novikoff, dated October 14, 2009, the exhibits attached thereto, the Affidavit of Mary Anne Minerva, sworn to on October 14, 2009, the exhibits attached thereto, the Local Rule 56.1 Statement, the Memorandum of Law dated October 14, 2009, the Defendants Incorporated Village of Ocean Beach, Mayor Joseph C. Loeffler, Jr., individually and in his official capacity, former mayor Natalie K. Rogers, individually and in her official capacity, and the Ocean Beach Police Department (collectively "Village Defendants"), by and through their undersigned attorneys, will move this Court, on _____, 2010, at the Courthouse located at 290 Federal Plaza, Central Islip, New York 11722-4437, before the Hon. Sandra J. Feuerstein, for an Order, pursuant to Fed. R.

Civ. P. 56, summarily dismissing each and every Cause of Action asserted against the Village Defendants, and for such other and further relief as the Court deems fair and proper.

Dated: Uniondale, New York
October 14, 2009

                                  Respectfully submitted,

                                  RIVKIN RADLER LLP

                        By:  /s/
                              Kenneth A. Novikoff (KAN-0350)
                              Michael P. Welch (MPW-7559)
                              926 RXR Plaza
                              Uniondale, New York 11556-0926
                              Telephone: (516) 357-3000
                              Facsimile: (516) 357-3333

TO:    Andrew S. Goodstadt, Esq.
        Thompson, Widgor & Gilly, LLP
        Attorneys for Plaintiffs
        85 Fifth Avenue
        New York, NY 10003

        James M. Skelly, Esq.
        Marks, O'Neill, O'Brien & Courtney, P.C.
        Attorneys for Defendant George Hesse
        530 Saw Mill River Road
        Elmsford, New York 10523

        Arlene Zwilling, Esq.
        Rudolph Baptiste, Esq.
        Suffolk County Attorney's Office
        Attorneys for Defendant Suffolk County
        H. Lee Dennison Building
        100 Veterans Memorial Highway
        Hauppauge, New York 11788

2301988 v1