

**RIVKINRADLER**

KENNETH A. NOVIKOFF
PARTNER
(516) 357-3110
ken.novikoff@rivkin.com

January 11, 2010

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
United States Courthouse
290 Federal Plaza
Central Islip, New York 11722-4437

**Order**
The application is:
☑ granted *to the extent that the Village defendants*
☐ denied *time to file their motion for summary*
☐ referred to Magistrate Judge _____ *for*
  ☐ decision  *judgment is extended*
  ☐ report and recommendation  *to January 15, 20__*

1/13/10

Re:  Carter v. Ocean Beach, et al.
     Case No.: 07 Civ. 1215 (SJF)(ETB)

Your Honor:

As you know, the law firm of Rivkin Radler LLP represents Defendants, Incorporated Village of Ocean Beach, Mayor Loeffler, former Mayor Rogers and the Ocean Beach Police Department, (hereinafter "Village Defendants") in the above referenced matter. Reference is made to Mr. Wigdor's letter of January 11, 2010.

As we advised the Court in our letter, dated December 24, 2009, we have no objection to Mr. Wigdor's request. However, if the trial is, indeed, moved back to March 1, 2010, we would request that jury selection begin on March 1, 2010 as well.

Also, as this Court may recall, the Village Defendants have moved for summary judgment, and the fully briefed motion is scheduled to be filed on January 14, 2010. We would respectfully request that Your Honor grant the movants a one (1) day extension of time to file the fully briefed motion from January 14th to January 15th. We have discussed this request with Mr. Goodstadt, and he has "no objection" to this request.

Thank you for your consideration.

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

www.rivkinradler.com



January 11, 2010
Page 2

                Respectfully submitted,

                RIVKIN RADLER LLP

                /s/

                Kenneth A. Novikoff
                (KAN-0350)

KAN/wm

cc:    Andrew S. Goodstadt, Esq. (Via ECF)
       Kevin W. Connolly, Esq. (Via ECF)
       Arlene Zwilling, Esq. (Via ECF)

       i/o
       Peter P. McNamara, Esq.