UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EDWARD CARTER, FRANK FIORILLO, KEVIN
LAMM, JOSEPH NOFI, and THOMAS SNYDER,

                      Plaintiffs,         Case No. 07-Civ-1215 (SJF)(ETB)

       v.                                     **AFFIDAVIT OF**
                                               **MARY ANNE MINERVA**

INCORPORATED VILLAGE OF OCEAN BEACH;
MAYOR JOSEPH C. LOEFFLER, JR., individually and in
his official capacity; former mayor NATALIE K.
ROGERS, individually and in her official capacity,
OCEAN BEACH POLICE DEPARTMENT; ACTING
DEPUTY POLICE CHIEF GEORGE B. HESSE,
individually and in his official capacity; SUFFOLK
COUNTY; SUFFOLK COUNTY POLICE
DEPARTMENT; SUFFOLK COUNTY DEPARTMENT
OF CIVIL SERVICE; and ALISON SANCHEZ,
individually and in her official capacity,

                      Defendants.

-------------------------------------------------------------------X

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF SUFFOLK     )

    Mary Anne Minerva, being duly sworn, deposes and says:

    1.     I am the Village Administrator for the Incorporated Village of Ocean Beach.

    2.     I submit this Affidavit in support of Defendants' Incorporated Village of Ocean Beach, Mayor Joseph C. Loeffler, Jr., individually and in his official capacity, former mayor Natalie K. Rogers, individually and in her official capacity, and the Ocean Beach Police Department (collectively "Village Defendants"), motion for an Order pursuant to Fed. R. Civ. P. 56, granting the Village Defendants summary judgment dismissing Plaintiffs' Complaint as it

applies to the Village Defendants. The statements contained herein are based on my review of the records maintained by the Village.

3. Annexed hereto as Exhibit "O" is a true and accurate copy of the January 18, 2006 Board Minutes.

4. Annexed hereto as Exhibit "P" is a true and accurate copy of Plaintiff Snyder's 2005 season time sheets, and a copy of his time sheets for the off-season between September 19, 2005 and March 31, 2006.

5. Annexed hereto as Exhibit "Q" is a true and accurate copy of Plaintiff Carter's 2005 season time sheets, and a copy of his time sheets for the off-season between September 19, 2005 and February 8, 2006.

6. Annexed hereto as Exhibit "R" is a true and accurate copy of Plaintiff Nofi's 2005 season time sheets, and a copy of his time sheets for the off-season between September 19, 2005 and January 2, 2006.

7. Annexed hereto as Exhibit "S" is a true and accurate copy of Plaintiff Lamm's 2005 season time sheets, and a copy of his time sheets for the off-season between September 19, 2005 and October 22, 2005.

8. Annexed hereto as Exhibit "T" is a true and accurate copy of Plaintiff Fiorillo's 2005 season time sheets, and a copy of his time sheets for the off-season between September 19, 2005 and January 1, 2006.

9. Annexed hereto as Exhibit "U" is a true and accurate copy of Plaintiff Snyder's "Suffolk County Application for Employment."

10. Annexed hereto as Exhibit "V" is a true and accurate copy of Plaintiff Carter's New York State Driver's License.

11. Annexed hereto as Exhibit "W" is a true and accurate copy of Plaintiff Nofi's "Ocean Beach Seasonal Police Officer Candidate's Investigator's Summary."

12. Annexed hereto as Exhibit "X" is a true and accurate copy of Plaintiff Lamm's "Ocean Beach Seasonal Police Officer Candidate's Investigator's Summary."

13. Annexed hereto as Exhibit "Y" is a true and accurate copy of Plaintiff Fiorillo's "Ocean Beach Seasonal Police Officer Candidate's Investigator's Summary."

_____
Mary Anne Minerva

Sworn to before me this
14 day of October, 2009

_____
Notary Public

ARTA R. WINTJEN
Notary Public, State of New York
No. 01WI6196464
Qualified in Suffolk County
Commission Expires Nov. 17, 2012