```
                                                            1
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13       THOMPSON WIGDOR AND GILLY LLP
14     CARTER, ET AL.. INCORPORATED VILLAGE
15           OF OCEAN BEACH, ET AL.
16            07-CIV-1215 (SJF)(ETB)
17
18
19
20
21
22
23
24
25
```

```
                                                             2

 1           [START 03_TRACK_03]

 2           [background noise]

 3        MR. CHRIS MORAN:   - - .

 4        MR. KEVIN LAMM:  All right.

 5        MR. MORAN:   - - .

 6        MR. LAMM:  Okay so far so good.  Go ahead.

 7        MR. MORAN:   - - your recommendation.  - -

 8   for the county job and he kind of wrote you - -

 9   review.  So I don't know if you but - -

10   conversation about - - a bad review - - .

11        MR. LAMM:  He wrote me up a bad review?

12   What--what did he say?

13        MR. MORAN:  I don't want to get into it but

14   he goes like yeah, - - I got a - - from the

15   County for Kevin for - - employers to fill out,

16   you know, for the PD for the - - for the PD.  -

17   - he goes I got something - - a review you know

18   about your - - conduct but you know, for the--

19   for the, uh, for the county job - - .

20           [background noise]

21           [END 03_TRACK_03]

22

23

24

25
```

1    C E R T I F I C A T E

2    The prior proceedings were transcribed from

3    audio files and have been transcribed to the

4    best of my ability.

5

6    Signature _____

7    Date December 9, 2009