# RBL ASSOCIATES, INC.

*Insurance Services*

205 Lexington Avenue, New York, NY 10016 * (212) 532-0400 * fax (212) 532-0838

e-mail: *tfischetti@rbla.com*

---

## FACSIMILE TRANSMITTAL

| | |
|---|---|
| # of Pages: | 7 |
| Date: | 1/11/2007 |
| To: | Mary Anne Minerva<br>Inc. Village of Ocean Beach |
| From: | Tony Fischetti |
| Re: | Claims |

RECEIVED
2006
INC. VILLAGE OF OCEAN BEACH

MaryAnne,

The attached are copies of loss notices we originally sent to insurance carriers for claims involving the police department.

I hope this helps.

Regards,

Minerva
Exhibit
31


010177

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE (MM/DD/YY): 09/21/2005

**PRODUCER**
PHONE (A/C, No, Ext): (212)532-0400
FAX: (212)532-0838

RBL Associates, Inc.
352 Park Avenue South
11th Floor
New York, NY 10010

CODE:          SUB CODE:
AGENCY CUSTOMER ID: 00000589

**NOTICE OF OCCURRENCE / NOTICE OF CLAIM**
DATE OF OCCURRENCE AND TIME: 03/27/2005 03:30 PM
DATE OF CLAIM: 
PREVIOUSLY REPORTED: NO

EFFECTIVE DATE: 07/05/2005
EXPIRATION DATE: 07/05/2006
POLICY TYPE: X OCCURRENCE / CLAIMS MADE
RETROACTIVE DATE:

COMPANY: St. Paul Fire & Marine In
MISCELLANEOUS INFO (Site & location code):

POLICY NUMBER: GP09312724
REFERENCE NUMBER:

## INSURED

NAME AND ADDRESS:
Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

BUSINESS PHONE: (631)583-5940

## CONTACT

NAME AND ADDRESS:
Mary Anne Minerva

BUSINESS PHONE: (631)583-5940

WHERE TO CONTACT:
WHEN TO CONTACT:

## OCCURRENCE

LOCATION OF OCCURRENCE: Ocean Beach Police Dept., Baywalk, Ocean Beach, NY 11770-0457

AUTHORITY CONTACTED:

DESCRIPTION OF OCCURRENCE: Claimant states that he was ticketed for littering. He allegedly slammed the station door and the police assaulted him.

## POLICY INFORMATION

COVERAGE PART OR FORMS: GL PUBLIC OFFICIAL POLICE PROF. ETC.

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | PD/BI |
|---|---|---|---|---|---|---|---|
| 2,000,000 | | | 1,000,000 | | | 5,000 | BI |

UMBRELLA/EXCESS: UMBRELLA / EXCESS  CARRIER:   LIMITS:   PER CLAIM / PER OCCUR

## TYPE OF LIABILITY

PREMISES: INSURED IS: OWNER / TENANT / OTHER:     TYPE OF PREMISES:

OWNER'S NAME & ADDRESS (if not insured):
OWNER'S PHONE:

PRODUCTS: INSURED IS: MANUFACTURER / VENDOR / OTHER:    TYPE OF PRODUCT:

MANUFACTURER'S NAME & ADDRESS (if not insured):
MANUFACT PHONE:

WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain):

## INJURED/PROPERTY DAMAGED

NAME & ADDRESS (Injured/Owner): Samuel Gilberd
PHONE:

AGE:   SEX:   OCCUPATION:   EMPLOYER'S NAME & ADDRESS:   PHONE:

DESCRIBE INJURY / FATALITY:

WHERE TAKEN:   WHAT WAS INJURED DOING?

DESCRIBE PROPERTY: ruptured bladder, internal inj., head inj etc
ESTIMATE AMOUNT:
WHERE CAN PROPERTY BE SEEN?
WHEN CAN PROPERTY BE SEEN?

## WITNESSES

NAME & ADDRESS | BUSINESS PHONE | RESIDENCE PHONE

## REMARKS

See attached notice of claim.

REPORTED BY: Insured
REPORTED TO: Tracey T Young
SIGNATURE OF PRODUCER OR INSURED: RBL Comm'l Accts.

ACORD 3 S (12/93)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE    © ACORD CORPORATION 1993

010179

JAN. 11. 2007 1:08PM    RBL ASSOCIATES INC    NO. 171   P. 6

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

**DATE (MM/DD/YY):** 07/18/2006

**PRODUCER**
PHONE (A/C, No, Ext): (212) 532-0400
FAX: (212) 532-0838

RBL Associates, Inc.
205 Lexington Avenue
18th Floor
New York, NY 10016

**AGENCY CUSTOMER ID:** 00000589

**NOTICE OF OCCURRENCE / NOTICE OF CLAIM**
DATE OF OCCURRENCE AND TIME: 04/02/2006

**EFFECTIVE DATE:** 07/05/2005
**EXPIRATION DATE:** 07/05/2006
**POLICY TYPE:** X OCCURRENCE

**COMPANY:** St. Paul Fire & Marine In
**MISCELLANEOUS INFO:** 23 pages

**POLICY NUMBER:** GP09312724

## INSURED
**NAME AND ADDRESS**
Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

**CONTACT NAME AND ADDRESS:** Mary Anne Minerva

**BUSINESS PHONE:** (631) 583-5940

## OCCURRENCE
**LOCATION OF OCCURRENCE:** P O Box 457, Ocean Beach, NY 11770-0457

**DESCRIPTION OF OCCURRENCE:** Various claimant's alleging the following: unlawful termination, unlawful conduct (covering up assaults by other officers), violation of law, defamatory statements, etc.

