POLICE OFFICER Part-Time/Seasonal                                              5001

### DISTINGUISHING FEATURES OF THE CLASS
This work involves the performance of routine seasonal patrol tasks two weeks prior to Memorial Day through to two weeks after Labor Day, or, part-time supplemental services during the remainder of the year. The incumbent in this position enforces municipal and state laws to protect the lives, property, and legal rights of the public, and has considerable responsibility for the exercise of sound judgement in emergencies. Ordinary procedures and special assignments are carried out under the supervision of a superior officer. Does related work as required.

### TYPICAL WORK ACTIVITIES
Patrols assigned area in a patrol car, on motorcycle or on foot for the preservation of law and order through the prevention of or detection of criminal acts;
Answers calls for assistance in connection with automobile accidents and other accident emergency situations;
Answers calls regarding robberies, domestic disturbances, homicides, suicides and all other situations requiring police action or intervention;
Controls traffic flow when power failure results in loss of traffic signals;
Issues summonses to violators of traffic safety laws;
Administers first aid at accident or crime scenes;
Gathers evidence, locates witnesses and arrests suspects at crime scenes;
Locates and arrests persons for whom warrants or court orders have been issued.

### FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS
Good knowledge of the communities, public buildings, landmarks, roads, parks, industrial and commercial areas in the assigned work area; good knowledge of first-aid procedures; ability to learn how to care for and use firearms skillfully; ability to enforce the law with firmness, tact, and impartiality, ability to act quickly and calmly in emergencies; ability to meet physical requirements established by municipal authority; physical strength and agility determined by qualifying tests.

### MINIMUM QUALIFICATIONS
Graduation from a standard senior high school or possession of a high school equivalency diploma by the date of appointment.

### NECESSARY SPECIAL REQUIREMENTS
1) Candidates must have reached age twenty (20); and,
2) Candidates must be a high school graduate or possess a high school equivalency diploma recognized by the New York State Department of Education; and,
3) Candidates must possess a Police Officer Training Certificate recognized by the New York State Municipal Police Training Council; and,
4) Candidates must successfully pass a qualifying psychological evaluation authorized by the Suffolk County Department of Civil Service; and,
5) Candidates must successfully pass a qualifying medical evaluation authorized by the Suffolk County Department of Civil Service; and,
6) Candidates must successfully pass a qualifying physical fitness evaluation administered by the Suffolk County Department of Civil Service; and,
7) Candidates must be a United States citizen at the time of appointment; and,
8) Candidates must possess a valid New York State driver license at the time of employment and throughout their employment in this title; and,
9) Candidates must successfully pass a polygraph evaluation.

-continued-


EXHIBIT CD 3
6-5-09

<u>POLICE OFFICER</u>　　　　　　　　　　　　<u>5001</u>
<u>Part-Time/Seasonal</u>

<u>LIMITATIONS ON PART-TIME EMPLOYMENT</u>
1) Part-time police officers may be used under the following conditions <u>only</u>:
    a) When the full-time complement of police officers is depleted due to court appearances, medical absences or vacation; or,
    b) In emergency conditions when the full-time complement of police officers is insufficient to insure adequate protection of life and property.

2) Part-time police officers' hours worked and earnings must conform to the limits set forth in the Suffolk County Department of Civil Service Rules, Rule 2, #14.

<u>LIMITATIONS ON SEASONAL EMPLOYMENT</u>
Seasonal employment is defined as commencing two weeks preceding Memorial Day and terminating two weeks after Labor Day to meet extraordinary or peak demands for Police services. Salary earned while employed as a seasonal Police Officer shall not be included in computing the maximum allowable earnings as a part-time employee.

R 04/05/04
SUFFOLK COUNTY
Non-Competitive