

**PLAINTIFF'S EXHIBIT**
Hesse 28
8/6/05



## Collier County Sheriff's Office
3301 East Tamiami Trail
Naples, Fl 34112-4902
(239)-774-4434

### Employment Reference Prior Experience

APPLICANT: Joseph Nofi

EMPLOYER: Ocean Bch Police Dept

PERSON CONTACTED: Chief Edward Paradiso   TITLE: Chief of Police

ARE YOU RELATED TO THE APPLICANT? No

APPLICANT'S JOB TITLE: Ch. Part-Time Seasonal Police Officer

*IF POSSIBLE ATTACH A LIST OF THE DUTIES PERFORMED BY THE APPLICANT.

- DID THE APPLICANT HAVE FULL ARREST POWERS? Yes
- IS THE APPLICANT SWORN / CERTIFIED IN YOUR STATE? Yes
- DID THE APPLICANT WORK FULL OR PART-TIME? Part-Time Seasonal P.O.
- IF THE APPLICANT WORKED FULL-TIME DID THE APPLICANT WORK AT LEAST ONE YEAR FULL-TIME? No
- DID THE APPLICANT HAVE CONTACT WITH INMATES? No

DATES OF EMPLOYMENT: FROM: 1999 TO: 2006

APPLICANT'S REASON (S) FOR LEAVING EMPLOYMENT:

RESIGNED ____ LAID OFF ✓ DISMISSED ____ MUTUAL AGREEMENT ____

★ EXPLAIN: Layed off due to Personnel cuts to the Dept.

WOULD YOU RE-EMPLOY THE APPLICANT? Yes

RATE THE APPLICANT IN THE FOLLOWING AREAS:

PUNCTUALITY:       EXCELLENT ___ ✓ GOOD ___ FAIR ___ POOR ___
ATTENDANCE:        EXCELLENT ___ ✓ GOOD ___ FAIR ___ POOR ___
WORK PERFORMANCE:  EXCELLENT ___ ✓ GOOD ___ FAIR ___ POOR ___

EXPLAIN ANY "POOR" RATINGS: No

WOULD YOU RECOMMEND THE APPLICANT FOR A POSITION WITH THIS AGENCY? **YES**
NO (EXPLAIN) _____

Chief Paradiso states while he (chief) was out on Disability, his Deputy, Deputy Chief dismisses the Applicant and 4 other police officers in a poor way - Deputy Chief Hesse is being sued. All the mini police officers terminated, (reason - budget cuts).

CCSO 0147

APPLICANT'S NAME: NOFI, Joseph

CAN THE APPLICANT BE TRUSTED WITH CONFIDENTIAL MATTERS? YES / NO (EXPLAIN)

WOULD THE APPLICANT BE OK IN VOLATILE SITUATIONS? YES / NO (EXPLAIN)

IS THERE A RECORD OF ANY DISCIPLINARY ACTION SUCH AS; SUSPENSIONS, REPRIMANDS, OR INVESTIGATIONS AGAINST THE APPLICANT? YES (EXPLAIN) / NO

DID THE APPLICANT EVER INJURE THEMSELVES OR OTHERS ON THE JOB? YES (EXPLAIN) / NO

HOW DID THE APPLICANT GET ALONG WITH OTHER EMPLOYEES? very well

HAVE YOU HAD ANY PROBLEMS WITH THE APPLICANT TAKING COMPANY PROPERTY WITHOUT PERMISSION? YES (EXPLAIN) / NO

WAS THE APPLICANT HONEST AND TRUTHFUL? YES / NO (EXPLAIN)

DID THE APPLICANT EVER HAVE HIS / HER WAGES GARNISHED? YES (EXPLAIN) / NO

DID THE APPLICANT EVER USE DRUGS OR ALCOHOL ON THE JOB OR REPORT TO WORK UNDER THE INFLUENCE OF EITHER? YES (EXPLAIN) / NO

DO YOU KNOW OF ANY REASON (S) THE APPLICANT SHOULD NOT BE ALLOWED TO WORK WITH CHILDREN? NO

DID THE APPLICANT EVER SHOW ANY RACIAL, ETHNIC, RELIGIOUS, OR GENDER BIAS ON THE JOB? YES (EXPLAIN) / NO     NO

DID THE APPLICANT EVER USE UNWARRANTED PHYSICAL FORCE OR THREATEN HARM TO ANOTHER ON THE JOB? YES (EXPLAIN) / NO     NO

ARE YOU AWARE OF ANY DEROGATORY INFORMATION ABOUT THE APPLICANT? YES (EXPLAIN) / NO     NO

PLEASE PROVIDE ANY ADDITIONAL INFORMATION THAT YOU FEEL IS IMPORTANT.
Applicant was dismissed Along with 4 other

SIGNATURE: [signature]     TITLE: 1254     DATE: 09-20-2006



**Collier County Sheriff's Office**
3301 East Tamiami Trail
Naples, Fl 34112-4902
(239)-774-4434

## Employment Reference Prior Experience

APPLICANT: Joseph NOFI

EMPLOYER: Ocean BCH Police DepT

PERSON CONTACTED: "Hesse    TITLE: Deputy Cheif

ARE YOU RELATED TO THE APPLICANT? —

APPLICANT'S JOB TITLE: Police Officer

*IF POSSIBLE ATTACH A LIST OF THE DUTIES PERFORMED BY THE APPLICANT.

