Dear Sir/or Madam                                                November 28, 2006

    Please accept this letter as proof that Joseph Nofi served as a member of the Ocean Beach Police Department from his graduation from the Suffolk County Part Time Police Officers Academy in May 2000 until April 2006. In that time, he served as a Seasonal /Part Time Police Officer. He was assigned all the duties that a Police Officer in the State of New York would be expected to perform. He received in-service training and re-qualified with his firearm annually. I am available if you need further information at 631-707-6602.

Sincerely,

Edward T. Paradiso
Chief of Police

DEFENDANT'S EXHIBIT 19 pw 9-9-08

Paradiso Exhibit 19 KdK 7-29-09

SC SBCA 0007