# VILLAGE OF OCEAN BEACH



Natalie K. Rogers
Mayor/ Police Commissioner

George B. Hesse
Deputy Chief of Police

### POLICE DEPARTMENT
### PO BOX 425
### OCEAN BEACH, NEW YORK 11770
631-589-5866 fax 631-583-8289

April 4, 2006

To:     Mary Anne Minerva, Village Clerk

From:   George B. Hesse, Deputy Chief

Ref:    Termination of Employment

For your information the following officers were let go and will not be returning to work for the 2006 summer season:

William Powell
John Dyer
Edward Carter
Kevin Lamm
Joseph Nofi
Frank Fiorillo
Thomas Snyder

If you have any questions, please contact me.

Respectfully,

George B. Hesse, Deputy Chief

001005

Cc:     Natalie K. Roger, Mayor/Police Commissioner
        Joseph Loeffler, Trustee

