JAN. 11. 2007  1:07PM     RBL ASSOCIATES INC                          NO. 171    P. 1

# *RBL ASSOCIATES, INC.*

*Insurance Services*

*205 Lexington Avenue, New York, NY 10016 * (212) 532-0400 * fax (212) 532-0838*
*e-mail:* tfischetti@rbla.com

---

## FACSIMILE TRANSMITTAL

# of Pages:      7

Date:            1/11/2007

To:              Mary Anne Minerva
                 Inc. Village of Ocean Beach

From:            Tony Fischetti

Re:              Claims

RECEIVED
2006
INC. VILLAGE OF OCEAN BEACH


MaryAnne,

The attached are copies of loss notices we originally sent to insurance carriers for claims involving the police department.

I hope this helps.

Regards,



010177

JAN. 11. 2007  1:08PM   RBL ASSOCIATES INC.                           NO. 171  P. 5

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

| | | DATE (MM/DD/YY) |
|---|---|---|
| | | 09/21/2005 |

| PRODUCER | | |
|---|---|---|
| PHONE (A/C, No, Ext): (212)532-0400 | | |
| FAX (212)532-0838 | | |

RBL Associates, Inc.
352 Park Avenue South
11th Floor
New York, NY 10010

| NOTICE OF OCCURRENCE | DATE OF OCCURRENCE AND TIME  03/27/2005 03:30  X  AM  PM | DATE OF CLAIM | PREVIOUSLY REPORTED  YES  NO |
|---|---|---|---|
| NOTICE OF CLAIM | | | |

| EFFECTIVE DATE 07/05/2005 | EXPIRATION DATE 07/05/2006 | POLICY TYPE  X OCCURRENCE  CLAIMS MADE | RETROACTIVE DATE |
|---|---|---|---|

COMPANY  St. Paul Fire & Marine In            MISCELLANEOUS INFO (Site & location code)

CODE:          SUB CODE:
AGENCY CUSTOMER ID: 00000589

POLICY NUMBER  GP09312724          REFERENCE NUMBER

## INSURED

| NAME AND ADDRESS | CONTACT  NAME AND ADDRESS | CONTACT INSURED  WHERE TO CONTACT |
|---|---|---|
| Inc. Village of Ocean Beach  P O Box 457  Ocean Beach, NY 11770-0457 | Mary Anne Minerva | |
| | | WHEN TO CONTACT |
| RESIDENCE PHONE (A/C, No)  BUSINESS PHONE (A/C, No, Ext) (631)583-5940 | RESIDENCE PHONE (A/C, No)  BUSINESS PHONE (A/C, No, Ext) (631)583-5940 | |

## OCCURRENCE

LOCATION OF OCCURRENCE (include city & state): Ocean Beach Police Dept., Baywalk, Ocean Beach, NY 11770-0457          AUTHORITY CONTACTED

DESCRIPTION OF OCCURRENCE (Use reverse side, if necessary): Claimant states that he was ticketed for littering.  He allegedly slammed the station door and the police assaulted him.

## POLICY INFORMATION

COVERAGE PART OR FORMS (Insert form #s and edition dates): GL PUBLIC OFFICIAL POLICE PROF. ETC.

| GENERAL AGGREGATE 2,000,000 | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE 1,000,000 | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE 5,000 | PD BI |
|---|---|---|---|---|---|---|---|

| UMBRELLA/EXCESS | UMBRELLA | EXCESS | CARRIER: | LIMITS: | PER CLAIM | PER OCCUR |
|---|---|---|---|---|---|---|

## TYPE OF LIABILITY

PREMISES: INSURED IS   OWNER  TENANT  OTHER:          TYPE OF PREMISES

OWNER'S NAME & ADDRESS (if not insured)          OWNER'S PHONE (A/C, No, Ext):

PRODUCTS: INSURED IS   MANUFACTURER  VENDOR  OTHER:          TYPE OF PRODUCT

MANUFACTURER'S NAME & ADDRESS (if not insured)          MANUFACT PHONE (A/C, No, Ext):

WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY INCLUDING COMPLETED OPERATIONS (Explain)

## INJURED/PROPERTY DAMAGED

| NAME & ADDRESS (Injured/Owner)  Samuel Gilberd | PHONE (A/C, No, Ext) |
|---|---|
| AGE  SEX  OCCUPATION          EMPLOYER'S NAME & ADDRESS | PHONE (A/C, No, Ext) |

DESCRIBE INJURY          WHERE TAKEN          WHAT WAS INJURED DOING?

FATALITY

DESCRIBE PROPERTY (Type, model, etc): ruptured bladder, internal inj.,head inj etc  ESTIMATE AMOUNT  WHERE CAN PROPERTY BE SEEN?          WHEN CAN PROPERTY BE SEEN?

