1                          E. Carter

2    what do you mean?

3          A.      There's usually anywhere from --

4    could be from zero to 100 questions you fill

5    out and answer, and then as you go through

6    the polygraph, the questions come up, and

7    then at the end, they ask you about the

8    pre-polygraph questionnaires.

9          Q.      So to your knowledge, the

10   pre-polygraph part of the test is a series

11   of questions that you have to write out

12   answers to?

13         A.      Yes.

14         Q.      Okay.  And you believe that one

15   of the questions would be why were you fired

16   from Ocean Beach?

17         A.      Yes.

18         Q.      Why couldn't you have said "I was

19   fired for no legitimate reason"?

20                 MR. GOODSTADT:     Objection.

21         A.      I don't think any employer would

22   have -- I could have said that, but I don't

23   think any employer would have accepted that.

24         Q.      Why not?

25         A.      I know if I was a supervisor, I

```
 1                    E. Carter
 2  wouldn't.
 3       Q.     Why not?
 4       A.     I'd want to know why you were let
 5  go.
 6       Q.     And you don't think by saying
 7  that the reasons that they gave me were not
 8  truthful wouldn't have been sufficient?
 9       A.     No.
10              MR. GOODSTADT:   Objection.
11       Q.     Okay.  So if I understand your
12  testimony correctly, you believed that had
13  you written on the pre-polygraph part of the
14  questionnaire that there was no legitimate
15  reason for you being fired, that that was
16  not -- that would not be accepted by your
17  employer, your potential employer?
18       A.     Correct.
19       Q.     And that is why you didn't pursue
20  jobs that required polygraphs?
21              MR. GOODSTADT:   Objection.
22       Q.     Is that your testimony?
23       A.     It's why I didn't pursue the job
24  at the county park police or yes, the
25  security job, yes.
```

```
 1                      E. Carter
 2        Q.     Okay.  How about after you filed
 3   the complaint, sir, this was a -- as you
 4   agree with me, you understand, this was a
 5   public record now, right?
 6        A.     Yes.  You explained to me.  Yes.
 7        Q.     And it sets forth a lot of detail
 8   as to the events surrounding April 2, 2006,
 9   correct?
10        A.     Yes.
11        Q.     And in this complaint, you advise
12   whoever's reading it that you don't believe
13   that there was any legitimate reason for you
14   to be -- for you being fired on April 2,
15   right?
16        A.     Correct.
17        Q.     And, in fact, you go as far as to
18   say your United States Constitutional rights
19   have been violated, right?
20        A.     Yes.
21        Q.     Why was it that after the date of
22   the filing of this complaint, which was
23   March 21, 2007, you still believed that you
24   couldn't take a polygraph test for a law
25   enforcement related job?
```

1                      E. Carter

2            MR. GOODSTADT:    Objection.

3        A.    I didn't want it as part of my

4   official record if I did fail because of

5   this incident, and it would follow through

6   with me possibly with my township, with the

7   town.

8        Q.    But the town knew you had -- the

9   town knew that you had issues with Ocean

10  Beach by virtue of the blog, according to

11  your testimony, right?

12       A.    Yes.

13       Q.    The town, if they had read

14  Newsday or watched News 12, would have known

15  that you had sued Ocean Beach, right?

16       A.    Yes.

17       Q.    And had they wanted to find out

18  about the complaint, they could have gone

19  online and looked at the complaint, right?

20       A.    As you stated to me, yes.

21       Q.    So what was your concern about

22  the town finding out about you suing Ocean

23  Beach?

24            MR. GOODSTADT:    Objection.

25       Q.    After you filed the complaint?

1                    E. Carter

2            MR. GOODSTADT:     Objection.

3       That's not what he testified to.

4       Q.     Did you have a concern at all,

5   after you filed the complaint, as to your

6   supervisors at the town finding out that you

7   filed a complaint against Ocean Beach?

8       A.     I filed a complaint?  No.

9       Q.     You didn't have a concern?

10      A.     No.  The content of the

11  complaint, yes, I would say I did.

12      Q.     You had -- so you did have a

13  concern after you filed the complaint that

14  your supervisors at the town would look

15  adversely on you given the contents of the

16  complaint, is that your testimony?

17      A.     It could have happened, yes.

18      Q.     What was your concern in that

19  regard?

20      A.     The fact that I was going to wear

21  a wire, it said I was going to wear a wire

22  was a big concern because it was totally

23  false.  And that was the biggest thing.  And

24  the defamation.  The -- you know, basically

25  I work -- just so you know, I work in a law

1                        E. Carter

2    enforcement department, so the blue wall of

3    silence is still, you know, within my

4    department, too.  The park rangers are a law

5    enforcement division.

6         Q.    Oh, so in addition to your Ocean

7    Beach having a blue wall of silence, you now

8    say the Town of Islip's law enforcement

9    agencies have a blue wall of silence?

10             MR. GOODSTADT:   Objection.

11        A.    I did not state that.

12        Q.    No?

13        A.    No.

14        Q.    When you said that where you work

15   has a blue wall of silence, what are you

16   referring to?

17        A.    I work with uniformed officers is

18   what I was saying.

19        Q.    So is it your testimony today

20   that those uniform officers engage in what

21   you refer to as a "blue wall of silence"?

22             MR. GOODSTADT:   Objection.

23        A.    No.

24        Q.    No?

25        A.    No.

                    E. Carter

1
2       Q.      Then -- just scroll up.  Well,

3   when you say that "I work, you know, I work

4   in the law enforcement, so the blue wall of

5   silence is still, you know, within my

6   department," what department are you

7   referring to?

8       A.      I was referring to -- I work in a

9   uniform, you know, I work in a police -- I

10  work in a law enforcement division, and the

11  wire part would, you know, totally destroy

12  me, and it got out even quicker than I

13  thought it would.

14      Q.      No.  You just made reference in

15  your answer, sir, to that your department

16  still engages in the blue wall of silence.

17          MR. GOODSTADT:    Objection.

18      Q.      So I'm referring -- I'm asking

19  you what department are you referring to?

20      A.      I work for the Town of Islip,

21  sir.

22      Q.      But when you answered the

23  question and you said "my department," what

24  department are you referring to?

25      A.      The only department I work for is

```
 1                          E. Carter
 2      the Town of Islip.
 3           Q.      Okay.  So if I understand your
 4      testimony correctly, you're accusing the
 5      uniformed officers of the Town of Islip in
 6      engaging in the blue wall of silence?
 7                MR. GOODSTADT:      Objection.
 8           Don't even answer the question.
 9           Q.     Is that your testimony, sir?
10  DI            MR. GOODSTADT:      Objection.
11           Instructing the witness not to answer
12           the question.
13                MR. NOVIKOFF:      I'm just trying
14           to clarify his answer.
15                MR. GOODSTADT:      You're being
16           harassing, because you're now saying
17           that he's accusing his current employer
18           of something.  There's been no
19           accusation.  The testimony speaks for
20           itself.  He testified to it five times
21           now.
22                MR. NOVIKOFF:      I don't think
23           so.
24                MR. GOODSTADT:      It's now
25           becoming harassing.  It is.
```

1                    E. Carter

2              MR. NOVIKOFF:    I don't think

3         so.  I'll take away the word

4         "confusing," sir.

5         Q.    Is it your belief that the

6    uniformed officers within your department

7    engage in what you refer to as the blue wall

8    of silence?

9              MR. GOODSTADT:    Objection.

10        A.    No.

11        Q.    Then who within your department,

12   as you testified to, engages in the blue

13   wall of silence?

14             MR. GOODSTADT:    Objection.

15        A.    There was -- just so you know, in

16   my department there was a corruption probe

17   prior and officers were arrested and

18   supervisors by the District Attorney's

19   office.

20        Q.    So that was the blue wall of

21   silence you were referring to?

22        A.    Yes.

23             MR. GOODSTADT:    Objection.

24        Q.    So there's no further blue wall

25   of silence in the Town of Islip, to your

1                         E. Carter

2    knowledge?

3         A.      No.

4         Q.      Okay.  Now you make reference in

5    paragraph 109 to you could not obtain

6    references from the Ocean Beach Police

7    Department, do you see that?

8         A.      Yes.

9         Q.      Subsequent to April 2, 2006, who

10   did you ask a reference from concerning --

11   who worked for the Ocean Beach Police

12   Department?

13        A.      Chief Paridiso had given me one

14   for my promotion with the Town of Islip back

15   in approximately 1998.

16        Q.      My question, sir, was subsequent

17   to April 2, 2006, who at the Ocean Beach

18   Police Department did you ask for a

19   reference from?

20        A.      I believe George Hesse's letter

21   would have helped me, you know, with the

22   reason I was let go.  That would have been

23   the letter.

24        Q.      So when you say "obtain a

25   reference," you're referring to a letter

1                        E. Carter

2    indicating why you were let go?

3          A.      Yes.

4          Q.      So then I don't understand.  You

5    say because you could not obtain references

6    from the OBPD or provide a clear explanation

7    for his termination.  The Hesse letter

8    you're referring to would provide that clear

9    explanation, correct?  At least that's what

10   you were hoping for, right?

11         A.      Yes.

12         Q.      So now I don't understand then.

13   What did you mean by "reference"?

14         A.      Well, when the county park police

15   or whoever would call over to the beach for

16   reference, you know, as far as my job work.

17         Q.      Your job performance?

18         A.      Yes.

19         Q.      Right.  Did you ever ask Chief

20   Paridiso to provide you with a reference?

21         A.      Yes.

22         Q.      After April 2, 2006?

23         A.      No.

24         Q.      Why not?

25         A.      At that time, George Hesse was

1                        E. Carter

2     the chief of Ocean Beach.

3          Q.     But Mr. Paridiso would have been

4     aware of how -- of what you did while you

5     were employed by Ocean Beach, correct?

6          A.     I wouldn't have been able to get

7     it on official letterhead.

8          Q.     No?  You don't think so?

9          A.     No.

10         Q.     Did you ask -- did you ever ask

11    Paridiso to send a letter of reference to

12    any employer?

13         A.     Prior, yes.

14         Q.     No.  No.  After April 2, 2006?

15         A.     No.

16         Q.     Why not?

17              MR. GOODSTADT:    Objection.

18         A.     Because at that point, Ed was out

19    on a disability and George Hesse was the

20    chief law enforcement officer at the Ocean

21    Beach Police Department.

22         Q.     But you didn't even try.  What

23    would have hurt by trying?

24              MR. GOODSTADT:    Objection.

25         A.     For a follow-up phone call, if

```
 1                    E. Carter
 2   there needed to be one, they wouldn't be
 3   able to get obviously Eddie at the Ocean
 4   Beach Police Department.
 5        Q.     How do you know that?
 6        A.     Because he wasn't working at that
 7   time.
 8        Q.     But how do you know that they
 9   couldn't have gotten hold of Chief Paridiso
10   and said, "you know, Mr. Carter needs a
11   letter of reference and he would like one
12   from you," how do you know that they
13   couldn't get a hold of Chief Paridiso?
14             MR. GOODSTADT:    Objection.
15        That's not what he testified to.
16        A.     That's not what I testified to.
17        Q.     Okay.  What makes you believe --
18   well, you don't know that  -- well, do you
19   have any knowledge that Chief Paridiso
20   wasn't an employee of Ocean Beach at that
21   time subsequent to April 2, 2006 and before
22   you filed the Notice of Claim?
23        A.     I know he was out on workmen's
24   comp and I hadn't seen him there from I
25   guess November of -- November of '06, '05.
```

1                        E. Carter

2          Q.      Did you ever call Chief Paridiso

3     and say, "chief, is there any way you can

4     send me a letter of reference"?

5          A.      No, I didn't.

6          Q.      Did you ever send him an email?

7          A.      Asking that, no.

8          Q.      So you did nothing with regard to

9     Chief Paridiso in terms of getting a letter

10    of reference after April 2, 2006, right?

11         A.      Yes.

12         Q.      And the only -- and the reason

13    you didn't is because you speculate that

14    Chief Paridiso couldn't do that for you,

15    correct?

16              MR. GOODSTADT:      Objection.

17         A.      Yes.  I didn't want to put him in

18    an awkward situation.

19         Q.      Oh, now you didn't want to put

20    him in an awkward situation.  Well, why did

21    you -- did you ask him if he would be put in

22    an awkward situation?

23              MR. GOODSTADT:      Objection.

24         A.      No.

25         Q.      Are you aware as to whether or

1                          E. Carter

2     not Mr. Nofi received a letter of

3     recommendation from Chief Paridiso after

4     April 2, 2006?

5          A.     No.

6          Q.     Did you ever inquire with

7     Mr. Nofi as to whether or not he sought out

8     Mr. Paridiso to get a letter of reference?

9          A.     No.

10         Q.     Okay.  Did you inquire with the

11    other Plaintiffs as to whether or not they

12    got letters of reference from Chief Paridiso

13    after April 2, 2006?

14         A.     No.

15         Q.     Let's look at number 110, "upon

16    information and belief, Hesse circulates

17    false and malicious negative references

18    concerning Plaintiffs among officials

19    working for the Town of Islip," do you see

20    that?

21         A.     Yes.

22         Q.     You say "officials," do you agree

23    with me that when you use the word

24    "officials," you're suggesting more than one

25    person?

1                        E. Carter

2              MR. GOODSTADT:     Objection.

3        With respect to him or generally in

4        this complaint?

5              MR. NOVIKOFF:     With respect to

6        what is set forth in paragraph 110.

7        A.      110's the Plaintiffs among

8   officials.  So in my case, it was one

9   person, Greg DeCanio.

10       Q.      Okay.  That was the only person?

11       A.      That I'm aware of at this time.

12       Q.      That you're aware of.  Okay.

13  Let's go to 113.  It's alleged that "as a

14  result of false, damaging and baseless

15  allegations that have been inserted in

16  Plaintiffs' civil service records," do you

17  see that?

18       A.      Yes.

19       Q.      Have you ever -- have you looked

20  at your civil service records subsequent to

21  April 2, 2006?

22       A.      It's my belief my personnel

23  jacket, yes.

24       Q.      Have you looked at your personnel

25  jacket at civil service subsequent to April

1                        E. Carter

2      2, 2006?

3           A.      No.

4           Q.      Have you asked anyone to look at

5      your civil service jacket subsequent to

6      April 2, 2006?

7           A.      My belief is  --

8           Q.      Have you asked anyone --

9           A.      No.

10          Q.      -- to look into your civil

11     service jacket subsequent to April 2, 2006?

12          A.      No.

13          Q.      To your knowledge, has your

14     lawyer asked the Suffolk County Civil

15     Service Department to produce your civil

16     service jacket in this lawsuit?

17               MR. GOODSTADT:    I'll stipulate

18          that that request has been made.

19               MR. NOVIKOFF:    Let's go off the

20          record for one second.

21               THE VIDEOGRAPHER:    The time is

22          2:59 p.m.  we're off the record.

23               (A discussion was held off the

24          record.)

25               THE VIDEOGRAPHER:    The time is

1                       E. Carter

2          2:59 p.m.   Back on the record.

3          Q.     When reference is made in

4    paragraph 113 to "Plaintiffs' civil service

5    records," what are you referring to?

6                  MR. GOODSTADT:     Objection.

7          A.     My town personnel jacket which

8    includes my civil service records.

9          Q.     Okay.

10         A.     To the best of my knowledge.

11         Q.     Have you looked at your Town of

12   Islip civil service jacket subsequent to

13   April 2, 2006?

14         A.     "Subsequent" being after?

15         Q.     After.

16         A.     No.

17         Q.     Have you asked anyone to look at

18   your Town of Islip civil service jacket

19   after April 2, 2006?

20         A.     No.

21         Q.     To your knowledge, has your

22   attorney subpoenaed your Town of Islip civil

23   service jacket in this lawsuit?

24         A.     I can't answer that at this time.

25   I don't know.

1                    E. Carter

2         Q.     Okay.  If you don't know, you

3    don't know.  That's a legitimate answer to

4    this question.  What document are you

5    referring to that has been put in your Town

6    of Islip civil service record that you claim

7    to be false, damaging and baseless?

8         A.     The stuff -- the interview with

9    Greg DeCanio, and I'm sure there's -- and

10   it's my belief there's going to be something

11   in there that he had a conversation with

12   George Hesse.

13        Q.     You're sure.  It's your belief.

14   Do you know, sir?

15        A.     No, sir.

16        Q.     Did you ever ask DeCantio if he

17   wrote up something?

18        A.     He told me he had to put a whole

19   package together and forward it to the

20   commissioner.

21        Q.     Did you ever ask DeCantio if he

22   put in anything in your civil service jacket

23   pertaining to Hesse's communication with

24   him?

25        A.     No.

1                        E. Carter

2          Q.      And in the over two-year period

3     of time since Hesse's communication, it's

4     your testimony that you never once asked to

5     look into your civil service jacket at the

6     Town of Islip to confirm the truthfulness of

7     this allegation?

8          A.      Yes.

9          Q.      So when you authorized your

10    attorney to write and file this allegation

11    that I just read, you did not know at that

12    time whether that was truthful or not

13    because you hadn't looked at your file?

14              MR. GOODSTADT:      Objection.

15         Q.      Isn't that true?

16         A.      Yes.

17         Q.      Let's look at paragraph 114.  Has

18    any member of your family been confronted or

19    castigated by strangers concerning anything

20    involving your employment at Ocean Beach

21    subsequent to April 2, 2006?

22         A.      My family, no.

23         Q.      Have you been castigated by

24    strangers?

25         A.      Yes.

```
 1                    E. Carter
 2        Q.      Who has castigated you?
 3        A.      I have been -- I was at a
 4   retirement party for my uncle, and one of
 5   the people there, a guy named Chris, came up
 6   to me and said, "Hey, I see you're one of
 7   those rats from Ocean Beach."  I just looked
 8   at the guy.  I didn't know what to say to
 9   him.  Also --
10        Q.      When did this guy Chris say this
11   to you?
12        A.      That would have been November of
13   '06.
14        Q.      Okay.
15        A.      Another time would be I was on a
16   call with the Suffolk County Police for an
17   illegal house in Bay Shore, and when I
18   pulled up, got out of the car, a couple
19   officers were talking, and one of them
20   looked and said, "Is that one of those rats
21   from Ocean Beach?"  And I just looked at the
22   guy and I walked away.  I went over to the
23   officer -- one of the officers I had known,
24   and he went over.  He said, "Listen, I'll go
25   talk to him and tell him, you know, to shut
```

1                          E. Carter

2    up and mind his business."

3           Q.      Did you ever find out what

4    information those officers looked at in

5    order to say that you were one of those rats

6    from Ocean Beach?

7           A.      They had worked the summers  --

8    one of them worked the summer over at Ocean

9    Beach on a quad part time, seasonal.

10   MO    Q.     Did you ever -- motion to strike.

11   Did you ever ask the officers where they

12   were getting their opinions from that you

13   were one of those rats from Ocean Beach?

14          A.     No.

15          Q.      Did you ever ask this guy Chris

16   at your uncle's retirement party what he was

17   basing his opinion on that you were one of

18   those rats from Ocean Beach?

19          A.     No.

20          Q.      You have no idea as you sit here

21   today as to what source of information, if

22   any, these officers looked at in order to

23   render an opinion that you were a rat from

24   Ocean Beach, right?

25          A.      Yes.

1                    E. Carter

2        Q.      For all you know, they could have

3    read the complaint and drawn their own

4    conclusion, right?

5                MR. GOODSTADT:      Objection.

6        A.      Yes.

7        Q.      For all you know, they could have

8    read the newspaper article in Newsday and

9    drawn their own conclusion, right?

10               MR. GOODSTADT:      Objection.

11       A.      Yes.

12       Q.      For all you know, they could have

13   watched News 12 that night and drawn their

14   own conclusion, right?

15               MR. GOODSTADT:      Objection.

16       A.      Yes.

17       Q.      For all you know, they could have

18   talked to a host of people other than

19   Mr. Hesse and drawn that conclusion,

20   correct?

21               MR. GOODSTADT:      Objection.

22       A.      Yes.

23       Q.      Same thing with this guy Chris,

24   you don't know what source of information he

25   looked at, if any, to determine -- to render

1                          E. Carter

2     an opinion that you were a rat, right?

3          A.     Yes.

4          Q.     He could have looked at that

5     Newsday article and drawn his own opinion?

6               MR. GOODSTADT:     Objection.

7          Q.     Right?

8          A.     Yes.

9          Q.     Could have read the complaint and

10    drawn his own opinion, right?

11         A.     Yes.

12         Q.     He could have looked at -- he

13    could have watched News 12 that night and

14    drawn his own opinion, right?

15              MR. GOODSTADT:     Objection.

16         A.     Yes.

17         Q.     He could have talked to a host of

18    people other than George Hesse and drawn his

19    own opinion, right?

20              MR. GOODSTADT:     Objection.

21         A.     Yes.

22              MR. NOVIKOFF:     Let's mark the

23         following document as Carter-8.

24              (Email dated 3/23/07 was marked

25         as Carter Exhibit-8 for

```
 1                    E. Carter

 2           identification; 9/16/08, E.L.)

 3      Q.     Do you recognize this document

 4  that's been identified as Carter-8, sir?

 5      A.     No.

 6      Q.     No?  You are wingking28@aol.com?

 7      A.     Yes.

 8      Q.     Do you know who KT215@aol.com is?

 9      A.     I'm not 100 percent sure, but I

10  believe it's Kevin Lamm.

11      Q.     Do you know who

12  regulus816@earthlink.net is?

13      A.     Not 100 percent sure again.  I

14  believe that's Tom Snyder.

15      Q.     And do you know who

16  frankfiorillo@optonline.net is?

17      A.     Yes.

18      Q.     And who is that?

19      A.     Frank Fiorillo.

20      Q.     Okay.  And does looking at the

21  subject of this email prod your recollection

22  as to what this -- as to whether or not

23  you've ever seen this email before?

24      A.     No.

25             MR. NOVIKOFF:    Okay.  Let's
```

```
 1                          E. Carter
 2            mark the next document as Carter-9.
 3            (Email dated 3/30/2007 was marked as
 4            Carter Exhibit-9 for identification;
 5            9/16/08, E.L.)
 6       Q.    I'm going to show you what's been
 7  identified as Carter-9.  Prior to today,
 8  have you seen this document before?
 9       A.    Without  -- it says something
10  about a picture, an editorial.  Without the
11  full thing, I can't say yes or no.  I mean,
12  my email's on there.
13       Q.    That's all I'm asking you.  Do
14  you recall seeing this prior to today?
15       A.    Yes.  In my email, yes.
16       Q.    Do you recall seeing --
17  notwithstanding the fact that your email
18  appears on this -- on this document, do you
19  recall receiving this email on or about
20  March 30, 2007?
21       A.    I don't recall.
22       Q.    Okay.  Do you know who
23  watercop319@yahoo.com is?
24       A.    Not, again, 100 percent sure.  It
25  might be Joe Nofi.
```

1                    E. Carter

2         Q.     Okay.  Do you recall the subject

3    matter of the attachment?

4         A.     That's what I'm explaining to

5    you.  I don't know.

6              MR. NOVIKOFF:    Okay.  The tape

7         is almost over.  Let's stop the tape

8         and take a couple minutes' break and

9         get back to it.

10             THE VIDEOGRAPHER:    This ends

11        tape number four.  The time is 3:09

12        p.m.  Going off the record.

13             (A break was taken.)

14             THE VIDEOGRAPHER:    This begins

15        tape number five.  The time is 3:22

16        p.m.  Back on the record.

17             MR. NOVIKOFF:     Sir, we're

18        going to mark the next set of documents

19        as Carter-10, and I record them to be

20        000284 through 382 -- I'm sorry, 383.

21        But, frankly, I've not looked at every

22        single page to make sure that they are

23        consecutively numbered.

24             (Document Bates stamped 000284

25        through 000383 was marked as Carter

```
 1                    E. Carter
 2          Exhibit-10 for identification;
 3          9/16/08, E.L.)
 4          A.     Am I allowed to open them or --
 5          Q.     Well, you don't need to look at
 6    it yet.  Let's look at the first page which
 7    is 284.  Do you -- do you know what this
 8    document is?
 9          A.     It's a copy of my time sheet for
10    Ocean Beach Police Department.
11          Q.     Okay.  Let's just go through it.
12    284, do you see employee's signature?
13          A.     Yes.
14          Q.     Is that your signature?
15          A.     Yes.
16          Q.     Let's look at 287.  Is that your
17    signature?
18          A.     Yes.
19          Q.     Would you agree with me that the
20    signature on 287 appears to be different
21    than the signature on 284?
22          A.     Yes.
23          Q.     Okay.  Do you have different sets
24    of signatures?
25          A.     284 is PO Carter 416, 287 is
```

```
 1                    E. Carter
 2    Edward J. Carter.
 3          Q.     Okay.  How about 291, is that
 4    your signature?
 5          A.     291, no, that's not my signature.
 6          Q.     Well, next to the word
 7    "employee's signature," that's not your
 8    signature?
 9          A.     No.
10          Q.     What's the purpose of this
11    document, sir, to the extent you know?
12          A.     This is when the printer was
13    down.  George Hesse was doing the payroll.
14    George Hesse filled this out for me.
15          Q.     George Hesse filled this out for
16    you, is that your testimony?
17          A.     To the best of my knowledge, yes.
18          Q.     And you're saying what was down?
19          A.     The printer in the station.  We
20    had problems printing out payroll sheets
21    from time to time, and either Sergeant Hesse
22    or George Hesse or Ed Paridiso would do it
23    for us.
24          Q.     Okay.  Other than George Hesse,
25    Ed Paridiso, anybody else do it for you?
```

1                          E. Carter

2          A.      No.  Not that I'm aware of.

3          Q.      Anyone else ever sign on your

4    behalf, to your knowledge?

5          A.      Not that I know of.  No.  You can

6    tell I didn't even date it, so I know it's

7    not me.

8          Q.      Let's go to your complaint, sir,

9    Exhibit-1.  It's in front of you now.  First

10   page under "preliminary statement" you write

11   "Plaintiffs are five" -- well, it's alleged

12   that "Plaintiffs are five police officers

13   who had the courage to overcome the blue

14   wall of silence and fulfill their duty to

15   protect the public by speaking out in

16   opposition to the regime of endemic

17   corruption within the Ocean Beach Police

18   Department."  Do you see that?

19         A.      Yes.

20         Q.      Did you speak out before or after

21   you were terminated, according to your

22   allegations?

23         A.      Spoke out.  Spoke to George

24   about --

25         Q.      No.  No.  Did you speak out as

1                        E. Carter

2    it's used in this paragraph, in the sentence

3    that I've read, prior to April 2, 2006 or

4    after April 2, 2006?

5          A.    It's my belief both.

6          Q.    Okay.  After April 2, 2006, how

7    did you speak out?

8          A.    By the filing of this complaint.

9          Q.    And prior to April 2, 2006, to

10   whom did you speak out?

11         A.    George Hesse.

12         Q.    Anybody else?

13         A.    No.  George Hesse.

14         Q.    Ever send a letter to Newsday

15   concerning any of the issues that are raised

16   in this complaint?

17         A.    No.

18         Q.    Ever send a letter to any media

19   outlet concerning any of the issues raised

20   in this complaint?

21         A.    No.

22         Q.    You spoke before, before the last

23   break about a corruption probe in the Town

24   of Islip?

25         A.    Yes.

1                           E. Carter

2          Q.     Were you part of that probe?

3          A.     No.

4          Q.     Were you involved at all in that

5     probe?

6          A.     No.

7          Q.     Did you speak to any law

8     enforcement official investigating the

9     alleged claims of corruption as part of that

10    probe?

11         A.     No.

12         Q.     How many times have you spoke to

13    the DA after you've been -- the Suffolk

14    County DA after April 2, 2006?

15         A.     I couldn't give you an exact

16    number.  I'm going to say approximately six

17    times to a dozen.

18         Q.     Concerning what?

19         A.     Concerning the case they were

20    investigating.

21         Q.     Which was?

22         A.     Partly the Gilbert incident with

23    the beating.

24         Q.     Okay.

25         A.     I also called them -- I called

1                      E. Carter

2      them within the week after I was let go to

3      find out what was going on with this me of

4      wearing a wire.  Where it came from.  If it

5      came from them or what was going on with

6      that, and when I called, I let them know,

7      you know, I was fired, what's this I was

8      going to wear a wire.  And they said, "Why

9      don't you come down, stop down."  And I went

10     to their office.

11          Q.     And what did  -- did they answer

12     your question?

13          A.     They said they had nothing to do

14     with it.

15          Q.     So they asked you to come down to

16     their office to tell you that they had

17     nothing to do with it?

18               MR. GOODSTADT:    Objection.

19          Q.     Is that your testimony?

20          A.     No.

21               MR. GOODSTADT:    Objection.

22          Q.     So let me understand this.  You

23     say you were fired on April 2, 2006, right?

24          A.     Yes.

25          Q.     Within a week of that date, you

1                          E. Carter

2      contact the Suffolk County DA and ask them

3      did they have anything to do with these

4      comments about you wearing a wire, right?

5            A.      Partly, yes.  I had a concern

6      about that.

7            Q.      That was part of your

8      conversation with them?

9            A.      Yes.

10           Q.      And who did you speak to?

11           A.      I spoke to a Detective Amato.

12           Q.      And this detective told you to

13     come on down to his office to talk about it?

14           A.      Well, there was more to the

15     conversation.

16           Q.      Okay.

17           A.      I told him with that, I felt that

18     something really did happen with the Gilbert

19     incident for them to say that about me.

20     When he said --

21           Q.      Something really happened with

22     the Gilbert -- what do you mean by that?

23           A.      Well, the beach was taking a

24     stance, the individuals that were working

25     that night that nothing happened with the

1                    E. Carter

2    Gilbert incident.  That he wasn't beat up or

3    anything.  And I said for them -- you know,

4    my concern and my belief was something did

5    happen for them to say I was going to wear a

6    wire and have them admit that they were

7    doing wrong, the corruption.

8         Q.    So you told this detective at the

9    Suffolk County DA that because someone made

10   a comment about you wearing a wire, that

11   means something happened with the Gilbert

12   incident?

13             MR. GOODSTADT:    Objection.

14        A.    I felt it had partly connection

15   with the Gilbert incident, my firing might

16   have had something to do with that also.

17        Q.    And you told that to the DA?

18        A.    Yes.

19        Q.    Why do you think the DA cared

20   whether you were fired or not?

21        A.    I don't think they really cared

22   if I was fired or not.

23        Q.    Right.  Did you ask the DA to

24   investigate your alleged termination?

25        A.    No.

1                    E. Carter

2        Q.     So you went down to the Suffolk

3   County DA and you had a conversation with

4   this detective?

5        A.     I had a conversation with

6   approximately -- there were approximately

7   six detectives in the room and a prosecutor.

8        Q.     Concerning what?

9        A.     Ocean Beach.

10       Q.     What about Ocean Beach?

11       A.     They asked  -- they went through

12  if I was working that night and if I knew

13  anything about that night, the incident on

14  the 28th of August.

15       Q.     Did you ever tell  -- did you

16  tell the DA or the detectives at this time

17  any of the  -- any of the allegations that

18  you raised in the complaint, other than the

19  Halloween incident?

20            MR. GOODSTADT:     Objection.

21       He's testified he told them about the

22       wire incident.

23       Q.     Okay.  Did you make allegations

24  about Mr. Hesse having sexual escapades

25  while on duty, did you advise the DA during

1                        E. Carter

2    this conversation of that claim?

3         A.    Yes.

4         Q.    Did you advise the DA of that --

5    of Mr. Hesse's alleged involvement with

6    known drug dealers --

7         A.    Yes.

8         Q.    -- during this conversation?

9         A.    Yes.

10        Q.    Had you advised them of that

11   before this, before your termination?

12        A.    No.

13        Q.    Had you advised the DA before

14   your alleged termination of Mr. Hesse's

15   alleged sexual escapades?

16        A.    No.  They were none of my

17   business.

18        Q.    But they were your business after

19   you were fired?

20        A.    They asked me to make notes of

21   anything and anything with the on goings of

22   the beach.

23        Q.    They asked you to make notes.

24   When did they ask you to make notes?

25        A.    That was April of '06.

1                        E. Carter

2        Q.      And why did they ask you to make

3    notes?

4        A.      I said apparently -- I told them,

5    I said, "Apparently I know something that

6    they had to get rid of me and I don't know

7    what it is," and they said, "Well, write

8    down whatever you know."

9        Q.      You knew something -- you believe

10   that you knew something that caused them to

11   get rid of you?

12       A.      Yes.

13       Q.      But you weren't a witness to the

14   Gilbert incident, were you?

15       A.      No.  But, again, I was

16   misidentified, and in a way, I was used as a

17   scapegoat for it.

18       Q.      Well, didn't -- I guess the DA in

19   that April 2006 conversation was asking you

20   to become a snitch?

21               MR. GOODSTADT:    Objection.

22       Q.      Is that what they were asking you

23   to do?

24       A.      No.

25       Q.      No.  Okay.  Let's stay on the DA

```
 1                    E. Carter
 2  for a while.  When was the first time you
 3  had -- you had any communication with the
 4  Suffolk County District Attorney concerning
 5  anything to do with Ocean Beach?
 6       A.    That was the fall of 2005 after
 7  the Gilbert incident.
 8       Q.    Okay.  And who approached you?
 9       A.    Detective Amato and Iacopelli.
10       Q.    And what did they want from you?
11       A.    They wanted to know if I was
12  working that night, which I wasn't, and I
13  showed them on the schedule I wasn't, and if
14  I knew who was working that night, and if
15  anybody at the beach was, you know, rough
16  with their hands or whatever.
17       Q.    During the Gilbert incident or
18  any other time?
19       A.    Any other time.  The Gilbert
20  incident and any other time.
21       Q.    Okay.  And did you advise them
22  who in your belief was rough with their
23  hands at any other time, besides Gilbert
24  incident?
25       A.    Yes.
```

1                        E. Carter

2          Q.     You told them that?

3          A.     Yes.

4          Q.     And who did you say?

5          A.     Bob Galoppi.

6          Q.     Is that all?

7          A.     Yes.

8          Q.     And did you witness Rob Galoppi

9    being rough with his hands?

10         A.     Yes.

11         Q.     When?

12         A.     Back in 1991, '92.  '91 and '92.

13         Q.     So you told them about an

14   incident that occurred 13 years earlier, 14

15   years earlier?

16         A.     Approximately, yes.

17         Q.     Okay.  Did you advise them of

18   anybody else who you believe to be rough

19   with their hands?

20         A.     No.

21         Q.     Okay.  What else did they ask you

22   in the first communication with the DA with

23   these two individuals?

24         A.     Who else was working, and that's

25   when I invited them in my house and I gave

1                    E. Carter

2    them a copy of the schedule that I had

3    hanging up.

4         Q.    Okay.  And how long was this

5    communication with these two individuals in

6    your house?

7         A.    Approximately five, 10 minutes.

8    Maybe 15.

9         Q.    Did they ask you anything about

10   chief  -- about Mr. Hesse?

11        A.    They asked in general about any

12   individual working for the police

13   department.

14        Q.    So you -- you responded about

15   every single individual?

16        A.    No.  I didn't respond about any

17   of them at that time.

18        Q.    But what did they specifically

19   ask you about Mr. Hesse?

20        A.    Well, he would have been part of

21   a member of the police department with, you

22   know, anybody have a problem with their

23   hands, and I didn't bring him up, obviously,

24   because I never saw him do anything

25   firsthand.

283

1                          E. Carter

2          Q.      So did they ask you specifically

3     anything about Mr. Hesse during this first

4     conversation?

5          A.      No.

6          Q.      Okay.  When was the next time you

7     spoke with anyone associated with the

8     Suffolk County DA?

9          A.      Approximately within that week, I

10    got that phone call at work.

11         Q.      From whom?

12         A.      Detective Iacopelli.

13         Q.      What did he want?

14         A.      He wanted to come to my house the

15    following day to talk to me.  He had new

16    information.

17         Q.      What was the new information?

18         A.      He wouldn't tell me on the phone.

19         Q.      Okay.  Anything else that took

20    place during this phone conversation that

21    you can recall?

22         A.      I told him I couldn't talk to him

23    without the village attorney present.

24         Q.      Okay.

25         A.      Due to that internal

284

1                        E. Carter

2    correspondence and I'd have to get back to

3    him.

4          Q.     What internal correspondence?

5          A.     About they put up -- beach put up

6    an internal correspondence, any contact or

7    because he -- any contact with the District

8    Attorney's office, a village attorney must

9    be present.

10         Q.     Okay.  And did you notify Ken

11   Gray that you were contacted by the Suffolk

12   County DA?

13         A.     No.  I notified George Hesse who

14   notified Ken Gray.

15         Q.     Okay.  And after that telephone

16   conversation, what was the next time you

17   spoke with anyone associated with the

18   Suffolk County DA?

19         A.     Following day.

20         Q.     Where?

21         A.     My living room.

22         Q.     Was Ken Gray there?

23         A.     Yes.

24         Q.     Did you speak with Ken Gray prior

25   to meeting with the Suffolk County DA?

```
 1                        E. Carter
 2          A.      Yes.
 3          Q.      What did Ken Gray say to you?
 4          A.      First off, they were running
 5   late, so Ken Gray's like, you know, "they
 6   should have used their lights and sirens."
 7   But he told me -- I explained to him that
 8   they -- my feeling was they felt that I was
 9   at work on the night of the Gilbert thing,
10   and he looked at me and he says, "I know you
11   weren't working."  And I said, "What do you
12   mean?"  And he was on the rescue squad that
13   night, so he knew I wasn't working, and I
14   explained to him how the schedule -- the
15   three tour was actually the day after  --
16   day before, but on the schedule, like I did
17   work when the incident occurred.
18          Q.      Did Ken Gray say anything else to
19   you before you met with him and the Suffolk
20   County DA representatives?
21          A.      He was very quiet.
22          Q.      Did he tell you to lie?
23          A.      No.
24          Q.      Did he tell you to misrepresent
25   anything?
```

```
 1                         E. Carter
 2        A.     No.
 3        Q.     Did he tell you to do anything
 4   other than to tell the truth?
 5        A.     No.  He didn't even tell me that.
 6   He just really didn't get into any
 7   conversation like that at all.
 8        Q.     Did you ask Ken Gray any
 9   questions?
10        A.     No.
11        Q.     Okay.  So you then spoke with the
12   representatives from the DA in your house
13   with Ken Gray present, right?
14        A.     Yes.
15        Q.     What was  -- what did they ask of
16   you at that time?
17        A.     The biggest part was my time
18   sheets with the beach.
19        Q.     Concerning you?
20        A.     Concerning the August 28
21   incident.
22        Q.     Gilbert?
23        A.     Gilbert, yes.  They showed me --
24   basically they had a stack of time sheets
25   like you have here which is Exhibit-10 of
```

1                    E. Carter

2    mine and other officers, and they asked me

3    to look at it and tell me when I worked.  So

4    I told them, you know, looking at it, I told

5    them when I worked.

6                    And then they showed me another

7    officer's time sheets and asked me when he

8    worked, and I told them I couldn't answer

9    it.  And they asked me again, they said,

10   "Well, if you worked, for an example, on

11   that Tuesday, the three tour and he has the

12   Tuesday three tour, he worked?"  I said, "I

13   can't answer for somebody else when they

14   worked or when they didn't work."

15        Q.     Okay.  What else did they ask

16   you, other than that question?

17        A.     I don't recall at this time.

18        Q.     Did they ask you any specific

19   questions at that time about Mr. Hesse?

20        A.     I don't recall.  No.  I don't

21   recall at this time.  No.  Not to my

22   knowledge.

23        Q.     Okay.  When's the next time you

24   spoke with any representative from Suffolk

25   County DA?

```
 1                        E. Carter
 2         A.      It would have been April of '06
 3    which I explained to you earlier.
 4         Q.      Okay.  And the DA --
 5         A.      After April 2.  You know, it was
 6    approximately April 6.
 7         Q.      And you called them?
 8         A.      Yes.
 9         Q.      And where did you have this
10    conversation?
11         A.      In their office.
12         Q.      Okay.  And how long was this
13    conversation with these six detectives and a
14    prosecutor?
15         A.      It was approximately half hour,
16    if it lasted long -- a little longer than
17    that.
18         Q.      And did they ask you any
19    questions about George Hesse?
20         A.      I don't recall if they asked
21    pinpoint questions.
22         Q.      So you volunteered the fact that
23    you believe that Mr. Hesse was having sexual
24    affairs while on duty?
25                 MR. GOODSTADT:    Objection.
```

                              E. Carter

1

2          A.      That was probably during the

3   third meeting I had with them.

4          Q.      What third meeting?

5          A.      There was -- well, the fourth

6   meeting.  I'm sorry.  The fourth meeting.

7          Q.      Well, when was the fourth

8   meeting?

9          A.      Approximately -- approximately a

10  week later I had to -- the handwritten notes

11  I had, I had to bring them up to them and

12  give it to them.

13         Q.      Oh, okay.  So let's go back to

14  that April meeting.  They asked you to do

15  what, if anything, in this April meeting?

16         A.      When I explained to them that I

17  was let go and they saw that I was pretty

18  upset, they said, "Well, why did he -- why

19  did he let you go?"  I told him about the

20  directive thing.  And they said, "Well, what

21  directives?"  And they looked at me

22  dumbfounded, too, like I looked at George,

23  and they said, "Well, why do you think you

24  were let go?"  And I said, "I really don't

25  know."  I said, "With everything going on

1                    E. Carter

2    with the Gilbert thing, I can't tell you."

3    I said, "You know, I don't know if it had

4    anything to do with the guys over there

5    being spooked because of the thing with

6    Islip town with the corruption thing where

7    the upper bosses were taken out and I never

8    spoke to the District Attorney's office."  I

9    said, "I don't know.  I have no idea what's

10   going on."

11            And they said, "Listen," they

12   said, "Go home, get a piece of paper, and

13   write some notes."  And that's what I did.

14        Q.    Write some notes about what?

15        A.    About anything I had knowledge of

16   with Ocean Beach as far as the way the

17   police department ran.  Anything.

18        Q.    So you had a choice, then, to

19   decide what you were going to tell them and

20   what you didn't, right?

21            MR. GOODSTADT:    Objection.

22        A.    I was going to tell them the

23   truth.

24        Q.    Okay.  And you sent a -- you

25   wrote out on a piece of paper?

1                         E. Carter
2          A.      It was -- yeah.   Approximately --
3     it was looseleaf type paper, two pieces.
4          Q.      Okay.   And you wrote that
5     Mr. Hesse engaged in a sexual affair while
6     on duty with women?
7          A.      I don't recall if that was in my
8     notes, but yes, he did.   I know that for a
9     fact.
10         Q.      No.   I'm not interested in what
11    he may not have done or done.   I'm asking
12    did you advise the Suffolk County DA that --
13    in this document that you wrote, that
14    Mr. Hesse was engaging in sexual affairs
15    with women while on duty?
16              MR. GOODSTADT:      Objection.
17         Asked and answered.
18         A.      Again, I don't recall at this
19    time if I did or not.
20         Q.      Did you advise the Suffolk County
21    DA in this letter -- in this document that
22    you wrote, that George Hesse asked you to or
23    asked officers to chauffeur drunken officers
24    around the village?
25         A.      No, I don't believe I did that.

```
 1                    E. Carter
 2        Q.    What did you advise the Suffolk
 3  County DA on this written document that you
 4  just referred to?
 5        A.        There was -- basically that I
 6  was -- you know, Chief Loeffler was the
 7  chief.  Winnie Loeffler was the court clerk.
 8  There was Joe Loeffler's the mayor.  Alan
 9  Loeffler was working for the department.
10  They asked -- I put down about some
11  uncertified officers.  Couple of incidents
12  that happened in front of me with the drinks
13  coming into the station that I recall at
14  this time.  Again, there was a front, back
15  and a front, so I don't recall exactly.
16        Q.    You told them in this written
17  document that you wrote a week after the
18  April meeting with them, that Mr. Loeffler
19  was the mayor?
20        A.    No.  I believe I put down he was
21  a trustee at that time.
22        Q.    He wasn't the mayor at the time,
23  right?
24        A.    I don't recall, to be honest with
25  you.
```

1                          E. Carter

2        Q.      Okay.  Okay.  When was the next

3    time after  -- well, did you hand him this

4    written document or did you mail it to him?

5        A.      I believe I dropped it off.

6        Q.      Do you have a copy of this?

7        A.      No.  They have the original.

8        Q.      You didn't make a copy?

9        A.      No, sir.

10       Q.      For your own records you made no

11   copy?

12       A.      No, sir.

13       Q.      And did you have any other

14   meetings with the Suffolk County DA after

15   you dropped off this written document?

16       A.      Yes.

17       Q.      When was the next time that you

18   had a meeting with them?

19       A.      I don't recall exactly

20   chronologically when it happened, but

21   Detective Warkenthien came to my house in

22   2007 -- 2007.  Referenced the conversation

23   we had, and, you know, again, I added more

24   to it.  The photos that were there with the

25   grand jury subpoena laying on the desk, I

1                    E. Carter

2    let them know about that.

3         Q.      What photos?

4         A.      The photos of the police

5    department offices.  I let them know right

6    after the Gilbert incident that Bill

7    Embreui, who I was misidentified as

8    apparently, shaved his mustache I recalled,

9    and you know, how everybody, you know,

10   basically isolated themselves from me.  I

11   also gave a statement in reference to

12   something Bill Embreui said to me.

13        Q.      What did Mr. Embreui say to you?

14        A.      The night of the Gilbert

15   incident, Bill Embreui came in  -- well, the

16   Friday after the Gilbert incident, Bill

17   Embreui came into the police station, I was

18   working the desk around 2:00, 2:30 in the

19   morning.  He was looking, you know, standing

20   there and he said, "What's up?"  You know,

21   basically small talk, and then he says, "You

22   want to know what I know?"  I said, "I don't

23   know.  I don't really -- what do you know?"

24   So he says oh, the night of the Gilbert

25   thing, he was outside across the street on

1                    E. Carter

2   Bay Walk talking to one of Gilbert's friends

3   who was a police officer over in Europe, and

4   Gilbert was inside getting the summons.  You

5   know, he was telling the guy everything will

6   be fine.  He'll be out in a couple minutes.

7              With that, the front door opened

8   and Gilbert started yelling -- kicked the

9   door.  Bill walked across the street on Bay

10  Walk.  Walked up the deck.  Gilbert was

11  pulled back inside.  Bill went inside the

12  door, and when the shit hit the fan, he

13  turned around and he done -- he did with the

14  thumb lock.  He motioned he locked the door

15  with the thumb lock so no one else could

16  come in.

17       Q.     Now when did Bill tell you this?

18       A.     That was the Friday immediately

19  after -- Friday into Saturday morning

20  immediately after the Gilbert incident.

21       Q.     So you knew about what

22  Mr. Embreui said to you in September of

23  2005, right?

24       A.     Yes.

25       Q.     October 2005?

                         E. Carter

1

2        A.      Yes.

3        Q.      You didn't say anything to the DA

4    then, did you?

5        A.      There was no reason at that   --

6    they didn't ask me about it and there was no

7    reason -- I didn't think Bill -- you know,

8    Bill locked the door at that point.

9        Q.      Oh, so you don't think Bill did

10   anything wrong by locking the door?

11           MR. GOODSTADT:    Objection.

12       Q.      Well, did you think Bill did

13   anything wrong by locking the door as he

14   said he did?

15       A.      At that time, no.

16       Q.      So what was the reason for you

17   telling the DA about what Bill Embreui told

18   you, if you didn't think he did anything

19   wrong?

20       A.      They --

21       Q.      After you were allegedly fired?

22       A.      Detective Warkenthien, again -- I

23   had an April I believe it was '07 discussion

24   with him, and he asked me  -- that was

25   sometime in August I believe it was.  I gave

1                    E. Carter

2     him the statement.

3          Q.     So let me understand this, you

4     didn't make  -- you didn't advise the DA of

5     anything that went on that you were told

6     involving the Gilbert incident until after

7     you were allegedly fired on April 2, 2006,

8     right?

9               MR. GOODSTADT:     Objection.

10         A.     No.  Just that, you know, when

11    they were interviewing people, Arnie

12    Hardman -- no.

13         Q.     In fact, the only thing you told

14    them before you were allegedly terminated on

15    April 2, 2006 was that you weren't present

16    that night, right?

17         A.     Basically, yes.

18         Q.     Did you ever testify before the

19    grand jury?

20         A.     No.

21         Q.     Were you ever asked to?

22         A.     No.

23         Q.     The DA ever ask you to wear a

24    wire?

25         A.     No.

298

```
1                    E. Carter
2        Q.      To your knowledge, did the DA
3   ever ask any of the other Plaintiffs to wear
4   a wire?
5        A.      No.
6        Q.      When was the last time you spoke
7   to the DA?
8        A.      Um, last time you canceled my
9   deposition.  I don't know the exact date.
10       Q.      Why was it that you spoke to the
11  DA the last time we canceled your
12  deposition?
13       A.      As the case was proceeding, I
14  would just give him a call and let him know
15  he was going for a deposition.  The last --
16  I was canceled actually I believe out of
17  three of them or two of them, and just to
18  let them know.  That didn't tell me
19  anything.  I didn't basically --
20       Q.      Why did you feel it necessary to
21  keep the DA advised of the status of this
22  case?
23              MR. GOODSTADT:    Objection.
24       A.      I  -- I wasn't sure with the Bill
25  Embreui statement, if I was allowed to
```

```
 1                    E. Carter
 2    disclose that or not, and my attorney told
 3    me I was.
 4           MR. GOODSTADT:    Objection.
 5        Don't testify to anything your attorney
 6        told you.
 7        Q.    The question to you, sir, is why
 8    did you feel it necessary to advise  --
 9    well, given that you talked to your attorney
10    about what you could or could not say, and I
11    don't really want to know what you and your
12    attorney talked about, why did you feel it
13    necessary to keep the DA advised of whether
14    or not you were being deposed in this case?
15           MR. GOODSTADT:    Objection.
16        A.    I just  -- they were honest with
17    me, you know, that they didn't -- I felt
18    they were honest with me about telling me I
19    never wore a wire and stuff, and they,
20    again, they got the  -- they got the
21    original thing that I was working that
22    night, which I wasn't, so no.  I just made a
23    phone call.
24        Q.    They were honest with you about
25    you never wearing a wire, is that what you
```

1                        E. Carter

2    testified about?

3         A.      I believe they aren't the one

4    that started that with the wire.

5         Q.      Oh, okay.  That's what you mean.

6    So how many times have you spoken to the DA

7    about this lawsuit?

8         A.      About my lawsuit in particular?

9         Q.      Yeah. Because you called them up

10   to tell them that you weren't being deposed,

11   so --

12        A.      Deposed, maybe three times.

13        Q.      Why?

14        A.      I just  -- I don't know.  I just

15   felt they should know I was going to get

16   deposed.

17        Q.      Did they ask you to call them?

18        A.      No.

19        Q.      What DA did you speak with about

20   you being deposed?

21        A.      Detective Warkenthien.

22        Q.      Detective what?

23        A.      Warkenthien.

24        Q.      Is he a DA or is he a detective?

25        A.      Detective.

```
 1                          E. Carter

 2          Q.      Have you spoken to any DA?

 3          A.      Originally?

 4          Q.      About you being deposed?

 5          A.      No.

 6          Q.      So why did this detective care,

 7    to your knowledge, that you were being

 8    deposed?

 9                  MR. GOODSTADT:     Objection.

10          A.      None that I know of.

11          Q.      Have you been given any deal by

12    the Suffolk County DA to cooperate?

13          A.      Absolutely not.

14          Q.      Have you been promised anything

15    by the Suffolk County DA to cooperate in

16    their case against Ocean Beach involving

17    Gilbert?

18          A.      Absolutely not.

19          Q.      Were any of the Plaintiffs, to

20    your knowledge, given any deals to cooperate

21    with the DA involving the Gilbert case?

22          A.      No.   Absolutely not that I know

23    of.

24          Q.      Were any of the Plaintiffs on

25    duty at the time of the alleged incident
```

```
 1                        E. Carter
 2    involving Gilbert?
 3           A.     Best of my knowledge, no.
 4           Q.     Let's look at -- continue on the
 5    preliminary statement, last sentence of that
 6    page, "Plaintiffs' repeated and tireless
 7    efforts to champion integrity and the
 8    highest values of public service have met
 9    with abject failure, as the department has
10    inexorably fallen under control of officers
11    and commanders who, while in uniform, drink
12    alcohol and frequent local bars," do you see
13    that?
14           A.     Yes.
15           Q.     What commanders are you referring
16    to?
17           A.     George Hesse.
18           Q.     Any other commander, other than
19    Mr. Hesse?
20           A.     No.
21           Q.     Let's look at paragraph 13, page
22    five, third sentence, "at all times," do you
23    see that, end of the third sentence?
24           A.     Yes.
25           Q.     Okay.  "At all times herein
```

```
 1                      E. Carter

 2    mentioned -- hereinafter mentioned,

 3    Defendant Hesse was and is the official

 4    responsible for the management and

 5    supervision of the OBPD, including its

 6    maintenance and operation, as well as the

 7    hiring, promotion and discipline of

 8    employees and all other employment-related

 9    issues," do you see that?

10         A.    Yes.

11         Q.    Was Mr. Hesse responsible for all

12    of this in 1991?

13         A.    He wasn't there in 1991.

14         Q.    What's that?

15         A.    He wasn't there in 1991.

16         Q.    Mr. Hesse wasn't there in 1991?

17         A.    No, sir.

18         Q.    Was Mr. Hesse responsible for all

19    of this in 1992?

20         A.    I don't believe he was there in

21    1992.

22         Q.    '93?

23         A.    No.

24         Q.    Who was?

25         A.    Ed Paridiso and Chief Joe
```

1                        E. Carter

2   Loeffler.

3          Q.     Why do you say Chief Joe

4   Loeffler?

5          A.     Because Chief Joe Loeffler was

6   there in 1991, two and three, and Ed

7   Paridiso was a sergeant in '91, '92, '93.

8          Q.     Joe Loeffler was the chief of

9   police in 1993?  Okay.  I apologize.  How

10  about in 2001?  I apologize.  In 2001, was

11  Mr. Hesse responsible for everything that

12  you've alleged in paragraph 13?

13         A.     Yes.

14         Q.     He was?

15         A.     Himself and the chief, yes.

16         Q.     Well, who was responsible, the

17  Chief Paridiso or George Hesse?

18         A.     It was a joint -- I'm sure it was

19  a joint shareman of that.

20         Q.     How do you know?

21         A.     I'm relating to -- it's my belief

22  within my job, I'm responsible for the

23  discipline of employees -- in my position

24  with the Town of Islip, I could -- I'm

25  responsible for the managerial position and

1                         E. Carter

2      supervision of the park rangers under me.

3           Q.      Well, that's all well and good,

4      but my question for you is, in 2001, how do

5      you know that George Hesse had any

6      responsibility for the management and

7      supervision of the OBPD?

8                 MR. GOODSTADT:      Objection.

9           Q.      How do you know that?

10          A.      He would give orders out.

11          Q.      Okay.  To whom?

12          A.      To the officers.  Myself and

13     other officers.

14          Q.      On his shift?

15          A.      Yes.

16          Q.      Okay.  I'm talking about the

17     entire Ocean Beach Police Department.  How

18     do you know that he was responsible for the

19     management and supervision of the entire

20     Ocean Beach Police Department as opposed to

21     just the men on his shift?

22          A.      Well, he would work 4:00 to

23     12:00s, but he'd give me orders on midnights

24     of stuff to do.

25          Q.      Right.  I understand that on his

                              E. Carter

1

2    shift, when you were working for him, he

3    gave you orders, but this allegation doesn't

4    refer to Chief Paridiso, does it?

5         A.    No.

6         Q.    And this allegation doesn't refer

7    to your 12:00 -- your 4:00 to 12:00 shift,

8    does it?

9         A.    What 4:00  -- no.

10        Q.    This doesn't refer to any

11   specific shift, does it?

12        A.    No.

13        Q.    Your allegation says Hesse was

14   and is the official responsible for the

15   management and supervision of the Ocean

16   Beach Police Department, do you see that?

17        A.    No.  I was just trying to find

18   where you were.

19        Q.    How do you know that Hesse was

20   responsible for the management and

21   supervision of the entire Ocean Beach Police

22   Department as opposed to Chief Paridiso?

23             MR. GOODSTADT:    Objection.

24        A.    I don't at this time.

25        Q.    Okay.  Great.  You go on to

1                          E. Carter

2    allege that "Hesse, at all times herein

3    mentioned, was responsible for the hiring,

4    promotion and discipline of employees," do

5    you see that?

6          A.     No, I don't.

7          Q.     Keep going.

8          A.     This line here, "promotion and

9    discipline of employees"?

10         Q.     Yes.   "The hiring, promotion and

11   discipline of employees," do you see that?

12         A.     Yes.

13         Q.     All right.   In 2001, how do you

14   know that Hesse was responsible for the

15   hiring of any Ocean Beach Police Department

16   employee as opposed to Chief Paridiso?

17         A.     In 2001, I don't know if George

18   hired anyone.

19         Q.     How about 2002?

20         A.     George had the two Bosetti

21   brothers hired.

22         Q.     How do you know he was

23   responsible for the hiring?

24         A.     He told us that.

25         Q.     Okay.   And do you know if he had

1                    E. Carter

2    to get it approved by Chief Paridiso?

3         A.    No, I don't.

4         Q.    Do you know if Chief Paridiso had

5    to get it approved by the mayor?

6         A.    No, I don't.

7         Q.    Okay.  So then my question to you

8    is, how do you know, in 2002, that Defendant

9    Hesse was the official responsible for the

10   hiring of Ocean Beach Police Department

11   employees?

12             MR. GOODSTADT:    Objection.  He

13        just testified to it.

14        Q.    As opposed to a particular

15   employee?

16        A.    Those two employees that I know

17   of.  I don't recall who else came on in

18   2002.

19        Q.    Okay.  But you don't know what

20   chain of command Mr. -- if any, that

21   Mr. Hesse had to go through in order to get

22   the Bosetti brothers hired, correct?

23        A.    No.

24        Q.    And you don't know who had to

25   ultimately sign off on their hires, correct?

```
 1                    E. Carter
 2         A.      No.
 3         Q.      You don't know if the board of
 4    trustees had to approve it, do you?
 5         A.      No.
 6         Q.      And you don't know if the mayor
 7    had to approve it, do you?
 8         A.      No.
 9         Q.      Okay.  Let's look at paragraph
10    19.  Let's look at the last sentence.  You
11    write "Sanchez was and is directly
12    responsible for overseeing personnel actions
13    taken by Ocean Beach and the OBPD and for
14    ensuring that such personnel actions conform
15    to Suffolk County Civil Service regulations
16    and other applicable laws," do you see that?
17         A.      Yes.
18         Q.      Have you ever met Alison Sanchez?
19         A.      No.
20         Q.      Have you ever had a conversation
21    with Alison Sanchez?
22         A.      No.
23         Q.      If Alison Sanchez stood before
24    you right now, would you know what she  --
25    would you know what she looked like?
```

1                        E. Carter

2          A.      Possibly, from a picture I've

3    seen.

4          Q.      Okay.  How do you know, sir, that

5    Ms. Sanchez was and is directly responsible

6    for overseeing personnel actions by Ocean

7    Beach and the Ocean Beach Police Department?

8          A.      George Hesse stated she was in

9    charge of the account for the Ocean Beach

10   Police Department, the Village of Ocean

11   Beach.

12         Q.      And that's the basis for your

13   knowledge?

14         A.      He's the one that she was working

15   with to get the uncertified certified.

16         Q.      I'm not asking about the

17   uncertified and certified.  I'm asking about

18   being directly responsible for overseeing

19   personnel actions.

20              MR. GOODSTADT:    He just

21          testified that's what his basis is.

22         Q.      Your opinion is based upon what

23   Mr. Hesse told you?

24         A.      Yes.

25         Q.      You have no independent

311

```
1                    E. Carter
2    recollection -- knowledge?
3                MR. GOODSTADT:    Objection.
4        Objection.  You're misstating his
5        testimony.  He's testified that what
6        Hesse told him and that she was the one
7        who worked with him.  That's the basis.
8                MR. NOVIKOFF:    Worked with
9        Hesse?
10               MR. GOODSTADT:    Yes.
11       Q.    But you don't know that she
12   worked with Hesse, other than Hesse telling
13   you, right?
14       A.    That and the correspondence that
15   came back and forth from civil service with
16   her on it.
17       Q.    To whom?
18       A.    To George Hesse and the village.
19       Q:    And you saw that correspondence?
20       A.    Yes.  They were left on the desk.
21       Q.    And do you know who Ms. Sanchez's
22   superior was, if anybody, at this time?
23       A.    My guess would be --
24       Q.    No, not your guess.  Do you know
25   who, if anyone, was Ms. Sanchez's
```

1                       E. Carter

2     superior --

3                 MR. GOODSTADT:    Objection.

4           Q.      -- at any point in time between

5     2001 and the date -- and April 2, 2006?

6                 MR. GOODSTADT:    Objection.  You

7           can answer however you want to answer.

8           Q.      Do you know who, if anybody, was

9     Ms. Sanchez's superior between 2001 and

10    April 2, 2006?

11          A.      Through our discovery, yes.

12          Q.      Who?

13          A.      Stanley Pelt.

14          Q.      Stanley Pelt?

15          A.      Yes.

16          Q.      So other than through discovery,

17    you did not know?

18          A.      No.

19          Q.      Who is Stanley Pelt?

20          A.      He's the -- if I had the document

21    in front of me, the senior analyst I believe

22    it's called under civil service.  Civil

23    service analyst.

24          Q.      26, you allege "throughout their

25    careers with OBPD, Plaintiffs performed

1                        E. Carter

2      their duties in an exemplary fashion and

3      were never the subject of a public

4      complaint, investigation or disciplinary

5      action."  Is it your testimony, sir, that

6      while you were employed at Ocean Beach, that

7      no member of the public ever wrote a

8      complaint about you?

9            A.    Yes.

10           Q.    In any capacity?

11           A.    Yes.

12           Q.    Involving any conduct you were

13     involved in pertaining to either Ocean Beach

14     or the Town of Islip?

15           A.    Yes.

16           Q.    Okay.  Let's look at paragraph

17     36.  36 is alleged "Plaintiffs each advised

18     Hesse on numerous occasions that the

19     department and village were left dangerously

20     short of personnel when Plaintiffs were

21     assigned to chauffeur intoxicated officers

22     and their civilian friends," do you see

23     that?

24           A.    Yes.

25           Q.    Did you complain to Mr. Hesse on

1                     E. Carter

2    numerous occasions about what I've just read

3    based upon your allegation in 36?

4         A.     Yes.

5         Q.     When's the first time that you

6    complained to Mr. Hesse about this?

7         A.     When it was --

8         Q.     Not -- I'm looking for a date.

9              MR. GOODSTADT:    He's telling

10        you when.

11        A.     Summer of 2003.

12        Q.     Okay.  And what did Mr. Hesse say

13   to you, if anything, when you complained to

14   him?

15        A.     He ignored it at that time and it

16   continued.  We explained to him that --

17        Q.     No.  I just want to know what his

18   reaction was.  He ignored it?

19        A.     He basically ignored it.

20   Shrugged it off.

21        Q.     Okay.  When was the next time

22   that you complained to -- you personally

23   complained to Mr. Hesse concerning what I

24   just read from paragraph 36?

25        A.     The later part of that summer.

E. Carter

1

2      Q.      Okay.  And what did Mr. Hesse do,

3   if anything?

4      A.      He spoke to the individuals that

5   were going out to the bars drinking, and

6   told them to wait until 5:00 in the morning.

7      Q.      Okay.  But who assigned the

8   officers to chauffeur these other officers

9   around?

10     A.      That was not with me, but George

11  told us for a while to take the officers to

12  the checkpoint from the village leaving one

13  guy in.  The midnights had two officers on.

14     Q.      When you say that wasn't you,

15  what do you mean?

16     A.      This part of the complaint is

17  each of the Plaintiffs in the lawsuit

18  were --

19     Q.      No.  I'm saying, who assigned --

20  did you ever have to chauffeur anybody?

21     A.      Yes.

22     Q.      Who assigned you to chauffeur

23  people?

24     A.      George Hesse.

25     Q.      Okay.  And you first complained

1                         E. Carter

2     to George Hesse in the summer of 2003,

3     right?

4          A.     Yes.

5          Q.     And your next complaint was when,

6     to George Hesse about this chauffeuring?

7          A.     The latter part of 2003.

8          Q.     And what did Mr. Hesse say to you

9     in response to your complaint, if anything?

10         A.     He just basically said, "I'll

11    take care of it."

12         Q.     And did he?

13         A.     I noticed I wasn't leaving the

14    village as much when I came in on the

15    weekends, yes.

16         Q.     When you say you weren't leaving

17    the village as much, what do you mean?

18         A.     To chauffeur people back and

19    forth to the checkpoint.

20         Q.     When you say "people," you mean

21    officers?

22         A.     Officers, friends of George

23    Hesse.

24         Q.     Okay.  Did you continue to

25    chauffeur officers or friends of George

1                          E. Carter

2    Hesse after your second complaint to

3    Mr. Hesse in 2003?

4           A.    2003, no.  It went into the

5    winter months.

6           Q.    What's that?

7           A.    It went into the off season, no.

8           Q.    What went into the off season?

9           A.    In other words, this was during

10   the summer months it was the most.  Going

11   into the winter months I worked by myself.

12          Q.    Well, no.  My question to you,

13   sir, is you complained to Mr. Hesse for a

14   second time in the summer of 2003 about

15   having to chauffeur friends of his or other

16   officers to the checkpoints.  After the

17   second complaint when Mr. Hesse said he

18   would take care of it, did you, in 2003,

19   chauffeur anybody else?

20          A.    Not that I recall.

21          Q.    Okay.  How about 2004, did you

22   chauffeur anybody at Mr. Hesse's request in

23   2004?

24          A.    Yes.

25          Q.    On how many occasions?

1                    E. Carter
2         A.    Exactly I couldn't give you a
3    number.  I'd say approximately six to eight
4    times.
5         Q.    Friends of George Hesse?
6         A.    Sometimes it was friends of
7    George Hesse.  Sometimes it was the
8    officers.
9         Q.    Okay.  And was this always at the
10   request -- at the direction of Mr. Hesse?
11        A.    Yes.
12        Q.    How many times in 2004 -- well,
13   did you complain to Mr. Hesse in 2004?
14        A.    About the taking the officers
15   after they were drinking, yes.
16        Q.    Or the friends?
17        A.    The friends, not as much.
18        Q.    Why not?
19        A.    Because he would call me and tell
20   me to wait at the checkpoint for 20 minutes,
21   30 minutes.  Somebody was coming in, a
22   friend of his, company or whatever, and I
23   would wait, and then I would pick the person
24   up and drive them into the village.
25        Q.    Okay.  But my question is, why --

1                        E. Carter

2    why did you complain to Hesse about the

3    officers, but not as much as about the

4    friends?

5         A.      Because the officers directly

6    affected me and my partner, where driving

7    the friends didn't directly affect me.

8    George waited in the village until I got

9    there.

10        Q.      George didn't wait in the village

11   when he directed you to chauffeur the

12   officers?

13        A.      No.

14        Q.      Where was George?

15        A.      He might have been upstairs

16   sleeping or he might have been home.

17        Q.      How did he direct you?  By phone?

18        A.      Prior to getting off.  I'd come

19   in at midnight.

20        Q.      Prior to you getting off or prior

21   to Hesse getting off?

22        A.      Both of us meeting at roughly

23   12:00.  Somewhere in that time.  11:30.

24        Q.      No, but I'm wondering, when

25   Hesse, in 2004, directed you to chauffeur

1                          E. Carter

2    police officers to the checkpoint, was he on

3    duty at the time?

4         A.     Yes.

5         Q.     And so what makes you say that he

6    wasn't still on duty when you were

7    chauffeuring these officers?

8         A.     The -- because he would go off

9    duty.  In other words, I'd see him while he

10   was still on duty.

11        Q.     Okay.

12        A.     And then I'd be off.  You know,

13   he'd go off duty and I'd be on for the eight

14   hours.

15        Q.     Okay.  I understand now.  So did

16   you complain to George Hesse in 2004 about

17   him directing you to chauffeur either his

18   friends or the police officers?

19        A.     Yes.

20               MR. GOODSTADT:    Objection.

21        Q.     Okay.  And what did -- when was

22   the first time you complained in 2004?

23        A.     Would have been June of 2004.

24        Q.     And what did you say to him?

25        A.     "George, you know, this is

```
 1                     E. Carter
 2  bullshit," straight out.  "It's bullshit
 3  that I got to take these guys out and leave
 4  either John or Kevin, Tom, whoever by
 5  themselves in the village."
 6       Q.     And what did Hesse say to you, if
 7  anything, after your first complaint in
 8  2004?
 9       A.     "Just do it."
10       Q.     Okay.  And did there come a
11  second time that you complained to Hesse in
12  2004 about chauffeuring either his friends
13  or these officers?
14       A.     Yes.
15       Q.     When?
16       A.     I'd say July or August.  July.
17       Q.     What did you say to him?
18       A.     That, "Again, you're leaving the
19  village short.  You can't do this."
20       Q.     And what did he say to you?
21       A.     He shrugged it off, then walked
22  out.
23       Q.     Did you complain to him a third
24  time in 2004?
25       A.     There was, again, the complaints
```

1                        E. Carter

2    were there, they weren't being answered, so

3    at that point, you know, you wind up talking

4    to dead ears.

5        Q.      No.  I understand that.  So my

6    question is, did you complain to Mr. Hesse a

7    third time in 2004?

8        A.      I would say yes.  Right around

9    Labor Day.

10       Q.      And what did you say to Hesse?

11       A.      I said, "George, you know, again,

12   the other night we have to go -- you know,

13   we had to go gas the vehicle and stuff."  I

14   said, "I'm driving these guys out, coming

15   back to the village, then driving out of the

16   village again to go gas the vehicle.  I'm

17   leaving the village, two, two and a half

18   hours empty."

19       Q.      And what did Hesse say to you

20   this third time?

21       A.      That's when we started gassing

22   the vehicle in the morning.

23       Q.      But what did Hesse say to you in

24   response to your complaint on the third --

25   the third time in 2004?

1                          E. Carter

2          A.      Nothing.

3          Q.      Okay.  Did you complain a fourth

4    time in 2004?

5          A.      That I recall at this time, no.

6          Q.      How about 2005, did you complain

7    to Hesse about -- well, did Hesse ever

8    direct you, in 2005, to chauffeur either his

9    friends or -- or police officers who were

10   intoxicated?

11         A.      If there were two trucks, no.   If

12   there was the one truck, yes.

13         Q.      I'm just asking you if you recall

14   him ever directing you, regardless of how

15   many trucks there may have been?

16         A.      No.  It was just standing, drive

17   the guys out.  When they're done, just drive

18   them out.  Get them out of the village so

19   they can go home.

20         Q.      So he did direct you to chauffeur

21   these guys to the checkpoint?

22         A.      In 2004, yes.

23         Q.      How about 2005?

24         A.      Yes.

25         Q.      Did you complain to Hesse in 2005

1                            E. Carter

2       about doing this?

3              A.      Yes.  I'd say yes.

4              Q.      Even though your complaints in

5       2003 and 2004 were ignored?

6              A.      Yeah.  Because it wasn't as  --

7       it got -- it got worse but it wasn't because

8       there were two vehicles.  So there was, you

9       know, the vehicles were in the village, so

10      they would take the keys, the guys that were

11      driving out.

12             Q.      I don't understand.  What's the

13      difference having two vehicles if you were

14      still leaving the village short, in your

15      opinion?

16             A.      I wouldn't have to leave the  --

17      when there were two vehicles, I wouldn't

18      have to leave the village short.  They would

19      just take the other vehicle.

20             Q.      Oh, the other officers?

21             A.      Yes, the other officers.

22             Q.      So my question, sir, is in 2005,

23      did Hesse direct you to chauffeur any police

24      officers to the checkpoints or his friends?

25             A.      Yes.

```
 1                    E. Carter
 2        Q.    And did you complain to Hesse in
 3   2005?
 4        A.    Actually, me and George got into
 5   a pretty big blow up that year.
 6        Q.    Well, that's nice, but did you
 7   complain to Mr. Hesse about --
 8        A.    Yes.
 9        Q.    -- this specific direction?
10        A.    Yes.
11        Q.    When?  When was the first time?
12        A.    It was I believe, as I recall, it
13   was July 4th weekend.  The truck got stuck
14   in the sand.  I was the senior officer in
15   the vehicle with the midnight guys coming
16   on.  There were approximately --
17   approximately six of us in the vehicle and
18   two females.  Arnie Hardman was driving.
19   Buried the truck in the sand.  Rich and Gary
20   Bosetti took the second truck to come pull
21   us out of the sand.  While doing so, they
22   buried that truck.  There's only George in
23   the village and I believe it was Ken
24   Bockelman.  George is on the radio
25   screaming.  Suffolk County Marine Bureau is
```

                            E. Carter

1

2    coming to pick us up.  I had to go on a call

3    with Suffolk County Marine Bureau to Kismet

4    for a fight because they had no back up,

5    they were pulling our vehicles out.

6              Once our vehicles got out, Arnie

7    Hardman then drove it into the mud over in

8    what's -- trying to think, just west of

9    Corneille.  I'm going to say Lonelyville

10   it's called there.  Lonelyville.  I'm not

11   100 percent sure.

12        Q.   Are you done or are you --

13   because my question was when and you said

14   July 4 --

15        A.   Yeah.  Okay.  Sorry.

16   MO        MR. NOVIKOFF:   So motion to

17        strike as nonresponsive.

18        Q.   When was the first time in 2005

19   that you complained to George Hesse about

20   his direction to you to chauffeur either his

21   friends or police officers?

22        A.   July 2005.

23        Q.   Okay.  And what was Mr. -- what

24   did you say to George Hesse when you

25   complained to him?

1                           E. Carter

2           A.      He was pretty  -- he said -- I

3     told him, I said, "George, you know, it

4     wasn't my" -- he goes, "Eddie, it is your

5     fault.  You're the senior officer.  You knew

6     better."  I said, "George, I wasn't driving

7     the truck."  He goes, "It's a weekend."  I

8     said, "George, this is what happens when we

9     drive the guys in and out, leaving one

10    person in here."  And he just got pissed off

11    and sent me to the back streets for the

12    night.  He banished me.

13          Q.      Okay.  And was there a second

14    time that you complained to George Hesse

15    about his directions to either chauffeur

16    officers or his friends to checkpoints?

17          A.      There was one other time myself

18    and -- yeah, Richard Bos -- Gary Bosetti, I

19    had to drive him and Rich out, and they were

20    very belligerent about it.  So I drove them

21    out.  I said something to George when I saw

22    him next, and he says, "Just do it.  Just do

23    it."

24          Q.      All right.  Was that the last

25    time in 2005 that you recall complaining to

```
 1                    E. Carter
 2   Hesse about his directions for you to
 3   chauffeur either officers or friends?
 4        A.    Yes.
 5        Q.    Okay.  In 2000 -- how about 2006?
 6        A.    I had only worked approximately
 7   three days, two days.
 8        Q.    And when was that Bosetti
 9   incident that you just -- the second
10   complaint that you made in 2005?
11        A.    That was approximately August of
12   2005.
13        Q.    Okay.  In 2003, did you ever
14   complain to Chief Paridiso about Hesse's
15   direction?
16        A.    No.
17        Q.    How about to Mayor Rogers?
18        A.    No.
19        Q.    How about to Trustee Loeffler?
20        A.    No.
21        Q.    How about to any other trustee?
22        A.    No.
23        Q.    Did you send any communication to
24   Newsday or News 12 or any other media outlet
25   concerning this complaint about you leaving
```

1                          E. Carter

2     the village short of personnel because of

3     this direction to chauffeur people?

4          A.      No.

5          Q.      Same questions with regard to

6     2004, would your answers change?

7          A.      No.

8          Q.      Same questions with regard to

9     2005, would your answers change?

10         A.      No.

11         Q.      So if I understand your testimony

12    correctly, that for 2003, 2004, 2005, other

13    than to George Hesse, you made no other

14    complaints to any other person or entity

15    concerning Hesse's direction to you to

16    chauffeur police officers or friends to

17    checkpoints?

18               MR. GOODSTADT:      Objection.

19         That's not what he testified to.

20         Q.      Is that correct, sir?

21         A.      No.

22         Q.      Well, I'll break it down, then.

23    You testified about 2003.  Let's go to 2004.

24    Did you complain to Chief Paridiso about

25    this direction to chauffeur people?

330

```
1                          E. Carter

2          A.     No.

3          Q.     Did you complain to Trustee

4     Loeffler?

5          A.     No.

6          Q.     Did you complain to Mayor Rogers?

7          A.     No.

8          Q.     Did you complain to any trustee

9     members?

10         A.     No.

11         Q.     Did you raise a complaint with

12    News 12?

13         A.     No.

14         Q.     Newsday?

15         A.     No.

16         Q.     Local village paper?

17         A.     No.

18         Q.     Any other media outlet?

19         A.     No.

20         Q.     Okay.  2005, did you complain to

21    Chief Paridiso about chauffeuring and

22    leaving the village short?

23         A.     No.

24         Q.     Did you complain to Mayor --

25    Mayor Rogers?
```

331

```
 1                    E. Carter
 2        A.    No.
 3        Q.    Did you complain to Chief
 4   Loeffler -- I'm sorry, Trustee Loeffler?
 5        A.    No.
 6        Q.    Did you complain to any other
 7   trustee?
 8        A.    No.
 9        Q.    Did you raise a complaint to News
10   12?
11        A.    No.
12        Q.    Newsday?
13        A.    No.
14        Q.    Any local newspaper?
15        A.    No.
16        Q.    Any other media outlet?
17        A.    No.
18        Q.    41, how many times did Mr. Hesse
19   instruct you to remove empty beer cans and
20   other refuse that uncertified officers
21   abandoned in their vehicles and left strewn
22   about the police station after a night on
23   duty?
24        A.    Every time it happened.
25        Q.    How many times did it happen in
```

```
 1                      E. Carter

 2      2003?

 3           A.      I can't give you an exact number.

 4      It was approximately every other weekend or

 5      every weekend that I'd come into the station

 6      and be throwing the stuff out, and I, you

 7      know, told him, "George, you know, this is

 8      bullshit.  I'm cleaning up beers and stuff

 9      in the police station."

10           Q.      How about 2004, how many times?

11           A.      Same.  It got -- 2004 -- 2005 was

12      the worst.  2004 was --

13           Q.      Did you complain in 2003 to

14      Hesse?

15           A.      About cleaning up, yes.

16           Q.      Did you complain in 2004 to

17      Hesse?

18           A.      Yes.

19           Q.      2005?

20           A.      Yes.  That's when it was really

21      bad.

22           Q.      In 2005, did you complain to

23      Chief Paridiso?

24           A.      No.

25           Q.      Trustee Loeffler?
```

```
 1                    E. Carter

 2      A.    No.

 3      Q.    Mayor Rogers?

 4      A.    No.

 5      Q.    Any other trustee?

 6      A.    No.

 7      Q.    Newsday?

 8      A.    No.

 9      Q.    News 12?

10      A.    No.

11      Q.    Any other local paper?

12      A.    No.

13      Q.    Any other media outlet?

14      A.    No.

15      Q.    2004, did you complain to Chief

16   Paridiso?

17      A.    No.

18      Q.    Trustee Loeffler?

19      A.    No.

20      Q.    Mayor Rogers?

21      A.    No.

22      Q.    Newsday?

23      A.    No.

24      Q.    Any other trustee?

25      A.    No.
```

```
 1                       E. Carter

 2        Q.    News 12?

 3        A.    No.

 4        Q.    Any other local newspaper?

 5        A.    No.

 6        Q.    Any media outlet?

 7        A.    No.

 8        Q.    Anybody, other than Chief Hesse,

 9    did you complain to in 2004?

10        A.    He wasn't the chief then, so yes.

11    No.

12        Q.    Other than Mr. Hesse, did you

13    complain to anybody?

14        A.    No.

15        Q.    Same question for 2003, did you

16    complain to Chief Paridiso?

17        A.    No.

18        Q.    Trustee Loeffler?

19        A.    No.

20        Q.    Mayor Rogers?

21        A.    No.

22        Q.    Any other trustee?

23        A.    No.

24        Q.    News 12?

25        A.    No.
```

335

                        E. Carter

1

2       Q.      Newsday?

3       A.      No.

4       Q.      Local newspaper?

5       A.      No.

6       Q.      Any other media outlet?

7       A.      No.

8       Q.      Okay.

9               MR. NOVIKOFF:    Changing the

10      tape.

11              THE VIDEOGRAPHER:    This ends

12      tape number five.  The time is 4:19

13      p.m.  Going off the record.

14              (A break was taken.)

15              THE VIDEOGRAPHER:    This begins

16      tape number six.  The time is 4:30 p.m.

17      Back on the record.

18      Q.      Okay.  Sir, let's go to paragraph

19      51 of your complaint.  Can you just read it

20      and tell me when you're done?

21      A.      (Reviewing).  I'm done.

22      Q.      Did Hesse ever instruct you not

23      to issue summonses to certain bars?

24      A.      Yes.

25      Q.      And to his clique of uncertified

```
 1                    E. Carter
 2   officers?  I'm sorry --
 3                MR. GOODSTADT:    Objection.
 4        Q.    Yes, to -- so Mr. Hesse
 5   instructed you not to issue summonses to
 6   certain bars?
 7        A.    Yes.
 8        Q.    What bars?
 9        A.    The bartenders at CJ's Bar.
10        Q.    Any other bar?
11        A.    It was a bar owner from
12   Maguire's.
13        Q.    Okay.  Other than CJ's and
14   Maguire's, did Hesse instruct you not to
15   issue summonses to any other bars?
16        A.    No.
17        Q.    When did he first instruct you
18   not to issue summonses to these bars?
19        A.    Mine was an incident which
20   happened at CJ's with an underaged drinker
21   in 2005.  Yeah, fall of 2005.  Barry had
22   served a drink to a minor.
23        Q.    And how do you know it was a
24   minor?
25        A.    Just looking at him, and then I
```

1                    E. Carter

2   ID'd him in the police station.

3        Q.    Oh, you did ID him?

4        A.    Yes.

5        Q.    Okay.  And was the only time

6   Hesse instructed you personally not to issue

7   a summons to certain bars?

8        A.    Well, the second instance was

9   Jimmy Bets, the owner of Maguire's, was

10  driving down Bay Walk on his bicycle after

11  hours, no light.  I went to get him to write

12  him a summons for that, and Andy Bets went

13  inside.  Got George Hesse.  George came out.

14  Yelled at me.  Said, "You don't -- you don't

15  write tickets to Jimmy."  Gave Jimmy back

16  his license.  Sent him on his way.

17       Q.    When did that take place?

18       A.    That was the summer of 2005.

19       Q.    So we have one incident involving

20  CJ's in the fall of 2005 and one incident

21  involving Maguire's in the summer of 2005?

22       A.    With myself, yes.

23       Q.    Both with yourself?

24       A.    Yes.

25       Q.    Okay.  And any other incidences

1                    E. Carter

2  where he instructed you not to issue a

3  summons to a bar or someone who owned a bar

4  or to a bartender?

5         A.    No.

6         Q.    Didn't -- how about in 2004?

7         A.    Not that I recall.  No.

8         Q.    How about in 2003?

9         A.    No.

10        Q.    Okay.  In the first instance in

11  the summer of 2005, when in the summer of

12  2005?

13        A.    It was approximately July of

14  2005.

15        Q.    Okay.  And did you complain to

16  Hesse when he made this direct  -- gave you

17  this direction?

18        A.    Yes.

19        Q.    What did you say to him?

20        A.    I said, "George, you know, what

21  do you want me to do?"  And with that he

22  just -- "just get out of here.  Get out.

23  Get the back streets."  That was his thing.

24  He threw me on the back streets for the rest

25  of the night.

1                        E. Carter

2          Q.      The second time in the fall of

3    2005, did you complain to Hesse?

4          A.      Yes.

5          Q.      What did you say to him?

6          A.      Well, he was there when I said

7    I'm going to go write Barry a summons over

8    at CJ's.  He says, "No, you're not."  I just

9    looked at him.  He goes, "They take care of

10   us over there.  They give us, you know, food

11   and drinks.  You're not writing him a

12   summons."  I said, "George, you know, what

13   are we going to do?"

14               I got the minor.  We wound up

15   calling his parents.  I had to drive the kid

16   out to the checkpoint.  Turn him over to his

17   parents.  George said he went to school with

18   the mother of the child.  And I just looked

19   at him.

20         Q.      Other than him telling you not to

21   issue a summons -- well, withdrawn.  What

22   did you -- how did you complain to George,

23   other than saying "George, what are we to

24   do"?

25         A.      Well, when he told me not to

                              E. Carter

1

2    write the summons, I just looked at him

3    like, "What do you want me to do with this?"

4         Q.     With regard to the two instances

5    in 2005 that you just testified to, did you

6    notify Chief Paridiso?

7         A.     No.

8         Q.     Did you complain to Chief

9    Paridiso?

10        A.     No.   The second one in the fall,

11   he was --

12        Q.     My question to you is did you --

13        A.     No.

14        Q.     -- complain to Chief Paridiso?

15        A.     No.

16        Q.     Complain to Trustee Loeffler?

17        A.     No.

18        Q.     Complain to Mayor Rogers?

19        A.     No.

20        Q.     Complain to any trustee?

21        A.     No.

22        Q.     Did you advise Newsday?

23        A.     No.

24        Q.     News 12?

25        A.     No.

                            E. Carter

1

2        Q.      Any local newspaper?

3        A.      No.

4        Q.      Any other media outlet?

5        A.      No.

6        Q.      On 51, you then end it by saying
7    "Plaintiffs frequently complained to Hesse
8    about his unlawful directives he selectively
9    enforced the law by disregarding crimes and
10   other violations of law committed by Hesse's
11   friends."  Other than these two 2005
12   incidents, were you personally involved with
13   any other directive by Hesse to disregard
14   crimes and other violations of law committed
15   by Hesse's friends?

16       A.      There was an apartment at Ocean
17   Breeze and Bay Walk which whenever there was
18   an incident with underage -- because there
19   was underage youths up on the second floor,
20   George had to be notified, and I went there
21   with him one time.

22       Q.      Okay.  So on one occasion, you
23   went to this apartment with George Hesse
24   where you believe that there was underage
25   drinking going on?

1                      E. Carter

2          A.     I know for a fact there was.

3          Q.     How do you know for a fact?

4          A.     Because when we got there, George

5    knocked on the door.  They opened the door.

6    The youths had beer, Budweiser -- well,

7    bottles labeled Budweiser beer in their

8    hands and beer cups and other liquor laying

9    around.

10         Q.     And did you card these kids,

11   these individuals?

12         A.     No.

13         Q.     Did you do anything to verify

14   their age?

15         A.     I was aware of a couple of the

16   individuals who they were.

17         Q.     Who were these individuals?

18         A.     One was Paul Conway.

19         Q.     And who were the other

20   individuals that you knew?

21         A.     The other ones were his friends

22   which I personally never carded, but I was

23   told they were underage.

24         Q.     Who told you?

25         A.     The other officers.

1                         E. Carter

2          Q.      Oh, so there were other officers

3     there with you?

4          A.      At that time there was, and also,

5     from different instances of interacting with

6     these youths.

7          Q.      But you weren't there on the

8     other instances, you were only there with

9     Hesse on this one occasion?

10         A.      Yes.

11         Q.      And when was this occasion?

12    What's the month, date and year?  Month and

13    year?

14         A.      The month would have been July of

15    '05.

16         Q.      Okay.  And did you complain to

17    Hesse -- well, what did Hesse do when you

18    showed up with him?

19         A.      He got everybody out of the

20    apartment and sent them on their way.

21         Q.      Okay.  And were there any other

22    officers with you at this time with Hesse?

23         A.      There were two which I don't

24    recall at this time.

25         Q.      Okay.  And did you complain to

```
 1                     E. Carter
 2   Hesse about this?
 3        A.    No.
 4        Q.    Did you advise Paridiso of what
 5   Hesse did?
 6        A.    No.
 7        Q.    Did you advise Loeffler?
 8        A.    No.
 9        Q.    Rogers?
10        A.    No.
11        Q.    Any other trustee?
12        A.    No.
13        Q.    Newsday?
14        A.    No.
15        Q.    News 12?
16        A.    No.
17        Q.    Any other media outlet?
18        A.    No.
19        Q.    Okay.  So we have two
20   incidents -- two incidences in 2005
21   involving a bar owner or a bartender and
22   this incident involving minors in an
23   apartment.  Any other incident that you were
24   personally involved in with Hesse where he
25   disregarded crimes and other violations of
```

1                              E. Carter

2      law committed by his friends?

3           A.      No.

4           Q.      Okay.  So paragraph 54, next

5      page.  Please read 54 and advise me when

6      you're done.

7           A.      (Reviewing).  I'm finished.

8           Q.      What involvement, if any, did you

9      have in any allegation that's set forth in

10     paragraph 54?

11          A.      The apartment I was just talking

12     about is this one.

13          Q.      Okay.

14          A.      I did see the Bosettis up on the

15     balcony on another occasion with open

16     alcohol.

17          Q.      With the group -- with a group of

18     minors?

19          A.      The same minors that were there

20     the first time.

21          Q.      And did you complain to George

22     Hesse about the Bosettis being on this

23     balcony?

24          A.      No.

25          Q.      Did you complain to Paridiso?

1                    E. Carter

2        A.      No.

3        Q.      Anybody?

4        A.      No.

5        Q.      Why not?  Well, withdrawn.  Why

6   didn't you complain to Hesse about this?

7        A.      First off, I don't think Hesse

8   was on.

9        Q.      What's that?

10       A.      I don't think Hesse was working

11   at that time.

12       Q.      Who would have been in charge if

13   Hesse wasn't working?

14       A.      There was no supervisor when

15   Hesse was off or Paridiso.

16       Q.      Okay.  Why didn't you advise

17   Hesse the next time you saw him?

18       A.      I just didn't because I saw the

19   previous complaints and stuff of the

20   drinking and these guys -- these two

21   officers, Rich and Gary, were the same ones

22   with the drinking in the vehicles and stuff

23   going nowhere.  So the more  -- you know,

24   the squeaky wheel gets the attention, and

25   the attention would be I'd probably be put

1                         E. Carter
2      out the door.
3            Q.      You'd probably be put out the
4      door?
5            A.      Probably be fired is my feeling.
6            Q.      You complained in 2003 about
7      various things, correct?
8            A.      Yes.
9            Q.      You were a squeaky wheel in 2003,
10     right?
11           A.      Yes.  Because directly affecting
12     me.
13           Q.      Okay.  You weren't fired then,
14     were you?
15           A.      No.
16           Q.      You were a squeaky wheel in 2004
17     and you weren't fired then, right?
18           A.      Correct.
19           Q.      Okay.  Go to 57.  Did Hesse ever
20     ridicule you when you made a complaint to
21     him?
22           A.      I was called a rat.
23           Q.      By Hesse?
24           A.      By other officers I --
25           Q.      My question to you, sir, is did

1                      E. Carter
2    Hesse ever ridicule you?
3         A.      Yes.
4         Q.      Okay.  When did he ridicule you
5    for the first time after you made a
6    complaint?
7         A.      It was -- the one time was with
8    Jimmy Bets in 2005.
9         Q.      That was the bicycle incident?
10        A.      Yes.
11        Q.      Or the minor?
12        A.      That was the bicycle incident.
13        Q.      Okay.  How did he ridicule you?
14        A.      He sent me to the back street,
15   taking me off patrol on the Bay Walk and
16   letting everybody know what happened.
17        Q.      Well, let's -- you think putting
18   you on the back street is ridiculing you?
19        A.      It was punishment for stopping
20   Jimmy Bets.
21        Q.      Okay.  Now when you said he put
22   you on the back street, what does that mean?
23        A.      To patrol midway, there was an
24   area which basically he used partly for a
25   punishment.

1                         E. Carter

2          Q.     Other officers get put on the

3    back streets, to your knowledge?

4          A.     There were a couple.

5          Q.     Who?

6          A.     Frank Fiorillo.  Joe Nofi.

7          Q.     Anybody else, to your knowledge?

8          A.     No.

9          Q.     How many times did he put you on

10   the back street?

11         A.     Two that I recall at this time.

12         Q.     In -- since 2001?

13         A.     Yes.

14         Q.     Were the back streets supposed to

15   be patrolled?

16         A.     Yes.

17         Q.     Was that an assignment that was

18   given out to all of the officers at some

19   point in time, other than for punishment?

20         A.     No.

21         Q.     Then who patrolled the back

22   streets?

23         A.     We would do it -- coming off Bay

24   Walk, we would do it.  But he specifically

25   just sent me back there.

1                    E. Carter

2          Q.     No.  I understand.  You're

3     claiming in this instance -- actually, in

4     two instances that he punished you?

5          A.     Yes.

6          Q.     By putting you on the back

7     street.  I get that.  I guess my question --

8     my question to you is -- I think you

9     answered it -- was the back streets were

10    part of the normal duties and

11    responsibilities of the police officers

12    during at least your shifts, correct?

13         A.     During the regular patrol, yes.

14         Q.     Right.  And it was the

15    responsibility of some officer on a normal

16    basis to patrol the back streets, right?

17         A.     Yes.

18         Q.     All right.

19         A.     He was limiting you to just the

20    back streets.

21         Q.     I understand that.  But just so

22    I'm not confused, patrolling the back

23    streets was something that was -- was

24    something that was needed to be done as part

25    of the overall responsibilities of the

1                          E. Carter

2    police department during a particular shift,

3    correct?

4          A.      Yes.

5          Q.      All right.  Did anyone ever go

6    get beaten up on the back streets, to your

7    knowledge?

8          A.      Assaults.  You mean civilians?

9          Q.      Yes.

10         A.      Yes.

11         Q.      How many times since 2001?

12         A.      I couldn't even give you numbers.

13         Q.      Any officer ever get assaulted on

14   the back streets, to your knowledge, while

15   you were on duty?

16         A.      No.

17         Q.      What were the back streets?

18   Without looking at a map of Ocean Beach,

19   describe for me what the back streets are.

20         A.      From midway south.

21         Q.      How many blocks are we talking

22   about?

23         A.      It's approximately eight blocks

24   and nine blocks.

25         Q.      And were there lights on the back

                              E. Carter

2   streets?

3        A.      No.

4        Q.      Did you have a flashlight?

5        A.      Yeah.

6        Q.      Okay.  Any other instance that

7   you recall Hesse ridiculing you for making a

8   complaint?

9        A.      Just what you heard secondhand,

10  not firsthand.

11       Q.      Ridicule -- okay.  So what did --

12  what did you hear that Hesse said about you

13  that you believe was ridicule after you made

14  a complaint?

15       A.      "Carter's bitching he's got to

16  clean the station."  You know, "too bad."

17  "He's bitching.  He's got to clean up after

18  you guys."

19       Q.      Okay.  Anything else?

20       A.      Not that I recall at this time.

21       Q.      Did Hesse ever undermine your

22  authority in front of a civilian?

23       A.      Yes.

24       Q.      When was the first time he did

25  this?

1                    E. Carter

2        A.      Jimmy Bets.

3        Q.      Okay.  So that was -- that was

4    2005?

5        A.      Yes.

6        Q.      And how did he undermine your

7    authority?

8        A.      He made me give him back his

9    license and had him ride off with the

10   bicycle.

11       Q.      Was that the first time Hesse

12   ever undermined your authority in front of a

13   civilian?

14       A.      That I recall, yes.

15       Q.      Okay.  58, 59 and 60, do you have

16   any personal knowledge of any of these

17   allegations?

18       A.      60.  Um, 60.

19       Q.      What -- what about 60 do you have

20   personal knowledge of?

21       A.      I helped Frank Fiorillo and a

22   dock master bring a file cabinet upstairs

23   from the north cellar of the police station.

24       Q.      From the what?

25       A.      North cellar of the police

1                    E. Carter

2    station, and secure it in the small bedroom

3    to the left.

4         Q.    Was this before or after

5    Mr. Bosetti alleged threw the file cabinet

6    into the Great South Bay?

7         A.    Prior.

8         Q.    Okay.  Did you ever see -- did

9    you witness Bosetti throw the file cabinet

10   into the Great South Bay?

11        A.    No.

12        Q.    So your only knowledge about

13   what's alleged in paragraph 60 is the fact

14   that you helped bring the file cabinet up

15   from the basement?

16        A.    Well, from the police station.

17        Q.    From the police station.

18        A.    Prior to the incident which had

19   the police tapes in it.

20        Q.    Okay.  How about 61 and 62, do

21   you have any personal knowledge of anything

22   that's been alleged in 61 and 62?

23        A.    61?

24        Q.    Um-hum.

25        A.    I was there 61.

1                    E. Carter

2          Q.     You were where in 61?

3          A.     I saw Frank stand at the corner

4     of Denhoff and Bay Walk and he told me he

5     was ordered to be there.

6          Q.     Okay.  So you were told by

7     Mr. Fiorillo what Mr. Hesse allegedly said

8     to him?

9          A.     Hesse stated to me prior to that

10    that he was -- he was actually pissed off at

11    Frank because he told him to wash the cars,

12    the truck, and Frank told him no, he had

13    done it the night before and there's other

14    guys in the police department that -- again,

15    this is coming from Hesse -- that he didn't

16    think it was fair for him to keep having to

17    do it.

18         Q.     Did you complain to Hesse -- did

19    you complain to Paridiso about anything in

20    61 and 62?

21         A.     Nothing -- had nothing really to

22    do with me.  No.

23         Q.     So -- and it would be fair to say

24    you didn't complain to anybody else about

25    what took place in 61 and 62, correct?

1                           E. Carter

2          A.      Correct.

3          Q.      Okay.  Now you were not in the

4    bar during the alleged Halloween incident,

5    correct?

6          A.      Correct.

7          Q.      And you were not part of any

8    investigation into the Halloween incident,

9    correct?

10         A.      Except what was put on the blog,

11   correct.  That I did official misconduct.

12   Falsified paperwork.

13         Q.      Putting aside what someone may

14   have said on the blog, you were not involved

15   in any of investigative aspect of the

16   Halloween incident, were you?

17         A.      No.  I just had firsthand

18   knowledge what George told me.

19         Q.      Other than what George told you,

20   George didn't ask you to investigate the

21   incident, did he?

22         A.      No.

23         Q.      Paridiso didn't ask you to

24   investigate?

25         A.      No.

1                          E. Carter

2          Q.     No one asked you to investigate?

3          A.     No.

4          Q.     And you didn't witness it?

5          A.     No.

6          Q.     So any information you would have

7     about the Halloween incident would not come

8     from your own personal -- your own personal

9     involvement, correct?

10         A.     Except --

11         Q.     Other than -- except other than

12    what Hesse would have told you?

13         A.     Correct.

14         Q.     Okay.  Let's go to paragraph 71.

15         A.     (Reviewing).

16         Q.     Well, actually, 75.  I'm sorry.

17         A.     I'm sorry, 75?

18         Q.     Yes.

19         A.     (Reviewing).

20         Q.     When did Hesse advise you that he

21    thought Snyder's report was a piece of shit?

22                MR. GOODSTADT:    Just make sure

23         you read it before you answer it,

24         please.

25         Q.     Just read it for one second and

1                      E. Carter

2    then tell me.  Are you done?

3         A.     Yes, sir.  After the incident

4    occurred, I was relieving Hesse on Sunday

5    and Mondays.  The exact date I can't tell

6    you.  But he held a piece of paper similar

7    to this and said, "Carter, see this?  See

8    this piece of shit?  This is a piece of

9    shit."  He goes -- I looked at him.  He

10   says, "They're fucking cops."  I said, "What

11   are you talking about?"  He goes, "They're

12   fucking cops.  My stomach's got knots in it.

13   They're fucking cops.  They should have took

14   care of them and they're fucking cops." I

15   was like, "George what are you talking

16   about?"  And it was a couple -- Tom Snyder's

17   statement that George asked him to write.

18   It was basically a 2042, that internal

19   correspondence.

20        Q.     About the Halloween incident?

21        A.     Yes.

22        Q.     Did you ever look at Snyder's

23   statement prior to Hesse waving it in your

24   face and making the statement that he did?

25        A.     No.

1                        E. Carter

2          Q.      Did you ever look at Snyder's

3    statement after Hesse waved it in your face

4    and said what he said?

5          A.      I might have seen it in

6    discovery, but that would have been it.

7          Q.      Right.  When I say -- I mean

8    before April 2, 2006?

9          A.      No.

10         Q.      Did you inquire with Hesse as to

11   what he meant when he said that "this was a

12   piece of shit"?

13         A.      Yeah.  I had said to him, you

14   know, "What are you talking about?"  He

15   said, "This -- this is bullshit.  You know,

16   it's crap.  I got knots in my stomach.

17   They're fucking" -- he was really enraged.

18   It was at the checkpoint, the lighthouse.

19   And you know, I never -- I told him, I said,

20   "I never read it."  So he said, "This

21   isn't -- this isn't what happened."  I don't

22   know.

23         Q.      Did he tell you -- did you ask --

24   did you say anything else to Hesse?

25         A.      At that time, no.  He was waiting

1                    E. Carter

2     for Ann, the court clerk, to come in to

3     drive her in.

4          Q.     How about after this evening, did

5     you say anything to Hesse about Snyder's

6     report concerning the Halloween incident?

7          A.     Snyder's report, no.

8          Q.     Okay.  Well, that was the report

9     he was calling a piece of shit, right?

10         A.     Yes.

11         Q.     94, page 22.

12         A.     (Reviewing).

13         Q.     Did Hesse make the statement

14    concerning a kinder and gentler police

15    department to you?

16         A.     No.

17         Q.     Were you in his presence when he

18    made this statement?

19         A.     I actually read this statement in

20    a local newspaper.  I believe the Fire

21    Island News.

22         Q.     So other than what you may have

23    read, you have no personal knowledge as to

24    Hesse's alleged statement set forth in

25    paragraph 94, right?

1                        E. Carter

2          A.      Yes.

3          Q.      Okay.  Did you make any

4    complaints -- well, withdrawn.  95.  Did

5    anyone at the meeting  -- well, who, if

6    anyone, at the meeting, at the April 2, 2006

7    meeting advised you that Hesse said about

8    you specifically that you were a rat?

9          A.      My belief is he told everybody

10   about by wearing a wire, I'm a rat.

11         Q.      No.  But who told you  -- you

12   weren't at that meeting?

13         A.      No.

14         Q.      So who told you, if anyone, that

15   Hesse called you specifically a rat?

16         A.      That I was going to wear the

17   wire?  That would have been through Chris

18   Moran.  Otherwise --

19         Q.      Did Chris Moran ever advise you

20   that Hesse said, in Moran's presence, that

21   you, Ed Carter, was a rat?

22         A.      No.  I was accused of being a

23   civil service rat previously, but no.

24         Q.      Who accused you of being a civil

25   service rat?

362

1                         E. Carter

2        A.        Ty Bacon.  Rich Bosetti.  Gary

3  Bosetti.  Several of the uncertified

4  officers.

5        Q.        When did they first accuse you of

6  being a civil service rat?

7        A.        2004.

8        Q.        Okay.  And how many times did

9  they call you a rat, a civil service rat?

10       A.        Oh, it continued up until we

11  left.  I was -- 2005 I actually wound up

12  helping George Hesse trying to get the guys

13  certified to end it to show that, you know,

14  I wasn't.  Got a copy of the applicant

15  packet from Quogue Police Department from

16  Police Officer Friun that I went to the

17  academy with back in '91, because they were

18  trying to take the background and the

19  pre-polygraph questions from the Suffolk

20  County Police, which was knocking several

21  officers throughout Ocean Beach and all the

22  other towns and villages out, and they were

23  going to do their own background and

24  pre-polygraph questions.

25  MO           MR. NOVIKOFF:    Motion to

363

```
 1                      E. Carter
 2          strike.
 3          Q.      How many times were you accused
 4   by these uncertified officers of being a
 5   civil service rat?
 6          A.      Ty Bacon, at least three times.
 7   Rich and Gary Bosetti in my presence, two to
 8   three times.  Bill Embreui, one time.
 9          Q.      All starting in 2004?
10          A.      2004 and going into 2005, yes.
11          Q.      Right.  And did George Hesse ever
12   call you a civil service rat?
13          A.      George Hesse said to me -- did he
14   call it to my face?  No.
15          Q.      That's what I'm saying.  Did
16   George Hesse ever call you, to your face, a
17   civil service rat?
18          A.      No.
19          Q.      Did anyone ever tell you, prior
20   to April 2, 2006, that George Hesse called
21   you a civil service rat?
22          A.      No.
23          Q.      Now when did George Hesse ask you
24   to help out with getting uncertified
25   officers to be certified?
```

1                        E. Carter

2               MR. GOODSTADT:      Objection.

3               MR. NOVIKOFF:    Well, withdrawn.

4          Q.      Did George Hesse ever ask you to

5     assist him in trying to get uncertified

6     officers to become certified?

7          A.      No.

8          Q.      What involvement, if any, did you

9     have with George Hesse with regard to trying

10    to get uncertified officers to become

11    certified?

12         A.      What happened was by me being

13    called a civil service rat -- which I

14    wasn't, I never contacted civil service -- I

15    told George -- George was going through --

16    he was trying to find pre-polygraph

17    questions on the computer one day when I was

18    working with him, and I said I had a friend

19    who was the applicant investigator out at

20    Quogue Police Department, and I called Mike

21    and he faxed me that paperwork.

22              MR. NOVIKOFF:    Okay.  Just give

23         me a couple minutes.  Maybe we're --

24         maybe I'm done with this aspect of it.

25              THE VIDEOGRAPHER:    The time is

```
 1                    E. Carter
 2        4:58 p.m.  Going off the record.
 3              (A break was taken.)
 4              THE VIDEOGRAPHER:    Time is 4:59
 5        p.m.  Back on the record.
 6        Q.    Sir, I showed you a few emails
 7   today concerning communications by and
 8   between you and the other Plaintiffs in this
 9   action, do you recall that?
10        A.    Yes.
11        Q.    Since April 2, 2006, have you
12   communicated with the Plaintiffs via email,
13   other than what I've showed you today?
14        A.    No, sir.
15        Q.    So these would have been -- to
16   your knowledge, these would have been the
17   only emails that exist between you and the
18   other Plaintiffs concerning the subject
19   matter of this lawsuit?
20        A.    Without going through my lawyer,
21   yes.
22        Q.    What do you mean without going
23   through your lawyer?
24        A.    I would have possibly emailed
25   stuff to my lawyer.
```

```
 1                    E. Carter
 2        Q.    Yeah.  I'm not interested in what
 3   you may have emailed your lawyer.  I'm
 4   talking about specifically between you and
 5   any of the other Plaintiffs, without any
 6   copies to your lawyers.
 7        A.    Yes.
 8        Q.    Have you emailed them concerning
 9   the subject of this lawsuit after April 2,
10   2006, other than what I showed you?
11        A.    Not to my knowledge, no.
12        Q.    And do you have any documents in
13   your possession, custody or control that
14   would refresh your recollection?
15        A.    No.
16        Q.    Do you maintain the same computer
17   today as you did on April 2, 2006?
18        A.    Yes.
19              MR. NOVIKOFF:    I have nothing
20        further.
21   EXAMINATION BY
22   MS. ZWILLING:
23              MS. ZWILLING:    Good afternoon.
24        As I mentioned earlier, I represent the
25        Suffolk County Defendants.  My name is
```

```
 1                    E. Carter

 2         Arlene Zwilling.  I have just a few

 3         questions for you and I promise we'll

 4         get you out of here as soon as

 5         possible.

 6         Q.     You made some references to

 7    checkpoints.  Can you explain what those

 8    checkpoints are?

 9         A.     It's the lighthouse, Fire Island

10    lighthouse on Ocean Beach.  Actually, it's

11    actually in Kismet on -- when you first come

12    off Robert Moses field five off the paved

13    part of the roadway, there's a lighthouse

14    there.

15         Q.     Would that be the area where

16    people park their cars to get access to the

17    rest of the Island?

18         A.     Only police officers, members of

19    Fire Island FINS.  I don't know if the

20    Suffolk County Police use that as a

21    checkpoint either.  And it's controlled by a

22    gate.

23         Q.     Did you attend the Suffolk County

24    police academy?

25         A.     Yes.
```

```
 1                        E. Carter
 2        Q.     When?
 3        A.     January 1991 to June 1991.
 4        Q.     And was your class composed only
 5   of Ocean Beach police officers or were there
 6   recruits of other departments in the class
 7   as well?
 8        A.     Recruits of other departments in
 9   the class.
10        Q.     How many recruits were in the
11   class?
12        A.     Approximately, we started out
13   with 52 to 57.  We graduated approximately
14   30 to 31.
15        Q.     Now you mentioned that you may
16   have seen a picture of Alison Sanchez.
17   Where is it you believe you saw her photo?
18        A.     In a local paper, like the Fire
19   Island  -- not the Fire Island -- excuse me.
20   The Suffolk County News.
21        Q.     Do you know which Suffolk County
22   local newspaper it was?
23        A.     The -- that's what I believe it's
24   called.  The one they send you -- they used
25   to send you for free.  They stopped sending
```

369

```
 1                          E. Carter
 2      you.
 3           Q.      Would it be Suffolk Life?
 4           A.      Suffolk Life.  I'm sorry.
 5           Q.      And was her photo in the Suffolk
 6      Life in conjunction with some sort of
 7      article?
 8           A.      There was a photo of her and her
 9      partner.
10           Q.      And what was her partner's name?
11           A.      I don't recall.
12           Q.      Do you recall the gender of her
13      partner?
14           A.      It was a female.
15           Q.      Do you know if Alison Sanchez is
16      presently married?
17           A.      No, I don't.  According to that
18      article -- I don't know.  No.  At this time,
19      no.
20           Q.      What prosecutor from the Suffolk
21      County District Attorney's office did you
22      have contact with?
23           A.      The prosecutors?
24           Q.      Yes.
25           A.      The -- Ray Tierney and
```

1                    E. Carter

2    Biancavilla I believe his name.

3    Biancavilla.  I don't know if that's the

4    correct name.  The prosecutor that's

5    handling the case now with Ocean Beach.

6            Q.    Have you ever been to the Suffolk

7    County Civil Service Department on any

8    occasion?

9            A.    Yes.

10           Q.    On how many occasions have you

11   been there?

12           A.    Approximately three.

13           Q.    And can you tell me when those

14   occasions were?

15           A.    One I know of was in 2005 when I

16   was inquiring about the park ranger three

17   test.  When it was last given and if there

18   was a list.  The other time was to file for

19   the park ranger one test.

20           Q.    When was that?

21           A.    Approximately -- the year would

22   have been -- I was appointed in 1989.

23   Approximately '87 maybe.  '88.  And the

24   third time would have been to just pick up

25   the brochure.  I walked in and walked out

                              E. Carter

1

2    back in the mid '90s.

3         Q.     Did you ever discuss  --

4         A.     I'm sorry.  Also, I took my oral

5    psychologicals there.

6         Q.     When was that?

7         A.     For the park ranger, it would

8    have been approximately 19 -- I was

9    appointed in 1989.

10        Q.     At any time, have you ever

11   discussed any matters concerning the Ocean

12   Beach Police Department with anyone from the

13   Suffolk County Civil Service Department,

14   either in person or over the phone?

15        A.     No.

16        Q.     Have you ever exchanged

17   correspondence, either hardcopy or email,

18   with anyone from the Suffolk County Civil

19   Service Department in connection with Ocean

20   Beach Police Department matters?

21        A.     No.

22        Q.     Have you ever had a conversation

23   with Alison Sanchez, either in person or

24   over the telephone?

25        A.     Not that I'm aware of.

```
 1                    E. Carter
 2        Q.      Have you ever exchanged any
 3   correspondence, either hardcopy or email,
 4   with Alison Sanchez about any matter?
 5        A.      No.
 6        Q.      To the best of your knowledge,
 7   have you ever observed George Hesse in the
 8   presence of Alison Sanchez?
 9        A.      Observed him, no.
10        Q.      Did George Hesse ever tell you
11   that he had any type of sexual encounter or
12   relationship with Alison Sanchez?
13        A.      He told several officers one
14   night in the station, in the summer of 2005
15   when he was taking care of the civil service
16   uncertifieds, he had said that he had taken
17   her out to lunch a couple times, and I
18   believe her name was Alison Chester.
19        Q.      Were you present when he made
20   these statements?
21        A.      Yes.
22        Q.      What exactly did he say at the
23   time?
24        A.      He said, "You guys got nothing to
25   worry about," talking to the officers that
```

1                    E. Carter

2    were in the room.  That "I have a friend at

3    civil service.  I've taken out -- I took her

4    out to lunch the other day.  We got

5    everything squared away, and you guys have

6    no problem.  We're going to be taking over

7    the applicant investigations," and Arnold

8    Hardman looked at George and he said,

9    "George, you're banging her, aren't ya," and

10   George looked at him and laughed.  And he

11   said, "Yeah.  I'd like to get her partner,

12   too."  And with that, you know, I just

13   looked at George like "you're -- you're

14   fucked up," and I walked out of the room.

15        Q.    Is that what you said to him at

16   the time?

17        A.    I mumbled it to myself as I

18   walked out of the room.

19        Q.    And did George Hesse ever state

20   in your presence at any other time that he

21   had sexual relations with Alison Sanchez?

22        A.    No.

23        Q.    Did anyone else ever state to you

24   that George Hesse had had sexual relations

25   with Alison Sanchez?

1                      E. Carter

2          A.      No.

3                  MS. ZWILLING:    No further

4      questions.

5                  MR. GOODSTADT:    This is George

6      Hesse's lawyer.

7      EXAMINATION BY

8      MR. CONNOLLY:

9          Q.      Mr. Carter, how would town

10     employees or police officers with Ocean

11     Beach access the Island?

12         A.      There was two ways; either by

13     boat, the ferry or we would go across the

14     Robert Moses Causeway.

15         Q.      And at that point, you would park

16     your vehicle at the Fire Island Lighthouse,

17     the checkpoint?

18         A.      Yes.

19         Q.      And how would you get from the

20     checkpoint to the village?

21         A.      In -- normally, if the --

22     hopefully the truck was up and running, you

23     went by truck or water taxi, or you -- a

24     couple guys a few times had to drive their

25     own vehicles in.

375

```
1                        E. Carter
2          Q.      And, similarly, how would you get
3     from the village back to the checkpoint?
4          A.      The same way.
5          Q.      Did any officers ever pick you up
6     at the checkpoint?
7          A.      To drive me into work, yes.
8          Q.      Okay.  And did any officer ever
9     take you from the village to the checkpoint?
10         A.      Yes.
11         Q.      And were those officers on duty
12    when they did that?
13         A.      Yes.  As far as I know, yes.
14         Q.      Back when you took the
15    examination for park ranger three, did any
16    other Town of Islip employees take the test?
17         A.      Yes.
18         Q.      And to your knowledge, what was
19    the passing grade?
20                 MR. GOODSTADT:    Objection.
21         A.      I don't know.  I couldn't answer
22    that.
23         Q.      Did you ever learn of the scores
24    of any of the other individuals from the
25    Town of Islip as to that exam?
```

1                    E. Carter

2         A.     The actual score, no.  I know one

3    other person failed it.

4         Q.     And how many people took it?

5         A.     There was only two able to take

6    it in Islip and two in Smithtown.

7         Q.     Have you ever spoken to any

8    attorneys or investigators, other than your

9    attorneys in this case or the Suffolk County

10   DA attorneys, regarding either the Gilbert

11   incident or any of the allegations contained

12   in your complaint?

13             MR. GOODSTADT:     Objection.  To

14        the extent that you were seeking legal

15        advice from any attorneys, that should

16        be included in the group of attorneys

17        that you're not to testify to.

18             MR. NOVIKOFF:     I think he can

19        answer if he's ever spoken to them as

20        opposed to what he said to them.

21             MR. CONNOLLY:     My question

22        doesn't mean anybody in connection with

23        this case.

24             MR. GOODSTADT:     Or any of his

25        lawyers in connection with anything, or

1                    E. Carter

2          any lawyer that he's gone to seek legal

3          advice from is privileged.  It doesn't

4          matter if it's not in connection with

5          this lawsuit.

6               MR. CONNOLLY:    Fine.  I'm not

7          asking what he spoke to -- I'm not

8          concerned about any advice you may have

9          been seeking.

10          Q.    I'm concerned has anyone ever

11     approached you and asked you questions

12     regarding those incidents or those claims?

13               MR. GOODSTADT:    Objection.

14          Same instruction.

15               MR. NOVIKOFF:    I oppose that

16          objection.  I think if the question is

17          has any attorney approached you to

18          discuss with you X, Y and Z, that's a

19          legitimate question.  If the question

20          is what did these attorneys say to you

21          in this conversation, then I think that

22          is certainly protected.

23               MR. GOODSTADT:    Well, I would

24          disagree.  If you were to ask has any

25          attorney that you've never sought legal

1                    E. Carter

2        advice from or represented you, I agree

3        with that.  But --

4            MR. NOVIKOFF:    Okay.

5            MR. GOODSTADT:    But just so you

6        know for the record, any topic that

7        he's ever spoken with a lawyer,

8        regardless of telling the extent of

9        what was discussed, that's still

10       privileged.  Yes, we discussed the

11       Gilbert incident.  That's privileged.

12           MR. NOVIKOFF:    I think the

13       question -- and tell me if I'm wrong,

14       Kevin -- I think the question that's

15       being posed is, for example, has

16       Gilbert's attorney approached you to

17       discuss anything involving the Gilbert

18       case, and if the answer is yes, then

19       certainly the next question would go

20       into what did Gilbert's attorney say,

21       because there's no attorney/client

22       privilege there.

23           MR. GOODSTADT:    That's assuming

24       there's no attorney/client privilege.

25           MR. NOVIKOFF:    That's assuming,

```
1                        E. Carter
2         right.
3         Q.    Has any attorneys approached you
4    to question you or get information from you
5    regarding the Gilbert matter?
6              MR. GOODSTADT:    Again, same
7         instruction.
8         A.    Can I answer?
9              MR. GOODSTADT:    To the extent
10        that it's not a lawyer that you have
11        sought legal advice from or who has
12        represented you in any matter, then the
13        answer is you can answer.
14        A.    No.
15             MR. CONNOLLY:    I have no
16        further questions.  Thank you.
17             MR. GOODSTADT:    I don't have
18        any questions.
19             (Continued on next page for
20        jurat.)
21
22
23
24
25
```

1                    E. Carter

2              THE VIDEOGRAPHER:     This

3         completes today's deposition for Edward

4         Carter on September 16, 2008.  The time

5         is 5:12 p.m. and we are off the record.

6

7                    _____

8                    THOMAS  SNYDER

9

10   Subscribed and sworn to

11   before me this  _____  day

12   of  _____  2008.

13

14   _____

15        NOTARY PUBLIC

16

17

18

19

20

21

22

23

24

25

381

1

2                         INDEX TO EXHIBITS

3      CARTER                                         PAGE

4      1     Notice of Claim.                         22

5      2     Document Bates stamped 9270.             99

6      3     Internal correspondence dated

7            December 6, 2005.                        120

8      4     Internal correspondence dated

9            January 23, 2006.                        124

10     5     Email dated 5/15/06.                     162

11     6     Suffolk County Civil Service

12           Eligible List.                           181

13     7     Letter to Mr. Carter dated September

14           8, 2006.                                 200

15     8     Email dated 3/23/07.                     265

16     9     Email dated 3/30/2007.                   267

17     10    Document Bates stamped 000284

18           through 000383.                          268

19                  .

20                         INDEX TO INSERTS       PAGE

21     The date Mr. Carter retained

22           Mr. Goodstadt's law firm to

23           represent him.                           105

24

25

1

2

3                           I N D E X                    PAGE

4    RQ(s)

5    Production of Mr. Carter's driver's

6        license.                                  101

7    Production of copies of all pictures in

8        Mr. Carter's custody, possession or

9        control that would show what his

10       hair looked like prior to 2005,

11       going back to when he was 21.        101

12

13   DI (Pages) 25, 71, 249

14

15   RL (Pages) 24

16

17   MO (Pages) 12, 45, 113, 132, 137, 213, 225,

18   227, 230, 263, 326, 362

19                        .

20   EXAMINATION BY

21       MR. NOVIKOFF:        6

22       MS. ZWILLING:      366

23       MR. CONNOLLY:      374

24

25

```
 1
 2                                    C E R T I F I C A T I O N
 3
 4
 5              I, Edward Leto, a Notary Public
 6    in and for the State of New York, do hereby
 7    certify:
 8              THAT the witness(es) whose
 9    testimony is herein before set forth, was
10    duly sworn by me; and
11              THAT the within transcript is a
12    true and accurate record of the testimony
13    given by said witness(es).
14              I further certify that I am not
15    related either by blood or marriage, to any
16    of the parties to this action; and
17              THAT I am in no way interested in
18    the outcome of this matter.
19              IN WITNESS WHEREOF, I have
20    hereunto set my hand this 28th day of
21    September, 2008.
22
23
24    -----------------------------------------
25              EDWARD LETO
```

```
 1
 2                        ERRATA SHEET.
 3         I wish to make the following changes,
 4    for the following reasons:
 5    PAGE LINE
 6    ____ ___CHANGE:_____
 7             REASON:_____
 8    ____ ___CHANGE:_____
 9             REASON:_____
10    ____ ___CHANGE:_____
11             REASON:_____
12    ____ ___CHANGE:_____
13             REASON:_____
14    ____ ___CHANGE:_____
15             REASON:_____
16    ____ ___CHANGE:_____
17             REASON:_____
18    ____ ___CHANGE:_____
19             REASON:_____
20    ____ ___CHANGE:_____
21             REASON:_____
22    ____ ___CHANGE:_____
23             REASON:_____
24    ____ ___CHANGE:_____
25             REASON:_____
```

EDWARD CARTER-FRANK FIORILLO   v.
INCORPORATED VILLAGE OF OCEAN BEACH

EDWARD CARTER
September 16, 2008

## O

**000284** 268:20, 24
**000383** 268:25
**05** 122:12; 195:3, 6; 254:25; 343:15
**06** 145:16; 195:3; 254:25; 262:13; 278:25; 288:2
**06-5603-30** 181:25
**07** 217:14; 296:23
**07-civ-1215(SJF)(ETB** 4:10
**08** 217:15, 15

## 1

**10** 151:6, 8; 282:7
**100** 89:11; 133:2, 4; 207:5; 242:4; 266:9, 13; 267:24; 326:11
**109** 206:22, 23; 228:15, 18; 229:5; 236:6; 251:5
**10:00** 5:13
**10:45** 65:24
**10:55** 66:4
**110** 256:15; 257:6
**110's** 257:7
**113** 257:13; 259:4
**114** 261:17
**11706** 6:3
**11:30** 319:23
**11:54** 133:24
**12** 126:17; 127:12; 197:3, 5, 15, 23; 245:14; 264:13; 265:13; 328:24; 330:12; 331:10; 333:9; 334:2, 24; 340:24; 344:15
**12:00** 52:5; 53:25; 54:8; 66:20; 119:5, 10; 306:7, 7; 319:23
**12:00s** 305:23
**12:09** 134:4
**12:29** 158:12
**12:30** 158:9
**13** 281:14; 302:21; 304:12
**14** 126:24; 127:12; 281:14
**15** 122:22; 123:3, 21; 151:8; 161:8; 163:22; 171:19; 172:8; 173:2; 223:2; 230:21, 25; 232:18, 22; 233:6; 234:9, 21; 235:14; 239:6; 282:8
**16** 4:10; 115:11, 13, 17; 232:11
**19** 309:10; 371:8
**1989** 370:22; 371:9
**1991** 27:4, 9; 28:18, 25; 30:13, 23; 68:13; 238:9; 281:12; 303:12, 13, 15, 16; 304:6; 368:3, 3
**1992** 68:16; 303:19, 21
**1993** 68:17; 304:9

**1998** 251:15
**1:15** 158:10
**1:24** 158:15

## 2

**2** 16:13; 18:20; 19:16; 20:9, 19; 21:8; 22:7; 79:16; 84:9, 20, 21; 85:4; 86:21; 87:25; 88:25; 94:3, 16; 96:18; 103:18; 107:21; 108:22, 23; 111:13; 112:5, 14, 19; 113:8, 20; 114:2; 136:6, 16; 137:23; 152:10, 16, 25; 154:19; 155:8; 156:6, 13, 20; 157:13, 18, 21; 158:6, 19, 22; 159:23; 160:4, 9, 12; 195:12, 22; 219:25; 232:13; 234:5; 235:13; 240:17, 22; 244:8, 14; 251:9, 17; 252:22; 253:14; 254:21; 255:10; 256:4, 13; 257:21; 258:2, 6, 11; 259:13, 19; 261:21; 272:3, 4, 6, 9; 273:14; 274:23; 288:5; 297:7, 15; 312:5, 10; 359:8; 361:6; 363:20; 365:11; 366:9, 17
**20** 114:21; 115:15, 16, 16, 24, 25; 119:6; 174:23; 318:20
**2000** 45:19; 79:20; 328:5
**2001** 31:8, 9, 12; 67:25; 114:6; 117:23; 304:10, 10; 305:4; 307:13, 17; 312:5, 9; 349:12; 351:11
**2002** 67:23, 24; 307:19; 308:8, 18
**2003** 35:20; 36:2, 10, 15, 20, 21, 23; 37:13; 39:2, 8; 40:14, 21; 41:6; 42:3; 43:14, 22; 44:8; 64:10, 17; 67:21, 22; 314:11; 316:2, 7; 317:3, 4, 14, 18; 324:5; 328:13; 329:12, 23; 332:2, 13; 334:15; 338:8; 347:6, 9
**2004** 36:13; 44:19; 45:6, 10, 11, 19, 21; 47:5; 48:7; 49:13, 17; 50:22; 64:10, 18; 67:19, 20; 317:21, 23; 318:12, 13; 319:25; 320:16, 22, 23; 321:8, 12, 24; 322:7, 25; 323:4, 22; 324:5; 329:6, 12, 23; 332:10, 11, 12, 16; 333:15; 334:9; 338:6; 347:16; 362:7; 363:9, 10
**2005** 51:4, 13; 63:2, 4, 5, 15, 24; 64:10, 21; 65:2; 67:11; 68:6, 24; 69:3, 16; 77:21; 99:18, 20; 100:6, 21; 101:2, 23; 102:6; 120:3, 8, 20; 121:11, 24; 123:2, 14, 16; 148:2; 151:5; 157:5; 280:6; 295:23, 25; 323:6, 8, 23, 25; 324:22; 325:3; 326:18, 22; 327:25; 328:10, 12; 329:9, 12; 330:20; 332:11,

**19**, 22; 336:21, 21; 337:18, 20, 21; 338:11, 12, 14; 339:3; 340:5; 341:11; 344:20; 348:8; 353:4; 362:11; 363:10; 370:15; 372:14
**2006** 13:19, 24; 14:4, 12, 16, 18; 15:13; 19:16; 20:9, 20; 21:13, 23; 22:7; 23:24; 62:17, 20, 22; 63:4; 69:22; 79:2, 5, 7, 16, 16, 21; 84:9, 20; 86:20, 21; 87:25; 88:9, 25; 96:25; 97:20; 103:18, 21, 25; 104:4, 7; 105:16; 108:23; 112:14, 19; 113:8, 21; 114:2; 122:22; 123:3; 124:16, 22; 126:17; 127:13, 22; 129:24, 25; 130:12, 17; 131:2, 6, 19; 132:10, 21; 136:6, 16; 137:24; 139:24; 149:2; 152:10, 17, 25; 154:20; 155:8; 156:6, 13, 20; 157:13, 18, 21; 158:6, 19, 22; 159:23; 160:4, 9, 12; 162:16; 163:22; 171:19; 172:8; 173:2, 19; 185:12; 186:3; 194:6; 195:12, 22; 200:17, 21; 201:21; 203:16; 204:12; 215:15, 16; 216:21; 217:8; 218:25; 219:25, 25; 231:15; 232:11; 233:7; 234:5, 17, 21; 237:22; 240:10, 11, 20, 22; 244:8; 251:9, 17; 252:22; 253:14; 254:21; 255:10; 256:4, 13; 257:21; 258:2, 6, 11; 259:13, 19; 261:21; 272:3, 4, 6, 9; 273:14; 274:23; 279:19; 297:7, 15; 312:5, 10; 328:5; 359:8; 361:6; 363:20; 365:11; 366:10, 17
**2007** 12:18; 13:16; 79:23; 81:15; 162:14; 186:17, 18, 19; 189:20; 190:15; 191:12; 192:5; 193:6, 24; 194:8; 234:21; 244:23; 267:20; 293:22, 22
**2008** 4:11; 12:15; 97:2; 189:23
**2014** 124:2
**2042** 117:2, 6, 24; 124:3, 4; 150:4; 358:18
**21** 79:22; 81:15; 102:7; 244:23
**22** 360:11
**23** 124:16, 22; 127:22
**24** 218:12
**25** 206:22
**26** 312:24
**27** 162:13, 16
**28** 286:20
**284** 269:7, 12, 21, 25
**287** 269:16, 20, 25
**28th** 277:14
**291** 270:3, 5

**19**, 21; 336:21, 21; 337:18, 20, 21; 338:11, 12, 14; 339:3; 340:5; 341:11; 344:20; 348:8; 353:4; 362:11; 363:10; 370:15; 372:14
**2:00** 119:10; 294:18
**2:01** 202:11
**2:11** 202:14
**2:30** 294:18
**2:59** 258:22; 259:2
**2nd** 235:14

## 3

**3/23/07** 265:24
**3/30/2007** 267:3
**30** 23:23; 79:16, 21; 96:25; 97:20; 104:4, 7; 240:11, 20; 267:20; 318:21; 368:14
**31** 368:14
**36** 313:17, 17; 314:3, 24
**382** 268:20
**383** 268:20
**3:00** 54:17; 57:5; 66:20
**3:09** 268:11
**3:22** 268:15
**3:30** 52:16; 54:17

## 4

**4** 326:14
**40** 28:11; 30:9; 114:18; 115:16, 19; 116:14
**41** 331:18
**416** 269:25
**42** 98:9, 18, 19, 21; 117:2
**43** 98:6, 11
**4:00** 52:16; 54:11; 56:11; 119:5, 9, 11; 305:22; 306:7, 9
**4:19** 335:12
**4:30** 335:16
**4:58** 365:2
**4:59** 365:4
**4th** 325:13

## 5

**5/15/06** 162:19
**50** 57:9
**51** 335:19; 341:6
**52** 368:13
**54** 345:4, 5, 10
**55** 6:2
**57** 347:19; 368:13
**58** 353:15
**59** 353:15
**5:00** 119:12; 315:6

## 6

**6** 120:3, 7, 20; 121:7, 24; 123:2; 129:23, 24, 25; 130:12, 17, 25; 131:6, 19; 132:10, 21; 203:16;

**204**:12; 288:6
**60** 353:15, 18, 18, 19; 354:13
**61** 354:20, 22, 23, 25; 355:2, 20, 25
**62** 354:20, 22; 355:20, 25
**6:00** 119:10

## 7

**71** 357:14
**75** 182:4; 357:16, 17

## 8

**8** 184:6, 7, 9; 200:17, 21; 201:20
**87** 370:23
**88** 370:23
**8:00** 52:5; 53:25; 89:17, 18; 119:11, 13

## 9

**9** 126:17
**9/16/08** 22:14; 99:9; 120:5; 124:18; 162:21; 181:18; 200:19; 266:2; 267:5; 269:3
**90s** 371:2
**91** 68:22; 238:9; 281:12; 304:7; 362:17
**92** 281:12, 12; 304:7
**9270** 99:4, 7
**93** 68:22; 303:22; 304:7
**94** 360:11, 25
**95** 361:4
**9:00** 119:5, 12
**9:30** 5:11
**9:52** 4:11

## A

**a.m** 4:11; 65:25; 66:5; 133:25
**abandon** 84:7
**abandoned** 84:5; 238:13, 19, 21; 331:21
**abandoning** 239:16
**ability** 88:24; 229:23; 230:3, 6; 236:7
**abject** 302:9
**able** 241:2; 253:6; 254:3; 376:5
**above** 188:5
**Absolutely** 148:23; 200:5; 301:13, 18, 22
**academy** 31:14; 362:17; 367:24
**accepted** 242:23; 243:16
**access** 196:4; 367:16;

374:11

**according** 126:13;
138:16; 164:7; 168:9;
186:2; 195:5; 220:24;
231:20; 232:9, 17; 234:5;
245:10; 271:21; 369:17

**account** 310:9

**accuracy** 24:16; 205:20

**Accurate** 206:25; 207:5

**accusation** 249:19

**accuse** 362:5

**accused** 361:22, 24;
363:3

**accusing** 249:4, 17

**across** 294:25; 295:9;
374:13

**action** 90:16; 313:5;
365:9

**actions** 76:14; 77:2;
309:12, 14; 310:6, 19

**acts** 89:25

**actual** 376:2

**actually** 75:20; 106:21;
125:2; 131:6; 169:3;
174:15; 178:13; 285:15;
298:16; 325:4; 350:3;
355:10; 357:16; 360:19;
362:11; 367:10, 11

**ADA** 225:12

**added** 139:3; 293:23

**addition** 247:6

**address** 5:25; 13:4

**admit** 138:4; 157:4; 276:6

**adverse** 90:16

**adversely** 246:15

**advice** 103:12; 376:15;
377:3, 8; 378:2; 379:11

**advise** 8:4; 20:17; 22:17;
25:2; 35:8; 48:9; 86:24;
105:21; 119:20; 123:7;
127:14; 146:16; 152:9;
159:17, 20, 24; 179:10, 12;
193:14, 15; 194:14;
211:10; 213:12; 219:8;
239:15; 244:11; 277:25;
278:4; 280:21; 281:17;
291:12, 20; 292:2; 297:4;
299:8; 340:22; 344:4, 7;
345:5; 346:16; 357:20;
361:19

**advised** 14:20; 131:16;
132:6; 142:6; 162:10;
177:22; 191:16; 195:13,
19; 207:24; 223:12;
278:10, 13; 298:21;
299:13; 313:17; 361:7

**advisement** 102:10

**advising** 124:5; 126:14;
220:7; 240:14

**affair** 291:5

**affairs** 288:24; 291:14

**affect** 319:7

**affected** 92:9; 319:6

**affecting** 347:11

**affirmatively** 194:10

**afraid** 58:21; 59:8

**afternoon** 366:23

**Afterwards** 144:16, 16;
208:21; 219:23

**Again** 7:23; 19:2; 39:7;
40:5; 41:4; 42:24; 53:3;
61:11; 65:4; 85:14; 97:19;
136:19; 142:14; 147:6;
150:23; 151:18; 192:13;
194:17; 198:19; 208:20;
215:22; 216:25; 217:2;
218:5; 240:25; 266:13;
267:24; 279:15; 287:9;
291:18; 292:14; 293:23;
296:22; 299:20; 321:18,
25; 322:11, 16; 355:14;
379:6

**against** 56:24; 58:17;
59:14; 90:17; 198:2, 14;
206:13; 246:7; 301:16

**age** 98:18, 21; 342:14

**agencies** 92:20; 247:9

**ago** 85:7, 12; 111:24;
189:14, 15; 191:6

**agree** 29:5; 41:8; 42:6,
24; 64:12; 72:12; 95:8;
100:20; 102:15, 22;
197:20; 198:9; 216:9;
221:17; 223:16; 244:4;
256:22; 269:19; 378:2

**agreement** 104:15

**ahead** 73:25; 232:25

**airport** 141:15, 21;
171:21; 172:2, 4, 7, 21

**al** 4:5, 7; 82:18

**Alan** 74:15; 81:19, 20, 22;
82:7, 10, 12; 83:20;
200:22; 292:8

**Albanese** 55:11

**Albert** 4:12

**alcohol** 39:18; 59:21;
66:18, 22; 68:11; 302:12;
345:16

**Alison** 309:18, 21, 23;
368:16; 369:15; 371:23;
372:4, 8, 12, 18; 373:21,
25

**allegation** 261:7, 10;
306:3, 6, 13; 314:3; 345:9

**allegations** 11:5; 97:15;
163:18; 257:15; 271:22;
277:17, 23; 353:17;
376:11

**allege** 33:19; 95:17;
207:8; 236:6; 307:2;
312:24

**alleged** 130:18; 131:14,
18; 132:9, 21; 133:10;
134:7; 135:3; 137:5;
140:2, 7; 158:24; 195:21;
203:14, 24; 257:13;
271:11; 273:9; 276:24;
278:5, 14, 15; 301:25;
304:12; 313:17; 354:5, 13,
22; 356:4; 360:24

**allegedly** 132:24;
296:21; 297:7, 14; 355:7

**alleging** 32:23

**allowed** 269:4; 298:25

**almost** 268:7

**along** 36:4; 139:12

**always** 29:20; 318:9

**Amato** 275:11; 280:9

**among** 118:11; 256:18;
257:7

**amount** 96:11

**analyst** 312:21, 23

**and/or** 70:16; 199:10

**Andrew** 4:19

**Andy** 337:12

**anguish** 78:12; 95:18;
112:20

**Ann** 360:2

**Anna** 182:19

**annoyed** 112:23

**anonymous** 133:6

**answered** 18:8; 64:14;
146:24; 178:16; 204:25;
205:3; 233:15; 248:22;
291:17; 322:2; 350:9

**anymore** 166:11

**apartment** 341:16, 23;
343:20; 344:23; 345:11

**apologize** 63:5; 304:9, 10

**apparently** 155:17;
157:22, 25; 279:4, 5; 294:8

**appears** 98:14; 120:6;
204:11; 267:18; 269:20

**applicable** 309:16

**applicant** 93:19; 362:14;
364:19; 373:7

**application** 15:11; 173:8;
233:12; 237:10, 12, 16;
238:21

**applied** 14:16; 172:6;
181:6; 233:9

**apply** 15:16, 19; 229:23;
230:3, 7; 234:20; 235:5;
236:7, 8

**applying** 234:20; 236:22

**appointed** 370:22; 371:9

**appointment** 150:16

**approach** 210:14

**approached** 136:25;
280:8; 377:11, 17; 378:16;
379:3

**appropriate** 13:13; 71:23

**approve** 309:4, 7

**approved** 308:2, 5

**approximately** 4:11;
5:13; 36:19; 45:8; 52:3, 16;
54:17; 57:9; 78:25; 84:25;
85:7; 96:11; 106:17;
116:14; 123:12; 151:6;
163:23; 174:23; 189:14;
193:11; 215:8, 14; 217:7;
251:15; 273:16; 277:6, 6;
281:16; 282:7; 283:9;
288:6, 15; 289:9, 9; 291:2;
318:3; 325:16, 17; 328:6,
11; 332:4; 338:13; 351:23;
360:4, 12; 370:12, 21, 23

**April** 16:13; 18:20; 19:16;
20:9, 19; 21:8; 22:7; 79:16;
84:9, 20, 21; 85:4; 86:20,
21; 87:25; 88:25; 94:3, 16;
96:18; 103:18; 107:21;
108:22, 22; 111:13; 112:5,
14, 19; 113:8, 20; 114:2,
25; 116:10; 117:19, 19, 20;
123:14, 16; 124:4; 126:17;
129:23, 24, 25; 130:12, 17,
25; 131:5, 19; 132:10, 21;
136:6, 16; 137:23; 147:15;
152:10, 16, 25; 154:19;
155:8; 156:6, 13, 20;
157:13, 17, 21; 158:6, 19,
22; 159:23; 160:4, 9, 12;
195:12, 22; 203:16;
204:12; 215:14; 216:21;
219:25, 25; 232:13; 234:5;
235:12; 237:22; 240:17,
22; 244:8, 14; 251:9, 17;
252:22; 253:14; 254:21;
255:10; 256:4, 13; 257:21,
25; 258:6, 11; 259:13, 19;
261:21; 272:3, 4, 6, 9;
273:14; 274:23; 278:25;
279:19; 288:2, 5, 6;
289:14, 15; 292:18;
296:23; 297:7, 15; 312:5,
10; 359:8; 361:6; 363:20;
365:11; 366:9, 17

**area** 244:8; 367:15

**Arlene** 5:3; 367:2

**armed** 15:24, 25

**Arnie** 74:16; 157:22;
166:22; 167:7, 10, 14;
168:2, 15; 297:11; 325:18;
326:6

**Arnold** 16:23; 137:24;
138:17, 25; 157:11; 373:7

**around** 31:7; 56:18;
74:12; 82:16; 151:4;
209:2; 218:11; 219:10, 10;
291:24; 294:18; 295:13;
315:9; 322:8; 342:9

**arrested** 208:17; 214:25;
250:17

**arrow** 182:24

**article** 197:16; 264:8;
265:5; 369:7, 18

**ascertained** 70:25;
96:22; 97:2, 18, 21

**aside** 11:23; 66:19, 19;
132:20; 192:4; 356:13

**asleep** 231:24

**aspect** 103:17; 356:15;
364:24

**assaulted** 351:13

**Assaults** 351:8

**assigned** 313:21; 315:7,
19, 22

**assignment** 349:17

**assist** 364:5

**assistant** 91:13; 186:24

**associated** 283:7;
284:17

**association** 4:16

**assumed** 143:15

**assuming** 378:23, 25

**attachment** 268:3

**attend** 196:14; 367:23

**attended** 196:17

**attention** 346:24, 25

**Attorney** 5:5; 7:22; 9:8;
99:12; 137:25; 138:18;
139:2; 149:6; 150:6, 16;
157:12; 182:18; 206:17;
259:22; 261:10; 280:4;
283:23; 284:8; 299:2, 5, 9,
12; 377:17, 25; 378:16, 20

**Attorney's** 16:15; 138:5;
148:5, 6, 11; 149:3, 23;
150:22; 151:10, 18; 152:5;
153:20; 155:15; 157:3;
196:23; 250:18; 284:8;
290:8; 369:21

**attorney/client** 25:7;
378:21, 24

**attorneys** 196:19;
205:12, 17; 376:8, 9, 10,
15, 16; 377:20; 379:3

**attribute** 131:7, 8;
133:11; 152:23, 24

**August** 77:20; 157:5;
184:6; 277:14; 286:20;
296:25; 321:16; 328:11

**author** 130:18; 216:16,
22

**authority** 33:11; 34:24;
72:5; 228:8, 11; 352:22;
353:7, 12

**authorization** 203:8

**authorize** 24:3; 205:11;
240:2

**authorized** 203:13, 24;
204:5, 10, 22; 206:16;
261:9

**authorizing** 24:24;
205:16

**automatically** 91:19

**availability** 118:3;
119:21; 124:6

**available** 118:9; 123:8,
18

**Avenue** 6:3

**average** 28:12

**aware** 7:9; 8:19; 19:6, 6,
8, 11, 12, 14; 22:25; 32:22;
97:5; 119:7; 122:15;
130:6; 140:25; 142:18;
144:9; 145:6; 157:20;
162:9; 178:21; 179:2;
199:22; 204:2, 3; 206:17;
209:12; 219:3; 253:4;
255:25; 257:11, 12; 271:2;
342:15; 371:25

**away** 40:6; 46:18; 82:25;
161:6; 162:2; 164:25;
170:15; 194:23; 250:3;
262:22; 373:5

**awkward** 255:18, 20, 22

# B

**Bachman** 33:17, 18
**back** 30:2; 53:23; 59:16; 65:21; 66:5; 68:24; 94:2; 102:6; 123:14; 125:6; 128:20; 133:8, 21; 134:5; 137:5; 142:12; 147:15; 148:2; 158:15; 161:17; 167:23; 173:4; 178:13; 189:7; 194:5, 17; 195:2; 198:17; 202:8, 15, 22; 213:24; 217:16; 230:14, 16; 238:9, 25; 239:3, 19; 251:14; 259:2; 268:9, 16; 281:12; 284:2; 289:13; 292:14; 295:11; 311:15; 316:18; 322:15; 326:4; 327:11; 335:17; 337:15; 338:23, 24; 348:14, 18, 22; 349:3, 10, 14, 21, 25; 350:6, 9, 16, 20, 22; 351:6, 14, 17, 19, 25; 353:8; 362:17; 365:5; 371:2; 375:3, 14
**background** 20:4; 230:10; 238:6, 12; 362:18, 23
**backing** 168:15
**Bacon** 26:15, 25; 28:14, 19, 24; 29:7; 31:22; 32:2, 12, 17, 25; 33:3, 5, 7; 35:14, 22, 23; 36:5, 7, 13, 16, 18; 37:12, 21; 38:3; 88:5, 6, 16, 18, 21; 129:16, 17, 21; 130:4, 13, 18; 131:8; 132:22, 24; 198:22; 199:10; 203:24; 204:4, 6, 10, 17, 22; 362:2; 363:6
**Bacon's** 130:25; 131:13, 18; 132:9; 203:13
**bad** 332:21; 352:16
**balcony** 345:15, 23
**banging** 373:9
**banished** 327:12
**Bar** 45:13; 46:4; 47:22; 48:2, 3; 51:17; 52:17; 55:24; 56:5, 9, 24; 57:2, 4; 59:17; 336:9, 10, 11; 338:3, 3; 344:21; 356:4
**barracks** 14:5
**Barry** 336:21; 339:7
**bars** 49:9; 302:12; 315:5; 335:23; 336:6, 8, 15, 18; 337:7
**bartender** 338:4; 344:21
**bartenders** 336:9
**based** 29:12, 14; 37:9; 59:6; 92:12, 14; 119:21; 131:2; 147:12; 173:13; 203:18; 210:4; 211:24; 215:17; 310:22; 314:3
**baseless** 257:14; 260:7
**basement** 354:15
**Basically** 11:2; 39:5; 58:18; 85:15; 118:4;

119:22; 124:9; 130:9; 161:5; 163:16; 208:12; 218:15; 246:24; 286:24; 292:5; 294:10, 21; 297:17; 298:19; 314:19; 316:10; 348:24; 358:18
**basing** 263:17
**basis** 212:4; 310:12, 21; 311:7; 350:16
**Bates** 99:7; 268:24
**bathroom** 65:16, 20
**Bay** 6:3; 68:18; 80:5; 81:9; 262:17; 295:2, 9; 337:10; 341:17; 348:15; 349:23; 354:6, 10; 355:4
**Beach** 4:7; 14:21; 16:8, 17; 17:19; 21:3; 22:7; 26:23; 27:13; 29:7, 21; 30:8, 15, 18; 31:3, 6, 16, 17, 18; 46:8; 54:22; 55:24; 66:8, 23; 67:5, 13; 68:12; 69:16; 74:11; 76:11, 15; 77:2; 79:10, 17, 23; 81:17; 83:21; 84:10; 89:23; 93:19; 100:10; 108:21; 111:23; 113:22; 114:5; 116:17; 117:24; 118:25; 119:17, 19; 123:7; 124:25; 126:14, 22; 127:3, 19; 131:25; 136:4; 149:6; 150:17; 154:21; 159:14, 19; 160:2; 179:7; 195:9; 198:2, 14; 203:10; 206:14; 208:10; 209:6, 17, 24; 211:22; 218:16; 220:13; 224:9; 226:2, 3, 4, 8, 22, 23; 227:5, 15; 237:15, 17, 22; 238:8; 239:21; 240:3, 14; 241:4; 242:16; 245:10, 15, 23; 246:7; 247:7; 251:6, 11, 17; 252:15; 253:2, 5, 21; 254:4, 20; 261:20; 262:7, 21; 263:6, 9, 13, 18, 24; 269:10; 271:17; 275:23; 277:9, 10; 278:22; 280:5, 15; 284:5; 286:18; 290:16; 301:16; 305:17, 20; 306:16, 21; 307:15; 308:10; 309:13; 310:7, 7, 9, 11; 313:6, 13; 351:18; 362:21; 367:10; 368:5; 370:5; 371:12, 20; 374:11
**beat** 16:16; 138:4; 157:4; 276:2
**beaten** 351:6
**beating** 273:23
**become** 279:20; 364:6, 10
**becomes** 58:17
**becoming** 249:25
**bedroom** 354:2
**Beer** 38:16; 63:25; 331:19; 342:6, 7, 8
**beers** 37:21; 52:6; 64:3; 332:8
**beginning** 114:6; 235:9
**begins** 66:3; 134:3;

202:13; 268:14; 335:15
**behalf** 4:21, 23; 24:5; 205:13, 18; 271:4
**behind** 71:14
**belief** 29:11, 12; 43:17; 92:8, 8, 12, 14; 126:11; 135:21; 177:12; 203:17, 18; 207:9; 208:5, 6; 211:20, 24; 212:5; 215:17; 232:8; 250:5; 256:16; 257:22; 258:7; 260:10, 13; 272:5; 276:4; 280:22; 304:21; 361:9
**belligerent** 327:20
**benefits** 70:18; 90:9
**besides** 280:23
**best** 33:12; 46:12; 49:6, 8; 57:8; 115:5; 124:10; 125:23; 142:4; 177:3; 197:2, 6; 209:4, 4; 259:10; 270:17; 302:3; 372:6
**Bets** 337:9, 12; 348:8, 20; 353:2
**better** 6:21; 57:9; 235:23; 327:6
**Biancavilla** 370:2, 3
**bicycle** 337:10; 348:9, 12; 353:10
**big** 147:19; 246:22; 325:5
**biggest** 145:25; 246:23; 286:17
**Bill** 294:6, 12, 15, 16; 295:9, 11, 17; 296:7, 8, 9, 12, 17; 298:24; 363:8
**birth** 126:15
**birthday** 149:13
**bit** 103:3, 4; 113:10, 11
**bitching** 352:15, 17
**blank** 218:19
**blew** 80:21
**block** 86:19
**blocks** 351:21, 23, 24
**blog** 16:21; 76:18; 85:3, 6, 20; 86:7, 12, 14, 16, 19, 25; 87:11, 16, 20, 25; 88:7; 94:3, 23; 96:7, 16; 112:22; 129:23; 130:8, 15; 131:21; 132:23; 133:6, 7; 163:19; 166:21; 167:7; 168:14; 170:5; 203:16; 204:4, 12; 208:20, 25; 209:12; 210:4, 16, 21, 25; 211:7, 13, 18; 215:23; 216:12, 15, 20; 218:10; 219:3; 245:10; 356:10, 14
**blogs** 88:10
**blood** 19:2, 9
**blotter** 30:3; 153:8, 23
**blow** 325:5
**blue** 61:3; 247:2, 7, 9, 15, 21; 248:4, 16; 249:6; 250:7, 12, 20, 24; 271:13
**board** 146:8; 309:3
**boat** 374:13
**boathouse** 136:4, 15; 138:8

**Bob** 281:5
**Bockelman** 26:14; 30:5, 23, 25; 31:9, 12; 33:23, 24; 34:3, 13, 21; 325:24
**book** 30:3; 114:21
**born** 165:8, 11; 166:5; 169:10, 12; 170:16, 17; 208:16; 213:21
**Bos** 327:18
**Bosetti** 46:5, 7; 307:20; 308:22; 325:20; 327:18; 328:8; 354:5, 9; 362:2, 3; 363:7
**Bosettis** 46:20; 47:5; 49:11; 345:14, 22
**boss** 146:5; 149:21; 159:8; 166:10; 180:20; 183:18; 185:3, 5, 22; 187:17
**bosses** 210:5, 8, 11; 212:2; 290:7
**both** 128:24; 129:4; 142:5; 160:17; 199:2, 5; 272:5; 319:22; 337:23
**bottles** 342:7
**bottom** 25:21, 21
**boys** 113:16; 161:4, 25; 162:12; 208:15; 209:19
**breach** 62:11
**break** 65:19; 66:2; 73:20; 133:20; 134:2; 158:13; 202:7, 12; 268:8, 13; 272:23; 329:22; 335:14; 365:3
**breaking** 127:4
**Breeze** 341:17
**brief** 202:6
**bring** 192:15, 16; 196:5; 282:23; 289:11; 353:22; 354:14
**bringing** 63:16; 241:3
**brings** 85:3
**brochure** 370:25
**broke** 127:18
**brother** 82:3; 83:5, 9, 11
**Brothers** 82:2; 307:21; 308:22
**brought** 20:23; 39:19; 49:23; 50:2; 165:14, 15, 21; 192:12; 235:25
**budget** 231:9, 10
**budgetary** 172:23; 175:24; 187:24; 231:4, 7, 14; 232:2, 23; 233:3, 6, 19; 235:15; 236:2
**budgeting** 172:11
**Budweiser** 342:6, 7
**bullshit** 37:20; 38:14; 41:7; 42:22; 46:6; 57:17; 321:2, 2; 332:8; 359:15
**bunch** 149:9
**Bureau** 325:25; 326:3
**Buried** 325:19, 22
**business** 263:2; 278:17, 18

**businessman** 16:16; 138:4
**buy** 95:22

# C

**cabinet** 353:22; 354:5, 9, 14
**call** 14:3; 16:19; 21:12; 74:19; 80:14; 102:2; 105:20; 107:3; 140:16, 17; 141:22; 142:7, 10, 12; 150:14; 165:13, 19, 22; 167:9; 176:15; 178:15; 179:8; 194:17; 199:14; 208:7; 212:7, 10, 11, 24; 213:11; 214:2, 4; 235:8; 237:13; 252:15; 253:25; 255:2; 262:16; 283:10; 298:14; 299:23; 300:17; 318:19; 326:2; 362:9; 363:12, 14, 16
**called** 19:18, 18; 105:11, 11; 106:22; 142:11; 143:11; 149:7, 20; 150:15, 17; 160:21; 161:14, 15, 16, 16; 163:4; 174:15; 176:9, 11; 214:6; 239:18; 273:25, 25; 274:6; 288:7; 300:9; 312:22; 326:10; 347:22; 361:15; 363:20; 364:13, 20; 368:24
**calling** 163:9, 9; 166:10; 241:8; 319:15; 360:9
**calls** 16:24; 32:7
**came** 11:20; 14:17, 19; 16:2; 82:16; 149:5, 8; 151:15; 152:5; 155:12, 16; 180:17, 25; 181:2; 184:4; 241:6; 262:5; 274:4, 5; 293:21; 294:15, 17; 308:17; 311:15; 316:14; 337:13
**can** 10:12; 18:11, 14, 15; 32:14; 34:6; 35:7, 8; 62:24; 63:7, 7, 22; 64:24; 71:15; 72:4; 74:2; 76:24; 77:7, 10, 11; 78:2; 92:2; 101:12, 15; 103:20; 113:4; 114:17; 115:11; 130:4; 132:18, 22; 133:8; 134:16; 155:10; 158:3; 180:19; 196:4; 198:17; 202:24; 204:14; 205:2, 6; 213:24; 214:15; 216:15; 221:21; 229:19; 230:13; 239:22; 255:3; 271:5; 283:21; 312:7; 323:19; 335:19; 367:7; 370:13; 376:18; 379:8, 13
**canceled** 9:17; 10:17; 298:8, 11, 16
**cans** 38:16; 63:25; 331:19
**capacity** 171:22; 313:10
**car** 143:4; 262:18
**card** 342:10
**carded** 342:22
**cards** 85:15

EDWARD CARTER 5:07-cv-01215-SJF-ETB   Document 165-4   Filed 05/15/10   Page 147 of 163 PageID #: v.
11217
EDWARD CARTER, et al. v.
INCORPORATED VILLAGE OF OCEAN BEACH
September 16, 2008

care 48:8, 10, 13, 18, 22; 49:6; 131:25; 153:7; 301:6; 316:11; 317:18; 339:9; 358:14; 372:15
cared 276:19, 21
career 15:2
careers 312:25
carriers 15:25
carry 197:5, 15
cars 64:2; 355:11; 367:16
Carter 4:4, 5; 5:17, 23; 16:24; 22:13; 45:17; 66:6; 99:5, 8; 120:4; 124:17; 134:6; 149:25; 158:16; 162:20; 167:19; 181:16; 200:16, 18; 207:10; 229:14, 22; 236:6; 254:10; 265:25; 267:4; 268:25; 269:25; 270:2; 358:7; 361:21; 374:9
Carter's 352:15
Carter-1 22:11, 16; 25:17
Carter-10 268:19
Carter-3 119:25; 120:6; 125:20; 126:6
Carter-4 124:14, 19; 125:21; 126:7, 13
Carter-5 162:18, 22
Carter-6 181:14
Carter-7 200:15, 20; 217:16
Carter-8 265:23; 266:4
Carter-9 267:2, 7
case 4:9; 7:10, 20; 10:10; 44:24; 72:2, 13; 101:17; 180:17; 257:8; 273:19; 298:13, 22; 299:14; 301:16, 21; 370:5; 376:9, 23; 378:18
cases 225:13
castigated 261:19, 23; 262:2
Cathy 177:7; 185:7, 8; 193:2, 4
cause 94:24; 102:25
caused 96:8; 147:23; 148:23; 279:10
Causeway 374:14
CC 124:21; 126:8
CC'd 120:14; 125:4
CCing 122:13, 14
celebrate 52:11
cell 45:12; 46:4, 11, 20; 47:4, 24, 25; 49:3, 4, 10
cellar 353:23, 25
center 143:3
certain 63:19; 88:25; 97:15; 198:20; 335:23; 336:6; 337:7
certainly 216:19; 377:22; 378:19
certified 310:15, 17; 362:13; 363:25; 364:6, 11
chain 308:20
champion 302:7

chance 134:15
change 126:6; 329:6, 9
Changing 335:9
Channel 197:3
characterization 37:11; 139:5
characterize 40:20; 47:3; 84:15
charge 310:9; 346:12
chauffeur 291:23; 313:21; 315:8, 20, 22; 316:18, 25; 317:15, 19, 22; 319:11, 25; 320:17; 323:8, 20; 324:23; 326:20; 327:15; 328:3; 329:3, 16, 25
chauffeuring 316:6; 320:7; 321:12; 330:21
check 64:3; 238:10
checkpoint 315:12; 316:19; 318:20; 320:2; 323:21; 339:16; 359:18; 367:21; 374:17, 20; 375:3, 6, 9
checkpoints 317:16; 324:24; 327:16; 329:17; 367:7, 8
checks 225:14
Cherry 74:19, 20, 20
Chester 372:18
chief 40:13, 18; 68:25; 117:3; 120:14, 24; 124:21; 125:7, 14; 126:9; 171:23, 24; 172:20; 191:23; 225:4, 6, 8, 22; 226:8, 10; 238:11; 251:13; 252:19; 253:2, 20; 254:9, 13, 19; 255:2, 3, 9, 14; 256:3, 12; 282:10; 292:6, 7; 303:25; 304:3, 5, 8, 15, 17; 306:4, 22; 307:16; 308:2, 4; 328:14; 329:24; 330:21; 331:3; 332:23; 333:15; 334:8, 10, 16; 340:6, 8, 14
child 339:18
children 84:5; 113:14
choice 290:18
chose 21:10
Chris 139:23, 23; 140:19; 141:23; 142:11; 262:5, 10; 263:15; 264:23; 361:17, 19
Christine 5:4
chronologically 293:20
chuckled 50:8
circulates 256:16
circumstances 21:4
cite 72:5
citizens 62:5
Civil 12:10; 14:15; 114:17; 178:5; 181:15, 24; 190:10; 200:4; 202:3; 217:25; 230:13; 233:11; 257:16, 20, 25; 258:5, 10, 14, 15; 259:4, 8, 12, 18, 22; 260:6, 22; 261:5;

309:15; 311:15; 312:22, 22; 361:23, 24; 362:6, 9; 363:5, 12, 17, 21; 364:13, 14; 370:7; 371:13, 18; 372:15; 373:3
civilian 313:22; 352:22; 353:13
civilians 351:8
CJ's 45:13; 46:4; 48:3; 336:9, 13, 20; 337:20; 339:8
Claim 22:12, 24; 23:2, 6, 8, 21; 24:3, 4, 8, 12, 16, 25; 25:12, 16, 20; 26:2, 12; 35:10; 38:21, 23; 70:9; 71:6, 10; 72:18; 79:5, 8; 81:11; 103:17; 105:25; 128:21; 129:7, 13; 132:8; 158:25; 198:18, 20, 23; 202:23; 204:18, 23; 228:24; 240:8, 9, 13; 254:22; 260:6; 278:2
Claimant 70:14; 129:4; 199:5
Claimant's 128:24, 25; 198:25; 199:2
claimed 70:10; 72:19
claiming 350:3
claims 273:9; 377:12
clammed 77:15
clarify 249:14
class 161:18; 368:4, 6, 9, 11
clean 37:20; 38:5, 17, 20; 39:7, 13; 42:5; 352:16, 17
Cleaning 63:25; 332:8, 15
clear 33:22; 44:21; 117:15; 229:25; 252:6, 8
Clemens 52:2; 67:16
clerk 292:7; 360:2
client 72:14, 17; 226:24
clique 335:25
clumping 103:7
clumps 98:8; 102:12, 16, 16, 23; 103:12
code 172:17
codeine 94:13; 95:19, 21
coffee 210:9
color 143:9
comfort 70:21; 73:15, 17, 21, 22; 74:4, 5, 8; 75:24; 76:21; 78:14; 79:10, 17, 24; 81:17; 82:5, 10; 83:22; 84:14
comfortable 231:19; 232:3, 7; 235:16
coming 39:14; 45:25; 106:3; 122:11; 150:2; 157:2; 159:10; 161:4; 162:2; 164:24; 166:9; 292:13; 318:21; 322:14; 325:15; 326:2; 349:23; 355:15
command 308:20
commander 302:18

commanders 302:11, 15
commencement 27:12
comment 15:20; 131:7, 14, 18; 135:22; 136:13; 158:18, 20; 215:18; 216:3, 6, 10, 12; 276:10
comments 134:8; 182:15; 198:20; 275:4
commissioner 172:18; 177:5, 6; 185:21; 186:24, 25; 188:7; 191:24; 192:15, 17, 20, 22, 24, 25; 260:20
commit 89:25
committed 341:10, 14; 345:2
communicate 44:8; 50:22; 69:15; 159:12
communicated 21:7, 15, 21; 22:5; 109:20; 365:12
communication 25:7; 260:23; 261:3; 280:3; 281:22; 282:5; 328:23
communications 7:25; 11:20; 105:21; 193:20; 365:7
community 70:21; 110:17, 19, 22; 111:3, 5
comp 125:8, 12, 15; 254:24
company 318:22
compensation 70:18
complain 35:21, 24; 36:9, 12, 16; 43:15, 23; 45:5; 50:14, 16, 19; 51:4; 68:25; 313:25; 318:13; 319:2; 320:16; 321:23; 322:6; 323:3, 6, 25; 325:2, 7; 328:14; 329:24; 330:3, 6, 8, 20, 24; 331:3, 6; 332:13, 16, 22; 333:15; 334:9, 13, 16; 338:15; 339:3, 22; 340:8, 14, 16, 18, 20; 343:16, 25; 345:21, 25; 346:6; 355:18, 19, 24
complained 37:2, 13, 17; 38:12; 39:3; 40:3; 41:5, 23; 42:4, 21; 45:18; 59:18; 60:14; 61:20; 69:2; 88:11; 314:6, 13, 22, 23; 315:25; 317:13; 320:22; 321:11; 326:19, 25; 327:14; 341:7; 347:6
complaining 38:3, 4, 8; 60:21; 88:9; 327:25
complaint 11:5; 38:19, 24; 39:9, 17, 18; 40:21; 41:11, 13, 17, 19, 25; 42:8, 12, 15, 18; 43:2, 5, 8, 11; 45:20, 23; 46:21; 47:4, 6, 9, 12, 15, 19; 48:6, 17; 49:12, 16, 25; 50:6, 10, 17; 52:14, 20, 25; 53:2, 19, 21; 58:2, 16; 60:25; 61:4; 62:19; 63:20; 64:22; 69:17; 79:22; 81:12; 83:19; 97:13; 195:6, 25; 196:6, 15; 205:10, 12, 16, 17; 206:5; 244:3, 11, 22;

245:18, 19, 25; 246:5, 7, 8, 11, 13, 16; 257:4; 264:3; 265:9; 271:8; 272:8, 16, 20; 277:18; 313:4, 8; 315:16; 316:5, 9; 317:2, 17; 321:7; 322:24; 328:10, 25; 330:11; 331:9; 335:19; 347:20; 348:6; 352:8, 14; 376:12
complaints 50:24; 58:13; 63:8, 23; 64:5, 11, 18, 19, 23; 69:22; 128:6; 321:25; 324:4; 329:14; 346:19; 361:4
complete 211:16
completely 71:11; 207:4
completes 202:10
composed 368:4
computer 94:19; 161:21; 196:4, 11; 364:17; 366:16
concern 102:25; 245:21; 246:4, 9, 13, 18, 22; 275:5; 276:4
concerned 36:6; 377:8, 10
concerning 7:17, 25; 8:7; 11:10, 16, 25; 12:2; 19:24; 20:9; 21:21; 47:19; 49:16; 50:11, 24; 58:5, 13; 59:19; 62:21; 63:9, 24; 64:11, 25; 69:3, 17, 23; 90:24; 95:5; 96:4; 97:16; 102:11; 103:12; 108:10; 134:9; 135:3, 7; 136:9, 21; 137:7, 10; 154:18; 155:7, 25; 158:18; 159:2, 13; 173:8; 177:10, 19; 180:13; 186:4, 10; 187:22; 188:10; 195:21; 197:6, 16; 209:20; 210:16; 213:14; 214:18; 224:23; 226:4; 227:15; 229:17; 251:10; 256:18; 261:19; 272:15, 19; 273:18, 19; 277:8; 280:4; 286:19, 20; 314:23; 328:25; 329:15; 360:6, 14; 365:7, 18; 366:8; 371:11
concerns 19:24
concluded 147:16
conclusion 32:8; 264:4, 9, 14, 19
conduct 26:5; 31:21, 25; 32:11, 16; 33:18; 34:2, 3, 12; 35:19; 60:14, 21; 61:19; 90:5; 313:12
conference 196:14, 18, 22, 25; 197:16, 24; 198:13
confirm 261:6
conflicting 178:17
conform 309:14
confrontational 166:7
confronted 261:18
confused 208:18; 209:16; 350:22
confusing 250:4
conjunction 369:6
connected 208:13

connection 103:16;
148:24; 276:14; 371:19;
376:22, 25; 377:4
Connolly 9:6; 40:24;
41:2; 158:2; 213:8; 374:8;
376:21; 377:6; 379:15
consecutively 268:23
consider 35:9; 127:25
considered 206:4
console 143:3, 21
constant 108:12, 15, 24;
109:4, 8, 13, 16
Constitutional 244:18
contact 93:11; 108:24;
109:4, 8, 13; 110:9;
163:14; 275:2; 284:6, 7;
369:22
contacted 110:12;
235:10; 284:11; 364:14
contained 97:10; 103:24;
376:11
content 246:10
contents 246:15
continue 68:23; 228:15;
302:4; 316:24
continued 84:23, 24;
314:16; 362:10; 379:19
continuously 27:6
contract 116:16
contributed 148:20;
216:6
control 34:9; 93:13;
101:3; 102:4; 134:23;
302:10; 366:13
controlled 118:5; 367:21
conversation 9:13;
10:25; 20:6; 21:5; 55:3;
140:14, 23; 141:2; 142:20;
144:15, 25; 145:5; 147:3,
13; 169:8, 14, 25; 170:2, 7,
7, 14; 174:6, 21; 176:4;
178:14, 19; 187:3; 188:9,
21; 189:3, 8, 13, 18, 23;
190:16, 20; 191:4, 12, 13,
14; 192:5; 193:5, 24, 25;
194:8, 24; 203:21; 210:9;
213:14; 216:24; 218:23;
219:5, 15; 228:24; 238:24;
260:11; 275:8, 15; 277:3,
5; 278:2, 8; 279:19; 283:4,
20; 284:16; 286:7; 288:10,
13; 293:22; 309:20;
371:22; 377:21
conversations 144:10;
145:8, 14, 23; 146:11, 17,
19, 22; 150:7; 179:3, 11;
180:8; 194:2; 202:18
Conway 63:15; 342:18
cooperate 301:12, 15, 20
cooperating 152:18;
155:15
copies 99:4; 102:2; 366:6
cops 358:10, 12, 13, 14
copy 93:12; 117:7;
199:19; 205:6; 269:9;
282:2; 293:6, 8, 11; 362:14

Corallo 74:16; 77:13
Corneille 326:9
corner 82:16; 355:3
correctly 117:13, 22;
146:15; 235:12; 243:12;
249:4; 329:12
Correspondence
117:12; 120:2, 11; 123:17;
124:15, 25; 150:5; 224:15;
284:2, 4, 6; 311:14, 19;
358:19; 371:17; 372:3
corridor 215:8, 8
corruption 208:12;
209:23; 250:16; 271:17;
272:23; 273:9; 276:7;
290:6
cost 215:20, 23
Costco 125:18
costs 70:19; 71:2; 72:4,
15, 20, 21; 73:9, 11
counsel 4:18; 5:8; 6:24;
7:4, 5; 8:3, 5, 8, 9, 11;
11:24
counter 95:23
County 5:4, 6; 13:22, 25;
14:11; 15:10; 20:3; 107:3,
5, 10; 178:5; 181:15, 24;
201:17; 202:3; 217:18;
218:2; 229:24; 230:9;
235:3, 6; 236:11, 19, 22,
23; 237:3; 238:7; 239:12,
16, 23; 243:24; 252:14;
258:14; 262:16; 273:14;
275:2; 276:9; 277:3;
280:4; 283:8; 284:12, 18,
25; 285:20; 287:25;
291:12, 20; 292:3; 293:14;
301:12, 15; 309:15;
325:25; 326:3; 362:20;
366:25; 367:20, 23;
368:20, 21; 369:21; 370:7;
371:13, 18; 376:9
couple 9:24; 31:14; 54:3;
55:25; 57:21; 65:8; 68:21;
82:24; 89:10, 18, 19;
95:19; 106:25; 146:6;
149:17; 190:3, 6; 262:18;
268:8; 292:11; 295:6;
342:15; 349:4; 358:16;
364:23; 372:17; 374:24
courage 61:2, 7, 12, 14;
62:9; 271:13
Court 4:8, 13, 15, 16;
5:15, 21, 24; 13:12; 22:10;
23:10; 71:16, 22; 200:14;
292:7; 360:2
coverage 52:8
crap 359:16
crimes 341:9, 14; 344:25
cups 37:21; 38:16; 342:8
current 249:17
currently 185:20
custody 34:9; 93:13;
101:2; 102:3; 134:23;
366:13
cut 40:10, 11; 41:7; 42:22;
82:19

cuts 231:4, 7, 14
cutting 159:9; 161:3, 24;
165:18

# D

DA 152:18; 153:24; 154:6,
11; 156:6; 194:23; 273:13,
14; 275:2; 276:9, 17, 19,
23; 277:3, 16, 25; 278:4,
13; 279:18, 25; 281:22;
283:8; 284:12, 18, 25;
285:20; 286:12; 287:25;
288:4; 291:12, 21; 292:3;
293:14; 296:3, 17; 297:4,
23; 298:2, 7, 11, 21;
299:13; 300:6, 19, 24;
301:2, 12, 15, 21; 376:10
DA's 194:20
damage 70:9, 19
damaged 110:25
damages 70:14, 16;
71:10; 72:18, 22; 97:16
damaging 257:14; 260:7
dangerously 313:19
date 8:20; 23:21, 23;
30:16; 72:8, 21; 79:21;
81:10, 11; 83:18; 107:22;
132:22, 23; 208:23;
216:14; 231:13; 240:24;
244:21; 271:6; 274:25;
298:9; 312:5; 314:8;
343:12; 358:5
dated 79:6; 96:25; 120:2,
7; 124:15, 22; 162:19;
200:16, 20; 240:10;
265:24; 267:3
dates 11:14, 19; 126:21
daughter 127:7
daughter's 113:16;
149:13
Dave 148:8, 11; 151:9,
11, 13
day 31:2; 51:11, 12; 57:6;
62:25; 63:6, 22; 64:22;
68:6; 69:3; 75:2; 76:3, 4;
82:14, 14; 90:2, 6; 94:5;
106:17; 110:15; 114:12,
19, 25; 115:2; 116:7, 10;
117:18, 18, 20; 118:16, 19;
126:24; 127:11; 150:19;
151:12, 14, 16; 165:20;
187:16; 195:13; 198:11,
12; 220:12; 283:15;
284:19; 285:15, 16; 322:9;
364:17; 373:4
day-to-day 112:21
days 9:18, 20, 24; 27:8,
12, 25; 28:24; 119:4, 15,
16; 124:9; 146:6; 149:18;
163:23; 328:7, 7
dead 322:4
deal 301:11
dealers 278:6
dealing 166:10, 11
deals 301:20

debating 198:8
DeCanio 160:22; 161:23;
171:17; 172:20; 199:14;
208:8; 212:8, 20; 214:7;
257:9; 260:9
DeCanio's 173:14
Decantio 171:16; 173:6,
13, 16, 24; 175:5; 176:23;
177:9, 17; 212:11, 16, 23;
213:15; 214:3, 4, 9, 10, 17;
223:13; 228:25; 260:16,
21
December 120:3, 7, 20;
121:7, 24; 123:2; 125:20
decide 9:25; 290:19
decided 198:10
decision 21:22; 155:7;
188:12; 190:21
decisions 119:18
deck 295:10
decreased 113:8
deem 62:11
defamation 131:6;
132:21; 140:2; 145:24, 25;
246:24
defamatory 85:2; 129:3,
8, 14, 22; 130:5, 19, 25;
131:7, 14, 18; 132:9;
133:10, 11; 134:8, 18;
135:3, 8, 17, 22; 136:3, 8,
13, 22; 137:6, 11; 140:7;
158:24; 159:12; 198:20;
199:4; 203:7, 14, 25;
204:11, 18, 23; 215:22;
216:8, 12
defamed 110:25; 130:13;
132:24; 199:11, 16
defaming 166:9; 180:18
Defendant 44:23; 45:3;
81:23; 85:25; 303:3; 308:8
Defendants 4:7, 24, 25;
5:6; 196:20; 205:5; 366:25
Defendants'-1 205:9
defense 72:6
defined 123:4
definitely 19:5
delayed 5:10
demoted 90:14
Denhoff 355:4
denied 207:10, 20; 208:2;
229:22; 230:3; 236:7
deny 230:6
department 88:15; 93:5;
121:4; 170:11; 172:9, 10,
14, 15, 16, 19; 175:6, 20,
22; 183:4, 6; 188:3;
203:10; 208:15; 217:24;
219:10; 238:7, 8; 247:2, 4;
248:6, 6, 15, 19, 23, 24,
25; 250:6, 11, 16; 251:7,
12, 18; 253:21; 254:4;
258:15; 269:10; 271:18;
282:13, 21; 290:17; 292:9;
294:5; 302:9; 305:17, 20;
306:16, 22; 307:15;
308:10; 310:7, 10; 313:19;

351:2; 355:14; 360:15;
362:15; 364:20; 370:7;
371:12, 13, 19, 20
department's 176:13
departments 368:6, 8
deploying 52:7
deposed 7:10; 8:17;
10:16; 12:3; 299:14;
300:10, 12, 16, 20; 301:4,
8
deposition 4:3; 5:12;
6:11; 7:13, 16, 17, 21;
8:13, 20; 9:15, 19; 10:3, 9;
11:8, 11, 25; 72:9; 298:9,
12, 15
depositions 9:16; 10:12,
16; 11:13
describe 77:7; 80:2;
100:15; 351:19
desk 39:12, 23; 99:25;
125:3; 293:25; 294:18;
311:20
destroy 248:11
detail 71:13; 244:7
Detective 275:11, 12;
276:8; 277:4; 280:9;
283:12; 293:21; 296:22;
300:21, 22, 24, 25; 301:6
detectives 277:7, 16;
288:13
determine 123:9; 264:25
device 17:11
Dl 25:4; 71:3; 249:10
dictaphone 143:10
difference 114:15, 16;
180:4; 324:13
different 82:14; 89:16;
92:20; 94:18; 119:6;
179:22; 223:9; 269:20, 23;
343:5
differently 34:20; 75:18
difficulty 84:19
dinner 68:18
direct 64:11; 187:18;
203:8; 319:17; 323:8, 20;
324:23; 338:16
directed 204:9, 17;
319:11, 25
directing 320:17; 323:14
direction 203:9; 318:10;
325:9; 326:20; 328:15;
329:3, 15, 25; 338:17
directions 327:15; 328:2
directive 221:3; 222:14;
289:20; 341:13
directives 16:10; 21:9,
17; 133:16, 16; 134:9;
135:4, 7, 12, 16, 20, 23;
136:9, 13; 146:7; 166:16,
17; 168:11; 218:19;
219:19; 220:2, 13, 20, 21,
24; 221:4, 10, 20, 21, 22,
25; 222:6, 10; 230:11;
231:22; 232:15; 237:24;
289:21; 341:8
directly 21:7, 21; 22:5;

33:10; 35:4; 64:24; 132:8; 140:8, 10; 159:12; 309:11; 310:5, 18; 319:5, 7; 347:11

**director** 200:23; 202:2; 208:22; 217:3, 10, 18, 21, 24; 218:2

**disability** 121:8, 10; 226:11; 253:19

**disagree** 377:24

**disc** 144:23; 145:20

**disciplinary** 313:4

**discipline** 303:7; 304:23; 307:4, 9, 11

**disclose** 11:19; 299:2

**disclosed** 179:20

**disclosing** 179:22, 24; 180:5

**disclosure** 93:4, 7, 9

**discovery** 312:11, 16; 359:6

**discuss** 109:18; 371:3; 377:18; 378:17

**discussed** 109:25; 371:11; 378:9, 10

**discussion** 191:5; 258:23; 296:23

**dispatchers** 139:13

**disprove** 236:3

**disregard** 341:13

**disregarded** 128:5; 344:25

**disregarding** 341:9

**District** 4:8, 9; 16:14; 138:5; 148:4, 6, 11; 149:3, 23; 150:22; 151:10, 17; 152:5; 153:20; 155:15; 157:3; 250:18; 280:4; 284:7; 290:8; 369:21

**disturbing** 94:5

**division** 247:5; 248:10

**doc** 120:10

**dock** 46:2; 49:3; 139:13; 353:22

**doctor** 88:23; 95:4, 12; 96:3; 102:11; 103:9

**document** 22:21, 23; 32:10; 99:7; 101:15, 16; 104:12, 20, 25; 119:24; 124:14; 162:18; 165:6; 181:14, 20, 23; 206:9; 226:4; 260:4; 265:23; 266:3; 267:2, 8, 18; 268:24; 269:8; 270:11; 291:13, 21; 292:3, 17; 293:4, 15; 312:20

**documentation** 224:22

**documents** 22:11; 268:18; 366:12

**done** 22:18, 19; 23:9; 90:18; 112:8; 146:18; 161:17; 166:7; 170:3; 206:23; 238:8; 291:11, 11; 295:13; 322:17; 326:12; 335:20, 21; 345:6; 350:24; 355:3; 358:2; 364:24

**Donuts** 80:6; 81:9

**door** 295:7, 9, 12, 14; 296:8, 10, 13; 342:5, 5; 347:2, 4

**double** 209:18

**doubt** 171:12

**down** 51:17; 52:17; 54:18, 22; 55:7; 73:21; 111:9; 127:5, 19; 130:9; 190:14; 208:21; 270:13, 18; 274:9, 9, 15; 275:13; 277:2; 279:8; 292:10, 20; 329:22; 337:10

**dozen** 96:11; 273:17

**drafts** 205:15

**drank** 55:20; 57:23; 59:24; 60:8; 66:7, 13, 18, 21

**drawn** 264:3, 9, 13, 19; 265:5, 10, 14, 18

**drink** 37:12; 51:20, 21, 24; 52:21; 53:7, 12, 17; 54:21; 55:5, 15, 16, 21; 58:6, 11; 59:7, 10, 12, 21; 60:18; 61:15; 66:25; 67:2, 4, 8, 11; 68:4, 10, 19; 302:11; 336:22

**drinker** 336:20

**Drinking** 31:24; 32:20, 25; 33:3, 20; 34:16; 35:14, 18; 36:4, 13, 17; 37:22; 38:3, 9, 15, 21; 43:17, 24; 44:10; 45:7; 47:20; 49:16, 18; 50:25; 51:5; 52:18, 22; 53:3, 20; 54:12; 55:14; 58:5, 9, 14; 59:20; 60:3, 10; 61:23; 62:21; 63:9, 24; 65:2; 69:3, 24; 315:5; 318:15; 341:25; 346:20, 22

**drinks** 54:4, 24; 55:6, 25; 292:12; 339:11

**drive** 56:13; 58:25; 127:10; 318:24; 323:16, 17; 327:9, 19; 339:15; 360:3; 374:24; 375:7

**Driver's** 101:4, 5, 8, 13, 20; 107:19

**driving** 64:6; 319:6; 322:14, 15; 324:11; 325:18; 327:6; 337:10

**dropped** 39:12; 82:11; 208:14; 293:5, 15

**dropping** 215:6; 218:7

**drove** 326:7; 327:20

**drug** 278:6

**drunk** 58:23

**drunken** 291:23

**due** 102:19, 21; 207:12; 228:20; 283:25

**duly** 5:18

**dumbfounded** 289:22

**Dunkin** 80:6; 81:9

**during** 18:17; 19:10; 21:12; 29:22; 31:2; 36:22; 48:17; 62:25; 63:21; 68:6; 90:5; 109:4; 114:11, 24; 115:25; 116:3; 118:6, 16,

18; 127:16; 128:24; 157:4; 188:21; 189:2; 190:19; 199:2; 277:25; 278:8; 280:17; 283:3, 20; 289:2; 317:9; 350:12, 13; 351:22; 356:4

**duties** 313:2; 350:10

**duty** 31:24; 32:20; 33:2, 20; 34:16; 35:14, 16, 18; 36:13, 17; 37:13; 38:21; 43:18, 24; 44:10; 45:7; 46:12; 47:20; 49:17, 19; 50:25; 51:5; 52:19, 21, 22; 53:12, 20; 54:12; 55:14; 58:6, 14; 59:20, 25; 60:4, 11, 16; 61:11, 16, 23; 62:21; 63:9, 24; 65:2; 66:23, 23; 67:4, 9, 12, 16; 68:5, 5, 11; 69:4, 23; 126:16; 134:11; 166:4; 271:14; 277:25; 288:24; 291:6, 15; 301:25; 320:3, 6, 9, 10, 13; 331:23; 351:15; 375:11

## E

**E.L** 22:14; 99:9; 120:5; 124:18; 162:21; 181:18; 200:19; 266:2; 267:5; 269:3

**earlier** 31:14; 104:11; 163:23; 178:17; 241:2; 281:14, 15; 288:3; 366:24

**early** 14:4; 51:13; 105:15

**ears** 322:4

**easily** 153:7

**East** 151:6

**Eastern** 4:8

**economic** 70:16

**Ed** 4:15; 40:18; 43:15, 23; 44:9; 47:10; 70:2; 87:4; 125:18, 21; 138:2; 139:4, 8, 9, 10; 218:12; 225:11; 253:18; 270:22, 25; 303:25; 304:6; 361:21

**Eddie** 80:11; 127:9; 161:19; 176:10; 254:3; 327:4

**editorial** 267:10

**Edward** 4:4, 5; 5:17, 23; 270:2

**effort** 238:14

**efforts** 108:11; 227:3, 13; 302:7

**eight** 170:9; 318:3; 320:13; 351:23

**either** 119:4; 204:9; 212:19; 270:21; 313:13; 320:17; 321:4, 12; 323:8; 326:20; 327:15; 328:3; 367:21; 371:14, 17, 23; 372:3; 374:12; 376:10

**Eligible** 181:16

**else** 12:2; 26:16; 32:21; 34:17; 36:2, 9; 83:20; 129:13, 18; 134:16;

155:17; 162:10; 175:4; 176:16; 179:2; 185:17; 196:17; 199:20, 23; 212:15; 214:10, 18; 231:5; 270:25; 271:3; 272:12; 281:18, 21, 24; 283:19; 285:18; 287:13, 15; 295:15; 308:17; 317:19; 349:7; 352:19; 355:24; 359:24; 373:23

**email** 21:13; 160:18; 161:12, 19, 22; 162:9, 19, 22; 163:4; 165:8, 9, 20; 173:20, 25; 175:2, 5; 177:11, 20, 25; 199:13, 15, 17, 20, 23; 212:13, 17, 22; 213:5, 14, 22, 24; 214:3, 11, 20; 223:3, 5, 12, 20; 224:16, 17, 20, 21; 230:21; 255:6; 265:24; 266:21, 23; 267:3, 15, 17, 19; 365:12; 371:17; 372:3

**email's** 267:12

**emailed** 365:24; 366:3, 8

**emails** 365:6, 17

**embarrass** 238:2

**Embreui** 294:7, 12, 13, 15, 17; 295:22; 296:17; 298:25; 363:8

**emotional** 70:23; 93:23, 25; 94:9; 95:16

**empanelled** 172:20

**employed** 12:6, 12; 203:9; 237:17; 253:5; 313:6

**employee** 91:13; 162:3; 171:6; 195:9; 254:20; 307:16; 308:15

**employee's** 269:12; 270:7

**employees** 303:8; 304:23; 307:4, 9, 11; 308:11, 16; 374:10; 375:16

**employer** 15:5, 7, 10, 12; 92:5, 17; 93:2; 181:3; 222:13; 242:21, 23; 243:17, 17; 249:17; 253:12

**employment** 12:16, 18; 13:17, 20, 21, 25; 14:12, 24; 27:13; 29:8; 31:2, 6; 114:4; 128:25; 129:2; 131:17; 132:7; 163:16; 199:2, 4; 261:20

**employment-related** 303:8

**empty** 37:21; 322:18; 331:19

**encounter** 372:11

**end** 14:7; 68:14, 17; 107:6; 108:23; 117:19; 158:8; 202:5; 216:20; 228:19; 238:24; 242:7; 302:23; 341:6; 362:13

**ending** 134:7

**ends** 65:23; 133:23; 268:10; 335:11

**enforced** 341:9

**enforcement** 172:17, 21; 240:4; 244:25; 247:2, 5, 8; 248:4, 10; 253:20; 273:8

**engage** 31:22; 32:2, 12, 17; 34:4, 13; 247:20; 250:7

**engaged** 26:6; 60:3; 291:5

**engages** 248:16; 250:12

**engaging** 249:6; 291:14

**enough** 10:13; 95:12; 231:16

**enraged** 359:17

**ensuring** 309:14

**entered** 9:6

**entire** 174:25; 305:17, 19; 306:21

**entirely** 72:12

**entitled** 71:12; 72:6, 14; 73:12

**entity** 12:13, 16, 19; 13:17, 20; 15:12; 329:14

**entry** 216:15, 20

**escapades** 277:24; 278:15

**establishment** 61:14

**estimate** 57:7

**et** 4:5, 7

**Europe** 295:3

**evacs** 225:13

**even** 79:3; 88:12; 128:4; 151:8; 218:20; 224:19; 231:20, 22; 233:12, 17; 248:12; 249:8; 253:22; 271:6; 286:5; 324:4; 351:12

**evening** 55:2; 360:4

**event** 73:12

**events** 19:15; 20:8, 19; 63:19; 244:8

**everybody** 56:18; 188:3; 294:9; 343:19; 348:16; 361:9

**evidence** 180:13, 16; 204:8, 16, 21; 216:11

**exact** 30:16; 96:10; 153:14; 167:13, 17, 19; 174:22; 190:11; 208:23; 231:12; 241:7, 10; 273:15; 298:9; 332:3; 358:5

**exactly** 49:5; 114:20; 144:17; 145:3; 161:2; 162:5; 191:19; 193:10; 220:15; 241:8; 292:15; 293:19; 318:2; 372:22

**exam** 18:7, 18; 19:10; 375:25

**EXAMINATION** 6:13; 366:21; 374:7; 375:15

**examined** 5:19

**example** 77:25; 287:10; 378:15

**examples** 26:17

**Except** 133:7; 192:12; 356:10; 357:10, 11
**exchanged** 371:16; 372:2
**excuse** 69:7; 368:19
**executive** 185:21; 186:23, 24
**exemplary** 313:2
**exercise** 62:9
**Exhibit-1** 22:13; 128:22; 205:6; 271:9
**Exhibit-10** 269:2; 286:25
**Exhibit-2** 99:6, 8, 11
**Exhibit-3** 120:4
**Exhibit-4** 124:17
**Exhibit-5** 162:20
**Exhibit-6** 181:17
**Exhibit-7** 200:18
**Exhibit-8** 265:25
**Exhibit-9** 267:4
**exist** 365:17
**expect** 171:6; 230:24
**experience** 26:21; 27:2; 30:7
**expire** 190:10
**expired** 191:21
**Explain** 114:15; 128:13; 152:22; 159:12; 163:10; 172:13; 187:12; 189:2; 237:19; 367:7
**explained** 127:2; 153:7; 161:23; 163:5; 176:12; 208:24; 218:8, 10; 220:15; 237:14; 238:22; 244:6; 285:7, 14; 288:3; 289:16; 314:16
**explaining** 161:22; 224:2; 225:20; 226:24; 268:4
**explanation** 230:2; 252:6, 9
**explode** 58:19; 59:9
**expressed** 20:12, 15
**extent** 10:24; 105:2, 20; 115:10; 270:11; 376:14; 378:8; 379:9
**extreme** 70:22; 93:22; 94:9; 95:16
**eyes** 112:13, 18

# F

**face** 94:20; 161:10, 10; 174:12, 12; 197:11; 358:24; 359:3; 363:14, 16
**face-to-face** 140:13; 187:3
**fact** 12:2; 38:4, 19; 39:22; 43:15; 83:4; 127:7; 137:13; 152:21; 154:12; 165:10; 166:3; 173:9, 12; 179:18; 180:7; 183:3; 244:17; 246:20; 267:17; 288:22; 291:9; 297:13; 342:2, 3; 354:13

**fail** 19:14, 25; 20:7, 18; 245:4
**failed** 376:3
**failing** 133:16
**failure** 302:9
**Fair** 10:13; 14:25; 37:9, 11; 38:18; 41:9; 100:16; 126:20; 127:23; 139:5; 186:6, 7; 211:15; 240:12; 355:16, 23
**fairly** 84:15
**fall** 16:10; 21:10; 149:2; 220:14; 280:6; 336:21; 337:20; 339:2; 340:10
**fallen** 302:10
**falling** 102:16; 103:7, 13; 231:23
**falls** 130:8
**false** 171:9; 176:19; 222:8; 223:24; 246:23; 256:17; 257:14; 260:7
**falsified** 16:22; 131:10; 209:14; 356:12
**falsify** 153:22
**falsifying** 85:15; 87:7; 163:20; 166:21
**familiar** 23:3
**family** 73:18; 111:8, 12; 126:25; 128:15; 261:18, 22
**family's** 73:22; 74:5
**fan** 295:12
**far** 172:11; 238:4; 244:17; 252:16; 290:16; 375:13
**fashion** 313:2
**father** 110:23
**fault** 327:5
**favorable** 41:24; 42:7, 25
**faxed** 364:21
**fear** 70:22
**February** 126:17, 24; 127:12, 12; 162:13, 15; 169:15; 171:3; 217:14
**Federal** 6:6
**fee** 72:3
**feel** 222:9; 298:20; 299:8, 12
**feeling** 285:8; 347:5
**fees** 70:19; 71:2; 72:4, 8, 15, 19, 21; 73:9, 11
**fellow** 56:2
**felt** 105:25; 110:4; 145:24; 147:19; 208:13; 231:3, 15, 18; 232:3, 6; 235:16, 23; 239:10; 275:17; 276:14; 285:8; 299:17; 300:15
**female** 369:14
**females** 325:18
**ferry** 374:13
**few** 28:15; 90:11, 18; 107:10, 14; 191:21; 194:2; 365:6; 367:2; 374:24
**field** 367:12

**fight** 326:4
**figure** 154:18; 235:20
**file** 24:4, 25; 205:12, 17; 206:17; 261:10, 13; 353:22; 354:5, 9, 14; 370:18
**filed** 8:14; 23:8, 21; 24:8, 13; 79:4, 21; 82:16, 20; 96:24; 240:8; 244:2; 245:25; 246:5, 7, 8, 13; 254:22
**filing** 79:8; 81:11, 12; 83:19; 196:15; 240:13; 244:22; 272:8
**fill** 93:4, 16, 17; 105:4; 242:4
**filled** 178:11; 192:9; 237:12; 270:14, 15
**filling** 188:24; 189:3, 10; 192:3
**final** 166:8
**find** 15:11; 35:13; 220:6; 225:16; 238:2, 3; 245:17; 263:3; 274:3; 306:17; 364:16
**finding** 245:22; 246:6
**Fine** 218:4; 295:6; 377:6
**finish** 74:2
**finished** 345:7
**FINS** 367:19
**Fiorillo** 106:8, 10, 12, 15, 20; 107:8, 9; 108:9; 110:11; 266:19; 349:6; 353:21; 355:7
**fire** 33:12; 34:25; 66:13; 221:23; 360:20; 367:9, 19; 368:18, 19; 374:16
**fired** 16:8; 17:19; 18:4, 8, 19; 33:5, 6, 8; 35:5; 111:23; 111:12; 135:11, 19, 23; 138:11; 146:9, 25; 147:17, 20; 148:21; 150:8; 167:3, 12, 20; 168:4; 195:5; 219:18; 220:2, 19; 221:9, 22; 222:6, 9, 9; 223:13; 224:2, 5, 12, 24; 225:20; 226:5, 24; 227:6, 16; 231:2, 7, 25; 232:12, 23; 233:6; 235:14; 240:6, 16, 21; 241:15, 19; 242:15, 19; 243:15; 244:14; 274:7, 23; 276:20, 22; 278:19; 296:21; 297:7; 347:5, 13, 17
**firing** 133:14; 221:25; 276:15
**firm** 4:13; 23:20; 103:16; 104:8, 16; 105:14, 18, 22, 23; 106:10; 109:19, 20, 22, 24; 110:5, 9, 14, 16; 202:17
**first** 5:17; 8:14; 31:3, 6, 12; 35:12, 13; 37:16; 38:13; 40:21; 41:6, 13, 17, 22; 45:9, 18, 23; 56:22, 23; 57:3; 60:24; 66:17; 71:24; 75:21; 77:11; 105:7, 13; 121:9; 144:12; 149:8;

150:12; 151:14; 152:5; 166:15; 189:17; 190:15; 193:5; 194:8; 203:6; 207:8; 220:12; 228:15, 19; 229:5, 17; 231:21; 237:10; 269:6; 271:9; 280:2; 281:22; 283:3; 285:4; 314:5; 315:25; 320:22; 321:7; 325:11; 326:18; 336:17; 338:10; 345:20; 346:7; 348:5; 352:24; 353:11; 362:5; 367:11
**firsthand** 282:25; 352:10; 356:17
**five** 5:13; 25:21; 27:25; 61:2; 63:11; 109:18; 113:16; 156:22; 249:20; 268:15; 271:11, 12; 282:7; 302:22; 335:12; 367:12
**five-minute** 202:7
**flagged** 91:19
**flashlight** 352:4
**floor** 341:19
**fogged** 89:11, 21; 90:6, 12, 19
**follow** 133:16; 227:18; 245:5
**follow-up** 253:25
**followed** 135:20
**following** 9:17; 22:11; 119:24; 124:14; 162:18; 181:14; 265:23; 283:15; 284:19
**follows** 5:20; 130:10
**food** 339:10
**forget** 241:7
**form** 44:9; 93:5, 7, 9, 12, 16, 22; 130:9
**forth** 205:25; 206:4; 244:7; 257:6; 311:15; 316:19; 345:9; 360:24
**forward** 240:23; 260:19
**forwarded** 91:9
**found** 24:19; 48:14; 61:22; 143:17; 225:14, 15
**four** 18:2; 25:20; 70:11, 11; 110:18, 20; 168:7, 23; 190:12; 202:14; 268:11
**fourth** 17:5; 166:8, 14; 289:5, 6, 7; 323:3
**frame** 174:22; 190:11, 14
**Frank** 80:18; 106:8, 9, 12, 22; 110:3, 11; 266:19; 349:6; 353:21; 355:3, 11, 12
**frankfiorillo@opton-line.net** 266:16
**frankly** 268:21
**free** 6:23; 368:25
**frequent** 302:12
**frequently** 341:7
**Friday** 294:16; 295:18, 19
**friend** 53:8; 54:4, 21; 76:24, 24; 83:14; 108:17, 18; 113:24; 128:2; 318:22; 364:18; 373:2

**friend's** 75:24
**friends** 73:19; 74:7, 10; 76:9, 19, 22; 80:15; 82:8; 84:7; 111:8; 113:18, 18; 295:2; 313:22; 316:22, 25; 317:15; 318:5, 6, 16, 17; 319:4, 7; 320:18; 321:12; 323:9; 324:24; 326:21; 327:16; 328:3; 329:16; 341:11, 15; 342:21; 345:2
**friendship** 77:24; 78:4, 4
**friendship's** 82:22
**Friun** 362:16
**front** 39:12; 56:23; 104:13; 117:8; 271:9; 292:12, 14, 15; 295:7; 312:21; 352:22; 353:12
**fucked** 373:14
**fucking** 358:10, 12, 13, 14; 359:17
**fuel** 37:21; 50:11
**fuels** 38:16; 39:11; 49:23; 50:2; 63:16
**fulfill** 271:14
**full** 98:13; 114:22; 115:19; 125:7; 128:23; 198:23; 221:6; 267:11
**full-time** 89:6, 9; 91:7; 115:2; 118:19; 119:16
**fully** 70:25; 96:21; 97:17; 212:14
**funny** 150:21; 151:22, 24
**further** 16:12; 128:23; 198:25; 250:24; 366:20; 374:3; 379:16
**Furthering** 15:2
**future** 70:17; 163:16; 180:20

# G

**Galoppi** 281:5, 8
**Gary** 46:5, 7; 325:19; 327:18; 346:21; 362:2; 363:7
**gas** 322:13, 16
**gassing** 322:21
**gate** 367:22
**gave** 17:6, 25; 18:3, 19, 21; 22:4; 40:9; 58:11; 61:8; 63:11; 65:4; 117:2; 148:16; 163:13; 166:13; 167:9; 168:20; 221:5, 8; 234:8; 239:7; 243:7; 281:25; 294:11; 296:25; 306:3; 337:15; 338:16
**gender** 369:12
**general** 282:11
**generally** 257:3
**gentleman's** 75:20
**gentler** 360:14
**George** 16:7; 20:25; 21:6; 26:8; 35:25; 37:19, 23; 38:14; 39:6; 40:22; 45:6; 45:21; 52:4, 7; 53:16;

EDWARD CARTER v.
September 16, 2008
EDWARD CARTER v. FRANK GIORGIO
INCORPORATED VILLAGE OF OCEAN BEACH
Case 2:05-cv-01215-SJF-ETB   Document 165-4   Filed 03/09/10   Page 1 of 10   #:
11221

55:10, 18, 18; 56:20, 23,
25; 57:10, 12, 14; 58:11,
16, 21; 60:8; 63:8; 64:5, 6,
24; 67:17; 69:23; 80:17;
88:9, 13; 99:25; 106:23;
117:4; 125:12, 14, 16;
126:24; 129:10, 12, 18;
130:22; 138:21; 139:3;
140:4; 147:14; 148:8, 10;
150:15, 24; 151:19;
153:13; 154:5; 155:25;
156:12; 157:11, 12; 158:4;
160:17, 19; 161:15, 20;
166:24; 167:22, 25;
169:14, 21; 171:2, 4, 11;
176:9; 185:24; 195:16;
203:17, 20, 22; 216:16, 22;
225:9; 226:7; 227:4, 7, 14;
230:5; 238:18; 251:20;
252:25; 253:19; 260:12;
265:18; 270:13, 14, 15, 22,
24; 271:23; 272:11, 13;
284:13; 288:19; 289:22;
291:22; 302:17; 304:17;
305:5; 307:17, 20; 310:8;
311:18; 315:10, 24; 316:2,
6, 22, 25; 318:5, 7; 319:8,
10, 14; 320:16, 25; 322:11;
325:4, 22, 24; 326:19, 24;
327:3, 6, 8, 14, 21; 329:13;
332:7; 337:13, 13; 338:20;
339:12, 17, 22, 23; 341:20,
23; 342:4; 345:21; 356:18,
19, 20; 358:15, 17; 362:12;
363:11, 13, 16, 20, 23;
364:4, 9, 15, 15; 372:7, 10;
373:8, 9, 10, 13, 19, 24;
374:5
**Gerden** 148:9
**gets** 346:24
**Gilbert** 16:15; 77:12, 18,
20; 100:3; 111:16; 138:5;
147:22, 25; 148:13; 149:5;
152:4; 155:2; 156:2, 7, 15,
24; 157:4; 273:22; 275:18,
22; 276:2, 11, 15; 279:14;
280:7, 17, 19, 23; 285:9;
286:22, 23; 290:2; 294:6,
14, 16, 24; 295:4, 8, 10,
20; 297:6; 301:17, 21;
302:2; 376:10; 378:11, 17;
379:5
**Gilbert's** 295:2; 378:16,
20
**Gilly** 4:20; 23:16; 106:4
**given** 18:21; 83:4; 124:5;
126:14; 211:17, 21;
221:19; 233:19; 235:13;
246:15; 251:13; 299:9;
301:11, 20; 349:18;
370:17
**giving** 182:17; 230:15
**goes** 80:11; 95:10; 127:9,
9; 149:22; 163:24; 171:4,
11; 176:10; 327:4, 7;
339:9; 358:9, 11
**goings** 278:21
**Good** 6:15; 80:15; 82:8;
83:14; 108:17; 110:4;

127:20; 171:13; 200:6;
227:8; 231:15; 305:3;
366:23
**GOODSTADT** 4:19, 20;
6:4, 6, 12; 11:17; 13:3, 7,
14; 17:14, 23; 18:10, 14,
23; 19:17; 20:10, 21;
21:24; 24:22; 25:4, 10;
27:15; 28:2; 29:3, 10, 25;
32:4, 7, 13, 19; 33:21;
34:5, 15; 35:15; 38:7;
41:12, 14; 42:9; 43:3, 19;
44:20; 52:23; 54:13; 55:4;
56:21; 57:15; 58:8; 60:5, 7,
12; 61:5, 10; 62:13, 15;
63:14; 71:3, 5, 15, 19;
72:2, 12, 25; 73:8, 13;
77:9; 79:12; 80:4; 83:13,
17; 84:11; 86:2; 90:20;
91:24; 94:25; 97:4, 22;
101:14; 102:8, 18; 103:5,
19; 104:9; 105:5, 8, 10, 11,
12, 19; 107:12, 23; 109:19,
21; 110:10; 112:6; 113:9;
115:4, 9; 116:12, 22;
118:24; 120:19, 21;
121:21; 122:5, 17; 123:11;
129:11, 15, 19; 132:11, 15,
25; 133:13; 134:14, 20;
135:9, 18, 24; 137:12, 17;
141:17; 145:9; 146:12;
147:4, 18; 148:14, 22;
152:12; 153:4; 155:9, 22;
156:3, 14, 21; 157:8;
159:15; 163:12; 164:9;
165:5; 167:16; 168:10, 13;
169:2; 170:23; 180:2, 6,
10, 15, 22; 181:9; 188:19;
191:7, 18; 198:3, 15;
202:20, 24; 203:4; 204:13,
19, 24; 206:12, 19; 207:6,
22; 211:19; 212:3, 6;
213:17; 214:12; 215:21;
219:20; 220:9; 222:7, 16;
223:8, 22; 224:13, 25;
226:6, 25; 229:7, 12;
231:17; 232:4; 233:14;
235:18; 238:16; 241:22;
242:20; 243:10, 21; 245:2,
24; 246:2; 247:10, 22;
248:17; 249:7, 10, 15, 24;
250:9, 14, 23; 253:17, 24;
254:14; 255:16, 23; 257:2;
258:17; 259:6; 261:14;
264:5, 10, 15, 21; 265:6,
15, 20; 274:18, 21; 276:13;
277:20; 279:21; 288:25;
290:21; 291:16; 296:11;
297:9; 298:23; 299:4, 15;
301:9; 305:8; 306:23;
308:12; 310:20; 311:3, 10;
312:3, 6; 314:9; 320:20;
329:18; 336:3; 357:22;
364:2; 374:5; 375:20;
376:13, 24; 377:13, 23;
378:5, 23; 379:6, 9, 17
**Goodstadt's** 103:16;
104:7, 16; 105:13, 18, 22;
109:20; 110:5, 9, 14, 16;
202:21
**Google** 105:24; 106:15,

18
**govern** 6:7, 7
**grade** 375:19
**graduated** 31:14; 368:13
**Grand** 99:21, 22, 24;
100:2, 12; 293:25; 297:19
**Gray** 149:6, 7; 150:18;
153:21; 284:11, 14, 22, 24;
285:3, 18; 286:8, 13
**Gray's** 285:5
**Great** 13:14; 162:6;
171:6, 12; 306:25; 354:6,
10
**Greg** 160:22; 161:2, 23;
163:4, 10; 171:15, 16;
172:20; 199:14, 14; 208:8;
212:7, 25; 223:13; 257:9;
260:9
**Grosse** 182:7, 25
**group** 241:15; 345:17,
17; 376:16
**growth** 70:24; 97:24
**guard** 15:25
**guess** 102:24; 114:18;
135:14, 15; 254:25;
279:18; 311:23, 24; 350:7
**guy** 30:4; 148:11; 151:9;
171:15; 225:12; 262:5, 8,
10, 22; 263:15; 264:23;
295:5; 315:13
**guys** 37:20, 22; 38:15;
39:14; 51:20, 25; 52:3, 3;
122:6, 9, 10; 131:20;
150:20; 151:6, 13, 22, 24;
157:4; 162:7; 172:22;
175:7; 208:9; 209:10, 19,
25; 210:7, 15; 211:25;
231:5, 7; 290:4; 321:3;
322:14; 323:17, 21;
324:10; 325:15; 327:9;
346:20; 352:18; 355:14;
362:12; 372:24; 373:5;
374:24

# H

**hair** 98:2, 4, 7, 9, 14, 15,
17, 20, 24; 100:17; 102:5,
12, 16, 23; 103:7, 12
**hairline** 100:22
**half** 52:5, 11; 58:4, 12;
59:19; 60:15; 84:25;
96:13, 18; 113:17; 114:22;
115:16, 20; 174:24; 215:9;
288:15; 322:17
**Halloween** 16:23; 17:3;
87:6; 131:11; 166:25;
167:4, 21; 168:4; 209:13,
17; 277:19; 356:4, 8, 16;
357:7; 358:20; 360:6
**hand** 64:3; 142:25; 293:3
**handed** 55:19; 117:2
**handling** 370:5
**hands** 57:20; 58:2; 59:21;
280:16, 23; 281:9, 19;
282:23; 342:8

**handwriting** 182:12
**handwritten** 289:10
**hang** 122:7
**hanging** 146:7; 282:3
**Hank** 52:2, 6; 67:16, 17
**happen** 209:5; 275:18;
276:5; 331:25
**happened** 112:2; 157:5;
180:20; 211:22; 246:17;
275:21, 25; 276:11;
292:12; 293:20; 331:24;
336:20; 348:16; 359:21;
364:12
**happening** 184:11
**happens** 327:8
**harassing** 249:16, 25
**hard** 78:10
**hardcopy** 371:17; 372:3
**Hardman** 16:23; 74:16;
157:23; 166:22; 167:7, 10;
168:15; 297:12; 325:18;
326:7; 373:8
**Hardman's** 137:24;
138:18; 139:2; 157:11
**harm** 70:23; 93:23, 25;
94:9; 95:16
**Hartman** 167:15
**Haven** 14:4
**head** 89:11, 21, 22; 90:7,
12, 19; 102:13, 17; 103:7
**headache** 94:12
**headaches** 96:4, 7
**health** 91:8; 92:15; 93:5
**hear** 352:12
**heard** 71:24; 77:17;
110:24; 139:23; 140:8;
209:23; 210:2; 211:13;
219:9; 352:9
**hearing** 19:2; 75:4
**heart** 94:11, 14, 24; 95:5,
14
**held** 258:23; 358:6
**help** 110:6; 363:24
**helped** 251:21; 353:21;
354:14
**helping** 362:12
**here's** 58:7
**herein** 302:25; 307:2
**hereinafter** 303:2
**herself** 182:25
**hesitant** 187:8
**Hesse** 5:8; 16:7, 19; 18:3,
19; 19:5, 8, 14, 23; 20:7,
17, 25; 21:6; 22:5; 26:8;
33:6; 35:25; 36:10, 12, 16;
37:3, 14, 18; 38:12; 39:4,
10; 40:3, 13, 22; 41:5, 23;
42:4, 21; 45:6, 23; 46:15,
21; 47:6, 19; 48:5, 9, 12,
16, 21; 49:5, 17, 25; 50:5,
23; 51:5, 16; 52:10, 25;
53:16, 24; 55:10; 58:11,
11; 59:5, 8, 13, 25; 60:8;
61:8, 16; 62:10, 20; 63:8,
21, 23; 64:5, 6, 9, 12, 20;

66:7, 13; 67:15; 69:2, 17,
23; 88:9, 13, 20; 99:25;
120:7, 12; 122:20; 124:21;
127:14, 21; 128:9, 10, 13;
129:10, 12, 18; 130:22;
131:2; 133:12; 134:8, 17;
135:7, 16, 22; 136:2, 8, 12,
15, 20; 137:6, 9, 15;
138:17, 24; 139:16, 17, 21;
140:4; 147:14; 148:8, 10;
150:15; 151:19, 25; 152:6,
9, 16; 153:2, 5; 154:5, 18;
155:5, 25; 156:12; 157:11,
12, 16; 158:5, 18, 20;
159:2, 11, 17, 20, 23;
160:5, 9, 13, 15, 17, 19;
163:3, 9, 21, 24; 164:14;
166:2, 24; 167:2; 168:3,
17, 20; 169:3, 7; 173:24;
176:5, 18; 177:24; 178:14,
20; 179:12; 180:8, 13, 18;
194:16; 195:5, 16; 198:21;
199:10; 202:19; 203:17,
20, 22; 204:3, 9, 17, 22;
207:13; 212:12, 16, 17, 19,
23, 25; 213:3, 6, 11; 214:3,
9, 18, 19; 216:11, 16, 22;
219:19, 24; 220:7, 17;
222:22; 223:6, 11; 226:8;
227:4, 7, 14; 228:21, 25;
229:6, 18; 230:5; 232:22;
235:10; 238:20; 239:2, 3;
252:7, 25; 253:19; 256:16;
260:12; 264:19; 265:18;
270:13, 14, 15, 21, 22, 24;
272:11, 13; 277:24;
282:10, 19; 283:3; 284:13;
287:19; 288:19, 23; 291:5,
14, 22; 302:17, 19; 303:3,
11, 16, 18; 304:11, 17;
305:5; 306:13, 19; 307:2,
14; 308:9, 21; 310:8, 23;
311:6, 9, 12, 12, 18;
313:18, 25; 314:6, 12, 23;
315:2, 24; 316:2, 6, 8, 23;
317:2, 3, 13, 17; 318:5, 7,
10, 13; 319:2, 21, 25;
320:16; 321:6, 11; 322:6,
10, 19, 23; 323:7, 7, 25;
324:23; 325:2, 7; 326:19,
24; 327:14; 328:2; 329:13;
331:18; 332:14, 17; 334:8,
12; 335:22; 336:4, 14;
337:6, 13; 338:16; 339:3;
341:7, 13, 23; 343:9, 17,
17, 22; 344:2, 5, 24;
345:22; 346:6, 7, 10, 13,
15, 17; 347:19, 23; 348:2;
352:7, 12, 21; 353:11;
355:7, 9, 15, 18; 357:12,
20; 358:4, 23; 359:3, 10,
24; 360:5, 13; 361:7, 15,
20; 362:12; 363:11, 13, 16,
20, 23; 364:4, 9; 372:7, 10;
373:19, 24
**Hesse's** 40:4, 7, 20; 41:9;
42:8; 125:3; 133:9; 214:4;
215:19; 251:20; 260:23;
261:3; 278:5, 14; 317:22;
328:14; 329:15; 341:10,
15; 360:24; 374:6

Hey 262:6
Hi 76:4; 80:10, 12
hid 179:18; 180:7
hiding 179:23, 25; 180:5
highest 302:8
highly 162:7
himself 87:10; 160:17;
304:15
hire 33:11
hired 307:18, 21; 308:22
hires 308:25
hiring 109:18; 175:25;
188:17, 22; 303:7; 307:3,
10, 15, 23; 308:10
histories 29:9
history 93:10; 103:6
hit 295:12
hold 12:9; 186:14;
202:24; 203:3; 209:7;
218:21; 254:9, 13
home 56:13; 58:25;
101:23; 290:12; 319:16;
323:19
honest 121:25; 292:24;
299:16, 18, 24
hopefully 202:23; 374:22
hoping 252:10
host 264:18; 265:17
hostile 58:17
hour 174:24; 288:15
hours 28:11, 15; 29:7;
30:9, 10; 54:24; 62:22, 23;
89:14, 15; 114:18, 21;
115:11, 13, 17, 19, 24, 25;
116:15; 117:3; 118:3, 6;
128:11; 225:13; 320:14;
322:18; 337:11
house 149:7; 150:2, 18;
153:21; 155:16; 225:14;
262:17; 281:25; 282:6;
283:14; 286:12; 293:21
How's 76:5
hung 21:10; 218:19
hurt 253:23

# I

Iacopelli 149:20; 194:18;
280:9; 283:12
ID 337:3
ID'd 87:10; 337:2
idea 263:20; 290:9
identification 22:13;
99:9; 120:4; 124:17;
162:21; 181:17; 200:18;
266:2; 267:4; 269:2
identified 76:22; 77:4;
78:15; 99:3; 130:12;
134:6, 19; 266:4; 267:7
identifies 216:16, 21
identify 76:25
identity 85:19; 87:24
ignored 50:8; 58:4;
314:15, 18, 19; 324:5

ignoring 58:13
illegal 262:17
illegally 94:21
immediately 80:7;
150:15; 295:18, 20
impairment 70:23; 97:24
important 10:8, 10, 11;
205:23, 24; 206:3, 9
inaccurate 24:20; 25:3,
12; 205:25; 206:18
incapable 220:6
incidences 211:21;
337:25; 344:20
incident 16:16, 23; 17:3;
53:24; 62:25; 63:6; 77:12,
19, 20; 80:3; 103:18;
130:13; 131:11; 147:22,
25; 148:13; 149:5; 155:2;
156:2, 8, 15, 24; 157:5;
166:25; 167:4, 22; 168:5;
209:15; 241:3; 245:5;
273:22; 275:19; 276:2, 12,
15; 277:13, 19, 22; 279:14;
280:7, 17, 20, 24; 281:14;
285:17; 286:21; 294:6, 15,
16; 295:20; 297:6; 301:25;
328:9; 336:19; 337:19, 20;
341:18; 344:22, 23; 348:9,
12; 354:18; 356:4, 8, 16,
21; 357:7; 358:3, 20;
360:6; 376:11; 378:11
incidents 292:11;
341:12; 344:20; 377:12
include 182:23
included 376:16
includes 259:8
including 26:7; 70:15,
16; 303:5
income 70:18
inconsistency 121:20
Incorporated 4:6
incurred 71:7
independent 310:25
indicate 44:25; 112:9
indicated 5:9; 45:17;
73:8; 207:19
indicates 158:4
Indicating 37:6; 56:7;
117:8, 24; 143:8; 215:10;
226:15; 239:21; 240:3;
252:2
individual 4:25; 12:13,
16, 19; 13:17, 20; 76:23;
282:12, 15
individually 82:5
individuals 145:8; 203:9;
275:24; 281:23; 282:5;
315:4; 342:11, 16, 17, 20;
375:24
inebriation 59:4
inexorably 302:10
inflated 231:9, 11
information 8:7; 92:3;
149:11; 158:3; 181:3;
207:9; 208:4, 5, 7; 256:16;
263:4, 21; 264:24; 283:16,
intoxicated 313:21;

17; 357:6; 379:4
initial 235:8
initiated 174:5; 176:3;
219:5, 15
injuries 70:10, 15, 24;
72:19; 96:21; 97:3, 17, 21
inquire 48:12, 16; 185:9;
192:8; 194:2, 10; 201:2, 6,
19; 225:3; 226:12; 256:6,
10; 359:10
inquired 183:10, 13, 21,
23; 184:3; 191:15
inquiring 193:21; 370:16
INSERT 105:6
inserted 257:15
inside 52:18; 63:16;
295:4, 11, 11; 337:13
instance 67:17; 140:2, 6;
337:8; 338:10; 350:3;
352:6
instances 340:4; 343:5,
8; 350:4
instead 14:24; 203:11
instruct 25:5; 331:19;
335:22; 336:14, 17
instructed 336:5; 337:6;
338:2
instructing 71:18, 19;
249:11
instruction 377:14;
379:7
instructs 7:5
integrity 302:7
interacting 343:5
interest 209:4
interested 291:10; 366:2
interesting 83:16
interfere 89:24
interfered 39:24; 89:5, 8
internal 117:11; 120:2,
11; 123:17; 124:15; 150:5;
172:10; 224:15; 283:25;
284:4, 6; 358:18
internet 129:5; 199:6
interpretation 41:9
interview 149:19;
172:22, 22; 173:14, 17;
175:12; 260:8
interviewers 92:22
interviewing 149:4;
297:11
interviews 92:18, 19
into 16:3; 46:3; 49:2, 23;
50:2; 57:2; 59:17; 71:13;
74:25; 125:18; 127:5;
160:23; 172:23; 173:7;
175:18; 176:14; 188:4, 11;
190:25; 215:9; 227:10;
258:10; 261:5; 286:6;
292:13; 294:17; 295:19;
317:4, 7, 8, 11; 318:24;
325:4; 326:7; 332:5;
354:6, 10; 356:8; 363:10;
375:7; 378:20

323:10
introduce 4:18
investigate 276:24;
356:20, 24; 357:2
investigating 273:8, 20
investigation 93:19;
172:10; 173:7; 175:17;
176:14; 313:4; 356:8
investigations 373:7
investigative 356:15
investigator 149:20;
364:19
investigators 376:8
invite 6:19
invited 281:25
involved 105:23; 111:25;
126:2, 5; 134:9, 10, 11;
145:15; 155:2; 163:25;
164:11, 12, 16, 18; 209:23;
273:4; 313:13; 341:12;
344:24; 356:14
involvement 176:23;
177:2; 278:5; 345:8;
357:9; 364:8
involving 80:3; 137:7;
261:20; 297:6; 301:16, 21;
302:2; 313:12; 337:19, 21;
344:21, 22; 378:17
Iraq 52:2, 7, 12; 53:9; 56:3
Island 16:21; 66:13;
106:2; 138:12, 14; 171:20,
25; 172:3, 7; 360:21;
367:9, 17, 19; 368:19, 19;
374:11, 16
Islip 12:7, 9; 14:14; 75:6;
82:13; 89:14; 93:18;
109:2; 142:6; 151:6;
159:8; 163:17; 183:7, 8,
16; 184:14, 15, 19; 186:9,
22; 188:22; 193:20;
194:14, 18; 195:14, 19;
196:4; 197:22; 198:10;
201:23; 207:12; 214:23;
217:4, 21; 219:10; 220:7;
222:5, 13; 223:21; 229:6;
236:16, 24; 248:20; 249:2,
5; 250:25; 251:14; 256:19;
259:12, 18, 22; 260:6;
261:6; 272:24; 290:6;
304:24; 313:14; 375:16,
25; 376:6
Islip's 247:8
isolated 294:10
issue 58:5; 158:17;
222:11; 335:23; 336:5, 15,
18; 337:6; 338:2; 339:21
issued 203:8
issues 90:24; 245:9;
272:15, 19; 303:9
Items 70:9; 72:18

# J

J 270:2
jacket 257:23, 25; 258:5,
11, 16; 259:7, 12, 18, 23;

260:22; 261:5
jail 214:24; 216:4
January 14:16; 122:22;
123:3, 21; 124:16, 22;
125:21; 127:21; 189:19;
190:14; 217:14; 368:3
jeopardy 62:6
Jimmy 55:10, 13; 337:9,
15, 15; 348:8, 20; 353:2
job 12:8, 10; 15:5, 6, 9,
12; 89:6, 9, 20, 20, 25;
91:7, 22; 107:19; 108:2,
10; 118:19; 119:17;
131:13; 149:21; 150:8, 13;
159:3, 21, 25; 160:6, 10,
16, 20; 161:4; 164:24, 24;
169:9; 172:7; 175:11;
200:2, 11; 214:19; 230:14;
234:19, 23; 235:7; 236:23;
239:13, 17, 23; 240:4;
243:23, 25; 244:25;
252:16, 17; 304:22
jobs 106:25; 107:10, 15,
16; 181:6; 243:20
Joe 44:21; 80:18; 227:7;
267:25; 292:8; 303:25;
304:3, 5, 8; 349:6
John 74:15; 78:19, 21;
75:20; 80:9, 13, 22, 24;
81:5, 10; 321:4
join 55:16
joined 55:15
joint 304:18, 19
Joseph 81:23
July 321:16, 16; 325:13;
326:14, 22; 338:13;
343:14
June 23:23; 79:5, 7, 16,
21; 96:25; 97:20; 103:22,
25; 104:3, 4, 6; 105:16;
139:24; 141:19; 145:16;
240:9, 10, 11, 20; 320:23;
368:3
jurat 379:20
jury 99:21, 22, 24; 100:2,
12; 293:25; 297:19

# K

Kansas 6:2
keep 80:17; 108:15;
109:4, 13, 16; 128:17, 18;
151:20; 298:21; 299:13;
307:7; 355:16
Ken 4:22; 6:16; 26:14;
284:10, 14, 22, 24; 285:3,
5, 18; 286:8, 13; 325:23
Kenneth 30:5
kept 75:3, 7; 108:12, 23;
109:7
Kevin 9:2, 3; 80:17;
107:3; 108:3, 3, 13, 13, 16,
17, 24, 25; 110:2; 139:22;
140:17; 141:22; 266:10;
321:4; 378:14
keys 324:10

**kicked** 295:8
**kid** 339:15
**kids** 342:10
**kinder** 360:14
**Kismet** 326:3; 367:11
**knew** 10:18; 136:24;
204:7; 227:9; 230:15;
245:8, 9; 277:12; 279:9,
10; 280:14; 285:13;
295:21; 327:5; 342:20
**knocked** 342:5
**knocking** 362:20
**knots** 358:12; 359:16
**knowing** 123:20; 233:2
**knowledge** 17:10; 27:6,
7; 33:13; 34:25; 35:3;
40:15; 46:13; 48:20, 21;
49:8; 57:8; 87:15, 18, 23;
88:18, 19; 92:10, 10, 11;
97:23; 106:5; 110:8;
115:5, 23; 116:23; 117:17;
120:17; 121:23; 126:4;
130:24; 139:15; 142:4;
152:13, 14, 17, 20, 21;
164:7; 175:12; 176:22;
177:8, 13, 15; 181:22;
182:3, 6, 22; 197:7;
199:19, 25; 201:25;
212:12; 226:2, 21; 228:10;
230:13; 241:18; 242:9;
251:2; 254:19; 258:13;
259:10, 21; 270:17; 271:4;
287:22; 290:15; 298:2;
301:7, 20; 302:3; 310:13;
311:2; 349:3, 7; 351:7, 14;
353:16, 20; 354:12, 21;
356:18; 360:23; 365:16;
366:11; 372:6; 375:18
**known** 192:19; 197:25;
218:12; 235:22; 245:14;
262:23; 278:6
**KT215@aol.com** 266:8

---

## L

**labeled** 21:17; 150:23;
205:8; 342:7
**Labor** 51:11, 12; 57:6;
62:25; 63:6, 22; 64:22;
68:6; 69:3; 114:12, 19;
115:2; 116:7, 10; 117:18,
20; 127:5; 322:9
**lack** 59:4; 88:24; 90:24
**Lamm** 9:2, 4; 10:14, 25;
11:6; 107:4; 108:2, 7, 10,
24; 109:11; 139:22; 140:3,
9, 22, 25; 141:5, 10, 12,
18, 24; 142:3, 6, 9, 15, 19,
24; 143:19; 144:2, 5, 9, 14,
25; 145:6, 13, 17, 22;
146:10, 16, 18, 21; 147:2,
13; 178:23; 266:10
**last** 6:11; 8:17; 11:9;
17:25; 31:2; 78:21; 85:5;
98:13; 115:18; 127:11;
184:2, 21; 192:13, 20;
193:15, 25; 194:9; 201:9;

203:5; 272:22; 298:6, 8,
11, 15; 302:5; 309:10;
327:24; 370:17
**lasted** 288:16
**late** 79:2; 108:9; 285:5
**later** 16:12, 20; 21:12;
52:15, 15; 55:5, 7; 57:21;
139:24; 143:17; 145:4;
147:5; 149:16, 17; 151:15,
16; 165:21; 289:10;
314:25
**latter** 105:15; 107:24;
316:7
**laughed** 40:5; 58:3;
225:11; 373:10
**law** 23:20; 103:16; 104:7,
16; 105:13, 18, 22, 23;
106:10; 109:19, 20, 22, 23;
110:5, 9, 14, 16; 114:17;
172:20; 202:17; 240:4;
244:24; 246:25; 247:4, 8;
248:4, 10; 253:20; 273:7;
341:9, 10, 14; 345:2
**Laws** 200:4; 309:16
**lawsuit** 8:14; 45:4; 82:15,
20; 86:4; 129:8; 197:6, 25;
198:4, 6, 11, 14; 206:13;
258:16; 259:23; 300:7, 8;
315:17; 365:19; 366:9;
377:5
**lawyer** 23:19; 72:6;
226:20; 258:14; 365:20,
23, 25; 366:3; 374:6;
377:2; 378:7; 379:10
**lawyers** 24:4, 9, 21, 25;
105:23, 25; 106:7; 366:6;
376:25
**laying** 293:25; 342:8
**leads** 203:23
**learn** 35:13; 105:13, 17;
121:9; 144:14, 21, 24;
145:13; 375:23
**learned** 139:25; 140:7
**least** 79:5; 96:11; 220:18;
221:16; 241:12; 252:9;
350:12; 363:6
**leave** 45:12; 104:18, 24;
121:8, 10; 127:2; 128:15;
193:9; 321:3; 324:16, 18
**leaving** 38:10, 15; 52:7;
218:18; 315:12; 316:13,
16; 321:18; 322:17;
324:14; 327:9; 328:25;
330:22
**led** 92:23
**left** 84:3; 102:13; 125:2;
133:20; 138:12; 161:16;
193:7; 311:20; 313:19;
331:21; 354:3; 362:11
**legal** 4:14; 23:10; 32:8;
61:14, 15; 70:18; 71:2;
72:4, 8, 19, 21; 73:9;
376:14; 377:2, 25; 379:11
**legitimate** 222:15; 224:5;
240:15, 21; 242:19;
243:14; 244:13; 260:3;
377:19

**less** 17:12; 28:11; 112:4,
9, 13, 18; 113:11, 25
**Leto** 4:15
**letter** 160:24, 25; 161:2;
163:15, 22; 200:16, 20, 22;
201:4; 209:5; 218:14, 21;
222:18, 23; 223:25; 224:8,
16, 18, 19; 225:7, 20, 25;
226:3, 14, 18, 21, 22;
227:4, 15, 19; 239:20, 22,
25; 240:2, 5; 251:20, 23,
25; 252:7; 253:11; 254:11;
255:4, 9; 256:2, 8; 272:14,
18; 291:21
**letterhead** 253:7
**letters** 256:12
**letting** 218:18; 348:16
**liar** 241:8
**license** 101:4, 5, 8, 13,
21; 337:16; 353:9
**lie** 206:4, 6; 232:24;
236:2; 285:22
**lied** 213:6; 231:21, 22;
232:9, 11, 13, 17; 233:12,
18; 234:4, 5; 235:12
**lies** 241:4
**lieutenant** 162:7; 171:12;
207:11
**life** 206:10; 369:3, 4, 6
**light** 337:11
**lighthouse** 359:18;
367:9, 10, 13; 374:16
**lights** 285:6; 351:25
**likely** 241:6
**Likewise** 8:6
**limit** 58:24
**limited** 26:7; 70:15, 17
**limiting** 350:19
**line** 98:15; 100:17; 307:8
**lines** 25:20, 21; 179:7
**liquor** 52:19; 342:8
**List** 181:16, 25; 184:4;
190:4, 7; 191:21; 192:7;
201:10, 14, 17; 370:18
**Listen** 127:9; 150:13;
226:22; 262:24; 290:11
**lists** 190:10
**little** 10:19; 23:3; 75:15;
77:15; 103:3, 4; 113:10,
11; 143:10; 149:16;
182:24; 288:16
**living** 284:21
**LLP** 23:16
**local** 6:7; 302:12; 330:16;
331:14; 333:11; 334:4;
335:4; 341:2; 360:20;
368:18, 22
**location** 14:8
**lock** 295:14, 15
**locked** 295:14; 296:8
**locker** 131:20; 208:8;
209:9, 10, 20, 25; 210:7,
16; 211:25
**locking** 296:10, 13
**Loeffler** 4:25; 44:17, 17,

22, 25; 47:13; 50:16; 69:7;
74:16; 81:19, 20, 22, 23;
82:7, 10; 83:20, 24; 227:8;
292:6, 7, 9, 18; 304:2, 4, 5,
8; 328:19; 330:4; 331:4, 4;
332:25; 333:18; 334:18;
340:16; 344:7
**Loeffler's** 292:8
**Lonelyville** 326:9, 10
**Long** 16:21; 31:11; 46:19;
84:22; 104:6; 111:24;
125:11; 170:7; 171:20, 25;
172:3, 6; 174:20, 21;
215:8; 282:4; 288:12, 16
**longer** 14:21; 21:2; 22:6;
74:22, 23; 190:12; 288:16
**look** 25:19; 40:9; 93:21;
96:15; 99:3; 101:12, 18;
104:25; 111:9; 119:23;
130:8; 172:23; 188:4, 11;
190:24; 206:21; 213:24;
216:24; 229:21; 246:14;
256:15; 258:4, 10; 259:17;
261:5, 17; 269:5, 6, 16;
287:3; 302:4, 21; 309:9,
10; 313:16; 358:22; 359:2
**looked** 16:3; 28:22;
46:17; 51:21; 75:3; 80:6,
18; 82:17, 22; 85:6; 102:5;
151:11; 208:17; 209:15;
228:5; 245:19; 257:19, 24;
259:11; 261:13; 262:7, 20,
21; 263:4, 22; 264:25;
265:4, 12; 268:21; 285:10;
289:21, 22; 309:25; 339:9,
18; 340:2; 358:9; 373:8,
10, 13
**looking** 30:2; 56:10, 18;
101:11; 106:6, 10; 150:21;
151:22, 24; 160:23; 178:4;
266:20; 287:4; 294:19;
314:8; 336:25; 351:18
**looks** 111:12; 149:22
**looseleaf** 291:3
**lose** 90:9; 150:13
**losing** 98:7, 9, 17, 20, 23;
102:22
**loss** 70:17, 21; 73:15, 21;
74:4, 8; 84:14
**lost** 73:19, 22; 74:3, 5, 7;
75:23; 76:14, 16, 19, 21,
25; 77:7, 8, 24; 98:2, 4, 8;
113:19
**lot** 103:4; 147:23; 171:6;
244:7
**luck** 171:13
**lunch** 372:17; 373:4
**lying** 17:22, 24; 18:4;
180:19; 235:24

---

## M

**Macarthur** 171:21, 25;
172:4, 7
**Maguire's** 51:18; 52:17;
54:18; 55:11, 14; 56:15,
19; 336:12, 14; 337:9, 21

**mail** 293:4
**maintain** 366:16
**maintenance** 303:6
**makes** 112:12, 17; 122:3;
154:5, 11, 14, 16; 254:17;
320:5
**making** 216:3; 352:7;
358:24
**Malafi** 5:4
**malicious** 256:17
**man** 57:25; 58:3; 59:18
**management** 303:4;
305:6, 19; 306:15, 20
**managerial** 304:25
**manifestations** 94:7;
95:15
**manner** 44:9
**manpower** 172:12
**many** 6:24; 10:12; 24:11;
27:8; 28:23, 24; 30:10;
36:15; 45:5; 51:7; 57:4;
62:22, 23; 76:19; 96:6;
122:9; 133:10; 273:12;
300:6; 317:25; 318:12;
323:15; 331:18, 25;
332:10; 349:9; 351:11, 21;
362:8; 363:3; 368:10;
370:10; 376:4
**map** 351:18
**March** 79:22; 81:15;
244:23; 267:20
**Marine** 325:25; 326:3
**mark** 22:10; 25:9; 99:6;
119:24; 124:13; 162:17;
181:13; 200:14; 228:14;
265:22; 267:2; 268:18
**marked** 22:12, 16; 25:16;
99:8, 11; 120:3; 124:16;
162:19; 181:16; 200:17;
205:5, 8; 265:24; 267:3;
268:25
**Market** 75:2, 22
**married** 369:16
**Marty** 183:18; 184:5;
194:18, 21
**master** 46:2; 49:3; 353:22
**masters** 139:13
**Mastic** 14:5, 8
**matter** 4:4; 50:7; 64:25;
174:25; 177:10, 19; 196:6;
268:3; 365:19; 372:4;
377:4; 379:5, 12
**matters** 371:11, 20
**may** 7:25; 11:24, 24; 14:3,
4; 19:18, 20; 21:13; 28:6;
71:23; 88:9; 90:18; 97:7;
103:25; 105:15; 107:8, 22,
24; 108:9, 23; 114:8, 10,
16, 21; 161:8; 163:22;
171:19; 172:7; 173:2;
207:4; 217:7; 218:25;
223:2, 17; 230:21, 25;
231:15; 232:11, 18, 22;
233:6; 234:9, 17, 21;
235:9, 14; 238:11; 239:6;
291:11; 323:15; 356:13;

360:22; 366:3; 368:15;
377:8

**maybe** 151:8; 170:21;
282:8; 300:12; 364:23, 24;
370:23

**Mayor** 41:20; 42:15; 43:9;
44:3, 12, 17; 45:2; 47:7;
50:13, 14; 69:7, 10, 16;
70:6; 226:13, 14; 292:8,
19, 22; 308:5; 309:6;
328:17; 330:6, 24, 25;
333:3, 20; 334:20; 340:18

**McGuire's** 63:21

**mean** 15:22; 17:21;
20:15; 31:15; 44:17;
51:23; 73:16; 77:7, 23;
78:6; 93:24; 97:25;
103:23; 111:6; 120:25;
121:22; 150:4; 153:17;
175:23; 201:16; 229:10;
235:6; 237:3; 242:2;
252:13; 267:11; 275:22;
285:12; 300:5; 315:15;
316:17, 20; 348:22; 351:8;
359:7; 365:22; 376:22

**meaning** 47:23; 190:9

**means** 20:15; 26:20;
27:24; 82:21; 99:13;
115:8; 116:11; 204:5;
276:11

**meant** 137:14; 201:7, 13;
203:11; 359:11

**meantime** 191:20

**med** 225:13

**media** 129:5; 196:24;
199:7, 9, 12, 12; 272:18;
328:24; 330:18; 331:16;
333:13; 334:6; 335:6;
341:4; 344:17

**medical** 103:11

**medication** 89:3

**meet** 109:18; 110:14;
151:5; 174:14, 16, 18;
187:5, 13

**meeting** 16:13; 81:7;
88:8; 105:8; 133:15;
137:19, 21, 24; 138:6, 10,
17, 25; 139:12; 157:24;
169:5; 174:21; 175:2, 15;
187:9, 13; 192:14, 14;
193:4; 217:5; 284:25;
289:3, 4, 6, 6, 8, 14, 15;
292:18; 293:18; 319:22;
361:5, 6, 7, 12

**meetings** 191:23; 293:14

**member** 43:12; 47:16;
50:20; 226:17; 261:18;
282:21; 313:7

**members** 330:9; 367:18

**memo** 117:11; 120:6;
122:19; 124:20; 200:22;
201:4

**Memorial** 114:25; 117:18

**men** 118:12; 305:21

**mental** 70:22; 78:12;
91:8; 92:15; 93:5, 22; 94:9;
95:16

**mention** 84:13

**mentioned** 49:21; 76:12,
12; 166:3; 197:13, 18;
303:2, 2; 307:3; 366:24;
368:15

**mess** 38:5, 6, 10, 16

**message** 161:16

**met** 141:21; 174:9, 10, 11;
187:15; 285:19; 302:8;
309:18

**Michael** 4:23

**Mid** 186:19; 189:19, 20;
190:14, 15; 191:12; 192:5;
193:6; 194:8; 215:14;
371:2

**middle** 25:22; 39:15

**midnight** 52:4; 89:17, 18;
119:13; 122:25; 124:11,
12; 319:19; 325:15

**midnights** 193:13;
305:23; 315:13

**midway** 348:23; 351:20

**might** 68:19; 231:3;
267:25; 276:15; 319:15,
16; 359:5

**Mike** 364:20

**mind** 263:2

**mine** 83:15; 287:2;
336:19

**minor** 336:22, 24;
339:14; 348:11

**minors** 344:22; 345:18,
19

**minute** 57:21; 80:11;
91:7; 133:20

**minutes** 63:11; 65:9;
144:18; 156:22; 174:24;
268:8; 282:7; 295:6;
318:20, 21; 364:23

**mis** 148:12

**misconduct** 16:22;
85:14; 87:7; 131:9;
163:19; 164:2, 11, 13, 16,
19; 209:3, 14; 356:11

**misID'd** 147:21, 24; 148:3

**misidentification**
148:20; 153:2; 154:19, 25;
155:6, 19; 156:11, 19

**misidentified** 155:24;
156:25; 279:16; 294:7

**misidentify** 152:6

**misrepresent** 285:24

**misstating** 311:4

**MO** 12:22; 45:14; 113:2;
132:3; 137:2; 213:9;
225:17; 227:11; 230:18;
263:10; 326:16; 362:25

**Monday** 124:12

**Mondays** 358:5

**monetary** 70:16

**money** 15:3; 72:7; 150:9

**month** 123:22, 22;
343:12, 12, 14

**months** 103:24; 114:12,
24; 144:19; 151:15, 15;

317:5, 10, 11

**Moran** 139:23, 24; 140:3,
10, 11, 19; 142:7, 10, 16,
19; 144:5, 15; 145:6;
147:13, 14; 361:18, 19

**Moran's** 361:20

**more** 15:2; 26:13, 20, 25;
27:12, 18; 28:15; 29:7;
30:7, 10; 114:18, 18;
116:15; 123:22; 151:8;
175:25; 183:23; 202:23;
216:8; 231:18; 232:3, 7, 7;
235:23; 256:24; 275:14;
293:23; 346:23

**Morganier** 182:19, 24;
200:2

**morning** 6:15; 52:15, 16;
54:11, 18; 57:5; 119:11,
12, 13; 241:11; 294:19;
295:19; 315:6; 322:22

**Moses** 367:12; 374:14

**most** 76:16; 115:22;
118:6; 225:12, 14, 14;
241:6; 317:10

**mostly** 87:5

**mother** 111:18, 19;
112:4; 339:18

**mother's** 112:13

**Motion** 12:22; 13:4, 8, 10;
113:2; 132:3; 213:9;
225:17; 227:11; 230:18;
263:10; 326:16; 362:25

**motioned** 295:14

**move** 45:15; 71:23; 73:6;
137:3

**moved** 172:16

**much** 61:7; 70:25; 71:13;
72:7; 80:21; 82:23; 98:19;
316:14, 17; 318:17; 319:3

**mud** 326:7

**mumbled** 373:17

**must** 23:8; 284:8

**mustache** 294:8

**Myself** 28:13; 34:18;
39:24; 85:13; 92:21;
157:19; 159:9; 161:24;
165:19; 174:7; 176:6;
305:12; 317:11; 327:17;
337:22; 373:17

# N

**name** 4:12; 5:22; 75:20,
21, 25; 76:7, 23; 78:21;
88:11; 112:24; 171:15;
184:21; 197:13, 18;
208:23; 215:4; 216:2;
366:25; 369:10; 370:2, 4;
372:18

**name's** 87:13

**named** 262:5

**natural** 70:24; 97:24

**nature** 25:19

**necessarily** 31:15; 38:2;
153:25

**necessary** 298:20;
299:8, 13

**need** 7:7; 62:9; 97:19;
128:18; 149:25; 150:8, 8,
13; 205:6; 226:22; 239:22;
240:4; 269:5

**needed** 20:4; 145:19;
160:25; 181:7; 230:11;
238:23; 254:2; 350:24

**needs** 172:11, 19, 23;
175:20, 22; 176:14;
254:10

**negative** 207:13; 211:23;
215:19; 228:16, 20; 229:3,
9, 10, 17, 19; 256:17

**negligence** 90:2

**New** 4:9; 5:19; 6:3; 14:24;
15:5, 5, 6, 9; 91:17; 93:6,
8; 172:17; 185:22; 192:22,
24; 283:15, 17

**News** 197:4, 5, 15, 23;
245:14; 264:13; 265:13;
328:24; 330:12; 331:9;
333:9; 334:2, 24; 340:24;
344:15; 360:21; 368:20

**Newsday** 197:4, 15, 22;
198:11; 245:14; 264:8;
265:5; 272:14; 328:24;
330:14; 331:12; 333:7, 22;
335:2; 340:22; 344:13

**newspaper** 264:8;
331:14; 334:4; 335:4;
341:2; 360:20; 368:22

**next** 9:17, 24; 21:11;
46:22, 24, 24; 48:14;
70:11; 141:9; 150:18;
186:8; 189:12; 191:3, 11,
13; 227:23; 229:22; 234:8;
267:2; 268:18; 270:6;
283:6; 284:16; 287:23;
293:2, 17; 314:21; 316:5;
327:22; 345:4; 346:17;
378:19; 379:19

**Nextel** 141:7; 142:24

**Nextels** 141:8

**nice** 325:6

**night** 29:22, 23; 46:23,
24; 52:5; 53:24; 54:9; 58:6;
59:18; 61:8; 64:7; 66:19,
20; 67:4, 18; 68:5; 84:21;
87:6; 89:21; 119:9, 10, 10,
11, 12; 124:11, 12; 147:22;
148:5, 18; 149:12; 153:6,
16, 19; 154:7, 13; 161:6;
197:23; 209:13; 264:13;
265:13; 275:25; 277:12,
13; 280:12, 14; 285:9, 13;
294:14, 24; 297:16;
299:22; 322:12; 327:12;
331:22; 338:25; 355:13;
372:14

**nights** 29:16, 18; 31:19;
89:10; 149:15

**nine** 52:3, 3; 351:24

**Nofi** 7:8, 10, 12, 15; 8:12,
16; 109:14; 110:7, 8, 12,
13; 256:2, 7; 267:25; 349:6

**Nofi's** 7:21; 11:8, 10

**None** 34:7; 67:20, 22, 24;
68:2; 77:5; 79:19, 20; 81:6;
113:23; 204:20; 205:3;
227:17; 229:8; 278:16;
301:10

**nonresponsive** 12:23;
326:17

**Normal** 40:22; 89:14, 15;
350:10, 15

**normally** 118:23; 374:21

**north** 353:23, 25

**Notary** 5:18

**Note** 102:8

**notes** 278:20, 23, 24;
279:3; 289:10; 290:13, 14;
291:8

**Notice** 22:12, 24, 25;
23:6, 7, 21; 24:2, 4, 7, 12,
16, 25; 25:11, 15; 26:2, 11;
35:10; 70:9; 71:6, 10;
72:17; 79:5, 8; 81:11;
97:12; 103:17; 128:21;
198:18, 23; 202:22; 240:8,
9, 13; 254:22

**noticed** 5:10; 316:13

**notified** 9:16; 24:21;
123:21; 284:13, 14;
341:20

**notify** 91:22; 92:4, 16, 25;
93:2; 119:17; 284:10;
340:6

**notwithstanding** 267:17

**November** 79:2; 151:5;
254:25, 25; 262:12

**NOVIKOFF** 4:22, 22; 5:7;
6:4, 10, 14, 15, 16; 7:23;
12:22; 13:6, 9, 15; 21:25;
22:9; 25:8; 28:3; 32:5, 9;
33:24; 35:17; 40:25; 41:3;
43:20; 44:23; 45:14; 71:5,
17, 21; 72:10; 73:3, 14;
79:13; 99:2; 101:19, 25;
104:23; 109:23; 113:2;
119:23; 124:13; 132:3, 17;
133:19; 137:2; 158:8;
159:16; 162:17; 169:6;
181:13; 200:13; 202:5;
203:2; 213:9; 225:17;
227:11; 230:18; 249:13,
22; 250:2; 257:5; 258:19;
265:22; 266:25; 268:6, 17;
311:8; 326:16; 335:9;
362:25; 364:3, 22; 366:19;
376:18; 377:15; 378:4, 12,
25

**nowhere** 346:23

**number** 4:3, 9; 29:14;
65:24; 66:4; 70:11, 11;
106:23; 108:14; 133:24;
134:4, 7; 147:10; 181:25;
183:8; 184:10, 13, 16, 18,
20; 201:18; 202:10, 14;
256:15; 268:11, 15;
273:16; 318:3; 332:3;
335:12, 16

**numbered** 268:23

**numbers** 351:12

**numerous** 26:6; 313:18;


314:2

# O

**O'Bannon** 177:7, 10, 19; 185:7, 8; 193:2, 5, 7, 9

**O-L-E-Y** 78:22

**OB** 75:2, 22; 88:10

**object** 8:9

**objected** 41:3

**Objection** 17:14, 23; 18:10, 23; 19:17; 20:10, 21; 21:24; 24:22; 25:4; 27:15; 28:2; 29:3, 10, 25; 32:4, 13, 19; 34:5, 15; 35:15; 38:7; 40:24; 41:2, 12, 14; 42:9; 43:3, 19; 52:23; 54:13; 55:4; 56:21; 57:15; 58:8; 60:5, 7, 12; 61:5, 10; 62:13, 15; 63:14; 71:3; 77:9; 79:12; 80:4; 83:13, 17; 84:11; 86:2; 90:20; 91:24; 94:25; 97:4, 22; 101:14, 15; 102:9, 18; 103:5, 19; 104:9; 105:5, 19; 107:12, 23; 110:10; 112:6; 113:9; 115:4, 9; 116:12, 22; 118:24; 120:19, 21; 121:21; 122:5, 17; 123:11; 129:11, 15, 19; 132:11, 15, 25; 133:13; 134:14, 20; 135:9, 18, 24; 137:12, 17; 141:17; 145:9; 146:12; 147:4, 18; 148:14, 22; 152:12; 153:4; 155:9, 22; 156:3, 14, 21; 157:8; 158:2; 159:15; 163:12; 164:9; 165:5; 167:16; 168:10, 13; 180:2, 6, 10, 15, 22; 181:9; 188:19; 191:7, 18; 198:3, 15; 202:20; 204:13, 19, 24; 206:12, 19; 207:6, 22; 211:19; 212:3, 6; 213:8, 17; 214:12; 215:21; 219:20; 220:9; 222:7, 16; 223:8, 22; 224:13, 25; 226:6, 25; 229:7, 12; 231:17; 232:4; 233:14; 235:18; 238:16; 241:22; 242:20; 243:10, 21; 245:2, 24; 246:2; 247:10, 22; 248:17; 249:7, 10; 250:9, 14, 23; 253:17, 24; 254:14; 255:16, 23; 257:2; 259:6; 261:14; 264:5, 10, 15, 21; 265:6, 15, 20; 274:18, 21; 276:13; 277:20; 279:21; 288:25; 290:21; 291:16; 296:11; 297:9; 298:23; 299:4, 15; 301:9; 305:8; 306:23; 308:12; 311:3, 4; 312:3, 6; 320:20; 329:18; 336:3; 364:2; 375:20; 376:13; 377:13, 16

**OBPD** 229:25; 252:6; 303:5; 305:7; 309:13; 312:25

**observed** 372:7, 9

**obtain** 229:24; 251:5, 24; 252:5

**obtaining** 200:8

**Obviously** 7:5; 73:18; 97:11; 213:7; 254:3; 282:23

**occasion** 46:11; 128:5; 130:3; 141:19; 144:8; 183:24; 192:6; 341:22; 343:9, 11; 345:15; 370:8

**occasions** 24:11; 88:25; 89:20; 90:11, 18; 232:10, 12; 233:13, 19; 313:18; 314:2; 317:25; 370:10, 14

**occurred** 281:14; 285:17; 358:4

**Ocean** 4:6; 14:21; 16:8, 17; 17:19; 21:3; 22:7; 26:23; 27:13; 29:7, 21; 30:8, 15, 17; 31:3, 6, 16, 17, 18; 46:8; 54:22; 55:24; 66:7, 23; 67:5, 12; 68:12, 18; 69:16; 74:11; 76:11, 15; 77:2; 79:10, 16, 23; 81:16; 83:21; 84:9; 93:18; 100:10; 113:21; 114:5; 116:17; 117:23; 118:25; 119:17, 19; 123:7; 124:25; 126:14, 22; 131:25; 136:4; 154:21; 159:14, 19, 25; 179:7; 195:9; 198:2, 14; 203:10; 206:14; 208:10; 209:6, 17, 24; 211:22; 218:15; 224:9; 226:2, 3, 4, 8, 22, 23; 227:5, 15; 237:15, 17, 22; 238:8; 239:21; 240:2, 14; 242:16; 245:9, 15, 22; 246:7; 247:6; 251:6, 11, 17; 253:2, 5, 20; 254:3, 20; 261:20; 262:7, 21; 263:6, 8, 13, 18, 24; 269:10; 271:17; 277:9, 10; 280:5; 290:16; 301:16; 305:17, 20; 306:15, 21; 307:15; 308:10; 309:13; 310:6, 7, 9, 10; 313:6, 13; 341:16; 351:18; 362:21; 367:10; 368:5; 370:5; 371:11, 19; 374:10

**October** 224:7; 295:25

**off** 9:18, 20, 21, 22, 25; 10:22; 19:4; 30:10; 33:2; 35:14, 16; 40:5; 43:17; 51:19, 24; 52:21; 53:4, 7, 14, 17; 55:22; 56:3, 11; 60:16; 61:11; 65:12, 25; 66:23; 67:9, 12, 16; 68:5, 11; 80:21; 82:12; 116:2, 3; 119:3, 4, 16, 16; 123:8; 124:9; 133:25; 158:12; 163:3; 176:21; 194:21; 196:11; 202:11; 208:14; 215:6; 218:8; 258:19, 22, 23; 268:12; 285:4; 293:5, 15; 308:25; 314:20; 317:7, 8; 319:18, 20, 21; 320:8, 12, 13; 321:21; 327:10; 335:13; 346:7, 15; 348:15; 349:23; 353:9; 355:10;

**365:2**; 367:12, 12

**offensive** 61:22

**offered** 131:22; 200:2, 3, 10

**office** 16:15; 138:5; 148:5, 7, 12; 149:3, 23; 150:22; 151:10, 18; 152:5; 153:20; 155:16; 157:3; 196:23; 203:10; 214:23; 215:10, 19; 216:3; 250:19; 274:10, 16; 275:13; 284:8; 288:11; 290:8; 369:21

**officer** 54:6; 56:2; 60:4, 11; 66:22; 67:8, 9, 12; 68:4, 11; 76:10; 79:10, 15, 18, 23; 83:21; 85:13; 91:17; 114:9; 118:14; 153:6; 172:21; 237:15, 21; 253:20; 262:23; 295:3; 325:14; 327:5; 350:15; 351:13; 362:16; 375:8

**officer's** 287:7

**officers** 26:7, 11, 13, 20; 33:4; 35:7, 9; 36:3; 38:9, 20; 43:16, 24; 44:10; 45:6, 12; 46:8; 47:20, 22; 49:16, 18; 50:24; 51:5; 52:18; 53:11; 54:12, 19; 55:7, 9, 12; 56:10, 15; 58:5, 13; 59:19; 61:2, 23; 62:21; 63:9, 24; 64:2; 65:2; 67:3, 5; 69:23; 76:11; 77:3, 6, 25; 78:14; 81:16; 88:13; 100:3; 113:19; 118:15; 137:19, 21; 138:3; 139:11; 247:17, 20; 249:5; 250:6, 17; 262:19, 23; 263:4, 11, 22; 271:12; 287:2; 291:23, 23; 292:11; 302:10; 305:12, 13; 313:21; 315:8, 8, 11, 13; 316:21, 22, 25; 317:16; 318:8, 14; 319:3, 5, 12; 320:2, 7, 18; 321:13; 323:9; 324:20, 21, 24; 326:21; 327:16; 328:3; 329:16; 331:20; 336:2; 342:25; 343:2, 22; 346:21; 347:24; 349:2, 18; 350:11; 362:4, 21; 363:4, 25; 364:6, 10; 367:18; 368:5; 372:13, 25; 374:10; 375:5, 11

**offices** 294:5

**official** 16:22; 85:14; 87:6; 131:9; 163:19; 209:2, 14; 224:15, 18, 22; 226:23; 245:4; 253:7; 273:8; 303:3; 306:14; 308:9; 356:11

**officials** 256:18, 22, 24; 257:8

**often** 67:11

**old** 98:5, 10; 113:15; 187:15; 192:25

**older** 74:20

**Oley** 74:15; 78:19, 21; 79:25; 80:3, 5; 81:10; 83:25

**Once** 67:14; 261:4; 326:6

**one** 4:3; 21:8, 11, 16; 24:14; 46:2; 51:8, 19, 24, 25; 55:5, 24; 59:2; 60:9; 62:24; 63:6; 64:6, 21; 65:24; 71:22; 74:25; 76:13, 22; 82:8; 85:2, 7; 88:10; 97:16; 106:2; 107:18; 108:13; 110:2, 2, 5; 117:7; 126:24; 133:7, 14, 20; 134:9, 10, 10; 140:2; 141:7; 142:25; 143:8; 145:15; 155:17; 160:13; 166:15; 167:8; 169:14; 170:4, 4, 6; 179:5; 183:8, 24; 184:10, 13, 18; 191:24; 192:18, 21; 193:24; 194:22; 198:18; 202:23; 205:7; 208:16; 224:14, 14; 228:23; 229:10, 18; 237:3; 242:14; 251:13; 254:2, 11; 256:24; 257:8; 258:20; 262:4, 6, 19, 20, 23; 263:5, 8, 13, 17; 295:2, 15; 300:3; 310:14; 311:6; 315:12; 323:12; 327:9, 17; 337:19, 20; 340:10; 341:21, 22; 342:18; 343:9; 345:12; 348:7; 357:2, 25; 363:8; 364:17; 368:24; 370:15, 19; 372:13; 376:2

**ones** 55:10, 11; 95:22; 188:13; 209:11; 230:23; 342:21; 346:21

**online** 245:19

**only** 6:25; 11:21; 15:19; 31:13; 36:6; 49:20; 58:23; 62:18; 66:6, 12, 21; 67:7; 68:3; 77:25; 87:14; 88:18; 108:13; 110:11, 15; 118:8; 130:3; 133:7; 144:8; 166:13; 178:19; 180:18; 183:3, 5, 14; 200:6; 207:16; 212:25; 229:18; 248:25; 255:12; 257:10; 297:13; 325:22; 328:6; 337:5; 343:8; 354:12; 365:17; 367:18; 368:4; 376:5

**open** 183:11, 14; 225:14, 15; 269:4; 345:15

**opened** 295:7; 342:5

**operation** 304:6

**opinion** 113:7; 153:25; 155:3; 188:22; 263:17, 23; 265:2, 5, 10, 14, 19; 310:22; 324:15

**opinions** 263:12

**opportunity** 65:5; 132:7

**oppose** 13:7, 11; 377:15

**opposed** 15:5; 236:23; 305:20; 306:22; 307:16; 308:14; 376:20

**opposition** 128:24; 199:2; 271:16

**oral** 371:4

**order** 53:7; 240:3; 263:5, 22; 308:21

**ordered** 355:5

**orders** 305:10, 23; 306:3

**original** 21:8; 183:18; 223:10; 293:7; 299:21

**originally** 16:9; 82:11; 84:24; 111:14; 139:22; 147:20; 153:21; 161:15; 170:5; 209:11; 231:8; 235:4; 301:3

**others** 53:17; 63:8; 129:5; 199:7

**otherwise** 25:22; 26:5; 44:24; 361:18

**out** 14:17, 19; 35:13; 40:10; 48:14; 49:9; 52:6; 56:12; 63:25; 68:17; 76:18; 78:13, 20, 23; 79:7, 17, 24; 81:10, 17; 82:3, 9; 83:20, 22; 93:4, 16, 17; 101:17; 102:16; 103:7, 13; 120:23, 25; 122:14; 125:7, 12, 15; 126:25; 127:15; 128:14; 143:17; 150:5; 151:7, 15; 154:18; 155:23; 157:2; 184:4, 5; 226:11; 235:20; 237:13; 238:2, 3; 242:5, 11; 245:17, 22; 246:6; 248:12; 253:18; 254:23; 256:7; 262:18; 263:3; 270:14, 15, 20; 271:15, 20, 23, 25; 272:7, 10; 274:3; 290:7, 25; 295:6; 298:16; 305:10; 315:5; 321:2, 3, 22; 322:14, 15; 323:17, 18, 18; 324:11; 325:21; 326:5, 6; 327:9, 19, 21; 332:6; 337:13; 338:22, 22; 339:16; 343:19; 347:2, 3; 349:18; 362:22; 363:24; 364:19; 367:4; 368:12; 370:25; 372:17; 373:3, 4, 14, 18

**outlet** 272:19; 328:24; 330:18; 331:16; 333:13; 334:6; 335:6; 341:4; 344:17

**outlets** 196:24

**outright** 236:2

**Outside** 8:10; 80:13; 113:19; 128:9; 294:25

**over** 52:2; 76:2; 82:22; 91:20; 95:22; 96:13; 117:23; 127:6, 10; 152:5; 162:9; 185:17; 209:24; 210:9; 220:14; 252:15; 261:2; 262:22, 24; 263:8; 268:7; 290:4; 295:3; 326:7; 339:7, 10, 16; 371:14, 24; 373:6

**overall** 350:25

**overcome** 61:3; 271:13

**overseeing** 120:23; 309:12; 310:6, 18

**own** 58:19; 73:17; 264:3, 9, 14; 265:5, 10, 14, 19; 293:10; 357:8, 8; 362:23; 374:25

**owned** 75:22; 338:3

Case 2:07-cv-03283-SJF-ETB   Document 165-4   Filed 01/15/10   Page 156 of 163 PageID #: 11226

owner 75:2; 336:11; 337:9; 344:21

# P

p.m 134:5; 158:12, 15; 202:11, 15; 258:22; 259:2; 268:12, 16; 335:13, 16; 365:2, 5
package 260:19
packet 93:20; 362:15
page 23:11; 60:24; 70:8; 128:22; 198:18, 23; 203:6; 206:22; 268:22; 269:6; 271:10; 302:6, 21; 345:5; 360:11; 379:19
paid 51:20; 71:2; 72:20
paper 111:15, 24; 231:13; 290:12, 25; 291:3; 330:16; 333:11; 358:6; 368:18
papers 215:6
paperwork 16:22; 39:16, 23, 25; 87:7; 131:10; 163:20; 192:16; 208:14; 209:15; 218:7; 356:12; 364:21
paragraph 97:9, 10, 11, 11, 15; 110:18, 20; 198:24; 201:9; 203:6; 206:21, 23; 251:5; 257:6; 259:4; 261:17; 272:2; 302:21; 304:12; 309:9; 313:16; 314:24; 335:18; 345:4, 10; 354:13; 357:14; 360:25
parents 339:15, 17
Paridiso 10:6; 40:18; 41:17; 42:12; 43:6, 15, 23; 44:9; 47:10; 50:10; 68:25; 69:20; 70:3; 120:14, 24; 122:4, 10, 13, 14, 20; 124:21; 125:4, 17, 18, 22; 126:5, 9; 225:4, 6, 8, 11, 19; 226:10; 251:13; 252:20; 253:3, 11; 254:9, 13, 19; 255:2, 9, 14; 256:3, 8, 12; 270:22, 25; 303:25; 304:7, 17; 306:4, 22; 307:16; 308:2, 4; 328:14; 329:24; 330:21; 332:23; 333:16; 334:16; 340:6, 9, 14; 344:4; 345:25; 346:15; 355:19; 356:23
Paridiso's 10:8; 120:18
park 12:10; 13:22, 25; 14:11, 13; 15:11; 20:3; 68:18; 107:3; 110:23; 146:2; 175:10, 25; 178:6, 7, 10; 181:25; 182:7, 15, 20; 183:5; 188:2; 190:17; 194:3; 200:3; 201:22; 207:16; 234:23, 25; 235:2, 3, 5, 7; 236:11, 13, 15; 237:6; 239:12, 16; 243:24; 247:4; 252:14; 305:2; 367:16; 370:16, 19; 371:7; 374:15; 375:15
parking 75:4
parks 172:15

part 38:19, 23, 24; 42:8; 45:15; 53:18; 56:24; 71:6; 78:10; 84:13; 105:15; 107:24; 114:13; 115:18; 118:6; 123:3; 141:20; 147:21, 25; 148:13; 154:20; 156:7, 17, 18, 25; 175:16; 197:25; 198:4, 14; 203:15; 215:18; 218:20; 233:23, 25; 234:3; 241:23; 242:10; 243:13; 245:3; 248:11; 263:9; 273:2, 9; 275:7; 282:20; 286:17; 314:25; 315:16; 316:7; 350:10, 24; 356:7; 367:13
part-time 114:7, 9; 116:4
participate 32:25; 33:18; 62:11
participated 60:10, 16, 20
particular 29:22; 67:9; 123:10; 300:8; 308:14; 351:2
Partly 273:22; 275:5; 276:14; 348:24
partner 108:20; 319:6; 369:9, 13; 373:11
partner's 369:10
parts 95:2
party 68:13, 16; 149:13; 262:4; 263:16
pass 19:5; 230:17; 241:3
passed 183:5, 15; 184:10
passing 375:19
past 70:17; 92:18, 19; 93:9; 150:11; 213:6
Pat 74:19
patrol 141:21; 348:15, 23; 350:13, 16
patrolled 349:15, 21
patrolling 350:22
Paul 63:15; 74:16; 77:12; 342:18
paved 367:12
payroll 270:13, 20
peace 91:17
Pelt 312:13, 14, 19
pending 73:9; 92:7
people 52:21; 57:4; 111:9; 149:4, 19; 176:2; 262:5; 264:18; 265:18; 297:11; 315:23; 316:18, 20; 329:3, 25; 367:16; 376:4
people's 38:5
per 114:17
percent 89:12; 133:2, 4; 207:5; 266:9, 13; 267:24; 326:11
performance 252:17
performed 312:25
perhaps 113:19
period 23:8; 30:20; 45:16; 55:25; 81:15; 94:14; 109:5; 127:17; 185:12; 186:4; 261:2

permanent 70:19; 91:18
permission 163:13; 179:15
person 45:3; 52:12; 82:4; 87:24; 183:15; 214:23; 215:2, 11; 216:2, 6; 228:11; 256:25; 257:9, 10; 318:23; 327:10; 329:14; 371:14, 23; 376:3
personal 70:20; 87:23; 88:17; 92:10, 11; 111:5, 7; 177:15; 227:9; 353:16, 20; 354:21; 357:8, 8; 360:23
personally 10:2; 163:4, 10; 314:22; 337:6; 341:12; 342:22; 344:24
Personnel 176:2; 200:23; 202:2; 208:15, 22; 214:23; 215:9, 18; 216:3; 217:3, 9, 17, 20, 24; 218:2; 257:22, 24; 259:7; 309:12, 14; 310:6, 19; 313:20; 329:2
pertaining 260:23; 313:13
pertains 207:16
phone 9:10; 14:3; 16:19; 19:22; 21:12; 45:12; 46:5, 11, 20; 47:4, 24, 25; 49:3, 4, 10; 107:2; 108:14; 110:3; 141:5; 142:24; 149:23, 24; 161:11, 11, 14; 162:9; 165:13, 19, 22; 167:9; 169:8; 174:16; 178:15; 179:6, 7, 9; 194:17, 20; 199:14; 208:7; 212:7, 10, 11, 24; 213:11; 214:2, 4; 235:8; 237:13; 253:25; 283:10, 18, 20; 299:23; 319:17; 371:14
photo 368:17; 369:5, 8
photos 293:24; 294:3, 4
phrase 77:8
physical 94:6, 7; 95:15
pick 127:10, 16; 133:22; 158:9; 318:23; 326:2; 370:24; 375:5
picked 149:24
picking 39:15
picture 99:5, 13, 16; 100:5, 12, 17; 267:10; 310:2; 368:16
pictures 100:2, 25; 101:22; 102:3
piece 290:12, 25; 357:21; 358:6, 8, 8; 359:12; 360:9
pieces 291:3
pinpoint 288:21
pissed 327:10; 355:10
place 10:19; 19:16; 90:10; 138:18; 189:13, 19; 191:6; 194:25; 196:22; 218:24; 228:25; 234:21; 283:20; 337:17; 355:25
Plaintiff 71:9; 73:11; 86:3; 87:19
Plaintiffs 4:5, 21; 7:20;

8:2, 12, 22; 11:10, 16, 22; 60:25; 106:6; 256:11, 18; 257:7, 16; 259:4; 271:11, 12; 298:3; 301:19, 24; 302:6; 312:25; 313:17, 20; 315:17; 341:7; 365:8, 12, 18; 366:5
play 170:20
pleasant 55:3
please 4:18; 5:15, 21, 24; 22:17; 65:11; 74:18; 101:12; 105:4; 123:23; 162:6; 206:22; 345:5; 357:24
plenty 52:8
PO 269:25
pocket 101:18
point 17:5; 20:25; 43:14, 22; 57:11; 64:3; 94:18; 100:21; 112:12, 17; 113:5; 121:13, 16; 124:10; 130:4; 132:23; 142:21; 155:17; 156:5; 158:3; 166:6, 12; 176:25; 180:25; 181:2; 186:12; 216:15, 19; 219:18; 226:7; 229:19; 230:15; 235:24; 238:18; 253:18; 296:8; 312:4; 322:3; 349:19; 374:15
Police 13:22; 14:2, 11; 15:11; 20:3; 40:14; 43:18; 45:13; 48:2; 49:3, 10, 23; 60:4, 11; 61:2, 23; 62:21; 67:12; 68:11, 13, 16; 76:10, 10; 77:3, 6, 24; 79:9, 15, 23; 81:16; 83:21; 88:15; 100:8, 9; 107:3, 5; 113:19; 114:9; 203:10; 234:23, 25; 235:3, 7; 236:11; 237:6, 15, 21; 238:7, 8; 239:13, 16; 243:24; 248:9; 251:6, 11, 18; 252:14; 253:21; 254:4; 262:16; 269:10; 271:12, 17; 282:12, 21; 290:17; 294:4, 17; 295:3; 304:9; 305:17, 20; 306:16, 21; 307:15; 308:10; 310:7, 10; 320:2, 18; 323:9; 324:23; 326:21; 329:16; 331:22; 332:9; 337:2; 350:11; 351:2; 353:23, 25; 354:16, 17, 19; 355:14; 360:14; 362:15, 16, 20; 364:20; 367:18, 20, 24; 368:5; 371:12, 20; 374:10
Politics 16:21
polygraph 16:3, 4, 5; 17:7, 9, 10, 17; 18:7, 18; 19:4, 5, 10, 15, 25; 20:3, 8, 18; 181:7; 230:10, 16, 17; 231:16; 232:3, 8; 233:4, 7, 21; 235:17; 238:12, 15; 239:12; 240:23; 241:10, 13, 18; 242:6; 244:24
polygraphs 15:15, 21, 23; 243:20
posed 105:4; 378:15
position 12:11; 14:14;

110:23; 146:3; 178:3, 4, 11; 183:10, 11, 14; 185:19; 188:23, 25; 189:10; 192:4, 9; 200:6; 201:9, 14, 18; 209:8; 233:10; 236:14; 237:4, 7, 11; 238:19; 241:16; 304:23, 25
positions 207:11; 229:23; 230:4, 7; 236:7, 8; 237:2
possession 34:9; 93:13; 101:2; 102:4; 134:23; 366:13
possible 167:11; 367:5
possibly 167:8; 245:6; 310:2; 365:24
posted 16:10; 76:17; 85:10, 10, 12, 16, 19; 86:7, 12, 14, 17, 19; 87:4, 8, 15, 19, 24; 88:7; 112:24; 133:17; 209:12; 220:13, 22; 221:11; 237:24
posting 86:24; 87:11; 88:12; 130:7
postings 95:3; 112:22
potential 243:17
practices 26:6; 32:17; 34:13
pre-polygraph 241:23, 25; 242:8, 10; 243:13; 362:19, 24; 364:16
Precise 4:13, 16
preliminary 271:10; 302:5
presence 8:3, 10; 9:7; 360:17; 361:20; 363:7; 372:8; 373:20
present 45:2; 81:16; 83:19; 88:2; 136:7; 138:9; 139:12; 140:20; 141:6; 150:6; 195:13; 196:25; 283:23; 284:9; 286:13; 297:15; 372:19
presently 12:5, 8, 12; 369:16
press 196:14, 17, 21, 25; 197:16, 24; 198:12
pressure 19:3, 9
presume 203:11
Pretty 80:21; 82:23; 95:7; 102:17, 23; 153:14; 289:17; 325:5; 327:2
prevail 72:13, 23
prevails 73:12
previous 230:23; 346:19
previously 205:5, 8; 361:23
printed 184:5
printer 270:12, 19
printing 270:20
Prior 9:5; 11:8; 24:8, 12, 24; 27:3, 19; 31:11; 52:6; 58:24; 59:16; 66:25; 67:3; 75:19; 79:7, 8; 81:7, 7, 8; 100:21; 101:2, 23; 102:5; 104:6; 106:18; 110:8;

121:6; 122:7; 123:12, 13, 22, 22; 124:4; 131:23; 145:5; 152:10, 16; 154:19; 156:5; 157:17, 21; 158:5; 160:4; 163:18; 169:16, 16; 170:4, 4, 9; 172:7; 173:22; 181:19; 182:17; 187:16; 188:16; 192:19; 200:8; 202:17; 205:16; 216:10, 20; 223:4; 232:10; 233:13, 23; 234:24; 250:17; 253:13; 267:7, 14; 272:3, 9; 284:24; 319:18, 20, 20; 354:7, 18; 355:9; 358:23; 363:19

**privilege** 378:22, 24

**privileged** 377:3; 378:10, 11

**probably** 176:12; 209:7; 241:6; 289:2; 346:25; 347:3, 5

**probe** 250:16; 272:23; 273:2, 5, 10

**problem** 16:6, 7; 179:6; 282:22; 373:6

**problems** 107:4; 147:23; 270:20

**proceed** 5:11; 23:10

**proceeding** 298:13

**proceedings** 23:10

**process** 70:24; 97:25

**prod** 266:21

**produce** 258:15

**produced** 165:24

**production** 102:2

**professional** 70:20; 91:6; 92:16

**program** 91:13

**promise** 367:3

**promised** 301:14

**promote** 228:8

**promoted** 173:8; 175:19; 176:24; 177:23; 178:4; 182:7, 20; 183:17; 185:13; 186:5, 10; 187:23; 188:10; 189:19, 24; 190:17, 21; 191:6, 16, 17; 193:16, 21; 194:3, 11, 15; 195:15, 20; 201:22; 209:21; 210:20, 24; 211:5, 12; 216:7

**promoting** 186:13

**promotion** 14:25; 15:4; 92:7; 131:22; 132:7; 160:23; 163:17; 180:17; 207:10, 15, 17, 20, 25; 208:11; 211:17, 21; 215:20, 24; 228:12; 251:14; 303:7; 307:4, 8, 10

**promotional** 14:15; 182:2; 183:3, 4; 200:6

**promotions** 172:11, 24

**property** 225:15

**prosecutor** 277:7; 288:14; 369:20; 370:4

**prosecutors** 369:23

**protect** 271:15

**protected** 377:22

**prove** 153:15, 17; 255:23

**provide** 229:25; 252:6, 8, 20

**provided** 230:20

**provisionally** 131:23

**provisions** 72:3

**psychiatrist** 90:23; 91:5, 8, 11, 23; 92:6, 15, 25; 93:3, 11

**psychological** 93:10

**psychologicals** 371:5

**Public** 5:18; 62:3, 12; 92:10; 195:25; 244:5; 271:15; 302:8; 313:3, 7

**pull** 325:20

**pulled** 262:18; 295:11

**pulling** 64:2; 326:5

**punished** 350:4

**punishment** 348:19, 25; 349:19

**purporting** 200:21

**purpose** 53:15; 99:20; 100:11; 175:14; 270:10

**purposes** 24:16

**pursue** 239:22; 240:4; 243:19, 23

**pursuit** 239:17

**push** 188:14; 191:24; 192:18, 21

**pushed** 193:3

**put** 9:23; 26:3, 4; 62:5; 73:5; 94:19, 20; 117:4, 25; 118:8, 22, 23; 119:3, 4, 9; 123:16, 25; 126:8; 132:20; 145:20; 150:5; 154:2; 233:2; 255:17, 19, 21; 260:5, 18, 22; 284:5, 5; 292:10, 20; 346:25; 347:3; 348:21; 349:2, 9; 356:10

**putting** 11:23; 66:18, 19; 187:24; 192:4; 348:17; 350:6; 356:13

# Q

**Q** 24:24; 263:10

**quad** 263:9

**question's** 132:5

**questionnaire** 241:24; 243:14

**questionnaires** 242:8

**quicker** 248:12

**quiet** 285:21

**quite** 28:15

**Quogue** 362:15; 364:20

# R

**R** 16:4

**R-A-B-E-R** 184:22

**Raber** 183:19; 184:5, 21, 23; 185:2, 15, 17; 186:3,

16; 194:5, 19, 21; 210:13, 14, 15, 18, 23; 211:4, 9, 10; 220:10

**race** 94:11, 24

**racing** 94:14; 95:5, 14

**radio** 45:13; 46:4; 48:2; 49:4, 10; 325:24

**Radler** 4:23

**raise** 47:6, 9, 12, 15; 330:11; 331:9

**raised** 19:3, 9; 47:5; 62:20; 63:21, 23; 64:11; 71:8, 9; 272:15, 19; 277:18

**ran** 74:25; 125:18; 290:17

**range** 151:4, 7

**ranger** 12:11; 14:13; 110:24; 146:2; 178:6, 7, 10; 182:2, 7, 20; 183:5; 188:2; 190:17; 194:3; 200:3; 201:22; 207:17; 235:2, 6; 236:13, 15; 370:16, 19; 371:7; 375:15

**rangers** 175:10, 25; 182:16; 247:4; 305:2

**rank** 33:15; 34:21

**ranking** 26:7, 10, 20; 35:9

**rat** 137:14; 150:22, 23; 263:23; 265:2; 347:22; 361:8, 10, 15, 21, 23, 25; 362:6, 9, 9; 363:5, 12, 17, 21; 364:13

**rather** 146:5

**rats** 262:7, 20; 263:5, 13, 18

**Ray** 369:25

**re-call** 179:5

**reach** 78:20, 23; 79:7, 17, 24; 81:9; 82:9

**reached** 78:13; 81:17; 82:3; 83:20, 22

**reaction** 314:18

**reactions** 94:6

**read** 25:11; 164:15; 165:20; 198:11, 13; 206:22; 210:20; 211:6; 245:13; 261:11; 264:3, 8; 265:9; 272:3; 314:2, 24; 335:19; 345:5; 357:23, 25; 359:20; 360:19, 23

**reading** 210:4; 244:12

**real** 224:11

**realize** 196:10

**really** 39:21; 92:13; 202:6; 222:11; 229:10, 18; 231:3; 234:3; 237:3, 25; 275:18, 21; 276:21; 286:6; 289:24; 294:23; 299:11; 332:20; 355:21; 359:17

**reason** 12:20; 17:5; 59:10; 81:2, 4, 6; 146:5; 147:10, 19; 155:3; 156:12; 166:8, 22; 167:11; 177:23; 184:12, 24; 185:13; 187:16; 195:14, 19; 210:19, 24; 211:4, 11; 221:5, 7, 8, 17, 19; 222:15;

223:9, 10, 16, 17, 18; 224:5, 11; 227:16; 230:11, 21, 22; 233:20; 234:9; 235:13; 238:23; 239:7, 11; 240:16, 21; 242:19; 243:15; 244:13; 251:22; 255:12; 296:5, 7, 16

**reasoning** 221:25

**reasons** 17:4; 18:2, 18; 20:24; 21:6, 16, 20; 22:3, 4; 166:13; 167:8; 168:20; 178:17; 232:2, 23; 233:6; 235:15; 243:7

**recall** 11:3; 26:17; 30:16; 32:15; 36:20; 51:9; 61:4; 62:24; 63:7, 7, 22; 64:24; 65:3; 77:5; 98:25; 104:10, 12; 120:10; 124:19, 24; 126:23; 127:11, 13; 134:11, 16, 21; 144:7, 17, 20; 149:17; 173:21; 190:2; 191:19; 201:3; 208:23; 267:14, 16, 19, 21; 268:2; 283:21; 287:17, 20, 21; 288:20; 291:7, 18; 292:13, 15, 24; 293:19; 308:17; 317:20; 323:5, 13; 325:12; 327:25; 338:7; 343:24; 349:11; 352:7, 20; 353:14; 365:9; 369:11, 12

**recalled** 294:8

**receded** 100:18

**receding** 98:15; 100:23

**received** 207:23; 227:20; 256:2

**receiving** 201:4; 267:19

**Recently** 217:13

**recognize** 22:20; 205:7; 266:3

**recollection** 34:10; 43:17; 49:7; 63:13; 65:6, 22; 104:21; 105:3; 124:11; 125:23; 134:24; 177:3; 187:9; 197:2; 266:21; 311:2; 366:14

**recommence** 31:5

**recommendation** 256:3

**reconfirmed** 167:7

**reconfirms** 16:24

**record** 4:17; 5:8, 22; 25:25; 33:22; 65:12, 25; 66:5; 73:5, 7; 79:22; 91:18; 124:20; 133:25; 134:5; 146:11, 22; 158:12, 15; 195:25; 202:11, 15; 229:13; 244:5; 245:4; 258:20, 22, 24; 259:2; 260:6; 268:12, 16, 19; 335:13, 17; 365:2, 5; 378:6

**recorded** 144:15, 25; 145:14; 147:12; 170:14; 179:13, 16; 202:18

**recorder** 142:22, 25; 143:2, 6, 20

**recording** 142:16, 19; 144:23; 145:7, 23; 146:17, 19; 147:3; 169:18; 170:25; 171:2

**recordings** 145:20

**records** 153:8, 18; 257:16, 20; 259:5, 8; 293:10

**recover** 71:11; 72:23

**recreation** 172:16; 185:21; 186:25

**recruiter** 230:9; 235:9; 237:14; 239:18

**recruits** 368:6, 8, 10

**refer** 26:11; 31:22; 32:2, 18; 34:14; 35:8; 247:21; 250:7; 306:4, 6, 10

**reference** 16:15; 110:18; 131:10, 21; 149:4; 165:3, 7; 229:4, 11, 19, 20; 248:14; 251:4, 10, 19, 25; 252:13, 16, 20; 253:11; 254:11; 255:4, 10; 256:8, 12; 259:3; 294:11

**referenced** 130:20; 169:19; 203:15; 293:22

**references** 207:13; 211:23; 215:19; 228:16, 21; 229:10, 18, 25; 251:6; 252:5; 256:17; 367:6

**referred** 73:9, 10; 128:15; 137:16, 22; 203:15; 292:4

**referring** 45:2; 73:2; 74:8; 85:20; 110:19; 111:3; 136:14; 162:23; 199:10; 207:15; 208:19; 210:11; 213:12; 215:25; 229:4, 16; 247:16; 248:7, 8, 18, 19, 24; 250:21; 251:25; 252:8; 259:5; 260:5; 302:15

**refers** 229:13; 236:18

**reflect** 73:7

**reflected** 212:12; 224:22

**reflects** 214:4

**refresh** 34:10; 63:13; 65:6, 21; 104:20; 134:24; 366:14

**refreshes** 105:2

**refuse** 331:20

**regard** 18:2; 22:6; 44:2, 5; 47:3; 69:6, 9, 12, 19; 70:2, 5; 88:24; 90:23; 155:5; 176:4; 189:8, 9; 196:13; 228:11; 230:25; 246:19; 255:8; 329:5, 8; 340:4; 364:9

**regarding** 135:16; 136:13; 227:5; 376:10; 377:12; 379:5

**Regardless** 62:23; 63:18; 323:14; 378:8

**regime** 271:16

**regular** 6:5; 350:13

**regulations** 309:15

**regulus816@earthlink.net** 266:12

**rehire** 21:22

**rehired** 84:9; 114:2; 116:20, 24; 148:21;

152:25; 154:21; 155:4, 8;
156:13, 20; 167:24
**related** 81:22; 100:12;
101:17; 244:25
**relates** 34:21; 186:21
**relating** 304:21
**relation** 84:19; 104:4;
106:14; 108:8; 163:22;
186:15
**relations** 373:21, 24
**relationship** 81:25;
127:20, 23; 227:8; 372:12
**relieve** 77:13
**relieved** 48:15
**Relieving** 47:21; 49:2;
358:4
**relive** 85:4, 4
**reliving** 94:3, 16
**remarks** 85:2
**remember** 82:25; 162:5;
197:3
**remove** 331:19
**removed** 126:16
**render** 263:23; 264:25
**repeat** 154:15; 204:14;
236:5
**repeated** 302:6
**rephrase** 6:20; 8:16;
13:2; 79:14
**replace** 123:24
**replaced** 211:3, 10
**report** 91:8, 12, 16;
357:21; 360:6, 7, 8
**reporter** 4:15; 5:15, 21,
24; 22:10; 200:14
**Reporting** 4:13, 17;
177:4
**represent** 366:24
**representative** 287:24
**representatives** 285:20;
286:12
**represented** 378:2;
379:12
**representing** 5:5; 23:20
**reprimanded** 90:4
**reputation** 70:20; 110:24
**request** 7:2; 101:16, 20;
258:18; 317:22; 318:10
**requesting** 185:12
**requests** 72:3
**required** 92:4; 181:7;
243:20
**requirements** 16:2
**requires** 91:22
**rescue** 285:12
**researched** 15:14
**reserve** 6:8
**resident** 88:11
**residents** 74:21, 23;
76:12, 13, 17; 88:12, 14
**respect** 120:23; 121:2;
122:14; 162:7; 257:3, 5
**respectfully** 23:15

**respective** 29:8; 207:11
**respond** 25:6; 97:19;
166:2; 186:6; 282:16
**responded** 186:5;
282:14
**response** 17:24; 18:9;
40:4, 8, 20, 22; 41:10, 24;
42:7, 25; 46:16; 48:6; 50:6;
87:8; 188:16; 316:9;
322:24
**responses** 17:12
**responsibilities** 350:11,
25
**responsibility** 305:6;
350:15
**responsible** 303:4, 11,
18; 304:11, 16, 22, 25;
305:18; 306:14, 20; 307:3,
14, 23; 308:9; 309:12;
310:5, 18
**rest** 55:2; 338:24; 367:17
**result** 76:14, 25; 84:8;
90:10, 17; 113:20, 25;
131:13, 17; 166:4; 257:14
**resulted** 94:8; 96:8;
154:20; 155:6; 156:19
**resulting** 96:7; 132:8
**results** 14:17, 19; 173:4
**resume** 192:15
**retain** 103:15; 104:7
**retained** 202:16
**retainer** 104:15
**retaliate** 59:14
**retaliation** 128:23;
198:25
**retaliatory** 58:18
**retire** 217:12
**retired** 217:11
**retirement** 262:4; 263:16
**review** 6:9; 22:17; 24:2, 7,
12, 15; 205:15, 20
**reviewing** 22:18, 19;
162:24; 206:24; 335:21;
345:7; 357:15, 19; 360:12
**Rich** 46:5, 7; 325:19;
327:19; 346:21; 362:2;
363:7
**Richard** 327:18
**rid** 279:6, 11
**ride** 56:12; 353:9
**ridicule** 347:20; 348:2, 4,
13; 352:11, 13
**ridiculing** 348:18; 352:7
**right** 5:13; 6:8; 16:25;
28:8; 30:21; 31:17, 18;
34:19; 42:22; 56:3, 6;
57:12; 61:17; 63:5; 64:19;
71:21; 77:15; 89:16;
93:21; 96:19; 101:6, 19;
103:2; 107:16; 109:24;
117:7; 118:10, 13; 123:19;
124:2; 133:8; 141:9;
147:6; 152:9; 154:4;
168:9, 12, 21, 25; 173:23;
178:8; 184:16, 20; 192:20,
21; 195:8, 9; 207:3;

212:13; 218:17; 219:2, 6,
8, 18, 19; 221:4; 13, 14,
16; 222:2; 223:5, 14, 18;
224:2; 225:23; 227:10;
228:7; 229:21; 230:21;
232:10, 12, 13, 19; 233:24;
234:4, 6, 13, 22; 235:2;
236:16, 19, 24; 237:4, 7;
239:8; 240:10; 241:13, 17,
20; 244:5, 15, 19; 245:11,
15, 19; 252:10, 19; 255:10;
263:24; 264:4, 9, 14;
265:2, 7, 10, 14, 19;
274:23; 275:4; 276:23;
286:13; 290:20; 292:23;
294:5; 295:23; 297:8, 16;
305:25; 307:13; 309:24;
311:13; 316:3; 322:8;
327:24; 347:10, 17;
350:14, 16, 18; 351:5;
359:7; 360:9, 25; 363:11;
379:2
**rights** 244:18
**Rivkin** 4:23
**RL** 24:24
**roadway** 367:13
**Rob** 281:8
**Robert** 367:12; 374:14
**rocket** 37:21; 38:16;
39:11; 49:22; 50:2, 11;
63:16
**Rogers** 5:2; 41:20; 42:15;
43:9; 44:3, 12; 47:7; 50:14;
69:10; 328:17; 330:6, 25;
333:3, 20; 334:20; 340:18;
344:9
**Ronkonkoma** 141:13, 14
**room** 9:6; 131:21;
194:19; 208:8; 209:9, 10,
20, 25; 210:7, 16; 211:25;
277:7; 284:21; 373:2, 14,
18
**roster** 126:16
**rough** 280:15, 22; 281:9,
18
**roughly** 117:19; 319:22
**RQ** 101:19, 25
**rules** 6:7, 7
**ruling** 25:9
**rumors** 208:25
**running** 209:2; 285:4;
374:22

**S**

**sad** 153:15
**same** 15:6, 9; 18:21;
28:20; 29:18; 32:13;
33:15; 34:21; 39:5; 44:2, 5,
12, 14, 16; 46:23; 47:21,
23; 67:17, 18; 69:6, 9, 12,
19; 70:2, 5; 81:6; 117:16;
120:21; 165:20; 179:9, 24;
235:4; 264:23; 329:5, 8;
332:11; 334:15; 345:19;
346:21; 366:16; 375:4;
377:14; 379:6

**Sanchez** 309:11, 18, 21,
23; 310:5; 368:16; 369:15;
371:23; 372:4, 8, 12;
373:21, 25
**Sanchez's** 311:21, 25;
312:9
**sanctions** 71:23
**sand** 325:14, 19, 21
**Santana** 4:12
**sat** 208:21
**Saturday** 149:14; 295:19
**saw** 15:14, 25; 25:13;
28:18; 35:20; 37:12;
46:22; 54:12; 76:2; 78:25;
80:5; 86:14, 16; 111:23;
112:23; 125:21; 126:2;
142:21; 143:13; 220:12;
227:23; 231:8; 282:24;
289:17; 311:19; 327:21;
346:17, 18; 355:3; 368:17
**saying** 16:24; 75:23;
87:8; 163:4; 165:17, 18;
209:22; 226:22; 228:20;
237:2; 243:6; 247:18;
249:16; 270:18; 315:19;
339:23; 341:6; 363:15
**scapegoat** 279:17
**scene** 153:6
**schedule** 28:20; 30:13;
117:5; 118:2; 121:12, 14,
16, 17, 23; 122:4, 11, 16;
123:9; 280:13; 282:2;
285:14, 16
**scheduled** 10:3; 233:21
**schedules** 28:17, 18
**scheduling** 126:2, 6;
188:3
**Schimpf** 185:24; 186:11,
15, 20; 187:15, 22; 188:8,
10, 17, 20; 189:13, 18, 24;
190:16; 191:4, 13, 15;
192:2, 6; 193:6, 14, 15, 24,
25; 194:8
**Schneider** 200:23;
201:3, 7, 13, 20; 202:2;
217:17, 23
**school** 339:17
**scooped** 16:25; 17:2;
166:23; 167:4, 21; 168:4
**score** 376:2
**scored** 182:4; 184:10, 13
**scores** 218:9; 375:23
**screaming** 325:25
**scroll** 248:2
**search** 105:24; 106:15,
18; 108:10
**searches** 108:2
**season** 21:23; 30:10;
116:2; 117:14, 16; 118:7;
123:4, 8; 124:5, 6; 317:7, 8
**seasonal** 27:20, 22; 28:5,
6; 114:8, 11; 115:3, 6, 8,
11, 14; 116:11, 13, 20;
263:9
**Seasonally** 13:23
**second** 39:2; 40:2; 42:3,

11, 14, 17; 45:20; 47:18;
48:6, 17; 49:12; 68:24;
70:8; 128:22; 162:6, 13;
179:8; 189:23; 198:18, 22,
23; 201:8, 8; 231:23;
234:4; 258:20; 317:2, 14,
17; 321:11; 325:20;
327:13; 328:9; 337:8;
339:2; 340:10; 341:19;
357:25
**secondhand** 352:9
**seconds** 57:21; 82:24;
144:18
**secretary** 149:21; 194:20
**section** 25:20
**secure** 106:25; 354:2
**security** 15:25; 243:25
**seeing** 81:8; 94:19; 96:7;
267:14, 16
**seek** 8:7; 12:18; 13:16,
19, 21, 24; 14:11; 103:11;
377:2
**seeking** 14:24, 25; 71:11;
207:25; 376:14; 377:9
**seems** 121:19
**selectively** 341:8
**send** 117:23; 185:11;
223:3; 224:23; 226:21;
239:20; 253:11; 255:4, 6;
272:14, 18; 328:23;
368:24, 25
**sending** 120:10; 124:24;
368:25
**senior** 26:6, 10, 19; 30:7;
35:9; 153:5; 312:21;
325:14; 327:5
**sent** 91:20; 161:21;
199:23; 223:20; 224:10;
290:24; 327:11; 337:16;
343:20; 348:14; 349:25
**sentence** 128:23;
198:24; 201:8, 9; 203:5;
207:9; 228:16, 19; 229:5,
13, 17, 22; 272:2; 302:5,
22, 23; 309:10
**sentences** 97:10
**separate** 218:2; 230:22
**September** 4:10; 14:17;
28:7; 51:13; 97:2; 114:8,
10, 17, 19; 122:12; 152:3;
184:7, 8, 8; 185:12; 186:3;
189:22; 195:2, 3, 6;
200:17, 21; 201:20;
227:24; 295:22
**Sergeant** 26:8; 120:7, 11;
122:20; 124:21; 125:2;
207:12; 270:21; 304:7
**sergeant's** 12:11
**series** 6:17; 242:10
**serious** 95:7, 12; 102:17,
23, 24
**served** 336:22
**service** 12:10; 14:15;
114:17; 178:5; 181:15, 25;
190:10; 200:4; 202:3;
217:25; 230:13; 233:11;
257:16, 20, 25; 258:5, 11,

15, 16; 259:4, 8, 12, 18,
23; 260:6, 22; 261:5;
302:8; 309:15; 311:15;
312:22, 23; 361:23, 25;
362:6, 9; 363:5, 12, 17, 21;
364:13, 14; 370:7; 371:13,
19; 372:15; 373:3
**set** 98:14; 150:15;
192:14; 205:25; 206:4;
233:3, 7, 10; 257:6;
268:18; 345:9; 360:24
**sets** 244:7; 269:23
**setting** 235:16
**seven** 163:23
**several** 9:16; 15:15, 18,
20, 22; 52:17; 54:19; 57:6;
74:10; 218:13; 362:3, 20;
372:13
**severe** 94:12
**sexual** 277:24; 278:15;
288:23; 291:5, 14; 372:11;
373:21, 24
**shape** 44:9
**shareman** 304:19
**shaved** 294:8
**sheet** 269:9
**sheets** 153:23; 154:2;
270:20; 286:18, 24; 287:7
**shift** 52:11; 305:14, 21;
306:2, 7, 11; 351:2
**shifts** 28:9, 24; 89:16;
350:12
**Shirley** 14:6, 8
**shit** 40:10, 11; 82:19;
295:12; 357:21; 358:8, 9;
359:12; 360:9
**Shop** 151:5
**Shore** 6:3; 80:5; 81:9;
262:17
**short** 149:16; 313:20;
321:19; 324:14, 18; 329:2;
330:22
**Shortly** 86:21; 144:16;
196:14
**shot** 55:19; 57:20; 58:3,
7, 9, 11, 20, 23; 59:5, 7, 10,
12, 21, 23; 61:8
**shots** 52:18
**show** 22:15; 56:19; 61:7,
13; 99:10, 11; 102:4;
153:18; 180:17, 20; 205:4;
267:6; 362:13
**showed** 31:12; 61:12;
94:23; 95:2; 150:18;
153:8; 184:5; 208:10;
212:13; 280:13; 286:23;
287:6; 343:18; 365:6, 13;
366:10
**showing** 104:13
**shows** 113:5
**shrugged** 176:21; 228:3;
314:20; 321:21
**Shut** 37:23, 24; 51:22;
55:18; 57:18, 25; 59:20;
125:5; 262:25
**side** 56:17

**sign** 6:9; 104:15; 271:3;
308:25
**signature** 23:12; 269:12,
14, 17, 20, 21; 270:4, 5, 7,
8
**signatures** 269:24
**signed** 97:12
**significantly** 98:15;
100:18, 22, 23
**silence** 61:3; 247:3, 7, 9,
15, 21; 248:5, 16; 249:6;
250:8, 13, 21, 25; 271:14
**Silver** 143:8
**similar** 224:14, 14; 358:6
**similarly** 375:2
**simple** 20:17
**single** 268:22; 282:15
**sirens** 285:6
**sit** 18:11; 28:23; 77:14;
85:18; 263:20
**sitting** 153:22
**situation** 255:18, 20, 22
**six** 170:8; 273:16; 277:7;
288:13; 318:3; 325:17;
335:16
**size** 215:9
**sleep** 73:17; 84:15;
88:24; 90:24; 225:16
**sleeping** 17:6; 21:14, 18;
84:19; 133:17; 134:11;
159:3, 5, 6, 9, 13, 21, 25;
160:6, 10, 16, 20; 161:5,
25; 162:2; 164:25; 166:4,
20; 168:11; 169:9; 170:10,
15; 176:19; 225:11;
232:19; 233:23, 25; 234:3,
10; 235:25; 319:16
**small** 294:21; 354:2
**Smith** 14:4
**Smithtown** 182:10, 15;
183:2; 376:6
**snitch** 279:20
**Snyder** 85:24; 86:3, 7,
11, 18, 23; 87:15, 22; 88:8,
19; 109:3, 6, 10; 130:22,
23; 131:2, 3; 133:7;
138:22; 203:21, 23;
207:10; 229:14; 266:14
**Snyder's** 85:25; 357:21;
358:16, 22; 359:2; 360:5, 7
**socialize** 128:8, 10
**somebody** 137:25;
138:16, 20; 155:13, 25;
287:13; 318:21
**somehow** 59:13
**someone** 18:6, 17; 21:9;
76:2; 83:11; 85:3, 9; 87:4;
117:23; 138:25; 139:2;
148:4; 156:11; 185:16;
220:21; 240:2; 276:9;
338:3; 356:13
**sometime** 107:8; 114:20;
148:2; 173:18; 184:6;
296:25
**Sometimes** 190:11, 12;
318:6, 7

**Somewhere** 319:23
**Soon** 174:4; 367:4
**sorry** 14:7; 18:13; 37:10;
43:20, 21; 49:18; 65:13,
17; 73:25; 77:11; 86:15;
110:20; 123:3; 152:23;
154:15, 22; 169:20; 184:8;
190:15; 195:3; 198:12;
204:14; 217:14; 234:16;
268:20; 289:6; 326:15;
331:4; 336:2; 357:16, 17;
369:4; 371:4
**sort** 164:2, 17, 19; 369:6
**sought** 12:15; 90:22;
256:7; 377:25; 379:11
**sound** 169:20
**source** 158:4; 263:21;
264:24
**south** 351:20; 354:6, 10
**Southampton** 107:18
**space** 104:19, 24
**speak** 7:4, 12, 15; 9:3;
11:9, 15; 50:9, 13; 79:9;
83:12; 108:7, 9; 110:7, 13;
149:25; 150:11; 174:3;
186:15; 194:22; 235:9;
271:20, 25; 272:7, 10;
273:7; 275:10; 284:24;
300:19
**speaker** 140:19; 141:5
**speaking** 218:6; 271:15
**speaks** 165:6; 249:19
**specialist** 4:14
**specific** 21:6; 23:8;
130:9; 132:5; 216:15, 20;
287:18; 306:11; 325:9
**specifically** 7:16; 20:18;
35:22; 38:11; 44:16;
45:24; 132:13; 135:4, 6,
15; 136:20; 137:4, 9;
170:24; 176:4; 177:24;
216:21; 218:5; 221:21;
241:14; 282:18; 283:2;
349:24; 361:8, 15; 366:4
**speculate** 212:18;
255:13
**speculating** 29:16
**speculation** 211:16
**spell** 78:21; 184:21
**spent** 72:7
**split** 118:11
**spoke** 106:21; 107:9, 22;
108:8; 109:25; 110:2;
150:10, 12; 151:18;
157:22; 160:22; 168:2;
170:5; 176:13; 177:9;
186:3, 9, 11, 16; 190:3;
194:5; 203:21; 208:21;
225:8; 230:8; 234:12, 17;
237:13; 240:25; 271:23,
23; 272:22; 273:12;
275:11; 283:7; 284:17;
286:11; 287:24; 290:8;
298:6, 10; 315:4; 377:7
**spoken** 7:8, 19; 8:11, 21,
25; 11:24; 12:2; 83:2;
107:25; 173:23; 177:18;

300:6; 301:2; 376:7, 19;
378:7
**spooked** 290:5
**spreading** 164:23
**squad** 285:12
**squared** 35:21
**squeaky** 346:24; 347:9,
16
**stack** 286:24
**staff** 191:23
**stamped** 99:7; 268:24
**stance** 275:24
**stand** 355:3
**standard** 93:8
**standing** 70:21; 110:17,
22; 111:4; 112:13, 18;
113:7; 294:19; 323:16
**Stanley** 312:13, 14, 19
**stared** 80:10
**staring** 75:3, 7
**start** 30:14; 84:19; 98:7,
20, 23
**started** 27:3; 30:17; 98:8,
17; 149:2, 3; 150:20;
151:22; 155:11; 295:8;
300:4; 322:21; 368:12
**starting** 27:4; 363:9
**starts** 103:22; 163:3
**State** 5:19, 22, 25; 91:18;
93:6, 8; 214:22; 247:11;
373:19, 23
**stated** 245:20; 310:8;
355:9
**statement** 129:14; 130:5,
19, 21, 25; 132:9; 135:3;
136:3, 8, 14; 137:6; 140:8;
148:16; 158:25; 159:13;
164:5, 15, 20; 203:25;
204:4, 10, 18, 22; 215:12;
271:10; 294:11; 297:2;
298:25; 302:5; 358:17, 23,
24; 359:3; 360:13, 18, 19,
24
**statements** 129:3, 8, 22;
133:10, 11; 199:4; 203:7,
14; 215:22; 372:20
**States** 4:8; 115:16; 223:6;
244:18
**station** 36:4; 38:9, 15, 22;
39:19; 43:18; 46:3; 49:2,
23; 50:3; 100:8, 9; 270:19;
292:13; 294:17; 331:22;
332:5, 9; 337:2; 352:16;
353:23; 354:2, 16, 17;
372:14
**stationary** 226:23; 227:5,
15
**status** 120:18; 298:21
**statute** 91:21
**statutory** 72:3, 14; 73:10
**stay** 158:16; 279:25
**steady** 124:9
**step** 137:5
**stick** 79:6
**sticks** 51:8

**still** 62:8; 63:16; 120:22,
23; 121:4, 12, 16; 122:4,
11, 12; 183:11; 190:4, 7;
191:22; 192:7; 195:8;
202:2; 203:2; 216:14;
217:9; 237:17; 244:23;
247:3; 248:5, 16; 320:6,
10; 324:14; 378:9
**stipulate** 13:10; 258:17
**stipulation** 114:20
**stipulations** 6:5
**stock** 16:3
**stomach** 359:16
**stomach's** 358:12
**stonewalled** 227:9
**stood** 309:23
**stop** 49:9, 11; 151:5;
268:7; 274:9
**stopped** 30:21; 54:8;
141:20; 218:7; 368:25
**stopping** 348:19
**story** 197:6, 23
**straight** 76:18; 130:10;
147:12; 155:23; 321:2
**strangers** 261:19, 24
**street** 111:10; 294:25;
295:9; 348:14, 18, 22;
349:10; 350:7
**streets** 327:11; 338:23,
24; 349:3, 14, 22; 350:9,
16, 20, 23; 351:6, 14, 17,
19; 352:2
**stress** 70:23; 93:23, 25;
94:10; 95:17; 102:20
**strewn** 331:21
**strike** 12:22; 13:4, 8, 11;
45:15; 113:3; 132:4;
137:3; 213:10; 225:18;
227:12; 230:19; 263:10;
326:17; 363:2
**stuck** 127:3, 6, 19;
325:13
**stuff** 15:14; 39:7, 16, 16;
74:13, 21; 76:4, 18; 89:22;
94:3; 110:4; 111:15, 16,
24; 112:20, 22, 24; 172:19,
24; 187:25; 188:4; 209:3;
210:10; 213:18; 218:9;
260:8; 299:19; 305:24;
322:13; 332:6, 8; 346:19,
22; 365:25
**subject** 48:7; 50:7; 64:25;
174:25; 177:10, 19;
266:21; 268:2; 313:3;
365:18; 366:9
**submitted** 193:19
**subpoena** 99:21, 22, 24;
100:13; 293:25
**subpoenaed** 100:2;
259:22
**subsequent** 7:21; 8:12;
16:19; 78:17; 128:25;
132:22; 158:21; 169:25,
25; 199:3; 251:9, 16;
254:21; 257:20, 25; 258:5,
11; 259:12, 14; 261:21

EDWARD CARTER, FRANK FIORILLO, v.
INCORPORATED VILLAGE OF OCEAN BEACH

Case 2:07-cv-01215-SJF-ETB   Document 165-4   Filed 01/15/10   Page 160 of 163 PageID #:
11230

EDWARD CARTER
September 16, 2008

**subsequently** 151:17; 169:13

**substance** 9:12; 39:9; 107:13

**substantive** 11:5; 191:3

**sued** 83:5, 11; 245:15

**sufficient** 243:8

**Suffolk** 5:4, 5; 13:22, 25; 14:10; 15:10; 20:3; 107:5, 10; 178:5; 181:15, 24; 201:17; 203:2; 217:18; 218:3; 229:23; 235:3, 6; 236:10, 19, 21, 23; 237:3; 238:6; 239:12, 15, 23; 258:14; 262:16; 273:13; 275:2; 276:9; 277:2; 280:4; 283:8; 284:11, 18, 25; 285:19; 287:24; 291:12, 20; 292:2; 293:14; 301:12, 15; 309:15; 325:25; 326:3; 362:19; 366:25; 367:20, 23; 368:20, 21; 369:3, 4, 5, 20; 370:6; 371:13, 18; 376:9

**suggesting** 256:24

**suing** 82:4; 245:22

**sum** 9:12; 39:9; 107:13

**summer** 21:23; 36:21, 22; 45:11, 19, 21; 103:21, 22, 23; 114:12, 24; 121:11; 173:18; 263:8; 314:11, 25; 316:2; 317:10, 14; 337:18, 21; 338:11, 11; 372:14

**summers** 263:7

**summons** 295:4; 337:7, 12; 338:3; 339:7, 12, 21; 340:2

**summonses** 335:23; 336:5, 15, 18

**Sunday** 9:5; 10:14; 11:6; 124:11; 358:4

**superior** 91:12; 187:19; 194:13; 195:13, 18; 211:9; 311:22; 312:2, 9

**superiors** 188:5, 12; 189:10; 190:22; 197:21; 198:10; 224:10

**supervising** 118:14

**supervision** 303:5; 305:2, 7, 19; 306:15, 21

**supervisor** 185:16, 18; 242:25; 346:14

**supervisors** 160:14; 172:23; 246:6, 14; 250:18

**support** 70:22; 73:15, 18, 19, 21, 23; 74:4, 5, 9, 11; 75:24; 76:21; 78:3, 5, 6, 14; 79:11, 18, 24; 81:18; 82:5, 10; 83:22

**supported** 73:18

**supposed** 349:14

**supposedly** 155:14

**sure** 8:4, 9; 10:22; 20:12; 56:11; 75:9, 12; 97:8; 101:24; 121:13, 17, 25; 133:2, 4; 142:14; 190:2; 213:25; 233:17; 238:10;

260:9, 13; 266:9, 13; 267:24; 268:22; 298:24; 304:18; 326:11; 357:22

**surprised** 83:3

**surrounding** 20:19; 21:4; 244:8

**sustained** 70:14

**swear** 5:15

**sworn** 5:18

# T

**talk** 6:23; 11:4; 45:22; 74:22, 24; 75:10, 12, 14; 77:14, 16; 79:3; 81:14; 82:17; 83:4; 125:11, 13; 126:25; 128:14; 133:9; 135:2, 10; 136:18; 151:10; 161:13; 166:24; 167:22; 175:4; 209:9; 212:9; 228:10; 237:9; 262:25; 275:13; 283:15, 22; 294:21

**talked** 75:16; 82:23; 106:13; 147:5; 198:19; 264:18; 265:17; 299:9, 12

**talking** 11:21; 25:16; 44:21; 55:13; 82:18; 116:4; 117:15; 135:12; 150:21; 151:21; 154:22, 23, 24; 157:6; 170:9; 189:9, 17; 208:9, 19; 210:5, 8; 218:8; 236:22; 262:19; 295:2; 305:16; 322:3; 345:11; 351:21; 358:11, 15; 359:14; 366:4; 372:25

**tape** 4:2; 65:24; 66:4; 133:21, 24; 134:4, 7; 140:22; 142:21, 25; 143:2, 6, 20; 144:14; 145:14, 19, 23; 146:10, 17, 19, 21; 147:3, 12; 165:22; 169:18; 170:13, 20, 21, 25; 179:12, 16, 19; 202:6, 10, 14, 18; 268:6, 7, 11, 15; 335:10, 12, 16

**taped** 144:6; 178:20, 23, 24; 179:3

**tapes** 354:19

**taping** 141:2; 143:16, 18; 144:9; 178:15; 180:8

**taxi** 374:23

**telephone** 140:16, 17; 144:10; 145:7, 7; 284:15; 371:24

**television** 197:9

**telling** 53:16; 122:20; 129:6; 173:13; 214:6, 8; 295:5; 296:17; 299:18; 311:12; 314:9; 339:20; 378:8

**tells** 16:20; 59:20

**tenure** 31:3

**term** 35:10

**terminated** 16:8; 17:19; 32:24; 78:11, 12; 138:11;

155:20; 226:15; 271:21; 297:14

**termination** 12:21; 94:4; 129:2; 152:23; 180:14; 195:22; 199:3; 230:2; 252:7; 276:24; 278:11, 14

**terms** 30:7; 255:9

**test** 19:15, 15, 17, 17, 19; 15:8; 19:15, 25; 20:8, 18; 131:23; 172:25; 173:4; 183:3, 6, 15; 200:8; 218:9; 233:8, 21; 235:4; 238:12; 241:18; 242:10; 244:24; 370:17, 19; 375:16

**testified** 5:20; 50:25; 92:4; 132:12, 16; 151:23; 156:22; 157:9; 158:17, 25; 168:17; 169:3; 188:15; 213:18, 20; 214:13; 241:11; 246:3; 249:20; 250:12; 254:15, 16; 277:21; 300:2; 308:13; 310:21; 311:5; 329:19, 23; 340:5

**testify** 297:18; 299:5; 376:17

**testimony** 37:10, 11; 54:14, 16, 23; 60:6; 62:14; 82:6; 84:16; 86:6; 89:19; 94:22; 98:12; 111:11; 117:22; 148:15; 155:21; 168:9; 169:22; 170:18; 173:10; 181:11; 186:2; 216:5; 217:22; 220:25; 222:15; 224:18; 231:24; 232:5, 6; 234:6; 235:12, 19, 21; 243:12, 22; 245:11; 246:16; 247:19; 249:4, 9, 19; 261:4; 270:16; 274:19; 311:5; 313:5; 329:11

**testing** 238:4

**tests** 240:23; 241:13

**thereof** 59:4

**thin** 143:8; 159:9; 161:3, 24; 164:23; 165:19

**third** 23:11; 39:8; 40:7; 42:20; 45:20; 49:15, 24; 50:10, 17; 158:24; 179:8; 231:25; 233:20, 22; 289:3, 4; 302:22, 23; 321:23; 322:7, 20, 24, 25; 370:24

**Thomas** 182:6, 25

**Thompson** 4:20; 23:16; 106:3

**though** 60:19; 116:9; 128:4; 137:15; 188:15; 213:25; 231:20, 22; 233:12, 18; 324:4

**thought** 59:13; 80:15; 128:3; 156:7; 159:20; 166:23; 226:9; 248:13; 357:21

**three** 14:13; 17:4; 36:19, 22; 37:5; 45:8; 54:24; 55:6; 64:18, 18; 122:21, 24; 127:8; 133:18; 134:4, 7; 146:3; 147:10; 151:15; 166:13; 168:8, 20, 24;

178:6, 10; 182:2, 7, 20; 184:17; 188:2; 190:17; 194:4; 200:3; 201:10, 14, 18, 22; 202:7, 10; 207:17; 235:2, 6; 236:13, 15; 285:15; 287:11, 12; 298:17; 300:12; 304:6; 328:7; 363:6, 8; 370:12, 16; 375:15

**three-hour** 55:25

**threw** 338:24; 354:5

**throughout** 312:24; 362:21

**throw** 354:9

**throwing** 332:6

**thumb** 295:14, 15

**tickets** 337:15

**Tierney** 369:25

**timer** 114:22; 115:19

**times** 6:24; 29:14; 36:15, 19, 22; 37:5; 45:5; 51:7; 68:10, 21; 82:14; 95:20; 96:6, 12; 168:8, 9; 190:3, 6; 191:21; 269:20; 273:12, 17; 300:6, 12; 302:22, 25; 307:2; 318:4, 12; 331:18, 25; 332:10; 349:9; 351:11; 362:8; 363:3, 6, 8; 372:17; 374:24

**tired** 164:24

**tireless** 302:6

**title** 178:6; 185:22; 186:23

**today** 6:18; 8:21; 12:3; 18:11; 28:23; 85:19; 94:16; 97:20; 111:12; 112:4, 13, 17, 19; 181:19; 201:21; 247:19; 263:21; 267:7, 14; 365:7, 13; 366:17

**together** 107:7; 151:7; 187:25; 192:16; 260:19

**told** 9:14; 10:15, 20; 11:12, 13, 18; 16:9; 20:2; 21:13; 49:9; 51:17; 55:18; 57:16, 18, 25; 64:21; 85:9; 86:13; 88:14, 19, 20; 95:18; 106:23, 24; 107:2; 113:20, 24; 128:4; 130:22, 23; 131:2, 3; 133:15; 139:20, 22; 140:3; 145:2; 148:4, 6, 8, 10, 11; 150:23; 158:17, 20; 159:7, 7; 160:8, 14; 161:2, 7, 23; 163:25; 164:12, 15, 22; 167:2, 6, 10, 15; 168:3, 18; 169:3, 7, 21; 170:13, 25; 176:8, 15, 18; 188:8, 17; 190:19; 192:6, 13; 196:8; 210:25; 211:6; 212:2, 25; 213:2; 214:10, 14, 19; 219:13, 17; 220:15, 17, 23; 221:16, 24; 222:5; 223:12; 225:9, 9; 227:20; 230:8; 231:4; 234:17; 237:23; 238:17; 260:18; 275:12, 17; 276:8, 17; 277:21; 279:4; 281:2, 13; 283:22;

285:7; 287:4, 4, 8; 289:19; 292:16; 296:17; 297:5, 13; 299:2, 6; 307:24; 310:23; 311:6; 315:6, 11; 327:3; 332:7; 339:25; 342:23, 24; 355:4, 6, 11, 12; 356:18, 19; 357:12; 359:19; 361:9, 11, 14; 364:15; 372:13

**Tom** 80:17; 85:24; 87:13; 88:8, 14; 109:6, 25; 130:22, 22; 133:7; 138:3, 21; 139:8, 9, 10; 149:20; 194:18; 203:21, 22; 266:14; 321:4; 358:14

**tomorrow** 9:22; 10:2, 4; 150:2

**took** 9:22; 14:16; 15:9; 19:16; 90:10; 138:6; 189:19; 191:6; 232:8; 234:21; 283:19; 325:20; 355:25; 358:13; 371:4; 373:3; 375:14; 376:4

**top** 198:24

**topic** 378:6

**tortious** 31:25; 32:11; 34:2, 3

**totally** 246:22; 248:11

**touch** 87:12; 106:12, 16; 108:12, 16

**tour** 52:4, 5; 122:21, 24, 25; 123:10, 23; 162:2; 164:25; 170:15; 209:18; 285:15; 287:11, 12

**tours** 115:17; 118:8, 22; 119:6, 18, 21; 123:18

**Town** 14:14; 82:12; 89:13; 93:18; 107:18; 108:25; 142:6; 149:21; 159:8; 163:14, 17; 182:9, 15; 183:2, 7, 8, 16; 184:13, 15, 19; 186:9, 21; 188:22; 193:20; 194:14, 18; 195:14, 19; 196:4; 197:21; 198:10; 200:7; 201:22; 207:12, 19, 24; 208:14, 22; 209:18; 214:23; 217:3, 21; 218:11; 222:5, 12; 223:21; 229:5; 236:15, 23; 245:7, 8, 9, 13, 22; 246:6, 14; 247:8; 248:20; 249:2, 5; 250:25; 251:14; 256:19; 259:7, 11, 18, 22; 260:5; 261:6; 272:23; 290:6; 304:24; 313:14; 374:9; 375:16, 25

**towns** 362:22

**Township** 12:7, 9; 245:6

**Toys** 16:4

**training** 161:17; 175:6, 24

**transcript** 104:19, 24

**transpired** 126:2

**tried** 13:21; 107:10, 14, 17; 126:25; 128:14; 238:17

**truck** 127:18; 323:12; 325:13, 19, 20, 22; 327:7; 355:12; 374:22, 23

**trucks** 323:11, 15

**true** 17:10; 146:5; 164:5, 15, 20; 168:8; 180:9; 196:6; 223:24; 261:15

**trust** 62:3, 12

**trustee** 41:25; 42:18; 43:12; 44:6; 47:16; 50:19; 69:16; 70:6; 226:17; 292:21; 328:19, 21; 330:3, 8; 331:4, 7; 332:25; 333:5, 18, 24; 334:18, 22; 340:16, 20; 344:11

**trustees** 44:14; 69:13; 309:4

**truth** 286:4; 290:23

**truthful** 17:13; 18:9, 16; 220:5; 221:18; 223:17; 243:8; 261:12

**truthfully** 64:15; 161:20

**truthfulness** 261:6

**try** 6:20; 15:11; 253:22

**trying** 53:5; 106:24, 25; 154:17; 162:5; 180:12, 16; 208:12; 235:20; 249:13; 253:23; 306:17; 326:8; 362:12, 18; 364:5, 9, 16

**Tuesday** 9:15; 287:11, 12

**turn** 23:11; 144:2; 339:16

**turned** 295:13

**twice** 149:5; 155:16, 18

**twin** 161:4, 25; 162:12

**twins** 126:15; 127:7; 165:4, 7, 11, 16, 21; 166:5; 169:10, 12, 16; 170:16, 17; 213:20

**two** 12:11; 21:16, 17; 22:3; 27:19; 45:12; 52:6; 54:12, 24; 58:4, 12, 24; 59:19; 60:15; 66:4; 96:13, 18; 113:17; 128:22; 133:24; 134:7; 148:25; 151:15; 178:7, 21; 179:11; 183:5; 198:18; 200:7; 203:6; 232:10, 11; 233:13, 18; 281:23; 282:5; 291:3; 298:17; 304:6; 307:20; 308:16; 315:13; 322:17, 17; 323:11; 324:8, 13, 17; 325:18; 328:7; 340:4; 341:11; 343:23; 344:19, 20; 346:20; 349:11; 350:4; 363:7; 374:12; 376:5, 6

**two-year** 261:2

**Ty** 26:25; 28:14, 19, 24; 362:2; 363:6

**Tylenol** 94:13; 95:19; 96:9

**type** 103:11; 143:6; 238:4; 291:3; 372:11

**Tyree** 26:14; 88:5, 6, 15, 18, 21; 129:16, 17, 21; 130:4, 13, 18; 132:24

**U**

**ultimate** 72:22

**ultimately** 308:25

**Um** 298:8; 353:18

**Um-hum** 56:7; 130:16; 354:24

**un** 241:9

**unavailable** 122:21; 123:23

**unaware** 172:18

**Unbelievable** 147:9

**uncertified** 292:11; 310:15, 17; 331:20; 335:25; 362:3; 363:4, 24; 364:5, 10

**uncertifieds** 372:16

**uncle** 262:4

**uncle's** 263:16

**undecisive** 241:9

**under** 102:9; 172:15; 185:20; 200:4; 203:8; 271:10; 302:10; 305:2; 312:22

**underage** 341:18, 19, 24; 342:23

**underaged** 336:20

**underlining** 26:2

**undermine** 352:21; 353:6

**undermined** 353:12

**undertake** 227:14

**unfounded** 207:13; 228:16, 20

**uniform** 33:3; 247:20; 248:9; 302:11

**uniformed** 247:17; 249:5; 250:6

**uniforms** 82:11

**United** 4:8; 244:18

**unlawful** 31:21; 33:17; 35:19; 129:2; 199:3; 341:8

**unlawfully** 32:24

**unless** 34:19; 44:24

**unnamed** 216:6

**unsure** 10:19

**up** 5:11; 13:12; 16:2, 16, 20; 17:2, 2; 20:23; 21:10; 31:12; 37:20, 23, 24; 38:5, 17, 20; 39:7, 13, 15; 42:5; 48:25; 51:22, 25; 55:18; 56:19, 24; 57:18; 58:2, 9; 59:20; 64:2; 65:14; 71:16, 22; 72:8; 75:8; 76:5; 77:15; 80:8, 14; 85:4; 106:3, 3; 107:4; 108:3; 116:14; 118:11; 122:7; 123:21; 127:10, 16; 128:5; 133:22; 138:4; 141:20, 21; 146:3; 149:24; 150:16, 18; 151:9; 157:4; 158:9; 165:14, 15, 21; 166:9, 23; 167:4, 21; 168:4, 15; 174:9, 10, 11, 16; 175:8; 180:17; 192:12, 14; 196:5; 203:6, 6; 208:10; 209:7; 218:19; 227:18; 233:4, 7, 10; 235:16, 25; 241:3, 6; 242:6; 248:2; 260:17;

262:5, 18; 263:2; 276:2; 282:3, 23; 284:5, 5; 289:11; 294:20; 295:10; 300:9; 318:24; 322:3; 325:5; 326:2, 4; 332:8, 15; 339:14; 341:19; 343:18; 345:14; 351:6; 352:17; 354:14; 362:10, 11; 370:24; 373:14; 374:22; 375:5

**upgrade** 175:9

**upgrades** 175:7

**Upgrading** 175:9, 25

**upon** 29:12, 14; 37:9; 59:6; 111:12; 119:21; 147:12; 173:13; 203:19; 207:9; 208:4; 210:4; 211:24; 215:18; 256:15; 310:22; 314:3

**upper** 290:7

**upset** 53:6, 13; 112:23; 289:18

**upstairs** 161:5; 319:15; 353:22

**use** 65:16; 73:19; 106:2; 241:7, 10; 256:23; 367:20

**used** 35:10; 74:10; 75:17; 77:13; 272:2; 279:16; 285:6; 348:24; 368:24

**using** 74:3

**usually** 242:3

**V**

**vacant** 185:20

**vacation** 167:23

**vague** 82:25

**valid** 190:4, 7; 191:22; 192:7

**values** 302:8

**various** 347:7

**vehicle** 56:12; 143:3; 322:13, 16, 22; 324:19; 325:15, 17; 374:16

**vehicles** 127:4; 324:8, 9, 13, 17; 326:5, 6; 331:21; 346:22; 374:25

**verbal** 148:17

**verbally** 59:8; 129:4; 160:18, 20; 199:5

**verify** 342:13

**versus** 4:6

**via** 365:12

**video** 4:14

**VIDEOGRAPHER** 4:2; 5:14; 65:23; 66:3; 133:23; 134:3; 158:11, 14; 202:9, 13; 258:21, 25; 268:10, 14; 335:11, 15; 364:25; 365:4

**videotape** 4:3

**Village** 4:6, 24; 42:18; 56:17; 68:18; 150:6; 198:2; 225:15; 283:23; 294:24; 310:10; 311:18; 313:19; 315:12;

316:14, 17; 318:24; 319:8, 10; 321:5, 19; 322:15, 16, 17; 323:18; 324:9, 14, 18; 325:23; 329:2; 330:16, 22; 374:20; 375:3, 9

**villages** 362:22

**violated** 62:2; 244:19

**violates** 25:6

**violations** 75:4; 341:10, 14; 344:25

**virtue** 240:13; 245:10

**volunteered** 288:22

**W**

**wait** 315:6; 318:20, 23; 319:10

**waited** 319:8

**waiting** 224:11; 359:25

**walk** 46:3; 59:17; 151:9; 230:14; 295:2, 10; 337:10; 341:17; 348:15; 349:24; 355:4

**walked** 40:6, 10; 46:18; 52:17; 55:17; 57:2, 11; 75:8; 80:6, 8; 82:23, 25; 194:23; 262:22; 295:9, 10; 321:21; 370:25, 25; 373:14, 18

**walking** 49:2; 56:18; 111:9; 215:7

**wall** 61:3; 220:22; 221:11; 227:10; 247:2, 7, 9, 15, 21; 248:4, 16; 249:6; 250:7, 13, 20, 24; 271:14

**Warkenthien** 293:21; 296:22; 300:21, 23

**wash** 355:11

**watched** 245:14; 264:13; 265:13

**watching** 197:22, 22

**water** 374:23

**watercop319@yahoo.com** 267:23

**waved** 359:3

**waving** 358:23

**way** 6:21; 17:7; 20:13, 16; 115:16; 127:4, 15; 208:11; 230:17; 255:3; 279:16; 290:16; 337:16; 343:20; 375:4

**ways** 374:12

**wear** 16:14; 136:23; 137:13; 138:2, 19, 20; 139:3, 10, 18, 19; 155:14; 246:20, 21; 274:8; 276:5; 297:23; 298:3; 361:16

**Wearing** 13:17; 134:10; 136:18, 21; 137:7, 10, 16; 146:2; 147:8, 16; 152:11; 155:13; 157:2, 7, 17; 158:6, 19, 21; 166:19; 169:4; 274:4; 275:4; 276:10; 299:25; 361:10

**website** 110:4; 208:10

**websites** 15:24

**Wednesday** 9:23; 10:21; 220:11

**week** 8:17; 9:17, 24; 11:9; 27:25; 28:11; 30:9; 46:24, 25; 84:25; 85:7, 12; 86:22, 23; 114:18, 19, 22; 115:12, 14, 17, 20; 116:15; 149:18; 189:14, 15; 191:6; 192:13, 20; 193:16, 25; 194:9; 274:2, 25; 283:9; 289:10; 292:17

**weekend** 51:11; 57:7; 62:25; 63:6, 22; 64:22; 68:6; 69:3; 325:13; 327:7; 332:4, 5

**weekends** 316:15

**weeks** 9:17; 104:11; 144:18; 170:9

**Welch** 4:23

**weren't** 29:21; 38:2; 76:10; 111:25; 122:13; 138:9; 151:2; 153:18; 155:3; 165:10; 169:11, 21; 170:16; 171:2; 188:10, 17, 24; 189:3; 191:5, 16, 17; 192:3; 193:21; 194:11; 195:4; 210:24; 211:5, 11; 279:13; 285:11; 297:15; 300:10; 316:16; 322:2; 343:7; 347:13, 17; 361:12

**west** 326:8

**what's** 22:15; 23:5; 25:16; 28:4; 39:6; 40:25; 51:18; 76:5, 17; 80:16; 82:19; 99:10; 111:22; 116:10; 117:6; 122:24; 166:14; 184:11; 192:23; 205:5, 7, 8; 267:6; 270:10; 274:7; 290:9; 294:20; 303:14; 317:6; 324:12; 326:8; 343:12; 346:9; 354:13

**wheel** 346:24; 347:9, 16

**when's** 85:5; 184:2; 287:23; 314:5

**whenever** 341:11

**wherein** 17:11; 147:14; 191:5

**Who's** 30:4; 45:3; 56:2; 157:10

**whoever's** 244:12

**whole** 97:12; 131:25; 156:24; 188:3; 198:5; 215:23; 260:18

**whomever** 119:20

**wife** 84:3; 112:16; 113:8; 127:5, 18

**Wigdor** 4:20; 23:16; 106:3

**wind** 322:3

**winds** 16:20

**wingking28** 162:25

**wingking28@aol.com** 266:6

**Winnie** 292:7

**winter** 122:8; 225:13; 317:5, 11

**wire** 16:14; 133:17; 134:10; 136:19, 21, 23, 24; 137:7, 10, 14, 16; 138:2, 19, 21; 139:3, 11, 16, 18, 19; 146:2; 147:9, 16; 152:11; 154:23; 155:13, 14; 157:2, 7, 17; 158:6, 16, 19, 21; 166:18, 19; 168:11; 169:4; 218:20; 246:21, 21; 248:11; 274:4, 8; 275:4; 276:6, 10; 277:22; 297:24; 298:4; 299:19, 25; 300:4; 361:10, 17

**wire's** 155:11

**withdraw** 22:2; 43:21; 79:13; 154:17

**withdrawn** 7:9; 26:4; 28:3; 35:17; 48:21; 67:3; 76:11; 80:23; 81:8; 152:22, 24; 159:16, 18; 162:11; 177:18; 179:23; 192:4; 198:19; 339:21; 346:5; 361:4; 364:3

**within** 23:8; 46:25; 86:22, 23; 98:13; 175:6; 183:4; 247:3; 248:5; 250:6, 11; 271:17; 274:2, 25; 283:9; 304:22

**Without** 30:2; 71:13; 101:10; 104:12; 129:6; 136:16; 267:9, 10; 283:23; 351:18; 365:20, 22; 366:5

**witness** 5:16, 23; 6:2; 25:5; 249:11; 279:13; 281:8; 354:9; 357:4

**witnessed** 36:24; 37:2; 64:9

**witnesses** 136:16

**witnessing** 63:19

**woman** 215:3; 222:19

**women** 208:16; 291:6, 15

**wondering** 319:24

**word** 28:5; 250:3; 256:23; 270:6

**wording** 241:7

**words** 58:19; 74:4; 123:16; 153:14; 167:13, 18, 19; 241:10; 317:9; 320:9

**wore** 299:19

**work** 10:22; 29:16, 18; 31:19; 52:5; 53:25; 62:22; 68:19; 74:11; 82:12; 89:10, 13, 16, 16; 90:6, 11, 19; 92:11; 109:6, 10, 10; 114:18; 115:11, 13, 19, 23; 116:14; 117:3, 24; 118:18; 119:19; 126:21; 127:12, 16; 128:11, 18; 131:20; 141:20; 149:14; 154:6, 12; 159:10; 164:24; 171:5, 18; 172:3, 14; 183:2; 188:2; 193:12; 200:7, 7; 209:16; 246:25, 25; 247:14, 17; 248:3, 3, 8, 9, 10, 20, 25; 252:16; 283:10; 285:9, 17; 287:14; 305:22; 375:7

**worked** 27:9, 11, 14, 14;

28:15, 19, 24; 29:7, 19; 30:9; 62:24; 74:12; 112:24; 116:13; 118:6, 16; 124:11; 126:23; 127:11; 169:15; 209:17; 251:11; 263:7, 8; 287:3, 5, 8, 10, 12, 14; 311:7, 8, 12; 317:11; 328:6

**worker** 114:7; 115:2, 3; 116:5, 20

**working** 14:21; 17:3; 21:3; 22:7; 27:5, 24; 28:8; 29:23; 30:14, 17; 31:16; 54:8; 76:4; 87:6, 9; 113:21; 128:17, 19; 141:24; 142:3, 5; 148:5; 149:12; 151:12, 13, 16; 152:2; 153:15, 18; 159:14, 19; 165:10; 169:11, 21; 170:16; 171:2; 185:20; 237:15; 254:6; 256:19; 275:24; 277:12; 280:12, 14; 281:24; 282:12; 285:11, 13; 292:9; 294:18; 299:21; 306:2; 310:14; 346:10, 13; 364:18

**workmen's** 125:8, 15; 254:23

**works** 108:25; 171:20

**worn** 139:16

**worry** 372:25

**worse** 111:12; 324:7

**worst** 332:12

**wound** 48:25; 51:25; 58:9; 106:3; 107:4; 108:3; 339:14; 362:11

**write** 60:25; 93:22; 128:22; 198:24; 203:5; 208:4; 228:15; 236:5; 239:25; 240:2; 242:11; 261:10; 271:10; 279:7; 290:13, 14; 309:11; 337:11, 15; 339:7; 340:2; 358:17

**writing** 129:4; 130:10; 185:11; 199:6; 339:11

**written** 193:19, 20; 225:25; 226:3; 243:13; 292:3, 16; 293:4, 15

**wrong** 23:9; 119:15; 123:6; 206:7; 222:10; 276:7; 296:10, 13, 19; 378:13

**wrongful** 26:5; 32:16; 34:12

**wrote** 70:14; 201:13; 260:17; 290:25; 291:4, 13, 22; 292:17; 313:7

# X

**X** 377:18

# Y

**Y** 377:18

**ya** 151:10; 373:9

**yard** 149:14

**year** 12:15; 27:18; 68:14, 17; 96:13; 98:13; 116:19; 123:12, 13; 325:5; 343:12, 13; 370:21

**years** 31:14; 58:4, 12; 59:19; 60:15; 96:18; 127:8; 190:12; 200:8; 218:13, 13; 281:14, 15

**yell** 58:22

**Yelled** 337:14

**yelling** 295:8

**York** 4:9; 5:19; 6:3; 91:17; 93:6, 8

**youths** 341:19; 342:6; 343:6

**Yup** 40:12

# Z

**Z** 377:18

**Zelda** 208:24; 216:25, 25; 217:6, 9, 20; 218:4, 17; 219:2, 8; 222:19; 223:25; 227:18; 234:12

**zero** 242:4

**ZWILLING** 5:3, 3; 366:22, 23; 367:2; 374:3

**Lawyer's Notes**