1

2     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
3     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
      EDWARD CARTER, FRANK FIORILO,    )
4     KEVIN LAMM, JOSEPH NOFI, and     )
      THOMAS SNYDER,                   )
5                                      )
                  Plaintiffs,          )
6                                      )
      -against-                        )
7                                      ) Index No.
                                       ) CV 07 1215
8     INCORPORATED VILLAGE OF OCEAN    )
      BEACH; MAYOR JOSEPH C.           )
9     LOEFFLER, JR., individually      )
      and in his Official capacity;    )
10    former mayor NATALIE K.ROGERS,   )
      individually and in her          )
11    official capacity, OCEAN BEACH   )
      POLICE DEPARTMENT; ACTING        )
12    DEPUTY POLICE CHIEF GEORGE B.    )
      HESSE, individually and in his   )
13    official capacity; SUFFOLK       )
      COUNTY; SUFFOLK COUNTY POLICE    )
14    DEPARTMENT OF CIVIL SERVICE;     )
      and ALLISON SANCHEZ,             )
15    individually and in her          )
      official capacity,               )
16                                     )
                  Defendants.          )
17    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X
18              DEPOSITION OF PAUL CAROLLO
                   New York, New York
19                 August 11, 2009
20
21
22
23
24    Reported by:
      Judi Johnson, RPR, CRR, CLR
25    Job No.: 24107

Page 2

```
 1
 2              926 RexCorp Plaza
                Uniondale, New York
 3
 4              August 11, 2009
                1:30 P.M.
 5
 6
 7
 8
 9
10
11
12
13      Deposition of PAUL CAROLLO, held at
14  the offices of RIVKIN RADLER, LLP, 926
15  RexCorp Plaza, Uniondale, New York, pursuant
16  to Notice, before Judi Johnson, a Registered
17  Professional Reporter, a Certified Realtime
18  Reporter, a Certified LiveNote Reporter and
19  Notary Public of the State of New York.
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 3

```
 1              PAUL CAROLLO
 2  APPEARANCES:
 3      THOMPSON WIGDOR & GILLY, LLP
 4      Attorneys for the Plaintiffs
 5      85 Fifth Avenue
 6      New York, New York 10003
 7
    BY:  ARIEL GRAFF, ESQ.
 8
 9      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
10      Attorneys for GEORGE B. HESSE
11      530 Saw Mill Road
12      Elmsford, New York 10523
13
    BY:  KEVIN W. CONNOLLY, ESQ.
14
15
16      RIVKIN RADLER, LLP
17
18  Attorneys for INCORPORATED VILLAGE OF OCEAN BEACH,
19  JOSEPH LOEFFLER, NATALIE ROGERS AND OCEAN BEACH
20  POLICE DEPARTMENT
21  926 RexCorp Plaza
22  Uniondale, New York 11556-0926
23
    BY: KENNETH A. NOVIKOFF, ESQ.
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 4

```
 1              PAUL CAROLLO
 2  APPEARANCES CONTINUED:
 3      BEE READY FISHBEIN HATTER & DONOVAN, LLP
 4
 5      Attorneys for SUFFOLK COUNTY
 6      170 Old Country Road
 7      Mineola, New York 11501
 8
    BY: (NOT PRESENT)
 9
10
11  SUFFOLK COUNTY DEPARTMENT OF LAW
12
13  Attorneys for the County
14  100 Veterans Memorial Highway
15  Hauppauge, New York 11788
16
    BY: (NOT PRESENT)
17
18  ALSO PRESENT:
19  FRANK FIORILLO
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 5

```
 1              PAUL CAROLLO
 2      IT IS HEREBY STIPULATED AND AGREED by
 3  and between the attorneys for the respective
 4  parties herein, that filing and sealing and
 5  the same are hereby waived.
 6      IT IS FURTHER STIPULATED AND AGREED
 7  that all objections, except as to the form
 8  of the question, shall be reserved to the
 9  time of the trial.
10      IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be sworn to
12  and signed before any officer authorized to
13  administer an oath, with the same force and
14  effect as if signed and sworn to before the
15  Court.
16
17          - o0o -
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 6

PAUL CAROLLO

1               PAUL CAROLLO
2    PAUL CAROLLO,
3          Called as a witness herein, having
4    first been duly sworn, was examined and
5    testified as follows:
6    BY THE REPORTER:
7    **Q   Please state your name and address for**
8    **the record.**
9    A   Paul Carollo, 20 Gaymor Lane, Commack,  1:48:19PM
10   New York 11725.
11         THE WITNESS: I just want to state    1:49:10PM
12   that I have not been given an attorney
13   because I am not an employee of the village.
14   I'm not a named defendant in the case.  Is
15   that true?
16         MR. NOVIKOFF: I'm sorry, are you    1:49:36PM
17   making a statement or are you asking a
18   question?
19         THE WITNESS: Both.    1:49:40PM
20         MR. NOVIKOFF: This is really --    1:49:41PM
21         MR. GRAFF: Should we maybe go off of  1:49:43PM
22   the record to discuss it?
23         THE WITNESS: I'd like to stay on the  1:49:47PM
24   record.
25         MR. NOVIKOFF: That is something    1:49:49PM

TSG Reporting - Worldwide (877) 702-9580

Page 7

PAUL CAROLLO

1    between you and the village.  That's not
2    between you and me.
3         THE WITNESS: Understood.    1:49:54PM
4         The second thing I'd like to ask a   1:49:54PM
5    question, what is it that the District
6    Attorney's office is involved in in the
7    case?
8         MR. NOVIKOFF: I don't know.  Maybe   1:50:01PM
9    Ari knows.
10        MR. GRAFF: Tangentially with some    1:50:04PM
11   documents there were an issue.  Mr. Connolly
12   and I discussed it very briefly,
13   non-substantively before we started.
14        MR. NOVIKOFF: If you listen to the   1:50:16PM
15   D.A., they're still investigating --
16        THE WITNESS: I haven't.  That's why   1:50:18PM
17   I'm asking the question.
18        MR. NOVIKOFF: According to the D.A.'s  1:50:19PM
19   submission, they're still investigating the
20   village.  So I don't have an idea what
21   they're investigating.  So use that
22   information however you want to use it.  But
23   according to the D.A., there's still ongoing
24   investigations.  Into what, I don't know.

TSG Reporting - Worldwide (877) 702-9580

Page 8

PAUL CAROLLO

1    Is that a fair representation of what   1:50:36PM
2    the D.A. said?
3         MR. GRAFF: That's as far as I    1:50:40PM
4    understand, yeah.
5    EXAMINATION    1:50:41PM
6    BY MR. GRAFF:    1:50:44PM
7    **Q   Again, to introduce myself for the**   **1:50:45PM**
8    **record, Mr. Carollo.  I know we've met briefly**
9    **before.**
10        THE WITNESS: Something humorous?    1:50:50PM
11        MR. NOVIKOFF: What's that?  You can   1:50:52PM
12   stay on the record.  If you got a problem --
13        THE WITNESS: I don't have a problem.   1:50:59PM
14        MR. NOVIKOFF: Then answer the    1:51:00PM
15   questions of Mr. Graff, and then you answer
16   my questions, or you can leave.  I mean, the
17   choice is yours, Mr. Carollo.  What I say to
18   Mr. Connolly or how I look at Mr. Connolly
19   is between me and Mr. Connolly.  It has
20   nothing to do with you.
21        THE WITNESS: I'm sitting here as a   1:51:14PM
22   witness.
23        MR. NOVIKOFF: If you want to ask me   1:51:16PM
24   questions in whatever tone you want to as me

TSG Reporting - Worldwide (877) 702-9580

Page 9

PAUL CAROLLO

1    questions, then by all means do so.  I
2    didn't ask you for this deposition.
3         THE WITNESS: I understand that.    1:51:20PM
4         MR. NOVIKOFF: It's Mr. Graff's    1:51:21PM
5    deposition.  As far as I'm concerned, you
6    can go and we can go our merry way.
7    BY MR. GRAFF:    1:51:27PM
8    **Q   As Mr. Novikoff mentioned, generally**   **1:51:28PM**
9    **the way the depositions work is that the person**
10   **who scheduled the deposition asks a series of**
11   **questions.  After that part is concluded, the**
12   **other lawyers representing other parties will**
13   **have a chance to ask you some questions also.**
14   **Then I might have a little follow-up.  And that**
15   **will be the sequence.  Mr. Novikoff and**
16   **Mr. Connolly might object to certain specific**
17   **questions that I ask.  Those objections are for**
18   **the record.  You're still free to answer the**
19   **questions.  They shouldn't guide you or limit or**
20   **influence the question that's posed to you.**
21   **That's for their clients and for the record.**
22        **Just a couple of procedural things**   **1:52:17PM**
23   **before we get into more substantive issues.  You**
24   **can see the court reporter is here.  She's**

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  taking down verbatim, word for word, what's
3  said.  To make sure that there's a clean and
4  clear transcript for the questions and answers
5  today, it's important just that you let me or
6  later Mr. Novikoff finish a question before you
7  start answering, and I'll do my very best to
8  make sure you're finished responding before I
9  ask another question.  That way we won't be
10  speaking over each other.
11      MR. NOVIKOFF:  Or Mr. Connolly.    1:52:51PM
12      MR. GRAFF:  Of course.        1:52:53PM
13  BY MR. GRAFF:            1:52:53PM
14    Q   Also because of the reporter, it's    1:52:56PM
15  important to give all of the answers verbally.
16  Nods, shakes of the head obviously can't be
17  transcribed.  If you don't hear a question or
18  don't understand a question, please let me know
19  right away.  If I ask a question and you answer
20  it, I'll assume that you heard it and understood
21  it.
22      Does that seem fair?        1:53:18PM
23    A   Uh-huh.  Yes.        1:53:20PM
24    Q   If at some point over the course of    1:53:21PM
25  this afternoon you would like to go back and add

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  or correct an answer that you gave to an earlier
3  question, that's absolutely fine.  Just let me
4  know.  We can do that at any time.
5      If at any point you'd like to take a    1:53:38PM
6  break for whatever reason, we can also do that.
7  Let me know.  I'll be happy to take a break
8  whenever you'd like to.
9      Are you presently taking any    1:53:53PM
10  medications or under a doctor's care for any
11  illness that could affect your ability to
12  testify truthfully and completely today?
13      MR. NOVIKOFF:  Objection to form.    1:54:03PM
14    A   No.            1:54:06PM
15    Q   Have you consumed any controlled    1:54:07PM
16  substances or narcotics in the last 24 hours?
17    A   No.            1:54:13PM
18    Q   Have you had any alcoholic beverages    1:54:13PM
19  in the last 24 hours?
20    A   No.            1:54:17PM
21    Q   Is there any reason you can think of    1:54:23PM
22  that you wouldn't be able to answer the
23  questions truthfully and completely today?
24    A   No.            1:54:28PM
25    Q   You had mentioned earlier today that    1:54:35PM

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  you're not represented by an attorney.  That's
3  correct in connection with this deposition?
4    A   Yes.            1:54:41PM
5      MR. GRAFF:  I'm going to ask the court  1:54:47PM
6  reporter to mark as Exhibits 1 and 2.
7  Exhibit 1 is a subpoena dated May 12th,
8  2009.  Exhibit 2 is a subpoena dated
9  July 24th, 2009.
10      (Whereupon, a subpoena dated May 12th,  1:55:04PM
11  2009 was marked as Plaintiff's Exhibit 1 for
12  identification, as of this date.)
13      (Whereupon, a subpoena dated July    1:55:15PM
14  24th, 2009 was marked as Plaintiff's
15  Exhibit 2 for identification, as of this
16  date.)
17  BY MR. GRAFF:            1:55:54PM
18    Q   Mr. Carollo, when you've had a chance  1:55:54PM
19  to look at those two documents, can you tell me
20  if you recognize that document marked as
21  Exhibit 1?  (Handing.)
22    A   Not without having the one I have with  1:56:11PM
23  me.  I have to make an assumption.
24    Q   Okay.  And what about Exhibit 2?    1:56:17PM
25    A   It would be the same, I'm not    1:56:23PM

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  looking -- I don't have the ones that I had
3  received, so I can't say that those are exactly
4  the same.
5    Q   Okay.  And just to be clear for the    1:56:34PM
6  record, you're here for this deposition today in
7  response to one or both of these subpoenas?
8      MR. NOVIKOFF:  Objection.        1:56:42PM
9    A   A subpoena.            1:56:42PM
10    Q   And that was a subpoena issued from    1:56:43PM
11  our office?
12    A   Yes.            1:56:47PM
13    Q   Thank you.            1:56:48PM
14      You had mentioned early on that you    1:56:49PM
15  and I had spoken prior to today.  Since the
16  other attorneys in the room weren't privy to
17  those conversations, I'm going to ask a few
18  questions about what you and I discussed for the
19  record so it can be clear.
20    A   Okay.            1:57:06PM
21    Q   Do you recall how many times we've    1:57:08PM
22  spoken?
23    A   No.  More than twice.  Probably more    1:57:11PM
24  than three times, I would say.
25    Q   And what was the substance of those    1:57:17PM

TSG Reporting - Worldwide (877) 702-9580

Page 14

PAUL CAROLLO

1
2          PAUL CAROLLO
3    conversations, as best you can recall?
4       A    Setting up the time schedule and my    1:57:24PM
5    position with an attorney.
6       Q    And do you recall when you first    1:57:33PM
7    received a subpoena it set your deposition for a
8    date that was postponed?
9       A    Yes.                  1:57:39PM
10      Q    When you received the subpoena the    1:57:39PM
11   second time, that deposition date was also
12   postponed?
13      A    Yes.                  1:57:46PM
14      Q    And do you know why the depositions    1:57:52PM
15   were postponed?
16      A    I didn't have an attorney.         1:57:56PM
17      Q    And between the deposition that had    1:57:57PM
18   been scheduled and the second subpoena and
19   today, did you make any efforts to retain an
20   attorney?
21      A    Yes -- no, I wouldn't say I made -- I    1:58:10PM
22   investigated the situation.  I don't know that I
23   necessarily personally could afford an attorney.
24   So I would say that I looked into what my
25   options were to be able to get the village to
26   pay for my attorney.

TSG Reporting - Worldwide (877) 702-9580

Page 15

PAUL CAROLLO

1
2       Q    Did you speak to someone at the    1:58:28PM
3    village about --
4       A    I made -- ask it again.          1:58:32PM
5       Q    Did you speak to anybody at the    1:58:35PM
6    village about obtaining an attorney for this
7    deposition?
8       A    Yes.  I called the mayor a few times,    1:58:40PM
9    and he didn't return the call.  And then Ken
10   Gray I spoke to, and he said he would request an
11   attorney from the insurance company.
12      Q    And when did that conversation with    1:58:51PM
13   Mr. Gray happen?
14      A    Sometime back after the first       1:58:55PM
15   deposition -- after the first subpoena.
16      Q    Okay.  Did Mr. Gray or anyone else for    1:59:00PM
17   the village explain to you at any point why they
18   were not obtaining an attorney for you?
19      A    Prior to the second subpoena?       1:59:12PM
20      Q    At any point.              1:59:13PM
21      A    Recently I received -- no.          1:59:14PM
22   Actually -- no.  He sent me a letter that I
23   requested because no one told me anything.  I
24   thought it was probably even over with, and I
25   didn't hear for -- until the next subpoena,

TSG Reporting - Worldwide (877) 702-9580

Page 16

PAUL CAROLLO

1
2    which I didn't know it was even coming.  I saw
3    Ken Gray in court where I work and had a
4    conversation with him about it, and he said -- I
5    said, you know, no one sent me anything.  No one
6    told me anything.  So he sent me a letter
7    stating I was denied an attorney from the
8    village.  And then that was just before our
9    second subpoena -- no, it was probably after the
10   second subpoena but before -- sometime last
11   week.  Then I looked into finding out if there
12   was -- if I had any legal aspect to, you know,
13   get the village to supply an attorney.
14      Q    Okay.  And in any of the conversations    2:00:24PM
15   that you and I had, did I ask you any questions
16   about your work at Ocean Beach?
17      A    About my work at Ocean Beach?       2:00:35PM
18      Q    Yes.                   2:00:37PM
19      A    No.                   2:00:37PM
20      Q    Did I ask you any questions about    2:00:37PM
21   George Hesse?
22      A    No.                   2:00:41PM
23      Q    Did I ask you any questions about any    2:00:41PM
24   of the plaintiffs in this case?
25      A    No.                   2:00:46PM

TSG Reporting - Worldwide (877) 702-9580

Page 17

PAUL CAROLLO

1
2       Q    Did I explain to you at all what kind    2:00:47PM
3    of questions I was going to be asking you at the
4    deposition?
5       A    No.                   2:00:56PM
6       Q    Did I suggest to you what kind of    2:00:57PM
7    testimony we might be hoping to elicit at the
8    deposition?
9       A    No, it was probably after the       2:01:04PM
10      Q    I notice that there's a copy of the    2:01:10PM
11   Complaint in this case that's on the table in
12   front of you.  Can I ask where you obtained
13   that?
14      A    One of the attorneys that I've spoken    2:01:17PM
15   to.
16      Q    And could I ask which attorney that    2:01:19PM
17   is -- withdrawn.
18          Is that an attorney that you had    2:01:26PM
19   consulted with but did not retain?
20      A    Yes.                   2:01:29PM
21      Q    And I believe that you had asked me    2:01:30PM
22   for a copy of the Complaint; is that correct?
23      A    Yes.                   2:01:35PM
24      Q    And did I give it to you?         2:01:35PM
25      A    No.                   2:01:37PM

TSG Reporting - Worldwide (877) 702-9580

Page 18

PAUL CAROLLO

```
1              PAUL CAROLLO
2      Q    Did I explain why?           2:01:37PM
3      A    Yes.              2:01:38PM
4      Q    And as best you recall, why did I say  2:01:39PM
5  that I didn't want to give you the complaint?
6      A    You felt it would be a conflict of   2:01:44PM
7  interest or something to that effect.
8      Q    Okay.  Other than scheduling issues   2:01:48PM
9  and your efforts to try to arrange for a lawyer,
10  can you think of anything else that you and I
11  discussed prior to today?
12     A    No.              2:02:03PM
13     Q    As far as you know, other than      2:02:06PM
14  speaking to me, did you speak to anyone else in
15  my law firm?
16     A    Originally, I can't remember his name.  2:02:11PM
17  I spoke to someone else.
18     Q    If I said the name Andrew Goodstadt,  2:02:15PM
19  would that be --
20     A    Yeah, that's it.           2:02:18PM
21     Q    Other than myself and Mr. Goodstadt,  2:02:19PM
22  do you know of anyone else you spoke with at my
23  firm?
24     A    No.              2:02:24PM
25     Q    Did you actually have a conversation  2:02:25PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 19

PAUL CAROLLO

```
1  with Mr. Goodstadt?
2      A    I guess after the first subpoena, I   2:02:36PM
3  may have spoken to him about the attorney
4  situation.  We never had much of a conversation.
5  I think maybe he called once or twice, something
6  like that.
7      Q    Other than your trying to find an    2:02:47PM
8  attorney, was there anything else to the
9  substance of your conversation with
10  Mr. Goodstadt?
11     A    No.              2:02:55PM
12     Q    Are you currently employed?      2:02:58PM
13     A    Yes.              2:03:01PM
14     Q    And where do you work?         2:03:02PM
15     A    New York State courts.        2:03:05PM
16     Q    What's your position at New York State  2:03:07PM
17  court?
18     A    Court officer.            2:03:09PM
19     Q    And do you work at a particular     2:03:10PM
20  courthouse?
21     A    Hempstead.             2:03:16PM
22     Q    How long have you held that position?  2:03:19PM
23     A    Ten years.             2:03:21PM
24     Q    When did you first begin working for  2:03:29PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 20

PAUL CAROLLO

```
1  Ocean Beach?
2      A    Entered the academy in October of    2:03:41PM
3  2003, something to that effect.
4      Q    And do you recall when your first    2:03:47PM
5  actual on duty at Ocean Beach was?
6      A    Sometime I guess in May 2004.     2:03:55PM
7      MR. NOVIKOFF:  May of 2004?      2:03:59PM
8      THE WITNESS:  Yes.          2:04:01PM
9  BY MR. GRAFF:                   2:04:02PM
10     Q    What position did you hold when you   2:04:02PM
11  started working in May 2004?
12     A    Police officer.            2:04:06PM
13     Q    And did you -- when was your last day  2:04:18PM
14  working at Ocean Beach?
15     A    I did a training class December of    2:04:28PM
16  '08.
17     Q    And were you a police officer at that  2:04:39PM
18  time?
19     MR. NOVIKOFF:  Objection.       2:04:42PM
20     A    I -- yeah, I guess so.  I don't know,  2:04:45PM
21  you know, what the village had me as.  Is that
22  your question?  I mean it was a training class.
23  I wasn't working.  I had no firearm or anything.
24     Q    Were you paid a salary?        2:04:57PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 21

PAUL CAROLLO

```
1      A    Yes, I was paid.           2:04:58PM
2      Q    And from May -- beginning in May 2004,  2:05:00PM
3  were you a seasonal police officer at Ocean
4  Beach?
5      A    Before May?            2:05:10PM
6      Q    When you started work nothing May    2:05:11PM
7  2004, at that time, were you hired on a seasonal
8  basis?
9      A    I don't know what I was exactly hired.  2:05:21PM
10  I wasn't full-time.  I mean there's different
11  breakdowns.  I don't know them.  I'm not exactly
12  sure what I was classified as.  All I can say is
13  not full-time.
14     Q    And when you worked part-time, how   2:05:31PM
15  many hours a week were you working in May 2004?
16     MR. NOVIKOFF:  Objection.       2:05:38PM
17     A    I think I was working -- I don't know,  2:05:44PM
18  I may have started with two shifts.  So 16
19  hours.  Sixteen to 24 hours, I guess.
20     Q    And after the summer of 2004, did you  2:05:52PM
21  continue working as a police officer at Ocean
22  Beach?
23     A    I don't think I worked that winter at  2:05:59PM
24  all.
```

TSG Reporting - Worldwide (877) 702-9580

Page 22

PAUL CAROLLO

1
2    Q    And what about the summer of 2005?    2:06:02PM
3    A    Yes.                    2:06:06PM
4    Q    You worked at Ocean Beach?        2:06:07PM
5    A    Yes.                    2:06:08PM
6    Q    And after the summer of 2005, once the  2:06:09PM
7    summer was over, did you work at all that winter
8    or the other seasons of 2005?
9    A    I think I worked Sundays 4 to 12 after  2:06:19PM
10   2005.
11   Q    And in the summer of 2006, did you    2:06:25PM
12   work as a police officer at Ocean Beach?
13   A    2006, yes.                2:06:31PM
14   Q    And then what about once the summer    2:06:35PM
15   was over, did you work in the fall or winter
16   2006?
17   A    I think I still did a 4 to 12 on    2:06:40PM
18   Sundays.
19   Q    And then the summer of 2007, were you  2:06:48PM
20   working as a police officer at Ocean Beach?
21   A    No.                    2:06:52PM
22   Q    Was there a specific point in time    2:06:53PM
23   when you stopped working?
24   A    March of 2007.            2:06:58PM
25   Q    And why did you stop working as a    2:07:05PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 23

PAUL CAROLLO

1    police officer at Ocean Beach at that time?
2
3    A    I don't know if that's a question I    2:07:12PM
4    should answer.  I think everybody in the room
5    knows it, but --
6    Q    Will you answer that question?        2:07:23PM
7    MR. NOVIKOFF:  I think he just said he  2:07:25PM
8    doesn't think he wants to answer that
9    question.
10   A    No, I don't want to answer the    2:07:29PM
11   question.
12   Q    Why would you --            2:07:31PM
13   MR. NOVIKOFF:  I think if he answers    2:07:34PM
14   that question, he'll tell you why he can't
15   answer the other question.
16   BY MR. GRAFF:                2:07:39PM
17   Q    Are you able to explain the basis for  2:07:39PM
18   not wanting to answer that?
19   A    I think it's in my best interest not  2:07:43PM
20   to.
21   Q    We'll come back to that.        2:07:49PM
22   When you first --            2:07:57PM
23   MR. NOVIKOFF:  Actually, I don't mean  2:07:58PM
24   to interrupt, and I'm trying very hard, as
25   you can tell.

TSG Reporting - Worldwide (877) 702-9580

---

Page 24

PAUL CAROLLO

1
2    MR. GRAFF:  I appreciate it.        2:08:03PM
3    MR. NOVIKOFF:  I'm respectfully at a    2:08:05PM
4    loss to understand as to why Mr. Carollo is
5    here.  But whether I'm lost or not is
6    irrelevant.  You've called this witness.  I
7    think if you're going to go into that
8    subject area, you know my position on it.
9    It seems like this witness will probably not
10   answer any of your questions.  So either you
11   want to address it with the judge now or
12   address it with the judge when we see him in
13   September or just move on to other subject
14   areas.  That's my only respectful
15   suggestion.
16   MR. GRAFF:  I understand that.        2:08:38PM
17   MR. CONNOLLY:  What you may be able to  2:08:40PM
18   do is make this general, will you respond to
19   questions regarding this area.
20   BY MR. GRAFF:                2:08:50PM
21   Q    Will you respond to questions        2:08:51PM
22   concerning the circumstances that led to your
23   stopping work at Ocean Beach?
24   A    No.  I think without counsel, I'd be  2:09:02PM
25   foolish to do that.

TSG Reporting - Worldwide (877) 702-9580

---

Page 25

PAUL CAROLLO

1
2    Q    Are there any other subject areas that  2:09:05PM
3    you can think of that you won't want to answer
4    questions about?
5    A    Not that I can think of at the moment.  2:09:15PM
6    Q    At some point I'm going to want to    2:09:25PM
7    come back to that, but let's try to find some
8    other subjects that are comfortable for now.
9    And if it becomes an issue down the road, we'll
10   raise it with the judge and get some direction
11   from him on how it's appropriate to handle that
12   situation.
13   A    Yes.                    2:09:44PM
14   Q    When you started working at Ocean    2:09:44PM
15   Beach, was that your first law enforcement
16   position?
17   A    No.                    2:09:53PM
18   Q    When was the first time you held a law  2:09:53PM
19   enforcement position with any employer?
20   A    1999.  As I stated, I'm a court    2:09:59PM
21   officer.
22   MR. NOVIKOFF:  Yeah, I would think    2:10:03PM
23   that a court officer would be characterized
24   as a law enforcement position.
25

TSG Reporting - Worldwide (877) 702-9580

Page 26

PAUL CAROLLO

1
2     BY MR. GRAFF:                    2:10:11PM
3        Q   I intend the question to extend to    2:10:11PM
4     court officer, yes.
5        MR. NOVIKOFF:  So is the question    2:10:15PM
6        other than being a court officer, has he
7        held any --
8     BY MR. GRAFF:                    2:10:18PM
9        Q   Prior to being a court officer, did    2:10:18PM
10    you hold any other law enforcement positions?
11       A   No.                       2:10:23PM
12       Q   Other than your position at Ocean    2:10:23PM
13    Beach and your position as a court officer, have
14    you held any other law enforcement positions?
15       A   No.                       2:10:30PM
16       Q   You had mentioned when you started    2:10:41PM
17    working at Ocean Beach that you were in the
18    police academy?
19       A   Yes.                      2:10:46PM
20       Q   Was that a requirement for you to    2:10:46PM
21    begin working at Ocean Beach?
22       MR. NOVIKOFF:  Objection.         2:10:50PM
23       A   Yes.                      2:10:51PM
24       Q   And other than -- what police academy    2:10:52PM
25    did you attend?

TSG Reporting - Worldwide (877) 702-9580

Page 27

PAUL CAROLLO

1
2        A   Suffolk County.            2:10:57PM
3        Q   And did you attain a certification or    2:10:58PM
4     credential from that academy?
5        A   I graduated, yes.          2:11:05PM
6        Q   Other than graduating police academy,    2:11:06PM
7     were there any other requirements that you had
8     to attain to be a police officer at Ocean Beach
9     that you're aware of?
10       MR. NOVIKOFF:  Objection.         2:11:16PM
11       A   No.                       2:11:16PM
12       Q   Was there a qualifying medical exam?    2:11:17PM
13       MR. NOVIKOFF:  Objection.         2:11:20PM
14    BY MR. GRAFF:                    2:11:21PM
15       Q   Or a physical fitness examination?    2:11:21PM
16       A   Yes.  I count all of that in as the    2:11:23PM
17    academy.
18       Q   Could you break down the parts of the    2:11:28PM
19    academy as you understood them?  There was the
20    physical.  Was there a polygraph element?
21       A   Yes.                      2:11:37PM
22       Q   Was there a psychological assessment?    2:11:37PM
23       A   Yes.                      2:11:40PM
24       Q   When you entered the academy, was that    2:11:42PM
25    with the intention of working as a police

TSG Reporting - Worldwide (877) 702-9580

Page 28

PAUL CAROLLO

1
2     officer at Ocean Beach specifically?
3        A   Could you ask that again?  I'm sorry,    2:11:50PM
4     I didn't understand that.
5        Q   Let me come at it a different way.    2:11:53PM
6        How did you go about getting the    2:11:56PM
7     police officer position at Ocean Beach?  Did you
8     apply for that position?
9        A   Yes.                      2:12:01PM
10       Q   And who did you -- how did you go    2:12:01PM
11    about applying?  What was the first step?
12       A   I think my name was put on a list, and    2:12:07PM
13    basically if you make it through the
14    investigation, background investigation.
15       Q   Did you submit a written application?    2:12:15PM
16    How did you -- withdrawn.
17       How did you first become aware of the    2:12:20PM
18    police officer position in Ocean Beach?
19       A   I work with someone who works there.    2:12:30PM
20       Q   Who specifically?           2:12:33PM
21       A   Walter Moeller.            2:12:34PM
22       Q   And did you learn from Mr. Moeller    2:12:40PM
23    that there were vacant positions at Ocean Beach?
24       MR. NOVIKOFF:  Objection.  Form.    2:12:48PM
25       A   Yeah.  I don't know if there was    2:12:53PM

TSG Reporting - Worldwide (877) 702-9580

Page 29

PAUL CAROLLO

1
2     necessarily a vacancy.  I don't know that it
3     would be worded that way.
4        Q   Did you contact a specific person at    2:13:00PM
5     Ocean Beach to initiate your application process
6     or to indicate your interest in applying?
7        A   I don't remember if I ever contacted    2:13:08PM
8     anybody or if he just gave my name in.
9        Q   And were you interviewed for that    2:13:12PM
10    position?
11       A   Before the background investigation?    2:13:18PM
12       Q   Yes.                      2:13:20PM
13       A   No.                       2:13:20PM
14       Q   After the background investigation,    2:13:23PM
15    were you interviewed by someone at Ocean Beach
16    for a police officer position?
17       A   No.                       2:13:33PM
18       Q   Who was the -- who was in charge of    2:13:35PM
19    the Ocean Beach Police Department at that time?
20       A   Paradiso.                 2:13:43PM
21       Q   That's Ed Paradiso?         2:13:44PM
22       A   Ed Paradiso, yes.          2:13:45PM
23       Q   What was his position at the police    2:13:47PM
24    department?
25       A   Chief.                    2:13:49PM

TSG Reporting - Worldwide (877) 702-9580

Page 30

PAUL CAROLLO

Q How did you learn of the academy 2:14:00PM requirements that you were required to complete to become a police officer?

MR. NOVIKOFF: Objection to form. 2:14:05PM

BY MR. GRAFF: 2:14:06PM

Q That is, the process you would have to 2:14:10PM go through to get the job?

MR. NOVIKOFF: Same objection. 2:14:13PM

A I just went through it, and I really 2:14:14PM can't say. I'm not sure I understand that.

Q Did you speak to anyone at Ocean Beach 2:14:20PM about the specific requirements for the position before you started police academy?

A I don't think so. 2:14:33PM

Q Did you speak to somebody, anybody at 2:14:36PM the Suffolk County Department of Civil Service about what the requirements that you'd need to complete were?

A No. 2:14:45PM

Q Have you ever heard of something 2:15:07PM called the Ocean Beach Police Department applicant investigation section?

A No. 2:15:20PM

Q Are you aware of any applicant 2:15:22PM

Page 31

PAUL CAROLLO

investigation section that you did interact with as part of your academy process?

A Suffolk County. 2:15:30PM

Q That would be the Suffolk County -- 2:15:31PM

A Suffolk County Police Department. 2:15:35PM

Q Applicant investigation? 2:15:36PM

A Applicant investigation. 2:15:38PM

Q And what is the applicant 2:15:40PM investigation section? What did it do?

A Does the whole process. 2:15:46PM

Q Could you explain? 2:15:48PM

A I guess they run the agility, the 2:15:50PM medical, psychological and the background investigation.

Q Just to be clear, did you at any point 2:16:01PM hear of an applicant investigation section specific to Ocean Beach?

MR. NOVIKOFF: Objection. 2:16:08PM

MR. CONNOLLY: Objection. 2:16:09PM

A I've never heard that term. 2:16:10PM

Q As far as you know, were you permitted 2:16:22PM to start working as a police officer at Ocean Beach before you completed the academy process, the medical, physical, polygraph?

Page 32

PAUL CAROLLO

MR. NOVIKOFF: Objection. 2:16:31PM

A One more time. 2:16:35PM

Q Were you required to complete the full 2:16:36PM academy process and be fully credentialed with the academy before you could actually start serving as a police officer?

MR. NOVIKOFF: Objection. 2:16:47PM

A Yes, I had to finish the police 2:16:48PM academy.

Q Were you required to take a Civil 2:16:51PM Service examination?

MR. NOVIKOFF: Objection. 2:16:54PM

A No. 2:16:54PM

MR. NOVIKOFF: And the basis of my 2:16:55PM objection is asking this witness what he was required or not required to do.

BY MR. GRAFF: 2:16:59PM

Q As far as you know, were you required 2:17:00PM to take any Civil Service examination?

MR. NOVIKOFF: Same objection. 2:17:04PM

A As far as I know, no. 2:17:05PM

Q Have you ever taken any Civil Service 2:17:06PM examination for any position?

A Yes. 2:17:10PM

Page 33

PAUL CAROLLO

Q What position is that? 2:17:10PM

A Many. I couldn't even remember how 2:17:14PM many tests I've taken. Certainly I've taking the Suffolk County police officer's test, court on officer test, numerous other tests.

Q Did you -- who were those tests 2:17:30PM administered by?

A Different agencies. 2:17:36PM

Q Did you ever take any tests 2:17:37PM administered by the Suffolk County Department of Civil Service?

A Only on -- what I'm assuming that 2:17:47PM Suffolk County Police test and I believe I took the Suffolk County Department of Corrections test. Well, I know I took the test. I assume that that's Civil Service that you're speaking of.

Q During the time that you worked as a 2:18:05PM court officer, did you hold any other positions other than police officer at Ocean Beach?

A When you say positions? 2:18:18PM

Q Did you have any other employment? 2:18:20PM Did you work anywhere else?

A I was a carpenter. 2:18:24PM

Page 34

PAUL CAROLLO

Q   As a carpenter?                          2:18:25PM
A   Yes.                        2:18:26PM
Q   Where did you work as a carpenter?   2:18:27PM
A   All over.                 2:18:29PM
Q   Did you work for a particular         2:18:30PM
carpentry company?
A   No, I was in the union.  I was a union  2:18:33PM
carpenter.
Q   What union?                    2:18:37PM
A   I was in a few different ones that      2:18:40PM
merged together.  I'm in Long Island union right
now.
Q   As far as you know, were all of the    2:18:54PM
other police officers at Ocean Beach who were
employed there during the time that you were
employed there, did all of those officers go
through the police academy?
MR. NOVIKOFF:  Objection.          2:19:10PM
A   I believe everybody went through the   2:19:11PM
police academy.
Q   What about a police academy in Suffolk  2:19:15PM
County?
MR. NOVIKOFF:  Objection.  Foundation. 2:19:18PM
A   When I first started, did everyone go  2:19:19PM

TSG Reporting - Worldwide (877) 702-9580

Page 35

PAUL CAROLLO

through the Suffolk County police academy?
Q   As far as you know, is it a        2:19:25PM
requirement to be a police officer at Ocean
Beach to graduate the Suffolk County police
academy?
MR. NOVIKOFF:  Objection.          2:19:32PM
MR. CONNOLLY:  Objection.          2:19:34PM
A   I'm sure of that.              2:19:35PM
Q   Are you aware of any sort of Civil --  2:19:41PM
the phrase Civil Service certification in
connection with your work as a police officer at
Ocean Beach?
MR. NOVIKOFF:  Objection to the form. 2:19:48PM
A   Ask the question again.           2:19:53PM
Q   Do you know, as far as you know, did  2:19:54PM
you have to be certified by the Suffolk County
Department of Civil Service to work as a police
officer at Ocean Beach?
MR. NOVIKOFF:  Same objection.       2:20:01PM
A   No, I didn't.  When I started there, I 2:20:04PM
would not have known.  I mean, obviously I had
not gone through a police academy so I had to go
through that.
Q   Okay.  And at any point when you were  2:20:14PM

TSG Reporting - Worldwide (877) 702-9580

Page 36

PAUL CAROLLO

working there, did you ever learn whether you
were or weren't certified through the Suffolk
County Department of Civil Service?
A   Did I ever learn that I was?          2:20:26PM
Q   You weren't.  Is that             2:20:27PM
something that ever came up?
A   Ask me the question again.          2:20:32PM
Q   Do you know whether the Suffolk County  2:20:34PM
Department of Civil Service ever certified you
as qualified to work as a police officer at
Ocean Beach?
A   No.  All I know is I graduated the     2:20:48PM
academy and went to work.  Exactly what
paperwork transpired, that I couldn't answer.
Q   Did you ever have any interactions      2:20:55PM
with any particular individual at the Suffolk
County Department of Civil Service in connection
with your employment at Ocean Beach?
A   I did call -- afterwards I called      2:21:09PM
Suffolk County Civil Service to ask about what
the situation with the attorneys was.  Yeah.
Q   At what point in time did that happen?  2:21:18PM
A   Just recently.  Two weeks ago.  Three   2:21:20PM
weeks ago.  Something like that.

TSG Reporting - Worldwide (877) 702-9580

Page 37

PAUL CAROLLO

Q   And what were your duties as a police  2:21:24PM
officer at Ocean Beach?
A   You know, patrol, arrest, summons.    2:21:31PM
Q   And as far as you know, did all of the  2:21:33PM
police officers at Ocean Beach have the same
general duties?
A   Yes.                     2:21:44PM
Q   And did all police officers at Ocean   2:21:45PM
Beach, as far as you know, throughout the course
of time that you were working there, have the
authority to arrest?
MR. NOVIKOFF:  Objection.          2:21:54PM
A   Ask that again.                2:21:58PM
Q   As far as you know, the whole time you  2:22:04PM
were working in Ocean Beach, at any point during
that time, did all the officers at Ocean Beach,
like you, have the power to arrest, assuming
that the requirements for an arrest were
otherwise made?
MR. NOVIKOFF:  Objection.          2:22:21PM
A   Yes.                     2:22:21PM
Q   That is, if you saw someone committing  2:22:21PM
a crime, you could arrest them?
A   Yes.                     2:22:21PM

TSG Reporting - Worldwide (877) 702-9580

Page 38

PAUL CAROLLO

1
2      Q   As far as you know, all the other      2:22:23PM
3  officers at Ocean Beach also had that same
4  arrest power?
5      A   As far as I know, yes.          2:22:34PM
6      Q   And was there a specific jurisdiction  2:22:35PM
7  or geographical limit to your powers to arrest
8  people?
9          MR. NOVIKOFF:  Objection.       2:22:42PM
10     A   To arrest?                 2:22:50PM
11     Q   For example, could you arrest people   2:22:52PM
12 anywhere in Suffolk County, as far as you know?
13     A   Yeah.                  2:23:01PM
14     Q   What about outside Suffolk County, in  2:23:01PM
15 other counties in New York?
16     A   As a New York State certified police  2:23:10PM
17 officer -- I don't want to get too involved in
18 the whole thing -- you can make an arrest
19 anywhere in the state.
20     Q   And you mentioned, I believe, that you  2:23:20PM
21 also issued summons in Ocean Beach?
22     A   Yes.                   2:23:24PM
23     Q   Do you know how many you would issue   2:23:26PM
24 approximately in a year?
25     A   I would say I did between 20, 25.    2:23:35PM

TSG Reporting - Worldwide (877) 702-9580

Page 39

PAUL CAROLLO

1
2      Q   And did it stay at approximately that  2:23:39PM
3  number for all of the years that you worked as a
4  police officer?
5      A   Yeah.                  2:23:44PM
6          MR. NOVIKOFF:  There's really only two  2:23:44PM
7  seasons, right, Ari?
8          MR. GRAFF:  2004, 2005, 2006.     2:23:49PM
9          MR. NOVIKOFF:  Sorry.  Three years.  2:23:52PM
10         MR. GRAFF:  Three seasons.       2:23:55PM
11 BY ATTORNEY1:                  2:23:55PM
12     Q   Is that correct, three summer seasons?  2:23:56PM
13     A   Yes.                   2:23:58PM
14     Q   Were you ever told by anyone that you  2:24:03PM
15 should issue more summons beyond the number that
16 you were averaging?
17         MR. NOVIKOFF:  Objection to the form.  2:24:11PM
18     A   That I should issue more?       2:24:16PM
19     Q   Yes.                   2:24:18PM
20     A   No.                   2:24:21PM
21     Q   Were you ever told to issue fewer    2:24:21PM
22 summonses?
23     A   No.                   2:24:24PM
24     Q   Were you ever told to issue more or   2:24:24PM
25 fewer summonses for specific offenses?

TSG Reporting - Worldwide (877) 702-9580

Page 40

PAUL CAROLLO

1
2      A   I think that when complaints would    2:24:35PM
3  come in about certain things, there would be a
4  meeting of that.  But it was never anything
5  forced upon you.  Whether it be like they want
6  more, you know, the council's complaining
7  about -- not the council, the village, what are
8  they called, trustees or civilian complaints,
9  resident complaints, that maybe there was too
10 much bike riding so they say we gotta keep a
11 better eye on bike riding.
12     Q   Who would run those meetings?      2:25:13PM
13     A   I guess it depended what shift you    2:25:15PM
14 were on and who the supervisor was.
15     Q   In 2004, when you started working,    2:25:19PM
16 what shift did you work?
17     A   2004, I worked, I believe, I       2:25:23PM
18 started -- I don't think they changed.  It was a
19 Friday 9 to 5, 9 to 5 in the morning, and
20 Saturday 9 to 5, 5 in the morning.
21         MR. NOVIKOFF:  Nine in the morning?   2:25:36PM
22         THE WITNESS:  9:00 p.m. to 5:00 a.m.  2:25:37PM
23         MR. NOVIKOFF:  Friday and Saturday?   2:25:40PM
24         THE WITNESS:  Yes.           2:25:42PM
25

TSG Reporting - Worldwide (877) 702-9580

Page 41

PAUL CAROLLO

1
2  BY MR. GRAFF:                   2:25:42PM
3      Q   And who was in charge of that shift at  2:25:42PM
4  that time?
5      A   Most of the time it was George Hesse.  2:25:46PM
6      Q   And what about the summer of 2005, did  2:25:48PM
7  you also work the night shift?
8      A   Yes.                   2:25:53PM
9      Q   And was that also under the        2:25:54PM
10 supervision of George Hesse?
11     A   Yes.                   2:25:58PM
12     Q   And summer of 2006, did you also     2:25:59PM
13 continue to work night shifts?
14     A   Yes.                   2:26:04PM
15     Q   And summer 2006, was that also under  2:26:05PM
16 the supervision of George Hesse?
17     A   Yeah, I think George was there all    2:26:12PM
18 three years.
19     Q   What about -- did you ever work day   2:26:15PM
20 shifts?
21     A   I worked Sundays 4 to 12.        2:26:20PM
22     Q   And would that be ever during the    2:26:23PM
23 summers?
24     A   Yes.  I think I worked Sundays -- yes.  2:26:28PM
25     Q   And what summers did you work the day  2:26:32PM

TSG Reporting - Worldwide (877) 702-9580

Page 42

PAUL CAROLLO

1
2 shift?
3     A   Well, I definitely worked Sundays 4 to   2:26:35PM
4 12 most of the time.  I don't remember the first
5 year, 2004, if I was working that Sunday or not.
6 Certainly I worked 2005 and 2006 Sunday 4 to 12.
7     Q   When you worked on the day shift, who   2:26:51PM
8 was the supervisor?
9     A   I think George was.                     2:26:54PM
10     Q   Did you ever work on any shifts where   2:27:01PM
11 Ed Paradiso was the supervisor?
12     A   I guess -- yeah, I worked with him a   2:27:10PM
13 few times.  I don't remember if it was specific
14 shifts or they swapped shifts.  Did I come in on
15 an 8:00?  I don't really remember.  I worked
16 with -- certainly I was there with Ed Paradiso
17 on a few times.  Did I change shifts, I don't
18 remember.
19     Q   After you worked summer of 2004 and   2:27:30PM
20 then part of the year -- part-time fall, winter
21 '04, did you have to reapply for a position at
22 Ocean Beach for the summer of 2005?
23     A   No.                                     2:27:48PM
24     Q   And prior to the summer of 2006, did   2:27:49PM
25 you have to reapply for a position at Ocean

TSG Reporting - Worldwide (877) 702-9580

Page 43

PAUL CAROLLO

1
2 Beach as a police officer for summer '06?
3     A   No.                                     2:27:58PM
4     Q   And for the summer of 2007, was that   2:27:59PM
5 already after you had stopped working?
6     MR. NOVIKOFF:  Was the summer season   2:28:07PM
7 of '07 after the March?  I think we can
8 stipulate.
9 BY MR. GRAFF:                                2:28:16PM
10     Q   Do you recall, if I say summer       2:28:17PM
11 season --
12     A   Summer of '07 you're asking me.       2:28:18PM
13     Q   Are there particular months that fall   2:28:24PM
14 within the summer season of 2007?
15     MR. NOVIKOFF:  Note my objection.       2:28:31PM
16     A   Ask me the question again.           2:28:34PM
17     Q   Are you aware of anything or have you   2:28:35PM
18 heard of summer season in the context of the
19 Ocean Beach Police Department?
20     A   Yeah.                                   2:28:46PM
21     Q   What does that refer to, as you      2:28:46PM
22 understand it?
23     A   I don't think there's any written     2:28:53PM
24 thing about it.  I think there's some sort of
25 meeting or something in April, and I think it

TSG Reporting - Worldwide (877) 702-9580

Page 44

PAUL CAROLLO

1
2 varies exactly when you start.  I guess it
3 depends on how much money they have.  I don't
4 know.  Sometime obviously by the end of May
5 everybody is up and going.
6     MR. NOVIKOFF:  Just so we're clear,   2:29:13PM
7 all objections as to relevance preserved,
8 objections as to form obviously have to be
9 made.  Regular stips.  And also motions to
10 strike, we don't have to do it here.
11     MR. GRAFF:  Right.  Reserved.          2:29:28PM
12     MR. CONNOLLY:  To the extent          2:29:31PM
13 necessary, objection by one.
14     MR. GRAFF:  Inures to the benefit of   2:29:34PM
15 everybody, at least everybody present.
16     MR. NOVIKOFF:  Okay.                   2:29:41PM
17     MR. CONNOLLY:  Okay.                   2:29:42PM
18 BY MR. GRAFF:                                2:29:45PM
19     Q   Other than when you were going through   2:29:52PM
20 the police academy, before you first started
21 working at Ocean Beach, did you ever have to
22 submit any other paperwork as part of your
23 employment there?
24     A   What?                                   2:30:04PM
25     Q   Other than any paperwork that may have   2:30:05PM

TSG Reporting - Worldwide (877) 702-9580

Page 45

PAUL CAROLLO

1
2 been involved in the police academy process, did
3 you have to submit other paperwork in the course
4 of your employment at Ocean Beach?
5     A   No.  You might have actually put in a   2:30:14PM
6 shift request.  I'm trying to remember.  I don't
7 remember that.  I think the first year I
8 probably had to put in something like what
9 shifts I would want to work.
10     Q   How were you notified that you had   2:30:32PM
11 first obtained a position as a police officer at
12 Ocean Beach?
13     A   The first?                             2:30:44PM
14     Q   Yes.                                   2:30:45PM
15     A   I guess when I passed the background   2:30:46PM
16 investigation.
17     Q   As far as you know, who hired you as a   2:30:50PM
18 police officer at Ocean Beach?
19     MR. NOVIKOFF:  Objection.              2:30:54PM
20 BY MR. GRAFF:                                2:30:55PM
21     Q   That is, who made the decision to hire   2:30:55PM
22 you?
23     MR. NOVIKOFF:  Objection.  Foundation. 2:30:58PM
24     A   Who has the authority to hire me?  You   2:31:04PM
25 mean like does it go before the village?  I

TSG Reporting - Worldwide (877) 702-9580

Page 46

PAUL CAROLLO

1
2  don't really know what transpired behind the
3  scenes.
4      Q   So you don't know if --        2:31:16PM
5      A   I mean I don't know if there was ever  2:31:17PM
6  hey, to the trustees or the mayor or U you know,
7  that I don't know.
8      Q   Did anyone ever communicate to you who  2:31:24PM
9  had made the decision to hire you?
10         MR. NOVIKOFF:  Objection to form.      2:31:34PM
11     A   The way it appeared to me was that if  2:31:35PM
12  you get through the background -- obviously, you
13  know, my name is submitted.  I don't think
14  anybody really -- if you get through the
15  investigation, which most people don't, I think
16  that's kind of what they base it on.
17     Q   Do you recall whether in your police   2:32:00PM
18  academy class, everybody who was a part of that
19  class was seeking a police officer job in Ocean
20  Beach?
21     A   No.                          2:32:12PM
22     Q   Do you remember how many people were   2:32:15PM
23  in your class?
24     A   I'm gonna say 14.                2:32:28PM
25     Q   And of the people in your class, other  2:32:29PM

TSG Reporting - Worldwide (877) 702-9580

Page 47

**PAUL CAROLLO**

1
2  **than yourself, did anyone else go on to be a**
3  **police officer at Ocean Beach?**
4      A   Yes.                          2:32:35PM
5      **Q   Other than this deposition today, have  2:32:52PM**
6  **you ever testified under oath before?**
7      A   Yes.                          2:32:57PM
8      **Q   Other than in your capacity as an      2:32:59PM**
9  **arresting officer or in the course of your**
10  **official duties as a police officer at Ocean**
11  **Beach, have you ever had occasion to testify**
12  **under oath?**
13         MR. NOVIKOFF:  Objection to form.      2:33:13PM
14     A   Ask the question again.           2:33:16PM
15     **Q   Let me narrow the question.         2:33:18PM**
16         **Other than as an arresting officer,     2:33:19PM**
17  **have you ever had another context in which**
18  **you've testified under oath?**
19         MR. NOVIKOFF:  Objection to form.      2:33:26PM
20     A   Is this considered testifying?       2:33:27PM
21     **Q   Yes.                          2:33:29PM**
22     A   A deposition?                   2:33:30PM
23     **Q   Yes.                          2:33:31PM**
24     A   Yes.                          2:33:31PM
25     **Q   And have you had a deposition before?  2:33:32PM**

TSG Reporting - Worldwide (877) 702-9580

Page 48

PAUL CAROLLO

1
2      A   Yes.                          2:33:37PM
3      **Q   Have you been deposed more than once  2:33:38PM**
4  **before?**
5      A   I don't think so.               2:33:44PM
6      **Q   And when did that other deposition    2:33:45PM**
7  **that you had take place?**
8      A   Six years ago.                  2:33:56PM
9      **Q   And do you recall what the nature of  2:33:58PM**
10  **the case was that you were testifying in in**
11  **deposition?**
12     A   I'm not going to get into all that.   2:34:15PM
13         MR. NOVIKOFF:  What was that?        2:34:22PM
14     A   I'll say it goes back to the        2:34:24PM
15  court.
16     **Q   Which courts are you referring to?   2:34:28PM**
17     A   My job at the courts.             2:34:30PM
18     **Q   Do you know in what court that case   2:34:33PM**
19  **was pending?**
20     A   No.                          2:34:38PM
21         MR. NOVIKOFF:  I just want to be       2:34:39PM
22  certain.  You asked the question of this
23  witness to identify the nature of the
24  proceeding in which he was deposed in, and
25  this witness has indicated to you he's not

TSG Reporting - Worldwide (877) 702-9580

Page 49

PAUL CAROLLO

1
2  going to talk about it.
3         MR. GRAFF:  Yes.                 2:34:52PM
4         MR. NOVIKOFF:  I just want to make     2:34:53PM
5  sure I understood what this witness was
6  responding in terms of your question.
7  BY MR. GRAFF:
8      **Q   I'm sorry, was the answer --         2:35:03PM**
9      A   Yeah, I'm not going to get into       2:35:05PM
10  personal things.
11     **Q   Did that case have anything to do with  2:35:11PM**
12  **Ocean Beach?**
13     A   No.                          2:35:15PM
14     **Q   Were you a party in that case, a       2:35:20PM**
15  **plaintiff or defendant?**
16     A   I'm not going to answer any more     2:35:25PM
17  questions on that.
18     **Q   Is that the same basis as the other   2:35:31PM**
19  **subject you didn't want to get into?**
20     A   I don't know if they're the same     2:35:36PM
21  basis, but, you know...
22     **Q   Other than -- other than in the       2:35:54PM**
23  **context of an arrest or prosecution of somebody**
24  **arrested in Ocean Beach -- withdrawn.**
25         **I think we're all aware that you had   2:36:13PM**

TSG Reporting - Worldwide (877) 702-9580

Page 50

PAUL CAROLLO

1            PAUL CAROLLO
2 testified in connection with the trial involving
3 George Hesse.
4      MR. NOVIKOFF: Don't presume. I'm an  2:36:18PM
5 idiot. I don't read papers.
6      MR. GRAFF: I'm confident that that's  2:36:23PM
7 not the case.
8    A   What I will -- without counsel, I'm   2:36:26PM
9 not going to get involved in any questioning
10 that pertains to me in any of -- cases outside
11 of this.
12    Q   And if you did have counsel, is that  2:36:45PM
13 something that you would able to testify to?
14    A   Obviously, I would have a conversation  2:36:50PM
15 with, you know, 0that's why you have, you
16 know -- was that not clear?
17      MR. NOVIKOFF: No, I understand your  2:37:01PM
18 position.
19 BY MR. GRAFF:             2:37:02PM
20    Q   Could you state your present address  2:37:03PM
21 for the record?
22    A   My present address?      2:37:12PM
23    Q   Where you live.       2:37:15PM
24    A   20 Gaymor Lane, Commack.    2:37:16PM
25    Q   How long have you lived there?   2:37:23PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 51

PAUL CAROLLO

1            PAUL CAROLLO
2    A   Thirteen years.      2:37:26PM
3    Q   And whom do you live with at that   2:37:27PM
4 address?
5    A   Wife and children.     2:37:30PM
6    Q   Just a couple of questions on    2:37:46PM
7 educational background. Did you graduate high
8 school?
9    A   Yes.        2:37:52PM
10    Q   Did you attend any college or    2:37:52PM
11 University?
12    A   Yes.        2:37:55PM
13    Q   And what was the first college or   2:37:56PM
14 University that you attended?
15    A   Suffolk County Community College.   2:38:00PM
16    Q   Did you graduate?     2:38:03PM
17    A   Yes.        2:38:04PM
18    Q   Did you attend any other college or   2:38:04PM
19 University?
20    A   No.        2:38:10PM
21    Q   Other than your police officer academy  2:38:12PM
22 certification, do you hold any other credentials
23 or certifications?
24    A   Peace officer as a court officer when  2:38:28PM
25 I graduated that academy.

TSG Reporting - Worldwide (877) 702-9580

---

Page 52

PAUL CAROLLO

1           PAUL CAROLLO
2    Q   Prior to 2007, if we can narrow it   2:38:44PM
3 down to that period, so anything before 2007.
4 Prior to that time, had you ever been convicted
5 of a crime?
6    A   No.        2:38:58PM
7      MR. NOVIKOFF: What was that question?  2:39:00PM
8      (Whereupon, the referred to portion   2:39:12PM
9 was read back by the court reporter: Prior
10 to 2007, if we can narrow it down to that
11 period, so anything before 2007. Prior to
12 that time, had you ever been convicted of a
13 crime?)
14    Q   And prior to 2007, did you ever plead  2:39:13PM
15 guilty to any crime?
16    A   No.        2:39:22PM
17    Q   And just for the record, looking now   2:39:25PM
18 at the period from 2007 on, were you, between
19 2007 and today, ever convicted of a crime?
20    A   No.        2:39:36PM
21    Q   Did you plead guilty to any crime   2:39:37PM
22 between 2007 and today?
23    A   No.        2:39:42PM
24    Q   Prior to 2007, did you plead guilty to  2:39:48PM
25 any misdemeanor or violation?

TSG Reporting - Worldwide (877) 702-9580

---

Page 53

PAUL CAROLLO

1            PAUL CAROLLO
2    A   Prior to 2007, I had a violation for   2:39:58PM
3 an open fire when I worked as a construction
4 supervisor.
5    Q   Other than that instance, did you ever  2:40:05PM
6 plead guilty to a misdemeanor or a violation
7 prior to 2007?
8    A   No.        2:40:12PM
9    Q   What about from 2007 to today, did you  2:40:14PM
10 plead guilty to a misdemeanor or violation?
11    A   No.        2:40:20PM
12    Q   Have you ever -- other than the case   2:40:29PM
13 that you were deposed that we already referred
14 to, have you ever been involved in any other
15 case as a plaintiff or defendant?
16      MR. CONNOLLY: Referring to civil   2:40:43PM
17 matters?
18      MR. GRAFF: Yes.     2:40:44PM
19    A   Ask the question again.    2:40:45PM
20    Q   Did you ever sue anyone?    2:40:46PM
21    A   Did I ever sue anyone, no.    2:40:48PM
22    Q   Have you ever been sued by anyone?   2:40:50PM
23    A   Yes.        2:40:52PM
24    Q   And what was the nature of the case in  2:40:55PM
25 which you were sued?

TSG Reporting - Worldwide (877) 702-9580

Page 54

PAUL CAROLLO

1
2    A   That's the one I just spoke about.    2:41:01PM
3    Q   Was that the case you were deposed in?  2:41:03PM
4    A   Yes.                          2:41:05PM
5    Q   Other than in that case, were you ever  2:41:06PM
6    sued in any other cases?
7    A   No.                           2:41:10PM
8    Q   Any employment that you've had, has    2:41:18PM
9    any grievance ever been filed against you?
10   A   No.                           2:41:24PM
11   Q   Has any civilian complaint ever been  2:41:25PM
12   filed against you?
13       MR. NOVIKOFF:  Note my objection to    2:41:34PM
14   the form of that question.
15   A   Yeah, I'm not going to answer that.    2:41:36PM
16   I'm not even sure how to answer that.
17   Q   Is that because you don't understand   2:41:40PM
18   the question or because of something else?
19   A   Both.                         2:41:49PM
20   Q   What part of the question --           2:41:57PM
21   A   Well, it falls into things that I'm     2:41:59PM
22   not going to talk about without counsel.
23   Q   Okay.  As part of your certification   2:42:03PM
24   process to be a police officer, did you take a
25   polygraph exam?

TSG Reporting - Worldwide (877) 702-9580

Page 55

PAUL CAROLLO

1
2    A   Yes.                          2:42:33PM
3    Q   Where did you take it?                 2:42:33PM
4    A   Suffolk County, in Yaphank. I don't    2:42:36PM
5    know what the building would be classified as.
6    Suffolk County police in Yaphank. I don't know
7    what the building really falls under.
8    Q   Did you fill out a questionnaire in    2:42:52PM
9    connection with the polygraph exam before it was
10   administered to you?
11   A   Yes.                          2:43:00PM
12   Q   Did you get a copy of any of those     2:43:05PM
13   questions on the questionnaire before you filled
14   it out?
15   A   I don't know.  I don't think so.       2:43:13PM
16   Q   Were you informed or given any        2:43:14PM
17   information about any of the questions on the
18   actual polygraph before it was administered to
19   you?
20   A   I don't remember.                     2:43:26PM
21   Q   Are you aware of any other police      2:43:39PM
22   officers at Ocean Beach who were not certified
23   to work as police officers at the time that they
24   were employed?
25       MR. NOVIKOFF:  Objection to form.      2:43:47PM

TSG Reporting - Worldwide (877) 702-9580

Page 56

PAUL CAROLLO

1
2    A   Ask your question again.               2:43:53PM
3    Q   Let me ask about some specific people.  2:43:54PM
4    Do you know who Gary Bosetti is?
5    A   Yes.                          2:43:58PM
6    Q   Who is Gary Bosetti?                  2:43:59PM
7    A   Who is he?  He was a police officer in  2:44:02PM
8    Ocean Beach.
9        MR. CONNOLLY:  Who is the Gary Bosetti 2:44:08PM
10   that you know?
11   BY MR. GRAFF:                         2:44:11PM
12   Q   When did you meet Gary Bosetti the     2:44:11PM
13   first time?
14   A   Sometime while I was working.          2:44:15PM
15   Q   And as far as you know, was Gary       2:44:17PM
16   Bosetti certified to work as a police officer at
17   Ocean Beach?
18       MR. NOVIKOFF:  Objection to form.      2:44:22PM
19   A   When I started there?  I mean -- yes,  2:44:25PM
20   as far as I knew.  To my knowledge, yes.
21   Q   And Richard Bosetti, is that someone   2:44:34PM
22   that you know?
23   A   Yes.                          2:44:40PM
24   Q   Did you know him also as a police      2:44:41PM
25   officer at Ocean Beach?

TSG Reporting - Worldwide (877) 702-9580

Page 57

PAUL CAROLLO

1
2    A   Yes.                          2:44:43PM
3    Q   When did you first meet Richard        2:44:44PM
4    Bosetti?
5    A   When I was working.                   2:44:47PM
6    Q   And to your knowledge, was he --       2:44:49PM
7    throughout the time that you were working with
8    him as a police officer, was he, throughout that
9    time, certified to work as a police officer?
10       MR. NOVIKOFF:  Objection.             2:44:58PM
11   A   When I first started -- ask the        2:45:09PM
12   question again.
13       MR. NOVIKOFF:  Ari, again,             2:45:14PM
14   respectfully, you can go through the list of
15   names you want.  This is your deposition.
16   You take the longest witnesses here.  But I
17   think on this issue, the facts speak for
18   themselves, and whether or not this witness
19   knew or didn't know, I don't think is
20   particularly helpful or relevant.  But,
21   again, if you want to go down a list of
22   employees, by all means, do so.
23   BY MR. GRAFF:                         2:45:43PM
24   Q   What I want to know is whether you     2:45:43PM
25   were aware --

TSG Reporting - Worldwide (877) 702-9580

Page 58

PAUL CAROLLO

1
2    A   There's different time elements.   2:45:46PM
3    That's why I have a tough time answering
4    questions.  Certainly, when I started, I had no
5    knowledge that they weren't certified or they
6    were certified.  You know, they were there.
7        Q   Did anyone ever communicate to you   2:45:56PM
8    that anyone else who was a police officer at
9    Ocean Beach was not certified to hold that
10   position?
11       MR. NOVIKOFF:  Objection to the form.   2:46:03PM
12       I mean, Ari, if you want to ask him if   2:46:05PM
13   Mr. Fiorillo or your clients spoke to him
14   about that issue, I think that would
15   probably be relevant.
16       MR. GRAFF:  We can narrow it down if   2:46:15PM
17   the answer is yes.
18       Q   Is there a question out there?  You   2:46:23PM
19   want to make the whole thing a little quicker?
20       Q   Please.   2:46:36PM
21       A   When I started there, you know, I   2:46:37PM
22   don't think that anybody thought that there was
23   any problem, whatever.  Somewhere along the
24   line, I guess something came up about Suffolk
25   County Civil Service, and they all started going

TSG Reporting - Worldwide (877) 702-9580

Page 59

PAUL CAROLLO

1
2    through the process and whatnot.
3        Q   How did you learn that something had   2:46:49PM
4    come up with Suffolk County Civil Service?
5        A   I don't know.  Just from work.   2:46:53PM
6        Q   Did anyone ever communicate to you   2:46:58PM
7    that somebody at the Ocean Beach Police
8    Department had reported any issue with
9    certification to the Civil Service Department?
10       MR. NOVIKOFF:  Objection to form.   2:47:07PM
11       A   No.   2:47:10PM
12       Q   Did you ever hear anyone refer to   2:47:21PM
13   anyone else in Ocean Beach as a rat in
14   connection with anything to do with Civil
15   Service?
16       MR. NOVIKOFF:  Objection to form.   2:47:29PM
17       It's pretty broad.   2:47:32PM
18       A   Could you ask the question again now.   2:47:32PM
19       Q   Did you ever hear of anyone referred   2:47:34PM
20   to as a rat in connection with raising Civil
21   Service certification issues at Ocean Beach?
22       MR. NOVIKOFF:  Objection to form.   2:47:44PM
23       A   No.   2:47:45PM
24       Q   Did you ever hear anyone refer to Tom   2:47:47PM
25   Snyder as a rat?

TSG Reporting - Worldwide (877) 702-9580

Page 60

PAUL CAROLLO

1
2    A   In reference to the question you're   2:47:59PM
3    asking me?
4        Q   In any context.   2:48:01PM
5        A   I'm not sure.  I can't say for sure.   2:48:06PM
6        Q   Same question with respect to Frank   2:48:11PM
7    Fiorillo.
8        A   I don't think I ever heard anyone   2:48:16PM
9    refer to him as a rat.
10       Q   What about Ed Carter?   2:48:21PM
11       A   No.   2:48:24PM
12       Q   What about Tom Snyder?   2:48:24PM
13       A   Wait a minute, did you ask that   2:48:29PM
14   already?
15       Q   I'm sorry.  Yes.   2:48:32PM
16       What about Joe Nofi?   2:48:35PM
17       A   No.   2:48:38PM
18       Q   What about Kevin Lamm?   2:48:39PM
19       A   No.   2:48:41PM
20       Q   Did you ever hear of an association   2:49:01PM
21   called the Ocean Beach PBA?
22       A   Yes.   2:49:06PM
23       Q   When did you first hear of that?   2:49:06PM
24       A   I think George bought dinner one time   2:49:23PM
25   and said it was PBA money.

TSG Reporting - Worldwide (877) 702-9580

Page 61

PAUL CAROLLO

1
2        Q   Do you remember when that dinner   2:49:28PM
3    happened?
4        A   No.   2:49:36PM
5        Q   Other than in connection with that   2:49:41PM
6    dinner, did you ever hear any other
7    references to the Ocean Beach PBA?
8        A   Yeah, I think they bought equipment --   2:49:49PM
9    well, are you asking me what they used the money
10   for?
11       Q   Yeah.  What you know of what the PBA   2:49:59PM
12   did.
13       MR. NOVIKOFF:  Objection to the form.   2:50:08PM
14       A   I don't remember if it was 2006 or   2:50:12PM
15   2007, they bought a whole bunch of auto
16   equipment.
17       Q   And do you know who was in charge of   2:50:21PM
18   the Ocean Beach PBA?
19       A   I'd really have to answer your   2:50:29PM
20   question on an assumption.
21       Q   As far as you know.   2:50:32PM
22       A   I guess George.  I'm not 100 percent   2:50:32PM
23   sure.  It's an assumption that it's George.
24       Q   Did the Ocean Beach PBA, as far as you   2:50:42PM
25   know, ever sponsor any parties?

TSG Reporting - Worldwide (877) 702-9580

Page 62

PAUL CAROLLO

1
2    A   Not that I know of.            2:50:52PM
3    Q   What about specifically an annual    2:50:53PM
4    Christmas party?
5    A   I went to one Christmas party, and I    2:51:03PM
6    don't know who paid for it.
7    Q   Do you have any information as to who    2:51:11PM
8    oversaw the finances of that PBA?
9    A   Do I have specific knowledge, no.    2:51:20PM
10   Q   Did anyone ever communicate anything    2:51:25PM
11   to you with respect to who was responsible for
12   overseeing the PBA's finances?
13   A   Can you reword that question?    2:51:34PM
14   Q   Did anyone ever tell you who they    2:51:36PM
15   believed was responsible for overseeing the
16   PBA's finances?
17   A   Did anyone tell me?    2:51:46PM
18   Q   Yes.    2:51:47PM
19   A   No.    2:51:48PM
20   Q   Do you know whether the Ocean Beach    2:51:51PM
21   PBA solicited donations or raised money?
22       MR. NOVIKOFF:  Objection to form.    2:51:59PM
23   A   They were given money from different    2:52:05PM
24   homeowners, but I don't know if they solicited
25   or people just donated.

TSG Reporting - Worldwide (877) 702-9580

Page 63

PAUL CAROLLO

1
2    Q   As far as you know, were you a member    2:52:12PM
3    of the Ocean Beach PBA?
4    A   I don't know.  I assume that everybody    2:52:14PM
5    was.  I don't know.
6    Q   Did you ever receive a PBA membership    2:52:17PM
7    card?
8    A   No.    2:52:20PM
9    Q   Do you know who any of the officers,    2:52:20PM
10   if any existed, worked for the Ocean Beach
11   PBA -- withdrawn.  Do you know if there was a
12   board --
13   A   I assumed everyone was in it.  I    2:52:35PM
14   assumed Ocean Beach PBA, whatever money came
15   into it.  I don't think there was any kind of
16   joining thing.
17       MR. GRAFF:  I'm going to ask the court    2:52:53PM
18   reporter to mark as Exhibit 3 a one-page
19   document bearing Bates number P 926.
20       (Whereupon, a one-page document    2:53:02PM
21   bearing Bates number P 926 was marked as
22   Plaintiff's Exhibit 3 for identification, as
23   of this date.)
24   Q   Do you want me to read this?    2:53:31PM
25   Q   Yeah, if you could please take a look    2:53:33PM

TSG Reporting - Worldwide (877) 702-9580

Page 64

PAUL CAROLLO

1
2    at it.
3    A   Okay.    2:55:00PM
4    Q   Mr. Carollo, is this -- what's been    2:55:01PM
5    marked as Exhibit 3, have you seen this before
6    or a copy of it?
7    A   No.    2:55:08PM
8    Q   Looking at the second paragraph, it    2:55:10PM
9    says, "The department is looking into the
10   possibility of recruiting two full-time police
11   officers for the roster this year."
12       Are you aware of any full-time police    2:55:22PM
13   officers who were hired in 2006 or 2007 at Ocean
14   Beach?
15   A   Full-time?    2:55:36PM
16   Q   Do you have an understanding of who    2:55:37PM
17   this refers to?
18   A   I know someone was hired from NYPD.  I    2:55:52PM
19   don't know if it was this year and that's who
20   it's referring to.
21   Q   And who's that person that you're    2:55:59PM
22   thinking of?
23   A   Paul Trosco.    2:56:03PM
24   Q   Jumping down to the third paragraph,    2:56:05PM
25   it says in the third sentence, "This coming

TSG Reporting - Worldwide (877) 702-9580

Page 65

PAUL CAROLLO

1
2    spring, we're looking to add a new digital video
3    surveillance system in and around the police
4    facility."
5        Do you know what that's referring to?    2:56:21PM
6        MR. NOVIKOFF:  Objection to the form.    2:56:23PM
7    BY MR. GRAFF:    2:56:38PM
8    Q   Maybe I can ask the question separate    2:56:39PM
9    from this.
10   A   Okay, so this is after 2005.    2:56:44PM
11   Q   Are you aware of a digital    2:56:48PM
12   surveillance system that was installed around
13   that time in the Ocean Beach Police Department?
14       MR. NOVIKOFF:  Objection to the form.    2:56:54PM
15   A   Ask the question again.    2:56:59PM
16   Q   Are you aware of a digital    2:57:00PM
17   surveillance system at the Ocean Beach Police
18   Department?
19       MR. NOVIKOFF:  Objection.    2:57:07PM
20       MR. CONNOLLY:  At what juncture?    2:57:10PM
21       MR. GRAFF:  At any point.    2:57:12PM
22   A   You're asking me -- they put in new    2:57:18PM
23   cameras.
24   Q   Yes.  Do you recall them doing that at    2:57:24PM
25   some point?

TSG Reporting - Worldwide (877) 702-9580

Page 66

PAUL CAROLLO

```
1
2    A   Yes.                        2:57:28PM
3    Q   Do you know when --          2:57:30PM
4    A   I assume -- I'm a technical idiot, as  2:57:31PM
5  my kids can tell you.  Is it digital or not, I
6  don't know.
7    Q   Do you know why a new surveillance  2:57:37PM
8  camera was installed at some point?
9        MR. CONNOLLY:  Objection.      2:57:41PM
10       MR. NOVIKOFF:  The question is does he  2:57:42PM
11  know why a new camera was installed?
12       MR. GRAFF:  Yes.             2:57:46PM
13  BY MR. GRAFF:                      2:57:46PM
14    Q   Did anybody ever explain to you why a  2:57:47PM
15  new one was installed?
16       MR. NOVIKOFF:  Objection to form.  2:57:51PM
17    A   I believe the old one was broken.  2:57:52PM
18       MR. NOVIKOFF:  Makes sense.    2:57:55PM
19  BY MR. GRAFF:                      2:57:56PM
20    Q   Do you recall having any discussions  2:58:00PM
21  with anyone at the police department about that?
22       MR. NOVIKOFF:  Objection to the form.  2:58:06PM
23    A   I think everyone knew it was broken.  2:58:09PM
24    Q   And for how long was it broken before  2:58:12PM
25  the new system was installed?
```

TSG Reporting - Worldwide (877) 702-9580

Page 67

PAUL CAROLLO

```
1
2        MR. NOVIKOFF:  Objection.  Foundation.  2:58:17PM
3    A   I don't know when they put the new one  2:58:20PM
4  in exactly.  I know that -- I'm trying to think,
5  actually.  I shouldn't say I know that.  Yeah, I
6  have no idea.  I know there's a new one in.
7  When that went in, I don't know.  And the time
8  span between when that went in and the new one
9  went in, I don't know.
10       MR. GRAFF:  I'm going to have marked  2:58:44PM
11  as Exhibits 4 and 5 two photographs.
12       (Whereupon, a photocopy was marked as  2:58:49PM
13  Plaintiff's Exhibit 4 for identification, as
14  of this date.)
15       (Whereupon, a photocopy was marked as  2:58:50PM
16  Plaintiff's Exhibit 5 for identification, as
17  of this date.)
18  BY MR. GRAFF:                      3:03:05PM
19    Q   Mr. Carollo, looking first at the  3:03:06PM
20  document that's been marked Exhibit 4, do you
21  recognize what's depicted here as something
22  you've seen before?
23       Were you thinking about the question?  3:04:31PM
24    A   No, I'm thinking about whether I've  3:04:33PM
25  seen it because I don't want to answer a
```

TSG Reporting - Worldwide (877) 702-9580

Page 68

PAUL CAROLLO

```
1
2  question that I'm making an assumption on.
3    Q   Have you seen anything similar to the  3:05:02PM
4  writing on Exhibit 4?
5        MR. NOVIKOFF:  Objection.       3:05:05PM
6        MR. CONNOLLY:  Objection.       3:05:06PM
7    A   My problem with the question is I'd  3:05:15PM
8  only end up answering it on an assumption.
9    Q   What's the assumption?        3:05:21PM
10       MR. NOVIKOFF:  Note my objection.  3:05:22PM
11    A   My assumption, it could be on a  3:05:23PM
12  bathroom wall.
13    Q   What bathroom wall?          3:05:28PM
14    A   In the station.            3:05:29PM
15    Q   In the Ocean Beach police station.  3:05:31PM
16    A   I don't really remember seeing it.  3:05:37PM
17  That's why it's more of an assumption.  I don't
18  really remember seeing these.
19       MR. NOVIKOFF:  That answers it.  3:05:45PM
20  BY MR. GRAFF:                      3:05:46PM
21    Q   Do you recall seeing any writings on  3:05:46PM
22  the Ocean Beach Police Department wall that
23  referred to the name Lamm?
24    A   There was different things written all  3:05:53PM
25  over the place on the wall.  That's why I'm
```

TSG Reporting - Worldwide (877) 702-9580

Page 69

PAUL CAROLLO

```
1
2  making more of an assumption than I can say,
3  yeah, this definitely is what I saw there.
4        MR. NOVIKOFF:  Is the question, Ari,  3:06:04PM
5  has he seen anything on the wall referring
6  to Lamm different than what's on Exhibit 4?
7        MR. GRAFF:  That may be the same or  3:06:12PM
8  may be different.
9  BY MR. GRAFF:                      3:06:15PM
10    Q   Do you have an actual memory of seeing  3:06:15PM
11  anything that had the name Lamm on the bathroom
12  wall?
13       MR. NOVIKOFF:  Objection.  Form.  3:06:20PM
14  Asked and answered.
15    A   There was a few derogatory things on  3:06:22PM
16  the bathroom wall.  I'd like to say that, yeah,
17  this was definitely something I saw.
18    Q   Can you think of any derogatory things  3:06:34PM
19  that were written on the wall that you
20  definitely can remember?  A different
21  question --
22       MR. NOVIKOFF:  Are you withdrawing the  3:07:07PM
23  question?
24    A   In --                    3:07:15PM
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 70

PAUL CAROLLO

1   PAUL CAROLLO
2   BY MR. GRAFF:                           3:07:17PM
3       Q    Were you going to be able to answer   3:07:18PM
4   that?
5       A    The Snyderized one is probably a    3:07:29PM
6   little more familiar to me than the other.
7       Q    That's Carollo Exhibit 5?          3:07:35PM
8       A    That's really -- I can't say I     3:07:57PM
9   definite saw that, I definitely remember that.
10  There's derogatory things written on the walls.
11  I don't remember the exact things or exactly
12  why.
13      Q    And do you recall specifically who any   3:08:09PM
14  of the derogatory things referred to?
15      MR. NOVIKOFF:  Objection.  Asked and   3:08:16PM
16  answered.
17      A    There's a few names on there, I    3:08:22PM
18  believe.  I believe I even saw George's name on
19  there.
20      Q    Other than George's name, can you    3:08:28PM
21  remember any others?
22      MR. CONNOLLY:  That would be George   3:08:33PM
23  Hesse?
24      THE WITNESS:  Yeah.                3:08:35PM
25      A    See, I'm not sure about the woman part  3:08:43PM

TSG Reporting - Worldwide (877) 702-9580

Page 71

PAUL CAROLLO

1   in there also.  I may have just heard people say
2   Snyderized.
3       Q    Can you remember anybody you heard say  3:08:50PM
4   Snyderized?
5       A    No.                            3:08:56PM
6       Q    And going back to Exhibit 4, do you   3:08:57PM
7   remember seeing any part of that writing on the
8   wall?
9       MR. NOVIKOFF:  Note my objection.  I   3:09:07PM
10  think the witness already testified that
11  anything he would be doing would be based on
12  an assumption.
13      THE WITNESS:  Yeah.                3:09:17PM
14  BY MR. GRAFF:                           3:09:23PM
15      Q    And on Exhibit 5, do you remember    3:09:23PM
16  seeing any specific portion of Exhibit 5 on the
17  wall?
18      A    Yes, I don't know.  Maybe there was   3:09:50PM
19  just a Snyderized on it and then something on
20  the top.  Obviously different things were
21  written in here at different times.
22      Q    Do you remember what you saw written   3:10:00PM
23  about George?
24      A    No.                            3:10:03PM
25

TSG Reporting - Worldwide (877) 702-9580

Page 72

PAUL CAROLLO

1   PAUL CAROLLO
2       Q    With reference to George?         3:10:03PM
3       Other than George and possibly       3:10:05PM
4   Snyderized, do you remember any other names that
5   you saw written on the wall?
6       MR. NOVIKOFF:  Objection.  Asked and   3:10:11PM
7   answered.
8       A    No.  I think the only thing I remember  3:10:22PM
9   about Hesse is probably where you're standing
10  and you're there.  I don't even know what it
11  said or what it didn't say.  I just remember
12  H-E-S-S-E.
13      Q    If I said "George was here," would    3:10:33PM
14  that refresh your recollection as to what was
15  said with reference to George Hesse?
16      A    Yeah.  Actually, yeah.            3:10:39PM
17      Q    Do you recall that's what it said?   3:10:41PM
18      A    I think there may have been things   3:10:46PM
19  added to it later.  I can't totally remember
20  now.  It was an ongoing thing.  Who paid any
21  attention to this crap.
22      Q    Did anybody ever make any statements   3:10:55PM
23  to you about anything written on the bathroom in
24  the Ocean Beach Police Department?
25      A    No.                            3:11:01PM

TSG Reporting - Worldwide (877) 702-9580

Page 73

PAUL CAROLLO

1   PAUL CAROLLO
2       MR. GRAFF:  I'd ask the court reporter   3:11:05PM
3   to please mark as Carollo Exhibit 6 a
4   one-page document bearing Bates No. P 925.
5       (Whereupon, a one-page document        3:11:15PM
6   bearing Bates No. P 925 was marked as
7   Plaintiff's Exhibit 6 for identification, as
8   of this date.)
9   BY MR. GRAFF:                           3:11:34PM
10      Q    Mr. Carollo, do you recognize what's   3:11:36PM
11  depicted on Exhibit 6 as something you've seen
12  before?  (Handing.)
13      A    This I've never seen.             3:11:43PM
14      Q    Have you ever heard anyone at the --   3:11:45PM
15  any employee of Ocean Beach refer to Kevin Lamm
16  as gay or homosexual?
17      A    There was never an intense         3:12:04PM
18  conversation.  I guess I've heard that.
19      Q    Do you recall who said that?        3:12:08PM
20      A    No.                            3:12:09PM
21      Q    Do you recall who might have been    3:12:18PM
22  present when that was said?
23      MR. NOVIKOFF:  Who might have been     3:12:21PM
24  present?
25

TSG Reporting - Worldwide (877) 702-9580

Page 74

```
1              PAUL CAROLLO
2  BY MR. GRAFF:              3:12:23PM
3      Q   Who was present when that was said.   3:12:23PM
4      A   I mean, I think that was only one time  3:12:25PM
5  I heard that in jest or whatever. So I don't
6  think, you know -- I can't specifically remember
7  any exact instant that I heard it, no.
8      Q   Even if you don't remember the     3:12:42PM
9  specific time that it was said, do you remember
10 who it was who said words to that effect?
11     MR. CONNOLLY: Objection. I believe   3:12:56PM
12 it's been asked and answered.
13     A   It probably had been different people  3:13:04PM
14 even, not one specific person even.
15     Q   Do you recall --          3:13:10PM
16     A   That's why I couldn't say yeah, this   3:13:11PM
17 person specifically said it.
18     Q   Do you recall hearing George Hesse    3:13:14PM
19 refer to Kevin Lamm as gay, homosexual, fag or
20 words to that effect?
21     A   I've heard George say things about a  3:13:31PM
22 lot of people. I'm not sure I can say I
23 specifically heard him say that or not.
24     MR. NOVIKOFF: I think that was the    3:13:43PM
25 answer.
```

TSG Reporting - Worldwide (877) 702-9580

Page 75

```
1              PAUL CAROLLO
2  BY MR. GRAFF:              3:13:44PM
3      Q   Are you still thinking about that or   3:13:45PM
4  is that it?
5      A   Yeah. I can't say that I can      3:13:50PM
6  definitely say I've heard him definitely say
7  that. I've heard it. I've heard it probably
8  from more than -- I don't want to say more than
9  one -- I don't know how to word it exactly.
10 It's not like one person said it that I can
11 remember a specific person. I only one
12 time, whatever. Certainly, there was always
13 reference, I don't know how you want to word it,
14 you know, about Kevin --
15     Q   And --          3:14:22PM
16     A   -- in that sense of gay. I don't    3:14:23PM
17 think it was a serious thing. Serious in the
18 sense of that someone said, oh, he's gay,
19 whatever.
20     Q   And do you recall there being      3:14:32PM
21 references of that nature to anyone other than
22 Kevin Lamm at the Ocean Beach Police Department?
23     MR. NOVIKOFF: That someone else was   3:14:41PM
24 gay?
25     MR. GRAFF: Yes.          3:14:42PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 76

```
1              PAUL CAROLLO
2  BY MR. GRAFF:              3:14:50PM
3      Q   Do you recall other people at the    3:14:51PM
4  Ocean Beach Police Department referring --
5      A   No.              3:14:54PM
6      Q   Thank you. Let's put aside       3:14:57PM
7  Exhibits 4, 5 and 6.
8      The word "Snyderized" on Exhibit 5,   3:15:07PM
9  other than seeing it written on Exhibit 5, is
10 that a term that you encountered prior to today?
11     A   Yeah, I've heard that word.     3:15:27PM
12     Q   And do you recall who used that word?  3:15:29PM
13     A   I -- I almost think he was the one   3:15:33PM
14 that started it.
15     Q   Do you have an understanding of what  3:15:40PM
16 Snyderized means?
17     A   No -- I guess I -- I -- an understanding  3:15:47PM
18 of what it means? I don't know. Kind of when
19 you put anything on anything, any reference of
20 ized, however you want to word it. I mean, the
21 word is used -- ized, you know, it's used at the
22 end of a lot of -- not a lot words, but when
23 it's used, it's kind of like --
24     Q   Do you recall who else was on duty   3:16:24PM
25 with you on your very first shift as a police
```

TSG Reporting - Worldwide (877) 702-9580

Page 77

```
1              PAUL CAROLLO
2  officer at Ocean Beach?
3      A   Who was on shift with me the very   3:16:34PM
4  first night?
5      Q   Yes.            3:16:37PM
6      A   I don't know if I can say exactly my  3:16:47PM
7  first night. I'm trying to think if I can say
8  definitely. I'm not 100 percent sure I remember
9  my first night. They all kind of run into the
10 same. I probably worked with the same group of
11 people most of the time.
12     Q   When you first started working, who   3:17:04PM
13 were the individuals in that group?
14     A   I remember meeting -- you're talking  3:17:13PM
15 about when I first started in 2004?
16     Q   Yeah.            3:17:17PM
17     A   I remember -- let's see, there was   3:17:20PM
18 John -- what's John's last name?
19     MR. NOVIKOFF: Awly [sic]?      3:17:29PM
20     THE WITNESS: No.          3:17:32PM
21 BY MR. GRAFF:              3:17:33PM
22     Q   John Dyer?          3:17:34PM
23     A   John Dyer. I'm trying to remember who  3:17:35PM
24 used to be with me in the parking lot. John
25 Dyer, I guess George had come in, myself, Frank,
```

TSG Reporting - Worldwide (877) 702-9580

| Page 78 |
| --- |

PAUL CAROLLO

1
2  Kevin was on the shift.  You know, there were
3  guys there waiting already.  So you had -- there
4  were four or five.  Myself, George, Kevin,
5  Frank, John Dyer.  I remember John because he
6  had the truck.
7      Q   And you had referred earlier to a    3:18:11PM
8  parking lot.  What lot are you referring to?
9      A   The one by the lighthouse, by where   3:18:16PM
10  you meet.
11      Q   Where you would meet before you went  3:18:20PM
12  on shift?
13      A   Yes.                  3:18:24PM
14      Q   Your very first shift that you worked  3:18:29PM
15  at Ocean Beach, do you recall whether that was a
16  night shift?
17      A   Yeah, I think it was 9 to 5.      3:18:34PM
18      Q   Do you recall whether Frank Fiorillo  3:18:36PM
19  was on that shift with you?
20      A   I think we worked most of the shifts.  3:18:45PM
21      Q   Do you recall on your very first    3:18:48PM
22  shift, when you were in the parking lot, any
23  words that were exchanged between Frank Fiorillo
24  and George Hesse?
25      A   If you're referring -- I don't know --  3:19:04PM

TSG Reporting - Worldwide (877) 702-9580

| Page 79 |
| --- |

PAUL CAROLLO

1  if you're referring to an incident that happened
2  in the truck, I don't know if that was my first
3  shift or not.
4      Q   What incident involving a truck are   3:19:13PM
5  you referring to?
6      A   You're talking about when they had a  3:19:20PM
7  fight about washing the truck?
8      Q   Yes.  What are you referring to by   3:19:24PM
9  that?
10      A   He asked him to wash the truck and he  3:19:27PM
11  said no.
12      MR. NOVIKOFF:  This is like Abbott and  3:19:29PM
13  Costello here.
14  BY MR. GRAFF:                3:19:32PM
15      Q   So George Hesse asked Frank Fiorillo  3:19:37PM
16  to wash the truck?
17      A   I think to wash the windows.     3:19:39PM
18      Q   And that was in the parking lot?   3:19:41PM
19      A   It was in the truck, I believe.    3:19:43PM
20      Q   And that was before everybody went on  3:19:45PM
21  duty at the station before the start of the
22  shift?
23      A   It was on the way in, yeah.  So I   3:19:52PM
24  guess, yeah.
25

TSG Reporting - Worldwide (877) 702-9580

| Page 80 |
| --- |

PAUL CAROLLO

1
2      Q   And when you worked a shift, would you  3:19:57PM
3  be paid beginning from when you arrived at the
4  parking lot or beginning from when you came on
5  duty at the station or something else?
6      MR. NOVIKOFF:  Note my objection.    3:20:10PM
7      MR. CONNOLLY:  Objection to form.    3:20:11PM
8      A   You would meet at 8:30.  Shift started  3:20:18PM
9  at 9:00.
10      Q   Thanks.                3:20:23PM
11      MR. GRAFF:  I think at this point I do  3:20:30PM
12  have a number of areas to cover, and it's
13  getting late in the day and I don't know how
14  late we'll be able to reach the court.
15  Maybe now would be a good time to call and
16  get some direction from Judge Boyle on the
17  areas you didn't want to answer.
18      MR. CONNOLLY:  That's fine.  Also at   3:20:47PM
19  this juncture, if we can ask Mr. Carollo as
20  to what his availability is time-wise for
21  tonight.
22  BY MR. GRAFF:                3:20:57PM
23      Q   Mr. Carollo, do you have any      3:20:59PM
24  constraint?
25      A   No.  Only because I had to take time  3:21:02PM

TSG Reporting - Worldwide (877) 702-9580

| Page 81 |
| --- |

PAUL CAROLLO

1  off of work.  I'm not using time.
2      Q   Before we go off the record --     3:21:15PM
3      MR. NOVIKOFF:  Assume Judge Boyle says  3:21:18PM
4  that Mr. Carollo has to answer the questions
5  on the subject that you want to ask him on,
6  given what you now see are the answers that
7  are coming, how long do you think this will
8  go?
9      MR. GRAFF:  Those questions won't take  3:21:34PM
10  long.
11      MR. NOVIKOFF:  I'm not suggesting that  3:21:36PM
12  they would.  We've now been doing this for
13  an hour and a half so we have kind of a
14  sense of how the witness answers the
15  questions.
16      MR. GRAFF:  At the pace we're going,   3:21:45PM
17  it would likely be a couple of hours.
18      Before we go off, I believe you and I  3:21:55PM
19  had some discussions when we were scheduling
20  the time for your deposition.  Do you recall
21  speaking with me about when you wanted to
22  start the deposition time?  That is why
23  we're starting at 2:00 instead of earlier in
24  the day.
25

TSG Reporting - Worldwide (877) 702-9580

Page 82

PAUL CAROLLO

1
2    MR. NOVIKOFF: Ari, we're not going to  3:22:14PM
3    blame you. We're pretty sure it was the
4    convenience of the witness.
5    MR. GRAFF: Is that accurate?        3:22:19PM
6    THE WITNESS: Yeah.                  3:22:20PM
7    MR. GRAFF: Also, as far as the      3:22:22PM
8    location, I believe you had indicated that
9    it was more convenient for you to have the
10   deposition here than in the city, correct?
11   THE WITNESS: Yes.                   3:22:30PM
12   MR. GRAFF: Off the record.          3:22:33PM
13   (Whereupon, a discussion was held off  3:22:34PM
14   the record.)
15   MR. GRAFF: I'm going to ask the court  3:29:16PM
16   reporter to mark as Carollo Exhibit 7 a
17   one-page document bearing Bates Number 2662.
18   (Whereupon, a one-page document        3:29:28PM
19   bearing Bates No. 2662 was marked as
20   Plaintiff's Exhibit 7 for identification, as
21   of this date.)
22   BY MR. GRAFF:                       3:32:38PM
23   **Q    Mr. Carollo, do you recognize what's  3:32:39PM**
24   **been marked as Carollo Exhibit 7?**
25   A   It's a letter -- I mean do I,    3:32:51PM

TSG Reporting - Worldwide (877) 702-9580

Page 83

PAUL CAROLLO

1    recognize it specifically?
2
3    **Q    Yes.                          3:32:55PM**
4    A   I mean obviously I see what it is.  3:32:56PM
5    It's not like do I remember this specific
6    letter, no. I mean I see what it is.
7    **Q    Do you understand what the letter is   3:33:10PM**
8    **referring to in the first sentence when it says**
9    **"our annual department meeting"?**
10   A   Yes.                           3:33:16PM
11   MR. NOVIKOFF: Objection.            3:33:17PM
12   BY MR. GRAFF:                       3:33:17PM
13   **Q    Could you explain what that refers to?  3:33:18PM**
14   MR. NOVIKOFF: Objection.            3:33:20PM
15   A   I believe from the time that I was  3:33:29PM
16   there, there was -- you know, in April, there's
17   a meeting.
18   **Q    And who, in your experience, attends   3:33:40PM**
19   **that April meeting?**
20   A   All the officers.               3:33:45PM
21   **Q    And is there a general agenda for what  3:33:47PM**
22   **is discussed at the April meetings?**
23   MR. NOVIKOFF: Objection.            3:33:54PM
24   A   I'm trying to think. I think I may  3:34:01PM
25   have only been to two of them.

TSG Reporting - Worldwide (877) 702-9580

Page 84

PAUL CAROLLO

1
2    **Q    Were you at the April meeting in 2006?  3:34:05PM**
3    A   I assume so.                    3:34:20PM
4    **Q    Do you recall being there?       3:34:23PM**
5    A   I can't recall it.              3:34:28PM
6    MR. NOVIKOFF: That should make it a  3:34:30PM
7    little shorter.
8    A   I'm trying to think of the ones I went  3:34:37PM
9    to. I remember the meetings I went to, so I'm
10   trying to think which years they were. 2004 I
11   was in academy. I didn't go to that.
12   MR. NOVIKOFF: I'm not sure, is there  3:35:21PM
13   a question pending?
14   A   I'm trying to think what years I went.  3:35:26PM
15   I went to two of them, I believe. Probably
16   2006, 2007. I don't think I went to the 2005
17   one either. From reading the letter, yes, I was
18   at this one.
19   **Q    Were you issued a new ID card at this  3:35:50PM**
20   **meeting?**
21   MR. NOVIKOFF: Note my objection. I  3:35:57PM
22   don't know if the witness testified for a
23   fact that he knows he was at this meeting,
24   so there's a foundation problem.
25   A   I got a few ID cards. That's why I'm  3:36:16PM

TSG Reporting - Worldwide (877) 702-9580

Page 85

PAUL CAROLLO

1
2    trying to think -- the bringing of everything, I
3    remember. As far as, you know, that's the
4    date -- I'm going on the assumption of the date.
5    The ID cards, I believe they gave out new ID
6    cards.
7    **Q    Do you remember if everybody that   3:36:54PM**
8    **appeared at that meeting was issued a new ID**
9    **card for the next season?**
10   MR. NOVIKOFF: Note my objection.    3:37:01PM
11   A   I couldn't answer that, no.      3:37:02PM
12   **Q    Do you recall -- first of all, if I   3:37:06PM**
13   **refer to the plaintiffs in this case, do you**
14   **know who I'm referring to?**
15   A   Yes.                           3:37:12PM
16   **Q    Do you recall whether any of the      3:37:13PM**
17   **plaintiffs in this case were present at that**
18   **meeting at any point?**
19   MR. NOVIKOFF: Same objection.       3:37:19PM
20   A   The meeting that -- this meeting that  3:37:21PM
21   I'm referring to is the one they were let go.
22   MR. NOVIKOFF: Can you then just ask,  3:37:36PM
23   so I don't have to spend five minutes on it,
24   does this witness recall being at an annual
25   department meeting in which the plaintiffs

TSG Reporting - Worldwide (877) 702-9580

Page 86

PAUL CAROLLO

1  
2  were let go?  
3      MR. GRAFF:  Sure.            3:37:45PM  
4  BY MR. GRAFF:                    3:37:46PM  
5      Q   Do you need me to repeat that     3:37:47PM  
6  question?  
7      A   Do we need it for the record?    3:37:50PM  
8      MR. NOVIKOFF:  Do you recall attending  3:37:54PM  
9  an annual department meeting during which  
10 time the plaintiffs were not rehired and/or  
11 let go?  
12     THE WITNESS:  Yes.             3:38:04PM  
13 BY MR. GRAFF:                     3:38:06PM  
14     Q   And do you recall seeing any of the    3:38:18PM  
15 plaintiffs at that meeting?  
16     A   Yes.                     3:38:22PM  
17     Q   And who do you recall seeing?    3:38:22PM  
18     A   Frank, Carter, Kevin, and Nofi.  I    3:38:29PM  
19 think Snyder was the one that wasn't there.  
20     Q   Prior to that meeting, had you spoken    3:38:46PM  
21 with anyone about staffing issues for the coming  
22 season; that is, anyone at the Ocean Beach  
23 Police Department?  
24     A   Staffing issues, no.          3:39:00PM  
25     Q   When did you first learn that the    3:39:01PM  

TSG Reporting - Worldwide (877) 702-9580

Page 87

PAUL CAROLLO

1  
2  plaintiffs would not be working the 2006 summer  
3  season?  
4      A   I believe at the meeting.       3:39:10PM  
5      Q   Prior to the meeting, did anyone say    3:39:13PM  
6  anything to you with respect to the continued or  
7  non-continued employment of the plaintiffs?  
8      MR. NOVIKOFF:  Objection.        3:39:26PM  
9      A   I don't remember having a discussion    3:39:27PM  
10 about that.  
11     Q   Do you recall discussing with anyone    3:39:29PM  
12 prior to that meeting that the plaintiffs would  
13 be let go at that meeting?  
14     A   No, I don't remember that.       3:39:38PM  
15     Q   Do you recall anyone saying anything    3:39:43PM  
16 or anyone saying anything to you prior to that  
17 meeting that the plaintiffs would not be working  
18 in the 2006 season?  
19     A   Before that, I don't remember having    3:39:53PM  
20 any conversation with anyone about that.  
21     Q   And how at that meeting did you learn    3:39:57PM  
22 that the plaintiffs were let go?  
23     A   He called them in first, when       3:40:03PM  
24 everybody was standing outside.  I don't know  
25 what transpired inside.  Then they had left.  He  

TSG Reporting - Worldwide (877) 702-9580

Page 88

PAUL CAROLLO

1  
2  ordered a water taxi for them.  I don't know if  
3  it was set up before or he called when, I guess,  
4  he met with the four of them, five of them.  
5  Four of them.  
6      Q   And did he meet with them all       3:40:30PM  
7  together, as far as you know?  
8      A   I'm not sure, because the majority of    3:40:41PM  
9  us were outside.  We had it -- that was the one  
10 that was in the boat house -- boat house?  I  
11 think it was the boat house.  I'm trying to  
12 think what building it was.  I think it was  
13 that.  So everybody was outside, and he was kind  
14 of like form a line.  Because I wasn't paying  
15 that much attention to exactly what happened.  I  
16 assume he had them in the front of the line.  
17 Were they all altogether are you asking me?  I  
18 don't know because we were all outside and there  
19 was a line that went inside.  
20     Q   As best you can remember, were people    3:41:29PM  
21 going in one by one or more than one person at  
22 once?  
23     A   It wasn't everybody.  Was it two at a    3:41:38PM  
24 time?  One by one?  That, I'm not certain.  
25     Q   Were you in a line with the plaintiffs    3:41:43PM  

TSG Reporting - Worldwide (877) 702-9580

Page 89

PAUL CAROLLO

1  
2  at that time, with any of the plaintiffs?  
3      MR. NOVIKOFF:  Objection to the form.   3:41:51PM  
4      A   No.  They were probably ahead because    3:41:53PM  
5  we were standing outside.  
6      Q   Was everybody standing in line with    3:41:57PM  
7  the plaintiffs at the head of the line at some  
8  point?  
9      MR. NOVIKOFF:  Objection to the form.   3:42:03PM  
10     A   It was grouped obviously outside.  Was    3:42:19PM  
11 there one line that went up inside?  I think  
12 there was only like a step or something.  I  
13 can't totally recall how that exactly went down.  
14     Q   Do you recall whether anyone told the    3:42:31PM  
15 people outside to line up?  
16     A   I think George set the line up.      3:42:37PM  
17     Q   And do you recall whether anyone other    3:42:39PM  
18 than the four plaintiff who were present  
19 actually did line up at that time?  
20     A   I don't know.  I'm not sure about       3:42:56PM  
21 that.  
22     Q   Did you at any point join the line      3:43:04PM  
23 outside before that meeting?  
24     MR. NOVIKOFF:  Objection to form.      3:43:12PM  
25     A   Were there any other officers on the    3:43:26PM  

TSG Reporting - Worldwide (877) 702-9580

Page 90

PAUL CAROLLO

1    line? I'm not sure.

2    **Q    And as far as you remember, the first    3:43:30PM**

3    **people to go in were the four plaintiffs, either**

4    **individually or --**

5    A    I don't remember exactly what went    3:43:37PM

6    before. I certainly remember after, when I

7    realized what had happened.

8    **Q    How did you realize what had happened?  3:43:42PM**

9    A    Because then it was -- they had come    3:43:44PM

10   out. I guess the rumors spread through

11   everybody.

12   **Q    Did you see them come out?         3:43:51PM**

13   A    Yes.                              3:43:53PM

14   **Q    Did they come out four together?    3:43:53PM**

15   A    Let me rephrase that. I don't       3:43:57PM

16   remember if they came out the door together. I

17   remember the four of them walking off to the

18   water taxi.

19   **Q    Did you say anything to them?       3:44:06PM**

20   A    Did I, no.                        3:44:07PM

21   **Q    Did anybody say anything to them that  3:44:08PM**

22   **you recall at that time?**

23   MR. NOVIKOFF: Objection to the form.  3:44:11PM

24   A    Did anyone say anything to them?     3:44:19PM

Page 91

PAUL CAROLLO

1    **Q    As they were leaving.             3:44:22PM**

2    MR. NOVIKOFF: Objection to form.   3:44:25PM

3    A    I don't remember if anybody said   3:44:27PM

4    anything to them.

5    **Q    Do you remember if anyone said     3:44:31PM**

6    **anything about them?**

7    A    Yeah, a lot of people thought it was  3:44:34PM

8    funny.

9    **Q    Thought that what was funny?       3:44:39PM**

10   A    Them getting fired.               3:44:40PM

11   **Q    Other than the fact that you saw them  3:44:44PM**

12   **walking away from the station, did you have any**

13   **other reason to believe that they had been**

14   **fired?**

15   MR. NOVIKOFF: Objection.          3:44:55PM

16   A    Rephrase that.                    3:45:02PM

17   **Q    What was the basis for your believing  3:45:04PM**

18   **that they had been fired?**

19   A    People were talking about it.       3:45:08PM

20   **Q    Do you remember who was talking about  3:45:13PM**

21   **it?**

22   A    Not specifically. Everybody.       3:45:14PM

23   **Q    Do you remember any of the other    3:45:16PM**

24   **people who were there as part of that group?**

Page 92

PAUL CAROLLO

1    A    Everybody. I mean the whole       3:45:20PM

2    department was there. The department was there,

3    you know. Every specific person, you know. I

4    would say certainly three-quarters of them were

5    there.

6    **Q    And do you recall anything that was  3:45:36PM**

7    **said about them as they were leaving?**

8    A    Specifics, no. There was a lot of  3:45:46PM

9    animosity and a lot of people thought it was

10   funny. Not animosity, might not be the totally

11   right word. There were a lot of things people

12   didn't like about them.

13   MR. NOVIKOFF: Can you just read pack  3:46:01PM

14   that last sentence.

15   (Whereupon, the referred to portion   3:46:19PM

16   was read back by the court reporter:

17   Specifics, no. There was a lot of animosity

18   and a lot of people thought it was

19   funny.

20   Not animosity, might not be the totally

21   right word. There were a lot of things

22   people didn't like about them.)

23   BY MR. GRAFF:                       3:46:19PM

24   **Q    Did you think it was funny?        3:46:20PM**

25   A    No.                              3:46:21PM

Page 93

PAUL CAROLLO

1    **Q    Do you remember anybody in particular  3:46:22PM**

2    **that did believe it was funny?**

3    A    I couldn't say particular people.   3:46:33PM

4    Probably more than half.

5    **Q    I know you said animosity wasn't the  3:46:35PM**

6    **right word. There was a lot of things people**

7    **didn't like. What are you referring to by that?**

8    A    There was always division -- like any  3:46:53PM

9    job, there's divisions everywhere, whether

10   anyone liked the way anybody worked or didn't

11   work, you know.

12   **Q    Do you remember anything in particular  3:47:17PM**

13   **that anyone communicated to you about Frank**

14   **Fiorillo?**

15   A    The thing, I guess, about Frank,    3:47:29PM

16   people thought that he was more gung-ho.

17   **Q    What do you mean by that?          3:47:34PM**

18   A    He wrote a lot of tickets.         3:47:36PM

19   **Q    Was there something wrong with his   3:47:39PM**

20   **writing tickets?**

21   MR. NOVIKOFF: Objection.          3:47:43PM

22   A    No.                              3:47:45PM

23   MR. NOVIKOFF: Is your question does  3:47:46PM

24   he think there's something wrong or did he

Page 94

PAUL CAROLLO

1
2      hear other people communicate what they
3      thought was wrong?
4   BY MR. GRAFF:                      3:47:52PM
5      Q   Did you think there was something   3:47:53PM
6   wrong with Frank writing tickets?
7      A   No. It could've been a little more   3:47:59PM
8   discretion now and then. But I wouldn't say
9   there was anything illegal, if that's the
10  question.
11     Q   Was it part of Frank Fiorillo's job to   3:48:07PM
12  write tickets?
13     A   Yes.                          3:48:11PM
14     Q   Do you recall any specific person who   3:48:14PM
15  communicated to you that they thought there was
16  something wrong with Frank writing tickets?
17     MR. NOVIKOFF:  Objection to the form   3:48:24PM
18  of the question.
19     A   Well, I think it's, you know, Frank   3:48:26PM
20  probably wrote half the tickets in the
21  department.
22     (Whereupon, Judge Boyle called into   3:48:34PM
23  the deposition for a ruling.)
24     JUDGE BOYLE:  Who is on the line?   3:48:34PM
25     MR. GRAFF:  This is Ari Graff from the   3:49:31PM

TSG Reporting - Worldwide (877) 702-9580

Page 95

PAUL CAROLLO

1
2   law firm of Thompson Wigdor and Gilly for
3   the plaintiffs.
4      MR. NOVIKOFF:  On behalf of all the   3:49:37PM
5   village defendants, except Mr. Hesse, Ken
6   Novikoff, Rivkin Radler, LLP.
7      MR. CONNOLLY:  On behalf of defendant   3:49:44PM
8   Hesse, Kevin W. Connolly of Marks O'Neil.
9      JUDGE BOYLE:  And is the witness   3:49:50PM
10  present?
11     MR. GRAFF:  The witness is present,   3:49:52PM
12  your Honor.
13     JUDGE BOYLE:  Could you identify   3:49:55PM
14  yourself for the record, please?
15     THE WITNESS:  Paul Carollo.   3:49:57PM
16     JUDGE BOYLE:  I'm having trouble   3:50:01PM
17  hearing you.
18     THE WITNESS:  Paul Carollo.   3:50:06PM
19     JUDGE BOYLE:  Mr. Graff, do you have   3:50:10PM
20  your court reporter there?
21     MR. GRAFF:  Yes. We do.   3:50:21PM
22     JUDGE BOYLE:  We're also transcribing   3:50:27PM
23  it on this end. Would you like to be heard,
24  Mr. Graff?
25     MR. GRAFF:  Yes, thank you, your   3:50:32PM

TSG Reporting - Worldwide (877) 702-9580

Page 96

PAUL CAROLLO

1
2   Honor. There have been a couple of areas in
3   questioning that have come up that
4   Mr. Carollo has indicated that he's not
5   comfortable and not willing to answer
6   without counsel present, specifically the
7   events surrounding the ending of his
8   employment at Ocean Beach and other cases in
9   which he has given sworn testimony. I've
10  asked Mr. Carollo to answer the questions,
11  and on the basis of not having counsel
12  present, he's declined to answer. I was
13  hoping that we could get some guidance on
14  that from the court.
15     JUDGE BOYLE:  I have no idea what   3:51:28PM
16  you're referring to. Do you want to have
17  the court reporter read back a sampling?
18     MR. GRAFF:  It would take a bit of   3:51:41PM
19  time to find it. I could be more specific.
20  My understanding is that Mr. Carollo was one
21  of the Ocean Beach police officers who was
22  indicted at the same time as George Hesse
23  and that precipitated the end of his
24  employment. The questions related to the
25  circumstances of his indictment and his

TSG Reporting - Worldwide (877) 702-9580

Page 97

PAUL CAROLLO

1
2   involvement in Mr. Hesse's criminal trial
3   and how that related to his no longer
4   continuing to work at Ocean Beach. I don't
5   know if Mr. Carollo wanted to add anything
6   to that, if that's also his understanding.
7      MR. NOVIKOFF:  Your Honor, this is   3:52:20PM
8   Mr. Novikoff.  I do not represent
9   Mr. Carollo.
10     Before Mr. Carollo speaks and, I   3:52:27PM
11  guess, advises the Court why he has issues
12  with that question, I was not going to
13  object, obviously on the grounds of
14  relevancy, because I can't. But now since
15  Your Honor is on the phone. The fact that
16  the criminal trial is over, the defendants
17  who went in front of a jury were found not
18  guilty, leads me to a position that whatever
19  relevancy there may have been to this issue,
20  to this lawsuit, there is none anymore. But
21  like I said, I understand I can't object to
22  any of these questions on the basis of
23  relevancy.
24     JUDGE BOYLE:  Mr. Carollo was tried   3:53:02PM
25  with Mr. Hesse and was similarly acquitted;

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  is that my understanding?
3      MR. NOVIKOFF:  Mr. Carollo?      3:53:08PM
4      THE WITNESS:  No.              3:53:09PM
5      JUDGE BOYLE:  Was he convicted?  3:53:10PM
6      MR. NOVIKOFF:  I believe he pled, but  3:53:11PM
7  I'll let Mr. Carollo speak.
8      JUDGE BOYLE:  I didn't hear what you  3:53:16PM
9  said.
10     MR. NOVIKOFF:  I believe he pled, but  3:53:27PM
11  I'll let Mr. Carollo speak.
12     JUDGE BOYLE:  Mr. Carollo, would you  3:53:27PM
13  like to be heard?
14     THE WITNESS:  I was subpoenaed to a  3:53:31PM
15  deposition.  I felt as though I'm here as a
16  representative of Ocean Beach.  I was an
17  employee at that time.  I was denied
18  counsel.  I was involved in a criminal case
19  and, without counsel, I think that those
20  issues I don't need to get into during this
21  deposition because they are two separate
22  incidents.
23     JUDGE BOYLE:  All right.  I have no  3:54:10PM
24  idea what those issues are.  Let me just
25  explain to you what your rights are.  You

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  have the right to refuse to answer a
3  question in order to assert a matter of
4  privilege.  A matter of privilege would
5  include the privilege against
6  self-incrimination.
7      Have you been sentenced yet?      3:54:31PM
8      THE WITNESS:  I did not take a plea.  3:54:36PM
9      JUDGE BOYLE:  You took a plea --      3:54:39PM
10     THE WITNESS:  I didn't take a plea.  3:54:42PM
11  The case was dismissed.
12     JUDGE BOYLE:  You didn't take a plea?  3:54:45PM
13     MR. NOVIKOFF:  Then I stand corrected,  3:54:46PM
14  your Honor.  I apologize.  I was under a
15  misinterpretation then.
16     JUDGE BOYLE:  That's fine.  Your case  3:54:52PM
17  was dismissed and you testified against
18  Mr. Hesse at trial?
19     THE WITNESS:  Yes.              3:55:00PM
20     JUDGE BOYLE:  I don't have enough      3:55:05PM
21  information before me to know whether or not
22  you have any kind of a self-incrimination
23  privilege with regard to the particular
24  questions.  But privilege is the only basis
25  on which you could refuse to answer

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  questions that Mr. Graff puts to you,
3  whether you have an attorney or not.  So in
4  the event that you feel that there is a
5  legitimate privilege that you wish to
6  assert, it would appear to me that the
7  only relevant one at this point that I can
8  imagine would be the privilege against
9  self-incrimination, you can plead that and
10  then Mr. Graff can make a motion to me on
11  notice to you; and you'll be brought into
12  court, and I'll make a decision whether or
13  not you have legitimately invoked your Fifth
14  Amendment privilege or not.  Attorney-client
15  privilege is another privilege.  I don't
16  know.
17     Mr. Graff, you don't give me any help  3:56:09PM
18  as far as what your questions are.  So it's
19  virtually impossible for me to make any
20  determinations as far as the legitimacy or
21  illegitimacies of any refusal to answer
22  here.
23     MR. GRAFF:  I understand, your Honor.  3:56:25PM
24  The scope of questions that Mr. Carollo
25  indicated that he wouldn't be comfortable

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2  answering relate to, as I understand it,
3  anything that happened in connection with
4  his employment at Ocean Beach beginning in
5  the early part of 2007.  We didn't get as
6  far as specific questions that were objected
7  to on precise questions.  It was a broader
8  category.
9      JUDGE BOYLE:  Okay.  Thank you.  I      3:56:54PM
10  didn't realize that.
11     Mr. Carollo, you can only assert a      3:56:58PM
12  privilege in connection with a particular
13  question.
14     THE WITNESS:  Your Honor, let me ask  3:57:08PM
15  you this:  What do I have legally that I'm
16  here as an employee or I was an employee at
17  the time of the incident that I'm here to be
18  deposed on and I'm refused counsel from the
19  village?  I mean, it's a lot of money to
20  hire my own attorney to come here.
21     JUDGE BOYLE:  Let me answer your      3:57:38PM
22  questions.  You're under an obligation to
23  answer the questions that are posed to you
24  by Mr. Graff whether you have a lawyer or
25  not, unless as I stated before there is a

TSG Reporting - Worldwide (877) 702-9580

Page 102

PAUL CAROLLO

1
2  valid assertion of a privilege.  I assume
3  your criminal proceeding has been dismissed,
4  and I'm given no reason to believe by you
5  that there's any privilege that's applicable
6  here.  You can't simply refuse to answer all
7  categories of questions, nor can you even
8  refuse to answer a particular question
9  unless for the reasons that I stated.  So I
10  would suggest you make this as easy as
11  possible.  Otherwise, you're just going to
12  be before me ultimately to resolve any
13  issues and you'll have to submit to multiple
14  depositions.
15      Do you understand?          3:58:33PM
16      THE WITNESS:  Yes.          3:58:34PM
17      JUDGE BOYLE:  Any questions you want  3:58:36PM
18  to ask me?
19      THE WITNESS:  No.  I think I asked my  3:58:39PM
20  questions.
21      JUDGE BOYLE:  Anything further on  3:58:45PM
22  either side?
23      MR. NOVIKOFF:  No, your Honor.  3:58:48PM
24      MR. GRAFF:  No.             3:58:51PM
25      JUDGE BOYLE:  Do the best you can.  3:58:52PM

TSG Reporting - Worldwide (877) 702-9580

Page 103

PAUL CAROLLO

1
2      (Whereupon, Judge Boyle disconnected  8:01:38PM
3  from the deposition.)
4  BY MR. GRAFF:              8:01:42PM
5      Q   Mr. Carollo, did anyone communicate to  4:01:53PM
6  you that they thought it was a problem that
7  Frank was writing, as you estimated, half the
8  tickets in the department?
9      A   Repeat that.           4:02:15PM
10      Q   Did anyone tell you that they thought  4:02:16PM
11  it was a problem that Frank was writing those
12  tickets?
13      MR. NOVIKOFF:  Summonses?     4:02:22PM
14      MR. GRAFF:  Summonses.  Thank you.  4:02:24PM
15      A   I think there were times in the middle  4:02:27PM
16  of the night when we'd have a lot of arrests
17  going on and Frank was strictly out writing
18  summonses and calling in for -- to get a blotter
19  number and a log number.  He'd be tying up the
20  radio a lot.  The dispatcher would be doing
21  something.  It would frustrate them.
22      Q   And was that, as you understood it, a  4:03:06PM
23  matter of inconvenience of having to call in the
24  blotter number or was it impeding the arrests
25  you indicated were going on?

TSG Reporting - Worldwide (877) 702-9580

Page 104

PAUL CAROLLO

1
2      MR. NOVIKOFF:  Objection.      4:03:19PM
3      A   Reword that.           4:03:19PM
4      Q   What was the nature of the objection  4:03:21PM
5  to Frank calling in for blotter numbers in
6  connection with those summonses?
7      A   Sometimes the station would be filled  4:03:35PM
8  with drunks, you know, and fighting and whatnot.
9  And, you know, I don't know if I'd use the word
10  inconvenienced, but there would be things going
11  on that the department took as a little more
12  important at the time than a summons.
13      Q   And did the summons that Frank was  4:03:58PM
14  writing impede the enforcement of other laws by
15  other officers?  Did it prevent those officers
16  from enforcing the law at that time?
17      MR. NOVIKOFF:  Objection.     4:04:12PM
18      A   I don't understand that question.  4:04:17PM
19      Q   Did it prevent anyone from being able  4:04:18PM
20  to carry out their own law enforcement duties
21  when Frank was writing summonses?
22      MR. NOVIKOFF:  Objection.     4:04:26PM
23      A   If you had a station filled with guys  4:04:27PM
24  that, you know, might be -- that are drunk and
25  disorderly, you're taking the time from the

TSG Reporting - Worldwide (877) 702-9580

Page 105

PAUL CAROLLO

1
2  dispatcher, it could.
3      Q   And do you recall that that actually  4:04:39PM
4  happened, the scenario that you're describing?
5      MR. NOVIKOFF:  Objection.      4:04:44PM
6      A   Yeah.                  4:04:45PM
7      Q   And was it -- did you ever believe  4:04:50PM
8  that there were law enforcement activities that
9  were being impeded because of Frank's summonses?
10      MR. NOVIKOFF:  Objection.  I thought  4:05:04PM
11  he just answered yes.
12      A   Ask me the question again.  4:05:11PM
13      Q   Did you personally experience events  4:05:13PM
14  that led you to believe that Frank's summons
15  writing were preventing other law enforcement
16  activities in Ocean Beach?
17      A   I don't know if I would use the word  4:05:25PM
18  preventing.  You know, did anything actually end
19  up arising out of it?  No.  Was there some
20  potential there?  I guess, perhaps.
21      Q   Did it ever come to pass that you're  4:05:43PM
22  aware of that law enforcement activities were
23  prevented from happening because of Frank's
24  summonses?
25      A   No.                    4:05:53PM

TSG Reporting - Worldwide (877) 702-9580

Page 106

PAUL CAROLLO

1
2     Q    Do you recall whether any particular   4:06:00PM
3     individuals at the Ocean Beach Police Department
4     had that objection to Frank's law enforcement
5     activities?
6          MR. NOVIKOFF: Objection to the form.   4:06:11PM
7     A    Say it again.                           4:06:16PM
8     Q    Do you recall whether any specific   4:06:18PM
9     people, whether there were any individuals who
10    particularly had a problem with Frank's summons
11    writing?
12    A    A couple of specific times I'm      4:06:27PM
13    referring to I can remember George being pissed
14    off about it. As I said, you know, Frank wrote
15    half the summonses in the department. So he was
16    certainly way ahead of everybody else's -- let
17    me reword it. Ask me the question again.
18         MR. GRAFF: Could we read it back.    4:07:18PM
19         (Whereupon, the requested portion was  4:07:20PM
20    read back by the court reporter: Do you
21    recall whether any specific people, whether
22    there were any individuals who particularly
23    had a problem with Frank's summons writing?)
24         MR. NOVIKOFF: Now that it's read     4:07:35PM
25    back, I'll object.

TSG Reporting - Worldwide (877) 702-9580

---

Page 107

PAUL CAROLLO

1
2     A    I don't remember specific people. I   4:07:42PM
3     know there were a few people.
4     Q    You had mentioned that you remember   4:07:46PM
5     George was upset about it.
6     A    Yeah.                                 4:07:52PM
7     Q    How did you --                        4:07:52PM
8     A    I remember being in the station, I    4:07:54PM
9     would say not more than two times, of, you know,
10    in the middle of the night, 12:00. I'm using
11    that time. Maybe I shouldn't use any time at
12    all. In the middle of the night, where it was
13    really busy in the station, and he was calling
14    in for a blotter.
15    Q    Do you remember what the specific     4:08:19PM
16    grounds for the summons that Frank had issued at
17    those specific occasions were?
18    A    No.                                   4:08:29PM
19         MR. NOVIKOFF: Objection.             4:08:30PM
20    BY MR. GRAFF:                              4:08:30PM
21    Q    And what was the basis for you        4:08:31PM
22    concluding that George Hesse was upset or angry
23    about that?
24         MR. NOVIKOFF: He said "pissed off" to  4:08:39PM
25    begin with and then he said "upset."

TSG Reporting - Worldwide (877) 702-9580

---

Page 108

PAUL CAROLLO

1
2     A    Yeah, you know, just that.           4:08:45PM
3     Q    And how did it indicate to you -- what  4:08:46PM
4     led you to perceive that?
5     A    I don't know specifically me, just in  4:08:52PM
6     general. What the hell. You know, I can't
7     remember exactly. You kind of know when
8     someone's pissed off.
9     Q    Other than Frank writing summonses,   4:08:59PM
10    can you think of any other issues that upset
11    people in connection with Frank Fiorillo's work
12    at Ocean Beach?
13         MR. NOVIKOFF: Objection.             4:09:16PM
14    A    No.                                   4:09:17PM
15    Q    And other than George Hesse, can you   4:09:17PM
16    think of anyone else who had a problem with
17    Frank's summons writing or --
18    A    Yeah, I don't know that people -- I    4:09:25PM
19    wouldn't say that there like was anyone that --
20    I don't know about a problem with it.
21    Obviously, you know, if someone writes
22    50 percent of the summonses, everybody's like,
23    you know, humorous.
24    Q    I'm not sure if I understood.         4:09:44PM
25    A    I'm not sure people went around saying  4:09:47PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 109

PAUL CAROLLO

1
2     I hate Frank Fiorillo because he writes so many
3     summonses or they just found it humorous that he
4     wrote -- you know, made fun of him about it or
5     whatever.
6     Q    Can you recall anyone in particular   4:10:14PM
7     who made fun of him?
8     A    It was more than one person. I can't  4:10:18PM
9     say.
10    Q    Do you recall George Hesse making fun  4:10:22PM
11    of Frank about it?
12    A    As I indicated about being pissed off.  4:10:29PM
13    I don't know if I ever specifically saw him
14    making fun of him about it. I'm sure at one
15    point he probably made a little bit of fun of
16    him about it.
17    Q    And what about Joe Nofi? What were    4:10:41PM
18    the grounds that you understood for people to
19    have animosity towards him or think it was funny
20    that he had been terminated?
21         MR. NOVIKOFF: I'm going to object    4:10:57PM
22    only to the form of the question only to the
23    extent that I think this witness said that
24    animosity is probably not the best word.
25         MR. GRAFF: I'm not trying to nail him  4:11:05PM

TSG Reporting - Worldwide (877) 702-9580

Page 110

PAUL CAROLLO

1
2      to the word.
3          A    Ask me the question again now about   4:11:16PM
4      Nofi.
5          Q    What were the reasons that you       4:11:19PM
6      believed that people thought it was humorous or
7      that they were happy that Joe Nofi was
8      terminated?
9              MR. NOVIKOFF: Again, we have the      4:11:29PM
10     agreement between terminated and not
11     rehired, right?
12             MR. GRAFF: Right.                     4:11:34PM
13             MR. CONNOLLY: Objection.              4:11:35PM
14             MR. GRAFF: And just for Mr. Carollo's  4:11:36PM
15     benefit. It's an issue in the lawsuit.
16     Both sides have different ways that we like
17     to, for our own clients, characterize them
18     as no longer working at Ocean Beach,
19     termination, laid off, not rehired.
20             MR. NOVIKOFF: For the purposes of the  4:11:52PM
21     question, it all means the same thing.
22             THE WITNESS: Okay.                    4:11:56PM
23             MR. GRAFF: Does that make sense?      4:11:59PM
24             THE WITNESS: Yes.                     4:12:00PM
25         A    It doesn't matter how I word it -- my  4:12:01PM

TSG Reporting - Worldwide (877) 702-9580

Page 111

PAUL CAROLLO

1
2      feeling of it has nothing to do with how you ask
3      the question?
4          Q    Or you shouldn't read anything into  4:12:07PM
5      the words I use. I'm referring to the same
6      thing either way.
7          A    Okay. Nofi. I don't know. I think   4:12:14PM
8      he's the type of person that, just meeting him,
9      you know a lot of people are going to make fun
10     of him. Just the way he speaks and whatnot.
11         Q    What about the way he speaks?        4:12:33PM
12         A    I don't know how to describe it      4:12:37PM
13     exactly. I wouldn't word it like, you know, an
14     Italian from Brooklyn or something to that
15     effect but something in that realm.
16         Q    Something to do with his accent?     4:12:57PM
17         A    I don't know if it's an accent. His  4:12:59PM
18     mannerisms, his whole -- you know, the way he
19     speaks and, you know...
20         Q    In your experience, did you ever     4:13:17PM
21     observe Joe Nofi using profanity towards
22     civilians in the course of enforcing or carrying
23     out his law enforcement duties?
24             MR. NOVIKOFF: Objection to           4:13:28PM
25     foundation.

TSG Reporting - Worldwide (877) 702-9580

Page 112

PAUL CAROLLO

1
2          A    I don't remember that, no.           4:13:32PM
3          Q    Do you ever remember hearing or being  4:13:35PM
4      told my somebody else that they had heard that
5      Joe Nofi had referred to a civilian as a
6      motherfucker?
7              MR. NOVIKOFF: Objection. No          4:13:45PM
8      foundation.
9          A    No.                                  4:13:48PM
10         Q    Would you agree with the following   4:13:58PM
11     statement; that is, that it was Joe Nofi's
12     customary approach to law enforcement to refer
13     to people as motherfuckers?
14             MR. NOVIKOFF: Note my objection.      4:14:11PM
15     BY MR. GRAFF:                                 4:14:13PM
16         Q    Did you observe that to be his       4:14:14PM
17     customary manner with the public?
18             MR. NOVIKOFF: Note my objection.      4:14:21PM
19         A    Ask that again.                      4:14:23PM
20             MR. GRAFF: Do you believe that Joe    4:14:25PM
21     Nofi or do you have any reason to believe
22     that Joe Nofi's typical mannerism in dealing
23     with members of the public in the course of
24     his police work was to call members of the
25     public motherfuckers.

TSG Reporting - Worldwide (877) 702-9580

Page 113

PAUL CAROLLO

1
2              MR. NOVIKOFF: Note my objection.     4:14:39PM
3      And I just want to go back and                4:14:40PM
4      confirm. This witness didn't notify
5      Mr. Nofi as someone regularly on his shift.
6      That's the basis of my objection. He was
7      never actually assigned to the same tour.
8              MR. GRAFF: Thank you. Let me ask     4:14:55PM
9      that question first.
10     BY MR. GRAFF:                                 4:14:58PM
11         Q    Did you ever work on shifts with Joe  4:14:58PM
12     Nofi?
13         A    Yes.                                 4:15:00PM
14         Q    And you never observed him call a    4:15:01PM
15     civilian a motherfucker?
16             MR. NOVIKOFF: Note my objection.      4:15:05PM
17         A    To them personally, face-to-face?    4:15:06PM
18         Q    Yes.                                 4:15:08PM
19         A    No.                                  4:15:09PM
20         Q    And nobody ever told you that they had  4:15:09PM
21     seen Joe Nofi call anyone a motherfucker?
22         A    Yeah, I don't remember anyone saying  4:15:16PM
23     that.
24         Q    Do you know somebody at Ocean Beach  4:15:18PM
25     named Chris Moran?

TSG Reporting - Worldwide (877) 702-9580

Page 114

PAUL CAROLLO

1
2     A    Yes.                    4:15:23PM
3     Q    Did Chris Moran ever tell you that he  4:15:24PM
4  believed that Joe Nofi had called somebody a
5  motherfucker; that is, a civilian a
6  motherfucker?
7     A    I don't recall hearing that.     4:15:33PM
8     Q    Other than his manner of speech, were  4:15:35PM
9  there any other reasons that you understood
10 formed the basis for people thinking it was
11 funny that he had been fired?
12         MR. NOVIKOFF:  Objection.        4:15:48PM
13    A    Ask me the question again.       4:15:56PM
14    Q    Other than his mannerism --      4:15:57PM
15    A    Sorry.  I remember the question.  4:16:03PM
16         He has a gruff way.  I don't know that  4:16:10PM
17 I ever heard him or anyone indicate to me that
18 he called somebody a motherfucker to their face
19 or, you know.  If that's what you're asking.  He
20 had, you know -- it was just -- I can explain
21 one thing he did to me, He didn't do it to me,
22 but I was a little embarrassed by it.
23    Q    Please.                 4:16:41PM
24    A    He was on back of one of the GEM carts.  4:16:42PM
25 I'm not really sure who was driving.  They were

TSG Reporting - Worldwide (877) 702-9580

Page 115

PAUL CAROLLO

1
2  backing up, and he was sitting on the back
3  kicking his feet.  I really only remember I was
4  embarrassed because my sister was there.  And he
5  was, like, swinging his feet out saying, get out
6  of the way, get out of the way.  It just wasn't
7  very professional.
8     Q    Do you remember who else was in the   4:17:03PM
9  area at the time?
10    A    No.  The reason I remember is because  4:17:06PM
11 I remember my sister standing there, who came
12 for the day.  It was like -- but that's about
13 it.
14    Q    Do you believe that -- based on your   4:17:18PM
15 dealings with Joe Nofi or observations of Joe
16 Nofi, did you ever form the belief that he was
17 abusive to the public in his manner of speaking
18 to them?
19         MR. NOVIKOFF:  Note my objection.   4:17:30PM
20    A    No.                   4:17:31PM
21    Q    And just to close off this issue.   4:17:32PM
22 Other than his manner of speaking and what
23 you've already referred to, were there any other
24 complaints that you're aware of or issues that
25 you're aware of that would've been grounds for

TSG Reporting - Worldwide (877) 702-9580

Page 116

PAUL CAROLLO

1
2  people, as you understood it, to find it funny
3  that he was being fired?
4         MR. NOVIKOFF:  Objection.        4:17:53PM
5     A    No, that's it.               4:17:54PM
6     Q    That's it?               4:17:55PM
7     A    Yeah.                   4:17:56PM
8     Q    What about Ed Carter, what were the --  4:18:06PM
9  what are you aware of that could've supported
10 the animosity or happiness that he had been
11 fired?
12         MR. NOVIKOFF:  Note my objection.    4:18:19PM
13    A    Nothing.                 4:18:23PM
14    Q    What about Kevin Lamm?         4:18:28PM
15    A    Ask me a question in the sense of   4:18:38PM
16 that.
17    Q    Sure.                  4:18:41PM
18         Why did you understand that people   4:18:43PM
19 thought it was funny to see Kevin Lamm leaving
20 after being fired at that April 2006 meeting?
21         MR. NOVIKOFF:  Note my objection.   4:18:52PM
22    A    When you ask the question that way, no  4:19:00PM
23 matter where I worked in my life, people always
24 find those things amusing, whether they have
25 substance to them or not.  That goes back to

TSG Reporting - Worldwide (877) 702-9580

Page 117

PAUL CAROLLO

1
2  just whatever reason, people find other people's
3  misery funny.  In a sense of when you're talking
4  about that thing of finding that funny, I would
5  say that a lot of basis behind it is that
6  mentality.
7     Q    Are you aware of any particular     4:19:34PM
8  complaint or gripes that anyone else in the
9  department had regarding Kevin Lamm?
10         MR. NOVIKOFF:  Objection.        4:19:41PM
11    A    Their opinions?             4:19:49PM
12    Q    To the extent that they communicated  4:19:50PM
13 them to you, sure.
14    A    I think sometimes people were a little  4:20:06PM
15 concerned about Kevin -- one of the things that
16 I remember about George and Kevin battling back
17 and forth about would be that Kevin would
18 handcuff people for whatever and bring them back
19 to the station.  Whether -- not an arrest, a
20 summons.  Like, you know, caught you with an
21 open container or a urinating ticket, you know,
22 he'd handcuff someone and bring them back to the
23 station.  And they felt that was not appropriate
24 action, to walk through the streets handcuffed
25 for an open container or a urinating in public.

TSG Reporting - Worldwide (877) 702-9580

Page 118

PAUL CAROLLO

1
2    Q   Do you remember any particular    4:20:57PM
3  specific individuals who communicated that that
4  was their belief about Kevin Lamm?
5       MR. NOVIKOFF: Objection. I don't    4:21:05PM
6  think that last answer suggested that other
7  people communicated that to him. I think he
8  said directly that it was George Hesse.
9  BY MR. GRAFF:                           4:21:15PM
10      Q   Was it George Hesse specifically?   4:21:16PM
11      A   Yeah.                          4:21:20PM
12      Q   Other than George Hesse, did anyone   4:21:20PM
13  else communicate that to you, that that was
14  their belief about Kevin Lamm?
15      MR. NOVIKOFF: Objection to the form.   4:21:27PM
16      A   Ask the question again.        4:21:38PM
17      Q   Other than George Hesse, did anyone   4:21:40PM
18  else complain about Kevin Lamm bringing people
19  to the station in handcuffs?
20      A   I don't know if anyone could complain   4:21:49PM
21  about it. I think a lot of people would agree
22  with it.
23      Q   Do you agree with that complaint about   4:21:56PM
24  Kevin Lamm?
25      A   I agree with the -- I agree with the   4:22:02PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 119

PAUL CAROLLO

1
2  theory. I don't know that I specifically have
3  seen Kevin -- I've seen him bring them in, and I
4  know it was a problem. I can't say that I saw
5  Kevin find someone urinating or an open
6  container, handcuffed them and walked them
7  through the street. So if I agree that
8  shouldn't be done, yes. Can I say I
9  specifically saw Kevin do that, no.
10      Q   And do you recall any specific    4:22:30PM
11  instances of Kevin Lamm bringing people to the
12  station in handcuffs that were the basis for
13  complaints to you?
14      MR. NOVIKOFF: Objection. He just    4:22:41PM
15  said he never saw.
16      MR. GRAFF: He never saw. But did    4:22:44PM
17  anyone ever complain about a specific
18  instance.
19      MR. NOVIKOFF: I thought he just said   4:22:48PM
20  George Hesse.
21      MR. GRAFF: I'm asking if he now    4:22:50PM
22  recalls a specific incident that was
23  complained about.
24      A   I can only imagine at the time he was   4:23:01PM
25  complaining about it when Kevin was there, that

TSG Reporting - Worldwide (877) 702-9580

---

Page 120

PAUL CAROLLO

1
2  that was that, but I can't say specific.
3      Q   And do you recall if Tom Snyder was at   4:23:17PM
4  the April meeting?
5      A   I believe he wasn't.           4:23:24PM
6      Q   Did you at some point learn that Tom   4:23:27PM
7  Snyder was terminated or let go in April 2006?
8      A   Yes. It may have even been talked   4:23:37PM
9  about that day.
10      Q   And who did you hear about that from?   4:23:40PM
11      A   That I can't say.             4:23:46PM
12      Q   Did you hear about it from George   4:23:48PM
13  Hesse?
14      A   That day, I don't know. I mean it was   4:23:57PM
15  30 people. You know, the conversation was going
16  around. Was George saying it to someone else
17  and I overheard it or was somebody else telling
18  me, I can't specifically say.
19      Q   After the plaintiffs left that    4:24:12PM
20  meeting, when they were let go, did you speak
21  with George Hesse or hear George Hesse say any
22  words about the plaintiffs on that day?
23      A   Obviously there was conversation about   4:24:36PM
24  it. I can't say what specific conversation was
25  about it. Obviously George and many others

TSG Reporting - Worldwide (877) 702-9580

---

Page 121

PAUL CAROLLO

1
2  thought it was funny.
3      Q   At that meeting -- did any meeting   4:24:45PM
4  take place after plaintiffs left?
5      A   Yes.                         4:24:49PM
6      Q   Did George Hesse say anything at the   4:24:49PM
7  meeting about the plaintiffs being let go?
8      A   Yeah. People were talking about it.   4:25:02PM
9  I know you want specifics, and I don't really
10  have specifics. It was a room, and I was not
11  very happy about the whole situation myself, the
12  way it went down.
13      Q   Why were you unhappy with the way --   4:25:13PM
14      A   I don't think that's the right way to   4:25:16PM
15  do something.
16      Q   What part of it do you think was --   4:25:19PM
17      A   I don't feel that, you know, it was   4:25:22PM
18  something that should've been made a mockery of.
19      Q   And do you believe that George Hesse   4:25:50PM
20  was making a mockery of it after the plaintiffs
21  were fired?
22      MR. NOVIKOFF: Objection.          4:25:59PM
23      MR. CONNOLLY: Objection.          4:25:59PM
24      A   I don't know about after. I just   4:26:03PM
25  wasn't comfortable with the whole thing.

TSG Reporting - Worldwide (877) 702-9580

Page 122

PAUL CAROLLO

1
2      Q   Okay.  Do you recall George Hesse   4:26:07PM
3   mocking the plaintiffs after they were let go at
4   that meeting?
5         MR. CONNOLLY:  Objection.      4:26:15PM
6         MR. NOVIKOFF:  Objection.      4:26:16PM
7      A   I can't specifically say any      4:26:19PM
8   individual.  Obviously he's the one that ran the
9   meeting and was the one that let them go.  You
10   know, so I can't -- but if you're asking me his
11   specific statements, whatever, that I can't
12   remember.
13      Q   Do you recall whether George Hesse in   4:26:33PM
14   any way communicated that people should not be
15   mocking the plaintiffs after they were let go?
16         MR. NOVIKOFF:  Objection.  Foundation.  4:26:42PM
17   Assumes facts not in evidence.
18      A   Ask the question again.      4:26:55PM
19      Q   Did George Hesse stop anyone or tell   4:26:56PM
20   anyone to stop mocking the plaintiffs?
21      A   No.           4:27:02PM
22         MR. NOVIKOFF:  Objection.      4:27:02PM
23         MR. CONNOLLY:  Objection.      4:27:04PM
24   BY MR. GRAFF:            4:27:04PM
25      Q   Do you recall whether anyone was   4:27:06PM

TSG Reporting - Worldwide (877) 702-9580

Page 123

PAUL CAROLLO

1
2   cheering as the plaintiffs walked away after
3   they'd been let go?
4      A   No.  I don't remember that.      4:27:13PM
5      Q   Do you recall whether anyone cheered   4:27:18PM
6   at the meeting about the plaintiffs being let
7   go?
8      A   As I said, people found it humorous,   4:27:27PM
9   and they were talking about it and laughing
10   about it.  As far as cheering, whatever, that,
11   you know, did anybody say anything to them when
12   they left, I don't know.  I didn't hear it.
13   Were they saying things loudly and they heard
14   it, you know, specifics like that I can't say.
15      Q   Was there any discussion or statements   4:27:47PM
16   by anyone at the meeting about the reason why
17   the plaintiffs were let go?
18      A   At the meeting, no.  I don't recall   4:28:05PM
19   that.  I don't remember.
20      Q   Do you recall whether anyone asked   4:28:12PM
21   George at the meeting why the plaintiffs had
22   been let go?
23      A   It would have had to have been in a   4:28:24PM
24   large area.  So, no.  I don't recall anyone
25   standing up and asking him that.

TSG Reporting - Worldwide (877) 702-9580

Page 124

PAUL CAROLLO

1
2      Q   Did you at any point ask George Hesse   4:28:35PM
3   why the plaintiffs were let go?
4      A   No.           4:28:43PM
5      Q   Did George Hesse ever indicate to you   4:28:43PM
6   why the plaintiffs were let go?
7         MR. NOVIKOFF:  Objection to the form.  4:28:48PM
8      A   I think everybody kind of knew his   4:28:50PM
9   feelings about each and every one of them.  So I
10   don't think that it was necessary to ask.
11      Q   Did you ever hear anyone say that the   4:29:15PM
12   plaintiffs, any of the plaintiffs had been let
13   go because of something to do with wearing a
14   wire?
15         MR. NOVIKOFF:  Could you just read   4:29:30PM
16   that question back before I know if I have
17   to make an objection or not.
18         (Whereupon, the requested portion was   4:29:35PM
19   read back by the court reporter:  Did you
20   ever hear anyone say that the plaintiffs,
21   any of the plaintiffs had been let go
22   because of something to do with wearing a
23   wire?)
24         MR. NOVIKOFF:  Yeah, I'm going to   4:29:49PM
25   object to the form.

TSG Reporting - Worldwide (877) 702-9580

Page 125

PAUL CAROLLO

1
2      A   I've heard something to that effect.   4:29:54PM
3   I've also heard it about myself.  So I don't
4   really -- I don't know that I heard it -- if
5   you're asking if I heard it that day or not or
6   something else later on.
7      Q   And in substance, what did you hear   4:30:10PM
8   about plaintiffs --
9      A   A lot of people have been accused --   4:30:14PM
10         MR. NOVIKOFF:  Whoa.  Are you done   4:30:16PM
11   with your question?
12         MR. GRAFF:  Yes.       4:30:23PM
13      A   What's your question again?      4:30:25PM
14      Q   A lot of people had been accused.      4:30:26PM
15   Were you going somewhere with that?
16      A   Not accused.  There was, as you know,  4:30:30PM
17   you just said it, a District Attorney's
18   investigation going on, so nobody trusts
19   anybody.  So somebody's always looking at
20   somebody thinking that they have a wire on.
21      Q   Did anyone ever tell you that they   4:30:45PM
22   believed that any of the individual plaintiffs
23   had been wearing a wire at any point during
24   their employment at Ocean Beach?
25      A   I've heard that phrase used.  I can't   4:30:56PM

TSG Reporting - Worldwide (877) 702-9580

Page 126

PAUL CAROLLO

1
2    say specifically if it was general conversation
3    or -- yes, I've heard that said.
4        Q    Did you ever hear George say words to    4:31:06PM
5    that effect?
6            MR. NOVIKOFF:  Objection.        4:31:11PM
7        A    I can't say specifically I heard it    4:31:12PM
8    out of George's mouth.
9        Q    Did you ever hear George say words to    4:31:16PM
10   the effect that he believed that any specific
11   individual had been wearing a wire?
12           MR. NOVIKOFF:  Objection.        4:31:27PM
13           MR. CONNOLLY:  Objection.        4:31:28PM
14       A    I think that maybe I've heard Carter's    4:31:32PM
15   name mentioned.
16       Q    Mentioned by George Hesse?        4:31:35PM
17       A    About a wire.  No, not that I can say    4:31:37PM
18   about George Hesse.  If you're trying to get me
19   to put a name and a wire together, that rings a
20   bell to me.  But specifically where it came
21   from, I can't say.
22       Q    Other than yourself and Ed Carter, can    4:31:51PM
23   you recall anybody else who you heard accused of
24   wearing a wire by anyone?
25       A    Dave Gurden.  I'm not too sure about    4:32:04PM

TSG Reporting - Worldwide (877) 702-9580

Page 127

PAUL CAROLLO

1
2    someone else.  I can't say.
3        Q    Did any one ever say to you that one    4:32:33PM
4    of the reasons that Ed Carter was let go was
5    that he was suspected of wearing a wire?
6            MR. NOVIKOFF:  Objection.        4:32:43PM
7            MR. CONNOLLY:  Objection.        4:32:44PM
8        A    Did anyone specifically say to me    4:32:48PM
9    why --
10       Q    That something to do with Ed Carter    4:32:51PM
11   and a wire was one of the reasons that he was
12   let go?
13           MR. NOVIKOFF:  Same objection.    4:32:57PM
14           MR. CONNOLLY:  Objection.        4:32:59PM
15       A    I can't say that specifically.    4:33:00PM
16       Q    Do you recall whether the reference    4:33:08PM
17   you heard to Ed Carter wearing a wire, whether
18   you ever heard that reference before he was
19   fired?
20       A    I think it was after.        4:33:25PM
21       Q    As far as you know, did any Ocean    4:33:31PM
22   Beach police officer wear a wire during your
23   employment at Ocean Beach?
24       A    As far as I know?        4:33:39PM
25       Q    Yes.        4:33:40PM

TSG Reporting - Worldwide (877) 702-9580

Page 128

PAUL CAROLLO

1
2        A    No.        4:33:41PM
3        Q    Do you have any reason -- do you    4:33:45PM
4    believe that any officer at Ocean Beach was
5    wearing a wire at any point from 2006 to the
6    present?
7            MR. NOVIKOFF:  Objection.        4:33:54PM
8            MR. CONNOLLY:  Objection.        4:33:54PM
9        A    Do I believe?  There was a tape given    4:34:19PM
10   to my criminal attorney that had -- I don't
11   think anybody ever knew what was on it.  I think
12   a lot of it was inaudible or it never got to
13   anything.
14       Q    Before I go on to the next questions,    4:34:42PM
15   I just want to be clear.  I don't mean to
16   elicit -- none of my questions are aimed at
17   anything that you said to an attorney or that an
18   attorney said to you.  I don't want to know
19   about communications between you and an
20   attorney.  Aside from anything that --
21       A    It was difficult to answer that    4:35:02PM
22   question.
23       Q    I understand.        4:35:04PM
24       A    I would've had to answer the question    4:35:05PM
25   no.  And you know, that's why sometimes --

TSG Reporting - Worldwide (877) 702-9580

Page 129

PAUL CAROLLO

1
2    answering questions is not easy because you --
3    that's a specific question.  I had that thing
4    all of a sudden popped in my head about the
5    tape.  So my first answer is no, I don't think
6    anybody had.  Then wait a minute, I heard a tape
7    somewhere.
8        Q    Without getting into any discussion    4:35:28PM
9    you had with your attorney, do you remember what
10   you heard on the tape that you're referring to?
11       A    I never heard the tape.        4:35:34PM
12       Q    Did you ever learn from anyone what    4:35:38PM
13   any of the things said on the tape included?
14           MR. NOVIKOFF:  Other than from his    4:35:44PM
15   attorney.
16       A    No.  Nothing came out of it.    4:35:45PM
17       Q    When did you first meet Frank    4:35:54PM
18   Fiorillo?
19       A    My first year.        4:35:58PM
20       Q    And do you believe that Frank was a    4:36:04PM
21   good police officer at Ocean Beach?
22           MR. NOVIKOFF:  Objection to    4:36:07PM
23   foundation.
24           MR. CONNOLLY:  Objection.        4:36:11PM
25       A    Yes.        4:36:11PM

TSG Reporting - Worldwide (877) 702-9580

Page 130

PAUL CAROLLO

2     Q   When did you first meet Kevin Lamm?    **4:36:19PM**
3     A   Same year.             4:36:22PM
4     Q   Did you work on shifts with Kevin     **4:36:23PM**
5   **Lamm?**
6     A   Yes.                 4:36:26PM
7     Q   Did you believe that Kevin Lamm was a    **4:36:26PM**
8   **good police officer at Ocean Beach?**
9         MR. NOVIKOFF: Objection. Foundation. 4:36:29PM
10     A   Yeah.                4:36:31PM
11     Q   When did you first meet Tom Snyder?    **4:36:32PM**
12     A   I don't recall.            4:36:37PM
13     Q   Did you work on shifts with Tom      **4:36:40PM**
14   **Snyder?**
15     A   Yes.                 4:36:42PM
16     Q   Did you believe Tom Snyder was a good    **4:36:43PM**
17   **police officer?**
18         MR. NOVIKOFF: Objection.       4:36:46PM
19     A   Well, one problem, one incident I had    4:36:50PM
20   with him I wasn't happy with him because he
21   wouldn't let me out with something.
22     Q   What was that incident?        **4:36:57PM**
23     A   I had an arrest on a domestic violence 4:36:58PM
24   and I believe it was just he and I on the shift,
25   and he was definitely not interested in helping

TSG Reporting - Worldwide (877) 702-9580

---

Page 131

PAUL CAROLLO

1   me out.
2
3     Q   When did that incident take place?    **4:37:12PM**
4     A   I can't remember.          4:37:23PM
5         MR. GRAFF: And if we could note for   4:37:26PM
6   the record, I'd like to designate, beginning
7   at this point, the testimony as confidential
8   under the confidentiality order.
9   BY MR. GRAFF:               4:37:36PM
10     Q   Who was involved in that domestic     **4:37:39PM**
11   **violence incident?**
12     A   The people?            4:37:43PM
13     Q   Yes.               **4:37:44PM**
14     A   I don't remember. Not that I don't know,   4:37:45PM
15   I don't remember. It was a male and female.
16   Their names, I have absolutely no idea.
17     Q   How many -- what was the help that you   **4:37:52PM**
18   **wanted from Tom Snyder?**
19     A   Paperwork.            4:37:57PM
20     Q   Paperwork?            **4:37:57PM**
21     A   Paperwork.            4:37:58PM
22     Q   Do you recall whether he gave any     **4:38:00PM**
23   **reason for why he wasn't going to help you with**
24   **that paperwork?**
25     A   Just in a bad mood.        4:38:06PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 132

PAUL CAROLLO - CONFIDENTIAL

2     Q   If I said the name Lisa Campbell,     **4:38:07PM**
3   **would it refresh your recollection as to who one**
4   **of the individuals in that incident was?**
5     A   Lisa Campbell? I think I know that    4:38:15PM
6   name. But that's the one that lives there, no?
7   The name's familiar to me, but I think Lisa
8   Campbell is someone who lives there. So I don't
9   believe it's the same incident.
10     Q   If at any point over the course of the   **4:38:31PM**
11   **day you do remember the names of those**
12   **individuals, please just let me know.**
13         MR. GRAFF: And the confidentiality    4:38:39PM
14   can end there.
15   BY MR. GRAFF:               4:38:42PM
16     Q   Do you recall whether you ever      **4:38:43PM**
17   **responded to a domestic violence incident**
18   **involving Lisa Campbell?**
19     A   Myself, no, I don't remember.     4:38:52PM
20     Q   Other than that one incident when Tom   **4:38:59PM**
21   **Snyder didn't help you with the paperwork --**
22     A   Not that he didn't. He was -- you    4:39:06PM
23   know, he had no choice, really, when it came
24   down to it. It wasn't a good scene.
25     Q   I'm not sure I'm understanding.     **4:39:18PM**

TSG Reporting - Worldwide (877) 702-9580

---

Page 133

PAUL CAROLLO

2     A   He was just in a bad mood about the    4:39:20PM
3   night. He didn't want to get involved in
4   helping out. Obviously he had to do his job or
5   whatever. He just made it difficult.
6     Q   And were you able to processes      **4:39:28PM**
7   **whatever paperwork had to be processed yourself?**
8     A   I think they got finished on the next   4:39:33PM
9   shift the next day.
10     Q   Other than that incident, did you have   **4:39:37PM**
11   **any other issues with Tom Snyder as a police**
12   **officer?**
13     A   I really didn't have much contact with   4:39:44PM
14   him.
15     Q   What about Joe Nofi, when did you     **4:39:50PM**
16   **first meet him?**
17     A   I can't say.           4:39:55PM
18     Q   Did you work shifts with him at Ocean   **4:39:56PM**
19   **Beach?**
20     A   Yes.                 4:40:00PM
21     Q   Did you believe he was a good police   **4:40:02PM**
22   **officer?**
23     A   I had no reason to think that he     4:40:09PM
24   wasn't.
25     Q   And Ed Carter, when did you first meet   **4:40:24PM**

TSG Reporting - Worldwide (877) 702-9580

Page 134

PAUL CAROLLO

1
2 him?
3      A   I'm sure -- I shouldn't say I'm sure.   4:40:34PM
4 I guess I met everyone there my first year.
5      Q   Did you work shifts with Ed Carter?   4:40:40PM
6      A   I don't really ever remember -- I      4:40:45PM
7 don't really remember ever working with Ed side
8 by side, so to speak. I don't think he worked a
9 9 to 5. He worked midnights, I think.
10      Q   Based on the contact that you had with 4:40:59PM
11 Ed Carter, did you have any reason to think he
12 was not a good police officer?
13           MR. NOVIKOFF: Well, he said he       4:41:05PM
14      probably didn't have any contact with Ed.
15      But objection to form.
16           MR. CONNOLLY: Objection.             4:41:11PM
17      A   Yeah, I mean, you know, I liked him.   4:41:13PM
18 He was a nice guy. Like I said, I don't think I
19 ever really worked with him.
20      Q   Did you ever observe Ed Carter       4:41:19PM
21 sleeping on the job?
22      A   Did I ever observe him sleeping, no.   4:41:24PM
23      Q   Did anyone ever tell you that they had 4:41:26PM
24 observed Ed Carter sleeping on the job?
25      A   I don't know about Ed specifically.   4:41:38PM

TSG Reporting - Worldwide (877) 702-9580

Page 135

PAUL CAROLLO

1
2 Some people would take naps or whatever.
3      Q   Can you recall any specific person who 4:41:42PM
4 you heard or observed taking a nap on the job?
5      A   No. I try to stay out of the         4:41:53PM
6 barracks.
7      Q   And Gary Bosetti, was he already      4:42:01PM
8 working at Ocean Beach when you first started?
9      A   Yeah.                                 4:42:08PM
10      Q   Did you ever have any problems with   4:42:18PM
11 Gary Bosetti as far as the performance of his
12 work at Ocean Beach?
13      A   No.                                  4:42:24PM
14           MR. NOVIKOFF: Objection.            4:42:24PM
15 BY MR. GRAFF:                                 4:42:25PM
16      Q   And the same question with respect to 4:42:27PM
17 Richard Bosetti.
18           MR. NOVIKOFF: Objection.            4:42:31PM
19      A   No.                                  4:42:32PM
20           MR. GRAFF: I'd ask the court reporter 4:43:14PM
21 to please mark as Exhibit 8 a copy of a
22 document entitled Incorporated Village of
23 Ocean Beach Handbook bearing Bates Numbers
24 0001 through 25.
25           (Whereupon, a document entitled     4:43:30PM

TSG Reporting - Worldwide (877) 702-9580

Page 136

PAUL CAROLLO

1
2 Incorporated Village of Ocean Beach handbook
3 bearing Bates numbers 0001 through 25 was
4 marked as Plaintiff's Exhibit 8 for
5 identification, as of this date.)
6           (Whereupon, a discussion was held off 4:49:24PM
7 the record.)
8 BY MR. GRAFF:                                 4:49:24PM
9      Q   Mr. Carollo, if you could take a     4:50:08PM
10 second to look at what's been marked ads
11 Exhibit 8. My first question is whether this is
12 a document that you've ever seen before. (Handing.)
13      A   I don't think I've ever seen this.   4:50:28PM
14      Q   Have you ever heard of an Ocean Beach 4:50:30PM
15 employee handbook?
16      A   Prior to 2006?                       4:50:42PM
17      Q   Did you at some point hear about it?  4:50:53PM
18           MR. NOVIKOFF: Did he hear about the  4:50:57PM
19      existence of an employee handbook?
20           MR. GRAFF: Yes.                     4:51:02PM
21      A   No.                                  4:51:06PM
22      Q   After 2006, did you hear about the   4:51:07PM
23 existence of an employee handbook?
24      A   I believe in 2007 -- no. They made a 4:51:16PM
25 huge regulations book.

TSG Reporting - Worldwide (877) 702-9580

Page 137

PAUL CAROLLO

1
2      Q   Was that a regulations book for the   4:51:27PM
3 Ocean Beach Police Department?
4      A   Yes.                                  4:51:30PM
5      Q   Do you know who was responsible for   4:51:31PM
6 making that?
7      A   Obviously George was involved in it.  4:51:42PM
8 As a general question, I believe it was possibly
9 when Paul Trosco was there. I could be wrong, I
10 don't think so.
11      Q   Was that a book that was issued while 4:51:57PM
12 you were still working as a police officer?
13      A   I went to a -- I'm going to say 2007, 4:52:21PM
14 I could be wrong. I did go to one of our April
15 meetings that they issued a new regulations
16 book.
17      Q   And I think I missed a word. Some    4:52:43PM
18 kind of meeting?
19      A   One of these April meetings.         4:52:47PM
20      Q   The PBA?                             4:52:49PM
21      A   No, I don't know anything about the  4:52:51PM
22 PBA really. April, you know, the annual
23 meeting.
24      Q   Annual meetings, okay. If it's not a 4:52:59PM
25 document you recognize, I'm not going to ask you

TSG Reporting - Worldwide (877) 702-9580

Page 138

PAUL CAROLLO

1
2  questions about the handbook.
3        MR. GRAFF:  If I could ask the court      4:53:12PM
4  reporter to mark as Exhibit 9 a document
5  produced by Ocean Beach without Bates
6  numbers.
7        (Whereupon, a letter dated April 18,   4:53:19PM
8  2006 was marked as Plaintiff's Exhibit 9 for
9  identification, as of this date.)
10 BY MR. GRAFF:                                4:53:19PM
11       Q   Have you had a chance to look at this?  4:54:01PM
12 Handing.
13       A   Yes.                              4:54:04PM
14       Q   Is what's marked as Exhibit 9        4:54:04PM
15 something you've seen before?
16       A   No, I don't remember seeing this.    4:54:13PM
17       Q   The very first -- I'm sorry, were you  4:54:15PM
18 done with your answer?
19       A   I'm looking at the date on it, which,  4:54:20PM
20 you know, it's a date prior -- I would think it
21 was after I hadn't worked for a while.  So
22 April 18th, 2006.  Yeah, I would've been
23 there.  I don't recall the letter.
24       Q   And why would you say that you        4:54:36PM
25 would've thought that it was after you left --

TSG Reporting - Worldwide (877) 702-9580

Page 139

PAUL CAROLLO

1
2        A   Because I won't remember it.        4:54:43PM
3        Q   The document, the first line says     4:54:44PM
4  Ocean Beach Police.  The second line says
5  "internal correspondence" up at the top as a
6  header.  Have you seen documents with those two
7  lines as a header before?
8        A   I can't say.                       4:55:07PM
9        Q   Underneath that header, there's the   4:55:13PM
10 date April 18th, 2006.  And it says to all
11 officers from Deputy Chief Hesse.  REF, LI
12 Politics blog.
13            Mr. Carollo, as far as you know, what  4:55:33PM
14 was George Hesse's title in April 2006?
15            MR. NOVIKOFF:  Objection to the form.  4:55:51PM
16       A   Ask the question again.             4:55:59PM
17       Q   As far as you know, what was George    4:56:00PM
18 Hesse's title at the police department in 2006?
19       A   His exact title?  It seems as though  4:56:15PM
20 I've seen a lot of different titles.  That's why
21 I don't know exactly how to answer the question.
22       Q   The reference line, LI Politics blog,  4:56:23PM
23 do you know what that's referring to?
24            MR. NOVIKOFF:  Objection.           4:56:28PM
25            MR. CONNOLLY:  Objection.          4:56:31PM

TSG Reporting - Worldwide (877) 702-9580

Page 140

PAUL CAROLLO

1
2        A   It's referring to some blog.        4:56:32PM
3        Q   Are you aware of any LI Politics blog?  4:56:38PM
4            MR. NOVIKOFF:  Objection.  To the    4:56:42PM
5  extent he knows what LI Politics means.
6        A   I've heard them talk about this, yeah.  4:56:53PM
7        Q   Who have you heard talk about this    4:56:55PM
8  blog?
9        A   Everybody.                         4:56:58PM
10       Q   What was the nature --              4:57:01PM
11       A   The blog.  I don't really understand  4:57:02PM
12 how to use them or what it's about -- not what
13 it's about.  I see everyone puts in their own
14 thoughts or statements or whatever.
15       Q   Did you hear -- maybe I misunderstood.  4:57:15PM
16 When you say you've heard everyone talk about
17 it, do you mean blogs in general or LI Politics
18 specifically?
19       A   I don't know the name.  If you said   4:57:26PM
20 what's the name, do I know the name, no.  I just
21 know the word "blog."
22       Q   And when did you -- if you can        4:57:36PM
23 remember, when did you first hear people talking
24 about the blog at issue?
25            MR. NOVIKOFF:  Objection.           4:57:43PM

TSG Reporting - Worldwide (877) 702-9580

Page 141

PAUL CAROLLO

1
2            MR. CONNOLLY:  Objection.           4:57:45PM
3            MR. NOVIKOFF:  I don't think he's    4:57:46PM
4  testified as to what the blog in issue is.
5  He's just testified to talking about blogs.
6        Q   Did you understand that people at the  4:57:54PM
7  department were talking about blogs in general
8  or a specific --
9        A   No, a specific blog.  What was going  4:57:59PM
10 on or whatever they were all doing.
11       Q   So a blog that included discussion of  4:58:05PM
12 anything to do with the Ocean Beach Police
13 Department; was that your understanding?
14       A   Yes.                              4:58:16PM
15       Q   At what point in time did you first   4:58:16PM
16 hear people start talking about a blog of that
17 nature?
18       A   That, I don't remember.            4:58:23PM
19       Q   Is that something that was a topic of  4:58:24PM
20 discussion that you can remember in the first
21 year that you worked?
22            MR. NOVIKOFF:  Objection.           4:58:30PM
23       A   The first year?                    4:58:30PM
24       Q   Yes.                              4:58:32PM
25       A   No.                               4:58:32PM

TSG Reporting - Worldwide (877) 702-9580

Page 142

PAUL CAROLLO

1
2     Q     And by first year, I mean the first    4:58:33PM
3     summer season that you worked at Ocean Beach?
4     A     Yeah. No.                              4:58:40PM
5     Q     Do you recall anything that people     4:58:44PM
6     were saying about things that were discussed on
7     the blog?
8         MR. NOVIKOFF: Objection.                 4:58:49PM
9     A     I don't remember specific things.      4:58:53PM
10     Q     Do you recall George Hesse ever        4:58:57PM
11     telling people to stay off the blog or not post
12     on the blog?
13     A     I think they went through all -- I     4:59:18PM
14     think there was probably both sides of it. I
15     guess when it first came out, maybe they were
16     all doing it, and then realized maybe they
17     shouldn't do it. I don't know.
18     Q     Do you know if there was a point in    4:59:33PM
19     time?
20     A     Not to sound vague. I'm not computer   4:59:35PM
21     savvy. I have no interest in doing this stuff.
22     I never went on. They went on, whatever. I
23     think George even brought it up on the computer
24     once when I was in the station. So the
25     specifics, truthfully, I would've thought it was

TSG Reporting - Worldwide (877) 702-9580

Page 143

PAUL CAROLLO

1
2     after our whole case. I'm thinking that it did
3     start back further, before our case.
4     Q     Do you recall any of the people you    5:00:08PM
5     understood to have been posting on the blog?
6     That is, were there any people in the police
7     department that you understood had been posting
8     on a blog about the police department?
9         MR. NOVIKOFF: Objection.                 5:00:21PM
10     A     Like writing on it?                    5:00:25PM
11     Q     Yes.                                   5:00:27PM
12     A     I can't say that I actually            5:00:29PM
13     specifically saw somebody write something on it.
14     Q     Did you ever hear people talking about 5:00:34PM
15     specific things that were written on the blog?
16     A     I can't remember specifics. I          5:00:41PM
17     certainly remember them all talking about it all
18     the time.
19     Q     The test of this document underneath   5:00:48PM
20     the reference line says, "All officers are to
21     refrain from writing into the blog. No one is
22     to encourage the lies of the disgruntled
23     employees. Pass on this message to all current
24     officers. Anyone caught writing in will be
25     terminated. The blog will be removed."

TSG Reporting - Worldwide (877) 702-9580

Page 144

PAUL CAROLLO

1
2         Did you ever hear from George Hesse or   5:01:13PM
3     anyone else anything to the effect that police
4     officers writing on the blog would be
5     terminated?
6     A     No.                                    5:01:26PM
7     Q     Do you have an understanding of what   5:01:27PM
8     it means here, "No one is to encourage the lies
9     of the disgruntled employees"?
10         MR. NOVIKOFF: Objection.                5:01:34PM
11         MR. CONNOLLY: Objection.                5:01:35PM
12     A     Ask the question again.                5:01:39PM
13     Q     Do you have an understanding of what   5:01:40PM
14     that means?
15         MR. NOVIKOFF: Objection.                5:01:42PM
16         MR. CONNOLLY: Objection.                5:01:43PM
17     A     At this point, I think I'm remembering 5:01:48PM
18     back that it was -- if you asked me without
19     being here for this specific thing, I wouldn't
20     remember anything about what it was about.
21     You're refreshing my memory back that I guess it
22     was about the five of them and the bickering
23     back and forth.
24     Q     And do you remember anything that      5:02:09PM
25     might have -- strike that.

TSG Reporting - Worldwide (877) 702-9580

Page 145

PAUL CAROLLO

1
2         Do you remember hearing anything that    5:02:15PM
3     had been written with reference to any of the
4     five plaintiffs on the blog?
5     A     Specifics?                             5:02:22PM
6     Q     Specifics or in general, anything that 5:02:24PM
7     you do recall.
8         MR. CONNOLLY: Objection.                5:02:28PM
9         MR. NOVIKOFF: Objection.                5:02:29PM
10     A     You're bringing my memory back on      5:02:31PM
11     certain things, that it was about them and back
12     and forth. Specifics about what anybody wrote
13     or said, I don't remember.
14     Q     At this point, do you remember in      5:02:39PM
15     particular hearing that anyone in particular had
16     been writing about them on the blog?
17         MR. NOVIKOFF: Objection.                5:02:46PM
18     A     Do I remember anyone saying            5:02:53PM
19     specifically. I think that they all kind of
20     were pointing their finger at one another.
21     Q     When you refer to "they all," who are  5:03:00PM
22     those individuals?
23     A     I'm trying to think of the whole       5:03:10PM
24     situation now. I don't think anybody would say
25     that they were on it, and everybody else was

TSG Reporting - Worldwide (877) 702-9580

Page 146

PAUL CAROLLO

1
2    assuming maybe it was this one or that one.  So
3    it's hearsay, you know.  I don't know if anybody
4    really was actually going on or people were
5    assuming that maybe they were going on.  You
6    know what I mean?  I know it's a little vague.
7         MR. NOVIKOFF:  Ari, perhaps you want   5:03:36PM
8    to ask the witness did anyone in his
9    presence admit to writing on the blog.
10        MR. GRAFF:  That's a good question,   5:03:44PM
11   Ken.
12        MR. NOVIKOFF:  Thank you.        5:03:46PM
13   A    No.                           5:03:46PM
14   Q    If you recall, who was working at the   5:03:57PM
15   police station at the time you heard this
16   general discussion?
17   A    Everybody.  I can tell you that I   5:04:03PM
18   remember George popping it up on the computer
19   and showing something or, you know, reading,
20   looking at something.  Exactly what it said, if
21   it wasn't that we were sitting here, I probably
22   wouldn't remember whether it was about them not.
23   And I couldn't tell you what it said.  I'm
24   uncomfortable with things like that, and I try
25   to avoid them.

TSG Reporting - Worldwide (877) 702-9580

Page 147

PAUL CAROLLO

1
2    Q    Things like that, do you mean        5:04:28PM
3    technology things?
4    A    The reasons I'm vague on things is I   5:04:31PM
5    don't like to be around trash -- those things
6    make me uncomfortable.  So I'm not saying it's
7    never anywhere, it's not anything.  I don't look
8    into it.  I don't have an interest in going on a
9    blog.  I could see right away there was nothing
10   good coming out of it, so I stay away.  So I
11   don't put my full thought process into that
12   stuff.  That's why maybe sometimes I seem vague
13   on things, because that's exactly it.  He
14   probably popped it up on the computer.  I
15   couldn't tell you whether they wrote anything or
16   didn't write anything.  All I know is I'm not
17   comfortable with this and I don't want to be
18   around it.
19   Q    Do you recall whether George popped up  5:05:08PM
20   something about the plaintiffs on the blog, and
21   he thought it was humorous?
22        MR. CONNOLLY:  Objection.        5:05:14PM
23        MR. NOVIKOFF:  Objection.        5:05:15PM
24   A    Ask the question again.          5:05:32PM
25   Q    At the time that you recall seeing   5:05:34PM

TSG Reporting - Worldwide (877) 702-9580

Page 148

PAUL CAROLLO

1
2    George pop something up on the blog about the
3    plaintiffs, did he give any indication that he
4    thought that was humorous?
5         MR. NOVIKOFF:  Objection.        5:05:44PM
6         MR. CONNOLLY:  Objection.        5:05:46PM
7    A    I think -- I don't -- they probably   5:05:51PM
8    had mixed emotions.  They probably found it
9    humorous and pissed off about it.  I don't know
10   if that makes any sense.  I don't think they
11   were sitting there like, you know -- obviously
12   it's one of those things that both sides think
13   the other is lying.  Let's cut to the chase, you
14   know.  It's what it's like.
15   Q    I don't want to keep pressing with the  5:06:13PM
16   questions on this.  But if you recall anything
17   more in particular about what you observed
18   people discussing the blog at some point as we
19   go on, just please let me know.
20   A    Okay.                         5:06:27PM
21        MR. NOVIKOFF:  You mean during this   5:06:29PM
22   deposition?
23        MR. GRAFF:  Yes.              5:06:30PM
24        MR. NOVIKOFF:  Or during the week?   5:06:31PM
25        MR. GRAFF:  No, during this      5:06:33PM

TSG Reporting - Worldwide (877) 702-9580

Page 149

PAUL CAROLLO

1
2    deposition.  Although if you recall later in
3    the week, I'd be happy to hear it.
4         I'm going to ask the reporter to mark   5:06:42PM
5    as Carollo Exhibit 10 what I'll represent to
6    be posts numbered 550, 553 and 556 on the
7    Schwartz report blog thread Ocean Beach
8    police corruption.
9         (Whereupon, posts numbered 550, 553   5:07:03PM
10   and 556 on the Schwartz report blog thread
11   Ocean Beach police corruption was marked as
12   Plaintiff's Exhibit 10 for identification,
13   as of this date.)
14   BY MR. GRAFF:                       5:07:03PM
15   Q    Mr. Carollo, if I could ask you to   5:07:43PM
16   just read through all three pages.  These are
17   separate writings that were put up on the blog
18   that I've assembled into one exhibit.
19   A    (Witness complies.)              5:07:56PM
20        MR. NOVIKOFF:  What was the question?   5:08:19PM
21        MR. GRAFF:  Just if he could take a   5:08:21PM
22   moment to read them.
23   BY MR. GRAFF:                       5:08:23PM
24   Q    Mr. Carollo, did you write any of   5:09:23PM
25   these three postings on the blog?

TSG Reporting - Worldwide (877) 702-9580

Page 150

PAUL CAROLLO

```
1
2    A    No.                         5:09:26PM
3    Q    On the first page, Tom the pedophile,  5:09:30PM
4    have you ever heard prior to reading this
5    someone refer to Tom Snyder as a pedophile?
6    A    No.                         5:09:39PM
7    Q    Do you recall whether --        5:09:40PM
8         MR. NOVIKOFF:  You're not going to ask  5:09:42PM
9    him about the rest of the E-mail?
10   BY MR. GRAFF:                      5:09:45PM
11   Q    Do you recall whether Ty Bacon ever   5:09:47PM
12   said anything to you about writing on the blog?
13        MR. NOVIKOFF:  Objection.  Asked and  5:09:55PM
14   answered.
15   A    No.                         5:09:58PM
16   Q    As a court officer, is there a       5:10:03PM
17   computer at the courthouse that you're able to
18   use that is -- through which it's possible to
19   access the Internet?
20        MR. NOVIKOFF:  Objection.  You mean  5:10:15PM
21   available -- I don't understand the
22   question.  Is there a computer in general
23   that if someone used --
24   BY MR. GRAFF:                      5:10:22PM
25   Q    Is there a computer that you are     5:10:23PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 151

PAUL CAROLLO

```
1
2    authorized to use to access the Internet at the
3    courthouse?
4         MR. CONNOLLY:  "You" being him      5:10:30PM
5    specifically or "you" being a court officer?
6         MR. GRAFF:  Specifically him.       5:10:34PM
7    A    Authorized?                    5:10:37PM
8    Q    Yes.                        5:10:37PM
9    A    No.                         5:10:38PM
10   Q    Is there a computer that -- have you  5:10:40PM
11   ever used a computer at the courthouse to access
12   the Internet?
13   A    No.                         5:10:50PM
14   Q    To your knowledge, are there other    5:10:53PM
15   court officers at the courthouse where you work
16   who are authorized to use a computer to access
17   the Internet at the courthouse?
18   A    Authorized?                    5:11:04PM
19   Q    Yes.                        5:11:05PM
20   A    No.                         5:11:06PM
21   Q    Are you aware of any other court      5:11:07PM
22   officers who use -- at any point have used a
23   computer at the courthouse to access the
24   Internet without authorization?
25   A    Well, two things.  One, Ty and I don't  5:11:22PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 152

PAUL CAROLLO

```
1
2    work in the same place.  Two, even where I work,
3    I'm not 100 percent sure what -- we have no
4    access to computers in the courtroom.  You have
5    to have a code.  Guys go downstairs to the jury
6    room, where the jury room has a computer.  Its
7    access level, I don't know.  I know there are
8    some things like there's the Internet and not
9    the Internet or something in between.  I
10   don't -- I don't really use computers.  So I
11   don't really even notice how far out they can
12   get on the computers that is downstairs in the
13   jury room.  I think it might have limited
14   access.
15   Q    Other than the courtroom and the jury  5:12:16PM
16   room, are there other computers in the
17   courthouse that a court officer could access?
18        MR. CONNOLLY:  Objection.  And only to  5:12:25PM
19   the extent, Ari, which courthouse are you
20   referring to.
21   BY MR. GRAFF:                      5:12:32PM
22   Q    Which courthouse do you work at?      5:12:33PM
23   A    Hempstead.                     5:12:36PM
24        MR. NOVIKOFF:  That a court officer    5:12:37PM
25   could access within his authority to use a
```

TSG Reporting - Worldwide (877) 702-9580

Page 153

PAUL CAROLLO

```
1
2    computer as opposed to breaking into a
3    judge's chambers and doing it without
4    authorization?
5    BY MR. GRAFF:                      5:12:43PM
6    Q    Well, are there computers in judges'  5:12:43PM
7    chambers?  Let me first start with that.
8    There's the courtroom, the jury room.  Are there
9    computers that you're aware of in other
10   locations in the Hempstead courthouse?
11   A    Let's go through that again.  I       5:12:56PM
12   believe they've all been given a laptop.  Is
13   there a computer in their chambers?  I really
14   don't even go into their chambers.  I would
15   imagine at one time there was.  We have this
16   thing, they have a laptop and it plugs right
17   onto their desk.  Most of them don't use it
18   anyway.  The laptop plugs into it.  I guess it's
19   hooked up to wireless.
20   Q    Is there any kind of public Internet  5:13:31PM
21   terminal in the courthouse?
22   A    I think the -- you mean for wireless  5:13:38PM
23   access?
24   Q    Any kind of terminal that a member of  5:13:42PM
25   the public could use to access the Internet in
```

TSG Reporting - Worldwide (877) 702-9580

Page 154

PAUL CAROLLO

1
2 the courthouse.
3      A   The jury room, there's a computer      5:13:48PM
4 downstairs in the jury room.  I don't know how
5 far and what it does.
6      MR. NOVIKOFF:  Ari, I have to presume    5:13:55PM
7 that you're asking these questions because
8 these threats came from a terminal that you
9 believe came from 99 Main Street; is that
10 right?
11      ATTORNEY1:  Believe that these came     5:14:07PM
12 from a courthouse, yes.
13      MR. NOVIKOFF:  At 99 Main Street?       5:14:09PM
14      MR. GRAFF:  I'm not certain.            5:14:11PM
15      MR. NOVIKOFF:  Because there are a lot  5:14:12PM
16 of courthouses in Nassau County.
17      MR. GRAFF:  I understand.               5:14:15PM
18 BY MR. GRAFF:                                5:14:15PM
19      Q   Are there -- is there anybody at the  5:14:16PM
20 courthouse where you work who works with you who
21 also worked or works as an Ocean Beach police
22 officer?
23      A   Say that again.                     5:14:28PM
24      Q   Do any current or former Ocean Beach  5:14:29PM
25 police officers work with you at the Hempstead

TSG Reporting - Worldwide (877) 702-9580

---

Page 155

PAUL CAROLLO

1
2 courthouse?
3      A   Yes.                                5:14:34PM
4      Q   Who are those?                      5:14:35PM
5      A   That's Walter Moeller.              5:14:37PM
6      Q   Is there anyone else?               5:14:38PM
7      A   No.                                 5:14:41PM
8      Q   When did you first meet Walter      5:14:42PM
9 Moeller?
10      A   I think I'm in Nassau County six   5:14:58PM
11 years.  Did I meet him specifically -- within
12 the last six years.
13      Q   And did you meet him in the context of  5:15:10PM
14 your work as a courthouse officer?
15      A   Yes.                               5:15:20PM
16      Q   Do you recall Walter Moeller ever  5:15:21PM
17 making any statements with reference to a blog?
18      A   I can't say for sure.  I mean as a  5:15:37PM
19 conversation, I guess it was probably made in
20 conversation.
21      Q   Did you ever hear him make any     5:15:43PM
22 reference to a blog, writing on a blog
23 concerning plaintiffs?
24      A   No.                                5:15:52PM
25      Q   You met Walter Moeller before you  5:15:57PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 156

PAUL CAROLLO

1
2 started working at Ocean Beach?
3      A   Yes.                                5:16:02PM
4      Q   Did Walter Moeller have anything to do  5:16:03PM
5 with your decision to seek employment at Ocean
6 Beach?
7      A   Yes.                                5:16:08PM
8      Q   And what was his role in that?      5:16:09PM
9      A   He told me -- I was taking a criminal  5:16:11PM
10 justice class, and I happened to have been
11 working on a door one day, magnetometer, and I
12 guess he saw that I was studying for, you know,
13 taking a criminal justice class.  And he
14 mentioned, oh, you want me to put your name in
15 in Ocean Beach.  I said sure.  I had been --
16 almost the first time -- we may have been in the
17 same building for a while, but we worked in
18 different areas.  It might be really one of the
19 first times I met him.
20      Q   At any point, did you come to consider  5:16:53PM
21 Walter Moeller a friend?
22      A   Yes.                               5:16:57PM
23      Q   And today do you consider him a     5:16:58PM
24 friend?
25      A   Yes.  Friendly.  I don't know if I  5:17:01PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 157

PAUL CAROLLO

1
2 consider anyone my friend.
3      Q   Did your feelings towards Walter    5:17:05PM
4 Moeller change at any point?
5      A   No.                                 5:17:11PM
6      Q   What about George Hesse? At any point  5:17:12PM
7 did you consider him to be a friend?
8      A   I wouldn't say a friend.            5:17:20PM
9      MR. NOVIKOFF:  I think the witness      5:17:22PM
10 just said he doesn't consider anyone to be a
11 friend.
12      MR. GRAFF:  I may have missed that.     5:17:26PM
13 BY MR. GRAFF:                                5:17:27PM
14      Q   Is that correct?                    5:17:29PM
15      A   Yes.                               5:17:29PM
16      MR. GRAFF:  If I can ask you to please  5:18:36PM
17 mark as Exhibit Carollo 11 a one-page
18 document bearing Bates Number 004420.
19      (Whereupon, a one-page document         5:18:45PM
20 bearing Bates No. 004420 was marked as
21 Plaintiff's Exhibit 11 for identification,
22 as of this date.)
23 BY MR. GRAFF:                                5:18:45PM
24      Q   When you've had a chance to look this  5:19:32PM
25 over, my first question is whether this is

TSG Reporting - Worldwide (877) 702-9580

Page 158

PAUL CAROLLO

```
1              PAUL CAROLLO
2   something you've seen before.  (Handing.)
3       A   No.                    5:19:39PM
4       Q   No, you have not seen this?    5:19:39PM
5       A   No.                    5:19:41PM
6       Q   To your knowledge -- are you aware of  5:19:45PM
7   any performance evaluations that were conducted
8   with respect to yourself as an Ocean Beach
9   police officer?
10          MR. NOVIKOFF:  You mean formally --   5:19:58PM
11          MR. GRAFF:  Any written evaluation of  5:20:01PM
12   your performance as a police officer.
13      A   No.  The only -- when you come out of  5:20:06PM
14   the academy, you got four months or something
15   like that before they send back an evaluation of
16   you to the police academy.  That's the only
17   thing that I recall having any kind of -- filled
18   out.
19      Q   Under the section in the middle where  5:20:30PM
20   it says "additional supervisory comments,"
21   there's a line handwritten that says, "Has not
22   worked since 3-27-07."
23          Is March 27, 2007 the last time you    5:20:41PM
24   worked as a police officer at Ocean Beach?
25      A   I would assume so.        5:20:50PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 159

PAUL CAROLLO

```
1              PAUL CAROLLO
2       Q   And then it says, "Has come in for   5:20:52PM
3   some training to keep current status."
4       A   Yes.                    5:20:56PM
5       Q   Do you understand what that refers to?  5:20:58PM
6       A   You have to work once a year to keep  5:21:00PM
7   your police status.
8       Q   And what is the basis for your saying   5:21:04PM
9   that?
10      A   Of my saying that?        5:21:08PM
11      Q   Why would you say that?     5:21:10PM
12      A   Because that's what I was told.   5:21:11PM
13      Q   Who told you that?        5:21:12PM
14      A   Specifically?            5:21:17PM
15      Q   If you recall.            5:21:17PM
16      A   I think it's just general knowledge.   5:21:21PM
17      Q   And what was the nature of the       5:21:26PM
18   training that you came into after March 27th,
19   '07?
20      A   Watching training videos.     5:21:37PM
21      Q   Where did you watch those videos?    5:21:39PM
22      A   In the station.           5:21:41PM
23      Q   Were you paid for watching those     5:21:42PM
24   videos?
25      A   Yes.                    5:21:44PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 160

PAUL CAROLLO

```
1              PAUL CAROLLO
2       Q   How much time did you spend?       5:21:46PM
3       A   A shift.                5:21:48PM
4       Q   A shift?                5:21:49PM
5       A   Yes.                    5:21:50PM
6       Q   Did anyone watch the videos with you   5:21:52PM
7   on that shift?
8       A   No.  I don't think so.  I think I did  5:21:59PM
9   them by myself.
10      Q   And did you schedule that shift to     5:22:03PM
11   come in to watch videos?  Did you deal with
12   anybody specifically to schedule that?
13      A   I think I probably dealt with Paul     5:22:21PM
14   Trosco.
15      Q   And what was Paul Trosco's position at  5:22:25PM
16   that time?
17      A   Well, he's a police officer.  I don't  5:22:37PM
18   know if he had another title.  I mean I don't
19   know if they -- you know, he wasn't a sergeant.
20   He was a police officer.  I guess that's as much
21   as I can answer that question.
22      Q   Did you contact Mr. Trosco to schedule  5:22:53PM
23   that shift?
24      A   Did he contact me or did I contact     5:23:05PM
25   him?  I don't remember how it all transpired.
```

TSG Reporting - Worldwide (877) 702-9580

Page 161

PAUL CAROLLO

```
1              PAUL CAROLLO
2       Q   Did you speak with anyone at the     5:23:14PM
3   police department when you went there on that
4   occasion to watch the videos?
5       A   Paul Trosco.             5:23:25PM
6           You mean was someone there with me?   5:23:25PM
7       Q   Did you talk to anyone on that day    5:23:28PM
8   when you were there?
9       A   Yeah.  I mean Trosco was there.   5:23:32PM
10      Q   Was anyone else there?      5:23:35PM
11      A   George may have been there a couple of  5:23:41PM
12   times.  I don't think he was there the whole
13   shift.  He may have done like a 4-to-12 shift --
14   I think I did a 4-to-12 shift.  I remember
15   George was there at one time.  And then he left.
16   He overlapped the shift or something.
17      Q   Have you ever seen any Ocean Beach     5:24:00PM
18   police officers drinking in the police station,
19   drinking alcoholic beverages?
20      A   On duty or off duty?        5:24:13PM
21      Q   Either.                 5:24:15PM
22      A   Yeah.                   5:24:19PM
23      Q   And have you seen officers drinking on  5:24:20PM
24   duty in the police station?
25      A   I can't say whether -- I would say    5:24:30PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 162

PAUL CAROLLO

1
2     they were off duty.
3         Q   And who are you referring to?        5:24:33PM
4         A   You're probably trying to refer to the  5:24:38PM
5     Bosettis.  They would come and stay all weekend.
6     So they'd be coming around the station.  My
7     point is, I can't say whether they're on duty,
8     off duty.  It's like people mulling all around.
9         Q   Just to be clear.  Did you see Gary    5:24:57PM
10    Bosetti drinking in the police station, whether
11    or not you knew whether he was on duty?
12        A   You know, I don't want to say that I   5:25:07PM
13    remember -- you know, I know that they've been
14    out and around.  Were they in the station, did
15    they still have a drink in their hand, I can't
16    say I'm totally sure.
17        Q   As far as --                          5:25:21PM
18        A   You're asking me if I see people      5:25:22PM
19    sitting around in the station just drinking like
20    that?
21        Q   Sure.                                 5:25:25PM
22        A   No.                                   5:25:25PM
23        Q   Have you ever seen empty cans of      5:25:26PM
24    alcohol or used shot glasses around in the
25    police station?

TSG Reporting - Worldwide (877) 702-9580

Page 163

PAUL CAROLLO

1
2         A   I've seen them in the barracks.  I    5:25:44PM
3     can't say for sure that I've seen empty ones in
4     the station or not.
5         Q   Have you seen empty cans or bottles of 5:25:51PM
6     beer or any alcohol in any police vehicle?
7         A   In any police vehicle, no.           5:25:59PM
8         Q   When I say police station, up until   5:26:12PM
9     this point in the deposition, did you understand
10    me to be referring to the barracks?
11        A   The station.                         5:26:21PM
12        MR. CONNOLLY:  The station as            5:26:23PM
13    distinguished from the barracks?
14        THE WITNESS:  Yes.                       5:26:28PM
15    BY MR. GRAFF:                                 5:26:29PM
16        Q   Other than Richard and Gary Bosetti, 5:26:30PM
17    do you remember seeing any other police officers
18    drinking in the police station, whether they
19    were on or off duty?
20        MR. CONNOLLY:  Objection.                5:26:39PM
21        A   At the end of some shifts, some guys 5:26:40PM
22    would get rocket fuels before they left.
23        Q   What is rocket fuel?                 5:26:44PM
24        A   I don't know what it is.  It's a     5:26:46PM
25    drink.  What's in it or what it is, I don't

TSG Reporting - Worldwide (877) 702-9580

Page 164

PAUL CAROLLO

1
2     know.
3         Q   Do you know where they would procure 5:26:51PM
4     the rocket fuel?  That is where they got it?
5         A   I think CJ's is the one.  I don't know 5:26:58PM
6     if they all make it, but CJ's makes it.
7         Q   And rocket fuel is an alcoholic drink? 5:27:05PM
8         A   I believe so.                        5:27:07PM
9         Q   Have you ever had a drink of rocket  5:27:08PM
10    fuel?
11        A   No.                                  5:27:10PM
12        Q   Who did you see ordering rocket fuel 5:27:15PM
13    to the police station?
14        MR. NOVIKOFF:  Objection.               5:27:20PM
15        MR. CONNOLLY:  Objection.                5:27:22PM
16        MR. NOVIKOFF:  I don't think he said    5:27:22PM
17    he saw people ordering.
18    BY MR. GRAFF:                                 5:27:24PM
19        Q   When you said they would get rocket  5:27:25PM
20    fuel to the station, who are you referring to?
21        MR. NOVIKOFF:  Objection to the form.   5:27:30PM
22    His testimony was that he would see on some
23    occasions certain of the police officers at
24    the end of the shifts getting rocket fuels.
25    And I think that was the extent of his

TSG Reporting - Worldwide (877) 702-9580

Page 165

PAUL CAROLLO

1
2     testimony.  So that's my objection.
3     BY MR. GRAFF:                                 5:27:46PM
4         Q   Did you see officers getting rocket  5:27:46PM
5     fuel or in possession of rocket fuel in the
6     police station?
7         A   Yeah.                                5:27:56PM
8         Q   Did you see officers drinking rocket 5:27:57PM
9     fuel in the police station?
10        MR. NOVIKOFF:  Whether on duty or off  5:28:02PM
11    duty?
12        MR. GRAFF:  Whether on duty or off      5:28:04PM
13    duty.
14        MR. NOVIKOFF:  Objection to the form.   5:28:07PM
15        A   Did I see -- at the end of the shift, 5:28:14PM
16    a lot of guys or a few guys -- I won't even say
17    a lot -- would get the rocket fuels.  They were
18    on their way out.  Were they at the station in
19    their hands, yes.  Were they sitting there
20    drinking them, no, I don't know about that.
21        Q   Which officers are you referring to? 5:28:31PM
22        A   It seemed like a few of them.        5:28:32PM
23        Q   Can you name them?                   5:28:34PM
24        A   I can always remember the biggest one 5:28:41PM
25    would be Dave Gurden.  Other than that, I'm

TSG Reporting - Worldwide (877) 702-9580

Page 166

PAUL CAROLLO

1 
2 taking a stab at which ones were actually off.
3    **Q**   **Now, to make sure I understand.**   **5:29:00PM**
4    **You would see them drinking in the**   **5:29:02PM**
5   **police station rocket fuel and then leaving?**
6     MR. NOVIKOFF:  Objection.  That wasn't 5:29:08PM
7   his testimony.  It's actually quite the
8   opposite.
9     MR. CONNOLLY:  Objection.   5:29:11PM
10    **A**   At the end of a shift, they would get 5:29:12PM
11   them as they were leaving.
12    **Q**   **As they were leaving to go where?**   **5:29:18PM**
13    **A**   Home.   5:29:20PM
14    **Q**   **And how would they get from the police 5:29:24PM**
15   **station to their vehicles, their personal**
16   **vehicles?**
17     MR. NOVIKOFF:  Objection.   5:29:32PM
18     MR. CONNOLLY:  Objection.   5:29:33PM
19    **A**   They'd be driven out in the truck.   5:29:34PM
20    **Q**   **And who would drive them out in the**   **5:29:37PM**
21   **truck?**
22    **A**   Whoever was available to drive them   5:29:41PM
23   out.
24    **Q**   **Whoever was on duty?**   **5:29:44PM**
25    **A**   Sometimes.  And sometimes not.   5:29:48PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 167

PAUL CAROLLO

1 
2 Sometimes somebody at the end of that shift.
3    **Q**   **So the officers would leave with the**   **5:29:52PM**
4   **rocket fuel and be driven to their vehicles, as**
5   **far as you know?**
6    **A**   Yes.   5:30:02PM
7    **Q**   **And you don't recall specifically who**   **5:30:10PM**
8   **any of those officers were?**
9    **A**   You know, it would be unfair to say   5:30:13PM
10   that, because maybe sometimes one person would
11   get them, maybe a few would get them.  It would
12   be different people.
13    **Q**   **Was George Hesse ever one of the**   **5:30:22PM**
14   **officers that you saw drink rocket fuel?**
15     MR. NOVIKOFF:  Objection.   5:30:27PM
16     MR. CONNOLLY:  Objection.   5:30:28PM
17     MR. NOVIKOFF:  He didn't testify he   5:30:28PM
18   saw people drinking rocket fuel.
19 BY MR. GRAFF:   5:30:32PM
20    **Q**   **Did you testify that you saw people**   **5:30:33PM**
21   **drinking rocket fuel as they were leaving the**
22   **police station?**
23    **A**   At the end of a shift, some guys would 5:30:40PM
24   get the rocket fuels as they were leaving.  Were
25   they standing in the station with them at times,

TSG Reporting - Worldwide (877) 702-9580

---

Page 168

PAUL CAROLLO

1 
2 milling about on their way out, yes.  Were they
3 sitting there drinking rocket fuels, no.
4    **Q**   **Okay.**   **5:30:57PM**
5    **A**   Which specific people, I just can't   5:31:00PM
6   say.
7    **Q**   **When you saw the officers on those**   **5:31:03PM**
8   **occasions, whether or not they were sitting down**
9   **to drink, did you see them drinking the rocket**
10   **fuel as they exited?  Does the question make**
11   **sense?**
12     MR. NOVIKOFF:  Objection to form.  I   5:31:14PM
13   think he's answered this three times now.
14    **A**   The thing is in a plastic cup and a   5:31:19PM
15   straw.
16    **Q**   **So would you see them sucking on the**   **5:31:22PM**
17   **straw as they were leaving?**
18     MR. NOVIKOFF:  Objection.   5:31:25PM
19     MR. CONNOLLY:  Objection.  That would 5:31:27PM
20   be drinking.
21    **A**   Yeah, I can't say no one ever took a   5:31:28PM
22   sip of one in the station.  I don't know.  They
23   were in civilian clothes.
24    **Q**   **Okay.  Did you ever see anybody in**   **5:31:37PM**
25   **uniform taking a sip of rocket fuel in the**

TSG Reporting - Worldwide (877) 702-9580

---

Page 169

PAUL CAROLLO

1 
2 **station?**
3    **A**   I can't, you know, specifically say   5:31:44PM
4   yes or no.
5    **Q**   **Did you ever see George Hesse take a**   **5:31:47PM**
6   **sip of rocket fuel in the station?**
7     MR. NOVIKOFF:  While on duty or off   5:31:55PM
8   duty?
9 BY MR. GRAFF:   5:31:57PM
10    **Q**   **If you knew his status, I'll ask that**   **5:31:59PM**
11   **next.  But the question now is ever.**
12    **A**   I don't think George was as big a   5:32:07PM
13   rocket fuel drinker as the other ones.  Did I
14   ever see him have a rocket fuel or not,
15   probably.  Was he inside, outside, I don't know.
16    **Q**   **And did you ever see George Hesse take 5:32:18PM**
17   **a sip of rocket fuel or any other alcoholic**
18   **beverage in uniform?**
19    **A**   That, I can't remember.   5:32:26PM
20    **Q**   **On any of the occasions when you did**   **5:32:27PM**
21   **see George Hesse take a sip of an alcoholic**
22   **beverage, do you know if he was on duty at the**
23   **time?**
24     MR. NOVIKOFF:  Objection to form.   5:32:34PM
25     MR. CONNOLLY:  Objection.   5:32:35PM

TSG Reporting - Worldwide (877) 702-9580

## Page 170

PAUL CAROLLO

```
 1                PAUL CAROLLO
 2      A   No.               5:32:36PM
 3          MR. NOVIKOFF: I don't think he's   5:32:37PM
 4      testified that he ever saw George Hesse take
 5      a sip of alcohol.
 6   BY MR. GRAFF:               5:32:40PM
 7      Q   Maybe I misunderstood you. Did you   5:32:43PM
 8      ever see George Hesse --
 9      A   I think I've seen -- I can't say who's  5:32:46PM
10      on duty, off duty, especially on the shift we
11      work. You got a midnight shift. You got people
12      sleeping over. So for me to really say this
13      person did this and this person did that, I
14      would be taking a stab at what maybe you think
15      you saw or not.
16      Q   Without getting into on or off duty or   5:33:08PM
17      uniform, just to be clear, because we apparently
18      heard different things. Did you see George
19      Hesse in the station take a sip of alcohol ever?
20      A   Specifically at the station take a sip   5:33:27PM
21      of alcohol? I remember seeing -- I do remember
22      seeing him have a rocket fuel in his hand.
23      Whether he was in the station sipping it, unfair
24      to say. I really can't take a stab at it.
25      Q   The rocket fuel in a cup, you said it   5:33:50PM
```

TSG Reporting - Worldwide (877) 702-9580

## Page 171

PAUL CAROLLO

```
 1                PAUL CAROLLO
 2      would have a lid on it?
 3      A   I believe they're in a plastic cup   5:33:54PM
 4      with a cover.
 5      Q   With a cover. Does a container like   5:33:58PM
 6      that, to your knowledge, count as an open
 7      container for the purpose of laws about driving
 8      with alcohol?
 9      A   I don't know. It's a good question.   5:34:15PM
10      That would be a good trial question.
11      Q   Have you ever off duty had a drink in   5:34:23PM
12      any of the bars in Ocean Beach?
13      A   Me?               5:34:30PM
14      Q   Yes.               5:34:30PM
15      A   No.               5:34:31PM
16      Q   Have you ever observed other officers,   5:34:32PM
17      whether or not they were on duty, drinking at
18      bars in Ocean Beach?
19          MR. NOVIKOFF: Objection to form.   5:34:41PM
20          MR. CONNOLLY: Objection.     5:34:42PM
21      A   Did they go in bars and drink, yes.   5:34:43PM
22      Q   As far as you know, were any of the   5:34:45PM
23      officers who you're aware of who would drink in
24      bars in Ocean Beach, did any of them drink in a
25      bar in Ocean Beach while they were on duty?
```

TSG Reporting - Worldwide (877) 702-9580

## Page 172

PAUL CAROLLO

```
 1                PAUL CAROLLO
 2      A   I don't know.         5:34:55PM
 3      Q   Did you ever see an officer in   5:34:58PM
 4      uniform, whether or not he or she was on duty,
 5      drink in a bar in Ocean Beach?
 6          MR. NOVIKOFF: Drinking anything in a   5:35:06PM
 7      bar?
 8          MR. GRAFF: Drinking an alcoholic   5:35:07PM
 9      beverage.
10          MR. NOVIKOFF: Objection to the form.   5:35:10PM
11      Unless you could establish that this witness
12      knew exactly what was in a cup or glass,
13      then I would have to object on the basis of
14      foundation.
15      A   I didn't hang out in the bars, so I   5:35:19PM
16      wasn't in them, thank God.
17      Q   Did anyone ever instruct you to not   5:35:28PM
18      issue summonses or to issue less summonses to
19      underage drinkers at any particular bar at Ocean
20      Beach?
21          MR. NOVIKOFF: Form.       5:35:42PM
22          MR. CONNOLLY: Objection.     5:35:43PM
23      A   No. About -- let's see, he's 17, 16   5:35:43PM
24      now, my son. He was probably 11. I
25      remember it was a weekend. And I didn't drink
```

TSG Reporting - Worldwide (877) 702-9580

## Page 173

PAUL CAROLLO

```
 1                PAUL CAROLLO
 2      much at all, and I don't know if I had two beers
 3      one day or I had a beer on a Saturday and a beer
 4      on a Sunday. And I remember he looked at me and
 5      said, wow, you're drinking a lot this weekend.
 6      And it struck me as holy crap, they watch you.
 7      And at that point I made a decision that I don't
 8      drink. So in reference to your questions even,
 9      I don't drink. One of the best decisions I ever
10      made, especially going through all of this. I
11      was not subject to being in bars, hanging out
12      with anybody.
13      Q   When did you make that decision for   5:36:48PM
14      yourself?
15      A   Maybe six years ago, seven years ago.   5:36:50PM
16      Q   I'm going to ask some questions going   5:37:14PM
17      through the complaint in this case. I know you
18      obtained a copy of it.
19          MR. NOVIKOFF: Do you have a copy for   5:37:20PM
20      us?
21          MR. GRAFF: I do.         5:37:23PM
22          MR. NOVIKOFF: If you just refer to   5:37:24PM
23      the paragraph, then I'll figure out.
24      BY MR. GRAFF:               5:37:27PM
25      Q   Is there anything written on your copy   5:37:33PM
```

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2   in your handwriting?
3       A   Did I write anything, no.        5:37:37PM
4       MR. GRAFF:  Just so we can refer to --   5:37:38PM
5   be sure we're referring to identical copies,
6   I'm going to ask the court reporter to mark
7   this one as Carollo Exhibit 12 and we'll
8   refer to that.
9       (Whereupon, Complaint was marked as   5:37:51PM
10  Plaintiff's Exhibit 12 for identification,
11  as of this date.)
12  BY MR. GRAFF:                            5:37:51PM
13      Q   Mr. Carollo, I know you obtained a   5:38:26PM
14  copy of the complaint.  Did you have a chance to
15  read through it before today?
16      A   Yes.                             5:38:32PM
17      Q   And when did you last read the   5:38:34PM
18  complaint?
19      A   Maybe last Friday.  I would say   5:38:41PM
20  probably Friday.
21      Q   Other than reading the complaint, did   5:38:53PM
22  you look at any other documents in connection
23  with your anticipated deposition today?
24      A   No.                              5:39:01PM
25      Q   On the very first page of the   5:39:03PM

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2   complaint, under the subheading Preliminary
3   Statement, the first half of the first sentence
4   refers in quote marks to the blue wall of
5   silence.  Is that a phrase that you had
6   encountered ever before reading it in this
7   complaint?
8       MR. NOVIKOFF:  Objection.          5:39:20PM
9       A   Encountered it or heard it?      5:39:22PM
10      Q   Heard it.                        5:39:24PM
11      A   Yes, I've heard it before.       5:39:25PM
12      Q   What do you understand that to refer   5:39:26PM
13  to?
14      MR. NOVIKOFF:  Objection.          5:39:28PM
15      A   To not -- what do I -- to be silent   5:39:35PM
16  about anything that goes on in a police
17  department.
18      Q   I'm going to skip around to certain   5:39:49PM
19  paragraphs and Mr. Novikoff might have questions
20  about other paragraphs.  But I don't want to
21  hide the ball.  If at any point you'd like to
22  read another section before answering the
23  question, just let me know.  We can take time.
24      MR. NOVIKOFF:  If his answer is no, I   5:40:04PM
25  will have no questions.

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2   BY MR. GRAFF:                            5:40:07PM
3       Q   Skipping forward to Paragraph 14 -- we   5:40:10PM
4   don't even have to refer to it.  To your
5   knowledge, at any time that you worked at Ocean
6   Beach, was there an Ocean Beach police
7   commissioner?
8       MR. NOVIKOFF:  Objection.          5:40:30PM
9       A   I don't know.  To the best of my   5:40:34PM
10  knowledge, and maybe it was after Loeffler took
11  over that I learned that, I believe the mayor is
12  the police commissioner.
13      Q   Okay.  And have you ever heard of a   5:40:42PM
14  title Ocean Beach Police Department liaison?
15      A   No.                             5:40:49PM
16      Q   Did you -- do you know if -- other   5:40:53PM
17  than in the context of his work as mayor of
18  Ocean Beach, do you know whether current Mayor
19  Loeffler ever had any position at the Ocean
20  Beach Police Department?
21      A   Say that again.                  5:41:11PM
22      Q   Prior to the time that he became   5:41:13PM
23  mayor, do you if Mr. Loeffler ever had any
24  position with the police department?
25      A   I know his father was the original   5:41:23PM

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2   chief.  He was a Suffolk County police officer.
3   I don't know if he worked there or not before.
4       Q   Do you know or did anyone ever   5:41:36PM
5   indicate to you that as a trustee of Ocean
6   Beach, before he became mayor, Mr. Loeffler had
7   any responsibilities or role at that police
8   department?
9       MR. NOVIKOFF:  Objection.          5:41:51PM
10      A   I don't know.                    5:41:52PM
11      Q   Paragraph 19, if you could just take a   5:41:55PM
12  second to read it.  I'm not going to read the
13  whole thing out loud.
14      A   (Witness complies.)  Okay.       5:42:25PM
15      Q   Prior to reading the complaint, had   5:42:27PM
16  you ever heard of a person named Allison
17  Sanchez?
18      A   No.                             5:42:32PM
19      Q   What about Allison Chester?      5:42:33PM
20      A   No.                             5:42:35PM
21      Q   Paragraph 24.                    5:42:38PM
22      A   Okay.                           5:42:52PM
23      Q   It states, "Plaintiffs are graduates   5:42:52PM
24  of the Suffolk County police academy, having
25  successfully completed law enforcement training

TSG Reporting - Worldwide (877) 702-9580

Page 178

PAUL CAROLLO

1
2    program sanctioned by the municipal bureau of
3    police."
4         As far as you know, did you complete   5:43:05PM
5    such a training program before becoming a police
6    officer at Ocean Beach?
7         MR. NOVIKOFF:  Objection.        5:43:13PM
8    A    Have I?               5:43:14PM
9    Q    Is that the training program that you   5:43:14PM
10   went through?
11   A    Yes.                 5:43:17PM
12   Q    Paragraph 26 says, "Throughout their   5:43:21PM
13   careers with the OBPD, plaintiffs performed
14   their duties in an exemplary fashion and were
15   never the subject of a public complaint,
16   investigation or disciplinary action."
17        Up until the time of the April 2006   5:43:38PM
18   meeting, as far as you know, were any of the
19   plaintiffs ever the subject of a public
20   complaint?
21   A    No.                 5:43:48PM
22        MR. NOVIKOFF:  Objection.        5:43:49PM
23   BY MR. GRAFF:                5:43:49PM
24   Q    What about any disciplinary action   5:43:50PM
25   in the context of their employment at Ocean

TSG Reporting - Worldwide (877) 702-9580

Page 179

PAUL CAROLLO

1
2    Beach?
3         MR. NOVIKOFF:  Objection.        5:43:56PM
4    A    Not that I know of.         5:43:57PM
5         MR. GRAFF:  What's the objection?   5:43:58PM
6         MR. NOVIKOFF:  Foundation.  How does   5:43:59PM
7    this witness know?  He was a police officer.
8    How would he know that?
9         MR. GRAFF:  Okay.  I understand the   5:44:06PM
10   objection.
11        MR. NOVIKOFF:  In fact, if we could   5:44:09PM
12   try not -- if you can, please don't read the
13   allegation.  It just takes so much more
14   time.
15   BY MR. GRAFF:                5:44:18PM
16   Q    Do you know -- did anyone ever say   5:44:27PM
17   anything to you about George Hesse passing or
18   not passing a civil service sergeant's exam?
19        MR. CONNOLLY:  Objection.        5:44:39PM
20   A    Did anybody ever say anything to me?   5:44:40PM
21   I think everybody knew he failed it.
22        MR. NOVIKOFF:  Objection.  I think   5:44:45PM
23   we've all established what George passed and
24   didn't pass.  I don't think there's a
25   dispute to that.

TSG Reporting - Worldwide (877) 702-9580

Page 180

PAUL CAROLLO

1
2    BY MR. GRAFF:                5:44:54PM
3    Q    During your employment at Ocean Beach,   5:44:54PM
4    did you ever come to learn that dock masters
5    were being assigned to cover for police officers
6    as dispatchers?
7         MR. CONNOLLY:  Objection.        5:45:10PM
8    A    Ask that question again.        5:45:11PM
9    Q    As far as you know, were dock masters   5:45:14PM
10   ever assigned to cover as police dispatchers?
11   A    While they were a dock master?    5:45:22PM
12   Q    Yes.                 5:45:24PM
13   A    No.                 5:45:26PM
14   Q    Paragraph 37, I won't read it, if you   5:45:35PM
15   could just take a moment to read it yourself.
16   A    (Witness complies.)  Okay.       5:45:40PM
17   Q    Do you have any knowledge of anything   5:46:27PM
18   that's alleged in this paragraph?
19   A    No.                 5:46:30PM
20   Q    In the course of your work as a police   5:46:33PM
21   officer, did you ever have occasion, an occasion
22   when you confiscated alcoholic beverages from a
23   civilian for any reason?
24   A    Yes.                 5:46:47PM
25   Q    And as far as -- do you know what was   5:46:49PM

TSG Reporting - Worldwide (877) 702-9580

Page 181

PAUL CAROLLO

1
2    done with those alcoholic beverages after they
3    were confiscated?
4    A    They were put in the station.      5:46:58PM
5    Q    Where in the station?         5:46:59PM
6    A    In the kitchen area.          5:47:04PM
7    Q    And do you know what would happen to   5:47:06PM
8    those beverages after they were put in the
9    kitchen area?
10   A    I think the police officers would take   5:47:12PM
11   them and drink them.
12   Q    Were you ever asked or instructed by   5:47:26PM
13   anyone to confiscate particular brands of beer?
14   A    No.                 5:47:34PM
15   Q    In Paragraph 43, if you could take a   5:47:42PM
16   moment to read it.  My question is about Officer
17   Snyder and the emergency cell phone.
18   A    (Witness complies.)  Okay.       5:47:51PM
19   Q    Have you had a chance to read that   5:48:43PM
20   paragraph?
21   A    Yes.                 5:48:45PM
22   Q    Are you aware of any officers at the   5:48:46PM
23   Ocean Beach Police Department who expressed any
24   resentment toward Officer Snyder for
25   interrupting them with the emergency police cell

TSG Reporting - Worldwide (877) 702-9580

Page 182

PAUL CAROLLO

```
1                PAUL CAROLLO
2   phone?
3        A   No.                    5:49:05PM
4        Q   Do you have knowledge of anything    5:49:06PM
5   that's alleged in 43?
6        MR. NOVIKOFF:  Objection.        5:49:08PM
7        A   No.                    5:49:09PM
8        MR. NOVIKOFF:  Could you maybe short  5:49:21PM
9   circuit it to ask does he have personal
10  knowledge of anything that was in the
11  complaint, since he read the complaint, of
12  anything that was in the complaint?  And if
13  he says yes, then we can go that way.
14       MR. GRAFF:  Sure.            5:49:29PM
15  BY MR. GRAFF:                    5:49:34PM
16       Q   Were there any allegations in the    5:49:34PM
17  complaint that you had personal knowledge of?
18       A   Sorry, you have to go through it    5:49:46PM
19  again.
20       MR. NOVIKOFF:  If you have to go    5:49:48PM
21  through it again, then let's note.
22       THE WITNESS:  It's not like anything    5:49:53PM
23  really jumped out.
24  BY MR. GRAFF:                    5:49:55PM
25       Q   Paragraph 47 and 48, if you could read  5:49:56PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 183

PAUL CAROLLO

```
1                PAUL CAROLLO
2   them both, please.
3        A   (Witness complies.)  Okay.    5:50:11PM
4        Q   Do you have any guess as to the    5:50:26PM
5   individual who's identified here as a known drug
6   dealer, who that person is?
7        MR. CONNOLLY:  Objection.        5:50:37PM
8        MR. NOVIKOFF:  Note my objection.    5:50:37PM
9        MR. GRAFF:  I understand.        5:50:38PM
10       A   Yeah, could you ask the question    5:50:39PM
11  again.
12       Q   Do you have any -- do you know who the  5:50:41PM
13  known drug dealer referenced here is?
14       MR. NOVIKOFF:  Objection.        5:50:49PM
15       MR. CONNOLLY:  Objection.        5:50:50PM
16       A   I can't say I -- you're just asking a  5:50:52PM
17  general question on somebody they all assumed
18  was a drug dealer?
19       Q   Yes.  Is there a person that you're    5:50:58PM
20  aware of?
21       MR. NOVIKOFF:  Note my objection.    5:51:02PM
22       A   There was some guy I used to walk by,  5:51:03PM
23  and they said he was a big drug dealer.
24       Q   Who would say that?            5:51:08PM
25       A   Everybody.  Not everybody.  I don't   5:51:09PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 184

PAUL CAROLLO

```
1                PAUL CAROLLO
2   know who.  It was -- the whole thing was kind of
3   silly to me.  The guy walked by.  Nobody ever
4   saw him dealing drugs, but they would say he was
5   a drug dealer.  I have no specifics that -- I
6   never understood the whole thing.
7        Q   Do you remember or do you know what    5:51:27PM
8   that individual's name is, the one you're
9   referring to?
10       A   No.  I can picture him with the    5:51:34PM
11  bandanna, but I can't remember what his name
12  was, if I ever knew.  He had a wife and
13  girlfriend that used to walk around with him.
14  The wife and friend used to walk around.
15       Do you want to know what I        5:51:59PM
16  specifically remember about the thing?
17       Q   Yes.                    5:52:03PM
18       A   What we're talking about here.    5:52:03PM
19       MR. NOVIKOFF:  47 and 48?        5:52:07PM
20       THE WITNESS:  Yeah.            5:52:09PM
21       MR. NOVIKOFF:  Note my objection to   5:52:10PM
22  the question.
23       A   I don't recall -- the only thing I    5:52:13PM
24  recall about all of that is there was a time
25  that the Bosettis might have gone there to a
```

TSG Reporting - Worldwide (877) 702-9580

Page 185

PAUL CAROLLO

```
1                PAUL CAROLLO
2   party; and then I remember that that was a
3   problem, they were told not to go there.
4        Q   And told by whom?            5:52:26PM
5        A   I believe George.            5:52:28PM
6        Q   And when did that happen?        5:52:29PM
7        A   I don't remember.            5:52:31PM
8        Q   Without asking it in any specific    5:52:36PM
9   date, could you remember if it was closer to the
10  first season you worked at Ocean Beach or closer
11  to 2007?
12       A   Probably closer to the first season,  5:52:45PM
13  yeah.
14       Q   As far as you know, was George Hesse   5:52:48PM
15  personal friends with the individual who
16  everybody identified as a drug dealer?
17       MR. NOVIKOFF:  Objection.        5:52:54PM
18       MR. CONNOLLY:  Objection.        5:52:55PM
19       A   Did he talk to them?  The guy walked  5:53:00PM
20  by, and everybody said hello to him.  Did George
21  have conversations with him?  Probably.  Were
22  they close friends?  I never heard about it.  I
23  never heard it mentioned that he went to
24  Manhattan.
25       MR. NOVIKOFF:  "He" being George    5:53:14PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 186

PAUL CAROLLO

1
2     Hesse?
3         THE WITNESS:  Yes.           5:53:16PM
4     BY MR. GRAFF:                    5:53:16PM
5       Q   Did you ever hear from anyone that   5:53:16PM
6     George Hesse spent the night at that
7     individual's residence anywhere?
8         MR. CONNOLLY:  Objection.    5:53:22PM
9       A   The only thing I really remember, like 5:53:23PM
10    I said, and I could be wrong, that wasn't the
11    guy, the place we're talking about, about the
12    Bosettis going to a party or someplace that was,
13    you know, later on, like, you know what, it's
14    not a good idea to hang out there.
15      Q   As far as you know, at any point    5:53:39PM
16    during your employment at Ocean Beach, did
17    anyone live in the police barracks?
18        MR. NOVIKOFF:  Objection to form.    5:53:45PM
19      A   What do you mean, live?         5:53:49PM
20      Q   Use the police barracks as their     5:54:01PM
21    primary residence?
22      A   Ask the question again.          5:54:09PM
23      Q   As far as you know, at any time that  5:54:10PM
24    you worked at Ocean Beach, was the Ocean Beach
25    police barracks the residence or the place where

TSG Reporting - Worldwide (877) 702-9580

Page 187

PAUL CAROLLO

1
2     any police officers lived as their main dwelling
3     place?
4         MR. NOVIKOFF:  Same objection.     5:54:23PM
5       A   I believe that -- at any time while I  5:54:24PM
6     was working there or after?
7       Q   At any time that you have knowledge   5:54:31PM
8     of.
9       A   I believe that full-timers get a     5:54:34PM
10    residence.  And when Paul Trosco became a
11    full-time resident, he stayed there.
12      Q   Did you observe him staying there at   5:54:44PM
13    that time?
14      A   Yes.                        5:54:46PM
15      Q   Was that after you had stopped working 5:54:47PM
16    at Ocean Beach?
17      A   It was during one of my training    5:54:50PM
18    classes, yeah.
19      Q   And as far as what you saw, did      5:54:54PM
20    Mr. Trosco move his stuff in and move into that
21    as his actual residence?
22        MR. CONNOLLY:  Objection.     5:55:05PM
23      A   Did he move everything out of his    5:55:05PM
24    parents' house?
25      Q   Yeah.                      5:55:11PM

TSG Reporting - Worldwide (877) 702-9580

Page 188

PAUL CAROLLO

1
2       A   I don't remember.          5:55:12PM
3       Q   Do you know where his apartment was?  5:55:12PM
4       A   What do you mean?           5:55:15PM
5       Q   Did he have an apartment somewhere   5:55:16PM
6     else that he maintained at that time, as far as
7     you know?
8       A   I'm not sure.             5:55:21PM
9         MR. NOVIKOFF:  Wasn't Trosco hired   5:55:23PM
10    after your clients were fired?
11        MR. GRAFF:  Yes.            5:55:29PM
12        MR. NOVIKOFF:  Let's assume Hesse   5:55:30PM
13    committed five acts of felony by doing this,
14    what relevance does it have to this?
15    BY MR. GRAFF:                 5:55:41PM
16      Q   Could you describe what was in the   5:55:43PM
17    police barracks?  Was it like a locker room?
18      A   Yeah, but I never got a locker.  I was 5:55:49PM
19    cheated out of that.  You went upstairs --
20    actually, it was split.  There was an apartment,
21    had nothing do with the police barracks.  There
22    was another door.  You got the door to the
23    building and the door that went into the
24    barracks.  As soon as you went into the door, to
25    the left was a bathroom.  And there was a

TSG Reporting - Worldwide (877) 702-9580

Page 189

PAUL CAROLLO

1
2     hallway, and it had all lockers in it and a
3     couple of closets too, I think.  And you went
4     straight back, there was another room back there
5     that had lockers and beds.  And then there was a
6     room next to that that had lockers and beds.
7         You know what, let me rephrase that.   5:56:32PM
8     I think the first room I said, I don't know if
9     there was any lockers in there.  It might have
10    been all closets.  The other room had more
11    lockers in it and beds; and when you came out,
12    there was another -- then you went into like a
13    living room/kitchen.
14      Q   Were there any private bedrooms within 5:56:58PM
15    the barracks?
16      A   When I was there?          5:57:07PM
17      Q   Yes.                     5:57:08PM
18      A   George had a room.          5:57:09PM
19      Q   George had a room in the barracks?   5:57:10PM
20      A   Yes.                     5:57:12PM
21      Q   At what point in time did he have that 5:57:12PM
22    room?  Did he have it at all times that he
23    worked there?
24      A   Yes.                     5:57:32PM
25      Q   And did George Hesse live in that    5:57:35PM

TSG Reporting - Worldwide (877) 702-9580

Page 190

PAUL CAROLLO

1
2  room?
3      MR. CONNOLLY: Objection.        5:57:38PM
4      A    When he stayed over, he stayed in that  5:57:41PM
5  room. He lived at home with his wife and kids.
6      Q    Where is the home you're referring to?  5:57:46PM
7      A    I believe it's in Islip -- east Islip.  5:57:48PM
8      Q    Other than Mr. Trosco, did anyone else  5:57:56PM
9  live in the police barracks that you know of?
10     A    No. You're talking about a home,        5:58:04PM
11 right?
12     Q    Yeah.                         5:58:10PM
13     A    Where they live nowhere else?     5:58:10PM
14     Q    Yeah.                         5:58:13PM
15     A    No one that I know.            5:58:14PM
16     Q    And did George Hesse at all times that  5:58:15PM
17 you worked there, as far as you know, have a
18 home that was somewhere outside of Ocean Beach?
19     A    Yes. I'm trying not to get your     5:58:21PM
20 question mixed up with people coming and working
21 a whole weekend. Yes, they stayed over. When
22 they weren't working and they were partying or
23 whatever, you know, they stayed there, yes.
24     Q    Did you ever stay over in the police  5:58:39PM
25 barracks?

TSG Reporting - Worldwide (877) 702-9580

---

Page 191

PAUL CAROLLO

1
2      A    I think I might have a 9-to-5       5:58:48PM
3  shift, and I think I had court at 8:00 the next
4  morning. I think I may have stayed once.
5      Q    Earlier, when you had indicated that  5:59:03PM
6  beers that would be confiscated would go to the
7  kitchen and be consumed, who would drink those
8  beers?
9      A    Whoever. I guess they eventually made  5:59:15PM
10 their way up to the barracks.
11     Q    That would be police officers who    5:59:20PM
12 would eventually drink them?
13     MR. NOVIKOFF: Objection.        5:59:23PM
14     A    Yes.                         5:59:25PM
15     Q    Can you identify by name anybody that  5:59:27PM
16 you're aware of that would drink confiscated
17 alcohol?
18     A    Probably whoever was staying over,    5:59:34PM
19 whatever.
20     Q    As far as you know, did George Hesse  5:59:38PM
21 at any point store anything that had been
22 confiscated from civilians in his own office at
23 the police department?
24     MR. CONNOLLY: Objection.        5:59:52PM
25     A    Are you talking about the drawer?    5:59:53PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 192

PAUL CAROLLO

1
2      Q    Yes.                         5:59:54PM
3      A    What's the question?            6:00:01PM
4      Q    Well, what was the drawer that      6:00:03PM
5  you're --
6      A    The drawer where he says there's drugs  6:00:05PM
7  in there.
8      Q    In the complaint?              6:00:09PM
9      A    Yes.                         6:00:10PM
10     Q    The drawer in George Hesse's office  6:00:10PM
11 that had confiscated drugs? That's alleged.
12     MR. NOVIKOFF: Let the record reflect  6:00:17PM
13 the witness was pointing to some point of
14 the complaint. What allegation is that, so
15 we're on the same page?
16     THE WITNESS: I wasn't pointing at    6:00:23PM
17 anything specific. I just remember -- I
18 know what you're referring to.
19     MR. NOVIKOFF: There's some allegation  6:00:29PM
20 in the complaint about some drugs being in
21 George Hesse's desk.
22     MR. GRAFF: Yeah.                6:00:34PM
23 BY MR. GRAFF:                      6:00:34PM
24     Q    Do you have any knowledge of that    6:00:35PM
25 being the case?

TSG Reporting - Worldwide (877) 702-9580

---

Page 193

PAUL CAROLLO

1
2      A    Yes.                         6:00:37PM
3      Q    Do you have any knowledge of there    6:00:41PM
4  being a drawer in George Hesse's office where he
5  did store drugs?
6      MR. NOVIKOFF: Confiscated.        6:00:49PM
7      MR. CONNOLLY: Confiscated.        6:00:50PM
8      MR. GRAFF: Yeah.                6:00:51PM
9      A    Where they came from exactly, I don't  6:00:52PM
10 know. There was drugs in the drawer, yes.
11     Q    How did you know there were drugs in a  6:00:59PM
12 drawer in George Hesse's office?
13     A    Because whenever you went in to get    6:01:05PM
14 whatever else, there were drugs in there, a lot
15 of stuff in there.
16     Q    Can you remember any of the stuff that  6:01:10PM
17 you were referring to?
18     A    Not specifically. Maybe marijuana. I  6:01:13PM
19 can't remember more specific stuff. Different
20 drugs, I guess.
21     Q    Did George Hesse ever say anything to  6:01:24PM
22 you to the effect that he had used drugs?
23     A    No.                          6:01:32PM
24     Q    Have you ever known George Hesse to    6:01:33PM
25 use illegal drugs?

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2    A    No.                        6:01:38PM
3    Q    There's some allegations in the    6:01:44PM
4    complaint in general about George Hesse and
5    sexual escapades.  Without referring to anything
6    specific, had you ever -- has George Hesse ever
7    communicated to you that he had any sexual
8    relationships with any residents of Ocean Beach?
9        MR. CONNOLLY:  Objection.    6:02:06PM
10   A    Residents?  There was talk of all    6:02:08PM
11   kinds of stuff.
12   Q    Was that talk by George Hesse?    6:02:13PM
13   A    By everybody, yeah.        6:02:15PM
14   Q    Did George Hesse ever tell you that --  6:02:17PM
15   ever recount any sexual relationships that he
16   had with anyone during his employment at Ocean
17   Beach?
18       MR. CONNOLLY:  Objection.    6:02:30PM
19   BY MR. GRAFF:                    6:02:30PM
20   Q    Did he ever tell you about any sexual   6:02:30PM
21   relationships he had other than with his wife?
22   A    Their encounter or that he had sex    6:02:36PM
23   with somebody?
24   Q    Yeah.                6:02:40PM
25       MR. CONNOLLY:  Objection.    6:02:40PM

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2    A    They were always talking about sex.  I  6:02:48PM
3    don't believe half of it, because it would be
4    pretty incredible.
5    Q    Do you know the name of a person named  6:02:56PM
6    Elyse Miller?
7    A    Is she a short girl?        6:03:11PM
8    Q    I don't know what she looks like.    6:03:13PM
9    A    I'm trying to think.  The last name    6:03:16PM
10   I'm not getting, but I think I've heard of the
11   name Elyse.
12   Q    Is that something that you heard from   6:03:24PM
13   George Hesse?  Did you hear him talk about her?
14   A    I think it's someone around the town    6:03:29PM
15   if I'm thinking of the right person.  No, I
16   don't think I ever heard -- if you're asking if
17   I ever heard him or anybody saying sex with
18   Elyse, no.
19   Q    Did you ever hear anything about Frank  6:03:46PM
20   Fiorillo having any kind of sexual encounter
21   with anyone in Ocean Beach?
22   A    No.                    6:03:54PM
23   Q    Did you ever hear George Hesse use the  6:04:07PM
24   phrase "German sausage"?
25       MR. NOVIKOFF:  In reference to what?  6:04:12PM

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2        MR. GRAFF:  Anything.        6:04:14PM
3        MR. CONNOLLY:  Objection.    6:04:15PM
4    BY MR. GRAFF:                    6:04:15PM
5    Q    Metaphorically in a non-literal sense.  6:04:16PM
6        MR. CONNOLLY:  Objection.    6:04:25PM
7    A    That's a tough one.  I don't know.  I  6:04:25PM
8    could picture him saying something like that.  I
9    don't know if he ever said that or not.
10   Q    Paragraph 56, if you could flip    6:04:52PM
11   forward.
12   A    (Witness complies.)        6:04:56PM
13   Q    My question is about actually the    6:05:11PM
14   first sentence of this paragraph.
15       MR. CONNOLLY:  What number?    6:05:32PM
16       MR. GRAFF:  56.            6:05:33PM
17   A    Okay.                6:05:34PM
18   Q    I'm sorry, it probably doesn't make as  6:05:38PM
19   much sense without reading 55 first.
20       Did you ever hear anything from anyone  6:06:17PM
21   about the substance of what's alleged in 55 and
22   the first sentence of 56?
23       MR. NOVIKOFF:  Objection.    6:06:23PM
24   A    Yeah, this is the situation with the    6:06:24PM
25   kids that were staying in the apartment above

TSG Reporting - Worldwide (877) 702-9580

PAUL CAROLLO

1
2    the stores, right?
3    Q    What do you know about the situation    6:06:34PM
4    that you're referring to?
5    A    Kids dropped the beer off of the    6:06:44PM
6    balcony.  I remember the whole thing.
7    Q    Then the first sentence of 56, do you   6:06:50PM
8    remember Hesse making any statements to that
9    effect about Officer Snyder?
10       MR. NOVIKOFF:  Objection.    6:06:58PM
11   A    You know what, that's not the same    6:07:14PM
12   situation.
13   Q    I'm sorry, Officer Lamm.        6:07:16PM
14   A    It's not the same situation, though,   6:07:18PM
15   is it?
16   Q    I'm sorry to be going backwards.    6:07:39PM
17   Maybe the situation in 54, is that the one you
18   were thinking of?
19   A    Yeah.  This is different.        6:07:46PM
20       MR. NOVIKOFF:  Objection to that    6:07:50PM
21   question.  I don't know what you're asking.
22   BY MR. GRAFF:                    6:07:52PM
23   Q    Earlier, when you were referring to    6:07:53PM
24   the youths in the apartment, is that --
25   A    That's 53, yeah.            6:07:57PM

TSG Reporting - Worldwide (877) 702-9580

Page 198

PAUL CAROLLO

```
1              PAUL CAROLLO
2     Q   53 or 54?  53.  Okay?          6:08:00PM
3          MR. NOVIKOFF:  Note my objection to    6:08:04PM
4     this entire line.  It's going back and forth
5     between different paragraphs which you
6     haven't even asked this witness to read.
7     BY MR. GRAFF:                      6:08:11PM
8     Q   If you could just take one minute to   6:08:12PM
9     read 53 and 54 together.
10         MR. NOVIKOFF:  Don't you want to lay a 6:08:52PM
11    foundation as to whether this witness
12    personally witnessed any of the allegations
13    set forth in 53 and 56?  Because you haven't
14    done that yet, and that's the basis of all
15    my objections.
16         MR. GRAFF:  Okay.            6:09:05PM
17    A   Okay.                        6:09:44PM
18    Q   A few minutes ago you indicated you   6:10:16PM
19    knew all about a situation.  Is that situation
20    alleged in 53, 54, 55 or 56?
21         MR. NOVIKOFF:  Objection.        6:10:26PM
22    A   I think it kind of runs on here a    6:10:27PM
23    little bit.  I think the one I'm talking about
24    ends.  Yeah, they're two separate situations.
25    Q   Okay.  Which is the situation if you  6:10:45PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 199

PAUL CAROLLO

```
1              PAUL CAROLLO
2     could just describe in your own words?
3          MR. NOVIKOFF:  Objection.       6:10:49PM
4     A   The one in the apartment.        6:10:50PM
5          MR. NOVIKOFF:  What was your question? 6:10:51PM
6          MR. GRAFF:  I didn't want to cut  6:10:54PM
7     Mr. Carollo off.
8     BY MR. GRAFF:                      6:10:56PM
9     Q   Were you about to say something?    6:10:57PM
10    A   The one where they threw something  6:10:59PM
11    over the balcony.  The only thing, I don't
12    remember it being Snyder.  I thought it was
13    Dyer.  I know Kevin Lamm was there.
14    Q   Okay.  So you had heard about a     6:11:10PM
15    situation where youths threw something over an
16    apartment balcony and Kevin Lamm was present?
17         MR. NOVIKOFF:  Objection.        6:11:17PM
18    A   Yes.                         6:11:20PM
19    Q   And what's the basis for your       6:11:20PM
20    knowledge about that situation?  How do you know
21    about that situation?
22    A   I was there.                  6:11:27PM
23    Q   And what is it that you witnessed?  6:11:28PM
24    A   I didn't witness -- I don't know if I 6:11:31PM
25    witnessed -- I remember those guys calling,
```

TSG Reporting - Worldwide (877) 702-9580

Page 200

PAUL CAROLLO

```
1              PAUL CAROLLO
2     saying they got hit with something or something
3     to that effect.
4     Q   Did you respond as a responding     6:11:38PM
5     officer at the scene of that event?
6     A   Yes.                         6:11:42PM
7     Q   Could you describe what happened from 6:11:45PM
8     the time you arrived at that scene until you
9     left?
10    A   I went up the stairs.  Went upstairs. 6:11:52PM
11    The kids were up there.  I'm trying to think.  I
12    went into the apartment.  I think that -- I
13    don't think they had -- I don't remember if I
14    found beer.  I think I remember that they found
15    one drug paraphernalia thing.  I don't remember
16    if it was a bong.  They didn't find any drugs.
17    It was a bong or maybe a pipe.
18    Q   Was that found when you went up?    6:12:33PM
19    A   Yes, it was in the apartment.     6:12:35PM
20    Q   Who went up with you?           6:12:37PM
21    A   Obviously Kevin.  I thought it was   6:12:41PM
22    Dyer, though.  I guess George was there.  I'm
23    trying to remember.  George, Kevin.
24         You were there too, weren't you?   6:12:54PM
25         MR. NOVIKOFF:  Let the record reflect 6:12:58PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 201

PAUL CAROLLO

```
1              PAUL CAROLLO
2     the witness is referring to Mr. Fiorillo.
3     BY MR. GRAFF:                      6:13:01PM
4     Q   Since Mr. Fiorillo is not on the    6:13:03PM
5     record, he can't respond to questions.
6     A   Sorry.  I was thinking.  We went    6:13:08PM
7     upstairs and went in the apartment.  I don't
8     remember the alcohol.  They were probably
9     drinking alcohol, but I don't think there was
10    much alcohol up there.  They probably only had a
11    couple of cans.  I don't remember that it was
12    actually beer that went over.  I thought they
13    thought they spit on them or something now that
14    I'm thinking about it.  This says that they
15    dropped beer on them.  I think they thought they
16    spit on them.
17    Q   Okay.  Was anyone in that apartment  6:13:56PM
18    issued a summons?
19    A   I don't think so.             6:14:04PM
20    Q   Do you recall whether anyone attempted 6:14:06PM
21    to -- any of the officers attempted to issue a
22    summons to those individuals?
23    A   I don't recall whether anyone tried  6:14:20PM
24    to.  I would say once George was there, you have
25    your supervisor there, you're gonna follow his
```

TSG Reporting - Worldwide (877) 702-9580

Page 202

PAUL CAROLLO

1
2  direction.
3     Q   Did George Hesse give any --   6:14:27PM
4     A   And I don't think any summonses were   6:14:29PM
5  issued.
6     Q   Do you recall whether George Hesse   6:14:32PM
7  gave any direction with respect to whether
8  summonses should have been issued at that time?
9     A   I would assume that whatever he   6:14:39PM
10  decided, you know.  If he decided to issue
11  summonses, they would've been issued.  And if he
12  decided not to, they wouldn't have been.
13     Q   Did George Hesse say anything to you   6:14:48PM
14  about issuing or not issuing summonses at that
15  time to those individuals?
16     A   No, I don't think so.  Obviously, the   6:14:53PM
17  guys that were there would've issued the summons
18  if they decided to issue something.
19     Q   Were you among the guys that were   6:15:00PM
20  there?
21     A   No.  I believe they called on the   6:15:02PM
22  radio.  I don't remember how I ended up there.
23  I wasn't one of the ones standing underneath.
24  Maybe just up the block.
25     Q   I'm talking about once you went   6:15:11PM

TSG Reporting - Worldwide (877) 702-9580

Page 203

PAUL CAROLLO

1
2  upstairs and someone found drug paraphernalia,
3  were summons issued in connection with finding
4  of that drug paraphernalia?
5     A   I don't think so.   6:15:24PM
6     Q   Do you recall whether George Hesse   6:15:25PM
7  gave any direction with respect to whether
8  summonses should be issued in connection --
9     A   I don't recall.  I'm making an   6:15:31PM
10  assumption that that's how it would've went.
11     Q   Do you recall whether George Hesse   6:15:41PM
12  said anything to the individuals in that
13  apartment about Kevin Lamm?
14     A   No.   6:15:55PM
15     Q   Do you recall whether George Hesse   6:15:57PM
16  stated that Officer Lamm was a loser?
17     A   No.   6:16:04PM
18     Q   Do you recall whether George Hesse   6:16:05PM
19  said to those youths -- I'm sorry, were they
20  youths in that apartment?
21     A   Yes.   6:16:12PM
22     MR. CONNOLLY:  Objection.   6:16:13PM
23     A   What are we considering a youth?   6:16:13PM
24     Q   Do you know how old any of those   6:16:15PM
25  individuals were?

TSG Reporting - Worldwide (877) 702-9580

Page 204

PAUL CAROLLO

1
2     A   If you're 21, you're this; if you're   6:16:18PM
3  18, you're that.
4     Q   Do you know how old any of the people   6:16:23PM
5  in the apartment were?
6     A   I don't recall how old they were.  I   6:16:26PM
7  believe they were under age to be drinking, but
8  that would only make them under 21.  Were they
9  18 or were they 15, that, I don't remember.
10     Q   Do you recall whether George Hesse   6:16:36PM
11  said to those individuals that no one likes
12  Officer Lamm?
13     A   No.   6:16:45PM
14     These look like two different   6:16:48PM
15  situations, though.  You're telling me in 56,
16  where he -- that's where I think we had gotten
17  confused originally, right?
18     Q   Without referring here, I'm just   6:17:02PM
19  asking your memory of what happened when you
20  went up the steps.
21     A   No, I don't remember him saying   6:17:07PM
22  anything to that effect.
23     Q   Do you know or do you remember what   6:17:10PM
24  was done with the drug paraphernalia found in
25  the apartment?

TSG Reporting - Worldwide (877) 702-9580

Page 205

PAUL CAROLLO

1
2     A   No.  It was probably taken, but   6:17:16PM
3  that's, you know...
4     Q   You don't know either way?   6:17:19PM
5     A   When I read the thing, it came back to   6:17:21PM
6  me a little bit.  The exact specifics, I don't
7  know in that sense.  I couldn't even tell you if
8  it was either a bong or a pipe, and there is a
9  big difference between the two of them.  I can't
10  remember which one it was.
11     Q   If you could take a quick look at   6:17:50PM
12  Paragraph 58.
13     A   (Witness complies.)  Okay.  I don't   6:17:53PM
14  remember that at all.  I have no knowledge of
15  that.
16     Q   I may have asked this earlier today.   6:18:18PM
17  Did you ever respond to a domestic disturbance
18  involving Lisa Campbell?
19     A   No.  No.  That was a whole big thing   6:18:28PM
20  back and forth, right?  I never responded to any
21  of that.
22     Q   I'm not sure what you're referring to.   6:18:42PM
23     A   You're asking me about Lisa Campbell.   6:18:44PM
24     Q   Yes.   6:18:47PM
25     A   Right.   6:18:49PM

TSG Reporting - Worldwide (877) 702-9580

Page 206

PAUL CAROLLO

1
2    Q    You weren't involved in any --      6:18:50PM
3    A    I remember people talking about it,    6:18:52PM
4  because he had an order of protection against
5  her.
6    Q    Who had one?                   6:18:56PM
7    A    Or she had one against the boyfriend.  6:18:58PM
8    Q    Do you recall the boyfriend's name?   6:19:00PM
9    A    No.                          6:19:01PM
10   Q    If I said Frank Tutone, would it     6:19:02PM
11  refresh your recollection?
12   A    Yeah, that was probably it.        6:19:06PM
13   Q    Do you recall whether -- I'm sorry,  6:19:08PM
14  that was probably the name of her boyfriend?
15   A    Yeah.                         6:19:13PM
16   Q    Do you recall who had the order of   6:19:14PM
17  protection against who in that relationship?
18   A    I believe she had one against him.  6:19:24PM
19   Q    And do you recall -- I know you said  6:19:26PM
20  it wasn't you who was involved.  Do you recall
21  which police officers were involved in it?
22   A    No.  The recollection of the whole   6:19:32PM
23  thing, I think it was something that went on for
24  months or years.  I don't think it was one
25  incident in that situation.

TSG Reporting - Worldwide (877) 702-9580

Page 207

PAUL CAROLLO

1
2    Q    Are you aware of any other boyfriend  6:19:43PM
3  or -- do you know anyone else who Lisa Campbell
4  had a romantic relationship with other than
5  Frank Tutone?
6    A    No.                          6:20:00PM
7    Q    You don't have to refer specifically  6:20:03PM
8  to the complaint, but there's an allegation
9  about the Bosettis and a file cabinet in the
10  Great South Bay.  Do you know what I'm referring
11  to?
12   A    I heard of that story.            6:20:14PM
13   Q    When did you hear about that story?  6:20:16PM
14   A    Maybe about after it even happened.  6:20:18PM
15   Q    What was it that you heard about that  6:20:19PM
16  story?
17      MR. NOVIKOFF:  Objection.         6:20:22PM
18   A    They threw a file cabinet in the bay.  6:20:24PM
19   Q    Who told you about that incident?   6:20:26PM
20   A    I don't remember.  May have been when  6:20:29PM
21  I came on shift even.  May have been everybody.
22   Q    Did you ever speak with either of the  6:20:34PM
23  Bosettis about that incident?
24   A    I don't think so.              6:20:41PM
25   Q    After the plaintiffs were let go at   6:20:45PM

TSG Reporting - Worldwide (877) 702-9580

Page 208

PAUL CAROLLO

1
2  the April meeting, did you ever have any
3  discussions with George Hesse that included
4  reference to any of the plaintiffs?
5    A    I guess so.  I mean like you're     6:21:06PM
6  getting back to the blog thing and whatnot.
7  There was conversation about it all the time, I
8  guess.  We don't need to -- obviously, there was
9  all this said.  You know, they didn't like them,
10  you know.  I mean, it's not, you know...
11   Q    When you say they didn't like them?  6:21:23PM
12   A    Obviously all of the rumors,        6:21:25PM
13  everything that transpired for him to really
14  decide to want to let them go, obviously.  Then
15  this whole blog, who started the blog, whatever,
16  there was all this back and forth crap.
17   Q    There's a whole section in the       6:21:45PM
18  complaint, it starts at Paragraph 63, about a
19  Halloween incident.  Do you know what that
20  refers to?  Would you understand what I'm
21  referring to?
22   A    Yeah, I heard about the Halloween    6:21:59PM
23  incident, yeah.
24      MR. NOVIKOFF:  Ari, respectfully, I   6:22:05PM
25  think we have established through no less

TSG Reporting - Worldwide (877) 702-9580

Page 209

PAUL CAROLLO

1
2  than 15 depositions that this individual,
3  this witness was not there.  Had no part in
4  the investigation.  So anything you're going
5  to be asking him about this Halloween
6  incident is what he heard from some other
7  people.  If you want to ask him if Hesse
8  asked him anything to him about the
9  Halloween incident, that's perfect.
10      MR. GRAFF:  I think I'm going where    6:22:28PM
11  you want.
12      MR. NOVIKOFF:  Fine.              6:22:31PM
13  BY MR. GRAFF:                         6:22:31PM
14   Q    Did you ever have any discussions with  6:22:31PM
15  George Hesse about the Halloween incident?
16      MR. CONNOLLY:  Objection.          6:22:41PM
17   A    Yeah.  When you say discussions, you  6:22:42PM
18  mean he and I personally?
19   Q    Let's start with that.           6:22:46PM
20   A    I don't know if I had a personal     6:22:47PM
21  conversation with him.  Was I in a room where
22  they were talking about it, yes.
23   Q    Who else was in the room?          6:22:53PM
24   A    I don't know.                    6:22:54PM
25   Q    What did George Hesse say in reference  6:22:55PM

TSG Reporting - Worldwide (877) 702-9580

Page 210

PAUL CAROLLO

1
2  to that incident?
3      A   He talked about -- it was right after  6:22:58PM
4  it happened and Gary was let go by Paradiso.
5  And George wasn't satisfied with the story,
6  whatever, and they investigated it and changed
7  it around.
8      Q   What did George Hesse say that led you  6:23:24PM
9  to believe he wasn't satisfied with the
10 investigation?
11     A   Say that again.                  6:23:37PM
12     Q   What did George Hesse say that you  6:23:38PM
13 understood to mean that he was not happy with
14 the investigation?
15         MR. CONNOLLY: Objection to the form.  6:23:45PM
16     A   I don't think he said that he wasn't  6:23:47PM
17 happy with -- I don't think it was thought of as
18 an investigation.  You had conflicting stories.
19 Obviously, you had their story, and then you had
20 the Bosettis' story.
21     Q   By "their story," whose story are you  6:23:58PM
22 referring to?
23     A   I'm not even sure if Frank was there.  6:24:05PM
24 Whoever was on that night of Halloween.
25     Q   When you say that they changed it  6:24:10PM

TSG Reporting - Worldwide (877) 702-9580

Page 211

PAUL CAROLLO

1
2  around, what --
3      A   Well, obviously from, you know, Gary  6:24:14PM
4  was rehired.  So whatever was felt -- changed in
5  the sense of whoever felt it was, you know, the
6  victim and who was the assailant, assaulter, the
7  defendant.
8      Q   Did Gary Bosetti ever say anything to  6:24:31PM
9  you about the Halloween incident?
10     A   I don't think so.                6:24:40PM
11     Q   Did you hear Gary Bosetti, maybe not  6:24:40PM
12 to you, but ever say anything about the
13 Halloween incident to anyone?
14     A   I heard the story that -- I don't know  6:24:51PM
15 who -- something about a lady was in a bathroom.
16 Someone barged in on her or maybe she was in
17 there too long and one of these guys, whatever
18 it was, barged in on her or kept banging on the
19 door or whatever --
20     Q   Who told you that?              6:25:13PM
21     A   I don't know.                    6:25:14PM
22     Q   Did you ever hear Richard Bosetti say  6:25:15PM
23 anything about the Halloween incident?
24     A   They've all talked about it.  If  6:25:33PM
25 you're asking me -- I know you're trying to ask

TSG Reporting - Worldwide (877) 702-9580

Page 212

PAUL CAROLLO

1
2  me a specific thing, and I can't say Richard
3  said this, that and the other thing.  Obviously
4  the whole place was upset and pissed off about
5  the whole thing.  So it was obviously a heavy
6  topic of conversation at the time.
7      Q   Did anyone ever say to you that --  6:25:50PM
8      A   I've never heard anything outside the  6:25:54PM
9  story of the way it was finalized.  Right, wrong
10 or different, I have no opinion.  I wasn't
11 there.  But anything that anybody would've said
12 would be that Gary didn't start the fight.
13     Q   Did anyone ever tell you that the  6:26:08PM
14 Halloween incident had anything to do with why
15 any of the plaintiffs were let go?
16         MR. NOVIKOFF: Objection to the form.  6:26:15PM
17     A   No.                             6:26:18PM
18     Q   Do you remember anyone ever saying  6:26:22PM
19 anything about the reasons why any of the
20 plaintiffs were let go?
21         MR. NOVIKOFF: At any time?        6:26:39PM
22         MR. GRAFF: Yes.                  6:26:41PM
23     A   I mean, the gist of the whole thing is  6:26:42PM
24 George, unfortunately, didn't like them.
25 Whatever went back and forth -- I'm not saying

TSG Reporting - Worldwide (877) 702-9580

Page 213

PAUL CAROLLO

1
2  who's right or wrong.  The way the situation
3  went down, I feel really bad about, and I don't
4  think it was the best way to handle it.  But
5  needless to say, the specifics of whatever -- I
6  guess the basic thing I would get out of it,
7  they had their opinion of the way things should
8  be and George had his, and they chose -- felt
9  George was wrong or whatever.  And, you know,
10 whoever's right or wrong, that's when he was in
11 charge and he decided that's one of the things
12 he was going to do.
13     Q   Did George Hesse ever indicate to you  6:27:28PM
14 in substance that one of the reasons he didn't
15 like any of the plaintiffs was the Halloween
16 incident?
17         MR. CONNOLLY: Objection.  Asked and  6:27:36PM
18 answered.
19     A   No.  Was it a mixture of a whole bunch  6:27:37PM
20 of things?  I don't know what was going on in
21 George's head.  It's pretty self-explanatory
22 that he doesn't -- I'm not saying who's right or
23 wrong.  Differences in opinion and whatnot.  I
24 don't think it was because of the Halloween
25 incident or whatever.  I never heard that.  I

TSG Reporting - Worldwide (877) 702-9580

Page 214

PAUL CAROLLO

1
2   never heard him say, oh, because of Halloween,
3   that's why he fired them.  Were they pissed off
4   about that?  Obviously they went a different
5   direction of what the officers of the night felt
6   was what happened.
7        Q    Other than putting aside the Halloween   6:28:13PM
8   incident -- withdrawn.
9            (Whereupon, a discussion was held off   6:28:19PM
10      the record.)
11          MR. GRAFF:  This will be the next   6:33:46PM
12      exhibit.
13          (Whereupon, Bates document 4431 was   6:33:48PM
14      marked as Plaintiff's Exhibit 13 for
15      identification, as of this date.)
16   BY MR. GRAFF:                        6:33:48PM
17       Q    Mr. Carollo, I'm not going to continue   6:35:31PM
18   going through anything in the complaint.  But
19   I'd ask, now that we've gone through some of it,
20   do you recall whether there were any other
21   allegations that we haven't discussed that
22   jumped out at you?
23       A    No.                         6:36:24PM
24       Q    Okay.  So let's put that aside.   6:36:24PM
25       A    (Witness complies.)         6:36:29PM

TSG Reporting - Worldwide (877) 702-9580

Page 215

PAUL CAROLLO

1
2        Q    Did George Hesse ever say anything   6:36:30PM
3   that you heard in connection with employment
4   references for the plaintiffs after they were
5   terminated?
6           MR. NOVIKOFF:  Objection.      6:36:37PM
7           MR. CONNOLLY:  Objection.     6:36:40PM
8       A    Ask the question again.      6:36:45PM
9       Q    Let me ask it slightly differently.   6:36:47PM
10          Did George Hesse ever say anything to   6:36:49PM
11   you or in your presence about plaintiffs' search
12   for jobs after they were fired from Ocean Beach?
13      A    I believe he had said one time that, I   6:37:01PM
14   guess, they were looking for a job in
15   Southampton.
16      Q    And do you recall if he said who   6:37:07PM
17   specifically was looking for a job there?
18      A    No, I can't say which one         6:37:11PM
19   specifically.
20      Q    And what did he say?            6:37:14PM
21      A    He got a call from Southampton.   6:37:16PM
22      Q    Did he say anything else about the   6:37:19PM
23   call?
24      A    I guess not really.  He was probably   6:37:30PM
25   indicating, like anybody, if you let somebody

TSG Reporting - Worldwide (877) 702-9580

Page 216

PAUL CAROLLO

1
2   go, you're not gonna give a good recommendation.
3   I guess that's why you don't usually use your
4   last employer as a recommendation.  I don't
5   remember any specific things.  Obviously that he
6   wasn't giving the greatest recommendation.
7       Q    Do you recall in substance that he   6:37:52PM
8   said he didn't give a positive recommendation?
9       A    No.                         6:37:56PM
10          MR. NOVIKOFF:  Objection.       6:37:57PM
11      A    It's more of an indication.  I can't   6:37:59PM
12   say specifically what it was that he said.
13          MR. NOVIKOFF:  What was that last   6:38:05PM
14   part?
15          THE WITNESS:  I can't remember   6:38:07PM
16   specifically --
17          MR. NOVIKOFF:  She can read it.   6:38:18PM
18          (Whereupon, the requested portion was   6:38:19PM
19      read back by the court reporter:  It's more
20      of an indication.  I can't say specifically
21      what it was that he said.)
22   BY MR. GRAFF:                        6:38:19PM
23       Q    Other than in connection with   6:38:21PM
24   Southampton, were there any other times that
25   George Hesse said anything about plaintiffs and

TSG Reporting - Worldwide (877) 702-9580

Page 217

PAUL CAROLLO

1
2   subsequent employment?
3       A    No.                         6:38:27PM
4       Q    When was the most recent time that you   6:38:34PM
5   spoke to any of the plaintiffs, other than
6   today?
7       A    I probably haven't spoken to them   6:38:46PM
8   since probably '06.
9       Q    And just to be clear for the record,   6:38:54PM
10   Frank Fiorillo is present today.  And I know you
11   had exchanged hellos.
12      A    Yeah.                        6:39:03PM
13      Q    Did you and Frank today discuss   6:39:03PM
14   anything about your testimony?
15      A    No.                         6:39:06PM
16      Q    When did you first find out that the   6:39:11PM
17   plaintiffs had filed a lawsuit against Ocean
18   Beach?
19      A    I can only imagine that -- what's the   6:39:19PM
20   date on it?  I'm sure not too long after it was
21   filed.  As long as I was still working there.
22      Q    And do you know who the source of your   6:39:32PM
23   information about the lawsuit was at that time?
24      A    No.                         6:39:39PM
25      Q    Did George Hesse ever say anything to   6:39:40PM

TSG Reporting - Worldwide (877) 702-9580

Page 218

PAUL CAROLLO

1   PAUL CAROLLO
2   you about this lawsuit?
3        MR. NOVIKOFF:  Objection to the form.   6:39:50PM
4      A   Obviously, the thing's been in       6:39:53PM
5   conversation.  So I'm not sure what it is that
6   you're -- I've certainly -- certainly the
7   conversation has come up.
8      Q   Do you recall anything that he said in   6:40:09PM
9   conversation about the lawsuit?
10     A   Specifics, no.  Obviously, he's not   6:40:16PM
11  happy about it.  Thinks it's ridiculous, yes.
12     Q   When was the last time you spoke to   6:40:21PM
13  George Hesse, the most recent time?
14     A   I tried to call him not that long ago.  6:40:43PM
15  The conversation didn't go that well.  I'd say
16  December.
17     Q   Is that the conversation that didn't   6:40:50PM
18  go very well?
19     A   No, December, I saw him.  December of   6:40:52PM
20  '08.
21     Q   Did you speak to him in December '08?   6:40:55PM
22     A   Briefly.  It was actually a shift       6:41:00PM
23  change.  I was going in for training.
24     Q   A shift change where?              6:41:05PM
25     A   He was leaving, I was going in.       6:41:06PM

TSG Reporting - Worldwide (877) 702-9580

Page 219

PAUL CAROLLO

1   PAUL CAROLLO
2      Q   At what location?               6:41:08PM
3      A   The parking lot.  What's it called    6:41:10PM
4   again?  It's the parking lot at the lighthouse.
5      Q   Was that when you were there for that  6:41:22PM
6   one shift for training?
7      A   Yes.                          6:41:25PM
8      Q   Did you ever discuss anything about   6:41:27PM
9   any of the plaintiffs, anything, with Mayor
10  Loeffler?
11     A   No.                          6:41:36PM
12     Q   What about with Mayor Rogers?      6:41:37PM
13     A   No.                          6:41:40PM
14     Q   Do you know who Maryanne Minerva is?  6:41:41PM
15     A   Yes.                          6:41:43PM
16     Q   Did you ever speak with her about any  6:41:44PM
17  of the plaintiffs?
18     A   No.                          6:41:46PM
19     Q   Earlier you had referred to a Gurden.  6:41:53PM
20     A   Yeah.                         6:42:00PM
21     Q   Who's the person you're referring to?  6:42:00PM
22     A   Dave Gurden.                    6:42:02PM
23     Q   When did you first meet Dave Gurden?  6:42:03PM
24     A   The first year -- I don't know.  Must  6:42:11PM
25  have been -- well, he was there in 2005.  I

TSG Reporting - Worldwide (877) 702-9580

Page 220

PAUL CAROLLO

1   PAUL CAROLLO
2   don't think he was there my first year.  So it
3   was probably 2005.
4      Q   And was he still working there in    6:42:22PM
5   March 2007?
6      A   No.                          6:42:26PM
7      Q   Did you ever work on the same shift as  6:42:26PM
8   Dave Gurden?
9      A   Yes.                          6:42:30PM
10     Q   Do you know why Dave Gurden stopped   6:42:32PM
11  working in Ocean Beach?
12        MR. NOVIKOFF:  Objection.         6:42:35PM
13     A   He was fired.                   6:42:37PM
14     Q   Who told you that he was fired?      6:42:39PM
15        MR. CONNOLLY:  Objection.         6:42:45PM
16     A   I don't know.                    6:42:48PM
17     Q   Did you ever discuss Dave Gurden's   6:42:49PM
18  being fired with George Hesse?
19     A   I'm sure the conversation's come up.   6:43:10PM
20        MR. NOVIKOFF:  Wasn't Gurden fired   6:43:12PM
21  after April 2006?  Why is this relevant?
22  BY MR. GRAFF:                        6:43:18PM
23     Q   Did George Hesse indicate or        6:43:20PM
24  communicate to you any reason why Dave Gurden
25  was fired?

TSG Reporting - Worldwide (877) 702-9580

Page 221

PAUL CAROLLO

1   PAUL CAROLLO
2      A   Because he was photocopying paperwork.  6:43:26PM
3      Q   Do you know what paperwork he was    6:43:28PM
4   fired for copying?
5      A   It might have been this.  I'm not     6:43:41PM
6   200 percent sure of it.  This case.  I'm not
7   really -- I'm not 100 percent sure of this.  I
8   think it was stuff like this, though.  It was
9   another lawsuit or this lawsuit.
10     Q   I don't understand that.  He was fired  6:44:02PM
11  for copying paperwork in connection with this
12  lawsuit that you're testifying in?
13        MR. CONNOLLY:  Are you asking?      6:44:12PM
14  BY MR. GRAFF:                        6:44:12PM
15     Q   I'm asking if that's your          6:44:14PM
16  understanding.
17        MR. NOVIKOFF:  He said maybe.       6:44:15PM
18  Objection.
19     A   Yeah.  He was fired for photocopying   6:44:17PM
20  something off of George's desk.
21     Q   Do you know who fired him?         6:44:24PM
22     A   George.                        6:44:25PM
23     Q   Did George tell you that he fired Dave  6:44:26PM
24  Gurden?
25     A   Personally?                     6:44:30PM

TSG Reporting - Worldwide (877) 702-9580

Page 222

PAUL CAROLLO

1
2    Q    Yes.                         6:44:31PM
3    A    I don't recall.             6:44:32PM
4    Q    Other than the plaintiffs and        6:44:37PM
5    Mr. Gurden, have any other police officers been
6    fired at Ocean Beach during the course of your
7    employment there, as far as you know?
8         MR. NOVIKOFF:  Objection.       6:44:49PM
9    A    No.                          6:44:52PM
10   Q    Prior to the time when Dave Gurden was  6:44:55PM
11   fired, had anyone ever told you that
12   photocopying things without authorization would
13   be grounds for termination?
14        MR. NOVIKOFF:  Objection.       6:45:08PM
15   A    I believe that one of the other       6:45:13PM
16   officers saw Dave photocopy it and put the copy
17   in his bag.
18   Q    What officer do you believe saw that?  6:45:22PM
19   A    Embry.                       6:45:26PM
20   Q    And what's the basis for your belief  6:45:27PM
21   that he observed that?
22   A    That's how I heard the story.     6:45:32PM
23   Q    You heard it from Officer Embry?    6:45:34PM
24   A    I don't know if the first time I heard  6:45:42PM
25   it was from him.  I can't say.  I don't think I

TSG Reporting - Worldwide (877) 702-9580

Page 223

PAUL CAROLLO

1
2    heard the original thing, what happened from him.
3    But later on did he say something?  It's
4    possible.
5    Q    Did George Hesse ever say to you that   6:45:54PM
6    the documents that Gurden allegedly copied had
7    something to do with some lawsuit?
8    A    I don't know if it was George that    6:46:08PM
9    said it or someone else.
10   Q    If it was someone else, would it be a  6:46:14PM
11   specific person that you have in mind or you're
12   you just not sure?
13        MR. NOVIKOFF:  Objection.        6:46:19PM
14        MR. CONNOLLY:  Objection.        6:46:21PM
15   A    I'm not sure.                6:46:23PM
16   Q    Did you ever speak with Officer --    6:46:24PM
17   Mr. Gurden after he was fired?
18        A    No.                     6:46:30PM
19   Q    I asked the court reporter what will   6:46:45PM
20   be the last exhibit today, Carollo Exhibit 13.
21   It's a one-page document bearing Bates Number
22   4431.  (Handing.)
23        Actually, before I turn to this       6:46:57PM
24   document, Mr. Carollo, if I could just backtrack
25   for one second.

TSG Reporting - Worldwide (877) 702-9580

Page 224

PAUL CAROLLO

1
2         Had you ever heard George Hesse      6:47:11PM
3    express any kind of dissatisfaction or problem
4    with Dave Gurden prior to the incident that led
5    to his termination?
6         MR. NOVIKOFF:  Objection.        6:47:24PM
7         MR. CONNOLLY:  Objection.        6:47:25PM
8    A    Yeah.  There was some things that I   6:47:31PM
9    don't think he liked the way he was starting to
10   operate.
11   Q    Can you elaborate on that at all?     6:47:37PM
12        MR. NOVIKOFF:  Is there something     6:47:41PM
13   relevant to Gurden being terminated, other
14   than it's part of a D.A. investigation?
15   A    I think Dave was just a loudmouth.    6:48:05PM
16   Q    Did George Hesse express or         6:48:11PM
17   communicate to you --
18   A    No, not personally.           6:48:15PM
19   Q    Do you know if anyone else in the     6:48:17PM
20   department ever had problems with Dave Gurden
21   that they communicated to -- did anyone else
22   ever tell that you they had problems with Dave
23   Gurden before he was terminated?
24   A    No.                         6:48:30PM
25   Q    Do you have any reason at all to      6:48:33PM

TSG Reporting - Worldwide (877) 702-9580

Page 225

PAUL CAROLLO

1
2    believe that Dave Gurden was not a good cop up
3    until the incident that led to him being
4    terminated?
5         MR. NOVIKOFF:  Objection.        6:48:42PM
6         MR. CONNOLLY:  Objection.        6:48:43PM
7    A    No.                         6:48:43PM
8    Q    What's been marked as Carollo        6:48:44PM
9    Exhibit 13, do you recognize that document?
10   Please take a moment to read it.
11   A    I did.  Yeah.  I forgot about it.  I  6:48:57PM
12   don't know where it is, but yes.
13   Q    Is this a letter that you received?   6:49:03PM
14   A    I believe so, yeah.          6:49:06PM
15   Q    Earlier you had mentioned that it was  6:49:09PM
16   your understanding that you need to work at
17   least one shift to maintain your status.  Is
18   this letter the source of --
19   A    Yes.  Well, I may have known that    6:49:21PM
20   beforehand.
21   Q    Were you at some point put on modified  6:49:31PM
22   duty as a police officer at Ocean Beach?
23   A    I don't know what it was classified as.  6:49:40PM
24   I wasn't working.
25   Q    The very last sentence of this letter  6:49:45PM

TSG Reporting - Worldwide (877) 702-9580

Page 226

PAUL CAROLLO

1
2    states, "Upon the successful completion of court
3    actions, we would like to reinstate you to your
4    previous assignment."
5        Do you know what the court actions        6:49:55PM
6    being referred to here are?
7        A    The criminal case.        6:50:00PM
8        Q    And has that been completed, as far as    6:50:03PM
9    you know?
10       A    Yes.        6:50:06PM
11       Q    Did you at any point seek        6:50:07PM
12   reinstatement to your previous assignment at
13   Ocean Beach?
14       A    Say that again. I wasn't asked back.   6:50:15PM
15       MR. CONNOLLY: That wasn't the        6:50:20PM
16   question.
17   BY MR. GRAFF:        6:50:21PM
18       Q    Did you ever ask to come back?        6:50:22PM
19       MR. CONNOLLY: You had a pending        6:50:26PM
20   question, Ari. Let him answer that question
21   and go into the next.
22       MR. GRAFF: I'm sorry, could you read   6:50:33PM
23   back the pending question.
24       (Whereupon, the requested portion was   6:50:37PM
25   read back by the court reporter: Did you at

TSG Reporting - Worldwide (877) 702-9580

Page 227

PAUL CAROLLO

1
2    any point seek reinstatement to your
3    previous assignment at Ocean Beach?)
4        A    I had been indicated and told, just    6:50:56PM
5    even with trying to get an attorney for this,
6    that I'm not an employee.
7        Q    Did you ever ask anyone if you could   6:51:03PM
8    get your old position back?
9        A    It was pretty much indicated to me    6:51:08PM
10   that I was not welcome back.
11       Q    Who indicated that to you?        6:51:12PM
12       A    Just the gist of things.        6:51:14PM
13       Q    Was there any person who was the     6:51:16PM
14   source of your information on what you
15   characterized as the gist?
16       A    I think the 20 guys that were staring   6:51:21PM
17   me down through the court case.
18       Q    I know this was an issue that you were   6:51:33PM
19   uncomfortable with. I don't want to ask a whole
20   lot of questions about it. Could you describe
21   what your involvement in that court case was?
22       MR. NOVIKOFF: Wait a minute. You're    6:51:43PM
23   going to ask him now at 6:50 p.m. what his
24   involvement was with the Gilbert case, a
25   case in which he was indicted for and which

TSG Reporting - Worldwide (877) 702-9580

Page 228

PAUL CAROLLO

1
2    the charges were dismissed? Literally, that
3    question could take two hours.
4        MR. GRAFF: Very briefly.        6:52:05PM
5        MR. NOVIKOFF: What does that mean?   6:52:09PM
6    Do you want him to go through the incident
7    that night, the events after the incident
8    that night, his conversation with the D.A.?
9    What testimony he gave at court?
10       MR. GRAFF: I don't want to go through   6:52:20PM
11   everything in painful detail.
12   BY MR. GRAFF:        6:52:23PM
13       Q    Did you testify at a criminal trial in   6:52:24PM
14   connection with Ocean Beach?
15       A    Yes.        6:52:28PM
16       Q    Who were the defendants at this time?   6:52:31PM
17       MR. NOVIKOFF: I think we can        6:52:33PM
18   stipulate who the defendants are.
19       A    Hesse and Hardman.        6:52:38PM
20       Q    Briefly, what was the substance of    6:52:43PM
21   your testimony?
22       MR. NOVIKOFF: Note my objection. I    6:52:46PM
23   think not only is the form of the question
24   objectionable, I'm going on the record that
25   this is now palpably irrelevant to any of

TSG Reporting - Worldwide (877) 702-9580

Page 229

PAUL CAROLLO

1
2    the issues in this lawsuit. I cannot
3    instruct this witness not to answer the
4    question. If he was my witness, I would,
5    but I can't instruct him not to answer.
6        MR. GRAFF: Because you don't        6:53:12PM
7    represent the witness?
8        MR. NOVIKOFF: Exactly.        6:53:14PM
9        MR. GRAFF: You represent the Ocean    6:53:15PM
10   Beach defendants except for George Hesse?
11       MR. NOVIKOFF: Right. So I can't       6:53:19PM
12   instruct the witness not to answer a
13   question.
14       THE WITNESS: Do you want to call the   6:53:35PM
15   judge again?
16   BY MR. GRAFF:        6:53:37PM
17       Q    There was information that was not    6:53:37PM
18   clear to me until you indicated to the judge
19   earlier today that you did not take a guilty
20   plea. Is that the case? That is, did you take
21   a guilty plea, plead guilty?
22       A    No. This is all easy information you   6:53:54PM
23   guys could find out.
24       MR. NOVIKOFF: This is all public       6:53:58PM
25   information, Ari. There's no secret here

TSG Reporting - Worldwide (877) 702-9580

Page 230

PAUL CAROLLO

1
2     with regard to what took place.  There's
3     trial transcripts.  I mean to ask this
4     witness to go through what he may or may not
5     have pled to, what the disposition of his
6     indictment was, what he testified to, I
7     mean, I don't get it.  I hate to be
8     obstructionist.  I try not to be.  But we
9     know what happened.  There were allegations
10    of beating of Mr. Gilbert by one or more
11    police officers.  They were indicted.  Two
12    of them went to trial.  One of them I think
13    pled and one of them we found discontinued.
14    The jury came back with a complete
15    acquittal.  There was a civil trial.
16    According to Newsday, that settled.  Again,
17    we can do this for an hour, if you want.
18    I'm not trying to be an asshole here.  What
19    do you need to get from this witness that
20    you can't get from what's already out there
21    in the public?  That's really what it comes
22    down to.
23         MR. GRAFF:  I don't want to harass the  6:55:05PM
24    witness, and I don't want to prolong this.
25

TSG Reporting - Worldwide (877) 702-9580

Page 231

PAUL CAROLLO

1
2     BY MR. GRAFF:                        6:55:08PM
3         Q   Other than that criminal case, were  6:55:08PM
4     you personally involved in any way in any other
5     allegations against George Hesse involving
6     claims of brutality?
7         A   You gotta ask me that question again.  6:55:24PM
8         MR. NOVIKOFF:  Other than what may    6:55:27PM
9     have been alleged against you with regard to
10    the Samuel Gilbert incident, were any
11    allegations ever made against you in any
12    other complaint concerning police brutality
13    at Ocean Beach?
14         THE WITNESS:  No.                  6:55:42PM
15    BY MR. GRAFF:                        6:55:42PM
16        Q   Were you ever a witness to any other  6:55:44PM
17    events that, as far as you know, are the basis
18    for allegations of police brutality against
19    Ocean Beach?
20        A   No.                           6:55:52PM
21        Q   Did George Hesse ever say anything to  6:55:52PM
22    you involving or concerning any allegations of
23    police brutality made against him, other than
24    this criminal case?
25        A   Repeat that question.          6:56:05PM

TSG Reporting - Worldwide (877) 702-9580

Page 232

PAUL CAROLLO

1
2         Q   Other than the case that you were    6:56:06PM
3     involved in in 2007, did George Hesse ever say
4     anything to you about any other police brutality
5     cases that he was involved in?
6         A   No.                           6:56:16PM
7         MR. CONNOLLY:  Objection to the form.  6:56:16PM
8     BY MR. GRAFF:                        6:56:17PM
9         Q   As far as you know, has George Hesse  6:56:23PM
10    been involved in any other police brutality
11    cases?
12        MR. NOVIKOFF:  Note my objection.   6:56:29PM
13        MR. CONNOLLY:  Objection.          6:56:31PM
14        MR. NOVIKOFF:  Again, the problem with  6:56:35PM
15    that question is if this witness personally
16    witnessed, and he's already answered that he
17    hasn't, then he can answer your question.
18    If it's not based upon personal knowledge,
19    then it's based upon some hearsay or some
20    third parties, and I think you've already
21    asked that question as well.  That's the
22    basis of my objection.
23        MR. CONNOLLY:  You're making reference  6:56:59PM
24    to cases.  So I'm assuming that's lawsuits?
25

TSG Reporting - Worldwide (877) 702-9580

Page 233

PAUL CAROLLO

1
2     BY MR. GRAFF:                        6:57:02PM
3         Q   As far as you know, have there been  6:57:04PM
4     other lawsuits in which George Hesse was named
5     as a defendant that related to allegations of
6     police brutality?
7         A   I don't know what any cases are really  6:57:12PM
8     related to.
9         MR. GRAFF:  Let me take a brief      6:57:27PM
10    moment.
11        MR. NOVIKOFF:  Sure.               6:57:30PM
12        MR. CONNOLLY:  Great.              6:57:32PM
13        (Whereupon, a discussion was held off  6:57:33PM
14    the record.)
15    BY MR. GRAFF:                        6:57:33PM
16        Q   Are you aware of any lawsuit at Ocean  6:59:03PM
17    Beach at which Jesse Prisco was a plaintiff?
18        A   Jesse Prisco?  I believe -- is that   6:59:12PM
19    the name of the -- there's one other case on
20    there, right?  Two cases?  You're asking me
21    questions I don't really know answers to.  I'm
22    guessing.
23        MR. CONNOLLY:  Don't guess.         6:59:30PM
24    BY MR. GRAFF:                        6:59:30PM
25        Q   Did you respond at the scene as a     6:59:33PM

TSG Reporting - Worldwide (877) 702-9580

Page 234

PAUL CAROLLO

1
2    responding officer in connection with anything
3    that gave rise to a lawsuit by Jesse Prisco that
4    you're aware of?
5        A    That's the lawyer case?        6:59:45PM
6        Q    I believe Mr. Prisco is a lawyer.    6:59:49PM
7        A    I'm going to have to ask you if you're  6:59:54PM
8    telling me there's a suit.
9        Q    Did you -- do you know who Jesse    7:00:00PM
10   Prisco is?
11       A    I think so.            7:00:04PM
12       Q    Did you respond to the scene of an  7:00:06PM
13   incident involving Jesse Prisco at which Frank
14   Fiorillo was also present?
15       A    Yes.  Actually, I don't really recall  7:00:15PM
16   whether Frank was there or not.
17       Q    What do you recall of your involvement  7:00:21PM
18   in that incident?
19       A    My involvement?  We responded to a  7:00:30PM
20   noise complaint.
21       Q    At a residence in Ocean Beach?    7:00:36PM
22       A    Yes.                7:00:38PM
23       Q    At the time that you responded, had  7:00:39PM
24   Mr. Prisco been arrested?
25       A    No.  He was arrested afterwards.  7:00:46PM

TSG Reporting - Worldwide (877) 702-9580

Page 235

PAUL CAROLLO

1
2        Q    Was Mr. Prisco, based on your    7:00:48PM
3    observation, injured at the time that you
4    responded?
5        A    I don't know if he was -- George broke  7:00:59PM
6    his finger.  And Prisco, I don't remember if he
7    had an injury or not.
8        Q    George broke George's finger?    7:01:07PM
9        A    Pinkie.            7:01:09PM
10       Q    Did George Hesse say anything to you  7:01:09PM
11   about how he broke his finger?
12       A    Arresting Prisco.        7:01:14PM
13       Q    How did he come to break his -- did he  7:01:15PM
14   explain how he came to break his finger in the
15   course of arresting Prisco?
16       A    No.  Obviously, in arresting, you  7:01:23PM
17   know, I guess he didn't just put his hands
18   behind his back.
19       Q    Did George Hesse say anything to you  7:01:33PM
20   about the details of what happened between the
21   time that he arrived at the scene and he broke
22   his finger?
23       A    I don't understand the question.    7:01:47PM
24   Obviously, they got into a fight to arrest him.
25   I don't know what Prisco's injuries are.  I

TSG Reporting - Worldwide (877) 702-9580

Page 236

PAUL CAROLLO

1
2    don't know for sure that there's a lawsuit.
3            MR. NOVIKOFF:  Did he witness any    7:01:59PM
4        physical altercation between George Hesse
5        and Prisco?
6    BY MR. GRAFF:                7:02:03PM
7        Q    Did you witness a physical altercation  7:02:04PM
8    between the two of them?
9        A    Yeah, they arrested him.        7:02:07PM
10       Q    Were you there when there was that  7:02:09PM
11   physical altercation?
12       A    Yes.                7:02:12PM
13       Q    What did you witness?        7:02:12PM
14       A    Prisco resisting and George and Arnie  7:02:14PM
15   handcuffing him.
16       Q    When you arrived at the scene, where  7:02:18PM
17   was Mr. Prisco?
18       A    In his house.            7:02:21PM
19       Q    Inside of his house?        7:02:22PM
20       A    Yes.                7:02:23PM
21       Q    Was George Hesse already present at  7:02:24PM
22   the scene at that time?
23       A    Was George already present?  No.  7:02:32PM
24       Q    Was any officer present when you    7:02:37PM
25   arrived?

TSG Reporting - Worldwide (877) 702-9580

Page 237

PAUL CAROLLO

1
2        A    No.                7:02:42PM
3        Q    Why did you respond --        7:02:42PM
4        A    Noise complaint.            7:02:45PM
5        Q    Do you know who made that complaint?  7:02:47PM
6        A    No.                7:02:50PM
7        Q    When you got there, what was the first  7:02:50PM
8    thing you did?
9            MR. NOVIKOFF:  Are we trying the  7:02:55PM
10       Prisco case now?
11           MR. GRAFF:  No.            7:02:59PM
12           MR. NOVIKOFF:  I understand why you  7:03:00PM
13       would want to discuss the Prisco case.  I
14       don't think it's relevant.  But this witness
15       has already indicated that he witnessed
16       George Hesse and I guess Mr. Hardman trying
17       to arrest him, and the other person --
18           MR. GRAFF:  Right.  I just want to get  7:03:15PM
19       the events that led up to the physical
20       altercation.
21           MR. NOVIKOFF:  For what purpose?    7:03:19PM
22       Fine.  I'm sorry.
23   BY MR. GRAFF:                7:03:24PM
24       Q    After you arrived at the scene, what  7:03:26PM
25   did you do?

TSG Reporting - Worldwide (877) 702-9580

Page 238

PAUL CAROLLO

1
2     A    Called -- first off, is there a        7:03:31PM
3  lawsuit?
4         MR. NOVIKOFF:  Yeah, there is a         7:03:37PM
5  lawsuit.  And I don't know if criminal
6  charges have been filed either.
7         MR. GRAFF:  Has Newsday reported that   7:03:42PM
8  that's been resolved?
9         MR. NOVIKOFF:  Newsday isn't the        7:03:45PM
10  beacon of all information.  You're asking
11  this witness to testify about a lawsuit.
12         MR. GRAFF:  No, I'm not asking him      7:03:51PM
13  about the lawsuit.
14         MR. NOVIKOFF:  There's a lawsuit        7:03:53PM
15  involving the village and Prisco.  Now
16  you're asking him questions that are germane
17  to another lawsuit that this witness can or
18  cannot be brought into, civilly, perhaps.  I
19  don't know.
20         MR. GRAFF:  Ken, I'm going to ask you   7:04:05PM
21  to please stop commenting on this.
22         MR. NOVIKOFF:  All right.  I don't      7:04:11PM
23  know if there's been any criminal charges
24  filed.
25

TSG Reporting - Worldwide (877) 702-9580

Page 239

PAUL CAROLLO

1
2  BY MR. GRAFF:                                  7:04:15PM
3     Q    When you arrived at the scene, what's  7:04:17PM
4  the first thing --
5     A    Am I supposed to stick to what it is   7:04:20PM
6  we're here for now?
7     Q    Can you answer?                        7:04:28PM
8     A    If we're going to go into a whole      7:04:30PM
9  other thing.  You're going into a whole other
10  case.
11     Q    I don't think we're taking a long     7:04:37PM
12  detour into the other case.  I just want to know
13  what happened when you got there through the
14  conclusion of the physical altercation that you
15  witnessed.
16         MR. NOVIKOFF:  That could be an hour    7:04:49PM
17  on a matter in which this witness has told
18  you what he saw involving George Hesse.  I
19  get why you'd want to ask him about George
20  Hesse, but now you're asking him what his
21  involvement was from the beginning of his
22  time there to when Hesse showed up.  That I
23  don't quite understand.
24  BY MR. GRAFF:                                  7:05:07PM
25     Q    Did you speak to Mr. Prisco before     7:05:08PM

TSG Reporting - Worldwide (877) 702-9580

Page 240

PAUL CAROLLO

1
2  George Hesse arrived?
3     A    No.                                    7:05:13PM
4     Q    Who was the first person to arrive     7:05:19PM
5  after you arrived?
6     A    George.                                7:05:23PM
7     Q    Did you --                             7:05:24PM
8     A    George and Arnold Hardman.             7:05:27PM
9     Q    Did they arrive together?              7:05:30PM
10     A    Yes.                                  7:05:31PM
11     Q    Was George your supervisor at that    7:05:31PM
12  time?
13     A    Yes.                                  7:05:34PM
14     Q    And what did George do when he got    7:05:35PM
15  there?
16     A    The house was a noise complaint.  As  7:05:50PM
17  soon as we knocked on the door, all the lights
18  went out and we heard people running all over
19  the place.  I called for assistance, George
20  came, knocked on the door.  They came to the
21  door.  They wouldn't open the door.  He was
22  pushing on the door.  They were -- to get in.
23  And they were pushing against it, screaming
24  Fourth Amendment.  And then he finally got
25  inside, and then Jesse got -- there were two

TSG Reporting - Worldwide (877) 702-9580

Page 241

PAUL CAROLLO

1
2  guys.  I don't know who's who.  They came out.
3  The guy was, I don't know -- he was screaming
4  Fourth Amendment.  George and Arnie went down --
5  he was trying to arrest him.  The guy's like a
6  bodybuilder.  And they got tangled trying to
7  handcuff him to arrest him.
8     Q    Did that altercation happen inside the 7:06:50PM
9  house?
10     A    Outside.                              7:06:52PM
11     Q    Where were you standing when you      7:06:54PM
12  observed that?
13     A    There was a group of people trying to 7:06:58PM
14  get in the middle of it.  I actually had my back
15  to most of it because there were three or four
16  people that were trying to get into the middle
17  of the whole thing.
18     Q    Three or four people that had been    7:07:09PM
19  inside the house?
20     A    They were outside.                    7:07:12PM
21     Q    I understand George was pushing on the 7:07:14PM
22  door.  How did the people come to be outside the
23  house?
24         MR. CONNOLLY:  Objection.              7:07:23PM
25         MR. NOVIKOFF:  How did the people come 7:07:24PM

TSG Reporting - Worldwide (877) 702-9580

Page 242

```
 1              PAUL CAROLLO
 2    to be outside the house when this witness
 3    was inside the house?
 4    BY MR. GRAFF:              7:07:28PM
 5      Q   Were you outside the house?   7:07:29PM
 6      A   He eventually got in the house, yeah.  7:07:31PM
 7      Q   Where were you when you saw George got  7:07:31PM
 8    in the house?
 9      A   Outside.                7:07:33PM
10      Q   And did you see Mr. Prisco exit the   7:07:35PM
11    house?
12      A   No.                    7:07:43PM
13      Q   At what point did you become aware    7:07:47PM
14    that Mr. Prisco was no longer in the house?
15      A   I guess when they were all outside.   7:07:53PM
16        MR. NOVIKOFF:  This is your version of 7:07:55PM
17    a short detour?  I suggest it's now 7:15,
18    that when you're done with your questioning,
19    you haven't eaten since 12, nor have I, that
20    we take a 45 minute dinner break and we
21    reconvene at 8:00.  Because I'm not going
22    to -- this is ridiculous.  Continue.  Take
23    as much time as you want.
24    BY MR. GRAFF:              7:08:21PM
25      Q   At what point did you become aware    7:08:26PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 243

```
 1              PAUL CAROLLO
 2    that he was outside of the house?
 3      A   We're outside, they're all outside.   7:08:32PM
 4      Q   But you didn't see him leave the      7:08:34PM
 5    house?
 6        MR. NOVIKOFF:  Objection.  Form.   7:08:40PM
 7      A   I can't say exactly at what point he  7:08:43PM
 8    came out of the house.
 9      Q   In your experience as a police        7:08:47PM
10    officer, based on your observations, did any
11    police officers behave, in your opinion,
12    inappropriately in that situation?
13        MR. NOVIKOFF:  Objection.     7:08:59PM
14      A   No, I don't think so.  It was chaotic.  7:09:02PM
15    It was chaotic.
16        MR. GRAFF:  I think I'm done.  And I    7:09:14PM
17    thank you for your time and your patience
18    with the questions today.
19    EXAMINATION                   7:09:21PM
20    BY MR. CONNOLLY:              7:09:28PM
21      Q   Mr. Carollo, earlier, I believe you   7:09:31PM
22    indicated that you hadn't spoken to any of the
23    plaintiffs since 2006; would that be correct?
24      A   I believe so.           7:09:39PM
25      Q   And would that be since April of 2006? 7:09:42PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 244

```
 1              PAUL CAROLLO
 2      A   Yeah.                   7:09:54PM
 3      Q   So it would be fair to say that you   7:09:55PM
 4    hadn't spoken to any of the plaintiffs since the
 5    meeting of April 2nd -- April 4th, 2006?  The
 6    annual meeting that occurred in April 2006?
 7      A   Yeah.                   7:10:15PM
 8      Q   Earlier, you indicated that an        7:10:32PM
 9    attorney you had consulted within regard to this
10    deposition had provided you with a complaint; is
11    that correct?
12      A   Yes.                    7:10:41PM
13      Q   Did that attorney ever tell you how   7:10:41PM
14    they obtained the complaint?
15      A   I believe he got it off of the        7:10:46PM
16    CourtNet type thing.  I don't know.
17      Q   I want to draw your attention to the  7:10:58PM
18    allegations contained in the complaint,
19    paragraphs 53 through, I believe 56.  That was
20    the incident that you responded to regarding an
21    apartment?
22      A   Say that again.         7:11:21PM
23      Q   If you could make reference to the    7:11:22PM
24    complaint.
25      A   Okay.                   7:11:30PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 245

```
 1              PAUL CAROLLO
 2      Q   And I believe earlier you indicated   7:11:35PM
 3    there were youths in the apartment?
 4      A   Yes.                    7:11:39PM
 5      Q   Did anybody ask for identification of 7:11:39PM
 6    the youths in the apartment?
 7      A   I don't remember.       7:11:45PM
 8      Q   Did any of the youths present in the  7:11:52PM
 9    apartment acknowledge ownership of the drug
10    paraphernalia?
11      A   Probably not.  I don't remember.  7:12:06PM
12        MR. CONNOLLY:  No further questions.  7:12:16PM
13    Thank you.
14    EXAMINATION                   7:12:17PM
15    BY MR. NOVIKOFF:              7:12:30PM
16      Q   You talked about Southampton.  Did    7:12:38PM
17    George Hesse ever tell you in words that he gave
18    the person who was applying for a job a bad
19    recommendation or a bad reference?
20      A   Did he -- did he give -- did he tell  7:12:57PM
21    me specifically what he said?
22      Q   No.  Did he specifically tell you that 7:13:02PM
23    he was giving whoever was applying for that job
24    a bad reference?
25        MR. GRAFF:  Objection.      7:13:09PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 246

PAUL CAROLLO

1
2     MR. NOVIKOFF:  What's the basis?          7:13:11PM
3     MR. GRAFF:  Did he say those direct      7:13:13PM
4  words?
5     MR. NOVIKOFF:  Yes.                        7:13:15PM
6  BY MR. NOVIKOFF:                              7:13:15PM
7     Q   Did he say to you, yes, I'm going to  7:13:17PM
8  give so and so a bad reference?
9     A   I think it was more that he couldn't  7:13:27PM
10  believe that they're applying to Southampton.
11  He certainly indicated he wasn't giving a good
12  one.
13     Q   How did he indicate that?           7:13:40PM
14     A   It was just the gist of the          7:13:43PM
15  conversation.
16     Q   Tell me about the gist.  What       7:13:45PM
17  specifically did he say that led you -- if
18  anything, that lead you to believe that he was
19  not going to give them a good reference?
20     A   I got a call from Southampton.  I    7:13:56PM
21  guess they were looking for a job there.  I
22  don't remember specifics.
23     Q   So as you sit here today, you don't  7:14:12PM
24  know -- you can't recall specifically what he
25  said?

TSG Reporting - Worldwide (877) 702-9580

Page 247

PAUL CAROLLO

1
2     A   Specifically, no.                     7:14:17PM
3     Q   So you don't know as you sit here    7:14:19PM
4  today if George Hesse told you specifically he
5  was going to give them a bad reference, a good
6  reference or a neutral reference?
7     MR. GRAFF:  Objection.                    7:14:29PM
8     A   Yes.                                   7:14:29PM
9     Q   That's true?  Your answer was yes?   7:14:31PM
10     A   Say the question again.              7:14:34PM
11     Q   You can't tell us as you sit here    7:14:36PM
12  today whether George Hesse specifically told you
13  he was going to give a good reference, a bad
14  reference or a neutral reference with regard to
15  Southampton?
16     MR. GRAFF:  Objection.                    7:14:47PM
17     A   Exactly what he said to Southampton, I 7:14:47PM
18  don't know.
19     Q   No.  I know you don't know what he   7:14:50PM
20  said to Southampton unless George told you.
21     Specifically, sir, you had a            7:14:56PM
22  conversation with Mr. Hesse concerning one or
23  more of the plaintiffs applying for a job at the
24  Southampton police department, correct?
25     A   Yes.                                   7:15:05PM

TSG Reporting - Worldwide (877) 702-9580

Page 248

PAUL CAROLLO

1
2     Q   And you can't recall specifically as 7:15:06PM
3  you sit here today whether George Hesse said he
4  was going to give a bad reference, can you?
5     A   No.                                    7:15:14PM
6     Q   And you can't recall as you sit here 7:15:14PM
7  today whether George Hesse said he was going to
8  give them a good reference, correct?
9     MR. GRAFF:  Objection.                    7:15:21PM
10     A   I think he indicated it probably     7:15:26PM
11  wasn't going to be good.  Nothing specific.
12     Q   In fact, you can't recall anything   7:15:31PM
13  specifically what Mr. Hesse said to you during that
14  conversation concerning what reference he would
15  be giving to them, can you?
16     MR. GRAFF:  Objection.                    7:15:40PM
17     MR. NOVIKOFF:  Basis?                     7:15:41PM
18     MR. GRAFF:  He doesn't recall.  I        7:15:46PM
19  believe you're mischaracterizing the
20  testimony.
21     MR. NOVIKOFF:  Okay.  If you want to     7:15:51PM
22  read that question back.
23     (Whereupon, the requested portion was    7:15:53PM
24  read back by the court reporter:  In fact,
25  you can't recall anything specifically

TSG Reporting - Worldwide (877) 702-9580

Page 249

PAUL CAROLLO

1
2  Mr. Hesse said to you during that
3  conversation concerning what reference he
4  would be giving to them, can you?)
5     A   No.                                    7:16:05PM
6     Q   Did Mr. Hesse ever indicate to you   7:16:25PM
7  with regard to the Halloween incident that it
8  was his intent to cover up any aspect of the
9  events of that evening?
10     A   No.                                    7:16:36PM
11     Q   Did Chief Paradiso ever advise you   7:16:39PM
12  that it was the department's intent that the
13  department would be covering up any aspect of
14  the incident of the Halloween evening?
15     A   No.                                    7:16:51PM
16     Q   Did Frank Fiorillo ever complain to  7:16:56PM
17  you at any point in time before April of 2006
18  that he believed that George Hesse had covered
19  up any aspect of the evening of the Halloween
20  incident?
21     A   I don't think we ever had a          7:17:16PM
22  conversation about it.
23     Q   How about Tom Snyder, did he ever    7:17:18PM
24  advise you prior to April of 2006 that, in his
25  opinion, George Hesse engaged in a coverup

TSG Reporting - Worldwide (877) 702-9580

Page 250

1          PAUL CAROLLO
2   concerning the events that took place on
3   Halloween 2004?
4        A   No.                    7:17:35PM
5        Q   Same question with regard to Kevin   7:17:36PM
6   Lamm.
7        A   I don't remember any conversation.   7:17:38PM
8        Q   Did you ever witness George Hesse ever   7:17:42PM
9   instruct a police officer not to issue a summons
10  because a person was his friend?
11       A   I can't say -- I don't recall him ever   7:18:02PM
12  saying it to me, and I certainly can't say what
13  he said to anybody else.
14       Q   Unless I ask it differently, it's   7:18:08PM
15  always about what George Hesse said to you.
16       A   No.                    7:18:12PM
17       Q   Let me rephrase the question.   7:18:13PM
18       Did George Hesse, in your presence,   7:18:15PM
19  did you ever -- do you ever recall George Hesse
20  stating that someone not get a summons because
21  he or she is his friend?
22       A   No.                    7:18:31PM
23       Q   Did Frank Fiorillo ever complain to   7:18:32PM
24  you -- withdrawn.
25       Did Frank Fiorillo ever comment to you   7:18:36PM

TSG Reporting - Worldwide (877) 702-9580

Page 251

1          PAUL CAROLLO
2   that George Hesse was not giving out summonses
3   to his friends?
4        A   Did Frank ever comment to me --   7:18:51PM
5        Q   Yeah.                   7:18:53PM
6        A   -- that George wasn't giving -- I   7:18:54PM
7   don't think so.
8        Q   How about Tom Snyder?      7:19:01PM
9        A   I hardly ever conversed with him.   7:19:05PM
10       Q   Okay.  How about Kevin Lamm?   7:19:08PM
11       A   No.                    7:19:14PM
12       Q   Ed Carter?              7:19:14PM
13       A   No.                    7:19:16PM
14       Q   Joe Nofi?               7:19:18PM
15       A   No.                    7:19:19PM
16       Q   Did Frank Fiorillo ever complain to   7:19:26PM
17  you about anything involving how George Hesse
18  conducted himself as a sergeant for the police
19  department?
20       A   I don't think he complained.  I think   7:19:48PM
21  that -- I don't think they were on the same
22  wavelength.
23       Q   Okay.                   7:19:56PM
24       A   So I think Frank had his opinion and   7:19:58PM
25  George had his.  I don't know that it was --

TSG Reporting - Worldwide (877) 702-9580

Page 252

1          PAUL CAROLLO
2   there are different ways of --
3        Q   Let me make it more broad.  Did Frank   7:20:09PM
4   Fiorillo ever complain to you about George
5   Hesse?
6        A   I think that he probably has let me   7:20:25PM
7   know at times that he wasn't satisfied with the
8   way -- he had his way of doing things and George
9   had his way.  I can't say something specific.  I
10  mean, I think that it's kind of known he had his
11  opinion, George had his.  He never voiced or I
12  never knew his thoughts on things.
13       Q   His opinion regarding what?   7:20:49PM
14       A   No, there was probably no complaint   7:21:20PM
15  about anything specific.
16       Q   You said they had differing opinions,   7:21:23PM
17  Frank had his opinion and George had his
18  opinion.
19       A   Frank liked to write a lot of tickets,   7:21:31PM
20  and George probably felt it wasn't necessary to
21  write so many tickets.
22       Q   Can you specifically remember any   7:21:37PM
23  complaint that Frank Fiorillo ever made to you
24  about George Hesse, about anything other than
25  summonses being written?

TSG Reporting - Worldwide (877) 702-9580

Page 253

1          PAUL CAROLLO
2        A   No.                    7:21:46PM
3        Q   Same question with regard to Kevin   7:21:47PM
4   Lamm.  Did Kevin Lamm ever complain to you about
5   anything relating to George Hesse?
6        A   Specifically, can I remember anything?   7:21:59PM
7   No.
8        Q   Well, generally.          7:22:01PM
9        A   I mean, generally, I know that they   7:22:02PM
10  had differences of opinion.  I can't say I
11  remember them saying this that or the other
12  thing.
13       Q   When you say they had differing   7:22:12PM
14  opinions, what were the differing opinions?
15       A   You know, it's just kind of talk.   7:22:16PM
16       Q   What do you mean by talk?      7:22:20PM
17       A   General conversation.  That's why I   7:22:22PM
18  don't remember specifics.
19       Q   So you think Kevin thought that   7:22:27PM
20  Mr. Lamm thought -- withdrawn.
21       I need you to even say generally.   7:22:34PM
22       A   Kevin probably felt he should handcuff   7:22:37PM
23  people and bring them back to the station.
24       Q   So the issue you spoke of earlier, you   7:22:41PM
25  believe that was a differing opinion that Kevin

TSG Reporting - Worldwide (877) 702-9580

Page 254

PAUL CAROLLO

1
2      had as opposed to George?
3          A   Yes.                          7:22:48PM
4          Q   Did Ed Carter ever complain to you    7:22:50PM
5      about anything concerning George Hesse?
6          A   No.                           7:22:54PM
7          Q   Did Tom Snyder ever complain to you   7:22:55PM
8      about anything concerning George Hesse?
9          A   No.                           7:23:00PM
10         Q   How about Joe Nofi?           7:23:00PM
11         A   No.                           7:23:02PM
12         Q   Did George Hesse ever advise you that  7:23:05PM
13     he had heard that Frank Fiorillo had been making
14     complaints about him?
15         A   Complaints to where?          7:23:18PM
16         Q   To him. Let me rephrase the question.  7:23:19PM
17             Did George Hesse ever advise you that  7:23:23PM
18     Frank Fiorillo was complaining to him about
19     anything?
20         A   Specifics?                    7:23:44PM
21         Q   If you recall anything.       7:23:46PM
22         A   I don't recall any specifics.  7:23:49PM
23         Q   How about general?            7:23:51PM
24         A   I mean, general, I guess. I don't    7:23:52PM
25     think I ever had -- you know. I very rarely had

TSG Reporting - Worldwide (877) 702-9580

Page 255

PAUL CAROLLO

1
2      real personal conversations with George.
3          Q   Okay.                         7:24:02PM
4          A   So anything -- most everything --    7:24:02PM
5      anything that I see or hear is more from a
6      general conversation. I don't think George
7      sat -- I probably never spent all that much time
8      alone with George in the first place.
9          Q   So are you telling us that any        7:24:15PM
10     conversation -- anything you would've heard from
11     George would've been not one on one but George
12     saying it to a group of people?
13         A   Probably. Yeah.               7:24:23PM
14         Q   Then let me break that down. Did you   7:24:25PM
15     ever hear George Hesse ever say that Frank
16     Fiorillo was complaining to him about anything?
17             MR. GRAFF: Objection.         7:24:38PM
18         A   Yeah, I would say that -- I can't     7:24:49PM
19     remember a specific -- yeah, I would say that
20     George probably heard somewhere along the line
21     that Frank complained about things. What they
22     are specifically, I don't know.
23         Q   How about with regard to Kevin Lamm,   7:25:02PM
24     were you ever in George's presence when he made
25     reference to a complaint that Kevin Lamm made to

TSG Reporting - Worldwide (877) 702-9580

Page 256

PAUL CAROLLO

1
2      him?
3          A   Kevin, no. I mean it was the thing   7:25:14PM
4      with the handcuffing is about all I can
5      remember.
6          Q   Same question with regard to Nofi.    7:25:20PM
7          A   No.                           7:25:26PM
8          Q   Same question with regard to Carter.  7:25:27PM
9          A   No.                           7:25:31PM
10         Q   Same question with regard to Snyder?   7:25:32PM
11         A   No.                           7:25:34PM
12         Q   Let's talk about Joe Nofi for a       7:25:35PM
13     minute. You were trying to articulate when
14     Mr. Graff was asking you some questions about
15     what issues certain officers had. Did he have a
16     reputation of being stupid?
17             MR. GRAFF: Objection.         7:25:46PM
18         A   I don't know if I would use the word  7:25:55PM
19     stupid. There is a difference. Dopey.
20         Q   Okay. What do you mean by dopey?      7:25:59PM
21         A   I don't mean anything. I'm talking   7:26:01PM
22     about what you're asking me about a reputation.
23     I choose not to have much of a thought process
24     on a lot of people. It's easier. If you're
25     asking me what others would indicate or what

TSG Reporting - Worldwide (877) 702-9580

Page 257

PAUL CAROLLO

1
2      others felt or -- you know, dopey. I'd use the
3      word dopey as opposed to stupid.
4          Q   Why would you use the word dopey as    7:26:22PM
5      opposed to stupid?
6          A   I think you can be -- I think the word  7:26:27PM
7      stupid means you don't know. Dopey can just be
8      dizzy dopey.
9          Q   What makes you think that his         7:26:39PM
10     reputation was that of being dopey?
11         A   Just from what I gather in            7:26:43PM
12     conversations.
13         Q   Which was what?               7:26:47PM
14         A   I guess people were saying he was     7:26:52PM
15     dopey.
16         Q   Did you ever learn of any examples of  7:26:54PM
17     his dopiness?
18         A   No.                           7:26:59PM
19         Q   Other than the swinging his legs out   7:27:00PM
20     of the car?
21         A   Yeah.                         7:27:03PM
22         Q   That was the only --          7:27:04PM
23         A   That was my only personal contact.    7:27:05PM
24         Q   You indicated in response to a        7:27:25PM
25     question from Mr. Graff that you tried to stay

TSG Reporting - Worldwide (877) 702-9580

Page 258

PAUL CAROLLO

1
2  out of the barracks; do you recall that?
3      A   Yes.                        7:27:32PM
4      Q   Why?                        7:27:33PM
5      A   Same way I try to stay out of the crew  7:27:43PM
6  room at work.  Just better off being away from
7  the masses.
8      Q   And I understand that.  But what's the  7:27:49PM
9  reason behind that?
10     A   Just that.                   7:27:51PM
11     Q   What's that?                 7:27:53PM
12     A   Just that.                   7:27:53PM
13     Q   Is there a reason for why you want to  7:27:56PM
14 stay away from the masses?
15     A   Because you get less involved in all  7:28:00PM
16 the crap.
17     Q   How often would you work with -- let's  7:28:11PM
18 take 2005.  How often would you work with Ed
19 Carter -- how often did you work with Ed Carter
20 in 2005?
21         MR. GRAFF:  Just to clarify, are you  7:28:25PM
22 asking about the summer?
23         MR. NOVIKOFF:  Yeah, I'm only asking  7:28:28PM
24 about the summer, the season.
25     A   I can't remember ever -- no, I really  7:28:33PM

TSG Reporting - Worldwide (877) 702-9580

Page 259

PAUL CAROLLO

1
2  can't remember any specific time working
3  partners with or with Ed.
4      Q   Right.  Let me rephrase the question.  7:28:42PM
5          There may have been times when you  7:28:44PM
6  were on the same tour, correct, or your tours
7  intermixed?
8      A   Yes.                         7:28:52PM
9      Q   And so my question is more specific.  7:28:57PM
10 In 2005, let's start again with Carter, how many
11 times did you spend any part of the tour
12 patrolling Ocean Beach side by side with Ed
13 Carter?
14     A   I personally can't remember any.  7:29:15PM
15     Q   How about Snyder?             7:29:17PM
16     A   Side by side, I kind of vaguely  7:29:19PM
17 remember running into Snyder now and then on the
18 street.  But I don't know that I worked side by
19 side.  I don't think I ever worked side by side.
20     Q   How about Lamm?               7:29:33PM
21     A   Kevin I worked a little bit more.  7:29:34PM
22     Q   When you say a little more?   7:29:36PM
23     A   I can remember standing on a corner  7:29:37PM
24 with Kevin.
25     Q   More than 10 times that season?  7:29:40PM

TSG Reporting - Worldwide (877) 702-9580

Page 260

PAUL CAROLLO

1
2      A   I would say more than 10.     7:29:43PM
3      Q   So somewhere between five and 10?  7:29:45PM
4      A   Closer to five, yes.         7:29:49PM
5          MR. GRAFF:  These questions are still  7:29:51PM
6  summer '05?
7          MR. NOVIKOFF:  Yeah.         7:29:54PM
8  BY MR. NOVIKOFF:                     7:29:54PM
9      Q   How about Nofi, summer '05, side by  7:29:55PM
10 side on the tour together?
11     A   I don't think Nofi worked at night.  I  7:30:00PM
12 think he only worked Sundays on 4 to 12.
13     Q   So the answer would be?       7:30:05PM
14     A   No.                          7:30:07PM
15     Q   How about Fiorillo?          7:30:08PM
16     A   Frank I worked with a fair amount of  7:30:10PM
17 times.  Probably not much more than Kevin.  They
18 actually worked together a lot.
19     Q   Between five and 10?         7:30:17PM
20     A   Yeah.                        7:30:19PM
21     Q   How about 2004, same question.  7:30:19PM
22     A   Same, yes.                   7:30:21PM
23     Q   2003?                        7:30:22PM
24     A   I wasn't there.              7:30:23PM
25     Q   And 2006, they weren't there?  7:30:24PM

TSG Reporting - Worldwide (877) 702-9580

Page 261

PAUL CAROLLO

1
2      A   Right.                       7:30:26PM
3      Q   So if I understand your testimony  7:30:27PM
4  correctly, for the two seasons that you -- for
5  the 2004 and 2005 seasons, you didn't tour side
6  by side with Carter at all or Nofi at all,
7  correct?
8      A   Pretty much, yeah.           7:30:47PM
9      Q   And for the 2004, 2005 seasons, if you  7:30:48PM
10 toured at all with Snyder, it would've been just
11 a few times?
12     A   Yes.                         7:30:55PM
13     Q   And for those two seasons, you toured  7:30:55PM
14 side by side with Fiorillo anywhere between 10
15 times and 20 times in those two seasons
16 combined?
17     A   I guess so.                  7:31:09PM
18     Q   And the same amount of time would be  7:31:09PM
19 applicable to Lamm?
20     A   Yeah.                        7:31:14PM
21     Q   Now, did you tell Mr. Hesse that  7:31:21PM
22 Snyder was not interested in helping you with
23 that arrest on that one occasion you testified
24 to?
25         MR. GRAFF:  Objection.        7:31:27PM

TSG Reporting - Worldwide (877) 702-9580

Page 262

PAUL CAROLLO

1
2     A.   No.                          7:31:28PM
3     Q.   Now, let's go to the events of -- I   7:31:36PM
4   guess April 2nd was that annual meeting.  You
5   testified that you thought that George thought
6   it was funny that the four of the plaintiffs
7   that were there that day were fired.  Do you
8   recall that?
9     A.   Yes.                         7:31:51PM
10    Q.   What is the basis for your belief that  7:31:52PM
11  George Hesse thought it was funny?
12    A.   That everybody was laughing.  7:31:59PM
13    Q.   Okay.  But was George laughing?   7:32:01PM
14    A.   Yeah.                        7:32:04PM
15    Q.   Do you know what George -- were you   7:32:06PM
16  present when George was laughing or did you
17  witness from a distance that George was
18  laughing?
19         MR. GRAFF:  Objection.       7:32:13PM
20    A.   Was I personally standing next to him,  7:32:16PM
21  no.  Was I in the room, yeah.
22    Q.   Do you know what the conversation   7:32:20PM
23  was -- did you hear the conversation where you
24  saw George Hesse laughing?
25         MR. GRAFF:  Objection.       7:32:29PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 263

PAUL CAROLLO

1
2     A.   I don't think there was any real   7:32:33PM
3   conversation about it.  Everyone was just kind
4   of laughing about it.
5     Q.   How long were they laughing about it?  7:32:38PM
6     A.   Less than 10 minutes.        7:32:40PM
7     Q.   Now we're only talking about George   7:32:42PM
8   Hesse.  You saw George Hesse, on April 2nd --
9     A.   The whole thing would've gone on less  7:32:48PM
10  than 10 minutes.  I know you want to
11  specifically -- it was in a group.
12    Q.   I understand.  George was part of a   7:32:55PM
13  group of people, right?
14    A.   Right.                       7:32:58PM
15    Q.   And you saw from some type of   7:32:58PM
16  distance -- were you part of that group?
17    A.   Laughing, no.                7:33:03PM
18    Q.   And were you in the group of the   7:33:04PM
19  people laughing?
20    A.   It was, I don't know, 25 people maybe,  7:33:10PM
21  whatever the amount was.
22    Q.   Were they all in one circle, like you  7:33:14PM
23  would be at a campsite?
24    A.   A room, you know, maybe twice the size  7:33:19PM
25  of this room.

TSG Reporting - Worldwide (877) 702-9580

---

Page 264

PAUL CAROLLO

1
2     Q.   So people were milling around,   7:33:23PM
3   correct?
4     A.   Yes.                         7:33:25PM
5          MR. GRAFF:  Objection.  Could we just  7:33:25PM
6   clarify the size of the room?
7          MR. NOVIKOFF:  I think he just said   7:33:30PM
8   the size of this room.
9     A.   It's probably 14 feet wide, so it's   7:33:37PM
10  a -- no, 28 feet wide, that room.  I'm going to
11  say that place was 30 by 40.
12    Q.   So a 30-by-40 room.  There were about  7:33:51PM
13  25, 30 people there.  Were they in separate
14  groups during that 10-minute period that you saw
15  people laughing?
16    A.   No.  Everybody was just, you know --  7:34:02PM
17    Q.   Milling around?              7:34:05PM
18    A.   Yeah.                        7:34:06PM
19    Q.   Like at a cocktail party?     7:34:06PM
20    A.   Exactly.  Yes.               7:34:08PM
21    Q.   And were you present during any part  7:34:10PM
22  of a conversation wherein you saw George Hesse
23  laughing?
24         MR. GRAFF:  Objection.       7:34:18PM
25    A.   Was I part of the conversation, no.  7:34:20PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 265

PAUL CAROLLO

1
2     Q.   And you can't tell us as you sit here  7:34:21PM
3   today what George Hesse was talking about with
4   anybody else when he was laughing, can you?
5          MR. GRAFF:  Objection.       7:34:30PM
6     A.   Specific conversation with somebody   7:34:35PM
7   else as opposed to the whole room?
8     Q.   Right.                       7:34:38PM
9     A.   I know what the gist was about.  7:34:42PM
10    Q.   You think you know what the gist was  7:34:43PM
11  about.  My question is, where George Hesse was
12  standing when he was laughing, according to your
13  testimony, you can't tell us what the
14  conversation was about?
15         MR. GRAFF:  Objection.       7:34:54PM
16  BY MR. NOVIKOFF:                     7:34:54PM
17    Q.   Because you didn't hear the   7:34:56PM
18  conversation, correct?
19         MR. GRAFF:  Objection.       7:34:58PM
20    A.   I don't think it really was a   7:35:01PM
21  conversation.
22    Q.   Then was George Hesse just smiling for  7:35:04PM
23  10 minutes?
24         MR. GRAFF:  Objection.       7:35:07PM
25    A.   There was laughter in the group.  7:35:11PM

TSG Reporting - Worldwide (877) 702-9580

Page 266

PAUL CAROLLO

1
2     Q    Could it be because he was happy to    7:35:13PM
3  see a number of those police officers who he
4  hadn't seen in many months?
5         MR. GRAFF:  Objection.         7:35:20PM
6     A    No, it wasn't that.  I said when they   7:35:23PM
7  all walked off, everybody was laughing, that's
8  it.
9     Q    Where was George Hesse when they all   7:35:41PM
10 walked off?
11        MR. GRAFF:  Objection.          7:35:44PM
12        MR. NOVIKOFF:  What's the basis of   7:35:45PM
13 that one?
14        MR. GRAFF:  I don't understand what   7:35:47PM
15 you're asking.
16        MR. NOVIKOFF:  He said when they     7:35:48PM
17 walked off, they were all laughing.  Based
18 upon his prior testimony, he's referring to
19 when the four plaintiffs left to go to the
20 water taxi, everyone else in the room was
21 laughing.
22 BY MR. NOVIKOFF:                        7:36:02PM
23    Q    Am I correct?                    7:36:03PM
24    A    Outside, yeah.                   7:36:04PM
25    Q    Where was George Hesse?          7:36:05PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 267

PAUL CAROLLO

1
2     A    Outside.                        7:36:06PM
3     Q    But didn't George Hesse talk to each   7:36:08PM
4  one of you in a private room?
5     A    Each one -- he came out with them.   7:36:14PM
6     Q    He came out with each one of them?   7:36:18PM
7     A    No.  I'm very unclear about that.   7:36:20PM
8     Q    That's what I'm asking you.  Again,   7:36:23PM
9  I'm not trying to trip you up.  But Mr. Graff
10 asked you some questions, and he let some things
11 hang out there without following up.
12    A    Okay.                           7:36:34PM
13    Q    So during this annual meeting in April   7:36:35PM
14 of 2006, George Hesse would meet with various
15 officers, various people who were told to come
16 to that meeting in a private room, right?
17        MR. GRAFF:  Objection.          7:36:48PM
18 BY MR. NOVIKOFF:                        7:36:49PM
19    Q    Is that correct?                 7:36:49PM
20        MR. GRAFF:  Objection.          7:36:51PM
21    A    Ask me again.                    7:36:51PM
22    Q    George Hesse would have conversations   7:36:53PM
23 with various individuals in a private room,
24 correct?
25        MR. GRAFF:  Objection.          7:36:58PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 268

PAUL CAROLLO

1
2     A    Yes.                            7:37:01PM
3     Q    And then presumably when the        7:37:02PM
4  conversation was done, the person would leave
5  the room, right, and another person would come
6  in and talk to George?
7         MR. GRAFF:  Objection.          7:37:14PM
8     A    I'm trying to think if they were    7:37:27PM
9  outside individually or not or if they remained
10 in the room.
11    Q    "They" being whom?               7:37:31PM
12    A    The four of them.                7:37:33PM
13    Q    Let me ask you this:  Did each of the   7:37:38PM
14 plaintiffs that were there that day go into that
15 room separately or did they go in as a group?
16        MR. GRAFF:  Objection.          7:37:48PM
17        MR. NOVIKOFF:  What is the basis?   7:37:49PM
18        MR. GRAFF:  Asked and answered.   7:37:51PM
19        MR. NOVIKOFF:  No.  Maybe by you, not   7:37:52PM
20 by me.
21    A    I'm sorry?                       7:37:59PM
22    Q    Did you see any of them go into the   7:38:02PM
23 room?
24    A    The only real picture I have is the   7:38:05PM
25 four of them walking off.

TSG Reporting - Worldwide (877) 702-9580

---

Page 269

PAUL CAROLLO

1
2     Q    Here is my question.  Did you ever see   7:38:09PM
3  them walk into the room to speak with Mr. Hesse?
4     A    No.                             7:38:15PM
5     Q    Did you ever see them walk out of the   7:38:16PM
6  room after speaking with Mr. Hesse?
7     A    I can't recall.                  7:38:31PM
8     Q    Okay.                           7:38:34PM
9     A    The only picture I have is them      7:38:34PM
10 walking off.
11    Q    Is the four of them walking off?   7:38:37PM
12    A    Yes.                            7:38:38PM
13    Q    Was George Hesse standing next to them   7:38:39PM
14 as the four of them walked out?
15    A    Standing next to them, no.       7:38:46PM
16    Q    When you say walked out, you're saying   7:38:48PM
17 walking out of the boathouse?
18    A    I have a vision of them, because    7:38:52PM
19 that's when I felt really bad about the whole
20 thing was when the four of them were walking
21 off.
22    Q    To where?                       7:38:59PM
23    A    To the water taxi.               7:39:00PM
24    Q    How far away is the water taxi from   7:39:01PM
25 the boathouse?

TSG Reporting - Worldwide (877) 702-9580

Page 270

PAUL CAROLLO

```
 1         A   I haven't been there so long myself,   7:39:11PM
 2    I'm trying to envision the whole place.
 3         200 feet.                       7:39:16PM
 4         Q   So you were outside of the boathouse   7:39:17PM
 5    when you saw the four of them walking towards
 6    the water taxi; is that your testimony?
 7         A   Yes.                        7:39:23PM
 8         Q   Was George Hesse inside the boathouse   7:39:23PM
 9    or outside the boathouse when you recall seeing
10    the four of them walk to the water taxi?
11         A   I believe he was on the deck.   7:39:31PM
12         Q   On the deck where?            7:39:37PM
13         A   Outside the boathouse.       7:39:39PM
14         Q   Was anyone on the deck with him?   7:39:40PM
15         A   It's only stairs. I don't know.   7:39:45PM
16         Q   Was George Hesse giggling when you saw   7:39:48PM
17    him on the deck as the four of them were walking
18    towards the water taxi?
19         MR. GRAFF:  Objection.           7:39:56PM
20         A   I believe so.               7:40:01PM
21         Q   Giggling?                   7:40:02PM
22         A   I would say laughing. I don't know   7:40:04PM
23    what giggling is.
24         Q   Do you know what he was laughing at?   7:40:07PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 271

PAUL CAROLLO

```
 1         Did you hear what he was laughing at, if
 2    anything?
 3         MR. GRAFF:  Objection.           7:40:12PM
 4         A   It was the whole group laughing.   7:40:13PM
 5         Q   What whole group?            7:40:15PM
 6         A   The whole group of guys.  Not the   7:40:17PM
 7    whole group.  Not everybody was.  Certainly
 8    50 percent.
 9         Q   Were they all on the balcony with   7:40:22PM
10    George?
11         A   No.                         7:40:25PM
12         Q   Who was on the balcony with George?   7:40:25PM
13         A   I don't remember anyone else that was   7:40:28PM
14    on there with him.
15         Q   So George was just laughing by   7:40:33PM
16    himself?
17         A   Yeah.                       7:40:37PM
18         Q   Watching the four of them walk away?   7:40:38PM
19         A   Yeah.                       7:40:41PM
20         Q   You said you were not comfortable with   7:40:50PM
21    how it went down.  What specifically were you
22    not comfortable with?
23         A   I think he could've done it on a more   7:40:57PM
24    personal level.
```

TSG Reporting - Worldwide (877) 702-9580

Page 272

PAUL CAROLLO

```
 1         Q   Tell me how.                 7:41:02PM
 2         A   You know, in other words, that   7:41:03PM
 3    everybody was there.
 4         Q   You think --                7:41:06PM
 5         A   In other words, if you wanted to fire   7:41:07PM
 6    somebody, terminate them, whatever term you want
 7    to use, it could've been done personally.
 8         Q   But he did fire them personally.   7:41:18PM
 9    Didn't he fire them in a private room?
10         A   Are you asking me how --     7:41:23PM
11         Q   No, no.  Did he fire them in the   7:41:26PM
12    private room or did he fire them in front of
13    everyone in a big speech?
14         MR. GRAFF:  Objection.           7:41:31PM
15    BY MR. NOVIKOFF:
16         Q   How did he fire them?         7:41:33PM
17         MR. GRAFF:  Objection.           7:41:35PM
18    BY MR. NOVIKOFF:
19         Q   To your knowledge or belief.   7:41:36PM
20         A   My belief is they were inside and told   7:41:37PM
21    they weren't needed anymore.
22         Q   He didn't say that to the group in   7:41:42PM
23    front of them, did he, to your knowledge?
24         A   No.                         7:41:46PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 273

PAUL CAROLLO

```
 1         Q   And he didn't go out, to your   7:41:47PM
 2    knowledge, and -- withdrawn.
 3         So is it your opinion that you were   7:41:53PM
 4    uncomfortable because you think that George
 5    could have done it in an even more private
 6    manner?
 7         MR. GRAFF:  Objection.           7:42:02PM
 8         A   Yes.                        7:42:02PM
 9         Q   Where the other officers weren't   7:42:03PM
10    there?
11         A   Yes.                        7:42:05PM
12         Q   And did you ever state to George Hesse   7:42:06PM
13    that you were uncomfortable with how he handled
14    it?
15         A   No.                         7:42:11PM
16         Q   Now, did you hear anyone that day when   7:42:14PM
17    you say they were laughing speak disparagingly
18    about the plaintiffs?
19         A   Repeat that question.        7:42:30PM
20         Q   You said you saw a number of people   7:42:31PM
21    laughing, and you believed that they were
22    laughing because of the events that took place
23    as it pertained to their jobs, correct?
24         A   Yes.                        7:42:44PM
```

TSG Reporting - Worldwide (877) 702-9580

Page 274

PAUL CAROLLO

1
2     Q    Did you specifically hear anyone that  7:42:44PM
3  day, in or out of the boathouse, speak
4  disparagingly of any of the plaintiffs?
5        MR. GRAFF:  Objection.          7:42:56PM
6     A    I can't remember.              7:43:00PM
7     Q    In response to one of Mr. Graff's  7:43:07PM
8  questions you said that everyone knew of
9  George's feelings of each of them.
10       MR. GRAFF:  Objection.          7:43:15PM
11 BY MR. NOVIKOFF:                       7:43:15PM
12    Q    Do you recall giving that answer?  7:43:17PM
13    A    Yes.                          7:43:19PM
14    Q    Would that include you?  Would you  7:43:20PM
15 also know George's feelings about each one of
16 them?
17       MR. GRAFF:  Objection.          7:43:27PM
18    A    Yes.                          7:43:28PM
19    Q    What was George's feelings about Ed  7:43:29PM
20 Carter?
21       MR. GRAFF:  Objection.          7:43:32PM
22       MR. CONNOLLY:  Objection.       7:43:33PM
23    A    Actually, I shouldn't say that.  I  7:43:34PM
24 don't know what his feelings were on Ed Carter.
25    Q    Okay.  So then my question is -- okay.  7:43:39PM

TSG Reporting - Worldwide (877) 702-9580

Page 275

PAUL CAROLLO

1
2  How about Kevin Lamm, do you know what George's
3  feelings were about Kevin Lamm?
4        MR. GRAFF:  Objection.          7:43:46PM
5        MR. CONNOLLY:  Objection.       7:43:48PM
6     A    I don't know.                 7:43:57PM
7     Q    What is your understanding of George  7:43:59PM
8  Hesse's feelings about Kevin Lamm?
9        MR. GRAFF:  Objection.          7:44:03PM
10       MR. CONNOLLY:  Objection.       7:44:04PM
11    A    What I stated already about the  7:44:04PM
12 handcuffing thing.
13    Q    Same question with regard to Frank  7:44:08PM
14 Fiorillo.
15       MR. GRAFF:  Objection.          7:44:10PM
16    A    The summons, the same thing about the  7:44:14PM
17 summonses.
18    Q    Same question about Tom Snyder.  7:44:16PM
19       MR. GRAFF:  Objection.          7:44:19PM
20    A    I don't know.  I'm not sure what  7:44:23PM
21 George's opinion of him was.
22    Q    Same question as to Joe Nofi.   7:44:26PM
23       MR. GRAFF:  Objection.          7:44:28PM
24    A    I can't say for sure that I never  7:44:56PM
25 heard -- I can't remember whether George --

TSG Reporting - Worldwide (877) 702-9580

Page 276

PAUL CAROLLO

1
2  whether I ever heard George say whether he was
3  dumb or not.
4     Q    Okay.  My question's a little bit more  7:45:04PM
5  general.
6     A    You're asking what George thinks about  7:45:06PM
7  them?
8     Q    Right.                        7:45:09PM
9     A    I can't specifically say that I heard  7:45:09PM
10 George say that.
11    Q    I'm not really asking you what George  7:45:12PM
12 may have said or not said.  My question to you
13 is, what is your belief as to what -- as to how
14 George felt about Joe Nofi?
15       MR. GRAFF:  Objection.          7:45:22PM
16       MR. CONNOLLY:  Objection.       7:45:23PM
17    A    My belief would probably be that --  7:45:25PM
18 you know, that he was dopey.
19    Q    Let's put you aside now.  Your  7:45:31PM
20 original answer was, in sum or substance,
21 everyone knew George's feeling about each of
22 them.  What was everyone's feeling about how
23 George felt about Frank Fiorillo?
24       MR. GRAFF:  Objection.          7:45:43PM
25    A    The same thing I just said.     7:45:49PM

TSG Reporting - Worldwide (877) 702-9580

Page 277

PAUL CAROLLO

1
2     Q    That's fine.  Nofi, same question.  7:45:52PM
3        MR. GRAFF:  Same objection.     7:45:55PM
4     A    Same thing.                   7:45:56PM
5     Q    Carter, same question.         7:45:57PM
6        MR. GRAFF:  Objection.          7:45:59PM
7     A    The same answer.              7:45:59PM
8     Q    Fiorillo?                     7:46:01PM
9        MR. GRAFF:  Objection.          7:46:02PM
10    A    Didn't we start with Fiorillo?  7:46:07PM
11    Q    Snyder?                       7:46:10PM
12       MR. GRAFF:  Objection.          7:46:10PM
13    A    Same thing.                   7:46:11PM
14    Q    Lamm?                         7:46:12PM
15       MR. GRAFF:  Objection.          7:46:13PM
16    A    Same thing.                   7:46:13PM
17    Q    And what is the basis for your belief  7:46:14PM
18 that you knew what everyone else thought
19 George's feelings were about each of the
20 plaintiffs?
21       MR. GRAFF:  Objection.          7:46:23PM
22 BY MR. NOVIKOFF:                       7:46:23PM
23    Q    It's a convoluted question, but it  7:46:26PM
24 actually makes sense.
25    A    Repeat it again.              7:46:30PM

TSG Reporting - Worldwide (877) 702-9580

Page 278

PAUL CAROLLO

1
2     Q   You've testified that, in your       7:46:32PM
3  opinion, everyone knew what George's feelings
4  were about each of the five plaintiffs.  So my
5  question now is, what is the basis for your
6  belief that, as you say --
7     A   Osmosis.                    7:46:47PM
8     Q   -- everyone else knew what George's   7:46:48PM
9  feelings were about each of these plaintiffs?
10        MR. GRAFF:  Objection.        7:46:53PM
11    A   Osmosis.                    7:46:56PM
12    Q   And being 30 years away from my earth  7:46:58PM
13  science class, what do you mean by osmosis?
14    A   Things just sucked in.        7:47:04PM
15    Q   What things?               7:47:05PM
16    A   Just conversations people had, I   7:47:15PM
17  guess.  Just being in a room.
18    Q   Let me ask you a question.  Based upon  7:47:20PM
19  your experience and time during those seasons,
20  what was -- was Frank Fiorillo well liked by a
21  majority of the other police officers?
22        MR. GRAFF:  Objection.        7:47:38PM
23    A   I don't think he was disliked.  I   7:47:41PM
24  don't know about well liked.  I liked Frank.  I
25  can't say whether people well liked -- well

TSG Reporting - Worldwide (877) 702-9580

---

Page 279

PAUL CAROLLO

1
2  liked?  I wouldn't say what anybody thought,
3  because once you get people on a personal level,
4  they have a different opinion of what they go
5  with their group.  So what someone may say about
6  Frank in a group, they may not say in person.
7     Q   So you don't really know who felt what  7:48:10PM
8  about any of the plaintiffs?
9     A   Absolutely.                 7:48:14PM
10    Q   That's fine.  I just want to get that  7:48:14PM
11  clear.
12        MR. GRAFF:  It's untimely, but    7:48:27PM
13  objection to the last question.
14  BY MR. NOVIKOFF:                   7:48:30PM
15    Q   You said a lot of people didn't like  7:48:53PM
16  them a lot.  That was in response to a question
17  that Mr. Graff asked you.  Do you want to
18  explain the basis for that answer?
19        MR. GRAFF:  Objection.        7:49:03PM
20    A   Can you ask that question again?   7:49:12PM
21    Q   Yeah.  I believe in response to one of  7:49:14PM
22  Mr. Graff's questions, you said that a lot of
23  people didn't like the plaintiffs a lot.  Do you
24  remember that?
25        MR. GRAFF:  Objection.        7:49:22PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 280

PAUL CAROLLO

1
2     A   I don't know if I stated that much,   7:49:28PM
3  but perhaps.
4     Q   What would be the basis for that   7:49:30PM
5  belief?
6     A   Just as what I stated before.  Just   7:49:32PM
7  conversations.  I don't know exact conversation.
8  I can't remember whether I heard specific
9  things.  Just, you know, you get the feeling of
10  things around you.
11    Q   So it was your feeling -- at what   7:49:45PM
12  point in time did you have this feeling that the
13  plaintiffs weren't well liked by the other
14  members of the police department?
15        MR. GRAFF:  Objection.        7:49:55PM
16    A   At what point?              7:49:56PM
17    Q   Yeah.                      7:49:58PM
18    A   I don't know.  Probably maybe the   7:50:09PM
19  second year.
20    Q   That would be the 2005 season?    7:50:12PM
21    A   2005, yeah.                 7:50:16PM
22    Q   Did the Bosettis ever talk to you   7:50:17PM
23  about their feelings about any of the
24  plaintiffs?
25        MR. GRAFF:  Objection.        7:50:24PM

TSG Reporting - Worldwide (877) 702-9580

---

Page 281

PAUL CAROLLO

1
2     A   Personally?                 7:50:27PM
3     Q   Yeah.  To you personally.      7:50:28PM
4        MR. GRAFF:  Objection.        7:50:32PM
5     A   No.                       7:50:32PM
6     Q   How about Ty Bacon?         7:50:37PM
7        MR. GRAFF:  Objection.        7:50:49PM
8     A   Did Ty ever speak to me personally?   7:50:55PM
9     Q   Yeah, about any of the plaintiffs.   7:50:58PM
10        MR. GRAFF:  Objection.        7:50:59PM
11    A   No.                       7:51:00PM
12    Q   Last question, hopefully.  Did you   7:51:05PM
13  ever hear the plaintiffs make any antisemitic
14  remarks?
15    A   Did I ever hear the plaintiffs make   7:51:14PM
16  any antisemitic remarks.  No.
17        MR. NOVIKOFF:  I have no further   7:51:18PM
18  questions.
19        MR. GRAFF:  Just a couple of      7:51:20PM
20  follow-ups on some of Mr. Novikoff's
21  questions.
22  EXAMINATION                       7:51:24PM
23  BY MR. GRAFF:                     7:51:29PM
24    Q   Going back to the Southampton     7:51:30PM
25  post-termination employment.  Do you remember

TSG Reporting - Worldwide (877) 702-9580

Page 282

PAUL CAROLLO

1   what I'm talking about?
2       A   Yes.                          7:51:36PM
3       Q   Did you have -- do you have any   7:51:36PM
4   doubt -- although you can't remember the
5   specifics of what was said, do you have any
6   doubt that George Hesse communicated in
7   substance that the reference he had given was
8   negative?
9           MR. NOVIKOFF: Objection.       7:51:48PM
10          MR. CONNOLLY: Objection.       7:51:49PM
11      A   Do I have any doubt? I doubt   7:51:50PM
12  everything I say. But that's what I felt.
13      Q   As far as the word "dopey" as you used   7:52:00PM
14  to characterize other people's feelings for
15  Mr. Nofi, did whatever you're using the word
16  "dopey" to describe have any bearing on
17  Mr. Nofi's effectiveness or qualifications as a
18  police officer?
19          MR. CONNOLLY: Objection to the form.   7:52:22PM
20          MR. NOVIKOFF: Objection.       7:52:24PM
21      A   You know, I have no personal knowledge   7:52:25PM
22  of that. I never really worked with him side by
23  side. So I would just be going off -- I really
24  can't form an opinion on it.

TSG Reporting - Worldwide (877) 702-9580

Page 283

PAUL CAROLLO

1       Q   To the extent that it was your   7:52:36PM
2   perception that other people saw him as dopey,
3   was it your perception that that had to do with
4   how he performed as a police officer?
5           MR. NOVIKOFF: Objection. Foundation. 7:52:48PM
6           MR. CONNOLLY: Objection.       7:52:50PM
7       A   Hit me with that one again.    7:52:53PM
8       Q   Sure.                          7:52:55PM
9           Whatever you're describing as dopey as   7:52:59PM
10  far as other people's views of Mr. Nofi, did
11  those views or that dopiness have anything to do
12  with his performance as a police officer?
13      A   What other people thought or what I   7:53:09PM
14  thought?
15      Q   What other people thought.     7:53:12PM
16          MR. NOVIKOFF: Objection.       7:53:13PM
17      A   I can't speak for what -- I would   7:53:14PM
18  assume that's why they were saying it. It's
19  only an assumption.
20      Q   Did you believe that -- is it your   7:53:20PM
21  opinion that Joe Nofi was dopey, as you've used
22  the term?
23      A   I wouldn't view him as -- he has   7:53:34PM
24  his -- it's one of those things that you have

TSG Reporting - Worldwide (877) 702-9580

Page 284

PAUL CAROLLO

1   to -- to meet him is to understand it. I mean,
2   to sit here and say it is really unfair. Just
3   his mannerisms or whatever. I think it's unfair
4   to make a statement about that because it's more
5   of -- it's not an action as much as a way about
6   you.
7       Q   And based on your own experience with   7:54:02PM
8   Mr. Nofi, I believe I asked you earlier, did you
9   believe that he was a good police officer?
10          MR. NOVIKOFF: Objection.       7:54:09PM
11          MR. CONNOLLY: Objection.       7:54:10PM
12          MR. NOVIKOFF: Foundation. I don't   7:54:10PM
13  think he's had experience with Nofi.
14      A   Yeah.                          7:54:13PM
15      Q   Did you have any view one way or the   7:54:14PM
16  other with respect to Joe Nofi?
17          MR. NOVIKOFF: Objection.       7:54:18PM
18      A   No.                            7:54:19PM
19      Q   Mr. Novikoff had asked you some   7:54:20PM
20  questions about the extent to which you worked
21  side by side with the plaintiffs at Ocean Beach.
22  Who did you work side by side with primarily in
23  the '05 summer season?
24      A   No one in particular. I mean, I   7:54:41PM

TSG Reporting - Worldwide (877) 702-9580

Page 285

PAUL CAROLLO

1   worked with Frank. I've worked with Kevin.
2   There was Ken Boggleman. Dyer was there the
3   first year. I don't remember if he was there
4   the second year. Pat Cherry was on for a few of
5   them. There were a few different people.
6       Q   And other than the names that you've   7:55:11PM
7   mentioned, were there any other people that you
8   worked with side by side in the '06 season?
9       A   There was a group of guys that came   7:55:32PM
10  from Suffolk corrections. I don't remember what
11  year that was. Maybe that '04, '05. I don't
12  remember what year they came.
13      Q   And did you work side by side with any   7:55:42PM
14  of those individuals that you're referring to?
15      A   Yeah. I wouldn't say side by side,   7:55:49PM
16  but, you know, I was around them more.
17      Q   Around them more?              7:55:55PM
18      A   Well, in other words, they -- I think   7:55:57PM
19  they worked the 9-to-5 shift too. Maybe some of
20  them worked midnight.
21      Q   Did you work with those individuals   7:56:09PM
22  side by side more than you did with Frank
23  Fiorillo?
24      A   No.                            7:56:16PM

TSG Reporting - Worldwide (877) 702-9580

Page 286

PAUL CAROLLO

1
2     Q   On the occasions when you did work   7:56:17PM
3  with Frank Fiorillo, did you ever write
4  summonses with him?
5     A   Yeah, I'd say so.          7:56:25PM
6     Q   Based on your experience writing   7:56:27PM
7  summons with Mr. Fiorillo, in your opinion, was
8  there anything wrong with his summons writing
9  practices?
10       MR. NOVIKOFF:  Objection.       7:56:34PM
11    A   His practices?  No.       7:56:35PM
12    Q   Going back to the April 2nd meeting.   7:56:39PM
13  Did you see whether George Hesse met privately
14  with anyone other than the plaintiffs before
15  that meeting started?
16    A   There were a few people on the thing.   7:57:04PM
17  I think he must have.  I can't say for sure.  I
18  can't even say that I saw him specifically
19  meeting -- it's more of a knowledge than sight
20  that they met personally.  I don't know if the
21  three or if it was two at a time or one at a
22  time.  I'm not sure about it.
23    Q   Other than the plaintiffs, did you see   7:57:20PM
24  anyone else go in with Hesse, whether it
25  was one at a time or two at a time or three at a

TSG Reporting - Worldwide (877) 702-9580

Page 287

PAUL CAROLLO

1  time?
2     A   I would've thought there was, but I   7:57:35PM
3  can't remember seeing exactly anything.
4     Q   After the point where you saw them   7:57:40PM
5  walking to the water taxi, how much time passed
6  until people then moved inside for the meeting?
7     A   Less than 10 minutes, probably.   7:57:55PM
8     Q   And then when people were inside   7:58:01PM
9  milling around after they moved in, about how
10  much time passed after -- from when people moved
11  in until the meeting got underway?
12    A   Say that again.          7:58:12PM
13    Q   Once people started moving inside and   7:58:14PM
14  were milling around inside, how much milling
15  around time was there until the meeting actually
16  started?
17       MR. CONNOLLY:  Objection.       7:58:24PM
18    A   It was all pretty instant.  It all   7:58:27PM
19  kind of happened very quick.
20    Q   Do you recall whether when people were   7:58:39PM
21  outside, before any of the plaintiffs went in,
22  whether people had formed a line?
23    A   Before they went in, I believe so.   7:58:53PM
24    Q   And who was in that -- were the   7:58:55PM

TSG Reporting - Worldwide (877) 702-9580

Page 288

PAUL CAROLLO

1  plaintiffs in that line?
2     A   I can't say who was in the line.   7:58:58PM
3     Q   Do you recall anyone else being in the   7:59:02PM
4  line aside from plaintiffs?
5     A   I thought there was.       7:59:06PM
6     Q   Do you recall that plaintiffs were in   7:59:09PM
7  the line?
8     A   I can only assume -- yeah, they were   7:59:19PM
9  inside.  They obviously were inside.  This is
10  all obvious things.  I saw them walking out.
11  Not paying attention or realizing what's going
12  on.  So I remember a line going up.  When they
13  were on it or exactly how that all transpired or
14  was there anybody else on it or was it only the
15  four of them, I can't say.
16    Q   Did you see Ty Bacon come off the   7:59:46PM
17  water taxi on the day of the meeting?
18    A   No.                 7:59:51PM
19    Q   At what point -- on April 2nd at the   7:59:57PM
20  meeting or at any point around the meeting on
21  April 2nd, did you get a new ID?
22    A   I think he handed out -- yeah, he was   8:00:06PM
23  taking pictures.  You know what, did we get it
24  then or did he just take the picture?  I think

TSG Reporting - Worldwide (877) 702-9580

Page 289

PAUL CAROLLO

1  he was taking a picture.
2     Q   Just one more.  Mr. Novikoff was   8:00:23PM
3  asking you some questions about what
4  specifically was the basis for your testifying
5  that George Hesse was laughing or thought it was
6  humorous that the plaintiffs had been fired.
7  Let me get to my question.
8     Do you have any doubt that you   8:00:42PM
9  observed George Hesse expressing amusement or
10  laughter over the fact that plaintiffs had been
11  fired before the April 2nd meeting started
12  when people were inside?
13       MR. CONNOLLY:  Objection.       8:00:55PM
14       MR. NOVIKOFF:  Objection.       8:00:56PM
15    A   Reask that.          8:00:58PM
16    Q   Once people moved inside for the   8:00:59PM
17  meeting, before the meeting started, do you
18  believe that you saw George Hesse laughing about
19  plaintiffs being fired?
20    A   There were a bunch of people laughing.   8:01:12PM
21       MR. NOVIKOFF:  What was that answer?   8:01:14PM
22       THE WITNESS:  There were a bunch of   8:01:15PM
23  people laughing.

TSG Reporting - Worldwide (877) 702-9580

Page 290

```
 1          PAUL CAROLLO
 2   BY MR. GRAFF:              8:01:17PM
 3      Q   Do you have any doubt that the source  8:01:18PM
     of their amusement was the fact that plaintiffs
 4
 5   had been terminated, whether or not you remember
     specifically what was said?
 6
 7          MR. NOVIKOFF: Objection. Foundation. 8:01:26PM
 8          MR. CONNOLLY: Objection.        8:01:30PM
 9      A   Yeah, I believe that's what they were  8:01:31PM
10   laughing about.
11      Q   And the basis for your belief was your  8:01:35PM
12   observations?
13      A   My observations.        8:01:38PM
14          MR. GRAFF: Thank you again for coming  8:01:40PM
15   in today.
16          (Time noted 8:01 p.m.)       8:01:42PM
17          _____       8:01:42PM
18          PAUL CAROLLO        8:01:42PM
19                         8:01:42PM
     Subscribed and sworn to before me       8:01:42PM
20   this      day of      , 2009   8:01:42PM
                             8:01:42PM
21   _____            8:01:42PM
22                8:01:42PM
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 291

```
 1          PROCEEDINGS
 2        C E R T I F I C A T E
 3
 4      I, JUDI JOHNSON, RPR, CRR, CLR, a Notary Public in
 5   and for the State of New York, do hereby certify:
 6      THAT the witness whose testimony is hereinbefore
 7   set forth, was duly sworn by me; and
 8      THAT the within transcript is a true record
 9   of the testimony given by said witness.  I further
10   certify that I am not related, either by blood or
11   marriage, to any of the parties to this action; and
12      THAT I am in no way interested in the outcome of
13   this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15   my hand this 21st day of August, 2009.
16
17
18      _____
19          JUDI JOHNSON, RPR, CRR, CLR
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 292

```
 1          PROCEEDINGS
 2             INDEX
 3   ATTORNEY              PAGE
 4      By Mr. Graff           8
 5      By Mr. Connolly         243
 6      By Mr. Novikoff        245
 7      By Mr. Graff           281
 8
 9
10
11      INDEX OF CAROLLO EXHIBITS
12   I.D.         DESCRIPTION      PAGE
13   Exhibit 1   A subpoena dated May 12th, 2009   12
14   Exhibit 2   A subpoena dated July 24th, 2009   12
15   Exhibit 3   A one-page document bearing     63
16        Bates number P 926
17   Exhibit 4   A photocopy          67
18   Exhibit 5   A photocopy          67
19   Exhibit 6   A one-page document bearing     73
20        Bates No. P 925
21   Exhibit 7   A one-page document bearing     82
22        Bates No. 2662
23   Exhibit 8   A document entitled Incorporated  135
24        Village of Ocean Beach handbook
25        Bearing Bates numbers 0001 through 25
```

TSG Reporting - Worldwide (877) 702-9580

Page 293

```
 1          PROCEEDINGS
 2   INDEX OF CAROLLO EXHIBITS CONTINUED
 3   I.D.      DESCRIPTION      PAGE
 4   Exhibit 9   A letter dated April 18, 2006    138
 5   Exhibit 10  Posts numbered 550, 553 and 556  149
 6        on the Schwartz report blog thread
 7        Ocean Beach police corruption
 8   Exhibit 11  A one-page document bearing     157
 9        Bates No. 004420
10   Exhibit 12  Complaint            174
11   Exhibit 13  Bates document 4431         214
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide (877) 702-9580

Page 294

```
 1              ERRATA SHEET
 2   NAME OF CASE:  CARTER V. OCEAN BEACH
 3   DATE OF DEPOSITION: AUGUST 11, 2009
 4   NAME OF WITNESS:  PAUL CAROLLO
 5
 6   Reason codes:
 7       1. To clarify the record.
 8       2. To conform to the facts
 9       3. To correct the transcription
10          errors.
11   Page _____ Line _____ Reason _____
12   From _____ to _____
13   Page _____ Line _____ Reason _____
14   From _____ to _____
15   Page _____ Line _____ Reason _____
16   From _____ to _____
17   Page _____ Line _____ Reason _____
18   From _____ to _____
19   Page _____ Line _____ Reason _____
20   From _____ to _____
21   Page _____ Line _____ Reason _____
22   From _____ to _____
23
24   _____
     PAUL CAROLLO
25
```

TSG Reporting - Worldwide (877) 702-9580

---

**A**

**Abbott (1)**
79:13
**ability (1)**
11:11
**able (10)**
11:22 14:24 23:17
24:17 50:13 70:3
80:14 104:19 133:6
150:17
**absolutely (3)**
11:3 131:16 279:9
**abusive (1)**
115:17
**academy (31)**
20:3 26:18,24 27:4,6
27:17,19,24 30:2,14
31:3,24 32:5,6,10
34:18,21,22 35:2,6
35:23 36:14 44:20
45:2 46:18 51:21,25
84:11 158:14,16
177:24
**accent (2)**
111:16,17
**access (12)**
150:19 151:2,11,16
151:23 152:4,7,14
152:17,25 153:23
153:25
**accurate (1)**
82:5
**accused (4)**
125:9,14,16 126:23
**acknowledge (1)**
245:9
**acquittal (1)**
230:15
**acquitted (1)**
97:25
**ACTING (1)**
1:11
**action (5)**
117:24 178:16,24
284:6 291:11
**actions (2)**
226:3,5
**activities (4)**
105:8,16,22 106:5
**acts (1)**
188:13
**actual (4)**
20:6 55:18 69:10
187:21
**add (3)**
10:25 65:2 97:5
**added (1)**
72:19

**additional (1)**
158:20
**address (6)**
6:7 24:11,12 50:20,22
51:4
**administer (1)**
5:13
**administered (4)**
33:8,11 55:10,18
**admit (1)**
146:9
**ads (1)**
136:10
**advise (4)**
249:11,24 254:12,17
**advises (1)**
97:11
**affect (1)**
11:11
**afford (1)**
14:22
**afternoon (1)**
10:25
**age (1)**
204:7
**agencies (1)**
33:9
**agenda (1)**
83:21
**agility (1)**
31:13
**ago (7)**
36:24,25 48:8 173:15
173:15 198:18
218:14
**agree (6)**
112:10 118:21,23,25
118:25 119:7
**AGREED (3)**
5:2,6,10
**agreement (1)**
110:10
**ahead (2)**
89:4 106:16
**aimed (1)**
128:16
**alcohol (10)**
162:24 163:6 170:5
170:19,21 171:8
191:17 201:8,9,10
**alcoholic (8)**
11:18 161:19 164:7
169:17,21 172:8
180:22 181:2
**allegation (4)**
179:13 192:14,19
207:8
**allegations (11)**

182:16 194:3 198:12
214:21 230:9 231:5
231:11,18,22 233:5
244:18
**alleged (6)**
180:18 182:5 192:11
196:21 198:20
231:9
**allegedly (1)**
223:6
**Allison (3)**
1:14 177:16,19
**altercation (3)**
236:4,7,11 237:20
239:14 241:8
**altogether (1)**
88:17
**Amendment (3)**
100:14 240:24 241:4
**amount (3)**
260:16 261:18 263:21
**amusement (2)**
289:10 290:4
**amusing (1)**
116:24
**Andrew (1)**
18:18
**and/or (1)**
86:10
**angry (1)**
107:22
**animosity (8)**
92:10,11,18,20 93:6
109:19,24 116:10
**annual (9)**
62:3 83:9 85:24 86:9
137:22,24 244:6
262:4 267:13
**answer (58)**
8:15,16 9:19 10:19
11:2,22 23:4,6,8,10
23:15,18 24:10 25:3
36:15 49:8,16 54:15
54:16 58:17 61:19
67:25 70:3 74:25
80:17 81:5 85:11
96:5,10,12 99:2,25
100:21 101:21,23
102:6,8 118:6
128:21,24 129:5
138:18 139:21
160:21 175:24
226:20 229:3,5,12
232:17 239:7 247:9
260:13 274:12
276:20 277:7
279:18 289:22
**answered (10)**
69:14 70:16 72:7

74:12 105:11
150:14 168:13
213:18 232:16
268:18
**answering (7)**
10:7 58:3 68:8 101:2
129:2 175:22
**answers (7)**
10:4,15 23:13 68:19
81:7,15 233:21
**anticipated (1)**
174:23
**antisemitic (2)**
281:13,16
**anybody (34)**
15:5 29:8 30:16 46:14
58:22 66:14 71:4
72:22 90:22 91:4
93:2,11 123:11
125:19 126:23
128:11 129:6
145:12,24 146:3
154:19 160:12
168:24 173:12
179:20 191:15
195:17 212:11
215:25 245:5
250:13 265:4 279:2
288:15
**anymore (2)**
97:20 272:22
**anyway (1)**
153:18
**apartment (19)**
188:3,5,20 196:25
197:24 199:4,16
200:12,19 201:7,17
203:13,20 204:5,25
244:21 245:3,6,9
**apologize (1)**
99:14
**apparently (1)**
170:17
**appear (1)**
100:6
**APPEARANCES (2)**
3:2 4:2
**appeared (2)**
46:11 85:8
**applicable (2)**
102:5 261:19
**applicant (6)**
30:23,25 31:7,8,9,17
**application (2)**
28:15 29:5
**apply (1)**
28:8
**applying (6)**
28:11 29:6 245:18,23

246:10 247:23
**appreciate (1)**
24:2
**approach (1)**
112:12
**appropriate (2)**
25:11 117:23
**approximately (2)**
38:24 39:2
**April (32)**
43:25 83:16,19,22
84:2 116:20 120:4,7
137:14,19,22 138:7
138:22 139:10,14
178:17 208:2
220:21 243:25
244:5,5,6 249:17,24
262:4 263:8 267:13
286:12 288:20,22
289:12 293:4
**area (6)**
24:8,19 115:9 123:24
181:6,9
**areas (6)**
24:14 25:2 80:12,17
96:2 156:18
**Ari (13)**
7:10 39:7 57:13 58:12
69:4 82:2 94:25
146:7 152:19 154:6
208:24 226:20
229:25
**ARIEL (1)**
3:7
**arising (1)**
105:19
**Arnie (2)**
236:14 241:4
**Arnold (1)**
240:8
**arrange (1)**
18:9
**arrest (18)**
37:4,12,18,19,24 38:4
38:7,10,11,18 49:23
117:19 130:23
235:24 237:17
241:5,7 261:23
**arrested (4)**
49:24 234:24,25
236:9
**arresting (5)**
47:9,16 235:12,15,16
**arrests (2)**
103:16,24
**arrive (2)**
240:4,9
**arrived (9)**
80:3 200:8 235:21

236:16,25 237:24
239:3 240:2,5
**articulate (1)**
256:13
**aside (6)**
76:6 128:20 214:7,24
276:19 288:5
**asked (26)**
17:21 48:22 69:14
70:15 72:6 74:12
79:11,16 96:10
102:19 123:20
144:18 150:13
181:12 198:6
205:16 209:8
213:17 223:19
226:14 232:21
267:10 268:18
279:17 284:9,20
**asking (42)**
6:17 7:18 17:3 32:16
43:12 60:3 61:9
65:22 88:17 114:19
119:21 122:10
123:25 125:5 154:7
162:18 183:16
185:8 195:16
197:21 204:19
205:23 209:5
211:25 221:13,15
233:20 238:10,12
238:16 239:20
256:14,22,25
258:22,23 266:15
267:8 272:11 276:6
276:11 289:4
**asks (1)**
9:11
**aspect (4)**
16:12 249:8,13,19
**assailant (1)**
211:6
**assaulter (1)**
211:6
**assembled (1)**
149:18
**assert (3)**
99:3 100:6 101:11
**assertion (1)**
102:2
**assessment (1)**
27:22
**asshole (1)**
230:18
**assigned (3)**
113:7 180:5,10
**assignment (3)**
226:4,12 227:3
**assistance (1)**

240:19
**association (1)**
60:20
**assume (13)**
10:20 33:16 63:4 66:4
81:4 84:3 88:16
102:2 158:25
188:12 202:9
283:19 288:9
**assumed (3)**
63:13,14 183:17
**Assumes (1)**
122:17
**assuming (5)**
33:13 37:18 146:2,5
232:24
**assumption (13)**
12:23 61:20,23 68:2,8
68:9,11,17 69:2
71:13 85:4 203:10
283:20
**attain (2)**
27:3,8
**attempted (2)**
201:20,21
**attend (3)**
26:25 51:10,18
**attended (1)**
51:14
**attending (1)**
86:8
**attends (1)**
83:18
**attention (4)**
72:21 88:15 244:17
288:12
**attorney (28)**
6:12 12:2 14:4,15,19
14:22,25 15:6,11,18
16:7,13 17:16,18
19:4,9 100:3 101:20
128:10,17,18,20
129:9,15 227:5
244:9,13 292:3
**attorneys (9)**
3:4,10,18 4:5,13 5:3
13:16 17:14 36:22
**Attorney's (2)**
7:7 125:17
**Attorney-client (1)**
100:14
**ATTORNEY1 (2)**
39:11 154:11
**August (4)**
1:19 2:4 291:15 294:3
**authority (3)**
37:12 45:24 152:25
**authorization (3)**
151:24 153:4 222:12

**authorized (5)**
5:12 151:2,7,16,18
**auto (1)**
61:15
**availability (1)**
80:20
**available (2)**
150:21 166:22
**Avenue (1)**
3:5
**averaging (1)**
39:16
**avoid (1)**
146:25
**aware (29)**
27:9 28:17 30:25
35:10 43:17 49:25
55:21 57:25 64:12
65:11,16 105:22
115:24,25 116:9
117:7 140:3 151:21
153:9 158:6 171:23
181:22 183:20
191:16 207:2
233:16 234:4
242:13,25
**Awly (1)**
77:19
**a.m (1)**
40:22

_____
**B**
**B (2)**
1:12 3:10
**back (51)**
10:25 15:14 23:21
25:7 48:14 52:9
71:7 92:17 96:17
106:18,20,25 113:3
114:24 115:2
116:25 117:16,18
117:22 124:16,19
143:3 144:18,21,23
145:10,11 158:15
189:4,4 198:4 205:5
205:20 208:6,16
212:25 216:19
226:14,18,23,25
227:8,10 230:14
235:18 241:14
248:22,24 253:23
281:24 286:12
**background (7)**
28:14 29:11,14 31:14
45:15 46:12 51:7
**backing (1)**
115:2
**backtrack (1)**
223:24

**backwards (1)**
197:16
**Bacon (3)**
150:11 281:6 288:17
**bad (11)**
131:25 133:2 213:3
245:18,19,24 246:8
247:5,13 248:4
269:19
**bag (1)**
222:17
**balcony (5)**
197:6 199:11,16
271:10,13
**ball (1)**
175:21
**bandanna (1)**
184:11
**banging (1)**
211:18
**bar (4)**
171:25 172:5,7,19
**barged (2)**
211:16,18
**barracks (16)**
135:6 163:2,10,13
186:17,20,25
188:17,21,24
189:15,19 190:9,25
191:10 258:2
**bars (6)**
171:12,18,21,24
172:15 173:11
**base (1)**
46:16
**based (11)**
71:12 115:14 134:10
232:18,19 235:2
243:10 266:17
278:18 284:8 286:6
**basic (1)**
213:6
**basically (1)**
28:13
**basis (32)**
21:9 23:17 32:15
49:18,21 91:18
96:11 97:22 99:24
107:21 113:6
114:10 117:5
119:12 159:8
172:13 198:14
199:19 222:20
231:17 232:22
246:2 248:17
262:10 266:12
268:17 277:17
278:5 279:18 280:4
289:5 290:11

**Bates (19)**
63:19,21 73:4,6 82:17
82:19 135:23 136:3
138:5 157:18,20
214:13 223:21
292:16,20,22,25
293:9,11
**bathroom (7)**
68:12,13 69:11,16
72:23 188:25
211:15
**battling (1)**
117:16
**bay (2)**
207:10,18
**Beach (166)**
1:8,11 3:18,19 16:16
16:17 20:2,6,15
21:5,23 22:4,12,20
23:2 24:23 25:15
26:13,17,21 27:8
28:2,7,18,23 29:5
29:15,19 30:12,22
31:18,24 33:21
34:15 35:5,13,19
36:12,19 37:3,6,10
37:16,17 38:3,21
42:22 43:2,19 44:21
45:4,12,18 46:20
47:3,11 49:12,24
55:22 56:8,17,25
58:9 59:7,13,21
60:21 61:7,18,24
62:20 63:3,10,14
64:14 65:13,17
68:15,22 72:24
73:15 75:22 76:4
77:2 78:15 86:22
96:8,21 97:4 98:16
101:4 105:16 106:3
108:12 110:18
113:24 125:24
127:22,23 128:4
129:21 130:8
133:19 135:8,12,23
136:2,14 137:3
138:5 139:4 141:12
142:3 149:7,11
154:21,24 156:2,6
156:15 158:8,24
161:17 171:12,18
171:24,25 172:5,20
176:6,6,14,18,20
177:6 178:6 179:2
180:3 181:23
185:10 186:16,24
186:24 187:16
190:18 194:8,17
195:21 215:12

217:18 220:11
222:6 225:22
226:13 227:3
228:14 229:10
231:13,19 233:17
234:21 259:12
284:22 292:24
293:7 294:2
**beacon (1)**
238:10
**bearing (17)**
63:19,21 73:4,6 82:17
82:19 135:23 136:3
157:18,20 223:21
282:17 292:15,19
292:21,25 293:8
**beating (1)**
230:10
**becoming (1)**
178:5
**bedrooms (1)**
189:14
**beds (3)**
189:5,6,11
**BEE (1)**
4:3
**beer (8)**
163:6 173:3,3 181:13
197:5 200:14
201:12,15
**beers (3)**
173:2 191:6,8
**beginning (6)**
21:3 80:3,4 101:4
131:6 239:21
**behalf (2)**
95:4,7
**behave (1)**
243:11
**belief (13)**
115:16 118:4,14
222:20 262:10
272:20,21 276:13
276:17 277:17
278:6 280:5 290:11
**believe (78)**
17:21 33:14 34:20
38:20 40:17 66:17
70:18,18 74:11
79:20 81:19 82:8
83:15 84:15 85:5
87:4 91:14 93:3
98:6,10 102:4 105:7
105:14 112:20,21
115:14 120:5
121:19 128:4,9
129:20 130:7,16,24
132:9 133:21
136:24 137:8

153:12 154:9,11
164:8 171:3 176:11
185:5 187:5,9 190:7
195:3 202:21 204:7
206:18 210:9
215:13 222:15,18
225:2,14 233:18
234:6 243:21,24
244:15,19 245:2
246:10,18 248:19
253:25 270:12,21
279:21 283:21
284:9,10 287:24
289:19 290:9
**believed (7)**
62:15 110:6 114:4
125:22 126:10
249:18 273:22
**believing (1)**
91:18
**bell (1)**
126:20
**benefit (2)**
44:14 110:15
**best (10)**
10:7 14:2 18:4 23:19
88:20 102:25
109:24 173:9 176:9
213:4
**better (2)**
40:11 258:6
**beverage (3)**
169:18,22 172:9
**beverages (5)**
11:18 161:19 180:22
181:2,8
**beyond (1)**
39:15
**bickering (1)**
144:22
**big (5)**
169:12 183:23 205:9
205:19 272:14
**biggest (1)**
165:24
**bike (2)**
40:10,11
**bit (6)**
96:18 109:15 198:23
205:6 259:21 276:4
**blame (1)**
82:3
**block (1)**
202:24
**blog (40)**
139:12,22 140:2,3,8
140:11,21,24 141:4
141:9,11,16 142:7
142:11,12 143:5,8

143:15,21,25 144:4
145:4,16 146:9
147:9,20 148:2,18
149:7,10,17,25
150:12 155:17,22
155:22 208:6,15,15
293:6
**blogs (3)**
140:17 141:5,7
**blood (1)**
291:10
**blotter (4)**
103:18,24 104:5
107:14
**blue (1)**
175:4
**board (1)**
63:12
**boat (3)**
88:10,10,11
**boathouse (7)**
269:17,25 270:5,9,10
270:14 274:3
**bodybuilder (1)**
241:6
**Boggleman (1)**
285:3
**bong (3)**
200:16,17 205:8
**book (4)**
136:25 137:2,11,16
**Bosetti (15)**
56:4,6,9,12,16,21
57:4 135:7,11,17
162:10 163:16
211:8,11,22
**Bosettis (7)**
162:5 184:25 186:12
207:9,23 210:20
280:22
**bottles (1)**
163:5
**bought (3)**
60:24 61:8,15
**boyfriend (3)**
206:7,14 207:2
**boyfriend's (1)**
206:8
**Boyle (25)**
80:16 81:4 94:22,24
95:9,13,16,19,22
96:15 97:24 98:5,8
98:12,23 99:9,12,16
99:20 101:9,21
102:17,21,25 103:2
**brands (1)**
181:13
**break (7)**
11:6,7 27:18 235:13

235:14 242:20
255:14
**breakdowns (1)**
21:12
**breaking (1)**
153:2
**brief (1)**
233:9
**briefly (5)**
7:13 8:9 218:22 228:4
228:20
**bring (4)**
117:18,22 119:3
253:23
**bringing (4)**
85:2 118:18 119:11
145:10
**broad (2)**
59:17 252:3
**broader (1)**
101:7
**broke (4)**
235:5,8,11,21
**broken (3)**
66:17,23,24
**Brooklyn (1)**
111:14
**brought (3)**
100:11 142:23 238:18
**brutality (7)**
231:6,12,18,23 232:4
232:10 233:6
**building (5)**
55:5,7 88:12 156:17
188:23
**bunch (4)**
61:15 213:19 289:21
289:23
**bureau (1)**
178:2
**busy (1)**
107:13

_____
        **C**
_____

**C (3)**
1:8 291:2,2
**cabinet (2)**
207:9,18
**call (12)**
15:9 36:20 80:15
103:23 112:24
113:14,21 215:21
215:23 218:14
229:14 246:20
**called (17)**
6:3 15:8 19:6 24:6
30:22 36:20 40:8
60:21 87:23 88:3

94:22 114:4,18
202:21 219:3 238:2
240:19
**calling (4)**
103:18 104:5 107:13
199:25
**camera (2)**
66:8,11
**cameras (1)**
65:23
**Campbell (7)**
132:2,5,8,18 205:18
205:23 207:3
**campsite (1)**
263:23
**cans (3)**
162:23 163:5 201:11
**capacity (5)**
1:9,11,13,15 47:8
**car (1)**
257:20
**card (3)**
63:7 84:19 85:9
**cards (3)**
84:25 85:5,6
**care (1)**
11:10
**careers (1)**
178:13
**Carollo (342)**
1:18 2:13 3:1 4:1 5:1
6:1,2,9 7:1 8:1,9,18
9:1 10:1 11:1 12:1
12:18 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1,4 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1,4
65:1 66:1 67:1,19
68:1 69:1 70:1,7
71:1 72:1 73:1,3,10
74:1 75:1 76:1 77:1
78:1 79:1 80:1,19
80:23 81:1,5 82:1
82:16,23,24 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
95:15,18 96:1,4,10
96:20 97:1,5,9,10

97:24 98:1,3,7,11
98:12 99:1 100:1,24
101:1,11 102:1
103:1,5 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1,9 137:1 138:1
139:1,13 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1,5
149:15,24 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1,17 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1,7,13 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1,7
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
214:17 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1,20,24 224:1
225:1,8 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1,21 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1

263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1,18 292:11
293:2 294:4,24
**Carollo's (1)**
110:14
**carpenter (4)**
33:25 34:2,4,9
**carpentry (1)**
34:7
**carry (1)**
104:20
**carrying (1)**
111:22
**cars (1)**
114:24
**Carter (25)**
1:3 60:10 86:18 116:8
126:22 127:4,10,17
133:25 134:5,11,20
134:24 251:12
254:4 256:8 258:19
258:19 259:10,13
261:6 274:20,24
277:5 294:2
**Carter's (1)**
126:14
**case (40)**
6:14 7:8 16:24 17:11
48:10,18 49:11,14
50:7 53:12,15,24
54:3,5 85:13,17
98:18 99:11,16
143:2,3 173:17
192:25 221:6 226:7
227:17,21,24,25
229:20 231:3,24
232:2 233:19 234:5
237:10,13 239:10
239:12 294:2
**cases (8)**
50:10 54:6 96:8 232:5
232:11,24 233:7,20
**categories (1)**
102:7
**category (1)**
101:8
**caught (2)**
117:20 143:24
**cell (2)**
181:17,25
**certain (9)**

9:17 40:3 48:22 88:24
145:11 154:14
164:23 175:18
256:15
**certainly (14)**
33:4 42:6,16 58:4
75:12 90:7 92:5
106:16 143:17
218:6,6 246:11
250:12 271:8
**certification (6)**
27:3 35:11 51:22
54:23 59:9,21
**certifications (1)**
51:23
**certified (12)**
2:17,18 35:17 36:3,10
38:16 55:22 56:16
57:9 58:5,6,9
**certify (2)**
291:5,10
**chambers (4)**
153:3,7,13,14
**chance (6)**
9:14 12:18 138:11
157:24 174:14
181:19
**change (4)**
42:17 157:4 218:23
218:24
**changed (4)**
40:18 210:6,25 211:4
**chaotic (2)**
243:14,15
**characterize (2)**
110:17 282:15
**characterized (2)**
25:23 227:15
**charge (4)**
29:18 41:3 61:17
213:11
**charges (3)**
228:2 238:6,23
**chase (1)**
148:13
**cheated (1)**
188:19
**cheered (1)**
123:5
**cheering (2)**
123:2,10
**Cherry (1)**
285:5
**Chester (1)**
177:19
**chief (5)**
1:12 29:25 139:11
177:2 249:11

**children (1)**
51:5
**choice (2)**
8:18 132:23
**choose (1)**
256:23
**chose (1)**
213:8
**Chris (2)**
113:25 114:3
**Christmas (2)**
62:4,5
**circle (1)**
263:22
**circuit (1)**
182:9
**circumstances (2)**
24:22 96:25
**city (1)**
82:10
**civil (2)**
1:14 30:17 32:11,20
32:23 33:12,17
35:10,11,18 36:4,10
36:18,21 53:16
58:25 59:4,9,14,20
179:18 230:15
**civilian (7)**
40:8 54:11 112:5
113:15 114:5
168:23 180:23
**civilians (2)**
111:22 191:22
**civilly (1)**
238:18
**CJ's (2)**
164:5,6
**claims (1)**
231:6
**clarify (3)**
258:21 264:6 294:7
**class (9)**
20:16,23 46:18,19,23
46:25 156:10,13
278:13
**classes (1)**
187:18
**classified (3)**
21:13 55:5 225:23
**clean (1)**
10:3
**clear (12)**
10:4 13:5,19 31:16
44:6 50:16 128:15
162:9 170:17 217:9
229:18 279:11
**clients (4)**
9:22 58:13 110:17

188:10
**close (2)**
115:21 185:22
**closer (4)**
185:9,10,12 260:4
**closets (2)**
189:3,10
**clothes (1)**
168:23
**CLR (3)**
1:24 291:4,18
**cocktail (1)**
264:19
**code (1)**
152:5
**codes (1)**
294:6
**college (4)**
51:10,13,15,18
**combined (1)**
261:16
**come (28)**
23:21 25:7 28:5 40:3
42:14 59:4 77:25
90:10,13,15 96:3
101:20 105:21
156:20 158:13
159:2 160:11 162:5
180:4 218:7 220:19
226:18 235:13
241:22,25 267:15
268:5 288:17
**comes (1)**
230:21
**comfortable (7)**
25:8 96:5 100:25
121:25 147:17
271:21,23
**coming (8)**
16:2 64:25 81:8 86:21
147:10 162:6
190:20 290:14
**Commack (2)**
6:9 50:24
**comment (2)**
250:25 251:4
**commenting (1)**
238:21
**comments (1)**
158:20
**commissioner (2)**
176:7,12
**committed (1)**
188:13
**committing (1)**
37:23
**communicate (9)**
46:8 58:7 59:6 62:10

94:2 103:5 118:13
220:24 224:17
**communicated (9)**
93:14 94:15 117:12
118:3,7 122:14
194:7 224:21 282:7
**communications (1)**
128:19
**Community (1)**
51:15
**company (2)**
15:11 34:7
**complain (10)**
118:18,20 119:17
249:16 250:23
251:16 252:4 253:4
254:4,7
**complained (3)**
119:23 251:20 255:21
**complaining (4)**
40:6 119:25 254:18
255:16
**complaint (40)**
17:11,22 18:5 54:11
117:8 118:23
173:17 174:9,14,18
174:21 175:2,7
177:15 178:15,20
182:11,11,12,17
192:8,14,20 194:4
207:8 208:18
214:18 231:12
234:20 237:4,5
240:16 244:10,14
244:18,24 252:14
252:23 255:25
293:10
**complaints (7)**
40:2,8,9 115:24
119:13 254:14,15
**complete (5)**
30:3,19 32:4 178:4
230:14
**completed (3)**
31:24 177:25 226:8
**completely (2)**
11:12,23
**completion (1)**
226:2
**complies (8)**
149:19 177:14 180:16
181:18 183:3
196:12 205:13
214:25
**computer (15)**
142:20,23 146:18
147:14 150:17,22
150:25 151:10,11
151:16,23 152:6

153:2,13 154:3
**computers (6)**
152:4,10,12,16 153:6
153:9
**concerned (2)**
9:6 117:15
**concerning (10)**
24:22 155:23 231:12
231:22 247:22
248:14 249:3 250:2
254:5,8
**concluded (1)**
9:12
**concluding (1)**
107:22
**conclusion (1)**
239:14
**conducted (2)**
158:7 251:18
**confident (1)**
50:6
**confidential (2)**
131:7 132:1
**confidentiality (2)**
131:8 132:13
**confirm (1)**
113:4
**confiscate (1)**
181:13
**confiscated (8)**
180:22 181:3 191:6
191:16,22 192:11
193:6,7
**conflict (1)**
18:6
**conflicting (1)**
210:18
**conform (1)**
294:8
**confused (1)**
204:17
**connection (20)**
12:3 35:12 36:18 50:2
55:9 59:14,20 61:5
101:3,12 104:6
108:11 174:22
203:3,8 215:3
216:23 221:11
228:14 234:2
**Connolly (100)**
3:13 7:12 8:19,19,20
9:17 10:11 24:17
31:20 35:8 44:12,17
53:16 56:9 65:20
66:9 68:6 70:22
74:11 80:7,18 95:7
95:8 110:13 121:23
122:5,23 126:13
127:7,14 128:8

129:24 134:16
139:25 141:2
144:11,16 145:8
147:22 148:6 151:4
152:18 163:12,20
164:15 166:9,18
167:16 168:19
169:25 171:20
172:22 179:19
180:7 183:7,15
185:18 186:8
187:22 190:3
191:24 193:7 194:9
194:18,25 196:3,6
196:15 203:22
209:16 210:15
213:17 215:7
220:15 221:13
223:14 224:7 225:6
226:15,19 232:7,13
232:23 233:12,23
241:24 243:20
245:12 274:22
275:5,10 276:16
282:11,20 283:7
284:12 287:18
289:14 290:8 292:5
**consider (5)**
156:20,23 157:2,7,10
**considered (1)**
47:20
**considering (1)**
203:23
**constraint (1)**
80:24
**construction (1)**
53:3
**consulted (2)**
17:19 244:9
**consumed (2)**
11:15 191:7
**contact (8)**
29:4 133:13 134:10
134:14 160:22,24
160:24 257:23
**contacted (1)**
29:7
**contained (1)**
244:18
**container (5)**
117:21,25 119:6
171:5,7
**context (7)**
43:18 47:17 49:23
60:4 155:13 176:17
178:25
**continue (4)**
21:22 41:13 214:17
242:22

**continued (3)**
4:2 87:6 293:2
**continuing (1)**
97:4
**controlled (1)**
11:15
**convenience (1)**
82:4
**convenient (1)**
82:9
**conversation (43)**
15:12 16:4 18:25 19:5
19:10 50:14 73:18
87:20 120:15,23,24
126:2 155:19,20
208:7 209:21 212:6
218:5,7,9,15,17
228:8 246:15
247:22 248:14
249:3,22 250:7
253:17 255:6,10
262:22,23 263:3
264:22,25 265:6,14
265:18,21 268:4
280:7
**conversations (9)**
13:17 14:2 16:14
185:21 255:2
257:12 267:22
278:16 280:7
**conversation's (1)**
220:19
**conversed (1)**
251:9
**convicted (4)**
52:4,12,19 98:5
**convoluted (1)**
277:23
**cop (1)**
225:2
**copied (1)**
223:6
**copies (1)**
174:5
**copy (10)**
17:10,22 55:12 64:6
135:21 173:18,19
173:25 174:14
222:16
**copying (2)**
221:4,11
**corner (1)**
259:23
**correct (19)**
11:2 12:3 17:22 39:12
82:10 157:14
243:23 244:11
247:24 248:8 259:6
261:7 264:3 265:18

266:23 267:19,24
273:24 294:9
**corrected (1)**
99:13
**corrections (2)**
33:15 285:11
**correctly (1)**
261:4
**correspondence (1)**
139:5
**corruption (3)**
149:8,11 293:7
**Costello (1)**
79:14
**could've (4)**
94:7 116:9 271:24
272:8
**council (1)**
40:7
**council's (1)**
40:6
**counsel (9)**
24:24 50:8,12 54:22
96:6,11 98:18,19
101:18
**count (2)**
27:16 171:6
**counties (1)**
38:15
**Country (1)**
4:6
**County (33)**
1:13,13 4:5,11,13
27:2 30:17 31:4,5,6
33:5,11,14,15 34:23
35:2,5,17 36:4,9,18
36:21 38:12,14
51:15 55:4,6 58:25
59:4 154:16 155:10
177:2,24
**couple (9)**
9:23 51:6 81:18 96:2
106:12 161:11
189:3 201:11
281:19
**course (11)**
10:12,24 37:10 45:3
47:9 111:22 112:23
132:10 180:20
222:6 235:15
**court (50)**
1:2 5:15 9:25 12:5
16:3 19:18,19 25:20
25:23 26:4,6,9,13
33:5,20 48:15,18
51:24 52:9 63:17
73:2 80:14 82:15
92:17 95:20 96:14
96:17 97:11 100:12

106:20 124:19
135:20 138:3
150:16 151:5,15,21
152:17,24 174:6
191:3 216:19
223:19 226:2,5,25
227:17,21 228:9
248:24
**courthouse (17)**
19:21 150:17 151:3
151:11,15,17,23
152:17,19,22
153:10,21 154:2,12
154:20 155:2,14
**courthouses (1)**
154:16
**CourtNet (1)**
244:16
**COURTNEY (1)**
3:9
**courtroom (3)**
152:4,15 153:8
**courts (3)**
19:16 48:16,17
**cover (6)**
80:12 171:4,5 180:5
180:10 249:8
**covered (1)**
249:18
**covering (1)**
249:13
**coverup (1)**
249:25
**crap (4)**
72:21 173:6 208:16
258:16
**credential (1)**
27:4
**credentialed (1)**
32:5
**credentials (1)**
51:22
**crew (1)**
258:5
**crime (6)**
37:24 52:5,13,15,19
52:21
**criminal (13)**
97:2,16 98:18 102:3
128:10 156:9,13
226:7 228:13 231:3
231:24 238:5,23
**CRR (3)**
1:24 291:4,18
**cup (4)**
168:14 170:25 171:3
172:12
**current (4)**
143:23 154:24 159:3

176:18
**currently (1)**
19:13
**customary (2)**
112:12,17
**cut (2)**
148:13 199:6
**CV (1)**
1:7

_____
**D**

**date (23)**
12:12,16 14:7,10
63:23 67:14,17 73:8
82:21 85:4,4 136:5
138:9,19,20 139:10
149:13 157:22
174:11 185:9
214:15 217:20
294:3
**dated (8)**
12:7,8,10,13 138:7
292:13,14 293:4
**Dave (16)**
126:25 165:25 219:22
219:23 220:8,10,17
220:24 221:23
222:10,16 224:4,15
224:20,22 225:2
**day (23)**
20:14 41:19,25 42:7
80:13 81:25 115:12
120:9,14,22 125:5
132:11 133:9
156:11 161:7 173:3
262:7 268:14
273:17 274:3
288:18 290:20
291:15
**deal (1)**
160:11
**dealer (6)**
183:6,13,18,23 184:5
185:16
**dealing (2)**
112:22 184:4
**dealings (1)**
115:15
**dealt (1)**
160:13
**December (5)**
20:16 218:16,19,19
218:21
**decide (1)**
208:14
**decided (5)**
202:10,10,12,18
213:11
**decision (6)**

45:21 46:9 100:12
156:5 173:7,13
**decisions (1)**
173:9
**deck (4)**
270:12,13,15,18
**declined (1)**
96:12
**defendant (6)**
6:14 49:15 53:15 95:7
211:7 233:5
**defendants (6)**
1:16 95:5 97:16
228:16,18 229:10
**definite (1)**
70:9
**definitely (9)**
42:3 69:3,17,20 70:9
75:6,6 77:8 130:25
**denied (2)**
16:7 98:17
**department (57)**
1:11,14 3:20 4:11
29:19,24 30:17,22
31:6 33:11,15 35:18
36:4,10,18 43:19
59:8,9 64:9 65:13
65:18 66:21 68:22
72:24 75:22 76:4
83:9 85:25 86:9,23
92:3,3 94:21 103:8
104:11 106:3,15
117:9 137:3 139:18
141:7,13 143:7,8
161:3 175:17
176:14,20,24 177:8
181:23 191:23
224:20 247:24
249:13 251:19
280:14
**department's (1)**
249:12
**depended (1)**
40:13
**depends (1)**
44:3
**depicted (2)**
67:21 73:11
**deposed (5)**
48:3,24 53:13 54:3
101:18
**deposition (34)**
1:18 2:13 5:11 9:3,6
9:11 12:3 13:6 14:6
14:10,16 15:7,15
17:4,8 47:5,22,25
48:6,11 57:15 81:21
81:23 82:10 94:23
98:15,21 103:3

148:22 149:2 163:9
174:23 244:10
294:3
**depositions (4)**
9:10 14:13 102:14
209:2
**Deputy (2)**
1:12 139:11
**derogatory (4)**
69:15,18 70:10,14
**describe (6)**
111:12 188:16 199:2
200:7 227:20
282:17
**describing (2)**
105:4 283:10
**DESCRIPTION (2)**
292:12 293:3
**designate (1)**
131:6
**desk (3)**
153:17 192:21 221:20
**detail (1)**
228:11
**details (1)**
235:20
**determinations (1)**
100:20
**detour (2)**
239:12 242:17
**difference (2)**
205:9 256:19
**differences (2)**
213:23 253:10
**different (27)**
21:11 28:5 33:9 34:11
58:2 62:23 68:24
69:6,8,20 71:21,22
74:13 110:16
139:20 156:18
167:12 170:18
193:19 197:19
198:5 204:14
212:10 214:4 252:2
279:4 285:6
**differently (2)**
215:9 250:14
**differing (4)**
252:16 253:13,14,25
**difficult (2)**
128:21 133:5
**digital (4)**
65:2,11,16 66:5
**dinner (4)**
60:24 61:2,6 242:20
**direct (1)**
246:3
**direction (6)**

25:10 80:16 202:2,7
203:7 214:5
**directly (1)**
118:8
**disciplinary (2)**
178:16,24
**disconnected (1)**
103:2
**discontinued (1)**
230:13
**discretion (1)**
94:8
**discuss (5)**
6:22 217:13 219:8
220:17 237:13
**discussed (6)**
7:13 13:18 18:11
83:22 142:6 214:21
**discussing (3)**
87:11,15 148:18
**discussion (10)**
82:13 87:9 123:15
129:8 136:6 141:11
141:20 146:16
214:9 233:13
**discussions (5)**
66:20 81:20 208:3
209:14,17
**disgruntled (2)**
143:22 144:9
**disliked (1)**
278:23
**dismissed (4)**
99:11,17 102:3 228:2
**disorderly (1)**
104:25
**disparagingly (2)**
273:18 274:4
**dispatcher (2)**
103:20 105:2
**dispatchers (2)**
180:6,10
**disposition (1)**
230:5
**dispute (1)**
179:25
**dissatisfaction (1)**
224:3
**distance (2)**
262:17 263:16
**distinguished (1)**
163:13
**District (4)**
1:2,2 7:6 125:17
**disturbance (1)**
205:17
**division (1)**
93:9

**divisions (1)**
93:10
**dizzy (1)**
257:8
**dock (3)**
180:4,9,11
**doctor's (1)**
11:10
**document (27)**
12:20 63:19,20 67:20
73:4,5 82:17,18
135:22,25 136:12
137:25 138:4 139:3
143:19 157:18,19
214:13 223:21,24
225:9 292:15,19,21
292:23 293:8,11
**documents (5)**
7:12 12:19 139:6
174:22 223:6
**doing (10)**
65:24 71:12 81:13
103:20 141:10
142:16,21 153:3
188:13 252:8
**domestic (4)**
130:23 131:10 132:17
205:17
**donated (1)**
62:25
**donations (1)**
62:21
**DONOVAN (1)**
4:3
**door (13)**
90:17 156:11 188:22
188:22,23,24
211:19 240:17,20
240:21,21,22
241:22
**dopey (15)**
256:19,20 257:2,3,4,7
257:8,10,15 276:18
282:14,17 283:3,10
283:22
**dopiness (2)**
257:17 283:12
**doubt (6)**
282:5,7,12,12 289:9
290:3
**downstairs (3)**
152:5,12 154:4
**draw (1)**
244:17
**drawer (4)**
191:25 192:4,6,10
193:4,10,12
**drink (18)**
162:15 163:25 164:7

164:9 167:14 168:9
171:11,21,23,24
172:5,25 173:8,9
181:11 191:7,12,16
**drinker (1)**
169:13
**drinkers (1)**
172:19
**drinking (20)**
161:18,19,23 162:10
162:19 163:18
165:8,20 166:4
167:18,21 168:3,9
168:20 171:17
172:6,8 173:5 201:9
204:7
**drive (2)**
166:20,22
**driven (2)**
166:19 167:4
**driving (2)**
114:25 171:7
**dropped (2)**
197:5 201:15
**drug (11)**
183:5,13,18,23 184:5
185:16 200:15
203:2,4 204:24
245:9
**drugs (12)**
184:4 192:6,11,20
193:5,10,11,14,20
193:22,25 200:16
**drunk (1)**
104:24
**drunks (1)**
104:8
**duly (2)**
6:4 291:7
**dumb (1)**
276:3
**duties (6)**
37:2,7 47:10 104:20
111:23 178:14
**duty (28)**
20:6 76:24 79:22 80:5
161:20,20,24 162:2
162:7,8,11 163:19
165:10,11,12,13
166:24 169:7,8,22
170:10,10,16
171:11,17,25 172:4
225:22
**dwelling (1)**
187:2
**Dyer (7)**
77:22,23,25 78:5
199:13 200:22
285:3

**D.A (6)**
7:16,19,24 8:3 224:14
228:8

_____
**E**
_____

**E (2)**
291:2,2
**earlier (15)**
11:2,25 78:7 81:24
191:5 197:23
205:16 219:19
225:15 229:19
243:21 244:8 245:2
253:24 284:9
**early (2)**
13:14 101:5
**earth (1)**
278:12
**easier (1)**
256:24
**east (1)**
190:7
**EASTERN (1)**
1:2
**easy (3)**
102:10 129:2 229:22
**eaten (1)**
242:19
**Ed (26)**
29:21,22 42:11,16
60:10 116:8 126:22
127:4,10,17 133:25
134:5,7,11,14,20,24
134:25 251:12
254:4 258:18,19
259:3,12 274:19,24
**educational (1)**
51:7
**EDWARD (1)**
1:3
**effect (14)**
5:14 18:7 20:4 74:10
74:20 111:15 125:2
126:5,10 144:3
193:22 197:9 200:3
204:22
**effectiveness (1)**
282:18
**efforts (2)**
14:18 18:9
**either (11)**
24:10 84:17 90:4
102:22 111:6
161:21 205:4,8
207:22 238:6
291:10
**elaborate (1)**
224:11
**element (1)**

27:20
**elements (1)**
58:2
**elicit (2)**
17:7 128:16
**Elmsford (1)**
3:12
**else's (1)**
106:16
**Elyse (3)**
195:6,11,18
**embarrassed (2)**
114:22 115:4
**Embry (2)**
222:19,23
**emergency (2)**
181:17,25
**emotions (1)**
148:8
**employed (4)**
19:13 34:16,17 55:24
**employee (9)**
6:13 73:15 98:17
101:16,16 136:15
136:19,23 227:6
**employees (3)**
57:22 143:23 144:9
**employer (2)**
25:19 216:4
**employment (20)**
33:23 36:19 44:23
45:4 54:8 87:7 96:8
96:24 101:4 125:24
127:23 156:5
178:25 180:3
186:16 194:16
215:3 217:2 222:7
281:25
**empty (3)**
162:23 163:3,5
**encounter (2)**
194:22 195:20
**encountered (3)**
76:10 175:6,9
**encourage (2)**
143:22 144:8
**ended (1)**
202:22
**ends (1)**
198:24
**enforcement (14)**
25:15,19,24 26:10,14
104:14,20 105:8,15
105:22 106:4
111:23 112:12
177:25
**enforcing (2)**
104:16 111:22

**engaged (1)**
249:25
**entered (2)**
20:3 27:24
**entire (1)**
198:4
**entitled (3)**
135:22,25 292:23
**envision (1)**
270:3
**equipment (2)**
61:8,16
**ERRATA (1)**
294:1
**errors (1)**
294:10
**escapades (1)**
194:5
**especially (2)**
170:10 173:10
**ESQ (3)**
3:7,13,23
**establish (1)**
172:11
**established (2)**
179:23 208:25
**estimated (1)**
103:7
**evaluation (2)**
158:11,15
**evaluations (1)**
158:7
**evening (3)**
249:9,14,19
**event (2)**
100:4 200:5
**events (9)**
96:7 105:13 228:7
231:17 237:19
249:9 250:2 262:3
273:23
**eventually (3)**
191:9,12 242:6
**everybody (33)**
23:4 34:20 44:5,15,15
46:18 63:4 79:21
85:7 87:24 88:13,23
89:6 90:12 91:23
92:2 106:16 124:8
140:9 145:25
146:17 179:21
183:25,25 185:16
185:20 194:13
207:21 262:12
264:16 266:7 271:8
272:4
**everybody's (1)**
108:22

**everyone's (1)**
276:22
**evidence (1)**
122:17
**exact (5)**
70:11 74:7 139:19
205:6 280:7
**exactly (25)**
13:3 21:10,12 36:14
44:2 67:4 70:11
75:9 77:6 88:15
89:13 90:6 108:7
111:13 139:21
146:20 147:13
172:12 193:9 229:8
243:7 247:17
264:20 287:4
288:14
**exam (4)**
27:12 54:25 55:9
179:18
**examination (8)**
8:6 27:15 32:12,20,24
243:19 245:14
281:22
**examined (1)**
6:4
**example (1)**
38:11
**examples (1)**
257:16
**exchanged (2)**
78:23 217:11
**exemplary (1)**
178:14
**exhibit (57)**
12:7,8,11,15,21,24
63:18,22 64:5 67:13
67:16,20 68:4 69:6
70:7 71:7,16,17
73:3,7,11 76:8,9
82:16,20,24 135:21
136:4,11 138:4,8,14
149:5,12,18 157:17
157:21 174:7,10
214:12,14 223:20
223:20 225:9
292:13,14,15,17,18
292:19,21,23 293:4
293:5,8,10,11
**Exhibits (5)**
12:6 67:11 76:7
292:11 293:2
**existed (1)**
63:10
**existence (2)**
136:19,23
**exit (1)**
242:10

**exited (1)**
168:10
**experience (8)**
83:18 105:13 111:20
243:9 278:19 284:8
284:14 286:6
**explain (11)**
15:17 17:2 18:2 23:17
31:12 66:14 83:13
98:25 114:20
235:14 279:18
**express (2)**
224:3,16
**expressed (1)**
181:23
**expressing (1)**
289:10
**extend (1)**
26:3
**extent (8)**
44:12 109:23 117:12
140:5 152:19
164:25 283:2
284:21
**eye (1)**
40:11
**E-mail (1)**
150:9

_____
**F**
**F (1)**
291:2
**face (1)**
114:18
**face-to-face (1)**
113:17
**facility (1)**
65:4
**fact (8)**
84:23 91:12 97:15
179:11 248:12,24
289:11 290:4
**facts (3)**
57:17 122:17 294:8
**fag (1)**
74:19
**failed (1)**
179:21
**fair (4)**
8:2 10:22 244:3
260:16
**fall (3)**
22:15 42:20 43:13
**falls (2)**
54:21 55:7
**familiar (2)**
70:6 132:7
**far (58)**

8:4 9:6 18:13 31:22
32:19,22 34:14 35:3
35:16 37:5,10,15
38:2,5,12 45:17
56:15,20 61:21,24
63:2 82:7 85:3 88:7
90:3 100:18,20
101:6 123:10
127:21,24 135:11
139:13,17 152:11
154:5 162:17 167:5
171:22 178:4,18
180:9,25 185:14
186:15,23 187:19
188:6 190:17
191:20 222:7 226:8
231:17 232:9 233:3
269:24 282:14
283:11
**fashion (1)**
178:14
**father (1)**
176:25
**feel (3)**
100:4 121:17 213:3
**feeling (6)**
111:2 276:21,22
280:9,11,12
**feelings (13)**
124:9 157:3 274:9,15
274:19,24 275:3,8
277:19 278:3,9
280:23 282:15
**feet (5)**
115:3,5 264:9,10
270:4
**felony (1)**
188:13
**felt (15)**
18:6 98:15 117:23
211:4,5 213:8 214:5
252:20 253:22
257:2 269:19
276:14,23 279:7
282:13
**female (1)**
131:15
**fewer (2)**
39:21,25
**Fifth (2)**
3:5 100:13
**fight (3)**
79:8 212:12 235:24
**fighting (1)**
104:8
**figure (1)**
173:23
**file (2)**
207:9,18

**filed (6)**
54:9,12 217:17,21
238:6,24
**filing (1)**
5:4
**fill (1)**
55:8
**filled (4)**
55:13 104:7,23
158:17
**finalized (1)**
212:9
**finally (1)**
240:24
**finances (3)**
62:8,12,16
**find (10)**
19:8 25:7 96:19 116:2
116:24 117:2 119:5
200:16 217:16
229:23
**finding (3)**
16:11 117:4 203:3
**fine (7)**
11:3 80:18 99:16
209:12 237:22
277:2 279:10
**finger (6)**
145:20 235:6,8,11,14
235:22
**finish (2)**
10:6 32:9
**finished (2)**
10:8 133:8
**Fiorillo (33)**
4:19 58:13 60:7 78:18
78:23 79:16 93:15
109:2 129:18
195:20 201:2,4
217:10 234:14
249:16 250:23,25
251:16 252:4,23
254:13,18 255:16
260:15 261:14
275:14 276:23
277:8,10 278:20
285:24 286:3,7
**Fiorillo's (2)**
94:11 108:11
**FIORILO (1)**
1:3
**fire (7)**
53:3 272:6,9,10,12,13
272:17
**firearm (1)**
20:24
**fired (29)**
91:11,15,19 114:11
116:3,11,20 121:21

127:19 188:10
214:3 215:12
220:13,14,18,20,25
221:4,10,19,21,23
222:6,11 223:17
262:7 289:7,12,20
**firm (3)**
18:15,23 95:2
**first (85)**
6:4 14:5 15:14,15
19:3,25 20:5 23:22
25:15,18 28:11,17
34:25 42:4 44:20
45:7,11,13 51:13
56:13 57:3,11 60:23
67:19 76:25 77:4,7
77:9,12,15 78:14,21
79:3 83:8 85:12
86:25 87:23 90:3
113:9 129:5,17,19
130:2,11 133:16,25
134:4 135:8 136:11
138:17 139:3
140:23 141:15,20
141:23 142:2,2,15
150:3 153:7 155:8
156:16,19 157:25
174:25 175:3,3
185:10,12 189:8
196:14,19,22 197:7
217:16 219:23,24
220:2 222:24 237:7
238:2 239:4 240:4
255:8 285:4
**FISHBEIN (1)**
4:3
**fitness (1)**
27:15
**five (10)**
78:4 85:23 88:4
144:22 145:4
188:13 260:3,4,19
278:4
**flip (1)**
196:10
**follow (1)**
201:25
**following (2)**
112:10 267:11
**follows (1)**
6:5
**follow-up (1)**
9:15
**follow-ups (1)**
281:20
**foolish (1)**
24:25
**force (1)**
5:13

**forced (1)**
40:5
**forgot (1)**
225:11
**form (56)**
5:7 11:13 28:24 30:5
35:14 39:17 44:8
46:10 47:13,19
54:14 55:25 56:18
58:11 59:10,16,22
61:13 62:22 65:6,14
66:16,22 69:13 80:7
88:14 89:3,9,24
90:24 91:3 94:17
106:6 109:22
115:16 118:15
124:7,25 134:15
139:15 164:21
165:14 168:12
169:24 171:19
172:10,21 186:18
210:15 212:16
218:3 228:23 232:7
243:6 282:20,25
**formally (1)**
158:10
**formed (2)**
114:10 287:23
**former (2)**
1:10 154:24
**forth (9)**
117:17 144:23 145:12
198:4,13 205:20
208:16 212:25
291:7
**forward (2)**
176:3 196:11
**found (10)**
97:17 109:3 123:8
148:8 200:14,14,18
203:2 204:24
230:13
**foundation (15)**
34:24 45:23 67:2
84:24 111:25 112:8
122:16 129:23
130:9 172:14 179:6
198:11 283:6
284:13 290:7
**four (22)**
78:4 88:4,5 89:18
90:4,15,18 158:14
241:15,18 262:6
266:19 268:12,25
269:11,14,20 270:6
270:11,18 271:19
288:16
**Fourth (2)**
240:24 241:4

**Frank (60)**
1:3 4:19 60:6 77:25
78:5,18,23 79:16
86:18 93:14,16 94:6
94:11,16,19 103:7
103:11,17 104:5,13
104:21 106:14
107:16 108:9,11
109:2,11 129:17,20
195:19 206:10
207:5 210:23
217:10,13 234:13
234:16 249:16
250:23,25 251:4,16
251:24 252:3,17,19
252:23 254:13,18
255:15,21 260:16
275:13 276:23
278:20,24 279:6
285:2,23 286:3
**Frank's (7)**
105:9,14,23 106:4,10
106:23 108:17
**free (1)**
9:19
**Friday (4)**
40:19,23 174:19,20
**friend (9)**
156:21,24 157:2,7,8
157:11 184:14
250:10,21
**Friendly (1)**
156:25
**friends (3)**
185:15,22 251:3
**front (5)**
17:12 88:16 97:17
272:13,24
**frustrate (1)**
103:21
**fuel (22)**
163:23 164:4,7,10,12
164:20 165:5,5,9
166:5 167:4,14,18
167:21 168:10,25
169:6,13,14,17
170:22,25
**fuels (5)**
163:22 164:24 165:17
167:24 168:3
**full (2)**
32:4 147:11
**fully (1)**
32:5
**full-time (6)**
21:11,14 64:10,12,15
187:11
**full-timers (1)**
187:9

**fun (6)**
109:4,7,10,14,15
111:9
**funny (15)**
91:9,10 92:11,19,24
93:3 109:19 114:11
116:2,19 117:3,4
121:2 262:6,11
**further (7)**
5:6,10 102:21 143:3
245:12 281:17
291:9

_____

**G**

**Gary (14)**
56:4,6,9,12,15 135:7
135:11 162:9
163:16 210:4 211:3
211:8,11 212:12
**gather (1)**
257:11
**gay (5)**
73:16 74:19 75:16,18
75:24
**Gaymor (2)**
6:9 50:24
**GEM (1)**
114:24
**general (19)**
24:18 37:7 83:21
108:6 126:2 137:8
140:17 141:7 145:6
146:16 150:22
159:16 183:17
194:4 253:17
254:23,24 255:6
276:5
**generally (4)**
9:9 253:8,9,21
**geographical (1)**
38:7
**George (234)**
1:12 3:10 16:21 41:5
41:10,16,17 42:9
50:3 60:24 61:22,23
70:22 71:24 72:2,3
72:13,15 74:18,21
77:25 78:4,24 79:16
89:16 96:22 106:13
107:5,22 108:15
109:10 117:16
118:8,10,12,17
119:20 120:12,16
120:21,21,25 121:6
121:19 122:2,13,19
123:21 124:2,5
126:4,9,16,18 137:7
139:14,17 142:10
142:23 144:2

146:18 147:19
148:2 157:6 161:11
161:15 167:13
169:5,12,16,21
170:4,8,18 179:17
179:23 185:5,14,20
185:25 186:6
189:18,19,25
190:16 191:20
192:10,21 193:4,12
193:21,24 194:4,6
194:12,14 195:13
195:23 200:22,23
201:24 202:3,6,13
203:6,11,15,18
204:10 208:3
209:15,25 210:5,8
210:12 212:24
213:8,9,13 215:2,10
216:25 217:25
218:13 220:18,23
221:22,23 223:5,8
224:2,16 229:10
231:5,21 232:3,9
233:4 235:5,8,10,19
236:4,14,21,23
237:16 239:18,19
240:2,6,8,11,14,19
241:4,21 242:7
245:17 247:4,12,20
248:3,7 249:18,25
250:8,15,18,19
251:2,6,17,25 252:4
252:8,11,17,20,24
253:5 254:2,5,8,12
254:17 255:2,6,8,11
255:11,15,20 262:5
262:11,13,15,16,17
262:24 263:7,8,12
264:22 265:3,11,22
266:9,25 267:3,14
267:22 268:6
269:13 270:9,17
271:11,13,16 273:5
273:13 275:7,25
276:2,6,10,11,14,23
282:7 286:13 289:6
289:10,19
**George's (16)**
70:18,20 126:8
213:21 221:20
235:8 255:24 274:9
274:15,19 275:2,21
276:21 277:19
278:3,8
**German (1)**
195:24
**germane (1)**
238:16

**getting (9)**
28:6 80:13 91:11
129:8 164:24 165:4
170:16 195:10
208:6
**giggling (3)**
270:17,22,24
**Gilbert (3)**
227:24 230:10 231:10
**Gilly (2)**
3:3 95:2
**girl (1)**
195:7
**girlfriend (1)**
184:13
**gist (7)**
212:23 227:12,15
246:14,16 265:9,10
**give (15)**
10:15 17:24 18:5
100:17 148:3 202:3
216:2,8 245:20
246:8,19 247:5,13
248:4,8
**given (10)**
6:12 55:16 62:23 81:7
96:9 102:4 128:9
153:12 282:8 291:9
**giving (8)**
216:6 245:23 246:11
248:15 249:4 251:2
251:6 274:12
**glass (1)**
172:12
**glasses (1)**
162:24
**go (76)**
6:21 9:7,7 10:25 24:7
28:6,10 30:8 34:17
34:25 35:23 45:25
47:2 57:14,21 81:3
81:9,19 84:11 85:21
86:2,11 87:13,22
90:4 113:3 120:7,20
121:7 122:3,9,15
123:3,7,17,22 124:3
124:6,13,21 127:4
127:12 128:14
137:14 148:19
152:5 153:11,14
166:12 171:21
182:13,18,20 185:3
191:6 207:25
208:14 210:4
212:15,20 216:2
218:15,18 226:21
228:6,10 230:4
239:8 262:3 266:19
268:14,15,22 273:2

279:4 286:24
**God (1)**
172:16
**goes (3)**
48:14 116:25 175:16
**going (81)**
12:5 13:17 17:3 24:7
25:6 44:5,19 48:12
49:2,9,16 50:9
54:15,22 58:25
63:17 67:10 70:3
71:7 81:17 82:2,15
85:4 88:21 97:12
102:11 103:17,25
104:10 109:21
111:9 120:15
124:24 125:15,18
131:23 137:13,25
141:9 146:4,5 147:8
149:4 150:8 173:10
173:16,16 174:6
175:18 177:12
186:12 197:16
198:4 209:4,10
213:12,20 214:17
214:18 218:23,25
227:23 228:24
234:7 238:20 239:8
239:9 242:21 246:7
246:19 247:5,13
248:4,7,11 264:10
281:24 282:24
286:12 288:12,13
**gonna (3)**
46:24 201:25 216:2
**good (21)**
80:15 129:21 130:8
130:16 132:24
133:21 134:12
146:10 147:10
171:9,10 186:14
216:2 225:2 246:11
246:19 247:5,13
248:8,11 284:10
**Goodstadt (4)**
18:18,21 19:2,11
**gotta (2)**
40:10 231:7
**gotten (1)**
204:16
**graduate (3)**
35:5 51:7,16
**graduated (3)**
27:5 36:13 51:25
**graduates (1)**
177:23
**graduating (1)**
27:6
**Graff (278)**

3:7 6:21 7:11 8:4,7,16
9:8 10:12,13 12:5
12:17 20:10 23:16
24:2,16,20 26:2,8
27:14 30:6 32:18
39:8,10 41:2 43:9
44:11,14,18 45:20
49:3,7 50:6,19
53:18 56:11 57:23
58:16 63:17 65:7,21
66:12,13,19 67:10
67:18 68:20 69:7,9
70:2 71:15 73:2,9
74:2 75:2,25 76:2
77:21 79:15 80:11
80:22 81:10,17 82:5
82:7,12,15,22 83:12
86:3,4,13 92:23
94:4,25,25 95:11,19
95:21,24,25 96:18
100:2,10,17,23
101:24 102:24
103:4,14 106:18
107:20 109:25
110:12,14,23
112:15,20 113:8,10
118:9 119:16,21
122:24 125:12
131:5,9 132:13,15
135:15,20 136:8,20
138:3,10 146:10
148:23,25 149:14
149:21,23 150:10
150:24 151:6
152:21 153:5
154:14,17,18
157:12,13,16,23
158:11 163:15
164:18 165:3,12
167:19 169:9 170:6
172:8 173:21,24
174:4,12 176:2
178:23 179:5,9,15
180:2 182:14,15,24
183:9 186:4 188:11
188:15 192:22,23
193:8 194:19 196:2
196:4,16 197:22
198:7,16 199:6,8
201:3 209:10,13
212:22 214:11,16
216:22 220:22
221:14 226:17,22
228:4,10,12 229:6,9
229:16 230:23
231:2,15 232:8
233:2,9,15,24 236:6
237:11,18,23 238:7
238:12,20 239:2,24

242:4,24 243:16
245:25 246:3 247:7
247:16 248:9,16,18
255:17 256:14,17
257:25 258:21
260:5 261:25
262:19,25 264:5,24
265:5,15,19,24
266:5,11,14 267:9
267:17,20,25 268:7
268:16,18 270:20
271:4 272:15,18
273:8 274:5,10,17
274:21 275:4,9,15
275:19,23 276:15
276:24 277:3,6,9,12
277:15,21 278:10
278:22 279:12,17
279:19,25 280:15
280:25 281:4,7,10
281:19,23 290:2,14
292:4,7
**Graff's (3)**
9:5 274:7 279:22
**Gray (4)**
15:10,13,16 16:3
**Great (2)**
207:10 233:12
**greatest (1)**
216:6
**grievance (1)**
54:9
**gripes (1)**
117:8
**grounds (5)**
97:13 107:16 109:18
115:25 222:13
**group (19)**
77:10,13 91:25
241:13 255:12
263:11,13,16,18
265:25 268:15
271:5,6,7,8 272:23
279:5,6 285:10
**grouped (1)**
89:10
**groups (1)**
264:14
**gruff (1)**
114:16
**guess (47)**
19:3 20:7,21 21:20
31:13 40:13 42:12
44:2 45:15 58:24
61:22 73:18 76:17
77:25 79:25 88:3
90:11 93:16 97:11
105:20 134:4
142:15 144:21

153:18 155:19
156:12 160:20
183:4 191:9 193:20
200:22 208:5,8
213:6 215:14,24
216:3 233:23
235:17 237:16
242:15 246:21
254:24 257:14
261:17 262:4
278:17
**guessing (1)**
233:22
**guidance (1)**
96:13
**guide (1)**
9:20
**guilty (9)**
52:15,21,24 53:6,10
97:18 229:19,21,21
**gung-ho (1)**
93:17
**Gurden (19)**
126:25 165:25 219:19
219:22,23 220:8,10
220:20,24 221:24
222:5,10 223:6,17
224:4,13,20,23
225:2
**Gurden's (1)**
220:17
**guy (6)**
134:18 183:22 184:3
185:19 186:11
241:3
**guys (16)**
78:3 104:23 152:5
163:21 165:16,16
167:23 199:25
202:17,19 211:17
227:16 229:23
241:2 271:7 285:10
**guy's (1)**
241:5

_____
**H**
_____
**half (7)**
81:14 93:5 94:20
103:7 106:15 175:3
195:3
**Halloween (18)**
208:19,22 209:5,9,15
210:24 211:9,13,23
212:14 213:15,24
214:2,7 249:7,14,19
250:3
**hallway (1)**
189:2
**hand (3)**

162:15 170:22 291:15
**handbook (7)**
135:23 136:2,15,19
136:23 138:2
292:24
**handcuff (4)**
117:18,22 241:7
253:22
**handcuffed (2)**
117:24 119:6
**handcuffing (3)**
236:15 256:4 275:12
**handcuffs (2)**
118:19 119:12
**handed (1)**
288:23
**Handing (6)**
12:21 73:12 136:12
138:12 158:2
223:22
**handle (2)**
25:11 213:4
**handled (1)**
273:14
**hands (2)**
165:19 235:17
**handwriting (1)**
174:2
**handwritten (1)**
158:21
**hang (3)**
172:15 186:14 267:11
**hanging (1)**
173:11
**happen (5)**
15:13 36:23 181:7
185:6 241:8
**happened (18)**
61:3 79:2 88:15 90:8
90:9 101:3 105:4
156:10 200:7
204:19 207:14
210:4 214:6 223:2
230:9 235:20
239:13 287:20
**happening (1)**
105:23
**happiness (1)**
116:10
**happy (9)**
11:7 110:7 121:11
130:20 149:3
210:13,17 218:11
266:2
**harass (1)**
230:23
**hard (1)**
23:24

**Hardman (3)**
228:19 237:16 240:8
**hate (2)**
109:12 230:7
**HATTER (1)**
4:3
**Hauppauge (1)**
4:15
**head (4)**
10:16 89:7 129:4
213:21
**header (3)**
139:6,7,9
**hear (47)**
10:17 15:25 31:17
59:12,19,24 60:20
60:23 61:6 94:2
98:8 120:10,12,21
123:12 124:11,20
125:7 126:4,9
136:17,18,22
140:15,23 141:16
143:14 144:2 149:3
155:21 186:5
195:13,19,23
196:20 207:13
211:11,22 255:5,15
262:23 265:17
271:2 273:17 274:2
281:13,15
**heard (78)**
10:20 30:21 31:21
43:18 60:8 71:2,4
73:14,18 74:5,7,21
74:23 75:6,7,7
76:11 95:23 98:13
112:4 114:17
123:13 125:2,3,4,5
125:25 126:3,7,14
126:23 127:17,18
129:6,10,11 135:4
136:14 140:6,7,16
146:15 150:4
170:18 175:9,10,11
176:13 177:16
185:22,23 195:10
195:12,16,17
199:14 207:12,15
208:22 209:6
211:14 212:8
213:25 214:2 215:3
222:22,23,24 223:2
224:2 240:18
254:13 255:10,20
275:25 276:2,9
280:8
**hearing (6)**
74:18 95:17 112:3
114:7 145:2,15

**hearsay (2)**
146:3 232:19
**heavy (1)**
212:5
**held (9)**
2:13 19:23 25:18 26:7
26:14 82:13 136:6
214:9 233:13
**hell (1)**
108:6
**hello (1)**
185:20
**hellos (1)**
217:11
**help (5)**
100:17 130:21 131:17
131:23 132:21
**helpful (1)**
57:20
**helping (3)**
130:25 133:4 261:22
**Hempstead (4)**
19:22 152:23 153:10
154:25
**hereinbefore (1)**
291:6
**hereunto (1)**
291:14
**Hesse (158)**
1:12 3:10 16:21 41:5
41:10,16 50:3 70:23
72:9,15 74:18 78:24
79:16 95:5,8 96:22
97:25 99:18 107:22
108:15 109:10
118:8,10,12,17
119:20 120:13,21
120:21 121:6,19
122:2,13,19 124:2,5
126:16,18 139:11
142:10 144:2 157:6
167:13 169:5,16,21
170:4,8,19 179:17
185:14 186:2,6
188:12 189:25
190:16 191:20
193:21,24 194:4,6
194:12,14 195:13
195:23 197:8 202:3
202:6,13 203:6,11
203:15,18 204:10
208:3 209:7,15,25
210:8,12 213:13
215:2,10 216:25
217:25 218:13
220:18,23 223:5
224:2,16 228:19
229:10 231:5,21
232:3,9 233:4

235:10,19 236:4,21
237:16 239:18,20
239:22 240:2
245:17 247:4,12,22
248:3,7,13 249:2,6
249:18,25 250:8,15
250:18,19 251:2,17
252:5,24 253:5
254:5,8,12,17
255:15 261:21
262:11,24 263:8,8
264:22 265:3,11,22
266:9,25 267:3,14
267:22 269:3,6,13
270:9,17 273:13
282:7 286:13,24
289:6,10,19
**Hesse's (8)**
97:2 139:14,18
192:10,21 193:4,12
275:8
**hey (1)**
46:6
**he'll (1)**
23:14
**hide (1)**
175:21
**high (1)**
51:7
**Highway (1)**
4:14
**hire (4)**
45:21,24 46:9 101:20
**hired (6)**
21:8,10 45:17 64:13
64:18 188:9
**hit (2)**
200:2 283:8
**hold (5)**
20:11 26:10 33:20
51:22 58:9
**holy (1)**
173:6
**home (5)**
166:13 190:5,6,10,18
**homeowners (1)**
62:24
**homosexual (2)**
73:16 74:19
**Honor (8)**
95:12 96:2 97:7,15
99:14 100:23
101:14 102:23
**hooked (1)**
153:19
**hopefully (1)**
281:12
**hoping (2)**
17:7 96:13

**hour (3)**
81:14 230:17 239:16
**hours (7)**
11:16,19 21:16,20,20
81:18 228:3
**house (20)**
88:10,10,11 187:24
236:18,19 240:16
241:9,19,23 242:2,3
242:5,6,8,11,14
243:2,5,8
**huge (1)**
136:25
**humorous (9)**
8:11 108:23 109:3
110:6 123:8 147:21
148:4,9 289:7
**H-E-S-S-E (1)**
72:12

_____
**I**
_____

**ID (6)**
84:19,25 85:5,5,8
288:22
**idea (6)**
7:21 67:6 96:15 98:24
131:16 186:14
**identical (1)**
174:5
**identification (14)**
12:12,15 63:22 67:13
67:16 73:7 82:20
136:5 138:9 149:12
157:21 174:10
214:15 245:5
**identified (2)**
183:5 185:16
**identify (3)**
48:23 95:13 191:15
**idiot (2)**
50:5 66:4
**illegal (2)**
94:9 193:25
**illegitimacies (1)**
100:21
**illness (1)**
11:11
**imagine (4)**
100:8 119:24 153:15
217:19
**impede (1)**
104:14
**impeded (1)**
105:9
**impeding (1)**
103:24
**important (3)**
10:5,15 104:12

**impossible (1)**
100:19
**inappropriately (1)**
243:12
**inaudible (1)**
128:12
**incident (40)**
79:2,5 101:17 119:22
130:19,22 131:3,11
132:4,9,17,20
133:10 206:25
207:19,23 208:19
208:23 209:6,9,15
210:2 211:9,13,23
212:14 213:16,25
214:8 224:4 225:3
228:6,7 231:10
234:13,18 244:20
249:7,14,20
**incidents (1)**
98:22
**include (2)**
99:5 274:14
**included (3)**
129:13 141:11 208:3
**inconvenience (1)**
103:23
**inconvenienced (1)**
104:10
**Incorporated (5)**
1:8 3:18 135:22 136:2
292:23
**incredible (1)**
195:4
**Index (4)**
1:7 292:2,11 293:2
**indicate (10)**
29:6 108:3 114:17
124:5 177:5 213:13
220:23 246:13
249:6 256:25
**indicated (19)**
48:25 82:8 96:4
100:25 103:25
109:12 191:15
198:18 227:4,9,11
229:18 237:15
243:22 244:8 245:2
246:11 248:10
257:24
**indicating (1)**
215:25
**indication (3)**
148:3 216:11,20
**indicted (3)**
96:22 227:25 230:11
**indictment (2)**
96:25 230:6
**individual (7)**

36:17 122:8 125:22
126:11 183:5
185:15 209:2
**individually (6)**
1:9,10,12,15 90:5
268:9
**individuals (16)**
77:13 106:3,9,22
118:3 132:4,12
145:22 201:22
202:15 203:12,25
204:11 267:23
285:15,22
**individual's (2)**
184:8 186:7
**influence (1)**
9:21
**information (10)**
7:23 55:17 62:7 99:21
217:23 227:14
229:17,22,25
238:10
**informed (1)**
55:16
**initiate (1)**
29:5
**injured (1)**
235:3
**injuries (1)**
235:25
**injury (1)**
235:7
**inside (19)**
87:25 88:19 89:11
169:15 236:19
240:25 241:8,19
242:3 270:9 272:21
287:7,9,14,15
288:10,10 289:13
289:17
**installed (5)**
65:12 66:8,11,15,25
**instance (2)**
53:5 119:18
**instances (1)**
119:11
**instant (2)**
74:7 287:19
**instruct (5)**
172:17 229:3,5,12
250:9
**instructed (1)**
181:12
**insurance (1)**
15:11
**intend (1)**
26:3
**intense (1)**
73:17

**intent (2)**
249:8,12
**intention (1)**
27:25
**interact (1)**
31:2
**interactions (1)**
36:16
**interest (5)**
18:7 23:19 29:6
142:21 147:8
**interested (3)**
130:25 261:22 291:12
**intermixed (1)**
259:7
**internal (1)**
139:5
**Internet (9)**
150:19 151:2,12,17
151:24 152:8,9
153:20,25
**interrupt (1)**
23:24
**interrupting (1)**
181:25
**interviewed (2)**
29:9,15
**introduce (1)**
8:8
**Inures (1)**
44:14
**investigated (2)**
14:21 210:6
**investigating (3)**
7:16,20,22
**investigation (20)**
28:14,14 29:11,14
30:23 31:2,7,8,10
31:15,17 45:16
46:15 125:18
178:16 209:4
210:10,14,18
224:14
**investigations (1)**
7:25
**invoked (1)**
100:13
**involved (17)**
7:7 38:17 45:2 50:9
53:14 98:18 131:10
133:3 137:7 206:2
206:20,21 231:4
232:3,5,10 258:15
**involvement (6)**
97:2 227:21,24
234:17,19 239:21
**involving (10)**
50:2 79:5 132:18

205:18 231:5,22
234:13 238:15
239:18 251:17
**irrelevant (2)**
24:6 228:25
**Island (1)**
34:12
**Islip (2)**
190:7,7
**issue (23)**
7:12 25:9 38:23 39:15
39:18,21,24 57:17
58:14 59:8 97:19
110:15 115:21
140:24 141:4
172:18,18 201:21
202:10,18 227:18
250:9 253:24
**issued (14)**
13:10 38:21 84:19
85:8 107:16 137:11
137:15 201:18
202:5,8,11,17 203:3
203:8
**issues (14)**
9:24 18:8 59:21 86:21
86:24 97:11 98:20
98:24 102:13
108:10 115:24
133:11 229:2
256:15
**issuing (2)**
202:14,14
**Italian (1)**
111:14
**ized (2)**
76:20,21
**I.D (2)**
292:12 293:3

---
**J**
---
**Jesse (6)**
233:17,18 234:3,9,13
240:25
**jest (1)**
74:5
**job (16)**
1:25 30:8 46:19 48:17
93:10 94:11 133:4
134:21,24 135:4
215:14,17 245:18
245:23 246:21
247:23
**jobs (2)**
215:12 273:24
**Joe (21)**
60:16 109:17 110:7
111:21 112:5,11,20
112:22 113:11,21

114:4 115:15,15
133:15 251:14
254:10 256:12
275:22 276:14
283:22 284:17
**John (6)**
77:18,22,23,24 78:5,5
**Johnson (4)**
1:24 2:16 291:4,18
**John's (1)**
77:18
**join (1)**
89:22
**joining (1)**
63:16
**JOSEPH (3)**
1:4,8 3:19
**JR (1)**
1:9
**judge (30)**
24:11,12 25:10 80:16
81:4 94:22,24 95:9
95:13,16,19,22
96:15 97:24 98:5,8
98:12,23 99:9,12,16
99:20 101:9,21
102:17,21,25 103:2
229:15,18
**judges (1)**
153:6
**judge's (1)**
153:3
**Judi (4)**
1:24 2:16 291:4,18
**July (3)**
12:9,13 292:14
**jumped (2)**
182:23 214:22
**Jumping (1)**
64:24
**juncture (2)**
65:20 80:19
**jurisdiction (1)**
38:6
**jury (9)**
97:17 152:5,6,13,15
153:8 154:3,4
230:14
**justice (2)**
156:10,13

---
**K**
---
**keep (4)**
40:10 148:15 159:3,6
**Ken (6)**
15:9 16:3 95:5 146:11
238:20 285:3
**KENNETH (1)**

3:23
**kept (1)**
211:18
**Kevin (51)**
1:4 3:13 60:18 73:15
74:19 75:14,22 78:2
78:4 86:18 95:8
116:14,19 117:9,15
117:16,17 118:4,14
118:18,24 119:3,5,9
119:11,25 130:2,4,7
199:13,16 200:21
200:23 203:13
250:5 251:10 253:3
253:4,19,22,25
255:23,25 256:3
259:21,24 260:17
275:2,3,8 285:2
**kicking (1)**
115:3
**kids (5)**
66:5 190:5 196:25
197:5 200:11
**kind (26)**
17:2,6 46:16 63:15
76:18,23 77:9 81:14
88:13 99:22 108:7
124:8 137:18
145:19 153:20,24
158:17 184:2
195:20 198:22
224:3 252:10
253:15 259:16
263:3 287:20
**kinds (1)**
194:11
**kitchen (3)**
181:6,9 191:7
**knew (17)**
56:20 57:19 66:23
124:8 128:11
162:11 169:10
172:12 179:21
184:12 198:19
252:12 274:8
276:21 277:18
278:3,8
**knocked (2)**
240:17,20
**know (383)**
7:9,25 8:9 10:18 11:4
11:7 14:13,21 16:2
16:5,12 18:13,22
20:21,22 21:10,12
21:18 23:3 24:8
28:25 29:2 31:22
32:19,22 33:16
34:14 35:3,16,16
36:9,13 37:4,5,10

37:15 38:2,5,12,23
40:6 44:4 45:17
46:2,4,5,6,7,13
48:18 49:20,21
50:15,16 55:5,6,15
56:4,10,15,22,24
57:19,24 58:6,21
59:5 61:11,17,21,25
62:2,6,20,24 63:2,4
63:5,9,11 64:18,19
65:5 66:3,6,7,11
67:3,4,5,6,7,9 71:19
72:10 74:6 75:9,13
75:14 76:18,21 77:6
78:2,25 79:3 80:13
83:16 84:22 85:3,14
87:24 88:2,7,18
89:20 92:4,4 93:6
93:12 94:19 97:5
99:21 100:16 104:8
104:9,9,24 105:17
105:18 106:14
107:3,9 108:2,5,6,7
108:18,20,21,23
109:4,13 111:7,9,12
111:13,17,18,19
113:24 114:16,19
114:20 117:20,21
118:20 119:2,4
120:14,15 121:9,17
121:24 122:10
123:11,12,14
124:16 125:4,16
127:21,24 128:18
128:25 131:14,14
132:5,12,23 134:17
134:25 137:5,21,22
138:20 139:13,17
139:21,23 140:19
140:20,21 142:17
142:18 146:3,3,6,6
146:19 147:16
148:9,11,14,19
152:7,7 154:4
156:12,25 160:18
160:19,19 162:12
162:13,13 163:24
164:2,3,5 165:20
167:5,9 168:22
169:3,15,22 171:9
171:22 172:2 173:2
173:17 174:13
175:23 176:9,16,18
176:23,25 177:3,4
177:10 178:4,18
179:4,7,8,16 180:9
180:25 181:7
183:12 184:2,7,15
185:14 186:13,13

186:15,23 188:3,7
189:7,8 190:9,15,17
190:23 191:20
192:18 193:10,11
195:5,8 196:7,9
197:3,11,21 199:13
199:20,24 202:10
203:24 204:4,23
205:3,4,7 206:19
207:3,10 208:9,10
208:10,19 209:20
209:24 211:3,5,14
211:21,25 213:9,20
217:10,22 219:14
219:24 220:10,16
221:3,21 222:7,24
223:8 224:19
225:12,23 226:5,9
227:18 230:9
231:17 232:9 233:3
233:7,21 234:9
235:5,17,25 236:2
237:5 238:5,19,23
239:12 241:2,3
244:16 246:24
247:3,18,19,19
251:25 252:7 253:9
253:15 254:25
255:22 256:18
257:2,7 259:18
262:15,22 263:10
263:20,24 264:16
265:9,10 270:16,23
270:25 272:3
274:15,24 275:2,6
275:20 276:18
278:24 279:7 280:2
280:7,9,18 282:22
285:17 286:20
288:24
**knowledge (25)**
56:20 57:6 58:5 62:9
151:14 158:6
159:16 171:6 176:5
176:10 180:17
182:4,10,17 187:7
192:24 193:3
199:20 205:14
232:18 272:20,24
273:3 282:22
286:19
**known (6)**
35:22 183:5,13
193:24 225:19
252:10
**knows (4)**
7:10 23:5 84:23 140:5
**K.ROGERS (1)**
1:10

**L**

**lady (1)**
211:15
**laid (1)**
110:19
**Lamm (38)**
1:4 60:18 68:23 69:6
69:11 73:15 74:19
75:22 116:14,19
117:9 118:4,14,18
118:24 119:11
130:2,5,7 197:13
199:13,16 203:13
203:16 204:12
250:6 251:10 253:4
253:4,20 255:23,25
259:20 261:19
275:2,3,8 277:14
**Lane (2)**
6:9 50:24
**laptop (3)**
153:12,16,18
**large (1)**
123:24
**late (2)**
80:13,14
**laughing (30)**
123:9 262:12,13,16
262:18,24 263:4,5
263:17,19 264:15
264:23 265:4,12
266:7,17,21 270:23
270:25 271:2,5,16
273:18,22,23 289:6
289:19,21,24
290:10
**laughter (2)**
265:25 289:11
**law (17)**
4:11 18:15 25:15,18
25:24 26:10,14 95:2
104:16,20 105:8,15
105:22 106:4
111:23 112:12
177:25
**laws (2)**
104:14 171:7
**lawsuit (20)**
97:20 110:15 217:17
217:23 218:2,9
221:9,9,12 223:7
229:2 233:16 234:3
236:2 238:3,5,11,13
238:14,17
**lawsuits (2)**
232:24 233:4
**lawyer (4)**
18:9 101:24 234:5,6

**lawyers (1)**
9:13
**lay (1)**
198:10
**lead (1)**
246:18
**leads (1)**
97:18
**learn (11)**
28:22 30:2 36:2,5
59:3 86:25 87:21
120:6 129:12 180:4
257:16
**learned (1)**
176:11
**leave (4)**
8:17 167:3 243:4
268:4
**leaving (10)**
91:2 92:8 116:19
166:5,11,12 167:21
167:24 168:17
218:25
**led (8)**
24:22 105:14 108:4
210:8 224:4 225:3
237:19 246:17
**left (10)**
87:25 120:19 121:4
123:12 138:25
161:15 163:22
188:25 200:9
266:19
**legal (1)**
16:12
**legally (1)**
101:15
**legitimacy (1)**
100:20
**legitimate (1)**
100:5
**legitimately (1)**
100:13
**legs (1)**
257:19
**letter (12)**
15:22 16:6 82:25 83:6
83:7 84:17 138:7,23
225:13,18,25 293:4
**let's (15)**
25:7 76:6 77:17
148:13 153:11
172:23 182:21
188:12 209:19
214:24 256:12
258:17 259:10
262:3 276:19
**level (3)**
152:7 271:25 279:3

**LI (5)**
139:11,22 140:3,5,17
**liaison (1)**
176:14
**lid (1)**
171:2
**lies (2)**
143:22 144:8
**life (1)**
116:23
**lighthouse (2)**
78:9 219:4
**lights (1)**
240:17
**liked (10)**
93:11 134:17 224:9
252:19 278:20,24
278:24,25 279:2
280:13
**likes (1)**
204:11
**limit (2)**
9:20 38:7
**limited (1)**
152:13
**line (33)**
58:24 88:14,16,19,25
89:6,7,11,15,16,19
89:22 90:2 94:24
139:3,4,22 143:20
158:21 198:4
255:20 287:23
288:2,3,5,8,13
294:11,13,15,17,19
294:21
**lines (1)**
139:7
**Lisa (7)**
132:2,5,7,18 205:18
205:23 207:3
**list (3)**
28:12 57:14,21
**listen (1)**
7:15
**Literally (1)**
228:2
**little (15)**
9:15 58:19 70:6 84:7
94:7 104:11 109:15
114:22 117:14
146:6 198:23 205:6
259:21,22 276:4
**live (7)**
50:23 51:3 186:17,19
189:25 190:9,13
**lived (3)**
50:25 187:2 190:5
**LiveNote (1)**
2:18

**lives (2)**
132:6,8
**living (1)**
189:13
**LLP (5)**
2:14 3:3,16 4:3 95:6
**location (2)**
82:8 219:2
**locations (1)**
153:10
**locker (2)**
188:17,18
**lockers (5)**
189:2,5,6,9,11
**Loeffler (7)**
1:9 3:19 176:10,19,23
177:6 219:10
**log (1)**
103:19
**long (13)**
19:23 34:12 50:25
66:24 81:8,11
211:17 217:20,21
218:14 239:11
263:5 270:2
**longer (3)**
97:3 110:18 242:14
**longest (1)**
57:16
**look (10)**
8:19 12:19 63:25
136:10 138:11
147:7 157:24
174:22 204:14
205:11
**looked (3)**
14:23 16:11 173:4
**looking (12)**
13:2 52:17 64:8,9
65:2 67:19 125:19
138:19 146:20
215:14,17 246:21
**looks (1)**
195:8
**loser (1)**
203:16
**loss (1)**
24:4
**lost (1)**
24:5
**lot (43)**
74:22 76:22,22 77:24
78:8,8,22 79:19
80:4 91:8 92:9,10
92:12,18,19,21 93:7
93:19 101:19
103:16,20 111:9
117:5 118:21 125:9
125:14 128:12

139:20 154:15
165:16,17 173:5
193:14 219:3,4
227:20 252:19
256:24 260:18
279:15,16,22,23
**loud (1)**
177:13
**loudly (1)**
123:13
**loudmouth (1)**
224:15
**lying (1)**
148:13

_____
**M**
**magnetometer (1)**
156:11
**main (3)**
154:9,13 187:2
**maintain (1)**
225:17
**maintained (1)**
188:6
**majority (2)**
88:8 278:21
**making (12)**
6:17 68:2 69:2 109:10
109:14 121:20
137:6 155:17 197:8
203:9 232:23
254:13
**male (1)**
131:15
**Manhattan (1)**
185:24
**manner (5)**
112:17 114:8 115:17
115:22 273:7
**mannerism (2)**
112:22 114:14
**mannerisms (2)**
111:18 284:4
**March (5)**
22:24 43:7 158:23
159:18 220:5
**marijuana (1)**
193:18
**mark (9)**
12:6 63:18 73:3 82:16
135:21 138:4 149:4
157:17 174:6
**marked (21)**
12:11,14,20 63:21
64:5 67:10,12,15,20
73:6 82:19,24 136:4
136:10 138:8,14
149:11 157:20
174:9 214:14 225:8

**marks (3)**
3:9 95:8 175:4
**marriage (1)**
291:11
**Maryanne (1)**
219:14
**masses (2)**
258:7,14
**master (1)**
180:11
**masters (2)**
180:4,9
**matter (7)**
99:3,4 103:23 110:25
116:23 239:17
291:13
**matters (1)**
53:17
**mayor (11)**
1:8,10 15:8 46:6
176:11,17,18,23
177:6 219:9,12
**mean (52)**
8:17 20:23 21:11
23:23 35:22 45:25
46:5 56:19 58:12
74:4 76:20 82:25
83:4,6 92:2 93:18
101:19 120:14
128:15 134:17
140:17 142:2 146:6
147:2 148:21
150:20 153:22
155:18 158:10
160:18 161:6,9
186:19 188:4 208:5
208:10 209:18
210:13 212:23
228:5 230:3,7
252:10 253:9,16
254:24 256:3,20,21
278:13 284:2,25
**means (9)**
9:2 57:22 76:16,18
110:21 140:5 144:8
144:14 257:7
**medical (3)**
27:12 31:14,25
**medications (1)**
11:10
**meet (18)**
56:12 57:3 78:10,11
80:8 88:6 129:17
130:2,11 133:16,25
155:8,11,13 219:23
267:14 284:2
286:24
**meeting (58)**
40:4 43:25 77:14 83:9

83:17,19 84:2,20,23
85:8,18,20,20,25
86:9,15,20 87:4,5
87:12,13,17,21
89:23 111:8 116:20
120:4,20 121:3,3,7
122:4,9 123:6,16,18
123:21 137:18,23
178:18 208:2 244:5
244:6 262:4 267:13
267:16 286:12,15
286:19 287:7,12,16
288:18,21,21
289:12,18,18
**meetings (6)**
40:12 83:22 84:9
137:15,19,24
**member (2)**
63:2 153:24
**members (3)**
112:23,24 280:14
**membership (1)**
63:6
**Memorial (1)**
4:14
**memory (4)**
69:10 144:21 145:10
204:19
**mentality (1)**
117:6
**mentioned (12)**
9:9 11:25 13:14 26:16
38:20 107:4 126:15
126:16 156:14
185:23 225:15
285:8
**merged (1)**
34:12
**merry (1)**
9:7
**message (1)**
143:23
**met (7)**
8:9 88:4 134:4 155:25
156:19 286:13,20
**Metaphorically (1)**
196:5
**middle (6)**
103:15 107:10,12
158:19 241:14,16
**midnight (2)**
170:11 285:21
**midnights (1)**
134:9
**Mill (1)**
3:11
**Miller (1)**
195:6
**milling (6)**

168:2 264:2,17
287:10,15,15
**mind (1)**
223:11
**Mineola (1)**
4:7
**Minerva (1)**
219:14
**minute (6)**
60:13 129:6 198:8
227:22 242:20
256:13
**minutes (6)**
85:23 198:18 263:6
263:10 265:23
287:8
**mischaracterizing (1)**
248:19
**misdemeanor (3)**
52:25 53:6,10
**misery (1)**
117:3
**misinterpretation (1)**
99:15
**missed (2)**
137:17 157:12
**misunderstood (2)**
140:15 170:7
**mixed (2)**
148:8 190:20
**mixture (1)**
213:19
**mockery (2)**
121:18,20
**mocking (3)**
122:3,15,20
**modified (1)**
225:21
**Moeller (9)**
28:21,22 155:5,9,16
155:25 156:4,21
157:4
**moment (6)**
25:5 149:22 180:15
181:16 225:10
233:10
**money (7)**
44:3 60:25 61:9 62:21
62:23 63:14 101:19
**months (4)**
43:13 158:14 206:24
266:4
**mood (2)**
131:25 133:2
**Moran (2)**
113:25 114:3
**morning (4)**
40:19,20,21 191:4

**motherfucker (6)**
112:6 113:15,21
114:5,6,18
**motherfuckers (2)**
112:13,25
**motion (1)**
100:10
**motions (1)**
44:9
**mouth (1)**
126:8
**move (4)**
24:13 187:20,20,23
**moved (4)**
287:7,10,11 289:17
**moving (1)**
287:14
**mulling (1)**
162:8
**multiple (1)**
102:13
**municipal (1)**
178:2

**N**

**nail (1)**
109:25
**name (31)**
6:7 18:16,18 28:12
29:8 46:13 68:23
69:11 70:18,20
77:18 126:15,19
132:2,6 140:19,20
140:20 156:14
165:23 184:8,11
191:15 195:5,9,11
206:8,14 233:19
294:2,4
**named (5)**
6:14 113:25 177:16
195:5 233:4
**names (6)**
57:15 70:17 72:4
131:16 132:11
285:7
**name's (1)**
132:7
**nap (1)**
135:4
**naps (1)**
135:2
**narcotics (1)**
11:16
**narrow (4)**
47:15 52:2,10 58:16
**Nassau (2)**
154:16 155:10
**NATALIE (2)**

**1:10 3:19**
**nature (8)**
48:9,23 53:24 75:21
104:4 140:10
141:17 159:17
**necessarily (2)**
14:22 29:2
**necessary (3)**
44:13 124:10 252:20
**need (8)**
30:18 86:5,7 98:20
208:8 225:16
230:19 253:21
**needed (1)**
272:22
**needless (1)**
213:5
**negative (1)**
282:9
**neutral (2)**
247:6,14
**never (26)**
19:5 31:21 40:4 73:13
73:17 113:7,14
119:15,16 128:12
129:11 142:22
147:7 178:15 184:6
185:22,23 188:18
205:20 212:8
213:25 214:2
252:11,12 255:7
282:23
**new (32)**
1:2,18,18 2:2,15,19
3:6,6,12,22 4:7,15
6:10 19:16,17 38:15
38:16 65:2,22 66:7
66:11,15,25 67:3,6
67:8 84:19 85:5,8
137:15 288:22
291:5
**Newsday (3)**
230:16 238:7,9
**nice (1)**
134:18
**night (16)**
41:7,13 77:4,7,9
78:16 103:16
107:10,12 133:3
186:6 210:24 214:5
228:7,8 260:11
**Nine (1)**
40:21
**Nods (1)**
10:16
**Nofi (33)**
1:4 60:16 86:18
109:17 110:4,7
111:7,21 112:5,21

113:5,12,21 114:4
115:15,16 133:15
251:14 254:10
256:6,12 260:9,11
261:6 275:22
276:14 277:2
282:16 283:11,22
284:9,14,17
**Nofi's (3)**
112:11,22 282:18
**noise (3)**
234:20 237:4 240:16
**non-continued (1)**
87:7
**non-literal (1)**
196:5
**non-substantively (1)**
7:14
**Notary (2)**
2:19 291:4
**note (21)**
43:15 54:13 68:10
71:10 80:6 84:21
85:10 112:14,18
113:2,16 115:19
116:12,21 131:5
183:8,21 184:21
198:3 228:22
232:12
**noted (1)**
290:16
**notice (4)**
2:16 17:10 100:11
112:1
**notified (1)**
45:10
**notify (1)**
113:4
**Novikoff (353)**
3:23 6:16,20,25 7:9
7:15,19 8:12,15,24
9:5,9,16 10:6,11
11:13 13:8 20:8,20
21:17 23:7,13,23
24:3 25:22 26:5,22
27:10,13 28:24 30:5
30:9 31:19 32:2,8
32:13,15,21 34:19
34:24 35:7,14,20
37:13,21 38:9 39:9
39:9,17 40:21,23
43:6,15 44:6,16
45:19,23 46:10
47:13,19 48:13,21
49:4 50:4,17 52:7
54:13 55:25 56:18
57:10,13 58:11
59:10,16,22 61:13
62:22 65:6,14,19

66:10,16,18,22 67:2
68:5,10,19 69:4,13
69:22 70:15 71:10
72:6 73:23 74:24
75:23 77:19 79:13
80:6 81:4,12 82:2
83:11,14,23 84:6,12
84:21 85:10,19,22
86:8 87:8 89:3,9,24
90:24 91:3,16 92:14
93:22,24 94:17 95:4
95:6 97:7,8 98:3,6
98:10 99:13 102:23
103:13 104:2,17,22
105:5,10 106:6,24
107:19,24 108:13
109:21 110:9,20
111:24 112:7,14,18
113:2,16 114:12
115:19 116:4,12,21
117:10 118:5,15
119:14,19 121:22
122:6,16,22 124:7
124:15,24 125:10
126:6,12 127:6,13
128:7 129:14,22
130:9,18 134:13
135:14,18 136:18
139:15,24 140:4,25
141:3,22 142:8
143:9 144:10,15
145:9,17 146:7,12
147:23 148:5,21,24
149:20 150:8,13,20
152:24 154:6,13,15
157:9 158:10
164:14,16,21
165:10,14 166:6,17
167:15,17 168:12
168:18 169:7,24
170:3 171:19 172:6
172:10,21 173:19
173:22 175:8,14,19
175:24 176:8 177:9
178:7,22 179:3,6,11
179:22 182:6,8,20
183:8,14,21 184:19
184:21 185:17,25
186:18 187:4 188:9
188:12 191:13
192:12,19 193:6
195:25 196:23
197:10,20 198:3,10
198:21 199:3,5,17
200:25 207:17
208:24 209:12
212:16,21 215:6
216:10,13,17 218:3
220:12,20 221:17

222:8,14 223:13
224:6,12 225:5
227:22 228:5,17,22
229:8,11,24 231:8
232:12,14 233:11
236:3 237:9,12,21
238:4,9,14,22
239:16 241:25
242:16 243:6,13
245:15 246:2,5,6
248:17,21 258:23
260:7,8 264:7
265:16 266:12,16
266:22 267:18
268:17,19 272:16
272:19 274:11
277:22 279:14
281:17 282:10,21
283:6,17 284:11,13
284:18,20 286:10
289:3,15,22 290:7
292:6
**Novikoff's (1)**
281:20
**number (15)**
39:3,15 63:19,21
80:12 82:17 103:19
103:19,24 157:18
196:15 223:21
266:3 273:21
292:16
**numbered (3)**
149:6,9 293:5
**numbers (5)**
104:5 135:23 136:3
138:6 292:25
**numerous (1)**
33:6
**NYPD (1)**
64:18

**O**

**oath (4)**
5:13 47:6,12,18
**object (7)**
9:17 97:13,21 106:25
109:21 124:25
172:13
**objected (1)**
101:6
**objection (317)**
11:13 13:8 20:20
21:17 26:22 27:10
27:13 28:24 30:5,9
31:19,20 32:2,8,13
32:16,21 34:19,24
35:7,8,14,20 37:13
37:21 38:9 39:17
43:15 44:13 45:19

45:23 46:10 47:13
47:19 54:13 55:25
56:18 57:10 58:11
59:10,16,22 61:13
62:22 65:6,14,19
66:9,16,22 67:2
68:5,6,10 69:13
70:15 71:10 72:6
74:11 80:6,7 83:11
83:14,23 84:21
85:10,19 87:8 89:3
89:9,24 90:24 91:3
91:16 93:22 94:17
104:2,4,17,22 105:5
105:10 106:4,6
107:19 108:13
110:13 111:24
112:7,14,18 113:2,6
113:16 114:12
115:19 116:4,12,21
117:10 118:5,15
119:14 121:22,23
122:5,6,16,22,23
124:7,17 126:6,12
126:13 127:6,7,13
127:14 128:7,8
129:22,24 130:9,18
134:15,16 135:14
135:18 139:15,24
139:25 140:4,25
141:2,22 142:8
143:9 144:10,11,15
144:16 145:8,9,17
147:22,23 148:5,6
150:13,20 152:18
163:20 164:14,15
164:21 165:2,14
166:6,9,17,18
167:15,16 168:12
168:18,19 169:24
169:25 171:19,20
172:10,22 175:8,14
176:8 177:9 178:7
178:22 179:3,5,10
179:19,22 180:7
182:6 183:7,8,14,15
183:21 184:21
185:17,18 186:8,18
187:4,22 190:3
191:13,24 194:9,18
194:25 196:3,6,23
197:10,20 198:3,21
199:3,17 203:22
207:17 209:16
210:15 212:16
213:17 215:6,7
216:10 218:3
220:12,15 221:18
222:8,14 223:13,14

224:6,7 225:5,6
228:22 232:7,12,13
232:22 241:24
243:6,13 245:25
247:7,16 248:9,16
255:17 256:17
261:25 262:19,25
264:5,24 265:5,15
265:19,24 266:5,11
267:17,20,25 268:7
268:16 270:20
271:4 272:15,18
273:8 274:5,10,17
274:21,22 275:4,5,9
275:10,15,19,23
276:15,16,24 277:3
277:6,9,12,15,21
278:10,22 279:13
279:19,25 280:15
280:25 281:4,7,10
282:10,11,20,21
283:6,7,17 284:11
284:12,18 286:10
287:18 289:14,15
290:7,8

**objectionable (1)**
228:24
**objections (5)**
5:7 9:18 44:7,8
198:15
**obligation (1)**
101:22
**OBPD (1)**
178:13
**observation (1)**
235:3
**observations (4)**
115:15 243:10 290:12
290:13
**observe (5)**
111:21 112:16 134:20
134:22 187:12
**observed (8)**
113:14 134:24 135:4
148:17 171:16
222:21 241:12
289:10
**obstructionist (1)**
230:8
**obtained (5)**
17:12 45:11 173:18
174:13 244:14
**obtaining (2)**
15:6,18
**obvious (1)**
288:11
**obviously (33)**
10:16 35:22 44:4,8
46:12 50:14 71:21

83:4 89:10 97:13
108:21 120:23,25
122:8 133:4 137:7
148:11 200:21
202:16 208:8,12,14
210:19 211:3 212:3
212:5 214:4 216:5
218:4,10 235:16,24
288:10
**occasion (5)**
47:11 161:4 180:21
180:21 261:23
**occasions (5)**
107:17 164:23 168:8
169:20 286:2
**occurred (1)**
244:6
**Ocean (166)**
1:8,11 3:18,19 16:16
16:17 20:2,6,15
21:4,22 22:4,12,20
23:2 24:23 25:14
26:12,17,21 27:8
28:2,7,18,23 29:5
29:15,19 30:12,22
31:18,23 33:21
34:15 35:4,13,19
36:12,19 37:3,6,9
37:16,17 38:3,21
42:22,25 43:19
44:21 45:4,12,18
46:19 47:3,10 49:12
49:24 55:22 56:8,17
56:25 58:9 59:7,13
59:21 60:21 61:7,18
61:24 62:20 63:3,10
63:14 64:13 65:13
65:17 68:15,22
72:24 73:15 75:22
76:4 77:2 78:15
86:22 96:8,21 97:4
98:16 101:4 105:16
106:3 108:12
110:18 113:24
125:24 127:21,23
128:4 129:21 130:8
133:18 135:8,12,23
136:2,14 137:3
138:5 139:4 141:12
142:3 149:7,11
154:21,24 156:2,5
156:15 158:8,24
161:17 171:12,18
171:24,25 172:5,19
176:5,6,14,18,19
177:5 178:6,25
180:3 181:23
185:10 186:16,24
186:24 187:16

190:18 194:8,16
195:21 215:12
217:17 220:11
222:6 225:22
226:13 227:3
228:14 229:9
231:13,19 233:16
234:21 259:12
284:22 292:24
293:7 294:2
**October (1)**
20:3
**offenses (1)**
39:25
**office (6)**
7:7 13:11 191:22
192:10 193:4,12
**officer (96)**
5:12 19:19 20:13,18
21:4,22 22:12,20
23:2 25:21,23 26:4
26:6,9,13 27:8 28:2
28:7,18 29:16 30:4
31:23 32:7 33:6,20
33:21 35:4,12,19
36:11 37:3 38:17
39:4 43:2 45:11,18
46:19 47:3,9,10,16
51:21,24,24 54:24
56:7,16,25 57:8,9
58:8 77:2 127:22
128:4 129:21 130:8
130:17 133:12,22
134:12 137:12
150:16 151:5
152:17,24 154:22
155:14 158:9,12,24
160:17,20 172:3
177:2 178:6 179:7
180:21 181:16,24
197:9,13 200:5
203:16 204:12
222:18,23 223:16
225:22 234:2
236:24 243:10
250:9 282:19 283:5
283:13 284:10
**officers (53)**
34:15,17 37:6,9,17
38:3 55:22,23 63:9
64:11,13 83:20
89:25 96:21 104:15
104:15 139:11
143:20,24 144:4
151:15,22 154:25
161:18,23 163:17
164:23 165:4,8,21
167:3,8,14 168:7
171:16,23 180:5

181:10,22 187:2
191:11 201:21
206:21 214:5 222:5
222:16 230:11
243:11 256:15
266:3 267:15
273:10 278:21
**officer's (1)**
33:5
**offices (1)**
2:14
**official (5)**
1:9,11,13,15 47:10
**oh (3)**
75:18 156:14 214:2
**okay (48)**
12:24 13:5,20 15:16
16:14 18:8 35:25
44:16,17 54:23 64:3
65:10 101:9 110:22
111:7 122:2 137:24
148:20 168:4,24
176:13 177:14,22
179:9 180:16
181:18 183:3
196:17 198:2,16,17
198:25 199:14
201:17 205:13
214:24 244:25
248:21 251:10,23
255:3 256:20
262:13 267:12
269:8 274:25,25
276:4
**old (6)**
4:6 66:17 203:24
204:4,6 227:8
**once (13)**
19:6 22:6,14 48:3
88:22 142:24 159:6
191:4 201:24
202:25 279:3
287:14 289:17
**ones (7)**
13:2 34:11 84:8 163:3
166:2 169:13
202:23
**one-page (13)**
63:18,20 73:4,5 82:17
82:18 157:17,19
223:21 292:15,19
292:21 293:8
**ongoing (2)**
7:24 72:20
**open (6)**
53:3 117:21,25 119:5
171:6 240:21
**operate (1)**
224:10

**opinion (19)**
212:10 213:7,23
243:11 249:25
251:24 252:11,13
252:17,18 253:10
253:25 273:4
275:21 278:3 279:4
282:25 283:22
286:7
**opinions (4)**
117:11 252:16 253:14
253:14
**opposed (5)**
153:2 254:2 257:3,5
265:7
**opposite (1)**
166:8
**options (1)**
14:24
**order (4)**
99:3 131:8 206:4,16
**ordered (1)**
88:2
**ordering (2)**
164:12,17
**original (3)**
176:25 223:2 276:20
**originally (2)**
18:16 204:17
**osmosis (3)**
278:7,11,13
**outcome (1)**
291:12
**outside (30)**
38:14 50:10 87:24
88:9,13,18 89:5,10
89:15,23 169:15
190:18 212:8
241:10,20,22 242:2
242:5,9,15 243:2,3
243:3 266:24 267:2
268:9 270:5,10,14
287:22
**overheard (1)**
120:17
**overlapped (1)**
161:16
**oversaw (1)**
62:8
**overseeing (2)**
62:12,15
**ownership (1)**
245:9
**O'BRIEN (1)**
3:9
**O'Neil (1)**
95:8
**O'NEILL (1)**
3:9

**o0o (1)**
5:17

——————————
**P**
**P (6)**
63:19,21 73:4,6
292:16,20
**pace (1)**
81:17
**pack (1)**
92:14
**page (12)**
150:3 174:25 192:15
292:3,12 293:3
294:11,13,15,17,19
294:21
**pages (1)**
149:16
**paid (6)**
20:25 21:2 62:6 72:20
80:3 159:23
**painful (1)**
228:11
**palpably (1)**
228:25
**papers (1)**
50:5
**paperwork (13)**
36:15 44:22,25 45:3
131:19,20,21,24
132:21 133:7 221:2
221:3,11
**Paradiso (7)**
29:20,21,22 42:11,16
210:4 249:11
**paragraph (16)**
64:8,24 173:23 176:3
177:11,21 178:12
180:14,18 181:15
181:20 182:25
196:10,14 205:12
208:18
**paragraphs (4)**
175:19,20 198:5
244:19
**paraphernalia (5)**
200:15 203:2,4
204:24 245:10
**parents (1)**
187:24
**parking (7)**
77:24 78:8,22 79:19
80:4 219:3,4
**part (21)**
9:12 31:3 42:20 44:22
46:18 54:20,23
70:25 71:8 91:25
94:11 101:5 121:16
209:3 216:14

224:14 259:11
263:12,16 264:21
264:25
**particular (20)**
19:20 34:6 36:17
43:13 93:2,4,13
99:23 101:12 102:8
106:2 109:6 117:7
118:2 145:15,15
148:17 172:19
181:13 284:25
**particularly (3)**
57:20 106:10,22
**parties (5)**
5:4 9:13 61:25 232:20
291:11
**partners (1)**
259:3
**parts (1)**
27:18
**party (6)**
49:14 62:4,5 185:2
186:12 264:19
**partying (1)**
190:22
**part-time (2)**
21:15 42:20
**pass (3)**
105:21 143:23 179:24
**passed (4)**
45:15 179:23 287:6
287:11
**passing (2)**
179:17,18
**Pat (1)**
285:5
**patience (1)**
243:17
**patrol (1)**
37:4
**patrolling (1)**
259:12
**Paul (303)**
1:18 2:13 3:1 4:1 5:1
6:1,2,9 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1,23

65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1,15
95:18 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1,9 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
160:13,15 161:1,5
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1,10
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1

245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1,18 294:4,24
**pay (1)**
14:25
**paying (2)**
88:14 288:12
**PBA (14)**
60:21,25 61:7,11,18
61:24 62:8,21 63:3
63:6,11,14 137:20
137:22
**PBA's (2)**
62:12,16
**Peace (1)**
51:24
**pedophile (2)**
150:3,5
**pending (4)**
48:19 84:13 226:19
226:23
**people (117)**
38:8,11 46:15,22,25
56:3 62:25 71:2
74:13,22 76:3 77:11
88:20 89:15 90:4
91:8,20,25 92:10,12
92:19,22 93:4,7,17
94:2 106:9,21 107:2
107:3 108:11,18,25
109:18 110:6 111:9
112:13 114:10
116:2,18,23 117:2
117:14,18 118:7,18
118:21 119:11
120:15 121:8
122:14 123:8 125:9
125:14 131:12
135:2 140:23 141:6
141:16 142:5,11
143:4,6,14 146:4
148:18 162:8,18
164:17 167:12,18
167:20 168:5
170:11 190:20
204:4 206:3 209:7

240:18 241:13,16
241:18,22,25
253:23 255:12
256:24 257:14
263:13,19,20 264:2
264:13,15 267:15
273:21 278:16,25
279:3,15,23 283:3
283:14,16 285:6,8
286:16 287:7,9,11
287:14,21,23
289:13,17,21,24
**people's (3)**
117:2 282:15 283:11
**perceive (1)**
108:4
**percent (7)**
61:22 77:8 108:22
152:3 221:6,7 271:9
**perception (2)**
283:3,4
**perfect (1)**
209:9
**performance (4)**
135:11 158:7,12
283:13
**performed (2)**
178:13 283:5
**period (4)**
52:3,11,18 264:14
**permitted (1)**
31:22
**person (31)**
9:10 29:4 64:21 74:14
74:17 75:10,11
88:21 92:4 94:14
109:8 111:8 135:3
167:10 170:13,13
177:16 183:6,19
195:5,15 219:21
223:11 227:13
237:17 240:4
245:18 250:10
268:4,5 279:6
**personal (12)**
49:10 166:15 182:9
182:17 185:15
209:20 232:18
255:2 257:23
271:25 279:3
282:22
**personally (17)**
14:22 105:13 113:17
198:12 209:18
221:25 224:18
231:4 232:15
259:14 262:20
272:8,9 281:2,3,8
286:20

**pertained (1)**
273:24
**pertains (1)**
50:10
**phone (3)**
97:15 181:17 182:2
**photocopy (5)**
67:12,15 222:16
292:17,18
**photocopying (3)**
221:2,19 222:12
**photographs (1)**
67:11
**phrase (4)**
35:11 125:25 175:5
195:24
**physical (8)**
27:15,20 31:25 236:4
236:7,11 237:19
239:14
**picture (6)**
184:10 196:8 268:24
269:9 288:25 289:2
**pictures (1)**
288:24
**Pinkie (1)**
235:9
**pipe (2)**
200:17 205:8
**pissed (7)**
106:13 107:24 108:8
109:12 148:9 212:4
214:3
**place (16)**
48:7 68:25 121:4
131:3 152:2 186:11
186:25 187:3 212:4
230:2 240:19 250:2
255:8 264:11 270:3
273:23
**plaintiff (4)**
49:15 53:15 89:18
233:17
**plaintiffs (87)**
1:5 3:4 16:24 85:13
85:17,25 86:10,15
87:2,7,12,17,22
88:25 89:2,7 90:4
95:3 120:19,22
121:4,7,20 122:3,15
122:20 123:2,6,17
123:21 124:3,6,12
124:12,20,21 125:8
125:22 145:4
147:20 148:3
155:23 177:23
178:13,19 207:25
208:4 212:15,20
213:15 215:4,11

216:25 217:5,17
219:9,17 222:4
243:23 244:4
247:23 262:6
266:19 268:14
273:19 274:4
277:20 278:4,9
279:8,23 280:13,24
281:9,13,15 284:22
286:14,23 287:22
288:2,5,7 289:7,11
289:20 290:4
**Plaintiff's (13)**
12:11,14 63:22 67:13
67:16 73:7 82:20
136:4 138:8 149:12
157:21 174:10
214:14
**plastic (2)**
168:14 171:3
**Plaza (3)**
2:2,15 3:21
**plea (6)**
99:8,9,10,12 229:20
229:21
**plead (7)**
52:14,21,24 53:6,10
100:9 229:21
**please (6)**
6:7 10:18 58:20 63:25
73:3 95:14 114:23
132:12 135:21
148:19 157:16
179:12 183:2
225:10 238:21
**pled (4)**
98:6,10 230:5,13
**plugs (2)**
153:16,18
**point (55)**
10:24 11:5 15:17,20
22:22 25:6 31:16
35:25 36:23 37:16
65:21,25 66:8 80:11
85:18 89:8,22 100:7
109:15 120:6 124:2
125:23 128:5 131:7
132:10 136:17
141:15 142:18
144:17 145:14
148:18 151:22
156:20 157:4,6
162:7 163:9 173:7
175:21 186:15
189:21 191:21
192:13 225:21
226:11 227:2
242:13,25 243:7
249:17 280:12,16

287:5 288:20,21
**pointing (3)**
145:20 192:13,16
**police (181)**
1:11,13,21 3:20 20:13
20:18 21:4,22 22:12
22:20 23:2 26:18,24
27:6,8,25 28:7,18
29:16,19,23 30:4,14
30:22 31:6,23 32:7
32:9 33:5,14,21
34:15,18,21,22 35:2
35:4,5,12,18,23
36:11 37:2,6,9
38:16 39:4 43:2,19
44:20 45:2,11,18
46:17,19 47:3,10
51:21 54:24 55:6,21
55:23 56:7,16,24
57:8,9 58:8 59:7
64:10,12 65:3,13,17
66:21 68:15,22
72:24 75:22 76:4,25
86:23 96:21 106:3
112:24 127:22
129:21 130:8,17
133:11,21 134:12
137:3,12 139:4,18
141:12 143:6,8
144:3 146:15 149:8
149:11 154:21,25
158:9,12,16,24
159:7 160:17,20
161:3,18,18,24
162:10,25 163:6,7,8
163:17,18 164:13
164:23 165:6,9
166:5,14 167:22
175:16 176:6,12,14
176:20,24 177:2,7
177:24 178:3,5
179:7 180:5,10,20
181:10,23,25
186:17,20,25 187:2
188:17,21 190:9,24
191:11,23 206:21
222:5 225:22
230:11 231:12,18
231:23 232:4,10
233:6 243:9,11
247:24 250:9
251:18 266:3
278:21 280:14
282:19 283:5,13
284:10 293:7
**Politics (5)**
139:12,22 140:3,5,17
**polygraph (5)**
27:20 31:25 54:25

55:9,18
**pop (1)**
148:2
**popped (3)**
129:4 147:14,19
**popping (1)**
146:18
**portion (8)**
52:8 71:17 92:16
106:19 124:18
216:18 226:24
248:23
**posed (2)**
9:21 101:23
**position (29)**
14:4 19:17,23 20:11
24:8 25:16,19,24
26:12,13 28:7,8,18
29:10,16,23 30:13
32:24 33:2 42:21,25
45:11 50:18 58:10
97:18 160:15
176:19,24 227:8
**positions (5)**
26:10,14 28:23 33:20
33:22
**positive (1)**
216:8
**possession (1)**
165:5
**possibility (1)**
64:10
**possible (3)**
102:11 150:18 223:4
**possibly (2)**
72:3 137:8
**post (1)**
142:11
**posting (2)**
143:5,7
**postings (1)**
149:25
**postponed (3)**
14:7,11,14
**posts (3)**
149:6,9 293:5
**post-termination (1)**
281:25
**potential (1)**
105:20
**power (2)**
37:18 38:4
**powers (1)**
38:7
**practices (2)**
286:9,11
**precipitated (1)**
96:23

**precise (1)**
101:7
**Preliminary (1)**
175:2
**presence (4)**
146:9 215:11 250:18
255:24
**present (25)**
4:8,16,18 44:15 50:20
50:22 73:22,24 74:3
85:17 89:18 95:10
95:11 96:6,12 128:6
199:16 217:10
234:14 236:21,23
236:24 245:8
262:16 264:21
**presently (1)**
11:9
**preserved (1)**
44:7
**pressing (1)**
148:15
**presumably (1)**
268:3
**presume (2)**
50:4 154:6
**pretty (7)**
59:17 82:3 195:4
213:21 227:9 261:8
287:19
**prevent (2)**
104:15,19
**prevented (1)**
105:23
**preventing (2)**
105:15,18
**previous (3)**
226:4,12 227:3
**primarily (1)**
284:23
**primary (1)**
186:21
**prior (27)**
13:15 15:19 18:11
26:9 42:24 52:2,4,9
52:11,14,24 53:2,7
76:10 86:20 87:5,12
87:16 136:16
138:20 150:4
176:22 177:15
222:10 224:4
249:24 266:18
**Prisco (20)**
233:17,18 234:3,6,10
234:13,24 235:2,6
235:12,15 236:5,14
236:17 237:10,13
238:15 239:25
242:10,14

**Prisco's (1)**
235:25
**private (7)**
189:14 267:4,16,23
272:10,13 273:6
**privately (1)**
286:13
**privilege (13)**
99:4,4,5,23,24 100:5
100:8,14,15,15
101:12 102:2,5
**privy (1)**
13:16
**probably (56)**
13:23 15:24 16:9 24:9
45:8 58:15 70:5
72:9 74:13 75:7
77:10 84:15 89:4
93:5 94:20 109:15
109:24 134:14
142:14 146:21
147:14 148:7,8
155:19 160:13
162:4 169:15
172:24 174:20
185:12,21 191:18
196:18 201:8,10
205:2 206:12,14
215:24 217:7,8
220:3 245:11
248:10 252:6,14,20
253:22 255:7,13,20
260:17 264:9
276:17 280:18
287:8
**problem (16)**
8:13,14 58:23 68:7
84:24 103:6,11
106:10,23 108:16
108:20 119:4
130:19 185:3 224:3
232:14
**problems (3)**
135:10 224:20,22
**procedural (1)**
9:23
**proceeding (2)**
48:24 102:3
**PROCEEDINGS (3)**
291:1 292:1 293:1
**process (11)**
29:5 30:7 31:3,11,24
32:5 45:2 54:24
59:2 147:11 256:23
**processed (1)**
133:7
**processes (1)**
133:6
**procure (1)**

164:3
**produced (1)**
138:5
**profanity (1)**
111:21
**professional (2)**
2:17 115:7
**program (3)**
178:2,5,9
**prolong (1)**
230:24
**prosecution (1)**
49:23
**protection (2)**
206:4,17
**provided (1)**
244:10
**psychological (2)**
27:22 31:14
**public (13)**
2:19 112:17,23,25
115:17 117:25
153:20,25 178:15
178:19 229:24
230:21 291:4
**purpose (2)**
171:7 237:21
**purposes (1)**
110:20
**pursuant (1)**
2:15
**pushing (3)**
240:22,23 241:21
**put (18)**
28:12 45:5,8 65:22
67:3 76:6,19 126:19
147:11 149:17
156:14 181:4,8
214:24 222:16
225:21 235:17
276:19
**puts (2)**
100:2 140:13
**putting (1)**
214:7
**P.C (1)**
3:9
**p.m (4)**
2:4 40:22 227:23
290:16

—————
**Q**
—————
**qualifications (1)**
282:18
**qualified (1)**
36:11
**qualifying (1)**
27:12

**question (152)**
5:8 6:18 7:6,18 9:21
10:6,9,17,18,19
11:3 20:23 23:3,6,9
23:11,14,15 26:3,5
35:15 36:8 43:16
47:14,15 48:22 49:6
52:7 53:19 54:14,18
54:20 56:2 57:12
58:18 59:18 60:2,6
61:20 62:13 65:8,15
66:10 67:23 68:2,7
69:4,21,23 84:13
86:6 93:24 94:10,18
97:12 99:3 101:13
102:8 104:18
105:12 106:17
109:22 110:3,21
111:3 113:9 114:13
114:15 116:15,22
118:16 122:18
124:16 125:11,13
128:22,24 129:3
135:16 136:11
137:8 139:16,21
144:12 146:10
147:24 149:20
150:22 157:25
160:21 168:10
169:11 171:9,10
175:23 180:8
181:16 183:10,17
184:22 186:22
190:20 192:3
196:13 197:21
199:5 215:8 226:16
226:20,20,23 228:3
228:23 229:4,13
231:7,25 232:15,17
232:21 235:23
247:10 248:22
250:5,17 253:3
254:16 256:6,8,10
257:25 259:4,9
260:21 265:11
269:2 273:20
274:25 275:13,18
275:22 276:12
277:2,5,23 278:5,18
279:13,16,20
281:12 289:8
**questioning (3)**
50:9 96:3 242:18
**questionnaire (2)**
55:8,13
**questions (66)**
8:16,17,25 9:2,12,14
9:18,20 10:4 11:23
13:18 16:15,20,23

17:3 24:10,19,21
25:4 49:17 51:6
55:13,17 58:4 81:5
81:10,16 96:10,24
97:22 99:24 100:2
100:18,24 101:6,7
101:22,23 102:7,17
102:20 128:14,16
129:2 138:2 148:16
154:7 173:8,16
175:19,25 201:5
227:20 233:21
238:16 243:18
245:12 256:14
260:5 267:10 274:8
279:22 281:18,21
284:21 289:4
**question's (1)**
276:4
**quick (2)**
205:11 287:20
**quicker (1)**
58:19
**quite (2)**
166:7 239:23
**quote (1)**
175:4

—————
**R**
—————
**R (1)**
291:2
**radio (2)**
103:20 202:22
**Radler (3)**
2:14 3:16 95:6
**raise (1)**
25:10
**raised (1)**
62:21
**raising (1)**
59:20
**ran (1)**
122:8
**rarely (1)**
254:25
**rat (4)**
59:13,20,25 60:9
**reach (1)**
80:14
**read (36)**
50:5 52:9 63:24 92:14
92:17 96:17 106:18
106:20,24 111:4
124:15,19 149:16
149:22 174:15,17
175:22 177:12,12
179:12 180:14,15
181:16,19 182:11
182:25 198:6,9

205:5 216:17,19
225:10 226:22,25
248:22,24
**reading (7)**
84:17 146:19 150:4
174:21 175:6
177:15 196:19
**READY (1)**
4:3
**real (3)**
255:2 263:2 268:24
**realize (2)**
90:9 101:10
**realized (2)**
90:8 142:16
**realizing (1)**
288:12
**really (48)**
6:20 30:10 39:6 42:15
46:2,14 55:7 61:19
68:16,18 70:8
107:13 114:25
115:3 121:9 125:4
132:23 133:13
134:6,7,19 137:22
140:11 146:4
152:10,11 153:13
156:18 170:12,24
182:23 186:9
208:13 213:3
215:24 221:7
230:21 233:7,21
234:15 258:25
265:20 269:19
276:11 279:7
282:23,24 284:3
**realm (1)**
111:15
**Realtime (1)**
2:17
**reapply (2)**
42:21,25
**Reask (1)**
289:16
**reason (24)**
11:6,21 91:14 102:4
112:21 115:10
117:2 123:16 128:3
131:23 133:23
134:11 180:23
220:24 224:25
258:9,13 294:6,11
294:13,15,17,19,21
**reasons (8)**
102:9 110:5 114:9
127:4,11 147:4
212:19 213:14
**recall (121)**
13:21 14:2,5 18:4

20:5 43:10 46:17
48:9 65:24 66:20
68:21 70:13 72:17
73:19,21 74:15,18
75:20 76:3,12,24
78:15,18,21 81:21
84:4,5 85:12,16,24
86:8,14,17 87:11,15
89:13,14,17 90:23
92:7 94:14 105:3
106:2,8,21 109:6,10
114:7 119:10 120:3
122:2,13,25 123:5
123:18,20,24
126:23 127:16
130:12 131:22
132:16 135:3
138:23 142:5,10
143:4 145:7 146:14
147:19,25 148:16
149:2 150:7,11
155:16 158:17
159:15 167:7
184:23,24 201:20
201:23 202:6 203:6
203:9,11,15,18
204:6,10 206:8,13
206:16,19,20
214:20 215:16
216:7 218:8 222:3
234:15,17 246:24
248:2,6,12,18,25
250:11,19 254:21
254:22 258:2 262:8
269:7 270:10
274:12 287:21
288:4,7
**recalls (1)**
119:22
**receive (1)**
63:6
**received (5)**
13:3 14:6,9 15:21
225:13
**recognize (7)**
12:20 67:21 73:10
82:23 83:2 137:25
225:9
**recollection (4)**
72:14 132:3 206:11
206:22
**recommendation (5)**
216:2,4,6,8 245:19
**reconvene (1)**
242:21
**record (27)**
6:8,22,24 8:9,13 9:19
9:22 13:6,19 50:21
52:17 81:3 82:12,14

86:7 95:14 131:6
136:7 192:12
200:25 201:5
214:10 217:9
228:24 233:14
291:8 294:7
**recount (1)**
194:15
**recruiting (1)**
64:10
**REF (1)**
139:11
**refer (17)**
43:21 59:12,24 60:9
73:15 74:19 85:13
112:12 145:21
150:5 162:4 173:22
174:4,8 175:12
176:4 207:7
**reference (34)**
60:2 72:2,15 75:13
76:19 127:16,18
139:22 143:20
145:3 155:17,22
173:8 195:25 208:4
209:25 232:23
244:23 245:19,24
246:8,19 247:5,6,6
247:13,14,14 248:4
248:8,14 249:3
255:25 282:8
**referenced (1)**
183:13
**references (3)**
61:7 75:21 215:4
**referred (11)**
52:8 53:13 59:19
68:23 70:14 78:7
92:16 112:5 115:23
219:19 226:6
**referring (43)**
48:16 53:16 64:20
65:5 69:5 76:4 78:8
78:25 79:2,6,9 83:8
85:14,21 93:8 96:16
106:13 111:5
129:10 139:23
140:2 152:20 162:3
163:10 164:20
165:21 174:5 184:9
190:6 192:18
193:17 194:5 197:4
197:23 201:2
204:18 205:22
207:10 208:21
210:22 219:21
266:18 285:15
**refers (5)**
64:17 83:13 159:5

175:4 208:20
**reflect (2)**
192:12 200:25
**refrain (1)**
143:21
**refresh (3)**
72:14 132:3 206:11
**refreshing (1)**
144:21
**refusal (1)**
100:21
**refuse (4)**
99:2,25 102:6,8
**refused (1)**
101:18
**regard (13)**
99:23 230:2 231:9
244:9 247:14 249:7
250:5 253:3 255:23
256:6,8,10 275:13
**regarding (4)**
24:19 117:9 244:20
252:13
**Registered (1)**
2:16
**Regular (1)**
44:9
**regularly (1)**
113:5
**regulations (3)**
136:25 137:2,15
**rehired (4)**
86:10 110:11,19
211:4
**reinstate (1)**
226:3
**reinstatement (2)**
226:12 227:2
**relate (1)**
101:2
**related (5)**
96:24 97:3 233:5,8
291:10
**relating (1)**
253:5
**relationship (2)**
206:17 207:4
**relationships (3)**
194:8,15,21
**relevance (2)**
44:7 188:14
**relevancy (3)**
97:14,19,23
**relevant (6)**
57:20 58:15 100:7
220:21 224:13
237:14
**remained (1)**

268:9
**remarks (2)**
281:14,16
**remember (168)**
18:16 29:7 33:3 42:4
42:13,15,18 45:6,7
46:22 55:20 61:2,14
68:16,18 69:20 70:9
70:11,21 71:4,8,16
71:23 72:4,8,11,19
74:6,8,9 75:11 77:8
77:14,17,23 78:5
83:5 84:9 85:3,7
87:9,14,19 88:20
90:3,6,7,17,18 91:4
91:6,21,24 93:2,13
106:13 107:2,4,8,15
108:7 112:2,3
113:22 114:15
115:3,8,10,11
117:16 118:2
122:12 123:4,19
129:9 131:4,15
132:11,19 134:6,7
138:16 139:2
140:23 141:18,20
142:9 143:16,17
144:20,24 145:2,13
145:14,18 146:18
146:22 160:25
161:14 162:13
163:17 165:24
169:19 170:21,21
172:25 173:4 184:7
184:11,16 185:2,7,9
186:9 188:2 192:17
193:16,19 197:6,8
199:12,25 200:13
200:14,15,23 201:8
201:11 202:22
204:9,21,23 205:10
205:14 206:3
207:20 212:18
216:5,15 235:6
245:7,11 246:22
250:7 252:22 253:6
253:11,18 255:19
256:5 258:25 259:2
259:14,17,23
271:14 274:6
275:25 279:24
280:8 281:25 282:5
285:4,11,13 287:4
288:13 290:5
**remembering (1)**
144:17
**removed (1)**
143:25
**repeat (5)**

86:5 103:9 231:25
273:20 277:25
**rephrase (6)**
90:16 91:17 189:7
250:17 254:16
259:4
**report (3)**
149:7,10 293:6
**reported (3)**
1:24 59:8 238:7
**reporter (24)**
2:17,18,18 6:6 9:25
10:14 12:6 52:9
63:18 73:2 82:16
92:17 95:20 96:17
106:20 124:19
135:20 138:4 149:4
174:6 216:19
223:19 226:25
248:24
**represent (4)**
97:8 149:5 229:7,9
**representation (1)**
8:2
**representative (1)**
98:16
**represented (1)**
12:2
**representing (1)**
9:13
**reputation (3)**
256:16,22 257:10
**request (2)**
15:10 45:6
**requested (6)**
15:23 106:19 124:18
216:18 226:24
248:23
**required (6)**
30:3 32:4,11,17,17,19
**requirement (2)**
26:20 35:4
**requirements (5)**
27:7 30:3,13,18 37:19
**resentment (1)**
181:24
**reserved (2)**
5:8 44:11
**residence (6)**
186:7,21,25 187:10
187:21 234:21
**resident (2)**
40:9 187:11
**residents (2)**
194:8,10
**resisting (1)**
236:14
**resolve (1)**

102:12
**resolved (1)**
238:8
**respect (8)**
60:6 62:11 87:6
135:16 158:8 202:7
203:7 284:17
**respectful (1)**
24:14
**respectfully (1)**
24:3 57:14 208:24
**respective (1)**
5:3
**respond (8)**
24:18,21 200:4 201:5
205:17 233:25
234:12 237:3
**responded (6)**
132:17 205:20 234:19
234:23 235:4
244:20
**responding (4)**
10:8 49:6 200:4 234:2
**response (5)**
13:7 257:24 274:7
279:16,21
**responsibilities (1)**
177:7
**responsible (3)**
62:11,15 137:5
**rest (1)**
150:9
**retain (2)**
14:18 17:19
**return (1)**
15:9
**reword (3)**
62:13 104:3 106:17
**RexCorp (3)**
2:2,15 3:21
**Richard (6)**
56:21 57:3 135:17
163:16 211:22
212:2
**ridiculous (2)**
218:11 242:22
**riding (2)**
40:10,11
**right (38)**
10:19 34:12 39:7
44:11 92:12,21 93:7
98:23 99:2 110:11
110:12 121:14
147:9 153:16
154:10 190:11
195:15 197:2
204:17 205:20,25
210:3 212:9 213:2
213:10,22 229:11

233:20 237:18
238:22 259:4 261:2
263:13,14 265:8
267:16 268:5 276:8
**rights (1)**
98:25
**rings (1)**
126:19
**rise (1)**
234:3
**Rivkin (3)**
2:14 3:16 95:6
**road (3)**
3:11 4:6 25:9
**rocket (27)**
163:22,23 164:4,7,9
164:12,19,24 165:4
165:5,8,17 166:5
167:4,14,18,21,24
168:3,9,25 169:6,13
169:14,17 170:22
170:25
**Rogers (2)**
3:19 219:12
**role (2)**
156:8 177:7
**romantic (1)**
207:4
**room (44)**
13:16 23:4 121:10
152:6,6,13,16 153:8
154:3,4 188:17
189:4,6,8,10,18,19
189:22 190:2,5
209:21,23 258:6
262:21 263:24,25
264:6,8,10,12 265:7
266:20 267:4,16,23
268:5,10,15,23
269:3,6 272:10,13
278:17
**room/kitchen (1)**
189:13
**roster (1)**
64:11
**RPR (3)**
1:24 291:4,18
**ruling (1)**
94:23
**rumors (2)**
90:11 208:12
**run (3)**
31:13 40:12 77:9
**running (2)**
240:18 259:17
**runs (1)**
198:22

─────── **S** ───────

**s (1)**
7:19
**salary (1)**
20:25
**sampling (1)**
96:17
**Samuel (1)**
231:10
**Sanchez (2)**
1:14 177:17
**sanctioned (1)**
178:2
**sat (1)**
255:7
**satisfied (3)**
210:5,9 252:7
**Saturday (3)**
40:20,23 173:3
**sausage (1)**
195:24
**savvy (1)**
142:21
**saw (44)**
3:11 16:2 37:23 69:3
69:17 70:9,18 71:23
72:5 91:12 109:13
119:4,9,15,16
143:13 156:12
164:17 167:14,18
167:20 168:7 170:4
170:15 184:4
187:19 218:19
222:16,18 239:18
242:7 262:24 263:8
263:15 264:14,22
270:6,17 273:21
283:3 286:18 287:5
288:11 289:19
**saying (24)**
87:16 108:25 113:22
115:5 120:16
123:13 142:6
145:18 147:6 159:8
159:10 195:17
196:8 200:2 204:21
212:18,25 213:22
250:12 253:11
255:12 257:14
269:16 283:19
**says (15)**
64:9,25 81:4 83:8
139:3,4,10 143:20
158:20,21 159:2
178:12 182:13
192:6 201:14
**scenario (1)**
105:4
**scene (10)**
132:24 200:5,8

233:25 234:12
235:21 236:16,22
237:24 239:3
**scenes (1)**
46:3
**schedule (4)**
14:3 160:10,12,22
**scheduled (2)**
9:11 14:17
**scheduling (2)**
18:8 81:20
**school (1)**
51:8
**Schwartz (3)**
149:7,10 293:6
**science (1)**
278:13
**scope (1)**
100:24
**screaming (2)**
240:23 241:3
**sealing (1)**
5:4
**search (1)**
215:11
**season (16)**
43:6,11,14,18 85:9
86:22 87:3,18 142:3
185:10,12 258:24
259:25 280:20
284:24 285:9
**seasonal (2)**
21:4,8
**seasons (10)**
22:8 39:7,10,12 261:4
261:5,9,13,15
278:19
**second (13)**
7:5 14:10,17 15:19
16:9,10 64:8 136:10
139:4 177:12
223:25 280:19
285:5
**secret (1)**
229:25
**section (7)**
30:23 31:2,10,17
158:19 175:22
208:17
**see (40)**
9:25 24:12 70:25
77:17 81:7 83:4,6
90:13 116:19
140:13 147:9 162:9
162:18 164:12,22
165:4,8,15 166:4
168:9,16,24 169:5
169:14,16,21 170:8
170:18 172:3,23

242:10 243:4 255:5
266:3 268:22 269:2
269:5 286:13,23
288:17
**seeing (16)**
68:16,18,21 69:10
71:8,17 76:9 86:14
86:17 138:16
147:25 163:17
170:21,22 270:10
287:4
**seek (3)**
156:5 226:11 227:2
**seeking (1)**
46:19
**seen (25)**
64:5 67:22,25 68:3
69:5 73:11,13
113:21 119:3,3
136:12,13 138:15
139:6,20 158:2,4
161:17,23 162:23
163:2,3,5 170:9
266:4
**self-explanatory (1)**
213:21
**self-incrimination (3)**
99:6,22 100:9
**send (1)**
158:15
**sense (14)**
66:18 75:16,18 81:15
110:23 116:15
117:3 148:10
168:11 196:5,19
205:7 211:5 277:24
**sent (3)**
15:22 16:5,6
**sentence (8)**
64:25 83:8 92:15
175:3 196:14,22
197:7 225:25
**sentenced (1)**
99:7
**separate (5)**
65:8 98:21 149:17
198:24 264:13
**separately (1)**
268:15
**September (1)**
24:13
**sequence (1)**
9:16
**sergeant (2)**
160:19 251:18
**sergeant's (1)**
179:18
**series (1)**
9:11

**serious (2)**
75:17,17
**service (19)**
1:14 30:17 32:12,20
32:23 33:12,17
35:11,18 36:4,10,18
36:21 58:25 59:4,9
59:15,21 179:18
**serving (1)**
32:7
**set (6)**
14:6 88:3 89:16
198:13 291:7,14
**Setting (1)**
14:3
**settled (1)**
230:16
**seven (1)**
173:15
**sex (3)**
194:22 195:2,17
**sexual (5)**
194:5,7,15,20 195:20
**shakes (1)**
10:16
**SHEET (1)**
294:1
**shift (45)**
40:13,16 41:3,7 42:2
42:7 45:6 76:25
77:3 78:2,12,14,16
78:19,22 79:4,23
80:2,8 113:5 130:24
133:9 160:3,4,7,10
160:23 161:13,13
161:14,16 165:15
166:10 167:2,23
170:10,11 191:3
207:21 218:22,24
219:6 220:7 225:17
285:20
**shifts (16)**
21:19 41:13,20 42:10
42:14,14,17 45:9
78:20 113:11 130:4
130:13 133:18
134:5 163:21
164:24
**short (3)**
182:8 195:7 242:17
**shorter (1)**
84:7
**shot (1)**
162:24
**should've (1)**
121:18
**showed (1)**
239:22
**showing (1)**

146:19
**sic (1)**
77:19
**side (31)**
102:22 134:7,8
259:12,12,16,16,18
259:19,19,19 260:9
260:10 261:5,6,14
261:14 282:23,24
284:22,22,23,23
285:9,9,14,14,16,16
285:23,23
**sides (3)**
110:16 142:14 148:12
**sight (1)**
286:19
**signed (2)**
5:12,14
**silence (1)**
175:5
**silent (1)**
175:15
**silly (1)**
184:3
**similar (1)**
68:3
**similarly (1)**
97:25
**simply (1)**
102:6
**sip (8)**
168:22,25 169:6,17
169:21 170:5,19,20
**sipping (1)**
170:23
**sir (1)**
247:21
**sister (2)**
115:4,11
**sit (7)**
246:23 247:3,11
248:3,6 265:2 284:3
**sitting (8)**
8:22 115:2 146:21
148:11 162:19
165:19 168:3,8
**situation (20)**
14:21 19:5 25:12
36:22 121:11
145:24 196:24
197:3,12,14,17
198:19,19,25
199:15,20,21
206:25 213:2
243:12
**situations (2)**
198:24 204:15
**six (4)**
48:8 155:10,12

173:15
**Sixteen (1)**
21:20
**size (3)**
263:24 264:6,8
**skip (1)**
175:18
**Skipping (1)**
176:3
**sleeping (4)**
134:21,22,24 170:12
**slightly (1)**
215:9
**smiling (1)**
265:22
**Snyder (27)**
1:4 59:25 60:12 86:19
120:3,7 130:11,14
130:16 131:18
132:21 133:11
150:5 181:17,24
197:9 199:12
249:23 251:8 254:7
256:10 259:15,17
261:10,22 275:18
277:11
**Snyderized (7)**
70:5 71:3,5,20 72:4
76:8,16
**solicited (2)**
62:21,24
**somebody (16)**
30:16 49:23 59:7
112:4 113:24 114:4
114:18 120:17
125:20 143:13
167:2 183:17
194:23 215:25
265:6 272:7
**somebody's (1)**
125:19
**someone's (1)**
108:8
**someplace (1)**
186:12
**son (1)**
172:24
**soon (2)**
188:24 240:17
**sorry (17)**
6:16 28:3 39:9 49:8
60:15 114:15
138:17 182:18
196:18 197:13,16
201:6 203:19
206:13 226:22
237:22 268:21
**sort (2)**
35:10 43:24

**sound (1)**
142:20
**source (4)**
217:22 225:18 227:14
290:3
**South (1)**
207:10
**Southampton (11)**
215:15,21 216:24
245:16 246:10,20
247:15,17,20,24
281:24
**span (1)**
67:8
**speak (21)**
15:2,5 18:14 30:12,16
57:17 98:7,11
120:20 134:8 161:2
207:22 218:21
219:16 223:16
239:25 269:3
273:18 274:3 281:8
283:18
**speaking (7)**
10:10 18:14 33:17
81:22 115:17,22
269:6
**speaks (4)**
97:10 111:10,11,19
**specific (56)**
9:17 22:22 29:4 30:13
31:18 38:6 39:25
42:13 56:3 62:9
71:17 74:9,14 75:11
83:5 92:4 94:14
96:19 101:6 106:8
106:12,21 107:2,15
107:17 118:3
119:10,17,22 120:2
120:24 122:11
126:10 129:3 135:3
141:8,9 142:9
143:15 144:19
168:5 185:8 192:17
193:19 194:6 212:2
216:5 223:11
248:11 252:9,15
255:19 259:2,9
265:6 280:8
**specifically (63)**
28:2,20 62:3 70:13
74:6,17,23 83:2
91:23 96:6 108:5
109:13 118:10
119:2,9 120:18
122:7 126:2,7,20
127:8,15 134:25
140:18 143:13
145:19 151:5,6

155:11 159:14
160:12 167:7 169:3
170:20 184:16
193:18 207:7
215:17,19 216:12
216:16,20 245:21
245:22 246:17,24
247:2,4,12,21 248:2
248:13,25 252:22
253:6 255:22
263:11 271:22
274:2 276:9 286:18
289:5 290:6
**specifics (19)**
92:9,18 121:9,10
123:14 142:25
143:16 145:5,6,12
184:5 205:6 213:5
218:10 246:22
253:18 254:20,22
282:6
**speech (2)**
114:8 272:14
**spend (3)**
85:23 160:2 259:11
**spent (2)**
186:6 255:7
**spit (2)**
201:13,16
**split (1)**
188:20
**spoke (8)**
15:10 18:17,22 54:2
58:13 217:5 218:12
253:24
**spoken (8)**
13:15,22 17:14 19:4
86:20 217:7 243:22
244:4
**sponsor (1)**
61:25
**spread (1)**
90:11
**spring (1)**
65:2
**stab (3)**
166:2 170:14,24
**staffing (2)**
86:21,24
**stairs (2)**
200:10 270:16
**stand (1)**
99:13
**standing (14)**
72:9 87:24 89:5,6
115:11 123:25
167:25 202:23
241:11 259:23
262:20 265:12

269:13,15
**staring (1)**
227:16
**start (13)**
10:7 31:23 32:6 44:2
79:22 81:23 141:16
143:3 153:7 209:19
212:12 259:10
277:10
**started (29)**
7:14 20:12 21:7,19
25:14 26:16 30:14
34:25 35:21 40:15
40:18 44:20 56:19
57:11 58:4,21,25
76:14 77:12,15 80:8
135:8 156:2 208:15
286:15 287:14,17
289:12,18
**starting (2)**
81:24 224:9
**starts (1)**
208:18
**state (10)**
2:19 6:7,11 19:16,17
38:16,19 50:20
273:13 291:5
**stated (7)**
25:20 101:25 102:9
203:16 275:11
280:2,6
**statement (4)**
6:17 112:11 175:3
284:5
**statements (6)**
72:22 122:11 123:15
140:14 155:17
197:8
**states (3)**
1:2 177:23 226:2
**stating (2)**
16:7 250:20
**station (46)**
68:14,15 79:22 80:5
91:13 104:7,23
107:8,13 117:19,23
118:19 119:12
142:24 146:15
159:22 161:18,24
162:6,10,14,19,25
163:4,8,11,12,18
164:13,20 165:6,9
165:18 166:5,15
167:22,25 168:22
169:2,6 170:19,20
170:23 181:4,5
253:23
**status (4)**
159:3,7 169:10

225:17
**stay (11)**
6:23 8:13 39:2 135:5
142:11 147:10
162:5 190:24
257:25 258:5,14
**stayed (6)**
187:11 190:4,4,21,23
191:4
**staying (3)**
187:12 191:18 196:25
**step (2)**
28:11 89:12
**steps (1)**
204:20
**stick (1)**
239:5
**stips (1)**
44:9
**stipulate (2)**
43:8 228:18
**STIPULATED (3)**
5:2,6,10
**stop (4)**
22:25 122:19,20
238:21
**stopped (4)**
22:23 43:5 187:15
220:10
**stopping (1)**
24:23
**store (2)**
191:21 193:5
**stores (1)**
197:2
**stories (1)**
210:18
**story (11)**
207:12,13,16 210:5
210:19,20,21,21
211:14 212:9
222:22
**straight (1)**
189:4
**straw (2)**
168:15,17
**street (4)**
119:7 154:9,13
259:18
**streets (1)**
117:24
**strictly (1)**
103:17
**strike (2)**
44:10 144:25
**struck (1)**
173:6
**studying (1)**

156:12
**stuff (8)**
142:21 147:12 187:20
193:15,16,19
194:11 221:8
**stupid (5)**
256:16,19 257:3,5,7
**subheading (1)**
175:2
**subject (8)**
24:8,13 25:2 49:19
81:6 173:11 178:15
178:19
**subjects (1)**
25:8
**submission (1)**
7:20
**submit (4)**
28:15 44:22 45:3
102:13
**submitted (1)**
46:13
**subpoena (17)**
12:7,8,10,13 13:9,10
14:6,9,17 15:15,19
15:25 16:9,10 19:3
292:13,14
**subpoenaed (1)**
98:14
**subpoenas (1)**
13:7
**Subscribed (1)**
290:19
**subsequent (1)**
217:2
**substance (10)**
13:25 19:10 116:25
125:7 196:21
213:14 216:7
228:20 276:20
282:8
**substances (1)**
11:16
**substantive (1)**
9:24
**successful (1)**
226:2
**successfully (1)**
177:25
**sucked (1)**
278:14
**sucking (1)**
168:16
**sudden (1)**
129:4
**sue (2)**
53:20,21
**sued (3)**

53:22,25 54:6
**Suffolk (31)**
1:13,13 4:5,11 27:2
30:17 31:4,5,6 33:5
33:11,14,15 34:22
35:2,5,17 36:3,9,17
36:21 38:12,14
51:15 55:4,6 58:24
59:4 177:2,24
285:11
**suggest (3)**
17:6 102:10 242:17
**suggested (1)**
118:6
**suggesting (1)**
81:12
**suggestion (1)**
24:15
**suit (1)**
234:8
**sum (1)**
276:20
**summer (28)**
21:21 22:2,6,7,11,14
22:19 39:12 41:6,12
41:15 42:19,22,24
43:2,4,6,10,12,14
43:18 87:2 142:3
258:22,24 260:6,9
284:24
**summers (2)**
41:23,25
**summons (20)**
37:4 38:21 39:15
104:12,13 105:14
106:10,23 107:16
108:17 117:20
201:18,22 202:17
203:3 250:9,20
275:16 286:7,8
**summonses (24)**
39:22,25 103:13,14
103:18 104:6,21
105:9,24 106:15
108:9,22 109:3
172:18,18 202:4,8
202:11,14 203:8
251:2 252:25
275:17 286:4
**Sunday (3)**
42:5,6 173:4
**Sundays (6)**
22:9,18 41:21,24 42:3
260:12
**supervision (2)**
41:10,16
**supervisor (6)**
40:14 42:8,11 53:4
201:25 240:11

**supervisory (1)**
158:20
**supply (1)**
16:13
**supported (1)**
116:9
**supposed (1)**
239:5
**sure (55)**
10:3,8 21:13 30:11
35:9 49:5 54:16
60:5,5 61:23 70:25
74:22 77:8 82:3
84:12 86:3 88:8
89:20 90:2 108:24
108:25 109:14
114:25 116:17
117:13 126:25
132:25 134:3,3
152:3 155:18
156:15 162:16,21
163:3 166:3 174:5
182:14 188:8
205:22 210:23
217:20 218:5
220:19 221:6,7
223:12,15 233:11
236:2 275:20,24
283:9 286:17,22
**surrounding (1)**
96:7
**surveillance (4)**
65:3,12,17 66:7
**suspected (1)**
127:5
**swapped (1)**
42:14
**swinging (2)**
115:5 257:19
**sworn (6)**
5:11,14 6:4 96:9
290:19 291:7
**system (4)**
65:3,12,17 66:25

————— T —————
**T (2)**
291:2,2
**table (1)**
17:11
**take (44)**
11:5,7 32:11,20 33:10
48:7 54:24 55:3
57:16 63:25 80:25
81:10 96:18 99:8,10
99:12 121:4 131:3
135:2 136:9 149:21
169:5,16,21 170:4
170:19,20,24

175:23 177:11
180:15 181:10,15
198:8 205:11
225:10 228:3
229:19,20 233:9
242:20,22 258:18
288:25
**taken (3)**
32:23 33:4 205:2
**takes (1)**
179:13
**talk (16)**
49:2 54:22 140:6,7,16
161:7 185:19
194:10,12 195:13
253:15,16 256:12
267:3 268:6 280:22
**talked (4)**
120:8 210:3 211:24
245:16
**talking (26)**
77:14 79:7 91:20,21
117:3 121:8 123:9
140:23 141:5,7,16
143:14,17 184:18
186:11 190:10
191:25 195:2
198:23 202:25
206:3 209:22
256:21 263:7 265:3
282:2
**Tangentially (1)**
7:11
**tangled (1)**
241:6
**tape (6)**
128:9 129:5,6,10,11
129:13
**taxi (10)**
88:2 90:19 266:20
269:23,24 270:7,11
270:19 287:6
288:18
**technical (1)**
66:4
**technology (1)**
147:3
**tell (30)**
12:19 23:14,25 62:14
62:17 66:5 103:10
114:3 122:19
125:21 134:23
146:17,23 147:15
194:14,20 205:7
212:13 221:23
224:22 244:13
245:17,20,22
246:16 247:11
261:21 265:2,13

272:2
**telling (5)**
120:17 142:11 204:15
234:8 255:9
**Ten (1)**
19:24
**term (4)**
31:21 76:10 272:7
283:23
**terminal (3)**
153:21,24 154:8
**terminate (1)**
272:7
**terminated (11)**
109:20 110:8,10
120:7 143:25 144:5
215:5 224:13,23
225:4 290:5
**termination (3)**
110:19 222:13 224:5
**terms (1)**
49:6
**test (6)**
33:5,6,14,16,16
143:19
**testified (14)**
6:5 47:6,18 50:2
71:11 84:22 99:17
141:4,5 170:4 230:6
261:23 262:5 278:2
**testify (7)**
11:12 47:11 50:13
167:17,20 228:13
238:11
**testifying (4)**
47:20 48:10 221:12
289:5
**testimony (16)**
17:7 96:9 131:7
164:22 165:2 166:7
217:14 228:9,21
248:20 261:3
265:13 266:18
270:7 291:6,9
**tests (4)**
33:4,6,7,10
**thank (11)**
13:13 76:6 95:25
101:9 103:14 113:8
146:12 172:16
243:17 245:13
290:14
**Thanks (1)**
80:10
**theory (1)**
119:2
**they'd (3)**
123:3 162:6 166:19
**thing (54)**

7:5 38:18 43:24 58:19
63:16 72:8,20 75:17
93:16 110:21 111:6
114:21 117:4
121:25 129:3
144:19 153:16
158:17 168:14
177:13 184:2,6,16
184:23 186:9 197:6
199:11 200:15
205:5,19 206:23
208:6 212:2,3,5,23
213:6 223:2 237:8
239:4,9 241:17
244:16 253:12
256:3 263:9 269:20
275:12,16 276:25
277:4,13,16 286:16
**things (52)**
9:23 40:3 49:10 54:21
68:24 69:15,18
70:10,11,14 71:21
72:18 74:21 92:12
92:21 93:7 104:10
116:24 117:15
123:13 129:13
142:6,9 143:15
145:11 146:24
147:2,3,4,5,13
148:12 151:25
152:8 170:18 213:7
213:11,20 216:5
222:12 224:8
227:12 252:8,12
255:21 267:10
278:14,15 280:9,10
283:25 288:11
**thing's (1)**
218:4
**think (223)**
11:21 18:10 19:6
21:18,24 22:9,17
23:4,7,8,13,19 24:7
24:24 25:3,5,22
28:12 30:15 40:2,18
41:17,24 42:9 43:7
43:23,24,25 45:7
46:13,15 48:5 49:25
55:15 57:17,19
58:14,22 60:8,24
61:8 63:15 66:23
67:4 69:18 71:11
72:8,18 74:4,6,24
75:17 76:13 77:7
78:17,20 79:18
80:11 81:8 83:24,24
84:8,10,14,16 85:2
86:19 88:11,12,12
89:11,16 92:24

93:25 94:5,19 98:19
102:19 103:15
108:10,16 109:19
109:23 111:7
117:14 118:6,7,21
121:14,16 124:8,10
126:14 127:20
128:11,11 129:5
132:5,7 133:8,23
134:8,9,11,18
136:13 137:10,17
138:20 141:3
142:13,14,23
144:17 145:19,23
145:24 148:7,10,12
152:13 153:22
155:10 157:9
159:16 160:8,8,13
161:12,14 164:5,16
164:25 168:13
169:12 170:3,9,14
179:21,22,24
181:10 189:3,8
191:2,3,4 195:9,10
195:14,16 198:22
198:23 200:11,12
200:13,14 201:9,15
201:19 202:4,16
203:5 204:16
206:23,24 207:24
208:25 209:10
210:16,17 211:10
213:4,24 220:2
221:8 222:25 224:9
224:15 227:16
228:17,23 230:12
232:20 234:11
237:14 239:11
243:14,16 246:9
248:10 249:21
251:7,20,20,21,24
252:6,10 253:19
254:25 255:6 257:6
257:6,9 259:19
260:11,12 263:2
264:7 265:10,20
268:8 271:24 272:5
273:5 278:23 284:4
284:14 285:19
286:17 288:23,25
**thinking (11)**
64:22 67:23,24 75:3
114:10 125:20
143:2 195:15
197:18 201:6,14
**thinks (2)**
218:11 276:6
**third (3)**
64:24,25 232:20

**Thirteen (1)**
51:2
**THOMAS (1)**
1:4
**Thompson (2)**
3:3 95:2
**thought (41)**
15:24 58:22 91:8,10
92:10,19 93:17 94:3
94:15 103:6,10
105:10 110:6
116:19 119:19
121:2 138:25
142:25 147:11,21
148:4 199:12
200:21 201:12,13
201:15 210:17
253:19,20 256:23
262:5,5,11 277:18
279:2 283:14,15,16
287:3 288:6 289:6
**thoughts (2)**
140:14 252:12
**thread (2)**
149:7,10 293:6
**threats (1)**
154:8
**three (13)**
13:24 36:24 39:9,10
39:12 41:18 149:16
149:25 168:13
241:15,18 286:21
286:25
**three-quarters (1)**
92:5
**threw (3)**
199:10,15 207:18
**ticket (1)**
117:21
**tickets (10)**
93:19,21 94:6,12,16
94:20 103:8,12
252:19,21
**time (118)**
5:9 11:4 14:3,10
20:19 21:8 22:22
23:2 25:18 29:19
32:3 33:19 34:16
36:23 37:11,15,17
41:4,5 42:4 52:4,12
55:23 56:13 57:7,9
58:2,3 60:24 65:13
67:7 74:4,9 75:12
77:11 80:15,25 81:2
81:21,23 83:15
86:10 88:24 89:2,19
90:23 96:19,22
98:17 101:17
104:12,16,25

107:11,11 115:9
119:24 141:15
142:19 143:18
146:15 147:25
153:15 156:16
158:23 160:2,16
161:15 169:23
175:23 176:5,22
178:17 179:14
184:24 186:23
187:5,7,13 188:6
189:21 200:8 202:8
202:15 208:7 212:6
212:21 215:13
217:4,23 218:12,13
222:10,24 228:16
234:23 235:3,21
236:22 239:22
240:12 242:23
243:17 249:17
255:7 259:2 261:18
278:19 280:12
286:21,22,25,25
287:2,6,11,16
290:16
**times (24)**
13:21,24 15:8 42:13
42:17 71:22 103:15
106:12 107:9
156:19 161:12
167:25 168:13
189:22 190:16
216:24 252:7 259:5
259:11,25 260:17
261:11,15,15
**time-wise (1)**
80:20
**title (5)**
139:14,18,19 160:18
176:14
**titles (1)**
139:20
**today (30)**
10:5 11:12,23,25 13:6
13:15 14:18 18:11
47:5 52:19,22 53:9
76:10 156:23
174:15,23 205:16
217:6,10,13 223:20
229:19 243:18
246:23 247:4,12
248:3,7 265:3
290:15
**told (24)**
15:23 16:6 39:14,21
39:24 89:14 112:4
113:20 156:9
159:12,13 185:3,4
207:19 211:20

220:14 222:11
227:4 239:17 247:4
247:12,20 267:15
272:21
**Tom (16)**
59:24 60:12 120:3,6
130:11,13,16
131:18 132:20
133:11 150:3,5
249:23 251:8 254:7
275:18
**tone (1)**
8:25
**tonight (1)**
80:21
**top (2)**
71:21 139:5
**topic (2)**
141:19 212:6
**totally (5)**
72:19 89:13 92:11,20
162:16
**tough (2)**
58:3 196:7
**tour (5)**
113:7 259:6,11
260:10 261:5
**toured (2)**
261:10,13
**tours (1)**
259:6
**town (1)**
195:14
**training (11)**
20:16,23 159:3,18,20
177:25 178:5,9
187:17 218:23
219:6
**transcribed (1)**
10:17
**transcribing (1)**
95:22
**transcript (2)**
10:4 291:8
**transcription (1)**
294:9
**transcripts (1)**
230:3
**transpired (6)**
36:15 46:2 87:25
160:25 208:13
288:14
**trash (1)**
147:5
**trial (10)**
5:9 50:2 97:2,16
99:18 171:10
228:13 230:3,12,15
**tried (4)**

97:24 201:23 218:14
257:25
**trip (1)**
267:9
**Trosco (10)**
64:23 137:9 160:14
160:22 161:5,9
187:10,20 188:9
190:8
**Trosco's (1)**
160:15
**trouble (1)**
95:16
**truck (9)**
78:6 79:3,5,8,11,17
79:20 166:19,21
**true (3)**
6:15 247:9 291:8
**trustee (1)**
177:5
**trustees (2)**
40:8 46:6
**trusts (1)**
125:18
**truthfully (3)**
11:12,23 142:25
**try (7)**
18:9 25:7 135:5
146:24 179:12
230:8 258:5
**trying (33)**
19:8 23:24 45:6 67:4
77:7,23 83:24 84:8
84:10,14 85:2 88:11
109:25 126:18
145:23 162:4
190:19 195:9
200:11,23 211:25
227:5 230:18 237:9
237:16 241:5,6,13
241:16 256:13
267:9 268:8 270:3
**turn (1)**
223:23
**Tutone (2)**
206:10 207:5
**twice (3)**
13:23 19:6 263:24
**two (28)**
12:19 21:19 36:24
39:6 64:10 67:11
83:25 84:15 88:23
98:21 107:9 139:6
151:25 152:2 173:2
198:24 204:14
205:9 228:3 230:11
233:20 236:8
240:25 261:4,13,15
286:21,25

**Ty (5)**
150:11 151:25 281:6
281:8 288:17
**tying (1)**
103:19
**type (3)**
111:8 244:16 263:15
**typical (1)**
112:22

_____

**U**

**U (1)**
46:6
**Uh-huh (1)**
10:23
**ultimately (1)**
102:12
**unclear (1)**
267:7
**uncomfortable (5)**
146:24 147:6 227:19
273:5,14
**underage (1)**
172:19
**underneath (2)**
139:9 143:19 202:23
**understand (39)**
8:5 9:4 10:18 24:4,16
28:4 30:11 43:22
50:17 54:17 83:7
97:21 100:23 101:2
102:15 104:18
116:18 128:23
140:11 141:6
150:21 154:17
159:5 163:9 166:3
175:12 179:9 183:9
208:20 221:10
235:23 237:12
239:23 241:21
258:8 261:3 263:12
266:14 284:2
**understanding (13)**
64:16 76:15,17 96:20
97:6 98:2 132:25
141:13 144:7,13
221:16 225:16
275:7
**understood (13)**
7:4 10:20 27:19 49:5
103:22 108:24
109:18 114:9 116:2
143:5,7 184:6
210:13
**underway (1)**
287:12
**unfair (4)**
167:9 170:23 284:3,4
**unfortunately (1)**

212:24
**unhappy (1)**
121:13
**uniform (4)**
168:25 169:18 170:17
172:4
**union (4)**
34:8,8,10,12
**Uniondale (3)**
2:2,15 3:22
**UNITED (1)**
1:2
**University (3)**
51:11,14,19
**untimely (1)**
279:12
**upset (5)**
107:5,22,25 108:10
212:4
**upstairs (4)**
188:19 200:10 201:7
203:2
**urinating (3)**
117:21,25 119:5
**use (23)**
7:22,23 104:9 105:17
107:11 111:5
140:12 150:18
151:2,16,22 152:10
152:25 153:17,25
186:20 193:25
195:23 216:3
256:18 257:2,4
272:8
**usually (1)**
216:3

---

**V**

**V (1)**
294:2
**vacancy (1)**
29:2
**vacant (1)**
28:23
**vague (4)**
142:20 146:6 147:4
147:12
**vaguely (1)**
259:16
**valid (1)**
102:2
**varies (1)**
44:2
**various (3)**
267:14,15,23
**vehicle (2)**
163:6,7
**vehicles (3)**

166:15,16 167:4
**verbally (1)**
10:15
**verbatim (1)**
10:2
**version (1)**
242:16
**Veterans (1)**
4:14
**victim (1)**
211:6
**video (1)**
65:2
**videos (6)**
159:20,21,24 160:6
160:11 161:4
**view (2)**
283:24 284:16
**views (2)**
283:11,12
**village (20)**
1:8 3:18 6:13 7:2,21
14:24 15:3,6,17
16:8,13 20:22 40:7
45:25 95:5 101:19
135:22 136:2
238:15 292:24
**violation (4)**
52:25 53:2,6,10
**violence (3)**
130:23 131:11 132:17
**virtually (1)**
100:19
**vision (1)**
269:18
**voiced (1)**
252:11

---

**W**

**W (2)**
3:13 95:8
**wait (3)**
60:13 129:6 227:22
**waiting (1)**
78:3
**waived (1)**
5:5
**walk (8)**
117:24 183:22 184:13
184:14 269:3,5
270:11 271:19
**walked (9)**
119:6 123:2 184:3
185:19 266:7,10,17
269:14,16
**walking (11)**
90:18 91:13 268:25
269:10,11,17,20

270:6,18 287:6
288:11
**wall (12)**
68:12,13,22,25 69:5
69:12,16,19 71:9,18
72:5 175:4
**walls (1)**
70:10
**Walter (8)**
28:21 155:5,8,16,25
156:4,21 157:3
**want (65)**
6:11 7:23 8:24,25
18:5 23:10 24:11
25:3,6 38:17 40:5
45:9 48:21 49:4,19
57:15,21,24 58:12
58:19 63:24 67:25
75:8,13 76:20 80:17
81:6 96:16 102:17
113:3 121:9 128:15
128:18 133:3 146:7
147:17 148:15
156:14 162:12
175:20 184:15
198:10 199:6
208:14 209:7,11
227:19 228:6,10
229:14 230:17,23
230:24 237:13,18
239:12,19 242:23
244:17 248:21
258:13 263:10
272:7 279:10,17
**wanted (4)**
81:22 97:5 131:18
272:6
**wanting (1)**
23:18
**wants (1)**
23:8
**wash (3)**
79:11,17,18
**washing (1)**
79:8
**wasn't (38)**
20:24 21:11 86:19
88:14,23 93:6 115:6
120:5 121:25
130:20 131:23
132:24 133:24
146:21 160:19
166:6 172:16
186:10 188:9
192:16 202:23
206:20 210:5,9,16
212:10 216:6
220:20 225:24
226:14,15 246:11

248:11 251:6 252:7
252:20 260:24
266:6
**watch (5)**
159:21 160:6,11
161:4 173:6
**watching (3)**
159:20,23 271:19
**water (10)**
88:2 90:19 266:20
269:23,24 270:7,11
270:19 287:6
288:18
**wavelength (1)**
251:22
**way (39)**
9:7,10 10:9 28:5 29:3
46:11 79:24 93:11
106:16 111:6,10,11
111:18 114:16
115:6,6 116:22
121:12,13,14
122:14 165:18
168:2 182:13
191:10 205:4 212:9
213:2,4,7 224:9
231:4 252:8,8,9
258:5 284:6,16
291:12
**ways (2)**
110:16 252:2
**wear (1)**
127:22
**wearing (8)**
124:13,22 125:23
126:11,24 127:5,17
128:5
**week (4)**
16:11 21:16 148:24
149:3
**weekend (4)**
162:5 172:25 173:5
190:21
**weeks (2)**
36:24,25
**welcome (1)**
227:10
**went (55)**
30:10 34:20 36:14
62:5 67:7,8,9 78:11
79:21 84:8,9,14,15
84:16 88:19 89:11
89:13 90:6 97:17
108:25 121:12
137:13 142:13,22
142:22 161:3
178:10 185:23
188:19,23,24 189:3
189:12 193:13

200:10,10,12,18,20
201:6,7,12 202:25
203:10 204:20
206:23 212:25
213:3 214:4 230:12
240:18 241:4
271:22 287:22,24
**weren't (11)**
13:16 36:3,6 58:5
190:22 200:24
206:2 260:25
272:22 273:10
280:13
**we'll (4)**
23:21 25:9 80:14
174:7
**we're (17)**
44:6 49:25 65:2 81:17
81:24 82:2,3 95:22
174:5 184:18
186:11 192:15
239:6,8,11 243:3
263:7
**we've (5)**
8:9 13:21 81:13
179:23 214:19
**whatnot (5)**
59:2 104:8 111:10
208:6 213:23
**WHEREOF (1)**
291:14
**Whoa (1)**
125:10
**whoever's (1)**
213:10
**wide (2)**
264:9,10
**wife (5)**
51:5 184:12,14 190:5
194:21
**Wigdor (2)**
3:3 95:2
**willing (1)**
96:5
**windows (1)**
79:18
**winter (4)**
21:24 22:7,15 42:20
**wire (13)**
124:14,23 125:20,23
126:11,17,19,24
127:5,11,17,22
128:5
**wireless (2)**
153:19,22
**wish (1)**
100:5
**withdrawing (1)**
69:22

withdrawn (8)
17:17 28:16 49:24
63:11 214:8 250:24
253:20 273:3
witness (98)
6:3,11,19,23 7:4,17
8:11,14,22,23 9:4
20:9 24:6,9 32:16
40:22,24 48:23,25
49:5 57:18 70:24
71:11,14 77:20
81:15 82:4,6,11
84:22 85:24 86:12
95:9,11,15,18 98:4
98:14 99:8,10,19
101:14 102:16,19
109:23 110:22,24
113:4 146:8 149:19
157:9 163:14
172:11 177:14
179:7 180:16
181:18 182:22
183:3 184:20 186:3
192:13,16 196:12
198:6,11 199:24
201:2 205:13 209:3
214:25 216:15
229:3,4,7,12,14
230:4,19,24 231:14
231:16 232:15
236:3,7,13 237:14
238:11,17 239:17
242:2 250:8 262:17
289:23 291:6,9,14
294:4
witnessed (6)
198:12 199:23,25
232:16 237:15
239:15
witnesses (1)
57:16
woman (1)
70:25
word (26)
10:2,2 75:9,13 76:8
76:11,12,20,21
92:12,21 93:7 104:9
105:17 109:24
110:2,25 111:13
137:17 140:21
256:18 257:3,4,6
282:14,16
worded (1)
29:3
words (14)
74:10,20 76:22 78:23
111:5 120:22 126:4
126:9 199:2 245:17
246:4 272:3,6

285:19
work (62)
9:10 16:3,16,17 19:15
19:20 21:7 22:7,12
22:15 24:23 28:19
33:24 34:4,6 35:12
35:18 36:11,14
40:16 41:7,13,19,25
42:10 45:9 55:23
56:16 57:9 59:5
81:2 93:12 97:4
108:11 112:24
113:11 130:4,13
133:18 134:5
135:12 151:15
152:2,2,22 154:20
154:25 155:14
159:6 170:11
176:17 180:20
220:7 225:16 258:6
258:17,18,19
284:23 285:14,22
286:2
worked (53)
21:15,24 22:4,9 33:19
39:3 40:17 41:21,24
42:3,6,7,12,15,19
53:3 63:10 77:10
78:14,20 80:2 93:11
116:23 134:8,9,19
138:21 141:21
142:3 154:21
156:17 158:22,24
176:5 177:3 185:10
186:24 189:23
190:17 259:18,19
259:21 260:11,12
260:16,18 282:23
284:21 285:2,2,9,20
285:21
working (44)
19:25 20:12,15,24
21:16,18,22 22:20
22:23,25 25:14
26:17,21 27:25
31:23 36:2 37:11,16
40:15 42:5 43:5
44:21 56:14 57:5,7
77:12 87:2,17
110:18 134:7 135:8
137:12 146:14
156:2,11 187:6,15
190:20,22 217:21
220:4,11 225:24
259:2
works (3)
28:19 154:20,21
wouldn't (15)
11:22 14:20 94:8

100:25 108:19
111:13 130:21
144:19 146:22
157:8 202:12
240:21 279:2
283:24 285:16
would've (14)
115:25 128:24 138:22
138:25 142:25
202:11,17 203:10
212:11 255:10,11
261:10 263:9 287:3
wow (1)
173:5
write (8)
94:12 143:13 147:16
149:24 174:3
252:19,21 286:3
writes (2)
108:21 109:2
writing (27)
68:4 71:8 93:21 94:6
94:16 103:7,11,17
104:14,21 105:15
106:11,23 108:9,17
143:10,21,24 144:4
145:16 146:9
150:12 155:22
286:6,8
writings (2)
68:21 149:17
written (15)
28:15 43:23 68:24
69:19 70:10 71:22
71:23 72:5,23 76:9
143:15 145:3
158:11 173:25
252:25
wrong (14)
93:20,25 94:3,6,16
137:9,14 186:10
212:9 213:2,9,10,23
286:8
wrote (6)
93:19 94:20 106:14
109:4 145:12
147:15

### X

X (2)
1:3,17

### Y

Yaphank (2)
55:4,6
yeah (110)
8:5 18:20 20:21 25:22
28:25 36:22 38:13
39:5 41:17 42:12

43:20 49:9 54:15
61:8,11 63:25 67:5
69:3,16 70:24 71:14
72:16,16 74:16 75:5
76:11 77:16 78:17
79:24,25 82:6 91:8
105:6 107:6 108:2
108:18 113:22
116:7 118:11 121:8
124:24 130:10
134:17 135:9
138:22 140:6 142:4
161:9,22 165:7
168:21 183:10
184:20 185:13
187:18,25 188:18
190:12,14 192:22
193:8 194:13,24
196:24 197:19,25
198:24 206:12,15
208:22,23 209:17
217:12 219:20
221:19 224:8
225:11,14 236:9
238:4 242:6 244:2,7
251:5 255:13,18,19
257:21 258:23
260:7,20 261:8,20
262:14,21 264:18
266:24 271:18,20
279:21 280:17,21
281:3,9 284:15
285:16 286:5 288:9
288:23 290:9
year (20)
38:24 42:5,20 45:7
64:11,19 129:19
130:3 134:4 141:21
141:23 142:2 159:6
219:24 220:2
280:19 285:4,5,12
285:13
years (14)
19:24 39:3,9 41:18
48:8 51:2 84:10,14
155:11,12 173:15
173:15 206:24
278:12
York (18)
1:2,18,18 2:2,15,19
3:6,6,12,22 4:7,15
6:10 19:16,17 38:15
38:16 291:5
youth (1)
203:23
youths (7)
197:24 199:15 203:19
203:20 245:3,6,8

### 0

0that's (1)
50:15
0001 (3)
135:24 136:3 292:25
004420 (3)
157:18,20 293:9
04 (2)
42:21 285:12
05 (4)
260:6,9 284:24
285:12
06 (3)
43:2 217:8 285:9
07 (4)
1:7 43:7,12 159:19
08 (3)
20:17 218:20,21

### 1

1 (6)
12:6,7,11,21 292:13
294:7
1:30 (1)
2:4
1:48:19PM (1)
6:9
1:49:10PM (1)
6:11
1:49:36PM (1)
6:16
1:49:40PM (1)
6:19
1:49:41PM (1)
6:20
1:49:43PM (1)
6:21
1:49:47PM (1)
6:23
1:49:49PM (1)
6:25
1:49:54PM (2)
7:4,5
1:50:01PM (1)
7:9
1:50:04PM (1)
7:11
1:50:16PM (1)
7:15
1:50:18PM (1)
7:17
1:50:19PM (1)
7:19
1:50:36PM (1)
8:2
1:50:40PM (1)
8:4
1:50:41PM (1)

8:6
**1:50:44PM (1)**
8:7
**1:50:45PM (1)**
8:8
**1:50:50PM (1)**
8:11
**1:50:52PM (1)**
8:12
**1:50:59PM (1)**
8:14
**1:51:00PM (1)**
8:15
**1:51:14PM (1)**
8:22
**1:51:16PM (1)**
8:24
**1:51:20PM (1)**
9:4
**1:51:21PM (1)**
9:5
**1:51:27PM (1)**
9:8
**1:51:28PM (1)**
9:9
**1:52:17PM (1)**
9:23
**1:52:51PM (1)**
10:11
**1:52:53PM (2)**
10:12,13
**1:52:56PM (1)**
10:14
**1:53:18PM (1)**
10:22
**1:53:20PM (1)**
10:23
**1:53:21PM (1)**
10:24
**1:53:38PM (1)**
11:5
**1:53:53PM (1)**
11:9
**1:54:03PM (1)**
11:13
**1:54:06PM (1)**
11:14
**1:54:07PM (1)**
11:15
**1:54:13PM (2)**
11:17,18
**1:54:17PM (1)**
11:20
**1:54:23PM (1)**
11:21
**1:54:28PM (1)**
11:24
**1:54:35PM (1)**

11:25
**1:54:41PM (1)**
12:4
**1:54:47PM (1)**
12:5
**1:55:04PM (1)**
12:10
**1:55:15PM (1)**
12:13
**1:55:54PM (2)**
12:17,18
**1:56:11PM (1)**
12:22
**1:56:17PM (1)**
12:24
**1:56:23PM (1)**
12:25
**1:56:34PM (1)**
13:5
**1:56:42PM (2)**
13:8,9
**1:56:43PM (1)**
13:10
**1:56:47PM (1)**
13:12
**1:56:48PM (1)**
13:13
**1:56:49PM (1)**
13:14
**1:57:06PM (1)**
13:20
**1:57:08PM (1)**
13:21
**1:57:11PM (1)**
13:23
**1:57:17PM (1)**
13:25
**1:57:24PM (1)**
14:3
**1:57:33PM (1)**
14:5
**1:57:39PM (2)**
14:8,9
**1:57:46PM (1)**
14:12
**1:57:52PM (1)**
14:13
**1:57:56PM (1)**
14:15
**1:57:57PM (1)**
14:16
**1:58:10PM (1)**
14:20
**1:58:28PM (1)**
15:2
**1:58:32PM (1)**
15:4
**1:58:35PM (1)**

15:5
**1:58:40PM (1)**
15:8
**1:58:51PM (1)**
15:12
**1:58:55PM (1)**
15:14
**1:59:00PM (1)**
15:16
**1:59:12PM (1)**
15:19
**1:59:13PM (1)**
15:20
**1:59:14PM (1)**
15:21
**10 (12)**
149:5,12 259:25
   260:2,3,19 261:14
   263:6,10 265:23
   287:8 293:5
**10-minute (1)**
264:14
**100 (5)**
4:14 61:22 77:8 152:3
   221:7
**10003 (1)**
3:6
**10523 (1)**
3:12
**11 (7)**
1:19 2:4 157:17,21
   172:24 293:8 294:3
**11501 (1)**
4:7
**11556-0926 (1)**
3:22
**11725 (1)**
6:10
**11788 (1)**
4:15
**12 (12)**
22:9,17 41:21 42:4,6
   174:7,10 242:19
   260:12 292:13,14
   293:10
**12th (3)**
12:7,10 292:13
**12:00 (1)**
107:10
**1215 (1)**
1:7
**13 (4)**
214:14 223:20 225:9
   293:11
**135 (1)**
292:23
**138 (1)**
293:4

**14 (3)**
46:24 176:3 264:9
**149 (1)**
293:5
**15 (2)**
204:9 209:2
**157 (1)**
293:8
**16 (2)**
21:19 172:23
**17 (1)**
172:23
**170 (1)**
4:6
**174 (1)**
293:10
**18 (4)**
138:7 204:3,9 293:4
**18th (2)**
138:22 139:10
**19 (1)**
177:11
**1999 (1)**
25:20

----

**2**

**2 (6)**
12:6,8,15,24 292:14
   294:8
**2nd (7)**
244:5 262:4 263:8
   286:12 288:20,22
   289:12
**2:00 (1)**
81:24
**2:00:24PM (1)**
16:14
**2:00:35PM (1)**
16:17
**2:00:37PM (3)**
16:18,19,20
**2:00:41PM (2)**
16:22,23
**2:00:46PM (1)**
16:25
**2:00:47PM (1)**
17:2
**2:00:56PM (1)**
17:5
**2:00:57PM (1)**
17:6
**2:01:04PM (1)**
17:9
**2:01:10PM (1)**
17:10
**2:01:17PM (1)**
17:14
**2:01:19PM (1)**

17:16
**2:01:26PM (1)**
17:18
**2:01:29PM (1)**
17:20
**2:01:30PM (1)**
17:21
**2:01:35PM (2)**
17:23,24
**2:01:37PM (2)**
17:25 18:2
**2:01:38PM (1)**
18:3
**2:01:39PM (1)**
18:4
**2:01:44PM (1)**
18:6
**2:01:48PM (1)**
18:8
**2:02:03PM (1)**
18:12
**2:02:06PM (1)**
18:13
**2:02:11PM (1)**
18:16
**2:02:15PM (1)**
18:18
**2:02:18PM (1)**
18:20
**2:02:19PM (1)**
18:21
**2:02:24PM (1)**
18:24
**2:02:25PM (1)**
18:25
**2:02:36PM (1)**
19:3
**2:02:47PM (1)**
19:8
**2:02:55PM (1)**
19:12
**2:02:58PM (1)**
19:13
**2:03:01PM (1)**
19:14
**2:03:02PM (1)**
19:15
**2:03:05PM (1)**
19:16
**2:03:07PM (1)**
19:17
**2:03:09PM (1)**
19:19
**2:03:10PM (1)**
19:20
**2:03:16PM (1)**
19:22
**2:03:19PM (1)**

19:23
2:03:21PM (1)
19:24
2:03:29PM (1)
19:25
2:03:41PM (1)
20:3
2:03:47PM (1)
20:5
2:03:55PM (1)
20:7
2:03:59PM (1)
20:8
2:04:01PM (1)
20:9
2:04:02PM (2)
20:10,11
2:04:06PM (1)
20:13
2:04:18PM (1)
20:14
2:04:28PM (1)
20:16
2:04:39PM (1)
20:18
2:04:42PM (1)
20:20
2:04:45PM (1)
20:21
2:04:57PM (1)
20:25
2:04:58PM (1)
21:2
2:05:00PM (1)
21:3
2:05:10PM (1)
21:6
2:05:11PM (1)
21:7
2:05:21PM (1)
21:10
2:05:31PM (1)
21:15
2:05:38PM (1)
21:17
2:05:44PM (1)
21:18
2:05:52PM (1)
21:21
2:05:59PM (1)
21:24
2:06:02PM (1)
22:2
2:06:06PM (1)
22:3
2:06:07PM (1)
22:4
2:06:08PM (1)

22:5
2:06:09PM (1)
22:6
2:06:19PM (1)
22:9
2:06:25PM (1)
22:11
2:06:31PM (1)
22:13
2:06:35PM (1)
22:14
2:06:40PM (1)
22:17
2:06:48PM (1)
22:19
2:06:52PM (1)
22:21
2:06:53PM (1)
22:22
2:06:58PM (1)
22:24
2:07:05PM (1)
22:25
2:07:12PM (1)
23:3
2:07:23PM (1)
23:6
2:07:25PM (1)
23:7
2:07:29PM (1)
23:10
2:07:31PM (1)
23:12
2:07:34PM (1)
23:13
2:07:39PM (2)
23:16,17
2:07:43PM (1)
23:19
2:07:49PM (1)
23:21
2:07:57PM (1)
23:22
2:07:58PM (1)
23:23
2:08:03PM (1)
24:2
2:08:05PM (1)
24:3
2:08:38PM (1)
24:16
2:08:40PM (1)
24:17
2:08:50PM (1)
24:20
2:08:51PM (1)
24:21
2:09:02PM (1)

24:24
2:09:05PM (1)
25:2
2:09:15PM (1)
25:5
2:09:25PM (1)
25:6
2:09:44PM (2)
25:13,14
2:09:53PM (2)
25:17,18
2:09:59PM (1)
25:20
2:10:03PM (1)
25:22
2:10:11PM (2)
26:2,3
2:10:15PM (1)
26:5
2:10:18PM (2)
26:8,9
2:10:23PM (2)
26:11,12
2:10:30PM (1)
26:15
2:10:41PM (1)
26:16
2:10:46PM (2)
26:19,20
2:10:50PM (1)
26:22
2:10:51PM (1)
26:23
2:10:52PM (1)
26:24
2:10:57PM (1)
27:2
2:10:58PM (1)
27:3
2:11:05PM (1)
27:5
2:11:06PM (1)
27:6
2:11:16PM (2)
27:10,11
2:11:17PM (1)
27:12
2:11:20PM (1)
27:13
2:11:21PM (2)
27:14,15
2:11:23PM (1)
27:16
2:11:28PM (1)
27:18
2:11:37PM (2)
27:21,22
2:11:40PM (1)

27:23
2:11:42PM (1)
27:24
2:11:50PM (1)
28:3
2:11:53PM (1)
28:5
2:11:56PM (1)
28:6
2:12:01PM (2)
28:9,10
2:12:07PM (1)
28:12
2:12:15PM (1)
28:15
2:12:20PM (1)
28:17
2:12:30PM (1)
28:19
2:12:33PM (1)
28:20
2:12:34PM (1)
28:21
2:12:40PM (1)
28:22
2:12:48PM (1)
28:24
2:12:53PM (1)
28:25
2:13:00PM (1)
29:4
2:13:08PM (1)
29:7
2:13:12PM (1)
29:9
2:13:18PM (1)
29:11
2:13:20PM (2)
29:12,13
2:13:23PM (1)
29:14
2:13:33PM (1)
29:17
2:13:35PM (1)
29:18
2:13:43PM (1)
29:20
2:13:44PM (1)
29:21
2:13:45PM (1)
29:22
2:13:47PM (1)
29:23
2:13:49PM (1)
29:25
2:14:00PM (1)
30:2
2:14:05PM (1)

30:5
2:14:06PM (1)
30:6
2:14:10PM (1)
30:7
2:14:13PM (1)
30:9
2:14:14PM (1)
30:10
2:14:20PM (1)
30:12
2:14:33PM (1)
30:15
2:14:36PM (1)
30:16
2:14:45PM (1)
30:20
2:15:07PM (1)
30:21
2:15:20PM (1)
30:24
2:15:22PM (1)
30:25
2:15:30PM (1)
31:4
2:15:31PM (1)
31:5
2:15:35PM (1)
31:6
2:15:36PM (1)
31:7
2:15:38PM (1)
31:8
2:15:40PM (1)
31:9
2:15:46PM (1)
31:11
2:15:48PM (1)
31:12
2:15:50PM (1)
31:13
2:16:01PM (1)
31:16
2:16:08PM (1)
31:19
2:16:09PM (1)
31:20
2:16:10PM (1)
31:21
2:16:22PM (1)
31:22
2:16:31PM (1)
32:2
2:16:35PM (1)
32:3
2:16:36PM (1)
32:4
2:16:47PM (1)

| | | | | |
|---|---|---|---|---|
| 32:8 | 34:19 | 37:9 | 39:23,24 | 42:19 |
| **2:16:48PM (1)** | **2:19:11PM (1)** | **2:21:54PM (1)** | **2:24:35PM (1)** | **2:27:48PM (1)** |
| 32:9 | 34:20 | 37:13 | 40:2 | 42:23 |
| **2:16:51PM (1)** | **2:19:15PM (1)** | **2:21:58PM (1)** | **2:25:13PM (1)** | **2:27:49PM (1)** |
| 32:11 | 34:22 | 37:14 | 40:12 | 42:24 |
| **2:16:54PM (2)** | **2:19:18PM (1)** | **2:22:04PM (1)** | **2:25:15PM (1)** | **2:27:58PM (1)** |
| 32:13,14 | 34:24 | 37:15 | 40:13 | 43:3 |
| **2:16:55PM (1)** | **2:19:19PM (1)** | **2:22:21PM (4)** | **2:25:19PM (1)** | **2:27:59PM (1)** |
| 32:15 | 34:25 | 37:21,22,23,25 | 40:15 | 43:4 |
| **2:16:59PM (1)** | **2:19:25PM (1)** | **2:22:23PM (1)** | **2:25:23PM (1)** | **2:28:07PM (1)** |
| 32:18 | 35:3 | 38:2 | 40:17 | 43:6 |
| **2:17:00PM (1)** | **2:19:32PM (1)** | **2:22:34PM (1)** | **2:25:36PM (1)** | **2:28:16PM (1)** |
| 32:19 | 35:7 | 38:5 | 40:21 | 43:9 |
| **2:17:04PM (1)** | **2:19:34PM (1)** | **2:22:35PM (1)** | **2:25:37PM (1)** | **2:28:17PM (1)** |
| 32:21 | 35:8 | 38:6 | 40:22 | 43:10 |
| **2:17:05PM (1)** | **2:19:35PM (1)** | **2:22:42PM (1)** | **2:25:40PM (1)** | **2:28:18PM (1)** |
| 32:22 | 35:9 | 38:9 | 40:23 | 43:12 |
| **2:17:06PM (1)** | **2:19:41PM (1)** | **2:22:50PM (1)** | **2:25:42PM (3)** | **2:28:24PM (1)** |
| 32:23 | 35:10 | 38:10 | 40:24 41:2,3 | 43:13 |
| **2:17:10PM (2)** | **2:19:48PM (1)** | **2:22:52PM (1)** | **2:25:46PM (1)** | **2:28:31PM (1)** |
| 32:25 33:2 | 35:14 | 38:11 | 41:5 | 43:15 |
| **2:17:14PM (1)** | **2:19:53PM (1)** | **2:23:01PM (2)** | **2:25:48PM (1)** | **2:28:34PM (1)** |
| 33:3 | 35:15 | 38:13,14 | 41:6 | 43:16 |
| **2:17:30PM (1)** | **2:19:54PM (1)** | **2:23:10PM (1)** | **2:25:53PM (1)** | **2:28:35PM (1)** |
| 33:7 | 35:16 | 38:16 | 41:8 | 43:17 |
| **2:17:36PM (1)** | **2:20:01PM (1)** | **2:23:20PM (1)** | **2:25:54PM (1)** | **2:28:46PM (2)** |
| 33:9 | 35:20 | 38:20 | 41:9 | 43:20,21 |
| **2:17:37PM (1)** | **2:20:04PM (1)** | **2:23:24PM (1)** | **2:25:58PM (1)** | **2:28:53PM (1)** |
| 33:10 | 35:21 | 38:22 | 41:11 | 43:23 |
| **2:17:47PM (1)** | **2:20:14PM (1)** | **2:23:26PM (1)** | **2:25:59PM (1)** | **2:29:13PM (1)** |
| 33:13 | 35:25 | 38:23 | 41:12 | 44:6 |
| **2:18:05PM (1)** | **2:20:26PM (1)** | **2:23:35PM (1)** | **2:26:04PM (1)** | **2:29:28PM (1)** |
| 33:19 | 36:5 | 38:25 | 41:14 | 44:11 |
| **2:18:18PM (1)** | **2:20:27PM (1)** | **2:23:39PM (1)** | **2:26:05PM (1)** | **2:29:31PM (1)** |
| 33:22 | 36:6 | 39:2 | 41:15 | 44:12 |
| **2:18:20PM (1)** | **2:20:32PM (1)** | **2:23:44PM (2)** | **2:26:12PM (1)** | **2:29:34PM (1)** |
| 33:23 | 36:8 | 39:5,6 | 41:17 | 44:14 |
| **2:18:24PM (1)** | **2:20:34PM (1)** | **2:23:49PM (1)** | **2:26:15PM (1)** | **2:29:41PM (1)** |
| 33:25 | 36:9 | 39:8 | 41:19 | 44:16 |
| **2:18:25PM (1)** | **2:20:48PM (1)** | **2:23:52PM (1)** | **2:26:20PM (1)** | **2:29:42PM (1)** |
| 34:2 | 36:13 | 39:9 | 41:21 | 44:17 |
| **2:18:26PM (1)** | **2:20:55PM (1)** | **2:23:55PM (2)** | **2:26:23PM (1)** | **2:29:45PM (1)** |
| 34:3 | 36:16 | 39:10,11 | 41:22 | 44:18 |
| **2:18:27PM (1)** | **2:21:09PM (1)** | **2:23:56PM (1)** | **2:26:28PM (1)** | **2:29:52PM (1)** |
| 34:4 | 36:20 | 39:12 | 41:24 | 44:19 |
| **2:18:29PM (1)** | **2:21:18PM (1)** | **2:23:58PM (1)** | **2:26:32PM (1)** | **2:30:04PM (1)** |
| 34:5 | 36:23 | 39:13 | 41:25 | 44:24 |
| **2:18:30PM (1)** | **2:21:20PM (1)** | **2:24:03PM (1)** | **2:26:35PM (1)** | **2:30:05PM (1)** |
| 34:6 | 36:24 | 39:14 | 42:3 | 44:25 |
| **2:18:33PM (1)** | **2:21:24PM (1)** | **2:24:11PM (1)** | **2:26:51PM (1)** | **2:30:14PM (1)** |
| 34:8 | 37:2 | 39:17 | 42:7 | 45:5 |
| **2:18:37PM (1)** | **2:21:31PM (1)** | **2:24:16PM (1)** | **2:26:54PM (1)** | **2:30:32PM (1)** |
| 34:10 | 37:4 | 39:18 | 42:9 | 45:10 |
| **2:18:40PM (1)** | **2:21:33PM (1)** | **2:24:18PM (1)** | **2:27:01PM (1)** | **2:30:44PM (1)** |
| 34:11 | 37:5 | 39:19 | 42:10 | 45:13 |
| **2:18:54PM (1)** | **2:21:44PM (1)** | **2:24:21PM (2)** | **2:27:10PM (1)** | **2:30:45PM (1)** |
| 34:14 | 37:8 | 39:20,21 | 42:12 | 45:14 |
| **2:19:10PM (1)** | **2:21:45PM (1)** | **2:24:24PM (2)** | **2:27:30PM (1)** | **2:30:46PM (1)** |

| | | | | |
|---|---|---|---|---|
| 45:15 | 47:25 | 50:6 | 52:16 | 54:15 |
| **2:30:50PM (1)** | **2:33:37PM (1)** | **2:36:26PM (1)** | **2:39:25PM (1)** | **2:41:40PM (1)** |
| 45:17 | 48:2 | 50:8 | 52:17 | 54:17 |
| **2:30:54PM (1)** | **2:33:38PM (1)** | **2:36:45PM (1)** | **2:39:36PM (1)** | **2:41:49PM (1)** |
| 45:19 | 48:3 | 50:12 | 52:20 | 54:19 |
| **2:30:55PM (2)** | **2:33:44PM (1)** | **2:36:50PM (1)** | **2:39:37PM (1)** | **2:41:57PM (1)** |
| 45:20,21 | 48:5 | 50:14 | 52:21 | 54:20 |
| **2:30:58PM (1)** | **2:33:45PM (1)** | **2:37:01PM (1)** | **2:39:42PM (1)** | **2:41:59PM (1)** |
| 45:23 | 48:6 | 50:17 | 52:23 | 54:21 |
| **2:31:04PM (1)** | **2:33:56PM (1)** | **2:37:02PM (1)** | **2:39:48PM (1)** | **2:42:03PM (1)** |
| 45:24 | 48:8 | 50:19 | 52:24 | 54:23 |
| **2:31:16PM (1)** | **2:33:58PM (1)** | **2:37:03PM (1)** | **2:39:58PM (1)** | **2:42:33PM (2)** |
| 46:4 | 48:9 | 50:20 | 53:2 | 55:2,3 |
| **2:31:17PM (1)** | **2:34:15PM (1)** | **2:37:12PM (1)** | **2:40:05PM (1)** | **2:42:36PM (1)** |
| 46:5 | 48:12 | 50:22 | 53:5 | 55:4 |
| **2:31:24PM (1)** | **2:34:22PM (1)** | **2:37:15PM (1)** | **2:40:12PM (1)** | **2:42:52PM (1)** |
| 46:8 | 48:13 | 50:23 | 53:8 | 55:8 |
| **2:31:34PM (1)** | **2:34:24PM (1)** | **2:37:16PM (1)** | **2:40:14PM (1)** | **2:43:00PM (1)** |
| 46:10 | 48:14 | 50:24 | 53:9 | 55:11 |
| **2:31:35PM (1)** | **2:34:28PM (1)** | **2:37:23PM (1)** | **2:40:20PM (1)** | **2:43:05PM (1)** |
| 46:11 | 48:16 | 50:25 | 53:11 | 55:12 |
| **2:32:00PM (1)** | **2:34:30PM (1)** | **2:37:26PM (1)** | **2:40:29PM (1)** | **2:43:13PM (1)** |
| 46:17 | 48:17 | 51:2 | 53:12 | 55:15 |
| **2:32:12PM (1)** | **2:34:33PM (1)** | **2:37:27PM (1)** | **2:40:43PM (1)** | **2:43:14PM (1)** |
| 46:21 | 48:18 | 51:3 | 53:16 | 55:16 |
| **2:32:15PM (1)** | **2:34:38PM (1)** | **2:37:30PM (1)** | **2:40:44PM (1)** | **2:43:26PM (1)** |
| 46:22 | 48:20 | 51:5 | 53:18 | 55:20 |
| **2:32:28PM (1)** | **2:34:39PM (1)** | **2:37:46PM (1)** | **2:40:45PM (1)** | **2:43:39PM (1)** |
| 46:24 | 48:21 | 51:6 | 53:19 | 55:21 |
| **2:32:29PM (1)** | **2:34:52PM (1)** | **2:37:52PM (2)** | **2:40:46PM (1)** | **2:43:47PM (1)** |
| 46:25 | 49:3 | 51:9,10 | 53:20 | 55:25 |
| **2:32:35PM (1)** | **2:34:53PM (1)** | **2:37:55PM (1)** | **2:40:48PM (1)** | **2:43:53PM (1)** |
| 47:4 | 49:4 | 51:12 | 53:21 | 56:2 |
| **2:32:52PM (1)** | **2:35:02PM (1)** | **2:37:56PM (1)** | **2:40:50PM (1)** | **2:43:54PM (1)** |
| 47:5 | 49:7 | 51:13 | 53:22 | 56:3 |
| **2:32:57PM (1)** | **2:35:03PM (1)** | **2:38:00PM (1)** | **2:40:52PM (1)** | **2:43:58PM (1)** |
| 47:7 | 49:8 | 51:15 | 53:23 | 56:5 |
| **2:32:59PM (1)** | **2:35:05PM (1)** | **2:38:03PM (1)** | **2:40:55PM (1)** | **2:43:59PM (1)** |
| 47:8 | 49:9 | 51:16 | 53:24 | 56:6 |
| **2:33:13PM (1)** | **2:35:11PM (1)** | **2:38:04PM (2)** | **2:41:01PM (1)** | **2:44:02PM (1)** |
| 47:13 | 49:11 | 51:17,18 | 54:2 | 56:7 |
| **2:33:16PM (1)** | **2:35:15PM (1)** | **2:38:10PM (1)** | **2:41:03PM (1)** | **2:44:08PM (1)** |
| 47:14 | 49:13 | 51:20 | 54:3 | 56:9 |
| **2:33:18PM (1)** | **2:35:20PM (1)** | **2:38:12PM (1)** | **2:41:05PM (1)** | **2:44:11PM (2)** |
| 47:15 | 49:14 | 51:21 | 54:4 | 56:11,12 |
| **2:33:19PM (1)** | **2:35:25PM (1)** | **2:38:28PM (1)** | **2:41:06PM (1)** | **2:44:15PM (1)** |
| 47:16 | 49:16 | 51:24 | 54:5 | 56:14 |
| **2:33:26PM (1)** | **2:35:31PM (1)** | **2:38:44PM (1)** | **2:41:10PM (1)** | **2:44:17PM (1)** |
| 47:19 | 49:18 | 52:2 | 54:7 | 56:15 |
| **2:33:27PM (1)** | **2:35:36PM (1)** | **2:38:58PM (1)** | **2:41:18PM (1)** | **2:44:22PM (1)** |
| 47:20 | 49:20 | 52:6 | 54:8 | 56:18 |
| **2:33:29PM (1)** | **2:35:54PM (1)** | **2:39:00PM (1)** | **2:41:24PM (1)** | **2:44:25PM (1)** |
| 47:21 | 49:22 | 52:7 | 54:10 | 56:19 |
| **2:33:30PM (1)** | **2:36:13PM (1)** | **2:39:12PM (1)** | **2:41:25PM (1)** | **2:44:34PM (1)** |
| 47:22 | 49:25 | 52:8 | 54:11 | 56:21 |
| **2:33:31PM (2)** | **2:36:18PM (1)** | **2:39:13PM (1)** | **2:41:34PM (1)** | **2:44:40PM (1)** |
| 47:23,24 | 50:4 | 52:14 | 54:13 | 56:23 |
| **2:33:32PM (1)** | **2:36:23PM (1)** | **2:39:22PM (1)** | **2:41:36PM (1)** | **2:44:41PM (1)** |

56:24
**2:44:43PM (1)**
57:2
**2:44:44PM (1)**
57:3
**2:44:47PM (1)**
57:5
**2:44:49PM (1)**
57:6
**2:44:58PM (1)**
57:10
**2:45:09PM (1)**
57:11
**2:45:14PM (1)**
57:13
**2:45:43PM (2)**
57:23,24
**2:45:46PM (1)**
58:2
**2:45:56PM (1)**
58:7
**2:46:03PM (1)**
58:11
**2:46:05PM (1)**
58:12
**2:46:15PM (1)**
58:16
**2:46:23PM (1)**
58:18
**2:46:36PM (1)**
58:20
**2:46:37PM (1)**
58:21
**2:46:49PM (1)**
59:3
**2:46:53PM (1)**
59:5
**2:46:58PM (1)**
59:6
**2:47:07PM (1)**
59:10
**2:47:10PM (1)**
59:11
**2:47:21PM (1)**
59:12
**2:47:29PM (1)**
59:16
**2:47:32PM (1)**
59:18
**2:47:34PM (1)**
59:19
**2:47:44PM (1)**
59:22
**2:47:45PM (1)**
59:23
**2:47:47PM (1)**
59:24
**2:47:59PM (1)**

60:2
**2:48:01PM (1)**
60:4
**2:48:06PM (1)**
60:5
**2:48:11PM (1)**
60:6
**2:48:16PM (1)**
60:8
**2:48:21PM (1)**
60:10
**2:48:24PM (2)**
60:11,12
**2:48:29PM (1)**
60:13
**2:48:32PM (1)**
60:15
**2:48:35PM (1)**
60:16
**2:48:38PM (1)**
60:17
**2:48:39PM (1)**
60:18
**2:48:41PM (1)**
60:19
**2:49:01PM (1)**
60:20
**2:49:06PM (2)**
60:22,23
**2:49:23PM (1)**
60:24
**2:49:28PM (1)**
61:2
**2:49:36PM (1)**
61:4
**2:49:41PM (1)**
61:5
**2:49:49PM (1)**
61:8
**2:49:59PM (1)**
61:11
**2:50:08PM (1)**
61:13
**2:50:12PM (1)**
61:14
**2:50:21PM (1)**
61:17
**2:50:29PM (1)**
61:19
**2:50:32PM (2)**
61:21,22
**2:50:42PM (1)**
61:24
**2:50:52PM (1)**
62:2
**2:50:53PM (1)**
62:3
**2:51:03PM (1)**

62:5
**2:51:11PM (1)**
62:7
**2:51:20PM (1)**
62:9
**2:51:25PM (1)**
62:10
**2:51:34PM (1)**
62:13
**2:51:36PM (1)**
62:14
**2:51:46PM (1)**
62:17
**2:51:47PM (1)**
62:18
**2:51:48PM (1)**
62:19
**2:51:51PM (1)**
62:20
**2:51:59PM (1)**
62:22
**2:52:05PM (1)**
62:23
**2:52:12PM (1)**
63:2
**2:52:14PM (1)**
63:4
**2:52:17PM (1)**
63:6
**2:52:20PM (2)**
63:8,9
**2:52:35PM (1)**
63:13
**2:52:53PM (1)**
63:17
**2:53:02PM (1)**
63:20
**2:53:31PM (1)**
63:24
**2:53:33PM (1)**
63:25
**2:55:00PM (1)**
64:3
**2:55:01PM (1)**
64:4
**2:55:08PM (1)**
64:7
**2:55:10PM (1)**
64:8
**2:55:22PM (1)**
64:12
**2:55:36PM (1)**
64:15
**2:55:37PM (1)**
64:16
**2:55:52PM (1)**
64:18
**2:55:59PM (1)**

64:21
**2:56:03PM (1)**
64:23
**2:56:05PM (1)**
64:24
**2:56:21PM (1)**
65:5
**2:56:23PM (1)**
65:6
**2:56:38PM (1)**
65:7
**2:56:39PM (1)**
65:8
**2:56:44PM (1)**
65:10
**2:56:48PM (1)**
65:11
**2:56:54PM (1)**
65:14
**2:56:59PM (1)**
65:15
**2:57:00PM (1)**
65:16
**2:57:07PM (1)**
65:19
**2:57:10PM (1)**
65:20
**2:57:12PM (1)**
65:21
**2:57:18PM (1)**
65:22
**2:57:24PM (1)**
65:24
**2:57:28PM (1)**
66:2
**2:57:30PM (1)**
66:3
**2:57:31PM (1)**
66:4
**2:57:37PM (1)**
66:7
**2:57:41PM (1)**
66:9
**2:57:42PM (1)**
66:10
**2:57:46PM (2)**
66:12,13
**2:57:47PM (1)**
66:14
**2:57:51PM (1)**
66:16
**2:57:52PM (1)**
66:17
**2:57:55PM (1)**
66:18
**2:57:56PM (1)**
66:19
**2:58:00PM (1)**

66:20
**2:58:06PM (1)**
66:22
**2:58:09PM (1)**
66:23
**2:58:12PM (1)**
66:24
**2:58:17PM (1)**
67:2
**2:58:20PM (1)**
67:3
**2:58:44PM (1)**
67:10
**2:58:49PM (1)**
67:12
**2:58:50PM (1)**
67:15
**20 (5)**
6:9 38:25 50:24
227:16 261:15
**200 (2)**
221:6 270:4
**2003 (2)**
20:4 260:23
**2004 (18)**
20:7,8,12 21:3,8,16
21:21 39:8 40:15,17
42:5,19 77:15 84:10
250:3 260:21 261:5
261:9
**2005 (19)**
22:2,6,8,10 39:8 41:6
42:6,22 65:10 84:16
219:25 220:3
258:18,20 259:10
261:5,9 280:20,21
**2006 (35)**
22:11,13,16 39:8
41:12,15 42:6,24
61:14 64:13 84:2,16
87:2,18 116:20
120:7 128:5 136:16
136:22 138:8,22
139:10,14,18
178:17 220:21
243:23,25 244:5,6
249:17,24 260:25
267:14 293:4
**2007 (26)**
22:19,24 43:4,14 52:2
52:3,10,11,14,18,19
52:22,24 53:2,7,9
61:15 64:13 84:16
101:5 136:24
137:13 158:23
185:11 220:5 232:3
**2009 (11)**
1:19 2:4 12:8,9,11,14
290:20 291:15

| | | | | |
|---|---|---|---|---|
| 292:13,14 294:3 | 68:9 | 70:25 | 73:23 | 76:24 |
| **21 (2)** | **3:05:22PM (1)** | **3:08:50PM (1)** | **3:12:23PM (2)** | **3:16:34PM (1)** |
| 204:2,8 | 68:10 | 71:4 | 74:2,3 | 77:3 |
| **21st (1)** | **3:05:23PM (1)** | **3:08:56PM (1)** | **3:12:25PM (1)** | **3:16:37PM (1)** |
| 291:15 | 68:11 | 71:6 | 74:4 | 77:5 |
| **214 (1)** | **3:05:28PM (1)** | **3:08:57PM (1)** | **3:12:42PM (1)** | **3:16:47PM (1)** |
| 293:11 | 68:13 | 71:7 | 74:8 | 77:6 |
| **24 (4)** | **3:05:29PM (1)** | **3:09:07PM (1)** | **3:12:56PM (1)** | **3:17:04PM (1)** |
| 11:16,19 21:20 | 68:14 | 71:10 | 74:11 | 77:12 |
| 177:21 | 68:15 | **3:09:17PM (1)** | **3:13:04PM (1)** | **3:17:13PM (1)** |
| **24th (3)** | **3:05:37PM (1)** | 71:14 | 74:13 | 77:14 |
| 12:9,14 292:14 | 68:16 | **3:09:23PM (2)** | **3:13:10PM (1)** | **3:17:17PM (1)** |
| **24107 (1)** | **3:05:45PM (1)** | 71:15,16 | 74:15 | 77:16 |
| 1:25 | 68:19 | **3:09:50PM (1)** | **3:13:11PM (1)** | **3:17:20PM (1)** |
| **243 (1)** | **3:05:46PM (2)** | 71:19 | 74:16 | 77:17 |
| 292:5 | 68:20,21 | **3:10:00PM (1)** | **3:13:14PM (1)** | **3:17:29PM (1)** |
| **245 (1)** | **3:05:53PM (1)** | 71:23 | 74:18 | 77:19 |
| 292:6 | 68:24 | **3:10:03PM (2)** | **3:13:31PM (1)** | **3:17:32PM (1)** |
| **25 (6)** | **3:06:04PM (1)** | 71:25 72:2 | 74:21 | 77:20 |
| 38:25 135:24 136:3 | 69:4 | **3:10:05PM (1)** | **3:13:43PM (1)** | **3:17:33PM (1)** |
| 263:20 264:13 | **3:06:12PM (1)** | 72:3 | 74:24 | 77:21 |
| 292:25 | 69:7 | **3:10:11PM (1)** | **3:13:44PM (1)** | **3:17:34PM (1)** |
| **26 (1)** | **3:06:15PM (2)** | 72:6 | 75:2 | 77:22 |
| 178:12 | 69:9,10 | **3:10:22PM (1)** | **3:13:45PM (1)** | **3:17:35PM (1)** |
| **2662 (3)** | **3:06:20PM (1)** | 72:8 | 75:3 | 77:23 |
| 82:17,19 292:22 | 69:13 | **3:10:33PM (1)** | **3:13:50PM (1)** | **3:18:11PM (1)** |
| **27 (1)** | **3:06:22PM (1)** | 72:13 | 75:5 | 78:7 |
| 158:23 | 69:15 | **3:10:39PM (1)** | **3:14:22PM (1)** | **3:18:16PM (1)** |
| **27th (1)** | **3:06:34PM (1)** | 72:16 | 75:15 | 78:9 |
| 159:18 | 69:18 | **3:10:41PM (1)** | **3:14:23PM (1)** | **3:18:20PM (1)** |
| **28 (1)** | **3:07:07PM (1)** | 72:17 | 75:16 | 78:11 |
| 264:10 | 69:22 | **3:10:46PM (1)** | **3:14:32PM (1)** | **3:18:24PM (1)** |
| **281 (1)** | **3:07:15PM (1)** | 72:18 | 75:20 | 78:13 |
| 292:7 | 69:24 | **3:10:55PM (1)** | **3:14:41PM (1)** | **3:18:29PM (1)** |
| | **3:07:17PM (1)** | 72:22 | 75:23 | 78:14 |
| _____3_____ | 70:2 | **3:11:01PM (1)** | **3:14:42PM (1)** | **3:18:34PM (1)** |
| **3 (5)** | **3:07:18PM (1)** | 72:25 | 75:25 | 78:17 |
| 63:18,22 64:5 292:15 | 70:3 | **3:11:05PM (1)** | **3:14:50PM (1)** | **3:18:36PM (1)** |
| 294:9 | **3:07:29PM (1)** | 73:2 | 76:2 | 78:18 |
| **3-27-07 (1)** | 70:5 | **3:11:15PM (1)** | **3:14:51PM (1)** | **3:18:45PM (1)** |
| 158:22 | **3:07:35PM (1)** | 73:5 | 76:3 | 78:20 |
| **3:03:05PM (1)** | 70:7 | **3:11:34PM (1)** | **3:14:54PM (1)** | **3:18:48PM (1)** |
| 67:18 | **3:07:57PM (1)** | 73:9 | 76:5 | 78:21 |
| **3:03:06PM (1)** | 70:8 | **3:11:36PM (1)** | **3:14:57PM (1)** | **3:19:04PM (1)** |
| 67:19 | **3:08:09PM (1)** | 73:10 | 76:6 | 78:25 |
| **3:04:31PM (1)** | 70:13 | **3:11:43PM (1)** | **3:15:07PM (1)** | **3:19:13PM (1)** |
| 67:23 | **3:08:16PM (1)** | 73:13 | 76:8 | 79:5 |
| **3:04:33PM (1)** | 70:15 | **3:11:45PM (1)** | **3:15:27PM (1)** | **3:19:20PM (1)** |
| 67:24 | **3:08:22PM (1)** | 73:14 | 76:11 | 79:7 |
| **3:05:02PM (1)** | 70:17 | **3:12:04PM (1)** | **3:15:29PM (1)** | **3:19:24PM (1)** |
| 68:3 | **3:08:28PM (1)** | 73:17 | 76:12 | 79:9 |
| **3:05:05PM (1)** | 70:20 | **3:12:08PM (1)** | **3:15:33PM (1)** | **3:19:27PM (1)** |
| 68:5 | **3:08:33PM (1)** | 73:19 | 76:13 | 79:11 |
| **3:05:06PM (1)** | 70:22 | **3:12:09PM (1)** | **3:15:40PM (1)** | **3:19:29PM (1)** |
| 68:6 | **3:08:35PM (1)** | 73:20 | 76:15 | 79:13 |
| **3:05:15PM (1)** | 70:24 | **3:12:18PM (1)** | **3:15:47PM (1)** | **3:19:32PM (1)** |
| 68:7 | **3:08:43PM (1)** | 73:21 | 76:17 | 79:15 |
| **3:05:21PM (1)** | | **3:12:21PM (1)** | **3:16:24PM (1)** | **3:19:37PM (1)** |

| | | | | |
|---|---|---|---|---|
| 79:16 | 82:15 | 85:7 | 87:19 | 90:22 |
| **3:19:39PM (1)** | **3:29:28PM (1)** | **3:37:01PM (1)** | **3:39:57PM (1)** | **3:44:11PM (1)** |
| 79:18 | 82:18 | 85:10 | 87:21 | 90:24 |
| **3:19:41PM (1)** | **3:32:38PM (1)** | **3:37:02PM (1)** | **3:40:03PM (1)** | **3:44:19PM (1)** |
| 79:19 | 82:22 | 85:11 | 87:23 | 90:25 |
| **3:19:43PM (1)** | **3:32:39PM (1)** | **3:37:06PM (1)** | **3:40:30PM (1)** | 91:2 |
| 79:20 | 82:23 | 85:12 | 88:6 | **3:44:25PM (1)** |
| **3:19:45PM (1)** | **3:32:51PM (1)** | **3:37:12PM (1)** | **3:40:41PM (1)** | 91:3 |
| 79:21 | 82:25 | 85:15 | 88:8 | **3:44:27PM (1)** |
| **3:19:52PM (1)** | **3:32:55PM (1)** | **3:37:13PM (1)** | **3:41:29PM (1)** | 91:4 |
| 79:24 | 83:3 | 85:16 | 88:20 | **3:44:31PM (1)** |
| **3:19:57PM (1)** | **3:32:56PM (1)** | **3:37:19PM (1)** | **3:41:38PM (1)** | 91:6 |
| 80:2 | 83:4 | 85:19 | 88:23 | **3:44:34PM (1)** |
| **3:20:10PM (1)** | **3:33:10PM (1)** | **3:37:21PM (1)** | **3:41:43PM (1)** | 91:8 |
| 80:6 | 83:7 | 85:20 | 88:25 | **3:44:39PM (1)** |
| **3:20:11PM (1)** | **3:33:16PM (1)** | **3:37:36PM (1)** | 89:3 | 91:10 |
| 80:7 | 83:10 | 85:22 | **3:41:51PM (1)** | **3:44:40PM (1)** |
| **3:20:18PM (1)** | **3:33:17PM (2)** | **3:37:45PM (1)** | 89:4 | 91:11 |
| 80:8 | 83:11,12 | 86:3 | **3:41:53PM (1)** | **3:44:44PM (1)** |
| **3:20:23PM (1)** | **3:33:18PM (1)** | **3:37:46PM (1)** | 89:6 | 91:12 |
| 80:10 | 83:13 | 86:4 | **3:41:57PM (1)** | **3:44:55PM (1)** |
| **3:20:30PM (1)** | **3:33:20PM (1)** | **3:37:47PM (1)** | 89:9 | 91:16 |
| 80:11 | 83:14 | 86:5 | **3:42:03PM (1)** | **3:45:02PM (1)** |
| **3:20:47PM (1)** | **3:33:29PM (1)** | **3:37:50PM (1)** | 89:10 | 91:17 |
| 80:18 | 83:15 | 86:7 | **3:42:19PM (1)** | **3:45:04PM (1)** |
| **3:20:57PM (1)** | **3:33:40PM (1)** | **3:37:54PM (1)** | **3:42:31PM (1)** | 91:18 |
| 80:22 | 83:18 | 86:8 | 89:14 | **3:45:08PM (1)** |
| **3:20:59PM (1)** | **3:33:45PM (1)** | **3:38:04PM (1)** | **3:42:37PM (1)** | 91:20 |
| 80:23 | 83:20 | 86:12 | 89:16 | **3:45:13PM (1)** |
| **3:21:02PM (1)** | **3:33:47PM (1)** | **3:38:06PM (1)** | **3:42:39PM (1)** | 91:21 |
| 80:25 | 83:21 | 86:13 | 89:17 | **3:45:14PM (1)** |
| **3:21:15PM (1)** | **3:33:54PM (1)** | **3:38:18PM (1)** | **3:42:56PM (1)** | 91:23 |
| 81:3 | 83:23 | 86:14 | 89:20 | **3:45:16PM (1)** |
| **3:21:18PM (1)** | **3:34:01PM (1)** | **3:38:22PM (2)** | **3:43:04PM (1)** | 91:24 |
| 81:4 | 83:24 | 86:16,17 | 89:22 | **3:45:20PM (1)** |
| **3:21:34PM (1)** | **3:34:05PM (1)** | **3:38:29PM (1)** | **3:43:12PM (1)** | 92:2 |
| 81:10 | 84:2 | 86:18 | 89:24 | **3:45:36PM (1)** |
| **3:21:36PM (1)** | **3:34:20PM (1)** | **3:38:46PM (1)** | **3:43:26PM (1)** | 92:7 |
| 81:12 | 84:3 | 86:20 | 89:25 | **3:45:46PM (1)** |
| **3:21:45PM (1)** | **3:34:23PM (1)** | **3:39:00PM (1)** | **3:43:30PM (1)** | 92:9 |
| 81:17 | 84:4 | 86:24 | 90:3 | **3:46:01PM (1)** |
| **3:21:55PM (1)** | **3:34:28PM (1)** | **3:39:01PM (1)** | **3:43:37PM (1)** | 92:14 |
| 81:19 | 84:5 | 86:25 | 90:6 | **3:46:19PM (2)** |
| **3:22:14PM (1)** | **3:34:30PM (1)** | **3:39:10PM (1)** | **3:43:42PM (1)** | 92:16,23 |
| 82:2 | 84:6 | 87:4 | 90:9 | **3:46:20PM (1)** |
| **3:22:19PM (1)** | **3:34:37PM (1)** | **3:39:13PM (1)** | **3:43:44PM (1)** | 92:24 |
| 82:5 | 84:8 | 87:5 | 90:10 | **3:46:21PM (1)** |
| **3:22:20PM (1)** | **3:35:21PM (1)** | **3:39:26PM (1)** | **3:43:51PM (1)** | 92:25 |
| 82:6 | 84:12 | 87:8 | 90:13 | **3:46:22PM (1)** |
| **3:22:22PM (1)** | **3:35:26PM (1)** | **3:39:27PM (1)** | **3:43:53PM (2)** | 93:2 |
| 82:7 | 84:14 | 87:9 | 90:14,15 | **3:46:33PM (1)** |
| **3:22:30PM (1)** | **3:35:50PM (1)** | **3:39:29PM (1)** | **3:43:57PM (1)** | 93:4 |
| 82:11 | 84:19 | 87:11 | 90:16 | **3:46:35PM (1)** |
| **3:22:33PM (1)** | **3:35:57PM (1)** | **3:39:38PM (1)** | **3:44:06PM (1)** | 93:6 |
| 82:12 | 84:21 | 87:14 | 90:20 | **3:46:53PM (1)** |
| **3:22:34PM (1)** | **3:36:16PM (1)** | **3:39:43PM (1)** | **3:44:07PM (1)** | 93:9 |
| 82:13 | 84:25 | 87:15 | 90:21 | **3:47:17PM (1)** |
| **3:29:16PM (1)** | **3:36:54PM (1)** | **3:39:53PM (1)** | **3:44:08PM (1)** | |

| | | | | |
|---|---|---|---|---|
| 93:13 | 95:25 | 102:15 | 104:18 | 107:21 |
| **3:47:29PM (1)** | **3:51:28PM (1)** | **3:58:34PM (1)** | **4:04:18PM (1)** | **4:08:39PM (1)** |
| 93:16 | 96:15 | 102:16 | 104:19 | 107:24 |
| **3:47:34PM (1)** | **3:51:41PM (1)** | **3:58:36PM (1)** | **4:04:26PM (1)** | **4:08:45PM (1)** |
| 93:18 | 96:18 | 102:17 | 104:22 | 108:2 |
| **3:47:36PM (1)** | **3:52:20PM (1)** | **3:58:39PM (1)** | **4:04:27PM (1)** | **4:08:46PM (1)** |
| 93:19 | 97:7 | 102:19 | 104:23 | 108:3 |
| **3:47:39PM (1)** | **3:52:27PM (1)** | **3:58:45PM (1)** | **4:04:39PM (1)** | **4:08:52PM (1)** |
| 93:20 | 97:10 | 102:21 | 105:3 | 108:5 |
| **3:47:43PM (1)** | **3:53:02PM (1)** | **3:58:48PM (1)** | **4:04:44PM (1)** | **4:08:59PM (1)** |
| 93:22 | 97:24 | 102:23 | 105:5 | 108:9 |
| **3:47:45PM (1)** | **3:53:08PM (1)** | **3:58:51PM (1)** | **4:04:45PM (1)** | **4:09:16PM (1)** |
| 93:23 | 98:3 | 102:24 | 105:6 | 108:13 |
| **3:47:46PM (1)** | **3:53:09PM (1)** | **3:58:52PM (1)** | **4:04:50PM (1)** | **4:09:17PM (2)** |
| 93:24 | 98:4 | 102:25 | 105:7 | 108:14,15 |
| **3:47:52PM (1)** | **3:53:10PM (1)** | **30 (4)** | **4:05:04PM (1)** | **4:09:25PM (1)** |
| 94:4 | 98:5 | 120:15 264:11,13 | 105:10 | 108:18 |
| **3:47:53PM (1)** | **3:53:11PM (1)** | 278:12 | **4:05:11PM (1)** | **4:09:44PM (1)** |
| 94:5 | 98:6 | **30-by-40 (1)** | 105:12 | 108:24 |
| **3:47:59PM (1)** | **3:53:16PM (1)** | 264:12 | **4:05:13PM (1)** | **4:09:47PM (1)** |
| 94:7 | 98:8 | **37 (1)** | 105:13 | 108:25 |
| **3:48:07PM (1)** | **3:53:27PM (2)** | 180:14 | **4:05:25PM (1)** | **4:10:14PM (1)** |
| 94:11 | 98:10,12 | | 105:17 | 109:6 |
| **3:48:11PM (1)** | **3:53:31PM (1)** | _____**4**_____ | **4:05:43PM (1)** | **4:10:18PM (1)** |
| 94:13 | 98:14 | | 105:21 | 109:8 |
| **3:48:14PM (1)** | **3:54:10PM (1)** | **4 (14)** | **4:05:53PM (1)** | **4:10:22PM (1)** |
| 94:14 | 98:23 | 22:9,17 41:21 42:3,6 | 105:25 | 109:10 |
| **3:48:24PM (1)** | **3:54:31PM (1)** | 67:11,13,20 68:4 | **4:06:00PM (1)** | **4:10:29PM (1)** |
| 94:17 | 99:7 | 69:6 71:7 76:7 | 106:2 | 109:12 |
| **3:48:26PM (1)** | **3:54:36PM (1)** | 260:12 292:17 | **4:06:11PM (1)** | **4:10:41PM (1)** |
| 94:19 | 99:8 | **4th (1)** | 106:6 | 109:17 |
| **3:48:34PM (2)** | **3:54:39PM (1)** | 244:5 | **4:06:16PM (1)** | **4:10:57PM (1)** |
| 94:22,24 | 99:9 | **4-to-12 (2)** | 106:7 | 109:21 |
| **3:49:31PM (1)** | **3:54:42PM (1)** | 161:13,14 | **4:06:18PM (1)** | **4:11:05PM (1)** |
| 94:25 | 99:10 | **4:01:53PM (1)** | 106:8 | 109:25 |
| **3:49:37PM (1)** | **3:54:45PM (1)** | 103:5 | **4:06:27PM (1)** | **4:11:16PM (1)** |
| 95:4 | 99:12 | **4:02:15PM (1)** | 106:12 | 110:3 |
| **3:49:44PM (1)** | **3:54:46PM (1)** | 103:9 | **4:07:18PM (1)** | **4:11:19PM (1)** |
| 95:7 | 99:13 | **4:02:16PM (1)** | 106:18 | 110:5 |
| **3:49:50PM (1)** | **3:54:52PM (1)** | 103:10 | **4:07:20PM (1)** | **4:11:29PM (1)** |
| 95:9 | 99:16 | **4:02:22PM (1)** | 106:19 | 110:9 |
| **3:49:52PM (1)** | **3:55:00PM (1)** | 103:13 | **4:07:35PM (1)** | **4:11:34PM (1)** |
| 95:11 | 99:19 | **4:02:24PM (1)** | 106:24 | 110:12 |
| **3:49:55PM (1)** | **3:55:05PM (1)** | 103:14 | **4:07:42PM (1)** | **4:11:35PM (1)** |
| 95:13 | 99:20 | **4:02:27PM (1)** | 107:2 | 110:13 |
| **3:49:57PM (1)** | **3:56:09PM (1)** | 103:15 | **4:07:46PM (1)** | **4:11:36PM (1)** |
| 95:15 | 100:17 | **4:03:06PM (1)** | 107:4 | 110:14 |
| **3:50:01PM (1)** | **3:56:25PM (1)** | 103:22 | **4:07:52PM (2)** | **4:11:52PM (1)** |
| 95:16 | 100:23 | **4:03:19PM (2)** | 107:6,7 | 110:20 |
| **3:50:06PM (1)** | **3:56:54PM (1)** | 104:2,3 | **4:07:54PM (1)** | **4:11:56PM (1)** |
| 95:18 | 101:9 | **4:03:21PM (1)** | 107:8 | 110:22 |
| **3:50:10PM (1)** | **3:56:58PM (1)** | 104:4 | **4:08:19PM (1)** | **4:11:59PM (1)** |
| 95:19 | 101:11 | **4:03:35PM (1)** | 107:15 | 110:23 |
| **3:50:21PM (1)** | **3:57:08PM (1)** | 104:7 | **4:08:29PM (1)** | **4:12:00PM (1)** |
| 95:21 | 101:14 | **4:03:58PM (1)** | 107:18 | 110:24 |
| **3:50:27PM (1)** | **3:57:38PM (1)** | 104:13 | **4:08:30PM (2)** | **4:12:01PM (1)** |
| 95:22 | 101:21 | **4:04:12PM (1)** | 107:19,20 | 110:25 |
| **3:50:32PM (1)** | **3:58:33PM (1)** | 104:17 | **4:08:31PM (1)** | **4:12:07PM (1)** |
| | | **4:04:17PM (1)** | | |

| | | | | |
|---|---|---|---|---|
| 111:4 | 113:22 | 116:18 | 120:10 | 123:8 |
| **4:12:14PM (1)** | **4:15:18PM (1)** | **4:18:52PM (1)** | **4:23:46PM (1)** | **4:27:47PM (1)** |
| 111:7 | 113:24 | 116:21 | 120:11 | 123:15 |
| **4:12:33PM (1)** | **4:15:23PM (1)** | **4:19:00PM (1)** | **4:23:48PM (1)** | **4:28:05PM (1)** |
| 111:11 | 114:2 | 116:22 | 120:12 | 123:18 |
| **4:12:37PM (1)** | **4:15:24PM (1)** | **4:19:34PM (1)** | **4:23:57PM (1)** | **4:28:12PM (1)** |
| 111:12 | 114:3 | 117:7 | 120:14 | 123:20 |
| **4:12:57PM (1)** | **4:15:33PM (1)** | **4:19:41PM (1)** | **4:24:12PM (1)** | **4:28:24PM (1)** |
| 111:16 | 114:7 | 117:10 | 120:19 | 123:23 |
| **4:12:59PM (1)** | **4:15:35PM (1)** | **4:19:49PM (1)** | **4:24:36PM (1)** | **4:28:35PM (1)** |
| 111:17 | 114:8 | 117:11 | 120:23 | 124:2 |
| **4:13:17PM (1)** | **4:15:48PM (1)** | **4:19:50PM (1)** | **4:24:45PM (1)** | **4:28:43PM (2)** |
| 111:20 | 114:12 | 117:12 | 121:3 | 124:4,5 |
| **4:13:28PM (1)** | **4:15:56PM (1)** | **4:20:06PM (1)** | **4:24:49PM (2)** | **4:28:48PM (1)** |
| 111:24 | 114:13 | 117:14 | 121:5,6 | 124:7 |
| **4:13:32PM (1)** | **4:15:57PM (1)** | **4:20:57PM (1)** | **4:25:02PM (1)** | **4:28:50PM (1)** |
| 112:2 | 114:14 | 118:2 | 121:8 | 124:8 |
| **4:13:35PM (1)** | **4:16:03PM (1)** | **4:21:05PM (1)** | **4:25:13PM (1)** | **4:29:15PM (1)** |
| 112:3 | 114:15 | 118:5 | 121:13 | 124:11 |
| **4:13:45PM (1)** | **4:16:10PM (1)** | **4:21:15PM (1)** | **4:25:16PM (1)** | **4:29:30PM (1)** |
| 112:7 | 114:16 | 118:9 | 121:14 | 124:15 |
| **4:13:48PM (1)** | **4:16:41PM (1)** | **4:21:16PM (1)** | **4:25:19PM (1)** | **4:29:35PM (1)** |
| 112:9 | 114:23 | 118:10 | 121:16 | 124:18 |
| **4:13:58PM (1)** | **4:16:42PM (1)** | **4:21:20PM (2)** | **4:25:22PM (1)** | **4:29:49PM (1)** |
| 112:10 | 114:24 | 118:11,12 | 121:17 | 124:24 |
| **4:14:11PM (1)** | **4:17:03PM (1)** | **4:21:27PM (1)** | **4:25:50PM (1)** | **4:29:54PM (1)** |
| 112:14 | 115:8 | 118:15 | 121:19 | 125:2 |
| **4:14:13PM (1)** | **4:17:06PM (1)** | **4:21:38PM (1)** | **4:25:59PM (2)** | **4:30:10PM (1)** |
| 112:15 | 115:10 | 118:16 | 121:22,23 | 125:7 |
| **4:14:14PM (1)** | **4:17:18PM (1)** | **4:21:40PM (1)** | **4:26:03PM (1)** | **4:30:14PM (1)** |
| 112:16 | 115:14 | 118:17 | 121:24 | 125:9 |
| **4:14:21PM (1)** | **4:17:30PM (1)** | **4:21:49PM (1)** | **4:26:07PM (1)** | **4:30:16PM (1)** |
| 112:18 | 115:19 | 118:20 | 122:2 | 125:10 |
| **4:14:23PM (1)** | **4:17:31PM (1)** | **4:21:56PM (1)** | **4:26:15PM (1)** | **4:30:23PM (1)** |
| 112:19 | 115:20 | 118:23 | 122:5 | 125:12 |
| **4:14:25PM (1)** | **4:17:32PM (1)** | **4:22:02PM (1)** | **4:26:16PM (1)** | **4:30:25PM (1)** |
| 112:20 | 115:21 | 118:25 | 122:6 | 125:13 |
| **4:14:39PM (1)** | **4:17:53PM (1)** | **4:22:30PM (1)** | **4:26:19PM (1)** | **4:30:26PM (1)** |
| 113:2 | 116:4 | 119:10 | 122:7 | 125:14 |
| **4:14:40PM (1)** | **4:17:54PM (1)** | **4:22:41PM (1)** | **4:26:33PM (1)** | **4:30:30PM (1)** |
| 113:3 | 116:5 | 119:14 | 122:13 | 125:16 |
| **4:14:55PM (1)** | **4:17:55PM (1)** | **4:22:44PM (1)** | **4:26:42PM (1)** | **4:30:45PM (1)** |
| 113:8 | 116:6 | 119:16 | 122:16 | 125:21 |
| **4:14:58PM (2)** | **4:17:56PM (1)** | **4:22:48PM (1)** | **4:26:55PM (1)** | **4:30:56PM (1)** |
| 113:10,11 | 116:7 | 119:19 | 122:18 | 125:25 |
| **4:15:00PM (1)** | **4:18:06PM (1)** | **4:22:50PM (1)** | **4:26:56PM (1)** | **4:31:06PM (1)** |
| 113:13 | 116:8 | 119:21 | 122:19 | 126:4 |
| **4:15:01PM (1)** | **4:18:19PM (1)** | **4:23:01PM (1)** | **4:27:02PM (2)** | **4:31:11PM (1)** |
| 113:14 | 116:12 | 119:24 | 122:21,22 | 126:6 |
| **4:15:05PM (1)** | **4:18:23PM (1)** | **4:23:17PM (1)** | **4:27:04PM (2)** | **4:31:12PM (1)** |
| 113:16 | 116:13 | 120:3 | 122:23,24 | 126:7 |
| **4:15:06PM (1)** | **4:18:28PM (1)** | **4:23:24PM (1)** | **4:27:06PM (1)** | **4:31:16PM (1)** |
| 113:17 | 116:14 | 120:5 | 122:25 | 126:9 |
| **4:15:08PM (1)** | **4:18:38PM (1)** | **4:23:27PM (1)** | **4:27:13PM (1)** | **4:31:27PM (1)** |
| 113:18 | 116:15 | 120:6 | 123:4 | 126:12 |
| **4:15:09PM (2)** | **4:18:41PM (1)** | **4:23:37PM (1)** | **4:27:18PM (1)** | **4:31:28PM (1)** |
| 113:19,20 | 116:17 | 120:8 | 123:5 | 126:13 |
| **4:15:16PM (1)** | **4:18:43PM (1)** | **4:23:40PM (1)** | **4:27:27PM (1)** | **4:31:32PM (1)** |

| | | | | |
|---|---|---|---|---|
| 126:14 | 129:14 | 131:14 | 134:5 | 136:20 |
| **4:31:35PM (1)** | **4:35:45PM (1)** | **4:37:52PM (1)** | **4:40:45PM (1)** | **4:51:06PM (1)** |
| 126:16 | 129:16 | 131:17 | 134:6 | 136:21 |
| **4:31:37PM (1)** | **4:35:54PM (1)** | **4:37:57PM (2)** | **4:40:59PM (1)** | **4:51:07PM (1)** |
| 126:17 | 129:17 | 131:19,20 | 134:10 | 136:22 |
| **4:31:51PM (1)** | **4:35:58PM (1)** | **4:37:58PM (1)** | **4:41:05PM (1)** | **4:51:16PM (1)** |
| 126:22 | 129:19 | 131:21 | 134:13 | 136:24 |
| **4:32:04PM (1)** | **4:36:04PM (1)** | **4:38:00PM (1)** | **4:41:11PM (1)** | **4:51:27PM (1)** |
| 126:25 | 129:20 | 131:22 | 134:16 | 137:2 |
| **4:32:33PM (1)** | **4:36:07PM (1)** | **4:38:06PM (1)** | **4:41:13PM (1)** | **4:51:30PM (1)** |
| 127:3 | 129:22 | 131:25 | 134:17 | 137:4 |
| **4:32:43PM (1)** | **4:36:11PM (2)** | **4:38:07PM (1)** | **4:41:19PM (1)** | **4:51:31PM (1)** |
| 127:6 | 129:24,25 | 132:2 | 134:20 | 137:5 |
| **4:32:44PM (1)** | **4:36:19PM (1)** | **4:38:15PM (1)** | **4:41:24PM (1)** | **4:51:42PM (1)** |
| 127:7 | 130:2 | 132:5 | 134:22 | 137:7 |
| **4:32:48PM (1)** | **4:36:22PM (1)** | **4:38:31PM (1)** | **4:41:26PM (1)** | **4:51:57PM (1)** |
| 127:8 | 130:3 | 132:10 | 134:23 | 137:11 |
| **4:32:51PM (1)** | **4:36:23PM (1)** | **4:38:39PM (1)** | **4:41:38PM (1)** | **4:52:21PM (1)** |
| 127:10 | 130:4 | 132:13 | 134:25 | 137:13 |
| **4:32:57PM (1)** | **4:36:26PM (2)** | **4:38:42PM (1)** | **4:41:42PM (1)** | **4:52:43PM (1)** |
| 127:13 | 130:6,7 | 132:15 | 135:3 | 137:17 |
| **4:32:59PM (1)** | **4:36:29PM (1)** | **4:38:43PM (1)** | **4:41:53PM (1)** | **4:52:47PM (1)** |
| 127:14 | 130:9 | 132:16 | 135:5 | 137:19 |
| **4:33:00PM (1)** | **4:36:31PM (1)** | **4:38:52PM (1)** | **4:42:01PM (1)** | **4:52:49PM (1)** |
| 127:15 | 130:10 | 132:19 | 135:7 | 137:20 |
| **4:33:08PM (1)** | **4:36:32PM (1)** | **4:38:59PM (1)** | **4:42:08PM (1)** | **4:52:51PM (1)** |
| 127:16 | 130:11 | 132:20 | 135:9 | 137:21 |
| **4:33:25PM (1)** | **4:36:37PM (1)** | **4:39:06PM (1)** | **4:42:18PM (1)** | **4:52:59PM (1)** |
| 127:20 | 130:12 | 132:22 | 135:10 | 137:24 |
| **4:33:31PM (1)** | **4:36:40PM (1)** | **4:39:18PM (1)** | **4:42:24PM (2)** | **4:53:12PM (1)** |
| 127:21 | 130:13 | 132:25 | 135:13,14 | 138:3 |
| **4:33:39PM (1)** | **4:36:42PM (1)** | **4:39:20PM (1)** | **4:42:25PM (1)** | **4:53:19PM (2)** |
| 127:24 | 130:15 | 133:2 | 135:15 | 138:7,10 |
| **4:33:40PM (1)** | **4:36:43PM (1)** | **4:39:28PM (1)** | **4:42:27PM (1)** | **4:54:01PM (1)** |
| 127:25 | 130:16 | 133:6 | 135:16 | 138:11 |
| **4:33:41PM (1)** | **4:36:46PM (1)** | **4:39:33PM (1)** | **4:42:31PM (1)** | **4:54:04PM (2)** |
| 128:2 | 130:18 | 133:8 | 135:18 | 138:13,14 |
| **4:33:45PM (1)** | **4:36:50PM (1)** | **4:39:37PM (1)** | **4:42:32PM (1)** | **4:54:13PM (1)** |
| 128:3 | 130:19 | 133:10 | 135:19 | 138:16 |
| **4:33:54PM (2)** | **4:36:57PM (1)** | **4:39:44PM (1)** | **4:43:14PM (1)** | **4:54:15PM (1)** |
| 128:7,8 | 130:22 | 133:13 | 135:20 | 138:17 |
| **4:34:19PM (1)** | **4:36:58PM (1)** | **4:39:50PM (1)** | **4:43:30PM (1)** | **4:54:20PM (1)** |
| 128:9 | 130:23 | 133:15 | 135:25 | 138:19 |
| **4:34:42PM (1)** | **4:37:12PM (1)** | **4:39:55PM (1)** | **4:49:24PM (2)** | **4:54:36PM (1)** |
| 128:14 | 131:3 | 133:17 | 136:6,8 | 138:24 |
| **4:35:02PM (1)** | **4:37:23PM (1)** | **4:39:56PM (1)** | **4:50:08PM (1)** | **4:54:43PM (1)** |
| 128:21 | 131:4 | 133:18 | 136:9 | 139:2 |
| **4:35:04PM (1)** | **4:37:26PM (1)** | **4:40:00PM (1)** | **4:50:28PM (1)** | **4:54:44PM (1)** |
| 128:23 | 131:5 | 133:20 | 136:13 | 139:3 |
| **4:35:05PM (1)** | **4:37:36PM (1)** | **4:40:02PM (1)** | **4:50:30PM (1)** | **4:55:07PM (1)** |
| 128:24 | 131:9 | 133:21 | 136:14 | 139:8 |
| **4:35:28PM (1)** | **4:37:39PM (1)** | **4:40:09PM (1)** | **4:50:42PM (1)** | **4:55:13PM (1)** |
| 129:8 | 131:10 | 133:23 | 136:16 | 139:9 |
| **4:35:34PM (1)** | **4:37:43PM (1)** | **4:40:24PM (1)** | **4:50:53PM (1)** | **4:55:33PM (1)** |
| 129:11 | 131:12 | 133:25 | 136:17 | 139:13 |
| **4:35:38PM (1)** | **4:37:44PM (1)** | **4:40:34PM (1)** | **4:50:57PM (1)** | **4:55:51PM (1)** |
| 129:12 | 131:13 | 134:3 | 136:18 | 139:15 |
| **4:35:44PM (1)** | **4:37:45PM (1)** | **4:40:40PM (1)** | **4:51:02PM (1)** | **4:55:59PM (1)** |

139:16
**4:56:00PM (1)**
139:17
**4:56:15PM (1)**
139:19
**4:56:23PM (1)**
139:22
**4:56:28PM (1)**
139:24
**4:56:31PM (1)**
139:25
**4:56:32PM (1)**
140:2
**4:56:38PM (1)**
140:3
**4:56:42PM (1)**
140:4
**4:56:53PM (1)**
140:6
**4:56:55PM (1)**
140:7
**4:56:58PM (1)**
140:9
**4:57:01PM (1)**
140:10
**4:57:02PM (1)**
140:11
**4:57:15PM (1)**
140:15
**4:57:26PM (1)**
140:19
**4:57:36PM (1)**
140:22
**4:57:43PM (1)**
140:25
**4:57:45PM (1)**
141:2
**4:57:46PM (1)**
141:3
**4:57:54PM (1)**
141:6
**4:57:59PM (1)**
141:9
**4:58:05PM (1)**
141:11
**4:58:16PM (2)**
141:14,15
**4:58:23PM (1)**
141:18
**4:58:24PM (1)**
141:19
**4:58:30PM (2)**
141:22,23
**4:58:32PM (2)**
141:24,25
**4:58:33PM (1)**
142:2
**4:58:40PM (1)**

142:4
**4:58:44PM (1)**
142:5
**4:58:49PM (1)**
142:8
**4:58:53PM (1)**
142:9
**4:58:57PM (1)**
142:10
**4:59:18PM (1)**
142:13
**4:59:33PM (1)**
142:18
**4:59:35PM (1)**
142:20
**40 (1)**
264:11
**43 (2)**
181:15 182:5
**4431 (3)**
214:13 223:22 293:11
**45 (1)**
242:20
**47 (2)**
182:25 184:19
**48 (2)**
182:25 184:19

———————
**5**

**5 (15)**
40:19,19,20,20 67:11
67:16 70:7 71:16,17
76:7,8,9 78:17
134:9 292:18
**5:00 (1)**
40:22
**5:00:08PM (1)**
143:4
**5:00:21PM (1)**
143:9
**5:00:25PM (1)**
143:10
**5:00:27PM (1)**
143:11
**5:00:29PM (1)**
143:12
**5:00:34PM (1)**
143:14
**5:00:41PM (1)**
143:16
**5:00:48PM (1)**
143:19
**5:01:13PM (1)**
144:2
**5:01:26PM (1)**
144:6
**5:01:27PM (1)**
144:7

**5:01:34PM (1)**
144:10
**5:01:35PM (1)**
144:11
**5:01:39PM (1)**
144:12
**5:01:40PM (1)**
144:13
**5:01:42PM (1)**
144:15
**5:01:43PM (1)**
144:16
**5:01:48PM (1)**
144:17
**5:02:09PM (1)**
144:24
**5:02:15PM (1)**
145:2
**5:02:22PM (1)**
145:5
**5:02:24PM (1)**
145:6
**5:02:28PM (1)**
145:8
**5:02:29PM (1)**
145:9
**5:02:31PM (1)**
145:10
**5:02:39PM (1)**
145:14
**5:02:46PM (1)**
145:17
**5:02:53PM (1)**
145:18
**5:03:00PM (1)**
145:21
**5:03:10PM (1)**
145:23
**5:03:36PM (1)**
146:7
**5:03:44PM (1)**
146:10
**5:03:46PM (2)**
146:12,13
**5:03:57PM (1)**
146:14
**5:04:03PM (1)**
146:17
**5:04:28PM (1)**
147:2
**5:04:31PM (1)**
147:4
**5:05:08PM (1)**
147:19
**5:05:14PM (1)**
147:22
**5:05:15PM (1)**
147:23

**5:05:32PM (1)**
147:24
**5:05:34PM (1)**
147:25
**5:05:44PM (1)**
148:5
**5:05:46PM (1)**
148:6
**5:05:51PM (1)**
148:7
**5:06:13PM (1)**
148:15
**5:06:27PM (1)**
148:20
**5:06:29PM (1)**
148:21
**5:06:30PM (1)**
148:23
**5:06:31PM (1)**
148:24
**5:06:33PM (1)**
148:25
**5:06:42PM (1)**
149:4
**5:07:03PM (2)**
149:9,14
**5:07:43PM (1)**
149:15
**5:07:56PM (1)**
149:19
**5:08:19PM (1)**
149:20
**5:08:21PM (1)**
149:21
**5:08:23PM (1)**
149:23
**5:09:23PM (1)**
149:24
**5:09:26PM (1)**
150:2
**5:09:30PM (1)**
150:3
**5:09:39PM (1)**
150:6
**5:09:40PM (1)**
150:7
**5:09:42PM (1)**
150:8
**5:09:45PM (1)**
150:10
**5:09:47PM (1)**
150:11
**5:09:55PM (1)**
150:13
**5:09:58PM (1)**
150:15
**5:10:03PM (1)**
150:16

**5:10:15PM (1)**
150:20
**5:10:22PM (1)**
150:24
**5:10:23PM (1)**
150:25
**5:10:30PM (1)**
151:4
**5:10:34PM (1)**
151:6
**5:10:37PM (2)**
151:7,8
**5:10:38PM (1)**
151:9
**5:10:40PM (1)**
151:10
**5:10:50PM (1)**
151:13
**5:10:53PM (1)**
151:14
**5:11:04PM (1)**
151:18
**5:11:05PM (1)**
151:19
**5:11:06PM (1)**
151:20
**5:11:07PM (1)**
151:21
**5:11:22PM (1)**
151:25
**5:12:16PM (1)**
152:15
**5:12:25PM (1)**
152:18
**5:12:32PM (1)**
152:21
**5:12:33PM (1)**
152:22
**5:12:36PM (1)**
152:23
**5:12:37PM (1)**
152:24
**5:12:43PM (2)**
153:5,6
**5:12:56PM (1)**
153:11
**5:13:31PM (1)**
153:20
**5:13:38PM (1)**
153:22
**5:13:42PM (1)**
153:24
**5:13:48PM (1)**
154:3
**5:13:55PM (1)**
154:6
**5:14:07PM (1)**
154:11

| | | | | |
|---|---|---|---|---|
| **5:14:09PM (1)**<br>154:13 | **5:17:01PM (1)**<br>156:25 | **5:21:12PM (1)**<br>159:13 | **5:24:15PM (1)**<br>161:21 | **5:27:08PM (1)**<br>164:9 |
| **5:14:11PM (1)**<br>154:14 | **5:17:05PM (1)**<br>157:3 | **5:21:17PM (2)**<br>159:14,15 | **5:24:19PM (1)**<br>161:22 | **5:27:10PM (1)**<br>164:11 |
| **5:14:12PM (1)**<br>154:15 | **5:17:11PM (1)**<br>157:5 | **5:21:21PM (1)**<br>159:16 | **5:24:20PM (1)**<br>161:23 | **5:27:15PM (1)**<br>164:12 |
| **5:14:15PM (2)**<br>154:17,18 | **5:17:12PM (1)**<br>157:6 | **5:21:26PM (1)**<br>159:17 | **5:24:30PM (1)**<br>161:25 | **5:27:20PM (1)**<br>164:14 |
| **5:14:16PM (1)**<br>154:19 | **5:17:20PM (1)**<br>157:8 | **5:21:37PM (1)**<br>159:20 | **5:24:33PM (1)**<br>162:3 | **5:27:22PM (2)**<br>164:15,16 |
| **5:14:28PM (1)**<br>154:23 | **5:17:22PM (1)**<br>157:9 | **5:21:39PM (1)**<br>159:21 | **5:24:38PM (1)**<br>162:4 | **5:27:24PM (1)**<br>164:18 |
| **5:14:29PM (1)**<br>154:24 | **5:17:26PM (1)**<br>157:12 | **5:21:41PM (1)**<br>159:22 | **5:24:57PM (1)**<br>162:9 | **5:27:25PM (1)**<br>164:19 |
| **5:14:34PM (1)**<br>155:3 | **5:17:27PM (1)**<br>157:13 | **5:21:42PM (1)**<br>159:23 | **5:25:07PM (1)**<br>162:12 | **5:27:30PM (1)**<br>164:21 |
| **5:14:35PM (1)**<br>155:4 | **5:17:29PM (2)**<br>157:14,15 | **5:21:44PM (1)**<br>159:25 | **5:25:21PM (1)**<br>162:17 | **5:27:46PM (2)**<br>165:3,4 |
| **5:14:37PM (1)**<br>155:5 | **5:18:36PM (1)**<br>157:16 | **5:21:46PM (1)**<br>160:2 | **5:25:22PM (1)**<br>162:18 | **5:27:56PM (1)**<br>165:7 |
| **5:14:38PM (1)**<br>155:6 | **5:18:45PM (2)**<br>157:19,23 | **5:21:48PM (1)**<br>160:3 | **5:25:25PM (2)**<br>162:21,22 | **5:27:57PM (1)**<br>165:8 |
| **5:14:41PM (1)**<br>155:7 | **5:19:32PM (1)**<br>157:24 | **5:21:49PM (1)**<br>160:4 | **5:25:26PM (1)**<br>162:23 | **5:28:02PM (1)**<br>165:10 |
| **5:14:42PM (1)**<br>155:8 | **5:19:39PM (2)**<br>158:3,4 | **5:21:50PM (1)**<br>160:5 | **5:25:44PM (1)**<br>163:2 | **5:28:04PM (1)**<br>165:12 |
| **5:14:58PM (1)**<br>155:10 | **5:19:41PM (1)**<br>158:5 | **5:21:52PM (1)**<br>160:6 | **5:25:51PM (1)**<br>163:5 | **5:28:07PM (1)**<br>165:14 |
| **5:15:10PM (1)**<br>155:13 | **5:19:45PM (1)**<br>158:6 | **5:21:59PM (1)**<br>160:8 | **5:25:59PM (1)**<br>163:7 | **5:28:14PM (1)**<br>165:15 |
| **5:15:20PM (1)**<br>155:15 | **5:19:58PM (1)**<br>158:10 | **5:22:03PM (1)**<br>160:10 | **5:26:12PM (1)**<br>163:8 | **5:28:31PM (1)**<br>165:21 |
| **5:15:21PM (1)**<br>155:16 | **5:20:01PM (1)**<br>158:11 | **5:22:21PM (1)**<br>160:13 | **5:26:21PM (1)**<br>163:11 | **5:28:32PM (1)**<br>165:22 |
| **5:15:37PM (1)**<br>155:18 | **5:20:06PM (1)**<br>158:13 | **5:22:25PM (1)**<br>160:15 | **5:26:23PM (1)**<br>163:12 | **5:28:34PM (1)**<br>165:23 |
| **5:15:43PM (1)**<br>155:21 | **5:20:30PM (1)**<br>158:19 | **5:22:37PM (1)**<br>160:17 | **5:26:28PM (1)**<br>163:14 | **5:28:41PM (1)**<br>165:24 |
| **5:15:52PM (1)**<br>155:24 | **5:20:41PM (1)**<br>158:23 | **5:22:53PM (1)**<br>160:22 | **5:26:29PM (1)**<br>163:15 | **5:29:00PM (1)**<br>166:3 |
| **5:15:57PM (1)**<br>155:25 | **5:20:50PM (1)**<br>158:25 | **5:23:05PM (1)**<br>160:24 | **5:26:30PM (1)**<br>163:16 | **5:29:02PM (1)**<br>166:4 |
| **5:16:02PM (1)**<br>156:3 | **5:20:52PM (1)**<br>159:2 | **5:23:14PM (1)**<br>161:2 | **5:26:39PM (1)**<br>163:20 | **5:29:08PM (1)**<br>166:6 |
| **5:16:03PM (1)**<br>156:4 | **5:20:56PM (1)**<br>159:4 | **5:23:25PM (2)**<br>161:5,6 | **5:26:40PM (1)**<br>163:21 | **5:29:11PM (1)**<br>166:9 |
| **5:16:08PM (1)**<br>156:7 | **5:20:58PM (1)**<br>159:5 | **5:23:28PM (1)**<br>161:7 | **5:26:44PM (1)**<br>163:23 | **5:29:12PM (1)**<br>166:10 |
| **5:16:09PM (1)**<br>156:8 | **5:21:00PM (1)**<br>159:6 | **5:23:32PM (1)**<br>161:9 | **5:26:46PM (1)**<br>163:24 | **5:29:18PM (1)**<br>166:12 |
| **5:16:11PM (1)**<br>156:9 | **5:21:04PM (1)**<br>159:8 | **5:23:35PM (1)**<br>161:10 | **5:26:51PM (1)**<br>164:3 | **5:29:20PM (1)**<br>166:13 |
| **5:16:53PM (1)**<br>156:20 | **5:21:08PM (1)**<br>159:10 | **5:23:41PM (1)**<br>161:11 | **5:26:58PM (1)**<br>164:5 | **5:29:24PM (1)**<br>166:14 |
| **5:16:57PM (1)**<br>156:22 | **5:21:10PM (1)**<br>159:11 | **5:24:00PM (1)**<br>161:17 | **5:27:05PM (1)**<br>164:7 | **5:29:32PM (1)**<br>166:17 |
| **5:16:58PM (1)**<br>156:23 | **5:21:11PM (1)**<br>159:12 | **5:24:13PM (1)**<br>161:20 | **5:27:07PM (1)**<br>164:8 | **5:29:33PM (1)**<br>166:18 |

| | | | | |
|---|---|---|---|---|
| **5:29:34PM (1)**<br>166:19 | **5:31:59PM (1)**<br>169:10 | **5:35:07PM (1)**<br>172:8 | **5:39:28PM (1)**<br>175:14 | **5:43:21PM (1)**<br>178:12 |
| **5:29:37PM (1)**<br>166:20 | **5:32:07PM (1)**<br>169:12 | **5:35:10PM (1)**<br>172:10 | **5:39:35PM (1)**<br>175:15 | **5:43:38PM (1)**<br>178:17 |
| **5:29:41PM (1)**<br>166:22 | **5:32:18PM (1)**<br>169:16 | **5:35:19PM (1)**<br>172:15 | **5:39:49PM (1)**<br>175:18 | **5:43:48PM (1)**<br>178:21 |
| **5:29:44PM (1)**<br>166:24 | **5:32:26PM (1)**<br>169:19 | **5:35:28PM (1)**<br>172:17 | **5:40:04PM (1)**<br>175:24 | **5:43:49PM (2)**<br>178:22,23 |
| **5:29:48PM (1)**<br>166:25 | **5:32:27PM (1)**<br>169:20 | **5:35:42PM (1)**<br>172:21 | **5:40:07PM (1)**<br>176:2 | **5:43:50PM (1)**<br>178:24 |
| **5:29:52PM (1)**<br>167:3 | **5:32:34PM (1)**<br>169:24 | **5:35:43PM (2)**<br>172:22,23 | **5:40:10PM (1)**<br>176:3 | **5:43:56PM (1)**<br>179:3 |
| **5:30:02PM (1)**<br>167:6 | **5:32:35PM (1)**<br>169:25 | **5:36:48PM (1)**<br>173:13 | **5:40:30PM (1)**<br>176:8 | **5:43:57PM (1)**<br>179:4 |
| **5:30:10PM (1)**<br>167:7 | **5:32:36PM (1)**<br>170:2 | **5:36:50PM (1)**<br>173:15 | **5:40:34PM (1)**<br>176:9 | **5:43:58PM (1)**<br>179:5 |
| **5:30:13PM (1)**<br>167:9 | **5:32:37PM (1)**<br>170:3 | **5:37:14PM (1)**<br>173:16 | **5:40:42PM (1)**<br>176:13 | **5:43:59PM (1)**<br>179:6 |
| **5:30:22PM (1)**<br>167:13 | **5:32:40PM (1)**<br>170:6 | **5:37:20PM (1)**<br>173:19 | **5:40:49PM (1)**<br>176:15 | **5:44:06PM (1)**<br>179:9 |
| **5:30:27PM (1)**<br>167:15 | **5:32:43PM (1)**<br>170:7 | **5:37:23PM (1)**<br>173:21 | **5:40:53PM (1)**<br>176:16 | **5:44:09PM (1)**<br>179:11 |
| **5:30:28PM (2)**<br>167:16,17 | **5:32:46PM (1)**<br>170:9 | **5:37:24PM (1)**<br>173:22 | **5:41:11PM (1)**<br>176:21 | **5:44:18PM (1)**<br>179:15 |
| **5:30:32PM (1)**<br>167:19 | **5:33:08PM (1)**<br>170:16 | **5:37:27PM (1)**<br>173:24 | **5:41:13PM (1)**<br>176:22 | **5:44:27PM (1)**<br>179:16 |
| **5:30:33PM (1)**<br>167:20 | **5:33:27PM (1)**<br>170:20 | **5:37:33PM (1)**<br>173:25 | **5:41:23PM (1)**<br>176:25 | **5:44:39PM (1)**<br>179:19 |
| **5:30:40PM (1)**<br>167:23 | **5:33:50PM (1)**<br>170:25 | **5:37:37PM (1)**<br>174:3 | **5:41:36PM (1)**<br>177:4 | **5:44:40PM (1)**<br>179:20 |
| **5:30:57PM (1)**<br>168:4 | **5:33:54PM (1)**<br>171:3 | **5:37:38PM (1)**<br>174:4 | **5:41:51PM (1)**<br>177:9 | **5:44:45PM (1)**<br>179:22 |
| **5:31:00PM (1)**<br>168:5 | **5:33:58PM (1)**<br>171:5 | **5:37:51PM (2)**<br>174:9,12 | **5:41:52PM (1)**<br>177:10 | **5:44:54PM (2)**<br>180:2,3 |
| **5:31:03PM (1)**<br>168:7 | **5:34:15PM (1)**<br>171:9 | **5:38:26PM (1)**<br>174:13 | **5:41:55PM (1)**<br>177:11 | **5:45:10PM (1)**<br>180:7 |
| **5:31:14PM (1)**<br>168:12 | **5:34:23PM (1)**<br>171:11 | **5:38:32PM (1)**<br>174:16 | **5:42:25PM (1)**<br>177:14 | **5:45:11PM (1)**<br>180:8 |
| **5:31:19PM (1)**<br>168:14 | **5:34:30PM (2)**<br>171:13,14 | **5:38:34PM (1)**<br>174:17 | **5:42:27PM (1)**<br>177:15 | **5:45:14PM (1)**<br>180:9 |
| **5:31:22PM (1)**<br>168:16 | **5:34:31PM (1)**<br>171:15 | **5:38:41PM (1)**<br>174:19 | **5:42:32PM (1)**<br>177:18 | **5:45:22PM (1)**<br>180:11 |
| **5:31:25PM (1)**<br>168:18 | **5:34:32PM (1)**<br>171:16 | **5:38:53PM (1)**<br>174:21 | **5:42:33PM (1)**<br>177:19 | **5:45:24PM (1)**<br>180:12 |
| **5:31:27PM (1)**<br>168:19 | **5:34:41PM (1)**<br>171:19 | **5:39:01PM (1)**<br>174:24 | **5:42:35PM (1)**<br>177:20 | **5:45:26PM (1)**<br>180:13 |
| **5:31:28PM (1)**<br>168:21 | **5:34:42PM (1)**<br>171:20 | **5:39:03PM (1)**<br>174:25 | **5:42:38PM (1)**<br>177:21 | **5:45:35PM (1)**<br>180:14 |
| **5:31:37PM (1)**<br>168:24 | **5:34:43PM (1)**<br>171:21 | **5:39:20PM (1)**<br>175:8 | **5:42:52PM (2)**<br>177:22,23 | **5:45:40PM (1)**<br>180:16 |
| **5:31:44PM (1)**<br>169:3 | **5:34:45PM (1)**<br>171:22 | **5:39:22PM (1)**<br>175:9 | **5:43:05PM (1)**<br>178:4 | **5:46:27PM (1)**<br>180:17 |
| **5:31:47PM (1)**<br>169:5 | **5:34:55PM (1)**<br>172:2 | **5:39:24PM (1)**<br>175:10 | **5:43:13PM (1)**<br>178:7 | **5:46:30PM (1)**<br>180:19 |
| **5:31:55PM (1)**<br>169:7 | **5:34:58PM (1)**<br>172:3 | **5:39:25PM (1)**<br>175:11 | **5:43:14PM (2)**<br>178:8,9 | **5:46:33PM (1)**<br>180:20 |
| **5:31:57PM (1)**<br>169:9 | **5:35:06PM (1)**<br>172:6 | **5:39:26PM (1)**<br>175:12 | **5:43:17PM (1)**<br>178:11 | **5:46:47PM (1)**<br>180:24 |

**5:46:49PM (1)**
180:25
**5:46:58PM (1)**
181:4
**5:46:59PM (1)**
181:5
**5:47:04PM (1)**
181:6
**5:47:06PM (1)**
181:7
**5:47:12PM (1)**
181:10
**5:47:26PM (1)**
181:12
**5:47:34PM (1)**
181:14
**5:47:42PM (1)**
181:15
**5:47:51PM (1)**
181:18
**5:48:43PM (1)**
181:19
**5:48:45PM (1)**
181:21
**5:48:46PM (1)**
181:22
**5:49:05PM (1)**
182:3
**5:49:06PM (1)**
182:4
**5:49:08PM (1)**
182:6
**5:49:09PM (1)**
182:7
**5:49:21PM (1)**
182:8
**5:49:29PM (1)**
182:14
**5:49:30PM (1)**
182:15
**5:49:34PM (1)**
182:16
**5:49:46PM (1)**
182:18
**5:49:48PM (1)**
182:20
**5:49:53PM (1)**
182:22
**5:49:55PM (1)**
182:24
**5:49:56PM (1)**
182:25
**5:50:11PM (1)**
183:3
**5:50:26PM (1)**
183:4
**5:50:37PM (2)**
183:7,8

**5:50:38PM (1)**
183:9
**5:50:39PM (1)**
183:10
**5:50:41PM (1)**
183:12
**5:50:49PM (1)**
183:14
**5:50:50PM (1)**
183:15
**5:50:52PM (1)**
183:16
**5:50:58PM (1)**
183:19
**5:51:02PM (1)**
183:21
**5:51:03PM (1)**
183:22
**5:51:08PM (1)**
183:24
**5:51:09PM (1)**
183:25
**5:51:27PM (1)**
184:7
**5:51:34PM (1)**
184:10
**5:51:59PM (1)**
184:15
**5:52:03PM (2)**
184:17,18
**5:52:07PM (1)**
184:19
**5:52:09PM (1)**
184:20
**5:52:10PM (1)**
184:21
**5:52:13PM (1)**
184:23
**5:52:26PM (1)**
185:4
**5:52:28PM (1)**
185:5
**5:52:29PM (1)**
185:6
**5:52:31PM (1)**
185:7
**5:52:36PM (1)**
185:8
**5:52:45PM (1)**
185:12
**5:52:48PM (1)**
185:14
**5:52:54PM (1)**
185:17
**5:52:55PM (1)**
185:18
**5:53:00PM (1)**
185:19

**5:53:14PM (1)**
185:25
**5:53:16PM (3)**
186:3,4,5
**5:53:22PM (1)**
186:8
**5:53:23PM (1)**
186:9
**5:53:39PM (1)**
186:15
**5:53:45PM (1)**
186:18
**5:53:49PM (1)**
186:19
**5:54:01PM (1)**
186:20
**5:54:09PM (1)**
186:22
**5:54:10PM (1)**
186:23
**5:54:23PM (1)**
187:4
**5:54:24PM (1)**
187:5
**5:54:31PM (1)**
187:7
**5:54:34PM (1)**
187:9
**5:54:44PM (1)**
187:12
**5:54:46PM (1)**
187:14
**5:54:47PM (1)**
187:15
**5:54:50PM (1)**
187:17
**5:54:54PM (1)**
187:19
**5:55:05PM (2)**
187:22,23
**5:55:11PM (1)**
187:25
**5:55:12PM (2)**
188:2,3
**5:55:15PM (1)**
188:4
**5:55:16PM (1)**
188:5
**5:55:21PM (1)**
188:8
**5:55:23PM (1)**
188:9
**5:55:29PM (1)**
188:11
**5:55:30PM (1)**
188:12
**5:55:41PM (1)**
188:15

**5:55:43PM (1)**
188:16
**5:55:49PM (1)**
188:18
**5:56:32PM (1)**
189:7
**5:56:58PM (1)**
189:14
**5:57:07PM (1)**
189:16
**5:57:08PM (1)**
189:17
**5:57:09PM (1)**
189:18
**5:57:10PM (1)**
189:19
**5:57:12PM (2)**
189:20,21
**5:57:32PM (1)**
189:24
**5:57:35PM (1)**
189:25
**5:57:38PM (1)**
190:3
**5:57:41PM (1)**
190:4
**5:57:46PM (1)**
190:6
**5:57:48PM (1)**
190:7
**5:57:56PM (1)**
190:8
**5:58:04PM (1)**
190:10
**5:58:10PM (2)**
190:12,13
**5:58:13PM (1)**
190:14
**5:58:14PM (1)**
190:15
**5:58:15PM (1)**
190:16
**5:58:21PM (1)**
190:19
**5:58:39PM (1)**
190:24
**5:58:48PM (1)**
191:2
**5:59:03PM (1)**
191:5
**5:59:15PM (1)**
191:9
**5:59:20PM (1)**
191:11
**5:59:23PM (1)**
191:13
**5:59:25PM (1)**
191:14

**5:59:27PM (1)**
191:15
**5:59:34PM (1)**
191:18
**5:59:38PM (1)**
191:20
**5:59:52PM (1)**
191:24
**5:59:53PM (1)**
191:25
**5:59:54PM (1)**
192:2
**50 (2)**
108:22 271:9
**53 (7)**
197:25 198:2,2,9,13
198:20 244:19
**530 (1)**
3:11
**54 (4)**
197:17 198:2,9,20
**55 (3)**
196:19,21 198:20
**550 (3)**
149:6,9 293:5
**553 (3)**
149:6,9 293:5
**556 (3)**
149:6,10 293:5
**56 (8)**
196:10,16,22 197:7
198:13,20 204:15
244:19
**58 (1)**
205:12

_____

**6**

**6 (5)**
73:3,7,11 76:7 292:19
**6:00:01PM (1)**
192:3
**6:00:03PM (1)**
192:4
**6:00:05PM (1)**
192:6
**6:00:09PM (1)**
192:8
**6:00:10PM (2)**
192:9,10
**6:00:17PM (1)**
192:12
**6:00:23PM (1)**
192:16
**6:00:29PM (1)**
192:19
**6:00:34PM (2)**
192:22,23
**6:00:35PM (1)**

| | | | | |
|---|---|---|---|---|
| 192:24 | 195:12 | 197:20 | 200:6 | 203:14 |
| **6:00:37PM (1)** | **6:03:29PM (1)** | **6:07:52PM (1)** | **6:11:45PM (1)** | **6:15:57PM (1)** |
| 193:2 | 195:14 | 197:22 | 200:7 | 203:15 |
| **6:00:41PM (1)** | **6:03:46PM (1)** | **6:07:53PM (1)** | **6:11:52PM (1)** | **6:16:04PM (1)** |
| 193:3 | 195:19 | 197:23 | 200:10 | 203:17 |
| **6:00:49PM (1)** | **6:03:54PM (1)** | **6:07:57PM (1)** | **6:12:33PM (1)** | **6:16:05PM (1)** |
| 193:6 | 195:22 | 197:25 | 200:18 | 203:18 |
| **6:00:50PM (1)** | **6:04:07PM (1)** | **6:08:00PM (1)** | **6:12:35PM (1)** | **6:16:12PM (1)** |
| 193:7 | 195:23 | 198:2 | 200:19 | 203:21 |
| **6:00:51PM (1)** | **6:04:12PM (1)** | **6:08:04PM (1)** | **6:12:37PM (1)** | **6:16:13PM (2)** |
| 193:8 | 195:25 | 198:3 | 200:20 | 203:22,23 |
| **6:00:52PM (1)** | **6:04:14PM (1)** | **6:08:11PM (1)** | **6:12:41PM (1)** | **6:16:15PM (1)** |
| 193:9 | 196:2 | 198:7 | 200:21 | 203:24 |
| **6:00:59PM (1)** | **6:04:15PM (2)** | **6:08:12PM (1)** | **6:12:54PM (1)** | **6:16:18PM (1)** |
| 193:11 | 196:3,4 | 198:8 | 200:24 | 204:2 |
| **6:01:05PM (1)** | **6:04:16PM (1)** | **6:08:52PM (1)** | **6:12:58PM (1)** | **6:16:23PM (1)** |
| 193:13 | 196:5 | 198:10 | 200:25 | 204:4 |
| **6:01:10PM (1)** | **6:04:25PM (2)** | **6:09:05PM (1)** | **6:13:01PM (1)** | **6:16:26PM (1)** |
| 193:16 | 196:6,7 | 198:16 | 201:3 | 204:6 |
| **6:01:13PM (1)** | **6:04:52PM (1)** | **6:09:44PM (1)** | **6:13:03PM (1)** | **6:16:36PM (1)** |
| 193:18 | 196:10 | 198:17 | 201:4 | 204:10 |
| **6:01:24PM (1)** | **6:04:56PM (1)** | **6:10:16PM (1)** | **6:13:08PM (1)** | **6:16:45PM (1)** |
| 193:21 | 196:12 | 198:18 | 201:6 | 204:13 |
| **6:01:32PM (1)** | **6:05:11PM (1)** | **6:10:26PM (1)** | **6:13:56PM (1)** | **6:16:48PM (1)** |
| 193:23 | 196:13 | 198:21 | 201:17 | 204:14 |
| **6:01:33PM (1)** | **6:05:32PM (1)** | **6:10:27PM (1)** | **6:14:04PM (1)** | **6:17:02PM (1)** |
| 193:24 | 196:15 | 198:22 | 201:19 | 204:18 |
| **6:01:38PM (1)** | **6:05:33PM (1)** | **6:10:45PM (1)** | **6:14:06PM (1)** | **6:17:07PM (1)** |
| 194:2 | 196:16 | 198:25 | 201:20 | 204:21 |
| **6:01:44PM (1)** | **6:05:34PM (1)** | **6:10:49PM (1)** | **6:14:20PM (1)** | **6:17:10PM (1)** |
| 194:3 | 196:17 | 199:3 | 201:23 | 204:23 |
| **6:02:06PM (1)** | **6:05:38PM (1)** | **6:10:50PM (1)** | **6:14:27PM (1)** | **6:17:16PM (1)** |
| 194:9 | 196:18 | 199:4 | 202:3 | 205:2 |
| **6:02:08PM (1)** | **6:06:17PM (1)** | **6:10:51PM (1)** | **6:14:29PM (1)** | **6:17:19PM (1)** |
| 194:10 | 196:20 | 199:5 | 202:4 | 205:4 |
| **6:02:13PM (1)** | **6:06:23PM (1)** | **6:10:54PM (1)** | **6:14:32PM (1)** | **6:17:21PM (1)** |
| 194:12 | 196:23 | 199:6 | 202:6 | 205:5 |
| **6:02:15PM (1)** | **6:06:24PM (1)** | **6:10:56PM (1)** | **6:14:39PM (1)** | **6:17:50PM (1)** |
| 194:13 | 196:24 | 199:8 | 202:9 | 205:11 |
| **6:02:17PM (1)** | **6:06:34PM (1)** | **6:10:57PM (1)** | **6:14:48PM (1)** | **6:17:53PM (1)** |
| 194:14 | 197:3 | 199:9 | 202:13 | 205:13 |
| **6:02:30PM (3)** | **6:06:44PM (1)** | **6:10:59PM (1)** | **6:14:53PM (1)** | **6:18:18PM (1)** |
| 194:18,19,20 | 197:5 | 199:10 | 202:16 | 205:16 |
| **6:02:36PM (1)** | **6:06:50PM (1)** | **6:11:10PM (1)** | **6:15:00PM (1)** | **6:18:28PM (1)** |
| 194:22 | 197:7 | 199:14 | 202:19 | 205:19 |
| **6:02:40PM (2)** | **6:06:58PM (1)** | **6:11:17PM (1)** | **6:15:02PM (1)** | **6:18:42PM (1)** |
| 194:24,25 | 197:10 | 199:17 | 202:21 | 205:22 |
| **6:02:48PM (1)** | **6:07:14PM (1)** | **6:11:20PM (2)** | **6:15:11PM (1)** | **6:18:44PM (1)** |
| 195:2 | 197:11 | 199:18,19 | 202:25 | 205:23 |
| **6:02:56PM (1)** | **6:07:16PM (1)** | **6:11:27PM (1)** | **6:15:24PM (1)** | **6:18:47PM (1)** |
| 195:5 | 197:13 | 199:22 | 203:5 | 205:24 |
| **6:03:11PM (1)** | **6:07:18PM (1)** | **6:11:28PM (1)** | **6:15:25PM (1)** | **6:18:49PM (1)** |
| 195:7 | 197:14 | 199:23 | 203:6 | 205:25 |
| **6:03:13PM (1)** | **6:07:39PM (1)** | **6:11:31PM (1)** | **6:15:31PM (1)** | **6:18:50PM (1)** |
| 195:8 | 197:16 | 199:24 | 203:9 | 206:2 |
| **6:03:16PM (1)** | **6:07:46PM (1)** | **6:11:38PM (1)** | **6:15:41PM (1)** | **6:18:52PM (1)** |
| 195:9 | 197:19 | 200:4 | 203:11 | 206:3 |
| **6:03:24PM (1)** | **6:07:50PM (1)** | **6:11:42PM (1)** | **6:15:55PM (1)** | **6:18:56PM (1)** |

| | | | | |
|---|---|---|---|---|
| 206:6 | 208:17 | 212:7 | 215:21 | 218:17 |
| **6:18:58PM (1)** | **6:21:59PM (1)** | **6:25:54PM (1)** | **6:37:19PM (1)** | **6:40:52PM (1)** |
| 206:7 | 208:22 | 212:8 | 215:22 | 218:19 |
| **6:19:00PM (1)** | **6:22:05PM (1)** | **6:26:08PM (1)** | **6:37:30PM (1)** | **6:40:55PM (1)** |
| 206:8 | 208:24 | 212:13 | 215:24 | 218:21 |
| **6:19:01PM (1)** | **6:22:28PM (1)** | **6:26:15PM (1)** | **6:37:52PM (1)** | **6:41:00PM (1)** |
| 206:9 | 209:10 | 212:16 | 216:7 | 218:22 |
| **6:19:02PM (1)** | **6:22:31PM (3)** | **6:26:18PM (1)** | **6:37:56PM (1)** | **6:41:05PM (1)** |
| 206:10 | 209:12,13,14 | 212:17 | 216:9 | 218:24 |
| **6:19:06PM (1)** | **6:22:41PM (1)** | **6:26:22PM (1)** | **6:37:57PM (1)** | **6:41:06PM (1)** |
| 206:12 | 209:16 | 212:18 | 216:10 | 218:25 |
| **6:19:08PM (1)** | **6:22:42PM (1)** | **6:26:39PM (1)** | **6:37:59PM (1)** | **6:41:08PM (1)** |
| 206:13 | 209:17 | 212:21 | 216:11 | 219:2 |
| **6:19:13PM (1)** | **6:22:46PM (1)** | **6:26:41PM (1)** | **6:38:05PM (1)** | **6:41:10PM (1)** |
| 206:15 | 209:19 | 212:22 | 216:13 | 219:3 |
| **6:19:14PM (1)** | **6:22:47PM (1)** | **6:26:42PM (1)** | **6:38:07PM (1)** | **6:41:22PM (1)** |
| 206:16 | 209:20 | 212:23 | 216:15 | 219:5 |
| **6:19:24PM (1)** | **6:22:53PM (1)** | **6:27:28PM (1)** | **6:38:18PM (1)** | **6:41:25PM (1)** |
| 206:18 | 209:23 | 213:13 | 216:17 | 219:7 |
| **6:19:26PM (1)** | **6:22:54PM (1)** | **6:27:36PM (1)** | **6:38:19PM (2)** | **6:41:27PM (1)** |
| 206:19 | 209:24 | 213:17 | 216:18,22 | 219:8 |
| **6:19:32PM (1)** | **6:22:55PM (1)** | **6:27:37PM (1)** | **6:38:21PM (1)** | **6:41:36PM (1)** |
| 206:22 | 209:25 | 213:19 | 216:23 | 219:11 |
| **6:19:43PM (1)** | **6:22:58PM (1)** | **6:28:13PM (1)** | **6:38:27PM (1)** | **6:41:37PM (1)** |
| 207:2 | 210:3 | 214:7 | 217:3 | 219:12 |
| **6:20:00PM (1)** | **6:23:24PM (1)** | **6:28:19PM (1)** | **6:38:34PM (1)** | **6:41:40PM (1)** |
| 207:6 | 210:8 | 214:9 | 217:4 | 219:13 |
| **6:20:03PM (1)** | **6:23:37PM (1)** | **6:33:46PM (1)** | **6:38:46PM (1)** | **6:41:41PM (1)** |
| 207:7 | 210:11 | 214:11 | 217:7 | 219:14 |
| **6:20:14PM (1)** | **6:23:38PM (1)** | **6:33:48PM (2)** | **6:38:54PM (1)** | **6:41:43PM (1)** |
| 207:12 | 210:12 | 214:13,16 | 217:9 | 219:15 |
| **6:20:16PM (1)** | **6:23:45PM (1)** | **6:35:31PM (1)** | **6:39:03PM (2)** | **6:41:44PM (1)** |
| 207:13 | 210:15 | 214:17 | 217:12,13 | 219:16 |
| **6:20:18PM (1)** | **6:23:47PM (1)** | **6:36:24PM (2)** | **6:39:06PM (1)** | **6:41:46PM (1)** |
| 207:14 | 210:16 | 214:23,24 | 217:15 | 219:18 |
| **6:20:19PM (1)** | **6:23:58PM (1)** | **6:36:29PM (1)** | **6:39:11PM (1)** | **6:41:53PM (1)** |
| 207:15 | 210:21 | 214:25 | 217:16 | 219:19 |
| **6:20:22PM (1)** | **6:24:05PM (1)** | **6:36:30PM (1)** | **6:39:19PM (1)** | **6:42:00PM (2)** |
| 207:17 | 210:23 | 215:2 | 217:19 | 219:20,21 |
| **6:20:24PM (1)** | **6:24:10PM (1)** | **6:36:37PM (1)** | **6:39:32PM (1)** | **6:42:02PM (1)** |
| 207:18 | 210:25 | 215:6 | 217:22 | 219:22 |
| **6:20:26PM (1)** | **6:24:14PM (1)** | **6:36:40PM (1)** | **6:39:39PM (1)** | **6:42:03PM (1)** |
| 207:19 | 211:3 | 215:7 | 217:24 | 219:23 |
| **6:20:29PM (1)** | **6:24:31PM (1)** | **6:36:45PM (1)** | **6:39:40PM (1)** | **6:42:11PM (1)** |
| 207:20 | 211:8 | 215:8 | 217:25 | 219:24 |
| **6:20:34PM (1)** | **6:24:40PM (2)** | **6:36:47PM (1)** | **6:39:50PM (1)** | **6:42:22PM (1)** |
| 207:22 | 211:10,11 | 215:9 | 218:3 | 220:4 |
| **6:20:41PM (1)** | **6:24:51PM (1)** | **6:36:49PM (1)** | **6:39:53PM (1)** | **6:42:26PM (2)** |
| 207:24 | 211:14 | 215:10 | 218:4 | 220:6,7 |
| **6:20:45PM (1)** | **6:25:13PM (1)** | **6:37:01PM (1)** | **6:40:09PM (1)** | **6:42:30PM (1)** |
| 207:25 | 211:20 | 215:13 | 218:8 | 220:9 |
| **6:21:06PM (1)** | **6:25:14PM (1)** | **6:37:07PM (1)** | **6:40:16PM (1)** | **6:42:32PM (1)** |
| 208:5 | 211:21 | 215:16 | 218:10 | 220:10 |
| **6:21:23PM (1)** | **6:25:15PM (1)** | **6:37:11PM (1)** | **6:40:21PM (1)** | **6:42:35PM (1)** |
| 208:11 | 211:22 | 215:18 | 218:12 | 220:12 |
| **6:21:25PM (1)** | **6:25:33PM (1)** | **6:37:14PM (1)** | **6:40:43PM (1)** | **6:42:37PM (1)** |
| 208:12 | 211:24 | 215:20 | 218:14 | 220:13 |
| **6:21:45PM (1)** | **6:25:50PM (1)** | **6:37:16PM (1)** | **6:40:50PM (1)** | **6:42:39PM (1)** |

| | | | | |
|---|---|---|---|---|
| 220:14 | 222:19 | 225:8 | 227:18 | 232:2 |
| **6:42:45PM (1)** | **6:45:27PM (1)** | **6:48:57PM (1)** | **6:51:43PM (1)** | **6:56:16PM (2)** |
| 220:15 | 222:20 | 225:11 | 227:22 | 232:6,7 |
| **6:42:48PM (1)** | **6:45:32PM (1)** | **6:49:03PM (1)** | **6:52:05PM (1)** | **6:56:17PM (1)** |
| 220:16 | 222:22 | 225:13 | 228:4 | 232:8 |
| **6:42:49PM (1)** | **6:45:34PM (1)** | **6:49:06PM (1)** | **6:52:09PM (1)** | **6:56:23PM (1)** |
| 220:17 | 222:23 | 225:14 | 228:5 | 232:9 |
| **6:43:10PM (1)** | **6:45:42PM (1)** | **6:49:09PM (1)** | **6:52:20PM (1)** | **6:56:29PM (1)** |
| 220:19 | 222:24 | 225:15 | 228:10 | 232:12 |
| **6:43:12PM (1)** | **6:45:54PM (1)** | **6:49:21PM (1)** | **6:52:23PM (1)** | **6:56:31PM (1)** |
| 220:20 | 223:5 | 225:19 | 228:12 | 232:13 |
| **6:43:18PM (1)** | **6:46:08PM (1)** | **6:49:31PM (1)** | **6:52:24PM (1)** | **6:56:35PM (1)** |
| 220:22 | 223:8 | 225:21 | 228:13 | 232:14 |
| **6:43:20PM (1)** | **6:46:14PM (1)** | **6:49:40PM (1)** | **6:52:28PM (1)** | **6:56:59PM (1)** |
| 220:23 | 223:10 | 225:23 | 228:15 | 232:23 |
| **6:43:26PM (1)** | **6:46:19PM (1)** | **6:49:45PM (1)** | **6:52:31PM (1)** | **6:57:02PM (1)** |
| 221:2 | 223:13 | 225:25 | 228:16 | 233:2 |
| **6:43:28PM (1)** | **6:46:21PM (1)** | **6:49:55PM (1)** | **6:52:33PM (1)** | **6:57:04PM (1)** |
| 221:3 | 223:14 | 226:5 | 228:17 | 233:3 |
| **6:43:41PM (1)** | **6:46:23PM (1)** | **6:50 (1)** | **6:52:38PM (1)** | **6:57:12PM (1)** |
| 221:5 | 223:15 | 227:23 | 228:19 | 233:7 |
| **6:44:02PM (1)** | **6:46:24PM (1)** | **6:50:00PM (1)** | **6:52:43PM (1)** | **6:57:27PM (1)** |
| 221:10 | 223:16 | 226:7 | 228:20 | 233:9 |
| **6:44:12PM (2)** | **6:46:30PM (1)** | **6:50:03PM (1)** | **6:52:46PM (1)** | **6:57:30PM (1)** |
| 221:13,14 | 223:18 | 226:8 | 228:22 | 233:11 |
| **6:44:14PM (1)** | **6:46:45PM (1)** | **6:50:06PM (1)** | **6:53:12PM (1)** | **6:57:32PM (1)** |
| 221:15 | 223:19 | 226:10 | 229:6 | 233:12 |
| **6:44:15PM (1)** | **6:46:57PM (1)** | **6:50:07PM (1)** | **6:53:14PM (1)** | **6:57:33PM (2)** |
| 221:17 | 223:23 | 226:11 | 229:8 | 233:13,15 |
| **6:44:17PM (1)** | **6:47:11PM (1)** | **6:50:15PM (1)** | **6:53:15PM (1)** | **6:59:03PM (1)** |
| 221:19 | 224:2 | 226:14 | 229:9 | 233:16 |
| **6:44:24PM (1)** | **6:47:24PM (1)** | **6:50:20PM (1)** | **6:53:19PM (1)** | **6:59:12PM (1)** |
| 221:21 | 224:6 | 226:15 | 229:11 | 233:18 |
| **6:44:25PM (1)** | **6:47:25PM (1)** | **6:50:21PM (1)** | **6:53:35PM (1)** | **6:59:30PM (2)** |
| 221:22 | 224:7 | 226:17 | 229:14 | 233:23,24 |
| **6:44:26PM (1)** | **6:47:31PM (1)** | **6:50:22PM (1)** | **6:53:37PM (2)** | **6:59:33PM (1)** |
| 221:23 | 224:8 | 226:18 | 229:16,17 | 233:25 |
| **6:44:30PM (1)** | **6:47:37PM (1)** | **6:50:26PM (1)** | **6:53:54PM (1)** | **6:59:45PM (1)** |
| 221:25 | 224:11 | 226:19 | 229:22 | 234:5 |
| **6:44:31PM (1)** | **6:47:41PM (1)** | **6:50:33PM (1)** | **6:53:58PM (1)** | **6:59:49PM (1)** |
| 222:2 | 224:12 | 226:22 | 229:24 | 234:6 |
| **6:44:32PM (1)** | **6:48:05PM (1)** | **6:50:37PM (1)** | **6:55:05PM (1)** | **6:59:54PM (1)** |
| 222:3 | 224:15 | 226:24 | 230:23 | 234:7 |
| **6:44:37PM (1)** | **6:48:11PM (1)** | **6:50:56PM (1)** | **6:55:08PM (2)** | **63 (2)** |
| 222:4 | 224:16 | 227:4 | 231:2,3 | 208:18 292:15 |
| **6:44:49PM (1)** | **6:48:15PM (1)** | **6:51:03PM (1)** | **6:55:24PM (1)** | **67 (2)** |
| 222:8 | 224:18 | 227:7 | 231:7 | 292:17,18 |
| **6:44:52PM (1)** | **6:48:17PM (1)** | **6:51:08PM (1)** | **6:55:27PM (1)** | |
| 222:9 | 224:19 | 227:9 | 231:8 | **7** |
| **6:44:55PM (1)** | **6:48:30PM (1)** | **6:51:12PM (1)** | **6:55:42PM (2)** | **7 (4)** |
| 222:10 | 224:24 | 227:11 | 231:14,15 | 82:16,20,24 292:21 |
| **6:45:08PM (1)** | **6:48:33PM (1)** | **6:51:14PM (1)** | **6:55:44PM (1)** | **7:00:00PM (1)** |
| 222:14 | 224:25 | 227:12 | 231:16 | 234:9 |
| **6:45:13PM (1)** | **6:48:42PM (1)** | **6:51:16PM (1)** | **6:55:52PM (2)** | **7:00:04PM (1)** |
| 222:15 | 225:5 | 227:13 | 231:20,21 | 234:11 |
| **6:45:22PM (1)** | **6:48:43PM (2)** | **6:51:21PM (1)** | **6:56:05PM (1)** | **7:00:06PM (1)** |
| 222:18 | 225:6,7 | 227:16 | 231:25 | 234:12 |
| **6:45:26PM (1)** | **6:48:44PM (1)** | **6:51:33PM (1)** | **6:56:06PM (1)** | **7:00:15PM (1)** |

| | | | | |
|---|---|---|---|---|
| 234:15 | 236:24 | 240:3 | 242:25 | 245:12 |
| **7:00:21PM (1)** | **7:02:42PM (2)** | **7:05:19PM (1)** | **7:08:32PM (1)** | **7:12:17PM (1)** |
| 234:17 | 237:2,3 | 240:4 | 243:3 | 245:14 |
| **7:00:30PM (1)** | **7:02:45PM (1)** | **7:05:23PM (1)** | **7:08:34PM (1)** | **7:12:30PM (1)** |
| 234:19 | 237:4 | 240:6 | 243:4 | 245:15 |
| **7:00:36PM (1)** | **7:02:47PM (1)** | **7:05:24PM (1)** | **7:08:40PM (1)** | **7:12:38PM (1)** |
| 234:21 | 237:5 | 240:7 | 243:6 | 245:16 |
| **7:00:38PM (1)** | **7:02:50PM (2)** | **7:05:27PM (1)** | **7:08:43PM (1)** | **7:12:57PM (1)** |
| 234:22 | 237:6,7 | 240:8 | 243:7 | 245:20 |
| **7:00:39PM (1)** | **7:02:55PM (1)** | **7:05:30PM (1)** | **7:08:47PM (1)** | **7:13:02PM (1)** |
| 234:23 | 237:9 | 240:9 | 243:9 | 245:22 |
| **7:00:46PM (1)** | **7:02:59PM (1)** | **7:05:31PM (2)** | **7:08:59PM (1)** | **7:13:09PM (1)** |
| 234:25 | 237:11 | 240:10,11 | 243:13 | 245:25 |
| **7:00:48PM (1)** | **7:03:00PM (1)** | **7:05:34PM (1)** | **7:09:02PM (1)** | **7:13:11PM (1)** |
| 235:2 | 237:12 | 240:13 | 243:14 | 246:2 |
| **7:00:59PM (1)** | **7:03:15PM (1)** | **7:05:35PM (1)** | **7:09:14PM (1)** | **7:13:13PM (1)** |
| 235:5 | 237:18 | 240:14 | 243:16 | 246:3 |
| **7:01:07PM (1)** | **7:03:19PM (1)** | **7:05:50PM (1)** | **7:09:21PM (1)** | **7:13:15PM (2)** |
| 235:8 | 237:21 | 240:16 | 243:19 | 246:5,6 |
| **7:01:09PM (2)** | **7:03:24PM (1)** | **7:06:50PM (1)** | **7:09:28PM (1)** | **7:13:17PM (1)** |
| 235:9,10 | 237:23 | 241:8 | 243:20 | 246:7 |
| **7:01:14PM (1)** | **7:03:26PM (1)** | **7:06:52PM (1)** | **7:09:31PM (1)** | **7:13:27PM (1)** |
| 235:12 | 237:24 | 241:10 | 243:21 | 246:9 |
| **7:01:15PM (1)** | **7:03:31PM (1)** | **7:06:54PM (1)** | **7:09:39PM (1)** | **7:13:40PM (1)** |
| 235:13 | 238:2 | 241:11 | 243:24 | 246:13 |
| **7:01:23PM (1)** | **7:03:37PM (1)** | **7:06:58PM (1)** | **7:09:42PM (1)** | **7:13:43PM (1)** |
| 235:16 | 238:4 | 241:13 | 243:25 | 246:14 |
| **7:01:33PM (1)** | **7:03:42PM (1)** | **7:07:09PM (1)** | **7:09:54PM (1)** | **7:13:45PM (1)** |
| 235:19 | 238:7 | 241:18 | 244:2 | 246:16 |
| **7:01:47PM (1)** | **7:03:45PM (1)** | **7:07:12PM (1)** | **7:09:55PM (1)** | **7:13:56PM (1)** |
| 235:23 | 238:9 | 241:20 | 244:3 | 246:20 |
| **7:01:59PM (1)** | **7:03:51PM (1)** | **7:07:14PM (1)** | **7:10:15PM (1)** | **7:14:12PM (1)** |
| 236:3 | 238:12 | 241:21 | 244:7 | 246:23 |
| **7:02:03PM (1)** | **7:03:53PM (1)** | **7:07:23PM (1)** | **7:10:32PM (1)** | **7:14:17PM (1)** |
| 236:6 | 238:14 | 241:24 | 244:8 | 247:2 |
| **7:02:04PM (1)** | **7:04:05PM (1)** | **7:07:24PM (1)** | **7:10:41PM (2)** | **7:14:19PM (1)** |
| 236:7 | 238:20 | 241:25 | 244:12,13 | 247:3 |
| **7:02:07PM (1)** | **7:04:11PM (1)** | **7:07:28PM (1)** | **7:10:46PM (1)** | **7:14:29PM (2)** |
| 236:9 | 238:22 | 242:4 | 244:15 | 247:7,8 |
| **7:02:09PM (1)** | **7:04:15PM (1)** | **7:07:29PM (1)** | **7:10:58PM (1)** | **7:14:31PM (1)** |
| 236:10 | 239:2 | 242:5 | 244:17 | 247:9 |
| **7:02:12PM (2)** | **7:04:17PM (1)** | **7:07:31PM (2)** | **7:11:21PM (1)** | **7:14:34PM (1)** |
| 236:12,13 | 239:3 | 242:6,7 | 244:22 | 247:10 |
| **7:02:14PM (1)** | **7:04:20PM (1)** | **7:07:33PM (1)** | **7:11:22PM (1)** | **7:14:36PM (1)** |
| 236:14 | 239:5 | 242:9 | 244:23 | 247:11 |
| **7:02:18PM (1)** | **7:04:28PM (2)** | **7:07:35PM (1)** | **7:11:30PM (1)** | **7:14:47PM (2)** |
| 236:16 | 239:7 | 242:10 | 244:25 | 247:16,17 |
| **7:02:21PM (1)** | **7:04:30PM (1)** | **7:07:43PM (1)** | **7:11:35PM (1)** | **7:14:50PM (1)** |
| 236:18 | 239:8 | 242:12 | 245:2 | 247:19 |
| **7:02:22PM (1)** | **7:04:37PM (1)** | **7:07:47PM (1)** | **7:11:39PM (2)** | **7:14:56PM (1)** |
| 236:19 | 239:11 | 242:13 | 245:4,5 | 247:21 |
| **7:02:23PM (1)** | **7:04:49PM (1)** | **7:07:53PM (1)** | **7:11:45PM (1)** | **7:15 (1)** |
| 236:20 | 239:16 | 242:15 | 245:7 | 242:17 |
| **7:02:24PM (1)** | **7:05:07PM (1)** | **7:07:55PM (1)** | **7:11:52PM (1)** | **7:15:05PM (1)** |
| 236:21 | 239:24 | 242:16 | 245:8 | 247:25 |
| **7:02:32PM (1)** | **7:05:08PM (1)** | **7:08:21PM (1)** | **7:12:06PM (1)** | **7:15:06PM (1)** |
| 236:23 | 239:25 | 242:24 | 245:11 | 248:2 |
| **7:02:37PM (1)** | **7:05:13PM (1)** | **7:08:26PM (1)** | **7:12:16PM (1)** | **7:15:14PM (2)** |

| | | | | |
|---|---|---|---|---|
| 248:5,6 | 251:4 | 253:17 | 256:7 | 258:13 |
| **7:15:21PM (1)** | **7:18:53PM (1)** | **7:22:27PM (1)** | **7:25:27PM (1)** | **7:28:00PM (1)** |
| 248:9 | 251:5 | 253:19 | 256:8 | 258:15 |
| **7:15:26PM (1)** | **7:18:54PM (1)** | **7:22:34PM (1)** | **7:25:31PM (1)** | **7:28:11PM (1)** |
| 248:10 | 251:6 | 253:21 | 256:9 | 258:17 |
| **7:15:31PM (1)** | **7:19:01PM (1)** | **7:22:37PM (1)** | **7:25:32PM (1)** | **7:28:25PM (1)** |
| 248:12 | 251:8 | 253:22 | 256:10 | 258:21 |
| **7:15:40PM (1)** | **7:19:05PM (1)** | **7:22:41PM (1)** | **7:25:34PM (1)** | **7:28:28PM (1)** |
| 248:16 | 251:9 | 253:24 | 256:11 | 258:23 |
| **7:15:41PM (1)** | **7:19:08PM (1)** | **7:22:48PM (1)** | **7:25:35PM (1)** | **7:28:33PM (1)** |
| 248:17 | 251:10 | 254:3 | 256:12 | 258:25 |
| **7:15:46PM (1)** | **7:19:14PM (2)** | **7:22:50PM (1)** | **7:25:46PM (1)** | **7:28:42PM (1)** |
| 248:18 | 251:11,12 | 254:4 | 256:17 | 259:4 |
| **7:15:51PM (1)** | **7:19:16PM (1)** | **7:22:54PM (1)** | **7:25:55PM (1)** | **7:28:44PM (1)** |
| 248:21 | 251:13 | 254:6 | 256:18 | 259:5 |
| **7:15:53PM (1)** | **7:19:18PM (1)** | **7:22:55PM (1)** | **7:25:59PM (1)** | **7:28:52PM (1)** |
| 248:23 | 251:14 | 254:7 | 256:20 | 259:8 |
| **7:16:05PM (1)** | **7:19:19PM (1)** | **7:23:00PM (2)** | **7:26:01PM (1)** | **7:28:57PM (1)** |
| 249:5 | 251:15 | 254:9,10 | 256:21 | 259:9 |
| **7:16:25PM (1)** | **7:19:26PM (1)** | **7:23:02PM (1)** | **7:26:22PM (1)** | **7:29:15PM (1)** |
| 249:6 | 251:16 | 254:11 | 257:4 | 259:14 |
| **7:16:36PM (1)** | **7:19:48PM (1)** | **7:23:05PM (1)** | **7:26:27PM (1)** | **7:29:17PM (1)** |
| 249:10 | 251:20 | 254:12 | 257:6 | 259:15 |
| **7:16:39PM (1)** | **7:19:56PM (1)** | **7:23:18PM (1)** | **7:26:39PM (1)** | **7:29:19PM (1)** |
| 249:11 | 251:23 | 254:15 | 257:9 | 259:16 |
| **7:16:51PM (1)** | **7:19:58PM (1)** | **7:23:19PM (1)** | **7:26:43PM (1)** | **7:29:33PM (1)** |
| 249:15 | 251:24 | 254:16 | 257:11 | 259:20 |
| **7:16:56PM (1)** | **7:20:09PM (1)** | **7:23:23PM (1)** | **7:26:47PM (1)** | **7:29:34PM (1)** |
| 249:16 | 252:3 | 254:17 | 257:13 | 259:21 |
| **7:17:16PM (1)** | **7:20:25PM (1)** | **7:23:44PM (1)** | **7:26:52PM (1)** | **7:29:36PM (1)** |
| 249:21 | 252:6 | 254:20 | 257:14 | 259:22 |
| **7:17:18PM (1)** | **7:20:49PM (1)** | **7:23:46PM (1)** | **7:26:54PM (1)** | **7:29:37PM (1)** |
| 249:23 | 252:13 | 254:21 | 257:16 | 259:23 |
| **7:17:35PM (1)** | **7:21:20PM (1)** | **7:23:49PM (1)** | **7:26:59PM (1)** | **7:29:40PM (1)** |
| 250:4 | 252:14 | 254:22 | 257:18 | 259:25 |
| **7:17:36PM (1)** | **7:21:23PM (1)** | **7:23:51PM (1)** | **7:27:00PM (1)** | **7:29:43PM (1)** |
| 250:5 | 252:16 | 254:23 | 257:19 | 260:2 |
| **7:17:38PM (1)** | **7:21:31PM (1)** | **7:23:52PM (1)** | **7:27:03PM (1)** | **7:29:45PM (1)** |
| 250:7 | 252:19 | 254:24 | 257:21 | 260:3 |
| **7:17:42PM (1)** | **7:21:37PM (1)** | **7:24:02PM (2)** | **7:27:04PM (1)** | **7:29:49PM (1)** |
| 250:8 | 252:22 | 255:3,4 | 257:22 | 260:4 |
| **7:18:02PM (1)** | **7:21:46PM (1)** | **7:24:15PM (1)** | **7:27:05PM (1)** | **7:29:51PM (1)** |
| 250:11 | 253:2 | 255:9 | 257:23 | 260:5 |
| **7:18:08PM (1)** | **7:21:47PM (1)** | **7:24:23PM (1)** | **7:27:25PM (1)** | **7:29:54PM (2)** |
| 250:14 | 253:3 | 255:13 | 257:24 | 260:7,8 |
| **7:18:12PM (1)** | **7:21:59PM (1)** | **7:24:25PM (1)** | **7:27:32PM (1)** | **7:29:55PM (1)** |
| 250:16 | 253:6 | 255:14 | 258:3 | 260:9 |
| **7:18:13PM (1)** | **7:22:01PM (1)** | **7:24:38PM (1)** | **7:27:33PM (1)** | **7:30:00PM (1)** |
| 250:17 | 253:8 | 255:17 | 258:4 | 260:11 |
| **7:18:15PM (1)** | **7:22:02PM (1)** | **7:24:49PM (1)** | **7:27:43PM (1)** | **7:30:05PM (1)** |
| 250:18 | 253:9 | 255:18 | 258:5 | 260:13 |
| **7:18:31PM (1)** | **7:22:12PM (1)** | **7:25:02PM (1)** | **7:27:49PM (1)** | **7:30:07PM (1)** |
| 250:22 | 253:13 | 255:23 | 258:8 | 260:14 |
| **7:18:32PM (1)** | **7:22:16PM (1)** | **7:25:14PM (1)** | **7:27:51PM (1)** | **7:30:08PM (1)** |
| 250:23 | 253:15 | 256:3 | 258:10 | 260:15 |
| **7:18:36PM (1)** | **7:22:20PM (1)** | **7:25:20PM (1)** | **7:27:53PM (2)** | **7:30:10PM (1)** |
| 250:25 | 253:16 | 256:6 | 258:11,12 | 260:16 |
| **7:18:51PM (1)** | **7:22:22PM (1)** | **7:25:26PM (1)** | **7:27:56PM (1)** | **7:30:17PM (1)** |

| | | | | |
|---|---|---|---|---|
| 260:19 | 263:6 | 265:17 | 267:22 | 269:24 |
| **7:30:19PM (2)** | **7:32:42PM (1)** | **7:34:58PM (1)** | **7:36:58PM (1)** | **7:39:11PM (1)** |
| 260:20,21 | 263:7 | 265:19 | 267:25 | 270:2 |
| **7:30:21PM (1)** | **7:32:48PM (1)** | **7:35:01PM (1)** | **7:37:01PM (1)** | **7:39:16PM (1)** |
| 260:22 | 263:9 | 265:20 | 268:2 | 270:4 |
| **7:30:22PM (1)** | **7:32:55PM (1)** | **7:35:04PM (1)** | **7:37:02PM (1)** | **7:39:17PM (1)** |
| 260:23 | 263:12 | 265:22 | 268:3 | 270:5 |
| **7:30:23PM (1)** | **7:32:58PM (2)** | **7:35:07PM (1)** | **7:37:14PM (1)** | **7:39:23PM (2)** |
| 260:24 | 263:14,15 | 265:24 | 268:7 | 270:8,9 |
| **7:30:24PM (1)** | **7:33:03PM (1)** | **7:35:11PM (1)** | **7:37:27PM (1)** | **7:39:31PM (1)** |
| 260:25 | 263:17 | 265:25 | 268:8 | 270:12 |
| **7:30:26PM (1)** | **7:33:04PM (1)** | **7:35:13PM (1)** | **7:37:31PM (1)** | **7:39:37PM (1)** |
| 261:2 | 263:18 | 266:2 | 268:11 | 270:13 |
| **7:30:27PM (1)** | **7:33:10PM (1)** | **7:35:20PM (1)** | **7:37:33PM (1)** | **7:39:39PM (1)** |
| 261:3 | 263:20 | 266:5 | 268:12 | 270:14 |
| **7:30:47PM (1)** | **7:33:14PM (1)** | **7:35:23PM (1)** | **7:37:38PM (1)** | **7:39:40PM (1)** |
| 261:8 | 263:22 | 266:6 | 268:13 | 270:15 |
| **7:30:48PM (1)** | **7:33:19PM (1)** | **7:35:41PM (1)** | **7:37:48PM (1)** | **7:39:45PM (1)** |
| 261:9 | 263:24 | 266:9 | 268:16 | 270:16 |
| **7:30:55PM (2)** | **7:33:23PM (1)** | **7:35:44PM (1)** | **7:37:49PM (1)** | **7:39:48PM (1)** |
| 261:12,13 | 264:2 | 266:11 | 268:17 | 270:17 |
| **7:31:09PM (2)** | **7:33:25PM (2)** | **7:35:45PM (1)** | **7:37:51PM (1)** | **7:39:56PM (1)** |
| 261:17,18 | 264:4,5 | 266:12 | 268:18 | 270:20 |
| **7:31:14PM (1)** | **7:33:30PM (1)** | **7:35:47PM (1)** | **7:37:52PM (1)** | **7:40:01PM (1)** |
| 261:20 | 264:7 | 266:14 | 268:19 | 270:21 |
| **7:31:21PM (1)** | **7:33:37PM (1)** | **7:35:48PM (1)** | **7:37:59PM (1)** | **7:40:02PM (1)** |
| 261:21 | 264:9 | 266:16 | 268:21 | 270:22 |
| **7:31:27PM (1)** | **7:33:51PM (1)** | **7:36:02PM (1)** | **7:38:02PM (1)** | **7:40:04PM (1)** |
| 261:25 | 264:12 | 266:22 | 268:22 | 270:23 |
| **7:31:28PM (1)** | **7:34:02PM (1)** | **7:36:03PM (1)** | **7:38:05PM (1)** | **7:40:07PM (1)** |
| 262:2 | 264:16 | 266:23 | 268:24 | 270:25 |
| **7:31:36PM (1)** | **7:34:05PM (1)** | **7:36:04PM (1)** | **7:38:09PM (1)** | **7:40:12PM (1)** |
| 262:3 | 264:17 | 266:24 | 269:2 | 271:4 |
| **7:31:51PM (1)** | **7:34:06PM (2)** | **7:36:05PM (1)** | **7:38:15PM (1)** | **7:40:13PM (1)** |
| 262:9 | 264:18,19 | 266:25 | 269:4 | 271:5 |
| **7:31:52PM (1)** | **7:34:08PM (1)** | **7:36:06PM (1)** | **7:38:16PM (1)** | **7:40:15PM (1)** |
| 262:10 | 264:20 | 267:2 | 269:5 | 271:6 |
| **7:31:59PM (1)** | **7:34:10PM (1)** | **7:36:08PM (1)** | **7:38:31PM (1)** | **7:40:17PM (1)** |
| 262:12 | 264:21 | 267:3 | 269:7 | 271:7 |
| **7:32:01PM (1)** | **7:34:18PM (1)** | **7:36:14PM (1)** | **7:38:34PM (2)** | **7:40:22PM (1)** |
| 262:13 | 264:24 | 267:5 | 269:8,9 | 271:10 |
| **7:32:04PM (1)** | **7:34:20PM (1)** | **7:36:18PM (1)** | **7:38:37PM (1)** | **7:40:25PM (2)** |
| 262:14 | 264:25 | 267:6 | 269:11 | 271:12,13 |
| **7:32:06PM (1)** | **7:34:21PM (1)** | **7:36:20PM (1)** | **7:38:38PM (1)** | **7:40:28PM (1)** |
| 262:15 | 265:2 | 267:7 | 269:12 | 271:14 |
| **7:32:13PM (1)** | **7:34:30PM (1)** | **7:36:23PM (1)** | **7:38:39PM (1)** | **7:40:33PM (1)** |
| 262:19 | 265:5 | 267:8 | 269:13 | 271:16 |
| **7:32:16PM (1)** | **7:34:35PM (1)** | **7:36:34PM (1)** | **7:38:46PM (1)** | **7:40:37PM (1)** |
| 262:20 | 265:6 | 267:12 | 269:15 | 271:18 |
| **7:32:20PM (1)** | **7:34:38PM (1)** | **7:36:35PM (1)** | **7:38:48PM (1)** | **7:40:38PM (1)** |
| 262:22 | 265:8 | 267:13 | 269:16 | 271:19 |
| **7:32:29PM (1)** | **7:34:42PM (1)** | **7:36:48PM (1)** | **7:38:52PM (1)** | **7:40:41PM (1)** |
| 262:25 | 265:9 | 267:17 | 269:18 | 271:20 |
| **7:32:33PM (1)** | **7:34:43PM (1)** | **7:36:49PM (2)** | **7:38:59PM (1)** | **7:40:50PM (1)** |
| 263:2 | 265:10 | 267:18,19 | 269:22 | 271:21 |
| **7:32:38PM (1)** | **7:34:54PM (2)** | **7:36:51PM (2)** | **7:39:00PM (1)** | **7:40:57PM (1)** |
| 263:5 | 265:15,16 | 267:20,21 | 269:23 | 271:24 |
| **7:32:40PM (1)** | **7:34:56PM (1)** | **7:36:53PM (1)** | **7:39:01PM (1)** | **7:41:02PM (1)** |

272:2
**7:41:03PM (1)**
272:3
**7:41:06PM (1)**
272:5
**7:41:07PM (1)**
272:6
**7:41:18PM (1)**
272:9
**7:41:23PM (1)**
272:11
**7:41:26PM (1)**
272:12
**7:41:31PM (1)**
272:15
**7:41:32PM (1)**
272:16
**7:41:33PM (1)**
272:17
**7:41:35PM (2)**
272:18,19
**7:41:36PM (1)**
272:20
**7:41:37PM (1)**
272:21
**7:41:42PM (1)**
272:23
**7:41:46PM (1)**
272:25
**7:41:47PM (1)**
273:2
**7:41:53PM (1)**
273:4
**7:42:02PM (2)**
273:8,9
**7:42:03PM (1)**
273:10
**7:42:05PM (1)**
273:12
**7:42:06PM (1)**
273:13
**7:42:11PM (1)**
273:16
**7:42:14PM (1)**
273:17
**7:42:30PM (1)**
273:20
**7:42:31PM (1)**
273:21
**7:42:44PM (2)**
273:25 274:2
**7:42:56PM (1)**
274:5
**7:43:00PM (1)**
274:6
**7:43:07PM (1)**
274:7
**7:43:15PM (2)**

274:10,11
**7:43:17PM (1)**
274:12
**7:43:19PM (1)**
274:13
**7:43:20PM (1)**
274:14
**7:43:27PM (1)**
274:17
**7:43:28PM (1)**
274:18
**7:43:29PM (1)**
274:19
**7:43:32PM (1)**
274:21
**7:43:33PM (1)**
274:22
**7:43:34PM (1)**
274:23
**7:43:39PM (1)**
274:25
**7:43:46PM (1)**
275:4
**7:43:48PM (1)**
275:5
**7:43:57PM (1)**
275:6
**7:43:59PM (1)**
275:7
**7:44:03PM (1)**
275:9
**7:44:04PM (2)**
275:10,11
**7:44:08PM (1)**
275:13
**7:44:10PM (1)**
275:15
**7:44:14PM (1)**
275:16
**7:44:16PM (1)**
275:18
**7:44:19PM (1)**
275:19
**7:44:23PM (1)**
275:20
**7:44:26PM (1)**
275:22
**7:44:28PM (1)**
275:23
**7:44:56PM (1)**
275:24
**7:45:04PM (1)**
276:4
**7:45:06PM (1)**
276:6
**7:45:09PM (2)**
276:8,9
**7:45:12PM (1)**

276:11
**7:45:22PM (1)**
276:15
**7:45:23PM (1)**
276:16
**7:45:25PM (1)**
276:17
**7:45:31PM (1)**
276:19
**7:45:43PM (1)**
276:24
**7:45:49PM (1)**
276:25
**7:45:52PM (1)**
277:2
**7:45:55PM (1)**
277:3
**7:45:56PM (1)**
277:4
**7:45:57PM (1)**
277:5
**7:45:59PM (2)**
277:6,7
**7:46:01PM (1)**
277:8
**7:46:02PM (1)**
277:9
**7:46:07PM (1)**
277:10
**7:46:10PM (2)**
277:11,12
**7:46:11PM (1)**
277:13
**7:46:12PM (1)**
277:14
**7:46:13PM (2)**
277:15,16
**7:46:14PM (1)**
277:17
**7:46:23PM (2)**
277:21,22
**7:46:26PM (1)**
277:23
**7:46:30PM (1)**
277:25
**7:46:32PM (1)**
278:2
**7:46:47PM (1)**
278:7
**7:46:48PM (1)**
278:8
**7:46:53PM (1)**
278:10
**7:46:56PM (1)**
278:11
**7:46:58PM (1)**
278:12
**7:47:04PM (1)**

278:14
**7:47:05PM (1)**
278:15
**7:47:15PM (1)**
278:16
**7:47:20PM (1)**
278:18
**7:47:38PM (1)**
278:22
**7:47:41PM (1)**
278:23
**7:48:10PM (1)**
279:7
**7:48:14PM (2)**
279:9,10
**7:48:27PM (1)**
279:12
**7:48:30PM (1)**
279:14
**7:48:53PM (1)**
279:15
**7:49:03PM (1)**
279:19
**7:49:12PM (1)**
279:20
**7:49:14PM (1)**
279:21
**7:49:22PM (1)**
279:25
**7:49:28PM (1)**
280:2
**7:49:30PM (1)**
280:4
**7:49:32PM (1)**
280:6
**7:49:45PM (1)**
280:11
**7:49:55PM (1)**
280:15
**7:49:56PM (1)**
280:16
**7:49:58PM (1)**
280:17
**7:50:09PM (1)**
280:18
**7:50:12PM (1)**
280:20
**7:50:16PM (1)**
280:21
**7:50:17PM (1)**
280:22
**7:50:24PM (1)**
280:25
**7:50:27PM (1)**
281:2
**7:50:28PM (1)**
281:3
**7:50:32PM (2)**

281:4,5
**7:50:37PM (1)**
281:6
**7:50:49PM (1)**
281:7
**7:50:55PM (1)**
281:8
**7:50:58PM (1)**
281:9
**7:50:59PM (1)**
281:10
**7:51:00PM (1)**
281:11
**7:51:05PM (1)**
281:12
**7:51:14PM (1)**
281:15
**7:51:18PM (1)**
281:17
**7:51:20PM (1)**
281:19
**7:51:24PM (1)**
281:22
**7:51:29PM (1)**
281:23
**7:51:30PM (1)**
281:24
**7:51:36PM (2)**
282:3,4
**7:51:48PM (1)**
282:10
**7:51:49PM (1)**
282:11
**7:51:50PM (1)**
282:12
**7:52:00PM (1)**
282:14
**7:52:22PM (1)**
282:20
**7:52:24PM (1)**
282:21
**7:52:25PM (1)**
282:22
**7:52:36PM (1)**
283:2
**7:52:48PM (1)**
283:6
**7:52:50PM (1)**
283:7
**7:52:53PM (1)**
283:8
**7:52:55PM (1)**
283:9
**7:52:59PM (1)**
283:10
**7:53:09PM (1)**
283:14
**7:53:12PM (1)**

283:16
**7:53:13PM (1)**
283:17
**7:53:14PM (1)**
283:18
**7:53:20PM (1)**
283:21
**7:53:34PM (1)**
283:24
**7:54:02PM (1)**
284:8
**7:54:09PM (1)**
284:11
**7:54:10PM (2)**
284:12,13
**7:54:13PM (1)**
284:15
**7:54:14PM (1)**
284:16
**7:54:18PM (1)**
284:18
**7:54:19PM (1)**
284:19
**7:54:20PM (1)**
284:20
**7:54:41PM (1)**
284:25
**7:55:11PM (1)**
285:7
**7:55:32PM (1)**
285:10
**7:55:42PM (1)**
285:14
**7:55:49PM (1)**
285:16
**7:55:55PM (1)**
285:18
**7:55:57PM (1)**
285:19
**7:56:09PM (1)**
285:22
**7:56:16PM (1)**
285:25
**7:56:17PM (1)**
286:2
**7:56:25PM (1)**
286:5
**7:56:27PM (1)**
286:6
**7:56:34PM (1)**
286:10
**7:56:35PM (1)**
286:11
**7:56:39PM (1)**
286:12
**7:57:04PM (1)**
286:16
**7:57:20PM (1)**

286:23
**7:57:35PM (1)**
287:3
**7:57:40PM (1)**
287:5
**7:57:55PM (1)**
287:8
**7:58:01PM (1)**
287:9
**7:58:12PM (1)**
287:13
**7:58:14PM (1)**
287:14
**7:58:24PM (1)**
287:18
**7:58:27PM (1)**
287:19
**7:58:39PM (1)**
287:21
**7:58:53PM (1)**
287:24
**7:58:55PM (1)**
287:25
**7:58:58PM (1)**
288:3
**7:59:02PM (1)**
288:4
**7:59:06PM (1)**
288:6
**7:59:09PM (1)**
288:7
**7:59:19PM (1)**
288:9
**7:59:46PM (1)**
288:17
**7:59:51PM (1)**
288:19
**7:59:57PM (1)**
288:20
**73 (1)**
292:19

———————————
**8**
———————————

**8 (5)**
135:21 136:4,11
   292:4,23
**8:00 (3)**
42:15 191:3 242:21
**8:00:06PM (1)**
288:23
**8:00:23PM (1)**
289:3
**8:00:42PM (1)**
289:9
**8:00:55PM (1)**
289:14
**8:00:56PM (1)**
289:15

**8:00:58PM (1)**
289:16
**8:00:59PM (1)**
289:17
**8:01 (1)**
290:16
**8:01:12PM (1)**
289:21
**8:01:14PM (1)**
289:22
**8:01:15PM (1)**
289:23
**8:01:17PM (1)**
290:2
**8:01:18PM (1)**
290:3
**8:01:26PM (1)**
290:7
**8:01:30PM (1)**
290:8
**8:01:31PM (1)**
290:9
**8:01:35PM (1)**
290:11
**8:01:38PM (2)**
103:2 290:13
**8:01:40PM (1)**
290:14
**8:01:42PM (10)**
103:4 290:16,17,18
   290:19,19,20,20,21
   290:22
**8:30 (1)**
80:8
**82 (1)**
292:21
**85 (1)**
3:5

———————————
**9**
———————————

**9 (9)**
40:19,19,20 78:17
   134:9 138:4,8,14
   293:4
**9-to-5 (2)**
191:2 285:20
**9:00 (2)**
40:22 80:9
**925 (3)**
73:4,6 292:20
**926 (6)**
2:2,14 3:21 63:19,21
   292:16
**99 (2)**
154:9,13