Contains Confidential Portions

Page 1

1
2              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK
3
       -----------------------------------------X
4      EDWARD CARTER, FRANK FIORILLO,
       KEVIN LAMM, JOSEPH NOFI, and
5      THOMAS SNYDER,
                        Plaintiffs,
6
                  -against-             Index No. CV 07 1215
7
       INCORPORATED VILLAGE OF OCEAN
8      BEACH; MAYOR JOSEPH C.
       LOEFFLER, JR., individually
9      and in his official capacity;
       former mayor NATALIE K. ROGERS,
10     individually and in her
       official capacity, OCEAN BEACH
11     POLICE DEPARTMENT; ACTING
       DEPUTY POLICE CHIEF GEORGE B.
12     HESSE, individually and in his
       official capacity; SUFFOLK
13     COUNTY; SUFFOLK COUNTY POLICE
       DEPARTMENT OF CIVIL SERVICE;
14     and ALLISON SANCHEZ,
       individually and in her
15     official capacity,
                        Defendants.
16     -----------------------------------------X
17                VIDEOTAPED DEPOSITION
18                       OF
19                   GARY BOSETTI
20                New York, New York
21              Monday, February 23, 2009
22         **Contains Confidential Portions**
23
24     Reported by:
       ANNETTE ARLEQUIN, CSR, RPR
25     JOB NO. 20821

Contains Confidential Portions

Page 2

```
1
2
3
4              February 23, 2009
5              10:06 a.m.
6
7
8
9       Videotaped deposition of GARY
10   BOSETTI, held at the offices of THOMPSON
11   WIGDOR & GILLY, LLP, 85 Fifth Avenue, New
12   York, New York, before Annette Arlequin, a
13   Certified Court Reporter, a Registered
14   Professional Reporter and Notary Public of
15   the State of New York.
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 3

```
1
2    A P P E A R A N C E S:
3
4        THOMPSON WIGDOR & GILLY, LLP
5        Attorneys for the Plaintiffs
6            85 Fifth Avenue
7            New York, New York  10003
8        BY:  ANDREW GOODSTADT, ESQ.
9
10       MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
11       Attorneys for Defendant George B. Hesse
12           530 Saw Mill River Road
13           Elmsford, New York  10523
14       BY:  KEVIN W. CONNOLLY, ESQ.
15
16       RIVKIN RADLER, LLP
17       Attorneys for Defendants Incorporated Village of
18       Ocean Beach, Joseph Loeffler, Natalie Rogers and
19       Ocean Beach Police Department
20           926 RexCorp Plaza
21           Uniondale, New York  11556-0926
22       BY:  KENNETH A. NOVIKOFF, ESQ.
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 4

```
1
2    A P P E A R A N C E S (Cont'd.):
3
4        REYNOLDS, CARONIA, GIANELLI, HAGNEY & LA PINTA, LLP
5        Attorneys for the Gary Bosetti
6            35 Arkay Drive
7            Hauppauge, New York  11788
8        BY:  MICHAEL E. FEHRINGER, ESQ.
9
10   ALSO PRESENT:
11
12       SILVIO FACCHIN, CLVS
13       FRED FIORILLO
14       TOM SNYDER
15       KEVIN LAMM (Morning Session Only)
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 5

```
1
2        IT IS HEREBY STIPULATED AND AGREED by
3    and between the attorneys for the
4    respective parties herein, that filing and
5    sealing be and the same are hereby waived.
6        IT IS FURTHER STIPULATED AND AGREED
7    that all objections, except as to the form
8    of the question, shall be reserved to the
9    time of the trial.
10       IT IS FURTHER STIPULATED AND AGREED
11   that the within deposition may be sworn to
12   and signed before any officer authorized to
13   administer an oath, with the same force and
14   effect as if signed and sworn to before the
15   Court.
16
17              - o0o -
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 6

```
 1        * Proceedings *
 2        THE VIDEOGRAPHER:  This is the tape      10:06:04
 3   labeled No. 1 of the videotaped deposition    10:06:07
 4   of Gary Bosetti in the matter Edward          10:06:11
 5   Carter, et al. versus Incorporated Village    10:06:14
 6   of Ocean Beach, et al.                        10:06:16
 7        We're now going on the record.  The      10:06:17
 8   time is 10:06 a.m.                            10:06:19
 9        Would counsel please state their         10:06:21
10   appearances for the record.                   10:06:23
11        MR. GOODSTADT:  Andrew Goodstadt,        10:06:23
12   Thompson Wigdor & Gilly, on behalf of the     10:06:26
13   plaintiffs.                                   10:06:27
14        MR. NOVIKOFF:  Ken Novikoff, Rivkin      10:06:29
15   Radler, LLP, on behalf of all Village         10:06:31
16   defendants except George Hesse.               10:06:34
17        MR. CONNOLLY:  Kevin W. Connolly or      10:06:35
18   Marks, O'Neill, O'Brien & Courtney for        10:06:38
19   defendant Hesse.                              10:06:40
20        MR. FEHRINGER:  Michael Fehringer        10:06:40
21   from Reynolds, Caronia, Gianelli, Hagney      10:06:40
22   and La Pinta, 35 Arkay Drive, Hauppauge,      10:06:40
23   New York, for the non-party witness Gary      10:06:45
24   Bosetti.                                      10:06:48
25        THE VIDEOGRAPHER:  Will the court        10:06:48
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 7

```
 1        * Proceedings *
 2   reporter please swear in the witness.         10:06:50
 3        *   *   *                    10:06:50
 4   G A R Y   B O S E T T I, called as a witness, 10:06:52
 5        having been duly sworn by a Notary       10:06:52
 6        Public, was examined and testified as    10:06:52
 7        follows:                                 10:07:00
 8        MR. NOVIKOFF:  Regular stips?            10:07:00
 9        MR. GOODSTADT:  Regular stips.           10:07:02
10   Great.                                        10:07:03
11   EXAMINATION BY                                10:07:03
12   MR. GOODSTADT:                                10:07:03
13    Q.   Good morning, Mr. Bosetti.             10:07:03
14    A.   Good morning.                          10:07:04
15    Q.   My name is Andrew Goodstadt.  I'm an   10:07:05
16   attorney at the law firm of Thompson, Wigdor & 10:07:07
17   Gilly and our firm represents the five        10:07:09
18   plaintiffs in this action; Edward Carter, Tom 10:07:11
19   Snyder, Kevin Lamm, Frank Fiorilo and Joseph  10:07:16
20   Nofi.                                         10:07:21
21        Before we get started, I just wanted    10:07:21
22   to take a look at a document that's been marked 10:07:27
23   as G. Bosetti-1.                              10:07:29
24        (Plaintiffs' Exhibit G. Bosetti 1,      10:07:31
25   Subpoena, marked for identification, as of    10:07:31
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 8

```
 1             G. Bosetti
 2   this date.)                                   10:07:39
 3    Q.   It's a copy of a subpoena in this      10:07:39
 4   matter.                                       10:07:43
 5        Mr. Bosetti, have you ever seen the     10:07:44
 6   document that's been marked as G. Bosetti-1?  10:07:45
 7    A.   Yes.                                    10:07:48
 8    Q.   And this is a subpoena that was        10:07:50
 9   served on you?                                10:07:54
10    A.   Yes.                                    10:07:55
11    Q.   Was it, was it -- well, strike that.   10:07:55
12        How did you receive a copy of this?     10:07:57
13        Originally, not the one today.          10:08:01
14    A.   Originally?                            10:08:02
15    Q.   Yes.                                    10:08:03
16    A.   It was delivered.                      10:08:04
17    Q.   Hand delivered to you?                 10:08:05
18    A.   Yes.                                    10:08:06
19    Q.   And the --                             10:08:06
20        THE WITNESS:  You have to excuse me,    10:08:18
21   but I'm a smoker.                             10:08:20
22    Q.   And the address that's listed under    10:08:24
23   your name at the top left side of this, 156   10:08:26
24   Green Street, Franklin Square, New York, that's 10:08:31
25   your address?                                 10:08:33
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 9

```
 1             G. Bosetti
 2    A.   Yes.                                    10:08:34
 3    Q.   Okay.  Is that where you currently     10:08:34
 4   live?                                         10:08:35
 5    A.   Yes.                                    10:08:35
 6    Q.   How long have you lived at that        10:08:36
 7   address?                                      10:08:37
 8    A.   About 19 years.                        10:08:38
 9    Q.   And since 2004, January 1, 2004 to     10:08:41
10   the present, who has lived with you at that   10:08:51
11   address?                                      10:08:53
12    A.   2004.                                   10:08:54
13        MR. NOVIKOFF:  Note my objection.       10:08:58
14    Q.   You can answer.                        10:09:00
15    A.   I was married for a while, but from    10:09:02
16   2004 it might have been just me.  I'm not sure 10:09:05
17   of dates.                                     10:09:10
18    Q.   And other than for that address, have 10:09:13
19   you had any other addresses as your residence 10:09:17
20   since 2002 to the present?                    10:09:21
21        MR. NOVIKOFF:  Objection.               10:09:24
22    A.   No, sir.                                10:09:28
23    Q.   Have you ever used any address in      10:09:28
24   Ocean Beach as your residence?                10:09:31
25    A.   No.                                     10:09:33
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 10

```
1          G. Bosetti
2     Q.  And your brother is Richard Bosetti;   10:09:33
3  is that correct?                    10:09:33
4     A.  Yes, sir.                     10:09:46
5     Q.  Okay.  And he was deposed in this   10:09:46
6  case a couple weeks ago, correct?         10:09:48
7     A.  That's correct.               10:09:50
8     Q.  You're aware of that?          10:09:50
9     A.  Yes.                          10:09:52
10    Q.  Have you spoken with him at all about   10:09:52
11 his deposition?                      10:09:54
12    A.  No, sir, only that it was a long day.   10:09:55
13    Q.  That's all he said?            10:09:59
14    A.  Yes.  He didn't get into it.    10:10:01
15    Q.  He didn't tell you the substance of   10:10:02
16 any questions or issues that were raised during   10:10:04
17 his deposition?                      10:10:06
18    A.  No, sir.                      10:10:06
19    Q.  He didn't mention anything about   10:10:06
20 Elyse Miller during -- when you discussed his   10:10:08
21 deposition with him?                 10:10:11
22    A.  No, sir.                      10:10:12
23    Q.  How many times did you discuss his   10:10:14
24 deposition with him?                 10:10:16
25        MR. NOVIKOFF:  Objection.      10:10:19
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 11

```
1          G. Bosetti
2        The fact that he was going to take   10:10:20
3  the deposition?                     10:10:22
4        MR. GOODSTADT:  How many times has   10:10:23
5  he at all.  The fact of how many times did   10:10:24
6  Richard Bosetti discuss his own deposition   10:10:27
7  with Gary.                          10:10:30
8        MR. FEHRINGER:  I'm going to object.   10:10:31
9     A.  We discussed it when he was finished   10:10:35
10 after the two days.  He told me it was a long   10:10:39
11 day and that was it.  We didn't get into   10:10:42
12 details.                            10:10:45
13    Q.  Did you speak with him at all after   10:10:45
14 the first day?                      10:10:47
15        MR. NOVIKOFF:  Objection.       10:10:50
16        You mean on the first day.       10:10:51
17        MR. GOODSTADT:  Yeah, before coming   10:10:53
18 back the second day.                 10:10:54
19    Q.  Did you speak to him at all in   10:10:56
20 between his deposition on the first day and the   10:10:58
21 second day of his deposition?        10:11:00
22    A.  Just briefly.  See how it went.   10:11:01
23    Q.  And what did he say during that   10:11:03
24 conversation?                       10:11:07
25    A.  Everything went good.          10:11:07
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 12

```
1          G. Bosetti
2     Q.  And what did you say, if anything,   10:11:09
3  during that conversation?            10:11:11
4     A.  I said, "Good.  I'm glad."      10:11:12
5     Q.  Anything else discussed during that   10:11:15
6  conversation?                       10:11:17
7     A.  No, sir.                      10:11:17
8     Q.  Did you guys discuss Elyse Miller at   10:11:18
9  all during that conversation?        10:11:21
10    A.  No, sir.                      10:11:22
11    Q.  Her name wasn't raised at all?   10:11:22
12    A.  No.  Not that I can recall, no.   10:11:24
13    Q.  You understand that you're testifying   10:11:27
14 under oath today?                    10:11:31
15    A.  Yes, sir.                     10:11:32
16    Q.  And you're sworn to tell the truth.   10:11:32
17        You understand that?           10:11:34
18    A.  Yes, sir.                     10:11:34
19    Q.  And your failure to tell the truth   10:11:35
20 can result in some kind of criminal sanctions?   10:11:37
21        You understand that?           10:11:40
22    A.  Yes, sir.                     10:11:40
23    Q.  Have you testified under oath other   10:11:41
24 than for in your capacity as a police officer   10:11:43
25 during your normal duties in connection with   10:11:46
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 13

```
1          G. Bosetti
2  arrests that you've made?            10:11:50
3     A.  I'm sorry.  Can you say that again or   10:11:52
4  rephrase?                           10:11:54
5     Q.  Have you testified under oath in   10:11:55
6  any -- well, strike that.            10:11:58
7        Have you ever testified under oath?   10:11:59
8     A.  Yes.                          10:12:00
9     Q.  How many times?                10:12:02
10    A.  Geez, I don't recall.          10:12:03
11    Q.  Outside of testifying in criminal   10:12:07
12 court in connection with your ordinary duties as   10:12:12
13 a police officer, have you ever testified under   10:12:15
14 oath?                               10:12:18
15    A.  Geez, I don't think so.  I'm not   10:12:19
16 sure, but I don't think so.          10:12:26
17    Q.  Have you ever testified at a   10:12:28
18 deposition?                         10:12:29
19    A.  No.  No, sir.                  10:12:30
20    Q.  Have you testified at a trial?   10:12:33
21    A.  Criminal trial?                10:12:38
22    Q.  Outside -- all these questions are   10:12:39
23 outside of your scope as a police officer,   10:12:42
24 testifying in a criminal trial as a witness --   10:12:45
25    A.  I don't think so.              10:12:48
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 14

1        G. Bosetti
2      Q.   Have you ever been a party to a civil   10:12:49
3   action, a plaintiff or a defendant in a civil       10:12:51
4   action?                          10:12:54
5      A.   No, sir.                    10:12:54
6      Q.   Okay.  Since this is your first time   10:12:55
7   in a deposition, why don't we go over the ground   10:13:01
8   rules so everyone's on the same page so there's   10:13:04
9   no issues or questions later.              10:13:05
10        It's important that you give verbal    10:13:06
11   answers.  Your nods of the head, shakes of the    10:13:08
12   hands aren't going to be able to be recorded by   10:13:10
13   our court reporter.                   10:13:12
14        You understand that?            10:13:13
15      A.   Yes, sir.                    10:13:14
16      Q.   And similarly, because we're getting    10:13:14
17   a transcript of today's deposition, it's best if   10:13:17
18   we have question, answer, question, answer,        10:13:20
19   which means it's important I let you finish your   10:13:22
20   answers just as it's important you let me finish   10:13:25
21   my questions, okay?                  10:13:28
22      A.   Very good.                  10:13:29
23      Q.   If you don't hear or understand a       10:13:30
24   question that I ask, I just ask you to ask me to   10:13:33
25   repeat it or rephrase it, okay?            10:13:36

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 15

1        G. Bosetti
2      A.   Okay.                    10:13:38
3      Q.   If you don't hear or understand a       10:13:38
4   phrase or word that I use, again, just ask me to   10:13:41
5   repeat or rephrase.  I'll be happy to do so,       10:13:42
6   okay?                          10:13:45
7      A.   Very good.                  10:13:45
8      Q.   If you do answer a question, I'm       10:13:46
9   going to assume that you both heard my question    10:13:47
10   and understood it.                   10:13:51
11        Is that fair?                   10:13:52
12      A.   Yes.                     10:13:52
13      Q.   If at any point in time you feel like    10:13:53
14   you need to take a break or a recess, just let    10:13:58
15   me know.  I'll be happy to accommodate that,       10:14:00
16   okay?                          10:14:02
17      A.   Right.  Thank you.             10:14:02
18      Q.   The only thing I ask is if there's a    10:14:03
19   question pending, you answer the question and     10:14:06
20   then we take our break.                10:14:07
21        Is that okay?                  10:14:08
22      A.   Yes.                     10:14:09
23      Q.   Are you presently taking any          10:14:09
24   medications that you believe would affect your   10:14:13
25   ability to testify truthfully and fully today?   10:14:15

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 16

1        G. Bosetti
2      A.   No, sir.                    10:14:18
3      Q.   Are you presently under a doctor's      10:14:19
4   care for any illness that you think may affect    10:14:23
5   your ability to testify today?             10:14:25
6      A.   I'm taking some antidepressants right   10:14:27
7   now.                          10:14:32
8      Q.   Antidepressants?               10:14:32
9      A.   Yes.                     10:14:33
10      Q.   What antidepressants are you taking?    10:14:34
11      A.   Prozac.                   10:14:34
12      Q.   Do you think that anything in         10:14:37
13   connection with your ingestion of Prozac would   10:14:40
14   affect your ability to testify today?         10:14:43
15      A.   I hope not.                  10:14:45
16        MR. NOVIKOFF:  To testify today or       10:14:46
17   testify completely and truthfully?          10:14:48
18   That's --                        10:14:51
19      A.   Affect your ability to testify at all   10:14:51
20   today, whether it has to do with truthfulness or   10:14:53
21   anything else.                     10:14:56
22      A.   That's it.  I hope not.          10:14:56
23      Q.   How long have you been taking Prozac?   10:14:57
24      A.   A couple of years.             10:14:59
25      Q.   So it's not something that you just    10:15:03

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 17

1        G. Bosetti
2   were put on this week or last week?          10:15:04
3      A.   No.                      10:15:06
4      Q.   Has Prozac ever affected your memory?   10:15:07
5      A.   I don't know.                10:15:10
6      Q.   But you're not aware of any situation   10:15:18
7   in which Prozac affected your memory, are you?    10:15:20
8      A.   Again, I don't know.  I don't know.    10:15:23
9      Q.   Well, can you give me any examples of   10:15:26
10   where Prozac has affected your ability to        10:15:28
11   remember something?                  10:15:31
12        MR. NOVIKOFF:  Objection.          10:15:31
13      A.   No, just, you know, sometimes I have   10:15:33
14   a hard time recalling things, you know.        10:15:34
15      Q.   Because of the Prozac?           10:15:38
16      A.   I don't know.                10:15:40
17      Q.   Have you ever complained to your       10:15:44
18   doctor that you had memory loss due to your      10:15:46
19   Prozac?                         10:15:49
20      A.   No.                      10:15:49
21      Q.   Other than for Prozac, are you on any   10:15:52
22   other medications?                   10:15:55
23      A.   WelChol.                   10:15:56
24      Q.   What's it called?              10:16:00
25      A.   WelChol.                   10:16:01

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 18

```
                G. Bosetti
1
2    Q.   WelChol?  And what is that for?      10:16:02
3    A.   It's, what do you call that, for the   10:16:03
4  plaque in your -- for your arteries.        10:16:09
5    Q.   So it's something to reduce          10:16:13
6  cholesterol or --                           10:16:16
7    A.   Yes.                        10:16:17
8    Q.   How long you been on WelChol?       10:16:18
9    A.   About eight months, six months.      10:16:21
10   Q.   Has the WelChol affected your ability  10:16:25
11 to recall or remember anything?             10:16:29
12   A.   I'm going to say I don't recall, but   10:16:30
13 I don't know.  I really don't know.         10:16:34
14   Q.   Are there any instances that you     10:16:37
15 complained to your doctor --               10:16:39
16   A.   No.                         10:16:39
17   Q.   -- that WelChol is really bothering   10:16:39
18 my cognitive abilities, my memory?         10:16:41
19   A.   No, sir.                    10:16:45
20   Q.   Is there anything you can think of    10:16:46
21 that would affect your ability to testify fully  10:16:49
22 and truthfully today?                     10:16:52
23      MR. NOVIKOFF:  Objection.           10:16:54
24   A.   I certainly hope not, no.          10:16:56
25   Q.   You're represented by an attorney in  10:16:58
```

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 19

```
                G. Bosetti
1
2  connection with this deposition?            10:17:01
3    A.   Am I represented by an attorney?     10:17:03
4    Q.   In connection with this deposition.    10:17:04
5    A.   Yes.                        10:17:06
6    Q.   Okay.  And who is that?            10:17:06
7    A.   Mike.                       10:17:07
8    Q.   Mike is sitting right next to you?     10:17:10
9    A.   Yes.                        10:17:11
10      MR. GOODSTADT:  And just so the       10:17:12
11 record is clear, that's Michael Fehringer     10:17:13
12 that he's pointing to.                    10:17:15
13   Q.   Is that correct?                10:17:15
14   A.   That's correct.               10:17:15
15   Q.   When did you first learn that the     10:17:18
16 plaintiffs in this matter were making        10:17:22
17 allegations against Ocean Beach and others?   10:17:24
18      MR. NOVIKOFF:  Objection.           10:17:27
19   A.   How long has it been?  A year, two    10:17:36
20 years.                            10:17:38
21   Q.   How did you first learn about it?     10:17:38
22      MR. NOVIKOFF:  You're talking about    10:17:40
23 the complaint, the allegations in the        10:17:41
24 complaint as opposed to general            10:17:42
25 allegations.                         10:17:44
```

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 20

```
                G. Bosetti
1
2      MR. GOODSTADT:  Well, how about --    10:17:45
3      MR. NOVIKOFF:  That's what my        10:17:46
4  objection was.                        10:17:47
5      MR. GOODSTADT:  I will start after     10:17:48
6  the separation of their employment.         10:17:49
7  BY MR. GOODSTADT:                     10:17:49
8    Q.   When was the first time you learned   10:17:52
9  that there were allegations being raised by the  10:17:53
10 plaintiffs in this case?                  10:17:56
11   A.   That I don't know.  I don't know how  10:17:57
12 long it was.                         10:17:58
13   Q.   Well, how did you first learn that    10:17:59
14 they were raising allegations against Ocean    10:18:02
15 Beach and others?                     10:18:04
16   A.   I was informed at work but I don't    10:18:05
17 remember by who.                      10:18:08
18   Q.   Do you recall what was stated to you  10:18:09
19 when you were informed at work?           10:18:12
20   A.   That Lamm and Fiorillo, Snyder and   10:18:14
21 Carter and Nofi were suing the town.        10:18:24
22   Q.   At that point in time did you learn   10:18:33
23 what they were suing the town for?         10:18:35
24   A.   At that point, no.  I don't know.     10:18:38
25 I'm not sure.                        10:18:43
```

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 21

```
                G. Bosetti
1
2    Q.   Were you in the station at the time   10:18:44
3  that you --                         10:18:46
4    A.   I'm sorry?                    10:18:47
5    Q.   Were you in the police station at the  10:18:47
6  time you learned about it?                10:18:49
7    A.   I couldn't tell you for sure.  I      10:18:50
8  don't know.                         10:18:52
9    Q.   So sitting here today, you don't      10:18:52
10 recall where you were?                  10:18:54
11   A.   No.                         10:18:54
12   Q.   Do you recall what your reaction was  10:18:55
13 when you learned that they were suing the town?  10:19:00
14   A.   Yeah.  I couldn't believe it.       10:19:02
15   Q.   How come?                    10:19:05
16   A.   They're the ones who should be       10:19:05
17 getting sued in my opinion.               10:19:12
18   Q.   What do you mean by that?          10:19:12
19   A.   They were terrible police officers in  10:19:14
20 my opinion.  The way they did their         10:19:19
21 investigation was corrupt.                10:19:25
22   Q.   Anything else that you mean by       10:19:33
23 they're the ones that should be sued?        10:19:35
24   A.   Nah, it's that pretty much.         10:19:40
25   Q.   Who do you think they should be sued  10:19:41
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 22

```
1           G. Bosetti
2      by?                          10:19:45
3      A.   They should be sued by?      10:19:45
4      Q.   You said they're the ones that should   10:19:47
5  be sued.                          10:19:49
6      A.   Yeah.                     10:19:49
7      Q.   By whom?                   10:19:49
8      A.   By the people they were paid to     10:19:50
9  protect.                          10:19:54
10     Q.   Do you know whether they've been sued   10:19:56
11 by the people they've been paid to protect?   10:19:59
12     A.   Oh, I don't know.  That I don't know.   10:20:00
13     Q.   And you said their investigation was   10:20:01
14 corrupt.                          10:20:03
15          What did you mean by that?      10:20:03
16     A.   There was an incident that I was     10:20:05
17 personally involved with, the Halloween case,   10:20:07
18 where if you read the documents, you will see   10:20:11
19 how they questioned -- how they didn't question   10:20:14
20 anybody but the perps involved and by doing so,   10:20:18
21 you can sway the investigation any way you want.   10:20:24
22     Q.   Do you know whether they were ever   10:20:29
23 investigated by Internal Affairs for a purported   10:20:32
24 corrupt investigation?                 10:20:36
25     A.   That I don't know.           10:20:36
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 23

```
1           G. Bosetti
2      Q.   Did you ever make any complaints that   10:20:37
3  their investigation was corrupt?        10:20:38
4          MR. NOVIKOFF:  Note my objection.      10:20:43
5      A.   Yeah.                     10:20:46
6      Q.   To whom?                   10:20:47
7      A.   I remember stating it.  To who I'm     10:20:47
8  not sure, but I remember stating it, yeah.   10:20:50
9      Q.   Do you recall anybody specifically    10:20:51
10 that you stated it to?                 10:20:54
11     A.   No.                       10:20:55
12          I remember telling my brother, yeah,   10:20:58
13 and maybe a few other guys that were working,   10:21:00
14 but exactly who I don't know.           10:21:03
15     Q.   Did you ever tell anybody other than   10:21:04
16 for coworkers that you thought that anybody in   10:21:07
17 the police department other than for any other   10:21:12
18 police officers that you thought their      10:21:15
19 investigation was corrupt?              10:21:16
20     A.   No, I don't think so.          10:21:17
21     Q.   Did you ever tell Chief Paradiso?   10:21:18
22     A.   Hmm.  That's a possible.         10:21:23
23     Q.   You don't recall?              10:21:27
24     A.   I'm not sure.               10:21:28
25     Q.   Sitting here today you don't recall?   10:21:29
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 24

```
1           G. Bosetti
2      A.   I don't recall sitting here.      10:21:30
3      Q.   Did you ever tell Joe Loeffler, who   10:21:31
4  was a trustee at the time?             10:21:34
5      A.   I don't -- to be honest with you, I   10:21:36
6  don't think so.                     10:21:39
7      Q.   Did you ever tell Mayor Natalie     10:21:39
8  Rogers?                          10:21:42
9      A.   No.                       10:21:42
10     Q.   Did you ever go to a board of trustee   10:21:42
11 meeting and complain that the investigation was   10:21:44
12 purportedly corrupt?                 10:21:46
13     A.   No, sir.                    10:21:48
14     Q.   Did you ever go to the DA's office     10:21:48
15 and tell them that you thought the investigation   10:21:50
16 was corrupt?                       10:21:52
17     A.   No, sir.                    10:21:52
18     Q.   Did you ever go to the Suffolk County   10:21:53
19 Police Department and complain that you thought   10:21:55
20 their investigation was corrupt?        10:21:57
21     A.   No, sir.                    10:21:59
22     Q.   Did you ever ask Internal Affairs to   10:21:59
23 investigate whether their investigation was   10:22:02
24 corrupt?                          10:22:05
25     A.   No, sir.                    10:22:05
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 25

```
1           G. Bosetti
2      Q.   Have you ever seen a copy of the    10:22:07
3  complaint that was filed in this matter?   10:22:10
4      A.   No, sir.                    10:22:12
5      Q.   Have you ever spoken to or        10:22:13
6  communicated with George Hesse about the   10:22:19
7  allegations in this matter?             10:22:21
8      A.   No, sir.                    10:22:24
9      Q.   What is your understanding of what   10:22:25
10 the plaintiffs in this case are alleging?   10:22:27
11     A.   I'm sorry.                  10:22:29
12     Q.   What is your understanding of what   10:22:29
13 the plaintiffs in this case are alleging?   10:22:31
14          MR. NOVIKOFF:  Objection.        10:22:34
15     A.   That they were let go for no reason   10:22:39
16 whatsoever, I don't know.              10:22:43
17     Q.   That's your understanding what     10:22:46
18 they're claiming?                   10:22:49
19     A.   Yeah.                     10:22:51
20     Q.   How did you come to that         10:22:52
21 understanding?                      10:22:55
22     A.   Geez, I don't know.  I can't just --   10:22:56
23 I can't give you a specific on it.        10:23:05
24     Q.   Can you give me any generalities as   10:23:07
25 to how you came to that conclusion that you   10:23:09
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 26

```
1              G. Bosetti
2   think they're suing because they were let go for   10:23:12
3   no reason?                        10:23:15
4       A.   I don't know.  I really don't know   10:23:15
5   what reason they had.              10:23:24
6       Q.   When you say "what reason they had,"   10:23:27
7   what do you mean; what reason the beach had to   10:23:29
8   let them go or what reason the plaintiffs had   10:23:33
9   to --                             10:23:34
10      A.   The plaintiffs had to sue.    10:23:34
11      Q.   Have you ever spoken to George Hesse   10:23:36
12  about the fact that these plaintiffs have sued   10:23:38
13  the beach and others?              10:23:42
14      A.   Not in detail, no.          10:23:45
15      Q.   How about generally have you     10:23:47
16  discussed it with him?             10:23:50
17      A.   Just that they were suing the town.   10:23:51
18      Q.   You never discussed with George Hesse   10:23:55
19  what they were suing the town about?   10:23:58
20      A.   No, not really.  I really don't   10:23:59
21  remember where I've heard it the first time I   10:24:04
22  heard it.                         10:24:07
23      Q.   Did you ever discuss the merits of   10:24:08
24  their claim that they were let go for no reason   10:24:10
25  with George Hesse?                 10:24:14
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 27

```
1              G. Bosetti
2       A.   The merits?                10:24:15
3       Q.   Yeah.                      10:24:17
4       A.   There was no need to.  In my opinion   10:24:21
5   they should have been let go a long time ago.   10:24:22
6       Q.   The question was whether you ever   10:24:26
7   discussed the merits with George Hesse.   10:24:28
8           The answer is no?           10:24:30
9       A.   No.                        10:24:30
10      Q.   You ever discuss the merits with Joe   10:24:31
11  Loeffler, Jr.?                    10:24:31
12      A.   No.                        10:24:35
13          MR. NOVIKOFF:  That would be trustee   10:24:35
14  Loeffler, currently Mayor Loeffler.   10:24:38
15          THE WITNESS:  Currently mayor, right.   10:24:39
16  BY MR. GOODSTADT:                  10:24:39
17      Q.   When I say Joe Loeffler, unless I   10:24:40
18  reference the Joe Loeffler, Sr. who's the former   10:24:43
19  chief of police there, I'm referring to Joe   10:24:46
20  Loeffler, Jr. who is the current mayor, at the   10:24:49
21  time of Halloween was a trustee.    10:24:52
22          Did you ever discuss this case at all   10:24:52
23  with Joe Loeffler?                 10:24:54
24      A.   No, sir.                   10:24:54
25      Q.   Have you ever discussed -- have you   10:24:56
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 28

```
1              G. Bosetti
2   ever spoken with Natalie Rogers?    10:24:59
3       A.   About the case?            10:25:01
4       Q.   At all about anything.      10:25:02
5       A.   Yes.                       10:25:05
6       Q.   Have you ever discussed any of the   10:25:05
7   plaintiffs with Natalie Rogers?    10:25:08
8       A.   No.                        10:25:09
9       Q.   Did you ever discuss anything about   10:25:10
10  this case with Harry Bacon?        10:25:14
11      A.   No, no, no details.         10:25:18
12      Q.   Discuss it with him generally?   10:25:21
13      A.   Again, generally just that they were   10:25:23
14  suing the town.                   10:25:29
15      Q.   Did you ever discuss the merits of   10:25:31
16  their claim with Harry Bacon?      10:25:33
17      A.   Not that I can recall.      10:25:36
18      Q.   Is there anything that you can think   10:25:38
19  of that would refresh your recollection; any   10:25:40
20  notes you may have, a calendar, any emails you   10:25:42
21  may have?                         10:25:45
22      A.   No, sir.                   10:25:45
23      Q.   How about Pat Cherry?  Did you ever   10:25:47
24  discuss anything at all about the plaintiffs'   10:25:50
25  claims in this case with Pat Cherry?   10:25:53
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 29

```
1              G. Bosetti
2       A.   Pat Cherry?                10:25:53
3           MR. NOVIKOFF:  You just mean after   10:25:57
4   the complaint was filed has he discussed   10:25:59
5   with Pat Cherry.                  10:26:01
6           MR. GOODSTADT:  Well, since he   10:26:02
7   learned --                        10:26:03
8           MR. NOVIKOFF:  Because in theory he   10:26:03
9   could have been discussing the Halloween   10:26:05
10  incident with Pat prior to complaint.   10:26:06
11          MR. GOODSTADT:  We'll get to that   10:26:06
12  later.                            10:26:07
13          MR. FEHRINGER:  Right.  Okay.   10:26:07
14          MR. GOODSTADT:  We're talking about   10:26:07
15  since he learned that they were making   10:26:08
16  allegations against Ocean Beach and others.   10:26:10
17  BY MR. GOODSTADT:                  10:26:14
18      A.   No, not that I recall.      10:26:14
19      Q.   When was the last time you spoke with   10:26:16
20  Pat Cherry or had any communication with Pat   10:26:19
21  Cherry?                           10:26:21
22      A.   Wow.  Hmm.  It was some time ago but   10:26:21
23  I don't recall when.              10:26:29
24      Q.   What do you mean by "some time ago"?   10:26:31
25  Is it days, weeks, months, years?   10:26:33
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 30

```
1            G. Bosetti
2      A.  Maybe a year.                10:26:35
3      Q.  One year?                    10:26:39
4      A.  Yes.                         10:26:42
5      Q.  When was the last time you        10:26:43
6  communicated with George Hesse?          10:26:46
7      A.  Several days, a week ago.    10:26:51
8      Q.  Was that in person, over the phone,  10:26:54
9  by email?                            10:26:56
10     A.  Over the phone.              10:26:57
11     Q.  Did you call him or he call you?    10:26:58
12     A.  Actually I think I called him to   10:27:00
13 apologize because he was having a party, a   10:27:03
14 birthday party, and I couldn't make it.      10:27:07
15     Q.  He invited you to his birthday party?  10:27:10
16     A.  Yes.                         10:27:13
17     Q.  Did you discuss this case or anything  10:27:14
18 about this case with him at that time?       10:27:17
19     A.  No, sir.                     10:27:18
20     Q.  When was the last time you spoke to   10:27:18
21 George Hesse about any of the plaintiffs in this  10:27:20
22 case?                                10:27:22
23     A.  I don't recall.              10:27:22
24     Q.  Do you ever recall speaking to George  10:27:29
25 Hesse about any of the plaintiffs in this case?  10:27:31
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 31

```
1            G. Bosetti
2      MR. NOVIKOFF:  After he found out     10:27:33
3  about the allegations?               10:27:34
4      MR. GOODSTADT:  Yes.             10:27:36
5      A.  Yeah, but it was never -- not in   10:27:37
6  detail.                              10:27:44
7      Q.  What did you discuss with him?    10:27:45
8      A.  He said they were suing the town.  10:27:48
9          Like I said, I couldn't believe it.  10:27:53
10     Q.  So he told you they were suing the   10:27:56
11 town and you said, "I couldn't believe it"?   10:27:58
12     A.  Yeah.  Something to that effect, yes.  10:28:00
13     Q.  Do you recall anything else that was  10:28:03
14 discussed at any point in time since you learned  10:28:05
15 of the allegations that you discussed with      10:28:07
16 George Hesse about any of the plaintiffs in this  10:28:10
17 case?                                10:28:11
18     A.  Not that I can recall, sir.    10:28:12
19     Q.  Is there anything that would refresh  10:28:16
20 your recollection?  You guys ever emailed each   10:28:19
21 other?                               10:28:20
22     A.  No.                         10:28:21
23     Q.  You guys ever send each other any   10:28:21
24 communications in writing?           10:28:26
25     A.  No, sir.                     10:28:27
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 32

```
1            G. Bosetti
2      Q.  Have you ever emailed George Hesse?  10:28:27
3      A.  I don't think so.            10:28:31
4      Q.  Have you ever, other than for sitting  10:28:32
5  in this room, have you ever had any      10:28:39
6  communications with anybody at the Rivkin Radler  10:28:41
7  firm, which is Ken Novikoff's firm?      10:28:44
8      A.  No, sir.                     10:28:46
9      Q.  You ever speak to someone named     10:28:47
10 Michael Welsh?                       10:28:50
11     A.  No, sir.                     10:28:51
12     Q.  Have you ever spoken with, other than  10:28:53
13 for what you testified thus far, have you ever   10:28:59
14 had any communications or correspondence with   10:29:02
15 any other current or former employee at Ocean   10:29:03
16 Beach about the plaintiffs subsequent to finding  10:29:08
17 out that they've made some allegations?      10:29:10
18     A.  Current or former?  Not that I can   10:29:15
19 recall.                              10:29:18
20     Q.  Did you ever discuss the merits of   10:29:21
21 your understanding of the plaintiffs' claims    10:29:25
22 with your brother?                   10:29:27
23     A.  Can you rephrase that, please?   10:29:28
24     Q.  You testified that you understand   10:29:30
25 that the plaintiffs are claiming that they were  10:29:34
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 33

```
1        G. Bosetti - Confidential
2  fired for no reason, correct?           10:29:36
3      A.  Right.                       10:29:37
4      Q.  Have you ever discussed your belief  10:29:38
5  of the merits of that claim?            10:29:40
6          Do you understand what the word    10:29:42
7  merits is?                           10:29:44
8      A.  Yeah, just explain that to me though.  10:29:45
9      Q.  Okay.  Whether it's truthful or not.  10:29:47
10 Did you ever discuss that; whether their claims  10:29:51
11 that you understand the claims referring, did   10:29:54
12 you ever discuss the truthfulness of that with   10:29:58
13 your brother?                        10:29:59
14     A.  I'd have to say yeah, I believe we   10:30:00
15 did.                                 10:30:03
16     Q.  How many times?               10:30:04
17     A.  That I don't know.            10:30:04
18     Q.  Approximately how many times?    10:30:09
19     A.  A couple of times.  I don't remember.  10:30:10
20     Q.  What do you mean by a couple, two?   10:30:16
21     A.  Two is fine, yes.             10:30:18
22     Q.  And do you recall when the first time  10:30:20
23 you spoke with your brother about it was?       10:30:23
24     A.  No, sir.                     10:30:25
25     Q.  Do you recall the substance of your  10:30:26
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 34

```
 1         G. Bosetti
 2  first conversation with your brother?        10:30:28
 3     A.  No, sir.                    10:30:30
 4     Q.  Do you recall anything you discussed   10:30:31
 5  about the merits of the plaintiffs' claims with  10:30:32
 6  your brother at any time?            10:30:34
 7     A.  Just again that it was unbelievable.  10:30:38
 8  I couldn't believe it.              10:30:41
 9     Q.  Do you have a personal email address?  10:30:43
10     A.  Yes, sir.                 10:30:46
11     Q.  And what is that?             10:30:47
12     A.  Parker...                 10:30:48
13     Q.  P-a-r-k-e-r?                10:30:51
14     A.  Yes.                    10:30:52
15     ...0157.                   10:30:53
16     Q.  At?                     10:30:53
17     A.  Oh, I'm sorry.  ...@aol.         10:31:00
18     MR. FEHRINGER:  I'd like to make that  10:31:04
19  email address confidential, please?       10:31:05
20     MR. GOODSTADT:  That's fine.        10:31:07
21     Q.  Have you ever been arrested?      10:31:15
22     A.  No, sir.                  10:31:19
23     Q.  Have you ever been -- assuming you   10:31:19
24  haven't been convicted of any crime; is that   10:31:22
25  correct?                     10:31:22
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 35

```
 1         G. Bosetti
 2     A.  No, sir.               10:31:24
 3     Q.  You testified that you have been   10:31:25
 4  divorced; is that correct?           10:31:27
 5     A.  That's correct.           10:31:28
 6     Q.  And when were you divorced?      10:31:29
 7     A.  When?                10:31:31
 8     Q.  Yes.                 10:31:31
 9     A.  Oh, boy.  That had to be about -- I'm  10:31:36
10  not sure when the finalization came down.  It  10:31:45
11  had to be about eight years ago.  Maybe 2000,  10:31:47
12  2001?  Which I guess would answer your question  10:31:56
13  earlier that I was living alone in 2004.     10:31:59
14     Q.  And you were represented by John   10:32:02
15  Gianelli in that case?             10:32:06
16     A.  Yes.                 10:32:07
17     Q.  And since the divorce was final, did  10:32:09
18  your children live with you or with your former  10:32:16
19  wife?                    10:32:18
20     A.  We have joint custody.  Basically  10:32:18
21  staying with my former wife, but I had them --  10:32:23
22  there was no set times or dates, but right now  10:32:27
23  my son is living with me.           10:32:30
24     Q.  How old is your son?          10:32:32
25     A.  Fourteen.               10:32:33
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 36

```
 1         G. Bosetti
 2     Q.  His name is Ryan?            10:32:39
 3     A.  Yes, sir.                10:32:40
 4     Q.  And you testified before that you've  10:32:41
 5  never been a plaintiff or defendant in an    10:32:47
 6  action.                    10:32:49
 7        Weren't you the plaintiff in your   10:32:51
 8  divorce?                   10:32:52
 9     MR. NOVIKOFF:  Objection.         10:32:55
10     A.  Okay.  I forgot.  Yes, sir.      10:32:55
11     Q.  So then for your divorce, let's    10:32:59
12  revisit the question.              10:33:01
13        Have you ever been a plaintiff or a  10:33:02
14  defendant in any civil action?          10:33:03
15     A.  I was a plaintiff, yes, I was, in my  10:33:05
16  divorce.                   10:33:08
17     Q.  Just in your divorce?          10:33:10
18     A.  Yes.  As far as I can remember, yes.  10:33:11
19     Q.  What have you done, if anything, to  10:33:13
20  prepare for this deposition?          10:33:35
21     A.  I just tried to, you know, collect my  10:33:37
22  thoughts.                  10:33:44
23     Q.  Did you review any documents?     10:33:44
24     A.  I looked at them briefly.        10:33:46
25     Q.  What documents did you look at     10:33:48
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 37

```
 1         G. Bosetti
 2  briefly?                    10:33:50
 3     A.  The witness statements.         10:33:50
 4     Q.  What do you mean by "the witness    10:33:52
 5  statements"?                  10:33:54
 6     A.  For the Halloween incident.       10:33:54
 7     Q.  When did you look at them to prepare  10:34:00
 8  for this deposition?              10:34:02
 9     A.  Last night.               10:34:03
10     Q.  Which witness statements did you look  10:34:06
11  at?                      10:34:11
12     A.  Geez.  I read the accusations about  10:34:12
13  it, the police reports.  Basically what I had, I  10:34:23
14  just went through it.              10:34:38
15     Q.  And these are copies that you have in  10:34:39
16  your personal possession?           10:34:41
17     A.  Um-hmm.  Yes, sir.           10:34:44
18     Q.  When did you gain possession of those  10:34:45
19  documents?                  10:34:48
20     A.  When -- right after Shalik and Van   10:34:49
21  Koot were locked up.              10:35:01
22     Q.  So some point in 2004?         10:35:05
23     A.  Yes.                 10:35:09
24     Q.  How did you go about obtaining copies  10:35:10
25  of those documents?              10:35:13
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 38

```
                G. Bosetti
 1
 2        MR. NOVIKOFF:  Objection.          10:35:17
 3      A.  Well, I was the police officer     10:35:22
 4  involved.                              10:35:24
 5      Q.  I'm talking about how did you go   10:35:24
 6  about obtaining the ones that you kept    10:35:26
 7  personally?                            10:35:29
 8      A.  Geez, I don't recall how I, how I  10:35:30
 9  obtained them.                         10:35:34
10      Q.  Did you make copies of them yourself?  10:35:35
11      A.  That I don't remember.  I don't know.  10:35:37
12      Q.  Did you ask anyone for permission to  10:35:42
13  keep copies of those documents?        10:35:46
14        MR. NOVIKOFF:  Objection.        10:35:49
15      A.  No, sir.                        10:35:52
16      Q.  So you just took those without having  10:35:54
17  any permission from anyone at Ocean Beach?  10:35:58
18        MR. NOVIKOFF:  Objection.  No   10:35:59
19  foundation that any permission was needed.  10:36:00
20      A.  Yes, I guess so.               10:36:05
21      Q.  When you say you reviewed the    10:36:07
22  accusations about it, what were you referring  10:36:15
23  to?                                   10:36:17
24      A.  The reports that Snyder, Lamm and  10:36:24
25  Fiorillo took.                        10:36:29
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 39

```
                G. Bosetti
 1
 2      Q.  So the witness statements of Van   10:36:30
 3  Koot, Shalik and Tesoro?  Is that what you're  10:36:35
 4  referring to?                         10:36:38
 5      A.  Yes.                          10:36:39
 6      Q.  Any other accusations about it that  10:36:43
 7  you're referring to?                  10:36:46
 8      A.  No, sir.                       10:36:47
 9      Q.  You testified you reviewed the police  10:36:48
10  reports.                              10:36:51
11        What were you referring to by saying  10:36:51
12  "police reports."                     10:36:53
13      A.  Like I said, the reports that    10:36:54
14  Fiorillo and Lamm and Snyder took.     10:36:56
15      Q.  Did you review any other witness   10:36:59
16  statements?                           10:37:02
17      A.  No, not really.                10:37:06
18      Q.  Did you review your statement that  10:37:08
19  you gave in connection with the Halloween  10:37:10
20  incident?                             10:37:12
21      A.  Yes, I did.                    10:37:13
22      Q.  That was last night as well?     10:37:14
23      A.  Yes, sir.                      10:37:15
24      Q.  Did you review your brother's    10:37:16
25  statement that he gave in connection with the  10:37:18
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 40

```
                G. Bosetti
 1
 2  Halloween incident?                    10:37:20
 3      A.  No, sir.                       10:37:21
 4      Q.  Did you review any other witness   10:37:22
 5  statements that were taken in connection with  10:37:25
 6  the Halloween incident?                10:37:27
 7      A.  No, sir.                       10:37:28
 8      Q.  Do you have copies of those other  10:37:31
 9  witness statements at home?            10:37:33
10      A.  No, sir.                       10:37:34
11      Q.  Other than for reviewing those couple  10:37:35
12  of documents you testified to, have you done  10:37:47
13  anything else to prepare for today's deposition?  10:37:49
14      A.  I took a shower.               10:37:52
15      Q.  Anything else?                 10:37:54
16      A.  No, sir.                       10:37:55
17        MR. NOVIKOFF:  I always wonder when  10:37:59
18  someone is not going to answer that way.  10:38:02
19  You're the first one in years --       10:38:02
20        THE WITNESS:  Forgive me.  I     10:38:04
21  apologize.  I'm very sorry.            10:38:06
22  BY MR. GOODSTADT:                      10:38:07
23      Q.  Have you ever spoken to anybody at  10:38:07
24  the Marks, O'Neill law firm, which is where  10:38:11
25  Mr. Connolly represents George Hesse in this  10:38:13
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 41

```
                G. Bosetti
 1
 2  matter?                               10:38:15
 3      A.  No, sir.                       10:38:16
 4      Q.  Have you ever spoken to anyone from  10:38:16
 5  William Keehan's office about Ocean Beach?  10:38:20
 6      A.  No, sir.                       10:38:23
 7      Q.  Are you currently employed by Ocean  10:38:24
 8  Beach?                                10:38:33
 9      A.  No, sir.                       10:38:33
10      Q.  When did your employment with Ocean  10:38:34
11  Beach end?                            10:38:36
12      A.  It was -- I think it was February of  10:38:37
13  '08.                                  10:38:48
14      Q.  And why did it end?             10:38:53
15      A.  I resigned.                    10:38:55
16      Q.  Why did you resign?             10:38:57
17      A.  I was 49 at the time.  I was a cop  10:38:58
18  for 26 years and I figured it was time.  10:39:06
19      Q.  Did you tender any kind of       10:39:10
20  resignation letter or email or anything?  10:39:13
21      A.  I believe, I believe I wrote a   10:39:15
22  resignation letter.                   10:39:19
23      Q.  And who did you tender that to?   10:39:21
24      A.  I believe it was Chief Hesse.    10:39:24
25        MR. GOODSTADT:  I'd like to mark the  10:39:30
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 42

G. Bosetti

1  record to request a copy of the resignation  10:39:31
2  letter tendered by Mr. Bosetti that he  10:39:36
3  tendered to Chief Hesse.  10:39:39
4      MR. NOVIKOFF:  I think it's been  10:39:42
5  produced.  I recall seeing, and again, I  10:39:43
6  will look again to see if there's something  10:39:46
7  else, but I recall specifically, and it may  10:39:47
8  even be in my book, that there was a memo  10:39:49
9  from Mr. Bosetti saying "I hereby resign"  10:39:53
10  effective whatever date.  I think it was  10:39:56
11  turned over but I will check.  10:39:58
12      MR. GOODSTADT:  If you can check,  10:40:01
13  please.  10:40:03
14      MR. FEHRINGER:  Sure.  10:40:01
15      MR. GOODSTADT:  I just don't believe  10:40:01
16  I've seen it, so if it's there, let me know  10:40:07
17  what the Bates number is.  10:40:08
18      MR. NOVIKOFF:  It's all good.  10:40:09
19  BY MR. GOODSTADT:  10:40:10
20      Q.   Were you ever disciplined at all  10:40:11
21  during your employment at Ocean Beach?  10:40:12
22      MR. NOVIKOFF:  Objection.  10:40:15
23      A.   Not that I recall, no, sir.  10:40:17
24      Q.   Not verbally or in writing?  10:40:19

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 43

G. Bosetti

1      A.   Verbally?  Yes.  Yes.  10:40:21
2      Q.   Who were you disciplined by verbally?  10:40:31
3      A.   I believe it was Chief Paradiso.  10:40:34
4      Q.   On how many occasions?  10:40:38
5      A.   Once I think.  10:40:42
6      Q.   And what did he discipline you for  10:40:46
7  doing?  10:40:52
8      A.   Well, let me clear something up.  10:40:52
9      He did let me go after the Halloween  10:40:57
10  incident.  10:40:59
11      Q.   And that's the verbal discipline that  10:41:06
12  you testified to?  10:41:09
13      A.   Yes.  10:41:10
14      Q.   So other than for letting you go  10:41:11
15  after Halloween, did Paradiso verbally  10:41:13
16  discipline you on any other occasion?  10:41:15
17      A.   It was the file cabinet and the water  10:41:28
18  he got mad at us.  I think that's it.  10:41:31
19      Q.   Paradiso got mad at you for the file  10:41:35
20  cabinet and the water?  10:41:38
21      A.   Yes.  10:41:38
22      Q.   We'll get to that incident later, but  10:41:39
23  what discipline did he impose after the file  10:41:41
24  cabinet and the water incident?  10:41:44

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 44

G. Bosetti

1      A.   He was very -- just got mad, he  10:41:46
2  yells.  10:41:50
3      Q.   Do you recall what he said?  10:41:50
4      A.   No, sir.  10:41:54
5      Q.   Did he say anything about your  10:41:54
6  drinking?  10:41:56
7      MR. NOVIKOFF:  Objection.  10:41:57
8      A.   Not that I recall, no.  10:41:58
9      Q.   Paradiso ever discuss your drinking  10:42:00
10  with you?  10:42:02
11      A.   No.  No, sir.  10:42:03
12      Q.   So is it your testimony that at no  10:42:06
13  point in time did Paradiso ever raise your  10:42:11
14  drinking?  10:42:14
15      A.   Not that I can recall.  10:42:16
16      MR. NOVIKOFF:  Objection.  10:42:19
17      Q.   I believe you testified before about  10:42:23
18  the tenure that you've had as a police officer.  10:42:32
19      When did you first become a police  10:42:33
20  officer?  10:42:37
21      A.   January of 1982.  10:42:37
22      Q.   And what police department did you  10:42:39
23  become a police officer in 1982?  10:42:47
24      A.   New York City Police Department.  10:42:49

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 45

G. Bosetti

1      Q.   Had you passed or had you graduated  10:42:53
2  from the academy by that time in January of  10:42:56
3  1982?  10:42:59
4      A.   Yes.  10:43:02
5      Q.   When did you graduate the academy?  10:43:03
6      A.   Probably June or July of 1982.  10:43:09
7      Q.   Of '82?  10:43:13
8      A.   Yes.  10:43:14
9      Q.   So as of January '82 you hadn't  10:43:18
10  graduated yet, right?  10:43:20
11      A.   Well, January I took the oath to  10:43:21
12  become a police officer.  10:43:24
13      Q.   And then they sponsored you for the  10:43:25
14  academy?  Is that how it works?  10:43:28
15      A.   Sponsor?  10:43:28
16      Q.   How does it work?  10:43:29
17      You take the oath as a police officer  10:43:30
18  in January of 1982, you --  10:43:32
19      A.   You go into the police academy.  10:43:33
20      Q.   Then you go into the police academy?  10:43:35
21      A.   Yes.  10:43:38
22      Q.   So you were in the police academy  10:43:38
23  from January through June, July of '82?  10:43:40
24      A.   Approximately.  10:43:42

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 46

G. Bosetti

1
2     Q.    Other than for you -- well, strike        10:43:44
3  that.  Was your brother in the same academy      10:43:51
4  class?                                 10:43:53
5     A.    Yes.                          10:43:54
6     Q.    So other than for you and your          10:43:54
7  brother, were any other members from your class   10:43:57
8  in the academy, to your knowledge, ever been      10:44:00
9  employed at Ocean Beach?                   10:44:03
10    A.    From my academy?                  10:44:04
11    Q.    Yeah, from your academy class.        10:44:06
12    A.    I know Arnie Hardman was working      10:44:18
13 Ocean Beach.  I don't know if he was from my      10:44:26
14 class or not, so I'm not sure.              10:44:27
15    Q.    And other than for Hardman, who you    10:44:34
16 know worked in the city but you don't know if he  10:44:38
17 was in your class, and you and your brother,      10:44:40
18 were any other New York City police officers who  10:44:43
19 you're aware of that were hired or worked at the  10:44:46
20 Ocean Beach Police Department?              10:44:48
21    A.    From that class?                  10:44:50
22    A.    No, generally.  From the New York     10:44:53
23 City Police Department.                   10:44:58
24    A.    Yeah.  There was Bill Embry, I think   10:44:58
25 he was a former police, New York City police     10:45:01

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 47

G. Bosetti

1
2  officer.  Geez, I can't think of their names.    10:45:04
3  Richie, Joey, Tommy.  The last names just escape  10:45:13
4  me.  I'm sorry.                         10:45:29
5     Q.    So other than for you and your         10:45:30
6  brother, Hardman, Embry, Richie, Joey and Tommy,  10:45:33
7  are there any other New York City police          10:45:37
8  officers who you know have been hired by the      10:45:40
9  Ocean Beach Police Department?              10:45:42
10    A.    At this time that's all I can recall.  10:45:44
11    Q.    Referring to Richie Bettenhauser?     10:45:49
12    A.    Yes.                          10:45:52
13    Q.    Joe De Domenico?                  10:45:54
14    A.    Yes.                          10:45:56
15    Q.    Tommy Schorr?                     10:45:56
16    A.    Yes, sir.                      10:45:59
17    Q.    So those are the Richie, Joey and     10:46:00
18 Tommy that you referred to?                 10:46:03
19    A.    Yes, sir.                      10:46:04
20    Q.    Did you know Hardman when you worked   10:46:04
21 for the city?                          10:46:08
22    A.    Yes, sir.                      10:46:09
23    Q.    Did you ever work with him?           10:46:09
24    A.    Yes, I did.                    10:46:10
25    Q.    Are you guys in the same precinct.    10:46:11

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 48

G. Bosetti

1
2     A.    Same unit.                      10:46:14
3     Q.    What unit was that?               10:46:15
4     A.    We were both in the Emergency Service 10:46:16
5  Unit.                                 10:46:21
6     Q.    Did you ever work with him when you    10:46:23
7  guys were in the same unit?                10:46:27
8     A.    Yes.  There was a Medical Unit that   10:46:28
9  was part of the ESU Unit that I worked with him.  10:46:30
10    Q.    Did you ever go on a call with him    10:46:37
11 when you guys worked in the city together?        10:46:38
12    A.    Yes.                          10:46:40
13    Q.    How many times?                   10:46:42
14    A.    Our paths crossed several times      10:46:46
15 maybe.                                10:46:50
16    Q.    Was he ever your partner in the city? 10:46:51
17    A.    In the Medical Unit.  We never really 10:46:53
18 had steady partners but we worked together a few  10:46:56
19 times, quite a few times.                  10:46:59
20    Q.    How about Embry?  Did you ever work    10:47:01
21 with Embry while you were in the city?          10:47:03
22    A.    No, sir.                      10:47:04
23    Q.    Did you know Embry --             10:47:05
24    A.    No.                          10:47:05
25    Q.    -- when you were in the city?        10:47:06

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 49

G. Bosetti

1
2     A.    No.                          10:47:07
3     Q.    Did you know Richie Bettenhauser when 10:47:07
4  you were in the city?                    10:47:10
5     A.    No.                          10:47:10
6     Q.    Did you know Joe De Domenico when you 10:47:10
7  were in the city?                       10:47:13
8     A.    No.                          10:47:13
9     Q.    And did you know Tommy Schorr when    10:47:14
10 you were in the city?                    10:47:15
11    A.    No, sir.                      10:47:16
12    Q.    Did you ever work with your brother   10:47:16
13 in the city?                           10:47:17
14    A.    Once or twice.                   10:47:18
15    Q.    You guys ever in the same precinct?   10:47:22
16    A.    No, the same unit.               10:47:30
17    Q.    Same unit?  Same Emergency Services   10:47:32
18 Unit?                                 10:47:35
19    A.    Different trucks but same unit.      10:47:35
20    Q.    So let's sort of walk through how you 10:47:37
21 became a police officer in the city.           10:47:49
22          You were sworn in in January of 1982,  10:47:51
23 the day you went to the academy and graduated    10:47:57
24 June or July of 1982, correct?              10:47:59
25    A.    Correct.                      10:48:01

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 50

1              G. Bosetti
2      Q.   Did you take any other tests to      10:48:01
3  become a police officer?                  10:48:04
4      A.   I don't understand the question.      10:48:05
5      Q.   Did you have to take any tests that      10:48:12
6  were required by New York City Civil Service?      10:48:14
7          MR. NOVIKOFF:  Objection.          10:48:17
8      A.   As far as like a psychological,      10:48:21
9  medical, things along those lines?          10:48:24
10     Q.   Exactly.                       10:48:27
11     A.   Yes.                          10:48:28
12     Q.   What tests did you have to take in      10:48:29
13 connection with your employment as a New York      10:48:32
14 City police officer that were administered by about      10:48:35
15 through Civil Service?                  10:48:37
16         MR. NOVIKOFF:  Objection.          10:48:39
17     A.   Through Civil Service.  It was the      10:48:45
18 department.  We had to take the medical,      10:48:47
19 physical, psychological.  I think that's about      10:48:49
20 it.                                 10:48:55
21     Q.   Did they do a background check on      10:48:55
22 you?                                10:48:57
23     A.   Of course, sure.                10:48:57
24     Q.   Did you have to take a polygraph?      10:48:58
25     A.   No, not for the city.            10:49:05

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 51

1              G. Bosetti
2      Q.   Not for the city?                10:49:07
3      A.   No.                          10:49:09
4      Q.   Did you take the medical, physical,      10:49:09
5  psychological and background checks, were those      10:49:15
6  done prior to you actually being on the force?      10:49:18
7      A.   I believe they were supposed to be,      10:49:25
8  but it was a very big class so the investigation      10:49:28
9  might have continued through the time we were in      10:49:31
10 the academy.                         10:49:35
11     Q.   What was your understanding as to why      10:49:36
12 they were supposed to have been done prior to      10:49:40
13 being on the force?                    10:49:42
14     A.   I just thought that's the way they      10:49:43
15 would do it.  I don't know.              10:49:51
16     Q.   Did someone ever tell you that or did      10:49:52
17 you read that somewhere?                  10:49:55
18     A.   No, no.                       10:49:56
19     Q.   How did you learn of those          10:49:57
20 requirements?                        10:50:00
21     A.   How did I learn?                10:50:01
22     Q.   Yes.                         10:50:04
23     A.   The requirements?                10:50:05
24     Q.   The requirements that you had to take      10:50:07
25 those tests.                         10:50:08

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 52

1              G. Bosetti
2      A.   When you applied for the job.      10:50:09
3      Q.   It's on the application?          10:50:11
4      A.   That I don't recall.             10:50:12
5      Q.   Someone told you about it when you      10:50:15
6  applied for the job?                   10:50:18
7      A.   Exactly how, I really can't say.  I      10:50:19
8  don't remember.  It's just something you had to      10:50:22
9  do.                                10:50:25
10     Q.   But you were informed at some point      10:50:25
11 prior to being on the force that you had to take      10:50:27
12 those tests?                         10:50:29
13     A.   I think it was just common knowledge.      10:50:30
14     Q.   Do you know what the purpose of the      10:50:41
15 psychological test is?                  10:50:43
16         MR. NOVIKOFF:  Objection.          10:50:46
17     A.   What is the purpose?              10:50:46
18     Q.   Yeah.                        10:50:48
19     A.   To see if you're psychologically fit.      10:50:48
20     Q.   You think that's important to know      10:50:51
21 for a police officer?                  10:50:53
22     A.   Yes.                         10:50:56
23         MR. NOVIKOFF:  Objection.          10:50:56
24     Q.   Do you know what the purpose of the      10:50:57
25 physical was for?                     10:51:00

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 53

1              G. Bosetti
2          MR. NOVIKOFF:  Objection.          10:51:01
3      A.   Yes.                         10:51:01
4      Q.   And what's the purpose?           10:51:02
5          MR. NOVIKOFF:  Objection.          10:51:03
6      A.   So you're capable of carrying out      10:51:05
7  your duties as a police officer.           10:51:07
8      Q.   You think it's important to know that      10:51:09
9  prior to somebody being on the force?       10:51:11
10     A.   It's important that you're always in      10:51:16
11 good physical condition but for any job.      10:51:18
12     Q.   Do you know what the purpose of      10:51:23
13 requiring a medical examination is?        10:51:27
14         MR. NOVIKOFF:  Objection.          10:51:29
15     A.   That you're in good health.        10:51:31
16     Q.   You think that's important for a      10:51:33
17 police officer?                       10:51:37
18         MR. NOVIKOFF:  Objection.          10:51:37
19     A.   I would think, yes.              10:51:38
20     Q.   Do you know what the purpose of the      10:51:39
21 background check is?                    10:51:42
22         MR. NOVIKOFF:  Objection.          10:51:43
23     A.   Yes.                         10:51:45
24     Q.   And what was the purpose of the      10:51:46
25 background check?                      10:51:47

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 54

G. Bosetti

1
2     MR. NOVIKOFF:  Objection.          10:51:50
3     A.   To see if you were a fit person to     10:51:50
4  become a police officer.              10:51:54
5     Q.   Again, do you think it's important to   10:51:55
6  know somebody is a fit person to become a police  10:51:58
7  officer?                    10:52:02
8     MR. NOVIKOFF:  Objection.          10:52:02
9     A.   Yes.                  10:52:03
10    Q.   Did you have to pass any Civil        10:52:03
11 Service exams prior to taking the job as a     10:52:06
12 police officer, meaning a written exam?      10:52:09
13    MR. NOVIKOFF:  Objection.          10:52:11
14    A.   There was the test to become a police  10:52:12
15 officer, yes.                  10:52:13
16    Q.   Was it a written test?           10:52:14
17    A.   I believe it was, yes.          10:52:15
18    Q.   Is that through Civil Service or is    10:52:18
19 that from the department, if there's a       10:52:20
20 distinction?                   10:52:22
21    A.   Geez, honestly I don't know.       10:52:22
22    Q.   Did you need to obtain any kind of    10:52:25
23 firearm or pistol license?            10:52:31
24    A.   You obtained it through the        10:52:33
25 department.                   10:52:35

Contains Confidential Portions

Page 55

G. Bosetti

1
2     Q.   What precincts were you assigned to   10:52:39
3  as a police officer in New York City?       10:52:41
4     A.   The 79, the 77, the 90, ESU Truck 7,   10:52:43
5  ESU Truck 9 and the Medical Unit.         10:52:56
6     Q.   Do you think it's important to know   10:53:03
7  that police officer that you're working with    10:53:12
8  went through the same tests that you did.     10:53:14
9     MR. NOVIKOFF:  Objection.          10:53:15
10    A.   Was it important to know?         10:53:16
11    Q.   Yes.                  10:53:22
12    A.   Everybody had to do it.         10:53:22
13    Q.   Do you think it's important to know   10:53:23
14 that the person that you're partnered with also  10:53:24
15 went through those tests to make sure they were  10:53:27
16 physically fit, psychologically fit, medically   10:53:30
17 fit, had background check, was fit to become a   10:53:33
18 police officer?                 10:53:37
19    MR. NOVIKOFF:  Objection.          10:53:37
20    A.   I would think so, yes.          10:53:38
21    Q.   Where is the 79?             10:53:40
22    A.   Bed-Stuyvesant.             10:53:45
23    Q.   Was that the first precinct you     10:53:49
24 were --                     10:53:51
25    A.   Assigned to.              10:53:51

Contains Confidential Portions

Page 56

G. Bosetti

1
2     Q.   -- assigned to?             10:53:52
3        How long were you in Bed-Stuy for?    10:53:54
4     A.   I covered the 79 and the 77 for about  10:53:56
5  six to eight months I guess.  That was my     10:54:04
6  training, those two precincts.          10:54:07
7     Q.   Where is the 77?             10:54:08
8     A.   I think that's Brownsville.        10:54:10
9     Q.   So between the 79 and the 77 you were  10:54:14
10 there for six to eight months?          10:54:17
11    A.   Yes.                  10:54:18
12    Q.   And where is the 90?           10:54:19
13    A.   Williamsburg.              10:54:20
14    Q.   How long were you assigned to       10:54:22
15 Williamsburg for?                10:54:24
16    A.   Approximately three to four years.    10:54:25
17    Q.   How did it come about that that's    10:54:31
18 where you were assigned to?  Is it something    10:54:35
19 that you request or you just get randomly     10:54:37
20 selected?                    10:54:39
21    A.   Orders come down.            10:54:39
22    Q.   And where were you assigned after the  10:54:41
23 Williamsburg 90 Precinct?             10:54:48
24    A.   After that I went to Truck 7, ESU     10:54:50
25 Truck 7, East New York.              10:54:54

Contains Confidential Portions

Page 57

G. Bosetti

1
2     Q.   How long were you assigned to ESU    10:54:56
3  Truck 7?                    10:55:02
4     A.   Eight to nine years.           10:55:02
5     Q.   Was that out of a precinct in East    10:55:10
6  New York or is there an Emergency Services Unit  10:55:17
7  that's separate from the police precinct?     10:55:19
8     A.   Well, it's separate but it's       10:55:21
9  basically the same building.           10:55:24
10    Q.   As which precinct?            10:55:25
11    A.   Seven five.               10:55:27
12    MR. NOVIKOFF:  Seven five?          10:55:29
13    THE WITNESS:  Seven five, yes.        10:55:30
14    Q.   Did your brother work at the 75 at    10:55:33
15 that time?                   10:55:40
16    A.   No.                  10:55:40
17    Q.   And when were you assigned to the ESU  10:55:41
18 Truck 9?                    10:55:53
19    A.   Oh, boy.  I don't remember.  I was    10:55:54
20 injured so I worked in the office for a while.   10:55:56
21 I really don't remember.             10:56:02
22    Q.   Injured on the job?           10:56:05
23    A.   Yes.                  10:56:06
24    Q.   How were you injured?          10:56:07
25    A.   Actually moving a trailer, I ripped   10:56:09

Contains Confidential Portions

Page 58

1          G. Bosetti
2    up my rotator cuff.                    10:56:14
3       Q.   Just so I get the time line, so you    10:56:20
4    were in Truck -- assigned to Truck 7 for eight    10:56:25
5    to nine years, then you tore your rotator cuff    10:56:28
6    and had office duty?                   10:56:31
7       A.   Yeah, for about a year.         10:56:32
8       Q.   And then after a year you were    10:56:34
9    assigned to the ESU Truck 9?            10:56:35
10      A.   Yes.                          10:56:39
11      Q.   And where is ESU Truck 9 out of?    10:56:40
12      A.   The 113.                      10:56:42
13      Q.   Which is where?                10:56:46
14      A.   Geez, I'm not sure.  Rosedale I    10:56:47
15   think.                                10:56:52
16      Q.   Rosedale?                     10:56:52
17      A.   Yes.                          10:56:53
18      Q.   How long were you in ESU Truck 9?    10:56:53
19      A.   Maybe a year.                  10:56:57
20      Q.   When you were working at ESU Truck 7    10:57:06
21   which had the same building as the 75 Precinct,    10:57:19
22   did you work with Michael Dowd at all?    10:57:23
23      A.   Yes.                          10:57:25
24      Q.   Did I work with him or do I know him?    10:57:27
25      Q.   Well, why don't we start with do you    10:57:29

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 59

1          G. Bosetti
2    know him.                             10:57:31
3       A.   Do I know him.                 10:57:31
4       Q.   Yes.                          10:57:31
5       A.   I know of him, yes.            10:57:33
6       Q.   Did he work there at the same time    10:57:34
7    that you were assigned to Truck 7?      10:57:36
8       A.   I don't think so, no.  I don't know.    10:57:38
9       Q.   Who is Michael Dowd?           10:57:40
10      A.   One of the most corrupt cops in the    10:57:42
11   City of New York.  A dirtbag.           10:57:45
12      Q.   You never went on a call with him?    10:57:48
13      A.   No.                           10:57:49
14      MR. GOODSTADT:  Something funny about    10:57:56
15   that?                                 10:57:57
16      MR. NOVIKOFF:  I think that question    10:57:58
17   is a joke.                            10:57:59
18      MR. GOODSTADT:  How come?           10:57:59
19      MR. NOVIKOFF:  That's why I laughed.    10:58:00
20   The fact that you're trying --           10:58:02
21      MR. GOODSTADT:  I'm not trying to do    10:58:04
22   anything.                             10:58:06
23      MR. NOVIKOFF:  You are.  You're      10:58:06
24   trying to somehow besmirch this decorated    10:58:06
25   police officer by bringing up a corrupt cop    10:58:09

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 60

1          G. Bosetti
2    that worked in his precinct to somehow make    10:58:12
3    a link that while he worked at Ocean Beach    10:58:14
4    he was corrupt.                        10:58:16
5       MR. GOODSTADT:  I'm just seeing if    10:58:18
6    there was a link between the two.  That's    10:58:19
7    it. I didn't make any link.  That's why I    10:58:22
8    asked the question.                    10:58:23
9       MR. NOVIKOFF:  You asked me what I    10:58:23
10   was laughing about and that's why I was    10:58:24
11   laughing.                             10:58:26
12      MR. GOODSTADT:  Okay.  Just asking    10:58:26
13   whether he knew him.  He doesn't know    10:58:29
14   him --                                10:58:30
15      MR. NOVIKOFF:  You can do better than    10:58:33
16   that.                                 10:58:34
17   BY MR. GOODSTADT:                      10:58:35
18      Q.   While you were employed by the --    10:58:35
19      MR. NOVIKOFF:  Did you have a good    10:58:37
20   faith basis to believe that he did work for    10:58:38
21   Michael Dowd or that he was involved in any    10:58:40
22   of the corruption involving Michael Dowd?    10:58:42
23   Because if you don't have a good       10:58:44
24   faith belief, then I don't see the point of    10:58:45
25   asking the question.                   10:58:47

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 61

1          G. Bosetti
2       MR. GOODSTADT:  I never asked him    10:58:47
3    whether he was involved in any corruption    10:58:48
4    because he had said he never worked with    10:58:50
5    him or knew him.                       10:58:51
6       My good faith basis to ask whether he    10:58:52
7    knew him or worked with him was the fact    10:58:53
8    they both worked at the same precinct, so    10:58:55
9    that's a pretty good faith basis.       10:58:58
10   BY MR. GOODSTADT:                      10:59:02
11      Q.   While you were employed by the New    10:59:03
12   York City Police Department, did you work any    10:59:05
13   other jobs?                           10:59:06
14      A.   No.  Not that I can recall, no.    10:59:12
15      Q.   You never worked security anywhere or    10:59:15
16   as a bouncer or anything like that?     10:59:17
17      A.   As a bouncer, no, no.  Never a    10:59:18
18   bouncer, no.                          10:59:20
19      Q.   Did you ever work security anywhere?    10:59:21
20      A.   I'm trying to recall if -- I think it    10:59:23
21   was after I retired but I really don't remember.    10:59:26
22   In fact I think no.                    10:59:30
23      Q.   Were you ever disciplined by the New    10:59:34
24   York City Police Department?            10:59:44
25      MR. NOVIKOFF:  Objection.            10:59:44

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 62

```
1         G. Bosetti
2      A.   Disciplined?  Not that I can recall,   10:59:49
3  no.                                10:59:51
4      Q.   Did you ever receive any verbal or     10:59:51
5  written discipline while you were an employee at  10:59:54
6  the New York City Police Department?            10:59:57
7         MR. NOVIKOFF:  Objection to form.
8      A.   I mean everybody gets some kind of      11:00:02
9  verbal, you know.                     11:00:04
10     What circumstances, I don't recall.    11:00:08
11     Q.   So sitting here today, your testimony  11:00:12
12  is that you've gotten -- you believe you got     11:00:15
13  verbally disciplined but you don't recall what    11:00:17
14  it was for?                       11:00:19
15        MR. NOVIKOFF:  Objection.       11:00:20
16     A.   That's -- I don't know how to answer  11:00:23
17  that.  I don't know how to answer that question.  11:00:30
18     Q.   Well, what about it don't you know    11:00:33
19  how to answer?                    11:00:35
20     A.   Rephrase it for me.          11:00:35
21     Q.   Okay.  Sure.               11:00:36
22     You testified that everybody gets     11:00:37
23  disciplined at some point, correct?          11:00:38
24        MR. NOVIKOFF:  Objection.  His    11:00:40
25  testimony is what it is.             11:00:42
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 63

```
1         G. Bosetti
2  BY MR. GOODSTADT:                   11:00:44
3      Q.   Is that correct?            11:00:44
4      A.   What do you mean by disciplined?    11:00:47
5         MR. NOVIKOFF:  Thank you.       11:00:49
6      Q.   Well, I asked you if you received any  11:00:50
7  verbal discipline and you said everybody        11:00:52
8  receives verbal discipline, correct?          11:00:54
9         MR. NOVIKOFF:  I object.        11:00:57
10        MR. CONNOLLY:  You need to establish  11:00:58
11  the two of you have the same understanding.     11:00:59
12        MR. NOVIKOFF:  Yeah.  That was even   11:01:01
13  my form objection.  When you use the word       11:01:02
14  "discipline," it's very broad.  It could       11:01:04
15  mean you threw coffee on a wall and...         11:01:06
16  BY MR. GOODSTADT:                   11:01:08
17     Q.   Do you know what the word          11:01:08
18  "discipline" means?                 11:01:09
19     A.   I know what the word "discipline"     11:01:11
20  means.                         11:01:11
21     Q.   What's your understanding of the word  11:01:12
22  "discipline"?                     11:01:14
23     A.   There's many definitions of it what  11:01:15
24  is your definition of it.             11:01:18
25     Q.   When I say the word "discipline,"    11:01:20
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 64

```
1         G. Bosetti
2  what do you think of when I say the word       11:01:22
3  "discipline"?                     11:01:24
4      A.   I was scolded for bringing the RMP    11:01:25
5  back without enough gas in it.            11:01:31
6      Q.   And when you say "scolded," what do   11:01:40
7  you mean by that?                   11:01:43
8      A.   I should have filled up the tank.    11:01:43
9      Q.   Did somebody yell at you?  Did       11:01:45
10  somebody write you up for it?             11:01:48
11     A.   No, nobody wrote me up for it.      11:01:49
12     Q.   So somebody told you that you should  11:01:51
13  have filled up the truck?             11:01:53
14     A.   Yeah.                   11:01:54
15     Q.   A superior officer told you that?    11:01:55
16     A.   Yes.                    11:01:56
17     Q.   Okay.  Were you ever -- using that   11:01:57
18  understanding as discipline, were you ever       11:02:02
19  disciplined on any other occasion?          11:02:04
20     A.   Not that I can recall.         11:02:06
21     Q.   Did you ever receive any written     11:02:07
22  discipline from the New York City Police        11:02:11
23  Department?                       11:02:14
24        MR. NOVIKOFF:  Objection.       11:02:14
25     A.   Not that I can recall, no.        11:02:15
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 65

```
1         G. Bosetti
2      Q.   Were there ever any claims or charges  11:02:16
3  brought against you when you were employed by     11:02:20
4  the New York City Police Department?          11:02:22
5         MR. NOVIKOFF:  Objection to form.    11:02:23
6      A.   Not that I can recall.         11:02:25
7      Q.   Were you ever investigated by        11:02:26
8  Internal Affairs?                   11:02:28
9      A.   No, sir.                 11:02:29
10     Q.   So after you were assigned to the ESU  11:02:30
11  Truck 9, what was your next assignment from the   11:02:42
12  New York Police Department?              11:02:45
13     A.   ESU Medical Unit.             11:02:46
14     Q.   What does that mean?          11:02:48
15     A.   It's a unit where we take care of    11:02:49
16  injured police officers, retired cops.         11:02:54
17     Q.   Where were you stationed or assigned  11:03:02
18  when you were in the ESU Medical Unit?         11:03:06
19     A.   Astoria.                 11:03:09
20     Q.   How long were you there for?        11:03:11
21     A.   Oh, boy.  Approximately eight years I  11:03:12
22  would think.                      11:03:19
23     Q.   Was Hani Khattat part of that unit?   11:03:21
24     A.   I'm sorry?                11:03:21
25     Q.   Was Hani Khattat part of that unit?   11:03:21
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 66

```
1            G. Bosetti
2     A.  Oh, yes, yes.              11:03:26
3     Q.  A police officer?          11:03:30
4     A.  I forgot to mention him, yes. He    11:03:31
5  also worked in Ocean Beach.       11:03:33
6     Q.  Did you work with Mr. Khattat when   11:03:34
7  you were in that unit?           11:03:37
8     A.  Occasionally.  We didn't have set    11:03:39
9  partners.                        11:03:43
10    Q.  Are you friends with Mr. Khattat?    11:03:47
11    A.  We don't hang out together if that's  11:03:51
12 what you're asking, but we know each other.  11:03:55
13    Q.  Did you get along well when you guys  11:03:58
14 worked in the ESU Medical Unit together?    11:04:01
15    A.  Yes.                       11:04:02
16    Q.  Were you assigned anywhere else after  11:04:03
17 of ESU Medical Unit?             11:04:12
18    A.  The World Trade Center hit and then I  11:04:18
19 was assigned to Floyd Bennett Field for a while,  11:04:22
20 and I retired out of there.       11:04:27
21    Q.  What's Floyd Bennett Field?    11:04:34
22    A.  It's where we do our training and    11:04:35
23 have our equipment.              11:04:39
24    Q.  What were you doing there?     11:04:42
25    A.  I was working in the office and I was  11:04:43
```

TSG Reporting - Worldwide    (877) 702-9580

Contains Confidential Portions

Page 67

```
1            G. Bosetti
2  retiring.                        11:04:48
3     Q.  So when you were in the ESU Medical  11:04:49
4  Unit, were you actually going out on calls or  11:04:55
5  were you treating injured or retired police  11:04:57
6  officers back at the hospital or the station or  11:05:00
7  whatever medical facility you were at?  11:05:02
8     A.  We were treating injured and retired  11:05:03
9  police officers.                 11:05:05
10    Q.  So you didn't go out on any calls?   11:05:06
11    A.  No.                        11:05:08
12    Q.  And same thing at Floyd Bennett    11:05:13
13 Field?                           11:05:19
14    A.  Yes.                       11:05:19
15    Q.  You just do office work or was there  11:05:19
16 any active police work other for the office  11:05:21
17 work?                            11:05:24
18    A.  No.  At that time it was, you know,  11:05:24
19 it was the Trade Center was the focus so...  11:05:28
20    Q.  And when did you retire?      11:05:32
21    A.  January of '02.             11:05:33
22    Q.  Did you retire voluntarily?    11:05:43
23    A.  Yes.                       11:05:45
24    Q.  With a full pension?         11:05:48
25    A.  Yes.                       11:05:51
```

TSG Reporting - Worldwide    (877) 702-9580

Contains Confidential Portions

Page 68

```
1            G. Bosetti
2     Q.  And after you retired, did you have  11:05:51
3  any police credentials other than for as a    11:05:57
4  retired police officer?          11:06:00
5        MR. NOVIKOFF: Objection.     11:06:02
6     A.  After I retired?            11:06:03
7     Q.  After you retired from the New York  11:06:04
8  City Police Department, did you have any police  11:06:08
9  credentials?                     11:06:09
10    A.  I don't understand the question.    11:06:10
11    Q.  Meaning were you a civilian after you  11:06:12
12 retired from the police department?   11:06:16
13       MR. NOVIKOFF: Objection.     11:06:17
14    Q.  Did you have a job outside of being a  11:06:19
15 civilian?                        11:06:21
16       MR. NOVIKOFF: Objection.     11:06:22
17    A.  When I retired from the NYPD?    11:06:23
18    Q.  Yes.                       11:06:32
19    A.  I don't recall what I did.  I think I  11:06:32
20 went, after a couple of months I went into Ocean  11:06:39
21 Beach.                           11:06:42
22    Q.  So between the time you retired from  11:06:43
23 the NYPD and go into Ocean Beach, were you a    11:06:48
24 civilian?                        11:06:50
25       MR. NOVIKOFF: Objection.     11:06:51
```

TSG Reporting - Worldwide    (877) 702-9580

Contains Confidential Portions

Page 69

```
1            G. Bosetti
2     A.  Yes.                       11:06:52
3     Q.  When were you hired for Ocean Beach  11:06:56
4  Police Department?               11:07:10
5     A.  I'm not sure if it was April.    11:07:14
6  Approximately April of 2002.       11:07:20
7     Q.  And how did you go about learning    11:07:26
8  that there was an opening there?   11:07:28
9     A.  Hani.                      11:07:30
10    A.  Hani Khattat?               11:07:33
11    A.  Yes.                       11:07:35
12    Q.  And how did he alert you to the    11:07:38
13 opening?                         11:07:40
14    A.  I don't know if he called me up and  11:07:41
15 told me.                         11:07:45
16    Q.  Had he been working there already?  11:07:47
17    A.  Who was that?               11:07:49
18    Q.  Mr. Khattat at the time that he    11:07:50
19 called you.                      11:07:52
20    A.  Was he working there?         11:07:52
21    Q.  Yes.                       11:07:52
22    A.  No.                        11:07:54
23    Q.  Do you recall what he told you when  11:07:54
24 you learned that there was an opening?    11:08:00
25    A.  No, I don't recall our conversation.  11:08:01
```

TSG Reporting - Worldwide    (877) 702-9580

Contains Confidential Portions

Page 70

```
1              G. Bosetti
2      Q.   Did you know any cops in Ocean Beach   11:08:05
3   at that time?                      11:08:08
4      A.   No, sir.                    11:08:11
5      Q.   Did you go about applying for that   11:08:13
6   position?                          11:08:18
7      A.   I had an interview, yes.       11:08:19
8      Q.   So tell me how you first contacted   11:08:22
9   Ocean Beach to let them know that you were   11:08:25
10  interested in the position that Mr. Khattat told   11:08:27
11  you about?                         11:08:29
12     A.   Oh, boy.  I'm not sure if it was a   11:08:30
13  phone call or what happened, but I went down and   11:08:33
14  spoke to Chief Paradiso.            11:08:38
15     Q.   Was it something you had scheduled or   11:08:44
16  you just went down there?           11:08:47
17     A.   I believe there was a, now I'm   11:08:48
18  thinking about it, a meeting in the spring where   11:08:51
19  they would hire police officers for the season.   11:08:54
20     Q.   Do you know how Hani Khattat knew   11:09:01
21  there was an opening there if he wasn't working   11:09:05
22  there?                             11:09:07
23     A.   That I don't know.           11:09:07
24     Q.   Did he work at any fire departments   11:09:08
25  out on the island?                 11:09:11
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 71

```
1              G. Bosetti
2      A.   I don't know.  He might have.    11:09:12
3      Q.   But you're not aware one way or the   11:09:17
4   other?                             11:09:19
5      A.   I don't want to say for sure.  I   11:09:19
6   think he did.  I think he was a volly but I'm   11:09:21
7   not sure.                          11:09:23
8      Q.   Did you say "volly"?          11:09:24
9      A.   Volunteer.                  11:09:27
10     Q.   Do you know what department he was a   11:09:28
11  volunteer for?                     11:09:29
12     A.   No.                         11:09:30
13     Q.   Do you know whether he worked at East   11:09:30
14  Islip Fire Department?             11:09:34
15     A.   I have no idea.              11:09:34
16     Q.   How did you learn that there was a   11:09:35
17  meeting in the spring of 2002?       11:09:41
18     A.   Again, I don't know if Hani told me   11:09:43
19  or we called up and got it from the chief.  I   11:09:48
20  don't recall.                      11:09:50
21     Q.   What do you mean when you say "we   11:09:50
22  called up"?  Who called up?         11:09:52
23     A.   Myself and my brother both went down   11:09:54
24  at the same time.                  11:09:58
25     Q.   So you went to this meeting in the   11:09:58
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 72

```
1              G. Bosetti
2   spring; is that correct?            11:10:01
3      A.   Yes, sir.                   11:10:04
4      Q.   And you had an interview you       11:10:05
5   testified to?                      11:10:12
6      A.   I'm sorry --                11:10:12
7      Q.   You testified that you had an      11:10:12
8   interview with the chief; is that correct?   11:10:13
9          MR. NOVIKOFF:  Objection.       11:10:14
10     A.   I believe so, yeah.          11:10:15
11     Q.   And the chief was Edward Paradiso at   11:10:16
12  the time?                          11:10:18
13     A.   Yes.                        11:10:18
14     Q.   Did you meet with him before or after   11:10:19
15  this meeting in the spring?  For your interview   11:10:22
16  I'm talking about.                 11:10:26
17     A.   I think it was all around the same   11:10:29
18  time.                              11:10:32
19     Q.   So your interview -- strike that.   11:10:32
20          The spring meeting, is that the   11:10:36
21  pre-season department meeting they had every   11:10:38
22  year?                              11:10:41
23     A.   I believe so, yes.           11:10:41
24     Q.   And so you don't recall whether your   11:10:42
25  interview happened before or after the   11:10:45
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 73

```
1              G. Bosetti
2   department meeting?                 11:10:49
3          MR. NOVIKOFF:  Objection.      11:10:50
4      A.   I don't recall.  I would have to take   11:10:52
5   a guess and say after, but I'm not sure.   11:10:56
6      Q.   Did you actually attend the       11:10:58
7   department meeting?                 11:11:00
8      A.   I'm sorry?                  11:11:00
9      Q.   Did you attend the department       11:11:00
10  meeting?                           11:11:02
11     A.   Excuse me.  I think so.  Again, I'm   11:11:02
12  not sure, but I think so.           11:11:10
13     Q.   Who ran the meeting?          11:11:12
14     A.   It would be Chief Paradiso.    11:11:14
15     Q.   How many people were at the meeting?   11:11:15
16     A.   I don't recall.             11:11:18
17     Q.   Approximately.              11:11:19
18     A.   I don't know.               11:11:20
19     Q.   Well, what -- other than for police   11:11:21
20  officers, was there anyone else at the meeting?   11:11:25
21          MR. NOVIKOFF:  Objection.      11:11:27
22     A.   I don't recall, sorry.       11:11:28
23     Q.   You don't recall if dispatchers were   11:11:29
24  there or dock masters?             11:11:31
25     A.   That I don't know.           11:11:32
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 74

```
 1          G. Bosetti
 2     Q.   Let's go back to your interview with    11:11:33
 3  Paradiso.  Was he the only person you          11:11:41
 4  interviewed with?                              11:11:44
 5     A.   I believe so.                          11:11:45
 6     Q.   And did he offer you a job at the      11:11:46
 7  interview?                                     11:11:50
 8     A.   Yes.                                   11:11:51
 9     Q.   On the same day or actually at the     11:11:53
10  interview?                                     11:11:56
11     A.   I believe so.                          11:11:56
12     Q.   Did he tell you any requirements for   11:11:57
13  becoming a police officer in the Ocean Beach   11:12:02
14  Police Department at that time?                11:12:06
15     A.   Oh, God.  I don't recall.              11:12:06
16     Q.   You don't recall one way or the        11:12:08
17  other whether he told that you had to complete 11:12:10
18  Civil Service requirements?                    11:12:13
19          MR. NOVIKOFF:  Objection.              11:12:14
20     A.   Being that I just retired, that I was  11:12:18
21  still, gosh, I can't think of the correct word, 11:12:20
22  but certified.  I don't think that's the right 11:12:26
23  word.  Because I just recently retired from the 11:12:29
24  NYPD.                                          11:12:32
25     Q.   He said that to you or that's what     11:12:44
```

Contains Confidential Portions

Page 75

```
 1          G. Bosetti
 2  you thought?                                   11:12:48
 3          MR. NOVIKOFF:  Objection.              11:12:48
 4     A.   Again, I'm not sure.                   11:12:49
 5     Q.   Do you recall Paradiso ever telling    11:12:52
 6  you that because you just retired that you'd be 11:12:54
 7  certified to work in the Ocean Beach Police    11:12:55
 8  Department?                                    11:13:05
 9     A.   You know, I'm not sure.  I don't       11:13:05
10  know.                                          11:13:07
11     Q.   Do you recall anything that was        11:13:08
12  discussed during your interview with Paradiso? 11:13:09
13     A.   Not too much, no.                      11:13:13
14     Q.   What do you recall?                    11:13:13
15     A.   Very vague.  Just going over duties,   11:13:17
16  responsibilities.                              11:13:26
17     Q.   Anything else?                         11:13:33
18     A.   That's about it.  No, that's about     11:13:34
19  it.                                            11:13:35
20     Q.   Do you recall what he told you about   11:13:35
21  the duties and responsibilities?               11:13:37
22     A.   I'm sorry?                             11:13:35
23     Q.   You recall what he told you about the  11:13:35
24  duties and responsibilities?                   11:13:40
25     A.   Do I recall?                           11:13:41
```

Contains Confidential Portions

Page 76

```
 1          G. Bosetti
 2     Q.   Yeah.                                  11:13:41
 3     A.   No, sir.                               11:13:42
 4     Q.   You don't recall anything that he      11:13:42
 5  told you about the duties and responsibilities? 11:13:44
 6     A.   Not particularly.  Not specifically I  11:13:46
 7  should say, no.                                11:13:50
 8     Q.   Do you recall generally what he told   11:13:51
 9  you about the duties and responsibilities?     11:13:52
10     A.   Basically same as any other police     11:13:53
11  officer, you know, to protect the public.      11:13:58
12     Q.   So your understanding of what he told  11:14:04
13  you, just so I'm clear, your understanding of  11:14:06
14  what he told about the duties and              11:14:08
15  responsibilities were the same basic duties and 11:14:09
16  responsibilities as the New York City Police   11:14:13
17  Department?                                    11:14:13
18     A.   Yes.                                   11:14:15
19          MR. NOVIKOFF:  Objection.              11:14:15
20     Q.   Yes?                                   11:14:16
21     A.   Yes.                                   11:14:16
22     Q.   And you testified that he actually     11:14:22
23  offered you a position that day, correct?      11:14:24
24          MR. NOVIKOFF:  Objection.              11:14:27
25     A.   Yes.                                   11:14:28
```

Contains Confidential Portions

Page 77

```
 1          G. Bosetti
 2     Q.   It was Paradiso who actually offered   11:14:29
 3  you the position?                              11:14:30
 4          MR. NOVIKOFF:  Objection.              11:14:31
 5     A.   Yes.                                   11:14:32
 6     Q.   Do you know whether he had gotten any  11:14:32
 7  approvals from anyone else?                    11:14:34
 8          MR. NOVIKOFF:  Objection.              11:14:36
 9  Foundation.                                    11:14:37
10     A.   That I don't know.                     11:14:40
11     Q.   What position did he hire you for?     11:14:41
12     A.   Police officer.                        11:14:45
13     Q.   A full-time police officer?            11:14:47
14     A.   No.                                    11:14:48
15     Q.   Part time?                             11:14:49
16     A.   Part time.                             11:14:49
17     Q.   What's your understanding of what a    11:14:52
18  part-time police officer is in Ocean Beach?    11:14:58
19     A.   I work when they need me.              11:15:00
20     Q.   Both on the season and off the         11:15:07
21  season?                                        11:15:10
22     A.   Yes.                                   11:15:11
23     Q.   Do you understand what the season is   11:15:11
24  when I say the word "season" as it relates to  11:15:14
25  Ocean Beach?                                   11:15:17
```

Contains Confidential Portions

Page 78

```
1            G. Bosetti
2      A.   My definition of season is the        11:15:17
3   summertime when it's busy.                    11:15:20
4      Q.   Okay.  Is there a -- why don't we     11:15:22
5   just get an understanding of the time frame   11:15:24
6   because there's going to be a lot of questions 11:15:26
7   about it, on season and off season.           11:15:28
8          When you say the summertime, what      11:15:29
9   period are you referring to?  As it relates to 11:15:31
10  Memorial Day and Labor Day.                    11:15:38
11     A.   Yeah, pretty much so.                  11:15:39
12     Q.   From Memorial Day to Labor Day?        11:15:39
13     A.   Yeah.                                  11:15:41
14     Q.   So just so I'm clear, your             11:15:43
15  understanding is that he hired you as a or     11:15:55
16  offered you a position as a part-time police   11:15:58
17  officer for Ocean Beach?                       11:16:01
18         MR. NOVIKOFF:  Objection.               11:16:01
19     A.   Yes.                                   11:16:02
20     Q.   Did you accept that position?         11:16:02
21     A.   Yes, I did.                            11:16:04
22     Q.   On the spot?                           11:16:05
23     A.   Hmm.                                   11:16:07
24     Q.   Or did you have to call him back       11:16:10
25  later?                                         11:16:12
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 79

```
1            G. Bosetti
2      A.   I don't recall.  That I don't recall.  11:16:13
3      Q.   Did your brother interview that day    11:16:15
4   also with the chief?                           11:16:17
5      A.   Yes.                                    11:16:18
6      Q.   Together or did you do it separately?  11:16:19
7      A.   I think it was together.               11:16:21
8      Q.   Your brother was offered a job that    11:16:26
9   day as well?                                   11:16:29
10     A.   I believe so, yeah.                     11:16:29
11     Q.   By the chief?                           11:16:30
12     A.   Yes.                                    11:16:31
13     Q.   Did Chief Paradiso offer you guys the  11:16:32
14  job at the same time or did he do it separately? 11:16:34
15     A.   I think it was at the same time.        11:16:37
16     Q.   Was anybody else interviewing with     11:16:40
17  the two of you at that time?                   11:16:43
18     A.   I don't think so.                       11:16:44
19     Q.   Do you know whether any other          11:16:46
20  officers were hired that year other than for you 11:16:47
21  and your brother?                              11:16:51
22     A.   I don't think so.  I don't recall.     11:16:58
23     Q.   So your recollection is that only you  11:17:00
24  and your brother were hired that year?         11:17:03
25     A.   Yes.                                    11:17:04
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 80

```
1            G. Bosetti
2      Q.   Did you meet with any other police     11:17:05
3   officers that day that you interviewed and were 11:17:08
4   offered a position with Ocean Beach?           11:17:10
5          MR. NOVIKOFF:  Objection.               11:17:12
6          And the only reason I'm objecting,      11:17:13
7   did he meet any officers or did he meet and    11:17:15
8   have an interview like meeting with any        11:17:18
9   other officers?                                11:17:21
10     Q.   Well, why don't we start with the      11:17:21
11  latter.                                        11:17:23
12         Did you have any other interviews       11:17:23
13  with any other police officers other than for  11:17:24
14  Chief Paradiso?                                11:17:25
15     A.   Interviews?  No.                        11:17:26
16     Q.   Did you meet with any other officers   11:17:28
17  at all that day?                               11:17:31
18     A.   Yeah.  We talked to the officers that  11:17:33
19  were there.                                    11:17:37
20     Q.   Did you meet with George Hesse that    11:17:37
21  day?                                           11:17:37
22     A.   I believe so.                           11:17:40
23     Q.   And what was Hesse's position at that  11:17:41
24  time?                                          11:17:43
25     A.   I believe it was sergeant.              11:17:44
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 81

```
1            G. Bosetti
2      Q.   Do you know whether George Hesse ever  11:17:47
3   passed the sergeant's exam?                    11:17:50
4          MR. CONNOLLY:  Objection.               11:17:52
5      A.   I don't know.                           11:17:53
6      Q.   Did you ever discuss it with him       11:17:53
7   whether he passed the sergeant's exam?         11:17:55
8      A.   No, sir.  None of my business.         11:17:57
9      Q.   Why is it none of your business?       11:17:58
10     A.   He's a sergeant.                        11:18:02
11     Q.   Just so I'm clear, because he has a    11:18:08
12  title of sergeant, it's none of your business  11:18:11
13  whether he ever passed the test to become      11:18:11
14  sergeant?                                      11:18:14
15         MR. NOVIKOFF:  Objection.               11:18:15
16     Q.   Is that your testimony?                11:18:14
17     A.   If he's the sergeant, I'm a police     11:18:16
18  officer, he's my boss.                         11:18:18
19     Q.   You don't question your sergeant?      11:18:19
20         MR. NOVIKOFF:  Objection.               11:18:21
21     A.   I wouldn't have the job long, would    11:18:23
22  I?                                             11:18:25
23     Q.   Do you recall actually meeting with    11:18:25
24  Hesse that day?                                11:18:34
25         MR. NOVIKOFF:  Do you recall meeting    11:18:36
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 82

```
1              G. Bosetti
2    Hesse or meeting with Hesse?          11:18:38
3         MR. GOODSTADT: With Hesse.       11:18:38
4         MR. NOVIKOFF: I'm going to object  11:18:39
5    to --                                 11:18:41
6         MR. GOODSTADT: I think he testified,  11:18:41
7    "I believe we spoke with Hesse that day" so  11:18:42
8    let's use that.                       11:18:45
9         MR. NOVIKOFF: Okay. Fine.        11:18:45
10        MR. GOODSTADT: As the definition of  11:18:47
11   meeting with Hesse that day.          11:18:48
12        A. Sergeant Hesse was there along with  11:18:48
13   the other officers that were there.   11:18:50
14        Q. Do you recall anything you discussed  11:18:52
15   with Sergeant Hesse at the time?      11:18:55
16        A. No, sir.                      11:18:56
17        Q. Was George Hesse there when you  11:18:56
18   interviewed with Paradiso?            11:19:03
19        MR. NOVIKOFF: There in the room?  11:19:04
20        MR. GOODSTADT: Yeah, as part of the  11:19:06
21   interview.                           11:19:07
22        A. I don't recall.              11:19:09
23        Q. Was there anything that would refresh  11:19:10
24   your recollection? Did you take any notes at  11:19:14
25   the interview?                       11:19:16
     TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 83

```
1              G. Bosetti
2        A. No.                           11:19:17
3        Q. Was George Hesse present when the  11:19:18
4    chief offered you the job?            11:19:21
5         MR. NOVIKOFF: Present in the room.  11:19:23
6         MR. GOODSTADT: Present at where he  11:19:24
7    was offering you the job.             11:19:26
8         A. I don't recall.              11:19:28
9         Q. If he was in a room that was big and  11:19:28
10   out of earshot, I'm not interested in that. I  11:19:30
11   want to know if he was part of the discussion or  11:19:32
12   conversation.                        11:19:34
13        A. No, I don't recall.          11:19:35
14        Q. Do you recall anything one else who  11:19:36
15   was other than for you, your brother and Chief  11:19:38
16   Paradiso?                            11:19:41
17        A. No, sorry.                   11:19:41
18        Q. At that point in time did you know  11:19:44
19   the Suffolk County Civil Service requirements  11:19:50
20   for becoming a police officer in Suffolk County?  11:19:53
21        A. No, sir.                     11:19:56
22        Q. Did you ever ask anyone about them?  11:19:57
23        A. No, sir.                     11:19:58
24        Q. And did you have to fill out any  11:20:00
25   paperwork in connection with your application  11:20:10
     TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 84

```
1              G. Bosetti
2    for the police department at Ocean Beach at that  11:20:12
3    time?                                11:20:16
4         A. I'm sure I did.              11:20:17
5         Q. What did you fill out?        11:20:18
6         A. I don't remember, but I'm sure I had  11:20:19
7    to fill paper out I'm sure.           11:20:22
8         Q. Did you bring any kind of resumé or  11:20:24
9    anything?                            11:20:26
10        A. No.                          11:20:27
11        Q. I know you said you're sure that you  11:20:30
12   filled out some paperwork. Do you actually  11:20:36
13   recall filling out any paperwork?     11:20:37
14        A. I must have filled it out. I don't  11:20:39
15   know.                                11:20:44
16        Q. What kind of paperwork do you believe  11:20:45
17   you filled out?                      11:20:47
18        A. Just the normal paperwork when you  11:20:48
19   apply for a job and get a job.        11:20:54
20        Q. An employment application?    11:20:56
21        A. Employment, tax. You know, kinds of  11:20:58
22   forms.                               11:21:04
23        MR. GOODSTADT: I'd like to mark the  11:21:06
24   record to the extent that there was an  11:21:07
25   employment application filled out in 2002,  11:21:09
     TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 85

```
1              G. Bosetti
2    I don't believe we received a copy of it  11:21:11
3    but...                               11:21:11
4         MR. NOVIKOFF: I will take that under  11:21:13
5    advisement.                          11:21:14
6    BY MR. GOODSTADT:                     11:21:20
7         Q. How long were you at Ocean Beach that  11:21:20
8    day?                                 11:21:22
9         A. Geez, I don't recall. It had to be a  11:21:22
10   few hours at least.                   11:21:27
11        Q. Do you recall any of the police  11:21:29
12   officers you met that day?            11:21:33
13        A. I think Lonnie was there.      11:21:41
14        Q. Lonnie Augenbach?             11:21:43
15        A. Yes.                         11:21:45
16        Kenny Bachman.                   11:21:51
17        Q. Anyone else?                  11:21:55
18        A. Not that I can recall.        11:21:56
19        Q. Did you know --              11:21:58
20        A. There were other people there, other  11:21:59
21   cops there. I don't remember.         11:22:01
22        Q. But those are the ones that you  11:22:02
23   recall actually meeting that day, just those two  11:22:04
24   that you recall?                      11:22:06
25        A. Yeah.                        11:22:06
     TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 86

G. Bosetti

1
2     Q.   Did you know either Augenbach or        11:22:07
3  Bachman prior to that day?                      11:22:11
4     A.   No, sir.                       11:22:13
5     Q.   When you got to the beach that day,     11:22:13
6  did you know any other employees of the police  11:22:16
7  department at the time you arrived there that    11:22:21
8  day?                                    11:22:23
9     A.   No, sir.                        11:22:23
10    Q.   When did Hani Khattat get hired by      11:22:23
11 the Beach?                              11:22:31
12    A.   Several years ago.              11:22:35
13    Q.   How long past 2002 to your            11:22:37
14 recollection?                          11:22:42
15    A.   I don't recall.  Several years.     11:22:43
16    Q.   So you were working there for several  11:22:48
17 years prior to Mr. Khattat being hired?         11:22:50
18    A.   I think so.                     11:22:52
19    Q.   What position was he hired for?       11:22:54
20    A.   Dispatcher.                     11:22:56
21    Q.   Was he ever a police officer in the   11:22:58
22 city?                                  11:23:08
23    A.   Hani Khattat?                   11:23:08
24    Q.   Yes.                            11:23:08
25    A.   Yes.                            11:23:11

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 87

G. Bosetti

1
2     Q.   So he went through the same academy    11:23:11
3  and Civil Service test that you went through?    11:23:12
4     MR. NOVIKOFF:  Objection.            11:23:14
5     A.   Yes.                            11:23:15
6     Q.   Do you know whether he ever applied   11:23:15
7  for a police officer position in Ocean Beach?    11:23:17
8     A.   I don't he know.                11:23:21
9     Q.   You don't know.                 11:23:22
10    Q.   What's the difference between a       11:23:24
11 dispatcher and a police officer in Ocean Beach?  11:23:26
12    A.   A dispatcher answers calls on the     11:23:30
13 desk.  He doesn't have police powers over there. 11:23:35
14    Q.   What do you mean by he has no police   11:23:40
15 powers?                                11:23:42
16    A.   It's not his geographical area of     11:23:44
17 employment as a police officer.  Hani is a cop   11:23:49
18 or was a cop in the city, but he was a          11:23:53
19 dispatcher, a civilian dispatcher, he's not a    11:23:57
20 cop.                                   11:24:00
21    Q.   So when he was a civilian dispatcher,  11:24:00
22 he didn't have --                      11:24:02
23    A.   Well, he was still a police officer   11:24:03
24 from the city.                         11:24:05
25    Q.   But he was a retired police office    11:24:06

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 88

G. Bosetti

1
2  for the city, right, or is he actually working   11:24:07
3  currently?                             11:24:09
4     A.   Geez, I don't know.  I don't know if  11:24:09
5  he retired.  I guess he must have been retired   11:24:11
6  then, but I'm not sure.                 11:24:14
7     Q.   Did he have the authority to write    11:24:15
8  summonses in Ocean Beach?                11:24:18
9     A.   I don't think so.               11:24:20
10    Q.   And other than for making some kind   11:24:22
11 of, I've heard this term used a lot and I don't  11:24:27
12 know if it's actually one that everybody knows.  11:24:29
13    MR. NOVIKOFF:  Citizen's arrest?     11:24:30
14    MR. GOODSTADT:  Yeah.               11:24:32
15    Q.   The power to make a citizen's arrest. 11:24:32
16    Did Mr. Khattat have arrest powers or    11:24:37
17 arrest authority in Ocean Beach?          11:24:41
18    MR. NOVIKOFF:  Objection.            11:24:43
19    A.   Well, if he wasn't a police officer   11:24:46
20 at the time, no.                       11:24:47
21    Q.   When you started working at Ocean     11:24:50
22 Beach, did you have the police powers that you   11:24:53
23 testified Mr. Khattat did not have?           11:24:56
24    MR. NOVIKOFF:  Objection.            11:24:58
25    A.   Well, as I started working as a       11:25:01

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 89

G. Bosetti

1
2  police officer?  Yes.                   11:25:03
3     Q.   When you were hired as a police       11:25:03
4  officer.                               11:25:05
5     A.   Yes.                            11:25:05
6     Q.   Okay.  But between the time that you  11:25:06
7  retired in New York City and the time that you   11:25:07
8  were hired as a police officer, you didn't have  11:25:09
9  any police powers; is that correct?           11:25:11
10    MR. NOVIKOFF:  Objection.            11:25:12
11    A.   Yes.                            11:25:20
12    Q.   Do you know who made the decision to   11:25:23
13 hire you?                               11:25:29
14    A.   I believe it was Chief Paradiso.     11:25:29
15    Q.   And other than for him being the one  11:25:30
16 that offered you the job, is there any other     11:25:33
17 basis to believe that he was the one that made   11:25:35
18 the decision?                          11:25:37
19    A.   No.                             11:25:38
20    Q.   Did you have to fill out any Suffolk  11:25:38
21 County paperwork?                      11:25:44
22    MR. NOVIKOFF:  Objection.            11:25:46
23    Q.   In connection with your --         11:25:47
24    A.   Not that I recall.              11:25:49
25    Q.   -- application as a police officer in 11:25:50

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 90

```
1            G. Bosetti
2  Ocean Beach?  Not that you recall?        11:25:51
3       A.   No.                             11:25:54
4       Q.   You testified that Paradiso was the    11:25:54
5  chief, Hesse was the sergeant.            11:25:58
6            Were there any other police officers   11:26:00
7  who had higher rank other than for police          11:26:02
8  officer at that time within Ocean Beach?           11:26:04
9       A.   No, sir.                        11:26:07
10      Q.   So there was no lieutenant?     11:26:08
11      A.   No.                             11:26:09
12      Q.   Prior to that day, had you ever met     11:26:09
13 George Hesse before then?                 11:26:19
14      A.   No.                             11:26:20
15      Q.   What tours did you work?  What was     11:26:20
16 your standard tour, if there was one, starting     11:26:29
17 in 2002?                                  11:26:32
18      A.   Four to twelve.                 11:26:32
19      Q.   Four to twelve?                 11:26:33
20      A.   Yes.                           11:26:34
21      Q.   Did that stay your standard tour      11:26:35
22 during your employment at Ocean Beach?    11:26:41
23      A.   Yes, for the most part.         11:26:42
24      Q.   What do you mean by "for the most     11:26:44
25 part"?                                    11:26:46
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 91

```
1            G. Bosetti
2       A.   Sometimes you're asked to do another   11:26:46
3  tour if they needed people.               11:26:49
4       Q.   That would be outside of your  11:26:51
5  standard tour.                           11:26:53
6       A.   Yeah.                          11:26:54
7       Q.   What other officers were on the       11:26:59
8  standard 4 to 12 tour?                    11:27:03
9            MR. NOVIKOFF:  What years up to?      11:27:11
10           Because he was brought in I presume   11:27:14
11 after your clients were no longer working 11:27:17
12 there.  So you want to break it down before        11:27:20
13 that date, after that date.  It's up to   11:27:21
14 you.  It's your question.                 11:27:23
15           MR. GOODSTADT:  That's a fair point.   11:27:24
16 BY MR. GOODSTADT:                         11:27:25
17      Q.   Why don't we do it from '02 to '06,   11:27:25
18 through April of '06, and then we'll do April of   11:27:32
19 '06 through February of '08 when you left there.   11:27:36
20      A.   Okay.  Who was working 4 to 12? 11:27:38
21      Q.   Who worked the 4 to 12s, you    11:27:42
22      A.   I mean it changed.  It depended, you   11:27:45
23 know.                                     11:27:50
24      Q.   So who were the officers?  I know     11:27:52
25 that there probably were different times when     11:27:56
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 92

```
1            G. Bosetti
2  different people worked 4 to 12, but who were      11:27:58
3  those officers that were on the 4 to 12? 11:28:00
4       A.   Like I said, it varied.        11:28:03
5       Q.   Who did it vary between?        11:28:07
6       A.   Walter Moeller worked 4 to 12  11:28:14
7  sometimes.  Whoever was working.  Whoever was on   11:28:21
8  the chart to work.  I don't know if there was,    11:28:21
9  you know, set schedules.                  11:28:25
10      Q.   Was your brother on 4 to 12?    11:28:25
11      A.   Oh, yes, yes.  Sorry.          11:28:27
12      Q.   Hardman at 4 to 12?            11:28:31
13      A.   No.  Occasionally I think.      11:28:34
14      Q.   Did Hardman have a standard shift     11:28:36
15 that he worked or a standard tour that he 11:28:39
16 worked?                                   11:28:41
17      A.   Not that I know.  I know he did a lot  11:28:41
18 of midnights, but standard I don't know.  I       11:28:47
19 couldn't tell you.                        11:28:50
20      Q.   Who was your supervisor on the 4 to   11:28:52
21 12?                                       11:28:55
22      A.   Sometimes there wasn't a supervisor   11:28:55
23 on 4 to 12.  If not, it was George Hesse. 11:29:01
24      Q.   So it was George Hesse was the sort   11:29:04
25 of default supervisor and then sometimes there    11:29:07
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 93

```
1            G. Bosetti
2  was no supervisor?                        11:29:09
3       A.   Yes.                           11:29:09
4       Q.   Was Chief Paradiso ever your    11:29:10
5  supervisor on 4 to 12?                    11:29:12
6       A.   Yes, yes.                      11:29:14
7       Q.   How many times?                11:29:17
8       A.   Oh, I can't remember.          11:29:18
9       Q.   Was there a period in which he was    11:29:20
10 the default supervisor for 4 to 12?       11:29:22
11      A.   Most of the time there was a    11:29:26
12 supervisor, sometimes there wasn't.       11:29:28
13           How often was Chief Paradiso there, I  11:29:32
14 couldn't tell you.  I couldn't give you a, you     11:29:35
15 know, a stat on that.                     11:29:38
16      Q.   My question was a little bit    11:29:39
17 different than that.  My question was you 11:29:41
18 testified before that the default supervisor      11:29:43
19 from the 4 to 12 was Hesse, correct?      11:29:44
20           MR. NOVIKOFF:  Objection to the term  11:29:47
21 "default."                                11:29:49
22      A.   Yeah, please explain what you mean by  11:29:49
23 default.                                  11:29:52
24      Q.   When you had a supervisor, generally  11:29:52
25 it was Hesse from 4 to 12, correct?       11:29:54
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 94

```
               G. Bosetti
1
2      A.   Or Paradiso.                  11:29:56
3      Q.   Okay.  Was there a schedule where   11:29:57
4  they rotated or Paradiso would fill in when   11:30:00
5  Hesse couldn't be there?  How was it decided   11:30:04
6  whether it would be Hesse --             11:30:06
7      A.   How it was decided --          11:30:07
8          MR. NOVIKOFF:  Objection.       11:30:12
9      A.   -- I don't know.               11:30:08
10     Q.   Was Hesse your supervisor more times   11:30:12
11 than Paradiso?                          11:30:15
12     A.   In what years?                 11:30:17
13     Q.   Why don't we go through the years.   11:30:20
14     2002, who was your supervisor more   11:30:22
15 often than not in the 4 to 12?          11:30:26
16     A.   It was Paradiso.               11:30:29
17     Q.   How about in '03?              11:30:32
18     A.   I don't know.                  11:30:34
19     I know the first year I think I    11:30:38
20 worked a lot with Chief Paradiso.       11:30:40
21     After that it varied.              11:30:42
22     Q.   How frequently was Paradiso your   11:30:45
23 supervisor in '03?                      11:30:47
24     A.   I don't know.  I don't recall. 11:30:48
25     Q.   Was it more frequent than Hesse or   11:30:51
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 95

```
               G. Bosetti
1
2  was Hesse more frequent than Paradiso?   11:30:53
3      A.   I couldn't give you an answer to   11:30:55
4  that.                                   11:30:58
5      Q.   How about in '04?              11:30:58
6      A.   Same thing; I can't answer that.  I   11:31:00
7  don't know.                             11:31:03
8      Q.   How about '05?                 11:31:03
9      A.   I don't know.                  11:31:05
10     Q.   '06?                           11:31:05
11     A.   I'm trying to think.  '06 it was --   11:31:06
12 '06, '07 I think it might have been more George   11:31:18
13 Hesse.                                  11:31:21
14     Q.   Was Paradiso ever your supervisor in   11:31:23
15 '06 or '07?                             11:31:25
16     A.   I can't remember when he got hurt,   11:31:26
17 but if he was there, yeah, occasionally he was a   11:31:30
18 supervisor, yes.                        11:31:33
19     Q.   In '05, was he your supervisor more   11:31:35
20 than just occasionally?                 11:31:37
21     A.   I'm sorry?                     11:31:38
22     Q.   In '05 was he your supervisor more   11:31:39
23 than just occasionally?                 11:31:41
24         MR. NOVIKOFF:  Objection.       11:31:45
25     Q.   Meaning Paradiso?              11:31:44
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 96

```
               G. Bosetti
1
2          MR. NOVIKOFF:  Asked and answered.   11:31:46
3      A.   I can't remember.  I don't know.   11:31:46
4      Q.   Just so I'm clear because I'm a   11:31:48
5  little bit confused, '02 generally Paradiso was   11:31:52
6  the supervisor when there was a supervisor on   11:31:56
7  duty, correct?                          11:31:58
8      In '03, '04, '05 they switched off?   11:32:00
9  It wasn't one that was generally more --   11:32:03
10     A.   To the best of my knowledge, yes.   11:32:06
11     Q.   And then after Paradiso left, Hesse   11:32:08
12 was your supervisor generally?          11:32:11
13     A.   Yes.                           11:32:12
14     Is it possible to take a little    11:32:17
15 break?                                  11:32:18
16     Q.   We certainly can.  I promised you at   11:32:19
17 the beginning just ask, no question pending,   11:32:22
18 we'll take our break.                   11:32:24
19     A.   Thank you.                     11:32:25
20         THE VIDEOGRAPHER:  Going off the   11:32:26
21 record.  The time is 11:33 a.m.         11:32:27
22         (Recess is taken.)              11:41:16
23         THE VIDEOGRAPHER:  We are back on the   11:45:52
24 record.  The time is 11:46 a.m.         11:45:53
25     This is the beginning of the tape   11:45:56
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 97

```
               G. Bosetti
1
2  labeled No. 2.                          11:45:57
3  BY MR. GOODSTADT:                       11:45:58
4      Q.   Sir, I believe you testified before   11:46:00
5  that your general tour was 4 to 12; is that   11:46:02
6  correct?                                11:46:02
7      A.   Yes, sir.                      11:46:07
8      Q.   That's four in the afternoon until   11:46:07
9  midnight?                               11:46:09
10     A.   Yes, sir.                      11:46:10
11     Q.   Did you ever work an 8 to 4, 8 in the   11:46:10
12 morning till 4 in the afternoon tour in the   11:46:14
13 morning after working a 4 to 12 the night   11:46:17
14 before?                                 11:46:20
15     A.   Not that I recall.  Not that I   11:46:20
16 recall.                                 11:46:26
17     Q.   Did you ever work a 4 to 12 and then   11:46:27
18 a 12 to 8 back to back?                 11:46:30
19     A.   4 to 12 and a 12 to 8?         11:46:34
20     Q.   Yes.                           11:46:34
21     A.   Possibly.  Tours sometimes were   11:46:39
22 extended.                               11:46:42
23     Q.   You don't recall a specific instance   11:46:42
24 when you did that?                      11:46:45
25     A.   No, sir.                       11:46:45
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 98

```
1            G. Bosetti
2    Q.   So you don't recall a specific      11:46:46
3  instance where you worked an 8 a.m. to 4 p.m.    11:46:48
4  tour after working the 4 to 12 the night before?   11:46:52
5     MR. NOVIKOFF: Objection.      11:46:56
6    A.   Not really.                 11:46:57
7    Q.   Where there was no supervisor on    11:47:04
8  tour, who would be, if anyone, the commanding   11:47:07
9  officer or the officer in charge of that tour?   11:47:10
10    A.   There wasn't really one.       11:47:12
11    Q.   So if a decision had to be made,    11:47:19
12 there was nobody in charge of the department?   11:47:22
13     MR. NOVIKOFF: Objection.      11:47:24
14    A.   If there was any kind of       11:47:26
15 complications, you immediately called the    11:47:28
16 supervisor.                   11:47:30
17    Q.   So there was no -- just so I'm clear,   11:47:32
18 there was no sort of supervising officer on duty  11:47:35
19 at the time if either Hesse or Paradiso were not  11:47:37
20 there?                     11:47:41
21     MR. NOVIKOFF: Objection. Asked and  11:47:41
22 answered.                   11:47:42
23    A.   That's correct. There was police   11:47:42
24 officers.                   11:47:47
25    Q.   When you were hired in Ocean Beach in  11:47:47
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 99

```
1            G. Bosetti
2  2002, do you recall how many other officers were  11:47:58
3  on the force at this time?           11:48:01
4    A.   No, sir.               11:48:03
5     MR. GOODSTADT: Mark this as      11:48:22
6  G. Bosetti-2.                11:48:24
7     (Plaintiffs' Exhibit G. Bosetti 2,      11:48:25
8  Document entitled "Police Officer Part     11:48:52
9  Time/Seasonal", marked for identification,   11:48:55
10 as of this date.)              11:48:55
11     MR. GOODSTADT: I've placed in front  11:48:45
12 of Mr. Bosetti what's now been marked as   11:48:47
13 G. Bosetti-2. It is a two-page exhibit     11:48:49
14 that's titled "Police Officer Part       11:48:52
15 Time/Seasonal."              11:48:56
16 BY MR. GOODSTADT:                11:48:56
17    Q.   Mr. Bosetti, have you seen the     11:48:57
18 document that's been marked as G. Bosetti-2?  11:48:58
19    A.   I don't recall.             11:49:02
20    Q.   Anything that would refresh your   11:49:04
21 recollection?                11:49:08
22    A.   I'm going over it. I mean it's     11:49:09
23 possible but... I don't know.         11:49:11
24    Q.   If you look at the bottom section   11:49:15
25 that says, "Necessary requirements," do you see  11:49:17
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 100

```
1            G. Bosetti
2  that?                     11:49:19
3    A.   Yes, sir.               11:49:19
4     MR. NOVIKOFF: It says, "Necessary    11:49:21
5  special requirements."            11:49:23
6     MR. GOODSTADT: "Necessary special   11:49:23
7  requirements." That is correct. I      11:49:24
8  apologize.                  11:49:24
9  BY MR. GOODSTADT:                11:49:25
10    Q.   Do you see that section that says   11:49:25
11 "Necessary special requirements"?        11:49:27
12    A.   Yes.                 11:49:28
13     MR. GOODSTADT: If I said it, he saw   11:49:28
14 it. I don't know who...            11:49:31
15     MR. NOVIKOFF: That's why I don't let  11:49:31
16 witnesses read documents.          11:49:32
17 BY MR. GOODSTADT:                11:49:34
18    Q.   It says, "Necessary special      11:49:34
19 requirements." If you look down at No. 9 it   11:49:37
20 says, "Candidates must successfully pass a   11:49:39
21 polygraph evaluation."            11:49:41
22     You see that?             11:49:42
23    A.   Yes.                 11:49:42
24    Q.   Did you know that requirement for a  11:49:43
25 part-time or seasonal police officer when you  11:49:44
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 101

```
1            G. Bosetti
2  started in 2002?               11:49:47
3    A.   When I started? No.          11:49:48
4    Q.   When did you first learn that you   11:49:49
5  needed to pass a polygraph to be a part-time   11:49:52
6  police officer in Ocean Beach?         11:49:55
7     MR. NOVIKOFF: Objection.        11:49:58
8    A.   Several years later I guess.      11:49:58
9    Q.   How did you learn about it?      11:50:04
10    A.   I had to take one.           11:50:06
11    Q.   But how did you learn about the    11:50:07
12 requirement? I know you had to take one at some  11:50:09
13 point, but how did you first learn that was a   11:50:12
14 requirement?                 11:50:14
15    A.   I don't remember who told me, but it  11:50:15
16 was brought to my attention that I had to go   11:50:20
17 take it. I had to do the medical and the    11:50:22
18 physical also.                11:50:23
19    Q.   When was that brought to your     11:50:24
20 attention that you had to pass all these tests?  11:50:26
21    A.   Exactly when, I don't know.      11:50:28
22    Q.   Do you recall what year it was?    11:50:32
23    A.   No, I don't.             11:50:34
24    Q.   Was it in 2002, the first year you   11:50:35
25 worked there?                11:50:38
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 102

G. Bosetti

1
2    A.   No.                              11:50:38
3    Q.   Was it 2003?                     11:50:38
4    A.   I don't think so, no.            11:50:40
5    Q.   Was it in 2004?                  11:50:43
6    A.   Possibly.                        11:50:44
7    Q.   And is it your testimony you don't    11:50:46
8  recall who alerted you to the fact that you had    11:50:49
9  to take these tests to be a police officer in    11:50:51
10 Ocean Beach?                           11:50:54
11       MR. NOVIKOFF: Objection. Asked and    11:50:54
12 answered.                              11:50:56
13   A.   Exactly who, no, I don't. I really    11:50:56
14 don't.                                 11:51:00
15   Q.   Do you recall ever discussing the    11:51:00
16 requirements with Chief Paradiso?       11:51:03
17   A.   Possibly. I don't know.          11:51:13
18   Q.   So you don't recall one way or the    11:51:15
19 other whether you discussed it with Paradiso?    11:51:18
20   A.   No, I don't remember how it came    11:51:20
21 about.                                 11:51:21
22   Q.   I'm not asking how it came about.    11:51:21
23       I'm talking about do you ever recall    11:51:23
24 discussing the requirements with Chief Paradiso?    11:51:26
25   A.   I really can't say I do, no.      11:51:28

Contains Confidential Portions

Page 103

G. Bosetti

1
2    Q.   You ever recall discussing the    11:51:34
3  requirements to be a police officer in Ocean    11:51:37
4  Beach with George Hesse?               11:51:40
5    A.   Again, I'm not sure. I'm not sure    11:51:43
6  who I spoke to so I don't want to say one or the    11:51:47
7  other.                                 11:51:48
8    Q.   Sitting here today, you never recall    11:51:49
9  discussing the polygraph with George Hesse?    11:51:51
10       MR. NOVIKOFF: Objection.          11:51:55
11   A.   Well, we have --                 11:51:57
12       MR. NOVIKOFF: The polygraph       11:51:57
13 specifically or the test in general?    11:51:58
14       MR. GOODSTADT: The polygraph.     11:51:59
15   A.   I'm not sure if it was George Hesse    11:52:04
16 or Chief Paradiso.                      11:52:06
17   Q.   So you discussed the fact that you    11:52:07
18 had to take a polygraph with one of the two,    11:52:08
19 either George Hesse or --               11:52:11
20   A.   Yeah. We had to take the physical,    11:52:12
21 the medical and the polygraph.          11:52:14
22   Q.   I'm focused right now just on the    11:52:15
23 polygraph.                             11:52:17
24       MR. NOVIKOFF: Why? Did he fail the    11:52:17
25 polygraph?                             11:52:19

Contains Confidential Portions

Page 104

G. Bosetti

1
2    I don't think he failed it and --     11:52:24
3    THE WITNESS: No, I did not.          11:52:25
4    MR. GOODSTADT: That wasn't the       11:52:27
5  question. I'm asking the question, so    11:52:28
6  whatever banter is going on on the side,    11:52:31
7  it's not really a question to you until    11:52:35
8  it's his turn with the microphone.      11:52:36
9  BY MR. GOODSTADT:                       11:52:36
10   Q.   My question is, do you recall      11:52:37
11 discussing the requirement to take a polygraph    11:52:38
12 with George Hesse?                      11:52:43
13       MR. NOVIKOFF: Objection. Asked and    11:52:45
14 answered.                              11:52:46
15   A.   I discussed it but I don't know if it    11:52:49
16 was Chief Paradiso or George Hesse.     11:52:52
17   Q.   Did you discuss it with one of them?    11:52:53
18       MR. NOVIKOFF: Objection.          11:52:54
19   A.   Yes. I had to, yes.             11:52:55
20   Q.   What do you mean you had to?       11:52:57
21   A.   Because I had to take these things so    11:52:58
22 I had to be told that I had to take a polygraph,    11:53:01
23 a medical and a physical.               11:53:03
24       MR. FEHRINGER: Don't guess. Just if    11:53:06
25 you recall.                            11:53:07

Contains Confidential Portions

Page 105

G. Bosetti

1
2    A.   I must have -- I was told about it    11:53:13
3  so...                                  11:53:18
4    Q.   Well, is it possible you were told    11:53:18
5  about it from some other source other than for    11:53:21
6  George Hesse or Chief Paradiso?         11:53:23
7        MR. NOVIKOFF: Objection.          11:53:25
8    A.   No, it was either one of them. One    11:53:25
9  of them.                               11:53:28
10   Q.   So you didn't receive a letter from    11:53:28
11 Civil Service informing you, it was verbally    11:53:29
12 told to you from either George Hesse or Chief    11:53:31
13 Paradiso?                              11:53:40
14       MR. NOVIKOFF: Objection.          11:53:40
15 Foundation.                            11:53:41
16   A.   No, no.                         11:53:43
17   Q.   No, you didn't receive a letter from    11:53:45
18 Civil Service?                         11:53:47
19       MR. NOVIKOFF: Objection.          11:53:48
20   A.   No, I don't believe so.          11:53:48
21   Q.   Did you ever discuss the requirement    11:53:50
22 to pass the medical evaluation with Chief    11:54:03
23 Paradiso?                              11:54:08
24   A.   I'm sorry. Can you rephrase that?    11:54:08
25   Q.   Did you ever discuss the requirement    11:54:10

Contains Confidential Portions

Page 106

G. Bosetti

1
2  of becoming a police officer, part-time or      11:54:13
3  seasonal, that you needed to pass a medical      11:54:15
4  evaluation?                                      11:54:19
5      MR. NOVIKOFF: Objection.            11:54:20
6      A.  Discuss it?                          11:54:24
7      Q.  Did you ever communicate with the      11:54:25
8  chief --                                       11:54:27
9      A.  Well, we had to take it.  That's what   11:54:27
10  I was told, you had to take it.              11:54:29
11      Q.  And when did he tell you that?       11:54:30
12      MR. NOVIKOFF: Objection.            11:54:33
13      A.  Again, I'm sure it's listed somewhere   11:54:33
14  when I took the test, when I took these tests.  11:54:38
15  It was right before I took these tests.        11:54:42
16      Q.  Where were you when you discussed it   11:54:44
17  with him?                                      11:54:45
18      A.  Possibly at the station house.      11:54:46
19  Probably at the station house.                11:54:51
20      Q.  So you're speculating, you don't      11:54:52
21  know?                                          11:54:54
22      A.  I'm not sure, no.                   11:54:54
23      Q.  And what did he tell you about the    11:54:56
24  tests?                                         11:54:58
25      A.  Not much.  It's pretty much          11:54:59

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 107

G. Bosetti

1
2  self-explanatory.                            11:55:06
3      Q.  But he told you you had to pass them?  11:55:07
4      A.  No.                                 11:55:10
5      Q.  Did he tell you you had to take them?  11:55:11
6      A.  I had to take them, yes.            11:55:13
7      MR. NOVIKOFF: Objection.            11:55:15
8      Q.  Did he tell you why you had to take    11:55:15
9  them?                                          11:55:18
10      A.  Civil Service wanted us to take them.  11:55:19
11      Q.  Did he tell that you'd no longer be    11:55:24
12  employed by them unless you took them?        11:55:26
13      A.  We had to take it so I would think    11:55:30
14  so, yeah.                                     11:55:34
15      Q.  So you would think that Chief        11:55:34
16  Paradiso told you that you had to take these   11:55:38
17  tests, otherwise Ocean Beach couldn't employ   11:55:39
18  you?                                          11:55:39
19      MR. NOVIKOFF: Objection.            11:55:43
20      A.  I'm trying to be honest about it.   11:55:49
21  Can you rephrase that?  Excuse me.           11:55:52
22      Q.  Sure.                              11:55:53
23      You told me that Chief Paradiso told     11:55:54
24  you you had to take these tests, correct?      11:55:58
25      MR. NOVIKOFF: Objection.            11:56:01

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 108

G. Bosetti

1
2      A.  That's correct, yes.                11:56:02
3      Q.  Did he tell you if you didn't take    11:56:03
4  the tests, that he could no longer employ as   11:56:04
5  a police officer?                             11:56:06
6      MR. NOVIKOFF: Objection.            11:56:07
7      A.  Yes, I think so.                    11:56:08
8      Q.  Okay.  And do you recall when he told  11:56:09
9  you that?                                      11:56:11
10      A.  When he told me that?              11:56:12
11      Q.  Yes.                               11:56:12
12      A.  No, sir.                           11:56:14
13      Q.  You don't recall what year it was?   11:56:14
14      A.  No, sir.                           11:56:17
15      Q.  At any point in time did he tell you  11:56:18
16  that you needed to have taken those tests to be  11:56:23
17  certified from day one?                       11:56:27
18      MR. NOVIKOFF: Objection.            11:56:28
19      A.  No, sir.                           11:56:30
20      Q.  So he never told you that you were    11:56:30
21  working there between '02 and whatever the date  11:56:33
22  was that he told you you needed to take those,  11:56:36
23  that you were working there not as a certified  11:56:41
24  police officer?                               11:56:44
25      MR. NOVIKOFF: Objection.            11:56:45

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 109

G. Bosetti

1
2      A.  Never to my knowledge.  I was a      11:56:46
3  police officer.                               11:56:48
4      Q.  So was it your understanding these    11:56:48
5  were new requirements that he was telling you   11:56:50
6  about?                                         11:56:52
7      MR. NOVIKOFF: Objection.            11:56:52
8      A.  That they were new requirements?    11:56:53
9      Q.  Yeah, that Civil Service just passed   11:56:55
10  these requirements that you have to take these  11:56:57
11  battery of tests?                             11:57:00
12      MR. NOVIKOFF: I don't understand it.   11:57:00
13      Objection.                            11:57:02
14      A.  I was told that I had to take the    11:57:04
15  tests.                                        11:57:06
16      Q.  Right.                             11:57:06
17      But was it your understanding that      11:57:07
18  these were new requirements that you had to take  11:57:08
19  these tests, that Civil Service just came out   11:57:10
20  with these necessary special requirements listed  11:57:12
21  on G. Bosetti-2?                              11:57:14
22      MR. NOVIKOFF: Objection.  Form and      11:57:20
23  foundation.                                   11:57:21
24      A.  I don't know.                      11:57:22
25      Q.  What was your belief?  Was it your   11:57:43

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 110

G. Bosetti

1
2  belief that these were new requirements that      11:57:45
3  were just passed by Civil Service or that these   11:57:47
4  were old requirements that you were just          11:57:50
5  learning about?                                   11:57:52
6        MR. NOVIKOFF: Objection. Form and           11:57:53
7  foundation.                                       11:57:54
8        A.  I was a police officer.  I have to      11:57:57
9  tell you I was told I had to take these tests so  11:58:01
10 I did.                                            11:58:04
11       Q.  My question was at the time --          11:58:05
12       MR. NOVIKOFF: I think he answered           11:58:09
13 your question.                                    11:58:10
14       Q.  -- was it your understanding that       11:58:10
15 these tests were new requirements that Civil      11:58:12
16 Service was all of a sudden requiring or was it   11:58:15
17 your understanding that these were the Civil      11:58:18
18 Service requirements even back in '02 but you     11:58:22
19 were just learning about them the first time?     11:58:25
20       MR. NOVIKOFF: Objection. Form,              11:58:27
21 foundation.                                       11:58:28
22       A.  I really don't know.  I mean when       11:58:28
23 it's something that you have to do, you do it.    11:58:33
24 It doesn't matter why I had to do it.  This is    11:58:35
25 what they told me and I did it.                   11:58:37

TSG Reporting - Worldwide    (877) 702-9580

---

Contains Confidential Portions

Page 111

G. Bosetti

1
2        Q.  Did you question anyone as to why you  11:58:38
3  had to do it after working there for three        11:58:41
4  years?                                            11:58:42
5        A.  I don't remember if I questioned it     11:58:43
6  or not, but it's just something else you got to   11:58:48
7  do.  You do a job for so long, whatever people    11:58:52
8  throw in front of you, you do it.  Requirements.  11:58:55
9        Q.  And it was your testimony I believe,    11:59:00
10 correct me if I'm wrong --                        11:59:04
11       A.  Yes.                                    11:59:06
12       Q.  -- that is was your understanding       11:59:06
13 that Civil Service required these?                11:59:09
14       MR. NOVIKOFF: Objection.                    11:59:10
15       A.  What's that, for these three tests?     11:59:11
16       Q.  For you to pass the tests, yes.         11:59:13
17       A.  It was Civil Service, yes.              11:59:15
18       Q.  And that's what Chief Paradiso told     11:59:17
19 you at the time, that Civil Service required you  11:59:20
20 to take these tests?                              11:59:21
21       MR. NOVIKOFF: Objection.                    11:59:22
22       A.  Yeah, I believe so.                     11:59:27
23       Q.  Did you try to get a waiver from        11:59:28
24 taking these tests because you had been a police  11:59:31
25 officer in another jurisdiction?                  11:59:34

TSG Reporting - Worldwide    (877) 702-9580

---

Contains Confidential Portions

Page 112

G. Bosetti

1
2        MR. NOVIKOFF: Objection.                    11:59:35
3        A.  Did I try to get a waiver?  No.         11:59:36
4        Q.  Do you know whether you could have      11:59:37
5  gotten a waiver?                                  11:59:40
6        A.  No, idea, but at that age it would      11:59:40
7  have been nice.                                   11:59:44
8        Q.  Which tests were you told that you      11:59:44
9  had to pass?                                      11:59:51
10       A.  All of them.                            11:59:52
11       Q.  You mean the medical --                 11:59:53
12       A.  The medical, the physicals -- the       11:59:54
13 medical, physical, psychological, the poly.       11:59:57
14       Q.  Did you have to take a background?      12:00:04
15 Did you have to have a background check as well   12:00:07
16 at that time?                                     12:00:11
17       A.  That I don't know.                      12:00:11
18       Q.  Which tests did you take first out of   12:00:12
19 that group of tests that you just testified to?   12:00:17
20       A.  I honestly don't recall.                12:00:19
21       Q.  Do you know why you had to take a       12:00:27
22 medical test to be certified as a police officer 12:00:31
23 in Ocean Beach?                                   12:00:35
24       MR. NOVIKOFF: Objection.                    12:00:36

TSG Reporting - Worldwide    (877) 702-9580

---

Contains Confidential Portions

Page 113

G. Bosetti

1
2        A.  Like anything else, to see if I was    12:00:43
3  in good shape.                                    12:00:44
4        Q.  Do you think that was important?        12:00:45
5        A.  Yes, I think so.                        12:00:48
6        MR. NOVIKOFF: Objection.                    12:00:49
7        Q.  Do you know why you had to take a       12:00:50
8  physical agility test to be certified as a        12:00:52
9  police officer?                                   12:00:56
10       MR. NOVIKOFF: Objection.                    12:00:57
11       A.  Yes, sir.                               12:00:57
12       Q.  And why is that?                        12:00:58
13       MR. NOVIKOFF: Objection.                    12:00:58
14       A.  To see if I'm good shape.               12:00:59
15       Q.  You think that was important?           12:01:00
16       MR. NOVIKOFF: Objection.                    12:01:01
17       A.  Yes, sir.                               12:01:02
18       Q.  Do you know why you had to take a       12:01:02
19 psychological test to be certified as a police    12:01:05
20 officer in Ocean Beach?                           12:01:07
21       MR. NOVIKOFF: Objection.                    12:01:08
22       A.  Yes, sir.                               12:01:08
23       Q.  And why is that?                        12:01:08
24       MR. NOVIKOFF: Objection.                    12:01:10
25       A.  To see if I was fit to become a         12:01:10

TSG Reporting - Worldwide    (877) 702-9580

Contains Confidential Portions

Page 114

```
1           G. Bosetti
2  police officer.                      12:01:12
3      Q.   You think that was important?        12:01:14
4      A.   Yes.                        12:01:16
5          MR. NOVIKOFF:  Objection.        12:01:16
6      Q.   Do you know why you had to take a    12:01:16
7  polygraph?                          12:01:18
8          MR. NOVIKOFF:  Objection.        12:01:18
9      A.   Yes, sir.                    12:01:18
10     Q.   And what's the reason that you had to  12:01:19
11 take a polygraph?                    12:01:21
12         MR. NOVIKOFF:  Objection.        12:01:21
13     A.   See if I was fit to be a police    12:01:22
14 officer.                            12:01:24
15     Q.   You think that was important?        12:01:24
16         MR. NOVIKOFF:  Objection.        12:01:25
17     A.   Yes.                        12:01:26
18     Q.   I'm not sure and I'm sure I've asked  12:01:27
19 you this question probably 12 times in 12    12:01:32
20 different ways and received 12 different      12:01:33
21 objections.  I just want to be clear for the   12:01:35
22 record.                              12:01:37
23         MR. NOVIKOFF:  I want to object for   12:01:37
24 the first time.                      12:01:39
25     Q.   I just want to be clear for the     12:01:39
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 115

```
1           G. Bosetti
2  record because I'm not sure if I've gotten a   12:01:41
3  clear answer.                        12:01:42
4          Did Chief Paradiso at that time tell  12:01:44
5  you that you had to pass these to work as a    12:01:47
6  police officer in Ocean Beach?               12:01:50
7          MR. NOVIKOFF:  Objection.        12:01:51
8      A.   I believe so, yes.                12:01:53
9      Q.   I know you don't recall the first    12:01:54
10 test that you took out of those four tests that  12:02:03
11 you testified to, but do you recall when you   12:02:06
12 took the first test?                  12:02:07
13     A.   No.  Sorry.                   12:02:12
14     Q.   Do you recall what year it was?      12:02:14
15     A.   No, sir.                     12:02:16
16     Q.   Was it on season or off season?      12:02:16
17     A.   I think it was off season.          12:02:22
18     Q.   Was it before a season or just after  12:02:26
19 a season?                            12:02:29
20     A.   After a season.                 12:02:30
21     Q.   You don't recall which season it was  12:02:33
22 after?                               12:02:36
23     A.   No, sir.                     12:02:36
24     Q.   Did you ever fail any of the tests,  12:02:39
25 those four tests?                    12:02:42
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 116

```
1           G. Bosetti
2      A.   Not to my knowledge, no.           12:02:43
3      Q.   What was the time frame between the   12:02:44
4  time you took the first test and the time you   12:02:48
5  took the last test?                  12:02:50
6      A.   I don't know.                   12:02:51
7      Q.   Was it all done in the same week, the  12:02:59
8  same month, same couple of months?           12:03:02
9      A.   Probably a couple of months.         12:03:04
10     Q.   So it's the best of your recollection  12:03:06
11 that from the time you took the first test till  12:03:09
12 the time you took the last one it was a couple  12:03:12
13 of months?                           12:03:14
14     A.   Probably.                     12:03:15
15     Q.   What was the process of scheduling   12:03:15
16 these tests?  Did you do it yourself or did   12:03:18
17 someone do it for you?                12:03:20
18     A.   Somebody had to do it for me.  I      12:03:21
19 didn't schedule it.                  12:03:28
20     Q.   And who did it for you?             12:03:28
21     A.   Either -- again, I don't know when    12:03:30
22 Chief Paradiso was out.  It was either Chief   12:03:37
23 Paradiso, if he was out, then it was George   12:03:41
24 Hesse.  I don't know.                 12:03:43
25     Q.   So someone at Ocean Beach actually   12:03:44
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 117

```
1           G. Bosetti
2  did the scheduling for you?              12:03:46
3      A.   The supervisor.                  12:03:47
4      Q.   Did you receive any notice from Civil  12:03:48
5  Service as to when these were scheduled for?    12:03:51
6      A.   I don't recall.                  12:03:53
7      Q.   Just so I'm clear and so the record   12:04:03
8  is clear, so prior to taking these tests several  12:04:05
9  years after you started working, you hadn't    12:04:10
10 taken any of those tests while you were employed  12:04:13
11 at Ocean Beach, correct?                12:04:15
12     A.   Correct.                      12:04:17
13     Q.   And from that I assume that you      12:04:17
14 hadn't passed either the medical, the polygraph,  12:04:20
15 the physical agility or the psychological from  12:04:23
16 Suffolk County prior to several years after    12:04:28
17 working there?                       12:04:30
18         MR. NOVIKOFF:  Objection.        12:04:31
19         If he didn't take the test, how could  12:04:32
20 he have passed or failed the test?           12:04:34
21     A.   Yeah.  Can you rephrase the question,  12:04:35
22 please?                              12:04:37
23     Q.   Sure.                        12:04:37
24         It just flows from the fact you had   12:04:39
25 to take it.  I just want to establish the fact  12:04:41
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 118

G. Bosetti

1
2  that you hadn't passed either the medical, the      12:04:42
3  polygraph, the physical agility or the             12:04:45
4  psychological at Suffolk County for the first      12:04:47
5  group of years that you worked as a police         12:04:51
6  officer at Ocean Beach.                            12:04:53
7        MR. NOVIKOFF:  Objection.  I still           12:04:53
8  don't understand.  No test was taken.              12:04:54
9     A.  I didn't take it, yes.                      12:04:56
10    Q.  You didn't take it, you didn't pass         12:04:58
11 it, correct?                                       12:05:00
12       MR. NOVIKOFF:  Objection.  How could         12:05:00
13 you pass or fail something you don't take?         12:05:02
14       MR. GOODSTADT:  That's the point; he         12:05:04
15 hadn't passed them because he hadn't taken         12:05:06
16 them.                                              12:05:07
17       MR. NOVIKOFF:  Object.  I'm still            12:05:07
18 confused.                                          12:05:08
19    A.  You can say I haven't.  I didn't take       12:05:09
20 them.                                              12:05:11
21    Q.  And you didn't pass them, you didn't        12:05:12
22 fail them, right, because you didn't take them.    12:05:14
23 Is that fair?                                      12:05:16
24    A.  I didn't take them.                         12:05:16
25       MR. NOVIKOFF:  Objection.               12:05:17

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 119

G. Bosetti

1
2     Q.  Did you take any tests prior to being      12:05:18
3  hired as a police officer in Ocean Beach in        12:05:26
4  connection with Suffolk County or Ocean Beach?     12:05:30
5     A.  No, I don't think so.                       12:05:36
6     Q.  So you didn't have to take a written        12:05:38
7  Civil Service test?                                12:05:41
8        MR. NOVIKOFF:  Objection.  Form.            12:05:43
9     A.  No, sir.                                    12:05:45
10    Q.  During the years that you worked as a       12:05:45
11 police officer in Ocean Beach without passing      12:05:52
12 the tests, you were paid as a police officer,      12:05:54
13 correct?                                           12:05:58
14       MR. NOVIKOFF:  Objection.  Form.             12:05:58
15    A.  I'm sorry.  Rephrase that again.            12:06:03
16    Q.  Sure.                                       12:06:05
17       We've established now that there were        12:06:06
18 certain tests that Civil Service, that you were    12:06:08
19 told Civil Service required you to take,           12:06:11
20 correct?                                           12:06:13
21       MR. NOVIKOFF:  Objection.                    12:06:13
22    Q.  We've gone over them, correct?              12:06:14
23       MR. NOVIKOFF:  Objection.                    12:06:15
24    Q.  We've established that you passed all       12:06:17
25 those tests, you didn't fail any of them,          12:06:19

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 120

G. Bosetti

1
2  correct?                                           12:06:21
3     A.  That's correct.                             12:06:21
4     Q.  We've established that you passed           12:06:21
5  those tests some point several years after you     12:06:23
6  started working at Ocean Beach, correct?           12:06:25
7        MR. NOVIKOFF:  Objection.                    12:06:27
8     A.  Correct.                                    12:06:28
9     Q.  Okay.  So I'm focusing on the time          12:06:28
10 frame between the time that you started working    12:06:30
11 as a police officer in Ocean Beach in 2002 and     12:06:33
12 the time that you passed those tests.              12:06:35
13       Do you understand that time frame?           12:06:38
14    A.  Yes.                                        12:06:39
15    Q.  Okay.  During that time frame were          12:06:40
16 you paid as a police officer in Ocean Beach?       12:06:43
17    A.  Yes.                                        12:06:45
18    Q.  You carried a weapon?                       12:06:45
19    A.  Yes.                                        12:06:47
20    Q.  Did you carry your own weapon or a          12:06:48
21 weapon issued from the department?                 12:06:50
22    A.  My own weapon.                              12:06:52
23    Q.  And you had a -- did you have a             12:06:53
24 permit or a license to that weapon?                12:06:54
25    A.  Yes.                                        12:06:57

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 121

G. Bosetti

1
2     Q.  What kind of permit or license did         12:06:57
3  you have for that weapon?                          12:06:59
4     A.  Nassau County.                              12:07:00
5     Q.  Was that a full carry permit?              12:07:01
6     A.  Yes, sir.                                   12:07:03
7     Q.  When did you get that permit?              12:07:04
8     A.  When I retired from the NYPD.              12:07:05
9     Q.  So it was some point in or around         12:07:08
10 January of 2002?                                   12:07:12
11    A.  January of '02, yes, sir.                  12:07:13
12    Q.  And when you worked with the city,         12:07:15
13 you testified that you never had taken a           12:07:26
14 polygraph, correct?                                12:07:28
15    A.  That's correct.                             12:07:29
16    Q.  So the polygraph that you took when        12:07:30
17 Paradiso told you you needed to take the           12:07:33
18 polygraph or at least take this battery of         12:07:35
19 tests, is that the first polygraph you had ever    12:07:37
20 taken?                                             12:07:40
21       MR. NOVIKOFF:  Objection.                    12:07:45
22    A.  I believe so.  I'm not sure, but I         12:07:49
23 don't recall taking any other polygraph test.      12:07:52
24    Q.  Well, you didn't take one -- you may       12:07:57
25 have taken one outside of the requirements for     12:08:00

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 122

```
 1          G. Bosetti
 2   the New York City Police Department?  Is that    12:08:02
 3   what you're saying?                      12:08:03
 4      A.  Yes.  I'm not sure, but to the best   12:08:04
 5   of my knowledge, I never took a polygraph.  This  12:08:07
 6   is the first one I took Suffolk County?    12:08:09
 7      Q.  Do you recall when you took that    12:08:11
 8   polygraph?                          12:08:13
 9      A.  No, sir.                    12:08:13
10      Q.  You recall what year it was?     12:08:15
11      A.  No, sir.                    12:08:17
12      Q.  Where did you take the polygraph?   12:08:17
13      A.  That's a good question.  I don't    12:08:23
14   recall where I took it.  I don't know if it was   12:08:28
15   at the academy or another building.  It was   12:08:30
16   given by Suffolk County.                 12:08:32
17      Q.  How were the other tests, where were   12:08:36
18   they performed?                      12:08:43
19      A.  Where exactly I don't recall.     12:08:44
20          The physical, I'm sorry, the physical  12:08:49
21   was at the police academy.              12:08:51
22      Q.  In Suffolk County?             12:08:53
23      A.  In Suffolk County, yes.         12:08:54
24      Q.  And prior to that day --         12:08:55
25      A.  I'm pretty sure.              12:08:56
```

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 123

```
 1          G. Bosetti
 2      Q.  Had you ever been to the Suffolk    12:08:57
 3   County Police Academy prior to taking your    12:08:59
 4   physical?                          12:09:00
 5      A.  Possibly.  I'm not sure.        12:09:00
 6      Q.  And how long was it between the time   12:09:08
 7   that you learned you had to take these tests   12:09:18
 8   until the time you actually took the first of   12:09:20
 9   these tests?                        12:09:22
10      A.  Again, I don't know.  I'm not sure.   12:09:24
11      Q.  Did you ever -- do you know why this   12:09:36
12   was being raised that you had to take these    12:09:39
13   tests for the first time several years after you  12:09:42
14   started working there?                 12:09:44
15          MR. NOVIKOFF:  Objection.        12:09:45
16      A.  Do I know why?                12:09:48
17      Q.  Yes.                       12:09:51
18          MR. NOVIKOFF:  Does he know why now   12:09:53
19   or did he know why at the time?           12:09:55
20      Q.  Well, why don't we start with now.   12:09:56
21          MR. NOVIKOFF:  Objection.        12:09:58
22      A.  Do I know why?  Yes.            12:10:00
23      Q.  And why is that?              12:10:02
24      A.  I guess the rules, regulations    12:10:03
25   changed.  I don't know.  I had to take the test.  12:10:08
```

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 124

```
 1          G. Bosetti
 2      Q.  Sitting here today, you -- I asked if   12:10:11
 3   you know why you had to take them.          12:10:14
 4          Your testimony is because the rules   12:10:15
 5   and regulations changed?                12:10:16
 6          MR. NOVIKOFF:  Objection.        12:10:18
 7          His testimony was what it was.     12:10:18
 8      A.  No.                       12:10:21
 9      Q.  Were you speculating that the rules   12:10:21
10   changed or do you know that's the reason why?   12:10:23
11          MR. NOVIKOFF:  Objection.        12:10:26
12      A.  When you take a job, you don't    12:10:28
13   question their regulations; why or when or how,   12:10:33
14   you know?  You accept the fact that I'm a police  12:10:33
15   officer.  When they tell you now you got to take   12:10:36
16   a test, you take the test.              12:10:38
17      Q.  I understand that, but I asked you a   12:10:39
18   specific question before.  I asked sitting here   12:10:42
19   today, do you know why they had a change, why   12:10:44
20   you had to take the test, and you testified    12:10:48
21   something to the effect that the rules and    12:10:52
22   regulations had changed.               12:10:54
23          MR. NOVIKOFF:  Objection.        12:10:55
24      Q.  I wanted you to clarify that, what   12:10:56
25   you meant by that.                    12:10:58
```

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 125

```
 1          G. Bosetti
 2          MR. NOVIKOFF:  Objection.        12:10:59
 3      Q.  Could you clarify what you meant by   12:11:00
 4   that?                             12:11:01
 5          MR. NOVIKOFF:  Note my objection.   12:11:02
 6      A.  What might be good today isn't good   12:11:03
 7   tomorrow, you know?  Suddenly now you need --   12:11:07
 8   you have to take a Civil Service test.       12:11:10
 9      Q.  Was there some rule or regulation    12:11:12
10   that you're aware of that changed at that time?   12:11:15
11      A.  No, sir.                    12:11:15
12      Q.  So you're speculating that a rule or   12:11:16
13   regulation changed, right?              12:11:18
14      A.  Yes.                       12:11:19
15      Q.  Do you know how Civil Service became   12:11:22
16   aware that you hadn't taken these tests?      12:11:24
17      A.  No, sir.                    12:11:27
18      Q.  Did you ever hear that one of the    12:11:27
19   plaintiffs called Civil Service to alert them to   12:11:31
20   the fact that you hadn't passed these tests?    12:11:33
21          MR. NOVIKOFF:  Objection.        12:11:35
22      A.  There was rumors to the effect but it   12:11:36
23   didn't bother me.                    12:11:41
24      Q.  What were those rumors?          12:11:42
25      A.  I'm sorry?                   12:11:43
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 126

G. Bosetti

1
2    Q.   What were those rumors?            12:11:43
3    A.   That somebody called Civil Service  12:11:45
4  and now you gotta take them but...         12:11:47
5    Q.   Who was it rumored that called Civil  12:11:51
6  Service?                                    12:11:53
7    A.   I don't know.  I don't know.        12:11:53
8    A.   Part of the rumors weren't who called  12:11:57
9  Civil Service?                              12:12:00
10   A.   One of these guys here.             12:12:00
11   Q.   Which one?                          12:12:01
12   A.   That I don't know.                  12:12:02
13   Q.   So you had heard a rumor that one of  12:12:04
14  the guys here, meaning Fred Fiorillo, Tom  12:12:07
15  Snyder, Kevin Lamm --                      12:12:10
16   A.   Yes.                                12:12:10
17   A.   -- called Civil Service to alert    12:12:11
18  them that you hadn't taken the test?       12:12:12
19      MR. NOVIKOFF:  Wait.  He in           12:12:15
20  particular or officers?                    12:12:16
21      MR. GOODSTADT:  Officers.             12:12:18
22   A.   Yes.                                12:12:19
23   Q.   Where did you first hear that rumor?  12:12:20
24   A.   I don't recall.                     12:12:22
25   Q.   Was it in the station?              12:12:22

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 127

G. Bosetti

1
2    A.   It was at work, but where at work I  12:12:24
3  don't know.                                 12:12:28
4    Q.   Who did you hear it from?           12:12:28
5    A.   That I don't recall.                12:12:30
6    Q.   Do you recall anyone you ever heard  12:12:31
7  that rumor from?                            12:12:33
8    A.   No, sir.                            12:12:33
9    Q.   Who have you discussed that rumor   12:12:34
10  with?                                      12:12:37
11   A.   I don't know.                       12:12:37
12      MR. NOVIKOFF:  Objection.             12:12:39
13   Q.   Do you recall anyone you ever       12:12:39
14  discussed that rumor with?                 12:12:41
15      MR. NOVIKOFF:  Objection.             12:12:42
16   A.   No, not really.                     12:12:42
17   Q.   And what was the actual rumor that  12:12:45
18  you heard?                                 12:12:49
19   A.   Somebody was, I don't know, dropped a  12:12:49
20  dime, called Civil Service.  Like I said, it  12:12:54
21  didn't matter to me.                       12:12:59
22   Q.   Did it matter to anyone at the      12:12:59
23  station?                                   12:13:02
24      MR. NOVIKOFF:  Objection.             12:13:02
25   Q.   Did anyone tell you that it mattered  12:13:03

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 128

G. Bosetti

1
2  to them?                                    12:13:05
3      MR. NOVIKOFF:  Objection.              12:13:05
4    A.   No, not that I know.                12:13:05
5    Q.   Was anyone upset by it?             12:13:07
6      MR. NOVIKOFF:  Objection.              12:13:10
7    A.   Not that I know.                    12:13:10
8    Q.   Did you ever hear anyone use the    12:13:11
9  phrase "rat" when referring to one of these  12:13:15
10  three guys for the belief that they had called  12:13:17
11  Civil Service?                             12:13:20
12   A.   No.                                 12:13:20
13   Q.   You know what I mean by when I say  12:13:21
14  "rat"?                                     12:13:23
15   A.   Oh, yeah.                           12:13:23
16   Q.   What does that mean?                12:13:24
17   A.   Rat.  They're not rats, they're     12:13:25
18  corrupt but they're not rat.               12:13:28
19   Q.   What does a rat mean?               12:13:29
20   A.   Somebody who's going to tell things  12:13:31
21  about other people.                        12:13:38
22   Q.   Someone who's going to drop a dime on  12:13:39
23  you?                                       12:13:42
24   A.   Well, if you want to use cop lingo,  12:13:42
25  yeah.                                      12:13:44

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 129

G. Bosetti

1
2    Q.   What did you mean by "drop a dime"  12:13:45
3  when you said that before?                  12:13:47
4    A.   That's it, just somebody who's going  12:13:48
5  to, you know, just tell things I guess.     12:13:51
6    Q.   So is drop a dime someone ratting on  12:13:57
7  you, or are those cop lingo different terms?  12:14:02
8      MR. NOVIKOFF:  Objection.  I don't     12:14:05
9  think you've established that rat is a cop   12:14:06
10  lingo.                                      12:14:08
11   A.   Yeah.                               12:14:08
12   Q.   Is the word -- well, why don't we   12:14:09
13  establish that.                            12:14:10
14      You ever hear the word "rat" in       12:14:11
15  connection with your service as a police   12:14:13
16  officer?                                    12:14:15
17      MR. NOVIKOFF:  You mean saying an     12:14:15
18  actual rat or --                           12:14:16
19      MR. GOODSTADT:  No.                    12:14:18
20   A.   Excuse me.  Yes.                     12:14:19
21   Q.   And did you ever hear that word used  12:14:20
22  in reference to another police officer?    12:14:22
23   A.   To another police officer, yes.     12:14:24
24   Q.   Or about another police officer?    12:14:25
25   A.   Yes.                                12:14:27

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 130

G. Bosetti

1
2     Q.   Okay.  What does it mean to be a rat   12:14:27
3  in connection with you hearing one police   12:14:32
4  officer using the term about another police   12:14:37
5  officer.                              12:14:39
6     A.   It's -- it could be a broad term too.   12:14:43
7  You know, somebody who tells something that, you   12:14:46
8  know, nobody else is supposed to know.   12:14:51
9     Q.   And what is your understanding of the   12:14:54
10 term "drop a dime" in police lingo, same thing?   12:14:56
11    A.   Basically, yes.              12:15:02
12    Q.   Did you ever hear anyone use the term   12:15:10
13 "rat" in connection with any of the plaintiffs   12:15:12
14 in this case?                        12:15:14
15         MR. NOVIKOFF: Objection.  Asked and   12:15:15
16 answered.                            12:15:16
17    A.   No, sir.                    12:15:16
18    Q.   Did you ever use the word "rat" in   12:15:17
19 connection with any of the plaintiffs in this   12:15:21
20 case?                                12:15:23
21         MR. NOVIKOFF: Objection.  Asked and   12:15:23
22 answered.                            12:15:24
23    A.   No, sir.                    12:15:24
24    Q.   How about the term "Civil Service   12:15:24
25 rat"?  Did you ever hear anyone use that term in   12:15:27

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 131

G. Bosetti

1
2  connection with any of the plaintiffs in this   12:15:31
3  case?                                12:15:31
4     A.   No, sir.                    12:15:32
5     Q.   Have you ever used that term, "Civil   12:15:32
6  Service rat"?                        12:15:35
7     A.   No, sir.                    12:15:35
8     Q.   You ever hear George Hesse use that   12:15:37
9  term, "Civil Service rat"?            12:15:40
10    A.   I never heard him.           12:15:41
11    Q.   Do you know what the term "mutt"   12:15:42
12 means in police lingo?  Is there a term "mutt"?   12:15:44
13    A.   In police lingo?  I don't know if   12:15:47
14 it's police lingo but, you know, yes.   12:15:52
15    Q.   What's your understanding of the word   12:15:56
16 "mutt" in connection with not the actual dog   12:15:58
17 that's walking around?                12:16:03
18    A.   Right.                      12:16:04
19         Somebody isn't so good.       12:16:10
20    Q.   What do you mean somebody isn't so   12:16:12
21 good?                                12:16:12
22    A.   You know, not a nice person.   12:16:15
23    Q.   Does mutt have anything to do with   12:16:18
24 the same definition that you gave for rat and   12:16:20
25 drop a dime or is it something different?   12:16:26

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 132

G. Bosetti

1
2         MR. NOVIKOFF: Objection.       12:16:28
3     A.   I don't know.  I gotta go back and   12:16:28
4  check the dictionary but...           12:16:33
5     Q.   You were a police officer for 27   12:16:35
6  years, correct?                      12:16:37
7     A.   Twenty-six.                 12:16:38
8         MR. NOVIKOFF: I think he testified   12:16:40
9  that mutt is not necessarily a police lingo   12:16:41
10 word.                                12:16:41
11        MR. GOODSTADT: And then he testified   12:16:43
12 it was.                              12:16:44
13        MR. NOVIKOFF: No, I don't think he   12:16:45
14 did.                                 12:16:46
15        MR. GOODSTADT: Yes, he did.   12:16:46
16        MR. NOVIKOFF: Okay.           12:16:47
17    A.   A mutt, that's not a nice person.   12:16:49
18    Q.   So is it your understanding that's   12:16:51
19 different than the term "rat" or "drop a dime"?   12:16:53
20    A.   Yes.                        12:16:55
21        MR. NOVIKOFF: Objection.       12:16:56
22    Q.   Who else, to your knowledge, had to   12:17:01
23 take these tests at or around the same time you   12:17:03
24 did who were police officers in Ocean Beach?   12:17:05
25    A.   Let's see.  I know my brother did.   12:17:08

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 133

G. Bosetti

1
2     Q.   Okay.                       12:17:11
3     A.   Who else.                   12:17:14
4         Oh, Arnie Hardman.           12:17:15
5     Q.   Anyone else who you're aware of?   12:17:19
6     A.   I'm trying to think.  There might   12:17:24
7  have been somebody else, but I can't recall.   12:17:32
8     Q.   Did Ty Bacon have to take the tests?   12:17:34
9     A.   I'm not sure.               12:17:39
10    Q.   On the days that you went to take the   12:17:44
11 different tests, did you go by yourself or did   12:17:47
12 you go with somebody?                 12:17:49
13    A.   I think there was other people except   12:17:50
14 for the poly.                        12:17:57
15    Q.   The poly --                 12:17:57
16    A.   I went myself.              12:17:57
17    Q.   So the poly you went yourself, the   12:17:57
18 other tests had other people there that day?   12:17:59
19    A.   Yes, sir.                   12:18:01
20    Q.   Who else was there on the day you   12:18:01
21 took the physical?                   12:18:03
22    A.   It was myself, my brother Richard   12:18:05
23 Bosetti, Arnie Hardman.  I keep thinking there's   12:18:12
24 somebody else.  I just can't place them.   12:18:19
25    Q.   Did either Hesse or Paradiso go with   12:18:21

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 134

```
1          G. Bosetti
2  you to the physical?              12:18:24
3      A.   Paradiso was at the physical.    12:18:25
4      Q.   Who was there on the day that you    12:18:28
5  took the psychological?           12:18:32
6      A.   Nobody.                   12:18:38
7          Other cops you mean.      12:18:43
8      Q.   Other cops.  I mean other cops at    12:18:44
9  Ocean Beach.  I'm not talking about people you    12:18:49
10  didn't know.                      12:18:51
11     A.   Geez.  I don't know if my brother    12:18:51
12  took it the same day as me or not.  I'm not    12:18:53
13  sure.  Sorry.                     12:18:59
14     Q.   Did either Paradiso or Hesse attend    12:19:00
15  the psychological with you?        12:19:04
16     A.   No.  Oh, no, no.          12:19:05
17     Q.   Where was the psychological given?    12:19:08
18     A.   That I don't recall.      12:19:12
19     Q.   How about the medical?  Anybody else    12:19:13
20  go the same day as you for the medical?    12:19:16
21     A.   I'm sure they did.  I just don't    12:19:20
22  recall.                           12:19:23
23     Q.   Where did you take the medical?    12:19:23
24     A.   That I don't recall.      12:19:25
25     Q.   Did Paradiso or Hesse attend the    12:19:26
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 135

```
1          G. Bosetti
2  medical with you?                 12:19:28
3      A.   I don't believe so.      12:19:29
4      Q.   Do you know whether Pat Cherry was    12:19:35
5  ever told that he needed to take these tests?    12:19:40
6      A.   That I don't know.       12:19:43
7      Q.   Was Pat Cherry a cop at Ocean Beach?    12:19:44
8      A.   I believe -- I don't want to say.  I    12:19:47
9  thought maybe his first year.  Then he became a    12:19:54
10  dispatcher or he was always a dispatcher.  I'm    12:19:56
11  not sure.                         12:20:00
12     Q.   Did you have to fill out any    12:20:05
13  paperwork in connection with any of these tests?    12:20:08
14     A.   I'm sure I did.  I don't remember.    12:20:10
15     Q.   Do you recall which tests you had to    12:20:15
16  fill out paperwork for?            12:20:17
17     A.   Whenever you take a test, there's    12:20:18
18  always some paperwork involved.    12:20:20
19     Q.   So you had to fill out paperwork for    12:20:22
20  each of the four tests?            12:20:24
21     A.   I believe so.            12:20:25
22     Q.   And I know we talked about the four    12:20:26
23  tests.                            12:20:30
24          Do you know whether a background was    12:20:31
25  done of you at that time as well?    12:20:33
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 136

```
1          G. Bosetti
2          MR. NOVIKOFF:  Objection.  Asked and    12:20:34
3  answered.                         12:20:35
4      A.   I don't know.            12:20:35
5      Q.   Did you have to fill out any    12:20:38
6  background information at or about that time?    12:20:41
7      A.   Yes, I believe we did.    12:20:45
8      Q.   And what background information did    12:20:47
9  you fill out?  What were the forms?    12:20:51
10     A.   An in-depth background.    12:20:54
11     Q.   What do you mean by an in-depth    12:20:59
12  background?                       12:21:03
13     A.   All kinds of questions.   12:21:03
14     Q.   Did you keep a copy of any of the    12:21:09
15  paperwork that you filled out?    12:21:11
16     A.   No.                      12:21:12
17     Q.   Who did you give the paperwork to for    12:21:12
18  these tests?  Who did you submit them to?    12:21:15
19     A.   I don't know if it was Sergeant Hesse    12:21:18
20  or Chief Paradiso.                12:21:25
21     Q.   Did you submit any paperwork to the    12:21:29
22  county or you just submitted them to Hesse or    12:21:31
23  Paradiso?                         12:21:36
24          MR. NOVIKOFF:  Objection.    12:21:36
25     A.   I believe I just submitted it to    12:21:37
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 137

```
1          G. Bosetti
2  them.                             12:21:38
3      Q.   To Hesse or Paradiso?     12:21:39
4      A.   Yes, sir.                12:21:41
5      Q.   Did you ever hear of the Ocean Beach    12:21:41
6  Police Department Applicant Investigation    12:21:47
7  Section?                          12:21:48
8      A.   No, sir.                 12:21:51
9      Q.   You never heard of any such entity or    12:21:53
10  section?                          12:21:55
11     A.   No, sir.                 12:21:57
12          MR. GOODSTADT:  Mark this as    12:22:00
13  G. Bosetti 3.                     12:22:02
14          (Plaintiffs' Exhibit G. Bosetti 3,    12:22:52
15  Incorporated Village of Ocean Beach Police    12:22:52
16  Department Questionnaire dated 5/4/05,    12:22:58
17  marked for identification, as of this    12:22:58
18  date.)                            12:22:58
19          MR. GOODSTADT:  I've placed in front    12:22:26
20  of Mr. Bosetti what's now been marked as    12:22:27
21  G. Bosetti 3.  It is a multiple page    12:22:30
22  exhibit and it bears Bates numbers 8221    12:22:32
23  through 8240.                     12:22:35
24  BY MR. GOODSTADT:                  12:22:39
25     Q.   Mr. Bosetti, do you recognize the    12:22:39
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 138

```
1          G. Bosetti
2   document that's now been marked as G. Bosetti 4?   12:22:41
3        MR. NOVIKOFF:  Three or four?       12:22:44
4        MR. GOODSTADT:  Oh, three.  I        12:22:45
5   apologize.  Three.                  12:22:46
6    A.   Yes, sir.                   12:22:47
7    Q.   And what is the document?        12:22:47
8    A.   Incorporated Village of Ocean Beach   12:22:49
9   Police Department Questionnaire.  That's what I   12:22:55
10  had to fill out, I believe, when I was taking my   12:22:59
11  test.                          12:23:02
12   Q.   So this is the documentation that you   12:23:02
13  testified to before that you had to fill out?    12:23:06
14       MR. NOVIKOFF:  Objection.         12:23:07
15   A.   Yes, sir.                   12:23:11
16   Q.   Do you know which test this was      12:23:11
17  related to, if any?                  12:23:17
18   A.   Which test this was related to?      12:23:18
19   Q.   Yes.  Was it paperwork that you had   12:23:20
20  to fill out for one of the specific tests that   12:23:24
21  you were taking at the time?             12:23:27
22   A.   I must have.                12:23:27
23       (Document review.)              12:23:33
24   A.   This is the physical, right?        12:23:33
25       (Document review.)              12:23:36
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 139

```
1          G. Bosetti
2    Q.   Does looking through it refresh your   12:23:52
3   recollection?                      12:23:54
4    A.   Yes.  Sorry.                12:23:55
5        What was your question, I'm sorry?     12:23:57
6    Q.   Do you know whether this paperwork    12:23:59
7   that's now been marked as G. Bosetti 3 was    12:24:00
8   filled out in connection with any of the       12:24:03
9   specific tests that you'd taken in connection   12:24:05
10  with Suffolk County Civil Service?         12:24:09
11   A.   I believe so.               12:24:11
12   Q.   Which test was this filled out in     12:24:14
13  connection with?                   12:24:19
14   A.   I don't know if it was one test or    12:24:19
15  just something you had to fill out a booklet and   12:24:21
16  hand in.                        12:24:23
17   Q.   Did you have to fill out -- well,    12:24:23
18  strike that.                      12:24:27
19       The first page, about halfway down is   12:24:28
20  a signature block.                  12:24:30
21       Do you see that?              12:24:31
22       (Document review.)             12:24:33
23   A.   First page?                12:24:35
24   Q.   On page 8221.              12:24:36
25   A.   Yes.                     12:24:38
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 140

```
1          G. Bosetti
2    Q.   Do you see that --            12:24:38
3    A.   Yes.                     12:24:39
4    Q.   -- signature block?            12:24:40
5        Is that your signature next to the    12:24:41
6   word "signature"?                  12:24:42
7    A.   Yes, sir.                  12:24:43
8    Q.   And then it's dated 5/4/05?        12:24:43
9        Do you see that?              12:24:46
10   A.   Yes, sir.                  12:24:47
11   Q.   So it's May 4th, 2005?          12:24:47
12       Does this refresh your recollection   12:24:48
13  as to the time period in which you were taking   12:24:50
14  these tests?                      12:24:53
15   A.   Yeah, it must be.             12:24:54
16   Q.   Did you fill this out before taking   12:24:56
17  the tests?                       12:24:57
18   A.   I don't recall.  I would think so.    12:24:58
19   Q.   Why would you think so?          12:25:05
20   A.   Always had to do paperwork first.    12:25:06
21   Q.   Did you fill out paperwork that was   12:25:11
22  similar to this in 2002 prior to starting to   12:25:13
23  work at Ocean Beach?                12:25:18
24   A.   Similar to this I don't recall.      12:25:18
25   Q.   If you look at the first page again,   12:25:23
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 141

```
1          G. Bosetti
2   which is 8221, do you see in the corner 8221?   12:25:25
3    A.   Yes, sir.                  12:25:27
4    Q.   If you look down on the first       12:25:28
5   paragraph, it says, "I, Gary Bosetti..." and you   12:25:31
6   filled that in, Gary Bosetti there?         12:25:34
7    A.   Yes, sir.                  12:25:35
8    Q.   "...understand that failure to       12:25:37
9   complete and return the questionnaire and     12:25:38
10  documents I have been personally given today to   12:25:40
11  the Ocean Beach Police Department Application   12:25:43
12  [sic] Investigation Section no that later than   12:25:45
13  11 a.m. on 5/5/05 -- 5/15/05..."           12:25:48
14       Do you see that?              12:25:51
15   A.   Yes.                     12:25:51
16   Q.   Does that refresh your recollection   12:25:51
17  as to what an Ocean Beach Police Department    12:25:52
18  Applicant Investigation Section is?          12:25:55
19       MR. NOVIKOFF:  Objection.         12:25:57
20       I don't think his recollection needed   12:25:59
21  to be refreshed.                   12:26:01
22   A.   Yes, sir, I guess so.           12:26:05
23   Q.   Did you return this to the Ocean    12:26:07
24  Beach Police Department Applicant Investigation   12:26:11
25  Section as it says that you should do on page   12:26:11
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 142

```
          G. Bosetti
1
2  8221?                          12:26:15
3     A.  I must have.            12:26:17
4     Q.  And who in the Ocean Beach Police   12:26:19
5  Department Applicant Investigation Section did   12:26:21
6  you return this to?            12:26:22
7     A.  It was either Chief Paradiso or   12:26:25
8  George Hesse.                  12:26:30
9     Q.  Do you know who was the head of that   12:26:30
10 section?                       12:26:36
11    A.  No, sir, I don't.       12:26:36
12    Q.  Do you know what that section did?   12:26:37
13        MR. NOVIKOFF:  Objection.  Assuming   12:26:41
14 there's even a section.         12:26:43
15    A.  Investigate applicants.  12:26:44
16    Q.  What's your basis of understanding   12:26:47
17 that, just the name of it?      12:26:49
18    A.  That's what they do.  That's what it   12:26:51
19 says.  That's the name of it.   12:26:53
20    Q.  Do you know when that section was   12:26:58
21 created?                       12:27:00
22    A.  No, sir, I don't.       12:27:01
23    Q.  And it says that if it's not   12:27:02
24 provided -- is provided "...no later than 11   12:27:05
25 a.m. on 5/15/05 that shall result in the removal   12:27:10
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 143

```
          G. Bosetti
1
2  of your name from the current certified list of   12:27:14
3  police officer candidates."    12:27:17
4     Do you see that?            12:27:18
5     A.  Yes, I do.             12:27:18
6     Q.  What certified list of police officer   12:27:19
7  candidates is that referring to?   12:27:21
8        MR. NOVIKOFF:  Objection.   12:27:22
9     A.  I don't know.           12:27:24
10    Q.  So in May of '05, you don't know if   12:27:25
11 you were on some certified list of police   12:27:29
12 officer candidates?            12:27:33
13    A.  I was a police officer.  I must have   12:27:35
14 been certified.                12:27:39
15    Q.  Well, my question was do you know any   12:27:40
16 certified list of police officer candidates in   12:27:43
17 which you were on as of May 5th -- as of May   12:27:45
18 4th, 2005?                     12:27:49
19    A.  No, sir.               12:27:50
20    Q.  Do you know whether George Hesse had   12:27:51
21 training in performing background   12:28:00
22 investigations?                12:28:02
23    A.  I don't know.           12:28:04
24    Q.  If you look at the third page, which   12:28:08
25 is 8223 --                     12:28:11
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 144

```
          G. Bosetti
1
2     A.  Yes.                    12:28:13
3     Q.  -- if you look about two-thirds of   12:28:13
4  the way down there's a box that says, "Signed"   12:28:16
5  with a signature next to it.    12:28:19
6     Do you see that?            12:28:20
7     A.  Yes, sir.              12:28:20
8     Q.  And that's your signature?   12:28:21
9     A.  Yes, sir.              12:28:22
10    Q.  If you look under it, there's a   12:28:23
11 notary public, not a stamp but it's a   12:28:27
12 handwritten notary public qualification.   12:28:30
13    Do you see that?            12:28:32
14    A.  Yes.                    12:28:32
15    Q.  And that's Arnold E. Hardman.   12:28:33
16    Do you see that?            12:28:35
17    A.  Yes.                    12:28:35
18    Q.  Is that the same Hardman who is a   12:28:36
19 police officer in Ocean Beach?   12:28:39
20    A.  One and the same, yes.   12:28:39
21    Q.  And he was required to take these   12:28:41
22 tests also at that time?        12:28:45
23        MR. NOVIKOFF:  Objection.   12:28:47
24    Q.  He's one of the guys you testified to   12:28:48
25 before?                        12:28:50
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 145

```
          G. Bosetti
1
2     A.  Yes, I believe so.       12:28:50
3     Q.  Now if you look the third paragraph   12:28:51
4  down, it says, "On 5/1/05, Commanding Officer   12:28:54
5  George Hesse of the Ocean Beach Police   12:29:00
6  Department Applicant Investigation Section has   12:29:03
7  advised me that at this point in the selection   12:29:04
8  process I am being presented with a conditional   12:29:09
9  offer of employment in accordance with 42 U.S.C.   12:29:11
10 Section 12112 of the Americans with Disabilities   12:29:15
11 Act."                          12:29:18
12    Do you see that?            12:29:18
13    A.  Yes, sir.              12:29:18
14    Q.  In May of '05, did George Hesse give   12:29:19
15 you some kind of conditional offer of   12:29:21
16 employment?                    12:29:23
17        MR. NOVIKOFF:  Other than what's   12:29:25
18 stated in here?                12:29:27
19    Q.  Do you recall him giving a   12:29:27
20 conditional offer of employment?   12:29:29
21        MR. NOVIKOFF:  Objection.   12:29:31
22    A.  I don't recall that.     12:29:31
23    Q.  Were you applying for employment with   12:29:32
24 Ocean Beach at this time in May of '05?   12:29:34
25    A.  I was employed at Ocean Beach at this   12:29:37
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 146

```
1           G. Bosetti
2      time.                        12:29:39
3      Q.   So if you look at the paragraph    12:29:39
4   before that where it says, "As part of this    12:29:40
5   preemployment stage of the selection process, a   12:29:42
6   background investigation of my character has    12:29:45
7   been initiated," do you see that?    12:29:46
8      A.   Yes.                     12:29:48
9      Q.   What was your understanding of the   12:29:48
10  preemployment stage of your selection process at  12:29:50
11  that time?                       12:29:52
12      MR. NOVIKOFF: Objection. Assuming    12:29:52
13  he had an understanding.             12:29:54
14      A.   I'm sorry. Rephrase that question.    12:29:57
15  Let me put my glasses back on.       12:29:58
16      Q.   I just want to know what your     12:30:00
17  understanding of the paragraph above the one,    12:30:01
18  well, the one that I just read actually, that    12:30:04
19  paragraph, what that means, meaning what is the   12:30:06
20  preemployment stage of the selection process    12:30:09
21  that's being referred to there. If you know.    12:30:11
22      MR. NOVIKOFF: What it means to whom,   12:30:13
23  Hesse?                           12:30:15
24      MR. GOODSTADT: To him, Mr. Bosetti.   12:30:16
25      MR. NOVIKOFF: Objection.         12:30:17
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 147

```
1            G. Bosetti
2       MR. GOODSTADT: I mean he's signing   12:30:18
3   something under oath that has those words    12:30:18
4   on it so I just want to know what his    12:30:20
5   understanding was.                   12:30:21
6       MR. NOVIKOFF: Objection.         12:30:22
7       A.   Okay. Ask me that again. I'm sorry.   12:30:29
8       MR. NOVIKOFF: Just because he signed   12:30:32
9   it I mean...                       12:30:33
10      If you can answer the question. I'm    12:30:34
11  confused by it.                      12:30:35
12      MR. GOODSTADT: Okay.             12:30:37
13      Q.   The question is, what is your     12:30:37
14  understanding of the phrase the "preemployment   12:30:40
15  stage of the selection process" as it refers to   12:30:43
16  in the second paragraph on 8223?     12:30:46
17      MR. NOVIKOFF: Form.              12:30:49
18      A.   Preemployment stage. Before you can   12:30:53
19  get the job, you gotta take -- you gotta do this   12:30:56
20  stuff here.                        12:30:59
21      Q.   So in May of '05, you testified a    12:30:59
22  moment ago that you were already employed by    12:31:03
23  Ocean Beach, correct?                12:31:05
24      A.   That's correct.                12:31:05
25      Q.   What were you employed as prior to   12:31:06
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 148

```
1           G. Bosetti
2   taking --                          12:31:08
3       A.   Police officer.                12:31:08
4       Q.   And now if you look at that paragraph   12:31:09
5   under, two under that paragraph, so the one that   12:31:11
6   starts, "I understand that this offer of    12:31:14
7   employment..." do you see that?      12:31:15
8       A.   Yes, sir.                     12:31:16
9       Q.   It says, "I understand that this    12:31:16
10  offer of employment is conditional upon my    12:31:18
11  taking and successfully passing a medical exam,   12:31:20
12  a psychological examination, a polygraph    12:31:23
13  examination and a physical fitness screening as   12:31:26
14  administered by the Suffolk County Department of   12:31:28
15  Civil Service."                     12:31:29
16      You see that?                    12:31:31
17      A.   Yes.                         12:31:31
18      Q.   Now at that point in time did you    12:31:31
19  understand that you had an offer of employment   12:31:35
20  in May of '05 or was it your understanding that   12:31:39
21  you were actually employed?          12:31:41
22      A.   Offer of employment?           12:31:41
23      MR. NOVIKOFF: Let the question be    12:31:43
24  finished.                          12:31:44
25      MR. GOODSTADT: That is the question.   12:31:45
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 149

```
1           G. Bosetti
2       MR. NOVIKOFF: Oh, I'm sorry. Object   12:31:46
3   to the form of the question.         12:31:47
4       I think he's already testified to    12:31:49
5   what his understanding is.           12:31:50
6       A.   As far as I understood was that    12:31:52
7   I was a police officer. Basically that's it. I   12:31:54
8   was a police officer and now -- I don't know.    12:31:59
9   Rephrase it again. Ask me something --    12:32:02
10      Q.   I just want to know your         12:32:04
11  understanding of whether you actually had an    12:32:05
12  offer of employment in May of 2005 as reflected   12:32:07
13  on 8223.                           12:32:11
14      MR. NOVIKOFF: Objection form.       12:32:12
15      A.   I'm just -- I'm a little confused and   12:32:13
16  I don't want to answer it, you know, I don't    12:32:16
17  want to lie to you or say anything, but I was a   12:32:19
18  police officer and, you know, taking these tests   12:32:22
19  was just a step I had to do.         12:32:26
20      Q.   Okay. So each year that you came    12:32:28
21  back for the next season --          12:32:31
22      A.   Yes, sir.                     12:32:35
23      Q.   -- were you given an offer of    12:32:35
24  employment or you just were employed as a police   12:32:37
25  officer from '02 through February of '08?    12:32:39
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 150

```
1           G. Bosetti
2      MR. NOVIKOFF:  Objection.      12:32:41
3      A.  Well, the way I understood it, you    12:32:43
4  had to be invited back.              12:32:45
5      Q.  Okay.  Were you actually given any    12:32:47
6  kind of paperwork that says you were being    12:32:49
7  invited back, congratulations, you're being    12:32:51
8  rehired for this year?              12:32:54
9      A.  No, sir.              12:32:55
10     Q.  What was your understanding you had    12:32:55
11 to be invited back from?            12:32:57
12     A.  That it was a seasonal position.    12:32:58
13     Q.  But, sir, you testified --      12:33:02
14     MR. NOVIKOFF:  Whoa, whoa, whoa.  Are    12:33:03
15 you done with your answer?          12:33:04
16     MR. GOODSTADT:  No, I --      12:33:06
17     MR. NOVIKOFF:  No, wait, wait.  Just    12:33:06
18 like you instruct everyone, you ask the    12:33:07
19 questions, you asked him what his      12:33:09
20 understanding was and his beliefs, the    12:33:10
21 witness started answering the question, so    12:33:13
22 I'm going to ask the court reporter if you    12:33:13
23 could just read what the witness' answer    12:33:15
24 was and then if the witness feels he has to    12:33:16
25 complete his answer, he will.        12:33:19
   TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 151

```
1           G. Bosetti
2      If he doesn't, he doesn't.      12:33:20
3  BY MR. GOODSTADT:              12:33:22
4      Q.  So I'll take as much as you want to    12:33:22
5  give me.  That's fine.            12:33:23
6      MR. NOVIKOFF:  So just start with the    12:33:25
7  answer.              12:33:27
8  BY MR. GOODSTADT:              12:33:27
9      Q.  As much information as you want to    12:33:29
10 give me, I'm happy to take.          12:33:30
11     A.  I understand that.          12:33:31
12     (Question was read back as follows:    12:33:31
13     "ANSWER:  That it was a seasonal    12:32:59
14     position.")              12:33:01
15 BY MR. GOODSTADT:              12:33:43
16     Q.  Did you want to finish that answer?    12:33:43
17     A.  It was part time.  That's all.    12:33:47
18     Q.  So was it a seasonal or part time?    12:33:48
19     MR. CONNOLLY:  Objection.      12:33:51
20     MR. GOODSTADT:  Did you object to    12:33:54
21 that question?              12:33:55
22     MR. NOVIKOFF:  Kevin did.      12:33:57
23     A.  To me it meant the same thing.  Maybe    12:34:00
24 it's not, but to me it meant the same thing;    12:34:03
25 seasonal and part time.            12:34:06
   TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 152

```
1           G. Bosetti
2      Q.  So your understanding it was a    12:34:08
3  part-time police officer that invited you back?    12:34:11
4      MR. NOVIKOFF:  Objection.      12:34:12
5      Q.  Is that your understanding, sir?    12:34:15
6      A.  Yes.  Part time, seasonal.      12:34:16
7      Q.  And when you say you were part time    12:34:19
8  and had to be invited back, when did they decide    12:34:22
9  that you had to be invited back?      12:34:24
10     A.  When?              12:34:26
11     Q.  Yeah.  What time frame were you    12:34:27
12 invited back as a part-time police officer?    12:34:29
13     A.  Well, it happened that I worked once    12:34:31
14 a week through the winter also so...      12:34:35
15     Q.  So you were invited back each week?    12:34:37
16     MR. NOVIKOFF:  No, no, no.  He's not    12:34:39
17 done with his answer.            12:34:40
18     Q.  You can finish.          12:34:41
19     A.  Go right ahead.          12:34:42
20     Q.  So you were invited back each week?    12:34:43
21 Is that your understanding?          12:34:46
22     A.  After the summer when they needed    12:34:47
23 bodies to fill in, I would be called up and    12:34:54
24 asked to work.              12:34:57
25     Q.  I understand that you'd be asked to    12:34:57
   TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 153

```
1           G. Bosetti
2  be on the schedule.  I'm talking about inviting    12:35:00
3  you back.  That's a term you phrased.    12:35:02
4      MR. NOVIKOFF:  As a part-time    12:35:04
5  employee.              12:35:05
6      Q.  As a part-time police officer.    12:35:06
7      A.  Yes.              12:35:07
8      Q.  Did they invite you back?      12:35:08
9      Your understanding what you meant by    12:35:09
10 inviting back?              12:35:09
11     MR. NOVIKOFF:  No, object --      12:35:09
12     MR. GOODSTADT:  No, no.  Let me    12:35:13
13 finish the question.  You're objecting in    12:35:13
14 the middle of it.            12:35:15
15     MR. NOVIKOFF:  Well, I thought you    12:35:15
16 were done with it, Andrew.        12:35:16
17     MR. GOODSTADT:  I'm not.      12:35:16
18 BY MR. GOODSTADT:              12:35:17
19     Q.  Using your phrase "invited back" --    12:35:17
20     MR. NOVIKOFF:  Your phrase.      12:35:19
21     MR. GOODSTADT:  No, no.        12:35:19
22     MR. NOVIKOFF:  And then you asked him    12:35:20
23 the question about inviting back.      12:35:21
24     I mean you asked him if he's invited    12:35:23
25 back as a part time...  Presumably, Andrew,    12:35:26
   TSG Reporting - Worldwide   (877) 702-9580
```

Contains Confidential Portions

Page 154

G. Bosetti
1
2   if you're a part-time employee and they      12:35:28
3   don't ask you to come back for another       12:35:30
4   shift, then they haven't invited you back    12:35:32
5   as a part-time employee.          12:35:33
6        I mean I don't know where you're      12:35:35
7   going with this. I mean you obviously are    12:35:36
8   trying to confuse the witness. You know      12:35:38
9   there's a difference between part --      12:35:40
10       MR. GOODSTADT: The day that your     12:35:42
11  deposition is taken, you can answer the      12:35:43
12  questions.               12:35:44
13       MR. NOVIKOFF: Okay.          12:35:44
14       MR. GOODSTADT: Let this off -- let    12:35:45
15  this witness testify --           12:35:47
16       MR. NOVIKOFF: I am.          12:35:48
17       MR. GOODSTADT: -- and you can make   12:35:49
18  your objection. You understand it's       12:35:49
19  inappropriate to make speaking objections,   12:35:51
20  that's what you're doing and I'm going to    12:35:53
21  ask you to stop.             12:35:54
22       If you keep doing it, we'll have to   12:35:54
23  get on the phone with the court.         12:35:56
24       MR. NOVIKOFF: Well --          12:35:56
25       MR. GOODSTADT: I've given you as     12:35:57

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 155

G. Bosetti
1
2   much latitude as I can but --         12:35:57
3        MR. NOVIKOFF: I think this is the    12:35:58
4   only time I've done it and --         12:35:59
5        MR. GOODSTADT: -- now you're      12:36:00
6   testifying for the witness.          12:36:00
7        MR. NOVIKOFF: I think --         12:36:02
8        MR. GOODSTADT: Now you're testifying 12:36:03
9   for the witness.             12:36:04
10       MR. NOVIKOFF: I think that's the    12:36:04
11  only time I've done it because you really    12:36:04
12  are purposely trying to confuse the       12:36:05
13  witness.                12:36:06
14       MR. GOODSTADT: I'm not purposely    12:36:06
15  trying --                12:36:07
16       MR. NOVIKOFF: You are, you are.     12:36:07
17       MR. GOODSTADT: He's testified he was 12:36:08
18  a part-time police officer. Then he       12:36:09
19  testified that --            12:36:10
20       MR. NOVIKOFF: He testified he was    12:36:15
21  seasonal.               12:36:16
22       MR. GOODSTADT: He didn't testify he  12:36:16
23  was seasonal. He never testified he was     12:36:18
24  seasonal.               12:36:19
25       MR. NOVIKOFF: Oh, I think he did. I  12:36:19

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 156

G. Bosetti
1
2   think he did.             12:36:21
3        MR. GOODSTADT: The record will speak 12:36:21
4   for what he testified to.          12:36:22
5        MR. NOVIKOFF: It does.         12:36:22
6        MR. GOODSTADT: And he'll do the     12:36:23
7   testifying, not you, Dan.          12:36:24
8        MR. NOVIKOFF: Okay.          12:36:25
9        MR. GOODSTADT: Okay?          12:36:29
10       MR. NOVIKOFF: You don't have to get  12:36:29
11  testy, Andrew.              12:36:29
12       MR. GOODSTADT: I'm not getting     12:36:29
13  testy.                12:36:29
14       MR. NOVIKOFF: Just because he's not  12:36:30
15  testifying exactly the way --         12:36:32
16       MR. GOODSTADT: He's testifying     12:36:32
17  exactly the way I want him to testify.      12:36:33
18       MR. NOVIKOFF: Oh, no, he's not.     12:36:34
19       MR. GOODSTADT: Oh, believe me, he    12:36:35
20  is.                  12:36:35
21       MR. NOVIKOFF: This is blowing up big 12:36:35
22  time.                 12:36:37
23       MR. GOODSTADT: Yeah, go ahead. Tell 12:36:37
24  the judge that in your summary judgment      12:36:38
25  papers.                12:36:40

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 157

G. Bosetti
1
2        MR. NOVIKOFF: I certainly will.     12:36:41
3        MR. GOODSTADT: Okay. Good.       12:36:42
4   BY MR. GOODSTADT:            12:36:42
5    Q.  Sir, was it your understanding you   12:36:44
6   had to be invited back each week when you worked 12:36:46
7   one day a week?             12:36:49
8    A.  Each week? No.           12:36:50
9    Q.  Well, you used the term "invited    12:36:51
10  back," right?              12:36:53
11       MR. NOVIKOFF: Objection.        12:36:53
12   Q.  As a part-time police officer, what  12:36:54
13  did you mean you had to be invited back?     12:36:55
14       MR. NOVIKOFF: Objection.        12:36:57
15   A.  The way I understood it is beginning 12:37:00
16  of the new -- in the spring, if they liked you, 12:37:02
17  you get invited back. You did a good job, you 12:37:09
18  get invited back.            12:37:10
19   Q.  Did you ever receive an invitation in 12:37:10
20  the mail to come back?           12:37:12
21       MR. NOVIKOFF: Objection. Asked and  12:37:13
22  answered.               12:37:13
23   A.  No.                12:37:16
24   Q.  So what do you mean by in the spring 12:37:16
25  they would invite you back?         12:37:18

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 158

```
 1        G. Bosetti
 2        MR. NOVIKOFF:  Objection.        12:37:20
 3        MR. GOODSTADT:  What's the basis of   12:37:24
 4   your objection?                       12:37:25
 5        MR. NOVIKOFF:  You've asked it now    12:37:25
 6   four times and he's already answered to    12:37:26
 7   you.  I think it's become abusive.    12:37:29
 8        MR. GOODSTADT:  Well, he hasn't   12:37:31
 9   answered.                             12:37:32
10        MR. NOVIKOFF:  Oh, he has.  You just  12:37:32
11   don't like his answers.               12:37:33
12        MR. GOODSTADT:  Well, they've been    12:37:33
13   all nonresponsive.                    12:37:34
14        MR. NOVIKOFF:  Oh, they've been   12:37:35
15   completely responsive.                12:37:36
16        MR. GOODSTADT:  Again, tell it to the  12:37:37
17   judge.                                12:37:38
18        THE WITNESS:  What do you think?  12:37:39
19   A.  Again, in the spring I said I used    12:37:46
20   the phrase "you get invited back."  If they like  12:37:50
21   you, you do a good job, you work that year.  12:37:53
22   Q.  When you say "you work that year,"    12:37:56
23   you're talking about during the season or you're  12:37:59
24   talking about as a part-time police officer?  12:38:01
25        MR. NOVIKOFF:  Object.           12:38:04
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 159

```
 1        G. Bosetti
 2   A.  Again, for the sea -- for me, part    12:38:09
 3   time and seasonal I always looked at as being  12:38:09
 4   the same.                             12:38:12
 5   Q.  So your --                        12:38:12
 6   A.  And maybe there is a difference, but  12:38:13
 7   that's the way I always perceived it to be.  12:38:15
 8   Q.  So your understanding is that when    12:38:17
 9   you worked one day a week after the season  12:38:19
10   ended, that that was part of your seasonal  12:38:21
11   employment?                           12:38:23
12        MR. NOVIKOFF:  Objection.        12:38:24
13   A.  If I wasn't a full-time employee    12:38:26
14   there, then I was seasonal, I was part time,  12:38:28
15   whatever you want to call it.         12:38:32
16   Q.  So just to go back to my question,   12:38:33
17   your understanding was that when you worked one  12:38:36
18   day a week off the season, that was still part  12:38:37
19   of your seasonal employment?          12:38:39
20        MR. NOVIKOFF:  Objection.        12:38:41
21   A.  I'm not there full time so I'm not --  12:38:42
22   I don't know how -- I don't understand it.  12:38:46
23        If I'm not there full time, then it's  12:38:48
24   part time and off season like said.  I might not  12:38:49
25   be right, but I group seasonal and part time as  12:38:55
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 160

```
 1        G. Bosetti
 2   the same thing, and I could be wrong and I  12:38:57
 3   apologize.                            12:38:59
 4   Q.  All I'm asking for is your         12:39:01
 5   understanding.  That's why I prefaced it.  12:39:02
 6        So is it your understanding that when  12:39:03
 7   you worked one day a week during the period  12:39:05
 8   after Labor Day, that that was part of seasonal  12:39:08
 9   employment?                           12:39:13
10        MR. NOVIKOFF:  Objection.        12:39:13
11   A.  Yes or no.                        12:39:16
12   A.  I don't --                        12:39:18
13        MR. NOVIKOFF:  That's a form      12:39:19
14   objection.                            12:39:20
15   A.  I tried to answer that.  It's part  12:39:21
16   -time.  Part of part time seasonal employment.  12:39:24
17   Q.  Did you fill out your paperwork every  12:39:29
18   year that you were invited back?       12:39:31
19   A.  No, sir, I did not.               12:39:32
20   Q.  How were you informed that you were   12:39:35
21   being invited back?                   12:39:37
22   A.  I wasn't.                         12:39:38
23   Q.  If you go to G. Bosetti 3, page 8224,  12:39:49
24   do you see that?                      12:40:01
25   A.  8224?                            12:40:03
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 161

```
 1        G. Bosetti
 2   Q.  Right.                           12:40:05
 3   A.  Okay.                            12:40:05
 4   Q.  You see "Applicant Name"?  Is that   12:40:09
 5   your name right there, correct?        12:40:11
 6   A.  That's correct.                   12:40:12
 7   Q.  Did you handwrite that in there?   12:40:13
 8   A.  I believe I did, yes.             12:40:15
 9   Q.  And that's your Social Security    12:40:16
10   number?                               12:40:17
11   A.  Yes.                             12:40:17
12        MR. NOVIKOFF:  Just note that for  12:40:18
13   some reason his Social Security number was  12:40:20
14   not redacted as it had been in the prior  12:40:22
15   pages, so we'll just keep that        12:40:25
16   confidential.                         12:40:27
17   BY MR. GOODSTADT:                      12:40:28
18   Q.  Do you know what the first sentence,  12:40:28
19   the consent decree referred to in there refers  12:40:30
20   to?                                   12:40:37
21   A.  I think I do, yes.                12:40:37
22   Q.  And what is that referring to?     12:40:39
23   A.  That you're agreeing to disclose the  12:40:41
24   information in here.                   12:40:44
25   Q.  But do you know what the consent   12:40:45
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 162

G. Bosetti

1 decree that's referenced there, what that decree   12:40:47
2 actually refers to?                                12:40:51
3    A.   No.  Maybe you can explain it to me.       12:40:52
4    Q.   Well, I'm just asking whether you          12:40:54
5 know it.                                           12:40:54
6         If you don't, that's fine.                 12:40:56
7    A.   Well, consent, yes, I know what it         12:41:00
8 means.  Okay.                                      12:41:02
9    Q.   So what is your understanding of the       12:41:04
10 phrase "consent decree" as it's referenced in     12:41:05
11 page 8224?                                         12:41:08
12    A.   That I'm giving my permission for         12:41:09
13 this information to be looked at.                  12:41:12
14    Q.   If you look at 8228.                       12:41:22
15         MR. NOVIKOFF:  The one with the line       12:41:27
16 through it?                                         12:41:28
17         MR. GOODSTADT:  Yes.                        12:41:29
18         MR. NOVIKOFF:  Okay.                         12:41:29
19    A.   Okay.                                       12:41:29
20    Q.   You see 8228?  You there?                  12:41:31
21    A.   Yes.                                        12:41:33
22    Q.   And this is a letter from George           12:41:33
23 Hesse to Officer Hannah.                            12:41:39
24         Do you see that?                            12:41:41

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 163

G. Bosetti

1    A.   Yes.                                        12:41:42
2    Q.   When you received this packet, was         12:41:42
3 that before or after you completed your physical    12:41:47
4 fitness test?                                        12:41:50
5         MR. NOVIKOFF:  Actually, before I           12:41:54
6 make an objection, can you read the                 12:41:55
7 question back?                                       12:41:56
8         (Question was read back as follows:         12:41:56
9    "QUESTION:  Hen you received this                 12:41:43
10 packet, was that before or after you               12:41:45
11 completed your physical fitness test?")            12:41:48
12         MR. NOVIKOFF:  Objection.  I think         12:42:02
13 it's been asked and answered.                       12:42:03
14    A.   Like I say, I think I mentioned it         12:42:07
15 before.  I believe it was before I took it.        12:42:09
16    Q.   So when you received this packet, was      12:42:12
17 this page crossed out?                              12:42:16
18         MR. NOVIKOFF:  Objection.                    12:42:18
19    A.   I don't recall.                             12:42:22
20    Q.   You don't recall one way or the           12:42:24
21 other?                                              12:42:26
22    A.   I don't recall.  I didn't fill it out      12:42:26
23 so I don't recall.                                  12:42:34
24    Q.   And you didn't keep a copy of the         12:42:34

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 164

G. Bosetti

1 packet when you got it?                             12:42:34
2    A.   No, sir.                                    12:42:34
3    Q.   And do you know -- do you recognize         12:42:36
4 the handwriting --                                  12:42:39
5    A.   No.                                         12:42:40
6    Q.   -- about three-quarters of the way         12:42:40
7 down the page where it says --                      12:42:42
8    A.   228?                                        12:42:44
9    Q.   Yes.  8228 for the record.                  12:42:45
10    A.   Oh.  "Completed, Sergeant Hesse"?         12:42:50
11    A.   Yeah.                                       12:42:53
12    Q.   Do you recognize whose handwriting         12:42:53
13 that is?                                            12:42:55
14         MR. NOVIKOFF:  Objection.                    12:42:55
15    A.   I don't recognize the handwriting          12:42:55
16 writing.  It's signed Sergeant Hesse.              12:42:57
17    Q.   You don't recognize that to be            12:42:58
18 Sergeant Hesse's handwriting?                       12:43:00
19         MR. NOVIKOFF:  Objection.  He's not         12:43:01
20 an expert.                                          12:43:03
21         You can answer.                             12:43:03
22    A.   No.                                         12:43:04
23    Q.   Do you know what that means,              12:43:04
24 "Completed, Sergeant Hesse 103"?                   12:43:06

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 165

G. Bosetti

1         MR. NOVIKOFF:  Objection.                    12:43:10
2         Never mind.                                  12:43:11
3    A.   Yes.                                        12:43:12
4    Q.   And what does it mean?                      12:43:13
5    A.   Completed?                                  12:43:14
6    Q.   Yes.                                        12:43:15
7         No, no.  In reference to it being on        12:43:17
8 this document.                                      12:43:19
9         MR. NOVIKOFF:  Objection.                    12:43:20
10    A.   I've done everything that was             12:43:23
11 supposed to have been done.                         12:43:24
12    Q.   With respect to the physical fitness       12:43:25
13 test or everything that needed to be done in       12:43:27
14 connection with your employment at Ocean Beach?    12:43:30
15    A.   Well, just looking it over here, it        12:43:32
16 says the physical fitness screening test so --     12:43:34
17    Q.   Did Hesse administer the physical         12:43:37
18 fitness screening test?                             12:43:39
19    A.   No.                                         12:43:39
20    Q.   If you look at the next page --            12:43:43
21    A.   Yes, sir.                                  12:43:46
22    Q.   -- "Medical Release Form," do you see     12:43:46
23 that?                                               12:43:48
24    A.   Yes, sir.                                  12:43:48

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 166

G. Bosetti

1
2    Q.   Who's Bert Gelberg?                12:43:48
3    A.   I know it's a doctor that I was    12:43:54
4    seeing.                                 12:43:57
5    Q.   Is that the doctor that you saw in 12:43:58
6    connection with passing your medical examination   12:44:00
7    for Suffolk County or was it your personal   12:44:02
8    doctor?                                 12:44:04
9        MR. NOVIKOFF: Objection.           12:44:04
10   A.   He was a personal doctor.         12:44:05
11   Q.   Is that the doctor who administered   12:44:06
12   the medical test for Ocean Beach?       12:44:07
13   A.   No, I don't think. That's my      12:44:10
14   personal doctor. I don't know. I don't  12:44:14
15   remember how that worked, no.           12:44:15
16   Q.   Again, do you know what the        12:44:16
17   handwriting on the right side there that says,   12:44:19
18   "Completed, Sergeant Hesse 103," what that   12:44:22
19   means?                                  12:44:24
20   A.   Yes.                              12:44:24
21   Q.   What does that mean?              12:44:25
22   A.   That I've done the medical.        12:44:26
23   Q.   You don't recall when you did the   12:44:29
24   medical?                                12:44:31
25   A.   No, sir.                          12:44:31

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 167

G. Bosetti

1
2    Q.   If you look at page 8236, which is   12:44:33
3    also part of G. Bosetti 3, do you see that?   12:45:06
4    A.   Yes, sir.                         12:45:18
5    Q.   You're on 8236?                   12:45:19
6    A.   Yes.                              12:45:21
7    Q.   Let me ask you a question.        12:45:22
8        Do you see on 8236 there's like a   12:45:23
9    little star above the number there? Do you see   12:45:26
10   it?                                     12:45:28
11   A.   Yes.                              12:45:28
12   Q.   Do you know whether you put that star   12:45:28
13   on that page?                           12:45:30
14   A.   I have no idea.                    12:45:30
15   Q.   Now if you look here it says, "Do you   12:45:31
16   drink alcoholic beverages."             12:45:35
17       Do you see that?                    12:45:37
18   A.   Yes.                              12:45:37
19   Q.   And you checked yes and you wrote   12:45:37
20   what kind, "Beer."                      12:45:40
21       Do you see that ?                   12:45:40
22   A.   Yes.                              12:45:40
23   Q.   Do you drink any other alcoholic   12:45:41
24   beverages other than beer?              12:45:43
25   A.   Mostly beer.                      12:45:44

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 168

G. Bosetti

1
2    Q.   Do you ever drink any rocket fuels?   12:45:47
3    A.   I've had them, yes.               12:45:50
4    Q.   What is a rocket fuel?            12:45:51
5    A.   A drink they make out in Ocean Beach.   12:45:52
6    Q.   Do you know what's in them?       12:45:58
7    A.   I don't know if it's tequila. I'm   12:45:59
8    not sure what's in it.                  12:46:10
9    Q.   When you say "they" make out in Ocean   12:46:11
10   Beach, who are you referring to as "they"?   12:46:13
11   A.   Some of the bars out there.        12:46:14
12   Q.   Which bars?                       12:46:16
13   A.   CJ's makes them. A couple of the   12:46:17
14   others.                                 12:46:22
15   Q.   Which other bars make them?       12:46:23
16   A.   They probably all make them. You   12:46:24
17   just gotta ask for them.                12:46:28
18   Q.   Have you ever drank a rocket fuel at   12:46:29
19   Ocean Beach?                            12:46:32
20   A.   Yes, sir.                         12:46:33
21   Q.   And where did you get the rocket   12:46:34
22   fuels from that you drank at Ocean Beach?   12:46:35
23   A.   Probably CJ's.                    12:46:38
24   Q.   You ever drink a rocket fuel in the   12:46:40
25   station, police station?                12:46:43

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 169

G. Bosetti

1
2    A.   Possibly when I was off duty.       12:46:43
3    Q.   How many times?                   12:46:51
4    A.   I don't know. Maybe once, twice, if   12:46:53
5    that.                                   12:47:01
6    Q.   Just so I understand, you believe   12:47:02
7    that you drank rocket fuels in the police   12:47:04
8    station once or twice?                  12:47:06
9    A.   Off duty.                         12:47:07
10   Q.   Off duty?                         12:47:08
11       MR. NOVIKOFF: Objection. That's   12:47:10
12   what he just testified to.              12:47:11
13   A.   Yes, sir.                         12:47:11
14   Q.   Who else drank rocket fuels at the   12:47:12
15   same time in the police station?        12:47:16
16   A.   Oh, I don't know.                 12:47:17
17   Q.   Did your brother?                 12:47:19
18   A.   I can only speak for myself.        12:47:20
19   Q.   Did you see anybody else drinking   12:47:22
20   rocket fuels at the time?               12:47:24
21   A.   No, sir.                          12:47:25
22   Q.   How did the rocket fuels get to the   12:47:25
23   station?                                12:47:28
24   A.   A couple of times there was a guy   12:47:28
25   Dave Girdon, he used to work there, brought them   12:47:32

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 170

```
1          G. Bosetti
2    by.  They'd go to waste.  They'd just sit there.   12:47:35
3          And sometimes I go in and I get one,    12:47:39
4    and go like I say, I'm off duty.          12:47:43
5    Q.   And you bring it back to the station?   12:47:46
6    A.   Yeah.                    12:47:48
7    Q.   So I'm talking about the one or two    12:47:49
8    times that you drank them in the station, how    12:47:51
9    did they get there?              12:47:53
10   A.   I don't know if I brought them there   12:47:58
11   or Dave Girdon brought them there.        12:48:02
12   Q.   Did anyone from CJ's ever deliver     12:48:04
13   them to the station?             12:48:07
14   A.   Possibly maybe somebody brought it    12:48:08
15   over.                       12:48:14
16   Q.   But you don't recall one way or the   12:48:16
17   other?                      12:48:18
18   A.   No.  Somebody might have brought them   12:48:18
19   over.  I said Dave Girdon used to bring them in.   12:48:20
20   Q.   How many times did Dave Girdon bring   12:48:22
21   them in?                     12:48:25
22   A.   To be honest, around twice.         12:48:26
23   Q.   Were those two of the times that you   12:48:32
24   drank the rocket fuels, when Girdon brought    12:48:34
25   them?                       12:48:36
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 171

```
1          G. Bosetti
2    A.   No.                   12:48:36
3    Q.   Were either of the times that you    12:48:36
4    drank rocket fuels the time when Girdon brought   12:48:38
5    them?                       12:48:41
6    A.   Probably not.  Probably not.        12:48:41
7    Q.   Have you ever witnessed anybody else   12:48:44
8    drinking rocket fuels in the police station?   12:48:47
9    A.   No, sir.                  12:48:50
10   Q.   You ever witness Girdon drink a      12:48:50
11   rocket fuel in the police station?        12:48:53
12   A.   In the police station?           12:48:54
13   Q.   Yes.                    12:48:54
14   A.   No.                    12:48:57
15   Q.   You ever witness your brother drink a   12:48:58
16   rocket fuel in the police station?        12:49:03
17   A.   No.                    12:49:04
18   Q.   Did you ever witness your brother     12:49:04
19   drink a rocket fuel anywhere?          12:49:06
20   A.   That I don't know.            12:49:09
21   Q.   You ever drink a beer in the        12:49:10
22   police station?               12:49:15
23   A.   I'm sorry?                12:49:16
24   Q.   You ever drink a beer in the        12:49:16
25   police station?               12:49:17
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 172

```
1          G. Bosetti
2    A.   Yes.                    12:49:18
3    Q.   How many times?              12:49:19
4    A.   Again, two or three times after my    12:49:20
5    tour.                       12:49:26
6    Q.   Where did you get the beers from that   12:49:26
7    you drank at those times?            12:49:28
8    A.   Probably CJ's.               12:49:29
9    Q.   So how did the beers get from CJ's to   12:49:35
10   the station the times that you drank them?    12:49:38
11   A.   I would get them.             12:49:40
12   Q.   So just so I understand, you would    12:49:42
13   get them, buy them at CJ's and bring them back   12:49:43
14   to the station?               12:49:46
15   A.   Yes, sir.                 12:49:47
16   Q.   Do they ever give you any free beer   12:49:47
17   at CJ's?                     12:49:49
18   A.   No, sir.                  12:49:51
19   Q.   Did you ever drink any of the beer    12:49:51
20   that was confiscated from Ocean Beach residents   12:49:52
21   or visitors?                  12:49:53
22   A.   Yes.                    12:49:55
23   Q.   How many times did you do that?      12:49:57
24   A.   Oh, I can't -- I don't recall how    12:49:58
25   many times.                   12:50:03
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 173

```
1          G. Bosetti
2    Q.   Approximately how many times?        12:50:04
3    A.   Sometimes I, you know, after, you     12:50:04
4    know, after work or if I'm eating or... I can't   12:50:08
5    give you a figure on that.  I don't know.  I    12:50:12
6    don't know.                   12:50:13
7    Q.   More than ten times?            12:50:13
8    A.   Probably around that, if that much.    12:50:15
9    Maybe not.                    12:50:23
10   Q.   Did you ever drink any beer in the    12:50:24
11   police station that was confiscated beer?     12:50:27
12   A.   I don't know.  I'm not sure.  Not     12:50:33
13   that I even recall.             12:50:38
14   Q.   Are there any rules with respect to   12:50:39
15   the beer that was confiscated as to what would   12:50:41
16   happen with them?              12:50:44
17         MR. NOVIKOFF:  Objection.         12:50:48
18   A.   No, not that I know.            12:50:48
19   Q.   Where are the beers kept after      12:50:50
20   they're confiscated?             12:50:53
21         MR. NOVIKOFF:  Objection.         12:50:54
22   Foundation.                   12:50:55
23   A.   In the back room.             12:50:57
24   Q.   What do you mean by "the back room"?   12:50:59
25   A.   Back room of the police station.     12:51:00
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 174

G. Bosetti

1
2    Q.   In some kind of evidence locker?      12:51:02
3    A.   No.                    12:51:04
4    Q.   Where in the back room?          12:51:05
5    A.   On the floor.              12:51:06
6    Q.   In a refrigerator?            12:51:09
7    A.   No.                    12:51:11
8    Q.   Did you ever ask whether you were    12:51:12
9  entitled to drink the beer that was confiscated?  12:51:18
10       MR. NOVIKOFF:  Objection.        12:51:21
11   A.   Ask?                   12:51:26
12   Q.   Yes.                   12:51:26
13   A.   No, I don't think I ever asked.      12:51:27
14   Q.   George Hesse ever drink the beer that  12:51:28
15  was confiscated?                12:51:31
16   A.   No.                    12:51:32
17       MR. NOVIKOFF:  In his presence.      12:51:33
18   Q.   Did you ever witness him.        12:51:34
19   A.   No, no.  George wasn't a drinker.    12:51:35
20   Q.   Who else have you witnessed drink    12:51:36
21  beer that was confiscated other than for    12:51:40
22  yourself?                    12:51:45
23   A.   Beer that was con -- what, on duty,   12:51:52
24  off duty or...                 12:51:54
25   Q.   At all.                  12:51:55
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 175

G. Bosetti

1
2    A.   At all.  Maybe.  I don't know if it   12:51:56
3  was Frank, Tommy.  I know Kevin didn't drink.   12:51:57
4  I'm sure my brother had one.          12:52:09
5    Q.   Did you ever witness your brother    12:52:12
6  drink the confiscated beer?           12:52:15
7    A.   No, because I don't know if it's     12:52:16
8  confiscated or not.               12:52:20
9    Q.   Did you ever witness Frank Fiorilo   12:52:21
10  drink a confiscated beer?            12:52:22
11   A.   Again, yeah, I should clear that up.   12:52:24
12  I don't know if they were confiscated so I   12:52:26
13  should clear that up.              12:52:28
14   Q.   Did you ever witness Frank Fiorilo   12:52:29
15  drink a beer in Ocean Beach?          12:52:31
16   A.   I'm sure I have.             12:52:33
17   Q.   When?                   12:52:35
18   A.   I can't, I can't be specific.      12:52:36
19   Q.   So you say you're sure you have.  Is   12:52:39
20  it you're speculating that I'm sure I must have   12:52:41
21  or you actually recall seeing him?        12:52:43
22   A.   No, no, no.  I remember there were   12:52:45
23  times.                     12:52:47
24   Q.   Where were those times?  Where were   12:52:48
25  you located?                  12:52:50
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 176

G. Bosetti

1
2    A.   I don't know if it was the barracks   12:52:50
3  or at a barbecue or something.  I really -- I   12:53:00
4  don't recall.                  12:53:06
5    Q.   So you don't recall whether it was   12:53:06
6  the barracks or a barbecue or somewhere else?   12:53:08
7    A.   No.                    12:53:10
8        MR. NOVIKOFF:  That's his testimony.  12:53:11
9  Objection.                   12:53:11
10   Q.   How many times did you personally    12:53:12
11  witness Frank Fiorilo drink a beer in Ocean   12:53:16
12  Beach?                     12:53:18
13       MR. NOVIKOFF:  Objection.  Asked and  12:53:18
14  answered.                    12:53:19
15   A.   I don't know.  A couple of times     12:53:20
16  maybe.                     12:53:20
17   Q.   What year did you witness Frank     12:53:22
18  Fiorilo drink a beer at the barracks?       12:53:26
19   A.   I don't recall.             12:53:27
20   Q.   You don't recall any year?        12:53:28
21   A.   No.                    12:53:29
22   Q.   What year did you witness him drink a  12:53:30
23  beer at a barbecue?               12:53:32
24   A.   I don't recall the year.         12:53:33
25   Q.   What barbecue in what house was that?  12:53:34
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 177

G. Bosetti

1
2    A.   I don't recall.             12:53:36
3    Q.   Was it a house on Ocean Beach?      12:53:39
4    A.   Oh, yes, yes.              12:53:41
5    Q.   And you don't recall whose house it   12:53:42
6  was?                      12:53:44
7    A.   No, sir.                 12:53:44
8    Q.   You recall what year it was?       12:53:45
9    A.   No, sir.                 12:53:46
10   Q.   Was it on season or on season?      12:53:46
11   A.   Season.                  12:53:48
12   Q.   What other cops were at the barbecue?  12:53:49
13   A.   I don't recall.             12:53:52
14   Q.   Do you recall anybody else who was at  12:53:55
15  the barbecue other than for you and       12:53:57
16  Mr. Fiorillo?                  12:53:59
17   A.   No.                    12:54:01
18   Q.   Who else was in the barracks when you  12:54:02
19  witnessed Frank Fiorillo drink a beer at the   12:54:04
20  barracks?                    12:54:06
21   A.   Again, I don't know.           12:54:06
22   Q.   Do you know anybody else who was     12:54:08
23  there other than for you and Mr. Fiorillo?    12:54:09
24   A.   No, sir.                 12:54:12
25   Q.   You witness Frank Fiorilo drink a    12:54:13
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 178

G. Bosetti

```
 1        G. Bosetti
 2   beer at any other place other than for the        12:54:17
 3   barracks and the barbecue?                 12:54:19
 4      A.   You mean off the island when we go    12:54:22
 5   out?                               12:54:24
 6      Q.   No, in Ocean Beach.             12:54:25
 7      A.   No.                          12:54:26
 8      Q.   Where did you see Kevin -- strike    12:54:26
 9   that.                              12:54:26
10           Where did you see Tom Snyder drink a   12:54:30
11   beer?                              12:54:33
12      A.   Checkpoint.                   12:54:34
13      Q.   How many times?               12:54:35
14      A.   A couple of times.             12:54:36
15      Q.   What years?                   12:54:39
16      A.   I don't recall.               12:54:40
17      Q.   Do you recall any year that you saw  12:54:41
18   him drink a beer?                     12:54:45
19      A.   No.                          12:54:46
20      Q.   Who else was there when you witnessed 12:54:46
21   him drink a beer at the checkpoint?        12:54:49
22      A.   I don't recall.               12:54:49
23      Q.   You don't recall anybody else who was 12:54:50
24   there?                             12:54:52
25      A.   I don't recall, no, sir.       12:54:52
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 179

G. Bosetti

```
 1        G. Bosetti
 2      Q.   How many times was it?          12:54:53
 3      A.   A couple of times.             12:54:58
 4      Q.   Where was Tommy Snyder located when  12:55:00
 5   he was drinking a beer at the checkpoint?   12:55:04
 6      A.   Where was he located?           12:55:05
 7      Q.   Yeah.  Was he standing up somewhere,  12:55:06
 8   sitting down somewhere?  Was he in a car, out of  12:55:08
 9   a car?                             12:55:10
10      A.   Sometimes we'd get together, stand  12:55:11
11   around.                            12:55:13
12      Q.   Stand around where?            12:55:14
13      A.   In the parking lot.            12:55:16
14      Q.   Parking lot have surveillance     12:55:17
15   cameras?                           12:55:23
16      A.   Towards the end I think they put them  12:55:24
17   up, but not in the beginning.            12:55:25
18      Q.   Was Tommy Snyder drinking a beer   12:55:28
19   towards the end or at the beginning?       12:55:31
20      A.   The beginning.                12:55:33
21      Q.   Who else was there when Tom Snyder   12:55:36
22   was drinking a beer at the checkpoint?     12:55:38
23      A.   Again, whoever was working or coming  12:55:39
24   into work, we were leaving work.          12:55:42
25      Q.   Was he on duty at the time?      12:55:44
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 180

G. Bosetti

```
 1        G. Bosetti
 2      A.   No.  He was going into work.     12:55:47
 3      Q.   Is it your testimony he drank a beer  12:55:49
 4   prior to his tour?                     12:55:51
 5      A.   Yes, sir.                     12:55:52
 6      Q.   How many times did that happen?    12:55:52
 7      A.   A couple of times.             12:55:54
 8      Q.   And again, you don't know anybody   12:55:55
 9   else who was there other than for you and   12:55:57
10   Mr. Snyder?                         12:56:02
11      A.   Whoever was working that day.  I   12:56:03
12   don't have specifics.  I'm sorry.         12:56:06
13      Q.   Did you ever have a drink prior to   12:56:06
14   starting your tour?                    12:56:11
15           MR. NOVIKOFF:  Objection.  Only when  12:56:13
16   you say "prior."  You want to break it down  12:56:14
17   within a period of hours, because prior    12:56:17
18   could be two weeks before.              12:56:20
19      Q.   On the same day.               12:56:23
20           MR. NOVIKOFF:  Okay.  Perfect.    12:56:25
21      A.   The same day.                 12:56:26
22      Q.   Yes.  Prior to a tour.          12:56:27
23      A.   Well, I'm sure the same day somewhere  12:56:30
24   I had a beer or a Bloody Mary, yes.        12:56:32
25      Q.   In Ocean Beach?                12:56:36
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 181

G. Bosetti

```
 1        G. Bosetti
 2           MR. NOVIKOFF:  Objection.        12:56:39
 3   Just so I understand you, the            12:56:41
 4   question is does he recall ever having an   12:56:43
 5   alcoholic beverage prior to a shift and had  12:56:46
 6   that beverage while in Ocean Beach.        12:56:49
 7           MR. GOODSTADT:  Yes.            12:56:51
 8           MR. NOVIKOFF:  Got it.  Okay.    12:56:52
 9      A.   Okay.  I member having a Bloody Mary  12:56:53
10   prior to my shift.                     12:56:56
11      Q.   When was that?                 12:56:57
12      A.   I don't recall.               12:56:58
13      Q.   Where was it?                  12:56:59
14      A.   It might have been the Mermaid.   12:57:01
15      Q.   Where?                        12:57:04
16      A.   The Mermaid.                  12:57:04
17      Q.   How far prior or how far before your  12:57:08
18   shift did you have that?                12:57:11
19      A.   Oh, about four hours, five hours.  12:57:12
20      Q.   You worked the 4 to 12 that day?   12:57:16
21      A.   Yes.                         12:57:19
22      Q.   So it was like 11:00 in the morning  12:57:19
23   you had the Bloody Mary?                12:57:22
24      A.   Yes.                         12:57:23
25           MR. NOVIKOFF:  It's always noon    12:57:24
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 182

```
 1          G. Bosetti
 2    somewhere in the world.            12:57:25
 3      Q.   Other than for that one instance     12:57:27
 4    where you had the Blood Mary four hours before   12:57:29
 5    your tour, do you ever recall having a drink    12:57:32
 6    prior to your tour on the same day?        12:57:34
 7      A.   Not that I recall.          12:57:37
 8      Q.   Do you know whether your brother ever   12:57:39
 9    had a drink prior to his tour on the same day?   12:57:43
10      A.   Not that I recall.          12:57:46
11      Q.   Did you eat lunch with your brother    12:57:48
12    frequently before starting your tour?       12:57:52
13      A.   Sometimes.             12:57:53
14      Q.   How many tours a week did you work?    12:57:54
15          MR. NOVIKOFF:  During the season.    12:57:57
16          MR. GOODSTADT:  During the season.    12:57:59
17      A.   It varied.  Three -- on the average,   12:58:00
18    three days.                  12:58:04
19      Q.   And did your brother generally work    12:58:05
20    with you on all those tours?           12:58:07
21      A.   Basically, yes.           12:58:09
22      Q.   And out of the three days a week,     12:58:10
23    let's say, you had your tours, how many of those  12:58:13
24    days would you eat lunch with your brother?    12:58:16
25      A.   I'm sorry?              12:58:17
```
        TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 183

```
 1          G. Bosetti
 2      Q.   Out of those three days that you had   12:58:17
 3    the same tour with your brother --        12:58:19
 4      A.   Yes.                12:58:20
 5      Q.   -- how many of those days would you    12:58:21
 6    eat lunch with your brother on that day?      12:58:23
 7      A.   It varied.  It varied.        12:58:27
 8      Q.   Between what and what?         12:58:30
 9      A.   Sometimes we'd eat together,      12:58:31
10    sometimes we didn't.             12:58:35
11      Q.   You never witnessed your brother     12:58:36
12    drinking during those lunches?          12:58:39
13          MR. NOVIKOFF:  Drinking alcohol.    12:58:41
14          MR. GOODSTADT:  Drinking alcohol.    12:58:42
15      Q.   Including beer.           12:58:44
16      A.   Sometimes you have a beer with our   12:58:46
17    burger or some sandwich.           12:58:49
18      Q.   You too or just him?         12:58:49
19      A.   No, no, me too.           12:58:51
20      Q.   So in addition to the Bloody Mary --  12:58:52
21      A.   No, no, no, no --          12:58:56
22      Q.   -- you guys would get a beer.      12:58:56
23      A.   -- no, no, no.  That's not the same   12:58:58
24    day.                    12:58:58
25      Q.   But different days.  I'm talking     12:58:58
```
        TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 184

```
 1          G. Bosetti
 2    about in addition to that one instance.      12:59:00
 3      A.   I had a Bloody Mary one day doesn't   12:59:01
 4    mean I'm drinking them ever day.         12:59:03
 5      Q.   I understand.            12:59:05
 6          You testified that one day you recall  12:59:06
 7    drinking a Bloody Mary and that's all you recall  12:59:07
 8    at the time drinking on the same day before your  12:59:10
 9    tour.                   12:59:12
10      A.   Right.               12:59:13
11      Q.   Now you testified to sometimes in our  12:59:13
12    lunches we'd have a beer with our burger; is    12:59:15
13    that correct?                12:59:18
14      A.   That's correct.           12:59:18
15      Q.   So it was more than just the one time  12:59:19
16    with the Bloody Mary, right?          12:59:21
17      A.   Well, you asked me before our tour.   12:59:23
18      Q.   Yeah, I'm talking about your lunches   12:59:26
19    before your tour.              12:59:27
20      A.   Oh, you said -- no, no.  No, that I   12:59:28
21    don't -- no.                 12:59:30
22      Q.   I don't care if you had lunch with    12:59:32
23    your brother at some point off of Ocean Beach on  12:59:34
24    a different day when you weren't working.  I'm   12:59:35
25    talking about days in which you were working.   12:59:37
```
        TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 185

```
 1          G. Bosetti
 2      A.   Before our tour?  No.        12:59:39
 3      Q.   Before your tour.          12:59:40
 4      A.   No, sir.              12:59:40
 5      Q.   What's in a Bloody Mary?        12:59:41
 6          MR. NOVIKOFF:  Let the record reflect  12:59:47
 7    I think it's vodka, tomato juice --        12:59:48
 8          MR. GOODSTADT:  I want to know if he   12:59:51
 9    understands what he was drinking before he     12:59:52
10    went on tour.                12:59:53
11      A.   Tomato juice, vodka, salt, pepper,   12:59:57
12    some Tabasco.  What's that other stuff?  It's   13:00:06
13    very good.                 13:00:12
14          MR. NOVIKOFF:  A little clam juice?   13:00:13
15      A.   Sometimes a little clam juice.     13:00:14
16          MR. NOVIKOFF:  A little celery stick.  13:00:16
17      A.   Celery stick.            13:00:16
18          MR. NOVIKOFF:  I like that.      13:00:19
19      A.   There's the, I forget what it is.    13:00:20
20    You can't have it without that.  It's very good.  13:00:23
21      Q.   And you carried a firearm on the day   13:00:26
22    that you drank the Bloody Mary during your tour?  13:00:29
23      A.   Yes, I did.             13:00:31
24      Q.   Were you carrying a firearm at the    13:00:32
25    time you were drinking the Bloody Mary?      13:00:34
```
        TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 186

```
1        G. Bosetti
2     MR. CONNOLLY:  Objection.          13:00:36
3     Read back the question.        13:00:37
4     I think he said during the tour.  I    13:00:38
5  don't think that's been the testimony.     13:00:39
6     MR. NOVIKOFF:  Yeah, objection.      13:00:41
7     I was fantasizing about the Bloody    13:00:42
8  Mary.                   13:00:42
9  BY MR. GOODSTADT:               13:00:44
10    Q.  Yeah.  The question I was asking was   13:00:44
11 on the tour that you had the day that you drank  13:00:46
12 the Bloody Mary, did you carry a firearm during   13:00:48
13 the tour?                 13:00:51
14    A.  Yes, I did.           13:00:51
15       MR. GOODSTADT:  Was there something    13:00:53
16 that I said?             13:00:55
17       MR. CONNOLLY:  Yeah.  I thought you   13:00:56
18 had said when you drank a Bloody Mary       13:00:57
19 during the tour.            13:00:59
20       MR. GOODSTADT:  Oh, okay.  I wasn't    13:01:00
21 inferring that.           13:01:02
22 BY MR. GOODSTADT:              13:01:03
23    Q.  How about while you were drinking the   13:01:03
24 Bloody Mary at the Mermaid; were you carrying a   13:01:04
25 firearm?                 13:01:07
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 187

```
1        G. Bosetti
2     A.  No.                13:01:07
3     Q.  Did you ever carry your firearm off    13:01:08
4  duty when you were drinking?           13:01:11
5     A.  Ocean Beach?            13:01:14
6     Q.  Yes.                13:01:14
7     A.  No.                13:01:16
8     Q.  How come?             13:01:16
9     A.  There's no need for it.          13:01:19
10    Q.  Do you ever carry your firearm off     13:01:24
11 duty?                    13:01:26
12    A.  Ocean Beach?            13:01:26
13    Q.  Yes.                13:01:26
14    A.  No.  Most of the time not, no.      13:01:28
15    Q.  Sometimes you did?          13:01:31
16    A.  If I'm off duty and I'm walking      13:01:33
17 around talking to people and I'm going to go   13:01:36
18 home, I ain't got it on me, but if I'm just   13:01:38
19 going out, I don't have the gun on me.      13:01:40
20    Q.  How about outside Ocean Beach?  Did   13:01:42
21 you carry a firearm while you were off duty?    13:01:44
22    A.  Not anymore.  Years ago I did when I   13:01:47
23 was a young cop working for the city.      13:01:50
24    Q.  I'm talking about when you were      13:01:52
25 employed by Ocean Beach.           13:01:54
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 188

```
1        G. Bosetti
2     A.  Not really, no.           13:01:56
3     Q.  Sometimes you did though?        13:01:57
4     A.  Sometimes I carried it, yes.      13:01:59
5     Q.  At any of those times were you       13:02:03
6  drinking when you were employed at Ocean Beach   13:02:05
7  but off duty?               13:02:07
8     MR. NOVIKOFF:  And off Ocean Beach.     13:02:08
9     And off Ocean Beach.          13:02:10
10    A.  And off Ocean Beach.  Yeah, I might    13:02:10
11 have a beer, sure.             13:02:13
12    Q.  How about when you were on Ocean     13:02:14
13 Beach and off duty and drinking; you ever carry   13:02:17
14 a firearm?               13:02:19
15    MR. NOVIKOFF:  Objection.         13:02:20
16 I think you asked him that.          13:02:21
17    A.  I'm sorry.  Say that again?       13:02:21
18    Q.  When you were -- at the time period    13:02:24
19 when you worked at Ocean Beach --         13:02:26
20    A.  Yes.                13:02:26
21    Q.  -- but you were off duty but drinking   13:02:28
22 on the beach or on the island, did you carry    13:02:32
23 your firearm?              13:02:35
24    A.  No.                13:02:36
25    MR. GOODSTADT:  I think now would be    13:02:52
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 189

```
1        G. Bosetti
2  a good time to take a lunch break.  It's     13:02:54
3  1:05.                    13:02:56
4     THE VIDEOGRAPHER:  Going off the       13:02:58
5  record.  The time is 1:03 p.m.          13:02:58
6     (Lunch recess taken from 1:03 p.m.      13:02:58
7  until 2:00 p.m.)              13:02:58
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 190

```
1          G. Bosetti
2     A F T E R N O O N   S E S S I O N    13:02:58
3     (Time noted:  2:00 p.m.)          13:59:45
4     THE VIDEOGRAPHER: We're back on the   13:59:45
5  record.  The time is 2 p.m.        14:00:12
6     This is the beginning of the tape   14:00:14
7  labeled No. 3.             14:00:15
8        *    *    *          14:00:15
9  G A R Y   B O S E T T I,  resumed and   14:00:15
10     testified as follows:           14:00:15
11     THE WITNESS:  If I may, I'd just like  14:00:18
12  to clear something up.          14:00:20
13     Now when you had asked me about Elyse   14:00:21
14  and my brother --            14:00:24
15     MR. GOODSTADT:  Yes?           14:00:24
16     THE WITNESS:  -- he did ask me if I   14:00:29
17  ever slept with her, all right?  So if    14:00:30
18  that's what you mean by discussing it, then   14:00:33
19  yes, I did mention it.  I told -- he asked   14:00:36
20  if I slept with her.           14:00:39
21  EXAMINATION BY (Cont'd.)           14:00:39
22  MR. GOODSTADT:               14:00:40
23     Q.  Okay.  And is that something that you   14:00:40
24  recalled on your own or did you speak to   14:00:44
25  somebody to recall that fact during the --   14:00:46
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 191

```
1          G. Bosetti
2     A.  Nah, I was just thinking back, so I   14:00:48
3  don't know if that's what you meant about   14:00:51
4  discussing Elyse.            14:00:52
5     Q.  During the lunch break, did you speak   14:00:54
6  with Mr. Novikoff at all?           14:00:57
7     A.  No.               14:00:59
8     Q.  Did you speak with Mr. Connolly at   14:00:59
9  all?                  14:01:01
10     A.  No, sir.              14:01:01
11     Q.  Now before the lunch break we were   14:01:02
12  talking about the documents that you filled out   14:01:06
13  in May of 2005 --            14:01:08
14     A.  Yes, sir.              14:01:10
15     Q.  -- that have been marked as       14:01:11
16  G. Bosetti 3 I believe?           14:01:14
17     A.  Yes, sir.              14:01:16
18     Q.  So the time you filled these       14:01:17
19  documents out, either Chief Paradiso or George   14:01:20
20  Hesse had told you that you needed to take the   14:01:25
21  tests, right?              14:01:27
22     MR. NOVIKOFF:  Objection.          14:01:28
23     A.  Yes.               14:01:28
24     Q.  You knew about it at this time?      14:01:29
25     A.  I was told I had to take the tests.   14:01:30
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 192

```
1          G. Bosetti
2     Q.  Did they give you a time frame in   14:01:32
3  which you had to complete the tests?     14:01:34
4     MR. NOVIKOFF:  Objection.          14:01:35
5     Q.  No?               14:01:38
6     A.  No.  Not that I recall, no.        14:01:38
7     Q.  Did you fill out any other         14:01:40
8  documentation with respect to the tests other   14:01:43
9  than for G-Bosetti 3?           14:01:50
10     A.  Not that I recall.  I don't know.    14:01:52
11     (Plaintiffs' Exhibit G. Bosetti 4,      14:02:16
12  Questionnaire, marked for identification,    14:02:16
13  as of this date.)            14:02:16
14     MR. GOODSTADT:  I've placed in front   14:02:22
15  of Mr. Bosetti what's now marked as     14:02:22
16  G. Bosetti 4 and it's a multiple page     14:02:25
17  exhibit bearing Bates 8241 to 8250.      14:02:27
18  BY MR. GOODSTADT:             14:02:31
19     Q.  Mr. Bosetti, have you ever seen the   14:02:31
20  exhibit that's been marked G. Bosetti 4?   14:02:34
21     A.  Yes, sir.              14:02:37
22     Q.  And what is this document?        14:02:38
23     MR. NOVIKOFF:  Objection.          14:02:45
24     A.  What is it?              14:02:47
25     Q.  Yes.               14:02:47
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 193

```
1          G. Bosetti
2     A.  A questionnaire.           14:02:50
3     Q.  And had you received -- strike that.   14:02:53
4     Is this your handwriting on the first   14:02:56
5  page of G. Bosetti 4 on the top two-thirds of   14:02:58
6  the document?              14:03:02
7     A.  Yes.               14:03:03
8     Q.  And that's your signature under     14:03:03
9  "Signature of Applicant"?           14:03:05
10     A.  Yes.               14:03:06
11     Q.  What is your understanding of the   14:03:06
12  word "applicant"?             14:03:08
13     MR. NOVIKOFF:  Objection.          14:03:10
14     Q.  In connection with this document?   14:03:10
15     A.  That would be me.           14:03:12
16     Q.  What were you applying for?       14:03:13
17     MR. NOVIKOFF:  Objection.          14:03:15
18     A.  Well, I was already a police officer   14:03:18
19  and I guess they -- like I say, I was applying   14:03:20
20  for a police officer.           14:03:23
21     Q.  Applying for a police officer job at   14:03:26
22  Ocean Beach?              14:03:29
23     A.  Yes.               14:03:29
24     Q.  Did you fill out one of these       14:03:30
25  questionnaires in 2002 when you applied to be a   14:03:36
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 194

```
                G. Bosetti
 1
 2  police officer in Ocean Beach?          14:03:39
 3          MR. NOVIKOFF:  Objection.        14:03:41
 4  Foundation.                   14:03:43
 5      A.  No, I don't believe I did.      14:03:43
 6      Q.  If you -- strike that.          14:03:45
 7          Have you ever drove under the   14:03:49
 8  influence of alcohol?             14:03:56
 9          MR. NOVIKOFF:  Objection to the form   14:03:57
10  of the question.                  14:03:58
11      A.  Yes.  Not -- never when I was working   14:04:01
12  but, sometime in my life, yes, I have.    14:04:03
13      Q.  Approximately how many times?    14:04:05
14      A.  Once, maybe twice.         14:04:06
15      Q.  How many times do you think you've   14:04:14
16  driven a car while impaired?        14:04:17
17          MR. NOVIKOFF:  Objection.    14:04:21
18      Q.  By alcohol.              14:04:20
19          MR. NOVIKOFF:  Objection.    14:04:21
20      A.  Same thing.  That was my answer.   14:04:22
21  Impaired or under the influence, the same thing.   14:04:25
22      Q.  Just once or twice?         14:04:27
23      A.  Yes.                14:04:28
24      Q.  And when were those one or two   14:04:29
25  occurrences?                 14:04:30
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 195

```
                G. Bosetti
 1
 2      A.  Oh, I don't recall.          14:04:31
 3      Q.  Were they while you were employed at   14:04:33
 4  as Ocean Beach?                14:04:36
 5      A.  No.  No, sir.             14:04:37
 6      Q.  Were they while you were employed as   14:04:39
 7  a New York City police officer?       14:04:40
 8      A.  Yes.                14:04:42
 9      Q.  If you look at page 8250, No. 22, it   14:04:42
10  says, "Driven a vehicle approximately a dozen   14:04:58
11  times impaired."               14:05:01
12          Do you see that?           14:05:01
13      A.  Yes, I do.              14:05:05
14      Q.  Which is right, a dozen or one or two   14:05:06
15  or something else?              14:05:10
16      A.  Well, it's --             14:05:11
17          (Document review.)          14:05:19
18      A.  -- probably a dozen times then.    14:05:20
19      Q.  Okay.  So it's --          14:05:20
20      A.  Yes, sir.              14:05:24
21      Q.  So it's about six times what you just   14:05:24
22  testified that you recall driving impaired   14:05:30
23  before seeing this document?         14:05:33
24          MR. NOVIKOFF:  Six times the two that   14:05:34
25  he said?                   14:05:35
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 196

```
                G. Bosetti
 1
 2          MR. GOODSTADT:  Exactly.       14:05:35
 3          MR. NOVIKOFF:  So we're doing    14:05:36
 4  multiplication now.  Okay.          14:05:37
 5      A.  Yeah.  Going way back, yes, you're   14:05:39
 6  right.                   14:05:39
 7      Q.  What do you mean by "going way back"?   14:05:42
 8      A.  That's about right, I guess, a dozen   14:05:44
 9  times.                   14:05:46
10      Q.  So were any of those dozen times   14:05:46
11  while you were employed as a police officer in   14:05:48
12  Ocean Beach?                 14:05:50
13      A.  No, sir.              14:05:51
14      Q.  Were those dozen times in addition to   14:05:51
15  the one or two times that you drove while   14:05:55
16  impaired --                 14:05:57
17      A.  No, no.  That wasn't --       14:05:57
18      Q.  Let me finish the question.      14:05:58
19      A.  They were all together.        14:05:58
20      Q.  Let me finish the question.      14:05:58
21      A.  Okay.                14:05:58
22      Q.  Is --                14:05:58
23      A.  Sorry.                14:06:00
24      Q.  Is the dozen times include -- well,   14:06:00
25  strike that.                 14:06:05
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 197

```
                G. Bosetti
 1
 2          Now you know it's been about a dozen   14:06:06
 3  times that your recollection has been refreshed.   14:06:08
 4          How many times did you drive while   14:06:12
 5  intoxicated when you were employed by the New   14:06:14
 6  York City Police Department?         14:06:18
 7          MR. NOVIKOFF:  Objection.  The word   14:06:18
 8  was impaired so --              14:06:19
 9          MR. GOODSTADT:  Well, he uses them   14:06:20
10  interchangeably.  He testified --      14:06:20
11          MR. NOVIKOFF:  Does he?       14:06:22
12          MR. GOODSTADT:  Yes, he testified to   14:06:22
13  that.  If you want to read the newspaper,   14:06:23
14  maybe you'd know.              14:06:25
15          MR. NOVIKOFF:  I know what he's   14:06:25
16  saying, thank you.              14:06:26
17          If you ask a relevant question, maybe   14:06:28
18  I won't have to read the newspaper.     14:06:30
19      A.  It would have to be a dozen times.   14:06:31
20      Q.  While you were employed as a New York   14:06:34
21  City police officer?             14:06:36
22      A.  Yes, sir.              14:06:36
23      Q.  Were you ever pulled over during any   14:06:37
24  of those dozen times?             14:06:41
25      A.  No, sir.              14:06:42
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 198

```
1            G. Bosetti
2      Q.   Have you ever used a prostitute or     14:06:43
3  paid for the services of a prostitute?         14:06:45
4      MR. NOVIKOFF:  Objection.                   14:06:47
5      A.   No, sir.                               14:06:48
6      Q.   No, sir?                               14:06:48
7      If you look at page 8247.                   14:06:49
8      Are you on 8247?                            14:06:53
9      A.   Ah, geez.  Okay.                       14:07:03
10     Q.   See the bottom?                        14:07:04
11     A.   Yeah.                                  14:07:04
12     Q.   2005 apparently a different -- your    14:07:05
13 answer was different than it was today under    14:07:08
14 oath, correct?                                  14:07:10
15     A.   Yes.                                   14:07:12
16     Q.   Which one is correct; the one in 2005  14:07:13
17 that you signed and certified or the one        14:07:16
18 today --                                        14:07:17
19     A.   I really don't recall.  I don't        14:07:18
20 recall.                                         14:07:22
21     Q.   And other than for the document        14:07:27
22 that's been marked as G. Bosetti 3 and the one  14:07:30
23 that's marked as G. Bosetti 4, did you fill out 14:07:34
24 any other paperwork as part of this process when 14:07:35
25 you were getting the tests by Suffolk County?   14:07:38
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 199

```
1            G. Bosetti
2      A.   I don't recall --                      14:07:39
3      MR. FEHRINGER:  Let him finish the          14:07:40
4  question.                                       14:07:41
5      THE WITNESS:  Oh, I'm sorry.                14:07:42
6      Q.   Who was in charge at Ocean Beach for   14:07:43
7  monitoring that you were passing these tests?   14:07:50
8      MR. NOVIKOFF:  Objection.                   14:07:53
9      Q.   And "you" meaning you and/or the       14:07:54
10 other police officers who were told that they   14:07:56
11 needed to take them.                            14:07:59
12     A.   Who was in charge?                     14:07:59
13     Q.   Yes.                                   14:07:59
14     MR. NOVIKOFF:  Objection to the form.       14:07:59
15     A.   I don't know.                          14:08:00
16     Q.   Did you ever speak to Maryann Minerva  14:08:02
17 about having to take the tests for Suffolk      14:08:06
18 County?                                         14:08:07
19     A.   I don't know if I ever spoke to her    14:08:10
20 about taking the tests for Suffolk County.      14:08:12
21     Q.   Do you know who she is?                14:08:14
22     A.   Yeah.  She worked in the office.       14:08:15
23     Q.   Have you ever communicated with her    14:08:16
24 about the Suffolk County tests?                 14:08:19
25     Now communicated, I'm now broader           14:08:20
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 200

```
1            G. Bosetti
2  than speaking about it.                         14:08:23
3      A.   Not that I recall.                     14:08:23
4      Q.   Other than for Hesse or Paradiso, did  14:08:26
5  you speak to anybody else about having to take  14:08:30
6  these tests in Ocean Beach?                     14:08:33
7      A.   I don't think so.  Not that I recall.  14:08:37
8      Q.   Did you ever speak with anybody by     14:08:39
9  the name of Allison Chester or Allison Sanchez  14:08:42
10 about having to take these tests?               14:08:45
11     A.   No.                                    14:08:47
12     Q.   Do you know who Allison Sanchez is?    14:08:47
13     A.   No.                                    14:08:49
14     Q.   Do you know who Allison Chester is?    14:08:49
15     A.   No.                                    14:08:51
16     Q.   You never heard that name?            14:08:51
17     A.   No.                                    14:08:52
18     Q.   Did you ever receive any performance   14:08:53
19 evaluations when you were employed by the Ocean 14:09:04
20 Beach Police Department?                        14:09:09
21     MR. NOVIKOFF:  Objection to the form.       14:09:10
22     A.   I don't think so.  I don't know if     14:09:12
23 there was.                                      14:09:14
24     Q.   Did you ever receive an employee       14:09:15
25 handbook?                                       14:09:19
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 201

```
1            G. Bosetti
2      A.   Employee handbook.                     14:09:20
3      MR. NOVIKOFF:  Objection to the form.       14:09:22
4      A.   No, not that I can recall.             14:09:25
5      (Plaintiffs' Exhibit G. Bosetti 5,          14:09:48
6  2007 Yearly Performance Report, marked for      14:12:22
7  identification, as of this date.)               14:12:22
8  BY MR. GOODSTADT:                               14:09:58
9      Q.   Were you ever told by anyone at Ocean  14:09:58
10 Beach that you needed to write more summonses?  14:10:02
11     A.   Yes.                                   14:10:05
12     Q.   Who told you that?                     14:10:06
13     A.   Sergeant Hesse and Chief Paradiso.     14:10:07
14     Q.   And when did they tell you that?       14:10:12
15     A.   That I should write more summonses.    14:10:13
16     Q.   When did they tell you that?           14:10:19
17     A.   When?                                  14:10:20
18     Q.   Yup.                                   14:10:21
19     A.   I don't recall.                        14:10:22
20     Q.   Do you recall what year it was?        14:10:23
21     A.   No, sir.                               14:10:25
22     Q.   How many times did they tell you to    14:10:25
23 do it, that you needed to do that?              14:10:27
24     MR. NOVIKOFF:  Object to the form.          14:10:29
25     A.   Probably at least twice.               14:10:32
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 202

```
1        G. Bosetti
2    Q.   And you don't recall what year either   14:10:34
3 of those times were?                    14:10:36
4    A.   No.                       14:10:37
5    Q.   Did they tell you together or did    14:10:37
6 they tell you separately?              14:10:39
7    A.   Probably separate.            14:10:43
8    Q.   Probably separately or you actually   14:10:45
9 recall them telling you separately?       14:10:47
10    A.   I can't remember.  I don't recall.    14:10:48
11    Q.   You ever recall a time where it was   14:10:50
12 posted on a board the amount of summonses that  14:10:53
13 people wrote in the department?          14:10:56
14    A.   I think so.                14:10:59
15    Q.   You recall --               14:10:59
16    A.   I think so.                14:11:00
17    Q.   -- Chief Paradiso holding a meeting    14:11:01
18 where he went over the number of summonses that  14:11:03
19 people wrote?                    14:11:06
20    A.   Yes, I think so.              14:11:07
21    Q.   Was it during that meeting that you   14:11:09
22 were told you needed to write more summonses?   14:11:11
23    A.   Possibly.                  14:11:14
24    Q.   Did anyone ever tell you in writing   14:11:15
25 that you needed to write more summonses?    14:11:17
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 203

```
1        G. Bosetti
2    A.   No.                  14:11:19
3    Q.   Approximately how many summonses a   14:11:23
4 year did you write while you were employed as an  14:11:30
5 Ocean Beach police officer?            14:11:30
6    A.   Two to three summonses a year.     14:11:30
7    Q.   Did Paradiso or Hesse tell you the    14:11:33
8 number of summonses that you should be writing a  14:11:36
9 year when they told you needed to write more    14:11:39
10 summonses?                    14:11:42
11    A.   No.                  14:11:42
12    (Document review.)             14:11:54
13    MR. GOODSTADT:  I've placed in front   14:12:04
14 of Mr. Bosetti what's now marked as    14:12:05
15 G. Bosetti-5.  It's a multiple page exhibit  14:12:07
16 bearing Bates numbers 8189 through 8191.    14:12:10
17 BY MR. GOODSTADT:               14:12:14
18    Mr. Bosetti, you recognize the    14:12:14
19 document that's been marked as G. Bosetti-5?   14:12:15
20    A.   Yes, sir.               14:12:19
21    Q.   And what is this document?       14:12:20
22    A.   Yearly Performance Report.       14:12:21
23    Q.   Did you ever receive a copy of this   14:12:24
24 Yearly Performance Report?           14:12:26
25    A.   I don't think so.  I don't know if I   14:12:28
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 204

```
1        G. Bosetti
2 ever seen this.                   14:12:35
3    Q.   So sitting here today, you don't know   14:12:36
4 one way or the other whether you've seen this?   14:12:38
5    A.   This is for 2007.  I don't know.     14:12:42
6    Q.   Did you ever receive one for a     14:12:47
7 different year other than for the one that's    14:12:50
8 been marked as G. Bosetti-5 which appears to be   14:12:51
9 for 2007?                     14:12:54
10    A.   No, not that I can recall.       14:12:55
11    Q.   So sitting here today, do you see up   14:12:56
12 in the section under "Officer's General    14:13:02
13 Enforcement Against Crime, Quality of Life and   14:13:05
14 Other Violations," you see that?        14:13:07
15    A.   Yes.                 14:13:09
16    Q.   And the second line down says, "Needs  14:13:09
17 to write more summonses."            14:13:12
18    Do you see that?             14:13:13
19    A.   Yes, sir.               14:13:14
20    Q.   That doesn't refresh your         14:13:15
21 recollection as to whether you ever received   14:13:17
22 that instruction in writing?          14:13:19
23    A.   I don't know if I've seen this.  I    14:13:21
24 was told to write more summonses.       14:13:24
25    Q.   In the bottom, do you recognize the   14:13:26
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 205

```
1        G. Bosetti
2 signature on the bottom next to "Supervisor's   14:13:29
3 signature"?                    14:13:32
4    MR. NOVIKOFF:  Objection.        14:13:32
5    A.   I don't know if I recognize the     14:13:36
6 signature.  It says, "George B. Hesse"     14:13:37
7 underneath it.                  14:13:40
8    Q.   You don't recognize that to be his   14:13:40
9 signature?                    14:13:42
10    MR. NOVIKOFF:  Objection.        14:13:43
11    A.   I can't make that out.         14:13:43
12    Q.   And 1/31/08 you were still employed   14:13:45
13 there, correct?                 14:13:48
14    A.   1/31/08.  Yes.            14:13:48
15    Q.   Had Mr. Hesse been indicted in     14:13:54
16 connection with the Gilbert incident by that   14:13:57
17 time?                       14:13:59
18    A.   January of '08.  I'm not sure.     14:13:59
19    Q.   Was he your supervising officer at   14:14:07
20 that time?                    14:14:09
21    A.   Yes, he was.             14:14:10
22    Q.   What was Mr. Hesse's title on your   14:14:12
23 last day of employment?            14:14:17
24    MR. NOVIKOFF:  Objection.        14:14:18
25    A.   The chief.              14:14:20
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 206

1          G. Bosetti
2      Q.   You referred to him as chief?        14:14:21
3      A.   Yes, sir.                 14:14:22
4      Q.   Everyone else in the department refer   14:14:24
5  to him as chief?              14:14:25
6          MR. NOVIKOFF: Objection.         14:14:26
7      A.   I referred to him as chief.     14:14:26
8      Q.   Did you hear other people in the     14:14:28
9  department refer to him as chief?        14:14:30
10     A.   I believe so. I don't know. I'm not   14:14:31
11  sure now.                  14:14:34
12     Q.   Did you ever hear anyone outside of   14:14:34
13  the department refer to him as chief?      14:14:37
14         MR. NOVIKOFF: Objection.        14:14:38
15     A.   Yes, yes.              14:14:38
16     Q.   Who have you heard refer to him as   14:14:41
17  chief outside --                14:14:42
18     A.   I guess just the people, the      14:14:44
19  townspeople.                 14:14:46
20     Q.   And that was through your last day of   14:14:49
21  employment you heard people referring to him as   14:14:52
22  chief?                    14:14:53
23     A.   Yes.                14:14:53
24         (Plaintiffs' Exhibit G. Bosetti 6,    14:15:08
25  Incorporated Village of Ocean Beach        14:15:08

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 207

1          G. Bosetti
2  Employee Handbook, marked for        14:15:08
3  identification, as of this date.)        14:15:08
4          MR. GOODSTADT: I've placed in front   14:15:29
5  of Mr. Bosetti what's now been marked as     14:15:29
6  G. Bosetti-6. It's a multiple page exhibit   14:15:31
7  bearings Bates numbers 1 through 25.        14:15:34
8  BY MR. GOODSTADT:               14:15:34
9      Q.   Mr. Bosetti, have seen the document   14:15:40
10  marked as G. Bosetti-6?            14:15:42
11     A.   Did I ever see it?           14:15:44
12     Q.   Yes.                14:15:44
13     A.   I don't recall seeing it, no.      14:15:46
14     Q.   So I assume based on that answer you   14:15:47
15  don't recall --                14:15:53
16     A.   Unless -- I really don't know. I    14:15:53
17  have a hard time remembering. I apologize.   14:15:56
18         (Document review.)          14:15:59
19     Q.   What do you mean you have a hard time   14:16:01
20  remembering?                 14:16:04
21     A.   Hmm?                14:16:04
22     Q.   What do you mean you have a hard time   14:16:05
23  remembering?                 14:16:08
24     A.   My memory sometimes isn't too good.   14:16:09
25  That's all.                14:16:10

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 208

1          G. Bosetti
2      Q.   If you look at page 4 of the exhibit   14:16:10
3  marked as G. Bosetti-6, based on your lack of   14:16:15
4  recollection as to whether you saw this document   14:16:22
5  or not, you don't recall whether you signed page   14:16:23
6  4?                      14:16:27
7          MR. NOVIKOFF: Objection to the form.   14:16:28
8          (Document review.)          14:16:31
9      A.   I might have. Yeah, I might have    14:16:31
10  signed this. I might have seen it.        14:16:35
11     Q.   You don't recall one way or the      14:16:37
12  other?                    14:16:38
13     A.   No, sir, I don't.           14:16:38
14     Q.   If you look at page 10 --        14:16:40
15         MR. NOVIKOFF: That would be Bates   14:16:46
16  stamp No. 10?                 14:16:48
17         MR. GOODSTADT: Bates stamp number   14:16:49
18  10, yeah.                  14:16:51
19  BY MR. GOODSTADT:               14:16:51
20     Q.   Are you there?             14:16:52
21         If you look about almost halfway down   14:16:53
22  the page where it says, "Employee performance   14:16:55
23  appraisals," do you see that?          14:16:57
24     A.   Yes.                14:16:58
25     Q.   You see, "Duly hired employees may   14:16:59

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 209

1          G. Bosetti
2  receive performance appraisals after 30 days"?   14:17:00
3          Did you receive a performance       14:17:02
4  appraisal after 30 days when you were hired?   14:17:05
5      A.   I don't recall.            14:17:08
6      Q.   And it says, "...a more formal      14:17:10
7  evaluation at the end of six months."        14:17:12
8          Do you see that, where it says that?   14:17:14
9      A.   Yes.                14:17:15
10     Q.   Did you receive a more formal      14:17:15
11  evaluation at the end of six months of your   14:17:17
12  employment?                 14:17:19
13     A.   I don't recall.            14:17:19
14     Q.   It says, "Thereafter all employees   14:17:19
15  may receive a performance appraisal annually."   14:17:21
16         Do you see that?           14:17:24
17     A.   Yes.                14:17:24
18     Q.   So based on your answers before, that   14:17:25
19  hasn't changed? You don't recall ever receiving   14:17:28
20  an annual employee performance appraisal?     14:17:30
21     A.   No. No.               14:17:32
22     Q.   Do you recall how much you were paid   14:17:34
23  when you were first hired by Ocean Beach?     14:17:49
24         Well, strike that.          14:17:52
25         You paid hourly or on salary?     14:17:52

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 210

```
1           G. Bosetti
2     A.  Hourly.                    14:17:54
3     Q.  Do you recall how much your starting   14:17:55
4  hourly wage was?                  14:17:57
5     A.  $18, $19 approximately.        14:17:59
6     Q.  Were you paid overtime when you    14:18:02
7  worked overtime?                 14:18:03
8     A.  I'm sorry.  What you do you mean by   14:18:09
9  overtime?                     14:18:11
10    Q.  Did you ever work more than 40 hours   14:18:12
11 in a week?                    14:18:14
12    A.  No.  I don't think so.        14:18:14
13    Q.  Did you receive any raises while you   14:18:16
14 worked there?                  14:18:21
15    A.  Just the annual raises.       14:18:22
16    Q.  What do you mean by "just the annual   14:18:25
17 raises"?                     14:18:27
18    A.  Every year you get a raise.     14:18:27
19    Q.  Every year everybody in the police   14:18:31
20 department got a raise.           14:18:33
21    A.  Yes.                  14:18:34
22       MR. NOVIKOFF:  Objection.      14:18:34
23    Q.  Did you make the same amount as your   14:18:36
24 brother every year?               14:18:38
25    A.  Yes.                  14:18:38
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 211

```
1           G. Bosetti
2     Q.  So it was a lock step raise?      14:18:40
3     A.  Pretty much, yes.            14:18:43
4     Q.  Did all the officers receive the same   14:18:44
5  amount every year?               14:18:45
6     A.  As far as I know.            14:18:46
7        MR. GOODSTADT:  Mark this.      14:18:51
8        (Plaintiffs' Exhibit G. Bosetti 7, G.   14:18:52
9  Bosetti Wage/Salary History, marked for    14:18:52
10 identification, as of this date.)       14:18:52
11       MR. GOODSTADT:  I've placed in front   14:19:16
12 of Mr. Bosetti what's marked as        14:19:17
13 G. Bosetti-7.  It's a one-page exhibit    14:19:18
14 bearing Bates 6237.              14:19:20
15 BY MR. GOODSTADT:                14:19:20
16    Q.  Mr. Bosetti, if you look at the    14:19:25
17 "Employee Name," it says, "Gary B. Bosetti."   14:19:29
18       Is that your middle initial, B?    14:19:31
19    A.  Yes, sir.               14:19:33
20    Q.  And see "Employee Number" it says,   14:19:35
21 "719"?                      14:19:35
22       Do you see that?           14:19:35
23    A.  Yes.                  14:19:36
24    Q.  Do you know what that refers to?    14:19:36
25    A.  No, I don't.             14:19:37
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 212

```
1           G. Bosetti
2     Q.  Did you have a shield number when you   14:19:38
3  worked there?                  14:19:39
4     A.  Yes, I did.              14:19:40
5     Q.  What was your shield number?      14:19:40
6     A.  411.                  14:19:41
7     Q.  That was your shield number the    14:19:43
8  entire time that you were employed at Ocean   14:19:50
9  Beach?                     14:19:52
10    A.  Yes.                  14:19:52
11    Q.  Now if you look at this document,    14:19:53
12 April 21st, 2002, was that the date you were   14:19:55
13 hired?                     14:19:58
14    A.  That's approximately right, yes.    14:19:58
15    Q.  Is that the date that you went to    14:20:01
16 that meeting that you testified to before or is   14:20:03
17 that a latter date?              14:20:07
18    A.  I don't know.            14:20:08
19    Q.  You have anything that would refresh   14:20:09
20 your recollection as to when that meeting    14:20:12
21 was?                      14:20:12
22    A.  No, sir, I don't.          14:20:14
23    Q.  You don't have any diaries or     14:20:14
24 anything, any journals that would refresh your   14:20:17
25 recollection?                 14:20:20
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 213

```
1           G. Bosetti
2     A.  No, sir.               14:20:21
3     Q.  If you look, it says, "From 4/21/02   14:20:22
4  to 5/31/02."                  14:20:27
5        Do you see that first line there, the   14:20:28
6  first row?                   14:20:30
7     A.  Yes.                  14:20:31
8     Q.  It says, "Position and          14:20:31
9  Classification:  Police officer"?       14:20:32
10    A.  Yes.                  14:20:34
11    Q.  So you were paid as a police officer   14:20:34
12 that year?                   14:20:37
13    A.  Yes.                  14:20:38
14    Q.  And you were paid $16 an hour.     14:20:39
15       Do you see that?           14:20:41
16    A.  Yes.                  14:20:42
17    Q.  Does that refresh your recollection   14:20:42
18 as to how much you were paid?         14:20:44
19    A.  Less than I thought.         14:20:45
20    Q.  And then do you see from 6/02 through   14:20:48
21 5/03 it says you were paid as a police officer   14:20:53
22 $18 an hour?                  14:20:56
23       You see that?             14:20:58
24    A.  Yes.                  14:20:58
25    Q.  Now if you'd look at the rates and   14:20:59
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 214

```
1           G. Bosetti
2   the years, just let me know if there's any      14:21:01
3   reason to believe that that's not accurate.     14:21:04
4       (Document review.)                           14:21:06
5    A.  No, I can't see any reason.                 14:21:09
6    Q.  So just so I'm clear, the period from       14:21:12
7   between 5/31/06, which is the last day that you  14:21:18
8   were making $19.95 an hour, to 6/1/06 when you   14:21:22
9   got a raise to $20.65 an hour, do you see that?  14:21:27
10   A.  Yes.                                         14:21:29
11   Q.  That's accurate to the best of your         14:21:30
12  recollection?                                    14:21:31
13   A.  To the best of my recollection.             14:21:32
14   Q.  So going into the '06 season, you'd         14:21:34
15  received a raise at some point during the '06    14:21:38
16  season?                                          14:21:41
17   A.  Possibly.                                    14:21:42
18   Q.  Well, you testified before that you         14:21:44
19  got a raise every year.  We went over the lock   14:21:45
20  step --                                          14:21:45
21   A.  Yes.  I assumed I'm getting a raise         14:21:47
22  here.  You can see the prices here.  You know    14:21:49
23  how much you're getting a raise.                 14:21:51
24   Q.  Was there any year in which you             14:21:52
25  didn't get a raise?                              14:21:54
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 215

```
1           G. Bosetti
2    A.  I really can't say.  Maybe.  I don't       14:21:58
3   know.                                            14:22:05
4    Q.  Sitting here today, you can't recall       14:22:05
5   any year that you didn't get a raise?            14:22:07
6    A.  I can't recall.  I mean it's 50            14:22:09
7   cents, something like that, you really don't     14:22:13
8   take much notice of it.                          14:22:14
9    Q.  Did you ever collect unemployment          14:22:16
10  between seasons?                                 14:22:17
11   A.  Yes, I did.                                 14:22:20
12   Q.  Which years did you collect               14:22:21
13  unemployment between seasons?                    14:22:23
14   A.  Oh, offhand I can't -- I don't            14:22:25
15  recall.                                          14:22:28
16   Q.  During those years that you collected      14:22:31
17  unemployment between seasons, were you working   14:22:33
18  any tours during the off season?                 14:22:37
19   A.  Yes.                                        14:22:38
20   Q.  Were you ever denied unemployment?         14:22:54
21   A.  Yes.                                        14:22:56
22       MR. NOVIKOFF:  While he was working        14:22:58
23  at Ocean Beach?                                  14:22:59
24       MR. GOODSTADT:  Yes, or after.             14:23:01
25       MR. NOVIKOFF:  In the time period in       14:23:03
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 216

```
1           G. Bosetti
2   which he performed work for Ocean Beach or       14:23:04
3   after he resigned.                               14:23:09
4       MR. GOODSTADT:  Yes.                         14:23:09
5    A.  When I resigned I was denied.              14:23:10
6    Q.  What was the -- did you apply for it       14:23:14
7   when you resigned?                               14:23:16
8    A.  Yes, I did.                                 14:23:18
9    Q.  Do you know what the basis of the          14:23:19
10  denial was?                                      14:23:21
11   A.  Basically that I resigned myself out       14:23:22
12  of my own free will, yeah.                       14:23:24
13   Q.  So you voluntarily left --                 14:23:25
14   A.  Yes.                                        14:23:28
15   Q.  -- as opposed to being terminated?         14:23:27
16   A.  Yes, sir.                                   14:23:29
17       (Plaintiffs' Exhibit G. Bosetti 8,         14:23:36
18  Document entitled "State of New York             14:23:36
19  Division of Criminal Justice Services",          14:23:36
20  marked for identification, as of this            14:23:36
21  date.)                                           14:23:36
22       MR. GOODSTADT:  I've placed in front       14:23:56
23  of Mr. Bosetti what's now been marked as         14:23:57
24  G. Bosetti-8.  It's a two-page exhibit           14:23:59
25  bearing Bates 8264 and 8265.                     14:24:02
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 217

```
1           G. Bosetti
2   BY MR. GOODSTADT:                                14:24:08
3    Q.  Mr. Bosetti, do you know what this         14:24:08
4   document is that's been marked as G. Bosetti-8?  14:24:09
5    A.  No, sir.                                    14:24:12
6    Q.  You've never seen a report like this?      14:24:15
7    A.  No.                                         14:24:17
8    Q.  Now if you look at the section that        14:24:21
9   says, "LICAPP," do you see that?                 14:24:26
10   A.  Yes.                                        14:24:29
11   Q.  At December 12, 2001 it says "Type,"       14:24:30
12  and it says, "Pistol."                           14:24:33
13       Do you see that?                            14:24:34
14   A.  Yes.                                        14:24:34
15   Q.  Was that your application for a            14:24:34
16  pistol permit?                                   14:24:36
17   A.  December 12th, 2001?                        14:24:37
18       MR. NOVIKOFF:  Objection.                   14:24:41
19   A.  Yes.                                        14:24:41
20   Q.  So that was right before you retired       14:24:42
21  from --                                          14:24:44
22   A.  Right.                                      14:24:44
23   Q.  -- the New York City Police               14:24:44
24  Department?                                      14:24:44
25       It says, "May 18th, 2005 New York          14:24:45
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 218

```
1         G. Bosetti
2   State Department STLICDIV."
3         Do you recall applying for any        14:24:55
4   licenses in May of 2005?                     14:24:56
5      A.  Licenses?  Would that be motor        14:25:03
6   vehicle?                                     14:25:15
7      Q.  I don't know.  I'm asking if you      14:25:16
8   applied for any licenses.  If you can't recall,  14:25:17
9   you can't recall.                            14:25:19
10        MR. FEHRINGER:  To the best of your    14:25:20
11  recollection.                                14:25:21
12     Q.  I did go for my CDL, but I don't      14:25:22
13  recall when that was.                        14:25:25
14     Q.  What do mean by your CDL?             14:25:26
15     A.  Driving trucks.                       14:25:29
16     Q.  And that was in May of '05?           14:25:30
17        MR. NOVIKOFF:  Objection.              14:25:32
18     A.  I'm not sure.  I'm sorry.  I          14:25:32
19  apologize for that.  I don't know.           14:25:34
20     Q.  But do you recall any document in     14:25:37
21  which you or license in which you applied for in  14:25:40
22  May of '05?                                  14:25:43
23     A.  No.                                   14:25:44
24     Q.  Did you ever carry any Ocean Beach    14:25:53
25  issued firearm?                              14:25:58
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 219

```
1         G. Bosetti
2      A.  I'm sorry?                            14:26:00
3      Q.  Did you ever carry an Ocean Beach     14:26:01
4   issued firearm?                              14:26:03
5      A.  My last, my last year there.          14:26:03
6      Q.  Why did --                            14:26:03
7      A.  They issued me my own firearm.        14:26:08
8      Q.  Why did they -- why did you use your  14:26:10
9   last year an Ocean Beach issued firearm as   14:26:13
10  opposed to your own personal firearm?        14:26:16
11        MR. NOVIKOFF:  Objection. Form.        14:26:18
12     A.  Well, I like to keep my firearm at    14:26:19
13  home. I wouldn't carry it back and forth so I  14:26:22
14  kept my Glock, my service revolver, not      14:26:26
15  revolver, my service gun in my locker.       14:26:29
16     Q.  At Ocean Beach?                        14:26:32
17     A.  Yes.                                   14:26:33
18        So when they issued me one, I was      14:26:34
19  able to take my Glock home and keep it home.  14:26:36
20     Q.  So for how many years were you        14:26:40
21  employed at Ocean Beach, '02, about six or seven  14:26:44
22  years you were employed there?               14:26:48
23     A.  Yes.                                   14:26:49
24     Q.  So for the first five or six years    14:26:50
25  you transported your own weapon back and forth  14:26:52
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 220

```
1         G. Bosetti
2   and the last year is when you --             14:26:54
3      A.  I left it at --                        14:26:54
4         MR. NOVIKOFF:  Let him finish the      14:26:54
5   sentence.                                    14:26:54
6   BY MR. GOODSTADT:                            14:26:54
7      Q.  The last year is when you started     14:26:59
8   putting the Ocean Beach issued one in your   14:26:59
9   locker and not having to transport the weapon  14:27:02
10  back and forth?                              14:27:04
11     A.  I never transported it back and       14:27:04
12  forth. I left my gun in my locker.           14:27:07
13     Q.  Oh. So for the first five or six      14:27:11
14  years you never took your gun off the island,  14:27:13
15  you always left it in your locker?           14:27:16
16     A.  Yes.                                   14:27:17
17     Q.  Okay.  And then the last year what    14:27:18
18  happened; you took your personal gun home and  14:27:20
19  just used --                                 14:27:22
20     A.  And left it home.                      14:27:22
21     Q.  -- the Ocean Beach gun?                14:27:23
22     A.  Yes.                                   14:27:23
23     Q.  Okay.  Did you put your Ocean Beach   14:27:25
24  issued weapon in the locker --               14:27:27
25     A.  Yes.                                   14:27:27
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 221

```
1         G. Bosetti
2      Q.  -- after your tours?                  14:27:31
3      A.  Yes.                                   14:27:32
4      Q.  Did you have your own personal locker  14:27:32
5   or was it a locker that everyone used?       14:27:34
6      A.  Personal locker.                       14:27:35
7      Q.  Where was that located?               14:27:37
8      A.  In the barracks.                       14:27:38
9      Q.  What kind of lock was on the locker?  14:27:40
10     A.  A combination lock I think.            14:27:42
11     Q.  And were there any weapons kept at    14:27:44
12  the police station?                          14:27:51
13     A.  Possibly handguns that weren't being  14:27:55
14  used.                                        14:27:59
15     Q.  You're not aware one way or the other  14:28:01
16  whether they were or not actually kept in the  14:28:04
17  station?                                     14:28:07
18     A.  Um...                                  14:28:07
19     Q.  The only reason why I asked is        14:28:12
20  because you said possibly, so I didn't know if  14:28:15
21  you were sure or you were just speculating.  14:28:15
22     A.  Nah.  If there was extra weapons that  14:28:17
23  we were short the guys that didn't have to be  14:28:19
24  issued weapons, they'd be kept under lock and  14:28:21
25  key.                                         14:28:25
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 222

```
 1        G. Bosetti
 2    Q.   Where would they be kept?         14:28:25
 3    A.   In the gun locker.          14:28:27
 4    Q.   Where is the gun locker?          14:28:29
 5    A.   Where was it?  Underneath the desk       14:28:31
 6  or on -- I think it was underneath, they mounted   14:28:37
 7  it underneath the desk.              14:28:40
 8    Q.   Underneath whose desk?            14:28:41
 9    A.   Or underneath the shelf.  Between the   14:28:42
10  two desks there was a shelf.  It was mounted     14:28:45
11  underneath there.                14:28:48
12    Q.   And was one of those desks George     14:28:48
13  Hesse's desk?                  14:28:51
14    A.   Yes.                  14:28:51
15    Q.   And who was the other desk for?      14:28:52
16    A.   Paradiso.                14:28:53
17    Q.   So between their desks is where the    14:28:54
18  gun locker was?                14:28:58
19    A.   I believe so, yes.            14:28:58
20    Q.   How many lockers did you have?       14:28:59
21    A.   Personally?               14:29:02
22    Q.   Yes.                   14:29:02
23    A.   I think I only had one.  I might have   14:29:12
24  had two in the city, but I think I only had one.   14:29:16
25    Q.   That was in the barracks?         14:29:18
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 223

```
 1        G. Bosetti
 2    A.   Yes.                  14:29:19
 3    Q.   Your locker?               14:29:19
 4         So you didn't have a locker in the   14:29:20
 5  police station?                14:29:21
 6    A.   No.  There was no locker in the     14:29:23
 7  police station.                14:29:26
 8         (Plaintiffs' Exhibit G. Bosetti 9,    14:29:30
 9    Two-page document on the letterhead of
10    Police Department of Ocean Beach, dated
11    4/2/06 in re Weapons purchase/weapons
12    carry, marked for identification, as of
13    this date.)
14  BY MR. GOODSTADT:                14:29:47
15    Q.   Do you know what the term         14:29:47
16  "quartermaster" means?             14:29:49
17    A.   Yes.                  14:29:51
18    Q.   What's a quartermaster?          14:29:51
19    A.   Issues equipment.            14:29:54
20    Q.   Did Ocean Beach have a quartermaster?   14:29:56
21    MR. NOVIKOFF:  Objection.          14:30:00
22    A.   I don't think so.            14:30:02
23    MR. GOODSTADT:  I've placed in front    14:30:21
24  of Mr. Bosetti what's now been marked as     14:30:22
25  G. Bosetti-9.  It's a two-page exhibit      14:30:23
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 224

```
 1        G. Bosetti
 2  bearing Bates 8208 to 8209.           14:30:26
 3  BY MR. GOODSTADT:                14:30:26
 4    Q.   Mr. Bosetti, have you ever seen the    14:30:30
 5  document or at least the first page of what's    14:30:31
 6  been marked as G. Bosetti-9 that has the number   14:30:35
 7  8208 on the corner?              14:30:37
 8    A.   Yes.                  14:30:39
 9    Q.   You see -- is that your signature     14:30:40
10  above the line that says, "Signature"?      14:30:42
11    A.   Yes.                  14:30:45
12    Q.   Do you know whose signature that is    14:30:46
13  above the line that says, "Deputy Chief of     14:30:48
14  Police"?                    14:30:52
15    MR. NOVIKOFF:  Objection.          14:30:52
16    A.   No.                   14:30:53
17    Q.   Do you know -- do you recall signing   14:30:55
18  this document?                 14:30:57
19    A.   Not really.  I'm sorry.          14:30:59
20    Q.   Do you know why you signed this      14:31:05
21  document or what this document was for?      14:31:07
22         I'm just talking about the first page   14:31:11
23  8208.                    14:31:13
24         (Document review.)            14:31:15
25    A.   Okay.  I'm sorry.  What did you want   14:31:17
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 225

```
 1        G. Bosetti
 2  to know?                    14:31:35
 3    Q.   Do you know why you were signing this   14:31:35
 4  document or what this document was for?      14:31:37
 5    MR. NOVIKOFF:  Objection.          14:31:40
 6    A.   They didn't want us to purchase any    14:31:41
 7  firearms without the consent of the chief.     14:31:46
 8    Q.   And did you at this point in time,    14:31:48
 9  which is, appears to be April 2nd, 2006, is that   14:31:51
10  when you were issued your weapon from the Beach   14:31:59
11  or was it in '07 that you were issued the weapon   14:32:01
12  from the Beach?                14:32:04
13    A.   I would think it's '07.          14:32:07
14    Q.   Do you know why you were signing      14:32:10
15  something that said, "I further agree I will not   14:32:12
16  carry my department firearm while off duty     14:32:16
17  without direct permission from the Deputy Chief   14:32:18
18  of Police"?                  14:32:22
19    MR. NOVIKOFF:  Objection.          14:32:22
20    A.   I'm sorry.  Rephrase that.        14:32:22
21    Q.   It says here -- you said that you     14:32:24
22  don't believe that you got a weapon issued by    14:32:27
23  the Beach until '07, correct?          14:32:30
24    A.   Yeah.                 14:32:32
25    Q.   And then page 1 of the document      14:32:32
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 226

```
 1           G. Bosetti
 2  that's been marked as G. Bosetti-9, you're      14:32:35
 3  agreeing and you signed to agreeing that you're  14:32:38
 4  not going to carry your department firearm while 14:32:39
 5  off duty.                                14:32:43
 6          I just wondered why you would sign  14:32:44
 7  something that says that if you didn't have a    14:32:47
 8  firearm issued by the department.        14:32:48
 9          MR. NOVIKOFF:  Objection.        14:32:49
10      A.  Maybe I got the gun in '06.  I'm not  14:32:53
11  sure.                                    14:32:56
12      Q.  And then if you look at the next     14:32:56
13  page?                                    14:32:58
14      A.  Yeah.                            14:32:58
15      Q.  Is that your signature on the bottom 14:32:59
16  as well above the word "Signature"?      14:33:03
17      A.  Yes.                             14:33:03
18      Q.  And do you recognize the signature   14:33:06
19  below yours there?                       14:33:08
20      A.  I can't make that out.            14:33:10
21      Q.  Okay.  You see the first sentence    14:33:12
22  says, "I received, read and agreed with the      14:33:16
23  attached quartermaster sheet listing all 14:33:18
24  equipment issued to me by the Incorporated       14:33:21
25  Village of Ocean Beach for which I am     14:33:22
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 227

```
 1           G. Bosetti
 2  responsible."                            14:33:24
 3          Do you see that?                 14:33:24
 4      A.  Yes.                             14:33:26
 5      Q.  Do you recall having a quartermaster 14:33:26
 6  sheet?                                   14:33:28
 7          MR. NOVIKOFF:  Objection.        14:33:30
 8      A.  Quartermaster sheet.  I don't recall. 14:33:33
 9      Q.  What other equipment were issued --  14:33:36
10  was issued to you by the village?        14:33:40
11          MR. NOVIKOFF:  Objection.        14:33:41
12  Foundation, form.                        14:33:44
13      A.  Just the uniform I believe.  That's  14:33:50
14  it.                                      14:33:54
15      Q.  Do you know who Paul Trosco is?      14:34:03
16      A.  Yes.                             14:34:06
17      Q.  Who is Paul Trosco?               14:34:07
18      A.  He was a police officer in Ocean     14:34:08
19  Beach.                                   14:34:11
20      Q.  Was he part time, full time,        14:34:12
21  seasonal?                                14:34:14
22      A.  At the end he was full time.        14:34:15
23      Q.  What do you mean by "at the end"?    14:34:17
24  What are you referring to?
25      A.  When he left to go to, I don't know  14:34:20
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 228

```
 1           G. Bosetti
 2  if he went to Nassau or Suffolk.         14:34:22
 3      Q.  What time frame are you talking      14:34:25
 4  about?                                   14:34:28
 5      A.  Maybe in '08.  I'm not sure.        14:34:29
 6      Q.  So he was full time up until '08?    14:34:33
 7      A.  Yes.  I think he left sometime in    14:34:36
 8  '08.  He was there in '07, '08.          14:34:41
 9      Q.  Do you know when he became full time? 14:34:44
10      A.  When he became full time?          14:34:45
11      Q.  Yes.                             14:34:47
12      A.  No, sir.                         14:34:47
13      Q.  Was he part time before becoming full 14:34:47
14  time or was he hired in as a full-time officer?  14:34:50
15      A.  I believe he was part time.        14:34:52
16      Q.  Are there any other full-time        14:34:53
17  officers in Ocean Beach other than for Paradiso, 14:34:57
18  Hesse and Trosco?                        14:35:02
19      A.  I know of several were hired after I  14:35:03
20  left.  I don't know who's --             14:35:19
21      Q.  How about before you left?         14:35:20
22      A.  Before I left?                    14:35:20
23      Q.  While you were employed there.      14:35:22
24      A.  It was Paulie.  That's about it as   14:35:23
25  far as I can remember.                   14:35:31
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 229

```
 1           G. Bosetti
 2      Q.  Was there an Officer Foti who worked  14:35:32
 3  there, F-o-t-i?                          14:35:35
 4      A.  Yes.                             14:35:35
 5      Q.  Was Officer Foti full time?        14:35:37
 6      A.  Hmm.  He might have been.  I don't   14:35:39
 7  remember.                                14:35:39
 8      Q.  You don't recall one way of the      14:35:44
 9  other?                                   14:35:46
10      A.  No, sir.                         14:35:46
11      Q.  Do you know when he was hired?      14:35:46
12      A.  No, sir.                         14:35:47
13      Q.  Was he at one point, to your        14:35:48
14  knowledge, part time?                    14:35:52
15      A.  I believe he was.                 14:35:52
16      Q.  So if he was full time, do you      14:35:54
17  understand that he was part time and then moved  14:35:57
18  to full time?                            14:36:00
19      A.  Yes.                             14:36:01
20      Q.  How about John Zois, Z-o-i-s?  Do you 14:36:01
21  know who that is?                        14:36:19
22      A.  Yes.                             14:36:20
23      Q.  Who's that?                       14:36:20
24      A.  He's a police officer in Ocean Beach. 14:36:22
25      Q.  Full time or part time?           14:36:24
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 230

G. Bosetti

1
2     A.   I think he started part time and          14:36:26
3 became full time.                                   14:36:28
4     Q.   Do you know when he became full time?      14:36:29
5     A.   No, sir.                                    14:36:32
6     Q.   Do you know when he started part           14:36:33
7 time?                                                14:36:35
8     A.   No, sir.                                    14:36:35
9     Q.   Mike Mills, do you know who that is?       14:36:37
10    A.   Oh, yes.                                    14:36:39
11    Q.   Who is Mike Mills?                          14:36:40
12    A.   A police officer in Ocean Beach.           14:36:41
13    Q.   Full time or part time?                    14:36:44
14    A.   Again, I think he started part time        14:36:45
15 and now he's -- if he's still there, he's full     14:36:47
16 time.                                               14:36:50
17    Q.   Do you know when he was moved to full      14:36:50
18 time?                                               14:36:55
19    A.   No, sir.                                    14:36:55
20    Q.   I testified -- you testified that you      14:36:55
21 believe you issued a couple summonses each year;   14:36:59
22 is that correct?                                    14:36:59
23    A.   Yes.                                        14:37:03
24    Q.   Did you ever issue any summonses to        14:37:04
25 any of the bars in Ocean Beach?                    14:37:06

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 231

G. Bosetti

1
2     MR. NOVIKOFF:  Objection.            14:37:08
3 Foundation, form.                                   14:37:09
4     A.   I don't recall issuing summonses to       14:37:11
5 any of the business establishments in Ocean         14:37:15
6 Beach.                                               14:37:17
7     Q.   I'm asking just about the bars right      14:37:17
8 now.                                                 14:37:19
9     A.   That would include the bars, no.          14:37:20
10    Q.   Did you ever issue any summonses to       14:37:22
11 any of the bartenders in the bars?                 14:37:25
12    MR. NOVIKOFF:  Objection. Form,       14:37:26
13 foundation.                                         14:37:27
14    A.   Not that I can recall.                    14:37:29
15    Q.   Did you ever issue any summonses to       14:37:30
16 any patrons of any bars in Ocean Beach?            14:37:31
17    MR. NOVIKOFF:  Objection. Form,       14:37:34
18 foundation.                                         14:37:36
19    A.   The summonses I gave out, if they         14:37:38
20 were patrons of the bar, then yes.                 14:37:40
21    Q.   Well, I'm asking if you recall ever       14:37:43
22 issuing a summons to somebody who was a patron     14:37:44
23 in a bar.                                           14:37:46
24    I don't mean issue a summons to               14:37:48
25 somebody riding their bike in the afternoon and    14:37:50

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 232

G. Bosetti

1
2 maybe went to the bar that night.  I mean in        14:37:53
3 connection with them being in the bar.             14:37:54
4     MR. NOVIKOFF:  Objection. Form,        14:37:55
5 foundation.                                          14:37:56
6     A.   Not that I recall, no.                    14:38:00
7     Q.   Were you ever told not to issue          14:38:02
8 summonses to certain bars?                          14:38:05
9     A.   No.                                        14:38:07
10    Q.   Were you ever told not to issue          14:38:07
11 summonses to certain businesses?                    14:38:09
12    A.   No.                                        14:38:10
13    Q.   Did you ever see George Hesse tear up    14:38:11
14 a summons?                                          14:38:14
15    A.   No.                                        14:38:15
16    Q.   Did you ever catch any underage         14:38:16
17 drinkers at any of the bars at Ocean Beach?        14:38:24
18    MR. NOVIKOFF:  Objection to form and   14:38:25
19 foundation.                                         14:38:26
20    A.   No.                                        14:38:28
21    Q.   Did you ever walk into bars and ask       14:38:28
22 people for IDs?                                     14:38:33
23    MR. NOVIKOFF:  Objection. Form and     14:38:34
24 foundation.                                         14:38:36
25    A.   Yeah, possibly.                           14:38:37

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 233

G. Bosetti

1
2     Q.   You don't recall doing it?              14:38:41
3     A.   No, sir.                                 14:38:42
4     Q.   Did you ever have an alcoholic           14:38:43
5 beverage while on duty at Ocean Beach?             14:38:47
6     A.   If I went to a barbecue, I might have    14:38:52
7 a beer, yes.                                         14:38:57
8     Q.   How many times did that happen?          14:38:58
9     A.   Offhand I don't recall.                  14:39:01
10    Q.   Approximately?                            14:39:04
11    A.   I don't know.                             14:39:05
12    Q.   Were you wearing a uniform at the        14:39:06
13 time?                                               14:39:08
14    A.   Yes, sir.                                  14:39:08
15    Q.   Were there any rules regarding          14:39:12
16 drinking while you were on duty at Ocean Beach?    14:39:15
17    MR. NOVIKOFF:  Objection.               14:39:18
18    A.   I don't know.                             14:39:21
19    Q.   Any policies regarding drinking while   14:39:22
20 you were on duty at Ocean Beach?                    14:39:24
21    MR. NOVIKOFF:  Objection.               14:39:25
22    A.   I don't know.                             14:39:28
23    Q.   Did Chief Paradiso ever talk to you      14:39:29
24 about drinking at Ocean Beach?                      14:39:35
25    MR. NOVIKOFF:  While on duty,           14:39:37

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 234

G. Bosetti

1
2  off-duty or generally?                     14:39:38
3       MR. GOODSTADT:  Generally.  We'll     14:39:39
4  break it down.                             14:39:41
5       MR. NOVIKOFF:  Okay.  Objection to    14:39:41
6  the form.                                  14:39:43
7       You can answer.                       14:39:44
8    A.  Generally, is that what you said?    14:39:46
9    Q.  Yes.                                 14:39:46
10   A.  He wasn't crazy about us being, you  14:39:54
11 know, going out after work.                14:39:56
12   Q.  How do you know that?  How do you    14:39:57
13 know that?                                 14:40:00
14   A.  How did he know that?                14:40:00
15   Q.  No.  How did you know that he wasn't 14:40:01
16 crazy about it?                            14:40:03
17   A.  He told us.                          14:40:04
18   Q.  So he did speak to you about         14:40:06
19 drinking.                                  14:40:07
20   A.  This was off-duty, yes.             14:40:09
21   Q.  That's why I said generally.  That's 14:40:11
22 why I didn't break it down to on duty and off 14:40:14
23 duty.                                      14:40:14
24       How many times did he speak to you  14:40:17
25 about going out to the bars?               14:40:18

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 235

G. Bosetti

1
2    A.  I don't know; once, twice.          14:40:20
3    Q.  And when were those one or two times? 14:40:24
4    A.  I don't recall.                     14:40:27
5    Q.  Do you recall what year it was?     14:40:28
6    A.  No.                                 14:40:30
7    Q.  Was it prior to the Halloween       14:40:30
8  incident?                                  14:40:35
9    A.  Yes.                                 14:40:37
10   Q.  What year was the Halloween incident? 14:40:40
11   A.  '04.                                 14:40:45
12   Q.  So it's your --                      14:40:46
13   A.  I'm not sure.                        14:40:48
14   Q.  So assuming it was '04, is it your  14:40:49
15 testimony that prior to October of '04,    14:40:52
16 Paradiso had spoken to you about drinking in the 14:40:55
17 bars in Ocean Beach?                       14:40:57
18       MR. NOVIKOFF:  Objection.  Asked and 14:40:59
19 answered.                                  14:41:00
20   A.  Yes.                                 14:41:00
21   Q.  And what did he tell you about that 14:41:01
22 topic?                                     14:41:04
23   A.  He didn't really want us out in the 14:41:07
24 bars.                                      14:41:11
25   Q.  What exactly did he say?            14:41:12

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 236

G. Bosetti

1
2    A.  I don't recall exactly what he said. 14:41:14
3    Q.  So whatever he said led you to      14:41:18
4  believe that he didn't want you to go out to the 14:41:19
5  bars?                                      14:41:21
6    A.  Yeah.                                14:41:21
7    Q.  Did you ever observe any written    14:41:23
8  directive about going out to the bars?     14:41:25
9    A.  No.  No, sir.                        14:41:27
10   Q.  Do you recall what your response was, 14:41:28
11 if anything, to Paradiso telling you that he did 14:41:33
12 want you to go out to the bars?            14:41:36
13   A.  Excuse me?                           14:41:37
14   Q.  Do you recall what your response was, 14:41:37
15 if anything, to Paradiso saying that he didn't 14:41:38
16 want you going out to the bars?            14:41:41
17   A.  No.                                  14:41:42
18   Q.  Who else did he tell other than for 14:41:42
19 you that he didn't want you going out to the 14:41:44
20 bars?                                      14:41:47
21   A.  Oh, I don't know.  He told me.       14:41:48
22   Q.  Was your brother with you when he    14:41:51
23 told you?                                  14:41:53
24   A.  I don't know.                        14:41:54
25   Q.  Did he tell you in some meeting or   14:41:54

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 237

G. Bosetti

1
2  was it a one-on-one personal conversation? 14:41:56
3    A.  Oh, I don't recall.                  14:41:58
4    Q.  Was it in response to any incident   14:41:59
5  that he told you that?                     14:42:02
6    A.  No.                                  14:42:02
7    Q.  Where were you when he told that?    14:42:03
8  Was it in the station?                     14:42:10
9    A.  Possibly.  Possibly in the station. 14:42:11
10   Q.  And how about -- well, strike that.  14:42:13
11       You testified it was one or two times 14:42:19
12 where...                                   14:42:21
13       Did he ever tell you after the       14:42:22
14 Halloween incident that he didn't want you to go 14:42:24
15 out to the bars?                           14:42:25
16       MR. NOVIKOFF:  Objection.            14:42:28
17   A.  I don't recall.                      14:42:37
18   Q.  Now just going back to the question  14:42:38
19 about drinking while you were on duty at Ocean 14:42:43
20 Beach, other than for the barbecues, did you 14:42:45
21 drink on duty at any other time in Ocean Beach? 14:42:49
22   A.  No, sir.                             14:42:52
23   Q.  You never drank at a bar while you   14:42:55
24 were on duty at Ocean Beach?               14:42:58
25   A.  No.                                  14:42:59

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 238

G. Bosetti

1
2   Q.   Did you ever have to be relieved from   14:42:59
3   your tour in a bar?                    14:43:03
4       MR. NOVIKOFF:  Objection.          14:43:06
5       Just can you read that question back?  14:43:07
6       (Question was read back as follows:  14:43:07
7   "QUESTION:  Did you ever have to be    14:43:01
8   relieved from your tour in a bar?")    14:43:02
9       MR. NOVIKOFF:  Ever have to be     14:43:01
10  relieved in a bar.                     14:43:02
11      I'm going to object to the form.   14:43:08
12  BY MR. GOODSTADT:                      14:43:16
13      Q.   Do you understand what I'm saying   14:43:16
14  when I say that?                       14:43:17
15      A.   No.                          14:43:18
16      Q.   Did you ever have the next tour after   14:43:18
17  coming in at any point in time relieve you while   14:43:21
18  you were in a bar?  Did they ever come to you   14:43:22
19  and get the radio from you while you were in a   14:43:24
20  bar?                                   14:43:28
21      MR. NOVIKOFF:  I'm going to object to   14:43:28
22  that.                                  14:43:28
23      I mean I think the right question   14:43:29
24  would be were you ever relieved when you   14:43:30
25  were in the bar but...                 14:43:33

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 239

G. Bosetti

1
2   A.   Now if I was off-duty I'd go to the   14:43:35
3   bar.                                   14:43:38
4       Q.   With the police radio?        14:43:39
5       A.   Possibly.                     14:43:45
6       Q.   Do you recall ever being in a bar   14:43:47
7   with the police radio?                 14:43:48
8       MR. NOVIKOFF:  While off-duty?     14:43:50
9       MR. GOODSTADT:  At any point in time.   14:43:51
10      MR. NOVIKOFF:  Okay.               14:43:52
11      A.   When my tour ended.           14:43:54
12      Q.   So the only time that you recall   14:43:55
13  having the police radio in a bar was after your   14:43:56
14  tour ended?                            14:43:59
15      MR. NOVIKOFF:  Objection to the form.   14:44:01
16      A.   Yes.                          14:44:02
17      Q.   And were you ever relieved in a bar   14:44:02
18  by the next tour?                      14:44:09
19      A.   No.  Not that I can recall, no.   14:44:12
20      Q.   When you worked the 4 to 12 tour, is   14:44:13
21  that the, just so I understand, is that the time   14:44:21
22  period you were being paid from 4 p.m. to 12   14:44:22
23  p.m.?  Is that how it worked?          14:44:25
24      MR. NOVIKOFF:  Objection.          14:44:26
25      A.   Actually you're supposed to get in   14:44:28

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 240

G. Bosetti

1
2   there a half hour early, so 3:30 to 11:30.   14:44:30
3       Q.   Was that in writing anywhere that   14:44:35
4   that was the period in which you were getting   14:44:37
5   paid, 3:30 to --                       14:44:39
6       A.   I'm sorry?                     14:44:41
7       Q.   Is that in writing anywhere that the   14:44:41
8   period that you were getting paid was 3:30   14:44:43
9   to 11:30?                              14:44:43
10      A.   I was supposed to get relieved a half   14:44:43
11  hour early.                            14:44:54
12      Q.   Was it in writing anywhere that your   14:44:54
13  4 to 12 tour you were actually getting paid from   14:44:57
14  3:30 to 11:30?                         14:45:00
15      A.   Not that I know of.            14:45:01
16      Q.   So what's the basis of your        14:45:03
17  understanding that a 4 to 12 tour actually meant   14:45:06
18  3:30 to 11:30?                         14:45:09
19      A.   When I started, that's what they told   14:45:10
20  me.                                    14:45:12
21      Q.   Who told you that?             14:45:12
22      A.   Chief Paradiso.               14:45:13
23      Q.   And he said 4 to 12 is really 3:30 to   14:45:14
24  11:30?                                 14:45:22
25      A.   3:30 to 11:30, yes.           14:45:22

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 241

G. Bosetti

1
2   Q.   Is that when you timed out, at 11:30   14:45:32
3   every night?                          14:45:34
4       MR. NOVIKOFF:  Objection.          14:45:37
5       A.   No.                           14:45:38
6       Q.   When would you check out?       14:45:39
7       A.   Well, it's 4 to 12.  12:00.    14:45:42
8       Q.   So just so I understand, you were   14:45:47
9   checking out at 12:00 but your tour actually   14:45:50
10  ended at 11:30?                        14:45:53
11      A.   Yes.  You come in a half hour early.   14:45:54
12      Q.   So you would work 3:30 to 12?   14:45:56
13      I'm confused.                     14:45:59
14      A.   3:30 to 11:30, yeah.           14:46:00
15      Q.   But on your time sheet you would   14:46:02
16  write 12?                              14:46:04
17      A.   Yes.                          14:46:05
18      Q.   And did someone instruct you to do   14:46:05
19  that instead of actually writing down the time   14:46:08
20  that you checked in and out?           14:46:11
21      A.   I guess it was just to keep things   14:46:11
22  simple.                                14:46:13
23      Q.   What do you mean by that?       14:46:14
24      A.   It's a 4 to 12 tour, you come in a   14:46:15
25  half hour early to relieve the guys and   14:46:20

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 242

```
 1            G. Bosetti
 2  everybody does that so they can get out. Some   14:46:24
 3  guys have second jobs so it's just known that   14:46:26
 4  that's what you do.                  14:46:29
 5     Q.   When you say "known," was that known   14:46:30
 6  amongst Paradiso and Hesse as well?       14:46:35
 7         MR. NOVIKOFF:  Objection.          14:46:38
 8     A.   Yes.                       14:46:39
 9     Q.   And is it's your understanding you    14:46:46
10  got paid starting at 3:30?             14:46:48
11         MR. NOVIKOFF:  Objection to the form.  14:46:51
12     A.   You got paid for eight hours of a     14:46:52
13  day.                             14:46:55
14     Q.   I understand that, but which hours    14:46:55
15  were you getting paid for?             14:46:57
16         MR. NOVIKOFF:  Objection.  To the     14:46:59
17  extent he knows.                   14:47:02
18     A.   You get paid for 8 hours a day.  You  14:47:06
19  sign in at 4 and you sign out at 12.        14:47:09
20     Q.   Just so I'm clear, but you were       14:47:14
21  working from 3:30 to 11:30?            14:47:15
22         MR. NOVIKOFF:  Objection.          14:47:18
23         He said that five times already.      14:47:19
24     A.   Yes.                       14:47:22
25     Q.   Did you ever get drunk at Ocean      14:47:26
```

Contains Confidential Portions

Page 243

```
 1            G. Bosetti
 2  Beach?                           14:47:30
 3         MR. NOVIKOFF:  Objection.  Form.     14:47:31
 4     Q.   Do you understand what I mean when I  14:47:34
 5  say drunk?                        14:47:36
 6     A.   Yes, I understand what you mean.      14:47:37
 7     Q.   You understand what I mean when I say 14:47:38
 8  in Ocean Beach?                    14:47:41
 9     A.   Yes, I do.                   14:47:41
10     Q.   Did you ever get drunk in Ocean      14:47:41
11  Beach?                           14:47:43
12         MR. NOVIKOFF:  Objection to the form.  14:47:43
13     A.   I might have had too much one night.  14:47:47
14     Q.   Just one night?                14:47:49
15     A.   Yeah.                      14:47:50
16     Q.   What's your definition of having too  14:47:51
17  much?                            14:47:55
18         MR. NOVIKOFF:  I would think it means  14:47:56
19  drunk.                           14:47:58
20         MR. GOODSTADT:  I appreciate that you  14:48:00
21  can testify but you're not the witness       14:48:01
22  today so...                        14:48:03
23         MR. NOVIKOFF:  You asked him and --   14:48:08
24  never mind.                       14:48:10
25         MR. GOODSTADT:  He used a term.  I    14:48:10
```

Contains Confidential Portions

Page 244

```
 1            G. Bosetti
 2  want to know what his definition is.       14:48:11
 3     A.   Having a drink more than you should.  14:48:16
 4     Q.   Is there a certain number of drinks   14:48:18
 5  that you consider yourself drunk at?        14:48:21
 6     A.   No.                       14:48:23
 7     Q.   Is there any point in time where you  14:48:24
 8  had a number of drinks that you consider     14:48:35
 9  yourself drunk at?                   14:48:37
10         MR. NOVIKOFF:  Objection to the form.  14:48:37
11     A.   No.                       14:48:38
12     Q.   You don't recall telling the person   14:48:39
13  who administered the polygraph the number of 14:48:46
14  drinks it took for you to get drunk?        14:48:48
15     A.   No, sir, I don't remember.  I don't   14:48:51
16  recall.                          14:48:52
17     Q.   Other than for yourself, have you     14:48:53
18  ever witnessed any other officers drinking while 14:49:10
19  on duty at Ocean Beach?               14:49:12
20     A.   No, sir.                    14:49:13
21     Q.   Did you ever see George Hesse have an 14:49:16
22  alcoholic beverage in the police station?     14:49:29
23     A.   No, sir.                    14:49:31
24     Q.   Did you ever see George Hesse have an 14:49:31
25  alcoholic beverage at any bar in Ocean Beach? 14:49:34
```

Contains Confidential Portions

Page 245

```
 1            G. Bosetti
 2     A.   No, sir.                    14:49:36
 3     Q.   Did you ever drink in the police      14:49:37
 4  truck, an alcoholic drink in the police truck?  14:49:41
 5     A.   No, sir.                    14:49:44
 6     Q.   Did you ever witness your brother     14:49:45
 7  have a drink in the police truck, alcoholic    14:49:47
 8  drink?                           14:49:50
 9     A.   No.                       14:49:51
10     Q.   Did you ever drink in the barracks?   14:49:51
11     A.   Yes.                       14:49:54
12     Q.   How many times?               14:49:55
13     A.   Oh, I don't recall.             14:49:56
14     Q.   More than 10?                 14:50:00
15     A.   I don't recall.                14:50:01
16     Q.   More than 20?                 14:50:06
17     A.   I don't recall.                14:50:07
18     Q.   So you don't recall if it's more than 14:50:09
19  two?                            14:50:11
20     A.   Yeah, I had more than two.          14:50:18
21     Q.   More than 30?                 14:50:24
22     A.   I don't recall how many times.       14:50:27
23     Q.   How many times did you go out to the  14:50:29
24  bars after your tour ended?             14:50:31
25     A.   That I don't know.              14:50:33
```

Contains Confidential Portions

Page 246

G. Bosetti

1
2    Q.   More than 10?                    14:50:34
3    A.   I don't know.                    14:50:36
4    Q.   More than 20?                    14:50:36
5    A.   I don't know.                    14:50:37
6    Q.   More than one?                   14:50:40
7    A.   Yes, more than one.              14:50:41
8    Q.   How many nights a week after your    14:50:45
9    tour did you go out to the bar?       14:50:49
10       MR. NOVIKOFF:  Objection.         14:50:53
11   Q.   The bar in Ocean Beach.          14:50:54
12       MR. NOVIKOFF:  Still objection. I    14:50:56
13   think he's answered it.               14:50:57
14   A.   I don't know.  Sometimes on our last   14:51:01
15   night we'd stop for a couple.  That's it.   14:51:04
16   Q.   What do you mean by "Sometimes on our   14:51:07
17   last night"?                          14:51:09
18   A.   Our last tour for the week.      14:51:10
19   Q.   Were there specific days that you   14:51:12
20   worked?                               14:51:15
21   A.   Most times Wednesday, Thursday,    14:51:17
22   Fridays.                              14:51:20
23   Q.   So Wednesday afternoon till midnight,   14:51:21
24   Thursday afternoon to midnight, Friday afternoon   14:51:24
25   till midnight?                        14:51:26

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 247

G. Bosetti

1
2    A.   I'm sorry.                       14:51:28
3    Q.   I just want to make sure I understand   14:51:29
4    what --                               14:51:32
5    A.   Wednesday night, Thursday night,    14:51:32
6    Friday night.                         14:51:34
7    Q.   Okay.  So your last tour for the week   14:51:34
8    generally you'd get off at midnight Friday   14:51:36
9    night --                              14:51:39
10   A.   Yeah.                            14:51:39
11   Q.   -- going into Saturday morning.    14:51:39
12       And that's the day that you would go    14:51:41
13   out to the bars sometimes to have a few?    14:51:43
14   A.   Yes.                             14:51:45
15   Q.   How many times did that happen?    14:51:46
16   A.   I don't recall.                  14:51:48
17   Q.   Approximately how many?          14:51:51
18   A.   I don't know.                    14:51:53
19   Q.   Were any of the plaintiffs ever    14:51:54
20   required to drive you back to the checkpoint    14:52:01
21   after you left the bars?              14:52:02
22   A.   Required?                        14:52:04
23   Q.   Yes.                             14:52:05
24   A.   I don't think so.                14:52:07
25   Q.   No?                              14:52:08

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 248

G. Bosetti

1
2    A.   No.                              14:52:08
3    Q.   Did they ever do it?             14:52:09
4    A.   Yes.                             14:52:10
5    Q.   How many times?                  14:52:13
6    A.   I don't know.                    14:52:14
7    Q.   More than 10?                    14:52:18
8    A.   I don't know.  I don't think so.    14:52:19
9    Q.   More than 20?                    14:52:20
10   A.   No.  I don't know.               14:52:23
11   Q.   Sometimes.  Somewhere between 1 and    14:52:25
12   20?                                   14:52:29
13       MR. NOVIKOFF:  Objection.         14:52:30
14   A.   I don't know.                    14:52:31
15   Q.   Do you know who told them to drive    14:52:31
16   you out?                              14:52:36
17       MR. NOVIKOFF:  Objection.         14:52:39
18   A.   No.                              14:52:40
19   Q.   When the plaintiffs drove you out,    14:52:40
20   were they on duty?                    14:52:46
21   A.   Yeah, sometimes.                 14:52:53
22   Q.   They ever drive you off when they    14:52:54
23   were not on duty?                     14:52:57
24   A.   I'd like to say yes.             14:52:58
25   Q.   Do you recall any specific time?    14:53:01

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 249

G. Bosetti

1
2    A.   No, I don't recall.              14:53:03
3    Q.   So any times you can recall they were    14:53:05
4    actually on duty, right?              14:53:06
5    A.   Yes.                             14:53:09
6    Q.   How long did it take to get from the    14:53:09
7    village to the checkpoint?            14:53:13
8    A.   About 10, 15 minutes.            14:53:18
9    Q.   So round trip was somewhere between    14:53:20
10   20 and 30 minutes?                    14:53:23
11   A.   Yes.                             14:53:24
12   Q.   Did you ever hear that any of the    14:53:24
13   plaintiffs complained about having to drive you    14:53:27
14   to the checkpoint while they were on duty?    14:53:30
15   A.   No.  No, sir.                    14:53:33
16   Q.   I believe you testified that there    14:53:34
17   was an incident on Halloween of 2004; is that    14:53:47
18   correct?                              14:53:47
19   A.   Yes, sir.                        14:53:51
20   Q.   Okay.  Did you work any tours during    14:53:51
21   the off-season in '04?                14:53:54
22   A.   In the off-season?  I'm sure I did.    14:53:56
23   Q.   When I say off-season, after the    14:53:59
24   season I should say.                  14:54:01
25   A.   Excuse me.  I'm sure I did.  I can't    14:54:02

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 250

```
1          G. Bosetti
2  give you specifics.  Excuse me.          14:54:05
3      Q.   Were you scheduled to work the      14:54:06
4  Halloween of '04 night?              14:54:10
5           Just so we're clear on the time      14:54:14
6  frame, the party or the night that you were at   14:54:15
7  the bar, that was actually the night of the 30th  14:54:20
8  going into the 31st, correct?          14:54:23
9      A.   Okay.                  14:54:27
10     Q.   Just so we're clear.          14:54:29
11     A.   I'm not sure but...            14:54:30
12     Q.   Do you recall whether you were on the  14:54:32
13  schedule to work the day of that night when the  14:54:34
14  incident was?                  14:54:39
15     A.   No.                  14:54:39
16     Q.   Were you scheduled to work the day   14:54:40
17  after?                    14:54:42
18     A.   No.                  14:54:42
19     Q.   You were never on the schedule at all  14:54:43
20  to your recollection?              14:54:47
21     A.   Yes.  No.  No, I was never on.     14:54:47
22     Q.   And where did the incident take     14:54:50
23  place?                    14:54:54
24     A.   Houser's.  Houser's bar.         14:54:56
25     Q.   Had you been to Houser's bar prior to  14:54:58
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 251

```
1          G. Bosetti
2  Halloween 2004?                14:55:01
3      A.   Was I ever in there?            14:55:02
4      Q.   Yes.                  14:55:03
5      A.   Yes.                  14:55:03
6      Q.   Did you ever drink in there prior to  14:55:04
7  Halloween 2004?                14:55:06
8      A.   Yes.                  14:55:07
9      Q.   How many times?            14:55:07
10     A.   I don't remember.  I don't remember  14:55:08
11  how many times.                14:55:13
12     Q.   Approximately?  More than ten?    14:55:13
13     A.   I don't know.  I don't know.       14:55:17
14     Q.   So just so I'm clear, you worked the  14:55:19
15  day before or the day after, right?  You weren't  14:55:31
16  scheduled to work the day before or the day   14:55:34
17  after?                    14:55:37
18     A.   I wasn't --                14:55:37
19     Q.   The 30th or the 31st?  You weren't   14:55:38
20  scheduled to work, right?            14:55:40
21     A.   No.                  14:55:41
22     Q.   Okay.  So you came to the island just  14:55:41
23  to go to the Halloween party?         14:55:44
24     A.   Yes.                  14:55:45
25     Q.   What time did you arrive on the     14:55:47
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 252

```
1          G. Bosetti
2  island that day, on the 30th?            14:55:49
3      A.   Oh, boy.  I don't know.  I don't know  14:55:52
4  if we got there about 5:00.  I'm really not     14:56:00
5  sure.                     14:56:04
6      Q.   How did you get there?          14:56:04
7      A.   I know we drove to the checkpoint and  14:56:05
8  I don't know how we got into town.       14:56:15
9      Q.   What are the possible ways to get to  14:56:18
10  the island from the checkpoint?         14:56:21
11     A.   Driving.                14:56:23
12     Q.   That's the only possible way?      14:56:25
13     A.   From the checkpoint, yeah.        14:56:27
14          Oh, you can take the boat.  I'm      14:56:29
15  sorry.  But at that time of year I don't know if  14:56:31
16  the boat's running, the water taxis.       14:56:34
17     Q.   Are you referring to the ferry when   14:56:37
18  you say "the boat"?              14:56:39
19     A.   The water taxis.              14:56:39
20     Q.   The water taxis?              14:56:41
21     A.   Yes.                  14:56:41
22     Q.   So that day you don't recall how you  14:56:41
23  got to the island?                14:56:43
24          MR. NOVIKOFF:  Objection.         14:56:44
25     A.   No.                  14:56:45
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 253

```
1          G. Bosetti
2      Q.   Who did you arrive at the island     14:56:45
3  with?                     14:56:49
4      A.   My brother and Elyse, Elyse Miller.   14:56:49
5      Q.   And did you guys meet at the       14:56:58
6  checkpoint or were you together before going to  14:57:02
7  the checkpoint?                14:57:05
8      A.   No, we were together before.       14:57:06
9      Q.   For how long?              14:57:08
10     A.   I guess an hour.              14:57:09
11     Q.   What did you guys do before going to  14:57:14
12  the checkpoint?                14:57:17
13     A.   Drive to the checkpoint.         14:57:18
14     Q.   Did you guys have any drinks -- or   14:57:20
15  strike that.                  14:57:22
16          Did you have any drinks?         14:57:23
17     A.   No.                  14:57:24
18     Q.   Do you know whether your brother did?  14:57:24
19     A.   I don't think he did.  I don't       14:57:26
20  recall.  Nobody was having any drinks.       14:57:30
21     Q.   Do you recall if Elyse Miller had any  14:57:30
22  drinks before getting to the checkpoint?     14:57:32
23     A.   No.                  14:57:34
24     Q.   You don't recall?            14:57:35
25     A.   I don't believe she did.  Nobody had  14:57:35
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 254

```
 1          G. Bosetti
 2  anything.                          14:57:37
 3      Q.   Where did you go before you got to    14:57:38
 4  the island?                        14:57:45
 5      A.   I don't know.  I was staying at, I     14:57:48
 6  think his name is Mike.  He owned a pizzeria.  I   14:57:54
 7  was staying at his house for the night.    14:57:58
 8      Q.   Did you know Mike prior to Halloween    14:58:00
 9  2004?                              14:58:04
10      A.   Yeah.                      14:58:04
11      Q.   When you say he owned a pizzeria, did   14:58:10
12  he own a pizzeria on the island or somewhere     14:58:13
13  else?                              14:58:13
14      A.   On the island.             14:58:15
15      Q.   On the island?             14:58:15
16           Did you ever eat in his pizzeria?    14:58:16
17      A.   Yeah.  Once or twice.  That's it.    14:58:18
18      Q.   And did he give you permission to    14:58:20
19  stay at his house?                 14:58:23
20           MR. NOVIKOFF:  Objection.    14:58:24
21      A.   Yeah.  I don't know if it was    14:58:30
22  directly from him or people that were staying    14:58:32
23  there and they told me that I could stay there.   14:58:34
24      Q.   Who was staying there?      14:58:36
25      A.   Well, Elyse was staying there.    14:58:38
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 255

```
 1          G. Bosetti
 2  Who else?  I think Faz might have       14:58:41
 3  been staying there.                14:58:45
 4      Q.   What was the name?  Faz you said?    14:58:50
 5      A.   Yeah, Fazio.                14:58:52
 6      Q.   Was anyone else staying there?    14:58:55
 7      A.   Not that I can recall.      14:58:57
 8      Q.   Just so I'm clear you don't recall    14:58:59
 9  whether Mike told you directly or one of the     14:59:02
10  other people told you that you could stay there?  14:59:05
11           MR. NOVIKOFF:  Objection.    14:59:08
12      Q.   Correct?                   14:59:09
13      A.   I don't recall.  I don't know.    14:59:10
14      Q.   Did you have any drinks prior to    14:59:17
15  arriving at Mike's house?           14:59:19
16      A.   No.                        14:59:20
17      Q.   Did you have any drinks, when I say   14:59:20
18  "drinks," I mean alcoholic drinks, did you have   14:59:23
19  any alcoholic drinks at Mike's house?   14:59:25
20      A.   No.                        14:59:27
21      Q.   Do you know whether your brother did?   14:59:27
22      A.   I don't know.              14:59:29
23      Q.   Do you know whether Elyse did?    14:59:31
24      A.   I don't know.              14:59:32
25      Q.   Was -- do you know who Matt Bellows   14:59:33
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 256

```
 1          G. Bosetti
 2  is?                                14:59:40
 3      A.   Matt?                      14:59:41
 4      Q.   Bellows.  He's The Plumber?    14:59:42
 5      A.   The Plumber, yes.          14:59:44
 6      Q.   Was he there?              14:59:46
 7      A.   I believe he was, yes.      14:59:46
 8      Q.   Do you know whether he was drinking   14:59:49
 9  at Mike's house?                   14:59:50
10      A.   I don't know.              14:59:55
11      Q.   Your testimony is you don't recall if  14:59:56
12  anyone was drinking at Mike's house?    14:59:58
13           MR. NOVIKOFF:  Objection.    15:00:00
14      A.   No.  Not when I got there.  I don't    15:00:01
15  remember anybody drinking.         15:00:04
16      Q.   How about at any point in time while   15:00:05
17  you were at Mike's house prior to going out?    15:00:07
18      A.   No.                        15:00:10
19      Q.   I'm just asking --         15:00:10
20      A.   I'm sorry.  No.            15:00:11
21      Q.   Did you have any drinks at Mike's    15:00:12
22  house prior to going out that night?    15:00:14
23      A.   No.                        15:00:15
24      Q.   Do you recall seeing anyone else    15:00:17
25  drinking at Mike's house prior to going out?    15:00:19
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 257

```
 1          G. Bosetti
 2      A.   No, I don't.               15:00:20
 3      Q.   How long were you at his house for    15:00:21
 4  prior to going out?                15:00:29
 5      A.   I don't know.  Maybe a half hour.    15:00:30
 6      Q.   Do you recall what time you arrived    15:00:37
 7  at his house?                      15:00:40
 8           I know you testified you think you    15:00:41
 9  arrived at the beach at five.      15:00:42
10      A.   Yeah, the time, I really don't know    15:00:44
11  the times, any of the times.       15:00:46
12      Q.   Where did you go from Mike's house?   15:00:48
13      A.   Geez, I don't recall.       15:00:52
14      Q.   Did you go straight from Mike's house  15:00:59
15  to Houser's?                       15:01:03
16      A.   No, no.  There was a time we stopped   15:01:04
17  off at, at -- geez, I forget.  They were having   15:01:06
18  a party.                           15:01:12
19      Q.   Who was having a party?     15:01:13
20      A.   I can't think of their names.  There   15:01:15
21  was a local party.  We stopped in to say hello    15:01:17
22  to everybody.                      15:01:20
23      Q.   Were you invited to that party?  You   15:01:21
24  were invited to that party?        15:01:23
25      A.   Yes.                       15:01:24
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 258

G. Bosetti

```
 1          G. Bosetti
 2    Q.   And was that a residence house?    15:01:25
 3    A.   Yes.                    15:01:26
 4    Q.   What street was that party on?    15:01:28
 5    Q.   Was it Evergreen?            15:01:30
 6    Q.   Evergreen?               15:01:32
 7         You don't know who the resident was  15:01:33
 8    who was hosting that party?         15:01:37
 9    A.   No, I forget their names.        15:01:38
10    Q.   How many people were there?      15:01:40
11    A.   About quite a few.            15:01:40
12    Q.   Approximately how many?        15:01:44
13    A.   Twenty, thirty.             15:01:45
14    Q.   Who did you go there with?        15:01:50
15    A.   Elyse and my brother.          15:01:53
16    Q.   Did Bellows go with you?         15:01:55
17    A.   No.                   15:01:59
18    Q.   How about Mr. Fazio; did he go with  15:02:00
19    you?                      15:02:02
20    A.   No.                   15:02:02
21    Q.   Were you wearing a costume that     15:02:03
22    night?                     15:02:05
23    A.   I'm sorry?                15:02:05
24    Q.   Were you wearing a costume that     15:02:06
25    night?                     15:02:07
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 259

G. Bosetti

```
 1          G. Bosetti
 2    A.   No, sir.                 15:02:08
 3    Q.   Was Elyse Miller wearing a costume   15:02:08
 4    that night?                  15:02:11
 5    A.   I don't think so.            15:02:11
 6    Q.   Do you know who Douglas Wykoff is.   15:02:14
 7    A.   Yes.                   15:02:19
 8    Q.   Was he at the local party?        15:02:20
 9         MR. NOVIKOFF:  Which -- okay.  I know  15:02:22
10    which one you're talking about.       15:02:24
11    A.   No.                   15:02:26
12    Q.   Do you know who Sean O'Hare is?     15:02:27
13    A.   I don't remember.            15:02:29
14         Yes, Sean?                15:02:29
15    Q.   Yes, Sean O'Hare, do you know who   15:02:32
16    that is?                   15:02:33
17    A.   Was he at the party?           15:02:33
18    Q.   The question is do you know who Sean  15:02:36
19    O'Hare is.                  15:02:38
20         All right.  I said Sean O'Hare.  I    15:02:47
21    meant Sean O'Rourke.             15:02:49
22    A.   O'Rourke.                15:02:49
23    Q.   Yes.                   15:02:49
24         Do you know who Sean O'Rourke is?    15:03:00
25    A.   Yes.                   15:03:01
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 260

G. Bosetti

```
 1          G. Bosetti
 2    Q.   Who's Sean O'Rourke?           15:03:02
 3    A.   He's a local.              15:03:03
 4    Q.   Do you know whether he was at the    15:03:05
 5    locals party?                15:03:08
 6    A.   No, I don't think so.          15:03:08
 7    Q.   Do you know who Mitch Burns is?     15:03:10
 8    A.   Yes.                   15:03:12
 9    Q.   Who is Mitch Burns?           15:03:13
10    A.   He's a resident of Ocean Beach.     15:03:14
11    Q.   Was he at that locals party?       15:03:16
12    A.   No.                   15:03:18
13    Q.   Do you know who Jeanne Jaeger is?    15:03:19
14    A.   Yes.                   15:03:24
15    Q.   Who's Jeanne Jaeger?           15:03:25
16    A.   Jeanne Jaeger?              15:03:26
17    Q.   Yes.                   15:03:27
18    A.   She owns -- she runs the movie      15:03:28
19    theater.  Well, her late husband Buddy.   15:03:34
20    Q.   Did you know Jeanne Jaeger prior to   15:03:38
21    Halloween 2004?               15:03:42
22    A.   Yes.                   15:03:43
23    Q.   Was she at the locals party?       15:03:45
24    A.   No.                   15:03:46
25    Q.   Do you know who Ian Levine is?      15:03:47
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 261

G. Bosetti

```
 1          G. Bosetti
 2    A.   Yes.                   15:03:50
 3    Q.   Who is Ian Levine?            15:03:50
 4    A.   He's a resident of Ocean Beach.     15:03:53
 5    Q.   Did you know him prior to Halloween  15:03:54
 6    of '04?                    15:03:56
 7    A.   Yes.                   15:03:57
 8    Q.   Does he own a business on Ocean     15:03:59
 9    Beach?                     15:04:00
10    A.   Yes.                   15:04:00
11    Q.   What is his business?          15:04:02
12    A.   He owns a bed and breakfast.       15:04:03
13    Q.   Was he at the local party?        15:04:09
14    A.   No, I don't think so.          15:04:11
15    Q.   How long were you at the locals party  15:04:12
16    for?                      15:04:16
17    A.   I don't know.  I can't tell you.     15:04:16
18    Q.   Do you have an approximate time?     15:04:22
19         Did you have any drinks at the locals  15:04:29
20    party?                     15:04:30
21    A.   I had one beer.             15:04:31
22    Q.   Do you know whether your brother had  15:04:33
23    any drinks at the local party?       15:04:37
24    A.   I don't know.              15:04:37
25    Q.   Do you know whether Elyse Miller had  15:04:37
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 262

```
1            G. Bosetti
2  any drinks at the locals party?       15:04:40
3      A.  I don't know.              15:04:40
4      Q.  Where did you go after the locals    15:04:45
5  party?                        15:04:51
6      A.  I don't recall.             15:04:55
7      Q.  Did you go anywhere between the    15:04:58
8  locals party and Houser's?          15:05:00
9      A.  I don't recall.  I really don't know.  15:05:05
10     Q.  Where is Houser's located?       15:05:08
11     A.  It's on Bayview at the east end of    15:05:13
12  town.                        15:05:18
13     Q.  How far is that from where you were    15:05:20
14  at the locals party?              15:05:24
15     A.  Maybe 100 yards.           15:05:27
16     Q.  So is Houser's on the corner of    15:05:37
17  Bayview and Evergreen?           15:05:39
18     A.  Yeah, if I got my streets right.    15:05:42
19     Q.  Okay.  So --               15:05:42
20     A.  Approximately over there.       15:05:46
21     Q.  -- is it the same street that the    15:05:47
22  locals party was on, that Houser's is at the    15:05:49
23  corner?                       15:05:52
24     A.  It's up the block.            15:05:52
25     Q.  What time did you arrive at Houser's?  15:06:00
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 263

```
1            G. Bosetti
2      A.  I don't know what time I arrived.    15:06:03
3      Q.  Do you recall approximately what time    15:06:09
4  you arrived at Houser's?           15:06:11
5      A.  No.                   15:06:12
6      Q.  How many hours after you'd been on    15:06:13
7  the island did you arrive at Houser's?    15:06:15
8      A.  I don't recall.             15:06:17
9      Q.  Do you recall approximately how many    15:06:18
10  hours it was?                  15:06:20
11     A.  No.                   15:06:22
12     Q.  Can you think of anything that would    15:06:23
13  refresh your recollection?  Did you make any    15:06:26
14  phone calls on your way there that you can check    15:06:27
15  your phone records?              15:06:28
16     A.  No, I don't really recall.       15:06:30
17     Q.  Did you have a cell phone with you    15:06:32
18  that night?                   15:06:34
19     A.  Probably.                15:06:34
20     Q.  You don't recall one way or the other    15:06:37
21  whether you made any calls on the way there?    15:06:40
22     A.  No.                   15:06:41
23     Q.  Who did you go to Houser's with?    15:06:42
24     A.  Probably Elyse and my brother.     15:06:47
25     Q.  Anyone else?               15:06:55
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 264

```
1            G. Bosetti
2      A.  Not that I can recall.          15:06:57
3      Q.  How many people were there when you    15:06:58
4  got there, at Houser's?            15:07:04
5      A.  I don't know.  It was crowded.     15:07:06
6      Q.  Approximately how many people means    15:07:13
7  crowded?                     15:07:15
8      A.  I don't know.              15:07:15
9      Q.  Over 100?                15:07:17
10     A.  I don't think so.            15:07:19
11     Q.  Over 50?                 15:07:21
12     A.  Approximately.             15:07:22
13     Q.  Was Matt Bellows at the bar that    15:07:25
14  night?                       15:07:28
15     A.  I don't think so.  I don't know.    15:07:29
16     Q.  Was Mitch Burns at the bar that    15:07:35
17  night?                       15:07:37
18     A.  I don't think so.            15:07:37
19     Q.  Vinnie Fazio go to the bar that    15:07:39
20  night?                       15:07:45
21     A.  I don't think so.  I don't remember    15:07:46
22  seeing him, no.                 15:07:48
23     Q.  Other than for the one beer that you    15:07:49
24  had at the locals party, did you drink any    15:07:57
25  alcohol prior to going to the bar that night?    15:07:59
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 265

```
1            G. Bosetti
2      A.  Prior to going to the bar?       15:08:01
3      Q.  Yeah.  Well, you had testified you    15:08:04
4  didn't know where you went after the local's    15:08:06
5  house.                       15:08:08
6      A.  Right.                 15:08:08
7      Q.  So the question is, you testified to    15:08:08
8  one beer that you've had.           15:08:09
9          Did you have any other alcoholic    15:08:11
10  beverages prior to going to the bar that night?    15:08:12
11     A.  Probably not.  I wasn't really in the    15:08:15
12  mood to drink that night.           15:08:22
13     Q.  So when you say "probably not,"    15:08:24
14  you're not sure one way or the other?    15:08:26
15     A.  No.  Like I said, probably not.    15:08:27
16     Q.  Were you planning to meet anyone at    15:08:30
17  Houser's that night?              15:08:37
18     A.  No.                   15:08:37
19     Q.  How many drinks did you have at    15:08:38
20  Houser's that night?              15:08:43
21     A.  One, two maybe.             15:08:44
22     Q.  What did you drink?           15:08:51
23     A.  Beer.                  15:08:52
24     Q.  Did you pay by cash or credit card?    15:08:53
25     A.  Cash.                  15:08:59
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 266

G. Bosetti

1
2     MR. NOVIKOFF:  Objection.          15:09:00
3     Q.  Do you know whether Elyse Miller was     15:09:05
4  drinking that night?                     15:09:08
5     A.  I'm sorry?                        15:09:09
6     Q.  Do you know if Elyse Miller was      15:09:10
7  drinking that night?                     15:09:11
8     A.  I don't know.                     15:09:12
9     Q.  Did you buy her any drinks?         15:09:13
10     A.  I don't know.                     15:09:17
11     Q.  Did you see whether she drank at all?   15:09:21
12  Did you witness her taking a sip of any drink?   15:09:23
13     A.  I'm sure she had a drink.  I don't    15:09:26
14  know what she was drinking, when she was      15:09:30
15  drinking.                                15:09:32
16     MR. FEHRINGER:  Don't guess.  Only if   15:09:33
17  you recall.                              15:09:34
18     A.  No, I don't recall.               15:09:35
19     Q.  You don't know one way or the other?   15:09:36
20     Was your brother drinking that night?   15:09:38
21     A.  I believe yeah, he had a beer.  A    15:09:43
22  couple.  A beer or two.  I don't know.  I wasn't   15:09:47
23  watching him.                            15:09:50
24     Q.  Did you ever speak to him subsequent   15:09:50
25  to that to find out how many drinks he had that   15:09:53

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 267

G. Bosetti

1
2  night?                                   15:09:55
3     MR. NOVIKOFF:  That night or after     15:09:56
4     that night?                          15:09:57
5     MR. GOODSTADT:  At any point          15:09:59
6     subsequent to that night.            15:09:59
7     MR. NOVIKOFF:  Got it.               15:10:01
8     MR. GOODSTADT:  Did he ever speak to   15:10:02
9     his brother to find out how many drinks he   15:10:03
10     had on that night.                   15:10:05
11     A.  No.                              15:10:06
12     MR. NOVIKOFF:  Objection to form.     15:10:06
13     Q.  So there was an altercation that    15:10:08
14  night, correct?                          15:10:13
15     A.  Yes, sir.                         15:10:14
16     Q.  What time did the altercation happen?   15:10:14
17     A.  I guess it was approximately 3:00.   15:10:17
18     Q.  Three o'clock in the morning?       15:10:22
19     A.  Yes.                              15:10:24
20     Q.  How long had you been at the bar    15:10:25
21  prior to the altercation?                15:10:26
22     A.  I think I just walked in there maybe   15:10:28
23  a half hour ago.                         15:10:36
24     Q.  So just so I'm clear, you had gotten   15:10:39
25  to Houser's at approximately 2:30?        15:10:44

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 268

G. Bosetti

1
2     A.  No, sir.  I got there earlier.  I     15:10:46
3  left.                                    15:10:49
4     Q.  Okay.  So you went to Houser's and    15:10:52
5  then you left at some point?             15:10:54
6     A.  Yes.                              15:10:57
7     Q.  Okay.                             15:10:57
8     A.  Then I went back.                 15:10:57
9     Q.  So let's -- and I didn't know that   15:10:59
10  fact so let's go back to, so you went to      15:10:59
11  Houser's.                                15:11:02
12     How long were you there before         15:11:02
13  leaving the first time?                  15:11:03
14     A.  I don't recall.                   15:11:06
15     Q.  Approximately?                    15:11:08
16     A.  I really don't know.  I was -- I said   15:11:11
17  I wasn't, I wasn't feeling too good that night   15:11:14
18  so I was just in and out.  I wasn't really in   15:11:14
19  the mood.                                15:11:20
20     Q.  What do you mean you weren't feeling   15:11:22
21  good?  What was wrong?                   15:11:24
22     A.  I just wasn't in the mood to drink,   15:11:25
23  you know.                                15:11:27
24     Q.  Did you have any medical ailments    15:11:27
25  that you didn't feel good about?          15:11:30

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 269

G. Bosetti

1
2     A.  No, no.  Just probably stomach or    15:11:31
3  something upset.  I don't know.          15:11:35
4     Q.  When you left, where did you go?     15:11:39
5     A.  I went for a walk.  I stopped into    15:11:41
6  CJ's to, I don't know who was bartending to talk   15:11:51
7  to.  I think Jackie was bartending, just to talk   15:11:52
8  to her for a while.                      15:11:54
9     Q.  How long were you gone for?         15:11:58
10     A.  I don't know.  I really don't know    15:12:01
11  the times.                               15:12:01
12     Q.  Who did you leave with?            15:12:06
13     A.  Myself.                           15:12:07
14     Q.  So at some point you left, you went   15:12:09
15  to CJ's.                                 15:12:16
16     Did you have any drinks at CJ's?       15:12:16
17     A.  No.                              15:12:17
18     Q.  Did you go anywhere else other than   15:12:18
19  for CJ's?                                15:12:20
20     A.  No, sir.                          15:12:20
21     Q.  You don't recall how long you were at   15:12:22
22  CJ's for?                                15:12:24
23     A.  No.                              15:12:24
24     Q.  Did you go directly back to the bar   15:12:25
25  from CJ's, back to Houser's from CJ's?     15:12:27

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 270

```
        G. Bosetti
 1
 2   A.   Probably.                  15:12:31
 3   Q.   You don't recall though?       15:12:33
 4   A.   No.                  15:12:34
 5   Q.   Did you have any drinks after you    15:12:34
 6   came back to Houser's?              15:12:37
 7   A.   I might have been having a beer at   15:12:39
 8   the time.  I'm not sure.              15:12:45
 9   Q.   So you got back there at about 2:30  15:12:47
10   and you think you might have had a beer?   15:12:50
11   A.   Yeah.                  15:12:51
12   Q.   Did you stop by the station at all,   15:12:58
13   the police station at all, prior to 2:30?    15:13:00
14   A.   You know, I can't remember.       15:13:04
15   Q.   Do you recall stopping by with your   15:13:10
16   brother and Elyse Miller at some point earlier 15:13:12
17   in the night?                  15:13:14
18   A.   No, I don't.              15:13:14
19   Q.   So you're back there at 2:30, this    15:13:16
20   fight or altercation happens at 3:00.      15:13:20
21        Where were you at that time?       15:13:23
22   A.   At the time it broke out?        15:13:24
23   Q.   Yes.                  15:13:25
24   A.   I was on the east end of the bar.    15:13:27
25        (Plaintiffs' Exhibit G. Bosetti 10,   15:13:46
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 271

```
        G. Bosetti
 1
 2   Photograph of Houser's dated 2/10/09,    15:13:46
 3   marked for identification, as of this      15:13:46
 4   date.)                  15:13:46
 5        MR. GOODSTADT:  I've placed in front  15:14:04
 6   of Mr. Bosetti what's been marked as     15:14:05
 7   G. Bosetti-10.  It is a one-page exhibit    15:14:06
 8   bearing a photograph on it.  It has a date   15:14:10
 9   on the bottom of 2/10/09.              15:14:13
10   BY MR. GOODSTADT:              15:14:17
11   Q.   Mr. Bosetti, do you recognize what's  15:14:17
12   in this photograph?              15:14:19
13   A.   Yes.                  15:14:19
14   Q.   Is this Houser's?            15:14:22
15   A.   Yes.                  15:14:23
16   Q.   Okay.  Now where did the altercation  15:14:24
17   happen in connection with this picture?    15:14:28
18        If you want, you can -- why don't you 15:14:31
19   mark it with this red pen.  If it's visible in  15:14:34
20   this picture.                  15:14:39
21        (Document review.)            15:14:40
22   A.   Well, no, not where he grabbed      15:14:41
23   Jeanne.                  15:14:45
24   Q.   Why don't you put a mark in relation  15:14:45
25   to the picture where he grabbed Jeanne or would 15:14:47
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 272

```
        G. Bosetti
 1
 2   have grabbed Jeanne.              15:14:51
 3   A.   Back here (indicating).  You can't   15:14:52
 4   see it.                  15:14:53
 5        MR. NOVIKOFF:  Can I see where just  15:14:54
 6   so I have an idea?              15:14:59
 7        (Handing.)                15:15:01
 8        MR. NOVIKOFF:  It looks like the    15:15:02
 9   arrow appears to be behind the guy with the  15:15:02
10   big Afro but I'll let you inquire.        15:15:05
11   BY MR. GOODSTADT:              15:15:11
12   Q.   What's back there?            15:15:12
13   A.   You have two bathrooms.          15:15:14
14   Q.   And where were you standing in      15:15:16
15   relation to the two bathrooms when you first  15:15:19
16   heard an altercation?              15:15:22
17   A.   Basically behind the guy with the big 15:15:23
18   Afro.                  15:15:28
19   Q.   So could you see into the section of  15:15:30
20   the bathroom when you first heard it?      15:15:33
21   A.   I couldn't see into the bathroom but  15:15:34
22   into the hallway.              15:15:36
23   Q.   You could see into the hallway?     15:15:37
24   A.   Yes.                  15:15:39
25   Q.   Is that where the altercation       15:15:39
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 273

```
        G. Bosetti
 1
 2   happened?                  15:15:40
 3   A.   Yes.                  15:15:40
 4   Q.   Okay.  Who was with you at the time?  15:15:41
 5   A.   Who was with me?            15:15:42
 6   Q.   Yes.                  15:15:42
 7   A.   I was standing there by myself I     15:15:46
 8   think.                  15:15:48
 9   Q.   Do you recall who else was around you 15:15:49
10   at the time?                  15:15:50
11   A.   I know Jeanne was on line to get into 15:15:51
12   the bathroom.  I think Elyse was there with her. 15:15:58
13   I don't know who else was around.        15:16:00
14   Q.   So you don't recall any other people  15:16:03
15   who were around?              15:16:04
16   A.   No, sir.                15:16:05
17   Q.   Where did you -- well, strike that.   15:16:06
18        Was anyone playing pool at the time?  15:16:16
19   A.   Oh, I don't know.            15:16:18
20   Q.   How many people were in the bar at   15:16:20
21   that time?                  15:16:22
22   A.   I don't know.              15:16:22
23   Q.   Approximately how many?          15:16:27
24   A.   I don't know.              15:16:28
25   Q.   More than 50?              15:16:29
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 274

```
                G. Bosetti
1
2       A.  I don't know.  I really can't take a    15:16:30
3   guess at it.  I don't know.              15:16:36
4       Q.  Well, before you estimated about 50    15:16:37
5   people were there when you got there.     15:16:39
6          Were there more or less people at     15:16:40
7   3:00 in the morning or at the time that you got  15:16:42
8   there?                              15:16:45
9       A.  I guess approximately the same.     15:16:46
10      Q.  And what did you do when you first   15:16:57
11  heard the commotion?                    15:16:59
12      A.  When I first heard the commotion?    15:17:03
13      Q.  Yes.                          15:17:03
14      A.  I looked up.  I looked back.         15:17:06
15      Q.  What did you see?                15:17:08
16      A.  I see this guy grab Jeanne by the     15:17:11
17  throat and pin her against the wall.        15:17:14
18      Q.  Two hands against her throat or one?  15:17:19
19      A.  From where I was standing, it         15:17:25
20  appeared to be one hand.  He just grabbed her   15:17:27
21  with one hand and pushed her against the wall.  15:17:28
22      Q.  You actually saw him push her against  15:17:30
23  the wall or was she already pinned against the  15:17:31
24  wall when you first saw her?             15:17:33
25      A.  No, I seen him push her against the    15:17:34
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 275

```
                G. Bosetti
1
2   wall.                           15:17:37
3       Q.  How long did it take from the time    15:17:38
4   you saw him grab her by the throat to the time  15:17:40
5   he pushed her against the wall?          15:17:42
6          MR. NOVIKOFF:  Objection.          15:17:46
7       A.  It was immediate.               15:17:47
8       Q.  What did you do when you saw that?   15:17:51
9       A.  I think I did what anybody else would  15:17:55
10  do.  I grabbed him by the shoulders and I pulled  15:18:00
11  him down to the floor.                  15:18:03
12      Q.  Who else was over by the bathroom    15:18:05
13  other than for Jeanne, Elyse and the guy who   15:18:10
14  grabbed Jeanne by the throat?             15:18:12
15      A.  I don't know.                   15:18:13
16      Q.  Was the guy who grabbed her by the   15:18:14
17  throat wearing a costume?               15:18:17
18      A.  I think so.  I think he was wearing a  15:18:20
19  jumpsuit of some kind.  I'm not sure about that  15:18:24
20  either.                          15:18:27
21      Q.  What color was it?              15:18:28
22      A.  It might have been orange.          15:18:28
23      Q.  But you don't recall one way or the   15:18:30
24  other?                          15:18:31
25      A.  No.                         15:18:31
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 276

```
                G. Bosetti
1
2       Q.  Was Jeanne Jaeger wearing a costume?  15:18:31
3       A.  I don't know.                  15:18:34
4       Q.  Did you recognize it as Jeanne who    15:18:35
5   was being grabbed by the throat?          15:18:37
6       A.  Yes, sir.                      15:18:39
7       Q.  Was Bud Jaeger over there?         15:18:40
8       A.  Bud?                         15:18:46
9       A.  Yeah.  Do you know who Bud Jaeger is?  15:18:47
10      A.  That's her husband.              15:18:49
11      Q.  Right.                        15:18:50
12          Was he in that area?              15:18:51
13      A.  No.                         15:18:52
14      Q.  Was Doug Wykoff in that area?       15:18:52
15      A.  Not that I know of.              15:18:58
16      Q.  Sean O'Rourke in that area?         15:19:00
17      A.  I don't know.  I mean in that area,    15:19:02
18  excuse me, you gotta understand it happened back  15:19:10
19  here (indicating).                    15:19:14
20      Q.  Right.                        15:19:14
21      A.  So if they were over here           15:19:14
22  (indicating), I don't know if that means is this  15:19:16
23  the area?  They might have been over here but it  15:19:18
24  happened back there (indicating).         15:19:20
25      Q.  Well, standing in the area that you    15:19:21
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 277

```
                G. Bosetti
1
2   circled, which is somewhere around the pool     15:19:24
3   table, could you see the, quote, unquote, back   15:19:25
4   there area?                        15:19:29
5          MR. NOVIKOFF:  Objection.          15:19:29
6       A.  I don't -- depending on where they're  15:19:31
7   standing.  I don't know.               15:19:34
8       Q.  So you grabbed the person who is      15:19:38
9   purportedly choking Jeanne Jaeger by the       15:19:43
10  shoulders?                         15:19:46
11      A.  He was choking Jeanne Jaeger, yes.    15:19:46
12      Q.  Right.  I'm not asking that.        15:19:48
13          And you grabbed him by the shoulders?  15:19:49
14      A.  Yes, pretty much and --            15:19:51
15      Q.  Threw him down?                 15:19:51
16          Where in the picture did you throw     15:19:54
17  him down?                         15:19:56
18      A.  Again, behind the guy with the Afro.   15:19:56
19      Q.  How far away from that -- how far     15:19:59
20  away from the pool table is that?          15:20:01
21      A.  Oh, I don't know.  It's a small area.  15:20:03
22  A very tight area.                    15:20:11
23      Q.  In your mind as a police officer for  15:20:13
24  23 years at the time, was the person wearing the  15:20:18
25  orange jumpsuit committing any crimes against    15:20:23
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 278

```
1            G. Bosetti
2  Jeanne Jaeger?              15:20:26
3     A.   Yeah, absolutely.    15:20:27
4     Q.   What was the crime?          15:20:28
5     A.   He attacked her.        15:20:29
6     Q.   What crime was he committing against    15:20:30
7  Jeanne Jaeger?              15:20:33
8     A.   Assault.             15:20:34
9     Q.   And did you identify yourself as a      15:20:35
10 police officer?             15:20:37
11       MR. NOVIKOFF:  Objection.       15:20:37
12    A.   I identified myself as a police    15:20:41
13 officer immediately after I grabbed him off her   15:20:45
14 and threw him down.          15:20:48
15    Q.   What did you do to identify yourself    15:20:49
16 as a police officer?          15:20:51
17    A.   I told him I'm a police officer, I'm    15:20:52
18 a cop, and I also had a shield hanging around my   15:20:54
19 neck.                    15:20:57
20    Q.   So you showed him your shield and     15:20:57
21 told him you were a cop?          15:20:59
22    A.   He was face down.  I told him I was a   15:21:00
23 cop.                    15:21:02
24    Q.   So you were the first officer at the    15:21:03
25 scene?                  15:21:06
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 279

```
1            G. Bosetti
2       MR. NOVIKOFF:  Objection.       15:21:06
3     Q.   Do you understand when I say -- what    15:21:06
4  I mean when I say "first officer on the scene"?   15:21:08
5  You ever heard that phrase?       15:21:11
6       MR. NOVIKOFF:  Objection.       15:21:13
7     A.   No.  Rephrase that, please.       15:21:13
8     Q.   Do you know what I'm saying when I     15:21:14
9  say "first officer at the scene"?     15:21:18
10       MR. NOVIKOFF:  Objection.       15:21:21
11    A.   I asked you to rephrase it.        15:21:21
12    Q.   You saw what you thought was a crime,   15:21:23
13 correct?                 15:21:25
14    A.   No.  I saw what was a crime, yes.     15:21:28
15    Q.   Right.  So you saw what was a crime,    15:21:28
16 correct?                 15:21:30
17    A.   Correct.            15:21:30
18    Q.   And you were the first person who      15:21:30
19 took police action at that scene, correct?   15:21:35
20       MR. NOVIKOFF:  Objection.       15:21:38
21    A.   Yeah, I took action.       15:21:40
22    Q.   You're the first person to identify    15:21:43
23 yourself as a police officer at the scene,    15:21:45
24 right?                  15:21:45
25    A.   Yes.               15:21:45
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 280

```
1            G. Bosetti
2     Q.   And what you were doing, you did in    15:21:47
3  your capacity as a police officer, correct?   15:21:49
4       MR. NOVIKOFF:  Objection.  Form.    15:21:51
5     A.   What I did?  I did the right -- I did   15:21:53
6  what you would do.           15:21:56
7     Q.   I wouldn't identify myself as a     15:21:57
8  police officer and show a shield because I'm not   15:21:59
9  a police officer and I don't have a shield.    15:22:01
10    A.   No, but you --          15:22:01
11    Q.   So I wouldn't do that.       15:22:02
12    A.   But you would help the woman out.    15:22:06
13       MR. NOVIKOFF:  Are you testifying,    15:22:03
14 Andrew?                 15:22:05
15    A.   You would help the woman out,      15:22:06
16 absolutely.               15:22:07
17    Q.   Right, but --           15:22:07
18    A.   I'd like to think so.       15:22:08
19    Q.   But then you identified yourself as a   15:22:09
20 police officer.              15:22:11
21    A.   Yes, sir.             15:22:11
22    Q.   Right.              15:22:12
23       So you didn't view yourself as the    15:22:12
24 first officer at that crime scene?     15:22:15
25       MR. NOVIKOFF:  Objection.       15:22:18
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 281

```
1            G. Bosetti
2     A.   I still don't understand your      15:22:21
3  question.                15:22:24
4     Q.   Well, did any other police --      15:22:25
5     A.   I was -- yes, I was the one who took   15:22:26
6  action.                 15:22:30
7     Q.   Were there any other police officers   15:22:30
8  who were at the scene before you went there and   15:22:32
9  identified yourself as a police officer?   15:22:34
10       MR. NOVIKOFF:  Objection.       15:22:35
11    A.   No.               15:22:36
12    Q.   Was the assault that you witnessed,    15:22:38
13 was that a misdemeanor or a felony?    15:22:40
14       MR. NOVIKOFF:  Objection.       15:22:42
15    A.   It was a felony.          15:22:43
16    Q.   What level felony?         15:22:44
17       MR. NOVIKOFF:  Objection.       15:22:47
18    A.   I don't recall.          15:22:47
19    Q.   Was your brother at the scene?      15:22:53
20       MR. NOVIKOFF:  Objection as to the    15:22:56
21 term "scene."              15:22:57
22    A.   Not...              15:22:57
23       MR. GOODSTADT:  At the crime scene.    15:22:59
24 He's testified to a scene that he thought    15:23:00
25 was a crime scene.           15:23:01
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 282

```
1         G. Bosetti
2         MR. NOVIKOFF:  Is the crime scene the    15:23:02
3    little area?  Is the crime scene the bar?    15:23:03
4    You tell me and then I'll withdraw my         15:23:04
5    objection.                       15:23:07
6    BY MR. GOODSTADT:                  15:23:08
7    Q.   In the area that the assault       15:23:08
8    happened, or where you threw the          15:23:12
9    gentleman down --                 15:23:12
10   A.   No.                15:23:12
11   Q.   -- on the floor?           15:23:15
12        MR. NOVIKOFF:  Objection.  Wait until   15:23:15
13   he finishes.                  15:23:18
14        THE WITNESS:  Okay.  I'm sorry.     15:23:21
15   Q.   Were you carrying your firearm that   15:23:23
16   night?                  15:23:25
17   A.   No, sir.              15:23:25
18   Q.   You threw him down to the floor,    15:23:26
19   identified yourself as a police officer.    15:23:30
20        What else did you do, if anything, at  15:23:32
21   that time?                 15:23:36
22   A.   Nothing.              15:23:38
23   Q.   Did you restrain him in any way?    15:23:39
24   A.   No.  I didn't have a chance to do   15:23:40
25   anything, all right?           15:23:42
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 283

```
1         G. Bosetti
2    Q.   Well, just so I'm clear, he was face   15:23:45
3    down.                   15:23:47
4         Were you holding him down?         15:23:48
5    A.   Yes.  I had him by the shoulders.  I   15:23:49
6    was holding him down.            15:23:52
7    Q.   So you were restraining him by the    15:23:53
8    shoulders holding him down.        15:23:54
9    A.   Right.  I was holding him down and     15:23:55
10   immediately his friend ran over to me and said,   15:23:58
11   "What the fuck are you doing?"          15:24:03
12        I said, "Get out of here.  I'm a     15:24:05
13   cop," all right?               15:24:07
14   he said, "I don't give a fuck who you   15:24:09
15   are" and he kicked me in the face.      15:24:11
16   Q.   Did you grab -- well, who was the guy   15:24:15
17   who you had face down holding down by the   15:24:17
18   shoulders?                 15:24:21
19   A.   I believe that was Van Koot.      15:24:21
20   Q.   Did you grab Van Koot by the neck at   15:24:23
21   all?                    15:24:26
22   A.   No.               15:24:26
23   Q.   Did you strike Van Koot with your    15:24:26
24   fist at all?                15:24:28
25   A.   No.  Not at that time anyway.       15:24:29
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 284

```
1         G. Bosetti
2    Q.   At any point in time did you grab Van   15:24:36
3    Koot by the neck?               15:24:38
4         MR. NOVIKOFF:  Yeah, I was confused    15:24:40
5    by the time.                15:24:42
6    A.   There was a time when after he held   15:24:42
7    my legs and I couldn't get up, I had to fight   15:24:45
8    with him to get up and get released so I can get   15:24:48
9    up.                    15:24:48
10   Q.   Did you grab him by the neck at all?   15:24:51
11   A.   No.                15:24:54
12   Q.   You don't recall choking him?       15:24:55
13   A.   No.                15:24:56
14   Q.   Did he lose consciousness at any     15:24:57
15   time?                   15:25:00
16        MR. NOVIKOFF:  What was that?        15:25:00
17        MR. GOODSTADT:  Did he lose         15:25:01
18   consciousness at any time.          15:25:02
19   A.   No, not that I know of.         15:25:02
20   Q.   Did you place him under arrest for   15:25:04
21   assault?                  15:25:07
22   A.   I didn't have a chance.        15:25:09
23   Q.   So at the time that you had him down,   15:25:10
24   you didn't tell him he was under arrest?    15:25:13
25        MR. NOVIKOFF:  Objection.         15:25:15
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 285

```
1         G. Bosetti
2    Q.   You didn't read him his Miranda     15:25:16
3    rights?                   15:25:19
4    A.   I ordered a cup of coffee, yeah.    15:25:21
5         As soon as he went down, his friend   15:25:24
6    ran over to me.               15:25:27
7         There was no time when something like   15:25:28
8    that happens.  I mean you got this guy coming at   15:25:32
9    you and tells you "I don't give a fuck if you're   15:25:35
10   a cop" and kicks you in the face, I was scared   15:25:37
11   shit.  I was scared for my life at that point.   15:25:40
12   Q.   Where were you when he kicked you in   15:25:43
13   the face?                 15:25:45
14   A.   I was down on one knee with Van Koot.   15:25:46
15   Q.   Where on your face did he make       15:25:51
16   contact?                  15:25:54
17   A.   I'm sorry?              15:25:54
18   Q.   What side of your face did he make    15:25:54
19   contact?                  15:25:57
20   A.   What?  I don't understand.       15:25:57
21        MR. NOVIKOFF:  Objection to the      15:25:57
22   question.                 15:25:58
23   Q.   You said he kicked you in the face,   15:25:58
24   right?                   15:25:58
25   A.   Yes.               15:26:00
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 286

G. Bosetti

1
2  Q.  What side of your face did he kick?   15:26:00
3  A.  I put my arm up, just kind of it got   15:26:03
4  my arm because I sprained my wrist and it hit me   15:26:07
5  into the head so...   15:26:12
6  Q.  Your arm hit your head or his foot   15:26:12
7  hit your head?   15:26:14
8  A.  Both.   15:26:15
9      MR. NOVIKOFF:  Sounds like   15:26:19
10  Mr. Goodstadt's never been kicked in the   15:26:19
11  head before.   15:26:22
12      MR. GOODSTADT:  Fortunately I don't   15:26:24
13  myself in those situations.   15:26:26
14      MR. NOVIKOFF:  I guess you've never   15:26:26
15  gone to the aid of somebody.   15:26:27
16  BY MR. GOODSTADT:   15:26:32
17  Q.  So who was the guy that came over and   15:26:33
18  kicked you in the face?   15:26:35
19  A.  Shalik I think his name was.   15:26:36
20  Q.  Had you spoken to Shalik at all that   15:26:39
21  night prior to this incident, prior to him   15:26:42
22  saying to you he didn't care who you were?   15:26:43
23  A.  No, sir.   15:26:45
24  Q.  Had you spoken to Van Koot prior to   15:26:46
25  that time?   15:26:48

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 287

G. Bosetti

1
2  A.  No, sir.   15:26:49
3  Q.  Were there any problems with either   15:26:49
4  of them prior to the altercation?   15:26:52
5      MR. NOVIKOFF:  Objection.   15:26:54
6  A.  Not that I know.   15:26:55
7      MR. NOVIKOFF:  Any problems he had or   15:27:00
8  problems in the bar?   15:27:01
9      MR. GOODSTADT:  Any problems in the   15:27:02
10  bar with the two of them or either of them.   15:27:03
11      MR. NOVIKOFF:  Objection.   15:27:05
12  BY MR. GOODSTADT:   15:27:09
13  Q.  How many times did Shalik kick you?   15:27:09
14  A.  I remember he kicked once.  That's   15:27:14
15  enough.   15:27:16
16  Q.  And the injury was a sprained wrist?   15:27:18
17  A.  Yes.   15:27:21
18  Q.  Did you have any head injuries?   15:27:21
19  A.  A headache.  Dizzy.   15:27:23
20  Q.  Did you wrist hurt right away when it   15:27:30
21  got kicked?   15:27:34
22  A.  Everything hurt.   15:27:36
23  Q.  Did you feel like it was broken?   15:27:38
24  A.  No, not broken.   15:27:40
25  Q.  Did you call Ocean Beach Rescue?   15:27:43

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 288

G. Bosetti

1
2      MR. NOVIKOFF:  You mean right when   15:27:43
3  the foot his face?   15:27:43
4      MR. GOODSTADT:  How about at any   15:27:48
5  time.   15:27:49
6      MR. NOVIKOFF:  Oh, okay.   15:27:49
7  A.  No.   15:27:50
8  Q.  How come?   15:27:50
9  A.  Well, I didn't need it.   15:27:52
10  Q.  But you had a sprained wrist and a   15:27:57
11  headache after someone kicked you.   15:27:58
12  A.  Yes.   15:28:00
13  Q.  And you didn't need medical attention   15:28:00
14  by Ocean Beach Rescue?   15:28:03
15  A.  No.   15:28:04
16  Q.  Did anyone try to break up the fight   15:28:05
17  between you and Shalik and Van Koot?   15:28:09
18  A.  No.  Van Koot, like I said, I pulled   15:28:11
19  him off of Jeanne, I got kicked in the face and   15:28:17
20  then I had to wrestle to get away from Van Koot.   15:28:22
21  I mean I don't know why.  There was just   15:28:26
22  commotions all over the place.   15:28:29
23  Q.  How long did it take from the time   15:28:29
24  you grabbed Van Koot and put him down till the   15:28:31
25  time you had to wrestle to get yourself away   15:28:33

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 289

G. Bosetti

1
2  from him?   15:28:36
3  A.  Till the time I'm sorry?   15:28:36
4  Q.  That you had to wrestle to get   15:28:37
5  yourself away from him.   15:28:38
6  A.  Everything was happening very fast.   15:28:40
7  Q.  Did you strike him with your fist   15:28:42
8  when you were trying to wrestle to get away from   15:28:44
9  him?   15:28:47
10  A.  You know, I probably did, you know,   15:28:47
11  because I never recalled hitting him because my   15:28:52
12  thing was to throw him down, but the more I   15:28:54
13  thought about wrestling to get away, I probably   15:28:56
14  very well did hit him.   15:29:00
15  Q.  With your fist?   15:29:00
16  A.  Probably.   15:29:01
17  Q.  You don't recall actually doing that   15:29:02
18  though?   15:29:04
19  A.  No.   15:29:04
20  Q.  Did anyone try to break up the fight?   15:29:05
21  A.  No.   15:29:07
22      MR. NOVIKOFF:  Objection.   15:29:09
23  A.  It was that fast.  It was very fast.   15:29:09
24  Q.  Was your brother there at all during   15:29:12
25  the time that you were fighting with Shalik and   15:29:13

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 290

```
1          G. Bosetti
2  Van Koot?                        15:29:20
3    A.   No.                       15:29:20
4    Q.   Now you testified you got kicked in   15:29:28
5  the face.                        15:29:30
6        Did you ever strike Shalik?   15:29:31
7    A.   I believe I hit him in the arm with a   15:29:36
8  cue stick.                       15:29:39
9    Q.   When did that happen?       15:29:40
10   A.   As soon as I got up, I heard him --   15:29:41
11 not heard him, I seen him charging at me, "I'm   15:29:46
12 going to kill him. I'm going to kill him."   15:29:48
13       I grabbed the cue stick, pool stick,   15:29:49
14 and I hit him.                    15:29:52
15   Q.   Where was the pool stick that you   15:29:54
16 grabbed?                         15:29:56
17   A.   I don't know if it was on the table   15:29:57
18 or where I grabbed it. It was laying there. I   15:29:59
19 just grabbed the first thing I seen. It's like   15:30:02
20 a tunnel vision when somebody's coming at you.   15:30:05
21   Q.   So you grabbed the pool stick.   15:30:07
22       Where was Van Koot at the time you   15:30:08
23 grabbed the pool stick?           15:30:10
24   A.   I don't know if he was on the floor   15:30:11
25 or getting up. I don't know.      15:30:15
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 291

```
1          G. Bosetti
2    Q.   Did you -- how long did it take you   15:30:16
3  to wrestle your way away from van Koot?   15:30:20
4    A.   Again, I don't know.         15:30:23
5    Q.   Was Shalik still kicking you while   15:30:23
6  you were trying to get away from Van Koot?   15:30:25
7    A.   Like I said, he kicked me the once   15:30:28
8  and I don't remember what happened after that.   15:30:34
9  I don't know what's going on.     15:30:36
10   Q.   So he kicked you once, you don't know   15:30:37
11 where Shalik went after kicking you one time?   15:30:39
12   A.   No.                       15:30:40
13   Q.   Did he ever punch you?       15:30:41
14   A.   I don't know. I don't think so. I   15:30:42
15 don't think so.                  15:30:44
16   Q.   Just so I understand the time line   15:30:45
17 before we take a break, so he kicks you, you   15:30:47
18 were wrestling away to get away from Van Koot,   15:30:50
19 you may have struck him with your fist.   15:30:53
20       Did anything happen between that time   15:30:56
21 and the time you actually wrestled away from Van   15:30:58
22 Koot?                            15:31:01
23       MR. NOVIKOFF: Objection to the   15:31:01
24 characterization.                15:31:02
25   A.   I'm sorry. Say that again.    15:31:04
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 292

```
1          G. Bosetti
2    Q.   I'm still trying to get the time   15:31:05
3  line.                            15:31:08
4    A.   Yes.                      15:31:08
5    Q.   Shalik kicked you, right?     15:31:09
6    A.   Yes.                      15:31:10
7    Q.   Then after Shalik kicked you, Van   15:31:10
8  Koot grabbed your leg and you were wrestling   15:31:13
9  away from Van Koot, correct?      15:31:15
10   A.   Right.                    15:31:17
11   Q.   Okay. Did anything happen between   15:31:17
12 the time, that time or the time you actually got   15:31:19
13 away from Van Koot?               15:31:22
14   A.   I don't know. I don't know what was   15:31:24
15 going on.                        15:31:26
16       MR. GOODSTADT: Why don't we take a   15:31:27
17 couple minute break.              15:31:28
18       THE VIDEOGRAPHER: Going off the   15:31:30
19 record. The time is 3:32 p.m.     15:31:31
20       (Recess taken.)             15:31:35
21       THE VIDEOGRAPHER: We're back on the   15:39:03
22 record. The time is 3:45 p.m.     15:44:48
23       This is the beginning of the tape   15:44:50
24 labeled No. 4.                   15:44:52
25 BY MR. GOODSTADT:                 15:44:53
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 293

```
1          G. Bosetti
2    Q.   So before we took the break, we were   15:44:57
3  talking about when you wrestled yourself away   15:45:00
4  from Mr. Van Koot.               15:45:03
5        Do you recall that?          15:45:04
6    A.   Yes, sir.                  15:45:05
7    Q.   When you wrestled yourself away from   15:45:05
8  Mr. Van Koot, do you recall who else was within   15:45:09
9  view?                            15:45:13
10       MR. NOVIKOFF: Objection.      15:45:14
11   A.   I really don't recall too much.   15:45:17
12   Q.   Where was Shalik when you wrestled   15:45:19
13 yourself away from Van Koot?      15:45:21
14       MR. NOVIKOFF: Objection.      15:45:23
15   A.   Where was he? I don't know.   15:45:26
16   Q.   Yeah.                     15:45:27
17       And you testified I think that he   15:45:28
18 came charging at you at some point?   15:45:31
19   A.   Yes.                      15:45:33
20   Q.   Saying "I'm going to kill you" or   15:45:34
21 something to that effect?         15:45:37
22   A.   Yes.                      15:45:37
23   Q.   Do you remember him actually saying   15:45:38
24 those words "I'm going to kill you"?   15:45:39
25   A.   Yes.                      15:45:40
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 294

G. Bosetti

1
2    Q.   And where was he standing when he   15:45:41
3    said that to you?  What direction was he   15:45:43
4    charging you from?                          15:45:46
5    A.   I guess the front.                     15:45:47
6    Q.   Which way were you facing in          15:45:50
7    connection with that picture?               15:45:52
8    A.   I was facing towards the bar, this    15:45:53
9    way (indicating).                           15:45:56
10       He was coming at me, "I'm going to     15:45:56
11   kill you."                                  15:45:58
12   Q.   How far away from the pool table were 15:45:58
13   you standing?                               15:46:01
14   A.   I don't know.                          15:46:01
15   Q.   You don't know?                        15:46:04
16       And what did you do when he started    15:46:08
17   charging at you and said, "I'm going kill you"?  15:46:11
18       MR. NOVIKOFF: Objection.  Asked and    15:46:13
19   answered.
20   A.   When he came at me, I hit him.        15:46:14
21   Q.   With the pool cue, that's when you    15:46:16
22   hit him?                                    15:46:18
23   A.   Yes.                                   15:46:19
24   Q.   Or did you hit him with your fist at  15:46:19
25   all?                                        15:46:21

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 295

G. Bosetti

1
2    A.   No, pool cue.                          15:46:21
3    Q.   How many times did you hit him with   15:46:22
4    the pool cue?                               15:46:23
5    A.   I really don't remember.  I thought   15:46:24
6    once.                                       15:46:26
7    Q.   And do you recall where on his body   15:46:27
8    you hit him?                                15:46:29
9    A.   I thought I hit him on the arm.       15:46:30
10   Q.   Which arm, right arm or left arm?     15:46:32
11   A.   I don't know.                          15:46:34
12   Q.   How did you actually swing the pool   15:46:35
13   cue?  Was it -- were you holding it at the 15:46:38
14   bottom like a baseball bat or were you holding 15:46:39
15   it sort of in the middle?                   15:46:42
16   A.   I really don't remember.  I don't     15:46:43
17   know if I hit him -- I thought I hit him like 15:46:45
18   this (indicating).  I don't know.           15:46:47
19   Q.   Which wrist was sprained?             15:46:47
20   A.   I don't know if it's my left or my    15:46:50
21   right.  I went to the doctor so...  A couple of 15:46:52
22   days later but...                           15:46:55
23   Q.   Sitting here you don't recall which   15:46:56
24   wrist was sprained?                         15:46:58
25   A.   No.                                    15:46:59

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 296

G. Bosetti

1
2    Q.   After you struck him in the arm with  15:47:00
3    the pool cue, what happened?                15:47:05
4    A.   Everybody was -- just everybody piled 15:47:06
5    on and broke everything up.                 15:47:10
6    Q.   Who piled on?                          15:47:12
7    A.   Everybody in the bar it seemed like.  15:47:14
8    Q.   Well, who?  Did you see anybody who   15:47:17
9    actually piled on?                          15:47:19
10   A.   Nah, just bodies all over the place.  15:47:19
11   Q.   How many bodies were all over the     15:47:23
12   place?                                      15:47:25
13   A.   Oh, I don't know.                      15:47:25
14   Q.   Do you recall a single person who     15:47:26
15   piled on?                                   15:47:28
16   A.   No.                                    15:47:29
17   Q.   Where was Van Koot at the time that   15:47:29
18   you hit Shalik with the stick?              15:47:32
19   A.   I don't know.                          15:47:33
20   Q.   Did you hit Van Koot at all with the  15:47:34
21   pool cue?                                   15:47:36
22   A.   No.                                    15:47:37
23   Q.   Did you hit anyone else with the pool 15:47:37
24   cue other than for Shalik?                  15:47:41
25   A.   I'm not sure.  I don't know.           15:47:42

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 297

G. Bosetti

1
2    Somebody else might have ran at me and I hit 15:47:45
3    them too.  At that time I was scared for my  15:47:47
4    life.                                       15:47:49
5    Q.   So sitting here right now you don't   15:47:50
6    know if you hit just Shalik or maybe somebody 15:47:52
7    else?                                       15:47:54
8    A.   Yeah.                                  15:47:54
9    Q.   The pool cue break?                    15:47:56
10   A.   No.                                    15:48:02
11   Q.   Where did you put the pool cue?       15:48:03
12   A.   I don't know.                          15:48:05
13   Q.   You don't know?                        15:48:09
14   A.   No.  I put it down.  I don't know.  I 15:48:10
15   didn't put it back in the rack if that's what 15:48:13
16   you're asking me.                           15:48:15
17   Q.   Did you put it anywhere to secure it  15:48:15
18   as possible evidence?                       15:48:19
19   A.   No.                                    15:48:20
20   Q.   Did you secure the scene at all?      15:48:22
21   A.   No.                                    15:48:24
22   Q.   Where was your brother at the time    15:48:25
23   that you hit Shalik with the cue?           15:48:33
24   A.   I don't know.                          15:48:37
25   Q.   Did you ever speak to your brother    15:48:37

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 298

```
1              G. Bosetti
2   about whether he saw you hit Shalik with the    15:48:39
3   pool cue?                                        15:48:40
4      A.  I don't think so because he didn't       15:48:41
5   know what was going on from what he said.        15:48:45
6      Q.  When was the first time you told him      15:48:46
7   that you hit somebody with the pool cue?         15:48:48
8          MR. NOVIKOFF:  Objection.                 15:48:51
9      A.  The first time?  I don't recall.          15:48:51
10     Q.  Did you tell him that night?              15:48:54
11         MR. NOVIKOFF:  You mean that morning.     15:48:58
12     Q.  Or that morning?                          15:48:59
13     A.  Probably.                                 15:49:00
14     Q.  Were you at the bar when you told         15:49:02
15  him?                                             15:49:04
16     A.  I don't recall.                           15:49:05
17     Q.  Did your brother identify himself as      15:49:07
18  a police officer?                                15:49:12
19         MR. NOVIKOFF:  When?                       15:49:14
20     A.  I don't know.  I don't know what he       15:49:15
21  did.                                             15:49:15
22     Q.  In the bar either during the             15:49:18
23  altercation with Van Koot and Shalik or shortly 15:49:21
24  thereafter.                                      15:49:24
25         MR. NOVIKOFF:  Objection.                 15:49:24
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 299

```
1              G. Bosetti
2      A.  I don't know.                             15:49:25
3      Q.  Did you call for any backup or            15:49:27
4   assistance?                                      15:49:29
5          MR. NOVIKOFF:  Objection.                 15:49:31
6      A.  Did I?                                    15:49:32
7      Q.  Yes.                                      15:49:32
8      A.  No.                                       15:49:34
9      Q.  Did you call the police station to        15:49:34
10  let them know this happened?                     15:49:38
11     A.  No.                                       15:49:39
12     Q.  Do you know whether anyone did?           15:49:39
13     A.  Yes.  From what I understand, several     15:49:41
14  people called.                                   15:49:43
15     Q.  Who called based on your                  15:49:44
16  understanding?                                   15:49:45
17     A.  I don't know.  I don't know if Ian        15:49:46
18  called or whoever called, the bartenders called. 15:49:51
19     Q.  Who were the bartenders that night?       15:49:57
20     A.  I don't even remember.                    15:50:01
21     Q.  When you say Ian, you're referring to     15:50:02
22  Ian Levine?                                      15:50:04
23     A.  Yeah.                                     15:50:05
24     Q.  How do you know that he called?           15:50:05
25         MR. NOVIKOFF:  Objection.  I don't        15:50:08
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 300

```
1              G. Bosetti
2   think he said he knows that he called.           15:50:09
3   Objection to form.                               15:50:12
4      Q.  What is the basis of your belief that     15:50:12
5   Levine called?                                   15:50:15
6      A.  I don't know.  Somebody told me he        15:50:16
7   called or somebody called.                       15:50:20
8      Q.  Did you hear anyone that night say,       15:50:23
9   "You guys call the police" or anything to that   15:50:27
10  effect?                                          15:50:30
11     A.  I'm pretty sure somebody said it.         15:50:31
12     Q.  You don't recall who it was?             15:50:36
13     A.  No.                                       15:50:38
14     Q.  When did you hear that for the first      15:50:39
15  time that night or that morning that somebody    15:50:41
16  called the police?                               15:50:44
17     A.  I don't remember.                         15:50:45
18     Q.  At some point in time police officers     15:50:46
19  who were on duty arrived at the scene?           15:50:51
20     A.  Yeah.                                     15:50:53
21     Q.  How long after you hit Shalik with        15:50:55
22  the pool cue did the on-duty police officers     15:50:58
23  arrive?                                          15:51:01
24     A.  I really don't have too much             15:51:02
25  perception of time.  It seemed like a while but  15:51:05
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 301

```
1              G. Bosetti
2   I can't really give you a time frame.            15:51:09
3      Q.  What do you mean by it seemed like a      15:51:10
4   while?  How --                                   15:51:11
5      A.  I don't know.  Everything was going       15:51:14
6   on.  It was just chaotic.                        15:51:16
7      Q.  Was it minutes, hours?                    15:51:17
8      A.  No, not hours.  Not hours.                15:51:20
9      Q.  Minutes?                                  15:51:22
10     A.  Minutes.                                  15:51:23
11     Q.  Did you see the on-duty officers when     15:51:24
12  they arrived?                                    15:51:30
13     A.  I seen them walk into the bar.            15:51:30
14     Q.  Who did you see walk into the bar?        15:51:32
15     A.  I'm not sure.                             15:51:34
16     Q.  You don't recall which officers were      15:51:35
17  on duty?                                         15:51:37
18     A.  I think it was Tommy Snyder.  I'm not     15:51:38
19  sure.                                            15:51:39
20     Q.  So sitting here today you don't           15:51:39
21  recall which on-duty officers you saw walk into  15:51:42
22  the bar?                                         15:51:42
23     A.  Nom sir.                                  15:51:46
24     Q.  Where were you when the on-duty          15:51:46
25  officers walked into the bar?                    15:51:48
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 302

```
1          G. Bosetti
2      A.  I was standing against the wall by      15:51:49
3  the pool table.                                 15:51:52
4      Q.  Did you go over to them?                15:51:52
5      A.  No.                                      15:51:55
6      Q.  What happened?                          15:51:55
7      A.  I walked by, at that point my brother   15:51:56
8  was with me.  He asked me how I was doing and I 15:51:59
9  told him.  I said, you know, "I'm shaking.  I'm 15:52:03
10 not feeling too good."                          15:52:06
11         He said, "Don't worry.  We'll take      15:52:08
12 care of it.  Go home, lay down."                15:52:10
13         And Id id.                              15:52:13
14     Q.  So just so I'm clear, when the          15:52:13
15 on-duty police officers walked into the bar,    15:52:16
16 your brother was with you at the time?          15:52:17
17     A.  I don't know if he was with me at       15:52:18
18 that time.                                      15:52:19
19     Q.  Well, when the on-duty police           15:52:21
20 officers walked in, you were up against the wall 15:52:24
21 by the pool table, right?                       15:52:25
22     A.  Yeah.                                    15:52:27
23     Q.  You don't recall whether your brother   15:52:27
24 was with you at that time?                      15:52:29
25     A.  No.                                      15:52:30
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 303

```
1          G. Bosetti
2      Q.  Was anyone with you at the time?        15:52:30
3      A.  I don't know.                            15:52:33
4      Q.  And did you -- you didn't go over to     15:52:34
5  the police officers who were on duty?           15:52:38
6      A.  No.                                      15:52:39
7      Q.  How come?                                15:52:40
8      A.  Because I was shaking.  I was            15:52:41
9  shaking.  My brother told me that they were     15:52:46
10 going to take care of it for me.  You know, to   15:52:48
11 go relax, go lay down and so I did.             15:52:51
12     Q.  When did you leave the bar?             15:52:54
13     A.  Right after that.  Shortly right        15:53:02
14 after that.                                      15:53:06
15     Q.  While the on-duty officers were still   15:53:07
16 in the bar?                                      15:53:10
17     A.  Yeah.                                    15:53:11
18     Q.  So how long did you remain in the bar   15:53:13
19 when or after you saw the on-duty officers walk 15:53:17
20 into the bar?                                    15:53:22
21     A.  I don't know.  It wasn't long.           15:53:25
22     Q.  How long is it wasn't long?             15:53:31
23     A.  I don't know.  A minute, if that.       15:53:35
24     Q.  Okay.  Just so I'm clear because my      15:53:38
25 question was a little bit convoluted, you were  15:53:40
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 304

```
1          G. Bosetti
2  in the bar, you remained at the bar for one     15:53:44
3  minute after you saw the on-duty officers walk  15:53:47
4  in?                                              15:53:50
5      MR. NOVIKOFF:  Objection.                   15:53:50
6      A.  Approximately.                           15:53:50
7      Q.  What door did you walk out?             15:53:51
8      A.  The front door.                          15:53:55
9      Q.  Who did you walk out with?             15:53:56
10     A.  I don't know.  I don't know if Elyse    15:53:57
11 helped me out or what it was.                   15:54:04
12     Q.  Were any on-duty officers outside the   15:54:07
13 bar when you walked out?                        15:54:10
14     A.  I think there were some outside,        15:54:11
15 some inside.                                     15:54:13
16     Q.  Who was outside --                      15:54:14
17     A.  I don't recall.                          15:54:16
18     Q.  -- when you saw the on-duty officers?   15:54:15
19     MR. FEHRINGER:  Wait until he              15:54:17
20 finishes.                                        15:54:17
21     THE WITNESS:  Okay.  Sorry.                 15:54:19
22     Q.  Did you walk out the --                 15:54:19
23     A.  It's my first time.                     15:54:19
24     Q.  Did you walk out the east door or the   15:54:20
25 west door?                                       15:54:23
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 305

```
1          G. Bosetti
2      MR. NOVIKOFF:  Okay.  What was the           15:54:25
3  question?                                        15:54:26
4      MR. GOODSTADT:  Did he walk out the          15:54:26
5  east door or the west door.                     15:54:27
6      A.  It would be the east door.              15:54:30
7      Q.  In the front of the bar.                15:54:30
8      The east door?                               15:54:31
9      A.  Yes.                                      15:54:31
10     Q.  Where are the officers standing          15:54:32
11 inside the bar at the time that you left?       15:54:36
12     MR. NOVIKOFF:  Objection.                   15:54:38
13     A.  I don't know.  By the bar.  I'm not     15:54:40
14 sure.                                            15:54:42
15     Q.  How far is that from the east door       15:54:42
16 where they were standing?                       15:54:45
17     A.  I don't know.  The bar is long.  I      15:54:47
18 don't know.  20, 30 feet.                        15:54:51
19     Q.  How far from the east door was the      15:54:54
20 police officer or officers who were outside     15:54:58
21 standing?                                        15:55:00
22     MR. NOVIKOFF:  Objection.                   15:55:02
23     A.  I don't know.  I don't know.             15:55:03
24     Q.  Were Shalik and Van Koot still in the   15:55:07
25 bar when you left?                               15:55:10
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 306

```
1            G. Bosetti
2     A.  I have no idea.                15:55:11
3     Q.  You didn't see them --          15:55:13
4     A.  No idea.              15:55:15
5     Q.  -- when you were leaving?        15:55:16
6         Where did you go from the bar?   15:55:18
7     A.  I went back to Mike's house.     15:55:21
8     Q.  What time was that?             15:55:23
9     A.  Again, I don't know.  If everything   15:55:26
10 happened approximately 3:00, it's got to be    15:55:32
11 shortly thereafter.                   15:55:35
12    Q.  Like 3:10?                 15:55:37
13    A.  I don't know.               15:55:40
14    Q.  Did you tell your brother that night   15:55:44
15 before you left the bar that a woman had been    15:55:49
16 choked?                        15:55:53
17    A.  Yes.                    15:55:54
18    Q.  And when did you tell him that?   15:55:55
19    A.  When?                    15:55:57
20    Q.  Yeah.                    15:55:57
21    A.  Before I left.             15:56:01
22    Q.  Tell me everything you recall telling   15:56:02
23 your brother before you left.            15:56:04
24    A.  Excuse me?                 15:56:06
25    Q.  Tell me everything you recall telling   15:56:06
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 307

```
1            G. Bosetti
2  your brother before you left.            15:56:08
3         MR. NOVIKOFF:  Objection to the form   15:56:09
4     of the question.                 15:56:11
5     A.  I think he asked me what happened.   15:56:15
6         I said, "Hey, Jeanne Jaeger was       15:56:16
7  getting strangled."                 15:56:18
8     Q.  What else did you say?           15:56:21
9     A.  "I grabbed the guy off her.  Got     15:56:24
10 kicked in the face."               15:56:26
11    Q.  Did you tell him anything else?     15:56:27
12    A.  No.                    15:56:29
13    Q.  Did you tell him that you used the   15:56:31
14 pool cue to hit somebody.              15:56:31
15    A.  I don't think so.             15:56:34
16    Q.  Do you recall anything else he said   15:56:39
17 to you other than for what happened and telling   15:56:40
18 you -- do you recall anything that he said other   15:56:43
19 than for what happened and to tell you to go     15:56:45
20 back to the house?                15:56:48
21    A.  No, sir.                  15:56:49
22    Q.  So those are the only two things you   15:56:50
23 recall him saying?                 15:56:52
24    A.  He said the cops were going to take   15:56:54
25 care of it.                     15:56:59
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 308

```
1            G. Bosetti
2     Q.  How long did you speak to him for?   15:56:59
3     A.  It wasn't too long.  I don't know.   15:57:01
4     Q.  Was Jeanne Jaeger still at the bar at   15:57:07
5  the time that you left?               15:57:10
6     A.  I don't know.  I don't know if       15:57:11
7  everybody ran out.  I don't know.         15:57:15
8     Q.  And when you told your brother that   15:57:17
9  Jeanne Jaeger had been choked or strangled, did   15:57:22
10 you actually use the name Jeanne Jaeger and told   15:57:27
11 him who it was?                   15:57:29
12    A.  That I don't remember.  That I don't   15:57:32
13 know.                        15:57:34
14    Q.  Did you tell him that -- did you tell   15:57:34
15 him all these things -- strike that.         15:57:38
16        That conversation happen before or   15:57:40
17 after the on-duty officers arrived?          15:57:43
18    A.  I think he went out, he came back in,   15:57:46
19 saw -- I'm not really sure when we had that   15:57:55
20 conversation.                   15:58:00
21    Q.  So just so I'm clear, you recall     15:58:00
22 seeing the on-duty officers walking in.       15:58:02
23        Did you speak to your brother at all   15:58:05
24 between the end of the altercation and the time   15:58:07
25 that you saw the police officers walk in who   15:58:12
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 309

```
1            G. Bosetti
2  were on duty?                   15:58:14
3         MR. NOVIKOFF:  Objection.          15:58:15
4     A.  I'm sorry.  Give that to me again?   15:58:19
5  Rephrase it?                    15:58:20
6     Q.  I'm looking at -- I'm focusing on the   15:58:21
7  time period between the end of your           15:58:22
8  altercation --                  15:58:25
9     A.  Yes.                    15:58:27
10    Q.  -- and the time that you saw the     15:58:27
11 on-duty police officers walk in.          15:58:29
12        You understand what time frame I'm   15:58:30
13 talking about?                   15:58:32
14    A.  Yes.                    15:58:32
15    Q.  Okay.  Did you speak to your brother   15:58:32
16 at all during that time period?           15:58:33
17        MR. NOVIKOFF:  Objection.          15:58:35
18    A.  Yeah, I'm pretty sure I did.        15:58:37
19    Q.  Okay.  Did you say anything -- well,   15:58:39
20 strike that.                    15:58:41
21        Was that the conversation that you   15:58:41
22 just testified to; how you doing, shaken up --   15:58:43
23    A.  I don't know if that was --         15:58:47
24    Q.  -- Jean was being strangled?        15:58:48
25    A.  -- before or that one or...         15:58:50
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 310

1          G. Bosetti
2     Q.   Well, how many separate conversations   15:58:51
3  did you have after -- between the period that   15:58:52
4  you finished the altercation and the period, and   15:58:56
5  the time that you left the bar?           15:58:58
6     A.   I thought we spoke briefly two      15:59:01
7  different times but...                  15:59:03
8     Q.   Okay.                        15:59:06
9     A.   I don't know.                  15:59:06
10    Q.   So I just want to focus on the first   15:59:07
11 time.                             15:59:09
12         Was that before you saw the on-duty   15:59:09
13 officers come walking in?               15:59:12
14         MR. NOVIKOFF:  Objection.          15:59:12
15    A.   I don't know.                  15:59:12
16    Q.   What was stated during the first   15:59:13
17 conversation?                        15:59:15
18    A.   He asked what happened.          15:59:16
19         MR. NOVIKOFF:  Objection.          15:59:16
20    Q.   What did you respond?             15:59:21
21         MR. NOVIKOFF:  Objection.  Asked and   15:59:28
22 answered.                          15:59:29
23    A.   Yes, all right.                15:59:31
24    Q.   I just want to make sure I know what   15:59:32
25 happened the first conversation versus the      15:59:34

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 311

1          G. Bosetti
2  second conversation.                   15:59:36
3          The first one he asked what happened,   15:59:36
4  if you're all right.                   15:59:38
5     Q.   What did you respond?             15:59:39
6          MR. NOVIKOFF:  Objection.          15:59:39
7     A.   I said yeah, a lady was getting      15:59:40
8  choked or Jeanne was getting choked.  I don't   15:59:43
9  know now what I said.                   15:59:45
10         He asked me if I was all right.      15:59:46
11         I said yeah.                   15:59:48
12    Q.   Did you tell him that you had been   15:59:49
13 kicked at that point in time?            15:59:51
14         MR. NOVIKOFF:  Objection.  Asked and   15:59:52
15 answered.                          15:59:53
16    A.   I'm not sure.  I might have.        15:59:53
17    Q.   Do you recall anything else that you   15:59:59
18 guys, either you stated or he stated during that   16:00:00
19 first conversation?                    16:00:03
20         MR. NOVIKOFF:  Same objection.       16:00:04
21    A.   No, sir.                      16:00:06
22    Q.   Now there was a second brief        16:00:07
23 conversation, correct?                  16:00:10
24    A.   Yes.                        16:00:12
25    Q.   When was that?  How long after the   16:00:13

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 312

1          G. Bosetti
2  first conversation?                    16:00:14
3     A.   I really don't know.             16:00:15
4     Q.   Was that before or after the on-duty   16:00:16
5  officers arrived?                      16:00:19
6     A.   I don't know.                  16:00:19
7     Q.   What was stated during that        16:00:20
8  conversation?                        16:00:23
9     A.   He told me to go home and lay down,   16:00:25
10 that the cops were going to handle it.      16:00:29
11    Q.   Did you say anything in response?   16:00:32
12    A.   I said all right.  I think I said it.   16:00:34
13 Are you sure you're all right?           16:00:36
14         Yeah.                        16:00:38
15    Q.   Did you tell him that you wanted to   16:00:38
16 make a statement to the on-duty cops?      16:00:40
17    A.   No.                         16:00:42
18    Q.   Other than for your brother, who else   16:00:47
19 did you speak with before you left the bar?   16:00:52
20         MR. NOVIKOFF:  Objection.  If      16:00:55
21 anybody.                           16:00:56
22    Q.   If anybody, and I'm talking about   16:00:57
23 from the period after you finished the      16:00:59
24 altercation.                        16:01:02
25    A.   Nobody that I can recall.          16:01:04

TSG Reporting - Worldwide   (877) 702-9580

---

Contains Confidential Portions

Page 313

1          G. Bosetti
2     Q.   What did you witness the on-duty      16:01:05
3  police officers do who arrived that night?   16:01:21
4          MR. NOVIKOFF:  Objection.          16:01:22
5     A.   They walked in.                16:01:23
6     Q.   Did you hear anything they said?   16:01:25
7     A.   No.                         16:01:27
8     Q.   You don't know how long they were   16:01:27
9  there for?                          16:01:30
10    A.   No.                         16:01:30
11    Q.   You left before they left?         16:01:32
12         MR. NOVIKOFF:  Objection.  Asked and   16:01:35
13 answered.                          16:01:38
14    A.   I would think so, yes.            16:01:38
15    Q.   Do you know who the on-duty police   16:01:39
16 officers walked in with?                16:01:57
17         MR. NOVIKOFF:  Objection.          16:01:58
18    A.   No.                         16:01:59
19    Q.   Do you recall anybody who was in the   16:02:00
20 bar at the time that you left?           16:02:03
21    A.   At the time?                   16:02:06
22    Q.   At the time that you left, do you   16:02:07
23 recall anybody else who was in the bar?   16:02:09
24    A.   No.  At the time I left, I was      16:02:11
25 shaking.  I don't remember who was there or who   16:02:15

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 314

```
           G. Bosetti
 1
 2   wasn't there.                        16:02:19
 3      Q.   You don't recall whether you left    16:02:20
 4   alone or with Elyse Miller?          16:02:21
 5      A.   I think she might have walked me out  16:02:23
 6   and I walked back to the house, but I don't...  16:02:25
 7   I'm pretty sure I walked back.        16:02:28
 8      Q.   By yourself?                  16:02:30
 9      A.   Yeah.                         16:02:31
10      Q.   Was anyone else at the house when you  16:02:31
11   arrived there?                       16:02:34
12      A.   I think Fazio was there.      16:02:35
13      Q.   Was he awake when you got there?    16:02:40
14      A.   I think so.                   16:02:45
15      Q.   What time did you arrive back at the  16:02:46
16   house?                               16:02:49
17      A.   I don't know.  I don't know.  16:02:49
18      Q.   Do you know approximately what time  16:02:57
19   it was?                              16:02:58
20      A.   No.  I'm sorry.               16:02:59
21      Q.   Did you speak with Fazio when you got  16:03:02
22   back to the house?                   16:03:06
23      A.   Briefly.                     16:03:07
24      Q.   Did you tell him what happened?    16:03:09
25      A.   Yeah, briefly just going over it.  I  16:03:11
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 315

```
           G. Bosetti
 1
 2   had to lay down.                     16:03:18
 3      Q.   What did you tell him?        16:03:19
 4      A.   That somebody tried to strangle    16:03:21
 5   Jeanne.  I had to pull the guy off and I got  16:03:23
 6   kicked in the face, and a big fight broke out  16:03:28
 7   and that was it.                     16:03:30
 8      Q.   Did you tell him you identified    16:03:30
 9   yourself as a police officer?        16:03:31
10      A.   That I did?                   16:03:32
11      Q.   Yeah.                         16:03:33
12      A.   I don't know if I told Fazio that.  16:03:36
13      Q.   Did you tell him that you hit    16:03:38
14   somebody with a pool cue?            16:03:40
15      A.   I don't know.                 16:03:41
16      Q.   Was anyone else in the house other  16:03:42
17   than for Fazio when you arrived back at Mike's  16:03:45
18   house?                               16:03:48
19      A.   I don't think so.             16:03:48
20      Q.   Did you check to see if Ms. Jaeger  16:03:49
21   was okay?                            16:03:56
22      A.   She disappeared.  I don't know where  16:03:57
23   she went to.  I don't know if I asked her or not  16:04:00
24   or didn't ask her.  I don't know what happened.  16:04:06
25   I said I was in a fog.               16:04:08
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 316

```
           G. Bosetti
 1
 2      Q.   Who else slept at Matt the pizza  16:04:13
 3   guy's house that night?              16:04:16
 4      MR. CONNOLLY:  I think it's Michael.  16:04:19
 5      Q.   Oh, Mike the pizza guy.  I apologize.  16:04:20
 6      MR. GOODSTADT:  Thank you, Kevin.  16:04:23
 7      A.   I think Elyse came home later.  She  16:04:25
 8   slept there.                         16:04:29
 9      Q.   Anyone else?                  16:04:32
10      A.   Fazio.  I don't know.         16:04:33
11      Q.   What time did Elyse come home?  16:04:39
12      A.   I don't know.                 16:04:41
13      Q.   Were you sleeping by the time she got  16:04:42
14   home?                                16:04:45
15      A.   If I was sleeping or laying down.  I  16:04:45
16   heard her talking or somebody come in but...  16:04:49
17      Q.   Did she come in to check on you at  16:04:53
18   all?                                 16:04:56
19      A.   Yeah.  She asked me how I was.  16:04:56
20      Q.   Do you know whether she had any    16:04:57
21   drinks after leaving the bar?        16:04:59
22      A.   Oh, how, how would I know?    16:05:00
23      Q.   Do you know whether your brother had  16:05:03
24   any drinks after he left the bar?    16:05:06
25      A.   Again, how would I know?      16:05:07
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 317

```
           G. Bosetti
 1
 2      Q.   Maybe you spoke to him.       16:05:09
 3      A.   No.                          16:05:11
 4      Q.   Other than for Fazio and Elyse, did  16:05:11
 5   you speak to anyone else that night after you  16:05:16
 6   got back to the house?               16:05:19
 7      A.   No, I don't think so.         16:05:20
 8      Q.   Did you speak to your brother at all  16:05:22
 9   after you got back to the house?     16:05:24
10      A.   No.  He wanted to stay in the    16:05:24
11   barracks in case there was any questions to be  16:05:26
12   answered or if, you know.            16:05:28
13      Q.   The question was whether you spoke to  16:05:30
14   him at all that night after you got back to the  16:05:31
15   house.                               16:05:34
16      A.   That night, no.              16:05:34
17      Q.   Did you speak to Matt Bellows that  16:05:35
18   night or that morning?               16:05:38
19      A.   That morning I seen him, yes.  16:05:41
20      Q.   Did he stay at the house?     16:05:44
21      A.   I'm not sure.                 16:05:46
22      Q.   What time did you leave the island?  16:05:47
23      A.   Oh, boy.  I don't even know.  I don't  16:05:55
24   know.                                16:06:00
25      Q.   Well, how long after you got back to  16:06:00
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 318

G. Bosetti

```
1          G. Bosetti
2  the house did you leave the island?        16:06:04
3      A.  I went to sleep.               16:06:05
4      Q.  How long did you sleep for?        16:06:08
5      A.  I don't know.                16:06:12
6      Q.  How did you get off the island?     16:06:14
7      A.  Matt gave us a lift.           16:06:16
8      Q.  Matt gave who a lift?          16:06:18
9      A.  Me and my brother.            16:06:20
10     Q.  A lift what way?              16:06:22
11     A.  To the checkpoint.            16:06:24
12     Q.  In his car?                16:06:25
13     A.  A boat.                   16:06:26
14     Q.  A boat?                   16:06:27
15         Did you go down to the police station  16:06:39
16  prior to leaving the island that day?       16:06:41
17     A.  No.                     16:06:43
18     Q.  How come?                 16:06:44
19         MR. NOVIKOFF:  Objection.        16:06:47
20     A.  I just wanted to get home.  My     16:06:47
21  daughter wanted to go trick or treating so I  16:06:49
22  felt it best that instead of getting chewed out 16:06:52
23  by the chief, I just get home.          16:06:58
24     Q.  What do you mean instead of getting  16:06:59
25  chewed out by the chief?             16:07:01
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 319

G. Bosetti

```
1          G. Bosetti
2      A.  Listen, you guys were out, you    16:07:02
3  shouldn't have been out.  Just get home.     16:07:06
4      Q.  So you anticipated that the chief was 16:07:08
5  not going to be happy with the fact that you got 16:07:10
6  into an altercation at a bar?           16:07:11
7      A.  That we were out.  I know that once  16:07:13
8  he found out the facts, he wouldn't be mad, but 16:07:16
9  I just didn't want to go for the lecture.     16:07:21
10     Q.  So you assumed that you were going to 16:07:24
11  get a lecture from Chief Paradiso that you were 16:07:27
12  out in the bars?                 16:07:29
13     A.  Yes.                   16:07:30
14     Q.  And what was the basis of your belief 16:07:30
15  that he was going to lecture you?        16:07:36
16     A.  Well, like I told you earlier, he   16:07:38
17  didn't really like us out.            16:07:40
18     Q.  So I know you asked if you went to   16:07:46
19  the police station prior to leaving the island. 16:07:49
20         Did you call the police station?    16:07:51
21     A.  Did I?                  16:07:52
22     Q.  Yes.  Prior to leaving the island.   16:07:56
23     A.  I don't think so.            16:07:58
24     Q.  Did you speak to any other police   16:07:58
25  officers prior to leaving the island other than 16:08:01
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 320

G. Bosetti

```
1          G. Bosetti
2  for your brother?                 16:08:02
3      A.  No.                    16:08:03
4      Q.  Did you attempt to make contact with 16:08:04
5  any other police officers other than your     16:08:08
6  brother prior to leaving the island?       16:08:10
7      A.  No.                    16:08:12
8      Q.  Did you think it would be important  16:08:16
9  to report to the police station as to what    16:08:19
10  happened in a fight that you were involved in  16:08:22
11  the night before?                16:08:24
12         MR. NOVIKOFF:  Objection.        16:08:25
13     A.  I'm told everything is being taken   16:08:26
14  care of.  That's all I needed to know.      16:08:29
15     Q.  And that was --             16:08:29
16     A.  They knew where I was.  They knew   16:08:34
17  where my brother was.              16:08:37
18     Q.  Well, how do you know they knew where 16:08:37
19  you were?  Did you tell them where you were   16:08:40
20  going?                     16:08:40
21     A.  Well, my brother was there.  My    16:08:42
22  brother stayed in the barracks.          16:08:43
23     Q.  That wasn't the question, sir.     16:08:45
24         The question was how do you know that 16:08:46
25  they -- at that night, how did you know that   16:08:48
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 321

G. Bosetti

```
1          G. Bosetti
2  they knew where you were?             16:08:52
3      A.  Well, again, like I said, my brother 16:08:53
4  knew where I was so if they had to get in touch 16:08:56
5  with me, they knew where to find me.       16:08:59
6      Q.  But you didn't tell anybody where you 16:09:01
7  were going, right?                16:09:03
8      A.  No.                    16:09:04
9      Q.  Anybody in the police department?   16:09:04
10     A.  No.                    16:09:06
11     Q.  Did you ever see a field report    16:09:07
12  filled out by the officers who were on duty that 16:09:13
13  night?                     16:09:16
14     A.  I think so.               16:09:16
15     Q.  When did you see that field report?  16:09:19
16     A.  In the station house.          16:09:23
17     Q.  When?                  16:09:24
18     Q.  When?                  16:09:26
19     A.  Yeah.                  16:09:26
20     A.  A couple of days later.         16:09:28
21         (Plaintiffs' Exhibit G Bosetti 11,   16:09:48
22  Photographs, marked for identification, as    16:09:48
23  of this date.)                 16:09:48
24         MR. GOODSTADT:  I've placed in front  16:10:14
25  of Mr. Bosetti what's been marked as       16:10:15
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 322

```
1         G. Bosetti
2      G. Bosetti-11, a three-page exhibit bearing   16:10:17
3      Bates number 3187 through 3189.              16:10:19
4  BY MR. GOODSTADT:                                16:10:19
5      Q.  Mr. Bosetti, have you ever seen the      16:10:23
6  photographs that have been marked as G.         16:10:25
7  Bosetti-11?                                      16:10:28
8      A.  I believe that's Van Koot.               16:10:29
9      Q.  Do you know when these photographs       16:10:32
10 were taken?                                      16:10:34
11     A.  I don't know.  The night of the          16:10:34
12 incident?                                        16:10:40
13     Q.  Have you ever seen these photographs     16:10:40
14 before sitting here today?                       16:10:43
15     A.  Yes.                                     16:10:44
16     Q.  Where did you see them?                  16:10:45
17     A.  The station house.                       16:10:46
18     Q.  When did you see them for the first      16:10:48
19 time?                                            16:10:50
20     A.  A couple of days after the incident.     16:10:50
21     Q.  Who showed them to you?                  16:10:53
22     A.  I don't know.  I think it was Chief      16:10:56
23 Paradiso.  I'm not sure.                         16:11:00
24     Q.  So a couple days after the incident.     16:11:00
25         How many days?                           16:11:04
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 323

```
1         G. Bosetti
2      A.  I think Tuesday.  Tuesday I went in      16:11:09
3  and was reinstated, so that would be Tuesday.    16:11:13
4      Q.  And what day was Halloween that year?    16:11:16
5      A.  I think it was Saturday night until      16:11:19
6  Sunday.                                          16:11:22
7      Q.  So it was Sunday was the 31st and        16:11:23
8  then so the 1st was Monday, the 2nd is Tuesday?  16:11:26
9      A.  I think so.                              16:11:29
10     Q.  So your recollection is that the         16:11:30
11 first time you saw this was on December 2nd?     16:11:32
12     A.  I think so.                              16:11:36
13     Q.  Is that correct?                         16:11:37
14     A.  To the best of my knowledge.             16:11:38
15         MR. NOVIKOFF:  What month did you        16:11:46
16 say?                                             16:11:47
17         MR. GOODSTADT:  I meant November.        16:11:47
18     Q.  Tuesday, November 2nd.                   16:11:48
19         Did -- before coming back on that        16:11:51
20 Tuesday, when was the first time you spoke to    16:12:01
21 anyone from the Ocean Beach Police Department    16:12:04
22 other than your brother after you left the       16:12:08
23 island.                                          16:12:10
24     A.  It was Monday, Monday morning.           16:12:11
25     Q.  And who did you speak with?              16:12:20
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 324

```
1         G. Bosetti
2      A.  Sergeant Hesse.                          16:12:21
3      Q.  So just so I'm clear, you leave the      16:12:23
4  island --                                        16:12:25
5      A.  Oh, wait.  I'm sorry.  Let me correct    16:12:26
6  that.                                            16:12:28
7          I spoke to Chief Paradiso Sunday         16:12:30
8  morning and he told me -- he asked me what       16:12:39
9  happened.  I told him.                           16:12:41
10         He said, "Did you hit somebody with a    16:12:44
11 pool stick?"                                     16:12:45
12         I said, "Yes, I did."                    16:12:46
13         He goes, "Oh, you're relieved of         16:12:48
14 duty."                                           16:12:51
15         And being that we don't have a PBA       16:12:51
16 out there, I have nobody to turn to, I'm not     16:12:53
17 going to argue with anybody.  First thing that   16:12:57
18 came to my mind is I'm getting a lawyer.         16:12:59
19         MR. NOVIKOFF:  Getting a what?           16:13:02
20         THE WITNESS:  A lawyer.                  16:13:04
21     Q.  Okay.  So let's just go back to the      16:13:04
22 discussion with Paradiso.                        16:13:06
23         He called you or you called him on       16:13:08
24 Sunday morning?                                  16:13:11
25     A.  I'm not sure if I called him or he       16:13:11
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 325

```
1         G. Bosetti
2  called me.                                       16:13:13
3      Q.  Where were you when you had this         16:13:14
4  phone call with Paradiso?                        16:13:16
5      A.  I was driving home.                      16:13:18
6      Q.  Driving home from the island?           16:13:19
7      A.  Yes.                                     16:13:21
8      Q.  Do you recall what time it was?          16:13:22
9      A.  No.                                      16:13:25
10     Q.  Was it on your cell phone?               16:13:26
11     A.  Did I call on my cell?                   16:13:28
12     Q.  The phone call was on your cell          16:13:30
13 phone?                                           16:13:32
14     A.  Yes.                                     16:13:32
15     Q.  And tell me everything you recall        16:13:35
16 that was stated during that conversation.        16:13:37
17         Well, strike that.  Before we get to     16:13:41
18 that.                                            16:13:42
19         Was anyone else in the car with you?     16:13:42
20     A.  My brother.                              16:13:44
21     Q.  Was anyone else -- were you on           16:13:45
22 speaker?                                         16:13:48
23     A.  No.  No.                                 16:13:49
24     Q.  So you had either a blue tooth or a      16:13:50
25 mouthpiece, or a handheld set or something?      16:13:54
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 326

```
1            G. Bosetti
2     A.  Yes.                        16:13:56
3     Q.  Tell me everything you recall stated   16:13:57
4  between you and the chief on that phone call.   16:14:02
5     A.  Say that again?              16:14:04
6     Q.  Tell me everything you recall that   16:14:07
7  was stated between you and the chief on that   16:14:09
8  phone call?                        16:14:11
9     A.  He asked me what happened.    16:14:12
10    Q.  And what did you say to him?   16:14:12
11    A.  I said, "Jeanne Jaeger was getting   16:14:14
12 strangled and I jumped in. I took the guy off   16:14:17
13 her."                             16:14:20
14       "Did you hit somebody with a pool   16:14:22
15 cue?"                             16:14:22
16       I said, "Yes, I did."          16:14:25
17       He says, "Well, you're relieved of   16:14:26
18 your duty." Just like that.           16:14:27
19       I said, "Okay."               16:14:30
20    Q.  And you don't recall what time on   16:14:33
21 Sunday morning that was?            16:14:35
22    A.  No.                         16:14:36
23    Q.  And did you tell him that you got   16:14:36
24 kicked in the face?                 16:14:41
25    A.  Yeah, I believe I told him that. I   16:14:41
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 327

```
1            G. Bosetti
2  told him the story.                 16:14:44
3     Q.  You told him the whole story?   16:14:45
4     A.  I believe so.                16:14:47
5     Q.  Did he tell you why he was relieving   16:14:48
6  you of your duties?                16:14:51
7     A.  All he said was did I hit somebody   16:14:52
8  with a pool cue.                   16:14:54
9       And I said "Yes, I did."         16:14:56
10      And he just said, "That's it. You're   16:14:57
11 relieved."                        16:15:00
12    Q.  Did you say anything back to him when   16:15:01
13 he told you were relieved?           16:15:05
14    A.  Like I said, I don't have a PBA.    16:15:05
15 This is a case that would go directly to a PBA.   16:15:07
16    Q.  You told that to Paradiso?      16:15:11
17    A.  No.                         16:15:13
18    Q.  Okay. I just want to focus now    16:15:13
19 before we get to the PBA issue, I just want to   16:15:15
20 focus on the call with Paradiso.       16:15:18
21    A.  Okay.                       16:15:19
22    Q.  Did you say anything back to him when   16:15:20
23 he told you you were relieved of your duties?   16:15:23
24    A.  No.                         16:15:24
25    Q.  That was it, you just hung up the   16:15:25
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 328

```
1            G. Bosetti
2  phone? He said you're relieved, you hung up the   16:15:27
3  phone?                            16:15:29
4     A.  Yeah, that's it. I might have said   16:15:30
5  why.                              16:15:32
6       He said, "Because you hit somebody   16:15:33
7  with a pool cue."                  16:15:33
8     Q.  Did you ask him why?           16:15:33
9     A.  I'm not sure.                16:15:35
10    Q.  So you don't recall?           16:15:37
11    A.  No.                         16:15:39
12    Q.  What did you do with your shield when   16:15:41
13 he told you you were relieved?        16:15:44
14    A.  Like I said, I went home and I     16:15:47
15 started looking up making phone calls for a   16:15:51
16 lawyer, and I had the shield with me. It was a   16:15:53
17 matter of I had to bring it in.        16:16:00
18    Q.  Did he ask you to bring it in?    16:16:02
19    A.  No.                         16:16:03
20    Q.  Did you retain a lawyer in connection   16:16:04
21 with this?                        16:16:06
22    A.  I spoke to one. I spoke to somebody.   16:16:07
23    Q.  Who? Which lawyer?            16:16:09
24       I don't want to know anything that   16:16:10
25 you actually said, but which lawyer did you   16:16:13
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 329

```
1            G. Bosetti
2  speak with?                        16:16:14
3     A.  I think it was Steve Worth.       16:16:14
4     Q.  Steve Worth?                  16:16:17
5       MR. NOVIKOFF: It makes sense.      16:16:19
6     Q.  Had you ever been represented by   16:16:25
7  Steve Worth in the past?            16:16:26
8     A.  No.                         16:16:28
9     Q.  Did somebody recommend that you give   16:16:28
10 him a call or did you know him?        16:16:32
11    A.  Yes.                        16:16:33
12    Q.  Who recommended that you call Steve   16:16:34
13 Worth.                            16:16:35
14    A.  The New York City PBA.          16:16:36
15    Q.  So you called the New York City PBA   16:16:38
16 to tell them that you had this situation?   16:16:41
17    A.  Yes.                        16:16:43
18    Q.  Did you tell anyone at the New York   16:16:44
19 City PBA the story about what happened or did   16:16:46
20 you simply ask them for a referral?    16:16:50
21    A.  I think I might have told them the   16:16:52
22 story.                            16:16:54
23    Q.  Did you ever actually retain      16:16:54
24 Mr. Worth?                        16:16:56
25    A.  No.                         16:16:57
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 330

G. Bosetti

1
2    Q.   When was the next time that you spoke   16:17:03
3   to -- well, strike that.                      16:17:07
4        Did your brother have anything to say    16:17:08
5   or did your brother speak with Paradiso at all  16:17:12
6   during that call?                             16:17:14
7    A.   I don't think so.                        16:17:15
8    Q.   Other than for your brother, when was   16:17:16
9   the next time you spoke with any police officer  16:17:21
10  from Ocean Beach after that call with Paradiso?  16:17:24
11   A.   I believe it was Monday morning.        16:17:26
12   Q.   So you didn't speak to anyone else on   16:17:29
13  Sunday?                                        16:17:29
14   A.   No.  I don't think so.                   16:17:31
15   Q.   Did you speak to Steve Worth and the    16:17:33
16  New York City PBA on that Sunday?             16:17:40
17   A.   It was Monday.                           16:17:42
18   Q.   So Monday morning which -- who was      16:17:43
19  the first police officer at Ocean Beach that you  16:17:45
20  spoke with?                                    16:17:48
21   A.   Sergeant Hesse.                          16:17:48
22   Q.   Did he call you or did you call him?    16:17:52
23   A.   He called me to ask me what happened.   16:17:54
24   Q.   Did he call you on your cell phone or   16:17:57
25  at home?                                       16:17:59

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 331

G. Bosetti

1
2    A.   I don't recall.                           16:18:00
3    Q.   Where were you when you spoke with      16:18:02
4   him?                                           16:18:04
5    A.   I was home.                              16:18:04
6    Q.   Tell me everything you recall about     16:18:07
7   that phone conversation.                       16:18:10
8    A.   It wasn't like a pleasant phone call.   16:18:11
9   He asked, "What the hell happened" and I told  16:18:18
10  him.                                           16:18:22
11       He said, "Half the town is coming        16:18:23
12  into the station house wondering what's going  16:18:25
13  on."                                           16:18:28
14       I said, I told him what happened.        16:18:30
15  That's it.                                     16:18:32
16       He said, "All right" and that was        16:18:33
17  basically the whole conversation.              16:18:35
18   Q.   What do you mean?  You told Hesse       16:18:38
19  what happened?                                 16:18:40
20   A.   Yes.                                     16:18:41
21   Q.   Did he ask you to submit any kind of    16:18:42
22  statement?                                     16:18:44
23   A.   I don't know if he asked me at that     16:18:45
24  time.                                          16:18:48
25   Q.   You don't know one way or the other?    16:18:50

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 332

G. Bosetti

1
2    A.   No, I don't know.                         16:18:52
3        He was doing an investigation.  I        16:18:56
4   know the town, the town was pissed off.  I don't  16:18:57
5   know.  A lot a good people out there.          16:19:01
6    Q.   How do you know the town was pissed     16:19:07
7   off?  Anyone from the town call?               16:19:08
8    A.   Who called me.  I forget who called     16:19:10
9   me now.  I'm not sure who called me, but George  16:19:16
10  told me that "Half the town is coming into the  16:19:26
11  station house" so...                           16:19:29
12   Q.   To do what?                              16:19:33
13   A.   To complain.  They said they heard I    16:19:34
14  was fired.                                     16:19:38
15   Q.   Do you know who comprised half the      16:19:38
16  town?                                          16:19:42
17       MR. NOVIKOFF:  Objection.                16:19:44
18   A.   I don't know.  I don't know who was     16:19:46
19  there.                                         16:19:49
20   Q.   Did he tell you who was there?          16:19:49
21   A.   I'm sorry?                               16:19:52
22   Q.   Did he tell you who --                   16:19:53
23   A.   No.                                      16:19:54
24   Q.   -- came in?                              16:19:55
25   A.   Uh-uh.                                   16:19:55

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 333

G. Bosetti

1
2    Q.   And how did you end the phone call      16:19:57
3   with Hesse?                                    16:19:58
4    A.   I think he just said, "All right,"      16:20:00
5   and that was it.  He hung up.                  16:20:08
6    Q.   Did he tell you that there was an       16:20:12
7   investigation going on?                        16:20:14
8    A.   I'm not sure if he said there was an    16:20:15
9   investigation.                                 16:20:18
10   Q.   Did he tell you whether he had read     16:20:19
11  any of the documents that were completed that  16:20:27
12  night, meaning the witness statements and/or the  16:20:29
13  field report?                                  16:20:34
14   A.   I don't know.                            16:20:35
15   Q.   Where did your brother sleep that       16:20:36
16  night?                                         16:20:43
17   A.   The barracks.  Excuse me.               16:20:43
18   Q.   Do you know whether anyone else         16:20:45
19  stayed at the barracks with your brother that  16:20:48
20  night?                                         16:20:49
21   A.   I don't know.                            16:20:50
22   Q.   Did Elyse Miller leave the island       16:20:51
23  with you?                                      16:21:00
24   A.   No.                                     16:21:00
25   Q.   I believe you testified that you, in    16:21:05

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 334

```
1              G. Bosetti
2    preparation for this deposition, you had read      16:21:08
3    the statements of Shalik, Tesoro and Van Koot;     16:21:11
4    is that correct?                    16:21:11
5       A.  Yes.                         16:21:15
6       Q.  When was the first time you read     16:21:15
7    those statements?                    16:21:17
8       A.  Probably that Tuesday when I went in.  16:21:17
9       Q.  During your conversation with        16:21:25
10   Paradiso when he told you that you were relieved  16:21:33
11   of your duties, did he offer you the opportunity  16:21:36
12   to resign?                          16:21:38
13      A.  No.                          16:21:40
14      Q.  And you held onto your shield; is    16:21:40
15   that correct?                       16:21:52
16      A.  Yes.                         16:21:52
17      Q.  You didn't give it to your brother or  16:21:53
18   anybody else to turn it in?             16:21:54
19      A.  No.                          16:21:56
20      Q.  So let's fast forward to the Tuesday   16:21:57
21   morning that you went into the island.     16:22:01
22          Well, before that, did you speak to   16:22:04
23   any other police officers at Ocean Beach other   16:22:05
24   than for your brother, the one phone call with    16:22:08
25   Paradiso and the one phone call with Hesse prior  16:22:12
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 335

```
1              G. Bosetti
2    to going to the island that Tuesday?        16:22:14
3       A.  Not that I recall.             16:22:15
4       Q.  What time did you go to the island    16:22:17
5    that Tuesday morning?                 16:22:19
6       A.  I don't know.  It was in the morning  16:22:20
7    though.  Sometime in the morning.         16:22:26
8       Q.  How did you get over there?         16:22:27
9       A.  I don't know if we drove in or we     16:22:30
10   took the ferry in.                   16:22:33
11      Q.  Who's "we"?                    16:22:34
12      A.  I'm not sure.                  16:22:35
13      Q.  Who's "we"?                    16:22:37
14      A.  Me and my brother.              16:22:38
15      Q.  Somebody ask you to come in?        16:22:40
16      A.  Yes.                         16:22:44
17      Q.  Who asked you to come in?          16:22:46
18      A.  I'm not sure if it was chief or      16:22:48
19   George.                          16:22:51
20      Q.  When you got to the island, did you    16:22:52
21   go straight to the station?             16:22:55
22      A.  Yes.                         16:22:56
23      Q.  Who was at the station when you got    16:22:57
24   there?                           16:22:59
25      A.  The chief and George.            16:22:59
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 336

```
1              G. Bosetti
2       Q.  Anyone else?                   16:23:01
3       A.  I don't think so.              16:23:02
4       Q.  And your brother, did he come with    16:23:03
5    you?                            16:23:06
6       A.  Oh, yes, he came with me, yes.       16:23:06
7       Q.  Did you speak with Paradiso or Hesse   16:23:07
8    that morning when you got there?          16:23:14
9       A.  Yes.                         16:23:16
10      Q.  Which one or both?               16:23:18
11      A.  Both.                        16:23:19
12      Q.  Who was the first one to speak to you  16:23:20
13   about the incident that morning?          16:23:24
14      A.  That morning, I don't know.  I don't   16:23:26
15   know who the first one was.             16:23:29
16      Q.  Tell me everything you recall from    16:23:30
17   that conversation.                  16:23:33
18      A.  The chief asked me what happened.    16:23:41
19          I told him what happened and I guess  16:23:43
20   by this time enough witnesses came forward and   16:23:46
21   he goes, "All right.  You got your job back."  16:23:53
22      Q.  Paradiso told you you have your job    16:23:55
23   back?                           16:23:57
24      A.  Yes.                         16:23:58
25      Q.  Did you get any documents that showed  16:24:05
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 337

```
1              G. Bosetti
2    that you got your job back?              16:24:07
3       A.  No.                          16:24:10
4          MR. NOVIKOFF:  Objection.           16:24:11
5       Q.  Did you receive any documentation     16:24:11
6    that you were relieved of your duties?       16:24:13
7       A.  No.                          16:24:15
8       Q.  How long was the conversation between  16:24:15
9    you, Hesse and Paradiso that morning?       16:24:21
10      A.  I don't know.  We talked, you know,   16:24:23
11   sat around talking so I guess maybe 15 or 20   16:24:31
12   minutes.                         16:24:34
13      Q.  And it was you, Paradiso, Hesse.      16:24:34
14          Was your brother part of that        16:24:37
15   conversation?                       16:24:38
16      A.  Yes.                         16:24:38
17      Q.  Anyone else?                   16:24:39
18      A.  Not that I can recall.            16:24:40
19      Q.  Was Pat Cherry there?             16:24:42
20      A.  I don't think so.               16:24:44
21      Q.  When you said --                 16:24:47
22      A.  Somebody was at the desk so maybe     16:24:49
23   somebody was, you know, answering the phones but  16:24:52
24   I don't recall who.                 16:24:53
25      Q.  When you said that enough witnesses,  16:24:54
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 338

G. Bosetti

1
2  when you're talking about witnesses had come      16:24:58
3  forward, what was the basis of that      16:25:00
4  understanding?      16:25:01
5      A.  I'm sorry.  Rephrase that?      16:25:02
6      Q.  Before you testified that -- you said      16:25:04
7  something to the effect, well, I guess by that      16:25:09
8  time a number of witnesses had come forward, do      16:25:12
9  you remember testifying to this?      16:25:15
10     A.  Yes.      16:25:16
11     Q.  What was the basis of your      16:25:17
12  understanding by that time a number of witnesses      16:25:18
13  had come forward?      16:25:20
14     MR. NOVIKOFF:  Objection.      16:25:21
15     I don't know if it was an      16:25:22
16  understanding.      16:25:24
17     Q.  What was the basis of your testimony?   16:25:25
18     A.  Well, if you read the original      16:25:28
19  reports taken by the officers, they didn't      16:25:30
20  interview any witnesses on the scene, and when      16:25:33
21  one of them, I believe it was Sean O'Rourke,      16:25:36
22  came and asked, "Can we help you," they stated,      16:25:39
23  "Get the hell away from me before I lock you      16:25:41
24  up."      16:25:44
25     If you were going to do an      16:25:45

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 339

G. Bosetti

1
2  investigation and just interview the perps,      16:25:47
3  you're going to find that there's not one guilty   16:25:49
4  person in prison in this country.      16:25:51
5      Q.  Do you know whether they attempted to   16:25:53
6  get statements from any of the witnesses at the   16:25:55
7  bar that night?      16:25:57
8      A.  Did they attempt to?      16:25:57
9      Q.  Yeah.      16:25:59
10     A.  I only know what was in the statement   16:25:59
11  that said, "Sean O'Rourke came over to me and I      16:26:01
12  told him to stay the hell away from me before I      16:26:04
13  lock you up."      16:26:06
14     Q.  What statement is that that you're      16:26:06
15  referring to?      16:26:08
16     A.  I don't know whose statement it was.      16:26:08
17     Q.  You don't recall a statement saying      16:26:10
18  that Sean O'Rourke was trying to prevent the      16:26:12
19  on-duty officers from coming into the bar and he   16:26:15
20  was told to move aside otherwise he would be      16:26:16
21  arrested for impeding the investigation?      16:26:19
22     A.  I never seen that.  I never heard      16:26:19
23  that.      16:26:28
24     Q.  So you recall some statement that      16:26:28
25  someone wrote where they told Sean O'Rourke to      16:26:31

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 340

G. Bosetti

1
2  "Get the hell away from me before I lock you      16:26:34
3  up"?      16:26:36
4      A.  Yes.      16:26:36
5      Q.  How did half the island know that you   16:26:37
6  were fired at that point?      16:26:45
7      MR. NOVIKOFF:  Objection.      16:26:46
8      A.  I have no idea.      16:26:47
9      MR. NOVIKOFF:  Andrew, I think he's      16:26:52
10  testified that Hesse told him half the      16:26:54
11  island had come in.      16:26:58
12     MR. GOODSTADT:  Okay.      16:27:00
13     MR. NOVIKOFF:  I don't know if he      16:27:01
14  knows.      16:27:02
15     THE WITNESS:  Can I go to the      16:27:05
16  bathroom?      16:27:06
17     MR. GOODSTADT:  We can take a break.   16:27:08
18     THE WITNESS:  I don't want to      16:27:10
19  interrupt anything but...      16:27:10
20     MR. GOODSTADT:  You can go to the      16:27:12
21  bathroom.  That's fine.      16:27:13
22     THE WITNESS:  Okay.  Great.  Thank      16:27:13
23  you.      16:27:14
24     THE VIDEOGRAPHER:  Going off the      16:27:14
25  record.  The time is 4:27 p.m.      16:27:14

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 341

G. Bosetti

1
2      (Recess is taken.)      16:30:34
3      THE VIDEOGRAPHER:  We're back on the      16:30:35
4  record.  The time is 4:31 p.m.      16:30:48
5  BY MR. GOODSTADT:      16:30:50
6      Q.  So the time that you came into the      16:30:52
7  station on Tuesday morning, which we have now      16:30:54
8  established is November 2nd, that's the day that   16:30:58
9  you saw these pictures that have been marked as   16:31:02
10  G. Bosetti-11, as well as the witness statements   16:31:05
11  and field report that you testified to before?      16:31:09
12     A.  I believe so.      16:31:11
13     Q.  How did you go about getting those?      16:31:11
14  Is that something someone handed to you or did      16:31:14
15  you grab a file from somewhere?      16:31:16
16     A.  I don't know.  I don't know if      16:31:18
17  somebody handed them to me or if they were      16:31:20
18  sitting there, you know.      16:31:23
19     Q.  Did you read them before, did you      16:31:23
20  read those statements and see these pictures      16:31:25
21  before your discussions with Hesse and Paradiso   16:31:27
22  or was it after?      16:31:29
23     A.  I don't recall.      16:31:32
24     Q.  Did you discuss those statements at      16:31:33
25  all with Hesse and Paradiso during that Tuesday   16:31:34

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 342

G. Bosetti

```
1                G. Bosetti
2  morning conversation?              16:31:38
3     A.  Maybe.  Maybe.  I don't really    16:31:41
4  remember.                          16:31:44
5     Q.  When you spoke to Hesse the prior   16:31:44
6  day, did he tell you anything about getting your  16:31:50
7  job back?                          16:31:52
8     A.  No.  No.  I think I was told to come  16:31:54
9  in on Wednesday or Tuesday, whenever it was.   16:32:00
10    Q.  Did you tell him that you wanted your   16:32:03
11 job back?                          16:32:05
12    A.  I don't even know if, I don't even    16:32:06
13 know if I said that.               16:32:11
14    Q.  So you came back in.          16:32:13
15        And did you comment to Paradiso or    16:32:16
16 Hesse at all about the witness statements that   16:32:19
17 the on-duty officers took that night?    16:32:21
18    A.  There were no witness statements.   16:32:24
19    Q.  Well, I thought you testified that   16:32:27
20 they interviewed the, you called them the three   16:32:28
21 perps?                             16:32:32
22    A.  The perps, yes.              16:32:32
23    Q.  Right.                       16:32:33
24        Did you comment -- those are the    16:32:34
25 statements that you read on that Tuesday   16:32:35
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 343

G. Bosetti

```
1  morning?                           16:32:38
2     A.  Yes.                         16:32:38
3     Q.  Did you speak at all to Hesse and   16:32:39
4  Paradiso about those statements?    16:32:41
5     A.  I really can't be sure.  I can't    16:32:43
6  recall.                            16:32:47
7     Q.  Did you ever hear that Joe Loeffler   16:32:49
8  stated that it was an assault second with a   16:33:00
9  dangerous instrument, what happened to Mr. Van   16:33:02
10 Koot?                              16:33:07
11    MR. NOVIKOFF:  Objection.        16:33:07
12    A.  No.                          16:33:09
13    Q.  Do you know that Joe Loeffler was on   16:33:12
14 the Ocean Beach Rescue that night?   16:33:15
15    A.  Did I know he was on it?       16:33:17
16    Q.  Yeah.  Sitting here today, you didn't   16:33:18
17 know that he was on Ocean Beach Rescue that   16:33:20
18 night?                             16:33:23
19    MR. NOVIKOFF:  Objection.        16:33:23
20    A.  Today.  I didn't know he was on it   16:33:23
21 that night.                        16:33:26
22    Q.  Right.                       16:33:26
23        When did you first hear that he was   16:33:26
24 on Ocean Beach Rescue?             16:33:27
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 344

G. Bosetti

```
1     A.  Maybe that day.  Maybe that Tuesday.   16:33:31
2     Q.  Did you ever speak to Joe Loeffler   16:33:34
3  about the Halloween incident?        16:33:36
4     A.  No.                          16:33:38
5     Q.  How did you find out that he was on   16:33:39
6  Ocean Beach Rescue that night?    16:33:42
7     A.  I guess with the pictures, looking at   16:33:46
8  the pictures, just discussing things I guess.   16:33:49
9     Q.  Who did you discuss the pictures   16:33:51
10 with?                              16:33:53
11    A.  I guess Paradiso.            16:33:53
12    Q.  What did you discuss about the    16:34:00
13 pictures with Paradiso?            16:34:01
14    A.  What did I discuss?           16:34:03
15    Q.  Yeah.  What was stated between you   16:34:05
16 and Paradiso about the pictures that have been   16:34:09
17 marked as G. Bosetti-11?           16:34:10
18    A.  I don't recall the exact        16:34:11
19 conversation.                      16:34:13
20    Q.  Do you recall anything that was   16:34:14
21 stated?                            16:34:15
22    A.  Just that we talked about it and that   16:34:15
23 was it.                            16:34:19
24    Q.  Did Paradiso ask you why you left the   16:34:19
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 345

G. Bosetti

```
1  bar that night?                    16:34:23
2     A.  Yes, I'm sure he did.  I'm sure he   16:34:24
3  did.                               16:34:29
4     Q.  What was your response?        16:34:29
5     A.  Same thing I told you.         16:34:30
6     Q.  And did Paradiso ask you for a    16:34:33
7  statement that day?                16:34:35
8     A.  I had to make statements, yes, but I   16:34:37
9  don't know if it was right then and there.    16:34:42
10    Q.  But did he ask you for a statement?   16:34:43
11    A.  Yeah, I'm sure.  I'm sure he did.   16:34:45
12    Q.  During that conversation did he ask   16:34:49
13 you for a statement?               16:34:51
14    A.  The time period that I was there,   16:34:51
15 yes.                               16:34:53
16    Q.  Just --                      16:34:53
17    MR. CONNOLLY:  We're talking --     16:34:56
18    Q.  We're talking about that Tuesday   16:34:57
19 morning?                           16:34:59
20    A.  Tuesday morning, yes.          16:34:59
21    Q.  Paradiso asked you for a statement?   16:35:01
22    A.  I believe so.                16:35:02
23    Q.  He asked you --              16:35:03
24    A.  I'm not sure.                16:35:05
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 346

G. Bosetti
1
2     MR. FEHRINGER:  Don't guess.        16:35:05
3     A.  Then I'm not sure.  I don't know.    16:35:06
4     Q.  So he asked you for a written      16:35:09
5  statement?                    16:35:11
6     A.  I'm not sure.            16:35:11
7     Q.  George Hesse ask you for a written    16:35:13
8  statement?                    16:35:16
9     A.  I'm not sure.            16:35:16
10     MR. NOVIKOFF:  On that Tuesday.     16:35:17
11     MR. GOODSTADT:  On that Tuesday.    16:35:18
12     A.  I'm not sure.            16:35:19
13     Q.  How about at any point in time did    16:35:20
14  Paradiso, do you recall him asking you for a    16:35:22
15  written statement?                16:35:24
16     A.  I had to make a written statement,    16:35:24
17  yes.                        16:35:24
18     Q.  I understand you had to make one.  I    16:35:26
19  also understand that you made one.        16:35:30
20     I just wanted to know who asked you    16:35:30
21  to make that statement?            16:35:33
22     A.  It was either the chief or the      16:35:36
23  sergeant.                    16:35:37
24     Q.  You don't recall one way or the    16:35:39
25  other?                      16:35:41

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 347

G. Bosetti
1
2     A.  No, sir.            16:35:41
3     Q.  You don't recall when that request    16:35:41
4  was made?                    16:35:42
5     A.  No, sir.            16:35:43
6     Q.  Did there come a point in time that    16:35:43
7  you learned that Pat Cherry would be involved in  16:35:48
8  the investigation?                16:35:51
9     A.  Yes.                16:35:51
10     Q.  How did you learn that?        16:35:52
11     A.  I'm not sure who told me.      16:35:54
12     Q.  Were you friends --          16:35:58
13     A.  The chief or the George said they    16:35:59
14  were doing an investigation, you know, Pat      16:36:02
15  Cherry, and he's got a lot of experience with    16:36:06
16  this so he was going to be doing the        16:36:07
17  investigation.                  16:36:10
18     Q.  And they told you that Tuesday      16:36:11
19  morning?                    16:36:13
20     A.  I don't know.  I'm not sure.      16:36:14
21     Q.  Had you read any other witness      16:36:16
22  statements other than for from the three people  16:36:19
23  that you called the perps on that morning?    16:36:22
24     A.  That morning, no.        16:36:24
25     Q.  Do you know whether any other witness  16:36:26

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 348

G. Bosetti
1
2  statements have been taken from anybody?      16:36:29
3     A.  Yes, there's other witness statements  16:36:31
4  taken.                      16:36:34
5     Q.  By that morning.          16:36:35
6     A.  That morning?            16:36:36
7     MR. NOVIKOFF:  Objection.        16:36:38
8     I know what you're asking but he may    16:36:38
9  be confused.                  16:36:40
10  BY MR. GOODSTADT:              16:36:41
11     Q.  My question is, that morning, Tuesday  16:36:41
12  morning --                    16:36:43
13     A.  Yes, sir.            16:36:44
14     Q.  -- do you know whether any other    16:36:44
15  witness statements had been taken prior to that  16:36:47
16  point in time?                  16:36:49
17     A.  Before Tuesday.          16:36:51
18     Q.  Yes.                16:36:52
19     A.  Yes, I believe there was.      16:36:54
20     Q.  Okay.  What other statements had been  16:36:55
21  taken, to your knowledge, before that Tuesday    16:36:58
22  morning?                    16:37:01
23     A.  I think it was Jeanne.  Jeanne had to  16:37:02
24  make a statement.                16:37:05
25     Q.  Who else?              16:37:08

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 349

G. Bosetti
1
2     A.  Who else was there.  I think Dougy    16:37:10
3  Wykoff, Elyse, Ian and whoever else they got    16:37:17
4  statements from.  I don't know who.        16:37:32
5     Q.  It was your understanding those      16:37:33
6  statements had been taken prior to your meeting  16:37:34
7  with Paradiso and Hesse?            16:37:37
8     A.  I would think.  I don't know.      16:37:39
9     Q.  Well, they ever tell you that Jaeger,  16:37:42
10  Wykoff, Miller and Levine had provided a      16:37:45
11  statement prior to your meeting with Hesse and  16:37:48
12  Paradiso that morning?            16:37:51
13     A.  I remember hearing that Buddy Jaeger    16:37:52
14  wrote a letter to the chief.  That Jeanne's    16:37:55
15  husband.                    16:38:00
16     Q.  And did you learn that prior to or    16:38:01
17  during the meeting on that Tuesday morning?    16:38:03
18     A.  Again, I think that was prior but I    16:38:06
19  really don't remember.              16:38:09
20     Q.  Did you read any of those statements    16:38:10
21  that Tuesday morning?              16:38:13
22     A.  If they were there, I read them.    16:38:14
23     Q.  But you don't recall one way or the    16:38:16
24  other whether they were there?          16:38:19
25     A.  No.                16:38:19

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 350

G. Bosetti

1
2     Q.   What did they tell you about Pat        16:38:20
3  Cherry other than for what you testified thus    16:38:23
4  far?                                             16:38:24
5     A.   Nothing really.  He had many years of   16:38:25
6  service doing investigations.  He was good at    16:38:32
7  it.                                              16:38:34
8     Q.   Who told you that?                        16:38:35
9     A.   Well, it's a well-known fact.            16:38:36
10     Q.   But who told you that that morning?     16:38:40
11     A.   I guess it was either the chief or      16:38:42
12  George.                                         16:38:42
13     Q.   And they told you that -- well,          16:38:44
14  strike that.                                    16:38:44
15         What did they tell you Cherry's role     16:38:50
16  was going to be in the investigation?           16:38:52
17     A.   He was to assist in the                 16:38:53
18  investigation, to help out.                     16:38:56
19     Q.   Who was leading the investigation?     16:38:57
20     A.   I don't know.                           16:38:58
21     Q.   Well, did you meet with any of the     16:38:59
22  investigators?                                  16:39:03
23     A.   No.                                     16:39:03
24     Q.   Did you ever meet with Pat Cherry      16:39:03
25  about the Halloween incident?                   16:39:09

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 351

G. Bosetti

1
2     A.   No.                        16:39:11
3     Q.   Did you ever provide a statement to    16:39:11
4  Pat Cherry about the Halloween incident?        16:39:13
5     A.   I don't know if I gave my statement    16:39:16
6  to Pat Cherry or somebody else.  I don't know.  16:39:19
7     Q.   Do you know whether your brother ever  16:39:22
8  met with Pat Cherry about Halloween?            16:39:25
9     A.   No, sir.                   16:39:27
10     Q.   You don't know one way or the other?  16:39:28
11     A.   I don't believe so, no.  I don't      16:39:29
12  know.                              16:39:33
13     Q.   Are you friends with Pat Cherry?      16:39:33
14         MR. NOVIKOFF:  Objection.              16:39:35
15     A.   Acquaintances I guess.               16:39:36
16     Q.   Do you ever socialize with Pat        16:39:40
17  Cherry?                            16:39:41
18     A.   Just at the functions, Christmas      16:39:41
19  party.                             16:39:47
20     Q.   Any other times?          16:39:49
21     A.   Not that I can recall.   16:39:51
22     Q.   What was Pat Cherry's position at     16:39:53
23  Ocean Beach at the time, if you know?          16:40:00
24     A.   Pat Cherry's position?   16:40:01
25     Q.   Yes.                      16:40:04

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 352

G. Bosetti

1
2     A.   Was he a police officer or something   16:40:05
3  else?                              16:40:10
4     Q.   Well, did he have any other           16:40:10
5  positions?                         16:40:12
6     A.   I believe dispatcher.    16:40:12
7     Q.   So was he a police officer or         16:40:14
8  dispatcher at that time?           16:40:16
9     A.   I'm not sure.            16:40:18
10     Q.   Does Ocean Beach have an Internal    16:40:19
11  Affairs Department, Bureau?        16:40:28
12         MR. NOVIKOFF:  While he was employed?  16:40:32
13         MR. GOODSTADT:  Yes.      16:40:33
14     A.   If they do, they're real good.  I    16:40:35
15  don't know about them.             16:40:38
16     Q.   Do you know whether Suffolk County   16:40:39
17  Police Department had any role in the          16:40:43
18  investigation?                     16:40:46
19     A.   Not to my knowledge.     16:40:46
20     Q.   Why did Pat Cherry go from police    16:40:48
21  officer to a dispatcher?           16:40:59
22         MR. NOVIKOFF:  Objection. 16:41:00
23     A.   I'm afraid you're going to have to   16:41:01
24  ask Pat Cherry that.               16:41:06
25     Q.   You don't know?          16:41:07

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 353

G. Bosetti

1
2     A.   No.                        16:41:09
3     Q.   Did you ever see the file that Pat    16:41:12
4  Cherry created in connection with the           16:41:15
5  investigation?                     16:41:16
6     A.   No, sir.                 16:41:16
7     Q.   Did you ever discuss the results of   16:41:17
8  his investigation with him?        16:41:22
9     A.   No, sir.                 16:41:23
10     Q.   I believe you testified that you had 16:41:24
11  provided a statement; is that correct?         16:41:29
12     A.   I believe so, yes.      16:41:31
13     Q.   Do you recall when you did that?     16:41:32
14     A.   No.                      16:41:33
15     Q.   Where were you when you provided the 16:41:35
16  statement?                         16:41:38
17     A.   I would guess the station house.  I  16:41:39
18  would think it was the station house.          16:41:44
19     Q.   Did you write the statement yourself? 16:41:46
20     A.   I'm not sure if I wrote it or I      16:41:50
21  dictated it.                       16:41:54
22     Q.   Did you type it?         16:41:56
23     A.   I don't remember.        16:41:58
24     Q.   Who else was in the -- well, strike  16:42:01
25  that.                              16:42:05

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 354

```
1              G. Bosetti
2       You gave the statement at the      16:42:05
3  station?                        16:42:07
4       A.  Yes.                    16:42:08
5       Q.  So it's not -- just so I'm clear,   16:42:09
6  it's not something you prepared something at   16:42:11
7  home and brought it to the station.       16:42:13
8       A.  Oh, no, no, no.  Even if I wrote it   16:42:15
9  out and somebody else typed it, because it would   16:42:18
10 take me forever to type it, I just don't   16:42:20
11 remember.                        16:42:22
12      Q.  But that all happened at the station?   16:42:23
13      A.  It must have.              16:42:27
14      Q.  I understand but I just want to be   16:42:30
15 clear here.                     16:42:33
16      If you wrote it out and somebody else   16:42:33
17 typed it, did you write it out at home or did   16:42:35
18 you out at the station?             16:42:38
19      A.  No, at the station.          16:42:39
20      Q.  Was somebody asking you questions in   16:42:40
21 which you gave a statement in response?      16:42:44
22      A.  No, no.  It was my statement.      16:42:46
23      Q.  And who did you give that statement   16:42:48
24 to?                              16:42:51
25      A.  I don't recall.             16:42:52
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 355

```
1              G. Bosetti
2       Q.  Do you recall when you gave that   16:42:57
3  statement?                       16:42:59
4       A.  I'm sorry?                 16:42:59
5       Q.  Do you recall when you gave that   16:43:01
6  statement?                       16:43:03
7       A.  No, sir.                   16:43:03
8       Q.  And it's your testimony that you did   16:43:05
9  not type up the statement, correct?       16:43:08
10      A.  I don't believe I typed it up.      16:43:10
11      Q.  Have you ever seen the typed       16:43:12
12 statement that you gave?              16:43:15
13      A.  Yeah.  I would have to sign it.     16:43:16
14      Q.  Have you ever seen a written       16:43:18
15 statement that you gave?              16:43:20
16      MR. NOVIKOFF:  After he wrote it?      16:43:22
17      MR. GOODSTADT:  Yeah.            16:43:23
18      A.  If I wrote it, I must have seen it.   16:43:24
19      Q.  But sitting here today, do you recall   16:43:26
20 actually writing a statement?           16:43:29
21      A.  I'm sorry.                 16:43:30
22      Q.  Sitting here today, do you actually   16:43:30
23 recall writing a statement, handwriting a   16:43:33
24 statement?                       16:43:34
25      A.  Again, I must have.  I really don't   16:43:34
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 356

```
1              G. Bosetti
2  recall.                          16:43:37
3       MR. GOODSTADT:  I'd just like to mark   16:43:40
4  the record to request the production of a   16:43:42
5  handwritten statement if one exists because   16:43:43
6  we have not received --              16:43:45
7       MR. NOVIKOFF:  I think I've seen one   16:43:47
8  but obviously, listen, obviously if there   16:43:49
9  is a handwritten statement, I don't have to   16:43:52
10 take it under advisement.  You get it.     16:43:53
11      MR. GOODSTADT:  I've seen one for his   16:43:56
12 brother.  I haven't seen one for him.     16:43:57
13      MR. NOVIKOFF:  Okay.  So maybe I'm   16:43:59
14 thinking of Rich's.                 16:44:00
15      MR. CONNOLLY:  I don't think I've      16:44:01
16 seen a handwritten statement.          16:44:02
17      (Plaintiffs' Exhibit G. Bosetti 12,   16:44:04
18 Statement of Gary Bosetti, marked for      16:44:04
19 identification, as of this date.)        16:44:04
20      MR. GOODSTADT:  I've placed in front   16:44:27
21 of Mr. Bosetti what's been marked        16:44:28
22 G. Bosetti-12.  It's a one-page exhibit   16:44:30
23 bearing Bates number 3158.            16:44:32
24 BY MR. GOODSTADT:                  16:44:32
25      Q.  Mr. Bosetti, do you recognize this   16:44:35
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 357

```
1              G. Bosetti
2  document that's been marked as G. Bosetti-12?   16:44:36
3       A.  Yes, sir.                  16:44:38
4       Q.  And it's the -- is that your      16:44:39
5  signature towards the bottom after "Respectfully   16:44:42
6  submitted"?                       16:44:46
7       A.  Yes.                     16:44:46
8       Q.  And you signed it I see PO Gary      16:44:47
9  Bosetti.                          16:44:47
10      The PO stands for what?           16:44:51
11      A.  Police officer.              16:44:52
12      Q.  And then under it, it says, "Gary   16:44:55
13 Bosetti, PO/411."                  16:44:57
14      Do you see that?                16:44:59
15      A.  Yes.                     16:45:00
16      Q.  That's your shield number?        16:45:00
17      A.  Yes, it is.                 16:45:01
18      Q.  Then it says, "/8900."           16:45:02
19      You see that?                  16:45:04
20      A.  Yes.                     16:45:05
21      Q.  What's the 8900 referring to?      16:45:05
22      A.  I don't know.               16:45:07
23      Q.  You don't know who typed this up?   16:45:08
24      A.  No.                     16:45:13
25      Q.  See it's dated on the top November   16:45:14
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 358

```
1           G. Bosetti
2  12, 2004?                        16:45:19
3       A.  Yes.                    16:45:20
4       Q.  Is that the date that you gave the   16:45:21
5  statement?                       16:45:23
6       A.  I would think it is, yes.   16:45:23
7       Q.  How come you gave a statement two   16:45:28
8  weeks or almost two weeks after the incident and   16:45:34
9  not before then?                 16:45:37
10      A.  I don't know.  I don't know.  I'm   16:45:40
11 sure I wrote something up.  I had to write   16:45:44
12 something up.                    16:45:46
13      Q.  Do you recall when you wrote   16:45:47
14 something up?                    16:45:49
15      A.  Like I said, I thought I wrote   16:45:49
16 something up and somebody typed it so I'm not   16:45:54
17 sure.  I don't know why that's dated November   16:45:56
18 12th.                            16:45:59
19      Q.  Is it your understanding that this is   16:46:00
20 the statement that you wrote up that somebody   16:46:02
21 typed?                           16:46:03
22      A.  Yes.                    16:46:04
23      Q.  And just so I'm clear, you didn't   16:46:07
24 keep a copy of the handwritten statement?   16:46:11
25      A.  No.                     16:46:14
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 359

```
1           G. Bosetti
2       Q.  Is this one of the documents that you   16:46:16
3  reviewed in preparation for your deposition?   16:46:18
4       A.  No.                     16:46:19
5       Q.  Do you have a copy of this document   16:46:22
6  at home?                         16:46:24
7       A.  I don't think so.          16:46:24
8       Q.  To your understanding as a police   16:46:26
9  officer, isn't a statement as soon as possible   16:46:37
10 the best practice in terms of getting a   16:46:41
11 statement?                       16:46:41
12      MR. NOVIKOFF:  Objection.       16:46:45
13      A.  Yes.                    16:46:47
14      Q.  And you weren't physically incapable   16:46:47
15 of giving a statement before November 12th, were   16:46:53
16 you?                             16:46:55
17      A.  I was capable of it.        16:46:56
18      Q.  Now just to go back to the   16:46:58
19 handwritten statement, do you actually recall   16:47:02
20 writing out a statement?          16:47:07
21      We've gone over this but I got a   16:47:09
22 couple different answers.        16:47:12
23      A.  Yeah, I'm -- yeah, I'm pretty sure   16:47:13
24 did.  I'm pretty sure I wrote out a statement.   16:47:14
25      Q.  And is that an actual statement that   16:47:16
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 360

```
1           G. Bosetti
2  you wrote out or it's something that you gave to   16:47:18
3  somebody else --                 16:47:22
4       A.  No, I wrote it out.         16:47:22
5       Q.  Who was with you when you wrote out   16:47:24
6  the statement?                   16:47:26
7       A.  I don't recall.            16:47:26
8       Q.  Did anyone actually ask to handwrite   16:47:27
9  out a statement?                 16:47:30
10      A.  I don't recall.            16:47:30
11      Q.  But it was something you did in the   16:47:31
12 police station?                  16:47:34
13      A.  I'm sorry?                16:47:34
14      Q.  It was something that you did in the   16:47:35
15 police station?  You were actually in the   16:47:36
16 station when you handwrote out the statement?   16:47:38
17      A.  Yes, yes.                16:47:40
18      Q.  And that was after you were rehired,   16:47:41
19 right?                           16:47:43
20      A.  I believe so, yes.          16:47:44
21      Q.  In between December -- October 31 and   16:47:45
22 November 12th, did you speak with any of the   16:47:56
23 police officers who were on duty?   16:47:59
24      A.  No.                     16:48:00
25      Q.  Did you work any tours between that   16:48:01
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 361

```
1           G. Bosetti
2  time?                            16:48:04
3       I know it's off season.         16:48:04
4       A.  I don't recall.            16:48:06
5       Q.  Did you speak to Cherry at all   16:48:07
6  between those times?             16:48:10
7       A.  I don't recall.            16:48:11
8       Q.  Other than for the phone call and the   16:48:11
9  meeting on the Tuesday morning the 2nd, did you   16:48:16
10 speak with Hesse at all between October 31 and   16:48:18
11 November 12?                     16:48:21
12      A.  I don't recall.            16:48:22
13      Q.  Did you speak to Paradiso between   16:48:23
14 those periods?                   16:48:26
15      MR. NOVIKOFF:  Other than what he's   16:48:26
16 already testified to.            16:48:27
17      Q.  Other than for phone you made while   16:48:28
18 you were in your car and the meeting on the   16:48:29
19 Tuesday morning.                 16:48:32
20      A.  I don't recall.            16:48:32
21      Q.  Is there anything that would refresh   16:48:33
22 your recollection as to whether you spoke to   16:48:36
23 either Hesse or Paradiso?         16:48:37
24      A.  No.  I don't know.          16:48:38
25      Q.  Were you taking any notes of what was   16:48:39
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 362

```
1          G. Bosetti
2  going on at this time?               16:48:44
3    A.  Notes?                         16:48:45
4    Q.  Yes.                           16:48:45
5    A.  No.                            16:48:47
6    Q.  Prior to giving this statement on    16:48:47
7  November 12th, did you read Jeanne Jaeger's  16:48:53
8  statement?                          16:48:58
9    A.  I think I read Jeanne Jaeger's   16:49:01
10  statement, yes.                     16:49:03
11   Q.  Did you review the statement, the   16:49:03
12  letter that you testified to from Bud Jaeger?  16:49:06
13   A.  Did I read it?                  16:49:10
14   Q.  Yes.                           16:49:10
15   A.  Yes.                           16:49:12
16   Q.  Had you spoken with Jeanne Jaeger  16:49:12
17  between October 31 and November 12?   16:49:15
18   A.  No.                            16:49:17
19   Q.  Had you spoken to Bud Jaeger between  16:49:17
20  those two periods?                  16:49:19
21   A.  No.                            16:49:20
22   Q.  Did you know Bud Jaeger prior to   16:49:20
23  October 31, 2004?                   16:49:25
24   A.  Yes.  He ran the movie theater.   16:49:27
25   Q.  Have you ever been to the movie   16:49:30
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 363

```
1          G. Bosetti
2  theater?                            16:49:32
3    A.  Briefly.                       16:49:33
4    Q.  Had you reviewed Doug Wykoff's   16:49:35
5  statement prior to November 12, 2004?   16:49:39
6    A.  Prior to?  Possibly.           16:49:42
7    Q.  Had you spoken to Doug Wykoff between  16:49:46
8  October 31 and November 12?         16:49:48
9    A.  No, sir.                       16:49:50
10   Q.  Had you reviewed Elyse Miller's   16:49:50
11  statement prior to November 12th, 2004?   16:49:53
12   A.  Possibly.                      16:49:56
13   Q.  Had you spoken to Elyse Miller   16:49:58
14  between October 31 and November 12?   16:50:00
15   A.  No, sir.                       16:50:03
16   Q.  That next morning did you speak with  16:50:04
17  Elyse Miller about what happened at Houser's?  16:50:08
18      I guess it was the same morning but   16:50:11
19  after you woke up.                  16:50:13
20   A.  No, I don't think so.          16:50:16
21   Q.  So you just left without speaking   16:50:17
22  with her?                          16:50:20
23   A.  Yeah.  I don't know if she was   16:50:21
24  sleeping or what.  I'm not sure.    16:50:24
25   Q.  Did you ever have a sexual       16:50:26
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 364

```
1          G. Bosetti
2  relationship with Elyse Miller?      16:50:27
3    A.  No.                            16:50:28
4    Q.  Do you know why your brother believed  16:50:30
5  that you did?                       16:50:32
6    A.  I'm good.  No.  I don't know.  We're  16:50:33
7  just friends.                      16:50:38
8    Q.  Had you read Sean O'Rourke's     16:50:41
9  statement prior to November 12, 2004?   16:50:43
10   A.  Probably.                      16:50:46
11   Q.  Do you consider Sean O'Rourke a   16:50:47
12  friend of yours?                   16:50:52
13       MR. NOVIKOFF:  Objection.      16:50:53
14   A.  An acquaintance.               16:50:55
15   Q.  You ever socialize with him outside  16:50:56
16  of Ocean Beach?                    16:50:58
17   A.  No.                            16:50:58
18   Q.  Did you ever go to any of his    16:51:00
19  parents' funerals or wakes?         16:51:02
20   A.  Yes, I did.                    16:51:04
21   Q.  Both his mother and his father?   16:51:06
22   A.  No, just one of them.          16:51:09
23   Q.  When was that?                 16:51:11
24   A.  I don't recall.                16:51:12
25   Q.  Do you recall what year it was?   16:51:13
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 365

```
1          G. Bosetti
2    A.  No.                            16:51:15
3    Q.  Was it --                      16:51:15
4    A.  I mean it's a nice thing to do,   16:51:17
5  right?                             16:51:18
6    Q.  I didn't say it wasn't a nice thing  16:51:18
7  to do, I just want to know when was it.   16:51:20
8       Was it before or after Halloween '04?  16:51:21
9    A.  I'd like to say before, but I can't   16:51:24
10  tell you.  I don't know.            16:51:27
11   Q.  Had you read Ian Levine's statement   16:51:28
12  prior to November 12, 2004?         16:51:33
13   A.  Probably.  I don't recall.       16:51:36
14   Q.  Had you spoken to Ian Levine between  16:51:38
15  October 31 and November 12, 2004?   16:51:40
16   A.  No, sir.                       16:51:42
17   Q.  And you already testified that you   16:51:43
18  had already read the statements by Van Koot,   16:51:47
19  Tesoro and Shalik, correct?         16:51:52
20   A.  Yes.                           16:51:53
21   Q.  Had you had any contact with Tesoro   16:51:54
22  the night it happened?              16:51:57
23   A.  Tesoro?                        16:51:58
24   Q.  John Tesoro.                   16:52:00
25   A.  No.                            16:52:03
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 366

```
 1        G. Bosetti
 2      Q.   And your statement that you gave on    16:52:04
 3   November 12, 2004, did you have any notes that   16:52:17
 4   you were working off of or was it straight from   16:52:20
 5   memory?                         16:52:22
 6      A.   Memory.                   16:52:23
 7      Q.   Did you read those other witness     16:52:24
 8   statements on the same day that you gave this    16:52:28
 9   statement?                       16:52:30
10      A.   I'm sorry, sir?             16:52:30
11      Q.   Did you read -- you testified a bunch  16:52:31
12   of witness statements that you believe you had   16:52:33
13   read prior to giving your statement on November  16:52:35
14   12th.                           16:52:38
15          Did you read those on the same day    16:52:39
16   that you gave your statement?           16:52:42
17      A.   The witness statements that I -- the   16:52:43
18   same day I gave my statement?           16:52:47
19      Q.   Why don't we just break this down.   16:52:49
20          You testified that you believe you    16:52:51
21   read Jeanne and Bud Jaeger's statements.      16:52:55
22      A.   Yes.                      16:52:56
23      Q.   Doug Wykoff's statement, Elyse      16:52:57
24   Miller's statement, Sean O'Rourke's statement    16:52:59
25   and Ian Levine's statement prior to giving the   16:52:59
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 367

```
 1        G. Bosetti
 2   statement that's been marked as G. Bosetti-12,   16:53:03
 3   right?                          16:53:06
 4          I just want to know how long prior to   16:53:07
 5   that you read the statements.            16:53:08
 6      A.   I don't know.  And I thought this was  16:53:10
 7   written up way before November 12th.  I could be 16:53:13
 8   wrong.  I don't know.                16:53:17
 9      Q.   So you think that G. Bosetti-12, you  16:53:18
10   handwrote it before November 12th?        16:53:22
11      A.   I don't know.  I thought it was, but  16:53:24
12   I guess -- my memory is shot so maybe I'm wrong.  16:53:26
13      Q.   Do you know whether your brother ever 16:53:31
14   gave any statement in connection with the      16:53:36
15   Halloween incident?                  16:53:38
16      A.   Did my brother ever give a statement?  16:53:38
17      Q.   Yes.                      16:53:38
18      A.   He must have, right?           16:53:41
19      Q.   When did he give that statement, do   16:53:42
20   you know?                        16:53:44
21      A.   I don't know.               16:53:46
22      Q.   Do you know whether it was before or  16:53:47
23   after November 12, 2004?              16:53:50
24      A.   I do not know.              16:53:51
25      Q.   Have you ever seen your brother's    16:53:52
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 368

```
 1        G. Bosetti
 2   statement?                       16:53:54
 3      A.   I think I have.             16:53:55
 4      Q.   When did you see it?          16:53:57
 5      A.   A while ago.  I don't remember when.  16:53:59
 6      Q.   Do you recall what year it was that   16:54:03
 7   you saw it?                      16:54:05
 8      A.   No.  It was probably around this time  16:54:05
 9   that it happened.                  16:54:09
10      Q.   But you don't recall whether it was   16:54:10
11   before or after you gave your statement?     16:54:12
12      A.   No.                      16:54:14
13      Q.   Now if you look at the bottom       16:54:17
14   paragraph, three lines down, you with me?     16:54:26
15      A.   Yes.                      16:54:26
16      Q.   At the end of that line that starts   16:54:33
17   "After about ten minutes..." do you see that?   16:54:35
18      A.   Yes.                      16:54:39
19      Q.   It says, "After about ten minutes    16:54:40
20   when the police left, my brother told me to go   16:54:42
21   back to the house where we were staying and     16:54:44
22   relax while he went to the station to report the  16:54:46
23   details of the incident."              16:54:49
24          Do you see that?             16:54:50
25      A.   Yes.                      16:54:51
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 369

```
 1        G. Bosetti
 2      Q.   So you testified at length before and  16:54:51
 3   I got a lot of objections, I think it was asked  16:54:57
 4   and answered quite a few times, that at the time  16:55:00
 5   you left the police station -- at the time you   16:55:02
 6   left Houser's, the on-duty police officers were   16:55:03
 7   still there, correct?                16:55:06
 8      MR. NOVIKOFF:  Objection.           16:55:07
 9      His testimony --               16:55:08
10      A.   I said I believe they were.  I'm not   16:55:09
11   sure.                          16:55:10
12      Q.   Your statement here says after ten    16:55:13
13   minutes when the police left, your brother came  16:55:16
14   and told you to go back to the house, correct?   16:55:19
15      A.   Yes.                      16:55:21
16      Q.   Which one is accurate, your statement  16:55:22
17   or your testimony?                  16:55:24
18      A.   Well, it's --              16:55:25
19      MR. NOVIKOFF:  Wait.  Hold on, hold     16:55:25
20   on.                            16:55:25
21          Objection.                16:55:25
22          I think you're mischaracterizing his  16:55:28
23   prior testimony, but my objection stands      16:55:31
24   and the witness has to answer the question.    16:55:32
25      A.   When the police left, left the bar, I  16:55:35
```

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 370

G. Bosetti

1
2 don't know. I really don't know. I don't     16:55:38
3 recall.                                      16:55:40
4     Q.   But what were you referring to when 16:55:41
5 you said when the police left?               16:55:43
6     A.   I don't know.                        16:55:44
7     Q.   Have you ever spoken to Natalie      16:55:45
8 Rogers about the incident?                   16:55:57
9     A.   No.                                  16:55:58
10     Q.   Have you ever spoken to Joe Loeffler 16:56:00
11 about the incident?                          16:56:02
12     A.   No.                                 16:56:03
13     Q.   Have you ever spoken to anybody on  16:56:03
14 the Ocean Beach Board of Trustees about the  16:56:05
15 incident?                                    16:56:08
16     A.   No.                                 16:56:08
17     Q.   Do you know whether Jeanne Jaeger was 16:56:10
18 drinking that night?                         16:56:12
19     A.   I don't know.                       16:56:13
20     Q.   Do you know whether she saw you use 16:56:14
21 the pool cue?                                16:56:16
22     A.   I'm sorry?                          16:56:17
23     Q.   Do you know whether she saw you     16:56:18
24 hit --                                       16:56:20
25     A.   I don't know.                       16:56:21

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 371

G. Bosetti

1
2     Q.   Do you know whether Bud Jaeger was   16:56:22
3 drinking that night?                         16:56:23
4     A.   I don't know.                       16:56:24
5     Q.   Do you know whether he saw you use   16:56:24
6 the pool cue?                                16:56:26
7     A.   I don't know.                       16:56:27
8     Q.   Do you know whether Douglas Wykoff   16:56:27
9 was drinking that night?                     16:56:29
10     A.   I don't know.                       16:56:30
11     Q.   Do you remember seeing Douglas Wykoff 16:56:31
12 in the bar that night?                       16:56:34
13     A.   Yes, I believe he was in the bar.   16:56:36
14     Q.   You recall whether he was drinking or 16:56:38
15 not?                                         16:56:40
16     A.   No.                                 16:56:40
17     Q.   Do you know whether he saw you hit  16:56:41
18 Shalik with the pool cue?                    16:56:44
19     A.   I don't know.                       16:56:45
20     Q.   Do you know whether Sean O'Rourke was 16:56:46
21 drinking that night?                         16:56:48
22     A.   I don't know.                       16:56:49
23     Q.   You're aware that Sean O'Rourke has 16:56:50
24 been arrested for cocaine possession, right? 16:56:52
25     A.   Yes.                                16:56:55

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 372

G. Bosetti

1
2     Q.   Do you know whether he saw you use   16:56:56
3 the pool cue to hit Shalik?                  16:56:58
4     A.   I don't know.                       16:57:00
5     Q.   Do you know whether Elyse Miller was 16:57:00
6 drinking that night?                         16:57:04
7     A.   I know she had at least a drink.     16:57:05
8     Q.   Do you know whether she saw you use  16:57:09
9 the pool cue?                                16:57:11
10     A.   I don't know.                       16:57:12
11     Q.   Did you ever speak to her about it  16:57:12
12 that day since that day?                     16:57:14
13     A.   Not really, no.                     16:57:15
14     Q.   Did you ever speak to her at all    16:57:16
15 about the fight that night since that day?   16:57:18
16     MR. NOVIKOFF:  Objection.                16:57:21
17     A.   Not really.                         16:57:21
18     Q.   Are you currently friends with her? 16:57:22
19     MR. NOVIKOFF:  Objection.                16:57:25
20     A.   You know, we're friends.  Say again, 16:57:28
21 acquaintances but we really don't talk.  I don't 16:57:29
22 see her.                                     16:57:33
23     Q.   So you used to be better friends than 16:57:34
24 you are today?                               16:57:37
25     A.   Better friends?                     16:57:37

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 373

G. Bosetti

1
2     Q.   Or were you always just             16:57:38
3 acquaintances?                               16:57:40
4     A.   No, no.  We used to be better        16:57:40
5 friends.                                     16:57:43
6     Q.   Do you know whether Ian Levine was   16:57:45
7 drinking that night?                         16:57:49
8     A.   I don't know.                       16:57:50
9     Q.   Do you know whether he saw you use   16:57:52
10 the pool cue?                                16:57:52
11     A.   I don't know.                       16:57:53
12     Q.   Have you ever discussed the Halloween 16:57:54
13 incident with Ian Levine?                    16:57:56
14     A.   No, sir.                            16:57:56
15     MR. GOODSTADT:  I know that it's 5:00    16:58:02
16 right now.  We can break up now and with     16:58:04
17 the understanding that we're going to come   16:58:07
18 back on a mutually agreeable date?           16:58:09
19     MR. NOVIKOFF:  Absolutely.               16:58:11
20     MR. GOODSTADT:  Everybody okay with      16:58:12
21 that?                                        16:58:13
22     MR. FEHRINGER:  Yes.                     16:58:13
23     (Continued on next page to include      16:58:13
24 jurat.)                                      16:58:13
25

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 374

```
1        G. Bosetti
2      THE VIDEOGRAPHER: We're now going    16:58:14
3   off the record.  The time is 4:58 p.m.    16:58:15
4      This is the end of the tape labeled    16:58:18
5   No. 4 to this videotaped deposition.    16:58:20
6      (Time noted:  4:58 p.m.)    16:58:24
7
8
9   _____
10      GARY BOSETTI
11
12
13  Subscribed and sworn to before me
14  this    day of    2009.
15
16  _____
17
18
19
20
21
22
23
24
25
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 375

```
1
2      C E R T I F I C A T E
3
4   STATE OF NEW YORK  )
5               ) ss.:
6   COUNTY OF QUEENS   )
7
8      I, ANNETTE ARLEQUIN, a Notary Public
9   within and for the State of New York, do
10  hereby certify:
11      That GARY BOSETTI, the witness whose
12  deposition is hereinbefore set forth, was
13  duly sworn by me and that such deposition
14  is a true record of the testimony given by
15  such witness.
16      I further certify that I am not
17  related to any of the parties to this
18  action by blood or marriage; and that I am
19  in no way interested in the outcome of this
20  matter.
21      IN WITNESS WHEREOF, I have hereunto
22  set my hand this 6th day of March, 2009.
23
24  --------------------------------
25      ANNETTE ARLEQUIN, CSR, RPR
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 376

```
1
2      I N D E X
3
4   Witness          Page
5   GARY BOSETTI
6    MR. GOODSTADT          7
7
8
9      INFORMATION REQUESTED
10      Page  Line
11
    Resignation letter   42   2
12  tendered by
    Mr. Bosetti
13
    Handwritten      356   5
14  statement
15
16    INDEX OF EXHIBITS
17    Description          Page
18  Plaintiffs' Exhibit G. Bosetti 1, Subpoena   7
19
    Plaintiffs' Exhibit G. Bosetti 2, Document   99
20  entitled "Police Officer Part
    Time/Seasonal"
21
22  Plaintiffs' Exhibit G. Bosetti 3,   137
    Incorporated Village of Ocean Beach Police
23  Department Questionnaire dated 5/4/05
24
    Plaintiffs' Exhibit G. Bosetti 4,   192
25  Questionnaire
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 377

```
1
2    INDEX OF EXHIBITS(Cont'd.)
3   Description          Page
4
    Plaintiffs' Exhibit G. Bosetti 5, 2007   201
5   Yearly Performance Report
6
    Plaintiffs' Exhibit G. Bosetti 6,   206
7   Incorporated Village of Ocean Beach
    Employee Handbook
8
9   Plaintiffs' Exhibit G. Bosetti 7, G.   211
    Bosetti Wage/Salary History
10
11  Plaintiffs' Exhibit G. Bosetti 8, Document   216
    entitled "State of New York Division of
12  Criminal Justice Services"
13
14  Plaintiffs' Exhibit G. Bosetti 9, Two-page   223
    document on the letterhead of Police
15  Department of Ocean Beach, dated 4/2/06 in
    re Weapons purchase/weapons carry
16
    Plaintiffs' Exhibit G. Bosetti 10,   270
17  Photograph of Houser's dated 2/10/09
18
    Plaintiffs' Exhibit G Bosetti 11,   321
19  Photographs
20
21  Plaintiffs' Exhibit G. Bosetti 12,   356
    Statement of Gary Bosetti
22
23
24
25
```
TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

Page 378

1
2       ERRATA SHEET FOR THE TRANSCRIPT OF:
3  CASE NAME:  CARTER v. VILLAGE OF OCEAN BEACH
4  DATE:      FEBRUARY 23, 2009
5  DEPONENT:  GARY BOSETTI
6  Pg.  Ln.  Now Reads   Should Read  Reason
7   __  __  _____   _____  _____
8   __  __  _____   _____  _____
9   __  __  _____   _____  _____
10  __  __  _____   _____  _____
11  __  __  _____   _____  _____
12  __  __  _____   _____  _____
13  __  __  _____   _____  _____
14  __  __  _____   _____  _____
15  __  __  _____   _____  _____
16  __  __  _____   _____  _____
17
18      _____
19      GARY BOSETTI
20  SUBSCRIBED AND SWORN BEFORE ME
21  THIS____DAY OF_____ 2009.
22
23  _____
24  (Notary Public)
25  MY COMMISSION EXPIRES:_____

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

**A**

**abilities (1)**
18:18
**ability (7)**
15:25 16:5,14,19
17:10 18:10,21
**able (2)**
14:12 219:19
**absolutely (3)**
278:3 280:16 373:19
**abusive (1)**
158:7
**academy (16)**
45:3,6,15,20,21,23
46:3,8,10,11 49:23
51:10 87:2 122:15
122:21 123:3
**accept (2)**
78:20 124:14
**accommodate (1)**
15:15
**accurate (3)**
214:3,11 369:16
**accusations (3)**
37:12 38:22 39:6
**acquaintance (1)**
364:14
**acquaintances (3)**
351:15 372:21 373:3
**Act (1)**
145:11
**ACTING (1)**
1:11
**action (9)**
7:18 14:3,4 36:6,14
279:19,21 281:6
375:18
**active (1)**
67:16
**actual (4)**
127:17 129:18 131:16
359:25
**addition (3)**
183:20 184:2 196:14
**address (8)**
8:22,25 9:7,11,18,23
34:9,19
**addresses (1)**
9:19

**administer (2)**
5:13 165:18
**administered (4)**
50:14 148:14 166:11
244:13
**advised (1)**
145:7
**advisement (2)**
85:5 356:10
**Affairs (4)**
22:23 24:22 65:8
352:11
**affect (5)**
15:24 16:4,14,19
18:21
**afraid (1)**
352:23
**Afro (3)**
272:10,18 277:18
**afternoon (6)**
97:8,12 231:25
246:23,24,24
**age (1)**
112:7
**agility (3)**
113:8 117:15 118:3
**ago (11)**
10:6 27:5 29:22,24
30:7 35:11 86:12
147:22 187:22
267:23 368:5
**agree (1)**
225:15
**agreeable (1)**
373:18
**agreed (4)**
5:2,6,10 226:22
**agreeing (3)**
161:23 226:3,3
**Ah (1)**
198:9
**ahead (2)**
152:19 156:23
**aid (1)**
286:15
**ailments (1)**
268:24
**ain't (1)**
187:18

**al (2)**
6:5,6
**alcohol (5)**
183:13,14 194:8,18
264:25
**alcoholic (11)**
167:16,23 181:5
233:4 244:22,25
245:4,7 255:18,19
265:9
**alert (3)**
69:12 125:19 126:17
**alerted (1)**
102:8
**allegations (10)**
19:17,23,25 20:9,14
25:7 29:16 31:3,15
32:17
**alleging (2)**
25:10,13
**Allison (5)**
1:14 200:9,9,12,14
**altercation (14)**
267:13,16,21 270:20
271:16 272:16,25
287:4 298:23
308:24 309:8 310:4
312:24 319:6
**Americans (1)**
145:10
**amount (3)**
202:12 210:23 211:5
**Andrew (8)**
3:8 6:11 7:15 153:16
153:25 156:11
280:14 340:9
**and/or (2)**
199:9 333:12
**Annette (4)**
1:24 2:12 375:8,25
**annual (3)**
209:20 210:15,16
**annually (1)**
209:15
**answer (31)**
9:14 14:18,18 15:8,19
27:8 35:12 40:18
62:16,17,19 95:3,6
115:3 147:10
149:16 150:15,23

150:25 151:7,13,16
152:17 154:11
160:15 164:22
194:20 198:13
207:14 234:7
369:24
**answered (21)**
96:2 98:22 102:12
104:14 110:12
130:16,22 136:3
157:22 158:6,9
163:14 176:14
235:19 246:13
294:19 310:22
311:15 313:13
317:12 369:4
**answering (2)**
150:21 337:23
**answers (6)**
14:11,20 87:12
158:11 209:18
359:22
**anticipated (1)**
319:4
**antidepressants (3)**
16:6,8,10
**anybody (29)**
22:20 23:9,15,16 32:6
40:23 79:16 134:19
169:19 171:7
177:14,22 178:23
180:8 200:5,8
256:15 275:9 296:8
312:21,22 313:19
313:23 321:6,9
324:17 334:18
348:2 370:13
**anymore (1)**
187:22
**anyway (1)**
283:25
**aol (1)**
34:17
**apologize (8)**
30:13 40:21 100:8
138:5 160:3 207:17
218:19 316:5
**apparently (1)**
198:12
**appearances (1)**

6:10
**appeared (1)**
274:20
**appears (3)**
204:8 225:9 272:9
**applicant (8)**
137:6 141:18,24
142:5 145:6 161:4
193:9,12
**applicants (1)**
142:15
**application (7)**
52:3 83:25 84:20,25
89:25 141:11
217:15
**applied (6)**
52:2,6 87:6 193:25
218:8,21
**apply (2)**
84:19 216:6
**applying (6)**
70:5 145:23 193:16
193:19,21 218:3
**appraisal (3)**
209:4,15,20
**appraisals (2)**
208:23 209:2
**appreciate (1)**
243:20
**approvals (1)**
77:7
**approximate (1)**
261:18
**approximately (29)**
33:18 45:25 56:16
65:21 69:6 73:17
173:2 194:13
195:10 203:3 210:5
212:14 233:10
247:17 251:12
258:12 262:20
263:3,9 264:6,12
267:17,25 268:15
273:23 274:9 304:6
306:10 314:18
**April (6)**
69:5,6 91:18,18
212:12 225:9
**area (12)**
87:16 276:12,14,16

Contains Confidential Portions

276:17,23,25 277:4
277:21,22 282:3,7
**argue (1)**
324:17
**Arkay (2)**
4:6 6:22
**Arlequin (4)**
1:24 2:12 375:8,25
**arm (9)**
286:3,4,6 290:7 295:9
295:10,10,10 296:2
**Arnie (3)**
46:12 133:4,23
**Arnold (1)**
144:15
**arrest (6)**
88:13,15,16,17
284:20,24
**arrested (3)**
34:21 339:21 371:24
**arrests (1)**
13:2
**arrive (6)**
251:25 253:2 262:25
263:7 300:23
314:15
**arrived (12)**
86:7 257:6,9 263:2,4
300:19 301:12
308:17 312:5 313:3
314:11 315:17
**arriving (1)**
255:15
**arrow (1)**
272:9
**arteries (1)**
18:4
**aside (1)**
339:20
**asked (58)**
60:8,9 61:2 63:6 91:2
96:2 98:21 102:11
104:13 114:18
124:2,17,18 130:15
130:21 136:2
150:19 152:24,25
153:22,24 157:21
158:5 163:14
174:13 176:13
184:17 188:16

190:13,19 221:19
235:18 243:23
279:11 294:18
302:8 307:5 310:18
310:21 311:3,10,14
313:12 315:23
316:19 319:18
324:8 326:9 331:9
331:23 335:17
336:18 338:22
345:22,24 346:4,20
369:3
**asking (17)**
60:12,25 66:12
102:22 104:5 160:4
162:5 186:10 218:7
231:7,21 256:19
277:12 297:16
346:14 348:8
354:20
**assault (5)**
278:8 281:12 282:7
284:21 343:9
**assigned (15)**
55:2,25 56:2,14,18,22
57:2,17 58:4,9 59:7
65:10,17 66:16,19
**assignment (1)**
65:11
**assist (1)**
350:17
**assistance (1)**
299:4
**assume (3)**
15:9 117:13 207:14
**assumed (2)**
214:21 319:10
**assuming (4)**
34:23 142:13 146:12
235:14
**Astoria (1)**
65:19
**attached (1)**
226:23
**attacked (1)**
278:5
**attempt (2)**
320:4 339:8
**attempted (1)**
339:5

**attend (4)**
73:6,9 134:14,25
**attention (3)**
101:16,20 288:13
**attorney (3)**
7:16 18:25 19:3
**attorneys (5)**
3:5,11,17 4:5 5:3
**Augenbach (2)**
85:14 86:2
**authority (2)**
88:7,17
**authorized (1)**
5:12
**Avenue (2)**
2:11 3:6
**average (1)**
182:17
**awake (1)**
314:13
**aware (9)**
10:8 17:6 46:19 71:3
125:10,16 133:5
221:15 371:23
**a.m (7)**
2:6 6:8 96:21,24 98:3
141:13 142:25

**B**

**B (9)**
1:11 3:11 7:4 190:9
205:6 211:17,18
376:16 377:2
**Bachman (2)**
85:16 86:3
**back (104)**
11:18 64:5 67:6 74:2
78:24 96:23 97:18
97:18 110:18 132:3
146:15 149:21
150:4,7,11 151:12
152:3,8,9,12,15,20
153:3,8,10,19,23,25
154:3,4 157:6,10,13
157:17,18,20,25
158:20 159:16
160:18,21 163:8,9
170:5 172:13
173:23,24,25 174:4
186:3 190:4 191:2

196:5,7 219:13,25
220:10,11 237:18
238:5,6 247:20
268:8,10 269:24,25
270:6,9,19 272:3,12
274:14 276:18,24
277:3 292:21
297:15 306:7
307:20 308:18
314:6,7,15,22
315:17 317:6,9,14
317:25 323:19
324:21 327:12,22
336:21,23 337:2
341:3 342:7,11,14
359:18 368:21
369:14 373:18
**background (14)**
50:21 51:5 53:21,25
55:17 112:15,16
135:24 136:6,8,10
136:12 143:21
146:6
**backup (1)**
299:3
**Bacon (3)**
28:10,16 133:8
**banter (1)**
104:6
**bar (71)**
231:20,23 232:2,3
237:23 238:3,8,10
238:18,20,25 239:3
239:6,13,17 244:25
246:9,11 250:7,24
250:25 264:13,16
264:19,25 265:2,10
267:20 269:24
270:24 273:20
282:3 287:8,10
294:8 296:7 298:14
298:22 301:13,14
301:22,25 302:15
303:12,16,18,20
304:2,2,13 305:7,11
305:13,17,25 306:6
306:15 308:4 310:5
312:19 313:20,23
316:21,24 319:6
339:7,19 345:2

369:25 371:12,13
**barbecue (8)**
176:3,6,23,25 177:12
177:15 178:3 233:6
**barbecues (1)**
237:20
**barracks (13)**
176:2,6,18 177:18,20
178:3 221:8 222:25
245:10 317:11
320:22 333:17,19
**bars (24)**
168:11,12,15 230:25
231:7,9,11,16 232:8
232:17,21 234:25
235:17,24 236:5,8
236:12,16,20
237:15 245:24
247:13,21 319:12
**bartenders (3)**
231:11 299:18,19
**bartending (2)**
269:6,7
**baseball (1)**
295:14
**based (4)**
207:14 208:3 209:18
299:15
**basic (1)**
76:15
**basically (10)**
35:20 37:13 57:9
76:10 130:11 149:7
182:21 216:11
272:17 331:17
**basis (13)**
60:20 61:6,9 89:17
142:16 158:3 216:9
240:16 300:4
319:14 338:3,11,17
**bat (1)**
295:14
**Bates (12)**
42:18 137:22 192:17
203:16 207:7
208:15,17 211:14
216:25 224:2 322:3
356:23
**bathroom (6)**
272:20,21 273:12

Contains Confidential Portions

275:12 340:16,21
**bathrooms (2)**
272:13,15
**battery (2)**
109:11 121:18
**Bayview (2)**
262:11,17
**beach (176)**
1:8,10 3:18,19 6:6
9:24 19:17 20:15
26:7,13 29:16 32:16
38:17 41:5,8,11
42:22 46:9,13,20
47:9 60:3 66:5
68:21,23 69:3 70:2
70:9 74:13 75:7
77:18,25 78:17 80:4
84:2 85:7 86:5,11
87:7,11 88:8,17,22
90:2,8,22 98:25
101:6 102:10 103:4
107:17 112:24
113:20 115:6
116:25 117:11
118:6 119:3,4,11
120:6,11,16 132:24
134:9 135:7 137:5
137:15 138:8
140:23 141:11,17
141:24 142:4
144:19 145:5,24,25
147:23 165:15
166:12 168:5,10,19
168:22 172:20
175:15 176:12
177:3 178:6 180:25
181:6 184:23 187:5
187:12,20,25 188:6
188:8,9,10,13,19,22
193:22 194:2 195:4
196:12 199:6 200:6
200:20 201:10
203:5 206:25
209:23 212:9
215:23 216:2
218:24 219:3,9,16
219:21 220:8,21,23
223:10,20 225:10
225:12,23 226:25
227:19 228:17

229:24 230:12,25
231:6,16 232:17
233:5,16,20,24
235:17 237:20,21
237:24 243:2,8,11
244:19,25 246:11
257:9 260:10 261:4
261:9 287:25
288:14 323:21
330:10,19 334:23
343:15,18,25 344:7
351:23 352:10
364:16 370:14
376:22 377:7,15
378:3
**bearing (8)**
192:17 203:16 211:14
216:25 224:2 271:8
322:2 356:23
**bearings (1)**
207:7
**bears (1)**
137:22
**becoming (4)**
74:13 83:20 106:2
228:13
**bed (1)**
261:12
**Bed-Stuy (1)**
56:3
**Bed-Stuyvesant (1)**
55:22
**beer (44)**
167:20,24,25 171:21
171:24 172:16,19
173:10,11,15 174:9
174:14,21,23 175:6
175:10,15 176:11
176:18,23 177:19
178:2,11,18,21
179:5,18,22 180:3
180:24 183:15,16
183:22 184:12
188:11 233:7
261:21 264:23
265:8,23 266:21,22
270:7,10
**beers (3)**
172:6,9 173:19
**beginning (8)**

96:17,25 157:15
179:17,19,20 190:6
292:23
**behalf (2)**
6:12,15
**belief (7)**
33:4 60:24 109:25
110:2 128:10 300:4
319:14
**beliefs (1)**
150:20
**believe (83)**
15:24 21:14 31:9,11
33:14 34:8 41:21,21
41:24 42:16 43:4
44:18 51:7 54:17
60:20 62:12 70:17
72:10,23 74:5,11
79:10 80:22,25 82:7
84:16 85:2 89:14,17
97:4 105:20 111:9
111:22 115:8
121:22 135:3,8,21
136:7,25 138:10
139:11 145:2
156:19 161:8
163:16 169:6
191:16 194:5
206:10 214:3
222:19 225:22
227:13 228:15
229:15 230:21
236:4 249:16
253:25 256:7
266:21 283:19
290:7 322:8 326:25
327:4 330:11
333:25 338:21
341:12 345:23
348:19 351:11
352:6 353:10,12
355:10 360:20
366:12,20 369:10
371:13
**believed (1)**
364:4
**Bellows (5)**
255:25 256:4 258:16
264:13 317:17
**Bennett (3)**

66:19,21 67:12
**Bert (1)**
166:2
**besmirch (1)**
59:24
**best (10)**
14:17 96:10 116:10
122:4 214:11,13
218:10 318:22
323:14 359:10
**Bettenhauser (2)**
47:11 49:3
**better (4)**
60:15 372:23,25
373:4
**beverage (5)**
181:5,6 233:5 244:22
244:25
**beverages (3)**
167:16,24 265:10
**big (6)**
51:8 83:9 156:21
272:10,17 315:6
**bike (1)**
231:25
**Bill (1)**
46:24
**birthday (2)**
30:14,15
**bit (3)**
93:16 96:5 303:25
**block (3)**
139:20 140:4 262:24
**blood (2)**
182:4 375:18
**Bloody (14)**
180:24 181:9,23
183:20 184:3,7,16
185:5,22,25 186:7
186:12,18,24
**blowing (1)**
156:21
**blue (1)**
325:24
**board (3)**
24:10 202:12 370:14
**boat (4)**
252:14,18 318:13,14
**boat's (1)**

252:16
**bodies (3)**
152:23 296:10,11
**body (1)**
295:7
**book (1)**
42:9
**booklet (1)**
139:15
**Bosetti (453)**
1:19 2:10 4:5 6:4,24
7:13,24 8:1,5 9:1
10:1,2 11:1,6 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1,3,10 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
99:7,12,17 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
133:23 134:1 135:1
136:1 137:1,13,14
137:20,21,25 138:1

Contains Confidential Portions

138:2 139:1,7 140:1
141:1,5,6 142:1
143:1 144:1 145:1
146:1,24 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1,23 161:1
162:1 163:1 164:1
165:1 166:1 167:1,3
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
191:16 192:1,11,15
192:16,19,20 193:1
193:5 194:1 195:1
196:1 197:1 198:1
198:22,23 199:1
200:1 201:1,5 202:1
203:1,14,18 204:1
205:1 206:1,24
207:1,5,9 208:1
209:1 210:1 211:1,8
211:9,12,16,17
212:1 213:1 214:1
215:1 216:1,17,23
217:1,3 218:1 219:1
220:1 221:1 222:1
223:1,8,24 224:1,4
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1

270:1,25 271:1,6,11
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1,21,25
322:1,5 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1,17,18
356:21,25 357:1,9
357:13 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
374:10 375:11
376:5,12,18,19,22
376:24 377:4,6,9,9
377:11,14,16,18,21
377:21 378:5,19
**Bosetti-1 (2)**
7:23 8:6
**Bosetti-10 (1)**
271:7
**Bosetti-11 (4)**
322:2,7 341:10
344:18
**Bosetti-12 (4)**

356:22 357:2 367:2,9
**Bosetti-2 (4)**
99:6,13,18 109:21
**Bosetti-5 (3)**
203:15,19 204:8
**Bosetti-6 (3)**
207:6,10 208:3
**Bosetti-7 (1)**
211:13
**Bosetti-8 (2)**
216:24 217:4
**Bosetti-9 (3)**
223:25 224:6 226:2
**boss (1)**
81:18
**bother (1)**
125:23
**bothering (1)**
18:17
**bottom (9)**
99:24 198:10 204:25
205:2 226:15 271:9
295:14 357:5
368:13
**bouncer (3)**
61:16,17,18
**box (1)**
144:4
**boy (6)**
35:9 57:19 65:21
70:12 252:3 317:23
**break (20)**
15:14,20 91:12 96:15
96:18 180:16 189:2
191:5,11 234:4,22
288:16 289:20
291:17 292:17
293:2 297:9 340:17
366:19 373:16
**breakfast (1)**
261:12
**brief (1)**
311:22
**briefly (7)**
11:22 36:24 37:2
310:6 314:23,25
363:3
**bring (7)**
84:8 170:5,19,20
172:13 328:17,18

**bringing (2)**
59:25 64:4
**broad (2)**
63:14 130:6
**broader (1)**
199:25
**broke (3)**
270:22 296:5 315:6
**broken (2)**
287:23,24
**brother (93)**
10:2 23:12 32:22
33:13,23 34:2,6
46:3,7,17 47:6
49:12 57:14 71:23
79:3,8,21,24 83:15
92:10 132:25
133:22 134:11
169:17 171:15,18
175:4,5 182:8,11,19
182:24 183:3,6,11
184:23 190:14
210:24 236:22
245:6 253:4,18
255:21 258:15
261:22 263:24
266:20 267:9
270:16 281:19
289:24 297:22,25
298:17 302:7,16,23
303:9 306:14,23
307:2 308:8,23
309:15 312:18
316:23 317:8 318:9
320:2,6,17,21,22
321:3 323:22
325:20 330:4,5,8
333:15,19 334:17
334:24 335:14
336:4 337:14 351:7
356:12 364:4
367:13,16 368:20
369:13
**brother's (2)**
39:24 367:25
**brought (12)**
65:3 91:10 101:16,19
169:25 170:10,11
170:14,18,24 171:4
354:7

**Brownsville (1)**
56:8
**Bud (8)**
276:7,8,9 362:12,19
362:22 366:21
371:2
**Buddy (2)**
260:19 349:13
**building (3)**
57:9 58:21 122:15
**bunch (1)**
366:11
**Bureau (1)**
352:11
**burger (2)**
183:17 184:12
**Burns (3)**
260:7,9 264:16
**business (6)**
81:8,9,12 231:5 261:8
261:11
**businesses (1)**
232:11
**busy (1)**
78:3
**buy (2)**
172:13 266:9

---

**C**

**C (5)**
1:8 3:2 4:2 375:2,2
**cabinet (3)**
43:18,21,25
**calendar (1)**
28:20
**call (32)**
18:3 30:11,11 48:10
59:12 70:13 78:24
159:15 287:25
299:3,9 300:9
319:20 325:4,11,12
326:4,8 327:20
329:10,12 330:6,10
330:22,22,24 331:8
332:7 333:2 334:24
334:25 361:8
**called (39)**
7:4 17:24 30:12 69:14
69:19 71:19,22,22
98:15 125:19 126:3

Contains Confidential Portions

126:5,8,17 127:20
128:10 152:23
299:14,15,18,18,18
299:24 300:2,5,7,7
300:16 324:23,23
324:25 325:2
329:15 330:23
332:8,8,9 342:20
347:23
**calls (6)**
67:4,10 87:12 263:14
263:21 328:15
**cameras (1)**
179:15
**candidates (5)**
100:20 143:3,7,12,16
**capable (2)**
53:6 359:17
**capacity (6)**
1:9,10,12,15 12:24
280:3
**car (6)**
179:8,9 194:16
318:12 325:19
361:18
**card (1)**
265:24
**care (8)**
16:4 65:15 184:22
286:22 302:12
303:10 307:25
320:14
**Caronia (2)**
4:4 6:21
**carried (3)**
120:18 185:21 188:4
**carry (15)**
120:20 121:5 186:12
187:3,10,21 188:13
188:22 218:24
219:3,13 223:12
225:16 226:4
377:15
**carrying (4)**
53:6 185:24 186:24
282:15
**Carter (5)**
1:4 6:5 7:18 20:21
378:3
**case (21)**

10:6 20:10 22:17
25:10,13 27:22 28:3
28:10,25 30:17,18
30:22,25 31:17
35:15 130:14,20
131:3 317:11
327:15 378:3
**cash (2)**
265:24,25
**catch (1)**
232:16
**CDL (2)**
218:12,14
**celery (2)**
185:16,17
**cell (5)**
263:17 325:10,11,12
330:24
**Center (2)**
66:18 67:19
**cents (1)**
215:7
**certain (4)**
119:18 232:8,11
244:4
**certainly (3)**
18:24 96:16 157:2
**certified (14)**
2:13 74:22 75:7
108:17,23 112:23
113:8,19 143:2,6,11
143:14,16 198:17
**certify (2)**
375:10,16
**chance (2)**
282:24 284:22
**change (1)**
124:19
**changed (8)**
91:22 123:25 124:5
124:10,22 125:10
125:13 209:19
**chaotic (1)**
301:6
**character (1)**
146:6
**characterization (1)**
291:24
**charge (4)**
98:9,12 199:6,12

**charges (1)**
65:2
**charging (4)**
290:11 293:18 294:4
294:17
**chart (1)**
92:8
**check (12)**
42:12,13 50:21 53:21
53:25 55:17 112:16
132:4 241:6 263:14
315:20 316:17
**checked (2)**
167:19 241:20
**checking (1)**
241:9
**checkpoint (16)**
178:12,21 179:5,22
247:20 249:7,14
252:7,10,13 253:6,7
253:12,13,22
318:11
**checks (1)**
51:5
**Cherry (22)**
28:23,25 29:2,5,20,21
135:4,7 337:19
347:7,15 350:3,24
351:4,6,8,13,17
352:20,24 353:4
361:5
**Cherry's (3)**
350:15 351:22,24
**Chester (2)**
200:9,14
**chewed (2)**
318:22,25
**chief (69)**
1:11 23:21 27:19
41:24 42:4 43:4
70:14 71:19 72:8,11
73:14 79:4,11,13
80:14 83:4,15 89:14
90:5 93:4,13 94:20
102:16,24 103:16
104:16 105:6,12,22
106:8 107:15,23
111:18 115:4
116:22,22 136:20
142:7 191:19

201:13 202:17
205:25 206:2,5,7,9
206:13,17,22
224:13 225:7,17
233:23 240:22
318:23,25 319:4,11
322:22 324:7 326:4
326:7 335:18,25
336:18 346:22
347:13 349:14
350:11
**children (1)**
35:18
**choked (4)**
306:16 308:9 311:8,8
**choking (3)**
277:9,11 284:12
**cholesterol (1)**
18:6
**Christmas (1)**
351:18
**circled (1)**
277:2
**circumstances (1)**
62:10
**citizen's (2)**
88:13,15
**city (46)**
44:25 46:16,18,23,25
47:7,21 48:11,16,21
48:25 49:4,7,10,13
49:21 50:6,14,25
51:2 55:3 59:11
61:12,24 62:6 64:22
65:4 68:8 76:16
86:22 87:18,24 88:2
89:7 121:12 122:2
187:23 195:7 197:6
197:21 217:23
222:24 329:14,15
329:19 330:16
**civil (41)**
1:13 14:2,3 36:14
50:6,15,17 54:10,18
74:18 83:19 87:3
105:11,18 107:10
109:9,19 110:3,15
110:17 111:13,17
111:19 117:4 119:7
119:18,19 125:8,15

125:19 126:3,5,9,17
127:20 128:11
130:24 131:5,9
139:10 148:15
**civilian (5)**
68:11,15,24 87:19,21
**CJ's (14)**
168:13,23 170:12
172:8,9,13,17 269:6
269:15,16,19,22,25
269:25
**claim (3)**
26:24 28:16 33:5
**claiming (2)**
25:18 32:25
**claims (6)**
28:25 32:21 33:10,11
34:5 65:2
**clam (2)**
185:14,15
**clarify (2)**
124:24 125:3
**class (7)**
46:4,7,11,14,17,21
51:8
**Classification (1)**
213:9
**clear (30)**
19:11 43:9 76:13
78:14 81:11 96:4
98:17 114:21,25
115:3 117:7,8
175:11,13 190:12
214:6 242:20 250:5
250:10 251:14
255:8 267:24 283:2
302:14 303:24
308:21 324:3 354:5
354:15 358:23
**clients (1)**
91:11
**CLVS (1)**
4:12
**cocaine (1)**
371:24
**coffee (2)**
63:15 285:4
**cognitive (1)**
18:18
**collect (3)**

Contains Confidential Portions

36:21 215:9,12
**collected (1)**
215:16
**color (1)**
275:21
**combination (1)**
221:10
**come (29)**
21:15 25:20 56:17,21
59:18 154:3 157:20
187:8 238:18
241:11,24 288:8
303:7 310:13
316:11,16,17
318:18 335:15,17
336:4 338:2,8,13
340:11 342:8 347:6
358:7 373:17
**coming (10)**
11:17 179:23 238:17
285:8 290:20
294:10 323:19
331:11 332:10
339:19
**commanding (2)**
98:8 145:4
**comment (2)**
342:15,24
**COMMISSION (1)**
378:25
**committing (2)**
277:25 278:6
**common (1)**
52:13
**commotion (2)**
274:11,12
**commotions (1)**
288:22
**communicate (1)**
106:7
**communicated (4)**
25:6 30:6 199:23,25
**communication (1)**
29:20
**communications (3)**
31:24 32:6,14
**complain (3)**
24:11,19 332:13
**complained (3)**
17:17 18:15 249:13

**complaint (5)**
19:23,24 25:3 29:4,10
367:14
**complaints (1)**
23:2
**complete (4)**
74:17 141:9 150:25
192:3
**completed (7)**
163:4,12 164:11,25
165:6 166:18
333:11
**completely (2)**
16:17 158:15
**complications (1)**
98:15
**comprised (1)**
332:15
**con (1)**
174:23
**conclusion (1)**
25:25
**condition (1)**
53:11
**conditional (4)**
145:8,15,20 148:10
**confidential (4)**
1:22 33:1 34:19
161:16
**confiscated (11)**
172:20 173:11,15,20
174:9,15,21 175:6,8
175:10,12
**confuse (2)**
154:8 155:12
**confused (7)**
96:5 118:18 147:11
149:15 241:13
284:4 348:9
**congratulations (1)**
150:7
**connection (32)**
12:25 13:12 16:13
19:2,4 39:19,25
40:5 50:13 83:25
89:23 119:4 129:15
130:3,13,19 131:2
131:16 135:13
139:8,9,13 165:15
166:6 193:14
205:16 232:3

271:17 294:7
328:20 353:4
367:14
**Connolly (13)**
3:14 6:17,17 40:25
63:10 81:4 151:19
186:2,17 191:8
316:4 345:18
356:15
**consciousness (2)**
284:14,18
**consent (5)**
161:19,25 162:8,11
225:7
**consider (3)**
244:5,8 364:11
**contact (4)**
285:16,19 320:4
365:21
**contacted (1)**
70:8
**Contains (1)**
1:22
**continued (2)**
51:9 373:23
**Cont'd (2)**
4:2 190:21
**conversation (28)**
11:24 12:3,6,9 34:2
69:25 83:12 237:2
308:16,20 309:21
310:17,25 311:2,19
311:23 312:2,8
325:16 331:7,17
334:9 336:17 337:8
337:15 342:2
344:20 345:13
**conversations (1)**
310:2
**convicted (1)**
34:24
**convoluted (1)**
303:25
**cop (15)**
41:17 59:25 87:17,18
87:20 128:24 129:7
129:9 135:7 187:23
278:18,21,23
283:13 285:10
**copies (5)**

37:15,24 38:10,13
40:8
**cops (11)**
59:10 65:16 70:2
85:21 134:7,8,8
177:12 307:24
312:10,16
**copy (10)**
8:3,12 25:2 42:2 85:2
136:14 163:25
203:23 358:24
359:5
**corner (4)**
141:2 224:7 262:16
262:23
**correct (72)**
10:3,6,7 19:13,14
33:2 34:25 35:4,5
49:24,25 62:23 63:3
63:8 72:2,8 74:21
76:23 89:9 93:19,25
96:7 97:6 98:23
100:7 107:24 108:2
111:10 117:11,12
118:11 119:13,20
119:22 120:2,3,6,8
121:14,15 132:6
147:23,24 161:5,6
184:13,14 198:14
198:16 205:13
225:23 230:22
249:18 250:8
255:12 267:14
279:13,16,17,19
280:3 292:9 311:23
323:13 324:5 334:4
334:15 353:11
355:9 365:19 369:7
369:14
**correspondence (1)**
32:14
**corrupt (13)**
21:21 22:14,24 23:3
23:19 24:12,16,20
24:24 59:10,25 60:4
128:18
**corruption (2)**
60:22 61:3
**costume (5)**
258:21,24 259:3

275:17 276:2
**counsel (1)**
6:9
**country (1)**
339:4
**county (25)**
1:13,13 24:18 83:19
83:20 89:21 117:16
118:4 119:4 121:4
122:6,16,22,23
123:3 136:22
139:10 148:14
166:7 198:25
199:18,20,24
352:16 375:6
**couple (24)**
10:6 16:24 33:19,20
40:11 68:20 116:8,9
116:12 168:13
169:24 176:15
178:14 179:3 180:7
230:21 246:15
266:22 292:17
295:21 321:20
322:20,24 359:22
**course (1)**
50:23
**court (8)**
1:2 2:13 5:15 6:25
13:12 14:13 150:22
154:23
**Courtney (2)**
3:10 6:18
**covered (1)**
56:4
**coworkers (1)**
23:16
**crazy (2)**
234:10,16
**created (2)**
142:21 353:4
**credentials (2)**
68:3,9
**credit (1)**
265:24
**crime (12)**
34:24 204:13 278:4,6
279:12,14,15
280:24 281:23,25
282:2,3

Contains Confidential Portions

**crimes (1)**
277:25
**criminal (6)**
12:20 13:11,21,24
216:19 377:12
**crossed (2)**
48:14 163:18
**crowded (2)**
264:5,7
**CSR (2)**
1:24 375:25
**cue (26)**
290:8,13 294:21
295:2,4,13 296:3,21
296:24 297:9,11,23
298:3,7 300:22
307:14 315:14
326:15 327:8 328:7
370:21 371:6,18
372:3,9 373:10
**cuff (2)**
58:2,5
**cup (1)**
285:4
**current (4)**
27:20 32:15,18 143:2
**currently (6)**
9:3 27:14,15 41:7
88:3 372:18
**custody (1)**
35:20
**CV (1)**
1:6

**D**

**D (3)**
376:2,16 377:2
**Dan (1)**
156:7
**dangerous (1)**
343:10
**date (24)**
8:2 42:11 91:13,13
99:10 108:21
137:18 192:13
201:7 207:3 211:10
212:12,15,17,20
216:21 223:13
271:4,8 321:23
356:19 358:4

373:18 378:4
**dated (9)**
137:16 140:8 223:10
271:2 357:25
358:17 376:23
377:15,17
**dates (2)**
9:17 35:22
**daughter (1)**
318:21
**Dave (4)**
169:25 170:11,19,20
**day (87)**
10:12 11:11,14,16,18
11:20,21 49:23 74:9
76:23 78:10,10,12
78:12 79:3,9 80:3
80:17,21 81:24 82:7
82:11 85:8,12,23
86:3,5,8 90:12
108:17 122:24
133:18,20 134:4,12
134:20 154:10
157:7 159:9,18
160:7,8 180:11,19
180:21,23 181:20
182:6,9 183:6,24
184:3,4,6,8,24
185:21 186:11
205:23 206:20
214:7 242:13,18
247:12 250:13,16
251:15,15,16,16
252:2,22 318:16
323:4 341:8 342:6
344:2 345:8 366:8
366:15,18 372:12
372:12,15 374:14
375:22 378:21
**days (19)**
11:10 29:25 30:7
133:10 182:18,22
182:24 183:2,5,25
184:25 209:2,4
246:19 295:22
321:20 322:20,24
322:25
**DA's (1)**
24:14
**De (2)**

47:13 49:6
**December (4)**
217:11,17 323:11
360:21
**decide (1)**
152:8
**decided (2)**
94:5,7
**decision (3)**
89:12,18 98:11
**decorated (1)**
59:24
**decree (4)**
161:19 162:2,2,11
**default (5)**
92:25 93:10,18,21,23
**defendant (5)**
3:11 6:19 14:3 36:5
36:14
**defendants (3)**
1:15 3:17 6:16
**definition (6)**
63:24 78:2 82:10
131:24 243:16
244:2
**definitions (1)**
63:23
**deliver (1)**
170:12
**delivered (2)**
8:16,17
**denial (1)**
216:10
**denied (2)**
215:20 216:5
**department (64)**
1:11,13 3:19 23:17
24:19 44:23,25
46:20,23 47:9 50:18
54:19,25 61:12,24
62:6 64:23 65:4,12
68:8,12 69:4 71:10
71:14 72:21 73:2,7
73:9 74:14 75:8
76:17 84:2 86:7
98:12 120:21 122:2
137:6,16 138:9
141:11,17,24 142:5
145:6 148:14 197:6
200:20 202:13

206:4,9,13 210:20
217:24 218:2
223:10 225:16
226:4,8 321:9
323:21 352:11,17
376:23 377:15
**departments (1)**
70:24
**depended (1)**
91:22
**depending (1)**
277:6
**DEPONENT (1)**
378:5
**deposed (1)**
10:5
**deposition (26)**
1:17 2:9 5:11 6:3
10:11,17,21,24 11:3
11:6,20,21 13:18
14:7,17 19:2,4
36:20 37:8 40:13
154:11 334:2 359:3
374:5 375:12,13
**Deputy (3)**
1:11 224:13 225:17
**Description (2)**
376:17 377:3
**desk (7)**
87:13 222:5,7,8,13,15
337:22
**desks (3)**
222:10,12,17
**detail (2)**
26:14 31:6
**details (3)**
11:12 28:11 368:23
**diaries (1)**
212:23
**dictated (1)**
353:21
**dictionary (1)**
132:4
**difference (3)**
87:10 154:9 159:6
**different (17)**
49:19 91:25 92:2
93:17 114:20,20
129:7 131:25
132:19 133:11

183:25 184:24
198:12,13 204:7
310:7 359:22
**dime (7)**
127:20 128:22 129:2
129:6 130:10
131:25 132:19
**direct (1)**
225:17
**direction (1)**
294:3
**directive (1)**
236:8
**directly (4)**
254:22 255:9 269:24
327:15
**dirtbag (1)**
59:11
**Disabilities (1)**
145:10
**disappeared (1)**
315:22
**discipline (15)**
43:7,12,17,24 62:5
63:7,8,14,19,22
63:25 64:3,18,22
**disciplined (8)**
42:21 43:3 61:23 62:2
62:13,23 63:4 64:19
**disclose (1)**
161:23
**discuss (26)**
10:23 11:6 12:8 26:23
27:10,22 28:9,12,15
28:24 30:17 31:7
32:20 33:10,12
44:10 81:6 104:17
105:21,25 106:6
341:24 344:10,13
344:15 353:7
**discussed (22)**
10:20 11:9 12:5 26:16
26:18 27:7,25 28:6
29:4 31:14,15 33:4
34:4 75:12 82:14
102:19 103:17
104:15 106:16
127:9,14 373:12
**discussing (9)**
29:9 102:15,24 103:2

Contains Confidential Portions

103:9 104:11
190:18 191:4 344:9
**discussion (2)**
83:11 324:22
**discussions (1)**
341:21
**dispatcher (11)**
86:20 87:11,12,19,19
87:21 135:10,10
352:6,8,21
**dispatchers (1)**
73:23
**distinction (1)**
54:20
**DISTRICT (2)**
1:2,2
**Division (2)**
216:19 377:11
**divorce (5)**
35:17 36:8,11,16,17
**divorced (2)**
35:4,6
**Dizzy (1)**
287:19
**dock (1)**
73:24
**doctor (9)**
17:18 18:15 166:3,5,8
166:10,11,14
295:21
**doctor's (1)**
16:3
**document (43)**
7:22 8:6 99:8,18
138:2,7,23,25
139:22 165:9
192:22 193:6,14
195:17,23 198:21
203:12,19,21 207:9
207:18 208:4,8
212:11 214:4
216:18 217:4
218:20 223:9 224:5
224:18,21,21,24
225:4,4,25 271:21
357:2 359:5 376:19
377:11,14
**documentation (3)**
138:12 192:8 337:5
**documents (14)**

22:18 36:23,25 37:19
37:25 38:13 40:12
100:16 141:10
191:12,19 333:11
336:25 359:2
**dog (1)**
131:16
**doing (16)**
22:20 43:8 66:24
154:20,22 196:3
233:2 280:2 283:11
289:17 302:8
309:22 332:3
347:14,16 350:6
**Domenico (2)**
47:13 49:6
**door (10)**
304:7,8,24,25 305:5,5
305:6,8,15,19
**Doug (4)**
276:14 363:4,7
366:23
**Douglas (3)**
259:6 371:8,11
**Dougy (1)**
349:2
**Dowd (4)**
58:22 59:9 60:21,22
**dozen (10)**
195:10,14,18 196:8
196:10,14,24 197:2
197:19,24
**drank (15)**
168:18,22 169:7,14
170:8,24 171:4
172:7,10 180:3
185:22 186:11,18
237:23 266:11
**drink (45)**
167:16,23 168:2,5,24
171:10,15,19,21,24
172:19 173:10
174:9,14,20 175:3,6
175:10,15 176:11
176:18,22 177:19
177:25 178:10,18
178:21 180:13
182:5,9 237:21
244:3 245:3,4,7,8
245:10 251:6

264:24 265:12,22
266:12,13 268:22
372:7
**drinker (1)**
174:19
**drinkers (1)**
232:17
**drinking (44)**
44:7,10,15 169:19
171:8 179:5,18,22
183:12,13,14 184:4
184:7,8 185:9,25
186:23 187:4 188:6
188:13,21 233:16
233:19,24 234:19
235:16 237:19
244:18 256:8,12,15
256:25 266:4,7,14
266:15,20 370:18
371:3,9,14,21 372:6
373:7
**drinks (24)**
244:4,8,14 253:14,16
253:20,22 255:14
255:17,18,18,19
256:21 261:19,23
262:2 265:19 266:9
266:25 267:9
269:16 270:5
316:21,24
**drive (8)**
4:6 6:22 197:4 247:20
248:15,22 249:13
253:13
**driven (2)**
194:16 195:10
**driving (5)**
195:22 218:15 252:11
325:5,6
**drop (6)**
128:22 129:2,6
130:10 131:25
132:19
**dropped (1)**
127:19
**drove (5)**
194:7 196:15 248:19
252:7 335:9
**drunk (7)**
242:25 243:5,10,19

244:5,9,14
**due (1)**
17:18
**duly (3)**
7:5 208:25 375:13
**duties (14)**
12:25 13:12 53:7
75:15,21,24 76:5,9
76:14,15 327:6,23
334:11 337:6
**duty (41)**
58:6 96:7 98:18 169:2
169:9,10 170:4
174:23,24 179:25
187:4,11,16,21
188:7,13,21 225:16
226:5 233:5,16,20
233:25 234:22,23
237:19,21,24
244:19 248:20,23
249:4,14 300:19
301:17 303:5 309:2
321:12 324:14
326:18 360:23

---

### E

**E (17)**
3:2,2 4:2,2,8 7:4
144:15 190:2,2,9
375:2,2 376:2,16,16
377:2,2
**earlier (4)**
35:13 268:2 270:16
319:16
**early (4)**
240:2,11 241:11,25
**earshot (1)**
83:10
**east (11)**
56:25 57:5 71:13
262:11 270:24
304:24 305:5,6,8,15
305:19
**EASTERN (1)**
1:2
**eat (5)**
182:11,24 183:6,9
254:16
**eating (1)**
173:4

244:5,9,14
**Edward (4)**
1:4 6:4 7:18 72:11
**effect (7)**
5:14 31:12 124:21
125:22 293:21
300:10 338:7
**effective (1)**
42:11
**eight (8)**
18:9 35:11 56:5,10
57:4 58:4 65:21
242:12
**either (24)**
86:2 98:19 103:19
105:8,12 116:21,22
117:14 118:2
133:25 134:14
142:7 171:3 191:19
202:2 275:20 287:3
287:10 298:22
311:18 325:24
346:22 350:11
361:23
**Elmsford (1)**
3:13
**Elyse (31)**
10:20 12:8 190:13
191:4 253:4,4,21
254:25 255:23
258:15 259:3
261:25 263:24
266:3,6 270:16
273:12 275:13
304:10 314:4 316:7
316:11 317:4
333:22 349:3
363:10,13,17 364:2
366:23 372:5
**email (4)**
30:9 34:9,19 41:20
**emailed (2)**
31:20 32:2
**emails (1)**
28:20
**Embry (5)**
46:24 47:6 48:20,21
48:23
**Emergency (3)**
48:4 49:17 57:6
**employ (2)**

Contains Confidential Portions

107:17 108:4
**employed (27)**
41:7 46:9 60:18 61:11
  65:3 107:12 117:10
  145:25 147:22,25
  148:21 149:24
  187:25 188:6 195:3
  195:6 196:11 197:5
  197:20 200:19
  203:4 205:12 212:8
  219:21,22 228:23
  352:12
**employee (14)**
32:15 62:5 153:5
  154:2,5 159:13
  200:24 201:2 207:2
  208:22 209:20
  211:17,20 377:7
**employees (3)**
86:6 208:25 209:14
**employment (27)**
20:6 41:10 42:22
  50:13 84:20,21,25
  87:17 90:22 145:9
  145:16,20,23 148:7
  148:10,19,22
  149:12,24 159:11
  159:19 160:9,16
  165:15 205:23
  206:21 209:12
**ended (5)**
159:10 239:11,14
  241:10 245:24
**Enforcement (1)**
204:13
**entire (1)**
212:8
**entitled (5)**
99:8 174:9 216:18
  376:20 377:11
**entity (1)**
137:9
**equipment (4)**
66:23 223:19 226:24
  227:9
**ERRATA (1)**
378:2
**escape (1)**
47:3
**ESQ (4)**

3:8,14,22 4:8
**establish (3)**
63:10 117:25 129:13
**established (5)**
119:17,24 120:4
  129:9 341:8
**establishments (1)**
231:5
**estimated (1)**
274:4
**ESU (16)**
48:9 55:4,5 56:24
  57:2,17 58:9,11,18
  58:20 65:10,13,18
  66:14,17 67:3
**et (2)**
6:5,6
**evaluation (5)**
100:21 105:22 106:4
  209:7,11
**evaluations (1)**
200:19
**Evergreen (3)**
258:5,6 262:17
**everybody (13)**
55:12 62:8,22 63:7
  88:12 210:19 242:2
  257:22 296:4,4,7
  308:7 373:20
**everyone's (1)**
14:8
**evidence (2)**
174:2 297:18
**exact (1)**
344:19
**exactly (11)**
23:14 50:10 52:7
  101:21 102:13
  122:19 156:15,17
  196:2 235:25 236:2
**exam (4)**
54:12 81:3,7 148:11
**examination (6)**
7:11 53:13 148:12,13
  166:6 190:21
**examined (1)**
7:6
**examples (1)**
17:9

**exams (1)**
54:11
**excuse (10)**
8:20 73:11 107:21
  129:20 236:13
  249:25 250:2
  276:18 306:24
  333:17
**exhibit (37)**
7:24 99:7,13 137:14
  137:22 192:11,17
  192:20 201:5
  203:15 206:24
  207:6 208:2 211:8
  211:13 216:17,24
  223:8,25 270:25
  271:7 321:21 322:2
  356:17,22 376:18
  376:19,22,24 377:4
  377:6,9,11,14,16,18
  377:21
**exists (1)**
356:5
**experience (1)**
347:15
**expert (1)**
164:21
**EXPIRES (1)**
378:25
**explain (3)**
33:8 93:22 162:4
**extended (1)**
97:22
**extent (2)**
84:24 242:17
**extra (1)**
221:22

_____
**F**
**F (4)**
190:2 375:2 376:16
  377:2
**FACCHIN (1)**
4:12
**face (17)**
278:22 283:2,15,17
  285:10,13,15,18,23
  286:2,18 288:3,19
  290:5 307:10 315:6
  326:24

**facility (1)**
67:7
**facing (2)**
294:6,8
**fact (16)**
11:2,5 26:12 59:20
  61:7,22 102:8
  103:17 117:24,25
  124:14 125:20
  190:25 268:10
  319:5 350:9
**facts (1)**
319:8
**fail (5)**
103:24 115:24 118:13
  118:22 119:25
**failed (2)**
104:2 117:20
**failure (2)**
12:19 141:8
**fair (3)**
15:11 91:15 118:23
**faith (4)**
60:20,24 61:6,9
**fantasizing (1)**
186:7
**far (15)**
32:13 36:18 50:8
  149:6 181:17,17
  211:6 228:25
  262:13 277:19,19
  294:12 305:15,19
  350:4
**fast (4)**
289:6,23,23 334:20
**father (1)**
364:21
**Faz (2)**
255:2,4
**Fazio (9)**
255:5 258:18 264:19
  314:12,21 315:12
  315:17 316:10
  317:4
**February (6)**
1:21 2:5 41:12 91:19
  149:25 378:4
**feel (3)**
15:13 268:25 287:23
**feeling (3)**

268:17,20 302:10
**feels (1)**
150:24
**feet (1)**
305:18
**Fehringer (15)**
4:8 6:20,20 11:8
  19:11 29:13 34:18
  42:15 104:24 199:3
  218:10 266:16
  304:19 346:2
  373:22
**felony (3)**
281:13,15,16
**felt (1)**
318:22
**ferry (2)**
252:17 335:10
**field (7)**
66:19,21 67:13
  321:11,15 333:13
  341:11
**Fifth (2)**
2:11 3:6
**fight (7)**
270:20 284:7 288:16
  289:20 315:6
  320:10 372:15
**fighting (1)**
289:25
**figure (1)**
173:5
**figured (1)**
41:18
**file (5)**
43:18,20,24 341:15
  353:3
**filed (2)**
25:3 29:4
**filing (1)**
5:4
**fill (23)**
83:24 84:5,7 89:20
  94:4 135:12,16,19
  136:5,9 138:10,13
  138:20 139:15,17
  140:16,21 152:23
  160:17 163:23
  192:7 193:24
  198:23

Contains Confidential Portions

198:23
**filled (13)**
64:8,13 84:12,14,17
84:25 136:15 139:8
139:12 141:6
191:12,18 321:12
**filling (1)**
84:13
**final (1)**
35:17
**finalization (1)**
35:10
**find (5)**
266:25 267:9 321:5
339:3 344:6
**finding (1)**
32:16
**fine (6)**
33:21 34:20 82:9
151:5 162:7 340:21
**finish (9)**
14:19,20 151:16
152:18 153:13
196:18,20 199:3
220:4
**finished (4)**
11:9 148:24 310:4
312:23
**finishes (2)**
282:13 304:20
**Fiorillo (9)**
1:4 4:13 20:20 38:25
39:14 126:14
177:16,19,23
**Fiorilo (6)**
7:19 175:9,14 176:11
176:18 177:25
**fire (2)**
70:24 71:14
**firearm (20)**
54:23 185:21,24
186:12,25 187:3,10
187:21 188:14,23
218:25 219:4,7,9,10
219:12 225:16
226:4,8 282:15
**firearms (1)**
225:7
**fired (3)**
33:2 332:14 340:6

**firm (5)**
7:16,17 32:7,7 40:24
**first (80)**
11:14,16,20 14:6
19:15,21 20:8,13
26:21 33:22 34:2
40:19 44:20 55:23
70:8 94:19 101:4,13
101:24 110:19
112:19 114:24
115:9,12 116:4,11
118:4 121:19 122:6
123:8,13 126:23
135:9 139:19,23
140:20,25 141:4
161:18 193:4
209:23 213:5,6
219:24 220:13
224:5,22 226:21
268:13 272:15,20
274:10,12,24
278:24 279:4,9,18
279:22 280:24
290:19 298:6,9
300:14 304:23
310:10,16,25 311:3
311:19 312:2
322:18 323:11,20
324:17 330:19
334:6 336:12,15
343:24
**fist (5)**
283:24 289:7,15
291:19 294:24
**fit (9)**
52:19 54:3,6 55:16,16
55:17,17 113:25
114:13
**fitness (6)**
148:13 163:5,12
165:13,17,19
**five (9)**
7:17 57:11,12,13
181:19 219:24
220:13 242:23
257:9
**floor (5)**
174:5 275:11 282:11
282:18 290:24
**flows (1)**

117:24
**Floyd (3)**
66:19,21 67:12
**focus (4)**
67:19 310:10 327:18
327:20
**focused (1)**
103:22
**focusing (2)**
120:9 309:6
**fog (1)**
315:25
**follows (5)**
7:7 151:12 163:9
190:10 238:6
**foot (2)**
286:6 288:3
**force (6)**
5:13 51:6,13 52:11
53:9 99:3
**forever (1)**
354:10
**forget (4)**
185:19 257:17 258:9
332:8
**Forgive (1)**
40:20
**forgot (2)**
36:10 66:4
**form (39)**
5:7 62:7 63:13 65:5
109:22 110:6,20
119:8,14 147:17
149:3,14 160:13
165:23 194:9
199:14 200:21
201:3,24 208:7
219:11 227:12
231:3,12,17 232:4
232:18,23 234:6
238:11 239:15
242:11 243:3,12
244:10 267:12
280:4 300:3 307:3
**formal (2)**
209:6,10
**former (7)**
1:9 27:18 32:15,18
35:18,21 46:25
**forms (2)**

84:22 136:9
**forth (5)**
219:13,25 220:10,12
375:12
**Fortunately (1)**
286:12
**forward (5)**
334:20 336:20 338:3
338:8,13
**Foti (2)**
229:2,5
**found (2)**
31:2 319:8
**foundation (15)**
38:19 77:9 105:15
109:23 110:7,21
173:22 194:4
227:12 231:3,13,18
232:5,19,24
**four (12)**
56:16 90:18,19 97:8
115:10,25 135:20
135:22 138:3 158:6
181:19 182:4
**Fourteen (1)**
35:25
**frame (11)**
78:5 116:3 120:10,13
120:15 152:11
192:2 228:3 250:6
301:2 309:12
**Frank (9)**
1:4 7:19 175:3,9,14
176:11,17 177:19
177:25
**Franklin (1)**
8:24
**Fred (2)**
4:13 126:14
**free (2)**
172:16 216:12
**frequent (2)**
94:25 95:2
**frequently (2)**
94:22 182:12
**Friday (3)**
246:24 247:6,8
**Fridays (1)**
246:22
**friend (3)**

283:10 285:5 364:12
**friends (9)**
66:10 347:12 351:13
364:7 372:18,20,23
372:25 373:5
**front (15)**
99:11 111:8 137:19
192:14 203:13
207:4 211:11
216:22 223:23
271:5 294:5 304:8
305:7 321:24
356:20
**fuck (3)**
283:11,14 285:9
**fuel (6)**
168:4,18,24 171:11
171:16,19
**fuels (9)**
168:2,22 169:7,14,20
169:22 170:24
171:4,8
**full (19)**
67:24 121:5 159:21
159:23 227:20,22
228:6,9,10,13 229:5
229:16,18,25 230:3
230:4,13,15,17
**fully (2)**
15:25 18:21
**full-time (4)**
77:13 159:13 228:14
228:16
**functions (1)**
351:18
**funerals (1)**
364:19
**funny (1)**
59:14
**further (4)**
5:6,10 225:15 375:16
**F-o-t-i (1)**
229:3

---

**G**

**G (434)**
7:4,23,24 8:1,6 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1

Contains Confidential Portions

22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1,6,7,13,18
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1,21 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
137:13,14,21 138:1
138:2 139:1,7 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1,23
161:1 162:1 163:1
164:1 165:1 166:1
167:1,3 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1

185:1 186:1 187:1
188:1 189:1 190:1,9
191:1,16 192:1,11
192:16,20 193:1,5
194:1 195:1 196:1
197:1 198:1,22,23
199:1 200:1 201:1,5
202:1 203:1,15,19
204:1,8 205:1 206:1
206:24 207:1,6,10
208:1,3 209:1 210:1
211:1,8,8,13 212:1
213:1 214:1 215:1
216:1,17,24 217:1,4
218:1 219:1 220:1
221:1 222:1 223:1,8
223:25 224:1,6
225:1 226:1,2 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1,25 271:1,7
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1,21

322:1,2,6 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
341:10 342:1 343:1
344:1,18 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1,17,22
357:1,2 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1,2,9
368:1 369:1 370:1
371:1 372:1 373:1
374:1 376:18,19,22
376:24 377:4,6,9,9
377:11,14,16,18,21

**gain (1)**
37:18
**Gary (18)**
1:19 2:9 4:5 6:4,23
11:7 141:5,6 211:17
356:18 357:8,12
374:10 375:11
376:5 377:21 378:5
378:19
**gas (1)**
64:5
**geez (14)**
13:10,15 25:22 37:12
38:8 47:2 54:21
58:14 85:9 88:4
134:11 198:9
257:13,17
**Gelberg (1)**
166:2
**general (4)**
19:24 97:5 103:13
204:12
**generalities (1)**
25:24
**generally (15)**
26:15 28:12,13 46:22
76:8 93:24 96:5,9
96:12 182:19 234:2

234:3,8,21 247:8
**gentleman (1)**
282:9
**geographical (1)**
87:16
**George (51)**
1:11 3:11 6:16 25:6
26:11,18,25 27:7
30:6,21,24 31:16
32:2 40:25 80:20
81:2 82:17 83:3
90:13 92:23,24
95:12 103:4,9,15,19
104:12,16 105:6,12
116:23 131:8 142:8
143:20 145:5,14
162:23 174:14,19
191:19 205:6
222:12 232:13
244:21,24 332:9
335:19,25 346:7
347:13 350:12
**getting (23)**
14:16 21:17 156:12
198:25 214:21,23
240:4,8,13 242:15
253:22 290:25
307:7 311:7,8
318:22,24 324:18
324:19 326:11
341:13 342:6
359:10
**Gianelli (3)**
4:4 6:21 35:15
**Gilbert (1)**
205:16
**Gilly (4)**
2:11 3:4 6:12 7:17
**Girdon (7)**
169:25 170:11,19,20
170:24 171:4,10
**give (24)**
14:10 17:9 25:23,24
93:14 95:3 136:17
145:14 151:5,10
172:16 173:5 192:2
250:2 254:18
283:14 285:9 301:2
309:4 329:9 334:17
354:23 367:16,19

**given (7)**
122:16 134:17 141:10
149:23 150:5
154:25 375:14
**giving (6)**
145:19 162:13 359:15
362:6 366:13,25
**glad (1)**
12:4
**glasses (1)**
146:15
**Glock (2)**
219:14,19
**go (84)**
14:7 24:10,14,18
25:15 26:2,8,24
27:5 37:24 38:5
43:10,15 45:20,21
48:10 67:10 68:23
69:7 70:5 74:2
94:13 101:16 132:3
133:11,12,25
134:20 152:19
156:23 159:16
160:23 170:2,3,4
178:4 187:17
218:12 227:25
236:4,12 237:14
239:2 245:23 246:9
247:12 251:23
254:3 257:12,14
258:14,16,18 262:4
262:7 263:23
264:19 268:10
269:4,18,24 302:4
302:12 303:4,11,11
306:6 307:19 312:9
318:15,21 319:9
324:21 327:15
335:4,21 340:15,20
341:13 352:20
359:18 364:18
368:20 369:14
**God (1)**
74:15
**goes (2)**
324:13 336:21
**going (80)**
6:7 11:2,8 14:12 15:9
18:12 40:18 67:4

Contains Confidential Portions

75:15 78:6 82:4
96:20 99:22 104:6
128:20,22 129:4
150:22 154:7,20
180:2 187:17,19
189:4 196:5,7
214:14 226:4
234:11,25 236:8,16
236:19 237:18
238:11,21 247:11
250:8 253:6,11
256:17,22,25 257:4
264:25 265:2,10
290:12,12 291:9
292:15,18 293:20
293:24 294:10,17
298:5 301:5 303:10
307:24 312:10
314:25 319:5,10,15
320:20 321:7
324:17 331:12
333:7 335:2 338:25
339:3 340:24
347:16 350:16
352:23 362:2
373:17 374:2
**good (35)**
7:13,14 11:25 12:4
14:22 15:7 42:19
53:11,15 60:19,23
61:6,9 113:3,14
122:13 125:6,6
131:19,21 157:3,17
158:21 185:13,20
189:2 207:24
268:17,21,25
302:10 332:5 350:6
352:14 364:6
**Goodstadt (175)**
3:8 6:11,11 7:9,12,15
11:4,17 19:10 20:2
20:5,7 27:16 29:6
29:11,14,17 31:4
34:20 40:22 41:25
42:13,16,20 59:14
59:18,21 60:5,12,17
61:2,10 63:2,16
82:3,6,10,20 83:6
84:23 85:6 88:14
91:15,16 97:3 99:5

99:11,16 100:6,9,13
100:17 103:14
104:4,9 118:14
126:21 129:19
132:11,15 137:12
137:19,24 138:4
146:24 147:2,12
148:25 150:16
151:3,8,15,20
153:12,17,18,21
154:10,14,17,25
155:5,8,14,17,22
156:3,6,9,12,16,19
156:23 157:3,4
158:3,8,12,16
161:17 162:18
181:7 182:16
183:14 185:8 186:9
186:15,20,22
188:25 190:15,22
192:14,18 196:2
197:9,12 201:8
203:13,17 207:4,8
208:17,19 211:7,11
211:15 215:24
216:4,22 217:2
220:6 223:14,23
224:3 234:3 238:12
239:9 243:20,25
267:5,8 271:5,10
272:11 281:23
282:6 284:17
286:12,16 287:9,12
288:4 292:16,25
305:4 316:6 321:24
322:4 323:17
340:12,17,20 341:5
346:11 348:10
352:13 355:17
356:3,11,20,24
373:15,20 376:6
**Goodstadt's (1)**
286:10
**gosh (1)**
74:21
**gotta (6)**
126:4 132:3 147:19
147:19 168:17
276:18
**gotten (5)**

62:12 77:6 112:5
115:2 267:24
**grab (7)**
274:16 275:4 283:16
283:20 284:2,10
341:15
**grabbed (20)**
271:22,25 272:2
274:20 275:10,14
275:16 276:5 277:8
277:13 278:13
288:24 290:13,16
290:18,19,21,23
292:8 307:9
**graduate (1)**
45:6
**graduated (3)**
45:2,11 49:23
**Great (2)**
7:10 340:22
**Green (1)**
8:24
**ground (1)**
14:7
**group (3)**
112:20 118:5 159:25
**guess (33)**
35:12 38:20 56:5 73:5
88:5 101:8 104:24
123:24 129:5
141:22 193:19
196:8 206:18
241:21 253:10
266:16 267:17
274:3,9 286:14
294:5 336:19
337:11 338:7 344:8
344:9,12 346:2
350:11 351:15
353:17 363:18
367:12
**guilty (1)**
339:3
**gun (10)**
187:19 219:15 220:12
220:14,18,21 222:3
222:4,18 226:10
**guy (14)**
169:24 272:9,17
274:16 275:13,16

277:18 283:16
285:8 286:17 307:9
315:5 316:5 326:12
**guys (24)**
12:8 23:13 31:20,23
47:25 48:7,11 49:15
66:13 79:13 126:10
126:14 128:10
144:24 183:22
221:23 241:25
242:3 253:5,11,14
300:9 311:18 319:2
**guy's (1)**
316:3
**G-Bosetti (1)**
192:9

---
## H
---

**H (2)**
376:16 377:2
**Hagney (2)**
4:4 6:21
**half (11)**
240:2,10 241:11,25
257:5 267:23
331:11 332:10,15
340:5,10
**halfway (2)**
139:19 208:21
**Halloween (28)**
22:17 27:21 29:9 37:6
39:19 40:2,6 43:10
43:16 235:7,10
237:14 249:17
250:4 251:2,7,23
254:8 260:21 261:5
323:4 344:4 350:25
351:4,8 365:8
367:15 373:12
**hallway (2)**
272:22,23
**hand (5)**
8:17 139:16 274:20
274:21 375:22
**handbook (4)**
200:25 201:2 207:2
377:7
**handed (2)**
341:14,17
**handguns (1)**

221:13
**handheld (1)**
325:25
**Handing (1)**
272:7
**handle (1)**
312:10
**hands (2)**
14:12 274:18
**handwrite (2)**
161:7 360:8
**handwriting (7)**
164:5,13,16,19
166:17 193:4
355:23
**handwritten (7)**
144:12 356:5,9,16
358:24 359:19
376:13
**handwrote (2)**
360:16 367:10
**hang (1)**
66:11
**hanging (1)**
278:18
**Hani (9)**
65:23,25 69:9,10
70:20 71:18 86:10
86:23 87:17
**Hannah (1)**
162:24
**happen (10)**
173:16 180:6 233:8
247:15 267:16
271:17 290:9
291:20 292:11
308:16
**happened (36)**
70:13 72:25 152:13
220:18 273:2
276:18,24 282:8
291:8 296:3 299:10
302:6 306:10 307:5
307:17,19 310:18
310:25 311:3
314:24 315:24
320:10 324:9 326:9
329:19 330:23
331:9,14,19 336:18
336:19 343:10

Contains Confidential Portions

354:12 363:17
365:22 368:9
**happening (1)**
289:6
**happens (2)**
270:20 285:8
**happy (4)**
15:5,15 151:10 319:5
**hard (4)**
17:14 207:17,19,22
**Hardman (10)**
46:12,15 47:6,20
92:12,14 133:4,23
144:15,18
**Harry (2)**
28:10,16
**Hauppauge (2)**
4:7 6:22
**head (7)**
14:11 142:9 286:5,6,7
286:11 287:18
**headache (2)**
287:19 288:11
**health (1)**
53:15
**hear (20)**
14:23 15:3 125:18
126:23 127:4 128:8
129:14,21 130:12
130:25 131:8 137:5
206:8,12 249:12
300:8,14 313:6
343:8,24
**heard (22)**
15:9 26:21,22 88:11
126:13 127:6,18
131:10 137:9
200:16 206:16,21
272:16,20 274:11
274:12 279:5
290:10,11 316:16
332:13 339:22
**hearing (2)**
130:3 349:13
**held (3)**
2:10 284:6 334:14
**hell (4)**
331:9 338:23 339:12
340:2
**hello (1)**

257:21
**help (4)**
280:12,15 338:22
350:18
**helped (1)**
304:11
**Hen (1)**
163:10
**hereinbefore (1)**
375:12
**hereunto (1)**
375:21
**Hesse (101)**
1:12 3:11 6:16,19
25:6 26:11,18,25
27:7 30:6,21,25
31:16 32:2 40:25
41:24 42:4 80:20
81:2,24 82:2,2,3,7
82:11,12,15,17 83:3
90:5,13 92:23,24
93:19,25 94:5,6,10
94:25 95:2,13 96:11
98:19 103:4,9,15,19
104:12,16 105:6,12
116:24 131:8
133:25 134:14,25
136:19,22 137:3
142:8 143:20 145:5
145:14 146:23
162:24 164:11,17
164:25 165:18
166:18 174:14
191:20 200:4
201:13 203:7 205:6
205:15 228:18
232:13 242:6
244:21,24 324:2
330:21 331:18
333:3 334:25 336:7
337:9,13 340:10
341:21,25 342:5,16
343:4 346:7 349:7
349:11 361:10,23
**Hesse's (4)**
80:23 164:19 205:22
222:13
**Hey (1)**
307:6
**he'll (1)**

156:6
**higher (1)**
90:7
**hire (3)**
70:19 77:11 89:13
**hired (20)**
46:19 47:8 69:3 78:15
79:20,24 86:10,17
86:19 89:3,8 98:25
119:3 208:25 209:4
209:23 212:13
228:14,19 229:11
**History (2)**
211:9 377:9
**hit (33)**
66:18 286:4,6,7
289:14 290:7,14
294:20,22,24 295:3
295:8,9,17,17
296:18,20,23 297:2
297:6,23 298:2,7
300:21 307:14
315:13 324:10
326:14 327:7 328:6
370:24 371:17
372:3
**hitting (1)**
289:11
**Hmm (5)**
23:22 29:22 78:23
207:21 229:6
**hold (2)**
369:19,19
**holding (8)**
202:17 283:4,6,8,9,17
295:13,14
**home (23)**
40:9 187:18 219:13
219:19,19 220:18
220:20 302:12
312:9 316:7,11,14
318:20,23 319:3
325:5,6 328:14
330:25 331:5 354:7
354:17 359:6
**honest (3)**
24:5 107:20 170:22
**honestly (2)**
54:21 112:21
**hope (3)**

16:15,22 18:24
**hospital (1)**
67:6
**hosting (1)**
258:8
**hour (11)**
213:14,22 214:8,9
240:2,11 241:11,25
253:10 257:5
267:23
**hourly (3)**
209:25 210:2,4
**hours (14)**
85:10 180:17 181:19
181:19 182:4
210:10 242:12,14
242:18 263:6,10
301:7,8,8
**house (42)**
106:18,19 176:25
177:3,5 254:7,19
255:15,19 256:9,12
256:17,22,25 257:3
257:7,12,14 258:2
265:5 306:7 307:20
314:6,10,16,22
315:16,18 316:3
317:6,9,15,20 318:2
321:16 322:17
331:12 332:11
353:17,18 368:21
369:14
**Houser's (25)**
250:24,24,25 257:15
262:8,10,16,22,25
263:4,7,23 264:4
265:17,20 267:25
268:4,11 269:25
270:6 271:2,14
363:17 369:6
377:17
**hung (3)**
327:25 328:2 333:5
**hurt (3)**
95:16 287:20,22
**husband (3)**
260:19 276:10 349:15

_____ **I** _____

**Ian (11)**

260:25 261:3 299:17
299:21,22 349:3
365:11,14 366:25
373:6,13
**id (2)**
302:13,13
**idea (7)**
71:15 112:7 167:14
272:6 306:2,4 340:8
**identification (12)**
7:25 99:9 137:17
192:12 201:7 207:3
211:10 216:20
223:12 271:3
321:22 356:19
**identified (5)**
278:12 280:19 281:9
282:19 315:8
**identify (5)**
278:9,15 279:22
280:7 298:17
**IDs (1)**
232:22
**illness (1)**
16:4
**immediate (1)**
275:7
**immediately (3)**
98:15 278:13 283:10
**impaired (6)**
194:16,21 195:11,22
196:16 197:8
**impeding (1)**
339:21
**important (16)**
14:10,19,20 52:20
53:8,10,16 54:5
55:6,10,13 113:4,15
114:3,15 320:8
**impose (1)**
43:24
**inappropriate (1)**
154:19
**incapable (1)**
359:14
**incident (32)**
22:16 29:10 37:6
39:20 40:2,6 43:11
43:23,25 205:16
235:8,10 237:4,14

Contains Confidential Portions

249:17 250:14,22
286:21 322:12,20
322:24 336:13
344:4 350:25 351:4
358:8 367:15
368:23 370:8,11,15
373:13
**include (3)**
196:24 231:9 373:23
**Including (1)**
183:15
**Incorporated (9)**
1:7 3:17 6:5 137:15
138:8 206:25
226:24 376:22
377:7
**Index (1)**
1:6
**indicating (6)**
272:3 276:19,22,24
294:9 295:18
**indicted (1)**
205:15
**individually (4)**
1:8,10,12,14
**inferring (1)**
186:21
**influence (2)**
194:8,21
**information (6)**
136:6,8 151:9 161:24
162:14 376:9
**informed (4)**
20:16,19 52:10
160:20
**informing (1)**
105:11
**ingestion (1)**
16:13
**initial (1)**
211:18
**initiated (1)**
146:7
**injured (6)**
57:20,22,24 65:16
67:5,8
**injuries (1)**
287:18
**injury (1)**
287:16

**inquire (1)**
272:10
**inside (2)**
304:15 305:11
**instance (4)**
97:23 98:3 182:3
184:2
**instances (1)**
18:14
**instruct (2)**
150:18 241:18
**instruction (1)**
204:22
**instrument (1)**
343:10
**interchangeably (1)**
197:10
**interested (3)**
70:10 83:10 375:19
**Internal (4)**
22:23 24:22 65:8
352:10
**interrupt (1)**
340:19
**interview (16)**
70:7 72:4,8,15,19,25
74:2,7,10 75:12
79:3 80:8 82:21,25
338:20 339:2
**interviewed (4)**
74:4 80:3 82:18
342:20
**interviewing (1)**
79:16
**interviews (2)**
80:12,15
**intoxicated (1)**
197:5
**investigate (2)**
24:23 142:15
**investigated (2)**
22:23 65:7
**investigation (32)**
21:21 22:13,21,24
23:3,19 24:11,15,20
24:23 51:8 137:6
141:12,18,24 142:5
145:6 146:6 332:3
333:7,9 339:2,21

347:8,14,17 350:16
350:18,19 352:18
353:5,8
**investigations (2)**
143:22 350:6
**investigators (1)**
350:22
**invitation (1)**
157:19
**invite (2)**
153:8 157:25
**invited (23)**
30:15 150:4,7,11
152:3,8,9,12,15,20
153:19,24 154:4
157:6,9,13,17,18
158:20 160:18,21
257:23,24
**inviting (3)**
153:2,10,23
**involved (8)**
22:17,20 38:4 60:21
61:3 135:18 320:10
347:7
**involving (1)**
60:22
**in-depth (2)**
136:10,11
**island (32)**
70:25 178:4 188:22
220:14 251:22
252:2,10,23 253:2
254:4,12,14,15
263:7 317:22 318:2
318:6,16 319:19,22
319:25 320:6
323:23 324:4 325:6
333:22 334:21
335:2,4,20 340:5,11
**Islip (1)**
71:14
**issue (7)**
230:24 231:10,15,24
232:7,10 327:19
**issued (17)**
120:21 218:25 219:4
219:7,9,18 220:8,24
221:24 225:10,11
225:22 226:8,24
227:9,10 230:21

**issues (3)**
10:16 14:9 223:19
**issuing (2)**
231:4,22

————————————————
**J**
————————————————
**Jackie (1)**
269:7
**Jaeger (25)**
260:13,15,16,20
276:2,7,9 277:9,11
278:2,7 307:6 308:4
308:9,10 315:20
326:11 349:9,13
362:12,16,19,22
370:17 371:2
**Jaeger's (3)**
362:7,9 366:21
**January (12)**
9:9 44:22 45:3,10,12
45:19,24 49:22
67:21 121:10,11
205:18
**Jean (1)**
309:24
**Jeanne (32)**
260:13,15,16,20
271:23,25 272:2
273:11 274:16
275:13,14 276:2,4
277:9,11 278:2,7
288:19 307:6 308:4
308:9,10 311:8
315:5 326:11
348:23,23 362:7,9
362:16 366:21
370:17
**Jeanne's (1)**
349:14
**job (27)**
1:25 52:2,6 53:11
54:11 57:22 68:14
74:6 79:8,14 81:21
83:4,7 84:19,19
89:16 111:7 124:12
147:19 157:17
158:21 193:21
336:21,22 337:2
342:7,11
**jobs (2)**

61:13 242:3
**Joe (12)**
24:3 27:10,17,18,19
27:23 47:13 49:6
343:8,14 344:3
370:10
**Joey (3)**
47:3,6,17
**John (3)**
35:14 229:20 365:24
**joint (1)**
35:20
**joke (1)**
59:17
**Joseph (4)**
1:4,8 3:18 7:19
**journals (1)**
212:24
**Jr (3)**
1:8 27:11,20
**judge (2)**
156:24 158:17
**judgment (1)**
156:24
**juice (4)**
185:7,11,14,15
**July (3)**
45:7,24 49:24
**jumped (1)**
326:12
**jumpsuit (2)**
275:19 277:25
**June (3)**
45:7,24 49:24
**jurat (1)**
373:24
**jurisdiction (1)**
111:25
**Justice (2)**
216:19 377:12

————————————————
**K**
————————————————
**K (1)**
1:9
**Keehan's (1)**
41:5
**keep (10)**
38:13 133:23 136:14
154:22 161:15

Contains Confidential Portions

163:25 219:12,19
241:21 358:24
**Ken (2)**
6:14 32:7
**KENNETH (1)**
3:22
**Kenny (1)**
85:16
**kept (7)**
38:6 173:19 219:14
221:11,16,24 222:2
**Kevin (10)**
1:4 3:14 4:15 6:17
7:19 126:15 131:22
175:3 178:8 316:6
**key (1)**
221:25
**Khattat (13)**
65:23,25 66:6,10
69:10,18 70:10,20
86:10,17,23 88:16
88:23
**kick (2)**
286:2 287:13
**kicked (18)**
283:15 285:12,23
286:10,18 287:14
287:21 288:11,19
290:4 291:7,10
292:5,7 307:10
311:13 315:6
326:24
**kicking (2)**
291:5,11
**kicks (2)**
285:10 291:17
**kill (6)**
290:12,12 293:20,24
294:11,17
**kind (17)**
12:20 41:19 54:22
62:8 84:8,16 88:10
98:14 121:2 145:15
150:6 167:20 174:2
221:9 275:19 286:3
331:21
**kinds (2)**
84:21 136:13
**knee (1)**
285:14

**knew (11)**
60:13 61:5,7 70:20
191:24 320:16,16
320:18 321:2,4,5
**know (578)**
15:15 17:5,8,8,13,14
17:16 18:13,13
20:11,11,24 21:8
22:10,12,12,22,25
23:14 25:16,22 26:4
26:4 33:17 36:21
38:11 42:17 46:12
46:13,16,16 47:8,20
48:23 49:3,6,9
51:15 52:14,20,24
53:8,12,20 54:6,21
55:6,10,13 58:24
59:2,3,5,8 60:13
62:9,16,17,18 63:17
63:19 66:12 67:18
69:14 70:2,9,20,23
71:2,10,13,18 73:18
73:25 75:9,10 76:11
77:6,10 79:19 81:2
81:5 83:11,18 84:11
84:15,21 85:19 86:2
86:6 87:6,8,9 88:4,4
88:12 89:12 91:23
91:24 92:8,9,17,17
92:18 93:15 94:9,18
94:19,24 95:7,9
96:3 99:23 100:14
100:24 101:12,21
102:17 104:15
106:21 109:24
110:22 112:4,18,22
113:7,18 114:6
115:9 116:6,21,24
122:14 123:10,11
123:16,18,19,22,25
124:3,10,14,19
125:7,15 126:7,7,12
127:3,11,19 128:4,7
128:13 129:5 130:7
130:8,8 131:11,13
131:14,22 132:3,25
134:10,11 135:4,6
135:22,24 136:4,19
138:16 139:6,14
142:9,12,20 143:9

143:10,15,20,23
146:16,21 147:4
149:8,10,16,18
154:6,8 159:22
161:18,25 162:6,8
164:4,24 166:3,14
166:16 167:12
168:6,7 169:4,16
170:10 171:20
173:3,4,5,6,12,18
175:2,3,7,12 176:2
176:15 177:21,22
180:8 182:8 185:8
191:3 192:10 197:2
197:14,15 199:15
199:19,21 200:12
200:14,22 203:25
204:3,5,23 205:5
206:10 207:16
211:6,24 212:18
214:2,22 215:3
216:9 217:3 218:7
218:19 221:20
223:15 224:12,17
224:20 225:2,3,14
227:15,25 228:9,19
228:20 229:11,21
230:4,6,9,17 233:11
233:18,22 234:11
234:12,13,14,15
235:2 236:21,24
240:15 244:2
245:25 246:3,5,14
247:18 248:6,8,10
248:14,15 251:13
251:13 252:3,3,7,8
252:15 253:18
254:5,8,21 255:13
255:21,22,23,24,25
256:8,10 257:5,8,10
258:7 259:6,9,12,15
259:18,24 260:4,7
260:13,20,25 261:5
261:17,22,24,25
262:3,9 263:2 264:5
264:8,15 265:4
266:3,6,8,10,14,19
266:22 268:9,16,23
269:3,6,10,10
270:14 273:11,13

273:19,22,24 274:2
274:3 275:15 276:3
276:9,15,17,22
277:7,21 279:8
284:19 287:6
288:21 289:10,10
290:17,24,25 291:4
291:9,10,14 292:14
292:14 293:15
294:14,15 295:11
295:17,18,20
296:13,19,25 297:6
297:12,13,14,24
298:5,20,20 299:2
299:10,12,17,17,24
300:6 301:5 302:9
302:17 303:3,10,21
303:23 304:10,10
305:13,17,18,23,23
306:9,13 308:3,6,6
308:7,13 309:23
310:9,15,24 311:9
312:3,6 313:8,15
314:17,17,18
315:12,15,22,23,24
316:10,12,20,22,23
316:25 317:12,23
317:24 318:5 319:7
319:18 320:14,18
320:24,25 322:9,11
322:22 328:24
329:10 331:23,25
332:2,4,5,6,15,18
332:18 333:14,18
333:21 335:6,9
336:14,15 337:10
337:10,23 338:15
339:5,10,16 340:5
340:13 341:16,16
341:18 342:12,13
343:14,16,18,21
345:10 346:3,20
347:14,20,25 348:8
348:14 349:4,8
350:20 351:5,6,7,10
351:12,23 352:15
352:16,25 357:22
357:23 358:10,10
358:17 361:3,24
362:22 363:23

364:4,6 365:7,10
367:4,6,8,11,13,20
367:21,22,24 370:2
370:2,6,17,19,20,23
370:25 371:2,4,5,7
371:8,10,17,19,20
371:22 372:2,4,5,7
372:8,10,20 373:6,8
373:9,11,15
**knowledge (11)**
46:8 52:13 96:10
109:2 116:2 122:5
132:22 229:14
323:14 348:21
352:19
**known (3)**
242:3,5,5
**knows (4)**
88:12 242:17 300:2
340:14
**Koot (32)**
37:21 39:3 283:19,20
283:22 284:3
285:14 286:24
288:17,18,20,24
290:2,22 291:3,6,18
291:22 292:8,9,13
293:4,8,13 296:17
296:20 298:23
305:24 322:8 334:3
343:11 365:18

_____

**L**

**La (2)**
4:4 6:22
**labeled (5)**
6:3 97:2 190:7 292:24
374:4
**Labor (3)**
78:10,12 160:8
**lack (1)**
208:3
**lady (1)**
311:7
**Lamm (7)**
1:4 4:15 7:19 20:20
38:24 39:14 126:15
**late (1)**
260:19
**latitude (1)**

Contains Confidential Portions

155:2
**laughed (1)**
59:19
**laughing (2)**
60:10,11
**law (2)**
7:16 40:24
**lawyer (6)**
324:18,20 328:16,20
328:23,25
**lay (4)**
302:12 303:11 312:9
315:2
**laying (2)**
290:18 316:15
**leading (1)**
350:19
**learn (13)**
19:15,21 20:13,22
51:19,21 71:16
101:4,9,11,13
347:10 349:16
**learned (9)**
20:8 21:6,13 29:7,15
31:14 69:24 123:7
347:7
**learning (3)**
69:7 110:5,19
**leave (6)**
269:12 303:12 317:22
318:2 324:3 333:22
**leaving (9)**
179:24 268:13 306:5
316:21 318:16
319:19,22,25 320:6
**lecture (3)**
319:9,11,15
**led (1)**
236:3
**left (46)**
8:23 91:19 96:11
216:13 220:3,12,15
220:20 227:25
228:7,20,21,22
247:21 268:3,5
269:4,14 295:10,20
305:11,25 306:15
306:21,23 307:2
308:5 310:5 312:19
313:11,11,20,22,24

314:3 316:24
323:22 344:25
363:21 368:20
369:5,6,13,25,25
370:5
**leg (1)**
292:8
**legs (1)**
284:7
**length (1)**
369:2
**letter (9)**
41:20,22 42:3 105:10
105:17 162:23
349:14 362:12
376:11
**letterhead (2)**
223:9 377:14
**letting (1)**
43:15
**let's (10)**
36:11 49:20 74:2 82:8
132:25 182:23
268:9,10 324:21
334:20
**level (1)**
281:16
**Levine (8)**
260:25 261:3 299:22
300:5 349:10
365:14 373:6,13
**Levine's (2)**
365:11 366:25
**LICAPP (1)**
217:9
**license (4)**
54:23 120:24 121:2
218:21
**licenses (3)**
218:4,5,8
**lie (1)**
149:17
**lieutenant (1)**
90:10
**life (4)**
194:12 204:13 285:11
297:4
**lift (3)**
318:7,8,10
**liked (1)**

157:16
**line (11)**
58:3 162:16 204:16
213:5 224:10,13
273:11 291:16
292:3 368:16
376:10
**lines (2)**
50:9 368:14
**lingo (8)**
128:24 129:7,10
130:10 131:12,13
131:14 132:9
**link (3)**
60:3,6,7
**list (4)**
143:2,6,11,16
**listed (3)**
8:22 106:13 109:20
**listen (2)**
319:2 356:8
**listing (1)**
226:23
**little (10)**
93:16 96:5,14 149:15
167:9 185:14,15,16
282:3 303:25
**live (2)**
9:4 35:18
**lived (2)**
9:6,10
**living (2)**
35:13,23
**LLP (5)**
2:11 3:4,16 4:4 6:15
**Ln (1)**
378:6
**local (5)**
257:21 259:8 260:3
261:13,23
**locals (11)**
260:5,11,23 261:15
261:19 262:2,4,8,14
262:22 264:24
**local's (1)**
265:4
**located (5)**
175:25 179:4,6 221:7
262:10

**lock (8)**
211:2 214:19 221:9
221:10,24 338:23
339:13 340:2
**locked (1)**
37:21
**locker (16)**
174:2 219:15 220:9
220:12,15,24 221:4
221:5,6,9 222:3,4
222:18 223:3,4,6
**lockers (1)**
222:20
**Loeffler (14)**
1:8 3:18 24:3 27:11
27:14,14,17,18,20
27:23 343:8,14
344:3 370:10
**long (43)**
9:6 10:12 11:10 16:23
18:8 19:19 20:12
27:5 56:3,14 57:2
58:18 65:20 81:21
85:7 86:13 111:7
123:6 249:6 253:9
257:3 261:15
267:20 268:12
269:9,21 275:3
288:23 291:2
300:21 303:18,21
303:22,22 305:17
308:2,3 311:25
313:8 317:25 318:4
337:8 367:4
**longer (3)**
91:11 107:11 108:4
**Lonnie (2)**
85:13,14
**look (31)**
7:22 36:25 37:7,10
42:7 99:24 100:19
140:25 141:4
143:24 144:3,10
145:3 146:3 148:4
162:15 165:21
167:2,15 195:9
198:7 208:2,14,21
211:16 212:11
213:3,25 217:8
226:12 368:13

**looked (5)**
36:24 159:3 162:14
274:14,14
**looking (5)**
139:2 165:16 309:6
328:15 344:8
**looks (1)**
272:8
**lose (2)**
284:14,17
**loss (1)**
17:18
**lot (9)**
78:6 88:11 92:17
94:20 179:13,14
332:5 347:15 369:3
**lunch (8)**
182:11,24 183:6
184:22 189:2,6
191:5,11
**lunches (3)**
183:12 184:12,18

_____

**M**

**mad (4)**
43:19,20 44:2 319:8
**mail (1)**
157:20
**making (5)**
19:16 29:15 88:10
214:8 328:15
**March (1)**
375:22
**mark (8)**
41:25 84:23 99:5
137:12 211:7
271:19,24 356:3
**marked (44)**
7:22,25 8:6 99:9,12
99:18 137:17,20
138:2 139:7 191:15
192:12,15,20
198:22,23 201:6
203:14,19 204:8
207:2,5,10 208:3
211:9,12 216:20,23
217:4 223:12,24
224:6 226:2 271:3,6
321:22,25 322:6
341:9 344:18

Contains Confidential Portions

356:18,21 357:2 367:2
**Marks (3)**
3:10 6:18 40:24
**marriage (1)**
375:18
**married (1)**
9:15
**Mary (15)**
180:24 181:9,23 182:4 183:20 184:3 184:7,16 185:5,22 185:25 186:8,12,18 186:24
**Maryann (1)**
199:16
**masters (1)**
73:24
**Matt (7)**
255:25 256:3 264:13 316:2 317:17 318:7 318:8
**matter (11)**
6:4 8:4 19:16 25:3,7 41:2 110:24 127:21 127:22 328:17 375:20
**mattered (1)**
127:25
**mayor (6)**
1:8,9 24:7 27:14,15 27:20
**mean (73)**
11:16 21:18,22 22:15 26:7 29:3,24 33:20 37:4 62:8 63:4,15 64:7 65:14 71:21 87:14 90:24 91:22 93:22 99:22 104:20 110:22 112:12 128:13,16,19 129:2 129:17 130:2 131:20 134:7,8 136:11 147:2,9 153:24 154:6,7 157:13,24 165:5 166:21 173:24 178:4 184:4 190:18 196:7 207:19,22 210:8,16 215:6

218:14 227:23 231:24 232:2 238:23 241:23 243:4,6,7 246:16 255:18 268:20 276:17 279:4 285:8 288:2,21 298:11 318:24 331:18 365:4
**meaning (7)**
54:12 68:11 95:25 126:14 146:19 199:9 333:12
**means (13)**
14:19 63:18,20 131:12 146:19,22 162:9 164:24 166:19 223:16 243:18 264:6 276:22
**meant (9)**
124:25 125:3 151:23 151:24 153:9 191:3 240:17 259:21 323:17
**medical (36)**
48:8,17 50:9,18 51:4 53:13 55:5 65:13,18 66:14,17 67:3,7 101:17 103:21 104:23 105:22 106:3 112:12,13,14 112:23 117:14 118:2 134:19,20,23 135:2 148:11 165:23 166:6,12,22 166:24 268:24 288:13
**medically (1)**
55:16
**medications (2)**
15:24 17:22
**meet (10)**
72:14 80:2,7,7,16,20 253:5 265:16 350:21,24
**meeting (29)**
24:11 70:18 71:17,25 72:15,20,21 73:2,7 73:10,13,15,20 80:8

81:23,25 82:2,11 85:23 202:17,21 212:16,20 236:25 349:6,11,17 361:9 361:18
**member (1)**
181:9
**members (1)**
46:7
**memo (1)**
42:9
**Memorial (2)**
78:10,12
**memory (8)**
17:4,7,18 18:18 207:24 366:5,6 367:12
**mention (3)**
10:19 66:4 190:19
**mentioned (1)**
163:15
**merits (9)**
26:23 27:2,7,10 28:15 32:20 33:5,7 34:5
**Mermaid (3)**
181:14,16 186:24
**met (3)**
85:12 90:12 351:8
**Michael (9)**
4:8 6:20 19:11 32:10 58:22 59:9 60:21,22 316:4
**microphone (1)**
104:8
**middle (3)**
153:14 211:18 295:15
**midnight (5)**
97:9 246:23,24,25 247:8
**midnights (1)**
92:18
**Mike (8)**
19:7,8 230:9,11 254:6 254:8 255:9 316:5
**Mike's (11)**
255:15,19 256:9,12 256:17,21,25 257:12,14 306:7 315:17
**Mill (1)**

3:12
**Miller (16)**
10:20 12:8 253:4,21 259:3 261:25 266:3 266:6 270:16 314:4 333:22 349:10 363:13,17 364:2 372:5
**Miller's (2)**
363:10 366:24
**Mills (2)**
230:9,11
**mind (4)**
165:3 243:24 277:23 324:18
**Minerva (1)**
199:16
**minute (3)**
292:17 303:23 304:3
**minutes (9)**
249:8,10 301:7,9,10 337:12 368:17,19 369:13
**Miranda (1)**
285:2
**mischaracterizing (1)**
369:22
**misdemeanor (1)**
281:13
**Mitch (3)**
260:7,9 264:16
**moan (1)**
301:3
**Moeller (1)**
92:6
**moment (1)**
147:22
**Monday (7)**
1:21 323:8,24,24 330:11,17,18
**monitoring (1)**
199:7
**month (2)**
116:8 323:15
**months (11)**
18:9,9 29:25 56:5,10 68:20 116:8,9,13 209:7,11
**mood (3)**

265:12 268:19,22
**morning (49)**
4:15 7:13,14 97:12,13 181:22 247:11 267:18 274:7 298:11,12 300:15 317:18,19 323:24 324:8,24 326:21 330:11,18 334:21 335:5,6,7 336:8,13 336:14 337:9 341:7 342:2 343:2 345:20 345:21 347:19,23 347:24 348:5,6,11 348:12,22 349:12 349:17,21 350:10 361:9,19 363:16,18
**mother (1)**
364:21
**motor (1)**
218:5
**mounted (2)**
222:6,10
**mouthpiece (1)**
325:25
**move (1)**
339:20
**moved (2)**
229:17 230:17
**movie (3)**
260:18 362:24,25
**moving (1)**
57:25
**multiple (4)**
137:21 192:16 203:15 207:6
**multiplication (1)**
196:4
**mutt (6)**
131:11,12,16,23 132:9,17
**mutually (1)**
373:18

_____
N
_____
**N (8)**
3:2 4:2 190:2,2,2 376:2,16 377:2
**Nah (1)**
21:24 191:2 221:22

Contains Confidential Portions

296:10
**name (17)**
7:15 8:23 12:11 36:2
142:17,19 143:2
161:4,5 200:9,16
211:17 254:6 255:4
286:19 308:10
378:3
**named (1)**
32:9
**names (4)**
47:2,3 257:20 258:9
**Nassau (2)**
121:4 228:2
**Natalie (6)**
1:9 3:18 24:7 28:2,7
370:7
**necessarily (1)**
132:9
**necessary (6)**
99:25 100:4,6,11,18
109:20
**neck (4)**
278:19 283:20 284:3
284:10
**need (9)**
15:14 27:4 54:22
63:10 77:19 125:7
187:9 288:9,13
**needed (19)**
38:19 91:3 101:5
106:3 108:16,22
121:17 135:5
141:20 152:22
165:14 191:20
199:11 201:10,23
202:22,25 203:9
320:14
**Needs (1)**
204:16
**never (33)**
26:18 31:5 36:5 48:17
59:12 61:2,4,15,17
103:8 108:20 109:2
121:13 122:5
131:10 137:9
155:23 165:3
183:11 194:11
200:16 217:6
220:11,14 237:23

243:24 250:19,21
286:10,14 289:11
339:22,22
**new (53)**
1:2,20,20 2:11,12,15
3:7,7,13,21 4:7 6:23
8:24 44:25 46:18,22
46:25 47:7 50:6,13
55:3 56:25 57:6
59:11 61:11,23 62:6
64:22 65:4,12 68:7
76:16 89:7 109:5,8
109:18 110:2,15
122:2 157:16 195:7
197:5,20 216:18
217:23,25 329:14
329:15,18 330:16
375:4,9 377:11
**newspaper (2)**
197:13,18
**nice (5)**
112:8 131:22 132:17
365:4,6
**night (80)**
37:9 39:22 97:13 98:4
232:2 241:3 243:13
243:14 246:15,17
247:5,5,6,9 250:4,6
250:7,13 254:7
256:22 258:22,25
259:4 263:18
264:14,17,20,25
265:10,12,17,20
266:4,7,20 267:2,3
267:4,6,10,14
268:17 270:17
282:16 286:21
298:10 299:19
300:8,15 306:14
313:3 316:3 317:5
317:14,16,18
320:11,25 321:13
322:11 323:5
333:12,16,20 339:7
342:17 343:15,19
343:22 344:7 345:2
365:22 370:18
371:3,9,12,21 372:6
372:15 373:7
**nights (1)**

246:8
**nine (2)**
57:4 58:5
**nods (1)**
14:11
**Nofi (3)**
1:4 7:20 20:21
**Nom (1)**
301:23
**nonresponsive (1)**
158:13
**non-party (1)**
6:23
**noon (1)**
181:25
**normal (2)**
12:25 84:18
**notary (6)**
2:14 7:5 144:11,12
375:8 378:24
**note (4)**
9:13 23:4 125:5
161:12
**noted (2)**
190:3 374:6
**notes (5)**
28:20 82:24 361:25
362:3 366:3
**notice (2)**
117:4 215:8
**November (22)**
323:17,18 341:8
357:25 358:17
359:15 360:22
361:11 362:7,17
363:5,8,11,14 364:9
365:12,15 366:3,13
367:7,10,23
**Novikoff (436)**
3:22 6:14,14 7:8 9:13
9:21 10:25 11:15
16:16 17:12 18:23
19:18,22 20:3 23:4
25:14 27:13 29:3,8
31:2 36:9 38:2,14
38:18 40:17 42:5,19
42:23 44:8,17 50:7
50:16 52:16,23 53:2
53:5,14,18,22 54:2
54:8,13 55:9,19

57:12 59:16,19,23
60:9,15,19 61:25
62:7,15,24 63:5,9
63:12 64:24 65:5
68:5,13,16,25 72:9
73:3,21 74:19 75:3
76:19,24 77:4,8
78:18 80:5 81:15,20
81:25 82:4,9,19
83:5 85:4 87:4
88:13,18,24 89:10
89:22 91:9 93:20
94:8 95:24 96:2
98:5,13,21 100:4,15
101:7 102:11
103:10,12,24
104:13,18 105:7,14
105:19 106:5,12
107:7,19,25 108:6
108:18,25 109:7,12
109:22 110:6,12,20
111:14,21 112:2,6
112:25 113:6,10,13
113:16,21,24 114:5
114:8,12,16,23
115:7 117:18 118:7
118:12,17,25 119:8
119:14,21,23 120:7
121:21 123:15,18
123:21 124:6,11,23
125:2,5,21 126:19
127:12,15,24 128:3
128:6 129:8,17
130:15,21 132:2,8
132:13,16,21 136:2
136:24 138:3,14
141:19 142:13
143:8 144:23
145:17,21 146:12
146:22,25 147:6,8
147:17 148:23
149:2,14 150:2,14
150:17 151:6,22
152:4,16 153:4,11
153:15,20,22
154:13,16,24 155:3
155:7,10,16,20,25
156:5,8,10,14,18,21
157:2,11,14,21
158:2,5,10,14,25

159:12,20 160:10
160:13 161:12
162:16,19 163:6,13
163:19 164:15,20
165:2,10 166:9
169:11 173:17,21
174:10,17 176:8,13
180:15,20 181:2,8
181:25 182:15
183:13 185:6,14,16
185:18 186:6 188:8
188:15 191:6,22
192:4,23 193:13,17
194:3,9,17,19
195:24 196:3 197:7
197:11,15 198:4
199:8,14 200:21
201:3,24 205:4,10
205:24 206:6,14
208:7,15 210:22
215:22,25 217:18
218:17 219:11
220:4 223:21
224:15 225:5,19
226:9 227:7,11
231:2,12,17 232:4
232:18,23 233:17
233:21,25 234:5
235:18 237:16
238:4,9,21 239:8,10
239:15,24 241:4
242:7,11,16,22
243:3,12,18,23
244:10 246:10,12
248:13,17 252:24
254:20 255:11
256:13 259:9 266:2
267:3,7,12 272:5,8
275:6 277:5 278:11
279:2,6,10,20 280:4
280:13,25 281:10
281:14,17,20 282:2
282:12 284:4,16,25
285:21 286:9,14
287:5,7,11 288:2,6
289:22 291:23
293:10,14 294:18
298:8,11,19,25
299:5,25 304:5
305:2,12,22 307:3

TSG Reporting - Worldwide  (877) 702-9580

Contains Confidential Portions

309:3,17 310:14,19
310:21 311:6,14,20
312:20 313:4,12,17
318:19 320:12
323:15 324:19
329:5 332:17 337:4
338:14 340:7,9,13
343:12,20 346:10
348:7 351:14
352:12,22 355:16
356:7,13 359:12
361:15 364:13
369:8,19 372:16,19
373:19
**Novikoff's (1)**
32:7
**number (20)**
42:18 161:10,13
167:9 202:18 203:8
208:17 211:20
212:2,5,7 224:6
244:4,8,13 322:3
338:8,12 356:23
357:16
**numbers (3)**
137:22 203:16 207:7
**NYPD (4)**
68:17,23 74:24 121:8

_____

**O**

**O (7)**
7:4 190:2,2,2,9
376:16 377:2
**oath (10)**
5:13 12:14,23 13:5,7
13:14 45:12,18
147:3 198:14
**object (12)**
11:8 63:9 82:4 114:23
118:17 149:2
151:20 153:11
158:25 201:24
238:11,21
**objecting (2)**
80:6 153:13
**objection (304)**
9:13,21 10:25 11:15
17:12 18:23 19:18
20:4 23:4 25:14
36:9 38:2,14,18

42:23 44:8,17 50:7
50:16 52:16,23 53:2
53:5,14,18,22 54:2
54:8,13 55:9,19
61:25 62:7,15,24
63:13 64:24 65:5
68:5,13,16,25 72:9
73:3,21 74:19 75:3
76:19,24 77:4,8
78:18 80:5 81:4,15
81:20 87:4 88:18,24
89:10,22 93:20 94:8
95:24 98:5,13,21
101:7 102:11
103:10 104:13,18
105:7,14,19 106:5
106:12 107:7,19,25
108:6,18,25 109:7
109:13,22 110:6,20
111:14,21 112:2,6
112:25 113:6,10,13
113:16,21,24 114:5
114:8,12,16 115:7
117:18 118:7,12,25
119:8,14,21,23
120:7 121:21
123:15,21 124:6,11
124:23 125:2,5,21
127:12,15,24 128:3
128:6 129:8 130:15
130:21 132:2,21
136:2,24 138:14
141:19 142:13
143:8 144:23
145:21 146:12,25
147:6,17 149:14
150:2 151:19 152:4
154:18 157:11,14
157:21 158:2,4
159:12,20 160:10
160:14 163:7,13,19
164:15,20 165:2,10
166:9 169:11
173:17,21 174:10
176:9,13 180:15
181:2 186:2,6
188:15 191:22
192:4,23 193:13,17
194:3,9,17,19 197:7
198:4 199:8,14

200:21 201:3 205:4
205:10,24 206:6,14
208:7 210:22
217:18 218:17
219:11 223:21
224:15 225:5,19
226:9 227:7,11
231:2,12,17 232:4
232:18,23 233:17
233:21 234:5
235:18 237:16
238:4 239:15,24
241:4 242:7,11,16
242:22 243:3,12
244:10 246:10,12
248:13,17 252:24
254:20 255:11
256:13 266:2
267:12 275:6 277:5
278:11 279:2,6,10
279:20 280:4,25
281:10,14,17,20
282:5,12 284:25
285:21 287:5,11
289:22 291:23
293:10,14 294:18
298:8,25 299:5,25
300:3 304:5 305:12
305:22 307:3 309:3
309:17 310:14,19
310:21 311:6,14,20
312:20 313:4,12,17
318:19 320:12
332:17 337:4
338:14 340:7
343:12,20 348:7
351:14 352:22
359:12 364:13
369:8,21,23 372:16
372:19
**objections (4)**
5:7 114:21 154:19
369:3
**observe (1)**
236:7
**obtain (1)**
54:22
**obtained (2)**
38:9 54:24
**obtaining (2)**

37:24 38:6
**obviously (3)**
154:7 356:8,8
**occasion (2)**
43:17 64:19
**occasionally (5)**
66:8 92:13 95:17,20
95:23
**occasions (1)**
43:5
**occurrences (1)**
194:25
**Ocean (167)**
1:7,10 3:18,19 6:6
9:24 19:17 20:14
29:16 32:15 38:17
41:5,7,10 42:22
46:9,13,20 47:9
60:3 66:5 68:20,23
69:3 70:2,9 74:13
75:7 77:18,25 78:17
80:4 84:2 85:7 87:7
87:11 88:8,17,21
90:2,8,22 98:25
101:6 102:10 103:3
107:17 112:24
113:20 115:6
116:25 117:11
118:6 119:3,4,11
120:6,11,16 132:24
134:9 135:7 137:5
137:15 138:8
140:23 141:11,17
141:23 142:4
144:19 145:5,24,25
147:23 165:15
166:12 168:5,9,19
168:22 172:20
175:15 176:11
177:3 178:6 180:25
181:6 184:23 187:5
187:12,20,25 188:6
188:8,9,10,12,19
193:22 194:2 195:4
196:12 199:6 200:6
200:19 201:9 203:5
206:25 209:23
212:8 215:23 216:2
218:24 219:3,9,16
219:21 220:8,21,23

223:10,20 226:25
227:18 228:17
229:24 230:12,25
231:5,16 232:17
233:5,16,20,24
235:17 237:19,21
237:24 242:25
243:8,10 244:19,25
246:11 260:10
261:4,8 287:25
288:14 323:21
330:10,19 334:23
343:15,18,25 344:7
351:23 352:10
364:16 370:14
376:22 377:7,15
378:3
**October (8)**
235:15 360:21 361:10
362:17,23 363:8,14
365:15
**offer (12)**
74:6 79:13 145:9,15
145:20 148:6,10,19
148:22 149:12,23
334:11
**offered (7)**
76:23 77:2 78:16 79:8
80:4 83:4 89:16
**offering (1)**
83:7
**offhand (2)**
215:14 233:9
**office (9)**
24:14 41:5 57:20 58:6
66:25 67:15,16
87:25 199:22
**officer (146)**
5:12 12:24 13:13,23
38:3 44:19,21,24
45:13,18 47:2 49:21
50:3,14 52:21 53:7
53:17 54:4,7,12,15
55:3,7,18 59:25
64:15 66:3 68:4
74:13 76:11 77:12
77:13,18 78:17
81:18 83:20 86:21
87:7,11,17,23 88:19
89:2,4,8,25 90:8

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 98:9,9,18 99:8,14 | 313:16 319:25 | 196:4,21 198:9 | 285:4 | 141:25 143:24 |
| 100:25 101:6 102:9 | 320:5 321:12 | 220:17,23 224:25 | **Orders (1)** | 160:23 162:12 |
| 103:3 106:2 108:5 | 334:23 338:19 | 226:21 234:5 | 56:21 | 163:18 164:8 |
| 108:24 109:3 110:8 | 339:19 342:17 | 239:10 247:7 | **ordinary (1)** | 165:21 167:2,13 |
| 111:25 112:23 | 360:23 369:6 | 249:20 250:9 | 13:12 | 192:16 193:5 195:9 |
| 113:9,20 114:2,14 | **Officer's (1)** | 251:22 259:9 | **original (1)** | 198:7 203:15 207:6 |
| 115:6 118:6 119:3 | 204:12 | 262:19 268:4,7 | 338:18 | 208:2,5,14,22 224:5 |
| 119:11,12 120:11 | **offices (1)** | 271:16 273:4 | **Originally (2)** | 224:22 225:25 |
| 120:16 124:15 | 2:10 | 282:14 288:6 | 8:13,14 | 226:13 373:23 |
| 129:16,22,23,24 | **official (4)** | 292:11 303:24 | **outcome (1)** | 376:4,10,17 377:3 |
| 130:4,5 132:5 143:3 | 1:9,10,12,15 | 304:21 305:2 | 375:19 | **pages (1)** |
| 143:6,12,13,16 | **off-duty (4)** | 309:15,19 310:8 | **outside (14)** | 161:15 |
| 144:19 145:4 148:3 | 234:2,20 239:2,8 | 315:21 324:21 | 13:11,22,23 68:14 | **paid (20)** |
| 149:7,8,18,25 152:3 | **off-season (3)** | 326:19 327:18,21 | 91:4 121:25 187:20 | 22:8,11 119:12 |
| 152:12 153:6 | 249:21,22,23 | 340:12,22 348:20 | 206:12,17 304:12 | 120:16 198:3 |
| 155:18 157:12 | **Oh (48)** | 356:13 373:20 | 304:14,16 305:20 | 209:22,25 210:6 |
| 158:24 162:24 | 22:12 34:17 35:9 | **old (2)** | 364:15 | 213:11,14,18,21 |
| 193:18,20,21 194:2 | 57:19 65:21 66:2 | 35:24 110:4 | **overtime (3)** | 239:22 240:5,8,13 |
| 195:7 196:11 | 70:12 74:15 92:11 | **once (14)** | 210:6,7,9 | 242:10,12,15,18 |
| 197:21 203:5 | 93:8 128:15 133:4 | 43:6 49:14 152:13 | **owned (2)** | **paper (1)** |
| 205:19 213:9,11,21 | 134:16 138:4 149:2 | 169:4,8 194:14,22 | 254:6,11 | 84:7 |
| 227:18 228:14 | 155:25 156:18,19 | 235:2 254:17 | **owns (2)** | **papers (1)** |
| 229:2,5,24 230:12 | 158:10,14 164:11 | 287:14 291:7,10 | 260:18 261:12 | 156:25 |
| 277:23 278:10,13 | 169:16 172:24 | 295:6 319:7 | **O'Brien (2)** | **paperwork (20)** |
| 278:16,17,24 279:4 | 177:4 181:19 | **ones (5)** | 3:10 6:18 | 83:25 84:12,13,16,18 |
| 279:9,23 280:3,8,9 | 184:20 186:20 | 21:16,23 22:4 38:6 | **o'clock (1)** | 89:21 135:13,16,18 |
| 280:20,24 281:9 | 195:2 199:5 215:14 | 85:22 | 267:18 | 135:19 136:15,17 |
| 282:19 298:18 | 220:13 230:10 | **one-on-one (1)** | **O'Hare (4)** | 136:21 138:19 |
| 305:20 315:9 330:9 | 236:21 237:3 | 237:2 | 259:12,15,19,20 | 139:6 140:20,21 |
| 330:19 352:2,7,21 | 245:13 252:3,14 | **one-page (3)** | **O'Neill (3)** | 150:6 160:17 |
| 357:11 359:9 | 273:19 277:21 | 211:13 271:7 356:22 | 3:10 6:18 40:24 | 198:24 |
| 376:20 | 288:6 296:13 316:5 | **on-duty (22)** | **O'Rourke (12)** | **Paradiso (99)** |
| **officers (65)** | 316:22 317:23 | 300:22 301:11,21,24 | 259:21,22,24 260:2 | 23:21 43:4,16,20 |
| 21:19 23:18 46:18 | 324:5,13 336:6 | 302:15,19 303:15 | 276:16 338:21 | 44:10,14 70:14 |
| 47:8 65:16 67:6,9 | 354:8 | 303:19 304:3,12,18 | 339:11,18,25 | 72:11 73:14 74:3 |
| 70:19 73:20 79:20 | **okay (83)** | 308:17,22 309:11 | 364:11 371:20,23 | 75:5,12 77:2 79:13 |
| 80:3,7,9,13,16,18 | 9:3 10:5 14:6,21,25 | 310:12 312:4,16 | **O'Rourke's (2)** | 80:14 82:18 83:16 |
| 82:13 85:12 90:6 | 15:2,6,16,21 19:6 | 313:2,15 339:19 | 364:8 366:24 | 89:14 90:4 93:4,13 |
| 91:7,24 92:3 98:24 | 29:13 33:9 36:10 | 342:17 369:6 | **o0o (1)** | 94:2,4,11,16,20,22 |
| 99:2 126:20,21 | 60:12 62:21 64:17 | **opening (4)** | 5:17 | 95:2,14,25 96:5,11 |
| 132:24 199:10 | 78:4 82:9 89:6 | 69:8,13,24 70:21 | | 98:19 102:16,19,24 |
| 211:4 228:17 | 91:20 94:3 108:8 | **opinion (3)** | _____ | 103:16 104:16 |
| 244:18 281:7 | 120:9,15 130:2 | 21:17,20 27:4 | **P** | 105:6,13,23 107:16 |
| 300:18,22 301:11 | 132:16 133:2 147:7 | **opportunity (1)** | _____ | 107:23 111:18 |
| 301:16,21,25 | 147:12 149:20 | 334:11 | **P (4)** | 115:4 116:22,23 |
| 302:15,20 303:5,15 | 150:5 154:13 156:8 | **opposed (3)** | 3:2,2 4:2,2 | 121:17 133:25 |
| 303:19 304:3,12,18 | 156:9 157:3 161:3 | 19:24 216:15 219:10 | **packet (4)** | 134:3,14,25 136:20 |
| 305:10,20 308:17 | 162:9,19,20 180:20 | **orange (2)** | 163:3,11,17 164:2 | 136:23 137:3 142:7 |
| 308:22,25 309:11 | 181:8,9 186:20 | 275:22 277:25 | **page (34)** | 191:19 200:4 |
| 310:13 312:5 313:3 | 190:23 195:19 | **ordered (1)** | 14:8 137:21 139:19 | 201:13 202:17 |
| | | | 139:23,24 140:25 | |

Contains Confidential Portions

203:7 222:16
228:17 233:23
235:16 236:11,15
240:22 242:6
319:11 322:23
324:7,22 325:4
327:16,20 330:5,10
334:10,25 336:7,22
337:9,13 341:21,25
342:15 343:5
344:12,14,17,25
345:7,22 346:14
349:7,12 361:13,23
**paragraph (9)**
141:5 145:3 146:3,17
146:19 147:16
148:4,5 368:14
**parents (1)**
364:19
**Parker (1)**
34:12
**parking (2)**
179:13,14
**part (44)**
48:9 65:23,25 77:15
77:16 82:20 83:11
90:23,25 99:8,14
126:8 146:4 151:17
151:18,25 152:6,7
153:25 154:9 159:2
159:10,14,18,24,25
160:8,15,16,16
167:3 198:24
227:20 228:13,15
229:14,17,25 230:2
230:6,13,14 337:14
376:20
**particular (1)**
126:20
**particularly (1)**
76:6
**parties (2)**
5:4 375:17
**partner (1)**
48:16
**partnered (1)**
55:14
**partners (2)**
48:18 66:9
**party (29)**

14:2 30:13,14,15
250:6 251:23
257:18,19,21,23,24
258:4,8 259:8,17
260:5,11,23 261:13
261:15,20,23 262:2
262:5,8,14,22
264:24 351:19
**part-time (14)**
77:18 78:16 100:25
101:5 106:2 152:3
152:12 153:4,6
154:2,5 155:18
157:12 158:24
**pass (13)**
54:10 100:20 101:5
101:20 105:22
106:3 107:3 111:16
112:10 115:5
118:10,13,21
**passed (14)**
45:2 81:3,7,13 109:9
110:3 117:14,20
118:2,15 119:24
120:4,12 125:20
**passing (4)**
119:11 148:11 166:6
199:7
**Pat (24)**
28:23,25 29:2,5,10,20
29:20 135:4,7
337:19 347:7,14
350:2,24 351:4,6,8
351:13,16,22,24
352:20,24 353:3
**paths (1)**
48:14
**patron (1)**
231:22
**patrons (2)**
231:16,20
**Paul (2)**
227:15,17
**Paulie (1)**
228:24
**pay (1)**
265:24
**PBA (8)**
324:15 327:14,15,19
329:14,15,19

330:16
**pen (1)**
271:19
**pending (2)**
15:19 96:17
**pension (1)**
67:24
**people (30)**
22:8,11 73:15 85:20
91:3 92:2 111:7
128:21 133:13,18
134:9 187:17
202:13,19 206:8,18
206:21 232:22
254:22 255:10
258:10 264:3,6
273:14,20 274:5,6
299:14 332:5
347:22
**pepper (1)**
185:11
**perceived (1)**
159:7
**perception (1)**
300:25
**Perfect (1)**
180:20
**performance (10)**
200:18 201:6 203:22
203:24 208:22
209:2,3,15,20 377:5
**performed (2)**
122:18 216:2
**performing (1)**
143:21
**period (17)**
78:9 93:9 140:13
160:7 180:17
188:18 214:6
215:25 239:22
240:4,8 309:7,16
310:3,4 312:23
345:15
**periods (2)**
361:14 362:20
**permission (6)**
38:12,17,19 162:13
225:17 254:18
**permit (5)**
120:24 121:2,5,7

217:16
**perps (5)**
22:20 339:2 342:21
342:22 347:23
**person (14)**
30:8 54:3,6 55:14
74:3 131:22 132:17
244:12 277:8,24
279:18,22 296:14
339:4
**personal (10)**
34:9 37:16 166:7,10
166:14 219:10
220:18 221:4,6
237:2
**personally (5)**
22:17 38:7 141:10
176:10 222:21
**Pg (1)**
378:6
**phone (24)**
30:8,10 70:13 154:23
263:14,15,17 325:4
325:10,12,13 326:4
326:8 328:2,3,15
330:24 331:7,8
333:2 334:24,25
361:8,17
**phones (1)**
337:23
**photograph (4)**
271:2,8,12 377:17
**photographs (5)**
321:22 322:6,9,13
377:19
**phrase (8)**
15:4 128:9 147:14
153:19,20 158:20
162:11 279:5
**phrased (1)**
153:3
**physical (24)**
50:19 51:4 52:25
53:11 101:18
103:20 104:23
112:14 113:8
117:15 118:3
122:20,20 123:4
133:21 134:2,3
138:24 148:13

163:4,12 165:13,17
165:18
**physically (2)**
55:16 359:14
**physicals (1)**
112:13
**picture (5)**
271:17,20,25 277:16
294:7
**pictures (7)**
341:9,20 344:8,9,10
344:14,17
**piled (4)**
296:4,6,9,15
**pin (1)**
274:17
**pinned (1)**
274:23
**Pinta (2)**
4:4 6:22
**pissed (2)**
332:4,6
**pistol (3)**
54:23 217:12,16
**pizza (2)**
316:2,5
**pizzeria (4)**
254:6,11,12,16
**place (7)**
133:24 178:2 250:23
284:20 288:22
296:10,12
**placed (11)**
99:11 137:19 192:14
203:13 207:4
211:11 216:22
223:23 271:5
321:24 356:20
**plaintiff (5)**
14:3 36:5,7,13,15
**plaintiffs (51)**
1:5 3:5 6:13 7:18,24
19:16 20:10 25:10
25:13 26:8,10,12
28:7,24 30:21,25
31:16 32:16,21,25
34:5 99:7 125:19
130:13,19 131:2
137:14 192:11
201:5 206:24 211:8

Contains Confidential Portions

216:17 223:8
247:19 248:19
249:13 270:25
321:21 356:17
376:18,19,22,24
377:4,6,9,11,14,16
377:18,21
**planning (1)**
265:16
**plaque (1)**
18:4
**playing (1)**
273:18
**Plaza (1)**
3:20
**pleasant (1)**
331:8
**please (8)**
6:9 7:2 32:23 34:19
42:14 93:22 117:22
279:7
**Plumber (2)**
256:4,5
**PO (2)**
357:8,10
**point (40)**
15:13 20:22,24 31:14
37:22 44:14 52:10
60:24 62:23 83:18
91:15 101:13
108:15 118:14
120:5 121:9 145:7
148:18 184:23
214:15 225:8
229:13 238:17
239:9 244:7 256:16
267:5 268:5 269:14
270:16 284:2
285:11 293:18
300:18 302:7
311:13 340:6
346:13 347:6
348:16
**pointing (1)**
19:12
**police (271)**
1:11,11,13 3:19 12:24
13:13,23 21:5,19
23:17,18 24:19
27:19 37:13 38:3

39:9,12 44:19,20,23
44:24,25 45:13,18
45:20,21,23 46:18
46:20,23,25,25 47:7
47:9 49:21 50:3,14
52:21 53:7,17 54:4
54:6,12,14 55:3,7
55:18 57:7 59:25
61:12,24 62:6 64:22
65:4,12,16 66:3
67:5,9,16 68:3,4,8,8
68:12 69:4 70:19
73:19 74:13,14 75:7
76:10,16 77:12,13
77:18 78:16 80:2,13
81:17 83:20 84:2
85:11 86:6,21 87:7
87:11,13,14,17,23
87:25 88:19,22 89:2
89:3,8,9,25 90:6,7
98:23 99:8,14
100:25 101:6 102:9
103:3 106:2 108:5
108:24 109:3 110:8
111:24 112:23
113:9,19 114:2,13
115:6 118:5 119:3
119:11,12 120:11
120:16 122:2,21
123:3 124:14
129:15,22,23,24
130:3,4,10 131:12
131:13,14 132:5,9
132:24 137:6,15
138:9 141:11,17,24
142:4 143:3,6,11,13
143:16 144:19
145:5 148:3 149:7,8
149:18,24 152:3,12
153:6 155:18
157:12 158:24
168:25 169:7,15
171:8,11,12,16,22
171:25 173:11,25
193:18,20,21 194:2
195:7 196:11 197:6
197:21 199:10
200:20 203:5
210:19 213:9,11,21
217:23 221:12

223:5,7,10 224:14
225:18 227:18
229:24 230:12
239:4,7,13 244:22
245:3,4,7 270:13
277:23 278:10,12
278:16,17 279:19
279:23 280:3,8,9,20
281:4,7,9 282:19
298:18 299:9 300:9
300:16,18,22
302:15,19 303:5
305:20 308:25
309:11 313:3,15
315:9 318:15
319:19,20,24 320:5
320:9 321:9 323:21
330:9,19 334:23
352:2,7,17,20
357:11 359:8
360:12,15,23
368:20 369:5,6,13
369:25 370:5
376:20,22 377:14
**policies (1)**
233:19
**poly (4)**
112:14 133:14,15,17
**polygraph (26)**
50:24 100:21 101:5
103:9,12,14,18,21
103:23,25 104:11
104:22 114:7,11
117:14 118:3
121:14,16,18,19,23
122:5,8,12 148:12
244:13
**pool (34)**
273:18 277:2,20
290:13,15,21,23
294:12,21 295:2,4
295:12 296:3,21,23
297:9,11 298:3,7
300:22 302:3,21
307:14 315:14
324:11 326:14
327:8 328:7 370:21
371:6,18 372:3,9
373:10
**Portions (1)**

1:22
**position (16)**
70:6,10 76:23 77:3,11
78:16,20 80:4,23
86:19 87:7 150:12
151:14 213:8
351:22,24
**positions (1)**
352:5
**possession (3)**
37:16,18 371:24
**possible (8)**
23:22 96:14 99:23
105:4 252:9,12
297:18 359:9
**possibly (17)**
97:21 102:6,17
106:18 123:5 169:2
170:14 202:23
214:17 221:13,20
232:25 237:9,9
239:5 363:6,12
**posted (1)**
202:12
**power (1)**
88:15
**powers (5)**
87:13,15 88:16,22
89:9
**PO/411 (1)**
357:13
**practice (1)**
359:10
**precinct (10)**
47:25 49:15 55:23
56:23 57:5,7,10
58:21 60:2 61:8
**precincts (2)**
55:2 56:6
**preemployment (5)**
146:5,10,20 147:14
147:18
**prefaced (1)**
160:5
**preparation (2)**
334:2 359:3
**prepare (3)**
36:20 37:7 40:13
**prepared (1)**
354:6

**presence (1)**
174:17
**present (6)**
4:10 9:10,20 83:3,5,6
**presented (1)**
145:8
**presently (2)**
15:23 16:3
**Presumably (1)**
153:25
**presume (1)**
91:10
**pretty (12)**
21:24 61:9 78:11
106:25 122:25
211:3 277:14
300:11 309:18
314:7 359:23,24
**prevent (1)**
339:18
**pre-season (1)**
72:21
**prices (1)**
214:22
**prior (71)**
29:10 51:6,12 52:11
53:9 54:11 86:3,17
90:12 117:8,16
119:2 122:24 123:3
140:22 147:25
161:14 180:4,13,16
180:17,22 181:5,10
181:17 182:6,9
235:7,15 250:25
251:6 254:8 255:14
256:17,22,25 257:4
260:20 261:5
264:25 265:2,10
267:21 270:13
286:21,21,24 287:4
318:16 319:19,22
319:25 320:6
334:25 342:5
348:15 349:6,11,16
349:18 362:6,22
363:5,6,11 364:9
365:12 366:13,25
367:4 369:23
**prison (1)**
339:4

Contains Confidential Portions

**probably (31)**
45:7 91:25 106:19
114:19 116:9,14
168:16,23 171:6,6
172:8 173:8 195:18
201:25 202:7,8
263:19,24 265:11
265:13,15 269:2
270:2 289:10,13,16
298:13 334:8
364:10 365:13
368:8
**problems (4)**
287:3,7,8,9
**Proceedings (2)**
6:1 7:1
**process (7)**
116:15 145:8 146:5
146:10,20 147:15
198:24
**produced (1)**
42:6
**production (1)**
356:4
**Professional (1)**
2:14
**promised (1)**
96:16
**prostitute (2)**
198:2,3
**protect (3)**
22:9,11 76:11
**provide (1)**
351:3
**provided (5)**
142:24,24 349:10
353:11,15
**Prozac (9)**
16:11,13,23 17:4,7,10
17:15,19,21
**psychological (12)**
50:8,19 51:5 52:15
112:14 113:19
117:15 118:4 134:5
134:15,17 148:12
**psychologically (2)**
52:19 55:16
**public (7)**
2:14 7:6 76:11 144:11
144:12 375:8

378:24
**pull (1)**
315:5
**pulled (3)**
197:23 275:10 288:18
**punch (1)**
291:13
**purchase (1)**
225:6
**purchase/weapons (...**
223:11 377:15
**purported (1)**
22:23
**purportedly (1)**
24:12 277:9
**purpose (7)**
52:14,17,24 53:4,12
53:20,24
**purposely (2)**
155:12,14
**push (2)**
274:22,25
**pushed (2)**
274:21 275:5
**put (12)**
17:2 146:15 167:12
179:16 220:23
271:24 286:3
288:24 297:11,14
297:15,17
**putting (1)**
220:8
**P-a-r-k-e-r (1)**
34:13
**P.C (1)**
3:10
**p.m (14)**
98:3 189:5,6,7 190:3
190:5 239:22,23
292:19,22 340:25
341:4 374:3,6

_____
**Q**
**qualification (1)**
144:12
**Quality (1)**
204:13
**quartermaster (6)**
223:16,18,20 226:23

227:5,8
**QUEENS (1)**
375:6
**question (78)**
5:8 14:18,18,24 15:8
15:9,19,19 22:19
27:6 35:12 36:12
50:4 59:16 60:8,25
62:17 68:10 81:19
91:14 93:16,17
96:17 104:5,5,7,10
110:11,13 111:2
114:19 117:21
122:13 124:13,18
139:5 143:15
146:14 147:10,13
148:23,25 149:3
150:21 151:12,21
153:13,23 159:16
163:8,9,10 167:7
181:4 186:3,10
194:10 196:18,20
197:17 199:4
237:18 238:5,6,7,23
259:18 265:7 281:3
285:22 303:25
305:3 307:4 317:13
320:23,24 348:11
369:24
**questioned (2)**
22:19 111:5
**questionnaire (7)**
137:16 138:9 141:9
192:12 193:2
376:23,25
**questionnaires (1)**
193:25
**questions (10)**
10:16 13:22 14:9,21
78:6 136:13 150:19
154:12 317:11
354:20
**quite (3)**
48:19 258:11 369:4
**quote (1)**
277:3

_____
**R**
**R (6)**
3:2 4:2 7:4 190:2,9

375:2
**rack (1)**
297:15
**radio (4)**
238:19 239:4,7,13
**Radler (3)**
3:16 6:15 32:6
**raise (11)**
44:14 210:18,20
211:2 214:9,15,19
214:21,23,25 215:5
**raised (4)**
10:16 12:11 20:9
123:12
**raises (3)**
210:13,15,17
**raising (1)**
20:14
**ran (6)**
73:13 283:10 285:6
297:2 308:7 362:24
**randomly (1)**
56:19
**rank (1)**
90:7
**rat (16)**
128:9,14,17,18,19
129:9,14,18 130:2
130:13,18,25 131:6
131:9,24 132:19
**rates (1)**
213:25
**rats (1)**
128:17
**ratting (1)**
129:6
**reaction (1)**
21:12
**read (39)**
22:18 37:12 51:17
100:16 146:18
150:23 151:12
163:7,9 186:3
197:13,18 226:22
238:5,6 285:2
333:10 334:2,6
338:18 341:19,20
342:25 347:21
349:20,22 362:7,9
362:13 364:8

365:11,18 366:7,11
366:13,15,21 367:5
378:6
**Reads (1)**
378:6
**real (1)**
352:14
**really (53)**
18:13,17 26:4,20,20
39:17 48:17 52:7
57:21 61:21 98:6,10
102:13,25 104:7
110:22 127:16
155:11 176:3 188:2
198:19 207:16
215:2,7 224:19
235:23 240:23
252:4 257:10 262:9
263:16 265:11
268:16,18 269:10
274:2 293:11 295:5
295:16 300:24
301:2 308:19 312:3
319:17 342:3 343:6
349:19 350:5
355:25 370:2
372:13,17,21
**reason (16)**
25:15 26:3,5,6,7,8,24
33:2 80:6 114:10
124:10 161:13
214:3,5 221:19
378:6
**recall (318)**
12:12 13:10 18:11,12
20:18 21:10,12 23:9
23:23,25 24:2 28:17
29:18,23 30:23,24
31:13,18 32:19
33:22,25 34:4 38:8
42:6,8,24 44:4,9,16
47:10 52:4 61:14,20
62:2,10,13 64:20,25
65:6 68:19 69:23,25
71:20 72:24 73:4,16
73:22,23 74:15,16
75:5,11,14,20,23,25
76:4,8 79:2,2,22
81:23,25 82:14,22
83:8,13,14 84:13

Contains Confidential Portions

85:9,11,18,23,24
86:15 89:24 90:2
94:24 97:15,16,23
98:2 99:2,19 101:22
102:8,15,18,23
103:2,8 104:10,25
108:8,13 112:21
115:9,11,14,21
117:6 121:23 122:7
122:10,14,19
126:24 127:5,6,13
133:7 134:18,22,24
135:15 140:18,24
145:19,22 163:20
163:21,23,24
166:23 170:16
172:24 173:13
175:21 176:4,5,19
176:20,24 177:2,5,8
177:13,14 178:16
178:17,22,23,25
181:4,12 182:5,7,10
184:6,7 190:25
192:6,10 195:2,22
198:19,20 199:2
200:3,7 201:4,19,20
202:2,9,10,11,15
204:10 207:13,15
208:5,11 209:5,13
209:19,22 210:3
215:4,6,15 218:3,8
218:9,13,20 224:17
227:5,8 229:8 231:4
231:14,21 232:6
233:2,9 235:4,5
236:2,10,14 237:3
237:17 239:6,12,19
244:12,16 245:13
245:15,17,18,22
247:16 248:25
249:2,3 250:12
252:22 253:20,21
253:24 255:7,8,13
256:11,24 257:6,13
262:6,9 263:3,8,9
263:16,20 264:2
266:17,18 268:14
269:21 270:3,15
273:9,14 275:23
281:18 284:12

289:17 293:5,8,11
295:7,23 296:14
298:9,16 300:12
301:16,21 302:23
304:17 306:22,25
307:16,18,23
308:21 311:17
312:25 313:19,23
314:3 325:8,15
326:3,6,20 328:10
331:2,6 335:3
336:16 337:18,24
339:17,24 341:23
343:7 344:19,21
346:14,24 347:3
349:23 351:21
353:13 354:25
355:2,5,19,23 356:2
358:13 359:19
360:7,10 361:4,7,12
361:20 364:24,25
365:13 368:6,10
370:3 371:14
**recalled (2)**
190:24 289:11
**recalling (1)**
17:14
**receive (18)**
8:12 62:4 64:21
105:10,17 117:4
157:19 200:18,24
203:23 204:6 209:2
209:3,10,15 210:13
211:4 337:5
**received (11)**
63:6 85:2 114:20
163:3,10,17 193:3
204:21 214:15
226:22 356:6
**receives (1)**
63:8
**receiving (1)**
209:19
**recess (5)**
15:14 96:22 189:6
292:20 341:2
**recognize (13)**
137:25 164:4,13,16
164:18 203:18
204:25 205:5,8

226:18 271:11
276:4 356:25
**recollection (24)**
28:19 31:20 79:23
82:24 86:14 99:21
116:10 139:3
140:12 141:16,20
197:3 204:21 208:4
212:20,25 213:17
214:12,13 218:11
250:20 263:13
323:10 361:22
**recommend (1)**
329:9
**recommended (1)**
329:12
**record (22)**
6:7,10 19:11 42:2
84:24 96:21,24
114:22 115:2 117:7
156:3 164:10 185:6
189:5 190:5 292:19
292:22 340:25
341:4 356:4 374:3
375:14
**recorded (1)**
14:12
**records (1)**
263:15
**red (1)**
271:19
**redacted (1)**
161:14
**reduce (1)**
18:5
**refer (4)**
206:4,9,13,16
**reference (3)**
27:18 129:22 165:8
**referenced (2)**
162:2,11
**referral (1)**
329:20
**referred (5)**
47:18 146:21 161:19
206:2,7
**referring (19)**
27:19 33:11 38:22
39:4,7,11 47:11
78:9 128:9 143:7

161:22 168:10
206:21 227:24
252:17 299:21
339:15 357:21
370:4
**refers (4)**
147:15 161:19 162:3
211:24
**reflect (1)**
185:6
**reflected (1)**
149:12
**refresh (13)**
28:19 31:19 82:23
99:20 139:2 140:12
141:16 204:20
212:19,24 213:17
263:13 361:21
**refreshed (2)**
141:21 197:3
**refrigerator (1)**
174:6
**regarding (2)**
233:15,19
**Registered (1)**
2:13
**Regular (2)**
7:8,9
**regulation (2)**
125:9,13
**regulations (4)**
123:24 124:5,13,22
**rehired (2)**
150:8 360:18
**reinstated (1)**
323:3
**related (3)**
138:17,18 375:17
**relates (2)**
77:24 78:9
**relation (2)**
271:24 272:15
**relationship (1)**
364:2
**relax (2)**
303:11 368:22
**Release (1)**
165:23
**released (1)**

284:8
**relevant (1)**
197:17
**relieve (2)**
238:17 241:25
**relieved (15)**
238:2,8,10,24 239:17
240:10 324:13
326:17 327:11,13
327:23 328:2,13
334:10 337:6
**relieving (1)**
327:5
**remain (1)**
303:18
**remained (1)**
304:2
**remember (52)**
17:11 18:11 20:17
23:7,8,12 26:21
33:19 36:18 38:11
52:8 57:19,21 61:21
84:6 85:21 93:8
95:16 96:3 101:15
102:20 111:5
135:14 166:15
175:22 202:10
228:25 229:7
244:15 251:10,10
256:15 259:13
264:21 270:14
287:14 291:8
293:23 295:5,16
299:20 300:17
308:12 313:25
338:9 342:4 349:13
349:19 353:23
354:11 368:5
371:11
**remembering (3)**
207:17,20,23
**removal (1)**
142:25
**repeat (2)**
14:25 15:5
**rephrase (16)**
13:4 14:25 15:5 32:23
62:20 105:24
107:21 117:21
119:15 146:14

Contains Confidential Portions

149:9 225:20 279:7
279:11 309:5 338:5
**report (11)**
201:6 203:22,24
217:6 320:9 321:11
321:15 333:13
341:11 368:22
377:5
**Reported (1)**
1:24
**reporter (5)**
2:13,14 7:2 14:13
150:22
**reports (6)**
37:13 38:24 39:10,12
39:13 338:19
**represented (4)**
18:25 19:3 35:14
329:6
**represents (2)**
7:17 40:25
**request (4)**
42:2 56:19 347:3
356:4
**REQUESTED (1)**
376:9
**required (7)**
50:6 111:13,19
119:19 144:21
247:20,22
**requirement (6)**
100:24 101:12,14
104:11 105:21,25
**requirements (25)**
51:20,23,24 74:12,18
83:19 99:25 100:5,7
100:11,19 102:16
102:24 103:3 109:5
109:8,10,18,20
110:2,4,15,18 111:8
121:25
**requiring (2)**
53:13 110:16
**Rescue (6)**
287:25 288:14 343:15
343:18,25 344:7
**reserved (1)**
5:8
**residence (3)**
9:19,24 258:2

**resident (3)**
258:7 260:10 261:4
**residents (1)**
172:20
**resign (3)**
41:16 42:10 334:12
**resignation (4)**
41:20,22 42:2 376:11
**resigned (5)**
41:15 216:3,5,7,11
**respect (3)**
165:13 173:14 192:8
**Respectfully (1)**
357:5
**respective (1)**
5:4
**respond (2)**
310:20 311:5
**response (6)**
236:10,14 237:4
312:11 345:5
354:21
**responsibilities (7)**
75:16,21,24 76:5,9,15
76:16
**responsible (1)**
227:2
**responsive (1)**
158:15
**restrain (1)**
282:23
**restraining (1)**
283:7
**result (2)**
12:20 142:25
**results (1)**
353:7
**resumed (1)**
190:9
**resumé (1)**
84:8
**retain (2)**
328:20 329:23
**retire (2)**
67:20,22
**retired (21)**
61:21 65:16 66:20
67:5,8 68:2,4,6,7,12
68:17,22 74:20,23

75:6 87:25 88:5,5
89:7 121:8 217:20
**retiring (1)**
67:2
**return (3)**
141:9,23 142:6
**review (16)**
36:23 39:15,18,24
40:4 138:23,25
139:22 195:17
203:12 207:18
208:8 214:4 224:24
271:21 362:11
**reviewed (5)**
38:21 39:9 359:3
363:4,10
**reviewing (1)**
40:11
**revisit (1)**
36:12
**revolver (2)**
219:14,15
**RexCorp (1)**
3:20
**Reynolds (2)**
4:4 6:21
**Richard (3)**
10:2 11:6 133:22
**Richie (5)**
47:3,6,11,17 49:3
**Rich's (1)**
356:14
**riding (1)**
231:25
**right (82)**
15:17 16:6 19:8 27:15
29:13 33:3 35:22
37:20 45:11 74:22
88:2 103:22 106:15
109:16 118:22
125:13 131:18
138:24 152:19
157:10 159:25
161:2,5 166:17
184:10,16 190:17
191:21 195:14
196:6,8 212:14
217:20,22 231:7
238:23 249:4
251:15,20 259:20

262:18 265:6
276:11,20 277:12
279:15,24 280:5,17
280:22 282:25
283:9,13 285:24
287:20 288:2 292:5
292:10 295:10,21
297:5 302:21
303:13,13 310:23
311:4,10 312:12,13
321:7 331:16 333:4
336:21 342:23
343:23 345:10
360:19 365:5 367:3
367:18 371:24
373:16
**rights (1)**
285:3
**ripped (1)**
57:25
**River (1)**
3:12
**Rivkin (3)**
3:16 6:14 32:6
**RMP (1)**
64:4
**Road (1)**
3:12
**rocket (15)**
168:2,4,18,21,24
169:7,14,20,22
170:24 171:4,8,11
171:16,19
**Rogers (6)**
1:9 3:18 24:8 28:2,7
370:8
**role (2)**
350:15 352:17
**room (8)**
32:5 82:19 83:5,9
173:23,24,25 174:4
**Rosedale (2)**
58:14,16
**rotated (1)**
94:4
**rotator (2)**
58:2,5
**round (1)**
249:9
**row (1)**

213:6
**RPR (2)**
1:24 375:25
**rule (2)**
125:9,12
**rules (7)**
14:8 123:24 124:4,9
124:21 173:14
233:15
**rumor (6)**
126:13,23 127:7,9,14
127:17
**rumored (1)**
126:5
**rumors (4)**
125:22,24 126:2,8
**running (1)**
252:16
**runs (1)**
260:18
**Ryan (1)**
36:2

**S**

**S (8)**
3:2 4:2 7:4 190:2,2,2
190:9 376:16
**salary (1)**
209:25
**salt (1)**
185:11
**Sanchez (3)**
1:14 200:9,12
**sanctions (1)**
12:20
**sandwich (1)**
183:17
**sat (1)**
337:11
**Saturday (2)**
247:11 323:5
**saw (31)**
3:12 100:13 166:5
178:17 208:4
274:22,24 275:4,8
279:12,14,15 298:2
301:21 303:19
304:3,18 308:19,25
309:10 310:12

Contains Confidential Portions

323:11 341:9 368:7
370:20,23 371:5,17
372:2,8 373:9
**saying (13)**
39:11 42:10 122:3
129:17 197:16
236:15 238:13
279:8 286:22
293:20,23 307:23
339:17
**says (44)**
99:25 100:4,10,18,20
141:5,25 142:19,23
144:4 145:4 146:4
148:9 150:6 164:8
165:17 166:17
167:15 195:10
204:16 205:6
208:22 209:6,8,14
211:17,20 213:3,8
213:21 217:9,11,12
217:25 224:10,13
225:21 226:7,22
326:17 357:12,18
368:19 369:12
**scared (3)**
285:10,11 297:3
**scene (17)**
278:25 279:4,9,19,23
280:24 281:8,19,21
281:23,24,25 282:2
282:3 297:20
300:19 338:20
**schedule (5)**
94:3 116:19 153:2
250:13,19
**scheduled (6)**
70:15 117:5 250:3,16
251:16,20
**schedules (1)**
92:9
**scheduling (2)**
116:15 117:2
**Schorr (2)**
47:15 49:9
**scolded (2)**
64:4,6
**scope (1)**
13:23
**screening (3)**

148:13 165:17,19
**sea (1)**
159:2
**sealing (1)**
5:5
**Sean (18)**
259:12,14,15,18,20
259:21,24 260:2
276:16 338:21
339:11,18,25 364:8
364:11 366:24
371:20,23
**season (30)**
70:19 77:20,21,23,24
78:2,7,7 115:16,16
115:17,18,19,20,21
149:21 158:23
159:9,18,24 177:10
177:10,11 182:15
182:16 214:14,16
215:18 249:24
361:3
**seasonal (18)**
100:25 106:3 150:12
151:13,18,25 152:6
155:21,23,24 159:3
159:10,14,19,25
160:8,16 227:21
**seasons (3)**
215:10,13,17
**second (8)**
11:18,21 147:16
204:16 242:3 311:2
311:22 343:9
**section (17)**
99:24 100:10 137:7
137:10 141:12,18
141:25 142:5,10,12
142:14,20 145:6,10
204:12 217:8
272:19
**secure (2)**
297:17,20
**security (4)**
61:15,19 161:9,13
**see (95)**
11:22 22:18 42:7
52:19 54:3 60:24
99:25 100:10,22
113:2,14,25 114:13

132:25 139:21
140:2,9 141:2,14
143:4 144:6,13,16
145:12 146:7 148:7
148:16 160:24
161:4 162:21,25
165:23 167:3,8,9,17
167:21 169:19
178:8,10 195:12
198:10 204:11,14
204:18 207:11
208:23,25 209:8,16
211:20,22 213:5,15
213:20,23 214:5,9
214:22 217:9,13
224:9 226:21 227:3
232:13 244:21,24
266:11 272:4,5,19
272:21,23 274:15
274:16 277:3 296:8
301:11,14 306:3
315:20 321:11,15
322:16,18 341:20
353:3 357:8,14,19
357:25 368:4,17,24
372:22
**seeing (10)**
42:6 60:5 166:4
175:21 195:23
207:13 256:24
264:22 308:22
371:11
**seen (28)**
8:5 25:2 42:17 99:17
192:19 204:2,4,23
207:9 208:10 217:6
224:4 274:25
290:11,19 301:13
317:19 322:5,13
339:22 355:11,14
355:18 356:7,11,12
356:16 367:25
**selected (1)**
56:20
**selection (5)**
145:7 146:5,10,20
147:15
**self-explanatory (1)**
107:2
**send (1)**

31:23
**sense (1)**
329:5
**sentence (3)**
161:18 220:5 226:21
**separate (4)**
57:7,8 202:7 310:2
**separately (5)**
79:6,14 202:6,8,9
**separation (1)**
20:6
**sergeant (19)**
80:25 81:10,12,14,17
81:19 82:12,15 90:5
136:19 164:11,17
164:19,25 166:18
201:13 342:2
330:21 346:23
**sergeant's (2)**
81:3,7
**served (1)**
8:9
**service (43)**
1:13 48:4 50:6,15,17
54:11,18 74:18
83:19 87:3 105:11
105:18 107:10
109:9,19 110:3,16
110:18 111:13,17
111:19 117:5 119:7
119:18,19 125:8,15
125:19 126:3,6,9,17
127:20 128:11
129:15 130:24
131:6,9 139:10
148:15 219:14,15
350:6
**services (5)**
49:17 57:6 198:3
216:19 377:12
**Session (1)**
4:15
**set (6)**
35:22 66:8 92:9
325:25 375:12,22
**seven (4)**
57:11,12,13 219:21
**sexual (1)**
363:25
**shaken (1)**

309:22
**shakes (1)**
14:11
**shaking (4)**
302:9 303:8,9 313:25
**Shalik (25)**
37:20 39:3 286:19,20
287:13 288:17
289:25 290:6 291:5
291:11 292:5,7
293:12 296:18,24
297:6,23 298:2,23
300:21 305:24
334:3 365:19
371:18 372:3
**shape (2)**
113:3,14
**sheet (5)**
226:23 227:6,8
241:15 378:2
**shelf (2)**
222:9,10
**shield (11)**
212:2,5,7 278:18,20
280:8,9 328:12,16
334:14 357:16
**shift (5)**
92:14 154:4 181:5,10
181:18
**shit (1)**
285:11
**short (1)**
221:23
**shortly (3)**
298:23 303:13 306:11
**shot (1)**
367:12
**shoulders (6)**
275:10 277:10,13
283:5,8,18
**show (1)**
280:8
**showed (3)**
278:20 322:21 336:25
**shower (1)**
40:14
**sic (1)**
141:12
**side (5)**
8:23 104:6 166:17

Contains Confidential Portions

285:18 286:2
**sign (4)**
226:6 242:19,19
355:13
**signature (19)**
139:20 140:4,5,6
144:5,8 193:8,9
205:2,3,6,9 224:9
224:10,12 226:15
226:16,18 357:5
**signed (11)**
5:12,14 144:4 147:8
164:17 198:17
208:5,10 224:20
226:3 357:8
**signing (4)**
147:2 224:17 225:3
225:14
**SILVIO (1)**
4:12
**similar (2)**
140:22,24
**similarly (1)**
14:16
**simple (1)**
241:22
**simply (1)**
329:20
**single (1)**
296:14
**sip (1)**
266:12
**sir (198)**
9:22 10:4,12,18,22
12:7,10,15,18,22
13:19 14:5,15 16:2
18:19 24:13,17,21
24:25 25:4,8 27:24
28:22 30:19 31:18
31:25 32:8,11 33:24
34:3,10,22 35:2
36:3,10 37:17 38:15
39:8,23 40:3,7,10
40:16 41:3,6,9
42:24 44:5,12 47:16
47:19,22 48:22
49:11 65:9 70:4
72:3 76:3 81:8
82:16 83:21,23 86:4
86:9 90:9 97:4,7,10

97:25 99:4 100:3
108:12,14,19
113:11,17,22 114:9
115:15,23 119:9
121:6,11 122:9,11
125:11,17 127:8
130:17,23 131:4,7
133:19 137:4,8,11
138:6,15 140:7,10
141:3,22 142:11,22
143:19 144:7,9
145:13 148:8
149:22 150:9,13
152:5 157:5 160:19
164:3 165:22,25
166:25 167:4
168:20 169:13,21
171:9 172:15,18
177:7,9,24 178:25
180:5 185:4 191:10
191:14,17 192:21
195:5,20 196:13
197:22,25 198:5,6
201:21 203:20
204:19 206:3
208:13 211:19
212:22 213:2
216:16 217:5
228:12 229:10,12
230:5,8,19 233:3,14
236:9 237:22
244:15,20,23 245:2
245:5 249:15,19
259:2 267:15 268:2
269:20 273:16
276:6 280:21
282:17 286:23
287:2 293:6 301:23
307:21 311:21
320:23 347:2,5
348:13 351:9 353:6
353:9 355:7 357:3
363:9,15 365:16
366:10 373:14
**sit (1)**
170:2
**sitting (21)**
19:8 21:9 23:25 24:2
32:4 62:11 103:8
124:2,18 179:8

204:3,11 215:4
295:23 297:5
301:20 322:14
341:18 343:17
355:19,22
**situation (2)**
17:6 329:16
**situations (1)**
286:13
**six (10)**
18:9 56:5,10 195:21
195:24 209:7,11
219:21,24 220:13
**sleep (3)**
318:3,4 333:15
**sleeping (3)**
316:13,15 363:24
**slept (4)**
190:17,20 316:2,8
**small (1)**
277:21
**smoker (1)**
8:21
**Snyder (13)**
1:5 4:14 7:19 20:20
38:24 39:14 126:15
178:10 179:4,18,21
180:10 301:18
**Social (2)**
161:9,13
**socialize (2)**
351:16 364:15
**somebody (50)**
53:9 54:6 64:9,10,12
116:18 126:3
127:19 128:20
129:4 130:7 131:19
131:20 133:7,12,24
170:14,18 190:25
231:22,25 286:15
297:2,6 298:7 300:6
300:7,11,15 307:14
315:4,14 316:16
324:10 326:14
327:7 328:6,22
329:9 335:15
337:22,23 341:17
351:6 354:9,16,20
358:16,20 360:3
**somebody's (1)**

290:20
**son (2)**
35:23,24
**soon (3)**
285:5 290:10 359:9
**sorry (58)**
13:3 21:4 25:11 34:17
40:21 47:4 65:24
72:6 73:8,22 75:22
83:17 92:11 95:21
105:24 115:13
119:15 122:20
125:25 134:13
139:4,5 146:14
147:7 149:2 171:23
180:12 182:25
188:17 196:23
199:5 210:8 218:18
219:2 224:15 225:2
225:20 240:6 247:2
252:15 256:20
258:23 266:5
282:14 285:17
289:3 291:25
304:21 309:4
314:20 324:5
332:21 338:5 355:4
355:21 360:13
366:10 370:22
**sort (4)**
49:20 92:24 98:18
295:15
**Sounds (1)**
286:9
**source (1)**
105:5
**speak (42)**
11:13,19 32:9 156:3
169:18 190:24
191:5,8 199:16
200:5,8 234:18,24
266:24 267:8
297:25 308:2,23
309:15 312:19
314:21 317:5,8,17
319:24 323:25
329:2 330:5,12,15
334:22 336:7,12
343:4 344:3 360:22
361:5,10,13 363:16

372:11,14
**speaker (1)**
325:22
**speaking (4)**
30:24 154:19 200:2
363:21
**special (5)**
100:5,6,11,18 109:20
**specific (9)**
25:23 97:23 98:2
124:18 138:20
139:9 175:18
246:19 248:25
**specifically (4)**
23:9 42:8 76:6 103:13
**specifics (2)**
180:12 250:2
**speculating (5)**
106:20 124:9 125:12
175:20 221:21
**spoke (20)**
29:19 30:20 33:23
70:14 82:7 103:6
199:19 310:6 317:2
317:13 323:20
324:7 328:22,22
330:2,9,20 331:3
342:5 361:22
**spoken (18)**
10:10 25:5 26:11 28:2
32:12 40:23 41:4
235:16 286:20,24
362:16,19 363:7,13
365:14 370:7,10,13
**Sponsor (1)**
45:16
**sponsored (1)**
45:14
**spot (1)**
78:22
**sprained (5)**
286:4 287:16 288:10
295:19,24
**spring (8)**
70:18 71:17 72:2,15
72:20 157:16,24
158:19
**Square (1)**
8:24
**Sr (1)**

Contains Confidential Portions

27:18
**ss (1)**
375:5
**stage (5)**
146:5,10,20 147:15
147:18
**stamp (3)**
144:11 208:16,17
**stand (2)**
179:10,12
**standard (7)**
90:16,21 91:5,8 92:14
92:15,18
**standing (12)**
179:7 272:14 273:7
274:19 276:25
277:7 294:2,13
302:2 305:10,16,21
**stands (2)**
357:10 369:23
**star (2)**
167:9,12
**start (5)**
20:5 58:25 80:10
123:20 151:6
**started (17)**
7:21 88:21,25 101:2,3
117:9 120:6,10
123:14 150:21
220:7 230:2,6,14
240:19 294:16
328:15
**starting (6)**
90:16 140:22 180:14
182:12 210:3
242:10
**starts (2)**
148:6 368:16
**stat (1)**
93:15
**state (7)**
2:15 6:9 216:18 218:2
375:4,9 377:11
**stated (14)**
20:18 23:10 145:18
310:16 311:18,18
312:7 325:16 326:3
326:7 338:22 343:9
344:16,22
**statement (82)**

39:18,25 312:16
331:22 339:10,14
339:16,17,24 345:8
345:11,14,22 346:5
346:8,15,16,21
348:24 349:11
351:3,5 353:11,16
353:19 354:2,21,22
354:23 355:3,6,9,12
355:15,20,23,24
356:5,9,16,18 358:5
358:7,20,24 359:9
359:11,15,19,20,24
359:25 360:6,9,16
362:6,8,10,11 363:5
363:11 364:9
365:11 366:2,9,13
366:16,18,23,24,24
366:25 367:2,14,16
367:19 368:2,11
369:12,16 376:14
377:21
**statements (33)**
37:3,5,10 39:2,16
40:5,9 333:12 334:3
334:7 339:6 341:10
341:20,24 342:16
342:18,25 343:5
345:9 347:22 348:2
348:3,15,20 349:4,6
349:20 365:18
366:8,12,17,21
367:5
**STATES (1)**
1:2
**stating (2)**
23:7,8
**station (58)**
21:2,5 67:6 106:18,19
126:25 127:23
168:25,25 169:8,15
169:23 170:5,8,13
171:8,11,12,16,22
171:25 172:10,14
173:11,25 221:12
221:17 223:5,17
237:8,9 244:22
270:12,13 299:9
318:15 319:19,20
320:9 321:16

322:17 331:12
332:11 335:21,23
341:7 353:17,18
354:3,7,12,18,19
360:12,15,16
368:22 369:5
**stationed (1)**
65:17
**stay (7)**
90:21 254:19,23
255:10 317:10,20
339:12
**stayed (2)**
320:22 333:19
**staying (9)**
35:21 254:5,7,22,24
254:25 255:3,6
368:21
**steady (1)**
48:18
**step (3)**
149:19 211:2 214:20
**Steve (5)**
329:3,4,7,12 330:15
**stick (10)**
185:16,17 290:8,13
290:13,15,21,23
296:18 324:11
**stips (2)**
7:8,9
**STIPULATED (3)**
5:2,6,10
**STLICDIV (1)**
218:2
**stomach (1)**
269:2
**stop (3)**
154:21 246:15 270:12
**stopped (3)**
257:16,21 269:5
**stopping (1)**
270:15
**story (4)**
327:2,3 329:19,22
**straight (3)**
257:14 335:21 366:4
**strangle (1)**
315:4
**strangled (4)**

307:7 308:9 309:24
326:12
**street (3)**
8:24 258:4 262:21
**streets (1)**
262:18
**strike (22)**
8:11 13:6 46:2 72:19
139:18 178:8 193:3
194:6 196:25
209:24 237:10
253:15 273:17
283:23 289:7 290:6
308:15 309:20
325:17 330:3
350:14 353:24
**struck (2)**
291:19 296:2
**stuff (2)**
147:20 185:12
**submit (3)**
136:18,21 331:21
**submitted (3)**
136:22,25 357:6
**subpoena (4)**
7:25 8:3,8 376:18
**Subscribed (2)**
374:13 378:20
**subsequent (3)**
32:16 266:24 267:6
**substance (2)**
10:15 33:25
**successfully (2)**
100:20 148:11
**sudden (1)**
110:16
**Suddenly (1)**
125:7
**sue (1)**
26:10
**sued (7)**
21:17,23,25 22:3,5,10
26:12
**Suffolk (23)**
1:12,13 24:18 83:19
83:20 89:20 117:16
118:4 119:4 122:6
122:16,22,23 123:2
139:10 148:14
166:7 198:25

199:17,20,24 228:2
352:16
**suing (9)**
20:21,23 21:13 26:2
26:17,19 28:14 31:8
31:10
**summary (1)**
156:24
**summer (1)**
152:22
**summertime (2)**
78:3,8
**summons (3)**
231:22,24 232:14
**summonses (21)**
88:8 201:10,15
202:12,18,22,25
203:3,6,8,10 204:17
204:24 230:21,24
231:4,10,15,19
232:8,11
**Sunday (7)**
323:6,7 324:7,24
326:21 330:13,16
**superior (1)**
64:15
**supervising (2)**
98:18 205:19
**supervisor (22)**
92:20,22,25 93:2,5,10
93:12,18,24 94:10
94:14,23 95:14,18
95:19,22 96:6,6,12
98:7,16 117:3
**Supervisor's (1)**
205:2
**supposed (6)**
51:7,12 130:8 165:12
239:25 240:10
**sure (110)**
9:16 13:16 20:25 21:7
23:8,24 35:10 42:15
46:14 50:23 55:15
58:14 62:21 69:5
70:12 71:5,7 73:5
73:12 75:4,9 84:4,6
84:7,11 88:6 103:5
103:5,15 106:13,22
107:22 114:18,18
115:2 117:23

Contains Confidential Portions

119:16 121:22
122:4,25 123:5,10
133:9 134:13,21
135:11,14 168:8
173:12 175:4,16,19
175:20 180:23
188:11 205:18
206:11 218:18
221:21 226:11
228:5 235:13 247:3
249:22,25 250:11
252:5 265:14
266:13 270:8
275:19 296:25
300:11 301:15,19
305:14 308:19
309:18 310:24
311:16 312:13
314:7 317:21
322:23 324:25
328:9 332:9 333:8
335:12,18 343:6
345:3,3,12,12,25
346:3,6,9,12 347:11
347:20 352:9
353:20 358:11,17
359:23,24 363:24
369:11
**surveillance (1)**
179:14
**sway (1)**
22:21
**swear (1)**
7:2
**swing (1)**
295:12
**switched (1)**
96:8
**sworn (8)**
5:11,14 7:5 12:16
49:22 374:13
375:13 378:20
**S(Cont'd) (1)**
377:2
_____
**T**
**T (9)**
7:4,4 190:2,9,9 375:2
375:2 376:16 377:2
**Tabasco (1)**

185:12
**table (6)**
277:3,20 290:17
294:12 302:3,21
**take (110)**
7:22 11:2 15:14,20
45:18 50:2,5,12,18
50:24 51:4,24 52:11
65:15 73:4 82:24
85:4 96:14,18
101:10,12,17 102:9
103:18,20 104:11
104:21,22 106:9,10
107:5,6,8,10,13,16
107:24 108:3,22
109:10,14,18 110:9
111:20 112:15,19
112:22 113:7,18
114:6,11 117:19,25
118:9,10,13,19,22
118:24 119:2,6,19
121:17,18,24
122:12 123:7,12,25
124:3,12,15,16,20
125:8 126:4 132:23
133:8,10 134:23
135:5,17 144:21
147:19 151:4,10
189:2 191:20,25
199:11,17 200:5,10
215:8 219:19 249:6
250:22 252:14
274:2 275:3 288:23
291:2,17 292:16
302:11 303:10
307:24 340:17
354:10 356:10
**taken (24)**
40:5 96:22 108:16
117:10 118:8,15
121:13,20,25
125:16 126:18
139:9 154:11 189:6
292:20 320:13
322:10 338:19
341:2 348:2,4,15,21
349:6
**talk (4)**
233:23 269:6,7
372:21

**talked (4)**
80:18 135:22 337:10
344:23
**talking (27)**
19:22 29:14 38:5
72:16 102:23 134:9
153:2 158:23,24
170:7 183:25
184:18,25 187:17
187:24 191:12
224:22 228:3
259:10 293:3
309:13 312:22
316:16 337:11
338:2 345:18,19
**tank (1)**
64:8
**tape (5)**
6:2 96:25 190:6
292:23 374:4
**tax (1)**
84:21
**taxis (3)**
252:16,19,20
**tear (1)**
232:13
**tell (80)**
10:15 12:16,19 21:7
23:15,21 24:3,7,15
51:16 70:8 74:12
92:19 93:14 106:11
106:23 107:5,8,11
108:3,15 110:9
115:4 124:15
127:25 128:20
129:5 156:23
158:16 201:14,16
201:22 202:5,6,24
203:7 235:21
236:18,25 237:13
261:17 282:4
284:24 298:10
306:14,18,22,25
307:11,13,19
308:14,14 311:12
312:15 314:24
315:3,8,13 320:19
321:6 325:15 326:3
326:6,23 327:5
329:16,18 331:6

332:20,22 333:6,10
336:16 342:6,10
349:9 350:2,15
365:10
**telling (9)**
23:12 75:5 109:5
202:9 236:11
244:12 306:22,25
307:17
**tells (2)**
130:7 285:9
**ten (5)**
173:7 251:12 368:17
368:19 369:12
**tender (2)**
41:19,23
**tendered (3)**
42:3,4 376:12
**tenure (1)**
44:19
**tequila (1)**
168:7
**term (18)**
88:11 93:20 130:4,6
130:10,12,24,25
131:5,9,11,12
132:19 153:3 157:9
223:15 243:25
281:21
**terminated (1)**
216:15
**terms (2)**
129:7 359:10
**terrible (1)**
21:19
**Tesoro (6)**
39:3 334:3 365:19,21
365:23,24
**test (38)**
52:15 54:14,16 81:13
87:3 103:13 106:14
112:23 113:8,19
115:10,12 116:4,5
116:11 117:19,20
118:8 119:7 121:23
123:25 124:16,16
124:20 125:8
126:18 135:17
138:11,16,18
139:12,14 163:5,12

165:14,17,19
166:12
**testified (73)**
7:6 12:23 13:5,7,13
13:17,20 32:13,24
35:3 36:4 39:9
40:12 43:13 44:18
62:22 72:5,7 76:22
82:6 88:23 90:4
93:18 97:4 112:20
115:11 121:13
124:20 132:8,11
138:13 144:24
147:21 149:4
150:13 155:17,19
155:20,23 156:4
169:12 184:6,11
190:10 195:22
197:10,12 212:16
214:18 230:20,20
237:11 249:16
257:8 265:3,7
281:24 290:4
293:17 309:22
333:25 338:6
340:10 341:11
342:19 350:3
353:10 361:16
362:12 365:17
366:11,20 369:2
**testify (11)**
15:25 16:5,14,16,17
16:19 18:21 154:15
155:22 156:17
243:21
**testifying (10)**
12:13 13:11,24 155:6
155:8 156:7,15,16
280:13 338:9
**testimony (19)**
44:13 62:11,25 81:16
102:7 111:9 124:4,7
176:8 180:3 186:5
235:15 256:11
338:17 355:8 369:9
369:17,23 375:14
**tests (74)**
50:2,5,12 51:25 52:12
55:8,15 101:20
102:9 106:14,15,24

Contains Confidential Portions

| | | | |
|---|---|---|---|
| 107:17,24 108:4,16 | 52:13,20 53:8,16,19 | 349:2,8,18 353:18 | 229:25,25 230:2,3,4 |
| 109:11,15,19 110:9 | 54:5 55:6,13,20 | 356:7,15 358:6 | 230:7,13,13,14,16 |
| 110:15 111:15,16 | 56:8 58:15 59:8,16 | 359:7 362:9 363:20 | 230:18 233:13 |
| 111:20,24 112:9,19 | 61:20,22 64:2 65:22 | 367:9 368:3 369:3 | 237:21 238:17 |
| 112:20 115:10,24 | 68:19 71:6,6 72:17 | 369:22 | 239:9,12,21 241:15 |
| 115:25 116:16 | 73:11,12 74:21,22 | **thinking (4)** | 241:19 244:7 |
| 117:8,10 119:2,12 | 79:7,15,18,22 82:6 | 70:18 133:23 191:2 | 248:25 250:5 |
| 119:18,25 120:5,12 | 85:13 86:18 88:9 | 356:14 | 251:25 252:15 |
| 121:19 122:17 | 92:13 94:19 95:11 | **third (2)** | 256:16 257:6,10,16 |
| 123:7,9,13 125:16 | 95:12 102:4 104:2 | 143:24 145:3 | 261:18 262:25 |
| 125:20 132:23 | 107:13,15 108:7 | **thirty (1)** | 263:2,3 267:16 |
| 133:8,11,18 135:5 | 110:12 113:4,5,15 | 258:13 | 268:13 270:8,21,22 |
| 135:13,15,20,23 | 114:3,15 115:17 | **THOMAS (1)** | 273:4,10,18,21 |
| 136:18 138:20 | 119:5 129:9 132:8 | 1:5 | 274:7 275:3,4 |
| 139:9 140:14,17 | 132:13 133:6,13 | **Thompson (4)** | 277:24 282:21 |
| 144:22 149:18 | 140:18,19 141:20 | 2:10 3:4 6:12 7:16 | 283:25 284:2,5,6,15 |
| 191:21,25 192:3,8 | 149:4 155:3,7,10,25 | **thought (21)** | 284:18,23 285:7 |
| 198:25 199:7,17,20 | 156:2 158:7,18 | 23:16,18 24:15,19 | 286:25 288:5,23,25 |
| 199:24 200:6,10 | 161:21 163:13,15 | 51:14 75:2 135:9 | 289:3,25 290:22 |
| **testy (2)** | 166:13 174:13 | 153:15 186:17 | 291:11,16,20,21 |
| 156:11,13 | 179:16 185:7 186:4 | 213:19 279:12 | 292:2,12,12,12,19 |
| **thank (6)** | 186:5 188:16,25 | 281:24 289:13 | 292:22 296:17 |
| 15:17 63:5 96:19 | 194:15 200:7,22 | 295:5,9,17 310:6 | 297:3,22 298:6,9 |
| 197:16 316:6 | 202:14,16,20 | 342:19 358:15 | 300:15,18,25 301:2 |
| 340:22 | 203:25 210:12 | 367:6,11 | 302:16,18,24 303:2 |
| **theater (3)** | 221:10 222:6,23,24 | **thoughts (1)** | 304:23 305:11 |
| 260:19 362:24 363:2 | 223:22 225:13 | 36:22 | 306:8 308:5,24 |
| **theory (1)** | 228:7 230:2,14 | **three (17)** | 309:7,10,12,16 |
| 29:8 | 238:23 243:18 | 56:16 111:3,15 | 310:5,11 311:13 |
| **they'd (3)** | 246:13 247:24 | 128:10 138:3,4,5 | 313:20,21,22,24 |
| 170:2,2 221:24 | 248:8 253:19 254:6 | 172:4 182:17,18,22 | 314:15,18 316:11 |
| **thing (15)** | 255:2 257:8,20 | 183:2 203:6 267:18 | 316:13 317:22 |
| 15:18 67:12 95:6 | 259:5 260:6 261:14 | 342:20 347:22 | 322:19 323:11,20 |
| 130:10 151:23,24 | 263:12 264:10,15 | 368:14 | 325:8 326:20 330:2 |
| 160:2 194:20,21 | 264:18,21 267:22 | **three-page (1)** | 330:9 331:24 334:6 |
| 289:12 290:19 | 269:7 270:10 273:8 | 322:2 | 335:4 336:20 338:8 |
| 324:17 345:6 365:4 | 273:12 275:9,18,18 | **three-quarters (1)** | 338:12 340:25 |
| 365:6 | 280:18 286:19 | 164:7 | 341:4,6 345:15 |
| **things (9)** | 291:14,15 293:17 | **threw (5)** | 346:13 347:6 |
| 17:14 50:9 104:21 | 298:4 300:2 301:18 | 63:15 277:15 278:14 | 348:16 351:23 |
| 128:20 129:5 | 304:14 307:5,15 | 282:8,18 | 352:8 361:2 362:2 |
| 241:21 307:22 | 308:18 312:12 | **throat (6)** | 368:8 369:4,5 374:3 |
| 308:15 344:9 | 313:14 314:5,12,14 | 274:17,18 275:4,14 | 374:6 |
| **think (194)** | 315:19 316:4,7 | 275:17 276:5 | **timed (1)** |
| 13:15,16,25 16:4,12 | 317:7 319:23 320:8 | **throw (3)** | 241:2 |
| 18:20 21:25 23:20 | 321:14 322:22 | 111:8 277:16 289:12 | **times (82)** |
| 24:6 26:2 28:18 | 323:2,5,9,12 329:3 | **Thursday (3)** | 10:23 11:4,5 13:9 |
| 30:12 32:3 41:12 | 329:21 330:7,14 | 246:21,24 247:5 | 33:16,18,19 35:22 |
| 42:5,11 43:6,19 | 333:4 336:3 337:20 | **tight (1)** | 48:13,14,19,19 |
| 46:24 47:2 50:19 | 340:9 342:8 348:23 | 277:22 | 91:25 93:7 94:10 |

| | | | |
|---|---|---|---|
| | | **till (6)** | |
| | | 97:12 116:11 246:23 | |
| | | 246:25 288:24 | |
| | | 289:3 | |
| | | **time (283)** | |
| | | 5:9 6:8 14:6 15:13 | |
| | | 17:14 20:8,22 21:2 | |
| | | 21:6 24:4 26:21 | |
| | | 27:5,21 29:19,22,24 | |
| | | 30:5,18,20 31:14 | |
| | | 33:22 34:6 41:17,18 | |
| | | 44:14 45:3 47:10 | |
| | | 51:9 57:15 58:3 | |
| | | 59:6 67:18 68:22 | |
| | | 69:18 70:3 71:24 | |
| | | 72:12,18 74:14 | |
| | | 77:15,16 78:5 79:14 | |
| | | 79:15,17 80:24 | |
| | | 82:15 83:18 84:3 | |
| | | 86:7 88:20 89:6,7 | |
| | | 90:8 93:11 96:21,24 | |
| | | 98:19 99:3 108:15 | |
| | | 110:11,19 111:19 | |
| | | 112:17 114:24 | |
| | | 115:4 116:3,4,4,11 | |
| | | 116:12 120:9,10,12 | |
| | | 120:13,15 123:6,8 | |
| | | 123:13,19 125:10 | |
| | | 132:23 135:25 | |
| | | 136:6 138:21 | |
| | | 140:13 144:22 | |
| | | 145:24 146:2,11 | |
| | | 148:18 151:17,18 | |
| | | 151:25 152:6,7,11 | |
| | | 153:25 155:4,11 | |
| | | 156:22 159:3,14,21 | |
| | | 159:23,24,25 | |
| | | 160:16,16 169:15 | |
| | | 169:20 171:4 | |
| | | 179:25 184:8,15 | |
| | | 185:25 187:14 | |
| | | 188:18 189:2,5 | |
| | | 190:3,5 191:18,24 | |
| | | 192:2 202:11 | |
| | | 205:17,20 207:17 | |
| | | 207:19,22 212:8 | |
| | | 215:25 225:8 | |
| | | 227:20,20,22 228:3 | |
| | | 228:6,9,10,13,14,15 | |
| | | 229:5,14,16,17,18 | |

TSG Reporting - Worldwide   (877) 702-9580

Contains Confidential Portions

114:19 158:6 169:3
169:24 170:8,20,23
171:3 172:3,4,7,10
172:23,25 173:2,7
175:23,24 176:10
176:15 178:13,14
179:2,3 180:6,7
188:5 194:13,15
195:11,18,21,24
196:9,10,14,15,24
197:3,4,19,24
201:22 202:3 233:8
234:24 235:3
237:11 242:23
245:12,22,23
246:21 247:15
248:5 249:3 251:9
251:11 257:11,11
269:11 287:13
295:3 310:7 351:20
361:6 369:4
**Time/Seasonal (3)**
99:9,15 376:20
**title (2)**
81:12 205:22
**titled (1)**
99:14
**today (29)**
8:13 12:14 15:25 16:5
16:14,16,20 18:22
21:9 23:25 62:11
103:8 124:2,19
125:6 141:10
198:13,18 204:3,11
215:4 243:22
301:20 322:14
343:17,21 355:19
355:22 372:24
**today's (2)**
14:17 40:13
**told (104)**
11:10 31:10 52:5
64:12,15 69:15,23
70:10 71:18 74:17
75:20,23 76:5,8,12
76:14 101:15
104:22 105:2,4,12
106:10 107:3,16,23
107:23 108:8,10,20
108:22 109:14

110:9,25 111:18
112:9 119:19
121:17 135:5
190:19 191:20,25
199:10 201:9,12
202:22 203:9
204:24 232:7,10
234:17 236:21,23
237:5,7 240:19,21
248:15 254:23
255:9,10 278:17,21
278:22 298:6,14
300:6 302:9 303:9
308:8,10 312:9
315:12 319:16
320:13 324:8,9
326:25 327:2,3,13
327:16,23 328:13
329:21 331:9,14,18
332:10 334:10
336:19,22 339:12
339:20,25 340:10
342:8 345:6 347:11
347:18 350:8,10,13
368:20 369:14
**Tom (5)**
4:14 7:18 126:14
178:10 179:21
**tomato (2)**
185:7,11
**Tommy (9)**
47:3,6,15,18 49:9
175:3 179:4,18
301:18
**tomorrow (1)**
125:7
**tooth (1)**
325:24
**top (3)**
8:23 193:5 357:25
**topic (1)**
235:22
**tore (1)**
58:5
**touch (1)**
321:4
**tour (46)**
90:16,21 91:3,5,8
92:15 97:5,12 98:4
98:8,9 172:5 180:4

180:14,22 182:5,6,9
182:12 183:3 184:9
184:17,19 185:2,3
185:10,22 186:4,11
186:13,19 238:3,8
238:16 239:11,14
239:18,20 240:13
240:17 241:9,24
245:24 246:9,18
247:7
**tours (9)**
90:15 97:21 182:14
182:20,23 215:18
221:2 249:20
360:25
**town (17)**
20:21,23 21:13 26:17
26:19 28:14 31:8,11
252:8 262:12
331:11 332:4,4,6,7
332:10,16
**townspeople (1)**
206:19
**Trade (2)**
66:18 67:19
**trailer (1)**
57:25
**training (3)**
56:6 66:22 143:21
**transcript (2)**
14:17 378:2
**transport (1)**
220:9
**transported (2)**
219:25 220:11
**treating (3)**
67:5,8 318:21
**trial (4)**
5:9 13:20,21,24
**trick (1)**
318:21
**tried (3)**
36:21 160:15 315:4
**trip (1)**
249:9
**Trosco (3)**
227:15,17 228:18
**truck (18)**
55:4,5 56:24,25 57:3
57:18 58:4,4,9,11

58:18,20 59:7 64:13
65:11 245:4,4,7
**trucks (2)**
49:19 218:15
**true (1)**
375:14
**trustee (4)**
24:4,10 27:13,21
**Trustees (1)**
370:14
**truth (2)**
12:16,19
**truthful (1)**
33:9
**truthfully (3)**
15:25 16:17 18:22
**truthfulness (2)**
16:20 33:12
**try (4)**
111:23 112:3 288:16
289:20
**trying (14)**
59:20,21,24 61:20
95:11 107:20 133:6
154:8 155:12,15
289:8 291:6 292:2
339:18
**Tuesday (27)**
323:2,2,3,8,18,20
334:8,20 335:2,5
341:7,25 342:9,25
344:2 345:19,21
346:10,11 347:18
348:11,17,21
349:17,21 361:9,19
**tunnel (1)**
290:20
**turn (3)**
104:8 324:16 334:18
**turned (1)**
42:12
**twelve (2)**
90:18,19
**Twenty (1)**
258:13
**Twenty-six (1)**
132:7
**twice (9)**
49:14 169:4,8 170:22
194:14,22 201:25

235:2 254:17
**two (37)**
11:10 19:19 33:20,21
56:6 60:6 63:11
79:17 85:23 103:18
148:5 170:7,23
172:4 180:18
194:24 195:14,24
196:15 203:6
222:10,24 235:3
237:11 245:19,20
265:21 266:22
272:13,15 274:18
287:10 307:22
310:6 358:7,8
362:20
**two-page (5)**
99:13 216:24 223:9
223:25 377:14
**two-thirds (2)**
144:3 193:5
**Ty (1)**
133:8
**type (4)**
217:11 353:22 354:10
355:9
**typed (7)**
354:9,17 355:10,11
357:23 358:16,21

_____
**U**

**Uh-uh (1)**
332:25
**Um (1)**
221:18
**Um-hmm (1)**
37:17
**unbelievable (1)**
34:7
**underage (1)**
232:16
**underneath (7)**
205:7 222:5,6,7,8,9
222:11
**understand (47)**
12:13,17,21 14:14,23
15:3 32:24 33:6,11
50:4 68:10 77:23
109:12 118:8
120:13 124:17

Contains Confidential Portions

141:8 148:6,9,19
151:11 152:25
154:18 159:22
169:6 172:12 181:3
184:5 229:17
238:13 239:21
241:8 242:14 243:4
243:6,7 247:3
276:18 279:3 281:2
285:20 291:16
299:13 309:12
346:18,19 354:14
**understanding (54)**
25:9,12,17,21 32:21
51:11 63:11,21
64:18 76:12,13
77:17 78:5,15 109:4
109:17 110:14,17
111:12 130:9
131:15 132:18
142:16 146:9,13,17
147:5,14 148:20
149:5,11 150:10,20
152:2,5,21 153:9
157:5 159:8,17
160:5,6 162:10
193:11 240:17
242:9 299:16 338:4
338:12,16 349:5
358:19 359:8
373:17
**understands (1)**
185:9
**understood (4)**
15:10 149:6 150:3
157:15
**unemployment (4)**
215:9,13,17,20
**uniform (2)**
227:13 233:12
**Uniondale (1)**
3:21
**unit (22)**
48:2,3,5,7,8,9,17
49:16,17,18,19 55:5
57:6 65:13,15,18,23
65:25 66:7,14,17
67:4
**UNITED (1)**
1:2

**unquote (1)**
277:3
**upset (2)**
128:5 269:3
**use (16)**
15:4 63:13 82:8 128:8
128:24 130:12,18
130:25 131:8 219:8
308:10 370:20
371:5 372:2,8 373:9
**uses (1)**
197:9
**U.S.C (1)**
145:9

─────── V ───────

**v (1)**
378:3
**vague (1)**
75:15
**van (32)**
37:20 39:2 283:19,20
283:23 284:2
285:14 286:24
288:17,18,20,24
290:2,22 291:3,6,18
291:21 292:7,9,13
293:4,8,13 296:17
296:20 298:23
305:24 322:8 334:3
343:10 365:18
**varied (5)**
92:4 94:21 182:17
183:7,7
**vary (1)**
92:5
**vehicle (2)**
195:10 218:6
**verbal (6)**
14:10 43:12 62:4,9
63:7,8
**verbally (6)**
42:25 43:2,3,16 62:13
105:11
**versus (2)**
6:5 310:25
**VIDEOGRAPHER...**
6:2,25 96:20,23 189:4
190:4 292:18,21
340:24 341:3 374:2

**videotaped (4)**
1:17 2:9 6:3 374:5
**view (2)**
280:23 293:9
**village (13)**
1:7 3:17 6:5,15
137:15 138:8
206:25 226:25
227:10 249:7
376:22 377:7 378:3
**Vinnie (1)**
264:19
**Violations (1)**
204:14
**visible (1)**
271:19
**vision (1)**
290:20
**visitors (1)**
172:21
**vodka (2)**
185:7,11
**volly (2)**
71:6,8
**voluntarily (2)**
67:22 216:13
**volunteer (2)**
71:9,11

─────── W ───────

**W (2)**
3:14 6:17
**wage (1)**
210:4
**Wage/Salary (2)**
211:9 377:9
**wait (7)**
126:19 150:17,17
282:12 304:19
324:5 369:19
**waived (1)**
5:5
**waiver (3)**
111:23 112:3,5
**wakes (1)**
364:19
**walk (15)**
49:20 232:21 269:5
301:13,14,21

303:19 304:3,7,9,22
304:24 305:4
308:25 309:11
**walked (11)**
267:22 301:25 302:7
302:15,20 304:13
313:5,16 314:5,6,7
**walking (4)**
131:17 187:16 308:22
310:13
**wall (9)**
63:15 274:17,21,23
274:24 275:2,5
302:2,20
**Walter (1)**
92:6
**want (45)**
22:21 71:5 83:11
91:12 103:6 114:21
114:23,25 117:25
128:24 135:8
146:16 147:4
149:10,16,17 151:4
151:9,16 156:17
159:15 180:16
185:8 197:13
224:25 225:6
235:23 236:4,12,16
236:19 237:14
244:2 247:3 271:18
310:10,24 319:9
327:18,19 328:24
340:18 354:14
365:7 367:4
**wanted (9)**
7:21 107:10 124:24
312:15 317:10
318:20,21 342:10
346:20
**wasn't (29)**
12:11 70:21 88:19
92:22 93:12 96:9
98:10 104:4 159:13
160:22 174:19
186:20 196:17
234:10,15 251:18
265:11 266:22
268:17,17,18,22
303:21,22 308:3
314:2 320:23 331:8

365:6
**waste (1)**
170:2
**watching (1)**
266:23
**water (6)**
43:18,21,25 252:16
252:19,20
**way (40)**
21:20 22:21 40:18
51:14 71:3 74:16
102:18 144:4 150:3
156:15,17 157:15
159:7 163:21 164:7
170:16 196:5,7
204:4 208:11
221:15 229:8
252:12 263:14,20
263:21 265:14
266:19 275:23
282:23 291:3 294:6
294:9 318:10
331:25 346:24
349:23 351:10
367:7 375:19
**ways (2)**
114:20 252:9
**weapon (12)**
120:18,20,21,22,24
121:3 219:25 220:9
220:24 225:10,11
225:22
**weapons (5)**
221:11,22,24 223:11
377:15
**wearing (8)**
233:12 258:21,24
259:3 275:17,18
276:2 277:24
**Wednesday (4)**
246:21,23 247:5
342:9
**week (19)**
17:2,2 30:7 116:7
152:14,15,20 157:6
157:7,8 159:9,18
160:7 182:14,22
210:11 246:8,18
247:7
**weeks (5)**

Contains Confidential Portions

10:6 29:25 180:18
358:8,8
**WelChol (6)**
17:23,25 18:2,8,10,17
**well-known (1)**
350:9
**Welsh (1)**
32:10
**went (46)**
11:22,25 37:14 49:23
55:8,15 56:24 59:12
68:20,20 70:13,16
71:23,25 87:2,3
133:10,16,17
185:10 202:18
212:15 214:19
228:2 232:2 233:6
265:4 268:4,8,10
269:5,14 281:8
285:5 291:11
295:21 306:7
308:18 315:23
318:3 319:18 323:2
328:14 334:8,21
368:22
**weren't (8)**
36:7 126:8 184:24
221:13 251:15,19
268:20 359:14
**west (2)**
304:25 305:5
**we'll (8)**
29:11 43:23 91:18
96:18 154:22
161:15 234:3
302:11
**we're (15)**
6:7 14:16 29:14 190:4
196:3 250:5,10
292:21 341:3
345:18,19 364:6
372:20 373:17
374:2
**We've (5)**
119:17,22,24 120:4
359:21
**whatsoever (1)**
25:16
**WHEREOF (1)**
375:21

**whoa (3)**
150:14,14,14
**wife (2)**
35:19,21
**Wigdor (4)**
2:11 3:4 6:12 7:16
**William (1)**
41:5
**Williamsburg (3)**
56:13,15,23
**winter (1)**
152:14
**withdraw (1)**
282:4
**witness (65)**
6:23 7:2,4 8:20 13:24
27:15 37:3,4,10
39:2,15 40:4,9,20
57:13 104:3 150:21
150:23,24 154:8,15
155:6,9,13 158:18
171:10,15,18
174:18 175:5,9,14
176:11,17,22
177:25 190:11,16
199:5 243:21 245:6
266:12 282:14
304:21 313:2
324:20 333:12
340:15,18,22
341:10 342:16,18
347:21,25 348:3,15
366:7,12,17 369:24
375:11,15,21 376:4
**witnessed (7)**
171:7 174:20 177:19
178:20 183:11
244:18 281:12
**witnesses (8)**
100:16 336:20 337:25
338:2,8,12,20 339:6
**woke (1)**
363:19
**woman (3)**
280:12,15 306:15
**wonder (1)**
40:17
**wondered (1)**
226:6
**wondering (1)**

331:12
**word (21)**
15:4 33:6 63:13,17,19
63:21,25 64:2 74:21
74:23 77:24 129:12
129:14,21 130:18
131:15 132:10
140:6 193:12 197:7
226:16
**words (2)**
147:3 293:24
**work (50)**
20:16,19 45:17 47:23
48:6,20 49:12 57:14
58:22,24 59:6 60:20
61:12,19 66:6 67:15
67:16,17 70:24 75:7
77:19 90:15 92:8
97:11,17 115:5
127:2,2 140:23
152:24 158:21,22
169:25 173:4
179:24,24 180:2
182:14,19 210:10
216:2 234:11
241:12 249:20
250:3,13,16 251:16
251:20 360:25
**worked (44)**
46:16,19 47:20 48:9
48:11,18 57:20 60:2
60:3 61:4,7,8,15
66:5,14 71:13 91:21
92:2,6,15,16 94:20
98:3 101:25 118:5
119:10 121:12
152:13 157:6 159:9
159:17 160:7
166:15 181:20
188:19 199:22
210:7,14 212:3
229:2 239:20,23
246:20 251:14
**working (35)**
23:13 46:12 55:7
58:20 66:25 69:16
69:20 70:21 86:16
88:2,21,25 91:11,20
92:7 97:13 98:4
108:21,23 111:3

117:9,17 120:6,10
123:14 179:23
180:11 184:24,25
187:23 194:11
215:17,22 242:21
366:4
**works (1)**
45:15
**world (2)**
66:18 182:2
**worry (1)**
302:11
**Worth (6)**
329:3,4,7,13,24
330:15
**wouldn't (5)**
81:21 219:13 280:7
280:11 319:8
**Wow (1)**
29:22
**wrestle (5)**
288:20,25 289:4,8
291:3
**wrestled (4)**
291:21 293:3,7,12
**wrestling (3)**
289:13 291:18 292:8
**wrist (6)**
286:4 287:16,20
288:10 295:19,24
**write (14)**
64:10 88:7 201:10,15
202:22,25 203:4,9
204:17,24 241:16
353:19 354:17
358:11
**writing (13)**
31:24 42:25 164:17
202:24 203:8
204:22 240:3,7,12
241:19 355:20,23
359:20
**written (12)**
54:12,16 62:5 64:21
119:6 236:7 346:4,7
346:15,16 355:14
367:7
**wrong (5)**
111:10 160:2 268:21
367:8,12

**wrote (20)**
41:21 64:11 167:19
202:13,19 339:25
349:14 353:20
354:8,16 355:16,18
358:11,13,15,20
359:24 360:2,4,5
**Wykoff (7)**
259:6 276:14 349:3
349:10 363:7 371:8
371:11
**Wykoff's (2)**
363:4 366:23

———————————
**X**
**X (7)**
1:3,16 376:2,16,16
377:2,2

———————————
**Y**
**Y (2)**
7:4 190:9
**yards (1)**
262:15
**yeah (107)**
11:17 21:14 22:6 23:5
23:8,12 25:19 27:3
31:5,12 33:8,14
46:11,24 52:18 58:7
63:12 64:14 72:10
76:2 78:11,13 79:10
80:18 82:20 85:25
88:14 91:6 93:22
95:17 103:20
107:14 109:9
111:22 117:21
128:15,25 129:11
140:15 152:11
156:23 164:12
170:6 175:11 179:7
184:18 186:6,10,17
188:10 196:5
198:11 199:22
208:9,18 216:12
225:24 226:14
232:25 236:6
241:14 243:15
245:20 247:10
248:21 252:13
254:10,17,21 255:5

Contains Confidential Portions

254:10,17,21 255:5
257:10 262:18
265:3 266:21
270:11 276:9 278:3
279:21 284:4 285:4
293:16 297:8
299:23 300:20
302:22 303:17
306:20 309:18
311:7,11 312:14
314:9,25 315:11
316:19 321:19
326:25 328:4 339:9
343:17 344:16
345:12 355:13,17
359:23,23 363:23
**year (53)**
19:19 30:2,3 58:7,8
58:19 72:22 79:20
79:24 94:19 101:22
101:24 108:13
115:14 122:10
135:9 149:20 150:8
158:21,22 160:18
176:17,20,22,24
177:8 178:17
201:20 202:2 203:4
203:6,9 204:7
210:18,19,24 211:5
213:12 214:19,24
215:5 219:5,9 220:2
220:7,17 230:21
235:5,10 252:15
323:4 364:25 368:6
**Yearly (4)**
201:6 203:22,24
377:5
**years (37)**
9:8 16:24 19:20 29:25
35:11 40:19 41:18
56:16 57:4 58:5
65:21 86:12,15,17
91:9 94:12,13 101:8
111:4 117:9,16
118:5 119:10 120:5
123:13 132:6
178:15 187:22
214:2 215:12,16
219:20,22,24
220:14 277:24

350:5
**yell (1)**
64:9
**yells (1)**
44:3
**York (47)**
1:2,20,20 2:12,12,15
3:7,7,13,21 4:7 6:23
8:24 44:25 46:18,22
46:25 47:7 50:6,13
55:3 56:25 57:6
59:11 61:12,24 62:6
64:22 65:4,12 68:7
76:16 89:7 122:2
195:7 197:6,20
216:18 217:23,25
329:14,15,18
330:16 375:4,9
377:11
**young (1)**
187:23
**Yup (1)**
201:18

_____
**Z**
_____

**Zois (1)**
229:20
**Z-o-i-s (1)**
229:20

_____
**$**
_____

**$16 (1)**
213:14
**$18 (2)**
210:5 213:22
**$19 (1)**
210:5
**$19.95 (1)**
214:8
**$20.65 (1)**
214:9

_____
**0**
_____

**0157 (1)**
34:15
**02 (8)**
67:21 91:17 96:5
108:21 110:18
121:11 149:25
219:21

**03 (3)**
94:17,23 96:8
**04 (9)**
95:5 96:8 235:11,14
235:15 249:21
250:4 261:6 365:8
**05 (11)**
95:8,19,22 96:8
143:10 145:14,24
147:21 148:20
218:16,22
**06 (10)**
91:17,18,19 95:10,11
95:12,15 214:14,15
226:10
**07 (7)**
1:6 95:12,15 225:11
225:13,23 228:8
**08 (8)**
41:13 91:19 149:25
205:18 228:5,6,8,8

_____
**1**
_____

**1 (7)**
6:3 7:24 9:9 207:7
225:25 248:11
376:18
**1st (1)**
323:8
**1/31/08 (2)**
205:12,14
**1:03 (2)**
189:5,6
**1:05 (1)**
189:3
**10 (9)**
208:14,16,18 245:14
246:2 248:7 249:8
270:25 377:16
**10:06 (2)**
2:6 6:8
**10:06:04 (1)**
6:2
**10:06:07 (1)**
6:3
**10:06:11 (1)**
6:4
**10:06:14 (1)**
6:5

**10:06:16 (1)**
6:6
**10:06:17 (1)**
6:7
**10:06:19 (1)**
6:8
**10:06:21 (1)**
6:9
**10:06:23 (2)**
6:10,11
**10:06:26 (1)**
6:12
**10:06:27 (1)**
6:13
**10:06:29 (1)**
6:14
**10:06:31 (1)**
6:15
**10:06:34 (1)**
6:16
**10:06:35 (1)**
6:17
**10:06:38 (1)**
6:18
**10:06:40 (4)**
6:19,20,21,22
**10:06:45 (1)**
6:23
**10:06:48 (2)**
6:24,25
**10:06:50 (2)**
7:2,3
**10:06:52 (3)**
7:4,5,6
**10:07:00 (2)**
7:7,8
**10:07:02 (1)**
7:9
**10:07:03 (4)**
7:10,11,12,13
**10:07:04 (1)**
7:14
**10:07:05 (1)**
7:15
**10:07:07 (1)**
7:16
**10:07:09 (1)**
7:17
**10:07:11 (1)**

7:18
**10:07:16 (1)**
7:19
**10:07:21 (2)**
7:20,21
**10:07:27 (1)**
7:22
**10:07:29 (1)**
7:23
**10:07:31 (2)**
7:24,25
**10:07:39 (2)**
8:2,3
**10:07:43 (1)**
8:4
**10:07:44 (1)**
8:5
**10:07:45 (1)**
8:6
**10:07:48 (1)**
8:7
**10:07:50 (1)**
8:8
**10:07:54 (1)**
8:9
**10:07:55 (2)**
8:10,11
**10:07:57 (1)**
8:12
**10:08:01 (1)**
8:13
**10:08:02 (1)**
8:14
**10:08:03 (1)**
8:15
**10:08:04 (1)**
8:16
**10:08:05 (1)**
8:17
**10:08:06 (2)**
8:18,19
**10:08:18 (1)**
8:20
**10:08:20 (1)**
8:21
**10:08:24 (1)**
8:22
**10:08:26 (1)**
8:23

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **10:08:31 (1)** | 10:6 | **10:10:42 (1)** | 12:15,16 | **10:12:30 (1)** |
| 8:24 | **10:09:50 (2)** | 11:11 | **10:11:34 (2)** | 13:19 |
| **10:08:33 (1)** | 10:7,8 | **10:10:45 (2)** | 12:17,18 | **10:12:33 (1)** |
| 8:25 | **10:09:52 (2)** | 11:12,13 | **10:11:35 (1)** | 13:20 |
| **10:08:34 (2)** | 10:9,10 | **10:10:47 (1)** | 12:19 | **10:12:38 (1)** |
| 9:2,3 | **10:09:54 (1)** | 11:14 | **10:11:37 (1)** | 13:21 |
| **10:08:35 (2)** | 10:11 | **10:10:50 (1)** | 12:20 | **10:12:39 (1)** |
| 9:4,5 | **10:09:55 (1)** | 11:15 | **10:11:40 (2)** | 13:22 |
| **10:08:36 (1)** | 10:12 | **10:10:51 (1)** | 12:21,22 | **10:12:42 (1)** |
| 9:6 | **10:09:59 (1)** | 11:16 | **10:11:41 (1)** | 13:23 |
| **10:08:37 (1)** | 10:13 | **10:10:53 (1)** | 12:23 | **10:12:45 (1)** |
| 9:7 | **10:10:00 (1)** | 11:17 | **10:11:43 (1)** | 13:24 |
| **10:08:38 (1)** | 10:14 | **10:10:54 (1)** | 12:24 | **10:12:48 (1)** |
| 9:8 | **10:10:02 (1)** | 11:18 | **10:11:46 (1)** | 13:25 |
| **10:08:41 (1)** | 10:15 | **10:10:56 (1)** | 12:25 | **10:12:49 (1)** |
| 9:9 | **10:10:04 (1)** | 11:19 | **10:11:50 (1)** | 14:2 |
| **10:08:51 (1)** | 10:16 | **10:10:58 (1)** | 13:2 | **10:12:51 (1)** |
| 9:10 | **10:10:06 (3)** | 11:20 | **10:11:52 (1)** | 14:3 |
| **10:08:53 (1)** | 10:17,18,19 | **10:11:00 (1)** | 13:3 | **10:12:54 (2)** |
| 9:11 | **10:10:08 (1)** | 11:21 | **10:11:54 (1)** | 14:4,5 |
| **10:08:54 (1)** | 10:20 | **10:11:01 (1)** | 13:4 | **10:12:55 (1)** |
| 9:12 | **10:10:11 (1)** | 11:22 | **10:11:55 (1)** | 14:6 |
| **10:08:58 (1)** | 10:21 | **10:11:03 (1)** | 13:5 | **10:13:01 (1)** |
| 9:13 | **10:10:12 (1)** | 11:23 | **10:11:58 (1)** | 14:7 |
| **10:09:00 (1)** | 10:22 | **10:11:07 (2)** | 13:6 | **10:13:04 (1)** |
| 9:14 | **10:10:14 (1)** | 11:24,25 | **10:11:59 (1)** | 14:8 |
| **10:09:02 (1)** | 10:23 | **10:11:09 (1)** | 13:7 | **10:13:05 (1)** |
| 9:15 | **10:10:16 (1)** | 12:2 | **10:12:00 (1)** | 14:9 |
| **10:09:05 (1)** | 10:24 | **10:11:11 (1)** | 13:8 | **10:13:06 (1)** |
| 9:16 | **10:10:19 (1)** | 12:3 | **10:12:02 (1)** | 14:10 |
| **10:09:10 (1)** | 10:25 | **10:11:12 (1)** | 13:9 | **10:13:08 (1)** |
| 9:17 | **10:10:20 (1)** | 12:4 | **10:12:03 (1)** | 14:11 |
| **10:09:13 (1)** | 11:2 | **10:11:15 (1)** | 13:10 | **10:13:10 (1)** |
| 9:18 | **10:10:22 (1)** | 12:5 | **10:12:07 (1)** | 14:12 |
| **10:09:17 (1)** | 11:3 | **10:11:17 (2)** | 13:11 | **10:13:12 (1)** |
| 9:19 | **10:10:23 (1)** | 12:6,7 | **10:12:12 (1)** | 14:13 |
| **10:09:21 (1)** | 11:4 | **10:11:18 (1)** | 13:12 | **10:13:13 (1)** |
| 9:20 | **10:10:24 (1)** | 12:8 | **10:12:15 (1)** | 14:14 |
| **10:09:24 (1)** | 11:5 | **10:11:21 (1)** | 13:13 | **10:13:14 (2)** |
| 9:21 | **10:10:27 (1)** | 12:9 | **10:12:18 (1)** | 14:15,16 |
| **10:09:28 (2)** | 11:6 | **10:11:22 (2)** | 13:14 | **10:13:17 (1)** |
| 9:22,23 | **10:10:30 (1)** | 12:10,11 | **10:12:19 (1)** | 14:17 |
| **10:09:31 (1)** | 11:7 | **10:11:24 (1)** | 13:15 | **10:13:20 (1)** |
| 9:24 | **10:10:31 (1)** | 12:12 | **10:12:26 (1)** | 14:18 |
| **10:09:33 (3)** | 11:8 | **10:11:27 (1)** | 13:16 | **10:13:22 (1)** |
| 9:25 10:2,3 | **10:10:35 (1)** | 12:13 | **10:12:28 (1)** | 14:19 |
| **10:09:46 (2)** | 11:9 | **10:11:31 (1)** | 13:17 | **10:13:25 (1)** |
| 10:4,5 | **10:10:39 (1)** | 12:14 | **10:12:29 (1)** | 14:20 |
| **10:09:48 (1)** | 11:10 | **10:11:32 (2)** | 13:18 | **10:13:28 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 14:21 | **10:14:19 (1)** | 17:7 | **10:16:25 (1)** | 19:14 |
| **10:13:29 (1)** | 16:3 | **10:15:23 (1)** | 18:10 | **10:17:18 (1)** |
| 14:22 | **10:14:23 (1)** | 17:8 | **10:16:29 (1)** | 19:15 |
| **10:13:30 (1)** | 16:4 | **10:15:26 (1)** | 18:11 | **10:17:22 (1)** |
| 14:23 | **10:14:25 (1)** | 17:9 | **10:16:30 (1)** | 19:16 |
| **10:13:33 (1)** | 16:5 | **10:15:28 (1)** | 18:12 | **10:17:24 (1)** |
| 14:24 | **10:14:27 (1)** | 17:10 | **10:16:34 (1)** | 19:17 |
| **10:13:36 (1)** | 16:6 | **10:15:31 (2)** | 18:13 | **10:17:27 (1)** |
| 14:25 | **10:14:32 (2)** | 17:11,12 | **10:16:37 (1)** | 19:18 |
| **10:13:38 (2)** | 16:7,8 | **10:15:33 (1)** | 18:14 | **10:17:36 (1)** |
| 15:2,3 | **10:14:33 (1)** | 17:13 | **10:16:39 (3)** | 19:19 |
| **10:13:41 (1)** | 16:9 | **10:15:34 (1)** | 18:15,16,17 | **10:17:38 (2)** |
| 15:4 | **10:14:34 (2)** | 17:14 | **10:16:41 (1)** | 19:20,21 |
| **10:13:42 (1)** | 16:10,11 | **10:15:38 (1)** | 18:18 | **10:17:40 (1)** |
| 15:5 | **10:14:37 (1)** | 17:15 | **10:16:45 (1)** | 19:22 |
| **10:13:45 (2)** | 16:12 | **10:15:40 (1)** | 18:19 | **10:17:41 (1)** |
| 15:6,7 | **10:14:40 (1)** | 17:16 | **10:16:46 (1)** | 19:23 |
| **10:13:46 (1)** | 16:13 | **10:15:44 (1)** | 18:20 | **10:17:42 (1)** |
| 15:8 | **10:14:43 (1)** | 17:17 | **10:16:49 (1)** | 19:24 |
| **10:13:47 (1)** | 16:14 | **10:15:46 (1)** | 18:21 | **10:17:44 (1)** |
| 15:9 | **10:14:45 (1)** | 17:18 | **10:16:52 (1)** | 19:25 |
| **10:13:51 (1)** | 16:15 | **10:15:49 (2)** | 18:22 | **10:17:45 (1)** |
| 15:10 | **10:14:46 (1)** | 17:19,20 | **10:16:54 (1)** | 20:2 |
| **10:13:52 (2)** | 16:16 | **10:15:52 (1)** | 18:23 | **10:17:46 (1)** |
| 15:11,12 | **10:14:48 (1)** | 17:21 | **10:16:56 (1)** | 20:3 |
| **10:13:53 (1)** | 16:17 | **10:15:55 (1)** | 18:24 | **10:17:47 (1)** |
| 15:13 | **10:14:51 (2)** | 17:22 | **10:16:58 (1)** | 20:4 |
| **10:13:58 (1)** | 16:18,19 | **10:15:56 (1)** | 18:25 | **10:17:48 (1)** |
| 15:14 | **10:14:53 (1)** | 17:23 | **10:17:01 (1)** | 20:5 |
| **10:14:00 (1)** | 16:20 | **10:16:00 (1)** | 19:2 | **10:17:49 (2)** |
| 15:15 | **10:14:56 (2)** | 17:24 | **10:17:03 (1)** | 20:6,7 |
| **10:14:02 (2)** | 16:21,22 | **10:16:01 (1)** | 19:3 | **10:17:52 (1)** |
| 15:16,17 | **10:14:57 (1)** | 17:25 | **10:17:04 (1)** | 20:8 |
| **10:14:03 (1)** | 16:23 | **10:16:02 (1)** | 19:4 | **10:17:53 (1)** |
| 15:18 | **10:14:59 (1)** | 18:2 | **10:17:06 (2)** | 20:9 |
| **10:14:06 (1)** | 16:24 | **10:16:03 (1)** | 19:5,6 | **10:17:56 (1)** |
| 15:19 | **10:15:03 (1)** | 18:3 | **10:17:07 (1)** | 20:10 |
| **10:14:07 (1)** | 16:25 | **10:16:09 (1)** | 19:7 | **10:17:57 (1)** |
| 15:20 | **10:15:04 (1)** | 18:4 | **10:17:10 (1)** | 20:11 |
| **10:14:08 (1)** | 17:2 | **10:16:13 (1)** | 19:8 | **10:17:58 (1)** |
| 15:21 | **10:15:06 (1)** | 18:5 | **10:17:11 (1)** | 20:12 |
| **10:14:09 (2)** | 17:3 | **10:16:16 (1)** | 19:9 | **10:17:59 (1)** |
| 15:22,23 | **10:15:07 (1)** | 18:6 | **10:17:12 (1)** | 20:13 |
| **10:14:13 (1)** | 17:4 | **10:16:17 (1)** | 19:10 | **10:18:02 (1)** |
| 15:24 | **10:15:10 (1)** | 18:7 | **10:17:13 (1)** | 20:14 |
| **10:14:15 (1)** | 17:5 | **10:16:18 (1)** | 19:11 | **10:18:04 (1)** |
| 15:25 | **10:15:18 (1)** | 18:8 | **10:17:15 (2)** | 20:15 |
| **10:14:18 (1)** | 17:6 | **10:16:21 (1)** | 19:12,13 | **10:18:05 (1)** |
| 16:2 | **10:15:20 (1)** | 18:9 | **10:17:17 (1)** | 20:16 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **10:18:08 (1)** | 21:22 | **10:20:43 (1)** | 24:5 | **10:22:34 (1)** |
| 20:17 | **10:19:35 (1)** | 23:4 | **10:21:39 (2)** | 25:14 |
| **10:18:09 (1)** | 21:23 | **10:20:46 (1)** | 24:6,7 | **10:22:39 (1)** |
| 20:18 | **10:19:40 (1)** | 23:5 | **10:21:42 (3)** | 25:15 |
| **10:18:12 (1)** | 21:24 | **10:20:47 (2)** | 24:8,9,10 | **10:22:43 (1)** |
| 20:19 | **10:19:41 (1)** | 23:6,7 | **10:21:44 (1)** | 25:16 |
| **10:18:14 (1)** | 21:25 | **10:20:50 (1)** | 24:11 | **10:22:46 (1)** |
| 20:20 | **10:19:45 (2)** | 23:8 | **10:21:46 (1)** | 25:17 |
| **10:18:24 (1)** | 22:2,3 | **10:20:51 (1)** | 24:12 | **10:22:49 (1)** |
| 20:21 | **10:19:47 (1)** | 23:9 | **10:21:48 (2)** | 25:18 |
| **10:18:33 (1)** | 22:4 | **10:20:54 (1)** | 24:13,14 | **10:22:51 (1)** |
| 20:22 | **10:19:49 (3)** | 23:10 | **10:21:50 (1)** | 25:19 |
| **10:18:35 (1)** | 22:5,6,7 | **10:20:55 (1)** | 24:15 | **10:22:52 (1)** |
| 20:23 | **10:19:50 (1)** | 23:11 | **10:21:52 (2)** | 25:20 |
| **10:18:38 (1)** | 22:8 | **10:20:58 (1)** | 24:16,17 | **10:22:55 (1)** |
| 20:24 | **10:19:54 (1)** | 23:12 | **10:21:53 (1)** | 25:21 |
| **10:18:43 (1)** | 22:9 | **10:21:00 (1)** | 24:18 | **10:22:56 (1)** |
| 20:25 | **10:19:56 (1)** | 23:13 | **10:21:55 (1)** | 25:22 |
| **10:18:44 (1)** | 22:10 | **10:21:03 (1)** | 24:19 | **10:23:05 (1)** |
| 21:2 | **10:19:59 (1)** | 23:14 | **10:21:57 (1)** | 25:23 |
| **10:18:46 (1)** | 22:11 | **10:21:04 (1)** | 24:20 | **10:23:07 (1)** |
| 21:3 | **10:20:00 (1)** | 23:15 | **10:21:59 (2)** | 25:24 |
| **10:18:47 (2)** | 22:12 | **10:21:07 (1)** | 24:21,22 | **10:23:09 (1)** |
| 21:4,5 | **10:20:01 (1)** | 23:16 | **10:22:02 (1)** | 25:25 |
| **10:18:49 (1)** | 22:13 | **10:21:12 (1)** | 24:23 | **10:23:12 (1)** |
| 21:6 | **10:20:03 (2)** | 23:17 | **10:22:05 (2)** | 26:2 |
| **10:18:50 (1)** | 22:14,15 | **10:21:15 (1)** | 24:24,25 | **10:23:15 (2)** |
| 21:7 | **10:20:05 (1)** | 23:18 | **10:22:07 (1)** | 26:3,4 |
| **10:18:52 (2)** | 22:16 | **10:21:16 (1)** | 25:2 | **10:23:24 (1)** |
| 21:8,9 | **10:20:07 (1)** | 23:19 | **10:22:10 (1)** | 26:5 |
| **10:18:54 (2)** | 22:17 | **10:21:17 (1)** | 25:3 | **10:23:27 (1)** |
| 21:10,11 | **10:20:11 (1)** | 23:20 | **10:22:12 (1)** | 26:6 |
| **10:18:55 (1)** | 22:18 | **10:21:18 (1)** | 25:4 | **10:23:29 (1)** |
| 21:12 | **10:20:14 (1)** | 23:21 | **10:22:13 (1)** | 26:7 |
| **10:19:00 (1)** | 22:19 | **10:21:23 (1)** | 25:5 | **10:23:33 (1)** |
| 21:13 | **10:20:18 (1)** | 23:22 | **10:22:19 (1)** | 26:8 |
| **10:19:02 (1)** | 22:20 | **10:21:27 (1)** | 25:6 | **10:23:34 (2)** |
| 21:14 | **10:20:24 (1)** | 23:23 | **10:22:21 (1)** | 26:9,10 |
| **10:19:05 (2)** | 22:21 | **10:21:28 (1)** | 25:7 | **10:23:36 (1)** |
| 21:15,16 | **10:20:29 (1)** | 23:24 | **10:22:24 (1)** | 26:11 |
| **10:19:12 (2)** | 22:22 | **10:21:29 (1)** | 25:8 | **10:23:38 (1)** |
| 21:17,18 | **10:20:32 (1)** | 23:25 | **10:22:25 (1)** | 26:12 |
| **10:19:14 (1)** | 22:23 | **10:21:30 (1)** | 25:9 | **10:23:42 (1)** |
| 21:19 | **10:20:36 (2)** | 24:2 | **10:22:27 (1)** | 26:13 |
| **10:19:19 (1)** | 22:24,25 | **10:21:31 (1)** | 25:10 | **10:23:45 (1)** |
| 21:20 | **10:20:37 (1)** | 24:3 | **10:22:29 (2)** | 26:14 |
| **10:19:25 (1)** | 23:2 | **10:21:34 (1)** | 25:11,12 | **10:23:47 (1)** |
| 21:21 | **10:20:38 (1)** | 24:4 | **10:22:31 (1)** | 26:15 |
| **10:19:33 (1)** | 23:3 | **10:21:36 (1)** | 25:13 | **10:23:50 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 26:16 | **10:24:52 (2)** | 28:25 29:2 | **10:26:56 (1)** | 31:11 |
| **10:23:51 (1)** | 27:21,22 | **10:25:57 (1)** | 30:9 | **10:28:00 (1)** |
| 26:17 | **10:24:54 (2)** | 29:3 | **10:26:57 (1)** | 31:12 |
| **10:23:55 (1)** | 27:23,24 | **10:25:59 (1)** | 30:10 | **10:28:03 (1)** |
| 26:18 | **10:24:56 (1)** | 29:4 | **10:26:58 (1)** | 31:13 |
| **10:23:58 (1)** | 27:25 | **10:26:01 (1)** | 30:11 | **10:28:05 (1)** |
| 26:19 | **10:24:59 (1)** | 29:5 | **10:27:00 (1)** | 31:14 |
| **10:23:59 (1)** | 28:2 | **10:26:02 (1)** | 30:12 | **10:28:07 (1)** |
| 26:20 | **10:25:01 (1)** | 29:6 | **10:27:03 (1)** | 31:15 |
| **10:24:04 (1)** | 28:3 | **10:26:03 (2)** | 30:13 | **10:28:10 (1)** |
| 26:21 | **10:25:02 (1)** | 29:7,8 | **10:27:07 (1)** | 31:16 |
| **10:24:07 (1)** | 28:4 | **10:26:05 (1)** | 30:14 | **10:28:11 (1)** |
| 26:22 | **10:25:05 (2)** | 29:9 | **10:27:10 (1)** | 31:17 |
| **10:24:08 (1)** | 28:5,6 | **10:26:06 (2)** | 30:15 | **10:28:12 (1)** |
| 26:23 | **10:25:08 (1)** | 29:10,11 | **10:27:13 (1)** | 31:18 |
| **10:24:10 (1)** | 28:7 | **10:26:07 (3)** | 30:16 | **10:28:16 (1)** |
| 26:24 | **10:25:09 (1)** | 29:12,13,14 | **10:27:14 (1)** | 31:19 |
| **10:24:14 (1)** | 28:8 | **10:26:08 (1)** | 30:17 | **10:28:19 (1)** |
| 26:25 | **10:25:10 (1)** | 29:15 | **10:27:17 (1)** | 31:20 |
| **10:24:15 (1)** | 28:9 | **10:26:10 (1)** | 30:18 | **10:28:20 (1)** |
| 27:2 | **10:25:14 (1)** | 29:16 | **10:27:18 (2)** | 31:21 |
| **10:24:17 (1)** | 28:10 | **10:26:14 (1)** | 30:19,20 | **10:28:21 (2)** |
| 27:3 | **10:25:18 (1)** | 29:17,18 | **10:27:20 (1)** | 31:22,23 |
| **10:24:21 (1)** | 28:11 | **10:26:16 (1)** | 30:21 | **10:28:26 (1)** |
| 27:4 | **10:25:21 (1)** | 29:19 | **10:27:22 (2)** | 31:24 |
| **10:24:22 (1)** | 28:12 | **10:26:19 (1)** | 30:22,23 | **10:28:27 (2)** |
| 27:5 | **10:25:23 (1)** | 29:20 | **10:27:29 (1)** | 31:25 32:2 |
| **10:24:26 (1)** | 28:13 | **10:26:21 (2)** | 30:24 | **10:28:31 (1)** |
| 27:6 | **10:25:29 (1)** | 29:21,22 | **10:27:31 (1)** | 32:3 |
| **10:24:28 (1)** | 28:14 | **10:26:29 (1)** | 30:25 | **10:28:32 (1)** |
| 27:7 | **10:25:31 (1)** | 29:23 | **10:27:33 (1)** | 32:4 |
| **10:24:30 (2)** | 28:15 | **10:26:31 (1)** | 31:2 | **10:28:39 (1)** |
| 27:8,9 | **10:25:33 (1)** | 29:24 | **10:27:34 (1)** | 32:5 |
| **10:24:31 (2)** | 28:16 | **10:26:33 (1)** | 31:3 | **10:28:41 (1)** |
| 27:10,11 | **10:25:36 (1)** | 29:25 | **10:27:36 (1)** | 32:6 |
| **10:24:35 (2)** | 28:17 | **10:26:35 (1)** | 31:4 | **10:28:44 (1)** |
| 27:12,13 | **10:25:38 (1)** | 30:2 | **10:27:37 (1)** | 32:7 |
| **10:24:38 (1)** | 28:18 | **10:26:39 (1)** | 31:5 | **10:28:46 (1)** |
| 27:14 | **10:25:40 (1)** | 30:3 | **10:27:44 (1)** | 32:8 |
| **10:24:39 (2)** | 28:19 | **10:26:42 (1)** | 31:6 | **10:28:47 (1)** |
| 27:15,16 | **10:25:42 (1)** | 30:4 | **10:27:45 (1)** | 32:9 |
| **10:24:40 (1)** | 28:20 | **10:26:43 (1)** | 31:7 | **10:28:50 (1)** |
| 27:17 | **10:25:45 (2)** | 30:5 | **10:27:48 (1)** | 32:10 |
| **10:24:43 (1)** | 28:21,22 | **10:26:46 (1)** | 31:8 | **10:28:51 (1)** |
| 27:18 | **10:25:47 (1)** | 30:6 | **10:27:53 (1)** | 32:11 |
| **10:24:46 (1)** | 28:23 | **10:26:51 (1)** | 31:9 | **10:28:53 (1)** |
| 27:19 | **10:25:50 (1)** | 30:7 | **10:27:56 (1)** | 32:12 |
| **10:24:49 (1)** | 28:24 | **10:26:54 (1)** | 31:10 | **10:28:59 (1)** |
| 27:20 | **10:25:53 (2)** | 30:8 | **10:27:58 (1)** | 32:13 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **10:29:02 (1)** | 33:14 | **10:31:00 (1)** | 35:21 | **10:33:46 (1)** |
| 32:14 | **10:30:03 (1)** | 34:17 | **10:32:27 (1)** | 36:24 |
| **10:29:03 (1)** | 33:15 | **10:31:04 (1)** | 35:22 | **10:33:48 (1)** |
| 32:15 | **10:30:04 (2)** | 34:18 | **10:32:30 (1)** | 36:25 |
| **10:29:08 (1)** | 33:16,17 | **10:31:05 (1)** | 35:23 | **10:33:50 (2)** |
| 32:16 | **10:30:09 (1)** | 34:19 | **10:32:32 (1)** | 37:2,3 |
| **10:29:10 (1)** | 33:18 | **10:31:07 (1)** | 35:24 | **10:33:52 (1)** |
| 32:17 | **10:30:10 (1)** | 34:20 | **10:32:33 (1)** | 37:4 |
| **10:29:15 (1)** | 33:19 | **10:31:15 (1)** | 35:25 | **10:33:54 (2)** |
| 32:18 | **10:30:16 (1)** | 34:21 | **10:32:39 (1)** | 37:5,6 |
| **10:29:18 (1)** | 33:20 | **10:31:19 (2)** | 36:2 | **10:34:00 (1)** |
| 32:19 | **10:30:18 (1)** | 34:22,23 | **10:32:40 (1)** | 37:7 |
| **10:29:21 (1)** | 33:21 | **10:31:22 (2)** | 36:3 | **10:34:02 (1)** |
| 32:20 | **10:30:20 (1)** | 34:24,25 | **10:32:41 (1)** | 37:8 |
| **10:29:25 (1)** | 33:22 | **10:31:24 (1)** | 36:4 | **10:34:03 (1)** |
| 32:21 | **10:30:23 (1)** | 35:2 | **10:32:47 (1)** | 37:9 |
| **10:29:27 (1)** | 33:23 | **10:31:25 (1)** | 36:5 | **10:34:06 (1)** |
| 32:22 | **10:30:25 (1)** | 35:3 | **10:32:49 (1)** | 37:10 |
| **10:29:28 (1)** | 33:24 | **10:31:27 (1)** | 36:6 | **10:34:11 (1)** |
| 32:23 | **10:30:26 (1)** | 35:4 | **10:32:51 (1)** | 37:11 |
| **10:29:30 (1)** | 33:25 | **10:31:28 (1)** | 36:7 | **10:34:12 (1)** |
| 32:24 | **10:30:28 (1)** | 35:5 | **10:32:52 (1)** | 37:12 |
| **10:29:34 (1)** | 34:2 | **10:31:29 (1)** | 36:8 | **10:34:23 (1)** |
| 32:25 | **10:30:30 (1)** | 35:6 | **10:32:55 (2)** | 37:13 |
| **10:29:36 (1)** | 34:3 | **10:31:31 (2)** | 36:9,10 | **10:34:38 (1)** |
| 33:2 | **10:30:31 (1)** | 35:7,8 | **10:32:59 (1)** | 37:14 |
| **10:29:37 (1)** | 34:4 | **10:31:36 (1)** | 36:11 | **10:34:39 (1)** |
| 33:3 | **10:30:32 (1)** | 35:9 | **10:33:01 (1)** | 37:15 |
| **10:29:38 (1)** | 34:5 | **10:31:45 (1)** | 36:12 | **10:34:41 (1)** |
| 33:4 | **10:30:34 (1)** | 35:10 | **10:33:02 (1)** | 37:16 |
| **10:29:40 (1)** | 34:6 | **10:31:47 (1)** | 36:13 | **10:34:44 (1)** |
| 33:5 | **10:30:38 (1)** | 35:11 | **10:33:03 (1)** | 37:17 |
| **10:29:42 (1)** | 34:7 | **10:31:56 (1)** | 36:14 | **10:34:45 (1)** |
| 33:6 | **10:30:41 (1)** | 35:12 | **10:33:05 (1)** | 37:18 |
| **10:29:44 (1)** | 34:8 | **10:31:59 (1)** | 36:15 | **10:34:48 (1)** |
| 33:7 | **10:30:43 (1)** | 35:13 | **10:33:08 (1)** | 37:19 |
| **10:29:45 (1)** | 34:9 | **10:32:02 (1)** | 36:16 | **10:34:49 (1)** |
| 33:8 | **10:30:46 (1)** | 35:14 | **10:33:10 (1)** | 37:20 |
| **10:29:47 (1)** | 34:10 | **10:32:06 (1)** | 36:17 | **10:35:01 (1)** |
| 33:9 | **10:30:47 (1)** | 35:15 | **10:33:11 (1)** | 37:21 |
| **10:29:51 (1)** | 34:11 | **10:32:07 (1)** | 36:18 | **10:35:05 (1)** |
| 33:10 | **10:30:48 (1)** | 35:16 | **10:33:13 (1)** | 37:22 |
| **10:29:54 (1)** | 34:12 | **10:32:09 (1)** | 36:19 | **10:35:09 (1)** |
| 33:11 | **10:30:51 (1)** | 35:17 | **10:33:35 (1)** | 37:23 |
| **10:29:58 (1)** | 34:13 | **10:32:16 (1)** | 36:20 | **10:35:10 (1)** |
| 33:12 | **10:30:52 (1)** | 35:18 | **10:33:37 (1)** | 37:24 |
| **10:29:59 (1)** | 34:14 | **10:32:18 (2)** | 36:21 | **10:35:13 (1)** |
| 33:13 | **10:30:53 (2)** | 35:19,20 | **10:33:44 (2)** | 37:25 |
| **10:30:00 (1)** | 34:15,16 | **10:32:23 (1)** | 36:22,23 | **10:35:17 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 38:2 | **10:36:38 (1)** | 40:5 | **10:38:34 (1)** | 42:10 |
| **10:35:22 (1)** | 39:4 | **10:37:27 (1)** | 41:10 | **10:39:56 (1)** |
| 38:3 | **10:36:39 (1)** | 40:6 | **10:38:36 (1)** | 42:11 |
| **10:35:24 (2)** | 39:5 | **10:37:28 (1)** | 41:11 | **10:39:58 (1)** |
| 38:4,5 | **10:36:43 (1)** | 40:7 | **10:38:37 (1)** | 42:12 |
| **10:35:26 (1)** | 39:6 | **10:37:31 (1)** | 41:12 | **10:40:01 (3)** |
| 38:6 | **10:36:46 (1)** | 40:8 | **10:38:48 (1)** | 42:13,15,16 |
| **10:35:29 (1)** | 39:7 | **10:37:33 (1)** | 41:13 | **10:40:03 (1)** |
| 38:7 | **10:36:47 (1)** | 40:9 | **10:38:53 (1)** | 42:14 |
| **10:35:30 (1)** | 39:8 | **10:37:34 (1)** | 41:14 | **10:40:07 (1)** |
| 38:8 | **10:36:48 (1)** | 40:10 | **10:38:55 (1)** | 42:17 |
| **10:35:34 (1)** | 39:9 | **10:37:35 (1)** | 41:15 | **10:40:08 (1)** |
| 38:9 | **10:36:51 (2)** | 40:11 | **10:38:57 (1)** | 42:18 |
| **10:35:35 (1)** | 39:10,11 | **10:37:47 (1)** | 41:16 | **10:40:09 (1)** |
| 38:10 | **10:36:53 (1)** | 40:12 | **10:38:58 (1)** | 42:19 |
| **10:35:37 (1)** | 39:12 | **10:37:49 (1)** | 41:17 | **10:40:10 (1)** |
| 38:11 | **10:36:54 (1)** | 40:13 | **10:39:06 (1)** | 42:20 |
| **10:35:42 (1)** | 39:13 | **10:37:52 (1)** | 41:18 | **10:40:11 (1)** |
| 38:12 | **10:36:56 (1)** | 40:14 | **10:39:10 (1)** | 42:21 |
| **10:35:46 (1)** | 39:14 | **10:37:54 (1)** | 41:19 | **10:40:12 (1)** |
| 38:13 | **10:36:59 (1)** | 40:15 | **10:39:13 (1)** | 42:22 |
| **10:35:49 (1)** | 39:15 | **10:37:55 (1)** | 41:20 | **10:40:15 (1)** |
| 38:14 | **10:37:02 (1)** | 40:16 | **10:39:15 (1)** | 42:23 |
| **10:35:52 (1)** | 39:16 | **10:37:59 (1)** | 41:21 | **10:40:17 (1)** |
| 38:15 | **10:37:06 (1)** | 40:17 | **10:39:19 (1)** | 42:24 |
| **10:35:54 (1)** | 39:17 | **10:38:02 (2)** | 41:22 | **10:40:19 (1)** |
| 38:16 | **10:37:08 (1)** | 40:18,19 | **10:39:21 (1)** | 42:25 |
| **10:35:58 (1)** | 39:18 | **10:38:04 (1)** | 41:23 | **10:40:21 (1)** |
| 38:17 | **10:37:10 (1)** | 40:20 | **10:39:24 (1)** | 43:2 |
| **10:35:59 (1)** | 39:19 | **10:38:06 (1)** | 41:24 | **10:40:31 (1)** |
| 38:18 | **10:37:12 (1)** | 40:21 | **10:39:30 (1)** | 43:3 |
| **10:36:00 (1)** | 39:20 | **10:38:07 (2)** | 41:25 | **10:40:34 (1)** |
| 38:19 | **10:37:13 (1)** | 40:22,23 | **10:39:31 (1)** | 43:4 |
| **10:36:05 (1)** | 39:21 | **10:38:11 (1)** | 42:2 | **10:40:38 (1)** |
| 38:20 | **10:37:14 (1)** | 40:24 | **10:39:36 (1)** | 43:5 |
| **10:36:07 (1)** | 39:22 | **10:38:13 (1)** | 42:3 | **10:40:42 (1)** |
| 38:21 | **10:37:15 (1)** | 40:25 | **10:39:39 (1)** | 43:6 |
| **10:36:15 (1)** | 39:23 | **10:38:15 (1)** | 42:4 | **10:40:46 (1)** |
| 38:22 | **10:37:16 (1)** | 41:2 | **10:39:42 (1)** | 43:7 |
| **10:36:17 (1)** | 39:24 | **10:38:16 (2)** | 42:5 | **10:40:52 (2)** |
| 38:23 | **10:37:18 (1)** | 41:3,4 | **10:39:43 (1)** | 43:8,9 |
| **10:36:24 (1)** | 39:25 | **10:38:20 (1)** | 42:6 | **10:40:57 (1)** |
| 38:24 | **10:37:20 (1)** | 41:5 | **10:39:46 (1)** | 43:10 |
| **10:36:29 (1)** | 40:2 | **10:38:23 (1)** | 42:7 | **10:40:59 (1)** |
| 38:25 | **10:37:21 (1)** | 41:6 | **10:39:47 (1)** | 43:11 |
| **10:36:30 (1)** | 40:3 | **10:38:24 (1)** | 42:8 | **10:41:06 (1)** |
| 39:2 | **10:37:22 (1)** | 41:7 | **10:39:49 (1)** | 43:12 |
| **10:36:35 (1)** | 40:4 | **10:38:33 (2)** | 42:9 | **10:41:09 (1)** |
| 39:3 | **10:37:25 (1)** | 41:8,9 | **10:39:53 (1)** | 43:13 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **10:41:10 (1)** | 44:17 | **10:43:33 (1)** | 46:22 | **10:46:15 (1)** |
| 43:14 | **10:42:23 (1)** | 45:20 | **10:44:58 (2)** | 48:3 |
| **10:41:11 (1)** | 44:18 | **10:43:35 (1)** | 46:23,24 | **10:46:16 (1)** |
| 43:15 | **10:42:32 (1)** | 45:21 | **10:45:01 (1)** | 48:4 |
| **10:41:13 (1)** | 44:19 | **10:43:38 (2)** | 46:25 | **10:46:21 (1)** |
| 43:16 | **10:42:33 (1)** | 45:22,23 | **10:45:04 (1)** | 48:5 |
| **10:41:15 (1)** | 44:20 | **10:43:40 (1)** | 47:2 | **10:46:23 (1)** |
| 43:17 | **10:42:37 (2)** | 45:24 | **10:45:13 (1)** | 48:6 |
| **10:41:28 (1)** | 44:21,22 | **10:43:42 (1)** | 47:3 | **10:46:27 (1)** |
| 43:18 | **10:42:39 (1)** | 45:25 | **10:45:29 (1)** | 48:7 |
| **10:41:31 (1)** | 44:23 | **10:43:44 (1)** | 47:4 | **10:46:28 (1)** |
| 43:19 | **10:42:47 (1)** | 46:2 | **10:45:30 (1)** | 48:8 |
| **10:41:35 (1)** | 44:24 | **10:43:51 (1)** | 47:5 | **10:46:30 (1)** |
| 43:20 | **10:42:49 (1)** | 46:3 | **10:45:33 (1)** | 48:9 |
| **10:41:38 (2)** | 44:25 | **10:43:53 (1)** | 47:6 | **10:46:37 (1)** |
| 43:21,22 | **10:42:53 (1)** | 46:4 | **10:45:37 (1)** | 48:10 |
| **10:41:39 (1)** | 45:2 | **10:43:54 (2)** | 47:7 | **10:46:38 (1)** |
| 43:23 | **10:42:56 (1)** | 46:5,6 | **10:45:40 (1)** | 48:11 |
| **10:41:41 (1)** | 45:3 | **10:43:57 (1)** | 47:8 | **10:46:40 (1)** |
| 43:24 | **10:42:59 (1)** | 46:7 | **10:45:42 (1)** | 48:12 |
| **10:41:44 (1)** | 45:4 | **10:44:00 (1)** | 47:9 | **10:46:42 (1)** |
| 43:25 | **10:43:02 (1)** | 46:8 | **10:45:44 (1)** | 48:13 |
| **10:41:46 (1)** | 45:5 | **10:44:03 (1)** | 47:10 | **10:46:46 (1)** |
| 44:2 | **10:43:03 (1)** | 46:9 | **10:45:49 (1)** | 48:14 |
| **10:41:50 (2)** | 45:6 | **10:44:04 (1)** | 47:11 | **10:46:50 (1)** |
| 44:3,4 | **10:43:09 (1)** | 46:10 | **10:45:52 (1)** | 48:15 |
| **10:41:54 (2)** | 45:7 | **10:44:06 (1)** | 47:12 | **10:46:51 (1)** |
| 44:5,6 | **10:43:13 (1)** | 46:11 | **10:45:54 (1)** | 48:16 |
| **10:41:56 (1)** | 45:8 | **10:44:18 (1)** | 47:13 | **10:46:53 (1)** |
| 44:7 | **10:43:14 (1)** | 46:12 | **10:45:56 (2)** | 48:17 |
| **10:41:57 (1)** | 45:9 | **10:44:26 (1)** | 47:14,15 | **10:46:56 (1)** |
| 44:8 | **10:43:18 (1)** | 46:13 | **10:45:59 (1)** | 48:18 |
| **10:41:58 (1)** | 45:10 | **10:44:27 (1)** | 47:16 | **10:46:59 (1)** |
| 44:9 | **10:43:20 (1)** | 46:14 | **10:46:00 (1)** | 48:19 |
| **10:42:00 (1)** | 45:11 | **10:44:34 (1)** | 47:17 | **10:47:01 (1)** |
| 44:10 | **10:43:21 (1)** | 46:15 | **10:46:03 (1)** | 48:20 |
| **10:42:02 (1)** | 45:12 | **10:44:38 (1)** | 47:18 | **10:47:03 (1)** |
| 44:11 | **10:43:24 (1)** | 46:16 | **10:46:04 (2)** | 48:21 |
| **10:42:03 (1)** | 45:13 | **10:44:40 (1)** | 47:19,20 | **10:47:04 (1)** |
| 44:12 | **10:43:25 (1)** | 46:17 | **10:46:08 (1)** | 48:22 |
| **10:42:06 (1)** | 45:14 | **10:44:43 (1)** | 47:21 | **10:47:05 (2)** |
| 44:13 | **10:43:28 (2)** | 46:18 | **10:46:09 (2)** | 48:23,24 |
| **10:42:11 (1)** | 45:15,16 | **10:44:46 (1)** | 47:22,23 | **10:47:06 (1)** |
| 44:14 | **10:43:29 (1)** | 46:19 | **10:46:10 (1)** | 48:25 |
| **10:42:14 (1)** | 45:17 | **10:44:48 (1)** | 47:24 | **10:47:07 (2)** |
| 44:15 | **10:43:30 (1)** | 46:20 | **10:46:11 (1)** | 49:2,3 |
| **10:42:16 (1)** | 45:18 | **10:44:50 (1)** | 47:25 | **10:47:10 (3)** |
| 44:16 | **10:43:32 (1)** | 46:21 | **10:46:14 (1)** | 49:4,5,6 |
| **10:42:19 (1)** | 45:19 | **10:44:53 (1)** | 48:2 | **10:47:13 (2)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 49:7,8 | **10:48:29 (1)** | 51:15 | **10:50:48 (2)** | 53:22 |
| **10:47:14 (1)** | 50:12 | **10:49:52 (1)** | 52:18,19 | **10:51:45 (1)** |
| 49:9 | **10:48:32 (1)** | 51:16 | **10:50:51 (1)** | 53:23 |
| **10:47:15 (1)** | 50:13 | **10:49:55 (1)** | 52:20 | **10:51:46 (1)** |
| 49:10 | **10:48:35 (1)** | 51:17 | **10:50:53 (1)** | 53:24 |
| **10:47:16 (2)** | 50:14 | **10:49:56 (1)** | 52:21 | **10:51:47 (1)** |
| 49:11,12 | **10:48:37 (1)** | 51:18 | **10:50:56 (2)** | 53:25 |
| **10:47:17 (1)** | 50:15 | **10:49:57 (1)** | 52:22,23 | **10:51:50 (2)** |
| 49:13 | **10:48:39 (1)** | 51:19 | **10:50:57 (1)** | 54:2,3 |
| **10:47:18 (1)** | 50:16 | **10:50:00 (1)** | 52:24 | **10:51:54 (1)** |
| 49:14 | **10:48:45 (1)** | 51:20 | **10:51:00 (1)** | 54:4 |
| **10:47:22 (1)** | 50:17 | **10:50:01 (1)** | 52:25 | **10:51:55 (1)** |
| 49:15 | **10:48:47 (1)** | 51:21 | **10:51:01 (2)** | 54:5 |
| **10:47:30 (1)** | 50:18 | **10:50:04 (1)** | 53:2,3 | **10:51:58 (1)** |
| 49:16 | **10:48:49 (1)** | 51:22 | **10:51:02 (1)** | 54:6 |
| **10:47:32 (1)** | 50:19 | **10:50:05 (1)** | 53:4 | **10:52:02 (2)** |
| 49:17 | **10:48:55 (2)** | 51:23 | **10:51:03 (1)** | 54:7,8 |
| **10:47:35 (2)** | 50:20,21 | **10:50:07 (1)** | 53:5 | **10:52:03 (2)** |
| 49:18,19 | **10:48:57 (2)** | 51:24 | **10:51:05 (1)** | 54:9,10 |
| **10:47:37 (1)** | 50:22,23 | **10:50:08 (1)** | 53:6 | **10:52:06 (1)** |
| 49:20 | **10:48:58 (1)** | 51:25 | **10:51:07 (1)** | 54:11 |
| **10:47:49 (1)** | 50:24 | **10:50:09 (1)** | 53:7 | **10:52:09 (1)** |
| 49:21 | **10:49:05 (1)** | 52:2 | **10:51:09 (1)** | 54:12 |
| **10:47:51 (1)** | 50:25 | **10:50:11 (1)** | 53:8 | **10:52:11 (1)** |
| 49:22 | **10:49:07 (1)** | 52:3 | **10:51:11 (1)** | 54:13 |
| **10:47:57 (1)** | 51:2 | **10:50:12 (1)** | 53:9 | **10:52:12 (1)** |
| 49:23 | **10:49:09 (2)** | 52:4 | **10:51:16 (1)** | 54:14 |
| **10:47:59 (1)** | 51:3,4 | **10:50:15 (1)** | 53:10 | **10:52:13 (1)** |
| 49:24 | **10:49:15 (1)** | 52:5 | **10:51:18 (1)** | 54:15 |
| **10:48:01 (2)** | 51:5 | **10:50:18 (1)** | 53:11 | **10:52:14 (1)** |
| 49:25 50:2 | **10:49:18 (1)** | 52:6 | **10:51:23 (1)** | 54:16 |
| **10:48:04 (1)** | 51:6 | **10:50:19 (1)** | 53:12 | **10:52:15 (1)** |
| 50:3 | **10:49:25 (1)** | 52:7 | **10:51:27 (1)** | 54:17 |
| **10:48:05 (1)** | 51:7 | **10:50:22 (1)** | 53:13 | **10:52:18 (1)** |
| 50:4 | **10:49:28 (1)** | 52:8 | **10:51:29 (1)** | 54:18 |
| **10:48:12 (1)** | 51:8 | **10:50:25 (2)** | 53:14 | **10:52:20 (1)** |
| 50:5 | **10:49:31 (1)** | 52:9,10 | **10:51:31 (1)** | 54:19 |
| **10:48:14 (1)** | 51:9 | **10:50:27 (1)** | 53:15 | **10:52:22 (2)** |
| 50:6 | **10:49:35 (1)** | 52:11 | **10:51:33 (1)** | 54:20,21 |
| **10:48:17 (1)** | 51:10 | **10:50:29 (1)** | 53:16 | **10:52:25 (1)** |
| 50:7 | **10:49:36 (1)** | 52:12 | **10:51:37 (2)** | 54:22 |
| **10:48:21 (1)** | 51:11 | **10:50:30 (1)** | 53:17,18 | **10:52:31 (1)** |
| 50:8 | **10:49:40 (1)** | 52:13 | **10:51:38 (1)** | 54:23 |
| **10:48:24 (1)** | 51:12 | **10:50:41 (1)** | 53:19 | **10:52:33 (1)** |
| 50:9 | **10:49:42 (1)** | 52:14 | **10:51:39 (1)** | 54:24 |
| **10:48:27 (1)** | 51:13 | **10:50:43 (1)** | 53:20 | **10:52:35 (1)** |
| 50:10 | **10:49:43 (1)** | 52:15 | **10:51:42 (1)** | 54:25 |
| **10:48:28 (1)** | 51:14 | **10:50:46 (2)** | 53:21 | **10:52:39 (1)** |
| 50:11 | **10:49:51 (1)** | 52:16,17 | **10:51:43 (1)** | 55:2 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **10:52:41 (1)** | 56:6 | **10:55:24 (1)** | 58:10 | **10:57:57 (1)** |
| 55:3 | **10:54:08 (1)** | 57:9 | **10:56:40 (1)** | 59:15 |
| **10:52:43 (1)** | 56:7 | **10:55:25 (1)** | 58:11 | **10:57:58 (1)** |
| 55:4 | **10:54:10 (1)** | 57:10 | **10:56:42 (1)** | 59:16 |
| **10:52:56 (1)** | 56:8 | **10:55:27 (1)** | 58:12 | **10:57:59 (2)** |
| 55:5 | **10:54:14 (1)** | 57:11 | **10:56:46 (1)** | 59:17,18 |
| **10:53:03 (1)** | 56:9 | **10:55:29 (1)** | 58:13 | **10:58:00 (1)** |
| 55:6 | **10:54:17 (1)** | 57:12 | **10:56:47 (1)** | 59:19 |
| **10:53:12 (1)** | 56:10 | **10:55:30 (1)** | 58:14 | **10:58:02 (1)** |
| 55:7 | **10:54:18 (1)** | 57:13 | **10:56:52 (2)** | 59:20 |
| **10:53:14 (1)** | 56:11 | **10:55:33 (1)** | 58:15,16 | **10:58:04 (1)** |
| 55:8 | **10:54:19 (1)** | 57:14 | **10:56:53 (2)** | 59:21 |
| **10:53:15 (1)** | 56:12 | **10:55:40 (2)** | 58:17,18 | **10:58:06 (3)** |
| 55:9 | **10:54:20 (1)** | 57:15,16 | **10:56:57 (1)** | 59:22,23,24 |
| **10:53:16 (1)** | 56:13 | **10:55:41 (1)** | 58:19 | **10:58:09 (1)** |
| 55:10 | **10:54:22 (1)** | 57:17 | **10:57:06 (1)** | 59:25 |
| **10:53:22 (2)** | 56:14 | **10:55:53 (1)** | 58:20 | **10:58:12 (1)** |
| 55:11,12 | **10:54:24 (1)** | 57:18 | **10:57:19 (1)** | 60:2 |
| **10:53:23 (1)** | 56:15 | **10:55:54 (1)** | 58:21 | **10:58:14 (1)** |
| 55:13 | **10:54:25 (1)** | 57:19 | **10:57:23 (1)** | 60:3 |
| **10:53:24 (1)** | 56:16 | **10:55:56 (1)** | 58:22 | **10:58:17 (1)** |
| 55:14 | **10:54:31 (1)** | 57:20 | **10:57:25 (1)** | 60:4 |
| **10:53:27 (1)** | 56:17 | **10:56:02 (1)** | 58:23 | **10:58:18 (1)** |
| 55:15 | **10:54:35 (1)** | 57:21 | **10:57:27 (1)** | 60:5 |
| **10:53:30 (1)** | 56:18 | **10:56:05 (1)** | 58:24 | **10:58:19 (1)** |
| 55:16 | **10:54:37 (1)** | 57:22 | **10:57:29 (1)** | 60:6 |
| **10:53:33 (1)** | 56:19 | **10:56:06 (1)** | 58:25 | **10:58:22 (1)** |
| 55:17 | **10:54:39 (2)** | 57:23 | **10:57:31 (3)** | 60:7 |
| **10:53:37 (2)** | 56:20,21 | **10:56:07 (1)** | 59:2,3,4 | **10:58:23 (2)** |
| 55:18,19 | **10:54:41 (1)** | 57:24 | **10:57:33 (1)** | 60:8,9 |
| **10:53:38 (1)** | 56:22 | **10:56:09 (1)** | 59:5 | **10:58:24 (1)** |
| 55:20 | **10:54:48 (1)** | 57:25 | **10:57:34 (1)** | 60:10 |
| **10:53:40 (1)** | 56:23 | **10:56:14 (1)** | 59:6 | **10:58:26 (2)** |
| 55:21 | **10:54:50 (1)** | 58:2 | **10:57:36 (1)** | 60:11,12 |
| **10:53:45 (1)** | 56:24 | **10:56:20 (1)** | 59:7 | **10:58:29 (1)** |
| 55:22 | **10:54:54 (1)** | 58:3 | **10:57:38 (1)** | 60:13 |
| **10:53:49 (1)** | 56:25 | **10:56:25 (1)** | 59:8 | **10:58:30 (1)** |
| 55:23 | **10:54:56 (1)** | 58:4 | **10:57:40 (1)** | 60:14 |
| **10:53:51 (2)** | 57:2 | **10:56:28 (1)** | 59:9 | **10:58:33 (1)** |
| 55:24,25 | **10:55:02 (2)** | 58:5 | **10:57:42 (1)** | 60:15 |
| **10:53:52 (1)** | 57:3,4 | **10:56:31 (1)** | 59:10 | **10:58:34 (1)** |
| 56:2 | **10:55:10 (1)** | 58:6 | **10:57:45 (1)** | 60:16 |
| **10:53:54 (1)** | 57:5 | **10:56:32 (1)** | 59:11 | **10:58:35 (2)** |
| 56:3 | **10:55:17 (1)** | 58:7 | **10:57:48 (1)** | 60:17,18 |
| **10:53:56 (1)** | 57:6 | **10:56:34 (1)** | 59:12 | **10:58:37 (1)** |
| 56:4 | **10:55:19 (1)** | 58:8 | **10:57:49 (1)** | 60:19 |
| **10:54:04 (1)** | 57:7 | **10:56:35 (1)** | 59:13 | **10:58:38 (1)** |
| 56:5 | **10:55:21 (1)** | 58:9 | **10:57:56 (1)** | 60:20 |
| **10:54:07 (1)** | 57:8 | **10:56:39 (1)** | 59:14 | **10:58:40 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 60:21 | **10:59:34 (1)** | **11:00:35 (2)** | 63:23 | **11:02:16 (1)** |
| **10:58:42 (1)** | 61:23 | 62:19,20 | **11:01:18 (1)** | 65:2 |
| 60:22 | **10:59:44 (2)** | **11:00:36 (1)** | 63:24 | **11:02:20 (1)** |
| **10:58:44 (1)** | 61:24,25 | 62:21 | **11:01:20 (1)** | 65:3 |
| 60:23 | **10:59:49 (1)** | **11:00:37 (1)** | 63:25 | **11:02:22 (1)** |
| **10:58:45 (1)** | 62:2 | 62:22 | **11:01:22 (1)** | 65:4 |
| 60:24 | **10:59:51 (2)** | **11:00:38 (1)** | 64:2 | **11:02:23 (1)** |
| **10:58:47 (2)** | 62:3,4 | 62:23 | **11:01:24 (1)** | 65:5 |
| 60:25 61:2 | **10:59:54 (1)** | **11:00:40 (1)** | 64:3 | **11:02:25 (1)** |
| **10:58:48 (1)** | 62:5 | 62:24 | **11:01:25 (1)** | 65:6 |
| 61:3 | **10:59:57 (1)** | **11:00:42 (1)** | 64:4 | **11:02:26 (1)** |
| **10:58:50 (1)** | 62:6 | 62:25 | **11:01:31 (1)** | 65:7 |
| 61:4 | **10:59:59 (1)** | **11:00:44 (2)** | 64:5 | **11:02:28 (1)** |
| **10:58:51 (1)** | 62:7 | 63:2,3 | **11:01:40 (1)** | 65:8 |
| 61:5 | **100 (2)** | **11:00:47 (1)** | 64:6 | **11:02:29 (1)** |
| **10:58:52 (1)** | 262:15 264:9 | 63:4 | **11:01:43 (2)** | 65:9 |
| 61:6 | **10003 (1)** | **11:00:49 (1)** | 64:7,8 | **11:02:30 (1)** |
| **10:58:53 (1)** | 3:7 | 63:5 | **11:01:45 (1)** | 65:10 |
| 61:7 | **103 (2)** | **11:00:50 (1)** | 64:9 | **11:02:42 (1)** |
| **10:58:55 (1)** | 164:25 166:18 | 63:6 | **11:01:48 (1)** | 65:11 |
| 61:8 | **10523 (1)** | **11:00:52 (1)** | 64:10 | **11:02:45 (1)** |
| **10:58:58 (1)** | 3:13 | 63:7 | **11:01:49 (1)** | 65:12 |
| 61:9 | **11 (4)** | **11:00:54 (1)** | 64:11 | **11:02:46 (1)** |
| **10:59:02 (1)** | 141:13 142:24 321:21 | 63:8 | **11:01:51 (1)** | 65:13 |
| 61:10 | 377:18 | **11:00:57 (1)** | 64:12 | **11:02:48 (1)** |
| **10:59:03 (1)** | **11:00 (1)** | 63:9 | **11:01:53 (1)** | 65:14 |
| 61:11 | 181:22 | **11:00:58 (1)** | 64:13 | **11:02:49 (1)** |
| **10:59:05 (1)** | **11:00:02 (1)** | 63:10 | **11:01:54 (1)** | 65:15 |
| 61:12 | 62:8 | **11:00:59 (1)** | 64:14 | **11:02:54 (1)** |
| **10:59:06 (1)** | **11:00:04 (1)** | 63:11 | **11:01:55 (1)** | 65:16 |
| 61:13 | 62:9 | **11:01:01 (1)** | 64:15 | **11:03:02 (1)** |
| **10:59:12 (1)** | **11:00:08 (1)** | 63:12 | **11:01:56 (1)** | 65:17 |
| 61:14 | 62:10 | **11:01:02 (1)** | 64:16 | **11:03:06 (1)** |
| **10:59:15 (1)** | **11:00:12 (1)** | 63:13 | **11:01:57 (1)** | 65:18 |
| 61:15 | 62:11 | **11:01:04 (1)** | 64:17 | **11:03:09 (1)** |
| **10:59:17 (1)** | **11:00:15 (1)** | 63:14 | **11:02:02 (1)** | 65:19 |
| 61:16 | 62:12 | **11:01:06 (1)** | 64:18 | **11:03:11 (1)** |
| **10:59:18 (1)** | **11:00:17 (1)** | 63:15 | **11:02:04 (1)** | 65:20 |
| 61:17 | 62:13 | **11:01:08 (2)** | 64:19 | **11:03:12 (1)** |
| **10:59:20 (1)** | **11:00:19 (1)** | 63:16,17 | **11:02:06 (1)** | 65:21 |
| 61:18 | 62:14 | **11:01:09 (1)** | 64:20 | **11:03:19 (1)** |
| **10:59:21 (1)** | **11:00:20 (1)** | 63:18 | **11:02:07 (1)** | 65:22 |
| 61:19 | 62:15 | **11:01:11 (2)** | 64:21 | **11:03:21 (3)** |
| **10:59:23 (1)** | **11:00:23 (1)** | 63:19,20 | **11:02:11 (1)** | 65:23,24,25 |
| 61:20 | 62:16 | **11:01:12 (1)** | 64:22 | **11:03:26 (1)** |
| **10:59:26 (1)** | **11:00:30 (1)** | 63:21 | **11:02:14 (2)** | 66:2 |
| 61:21 | 62:17 | **11:01:14 (1)** | 64:23,24 | **11:03:30 (1)** |
| **10:59:30 (1)** | **11:00:33 (1)** | 63:22 | **11:02:15 (1)** | 66:3 |
| 61:22 | 62:18 | **11:01:15 (1)** | 64:25 | **11:03:31 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 66:4 | **11:04:57 (1)** | 68:9 | **11:07:35 (1)** | 70:14 |
| **11:03:33 (1)** | 67:5 | **11:06:10 (1)** | 69:11 | **11:08:44 (1)** |
| 66:5 | **11:05:00 (1)** | 68:10 | **11:07:38 (1)** | 70:15 |
| **11:03:34 (1)** | 67:6 | **11:06:12 (1)** | 69:12 | **11:08:47 (1)** |
| 66:6 | **11:05:02 (1)** | 68:11 | **11:07:40 (1)** | 70:16 |
| **11:03:37 (1)** | 67:7 | **11:06:16 (1)** | 69:13 | **11:08:48 (1)** |
| 66:7 | **11:05:03 (1)** | 68:12 | **11:07:41 (1)** | 70:17 |
| **11:03:39 (1)** | 67:8 | **11:06:17 (1)** | 69:14 | **11:08:51 (1)** |
| 66:8 | **11:05:05 (1)** | 68:13 | **11:07:45 (1)** | 70:18 |
| **11:03:43 (1)** | 67:9 | **11:06:19 (1)** | 69:15 | **11:08:54 (1)** |
| 66:9 | **11:05:06 (1)** | 68:14 | **11:07:47 (1)** | 70:19 |
| **11:03:47 (1)** | 67:10 | **11:06:21 (1)** | 69:16 | **11:09:01 (1)** |
| 66:10 | **11:05:08 (1)** | 68:15 | **11:07:49 (1)** | 70:20 |
| **11:03:51 (1)** | 67:11 | **11:06:22 (1)** | 69:17 | **11:09:05 (1)** |
| 66:11 | **11:05:13 (1)** | 68:16 | **11:07:50 (1)** | 70:21 |
| **11:03:55 (1)** | 67:12 | **11:06:23 (1)** | 69:18 | **11:09:07 (2)** |
| 66:12 | **11:05:19 (3)** | 68:17 | **11:07:52 (3)** | 70:22,23 |
| **11:03:58 (1)** | 67:13,14,15 | **11:06:32 (2)** | 69:19,20,21 | **11:09:08 (1)** |
| 66:13 | **11:05:21 (1)** | 68:18,19 | **11:07:54 (2)** | 70:24 |
| **11:04:01 (1)** | 67:16 | **11:06:39 (1)** | 69:22,23 | **11:09:11 (1)** |
| 66:14 | **11:05:24 (2)** | 68:20 | **11:08:00 (1)** | 70:25 |
| **11:04:02 (1)** | 67:17,18 | **11:06:42 (1)** | 69:24 | **11:09:12 (1)** |
| 66:15 | **11:05:28 (1)** | 68:21 | **11:08:01 (1)** | 71:2 |
| **11:04:03 (1)** | 67:19 | **11:06:43 (1)** | 69:25 | **11:09:17 (1)** |
| 66:16 | **11:05:32 (1)** | 68:22 | **11:08:05 (1)** | 71:3 |
| **11:04:12 (1)** | 67:20 | **11:06:48 (1)** | 70:2 | **11:09:19 (2)** |
| 66:17 | **11:05:33 (1)** | 68:23 | **11:08:08 (1)** | 71:4,5 |
| **11:04:18 (1)** | 67:21 | **11:06:50 (1)** | 70:3 | **11:09:21 (1)** |
| 66:18 | **11:05:43 (1)** | 68:24 | **11:08:11 (1)** | 71:6 |
| **11:04:22 (1)** | 67:22 | **11:06:51 (1)** | 70:4 | **11:09:23 (1)** |
| 66:19 | **11:05:45 (1)** | 68:25 | **11:08:13 (1)** | 71:7 |
| **11:04:27 (1)** | 67:23 | **11:06:52 (1)** | 70:5 | **11:09:24 (1)** |
| 66:20 | **11:05:48 (1)** | 69:2 | **11:08:18 (1)** | 71:8 |
| **11:04:34 (1)** | 67:24 | **11:06:56 (1)** | 70:6 | **11:09:27 (1)** |
| 66:21 | **11:05:51 (2)** | 69:3 | **11:08:19 (1)** | 71:9 |
| **11:04:35 (1)** | 67:25 68:2 | **11:07:10 (1)** | 70:7 | **11:09:28 (1)** |
| 66:22 | **11:05:57 (1)** | 69:4 | **11:08:22 (1)** | 71:10 |
| **11:04:39 (1)** | 68:3 | **11:07:14 (1)** | 70:8 | **11:09:29 (1)** |
| 66:23 | **11:06:00 (1)** | 69:5 | **11:08:25 (1)** | 71:11 |
| **11:04:42 (1)** | 68:4 | **11:07:20 (1)** | 70:9 | **11:09:30 (2)** |
| 66:24 | **11:06:02 (1)** | 69:6 | **11:08:27 (1)** | 71:12,13 |
| **11:04:43 (1)** | 68:5 | **11:07:26 (1)** | 70:10 | **11:09:34 (2)** |
| 66:25 | **11:06:03 (1)** | 69:7 | **11:08:29 (1)** | 71:14,15 |
| **11:04:48 (1)** | 68:6 | **11:07:28 (1)** | 70:11 | **11:09:35 (1)** |
| 67:2 | **11:06:04 (1)** | 69:8 | **11:08:30 (1)** | 71:16 |
| **11:04:49 (1)** | 68:7 | **11:07:30 (1)** | 70:12 | **11:09:41 (1)** |
| 67:3 | **11:06:08 (1)** | 69:9 | **11:08:33 (1)** | 71:17 |
| **11:04:55 (1)** | 68:8 | **11:07:33 (1)** | 70:13 | **11:09:43 (1)** |
| 67:4 | **11:06:09 (1)** | 69:10 | **11:08:38 (1)** | 71:18 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **11:09:48 (1)** | 72:25 | **11:11:45 (1)** | 75:8,9 | **11:14:09 (1)** |
| 71:19 | **11:10:49 (1)** | 74:5 | **11:13:07 (1)** | 76:15 |
| **11:09:50 (2)** | 73:2 | **11:11:46 (1)** | 75:10 | **11:14:13 (2)** |
| 71:20,21 | **11:10:50 (1)** | 74:6 | **11:13:08 (1)** | 76:16,17 |
| **11:09:52 (1)** | 73:3 | **11:11:50 (1)** | 75:11 | **11:14:15 (2)** |
| 71:22 | **11:10:52 (1)** | 74:7 | **11:13:09 (1)** | 76:18,19 |
| **11:09:54 (1)** | 73:4 | **11:11:51 (1)** | 75:12 | **11:14:16 (2)** |
| 71:23 | **11:10:56 (1)** | 74:8 | **11:13:13 (1)** | 76:20,21 |
| **11:09:57 (1)** | 73:5 | **11:11:53 (1)** | 75:13 | **11:14:22 (1)** |
| 71:24 | **11:10:58 (1)** | 74:9 | **11:13:15 (1)** | 76:22 |
| **11:09:58 (1)** | 73:6 | **11:11:56 (2)** | 75:14 | **11:14:24 (1)** |
| 71:25 | **11:11:00 (3)** | 74:10,11 | **11:13:17 (1)** | 76:23 |
| **11:10:01 (1)** | 73:7,8,9 | **11:11:57 (1)** | 75:15 | **11:14:27 (1)** |
| 72:2 | **11:11:02 (2)** | 74:12 | **11:13:26 (1)** | 76:24 |
| **11:10:04 (1)** | 73:10,11 | **11:12:02 (1)** | 75:16 | **11:14:28 (1)** |
| 72:3 | **11:11:10 (1)** | 74:13 | **11:13:33 (1)** | 76:25 |
| **11:10:05 (1)** | 73:12 | **11:12:06 (2)** | 75:17 | **11:14:29 (1)** |
| 72:4 | **11:11:12 (1)** | 74:14,15 | **11:13:34 (1)** | 77:2 |
| **11:10:12 (3)** | 73:13 | **11:12:08 (1)** | 75:18 | **11:14:30 (1)** |
| 72:5,6,7 | **11:11:14 (1)** | 74:16 | **11:13:35 (4)** | 77:3 |
| **11:10:13 (1)** | 73:14 | **11:12:10 (1)** | 75:19,20,22,23 | **11:14:31 (1)** |
| 72:8 | **11:11:15 (1)** | 74:17 | **11:13:37 (1)** | 77:4 |
| **11:10:14 (1)** | 73:15 | **11:12:13 (1)** | 75:21 | **11:14:32 (2)** |
| 72:9 | **11:11:18 (1)** | 74:18 | **11:13:40 (1)** | 77:5,6 |
| **11:10:15 (1)** | 73:16 | **11:12:14 (1)** | 75:24 | **11:14:34 (1)** |
| 72:10 | **11:11:19 (1)** | 74:19 | **11:13:41 (2)** | 77:7 |
| **11:10:16 (1)** | 73:17 | **11:12:18 (1)** | 75:25 76:2 | **11:14:36 (1)** |
| 72:11 | **11:11:20 (1)** | 74:20 | **11:13:42 (2)** | 77:8 |
| **11:10:18 (2)** | 73:18 | **11:12:20 (1)** | 76:3,4 | **11:14:37 (1)** |
| 72:12,13 | **11:11:21 (1)** | 74:21 | **11:13:44 (1)** | 77:9 |
| **11:10:19 (1)** | 73:19 | **11:12:26 (1)** | 76:5 | **11:14:40 (1)** |
| 72:14 | **11:11:25 (1)** | 74:22 | **11:13:46 (1)** | 77:10 |
| **11:10:22 (1)** | 73:20 | **11:12:29 (1)** | 76:6 | **11:14:41 (1)** |
| 72:15 | **11:11:27 (1)** | 74:23 | **11:13:50 (1)** | 77:11 |
| **11:10:26 (1)** | 73:21 | **11:12:32 (1)** | 76:7 | **11:14:45 (1)** |
| 72:16 | **11:11:28 (1)** | 74:24 | **11:13:51 (1)** | 77:12 |
| **11:10:29 (1)** | 73:22 | **11:12:44 (1)** | 76:8 | **11:14:47 (1)** |
| 72:17 | **11:11:29 (1)** | 74:25 | **11:13:52 (1)** | 77:13 |
| **11:10:32 (2)** | 73:23 | **11:12:48 (2)** | 76:9 | **11:14:48 (1)** |
| 72:18,19 | **11:11:31 (1)** | 75:2,3 | **11:13:53 (1)** | 77:14 |
| **11:10:36 (1)** | 73:24 | **11:12:49 (1)** | 76:10 | **11:14:49 (2)** |
| 72:20 | **11:11:32 (1)** | 75:4 | **11:13:58 (1)** | 77:15,16 |
| **11:10:38 (1)** | 73:25 | **11:12:52 (1)** | 76:11 | **11:14:52 (1)** |
| 72:21 | **11:11:33 (1)** | 75:5 | **11:14:04 (1)** | 77:17 |
| **11:10:41 (2)** | 74:2 | **11:12:54 (1)** | 76:12 | **11:14:58 (1)** |
| 72:22,23 | **11:11:41 (1)** | 75:6 | **11:14:06 (1)** | 77:18 |
| **11:10:42 (1)** | 74:3 | **11:12:55 (1)** | 76:13 | **11:15:00 (1)** |
| 72:24 | **11:11:44 (1)** | 75:7 | **11:14:08 (1)** | 77:19 |
| **11:10:45 (1)** | 74:4 | **11:13:05 (2)** | 76:14 | **11:15:07 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 77:20 | **11:16:13 (1)** | 80:3 | **11:17:58 (1)** | 82:16,17 |
| **11:15:10 (1)** | 79:2 | **11:17:10 (1)** | 81:9 | **11:19:03 (1)** |
| 77:21 | **11:16:15 (1)** | 80:4 | **11:18:02 (1)** | 82:18 |
| **11:15:11 (2)** | 79:3 | **11:17:12 (1)** | 81:10 | **11:19:04 (1)** |
| 77:22,23 | **11:16:17 (1)** | 80:5 | **11:18:08 (1)** | 82:19 |
| **11:15:14 (1)** | 79:4 | **11:17:13 (1)** | 81:11 | **11:19:06 (1)** |
| 77:24 | **11:16:18 (1)** | 80:6 | **11:18:11 (2)** | 82:20 |
| **11:15:17 (2)** | 79:5 | **11:17:15 (1)** | 81:12,13 | **11:19:07 (1)** |
| 77:25 78:2 | **11:16:19 (1)** | 80:7 | **11:18:14 (1)** | 82:21 |
| **11:15:20 (1)** | 79:6 | **11:17:18 (1)** | 81:14,16 | **11:19:09 (1)** |
| 78:3 | **11:16:21 (1)** | 80:8 | **11:18:15 (1)** | 82:22 |
| **11:15:22 (1)** | 79:7 | **11:17:21 (2)** | 81:15 | **11:19:10 (1)** |
| 78:4 | **11:16:26 (1)** | 80:9,10 | **11:18:16 (1)** | 82:23 |
| **11:15:24 (1)** | 79:8 | **11:17:23 (2)** | 81:17 | **11:19:14 (1)** |
| 78:5 | **11:16:29 (2)** | 80:11,12 | **11:18:18 (1)** | 82:24 |
| **11:15:26 (1)** | 79:9,10 | **11:17:24 (1)** | 81:18 | **11:19:16 (1)** |
| 78:6 | **11:16:30 (1)** | 80:13 | **11:18:19 (1)** | 82:25 |
| **11:15:28 (1)** | 79:11 | **11:17:25 (1)** | 81:19 | **11:19:17 (1)** |
| 78:7 | **11:16:31 (1)** | 80:14 | **11:18:21 (1)** | 83:2 |
| **11:15:29 (1)** | 79:12 | **11:17:26 (1)** | 81:20 | **11:19:18 (1)** |
| 78:8 | **11:16:32 (1)** | 80:15 | **11:18:23 (1)** | 83:3 |
| **11:15:31 (1)** | 79:13 | **11:17:28 (1)** | 81:21 | **11:19:21 (1)** |
| 78:9 | **11:16:34 (1)** | 80:16 | **11:18:25 (2)** | 83:4 |
| **11:15:38 (1)** | 79:14 | **11:17:31 (1)** | 81:22,23 | **11:19:23 (1)** |
| 78:10 | **11:16:37 (1)** | 80:17 | **11:18:34 (1)** | 83:5 |
| **11:15:39 (2)** | 79:15 | **11:17:33 (1)** | 81:24 | **11:19:24 (1)** |
| 78:11,12 | **11:16:40 (1)** | 80:18 | **11:18:36 (1)** | 83:6 |
| **11:15:41 (1)** | 79:16 | **11:17:37 (3)** | 81:25 | **11:19:26 (1)** |
| 78:13 | **11:16:43 (1)** | 80:19,20,21 | **11:18:38 (2)** | 83:7 |
| **11:15:43 (1)** | 79:17 | **11:17:40 (1)** | 82:2,3 | **11:19:28 (2)** |
| 78:14 | **11:16:44 (1)** | 80:22 | **11:18:39 (1)** | 83:8,9 |
| **11:15:55 (1)** | 79:18 | **11:17:41 (1)** | 82:4 | **11:19:30 (1)** |
| 78:15 | **11:16:46 (1)** | 80:23 | **11:18:41 (2)** | 83:10 |
| **11:15:58 (1)** | 79:19 | **11:17:43 (1)** | 82:5,6 | **11:19:32 (1)** |
| 78:16 | **11:16:47 (1)** | 80:24 | **11:18:42 (1)** | 83:11 |
| **11:16:01 (2)** | 79:20 | **11:17:44 (1)** | 82:7 | **11:19:34 (1)** |
| 78:17,18 | **11:16:51 (1)** | 80:25 | **11:18:45 (2)** | 83:12 |
| **11:16:02 (2)** | 79:21 | **11:17:47 (1)** | 82:8,9 | **11:19:35 (1)** |
| 78:19,20 | **11:16:58 (1)** | 81:2 | **11:18:47 (1)** | 83:13 |
| **11:16:04 (1)** | 79:22 | **11:17:50 (1)** | 82:10 | **11:19:36 (1)** |
| 78:21 | **11:17:00 (1)** | 81:3 | **11:18:48 (2)** | 83:14 |
| **11:16:05 (1)** | 79:23 | **11:17:52 (1)** | 82:11,12 | **11:19:38 (1)** |
| 78:22 | **11:17:03 (1)** | 81:4 | **11:18:50 (1)** | 83:15 |
| **11:16:07 (1)** | 79:24 | **11:17:53 (2)** | 82:13 | **11:19:41 (2)** |
| 78:23 | **11:17:04 (1)** | 81:5,6 | **11:18:52 (1)** | 83:16,17 |
| **11:16:10 (1)** | 79:25 | **11:17:55 (1)** | 82:14 | **11:19:44 (1)** |
| 78:24 | **11:17:05 (1)** | 81:7 | **11:18:55 (1)** | 83:18 |
| **11:16:12 (1)** | 80:2 | **11:17:57 (1)** | 82:15 | **11:19:50 (1)** |
| 78:25 | **11:17:08 (1)** | 81:8 | **11:18:56 (2)** | 83:19 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **11:19:53 (1)** | 84:20 | **11:22:06 (2)** | 87:8 | **11:24:27 (1)** |
| 83:20 | **11:20:58 (1)** | 85:24,25 | **11:23:22 (1)** | 88:11 |
| **11:19:56 (1)** | 84:21 | **11:22:07 (1)** | 87:9 | **11:24:29 (1)** |
| 83:21 | **11:21:04 (1)** | 86:2 | **11:23:24 (1)** | 88:12 |
| **11:19:57 (1)** | 84:22 | **11:22:11 (1)** | 87:10 | **11:24:30 (1)** |
| 83:22 | **11:21:06 (1)** | 86:3 | **11:23:26 (1)** | 88:13 |
| **11:19:58 (1)** | 84:23 | **11:22:13 (2)** | 87:11 | **11:24:32 (2)** |
| 83:23 | **11:21:07 (1)** | 86:4,5 | **11:23:30 (1)** | 88:14,15 |
| **11:20:00 (1)** | 84:24 | **11:22:16 (1)** | 87:12 | **11:24:37 (1)** |
| 83:24 | **11:21:09 (1)** | 86:6 | **11:23:35 (1)** | 88:16 |
| **11:20:10 (1)** | 84:25 | **11:22:21 (1)** | 87:13 | **11:24:41 (1)** |
| 83:25 | **11:21:11 (2)** | 86:7 | **11:23:40 (1)** | 88:17 |
| **11:20:12 (1)** | 85:2,3 | **11:22:23 (3)** | 87:14 | **11:24:43 (1)** |
| 84:2 | **11:21:13 (1)** | 86:8,9,10 | **11:23:42 (1)** | 88:18 |
| **11:20:16 (1)** | 85:4 | **11:22:31 (1)** | 87:15 | **11:24:46 (1)** |
| 84:3 | **11:21:14 (1)** | 86:11 | **11:23:44 (1)** | 88:19 |
| **11:20:17 (1)** | 85:5 | **11:22:35 (1)** | 87:16 | **11:24:47 (1)** |
| 84:4 | **11:21:20 (2)** | 86:12 | **11:23:49 (1)** | 88:20 |
| **11:20:18 (1)** | 85:6,7 | **11:22:37 (1)** | 87:17 | **11:24:50 (1)** |
| 84:5 | **11:21:22 (2)** | 86:13 | **11:23:53 (1)** | 88:21 |
| **11:20:19 (1)** | 85:8,9 | **11:22:42 (1)** | 87:18 | **11:24:53 (1)** |
| 84:6 | **11:21:27 (1)** | 86:14 | **11:23:57 (1)** | 88:22 |
| **11:20:22 (1)** | 85:10 | **11:22:43 (1)** | 87:19 | **11:24:56 (1)** |
| 84:7 | **11:21:29 (1)** | 86:15 | **11:24:00 (2)** | 88:23 |
| **11:20:24 (1)** | 85:11 | **11:22:48 (1)** | 87:20,21 | **11:24:58 (1)** |
| 84:8 | **11:21:33 (1)** | 86:16 | **11:24:02 (1)** | 88:24 |
| **11:20:26 (1)** | 85:12 | **11:22:50 (1)** | 87:22 | **11:25:01 (1)** |
| 84:9 | **11:21:41 (1)** | 86:17 | **11:24:03 (1)** | 88:25 |
| **11:20:27 (1)** | 85:13 | **11:22:52 (1)** | 87:23 | **11:25:03 (2)** |
| 84:10 | **11:21:43 (1)** | 86:18 | **11:24:05 (1)** | 89:2,3 |
| **11:20:30 (1)** | 85:14 | **11:22:54 (1)** | 87:24 | **11:25:05 (2)** |
| 84:11 | **11:21:45 (1)** | 86:19 | **11:24:06 (1)** | 89:4,5 |
| **11:20:36 (1)** | 85:15 | **11:22:56 (1)** | 87:25 | **11:25:06 (1)** |
| 84:12 | **11:21:51 (1)** | 86:20 | **11:24:07 (1)** | 89:6 |
| **11:20:37 (1)** | 85:16 | **11:22:58 (1)** | 88:2 | **11:25:07 (1)** |
| 84:13 | **11:21:55 (1)** | 86:21 | **11:24:09 (2)** | 89:7 |
| **11:20:39 (1)** | 85:17 | **11:23:08 (3)** | 88:3,4 | **11:25:09 (1)** |
| 84:14 | **11:21:56 (1)** | 86:22,23,24 | **11:24:11 (1)** | 89:8 |
| **11:20:44 (1)** | 85:18 | **11:23:11 (2)** | 88:5 | **11:25:11 (1)** |
| 84:15 | **11:21:58 (1)** | 86:25 87:2 | **11:24:14 (1)** | 89:9 |
| **11:20:45 (1)** | 85:19 | **11:23:12 (1)** | 88:6 | **11:25:12 (1)** |
| 84:16 | **11:21:59 (1)** | 87:3 | **11:24:15 (1)** | 89:10 |
| **11:20:47 (1)** | 85:20 | **11:23:14 (1)** | 88:7 | **11:25:20 (1)** |
| 84:17 | **11:22:01 (1)** | 87:4 | **11:24:18 (1)** | 89:11 |
| **11:20:48 (1)** | 85:21 | **11:23:15 (2)** | 88:8 | **11:25:23 (1)** |
| 84:18 | **11:22:02 (1)** | 87:5,6 | **11:24:20 (1)** | 89:12 |
| **11:20:54 (1)** | 85:22 | **11:23:17 (1)** | 88:9 | **11:25:29 (2)** |
| 84:19 | **11:22:04 (1)** | 87:7 | **11:24:22 (1)** | 89:13,14 |
| **11:20:56 (1)** | 85:23 | **11:23:21 (1)** | 88:10 | **11:25:30 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 89:15 | **11:26:35 (1)** | 91:23 | **11:29:10 (1)** | **11:30:04 (1)** |
| **11:25:33 (1)** | 90:21 | **11:27:52 (1)** | 93:4 | 94:5 |
| 89:16 | **11:26:41 (1)** | 91:24 | **11:29:12 (1)** | **11:30:06 (1)** |
| **11:25:35 (1)** | 90:22 | **11:27:56 (1)** | 93:5 | 94:6 |
| 89:17 | **11:26:42 (1)** | 91:25 | **11:29:14 (1)** | **11:30:07 (1)** |
| **11:25:37 (1)** | 90:23 | **11:27:58 (1)** | 93:6 | 94:7 |
| 89:18 | **11:26:44 (1)** | 92:2 | **11:29:17 (1)** | **11:30:08 (1)** |
| **11:25:38 (2)** | 90:24 | **11:28:00 (1)** | 93:7 | 94:9 |
| 89:19,20 | **11:26:46 (2)** | 92:3 | **11:29:18 (1)** | **11:30:12 (2)** |
| **11:25:44 (1)** | 90:25 91:2 | **11:28:03 (1)** | 93:8 | 94:8,10 |
| 89:21 | **11:26:49 (1)** | 92:4 | **11:29:20 (1)** | **11:30:15 (1)** |
| **11:25:46 (1)** | 91:3 | **11:28:07 (1)** | 93:9 | 94:11 |
| 89:22 | **11:26:51 (1)** | 92:5 | **11:29:22 (1)** | **11:30:17 (1)** |
| **11:25:47 (1)** | 91:4 | **11:28:12 (1)** | 93:10 | 94:12 |
| 89:23 | **11:26:53 (1)** | 92:6 | **11:29:26 (1)** | **11:30:20 (1)** |
| **11:25:49 (1)** | 91:5 | **11:28:14 (1)** | 93:11 | 94:13 |
| 89:24 | **11:26:54 (1)** | 92:7 | **11:29:28 (1)** | **11:30:22 (1)** |
| **11:25:50 (1)** | 91:6 | **11:28:21 (1)** | 93:12 | 94:14 |
| 89:25 | **11:26:59 (1)** | 92:8 | **11:29:32 (1)** | **11:30:26 (1)** |
| **11:25:51 (1)** | 91:7 | **11:28:25 (2)** | 93:13 | 94:15 |
| 90:2 | **11:27:03 (1)** | 92:9,10 | **11:29:35 (1)** | **11:30:29 (1)** |
| **11:25:54 (2)** | 91:8 | **11:28:27 (1)** | 93:14 | 94:16 |
| 90:3,4 | **11:27:11 (1)** | 92:11 | **11:29:38 (1)** | **11:30:32 (1)** |
| **11:25:58 (1)** | 91:9 | **11:28:31 (1)** | 93:15 | 94:17 |
| 90:5 | **11:27:14 (1)** | 92:12 | **11:29:39 (1)** | **11:30:34 (1)** |
| **11:26:00 (1)** | 91:10 | **11:28:34 (1)** | 93:16 | 94:18 |
| 90:6 | **11:27:17 (1)** | 92:13 | **11:29:41 (1)** | **11:30:38 (1)** |
| **11:26:02 (1)** | 91:11 | **11:28:36 (1)** | 93:17 | 94:19 |
| 90:7 | **11:27:20 (1)** | 92:14 | **11:29:43 (1)** | **11:30:40 (1)** |
| **11:26:04 (1)** | 91:12 | **11:28:39 (1)** | 93:18 | 94:20 |
| 90:8 | **11:27:21 (1)** | 92:15 | **11:29:44 (1)** | **11:30:42 (1)** |
| **11:26:07 (1)** | 91:13 | **11:28:41 (2)** | 93:19 | 94:21 |
| 90:9 | **11:27:23 (1)** | 92:16,17 | **11:29:47 (1)** | **11:30:45 (1)** |
| **11:26:08 (1)** | 91:14 | **11:28:47 (1)** | 93:20 | 94:22 |
| 90:10 | **11:27:24 (1)** | 92:18 | **11:29:49 (2)** | **11:30:47 (1)** |
| **11:26:09 (2)** | 91:15 | **11:28:50 (1)** | 93:21,22 | 94:23 |
| 90:11,12 | **11:27:25 (2)** | 92:19 | **11:29:52 (2)** | **11:30:48 (1)** |
| **11:26:19 (1)** | 91:16,17 | **11:28:52 (1)** | 93:23,24 | 94:24 |
| 90:13 | **11:27:32 (1)** | 92:20 | **11:29:54 (1)** | **11:30:51 (1)** |
| **11:26:20 (2)** | 91:18 | **11:28:55 (2)** | 93:25 | 94:25 |
| 90:14,15 | **11:27:36 (1)** | 92:21,22 | **11:29:56 (1)** | **11:30:53 (1)** |
| **11:26:29 (1)** | 91:19 | **11:29:01 (1)** | 94:2 | 95:2 |
| 90:16 | **11:27:38 (1)** | 92:23 | **11:29:57 (1)** | **11:30:55 (1)** |
| **11:26:32 (2)** | 91:20 | **11:29:04 (1)** | 94:3 | 95:3 |
| 90:17,18 | **11:27:42 (1)** | 92:24 | **11:30 (10)** | **11:30:58 (2)** |
| **11:26:33 (1)** | 91:21 | **11:29:07 (1)** | 240:2,9,14,18,24,25 | 95:4,5 |
| 90:19 | **11:27:45 (1)** | 92:25 | 241:2,10,14 242:21 | **11:31:00 (1)** |
| **11:26:34 (1)** | 91:22 | **11:29:09 (2)** | **11:30:00 (1)** | 95:6 |
| 90:20 | **11:27:50 (1)** | 93:2,3 | 94:4 | **11:31:03 (2)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 95:7,8 | **11:32:08 (1)** | 97:12 | **11:47:32 (1)** | 99:23 |
| **11:31:05 (2)** | 96:11 | **11:46:17 (1)** | 98:17 | **11:49:15 (1)** |
| 95:9,10 | **11:32:11 (1)** | 97:13 | **11:47:35 (1)** | 99:24 |
| **11:31:06 (1)** | 96:12 | **11:46:20 (2)** | 98:18 | **11:49:17 (1)** |
| 95:11 | **11:32:12 (1)** | 97:14,15 | **11:47:37 (1)** | 99:25 |
| **11:31:18 (1)** | 96:13 | **11:46:26 (1)** | 98:19 | **11:49:19 (2)** |
| 95:12 | **11:32:17 (1)** | 97:16 | **11:47:41 (2)** | 100:2,3 |
| **11:31:21 (1)** | 96:14 | **11:46:27 (1)** | 98:20,21 | **11:49:21 (1)** |
| 95:13 | **11:32:18 (1)** | 97:17 | **11:47:42 (1)** | 100:4 |
| **11:31:23 (1)** | 96:15 | **11:46:30 (1)** | 98:22,23 | **11:49:23 (2)** |
| 95:14 | **11:32:19 (1)** | 97:18 | **11:47:47 (2)** | 100:5,6 |
| **11:31:25 (1)** | 96:16 | **11:46:34 (2)** | 98:24,25 | **11:49:24 (1)** |
| 95:15 | **11:32:22 (1)** | 97:19,20 | **11:47:58 (1)** | 100:7,8 |
| **11:31:26 (1)** | 96:17 | **11:46:39 (1)** | 99:2 | **11:49:25 (2)** |
| 95:16 | **11:32:24 (1)** | 97:21 | **11:48:01 (1)** | 100:9,10 |
| **11:31:30 (1)** | 96:18 | **11:46:42 (2)** | 99:3 | **11:49:27 (1)** |
| 95:17 | **11:32:25 (1)** | 97:22,23 | **11:48:03 (1)** | 100:11 |
| **11:31:33 (1)** | 96:19 | **11:46:45 (2)** | 99:4 | **11:49:28 (2)** |
| 95:18 | **11:32:26 (1)** | 97:24,25 | **11:48:22 (1)** | 100:12,13 |
| **11:31:35 (1)** | 96:20 | **11:46:46 (1)** | 99:5 | **11:49:31 (2)** |
| 95:19 | **11:32:27 (1)** | 98:2 | **11:48:24 (1)** | 100:14,15 |
| **11:31:37 (1)** | 96:21 | **11:46:48 (1)** | 99:6 | **11:49:32 (1)** |
| 95:20 | **11:33 (1)** | 98:3 | **11:48:25 (1)** | 100:16 |
| **11:31:38 (1)** | 96:21 | **11:46:52 (1)** | 99:7 | **11:49:34 (2)** |
| 95:21 | **11:41:16 (1)** | 98:4 | **11:48:45 (1)** | 100:17,18 |
| **11:31:39 (1)** | 96:22 | **11:46:56 (1)** | 99:11 | **11:49:37 (1)** |
| 95:22 | **11:45:52 (1)** | 98:5 | **11:48:47 (1)** | 100:19 |
| **11:31:41 (1)** | 96:23 | **11:46:57 (1)** | 99:12 | **11:49:39 (1)** |
| 95:23 | **11:45:53 (1)** | 98:6 | **11:48:49 (1)** | 100:20 |
| **11:31:44 (1)** | 96:24 | **11:47:04 (1)** | 99:13 | **11:49:41 (1)** |
| 95:25 | **11:45:56 (1)** | 98:7 | **11:48:52 (2)** | 100:21 |
| **11:31:45 (1)** | 96:25 | **11:47:07 (1)** | 99:8,14 | **11:49:42 (2)** |
| 95:24 | **11:45:57 (1)** | 98:8 | **11:48:55 (2)** | 100:22,23 |
| **11:31:46 (2)** | 97:2 | **11:47:10 (1)** | 99:9,10 | **11:49:43 (1)** |
| 96:2,3 | **11:45:58 (1)** | 98:9 | **11:48:56 (2)** | 100:24 |
| **11:31:48 (1)** | 97:3 | **11:47:12 (1)** | 99:15,16 | **11:49:44 (1)** |
| 96:4 | **11:46 (1)** | 98:10 | **11:48:57 (1)** | 100:25 |
| **11:31:52 (1)** | 96:24 | **11:47:19 (1)** | 99:17 | **11:49:47 (1)** |
| 96:5 | **11:46:00 (1)** | 98:11 | **11:48:58 (1)** | 101:2 |
| **11:31:56 (1)** | 97:4 | **11:47:22 (1)** | 99:18 | **11:49:48 (1)** |
| 96:6 | **11:46:02 (2)** | 98:12 | **11:49:02 (1)** | 101:3 |
| **11:31:58 (1)** | 97:5,6 | **11:47:24 (1)** | 99:19 | **11:49:49 (1)** |
| 96:7 | **11:46:07 (2)** | 98:13 | **11:49:04 (1)** | 101:4 |
| **11:32:00 (1)** | 97:7,8 | **11:47:26 (1)** | 99:20 | **11:49:52 (1)** |
| 96:8 | **11:46:09 (1)** | 98:14 | **11:49:08 (1)** | 101:5 |
| **11:32:03 (1)** | 97:9 | **11:47:28 (1)** | 99:21 | **11:49:55 (1)** |
| 96:9 | **11:46:10 (2)** | 98:15 | **11:49:09 (1)** | 101:6 |
| **11:32:06 (1)** | 97:10,11 | **11:47:30 (1)** | 99:22 | **11:49:58 (2)** |
| 96:10 | **11:46:14 (1)** | 98:16 | **11:49:11 (1)** | 101:7,8 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **11:50:04 (1)** | 102:12,13 | **11:52:07 (1)** | 104:19 | **11:54:13 (1)** |
| 101:9 | **11:51:00 (2)** | 103:17 | **11:52:56 (1)** | 106:2 |
| **11:50:06 (1)** | 102:14,15 | **11:52:08 (1)** | 104:20 | **11:54:15 (1)** |
| 101:10 | **11:51:03 (1)** | 103:18 | **11:52:58 (1)** | 106:3 |
| **11:50:07 (1)** | 102:16 | **11:52:11 (1)** | 104:21 | **11:54:19 (1)** |
| 101:11 | **11:51:13 (1)** | 103:19 | **11:53:01 (1)** | 106:4 |
| **11:50:09 (1)** | 102:17 | **11:52:12 (1)** | 104:22 | **11:54:20 (1)** |
| 101:12 | **11:51:15 (1)** | 103:20 | **11:53:03 (1)** | 106:5 |
| **11:50:12 (1)** | 102:18 | **11:52:14 (1)** | 104:23 | **11:54:24 (1)** |
| 101:13 | **11:51:18 (1)** | 103:21 | **11:53:06 (1)** | 106:6 |
| **11:50:14 (1)** | 102:19 | **11:52:15 (1)** | 104:24 | **11:54:25 (1)** |
| 101:14 | **11:51:20 (1)** | 103:22 | **11:53:07 (1)** | 106:7 |
| **11:50:15 (1)** | 102:20 | **11:52:17 (2)** | 104:25 | **11:54:27 (2)** |
| 101:15 | **11:51:21 (2)** | 103:23,24 | **11:53:13 (1)** | 106:8,9 |
| **11:50:20 (1)** | 102:21,22 | **11:52:19 (1)** | 105:2 | **11:54:29 (1)** |
| 101:16 | **11:51:23 (1)** | 103:25 | **11:53:18 (2)** | 106:10 |
| **11:50:22 (1)** | 102:23 | **11:52:24 (1)** | 105:3,4 | **11:54:30 (1)** |
| 101:17 | **11:51:26 (1)** | 104:2 | **11:53:21 (1)** | 106:11 |
| **11:50:23 (1)** | 102:24 | **11:52:25 (1)** | 105:5 | **11:54:33 (2)** |
| 101:18 | **11:51:28 (1)** | 104:3 | **11:53:23 (1)** | 106:12,13 |
| **11:50:24 (1)** | 102:25 | **11:52:27 (1)** | 105:6 | **11:54:38 (1)** |
| 101:19 | **11:51:34 (1)** | 104:4 | **11:53:25 (2)** | 106:14 |
| **11:50:26 (1)** | 103:2 | **11:52:28 (1)** | 105:7,8 | **11:54:42 (1)** |
| 101:20 | **11:51:37 (1)** | 104:5 | **11:53:28 (2)** | 106:15 |
| **11:50:28 (1)** | 103:3 | **11:52:31 (1)** | 105:9,10 | **11:54:44 (1)** |
| 101:21 | **11:51:40 (1)** | 104:6 | **11:53:29 (1)** | 106:16 |
| **11:50:32 (1)** | 103:4 | **11:52:35 (1)** | 105:11 | **11:54:45 (1)** |
| 101:22 | **11:51:43 (1)** | 104:7 | **11:53:31 (1)** | 106:17 |
| **11:50:34 (1)** | 103:5 | **11:52:36 (2)** | 105:12 | **11:54:46 (1)** |
| 101:23 | **11:51:47 (1)** | 104:8,9 | **11:53:40 (2)** | 106:18 |
| **11:50:35 (1)** | 103:6 | **11:52:37 (1)** | 105:13,14 | **11:54:51 (1)** |
| 101:24 | **11:51:48 (1)** | 104:10 | **11:53:41 (1)** | 106:19 |
| **11:50:38 (3)** | 103:7 | **11:52:38 (1)** | 105:15 | **11:54:52 (1)** |
| 101:25 102:2,3 | **11:51:49 (1)** | 104:11 | **11:53:43 (1)** | 106:20 |
| **11:50:40 (1)** | 103:8 | **11:52:43 (1)** | 105:16 | **11:54:54 (2)** |
| 102:4 | **11:51:51 (1)** | 104:12 | **11:53:45 (1)** | 106:21,22 |
| **11:50:43 (1)** | 103:9 | **11:52:45 (1)** | 105:17 | **11:54:56 (1)** |
| 102:5 | **11:51:55 (1)** | 104:13 | **11:53:47 (1)** | 106:23 |
| **11:50:44 (1)** | 103:10 | **11:52:46 (1)** | 105:18 | **11:54:58 (1)** |
| 102:6 | **11:51:57 (2)** | 104:14 | **11:53:48 (2)** | 106:24 |
| **11:50:46 (1)** | 103:11,12 | **11:52:49 (1)** | 105:19,20 | **11:54:59 (1)** |
| 102:7 | **11:51:58 (1)** | 104:15 | **11:53:50 (1)** | 106:25 |
| **11:50:49 (1)** | 103:13 | **11:52:51 (1)** | 105:21 | **11:55:06 (1)** |
| 102:8 | **11:51:59 (1)** | 104:16 | **11:54:03 (1)** | 107:2 |
| **11:50:51 (1)** | 103:14 | **11:52:53 (1)** | 105:22 | **11:55:07 (1)** |
| 102:9 | **11:52:04 (1)** | 104:17 | **11:54:08 (2)** | 107:3 |
| **11:50:54 (2)** | 103:15 | **11:52:54 (1)** | 105:23,24 | **11:55:10 (1)** |
| 102:10,11 | **11:52:06 (1)** | 104:18 | **11:54:10 (1)** | 107:4 |
| **11:50:56 (2)** | 103:16 | **11:52:55 (1)** | 105:25 | **11:55:11 (1)** |

Contains Confidential Portions

107:5
**11:55:13 (1)**
107:6
**11:55:15 (2)**
107:7,8
**11:55:18 (1)**
107:9
**11:55:19 (1)**
107:10
**11:55:24 (1)**
107:11
**11:55:26 (1)**
107:12
**11:55:30 (1)**
107:13
**11:55:34 (2)**
107:14,15
**11:55:38 (1)**
107:16
**11:55:39 (2)**
107:17,18
**11:55:43 (1)**
107:19
**11:55:49 (1)**
107:20
**11:55:52 (1)**
107:21
**11:55:53 (1)**
107:22
**11:55:54 (1)**
107:23
**11:55:58 (1)**
107:24
**11:56:01 (1)**
107:25
**11:56:02 (1)**
108:2
**11:56:03 (1)**
108:3
**11:56:04 (1)**
108:4
**11:56:06 (1)**
108:5
**11:56:07 (1)**
108:6
**11:56:08 (1)**
108:7
**11:56:09 (1)**
108:8

**11:56:11 (1)**
108:9
**11:56:12 (2)**
108:10,11
**11:56:14 (2)**
108:12,13
**11:56:17 (1)**
108:14
**11:56:18 (1)**
108:15
**11:56:23 (1)**
108:16
**11:56:27 (1)**
108:17
**11:56:28 (1)**
108:18
**11:56:30 (2)**
108:19,20
**11:56:33 (1)**
108:21
**11:56:36 (1)**
108:22
**11:56:41 (1)**
108:23
**11:56:44 (1)**
108:24
**11:56:45 (1)**
108:25
**11:56:46 (1)**
109:2
**11:56:48 (2)**
109:3,4
**11:56:50 (1)**
109:5
**11:56:52 (2)**
109:6,7
**11:56:53 (1)**
109:8
**11:56:55 (1)**
109:9
**11:56:57 (1)**
109:10
**11:57:00 (2)**
109:11,12
**11:57:02 (1)**
109:13
**11:57:04 (1)**
109:14
**11:57:06 (2)**

109:15,16
**11:57:07 (1)**
109:17
**11:57:08 (1)**
109:18
**11:57:10 (1)**
109:19
**11:57:12 (1)**
109:20
**11:57:14 (1)**
109:21
**11:57:20 (1)**
109:22
**11:57:21 (1)**
109:23
**11:57:22 (1)**
109:24
**11:57:43 (1)**
109:25
**11:57:45 (1)**
110:2
**11:57:47 (1)**
110:3
**11:57:50 (1)**
110:4
**11:57:52 (1)**
110:5
**11:57:53 (1)**
110:6
**11:57:54 (1)**
110:7
**11:57:57 (1)**
110:8
**11:58:01 (1)**
110:9
**11:58:04 (1)**
110:10
**11:58:05 (1)**
110:11
**11:58:09 (1)**
110:12
**11:58:10 (2)**
110:13,14
**11:58:12 (1)**
110:15
**11:58:15 (1)**
110:16
**11:58:18 (1)**
110:17

**11:58:22 (1)**
110:18
**11:58:25 (1)**
110:19
**11:58:27 (1)**
110:20
**11:58:28 (2)**
110:21,22
**11:58:33 (1)**
110:23
**11:58:35 (1)**
110:24
**11:58:37 (1)**
110:25
**11:58:38 (1)**
111:2
**11:58:41 (1)**
111:3
**11:58:42 (1)**
111:4
**11:58:43 (1)**
111:5
**11:58:48 (1)**
111:6
**11:58:51 (1)**
111:7
**11:58:55 (1)**
111:8
**11:59:00 (1)**
111:9
**11:59:04 (1)**
111:10
**11:59:06 (2)**
111:11,12
**11:59:09 (1)**
111:13
**11:59:10 (1)**
111:14
**11:59:11 (1)**
111:15
**11:59:13 (1)**
111:16
**11:59:15 (1)**
111:17
**11:59:17 (1)**
111:18
**11:59:20 (1)**
111:19
**11:59:21 (1)**

111:20
**11:59:22 (1)**
111:21
**11:59:27 (1)**
111:22
**11:59:28 (1)**
111:23
**11:59:31 (1)**
111:24
**11:59:34 (1)**
111:25
**11:59:35 (1)**
112:2
**11:59:36 (1)**
112:3
**11:59:37 (1)**
112:4
**11:59:40 (3)**
112:5,6,7
**11:59:44 (2)**
112:8,9
**11:59:51 (1)**
112:10
**11:59:52 (1)**
112:11
**11:59:53 (1)**
112:12
**11:59:54 (1)**
112:13
**11:59:57 (1)**
112:14
**113 (1)**
58:12
**11556-0926 (1)**
3:21
**11788 (1)**
4:7
**12 (49)**
91:8,20 92:2,3,6,10
92:12,21,23 93:5,10
93:19,25 94:15 97:5
97:13,17,18,19,19
98:4 114:19,19,20
181:20 217:11
239:20,22 240:13
240:17,23 241:7,12
241:16,24 242:19
356:17 358:2
361:11 362:17

Contains Confidential Portions

363:5,8,14 364:9
365:12,15 366:3
367:23 377:21
**12s (1)**
91:21
**12th (9)**
217:17 358:18 359:15
360:22 362:7
363:11 366:14
367:7,10
**12:00 (2)**
241:7,9
**12:00:04 (1)**
112:15
**12:00:07 (1)**
112:16
**12:00:11 (2)**
112:17,18
**12:00:12 (1)**
112:19
**12:00:17 (1)**
112:20
**12:00:19 (1)**
112:21
**12:00:27 (1)**
112:22
**12:00:31 (1)**
112:23
**12:00:35 (1)**
112:24
**12:00:36 (1)**
112:25
**12:00:43 (1)**
113:2
**12:00:44 (1)**
113:3
**12:00:45 (1)**
113:4
**12:00:48 (1)**
113:5
**12:00:49 (1)**
113:6
**12:00:50 (1)**
113:7
**12:00:52 (1)**
113:8
**12:00:56 (1)**
113:9
**12:00:57 (2)**

113:10,11
**12:00:58 (2)**
113:12,13
**12:00:59 (1)**
113:14
**12:01:00 (1)**
113:15
**12:01:01 (1)**
113:16
**12:01:02 (2)**
113:17,18
**12:01:05 (1)**
113:19
**12:01:07 (1)**
113:20
**12:01:08 (3)**
113:21,22,23
**12:01:10 (2)**
113:24,25
**12:01:12 (1)**
114:2
**12:01:14 (1)**
114:3
**12:01:16 (3)**
114:4,5,6
**12:01:18 (3)**
114:7,8,9
**12:01:19 (1)**
114:10
**12:01:21 (2)**
114:11,12
**12:01:22 (1)**
114:13
**12:01:24 (2)**
114:14,15
**12:01:25 (1)**
114:16
**12:01:26 (1)**
114:17
**12:01:27 (1)**
114:18
**12:01:32 (1)**
114:19
**12:01:33 (1)**
114:20
**12:01:35 (1)**
114:21
**12:01:37 (2)**
114:22,23

**12:01:39 (2)**
114:24,25
**12:01:41 (1)**
115:2
**12:01:42 (1)**
115:3
**12:01:44 (1)**
115:4
**12:01:47 (1)**
115:5
**12:01:50 (1)**
115:6
**12:01:51 (1)**
115:7
**12:01:53 (1)**
115:8
**12:01:54 (1)**
115:9
**12:02:03 (1)**
115:10
**12:02:06 (1)**
115:11
**12:02:07 (1)**
115:12
**12:02:12 (1)**
115:13
**12:02:14 (1)**
115:14
**12:02:16 (2)**
115:15,16
**12:02:22 (1)**
115:17
**12:02:26 (1)**
115:18
**12:02:29 (1)**
115:19
**12:02:30 (1)**
115:20
**12:02:33 (1)**
115:21
**12:02:36 (2)**
115:22,23
**12:02:39 (1)**
115:24
**12:02:42 (1)**
115:25
**12:02:43 (1)**
116:2
**12:02:44 (1)**

116:3
**12:02:48 (1)**
116:4
**12:02:50 (1)**
116:5
**12:02:51 (1)**
116:6
**12:02:59 (1)**
116:7
**12:03:02 (1)**
116:8
**12:03:04 (1)**
116:9
**12:03:06 (1)**
116:10
**12:03:09 (1)**
116:11
**12:03:12 (1)**
116:12
**12:03:14 (1)**
116:13
**12:03:15 (2)**
116:14,15
**12:03:18 (1)**
116:16
**12:03:20 (1)**
116:17
**12:03:21 (1)**
116:18
**12:03:28 (1)**
116:19,20
**12:03:30 (1)**
116:21
**12:03:37 (1)**
116:22
**12:03:41 (1)**
116:23
**12:03:43 (1)**
116:24
**12:03:44 (1)**
116:25
**12:03:46 (1)**
117:2
**12:03:47 (1)**
117:3
**12:03:48 (1)**
117:4
**12:03:51 (1)**
117:5

116:3
**12:03:53 (1)**
117:6
**12:04:03 (1)**
117:7
**12:04:05 (1)**
117:8
**12:04:10 (1)**
117:9
**12:04:13 (1)**
117:10
**12:04:15 (1)**
117:11
**12:04:17 (2)**
117:12,13
**12:04:20 (1)**
117:14
**12:04:23 (1)**
117:15
**12:04:28 (1)**
117:16
**12:04:30 (1)**
117:17
**12:04:31 (1)**
117:18
**12:04:32 (1)**
117:19
**12:04:34 (1)**
117:20
**12:04:35 (1)**
117:21
**12:04:37 (2)**
117:22,23
**12:04:39 (1)**
117:24
**12:04:41 (1)**
117:25
**12:04:42 (1)**
118:2
**12:04:45 (1)**
118:3
**12:04:47 (1)**
118:4
**12:04:51 (1)**
118:5
**12:04:53 (2)**
118:6,7
**12:04:54 (1)**
118:8
**12:04:56 (1)**

Contains Confidential Portions

Page 54

| | | | | |
|---|---|---|---|---|
| 118:9 | **12:06:03 (1)** | 120:20 | **12:07:49 (1)** | 122:24 |
| **12:04:58 (1)** | 119:15 | **12:06:50 (1)** | 121:22 | **12:08:56 (1)** |
| 118:10 | **12:06:05 (1)** | 120:21 | **12:07:52 (1)** | 122:25 |
| **12:05:00 (2)** | 119:16 | **12:06:52 (1)** | 121:23 | **12:08:57 (1)** |
| 118:11,12 | **12:06:06 (1)** | 120:22 | **12:07:57 (1)** | 123:2 |
| **12:05:02 (1)** | 119:17 | **12:06:53 (1)** | 121:24 | **12:08:59 (1)** |
| 118:13 | **12:06:08 (1)** | 120:23 | **12:08:00 (1)** | 123:3 |
| **12:05:04 (1)** | 119:18 | **12:06:54 (1)** | 121:25 | **12:09:00 (2)** |
| 118:14 | **12:06:11 (1)** | 120:24 | **12:08:02 (1)** | 123:4,5 |
| **12:05:06 (1)** | 119:19 | **12:06:57 (2)** | 122:2 | **12:09:08 (1)** |
| 118:15 | **12:06:13 (2)** | 120:25 121:2 | **12:08:03 (1)** | 123:6 |
| **12:05:07 (2)** | 119:20,21 | **12:06:59 (1)** | 122:3 | **12:09:18 (1)** |
| 118:16,17 | **12:06:14 (1)** | 121:3 | **12:08:04 (1)** | 123:7 |
| **12:05:08 (1)** | 119:22 | **12:07:00 (1)** | 122:4 | **12:09:20 (1)** |
| 118:18 | **12:06:15 (1)** | 121:4 | **12:08:07 (1)** | 123:8 |
| **12:05:09 (1)** | 119:23 | **12:07:01 (1)** | 122:5 | **12:09:22 (1)** |
| 118:19 | **12:06:17 (1)** | 121:5 | **12:08:09 (1)** | 123:9 |
| **12:05:11 (1)** | 119:24 | **12:07:03 (1)** | 122:6 | **12:09:24 (1)** |
| 118:20 | **12:06:19 (1)** | 121:6 | **12:08:11 (1)** | 123:10 |
| **12:05:12 (1)** | 119:25 | **12:07:04 (1)** | 122:7 | **12:09:36 (1)** |
| 118:21 | **12:06:21 (3)** | 121:7 | **12:08:13 (2)** | 123:11 |
| **12:05:14 (1)** | 120:2,3,4 | **12:07:05 (1)** | 122:8,9 | **12:09:39 (1)** |
| 118:22 | **12:06:23 (1)** | 121:8 | **12:08:15 (1)** | 123:12 |
| **12:05:16 (2)** | 120:5 | **12:07:08 (1)** | 122:10 | **12:09:42 (1)** |
| 118:23,24 | **12:06:25 (1)** | 121:9 | **12:08:17 (2)** | 123:13 |
| **12:05:17 (1)** | 120:6 | **12:07:12 (1)** | 122:11,12 | **12:09:44 (1)** |
| 118:25 | **12:06:27 (1)** | 121:10 | **12:08:23 (1)** | 123:14 |
| **12:05:18 (1)** | 120:7 | **12:07:13 (1)** | 122:13 | **12:09:45 (1)** |
| 119:2 | **12:06:28 (2)** | 121:11 | **12:08:28 (1)** | 123:15 |
| **12:05:26 (1)** | 120:8,9 | **12:07:15 (1)** | 122:14 | **12:09:48 (1)** |
| 119:3 | **12:06:30 (1)** | 121:12 | **12:08:30 (1)** | 123:16 |
| **12:05:30 (1)** | 120:10 | **12:07:26 (1)** | 122:15 | **12:09:51 (1)** |
| 119:4 | **12:06:33 (1)** | 121:13 | **12:08:32 (1)** | 123:17 |
| **12:05:36 (1)** | 120:11 | **12:07:28 (1)** | 122:16 | **12:09:53 (1)** |
| 119:5 | **12:06:35 (1)** | 121:14 | **12:08:36 (1)** | 123:18 |
| **12:05:38 (1)** | 120:12 | **12:07:29 (1)** | 122:17 | **12:09:55 (1)** |
| 119:6 | **12:06:38 (1)** | 121:15 | **12:08:43 (1)** | 123:19 |
| **12:05:41 (1)** | 120:13 | **12:07:30 (1)** | 122:18 | **12:09:56 (1)** |
| 119:7 | **12:06:39 (1)** | 121:16 | **12:08:44 (1)** | 123:20 |
| **12:05:43 (1)** | 120:14 | **12:07:33 (1)** | 122:19 | **12:09:58 (1)** |
| 119:8 | **12:06:40 (1)** | 121:17 | **12:08:49 (1)** | 123:21 |
| **12:05:45 (2)** | 120:15 | **12:07:35 (1)** | 122:20 | **12:10:00 (1)** |
| 119:9,10 | **12:06:43 (1)** | 121:18 | **12:08:51 (1)** | 123:22 |
| **12:05:52 (1)** | 120:16 | **12:07:37 (1)** | 122:21 | **12:10:02 (1)** |
| 119:11 | **12:06:45 (2)** | 121:19 | **12:08:53 (1)** | 123:23 |
| **12:05:54 (1)** | 120:17,18 | **12:07:40 (1)** | 122:22 | **12:10:03 (1)** |
| 119:12 | **12:06:47 (1)** | 121:20 | **12:08:54 (1)** | 123:24 |
| **12:05:58 (2)** | 120:19 | **12:07:45 (1)** | 122:23 | **12:10:08 (1)** |
| 119:13,14 | **12:06:48 (1)** | 121:21 | **12:08:55 (1)** | 123:25 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **12:10:11 (1)** | 125:4 | **12:12:00 (2)** | 127:17 | **12:13:47 (1)** |
| 124:2 | **12:11:02 (1)** | 126:9,10 | **12:12:49 (2)** | 129:3 |
| **12:10:14 (1)** | 125:5 | **12:12:01 (1)** | 127:18,19 | **12:13:48 (1)** |
| 124:3 | **12:11:03 (1)** | 126:11 | **12:12:54 (1)** | 129:4 |
| **12:10:15 (1)** | 125:6 | **12:12:02 (1)** | 127:20 | **12:13:51 (1)** |
| 124:4 | **12:11:07 (1)** | 126:12 | **12:12:59 (2)** | 129:5 |
| **12:10:16 (1)** | 125:7 | **12:12:04 (1)** | 127:21,22 | **12:13:57 (1)** |
| 124:5 | **12:11:10 (1)** | 126:13 | **12:13:02 (2)** | 129:6 |
| **12:10:18 (2)** | 125:8 | **12:12:07 (1)** | 127:23,24 | **12:14:02 (1)** |
| 124:6,7 | **12:11:12 (1)** | 126:14 | **12:13:03 (1)** | 129:7 |
| **12:10:21 (2)** | 125:9 | **12:12:10 (2)** | 127:25 | **12:14:05 (1)** |
| 124:8,9 | **12:11:15 (2)** | 126:15,16 | **12:13:05 (3)** | 129:8 |
| **12:10:23 (1)** | 125:10,11 | **12:12:11 (1)** | 128:2,3,4 | **12:14:06 (1)** |
| 124:10 | **12:11:16 (1)** | 126:17 | **12:13:07 (1)** | 129:9 |
| **12:10:26 (1)** | 125:12 | **12:12:12 (1)** | 128:5 | **12:14:08 (2)** |
| 124:11 | **12:11:18 (1)** | 126:18 | **12:13:10 (2)** | 129:10,11 |
| **12:10:28 (1)** | 125:13 | **12:12:15 (1)** | 128:6,7 | **12:14:09 (1)** |
| 124:12 | **12:11:19 (1)** | 126:19 | **12:13:11 (1)** | 129:12 |
| **12:10:30 (1)** | 125:14 | **12:12:16 (1)** | 128:8 | **12:14:10 (1)** |
| 124:13 | **12:11:22 (1)** | 126:20 | **12:13:15 (1)** | 129:13 |
| **12:10:33 (1)** | 125:15 | **12:12:18 (1)** | 128:9 | **12:14:11 (1)** |
| 124:14 | **12:11:24 (1)** | 126:21 | **12:13:17 (1)** | 129:14 |
| **12:10:36 (1)** | 125:16 | **12:12:19 (1)** | 128:10 | **12:14:13 (1)** |
| 124:15 | **12:11:27 (2)** | 126:22 | **12:13:20 (2)** | 129:15 |
| **12:10:38 (1)** | 125:17,18 | **12:12:20 (1)** | 128:11,12 | **12:14:15 (2)** |
| 124:16 | **12:11:31 (1)** | 126:23 | **12:13:21 (1)** | 129:16,17 |
| **12:10:39 (1)** | 125:19 | **12:12:22 (2)** | 128:13 | **12:14:16 (1)** |
| 124:17 | **12:11:33 (1)** | 126:24,25 | **12:13:23 (2)** | 129:18 |
| **12:10:42 (1)** | 125:20 | **12:12:24 (1)** | 128:14,15 | **12:14:18 (1)** |
| 124:18 | **12:11:35 (1)** | 127:2 | **12:13:24 (1)** | 129:19 |
| **12:10:44 (1)** | 125:21 | **12:12:28 (2)** | 128:16 | **12:14:19 (1)** |
| 124:19 | **12:11:36 (1)** | 127:3,4 | **12:13:25 (1)** | 129:20 |
| **12:10:48 (1)** | 125:22 | **12:12:30 (1)** | 128:17 | **12:14:20 (1)** |
| 124:20 | **12:11:41 (1)** | 127:5 | **12:13:28 (1)** | 129:21 |
| **12:10:52 (1)** | 125:23 | **12:12:31 (1)** | 128:18 | **12:14:22 (1)** |
| 124:21 | **12:11:42 (1)** | 127:6 | **12:13:29 (1)** | 129:22 |
| **12:10:54 (1)** | 125:24 | **12:12:33 (2)** | 128:19 | **12:14:24 (1)** |
| 124:22 | **12:11:43 (2)** | 127:7,8 | **12:13:31 (1)** | 129:23 |
| **12:10:55 (1)** | 125:25 126:2 | **12:12:34 (1)** | 128:20 | **12:14:25 (1)** |
| 124:23 | **12:11:45 (1)** | 127:9 | **12:13:38 (1)** | 129:24 |
| **12:10:56 (1)** | 126:3 | **12:12:37 (2)** | 128:21 | **12:14:27 (2)** |
| 124:24 | **12:11:47 (1)** | 127:10,11 | **12:13:39 (1)** | 129:25 130:2 |
| **12:10:58 (1)** | 126:4 | **12:12:39 (2)** | 128:22 | **12:14:32 (1)** |
| 124:25 | **12:11:51 (1)** | 127:12,13 | **12:13:42 (2)** | 130:3 |
| **12:10:59 (1)** | 126:5 | **12:12:41 (1)** | 128:23,24 | **12:14:37 (1)** |
| 125:2 | **12:11:53 (1)** | 127:14 | **12:13:44 (1)** | 130:4 |
| **12:11:00 (1)** | 126:6,7 | **12:12:42 (2)** | 128:25 | **12:14:39 (1)** |
| 125:3 | **12:11:57 (1)** | 127:15,16 | **12:13:45 (1)** | 130:5 |
| **12:11:01 (1)** | 126:8 | **12:12:45 (1)** | 129:2 | **12:14:43 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 130:6 | **12:15:52 (1)** | 132:18 | **12:18:12 (1)** | 134:25 |
| **12:14:46 (1)** | 131:14 | **12:16:53 (1)** | 133:23 | **12:19:28 (1)** |
| 130:7 | **12:15:56 (1)** | 132:19 | **12:18:19 (1)** | 135:2 |
| **12:14:51 (1)** | 131:15 | **12:16:55 (1)** | 133:24 | **12:19:29 (1)** |
| 130:8 | **12:15:58 (1)** | 132:20 | **12:18:21 (1)** | 135:3 |
| **12:14:54 (1)** | 131:16 | **12:16:56 (1)** | 133:25 | **12:19:35 (1)** |
| 130:9 | **12:16:03 (1)** | 132:21 | **12:18:24 (1)** | 135:4 |
| **12:14:56 (1)** | 131:17 | **12:17:01 (1)** | 134:2 | **12:19:40 (1)** |
| 130:10 | **12:16:04 (1)** | 132:22 | **12:18:25 (1)** | 135:5 |
| **12:15:02 (1)** | 131:18 | **12:17:03 (1)** | 134:3 | **12:19:43 (1)** |
| 130:11 | **12:16:10 (1)** | 132:23 | **12:18:28 (1)** | 135:6 |
| **12:15:10 (1)** | 131:19 | **12:17:05 (1)** | 134:4 | **12:19:44 (1)** |
| 130:12 | **12:16:12 (2)** | 132:24 | **12:18:32 (1)** | 135:7 |
| **12:15:12 (1)** | 131:20,21 | **12:17:08 (1)** | 134:5 | **12:19:47 (1)** |
| 130:13 | **12:16:15 (1)** | 132:25 | **12:18:38 (1)** | 135:8 |
| **12:15:14 (1)** | 131:22 | **12:17:11 (1)** | 134:6 | **12:19:54 (1)** |
| 130:14 | **12:16:18 (1)** | 133:2 | **12:18:43 (1)** | 135:9 |
| **12:15:15 (1)** | 131:23 | **12:17:14 (1)** | 134:7 | **12:19:56 (1)** |
| 130:15 | **12:16:20 (1)** | 133:3 | **12:18:44 (1)** | 135:10 |
| **12:15:16 (2)** | 131:24 | **12:17:15 (1)** | 134:8 | **12:20:00 (1)** |
| 130:16,17 | **12:16:26 (1)** | 133:4 | **12:18:49 (1)** | 135:11 |
| **12:15:17 (1)** | 131:25 | **12:17:19 (1)** | 134:9 | **12:20:06 (1)** |
| 130:18 | **12:16:28 (2)** | 133:5 | **12:18:51 (2)** | 135:12 |
| **12:15:21 (1)** | 132:2,3 | **12:17:24 (1)** | 134:10,11 | **12:20:08 (1)** |
| 130:19 | **12:16:33 (1)** | 133:6 | **12:18:53 (1)** | 135:13 |
| **12:15:23 (2)** | 132:4 | **12:17:32 (1)** | 134:12 | **12:20:10 (1)** |
| 130:20,21 | **12:16:35 (1)** | 133:7 | **12:18:59 (1)** | 135:14 |
| **12:15:24 (3)** | 132:5 | **12:17:34 (1)** | 134:13 | **12:20:15 (1)** |
| 130:22,23,24 | **12:16:37 (1)** | 133:8 | **12:19:00 (1)** | 135:15 |
| **12:15:27 (1)** | 132:6 | **12:17:39 (1)** | 134:14 | **12:20:17 (1)** |
| 130:25 | **12:16:38 (1)** | 133:9 | **12:19:04 (1)** | 135:16 |
| **12:15:31 (2)** | 132:7 | **12:17:44 (1)** | 134:15 | **12:20:18 (1)** |
| 131:2,3 | **12:16:40 (1)** | 133:10 | **12:19:05 (1)** | 135:17 |
| **12:15:32 (2)** | 132:8 | **12:17:47 (1)** | 134:16 | **12:20:20 (1)** |
| 131:4,5 | **12:16:41 (2)** | 133:11 | **12:19:08 (1)** | 135:18 |
| **12:15:35 (2)** | 132:9,10 | **12:17:49 (1)** | 134:17 | **12:20:22 (1)** |
| 131:6,7 | **12:16:43 (1)** | 133:12 | **12:19:12 (1)** | 135:19 |
| **12:15:37 (1)** | 132:11 | **12:17:50 (1)** | 134:18 | **12:20:24 (1)** |
| 131:8 | **12:16:44 (1)** | 133:13 | **12:19:13 (1)** | 135:20 |
| **12:15:40 (1)** | 132:12 | **12:17:57 (4)** | 134:19 | **12:20:25 (1)** |
| 131:9 | **12:16:45 (1)** | 133:14,15,16,17 | **12:19:16 (1)** | 135:21 |
| **12:15:41 (1)** | 132:13 | **12:17:59 (1)** | 134:20 | **12:20:26 (1)** |
| 131:10 | **12:16:46 (2)** | 133:18 | **12:19:20 (1)** | 135:22 |
| **12:15:42 (1)** | 132:14,15 | **12:18:01 (2)** | 134:21 | **12:20:30 (1)** |
| 131:11 | **12:16:47 (1)** | 133:19,20 | **12:19:23 (2)** | 135:23 |
| **12:15:44 (1)** | 132:16 | **12:18:03 (1)** | 134:22,23 | **12:20:31 (1)** |
| 131:12 | **12:16:49 (1)** | 133:21 | **12:19:25 (1)** | 135:24 |
| **12:15:47 (1)** | 132:17 | **12:18:05 (1)** | 134:24 | **12:20:33 (1)** |
| 131:13 | **12:16:51 (1)** | 133:22 | **12:19:26 (1)** | 135:25 |

Contains Confidential Portions

**12:20:34 (1)**
136:2
**12:20:35 (2)**
136:3,4
**12:20:38 (1)**
136:5
**12:20:41 (1)**
136:6
**12:20:45 (1)**
136:7
**12:20:47 (1)**
136:8
**12:20:51 (1)**
136:9
**12:20:54 (1)**
136:10
**12:20:59 (1)**
136:11
**12:21:03 (2)**
136:12,13
**12:21:09 (1)**
136:14
**12:21:11 (1)**
136:15
**12:21:12 (2)**
136:16,17
**12:21:15 (1)**
136:18
**12:21:18 (1)**
136:19
**12:21:25 (1)**
136:20
**12:21:29 (1)**
136:21
**12:21:31 (1)**
136:22
**12:21:36 (2)**
136:23,24
**12:21:37 (1)**
136:25
**12:21:38 (1)**
137:2
**12:21:39 (1)**
137:3
**12:21:41 (2)**
137:4,5
**12:21:47 (1)**
137:6
**12:21:48 (1)**

137:7
**12:21:51 (1)**
137:8
**12:21:53 (1)**
137:9
**12:21:55 (1)**
137:10
**12:21:57 (1)**
137:11
**12:22:00 (1)**
137:12
**12:22:02 (1)**
137:13
**12:22:26 (1)**
137:19
**12:22:27 (1)**
137:20
**12:22:30 (1)**
137:21
**12:22:32 (1)**
137:22
**12:22:35 (1)**
137:23
**12:22:39 (2)**
137:24,25
**12:22:41 (1)**
138:2
**12:22:44 (1)**
138:3
**12:22:45 (1)**
138:4
**12:22:46 (1)**
138:5
**12:22:47 (2)**
138:6,7
**12:22:49 (1)**
138:8
**12:22:52 (1)**
137:14,15
**12:22:55 (1)**
138:9
**12:22:58 (3)**
137:16,17,18
**12:22:59 (1)**
138:10
**12:23:02 (2)**
138:11,12
**12:23:06 (1)**
138:13

**12:23:07 (1)**
138:14
**12:23:11 (2)**
138:15,16
**12:23:17 (1)**
138:17
**12:23:18 (1)**
138:18
**12:23:20 (1)**
138:19
**12:23:24 (1)**
138:20
**12:23:27 (2)**
138:21,22
**12:23:33 (2)**
138:23,24
**12:23:36 (1)**
138:25
**12:23:52 (1)**
139:2
**12:23:54 (1)**
139:3
**12:23:55 (1)**
139:4
**12:23:57 (1)**
139:5
**12:23:59 (1)**
139:6
**12:24:00 (1)**
139:7
**12:24:03 (1)**
139:8
**12:24:05 (1)**
139:9
**12:24:09 (1)**
139:10
**12:24:11 (1)**
139:11
**12:24:14 (1)**
139:12
**12:24:19 (2)**
139:13,14
**12:24:21 (1)**
139:15
**12:24:23 (2)**
139:16,17
**12:24:27 (1)**
139:18
**12:24:28 (1)**

139:19
**12:24:30 (1)**
139:20
**12:24:31 (1)**
139:21
**12:24:33 (1)**
139:22
**12:24:35 (1)**
139:23
**12:24:36 (1)**
139:24
**12:24:38 (2)**
139:25 140:2
**12:24:39 (1)**
140:3
**12:24:40 (1)**
140:4
**12:24:41 (1)**
140:5
**12:24:42 (1)**
140:6
**12:24:43 (2)**
140:7,8
**12:24:46 (1)**
140:9
**12:24:47 (2)**
140:10,11
**12:24:48 (1)**
140:12
**12:24:50 (1)**
140:13
**12:24:53 (1)**
140:14
**12:24:54 (1)**
140:15
**12:24:56 (1)**
140:16
**12:24:57 (1)**
140:17
**12:24:58 (1)**
140:18
**12:25:05 (1)**
140:19
**12:25:06 (1)**
140:20
**12:25:11 (1)**
140:21
**12:25:13 (1)**
140:22

139:19
**12:25:18 (2)**
140:23,24
**12:25:23 (1)**
140:25
**12:25:25 (1)**
141:2
**12:25:27 (1)**
141:3
**12:25:28 (1)**
141:4
**12:25:31 (1)**
141:5
**12:25:34 (1)**
141:6
**12:25:35 (1)**
141:7
**12:25:37 (1)**
141:8
**12:25:38 (1)**
141:9
**12:25:40 (1)**
141:10
**12:25:43 (1)**
141:11
**12:25:45 (1)**
141:12
**12:25:48 (1)**
141:13
**12:25:51 (3)**
141:14,15,16
**12:25:52 (1)**
141:17
**12:25:55 (1)**
141:18
**12:25:57 (1)**
141:19
**12:25:59 (1)**
141:20
**12:26:01 (1)**
141:21
**12:26:05 (1)**
141:22
**12:26:07 (1)**
141:23
**12:26:11 (2)**
141:24,25
**12:26:15 (1)**
142:2
**12:26:17 (1)**

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 142:3 | **12:27:21 (1)** | 144:9 | **12:29:23 (1)** | 146:21 |
| **12:26:19 (1)** | 143:7 | **12:28:23 (1)** | 145:16 | **12:30:13 (1)** |
| 142:4 | **12:27:22 (1)** | 144:10 | **12:29:25 (1)** | 146:22 |
| **12:26:21 (1)** | 143:8 | **12:28:27 (1)** | 145:17 | **12:30:15 (1)** |
| 142:5 | **12:27:24 (1)** | 144:11 | **12:29:27 (2)** | 146:23 |
| **12:26:22 (1)** | 143:9 | **12:28:30 (1)** | 145:18,19 | **12:30:16 (1)** |
| 142:6 | **12:27:25 (1)** | 144:12 | **12:29:29 (1)** | 146:24 |
| **12:26:25 (1)** | 143:10 | **12:28:32 (2)** | 145:20 | **12:30:17 (1)** |
| 142:7 | **12:27:29 (1)** | 144:13,14 | **12:29:31 (2)** | 146:25 |
| **12:26:30 (2)** | 143:11 | **12:28:33 (1)** | 145:21,22 | **12:30:18 (2)** |
| 142:8,9 | **12:27:33 (1)** | 144:15 | **12:29:32 (1)** | 147:2,3 |
| **12:26:36 (2)** | 143:12 | **12:28:35 (2)** | 145:23 | **12:30:20 (1)** |
| 142:10,11 | 143:13 | 144:16,17 | **12:29:34 (1)** | 147:4 |
| **12:26:37 (1)** | **12:27:35 (1)** | **12:28:36 (1)** | 145:24 | **12:30:21 (1)** |
| 142:12 | 143:13 | 144:18 | **12:29:37 (1)** | 147:5 |
| **12:26:41 (1)** | **12:27:39 (1)** | **12:28:39 (2)** | 145:25 | **12:30:22 (1)** |
| 142:13 | 143:14 | 144:19,20 | **12:29:39 (2)** | 147:6 |
| **12:26:43 (1)** | **12:27:40 (1)** | **12:28:41 (1)** | 146:2,3 | **12:30:29 (1)** |
| 142:14 | 143:15 | 144:21 | **12:29:40 (1)** | 147:7 |
| **12:26:44 (1)** | **12:27:43 (1)** | **12:28:45 (1)** | 146:4 | **12:30:32 (1)** |
| 142:15 | 143:16 | 144:22 | **12:29:42 (1)** | 147:8 |
| **12:26:47 (1)** | **12:27:45 (1)** | **12:28:47 (1)** | 146:5 | **12:30:33 (1)** |
| 142:16 | 143:17 | 144:23 | **12:29:45 (1)** | 147:9 |
| **12:26:49 (1)** | **12:27:49 (1)** | **12:28:48 (1)** | 146:6 | **12:30:34 (1)** |
| 142:17 | 143:18 | 144:24 | **12:29:46 (1)** | 147:10 |
| **12:26:51 (1)** | **12:27:50 (1)** | **12:28:50 (2)** | 146:7 | **12:30:35 (1)** |
| 142:18 | 143:19 | 144:25 145:2 | **12:29:48 (2)** | 147:11 |
| **12:26:53 (1)** | **12:27:51 (1)** | **12:28:51 (1)** | 146:8,9 | **12:30:37 (2)** |
| 142:19 | 143:20 | 145:3 | **12:29:50 (1)** | 147:12,13 |
| **12:26:58 (1)** | **12:28:00 (1)** | **12:28:54 (1)** | 146:10 | **12:30:40 (1)** |
| 142:20 | 143:21 | 145:4 | **12:29:52 (2)** | 147:14 |
| **12:27:00 (1)** | **12:28:02 (1)** | **12:29:00 (1)** | 146:11,12 | **12:30:43 (1)** |
| 142:21 | 143:22 | 145:5 | **12:29:54 (1)** | 147:15 |
| **12:27:01 (1)** | **12:28:04 (1)** | **12:29:03 (1)** | 146:13 | **12:30:46 (1)** |
| 142:22 | 143:23 | 145:6 | **12:29:57 (1)** | 147:16 |
| **12:27:02 (1)** | **12:28:08 (1)** | **12:29:04 (1)** | 146:14 | **12:30:49 (1)** |
| 142:23 | 143:24 | 145:7 | **12:29:58 (1)** | 147:17 |
| **12:27:05 (1)** | **12:28:11 (1)** | **12:29:09 (1)** | 146:15 | **12:30:53 (1)** |
| 142:24 | 143:25 | 145:8 | **12:30:00 (1)** | 147:18 |
| **12:27:10 (1)** | **12:28:13 (2)** | **12:29:11 (1)** | 146:16 | **12:30:56 (1)** |
| 142:25 | 144:2,3 | 145:9 | **12:30:01 (1)** | 147:19 |
| **12:27:14 (1)** | **12:28:16 (1)** | **12:29:15 (1)** | 146:17 | **12:30:59 (2)** |
| 143:2 | 144:4 | 145:10 | **12:30:04 (1)** | 147:20,21 |
| **12:27:17 (1)** | **12:28:19 (1)** | **12:29:18 (3)** | 146:18 | **12:31:03 (1)** |
| 143:3 | 144:5 | 145:11,12,13 | **12:30:06 (1)** | 147:22 |
| **12:27:18 (2)** | **12:28:20 (2)** | **12:29:19 (1)** | 146:19 | **12:31:05 (2)** |
| 143:4,5 | 144:6,7 | 145:14 | **12:30:09 (1)** | 147:23,24 |
| **12:27:19 (1)** | **12:28:21 (1)** | **12:29:21 (1)** | 146:20 | **12:31:06 (1)** |
| 143:6 | 144:8 | 145:15 | **12:30:11 (1)** | 147:25 |
| | **12:28:22 (1)** | | | |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **12:31:08 (2)** | 149:7 | **12:32:55 (2)** | 151:15,16 | **12:34:40 (1)** |
| 148:2,3 | **12:31:59 (1)** | 150:9,10 | **12:33:47 (1)** | 152:17 |
| **12:31:09 (1)** | 149:8 | **12:32:57 (1)** | 151:17 | **12:34:41 (1)** |
| 148:4 | **12:32:02 (1)** | 150:11 | **12:33:48 (1)** | 152:18 |
| **12:31:11 (1)** | 149:9 | **12:32:58 (1)** | 151:18 | **12:34:42 (1)** |
| 148:5 | **12:32:04 (1)** | 150:12 | **12:33:52 (1)** | 152:19 |
| **12:31:14 (1)** | 149:10 | **12:32:59 (1)** | 151:19 | **12:34:43 (1)** |
| 148:6 | **12:32:05 (1)** | 151:13 | **12:33:54 (1)** | 152:20 |
| **12:31:15 (1)** | 149:11 | **12:33:01 (1)** | 151:20 | **12:34:46 (1)** |
| 148:7 | **12:32:07 (1)** | 151:14 | **12:33:55 (1)** | 152:21 |
| **12:31:16 (2)** | 149:12 | **12:33:02 (1)** | 151:21 | **12:34:47 (1)** |
| 148:8,9 | **12:32:11 (1)** | 150:13 | **12:33:57 (1)** | 152:22 |
| **12:31:18 (1)** | 149:13 | **12:33:03 (1)** | 151:22 | **12:34:54 (1)** |
| 148:10 | **12:32:12 (1)** | 150:14 | **12:34:00 (1)** | 152:23 |
| **12:31:20 (1)** | 149:14 | **12:33:04 (1)** | 151:23 | **12:34:57 (2)** |
| 148:11 | **12:32:13 (1)** | 150:15 | **12:34:03 (1)** | 152:24,25 |
| **12:31:23 (1)** | 149:15 | **12:33:06 (2)** | 151:24 | **12:35:00 (1)** |
| 148:12 | **12:32:18 (1)** | 150:16,17 | **12:34:06 (1)** | 153:2 |
| **12:31:26 (1)** | 149:16 | **12:33:07 (1)** | 151:25 | **12:35:02 (1)** |
| 148:13 | **12:32:19 (1)** | 150:18 | **12:34:08 (1)** | 153:3 |
| **12:31:28 (1)** | 149:17 | **12:33:09 (1)** | 152:2 | **12:35:04 (1)** |
| 148:14 | **12:32:22 (1)** | 150:19 | **12:34:11 (1)** | 153:4 |
| **12:31:29 (1)** | 149:18 | **12:33:10 (1)** | 152:3 | **12:35:05 (1)** |
| 148:15 | **12:32:26 (1)** | 150:20 | **12:34:12 (1)** | 153:5 |
| **12:31:31 (3)** | 149:19 | **12:33:13 (2)** | 152:4 | **12:35:06 (1)** |
| 148:16,17,18 | **12:32:28 (1)** | 150:21,22 | **12:34:15 (1)** | 153:6 |
| **12:31:35 (1)** | 149:20 | **12:33:15 (1)** | 152:5 | **12:35:07 (1)** |
| 148:19 | **12:32:31 (1)** | 150:23 | **12:34:16 (1)** | 153:7 |
| **12:31:39 (1)** | 149:21 | **12:33:16 (1)** | 152:6 | **12:35:08 (1)** |
| 148:20 | **12:32:35 (2)** | 150:24 | **12:34:19 (1)** | 153:8 |
| **12:31:41 (2)** | 149:22,23 | **12:33:19 (1)** | 152:7 | **12:35:09 (3)** |
| 148:21,22 | **12:32:37 (1)** | 150:25 | **12:34:22 (1)** | 153:9,10,11 |
| **12:31:43 (1)** | 149:24 | **12:33:20 (1)** | 152:8 | **12:35:13 (2)** |
| 148:23 | **12:32:39 (1)** | 151:2 | **12:34:24 (1)** | 153:12,13 |
| **12:31:44 (1)** | 149:25 | **12:33:22 (2)** | 152:9 | **12:35:15 (2)** |
| 148:24 | **12:32:41 (1)** | 151:3,4 | **12:34:26 (1)** | 153:14,15 |
| **12:31:45 (1)** | 150:2 | **12:33:23 (1)** | 152:10 | **12:35:16 (2)** |
| 148:25 | **12:32:43 (1)** | 151:5 | **12:34:27 (1)** | 153:16,17 |
| **12:31:46 (1)** | 150:3 | **12:33:25 (1)** | 152:11 | **12:35:17 (2)** |
| 149:2 | **12:32:45 (1)** | 151:6 | **12:34:29 (1)** | 153:18,19 |
| **12:31:47 (1)** | 150:4 | **12:33:27 (2)** | 152:12 | **12:35:19 (2)** |
| 149:3 | **12:32:47 (1)** | 151:7,8 | **12:34:31 (1)** | 153:20,21 |
| **12:31:49 (1)** | 150:5 | **12:33:29 (1)** | 152:13 | **12:35:20 (1)** |
| 149:4 | **12:32:49 (1)** | 151:9 | **12:34:35 (1)** | 153:22 |
| **12:31:50 (1)** | 150:6 | **12:33:30 (1)** | 152:14 | **12:35:21 (1)** |
| 149:5 | **12:32:51 (1)** | 151:10 | **12:34:37 (1)** | 153:23 |
| **12:31:52 (1)** | 150:7 | **12:33:31 (2)** | 152:15 | **12:35:23 (1)** |
| 149:6 | **12:32:54 (1)** | 151:11,12 | **12:34:39 (1)** | 153:24 |
| **12:31:54 (1)** | 150:8 | **12:33:43 (2)** | 152:16 | **12:35:26 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 153:25 | **12:36:03 (1)** | 156:24 | **12:37:29 (1)** | 159:11 |
| **12:35:28 (1)** | 155:8 | **12:36:40 (1)** | 158:7 | **12:38:24 (1)** |
| 154:2 | **12:36:04 (3)** | 156:25 | **12:37:31 (1)** | 159:12 |
| **12:35:30 (1)** | 155:9,10,11 | **12:36:41 (1)** | 158:8 | **12:38:26 (1)** |
| 154:3 | **12:36:05 (1)** | 157:2 | **12:37:32 (2)** | 159:13 |
| **12:35:32 (1)** | 155:12 | **12:36:42 (2)** | 158:9,10 | **12:38:28 (1)** |
| 154:4 | **12:36:06 (2)** | 157:3,4 | **12:37:33 (2)** | 159:14 |
| **12:35:33 (1)** | 155:13,14 | **12:36:44 (1)** | 158:11,12 | **12:38:32 (1)** |
| 154:5 | **12:36:07 (2)** | 157:5 | **12:37:34 (1)** | 159:15 |
| **12:35:35 (1)** | 155:15,16 | **12:36:46 (1)** | 158:13 | **12:38:33 (1)** |
| 154:6 | **12:36:08 (1)** | 157:6 | **12:37:35 (1)** | 159:16 |
| **12:35:36 (1)** | 155:17 | **12:36:49 (1)** | 158:14 | **12:38:36 (1)** |
| 154:7 | **12:36:09 (1)** | 157:7 | **12:37:36 (1)** | 159:17 |
| **12:35:38 (1)** | 155:18 | **12:36:50 (1)** | 158:15 | **12:38:37 (1)** |
| 154:8 | **12:36:10 (1)** | 157:8 | **12:37:37 (1)** | 159:18 |
| **12:35:40 (1)** | 155:19 | **12:36:51 (1)** | 158:16 | **12:38:39 (1)** |
| 154:9 | **12:36:15 (1)** | 157:9 | **12:37:38 (1)** | 159:19 |
| **12:35:42 (1)** | 155:20 | **12:36:53 (2)** | 158:17 | **12:38:41 (1)** |
| 154:10 | **12:36:16 (2)** | 157:10,11 | **12:37:39 (1)** | 159:20 |
| **12:35:43 (1)** | 155:21,22 | **12:36:54 (1)** | 158:18 | **12:38:42 (1)** |
| 154:11 | **12:36:18 (1)** | 157:12 | **12:37:46 (1)** | 159:21 |
| **12:35:44 (2)** | 155:23 | **12:36:55 (1)** | 158:19 | **12:38:46 (1)** |
| 154:12,13 | **12:36:19 (2)** | 157:13 | **12:37:50 (1)** | 159:22 |
| **12:35:45 (1)** | 155:24,25 | **12:36:57 (1)** | 158:20 | **12:38:48 (1)** |
| 154:14 | **12:36:21 (2)** | 157:14 | **12:37:53 (1)** | 159:23 |
| **12:35:47 (1)** | 156:2,3 | **12:37:00 (1)** | 158:21 | **12:38:49 (1)** |
| 154:15 | **12:36:22 (2)** | 157:15 | **12:37:56 (1)** | 159:24 |
| **12:35:48 (1)** | 156:4,5 | **12:37:02 (1)** | 158:22 | **12:38:55 (1)** |
| 154:16 | **12:36:23 (1)** | 157:16 | **12:37:59 (1)** | 159:25 |
| **12:35:49 (2)** | 156:6 | **12:37:09 (1)** | 158:23 | **12:38:57 (1)** |
| 154:17,18 | **12:36:24 (1)** | 157:17 | **12:38:01 (1)** | 160:2 |
| **12:35:51 (1)** | 156:7 | **12:37:10 (2)** | 158:24 | **12:38:59 (1)** |
| 154:19 | **12:36:25 (1)** | 157:18,19 | **12:38:04 (1)** | 160:3 |
| **12:35:53 (1)** | 156:8 | **12:37:12 (1)** | 158:25 | **12:39:01 (1)** |
| 154:20 | **12:36:29 (5)** | 157:20 | **12:38:09 (2)** | 160:4 |
| **12:35:54 (2)** | 156:9,10,11,12,13 | **12:37:13 (2)** | 159:2,3 | **12:39:02 (1)** |
| 154:21,22 | **12:36:30 (1)** | 157:21,22 | **12:38:12 (2)** | 160:5 |
| **12:35:56 (2)** | 156:14 | **12:37:16 (2)** | 159:4,5 | **12:39:03 (1)** |
| 154:23,24 | **12:36:32 (2)** | 157:23,24 | **12:38:13 (1)** | 160:6 |
| **12:35:57 (2)** | 156:15,16 | **12:37:18 (1)** | 159:6 | **12:39:05 (1)** |
| 154:25 155:2 | **12:36:33 (1)** | 157:25 | **12:38:15 (1)** | 160:7 |
| **12:35:58 (1)** | 156:17 | **12:37:20 (1)** | 159:7 | **12:39:08 (1)** |
| 155:3 | **12:36:34 (1)** | 158:2 | **12:38:17 (1)** | 160:8 |
| **12:35:59 (1)** | 156:18 | **12:37:24 (1)** | 159:8 | **12:39:13 (2)** |
| 155:4 | **12:36:35 (3)** | 158:3 | **12:38:19 (1)** | 160:9,10 |
| **12:36:00 (2)** | 156:19,20,21 | **12:37:25 (2)** | 159:9 | **12:39:16 (1)** |
| 155:5,6 | **12:36:37 (2)** | 158:4,5 | **12:38:21 (1)** | 160:11 |
| **12:36:02 (1)** | 156:22,23 | **12:37:26 (1)** | 159:10 | **12:39:18 (1)** |
| 155:7 | **12:36:38 (1)** | 158:6 | **12:38:23 (1)** | 160:12 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **12:39:19 (1)** | 161:15 | **12:41:31 (1)** | 164:4 | **12:43:23 (1)** |
| 160:13 | **12:40:27 (1)** | 162:21 | **12:42:39 (1)** | 165:11 |
| **12:39:20 (1)** | 161:16 | **12:41:33 (2)** | 164:5 | **12:43:24 (1)** |
| 160:14 | **12:40:28 (2)** | 162:22,23 | **12:42:40 (2)** | 165:12 |
| **12:39:21 (1)** | 161:17,18 | **12:41:39 (1)** | 164:6,7 | **12:43:25 (1)** |
| 160:15 | **12:40:30 (1)** | 162:24 | **12:42:42 (1)** | 165:13 |
| **12:39:24 (1)** | 161:19 | **12:41:41 (1)** | 164:8 | **12:43:27 (1)** |
| 160:16 | **12:40:37 (2)** | 162:25 | **12:42:44 (1)** | 165:14 |
| **12:39:29 (1)** | 161:20,21 | **12:41:42 (2)** | 164:9 | **12:43:30 (1)** |
| 160:17 | **12:40:39 (1)** | 163:2,3 | **12:42:45 (1)** | 165:15 |
| **12:39:31 (1)** | 161:22 | **12:41:43 (1)** | 164:10 | **12:43:32 (1)** |
| 160:18 | **12:40:41 (1)** | 163:10 | **12:42:50 (1)** | 165:16 |
| **12:39:32 (1)** | 161:23 | **12:41:45 (1)** | 164:11 | **12:43:34 (1)** |
| 160:19 | **12:40:44 (1)** | 163:11 | **12:42:53 (2)** | 165:17 |
| **12:39:35 (1)** | 161:24 | **12:41:47 (1)** | 164:12,13 | **12:43:37 (1)** |
| 160:20 | **12:40:45 (1)** | 163:4 | **12:42:55 (3)** | 165:18 |
| **12:39:37 (1)** | 161:25 | **12:41:48 (1)** | 164:14,15,16 | **12:43:39 (2)** |
| 160:21 | **12:40:47 (1)** | 163:12 | **12:42:57 (1)** | 165:19,20 |
| **12:39:38 (1)** | 162:2 | **12:41:50 (1)** | 164:17 | **12:43:43 (1)** |
| 160:22 | **12:40:51 (1)** | 163:5 | **12:42:58 (1)** | 165:21 |
| **12:39:49 (1)** | 162:3 | **12:41:54 (1)** | 164:18 | **12:43:46 (2)** |
| 160:23 | **12:40:52 (1)** | 163:6 | **12:43:00 (1)** | 165:22,23 |
| **12:40:01 (1)** | 162:4 | **12:41:55 (1)** | 164:19 | **12:43:48 (3)** |
| 160:24 | **12:40:54 (2)** | 163:7 | **12:43:01 (1)** | 165:24,25 166:2 |
| **12:40:03 (1)** | 162:5,6 | **12:41:56 (2)** | 164:20 | **12:43:54 (1)** |
| 160:25 | **12:40:56 (1)** | 163:8,9 | **12:43:03 (2)** | 166:3 |
| **12:40:05 (2)** | 162:7 | **12:42:02 (1)** | 164:21,22 | **12:43:57 (1)** |
| 161:2,3 | **12:41:00 (1)** | 163:13 | **12:43:04 (2)** | 166:4 |
| **12:40:09 (1)** | 162:8 | **12:42:03 (1)** | 164:23,24 | **12:43:58 (1)** |
| 161:4 | **12:41:02 (1)** | 163:14 | **12:43:06 (1)** | 166:5 |
| **12:40:11 (1)** | 162:9 | **12:42:07 (1)** | 164:25 | **12:44:00 (1)** |
| 161:5 | **12:41:04 (1)** | 163:15 | **12:43:10 (1)** | 166:6 |
| **12:40:12 (1)** | 162:10 | **12:42:09 (1)** | 165:2 | **12:44:02 (1)** |
| 161:6 | **12:41:05 (1)** | 163:16 | **12:43:11 (1)** | 166:7 |
| **12:40:13 (1)** | 162:11 | **12:42:12 (1)** | 165:3 | **12:44:04 (2)** |
| 161:7 | **12:41:08 (1)** | 163:17 | **12:43:12 (1)** | 166:8,9 |
| **12:40:15 (1)** | 162:12 | **12:42:16 (1)** | 165:4 | **12:44:05 (1)** |
| 161:8 | **12:41:09 (1)** | 163:18 | **12:43:13 (1)** | 166:10 |
| **12:40:16 (1)** | 162:13 | **12:42:18 (1)** | 165:5 | **12:44:06 (1)** |
| 161:9 | **12:41:12 (1)** | 163:19 | **12:43:14 (1)** | 166:11 |
| **12:40:17 (2)** | 162:14 | **12:42:22 (1)** | 165:6 | **12:44:07 (1)** |
| 161:10,11 | **12:41:22 (1)** | 163:20 | **12:43:15 (1)** | 166:12 |
| **12:40:18 (1)** | 162:15 | **12:42:24 (1)** | 165:7 | **12:44:10 (1)** |
| 161:12 | **12:41:27 (1)** | 163:21 | **12:43:17 (1)** | 166:13 |
| **12:40:20 (1)** | 162:16 | **12:42:26 (2)** | 165:8 | **12:44:14 (1)** |
| 161:13 | **12:41:28 (1)** | 163:22,23 | **12:43:19 (1)** | 166:14 |
| **12:40:22 (1)** | 162:17 | **12:42:34 (4)** | 165:9 | **12:44:15 (1)** |
| 161:14 | **12:41:29 (3)** | 163:24,25 164:2,3 | **12:43:20 (1)** | 166:15 |
| **12:40:25 (1)** | 162:18,19,20 | **12:42:36 (1)** | 165:10 | **12:44:16 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 166:16 | **12:45:47 (1)** | 169:3 | **12:47:49 (1)** | 171:12,13 |
| **12:44:19 (1)** | 168:2 | **12:46:53 (1)** | 170:7 | **12:48:57 (1)** |
| 166:17 | **12:45:50 (1)** | 169:4 | **12:47:51 (1)** | 171:14 |
| **12:44:22 (1)** | 168:3 | **12:47:01 (1)** | 170:8 | **12:48:58 (1)** |
| 166:18 | **12:45:51 (1)** | 169:5 | **12:47:53 (1)** | 171:15 |
| **12:44:24 (2)** | 168:4 | **12:47:02 (1)** | 170:9 | **12:49:03 (1)** |
| 166:19,20 | **12:45:52 (1)** | 169:6 | **12:47:58 (1)** | 171:16 |
| **12:44:25 (1)** | 168:5 | **12:47:04 (1)** | 170:10 | **12:49:04 (2)** |
| 166:21 | **12:45:58 (1)** | 169:7 | **12:48:02 (1)** | 171:17,18 |
| **12:44:26 (1)** | 168:6 | **12:47:06 (1)** | 170:11 | **12:49:06 (1)** |
| 166:22 | **12:45:59 (1)** | 169:8 | **12:48:04 (1)** | 171:19 |
| **12:44:29 (1)** | 168:7 | **12:47:07 (1)** | 170:12 | **12:49:09 (1)** |
| 166:23 | **12:46:10 (1)** | 169:9 | **12:48:07 (1)** | 171:20 |
| **12:44:31 (2)** | 168:8 | **12:47:08 (1)** | 170:13 | **12:49:10 (1)** |
| 166:24,25 | **12:46:11 (1)** | 169:10 | **12:48:08 (1)** | 171:21 |
| **12:44:33 (1)** | 168:9 | **12:47:10 (1)** | 170:14 | **12:49:15 (1)** |
| 167:2 | **12:46:13 (1)** | 169:11 | **12:48:14 (1)** | 171:22 |
| **12:45:06 (1)** | 168:10 | **12:47:11 (2)** | 170:15 | **12:49:16 (2)** |
| 167:3 | **12:46:14 (1)** | 169:12,13 | **12:48:16 (1)** | 171:23,24 |
| **12:45:18 (1)** | 168:11 | **12:47:12 (1)** | 170:16 | **12:49:17 (1)** |
| 167:4 | **12:46:16 (1)** | 169:14 | **12:48:18 (2)** | 171:25 |
| **12:45:19 (1)** | 168:12 | **12:47:16 (1)** | 170:17,18 | **12:49:18 (1)** |
| 167:5 | **12:46:17 (1)** | 169:15 | **12:48:20 (1)** | 172:2 |
| **12:45:21 (1)** | 168:13 | **12:47:17 (1)** | 170:19 | **12:49:19 (1)** |
| 167:6 | **12:46:22 (1)** | 169:16 | **12:48:22 (1)** | 172:3 |
| **12:45:22 (1)** | 168:14 | **12:47:19 (1)** | 170:20 | **12:49:20 (1)** |
| 167:7 | **12:46:23 (1)** | 169:17 | **12:48:25 (1)** | 172:4 |
| **12:45:23 (1)** | 168:15 | **12:47:20 (1)** | 170:21 | **12:49:26 (2)** |
| 167:8 | **12:46:24 (1)** | 169:18 | **12:48:26 (1)** | 172:5,6 |
| **12:45:26 (1)** | 168:16 | **12:47:22 (1)** | 170:22 | **12:49:28 (1)** |
| 167:9 | **12:46:28 (1)** | 169:19 | **12:48:32 (1)** | 172:7 |
| **12:45:28 (3)** | 168:17 | **12:47:24 (1)** | 170:23 | **12:49:29 (1)** |
| 167:10,11,12 | **12:46:29 (1)** | 169:20 | **12:48:34 (1)** | 172:8 |
| **12:45:30 (2)** | 168:18 | **12:47:25 (2)** | 170:24 | **12:49:35 (1)** |
| 167:13,14 | **12:46:32 (1)** | 169:21,22 | **12:48:36 (3)** | 172:9 |
| **12:45:31 (1)** | 168:19 | **12:47:28 (2)** | 170:25 171:2,3 | **12:49:38 (1)** |
| 167:15 | **12:46:33 (1)** | 169:23,24 | **12:48:38 (1)** | 172:10 |
| **12:45:35 (1)** | 168:20 | **12:47:32 (1)** | 171:4 | **12:49:40 (1)** |
| 167:16 | **12:46:34 (1)** | 169:25 | **12:48:41 (2)** | 172:11 |
| **12:45:37 (3)** | 168:21 | **12:47:35 (1)** | 171:5,6 | **12:49:42 (1)** |
| 167:17,18,19 | **12:46:35 (1)** | 170:2 | **12:48:44 (1)** | 172:12 |
| **12:45:40 (3)** | 168:22 | **12:47:39 (1)** | 171:7 | **12:49:43 (1)** |
| 167:20,21,22 | **12:46:38 (1)** | 170:3 | **12:48:47 (1)** | 172:13 |
| **12:45:41 (1)** | 168:23 | **12:47:43 (1)** | 171:8 | **12:49:46 (1)** |
| 167:23 | **12:46:40 (1)** | 170:4 | **12:48:50 (2)** | 172:14 |
| **12:45:43 (1)** | 168:24 | **12:47:46 (1)** | 171:9,10 | **12:49:47 (2)** |
| 167:24 | **12:46:43 (2)** | 170:5 | **12:48:53 (1)** | 172:15,16 |
| **12:45:44 (1)** | 168:25 169:2 | **12:47:48 (1)** | 171:11 | **12:49:49 (1)** |
| 167:25 | **12:46:51 (1)** | 170:6 | **12:48:54 (2)** | 172:17 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **12:49:50 (1)** | 173:21 | **12:51:52 (1)** | 175:23 | **12:53:42 (1)** |
| 172:18 | **12:50:55 (1)** | 174:23 | **12:52:48 (1)** | 177:5 |
| **12:49:51 (1)** | 173:22 | **12:51:54 (1)** | 175:24 | **12:53:44 (2)** |
| 172:19 | **12:50:57 (1)** | 174:24 | **12:52:50 (2)** | 177:6,7 |
| **12:49:52 (1)** | 173:23 | **12:51:55 (1)** | 175:25 176:2 | **12:53:45 (1)** |
| 172:20 | **12:50:59 (1)** | 174:25 | **12:53:00 (1)** | 177:8 |
| **12:49:54 (1)** | 173:24 | **12:51:56 (1)** | 176:3 | **12:53:46 (2)** |
| 172:21 | **12:51:00 (1)** | 175:2 | **12:53:06 (2)** | 177:9,10 |
| **12:49:55 (1)** | 173:25 | **12:51:57 (1)** | 176:4,5 | **12:53:48 (1)** |
| 172:22 | **12:51:02 (1)** | 175:3 | **12:53:08 (1)** | 177:11 |
| **12:49:57 (1)** | 174:2 | **12:52:09 (1)** | 176:6 | **12:53:49 (1)** |
| 172:23 | **12:51:04 (1)** | 175:4 | **12:53:10 (1)** | 177:12 |
| **12:49:58 (1)** | 174:3 | **12:52:12 (1)** | 176:7 | **12:53:52 (1)** |
| 172:24 | **12:51:05 (1)** | 175:5 | **12:53:11 (2)** | 177:13 |
| **12:50:03 (1)** | 174:4 | **12:52:15 (1)** | 176:8,9 | **12:53:55 (1)** |
| 172:25 | **12:51:06 (1)** | 175:6 | **12:53:12 (1)** | 177:14 |
| **12:50:04 (2)** | 174:5 | **12:52:16 (1)** | 176:10 | **12:53:57 (1)** |
| 173:2,3 | **12:51:09 (1)** | 175:7 | **12:53:16 (1)** | 177:15 |
| **12:50:08 (1)** | 174:6 | **12:52:20 (1)** | 176:11 | **12:53:59 (1)** |
| 173:4 | **12:51:11 (1)** | 175:8 | **12:53:18 (2)** | 177:16 |
| **12:50:12 (1)** | 174:7 | **12:52:21 (1)** | 176:12,13 | **12:54:01 (1)** |
| 173:5 | **12:51:12 (1)** | 175:9 | **12:53:19 (1)** | 177:17 |
| **12:50:13 (2)** | 174:8 | **12:52:22 (1)** | 176:14 | **12:54:02 (1)** |
| 173:6,7 | **12:51:18 (1)** | 175:10 | **12:53:20 (2)** | 177:18 |
| **12:50:15 (1)** | 174:9 | **12:52:24 (1)** | 176:15,16 | **12:54:04 (1)** |
| 173:8 | **12:51:21 (1)** | 175:11 | **12:53:22 (1)** | 177:19 |
| **12:50:23 (1)** | 174:10 | **12:52:26 (1)** | 176:17 | **12:54:06 (2)** |
| 173:9 | **12:51:26 (2)** | 175:12 | **12:53:26 (1)** | 177:20,21 |
| **12:50:24 (1)** | 174:11,12 | **12:52:28 (1)** | 176:18 | **12:54:08 (1)** |
| 173:10 | **12:51:27 (1)** | 175:13 | **12:53:27 (1)** | 177:22 |
| **12:50:27 (1)** | 174:13 | **12:52:29 (1)** | 176:19 | **12:54:09 (1)** |
| 173:11 | **12:51:28 (1)** | 175:14 | **12:53:28 (1)** | 177:23 |
| **12:50:33 (1)** | 174:14 | **12:52:31 (1)** | 176:20 | **12:54:12 (1)** |
| 173:12 | **12:51:31 (1)** | 175:15 | **12:53:29 (1)** | 177:24 |
| **12:50:38 (1)** | 174:15 | **12:52:33 (1)** | 176:21 | **12:54:13 (1)** |
| 173:13 | **12:51:32 (1)** | 175:16 | **12:53:30 (1)** | 177:25 |
| **12:50:39 (1)** | 174:16 | **12:52:35 (1)** | 176:22 | **12:54:17 (1)** |
| 173:14 | **12:51:33 (1)** | 175:17 | **12:53:32 (1)** | 178:2 |
| **12:50:41 (1)** | 174:17 | **12:52:36 (1)** | 176:23 | **12:54:19 (1)** |
| 173:15 | **12:51:34 (1)** | 175:18 | **12:53:33 (1)** | 178:3 |
| **12:50:44 (1)** | 174:18 | **12:52:39 (1)** | 176:24 | **12:54:22 (1)** |
| 173:16 | **12:51:35 (1)** | 175:19 | **12:53:34 (1)** | 178:4 |
| **12:50:48 (2)** | 174:19 | **12:52:41 (1)** | 176:25 | **12:54:24 (1)** |
| 173:17,18 | **12:51:36 (1)** | 175:20 | **12:53:36 (1)** | 178:5 |
| **12:50:50 (1)** | 174:20 | **12:52:43 (1)** | 177:2 | **12:54:25 (1)** |
| 173:19 | **12:51:40 (1)** | 175:21 | **12:53:39 (1)** | 178:6 |
| **12:50:53 (1)** | 174:21 | **12:52:45 (1)** | 177:3 | **12:54:26 (3)** |
| 173:20 | **12:51:45 (1)** | 175:22 | **12:53:41 (1)** | 178:7,8,9 |
| **12:50:54 (1)** | 174:22 | **12:52:47 (1)** | 177:4 | **12:54:30 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 178:10 | **12:55:17 (1)** | 180:16 | **12:57:11 (1)** | 182:19 |
| **12:54:33 (1)** | 179:14 | **12:56:17 (1)** | 181:18 | **12:58:07 (1)** |
| 178:11 | **12:55:23 (1)** | 180:17 | **12:57:12 (1)** | 182:20 |
| **12:54:34 (1)** | 179:15 | **12:56:20 (1)** | 181:19 | **12:58:09 (1)** |
| 178:12 | **12:55:24 (1)** | 180:18 | **12:57:16 (1)** | 182:21 |
| **12:54:35 (1)** | 179:16 | **12:56:23 (1)** | 181:20 | **12:58:10 (1)** |
| 178:13 | **12:55:25 (1)** | 180:19 | **12:57:19 (2)** | 182:22 |
| **12:54:36 (1)** | 179:17 | **12:56:25 (1)** | 181:21,22 | **12:58:13 (1)** |
| 178:14 | **12:55:28 (1)** | 180:20 | **12:57:22 (1)** | 182:23 |
| **12:54:39 (1)** | 179:18 | **12:56:26 (1)** | 181:23 | **12:58:16 (1)** |
| 178:15 | **12:55:31 (1)** | 180:21 | **12:57:23 (1)** | 182:24 |
| **12:54:40 (1)** | 179:19 | **12:56:27 (1)** | 181:24 | **12:58:17 (2)** |
| 178:16 | **12:55:33 (1)** | 180:22 | **12:57:24 (1)** | 182:25 183:2 |
| **12:54:41 (1)** | 179:20 | **12:56:30 (1)** | 181:25 | **12:58:19 (1)** |
| 178:17 | **12:55:36 (1)** | 180:23 | **12:57:25 (1)** | 183:3 |
| **12:54:45 (1)** | 179:21 | **12:56:32 (1)** | 182:2 | **12:58:20 (1)** |
| 178:18 | **12:55:38 (1)** | 180:24 | **12:57:27 (1)** | 183:4 |
| **12:54:46 (2)** | 179:22 | **12:56:36 (1)** | 182:3 | **12:58:21 (1)** |
| 178:19,20 | **12:55:39 (1)** | 180:25 | **12:57:29 (1)** | 183:5 |
| **12:54:49 (2)** | 179:23 | **12:56:39 (1)** | 182:4 | **12:58:23 (1)** |
| 178:21,22 | **12:55:42 (1)** | 181:2 | **12:57:32 (1)** | 183:6 |
| **12:54:50 (1)** | 179:24 | **12:56:41 (1)** | 182:5 | **12:58:27 (1)** |
| 178:23 | **12:55:44 (1)** | 181:3 | **12:57:34 (1)** | 183:7 |
| **12:54:52 (2)** | 179:25 | **12:56:43 (1)** | 182:6 | **12:58:30 (1)** |
| 178:24,25 | **12:55:47 (1)** | 181:4 | **12:57:37 (1)** | 183:8 |
| **12:54:53 (1)** | 180:2 | **12:56:46 (1)** | 182:7 | **12:58:31 (1)** |
| 179:2 | **12:55:49 (1)** | 181:5 | **12:57:39 (1)** | 183:9 |
| **12:54:58 (1)** | 180:3 | **12:56:49 (1)** | 182:8 | **12:58:35 (1)** |
| 179:3 | **12:55:51 (1)** | 181:6 | **12:57:43 (1)** | 183:10 |
| **12:55:00 (1)** | 180:4 | **12:56:51 (1)** | 182:9 | **12:58:36 (1)** |
| 179:4 | **12:55:52 (2)** | 181:7 | **12:57:46 (1)** | 183:11 |
| **12:55:04 (1)** | 180:5,6 | **12:56:52 (1)** | 182:10 | **12:58:39 (1)** |
| 179:5 | **12:55:54 (1)** | 181:8 | **12:57:48 (1)** | 183:12 |
| **12:55:05 (1)** | 180:7 | **12:56:53 (1)** | 182:11 | **12:58:41 (1)** |
| 179:6 | **12:55:55 (1)** | 181:9 | **12:57:52 (1)** | 183:13 |
| **12:55:06 (1)** | 180:8 | **12:56:56 (1)** | 182:12 | **12:58:42 (1)** |
| 179:7 | **12:55:57 (1)** | 181:10 | **12:57:53 (1)** | 183:14 |
| **12:55:08 (1)** | 180:9 | **12:56:57 (1)** | 182:13 | **12:58:44 (1)** |
| 179:8 | **12:56:02 (1)** | 181:11 | **12:57:54 (1)** | 183:15 |
| **12:55:10 (1)** | 180:10 | **12:56:58 (1)** | 182:14 | **12:58:46 (1)** |
| 179:9 | **12:56:03 (1)** | 181:12 | **12:57:57 (1)** | 183:16 |
| **12:55:11 (1)** | 180:11 | **12:56:59 (1)** | 182:15 | **12:58:49 (2)** |
| 179:10 | **12:56:06 (2)** | 181:13 | **12:57:59 (1)** | 183:17,18 |
| **12:55:13 (1)** | 180:12,13 | **12:57:01 (1)** | 182:16 | **12:58:51 (1)** |
| 179:11 | **12:56:11 (1)** | 181:14 | **12:58:00 (1)** | 183:19 |
| **12:55:14 (1)** | 180:14 | **12:57:04 (2)** | 182:17 | **12:58:52 (1)** |
| 179:12 | **12:56:13 (1)** | 181:15,16 | **12:58:04 (1)** | 183:20 |
| **12:55:16 (1)** | 180:15 | **12:57:08 (1)** | 182:18 | **12:58:56 (2)** |
| 179:13 | **12:56:14 (1)** | 181:17 | **12:58:05 (1)** | 183:21,22 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **12:58:58 (3)** | 185:3,4 | **13:00:38 (1)** | 187:11,12,13 | **13:02:20 (1)** |
| 183:23,24,25 | **12:59:41 (1)** | 186:4 | **13:01:28 (1)** | 188:15 |
| **12:59:00 (1)** | 185:5 | **13:00:39 (1)** | 187:14 | **13:02:21 (2)** |
| 184:2 | **12:59:47 (1)** | 186:5 | **13:01:31 (1)** | 188:16,17 |
| **12:59:01 (1)** | 185:6 | **13:00:41 (1)** | 187:15 | **13:02:24 (1)** |
| 184:3 | **12:59:48 (1)** | 186:6 | **13:01:33 (1)** | 188:18 |
| **12:59:03 (1)** | 185:7 | **13:00:42 (2)** | 187:16 | **13:02:26 (2)** |
| 184:4 | **12:59:51 (1)** | 186:7,8 | **13:01:36 (1)** | 188:19,20 |
| **12:59:05 (1)** | 185:8 | **13:00:44 (2)** | 187:17 | **13:02:28 (1)** |
| 184:5 | **12:59:52 (1)** | 186:9,10 | **13:01:38 (1)** | 188:21 |
| **12:59:06 (1)** | 185:9 | **13:00:46 (1)** | 187:18 | **13:02:32 (1)** |
| 184:6 | **12:59:53 (1)** | 186:11 | **13:01:40 (1)** | 188:22 |
| **12:59:07 (1)** | 185:10 | **13:00:48 (1)** | 187:19 | **13:02:35 (1)** |
| 184:7 | **12:59:57 (1)** | 186:12 | **13:01:42 (1)** | 188:23 |
| **12:59:10 (1)** | 185:11 | **13:00:51 (2)** | 187:20 | **13:02:36 (1)** |
| 184:8 | **12112 (1)** | 186:13,14 | **13:01:44 (1)** | 188:24 |
| **12:59:12 (1)** | 145:10 | **13:00:53 (1)** | 187:21 | **13:02:52 (1)** |
| 184:9 | **1215 (1)** | 186:15 | **13:01:47 (1)** | 188:25 |
| **12:59:13 (2)** | 1:6 | **13:00:55 (1)** | 187:22 | **13:02:54 (1)** |
| 184:10,11 | **13:00:06 (1)** | 186:16 | **13:01:50 (1)** | 189:2 |
| **12:59:15 (1)** | 185:12 | **13:00:56 (1)** | 187:23 | **13:02:56 (1)** |
| 184:12 | **13:00:12 (1)** | 186:17 | **13:01:52 (1)** | 189:3 |
| **12:59:18 (2)** | 185:13 | **13:00:57 (1)** | 187:24 | **13:02:58 (5)** |
| 184:13,14 | **13:00:13 (1)** | 186:18 | **13:01:54 (1)** | 189:4,5,6,7 190:2 |
| **12:59:19 (1)** | 185:14 | **13:00:59 (1)** | 187:25 | **13:59:45 (2)** |
| 184:15 | **13:00:14 (1)** | 186:19 | **13:01:56 (1)** | 190:3,4 |
| **12:59:21 (1)** | 185:15 | **13:01:00 (1)** | 188:2 | **137 (1)** |
| 184:16 | **13:00:16 (2)** | 186:20 | **13:01:57 (1)** | 376:22 |
| **12:59:23 (1)** | 185:16,17 | **13:01:02 (1)** | 188:3 | **14:00:12 (1)** |
| 184:17 | **13:00:19 (1)** | 186:21 | **13:01:59 (1)** | 190:5 |
| **12:59:26 (1)** | 185:18 | **13:01:03 (2)** | 188:4 | **14:00:14 (1)** |
| 184:18 | **13:00:20 (1)** | 186:22,23 | **13:02:03 (1)** | 190:6 |
| **12:59:27 (1)** | 185:19 | **13:01:04 (1)** | 188:5 | **14:00:15 (4)** |
| 184:19 | **13:00:23 (1)** | 186:24 | **13:02:05 (1)** | 190:7,8,9,10 |
| **12:59:28 (1)** | 185:20 | **13:01:07 (2)** | 188:6 | **14:00:18 (1)** |
| 184:20 | **13:00:26 (1)** | 186:25 187:2 | **13:02:07 (1)** | 190:11 |
| **12:59:30 (1)** | 185:21 | **13:01:08 (1)** | 188:7 | **14:00:20 (1)** |
| 184:21 | **13:00:29 (1)** | 187:3 | **13:02:08 (1)** | 190:12 |
| **12:59:32 (1)** | 185:22 | **13:01:11 (1)** | 188:8 | **14:00:21 (1)** |
| 184:22 | **13:00:31 (1)** | 187:4 | **13:02:10 (2)** | 190:13 |
| **12:59:34 (1)** | 185:23 | **13:01:14 (2)** | 188:9,10 | **14:00:24 (2)** |
| 184:23 | **13:00:32 (1)** | 187:5,6 | **13:02:13 (1)** | 190:14,15 |
| **12:59:35 (1)** | 185:24 | **13:01:16 (2)** | 188:11 | **14:00:29 (2)** |
| 184:24 | **13:00:34 (1)** | 187:7,8 | **13:02:14 (1)** | 190:16 |
| **12:59:37 (1)** | 185:25 | **13:01:19 (1)** | 188:12 | **14:00:30 (1)** |
| 184:25 | **13:00:36 (1)** | 187:9 | **13:02:17 (1)** | 190:17 |
| **12:59:39 (1)** | 186:2 | **13:01:24 (1)** | 188:13 | **14:00:33 (1)** |
| 185:2 | **13:00:37 (1)** | 187:10 | **13:02:19 (1)** | 190:18 |
| **12:59:40 (2)** | 186:3 | **13:01:26 (3)** | 188:14 | **14:00:36 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 190:19 | **14:01:30 (1)** | 193:7,8 | **14:04:05 (1)** | 195:16 |
| **14:00:39 (2)** | 191:25 | **14:03:05 (1)** | 194:13 | **14:05:19 (1)** |
| 190:20,21 | **14:01:32 (1)** | 193:9 | **14:04:06 (1)** | 195:17 |
| **14:00:40 (2)** | 192:2 | **14:03:06 (2)** | 194:14 | **14:05:20 (2)** |
| 190:22,23 | **14:01:34 (1)** | 193:10,11 | **14:04:14 (1)** | 195:18,19 |
| **14:00:44 (1)** | 192:3 | **14:03:08 (1)** | 194:15 | **14:05:24 (2)** |
| 190:24 | **14:01:35 (1)** | 193:12 | **14:04:17 (1)** | 195:20,21 |
| **14:00:46 (1)** | 192:4 | **14:03:10 (2)** | 194:16 | **14:05:30 (1)** |
| 190:25 | **14:01:38 (2)** | 193:13,14 | **14:04:20 (1)** | 195:22 |
| **14:00:48 (1)** | 192:5,6 | **14:03:12 (1)** | 194:18 | **14:05:33 (1)** |
| 191:2 | **14:01:40 (1)** | 193:15 | **14:04:21 (2)** | 195:23 |
| **14:00:51 (1)** | 192:7 | **14:03:13 (1)** | 194:17,19 | **14:05:34 (1)** |
| 191:3 | **14:01:43 (1)** | 193:16 | **14:04:22 (1)** | 195:24 |
| **14:00:52 (1)** | 192:8 | **14:03:15 (1)** | 194:20 | **14:05:35 (2)** |
| 191:4 | **14:01:50 (1)** | 193:17 | **14:04:25 (1)** | 195:25 196:2 |
| **14:00:54 (1)** | 192:9 | **14:03:18 (1)** | 194:21 | **14:05:36 (1)** |
| 191:5 | **14:01:52 (1)** | 193:18 | **14:04:27 (1)** | 196:3 |
| **14:00:57 (1)** | 192:10 | **14:03:20 (1)** | 194:22 | **14:05:37 (1)** |
| 191:6 | **14:02:16 (3)** | 193:19 | **14:04:28 (1)** | 196:4 |
| **14:00:59 (2)** | 192:11,12,13 | **14:03:23 (1)** | 194:23 | **14:05:39 (2)** |
| 191:7,8 | **14:02:22 (2)** | 193:20 | **14:04:29 (1)** | 196:5,6 |
| **14:01:01 (2)** | 192:14,15 | **14:03:26 (1)** | 194:24 | **14:05:42 (1)** |
| 191:9,10 | **14:02:25 (1)** | 193:21 | **14:04:30 (1)** | 196:7 |
| **14:01:02 (1)** | 192:16 | **14:03:29 (2)** | 194:25 | **14:05:44 (1)** |
| 191:11 | **14:02:27 (1)** | 193:22,23 | **14:04:31 (1)** | 196:8 |
| **14:01:06 (1)** | 192:17 | **14:03:30 (1)** | 195:2 | **14:05:46 (2)** |
| 191:12 | **14:02:31 (2)** | 193:24 | **14:04:33 (1)** | 196:9,10 |
| **14:01:08 (1)** | 192:18,19 | **14:03:36 (1)** | 195:3 | **14:05:48 (1)** |
| 191:13 | **14:02:34 (1)** | 193:25 | **14:04:36 (1)** | 196:11 |
| **14:01:10 (1)** | 192:20 | **14:03:39 (1)** | 195:4 | **14:05:50 (1)** |
| 191:14 | **14:02:37 (1)** | 194:2 | **14:04:37 (1)** | 196:12 |
| **14:01:11 (1)** | 192:21 | **14:03:41 (1)** | 195:5 | **14:05:51 (2)** |
| 191:15 | **14:02:38 (1)** | 194:3 | **14:04:39 (1)** | 196:13,14 |
| **14:01:14 (1)** | 192:22 | **14:03:43 (2)** | 195:6 | **14:05:55 (1)** |
| 191:16 | **14:02:45 (1)** | 194:4,5 | **14:04:40 (1)** | 196:15 |
| **14:01:16 (1)** | 192:23 | **14:03:45 (1)** | 195:7 | **14:05:57 (2)** |
| 191:17 | **14:02:47 (2)** | 194:6 | **14:04:42 (2)** | 196:16,17 |
| **14:01:17 (1)** | 192:24,25 | **14:03:49 (1)** | 195:8,9 | **14:05:58 (5)** |
| 191:18 | **14:02:50 (1)** | 194:7 | **14:04:58 (1)** | 196:18,19,20,21,22 |
| **14:01:20 (1)** | 193:2 | **14:03:56 (1)** | 195:10 | **14:06:00 (2)** |
| 191:19 | **14:02:53 (1)** | 194:8 | **14:05:01 (2)** | 196:23,24 |
| **14:01:25 (1)** | 193:3 | **14:03:57 (1)** | 195:11,12 | **14:06:05 (1)** |
| 191:20 | **14:02:56 (1)** | 194:9 | **14:05:05 (1)** | 196:25 |
| **14:01:27 (1)** | 193:4 | **14:03:58 (1)** | 195:13 | **14:06:06 (1)** |
| 191:21 | **14:02:58 (1)** | 194:10 | **14:05:06 (1)** | 197:2 |
| **14:01:28 (2)** | 193:5 | **14:04:01 (1)** | 195:14 | **14:06:08 (1)** |
| 191:22,23 | **14:03:02 (1)** | 194:11 | **14:05:10 (1)** | 197:3 |
| **14:01:29 (1)** | 193:6 | **14:04:03 (1)** | 195:15 | **14:06:12 (1)** |
| 191:24 | **14:03:03 (2)** | 194:12 | **14:05:11 (1)** | 197:4 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **14:06:14 (1)** | 198:12 | **14:08:02 (1)** | 200:20 | **14:10:32 (1)** |
| 197:5 | **14:07:08 (1)** | 199:16 | **14:09:10 (1)** | 201:25 |
| **14:06:18 (2)** | 198:13 | **14:08:06 (1)** | 200:21 | **14:10:34 (1)** |
| 197:6,7 | **14:07:10 (1)** | 199:17 | **14:09:12 (1)** | 202:2 |
| **14:06:19 (1)** | 198:14 | **14:08:07 (1)** | 200:22 | **14:10:36 (1)** |
| 197:8 | **14:07:12 (1)** | 199:18 | **14:09:14 (1)** | 202:3 |
| **14:06:20 (2)** | 198:15 | **14:08:10 (1)** | 200:23 | **14:10:37 (2)** |
| 197:9,10 | **14:07:13 (1)** | 199:19 | **14:09:15 (1)** | 202:4,5 |
| **14:06:22 (2)** | 198:16 | **14:08:12 (1)** | 200:24 | **14:10:39 (1)** |
| 197:11,12 | **14:07:16 (1)** | 199:20 | **14:09:19 (1)** | 202:6 |
| **14:06:23 (1)** | 198:17 | **14:08:14 (1)** | 200:25 | **14:10:43 (1)** |
| 197:13 | **14:07:17 (1)** | 199:21 | **14:09:20 (1)** | 202:7 |
| **14:06:25 (2)** | 198:18 | **14:08:15 (1)** | 201:2 | **14:10:45 (1)** |
| 197:14,15 | **14:07:18 (1)** | 199:22 | **14:09:22 (1)** | 202:8 |
| **14:06:26 (1)** | 198:19 | **14:08:16 (1)** | 201:3 | **14:10:47 (1)** |
| 197:16 | **14:07:22 (1)** | 199:23 | **14:09:25 (1)** | 202:9 |
| **14:06:28 (1)** | 198:20 | **14:08:19 (1)** | 201:4 | **14:10:48 (1)** |
| 197:17 | **14:07:27 (1)** | 199:24 | **14:09:48 (1)** | 202:10 |
| **14:06:30 (1)** | 198:21 | **14:08:20 (1)** | 201:5 | **14:10:50 (1)** |
| 197:18 | **14:07:30 (1)** | 199:25 | **14:09:58 (2)** | 202:11 |
| **14:06:31 (1)** | 198:22 | **14:08:23 (2)** | 201:8,9 | **14:10:53 (1)** |
| 197:19 | **14:07:34 (1)** | 200:2,3 | **14:10:02 (1)** | 202:12 |
| **14:06:34 (1)** | 198:23 | **14:08:26 (1)** | 201:10 | **14:10:56 (1)** |
| 197:20 | **14:07:35 (1)** | 200:4 | **14:10:05 (1)** | 202:13 |
| **14:06:36 (2)** | 198:24 | **14:08:30 (1)** | 201:11 | **14:10:59 (2)** |
| 197:21,22 | **14:07:38 (1)** | 200:5 | **14:10:06 (1)** | 202:14,15 |
| **14:06:37 (1)** | 198:25 | **14:08:33 (1)** | 201:12 | **14:11:00 (1)** |
| 197:23 | **14:07:39 (1)** | 200:6 | **14:10:07 (1)** | 202:16 |
| **14:06:41 (1)** | 199:2 | **14:08:37 (1)** | 201:13 | **14:11:01 (1)** |
| 197:24 | **14:07:40 (1)** | 200:7 | **14:10:12 (1)** | 202:17 |
| **14:06:42 (1)** | 199:3 | **14:08:39 (1)** | 201:14 | **14:11:03 (1)** |
| 197:25 | **14:07:41 (1)** | 200:8 | **14:10:13 (1)** | 202:18 |
| **14:06:43 (1)** | 199:4 | **14:08:42 (1)** | 201:15 | **14:11:06 (1)** |
| 198:2 | **14:07:42 (1)** | 200:9 | **14:10:19 (1)** | 202:19 |
| **14:06:45 (1)** | 199:5 | **14:08:45 (1)** | 201:16 | **14:11:07 (1)** |
| 198:3 | **14:07:43 (1)** | 200:10 | **14:10:20 (1)** | 202:20 |
| **14:06:47 (1)** | 199:6 | **14:08:47 (2)** | 201:17 | **14:11:09 (1)** |
| 198:4 | **14:07:50 (1)** | 200:11,12 | **14:10:21 (1)** | 202:21 |
| **14:06:48 (2)** | 199:7 | **14:08:49 (2)** | 201:18 | **14:11:11 (1)** |
| 198:5,6 | **14:07:53 (1)** | 200:13,14 | **14:10:22 (1)** | 202:22 |
| **14:06:49 (1)** | 199:8 | **14:08:51 (2)** | 201:19 | **14:11:14 (1)** |
| 198:7 | **14:07:54 (1)** | 200:15,16 | **14:10:23 (1)** | 202:23 |
| **14:06:53 (1)** | 199:9 | **14:08:52 (1)** | 201:20 | **14:11:15 (1)** |
| 198:8 | **14:07:56 (1)** | 200:17 | **14:10:25 (2)** | 202:24 |
| **14:07:03 (1)** | 199:10 | **14:08:53 (1)** | 201:21,22 | **14:11:17 (1)** |
| 198:9 | **14:07:59 (4)** | 200:18 | **14:10:27 (1)** | 202:25 |
| **14:07:04 (2)** | 199:11,12,13,14 | **14:09:04 (1)** | 201:23 | **14:11:19 (1)** |
| 198:10,11 | **14:08:00 (1)** | 200:19 | **14:10:29 (1)** | 203:2 |
| **14:07:05 (1)** | 199:15 | **14:09:09 (1)** | 201:24 | **14:11:23 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 203:3 | **14:12:51 (1)** | 205:12 | **14:14:44 (1)** | 208:4 |
| **14:11:30 (3)** | 204:8 | **14:13:48 (2)** | 206:18 | **14:16:23 (1)** |
| 203:4,5,6 | **14:12:54 (1)** | 205:13,14 | **14:14:46 (1)** | 208:5 |
| **14:11:33 (1)** | 204:9 | **14:13:54 (1)** | 206:19 | **14:16:27 (1)** |
| 203:7 | **14:12:55 (1)** | 205:15 | **14:14:49 (1)** | 208:6 |
| **14:11:36 (1)** | 204:10 | **14:13:57 (1)** | 206:20 | **14:16:28 (1)** |
| 203:8 | **14:12:56 (1)** | 205:16 | **14:14:52 (1)** | 208:7 |
| **14:11:39 (1)** | 204:11 | **14:13:59 (2)** | 206:21 | **14:16:31 (2)** |
| 203:9 | **14:13:02 (1)** | 205:17,18 | **14:14:53 (2)** | 208:8,9 |
| **14:11:42 (2)** | 204:12 | **14:14:07 (1)** | 206:22,23 | **14:16:35 (1)** |
| 203:10,11 | **14:13:05 (1)** | 205:19 | **14:15:08 (4)** | 208:10 |
| **14:11:54 (1)** | 204:13 | **14:14:09 (1)** | 206:24,25 207:2,3 | **14:16:37 (1)** |
| 203:12 | **14:13:07 (1)** | 205:20 | **14:15:29 (2)** | 208:11 |
| **14:12:04 (1)** | 204:14 | **14:14:10 (1)** | 207:4,5 | **14:16:38 (2)** |
| 203:13 | **14:13:09 (2)** | 205:21 | **14:15:31 (1)** | 208:12,13 |
| **14:12:05 (1)** | 204:15,16 | **14:14:12 (1)** | 207:6 | **14:16:40 (1)** |
| 203:14 | **14:13:12 (1)** | 205:22 | **14:15:34 (2)** | 208:14 |
| **14:12:07 (1)** | 204:17 | **14:14:17 (1)** | 207:7,8 | **14:16:46 (1)** |
| 203:15 | **14:13:13 (1)** | 205:23 | **14:15:40 (1)** | 208:15 |
| **14:12:10 (1)** | 204:18 | **14:14:18 (1)** | 207:9 | **14:16:48 (1)** |
| 203:16 | **14:13:14 (1)** | 205:24 | **14:15:42 (1)** | 208:16 |
| **14:12:14 (2)** | 204:19 | **14:14:20 (1)** | 207:10 | **14:16:49 (1)** |
| 203:17,18 | **14:13:15 (1)** | 205:25 | **14:15:44 (2)** | 208:17 |
| **14:12:15 (1)** | 204:20 | **14:14:21 (1)** | 207:11,12 | **14:16:51 (2)** |
| 203:19 | **14:13:17 (1)** | 206:2 | **14:15:46 (1)** | 208:18,19 |
| **14:12:19 (2)** | 204:21 | **14:14:22 (1)** | 207:13 | **14:16:52 (1)** |
| 203:20,21 | **14:13:19 (1)** | 206:3 | **14:15:47 (1)** | 208:20 |
| **14:12:21 (1)** | 204:22 | **14:14:24 (1)** | 207:14 | **14:16:53 (1)** |
| 203:22 | **14:13:21 (1)** | 206:4 | **14:15:53 (2)** | 208:21 |
| **14:12:22 (2)** | 204:23 | **14:14:25 (1)** | 207:15,16 | **14:16:55 (1)** |
| 201:6,7 | **14:13:24 (1)** | 206:5 | **14:15:56 (1)** | 208:22 |
| **14:12:24 (1)** | 204:24 | **14:14:26 (2)** | 207:17 | **14:16:57 (1)** |
| 203:23 | **14:13:26 (1)** | 206:6,7 | **14:15:59 (1)** | 208:23 |
| **14:12:26 (1)** | 204:25 | **14:14:28 (1)** | 207:18 | **14:16:58 (1)** |
| 203:24 | **14:13:29 (1)** | 206:8 | **14:16:01 (1)** | 208:24 |
| **14:12:28 (1)** | 205:2 | **14:14:30 (1)** | 207:19 | **14:16:59 (1)** |
| 203:25 | **14:13:32 (2)** | 206:9 | **14:16:04 (2)** | 208:25 |
| **14:12:35 (1)** | 205:3,4 | **14:14:31 (1)** | 207:20,21 | **14:17:00 (1)** |
| 204:2 | **14:13:36 (1)** | 206:10 | **14:16:05 (1)** | 209:2 |
| **14:12:36 (1)** | 205:5 | **14:14:34 (2)** | 207:22 | **14:17:02 (1)** |
| 204:3 | **14:13:37 (1)** | 206:11,12 | **14:16:08 (1)** | 209:3 |
| **14:12:38 (1)** | 205:6 | **14:14:37 (1)** | 207:23 | **14:17:05 (1)** |
| 204:4 | **14:13:40 (1)** | 206:13 | **14:16:09 (1)** | 209:4 |
| **14:12:42 (1)** | 205:7,8 | **14:14:38 (2)** | 207:24 | **14:17:08 (1)** |
| 204:5 | **14:13:42 (1)** | 206:14,15 | **14:16:10 (2)** | 209:5 |
| **14:12:47 (1)** | 205:9 | **14:14:41 (1)** | 207:25 208:2 | **14:17:10 (1)** |
| 204:6 | **14:13:43 (2)** | 206:16 | **14:16:15 (1)** | 209:6 |
| **14:12:50 (1)** | 205:10,11 | **14:14:42 (1)** | 208:3 | **14:17:12 (1)** |
| 204:7 | **14:13:45 (1)** | 206:17 | **14:16:22 (1)** | 209:7 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **14:17:14 (1)** | 210:14 | **14:19:36 (2)** | 213:5 | **14:21:29 (1)** |
| 209:8 | **14:18:22 (1)** | 211:23,24 | **14:20:30 (1)** | 214:10 |
| **14:17:15 (2)** | 210:15 | **14:19:37 (1)** | 213:6 | **14:21:30 (1)** |
| 209:9,10 | **14:18:25 (1)** | 211:25 | **14:20:31 (2)** | 214:11 |
| **14:17:17 (1)** | 210:16 | **14:19:38 (1)** | 213:7,8 | **14:21:31 (1)** |
| 209:11 | **14:18:27 (2)** | 212:2 | **14:20:32 (1)** | 214:12 |
| **14:17:19 (3)** | 210:17,18 | **14:19:39 (1)** | 213:9 | **14:21:32 (1)** |
| 209:12,13,14 | **14:18:31 (1)** | 212:3 | **14:20:34 (2)** | 214:13 |
| **14:17:21 (1)** | 210:19 | **14:19:40 (2)** | 213:10,11 | **14:21:34 (1)** |
| 209:15 | **14:18:33 (1)** | 212:4,5 | **14:20:37 (1)** | 214:14 |
| **14:17:24 (2)** | 210:20 | **14:19:41 (1)** | 213:12 | **14:21:38 (1)** |
| 209:16,17 | **14:18:34 (2)** | 212:6 | **14:20:38 (1)** | 214:15 |
| **14:17:25 (1)** | 210:21,22 | **14:19:43 (1)** | 213:13 | **14:21:41 (1)** |
| 209:18 | **14:18:36 (1)** | 212:7 | **14:20:39 (1)** | 214:16 |
| **14:17:28 (1)** | 210:23 | **14:19:50 (1)** | 213:14 | **14:21:42 (1)** |
| 209:19 | **14:18:38 (2)** | 212:8 | **14:20:41 (1)** | 214:17 |
| **14:17:30 (1)** | 210:24,25 | **14:19:52 (2)** | 213:15 | **14:21:44 (1)** |
| 209:20 | **14:18:40 (1)** | 212:9,10 | **14:20:42 (2)** | 214:18 |
| **14:17:32 (1)** | 211:2 | **14:19:53 (1)** | 213:16,17 | **14:21:45 (2)** |
| 209:21 | **14:18:43 (1)** | 212:11 | **14:20:44 (1)** | 214:19,20 |
| **14:17:34 (1)** | 211:3 | **14:19:55 (1)** | 213:18 | **14:21:48 (1)** |
| 209:22 | **14:18:44 (1)** | 212:12 | **14:20:45 (1)** | 214:21 |
| **14:17:49 (1)** | 211:4 | **14:19:58 (2)** | 213:19 | **14:21:49 (1)** |
| 209:23 | **14:18:45 (1)** | 212:13,14 | **14:20:48 (1)** | 214:22 |
| **14:17:52 (2)** | 211:5 | **14:20:01 (1)** | 213:20 | **14:21:51 (1)** |
| 209:24,25 | **14:18:46 (1)** | 212:15 | **14:20:53 (1)** | 214:23 |
| **14:17:54 (1)** | 211:6 | **14:20:03 (1)** | 213:21 | **14:21:52 (1)** |
| 210:2 | **14:18:51 (1)** | 212:16 | **14:20:56 (1)** | 214:24 |
| **14:17:55 (1)** | 211:7 | **14:20:07 (1)** | 213:22 | **14:21:54 (1)** |
| 210:3 | **14:18:52 (3)** | 212:17 | **14:20:58 (2)** | 214:25 |
| **14:17:57 (1)** | 211:8,9,10 | **14:20:08 (1)** | 213:23,24 | **14:21:58 (1)** |
| 210:4 | **14:19:16 (1)** | 212:18 | **14:20:59 (1)** | 215:2 |
| **14:17:59 (1)** | 211:11 | **14:20:09 (1)** | 213:25 | **14:22:05 (2)** |
| 210:5 | **14:19:17 (1)** | 212:19 | **14:21:01 (1)** | 215:3,4 |
| **14:18:02 (1)** | 211:12 | **14:20:12 (2)** | 214:2 | **14:22:07 (1)** |
| 210:6 | **14:19:18 (1)** | 212:20,21 | **14:21:04 (1)** | 215:5 |
| **14:18:03 (1)** | 211:13 | **14:20:14 (2)** | 214:3 | **14:22:09 (1)** |
| 210:7 | **14:19:20 (2)** | 212:22,23 | **14:21:06 (1)** | 215:6 |
| **14:18:09 (1)** | 211:14,15 | **14:20:17 (1)** | 214:4 | **14:22:13 (1)** |
| 210:8 | **14:19:25 (1)** | 212:24 | **14:21:09 (1)** | 215:7 |
| **14:18:11 (1)** | 211:16 | **14:20:20 (1)** | 214:5 | **14:22:14 (1)** |
| 210:9 | **14:19:29 (1)** | 212:25 | **14:21:12 (1)** | 215:8 |
| **14:18:12 (1)** | 211:17 | **14:20:21 (1)** | 214:6 | **14:22:16 (1)** |
| 210:10 | **14:19:31 (1)** | 213:2 | **14:21:18 (1)** | 215:9 |
| **14:18:14 (2)** | 211:18 | **14:20:22 (1)** | 214:7 | **14:22:17 (1)** |
| 210:11,12 | **14:19:33 (1)** | 213:3 | **14:21:22 (1)** | 215:10 |
| **14:18:16 (1)** | 211:19 | **14:20:27 (1)** | 214:8 | **14:22:20 (1)** |
| 210:13 | **14:19:35 (3)** | 213:4 | **14:21:27 (1)** | 215:11 |
| **14:18:21 (1)** | 211:20,21,22 | **14:20:28 (1)** | 214:9 | **14:22:21 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 215:12 | **14:23:27 (1)** | 217:25 | **14:26:01 (1)** | 220:10,11 |
| **14:22:23 (1)** | 216:15 | **14:24:52 (1)** | 219:3 | **14:27:07 (1)** |
| 215:13 | **14:23:28 (1)** | 218:2 | **14:26:03 (3)** | 220:12 |
| **14:22:25 (1)** | 216:14 | **14:24:55 (1)** | 219:4,5,6 | **14:27:11 (1)** |
| 215:14 | **14:23:29 (1)** | 218:3 | **14:26:08 (1)** | 220:13 |
| **14:22:28 (1)** | 216:16 | **14:24:56 (1)** | 219:7 | **14:27:13 (1)** |
| 215:15 | **14:23:36 (5)** | 218:4 | **14:26:10 (1)** | 220:14 |
| **14:22:31 (1)** | 216:17,18,19,20,21 | **14:25:03 (1)** | 219:8 | **14:27:16 (1)** |
| 215:16 | **14:23:56 (1)** | 218:5 | **14:26:13 (1)** | 220:15 |
| **14:22:33 (1)** | 216:22 | **14:25:15 (1)** | 219:9 | **14:27:17 (1)** |
| 215:17 | **14:23:57 (1)** | 218:6 | **14:26:16 (1)** | 220:16 |
| **14:22:37 (1)** | 216:23 | **14:25:16 (1)** | 219:10 | **14:27:18 (1)** |
| 215:18 | **14:23:59 (1)** | 218:7 | **14:26:18 (1)** | 220:17 |
| **14:22:38 (1)** | 216:24 | **14:25:17 (1)** | 219:11 | **14:27:20 (1)** |
| 215:19 | **14:24:02 (1)** | 218:8 | **14:26:19 (1)** | 220:18 |
| **14:22:54 (1)** | 216:25 | **14:25:19 (1)** | 219:12 | **14:27:22 (2)** |
| 215:20 | **14:24:08 (2)** | 218:9 | **14:26:22 (1)** | 220:19,20 |
| **14:22:56 (1)** | 217:2,3 | **14:25:20 (1)** | 219:13 | **14:27:23 (2)** |
| 215:21 | **14:24:09 (1)** | 218:10 | **14:26:26 (1)** | 220:21,22 |
| **14:22:58 (1)** | 217:4 | **14:25:21 (1)** | 219:14 | **14:27:25 (1)** |
| 215:22 | **14:24:12 (1)** | 218:11 | **14:26:29 (1)** | 220:23 |
| **14:22:59 (1)** | 217:5 | **14:25:22 (1)** | 219:15 | **14:27:27 (2)** |
| 215:23 | **14:24:15 (1)** | 218:12 | **14:26:32 (1)** | 220:24,25 |
| **14:23:01 (1)** | 217:6 | **14:25:25 (1)** | 219:16 | **14:27:31 (1)** |
| 215:24 | **14:24:17 (1)** | 218:13 | **14:26:33 (1)** | 221:2 |
| **14:23:03 (1)** | 217:7 | **14:25:26 (1)** | 219:17 | **14:27:32 (2)** |
| 215:25 | **14:24:21 (1)** | 218:14 | **14:26:34 (1)** | 221:3,4 |
| **14:23:04 (1)** | 217:8 | **14:25:29 (1)** | 219:18 | **14:27:34 (1)** |
| 216:2 | **14:24:26 (1)** | 218:15 | **14:26:36 (1)** | 221:5 |
| **14:23:09 (2)** | 217:9 | **14:25:30 (1)** | 219:19 | **14:27:35 (1)** |
| 216:3,4 | **14:24:29 (1)** | 218:16 | **14:26:40 (1)** | 221:6 |
| **14:23:10 (1)** | 217:10 | **14:25:32 (2)** | 219:20 | **14:27:37 (1)** |
| 216:5 | **14:24:30 (1)** | 218:17,18 | **14:26:44 (1)** | 221:7 |
| **14:23:14 (1)** | 217:11 | **14:25:34 (1)** | 219:21 | **14:27:38 (1)** |
| 216:6 | **14:24:33 (1)** | 218:19 | **14:26:48 (1)** | 221:8 |
| **14:23:16 (1)** | 217:12 | **14:25:37 (1)** | 219:22 | **14:27:40 (1)** |
| 216:7 | **14:24:34 (3)** | 218:20 | **14:26:49 (1)** | 221:9 |
| **14:23:18 (1)** | 217:13,14,15 | **14:25:40 (1)** | 219:23 | **14:27:42 (1)** |
| 216:8 | **14:24:36 (1)** | 218:21 | **14:26:50 (1)** | 221:10 |
| **14:23:19 (1)** | 217:16 | **14:25:43 (1)** | 219:24 | **14:27:44 (1)** |
| 216:9 | **14:24:37 (1)** | 218:22 | **14:26:52 (1)** | 221:11 |
| **14:23:21 (1)** | 217:17 | **14:25:44 (1)** | 219:25 | **14:27:51 (1)** |
| 216:10 | **14:24:41 (2)** | 218:23 | **14:26:54 (5)** | 221:12 |
| **14:23:22 (1)** | 217:18,19 | **14:25:53 (1)** | 220:2,3,4,5,6 | **14:27:55 (1)** |
| 216:11 | **14:24:42 (1)** | 218:24 | **14:26:59 (2)** | 221:13 |
| **14:23:24 (1)** | 217:20 | **14:25:58 (1)** | 220:7,8 | **14:27:59 (1)** |
| 216:12 | **14:24:44 (4)** | 218:25 | **14:27:02 (1)** | 221:14 |
| **14:23:25 (1)** | 217:21,22,23,24 | **14:26:00 (1)** | 220:9 | **14:28:01 (1)** |
| 216:13 | **14:24:45 (1)** | 219:2 | **14:27:04 (2)** | 221:15 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **14:28:04 (1)** | 222:21,22 | **14:30:39 (1)** | 225:10 | **14:32:59 (1)** |
| 221:16 | **14:29:12 (1)** | 224:8 | **14:32:01 (1)** | 226:15 |
| **14:28:07 (2)** | 222:23 | **14:30:40 (1)** | 225:11 | **14:33:03 (2)** |
| 221:17,18 | **14:29:16 (1)** | 224:9 | **14:32:04 (1)** | 226:16,17 |
| **14:28:12 (1)** | 222:24 | **14:30:42 (1)** | 225:12 | **14:33:06 (1)** |
| 221:19 | **14:29:18 (1)** | 224:10 | **14:32:07 (1)** | 226:18 |
| **14:28:13 (1)** | 222:25 | **14:30:45 (1)** | 225:13 | **14:33:08 (1)** |
| 221:20 | **14:29:19 (2)** | 224:11 | **14:32:10 (1)** | 226:19 |
| **14:28:15 (1)** | 223:2,3 | **14:30:46 (1)** | 225:14 | **14:33:10 (1)** |
| 221:21 | **14:29:20 (1)** | 224:12 | **14:32:12 (1)** | 226:20 |
| **14:28:17 (1)** | 223:4 | **14:30:48 (1)** | 225:15 | **14:33:12 (1)** |
| 221:22 | **14:29:21 (1)** | 224:13 | **14:32:16 (1)** | 226:21 |
| **14:28:19 (1)** | 223:5 | **14:30:52 (2)** | 225:16 | **14:33:16 (1)** |
| 221:23 | **14:29:23 (1)** | 224:14,15 | **14:32:18 (1)** | 226:22 |
| **14:28:21 (1)** | 223:6 | **14:30:53 (1)** | 225:17 | **14:33:18 (1)** |
| 221:24 | **14:29:26 (1)** | 224:16 | **14:32:22 (2)** | 226:23 |
| **14:28:25 (2)** | 223:7 | **14:30:55 (1)** | 225:18,19 | **14:33:21 (1)** |
| 221:25 222:2 | **14:29:30 (1)** | 224:17 | **14:32:23 (1)** | 226:24 |
| **14:28:27 (1)** | 223:8 | **14:30:57 (1)** | 225:20 | **14:33:22 (1)** |
| 222:3 | **14:29:47 (2)** | 224:18 | **14:32:24 (1)** | 226:25 |
| **14:28:29 (1)** | 223:14,15 | **14:30:59 (1)** | 225:21 | **14:33:24 (2)** |
| 222:4 | **14:29:49 (1)** | 224:19 | **14:32:27 (1)** | 227:2,3 |
| **14:28:31 (1)** | 223:16 | **14:31:05 (1)** | 225:22 | **14:33:26 (2)** |
| 222:5 | **14:29:51 (2)** | 224:20 | **14:32:30 (1)** | 227:4,5 |
| **14:28:37 (1)** | 223:17,18 | **14:31:07 (1)** | 225:23 | **14:33:28 (1)** |
| 222:6 | **14:29:54 (1)** | 224:21 | **14:32:32 (2)** | 227:6 |
| **14:28:40 (1)** | 223:19 | **14:31:11 (1)** | 225:24,25 | **14:33:30 (1)** |
| 222:7 | **14:29:56 (1)** | 224:22 | **14:32:35 (1)** | 227:7 |
| **14:28:41 (1)** | 223:20 | **14:31:13 (1)** | 226:2 | **14:33:33 (1)** |
| 222:8 | **14:30:00 (1)** | 224:23 | **14:32:38 (1)** | 227:8 |
| **14:28:42 (1)** | 223:21 | **14:31:15 (1)** | 226:3 | **14:33:36 (1)** |
| 222:9 | **14:30:02 (1)** | 224:24 | **14:32:39 (1)** | 227:9 |
| **14:28:45 (1)** | 223:22 | **14:31:17 (1)** | 226:4 | **14:33:40 (1)** |
| 222:10 | **14:30:21 (1)** | 224:25 | **14:32:43 (1)** | 227:10 |
| **14:28:48 (2)** | 223:23 | **14:31:35 (2)** | 226:5 | **14:33:41 (1)** |
| 222:11,12 | **14:30:22 (1)** | 225:2,3 | **14:32:44 (1)** | 227:11 |
| **14:28:51 (2)** | 223:24 | **14:31:37 (1)** | 226:6 | **14:33:44 (1)** |
| 222:13,14 | **14:30:23 (1)** | 225:4 | **14:32:47 (1)** | 227:12 |
| **14:28:52 (1)** | 223:25 | **14:31:40 (1)** | 226:7 | **14:33:50 (1)** |
| 222:15 | **14:30:26 (2)** | 225:5 | **14:32:48 (1)** | 227:13 |
| **14:28:53 (1)** | 224:2,3 | **14:31:41 (1)** | 226:8 | **14:33:54 (1)** |
| 222:16 | **14:30:30 (1)** | 225:6 | **14:32:49 (1)** | 227:14 |
| **14:28:54 (1)** | 224:4 | **14:31:46 (1)** | 226:9 | **14:34:03 (1)** |
| 222:17 | **14:30:31 (1)** | 225:7 | **14:32:53 (1)** | 227:15 |
| **14:28:58 (2)** | 224:5 | **14:31:48 (1)** | 226:10 | **14:34:06 (1)** |
| 222:18,19 | **14:30:35 (1)** | 225:8 | **14:32:56 (2)** | 227:16 |
| **14:28:59 (1)** | 224:6 | **14:31:51 (1)** | 226:11,12 | **14:34:07 (1)** |
| 222:20 | **14:30:37 (1)** | 225:9 | **14:32:58 (2)** | 227:17 |
| **14:29:02 (2)** | 224:7 | **14:31:59 (1)** | 226:13,14 | **14:34:08 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 227:18 | **14:35:20 (2)** | 230:5 | **14:37:26 (1)** | 232:13 |
| **14:34:11 (1)** | 228:21,22 | **14:36:33 (1)** | 231:12 | **14:38:14 (1)** |
| 227:19 | **14:35:22 (1)** | 230:6 | **14:37:27 (1)** | 232:14 |
| **14:34:12 (1)** | 228:23 | **14:36:35 (2)** | 231:13 | **14:38:15 (1)** |
| 227:20 | **14:35:23 (1)** | 230:7,8 | **14:37:29 (1)** | 232:15 |
| **14:34:14 (1)** | 228:24 | **14:36:37 (1)** | 231:14 | **14:38:16 (1)** |
| 227:21 | **14:35:31 (1)** | 230:9 | **14:37:30 (1)** | 232:16 |
| **14:34:15 (1)** | 228:25 | **14:36:39 (1)** | 231:15 | **14:38:24 (1)** |
| 227:22 | **14:35:32 (1)** | 230:10 | **14:37:31 (1)** | 232:17 |
| **14:34:17 (1)** | 229:2 | **14:36:40 (1)** | 231:16 | **14:38:25 (1)** |
| 227:23 | **14:35:35 (2)** | 230:11 | **14:37:34 (1)** | 232:18 |
| **14:34:19 (1)** | 229:3,4 | **14:36:41 (1)** | 231:17 | **14:38:26 (1)** |
| 227:24 | **14:35:37 (1)** | 230:12 | **14:37:36 (1)** | 232:19 |
| **14:34:20 (1)** | 229:5 | **14:36:44 (1)** | 231:18 | **14:38:28 (2)** |
| 227:25 | **14:35:39 (2)** | 230:13 | **14:37:38 (1)** | 232:20,21 |
| **14:34:22 (1)** | 229:6,7 | **14:36:45 (1)** | 231:19 | **14:38:33 (1)** |
| 228:2 | **14:35:44 (1)** | 230:14 | **14:37:40 (1)** | 232:22 |
| **14:34:25 (1)** | 229:8 | **14:36:47 (1)** | 231:20 | **14:38:34 (1)** |
| 228:3 | **14:35:46 (3)** | 230:15 | **14:37:43 (1)** | 232:23 |
| **14:34:28 (1)** | 229:9,10,11 | **14:36:50 (2)** | 231:21 | **14:38:36 (1)** |
| 228:4 | **14:35:47 (1)** | 230:16,17 | **14:37:44 (1)** | 232:24 |
| **14:34:29 (1)** | 229:12 | **14:36:55 (3)** | 231:22 | **14:38:37 (1)** |
| 228:5 | **14:35:48 (1)** | 230:18,19,20 | **14:37:46 (1)** | 232:25 |
| **14:34:33 (1)** | 229:13 | **14:36:59 (2)** | 231:23 | **14:38:41 (1)** |
| 228:6 | **14:35:52 (2)** | 230:21,22 | **14:37:48 (1)** | 233:2 |
| **14:34:36 (1)** | 229:14,15 | **14:37:03 (1)** | 231:24 | **14:38:42 (1)** |
| 228:7 | **14:35:54 (1)** | 230:23 | **14:37:50 (1)** | 233:3 |
| **14:34:41 (1)** | 229:16 | **14:37:04 (1)** | 231:25 | **14:38:43 (1)** |
| 228:8 | **14:35:57 (1)** | 230:24 | **14:37:53 (1)** | 233:4 |
| **14:34:44 (1)** | 229:17 | **14:37:06 (1)** | 232:2 | **14:38:47 (1)** |
| 228:9 | **14:36:00 (1)** | 230:25 | **14:37:54 (1)** | 233:5 |
| **14:34:45 (1)** | 229:18 | **14:37:08 (1)** | 232:3 | **14:38:52 (1)** |
| 228:10 | **14:36:01 (2)** | 231:2 | **14:37:55 (1)** | 233:6 |
| **14:34:47 (3)** | 229:19,20 | **14:37:09 (1)** | 232:4 | **14:38:57 (1)** |
| 228:11,12,13 | **14:36:19 (1)** | 231:3 | **14:37:56 (1)** | 233:7 |
| **14:34:50 (1)** | 229:21 | **14:37:11 (1)** | 232:5 | **14:38:58 (1)** |
| 228:14 | **14:36:20 (2)** | 231:4 | **14:38:00 (1)** | 233:8 |
| **14:34:52 (1)** | 229:22,23 | **14:37:15 (1)** | 232:6 | **14:39:01 (1)** |
| 228:15 | **14:36:22 (1)** | 231:5 | **14:38:02 (1)** | 233:9 |
| **14:34:53 (1)** | 229:24 | **14:37:17 (2)** | 232:7 | **14:39:04 (1)** |
| 228:16 | **14:36:24 (1)** | 231:6,7 | **14:38:05 (1)** | 233:10 |
| **14:34:57 (1)** | 229:25 | **14:37:19 (1)** | 232:8 | **14:39:05 (1)** |
| 228:17 | **14:36:26 (1)** | 231:8 | **14:38:07 (2)** | 233:11 |
| **14:35:02 (1)** | 230:2 | **14:37:20 (1)** | 232:9,10 | **14:39:06 (1)** |
| 228:18 | **14:36:28 (1)** | 231:9 | **14:38:09 (1)** | 233:12 |
| **14:35:03 (1)** | 230:3 | **14:37:22 (1)** | 232:11 | **14:39:08 (2)** |
| 228:19 | **14:36:29 (1)** | 231:10 | **14:38:10 (1)** | 233:13,14 |
| **14:35:19 (1)** | 230:4 | **14:37:25 (1)** | 232:12 | **14:39:12 (1)** |
| 228:20 | **14:36:32 (1)** | 231:11 | **14:38:11 (1)** | 233:15 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **14:39:15 (1)** | 234:19 | **14:41:07 (1)** | 237:3 | **14:43:06 (1)** |
| 233:16 | **14:40:09 (1)** | 235:23 | **14:41:59 (1)** | 238:4 |
| **14:39:18 (1)** | 234:20 | **14:41:11 (1)** | 237:4 | **14:43:07 (2)** |
| 233:17 | **14:40:11 (1)** | 235:24 | **14:42:02 (2)** | 238:5,6 |
| **14:39:21 (1)** | 234:21 | **14:41:12 (1)** | 237:5,6 | **14:43:08 (1)** |
| 233:18 | **14:40:14 (2)** | 235:25 | **14:42:03 (1)** | 238:11 |
| **14:39:22 (1)** | 234:22,23 | **14:41:14 (1)** | 237:7 | **14:43:16 (2)** |
| 233:19 | **14:40:17 (1)** | 236:2 | **14:42:10 (1)** | 238:12,13 |
| **14:39:24 (1)** | 234:24 | **14:41:18 (1)** | 237:8 | **14:43:17 (1)** |
| 233:20 | **14:40:18 (1)** | 236:3 | **14:42:11 (1)** | 238:14 |
| **14:39:25 (1)** | 234:25 | **14:41:19 (1)** | 237:9 | **14:43:18 (2)** |
| 233:21 | **14:40:20 (1)** | 236:4 | **14:42:13 (1)** | 238:15,16 |
| **14:39:28 (1)** | 235:2 | **14:41:21 (2)** | 237:10 | **14:43:21 (1)** |
| 233:22 | **14:40:24 (1)** | 236:5,6 | **14:42:19 (1)** | 238:17 |
| **14:39:29 (1)** | 235:3 | **14:41:23 (1)** | 237:11 | **14:43:22 (1)** |
| 233:23 | **14:40:27 (1)** | 236:7 | **14:42:21 (1)** | 238:18 |
| **14:39:35 (1)** | 235:4 | **14:41:25 (1)** | 237:12 | **14:43:24 (1)** |
| 233:24 | **14:40:28 (1)** | 236:8 | **14:42:22 (1)** | 238:19 |
| **14:39:37 (1)** | 235:5 | **14:41:27 (1)** | 237:13 | **14:43:28 (3)** |
| 233:25 | **14:40:30 (2)** | 236:9 | **14:42:24 (1)** | 238:20,21,22 |
| **14:39:38 (1)** | 235:6,7 | **14:41:28 (1)** | 237:14 | **14:43:29 (1)** |
| 234:2 | **14:40:35 (1)** | 236:10 | **14:42:25 (1)** | 238:23 |
| **14:39:39 (1)** | 235:8 | **14:41:35 (1)** | 237:15 | **14:43:30 (1)** |
| 234:3 | **14:40:37 (1)** | 236:11 | **14:42:28 (1)** | 238:24 |
| **14:39:41 (2)** | 235:9 | **14:41:36 (1)** | 237:16 | **14:43:33 (1)** |
| 234:4,5 | **14:40:40 (1)** | 236:12 | **14:42:37 (1)** | 238:25 |
| **14:39:43 (1)** | 235:10 | **14:41:37 (2)** | 237:17 | **14:43:35 (1)** |
| 234:6 | **14:40:45 (1)** | 236:13,14 | **14:42:38 (1)** | 239:2 |
| **14:39:44 (1)** | 235:11 | **14:41:38 (1)** | 237:18 | **14:43:38 (1)** |
| 234:7 | **14:40:46 (1)** | 236:15 | **14:42:43 (1)** | 239:3 |
| **14:39:46 (2)** | 235:12 | **14:41:41 (1)** | 237:19 | **14:43:39 (1)** |
| 234:8,9 | **14:40:48 (1)** | 236:16 | **14:42:45 (1)** | 239:4 |
| **14:39:54 (1)** | 235:13 | **14:41:42 (2)** | 237:20 | **14:43:45 (1)** |
| 234:10 | **14:40:49 (1)** | 236:17,18 | **14:42:49 (1)** | 239:5 |
| **14:39:56 (1)** | 235:14 | **14:41:44 (1)** | 237:21 | **14:43:47 (1)** |
| 234:11 | **14:40:52 (1)** | 236:19 | **14:42:52 (1)** | 239:6 |
| **14:39:57 (1)** | 235:15 | **14:41:47 (1)** | 237:22 | **14:43:48 (1)** |
| 234:12 | **14:40:55 (1)** | 236:20 | **14:42:55 (1)** | 239:7 |
| **14:40:00 (2)** | 235:16 | **14:41:48 (1)** | 237:23 | **14:43:50 (1)** |
| 234:13,14 | **14:40:57 (1)** | 236:21 | **14:42:58 (1)** | 239:8 |
| **14:40:01 (1)** | 235:17 | **14:41:51 (1)** | 237:24 | **14:43:51 (1)** |
| 234:15 | **14:40:59 (1)** | 236:22 | **14:42:59 (2)** | 239:9 |
| **14:40:03 (1)** | 235:18 | **14:41:53 (1)** | 237:25 238:2 | **14:43:52 (1)** |
| 234:16 | **14:41:00 (2)** | 236:23 | **14:43:01 (1)** | 239:10 |
| **14:40:04 (1)** | 235:19,20 | **14:41:54 (2)** | 238:7,9 | **14:43:54 (1)** |
| 234:17 | **14:41:01 (1)** | 236:24,25 | **14:43:02 (2)** | 239:11 |
| **14:40:06 (1)** | 235:21 | **14:41:56 (1)** | 238:8,10 | **14:43:55 (1)** |
| 234:18 | **14:41:04 (1)** | 237:2 | **14:43:03 (1)** | 239:12 |
| **14:40:07 (1)** | 235:22 | **14:41:58 (1)** | 238:3 | **14:43:56 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 239:13 | **14:45:10 (1)** | 241:23 | **14:47:26 (1)** | 244:5 |
| **14:43:59 (1)** | 240:19 | **14:46:15 (1)** | 242:25 | **14:48:23 (1)** |
| 239:14 | **14:45:12 (2)** | 241:24 | **14:47:30 (1)** | 244:6 |
| **14:44:01 (1)** | 240:20,21 | **14:46:20 (1)** | 243:2 | **14:48:24 (1)** |
| 239:15 | **14:45:13 (1)** | 241:25 | **14:47:31 (1)** | 244:7 |
| **14:44:02 (2)** | 240:22 | **14:46:24 (1)** | 243:3 | **14:48:35 (1)** |
| 239:16,17 | **14:45:14 (1)** | 242:2 | **14:47:34 (1)** | 244:8 |
| **14:44:09 (1)** | 240:23 | **14:46:26 (1)** | 243:4 | **14:48:37 (2)** |
| 239:18 | **14:45:22 (2)** | 242:3 | **14:47:36 (1)** | 244:9,10 |
| **14:44:12 (1)** | 240:24,25 | **14:46:29 (1)** | 243:5 | **14:48:38 (1)** |
| 239:19 | **14:45:32 (1)** | 242:4 | **14:47:37 (1)** | 244:11 |
| **14:44:13 (1)** | 241:2 | **14:46:30 (1)** | 243:6 | **14:48:39 (1)** |
| 239:20 | **14:45:34 (1)** | 242:5 | **14:47:38 (1)** | 244:12 |
| **14:44:21 (1)** | 241:3 | **14:46:35 (1)** | 243:7 | **14:48:46 (1)** |
| 239:21 | **14:45:37 (1)** | 242:6 | **14:47:41 (3)** | 244:13 |
| **14:44:22 (1)** | 241:4 | **14:46:38 (1)** | 243:8,9,10 | **14:48:48 (1)** |
| 239:22 | **14:45:38 (1)** | 242:7 | **14:47:43 (2)** | 244:14 |
| **14:44:25 (1)** | 241:5 | **14:46:39 (1)** | 243:11,12 | **14:48:51 (1)** |
| 239:23 | **14:45:39 (1)** | 242:8 | **14:47:47 (1)** | 244:15 |
| **14:44:26 (1)** | 241:6 | **14:46:46 (1)** | 243:13 | **14:48:52 (1)** |
| 239:24 | **14:45:42 (1)** | 242:9 | **14:47:49 (1)** | 244:16 |
| **14:44:28 (1)** | 241:7 | **14:46:48 (1)** | 243:14 | **14:48:53 (1)** |
| 239:25 | **14:45:47 (1)** | 242:10 | **14:47:50 (1)** | 244:17 |
| **14:44:30 (1)** | 241:8 | **14:46:51 (1)** | 243:15 | **14:49:10 (1)** |
| 240:2 | **14:45:50 (1)** | 242:11 | **14:47:51 (1)** | 244:18 |
| **14:44:35 (1)** | 241:9 | **14:46:52 (1)** | 243:16 | **14:49:12 (1)** |
| 240:3 | **14:45:53 (1)** | 242:12 | **14:47:55 (1)** | 244:19 |
| **14:44:37 (1)** | 241:10 | **14:46:55 (2)** | 243:17 | **14:49:13 (1)** |
| 240:4 | **14:45:54 (1)** | 242:13,14 | **14:47:56 (1)** | 244:20 |
| **14:44:39 (1)** | 241:11 | **14:46:57 (1)** | 243:18 | **14:49:16 (1)** |
| 240:5 | **14:45:56 (1)** | 242:15 | **14:47:58 (1)** | 244:21 |
| **14:44:41 (2)** | 241:12 | **14:46:59 (1)** | 243:19 | **14:49:29 (1)** |
| 240:6,7 | **14:45:59 (1)** | 242:16 | **14:48:00 (1)** | 242:22 |
| **14:44:43 (3)** | 241:13 | **14:47:02 (1)** | 243:20 | **14:49:31 (2)** |
| 240:8,9,10 | **14:46:00 (1)** | 242:17 | **14:48:01 (1)** | 244:23,24 |
| **14:44:54 (2)** | 241:14 | **14:47:06 (1)** | 243:21 | **14:49:34 (1)** |
| 240:11,12 | **14:46:02 (1)** | 242:18 | **14:48:03 (1)** | 244:25 |
| **14:44:57 (1)** | 241:15 | **14:47:09 (1)** | 243:22 | **14:49:36 (1)** |
| 240:13 | **14:46:04 (1)** | 242:19 | **14:48:08 (1)** | 245:2 |
| **14:45:00 (1)** | 241:16 | **14:47:14 (1)** | 243:23 | **14:49:37 (1)** |
| 240:14 | **14:46:05 (2)** | 242:20 | **14:48:10 (2)** | 245:3 |
| **14:45:01 (1)** | 241:17,18 | **14:47:15 (1)** | 243:24,25 | **14:49:41 (1)** |
| 240:15 | **14:46:08 (1)** | 242:21 | **14:48:11 (1)** | 245:4 |
| **14:45:03 (1)** | 241:19 | **14:47:18 (1)** | 244:2 | **14:49:44 (1)** |
| 240:16 | **14:46:11 (2)** | 242:22 | **14:48:16 (1)** | 245:5 |
| **14:45:06 (1)** | 241:20,21 | **14:47:19 (1)** | 244:3 | **14:49:45 (1)** |
| 240:17 | **14:46:13 (1)** | 242:23 | **14:48:18 (1)** | 245:6 |
| **14:45:09 (1)** | 241:22 | **14:47:22 (1)** | 244:4 | **14:49:47 (1)** |
| 240:18 | **14:46:14 (1)** | 242:24 | **14:48:21 (1)** | 245:7 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **14:49:50 (1)** | 246:10 | **14:51:46 (1)** | 248:17 | **14:53:59 (1)** |
| 245:8 | **14:50:54 (1)** | 247:15 | **14:52:40 (2)** | 249:23 |
| **14:49:51 (2)** | 246:11 | **14:51:48 (1)** | 248:18,19 | **14:54:01 (1)** |
| 245:9,10 | **14:50:56 (1)** | 247:16 | **14:52:46 (1)** | 249:24 |
| **14:49:54 (1)** | 246:12 | **14:51:51 (1)** | 248:20 | **14:54:02 (1)** |
| 245:11 | **14:50:57 (1)** | 247:17 | **14:52:53 (1)** | 249:25 |
| **14:49:55 (1)** | 246:13 | **14:51:53 (1)** | 248:21 | **14:54:05 (1)** |
| 245:12 | **14:51:01 (1)** | 247:18 | **14:52:54 (1)** | 250:2 |
| **14:49:56 (1)** | 246:14 | **14:51:54 (1)** | 248:22 | **14:54:06 (1)** |
| 245:13 | **14:51:04 (1)** | 247:19 | **14:52:57 (1)** | 250:3 |
| **14:50:00 (1)** | 246:15 | **14:52:01 (1)** | 248:23 | **14:54:10 (1)** |
| 245:14 | **14:51:07 (1)** | 247:20 | **14:52:58 (1)** | 250:4 |
| **14:50:01 (1)** | 246:16 | **14:52:02 (1)** | 248:24 | **14:54:14 (1)** |
| 245:15 | **14:51:09 (1)** | 247:21 | **14:53:01 (1)** | 250:5 |
| **14:50:06 (1)** | 246:17 | **14:52:04 (1)** | 248:25 | **14:54:15 (1)** |
| 245:16 | **14:51:10 (1)** | 247:22 | **14:53:03 (1)** | 250:6 |
| **14:50:07 (1)** | 246:18 | **14:52:05 (1)** | 249:2 | **14:54:20 (1)** |
| 245:17 | **14:51:12 (1)** | 247:23 | **14:53:05 (1)** | 250:7 |
| **14:50:09 (1)** | 246:19 | **14:52:07 (1)** | 249:3 | **14:54:23 (1)** |
| 245:18 | **14:51:15 (1)** | 247:24 | **14:53:06 (1)** | 250:8 |
| **14:50:11 (1)** | 246:20 | **14:52:08 (2)** | 249:4 | **14:54:27 (1)** |
| 245:19 | **14:51:17 (1)** | 247:25 248:2 | **14:53:09 (2)** | 250:9 |
| **14:50:18 (1)** | 246:21 | **14:52:09 (1)** | 249:5,6 | **14:54:29 (1)** |
| 245:20 | **14:51:20 (1)** | 248:3 | **14:53:13 (1)** | 250:10 |
| **14:50:24 (1)** | 246:22 | **14:52:10 (1)** | 249:7 | **14:54:30 (1)** |
| 245:21 | **14:51:21 (1)** | 248:4 | **14:53:18 (1)** | 250:11 |
| **14:50:27 (1)** | 246:23 | **14:52:13 (1)** | 249:8 | **14:54:32 (1)** |
| 245:22 | **14:51:24 (1)** | 248:5 | **14:53:20 (1)** | 250:12 |
| **14:50:29 (1)** | 246:24 | **14:52:14 (1)** | 249:9 | **14:54:34 (1)** |
| 245:23 | **14:51:26 (1)** | 248:6 | **14:53:23 (1)** | 250:13 |
| **14:50:31 (1)** | 246:25 | **14:52:18 (1)** | 249:10 | **14:54:39 (2)** |
| 245:24 | **14:51:28 (1)** | 248:7 | **14:53:24 (2)** | 250:14,15 |
| **14:50:33 (1)** | 247:2 | **14:52:19 (1)** | 249:11,12 | **14:54:40 (1)** |
| 245:25 | **14:51:29 (1)** | 248:8 | **14:53:27 (1)** | 250:16 |
| **14:50:34 (1)** | 247:3 | **14:52:20 (1)** | 249:13 | **14:54:42 (2)** |
| 246:2 | **14:51:32 (2)** | 248:9 | **14:53:30 (1)** | 250:17,18 |
| **14:50:36 (2)** | 247:4,5 | **14:52:23 (1)** | 249:14 | **14:54:43 (1)** |
| 246:3,4 | **14:51:34 (2)** | 248:10 | **14:53:33 (1)** | 250:19 |
| **14:50:37 (1)** | 247:6,7 | **14:52:25 (1)** | 249:15 | **14:54:47 (2)** |
| 246:5 | **14:51:36 (1)** | 248:11 | **14:53:34 (1)** | 250:20,21 |
| **14:50:40 (1)** | 247:8 | **14:52:29 (1)** | 249:16 | **14:54:50 (1)** |
| 246:6 | **14:51:39 (3)** | 248:12 | **14:53:47 (2)** | 250:22 |
| **14:50:41 (1)** | 247:9,10,11 | **14:52:30 (1)** | 249:17,18 | **14:54:54 (1)** |
| 246:7 | **14:51:41 (1)** | 248:13 | **14:53:51 (2)** | 250:23 |
| **14:50:45 (1)** | 247:12 | **14:52:31 (2)** | 249:19,20 | **14:54:56 (1)** |
| 246:8 | **14:51:43 (1)** | 248:14,15 | **14:53:54 (1)** | 250:24 |
| **14:50:49 (1)** | 247:13 | **14:52:36 (1)** | 249:21 | **14:54:58 (1)** |
| 246:9 | **14:51:45 (1)** | 248:16 | **14:53:56 (1)** | 250:25 |
| **14:50:53 (1)** | 247:14 | **14:52:39 (1)** | 249:22 | **14:55:01 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 251:2 | **14:56:18 (1)** | 253:14 | **14:58:24 (1)** | 255:22 |
| **14:55:02 (1)** | 252:9 | **14:57:22 (1)** | 254:20 | **14:59:31 (1)** |
| 251:3 | **14:56:21 (1)** | 253:15 | **14:58:30 (1)** | 255:23 |
| **14:55:03 (2)** | 252:10 | **14:57:23 (1)** | 254:21 | **14:59:32 (1)** |
| 251:4,5 | **14:56:23 (1)** | 253:16 | **14:58:32 (1)** | 255:24 |
| **14:55:04 (1)** | 252:11 | **14:57:24 (2)** | 254:22 | **14:59:33 (1)** |
| 251:6 | **14:56:25 (1)** | 253:17,18 | **14:58:34 (1)** | 255:25 |
| **14:55:06 (1)** | 252:12 | **14:57:26 (1)** | 254:23 | **14:59:40 (1)** |
| 251:7 | **14:56:27 (1)** | 253:19 | **14:58:36 (1)** | 256:2 |
| **14:55:07 (2)** | 252:13 | **14:57:28 (1)** | 254:24 | **14:59:41 (1)** |
| 251:8,9 | **14:56:29 (1)** | 253:20 | **14:58:38 (1)** | 256:3 |
| **14:55:08 (1)** | 252:14 | **14:57:30 (1)** | 254:25 | **14:59:42 (1)** |
| 251:10 | **14:56:31 (1)** | 253:21 | **14:58:41 (1)** | 256:4 |
| **14:55:13 (2)** | 252:15 | **14:57:32 (1)** | 255:2 | **14:59:44 (1)** |
| 251:11,12 | **14:56:34 (1)** | 253:22 | **14:58:45 (1)** | 256:5 |
| **14:55:17 (1)** | 252:16 | **14:57:34 (1)** | 255:3 | **14:59:46 (2)** |
| 251:13 | **14:56:37 (1)** | 253:23 | **14:58:50 (1)** | 256:6,7 |
| **14:55:19 (1)** | 252:17 | **14:57:35 (2)** | 255:4 | **14:59:49 (1)** |
| 251:14 | **14:56:39 (2)** | 253:24,25 | **14:58:52 (1)** | 256:8 |
| **14:55:31 (1)** | 252:18,19 | **14:57:37 (1)** | 255:5 | **14:59:50 (1)** |
| 251:15 | **14:56:41 (3)** | 254:2 | **14:58:55 (1)** | 256:9 |
| **14:55:34 (1)** | 252:20,21,22 | **14:57:38 (1)** | 255:6 | **14:59:55 (1)** |
| 251:16 | **14:56:43 (1)** | 254:3 | **14:58:57 (1)** | 256:10 |
| **14:55:37 (2)** | 252:23 | **14:57:45 (1)** | 255:7 | **14:59:56 (1)** |
| 251:17,18 | **14:56:44 (1)** | 254:4 | **14:58:59 (1)** | 256:11 |
| **14:55:38 (1)** | 252:24 | **14:57:48 (1)** | 255:8 | **14:59:58 (1)** |
| 251:19 | **14:56:45 (2)** | 254:5 | **14:59:02 (1)** | 256:12 |
| **14:55:40 (1)** | 252:25 253:2 | **14:57:54 (1)** | 255:9 | **15 (2)** |
| 251:20 | **14:56:49 (2)** | 254:6 | **14:59:05 (1)** | 249:8 337:11 |
| **14:55:41 (2)** | 253:3,4 | **14:57:58 (1)** | 255:10 | **15:00:00 (1)** |
| 251:21,22 | **14:56:58 (1)** | 254:7 | **14:59:08 (1)** | 256:13 |
| **14:55:44 (1)** | 253:5 | **14:58:00 (1)** | 255:11 | **15:00:01 (1)** |
| 251:23 | **14:57:02 (1)** | 254:8 | **14:59:09 (1)** | 256:14 |
| **14:55:45 (1)** | 253:6 | **14:58:04 (2)** | 255:12 | **15:00:04 (1)** |
| 251:24 | **14:57:05 (1)** | 254:9,10 | **14:59:10 (1)** | 256:15 |
| **14:55:47 (1)** | 253:7 | **14:58:10 (1)** | 255:13 | **15:00:05 (1)** |
| 251:25 | **14:57:06 (1)** | 254:11 | **14:59:17 (1)** | 256:16 |
| **14:55:49 (1)** | 253:8 | **14:58:13 (2)** | 255:14 | **15:00:07 (1)** |
| 252:2 | **14:57:08 (1)** | 254:12,13 | **14:59:19 (1)** | 256:17 |
| **14:55:52 (1)** | 253:9 | **14:58:15 (2)** | 255:15 | **15:00:10 (2)** |
| 252:3 | **14:57:09 (1)** | 254:14,15 | **14:59:20 (2)** | 256:18,19 |
| **14:56:00 (1)** | 253:10 | **14:58:16 (1)** | 255:16,17 | **15:00:12 (2)** |
| 252:4 | **14:57:14 (1)** | 254:16 | **14:59:23 (1)** | 256:20,21 |
| **14:56:04 (2)** | 253:11 | **14:58:18 (1)** | 255:18 | **15:00:14 (1)** |
| 252:5,6 | **14:57:17 (1)** | 254:17 | **14:59:25 (1)** | 256:22 |
| **14:56:05 (1)** | 253:12 | **14:58:20 (1)** | 255:19 | **15:00:15 (1)** |
| 252:7 | **14:57:18 (1)** | 254:18 | **14:59:27 (2)** | 256:23 |
| **14:56:15 (1)** | 253:13 | **14:58:23 (1)** | 255:20,21 | **15:00:17 (1)** |
| 252:8 | **14:57:20 (1)** | 254:19 | **14:59:29 (1)** | 256:24 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **15:00:19 (1)** | 257:25 | **15:02:19 (1)** | 260:12 | **15:04:12 (1)** |
| 256:25 | **15:01:25 (1)** | 259:7 | **15:03:19 (1)** | 261:15 |
| **15:00:20 (1)** | 258:2 | **15:02:20 (1)** | 260:13 | **15:04:16 (2)** |
| 257:2 | **15:01:26 (1)** | 259:8 | **15:03:24 (1)** | 261:16,17 |
| **15:00:21 (1)** | 258:3 | **15:02:22 (1)** | 260:14 | **15:04:22 (1)** |
| 257:3 | **15:01:28 (1)** | 259:9 | **15:03:25 (1)** | 261:18 |
| **15:00:29 (1)** | 258:4 | **15:02:24 (1)** | 260:15 | **15:04:29 (1)** |
| 257:4 | **15:01:30 (1)** | 259:10 | **15:03:26 (1)** | 261:19 |
| **15:00:30 (1)** | 258:5 | **15:02:26 (1)** | 260:16 | **15:04:30 (1)** |
| 257:5 | **15:01:32 (1)** | 259:11 | **15:03:27 (1)** | 261:20 |
| **15:00:37 (1)** | 258:6 | **15:02:27 (1)** | 260:17 | **15:04:31 (1)** |
| 257:6 | **15:01:33 (1)** | 259:12 | **15:03:28 (1)** | 261:21 |
| **15:00:40 (1)** | 258:7 | **15:02:29 (2)** | 260:18 | **15:04:33 (1)** |
| 257:7 | **15:01:37 (1)** | 259:13,14 | **15:03:34 (1)** | 261:22 |
| **15:00:41 (1)** | 258:8 | **15:02:32 (1)** | 260:19 | **15:04:37 (3)** |
| 257:8 | **15:01:38 (1)** | 259:15 | **15:03:38 (1)** | 261:23,24,25 |
| **15:00:42 (1)** | 258:9 | **15:02:33 (2)** | 260:20 | **15:04:40 (2)** |
| 257:9 | **15:01:40 (2)** | 259:16,17 | **15:03:42 (1)** | 262:2,3 |
| **15:00:44 (1)** | 258:10,11 | **15:02:36 (1)** | 260:21 | **15:04:45 (1)** |
| 257:10 | **15:01:44 (1)** | 259:18 | **15:03:43 (1)** | 262:4 |
| **15:00:46 (1)** | 258:12 | **15:02:38 (1)** | 260:22 | **15:04:51 (1)** |
| 257:11 | **15:01:45 (1)** | 259:19 | **15:03:45 (1)** | 262:5 |
| **15:00:48 (1)** | 258:13 | **15:02:47 (1)** | 260:23 | **15:04:55 (1)** |
| 257:12 | **15:01:50 (1)** | 259:20 | **15:03:46 (1)** | 262:6 |
| **15:00:52 (1)** | 258:14 | **15:02:49 (3)** | 260:24 | **15:04:58 (1)** |
| 257:13 | **15:01:53 (1)** | 259:21,22,23 | **15:03:47 (1)** | 262:7 |
| **15:00:59 (1)** | 258:15 | **15:03:00 (1)** | 260:25 | **15:05:00 (1)** |
| 257:14 | **15:01:55 (1)** | 259:24 | **15:03:50 (2)** | 262:8 |
| **15:01:03 (1)** | 258:16 | **15:03:01 (1)** | 261:2,3 | **15:05:05 (1)** |
| 257:15 | **15:01:59 (1)** | 259:25 | **15:03:53 (1)** | 262:9 |
| **15:01:04 (1)** | 258:17 | **15:03:02 (1)** | 261:4 | **15:05:08 (1)** |
| 257:16 | **15:02:00 (1)** | 260:2 | **15:03:54 (1)** | 262:10 |
| **15:01:06 (1)** | 258:18 | **15:03:03 (1)** | 261:5 | **15:05:13 (1)** |
| 257:17 | **15:02:02 (2)** | 260:3 | **15:03:56 (1)** | 262:11 |
| **15:01:12 (1)** | 258:19,20 | **15:03:05 (1)** | 261:6 | **15:05:18 (1)** |
| 257:18 | **15:02:03 (1)** | 260:4 | **15:03:57 (1)** | 262:12 |
| **15:01:13 (1)** | 258:21 | **15:03:08 (2)** | 261:7 | **15:05:20 (1)** |
| 257:19 | **15:02:05 (2)** | 260:5,6 | **15:03:59 (1)** | 262:13 |
| **15:01:15 (1)** | 258:22,23 | **15:03:10 (1)** | 261:8 | **15:05:24 (1)** |
| 257:20 | **15:02:06 (1)** | 260:7 | **15:04:00 (2)** | 262:14 |
| **15:01:17 (1)** | 258:24 | **15:03:12 (1)** | 261:9,10 | **15:05:27 (1)** |
| 257:21 | **15:02:07 (1)** | 260:8 | **15:04:02 (1)** | 262:15 |
| **15:01:20 (1)** | 258:25 | **15:03:13 (1)** | 261:11 | **15:05:37 (1)** |
| 257:22 | **15:02:08 (2)** | 260:9 | **15:04:03 (1)** | 262:16 |
| **15:01:21 (1)** | 259:2,3 | **15:03:14 (1)** | 261:12 | **15:05:39 (1)** |
| 257:23 | **15:02:11 (2)** | 260:10 | **15:04:09 (1)** | 262:17 |
| **15:01:23 (1)** | 259:4,5 | **15:03:16 (1)** | 261:13 | **15:05:42 (2)** |
| 257:24 | **15:02:14 (1)** | 260:11 | **15:04:11 (1)** | 262:18,19 |
| **15:01:24 (1)** | 259:6 | **15:03:18 (1)** | 261:14 | **15:05:46 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 262:20 | **15:06:42 (1)** | 264:25 | **15:09:09 (1)** | 267:7 |
| **15:05:47 (1)** | 263:23 | **15:08:01 (1)** | 266:5 | **15:10:02 (1)** |
| 262:21 | **15:06:47 (1)** | 265:2 | **15:09:10 (1)** | 267:8 |
| **15:05:49 (1)** | 263:24 | **15:08:04 (1)** | 266:6 | **15:10:03 (1)** |
| 262:22 | **15:06:55 (1)** | 265:3 | **15:09:11 (1)** | 267:9 |
| **15:05:52 (2)** | 263:25 | **15:08:06 (1)** | 266:7 | **15:10:05 (1)** |
| 262:23,24 | **15:06:57 (1)** | 265:4 | **15:09:12 (1)** | 267:10 |
| **15:06:00 (1)** | 264:2 | **15:08:08 (3)** | 266:8 | **15:10:06 (2)** |
| 262:25 | **15:06:58 (1)** | 265:5,6,7 | **15:09:13 (1)** | 267:11,12 |
| **15:06:03 (1)** | 264:3 | **15:08:09 (1)** | 266:9 | **15:10:08 (1)** |
| 263:2 | **15:07:04 (1)** | 265:8 | **15:09:17 (1)** | 267:13 |
| **15:06:09 (1)** | 264:4 | **15:08:11 (1)** | 266:10 | **15:10:13 (1)** |
| 263:3 | **15:07:06 (1)** | 265:9 | **15:09:21 (1)** | 267:14 |
| **15:06:11 (1)** | 264:5 | **15:08:12 (1)** | 266:11 | **15:10:14 (2)** |
| 263:4 | **15:07:13 (1)** | 265:10 | **15:09:23 (1)** | 267:15,16 |
| **15:06:12 (1)** | 264:6 | **15:08:15 (1)** | 266:12 | **15:10:17 (1)** |
| 263:5 | **15:07:15 (2)** | 265:11 | **15:09:26 (1)** | 267:17 |
| **15:06:13 (1)** | 264:7,8 | **15:08:22 (1)** | 266:13 | **15:10:22 (1)** |
| 263:6 | **15:07:17 (1)** | 265:12 | **15:09:30 (1)** | 267:18 |
| **15:06:15 (1)** | 264:9 | **15:08:24 (1)** | 266:14 | **15:10:24 (1)** |
| 263:7 | **15:07:19 (1)** | 265:13 | **15:09:32 (1)** | 267:19 |
| **15:06:17 (1)** | 264:10 | **15:08:26 (1)** | 266:15 | **15:10:25 (1)** |
| 263:8 | **15:07:21 (1)** | 265:14 | **15:09:33 (1)** | 267:20 |
| **15:06:18 (1)** | 264:11 | **15:08:27 (1)** | 266:16 | **15:10:26 (1)** |
| 263:9 | **15:07:22 (1)** | 265:15 | **15:09:34 (1)** | 267:21 |
| **15:06:20 (1)** | 264:12 | **15:08:30 (1)** | 266:17 | **15:10:28 (1)** |
| 263:10 | **15:07:25 (1)** | 265:16 | **15:09:35 (1)** | 267:22 |
| **15:06:22 (1)** | 264:13 | **15:08:37 (2)** | 266:18 | **15:10:36 (1)** |
| 263:11 | **15:07:28 (1)** | 265:17,18 | **15:09:36 (1)** | 267:23 |
| **15:06:23 (1)** | 264:14 | **15:08:38 (1)** | 266:19 | **15:10:39 (1)** |
| 263:12 | **15:07:29 (1)** | 265:19 | **15:09:38 (1)** | 267:24 |
| **15:06:26 (1)** | 264:15 | **15:08:43 (1)** | 266:20 | **15:10:44 (1)** |
| 263:13 | **15:07:35 (1)** | 265:20 | **15:09:43 (1)** | 267:25 |
| **15:06:27 (1)** | 264:16 | **15:08:44 (1)** | 266:21 | **15:10:46 (1)** |
| 263:14 | **15:07:37 (2)** | 265:21 | **15:09:47 (1)** | 268:2 |
| **15:06:28 (1)** | 264:17,18 | **15:08:51 (1)** | 266:22 | **15:10:49 (1)** |
| 263:15 | **15:07:39 (1)** | 265:22 | **15:09:50 (2)** | 268:3 |
| **15:06:30 (1)** | 264:19 | **15:08:52 (1)** | 266:23,24 | **15:10:52 (1)** |
| 263:16 | **15:07:45 (1)** | 265:23 | **15:09:53 (1)** | 268:4 |
| **15:06:32 (1)** | 264:20 | **15:08:53 (1)** | 266:25 | **15:10:54 (1)** |
| 263:17 | **15:07:46 (1)** | 265:24 | **15:09:55 (1)** | 268:5 |
| **15:06:34 (2)** | 264:21 | **15:08:59 (1)** | 267:2 | **15:10:57 (3)** |
| 263:18,19 | **15:07:48 (1)** | 265:25 | **15:09:56 (1)** | 268:6,7,8 |
| **15:06:37 (1)** | 264:22 | **15:09:00 (1)** | 267:3 | **15:10:59 (2)** |
| 263:20 | **15:07:49 (1)** | 266:2 | **15:09:57 (1)** | 268:9,10 |
| **15:06:40 (1)** | 264:23 | **15:09:05 (1)** | 267:4 | **15:11:02 (2)** |
| 263:21 | **15:07:57 (1)** | 266:3 | **15:09:59 (2)** | 268:11,12 |
| **15:06:41 (1)** | 264:24 | **15:09:08 (1)** | 267:5,6 | **15:11:03 (1)** |
| 263:22 | **15:07:59 (1)** | 266:4 | **15:10:01 (1)** | 268:13 |

Contains Confidential Portions

Page 79

**15:11:06 (1)**
268:14
**15:11:08 (1)**
268:15
**15:11:11 (1)**
268:16
**15:11:14 (2)**
268:17,18
**15:11:20 (1)**
268:19
**15:11:22 (1)**
268:20
**15:11:24 (1)**
268:21
**15:11:25 (1)**
268:22
**15:11:27 (2)**
268:23,24
**15:11:30 (1)**
268:25
**15:11:31 (1)**
269:2
**15:11:35 (1)**
269:3
**15:11:39 (1)**
269:4
**15:11:41 (1)**
269:5
**15:11:51 (1)**
269:6
**15:11:52 (1)**
269:7
**15:11:54 (1)**
269:8
**15:11:58 (1)**
269:9
**15:12:01 (2)**
269:10,11
**15:12:06 (1)**
269:12
**15:12:07 (1)**
269:13
**15:12:09 (1)**
269:14
**15:12:16 (2)**
269:15,16
**15:12:17 (1)**
269:17
**15:12:18 (1)**

269:18
**15:12:20 (2)**
269:19,20
**15:12:22 (1)**
269:21
**15:12:24 (2)**
269:22,23
**15:12:25 (1)**
269:24
**15:12:27 (1)**
269:25
**15:12:31 (1)**
270:2
**15:12:33 (1)**
270:3
**15:12:34 (2)**
270:4,5
**15:12:37 (1)**
270:6
**15:12:39 (1)**
270:7
**15:12:45 (1)**
270:8
**15:12:47 (1)**
270:9
**15:12:50 (1)**
270:10
**15:12:51 (1)**
270:11
**15:12:58 (1)**
270:12
**15:13:00 (1)**
270:13
**15:13:04 (1)**
270:14
**15:13:10 (1)**
270:15
**15:13:12 (1)**
270:16
**15:13:14 (2)**
270:17,18
**15:13:16 (1)**
270:19
**15:13:20 (1)**
270:20
**15:13:23 (1)**
270:21
**15:13:24 (1)**
270:22

**15:13:25 (1)**
270:23
**15:13:27 (1)**
270:24
**15:13:46 (4)**
270:25 271:2,3,4
**15:14:04 (1)**
271:5
**15:14:05 (1)**
271:6
**15:14:06 (1)**
271:7
**15:14:10 (1)**
271:8
**15:14:13 (1)**
271:9
**15:14:17 (2)**
271:10,11
**15:14:19 (2)**
271:12,13
**15:14:22 (1)**
271:14
**15:14:23 (1)**
271:15
**15:14:24 (1)**
271:16
**15:14:28 (1)**
271:17
**15:14:31 (1)**
271:18
**15:14:34 (1)**
271:19
**15:14:39 (1)**
271:20
**15:14:40 (1)**
271:21
**15:14:41 (1)**
271:22
**15:14:45 (2)**
271:23,24
**15:14:47 (1)**
271:25
**15:14:51 (1)**
272:2
**15:14:52 (1)**
272:3
**15:14:53 (1)**
272:4
**15:14:54 (1)**

272:5
**15:14:59 (1)**
272:6
**15:15:01 (1)**
272:7
**15:15:02 (2)**
272:8,9
**15:15:05 (1)**
272:10
**15:15:11 (1)**
272:11
**15:15:12 (1)**
272:12
**15:15:14 (1)**
272:13
**15:15:16 (1)**
272:14
**15:15:19 (1)**
272:15
**15:15:22 (1)**
272:16
**15:15:23 (1)**
272:17
**15:15:28 (1)**
272:18
**15:15:30 (1)**
272:19
**15:15:33 (1)**
272:20
**15:15:34 (1)**
272:21
**15:15:36 (1)**
272:22
**15:15:37 (1)**
272:23
**15:15:39 (2)**
272:24,25
**15:15:40 (2)**
273:2,3
**15:15:41 (1)**
273:4
**15:15:42 (2)**
273:5,6
**15:15:46 (1)**
273:7
**15:15:48 (1)**
273:8
**15:15:49 (1)**
273:9

**15:15:50 (1)**
273:10
**15:15:51 (1)**
273:11
**15:15:58 (1)**
273:12
**15:16:00 (1)**
273:13
**15:16:03 (1)**
273:14
**15:16:04 (1)**
273:15
**15:16:05 (1)**
273:16
**15:16:06 (1)**
273:17
**15:16:16 (1)**
273:18
**15:16:18 (1)**
273:19
**15:16:20 (1)**
273:20
**15:16:22 (2)**
273:21,22
**15:16:27 (1)**
273:23
**15:16:28 (1)**
273:24
**15:16:29 (1)**
273:25
**15:16:30 (1)**
274:2
**15:16:36 (1)**
274:3
**15:16:37 (1)**
274:4
**15:16:39 (1)**
274:5
**15:16:40 (1)**
274:6
**15:16:42 (1)**
274:7
**15:16:45 (1)**
274:8
**15:16:46 (1)**
274:9
**15:16:57 (1)**
274:10
**15:16:59 (1)**

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 274:11 | **15:18:10 (1)** | 276:17 | **15:20:18 (1)** | 279:4 |
| **15:17:03 (2)** | 275:13 | **15:19:10 (1)** | 277:24 | **15:21:11 (1)** |
| 274:12,13 | **15:18:12 (1)** | 276:18 | **15:20:23 (1)** | 279:5 |
| **15:17:06 (1)** | 275:14 | **15:19:14 (3)** | 277:25 | **15:21:13 (2)** |
| 274:14 | **15:18:13 (1)** | 276:19,20,21 | **15:20:26 (1)** | 279:6,7 |
| **15:17:08 (1)** | 275:15 | **15:19:16 (1)** | 278:2 | **15:21:14 (1)** |
| 274:15 | **15:18:14 (1)** | 276:22 | **15:20:27 (1)** | 279:8 |
| **15:17:11 (1)** | 275:16 | **15:19:18 (1)** | 278:3 | **15:21:18 (1)** |
| 274:16 | **15:18:19 (1)** | 276:23 | **15:20:28 (1)** | 279:9 |
| **15:17:14 (1)** | 275:17 | **15:19:20 (1)** | 278:4 | **15:21:21 (2)** |
| 274:17 | **15:18:20 (1)** | 276:24 | **15:20:29 (1)** | 279:10,11 |
| **15:17:19 (1)** | 275:18 | **15:19:21 (1)** | 278:5 | **15:21:23 (1)** |
| 274:18 | **15:18:24 (1)** | 276:25 | **15:20:30 (1)** | 279:12 |
| **15:17:25 (1)** | 275:19 | **15:19:24 (1)** | 278:6 | **15:21:25 (2)** |
| 274:19 | **15:18:27 (1)** | 277:2 | **15:20:33 (1)** | 279:13,14 |
| **15:17:27 (1)** | 275:20 | **15:19:25 (1)** | 278:7 | **15:21:28 (1)** |
| 274:20 | **15:18:28 (2)** | 277:3 | **15:20:34 (1)** | 279:15 |
| **15:17:28 (1)** | 275:21,22 | **15:19:29 (2)** | 278:8 | **15:21:30 (3)** |
| 274:21 | **15:18:30 (1)** | 277:4,5 | **15:20:35 (1)** | 279:16,17,18 |
| **15:17:30 (1)** | 275:23 | **15:19:31 (1)** | 278:9 | **15:21:35 (1)** |
| 274:22 | **15:18:31 (3)** | 277:6 | **15:20:37 (2)** | 279:19 |
| **15:17:31 (1)** | 275:24,25 276:2 | **15:19:34 (1)** | 278:10,11 | **15:21:38 (1)** |
| 274:23 | **15:18:34 (1)** | 277:7 | **15:20:41 (1)** | 279:20 |
| **15:17:33 (1)** | 276:3 | **15:19:38 (1)** | 278:12 | **15:21:40 (1)** |
| 274:24 | **15:18:35 (1)** | 277:8 | **15:20:45 (1)** | 279:21 |
| **15:17:34 (1)** | 276:4 | **15:19:43 (1)** | 278:13 | **15:21:43 (1)** |
| 274:25 | **15:18:37 (1)** | 277:9 | **15:20:48 (1)** | 279:22 |
| **15:17:37 (1)** | 276:5 | **15:19:46 (2)** | 278:14 | **15:21:45 (3)** |
| 275:2 | **15:18:39 (1)** | 277:10,11 | **15:20:49 (1)** | 279:23,24,25 |
| **15:17:38 (1)** | 276:6 | **15:19:48 (1)** | 278:15 | **15:21:47 (1)** |
| 275:3 | **15:18:40 (1)** | 277:12 | **15:20:51 (1)** | 280:2 |
| **15:17:40 (1)** | 276:7 | **15:19:49 (1)** | 278:16 | **15:21:49 (1)** |
| 275:4 | **15:18:46 (1)** | 277:13 | **15:20:52 (1)** | 280:3 |
| **15:17:42 (1)** | 276:8 | **15:19:51 (2)** | 278:17 | **15:21:51 (1)** |
| 275:5 | **15:18:47 (1)** | 277:14,15 | **15:20:54 (1)** | 280:4 |
| **15:17:46 (1)** | 276:9 | **15:19:54 (1)** | 278:18 | **15:21:53 (1)** |
| 275:6 | **15:18:49 (1)** | 277:16 | **15:20:57 (2)** | 280:5 |
| **15:17:47 (1)** | 276:10 | **15:19:56 (2)** | 278:19,20 | **15:21:56 (1)** |
| 275:7 | **15:18:50 (1)** | 277:17,18 | **15:20:59 (1)** | 280:6 |
| **15:17:51 (1)** | 276:11 | **15:19:59 (1)** | 278:21 | **15:21:57 (1)** |
| 275:8 | **15:18:51 (1)** | 277:19 | **15:21:00 (1)** | 280:7 |
| **15:17:55 (1)** | 276:12 | **15:20:01 (1)** | 278:22 | **15:21:59 (1)** |
| 275:9 | **15:18:52 (2)** | 277:20 | **15:21:02 (1)** | 280:8 |
| **15:18:00 (1)** | 276:13,14 | **15:20:03 (1)** | 278:23 | **15:22:01 (2)** |
| 275:10 | **15:18:58 (1)** | 277:21 | **15:21:03 (1)** | 280:9,10 |
| **15:18:03 (1)** | 276:15 | **15:20:11 (1)** | 278:24 | **15:22:02 (1)** |
| 275:11 | **15:19:00 (1)** | 277:22 | **15:21:06 (3)** | 280:11 |
| **15:18:05 (1)** | 276:16 | **15:20:13 (1)** | 278:25 279:2,3 | **15:22:03 (1)** |
| 275:12 | **15:19:02 (1)** | 277:23 | **15:21:08 (1)** | 280:13 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **15:22:05 (1)** | 281:19 | **15:23:45 (1)** | 284:5,6 | **15:25:37 (1)** |
| 280:14 | **15:22:56 (1)** | 283:2 | **15:24:45 (1)** | 285:10 |
| **15:22:06 (2)** | 281:20 | **15:23:47 (1)** | 284:7 | **15:25:40 (1)** |
| 280:12,15 | **15:22:57 (2)** | 283:3 | **15:24:48 (2)** | 285:11 |
| **15:22:07 (2)** | 281:21,22 | **15:23:48 (1)** | 284:8,9 | **15:25:43 (1)** |
| 280:16,17 | **15:22:59 (1)** | 283:4 | **15:24:51 (1)** | 285:12 |
| **15:22:08 (1)** | 281:23 | **15:23:49 (1)** | 284:10 | **15:25:45 (1)** |
| 280:18 | **15:23:00 (1)** | 283:5 | **15:24:54 (1)** | 285:13 |
| **15:22:09 (1)** | 281:24 | **15:23:52 (1)** | 284:11 | **15:25:46 (1)** |
| 280:19 | **15:23:01 (1)** | 283:6 | **15:24:55 (1)** | 285:14 |
| **15:22:11 (2)** | 281:25 | **15:23:53 (1)** | 284:12 | **15:25:51 (1)** |
| 280:20,21 | **15:23:02 (1)** | 283:7 | **15:24:56 (1)** | 285:15 |
| **15:22:12 (2)** | 282:2 | **15:23:54 (1)** | 284:13 | **15:25:54 (3)** |
| 280:22,23 | **15:23:03 (1)** | 283:8 | **15:24:57 (1)** | 285:16,17,18 |
| **15:22:15 (1)** | 282:3 | **15:23:55 (1)** | 284:14 | **15:25:57 (3)** |
| 280:24 | **15:23:04 (1)** | 283:9 | **15:25:00 (2)** | 285:19,20,21 |
| **15:22:18 (1)** | 282:4 | **15:23:58 (1)** | 284:15,16 | **15:25:58 (3)** |
| 280:25 | **15:23:07 (1)** | 283:10 | **15:25:01 (1)** | 285:22,23,24 |
| **15:22:21 (1)** | 282:5 | **15:24:03 (1)** | 284:17 | **15:26:00 (2)** |
| 281:2 | **15:23:08 (2)** | 283:11 | **15:25:02 (1)** | 285:25 286:2 |
| **15:22:24 (1)** | 282:6,7 | **15:24:05 (1)** | 284:18,19 | **15:26:03 (1)** |
| 281:3 | **15:23:12 (3)** | 283:12 | **15:25:04 (1)** | 286:3 |
| **15:22:25 (1)** | 282:8,9,10 | **15:24:07 (1)** | 284:20 | **15:26:07 (1)** |
| 281:4 | **15:23:15 (2)** | 283:13 | **15:25:07 (1)** | 286:4 |
| **15:22:26 (1)** | 282:11,12 | **15:24:09 (1)** | 284:21 | **15:26:12 (2)** |
| 281:5 | **15:23:18 (1)** | 283:14 | **15:25:09 (1)** | 286:5,6 |
| **15:22:30 (2)** | 282:13 | **15:24:11 (1)** | 284:22 | **15:26:14 (1)** |
| 281:6,7 | **15:23:21 (1)** | 283:15 | **15:25:10 (1)** | 286:7 |
| **15:22:32 (1)** | 282:14 | **15:24:15 (1)** | 284:23 | **15:26:15 (1)** |
| 281:8 | **15:23:23 (1)** | 283:16 | **15:25:13 (1)** | 286:8 |
| **15:22:34 (1)** | 282:15 | **15:24:17 (1)** | 284:24 | **15:26:19 (2)** |
| 281:9 | **15:23:25 (2)** | 283:17 | **15:25:15 (1)** | 286:9,10 |
| **15:22:35 (1)** | 282:16,17 | **15:24:21 (2)** | 284:25 | **15:26:22 (1)** |
| 281:10 | **15:23:26 (1)** | 283:18,19 | **15:25:16 (1)** | 286:11 |
| **15:22:36 (1)** | 282:18 | **15:24:23 (1)** | 285:2 | **15:26:24 (1)** |
| 281:11 | **15:23:30 (1)** | 283:20 | **15:25:19 (1)** | 286:12 |
| **15:22:38 (1)** | 282:19 | **15:24:26 (3)** | 285:3 | **15:26:26 (2)** |
| 281:12 | **15:23:32 (1)** | 283:21,22,23 | **15:25:21 (1)** | 286:13,14 |
| **15:22:40 (1)** | 282:20 | **15:24:28 (1)** | 285:4 | **15:26:27 (1)** |
| 281:13 | **15:23:36 (1)** | 283:24 | **15:25:24 (1)** | 286:15 |
| **15:22:42 (1)** | 282:21 | **15:24:29 (1)** | 285:5 | **15:26:32 (1)** |
| 281:14 | **15:23:38 (1)** | 283:25 | **15:25:27 (1)** | 286:16 |
| **15:22:43 (1)** | 282:22 | **15:24:36 (1)** | 285:6 | **15:26:33 (1)** |
| 281:15 | **15:23:39 (1)** | 284:2 | **15:25:28 (1)** | 286:17 |
| **15:22:44 (1)** | 282:23 | **15:24:38 (1)** | 285:7 | **15:26:35 (1)** |
| 281:16 | **15:23:40 (1)** | 284:3 | **15:25:32 (1)** | 286:18 |
| **15:22:47 (2)** | 282:24 | **15:24:40 (1)** | 285:8 | **15:26:36 (1)** |
| 281:17,18 | **15:23:42 (1)** | 284:4 | **15:25:35 (1)** | 286:19 |
| **15:22:53 (1)** | 282:25 | **15:24:42 (2)** | 285:9 | **15:26:39 (1)** |

Contains Confidential Portions

Page  82

| | | | | |
|---|---|---|---|---|
| 286:20 | **15:27:40 (1)** | 289:7 | **15:29:48 (1)** | 291:13 |
| **15:26:42 (1)** | 287:24 | **15:28:44 (1)** | 290:12 | **15:30:42 (1)** |
| 286:21 | **15:27:43 (3)** | 289:8 | **15:29:49 (1)** | 291:14 |
| **15:26:43 (1)** | 287:25 288:2,3 | **15:28:47 (2)** | 290:13 | **15:30:44 (1)** |
| 286:22 | **15:27:48 (1)** | 289:9,10 | **15:29:52 (1)** | 291:15 |
| **15:26:45 (1)** | 288:4 | **15:28:52 (1)** | 290:14 | **15:30:45 (1)** |
| 286:23 | **15:27:49 (2)** | 289:11 | **15:29:54 (1)** | 291:16 |
| **15:26:46 (1)** | 288:5,6 | **15:28:54 (1)** | 290:15 | **15:30:47 (1)** |
| 286:24 | **15:27:50 (2)** | 289:12 | **15:29:56 (1)** | 291:17 |
| **15:26:48 (1)** | 288:7,8 | **15:28:56 (1)** | 290:16 | **15:30:50 (1)** |
| 286:25 | **15:27:52 (1)** | 289:13 | **15:29:57 (1)** | 291:18 |
| **15:26:49 (2)** | 288:9 | **15:29:00 (2)** | 290:17 | **15:30:53 (1)** |
| 287:2,3 | **15:27:57 (1)** | 289:14,15 | **15:29:59 (1)** | 291:19 |
| **15:26:52 (1)** | 288:10 | **15:29:01 (1)** | 290:18 | **15:30:56 (1)** |
| 287:4 | **15:27:58 (1)** | 289:16 | **15:30:02 (1)** | 291:20 |
| **15:26:54 (1)** | 288:11 | **15:29:02 (1)** | 290:19 | **15:30:58 (1)** |
| 287:5 | **15:28:00 (2)** | 289:17 | **15:30:05 (1)** | 291:21 |
| **15:26:55 (1)** | 288:12,13 | **15:29:04 (2)** | 290:20 | **15:31:01 (2)** |
| 287:6 | **15:28:03 (1)** | 289:18,19 | **15:30:07 (1)** | 291:22,23 |
| **15:27:00 (1)** | 288:14 | **15:29:05 (1)** | 290:21 | **15:31:02 (1)** |
| 287:7 | **15:28:04 (1)** | 289:20 | **15:30:08 (1)** | 291:24 |
| **15:27:01 (1)** | 288:15 | **15:29:07 (1)** | 290:22 | **15:31:04 (1)** |
| 287:8 | **15:28:05 (1)** | 289:21 | **15:30:10 (1)** | 291:25 |
| **15:27:02 (1)** | 288:16 | **15:29:09 (1)** | 290:23 | **15:31:05 (1)** |
| 287:9 | **15:28:09 (1)** | 289:22 | **15:30:11 (1)** | 292:2 |
| **15:27:03 (1)** | 288:17 | **15:29:10 (1)** | 290:24 | **15:31:08 (2)** |
| 287:10 | **15:28:11 (1)** | 289:23 | **15:30:15 (1)** | 292:3,4 |
| **15:27:05 (1)** | 288:18 | **15:29:12 (1)** | 290:25 | **15:31:09 (1)** |
| 287:11 | **15:28:17 (1)** | 289:24 | **15:30:16 (1)** | 292:5 |
| **15:27:09 (2)** | 288:19 | **15:29:13 (1)** | 291:2 | **15:31:10 (2)** |
| 287:12,13 | **15:28:22 (1)** | 289:25 | **15:30:20 (1)** | 292:6,7 |
| **15:27:14 (1)** | 288:20 | **15:29:20 (2)** | 291:3 | **15:31:13 (1)** |
| 287:14 | **15:28:26 (1)** | 290:2,3 | **15:30:23 (2)** | 292:8 |
| **15:27:16 (1)** | 288:21 | **15:29:28 (1)** | 291:4,5 | **15:31:15 (1)** |
| 287:15 | **15:28:29 (2)** | 290:4 | **15:30:25 (1)** | 292:9 |
| **15:27:18 (1)** | 288:22,23 | **15:29:30 (1)** | 291:6 | **15:31:17 (2)** |
| 287:16 | **15:28:31 (1)** | 290:5 | **15:30:28 (1)** | 292:10,11 |
| **15:27:21 (2)** | 288:24 | **15:29:31 (1)** | 291:7 | **15:31:19 (1)** |
| 287:17,18 | **15:28:33 (1)** | 290:6 | **15:30:34 (1)** | 292:12 |
| **15:27:23 (1)** | 288:25 | **15:29:36 (1)** | 291:8 | **15:31:22 (1)** |
| 287:19 | **15:28:36 (2)** | 290:7 | **15:30:36 (1)** | 292:13 |
| **15:27:30 (1)** | 289:2,3 | **15:29:39 (1)** | 291:9 | **15:31:24 (1)** |
| 287:20 | **15:28:37 (1)** | 290:8 | **15:30:37 (1)** | 292:14 |
| **15:27:34 (1)** | 289:4 | **15:29:40 (1)** | 291:10 | **15:31:26 (1)** |
| 287:21 | **15:28:38 (1)** | 290:9 | **15:30:39 (1)** | 292:15 |
| **15:27:36 (1)** | 289:5 | **15:29:41 (1)** | 291:11 | **15:31:27 (1)** |
| 287:22 | **15:28:40 (1)** | 290:10 | **15:30:40 (1)** | 292:16 |
| **15:27:38 (1)** | 289:6 | **15:29:46 (1)** | 291:12 | **15:31:28 (1)** |
| 287:23 | **15:28:42 (1)** | 290:11 | **15:30:41 (1)** | 292:17 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **15:31:30 (1)** | 293:19 | **15:46:22 (1)** | 296:4 | **15:48:02 (1)** |
| 292:18 | **15:45:34 (1)** | 295:3 | **15:47:10 (1)** | 297:10 |
| **15:31:31 (1)** | 293:20 | **15:46:23 (1)** | 296:5 | **15:48:03 (1)** |
| 292:19 | **15:45:37 (2)** | 295:4 | **15:47:12 (1)** | 297:11 |
| **15:31:35 (1)** | 293:21,22 | **15:46:24 (1)** | 296:6 | **15:48:05 (1)** |
| 292:20 | **15:45:38 (1)** | 295:5 | **15:47:14 (1)** | 297:12 |
| **15:39:03 (1)** | 293:23 | **15:46:26 (1)** | 296:7 | **15:48:09 (1)** |
| 292:21 | **15:45:39 (1)** | 295:6 | 296:8 | 297:13 |
| **15:44:48 (1)** | 293:24 | **15:46:27 (1)** | **15:47:17 (1)** | **15:48:10 (1)** |
| 292:22 | **15:45:40 (1)** | 295:7 | **15:47:19 (2)** | 297:14 |
| **15:44:50 (1)** | 293:25 | **15:46:29 (1)** | 296:9,10 | **15:48:13 (1)** |
| 292:23 | **15:45:41 (1)** | 295:8 | **15:47:23 (1)** | 297:15 |
| **15:44:52 (1)** | 294:2 | **15:46:30 (1)** | 296:11 | **15:48:15 (2)** |
| 292:24 | **15:45:43 (1)** | 295:9 | **15:47:25 (2)** | 297:16,17 |
| **15:44:53 (1)** | 294:3 | **15:46:32 (1)** | 296:12,13 | **15:48:19 (1)** |
| 292:25 | **15:45:46 (1)** | 295:10 | **15:47:26 (1)** | 297:18 |
| **15:44:57 (1)** | 294:4 | **15:46:34 (1)** | 296:14 | **15:48:20 (1)** |
| 293:2 | **15:45:47 (1)** | 295:11 | 296:15 | 297:19 |
| **15:45:00 (1)** | 294:5 | **15:46:35 (1)** | **15:47:28 (1)** | **15:48:22 (1)** |
| 293:3 | **15:45:50 (1)** | 295:12 | **15:47:29 (2)** | 297:20 |
| **15:45:03 (1)** | 294:6 | **15:46:38 (1)** | 296:16,17 | **15:48:24 (1)** |
| 293:4 | **15:45:52 (1)** | 295:13 | **15:47:32 (1)** | 297:21 |
| **15:45:04 (1)** | 294:7 | **15:46:39 (1)** | 296:18 | **15:48:25 (1)** |
| 293:5 | **15:45:53 (1)** | 295:14 | **15:47:33 (1)** | 297:22 |
| **15:45:05 (2)** | 294:8 | **15:46:42 (1)** | 296:19 | **15:48:33 (1)** |
| 293:6,7 | **15:45:56 (2)** | 295:15 | **15:47:34 (1)** | 297:23 |
| **15:45:09 (1)** | 294:9,10 | **15:46:43 (1)** | 296:20 | **15:48:37 (2)** |
| 293:8 | **15:45:58 (2)** | 295:16 | **15:47:36 (1)** | 297:24,25 |
| **15:45:13 (1)** | 294:11,12 | **15:46:45 (1)** | 296:21 | **15:48:39 (1)** |
| 293:9 | **15:46:01 (2)** | 295:17 | **15:47:37 (2)** | 298:2 |
| **15:45:14 (1)** | 294:13,14 | **15:46:47 (2)** | 296:22,23 | **15:48:40 (1)** |
| 293:10 | **15:46:04 (1)** | 295:18,19 | **15:47:41 (1)** | 298:3 |
| **15:45:17 (1)** | 294:15 | **15:46:50 (1)** | 296:24 | **15:48:41 (1)** |
| 293:11 | **15:46:08 (1)** | 295:20 | **15:47:42 (1)** | 298:4 |
| **15:45:19 (1)** | 294:16 | **15:46:52 (1)** | 296:25 | **15:48:45 (1)** |
| 293:12 | **15:46:11 (1)** | 295:21 | **15:47:45 (1)** | 298:5 |
| **15:45:21 (1)** | 294:17 | **15:46:55 (1)** | 297:2 | **15:48:46 (1)** |
| 293:13 | **15:46:13 (1)** | 295:22 | **15:47:47 (1)** | 298:6 |
| **15:45:23 (1)** | 294:18 | **15:46:56 (1)** | 297:3 | **15:48:48 (1)** |
| 293:14 | **15:46:14 (2)** | 295:23 | **15:47:49 (1)** | 298:7 |
| **15:45:26 (1)** | 294:19,20 | **15:46:58 (1)** | 297:4 | **15:48:51 (2)** |
| 293:15 | **15:46:16 (1)** | 295:24 | **15:47:50 (1)** | 298:8,9 |
| **15:45:27 (1)** | 294:21 | **15:46:59 (1)** | 297:5 | **15:48:54 (1)** |
| 293:16 | **15:46:18 (1)** | 295:25 | **15:47:52 (1)** | 298:10 |
| **15:45:28 (1)** | 294:22 | **15:47:00 (1)** | 297:6 | **15:48:58 (1)** |
| 293:17 | **15:46:19 (2)** | 296:2 | **15:47:54 (2)** | 298:11 |
| **15:45:31 (1)** | 294:23,24 | **15:47:05 (1)** | 297:7,8 | **15:48:59 (1)** |
| 293:18 | **15:46:21 (2)** | 296:3 | **15:47:56 (1)** | 298:12 |
| **15:45:33 (1)** | 294:25 295:2 | **15:47:06 (1)** | 297:9 | **15:49:00 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 298:13 | **15:49:57 (1)** | 300:21 | **15:51:49 (1)** | 303:7 |
| **15:49:02 (1)** | 299:19 | **15:50:58 (1)** | 302:2 | **15:52:41 (1)** |
| 298:14 | **15:50:01 (1)** | 300:22 | **15:51:52 (2)** | 303:8 |
| **15:49:04 (1)** | 299:20 | **15:51:01 (1)** | 302:3,4 | **15:52:46 (1)** |
| 298:15 | **15:50:02 (1)** | 300:23 | **15:51:55 (2)** | 303:9 |
| **15:49:05 (1)** | 299:21 | **15:51:02 (1)** | 302:5,6 | **15:52:48 (1)** |
| 298:16 | **15:50:04 (1)** | 300:24 | **15:51:56 (1)** | 303:10 |
| **15:49:07 (1)** | 299:22 | **15:51:05 (1)** | 302:7 | **15:52:51 (1)** |
| 298:17 | **15:50:05 (2)** | 300:25 | **15:51:59 (1)** | 303:11 |
| **15:49:12 (1)** | 299:23,24 | **15:51:09 (1)** | 302:8 | **15:52:54 (1)** |
| 298:18 | **15:50:08 (1)** | 301:2 | **15:52:03 (1)** | 303:12 |
| **15:49:14 (1)** | 299:25 | 301:3 | 302:9 | **15:53:02 (1)** |
| 298:19 | **15:50:09 (1)** | **15:51:11 (1)** | **15:52:06 (1)** | 303:13 |
| **15:49:15 (2)** | 300:2 | 301:4 | 302:10 | **15:53:06 (1)** |
| 298:20,21 | **15:50:12 (2)** | **15:51:14 (1)** | **15:52:08 (1)** | 303:14 |
| **15:49:18 (1)** | 300:3,4 | 301:5 | 302:11 | **15:53:07 (1)** |
| 298:22 | **15:50:15 (1)** | **15:51:16 (1)** | **15:52:10 (1)** | 303:15 |
| **15:49:21 (1)** | 300:5 | 301:6 | 302:12 | **15:53:10 (1)** |
| 298:23 | **15:50:16 (1)** | **15:51:17 (1)** | **15:52:13 (2)** | 303:16 |
| **15:49:24 (2)** | 300:6 | 301:7 | 302:13,14 | **15:53:11 (1)** |
| 298:24,25 | **15:50:20 (1)** | **15:51:20 (1)** | **15:52:16 (1)** | 303:17 |
| **15:49:25 (1)** | 300:7 | 301:8 | 302:15 | **15:53:13 (1)** |
| 299:2 | **15:50:23 (1)** | **15:51:22 (1)** | **15:52:17 (1)** | 303:18 |
| **15:49:27 (1)** | 300:8 | 301:9 | 302:16 | **15:53:17 (1)** |
| 299:3 | **15:50:27 (1)** | **15:51:23 (1)** | **15:52:18 (1)** | 303:19 |
| **15:49:29 (1)** | 300:9 | 301:10 | 302:17 | **15:53:22 (1)** |
| 299:4 | **15:50:30 (1)** | **15:51:24 (1)** | **15:52:19 (1)** | 303:20 |
| **15:49:31 (1)** | 300:10 | 301:11 | 302:18 | **15:53:25 (1)** |
| 299:5 | **15:50:31 (1)** | **15:51:30 (2)** | **15:52:21 (1)** | 303:21 |
| **15:49:32 (2)** | 300:11 | 301:12,13 | 302:19 | **15:53:31 (1)** |
| 299:6,7 | **15:50:36 (1)** | **15:51:32 (1)** | **15:52:24 (1)** | 303:22 |
| **15:49:34 (2)** | 300:12 | 301:14 | 302:20 | **15:53:35 (1)** |
| 299:8,9 | **15:50:38 (1)** | **15:51:34 (1)** | **15:52:25 (1)** | 303:23 |
| **15:49:38 (1)** | 300:13 | 301:15 | 302:21 | **15:53:38 (1)** |
| 299:10 | **15:50:39 (1)** | **15:51:35 (1)** | **15:52:27 (2)** | 303:24 |
| **15:49:39 (2)** | 300:14 | 301:16 | 302:22,23 | **15:53:40 (1)** |
| 299:11,12 | **15:50:41 (1)** | **15:51:37 (1)** | **15:52:29 (1)** | 303:25 |
| **15:49:41 (1)** | 300:15 | 301:17 | 302:24 | **15:53:44 (1)** |
| 299:13 | **15:50:44 (1)** | **15:51:38 (1)** | **15:52:30 (2)** | 304:2 |
| **15:49:43 (1)** | 300:16 | 301:18 | 302:25 303:2 | **15:53:47 (1)** |
| 299:14 | **15:50:45 (1)** | **15:51:39 (2)** | **15:52:33 (1)** | 304:3 |
| **15:49:44 (1)** | 300:17 | 301:19,20 | 303:3 | **15:53:50 (3)** |
| 299:15 | **15:50:46 (1)** | **15:51:42 (2)** | **15:52:34 (1)** | 304:4,5,6 |
| **15:49:45 (1)** | 300:18 | 301:21,22 | 303:4 | **15:53:51 (1)** |
| 299:16 | **15:50:51 (1)** | **15:51:46 (2)** | **15:52:38 (1)** | 304:7 |
| **15:49:46 (1)** | 300:19 | 301:23,24 | 303:5 | **15:53:55 (1)** |
| 299:17 | **15:50:53 (1)** | **15:51:48 (1)** | **15:52:39 (1)** | 304:8 |
| **15:49:51 (1)** | 300:20 | 301:25 | 303:6 | **15:53:56 (1)** |
| 299:18 | **15:50:55 (1)** | | **15:52:40 (1)** | 304:9 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **15:53:57 (1)** | 305:17 | **15:55:55 (1)** | 307:21 | **15:58:12 (1)** |
| 304:10 | **15:54:52 (1)** | 306:18 | **15:56:50 (1)** | 308:25 |
| **15:54:04 (1)** | 305:18 | **15:55:57 (2)** | 307:22 | **15:58:14 (1)** |
| 304:11 | **15:54:54 (1)** | 306:19,20 | **15:56:52 (1)** | 309:2 |
| **15:54:07 (1)** | 305:19 | **15:56:01 (1)** | 307:23 | **15:58:15 (1)** |
| 304:12 | **15:54:58 (1)** | 306:21 | **15:56:54 (1)** | 309:3 |
| **15:54:10 (1)** | 305:20 | **15:56:02 (1)** | 307:24 | **15:58:19 (1)** |
| 304:13 | **15:55:00 (1)** | 306:22 | **15:56:59 (2)** | 309:4 |
| **15:54:11 (1)** | 305:21 | **15:56:04 (1)** | 307:25 308:2 | **15:58:20 (1)** |
| 304:14 | **15:55:02 (1)** | 306:23 | **15:57:01 (1)** | 309:5 |
| **15:54:13 (1)** | 305:22 | **15:56:06 (2)** | 308:3 | **15:58:21 (1)** |
| 304:15 | **15:55:03 (1)** | 306:24,25 | **15:57:07 (1)** | 309:6 |
| **15:54:14 (1)** | 305:23 | **15:56:08 (1)** | 308:4 | **15:58:22 (1)** |
| 304:16 | **15:55:07 (1)** | 307:2 | **15:57:10 (1)** | 309:7 |
| **15:54:15 (1)** | 305:24 | **15:56:09 (1)** | 308:5 | **15:58:25 (1)** |
| 304:18 | **15:55:10 (1)** | 307:3 | **15:57:11 (1)** | 309:8 |
| **15:54:16 (1)** | 305:25 | **15:56:11 (1)** | 308:6 | **15:58:26 (1)** |
| 304:17 | **15:55:11 (1)** | 307:4 | **15:57:15 (1)** | 309:9 |
| **15:54:17 (2)** | 306:2 | **15:56:15 (1)** | 308:7 | **15:58:27 (1)** |
| 304:19,20 | **15:55:13 (1)** | 307:5 | **15:57:17 (1)** | 309:10 |
| **15:54:19 (3)** | 306:3 | **15:56:16 (1)** | 308:8 | **15:58:29 (1)** |
| 304:21,22,23 | **15:55:15 (1)** | 307:6 | **15:57:22 (1)** | 309:11 |
| **15:54:20 (1)** | 306:4 | **15:56:18 (1)** | 308:9 | **15:58:30 (1)** |
| 304:24 | **15:55:16 (1)** | 307:7 | **15:57:27 (1)** | 309:12 |
| **15:54:23 (1)** | 306:5 | **15:56:21 (1)** | 308:10 | **15:58:32 (3)** |
| 304:25 | **15:55:18 (1)** | 307:8 | **15:57:29 (1)** | 309:13,14,15 |
| **15:54:25 (1)** | 306:6 | **15:56:24 (2)** | 308:11 | **15:58:33 (1)** |
| 305:2 | **15:55:21 (1)** | 307:9 | **15:57:32 (1)** | 309:16 |
| **15:54:26 (2)** | 306:7 | **15:56:26 (1)** | 308:12 | **15:58:35 (1)** |
| 305:3,4 | **15:55:23 (1)** | 307:10 | **15:57:34 (2)** | 309:17 |
| **15:54:27 (1)** | 306:8 | **15:56:27 (1)** | 308:13,14 | **15:58:37 (1)** |
| 305:5 | **15:55:26 (1)** | 307:11 | **15:57:38 (1)** | 309:18 |
| **15:54:30 (2)** | 306:9 | **15:56:29 (1)** | 308:15 | **15:58:39 (1)** |
| 305:6,7 | **15:55:32 (1)** | 307:12 | **15:57:40 (1)** | 309:19 |
| **15:54:31 (2)** | 306:10 | **15:56:31 (2)** | 308:16 | **15:58:41 (2)** |
| 305:8,9 | **15:55:35 (1)** | 307:13,14 | **15:57:43 (1)** | 309:20,21 |
| **15:54:32 (1)** | 306:11 | **15:56:34 (1)** | 308:17 | **15:58:43 (1)** |
| 305:10 | **15:55:37 (1)** | 307:15 | **15:57:46 (1)** | 309:22 |
| **15:54:36 (1)** | 306:12 | **15:56:39 (1)** | 308:18 | **15:58:47 (1)** |
| 305:11 | **15:55:40 (1)** | 307:16 | **15:57:55 (1)** | 309:23 |
| **15:54:38 (1)** | 306:13 | **15:56:40 (1)** | 308:19 | **15:58:48 (1)** |
| 305:12 | **15:55:44 (1)** | 307:17 | **15:58:00 (2)** | 309:24 |
| **15:54:40 (1)** | 306:14 | **15:56:43 (1)** | 308:20,21 | **15:58:50 (1)** |
| 305:13 | **15:55:49 (1)** | 307:18 | **15:58:02 (1)** | 309:25 |
| **15:54:42 (2)** | 306:15 | **15:56:45 (1)** | 308:22 | **15:58:51 (1)** |
| 305:14,15 | **15:55:53 (1)** | 307:19 | **15:58:05 (1)** | 310:2 |
| **15:54:45 (1)** | 306:16 | **15:56:48 (1)** | 308:23 | **15:58:52 (1)** |
| 305:16 | **15:55:54 (1)** | 307:20 | **15:58:07 (1)** | 310:3 |
| **15:54:47 (1)** | 306:17 | **15:56:49 (1)** | 308:24 | **15:58:56 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 310:4 | **15:59:49 (1)** | 312:13 | **16:01:59 (1)** | 314:20 |
| **15:58:58 (1)** | 311:12 | **16:00:38 (2)** | 313:18 | **16:03:02 (1)** |
| 310:5 | **15:59:51 (1)** | 312:14,15 | **16:02:00 (1)** | 314:21 |
| **15:59:01 (1)** | 311:13 | **16:00:40 (1)** | 313:19 | **16:03:06 (1)** |
| 310:6 | **15:59:52 (1)** | 312:16 | **16:02:03 (1)** | 314:22 |
| **15:59:03 (1)** | 311:14 | **16:00:42 (1)** | 313:20 | **16:03:07 (1)** |
| 310:7 | **15:59:53 (2)** | 312:17 | **16:02:06 (1)** | 314:23 |
| **15:59:06 (2)** | 311:15,16 | **16:00:47 (1)** | 313:21 | **16:03:09 (1)** |
| 310:8,9 | **15:59:59 (1)** | 312:18 | **16:02:07 (1)** | 314:24 |
| **15:59:07 (1)** | 311:17 | **16:00:52 (1)** | 313:22 | **16:03:11 (1)** |
| 310:10 | **156 (1)** | 312:19 | **16:02:09 (1)** | 314:25 |
| **15:59:09 (2)** | 8:23 | **16:00:55 (1)** | 313:23 | **16:03:18 (1)** |
| 310:11,12 | **16:00:00 (1)** | 312:20 | **16:02:11 (1)** | 315:2 |
| **15:59:12 (3)** | 311:18 | **16:00:56 (1)** | 313:24 | **16:03:19 (1)** |
| 310:13,14,15 | **16:00:03 (1)** | 312:21 | **16:02:15 (1)** | 315:3 |
| **15:59:13 (1)** | 311:19 | **16:00:57 (1)** | 313:25 | **16:03:21 (1)** |
| 310:16 | **16:00:04 (1)** | 312:22 | **16:02:19 (1)** | 315:4 |
| **15:59:15 (1)** | 311:20 | **16:00:59 (1)** | 314:2 | **16:03:23 (1)** |
| 310:17 | **16:00:06 (1)** | 312:23 | **16:02:20 (1)** | 315:5 |
| **15:59:16 (2)** | 311:21 | **16:01:02 (1)** | 314:3 | **16:03:28 (1)** |
| 310:18,19 | **16:00:07 (1)** | 312:24 | **16:02:21 (1)** | 315:6 |
| **15:59:21 (1)** | 311:22 | **16:01:04 (1)** | 314:4 | **16:03:30 (2)** |
| 310:20 | **16:00:10 (1)** | 312:25 | **16:02:23 (1)** | 315:7,8 |
| **15:59:28 (1)** | 311:23 | **16:01:05 (1)** | 314:5 | **16:03:31 (1)** |
| 310:21 | **16:00:12 (1)** | 313:2 | **16:02:25 (1)** | 315:9 |
| **15:59:29 (1)** | 311:24 | **16:01:21 (1)** | 314:6 | **16:03:32 (1)** |
| 310:22 | **16:00:13 (1)** | 313:3 | **16:02:28 (1)** | 315:10 |
| **15:59:31 (1)** | 311:25 | **16:01:22 (1)** | 314:7 | **16:03:33 (1)** |
| 310:23 | **16:00:14 (1)** | 313:4 | **16:02:30 (1)** | 315:11 |
| **15:59:32 (1)** | 312:2 | **16:01:23 (1)** | 314:8 | **16:03:36 (1)** |
| 310:24 | **16:00:15 (1)** | 313:5 | **16:02:31 (2)** | 315:12 |
| **15:59:34 (1)** | 312:3 | **16:01:25 (1)** | 314:9,10 | **16:03:38 (1)** |
| 310:25 | **16:00:16 (1)** | 313:6 | **16:02:34 (1)** | 315:13 |
| **15:59:36 (2)** | 312:4 | **16:01:27 (2)** | 314:11 | **16:03:40 (1)** |
| 311:2,3 | **16:00:19 (2)** | 313:7,8 | **16:02:35 (1)** | 315:14 |
| **15:59:38 (1)** | 312:5,6 | **16:01:30 (2)** | 314:12 | **16:03:41 (1)** |
| 311:4 | **16:00:20 (1)** | 313:9,10 | **16:02:40 (1)** | 315:15 |
| **15:59:39 (2)** | 312:7 | **16:01:32 (1)** | 314:13 | **16:03:42 (1)** |
| 311:5,6 | **16:00:23 (1)** | 313:11 | **16:02:45 (1)** | 315:16 |
| **15:59:40 (1)** | 312:8 | **16:01:35 (1)** | 314:14 | **16:03:45 (1)** |
| 311:7 | **16:00:25 (1)** | 313:12 | **16:02:46 (1)** | 315:17 |
| **15:59:43 (1)** | 312:9 | **16:01:38 (2)** | 314:15 | **16:03:48 (2)** |
| 311:8 | **16:00:29 (1)** | 313:13,14 | **16:02:49 (2)** | 315:18,19 |
| **15:59:45 (1)** | 312:10 | **16:01:39 (1)** | 314:16,17 | **16:03:49 (1)** |
| 311:9 | **16:00:32 (1)** | 313:15 | **16:02:57 (1)** | 315:20 |
| **15:59:46 (1)** | 312:11 | **16:01:57 (1)** | 314:18 | **16:03:56 (1)** |
| 311:10 | **16:00:34 (1)** | 313:16 | **16:02:58 (1)** | 315:21 |
| **15:59:48 (1)** | 312:12 | **16:01:58 (1)** | 314:19 | **16:03:57 (1)** |
| 311:11 | **16:00:36 (1)** | 313:17 | **16:02:59 (1)** | 315:22 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **16:04:00 (1)** | 316:25 | **16:06:14 (1)** | 319:7 | **16:08:22 (1)** |
| 315:23 | **16:05:09 (1)** | 318:6 | **16:07:16 (1)** | 320:10 |
| **16:04:06 (1)** | 317:2 | **16:06:16 (1)** | 319:8 | **16:08:24 (1)** |
| 315:24 | **16:05:11 (2)** | 318:7 | **16:07:21 (1)** | 320:11 |
| **16:04:08 (1)** | 317:3,4 | **16:06:18 (1)** | 319:9 | **16:08:25 (1)** |
| 315:25 | **16:05:16 (1)** | 318:8 | **16:07:24 (1)** | 320:12 |
| **16:04:13 (1)** | 317:5 | **16:06:20 (1)** | 319:10 | **16:08:26 (1)** |
| 316:2 | **16:05:19 (1)** | 318:9 | **16:07:27 (1)** | 320:13 |
| **16:04:16 (1)** | 317:6 | **16:06:22 (1)** | 319:11 | **16:08:29 (2)** |
| 316:3 | **16:05:20 (1)** | 318:10 | **16:07:29 (1)** | 320:14,15 |
| **16:04:19 (1)** | 317:7 | **16:06:24 (1)** | 319:12 | **16:08:34 (1)** |
| 316:4 | **16:05:22 (1)** | 318:11 | **16:07:30 (2)** | 320:16 |
| **16:04:20 (1)** | 317:8 | **16:06:25 (1)** | 319:13,14 | **16:08:37 (2)** |
| 316:5 | **16:05:24 (1)** | 318:12 | **16:07:36 (1)** | 320:17,18 |
| **16:04:23 (1)** | 317:9,10 | **16:06:26 (1)** | 319:15 | **16:08:40 (2)** |
| 316:6 | **16:05:26 (1)** | 318:13 | **16:07:38 (1)** | 320:19,20 |
| **16:04:25 (1)** | 317:11 | **16:06:27 (1)** | 319:16 | **16:08:42 (1)** |
| 316:7 | **16:05:28 (1)** | 318:14 | **16:07:40 (1)** | 320:21 |
| **16:04:29 (1)** | 317:12 | **16:06:39 (1)** | 319:17 | **16:08:43 (1)** |
| 316:8 | **16:05:30 (1)** | 318:15 | **16:07:46 (1)** | 320:22 |
| **16:04:32 (1)** | 317:13 | **16:06:41 (1)** | 319:18 | **16:08:45 (1)** |
| 316:9 | **16:05:31 (1)** | 318:16 | **16:07:49 (1)** | 320:23 |
| **16:04:33 (1)** | 317:14 | **16:06:43 (1)** | 319:19 | **16:08:46 (1)** |
| 316:10 | **16:05:34 (2)** | 318:17 | **16:07:51 (1)** | 320:24 |
| **16:04:39 (1)** | 317:15,16 | **16:06:44 (1)** | 319:20 | **16:08:48 (1)** |
| 316:11 | **16:05:35 (1)** | 318:18 | **16:07:52 (1)** | 320:25 |
| **16:04:41 (1)** | 317:17 | **16:06:47 (2)** | 319:21 | **16:08:52 (1)** |
| 316:12 | **16:05:38 (1)** | 318:19,20 | **16:07:56 (1)** | 321:2 |
| **16:04:42 (1)** | 317:18 | **16:06:49 (1)** | 319:22 | **16:08:53 (1)** |
| 316:13 | **16:05:41 (1)** | 318:21 | **16:07:58 (2)** | 321:3 |
| **16:04:45 (2)** | 317:19 | **16:06:52 (1)** | 319:23,24 | **16:08:56 (1)** |
| 316:14,15 | **16:05:44 (1)** | 318:22 | **16:08:01 (1)** | 321:4 |
| **16:04:49 (1)** | 317:20 | **16:06:58 (1)** | 319:25 | **16:08:59 (1)** |
| 316:16 | **16:05:46 (1)** | 318:23 | **16:08:02 (1)** | 321:5 |
| **16:04:53 (1)** | 317:21 | **16:06:59 (1)** | 320:2 | **16:09:01 (1)** |
| 316:17 | **16:05:47 (1)** | 318:24 | **16:08:03 (1)** | 321:6 |
| **16:04:56 (2)** | 317:22 | **16:07:01 (1)** | 320:3 | **16:09:03 (1)** |
| 316:18,19 | **16:05:55 (1)** | 318:25 | **16:08:04 (1)** | 321:7 |
| **16:04:57 (1)** | 317:23 | **16:07:02 (1)** | 320:4 | **16:09:04 (2)** |
| 316:20 | **16:06:00 (2)** | 319:2 | **16:08:08 (1)** | 321:8,9 |
| **16:04:59 (1)** | 317:24,25 | **16:07:06 (1)** | 320:5 | **16:09:06 (1)** |
| 316:21 | **16:06:04 (1)** | 319:3 | **16:08:10 (1)** | 321:10 |
| **16:05:00 (1)** | 318:2 | **16:07:08 (1)** | 320:6 | **16:09:07 (1)** |
| 316:22 | **16:06:05 (1)** | 319:4 | **16:08:12 (1)** | 321:11 |
| **16:05:03 (1)** | 318:3 | **16:07:10 (1)** | 320:7 | **16:09:13 (1)** |
| 316:23 | **16:06:08 (1)** | 319:5 | **16:08:16 (1)** | 321:12 |
| **16:05:06 (1)** | 318:4 | **16:07:11 (1)** | 320:8 | **16:09:16 (2)** |
| 316:24 | **16:06:12 (1)** | 319:6 | **16:08:19 (1)** | 321:13,14 |
| **16:05:07 (1)** | 318:5 | **16:07:13 (1)** | 320:9 | **16:09:19 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 321:15 | **16:11:00 (2)** | 323:25 | **16:13:18 (1)** | 326:7 |
| **16:09:23 (1)** | 322:23,24 | **16:12:21 (1)** | 325:5 | **16:14:11 (1)** |
| 321:16 | **16:11:04 (1)** | 324:2 | **16:13:19 (1)** | 326:8 |
| **16:09:24 (1)** | 322:25 | **16:12:23 (1)** | 325:6 | **16:14:12 (2)** |
| 321:17 | **16:11:09 (1)** | 324:3 | **16:13:21 (1)** | 326:9,10 |
| **16:09:26 (2)** | 323:2 | **16:12:25 (1)** | 325:7 | **16:14:14 (1)** |
| 321:18,19 | **16:11:13 (1)** | 324:4 | **16:13:22 (1)** | 326:11 |
| **16:09:28 (1)** | 323:3 | **16:12:26 (1)** | 325:8 | **16:14:17 (1)** |
| 321:20 | **16:11:16 (1)** | 324:5 | **16:13:25 (1)** | 326:12 |
| **16:09:48 (3)** | 323:4 | **16:12:28 (1)** | 325:9 | **16:14:20 (1)** |
| 321:21,22,23 | **16:11:19 (1)** | 324:6 | **16:13:26 (1)** | 326:13 |
| **16:10:14 (1)** | 323:5 | **16:12:30 (1)** | 325:10 | **16:14:22 (2)** |
| 321:24 | **16:11:22 (1)** | 324:7 | **16:13:28 (1)** | 326:14,15 |
| **16:10:15 (1)** | 323:6 | **16:12:39 (1)** | 325:11 | **16:14:25 (1)** |
| 321:25 | **16:11:23 (1)** | 324:8 | **16:13:30 (1)** | 326:16 |
| **16:10:17 (1)** | 323:7 | **16:12:41 (1)** | 325:12 | **16:14:26 (1)** |
| 322:2 | **16:11:26 (1)** | 324:9 | **16:13:32 (2)** | 326:17 |
| **16:10:19 (2)** | 323:8 | **16:12:44 (1)** | 325:13,14 | **16:14:27 (1)** |
| 322:3,4 | **16:11:29 (1)** | 324:10 | **16:13:35 (1)** | 326:18 |
| **16:10:23 (1)** | 323:9 | **16:12:45 (1)** | 325:15 | **16:14:30 (1)** |
| 322:5 | **16:11:30 (1)** | 324:11 | **16:13:37 (1)** | 326:19 |
| **16:10:25 (1)** | 323:10 | **16:12:46 (1)** | 325:16 | **16:14:33 (1)** |
| 322:6 | **16:11:32 (1)** | 324:12 | **16:13:41 (1)** | 326:20 |
| **16:10:28 (1)** | 323:11 | **16:12:48 (1)** | 325:17 | **16:14:35 (1)** |
| 322:7 | **16:11:36 (1)** | 324:13 | **16:13:42 (2)** | 326:21 |
| **16:10:29 (1)** | 323:12 | **16:12:51 (2)** | 325:18,19 | **16:14:36 (2)** |
| 322:8 | **16:11:37 (1)** | 324:14,15 | **16:13:44 (1)** | 326:22,23 |
| **16:10:32 (1)** | 323:13 | **16:12:53 (1)** | 325:20 | **16:14:41 (2)** |
| 322:9 | **16:11:38 (1)** | 324:16 | **16:13:45 (1)** | 326:24,25 |
| **16:10:34 (2)** | 323:14 | **16:12:57 (1)** | 325:21 | **16:14:44 (1)** |
| 322:10,11 | **16:11:46 (1)** | 324:17 | **16:13:48 (1)** | 327:2 |
| **16:10:40 (2)** | 323:15 | **16:12:59 (1)** | 325:22 | **16:14:45 (1)** |
| 322:12,13 | **16:11:47 (2)** | 324:18 | **16:13:49 (1)** | 327:3 |
| **16:10:43 (1)** | 323:16,17 | **16:13:02 (1)** | 325:23 | **16:14:47 (1)** |
| 322:14 | **16:11:48 (1)** | 324:19 | **16:13:50 (1)** | 327:4 |
| **16:10:44 (1)** | 323:18 | **16:13:04 (2)** | 325:24 | **16:14:48 (1)** |
| 322:15 | **16:11:51 (1)** | 324:20,21 | **16:13:54 (1)** | 327:5 |
| **16:10:45 (1)** | 323:19 | **16:13:06 (1)** | 325:25 | **16:14:51 (1)** |
| 322:16 | **16:12:01 (1)** | 324:22 | **16:13:56 (1)** | 327:6 |
| **16:10:46 (1)** | 323:20 | **16:13:08 (1)** | 326:2 | **16:14:52 (1)** |
| 322:17 | **16:12:04 (1)** | 324:23 | **16:13:57 (1)** | 327:7 |
| **16:10:48 (1)** | 323:21 | **16:13:11 (2)** | 326:3 | **16:14:54 (1)** |
| 322:18 | **16:12:08 (1)** | 324:24,25 | **16:14:02 (1)** | 327:8 |
| **16:10:50 (2)** | 323:22 | **16:13:13 (1)** | 326:4 | **16:14:56 (1)** |
| 322:19,20 | **16:12:10 (1)** | 325:2 | **16:14:04 (1)** | 327:9 |
| **16:10:53 (1)** | 323:23 | **16:13:14 (1)** | 326:5 | **16:14:57 (1)** |
| 322:21 | **16:12:11 (1)** | 325:3 | **16:14:07 (1)** | 327:10 |
| **16:10:56 (1)** | 323:24 | **16:13:16 (1)** | 326:6 | **16:15:00 (1)** |
| 322:22 | **16:12:20 (1)** | 325:4 | **16:14:09 (1)** | 327:11 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **16:15:01 (1)** | 328:16 | **16:16:46 (1)** | 330:22 | **16:18:48 (1)** |
| 327:12 | **16:16:00 (1)** | 329:19 | **16:17:54 (1)** | 331:24 |
| **16:15:05 (2)** | 328:17 | **16:16:50 (1)** | 330:23 | **16:18:50 (1)** |
| 327:13,14 | 328:18 | 329:20 | **16:17:57 (1)** | 331:25 |
| **16:15:07 (1)** | **16:16:03 (1)** | **16:16:52 (1)** | 330:24 | **16:18:52 (1)** |
| 327:15 | 328:19 | 329:21 | **16:17:59 (1)** | 332:2 |
| **16:15:11 (1)** | **16:16:04 (1)** | **16:16:54 (2)** | 330:25 | **16:18:56 (1)** |
| 327:16 | 328:20 | 329:22,23 | **16:18:00 (1)** | 332:3 |
| **16:15:13 (2)** | **16:16:06 (1)** | **16:16:56 (1)** | 331:2 | **16:18:57 (1)** |
| 327:17,18 | 328:21 | 329:24 | **16:18:02 (2)** | 332:4 |
| **16:15:15 (1)** | **16:16:07 (1)** | **16:16:57 (1)** | 331:3 | **16:19:01 (1)** |
| 327:19 | 328:22 | 329:25 | **16:18:04 (2)** | 332:5 |
| **16:15:18 (1)** | **16:16:09 (1)** | **16:17:03 (1)** | 331:4,5 | **16:19:07 (1)** |
| 327:20 | 328:23 | 330:2 | **16:18:07 (1)** | 332:6 |
| **16:15:19 (1)** | **16:16:10 (1)** | **16:17:07 (1)** | 331:6 | **16:19:08 (1)** |
| 327:21 | 328:24 | 330:3 | **16:18:10 (1)** | 332:7 |
| **16:15:20 (1)** | **16:16:13 (1)** | **16:17:08 (1)** | 331:7 | **16:19:10 (1)** |
| 327:22 | 328:25 | 330:4 | **16:18:11 (1)** | 332:8 |
| **16:15:23 (1)** | **16:16:14 (2)** | **16:17:12 (1)** | 331:8 | **16:19:16 (1)** |
| 327:23 | 329:2,3 | 330:5 | **16:18:18 (1)** | 332:9 |
| **16:15:24 (1)** | **16:16:17 (1)** | **16:17:14 (1)** | 331:9 | **16:19:26 (1)** |
| 327:24 | 329:4 | 330:6 | **16:18:22 (1)** | 332:10 |
| **16:15:25 (1)** | **16:16:19 (1)** | **16:17:15 (1)** | 331:10 | **16:19:29 (1)** |
| 327:25 | 329:5 | 330:7 | **16:18:23 (1)** | 332:11 |
| **16:15:27 (1)** | **16:16:25 (1)** | **16:17:16 (1)** | 331:11 | **16:19:33 (1)** |
| 328:2 | 329:6 | 330:8 | **16:18:25 (1)** | 332:12 |
| **16:15:29 (1)** | **16:16:26 (1)** | **16:17:21 (1)** | 331:12 | **16:19:34 (1)** |
| 328:3 | 329:7 | 330:9 | **16:18:28 (1)** | 332:13 |
| **16:15:30 (1)** | **16:16:28 (2)** | **16:17:24 (1)** | 331:13 | **16:19:38 (2)** |
| 328:4 | 329:8,9 | 330:10 | **16:18:30 (1)** | 332:14,15 |
| **16:15:32 (1)** | **16:16:32 (1)** | **16:17:26 (1)** | 331:14 | **16:19:42 (1)** |
| 328:5 | 329:10 | 330:11 | **16:18:32 (1)** | 332:16 |
| **16:15:33 (3)** | **16:16:33 (1)** | **16:17:29 (2)** | 331:15 | **16:19:44 (1)** |
| 328:6,7,8 | 329:11 | 330:12,13 | **16:18:33 (1)** | 332:17 |
| **16:15:35 (1)** | **16:16:34 (1)** | **16:17:31 (1)** | 331:16 | **16:19:46 (1)** |
| 328:9 | 329:12 | 330:14 | **16:18:35 (1)** | 332:18 |
| **16:15:37 (1)** | **16:16:35 (1)** | **16:17:33 (1)** | 331:17 | **16:19:49 (2)** |
| 328:10 | 329:13 | 330:15 | **16:18:38 (1)** | 332:19,20 |
| **16:15:39 (1)** | **16:16:36 (1)** | **16:17:40 (1)** | 331:18 | **16:19:52 (1)** |
| 328:11 | 329:14 | 330:16 | **16:18:40 (1)** | 332:21 |
| **16:15:41 (1)** | **16:16:38 (1)** | **16:17:42 (1)** | 331:19 | **16:19:53 (1)** |
| 328:12 | 329:15 | 330:17 | **16:18:41 (1)** | 332:22 |
| **16:15:44 (1)** | **16:16:41 (1)** | **16:17:43 (1)** | 331:20 | **16:19:54 (1)** |
| 328:13 | 329:16 | 330:18 | **16:18:42 (1)** | 332:23 |
| **16:15:47 (1)** | **16:16:43 (1)** | **16:17:45 (1)** | 331:21 | **16:19:55 (2)** |
| 328:14 | 329:17 | 330:19 | **16:18:44 (1)** | 332:24,25 |
| **16:15:51 (1)** | **16:16:44 (1)** | **16:17:48 (2)** | 331:22 | **16:19:57 (1)** |
| 328:15 | 329:18 | 330:20,21 | **16:18:45 (1)** | 333:2 |
| **16:15:53 (1)** | | **16:17:52 (1)** | 331:23 | **16:19:58 (1)** |

Contains Confidential Portions

Page  90

| | | | | |
|---|---|---|---|---|
| 333:3 | **16:21:25 (1)** | 335:11 | **16:23:26 (1)** | 337:18 |
| **16:20:00 (1)** | 334:9 | **16:22:35 (1)** | 336:14 | **16:24:42 (1)** |
| 333:4 | **16:21:33 (1)** | 335:12 | **16:23:29 (1)** | 337:19 |
| **16:20:08 (1)** | 334:10 | **16:22:37 (1)** | 336:15 | **16:24:44 (1)** |
| 333:5 | **16:21:36 (1)** | 335:13 | **16:23:30 (1)** | 337:20 |
| **16:20:12 (1)** | 334:11 | **16:22:38 (1)** | 336:16 | **16:24:47 (1)** |
| 333:6 | **16:21:38 (1)** | 335:14 | **16:23:33 (1)** | 337:21 |
| **16:20:14 (1)** | 334:12 | **16:22:40 (1)** | 336:17 | **16:24:49 (1)** |
| 333:7 | **16:21:40 (2)** | 335:15 | **16:23:41 (1)** | 337:22 |
| **16:20:15 (1)** | 334:13,14 | **16:22:44 (1)** | 336:18 | **16:24:52 (1)** |
| 333:8 | **16:21:52 (2)** | 335:16 | **16:23:43 (1)** | 337:23 |
| **16:20:18 (1)** | 334:15,16 | **16:22:46 (1)** | 336:19 | **16:24:53 (1)** |
| 333:9 | **16:21:53 (1)** | 335:17 | **16:23:46 (1)** | 337:24 |
| **16:20:19 (1)** | 334:17 | **16:22:48 (1)** | 336:20 | **16:24:54 (1)** |
| 333:10 | **16:21:54 (1)** | 335:18 | **16:23:53 (1)** | 337:25 |
| **16:20:27 (1)** | 334:18 | **16:22:51 (1)** | 336:21 | **16:24:58 (1)** |
| 333:11 | **16:21:56 (1)** | 335:19 | **16:23:55 (1)** | 338:2 |
| **16:20:29 (1)** | 334:19 | **16:22:52 (1)** | 336:22 | **16:25:00 (1)** |
| 333:12 | **16:21:57 (1)** | 335:20 | **16:23:57 (1)** | 338:3 |
| **16:20:34 (1)** | 334:20 | **16:22:55 (1)** | 336:23 | **16:25:01 (1)** |
| 333:13 | **16:22:01 (1)** | 335:21 | **16:23:58 (1)** | 338:4 |
| **16:20:35 (1)** | 334:21 | **16:22:56 (1)** | 336:24 | **16:25:02 (1)** |
| 333:14 | **16:22:04 (1)** | 335:22 | **16:24:05 (1)** | 338:5 |
| **16:20:36 (1)** | 334:22 | **16:22:57 (1)** | 336:25 | **16:25:04 (1)** |
| 333:15 | **16:22:05 (1)** | 335:23 | **16:24:07 (1)** | 338:6 |
| **16:20:43 (2)** | 334:23 | **16:22:59 (2)** | 337:2 | **16:25:09 (1)** |
| 333:16,17 | **16:22:08 (1)** | 335:24,25 | **16:24:10 (1)** | 338:7 |
| **16:20:45 (1)** | 334:24 | **16:23:01 (1)** | 337:3 | **16:25:12 (1)** |
| 333:18 | **16:22:12 (1)** | 336:2 | **16:24:11 (2)** | 338:8 |
| **16:20:48 (1)** | 334:25 | **16:23:02 (1)** | 337:4,5 | **16:25:15 (1)** |
| 333:19 | **16:22:14 (1)** | 336:3 | **16:24:13 (1)** | 338:9 |
| **16:20:49 (1)** | 335:2 | **16:23:03 (1)** | 337:6 | **16:25:16 (1)** |
| 333:20 | **16:22:15 (1)** | 336:4 | **16:24:15 (2)** | 338:10 |
| **16:20:50 (1)** | 335:3 | **16:23:06 (2)** | 337:7,8 | **16:25:17 (1)** |
| 333:21 | **16:22:17 (1)** | 336:5,6 | **16:24:21 (1)** | 338:11 |
| **16:20:51 (1)** | 335:4 | **16:23:07 (1)** | 337:9 | **16:25:18 (1)** |
| 333:22 | **16:22:19 (1)** | 336:7 | **16:24:23 (1)** | 338:12 |
| **16:21:00 (2)** | 335:5 | **16:23:14 (1)** | 337:10 | **16:25:20 (1)** |
| 333:23,24 | **16:22:20 (1)** | 336:8 | **16:24:31 (1)** | 338:13 |
| **16:21:05 (1)** | 335:6 | **16:23:16 (1)** | 337:11 | **16:25:21 (1)** |
| 333:25 | **16:22:26 (1)** | 336:9 | **16:24:34 (2)** | 338:14 |
| **16:21:08 (1)** | 335:7 | **16:23:18 (1)** | 337:12,13 | **16:25:22 (1)** |
| 334:2 | **16:22:27 (1)** | 336:10 | **16:24:37 (1)** | 338:15 |
| **16:21:11 (2)** | 335:8 | **16:23:19 (1)** | 337:14 | **16:25:24 (1)** |
| 334:3,4 | **16:22:30 (1)** | 336:11 | **16:24:38 (2)** | 338:16 |
| **16:21:15 (2)** | 335:9 | **16:23:20 (1)** | 337:15,16 | **16:25:25 (1)** |
| 334:5,6 | **16:22:33 (1)** | 336:12 | **16:24:39 (1)** | 338:17 |
| **16:21:17 (2)** | 335:10 | **16:23:24 (1)** | 337:17 | **16:25:28 (1)** |
| 334:7,8 | **16:22:34 (1)** | 336:13 | **16:24:40 (1)** | 338:18 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **16:25:30 (1)** | 339:25 | **16:30:54 (1)** | 342:10 | **16:33:12 (1)** |
| 338:19 | **16:26:34 (1)** | 341:7 | **16:32:05 (1)** | 343:14 |
| **16:25:33 (1)** | 340:2 | **16:30:58 (1)** | 342:11 | **16:33:15 (1)** |
| 338:20 | **16:26:36 (2)** | 341:8 | **16:32:06 (1)** | 343:15 |
| **16:25:36 (1)** | 340:3,4 | **16:31:02 (1)** | 342:12 | **16:33:17 (1)** |
| 338:21 | **16:26:37 (1)** | 341:9 | **16:32:11 (1)** | 343:16 |
| **16:25:39 (1)** | 340:5 | **16:31:05 (1)** | 342:13 | **16:33:18 (1)** |
| 338:22 | **16:26:45 (1)** | 341:10 | **16:32:13 (1)** | 343:17 |
| **16:25:41 (1)** | 340:6 | **16:31:09 (1)** | 342:14 | **16:33:20 (1)** |
| 338:23 | **16:26:46 (1)** | 341:11 | **16:32:16 (1)** | 343:18 |
| **16:25:44 (1)** | 340:7 | **16:31:11 (2)** | 342:15 | **16:33:23 (3)** |
| 338:24 | **16:26:47 (1)** | 341:12,13 | **16:32:19 (1)** | 343:19,20,21 |
| **16:25:45 (1)** | 340:8 | **16:31:14 (1)** | 342:16 | **16:33:26 (3)** |
| 338:25 | **16:26:52 (1)** | 341:14 | **16:32:21 (1)** | 343:22,23,24 |
| **16:25:47 (1)** | 340:9 | **16:31:16 (1)** | 342:17 | **16:33:27 (1)** |
| 339:2 | **16:26:54 (1)** | 341:15 | **16:32:24 (1)** | 343:25 |
| **16:25:49 (1)** | 340:10 | **16:31:18 (1)** | 342:18 | **16:33:31 (1)** |
| 339:3 | **16:26:58 (1)** | 341:16 | **16:32:27 (1)** | 344:2 |
| **16:25:51 (1)** | 340:11 | **16:31:20 (1)** | 342:19 | **16:33:34 (1)** |
| 339:4 | **16:27:00 (1)** | 341:17 | **16:32:28 (1)** | 344:3 |
| **16:25:53 (1)** | 340:12 | **16:31:23 (2)** | 342:20 | **16:33:36 (1)** |
| 339:5 | **16:27:01 (1)** | 341:18,19 | **16:32:32 (2)** | 344:4 |
| **16:25:55 (1)** | 340:13 | **16:31:25 (1)** | 342:21,22 | **16:33:38 (1)** |
| 339:6 | **16:27:02 (1)** | 341:20 | **16:32:33 (1)** | 344:5 |
| **16:25:57 (2)** | 340:14 | **16:31:27 (1)** | 342:23 | **16:33:39 (1)** |
| 339:7,8 | **16:27:05 (1)** | 341:21 | **16:32:34 (1)** | 344:6 |
| **16:25:59 (2)** | 340:15 | **16:31:29 (1)** | 342:24 | **16:33:42 (1)** |
| 339:9,10 | **16:27:06 (1)** | 341:22 | **16:32:35 (1)** | 344:7 |
| **16:26:01 (1)** | 340:16 | **16:31:32 (1)** | 342:25 | **16:33:46 (1)** |
| 339:11 | **16:27:08 (1)** | 341:23 | **16:32:38 (2)** | 344:8 |
| **16:26:04 (1)** | 340:17 | **16:31:33 (1)** | 343:2,3 | **16:33:49 (1)** |
| 339:12 | **16:27:10 (2)** | 341:24 | **16:32:39 (1)** | 344:9 |
| **16:26:06 (2)** | 340:18,19 | **16:31:34 (1)** | 343:4 | **16:33:51 (1)** |
| 339:13,14 | **16:27:12 (1)** | 341:25 | **16:32:41 (1)** | 344:10 |
| **16:26:08 (2)** | 340:20 | **16:31:38 (1)** | 343:5 | **16:33:53 (2)** |
| 339:15,16 | **16:27:13 (2)** | 342:2 | **16:32:43 (1)** | 344:11,12 |
| **16:26:10 (1)** | 340:21,22 | **16:31:41 (1)** | 343:6 | **16:34:00 (1)** |
| 339:17 | **16:27:14 (3)** | 342:3 | **16:32:47 (1)** | 344:13 |
| **16:26:12 (1)** | 340:23,24,25 | **16:31:44 (2)** | 343:7 | **16:34:01 (1)** |
| 339:18 | **16:30:34 (1)** | 342:4,5 | **16:32:49 (1)** | 344:14 |
| **16:26:15 (1)** | 341:2 | **16:31:50 (1)** | 343:8 | **16:34:03 (1)** |
| 339:19 | **16:30:35 (1)** | 342:6 | **16:33:00 (1)** | 344:15 |
| **16:26:16 (1)** | 341:3 | **16:31:52 (1)** | 343:9 | **16:34:05 (1)** |
| 339:20 | **16:30:48 (1)** | 342:7 | **16:33:02 (1)** | 344:16 |
| **16:26:19 (2)** | 341:4 | **16:31:54 (1)** | 343:10 | **16:34:09 (1)** |
| 339:21,22 | **16:30:50 (1)** | 342:8 | **16:33:07 (2)** | 344:17 |
| **16:26:28 (2)** | 341:5 | **16:32:00 (1)** | 343:11,12 | **16:34:10 (1)** |
| 339:23,24 | **16:30:52 (1)** | 342:9 | **16:33:09 (1)** | 344:18 |
| **16:26:31 (1)** | 341:6 | **16:32:03 (1)** | 343:13 | **16:34:11 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 344:19 | **16:35:06 (1)** | 347:12 | **16:36:49 (1)** | 349:16 |
| **16:34:13 (1)** | 346:3 | **16:35:59 (1)** | 348:16 | **16:38:03 (1)** |
| 344:20 | **16:35:09 (1)** | 347:13 | **16:36:51 (1)** | 349:17 |
| **16:34:14 (1)** | 346:4 | **16:36:02 (1)** | 348:17 | **16:38:06 (1)** |
| 344:21 | **16:35:11 (2)** | 347:14 | **16:36:52 (1)** | 349:18 |
| **16:34:15 (2)** | 346:5,6 | **16:36:06 (1)** | 348:18 | **16:38:09 (1)** |
| 344:22,23 | **16:35:13 (1)** | 347:15 | **16:36:54 (1)** | 349:19 |
| **16:34:19 (2)** | 346:7 | **16:36:07 (1)** | 348:19 | **16:38:10 (1)** |
| 344:24,25 | **16:35:16 (2)** | 347:16 | **16:36:55 (1)** | 349:20 |
| **16:34:23 (1)** | 346:8,9 | **16:36:10 (1)** | 348:20 | **16:38:13 (1)** |
| 345:2 | **16:35:17 (1)** | 347:17 | **16:36:58 (1)** | 349:21 |
| **16:34:24 (1)** | 346:10 | **16:36:11 (1)** | 348:21 | **16:38:14 (1)** |
| 345:3 | **16:35:18 (1)** | 347:18 | **16:37:01 (1)** | 349:22 |
| **16:34:29 (2)** | 346:11 | **16:36:13 (1)** | 348:22 | **16:38:16 (1)** |
| 345:4,5 | **16:35:19 (1)** | 347:19 | **16:37:02 (1)** | 349:23 |
| **16:34:30 (1)** | 346:12 | **16:36:14 (1)** | 348:23 | **16:38:19 (2)** |
| 345:6 | **16:35:20 (1)** | 347:20 | **16:37:05 (1)** | 349:24,25 |
| **16:34:33 (1)** | 346:13 | **16:36:16 (1)** | 348:24 | **16:38:20 (1)** |
| 345:7 | **16:35:22 (1)** | 347:21 | **16:37:08 (1)** | 350:2 |
| **16:34:35 (1)** | 346:14 | **16:36:19 (1)** | 348:25 | **16:38:23 (1)** |
| 345:8 | **16:35:24 (3)** | 347:22 | **16:37:10 (1)** | 350:3 |
| **16:34:37 (1)** | 346:15,16,17 | **16:36:22 (1)** | 349:2 | **16:38:24 (1)** |
| 345:9 | **16:35:26 (1)** | 347:23 | **16:37:17 (1)** | 350:4 |
| **16:34:42 (1)** | 346:18 | **16:36:24 (1)** | 349:3 | **16:38:25 (1)** |
| 345:10 | **16:35:30 (2)** | 347:24 | **16:37:32 (1)** | 350:5 |
| **16:34:43 (1)** | 346:19,20 | **16:36:26 (1)** | 349:4 | **16:38:32 (1)** |
| 345:11 | **16:35:33 (1)** | 347:25 | **16:37:33 (1)** | 350:6 |
| **16:34:45 (1)** | 346:21 | **16:36:29 (1)** | 349:5 | **16:38:34 (1)** |
| 345:12 | **16:35:36 (1)** | 348:2 | **16:37:34 (1)** | 350:7 |
| **16:34:49 (1)** | 346:22 | **16:36:31 (1)** | 349:6 | **16:38:35 (1)** |
| 345:13 | **16:35:37 (1)** | 348:3 | **16:37:37 (1)** | 350:8 |
| **16:34:51 (2)** | 346:23 | **16:36:34 (1)** | 349:7 | **16:38:36 (1)** |
| 345:14,15 | **16:35:39 (1)** | 348:4 | **16:37:39 (1)** | 350:9 |
| **16:34:53 (2)** | 346:24 | **16:36:35 (1)** | 349:8 | **16:38:40 (1)** |
| 345:16,17 | **16:35:41 (3)** | 348:5 | **16:37:42 (1)** | 350:10 |
| **16:34:56 (1)** | 346:25 347:2,3 | **16:36:36 (1)** | 349:9 | **16:38:42 (2)** |
| 345:18 | **16:35:42 (1)** | 348:6 | **16:37:45 (1)** | 350:11,12 |
| **16:34:57 (1)** | 347:4 | **16:36:38 (2)** | 349:10 | **16:38:44 (2)** |
| 345:19 | **16:35:43 (2)** | 348:7,8 | **16:37:48 (1)** | 350:13,14 |
| **16:34:59 (2)** | 347:5,6 | **16:36:40 (1)** | 349:11 | **16:38:50 (1)** |
| 345:20,21 | **16:35:48 (1)** | 348:9 | **16:37:51 (1)** | 350:15 |
| **16:35:01 (1)** | 347:7 | **16:36:41 (2)** | 349:12 | **16:38:52 (1)** |
| 345:22 | **16:35:51 (2)** | 348:10,11 | **16:37:52 (1)** | 350:16 |
| **16:35:02 (1)** | 347:8,9 | **16:36:43 (1)** | 349:13 | **16:38:53 (1)** |
| 345:23 | **16:35:52 (1)** | 348:12 | **16:37:55 (1)** | 350:17 |
| **16:35:03 (1)** | 347:10 | **16:36:44 (2)** | 349:14 | **16:38:56 (1)** |
| 345:24 | **16:35:54 (1)** | 348:13,14 | **16:38:00 (1)** | 350:18 |
| **16:35:05 (2)** | 347:11 | **16:36:47 (1)** | 349:15 | **16:38:57 (1)** |
| 345:25 346:2 | **16:35:58 (1)** | 348:15 | **16:38:01 (1)** | 350:19 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **16:38:58 (1)** | 351:25 | **16:41:16 (2)** | 354:7 | **16:43:12 (1)** |
| 350:20 | **16:40:05 (1)** | 353:5,6 | **16:42:15 (1)** | 355:11 |
| **16:38:59 (1)** | 352:2 | **16:41:17 (1)** | 354:8 | **16:43:15 (1)** |
| 350:21 | **16:40:10 (2)** | 353:7 | **16:42:18 (1)** | 355:12 |
| **16:39:03 (3)** | 352:3,4 | **16:41:22 (1)** | 354:9 | **16:43:16 (1)** |
| 350:22,23,24 | **16:40:12 (2)** | 353:8 | **16:42:20 (1)** | 355:13 |
| **16:39:09 (1)** | 352:5,6 | **16:41:23 (1)** | 354:10 | **16:43:18 (1)** |
| 350:25 | **16:40:14 (1)** | 353:9 | **16:42:22 (1)** | 355:14 |
| **16:39:11 (2)** | 352:7 | **16:41:24 (1)** | 354:11 | **16:43:20 (1)** |
| 351:2,3 | **16:40:16 (1)** | 353:10 | **16:42:23 (1)** | 355:15 |
| **16:39:13 (1)** | 352:8 | **16:41:29 (1)** | 354:12 | **16:43:22 (1)** |
| 351:4 | **16:40:18 (1)** | 353:11 | **16:42:27 (1)** | 355:16 |
| **16:39:16 (1)** | 352:9 | **16:41:31 (1)** | 354:13 | **16:43:23 (1)** |
| 351:5 | **16:40:19 (1)** | 353:12 | **16:42:30 (1)** | 355:17 |
| **16:39:19 (1)** | 352:10 | **16:41:32 (1)** | 354:14 | **16:43:24 (1)** |
| 351:6 | **16:40:28 (1)** | 353:13 | **16:42:33 (2)** | 355:18 |
| **16:39:22 (1)** | 352:11 | **16:41:33 (1)** | 354:15,16 | **16:43:26 (1)** |
| 351:7 | **16:40:32 (1)** | 353:14 | **16:42:35 (1)** | 355:19 |
| **16:39:25 (1)** | 352:12 | **16:41:35 (1)** | 354:17 | **16:43:29 (1)** |
| 351:8 | **16:40:33 (1)** | 353:15 | **16:42:38 (1)** | 355:20 |
| **16:39:27 (1)** | 352:13 | **16:41:38 (1)** | 354:18 | **16:43:30 (2)** |
| 351:9 | **16:40:35 (1)** | 353:16 | **16:42:39 (1)** | 355:21,22 |
| **16:39:28 (1)** | 352:14 | **16:41:39 (1)** | 354:19 | **16:43:33 (1)** |
| 351:10 | **16:40:38 (1)** | 353:17 | **16:42:40 (1)** | 355:23 |
| **16:39:29 (1)** | 352:15 | **16:41:44 (1)** | 354:20 | **16:43:34 (2)** |
| 351:11 | **16:40:39 (1)** | 353:18 | **16:42:44 (1)** | 355:24,25 |
| **16:39:33 (2)** | 352:16 | **16:41:46 (1)** | 354:21 | **16:43:37 (1)** |
| 351:12,13 | **16:40:43 (1)** | 353:19 | **16:42:46 (1)** | 356:2 |
| **16:39:35 (1)** | 352:17 | **16:41:50 (1)** | 354:22 | **16:43:40 (1)** |
| 351:14 | **16:40:46 (2)** | 353:20 | **16:42:48 (1)** | 356:3 |
| **16:39:36 (1)** | 352:18,19 | **16:41:54 (1)** | 354:23 | **16:43:42 (1)** |
| 351:15 | **16:40:48 (1)** | 353:21 | **16:42:51 (1)** | 356:4 |
| **16:39:40 (1)** | 352:20 | **16:41:56 (1)** | 354:24 | **16:43:43 (1)** |
| 351:16 | **16:40:59 (1)** | 353:22 | **16:42:52 (1)** | 356:5 |
| **16:39:41 (2)** | 352:21 | **16:41:58 (1)** | 354:25 | **16:43:45 (1)** |
| 351:17,18 | **16:41:00 (1)** | 353:23 | **16:42:57 (1)** | 356:6 |
| **16:39:47 (1)** | 352:22 | **16:42:01 (1)** | 355:2 | **16:43:47 (1)** |
| 351:19 | **16:41:01 (1)** | 353:24 | **16:42:59 (2)** | 356:7 |
| **16:39:49 (1)** | 352:23 | **16:42:05 (2)** | 355:3,4 | **16:43:49 (1)** |
| 351:20 | **16:41:06 (1)** | 353:25 354:2 | **16:43:01 (1)** | 356:8 |
| **16:39:51 (1)** | 352:24 | **16:42:07 (1)** | 355:5 | **16:43:52 (1)** |
| 351:21 | **16:41:07 (1)** | 354:3 | **16:43:03 (2)** | 356:9 |
| **16:39:53 (1)** | 352:25 | **16:42:08 (1)** | 355:6,7 | **16:43:53 (1)** |
| 351:22 | **16:41:09 (1)** | 354:4 | **16:43:05 (1)** | 356:10 |
| **16:40:00 (1)** | 353:2 | **16:42:09 (1)** | 355:8 | **16:43:56 (1)** |
| 351:23 | **16:41:12 (1)** | 354:5 | **16:43:08 (1)** | 356:11 |
| **16:40:01 (1)** | 353:3 | **16:42:11 (1)** | 355:9 | **16:43:57 (1)** |
| 351:24 | **16:41:15 (1)** | 354:6 | **16:43:10 (1)** | 356:12 |
| **16:40:04 (1)** | 353:4 | **16:42:13 (1)** | 355:10 | **16:43:59 (1)** |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| 356:13 | **16:45:05 (2)** | 358:23 | **16:47:22 (2)** | 361:9 |
| **16:44:00 (1)** | 357:20,21 | **16:46:11 (1)** | 360:3,4 | **16:48:18 (1)** |
| 356:14 | **16:45:07 (1)** | 358:24 | **16:47:24 (1)** | 361:10 |
| **16:44:01 (1)** | 357:22 | **16:46:14 (1)** | 360:5 | **16:48:21 (1)** |
| 356:15 | **16:45:08 (1)** | 358:25 | **16:47:26 (2)** | 361:11 |
| **16:44:02 (1)** | 357:23 | **16:46:16 (1)** | 360:6,7 | **16:48:22 (1)** |
| 356:16 | **16:45:13 (1)** | 359:2 | **16:47:27 (1)** | 361:12 |
| **16:44:04 (3)** | 357:24 | **16:46:18 (1)** | 360:8 | **16:48:23 (1)** |
| 356:17,18,19 | **16:45:14 (1)** | 359:3 | **16:47:30 (2)** | 361:13 |
| **16:44:27 (1)** | 357:25 | **16:46:19 (1)** | 360:9,10 | **16:48:26 (2)** |
| 356:20 | **16:45:19 (1)** | 359:4 | **16:47:31 (1)** | 361:14,15 |
| **16:44:28 (1)** | 358:2 | **16:46:22 (1)** | 360:11 | **16:48:27 (1)** |
| 356:21 | **16:45:20 (1)** | 359:5 | **16:47:34 (2)** | 361:16 |
| **16:44:30 (1)** | 358:3 | **16:46:24 (2)** | 360:12,13 | **16:48:28 (1)** |
| 356:22 | **16:45:21 (1)** | 359:6,7 | **16:47:35 (1)** | 361:17 |
| **16:44:32 (2)** | 358:4 | **16:46:26 (1)** | 360:14 | **16:48:29 (1)** |
| 356:23,24 | **16:45:23 (2)** | 359:8 | **16:47:36 (1)** | 361:18 |
| **16:44:35 (1)** | 358:5,6 | **16:46:37 (1)** | 360:15 | **16:48:32 (2)** |
| 356:25 | **16:45:28 (1)** | 359:9 | **16:47:38 (1)** | 361:19,20 |
| **16:44:36 (1)** | 358:7 | **16:46:41 (2)** | 360:16 | **16:48:33 (1)** |
| 357:2 | **16:45:34 (1)** | 359:10,11 | **16:47:40 (1)** | 361:21 |
| **16:44:38 (1)** | 358:8 | **16:46:45 (1)** | 360:17 | **16:48:36 (1)** |
| 357:3 | **16:45:37 (1)** | 359:12 | **16:47:41 (1)** | 361:22 |
| **16:44:39 (1)** | 358:9 | **16:46:47 (2)** | 360:18 | **16:48:37 (1)** |
| 357:4 | **16:45:40 (1)** | 359:13,14 | **16:47:43 (1)** | 361:23 |
| **16:44:42 (1)** | 358:10 | **16:46:53 (1)** | 360:19 | **16:48:38 (1)** |
| 357:5 | **16:45:44 (1)** | 359:15 | **16:47:44 (1)** | 361:24 |
| **16:44:46 (2)** | 358:11 | **16:46:55 (1)** | 360:20 | **16:48:39 (1)** |
| 357:6,7 | **16:45:46 (1)** | 359:16 | **16:47:45 (1)** | 361:25 |
| **16:44:47 (2)** | 358:12 | **16:46:56 (1)** | 360:21 | **16:48:44 (1)** |
| 357:8,9 | **16:45:47 (1)** | 359:17 | **16:47:56 (1)** | 362:2 |
| **16:44:51 (1)** | 358:13 | **16:46:58 (1)** | 360:22 | **16:48:45 (2)** |
| 357:10 | **16:45:49 (2)** | 359:18 | **16:47:59 (1)** | 362:3,4 |
| **16:44:52 (1)** | 358:14,15 | **16:47:02 (1)** | 360:23 | **16:48:47 (2)** |
| 357:11 | **16:45:54 (1)** | 359:19 | **16:48:00 (1)** | 362:5,6 |
| **16:44:55 (1)** | 358:16 | **16:47:07 (1)** | 360:24 | **16:48:53 (1)** |
| 357:12 | **16:45:56 (1)** | 359:20 | **16:48:01 (1)** | 362:7 |
| **16:44:57 (1)** | 358:17 | **16:47:09 (1)** | 360:25 | **16:48:58 (1)** |
| 357:13 | **16:45:59 (1)** | 359:21 | **16:48:04 (2)** | 362:8 |
| **16:44:59 (1)** | 358:18 | **16:47:12 (1)** | 361:2,3 | **16:49:01 (1)** |
| 357:14 | **16:46:00 (1)** | 359:22 | **16:48:06 (1)** | 362:9 |
| **16:45:00 (2)** | 358:19 | **16:47:13 (1)** | 361:4 | **16:49:03 (2)** |
| 357:15,16 | **16:46:02 (1)** | 359:23 | **16:48:07 (1)** | 362:10,11 |
| **16:45:01 (1)** | 358:20 | **16:47:14 (1)** | 361:5 | **16:49:06 (1)** |
| 357:17 | **16:46:03 (1)** | 359:24 | **16:48:10 (1)** | 362:12 |
| **16:45:02 (1)** | 358:21 | **16:47:16 (1)** | 361:6 | **16:49:10 (2)** |
| 357:18 | **16:46:04 (1)** | 359:25 | **16:48:11 (2)** | 362:13,14 |
| **16:45:04 (1)** | 358:22 | **16:47:18 (1)** | 361:7,8 | **16:49:12 (2)** |
| 357:19 | **16:46:07 (1)** | 360:2 | **16:48:16 (1)** | 362:15,16 |

Contains Confidential Portions

| | | | | |
|---|---|---|---|---|
| **16:49:15 (1)** | 363:20 | **16:51:09 (1)** | 365:24 | **16:53:06 (1)** |
| 362:17 | **16:50:17 (1)** | 364:22 | **16:52:03 (1)** | 367:3 |
| **16:49:17 (2)** | 363:21 | **16:51:11 (1)** | 365:25 | **16:53:07 (1)** |
| 362:18,19 | **16:50:20 (1)** | 364:23 | **16:52:04 (1)** | 367:4 |
| **16:49:19 (1)** | 363:22 | **16:51:12 (1)** | 366:2 | **16:53:08 (1)** |
| 362:20 | **16:50:21 (1)** | 364:24 | **16:52:17 (1)** | 367:5 |
| **16:49:20 (2)** | 363:23 | **16:51:13 (1)** | 366:3 | **16:53:10 (1)** |
| 362:21,22 | **16:50:24 (1)** | 364:25 | **16:52:20 (1)** | 367:6 |
| **16:49:25 (1)** | 363:24 | **16:51:15 (2)** | 366:4 | **16:53:13 (1)** |
| 362:23 | **16:50:26 (1)** | 365:2,3 | **16:52:22 (1)** | 367:7 |
| **16:49:27 (1)** | 363:25 | **16:51:17 (1)** | 366:5 | **16:53:17 (1)** |
| 362:24 | **16:50:27 (1)** | 365:4 | **16:52:23 (1)** | 367:8 |
| **16:49:30 (1)** | 364:2 | **16:51:18 (2)** | 366:6 | **16:53:18 (1)** |
| 362:25 | **16:50:28 (1)** | 365:5,6 | **16:52:24 (1)** | 367:9 |
| **16:49:32 (1)** | 364:3 | **16:51:20 (1)** | 366:7 | **16:53:22 (1)** |
| 363:2 | **16:50:30 (1)** | 365:7 | **16:52:28 (1)** | 367:10 |
| **16:49:33 (1)** | 364:4 | **16:51:21 (1)** | 366:8 | **16:53:24 (1)** |
| 363:3 | **16:50:32 (1)** | 365:8 | **16:52:30 (2)** | 367:11 |
| **16:49:35 (1)** | 364:5 | **16:51:24 (1)** | 366:9,10 | **16:53:26 (1)** |
| 363:4 | **16:50:33 (1)** | 365:9 | **16:52:31 (1)** | 367:12 |
| **16:49:39 (1)** | 364:6 | **16:51:27 (1)** | 366:11 | **16:53:31 (1)** |
| 363:5 | **16:50:38 (1)** | 365:10 | **16:52:33 (1)** | 367:13 |
| **16:49:42 (1)** | 364:7 | **16:51:28 (1)** | 366:12 | **16:53:36 (1)** |
| 363:6 | **16:50:41 (1)** | 365:11 | **16:52:35 (1)** | 367:14 |
| **16:49:46 (1)** | 364:8 | **16:51:33 (1)** | 366:13 | **16:53:38 (3)** |
| 363:7 | **16:50:43 (1)** | 365:12 | **16:52:38 (1)** | 367:15,16,17 |
| **16:49:48 (1)** | 364:9 | **16:51:36 (1)** | 366:14 | **16:53:41 (1)** |
| 363:8 | **16:50:46 (1)** | 365:13 | **16:52:39 (1)** | 367:18 |
| **16:49:50 (2)** | 364:10 | **16:51:38 (1)** | 366:15 | **16:53:42 (1)** |
| 363:9,10 | **16:50:47 (1)** | 365:14 | **16:52:42 (1)** | 367:19 |
| **16:49:53 (1)** | 364:11 | **16:51:40 (1)** | 366:16 | **16:53:44 (1)** |
| 363:11 | **16:50:52 (1)** | 365:15 | **16:52:43 (1)** | 367:20 |
| **16:49:56 (1)** | 364:12 | **16:51:42 (1)** | 366:17 | **16:53:46 (1)** |
| 363:12 | **16:50:53 (1)** | 365:16 | **16:52:47 (1)** | 367:21 |
| **16:49:58 (1)** | 364:13 | **16:51:43 (1)** | 366:18 | **16:53:47 (1)** |
| 363:13 | **16:50:55 (1)** | 365:17 | **16:52:49 (1)** | 367:22 |
| **16:50:00 (1)** | 364:14 | **16:51:47 (1)** | 366:19 | **16:53:50 (1)** |
| 363:14 | **16:50:56 (1)** | 365:18 | **16:52:51 (1)** | 367:23 |
| **16:50:03 (1)** | 364:15 | **16:51:52 (1)** | 366:20 | **16:53:51 (1)** |
| 363:15 | **16:50:58 (2)** | 365:19 | **16:52:55 (1)** | 367:24 |
| **16:50:04 (1)** | 364:16,17 | **16:51:53 (1)** | 366:21 | **16:53:52 (1)** |
| 363:16 | **16:51:00 (1)** | 365:20 | **16:52:56 (1)** | 367:25 |
| **16:50:08 (1)** | 364:18 | **16:51:54 (1)** | 366:22 | **16:53:54 (1)** |
| 363:17 | **16:51:02 (1)** | 365:21 | **16:52:57 (1)** | 368:2 |
| **16:50:11 (1)** | 364:19 | **16:51:57 (1)** | 366:23 | **16:53:55 (1)** |
| 363:18 | **16:51:04 (1)** | 365:22 | **16:52:59 (2)** | 368:3 |
| **16:50:13 (1)** | 364:20 | **16:51:58 (1)** | 366:24,25 | **16:53:57 (1)** |
| 363:19 | **16:51:06 (1)** | 365:23 | **16:53:03 (1)** | 368:4 |
| **16:50:16 (1)** | 364:21 | **16:52:00 (1)** | 367:2 | **16:53:59 (1)** |

Contains Confidential Portions

368:5
16:54:03 (1)
368:6
16:54:05 (2)
368:7,8
16:54:09 (1)
368:9
16:54:10 (1)
368:10
16:54:12 (1)
368:11
16:54:14 (1)
368:12
16:54:17 (1)
368:13
16:54:26 (2)
368:14,15
16:54:33 (1)
368:16
16:54:35 (1)
368:17
16:54:39 (1)
368:18
16:54:40 (1)
368:19
16:54:42 (1)
368:20
16:54:44 (1)
368:21
16:54:46 (1)
368:22
16:54:49 (1)
368:23
16:54:50 (1)
368:24
16:54:51 (2)
368:25 369:2
16:54:57 (1)
369:3
16:55:00 (1)
369:4
16:55:02 (1)
369:5
16:55:03 (1)
369:6
16:55:06 (1)
369:7
16:55:07 (1)
369:8

16:55:08 (1)
369:9
16:55:09 (1)
369:10
16:55:10 (1)
369:11
16:55:13 (1)
369:12
16:55:16 (1)
369:13
16:55:19 (1)
369:14
16:55:21 (1)
369:15
16:55:22 (1)
369:16
16:55:24 (1)
369:17
16:55:25 (4)
369:18,19,20,21
16:55:28 (1)
369:22
16:55:30 (1)
369:23
16:55:32 (1)
369:24
16:55:35 (1)
369:25
16:55:38 (1)
370:2
16:55:40 (1)
370:3
16:55:41 (1)
370:4
16:55:43 (1)
370:5
16:55:44 (1)
370:6
16:55:45 (1)
370:7
16:55:57 (1)
370:8
16:55:58 (1)
370:9
16:56:00 (1)
370:10
16:56:02 (1)
370:11
16:56:03 (2)

370:12,13
16:56:05 (1)
370:14
16:56:08 (2)
370:15,16
16:56:10 (1)
370:17
16:56:12 (1)
370:18
16:56:13 (1)
370:19
16:56:14 (1)
370:20
16:56:16 (1)
370:21
16:56:17 (1)
370:22
16:56:18 (1)
370:23
16:56:20 (1)
370:24
16:56:21 (1)
370:25
16:56:22 (1)
371:2
16:56:23 (1)
371:3
16:56:24 (2)
371:4,5
16:56:26 (1)
371:6
16:56:27 (2)
371:7,8
16:56:29 (1)
371:9
16:56:30 (1)
371:10
16:56:31 (1)
371:11
16:56:34 (1)
371:12
16:56:36 (1)
371:13
16:56:38 (1)
371:14
16:56:40 (2)
371:15,16
16:56:41 (1)
371:17

16:56:44 (1)
371:18
16:56:45 (1)
371:19
16:56:46 (1)
371:20
16:56:48 (1)
371:21
16:56:49 (1)
371:22
16:56:50 (1)
371:23
16:56:52 (1)
371:24
16:56:55 (1)
371:25
16:56:56 (1)
372:2
16:56:58 (1)
372:3
16:57:00 (2)
372:4,5
16:57:04 (1)
372:6
16:57:05 (1)
372:7
16:57:09 (1)
372:8
16:57:11 (1)
372:9
16:57:12 (2)
372:10,11
16:57:14 (1)
372:12
16:57:15 (1)
372:13
16:57:16 (1)
372:14
16:57:18 (1)
372:15
16:57:21 (2)
372:16,17
16:57:22 (1)
372:18
16:57:25 (1)
372:19
16:57:28 (1)
372:20
16:57:29 (1)

372:21
16:57:33 (1)
372:22
16:57:34 (1)
372:23
16:57:37 (2)
372:24,25
16:57:38 (1)
373:2
16:57:40 (2)
373:3,4
16:57:43 (1)
373:5
16:57:45 (1)
373:6
16:57:49 (1)
373:7
16:57:50 (1)
373:8
16:57:52 (2)
373:9,10
16:57:53 (1)
373:11
16:57:54 (1)
373:12
16:57:56 (2)
373:13,14
16:58:02 (1)
373:15
16:58:04 (1)
373:16
16:58:07 (1)
373:17
16:58:09 (1)
373:18
16:58:11 (1)
373:19
16:58:12 (1)
373:20
16:58:13 (4)
373:21,22,23,24
16:58:14 (1)
374:2
16:58:15 (1)
374:3
16:58:18 (1)
374:4
16:58:20 (1)
374:5

Contains Confidential Portions

**16:58:24 (1)**
374:6
**18th (1)**
217:25
**19 (1)**
9:8
**192 (1)**
376:24
**1982 (7)**
44:22,24 45:4,7,19
  49:22,24

**2**

**2 (5)**
97:2 99:7 190:5
  376:11,19
**2nd (6)**
225:9 323:8,11,18
  341:8 361:9
**2/10/09 (3)**
271:2,9 377:17
**2:00 (2)**
189:7 190:3
**2:30 (4)**
267:25 270:9,13,19
**20 (7)**
245:16 246:4 248:9
  248:12 249:10
  305:18 337:11
**2000 (1)**
35:11
**2001 (3)**
35:12 217:11,17
**2002 (15)**
9:20 69:6 71:17 84:25
  86:13 90:17 94:14
  99:2 101:2,24
  120:11 121:10
  140:22 193:25
  212:12
**2003 (1)**
102:3
**2004 (21)**
9:9,9,12,16 35:13
  37:22 102:5 249:17
  251:2,7 254:9
  260:21 358:2
  362:23 363:5,11
  364:9 365:12,15
  366:3 367:23

**2005 (8)**
140:11 143:18 149:12
  191:13 198:12,16
  217:25 218:4
**2006 (1)**
225:9
**2007 (4)**
201:6 204:5,9 377:4
**2009 (6)**
1:21 2:5 374:14
  375:22 378:4,21
**201 (1)**
377:4
**206 (1)**
377:6
**20821 (1)**
1:25
**21st (1)**
212:12
**211 (1)**
377:9
**216 (1)**
377:11
**22 (1)**
195:9
**223 (1)**
377:14
**228 (1)**
164:9
**23 (4)**
1:21 2:5 277:24 378:4
**25 (1)**
207:7
**26 (1)**
41:18
**27 (1)**
132:5
**270 (1)**
377:16

**3**

**3 (11)**
137:13,14,21 139:7
  160:23 167:3 190:7
  191:16 192:9
  198:22 376:22
**3:00 (4)**
267:17 270:20 274:7
  306:10

**3:10 (1)**
306:12
**3:30 (11)**
240:2,5,8,14,18,23,25
  241:12,14 242:10
  242:21
**3:32 (1)**
292:19
**3:45 (1)**
292:22
**30 (5)**
209:2,4 245:21
  249:10 305:18
**30th (3)**
250:7 251:19 252:2
**31 (7)**
360:21 361:10 362:17
  362:23 363:8,14
  365:15
**31st (3)**
250:8 251:19 323:7
**3158 (1)**
356:23
**3187 (1)**
322:3
**3189 (1)**
322:3
**321 (1)**
377:18
**35 (2)**
4:6 6:22
**356 (2)**
376:13 377:21

**4**

**4 (43)**
91:8,20,21 92:2,3,6
  92:10,12,20,23 93:5
  93:10,19,25 94:15
  97:5,11,12,13,17,19
  98:3,4 138:2 181:20
  192:11,16,20 193:5
  198:23 208:2,6
  239:20,22 240:13
  240:17,23 241:7,24
  242:19 292:24
  374:5 376:24
**4th (2)**
140:11 143:18
**4/2/06 (2)**

223:11 377:15
**4/21/02 (1)**
213:3
**4:27 (1)**
340:25
**4:31 (1)**
341:4
**4:58 (2)**
374:3,6
**40 (1)**
210:10
**411 (1)**
212:6
**42 (2)**
145:9 376:11
**49 (1)**
41:17

**5**

**5 (3)**
201:5 376:13 377:4
**5th (1)**
143:17
**5/03 (1)**
213:21
**5/1/05 (1)**
145:4
**5/15/05 (2)**
141:13 142:25
**5/31/02 (1)**
213:4
**5/31/06 (1)**
214:7
**5/4/05 (3)**
137:16 140:8 376:23
**5/5/05 (1)**
141:13
**5:00 (2)**
252:4 373:15
**50 (1)**
215:6 264:11 273:25
  274:4
**530 (1)**
3:12

**6**

**6 (2)**
206:24 377:6
**6th (1)**

375:22
**6/02 (1)**
213:20
**6/1/06 (1)**
214:8
**6237 (1)**
211:14

**7**

**7 (11)**
55:4 56:24,25 57:3
  58:4,20 59:7 211:8
  376:6,18 377:9
**719 (1)**
211:21
**75 (2)**
57:14 58:21
**77 (4)**
55:4 56:4,7,9
**79 (4)**
55:4,21 56:4,9

**8**

**8 (8)**
97:11,11,18,19 98:3
  216:17 242:18
  377:11
**8189 (1)**
203:16
**8191 (1)**
203:16
**82 (3)**
45:8,10,24
**8208 (3)**
224:2,7,23
**8209 (1)**
224:2
**8221 (5)**
137:22 139:24 141:2
  141:2 142:2
**8223 (3)**
143:25 147:16 149:13
**8224 (3)**
160:23,25 162:12
**8228 (3)**
162:15,21 164:10
**8236 (3)**
167:2,5,8
**8240 (1)**

Contains Confidential Portions

137:23
**8241 (1)**
192:17
**8247 (2)**
198:7,8
**8250 (2)**
192:17 195:9
**8264 (1)**
216:25
**8265 (1)**
216:25
**85 (2)**
2:11 3:6
**8900 (2)**
357:18,21

**9**

**9 (9)**
55:5 57:18 58:9,11,18
65:11 100:19 223:8
377:14
**90 (3)**
55:4 56:12,23
**926 (1)**
3:20
**99 (1)**
376:19