## POLICY INFORMATION
**COVERAGE PART OR FORMS:** Employment practices 1mil/2millagg 25,000 ded.

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE |
|---|---|---|---|---|---|---|
| 2,000,000 | Pub.Off &PolicePro | | 1,000,000 | | | 5,000 |

**UMBRELLA/EXCESS:** X UMBRELLA   CARRIER: St. Paul Travelers 10,000 ret.   LIMITS: 3,000,000

## INJURED/PROPERTY DAMAGED
**NAME & ADDRESS:** Joseph Norfi, Edward Carter, Thomas Snyder, Kevin Lamm & Frank Fiorillo

**REMARKS:** Please see attached Notices of claim and handle asap.

**REPORTED BY:** Insured
**REPORTED TO:** Tracey T Young
**SIGNATURE OF PRODUCER OR INSURED:** RBL Comm'l Accts.

ACORD 3S (2/96)

010180

JAN. 11. 2007 1:08PM   RBL ASSOCIATES INC   NO. 171   P. 7

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

DATE (MM/DD/YY): 11/16/2006

| PRODUCER | PHONE (A/C, No, Ext): (212)532-0400 |
|---|---|
| | FAX (212)532-0838 |

RBL Associates, Inc.
205 Lexington Avenue
18th Floor
New York, NY 10016

| NOTICE OF OCCURRENCE / NOTICE OF CLAIM | DATE OF OCCURRENCE AND TIME: 08/25/2006 | AM/PM | DATE OF CLAIM | PREVIOUSLY REPORTED: YES / NO |
|---|---|---|---|---|
| EFFECTIVE DATE: 07/05/2006 | EXPIRATION DATE: 07/05/2007 | POLICY TYPE: X OCCURRENCE / CLAIMS MADE | | RETROACTIVE DATE |

COMPANY: St. Paul Fire & Marine In
MISCELLANEOUS INFO (Site & location code)

| CODE: | SUB CODE: | POLICY NUMBER: GP09312724 | REFERENCE NUMBER |
|---|---|---|---|
| AGENCY CUSTOMER ID: 00000589 | | | |

## INSURED

NAME AND ADDRESS:
Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

## CONTACT   [ ] CONTACT INSURED

NAME AND ADDRESS:
Mary Anne Minerva

WHERE TO CONTACT:
WHEN TO CONTACT:

RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext): (631)583-5940
RESIDENCE PHONE (A/C, No):
BUSINESS PHONE (A/C, No, Ext):

## OCCURRENCE

LOCATION OF OCCURRENCE (include city & state): P O Box 457, Ocean Beach, NY 11770-0457
AUTHORITY CONTACTED:

DESCRIPTION OF OCCURRENCE (Use reverse side, if necessary): Claimant alleges the following: fabrication of criminal charges, false arrest and malicous prosecution.

## POLICY INFORMATION

COVERAGE PART OR FORMS (Insert form #'s and edition dates)

| GENERAL AGGREGATE | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | PD / BI |
|---|---|---|---|---|---|---|---|
| 2,000,000 | | | 1,000,000 | | | | |

| UMBRELLA/EXCESS | UMBRELLA | EXCESS | CARRIER: | LIMITS: | PER CLAIM | PER OCCUR |
|---|---|---|---|---|---|---|

## TYPE OF LIABILITY

PREMISES: INSURED IS [ ] OWNER [ ] TENANT [ ] OTHER:
TYPE OF PREMISES:

OWNER'S NAME & ADDRESS (if not insured):
OWNERS PHONE (A/C, No, Ext):

PRODUCTS: INSURED IS [ ] MANUFACTURER [ ] VENDOR [ ] OTHER:
TYPE OF PRODUCT:

MANUFACTURER'S NAME & ADDRESS (if not insured):
MANUFACT PHONE (A/C, No, Ext):

WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY (INCLUDING COMPLETED OPERATIONS) (Explain):

## INJURED/PROPERTY DAMAGED

NAME & ADDRESS (Injured/Owner): Harriet Benzer
PHONE (A/C, No, Ext):

AGE   SEX   OCCUPATION   EMPLOYER'S NAME & ADDRESS
PHONE (A/C, No, Ext):

DESCRIBE INJURY:   WHERE TAKEN:   WHAT WAS INJURED DOING?
FATALITY

DESCRIBE PROPERTY (Type, model, etc):   ESTIMATE AMOUNT:   WHERE CAN PROPERTY BE SEEN?   WHEN CAN PROPERTY BE SEEN?

## WITNESSES

NAME & ADDRESS   BUSINESS PHONE (A/C, No, Ext)   RESIDENCE PHONE (A/C, No)

REMARKS: See attached notice of claim

| REPORTED BY | REPORTED TO | SIGNATURE OF PRODUCER OR INSURED |
|---|---|---|
| Insured | Tracey T Young | RBL Comm'l Accts. |

ACORD 3-S (2/98)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   ©ACORD CORPORATION 1993

010181