- DID THE APPLICANT HAVE FULL ARREST POWERS? YES
- IS THE APPLICANT SWORN / CERTIFIED IN YOUR STATE? YES
- DID THE APPLICANT WORK FULL OR PART-TIME? ParT-Time
- IF THE APPLICANT WORKED FULL-TIME DID THE APPLICANT WORK AT LEAST ONE YEAR FULL-TIME? No
- DID THE APPLICANT HAVE CONTACT WITH INMATES? ___

DATES OF EMPLOYMENT: FROM: 2000  TO: 2006

APPLICANT'S REASON(S) FOR LEAVING EMPLOYMENT:

RESIGNED ___ LAID OFF ___ DISMISSED ✓ MUTUAL AGREEMENT ___

EXPLAIN: Dismissed - Applicant presontly suing the Police DepT for wrongful Termination

WOULD YOU RE-EMPLOY THE APPLICANT? No-Comment

RATE THE APPLICANT IN THE FOLLOWING AREAS:

PUNCTUALITY:      EXCELLENT ___ GOOD ✓ FAIR ___ POOR ___
ATTENDANCE:       EXCELLENT ___ GOOD ✓ FAIR ___ POOR ___
WORK PERFORMANCE: EXCELLENT ✓ GOOD ___ FAIR ___ POOR ___

EXPLAIN ANY "POOR" RATINGS: ___

WOULD YOU RECOMMEND THE APPLICANT FOR A POSITION WITH THIS AGENCY? YES / NO (EXPLAIN) ___

CCSO 0149

APPLICANT'S NAME: __NOFI, Joseph__

CAN THE APPLICANT BE TRUSTED WITH CONFIDENTIAL MATTERS? YES / NO (EXPLAIN) _____

WOULD THE APPLICANT BE OK IN VOLATILE SITUATIONS? YES / NO (EXPLAIN) _____

IS THERE A RECORD OF ANY DISCIPLINARY ACTION SUCH AS; SUSPENSIONS, REPRIMANDS, OR INVESTIGATIONS AGAINST THE APPLICANT? YES (EXPLAIN) / NO _____

DID THE APPLICANT EVER INJURE THEMSELVES OR OTHERS ON THE JOB? YES (EXPLAIN) / NO _____

HOW DID THE APPLICANT GET ALONG WITH OTHER EMPLOYEES? _____

HAVE YOU HAD ANY PROBLEMS WITH THE APPLICANT TAKING COMPANY PROPERTY WITHOUT PERMISSION? YES (EXPLAIN) / NO _____

WAS THE APPLICANT HONEST AND TRUTHFUL? YES / NO (EXPLAIN) _____

DID THE APPLICANT EVER HAVE HIS / HER WAGES GARNISHED? YES (EXPLAIN) / NO _____

DID THE APPLICANT EVER USE DRUGS OR ALCOHOL ON THE JOB OR REPORT TO WORK UNDER THE INFLUENCE OF EITHER? YES (EXPLAIN) - NO _____

DO YOU KNOW OF ANY REASON (S) THE APPLICANT SHOULD NOT BE ALLOWED TO WORK WITH CHILDREN? _____

DID THE APPLICANT EVER SHOW ANY RACIAL, ETHNIC, RELIGIOUS, OR GENDER BIAS ON THE JOB? YES (EXPLAIN) / NO _____

DID THE APPLICANT EVER USE UNWARRANTED PHYSICAL FORCE OR THREATEN HARM TO ANOTHER ON THE JOB? YES (EXPLAIN) / NO _____

ARE YOU AWARE OF ANY DEROGATORY INFORMATION ABOUT THE APPLICANT? YES (EXPLAIN) / NO _____

PLEASE PROVIDE ANY ADDITIONAL INFORMATION THAT YOU FEEL IS IMPORTANT.
__Deputy Chief Hesse states "His Police Dept is being sued by the Applicant for "Wrongful (Job) Termination"! Chief Hesse states he cannot comment on the App's reason he -__

SIGNATURE: __Donatto__  TITLE: __2254__  DATE: __09-15-2006__

__- was let go or his Job History at the PD due to the ongoing Lawsuit."__