## WITNESSES

| NAME & ADDRESS | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) |
|---|---|---|

## REMARKS
See attached notice of claim.

| REPORTED BY  Insured | REPORTED TO  Tracey T Young | SIGNATURE OF PRODUCER OR INSURED  RBL Comm'l Accts. |
|---|---|---|

ACORD 3S (12/93)          NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE          ©ACORD CORPORATION 1993

010179

JAN. 11. 2007 1:08PM RBL ASSOCIATES INC NO. 171 P. 6

# ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM

| | | DATE (MM/DD/YY) 07/18/2006 |
|---|---|---|

| PRODUCER | | NOTICE OF OCCURRENCE | DATE OF OCCURRENCE AND TIME | AM | DATE OF CLAIM | PREVIOUSLY REPORTED |
|---|---|---|---|---|---|---|
| PHONE (A/C, No, Ext): (212)532-0400 | | NOTICE OF CLAIM | 04/02/2006 | PM | | YES | NO |
| FAX (212)532-0838 | | EFFECTIVE DATE | EXPIRATION DATE | | POLICY TYPE | RETROACTIVE DATE |

RBL Associates, Inc.
205 Lexington Avenue
18th Floor
New York, NY 10016

| EFFECTIVE DATE 07/05/2005 | EXPIRATION DATE 07/05/2006 | X OCCURRENCE | CLAIMS MADE |
|---|---|---|---|

| COMPANY St. Paul Fire & Marine In | MISCELLANEOUS INFO (Site & location code) 23 pages |
|---|---|

| CODE: | SUB CODE: |
|---|---|
| AGENCY CUSTOMER ID: 00000589 | |

| POLICY NUMBER GP09312724 | REFERENCE NUMBER |
|---|---|

## INSURED

| CONTACT | CONTACT INSURED |
|---|---|

NAME AND ADDRESS

Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

NAME AND ADDRESS

Mary Anne Minerva

WHERE TO CONTACT

WHEN TO CONTACT

| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) (631)583-5940 | RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) |
|---|---|---|---|

## OCCURRENCE

LOCATION OF OCCURRENCE (Include city & state)   P O Box 457, Ocean Beach, NY 11770-0457        AUTHORITY CONTACTED

DESCRIPTION OF OCCURRENCE (Use reverse side, if necessary)   Various claimant's alleging the following: unlawful termination, unlawful conduct (covering up assaults by other officers), violation of law, defamatory statements, etc.

## POLICY INFORMATION

COVERAGE PART OR FORMS (Insert form #s and edition dates)   Employment practices 1mil/2millagg 25,000 ded.

| GENERAL AGGREGATE | PRODI/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | PD |
|---|---|---|---|---|---|---|---|
| 2,000,000 | Pub.Off | &PolicePro | 1,000,000 | | | 5,000 | BI |

| UMBRELLA/EXCESS X UMBRELLA | EXCESS | CARRIER: St. Paul Travelers 10,000 ret. | LIMITS: 3,000,000 | PER CLAIM | PER OCCUR |
|---|---|---|---|---|---|

## TYPE OF LIABILITY

| PREMISES: INSURED IS | OWNER | TENANT | OTHER: | TYPE OF PREMISES |
|---|---|---|---|---|

OWNER'S NAME & ADDRESS (If not insured)        OWNERS PHONE (A/C, No, Ext):

| PRODUCTS: INSURED IS | MANUFACTURER | VENDOR | OTHER: | TYPE OF PRODUCT |
|---|---|---|---|---|

MANUFACTURER'S NAME & ADDRESS (If not insured)        MANUFACT PHONE (A/C, No, Ext):

WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY IN-CLUDING COMPLETED OPERATIONS (Explain)

## INJURED/PROPERTY DAMAGED

NAME & ADDRESS (Injured/Owner)   Joseph Norfi, Edward Carter, Thomas Snyder, Kevin Lamm & Frank Fiorillo        PHONE (A/C, No, Ext)

| AGE | SEX | OCCUPATION | EMPLOYER'S NAME & ADDRESS | PHONE (A/C, No, Ext) |
|---|---|---|---|---|

| DESCRIBE INJURY | WHERE TAKEN | WHAT WAS INJURED DOING? |
|---|---|---|

FATALITY

| DESCRIBE PROPERTY (Type, model, etc) | ESTIMATE AMOUNT | WHERE CAN PROPERTY BE SEEN? | WHEN CAN PROPERTY BE SEEN? |
|---|---|---|---|

## WITNESSES

| NAME & ADDRESS | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) |
|---|---|---|

REMARKS
Please see attached Notices of claim and handle asap.

| REPORTED BY Insured | REPORTED TO Tracey T Young | SIGNATURE OF PRODUCER OR INSURED RBL Comm'l Accts. |
|---|---|---|

ACORD 3-S (2/96)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   ©ACORD CORPORATION 1993

010180

JAN. 11. 2007 1:08PM   RBL ASSOCIATES INC.                                           NO. 171   P. 7

| ACORD® GENERAL LIABILITY NOTICE OF OCCURRENCE/CLAIM | | | DATE (MM/DD/YY) 11/16/2006 |
|---|---|---|---|

| PRODUCER | PHONE (A/C, No, Ext) (212)532-0400 | NOTICE OF OCCURRENCE | DATE OF OCCURRENCE AND TIME 08/25/2006 | AM | DATE OF CLAIM | PREVIOUSLY REPORTED |
|---|---|---|---|---|---|---|
| | FAX (212)532-0838 | NOTICE OF CLAIM | | PM | | YES   NO |

RBL Associates, Inc.
205 Lexington Avenue
18th Floor
New York, NY 10016

| EFFECTIVE DATE 07/05/2006 | EXPIRATION DATE 07/05/2007 | POLICY TYPE X OCCURRENCE   CLAIMS MADE | RETROACTIVE DATE |
|---|---|---|---|

COMPANY    St. Paul Fire & Marine In

MISCELLANEOUS INFO (Site & location code)

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: 00000589

| POLICY NUMBER   GP09312724 | REFERENCE NUMBER |
|---|---|

INSURED                                          CONTACT:   CONTACT INSURED

NAME AND ADDRESS

Inc. Village of Ocean Beach
P O Box 457
Ocean Beach, NY 11770-0457

NAME AND ADDRESS

Mary Anne Minerva

WHERE TO CONTACT

WHEN TO CONTACT

| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) (631)583-5940 | RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) |
|---|---|---|---|

OCCURRENCE

LOCATION OF OCCURRENCE (Include city & state)   P O Box 457, Ocean Beach, NY 11770-0457

AUTHORITY CONTACTED

DESCRIPTION OF OCCURRENCE (Use reverse side, if necessary)   Claimant alleges the following:   fabrication of criminal charges, false arres and malicous prosecution.

POLICY INFORMATION

COVERAGE PART OR FORMS (Insert form #'s and edition dates)

| GENERAL AGGREGATE 2,000,000 | PROD/COMP OP AGG | PERS & ADV INJ | EACH OCCURRENCE 1,000,000 | FIRE DAMAGE | MEDICAL EXPENSE | DEDUCTIBLE | PD BI |
|---|---|---|---|---|---|---|---|

| UMBRELLA/ EXCESS | UMBRELLA | EXCESS   CARRIER: | | LIMITS: | | PER CLAIM | PER OCCUR |
|---|---|---|---|---|---|---|---|

TYPE OF LIABILITY

| PREMISES: INSURED IS   OWNER   TENANT   OTHER: | TYPE OF PREMISES |
|---|---|

OWNER'S NAME & ADDRESS (If not insured)

OWNERS PHONE (A/C, No, Ext):

| PRODUCTS: INSURED IS   MANUFACTURER   VENDOR   OTHER: | TYPE OF PRODUCT |
|---|---|

MANUFACTURER'S NAME & ADDRESS (If not insured)

MANUFACT PHONE (A/C, No, Ext):

WHERE CAN PRODUCT BE SEEN?

OTHER LIABILITY (INCLUDING COMPLETED OPERATIONS (Explain)

INJURED/PROPERTY DAMAGED

NAME & ADDRESS (Injured/Owner)   Harriet Benzer

PHONE (A/C, No, Ext)

| AGE | SEX | OCCUPATION | EMPLOYER'S NAME & ADDRESS | PHONE (A/C, No, Ext) |
|---|---|---|---|---|

| DESCRIBE INJURY   FATALITY | WHERE TAKEN | WHAT WAS INJURED DOING? |
|---|---|---|

| DESCRIBE PROPERTY (Type, model, etc) | ESTIMATE AMOUNT | WHERE CAN PROPERTY BE SEEN? | WHEN CAN PROPERTY BE SEEN? |
|---|---|---|---|

WITNESSES

| NAME & ADDRESS | BUSINESS PHONE (A/C, No, Ext) | RESIDENCE PHONE (A/C, No) |
|---|---|---|

REMARKS
See attached notice of claim

| REPORTED BY Insured | REPORTED TO Tracey T Young | SIGNATURE OF PRODUCER OR INSURED RBL Comm'l Accts. |
|---|---|---|

ACORD 3-S (12/93)       NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE       © ACORD CORPORATION 1993

010181